## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  Between May 6, 2005 and May 20, 2005, I caused copies of:

- **the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines**
- **the Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time**
- **the Proof of Claim Form**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Supplemental Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: May 20, 2005

_____
Kathleen M. Logan

Code: B7

# EXHIBIT A
# SUPPLEMENTAL SERVICE LIST

**SUPPLEMENTAL SERVICE LIST**
**Notice of Chapter 11 Bankruptcy Case, Meeting of**
**Creditors  Deadlines**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 P.M. Eastern Time**
**Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 405919-99
AKIN GUMP STRAUSS ET AL
ATTN: STEPHEN KUHN
590 MADISON AVENUE
NEW YORK NY 10022-2524

CREDITOR ID: 403550-99
ALABAMA POWER COMPANY
C/O STICHTER RIEDEL ET AL
ATTN: E PETERSON/ R KETCHUM
110 EAST MADISON ST, STE 200
TAMPA FL 33602

CREDITOR ID: 403472-99
ALLIED CAPTIAL CORPORATION
C/O STUTSMAN & THAMES PA
ATTN: NINA LAFLEUR/RICHARD THAMES
121 W FORSYTH STREET, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 278792-99
ARONOV REALTY
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 403524-93
ASSOCIATES COMPLAINT
ATTN: JOHN MIRTI
8193 SANDALWOOD COURT
BOCA RATON FL 33433

CREDITOR ID: 403524-93
ASSOCIATES COMPLAINT
C/O MARCUS W CORWIN PA
ATTN: MARCUS W CORWIN, ESQ
1515 SOUTH FEDERAL HWY, STE 211
BOCA RATON FL 33433

CREDITOR ID: 403540-99
BAUMGARDNER HOGAN REAL ESTATE LLC
C/O KAREM & KAREM, ATTNYS AT LAW
ATTN: JOHN W HARRISON, JR
333 GUTHRIE GREEN, STE 312
LOUISVILLE KY 40202

CREDITOR ID: 403567-93
BENDER, LUCIA
212 CAREFREE LANE
MOREHEAD CITY NC 28557-9616

CREDITOR ID: 403538-99
BOONE NEWSPAPERS INC
C/O HUBBARD SMITH MCILWAIN ET AL
ATTN: BRAKEFIELD/MCILWAIN/SODERGREN
808 LURLEEN WALLACE BLVD, N
PO BOX 2427
TUSCALOOSA AL 35403

CREDITOR ID: 403530-93
BOWIE, MILDRED
868 CLEO CHAPHAM HWY
SUNSET SC 28685-2703

CREDITOR ID: 403421-93
BRANDES INVESTMENT PARTNERS LP
11988 EL CAMINO REAL, SUITE 500
SAN DIEGO CA 92130

CREDITOR ID: 405913-99
BREGMAN BERBERT ET AL
ATTN: LAURENCE H BERBERT
7315 WISCONSIN AVE, STE 800 WEST
BETHESDA MD 20814

CREDITOR ID: 244157-12
BULLOCH COUNTY TAX COMMISSIONER
ATTN: JAMES DEAL
PROPERTY TAX
PO BOX 245
STATESBORO GA 30459-0245

CREDITOR ID: 403420-93
BURROUGHS, SHANE M.
LANIER LAW FIRM
PO BOX 2789
ORANGEBURG SC 29116

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 405897-99
CARDTRONICS INC
C/O POYNER & SPRUILL LLP
ATTN: JUDY D THOMPSON
301 SOUTH COLLEGE ST, STE 2300
CHARLOTTE NC 28202

CREDITOR ID: 403466-99
CENCOR REALTY SERVICES INC
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 403466-99
CENCOR REALTY SERVICES INC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN: DAVID L POLLACK
51ST FL - MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 403453-93
CENTERS FOR MEDICARE & MEDICAID SRV
ATTN: ROSEMARY STOVER
PO BOX 100190
COLUMBIA SC 29202-3190

CREDITOR ID: 403500-99
CENTURYTEL, INC & ITS SUBS DBA
CENTURYTEL
C/O REX D RAINACH, ESQ
3622 GOVERNMENT STREET
BATON ROUGE LA 70806-5720

