UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                Chapter 11
WINN-DIXIE STORES, INC.                               Case No: 3-05-BK-3817

Debtor.
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure of the appearance of ANTHONY M. SALZANO, ESQ., as counsel of record for creditor, PASCO COUNTY, FLORIDA, a political subdivision of the State of Florida, on behalf of its Pasco County Board of County Commissioners in the above-styled case.

ANTHONY M. SALZANO, as counsel for PASCO COUNTY BOARD OF COUNTY COMMISSIONERS hereby requests pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure that the PASCO COUNTY BOARD OF COUNTY COMMISSIONERS receive from Debtor's attorney a copy of the petition schedule listing PASCO COUNTY, FLORIDA and/or PASCO COUNTY BOARD OF COUNTY COMMISSIONERS, all pleadings, trustee reports, orders, notices, disclosure statements, plans of reorganization, and any other document affecting the debtor, its property, or property of the estate filed or brought before the Court by any creditor or other party in interest in this case or in any adversary proceeding relating to this case be addressed to and served on the following attorney on behalf of the PASCO COUNTY BOARD OF COUNTY COMMISSIONERS as follows:

A:\tjo\Bankruptcy#2Not of Appear-Winn Dixie

ANTHONY M. SALZANO, ESQ.
Counsel for Pasco County Board
of County Commissioners
West Pasco Government Center
7530 Little Road
Suite 340
New Port Richey, FL 34654

and that, ANTHONY M. SALZANO, as Counsel for Pasco County Board of County Commissioners, be added to the bankruptcy Clerk's mailing matrix list of creditors.

DATED:    May 20, 2005.

/S/ ANTHONY M. SALZANO, ESQ.
COUNSEL FOR PASCO COUNTY
BOARD OF COUNTY COMMISSIONERS
WEST PASCO GOVERNMENT CENTER
7530 LITTLE ROAD, SUITE 340
NEW PORT RICHEY, FL 34654
PH: (727) 847-8120
BAR NO. 186945

CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. mail on this 20th day of May 2005 to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Sarah Robinson Borders, Esq. King & Spalding, LLP, 191 Peachtree Street, Atlanta, GA 30303, Stephen D. Busey, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, United States

A:\tjo\Bankruptcy#2Not of Appear-Winn Dixie

Bankruptcy Trustee, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, Florida 33601, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254.

/S/ ANTHONY M. SALZANO, ESQ.
Counsel For Pasco County Board
Of County Commissioners
West Pasco Government Center
7530 Little Road, Suite 340
New Port Richey, FL 34654
PH: (727) 847-8120
BAR NO. 0565091

A:\tjo\Bankruptcy#2Not of Appear-Winn Dixie