**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817 (3F1) |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| *Debtors.* | ) | Jointly Administered |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Johanna E. Markind, a member in good standing of the bar in the Commonwealth of Pennsylvania and the State of New Jersey, request admission *pro hac vice*, before the Honorable Jerry A. Funk, to represent TRM Corporation in the above-captioned Chapter 11 cases.

My contact information is as follows:

Johanna E. Markind, Esquire
LAW OFFICES OF DANIEL B. MARKIND
1500 Walnut Street, Suite 1100
Philadelphia, PA  19102
Telephone:  (215) 546-2212
Facsimile:  (215) 735-9004
E-mail:  markindlaw@att.net

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Respectfully submitted,

*/s/ Johanna E. Markind*              /JM1226
JOHANNA E. MARKIND, ESQUIRE
Pa.  #67255
N.J. Fed. # JM9887
1500 Walnut Street, Suite 1100
Philadelphia, PA 19102
(215) 546-2212

Date: May 20, 2005

## CERTIFICATE OF SERVICE

The undersigned certified that on <u>May 20, 2005</u>, a copy of the foregoing was forwarded electronically and/or by first class mail postage prepaid to:

| | |
|---|---|
| Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202 | Debtor's Attorney |
| David J. Baker, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorney |
| Kenneth C. Meeker<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, FL  32801 | U.S. Trustee |

*/s/ Johanna E. Markind*_____ /JM1226
JOHANNA E. MARKIND, ESQUIRE
Pa.  #67255
N.J. Fed. # JM9887