# United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202
Phone (904) 301-6490

May 18, 2005

Karole A. Stathakis,
818 2nd Avenue, North
St. Petersburg, FL  33701

Re:   WINN-DIXIE STORES, INC.

Case No.:  05-03817-3F1

Dear Karole A. Stathakis:

The court is in receipt of your correspondence and has filed it as such. The Court is unable to take any action on your letter, as we cannot construe it to be a motion, objection, application or other pleading. You must file the proper documents with the Court in order for any action to be taken.

Susan Carter
Deputy Clerk

MAY 9, 2005

REC'D
JACKSONVILLE, FLORIDA

MAY 1 7 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET, SUITE 3-350
JACKSONVILLE, FLORIDA 32202

ATTENTION:   DAVID K. OLIVERIA, CLERK OF THE COURT

RE:          CASE NO:  05-03817-3F1
             WINN-DIXIE STORES, INC., et al
             WINN-DIXIE MARKETPLACE

TO THE HONORABLE COURT:

   SEVERAL DAYS AGO I RECEIVED IN THE MAIL A PACKET REGARDING THE ABOVE ISSUE OF WHICH I HAD ALREADY BEEN AWARE. AT THAT TIME HOWEVER, I REQUESTED FROM MY MANAGER AT WINN-DIXIE PERMISSION TO CORRESPOND WITH THE HONORABLE COURT AS AN EMPLOYEE OF WINN-DIXIE WHICH I RECEIVED.

   FOR THE PURPOSES OF THIS CORRESPONDENCE, I AM ATTACHING A COPY OF MY CONFIDENTIAL 2004 U.S. INCOME TAX FILING, U.S. DEPARTMENT OF THE TREASURY. I BELIEVE IT IS EASILY DECIPHERABLE AND IT STATES MY OCCUPATION, AS IT HAS BEEN FOR MANY YEARS IS RETAIL/JD.

   FOR THE PURPOSES OF FULL DISCLOSURE AND NO INTENT TO HIDE ANYTHING FROM THE HONORABLE COURT I AM ENCLOSING ALL OF THE 2004 RETURN. UNLESS IT IS ABSOLUTELY NECESSARY ITS PARTICULARS, SUFFICE TO SAY THAT WITHIN THE UNITED STATES I HAVE INCOME LISTED AS J.D. CONSULTATIONS UNDER CERTAIN CONDITIONS AND THOSE CONDITIONS END WITH FINAL APPROVAL BY THE U.S. DEPARTMENT OF THE TREASURY. I AM PROUD TO STATE SIMPLY THAT THE U.S. DEPARTMENT OF THE TREASURY HAS NEVER DENIED ME ANY ISSUE THAT I HAVE TAKEN OR INCOME I HAVE RECEIVED. HOWEVER, THE CLEAR MAJORITY OF MY INCOME IS OBTAINED AS STATED AS RETAIL/JD.

   I REALIZE THE WORKLOAD OF THE HONORABLE COURT AND ITS TIME CONSTRAINTS BUT WITH PERMISSION OBTAINED I DO REQUEST AN OPPORTUNITY TO BE HEARD AND STATE SEVERAL THINGS.

   FIRST AND FOREMOST, WHETHER IT IS NAIVE OR WISHFUL THINKING, I DO BELIEVE THAT WINN-DIXIE CAN PULL OUT OF THIS SITUATION.

   ON THE OTHER HAND, I ALSO BELIEVE THAT A LARGE PORTION OF THAT TASK IN DOING SO IS A NEGATIVE MEDIA. I AM NOT STATING WITH ANY SPECIFICITY NEWSPAPERS, RADIO OR TELEVISION, BUT SIMPLY STATE NEGATIVE MEDIA AND THE PHILOSOPHY OF KICKING SOMEONE WHEN THEY ARE DOWN. THIS APPEARS TO BRING THE MEDIA GREAT SATISFACTION.

WITHIN THE HISTORY OF UNITED STATES BUSINESS WAS LEE A. IACOCCA AND WHAT IS TERMED THE CHRYSLER BAILOUT BY THE U.S. GOVERNMENT. MR. IACOCCA WAS ON THE VERGE OF SUICIDE AFTER BEING FIRED BY FORD, BLACKLISTED WITHIIN THE AUTOMOBILE INDUSTRY AND WENT WITH CHRYSLER CORPORATION. THE MEDIA WAS MERCILESS UPON HIM CONTINUALLY AND TO THIS DATE AS I HAVE READ WITH MY OWN EYES AND HEARD WITH MY OWN EARS STATE HE NEVER PAID BACK THE U.S. GOVERNMENT AND ITS LOAN TO CHRYSLER. I AM ATTACHING FROM HISTORY OF UNITED STATES BUSINESS A PICTURE OF MR. IACOCCA WITH THE CHECK MADE OUT TO UNITED STATES TRUST COMPANY OF NEW YORK WHICH THE NEGATIVE MEDIA STILL REFUSES TO ACCEPT.

SECONDLY, I WENT WITH WINN-DIXIE AFTER AN ASSOCIATION FOR MANY YEARS WITH KFC CORPORATION AND A DIVISION KFC U.S. PROPERTIES, INC., LOUISVILLE, KENTUCKY WHEN MY EMPLOYMENT WITH A KFC FRANCHISE DID NOT WORK OUT. I AM NOT GOING TO STATE MUCH ABOUT THIS EXCEPT WHAT IS KNOWN CLEARLY ALREADY BY WINN-DIXIE WHEN I WAS HIRED THAT I WAS A NATIONAL CHAMPION FOR KFC IN CUSTOMER SERVICE AND ONE OF THE MOST AWARDED EMPLOYEES THEY HAD.

