UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION
FOR ORDER UNDER 11 U.S.C. §§ 105(A), 363 AND 542
AUTHORIZING RECEIPT OF ESCROWED FUNDS OWED TO
DEBTORS IN CONNECTION WITH PREPETITION TRANSACTION**

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing the receipt of escrowed funds owed to the Debtors in connection with a prepetition transaction (the "Motion") (Docket No. 913). The Court finds that (i) the Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service, (ii) no party filed an objection, and (iii) the Court therefore considers the Motion unopposed. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The firm of Dwyer & Cambre, as escrow agent, is authorized and directed to release funds in the amount of $240,000 to the Debtors.

3. The firm of Dwyer & Cambre is authorized and directed to record the termination documents executed by the Debtor prepetition.

Dated this 18 day of May, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Copies to:
Cynthia C. Jackson
[Cynthia Jackson is directed to mail a copy of this Order to all parties served with the motion.]
495773

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes          Page 1 of 1           Date Rcvd: May 19, 2005
Case: 05-03817               Form ID: pdfdoc       Total Served: 1
```

The following entities were served by first class mail on May 21, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2005**                        **Signature:**    *Joseph Speetjens*