UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

### ORDER STRIKING AMENDED RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION AND CERTIFICATE OF SERVICE

The Court finds that the Amended Rule 2019 Disclosure of Multiple Representation and Certificate of Service filed by Amy Pritchard Williams on behalf of Applewood Shopping Center, Weddington Associates, Broad Street Station Shopping Center, LLC, Crawford Norwood Realty and K-2 Properties, LLC on May 16, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Amended Rule 2019 Disclosure of Multiple Representation and Certificate of Service filed by Amy Pritchard Williams on behalf of Applewood Shopping Center, Weddington Associates, Broad Street Station Shopping Center, LLC, Crawford Norwood Realty and K-2 Properties, LLC filed on May 16, 2005 is stricken from the record.

**DATED May 19, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Amy Pritchard Williams, Hearst Tower, 47th Floor, 214 N. Tryon, Charlotte, NC 28202
Adam Ravin, Four Times Square, New York, NY 10036
Cynthia C. Jackson, 225 Water St., Ste 1800, Jacksonville, FL 32201
US Trustee
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
John B. Macdonald, 50 N. Laura St., Ste 2500, Jacksonville, FL 32202
Logan & Co., Inc., 546 Valley Rd., Upper Montclair, NJ 07043

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1                Date Rcvd: May 19, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 7

The following entities were served by first class mail on May 21, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +John B. Macdonald,   Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
             Jacksonville, FL 32202-3646
           +Amy Pritchard Williams,   Hearst Tower, 47th Floor,   214 N. Tryon,   Charlotte, NC 28202-1078
           +Logan & Co., Inc.,   546 Valley Rd.,   Upper Montclair, NJ 07043-1896

The following entities were served by electronic transmission on May 20, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 20 2005 04:33:54     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2005**                    **Signature:** *Joseph Speetjens*