UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

The Court finds that the Notice of Appearance and Request for Service of Notices and Pleadings filed by Judy D. Thompson on behalf of Cardtronics, Inc. on May 16, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Service of Notices and Pleadings filed by Judy D. Thompson on behalf of Cardtronics, Inc. on May 16, 2005 is stricken from the record.

**DATED May 19, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Judy D. Thompson, 301 S. College St., Suite 2300, Charlotte, NC 28202
Cynthia C. Jackson, Attorney for Debtor, 225 Water St., Ste 1800, Jacksonville, FL 32201
Debtor
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
Adam Ravin, Four Times Square, New York, NY 10036
US Trustee
John B. Macdonald, 50 N. Laura St., Ste 2500, Jacksonville, FL 32202

Blakely /    /   / Revised: 05/17/05 4:12 PM        Printed: 05/18/05                    Page: 1 of 1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1                  Date Rcvd: May 20, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 6

The following entities were served by first class mail on May 22, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
             Jacksonville, FL 32202-3646
aty        +Judy D Thompson,    301 S. College Street, Ste 2300,    Charlotte, NC 28202-6041

The following entities were served by electronic transmission on May 21, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 21 2005 02:53:12     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2005**                              **Signature:**    *Joseph Speetjens*