UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

### ORDER AUTHORIZING (I) RETROACTIVE REJECTION OF CERTAIN REAL PROPERTY LEASES AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing and approving the rejection by the Debtors effective retroactively of the unexpired non-residential real property leases listed on Exhibit A to the motion (the "Motion"). Prior to the hearing on the Motion, the Debtors notified the Court that they had determined that the rejection of the lease governing store number 817 in Wilmington, North Carolina was not at this time in the best interests of the Debtors' estates and, thus, they had removed such lease from the leases originally sought to be rejected by the Motion. The Debtors further notified the Court that the unexpired non-residential real property leases sought to be rejected by the Motion now consisted only of those leases set forth on Exhibit A to this Order (collectively, the "Leases"). The Court has reviewed the Motion, considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given,

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a), and each Lease is deemed rejected, effective as of the earlier of (a) the date upon which the Debtors provide notice of termination to the landlord party to the Lease and tender possession of the premises to such landlord and (b) the date of entry of an order approving the rejection; provided, however, that the Lease with respect to store number 2109 is deemed rejected effective as of May 11, 2005.

3. Any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. Any landlord who seeks to dispose of any such abandoned property shall provide fifteen days written notice of such intent to any party who the Debtors advise is likely to have an interest in such property. Unless such interested party removes the property from the premises within such fifteen-day period, or within a longer period that is established by written agreement among the parties, the landlord under the Lease shall be entitled to dispose of the abandoned property as it deems fit.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated May __19__, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

## EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 559 | HWY 90 & LLOYD STREET<br>Crestview, FL 32536 | Sun West N.C. Iii Partners Limited Partnership |
| 625 | 4536 HIGHWAY 70<br>Bradenton, FL 34203 | August Urbanek Ivest. |
| 826 | 2509 N. HERITAGE STREET<br>Kinston, NC 28501 | Heritage Crossing Associates, Lp |
| 886 | 813 E BLVD<br>Williamston, NC 27892 | Roanote Landing Limited Partnership |
| 942-BL | 12450 GAYTON ROAD<br>Richmond, VA 23233 | Dpj Company Limited |
| 942-GL | 12450 GAYTON ROAD<br>Richmond, VA 23233 | Dpj Company Limited |
| 950 | 351 NORTH COLLEGE DRIVE<br>Franklin, VA 23851 | W. D. Of Virginia, Inc. |
| 959 | 5260 OAKLAWN BLVD<br>Hopewell, VA 23860 | George D. Zamias |
| 963 | 4920 GREENSBORO ROAD<br>Ridgeway, VA 24148 | Sheffield Estates, Inc. |
| 983 | 1255 FRANKLIN STREET<br>Rocky Mount, VA 24151 | W-D Rocky Mount,Va Partners,Llc |
| 1611 | 1651 PARIS PIKE<br>Georgetown, KY 40324 | The Deerfield Company |
| 1704 | 1065 READING ROAD<br>Mason, OH 45040 | Mason Shopping Center Partnership |
| 1758 | 1535 WEST GALBRAITH ROAD<br>Cincinnati, OH 45231 | Wiedemann Square,Llc |
| 1764 | 2220 WAYCROSS ROAD<br>Cincinnati, OH 45240 | Civic Center Station,Ltd. |
| 1776 | 1967 DIXIE HIGHWAY<br>Ft. Wright, KY 41011 | Tappen Properties Lp |
| 2109 | 3901 N KINGS HWY<br>Myrtle Beach, SC 29577 | Sam Development Associates Llc |
| 2115 | 124 S CASHUA DRIVE<br>Florence, SC 29501 | Florence Marketplace Investors, Llc |
| 2116 | 1611 S. IRBY STREET<br>Florence, SC 29505 | Carolina Enterprises,Inc |
| 2124-BL | HWY 501 16TH AVE<br>Conway, SC 29526 | Ccp Employee Profit Sharing Plan |
| 2124-GL | HWY 501 16TH AVE<br>Conway, SC 29526 | Ccp Employee Profit Sharing Plan |
| 2146 | 139 WESTFIELD DR.<br>Hartsville, SC 29550 | Hazel Park Associates |
| 2537 | 944 EAST STATE ROAD 436<br>Casselberry, FL 32730 | Casselsquare Llc |
| 9093 | 210 Century Drive<br>Bartow, FL 33830 | Zurich Structured Finance |

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: May 20, 2005
Case: 05-03817                Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on May 22, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2005**                              **Signature:** *Joseph Speetjens*