**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER UNDER FED.R.BANKR.P.9006(B)**
**EXTENDING THE TIME WITHIN WHICH DEBTORS**
**MAY FILE NOTICES OF REMOVAL**

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and its affiliates and subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under Fed.R.Bankr.P.9006(b) extending the time within which the Debtors may file notices of removal under Fed.R.Bankr.P.9027(a)(2)(a) (the "Motion"). [1]   The Court has reviewed the Motion, considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    Pursuant to Fed.R.Bankr.P.9006(b), the time within which the Debtors may file notices of removal is extended for approximately one hundred seventy-five (175) days, through and including August 15, 2005.

---

[1]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2.      The Court shall retain jurisdiction to (i) resolve any disputes arising from the extension of the period set forth in Fed.R.Bankr.P.9027(a)(2)(a), and (ii) interpret, implement, and enforce the provisions of this Order.

Dated May ____ , 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3         User: cartes           Page 1 of 1            Date Rcvd: May 20, 2005
Case: 05-03817               Form ID: pdfdoc         Total Served: 1


The following entities were served by first class mail on May 22, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2005**                    **Signature:** _____Joseph Speetjens_____