### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### ORDER EXTENDING DEADLINE TO FILE
### STATEMENT OF RECLAMATION AND VALUE NOTICES

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and its affiliates and subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under Fed.R.Bankr.P.9006(b), extending the time within which the Debtors may file a Statement of Reclamation and the Debtors or any other interested party may file Value Notices, (the "Motion"). [1]   The Court has reviewed the Motion, considered the evidence and heard the argument of counsel.  After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.     The Motion is granted.

2     The time within which (i) the Debtors are required to file a Statement of Reclamation, and (ii) the Debtors and any other interested party are required to file Value Notices, is extended to June 30, 2005.

---

[1]     All capitalized terms not otherwise defined by this Order shall have the meaning ascribed to them in the Motion.

2.      The Court shall retain jurisdiction to interpret, implement, and enforce the

provisions of this Order.

Dated May _____19_____, 2005 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes          Page 1 of 1              Date Rcvd: May 20, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 1
```

```
The following entities were served by first class mail on May 22, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
           Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2005**              **Signature:**