UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER AUTHORIZING DEBTORS TO RETAIN CARLTON FIELDS, P.A.
AS SPECIAL REAL ESTATE LITIGATION COUNSEL**

These cases came before the Court for hearing on May 19, 2005, upon the application of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the Debtors to retain Carlton Fields, P.A. as special real estate litigation counsel (the "Application").[1] The Court has reviewed the Application and the supporting Declaration of Alan M. Grunspan and Disclosure of Compensation (the "Grunspan Declaration") and has considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Application is granted.

2. The Debtors are authorized to retain Carlton Fields, P.A. as special real estate litigation counsel pursuant to section 327(e) of the Bankruptcy Code nunc pro tunc to the Petition Date on the terms set forth in the Application and the Grunspan Declaration.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Application.

-2-

3. No work performed by Carlton Fields, P.A. shall be duplicative of work performed by any other counsel retained by the Debtors in these cases.

4. If any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, Carlton Fields, P.A.'s employment shall continue as authorized pursuant to this Order.

5. Carlton Fields, P.A. shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated May 19, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1             Date Rcvd: May 20, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on May 22, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
           Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2005**              **Signature:**  _Joseph Speetjens_

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234