[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/

### ORDER STRIKING ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

This case came on for consideration upon the Court's own motion. On May 19, 2005, Lee P. Morgan on behalf of Homewood Associates, Inc. and W.T.H., II, LLC filed Entry of Appearance and Request for Notices without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Entry of Appearance and Request for Notices is stricken from the record.

Dated May 20, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Adam Ravin, Attorney for Debtor
Dennis F. Dunne, Attorney for Creditor's Committee
Lee P. Morgan, P.O. Box 48359, Athens, GA 30604

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1               Date Rcvd: May 20, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on May 22, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +Lee P Morgan,   Morgan & Morgan,   Post Office Box 48359,   Athens, GA 30604-8359

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2005**          **Signature:** *Joseph Speetjens*