UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

MAY 2 0 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC.

Debtors.
_____/

Case No: 05-03817-3F1
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

CHARLES A. BUFORD, of Harper, Kynes, Geller & Buford, P.A., files this Notice of Appearance as attorney for Seven Springs Plaza, LLC, unsecured creditor in the above-styled case, and requests that he be provided copies of all pleadings filed herein.

HARPER, KYNES, GELLER & BUFORD, P.A.

_____
CHARLES A. BUFORD
2560 Gulf to Bay Blvd., Suite 300
Clearwater, FL 33765
(727) 799-4840
FBN: 322539

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing (and exhibits if applicable) have been sent by U.S. Mail this ___ day of MAY, 2005, to WINN-DIXIE STORES, INC., 5050 Edgewood Court, Jacksonville, FL 32254-3699; D.J. BAKER, ESQUIRE, SALLY McDONALD HENRY, ESQUIRE and ROSALIE WALKER GRAY, ESQUIRE, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036-6522; STEPHEN D. BUSEY, ESQUIRE, JAMES H. POST, ESQUIRE and CYNTHIA C. JACKSON, ESQUIRE, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; UNITED STATES TRUSTEE-JAX, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801; DENNIS F. DUNNE, ESQUIRE, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; and, JOHN B. MacDONALD, ESQUIRE, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202.

_____
Charles A. Buford

F:\wpdocs\JM\JFILES\21 FILES\21174\n-appear-JAX.frm
9853/21174: JMM: 5/17/05