ANGEL & FRANKEL, P.C.
Former Attorneys for Liberty Mutual Insurance Company
460 Park Avenue
New York, NY 10022-1906
(212) 752-8000
Laurence May, Esq. (LM-9714)
Rick A. Steinberg, Esq. (RS-7396)

F I L E D
JACKSONVILLE, FLORIDA

MAY 2 0 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------x
In re:                                            Chapter 11

WINN-DIXIE STORES, INC., et al.,                  Case No. 3-05-BK-3817

                        Debtors.                  (Jointly Administered)
-------------------------------------------------x

## WITHDRAWAL OF NOTICE OF APPEARANCE AND WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Angel & Frankel, P.C. hereby withdraws its appearance as counsel for Liberty Mutual Insurance Company in the above-captioned bankruptcy cases and requests that it be removed from the electronic and mail service list and receive no further notices or service of papers in the cases.

Dated: New York, New York
       May 16, 2005

                                        Respectfully submitted,

                                        ANGEL & FRANKEL, P.C.
                                        Former Attorneys for Liberty Mutual Insurance Company

                                        By:   /s/ Rick A. Steinberg
                                              Laurence May, Esq. (LM-9714)
                                              Rick A. Steinberg, Esq. (RS-7396)
                                        460 Park Avenue
                                        New York, NY 10022-1906
                                        (212) 752-8000

80711_1 MS Word