**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

**VERIFIED STATEMENT OF TROUTMAN**
**SANDERS LLP PURSUANT TO BANKRUPTCY RULE 2019**

TROUTMAN SANDERS LLP ("Troutman") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure. Troutman represents the following creditors and parties-in-interest in the above-captioned bankruptcy proceedings:

1.  Maritime Products International, Inc.
    c/o Matthew A. Fass, Vice President
    11825 Rock Landing Road, Suite 1A
    Newport News, Virginia 23606

Maritime Products International, Inc. is a wholesaler of seafood products and has reclamation and unsecured claims against one or more of the Debtors.

2.  Atlanta Foods International
    c/o Doug Jay, President
    255 Spring Street, S.W.
    Atlanta, Georgia 30303

Atlanta Foods International ("Atlanta Foods") is a supplier of specialty and gourmet food products to retail and food service industries. Atlanta Foods has reclamation and unsecured claims against one or more of the Debtors.

3.  Georgia Power Company
    c/o Paul James Maynard, Credit and Collections Coordinator
    2500 Patrick Henry Parkway
    McDonough, Georgia 3025

Georgia Power Company is a public utility that has supplied and continues to supply electric service to the Debtors. Georgia Power has unsecured claims against one or more of the Debtors arising from pre-petition utility usage.

4.  Gulf Power Company
    c/o Shirley Rosenstiel
    One Energy Place
    Pensacola, Florida 32520

Gulf Power Company ("Gulf Power") is a public utility that has supplied and continues to supply electric service to the Debtors. Gulf Power may have an unsecured claim against one or more of the Debtors arising from pre-petition utility usage.

Respectfully submitted this 23 day of May, 2005.

> Alisa H. Aczel, Esq.
> **TROUTMAN SANDERS LLP**
> Georgia Bar No. 141268
> 5200 Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia 30308-2216
> (404) 885-3000
>
> - and -

**STUTSMAN & THAMES, P.A.**

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Maritime Products International, Inc., Atlanta Foods International, Georgia Power Company and Gulf Power Company

-3-

## Verification Pursuant to 28 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in the annexed Bankruptcy Rule 2019 Statement regarding Troutman Sanders LLP are true and correct.

Dated this 20 day of May, 2005.

**TROUTMAN SANDERS LLP**

By /s/ Alisa H. Aczel
Alisa H. Aczel

Georgia Bar Number 141268
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000

Attorneys for Maritime Products International, Inc., Atlanta Foods International, Georgia Power Company and Gulf Power Company

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Adam Ravin, Esq., Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, New York 10036; Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 23 day of May, 2005.

_____
Attorney