UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Alisa H. Aczel, of the law firm of Troutman Sanders LLP, hereby designate as local attorney for creditors Maritime Products International, Inc., Atlanta Foods International, Georgia Power Company and Gulf Power Company in the above-styled case:

Richard R. Thames, Florida Bar No. 0718459
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000 (Phone)
(904) 358-4001 (Facsimile)

This 20 day of May, 2005.

TROUTMAN SANDERS LLP

By /s/ Alisa H. Aczel
    Alisa H. Aczel

Georgia Bar No. 141268
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000

## Consent to Act

I, Richard R. Thames, hereby consent to act as local counsel of record for creditors Maritime Products International, Inc., Atlanta Foods International, Georgia Power Company and Gulf Power Company in this cause pursuant to Rule 2090-1, L.B.R.

Dated this __23__ day of May, 2005.

**STUTSMAN & THAMES, P.A.**

By_____
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Maritime Products International, Inc., Atlanta Foods International, Georgia Power Company and Gulf Power Company

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Adam Ravin, Esq., Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, New York 10036; Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this __23__ day of May, 2005.

_____
Attorney