IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.

    Debtor.
_____/

CONSOLIDATED CASE
Case No.: 3-05-bk-3817-3F1

Chapter 11

### NOTICE OF APPEARANCE

Janet H. Thurston and the law firm of Cohen & Thurston, P.A., hereby give their Notice of Appearance as attorneys of record for SAN ANGELO TEXAS WD, LP, and request that all pleadings, papers, notices, and orders to which this creditor is entitled be served upon it in care of the undersigned attorney.

                                                    /s/ Janet H. Thurston
                                                   Janet H. Thurston, Attorney
                                                   Florida Bar Number: 336981
                                                   COHEN & THURSTON, P.A.
                                                   1723 Blanding Blvd. #102
                                                   Jacksonville, FL  32210
                                                   (904) 388-6500
                                                   Fax: (904) 387-4192
                                                   For San Angelo Texas WD, LP

Dated May 23, 2005.