IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.

Debtor.
_____/

CONSOLIDATED CASE
Case No.: 3-05-bk-3817-3F1

Chapter 11

## NOTICE OF APPEARANCE

Janet H. Thurston and the law firm of Cohen & Thurston, P.A., hereby give their Notice of Appearance as attorneys of record for WD WESTMINSTER SC, LLC, and request that all pleadings, papers, notices, and orders to which this creditor is entitled be served upon it in care of the undersigned attorney.

Janet H. Thurston, Attorney
Florida Bar Number: 336981
COHEN & THURSTON, P.A.
1723 Blanding Blvd. #102
Jacksonville, FL 32210
(904) 388-6500
Fax: (904) 387-4192
For WD Westminster SC, LLC

Dated May 23, 2005.