**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No: 05-03817-JAF |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | *Chapter 11* |
| Debtors. ) | |
| ) | Jointly Administered |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUST FOR SERVICE**

PLEASE TAKE NOTICE that Provender Hall, LLC ("Creditor"), an interested party in the above-referenced case, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, that the undersigned be added to the Local Rule 1007-2 Parties in Interest List, and that copies of all notices, pleadings, motions, and related filings in these cases be given and served upon the undersigned at the following address and telephone number:

Lynn Welter Sherman, Esquire
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, Florida 33601
(813) 221-3900 Telephone
(813) 221-2900 – Facsimile
lsherman@hwhlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleadings, or request,

whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Creditor's (i) right to have final order in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is not intended, and shall not be deemed, to be a consent by Creditor to jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case or otherwise involving Creditor.

Dated: May 23, 2005

/s/ Lynn Welter Sherman
Lynn Welter Sherman
Florida Bar No: 375616
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, FL 33601
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Provender Hall, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and copy of the foregoing Notice of Appearance and Request for Service has been provided by ☐ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 23rd day of May, 2005 to the following:

Adam Ravin
Skadden Arps Slater Meagher & Flom, LLP
Four Times Square
New York, New York 10036
aravin@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
cjackson@smithhulsey.com

Elena L. Escamilla
135 W. Central Blvd., Ste 620
Orlando, FL 32806
Elena.1.escamilla@usdoj.gov

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com

John B. MacDonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
john.macdonald@akerman.com

/s/ Lynn Welter Sherman