UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

### ORDER TO PROCEED IN FORMA PAUPERIS

This case came upon the Motion to Proceed in Forma Pauperis filed by David Timmons on May 19, 2005, and the Court having reviewed the Affidavit in Support of Motion and being fully advised, it is

**ORDERED**:

1. David Timmons is allowed to proceed in forma pauperis pursuant to 28 U.S.C. §1915. See, In re Palestino, 2 C.B.C.2d 440 (Bkrptcy. M.D. Fla. 1980).

2. The filing fee for Motion for Relief From Stay is waived.

**DATED May 23, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David Timmons, Main Bureau, P.O. Box 9356, Fort Lauderdale, FL 33301