[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING WITHDRAWAL OF NOTICE OF APPEARANCE AND WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE OF PAPERS

This case came on for consideration upon the Court's own motion. On May 20, 2005, Rick A. Steinberg, on behalf of Liberty Mutual Insurance Company filed Withdrawal of Notice of Appearance and Withdrawal of Request for Notices and Service of Papers without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Withdrawal of Notice of Appearance and Withdrawal of Request for Notices and Service of Papers is stricken from the record.

Dated May 23, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Rick A. Steinberg, 460 Park Avenue, New York, NY 10022-1906