UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR COPIES

The Court finds that the Notice of Appearance and Request for Copies filed by Charles A. Buford on behalf of Seven Springs Plaza, LLC on May 20, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Copies filed by Charles A. Buford on behalf of Seven Springs Plaza, LLC on May 20, 2005 is stricken from the record.

DATED May 23, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
John B. Macdonald, 50 North Laura St., Suite 2500, Jacksonville, FL 32202
Adam Ravin, Four Times Square, New York, NY 10036-6522
Cynthia C. Jackson, 225 Water St., Suite 1800, Jacksonville, FL 32202
Charles A. Buford, 2560 Gulf to Bay Blvd., Suite 300, Clearwater, FL 33765
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
US Trustee
Debtor