ORIGINAL

FILED
JACKSONVILLE, FLORIDA
MAY 23 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-11063 (RDD)
Jointly Administered

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 9010 and 2002 the undersigned attorney enters her Notice of Appearance of Counsel and Request for future Notices, Pleadings and Documents as counsel for the landlords

Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP d/b/a Blue Angel Crossing Shopping Center
Winn Dixie Store #535

South Rockdale Associates, LLC
Save Rite Store #2704

Tiger Crossing, an Alabama General Partnership d/b/a University Crossing Shopping Center
Winn Dixie Store #470

Tiger Crossing, W.D., an Alabama General Partnership
Winn Dixie Store #579

(hereinafter referred to as "Landlords") and hereby request the clerk of this Court to add counsel's name and address to the master list of creditors for the purposes of receiving notices, pleadings and other documents as follows:

Annette Kerlin McBrayer, Esq.
Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA 30326
(404) 923-9045

RECEIVED
MAY 2 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Landlords hereby request that all notices given or required to be given in this case, or in any cases consolidated herewith, and all papers served or required to be served in this case, or in any cases consolidated herewith, be given to and served upon the above-referenced counsel. This request encompasses, but is not limited to, all notices, pleadings and documents referenced in 11 U.S.C. Section 1109(b), or in Bankruptcy Rules 2002, 3017 or 9007, including, but not limited to, notices of any petitions, pleadings, motions, notices, demands, requests, applications or any other documents brought before this Court in this case or which otherwise seek to affect the disposition of the above case.

This 27th day of April, 2005.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Landlords

Annette Kerlin McBrayer
Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 923-9000

F I L E D
JACKSONVILLE, FLORIDA
MAY 23 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND DOCUMENTS by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Adam S. Ravin, Esq,
Skadden, Arps, Slate, Meagher & Flom, LLC
Four Times Square
New York, New York 10036

Richard C. Morrissey, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

This 27th day of April, 2005.

Annette Kerlin McBrayer




AT:175316v1

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA 30326
(404) 923-9000