UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of First Supplemental Declaration of D.J. Baker (Docket No. 1279) was furnished by mail and/or electronically on May 18, 2005 to those parties on the attached Master Service List.

Dated: May 23, 2005

                                    SMITH HULSEY & BUSEY

                                    By  *s/ Cynthia C. Jackson*
                                          Stephen D. Busey
                                          James H. Post
                                          Cynthia C. Jackson  (FBN 498882)
                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)

                                          -and-

                                  SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                  D. J. Baker
                                  Sally McDonald Henry
                                  Rosalie Walker Gray
                                  Four Times Square
                                  New York, New York 10036
                                  (212) 735-3000
                                  (212) 735-2000 (facsimile)

                                  Attorneys for the Debtors