UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order Granting Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363 and 542 Authorizing Receipt of Escrowed Funds Owed to Debtors in Connection with Prepetition Transaction (Docket No. 1287) was furnished by mail and/or electronically on May 19, 2005 to Ronald S. Wood, Vice President, and State Underwriting Counsel, Fidelity National Title Insurance Company, Energy Centre, Suite 1460, 1100 Poydras Street, New Orleans, Louisiana  70163, rswood@fnf.com; Linda Hoffman, Esq., Emmanuel, Sheppard & Condon, 30 South Spring Street,, Pensacola, Florida  32502, lah@esclaw.com; Edward T. Suffern, Jr., Dwyer & Cambre, 3421 N. Causeway Boulevard, Suite 601, Metairie, Louisiana  70002, esuffern@dwyercambre.com; Marilyn L. Soloway, Esq., Greer Herz & Adams, LLP, One Moody Plaza, 18th Floor, Galveston, Texas  77550, msoloway@greerherz.com; and those parties on the attached Master Service List.

Dated:  May 23, 2005

| | |
|---|---|
| SMITH HULSEY & BUSEY | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | |
| By     *s/ Cynthia C. Jackson* | |
|        Stephen D. Busey | D. J. Baker |
|        James H. Post | Sally McDonald Henry |
|        Cynthia C. Jackson  (FBN 498882) | Rosalie Walker Gray |
| 225 Water Street, Suite 1800 | Four Times Square |
| Jacksonville, Florida 32202 | New York, New York 10036 |
| (904) 359-7700 | (212) 735-3000 |
| (904) 359-7708 (facsimile) | (212) 735-2000 (facsimile) |
| | |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |