UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                              Chapter 11
            Debtors.                              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order Authorizing Retention of PricewaterhouseCoopers LLP to Provide Certain Sarbanes-Oxley Compliance and Other Services to the Debtors (Docket No. 1317) was furnished by mail and/or electronically on May 20, 2005 to those parties on the attached Master Service List.

Dated: May 23, 2005

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors