UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

Winn-Dixie Stores

Case No. 05-~~11063~~ 3817

Chapter 11

F I L E D
JACKSONVILLE, FLORIDA
MAY 2 3 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy 3001(e)(2), notice is hereby given that the proof of claim filed by Saf-T-Gard International in the sum of $11,651.00 has been unconditionally transferred to Atradius Trade Credit Insurance, Inc. on 4/18/05, for consideration received. The transferor requests that any dividend checks be made payable to Atradius Trade Credit Insurance, Inc., Campbell Boulevard, Suite C, Baltimore, MD 21236, attn. Dana Santilli.

Respectfully submitted

Dana Santilli
Atradius Trade Credit Insurance
5026 Campbell Boulevard, Suite C
Baltimore, MD 21236


RECEIVED
APR 27 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# Assignment

Robert Drell
SAF-T-GARD INTERNATIONAL INC
205 HUEHL ROAD
NORTHBROOK, IL 60062
UNITED STATES OF AMERICA

If you have any questions,
please contact Ivy Hentschel.

**Our Reference:**   8664658
**Telephone:**   +410-246-5539
**Fax:**   +410-246-5530
**Date:**   7 April 2005

In consideration of the payment of $9,000.00, SAF-T-GARD INTERNATIONAL, INC (hereafter "Insured") does hereby assign, transfer and set over to

Atradius Trade Credit Insurance Inc.
Attention:   Claims Department
5026 Campbell Boulevard, Suite A-D
Baltimore, Maryland 21236

(hereafter "Company") all of its rights, title and interest in the claim against the Debtor identified below, together with all securities and guarantees related thereto, in the amount shown:

Debtor:   WINN-DIXIE STORES INC          Claim No: 8664658
                                          Policy No: 519510
Amount:   $11,651.00

Any portion of the claim assigned to Company that may not have been covered by the Policy specified above must be handled by the Company for the joint benefit of the Insured and Company as their interest appear. Insured agrees to transmit to Company any amounts hereafter received from Debtor or its representative.

Insured warrants the legal validity of the indebtedness for the amount of such claim and that there is no known defense, set-off or counterclaim against it. It is agreed that the Company is not liable for any legal or collection expenses incurred by the Insured prior to the date of this Assignment.

By: *[signature]*
Title: CFO
Date: 04/18/05

OFFICIAL SEAL
SUSAN K BULAWA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/09/05

Subscribed and Sworn to before me this 18th day of April ,20 05

Notary Public *Susan K Bulawa*

My commission Expires   7-9-05

CERTIFICATE OF SERVICE

I HEREBY certify that on this 22nd day of April a copy of the foregoing Notice of Transfer of Claim was mailed first-class, postage pre-paid to:

Bankruptcy Clerk's Office:

United States Bankruptcy Court
Clerk's Office
One Bowling Green
New York, NY 10004-1408

Attorney for Debtor:

Adam Ravin
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036



RECEIVED APR 27 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK