

## GOLDMAN, DASZKAL, CUTLER, BOLTON & KIRBY
*Attorneys at Law*

ALEX DASZKAL
GLENN GOLDMAN
KENNETH A. CUTLER

BRIAN BOLTON
JEFFREY D. KIRBY

May 16, 2005

United States Bankruptcy Court
Middle District of Florida
311 West Monroe Street
P.O. Box 53558
Jacksonville, Florida 32202

F I L E D
JACKSONVILLE, FLORIDA

MAY 1 8 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

    Re:    **Winn Dixie Stores, Inc.**
             **Case No.: 05-03817-3 Jointly Administered**

To Whom It May Concern:

I recently received the Form B10for on behalf of Ryan Stevens. Please be advised that we no longer represent Mr. Stevens. Please forward any and all future correspondences to Mr. Stevens directly at his last known address of:

    Ryan Stevens
    1422 W. Jennings Street
    Lantana, Florida 33462

Should you have any questions or comments feel free to contact me.

Sincerely,

KENNETH A. CUTLER

KAC:ec