### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR COPIES

**PLEASE TAKE NOTICE** that Kenneth C. Baker and the firm of Eastman & Smith Ltd., One SeaGate, 24th Floor, P.O. Box 10032, Toledo, Ohio 43699-0032 hereby enter their appearance in this case on behalf of Consolidated Biscuit Co., a creditor of the debtor and party in interest herein, and request that copies of all notices and motions in this case be served upon them.

EASTMAN & SMITH LTD.

/s/ Kenneth C. Baker
Kenneth C. Baker (0011853)
One SeaGate, 24th Floor
PO Box 10032
Toledo, Ohio  43699-0032
Telephone:  (419) 241-6000
Facsimile:  (419) 247-1777
E-mail:     kcbaker@eastmansmith.com

Dated: May 24, 2005                     Attorneys for Consolidated Biscuit Co.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Entry of Appearance and Request for Copies** was served this 24th day of May, 2005, via the Court's electronic noticing system upon all those participating therein, and via ordinary U.S. Mail, postage prepaid, to the following parties: Kenneth C. Meeker, Esq. and Elena L. Escamilla, Esq., Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, FL 32801; to Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, an attorney for Debtors; to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201, an attorney for Debtors; to Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005; and to John B. MacDonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202.

/s/ Kenneth C. Baker
An Attorney for Consolidated Biscuit Co.

Entry of Appearance USBC MD Fl 05242005