F I L E D
JACKSONVILLE, FLORIDA

MAY 2 4 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

-------------------------------------------------------------X

In re

WINN-DIXIE PROCUREMENT, INC., *et al.*,

Debtors.

-------------------------------------------------------------X

Chapter 11    3817
Case No. 05-~~03838~~ JAF

Jointly Administered

Amount $115,677.95

NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE

To Transferor:

Jade Health & Beauty Inc.
18923 Freeport Drive
Montgomery, TX 77356

The transfer of your claim as shown above in the amount of $115,677.95 has been transferred to:

M.D. Sass Re/Enterprise Portfolio Company L.P.
10 New King Street
White Plains, NY 10604

No action is required if you do not object to the transfer of your claim. The Assignee hereby
reserves its right to reassign the claim transferred herein to the assignor at any time for any
reason in its sole and absolute discretion.

Dated: May 23, 2005

Kramer Levin Naftalis & Frankel LLP

Bill Dimos (BD3028)
1177 Avenue of the Americas
New York, NY 10036
P. 212.715.7552
F. 212.715.8000

## EVIDENCE OF TRANSFER OF CLAIM

TO:          Clerk, United States Bankruptcy Court, Middle District of Florida

AND TO:      M.D. SASS RE/ENTERPRISE POTFOLIO COMPANY L.P.

18923 Freeport Dr, Montgomery, TX 77356

   **Jade Health & Beauty Inc.**, a _Texas_ corporation, located at ~~P.O. Box 201534, Dallas, TX 75320~~ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to M.D. Sass Re/Enterprise Portfolio Company L.P., its successors and assigns, with offices at 10 New King Street, White Plains, New York 10604 ("Buyer"), all right, title and interest in and to the claims of Seller against **Winn-Dixie Procurement, Inc.** and its affiliates in the aggregate amount of **$115,677.95** (collectively the "Claim") in the **United States Bankruptcy Court, Middle District of Florida, Case No. 3-05-bk-03838 (JOINTLY ADMINISTERED: 3-05-bk-03817)**.

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

   IN WITNESS WHEREOF, dated as of the 5 day of May, 2005.

JADE HEALTH & BEAUTY INC.     M.D. SASS RE/ENTERPRISE PORTFOLIO COMPANY L.P.

By: _Susan Dodson_       By: _(signature)_
Name: Susan Dodson      Name: Marc Kirschner
Title: Sec/Treas        Title: General Counsel

KL2:2389461.1