# LAMONICA HERBST & MANISCALCO, LLP

ATTORNEYS AT LAW
3305 JERUSALEM AVENUE
WANTAGH, NEW YORK 11793
516 826-6500

FACSIMILE 516 826-0222

SALVATORE LAMONICA
GARY F. HERBST†
JOSEPH S. MANISCALCO

DONNA M. FIORELLI
JOYCE GLASS
DAVID A. BLANSKY
NOELLE B. FISCHER

†ALSO ADMITTED IN CO

JENNIFER A. McNAMARA
COUNSEL

May 17, 2005

**VIA OVERNIGHT DELIVERY**
Clerk
United States Bankruptcy Court
Unites States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
MAY 18 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

    Re:    Winn-Dixie Stores, Inc., et. al.
             Case No.: 05-03480

Dear Sir or Madam Clerk:

    Enclosed for filing in connection with the above-reference matter are the original and two (2) copies of a letter by American KB Properties Limited Partnership, through its attorneys, LaMonica Herbst & Maniscalco, LLP, withdrawing its Objection to the Debtors' motion for an Order under 11 U.S.C. § 365(d)(4) extending the time within which the Debtors may assume or reject unexpired leases of nonresidential property.

    Kindly file the original and return one copy, appropriately stamped, to the undersigned in the enclosed self-addressed stamped envelope.

    Your assistance in this matter is greatly appreciated.

                                    Very truly yours,

                                    Salvatore LaMonica

Enc.
*/Laramie/Ltr.Clerk transmittal of WD.wpd*

# LAMONICA HERBST & MANISCALCO, LLP

ATTORNEYS AT LAW
3305 JERUSALEM AVENUE
WANTAGH, NEW YORK 11793
516 826-6500

FACSIMILE 516 826-0222

SALVATORE LAMONICA
GARY F. HERBST†
JOSEPH S. MANISCALCO

DONNA M. FIORELLI
JOYCE GLASS
DAVID A. BLANSKY
NOELLE B. FISCHER
†ALSO ADMITTED IN CO

JENNIFER A. McNAMARA
———
COUNSEL

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
MAY 18 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

May 17, 2005

**VIA OVERNIGHT DELIVERY**
Clerk
United States Bankruptcy Court
Unites States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

    Re:    **Winn-Dixie Stores, Inc., et. al.**
             **Case No.: 05-03480**

Dear Sir or Madam Clerk:

    On April 4, 2005, American KB Properties Limited Partnership ("American"), through its attorneys, LaMonica Herbst & Maniscalco, LLP, filed an objection (the "Objection") to the Debtor's motion for an Order under 11 U.S.C. § 365(d)(4) extending the time within which the Debtors may assume or reject unexpired leases of nonresidential property. American and the Debtors subsequently entered into a stipulation resolving the Objection (the "Stipulation").

    On May 16, 2004, the Court entered an Order approving the Stipulation. The Stipulation requires that American withdraw its Objection within five (5) days of the entry of an Order approving the Stipulation. Accordingly, American hereby withdraws the Objection.

LAMONICA HERBST & MANISCALCO

ATTORNEYS AT LAW

May 16, 2005
Page 2

    Should you have any questions regarding this matter, please do not hesitate to contact the undersigned.

Very truly yours,

*[signature]*

Salvatore LaMonica

cc:    Winn-Dixie Stores, Inc. (via mail)
        David J. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom, LLP (via mail)
        Sarah Robinson Borders, Esq.
        King & Spalding (via mail)
        Richard C. Morrissey, Esq.
        Office of the United States Attorney (via mail)
        Dennis F. Dunne, Esq.
        Milbank, Tweed, Hadley & McCloy, LLP (via mail)

*/Laramie/Ltr.Clerk re WD of objection.wpd*