LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Salvatore LaMonica (SL#2148)
David A. Blansky, Esq. (DB #1260)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT BROOKLYN
-----------------------------------------------------------------x
In re:                                                              Chapter 11
                                                                    Case No: 05-11063 (RDD)
      WINN-DIXIE STORES, INC., et al.,                         (Jointly Administered)

      Debtors.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 )ss:
COUNTY OF NASSAU    )

      JENNIFER BATTLINE, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Oceanside, New York.

      On May 17, 2005, deponent served the **WITHDRAWAL OF OBJECTION** by regular mail, upon the attorneys/parties listed on the annexed list, the address(es) listed below, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO: See Annexed List

                                                               JENNIFER BATTLINE

Sworn to before me this 17th
day of May, 2005

David A. Blansky
Notary Public, State of New York
No. 02BL6008775
Qualified in Nassau County
Commission Expires June 15, 2006

*Laramie Associates\AOS withdrawal of objection.wpd*

## SERVICE LIST

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacsksonville, FL 32254


Skadden, Arps, Slate, Meagher
& Flom LLP
Attn: D.J. Baker, Esq.
Four Times Square
New York, New York 10036


Sarah Robinson Borders, Esq.
King & Spalding
191 Peachtree Street, Suite 4900
Atlanta, GA 30303-1763


Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street - 21st Floor
New York, New York 10004


Milbank Tweed Hadley & McCLoy, LLP
One Chase Manhattan Plaza
New York, New York 10005
Att: Dennis Dunne, Esq.