UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR COPIES

The Court finds that the Notice of Appearance and Request for Copies filed by Annette Kerlin McBrayer on behalf of Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP, South Rockdale Associates, LLC, Tiger Crossing, an Alabama General Partnership and Tiger Crossing, W.D., an Alabama General Partnership on May 23, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Copies filed by Annette Kerlin McBrayer on behalf of Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP, South Rockdale Associates, LLC, Tiger Crossing, an Alabama General Partnership and Tiger Crossing, W.D., an Alabama General Partnership on May 23, 2005 is stricken from the record.

**DATED** May 24, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Adam Ravin, Four Times Square, New York, NY 10036-6522
Richard C. Morrissey, US Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005