UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | CHAPTER 11 |
| | : | Case No. 05-03817-3F1 |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------------- X

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that WANDA BORGES, ESQ., an attorney at Borges & Associates, LLC, hereby appears in this case as counsel for the creditor, Pfizer Inc.

REQUEST IS HEREBY MADE, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791
516-677-8200 x225
borgeslawfirm@aol.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, suggestions, complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

Dated: May 24, 2005

By:     s/ Wanda Borges
Wanda Borges (WB4904)
BORGES & ASSOCIATES, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791
Tel. No.: (516) 677-8200
E-mail: borgeslawfirm@aol.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              :
                                                    :
WINN-DIXIE STORES, INC., et al.,                    :     CHAPTER 11
                                                    :     Case No. 05-03817-3F1
    Debtors.                                        :     Jointly Administered
------------------------------------------------------------ X

## CERTIFICATION

This is to certify that the undersigned has mailed the foregoing Notice of Appearance and Request for Notices and Papers via regular mail on this 24th day of May, 2005, to all counsel of record as follows:

                                               _s/ Wanda Borges_____
                                               Wanda Borges

Adam Ravin
Skadden, Arps, et al.
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the U.S. Trustee
135 West Central Blvd., Room 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed et al.
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202