B210
(02/05, FLMB, JPL)

FILED
JACKSONVILLE, FLORIDA

MAY 2 4 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# United States Bankruptcy Court

## Middle District Of Florida

In re _____WINN-DIXIE STORES, INC._____,    Case No. _____05-03817_____

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| _____CAVENDISH FARMS, INC._____ | _____IRVING TISSUE, INC._____ |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent<br>Keaton & Associates, P.C.<br>1278 W. Northwest Hwy., Suite 903<br>Palatine, Illinois 60067 | Court Record Address of Transferor<br>(Court Use Only) |
| Phone: _____847/934-6500_____<br>Last Four Digits of Acct #: _____4810_____ | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Court Claim # (if known): _____Unknown_____
Date Claim Filed: _____Unknown_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: _____May 16, 2005_____
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**



## NOTICE OF ASSIGNMENT



TO: Winn Dixie Inc

**Attention:**

NOTICE IS HEREBY GIVEN to you that the undersigned has of this date assigned absolutely to **CAVENDISH FARMS, INC** (the "Assignee"), all right, title and interest of the undersigned in and to certain proceeds, sums, amounts or debts first due or accruing from you to the undersigned in the total aggregate sum of one hundred thousand, eight hundred and fifty-one dollars and fifty-four cents ($100,851.54) as more particularly set forth in a certain Assignment entered into between the undersigned and the Assignee as of this date thereof.

Details of the account being assigned are annexed hereto.

FURTHER TAKE NOTICE that all proceeds, sums, amounts, and debts payable by you as aforesaid are payable to the assignee at its' office at:

CAVENDISH FARMS, INC
100 MIDLAND DRIVE
DIEPPE, NB
E1A 6X4

Attn: DAVID BATES

and the Assignee's receipt thereof shall be a sufficient discharge to you of and from the said proceeds, sums, amounts and debts so paid by you to the Assignee, and this Notice shall be your sufficient authority for doing so.

DATED as of the 17th day of February, A.D., 2005

Irving Tissue, Inc

By: _____
David Thompson





THIS ASSIGNMENT made as of the 17th day of February, A.D. 2005.

BY AND BETWEEN:

        Irving Tissue, Inc of the City of
        Dieppe, in the County of Westmorland and the Province
        of New Brunswick (hereinafter called the
        "Assignor")

        OF THE FIRST PART

    -and-

        CAVENDISH FARMS, INC of the City of Dieppe in the
        County of Westmorland and the Province of New
        Brunswick (hereinafter called the "Assignee")

        OF THE SECOND PART

THIS INDENTURE WITNESSETH that for and in consideration of the sum of Two Dollars ($2.00) of lawful money of Canada and other good and valuable consideration (the receipt and sufficiency whereof is hereby acknowledged), the Assignor does hereby assign, transfer and set over unto the Assignee, it's successors and assigns, the accounts receivable, trade accounts, choses in action, proceeds, sums, amounts and/or debits due or accruing due as set forth in Schedule "A" annexed hereto and all its' right, title and interest therein and thereto or arising therefrom, including all rights of action and other rights which might hereafter accrue in respect of the same (hereafter collectively called the "debts").

TO HAVE AND TO HOLD the debts unto the Assignee, successors and assigns absolutely.



AND the Assignor does hereby warrant that it has a valid and subsisting right to the Debts, that there are no outstanding assignments, charges or encumbrances against the Debts, that it has a good right and full power to assign the Debts, as herein provided, that it will not at any time receive any payment in respect of the Debts except in trust for the Assignee and that it will not do or commit any act whereby the Assignee may be prevented, delayed or hindered from receiving payment of the Debts.

AND the Assignor does hereby agree that it shall indemnify and hold harmless the Assignee from and against all liability, cost and expense incurred by the Assignee as a result of any claim brought against the Assignee regarding the debts; provided, however, that in no event shall the liability of the Assignor exceed the amount of the Debts, that the liability of the Assignor is contingent upon prompt notification by the Assignee of any action commenced with respect to the Debts so as to allow the Assignor to join or otherwise assist the Assignee in the defense of any such action, and that the Assignor shall bear no liability under the paragraph for any compromise or settlement made by the Assignee without the consent of the Assignor.

