UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

          Debtors.                    Jointly Administered

---

**NOTICE OF WITHDRAWAL OF REQUEST FOR
ALL NOTICES AND DEMAND FOR SERVICES OF PAPERS**

Comes now Appraisers Associated, Ltd., and withdraws its Request for All Notices and Demand for Service of Papers it filed on April 25, 2005 (Docket #853). Appraisers Associated, Ltd. further requests that it be removed from the Local Bankruptcy Rule 1007-2 Parties in Interest List.

DATED this 24 day of May, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Robert J. Perry, Jr., Esquire
Florida Bar #958580
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Attorneys for Appraisers
Associated, Ltd.

Rjp\winn dixie-notice of withdrawal.npg