[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05-bk-03817-JAF
                                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Johanna Markind, a non-resident of Florida and counsel for TRM Corporation, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated May 24, 2005.

                                                            Jerry A. Funk
                                                            United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Johanna E. Markind, 1500 Walnut Street, Suite 1100, Philadelphia, PA 19102