UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order Authorizing Debtors to Retain Bain & Company, Inc. to Provide Finance Group Support Services (Docket No. 1419) was furnished by mail and/or electronically on May 24, 2005 to those parties on the attached Master Service List.

Dated: May 24, 2005

                SMITH HULSEY & BUSEY

                By *s/ Cynthia C. Jackson*
                  Stephen D. Busey
                  James H. Post
                  Cynthia C. Jackson  (FBN 498882)
               225 Water Street, Suite 1800
               Jacksonville, Florida 32202
               (904) 359-7700
               (904) 359-7708 (facsimile)

                 -and-

               SKADDEN, ARPS, SLATE,
               MEAGHER & FLOM LLP
               D. J. Baker
               Sally McDonald Henry
               Rosalie Walker Gray
               Four Times Square
               New York, New York 10036
               (212) 735-3000
               (212) 735-2000 (facsimile)

               Attorneys for the Debtors