UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | * |
| | *   CASE NO. 3-05-bk-03817-JAF |
| WINN-DIXIE STORES, INC. | * |
| | *   CHAPTER 11 |
| DEBTOR. | * |

## NOTICE OF APPEARANCE

Comes now, Selma Newspapers, Inc., by and through their attorneys, W. Marcus Brakefield, Christopher L. McIlwain, and Kristofor D. Sodergren, of Hubbard, Smith, McIlwain, Brakefield & Browder, P.C., and files this appearance and further requests that their names and addresses be added to the mailing matrix in order that the undersigned may receive copies of Court notices, hearing dates, and other information distributed by the Clerk in this proceeding.

The proper address for the undersigned is as follows:

> W. Marcus Brakefield
> Christopher L. McIlwain
> Kristofor D. Sodergren
> Hubbard, Smith, McIlwain, Brakefield & Browder, P.C.
> Post Office Box 2427
> Tuscaloosa, AL  35403

Respectfully submitted,

//sig.// W. Marcus Brakefield
W. Marcus Brakefield
Christopher L. McIlwain
Kristofor D. Sodergren
Attorneys for Selma Newspapers, Inc.
Our File No. 30286.0165

OF COUNSEL
HUBBARD, SMITH, MCILWAIN,
BRAKEFIELD & BROWDER, P.C.
808 Lurleen Wallace Blvd., N.

Post Office Box 2427
Tuscaloosa, Alabama  35403
Telephone:  (205) 345-6789

CERTIFICATE OF SERVICE

This is to certify that I have this day served electronically a copy of the above Notice of Appearance via the Court's Electronic Filing System.  Additionally the Notice of Appearance has been served upon the parties shown below by depositing a copy of same in a preadressed, prestamped envelope with adequate postage prepaid thereon and properly addressed to them.

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Time Square
New York, NY  10036

United States Trustee-JAX
135 W. Central Blvd., Suite 620
Orlando, FL  32801

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

This the 25th day of May, 2005.

//sig.// W. Marcus Brakefield
W. Marcus Brakefield
Of Counsel For Selma Newspapers, Inc.