UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: <br><br> Winn-Dixie Stores, Inc. <br><br><br> *Debtors* | In Proceedings For A Reorganization Under Chapter 11 <br><br> Case No. 3:05-bk-03817-JAF <br><br> Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    ADVOCATE, THE
                  817 VATICAN ROAD
                  CARENCRO, LA 70520

The transfer of your claim as shown above, in the amount of $ 225.25 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

)
)  Case No.05-11063(RDD)
)  Jointly Administered
)
)  Chapter 11
)
)  NOTICE OF TRANSFER OF CLAIM
)  OTHER THAN FOR SECURITY AND
)  WAIVER OF NOTICE.
)  RULE 3001 (e)(1)

Please take notice that your unsecured claim of **ADVOCATE, THE** in the amount of **$ 225.25** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ADVOCATE, THE** is not less than **$ 225.25** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ADVOCATE, THE
817 VATICAN ROAD  CARENCRO LA 70520

Please print your name _LARRY Cockrell_ Signature _Larry Cockrell_
Title _Distributor_ Date _5/3/05_
Address: _817 VATICAN RD, CARENCRO, LA 70520_
(city,state,zip)
Telephone _337 896 9108_ Fax _X_ Email _X_
Federal Taxpayer ID / Social Security Number _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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11801

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   CORPORATE MAILING SYSTEMS
1839 PLANTSIDE DRIVE
LOUISVILLE, KY 40299

The transfer of your claim as shown above, in the amount of $ 190.80 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.
)
) Case No.05-11063(RDD)
Winn-Dixie Stores, Inc. ) Jointly Administered
)
) Chapter 11
)
) NOTICE OF TRANSFER OF CLAIM
Debtors. ) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE.
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of **CORPORATE MAILING SYSTEMS** in the amount of **$ 190.80** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CORPORATE MAILING SYSTEMS** is not less than **$ 190.80** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
CORPORATE MAILING SYSTEMS
1839 PLANTSIDE DRIVE LOUISVILLE KY 40299

Please print your name _John H. Turner_  Signature _[signed]_
Title _President_  Date _5/16/05_
Address: _1839 Plantside Dr, Louisville KY 40299_
(city,state,zip)
Telephone _(502) 671-0123_  Fax _502-671-0124_  Email _johnhturn@cs.com_

Federal Taxpayer ID / Social Security Number _61-1276894_

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _[signed]_
Timothy McGuire

WD 11803