**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 05-03817-3F1 |
| | (*Jointly Administered*) |
| WINN DIXIE STORES, et al. | |
| | CHAPTER 11 |
| Debtors. | |
| _____/ | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned counsel and makes its appearance of record on behalf of Net Lease Investors (BDM Financial Corp.) and requests that all further pleadings be directed to the undersigned and that all mailing matrices and service lists be corrected accordingly.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2005, I caused a true and correct copy of the foregoing Notice to be served either by electronic transmission or U.S. mail upon: D.J. Baker, Esq. (DB 0085), Skadden Arps, Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 and Eric M. Davis, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, One Rodney Square, Wilmington, Delaware 19801.

/s/ Jonathan R. Williams
Jonathan R. Williams, Esquire
Florida Bar No. 0178810
MELAND RUSSIN HELLINGER & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

1
LAW OFFICES OF MELAND RUSSIN HELLINGER & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

J:\DOCS\CLIENTS\1836\1836-2\00064620.WPD