# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:  

WINN DIXIE STORES, et al.

      Debtors.

_____/

CASE NO.: 05-03817-3F1

(*Jointly Administered*)

CHAPTER 11

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and makes its appearance of record on behalf of Morris Tract Corp & Williston Highlands Development Corp. and requests that all further pleadings be directed to the undersigned and that all mailing matrices and service lists be corrected accordingly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2005, I caused a true and correct copy of the foregoing Notice to be served either by electronic transmission or U.S. mail upon: D.J. Baker, Esq. (DB 0085), Skadden Arps, Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 and Eric M. Davis, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, One Rodney Square, Wilmington, Delaware 19801.

          /s/ Jonathan R. Williams  
          Jonathan R. Williams, Esquire  
          Florida Bar No. 0178810  
          MELAND RUSSIN HELLINGER & BUDWICK, P.A.  
          3000 Wachovia Financial Center  
          200 South Biscayne Boulevard  
          Miami, Florida  33131  
          Telephone: (305) 358-6363  
          Telecopy: (305) 358-1221