**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Case No. 05-03817-3F1 |
| | : | |
| WINN-DIXIE STORES, INC., et al. | : | *Chapter 11* |
| | : | |
| Debtor. | : | Jointly Administered |

**LIMITED OBJECTION OF DOLE FRESH FRUIT CO.,
DOLE FRESH VEGETABLES, INC., W.P. PRODUCE CORP.,
INCREDIBLE FRESH PRODUCE AND DAIRY AND IMPORTS UNLIMITED, INC.
TO DEBTORS' REPORT REGARDING CLAIMS UNDER
THE PERISHABLE AGRICULTURAL COMMODITIES ACT**

Pursuant to the Final Order Granting the Debtors Authority to Pay Prepetition Claims Arising Under the Perishable Agricultural Commodities Act and the Packers and Stockyard Act, entered by the United States Bankruptcy Court for the Southern District of New York on March 22, 2005, Dole Fresh Fruit Co., Dole Fresh Vegetables, Inc., W.P. Produce Corp., Inc., Incredible Fresh Produce and Dairy and Imports Unlimited, Inc. (collectively, the "PACA Trust Claimants"), by and through counsel, hereby file a Limited Objection to Debtors' Report Regarding Claims Under the Perishable Agricultural Commodities Act ("Debtors' Report"). Each of these PACA Trust Claimants have asserted PACA claims that have not been fully reconciled at this time by Debtors, some of which are set forth in Exhibit C to Debtors' Report. The PACA Trust Claimants file this limited objection to the extent that the inclusion of their claims in the Debtors' Report could be construed to invalidate the unreconciled portion of their PACA trust claims.

<u>Dole Fresh Fruit Co.</u>

The Debtors' Report confirms that the PACA claim of Dole Fresh Fruit Co. is subject to further reconciliation and resolution. Debtor paid the reconciled portion of the

- 1 -

claim and the parties are diligently cooperating with one another in reconciling and resolving the balance of the claim. Out of an abundance of caution, Dole Fresh Fruit Co. files a limited objection to the extent there is any implication in Debtors' Report that any portion of its claim remaining to be reconciled is not a valid PACA trust claim under 7 U.S.C. §499e(c)(4).

Dole Fresh Vegetables, Inc.

The Debtors' Report confirms that the PACA claim of Dole Fresh Vegetables, Inc. is subject to further reconciliation and resolution. Debtor paid the reconciled portion of the claim and the parties are diligently cooperating with one another in reconciling and resolving the balance of the claim. Out of an abundance of caution, Dole Fresh Vegetables, Inc. files a limited objection to the extent there is any implication in Debtors' Report that any portion of its claim remaining to be reconciled is not a valid PACA trust claim under 7 U.S.C. §499e(c)(4).

Incredible Fresh Produce & Dairy

The Debtors' Report confirms that the PACA claim of Incredible Fresh Produce & Dairy is subject to further reconciliation and resolution. Debtor paid the reconciled portion of the claim and the parties are diligently cooperating with one another in reconciling and resolving the balance of the claim. Out of an abundance of caution, Incredible Fresh Produce & Dairy files a limited objection to the extent there is any implication in Debtors' Report that any portion of its claim remaining to be reconciled is not a valid PACA trust claim under 7 U.S.C. §499e(c)(4).

W.P. Produce Corp.

The Debtors' Report confirms that the PACA claim of W.P. Produce Corp. is subject to further reconciliation and resolution. The parties are diligently cooperating

with one another in reconciling and resolving the claim. Out of an abundance of caution, W.P. Produce Corp. files a limited objection to the extent there is any implication in Debtors' Report that any portion of its claim remaining to be reconciled is not a valid PACA trust claim under 7 U.S.C. §499e(c)(4).

<u>Imports Unlimited, Inc.</u>

The PACA claim of Imports Unlimited, Inc. is subject to further review and reconciliation. However, the claim of Imports Unlimited, Inc. is not listed in the Debtors' Report. The parties are diligently cooperating with one another in reconciling and resolving the balance of the claim. Out of an abundance of caution, Imports Unlimited, Inc. files a limited objection the Debtors' Report to the extent its claim was not listed on Debtors' report and there is an implication that the unreconciled portion of its claim is not a valid PACA trust claim.

    Respectfully submitted,

    WATKINS LAW FIRM, P.A.

    s/  Allan C. Watkins

By:_____
    Allan C. Watkins
    Florida Bar No. 0185104
    707 North Franklin Street, Suite 750
    Tampa, Florida  33602-4430
    (813) 226-2215

    Attorneys for PACA Trust Claimants
    Dole Fresh Fruit Co., Dole Fresh Vegetables,
    Inc., W.P. Produce Corp., Inc., Incredible Fresh
    Produce and Dairy and Imports Unlimited, Inc.

- 4 -

## CERTIFICATE OF SERVICE

I CERTIFY HEREBY that a true and correct copy of the foregoing was served electronically upon all parties in interest on the electronic notice list on May 25, 2005.

s/ Allan C. Watkins
_____

- 4 -