B210
(02/05, FLMB, JPL)

# United States Bankruptcy Court

## Middle District Of Florida

In re ___WINN-DIXIE STORES, INC. et al.___,     Case No. ____05-03817-3F1____

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Merrill Lynch Credit Products, LLC | First Coast Pallet, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
4 World Financial Center, 7th Floor
New York, New York 10080
Attention: Gary Cohen - Mail Stop B2331

Phone: _____212-449-4969_____
Last Four Digits of Acct #: ___2271___

Court Record Address of Transferor
(Court Use Only)
P.O. Box 1847
Yulee, Florida 32041

Last Four Digits of Acct. #: ___7524___

Name and Address where transferee payments should be sent (if different from above)

Name and Current Address of Transferor
502 Bayview Road
Yulee, Florida 32097
Attention: Chris Spence, VP

Phone: _____
Last Four Digits of Acct #: _____

Phone: ____904-225-9588____
Last Four Digits of Acct. #: _____

Court Claim # (if known): ___961___
Date Claim Filed: ___5/2/05___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ GC        Date: __May 20, 2005__
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---DEADLINE TO OBJECT TO TRANSFER---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, ~~Southern District of New York~~ Middle District of Florida

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

First Coast pallet, Inc., a corporation organized under the laws of Florida, with offices located at 502 Bayview Road, Yulee, FL 32097 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CREDIT PRODUCTS, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the claims of Seller against Winn Dixie Stores, Inc. et al., and its affiliates docketed as Claim No. 761 (the "Claims") in the United States Bankruptcy Court, Middle District of Florida, Case No. 05-03836-3F1.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of May, 2005.

WITNESS:
_____
(Signature)
Name: R.K. Jones
Title: Attorney for First Coast Pallet, Inc.
(Print name and title of witness)

FIRST COAST PALLET, INC.
By: _____
(Signature of authorized corporate officer)
Name: Chris Spence
Title: Vice President
Tel.: 904-225-9566

WITNESS:
_____
(Signature)
Name: Christopher Moon
Title: VP
(Print name and title of witness)

MERRILL LYNCH CREDIT PRODUCTS, LLC
By: _____
(Signature of authorized corporate officer)
Name: Ronald Tbrok
Title: Vice President
Tel.: 212-449-4969

GC

-7-