# United States Bankruptcy Court

## Middle District Of Florida

In re____WINN-DIXIE STORES, INC. et al.,

Case No.____05-03817-3F1_____

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to rule 3001(e)(2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claims referenced in this notice.

____Merrill Lynch Credit Products, LLC____
Name of Transferee

____Southeast Unloading, LLC____
Name of Transferor

Name and Address where notices to transferee
should be sent
4 World Financial Center, 7th Floor
New York, New York 10080
Attention:  Gary Cohen – Mail Stop B2331
Phone:___212-449-4969_____
Last Four Digits of Acct. #:_2271_____

Court Record Address of Transferor
(Court Use Only)
P.O. Box 1647
Yulee, Florida 32041

Last Four Digits of Acct. #:_8921__

Name and Address where transferee payments
should be sent (if different from above)


Phone:_____

Last Four Digits of Acct #:_____

Name and Current Address of Transferor
502 Bayview Road
Yulee, Florida 32097
Attention: Chris Spence, VP
Phone:___904-225-9566_____

Last Four Digits of Acct. #:_____

Court Claim # (if known):___953-960____
Date of Claim Filed:____5/2/05____

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

By:_____    GC    Date: May 20, 2005
    Transferee/Transferee's Agent
Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

| --DEADLINE TO OBJECT TO TRANSFER-- |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other
Than for Security has been filed in the clerk's office of this court as evidence of the transfer.
Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If
no objection is timely received by the court, the transferee will be substituted as the original
claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

dc-416513

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, ~~Southern District of New York~~ *Middle District of Florida*

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

Southeast Unloading, LLC, a limited liability company organized under the laws of Florida, with offices located at 502 Bayview Road, Yulee, FL 32097 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CREDIT PRODUCTS, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the claims of Seller against Winn Dixie Stores, Inc. et al., and its affiliates docketed as Claim No. _9 5 9_, Claim No. _9 6 0_, Claim No. _9 5 8_, Claim No. _9 5 7_, Claim No. _9 5 4_, Claim No. _9 5 6_ and Claim No. _9 5 5_ & _9 5 3_ (the "Claims") in the United States Bankruptcy Court, Middle District of Florida, Case No. 05-03817-3F1, Case No. 05-03820-3F1, Case No. 05-03821-3F1, Case No. 05-03823-3F1, Case No. 05-03836-3F1, Case No. 05-03837-3F1 and Case No. 05-03839-3F1 respectively.

*and Case No. 05-03838-3F1*

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _2nd_ day of _May_, 2005.

SOUTHEAST UNLOADING, LLC

WITNESS:

(Signature)

Name: R. K. Jones
Title: Attorney for Southeast Unload-
(Print name and title of witness) ing, LLC

By: _____
(Signature of authorized corporate officer)

Name: Chris Spence
Title: Vice President
Tel.: 904-225-9566


MERRILL LYNCH CREDIT PRODUCTS, LLC

GC

WITNESS:

(Signature)

Name: Christopher Moon
Title: VP
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Ronald Torok
Title: Vice President
Tel.: 212-449-4969


- 7 -