UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by David Timmons on May 19, 2005, the Court finds:

1. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014. Movant is required to serve the Debtor, Attorney for Debtor, United States Trustee and the Creditor's Committee.

The Court abates the hearing of this motion until service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

**DATED May 23, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David Timmons, Main Bureau, P.O. Box 9356, Fort Lauderdale, FL 33301
Debtor
Attorney for Debtor
US Trustee
Creditor's Committee

**Winn-Dixie Stores, Inc., Debtor**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Attorney for Debtor**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson , Attorney for Debtor**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. ,**
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. ,**
John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1                Date Rcvd: May 23, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on May 25, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +David Timmons,   Main Bureau,   P.O. Box 9356,   Ft. Lauderdale, FL 33310-9356

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2005**                    **Signature:**    *Joseph Speetjens*