UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER TO PROCEED IN FORMA PAUPERIS

This case came upon the Motion to Proceed in Forma Pauperis filed by David Timmons on May 19, 2005, and the Court having reviewed the Affidavit in Support of Motion and being fully advised, it is

**ORDERED**:

1. David Timmons is allowed to proceed in forma pauperis pursuant to 28 U.S.C. §1915. See, In re Palestino, 2 C.B.C.2d 440 (Bkrptcy. M.D. Fla. 1980).

2. The filing fee for Motion for Relief From Stay is waived.

**DATED May 23, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David Timmons, Main Bureau, P.O. Box 9356, Fort Lauderdale, FL 33301

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: May 23, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on May 25, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
          +David Timmons,   Main Bureau,   P.O. Box 9356,   Ft. Lauderdale, FL 33310-9356

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2005**                 **Signature:**   *Joseph Speetjens*