[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                              Case No. 3:05-bk-03817-JAF
                                                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING WITHDRAWAL OF NOTICE OF APPEARANCE AND WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE OF PAPERS

   This case came on for consideration upon the Court's own motion. On May 20, 2005, Rick A. Steinberg, on behalf of Liberty Mutual Insurance Company filed Withdrawal of Notice of Appearance and Withdrawal of Request for Notices and Service of Papers without original signature as required by Fed. R. Bank. P. 9011. It is

   Ordered:

   The Withdrawal of Notice of Appearance and Withdrawal of Request for Notices and Service of Papers is stricken from the record.

Dated May 23, 2005

                                                                    _____
                                                                    Jerry A. Funk
                                                                    United States Bankruptcy Judge

Copies furnished to:
Rick A. Steinberg, 460 Park Avenue, New York, NY 10022-1906

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: May 23, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on May 25, 2005.
aty        +Rick A. Steinberg,   Angel & Frankel, P.C.,   460 Park Avenue,   New York, NY 10022-1906

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2005**                    **Signature:** _Joseph Speetjens_