UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                        Chapter    11
                                                                              Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.

     Debtor.
_____/

### WITHDRAWAL AS CO-COUNSEL FOR
### DIVERSIFIED MAINTENANCE SYSTEMS, INC.
### AND ADS SEAFOOD, INC., d/b/a ATLANTIC FISHERIES

**PLEASE TAKE NOTICE** that Conrad Chiu and the law firm of Pitney Hardin LLP withdraw as co-counsel for creditors, Diversified Maintenance Systems, Inc. and Ads Seafood, Inc., d/b/a Atlantic Fisheries.  Please discontinue sending any notices, orders, applications, motions, petitions, pleadings, request, complaints, or demands.

/s/ Lara Roeske Fernandez
RICHARD J. McINTYRE
Florida Bar No.  962708
RJMcintyre@trenam.com
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
LRFernandez@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida  33601 -1102
(813) 223-7474; fax (813) 229-6553
Attorneys for Altamonte SSG, Inc., Diversified Maintenance Systems, Inc. And ADS Seafood, Inc., d/b/a Atlantic Fisheries

And

CONRAD K. CHIU  
PITNEY HARDIN LLP  
cchiu@pitneyhardin.com  
7 Times Square  
New York, NY 10036  
(212) 297-5811; fax (212) 916-2940  
Co-counsel to Creditors

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of foregoing Request for Notices has been furnished electronically or by U.S. Mail on this 26th day of May, 2005 to

| | |
|---|---|
| **Winn-Dixie Stores, Inc.**<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | **Adam Ravin, Esquire**<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| **Cynthia C. Jackson, Esquire**<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | **United States Trustee**<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| **Official Committee of Unsecured Creditors**<br>**of Winn-Dixie Stores, Inc.,**<br>**c/o Dennis F. Dunne, Esquire**<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | Conrad K. Chiu, Esquire<br>PITNEY HARDIN LLP<br>7 Times Square<br>New York, NY 10036 |

      /s/ Lara Roeske Fernandez      <br>
Attorney

- 1237356v1