UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                Chapter 11
                                                                       Case No:  05-03817-3F1
WINN-DIXIE STORES, INC. et al.
     Debtors

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES Lee P. Morgan for the firm of Morgan & Morgan, Attorneys at Law, P.C. and enters his appearance as attorney for the following creditors in the above referenced action:

| | |
|---|---|
| Homewood Associates, Inc. | W.T.H., II, LLC |
| 2595 Atlanta Hwy | 2405 West Broad St |
| Athens, GA  30606 | Suite 200 |
| | Athens, GA  30606 |

Counsel requests that he be served with copies of all pleadings and notices issued to parties in interest.

This  26th  day of May, 2005.

                                                        Morgan & Morgan
                                                        Attorneys at Law, P.C.


                                                        By:   /s/  Lee P. Morgan_____
                                                             Lee P. Morgan
                                                             Attorney at Law
                                                             Georgia State Bar No:  522850

Morgan & Morgan
Attorneys at Law, P.C.
P.O. Box 48359
Athens, GA 30604
(706)548-7070
Fax (706)613-2089
EMail: lmorgan@morganlawyers.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Entry of Appearance and Request for Notices on the parties listed below, by placing a true and correct copy of the same in the U.S. Mail, properly addressed and with sufficient postage to insure delivery to:

| | |
|---|---|
| Adam S. Ravin | Dennis F. Dunne, Esq. |
| Skadden, Arps, Slate, | Milbank, Tweed, Hadley & McCloy, LLP |
| Meagher & Flom, LLP | 1 Chase Manhattan Plaza |
| 4 Times Square | New York, NY  10005 |
| New York, NY 10036 | |

This 26th day of May, 2005.

   /s/ Lee P. Morgan_____
Lee P. Morgan
Attorney for Homewood Associates, Inc.
and W.T.H. II, LLC
State Bar No:  522850