# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

---------------------------------------------------------------X

**In re**                                         In Proceedings For A
                                                  Reorganization Under
**WINN-DIXIE STORES, INC., ET AL**                Chapter 11
Winn-Dixie Logistics, Inc.                        Case No.: 3:05-03817-JAF

                        Debtors.
---------------------------------------------------------------X


## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


        PLEASE TAKE NOTICE that Amroc Investments, LLC hereby withdraws the Notice of Transfer of Claim filed from SOUTHCO SWEEPING & MAINTENANCE as transferor (docket number 802), to Amroc Investments, LLC as transferee. The Withdrawal of Transfer of Claim relates only to the filed claim SOUTHCO SWEEPING & MAINTENANCE in the amount of $1,838.19.

Respectfully submitted this 25th day of May 2005.


Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 850-7584

By: _____
        David S. Leinwand, Esq.