**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Jointly Administered |
| Debtors. | |
| _____/ | |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned attorney appears as counsel to COLE FINE FOODS (the "Creditor"), a party-in-interest, and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

    PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Creditor with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

    PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic notice or U.S. Mail this 26th day of May, 2005 to Attorney for Debtor: Adam Ravin, Esquire, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Attorney for Debtor: Cynthia C. Jackson, Esquire, Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, FL 32201; Debtor: Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; Attorney for Creditor's Committee: Dennis F. Dunne, Esquire, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005; Attorney for Creditor's Committee: John B. McDonald, Esquire, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801.

>BROAD AND CASSEL
>Attorneys for Cole Fine Foods
>Suite 1100
>390 North Orange Avenue
>Orlando, Florida 32801
>PO Box 4961 (32802-4961)
>Phone: (407) 839-4200
>Fax: (407) 650-0927
>
>                */s/ Roy S. Kobert*
>By: _____
>    Roy S. Kobert, P.A.
>    Florida Bar #: 777153
>    rkobert@broadandcassel.com

ORL1\BANKRUPT\676296.1
09999/8888