**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF ORDINARY COURSE PROFESSIONALS INCLUDED IN THE SECOND SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] completed Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires are attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

    1.    Morris, York, Williams, Surles & Brearley, LLP  (Exhibit A)

    2.    Nexsen Pruet, LLC  (Exhibit B)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated:  May 26, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>     Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[2]   Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:**

Keith Sambur
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3479
Facsimile: (917) 777-3479
Email: ksambur@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __Tom Koch__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   __Morris York Williams Surles & Barringer, L.L.P.__

   __P.O. Box 36858__

   __Charlotte, N.C. 28236__

2. Date of retention: __January 1998__

Questionnaire of <u>Morris York et al</u>
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   <u>Defense litigation legal services</u>

4. Brief description of services to be provided:

   <u>Defend worker's compensation claims on behalf of Winn-Dixie Stores.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly basis</u>

6. Average hourly rate (if applicable): $110/hour attorneys; $55/hour paralegals
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   <u>Average of $1,000 per month</u>

7. Pre-petition claims against any of the Debtors held by the firm. None

   Amount of claim: $_____

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: None

   Name: _____

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

-2-

Questionnaire of __Morris York et al__
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm: None

    Kind of shares: _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: None

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    None

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: __5-3-05__

_signature: Tom K___

Name: __Tom Koch__
Title: __Administrator__
Company: __Morris York, et al__
Address: __P.O. Box 36858, Charlotte, N.C. 28236__
Telephone: __704-375-4480__
Facsimile: __704-375-6895__

508767.01-New York Server 5A - MSW

-3-

**Exhibit B**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Keith Sambur
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-3479
    Facsimile: (917) 777-3479
    Email: ksambur@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __W. Leighton Lord, III__ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

    Nexsen Pruet, LLC
    P.O. Drawer 2426
    Columbia, SC 29202

2. Date of retention: April 26, 2005



Questionnaire of: <u>Nexsen Pruet, LLC</u>
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   <u>    Legal    </u>

4. Brief description of services to be provided:

   <u>South Carolina local counsel review of loan documents and</u>

   <u>potentially issuing an opinion as to the enforceability of the</u>

   <u>loan documents.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>hourly</u>

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   <u>$250.00 per hour to $300.00 per hour</u>

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $<u>   None   </u>

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>   None   </u>

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

-2-

Questionnaire of: <u>Nexsen Pruet, LLC</u>
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: <u>None</u>

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: <u>Unknown but not thought to be significant</u>

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    <u>None known</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>5/17/05</u>

Name: <u>W. Leighton Lord III</u>
Title: <u>Member</u>
Company: <u>Nexsen Pruet, LLC</u>
Address: <u>P.O. Drawer 2426</u>
         <u>Columbia, SC 29202</u>
Telephone: <u>(803) 540-2013</u>
Facsimile: <u>(803) 253-8277</u>