**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| Re: | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

## <u>CERTAIN PACA TRUST CREDITORS' RESPONSE AND LIMITED OBJECTION TO THE DEBTORS' REPORT OF PACA CLAIMS</u>

Now come C.H. Robinson Company, Del Monte Fresh Produce, N.A., Inc., Lamb-Weston, Inc., MarBran USA, and Avomex, Inc. (collectively, the "Robinson Group"), by and through undersigned counsel, and hereby respond and object on a limited basis to the Debtors' May 6, 2005 Report Regarding Claims Under The Perishable Agricultural Commodities Act ("PACA") (the "Report") as follows:

1.      On February 21, 2005, the Debtors filed voluntary petitions for reorganization relief under Chapter 11 of Title 11 of the United States Code in the Southern District of New York.  By Order dated April 13, 2005, the venue of these cases was transferred to the Middle District of Florida.  The Debtors' cases are being jointly administered for procedural purposes only.

2.      On March 22, 2005, the Final Order Granting the Debtors Authority to Pay Prepetition Claims Arising Under the PACA was entered (the "PACA Order").  The procedures established by the PACA Order required, *inter alia*, the Debtors to file their Report setting forth the PACA claims asserted, the PACA claims or portions thereof that are allowed, and the PACA claims or portions thereof that the Debtors believe are invalid.  On May 6, 2005, the Debtors timely filed their Report.

3.     All members of the Robinson Group were listed on the Report, and have portions of their claims which were allowed, and have since been paid those amounts, and portions of their claims which the Debtors believe are invalid or have otherwise not yet been fully reconciled.  The Robinson Group submits the instant Response to preserve all unreconciled/unpaid principal amounts asserted, together with interest and attorneys fees.

4.     Principal Amounts Asserted: C.H. Robinson Company and Lamb-Weston, Inc. object to the principal amount listed in the Debtors' Report.  C.H. Robinson Company's PACA claim should properly be listed as $2,525,748.30.  Lamb-Weston, Inc.'s PACA claim should properly be listed as $225,500.30.

5.     Reconciled and Paid Portions: All members of the Robinson Group accept the reconciled and paid portions of their respective claims to date, while reserving all rights and remedies to the full principal balances due plus interest and attorneys fees.

6.     Unpaid Portions and Unreconciled:  All members of the Robinson Group object to any and all portions of their PACA claims which the Debtors have not yet paid or which are subject to future reconciliation.  The Robinson Group, accordingly, reserves all rights and remedies to the unpaid/unreconciled principal balances due plus interest and attorneys fees.

7.     The Robinson Group will continue to work with the Debtors' representatives to fully reconcile and resolve all claims.  In the interim, the Robinson Group reserves all rights and remedies, consistent with the PACA Order, until such time as all of the Robinson Group's PACA claims are paid in full.

2

Respectfully submitted,

Dated:  May 26, 2005

/s/ Allan C. Watkins
ALLAN C. WATKINS
 Florida Bar No. 185104
WATKINS LAW FIRM, P.A.
707 North Franklin Street
Suite 750
Tampa, FL   33602-4430
(813) 226-2215 - telephone
(813) 226-2038 - facsimile
watkinslaw@att.net - email

and

MARK A. AMENDOLA
 Ohio Bar I.D. No. 0042645
MARTYN AND ASSOCIATES
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
mamendola@martynlawfirm.com - email

Attorneys for PACA Trust Creditors C.H.
Robinson Company, Del Monte Fresh
Produce, N.A., Inc., Lamb-Weston, Inc.,
MarBran USA, and Avomex, Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing Certain PACA Trust Creditors' Response and Limited Objection to the Debtors' Report of PACA Claims was served on all counsel of record through the Court's ECF System and also by regular U.S. mail, postage pre-paid, this __26th__ day of May 2005 upon the following:

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Thomas J. Matz, Esq.
Sina Toussi, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY   10036

*Local Counsel for Debtors*

Stephen D. Busey, Esq.
James H. Post, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL   32202

*Local Counsel for Debtors*

 /s/ Allan C. Watkins
One of the Attorneys for PACA Trust Creditors C.H. Robinson Company, Del Monte Fresh Produce, N.A., Inc., Lamb-Weston, Inc., MarBran USA, and Avomex, Inc.