**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Bruce Levinson of the Law Offices of Bruce Levinson ("Levinson"), by and through Meuers Law Firm, P.L., hereby withdraws his Appearance from this matter, the service list and electronic case filing (ECF), and any other service of process list from this day forward.

Dated this 26th day of May, 2005            **MEUERS LAW FIRM, P.L.**

/s/ *Lawrence H. Meuers*

Bruce Levinson, Esq.                          Florida Bar No. 0934879
LAW OFFICES OF BRUCE LEVINSON                 MEUERS LAW FIRM, P.L.
747 Third Avenue, 4th Floor                   5395 Park Central Court
New York, NY  10017                           Naples, FL  34109
Tel:  (212) 750-9898                          Tel:   239-513-9191
Fax:  (212) 750-2536                          Fax:   239-513-9677
                                              E-Mail:  lmeuers@meuerslawfirm.com

Attorneys for Burch Equipment Group           Attorneys for the Duda Group of PACA creditors
and local counsel for Duda Group of
PACA creditors