# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Objection of Official Committee of Unsecured Creditors to Motion by Richard Ehster and Others for Order, Under 11 U.S.C. §§ 1102(a)(2) and 1114(d), Directing Appointment of Additional Committee of Unsecured Creditors was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 26th day of May, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

Dated: May 26, 2005

AKERMAN SENTERFITT

By: /s/ John B. Macdonald
John B. Macdonald
Florida Bar No.: 230340
E-mail: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No.: 348340
E-mail: patrick.patangan@akerman.com
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Proposed Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA237808;1}

```
Label Matrix for USBC                  Appraisers Associated Ltd.              Arthur J. Spector
Middle District of Florida             c/o Held & Israel                       Berger Singerman, P.A.
Case 3:05-bk-03817-JAF                 1301 Riverplace Blvd. #1916             350 E. Las Olas Boulevard
Thu May 26 15:09:57 EDT 2005           Jacksonville, FL 32207                  Suite 1000
                                                                               Fort Lauderdale, FL 33301,   33301


Ashely M. Chan, Esquire                Buffalo Rock Co.                        Catherine A Harrison
Hangley Aronchick Segal & Pudlin       c/o R. Scott Shuker                     Miller & Martin PLLC
One Logan Square, 27th Floor           Gronek & Latham, LLP                    1170 Peachtree Street NE, Suite 800
Philadelphia, PA  19103                P.O. Box 3353                           Atlanta GA 30309
                                       Orlando, FL  32802-3353,   32802-3353


Citrus World, Inc., d/b/a Florida's Natu   Cole Fine Foods                     Concord-Fund IV Retail, L.P.
c/o R. Scott Shuker                    c/o Roy S. Kobert, Esquire              c/o Held & Israel
Gronek & Latham, LLP                   Broad and Cassel                        1301 Riverplace Blvd. #1916
P.O. Box 3353                          P.O. Box 4961                           Jacksonville, FL 32207
Orlando, FL  32802-3353,   32802-3353  Orlando, Florida 32802,   32802


Conecuh Sausage Co., Inc.              Earl M. Barker, Jr.                    Elston/Leetsdale, LLC
c/o Held & Israel                      Slott, Barker & Nussbaum               c/o Held & Israel
1301 Riverplace Blvd. #1916            334 East Duval Street                  1301 Riverplace Blvd. #1916
Jacksonville, FL 32207                 Jacksonville, Florida 32202            Jacksonville, FL 32207


Flagler Retail Associates, Ltd.        Gehr Florida Development, LLC          Gustafson's, LLC
c/o Held & Israel                      c/o Held & Israel                      c/o R. Scott Shuker
1301 Riverplace Blvd. #1916            1301 Riverplace Blvd. #1916            Gronek & Latham, LLP
Jacksonville, FL 32207                 Jacksonville, FL 32207                 P.O. Box 3353
                                                                              Orlando, FL  32802-3353,   32802-3353


Inland Retail Real Estate Trust, Inc.  John J. Wiles, Esq.                    Kenneth C Baker Esq
c/o R. Scott Shuker                    Wiles & Wiles                          Eastman & Smith Ltd
Gronek & Latham, LLP                   800 Kennesaw Avenue                    One SeaGate 24th Floor
P.O. Box 3353                          Suite 400                              Toledo OH 43604
Orlando, FL  32802,   32802            Marietta, Georgia, 30060-7946 30060-7946


Kite Realty Group Trust                Liberty Mutual Insurance Company       Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Roy S. Kobert, Esquire             C/O Jeffrey C. Regan                   c/o Held & Israel
Broad and Cassel                       Hedrick Dewberry Regan & Durant, P.A.  1301 Riverplace Blvd. #1916
P.O. Box 4961                          50 N. Laura Street                     Jacksonville, FL 32207
Orlando, Florida  32802,   32802       Suite 1600, Jacksonville, FL 32202 32202


Maples Gas Company                     Matt E. Beal, Esq.                     Meridian Coca-Cola Bottling Company
c/o Held & Israel                      Lowndes Law Firm                       c/o Held & Israel
1301 Riverplace Blvd. #1916            P.O. Box 2809                          1301 Riverplace Blvd. #1916
Jacksonville, FL 32207                 Orlando FL 32802                       Jacksonville, FL 32207


Mosby's Packing Company, Inc.          Northeast MS Coca-Cola Bottling Co., Inc   Rachel E. Adams, Esq.
c/o Held & Israel                      c/o Held & Israel                      200 S. Orange Avenue
1301 Riverplace Blvd. #1916            1301 Riverplace Blvd., #1916           Suite 1220
Jacksonville, FL 32207                 Jacksonville, FL 32207                 Orlando, Florida 32801


Southeast Milk, Inc.                   Southeast-Atlantic Beverage Corporation   TA Cresthaven, LLC
c/o R. Scott Shuker                    Nelson Mullins Riley & Scarborough LLP c/o Held & Israel
Gronek & Latham, LLP                   1320 Main St., 17th Floor (29201)      1301 Riverplace Blvd #1916
P.O. Box 3353                          PO Box 11070                           Jacksonville, FL 32207
Orlando, FL  32802-3353,   32802-3353  Columbia, SC  29211,   29211
```

| | | |
|---|---|---|
| TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |