UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR COPIES

The Court finds that the Notice of Appearance and Request for Copies filed by Annette Kerlin McBrayer on behalf of Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP, South Rockdale Associates, LLC, Tiger Crossing, an Alabama General Partnership and Tiger Crossing, W.D., an Alabama General Partnership on May 23, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Copies filed by Annette Kerlin McBrayer on behalf of Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP, South Rockdale Associates, LLC, Tiger Crossing, an Alabama General Partnership and Tiger Crossing, W.D., an Alabama General Partnership on May 23, 2005 is stricken from the record.

**DATED** May 24, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Adam Ravin, Four Times Square, New York, NY 10036-6522
Richard C. Morrissey, US Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: May 24, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on May 26, 2005.
aty       +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty       +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
             New York, NY 10005-1401
          +Richard C. Morrissey, US Trustee,    33 Whitehall Street, 21st Floor,    New York, NY 10004-2122

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2005**                      **Signature:** _Joseph Speetjens_