UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                                   Chapter 11
        Debtors.                       )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Debtors' Motion for Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (Docket No. 1477) and (ii) Notice of Hearing thereon (Docket No. 1478) was furnished by mail and/or electronically on May 27, 2005 to those parties on the attached Master Service List.

Dated:  May 27, 2005

                                                          SMITH HULSEY & BUSEY

                                                          By   *s/ Cynthia C. Jackson*
                                                                 Stephen D. Busey
                                                                 James H. Post
                                                                 Cynthia C. Jackson  (FBN 498882)
                                                          225 Water Street, Suite 1800
                                                          Jacksonville, Florida 32202
                                                          (904) 359-7700
                                                          (904) 359-7708 (facsimile)

                                                                 -and-

                                                          SKADDEN, ARPS, SLATE,
                                                          MEAGHER & FLOM LLP
                                                          D. J. Baker
                                                          Sally McDonald Henry
                                                          Rosalie Walker Gray
                                                          Four Times Square
                                                          New York, New York 10036
                                                          (212) 735-3000
                                                          (212) 735-2000 (facsimile)

                                                          Attorneys for the Debtors