UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

---------------------------------------------------------X
In re                                                                    In Proceedings For A
                                                                              Reorganization Under
**WINN-DIXIE STORES, INC., ET AL**                         Chapter 11
          Winn-Dixie Logistics, Inc.                              Case No.: 3:05-03817-JAF

                              Debtors.
---------------------------------------------------------X
                                                                              **Claim No.: 540, 541, 542**

NOTICE OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)         Vaughan Roofing & Sheet Metal LLC
                                4911 I-10 Frontage Rd.
                                Port Allen, LA 70767
                                Attention: Ms. Judith Kellogg

The transfer of your claim as shown above, in the amount of **$1,755.00** has been transferred (unless previously expunged by court order) to:
                                Amroc Investments, LLC
                                535 Madison Avenue, 15th Floor
                                New York, New York 10022
                                Attn: David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                                                        CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

                                                                                        Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**VAUGHAN ROOFING & SHEET METAL LLC**, a(n) ___LOUISIANA___ (insert state of incorporation) **Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$1,755.00** (defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, _Middle District of Florida_, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No.05-_03817_**(defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the __18th__ day of __April__, 2005.

___Vaughan Roofing & Sheet Metal, LLC___
(Company Name)

WITNESS ___Celeste Scott___          ___Judith C. Kellogg___
       (Signature)                    (Signature of Corporate Officer)

___Celeste Scott  Billing Dept___     ___Judith C. Kellogg, Treasurer___
(Print Name and Title of Witness)     (Print Name and Title of Corporate Officer)

**EXHIBIT "A"**