UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                        Case No:  3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,

                    Debtors.
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

COMES NOW the firm of WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.,

and hereby files this Notice of Appearance of Counsel and Request for Service of Papers as

counsel of record in the above styled case on behalf of AMSOUTH BANK a creditor herein,

pursuant to §1109(b) of the Bankruptcy Code, and requests, pursuant to Bankruptcy Rules 2002,

3017 and 9001 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and

pleadings directed to this creditor be forwarded to the undersigned attorneys at the following

address:

Ryan E. Davis, Esquire
a/f AmSouth Bank
Winderweedle, Haines, Ward & Woodman, P.A.
390 North Orange Avenue, Suite 1500
Post Office Box 1391
Orlando, FL  32802-1391

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy

Code, the foregoing request includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, plan, disclosure statement, or other pleading filed or served

in the above captioned case.

This Notice of Appearance and Request for Service of Papers shall not be deemed or

construed to be a waiver of the rights of , (i) to have final orders on noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) or any other rights, claims, actions, setoffs, or recoupments to which  is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 27th day of May 2005.

_____/s/ Ryan E. Davis_____ _____
Ryan E. Davis, Esquire
Florida Bar No. 0179851
**WINDERWEEDLE, HAINES, WARD
 & WOODMAN, P.A.**
Post Office Box 1391
Orlando, FL  32802-1391
Telephone:  (407) 423-4246
Facsimile:  (407) 423-7014

Attorneys for AmSouth Bank

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing Notice of Appearance of Counsel and Request for Service of Papers was furnished by electronic transmission and/or United States mail to Debtors, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL  32254-3699, D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036-6522 and Stephen D. Busey, James H. Post and Cynthia D. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202, this 27th day of May, 2005.

_____/s/ Ryan E. Davis_____
RYAN E. DAVIS