UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN DIXIE STORES, INC.                    Chapter 11

Debtors.                                Case Nos.   05-03817
_____

NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, and, in accordance with Rule 90l0(b), Rules Of Bankruptcy Procedure and with this Court's initial Notice Of Commencement files his Notice Of Appearance on behalf of Webb's Seafood, Inc. and requests that copies of all documents and pleadings filed subsequent to this Notice be furnished to Webb's Seafood, Inc. in care of the undersigned attorney at the address given below.

DATED this ___24___ day of May, 2005.

> JOHNSTON, HARRIS, GERDE & KOMAREK, P.A.
> Attorneys for Webb Seafood, Inc.
>
>
> By: /s/Jerry W. Gerde
> JERRY W. GERDE, ESQ.
> Fla. Bar # 091787
> 239 E. 4th St.
> Panama City, FL  32401
> (850)763-8421; FAX: 763-8425

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above has been furnished by regular U.S. mail, postage prepaid or fax to D. Jan Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY l0036; Fax (212) 735-2000 on this __24th__ day of May, 2005.

> BY: /s/Jerry W. Gerde, Esq.
> JERRY W. GERDE, ESQ.

\\Library\public\1Jerry W. Gerde\Webb, Rbt. - Winn Dixie\Pleadings\NOA  - FL 5 24  05 nfh.wpd