# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Limited Objection of Official Committee of Unsecured Creditors to Application for Authority to Retain DJM Asset Management, LLC and The Food Partners, LLC as Special Real Estate Consultants to Debtors was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 31st day of May, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

Dated: May 31, 2005

AKERMAN SENTERFITT

By: /s/ Patrick P. Patangan
John B. Macdonald
Florida Bar No.: 230340
E-mail: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No.: 348340
E-mail: patrick.patangan@akerman.com
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Proposed Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA238056;1}

```
Label Matrix for USBC              Appraisers Associated Ltd.         Arthur J. Spector
Middle District of Florida         c/o Held & Israel                  Berger Singerman, P.A.
Case 3:05-bk-03817-JAF             1301 Riverplace Blvd. #1916        350 E. Las Olas Boulevard
Tue May 31 09:56:22 EDT 2005       Jacksonville, FL 32207             Suite 1000
                                                                      Fort Lauderdale, FL 33301,  33301


Ashely M. Chan, Esquire            Buffalo Rock Co.                   Catherine A Harrison
Hangley Aronchick Segal & Pudlin   c/o R. Scott Shuker                Miller & Martin PLLC
One Logan Square, 27th Floor       Gronek & Latham, LLP               1170 Peachtree Street NE, Suite 800
Philadelphia, PA  19103            P.O. Box 3353                      Atlanta GA 30309
                                   Orlando, FL  32802-3353,  32802-3353


Citrus World, Inc., d/b/a Florida's Natu   Cole Fine Foods             Concord-Fund IV Retail, L.P.
c/o R. Scott Shuker                c/o Roy S. Kobert, Esquire         c/o Held & Israel
Gronek & Latham, LLP               Broad and Cassel                   1301 Riverplace Blvd. #1916
P.O. Box 3353                      P.O. Box 4961                      Jacksonville, FL 32207
Orlando, FL  32802-3353,  32802-3353   Orlando, Florida 32802,  32802


Conecuh Sausage Co., Inc.          Earl M. Barker, Jr.                Elston/Leetsdale, LLC
c/o Held & Israel                  Slott, Barker & Nussbaum           c/o Held & Israel
1301 Riverplace Blvd. #1916        334 East Duval Street              1301 Riverplace Blvd. #1916
Jacksonville, FL 32207             Jacksonville, Florida 32202        Jacksonville, FL 32207


Flagler Retail Associates, Ltd.    Gehr Florida Development, LLC      Gustafson's, LLC
c/o Held & Israel                  c/o Held & Israel                  c/o R. Scott Shuker
1301 Riverplace Blvd. #1916        1301 Riverplace Blvd. #1916        Gronek & Latham, LLP
Jacksonville, FL 32207             Jacksonville, FL 32207             P.O. Box 3353
                                                                      Orlando, FL  32802-3353,  32802-3353


Inland Retail Real Estate Trust, Inc.   John J. Wiles, Esq.           Kenneth C Baker Esq
c/o R. Scott Shuker                Wiles & Wiles                      Eastman & Smith Ltd
Gronek & Latham, LLP               800 Kennesaw Avenue                One SeaGate 24th Floor
P.O. Box 3353                      Suite 400                          Toledo OH 43604
Orlando, FL  32802,  32802         Marietta, Georgia, 30060-7946 30060-7946


Kite Realty Group Trust            Liberty Mutual Insurance Company   Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Roy S. Kobert, Esquire         C/O Jeffrey C. Regan               c/o Held & Israel
Broad and Cassel                   Hedrick Dewberry Regan & Durant, P.A.   1301 Riverplace Blvd. #1916
P.O. Box 4961                      50 N. Laura Street                 Jacksonville, FL 32207
Orlando, Florida  32802,  32802    Suite 1600, Jacksonville, FL 32202 32202


Maples Gas Company                 Matt E. Beal, Esq.                 Meridian Coca-Cola Bottling Company
c/o Held & Israel                  Lowndes Law Firm                   c/o Held & Israel
1301 Riverplace Blvd. #1916        P.O. Box 2809                      1301 Riverplace Blvd. #1916
Jacksonville, FL 32207             Orlando FL 32802                   Jacksonville, FL 32207


Mosby's Packing Company, Inc.      Northeast MS Coca-Cola Bottling Co., Inc   Rachel E. Adams, Esq.
c/o Held & Israel                  c/o Held & Israel                  200 S. Orange Avenue
1301 Riverplace Blvd. #1916        1301 Riverplace Blvd., #1916       Suite 1220
Jacksonville, FL 32207             Jacksonville, FL 32207             Orlando, Florida 32801


Southeast Milk, Inc.               Southeast-Atlantic Beverage Corporation   TA Cresthaven, LLC
c/o R. Scott Shuker                Nelson Mullins Riley & Scarborough LLP    c/o Held & Israel
Gronek & Latham, LLP               1320 Main St., 17th Floor (29201)  1301 Riverplace Blvd #1916
P.O. Box 3353                      PO Box 11070                       Jacksonville, FL 32207
Orlando, FL  32802-3353,  32802-3353   Columbia, SC  29211,  29211
```

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699