**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | * | Chapter 11 |
|  | * | CASE NUMBER: 3-05-bk-3817 |
| WINN DIXIE STORES, INC., | * |  |
|  | * | Jointly Administered |
| Debtor. | * |  |

## NOTICE OF APPEARANCE

Comes now Albert H. Adams, Jr., of Irby Law Firm, LLC, P.O. Box 910, Eufaula, Alabama 36072, (334) 687-6672 and files his Notice of Appearance and Request for Notice in the above case on behalf of Bobbie Edwards, 304 Spring Lake Circle, Ocoee, FL 34761.

Done this 31st day of May, 2005.

                                                    **/s/ Albert H. Adams, Jr.**
                                                    Albert H. Adams, Jr.  (ASB-4627-A58A)
                                                    Irby Law Firm, LLC.
                                                    P.O. Box 910
                                                    Eufaula, AL 36072-0910
                                                    (334) 687-6672
                                                    (334) 687-6671 (Fax)
                                                    Attorney for Bobbie Edwards