UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Debtors' Response and Objection to Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors (Docket No. 1471) was furnished by mail and/or electronically on May 26, 2005 to (i) Office of the United States Trustee, 135 W. Central Blvd., Room 620, Orlando, FL 32801, (ii) Betsy Cox, Esq., Rogers Towers PA, 1301 Riverplace Blvd., Suite 1500, Jacksonville, Florida 32207, (iii) Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (iv) Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, (v) David McFarlin, Esq., Wolff, Hill, McFarlin & Herron, PA, 1851 W. Colonial Drive, Orlando, Florida 32804 and (vi) John B. Macdonald, Esq., Akerman Senterfitt, 50 N. Laura Street, Suite 2500, Jacksonville, Florida 32202.

Dated: May 31, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | By     *s/ Cynthia C. Jackson* |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson  (FBN 498882) |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| | |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |