**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | * | Chapter 11 |
|  | * | CASE NUMBER: 3-05-bk-3817 |
| WINN DIXIE STORES, INC., | * |  |
|  | * | Jointly Administered |
|  | * |  |
| Debtor. | * |  |

_____

## MOTION TO PRACTICE PRO HAC VICE

Comes now the petitioner, Albert H. Adams, Jr. and shows this Honorable Court as follows:

1. Petitioner resides at 272 County Road 12, Clayton, AL 36016, telephone number 334-775-9832, SSN#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.

2. Petitioner is an attorney with the Irby Law Firm, LLC, P.O. Box 910, Eufaula, AL 36072, telephone number 334-687-6672 and Alabama Bar State Identification number ASB-4627-A-58A.

3. The petitioner graduated from Faulkner University, Montgomery, AL with a B.A. in Business Administration in 1998 and from the Thomas Goode Jones School of Law in Montgomery, AL in 2002. He is currently a member in good standing with the Alabama State Bar and admitted to practice in the Alabama Supreme Court and U.S. District Court for the Northern and Middle Districts of Alabama. The petitioner is also currently admitted *pro hac vice* in the U.S. Bankruptcy Court for the Northern District of Indiana.

4. The petitioner states that he has read and will abide by the local rules of the U.S. District Court of the Middle District of Florida. Further, the petitioner states that the above statements are true and correct to the best of my knowledge and belief.

5. The petitioner also certifies there are no current disciplinary actions pending

against the petitioner.

    Respectfully submitted this 31st day of May, 2005.

                                 **/s/ Albert H. Adams, Jr.**
                                 Albert H. Adams, Jr.  (ASB-4627-A58A)
                                 Irby Law Firm, LLC.
                                 P.O. Box 910
                                 Eufaula, AL 36072-0910
                                 (334) 687-6672
                                 (334) 687-6671 (Fax)
                                 Attorney for Bobbie Edwards

    CONSIDERED, APPROVED and SO ORDERED,

Date: _____                    _____
                                         U.S. Judge
                                         U.S. Bankruptcy Court
                                         Middle District of Florida
                                         Jacksonville Division