UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                                        Chapter 11
        Debtors.                                  )          Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets (Docket No. 1496) and (ii) Notice of Hearing thereon (Docket No. 1497) was furnished by mail and/or electronically on May 27, 2005 to those parties on the attached Master Service List.

Dated: May 31, 2005

                                              SMITH HULSEY & BUSEY

                                              By     *s/ Cynthia C. Jackson*
                                                    Stephen D. Busey
                                                      James H. Post
                                                      Cynthia C. Jackson  (FBN 498882)
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)

                                                      -and-

                                            SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                            D. J. Baker
                                            Sally McDonald Henry
                                            Rosalie Walker Gray
                                            Four Times Square
                                            New York, New York 10036
                                            (212) 735-3000
                                            (212) 735-2000 (facsimile)

                                            Attorneys for the Debtors