UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Application for Authority to Retain Deloitte Consulting LLP to Provide In-Store Operational Consulting Services to the Debtors (Docket No. 1486) and (ii) Notice of Hearing thereon (Docket No. 1487) was furnished by mail and/or electronically on May 27, 2005 to Deloitte Consulting LLP, 6363 N. State Highway 161, Suite 800, Irving, Texas 75038-2279 and to those parties on the attached Master Service List.

Dated: May 31, 2005

SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors