UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARING
TO BE HELD ON JUNE 2, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on June 2, 2005 at 1:00 p.m. (ET):

**A.    Uncontested Matters:**

1.  *Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of June 2, 2005 (Docket No. 1186)*

    Objection Deadline:    May 26, 2005

    Objections:    No objections have been filed.

    Status:    The Debtors will proceed with the Motion.

2.  *Motion for Order Authorizing the Sale of Assets with De Minimus Value Without Court Approval (Docket No. 1184)*

    Objection Deadline:    May 26, 2005

    Objections:    No objections have been filed.

    Status:    The Debtors will proceed with the Motion.

B. **<u>Contested Matters:</u>**

1. *Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional <u>Committee of Creditors (Docket No. 993)</u>*

Objection Deadline:   May 26, 2005

Objections:   (a)   The United States Trustee (Docket No.1421)
              (b)   The Debtors (Docket No. 1471)
              (c)   The Committee (Docket No. 1469)

Status:   The Debtors have been informed that the movants will proceed with the Motion.

2. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for <u>Resolving Requests for Additional Assurances (Docket No. 23)</u>*

This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the objecting utilities, as identified below.

Objection Deadline:   Expired.

Objections:   (a)   Alabama Power (Docket No. 180)
              (b)   JEA (Docket No. 229)
              (c)   BellSouth Telecommunications (Docket No. 232)
              (d)   Florida Power & Light (Docket No. 235)
              (e)   American Electric Power; Duke Power Company, Florida Power Company; Carolina Power & Light, Orlando Utilities Commission, Virginia Electric and Power Company and Tampa Electric Company (Docket No. 260)
              (f)   City of Ocala (Docket No. 931)
              (g)   Entergy (informal objection)

Status:   The objection of JEA has been overruled.

The objection of BellSouth has been continued indefinitely. The objections of Alabama Power, Florida Power Company and Carolina Power & Light are continued to June 16, 2005.

> The Debtors are in the process of negotiating stipulations resolving the objections of Entergy, Florida Power and Light and Tampa Electric Company. The Debtors have reached resolutions of the objections of Virginia Electric and Power Company and City of Ocala, which resolutions are currently subject to the notice procedures under the utility settlement procedures order dated May 19, 2005.
>
> The Debtors will proceed with the Motion and ask the Court to overrule the objection of American Electric Power, Duke Power Company and the Orlando Utilities Commission.

3.  *Debtors' Motion for Order Under 365(d) (4) Extending Time Within Which to Assume or Reject Leases (Docket No. 472)*

An Order was entered by this Court on May 6, 2005 ( Docket no. 1070), extending the Debtors' time to assume or reject until September 19, 2005. The Order continued the hearing with respect to (a) the Objection of Gardens Park Plaza (Docket No. 641) and (b) the Objection of North Madison Associates, Ltd. (Docket No. 1007).

Objection Deadline:    Expired.

Objections:    (a)   Gardens Park Plaza's Objection (Docket No. 641)
               (b)   North Madison Associates, Ltd.'s Objection (Docket No. 1007)

Status:   North Madison Associates has withdrawn its objection (Docket No. 1198).

> The Debtors and Gardens Park Plaza have agreed to continue the hearing on Gardens Park Plaza's Objection to the omnibus hearing scheduled for June 16, 2005.

4. *Application of Official Committee of Unsecured Creditors for Order Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital (Docket No. 562)*

Objection Deadline: Expired.

Objections: U.S. Trustee (Docket No. 1138)

Status: The Committee has informed the Debtors that it will proceed with the hearing on the Application. The Committee is working with the Debtors and the U.S. Trustee on the terms of the proposed order.

5. *Application of Official Committee of Unsecured Creditors to Retain Alvarez & Marsal (Docket No. 564)*

Objection Deadline: Expired.

Objections: U.S. Trustee (Docket No. 1137)

Status: The Committee has informed the Debtors that it will proceed with the hearing on the Application. The Committee is working with the Debtors and the U.S. Trustee on the terms of a proposed order.

6. *Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors (Docket No. 25)*

This Application was granted on an interim basis by Order of Judge Drain dated March 4, 2005 (Docket No. 258). The Application remains subject to final approval.

Objection Deadline: Expired.

Objections: U.S. Trustee (Docket No. 1147)

Status: The Debtors will proceed with the Application. The Debtors are working with the Committee and the U.S. Trustee on the terms of the proposed order.

    7.    *Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants (Docket No. 26)*

This Application was granted on an interim basis by Order of Judge Drain dated March 29, 2005 (Docket No. 546). The Application remains subject to final approval.

Objection Deadline:    Expired.

Objections:    U.S. Trustee (Docket No. 1145)

Status:    The Debtors will proceed with the Application. The Debtors are working with the Committee and the U.S. Trustee on the terms of a proposed order.

    8.    *Application for Authority to Retain DJM Asset Management, LLC and The Food Partners, LLC as Special Real Estate Consultants to the Debtors (Docket No. 1182)*

Objection Deadline:    May 26, 2005

Objections:    Committee (Docket No. 1494)

Status:    The Debtors will proceed with the Application.

Dated: June 1, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   s/ Cynthia C. Jackson<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>Co-Attorneys for Debtors | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Co-Attorneys for Debtors |

00495744