Fax(UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                              Chapter 11

WINN-DIXIE STORES, INC., et al.,                   Case No. 3:05-bk-03817-JAF

Debtors.                                            (Jointly Administered)

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Suzanne K. Weathermon, of the law firm of Lang & Baker, PLC, hereby designate as local attorney for creditor Heritage Mint, Ltd. in the above-styled case:

Andrew M. Brumby
Florida Bar No. 650080
Kathleen M. Krak
Florida Bar No. 045548

Dated this 27 day of May, 2005.

LANG & BAKER, PLC

By: _____
Kent A. Lang
Suzanne K. Weathermon
8233 Via Paseo del Norte, Suite C-100
Scottsdale, AZ 85258
(480) 947-1911
(fax) (480) 970-5034

## CONSENT TO ACT

I, Andrew M. Brumby, hereby consent to act as local counsel of record for creditor Heritage Mint, Ltd. in this case pursuant to Rule 2090-1, L.B.R.

Dated this 27 day of May, 2005.

SHUTTS & BOWEN LLP

By: _____
Andrew M. Brumby
Florida Bar No. 650080
300 S. Orange Ave., Suite 1000
Post Office Box 4956 (32802-4956)
Orlando, Florida 32801-5403
(407) 423-3200

Attorneys for Heritage Mint, L.L.C.

## CONSENT TO ACT

I, Andrew M. Brumby, hereby consent to act as local counsel of record for creditor Heritage Mint, Ltd. in this case pursuant to Rule 2090-1, L.B.R.

Dated this \_\_1\_\_ day of \_\_June\_\_, 2005.

SHUTTS & BOWEN LLP

By: _____
Andrew M. Brumby
Florida Bar No. 650080
300 S. Orange Ave., Suite 1000
Post Office Box 4956 (32802-4956)
Orlando, Florida 32801-5403
(407) 423-3200

Attorneys for Heritage Mint, L.L.C.

2

## CERTIFICATE OF SERVICE

This is to certify that on this ___ day of _June_ 2005, I have served a copy of the foregoing document on the parties set forth below by U.S. Mail, postage prepaid thereon, to be delivered to their last known addresses:

Adam S. Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hally & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Andrew M. Brumby

ORLDOCS 10323073 1