UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------------------------------- x

In re                                                         :    Chapter 11

WYNN-DIXIE STORES, INC., et al.,                              :    Case No. 05-03817-3F1

    Debtor.                                                  :    **AFFIDAVIT OF SERVICE**

------------------------------------------------------------- x

ORIGINAL
JACKSONVILLE, FLORIDA
MAY 27 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK)

    Pamela Kalski, being duly sworn, deposes and says:

    I am not a party to this action and am over 18 years of age. I reside at 364 West 53rd Street, Apt. 2R, New York, NY 10019.

    On May 20, 2005, I caused copies of the within ORDER AUTHORIZING (I) RETROACTIVE REJECTION OF CERTAIN REAL PROPERTY LEASES AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTIES and WITH COVER LETTER to be served by Regular First Class Mail, on the parties listed on the attached service list.

                                                _____
                                                Pamela Kalski

Sworn to before me this
25th day of May, 2005

_____
        Notary Public

MARNI WEISS
Notary Public, State of New York
No. 02WE6098577
Qualified in New York County
Commission Expires September 15, 2007

BRMFS1 588486v1

# SERVICE LIST

Jim Bravyak
General Electric Capital Corporation
201 Merritt 7, P.O. Box 5201
Norwalk, CT 06856

Charles Chiodo
General Electric Capital Corporation
201 Merritt 7, P.O. Box 5201
Norwalk, CT 06856

Chris Craig
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Susanna Profis
CIT/Bus.Cr./Retail
1211 Avenue of the Americas,
21st Floor
New York, NY 10036

Eugene Urman
CIT/Bus.Cr./Retail
1211 Avenue of the Americas,
21st Floor
New York, NY 10036

Christine Scott
Bank of America, Retail Finance Group
40 Broad Street
Boston, MA 02109

Mike Gunaan
Bank of America, Retail Finance Group
40 Broad Street
Boston, MA 02109

Timothy A. Clarke
Bank of America
200 Glastonbury Blvd.
Glastonbury, CT 06033

Kelly Gordon
Merrill Lynch Capital, a division of Merrill
Lynch Business Financial Services, Inc.
225 Liberty Street, 5th Floor
New York, NY 10281

Thomas Bukowski
Merrill Lynch Capital, a division of Merrill
Lynch Business Financial Services, Inc.
225 Liberty Street, 5th Floor
New York, NY 10281

Lowell Citron
Loeb & Loeb
345 Park Avenue
New York, NY 10154-0037

Bob Brandow
Director
GMAC Commercial Finance LLC
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104

William Fitzgerald
Director
GMAC Commercial Finance LLC
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104

Scott Yablonowitz
GMAC Commercial Finance LLC
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104

Patrick McCormack
Wells Fargo Foothill, LLC
2450 Colorado Avenue, Suite 3000 West
Santa Monica, CA 90404

Krista Wade
Wells Fargo Foothill, LLC
2450 Colorado Avenue, Suite 3000 West
Santa Monica, CA 90404

Daniel O'Rourke
LaSalle Business Credit LLC
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184

Mark Twomey
LaSalle Business Credit LLC
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184

Donald Rothman
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Julia Fuentes
Westernbank World Plaza, Suite 600
Hato Rey, P.R. 00918

Ronald Rosenbaum
414 Munoz Rivera Ave., Suite 700
Hato Rey, P.R. 00918

Tom Buda
National City Business Credit, Inc.
1965 E. 6th Street, Locator 01-3049
Cleveland, OH 44114

Dennis Snyder
National City Business Credit, Inc.
1965 E. 6th Street, Locator 01-3049
Cleveland, OH 44114

Katherine D. Brandt
One Chase Manhattan Plaza, 58th Floor
New York, NY 10005-1401

Alfred Scoyini
UBS AG, Stamford Branch
677 Washinton Blvd.
Stamford, CT 06901

Wilfred Saint
Alfred Scoyini
UBS AG, Stamford Branch
677 Washinton Blvd.
Stamford, CT 06901

Raymond Kupiec
PNC Bank National Association
5200 Town Center Circle, Suite 302
Boca Raton, FL 33486

BRMFS1 588486v1

Stephanie O'Madigan
PNC Bank National Association
5200 Town Center Circle, Suite 302
Boca Raton, FL 33486

