ANGEL & FRANKEL, P.C.
Former Attorneys for Liberty Mutual Insurance Company
460 Park Avenue
New York, NY 10022-1906
(212) 752-8000
Laurence May, Esq. (LM-9714)
Rick A. Steinberg, Esq. (RS-7396)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 3-05-BK-3817 |
| Debtors. | (Jointly Administered) |

-------------------------------------------------x

**FILED**
JACKSONVILLE, FLORIDA
MAY 31 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## WITHDRAWAL OF NOTICE OF APPEARANCE AND WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Angel & Frankel, P.C. hereby withdraws its appearance as counsel for Liberty Mutual Insurance Company in the above-captioned bankruptcy cases and requests that it be removed from the electronic and mail service list and receive no further notices or service of papers in the cases.

Dated: New York, New York
       May 27, 2005

Respectfully submitted,

ANGEL & FRANKEL, P.C.
Former Attorneys for Liberty Mutual Insurance Company

By: _____
    Laurence May, Esq. (LM-9714)
    Rick A. Steinberg, Esq. (RS-7396)
460 Park Avenue
New York, NY 10022-1906
(212) 752-8000

80711_1 MS Word

**ANGEL & FRANKEL, P.C.**
ATTORNEYS AT LAW

460 PARK AVENUE
NEW YORK, NEW YORK 10022-1906

TEL: (212) 752-8000
FAX: (212) 752-8393

WRITER'S DIRECT E-MAIL
rsteinberg@angelfrankel.com

JOSHUA J. ANGEL
JOHN H. DRUCKER
LAURENCE MAY
JEFFREY K. CYMBLER*
NEIL Y. SIEGEL**
LEONARD H. GERSON
RICK A. STEINBERG***
ROCHELLE R. WEISBURG
FREDERICK E. SCHMIDT****
SETH F. KORNBLUTH
MICHELE E. COSENZA*

*ALSO ADMITTED IN DC
**ALSO ADMITTED IN PA AND CT
***ALSO ADMITTED IN NJ AND PA
****ALSO ADMITTED IN CT

BRUCE FRANKEL (1949-2003)

May 27, 2005

OF COUNSEL
BONNIE L. POLLACK

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
MAY 31 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Clerk
United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

    Re: Winn-Dixie Stores, Inc., et al.
      <u>Case No. 3-05-BK-3817</u>

Dear Sir/Madam:

  Enclosed please find a Withdrawal of Notice of Appearance by Angel & Frankel, P.C., former attorneys for Liberty Mutual Insurance Company, creditor in the above referenced matters, with an original signature of former counsel for Liberty Mutual Insurance Company. Please remove Laurence May and Rick A. Steinberg of Angel & Frankel, P.C. from the mail and electronic service list. Liberty Mutual Insurance Company has obtained substitute counsel in the matter. If you require any further action to remove Angel & Frankel, P.C. from the electronic and mail service lists, please contact me accordingly. Thank you.

           Very truly yours,

           ANGEL & FRANKEL, P.C.

           Rick A. Steinberg

RAS:ga

w/enc.

80838_1