BRENNER KAPROSY, L.L.P.
50 East Washington Street
Chagrin Falls, Ohio 44022-3032
Tel: 440-247-5555
Fax: 440-247-5551
T. David Mitchell, Of Counsel
(OH Bar No. 0042601)


IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F |
| WINN DIXIE STORES, et al., | *Chapter 11* |
| Debtors. | Jointly Administered |

_____

### MOTION FOR ADMISSION PRO HAC VICE

      T. David Mitchell, Of Counsel to the firm of Brenner Kaprosy, L.L.P., 50 East Washington Street, Chagrin Falls, Ohio 44022, (tel) 440-247-555, (fax) 440-247-5551, (e-mail) tdavidmitchell@msn.com, attorney for Turney Dunham Plaza Partners Limited Partnership, an Ohio limited liability partnership, respectfully moves this Honorable Court pursuant of LBR 2090-1(b), for admission *pro hac vice* to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division in the above-captioned proceeding.   The undersigned represents to the Court that he is a member in good standing of the bar of the highest court of the State of Ohio and is admitted to practice in the United States District Court for the Northern District of Ohio.

Dated: June 1, 2005                            Respectfully submitted,
      Chagrin Falls, Ohio


                                                          /s/ T. David Mitchell
                                                          T. David Mitchell, Of Counsel (0042601)
                                                          BRENNER KAPROSY, L.L.P.
                                                          50 East Washington Street
                                                          Chagrin Falls, Ohio 44022
                                                          440-247-5555
                                                          (fax) 440-247-5551
                                                          (e-mail) tdavidmitchell(cr~msn.com

                                                          Attorney for Turney Dunham Plaza Partners
                                                          Limited Partnership