UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

In re: Winn-Dixie Montgomery,
Inc - Trade Claims

Debtor.

Chapter 11
Case Nos.   05-03817

Claim No.   255807-12

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **MATWORKS DBA JANITEX RUG**   ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**PO BOX 30000**
**DEPT 5119**

**HARTFORD, CT 06150-5119**

2.   Please take notice of the transfer of $ **8,593.28** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $8,593.28 to:
**Madison Investment Trust - Series 3**   ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave. Suite 120**

**Overland Park, KS   66202**

No action is required if you do not object to the transfer of you claim.

Joe Wilde

Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Florida Middle Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

THE MATWORKS [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Montgomery, Inc - Trade Claims in the Florida Middle Bankruptcy Court, The case entitled In re Winn-Dixie Montgomery, Inc - Trade Claims, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 5/24/05

[NAME OF CLAIMANT] JANITER RUG SERVICE CORP, DBA THE MATWORKS
By: [signature]
(Signature of Claimant)

Print Name: BRIAN HOGAN

11900 OLD BALTIMORE PIKE
(Address)

BELTSVILLE, MD 20705
(Address)

52-0900592
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 101899813

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: Kristy Stark
(signature)
KRISTY STARK

05-25-05 A09:18 RCVD