U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| To: | From: |
|---|---|
| Wah Hong Go<br>12620 S.W. 113th Court<br>Miami, FL 33176<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL*<br>*(29 C.F.R. 1601.7(a))* | Miami District Office<br>Equal Employment Opportunity<br>One Biscayne Tower, Suite 2700<br>2 South Biscayne Boulevard<br>Miami, Florida 33131-1805 |

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 150-2003-01759 | David J. Smith, Investigator | (305) 536-4491 or (305) 536-7244 |

TO THE PERSON AGGRIEVED:

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

-- **NOTICE OF SUIT RIGHTS** --
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or Age Discrimination in Employment Act**: This will be the only notice of your right to sue that we will send you. You may pursue this matter further by bringing suit in federal or state court against the Respondent(s) named in the charge. **Your suit must be filed WITHIN 90 DAYS from your receipt of this Notice**. Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA)**: EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On Behalf of the Commission

MAR 1 0 2005

(Date Mailed)

Federico Costales, District Director

Enclosures
   Information sheet
   Copy of Charge

cc:  Winn-Dixie Stores, Inc.     Anthony F. Sanchez, P.A.
     c/o David C. Netzley II     169 E. Flagler Street, Suite 1500
     5050 Edgewood Court     Miami, FL 33131
     P.O. B
     Jacksonville, FL 32203-0297

EEOC Form 161-A (10/96)