UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING WAH HONG GO'S MOTION FOR RELIEF FROM STAY AND FOR LEAVE TO FILE A PROOF OF CLAIM AFTER THE ENTRY OF JUDGMENT ON STATE AND FEDERAL CIVIL RIGHTS CLAIMS**

This case is before the Court upon the Motion for Relief from the Stay and for Leave to File Proof of Claim After the Entry of Judgment on State and Federal Civil Rights Claims filed by Wah Hong Go (the "Movant"). Upon consideration, it is

ORDERED:

1. The Motion is granted as good cause exists to modify the stay to the extent provided herein.

2. The automatic stay is modified *nunc pro tunc* to March 10, 2005 for the purpose of allowing Movant to file, issue process, serve and litigate a civil action in federal or state court pursuant to the Notice of Right to Sue issued March 10, 2005 by the U.S. Equal Employment Opportunity Commission regarding Charge Number 150-2003-01759.

3. In the event Movant obtains a judgment, he may file a proof of claim within 30 days of the final judgment in his favor.

Dated this _____ day of _____, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to: