**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.: 3:05-BK-03817-JAF** |
| **WINN-DIXIE STORES, INC., et.al.,** | **Chapter 11** |
| **Debtor./** | |

**VERIFIED STATEMENT OF MARKOWITZ, DAVIS,**
**RINGEL & TRUSTY, P.A., PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, JERRY M. MARKOWITZ, ESQ., hereby state pursuant to 28 U.S.C. § 1746:

Markowitz, Davis, Ringel & Trusty, P.A. (the "Firm"), counsel to Zubi Advertising, Inc.; Vision Equipment & Auction Company; and A I C S Companies, creditors and parties in interest in this Chapter 11 case, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, representing as follows:

1.     Winn-Dixie Stores, Inc., et.al. (collectively, the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005, in the United States Bankruptcy Court, Southern District of New York and was jointly administered under USBC Case No. 05-11063 (RDD).

2.     On April 14, 2005 the Honorable Robert D. Drain entered an "Amended Order Transferring Venue of Debtor's bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division" (CP #739).

3.     The Firm currently represents the following creditors and parties in interest in the Chapter 11 case:

•     Zubi Advertising, Inc. ("Zubi");
•     Vision Equipment & Auction Company ("Vision"); and

•       A I C S Companies (hereinafter "AICS"); including Accurate Inventory and Calculating, Accurate Inventory and Calculation Services, and AICS.

4.      The Firm has fully advised each of the parties above with respect to their concurrent representation.  Each of the parties has consented to such representation and has request that the Firm represent them in this case.

5.      The Firm does not hold any claim against or own any interest in the Debtor, nor has it at any time held any such claim or owned any such interest.

I, JERRY M. MARKOWITZ, ESQ., declare under penalty of perjury that I have read the foregoing 2019 Statement and that it is true and correct to the best of my knowledge information and belief.

Dated: June 2, 2005

**MARKOWITZ, DAVIS, RINGEL & TRUSTY, P.A.**
*Attorneys for  Zubi Advertising, Inc.; Vision Equipment & Auction Company; and A I C S Companies*
9130 South Dadeland Boulevard
Two Datran Center, Suite 1225
Miami, Florida  33156-7849
Telephone: (305) 670-5000


By:____/s/_____
        JERRY M. MARKOWITZ
        (Florida Bar No.: 182420)
        RACHEL L. RUBIO
        (Florida Bar No.: 564559)