UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF JUNE 2, 2005

These cases came before the Court for hearing on June 2, 2005, upon the motion (Docket No. 1186) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit A (collectively, the "Contracts") effective as of June 2, 2005 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and each Contract is deemed rejected, effective as of June 2, 2005.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Contracts, whether or not related to the Contracts.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within the later of (a) 30 days after the date of entry of this Order or (b) the August 1, 2005 bar date established by the Court in these cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order. Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ___ day of June, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

00497693.DOC                                2

# EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors believe that certain of the Contracts may, in fact, be non-executory or expired, but have sought to reject them out of an abundance of caution. The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections pursuant to this Order apply only to the leases identified in this Exhibit A and do not apply to any other equipment leased pursuant to separate schedules or any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party/Store Number | Contract/Lease Description |
|---|---|---|
| ADT Security Services, Inc. | Store No. 534 | Alarm System |
| Buccaneers Limited Partnership | Winn-Dixie Stores, Inc. | Signage Agreement, dated January 10, 2003 |
| Certified Alarms | Store No. 1473 | Alarm System |
| Certified Alarms | Store No. 1586 | Alarm System |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 803 | Sensormatic/CCTV System Equipment Schedule No. 060-0006235-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 807 | Sensormatic/CCTV System Equipment Schedule No. 060-0006234-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 827 | Sensormatic/CCTV System Equipment Schedule No. 060-0009025-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 847 | Sensormatic/CCTV System Equipment Schedule No. 060-0009026-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 888 | Sensormatic/CCTV System Equipment Schedule No. 060-0001701-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2160 | Sensormatic/CCTV System Equipment Schedule No. 060-0008452-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 945 | Sensormatic/CCTV System Equipment Schedule No. 060-0009454-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 947 | Sensormatic/CCTV System Equipment Schedule No. 060-0009453-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2196 | Sensormatic/CCTV System Equipment Schedule No. 060-0006404-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 977 | Sensormatic/CCTV System Equipment Schedule No. 060-0001690-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 809 | Sensormatic/CCTV System Equipment Schedule No. 060-0009023-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 918 | Sensormatic/CCTV System Equipment Schedule No. 060-0008807-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 983 | Sensormatic/CCTV System Equipment Schedule No. 060-0006403-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 962 | Sensormatic/CCTV System Equipment Schedule No. 060-0006427-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 963 | Sensormatic/CCTV System Equipment Schedule No. 060-0006428-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 969 | Sensormatic/CCTV System Equipment Schedule No. 060-0006812-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1008 | Sensormatic/CCTV System Equipment Schedule No. 060-0008494-000 |

| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1076 | Sensormatic/CCTV System Equipment Schedule No. 060-0001688-000 |
|---|---|---|
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1077 | Sensormatic/CCTV System Equipment Schedule No. 060-0008453-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1234 | Sensormatic/CCTV System Equipment Schedule No. 060-0001703-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1238 | Sensormatic/CCTV System Equipment Schedule No. 060-0006914-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1243 | Sensormatic/CCTV System Equipment Schedule No. 060-0007085-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1270 | Sensormatic/CCTV System Equipment Schedule No. 060-0008549-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1284 | Sensormatic/CCTV System Equipment Schedule No. 060-0007132-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1289 | Sensormatic/CCTV System Equipment Schedule No. 060-0007016-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2015 | Sensormatic/CCTV System Equipment Schedule No. 060-0008493-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2020 | Sensormatic/CCTV System Equipment Schedule No. 060-0009763-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2045 | Sensormatic/CCTV System Equipment Schedule No. 060-0009024-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2049 | Sensormatic/CCTV System Equipment Schedule No. 060-0009793-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2061 | Sensormatic/CCTV System Equipment Schedule No. 060-0007830-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2062 | Sensormatic/CCTV System Equipment Schedule No. 060-0008492-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2091 | Sensormatic/CCTV System Equipment Schedule No. 060-0001700-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2096 | Sensormatic/CCTV System Equipment Schedule No. 060-0008733-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2112 | Sensormatic/CCTV System Equipment Schedule No. 060-0007833-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2116 | Sensormatic/CCTV System Equipment Schedule No. 060-0008588-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2124 | Sensormatic/CCTV System Equipment Schedule No. 060-0007160-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2146 | Sensormatic/CCTV System Equipment Schedule No. 060-0007131-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2174 | Sensormatic/CCTV System Equipment Schedule No. 060-0008734-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2025 | Sensormatic/CCTV System Equipment Schedule No. 060-0008062-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2069 | Sensormatic/CCTV System Equipment Schedule No. 060-0006158-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 851 | Sensormatic/CCTV System Equipment Schedule No. 060-0006159-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 237 | Sensormatic/CCTV System Equipment Schedule No. 060-0006160-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2017 | Sensormatic/CCTV System Equipment Schedule No. 060-0006161-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 883 | Sensormatic/CCTV System Equipment Schedule No. 060-0006162-000 |

| | | |
|---|---|---|
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 886 | Sensormatic/CCTV System Equipment Schedule No. 060-0006167-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 809 | Sensormatic/CCTV System Equipment Schedule No. 060-0006172-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 875 | Sensormatic/CCTV System Equipment Schedule No. 060-0006173-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 942 | Sensormatic/CCTV System Equipment Schedule No. 060-0006174-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2022 | Sensormatic/CCTV System Equipment Schedule No. 060-0006175-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1092 | Sensormatic/CCTV System Equipment Schedule No. 060-0005162 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1248 | Sensormatic/CCTV System Equipment Schedule No. 060-0007162 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1708 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-001 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1640 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-005 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1775 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-003 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1773 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-004 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1765 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-006 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1942 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1944 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1860 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 439 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 478 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 438 | CCTV Equipment Lease Agreement dated July 11, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 482 | CCTV Equipment Lease Agreement dated July 11, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1933 | CCTV Equipment Lease Agreement dated July 8, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1935 | CCTV Equipment Lease Agreement dated July 8, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1938 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1936 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Sprint Communications Company, L.P. | Winn-Dixie Stores, Inc. | Sprint Real Solutions Annual Plan Sales Agreement dated February 19, 2002 |
| Xerox Corporation | Winn-Dixie Stores, Inc. | Hardware Equipment Lease Doculink 5690 Serial No. G2T-100412 |

| Xerox Corporation | Winn-Dixie Stores, Inc. | Hardware Equipment Lease Doculink 5690 Serial No. G2T-102399 |