## UNITED STATES BANKRTUPCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NUMBER: 05-03817-3F1
Jointly Administered

IN RE:                                                                                            CHAPTER 11

WINN DIXIE STORES, INC., et al

    Debtor,

## MOTION FOR RELIEF FROM STAY

NOW COMES, SARRIA ENTERPRISES, INC., ("SARRIA"), by and through the undersigned counsel hereby moves this Court for Relief from Stay to commence eviction procedures with respect to Winn Dixie Store Number 237, Interplaza Shopping Center, Fort Lauderdale, Florida and in support thereof states:

    1.    SARRIA is the Landlord and WINN DIXIE is the Tenant pursuant to a Lease dated December 18, 1980 of the store located at the S.W. corner of 8th Street and 122nd Avenue in Miami-Dade County, Florida.

    2.    It is believed that the store is known to WINN DIXIE as store number 237.

    3.    The Lease, at Paragraph 37, requires WINN DIXIE to pay its portion of the real property taxes as levied against the Premises as additional rent.

    4.    On January 26, 2005, SARRIA notified WINN DIXIE that WINN DIXIE had not paid its pro rata portion of the tax liability with respect to the premises from the year 1999 through the end of the year 2004. Accordingly, the Landlord requested WINN

DIXIE make its additional rent payment in the total amount of $124,035.70. To the date of this Motion, WINN DIXIE has failed or refused to pay the additional rent.

    5.    SARRIA wishes the ability to avail itself to all remedies under the Lease and/or Florida Statute Section 83 et seq. as a result of WINN DIXIE's default.

    WHEREOFRE, it is respectfully requested that this Court grant relief from stay so as to allow the SARRIA to pursue its remedies, including but not limited to suit for damages and/or to recover possession of the Premises and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on this _ day of June, 2005 to: D.J. Baker. Sally McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP. Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

                        BURGER, TRAILOR & FARMER, PA
                        1601 Forum Place, Suite 404
                        West Palm Beach, FL 33401
                        Telephone Number: (561) 689-1663
                        Facsimile Number: (561) 689-1707

                        /s/ Alan M. Burger
                        Alan M. Burger, Esq.
                        Florida Bar Number: 833290


                        LAW OFFICE OF MICHAEL A. KAUFMAN
                        1601 Forum Place, Suite 404
                        West Palm Beach, FL 33401
                        (561) 478-2878 - Telephone
                        (561) 689-1707 - Fax

                        /s/ Michael A. Kaufman
                        Michael A. Kaufman, Esq.
                        Florida Bar No.: 0628042