

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 2, 2005
1:00 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

    Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors (993)

    Objection to Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors Filed by United States Trustee (1421)

    Response to and Objection to Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors filed by Debtor (1471)

    Objection to Motion by Richard Ehster and Others for Order, Under 11 U.S.C. Sections 1102(a)(2) and 1114(d), Directing Appointment of Additional Committee of Unsecured Creditors filed by Creditor's Committee (1469)

*under advisement*
*Ord/forthcoming*

**APPEARANCES:**
**US TRUSTEE:**     ELENA ESCAMILLA
**UNSEC. CRED:**    JOHN D. MACDONALD/JACOB A. BROWN
                    DENNIS DUNNE/MATTHEW S. BARR
**PLAN PARTICIPANTS:**  DAVID R. MCFARLIN

**RULING:**