**UNITED STATES BANKRTUPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

                                                    CASE NUMBER: 05-03817-3F1
                                                            Jointly Administered

IN RE:                                                CHAPTER 11

WINN DIXIE STORES, INC., et al

      Debtor,
_____

**AMENDED CERTIFICATE OF SERVICE**

      I, MICHAEL KAUFMAN, for SARRIA ENTERPRISES, INC., hereby certify that a copy of the MOTION FOR RELEIF FROM STAY has been served via electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on this 3rd day of June, 2005 to: D.J. Baker. Sally McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP. Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

                                                BURGER, TRAILOR & FARMER, PA
                                                1601 Forum Place, Suite 404
                                                West Palm Beach, FL 33401
                                                Telephone Number: (561) 689-1663
                                                Facsimile Number: (561) 689-1707

                                                /s/ Alan M. Burger
                                                Alan M. Burger, Esq.
                                                Florida Bar Number: 833290


                                                LAW OFFICE OF MICHAEL A. KAUFMAN
                                                1601 Forum Place, Suite 404
                                                West Palm Beach, FL 33401
                                                (561) 478-2878 - Telephone
                                                (561) 689-1707 - Fax

                                                /s/ Michael A. Kaufman
                                                Michael A. Kaufman, Esq.
                                                Florida Bar No.: 0628042