

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 2, 2005
1:00 P.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 1 of 2<br>Prior Pro<br>AOCNFN |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by Alabama Power (180)
Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by JEA (229)
Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by BellSouth (232)
Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by FL Power & Light (235)
Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by American Electric Power; Duke Power Company, Florida Power Co.; Carolina Power & Light, Orlando Utilities Commission, Virginia Electric and Power Co. and Tampa Electric Co. (260)
Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by City of Ocala (931)

*overruled w/o prejudice*
*Order ~~Busey~~ signed*

**APPEARANCES*:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR
             *Russell Johnson - P*

*Appearances continued on page 2

**RULING:**   Lester Therrel - P-W          Holly Felder/Allen P-W
             Sharon Berry - P-W
             Jason Roy P-W



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 2, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker


APPEARANCES CONTINUED:

| | |
|---|---|
| ALABAMA POWER: | ERIC T. RAY/EDWARD PETERSON |
| JEA & CITY/OCALA: | NINA M. LAFLEUR/RICHARD THAMES |
| BELLSOUTH: | REGINALD A. GREENE |
| FL POWER/LIGHT: | RACHEL BUDKE |
| TAMPA ELECTRIC: | RUSSELL R. JOHNSON, III |
| AMER. ELEC: | |
| DUKE POWER: | |
| CAROLINA POWER: | |
| ORLANDO UTIL: | |


APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR


RULING: