

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**         Thursday
**JACKSONVILLE**                        June 2, 2005
                                        1:00 P.M.

**PRO MEMO**

| | |
|---|---|
| **CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC. | |
| | Prior Pro |
| Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker | AOCNFN |

Motion For Order Under 11 U.S.C. Section 365(d)(4) Extending Time Within Which to Assume Or Reject Leases filed by Debtor (472)

Objection to Motion for Order Under 11 U.S.C. Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Leases filed by Gardens Park Plaza (641)

Cont
6-16

**APPEARANCES:**
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN D. MACDONALD/JACOB A. BROWN
                         DENNIS DUNNE/MATTHEW S. BARR

**GARDENS PARK PLAZA:**  MICHAEL BAKST

**RULING:**