

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 2, 2005
1:00 P.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Prior Pro |
|---|---|---|
| ₽ | | AOCNFN |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application Of Official Committee Of Unsecured Creditors For Order Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital (562)

Objection to Application of Official Committee of Unsecured Creditors to Employ Houlihan Lokey Howard & Zukin Capital filed by US Trustee (1138)

*granted*
*Ord / Busey*

APPEARANCES:         *mendel - ₽*
US TRUSTEE:          ELENA ESCAMILLA ₽
UNSEC. CRED:         JOHN D. MACDONALD/JACOB A. BROWN
                     DENNIS DUNNE/MATTHEW S. BARR

RULING: