# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-3817-JAF |
| WINN-DIXIE STORES, INC., *et al* | * | CHAPTER 11 CASE |
| DEBTORS | * | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

Pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request is hereby made that the following counsel be included on the general mailing matrix in the referenced case, and the cases of other Debtors whose cases are being jointly administered in the referenced case, as counsel for TUNICA VILLAGE PARTNERSHIP, a Louisiana partnership:

> Ralph E. Hood
> KIZER, HOOD & MORGAN, L.L.P.
> 2111 Quail Run Drive
> Baton Rouge, Louisiana 70808
> Telephone: 225-761-0001
> Fax: 225-761-0731
> Email: rhood@khmllp.com

for the purpose of receiving all notices, copies or pleadings required to served on parties in interest.

Dated: June 3, 2005

> s/ Ralph E. Hood
> Ralph E. Hood, Louisiana Bar No. 06984
> KIZER, HOOD & MORGAN, L.L.P.
> 2111 Quail Run Drive
> Baton Rouge, Louisiana 70808

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2005, a copy of the foregoing electronically filed Entry of Appearance and Request for Notices was served on the parties listed below by first-class mail, postage-prepaid.

Adam Ravin, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32201

U.S. Trustee . JAX
135 W. Central Blvd. Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 1005

John B. Macdonald
Akerman Senterfitt
50 North Laura St.
Suite 2500
Jacksonville, FL 32202

s/ Ralph E. Hood
Ralph E. Hood