

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 2, 2005
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Prior Pro
AOCNFN

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Official Committee of Unsecured Creditors to Retain Alvarez & Marsal, LLC (564)

Objection to Application of Official Committee of Unsecured Creditors to Employ Alvarez & Marsal, LLC Filed by US Trustee (1137)

Granted
Ord / Busey

APPEARANCES: Mandel - P
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

RULING: