

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 2, 2005
1:00 P.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Prior Pro |
|---|---|---|
| | | AOCN FN |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors filed by Debtor (25)

Objection to Debtors Application to Employ Blackstone Group, L.P. Filed by US Trustee (1147)

granted
Ord /Busey

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

RULING: