

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 2, 2005
1:00 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Prior Pro
AOCN FN

Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants filed by Debtor (26)

Objection to Debtors' Application To Employ XRoads Solutions Group, LLC, As Financial And Operations Restructuring Consultants Filed by US Trustee (1145)

granted
Ord (Busey)

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

**RULING:**