

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 2, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application for Authority to Retain DJM Asset Management, LLC and The Food Partners, LLC as Special Real Estate Consultants Filed by Debtors (1182)

Limited Objection to Application for Authority to Retain DJM Asset Management, LLC and The Food Partners, LLC as Special Real Estate Consultants Filed by Official Committee of Unsecured Creditors (1494)

Granted
Ord / Busey

Mendel - f

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN/PATRICK PATANGAN
             DENNIS DUNNE/MATTHEW S. BARR

**RULING:**