UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| | * | |
| IN THE MATTER OF: | * | Chapter 11 |
| | * | CASE NUMBER: 3-05-bk-3817 |
| WINN DIXIE STORES, INC., | * | |
| | * | |
| Debtor. | * | |

## MOTION TO LIFT STAY

Comes now Bobbie Edwards, by and through their attorney, Albert H. Adams, Jr. and moves this Honorable Court to lift the automatic stay imposed by 11 U.S.C. §362 (a) and shows as follows:

1.      On or about October 29, 2004, Bobbie Edwards was struck by a rack and suffered serious personal injuries while shopping in Winn-Dixie Store #478 located in Eufaula, AL.

2.      The petitioner, Bobbie Edwards, is contemplating filing a civil action in the Circuit Court of Barbour County, Alabama, Eufaula Division seeking damages for negligence and wantonness for the injuries received while on the debtor's premises.

3.      The petitioner's claim is disputed, contingent and unliquidated.

4.      The debtor, Winn-Dixie, has available insurance from which the petitioner stipulates and agrees to limit any potential recovery to the available insurance proceeds.

5.      The injury occurred in Winn-Dixie Store #478 in Eufaula, Alabama and all witnesses to the petitioner's accident are located in Eufaula, Barbour County, Alabama. All evidence is located in Eufaula, Barbour County, Alabama.  In the interest in judicial economy and convenience this claim should be litigated in the Circuit Court of Barbour County, Alabama.

WHEREFORE, the petitioner, Bobbie Edwards prays that this Honorable Court will lift

its automatic stay and allow the petitioner to prosecute her claim against the debtor, Winn-Dixie

Stores, Inc. in the Circuit Court of Barbour County, Alabama, Eufaula Division for the sole

purpose of liquidating this claim. The petitioner, further stipulates and agrees to limit any potential

recovery to the amount of available insurance proceeds.

      Respectfully submitted this 3rd day of June, 2005.


          **/s/  Albert H. Adams, Jr.**
          Albert H. Adams, Jr.  (ADA 058)
          PO Box 910
          Eufaula, AL  36072-0910
          334-687-6672
          irbylawfirm@bellsouth.net