**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

| | |
|---|---|
| IN RE ) | |
| ) | **Chapter 11** |
| WINN-DIXIE STORES, Inc., et al. ) | |
| ) | **Case No. 3:05-bk-03817-JAF** |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**TO BE PLACED ON SERVICE LIST**

McGuireWoods LLP of Richmond, Virginia, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), hereby notes its appearance on behalf of CSX Transportation, Inc. and requests that copies of all notices, pleadings and papers in this bankruptcy case, including, without limitation, any and all notices and pleadings required to be served under Federal Rule of Bankruptcy Procedure 2002, be mailed or otherwise served on it at the following address which should be added to the service list in this bankruptcy case:

> John H. Maddock III (VSB No. 41044)
> McGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219-4030
> jmaddock@mcguirewoods.com
>
> - and -
>
> Charles L.Gibbs II (Fla. Bar No. 0736651)
> MCGUIREWOODS LLP
> Bank of America Tower
> 50 North Laura Street
> Suite 3300
> Jacksonsville, Florida  32202-3661
> cgibbs@mcguirewoods.com

Respectfully Submitted,

/s/ Charles L. Gibbs II
Charles L.Gibbs II
Fla. Bar No. 0736651
MCGUIREWOODS LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, Florida  32202
Tel: (904) 798-3200
Fax: (904) 798-3207
cgibbs@mcguirewoods.com

 -and-

John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219-4030
Tel: (804) 775-1000
Fax: (804) 698-2186
jmaddock@mcguirewoods.com

Counsel to CSX Transportation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was mailed to each of the following this 3rd day of June, 2005.

>Adam Ravin
>Skadden Arps Slate Meagher & Flom, LLP
>Four Times Square
>New York, NY 10036
>
>Cynthia C. Jackson
>Smith Hulsey & Busey
>225 Water Street, Suite 1800
>Jacksonville, FL 32201
>
>Elena L. Escamilla
>135 W. Central Blvd., Ste. 620
>Orlando, FL 32806
>
>Dennis F. Dunne
>Milbank, Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, NY 10005
>
>John B. Macdonald
>Akerman Senterfitt
>50 North Laura Street
>Suite 2500
>Jacksonville, FL 32202
>
>/s/ Charles L. Gibbs II
>Attorney

\\FIN\245228.2