UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,      )         Case No. 05-03817-3F1
                                                           )         Chapter 11
          Debtors.                               )         Jointly Administered


**CERTIFICATE OF SERVICE WITH RESPECT TO SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF ORDINARY COURSE PROFESSIONALS INCLUDED IN THE SECOND SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

I certify that, on May 26, 2005, I caused to be served the Submission of Completed Retention Questionnaires of Ordinary Course Professionals Included in the Second Supplement to Exhibit A Pursuant to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, by having true and correct copies sent via first-class mail, postage pre-paid to the parties listed below:

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com

Dated: June 3, 2005

SMITH HULSEY & BUSEY

By  *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors