UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE, INC., et al.

Debtors.

_____/

Chapter 11

Case No. 05-03817-8F1

Jointly Administered

**LIMITED OBJECTION OF MARJON SPECIALTY FOODS, INC.
TO DEBTORS' REPORT REGARDING CLAIMS UNDER
THE PERISHABLE AGRICULTURAL COMMODITIES ACT**

Creditor, Marjon Specialty Foods, Inc. ("Marjon"), by and through its undersigned counsel, hereby files its Limited Objection to Debtors' Report Regarding Claims under the Perishable Agricultural Commodities Act (the "Limited Objection") and states:

1. The Debtors filed their voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code on February 21, 2005, in the Southern District of New York. Venue of these cases, jointly administered, was transferred to the Middle District of Florida, Jacksonville Division on April 13, 2005.

2. Debtors filed their Report Regarding Claims Under the Perishable Agricultural Commodities Act (the "Report") [Docket No. 1079] on or about May 6, 2005, pursuant to the procedures set forth in the Final Order Granting the Debtors Authority to Pay Prepetition Claims Arising Under the Perishable Agricultural Commodities Act, entered on March 22, 2005 [Docket No. 485].

3. In paragraph 7 (iii) of the Report, Debtors describe Marjon's claim under the Perishable Agricultural Commodities Act (the "PACA Claim") as being listed on

their Exhibit C and further state " . . . portions of the PACA Claim have not been reconciled at the time of the Report." The Report further states "The valid portions of these Claims will be paid within ten days of this Report." (Emphasis added.)

4. Debtor has paid the undisputed portion of Marjon's PACA Claim in the amount of $37,742.30 (the "Payment"). The parties continue to negotiate the portions of the PACA Claim which have not been reconciled.

5. Marjon files this Limited Objection in an abundance of caution to dispel any implication that its PACA Claim is fully reconciled by Debtors Payment and that any remaining portion of Marjon's PACA Claim in not valid under 7 U.S.C. §499e(c)(4).

/s/ Don M. Stichter
Don M. Stichter
Florida Bar No. 078280
Stichter Riedel Blain & Prosser, P.A.
110 East Madison St., Ste. 200
Tampa, FL   33602
813-229-0144
813-229-1811 (facsimile)
dstichter@srbp.com
Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing Limited Objection was furnished by electronic transmission to all parties on the electronic notice list of May 26, 2005, on June 3, 2005.

/s/ Don M. Stichter
Don M. Stichter
Florida Bar No. 078280