**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF**
**ORDINARY COURSE PROFESSIONALS INCLUDED IN THE FOURTH**
**SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER**
**AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing

Debtors to Retain and Compensate Professionals Used in the Ordinary Course of

Business (the "Order"),[2] a completed Questionnaire for the following Ordinary

Course Professional (which completed Questionnaire is attached hereto as the exhibit

indicated next to the name of such Ordinary Course Professional):

      1.      Vincent & Elkins L.L.P. (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of

the above referenced completed Questionnaire upon the United States Trustee,

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the

United States Trustee, the Committee and the DIP Lender shall have 20 days after

such service to object to the retention of any of the above referenced Ordinary Course

Professional.

Dated:  June 3, 2005

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM LLP

By ___*s/ D. J. Baker*_____               By ___*s/ Cynthia C. Jackson*_____
      D. J. Baker                           Stephen D. Busey
      Sally McDonald Henry                  James H. Post
      Rosalie Walker Gray                   Cynthia C. Jackson,
                 Florida Bar Number 498882
Four Times Square                            225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(212) 735-2000 (facsimile)                   (904) 359-7708 (facsimile)

Co-Attorneys for Debtors                     Co-Attorneys for Debtors

536034.02-New York Server 6A - MSW

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, Thomas Crichton, IV, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

   Vinson & Elkins L.L.P.

   2001 Ross Avenue, Suite 3700

   Dallas, TX  75201-2975

2.    Date of retention:    May 13, 2005.

3.    Type of services provided (accounting, legal, etc.):
   Legal services with respect to IRS audit examination of the consolidated federal
   income tax returns of Winn-Dixie Stores, Inc. and subsidiaries for federal
   income tax years ending 2000, 2001 & 2002 (the "Audit").

4.  Brief description of services to be provided:
    Legal assistance in connection with administrative proceedings and any
    necessary follow-on dispute resolution procedures resulting from the Audit.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    $385-$400

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: <u>None</u>

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: <u>See attached</u>

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: <u>None</u>

    No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  <u>See attached</u> _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  May 26, 2005

_____
Name:  Thomas Crichton, IV
Title:  Partner
Company:  Vinson & Elkins L.L.P.
Address:  2001 Ross Avenue, Suite 3700
           Dallas, Texas  75201-2975
Telephone:  (214) 220-7984
Facsimile:  (214) 999-7984

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

## ATTACHMENT TO RETENTION QUESTIONNAIRE
## FOR VINSON & ELKINS L.L.P.

With respect to questions 8 and 10 of the referenced Retention Questionnaire, we have canvassed all members, associates and professional employees of Vinson & Elkins L.L.P. in all of its worldwide offices. All responses to date have disavowed any individual holding of claims against or stock ownership in Winn-Dixie Stores, Inc., or any of its subsidiaries. In the event that we learn of any information inconsistent with the foregoing after the date hereof, this Questionnaire will be supplemented promptly.