UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**EIGHTH SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE
OF ORDINARY COURSE PROFESSIONALS PURSUANT TO THE ORDER
AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] a completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaires is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Wyatt, Tarrant & Combs (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated: June 3, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>     Stephen D. Busey <br>     James H. Post <br>     Cynthia C. Jackson, <br>     Florida Bar Number 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, David W. Seewer, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Wyatt, Tarrant & Combs, LLP
   PNC Plaza
   500 West Jefferson Street
   Louisville, Kentucky 40202-2898

2. Date of retention: _____

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Review mortgage documents for conformity with Kentucky law

5. Arrangements for compensation (hourly, contingent, etc.)

Questionnaire of: _____
(Name of Firm)

     Hourly

6. Average hourly rate (if applicable): $260.00 per hour
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

Unknown

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $0.00

Date claim arose: N/A

Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $0.00

Date claim arose: N/A

Source of claim: N/A

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: None

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: None

Status: _____

Kind of shares: _____

No. of shares: _____

-2-

Questionnaire of: _____
(Name of Firm)

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

Ther firm represents several creditors and claimants in the Winn-Dixie case.

Reclamation claims holders:

    Commonwealth Brands   -   Approximately $30,000.00

    Laura's Lean Beef   -   Approximately $7500.00

Real Estate Landlords:

    The Deerfield Company

    Teacher's Retirement System of the State of Kentucky

    Marshall Planing Mill, Incorporated

_____
_____
_____
_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____

_[signature]_

Name: _____
Title: _____
Company: _____
Address: _____
_____
Telephone: _____
Facsimile: _____