UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF
ORDINARY COURSE PROFESSIONALS INCLUDED IN THE THIRD
SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER
AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] completed Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires are attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Ray Quinney & Nebeker P.C. (Exhibit A)

2. Hanaway Ross, S.C. (Exhibit B)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated: June 3, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>     Stephen D. Busey <br>     James H. Post <br>     Cynthia C. Jackson, <br>     Florida Bar Number 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC, AND/OR ITS DEBTOR AFFILIATE ( the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, M. JOHN ASHTON, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Ray Quinney & Nebeker P.C.
   P. O. Box 45385
   Salt Lake City, Utah 84145-0385

2. Date of retention: May 4, 2005

3. Type of services provided (accounting, legal, etc.):

   Legal

Questionnaire of Ray Quinney & Nebeker P.C.

4. Brief description of services to be provided:

   Research and legal opinion for Dixon Realty Trust 1999-1

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly plus opinion fee

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $270.00

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ N/A

   Date claim arose:

   Source of claim:

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: 0

   No. of shares: 0

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

2

Questionnaire of Ray Quinney & Nebeker P.C.

Name: 0

Status: 0

Kind of shares: 0

No. of shares: 0

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: June 1, 2005

M. John Ashton
Attorney
Ray Quinney & Nebeker
P. O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 246-5032
Facsimile: (801) 961-8495

3

**Exhibit B**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Bruce R. Bachhuber_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

    _Hanaway Ross, S.C._
    _345 S. Jefferson St._
    _Green Bay, WI 54301_

2. Date of retention: _Have not yet been officially retained._

Questionnaire of: __Hanaway Ross, S.C.__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   __Legal__

4. Brief description of services to be provided:

   __Assist Holland & Knight as needed in a case titled Win Dixie v. Schreiber Foods venued in the U.S. Dis. Ct. Eastern District of Wisconsin - Green Bay Division__

5. Arrangements for compensation (hourly, contingent, etc.)

   __Hourly rate $225/hr. Paralegal $95/hr.__

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   __N/A__

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ __None__

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: __None__

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

-2-

Questionnaire of: _Hanaway Ross, S.C._
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _None_

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _None_

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _None_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _5/25/05_

Name: _Bruce R. Bachhuber_
Title: _Attorney_
Company: _Hanaway Ross, S.C._
Address: _345 S. Jefferson St._
         _Green Bay, WI 54301_
Telephone: _920-432-3381_
Facsimile: _920-432-4037_