UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

       Jointly Administered

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Second Supplemental Affidavit of John B. Macdonald In Support of Application of Official Committee of Unsecured Creditors For Order, Under 11 U.S.C §1103 and Fed. R. Bankr. P. 2014 and 5002, Authorizing Retention and Employment of Akerman Senterfitt as Co-Counsel was served by United States Mail, postage prepaid and properly addressed, on the 3rd day of June, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801, pursuant to Rule 2014, Federal Rules of Bankruptcy Procedure, and the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

Dated: June 3, 2005    AKERMAN SENTERFITT

    By: */s/ Patrick P. Patanagan*
    John B. Macdonald
    Florida Bar No.: 230340
    E-mail: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No.: 348340
    E-mail: patrick.patangan@akerman.com
    50 N. Laura St., Suite 2500
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

    Proposed Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA238726;1}