UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER OVERRULING THE OBJECTION OF DUKE POWER COMPANY, ORLANDO UTILITIES COMMISSION AND AMERICAN ELECTRIC POWER TO MOTION FOR ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE**

These cases came before the Court for hearing on June 2, 2005, upon the motion of the debtor, Winn-Dixie Stores, Inc. and twenty-three of its affiliates and subsidiaries, in the above-captioned cases, for entry of an order under 11 U.S.C. §§ 105 and 366 (A) deeming utilities adequate assured of payment, (B) prohibiting utilities from altering, refusing or discontinuing services, and (C) establishing procedures for resolving requests for additional assurance and granting related relief (Docket No. 23) (the "Motion"). Duke Power Company ("Duke"), Orlando Utilities Commission ("OUC") and American Electric Power ("AEP") filed an Objection to the Motion (Docket No. 260). The Court has reviewed the Objection, considered the evidence and heard the argument of counsel. After due deliberation and based upon findings made in open Court, good cause exists to overrule the Objection. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Objection of Duke, OUC and AEP to the Motion is overruled.

2. The Motion is granted as to Duke, OUC and AEP.

Dated June ___2___, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00497698.DOC

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1              Date Rcvd: Jun 03, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 1

The following entities were served by first class mail on Jun 05, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2005**                      **Signature:**   *Joseph Speetjens*