United States Bankruptcy Court
For the District of Middle Florida

| WINN DIXIE STORES, INC., et al. | } Chapter 11 |
| | } |
| | } Case No.05-03817 |
| Debtor | } Amount $1,330.37 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**OLLIE HARRELLS TIRE SERVICE INC**
**2394 ROSS CLARK CIRCLE**
**DOTHAN, AL 36301**

The transfer of your claim as shown above in the amount of $1,330.37 has been transferred to:

> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Jeffrey Caress
Revenue Management
(201) 968-0001

640874

Liquidity Solutions, Inc.
201-968-0001 ext. 113

------------------------------------------------(CUT HERE)------------------------------------------------
**TRANSFER NOTICE**

OLLIE HARRELL'S TIRE SERVICE INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: **WINN DIXIE STORES, INC.**, et al. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claim of Assignor in the aggregate amount of $_____(your claim amount) representing allclaims against: **WINN DIXIE STORES, INC.**, et al. in the United States Bankruptcy Court, Southern Distict of New York, administered as Case No. 05-11063, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 27 day of apr., 2005

OLLIE HARRELL'S TIRE SERVICE INC

_____
(Signature)

Kenneth Harrell  President
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

JEFFREY CARESS
(Print Name of Witness)

WINN DIXIE STORES, INC., et al.
OLLIE HARRELL'S TIRE SERVICE INC

640874