## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Domino Foods, Inc., as agent for American Sugar Refining, Inc. and Okeelanta Corporation ("Domino Foods"), and Florida Crystals Food Corporation ("FCFC"), interested parties in the above-captioned bankruptcy case, appear herein by their counsel, Blanco Tackabery Combs & Matamoros, P.A.; such counsel hereby enters its appearance pursuant to §1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and §102(1) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the addresses, telephone, and facsimile numbers indicated:

> Gene B. Tarr, Esquire
> Blanco Tackabery Combs & Matamoros, P.A.
> P.O. Drawer 25008
> Winston-Salem, NC  27114-5008
> [Street Address: 110 S. Stratford Road, 5th Floor
> Winston-Salem, NC  27104-4299]
> Telephone: 336-293-9000
> Facsimile: 336-293-9030
> E-mail: gbt@btcmlaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT this Notice of Appearance and Demand for Notices and Papers shall not, in and of itself, constitute a submission by Domino Foods or FCFC to the jurisdiction of the Bankruptcy Court and neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive the rights of Domino Foods or FCFC (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other, rights, claims, actions, defenses, setoffs, or recoupments to which Domino Foods or FCFC are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 3, 2005

BLANCO TACKABERY
COMBS & MATAMOROS, P.A.

Gene B. Tarr
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Fax: (336) 293-9030
Email: gbt@btcmlaw.com

*Attorney for Domino Foods, Inc.*
*and Florida Crystals Food Corporation*

BTCM: 286921