[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING VERIFIED STATEMENT

This case came on for consideration upon the Court's own motion. On June 2, 2005, Jerry M. Markowitz filed Verified Statement Pursuant to FRBP Rule 2019 on behalf of Zubi Advertising, Inc., Vision Equipment & Auction Co. and AICS Companies without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Verified Statement pursuant to FRBP Rule 2019 is stricken from the record.

Dated June 6, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Jerry M. Markowitz, 9130 S. Dadeland Blvd., Two Datran Center, Ste 1225, Miami, FL 33156-7849