UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                    )    Chapter 11
            Debtors.                          )    Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of Order Authorizing the Sale of De Minimus Assets Without Court Approval (Docket No. 1541) was furnished by mail and/or electronically on June 3, 2005 to those parties on the attached Master Service List.

Dated: June 7, 2005

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Attorneys for the Debtors