UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

# CERTIFICATE OF SERVICE

I certify that a copy of (i) Order Overruling JEA's Objection to Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance (Docket No. 1546), (ii) Order Overruling the Objection of Duke Power Company, Orlando Utilities Commission and American Electric Power to Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance (Docket No. 1547), (iii) Final Order Authorizing Debtors to Employ XRoads Solutions Group, LLC as Financial and Operations Restructuring Consultants (Docket No. 1555), and (iv) Order Authorizing the Debtors to Employ The Blackstone Group, L.P. as Financial Advisors (Docket No. 1560)  was furnished

by mail and/or electronically on June 6, 2005 to those parties on the attached Master Service List.

Dated:  June 7, 2005

                                          SMITH HULSEY & BUSEY

                                          By     *s/ Cynthia C. Jackson*
                                                  Stephen D. Busey
                                                  James H. Post
                                                  Cynthia C. Jackson  (FBN 498882)
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        cjackson@smithhulsey.com

                                                             -and-

                                        SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                        D. J. Baker
                                        Sally McDonald Henry
                                        Rosalie Walker Gray
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000
                                        (212) 735-2000 (facsimile)
                                        djbaker@skadden.com

                                        Attorneys for the Debtors