**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC. et. al.

     Debtor.
_____/

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS ON BEHALF OF CREDITOR, HOBART CORPORATION**

**PLEASE TAKE NOTICE** that the undersigned hereby appears for Hobart Corporation, creditor and party in interest, under Bankruptcy Rules 2002, 9007, and 9010, and 11 U.S.C. ' 1109(b), and requests that all notices given or required to be given in this case, and all papers and pleadings served or required to be served in this case, be given to and served upon:

CHRISTIAN A. PETERSEN, ESQUIRE
GUNSTER, YOAKLEY & STEWART, P.A.
500 East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida 33394
Telephone No. (954) 468-1394
Facsimile No. (954) 523-1722
cpetersen@gunster.com

PLEASE TAKE NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or

FTL 280536.1

otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including, Hobart Corporation with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Hobart Corporation, Christian A. Petersen of Gunster, Yoakley & Stewart, P.A., requests that his name be added to the mailing matrix.

PLEASE TAKE NOTICE that Hobart Corporation intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Hobart Corporation's right to have final orders in non-core matters entered only after de novo review by a District Judge, (2) Hobart Corporation=s right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Hobart Corporation=s right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Hobart Corporation is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Hobart Corporation expressly reserve.

                GUNSTER, YOAKLEY & STEWART, P.A.
                500 East Broward Boulevard, Suite 1400
                Fort Lauderdale, FL 33394
                Tel.: (954) 462-2000
                Fax: (954) 523-1722
                Attorneys for Creditor, Hobart Corporation

                By:    s/ Christian A. Petersen
                     Christian A. Petersen
                     Florida Bar No. 154105
                     cpetersen@gunster.com

**GUNSTER, YOAKLEY & STEWART, P.A.**
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

FTL 280536.1

## Certificate of Service

  I HEREBY CERTIFY that a copy of Notice of Appearance, Request for Service of Papers, and Reservation of Rights was sent via electronic service to the parties registered to receive such service in the CM/ECF system this 8th day of June, 2005.

                        /s/ Christian A. Petersen
                         Christian A. Petersen