UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.05-3817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FIRST SUPPLEMENT TO DECLARATION OF SMITH HULSEY & BUSEY**

     I, Cynthia C. Jackson, pursuant to 28 U.S.C. §1746, declare that the following is true to the best of my knowledge, information and belief:

     1.     I am a member of the law firm of Smith Hulsey & Busey. I submit this declaration and statement to supplement the disclosures set forth in my declaration dated April 18, 2005 (the "Initial Declaration"), in support of the Debtors' application to retain Smith Hulsey pursuant to Section 327(a). Except as otherwise indicated, I have personal knowledge of the matters set forth below and, if called as a witness, would so testify.

     2.     As set forth in the Debtors' statement of financial affairs and schedules of assets and liabilities (the "Schedules"), the Debtors have historically operated as a consolidated enterprise. As a result, there are intercompany accounts between and among the Debtors. The Schedules reflect the following inter-debtor company claims as of the petition date:

| Debtor Against Whom Claim Is Held | Debtor Holding Claim | Claim Amount |
|---|---|---|
| Winn-Dixie Stores, Inc. | Crackin' Good Inc. | $7,950,267.17 |
| Winn-Dixie Stores, Inc. | Dixie Darling Bakers, Inc. | $54,914.69 |
| Winn-Dixie Stores, Inc. | Dixie Packers, Inc. | $910,048.55 |
| Winn-Dixie Stores, Inc. | Dixie Home Stores, Inc. | $50.00 |
| Winn-Dixie Stores, Inc. | Economy Wholesale Distributors, Inc. | $314,333.92 |
| Winn-Dixie Stores, Inc. | Kwik Check Supermarkets, Inc. | $1,000.00 |
| Winn-Dixie Stores, Inc. | Sunbelt Products, Inc. | $1,000.00 |
| Winn-Dixie Stores, Inc. | Superior Food Company | $500.00 |
| Winn-Dixie Stores, Inc. | Table Supply Food Stores Co., Inc. | $500.00 |
| Winn-Dixie Stores, Inc. | Winn-Dixie Raleigh, Inc. | $97,638,705.42 |
| Astor Products, Inc. | Winn-Dixie Stores, Inc. | $1,824,005.85 |
| Deep South Products, Inc. | Winn-Dixie Stores, Inc. | $5,138,307.33 |
| Dixie Spirits, Inc. | Winn-Dixie Stores, Inc. | $118,387.19 |
| Winn-Dixie Logistics, Inc. | Winn-Dixie Stores, Inc. | $168,986,682.18 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Stores, Inc. | $88,925,278.61 |
| Winn-Dixie Procurement, Inc. | Winn-Dixie Stores, Inc. | $20,298,144.46 |
| Winn-Dixie Supermarkets, Inc. | Winn-Dixie Stores, Inc. | $19,559,530.85 |

3.     The Debtors have informed Smith Hulsey that despite these intercompany claims, the Debtors' relationships to one another do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I believe the Debtors to be correct, and I know of no conflict of interest that would preclude joint representation of the Debtors in these cases.

-3-

4.	In addition to these intercompany claims, a nondebtor affiliate (Win General Insurance) holds a $2,923,927 claim against one of the Debtors (Winn-Dixie Montgomery, Inc.) and a debtor affiliate (Winn-Dixie Procurement, Inc.) holds an approximately $2,001,433 claim against another nondebtor (Bahamas Supermarket Limited).  Smith Hulsey does not represent either of these nondebtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2005, at Jacksonville, Florida.

SMITH HULSEY & BUSEY

By:	*s/ Cynthia C. Jackson*
	Cynthia C. Jackson

Florida Bar Number: 0498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-counsel for Debtors

00498103