[3902] [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CANCELLATION AND RESCHEDULING

   NOTICE IS GIVEN that a hearing scheduled to be heard in this case on June 13, 2005 IS RESCHEDULED AND will be held on July 25, 2005 , at 2:00 p.m. , in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

 Motion for Relief from Stay by Thrivent Financial for Lutherans fka Lutheran Brotherhood as assignee of Sun Bank

and transact such other business as may properly come before the hearing.

   Dated June 8, 2005 .

David K Oliveria , Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

   Copies furnished to:
   Debtor
   Debtor's Attorney
   US Trustee
   All to Be Electronically Notified