Richard Soloway
1043 SW 113th Terrace
Pembroke Pines, FL 33025

June 2, 2005

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
JUN - 6 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Honorable, Jerry A. Funk
c/o U.S Bankruptcy Court Middle District of Florida
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

    RE: Enclosed Newsletter article printed in the June 2, 2005 edition of the
    S. Florida Sun-Sentinel
    (case # 05-03817)

Dear Judge Funk:

I am a 69 year-old retired, former Winn-Dixie Employee. My small SRP Benefits (approx. $45,000) are in danger of being wiped out by this bankruptcy.

I am appalled that "Winn-Dixie" wants to set aside this huge amount of money to retain key executives, so that these executives will help turn the company around (as per Peter Lynch, President and C.E.O.). These are the same key executives that, over the last few years, contributed to the downfall of the company. It is as if the Captain of the "Titanic" would get a medal! Just not fair!

I know I am only a little fish trying to swim against the tide, but I sincerely feel that Winn-Dixie should use these aforementioned funds to help save Retiree Benefits (ie.SRP Plans).

Thank you for your time and consideration, and possible help in this distressing situation.

**PLEASE VOTE NO**

Sincerely,

*Richard Soloway*

Richard Soloway
Phone: 954-437-8357
E-Mail: dsolowayrx@hotmail.com
Fax: 954-499-4451
ENCLOSURES (4)

■ **Bankrupt supermarket chain Winn-Dixie Stores Inc. is** seeking approval to pay nearly $14 million in retention bonuses to key executives and up to $120 million in severance benefits to laid-off employees. The plan is an incentive for upper-level management to stay with the Jacksonville-based chain as it goes through Chapter 11 reorganization, Winn-Dixie said in a U.S. Bankruptcy Court filing Friday. It would provide about 290 employees with bonuses ranging from 25 percent to 150 percent of their salaries, to be paid in three installments. Winn-Dixie also asked the bankruptcy court to extend the deadline for filing its reorganization plan to Oct. 19.

**Richard L Soloway**
**Retirement Account Summary**

January 1, 2005 to March 31, 2005

Review your account online: http://rps.troweprice.com or call:
1-800-433-9888.

Please review your statement and report any errors to T. Rowe Price within 60 days.

Richard L Soloway
1043 S.W. 113 Terrace
Pembroke Pines FL 33025 4372

## Account At a Glance

| | |
|---|---:|
| Beginning Balance | $45,521.59 |
| + Cash In | $0.00 |
| - Cash Out | $0.00 |
| - Recordkeeping Fee | - $3.75 |
| - Gain/Loss | - $646.17 |
| **Ending Balance** | **$44,871.67** |
| Vested Balance | $44,871.67 |
| Change this Period | - $649.92 |

*Cash In is the total of all contributions or payments made to your account; Cash Out is the total of all amounts taken out.*

*Gain/Loss is the total of increases and/or reductions in value for all investments in your account.*

## Account Allocation



■ 100.0% Stocks

*Account Allocation shows how the money you've previously invested is distributed over different investment categories.*
*Future Investments (shown in subsequent modules) shows how any new contributions will be distributed.*

## Account Growth



——— Ending Balance
—●— Employee + Employer Contributions
⋯●⋯ Employee Contributions

*This chart tracks the growth over time of your investments and contributions. Any balance transferred from a previous recordkeeper will be shown as a "conversion in."*

## About Your Retirement Plan

Take a minute to check the beneficiary section of your account statement. If you haven't sent in your beneficiary designation, or if you would like to make a change, simply call your plan's toll-free number and request a beneficiary form. If you don't name a beneficiary, the plan's default provisions will apply. Take time to update this small but important detail and T. Rowe Price will update your records accordingly.


T.RowePrice
INVEST WITH CONFIDENCE

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: **WINN-DIXIE STORES, INC.**   Case No. **05-03817**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

WDX-403948-B8-94
SOLOWAY, RICHARD L
1043 S.W. 113 TERRACE
PEMBROKE PINES FL 33025-4372

Telephone No. of Creditor: **954-437-8357**
Fax No. of Creditor: **954-499-4451**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☐ replaces address above  ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☒ Other **SRP**
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: **9785**
Unpaid compensation for services performed from
_____ to _____
(date)                 (date)

**2. Date debt was incurred:** OFFICIALLY RETIRED 6-10-04

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:**

$ **45,530.49**  (unsecured)   $_____ (secured)   $_____ (priority)   $ **45,530.49** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $ 45,530.49**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 5-28-05 | Print: **RICHARD SOLOWAY**   Title: _____<br>Signature: /s/ Richard Soloway |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

