# MEMO / NOTICE

DATE: 6/1/05

FROM: David Timmons

TO: Bankruptcy Clerk

05 3817
CASE NO. # 05-1163

RECEIVED
JUN - 8 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dear Clerk;

I am forwarding you this Affidavit of Indigency in an effort to move forward with my Motion for Relief From Stay. It should also be Noted that All Response should be Directed To The Hamilton Correctional Institution 11419 N.W. County Rd. #249 Jasper, Florida 32052-3735, untill November 27, 2005, (Thereafter) to 1616 N.W. 8th Ave. Ft. Lauderdale, Florida 33311, untill further Notice.

Than you
David Timmons

UNITED STATE BANKRUPTCY COURT
Middle DISTRICT OF FLORIDA

NO. 3:05-bk-03817-JAF

CASE NO.: # 05-1163

David Timmons,

Plaintiff/Petitioner,

vs.

Winn Dixie Store INC.,

Defendant(s)/Respondent(s).

PROVIDED TO HAMILTON C.I. ON
6/1/05

FILED
JUN - 3 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**PRISONER AFFIDAVIT OF INDIGENCY**
(Civil Proceedings F.S. 57.085)

State of Florida
County of Hamilton
(Name)

1. My **name** and Department of Corrections inmate **identification number** is David Timmons.

2. I am incarcerated at Hamilton Correctional Institute
(name of correctional institution, prison and/or jail)
11419 N.W. County Rd. #249
(mailing address)
Jasper Florida, 32052-3735
(city, state, zip)

3. The nature and amount of my **monthly income** (all money received from any source) is as follows:

   (a) Present income from employment, work release, etc.   $ 0
   (b) Disability benefits, Workers' Compensation               0
   (c) Unemployment Compensation                                0
   (d) Pension, retirement, Social Security benefits            0
   (e) Interest, dividends, rental income                       0
   (f) Income from royalties, trusts or estates                 0
   (g) Gains derived from selling property                      0
   (h) Other income (List names of all other sources
       of income and amounts received.)
       0                                                        0
       0

1

**TOTAL MONTHLY INCOME OR MONEY RECEIVED FROM ANY SOURCE:** $ 0

I own the following **real property**:

_NONE_     0
(description or address)     (market value)

_NONE_     0
(description or address)     (market value)

**TOTAL VALUE OF REAL PROPERTY OWNED:** $ 0

5. The following are my other **assets worth more than $100.00 per item**, both tangible and intangible:

| Description | Value |
|---|---|
| Stocks/bonds | 0 |
| Notes | 0 |
| Automobiles: | 0 |
| | 0 |
| Other personal property: | |
| Contents of home | 0 |
| Jewelry | 0 |
| Other items worth over $100.00: | |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

**TOTAL TANGIBLE AND INTANGIBLE PROPERTY WORTH MORE THAN $100.00:** $ 0

6. Cash on hand. The following are my cash/trust account **balances**:

checking account     $ 0
savings account     0
money market account     0
certificate of deposits (CD's)     0
other cash accounts     0

**TOTAL AMOUNT OF CASH BALANCES**     $

7. My **dependents** are:

Name _David Timmons_     Age _52_     Relationship _SELF_

2

8. My **debts** are as follows:

| Creditor's Name | Amount Owed |
|---|---|
| None | 0 |
| None | 0 |
| None | 0 |

**TOTAL DEBT OWED:** $ 0

9. My **monthly expenses** are as follows:

| | Monthly Payment |
|---|---|
| Housing | $ 0 |
| Transportation | $ 0 |
| Child Support | $ 0 |
| Insurance | $ 0 |
| Clothing | $ 0 |
| Medical/Dental Fees | $ 0 |
| Payments to Creditors | $ 0 |

other miscellaneous monthly expenditures.
(Itemize each monthly expenditure and the amount.)

| 0 | $ 0 |
|---|---|
| 0 | 0 |
| 0 | 0 |

**TOTAL FOR ALL MONTHLY EXPENDITURES**
(add above payments)                                      $ 0

10. I hereby certify that I (check ONE of the following) (✓ have) (____ have not) been previously **certified or adjudicated indigent** pursuant to Section 57.081 or 57.085, Florida Statutes, or pursuant to 28 U.S.C. Section 1915, by a federal court.

11. I have attached to this affidavit of insolvency a **copy of my prison trust account records** for the **preceding 6 months** or for the length of my incarceration, whichever period of time is shorter.

12. I am unable to pay court costs and fees. Under the penalties of perjury, I swear or affirm that all statements in this affidavit are true and complete.

DATE SIGNED: June 1, 2005

David Simmons
Signature of prisoner signing affidavit
David Timmons
Printed name of affiant
11419 N.W. County Rd. #249
Address
Jasper          FL.          32052-3735
City            State        Zip

3

David Timmons
_____,

**Petitioner**

vs.

CASE NO.: 05-1163

Winn Dixie Store Inc.
_____,

**Respondent(s)**

_____/

## CERTIFICATE REGARDING ACCOUNT

(Prisoner Accounts Only)

*Florida Department of Corrections representative: Please sign applicable portion of certificate.*

  I HEREBY CERTIFY THAT. the petitioner does not have a bank account within the institution in which he is confined.

or

  I HEREBY CERTIFY THAT the petitioner has the sum of $ ___0___ as of ___6/1/5___ on account to his credit at Hamilton Correctional Institution where he confined. I further certify that during the last *six* months the petitioner's daily balance was $ ___0___.

Date ___6/1/5___

_____
Authorized Officer of Institution