UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. Between May 23, 2005 and June 7, 2005, I caused copies of:

- **the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines**
- **the Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time**
- **the Proof of Claim Form**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Supplemental Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: June 8, 2005

Kathleen M. Logan

Code: B7

# EXHIBIT A
# SUPPLEMENTAL SERVICE LIST

**SUPPLEMENTAL SERVICE LIST**
**Notice of Chapter 11 Bankruptcy Case, Meeting**
**of Creditors and Deadlines**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 P.M. Eastern Time**
**Proof of Claim Form**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.            **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 406049-99<br>AMSOUTH BANK<br>C/O WINDERWEEDLE HAINES ET AL<br>ATTN: RYAN E DAVIS, ESQ<br>390 N ORANGE AVE, STE 1500<br>PO BOX 1391<br>ORLANDO FL 32802-1391 | CREDITOR ID: 406029-93<br>ASPEN PUBLISHERS<br>C/O ALLEN MAXWELL & SILVER INC<br>190 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS NJ 07632-2513 | CREDITOR ID: 405986-99<br>ATMORE NEWSPAPER INC<br>C/O HUBBARD SMITH MCILWAIN<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 |
| CREDITOR ID: 406053-93<br>BILLINGSLEY, RILEY K<br>C/O AUFFENORDE & AUFFENORDE<br>511 MADISON STREET<br>HUNTSVILLE AL 35801 | CREDITOR ID: 405932-93<br>BOYDE, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 | CREDITOR ID: 405987-99<br>BREWTON NEWSPAPER INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 |
| CREDITOR ID: 406076-93<br>BRINKLEY, SUSAN B., DR.<br>198 THOMAS JOHNSON DR<br>SUITE 200<br>FREDERICK MD 21702 | CREDITOR ID: 406269-93<br>BROWN, GLENN AND NELLIE<br>C/O J. GORDON ROTHWELL, P.A.<br>560 FIRST AVENUE NORTH<br>ST. PETERSBURG FL 33701 | CREDITOR ID: 406055-93<br>BURKE, SARAH<br>5351 DON MAR ST<br>APOPKA FL 32703-1900 |
| CREDITOR ID: 405988-99<br>CLANTON ADVERTISER, THE<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 405934-99<br>CNTY OF PASCO-BOARD OF COMMISSIONER<br>C/O ANTHONY M SALZANO, ESQ<br>WEST PASCO GOV'T CENTER<br>7530 LITTLE ROAD, STE 340<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 406045-99<br>COLE FINE FOODS<br>C/O BROAD AND CASSEL<br>ATTN: ROY S KOBERT<br>390 NORTH ORANGE AVE, STE 1100<br>PO BOX 4961 (32802-4961)<br>ORLANDO FL 32801 |
| CREDITOR ID: 406180-93<br>COLLIER ANESTHESIA, PA<br>ATTN: CELESTE<br>4949 TAMIAMI TRAIL N<br>SUITE 206<br>NAPLES FL 34103-3017 | CREDITOR ID: 405880-99<br>COMMODORE REALTY INC<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A KUHNS, ESQ<br>100 SOUTH CHALES ST, 15TH FL<br>BALTIMORE MD 21201 | CREDITOR ID: 405946-93<br>CONDENTO, CATHERINE<br>LAW OFFICE OF NIKKI M KAVOUKLIS<br>ATTN: NIKKI M KAVOUKLIS<br>114 S PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 405970-99<br>CONSOLIDATED BISCUIT CO<br>C/O EASTMAN & SMITH LTD<br>ATTN: KENNETH C BAKER<br>PO BOX 10032<br>TOLEDO OH 43699-0032 | CREDITOR ID: 406042-93<br>CRAMER & KRASSELT<br>ATTN: RICH MELIN<br>225 E ROBIINSON ST<br>ORLANDO FL 32801 | CREDITOR ID: 406193-99<br>CRESCENT CENTER ASSOCIATES<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA M LAFLEUR<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 406196-99<br>CSX TRANSPORTATION INC<br>C/O MCGUIREWOODS LLP<br>ATTN: CHARLES L GIBBS II<br>BANK OF AMERICA TOWER<br>50 NORTH LAURA ST, STE 3300<br>JACKSONVILLE FL 32202-3661 | CREDITOR ID: 406196-99<br>CSX TRANSPORTATION INC<br>C/O MCGUIREWOODS LLP<br>ATTN: JOHN H MADDOCK III<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219-4030 | CREDITOR ID: 405937-93<br>DICKINSON, JOANNE<br>C/O PANTER PANTER & SAMPEDRO<br>ATTN: MITCHELL J PANTER<br>PANTER BUILDING<br>6950 N KENDALL DR<br>MIAMI FL 33156 |
| CREDITOR ID: 399413-99<br>DOMINO FOODS INC<br>C/O BLANCO TACKLABERY ET AL<br>ATTN: GENE B TARR<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 406079-93<br>DOUGLAS, SUZETTE<br>C/O JOEY CHAMBERS, ESQ.<br>520 4TH STREET NORTH<br>ST PETERSBURG FL 33701-2302 | CREDITOR ID: 406155-99<br>EDWARDS, BOBBIE<br>C/O IRBY LAW FIRM LLC<br>ATTN: ALBERT H ADAMS, JR<br>PO BOX 910<br>EUFAULA AL 36072-0910 |
| CREDITOR ID: 406195-99<br>FLORIDA CRYSTALS FOOD CORPORATION<br>C/O BLANCO TACKABERY ET AL<br>ATTN: GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 406074-93<br>FORT PIERCE UTILITIES AUTHORITY<br>ATTN; WILLIAM S ABRAMOWICZ<br>206 S 6TH STREET<br>PO BOX 3191<br>FORT PIERCE FL 34948 | CREDITOR ID: 406075-93<br>GEORGE, RONALD RADCLIFF<br>341 PINEY POINT CR<br>BRACEY VA 23919 |

