UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about May 27, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

   to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 8, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                          **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241408-12<br>AARO LABELS<br>ATTN: THOMAS LAMONICA, GEN MGR<br>PO BOX 853<br>SAFETY HARBOR, FL 34695-0853 | CREDITOR ID: 241497-12<br>ACCUMED<br>ATTN: BURGISE F POLLCHIWAK, PRES<br>2572 BRUNSWICK PIKE<br>LAWRENCEVILLE, NJ 08648 | CREDITOR ID: 381380-47<br>ADVANCED COMMUNICATIONS TECHNOLOGIES<br>D/B/A CAPITOL PAGING<br>ATTN: JENNIFER MOORE, OFFICE MGR<br>3079-C WETUMPKA HWY<br>MONTGOMERY, AL 36110 |
| CREDITOR ID: 241772-12<br>AIS CONTAINER HANDLING<br>ATTN: AMY L, ACCT REC COORD<br>7000 DUTTON INDUSTRIAL DRIVE<br>DUTTON, MI 49316 | CREDITOR ID: 241859-12<br>ALAMANCE NEWS<br>PO BOX 431<br>GRAHAM, NC 27253 | CREDITOR ID: 278845-30<br>ALDERSHOT OF N MEX INC<br>ATTN: PETE VANDERLUGT, PRES<br>4884 S MAIN STREET<br>MESILLA PARK, NM 88047-9720 |
| CREDITOR ID: 242039-12<br>ALLSHARP<br>ATTN: JAMES SMITH, PRES<br>PO BOX 850<br>GENEVA, FL 32732 | CREDITOR ID: 242322-12<br>AMERIPRIDE LINEN & APPAREL SERVICES<br>ATTN: JAMES SNYDER, GEN MGR<br>PO BOX 14306<br>MONROE, LA 71207-4306 | CREDITOR ID: 242443-12<br>APJ MEATS<br>ATTN: J SAMPSON, PRES<br>183 LANDRUM LANE, STE 104<br>PONTE VEDRA BEACH, FL 32082 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 241354-12<br>AT PATTON & CO INC<br>ATTN: FRANK DEGRADO, PRES<br>1220 DELERY STREET<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 242894-12<br>AZTECA FOODS, INC.<br>ATTN: JOSEPH KLOMES, VP OF FINANCE<br>PO BOX 427<br>SUMMIT ARGO, IL 60501-0427 |
| CREDITOR ID: 242983-12<br>BALLOONS INC<br>ATTN: WILLIAM GRUBBS, PRES<br>2050 W 5TH STREET<br>PO BOX 1525<br>LUMBERTON, NC 2835915255 | CREDITOR ID: 243297-12<br>BENGAL PRODUCTS INC<br>ATTN: VERNON WEBB, CFO<br>PO BOX 54316<br>NEW ORLEANS, LA 70154-4316 | CREDITOR ID: 243496-12<br>BIG SHOW FOODS INC<br>ATTN: DANIEL W LYNN SR, CFO<br>PO BOX 684<br>WAKE FOREST, NC 27588-0684 |
| CREDITOR ID: 381939-15<br>BINSWANGER GLASS<br>ATTN JOHN LUMPKIN, MGR<br>2931 LIME STREET<br>METAIRIE LA 70006 | CREDITOR ID: 243546-12<br>BINSWANGER GLASS COMPANY<br>ATTN: WW GOULD III, CREDIT MNGR<br>PO BOX 172321<br>MEMPHIS, TN 38187-2321 | CREDITOR ID: 243604-12<br>BLAIREX LABORATORIES, INC<br>ATTN: GLENN A DODGE, CFO<br>PO BOX 2127<br>COLUMBUS, IN 47202-2127 |
| CREDITOR ID: 244254-12<br>BYERLY PUBLICATIONS INC<br>ATTN TIDEWATER NEWS<br>RONALD WILMOT, GEN MGR<br>PO BOX 497<br>FRANKLIN, VA 23851-0497 | CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 399402-15<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN M L BAYMAN, ASST CR MGR<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121-7706 |
