UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about June 3, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

  to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 8, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241305-12<br>A&W COMMERCIAL PRESSURE WASHING<br>ATTN: ALVIN R MUDGE<br>135 ONEAL LANE<br>BRANCH, LA 70516 | CREDITOR ID: 241505-12<br>ACE EXPEDITERS INC<br>ATTN: RICHARD COOPER, VP<br>PO BOX 2513<br>ORLANDO, FL 32802 | CREDITOR ID: 381155-47<br>ACTION CHEMICALS LLC<br>ATTN: VICTORIA MATHIS, OFFICER<br>686 FEENSTER GAP ROAD<br>GUNTEERSVILLE, AL 35976 |
| CREDITOR ID: 262760-12<br>ADVOCATE, THE<br>ATTN: LARRY COCKRELL, DIST<br>817 VATICAN ROAD<br>CARENCRO, LA 70520 | CREDITOR ID: 241823-12<br>ALABAMA ENVIRONMENTAL<br>ATTN: WILLIAM ARNETT, OWNER<br>PO BOX 204<br>HOLT, FL 32564 | CREDITOR ID: 384319-47<br>ALCOTT, RICHARD<br>PO BOX 766<br>QUINCY, FL 32353 |
| CREDITOR ID: 241973-12<br>ALLEGRA PRINT AND IMAGING<br>ATTN: PAULA BATES, BOOKKEEPER<br>8307 PRESTON HWY<br>LOUISVILLE, KY 40219 | CREDITOR ID: 242030-12<br>ALLIED PLUMBING & SEWER SERVICE<br>ATTN: R P CONNAUGHTON, PRES<br>2459 ROYAL VIEW COURT<br>CINCINNATI, OH 45244 | CREDITOR ID: 242057-12<br>ALPHA COMMUNICATIONS INC<br>ATTN: DANIEL L O'NEAL, PRES<br>PO BOX 37071<br>JACKSONVILLE, FL 32236-7071 |
| CREDITOR ID: 242131-12<br>AMERICAN AUTO & TRUCK ELECTRIC INC<br>ATTN: KAREN HELMS, OFF MGR<br>646 ATANDO AVENUE<br>CHARLOTTE, NC 28206 | CREDITOR ID: 242158-12<br>AMERICAN ELECTRONIC SUPPLY CO INC<br>ATTN: TED SELF, PRES<br>13 WEST PARK CIRCLE<br>BIRMINGHAM, AL 35211 | CREDITOR ID: 242271-12<br>AMERICAN WOOD FIBERS INC<br>ATTN: DAVID L BROWN, GEN MGR<br>PO BOX 64388<br>BALTIMORE, MD 21264 |
| CREDITOR ID: 406087-97<br>AMERICAN WOOD FIBERS INC<br>ATTN: DAVID L BROWN, GEN MGR<br>9841 BROKEN LAND PKWY #302<br>COLUMBIA MD 21046 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 242422-12<br>ANSERCOMM<br>ATTN: ANTHONY GREENFIELD, PRES<br>PO BOX 1<br>MOORESTOWN, NJ 08057 |
| CREDITOR ID: 406083-97<br>ANTHONE'S SYRUP<br>ATTN: WENDY ALFORD, CREDIT MGR<br>PO BOX 1528<br>PHILADELPHIA MS 39350 | CREDITOR ID: 242426-12<br>ANTHONE'S SYRUP<br>ATTN: WENDY ALFORD, CREDIT MGR<br>11191 HIGHWAY 21 NORTH<br>PHILADELPHIA, MS 39350 | CREDITOR ID: 381337-47<br>APPLIED SYSTEMS TECHNOLOGY CHARLOTTE<br>ATTN: KEVIN J LINER<br>1017 MORRISVILLE PKWY<br>PO DRAWER 185<br>MORRISVILLE, NC 27560-0185 |
| CREDITOR ID: 242527-12<br>AREA CONSTRUCTION SUPPLIES LLC<br>ATTN: PHILLIP SIMMONS, OWNER<br>2514 RIVER RD, SUITE 107<br>PIEDMONT, SC 29673 | CREDITOR ID: 242922-12<br>B&B PECAN PROCESSORS OF NC INC<br>ATTN: GEORGE ALAN BUNG, PRES<br>1 WARRICK PLACE<br>CLAYTON, NC 27520 | CREDITOR ID: 243117-12<br>BATON ROUGE COURIER SER.<br>ATTN: RICHARD CARTERS, OWNER<br>PO BOX 101<br>BATON ROUGE, LA 70821-0101 |
| CREDITOR ID: 406086-97<br>BATON ROUGE COURIER SER.<br>ATTN: RICHARD CARTERS, OWNER<br>14095 BAYON GRAND N<br>GONZALES LA 70737 | CREDITOR ID: 243330-12<br>BERGENSON'S PROPERTY SERVICES INC<br>ATTN: RICHARD C MAIVODGIAN, CFO<br>1959 PLAZA REAL<br>OCEANSIDE CA 92056 | CREDITOR ID: 406154-97<br>BERGENSON'S PROPERTY SERVICES INC<br>ATTN: RICHARD C MAIVODGIAN, CFO<br>PO BOX 20137<br>DALLAS TX 75320 |
| CREDITOR ID: 279341-36<br>BERRY PLASTICS CORPORATION<br>ATTN: RONDA HALE, CORP CR MGR<br>101 OAKLEY STREET<br>PO BOX 959<br>EVANSVILLE IN 47706 | CREDITOR ID: 243381-12<br>BEST WESTERN GREENWOOD<br>ATTN: FAITH BLAKELY, GEN MGR<br>635 HWY 82 WEST<br>GREENWOOD, MS 38930 | CREDITOR ID: 243731-12<br>BONAR ENGINEER<br>ATTN: BARBARA BONER, SEC/TREAS<br>PO BOX 60009<br>JACKSONVILLE, FL 32236-0009 |
