UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about June 8, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 8, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                                     **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 |
| CREDITOR ID: 244263-12<br>C&B INDUSTRIAL SAFETY<br>ATTN: ROSANNE FERMILE, PRES<br>5377 N HIATUS ROAD<br>SUNRISE, FL 33351 | CREDITOR ID: 245893-12<br>CITY OF KINSTON<br>ATTN: CATHERINE GWYNA, FIN DIR<br>PO BOX 3049<br>KINSTON, NC 28502-3049 | CREDITOR ID: 381156-47<br>COTNEY, KATRINA<br>760 NORTH TROPICAL TRAIL<br>MERRIT ISLAND, FL 32953 |
| CREDITOR ID: 248638-12<br>EAGLE MOTOR FREIGHT<br>ATTN: JOE LIPINSKY, MGR<br>PO BOX 11224<br>MONTGOMERY, AL 36111-1224 | CREDITOR ID: 249384-12<br>FARM FRESH FOOD SUPPLIER INC<br>ATTN: LIONEL DUFOUR, PRES<br>32451 HIGHWAY 16<br>AMITE, LA 70422 | CREDITOR ID: 251305-12<br>HART TRANSPORTATION INC<br>ATTN: RENEE ROLING, ACCTS REC MGR<br>PO BOX 6219<br>JACKSONVILLE, FL 32236 |
| CREDITOR ID: 279234-35<br>HICO HELIUM & BALLOONS<br>ATTN: NORMAN THIEM, MNG PRTN<br>3230 HOPELAND INDUSTRIAL DRIVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 278897-30<br>HICO HELIUM & BALLOONS<br>PO BOX 1665<br>POWDER SPRINGS, GA 30127 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 254925-12<br>LOBSTER HARVEST<br>ATTN: TERESA BRODRICK, VP<br>PO BOX 1865<br>GRAPEVINE, TX 76099-1865 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 257659-12<br>OLLIE HARRELL'S TIRE SERVICE INC<br>ATTN: KENNETH HARNELL, PRES<br>2394 ROSS CLARK CIRCLE<br>DOTHAN, AL 36301 |
| CREDITOR ID: 258369-12<br>PERFORMANCE OIL EQUIP., INC.<br>ATTN: BRAD GRANBERRY, VP<br>920 EAST MCDOWELL ROAD<br>PO BOX 8945<br>JACKSON, MS 39284 | CREDITOR ID: 259669-12<br>RITE FOODS<br>ATTN: DEBORAH K LEBLANC, CORP CR MG<br>110 PRINCE HENRY DRIVE<br>TAUTON MA 02780-7385 | CREDITOR ID: 406270-97<br>RITE FOODS<br>ATTN: DEBORAH K LEBLANC, CORP CR MG<br>500 E STREET<br>BOSTON MA 02210-2100 |
| CREDITOR ID: 259159-12<br>RM PALMER COMPANY<br>ATTN CHARLES W SHEARER JR<br>PO BOX 1723<br>READING PA 19603-1723 | CREDITOR ID: 406272-97<br>RM PALMER COMPANY<br>ATTN: CHARLES W SHEARER JR<br>77 SECOND AVENUE<br>WEST READING PA 19611 | CREDITOR ID: 406271-97<br>ROGER WOOD FOODS INC<br>ATTN: THOMAS MARKS, ACCTG MGR<br>7 ALFRED STREET<br>SAVANNAH GA 31408 |
| CREDITOR ID: 259914-12<br>ROGER WOOD FOODS, INC<br>ATTN THOMAS MARKS, ACCTG MGR<br>PO BOX 2926<br>SAVANNAH, GA 31402 | CREDITOR ID: 279277-35<br>SAF-T-GARD INTERNATIONAL<br>ATTN: SHERRY CARLIN<br>205 HUEHL ROAD<br>NORTHBROOK IL 60062 | CREDITOR ID: 406279-97<br>SAF-T-GARD INTERNATIONAL INC<br>ATTN: ROBERT DRELL, CFO<br>205 HUEHL ROAD<br>NORTHBROOK IL 60062 |
| CREDITOR ID: 260618-12<br>SEA SAFARI LTD<br>ATTN ROSE DAVIS, VP<br>PO BOX 369<br>BELHAVEN NC 27810 | CREDITOR ID: 260729-12<br>SERGEANT'S PET CARE PRODUCTS, INC<br>ATTN JOSEPH P CONNEALY, CONTROLLER<br>2637 SOUTH 158TH PLAZA, SUITE 100<br>OMAHA NE 68130-1703 | CREDITOR ID: 262330-12<br>SWAINS TRUCK CARE<br>ATTN: THOMAS L SWAIN, OWNER<br>PO BOX 408<br>CARNESVILLE, GA 30521 |
| CREDITOR ID: 406273-97<br>TALLAHASSEE MEMORIAL HEALTHCARE QUI<br>ATTN: PAM CRAUN, CBO INSUR COORD<br>1309 THOMASVILLE ROAD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 381464-47<br>TALLAHASSEE MEMORIAL HEALTHCARE QUINCY<br>ATTN: PAM CRAUN, CBO INSUR COORD<br>600 LASALLE LEFFALL DR<br>QUINCY, FL 32351 | CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263534-12<br>TRINITY PACKAGING CORP<br>ATTN: MARK A ROHDE<br>84 BUSINESS PARK DRIVE<br>ARMONK, NY 10504 | CREDITOR ID: 405887-15<br>TYCO ADHESIVES<br>ATTN ELAINE DAVIS<br>25 FORGE PARKWAY<br>FRANKLIN MA 02038 | CREDITOR ID: 263668-12<br>TYCO ADHESIVES<br>ATTN: ELAINE DAVIS<br>DEPT 0010450<br>PALANTINE, IL 60055-0450 |
| CREDITOR ID: 397340-69<br>WIGINTON FIRE SYSTEMS<br>ATTN: CHARLES LAKE, SR VP<br>255 PRIMERA BLVD, SUITE 230<br>LAKE MARY, FL 32746 | CREDITOR ID: 264749-12<br>WIGINTON FIRE SYSTEMS<br>ATTN PHILIP E STREETMAN, CORP CR MG<br>255 PRIMERA BLVD, SUITE 230<br>LAKE MARY, FL 32746 | CREDITOR ID: 265031-12<br>WORKSMART/TIFT MEDICAL CENTER<br>ATTN: CARLA HALL, DIR OF OCC MED<br>1824 NORTH LEE AVE<br>PO BOX 747<br>TIFTON, GA 31793 |

Total:   36

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.:

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Name of Transferor                                        Name of Transferee

Phone:                                                    Phone:
Account No.:                                              Account No.:

Claim No.:                               Full Transfer:            Partial Transfer:
Date Claim Filed:                        Transfer Amount:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/08/2005                         /s/ Logan & Company, Inc.
                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on