**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | *Chapter 11* |
| Debtors. [1] ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), give notice of filing the attached bid protections. By the Motion for Order Establishing Bidding Procedures for the Sale of Assets (Docket No. 1496) (the "Motion"), the Debtors have asked the Court for authority to offer any or all of these bid protections (in the Debtors' sole discretion), to potential stalking horse bidders. The Motion is scheduled for hearing on June 16, 2005 at 1:00 p.m. E.T.

Dated: June 8, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D.J. Baker* | By  *s/ Cynthia C. Jackson* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Gray |     Cynthia C. Jackson (FBN 498882) |
|     Eric M. Davis |     Eric N. McKay |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00498321

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Proposed Bid Protections**

The Debtors request authority, in their sole discretion, to offer any bidder one or more of the following bid protections:

1. A termination fee of up to 3% of the cash portion of the purchase price set forth in the bidder's Asset Purchase Agreement (the "Termination Fee");

2. Initial overbid protection not to exceed 105% of the purchase price set forth in such bidder's Asset Purchase Agreement (the "Overbid Protection"); and/or

3. In the case of bids on multiple leases, the ability to reduce the purchase price set forth in such bidder's Asset Purchase Agreement by up to 115% of the allocated purchase price for a particular Lease, to the extent such Lease is sold to another entity and the bidder is still the Successful Bidder with respect to the remaining Leases bid on as a group (the "Release Protection").