UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on June 7, 2005, a **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** was electronically filed with the Clerk of the Court by using the CM/ECF system, and that a copy of same was electronically served by the Court's CM/ECF system as shown by the attached Notice of Electronic Filing.

Dated: June 7, 2005

          BLANCO TACKABERY
          COMBS & MATAMOROS, P.A.

          /s/ Gene B. Tarr
          Gene B. Tarr
          P.O. Drawer 25008
          Winston-Salem, NC 27114-5008
          Telephone: (336) 293-9000
          Fax: (336) 293-9030
          Email: gbt@btcmlaw.com

          *Attorney for Domino Foods, Inc.*
          *and Florida Crystals Food Corporation*

BTCM:286921 v1

**File a Notice:**
3:05-bk-03817-JAF Winn-Dixie Stores, Inc

U.S. Bankruptcy Court

**Middle District of Florida**

Notice of Electronic Filing

The following transaction was received from Tarr, Gene B entered on 6/7/2005 at 11:37 AM EDT and filed on 6/7/2005
**Case Name:**         Winn-Dixie Stores, Inc
**Case Number:**       3:05-bk-03817-JAF
**Document Number:** 1591

**Docket Text:**
Notice of Appearance and Request for Notice Filed by Gene B Tarr on behalf of Florida Crystals Food Corporation, Domino Foods, Inc.. (Tarr, Gene)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\bbowden\Desktop\Notice of Appearance.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=6/7/2005] [FileNumber=9909210-0]
[bcf77210d93813be4e4d62fe9803646c22d9b60c2df414496d1d306859465d4eedd6
850141e8bafa936e6fe74b83d213ed311a6bd71c345295846479606583d5]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Albert H Adams    irbylawfirm@bellsouth.net,

Rachel E Adams    radams@sctlaw.com,

D. J. Baker    djbaker@skadden.com,

Kenneth C Baker    kcbaker@eastmansmith.com,

Dale R Baringer    dale@sb-lawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net

Matthew Scott Barr    mbarr@milbank.com,
lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com;jclark2@milbank.com

Matt E Beal    matt.beal@lowndes-law.com

Sabrina C Beavens    sbeavens@iurillolaw.com, Sabrina1017@verizon.net

Keith L Bell    kbell@cphlaw.com

Leslie A Berkoff    lberkoff@moritthock.com

Brendan G. Best    bbest@dykema.com,

James E. Bird    jbird@pswslaw.com,

David A. Blansky    dab@lhmlawfirm.com,

Wanda Borges    borgeslawfirm@aol.com,

Jean Winborn Boyles    jboyles@jhvgmlaw.com,

Dustin Parker Branch    dustin.branch@kmzr.com,

Wendy D Brewer    wbrewer@btlaw.com, marilyn.strange@btlaw.com;vance.donahue@btlaw.com

John P. Brice    lexbankruptcy@wyattfirm.com,

Brian P Britt    cpizzotti@wbbwlaw.com, bbritt@wbbwlaw.com

Robert J. Brown    lexbankruptcy@wyattfirm.com,

Andrew M Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant    hobankecf@lockeliddell.com,

Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com

Thomas R. Califano    thomas.califano@dlapiper.com,

L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net

James S. Carr    jcarr@kelleydrye.com

Linda J. Casey    caseyl@pepperlaw.com

George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion    flc@psstf.com,

Michael E Collins    mcollins@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com;swilliams@manierherod.com

Neal D. Colton    NColton@Cozen.com

David J Cook    cookdavidj@aol.com,

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com,

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Ryan E Davis    rdavis@whww.com, rwilliams@whww.com

Robert Dehney    rdehney@mnat.com,

Paul H. Deutch    paul.deutch@troutmansanders.com,

Gerard DiConza    gerard@bmclaw.com,

Mark G Duncan    mduncan@dwyercambre.com,

Dennis F. Dunne    ddunne@milbank.com,

David W. Dykhouse    dwdykhouse@pbwt.com,

Andrew B. Eckstein    aeckstein@blankrome.com,

Henry A. Efroymson    henry.efroymson@icemiller.com,

Jason H Egan    jegan@mowreylaw.com,

Judith Elkin    judith.elkin@haynesboone.com,

Earle I Erman    eerman@ermanteicher.com

Elena L Escamilla    elena.l.escamilla@usdoj.gov

William J. Factor    wfactor@seyfarth.com,

Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell    ferrell@taftlaw.com

Charles J. Filardi    cfilardi@pepehazard.com,

J David Forsyth    jdf@sessions-law.com,

Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank    jfrank@fgllp.com

Mark J Friedman    mark.friedman@dlapiper.com,

Todd Mark Galante    tmg@stjohnlaw.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com,

Charles L. Gibbs    cgibbs@mcguirewoods.com, dfoley@mcguirewoods.com

Gary Ginsburg    gginsburg@ngmpc.com,

James J. Glover    ,

Priscilla W. Grannis    priscilla@rjlaw.com,

Danielle K Greco    dgreco@bradleyarant.com, Jesse.Slaton@Wakm.com;emarxjr@marxbrothersinc.com

