**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. , | ) | Case No. 05-03817 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## APPEARANCE FOR DAWN FOOD PRODUCTS, INC.

Dawn Food Products, Inc. ("Dawn Food Products"), by undersigned counsel, hereby gives its Notice of Appearance, and respectfully request that copies of all documents (other than proofs of claim) filed in the above-captioned case (this "Case") be given to and served upon the following:

**Wendy D. Brewer**
**BARNES & THORNBURG LLP**
**11 South Meridian Street**
**Indianapolis, IN 46204**
**Telephone: (317) 236-1313**
**Telecopier: (317) 231-7433**

Counsel authorizes service by e-mail to the following e-mail address: wendy.brewer@btlaw.com.

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of Dawn Food Products' (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All of such rights hereby are reserved and preserved by Dawn Food Products, without exemption and with no

purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Case.

Respectfully submitted this 19th day of May, 2005,

/s/ Wendy D. Brewer
Wendy D. Brewer (Fla. Bar No. 0057746)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Telecopier: (317) 231-7433
wendy.brewer@btlaw.com

Counsel for Dawn Food Products, Inc.

INDS01 SSPRUNGER 760571v1

2