FILED
JACKSONVILLE, FLORIDA

JUN 08 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

CASE NO.: 05-03817-3F1

Division: 11

Jointly Administered

## MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE'

Penman Plaza Associates, Ltd., as creditors, moves for entry of any Order under 11 USC §365, compelling assumption or rejection of unexpired lease of non-residential real property. In support of this motion creditor respectfully represents as follows:

### BACKGROUND

1. On or about October 7, 1994, Winn-Dixie Stores, Inc., entered into a lease agreement with Penman Plaza Associates, Ltd., to lease premises located at the southwest corner of the intersection of Atlantic Boulevard (US A1A) and Penman Road in the city of Neptune Beach, County of Duval, State of Florida. A copy of the Lease Agreement is attached hereto as Exhibit #1.

2. On or about May 6, 2005, a hearing was held before the Court on the Motion of Winn-Dixie Stores, Inc., for entry of an order under 11 USC §365(d)(4), granting the debtors an extension of time to assume or reject unexpired non-residential real property leases.

3. The motion was granted by this Court.

4. Paragraph five of the Order stated that "it is without prejudice to the rights of any lessor under an unexpired lease to request from this Court upon reasonable notice to the Debtor and all other necessary parties in interest, an order compelling the debtors assume or reject any unexpired lease on an earlier date".

5. Winn-Dixie is in default for failing to pay amounts owed by it pre-petition in the total sum of $25,665.81 for common area maintenance changes. The debtor was required to pay these sums, pursuant to the lease, post petition.

6. Penman Plaza Associates is attempting to market the spaces within the subject property. Winn-Dixie's attempt to extend the time for assuming or rejecting the lease between Winn-Dixie and Penman Plaza Associates creates a level of uncertainty and destroys Penman's ability to market the property during the peak time of the year for negotiating leases. Therefore, if Winn-Dixie chooses to reject the lease at a later date, then it will have deprived Penman Plaza Associates of Opportunities to release the subject property resulting in additional damage to Penman Plaza Associates.

## BASIS FOR RELIEF

7. Pursuant to §365 of the Bankruptcy Code, a debtor in possession may with Court approval assume or reject any executory contract or unexpired lease of the debtor. Federal Rules of Bankruptcy Procedure 6006 provides that a proceeding to assume or reject an executory contract or unexpired lease

other than its approved plan is governed by Federal Rules of Bankruptcy Procedure 9014.

8. The decision to reject or accept an unexpired lease is an administrative function which can be taken with approval from the Court. See <u>In re: Golden Triangle Film Labs, Inc.</u> 176 BR 608 (MDFL 1994) (In re:<u> Joan Cook, Inc., v Graham White Manufacturing Company</u> 1993 BNKR.lexis777 (SDFL 1993).

9. Penman Plaza Associates, Ltd., is attempting to market its property and conduct normal business proceedings. Winn-Dixie's delay in accepting or rejecting the lease as well as being in arrears disrupts the proper business operations of Penman Plaza Associates, Ltd. The debtor has adequate time in which to review the lease and make it appropriate decisions regarding acceptance or rejection of the lease. Consequently, Penman Plaza Associates, Ltd., seeks authority under §365 of the Bankruptcy Code to compel debtor to accept or reject its lease.

## NOTICE

10. Notice of this motion has been provided to the Office of the United States Trustee, counsel for Wachovia Bank, NA., as agent fo the debtor's secured lenders, the indentured trustee for the Debtor's noteholders, and Debtor's 50 largest unsecured creditors via U.S. Mail this 7th day of June, 2005. In light of the Motion for relief requested the debtors submit no further notice is necessary.

WHEREFORE, Penman Plaza Associates, Ltd., requests this Court enter an order granting motion to compel debtor to accept or reject unexpired lease of non-residential property, and by granting such other and further relief as the Court deems just and proper.

FORD, BOWLUS, DUSS, MORGAN, KENNEY
SAFER & HAMPTON, P.A.

By: _____
Michael Bowlus
Florida Bar No. 592862
Jonathan M. Smith
Florida Bar No. 514608
10110 San Jose Boulevard
Jacksonville, Florida 32257
(904) 268-7227
(904) 262-3337 Facsimile
Attorneys for Counterclaim-Plaintiff