**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**RESPONSE OF CERTAIN TRADE VENDORS TO
DEBTORS' MOTION FOR AN ORDER ESTABLISHING
BIDDING PROCEDURES FOR THE SALE OF ASSETS**

The Clorox Sales Co., ConAgra Foods, Inc., Conopco, Inc., Frito-Lay, Inc., General Mills Inc., Kraft Foods Global, Inc., Masterfoods USA, a division of Mars, Inc., Nestle USA, Inc., Pepsi Bottling Group, The Procter & Gamble Distributing Co., Quaker Sales & Distribution, Inc., Sara Lee Corporation, and S. C. Johnson & Son, Inc. (the "Trade Vendors"), by counsel, have reviewed the Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets (Dkt. No. 1496; the "Motion").

In light of the current posture of the proceedings and the Debtors' business operations, the Trade Vendors have inquired as to the position of the Official Committee of Unsecured Creditors on the Motion. Counsel for the Trade Vendors have also made certain comments to the Debtors' counsel on the Motion and bid procedures.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Pending a reaction from the Debtors' counsel to the offered comments, and given the significance of the relief requested, the Trade Vendors as interested parties preserve their right to address the Court on the Motion.

Dated:  June 9, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By: /s/     Mark J. Friedman
Mark J. Friedman
Daniel Carrigan
Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone:  (410) 580-4153
Facsimile:  (410) 580-3001

- and -

By: /s/     Philip V. Martino
Philip V. Martino
Florida Bar Number 079189
101 East Kennedy Boulevard
Suite 2000
Tampa, FL 33602-5149
Telephone:  (813) 229-2111
Facsimile:  (813) 229-1447

Attorneys for: The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods USA, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; and S. C. Johnson & Son, Inc.