**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**RESPONSE OF CERTAIN TRADE VENDORS TO DEBTORS'**
**MOTION FOR ORDER AUTHORIZING IMPLEMENTATION**
**OF EMPLOYEE RETENTION AND SEVERANCE PLANS**

The Clorox Sales Co., ConAgra Foods, Inc., Conopco, Inc., Frito-Lay, Inc., General Mills Inc., Kraft Foods Global, Inc., Masterfoods USA, a division of Mars, Inc., Nestle USA, Inc., Pepsi Bottling Group, The Procter & Gamble Distributing Co., Quaker Sales & Distribution, Inc., Sara Lee Corporation, and S. C. Johnson & Son, Inc. (the "Trade Vendors"), by counsel, have reviewed the Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plan (Dkt. No. 1492; the "Motion").

In light of the current posture of the proceedings and the Debtors' business operations, the Trade Vendors have inquired as to the position of the Official Committee of Unsecured Creditors on the Motion. Counsel for the Trade Vendors hope to obtain a response and understand that further details may be provided by the Debtors.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

In light of possible further disclosures and explanations, and given the significance of the relief requested, the Trade Vendors as interested parties preserve their right to address the Court if the Trade Vendors, based on whatever other information and disclosures become available, believe they have comments that might be useful to the Court in consideration of the Motion.

Dated:   June 9, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By:/s/      Mark J. Friedman_____
Mark J. Friedman
Daniel Carrigan
Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone:  (410) 580-4153
Facsimile:  (410) 580-3001

- and -

By:/s/     Philip V. Martino_____
         Philip V. Martino
      Florida Bar Number 079189
      101 East Kennedy Boulevard
      Suite 2000
      Tampa, FL 33602-5149
      Telephone:  (813) 229-2111
      Facsimile:  (813) 229-1447

Attorneys for: The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods USA, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; and S. C. Johnson & Son, Inc.