F I L E D
JACKSONVILLE, FLORIDA

JUN 0 8 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORI

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re | ) | **CASE NO. 3-05 bk-3817** |
| | ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC.** | ) | |
| | ) | |
| **Debtor.** | ) | |

## MOTION TO PROCEED *PRO HAC VICE*

COMES NOW Gene Barton, *Pro Se*, and Attorney of Record for Elizabeth Montgomery in the United States District Court for the Northern District of Mississippi, in cause number 3:04CV109-B-A, entitled "Elizabeth Montgomery v. Winn-Dixie Louisiana, Inc.", and files this Motion to proceed *Pro Hac Vice* in the United States Bankruptcy Court for purposes of requesting a lift of the stay to proceed with the slip and fall litigation filed by Elizabeth Montgomery in the United States District Court for the Northern District of Mississippi, in which she alleges injuries to her body, being her ribs and her back, arising out of a fall on a slippery floor which had melting ice on it in the store in Pontotoc, Mississippi, and for further specific grounds would state that:

### I.

Counsel for Elizabeth Montgomery, Gene Barton, is a licensed practicing attorney, having been licensed by the State of Mississippi since 1978. A copy of his admission to the Mississippi Supreme Court is attached hereto as Exhibit "A". Counsel is also admitted to

the Fifth Circuit Court of Appeals, the United States District Court for the Northern District of Mississippi, and the United States District Court for the Southern District of Mississippi. Copies of all of those certificates are attached hereto as Exhibit "B", "C" and "D", respectively. Counsel is also admitted to practice before the United States Bankruptcy Court.

## II.

Counsel has pending in the United States District Court for the Northern District of Mississippi a personal injury case, a copy of which is attached to this Motion, marked Exhibit "E".

## III.

All proceedings in said personal injury case have been stayed pending action of the Bankruptcy Court in this Chapter 11 proceeding.

## IV.

Counsel requests that he be allowed to proceed *Pro Hac Vice* for the limited purposes of filing a Motion to Lift the Automatic Stay and the stay of the Bankruptcy Court so that he may proceed with the litigation in United States District Court in which he seeks a Judgment on behalf of Elizabeth Montgomery in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

## V.

Counsel requests that he be allowed to proceed with this Motion to Lift the Automatic Stay by written Motions and Briefs instead of personal appearances before the Court due to the distance and expense of retaining Florida Counsel to appear in the United

States Bankruptcy Court in Florida.

WHEREFORE, Movant's Counsel, Gene Barton, moves the Court to allow him to proceed *Pro Hac Vice*:

(1) For the limited purposes of representing Elizabeth Montgomery in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, for the purpose of filing a Motion to Lift Automatic Stay so that Movant can proceed with her personal injury case;

(2) That the Court consider this matter and the Proof of Claim and copy of Elizabeth Montgomery's lawsuit which is pending in the United States District Court for the Northern District of Mississippi, lift the stay of the Bankruptcy Court, allow Elizabeth Montgomery to proceed with her lawsuit against the Debtor and proceed to seek a Judgment at this time with a jury trial, with a Jury Trial in the United States District Court for the Northern District of Mississippi in which the case is presently pending.

RESPECTFULLY SUBMITTED, this ___3/___ day of ___JNNY___, 2005.

_____

**GENE BARTON**
**ATTORNEY AT LAW**
**POST OFFICE BOX 455**
**PONTOTOC, MISSISSIPPI 38863**
**TELEPHONE:   662-489-4204**
**FACSIMILE:   662-489-4249**
**MISSISSIPPI BAR NUMBER 2102**

**ATTORNEY FOR Elizabeth Montgomery**

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I, the undersigned, GENE BARTON, Attorney for the

Plaintiff, Elizabeth Montgomery, have this date served a true, correct and exact copy of the

above and foregoing Motion upon the hereinafter named parties/entities, via United States

Mail, First Class, postage prepaid, addressed as follows:

Honorable Leland S. Smith
Wilkins, Stephens and Tipton, P.A.
Attorneys at Law
Post Office Box 13429
Jackson, Mississippi 39236-3429

Logan and Company, Inc.
Attention: Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, New Jersey 07043

SO CERTIFIED, this the _____ day of _____, 2005.

**GENE BARTON**

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**ARLEN B. COYLE**

CLERK

911 Jackson Avenue, Room 369
OXFORD, MS 38655

662-234-1971

MONTGOMERY

vs.

