## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about June 9, 2005, I caused copies of:

•    **the Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time**
•    **the Proof of Claim Form**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Supplemental Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: June 9, 2005

_____
Kathleen M. Logan

Code: BB

# EXHIBIT A
# SERVICE LIST

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs of Claim on or**
**Before August 1, 2005 at 5:00 P.M. Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 241257-12
3M WAF 0774
3M CENTER DEDUCTION ANALYSIS
BLDG 223-5S-07
ST PAUL MN 55133

CREDITOR ID: 241520-12
ACH FOOD CO INC
PO BOX 60995
CHARLOTTE NC 28260-0000

CREDITOR ID: 260173-12
ALSDORF, RUSSELL E
558 GREENPLACE
WEST PALM BEACH FL 33409

CREDITOR ID: 383990-47
BAKE LINE GROUP LLC
P O BOX 73546
CHICAGO IL 60673-3546

CREDITOR ID: 381403-47
BENNINGTON, CHRISTRINE
C/O ZACHARY BENNINGTON
926 EAST LAKE LANDING
MARIETTA GA 30062

CREDITOR ID: 243861-12
BRANDON WESTMORELAND
C/O CURTIS LOVEJOY
4950 KUDZU LANE
MORGANTON NC 28655

CREDITOR ID: 384020-47
BUFFALO ROCK COMPANY
1200 EMORY FOLMAR BLVD
MONTGOMERY AL 36110

CREDITOR ID: 380981-47
CALIFORNIA CUSTOM FRUITS & FLAVORS
15800 TAPIA STREET
IRWINDALE CA 91706

CREDITOR ID: 244427-12
CAMPBELL SOUP CO
ATTN LAURA JACKSON SUITE 301
5650 BRECKENRIDGE PARK DRIVE SUITE
TAMPA FL 33610

CREDITOR ID: 381307-47
CCS PRESENTATION SYSTEMS
8785 PERIMETER PARK BLVD
JACKSONVILLE FL 32256

CREDITOR ID: 406278-93
CHAMBERS LAW GROUP, P.A.
ATTN: JEFFREY K CHAMBERS, ESQ
PO BOX 1191
ST PETERSBURG FL 33731

CREDITOR ID: 402482-89
CLARK, KEN
1124 WOODCREST AVENUE
INVERNESS FL 34453

CREDITOR ID: 246616-12
COLGATE PALMOLIVE COMPANY
2233 LAKE PARK DR SUITE 300
SMYRNA GA 300808856

CREDITOR ID: 246746-12
COMMERCIAL SWEEPERS OF LAKE CITY
946 SW CANNON CREEK DRIVE
LAKE CITY FL 32024

CREDITOR ID: 251637-12
COUNTY OF HILLSBOROUGH FIRE RESCUE
C/O BOARD OF COUNTY COMMISSIONER
PO BOX 1110
TAMPA FL 33601-1110

CREDITOR ID: 384088-47
DELTA BEVERAGE GROUP
671 SOUTH ROWLETT ST
COLLIERVILLE  TN 38017

CREDITOR ID: 248090-12
DIAL CORPORATION
ADVANTAGE SALES & MARKETING
7900 BELFORT PARKWAY #100
ATTN DAVID CHRISTIANSEN
JACKSONVILLE FL 32256

