UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,    Case No.: 3-05-bk-03817-JAF
                                    Chapter 11

               Debtors.          Jointly Administered
_____/

**OBJECTION BY UNITED STATES TRUSTEE TO DEBTORS' MOTION FOR ORDER AUTHORIZING IMPLEMENTATION OF EMPLOYEE RETENTION AND SEVERANCE PLANS (DOCKET NO.: 1492)**

      COMES NOW, Felicia S. Turner, United States Trustee, Region 21, by and through her undersigned counsel, and objects to the Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plans (the "Motion")(Docket No.: 1492), and states the following in support of this Objection:

    1.  The United States Trustee objects to the Motion on the basis that the proposed benefits under the Chapter 11 Retention Plan and the Corporate Benefits Severance Program are excessive and discriminate in favor of top level management employees.

    2.  The United States Trustee is aware that changes have resulted based on negotiations with the Unsecured Creditors Committee to both the Chapter 11 Retention Plan and the Corporate Benefits Severance Program as outlined in the Motion.

    3.  The United States Trustee is in the process of reviewing the negotiated changes made to the Chapter 11 Retention Plan and the Corporate Benefits Severance Program.

    4.  The Debtors have consented to an extension of time to allow the United States Trustee to object to this Motion until Monday, 13, 2005.  However, the Notice of Hearing on

this Motion, states that only objections filed and served by June 9, 2005, will be considered by the Bankruptcy Court at the hearing. The United States Trustee is filing this objection to preserve her standing.

5. The United States Trustee preserves her right to amend this objection after reviewing the negotiated changes to the Chapter 11 Retention Plan and the Corporate Benefits Severance Program.

6. Wherefore, the United States Trustee objects to the Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plans and requests that the motion be denied.

Dated: June 9, 2005.

FELICIA S. TURNER
United States Trustee
Region 21

/s/ Elena L. Escamilla
Elena L. Escamilla, Trial Attorney
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Telephone No.:  (407) 648-6465
Facsimile No.:  (407) 648-6323
Florida Bar No.: 898414
Elena.L.Escamilla@usdoj.gov