UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

------------------------------------------------X

In re

      **WINN-DIXIE STORES, INC., ET AL**
      Winn-Dixie Logistics, Inc.

               Debtors.

------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$26,870.40** from:

    The Olfactory Corporation (Transferor)
    3639 Harbor Blvd, Suite 203
    Ventura, CA 93001
    Attention: Mr. Rick Barry

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                               Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                               Deputy Clerk

FROM : RICHARD+JEANNE BARRY         FAX NO. : 310 394-6255         May. 26 2005 03:23PM P4

05/26/2005 14:57 FAX 3388886694         SPECIALTY CAPITAL         ☒002

# NOTICE OF ASSIGNMENT OF CLAIM

THE OLFACTORY CORPORATION a(n) California Corporation, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$26,870.40** (proof of claim amount, defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No. 05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 26 day of MAY, 2005.

THE OLFACTORY Corporation
(Company Name)

WITNESS: _Hedi A. Kerns_ (Signature)
HEDI A. KERNS, SECRETARY
(Print Name and Title of Witness)

_Fred B Block_ (Signature of Corporate Officer)
FRED B BLOCK  PRESIDENT
(Print Name and Title of Corporate Officer)

EXHIBIT "A"