UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      CASE NO.: 3:05-bk-03817-JAF

                                            CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.              Jointly Administered

_____

JOINDER TO LIMITED OBJECTION OF THE
PRUDENTIAL INSURANCE COMPANY OF AMERICA,
CAPSTONE ADVISORS, INC., DEVELOPER'S DIVERSIFIED REALTY
CORPORATION, WEINGARTEN REALTY MANAGEMENT, WRI TEXLA, LLC.,
CURRY FORD LP, PALM SPRINGS MILE ASSOCIATES, LTD., KRUSCH
PROPERTIES LLC, and VICTORY REAL ESTATE INVESTMENTS, LLC.,
TO
DEBTORS' MOTION FOR AN ORDER ESTABLISHING
BIDDING PROCEDURES FOR THE SALE OF ASSETS

Concord-Fund IV Retail, L.P.; Elston/Leetsdale, LLC; Flagler Retail Associates, Ltd.; Gehr Florida Development, LLC; TA Cresthaven, LLC; TA/Western, LLC; Ivey Electric Company; Hammerdale, Inc. NV; Southland-Mansfield W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland-Anderson W.D. Delaware Business Trust; Southland-Crystal River W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland-Summerville W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware

Business Trust; Southland-Waco W.D. Delaware Business Trust; Southland-Arlington W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-River Ridge W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland Birmingham W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust; and Southland-Ponciana W.D. Delaware Business Trust (collectively "Landlords"); through their undersigned counsel, hereby submit this Joinder in support of the Limited Objection of The Prudential Insurance Company of America and Capstone Advisors, Inc.; Development Diversified Realty Corporation; Weingarten Realty Management; WRI Texlas, LLC, Curry Ford LP; Palm Springs Mile Associates, Ltd.; Krusch Properties LLC; and Victory Real Estate Investments, LLC, to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets, and to the extent consistent with the relief

requested, pursuant to said Objections, said Landlords hereby join in the Objections raised by other Lessors.

Dated:  Jacksonville, Florida
        June 9, 2005

        HELD & ISRAEL

        By: /s/ E. W. Held
        Edwin W. Held, Jr., Esquire
        Florida Bar #162574
        1301 Riverplace Blvd. Suite 1916
        Jacksonville, Florida 32207
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile
        Counsel for Concord-Fund IV Retail, L.P.;
Elston/Leetsdale, LLC; Flagler Retail Associates, Ltd.;
Gehr Florida Development, LLC; TA Cresthaven, LLC;
IA/Western, LLC; Ivey Electric Company; Hammerdale, Inc.
NV; Southland-Mansfield W.D. Delaware Business Trust;
Wilmington Trust Co. as Trustee of Southland-Anderson
W.D. Delaware Business Trust; Southland-Crystal River
W.D. Delaware Business Trust; William J. Wade and
Wilmington Trust Co. as Co-Trustees of Southland-
Jonesboro W.D. Delaware Business Trust; Wilmington Trust
Co. as Trustee of Southland-Summerville W.D. Delaware
Business Trust; William J Wade and Wilmington Trust Co.
as Co-Trustees of Southland-Conyers W.D. Delaware
Business Trust; Southland-Waco W.D. Delaware Business
Trust; Southland-Arlington W.D. Delaware Business Trust;
William J. Wade and Wilmington Trust Co. as Co-Trustees
of Southland-River Ridge W.D. Delaware Business Trust;
Wilmington Trust Co. as Trustee of Southland Birmingham
W.D. Delaware Business Trust; William J. Wade and
Wilmington Trust Co. as Co-Trustees of Southland-Amite
W.D. Delaware Business Trust; William J. Wade and
Wilmington Trust Co as Co-Trustees of Southland-Powder
Springs W.D. Delaware Business Trust; and Southland-
Ponciana W.D Delaware Business Trust.

Ewh/winndixie/joinderobjection.djg