[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING VERIFIED STATEMENT

This case came on for consideration upon the Court's own motion. On June 2, 2005, Jerry M. Markowitz filed Verified Statement Pursuant to FRBP Rule 2019 on behalf of Zubi Advertising, Inc., Vision Equipment & Auction Co. and AICS Companies without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Verified Statement pursuant to FRBP Rule 2019 is stricken from the record.

Dated June 6, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Jerry M. Markowitz, 9130 S. Dadeland Blvd., Two Datran Center, Ste 1225, Miami, FL 33156-7849

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1            Date Rcvd: Jun 07, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Jun 09, 2005.
aty        +Smith Hulsey & Busey,   225 Water Street,   Suite 1800,   Jacksonville, FL 32202-4494
            JERRY M. MARKOWITZ,   9130 S. DADELAND BLVD.,   TWO DATRAN CENTER,   STE. 1225,
              MIAMI, FL  33156-7849
11612734    Albert H. Adams, Jr.,   P.O.Box 910, Eufaula, AL  36072-0910

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2005**                          **Signature:** _Joseph Speetjens_

BAE SYSTEMS
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234