UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 03:05-bk-03817-JAF

      Debtors.   Chapter 11
_____/   Jointly Administered

**AMENDED CERTIFICATE OF SERVICE**
**(AMENDED TO ATTACH MASTER SERVICE LIST)**

I CERTIFY that a true and correct copy of the Objection by Richard Ehster to Debtor's Motion for Order Authorizing Implementation of Employee Retention and Service Plans (Doc. No. 1621) was sent by U.S. Mail or electronic transmission on June 9, 2005 to those parties listed on the attached Master Service List.

    /s/ David R. McFarlin
David R. McFarlin
Florida Bar no.: 328855
Kenneth D. Herron, Jr.
Florida Bar No.: 699403
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681

Attorneys for Richard Ehster

G:\3548\amnd cos 1621.wpd