Michael E. Nixon
5367 Ortega Boulevard, Suite 300
Jacksonville Fl, 32210
Phone 904-982-9524

June 8, 2005

The Honorable Judge Jerry Funk

RE: Winn Dixie Retention Bonuses

Dear Judge Funk:

As a former Winn-Dixie employee, I strongly object to Winn-Dixie paying approximately $13M in retention bonuses. The largest payouts will be made to individuals on the management team who played a role in driving Winn-Dixie into Chapter 11, in the first place. Does anyone seriously believe that losing anyone on that team, other than Peter Lynch, will have a negative impact on Winn-Dixie's survival?

Take for instance, Karen Salem, the former Chief Information Officer who left the company as soon as the senior team received their last retention bonus and filed Chapter 11. An existing Winn-Dixie employee replaced her immediately - have the computers shut down? No. Is Winn-Dixie strategically disadvantaged because of her departure? No. Will her departure affect Winn-Dixie's ability to exit Chapter 11? Again, one has to conclude the answer is no.

Also, consider the outside consultants that are guiding the management team through Chapter 11 and Winn-Dixie has requested incentive money for these individuals as well.

It doesn't make sense that the management team has to have these consultants guiding them through Chapter 11 but Winn-Dixie cannot afford to lose anyone on the team while they are being guided through Chapter 11. There seems to be a "let us get everyone more money" mentality.

I am sure you are aware of the new bankruptcy law that goes into effect in October. I understand, under the new law, retention bonuses are restricted to the point that to qualify for one, an individual has to have documented proof of another offer. I believe Congress enacted this law for a good reason. It is the right thing to do.

Also consider that the current Creditor's Committee has no real incentive to object to the retention bonuses. What if, Peter Lynch ends up being the CEO of Kmart, Wal-Mart or another large company in the retail industry? Do you think Kraft and the other Creditors would be apprehensive how Peter would treat them as vendors knowing they were the ones who objected to his retention bonus request at Winn-Dixie?

Please consider not approving retention bonuses for a management team that has a track record of poor performance.

Respectfully,

*M.E. Nixon*

Michael E. Nixon