**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| IN RE: | : | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | : : | Case No. 05-03817-JAF |
| Debtor. | : : | *Chapter 11* |
| | : : | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**COMES NOW**, A. Duda & Sons, Inc.; Tim Edmonson Farms; N&W Farm Produce, Inc.; Fresh Express, Inc.; and Hollar & Greene Produce Co., Inc.; (collectively referred to as the "Duda Group of PACA Creditors"), creditors of Winn-Dixie Stores, Inc., et al., ("Debtor" or "Winn-Dixie"), by and through their undersigned counsel, hereby requests all orders and notices, pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case, whether written or oral, transmitted via E-mail or conveyed by U.S. mail, hand-delivery, telephone, facsimile or otherwise, which effect the Debtor or property of the Bankruptcy Estate in connection with the above-referenced matter, and that they be added to the service list.

Notices pursuant to this request are to be served upon:

Lawrence H. Meuers
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile:  (239) 513-9677
lmeuers@meuerslawfirm.com

1

**MEUERS LAW FIRM, P.L.**

By: s/*Lawrence H. Meuers*
    Lawrence H. Meuers
    Florida Bar No. 0934879
    5395 Park Central Court
    Naples, FL  34109
    Telephone: (239) 513-9191
    Facsimile: (239) 513-9677

    Attorneys for Plaintiffs A. Duda & Sons, Inc.; Tim Edmonson Farms; N&W Farm Produce, Inc.; Fresh Express, Inc.; and Hollar & Greene Produce Co., Inc.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the above Notice of Appearance and Request for Service was forwarded on June 10th, 2005, via E-mail, to all parties of record listed on the Court's Service List.

**MEUERS LAW FIRM, P.L.**

By: s/*Lawrence H. Meuers*
    Lawrence H. Meuers
    *Florida Bar No. 0934879*
    5395 Park Central Court
    Naples, Florida  34109
    Telephone: (239) 513-9191
    Facsimile:  (239) 513-9677

    *Attorneys for the Duda Group of PACA Creditors*