UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO PROCEED PRO HAC VICE

The Court finds that the Motion to Proceed Pro Hac Vice filed by Gene Barton on behalf of Elizabeth Montgomery on June 8, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Proceed Pro Hac Vice filed by Gene Barton on behalf of Elizabeth Montgomery on June 8, 2005 is stricken from the record.

DATED June 10, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Gene Barton, P.O. Box 455, Pontotoc, MS 38863
Honorable Leland S. Smith, P.O. Box 13429, Jackson, MS 39236-3429
Logan and Company, Inc., Attn: Winn-Dixie Claim Center, 546 Valley Rd., Upper Montclair, NJ 07043