UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE

The Court finds that the Motion to Compel Assumption or Rejection of Unexpired Lease filed by Michael Bowlus on behalf of Penman Plaza Associates, Ltd. on June 8, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Compel Assumption or Rejection of Unexpired Lease filed by Michael Bowlus on behalf of Penman Plaza Associates, Ltd on June 8, 2005 is stricken from the record.

DATED June 10, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael Bowlus, 10110 San Jose Blvd., Jacksonville, FL 32257
US Trustee