UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:					CASE NO.: 05-03817-3F1

WINN-DIXIE STORES, INC.
   Debtor.

_____

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Maria Chianti Burch ("Creditor"), by and through her undersigned counsel, files this Motion for Relief from the Automatic Stay, and states as follows:

1. The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2. The Creditor was employed by Winn-Dixie Stores on December 19, 2004.

3. During the course and scope of her employment, Creditor sustained an injury when she injured her right thumb while slicing meat in the Deli.

4. Winn-Dixie Stores never sent out a First Report of Injury or any other documentation to establish a claim under Florida Workers' Compensation Law.

5. This claim should be presented and litigated in front of a Judge of Compensation Claims, who is in a better position to apply the applicable workers' compensation law to this claim.

in the alternative, if Winn-Dixie is self insured, to establish the extent of the claim through the workers' compensation venue.

WHEREFORE, Maria Chianti Burch requests that the automatic stay be lifted to enable her to file a workers' compensation claim and recover to the extent of insurance coverage for the workers' compensation claim or to establish the value of her claim in the workers' compensation venue.

CLIVE N. MORGAN, P.A.

/s/ Clive N. Morgan
Clive n. Morgan
Florida Bar No. 357855
6712 Atlantic Boulevard
Jacksonville, Florida 32211
(904) 727-9300
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by United States Mail, this 9th day of June, 2005, to

D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202