UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 03:05-bk-03817-JAF

    Debtors.   Chapter 11
_____/   Jointly Administered

### RICHARD EHSTER'S MOTION TO SHORTEN
### TIME FOR DISCOVERY OR TO CONTINUE HEARING

Richard Ehster requests the order of this court shortening the deadline for debtor to respond to discovery or continuing hearing on Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plans. In support of this motion, Ehster states as follows:

1. <u>Chapter 11 Case</u>. This Chapter 11 case was filed on February 21, 2005.

2. <u>Motion</u>. On or about May 27, 2005, the Debtor filed its "Motion for Order Authorizing Implementation of Employee Retention and Severance Plans" (Document no. 1492).

3. <u>Objection Deadline/Hearing Date</u>. The objection deadline to the motion is June 9, 2005. A timely objection was filed by Ehster. The hearing date for the motion is June 16, 2005.

4. <u>Discovery</u>. On June 9, 2005, simultaneously with the filing of the objection, Ehster served upon the Debtor first interrogatories and first request for production of documents. Ehster requested response to discovery on or before 5:00 p.m. on June 14, 2005. The Debtor was unwilling or unable to agree to a shortened discovery date.

Therefore, Ehster requests the order of this court compelling the Debtor to respond to discovery to be received on or before 5:00 p.m. on June 14, 2005 or continuing the hearing on the Debtor's motion.

H:\PS\FILE\3548 motion to shorten time.wpd

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was provided on June 10, 2005, by U.S. mail, first class, and electronic transmission to Cynthia C. Jackson, Esq., Smith, Hulsey, & Busey, cjackson@smithhulsey.com, 225 Water Street, Suite 1800, Jacksonville, FL 32201.

       /s/ David R. McFarlin
David R. McFarlin
Florida Bar no.: 328855
Kenneth D. Herron, Jr.
Florida Bar No.: 699403
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681

Attorneys for selected Richard Ehster