UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                      Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Thomas C. Wolford, of the law firm of Neal, Gerber & Eisenberg, LLP, hereby designate as local attorney for creditors, 1) Southland-Mansfield W.D. Delaware Business Trust; 2) Wilmington Trust Co. as Trustee of Southland-Anderson W.D. Delaware Business Trust; 3) Southland-Crystal River W.D. Delaware Business Trust; 4) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust; 5) Wilmington Trust Co. as Trustee of Southland-Summerville W.D. Delaware Business Trust; 6) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust; 7) Southland-Waco W.D. Delaware Business Trust; 8) Southland-Arlington W.D. Delaware Business Trust; 9) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-River Ridge W.D. Delaware Business Trust;

10) Wilmington Trust Co. as Trustee of Southland Birmingham W.D. Delaware Business Trust; 11) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust; 12) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust; and 13) Southland-Ponciana W.D. Delaware Business Trust, in the above-styled Cases:

> Held & Israel
> Edwin W. Held, Jr., Esquire
> Florida Bar No.: 162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, FL 32210
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile

This 31st day of May, 2005.

NEAL, GERBER & EISENBERG, LLP

Counsel for Southland-Mansfield W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland-Anderson W.D. Delaware Business Trust; Southland-Crystal River W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland-Summerville W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust; Southland-Waco W.D. Delaware Business Trust; Southland-Arlington W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland River Ridge W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland Birmingham W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust; William J Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust; and Southland-Ponciana W.D. Delaware Business Trust

By: /s/ Thomas C. Wolford
Thomas C. Wolford, Esquire
Illinois Bar # 06194526
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-5675 Telephone
(312) 269-1747 Facsimile

**CONSENT TO ACT**

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditors 1) Southland-Mansfield W.D. Delaware Business Trust; 2) Wilmington Trust Co. as Trustee of Southland-Anderson W.D. Delaware Business Trust; 3) Southland-Crystal River W.D. Delaware Business Trust; 4) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust; 5) Wilmington Trust Co. as Trustee of Southland-Summerville W.D. Delaware Business Trust; 6) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust; 7) Southland-Waco W.D. Delaware Business Trust; 8) Southland-Arlington W.D. Delaware Business Trust; 9) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-River Ridge W.D. Delaware Business Trust; 10) Wilmington Trust Co. as Trustee of Southland Birmingham W.D. Delaware Business Trust; 11) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust; 12) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust; 13) Southland-Ponciana W.D. Delaware Business Trust in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this __10__ day of June, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

rjp\winn Dixie\designation southland.npg