```
            UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                JACKSONVILLE DIVISION
```

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

            Debtors.                  Jointly Administered

_____

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

The following parties in interest in these Cases: 1) Southland-Mansfield W.D. Delaware Business Trust; 2) Wilmington Trust Co. as Trustee of Southland-Anderson W.D. Delaware Business Trust; 3) Southland-Crystal River W.D. Delaware Business Trust; 4) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust; 5) Wilmington Trust Co. as Trustee of Southland-Summerville W.D. Delaware Business Trust; 6) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust; 7) Southland-Waco W.D. Delaware Business Trust; 8) Southland-Arlington W.D. Delaware Business Trust; 9) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-River Ridge W.D. Delaware Business Trust; 10) Wilmington Trust Co. as Trustee of Southland Birmingham W.D. Delaware Business Trust; 11) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust; 12) William J.

Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust; and 13) Southland-Ponciana W.D. Delaware Business Trust ("the Parties in Interest"), hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments,

all of which the Parties in Interest reserve to the full extent of the law.

Dated: June 10, 2005.
Jacksonville, Florida

    HELD & ISRAEL

    By: _/s/ Edwin W. Held_____
    Edwin W. Held, Jr., Esquire
    Florida Bar #162574
    1301 Riverplace Blvd., Suite 1916
    Jacksonville, Florida 32207
    (904) 398-7038 Telephone
    (904) 398-4283 Facsimile

    and

    NEAL, GERBER & EISENBERG, LLP

    Thomas C. Wolford, Esquire
    2 North LaSalle Street, Suite 2200
    Chicago, Illinois 60602
    (312) 269-5675 Telephone
    (312) 269-1747 Facsimile

Co-counsel for Southland-Mansfield W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland-Anderson W.D. Delaware Business Trust; Southland-Crystal River W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland-Summerville W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust; Southland-Waco W.D. Delaware Business Trust; Southland-Arlington W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland River Ridge W.D. Delaware Business Trust; Wilmington Trust Co. as Trustee of Southland Birmingham W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust; William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust; and Southland-Ponciana W.D. Delaware Business Trust

rjp/request for notice-southland.npg