## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### VERIFIED STATEMENT OF BLANCO TACKABERY COMBS & MATAMOROS, P.A. PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Blanco Tackabery Combs & Matamoros, P.A. ("BTCM") gives notice of representing more than one creditor in the above-captioned bankruptcy case, and hereby represents as follows:

1.    Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 in the United States Bankruptcy Court, Southern District of New York.

2.    By amended order of the Court entered on April 14, 2005, venue of Debtors' jointly administered cases was transferred to the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

3.    BTCM represented the following entities (collectively, the "Clients") subsequent to the commencement of Debtors' cases and received *pro hac vice* admission to represent them in the above-referenced bankruptcy cases by the United States Bankruptcy Court, Southern District of New York:

    a.    Domino Foods, Inc., as agent for American Sugar Refining, Inc. and
          Okeelanta Corporation
          Attn: William F. Tarr, Esquire
          Legal Department
          Litigation Counsel
          One North Clematis Street, Suite 200
          West Palm Beach, FL  33401

      b.      Florida Crystals Food Corporation
                  Attn: William F. Tarr, Esquire
                  Legal Department
                  Litigation Counsel
                  One North Clematis Street, Suite 200
                  West Palm Beach, FL  33401

4.      Domino Foods, Inc. is a reclamation claimant which has asserted a reclamation claim against Debtors under applicable state law and Section 546(c) of the Bankruptcy Code. Domino Foods, Inc. also holds a pre-petition trade claim against Debtors.

5.      Florida Crystals Food Corporation is a reclamation claimant which has asserted a reclamation claim against Debtors under applicable state law and Section 546(c) of the Bankruptcy Code.  Florida Crystals Food Corporation also holds a pre-petition trade claim against Debtors.

6.      The Clients are related entities.

7.      BTCM was retained by the Clients by request of one of their authorized representatives. BTCM has fully advised each of the Clients that it represents the other in this case. Each of the Clients has: (a) consented to such representation in writing; and (b) requested that BTCM represent them in this case.  BTCM is authorized to act on behalf of the Clients as their legal representative, and not through any other instrument.

8.      BTCM has no claims against or interests in Debtors.

9.      A verification of the above representations is attached hereto and incorporated herein by reference.

Dated:  June 10, 2005

BLANCO TACKABERY
COMBS & MATAMOROS, P.A.

Gene B. Tarr
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Fax: (336) 293-9030
Email: gbt@btcmlaw.com

*Attorney for Domino Foods, Inc.*
*and Florida Crystals Food Corporation*

## <u>VERIFICATION</u>

I, Gene B. Tarr, declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

_Gene B. Tarr_ (signature)
Gene B. Tarr

SWORN TO AND SUBSCRIBED before me this 10th day of June, 2005.

_Brenda S. Bowden_ (signature)
Notary Public

My commission expires: _12/24/2006_

[Notary Seal]



"OFFICIAL SEAL"
Notary Public, North Carolina
County of Davidson
Brenda S. Bowden
My Commission Expires _____

BTCM:287800 v1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on June 10, 2005, a **VERIFIED STATEMENT OF BLANCO TACKABERY COMBS & MATAMOROS, P.A. PURSUANT TO BANKRUPTCY RULE 2019 and attached Verification** was electronically filed with the Clerk of the Court by using the CM/ECF system, and that a copy of same was electronically served by the Court's CM/ECF system or by first class U.S. mail to the parties shown on the attached list.

Dated: June 10, 2005

BLANCO TACKABERY
COMBS & MATAMOROS, P.A.

Gene B. Tarr
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Fax: (336) 293-9030
Email: gbt@btcmlaw.com

*Attorney for Domino Foods, Inc.*
*and Florida Crystals Food Corporation*

Adam Ravin, Esq.
Skadden Arps Slate
Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(*Counsel for Debtors*)

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
(*Counsel for Debtors*)

Elena L Escamilla, Esq.
United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(*Counsel for Unsecured Creditors' Comm.*)

John B. MacDonald, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
(*Counsel for Unsecured Creditors' Comm.*)