UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

   Debtors.                                     Jointly Administered

**REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

P.C. Woo, Inc., d/b/a Megatoys, Inc., a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9907 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for P.C. Woo, Inc., d/b/a Megatoys, Inc., at the address set forth below.

Neither this Request nor its filing and service shall constitute the consent of P.C. Woo, Inc., d/b/a Megatoys, Inc., to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or

recoupments, all of which P.C. Woo, Inc., d/b/a Megatoys, Inc., reserves to the full extent of the law.

Dated: June 10, 2005.
Jacksonville, Florida

       HELD & ISRAEL

       By: _____
         Edwin W. Held, Jr., Esquire
         Florida Bar #162574
         1301 Riverplace Blvd. Suite 1916
         Jacksonville, Florida 32207
         (904) 398-7038 Telephone
         (904) 398-4283 Facsimile
          Attorneys for P.C. Woo, Inc.,
          d/b/a Megatoys, Inc.

ewh/winndixie/requestforpapersmegatoys djg