UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE

The Court finds that the Motion to Compel Assumption or Rejection of Unexpired Lease filed by Michael Bowlus on behalf of Penman Plaza Associates, Ltd. on June 8, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Compel Assumption or Rejection of Unexpired Lease filed by Michael Bowlus on behalf of Penman Plaza Associates, Ltd on June 8, 2005 is stricken from the record.

DATED June 10, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael Bowlus, 10110 San Jose Blvd., Jacksonville, FL 32257
US Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1           Date Rcvd: Jun 10, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on Jun 12, 2005.
aty        +Michael T. Bowlus,   Ford, Bowlus, et al.,   10110 San Jose Blvd.,   Jacksonville, FL 32257-5838

The following entities were served by electronic transmission on Jun 11, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Jun 11 2005 01:47:57     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2005**                          **Signature:**    _Joseph Speetjens_