IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                    Chapter 11

WINN-DIXIE STORES, INC., et al.,                          Case No. 3:05-bk-3817-JAF

　　　　　　Debtors.                                        (Jointly Administered)
_____/

### LIMITED OBJECTION OF LNR PARTNERS, INC. TO DEBTORS' MOTION FOR AN ORDER ESTABLISHING BIDDING PROCEDURES FOR THE SALE OF ASSETS

LNR Partners, Inc. ("LNR Partners") files this Limited Objection to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets and states:

1. Winn-Dixie Stores, Inc. and its affiliates filed Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets on May 27, 2005 ("Bid Procedure Motion") (CP No. 1496).

2. LNR Partners is special servicer for several holders of commercial mortgages, which mortgages are secured by real property leased to Winn-Wixie Stores, Inc.

3. LNR Partners has concerns with several of the aspects of the proposed Bidding Procedures, several of which have been raised by other parties (the "Objecting Parties") filing objections to the Bid Procedure Motion. LNR Partners understands that the Debtors have already made several adjustments to the Bidding Procedures to address those concerns.

4. In addition to the revisions to proposed Bidding Procedures which the Debtors have circulated to address these issues, LNR Partners submits that there are two modifications necessary so that the proposed Bidding Procedures comply with the

procedures mandated by 11 U.S.C. §§ 365(b)(3) or 365(f)(2) and to provide the landlords with adequate protection during the disposition of leases by Debtors.

5. As noted by the other Objecting Parties, the proposed Bidding Procedures do not provide landlords with information about possible substitute tenants in adequate time to evaluate the tenant prospect. The proposed Bidding Procedures provide explicitly that "[t]he submission of an initial bid shall be deemed to be the bidder's consent for the Debtors and their advisors to share any and all information submitted by such bidder to . . . any landlord with respect to a nonresidential real property lease . . .". There is no reason that that information cannot be shared by landlords as the bids come in, subject to any time and confidentiality issues that need to be addressed as part of the logistics. Indeed, the Debtors, the Committee and their advisors might benefit from knowing, as they evaluate competing bids, what concerns a particular landlord may have with respect to a potential bidder.

6. Additionally the proposed Bidding Procedures do not address the requirements that any particular landlord may have with its lender. For example, most loans secured by shopping centers or other rental property require that most, and certainly major, tenants, execute attornment agreements with the landlord's mortgagee. The manner in which these requirements will be addressed, whether as part of the original bidding package or elsewhere, need to be dealt with in the proposed Bidding Procedures.

7. Counsel to LNR Partners has been working with counsel to the Debtors in an effort to resolve these concerns and will continue to do so pending the hearing on the Bid Procedure Motion.

WHEREFORE, LNR Partners, Inc. respectfully requests this Court enter an Order that approves the proposed Bidding Procedures only to the extent that they are modified to address the concerns of the Objecting Parties, including LNR Partners, Inc.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for LNR Partners, Inc.
2525 Ponce De Leon, 9th Floor
Coral Gables, Florida 33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508
Email:       jwk@kttlaw.com

By: _____
John W. Kozyak, Esq.
Fla. Bar No. 200395
Laurel Myerson Isicoff, Esq.
Fla. Bar No. 350923

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2005, I electronically filed a true and correct copy of the *Limited Objection of LNR Partners, Inc. to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets* with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document via U.S. Mail to those parties listed in the attached Service List and electronic mail to those parties who are registered participants with this Court's CM/ECF system.

By: _____
John W. Kozyak

254304.1