**3:05-bk-03817-JAF Notice via electronic mail:**

Albert H Adams irbylawfirm@bellsouth.net,

Rachel E Adams radams@sctlaw.com,

D. J. Baker djbaker@skadden.com,

Kenneth C Baker kcbaker@eastmansmith.com,

Dale R Baringer dale@sb-lawfirm.com

Earl M. Barker embarker@bellsouth.net, hollynf@bellsouth.net

Matthew Scott Barr mbarr@milbank.com,
lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com
;jclark2@milbank.com

Matt E Beal matt.beal@lowndes-law.com

Sabrina C Beavens ! sbeavens@iurillolaw.com, Sabrina1017@verizon.net

Keith L Bell kbell@cphlaw.com

Leslie A Berkoff lberkoff@moritthock.com

Brendan G. Best bbest@dykema.com,

James E. Bird jbird@pswslaw.com,

David A. Blansky dab@lhmlawfirm.com,

Wanda Borges borgeslawfirm@aol.com,

Michael T. Bowlus mbowlus@fjbd.com,

Jean Winborn Boyles jboyles@jhvgmlaw.com,

Dustin Parker Branch ! dustin.branch@kmzr.com,

Wendy D Brewer wbrewer@btlaw.com, marilyn.strange@btlaw.com;vance.donahue@btlaw.com

John P. Brice lexbankruptcy@wyattfirm.com,

Brian P Britt cpizzotti@wbbwlaw.com, bbritt@wbbwlaw.com

Robert J. Brown lexbankruptcy@wyattfirm.com,

Andrew M Brumby abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant hobankecf@lockeliddell.com,

Jason B. Burnett jburnett@gray-robinson.com, jconley@gray-robinson.com

Thomas R. Califano thomas.califano@dlapiper.com,

L Phillip Canova ! pcanova@eatel.net, canodel109@eatel.net

James S. Carr jcarr@kelleydrye.com

Linda J. Casey caseyl@pepperlaw.com

George B Cauthen george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion flc@psstf.com,

Michael E Collins mcollins@manierherod.com,
mfranks@manierherod.com;tpennington@manierherod.com;swilliams@manierherod.com

Neal D. Colton NColton@Cozen.com

David J Cook cookdavidj@aol.com,

Betsy C Cox! bcox@rtlaw .com, aruff@rtlaw.com

David N Crapo dcrapo@gibbonslaw.com,

Timothy J. Curtin tjcurtin@varnumlaw.com,

Ryan E Davis rdavis@whww.com, rwilliams@whww.com

Robert Dehney rdehney@mnat.com,

Paul H. Deutch paul.deutch@troutmansanders.com,

Gerard DiConza gerard@bmclaw.com,

Mark G Duncan mduncan@dwyercambre.com,

Dennis F. Dunne ddunne@milbank.com,

David W. Dykhouse dwdykhouse@pbwt.com,
<BR!Andrew B. Eckstein aeckstein@blankrome.com,

Henry A. Efroymson henry.efroymson@icemiller.com,

Jason H Egan jegan@mowreylaw.com,

Judith Elkin judith.elkin@haynesboone.com,

Earle I Erman eerman@ermanteicher.com

Elena L Escamilla elena.l.escamilla@usdoj.gov

William J. Factor wfactor@seyfarth.com,

Lara Roeske Fernandez lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell ferrell@taftlaw.com

Cha! rles J. Filardi cfilardi@pepehazard.com,

J David Forsyth jdf@sessions-law.com,

Shawn Randall Fox sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank jfrank@fgllp.com

Mark J Friedman mark.friedman@dlapiper.com,

Todd Mark Galante tmg@stjohnlaw.com

J. Nathan Galbreath ngalbreath@pattonboggs.com,

Charles L. Gibbs cgibbs@mcguirewoods.com,
dfoley@mcguirewoods.com;jmaddock@mcguirewoods.com

Gary Ginsburg gginsburg@ngmpc.com,

James J. Glover ! ,

Priscilla W. Grannis priscilla@rjlaw.com,

Danielle K Greco dgreco@bradleyarant.com,
Jesse.Slaton@Wakm.com;emarxjr@marxbrothersinc.com

