UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Motion for an Order Under 11 U.S.C. §§ 105(a) and 365 (I) Authorizing Rejection of Non-Residential Real Property Lease with American KB Properties I Limited Partnership and (II) Granting Related Relief (Docket No. 1645) and (ii) Notice of Hearing thereon (Docket No. 1647) was furnished by mail and/or electronically on June 10, 2005 to those parties on the attached Master Service List.

Dated: June 13, 2005

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
          Stephen D. Busey
          James H. Post
          Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

    -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Attorneys for the Debtors