## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

CASE NO:  3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.

Debtors.

_____

### NOTICE OF APPEARANCE

Pinkston & Pinkston, P.A. gives notice of its appearance as additional counsel of record for City

of Plaquemine/City Light and Water Plant, and requests, that all notices, pleadings or other documents to be

served on City of Plaquemine/City Light and Water Plant be served on it in care of the undersigned counsel.

PINKSTON & PINKSTON, P.A.

David J. Pinkston
Florida Bar Number 0985619
Gina M. Schlegel
Florida Bar Number 0195804
Post Office Box 4608
Jacksonville, Florida 32201
904/389-5880; Fax 904/389-9957
Attorney for City of
Plaquemine/City Light and Water Plant

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq.,
Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq.,
Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036-6522;
Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLC, 1 Chase Manhattan Plaza, New York,
New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando,
Florida 32801 on this 13th day of June, 2005

Attorney