UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| WINN-DIXIE STORES, ET AL | * | |
| | * | |
| Debtor | * | CASE NO. 05-03817-3F1 |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | Jointly Administered |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

I, L.Phillip Canova, Jr., a member in good standing of the bar in the State of Louisiana and the bar of the United States District Court in the Middle District of Louisiana, request admission, *pro hac vice*, before this Honorable Court to represent the City of Plaquemine/City Light and Water Plant, a creditor and party in interest in the above-referenced Chapter 11 cases.

My address is CANOVA & DELAHAYE LLC, 58156 Court Street, Plaquemine, Louisiana 70764. My email address is PCANOVA@EATEL.NET. My telephone number is (225) 687-8340. I agree to pay the $25 fee upon approval by the Court admitting me to practice *pro hac vice*.

In compliance with Local Rule 2090-1(c), I hereby designate GinaSchlegel, PINKSTON & PINKSTON, P.A., 2063 Oak Street, Jacksonville, Florida 32204 as Local Counsel and she has joined in my Motion for Admission to Practice, Pro Hac Vice.

Respectfully Submitted this 9th day of June, 2005.

*[signature]*
L. Phillip Canova, Jr., La.#3851
of
CANOVA AND DELAHAYE
A Professional Law Corporation
Attorneys and Counsellors at Law
58156 Court Street
Plaquemine, Louisiana 70764-2708
(225) 687-8340
(225) 687-1868 (Fax)
PCANOVA@EATEL.NET

And
*[signature]*
Gina Schlegel, Fla. #0195804
of
PINKSTON & PINKSTON, P.A.
Attorneys and Counsellors at Law
2063 Oak Street
Jacksonville, Florida 32204
(904) 389-5880
(904) 389-9957 (Fax)
gschlegel@pinkstonandpinkston.com

ATTORNEYS FOR THE CITY OF
PLAQUEMINE, CITY LIGHT AND WATER
PLANT