**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:05-bk-03817-3F1 |
| | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Jointly Administered |
| Debtors. | Judge Jerry A. Funk |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1 ("LaSalle") and under, inter alia, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. 1109(b), request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> B. Summer Chandler
> schandler@mckennalong.com
> David N. Stern
> dstern@mckennalong.com
> McKenna Long & Aldridge LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, Georgia 30308
> Telephone: (404) 527-4000
> Facsimile: (404) 527-4198

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way

any rights or interests of any creditor or party in interest in this case, including LaSalle with respect to, inter alia, the following: (a) the above captioned Debtors and Debtors in Possession (the "Debtors"); or (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by LaSalle.

Respectfully submitted this 13th day of June, 2005.

/s/ David N. Stern
David N. Stern
Florida Bar No. 40398
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
(404) 527-4000
(404) 527-4198 (facsimile)
dstern@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*