UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** of counsel for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1 by U.S. mail to the following recipients:

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699
Tax id: 59-0514290

Winn-Dixie Montgomery, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Tax id: 59-1212119

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522
(212) 735-2556
Fax : (917) 777-2556

This is to further certify that I have this day served a copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** of counsel for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1 by e-mail to the

ATLANTA:4739827.1

following recipients:

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
Email: john.macdonald@akerman.com

Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
Email: patrick.patangan@akerman.com

D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-2150
Fax : (917) 777-2150
Email: djbaker@skadden.com

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Email: aravin@skadden.com

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
Email: ddunne@milbank.com

Elena L Escamilla
United States Trustee - JAX
135 W Central Blvd., Ste 620
Orlando, FL 32806
(407) 648-6465
Fax : (407) 648-6323
Email: elena.l.escamilla@usdoj.gov

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522
(212) 735-2556
Fax : (917) 777-2556
Email: shenry@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
Email: cjackson@smithhulsey.com

This 13th day of June, 2005

/s/ David N. Stern
David N. Stern
Florida Bar No. 40398

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
(404) 527-4000
(404) 527-4198 (facsimile)
dstern@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*

ATLANTA:4739827.1