UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR BANKRUPTCY NOTICE**

COMES NOW , John A. Noland, Esq., of the law firm of Henderson, Franklin, Starnes & Holt, P.A., and enters his appearance on behalf of Lee County Electric Cooperative, Inc., a creditor in the above-captioned matter; and pursuant to Bankruptcy Rule 2002(i), hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest (Rules 2002(a), (b), and (c)), whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following to be added to the Court's Master Mailing List:

John A. Noland, Esq.
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida  33902-0280

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by regular United States Mail to Debtor In Possession, Winn-Dixie Stores, Inc, 5050 Edgewood Court, Jacksonville, Florida 322547; Debtor's attorneys, Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, and D. J. Baker, Esq., Skadden, Arps, et al., Four Time Square, New York, New York 10036; and the Office of the United States Trustee, Kenneth C. Meeker, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 8th day of June, 2005.

HENDERSON, FRANKLIN, STARNES & HOLT
Attorneys for Lee County Electric Cooperative, Inc.
Post Office Box 280
Fort Myers, Florida 33902-0280
239.344.1140

By: _____
John A. Noland
Florida Bar No. 175179