UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

Jointly Administered

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

The following parties in interest in these Cases: 1) Scana Energy Marketing, Inc.; 2) South Carolina Electric and Gas; and 3) Public Services of North Carolina ("the Parties in Interest"), hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: June 14, 2005.
Jacksonville, Florida

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

MOORE & VAN ALLEN PLLC

David B. Wheeler, Esquire
40 Calhoun Street, Suite 300
Calhoun, South Carolina  29401
(843) 579-7000 Telephone
(843) 579-8727 Facsimile
Co-counsel for Scana Energy Marketing, Inc ;
South Carolina Electric and Gas; and Public
 Services of North Carolina

ewh/winndixie/requestfornoticewheeler.djg