UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

Debtors.  Jointly Administered

---

**DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT**

I, David B. Wheeler, of the law firm of Moore & Van Allen PLLC, hereby designate as local attorney for creditors, 1) Scana Energy Marketing, Inc.; South Carolina Electric and Gas; and Public Services of North Carolina ("the Parties in Interest"), in the above-styled Cases:

> Held & Israel
> Edwin W. Held, Jr., Esquire
> Florida Bar No.: 162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, FL 32210
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile

This 14 day of June, 2005.

MOORE & VAN ALLEN PLLC
Counsel for Scana Energy Marketing, Inc.;
South Carolina Electric and Gas; and Public
Services of North Carolina

By: /s/ David B. Wheeler
David B. Wheeler, Esquire
South Carolina Bar No.: 4601 (USDC)
40 Calhoun Street, Suite 300
Calhoun, South Carolina 29401
(843) 579-7000 Telephone
(843) 579-8727 Facsimile


### CONSENT TO ACT

I, Edwin W Held, Jr, hereby consent to act as local counsel of record for creditors 1) Scana Energy Marketing, Inc.; South Carolina Electric and Gas; and Public Services of North Carolina in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this 14 day of June, 2005.

HELD & ISRAEL

By: /s/ Edwin W. Held, Jr.
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/designation-wheeler.djg

2