UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Berger Singerman, P.A., as counsel for creditor, Stiles West Associates, Ltd., a Florida limited liability company, hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Papers*, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or requested to be served in this case be served upon the undersigned attorneys at the following addresses:

> Arthur J. Spector, Esq.
> Berger Singerman, P.A.
> 350 E. Las Olas Boulevard
> Suite 1000
> Fort Lauderdale, FL 33301
> Telephone: (954) 525-9900
> Facsimile: (954) 523-2872
> E-mail: aspector@bergersingerman.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of

reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class, U.S. Mail on this 14th day of June 2005 to all parties on the attached service list.

> BERGER SINGERMAN, P.A.
> Attorneys for Stiles West Associates, Ltd.
> 350 E. Las Olas Boulevard, Suite 1000
> Fort Lauderdale, FL 33301
> Telephone No.: (954) 525-9900
> Facsimile No.: (954) 523-2872
>
> By: /s/ Arthur J. Spector
> Arthur J. Spector
> Florida Bar No. 620777
> aspector@bergersingerman.com

SERVICE LIST
WINN DIXIE STORES, INC.
Case No. 05-03817-3F1
*(Parties not receiving notice electronically)*

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Be, FL 33401

Brendan G. Best
400 Renaissance Center
Detroit, MI 48243-1668

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Mary E. Gardner
Keaton & Associates
Suite 903
1278 West Northwest Highway
Palatine, IL 60067

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Edwin W. Held
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Laurel M. Isicoff
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

**~~Stephen B. Kuhn~~**
**~~590 Madison Avenue~~**
**~~New York, NY~~**
**RETURNED MAIL**

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street, Suite 1600

285186-1

Jacksonville, FL 32202

Christopher C. Miller
10250 Constellation Boulevard
Los Angeles, CA 90067

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Tammy M. Nick
676 East I-10 Service Road
Slidell, LA 70461

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Armando Perez
2631 S.W. 27th Street
Miami, FL 33133

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Craig V. Rasile
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Teresa Sadutto
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Marvin S. Schulman
2800 Weston Road, Suite 201
Weston, FL 33331

Rick A. Steinberg
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Mark D. Bloom, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue, 21st Floor
Miami, FL 33131

Richard S. Miller, Esq.
Greenberg Traurig, P.A.
200 Park Avenue
New York, NY 10166

285186-1