**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:05−bk−03817−JAF
                                                                        Chapter 11

Winn−Dixie Stores, Inc



_____Debtor(s)_____/


NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Bobbie Edwards is rescheduled for Final Hearing to August 8, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated June 14, 2005 .

                          David K Oliveria , Clerk of Court
                          300 North Hogan Street Suite 3−350
                          Jacksonville, FL 32202



Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Creditor's Committee
Counsel for Creditor's Committee
Bobbie Edwards, Movant, c/o Albert H. Adams, Jr., P.O. Box 910, Eufaula, AL 36072−0910