**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

**WINN-DIXIE STORES, INC.**                              Case No. 3:05-bk-03817-JAF
                                                          Chapter 11
        Debtor(s).

_____

**CREDITOR WILLIE McCRAE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Creditor, WILLIE McCRAE ("Movant"), would move this Honorable Court, pursuant to Title 11, Section 362, of the United States Code for an Order Granting Relief from the Automatic Stay, with regard to the protective stay granted herein, on behalf of the Debtor(s), WINN-DIXIE STORES, INC., and as grounds therefore would state as follows:

1. Movant has a claim against the Debtor(s) for an alleged violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

2. On May 25, 2004, Movant received a Notice of Right to Sue from the United States Equal Employment Opportunity Commission, which found "reasonable cause to believe that violations of the statute(s) occurred." A copy of said notice is attached hereto as Exhibit "A".

3. The continuation of the Automatic Stay will work real and irreparable harm to the Movant.

4. Movant is in need of an Order Lifting Stay for the sole purpose of continuing the litigation so he may liquidate his claim against the Debtor(s).

5. Movant does not seek an *in personam* judgment or relief against the Debtor(s).

WHEREFORE, Willie McCrae moves the Court for the entry of an Order Lifting Automatic Stay

1

for the sole purpose of allowing Willie McCrae to liquidate his claim against Winn-Dixie Stores, Inc. and for such other relief as the Court deems appropriate.

**FRIEDLINE & McCONNELL, P.A.**

/s/ Jerrett M. McConnell
_____
Jerrett M. McConnell
Florida Bar #0244960
1756 University Blvd. S.
Jacksonville, FL  32216
(904) 727-7850
Attorney for Movant, Willie McCrae

**CERTIFICATE OF SERVICE**

　　　**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Adam Ravin and D.J. Baker, Attorneys for Debtor, Skaden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Attorney for Debtor, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; Official Committee of Unsecured Creditors, c/o Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy, LLP, One Chase Manhattan Plaza, New York, NY 10005; Official Committee Of Unsecured Creditors, c/o John B. Macdonald, Akerman Senterfitt, 50 N. Laura St., Suite 2500, Jacksonville, FL 32202; Debtor, Winn-Dixie Stores, Inc. 5050 Edgewood Court, Jacksonville, FL 32254, by U. S. Mail or Electronic Mail, this 14th day of June, 2005.

　　　　/s/Jerrett M. McConnell
　　　　　　Attorney