UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
WINN-DIXIE STORES, INC., ET AL.   \*         CHAPTER 11
                                  \*         CASE NO. 05-03817-3F1
                                  \*         Jointly Administered
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion for Modification of Security Deposit for Utility Service filed by the Creditor City of Plaquemine, City Light and Water Plant, has been mailed, postage prepaid to the following: Cynthia C. Jackson, Esq., Smith Huslsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden Arps Slate Meagher & Flom LLP, Four Time Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed Hadley & McCloy LLC, 1 Chase-Manhattan Plaza, New York, New York 10005 and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando Florida 32801 on this 14th day of June, 2005.

RESPECTFULLY SUBMITTED BY:

*[signature]*

L. Phillip Canova, Jr., La. Bar #3851
of
CANOVA AND DELAHAYE
A Professional Law Corporation
Attorneys and Counsellors at Law
58156 Court Street
Plaquemine, Louisiana 70764-2708
(225) 687-8340

Gina M. Schlegel, Fla. Bar #0195804
of
PINKSTON & PINKSTON, P. A.
Attorneys and Counsellors at Law
2063 Oak Street
Jacksonville, Florida 32204
(904) 389-5880

ATTORNEYS FOR THE CREDITOR/MOVER,
CITY OF PLAQUEMINE