# NOTICE OF ASSIGNMENT OF CLAIM

MS DEPT OF AGRICULTURE & COMMERCE, a(n) _____ (insert state of incorporation) Corporation, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$2,091.00** (defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor" ) together with interest, if any, in the bankruptcy proceedings in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Bankruptcy Court"), jointly administered at **Case No. 05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 3rd day of June, 2005.

_____ Ms. Dept of Ag. and Commerce _____
(Company Name)

WITNESS _Jennifer Crowe_     _HCBallard_
       (Signature)            (Signature of Corporate Officer)

_Jennifer Crowe / Secretary_   **HARRY C. BALLARD**
(Print Name and Title of Witness)   (Print Name and Title of Corporate Officer)

**"Exhibit A"**