UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

-------------------------------------------------------X

In re

**WINN-DIXIE STORES, INC., ET AL**

Winn-Dixie Logistics, Inc.

Debtors.

-------------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Amroc Investments, LLC hereby withdraws the Notice of Transfer of Claim filed from MS DEPT OF AGRICULTURE & COMMERCE as transferor (docket number 1691), to Amroc Investments, LLC as transferee. The Withdrawal of Transfer of Claim relates only to the filed claim MS DEPT OF AGRICULTURE & COMMERCE in the amount of $2,091.00.

Respectfully submitted this 14th day of June 2005.


Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 850-7584

By:_____
David S. Leinwand, Esq.