UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## ORDER DENYING IN PART AND GRANTING IN PART RICHARD EHSTER'S MOTION TO SHORTEN TIME FOR DISCOVERY OR TO CONTINUE HEARING

This case came before the Court upon Richard Ehster's Motion to Shorten Time for Discovery or to Continue Hearing (the "Motion to Shorten Time"). The Motion to Shorten Time seeks to have the Court shorten the deadline for Debtors to respond to certain discovery requests in connection with Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plans (the "Motion for Authorization") or to continue the hearing on the Motion for Authorization which is scheduled for June 16, 2005 at 1:00 p.m. The Court has considered the Motion to Shorten Time and the time periods involved and finds it appropriate to deny the Motion in part and grant the Motion in Part. It is

**ORDERED:**

1. Motion to Shorten Time is denied in part and granted in part. The Court will not shorten the deadline for Debtors to respond to the discovery requests in connection with the Motion for Authorization.

2. The Court will consider the motion to continue the Motion for

Authorization at the June 16, 2005 1:00 p.m. hearing.

**DATED** this 14 day of June, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Copies to:**

Cynthia C. Jackson, Esq., Attorney for Debtors
David R. McFarlin, Attorney for Richard Ehster