**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Bruce Levinson of the Law Offices of Bruce Levinson ("Levinson"), counsel for the Burch Equipment Group, and New York local counsel for the Duda Group of PACA Creditors, hereby withdraws his Appearance from this matter, the service list, electronic case filing (ECF), and any other service of process list from this day forward.

Dated this 15th day of June, 2005             **LAW OFFICES OF BRUCE LEVINSON**

   s/*Bruce Levinson*
   Bruce Levinson, Esq.
   New York Bar No. BL-0749
   747 Third Avenue, 4th Floor
   New York, NY  10017
   Tel: (212) 750-9898
   Fax: (212) 750-2536
   b.levinson@verizon.net
   Attorneys for Burch Equipment Group
   and **local counsel** for Duda Group of
   PACA Creditors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above Notice of Withdrawal of Appearance was forwarded this 15th day of June, 2005, via E-mail, to all parties of record listed on the Court's Service List.

   s/*Bruce Levinson*