UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARING
TO BE HELD ON JUNE 16, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on June 16, 2005 at 1:00 p.m. (ET):

### A. Uncontested Matters:

*1.   Motion for Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (Docket No. 1477)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion. The Debtors have agreed with the Committee to limit their first extension request to 90 days (to coincide with the September 19, 2005 date by which the Debtors must currently assume or reject unexpired leases of nonresidential real property under the Court's Order dated May 6, 2005) (Docket No. 1070).

*2.   Application for Authority to Retain Deloitte Consulting LLC to Provide In-Store Operational Consulting Services to the Debtors (Docket No. 1486)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion. The Debtors

have revised the proposed order to resolve concerns raised by the Committee and the United State Trustee.

3. *Motion for Entry of Order Approving Settlement with Bain & Company, Inc. Pursuant to Terms of Stipulation (Docket No. 1488)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

4. *Motion for Order Authorizing Rejection of Executory Contracts Effective as of June 16, 2005 (Docket No. 1490)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

5. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)*

This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the objecting utilities, as identified below.

Objection Deadline: Expired.

Remaining Objections: (a) Florida Power & Light (Docket No. 235)
(b) Florida Power Company; Carolina Power & Light and Tampa Electric Company (Docket No. 260)
(c) Entergy (informal objection)

Status: The Debtors and Florida Power & Light, Florida Power Company, Carolina Power & Light, Tampa Electric Company and Entergy have agreed to continue their objections to June 30, 2005.

**B.** **Contested Matters:**

*1.   Motion for Order Authorizing Implementation of Employee Retention and Severance Plans (Docket No. 1492)*

Objection Deadline:   Expired.

Objections:   (a)   Richard Soloway (Docket No. 1605)
(b)   Conopco, et al (Docket No. 1619)
(c)   Richard Ehster (Docket No. 1621)
(d)   U.S. Trustee (Docket No. 1626)
(e)   Michael Nixon (Docket No. 1640)

Status:   The Debtors will proceed with the Motion.

*2.   Motion for Order Establishing Bidding Procedures for the Sale of Assets (Docket No. 1496)*

Objection Deadline:   Expired.

Objections:   (a)   Victory Real Estate Investments, LLC (Docket No. 1600)
(b)   Conopco, et al (Docket No. 1618)
(c)   Xerox Capital Services (Docket No. 1623)
(d)   Prudential Ins. Co. and Capstone Advisors (Docket No. 1625)
(e)   Concord-Fund IV Retail, et al (Docket No. 1635)
(f)   Developers Diversified Realty Corporation, et al (Docket No. 1637)
(g)   LNR Partners, Inc. (Docket No. 1666)

Status:   The Debtors will proceed with the Motion.

*3.   Debtors' Motion for Order Under 365(d) (4) Extending Time Within Which to Assume or Reject Leases (Docket No. 472)*

An Order was entered by this Court on May 6, 2005 (Docket No. 1070), extending the Debtors' time to assume or reject until September 19, 2005. The Order continued the hearing with respect to (a) the Objection of Gardens Park Plaza (Docket No. 641) and (b) the Objection of North Madison Associates, Ltd. (Docket No. 1007). North Madison Associates has withdrawn its objection (Docket No. 1198). The Objection of Gardens Park Plaza was continued to June 16, 2005.

Objection Deadline:   Expired.

| | |
|---|---|
| Objections: | Gardens Park Plaza (Docket No. 641) |
| | The Debtors have filed a reply (Docket No. 1676) |
| Status: | Gardens Park Plaza has agreed to the relief requested by the Motion and to withdraw its objection. The Debtors will submit an agreed order at the hearing. |

Dated: June 15, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  s/ D. J. Baker | By  s/ Cynthia C. Jackson |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson, F.B.N. 498882 |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00498190.1