UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

<u>ORDER STRIKING MOTION OF PROJECT ASSISTANTS, INC. (I) COMPELLING THE IMMEDIATE PAYMENT OF A CHAPTER 11 ADMINISTRATIVE EXPENSE; OR (II) IN THE ALTERNATIVE, COMPELLING THE IMMEDIATE DISCONTINUATION AND PURGING OF SOFTWARE LICENSED OR INSTALLED BY PROJECT ASSISTANTS</u>

The Court finds that the Motion of Project Assistants, Inc. (I) Compelling the Immediate Payment of a Chapter 11 Administrative Expense; or (II) in the Alternative, Compelling the Immediate Discontinuation and Purging of Software Licensed or Installed by Project Assistants filed by Michael G. Busenkell on behalf of Project Assistants, Inc. on June 15, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

ORDERED:

The Motion of Project Assistants, Inc. (I) Compelling the Immediate Payment of a Chapter 11 Administrative Expense; or (II) in the Alternative, Compelling the Immediate Discontinuation and Purging of Software Licensed or Installed by Project Assistants filed by Michael G. Busenkell on behalf of Project Assistants, Inc. on June 15, 2005 is stricken from the record.

DATED June 15, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael G. Busenkell, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899-1347
Debtor
Attorneys for Debtor
Creditors Committee
US Trustee

w-d strike /    /   / Revised: 06/14/05 11:13 AM           Printed: 06/15/05                                 Page: 1 of 1