UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the law firm of Robert C. Meyer, P. A. hereby appears in the above captioned case as counsel for Quail Roost Assoc. Partnership ("CLIENT")and pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Section **1109(b)** of the Bankruptcy Code, demands that any and all notices given or required to be served in this Chapter **11** case, be given to and served upon the undersigned law firm at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (i) which affect or seek to affect in any way the rights, claims or interests of CLIENT with respect to (a) the debtors; (b) property or proceeds thereof in which the

debtors may claim or assert an interest; or (c) property or proceeds thereof in

the possession, custody or control of any asset which the debtors may seek to

use; or (ii) which require or seek to require any act, delivery of any property,

payment or other conduct by the debtor.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail to the parties on the attached list below on this 13th of June, 2005.

Respectfully submitted,

ROBERT C. MEYER, P.A.
2223 Coral Way
Miami, FL 33145
Tel.: 305-285-8838
Fax.: 305-285-8919

_____
Robert C. Meyer, Esquire
Florida Bar Number: 436062

Y:\Clients\11412\0004\Not of Appearance.wpd