## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

In re:                                                  )
                                                        )   Case No. 3:05-03817-3F1
WINN-DIXIE STORES, INC., et al.,      )
                                                        )   Chapter 11
           Debtors.                                )
                                                        )   Jointly Administered
_____)

### <u>NOTICE OF APPEARANCE</u>

Please take notice that Moseley, Prichard, Parrish, Knight & Jones, P. A. appears as attorneys of record for Hillandale Farms, Inc. and requests, pursuant to Bankruptcy Rule 2002(g), that all notices and other papers to which Hillandale Farms, Inc. is entitled to be served upon:

> Richard K. Jones, Esq.
> Eric L. Hearn, Esq.
> Moseley, Prichard, Parrish, Knight & Jones, P.A.
> 501 West Bay Street
> Jacksonville, Florida 32202

> MOSELEY, PRICHARD, PARRISH,
> KNIGHT & JONES

> /s/ Richard K. Jones
> _____
> Richard K. Jones
> Florida Bar No. 351008
> Eric L. Hearn
> Florida Bar No. 0094269
> 501 West Bay Street
> Jacksonville, Florida 32202
> Telephone: (904) 356-1306
> Facsimile:  (904) 354-0194
> E-mail: rkjones@mppkj.com
> Attorneys for Hillandale Farms, Inc.

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been served on this 16th day of June, 2005 either by electronic transmission or by United States first class mail postage prepaid to the following: D.J. Baker, Esq. and Sally McDonald Henry, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 (djbaker@skadden.com) and Stephen D. Busey, Esq., James H. Post, Esq., and Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (cjackson@smithhulsey.com).

/s/ Richard K. Jones

Richard K. Jones, Attorney