**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-03187 |
| | § | |
| **WINN-DIXIE STORES, INC., et al.,** | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lord, Bissell & Brook LLP hereby appears in the above-captioned chapter 11 cases on behalf of Sedgwick Claims Management Services, Inc., and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedures and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), hereby demands copies of all notices given or required to be given in this case and all papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

> Folarin S. Dosunmu
> Lord, Bissell & Brook LLP
> 115 South LaSalle Street
> Chicago, Illinois  60603-3901
> Tel:  (312) 443-0219
> Fax:  (312) 896-6219
> fdosunmu@lordbissell.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of

CHI1 1056895v1

reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before the court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this Chapter 11 case.

Dated: June 16, 2005                                LORD, BISSELL & BROOK LLP


By:  _____/s/ Aaron C. Smith_____
     Aaron C. Smith
     Lord, Bissell & Brook LLP
     115 South LaSalle Street
     Chicago, Illinois  60603-3901
     Tel:  (312) 443-0219
     Fax:  (312) 896-6219

ATTORNEYS FOR SEDGWICK CLAIMS
MANAGEMENT SERVICES, INC.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on this 16th day of June, 2005, via regular U.S. Mail, postage prepaid, on the following:

> David J. Baker
> Adam Ravin
> Skadden Arps Slate Meagher
>    & Flom, LLP
> Four Times Square
> New York, New York  10036
>
> Cynthia C. Jackson
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202
>
> Kenneth C. Meeker
> Office of the United States Trustee
> 135 West Central Blvd., Suite 620
> Orlando, Florida 32801
>
> Dennis F. Dunne
> Milbank, Tweed, Hadley & McCloy LLP
> One Chase Manhattan Plaza
> New York, New York 10005

          /s/ Aaron C. Smith
           Aaron C. Smith