**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

### ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Court finds that the Notices of Appearance and Request for Service filed by Robert C. Meyer on behalf of Chapel Trail Associates Ltd. and Quail Roost Assoc. Partnership on June 15, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notices of Appearance and Request Service filed by Robert C. Meyer on behalf of Chapel Trail Associates Ltd. and Quail Roost Assoc. Partnership on June 15, 2005 is stricken from the record.

**DATED June 16, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert C. Meyer, 2223 Coral Way, Miami, FL 33145