**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                         Case No. 3:05−bk−03817−JAF
                                                               Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Bobbie Edwards is rescheduled for Final Hearing to August 8, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated June 14, 2005 .

                         David K Oliveria , Clerk of Court
                         300 North Hogan Street Suite 3−350
                         Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Creditor's Committee
Counsel for Creditor's Committee
Bobbie Edwards, Movant, c/o Albert H. Adams, Jr., P.O. Box 910, Eufaula, AL 36072−0910

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1                Date Rcvd: Jun 14, 2005
Case: 05-03817                 Form ID: 3902a            Total Served: 6


The following entities were served by first class mail on Jun 16, 2005.
aty         +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty         +Albert H Adams, Jr,   Irby Law Firm LLC,   Post Office Box 910,   Eufaula, AL 36072-0910
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
              New York, NY 10005-1401
aty         +John B. Macdonald,   Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
              Jacksonville, FL 32202-3646

The following entities were served by electronic transmission on Jun 14, 2005 and receipt of the transmission
was confirmed on:
ust          +E-mail: ustp.region21.or.ecf@usdoj.gov Jun 15 2005 00:02:40     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2005**                              **Signature:** *Joseph Speetjens*