[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                   Case No. 3:05-bk-03817-JAF
                                                                                         Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

    This case came before the Court upon Motion of L. Phillip Canova, Jr., a non-resident of Florida and counsel for City of Plaquemine/City Light and Water Plant, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

    ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated June 14, 2005.

Jerry A. Funk<br>
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
L. Phillip Canova, Jr., 58156 Court St., Plaquemine, LA 70764-2708
Gina Schlegel, 2063 Oak St., Jacksonville, FL 32204

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Jun 14, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 5


The following entities were served by first class mail on Jun 16, 2005.
aty          +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty          +L Phillip Canova, Jr,    Canova & Delahaye,    58156 Court Street,    Plaquemine, LA 70764-2708
             +Gina Schlegel,    2063 Oak Street,    Jacksonville, FL 32204-4435


The following entities were served by electronic transmission on Jun 14, 2005 and receipt of the transmission
was confirmed on:
ust          +E-mail: ustp.region21.or.ecf@usdoj.gov Jun 15 2005 00:02:10      United States Trustee - JAX,
               135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2005**                                   **Signature:** _Joseph Speetjens_