UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

_____/

## ORDER DENYING IN PART AND GRANTING IN PART RICHARD EHSTER'S MOTION TO SHORTEN TIME FOR DISCOVERY OR TO CONTINUE HEARING

This case came before the Court upon Richard Ehster's Motion to Shorten Time for Discovery or to Continue Hearing (the "Motion to Shorten Time"). The Motion to Shorten Time seeks to have the Court shorten the deadline for Debtors to respond to certain discovery requests in connection with Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plans (the "Motion for Authorization") or to continue the hearing on the Motion for Authorization which is scheduled for June 16, 2005 at 1:00 p.m. The Court has considered the Motion to Shorten Time and the time periods involved and finds it appropriate to deny the Motion in part and grant the Motion in Part. It is

**ORDERED:**

1. Motion to Shorten Time is denied in part and granted in part. The Court will not shorten the deadline for Debtors to respond to the discovery requests in connection with the Motion for Authorization.

2. The Court will consider the motion to continue the Motion for

Authorization at the June 16, 2005 1:00 p.m. hearing.

**DATED** this 14 day of June, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Copies to:**

Cynthia C. Jackson, Esq., Attorney for Debtors
David R. McFarlin, Attorney for Richard Ehster

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Jun 14, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 2
```

The following entities were served by first class mail on Jun 16, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on Jun 14, 2005 and receipt of the transmission was confirmed on:
aty        +Fax: 407-648-0681 Jun 15 2005 02:18:20     David R McFarlin,    Wolff, Hill, McFarlin & Herron, P.A,
             1851 West Colonial Drive,    Orlando, FL 32804-7013
                                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2005**                    **Signature:**    _Joseph Speetjens_