

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker   (JAY SKELTON) P

Motion for Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans Filed by Debtor (1477)

*Granted*
*till Sep. 19*
*ord/Agreed*

**APPEARANCES:**
**US TRUSTEE:**       ELENA ESCAMILLA P  P
**UNSEC. CRED:**      JOHN D. MACDONALD/JACOB A. BROWN
                      DENNIS DUNNE/MATTHEW S. BARR

**RULING:**