UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

**ORDER EXTENDING EXCLUSIVE PERIODS FOR FILING CHAPTER 11
PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS**

These cases came before the Court for hearing on June 16, 2005, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned cases, as debtors and debtors-in-possession (the "Debtors"), for entry of an order under 11 U.S.C. §1121(d) extending their initial 120-day exclusive period for proposing plans of reorganization (the "Exclusive Proposal Period") and their corresponding initial 180-day exclusive period for obtaining acceptances of plans of reorganization (the "Exclusive Solicitation Period" and together with the Exclusive Proposal Period, the "Exclusive Periods"), each for an additional 120 days (the "Motion"). Based upon informal comments received from the Creditors Committee prior to the hearing on the Motion, the Debtors sought to reduce the requested extension of the Exclusive Periods, each by 30 days (so that that the initial Exclusive Proposal Period and Exclusive Solicitation Period will each be extended by 90 days). The Court has reviewed the Motion, considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

2

ORDERED AND ADJUDGED THAT:

1. The Motion is GRANTED.

2. The Debtors' Exclusive Proposal Period is extended to and including September 19, 2005.

3. The Debtors' Exclusive Solicitation Period is extended to and including November 21, 2005.

4. Entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause.

Dated June 16, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.