

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Application for Authority to Retain Deloitte Consulting LLC to Provide In-Store Operational Consulting Services Filed by Debtors (1486)

*Granted*
*ord/agreed*

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
            DENNIS DUNNE/MATTHEW S. BARR

**RULING:**