

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 16, 2005
1:00 P.M.

### PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Approval of Settlement with Bain & Company, Inc. Pursuant to the Terms of the Stipulation Filed by Debtor (1488)

*Ord/Signed*

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
           DENNIS DUNNE/MATTHEW S. BARR

**RULING:**