**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER APPROVING SETTLEMENT**
**WITH BAIN & COMPANY, INC. PURSUANT TO TERMS OF STIPULATION**

These cases came before the Court for hearing on June 16, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order approving a settlement negotiated by and between Bain & Company, Inc. ("Bain") and the Official Committee of Unsecured Creditors (the "Committee"), and agreed to by the Debtors, in accordance with the terms of the Stipulation attached as Exhibit A (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, and after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The settlement described in the Stipulation is approved.

3.      The Debtors are authorized to take any and all actions that may be required to implement the settlement described in the Stipulation.

4.     The Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

Dated _June 16_, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2