

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Authorizing Rejection of Executory Contracts Effective as of June 16, 2005 Filed by Debtor (1490)

*Granted*

*Ord/copied*

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN/PATRICK PATANGAN
              DENNIS DUNNE/MATTHEW S. BARR

RULING: