

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 1 of 2<br>Prior Pro<br>AOCNFN |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by Alabama Power (180)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by JEA (229)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by BellSouth (232)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by FL Power & Light (235)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by American Electric Power; Duke Power Company, Florida Power Co.; Carolina Power & Light, Orlando Utilities Commission, Virginia Electric and Power Co. and Tampa Electric Co. (260)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by City of Ocala (931)

*Cnt'd to June 30 @ 1:00*

**APPEARANCES\*:**
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

**\*Appearances continued on page 2**

**RULING:**