

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

    Motion for Order Authorizing Implementation of Employee Retention and Severance Plans Filed by Debtor (1492)

    Objection to setting aside money to retain key executives filed by Richard Soloway (1605)

    Response to Debtor's Motion for Order Authorizing Implementation of Employee Retention and Severance Plans filed by Conopco, et al (1619)

    Objection to Debtors' Motion for Order Authorizing Implementation of Employee Retention and Severance Plan filed by Richard Ehster (1621)

    Objection to Debtors Motion for Order Authorizing Implementation of Employee Retention and Severance Plans filed by United States Trustee (1626)

    Objection to Retention Bonuses filed by Michael Nixon (1640)

    Notice of Compromise with Respect to Motion for Order Authorizing Implementation of Employee Retention and Severance Plans Filed by Debtor(1704)

John Kozyak - L+R PTNRS
Holly Etlin p-w
Ned Bubnowich p-w (Bubnovich)

Approved - ord/Busey
including findings

**APPEARANCES*:**
**US TRUSTEE:** ELENA ESCAMILLA p
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
            DENNIS DUNNE/MATTHEW S. BARR p

**APPEARANCES CONTINUED ON PAGE 2**

**RULING:**