

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Debtor (1496)

Objection to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Victory Real Estate Investments, LLC (1600)

Response to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Conopco, Inc.(1618)

Objection to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Xerox Capital Services, LLC (1623)

Limited Objection to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Capstone Advisors, Inc., Prudential Insurance Company of America (1625)

Joinder to Limited Objection to the Prudential Insurance Company of America, Capstone Advisors, Inc., Developer's Diversified Realty Corporation, Weingarten Realty Management, WRI Texla, LLC, Curry Ford LP, Palm Springs Mile Associates Ltd., Krusch Properties LLC and Victory Real Estate Investments LLC to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Concord-Fund IV Retail, et al (1635)

Objection to Motion of Debtors for an Order Establishing Bidding Procedures for the Sale of Assets Filed by Krusch Properties LLC, WRI Texla LLC, Curry Ford, LP, Developers Diversified Realty Corp., Palm Springs Mile Associates, Ltd., Weingarten Realty Investors (1637)

Limited Objection to Debtors' Motion for an Order Establishing Bidding Procedures for the Sale of Assets filed by LNR Partners, Inc. (1666)

*Settled*
*Consent Ord/Jackson*

**APPEARANCES*:**
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

*****APPEARANCES CONTINUED ON PAGE 2**

**RULING:**