

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Prior Pros

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion For Order Under 11 U.S.C. Section 365(d)(4) Extending Time Within Which to Assume Or Reject Leases filed by Debtor (472)

Objection to Motion for Order Under 11 U.S.C. Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Leases filed by Gardens Park Plaza (641)

Response to Gardens Park Plaza's Objection to Motion to Extend Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Debtor (1676)

~~Granted~~ w/drawn
Ord/ Busey

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN D. MACDONALD/JACOB A. BROWN
                    DENNIS DUNNE/MATTHEW S. BARR

GARDENS PARK PLAZA: MICHAEL BAKST

**RULING:**