[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On June 17, 2005, Silver Point Capital, L.P. filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated June 17, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
SPCP GROUP, LLC, 2 Greenwich Plaza, Greenwich, CT 06830, Attn: Brian Jarmain
Consolidated Biscuit Co., 312 Rader Road, McComb, OH 45858, Attn: Bill Varney