[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO EFFECT TIMELY, TRUTHFUL, PLAIN AND NON-DECEPTIVE COMMUNICATION OF THE DEBTORS' INTENDED SEVERANCE PACKAGE PLAN

This case came on for consideration upon the Court's own motion. On June 14, 2005, Christopher Simmler filed a Motion to Effect Timely, Truthful, Plain and Non-Deceptive Communication of the Debtors' Intended Severance Package Plan without original signature of Movant as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Effect Timely, Truthful, Plain, and Non-Deceptive Communication of the Debtors' Intended Severance Package Plan is stricken from the record.

Dated June 17, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Christopher Simmler, 3566 C Highway 96, Oxford, NC 27565
Cynthia Jackson, Attorney for Debtor