CREDITOR ID: 403495-93
CITY OF CANTON
ATTN: VALERIE SMITH, CITY CLERK
PO BOX 1605
CANTON MS 39046

CREDITOR ID: 405916-99
CITY OF HUNSTVILLE
C/O MICHAEL E LEE, ATTNY
200 WESTSIDE SQUARE, STE 803
HUNTSVILLE AL 35801-4816

CREDITOR ID: 403467-99
CLEARVIEW INVESTMENTS
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 403467-99
CLEARVIEW INVESTMENTS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN: DAVID L POLLACK, ESQ
51ST FL - MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 405912-93
CLIFF BERRY INC
C/O TRANSWORLD SYSTEMS
5880 COMMERCE BLVD
ROHNERT PARK CA 94928-1651

CREDITOR ID: 403468-99
CLIFFDALE CORNER
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 403468-99
CLIFFDALE CORNER
C/O BALLARD SPAHR ANDREWS ET AL
ATTN: DAVID L POLLACK
51ST FL - MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

**Notice of Chapter 11 Bankruptcy Case, Meeting of
Creditors  Deadlines
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 P.M. Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403476-99<br>COCA-COLA COMPANY, THE<br>ATTN: JOHN LEWIS, ESQ<br>LITIGATION COUNSEL<br>PO BOX 1734<br>ATLANTA GA 30301 | CREDITOR ID: 403539-99<br>COCA-COLA COMPANY, THE<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: ALAN M WEISS, ESQ<br>50 N LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 405904-93<br>CONDENTO, CATHERINE<br>ATTN: NIKKI M. KAVOUKLIS<br>114 SOUTH PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 403454-93<br>COOPER, DAE'ANARA (MINOR)<br>ATTN: JAMES GORDON, CASE MANAGER<br>MORGAN & MORGAN, PA<br>815 S MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 403470-99<br>CRIIMI MAE SRVS LTD PARTNERSHIP<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA  LAFLEUR/RICHARD THAMES<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 403419-83<br>CROSBY, RONNIE L.<br>PETERS MURDAUGH PARKER ELTZROTH<br>& DETRICK LAW FIRM<br>PO BOX 457<br>HAMPTON SC 29924-0457 |
| CREDITOR ID: 403446-93<br>CURRY, VERNESIA<br>C/O SANDRA FOX<br>MORGAN & MORGAN<br>20 N ORANGE AVENUE, 16TH FLOOR<br>ORLANDO FL 32802 | CREDITOR ID: 403451-93<br>D&B RECEIVABLE MGMNT SRVS<br>4836 BRECKSVILLE RD<br>PO BOX 509<br>RICHFIELD OH 44286 | CREDITOR ID: 403455-93<br>DAILY COMMERCIAL<br>ATTN: PRISCILLA C PLUMMER<br>212 E MAIN STREET<br>LEESBURG FL 34748 |
| CREDITOR ID: 403497-93<br>DAVIE PLAZA LIMITED PARTNERSHIP<br>C/O ERIC S. KLEINMAN<br>KLEINMAN & ARRIZABALAGA, P.A<br>150 SE 2ND AVENUE, SUITE 1105<br>MIAMI FL 33131 | CREDITOR ID: 403422-93<br>DDI, INC.<br>PO BOX 19366<br>JACKSONVILLE FL 32245 | CREDITOR ID: 403459-99<br>DEHAVEN, JOANNE<br>C/O IURILLO & ASSOCIATES PA<br>ATTN: S C BEAVENS/C J IURILLO, ESQS<br>STERLING SQUARE<br>600 FIRST AVE NO, STE 308<br>ST PETERSBURG FL 33701 |
| CREDITOR ID: 405911-93<br>DOBI, MARIA BEHALF JONAS (DECEASED)<br>C/O LAW OFFICES OF PAT J MCGINLEY<br>2265 LEE ROAD, STE 100<br>WINTER PARK FL 32789 | CREDITOR ID: 403544-99<br>DPJ COMPANY<br>C/O ROSENBERG & WEINBERG<br>ATTN: HERBERT WEINBERG<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | CREDITOR ID: 403464-99<br>DURO-BAG MANUFACTURING CO<br>C/O TAFT STETTINIUS ET AL<br>ATTN: RICHARD L FERRELL, ESQ<br>425 WALNUT ST, STE 1800<br>CINCINNATI OH 45202-3957 |
| CREDITOR ID: 1291-07<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW  YORK, NY 10021 | CREDITOR ID: 249063-99<br>EPSTEIN BECKER & GREEN P C<br>ATTN: ANNETTER KERLIN MCBRAYER<br>945 EAST PACES FERRY RD, STE 2700<br>ATLANTA GA 30326-1380 | CREDITOR ID: 403473-99<br>ERNST PROPERTIES INC<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LEFLEUR/RICHARD THAMES<br>121 W FORSYTH STREET, STE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 403548-99<br>FLETCHER BRIGHT COMPANY<br>C/O MILLER & MARTIN PLLC<br>ATTN: CATHERINE A HARRISON, ESQ<br>STE 800, 1170 PEACHTREE ST NE<br>ATLANTA GA 30309-7649 | CREDITOR ID: 403449-92<br>FLORIDA DEPARTMENT OF BUSINESS &<br>PROFESSIONAL REGULATION<br>ATTN ROBERT BRANDEWIE ADMIN<br>1940 N MONROE STREET<br>TALLAHASSEE FL 32399 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802 |
| CREDITOR ID: 405921-99<br>GREENBAUM ROWE SMITH ET AL<br>ATTN: THOMAS DENITZIO<br>METRO CORPORATE CAMPUS ONE<br>PO BOX 5600<br>WOODRIDGE NJ 07095-0988 | CREDITOR ID: 403463-99<br>GREENLAND TRUST<br>C/O MOWREY & BIGGINS PA<br>ATTN: RONALD A MOWREY/JASON H EGAN<br>515 NORTH ADAMS STREET<br>TALLAHASSEE FL 32301-1111 | CREDITOR ID: 403523-93<br>GROVE, ANTONETTA<br>C/O JURALDINE BATTLE-HODGE<br>207 MONTGOMERY ST, STE 215<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 405910-93<br>HACKBARTH DELIVERY SERVICE INC<br>C/O WHITNEY & RICHARDSON<br>150 PINTAIL ST<br>SAINT ROSE LA 70087 | CREDITOR ID: 403450-93<br>HARDISON KATHERIN S AS GAL<br>WILLIAM KYLE HARDISON<br>C/O TURNER PADGETT GRAHAM ET AL<br>ATTN: PATRICK W CARR, ESQ<br>GATEWAY CNTR, STE 200, 40 CALHOUN S<br>CHARLESTON SC 29413 | CREDITOR ID: 403568-93<br>HEALTHNET OF ARIZONA<br>950 N FINANCE CENTER DR<br>TUCSON AZ 85710 |