MY DECISION AFTER LEAVING ANY ASSOCIATION WITH KFC AND EVENTUALLY APPLYING TO WINN-DIXIE WAS BASED ON ONE THING. I HAD MADE UP MY MIND THAT I WOULD NEVER WORK FOR A TRUE AND CLEAR COMPETITOR OF KFC AND COLONEL HARLAND SANDERS. I KNOW DEEPLY KFC AND SIMPLY REFUSED TO BRING ANY OF THAT EXPERIENCE OR KNOWLEDGE TO POPEYE'S, FOR EXAMPLE. I TRULY BELIEVE IT IS UNETHICAL.

WITHIN THE ST. PETERSBURG AREA I HAVE BEEN EXTREMELY DISTRESSED TO LEARN AND READ THAT FORMER MANAGERS OF WINN-DIXIE, WITH THEIR DEPTH OF KNOWLEDGE ABOUT WINN-DIXIE HAVE GONE WITH WALMART AND TO AID THEM IN THEIR PRESENCE IN ST. PETERSBURG. THE PRESENCE OF WALMART HAS HURT WINN-DIXIE IN ST. PETERSBURG AND PARTICULARLY THE STORE THAT I WORK AT. THIS IS A FACT. FOR VARIOUS REASONS, SOME OF WHICH INCLUDE EMPLOYMENT OF ILLEGAL ALIENS AND SEIZURES OF RECORDS BY VARIOUS AGENCIES, I AM NOT WILLING TO GIVE WALMART A FREE ENTERPRISE DESIGNATION AND THIS UPSETS ME GREATLY, PARTICULARLY FORMER WINN-DIXIE MANAGERS.

THIRDLY, AND THIS ISSUE I WILL STATE MORE DEEPLY, I WENT WITH WINN-DIXIE BECAUSE I WANTED TO CONTINUE WORKING IN THE AREA OF DIVERSITY. I WAS A DIVERSITY EMPLOYEE FOR KFC AND IN THAT REGARD I AM ATTACHING TWO RECOGNITIONS THAT I PROBABLY VALUE MORE THAN MY AWARDS. ONE IS AN INVITATION FROM THE MAYOR OF UNION CITY, NEW JERSEY (IN SPANISH) TO JOIN THEM IN A REMEMBRANCE OF SEPTEMBER 11th, AND THE OTHER FROM THE OFFICE OF EQUITY AND DIVERSITY FOR A MUSEUM EXHIBITION OF "AFRICANS IN THE AMERICAS"

LIKE KFC, WINN-DIXIE IS A NAME AND LEADER IN DIVERSITY. IT IS NOT EASY. MANY TIMES IT IS NOT PROFITABLE. IT IS NECESSARY AND IT IS CHALLENGING.

    I WOULD ALSO LIKE THE HONORABLE COURT TO CONSIDER THAT ALSO LIKE KFC, WINN-DIXIE IS A STRONG EMPLOYER OF YOUTH AND HAVE MANY YOUNG EMPLOYEES. THIS IS ALSO NOT EASY. BUT I CAN SAY THIS FOR A FACT THAT ALSO LIKE KFC THESE ARE "GOOD KIDS" THAT CAN BE DIRECTED EVEN IN TIMES OF CRISIS LIKE THIS TO HELP WINN-DIXIE.

    I AM NOT GOING TO TRY TO DECEIVE THE HONORABLE COURT AND PAINT A PICTURE THROUGH ROSE-COLORED GLASSES. THERE ARE AREAS WHICH CAN BE IMPROVED. THERE ARE THINGS THAT CAN BE MORE EFFICIENT. IF EVERYTHING WAS ABSOLUTELY WONDERFUL THERE WOULD NOT BE CASE NO:05-03817-3F1. I ONLY ASK THAT THE HONORABLE COURT CONSIDER SOME OF THE THINGS THAT WINN-DIXIE HAS TRIED TO DO. THEY HAVE CONSIDERABLE MERIT.

    LASTLY, I AM ATTACHING A VERY SHORT PORTION ENTITLED NEW HIRE ORIENTATION WORKBOOK - THE ROAD TO WINN-DIXIE.

    1925 - WHO IS OUR FOUNDER?   WILLIAM M. DAVIS
          WHERE DID HE GO?     MOM & POP GROCERY STORE

    IN THIS AGE OF BIG BUSINESS, THERE ARE VERY FEW STORIES LEFT LIKE MR. DAVIS AND HIS FAMILY AND THEIR MOM & POP GROCERY STORE WHICH EVENTUALLY TURNED INTO WINN-DIXIE STORES, INC./WINN-DIXIE MARKETPLACE.

    LIKE THIS, COLONEL HARLAND SANDERS WAS ONE OF THEM. HIS SANDERS CAFE BEHIND THE GAS STATION AND HIS FRIED CHICKEN EVENTUALLY BECAME AN AMERICAN ICON AND A NAME KNOWN WORLDWIDE. HIS ROAD WAS NOT EASY EITHER.

    I THANK THE HONORABLE COURT FOR THIS OPPORTUNITY.

                                  RESPECTFULLY SUBMITTED,

                                  KAROLE A. STATHAKIS, J.D. (DR.)
                                  818 2nd AVENUE, NORTH
                                  ST. PETERSBURG, FLORIDA 33701

ATTACHMENTS (5)

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1            Date Rcvd: May 18, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on May 20, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +Karole A. Stathakis,   818 2nd Avenue, North,   St. Petersburg, FL 33701-3106

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2005**                **Signature:**   _Joseph Speetjens_