AND the Assignor does nominate, constitute and appoint the Assignees as its' attorney and in its' name to deal with, demand and sue for the Debts and to give valid and effectual receipts therefore, together with full power to release, discharge, compromise or otherwise effect settlement of the payment of the same, in whole or part, except as otherwise provided herein.

THIS INDENTURE shall enure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

IN WITNESS WHEREOF the Assignor has caused these presents to be duly executed by its' properly authorized agents as of the day, month and year first above written.

SIGNED, SEALED AND DELIVERED

in the presence of

*David Bates*

Irving Tissue, Inc.

by: *David Thompson*

# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5176
Fax: (506) 852-2701

**Please Remit to:**
P.O. Box 71568
Chicago, IL
60694-1568

| PAGE | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1 | 214018 R1 | 01/29/05 |

**SOLD TO:**
WINN DIXIE STORES INC - CHARLOTTE
P O BOX 40535
JACKSONVILLE FL 32203-0535

**SHIP TO:**
WINN DIXIE STORES-CHARLOTTE
2425 Nevada Blvd
CHARLOTTE NC 28273

| CUSTOMER NUMBER | ORDER NUMBER | PAYMENT TERMS |
|---|---|---|
| 29699 | 168559 SZ | 2/15, Net 30 Days |

| CUST ORDER NUMBER | SEAL NUMBER | SHIP VIA / EXPEDIE PAR | TRAILER NUMBER |
|---|---|---|---|
| 6044458 | | 170 WERNER ENTERPRISES | |

| SHIPPED DATE |
|---|
| 01/29/05 |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | DIST. | LOAD # | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 63435-85160 | SCOTTIES 2P FAC 160ct 36/1 OFF INVOICE-CHICOR Net Price | CS | 60 | | 540 | 540 | 11480 | 38.1600 10.0000 28.1600 | 15,206.40 |
| 63435-87850-1 | SCOTTIES FCL 85SH 1PK 2PLY OFF INVOICE-CHICOR Net Price | CS | 60 | | 210 | 210 | 2840 | 38.1600 10.0000 28.1600 | 5,913.60 |
| 63435-41501-3 | SCOTTIES 3P ALOE FAC 65ct 36/1 OFF INVOICE-CHICOR Net Price | CS | 60 | | 175 | 175 | 2625 | 38.1600 10.0000 28.1600 | 4,928.00 |
| | | | | | 925 | 925 | | SUBTOTAL | 26,048.00 |
| | | | | | | | | TOTAL | 26,048.00 |

**AUDIT INVOICE**

# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5175
Fax: (506) 852-2701

**Please Remit to:**
P.O. Box 71568
Chicago, IL
60694-1568

| PAGE | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1 | 213665 RI | 01/28/05 |

**SOLD TO:**
WINN DIXIE STORES INC
P O BOX 40026
FT LAUDERDALE FL 33340

**SHIP TO:**
WINN DIXIE STORES INC
3300 N.W. 123 STREET
MIAMI FL 33167

| CUSTOMER NUMBER | SEAL NUMBER | ORDER NUMBER | LOAD # | PAYMENT TERMS |
|---|---|---|---|---|
| 13396 | | 168551 S2 | | 2/15, Net 30 Days |

| CUST ORDER NUMBER | SHIPPED DATE | SHIP VIA / EXPEDIRE PAR | TRAILER NUMBER |
|---|---|---|---|
| 604340 | 01/28/05 | 170 WERNER ENTERPRISES | |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | DIST. | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63435-87850-1 | SCOTTIES FCL 85SH 1PK 2PLY<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 140 | 140 | 1960 | 38.1600<br>10.0000<br>28.1600 | 3,942.40 |
| 63435-41501-3 | SCOTTIES 3P ALOE FAC 65ct 36/1<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 35 | 35 | 525 | 38.1600<br>10.0000<br>28.1600 | 985.60 |
| | | | | 175 | 175 | | SUBTOTAL | 4,928.00 |
| | | | | | | | TOTAL | 4,928.00 |