Moore & VanAllen
Bank of America Corp. Tower
100 North Tryon St., Suite 4700
Charlotte, North Carolina 28202-400

Kevin Rogers
AmSouth Bank
399 Lexington Ave., 4th Floor
New York, NY 10022

Don Schwartz
AmSouth Bank
399 Lexington Ave., 4th Floor
New York, NY 10022

Bradford Mitch
Webster Business Credit
One State Street, 7th Floor
New York, NY 10004

Chris Hill
Webster Business Credit
One State Street, 7th Floor
New York, NY 10004

Craig Thaler
Webster Business Credit
One State Street, 7th Floor
New York, NY 10004

Larry Garni
Israel Discount Bank of New York
511 Fifth Avenue
New York, NY 10017

Mark P. Reiner
Israel Discount Bank of New York
511 Fifth Avenue
New York, NY 10017

Ted Itzkowitz
511 Fifth Avenue
New York, NY 10017

Marta Miller
RZB Finance LLC
74 Grassy Plain Street
Bethel, CT 08601

Tom Flynn
RZB Finance LLC
1133 Avenue of the Americas, 16th Floor
New York, NY 10036

Steve Fahringer
Sovereign Bank
1500 Market Street, 25th Floor
Philadelphia, PA 19102

Rosetta Packer
McCarter & English LLP
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA 19103

Paul Judicke
Erste Bank
280 Park Avenue
32nd Floor, West Building
New York, NY 10017

Kirsten M. Ulich
Senior Debt Portfolio
c/o Boston Management and Research
255 State Street, 6th Floor
Boston, MA 02109

Mr. Craig Mills
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Steven LaVeille
Eaton Vance Management
255 State Street, 6th Floor
Boston, MA 02109

Greg Myers
CDO Trust Services
LaSalle Bank N.A.
135 South LaSalle Street, Suite 1625
Chicago, IL 60603

Michael Nichol
Marathon Assett Management, LLC
461 Fifth Avenue, 11th Floor
New York, NY 1001

Paul Gee
State of California Public Employees
Retirement System
400 P Street, Suite 3492
Sacramento, CA 95814

Mike Claybar
Paul Gee
State of California Public Employees
Retirement System
400 P Street, Suite 3492
Sacramento, CA 95814

Annabet Morris
Banc of America Securities LLC
214 North Tryon Street
Charlotte, NC 28255

Anthony Martucci
Marathon Assett Management, LLC
461 Fifth Avenue, 10th Floor
New York, NY 1001

Wachovia Bank, National Association,
as the Administrative Agent
110 East Broward Boulevard
Fort Lauderdale, FL 333301
Attention: Kerry Maxwell

Wachovia Capital Markets, LLC,
as Arranger
301 South College Street, DC-5
Charlotte, NC 28288
Attention: Kim Quinn

BRMFS1 588486v1

# BR⬢WN RAYSMAN

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER** LLP

Michael V. Blumenthal
partner
212-895-2634
mblumenthal@brownraysman.com

May 20, 2005

Parties on the Attached Service List

    Re:    In re Wynn-Dixie Stores, Inc., et al., United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No. 05-03817-3F1

To the Parties on the Attached Service List:

    This firm is counsel to SAM Development Associates, LLC ("SAM"), former landlord to the Debtor in the above references case concerning the premises at 3901 North Kings Highway, Myrtle Beach, S.C. 29577, and sometimes referred to as Store No. 2109 (the "Premises").

    By Order (the "Order") of the Bankruptcy Court dated May 19, 2005, the Debtor rejected its lease for the Premises and abandoned the contents thereof (the "Abandoned Property"). A copy of the Order is annexed hereto.

    Pursuant to the Order, on 15 (fifteen) days written notice to any party the Debtor identifies which may have an interest in the Abandoned Property, SAM may dispose of the Abandoned Property as it deems fit if the Abandoned Property is not removed from the Premises within such fifteen (15) days.

    You have been identified by the Debtor as an entity, or counsel for an entity, that may have an interest in the Abandoned Property. Accordingly, be advised that if you claim an interest in the Abandoned Property, you have 15 (fifteen) days from the date of this correspondence to remove the Abandoned Property from the Premises. Failure to do so will result in SAM disposing of the Abandoned Property as it deems fit in accordance with the Order.