# SUPPLEMENTAL SERVICE LIST
## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines
## Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005 at 5:00 P.M. Eastern Time
## Proof of Claim Form

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 405941-93<br>GIORDANO, RICHARD<br>C/O DAVID M BENEFELD, P.A.<br>ATTN: DAVID M BENEFELD, EDQ<br>5950 W OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 406077-93<br>GODWIN, PATRICIA<br>C/O KOLTUN & LAZAR, P.A.<br>ATTN: SCOTT A LAZAR<br>SUNSET INTERNATIONAL WEST<br>7000 SW 97TH AVE, STE 210<br>MIAMI FL 33173 | CREDITOR ID: 405984-99<br>GREENVILLE NEWSPAPERS<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 |
| CREDITOR ID: 405981-99<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELR, JR<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406192-99<br>HENDERSON CORPORATION<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA M LAFLEUR<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 406006-93<br>HUMPHRIES, ETAL<br>7000 NORTH MAIN STREET<br>LOT 94<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 405881-99<br>ISRAM REALTY & MANAGEMENT INC<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A KUHNS, ESQ<br>100 SOUTH CHARLES ST, 15TH FL<br>BALTIMORE MD 21201 | CREDITOR ID: 406267-93<br>JOHNSTON, ASHELY<br>185 RUDDERS CROSSING<br>NEWNAN GA 30263 | CREDITOR ID: 406044-99<br>KITE REALTY GROUPT TRUST<br>C/O BROAD AND CASSEL<br>ATTN: ROY S KOBERT<br>390 NORTH ORANGE AVE, STE 1100<br>PO BOX 496 (32802-4961)<br>ORLANDO FL 32801 |
| CREDITOR ID: 406056-93<br>LAW OFFICE OF DONALD B WALKER<br>ATTN: DONALD B WALKER<br>4045 CASCADE ROAD, SW<br>ATLANTA GA 30331-7241 | CREDITOR ID: 406078-93<br>MELTON, LOIS<br>C/O JOEY CHAMBERS, ESQ.<br>520 4TH STREET NORTH<br>ST PETERSBURG FL 33701-2302 | CREDITOR ID: 405931-93<br>MIRACLE CANDLE COMPANY<br>ATTN: DAVID GARCIA<br>3100 GUADALUPE STREET<br>LAREDO TX 78043 |
| CREDITOR ID: 405993-99<br>MORRIS TRACT CORP & WILLISTON<br>HIGHLAND DEVELOPEMENT CORP<br>C/O MELAND RUSSIN HELLINGER ET AL<br>ATTN: JONATHAN R WILLIAMS<br>3000 WACHOVIA FIN CNTR, 200 S BISCAYNE BLVD<br>MIAMI FL 33131 | CREDITOR ID: 405980-93<br>MORSE, UNHEE<br>C/O RAMSAY LAW FIRM<br>ATTN; MARTHA L RAMSAY<br>PO BOX 481210<br>CHARLOTTE NC 28269 | CREDITOR ID: 405933-99<br>NATIONAL FISH & SEAFOOD INC<br>C/O CHOATE HALL & STEWART<br>ATTN: JOHN VENTOLA/WILLIAM MAHON<br>EXCHANGE PLACE, 53 STATE ST<br>BOSTON MA 02109 |
| CREDITOR ID: 405992-99<br>NET LEASE INVESTORS (BDM FIN CORP)<br>C/O MELAND RUSIN HELLINGER ET AL<br>ATTN: JONATHAN R WILLIAMS<br>3000 WACHOVIA FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD<br>MIAMI FL 33131 | CREDITOR ID: 406189-93<br>NORTH CAROLINA BOARD OF PHARMACY<br>6015 FARRINGTON ROAD, STE 201<br>CHAPEL HILL NJ 27517 | CREDITOR ID: 405940-93<br>ORTEGA, JENNIFER<br>C/O DAVID M BENEFELD, P.A.<br>ATTN: DAVID M BENEFELD, ESQ<br>5950 W OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 405969-99<br>PFZIER INC<br>C/O BORGESS & ASSOCIATES LLC<br>ATTN: WANDA BORGESS, ESQ<br>575 UNDERHILL BLVD, STE 110<br>SYOSSET NY 11791 | CREDITOR ID: 405968-99<br>PROVENDER HALL LLC<br>C/O HILL WARD & HENDERSON PA<br>ATTN: LYNN WALTER SHERMAN, ESQ<br>PO BOX 2231<br>TAMPA FL 33601 | CREDITOR ID: 406188-93<br>ROCKINGHAM CNTY TAX DEPT<br>PO BOX 206<br>WENTWORTH NC 27375 |
| CREDITOR ID: 405938-93<br>ROGERS, LARONDA<br>C/O DAVID M BENEFELD, P.A.<br>ATTN: DAVID M BENEFELD, ESQ<br>5950 WEST OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 405965-99<br>SAN AGNELO TEXAS WD LP<br>C/O COEN & THURSTON PA<br>ATTN: JANET H THURSTON<br>1723 BLANDING BLVD, #102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406190-93<br>SANDERS, LATASHA GUARD JANIYA BURSE<br>C/O SWEET & FREESE PLLC<br>ATTN: D SWEET, O NELSON, K MCCULLOU<br>PO BOX 1178<br>JACKSON MS 39215 |
| CREDITOR ID: 405989-99<br>SELMA NEWSPAPERS INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 405990-99<br>SHELBY COUNTY NEWSPAPERS INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 406041-93<br>SMG JACKSONVILLE<br>C/O PAUL M HARDEN, ESQ<br>1301 RIVERPLACE BLVD, STE 2601<br>JACKSONVILLE FL 32204 |