| CREDITOR ID: 245228-12<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN: PATRICIA J GIRALD, CREDIT MGR<br>PO BOX 91943<br>CHICAGO, IL 60693 | CREDITOR ID: 245270-12<br>CHLOE FOODS CORP<br>ATTN: RAY SHAIN, VP<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208 | CREDITOR ID: 246513-12<br>CMT MANUFACTURING<br>ATTN: CRAIG CANNON, PRES<br>5309 WEST BROADWAY BLVD, # 321<br>PLANTATION, FL 33317 |
| CREDITOR ID: 246909-12<br>CONSTAR INTERNATIONAL<br>ATTN: JOHN ROCK, CREDIT MGR<br>PO BOX 116983<br>ATLANTA, GA 30368-6983 | CREDITOR ID: 246932-12<br>CONTRACT FLOORING DESIGN<br>ATTN: KENNETH R BLIZZARD, VP<br>PO BOX 6128<br>KINSTON, NC 28501-6128 | CREDITOR ID: 246994-12<br>CORESTAFF STAFFING SERVICES<br>ATTN: PETRINE HANSEN, CRED SUPV<br>PO BOX 60799<br>CHARLOTTE, NC 28260-0799 |
| CREDITOR ID: 247066-12<br>COUNTRY INN & SUITES<br>ATTN: STEVE FONDA, GEN MGR<br>5155 CARMICHAEL ROAD<br>MONTGOMERY, AL 36106 | CREDITOR ID: 247219-12<br>CROFTON & SONS<br>ATTN: RICK BERNALDO, CFO<br>PO BOX 698<br>BRANDON, FL 33509 | CREDITOR ID: 247471-12<br>DAILY EQUIPMENT COMPANY<br>ATTN WANDA SMITH, SEC/TREAS<br>PO BOX 98209<br>JACKSON, MS 39298-8209 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 247942-12<br>DELRAY PLANTS INC<br>ATTN: RANDY GILDE, VP<br>955 OLD STATE ROAD 8<br>VENUS, FL 33960 | CREDITOR ID: 384095-47<br>DOLPHIN PRODUCTS INC<br>ATTN: DAVID SCHENKLER, PRES<br>4770 BISCAYNE BLVD, STE 580<br>MIAMI, FL 33137 | CREDITOR ID: 248478-12<br>DOUSSAN GAS AND SUPPLY LLC<br>ATTN: LEONARD B DOUSSAN III, CONTR<br>PO BOX 52407<br>NEW ORLEANS, LA 70152 |
| CREDITOR ID: 248479-12<br>DOVER CONE<br>ATTN RICHARD BRONOWICKI, DIR OF OP<br>4350 HARVESTER ROAD<br>BURLINGTON, ON L7R 3Y7<br>CANADA | CREDITOR ID: 248501-12<br>DR GH TICHENOR ANTISEPTIC CO<br>ATTN: MARTHA GRUNING, CONTROLLER<br>PO BOX 29384<br>NEW ORLEANS, LA 70189 | CREDITOR ID: 249289-12<br>EXPERT COMMUNICATIONS INC<br>ATTN: TOM GINTHER, PRES<br>15829 WESTBROOK ROAD<br>ALPHARETTA, GA 30004 |
| CREDITOR ID: 249342-12<br>FAIRWAY FORMS & PRINTING<br>ATTN: CHRIS W COBB, PRES<br>4700 LEBANON ROAD<br>CHARLOTTE, NC 28227 | CREDITOR ID: 384136-47<br>FRAZIER & GARDNER ELEC<br>ATTN: CHARLES P BRIGHTWELL III,PRES<br>333 E JEFF DAVIS AVE<br>MONTGOMERY, AL 36104-5003 | CREDITOR ID: 250064-12<br>FRAZIER & GARDNER ELECTRIC CO INC<br>ATTN BARBARA A CHESSER, OFF MGR<br>333 E JEFF DAVIS AVENUE<br>MONTGOMERY, AL 36104-5003 |
| CREDITOR ID: 250177-12<br>FUTURISTIC FOODS INC<br>ATTN: MICHAEL SCARPULLA, PRES<br>3 ATLANTIS TERRACE<br>FREEHOLD, NJ 07728 | CREDITOR ID: 381920-15<br>FUTURISTIC FOODS INC<br>ATTN MICHAEL SCARPULLA, PRES<br>100 BENJAMIN STREET<br>TOMS RIVER NJ 08755 | CREDITOR ID: 250230-12<br>GAFFNEY LEDGER INC<br>ATTN: GINA D POOLE, CONTROLLER<br>PO BOX 670<br>GAFFNEY, SC 29342-0670 |
| CREDITOR ID: 381783-15<br>GEOSCIENCE ENGINEERS, LLC<br>ATTN EUGENE G OR PAMELA WARDLAW<br>PO BOX 9144<br>JACKSON MS 39286 | CREDITOR ID: 250694-12<br>GOLD DOLLAR PRODUCTS INC<br>ATTN: SANDRA ABRAHAM, PRES<br>PO BOX 17826<br>MEMPHIS, TN 38187 | CREDITOR ID: 250784-12<br>GRANT FRUIT PROCESSING<br>ATTN: CHARLES M HUTCHINS, PRES<br>8484 HIGHWAY 165<br>POLLOCK, LA 71467 |