| CREDITOR ID: 243866-12<br>BRANNAN LANDSCAPE<br>ATTN: TIM BRANNON, PRES<br>4044 SOUTH BRYANT BLVD<br>SAN ANGELO, TX 76903 | CREDITOR ID: 244327-12<br>CABLE CONNECTIONS INC<br>ATTN: JULIE HARDY, PRES<br>404 CORDELE ROAD<br>ALBANY, GA 31705 | CREDITOR ID: 384028-47<br>CADUR TRADING CORP<br>ATTN: JOSE TEIJEIRO<br>8225 NW 80TH STREET<br>MIAMI, FL 33166 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244482-12<br>CAPITOL INVESTMENTS INC<br>ATTN: MIRIAM MENOSCAL, PRES<br>6538 COLLINS AVENUE, STE 235<br>MIAMI BEACH, FL 33141 | CREDITOR ID: 245142-12<br>CHECK MARK INC<br>ATTN: CAROL WHITE, SEC/OWNER<br>4250 FERGUSON DRIVE, STE 100<br>CINCINNATI, OH 45245 | CREDITOR ID: 245154-12<br>CHEFS GRILL PLUS INC<br>ATTN: THERESA JOHNSON, OFF MGR<br>1475 30TH STREET<br>NICEVILLE, FL 32578 |
| CREDITOR ID: 245418-12<br>CINTAS CORPORATION #216<br>ATTN: SCOTT M PETERS, OFF MGR<br>191 ELCON DRIVE<br>GREENVILLE, SC 29605 | CREDITOR ID: 245567-12<br>CITY OF BAY ST LOUIS<br>ATTN: ROBERT PARKER<br>PO BOX 2550<br>BAY ST LOUIS, MS 39521-2550 | CREDITOR ID: 251366-12<br>CITY OF HAZLEHURST WATER & SEWER<br>ATTN: LLOYD HILLIARD, SUPERINTENDEN<br>PO BOX 367<br>HAZLEHURST, MS 39083 |
| CREDITOR ID: 245836-12<br>CITY OF HENDERSON<br>ATTN: LISA EAVES, ACCT SUP<br>PO BOX 1434<br>WATER WORKS<br>HENDERSON, NC 27536 | CREDITOR ID: 246147-12<br>CITY OF SANDERSVILLE<br>ATTN: DEBRA BLOUNT, CUST SRV SUP<br>PO BOX 71<br>SANDERSVILLE, GA 31082 | CREDITOR ID: 246150-12<br>CITY OF SANFORD UTILITIES<br>ATTN: NANCY JERMYN, SUP<br>PO BOX 2847<br>SANFORD, FL 32772-2847 |
| CREDITOR ID: 246170-12<br>CITY OF SLIDELL<br>ATTN: TIMOTHY MATHISON, CITY ATTNY<br>PO BOX 828<br>SLIDELL, LA 70459-0828 | CREDITOR ID: 246242-12<br>CITY OF VILLA RICA<br>ATTN: ROBERT ZELLNER, CITY MGR<br>571 WEST BANKHEAD HWY<br>VILLA RICA, GA 30180 | CREDITOR ID: 246280-12<br>CITY OF ZACHARY<br>ATTN: CHERYL HEATY, BILLING SUP<br>PO BOX 310<br>ZACHARY, LA 70791-0310 |
| CREDITOR ID: 244305-12<br>CL MCBRIDE COMPANY INC<br>ATTN: ELIZABETH A ROSS, PRES<br>836 E MARKET STREET<br>LOUISVILLE, KY 40206 | CREDITOR ID: 381444-47<br>CLARENCE NEWBORN REPAIR AND ALIGNMENT<br>ATTN: CLARENCE NEWBORN, PRES<br>EXIT 5 I-20 HIGHWAY 100<br>TALLAPOSSA, GA 30176 | CREDITOR ID: 246873-12<br>CONRAD RICE MILL INC<br>ATTN: CHRIS R FICHTER, OFF MGR<br>PO BOX 10640<br>NEW IBERIA, LA 70562-6980 |
| CREDITOR ID: 246913-12<br>CONSTRUCTION MATERIALS<br>ATTN: KENDRA ELMORE, CREDIT MGR<br>PO BOX 830767<br>BIRMINGHAM, AL 35283-0767 | CREDITOR ID: 406084-97<br>CONSTRUCTION MATERIALS<br>ATTN: KENDRA ELMORE, CREDIT MGR<br>4350 NORTHERN BLVD<br>MONTGOMERY AL 36110 | CREDITOR ID: 246928-12<br>CONTINENTAL FRAGRANCES LTD<br>ATTN: DEBORAH J PETCHUL, CONTROLLER<br>750 STANDARD PARKWAY<br>AUBURN HILLS, MI 48326 |
| CREDITOR ID: 246946-12<br>CONVERTING INC<br>ATTN: DANIEL J BUBOLTZ, CR MGR<br>255 SPRING ST<br>CLINTONVILLE, WI 54929 | CREDITOR ID: 247016-12<br>CORPORATE MAILING SYSTEMS<br>ATTN: JOHN H TURNER, PRES<br>1839 PLANTSIDE DRIVE<br>LOUISVILLE, KY 40299 | CREDITOR ID: 247027-12<br>CORRIHER BEEF & SAUSAGE CO<br>ATTN: FRANK TADLOCK<br>PO BOX 133<br>LANDIS, NC 28088 |
| CREDITOR ID: 250150-12<br>COUNTY OF FULTON SEWER SURCHARGE<br>ATTN: SOYANNA MITCHELL/MONICA DIXON<br>141 PRYOR STREET, STE 7001<br>ATLANTA, GA 30303 | CREDITOR ID: 261694-12<br>COUNTY OF ST JOHNS UTILITY DEPT<br>ATTN: LEQUITIA KING, CUST SRV REP<br>PO BOX 3006<br>ST AUGUSTINE, FL 32085-3000 | CREDITOR ID: 247109-12<br>COURTYARD MARRIOT<br>ATTN: MIKE HART, VP & TREAS<br>JAX AIRPORT NORTHWEST<br>14668 DUVAL ROAD<br>JACKSONVILLE, FL 32218 |
| CREDITOR ID: 406093-97<br>CROWN PRINCE<br>ATTN: CHRIS BRUNO, CFO<br>18581 RAILROAD STREET<br>CITY OF INDUSTRY CA 91748 | CREDITOR ID: 247246-12<br>CROWN PRINCE<br>ATTN: CHRIS BRUNO, CFO<br>DEPT 0103<br>LOS ANGELES, CA 90084-0103 | CREDITOR ID: 247341-12<br>CUNNINGHAM WHOLESALE<br>ATTN: RANDY L<br>PO BOX 32651<br>CHARLOTTE, NC 28232 |
| CREDITOR ID: 247470-12<br>DAILY DISTRIBUTION<br>ATTN: KAMILLA R BOCREMA, OWNER<br>PO BOX 568<br>OOLTEWAH, TN 37363 | CREDITOR ID: 384241-47<br>DAVIS, MICHELLE<br>PO BOX 75739<br>JACKSON, MS 39282-5739 | CREDITOR ID: 247794-12<br>DE SANTIS PROVISIONS<br>ATTN: RANDALL DESANTIS, PRES<br>200 SARASOTA CENTER BLVD<br>SARASOTA, FL 34240 |