Ira S. Greene    isgreene@hhlaw.com,

Reginald A. Greene    reginald.greene@bellsouth.com,

Janice Beth Grubin    jgrubin@wkgj.com,

Rudi R. Grueneberg    rrg@rglawgroup.com,

Marc L. Hamroff    mhamroff@moritthock.com,

Catherine A Harrison    charrison@millermartin.com, pjstarr@millermartin.com

John W Harrison    kandklaw_jwh@msn.com,

Patrick L. Hayden    phayden@mcguirewoods.com

Edwin W. Held    eheld@hilawfirm.com,

Larry D. Henin    lhenin@andersonkill.com,

Neil E Herman    Nherman@morganlewis.com,

Kenneth D. Herron    kherron@whmh.com , rgardieff@whmh.com;poates@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com

Robert L Holladay    robert.holladay@youngwilliams.com,

Ralph E Hood    rhood@khmllp.com,

Brian D. Huben    brian.huben@kmzr.com,

Patrick L Huffstickler    plhuffst@coxsmith.com

Cynthia C. Jackson    cjackson@smithhulsey.com,

Solomon J. Jaskiel    soljas@aol.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com,

Andrew C. Kassner    kassneac@dbr.com,

Michael A Kaufman    michael@mkaufmanpa.com,

Elena P. Ketchum    eketchum.ecf@srbp.com

Roy S Kobert    orlandobankruptcy@broadandcassel.com

Alan W Kornberg    akornberg@paulweiss.com, jgladstone@paulweiss.com,cweidler@paulweiss.com

John W. Kozyak    Jwkozyak@kttlaw.com,

Stuart A. Krause   skrause@zeklaw.com,

Jeffrey Kurtzman   JKurtzma@Klehr.com,

Nina M LaFleur   nlafleur@stutsman-thames.com

Darryl S. Laddin   bkrfilings@agg.com ,

Thomas J Lallier   tlallier@foleymansfield.com

Elena Lazarou   elazarou@reedsmith.com,

Robert L LeHane   rlehane@kelleydrye.com

Thomas J. Leanse   thomas.leanse@kmzr.com,

David E Lemke   david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com

Chris Lenhart   lenhart.chris@dorseylaw.com,

Sharon L. Levine   slevine@lowenstein.com,

Bruce Levinson   b.levinson@verizon.net,

Stephen Lewis   slewis@stoltzusa.com

Alan Jay Lipkin   maosbny@willkie.com,

Joseph Lubertazzi   JLubertazzi@McCarter.com,

John B. Macdonald   john.macdonald@akerman.com

Jeffrey S. Margolin   margolin@hugheshubbard.com,

Johanna E Markind   jmarkind@att.net,

Walter F. McArdle   wfm@spain-gillon.com,

David R McFarlin   dmcfarlin@whmh.com, caitboukil@whmh.com;psmith@whmh.com

William S McMahon   wmcmahon@choate.com,

Austin L. McMullen   amcmulle@bccb.com,

Marc T McNamee   mmcnamee_br@nealharwell.com

Derek F Meek   dmeek@burr.com,

Richard M. Meth   rmmnybankruptcy@pitneyhardin.com

Todd C Meyers   tmeyers@kilpatrickstockton.com

Christopher C. Miller   cmiller@mgm.com,

Kathleen M. Miller   kmm@skfdelaware.com

Stephen M Miller   smiller@morrisjames.com,

Stephan William Milo   smilo@wawlaw.com

Mark Minuti   mminuti@saul.com,

T David Mitchell   tdavidmitchell@msn.com

Joseph Thomas Moldovan   jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore   bsmoore@pbnlaw.com,

Lee P Morgan   lmorgan@morganlawyers.com,

Andrew L. Morrison   amorrison@reedsmith.com,

Larren M Nashelsky　lnashelsky@mofo.com

Albert F. Nasuti　anasuti@tokn.com

Bruce S. Nathan　bnathan@lowenstein.com,

Carole Neville　cneville@sonnenschein.com,

Tammy M. Nick　nicklaw@eatel.net,

James J. Niemeier　jniemeier@mnmk.com,awoodard@mnmk.com,

Merritt A. Pardini　merritt.pardini@kmzr.com,

Barbra R. Parlin　nyc-bkcyecf@hklaw.com

Patrick P. Patangan　patrick.patangan@akerman.com

Aaron D. Patton　apatton@murrayfrank.com,

Robert Perry　rperry@hilawfirm.com

David L Pollack　pollack@ballardspahr.com,

Geraldine E Ponto　gponto@gibbonslaw.com

Nicholas V. Pulignano　npulignano@marksgray.com, slw@marksgray.com

Rex D. Rainach　rainach@msn.com,

Gregg A. Rapoport　gar@garlaw.us,

Peter J Rathwell　prathwell@swlaw.com,

Adam Ravin　aravin@skadden.com,
rgray@skadden.com,lbonache@skadden.com,;jmathew@skadden.com,jleamy@skadden.com,;dturetsk@skadden.com