WINN-DIXIE STORE, IN

NO:  3:04cv109-B-A
JURY TRIAL

          **PLEASE   TAKE   NOTICE**  that  the  above  styled  and
captioned  cause  has  been  assigned  to  **Senior Judge Neal B.
Biggers,**  whose  address  is  **911 Jackson Avenue,  Suite 388,
Oxford,  MS  38655** and **Magistrate Judge S. Allan  Alexander,**
whose  address  is  911  Jackson  Avenue,  Suite 242,  Oxford,  MS
38655 in accordance with Uniform Local Rule 83.2.

**See Rule 38.1 which states:   "[a]ny case removed from the
Circuit Courts of Mississippi shall be designated for jury
trial;  any  case  removed  from  the  Chancery  Courts  of
Mississippi shall be designated for non-jury trial."**

Counsel removing a state court action to this district court
shall attach as exhibits to the notice of removal:

 1) Copies  of  all  pleadings  filed  and  served  in  the  state
court
     proceedings, excluding discovery documents.
 2) A complete listing of all counsel of record and party or
     parties each represents, including counsels' mailing
     addresses,  telephone  numbers,  and  (if  known)  fax
numbers.

NOTE:  All pretrial motions should be filed with the Clerk's
Office  and  a  copy  mailed  to  the  magistrate  judge  except
those  motions  designated  in  Uniform  Local  Rule  72.5  that
should be submitted to the District Judge.

NOTE: Local Rule 10.1 effective December 1, 2000.  Corporate
Disclosure  Statement.  A  non-governmental  corporate  party
shall  file  a  statement  identifying  all  of  its  parent
corporations and listing any publicly-held company that owns
ten percent or more of the party's stock.  The Corporate
Disclosure Statement shall be filed as a separate pleading
with  the  party's  initial  pleading,  and  a  copy  of  the
Corporate  Disclosure  Statement  shall  be  provided  to  the

6/16/04

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELIZABETH MONTGOMERY                                        PLAINTIFF

v                                          CIVIL ACTION NO. _____

WINN-DIXIE LOUISIANA, INC.                                  DEFENDANT

---

## NOTICE OF REMOVAL

TO:    Gene Barton, Esq.
       P. O. Box 1019
       Pontotoc, Mississippi  38863
       *Attorney for Plaintiff*

       Tracy Robinson, Clerk
       Pontotoc Circuit Court
       P. O. Box 428
       Pontotoc, Mississippi  38863-0428


COMES NOW the Defendant, Winn-Dixie Louisiana, Inc., by and through counsel, and files

this Notice of Removal of this action to the United States District Court for the Northern District of

Mississippi, Western Division, and in support thereof would show unto the Court the following, to

wit:

1.      On May 14, 2004, Plaintiff commenced against Defendant Winn-Dixie Louisiana,

Inc., in the Circuit Court of Pontotoc County, Mississippi, a Civil Action to recover compensatory

damages as shown by Plaintiff's Complaint.  The Plaintiff is suing for damages in the amount of

$250,000.00.  A copy of said Complaint and all process, pleadings, orders, and other matters filed

in said action, being Cause No. CV-04-143 in the docket of said Court, are attached hereto and

marked as composite Exhibit "A" and incorporated herein by reference.

2.      At the time of the commencement in State Court of this action and at the time of the

filing of this removal notice, Plaintiff was an adult resident citizen of the State of Mississippi and Defendant, Winn-Dixie Louisiana, Inc., is and has been, a foreign business corporation originating in the State of Florida and authorized to do business in Mississippi.

3.     On or about May 26, 2004, Winn-Dixie Louisiana, Inc., was served with process by and through its registered agent, in the aforesaid Civil Action through receipt of a copy of the Summons. A true copy of said Summons is attached hereto and is a part of Exhibit "A" incorporated herein by reference. The Defendant has not filed an Answer. The Plaintiff has now confirmed that the amount in controversy exceeds the minimal jurisdictional limits of this Court. The Defendant has neither filed nor been served with any other pleadings, papers, or orders in the aforesaid cause not shown in Exhibit "A".

4.     The time within which the Defendant is required to file this Notice of Removal of this Civil Action to this Honorable Court has not yet expired.

5.     The above entitled action is a Civil Action for damages over which this Court has original jurisdiction by reason of the complete diversity of citizenship between the removing Defendant and the Plaintiff and the matter in controversy being in excess of the sum of $75,000.00, exclusive of interests and costs.

6.     The removing Defendant promptly after filing this Notice will give and is giving notice thereof to all adverse parties and to Tracy Robinson, Circuit Clerk of Pontotoc County, Mississippi, and is further filing a copy of this Notice with the said Circuit Clerk.