CREDITOR ID: 384120-47
FEB DISTRIBUTING CO INC
PO BOX 10140
GULFPORT MS 39500

CREDITOR ID: 249497-12
FIELDCREST CANNON
STATON BLVD.
GREENVILLE NC 27834

CREDITOR ID: 384124-47
FIRST CHOICE DISTRIBUTION INC
P O BOX 1523
NORCROSS GA 30091-1523

CREDITOR ID: 249745-12
FLORIDA DRUG & PARAMEDICAL
1114  EAST JEFFERSON STREET
BROOKSVILLE FL 34601

CREDITOR ID: 381135-47
FLORIDA INDUS BATTERY SERVICES INC
2699 W 79TH ST BAY 8
HIALEAH FL 33016-0000

CREDITOR ID: 250120-12
FRITO LAY INC
P O BOX 660059
DALLAS TX 75266-0059

CREDITOR ID: 250517-12
GEORGIA PACIFIC CORP
4902 EISENHOWER BLVD #215
ATTN BILL THORNTON
TAMPA FL 33634

CREDITOR ID: 245066-12
HALLMARK, CHARLES W
706 31 STREET
PHENIX CITY AL 36867

CREDITOR ID: 252787-12
HELGESTAD, JASON
2542 SOUTH LANE TR
LINCOLNTON NC 28092

CREDITOR ID: 406289-99
HOBART CORPORATION
C/O GUNSTER YOAKLEY & STEWART PA
ATTN: CHRISTIAN A PETERSEN, ESQ
500 EAST BROWARD BLVD, STE 1400
FORT LAUDERDALE FL 33394

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim on or
Before August 1, 2005 at 5:00 P.M. Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381001-47<br>IFCO SYSTEMS NA<br>PO BOX 849729<br>DALLAS TX 75284-9729 | CREDITOR ID: 393684-58<br>INTELOGICA<br>4131 72ND ST NORTH<br>ST. PETERSBURG FL 33709 | CREDITOR ID: 384194-47<br>JJSLC<br>PO BOX 0318<br>SKILLMAN NJ 8558 |
| CREDITOR ID: 381234-47<br>JM INDUSTRIAL SALES INC<br>PO BOX 2245<br>HAMMOND LA 70404 | CREDITOR ID: 254070-12<br>KMS INC<br>811 E WATERMAN<br>WICHITA KS 67202 | CREDITOR ID: 254623-12<br>LEINER HEALTH PRODUCTS INC<br>901 EAST 233RD STREET<br>ATTN CHERYL CROTINGER<br>CARSON CA 90745-6204 |
| CREDITOR ID: 381305-47<br>LONGWOOD UTILITIES OF ALTAMONTE SPRINGS<br>PO BOX 160609<br>ALTAMONTE SPRINGS FL 32716-0609 | CREDITOR ID: 255847-12<br>MCALESTER<br>5 EAST WASHINGTON<br>MCALESTER OK 74502-0578 | CREDITOR ID: 381229-47<br>MED ANALYSIS PHYSICAL COLLECTION CENTER<br>CS MED ANALYSIS<br>250 BEAUVOIR ROAD UNIT 5<br>BILOXI MS 39531 |
| CREDITOR ID: 256064-12<br>MENTHOLATUM CO INC<br>707 STERLING DRIVE<br>ORCHARD NY 14127-1587 | CREDITOR ID: 257368-12<br>NORTH CAROLINA POWER<br>PO BOX  26666<br>RICHMOND VA 23261-6666 | CREDITOR ID: 381178-47<br>NORTH FLORIDA TIRE & ROAD SERVICE INC<br>2109 WEST US HIGHWAY 90<br>SUITE 170-310<br>LAKE CITY FL 32055-7708 |
| CREDITOR ID: 381693-47<br>OLIVER, BETTY<br>515 FOREST DRIVE<br>HAVANA FL 32333 | CREDITOR ID: 257678-12<br>ON SITE WHEEL ALIGNMENT OF FLORIDA<br>PO BOX 720477<br>ATLANTA GA 30358-2477 | CREDITOR ID: 257776-12<br>ORLANDO UTILITIES COMMISSION<br>PO BOX 918056<br>ORLANDO FL 32891-8056 |
| CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 406277-93<br>PRESLY, KELLY<br>C/O CHRIS N.K. GANNER<br>ATTORNEY AT LAW<br>405 TOMBIGBEE STREET<br>JACKSON MS 39201 | CREDITOR ID: 260019-12<br>ROSS LABORATORIES<br>625 CLEVELAND AVENUE<br>DEPT 106631-DS4<br>TRADE CUSTOME SERVICE<br>COLUMBUS OH 43215 |
| CREDITOR ID: 260466-12<br>SARGENTO FOODS<br>1 PERSNICKRTY PLACE<br>PLYMOUTH WI 53073 | CREDITOR ID: 262231-12<br>SUNSET PLAZA UTILITIES INC<br>13902 N DALE MABRY HWY<br>SUITE 165<br>TAMPA FL 33618-2424 | CREDITOR ID: 406283-93<br>TAGUIAM, MICHAEL<br>18 DAIRY FARM DRIVE<br>BROOKFIELD CT 06804 |
| CREDITOR ID: 263519-12<br>TRIANGLE ICE CO<br>PO BOX 90518<br>RALEIGH NC 27675-0000 | CREDITOR ID: 263924-12<br>US HEALTHWORKS MEDICAL GRP FL INC<br>PO BOX 404473<br>ATLANTA GA 30384 | CREDITOR ID: 263940-12<br>USA INC<br>14631 ALBERTON LANE<br>ODESSA FL 33556 |
| CREDITOR ID: 264005-12<br>VALLEYDALE FOODS INC<br>PO BOX 403225<br>ATLANTA GA 30384-3225 | CREDITOR ID: 264906-12<br>WILLOW FOODS INC<br>PO BOX 368<br>FALLS CITY NE 68355-0368 | CREDITOR ID: 265138-12<br>YVONE WALDEN<br>PO BOX 598<br>SUMMIT MS 39666 |