Ira S. Greene isgreene@hhlaw.com,

Reginald A. Greene reginald.greene@bellsouth.com,

Janice Beth Grubin jgrubin@wkgj.com,

Rudi R. Grueneberg rrg@rglawgroup.com,

Marc L. Hamroff mhamroff@moritthock.com,

Catherine A Harrison charrison@millermartin.com, pjstarr@millermartin.com

John W Har! rison kandklaw_j wh@msn.com,

Patrick L. Hayden phayden@mcguirewoods.com

Edwin W. Held eheld@hilawfirm.com,

Larry D. Henin lhenin@andersonkill.com,

Neil E Herman Nherman@morganlewis.com,

Kenneth D. Herron kherron@whmh.com , rgardieff@whmh.com;poates@whmh.com

David E. Hicks courtinfo@bcylaw.com

Terrance A Hiller tah@kompc.com

Robert L Holladay robert.holladay@youngwilliams.com,

Ralph E Hood ! rhood@khmllp.com,

Brian D. Huben brian.huben@kmzr.com,

Patrick L Huffstickler plhuffst@coxsmith.com

Cynthia C. Jackson cjackson@smithhulsey.com,

Solomon J. Jaskiel soljas@aol.com,

Ronald Scott Kaniuk rkaniuklaw@aol.com,

Andrew C. Kassner kassneac@dbr.com,

Michael A Kaufman michael@mkaufmanpa.com,

Elena P. Ketchum eketchum.ecf@srbp.com

Roy S Kobert orlandobankruptc! y@broadandcassel.com

Alan W Kornberg akornberg@paulweiss.com,
jgladstone@paulweiss.com,cweidler@paulweiss.com

John W Kozyak jk@kttlaw.com, ypaz@kttlaw.com;la@kttlaw.com

Stuart A. Krause skrause@zeklaw.com,

Jeffrey Kurtzman JKurtzma@Klehr.com,

Nina M LaFleur nlafleur@stutsman-thames.com

Darryl S. Laddin bkrfilings@agg.com ,

Thomas J Lallier tlallier@foleymansfield.com

Elena Lazarou elazarou@reedsmith.com,

Robert L LeHane ! rlehane@kelleydrye.com

Thomas J. Leanse thomas.leanse@kmzr.com,

David E Lemke david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com

Chris Lenhart lenhart.chris@dorseylaw.com,

Sharon L. Levine slevine@lowenstein.com,

Bruce Levinson b.levinson@verizon.net,

Stephen Lewis slewis@stoltzusa.com

Alan Jay Lipkin maosbny@willkie.com,

Joseph Lubertazzi JLubertazzi@McCarter.com,

John B. Macdonald ! john.macdonald@akerman.com

Jeffrey S. Margo lin margolin@hugheshubbard.com,

Johanna E Markind jmarkind@att.net,

Walter F. McArdle wfm@spain-gillon.com,

David R McFarlin dmcfarlin@whmh.com, caitboukil@whmh.com;psmith@whmh.com

William S McMahon wmcmahon@choate.com,

Austin L. McMullen amcmulle@bccb.com,

Marc T McNamee mmcnamee_br@nealharwell.com

Derek F Meek dmeek@burr.com,

Richard M. Meth rmmnybankruptcy@pitneyhardin.com

Lawrence H Meuers ! lmeuers@meuerslawfirm.com,

Todd C Meyers tmeyers@kilpatrickstockton.com

Christopher C. Miller cmiller@mgm.com,

Kathleen M. Miller kmm@skfdelaware.com

Stephen M Miller smiller@morrisjames.com,

Stephan William Milo smilo@wawlaw.com

Mark Minuti mminuti@saul.com,

T David Mitchell tdavidmitchell@msn.com

Joseph Thomas Moldovan jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore ! bsmoore@pbnlaw.com,

Clive N. Morgan clivemorgan@bellsouth.net,

Lee P Morgan lmorgan@morganlawyers.com,

Andrew L. Morrison amorrison@reedsmith.com,

Larren M Nashelsky lnashelsky@mofo.com

Albert F. Nasuti anasuti@tokn.com

Bruce S. Nathan bnathan@lowenstein.com,

Carole Neville cneville@sonnenschein.com,

Tammy M. Nick nicklaw@eatel.net,

James J. Niemeier jniemeier@mnmk.com,awoodard@mnmk.com,

Merritt A. Pard! ini merritt.pardini@kmzr.com,

Barbra R. Parlin nyc-bkcyecf@hklaw.com

Patrick P. Patangan patrick.patangan@akerman.com

Aaron D. Patton apatton@murrayfrank.com,

Robert Perry rperry@hilawfirm.com

Christian A Petersen cpetersen@gunster.com

David L Pollack pollack@ballardspahr.com,

Geraldine E Ponto gponto@gibbonslaw.com

James H. Post jpost@smithhulsey.com,

Nicholas V. Pulignano ! npulignano@marksgray.com, slw@marksgray. com

Rex D. Rainach rainach@msn.com,

Gregg A. Rapoport gar@garlaw.us,

Peter J Rathwell prathwell@swlaw.com,

Adam Ravin aravin@skadden.com,
rgray@skadden.com,lbonache@skadden.com,;jmathew@skadden.com,jleamy@skadden.com,;dt
uretsk@skadden.com

Eric T. Ray eray@balch.com,

Diane G. Reed dianegreed@sbcglobal.net,

Jo Christi Reed jcreed@sonnenschein.com,

Jeffrey C. Regan jregan@hdrd-law.com,

Steven J. Reisman ! sreisman@cm-p.com , athau@cm-p.com

Larry B. Ricke larry.ricke@leonard.com,

Craig P. Rieders crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel fringel@pobox.com,