SUPPLEMENTAL SERVICE LIST
**Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors  Deadlines**
**Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005 at 5:00 P.M. Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 403461-99
HEINZ FROZEN FOOD DIV OF HJ HEINZ C
C/O LAW OFFICES OF KEATON & ASSOC
ATTN: MARY E GARDNER
1278 WEST NORTHWEST HWY, STE 903
PALATINE IL 6067

CREDITOR ID: 405878-93
HENDRIKS, SHIRLEY P
112 WOODRIDGE LANE
OAK RIDGE TN 37830-8242

CREDITOR ID: 405900-93
HERNANDEZ, CHRISTINA
C/O BAKER & RECK
ATTN: ROBERT F RECK, JR
2500 E HALLANDALE BEACH BLVD
SUITE 705
HALLANDALE BEACH FL 33009

CREDITOR ID: 1442-99
HOMEWOOD ASSOCIATES INC
C/O MORGAN & MORGAN
ATTN: LEE P MORGAN
PO BOX 48359
ATHENS GA 30604

CREDITOR ID: 403460-99
HUNT, TAMMY
C/O IURILLO & ASSOCIATES PA
ATTN: S C BEAVENS/C J JURILLO, ESQS
STERLING SQUARE
600 FIRST AVE NO, STE 308
ST PETERSBURG FL 33701

CREDITOR ID: 403546-99
HUSSMAN CORPORATION
C/O SHUTTS & BOWEN LLP
ATTN: ANDREW M BRUMBY
PO BOX 4956
ORLANDO FL 32801

CREDITOR ID: 403547-99
HUSSMAN SERVICES CORPORATION
C/O SHUTTS & BOWEN LLP
ATTN: ANDREW M BRUMBY
PO BOX 4956
ORLANDO FL 32802-4956