**AUDIT INVOICE**

# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5176
Fax: (506) 852-2701

**Please Remit to:**
P.O. Box 71568
Chicago, IL
60694-1568

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/28/05 | 213666 RI |
| | PAGE 1 |

**SOLD TO:**
WINN DIXIE STORES INC
P O BOX 40026
FT LAUDERDALE FL 33340

**SHIP TO:**
WINN DIXIE STORES INC
1141 S. W. 12TH AVENUE
POMPANO BEACH FL 33069

| CUSTOMER NUMBER | ORDER NUMBER | LOAD # | PAYMENT TERMS |
|---|---|---|---|
| 13397 | 168552 SZ | | 2/15, Net 30 Days |

| CUST ORDER NUMBER | SEAL NUMBER | SHIP VIA / EXPEDITE PAR | TRAILER NUMBER |
|---|---|---|---|
| 6043348 | | 170 WERNER ENTERPRISES | |

| SHIPPED DATE |
|---|
| 01/28/05 |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | DIST. | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63435-87850-1 | SCOTTIES FCL 85SH 1PK 2PLY<br>OFF INVOICE-CHKCOR<br>Net Price | CS | 60 | 350 | 350 | 4900 | 38.1600<br>10.0000<br>28.1600 | 9,858.00 |
| 63435-41501-3 | SCOTTIES 3P ALOE FAC 65ct 36/1<br>OFF INVOICE-CHKCOR<br>Net Price | CS | 60 | 315 | 315 | 4725 | 38.1600<br>10.0000<br>28.1600 | 8,870.40 |
| | | | | 665 | 665 | | SUBTOTAL | 18,726.40 |
| | | | | | | | TOTAL | 18,726.40 |

**AUDIT INVOICE**

# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5176
Fax: (506) 852-2701

**Please Remit to:**
P.O. Box 71568
Chicago, IL
60694-1568

**SOLD TO:**
WINN DIXIE STORES- JACKSONVILLE
P O BOX 40595
JACKSONVILLE FL 32203-0595

**SHIP TO:**
WINN DIXIE STORES - JACKSONVILLE
5233 Commonwealth Ave
Jacksonville FL 32205

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 01/22/05 | 212920 RI | 1 |

| CUSTOMER NUMBER | SEAL NUMBER | ORDER NUMBER | LOAD # | PAYMENT TERMS | | TRAILER NUMBER |
|---|---|---|---|---|---|---|
| 27931 | | 8127 CT | | 2/15, Net 30 Days | | |

| CUST ORDER NUMBER | SHIPPED DATE | SHIP VIA / EXPEDITE PAR | | | | |
|---|---|---|---|---|---|---|
| 01212428 | 01/21/05 | 290 ATS, INC. | | | | |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | DIST. | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63435-85160 | SCOTTIES 2P FAC 160ct 36/1<br>OFF INVOICE-CHICOR<br>Net Price | CS | 10 | 4 | 4 | 85 | 35.2800<br>6.0000<br>29.2800 | 117.12- |

| | SUBTOTAL | 117.12- |
|---|---|---|
| | TOTAL | 117.12- |

**AUDIT INVOICE**

CAVENDISH-FARMS　　Fax:8522701　　Feb 4 2023 12:26　P.12
Case 3:05-bk-03817-JAF　Doc 1413　Filed 05/24/05　Page 9 of 16

# IRVING TISSUE, INC.

160 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5176
Fax: (506) 852-2701