Very truly yours,

Michael V. Blumenthal

Enclosures

MVB:pk

BRMFS1 586963v1

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP  900 THIRD AVENUE  NEW YORK NY 10022  T 212-895-2000  F 212-895-2900  brownraysman.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER AUTHORIZING (I) RETROACTIVE REJECTION
OF CERTAIN REAL PROPERTY LEASES AND (II) ABANDONMENT OF
RELATED PERSONAL PROPERTY

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing and approving the rejection by the Debtors effective retroactively of the unexpired non-residential real property leases listed on Exhibit A to the motion (the "Motion"). Prior to the hearing on the Motion, the Debtors notified the Court that they had determined that the rejection of the lease governing store number 817 in Wilmington, North Carolina was not at this time in the best interests of the Debtors' estates and, thus, they had removed such lease from the leases originally sought to be rejected by the Motion. The Debtors further notified the Court that the unexpired non-residential real property leases sought to be rejected by the Motion now consisted only of those leases set forth on Exhibit A to this Order (collectively, the "Leases"). The Court has reviewed the Motion, considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given,

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a), and each Lease is deemed rejected, effective as of the earlier of (a) the date upon which the Debtors provide notice of termination to the landlord party to the Lease and tender possession of the premises to such landlord and (b) the date of entry of an order approving the rejection; provided, however, that the Lease with respect to store number 2109 is deemed rejected effective as of May 11, 2005.

3. Any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. Any landlord who seeks to dispose of any such abandoned property shall provide fifteen days written notice of such intent to any party who the Debtors advise is likely to have an interest in such property. Unless such interested party removes the property from the premises within such fifteen-day period, or within a longer period that is established by written agreement among the parties, the landlord under the Lease shall be entitled to dispose of the abandoned property as it deems fit.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

2

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated May __19__, 2005 in Jacksonville, Florida.

                                         Jerry A. Funk
                                         United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 559 | HWY 90 & LLOYD STREET<br>Crestview, FL 32536 | Sun West N.C. Iii Partners Limited Partnership |
| 625 | 4536 HIGHWAY 70<br>Bradenton, FL 34203 | August Urbanek Ivest. |
| 826 | 2509 N. HERITAGE STREET<br>Kinston, NC 28501 | Heritage Crossing Associates, Lp |
| 886 | 813 E BLVD<br>Williamston, NC 27892 | Roanote Landing Limited Partnership |
| 942-BL | 12450 GAYTON ROAD<br>Richmond, VA 23233 | Dpj Company Limited |
| 942-GL | 12450 GAYTON ROAD<br>Richmond, VA 23233 | Dpj Company Limited |
| 950 | 351 NORTH COLLEGE DRIVE<br>Franklin, VA 23851 | W. D. Of Virginia, Inc. |
| 959 | 5260 OAKLAWN BLVD<br>Hopewell, VA 23860 | George D. Zarnias |
| 963 | 4920 GREENSBORO ROAD<br>Ridgeway, VA 24148 | Sheffield Estates, Inc. |
| 983 | 1255 FRANKLIN STREET<br>Rocky Mount, VA 24151 | W-D Rocky Mount,Va Partners,Llc |
| 1611 | 1651 PARIS PIKE<br>Georgetown, KY 40324 | The Deerfield Company |
| 1704 | 1065 READING ROAD<br>Mason, OH 45040 | Mason Shopping Center Partnership |
| 1758 | 1535 WEST GALBRAITH ROAD<br>Cincinnati, OH 45231 | Wiedemann Square,Llc |
| 1764 | 2220 WAYCROSS ROAD<br>Cincinnati, OH 45240 | Civic Center Station,Ltd. |
| 1776 | 1967 DIXIE HIGHWAY<br>Ft. Wright, KY 41011 | Tappen Properties Lp |
| 2109 | 3901 N KINGS HWY<br>Myrtle Beach, SC 29577 | Sam Development Associates Llc |
| 2115 | 124 S CASHUA DRIVE<br>Florence, SC 29501 | Florence Marketplace Investors, Llc |
| 2116 | 1611 S. IRBY STREET<br>Florence, SC 29505 | Carolina Enterprises,Inc |
| 2124-BL | HWY 501 16TH AVE<br>Conway, SC 29526 | Ccp Employee Profit Sharing Plan |
| 2124-GL | HWY 501 16TH AVE<br>Conway, SC 29526 | Ccp Employee Profit Sharing Plan |
| 2146 | 139 WESTFIELD DR.<br>Hartsville, SC 29550 | Hazel Park Associates |
| 2537 | 944 EAST STATE ROAD 436<br>Casselberry, FL 32730 | Casselsquare Llc |
| 9093 | 210 Century Drive<br>Bartow, FL 33830 | Zurich Structured Finance |