**SUPPLEMENTAL SERVICE LIST**
Notice of Chapter 11 Bankruptcy Case, Meeting
of Creditors and Deadlines
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 P.M. Eastern Time
Proof of Claim Form

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                                  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 406041-93<br>SMG JACKSONVILLE<br>ATTN: PREMIUM SEATING DEPT<br>300 A PHILIP RANDOLPH BLVD<br>JACKSONVILLE FL 32202 | CREDITOR ID: 406048-93<br>SMITH, DELILAH<br>C/O RICHARD J FERNANDES, LLC<br>ATTN: MADELINE<br>3900 N CAUSEWAY BLVD<br>605 ONE LAKEWAY CENTER<br>METAIRIE LA 70002 | CREDITOR ID: 406156-93<br>SPURLOCK, SHELBY<br>300 KATHY LANE<br>MARGATE FL 33068-1422 |
| CREDITOR ID: 405985-99<br>TALLAPOOSA PUBLISHERS INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 405928-99<br>THRIVENT FINANCIAL FOR LUTHERANS<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN: T J LALLIER/M A BLAZINA, ESQS<br>250 MARQUETTE AVE, STE 1200<br>MINNEAPOLIS MN 55401 | CREDITOR ID: 405928-99<br>THRIVENT FINANCIAL FOR LUTHERANS<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN: V E JOHNSON/J D DECARLO, ESQS<br>4770 BISCAYNE BLVD, STE 1000<br>MIAMI FL 33137 |
| CREDITOR ID: 403484-15<br>TIMMONS, DAVID<br>BROWARD MAIN JAIL<br>PO BOX 9356<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 406194-99<br>TUNICA VILLAGE PARTNERSHIP<br>C/O KIZER HOOD & MORGAN LLP<br>ATTN: RALPH E HOOD<br>2111 QUAIL RUN DRIVE<br>BATON ROUGE LA 70808 | CREDITOR ID: 405939-93<br>WALTON, ALICE<br>C/O DAVID M BENENFELD, P.A.<br>ATTN: DAVID M BENEFELD, ESQ<br>5950 WEST OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 405967-99<br>WD JACKSONVILLE FL LLC<br>C/O COHEN & THURSTON PA<br>ATTN: JANET H THURSTON<br>1723 BLANDING BLVD, #102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 405966-99<br>WD WESTMINSTER SC LLC<br>C/O COHEN & THURSTON PA<br>ATTN: JANET H THURSTON<br>1723 BLANDING BLVD, #102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 405943-93<br>WEBSTER, ANGELA K<br>1314 HARFORD RD<br>GRAHAM NC 27253 |
| CREDITOR ID: 405942-93<br>WEBSTER, REBECCA A<br>1314 HARFORD RD<br>GRAHAM NC 27253 | CREDITOR ID: 406043-93<br>WELLS FARGO FINANCIAL LEASING INC<br>MAC F4030-070<br>800 WALNUT STREET<br>DES MOINES IA 50309-3636 | CREDITOR ID: 406031-93<br>ZEP MANUFACTURING COMPANY<br>C/O MCCARTHY BURGESS & WOLFE<br>THE MB&W BLDG, 26000 CANNON RD<br>CLEVELAND OH 44146 |