| CREDITOR ID: 251577-12<br>HICKORY FARMS<br>ATTN: MARK J WAGNER, VP/FIN & CFO<br>PO BOX 72328<br>CLEVELAND, OH 44192-0328 | CREDITOR ID: 251099-12<br>HO TUGWELL CO<br>ATTN: MYRT TUQWELL, PRES<br>2648 ROME DRIVE<br>BATON ROUGE, LA 70814-2326 | CREDITOR ID: 252060-12<br>IMAGING TECHNOLOGIES<br>ATTN: JACK ELLIS, DIV CONTROLLER<br>PO BOX 13426<br>ATLANTA, GA 30324 |
| CREDITOR ID: 252124-12<br>INDIAN RIVER TRANSPORT<br>ATTN: ANN WALDENMEYER, CONTR<br>2580 EXECUTIVE ROAD<br>WINTER HAVEN, FL 33884-1163 | CREDITOR ID: 252309-12<br>INTERSTATE SIGN CO, INC<br>ATTN JOHN K RICHARDSON, CONTROLLER<br>1990 ROCKFORD STREET<br>MOUNT AIRY, NC 27030-5202 | CREDITOR ID: 252368-12<br>ISLANDER NEWS<br>ATTN: ANNE OWENS, PRES<br>104 CRANDON BLVD, STE 301<br>KEY BISCAYNE, FL 33149 |
| CREDITOR ID: 253886-12<br>KESSLER REFRIGERATION<br>ATTN: SANDRA STEPHENS, VP<br>214 16TH ST NW<br>ROANOKE, VA 24017-5516 | CREDITOR ID: 254308-12<br>LAIDLAW CORPORATION<br>ATTN: TIMOTHY ALLEN, VP CFO<br>PO BOX 60200<br>SAINT LOUIS, MO 63160-0001 | CREDITOR ID: 406014-97<br>LAKESHORE INC USA<br>ATTN: ROSEMARY HERR, CONTR<br>2350 FOURTH AVENUE<br>JORDAN STATION ON L0R 1S0<br>CANADA |
| CREDITOR ID: 278911-30<br>LAKESHORE INC USA<br>PO BOX 612<br>LEWISTON, NY 14092-0612 | CREDITOR ID: 254347-12<br>LAKEVIEW FARMS INC<br>ATTN: RONALD MOENING, PRES<br>PO BOX 631379<br>CINCINNATI, OH 45263-1379 | CREDITOR ID: 254466-12<br>LATINO INTERNATIONAL NEWS INC<br>ATTN: RUDOLPH PEREZ, PUBL/PRES<br>672 N SEMORAN BLVD, STE 304<br>ORLANDO, FL 32807 |
| CREDITOR ID: 262845-12<br>LIBMAN COMPANY, THE<br>ATTN: JOHN D ROSS, CONTR<br>5167 EAGLE WAY<br>CHICAGO, IL 60678-1051 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 384213-47<br>LONG BEVERAGE INC<br>ATTN: RODNEY LONG, PRES<br>PO BOX 450<br>MORRISVILE, NC 27560-0450 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 244793-12<br>LUTGENS, CAVID<br>ATTN: DAVID LUTGENS<br>2337 CEDAR SHORES CIRCLE<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 255210-12<br>M&N FOOD PRODUCTS<br>ATTN: JOE IMPASTATO, PRES<br>PO BOX 938<br>LACOMBE, LA 70445 | CREDITOR ID: 255310-12<br>MAGNOLIA BEVERAGE<br>ATTN: MICHAEL M MICHAUD, CFO<br>2668 ST ANDREWS ST<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 262848-12<br>MALISH CORPORATION, THE<br>ATTN MARK A RAY, VP<br>4260 HAMANN PARKWAY<br>WILLOUGHBY, OH 44094 | CREDITOR ID: 255403-12<br>MARATHON ENTERPRISES INC<br>ATTN: BOYD ADELMAN, EXEC VP<br>66 EAST UNION AVENUE<br>EAST RUTHERFORD, NJ 07073-2179 | CREDITOR ID: 255546-12<br>MARKET LOGISTICS<br>ATTN: ED SCHWALBACH, OPER MGR<br>PO BOX 890232<br>CHARLOTTE, NC 28289-0232 |