Case 3:05-bk-03817-JAF   Doc 1609   Filed 06/08/05   Page 5 of 13
SERVICE LIST
Page 3 of 9
Notice of Transfer of Claim Other Than For Security

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406136-97<br>DIVERSCO INC<br>ATTN: RHONDA THOMPSON, CFO<br>PO BOX 5527<br>SPARTANBURG SC 29304 | CREDITOR ID: 248192-12<br>DIVERSCO INC<br>ATTN: RHONDA THOMPSON, CFO<br>PO BOX 711239<br>CINCINNATI, OH 45271-1239 | CREDITOR ID: 248290-12<br>DOMBROVSKI MEATS CO<br>ATTN: ERIN LOMMEL, OWNER<br>425 DEWEY STREET<br>PO BOX 308<br>FOLEY, MN 56329 |
| CREDITOR ID: 248458-12<br>DOUGLAS BATTERY MANUFACTURING<br>ATTN: JERZMY M ROBINSON, CFO<br>PO BOX 538093<br>ATLANTA, GA 30353-8093 | CREDITOR ID: 406152-97<br>DOUGLAS BATTERY MANUFACTURING<br>ATTN: JERZMY M ROBINSON, CFO<br>2995 STARLIGHT DRIVE<br>WINSTON-SALEM NC 27107 | CREDITOR ID: 248677-12<br>EAST COWETA HIGH SCHOOL<br>ATTN: PAM WALLACE, MEMBER<br>BASEBALL BOOSTER CLUB<br>155 TORREY PINES COURT<br>NEWNAN, GA 30265 |
| CREDITOR ID: 248996-12<br>ENGEDI SPECIALTIES<br>ATTN: CARL F HOLMBERG, PRES<br>8547 SW US HWY 27<br>FORT WHITE, FL 32038 | CREDITOR ID: 249348-12<br>FALCON RICE MILL INC<br>ATTN: CHARLES D TRAHAN, VP<br>PO DRAWER 771<br>CROWLEY, LA 70526 | CREDITOR ID: 249486-12<br>FETCH EXPRESS<br>ATTN: DAVID POE, OWNER<br>PO BOX 26921<br>TAMPA, FL 33623 |
| CREDITOR ID: 249487-12<br>FETCH LOGISITICS<br>ATTN: WILLIAM WILCOX, VP<br>25 NORTHPOINTE PARKWAY, SUITE 200<br>AMHERST, NY 14228 | CREDITOR ID: 406134-97<br>FETCH LOGISTICS<br>ATTN: ROBERT R CLOSE II, PRES<br>25 NORTHPONTE PKWY, STE 200<br>AMHERST NY 14228 | CREDITOR ID: 384123-47<br>FILLINGHAM ROOFING & SHEET METAL INC<br>ATTN: F M FILLINGHAM, PRES<br>441 N LANE AVENUE<br>PO BOX 61886<br>JACKSONVILLE, FL 32236-1886 |
| CREDITOR ID: 381749-15<br>FIRST CLASS LIVERY SERVICES, INC<br>ATTN: SCOTT WORKMAN<br>5440 MING DRIVE<br>ORLANDO FL 32812 | CREDITOR ID: 406129-97<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW DRIVE<br>YULEE FL 32097 | CREDITOR ID: 249554-12<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 |
| CREDITOR ID: 249792-12<br>FLORIDA MEDICAL CLINIC<br>ATTN: COLLEEN CUFFE, CFO<br>38135 MARKET SQUARE<br>ZEPHYRHILLS, FL 33540 | CREDITOR ID: 249814-12<br>FLORIDA SALES UNLIMTED<br>ATTN: RANDY FRONTZ, PRES<br>545 EAST 4TH STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 249996-12<br>FRANCES FLORIST<br>ATTN: LOY E EUBANKS, PRES<br>7020 BROAD STREET<br>DOUGLASVILLE, GA 30134 |
| CREDITOR ID: 262815-12<br>FRANKLIN PRESS INC, THE<br>ATTN: RALPH W MORRIS, PUBLISHER<br>PO BOX 350<br>FRANKLIN, NC 28734 | CREDITOR ID: 250096-12<br>FREEMAN SHEET METAL INC<br>ATTN: GLADYS B FREEMAN, PRES<br>1402 18TH STREET<br>TUSCALOOSA, AL 35401 | CREDITOR ID: 250188-12<br>G&K SERVICES OF BATON ROUGE<br>ATTN: CHARLES F BOWLER, GEN MGR<br>PO BOX 4856<br>JACKSON, MS 39296 |
| CREDITOR ID: 381227-47<br>GENERAL REPAIR TRUCK TRAILER & TOWING<br>ATTN: CARL ELANIER, OWNER<br>401 HARRIS STREET<br>CORDALE, GA 31015 | CREDITOR ID: 250512-12<br>GEORGIA INTERNATIONAL DISTRIBUTERS<br>ATTN: MORRIS, PRES<br>199 LEE AVENUE, # 206<br>BROOKLYN, NY 11211 | CREDITOR ID: 406125-97<br>GERBER PRODUCTS COMPANY<br>ATTN: JEFFREY J KIPPE, ASSOC DIR<br>200 KIMBALL DRIVE<br>PARSIPPANY NJ 07054 |
| CREDITOR ID: 250545-12<br>GERBER PRODUCTS COMPANY<br>ATTN: JEFF KIPPE<br>445 STATE STREET<br>FREEMONT, MI 49413 | CREDITOR ID: 250641-12<br>GLENNS SEWER & DRAIN<br>1914 HWY 1185<br>COTTONPORT, LA 71327 | CREDITOR ID: 406122-97<br>GOLDEN FLAKE SNACK FOODS INC<br>ATTN: MARK MCCUTCHEON, PRES<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN: FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 | CREDITOR ID: 250756-12<br>GPS REFRIGERATION INC<br>ATTN: PETRICA SIRDE, VP<br>1945 WILEY STREET<br>HOLLYWOOD, FL 33020 | CREDITOR ID: 250861-12<br>GREENCO BEVERAGE CO INC<br>ATTN: MARGARET BRACK, BOOKKEEPER<br>PO BOX 2328<br>GREENVILLE, SC 29601 |