Eric T. Ray　eray@balch.com,

Diane G. Reed　dianegreed@sbcglobal.net,

Jo Christi Reed　jcreed@sonnenschein.com,

Jeffrey C. Regan　jregan@hdrd-law.com,

Steven J. Reisman　sreisman@cm-p.com , athau@cm-p.com

Larry B. Ricke　larry.ricke@leonard.com,

Craig P. Rieders　crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel　fringel@pobox.com,

Adam L. Rosen　mail@srsllp.com

Avrum J. Rosen　arosen@avrumrosenlaw.com,

Neal M. Rosenbloom　NRosenbloom@finkgold.com,

Fox Rothschild　mail@geronlaw.com,

J Casey Roy　roy@mcclainleppert.com,

David S Rubin　drubin@kswb.com,

Robert B. Rubin　brubin@burr.com,

Rachel L Rubio　rrubio@mdrtlaw.com

Shelley D Rucker　srucker@millermartin.com

Teresa Sadutto    tsadutto@platzerlaw.com,

Anthony M Salzano    asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez    afspalaw@aol.com,

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Marvin S. Schulman    mschulmanpa@aol.com,

Gregory J. Seketa    franklin.berg@4086.com,

Andrew Howard Sherman    asherman@sillscummis.com,

Lynn Welter Sherman    lsherman@hwhlaw.com, mschaeffer@hwhlaw.com

R Scott Shuker    bankruptcynotice@groneklatham.com,

Peter L. Slinn    plslinn@stoel.com,

Thomas R. Slome    mail@srsllp.com

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com,

Eric J. Snyder    esnyder@sillerwilk.com,

Marc P. Solomon    msolomon@burr.com,

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com,

Alex Spizz    aspizz@tnsj-law.com,

Don M Stichter    dstichter.ecf@srbp.com

Sabrina L. Streusand    streuss@hughesluce.com,

Debra Sudock    dsudock@kelleydrye.com

Stephen B. Sutton    ssutton@lathropgage.com,

Gene B Tarr    gbt@btcmlaw.com

Richard R. Thames    rrthames@stutsman-thames.com,

Diana M. Thimmig    dthimmig@ralaw.com,

Janet H. Thurston    cohenthurston@cs.com,

Laura L. Torrado    ltorrado@bear.com,

Paul Traub    tbfesq@aol.com,

Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;rwoodruff@simon.com;danasmith@simon.com;ncaldwell@simon.com

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com,

David H. Wander    dwander@wanderlaw.com,

Richard Whitney Ward    rwward@airmail.net,

Michael D. Warner    bankruptcy@warnerstevens.com,

Allan C Watkins    watkinslaw@worldnet.att.net,

Alan M. Weiss    alan.weiss@hklaw.com,

David B. Wheeler    davidwheeler@mvalaw.com,

Stephen D Wheelis    steve@wheelis-rozanski.com,

William Douglas White    wdw@mccarthywhite.com

Jonathan R Williams    jwilliams@melandrussin.com,

Frank J. Wright    bankruptcy@hswgb.com,

Scott A. Zuber    szuber@pitneyhardin.com

**3:05-bk-03817-JAF Notice will not be electronically mailed to:**

ASM Capital, L.P.
7600 Jericho Turnpike
Suite 302
Woodbury, NY 11797

American Electric Power
,

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Be, FL 33401

Margaret A. Benton
LAW OFFICE OF MARGARET A. BENTON
800 Virginia Ave., Suite 10
Fort Pierce, FL 34982

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Charles A Buford
2560 Gulf to Bay Blvd., Ste. 300
Clearwater, FL 33765

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Crest Haven, LLC
,

Jeffrey D. DeCarlo
,

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

W. Howard Donovan

Duda Group of PACA Creditors
Meuers Law Offices, P.L.
5395 Park Central Court
Naples, FL 34109

Duke Energy Corporation
,

Fox Rothschi
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Mary E. Gardner
Keaton & Associates
Suite 903
1278 West Northwest Highway
Palatine, IL 60067

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Edwin W. Held
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Hershey Foods Corporation
,

Imperial Trading Company, Inc.
,

Laurel M. Isicoff
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Gerard M. Kouri
10021 Pines Blvd., #202
Pembroke Pines, FL 33024-6191

Stephen B. Kuhn
590 Madison Avenue
New York, NY

Joyce A. Kuhns
,

Nina M. Lafleur
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

James W. Martin
One Securities Centre, Suite 300
3490 Piedmont Rd., N.E.
,

Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Orlando Utilities Commission
,

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Armando Perez
2631 S.W. 27th Street
Miami, FL 33133

Craig V. Rasile
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

David M. Sessums
,

Marilyn Sevin
,

Southern Installations and Services, Inc.
,

Joel L. Tabas
25 Southeast Second Ave., Ste. 919
Miami, FL 33131-1538

Tampa Electric Company
,

Judy D Thompson
301 S. College Street, Ste 2300
Charlotte, NC 28202

Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power
,

Amy Pritchard Williams
Kennedy Covington Lobdell & Hickman LLP
214 N Tryon Street
Hearst Tower, 47th Floor
Charlotte, NC 28202