WHEREFORE, Defendant, Winn-Dixie Louisiana, Inc., requests that this Court assume full jurisdiction over the cause herein as provided by law.

Respectfully submitted,

WINN-DIXIE LOUSIANA, INC.

By and Through Its Attorney

_Leland S. Smith_
Leland S. Smith

*Of Counsel:*
Leland S. Smith (MSB #7562)
WILKINS, STEPHENS & TIPTON, P.A.
P. O. Box 13429
4735 Old Canton Road (39211)
Jackson, MS 39236-3429
(601) 366-4343 Telephone
(601) 981-7608 Facsimile

## CERTIFICATE OF SERVICE

I, Leland S. Smith, Attorney for Defendant, Winn-Dixie Louisiana, Inc., does hereby certify

that I have this date mailed via United States mail, postage prepaid, a true and correct copy of the

above and foregoing *Notice of Removal* to attorney for Plaintiff:

Gene Barton, Esq.
P. O. Box 1019
Pontotoc, Mississippi  38863
*Attorney for Plaintiff*

Tracy Robinson, Clerk
Pontotoc Circuit Court
P. O. Box 428
Pontotoc, Mississippi  38863-0428

DATED this the 14th day of June, 2004.

_Leland S. Smith_
Leland S. Smith

-3-

## TRACY ROBINSON
Circuit Clerk & Registrar
Pontotoc County
P.O. Box 428
Pontotoc, Mississippi 38863

June 7, 2004

Elizabeth Montgomery

Vs.                                        CV 04-143 G (PO)

Winn - Dixie Store, Inc.

I, Tracy Robinson, Circuit Clerk of Pontotoc, MS do hereby certify that the enclosed is a true and exact copy of the entire file of the above mentioned case.

Given under my hand and seal this the 7th day of June, 2004.

Tracy Robinson, Circuit Clerk

BY: _____
              Deputy Clerk   1-6-2008

EXhibit
"A"

TRACY ROINSON
CIRCUIT CLERK
P.O. BOX 428
PONTOTOC, MS 38863


JUNE 7, 2004



CV 04-143G(PO)


The Circuit Clerks office charges  .50 cents a copy we are sending you 7 sheets this is the whole file and there is a .60 cent charge for postage a total of $4.10.




Tracy Robinson, Circuit Clerk

BY: _____
        Deputy Clerk

IN THE CIRCUIT COURT OF PONTOTOC COUNTY, MISSISSIPPI

ELIZABETH  MONTGOMERY                                    PLAINTIFF

VS                            CAUSE NO.    CV-04-1436(po)

WINN-DIXIE STORE, INC.                                   DEFENDANT

## COMPLAINT

COMES NOW, Elizabeth Montgomery, by and through her attorney, and files this, her complaint against Winn-Dixie Store, Inc., and for a cause of action, would show the following facts, to wit:

1.  Elizabeth Montgomery is an adult resident citizen of the State of Mississippi, residing in Pontotoc County, Mississippi.

2.  The Defendant, Winn-Dixie Store, Inc., is a grocery store, incorporated under the laws of the State of Mississippi, and operating a store at Pontotoc, Pontotoc County, Mississippi.

3.  On or about August 18, 2003, the Plaintiff Elizabeth Montgomery, in the legal status of the invitee, was a customer in the Defendant's store, and was walking through the store, when she fell on some water and ice which was on the floor in the interior of the store.

**EXHIBIT "E"**

FILED

MAY 1 4 2004

CIRCUIT CLERK
PONTOTOC COUNTY

4.  That as a proximate result of this accident of falling in the store on August 18, 2003, the Plaintiff Elizabeth Montgomery, has incurred numerous doctor bills which include emergency room visit, doctors in Ecru and doctors in Tupelo, and she sustained significant injuries, which include fractured ribs and severe bruises and contusions as a result of this fall.

5.  That this accident and all of the damages proximately caused thereof, was proximately caused by the negligence of the store known as Winn-Dixie Store, Inc., and such negligence consists particularly, but not exclusively, the following:

1.  Failure to keep the floor of the store properly cleaned

2.  Failure to pick up ice that had fallen and allowing it to melt on the floor.

3.  Failure to maintain and keep the floors properly clear of slippery substances.

4.  Failure to properly be in constant observance of the upkeep of the condition of the floor and keep the floor clear of any substance that could make it slippery.