**Total:   54**

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered | |

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM**
**ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida  32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia  31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia  31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida  32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana  70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama  36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina  27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1.   **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2.   **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.    **ENTRY OF THE BAR DATE ORDER.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors is **August 1, 2005, at 5:00 p.m. Eastern Time** (the "Bar Date").  The Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005.

4.    **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5.    **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if:

    A.    You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

    B.    Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

    C.    Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

    D.    You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

    E.    Your claim has already been paid by the Debtors with authorization of the Court;

    F.    You are a person or entity (other than an indenture trustee) seeking to assert a claim for principal and interest due on any of the Debtors' 8-7/8% Senior Notes due 2008 (the Debtors will rely on the proof of claim filed by the indenture trustee) (however, if you hold any other type of claim, or are alleging damages or asserting causes of action based upon or arising from your note, you must file a proof of claim by the Bar Date);

    G.    You are a person or entity seeking to assert only stock ownership interests in the Debtors (the Debtors will rely on the records of the stock transfer agent for evidence of stock holdings) (however, if you hold a claim of any kind, or are alleging damages or asserting causes of action based upon or arising from your stock ownership interests, you must file a proof of claim by the Bar Date); or

    H.    You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.    **WHAT TO FILE.**  If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.  YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

 If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If  your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.    **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on August 1, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**  If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.   **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE.  EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON AUGUST 1, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10.   **THE DEBTORS' SCHEDULES AND ACCESS THERETO.**  You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com.  Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11.   **TO GOVERNMENTAL UNITS ONLY.**  If you are a governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code), consistent with section 502(b)(9) of the Bankruptcy Code, you may file a timely proof of claim up to, but not later than, 5:00 p.m. Eastern Time on August 22, 2005.

12.   **FURTHER INFORMATION.**  If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.  DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  May 2, 2005

**FOR THE COURT:**
**David K. Oliveria, Clerk of the Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

**Form B10 (Official Form 10)**

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME** |
|---|---|---|

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: _____ Case No. _____
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

| | |
|---|---|
| **A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):** | Telephone No. of Creditor _____<br><br>Fax No. of Creditor _____<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) |

| | | |
|---|---|---|
| **B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address<br><br>Name:_____<br><br>Company/Firm:_____<br><br>Address:_____<br>_____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notices in this case. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
| Account or Other Number by Which Creditor Identifies Debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____ | |

| | | |
|---|---|---|
| **1. Basis for Claim**<br>☐ Goods sold to debtor(s)<br>☐ Services performed for debtor(s)<br>☐ Goods purchased from debtor(s)<br>☐ Money loaned<br>☐ Personal injury/property damage<br>☐ Other _____ | ☐ Taxes<br>☐ Severance agreement<br>☐ Refund<br>☐ Real property lease<br>☐ Personal property lease<br>☐ Other contract _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SSN:_____<br>Unpaid compensation for services performed from _____ to _____<br>(date)                (date) |