Adam L. Rosen mail@srsllp.com

Avrum J. Rosen arosen@avrumrosenlaw.com,

Neal M. Rosenbloom NRosenbloom@finkgold.com,

Fox Rothschild mail@geronlaw.com,

J Casey Roy roy@mcclainleppert.com,

David S Rubin ! drubin@kswb.com,

Robert B. Rubin brubin@burr.com,

Rachel L Rubio rrubio@mdrtlaw.com

Shelley D Rucker srucker@millermartin.com

Teresa Sadutto tsadutto@platzerlaw.com,

Anthony M Salzano asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez afspalaw@aol.com,

Robert K. Scheinbaum rscheinbaum@podveysachs.com

Robert K. Scheinbaum rscheinbaum@podveysachs.com

Marvin S. Schulman ! mschulmanpa@aol.com,

Gregory J. Seketa franklin.berg@4086.com,

Andrew Howard Sherman asherman@sillscummis.com,

Lynn Welter Sherman lsherman@hwhlaw.com, mschaeffer@hwhlaw.com

R Scott Shuker bankruptcynotice@groneklatham.com,

Peter L. Slinn plslinn@stoel.com,

Thomas R. Slome mail@srsllp.com

Anthony J. Smits anthony.smits@bingham.com

Richard G. Smolev rsmolev@kayescholer.com,

Eric J. Snyder e! snyder@sillerwilk.com,

Marc P. Solomon msolomon@burr.com,

Arthur J Spector aspector@bergersingerman.com

Mark D. Speed mds@markdspeedlaw.com,

Alex Spizz aspizz@tnsj-law.com,

Don M Stichter dstichter.ecf@srbp.com

Sabrina L. Streusand streuss@hughesluce.com,

Debra Sudock dsudock@kelleydrye.com

Stephen B. Sutton ssutton@lathropgage.com,

Gene B Tarr gbt@btcmlaw.com

Richard R. Thames rrthames@stutsman-tha! mes.com,

Diana M. Thimmig dthimmig@ralaw.com,

Janet H. Thurston cohenthurston@cs.com,

Laura L. Torrado ltorrado@bear.com,

Paul Traub tbfesq@aol.com,

Ronald M Tucker rtucker@simon.com,
cmartin@simon.com;rwoodruff@simon.com;danasmith@simon.com;ncaldwell@simon.com

United States Trustee - JAX USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik rurbanik@munsch.com,

Lori V. Vaughan lvaughan@foley.com, mgrettenberger@foley.com

David H. Wander ! dwander@wanderlaw.com,

Richard Whitney Ward rwward@airmail.net,

Michael D. Warner bankruptcy@warnerstevens.com,

Allan C Watkins watkinslaw@worldnet.att.net,

Alan M. Weiss alan.weiss@hklaw.com,

David B. Wheeler davidwheeler@mvalaw.com,

Stephen D Wheelis steve@wheelis-rozanski.com,

William Douglas White wdw@mccarthywhite.com

Jonathan R Williams jwilliams@melandrussin.com,

Frank J. Wright bankruptcy@hswgb.com,

Scott A. Zuber ! szuber@pitneyhardin.com

**3:05-bk-03817-JAF Notice via U.S. mail:**

ASM Capital, L.P.
7600 Jericho Turnpike
Suite 302
Woodbury, NY 11797

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Be, FL 33401

Margaret A. Benton
LAW OFFICE OF MARGARET A. BENTC
800 Virginia Ave., Suite 10
Fort Pierce, FL 34982

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Charles A Buford
2560 Gulf to Bay Blvd., Ste. 300
Clearwater, FL 33765

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Fox Rothschild
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Mary E. Gardner
Keaton & Associates
Suite 903
1278 West Northwest Highway
Palatine, IL 60067

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Edwin W. Held
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Sally M. Henry
Skadden, Arps, Slate, Meagher & Fl! om
Four Times Square
New York, NY 10036-6522

Gerard M. Kouri
10021 Pines Blvd., #202
Pembroke Pines, FL 33024-6191

Stephen B. Kuhn
590 Madison Avenue
New York, NY

Nina M. Lafleur
Stutsman & Th ames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

James W. Martin
One Securities Centre, Suite 300
3490 Piedmont Rd., N.E.

Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Armando Perez
2631 S.W. 27th Street
Miami, FL 33133

Craig V. Rasile
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Joel L. Tabas
25 Southeast Second Ave., Ste. 919
Miami, FL 33131-1538

Judy D Thompson
301 S. College Street, Ste 2300
Charlotte, NC 28202

Amy Pritchard Williams
Kennedy Covington Lobdell & Hickman LLP
214 N Tryon Street
Hearst Tower, 47th Floor
Charlotte, NC 28202

254336.1