CREDITOR ID: 403537-99
INLAND REAL ESTATE GROUP INC, THE
2901 BUTTERFIELD RD
OAK BROOK IL 60523

CREDITOR ID: 403537-99
INLAND REAL ESTATE GROUP INC, THE
C/O GRONEK & LATHAM LLP
ATTN: R SCOTT SHUKER/JIMMY PARRISH
390 N ORANGE AVE, STE 600
PO BOX 3353
ORLANDO FL 32801

CREDITOR ID: 403496-93
JUPITER PALMS ASSOCIATES
C/O ERIC S. KLEINMAN
KLEINMAN & ARRIZABALAGA, P.A
150 SE 2ND AVENUE, SUITE 1150
MIAMI FL 3313

CREDITOR ID: 405922-99
KONDOS & KONDOS LAW OFFICES
ATTN: ANJEL K AVANT, ESQ
1595 N CENTRAL EXPRESSWAY
RICHARDSON TX 75080

CREDITOR ID: 405918-99
KOURI, GERARD JR
10021 PINES BLVD, STE 202
PEMBROKE PINES FL 33024-6191

CREDITOR ID: 387404-54
LINDSAY, SHARHONDA
5403 WILLIAM GRANT WAY
APT 301
TAMPA FL 33610

CREDITOR ID: 405929-99
LIVERPOOL GROUP INC DBA INT'L
DESSERT PALACE
C/O GERARD M KOURI JR PA
ATTN: GERARD M KOURI JR, ESQ
10021 PINES BLVD, STE 202
PEMBROKE PINES FL 33024-6191

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 403518-98
MADISON LIQUIDITY INVESTORS LLC
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PAARK KS 66202

CREDITOR ID: 403217-98
MADISON/PRAMERICA OPPORTUNITIES LLC
ATTN KRISTY STARK
6310 LAMAR AVE
OVERLAND PARK KS 66202

CREDITOR ID: 403452-93
MAPFRE CAUCION Y CREDITO
ATTN: ANDRES TUCKER PERAZA
CIA INTERNACIONAL DE SEGUROS
Y REASEGUROS SA, AV/GENERAL PERON
40 PUERTA C-4 PLANTA
28020 MADRID
ESPANA

CREDITOR ID: 403549-99
MARJON SPECIALTY FOODS INC
C/O STICHTER RIEDEL ET AL
ATTN: DON M STICHTER
110 EAST MADISON ST, STE 200
TAMPA FL 33602

CREDITOR ID: 405915-99
MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR
1200 RIVERPLACE BLVD, STE 800
JACKSONVILLE FL 32207

CREDITOR ID: 403471-99
MOULTON PROPERTIES INC
C/O STUSMAN & THAMES PA
ATTN: NINA LAFLEUR/RICHARD THAMES
121 W FORSYTH ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 403529-93
NATIONAL IMAGING SYSTEMS INC
14504 FRIAR STREET
VAN NUYS CA 32541

CREDITOR ID: 405893-93
NCR CORPORATION
C/O HANGLEY ARONCHICK ET AL
ATTN: ASHLEY M CHAN, ESQ
ONE LOGAN SQUARE, 27TH FL
PHILADELPHIA PA 19103

CREDITOR ID: 278791-99
NEW PLAN EXCEL REALTY TRUST INC
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 403541-99
NORTH HIXON MARKETPLACE LLC
C/O WILES & WILES
ATTN: JOHN J WILES, ESQ
800 KENNESAW AVE, STE 400
MARIETTA GA 30060-7946

CREDITOR ID: 399391-99
NORTH MADISON ASSOCIATES LTD
C/O STUSMAN & THAMES PA
ATTN: NINA LAFLEUR/RICHARD THAMES
121 W FORSYTH ST STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 405901-99
OFFICE OF THE US TRUSTEE
ATTN: ELENA L ESCAMILLA
135 WEST CENTRAL BLVD, RM 620
ORLANDO FL 32801