Please Remit to:
P.O. Box 71568
Chicago, IL
60694-1568

| | | |
|---|---|---|
| INVOICE DATE | INVOICE NUMBER | PAGE |
| 01/29/05 | 214020 RI | 1 |

**SOLD TO:**
WINN DIXIE STORES - JACKSONVILLE
P O BOX 40595
JACKSONVILLE FL 32203-0595

**SHIP TO:**
WINN DIXIE STORES - JACKSONVILLE
5233 Commonwealth Ave
Jacksonville FL 32205

| CUSTOMER NUMBER | SEAL NUMBER | ORDER NUMBER | LOAD # | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|
| 27931 | | 166681 SZ | | 2/15, Net 30 Days | | |
| CUST ORDER NUMBER | SHIPPED DATE | SHIP VIA / EXPENSE PAR | | | TRAILER NUMBER | |
| 605384 | 01/23/05 | 170 WERNER ENTERPRISES | | | | |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | QST. | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63435-85160 | SCOTTIES 2P FAC 160ct 36/1<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 120 | 120 | 2551 | 38.1600<br>10.0000<br>28.1600 | 3,379.20 |
| 63435-87850-1 | SCOTTIES FCL 85SH 1PK 2PLY<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 35 | 35 | 480 | 38.1600<br>10.0000<br>28.1600 | 985.60 |
| 63435-41501-3 | SCOTTIES 3P ALOEFAC 65ct 36/1<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 35 | 35 | 525 | 38.1600<br>10.0000<br>28.1600 | 985.60 |
| | | | | 190 | 190 | | SUBTOTAL | 5,350.40 |
| | | | | | | | TOTAL | 5,350.40 |

**AUDIT INVOICE**

# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5176
Fax: (506) 852-2701

Please Remit to:
P.O. Box 71568
Chicago, IL
60694-1568

**PAGE** 1
**INVOICE NUMBER** 213667 RI
**INVOICE DATE** 01/28/05

**SOLD TO:**
WINN DIXIE STORES INC
P O BOX 40475
JACKSONVILLE FL 32203

**SHIP TO:**
WINN DIXIE STORES, INC.
1550 Jackson Ferry Road
MONTGOMERY AL 36104

| CUSTOMER NUMBER | ORDER NUMBER | LOAD # | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| 29698 | 168553 SZ | | 2/15, Net 30 Days | | |

| SEAL NUMBER | SHIP VIA / EXPEDIE PAR | | TRAILER NUMBER |
|---|---|---|---|
| | 170 WERNER ENTERPRISES | | |

| CUST ORDER NUMBER | SHIPPED DATE |
|---|---|
| 604345 | 01/27/05 |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | DIST. | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63435-85160 | SCOTTIES 2P FAC 160ct 36/1 OFF INVOICE-CHICOR  Net Price | CS | 60 | 240 | 240 | 5102 | 38.1600 10.0000 28.1600 | 6,758.40 |
| 63435-87850-1 | SCOTTIES FCL 85SH 1PK 2PLY OFF INVOICE-CHICOR  Net Price | CS | 60 | 210 | 210 | 2940 | 38.1600 10.0000 28.1600 | 5,913.60 |
| 63435-41501-3 | SCOTTIES 3P ALOE FAC 65ct 36/1 OFF INVOICE-CHICOR  Net Price | CS | 60 | 280 | 280 | 4200 | 38.1600 10.0000 28.1600 | 7,884.80 |
| | | | | 730 | 730 | | **SUBTOTAL** | 20,556.80 |
| | | | | | | | **TOTAL** | 20,556.80 |

**AUDIT INVOICE**



# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, N.B.
Canada
E1A 6X4

Telephone: (506) 859-5176
Fax: (506) 852-2701

Please Remit to:
P.O. Box 71568
Chicago, IL
60694-1568

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 02/02/05 | 214804 R1 | 1 |

**SOLD TO:**
WINN DIXIE STORES INC-ORLANDO
P O BOX 40043
JACKSONVILLE FL 32203-0043

**SHIP TO:**
WINN DIXIE STORES INC
4401 SEABOARD RD.
ORLANDO FL 32808

| CUSTOMER NUMBER | SEAL NUMBER | ORDER NUMBER | LOAD # | PAYMENT TERMS | TRAILER NUMBER |
|---|---|---|---|---|---|
| 27679 | | 160308 SZ | | 2/15, Net 30 Days | |