Jim Bravyak
General Electric Capital Corporation
201 Merritt 7, P.O. Box 5201
Norwalk, CT 06856
203-956-4413
203-956-4002

Charles Chiodo
General Electric Capital Corporation
201 Merritt 7, P.O. Box 5201
Norwalk, CT 06856
203-956-4598
203-956-4002

Chris Craig
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901
203-961-7496
203-674-7696

Susanna Profis
CIT/Bus.Cr./Retail
1211 Avenue of the Americas, 21st Floor
New York, NY 10036
212-382-6898
212-536-9379

Eugene Urman
CIT/Bus.Cr./Retail
1211 Avenue of the Americas, 21st Floor
New York, NY 10036
212-790-9120
212-536-9379

Christine Scott
Bank of America, Retail Finance Group
40 Broad St.
Boston, MA 02109
617-434-4078
617-434-4312

Mike Gunaan
Bank of America, Retail Finance Group
40 Broad St.
Boston, MA 02109
617-434-4112
617-434-4312

2

Timothy A. Clarke
Bank of America
200 Glastonbury Blvd.
Glastonbury, CT 06033
860-757-7717
860-657-7791

Kelly Gordon
Merrill Lynch Capital, a division of
  Merrill Lynch Business Financial Services Inc.
225 Liberty Street, 5th Floor
New York, NY 10281
212-236-5664
212-236-0048

Thomas Bukowski
Merrill Lynch Capital, a division of
  Merrill Lynch Business Financial Services Inc.
225 Liberty Street, 5th Floor
New York, NY 10281
212-236-4500
212-236-0048

Lowell Citron
Loeb & Loeb
345 Park Avenue
New York, NY 10154-0037
212-407-4102
212-407-4990

Bob Brandow
Director
GMAC Commercial Finance LLC
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104
212-884-7190
212-884-7692

William Fitzgerald
Director
GMAC Commercial Finance LLC
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104
212-884-7068
212-884-7692

2

Scott Yablonowitz
GMAC Commercial Finance LLC
1290 Avenue of the Americas, 3rd Floor
New York, NY 10104
212-884-7187
212-884-7693

Patrick McCormack
Wells Fargo Foothill, LLC
2450 Colorado Avenue, Suite 3000 West
Santa Monica, CA 90404
310-453-7257
310-453-7446

Krista Wade
Wells Fargo Foothill, LLC
2450 Colorado Avenue, Suite 3000 West
Santa Monica, CA 90404
310-453-7274
310-453-7446

Daniel O'Rourke
LaSalle Business Credit LLC
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184
781-353-6126
781-353-6101

Mark Twomey
LaSalle Business Credit LLC
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184
781-353-6120
781-353-6101

Donald Rothman
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
617-880-3556

Julia Fuentes
Westernbank World Plaza, Suite 600
Hato Rey, P.R. 00918
787-759-6560
787-751-7501

3

Ronald Rosenbaum
414 Munoz Rivero Ave., Suite 700
Hato Rey, P.R. 00918
787-274-5444
787-274-5442

Tom Buda
National City Business Credit, Inc.
1965 E. 6th Street, Locator 01-3049
Cleveland, OH 44114
216-222-2577
216-222-9555

Dennis Snyder
National City Business Credit, Inc.
1965 E. 6th Street, Locator 01-3049
Cleveland, OH 44114
216-222-3653
216-222-9555

Katherine D. Brandt
One Chase Manhattan Plaza, 58th Floor
New York, NY 10005-1401
212-908-3915

Alfred Scoyni
UBS AG, Stamford Branch
677 Washington Blvd.
Stamford, CT 06901
203-719-5208
203-719-5259