    **Total:** 69

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| In re: | ) Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al., | ) *Chapter 11* |
| Debtors. | ) Jointly Administered |

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on February 21, 2005. The cases were transferred to the above-captioned Court on April 13, 2005. The cases are being jointly administered for procedural purposes under Case No. 05-03817-3F1. You may be a creditor of one of the debtors. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. **This notice lists important deadlines and provides important information concerning the cases.** You may want to consult an attorney to protect your rights. All pleadings (other than proofs of claim) filed in these cases may be reviewed in electronic form at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For general information, please call 1-800-224-7654 or e-mail winninfo@loganandco.com.

**Debtors (Other Names Used by the Debtors in the Last 6 Years, Including Trade Names) and Addresses:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court, Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

### Co-Attorneys for Debtors (name and address):

D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida  32202

### Meeting of Creditors:

Date:  May 25, 2005

Time: 10:00 a.m. Eastern Time

Location:  Prime F. Osborn, III Convention Center
1000 Water Street
Jacksonville, Florida

### Deadline to File a Proof of Claim:

**Proofs of Claim Must be Filed by:**
August 1, 2005, at 5:00 p.m. Eastern Time

**Address for Filing Proofs of Claim:**
Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043

**PLEASE DO NOT FILE PROOFS OF CLAIM WITH THE BANKRUPTCY COURT**

**Address of the Bankruptcy Clerk's Office:**

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Hours Open:  Monday through Friday, 8:30 a.m. to 4:00 p.m.

**For the Court:**

Clerk of the Court
David K. Oliveria

Date:  May 2, 2005

# EXPLANATIONS

## Filing of Chapter 11 Bankruptcy Case

A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed by each of the debtors listed on the preceding pages, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is appointed, the debtors will remain in possession of the debtors' property and may continue to operate any business.

## Creditors May Not Take Certain Actions

Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures.

## Meeting of Creditors

A meeting of creditors is scheduled for the date, time and location listed on the preceding page. *The debtors' representative must be present at the meeting to be questioned under oath by the U.S.Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

## Claims

**Filing of Proofs of Claim:**  The debtors have filed schedules of liabilities pursuant to Bankruptcy Rule 1007. You may review the schedules of liabilities at www.loganandco.com. Any creditor holding a scheduled claim that is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a Proof of Claim in this case. A Proof of Claim is a signed statement describing a creditor's claim. Creditors whose claims are not scheduled or whose claims are listed in the schedules as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their Proofs of Claim. The deadline for filing Proofs of Claim is August 1, 2005, at 5:00 p.m. Eastern Time. If you elect to file a Proof of Claim and have not received a Proof of Claim form, you may utilize a Proof of Claim form that substantially conforms to Official Form 10. Proof of Claim forms are available in the clerk's office of any bankruptcy court or you may obtain a form at www.loganandco.com. The place to file a proof of claim is: Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043.

**Information Concerning Offers to Purchase Claims:**  Certain entities are in the business of purchasing claims held by creditors against a debtor for an amount that is less than the face amount of the claims. One or more of these entities may contact you and offer to purchase your claim against one of the debtors. Some of the written communications from these entities may be easily confused with official court documentation or communications from the debtors. These entities do not represent the Court or the debtors. Therefore, you have no obligation to sell your claim to these entities. In the event you do decide to sell your claim, any transfer of such claim is subject to Bankruptcy Rule 3001(e), any applicable provisions of the Bankruptcy Code and any applicable orders of the Court.