| CREDITOR ID: 256079-12<br>MERCHSOURCE, LLC<br>ATTN KIRK MCLEAN<br>19511 PAULING<br>FOOTHILL RANCH, CA 92610 | CREDITOR ID: 256147-12<br>MFI<br>ATTN: JAY J RODGERS, SVP & TREAS<br>PO BOX 18434<br>NEWARK, NJ 07191 | CREDITOR ID: 256781-12<br>MULTIPLAST SYSTEMS INC<br>ATTN: JEFF AJASDORF, VP<br>24874 LETCHWORTH RD<br>BEACHWOOD, OH 44122 |
| CREDITOR ID: 257477-12<br>NRG INTERNATIONAL LLC<br>ATTN: BRAD NATTRASS, MANAGING PRTNS<br>706 FRONT STREET, STE 2<br>LOUISVILLE, CO 80207 | CREDITOR ID: 257888-12<br>PACIFIC COAST PRODUCERS<br>ATTN: MARK WAHLMAN, CFO<br>PO BOX 1067, FILE #98783<br>CHARLOTTE, NC 28201-1067 | CREDITOR ID: 257930-12<br>PALLET CONSULTANTS<br>ATTN: CARLA GRUENER, PRES/CFO<br>PO BOX 1692<br>POMPANO BEACH, FL 33061 |
| CREDITOR ID: 258080-12<br>PARTS WASHER SERVICES<br>ATTN: STEVE P PITRE, GEN MGR<br>PO BOX 720777<br>BYRAM, MS 39272-0777 | CREDITOR ID: 258370-12<br>PERFORMANCE POWER SWEEP<br>ATTN: REESE UPTHEGROVE, OWNER<br>PO BOX 146<br>BARTOW, FL 33831-0146 | CREDITOR ID: 258487-12<br>PHONE STORE COMMUNICATIONS INC<br>ATTN: BETTY J JACKSON, PRES<br>PO BOX 1045<br>MILLBROOK, AL 36054 |
| CREDITOR ID: 381076-47<br>QUALITY SPRINKLER CO INC<br>ATTN: WILLIAM C KLUTTZ JR, PRES<br>10301 OLD CONCORD RD<br>CHARLOTTE, NC 28213 | CREDITOR ID: 383215-15<br>QUICKWAY LOGISTICS, INC<br>ATTN ELLEN H FITZPATRICK, AR REP<br>113 CANDY LANE<br>NASHVILLE TN 37211 | CREDITOR ID: 403565-97<br>QUICKWAY TRANSPORTATION<br>ATTN: CHRIS T - CONTROLLER<br>PO BOX 111390<br>NASHVILLE TN 37222 |
| CREDITOR ID: 259169-12<br>RACE COM<br>ATTN: LARRY MITCHELL, PRES<br>PO BOX 729<br>HARRISBURG, NC 28075 | CREDITOR ID: 259393-12<br>REFRIGIWEAR INC<br>ATTN: PAMELA GOODE, PRES<br>PO BOX 39<br>DAHLONEGA, GA 30533 | CREDITOR ID: 260022-12<br>ROTANIS PET PRODUCTS INC<br>ATTN: ROBERT KASTNER, CFO<br>73 SPRING STREET<br>OSSINING, NY 10562 |
| CREDITOR ID: 260088-12<br>ROYAL CROWN BOTTLING<br>ATTN: HUGH H LAMB, PRES<br>PO BOX 1045<br>ARDEN, NC 28704-1045 | CREDITOR ID: 260284-12<br>SACO FOODS INC<br>ATTN: ROBERT A HERMSEN, SEC/TREAS<br>PO BOX 620707<br>MIDDLETON, WI 53562-0707 | CREDITOR ID: 260292-12<br>SAFE HARBOR SEAFOOD<br>ATTN: GERALD PACK, PRES<br>4371 OCEAN ST<br>MAYPORT, FL 32233-2417 |
| CREDITOR ID: 381056-47<br>SECURITY BY ACKERMAN SECURITY SYSTEMS<br>ATTN: MICHAEL PEACE, A/R MGR<br>7585-C PONCE DE LEON CIRCLE<br>ATLANTA, GA 30340 | CREDITOR ID: 260806-12<br>SHANKS EXTRACTS INC<br>ATTN: BOB MURPHY, CFR<br>350 RICHARDSON DRIVE<br>LANCASTER, PA 17603 | CREDITOR ID: 261091-12<br>SIMMONS CATFISH<br>ATTN: HARRY SIMONS JR, PRES<br>2628 ERICKSON ROAD<br>YAZOO CITY, MS 39194 |
| CREDITOR ID: 261689-12<br>ST JOHNS BEVERAGE CO<br>ATTN: CARMINE J SCHIAVONE, PRES<br>1221 SE VEITCH ST<br>GAINESVILLE, FL 32601 | CREDITOR ID: 261838-12<br>STAR FOOD PRODUCTS<br>ATTN: GEORGE BELL, CHAIRMAN<br>PO BOX 1479<br>BURLINGTON, NC 27216-1479 | CREDITOR ID: 262004-12<br>STEVENS SAUSAGE COMPANY INC<br>ATTN: TIM STEVENS, VP<br>PO BOX 2304<br>SMITHFIELD, NC 27577 |