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250964-12<br>GRO RITE ENTERPRISES INC<br>ATTN: WILLIAM C CANNON, OWNER<br>2913 MUMPHREY RD<br>CHALMETTE, LA 70043 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 278895-30<br>HAMPTON FARMS<br>ATTN: WILLIAM E MCKEON, CFO<br>PO BOX 149<br>SEVERN, NC 27877 |
| CREDITOR ID: 251253-12<br>HARDISON'S CAROLINA BBQ<br>ATTN: JERRY HARDISON, PRES<br>29606 US HWY 64<br>JAMESVILLE, NC 27846 | CREDITOR ID: 262828-12<br>HERALD LEADER, THE<br>ATTN: TIM ANDERSON, PUBLISHER<br>PO BOX 40<br>FITZGERALD, GA 31750 | CREDITOR ID: 406105-97<br>HIGH SPRINGS MEDICAL CENTER PA<br>ATTN: EDWARD S MCINTYRE, PRES<br>105 NW SANTA FE BLVD<br>HIGH SPRINGS FL 32643 |
| CREDITOR ID: 251593-12<br>HIGH SPRINGS MEDICAL CENTER PA<br>ATTN: EDWARD S MCINTYRE, PRES<br>PO BOX 834<br>HIGH SPRINGS, FL 32655 | CREDITOR ID: 251767-12<br>HOLMES STAMP & SIGN<br>ATTN: BOB CRAFT, PRES<br>PO BOX 5274<br>JACKSONVILLE, FL 32247 | CREDITOR ID: 251788-12<br>HOME LUMBER & INDUSTRIAL SUPPLY<br>ATTN: JOEL KOKIEL, PRES<br>1050 E 25TH STREET<br>HIALEAH, FL 33013 |
| CREDITOR ID: 251854-12<br>HOUSE OF LADDERS SOUTH FLA INC<br>ATTN: LYNN DISCUILB.  VP<br>4711 N DIXIE HWY, UNIT E<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 252160-12<br>INDUSTRIAL METAL FABRICATORS<br>ATTN: JIM CHAMBERS, OWNER<br>10432 ANDERSON ROAD<br>EASLEY, SC 29640 | CREDITOR ID: 252429-12<br>J HERBERT CORP<br>ATTN: MARY M SELBACK, SEC/TREAS<br>1751 S JOHN YOUNG PKWY<br>KISSIMMEE, FL 34741-6392 |
| CREDITOR ID: 252398-12<br>J&J TELEPHONE INC<br>ATTN: RODNEY JONES, PRES<br>3925 ANDREWS STREET EAST<br>TUSCALOOSA, AL 35405 | CREDITOR ID: 384183-47<br>J&T SERVICE CENTER INC<br>ATTN: JAMES A RAWLAND, PRES<br>2170 THOMSON HIGHWAY<br>LINCOLNTON, GA 30817 | CREDITOR ID: 406128-97<br>JADE HEALTH & BEAUTY INC<br>ATTN: SUSAN DODSON, SEC/TREAS<br>18923 FREEPORT DRIVE<br>MONTGOMERY TX 77356 |
| CREDITOR ID: 375368-44<br>JADE HEALTH & BEAUTY INC<br>ATTN: SUSAN DODSON, SEC/TREAS<br>PO BOX 1090<br>MONTGOMERY TX 77356 | CREDITOR ID: 406151-97<br>JANITEX RUG SRV CORP DBA MATWORKS<br>ATTN: BRIAN HOGAN<br>11900 OLD BALTIMORE PIKE<br>BELTSVILLE MD 20705 | CREDITOR ID: 252924-12<br>JEFFREY'S BEER & WINE<br>ATTN: CATHY NICHOLS, OFF MGR<br>1950 NORTH GREENE STREET<br>GREENVILLE, NC 27834 |
| CREDITOR ID: 381415-47<br>JOHNSON, CHARLES W & CRYSTAL G<br>14018 HOLLINGS STREET<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 381121-47<br>KAMBLE CO TRANSPORTATION SERVICES INC<br>ATTN: BYRON K LEE, PRES & CEO<br>5125 N 16TH STREET, SUITE A214<br>PHOENIX, AZ 85016 | CREDITOR ID: 253699-12<br>KEEPRITE REFRIGERATION<br>ATTN: D TEETER, PRES<br>PO BOX 2020<br>159 ROY BLVD<br>BRANTFORD, ON N3T 5Y6<br>CANADA | CREDITOR ID: 253831-12<br>KENTUCKY LAND TITLE AGENCY INC<br>ATTN: RONALD G MULLEN, PRES<br>2362 GRANDVIEW DRIVE<br>FT MITCHELL, KY 41017 |
| CREDITOR ID: 299002-39<br>KIKKOMAN INTERATIONAL INC<br>ATTN: KEIJI YAMAZAKI, TREAS<br>50 CALIFORNIA ST, STE 3600<br>SAN  FRANCISCO CA 94111 | CREDITOR ID: 253955-12<br>KIKKOMAN INTERNATIONAL<br>ATTN: KEIJI YAMAZAKI, TREAS<br>PO BOX 1067<br>CHARLOTTE, NC 28201-1067 | CREDITOR ID: 254209-12<br>L&L DISTRIBUTORS INC<br>ATTN: R. MARCHESIELLO, PRES<br>1511 NORTH POWERLINE ROAD<br>POMPANO BEACH, FL 33069-1690 |
| CREDITOR ID: 254238-12<br>LA CAJUN CLASSIC<br>ATTN: LISA CROW, ACCOUNTING<br>PO BOX 1236<br>BENTON, LA 71006 | CREDITOR ID: 254741-12<br>LIFE SAFETY EQUIPMENT CO INC<br>ATTN: SONDRA E MCDANIEL, PRES<br>124 W SWANNANOA STREET<br>PO BOX 1294<br>LIBERTY, NC 27298 | CREDITOR ID: 254758-12<br>LIL DRUG STORE PRODUCTS<br>ATTN: JULIE MCLAUGHLIN, CR MGR<br>1201 CONTINENTAL PLACE NE<br>CEDAR RAPIDS, IA 52402 |

Case 3:05-bk-03817-JAF   Doc 1609   Filed 06/08/05   Page 7 of 13
SERVICE LIST                                           Page 5 of 9
Notice of Transfer of Claim Other Than For Security