5.  As a direct and proximate result of this accident, the Plaintiff Elizabeth Montgomery is entitled to damages in the amount of $250,000 for her medical bills, fractured ribs, her pain and suffering from this fall.

FILED

MAY 1 4 2004

CIRCUIT CLERK
PONTOTOC COUNTY

WHEREFORE PREMISES CONSIDERED, Plaintiff Elizabeth Montgomery,

demands judgment of and against Winn-Dixie Store, Inc., in the sum of

$250,000 compensatory damages, plus pre-judgment interest, plus all

court costs expended, for all of which execution may issue from the date

of judgment.



Gene Barton, Attorney
For Elizabeth Montgomery
P O Box 1019
Pontotoc, MS 38863
662-489-4204 MSB #2102

FILED

MAY 1 4 2004

CIRCUIT CLERK
PONTOTOC COUNTY



**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 5/11/2000)

| Court Identification | Case Year | Docket Number |
|---|---|---|

County #   Judicial District   Court ID (CH, Cl, CO)

Local Docket ID

Month   Date   Year
This area to be completed by Clerk

Case Number if filed prior to 1/1/94

Short Style of Case: _____ In the _*Circuit*_ _____ Court of _*Pontotoc*_ _____ County

Party Filing Initial Pleading: Type/Print Name _*Gene Barton*_  MS Bar No. _*2102*_
___ Check (✓) if Not an Attorney   ___ Check (✓) if *Pro Hac Vice* Signature _____
Compensatory Damages Sought: _____   Punitive Damages Sought: _____
Is Child Support contemplated as an issue in this suit? ___ Yes ___ No   If "yes" is checked, please submit a completed Child Support Infor Sheet with Final Decree/Judgment

**PLAINTIFF – PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) – ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM**
Individual _*Montgomery*_ _____ _*Elizabeth*_ _____ ( ___ )
      Last Name      First Name      Maiden Name, if Applicable     Middle Init. Jr/Sr/III/IV
Address of Plaintiff _*202 8th St. Pontotoc MS*_
___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
    D/B/A / Agency _____
Business
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below :
    D/B/A: _____ Enter legal name of business, corporation, partnership, agency – If Corporation, indicate state where incorporated

**DEFENDANT – NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) – ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM**
Individual _____
      Last Name      First Name      Maiden Name, if Applicable     Middle Init. Jr/Sr/III/IV
___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style
    Estate of _____
✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
    D/B/A / Agency _*Winn-Dixie Stores, Inc.*_
Business
___ Check (✓) if Business Defendant is filing suit in the name of an entity other than the above, and enter below:
    D/B/A: _____ Enter legal name of business, corporation, partnership, agency – If Corporation, indicate state where incorporated

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar No. Or Name _____   *Pro Hac Vice* (✓) _____
(If known)

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
☐☐ Accounting (Business)
☐☐ Bankruptcy
☐☐ Business Dissolution - Corporation
☐☐ Business Dissolution - Partnership
☐☐ Debt Collection
☐☐ Employment
☐☐ Examination of Debtor
☐☐ Execution
☐☐ Foreign Judgment
☐☐ Garnishment
☐☐ Pension
☐☐ Receivership
☐☐ Replevin
☐☐ Stockholder Suit
☐☐ Other _____

**Domestic Relations**
☐☐ Child Custody/Visitation
☐☐ Child Support
☐☐ Contempt
☐☐ Divorce: Fault
☐☐ Divorce: Irreconcilable Differences
☐☐ Domestic Abuse
☐☐ Emancipation
☐☐ Modification
☐☐ Paternity
☐☐ Property Division
☐☐ Separate Maintenance
☐☐ Termination of Parental Rights
☐☐ UIFSA (formerly URESA)
☐☐ Other _____

**Contract**
☐☐ Breach of Contract
☐☐ Installment Contract
☐☐ Insurance
☐☐ Product Liability under Contract
☐☐ Specific Performance
☐☐ Other _____

**Probate**
☐☐ Accounting (Probate)
☐☐ Birth Certificate Correction
☐☐ Commitment
☐☐ Conservatorship
☐☐ Guardianship
☐☐ Heirship
☐☐ Intestate Estate
☐☐ Minor's Settlement
☐☐ Muniment of Title
☐☐ Name Change
☐☐ Power of Attorney
☐☐ Testate Estate
☐☐ Will Contest
☐☐ Other _____