**2. Date debt was incurred:** | **3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$_____ $_____ $_____ $_____
(unsecured)        (secured)        (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| | |
|---|---|
| **5. Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief description of Collateral:<br>☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____<br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br><br>**6. Unsecured Nonpriority Claim $_____**<br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | **7. Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).<br>☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).<br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | |
|---|---|
| **8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space Is For Court Use Only |

| | |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____ Title:_____<br><br>Signature:_____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY.  PRINT LEGIBLY.  YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD.  THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH.  THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law.  In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

### --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim).  This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property.  A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien.  In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim.  (See also *Unsecured Claims*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim.  A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims).  The most common types of priority claims are listed on the proof of claim form.  Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor.  The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| **Winn-Dixie Stores, Inc.** | **Case No. 05-03817-3F1** |
| **Dixie Stores, Inc.** | **Case No. 05-03818-3F1** |
| **Table Supply Food Stores Co., Inc.** | **Case No. 05-03819-3F1** |
| **Astor Products, Inc.** | **Case No. 05-03820-3F1** |
| **Crackin' Good, Inc.** | **Case No. 05-03821-3F1** |
| **Deep South Distributors, Inc.** | **Case No. 05-03822-3F1** |
| **Deep South Products, Inc.** | **Case No. 05-03823-3F1** |
| **Dixie Darling Bakers, Inc.** | **Case No. 05-03824-3F1** |
| **Dixie-Home Stores, Inc.** | **Case No. 05-03825-3F1** |
| **Dixie Packers, Inc.** | **Case No. 05-03826-3F1** |
| **Dixie Spirits, Inc.** | **Case No. 05-03827-3F1** |
| **Economy Wholesale Distributors, Inc.** | **Case No. 05-03828-3F1** |
| **Foodway Stores, Inc.** | **Case No. 05-03829-3F1** |
| **Kwik Chek Supermarkets, Inc.** | **Case No. 05-03830-3F1** |
| **Sunbelt Products, Inc.** | **Case No. 05-03831-3F1** |
| **Sundown Sales, Inc.** | **Case No. 05-03832-3F1** |
| **Superior Food Company** | **Case No. 05-03833-3F1** |
| **WD Brand Prestige Steaks, Inc.** | **Case No. 05-03834-3F1** |
| **Winn-Dixie Handyman, Inc.** | **Case No. 05-03835-3F1** |
| **Winn-Dixie Logistics, Inc.** | **Case No. 05-03836-3F1** |
| **Winn-Dixie Montgomery, Inc.** | **Case No. 05-03837-3F1** |
| **Winn-Dixie Procurement, Inc.** | **Case No. 05-03838-3F1** |
| **Winn-Dixie Raleigh, Inc.** | **Case No. 05-03839-3F1** |
| **Winn-Dixie Supermarkets, Inc.** | **Case No. 05-03840-3F1** |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any.  If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.  **Please note that** all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side.  Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed.  If the type of debt is not listed, check "Other" and briefly describe the type of debt.  If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amount, including the total amount of the entire claim.  If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim.  You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed.  A claim may be partly secured and partly unsecured.  (See DEFINITIONS, above.)

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim."  (See DEFINITIONS, above.)  If your claim is partly secured and partly unsecured, state here the amount that is unsecured.  If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority.  (See DEFINITIONS, above.)  A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law.  Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents.  If documents are not available, you must attach an explanation of why they are not available.
DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, AUGUST 1, 2005**.  SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.**  PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.