**Notice of Chapter 11 Bankruptcy Case, Meeting of
Creditors  Deadlines
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 P.M. Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 405895-99
OHIO CASUALTY INSUR CO, THE
C/O HEDRICK DEWBERRY ET AL
ATTN: JEFFREY C REGAN
50 NORTH LAURA ST, STE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 403545-99
OHIO CASUALTY INSURANCE CO
C/OMANIER & HEROD
ATTN: J FRANKS/T PENNINGTON/M COLLI
150 FOURTH AVE N, STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 405908-93
PIEDMONT NATURAL GAS COMPANY
C/O FIRSTPOINT COLLECTION RESOURCE
225 COMMERCE ST
PO BOX 26140
GREENSBORO NC 27402-6140

CREDITOR ID: 403458-83
REAVES, LURENA
ATTN: ANNA M. MILLS, CASE MANAGER
MORGAN & MORGAN, PA
16TH FLOOR, 20 N. ORANGE AVENUE
ORLANDO FL 32802

CREDITOR ID: 403519-93
SALES FINANCE INC
C/O JOSEPH MONTEIRO, ESQ
MACEY WILENSKY COHEN ET AL
STE 600, MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE, NE
ATLANTA GA 30303-1229

CREDITOR ID: 403542-99
SARGENTO FOODS INC
C/O REINHART BOERNER VAN DEUREN SC
ATTN: JOSHUA A BLAKELY
1000 NORTH WATER ST, STE 2100
PO BOX 2965
MILWAUKEE WI 53201-2965

CREDITOR ID: 403457-83
SEATTLE'S BEST COFFEE
2401 UTAH AVENUE, SOUTH
MAIL STOP SAC-5
SEATTLE WA 98134

CREDITOR ID: 403474-99
SELMA HIGHWAY 80 VENTURE II JOINT
C/O STUTSMAN & THAMES PA
ATTN: NINA LAFLEUR/RICHARD THAMES
121 W FORSYTH ST STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 403474-99
SELMA HIGHWAY 80 VENTURE II JOINT
C/O SPAIN & GILLON LLC
ATTN: WALTER F MCARDLE
2117 SECOND AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 403528-93
SEWELL DOOR CONTROL & GLASS CORP
PO BOX 60953
FORT MYERS FL 33906-6953

CREDITOR ID: 405923-99
SHUTTS & BOWEN LLP
ATTN: ANDREW BRUMBY
300 SOUTH ORANGE AVE, STE 1000
ORLANDO FL 32801

CREDITOR ID: 403469-99
SILVER COMPANIES, THE
C/O BALLARD SPAHR ANDREWS ET AL
ATTN: DAVID L POLLACK, ESQ
51ST FL - MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 403469-99
SILVER COMPANIES, THE
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 405902-99
SMITH HULSEY & BUSEY
ATTN: STEPHEN D BUSEY
225 WATER ST, STE 1800
JACKSONVILLE FL 32202

CREDITOR ID: 405920-99
SMITH, ALFRED E
60 E 42ND ST, STE 2501
NEW YORK NY 10017

CREDITOR ID: 403465-99
SOUTHEAST-ATLANTIC BEVERAGE CORP
C/O NELSON MULLINS RILEY ET AL
ATTN: GEORGE B CAUTHEN
1320 MAIN STREET
PO BOX 11070 (29211)
COLUMBIA SC 29201

CREDITOR ID: 405925-99
STATE OF GEORGIA
C/O OSCAR B FEAR III
ASST ATTNY GENERAL
40 CAPITOL SQUARE, SW
ATLANTA GA 30334

CREDITOR ID: 403515-93
SUBURBAN PROPANE
ATTN: MS. SANDY SWICKEL, ESQ.
1 SUBURBAN PLAZA, 240 ROUTE 10 WEST
PO BOX 206
WHIPPANY NJ 07981

CREDITOR ID: 403551-99
TRAMECIA ATKINS
C/O MARGARET A BENTON, ESQ
800 VIRGINIA AVE, STE 10
FORT PIERCE FL 34982

CREDITOR ID: 403417-92
US DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE & HOUR DIVISION
ATTN DIANE MCMICHAEL
474 S COURT ST RM 708
MONTGOMERY AL 36104

CREDITOR ID: 403448-92
US DEPARTMENT OF LABOR
ATTN LINDA WILKERSON INVESTIGATOR
4407 BLAND ROAD STE 260
RALEIGH NC 27609

CREDITOR ID: 403416-92
US DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE & HOUR DIVISION
ATTN SUSAN E DENHAM
500 WEST MAIN STE 104
TUPELO MS 38802