| CUST ORDER NUMBER | SHIPPED DATE | SHIP VIA / EXPEDIE PAR |
|---|---|---|
| 608938 | 01/31/05 | 290 ATS, INC. |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | DIST. | ORDERED | SHIPPED | WEIGHT LBS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63435-85160 | SCOTTIES 2P FAC 160ct 36/1<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 390 | 390 | 8291 | 38.1600<br>10.0000<br>28.1600 | 10,982.40 |
| 63435-87850-1 | SCOTTIES FCL 85SH 1PK 2PLY<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 315 | 315 | 4410 | 38.1600<br>10.0000<br>28.1600 | 8,870.40 |
| 63435-41501-3 | SCOTTIES 3P ALOE FAC 85ct 36/1<br>OFF INVOICE-CHICOR<br>Net Price | CS | 60 | 280 | 280 | 4200 | 38.1600<br>10.0000<br>28.1600 | 7,884.80 |
| | | | | 985 | 985 | | SUBTOTAL | 27,737.60 |
| | | | | | | | TOTAL | 27,737.60 |

**AUDIT INVOICE**

# IRVING TISSUE, INC.

100 Midland Drive
Dieppe, NB
Canada
E1A 6X4
Telephone: (506) 859-5176
Fax: (506) 852-2701

Please Remit to:
P.O. Box 71568
Chicago, IL
60694-1568

S O L D  T O

WINN DIXIE STORES - JACKSONVILLE
P.O. BOX 10595
JACKSONVILLE FL 32203-0595

S H I P  T O

WINN DIXIE STORES - JACKSONVILLE
5252 Commonwealth Ave
Jacksonville FL 32205

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 02/10/05 | 215951 R1 | 1 |

| CUSTOMER NUMBER | SEAL NUMBER | SHIPPED DATE | | | |
|---|---|---|---|---|---|
| 27501 | | 02/10/05 | | | |
| CUST ORDER NUMBER | | | | PAYMENT TERMS | |
| | | | | 2%15, Net 30 Days | |
| | DRIVER NUMBER | | | | |
| | 169309 S2 | | | | |
| | | SHIP VIA: EXPEDIE P+H | | | |
| | | LOAD # | | | |
| | | 660 SOUTHERN BONDED DISTR RUNI | | | |

| PRODUCTION CODE | PRODUCT DESCRIPTION | U/M | ORDERED | SHIPPED | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 608936 | | | | | | | |
| 63435-87450 1 | SCOTTIES FCL 185CT 12X 2PLY<br>OFF INVOICE-CHICON<br>Net Price | CS | 75 | 75 | 940 | 38.1600<br>10.0000<br>28.1600 | 987.20 |
| 63435-41501 3 | SCOTTIES 3P ALOE FAC 65CT 36T<br>OFF INVOICE-CHICON<br>Net Price | CS | 35 | 35 | 525 | 38.1500<br>10.0000<br>28.1500 | 985.00 |
| 63435-85160 2 | SCOTTIES 2P FAC 180CT 30T<br>OFF INVOICE-CHICON<br>Net Price | CS | 60 | 60 | 1275 | 38.1600<br>10.0000<br>28.1600 | 1,289.60 |
| | | | 165 | 165 | | SUBTOTAL | 1,689.80 |
| | | | | | | TOTAL | 1,689.80 |

AUDIT INVOICE

R03942016  
ITICRQ003  
Page - 1  
As of Date 2/17/2005

IRVING TISSUE INC.  
A/R Customer Statement - Parent

Company: 00003   IRVING TISSUE INC.