Wilfred Saint
UBS AG, Stamford Branch
677 Washington Blvd.
Stamford, CT 06901
203-719-4330
203-719-3888

Raymond Kupiec
PNC Bank National Association
5200 Town Center Circle, Suite 302
Boca Raton, FL 33486
561-367-1700 ext. 223
561-367-1020

Stephanie O'Madigan
PNC Bank National Association
201 S. Tryon Street, Suite 900
Charlotte, NC 28202
704-342-8411
704-342-8450

Moore & Van Allen
Bank of America Corp. Tower
100 North Tryon St.
704-331-1068
704-331-1159

Kevin Rogers
AmSouth Bank
399 Lexington Ave., 45th Floor
New York, NY 10022
212-935-2237
212-935-7458

Don Schwartz
AmSouth Bank
399 Lexington Ave., 45th Floor
New York, NY 10022
212-935-6838
212-935-7458

Bradford Mitch
Webster Business Credit
One State Street, 7th Floor
New York, NY 10004
212-806-4523
212-806-4530

Chris Hill
Webster Business Credit
One State Street, 7th Floor
New York, NY 10004
212-806-4517
212-806-4530

Craig Thaler
Webster Business Credit
One State Street, 7th Floor
New York, NY 10004
212-806-4504
212-806-4540

5

Larry Garni
Israel Discount Bank of New York
511 Fifth Avenue
New York, NY 10017
212-551-8829
212-986-4786

Mark P. Reiner
Israel Discount Bank of New York
511 Fifth Avenue
New York, NY 10017
212-551-8552
212-986-4786

Ted Itzkowitz
511 Fifth Avenue
New York, NY 10017
212-551-8902
212-551-8916

Marta Miller
RZB Finance LLC
74 Grassy Plain Street
Bethel, CT 08601
203-207-7752
203-944-6891

Tom Flynn
RZB Finance LLC
1133 Avenue of the Americas, 16th Floor
New York, NY 10036
212-845-8357
212-944-2093

Steve Fahringer
Sovereign Bank
1500 Market Street, 25th Floor
Philadelphia, PA 19102
267-675-4910
215-568-9587

Rosetta Packer
McCansten & English, LLP
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA 19103

215-979-3800
215-979-3899

Paul Judicke
Erste Bank
280 Park Avenue
32nd Floor, West Building
New York, NY  10017
212-984-5634
212-984-5627

Kirsten M. Ulich
Senior Debt Portfolio
c/o Boston Management and Research
255 State Street, 6th Floor
Boston, MA  02109
617-598-8115
617-695-9594

Mr. Craig Mills
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110
617-345-1219
617-345-1300

Steven LaVeille
Eaton Vance Management
255 State Street, 6th Floor
Boston, MA  02109
617-598-8089

Greg Myers
CDO Trust Services
LaSalle Bank N.A.
135 South LaSalle Street, Suite 1625
Chicago, IL  60603
312-904-0283
312-602-3754

Michael Nichol
Marathon Asset Management, LLC
461 Fifth Avenue, 11th Street
New York, NY  10017
212-381-4456

Paul Gee
State of California Public
  Employees Retirement System
400 P Street, Suite 3492
Sacramento, CA 95814
916-795-2317
916-795-3330

Mike Claybar
State of California Public
  Employees Retirement System
400 P Street, Suite 3492
Sacramento, CA 95814
916-795-3396
916-795-3330

Annabet Morris
Banc of America Securities LLC
214 North Tryon Street
Charlotte, NC 28255
704-387-1939
704-388-0648

Anthony Martucci
Marathon Asset Management, LLC
461 Fifth Avenue, 10th Floor
New York, NY 10017
212-381-4455
212-381-4498

WACHOVIA BANK, NATIONAL ASSOCIATION,
        as the Administrative Agent,
    Address:      110 East Broward Boulevard
            Fort Lauderdale, Florida 33301
    Facsimile No.: (954) 467-5520
    Attention: Kerry Maxwell

WACHOVIA CAPITAL MARKETS, LLC, as Arranger
    Address:     One Wachovia Bank Center
            301 South College Street, DC-5
            Charlotte, North Carolina 28288
    Facsimile No: (704) 383-7611
    Attention: Kim Quinn

8