## Discharge of Debts

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

## Bankruptcy Clerk's Office

Any paper that you file in this bankruptcy case, except a Proof of Claim form and a ballot on confirmation of a chapter 11 plan, should be filed at the bankruptcy clerk's office at the address listed on the preceding page. **Electronic filing is mandatory for all attorneys.** You may review all pleadings (other than proofs of claim), including the debtors' schedules, in electronic form at the bankruptcy clerk's office. Separate instructions have been issued as to when and where to file a proof of claim and separate instructions will be later issued as to when and where to file a ballot.

Voice Case Info. System (VCIS):  For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286.

Please review the Court's website at www.flmb.uscourts.gov at "Winn-Dixie Stores Chapter 11 Proceedings,"  for additional information regarding these cases.

## Legal Advice

The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights.

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1. **CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3. **ENTRY OF THE BAR DATE ORDER.** By order of the Bankruptcy Court (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors is **August 1, 2005, at 5:00 p.m. Eastern Time** (the "Bar Date"). The Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005.

4. **WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5. **WHO NEED NOT FILE A PROOF OF CLAIM.** You should not file a proof of claim if:

   A. You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

   B. Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

   C. Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

   D. You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

   E. Your claim has already been paid by the Debtors with authorization of the Court;

   F. You are a person or entity (other than an indenture trustee) seeking to assert a claim for principal and interest due on any of the Debtors' 8-7/8% Senior Notes due 2008 (the Debtors will rely on the proof of claim filed by the indenture trustee) (however, if you hold any other type of claim, or are alleging damages or asserting causes of action based upon or arising from your note, you must file a proof of claim by the Bar Date);

   G. You are a person or entity seeking to assert only stock ownership interests in the Debtors (the Debtors will rely on the records of the stock transfer agent for evidence of stock holdings) (however, if you hold a claim of any kind, or are alleging damages or asserting causes of action based upon or arising from your stock ownership interests, you must file a proof of claim by the Bar Date); or

   H. You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6. **WHAT TO FILE.** If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com. YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7. **WHEN AND WHERE TO FILE.** Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on August 1, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,
546 Valley Road, Upper Montclair, New Jersey 07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Bar Date. Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**  If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.  **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE.  EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON AUGUST 1, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10. **THE DEBTORS' SCHEDULES AND ACCESS THERETO.**  You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com.  Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11. **TO GOVERNMENTAL UNITS ONLY.**  If you are a governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code), consistent with section 502(b)(9) of the Bankruptcy Code, you may file a timely proof of claim up to, but not later than, 5:00 p.m. Eastern Time on August 22, 2005.

12. **FURTHER INFORMATION.**   If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.  DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  May 2, 2005

FOR THE COURT:
**David K. Oliveria, Clerk of the Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

**Form B10** (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**<br><br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME** |
|---|---|---|

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name:_____   Case No. _____
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | _____<br>Telephone No. of Creditor<br><br>_____<br>Fax No. of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | |
|---|---|---|
| **B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above  ☐ additional address<br><br>Name:_____<br>Company/Firm:_____<br>Address:_____<br>_____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notices in this case. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |

Account or Other Number by Which Creditor Identifies Debtor:_____   Check here if this claim  ☐ replaces   ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN:_____
   Unpaid compensation for services performed from
   _____ to _____
   (date)                     (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____   $_____   $_____   $_____
(unsecured)                (secured)                  (priority)                    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____ Title:_____<br><br>Signature:_____ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| Debtor | Case No. |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 05-03817-3F1 |
| Dixie Stores, Inc. | Case No. 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | Case No. 05-03819-3F1 |
| Astor Products, Inc. | Case No. 05-03820-3F1 |
| Crackin' Good, Inc. | Case No. 05-03821-3F1 |
| Deep South Distributors, Inc. | Case No. 05-03822-3F1 |
| Deep South Products, Inc. | Case No. 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | Case No. 05-03824-3F1 |
| Dixie-Home Stores, Inc. | Case No. 05-03825-3F1 |
| Dixie Packers, Inc. | Case No. 05-03826-3F1 |
| Dixie Spirits, Inc. | Case No. 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | Case No. 05-03828-3F1 |
| Foodway Stores, Inc. | Case No. 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | Case No. 05-03830-3F1 |
| Sunbelt Products, Inc. | Case No. 05-03831-3F1 |
| Sundown Sales, Inc. | Case No. 05-03832-3F1 |
| Superior Food Company | Case No. 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | Case No. 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | Case No. 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | Case No. 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Case No. 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Case No. 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Case No. 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | Case No. 05-03840-3F1 |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, AUGUST 1, 2005**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.** PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.