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 395730-65<br>SUNCOAST PARKING LOT SERVICES INC<br>ATTN WILLIAM B KNAPP, PRES<br>11709 106TH AVENUE N<br>SEMINOLE, FL 33778 | CREDITOR ID: 262265-12<br>SUPERMARKET ENVIRONMENT SERVICES CO<br>ATTN: DAVID KENNEDY<br>PO BOX 667<br>KERNERSVILLE, NC 27285 | CREDITOR ID: 260270-12<br>SW (RED) SMITH INC<br>ATTN: DAVID FOSTER, VP<br>4145 SW 47TH AVENUE<br>DAVIE, FL 33314 |
| CREDITOR ID: 406020-97<br>THOMPSON MEAT SUPPLY CO<br>ATTN: JAMES B NELSON, PRES<br>7791-T-JAR DRIVE<br>PENSACOLA FL 32526 | CREDITOR ID: 263003-12<br>THOMPSON MEAT SUPPLY CO<br>ATTN: JOHN BREWER<br>7791 T-JAR DR<br>PENSACOLA, FL 32526 | CREDITOR ID: 263670-12<br>TYCO PLASTICS<br>ATTN: SCOTT CHASE, DIR OF CREDIT<br>DEPT AT40355<br>ATLANTA, GA 31192-0355 |
| CREDITOR ID: 263911-12<br>US CAP SYSTEMS CORP<br>ATTN: CHARLES E HOGAN, EXEC VP<br>119 S ADAMS RD<br>SPOKANE, WA 99216 | CREDITOR ID: 279169-33<br>US CAP SYSTEMS CORPORATION<br>ATTN DONALD R COBLENTZ, ESQ<br>WORCESTER PLAZA<br>446 MAIN STREET<br>WORCESTER MA 01608 | CREDITOR ID: 278965-30<br>VAN WINGERDEN INTERNATIONAL<br>ATTN MJ LEMKES, PRES<br>1856 JEFFRESS ROAD<br>FLETCHER, NC 28732 |
| CREDITOR ID: 264037-12<br>VARIETY FOODS INC<br>ATTN: CHERYL GENDIES, VP<br>5180 N W 12TH AVENUE<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 264091-12<br>VERON PROVISION CO INC<br>ATTN: LAWRENCE LOUQUE, PRES<br>PO BOX 457<br>LUTCHER, LA 70071 | CREDITOR ID: 263975-12<br>VM INTERNATIONAL<br>ATTN: ROYA VAZIN, CONTROLLER<br>1243 E WATSON CENTER ROAD<br>CARSON, CA 90745 |
| CREDITOR ID: 264508-12<br>WAYCO HAM CO<br>ATTN: TONY WARRELL, PRES<br>PO BOX 841<br>GOLDSBORO, NC 27530 | CREDITOR ID: 384422-47<br>WINONA PACKING CO INC<br>ATTN: BILL GRAVES, PRES<br>PO BOX 745<br>WINONA, MS 38967 | CREDITOR ID: 399454-15<br>ZAK DESIGNS INC<br>ATTN AMY R HIGGINS, CR MGR<br>1603 S GARFIELD ROAD<br>AIRWAY HEIGHTS WA 99001 |
| CREDITOR ID: 265159-12<br>ZAK DESIGNS, INC<br>ATTN AMY HIGGINS, CREDIT MANAGER<br>PO BOX 19188<br>SPOKANE, WA 99219-9188 | CREDITOR ID: 265163-12<br>ZAPP'S POTATO CHIPS<br>ATTN RICHARD GAUDRY, DIR OF SALES<br>PO BOX 1533<br>GRAMERCY, LA 70052-1533 | CREDITOR ID: 265186-12<br>ZILA PHARMACEUTICALS INC<br>ATTN: ANDY STEVENS, VP/CFO<br>PO BOX 52729<br>PHOENIX, AZ 85072-2729 |

**Total:** 108

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.:

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Name of Transferor                                        Name of Transferee

Phone:                                                    Phone:
Account No.:                                              Account No.:

Claim No.:                                                Full Transfer:         Partial Transfer:
Date Claim Filed:                                         Transfer Amount:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/27/2005                                          /s/ Logan & Company, Inc.
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on