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 255541-12<br>M&M LAWN CARE<br>ATTN: MARK WESLEY, OWNER<br>476 E TODD RD<br>SCIENCE HILL, KY 42553 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>101 OAKLEY ST PO BOX 959<br>EVANSVILLE IN 47706 | CREDITOR ID: 399728-98<br>MADISON NICHE OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 403217-98<br>MADISON/PRAMERICA OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255328-12<br>MAINELY LOBSTER INC<br>ATTN: JOHN S MAVAR JR, PRES<br>18600 MEDIA DRIVE<br>ROBERTSDALE, AL 36567 | CREDITOR ID: 382037-36<br>MALT-O-MEAL COMPANY<br>ATTN: NANCY M JOHNSON, CR MGR<br>2700 IDS TOWER<br>80 SOUTH 8TH ST<br>MINNEAPOLIS MN 55402-2297 |
| CREDITOR ID: 255375-12<br>MANNS INT MEAT SPECIALTIES INC<br>ATTN: JEFF SOUBA, CEO<br>9097 F STREET<br>OMAHA, NE 68127-1305 | CREDITOR ID: 255737-12<br>MASON LUMBER CO INC<br>ATTN: VESTER L MASON, CEO<br>PO BOX 1786<br>MONTGOMERY, AL 36102-1786 | CREDITOR ID: 255807-12<br>MATWORKS DBA JANITEX RUG<br>ATTN: BRIAN HOGAN<br>DEPT 5119<br>PO BOX 30000<br>HARTFORD, CT 06150-5119 |
| CREDITOR ID: 255866-12<br>MCCULLOUGH & CO INC<br>ATTN: EDUARDO DELGADO, PRES<br>PO BOX 4943<br>KEY WEST, FL 33041 | CREDITOR ID: 381276-47<br>MCJUNKIN CORP<br>ATTN: JUDY L K WATERS, DIR OF CRED<br>PO BOX 740725<br>ATLANTA, GA 30374-0725 | CREDITOR ID: 406085-97<br>MCJUNKIN CORP<br>ATTN: JUDY L K WATERS, DIR OF CRED<br>835 HILLCREST DRIVE<br>CHARLESTON WV 25311 |
| CREDITOR ID: 406127-97<br>MCKEE FOODS CORPORATION<br>ATTN: BARRY S PATTERSON, CFO<br>PO BOX 2118<br>COLLEGEDALE TN 37315 | CREDITOR ID: 255906-12<br>MCKEE FOODS CORPORATION<br>ATTN: VALERIE PHILLIPS<br>PO BOX 750<br>COLLEGEDALE, TN 37315 | CREDITOR ID: 255940-12<br>MEA MEDICAL CLINIC SOUTH<br>ATTN: AMY DICKERSON, IND COOR<br>1777 ELLIS AVENUE<br>JACKSON, MS 39204 |
| CREDITOR ID: 255944-12<br>MEADE PRODUCTS INC<br>ATTN: KAREN L STOUGHTON, PRES<br>928 JOSIANE COURT, SUITE 1001<br>ALTAMONTE SPRINGS, FL 32701 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN - MAIL STOP B2331<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 262855-12<br>METEOR INC, THE<br>ATTN: HENRY CARNEZ, PRES<br>PO BOX 353<br>CRYSTAL SPRINGS, MS 39059 |
| CREDITOR ID: 256121-12<br>METRO DOOR<br>ATTN: CHRISTINE KETRAW, CFO<br>99 SMITHTOWN BYPASS , 2ND FLR<br>HAUPPAUGE, NY 11788 | CREDITOR ID: 384247-47<br>MORSE WATCHMANS INC<br>ATTN: FERNANDO PIRES, VP<br>2 MORSE ROAD<br>OXFORD, CT 06478 | CREDITOR ID: 256687-12<br>MORTY PRIDE MEATS<br>ATTN: MICKEY G HUDSON, PRES<br>3603 CLINTON ROAD<br>FAYETTEVILLE, NC 28301 |
| CREDITOR ID: 256693-12<br>MOTHER MURPHY'S LABS INC<br>ATTN: TIMOTHY J HANSEN, VP FIN<br>PO BOX 16846<br>GREENSBORO, NC 27416-0846 | CREDITOR ID: 406153-97<br>MOTHER MURPHY'S LABS INC<br>ATTN: TIMOTHY J HANSEN, VP<br>2826 S ELM STREET<br>GREENSBORO NC 27406 | CREDITOR ID: 256743-12<br>MRB SNACKS & ASSOC INC<br>ATTN: MAYNARD BRAMMUT, PRES<br>3209 HIDDEN BLUFF TRAIL<br>SNELLVILLE, GA 30039 |
| CREDITOR ID: 381138-47<br>MUNICIPAL EQUIPMENT COMPANY INC<br>ATTN: ROBERT FENNEMAN, MGR<br>2049 WEST CENTRAL BLVD<br>ORLANDO, FL 32805 | CREDITOR ID: 257237-12<br>NIAGARA NATIONAL CORPORATION<br>ATTN: A M BERENSON, DIR OF ACCT<br>2160-C HILLS AVE NW<br>ATLANTA, GA 30318 | CREDITOR ID: 257336-12<br>NORTH AMERICAN OIL COMPANY<br>ATTN: CAL YUDIN, PRES<br>2200 MAY COURT<br>KENNESAW, GA 30144 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                     **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 381213-47<br>NORTH MIAMI BEACH POLICE OFF ASSOC<br>ATTN: ALFRED D STURTZ, PRES<br>16901 NE 19TH AVENUE<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 406126-97<br>NOVARTIS CONSUMER HEALTH INC<br>ATTN: JEFFREY J KIPPE, ASSOC DIR<br>200 KIMBALL DRIVE<br>PARSIPPANY NJ 07054 | CREDITOR ID: 279255-35<br>NOVARTIS CONSUMER HEALTH, INC<br>ATTN: JEFFREY J KIPPE<br>445 STATE STREET<br>FREMONT MI 49413-0001 |