**Statutes/Rules**
☐☐ Bond Validation
☐☐ Civil Forfeiture
☐☐ Declaratory Judgment
☐☐ ERISA
☐☐ Eminent Domain
☐☐ Extraordinary Writ
☐☐ Federal Statutes
☐☐ Injunction or Restraining Order
☐☐ Municipal Annexation
☐☐ Racketeering (RICO)
☐☐ Railroad
☐☐ Seaman
☐☐ Other _____

**Appeals**
☐☐ Administrative Agency
☐☐ County Court
☐☐ Hardship Petition (Driver License)
☐☐ Justice Court
☐☐ MS Employmt Security Comm'n
☐☐ Municipal Court
☐☐ Oil & Gas Board
☐☐ Workers' Compensation
☐☐ Other _____

**Children and Minors - Non-Domestic**
☐☐ Adoption - Noncontested
☐☐ Consent to Abortion for Minor
☐☐ Removal of Minority

**Torts-Personal Injury**
☐☐ Bad Faith
☐☐ Fraud
☐☐ Loss of Consortium
☐☐ Malpractice - Legal
☐☐ Malpractice - Medical
☐☒ Negligence - General
☐☐ Negligence - Motor Vehicle
☐☐ Products Liability
☐☐ Wrongful Death
☐☐ Other _____

**Mass Tort**
☐☐ Asbestos
☐☐ Chemical Spill
☐☐ Dioxin
☐☐ Hand/Arm Vibration
☐☐ Hearing Loss
☐☐ Radioactive Materials
☐☐ Other _____

**Real Property**
☐☐ Adverse Possession
☐☐ Ejectment
☐☐ Eminent Domain
☐☐ Judicial Foreclosure
☐☐ Lien Assertion
☐☐ Partition
☐☐ Receiver Appointment
☐☐ Tax Sale: Confirmation/Cancellation
☐☐ Title, Boundary &/or Easement

**Civil Rights**
☐☐ Elections
☐☐ Habeas Corpus
☐☐ Post Conviction Relief
☐☐ Prisoner
☐☐ Other _____

*FILED*
*MAY 2004*
*CIRCUIT CLERK*
*PONTOTOC COUNTY*

## IN THE CIRCUIT COURT OF PONTOTOC COUNTY, MISSISSIPPI

ELIZABETH MONTGOMERY                                      PLAINTIFF

VS                                              CAUSE NO. *Cv-04-1436 (Po)*

WINN-DIXIE LOUISIANA, INC.                               DEFENDANTS

### SUMMONS

**THE STATE OF MISSISSIPPI**

**TO: CFC OF RANKIN COUNTY, As Agent of Record for Winn-Dixie Louisiana, Inc.**

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Gene Barton, the attorney for the Plaintiff(s), whose post office address is P O Box 1019, Pontotoc, MS 38863, and whose street address is 8 Washington St., Pontotoc, MS 38863. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this, the 14 day of _May_, 20 04.

_Tracy Robinson_
Clerk of _Pontotoc_ County, Mississippi

BY: _Lindy DiDonna_, D.C.

STATE OF MISSISSIPPI
COUNTY OF RANKIN
I have this day executed the within writ by personally
delivering true copies of the summons and complaint
to _CSC of Rankin - Winn -_
_Dixie Louisiana - by serving Hazle Stewart_
This the _25_ day of _May_ 20 04 _Ser_
RONNIE PENNINGTON, SHERIFF
BY_____ _Eric W. Brown_ _____D.S.

# FILED

JUN 0 1 2004

CIRCUIT CLERK
PONTOTOC COUNTY

_Gail Jaggers_ DC

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Elizabeth Montgomery

## DEFENDANTS

Winn-Dixie Louisiana, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Pontotoc
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gene Barton, Esq.
P.O. Box 1019
Pontotoc, MS 38863

ATTORNEYS (IF KNOWN)

Leland S. Smith, Esq.
P.O. Box 13429
Jackson, MS 39236-3429

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                     AND ONE BOX FOR DEFENDANT)

|                                          | PTF | DEF |                                                              | PTF | DEF |
|------------------------------------------|-----|-----|--------------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☒1  | ☐ 1 | Incorporated or Principal Place of Business In This State    | ☐ 4 | ☐ 4 |
| Citizen of Another State                 | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State| ☐ 5 | ☒5  |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                               | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

U.S.C. 28 § 1332

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 250,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____      DOCKET NUMBER _____

DATE

June 14, 2003

SIGNATURE OF ATTORNEY OF RECORD

Leland S. Smith

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELIZABETH MONTGOMERY                                               PLAINTIFF

v                                            CIVIL ACTION NO. _____

WINN-DIXIE LOUISIANA, INC.                                        DEFENDANT

## NOTICE OF FILING

TO:    Gene Barton, Esq.
       P. O. Box 1019
       Pontotoc, Mississippi  38863
       *Attorney for Plaintiff*