CREDITOR ID: 403418-92
US DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE & HOUR DIVISION
ATTN CHERYL ARNOLD
950 NORTH 22ND STREET
BIRMINGHAM AL 35203

CREDITOR ID: 405914-99
USDA AMS, DAIRY PROGRAMS
ATTN: SUE L MOSELY
PO BOX 491778
LAWRENCEVILLE GA 30049

CREDITOR ID: 403475-99
VALLEYDALE ASSOCIATES LTD
C/O SPAIN & GILLON LLC
ATTN: WALTER F MCARDLE
217 SECOND AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 403475-99
VALLEYDALE ASSOCIATES LTD
C/O STUTSMAN & THAMES PA
ATTN: NINA LAFLEUR/RICHARD THAMES
121 W FORSYTH ST STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 405890-99
VICTORY REAL ESTATE INVESTMENTS INC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER, JR
334 EAST DUVAL STREET
JACKSONVILLE FL 32202

**SUPPLEMENTAL SERVICE LIST**
**Notice of Chapter 11 Bankruptcy Case, Meeting of**
**Creditors _Deadlines**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 P.M. Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 405886-99
VICTORY REAL ESTATE INVESTMENTS LLC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER, JR
334 EAST DUVAL ST
JACKSONVILLE FL 32202

CREDITOR ID: 405917-99
VOLPE BAJALIA WICKES ET AL
ATTN: JOHN T ROGERSON
RIVERPLACE TOWER
1301 RIVERPLACE BLVD, STE 1700
JACKSONVILLE FL 32207

CREDITOR ID: 403477-93
WAH HONG GO
C/O LAW OFFICES ANTHONY F SANCHEZ
ATTN: ANTHONY F SANCHEZ
ALRED I DUPONT BLDG
169 E FLAGLER ST, STE 1500
MIAMI FL 33131

CREDITOR ID: 403569-93
WELBORN HEALTHPLAN
421 CHESTNUT ST
EVANSVILLE IN 47713

CREDITOR ID: 403445-93
WHITEHOUSE, LOVELLA
C/O SANDRA FOX
MORGAN & MORGAN
20 N ORANGE AVENUE, 16TH FLOOR
ORLANDO FL 32802

CREDITOR ID: 403543-99
WILMINGTON TRUST COMPANY
C/O BERGER SINGERMAN PA
ATTN: PAUL STEVEN SINGERMAN, ESQ
200 SOUTH BISCAYNE BLVD, STE 1000
MIAMI FL 33131-5308

CREDITOR ID: 403447-92
WOLFGANG TRAMMEL
100 NORTH UNION STREET
STE 620
MONTGOMERY AL 36130

CREDITOR ID: 405930-99
WTH II LLC
C/O MORGAN & MORGAN
ATTN: LEE P MORGAN
PO BOX 48359
ATHENS GA 30604

CREDITOR ID: 405930-99
WTH II LLC
2405 WEST BROAD ST, STE 200
ATHENS GA 30606

CREDITOR ID: 403462-99
YAKIMA ROCHE FRUIT SALES LLC
C/O LAW OFFICES OF KEATON & ASSOC
ATTN: MARY E GARDNER
1278 WEST NORTHWEST HWY, STE 903
PALATINE IL 60607

CREDITOR ID: 405909-93
YELLOW PAGES INC
C/O CONTINENTAL RECOVERY & FILING
PO BOX 1389
SIMI VALLEY CA 93062

**Total:   119**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| In re: | ) Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al., | ) *Chapter 11* |
| Debtors. | ) Jointly Administered |

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on February 21, 2005. The cases were transferred to the above-captioned Court on April 13, 2005. The cases are being jointly administered for procedural purposes under Case No. 05-03817-3F1. You may be a creditor of one of the debtors. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. **This notice lists important deadlines and provides important information concerning the cases.** You may want to consult an attorney to protect your rights. All pleadings (other than proofs of claim) filed in these cases may be reviewed in electronic form at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For general information, please call 1-800-224-7654 or e-mail winninfo@loganandco.com.