| Ty | Document Number | Company | Item | Invoice Date | Due Date | Check Date | Original Amount | Open Amount | Current | 31-60 | 61-90 | 91-120 | 121-999 | PO Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Customer: | | 10538 | WINN DIXIE STORES-CHARLOTTE | | | | | Phone Number: ( ) CHARLOTTE(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RI | 214016 | 00003 | 001 | 1/29/2005 | 2/28/2005 | | 26,048.00 | 26,048.00 | 26,048.00 | | | | | 604458 |
| | | | 10538 | WINN DIXIE STORES-CHARLOTTE | | | USD | 26,048.00 | 26,048.00 | 26,048.00 | | | | | |
| | Customer: | | 13391 | WINN DIXIE STORES-FT LAUDERDALE | | | | | Phone Number: ( ) FT LAUDERDALE(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RI | 213865 | 00003 | 001 | 1/28/2005 | 2/27/2005 | | 4,928.00 | 4,928.00 | 4,928.00 | | | | | 604340 |
| RI | 213866 | 00003 | 001 | 1/28/2005 | 2/27/2005 | | 18,726.40 | 18,726.40 | 18,726.40 | | | | | 604348 |
| | | | 13391 | WINN DIXIE STORES-FT LAUDERDALE | | | USD | 23,654.40 | 23,654.40 | 23,654.40 | | | | | |
| | Customer: | | 27929 | WINN DIXIE STORES-JACKSONVILLE | | | | | Phone Number: ( 904 ) 6957800(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RI | 212920 | 00003 | 001 | 1/27/2005 | 2/21/2005 | | 117.12- | 117.12- | 117.12- | | | | | 01212428 |
| RI | 214020 | 00003 | 001 | 1/29/2005 | 2/28/2005 | | 5,350.40 | 5,350.40 | 5,350.40 | | | | | 605384 |
| RI | 215951 | 00003 | 001 | 2/10/2005 | 3/12/2005 | | 4,646.40 | 4,646.40 | 4,646.40 | | | | | 608936 |
| | | | 27929 | WINN DIXIE STORES-JACKSONVILLE | | | USD | 9,879.68 | 9,879.68 | 9,879.68 | | | | | |
| | Customer: | | 29696 | WINN DIXIE STORES-MONTGOMERY | | | | | Phone Number: ( ) MONTGOMERY | | Credit Limit 3.00 | | Insured Credit Limit | |
| RI | 213867 | 00003 | 001 | 1/28/2005 | 2/27/2005 | | 20,556.80 | 20,556.80 | 20,556.80 | | | | | 604345 |
| | | | 29696 | WINN DIXIE STORES-MONTGOMERY | | | USD | 20,556.80 | 20,556.80 | 20,556.80 | | | | | |
| | Customer: | | 10522 | WINN DIXIE STORES-ORLANDO | | | | | Phone Number: ( ) ORLANDO(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RI | 214604 | 00003 | 001 | 2/2/2005 | 3/4/2005 | | 27,737.60 | 27,737.60 | 27,737.60 | | | | | 608938 |
| | | | 10522 | WINN DIXIE STORES-ORLANDO | | | USD | 27,737.60 | 27,737.60 | 27,737.60 | | | | | |
| | Customer: | | 10395 | WINN DIXIE STORES-TAMPA | | | | | Phone Number: ( ) TAMPA(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RB | 24220031 | 00003 | 001 | 2/15/2005 | 2/15/2005 | | 7,024.94- | 7,024.94- | 7,024.94- | | | | | |
| | | | 10395 | WINN DIXIE STORES-TAMPA | | | USD | 7,024.94- | 7,024.94- | 7,024.94- | | | | | |
| | Company: | 00003 | IRVING TISSUE INC. | | | | USD | 100,851.54 | 100,851.54 | 100,851.54 | | | | | |
| | Grand Total | | | | | | USD | 100,851.54 | 100,851.54 | 100,851.54 | | | | | |

(7)

Handwritten annotations: *AGING WITH DEDUCTIONS* — ($100,851.54 IN INVOICES ASSIGNED TO CAVENDISH FARMS ON FEB 17/05)

R03B4201B  
MKR0003  
2/21/2005 12:18:52  
Page - 1  
As of Date 2/21/2005

**IRVING TISSUE INC.**  
IRVING TISSUE INC.  
A/R Customer Statement - Parent

Company: 00003  IRVING TISSUE INC.