| CREDITOR ID: 380972-47<br>NTA ENTERPRISE INC<br>ATTN: NEAL T ASH, PRES<br>454 MORRISON DRIVE<br>PITTSBURGH, PA 15216 | CREDITOR ID: 257573-12<br>OCONEE FAMILY PRACTICE PA<br>ATTN: SUE KIRBY, OFFICE MGR<br>12016 N RADIO STATION ROAD<br>SENECA, SC 29678 | CREDITOR ID: 253255-12<br>O'CONNOR, JOHN P MD<br>8151 OVERSEAS HWY, SUITE 100<br>MARATHON, FL 33050 |
| CREDITOR ID: 257585-12<br>ODUM TELE COMMUNICATIONS INC<br>ATTN: JANICE W ODUM, VP<br>PO BOX 6610<br>THOMASVILLE, GA 31758 | CREDITOR ID: 395558-15<br>PALMER, ERNEST P MD<br>214 W PALMETTO ST<br>PO BOX 428<br>WAUCHULA FL 33873 | CREDITOR ID: 257959-12<br>PALMETTO CANNING CO<br>ATTN: JONATHAN GREENLAW, PRES<br>PO BOX 155<br>PALMETTO, FL 34220-0155 |
| CREDITOR ID: 257969-12<br>PALMETTO WELDING SUPPLY<br>ATTN: RICK SPROUSE, VP<br>431 W BUTLER RD<br>MAULDIN, SC 29662 | CREDITOR ID: 406096-97<br>PALMETTO WELDING SUPPLY<br>ATTN: RICK SPROUSE, VP<br>2300 SOUTH BLVD<br>CHARLOTTE NC 28203 | CREDITOR ID: 258042-12<br>PARK AVENUE OFFICES SERVICES<br>ATTN: CARNE HACKER, VP<br>3901 RAVENSWOOD RD, STE 101<br>DANIA BEACH, FL 33312 |
| CREDITOR ID: 406121-97<br>PATEL, RAVI J MD<br>PO BOX 1870<br>VIDALIA GA 30475-1870 | CREDITOR ID: 384309-47<br>PATEL, RAVI J MD<br>1811 MANNING DRIVE<br>VIDALIA, GA 30474-8921 | CREDITOR ID: 258223-12<br>PEACH STATE INSTRUMENTS<br>ATTN: DANIEL W JACKSON, PRES<br>PO BOX 9189<br>MARIETTA, GA 30065 |
| CREDITOR ID: 258414-12<br>PETREY WHOLESALE CO<br>W L PETREY NOVELTY<br>ATTN: NORMAN PANKS<br>10345 PETREY HWY<br>PO BOX 68<br>LUVERNE, AL 36049 | CREDITOR ID: 258442-12<br>PHASE II MAINTENANCE SYSTEMS LLC<br>ATTN: WILLIAM E WEDGEWORTH, PRES<br>4301 A NORMAN BRIDGE ROAD<br>MONTGOMERY AL 36105 | CREDITOR ID: 381730-15<br>PHILLY'S FAMOUS WATER ICE INC<br>ATTN: MAXWELL LAPIN, CORP SEC<br>1102 N 28TH ST<br>TAMPA FL 33605 |
| CREDITOR ID: 258475-12<br>PHILLY'S SORBET SWIRL<br>ATTN: MAXWELL LAPIN, CORP SEC<br>1102 N 28TH STREET<br>TAMPA, FL 33605 | CREDITOR ID: 258570-12<br>PINELLAS HEAT ELITE INC<br>VOLLEYBALL CLUB<br>ATTN: KIMBERLY FOSTER, SE/TREAS<br>2756 WINDSONG CIRCLE<br>PALM HARBOR, FL 34684 | CREDITOR ID: 381153-47<br>POTTS, MARGURIE<br>204 BROOKCREST DRIVE<br>LAGRANGE, GA 30241 |
| CREDITOR ID: 258849-12<br>PREVOST DISTRIBUTIONS INC<br>ATTN: ANDRE PREVOST, OWNER<br>PO BOX 68<br>DANIA, FL 33004 | CREDITOR ID: 258923-12<br>PRO CHEM INC<br>ATTN: RARDY ALIFELD, VP<br>PO BOX 1309<br>ALPHARETTA, GA 30009-1309 | CREDITOR ID: 258970-12<br>PROFESSIONAL SERVICE EXPRESS<br>ATTN: RAULO VASQUEZ, PRES<br>8050 N W 8TH SOUTH STREET, #201<br>MIAMI, FL 33126 |
| CREDITOR ID: 259038-12<br>PURITY WHOLESALE GROCERS<br>ATTN: BRUCE KRICHMOR, VP OF ACCT<br>2375 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 279081-32<br>PURITY WHOLESALE GROCERS, INC<br>ATTN BRUCE KRICHMAR, VP OF ACCT<br>5400 BROKEN SOUND BLVD NW<br>BOCA RATON FL 33487 | CREDITOR ID: 406131-97<br>QUALITY HARDWARE & SPECIALTY CO INC<br>ATTN: VAN C HEWETT, PRES<br>PO BOX 60025<br>207 NORTH ELLIS RD<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 259075-12<br>QUALITY HARDWARE & SPECIALTY CO INC<br>ATTN: VAN C HEWETT, PRES<br>PO BOX 60025<br>JACKSONVILLE, FL 32236-0025 | CREDITOR ID: 406099-97<br>RA JEFFREY'S DIST<br>ATTN: CATHY NICHOLS, OFF MGR<br>2026 HWY 70 WEST<br>GOLDSBORO NC 27530 | CREDITOR ID: 259264-12<br>RAPID ROOTER<br>ATTN: CARMEN JOSEPH, ACCTS RCV<br>25 NE 5TH STREET<br>POMPANO BEACH, FL 33060-6121 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259146-12<br>RD SALES & SERV INC<br>ATTN: RAYMOND RUSSO, PRES<br>307 THIRD STREET<br>ABBEVILLE, LA 70510 | CREDITOR ID: 259414-12<br>REGISTER MEAT COMPANY<br>ATTN: AL KAEMPFER, PRES<br>PO BOX 98<br>3160 WILLOW STREET<br>COTTONDALE, FL 32431 | CREDITOR ID: 259825-12<br>ROBERTS HAMMOND & JONES MD PC<br>ATTN: LINDA HATCHER, OFFICE MGR<br>PO BOX 929<br>FITZGERALD, GA 31750-0929 |