       Tracy Robinson, Clerk
       Pontotoc Circuit Court
       P. O. Box 428
       Pontotoc, Mississippi  38863-0428

Please take Notice that on the 14th day of June, 2004, Defendant, Winn-Dixie Louisiana,

Inc., filed in the United States District Court for the Northern District of Mississippi, Western

Division, its verified Notice of Removal of the subject action to that Court.  Full and true copies of

said Notice of Removal, including all exhibits, are herewith served on you and filed with you.

Respectfully submitted,

WINN-DIXIE LOUSIANA, INC.

By and Through Its Attorney

Leland S. Smith

*Of Counsel:*
Leland S. Smith (MSB #7562)
WILKINS, STEPHENS & TIPTON, P.A.
P. O. Box 13429
4735 Old Canton Road (39211)
Jackson, MS 39236-3429
(601) 366-4343 Telephone
(601) 981-7608 Facsimile

## CERTIFICATE OF SERVICE

I, Leland S. Smith, Attorney for Defendant, Winn-Dixie Louisiana, Inc., do hereby certify

that I have this date mailed via United States mail, postage prepaid, a true and correct copy of the

above and foregoing *Notice of Filing* to attorney for Plaintiff:

> Gene Barton, Esq.
> P. O. Box 1019
> Pontotoc, Mississippi  38863
> *Attorney for Plaintiff*
>
> Tracy Robinson, Clerk
> Pontotoc Circuit Court
> P. O. Box 428
> Pontotoc, Mississippi  38863-0428

DATED this the 14th day of June, 2004.

Leland S. Smith
_____
Leland S. Smith



# The Supreme Court
## State of Mississippi

I, JULIA H. KENDRICK, Clerk of the Supreme Court of the State of Mississippi, do hereby certify that

**ROBERT EUGENE BARTON**

of  TUPELO, MISSISSIPPI

was duly admitted and qualified as an Attorney and Counsellor at Law of said Court and admitted to practice before said Court on the _____ 6th _____ day of January _____, 1978, as appears of record in this office, and that said ROBERT EUGENE BARTON _____ is now in good standing in this Court.

In testimony whereof I hereunto set my hand and affix the seal of said Court at my office in Jackson, Mississippi, this the _____ 6th _____ day of January _____, 1978.

_____
CLERK

_____
DEPUTY CLERK

**EXHIBIT "A"**

# THE UNITED STATES OF AMERICA

## UNITED STATES COURT OF APPEALS

For the FIFTH Circuit

*I,* GILBERT F. GANUCHEAU *, Clerk of the United States Court of Appeals for the* FIFTH *Circuit, do hereby certify that*

ROBERT EUGENE BARTON

*of* TUPELO, MISSISSIPPI

*an Attorney and Counselor of the United States Court of Appeals for the* FIFTH *Circuit on the* 10TH *day of* SEPTEMBER *, A. D. 19 80 .*

*being duly qualified, was admitted as an Attorney and Counselor of the United States Court of Appeals for the* FIFTH *Circuit on the*

10TH *day of* SEPTEMBER *, A. D. 19 80 .*

*In Testimony Whereof, I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the* FIFTH *Circuit at my office in* NEW ORLEANS LOUISIANA

*Clerk.*

*Deputy Clerk.*

**EXHIBIT "B"**



THE UNITED STATES OF AMERICA

I,
Norman L. Gillespie

**NORTHERN**                    **MISSISSIPPI**

*Clerk of the United States District*

Court for the Northern District of Mississippi do hereby certify that

ROBERT EUGENE BARTON

*was duly admitted and qualified as an Attorney and Counselor of said*

*District Court on the* 5th *day of* January , *A.D. 19* 78

*In testimony whereof, I hereunto set my hand and affix the seal of*

*said Court at my office in* Oxford *in the* Northern *District*

*of* Mississippi *this* 5th *day of* January , *A.D. 19* 78

Norman L. Gillespie
*Clerk.*

**EXHIBIT "C"**

# United States District Court

## Southern District of Mississippi



*that*

I, J. T. Noblin, Clerk of the United States District Court, do hereby certify

## Gene Barton

*was* duly admitted and qualified to practice as an Attorney in the District Court on the 16th day of August, 1999.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Jackson, this 17th day of August, 1999.

_____
Clerk

**EXHIBIT "D"**