### Debtors (Other Names Used by the Debtors in the Last 6 Years, Including Trade Names) and Addresses:

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court, Jacksonville, Florida  32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia  31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida  32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road Montgomery, Alabama 36104 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

## Co-Attorneys for Debtors (name and address):

D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida  32202

## Meeting of Creditors:

Date:  May 25, 2005

Time:  10:00 a.m. Eastern Time

Location:   Prime F. Osborn, III Convention Center
1000 Water Street
Jacksonville, Florida

## Deadline to File a Proof of Claim:

**Proofs of Claim Must be Filed by:**
August 1, 2005, at 5:00 p.m. Eastern Time

**Address for Filing Proofs of Claim:**
Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043

**PLEASE DO NOT FILE PROOFS OF CLAIM WITH THE BANKRUPTCY COURT**

**Address of the Bankruptcy Clerk's Office:**

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Hours Open:  Monday through Friday, 8:30 a.m. to 4:00 p.m.

| For the Court: |
|---|

Clerk of the Court
David K. Oliveria

Date:  May 2, 2005

## EXPLANATIONS

### Filing of Chapter 11 Bankruptcy Case

A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed by each of the debtors listed on the preceding pages, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is appointed, the debtors will remain in possession of the debtors' property and may continue to operate any business.

### Creditors May Not Take Certain Actions

Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures.

### Meeting of Creditors

A meeting of creditors is scheduled for the date, time and location listed on the preceding page. *The debtors' representative must be present at the meeting to be questioned under oath by the U.S.Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

### Claims

**Filing of Proofs of Claim:** The debtors have filed schedules of liabilities pursuant to Bankruptcy Rule 1007. You may review the schedules of liabilities at www.loganandco.com. Any creditor holding a scheduled claim that is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a Proof of Claim in this case. A Proof of Claim is a signed statement describing a creditor's claim. Creditors whose claims are not scheduled or whose claims are listed in the schedules as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their Proofs of Claim. The deadline for filing Proofs of Claim is August 1, 2005, at 5:00 p.m. Eastern Time. If you elect to file a Proof of Claim and have not received a Proof of Claim form, you may utilize a Proof of Claim form that substantially conforms to Official Form 10. Proof of Claim forms are available in the clerk's office of any bankruptcy court or you may obtain a form at www.loganandco.com. The place to file a proof of claim is: Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043.

**Information Concerning Offers to Purchase Claims:** Certain entities are in the business of purchasing claims held by creditors against a debtor for an amount that is less than the face amount of the claims. One or more of these entities may contact you and offer to purchase your claim against one of the debtors. Some of the written communications from these entities may be easily confused with official court documentation or communications from the debtors. These entities do not represent the Court or the debtors. Therefore, you have no obligation to sell your claim to these entities. In the event you do decide to sell your claim, any transfer of such claim is subject to Bankruptcy Rule 3001(e), any applicable provisions of the Bankruptcy Code and any applicable orders of the Court.

### Discharge of Debts

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

### Bankruptcy Clerk's Office

Any paper that you file in this bankruptcy case, except a Proof of Claim form and a ballot on confirmation of a chapter 11 plan, should be filed at the bankruptcy clerk's office at the address listed on the preceding page. **Electronic filing is mandatory for all attorneys.** You may review all pleadings (other than proofs of claim), including the debtors' schedules, in electronic form at the bankruptcy clerk's office. Separate instructions have been issued as to when and where to file a proof of claim and separate instructions will be later issued as to when and where to file a ballot.

Voice Case Info. System (VCIS): For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286.

Please review the Court's website at www.flmb.uscourts.gov at "Winn-Dixie Stores Chapter 11 Proceedings," for additional information regarding these cases.

### Legal Advice

The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights.

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., <u>et al.</u>,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
### ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1.   **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2.   **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.   **ENTRY OF THE BAR DATE ORDER.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors is **August 1, 2005, at 5:00 p.m. Eastern Time** (the "Bar Date").  The Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005.