| Ty | Document Number | Company | Item | Date | Invoice Due Date/ Check Date | Original Amount | Open Amount | Current | 31-60 | 61-90 | 91-120 | 121-999 | PO Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer: | 10364 | | WINN DIXIE STORES-ATLANTA | | | | | Phone Number: ( ) ATLANTA(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RB | 2421589 | 00003 | 001 | 2/7/2005 | 2/7/2005 | 152.64 | 152.64 | 152.64 | | | | | 604458 |
| Customer: | 10364 | WINN DIXIE STORES-ATLANTA | | | USD | 152.64 | 152.64 | 152.64 | | | | | |
| Customer: | 10538 | | WINN DIXIE STORES-CHARLOTTE | | | | | Phone Number: ( ) CHARLOTTE(P) | | Credit Limit 3.00 | 114.48 | Insured Credit Limit | |
| RB | 2417733 | 00003 | 001 | 12/1/2004 | 12/1/2004 | 114.48 | 114.48 | | | | 114.48 | | |
| RB | 2422035 | 00003 | 001 | 2/15/2005 | 2/15/2005 | 148.67 | 148.67 | 148.67 | | | | | |
| √RI | 214018 | 00003 | 001 | 1/29/2005 | 2/28/2005 | 26,048.00 | 26,048.00 | 26,048.00 | | | | | |
| √RI | 211948 | 00003 | 001 | 2/21/2005 | 2/21/2005 | 3,900.00 | 3,900.00 | 3,900.00 | | | | | |
| Customer: | 10538 | WINN DIXIE STORES-CHARLOTTE | | | USD | 30,211.15 | 30,211.15 | 30,096.67 | | | 114.48 | | |
| Customer: | 13391 | | WINN DIXIE STORES-FT LAUDERDALE | | | | | Phone Number: ( ) FT LAUDERDALE(P) | | Credit Limit 3.00 | 190.80 | Insured Credit Limit 190.80 | |
| RB | 2416103 | 00003 | 001 | 11/1/2004 | 11/1/2004 | 190.80 | 190.80 | | | | | 190.80 | |
| RB | 2422036 | 00003 | 001 | 2/15/2005 | 2/15/2005 | 211.65 | 211.65 | 211.65 | | | | | |
| √RI | 213865 | 00003 | 001 | 1/28/2005 | 2/27/2005 | 4,928.00 | 4,928.00 | 4,928.00 | | | | | |
| √RI | 213866 | 00003 | 001 | 1/28/2005 | 2/27/2005 | 18,726.40 | 18,726.40 | 18,726.40 | | | | | 604340 |
| Customer: | 13391 | WINN DIXIE STORES-FT LAUDERDALE | | | USD | 24,056.85 | 24,056.85 | 23,866.05 | | | | 190.80 | 604348 |
| Customer: | 27929 | | WINN DIXIE STORES-JACKSONVILLE | | | | | Phone Number: (904) 69578000(P) | | Credit Limit 3.00 | | Insured Credit Limit | |
| RB | 2422033 | 00003 | 001 | 2/15/2005 | 2/15/2005 | 171.35 | 171.35 | 171.35 | | | | | |
| RB | 212920 | 00003 | 001 | 1/22/2005 | 2/21/2005 | 117.12- | 117.12- | 117.12- | | | | | 01212428 |
| √RI | 214920 | 00003 | 001 | 1/29/2005 | 2/28/2005 | 5,350.40 | 5,350.40 | 5,350.40 | | | | | 605384 |
| √RI | 215951 | 00003 | 001 | 2/10/2005 | 3/12/2005 | 4,646.40 | 4,646.40 | 4,646.40 | | | | | 606936 |

(got invoice + POD arrived 2/14)

| Customer: | 27929 | WINN DIXIE STORES-JACKSONVILLE | | | USD | 10,051.03 | 10,051.03 | 10,051.03 | | | | | |
| Customer: | 29696 | | WINN DIXIE STORES-MONTGOMERY | | | | | Phone Number: ( ) MONTGOMERY | | Credit Limit 3.00 | 1,020.00 | Insured Credit Limit | |
| RB | 2417734 | 00003 | 001 | 12/1/2004 | 12/1/2004 | 1,020.00 | 1,020.00 | | | | 1,020.00 | | |
| RB | 2422032 | 00003 | 001 | 2/15/2005 | 2/15/2005 | 221.74 | 221.74 | 221.74 | | | | | |
| √RI | 213867 | 00003 | 001 | 1/28/2005 | 2/27/2005 | 20,556.80 | 20,556.80 | 20,556.80 | | | | | 604345 |

R03B4201B
IT\CR0003
2/22/2005 12:18:52
Page - 2
As of Date 2/21/2005

# IRVING TISSUE INC.
## A/R Customer Statement - Parent

Company: 00003  IRVING TISSUE INC.