| CREDITOR ID: 384333-47<br>ROLANDS FARM<br>ATTN: BETTY JO ROLAND, OWNER<br>RT 2 BOX 2545<br>NASHVILLE, GA 31639 | CREDITOR ID: 406061-97<br>ROSS PRODS DIV ABBOTT LABS INC<br>ATTN: BARRY BARNARD, VP & CONTROLLE<br>625 CLEVELAND AVENUE<br>COLUMBUS OH 43215-1724 | CREDITOR ID: 378301-15<br>ROSS PRODS DIV ABBOTT LABS INC<br>C/O KOHNER MANN & KAILAS SC<br>ATTN MATTHEW J STICKEL ESQ<br>WA BLDG BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 |
| CREDITOR ID: 260096-12<br>ROYAL GREENLAND<br>ATTN: JILL CUNNINGHAM, SEC/TREAS<br>1200 WESTLAKE AVEN N, STE 1001<br>SEATTLE, WA 98109 | CREDITOR ID: 406088-97<br>ROYAL GREENLAND<br>ATTN: JILL CUNNINGHAM, SEC/TREAS<br>103 W NACHES AVE, STE 200<br>SELAH WA 98942 | CREDITOR ID: 262880-12<br>SANDERSVILLE GEORGIAN INC, THE<br>ATTN: WILL DAVIS, PUBLISHER<br>PO BOX 431<br>SANDERSVILLE, GA 31082 |
| CREDITOR ID: 406123-97<br>SCHREIBER FOODS INC<br>ATTN: BRIAN P LIDDY, SR VP FINANACE<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY WI 54307-9010 | CREDITOR ID: 269346-16<br>SCHREIBER FOODS, INC<br>ATTN: KRIS SKUPAS, CORP CRED MGR<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY, WI 54307-9010 | CREDITOR ID: 263504-12<br>SEXSTANE ENTERPRISES INC DBA<br>TRI STATE TRADING<br>ATTN: THEODORE SEXSTANE, CFO<br>PO BOX 530111<br>DEPT NC 00072<br>ATLANTA, GA 30353-0111 |
| CREDITOR ID: 261043-12<br>SIERRA STORE SYSTEMS INC<br>ATTN: DUANE DREWES, PRES<br>7749 DE LONG WAY<br>SEMINOLE, FL 33776 | CREDITOR ID: 381919-15<br>SMS UNLIMITED INC<br>ATTN: STEVEN R STEVENS, PRES<br>100 BENJAMIN STREET<br>TOMS RIVER NJ 08755 | CREDITOR ID: 261201-12<br>SMS UNLIMITED INCORPORATED<br>ATTN: STEVEN R STEVENS<br>1692 ROUTE 88 WEST, SUITE 11<br>BRICK, NJ 08724 |
| CREDITOR ID: 261235-12<br>SOLID WASTE AUTHORITY<br>ATTN: AUDREY MCGIRT, ACCTS REC TECH<br>PO BOX 829<br>HINESVILLE, GA 31310 | CREDITOR ID: 261238-12<br>SOMBRERO INC<br>ATTN: LINDA GARNER, VP<br>1425 WEST ROY PARKER ROAD<br>OZARK, AL 36360 | CREDITOR ID: 261254-12<br>SONNIERS CRACKLINS INC<br>ATTN: NEUVILLE J SONNIER, PRES<br>PO BOX 557<br>JEANERETTE, LA 70544 |
| CREDITOR ID: 406130-97<br>SOUTHEAST UNLOADING LLC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW ROAD<br>YULEE FL 32097 | CREDITOR ID: 261348-12<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 | CREDITOR ID: 261356-12<br>SOUTHEASTERN MILLS INC<br>ATTN: DAVID HOLCOMBE, CONTROLLER<br>PO BOX 932572<br>ATLANTA, GA 31193-2572 |
| CREDITOR ID: 261383-12<br>SOUTHERN COMPRESSORS & SUPPLIES<br>ATTN: ANTHONY BROCATO, PRES<br>2538 CONNECTICUT AVE<br>KENNER, LA 70062 | CREDITOR ID: 397812-75<br>SOUTHERN MANATEE FIRE & RESCUE DISTRICT<br>ATTN: C THAYER JR, ASST CHIEF<br>1640 60TH AVENUE DRIVE EAST<br>BRADENTON, FL 34203 | CREDITOR ID: 261448-12<br>SOUTHERN STAR INC, THE<br>ATTN: JOSEPH H ADAMS, PRES<br>PO BOX 1729<br>OZARK, AL 36361-1729 |
| CREDITOR ID: 403566-79<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN: MICHAEL A GATTO<br>TWO GREENWICH PLZ, 1ST FLR<br>GREENWICH CT 06830 | CREDITOR ID: 399377-15<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 261521-12<br>SPECIALTY BAKERS INC<br>ATTN: DOUGLAS A REED<br>450 SOUTH STATE ROAD<br>PO BOX 130<br>MARYSVILLE, PA 17053 |
| CREDITOR ID: 260269-12<br>ST FIGUERO DISTRIBUTING<br>ATTN: S T FIGERO, PRES<br>165 MADDOX ROAD<br>JACKSON, MS 39212 | CREDITOR ID: 261815-12<br>STANDARD OFFICE SYSTEMS<br>ATTN: TRISHA PENAMON, COLL/CREDIT<br>2475 MEADOWBROOK PARKWAY<br>DULUTH, GA 30096 | CREDITOR ID: 252426-12<br>STAUFFER, J GARTH MD<br>C/O AMY PACKER, BILLING<br>PO BOX 1849<br>AUBURN, AL 36831-1849 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                  **CASE:   05-03817-3F1**

CREDITOR ID: 262090-12
SUBURBAN PROPANE
ATTN: TIMOTHY W C, CSC MGR
412 S MAIN STREET
WILDWOOD, FL 34785-4531

CREDITOR ID: 262259-12
SUPERIOR SCALE INC
ATTN: STEVE DANIELS, PRES
PO BOX 766
FORT MILL, SC 29716

CREDITOR ID: 262900-12
TAYLOR CLINIC, THE
ATTN: SAMANTHA FREENY, DIR BILLING
3715 DAUPHIN STREET # 403B
MOBILE, AL 36602

CREDITOR ID: 256927-12
TAYLOR, NATASHA
13927 SW 174TH TERRACE
MIAMI, FL 33177

CREDITOR ID: 262623-12
TEL SOUTH COMMUNICATIONS INC
ATTN: STEVEN E BRITTAIN, PRES
8405-A BENJAMIN ROAD
TAMPA, FL 33634

CREDITOR ID: 262737-12
TEXAS COFFEE CO.
ATTN JOSEPH F FERTITTA JR, VP
PO BOX 31
BEAUMONT, TX 77704

CREDITOR ID: 384118-47
THOMAS, EUGENE
698 MT HOSEA CHURCH STREET
QUINCY, FL 32351

CREDITOR ID: 406089-97
TMP WORLDWIDE
ATTN: ERIC KLEMPAY, COLL MGR
7800 W BROWN DEER DRIVE
MILWAUKEE WI 53223

CREDITOR ID: 263149-12
TMP WORLDWIDE
ATTN: ERIC KLEMPAY, COLL MGR
PO BOX 538361
ATLANTA, GA 30353-8361

CREDITOR ID: 262400-12
TO WILLIAMS INC
ATTN: HYUN J CHAY, PRES
PO DRAWER C
PORTSMOUTH, VA 23705

CREDITOR ID: 263215-12
TOMS FORKLIFT SERVICE
ATTN: TOM BOWMAN, OWNER
5817 BEGGS ROAD, SUITE 1
ORLANDO, FL 32810

CREDITOR ID: 384397-47
TOWN OF FUQUAY VARINA
ATTN: JANE SHOWERMAN, COLL SPEC
401 OLD HONEYCUTT RD
FUQUAY VARINA, NC 27526

CREDITOR ID: 263329-12
TOWN OF HAMPTON
ATTN: LYNN SANDERS, TOWN CLERK/TREA
WATER DEPT
608 FIRST ST WEST
HAMPTON, SC 29924

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 263495-12
TRI COUNTY PLUMBING
ATTN: RUBY PESNELL, OWNER
30934 HIGHWAY 431
HEFLIN, AL 36264

CREDITOR ID: 263544-12
TRIPLE T TRANSPORT INC
ATTN: DARIN PUPPEL, CONTROLLER
PO BOX 649
LEWIS CENTER, OH 43035

CREDITOR ID: 406124-97
TUCKER & EVANS INC
ATTN: WILLIAM W EVANS, OWNER
148 FIRST ROAD
LEESBURGH GA 31763

CREDITOR ID: 381239-47
TUCKER & EVANS INC
ATTN: WILLIAM WILEY EVANS II, OWNER
PO BOX 177
LEESBURG, GA 31763

CREDITOR ID: 381219-47
TURNER, PAMELA
21 VALLEY ROAD
TRAVELERS REST, SC 29690

CREDITOR ID: 263721-12
ULTIMATE LAWN CARE
ATTN: PAUL MINCE, OWNER
603 COUNTY ROAD 210
SYLVANIA, AL 35988

CREDITOR ID: 263783-12
UNITED CAPITAL FUNDING CORP
ATTN: IVAN BAKER, CFO
PO BOX 916850
LONGWOOD, FL 32791-6850

CREDITOR ID: 263974-12
V&D INTERNATIONAL GROUP, INC
ATTN VICTOR ELBAZE / DAVID FOURNIER
2704 NW 112 AVENUE
MIAMI, FL 33172

CREDITOR ID: 264043-12
VAUGHAN ROOFING & SHEET METAL, LLC
ATTN: JUDITH C KELLOGG, TREAS
4911 I-10 FRONTAGE ROAD
PORT ALLEN, LA 70767

CREDITOR ID: 406082-97
VICKERS DESIGN
ATTN: WILLIAM VICKERS
1141 DORWINION DR
JACKSONVILLE FL 32225

CREDITOR ID: 264109-12
VICKERS DESIGN
ATTN: WILLIAM VICKERS, PRES
9 ARBOR CLUB DRIVE, #102
PONTE VEDRA BEACH, FL 32082

CREDITOR ID: 404013-15
VI-JON LABORATORIES INC
ATTN: BOB HESS, VP FIN
8515 PAGE AVENUE
ST LOUIS MO 63114

CREDITOR ID: 264102-12
VI-JON LABORATORIES INC
ATTN: BOB HESS, VP FIN
PO BOX 790051
ST LOUIS, MO 63179-0051

CREDITOR ID: 264343-12
WALKER & WHITESIDE INC
ATTN: JIM F COX, PRES
PO BOX 5777
STATION B
GREENVILLE, SC 29606-5777

CREDITOR ID: 381417-47
WATER CENTER
ATTN: MEL D BERLIN
6003 B N W 31 AVENUE
FT LAUDERDALE, FL 33309

CREDITOR ID: 381262-47
WATERS TRUCK AND TRACTOR CO
ATTN: AMY BUSKEY, ACCTS REC DEPT
PO BOX 831
COLUMBUS, MS 39703

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264680-12<br>WESTERN PIEDMONT IWANNA INC<br>ATTN: CHERYL BROWN, EDITOR<br>PO BOX 3383<br>HICKORY, NC 28603 | CREDITOR ID: 397340-69<br>WIGINTON FIRE  SYSTEMS<br>ATTN: CHARLES LAKE, SR VP<br>255 PRIMERA BLVD, SUITE 230<br>LAKE MARY, FL 32746 | CREDITOR ID: 264749-12<br>WIGINTON FIRE SYSTEMS<br>ATTN PHILIP E STREETMAN, CORP CR MG<br>255 PRIMERA BLVD, SUITE 230<br>LAKE MARY, FL 32746 |
| CREDITOR ID: 264981-12<br>WISCONSIN CHEESE GROUP<br>ATTN: RANDALL RIESE, CONTROLLER<br>PO BOX 951393<br>CLEVELAND, OH 44193 | CREDITOR ID: 264982-12<br>WISDOM BEVERAGE LLC<br>ATTN: ROBERT L BOWMAN, MGNG DIR<br>1100 CORPORATION PKWY, STE 129<br>RALEIGH, NC 27610-1300 | CREDITOR ID: 380956-47<br>WORLDWIDE MERCHANDISE RESOURCES CORP<br>ATTN: LINDA HYMAN & ROBERT KOWAL<br>55 EAST GRASSY SPRAIN ROAD<br>YONKERS, NY 10710 |
| CREDITOR ID: 265057-12<br>WRIGHT TOUCH<br>ATTN: JAMIE WRIGHT, PRES<br>5455 DASHWOOD, STE 100<br>BELLAIRE, TX 77401 | | |

          **Total:   247**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

                                                                          Docket No.:

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

_____                         _____
Name of Transferor                                Name of Transferee




Phone:                                            Phone:
Account No.:                                      Account No.:




Claim No.:                                        Full Transfer:        Partial Transfer:
Date Claim Filed:                                 Transfer Amount:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/03/2005                                  /s/ Logan & Company, Inc.
                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on