4.   **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5.   **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if:

A.   You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

B.   Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

C.   Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

D.   You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

E.   Your claim has already been paid by the Debtors with authorization of the Court;

F.   You are a person or entity (other than an indenture trustee) seeking to assert a claim for principal and interest due on any of the Debtors' 8-7/8% Senior Notes due 2008 (the Debtors will rely on the proof of claim filed by the indenture trustee) (however, if you hold any other type of claim, or are alleging damages or asserting causes of action based upon or arising from your note, you must file a proof of claim by the Bar Date);

G.   You are a person or entity seeking to assert only stock ownership interests in the Debtors (the Debtors will rely on the records of the stock transfer agent for evidence of stock holdings) (however, if you hold a claim of any kind, or are alleging damages or asserting causes of action based upon or arising from your stock ownership interests, you must file a proof of claim by the Bar Date); or

H.   You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.   **WHAT TO FILE.**  If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.  YOU SHOULD ATTACH YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

 If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.   **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on August 1, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**   If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.   **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE.  EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON AUGUST 1, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10.   **THE DEBTORS' SCHEDULES AND ACCESS THERETO.**   You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com.  Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11.   **TO GOVERNMENTAL UNITS ONLY.**   If you are a governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code), consistent with section 502(b)(9) of the Bankruptcy Code, you may file a timely proof of claim up to, but not later than, 5:00 p.m. Eastern Time on August 22, 2005.

12.   **FURTHER INFORMATION.**   If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.  DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  May 2, 2005

**FOR THE COURT:**
**David K. Oliveria, Clerk of the Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME** |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: _____  Case No. _____
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

| **A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):** | Telephone No. of Creditor _____<br><br>_____<br>Fax No. of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, <u>EXCEPT AS FOLLOWS</u>: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
| **B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address<br><br>Name: _____<br><br>Company/Firm: _____<br><br>Address: _____<br><br>_____<br><br>Account or Other Number by Which Creditor Identifies Debtor: _____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notices in this case.<br><br>Check here if this claim<br>☐ replaces ☐ amends  a previously filed claim, dated: ____ | |

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____

- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
- Last four digits of SSN:_____
- Unpaid compensation for services performed from _____ to _____
- (date)           (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$_____  $_____  $_____  $_____
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print: _____  Title:_____<br><br>Signature:_____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

### --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| **Winn-Dixie Stores, Inc.** | **Case No. 05-03817-3F1** |
| **Dixie Stores, Inc.** | **Case No. 05-03818-3F1** |
| **Table Supply Food Stores Co., Inc.** | **Case No. 05-03819-3F1** |
| **Astor Products, Inc.** | **Case No. 05-03820-3F1** |
| **Crackin' Good, Inc.** | **Case No. 05-03821-3F1** |
| **Deep South Distributors, Inc.** | **Case No. 05-03822-3F1** |
| **Deep South Products, Inc.** | **Case No. 05-03823-3F1** |
| **Dixie Darling Bakers, Inc.** | **Case No. 05-03824-3F1** |
| **Dixie-Home Stores, Inc.** | **Case No. 05-03825-3F1** |
| **Dixie Packers, Inc.** | **Case No. 05-03826-3F1** |
| **Dixie Spirits, Inc.** | **Case No. 05-03827-3F1** |
| **Economy Wholesale Distributors, Inc.** | **Case No. 05-03828-3F1** |
| **Foodway Stores, Inc.** | **Case No. 05-03829-3F1** |
| **Kwik Chek Supermarkets, Inc.** | **Case No. 05-03830-3F1** |
| **Sunbelt Products, Inc.** | **Case No. 05-03831-3F1** |
| **Sundown Sales, Inc.** | **Case No. 05-03832-3F1** |
| **Superior Food Company** | **Case No. 05-03833-3F1** |
| **WD Brand Prestige Steaks, Inc.** | **Case No. 05-03834-3F1** |
| **Winn-Dixie Handyman, Inc.** | **Case No. 05-03835-3F1** |
| **Winn-Dixie Logistics, Inc.** | **Case No. 05-03836-3F1** |
| **Winn-Dixie Montgomery, Inc.** | **Case No. 05-03837-3F1** |
| **Winn-Dixie Procurement, Inc.** | **Case No. 05-03838-3F1** |
| **Winn-Dixie Raleigh, Inc.** | **Case No. 05-03839-3F1** |
| **Winn-Dixie Supermarkets, Inc.** | **Case No. 05-03840-3F1** |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above.) A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
 DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, AUGUST 1, 2005**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.** PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.