| Ty | Number | Company | Item | Date | Check Date | Original Amount | Open Amount | Current | 31-60 | 61-90 | 91-120 | 121-999 | PO Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer: | 29696 | WINN DIXIE | | | USD | 21,798.54 | 21,798.54 | 20,778.54 | | 1,020.00 | | | |
| | | | | | | | STORES-MONTGOMERY | | | | | | |
| | Customer: | | 10553 | WINN DIXIE STORES-NEW ORLEANS | | | Phone Number: ( ) | NEW ORLEANS | | Credit Limit | 3.00 | Insured Credit Limit | |
| RB | 2416411 | 00003 | 001 | 11/8/2004 | 11/8/2004 | 190.80 | 190.80 | | | | 190.80 | | |
| RP | 2111779 | 00003 | 001 | 2/21/2005 | 2/21/2005 | 4,300.00 | 4,300.00 | 4,300.00 | | | | | |
| | Customer: | | 10553 | WINN DIXIE | | USD | 4,490.80 | 4,490.80 | 4,300.00 | | | 190.80 | | |
| | | | | | | | STORES-NEW ORLEANS | | | | | | |
| | Customer: | | 10522 | WINN DIXIE STORES-ORLANDO | | | Phone Number: ( ) | ORLANDO(P) | | Credit Limit | 3.00 | Insured Credit Limit | |
| RB | 2420799 | 00003 | 001 | 1/25/2005 | 1/25/2005 | 1,335.60 | 1,335.60 | 1,335.60 | | | | | |
| R1 | 2146404 | 00003 | 001 | 2/22/2005 | 3/4/2005 | 27,737.60 | 27,737.60 | 27,737.60 | | | | | 608938 |
| | Customer: | | 10522 | WINN DIXIE | | USD | 29,073.20 | 29,073.20 | 29,073.20 | | | | | |
| | | | | | | | STORES-ORLANDO | | | | | | |
| | Customer: | | 10395 | WINN DIXIE STORES-TAMPA | | | Phone Number: ( ) | TAMPA(P) | | Credit Limit | 3.00 | Insured Credit Limit | |
| RB | 2421586 | 00003 | 001 | 2/7/2005 | 2/7/2005 | 2,317.50 | 2,317.50 | 2,317.50 | | | | | |
| RB | 2422031 | 00003 | 001 | 2/15/2005 | 2/15/2005 | 7,024.94- | 7,024.94- | 7,024.94- | | | | | |
| RB | 2422034 | 00003 | 001 | 2/15/2005 | 2/15/2005 | 42.72 | 42.72 | 42.72 | | | | | |
| RP | 313898 | 00003 | 001 | 5/6/2004 | 5/6/2004 | 396.00 | 396.00 | | | | | 396.00 | |
| | Customer: | | 10395 | WINN DIXIE | | USD | 4,268.72- | 4,268.72- | 4,664.72- | | | | 396.00 | |
| | | | | | | | STORES-TAMPA | | | | | | |
| | Company: | 00003 | IRVING TISSUE INC. | | USD | 115,565.49 | 115,565.49 | 113,653.41 | | 1,134.48 | 381.60 | 396.00 | |
| | Grand Total | | | | USD | 115,565.49 | 115,565.49 | 113,653.41 | | 1,134.48 | 381.60 | 396.00 | |

③



## MANUAL CHEQUE REQUISITION

Dave B

REQUESTED BY: Ron Murphy

ON BEHALF OF: Dave Bates

AUTHORIZED BY: Ron M<!--signature-->

CHEQUE TO BE ISSUED TO:

VENDOR NAME: Irving Tissue Inc

ADDRESS: _____

POSTAL CODE: _____

DETAILS TO BE TYPED ON CHEQUE.

SUPPLIER # 35609 (Co.1)

INVOICE # ASSIGN Feb/05

AMT. $ $100,851.54 US$

DATE 12/21/05

KEY PUNCHED FEB 2 2005

683169

COPY

Assignment of Accounts Receivable

| AMOUNT | | G/L DESCRIPTION | AMOUNT | | G/L DESCRIPTION |
|---|---|---|---|---|---|
| 100851 | 54 | 1,1107 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |