UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about June 14, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: June 17, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 1764   Filed 06/17/05   Page 3 of 5
SERVICE LIST                                                Page 1 of 1
Notice of Transfer of Claim Other Than For Security

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                               **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 407433-97<br>AARON INDUSTRIES INC<br>ATTN: KENNETH R RODGERS, CFO<br>28966 HWY 76 EAST<br>CLINTON SC 29325 | CREDITOR ID: 406028-15<br>AARON INDUSTRIES, INC.<br>C/O KILPATRICK STOCKTON LLP<br>ATTN DEBORAH L FLETCHER, ESQ<br>214 N TRYON STREET, SUITE 2500<br>CHARLOTTE  NC 28202 | CREDITOR ID: 242241-12<br>AMERICAN SAFETY RAZOR CO<br>ATTN: CHARLES L HECKEL, VP/TREAS<br>PO BOX 70747<br>CHICAGO, IL 60673-0747 |
| CREDITOR ID: 407436-97<br>AMERICAN SAFETY RAZOR CO<br>ATTN: CHARLES L HECKEL, VP/TREAS<br>ONE RAZOR BLADE LANE<br>VERONA VA 24482 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 407435-97<br>ATLANTIC SIGN COMPANY<br>ATTN: WILLIAM J YUSKO, TREAS<br>2328 FLORENCE AVENUE<br>CINCINNATI OH 45206 | CREDITOR ID: 242601-12<br>ATLANTIC SIGN COMPANY<br>ATTN: WILLIAM J YUSKO, TREAS<br>2845 RIDGE AVENUE<br>HEBRON, KY 41048 | CREDITOR ID: 246607-12<br>COLEMAN COMPANY INC, THE<br>ATTN: MARLYN ASH-POTTER, VP/CONTR<br>5550 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 407434-97<br>COLEMAN COMPANY INC, THE<br>ATTN: MARLYN ASH-POTTER, VP/CONTR<br>2111 E 37TH NORTH<br>WICHITA KS 67219 | CREDITOR ID: 246796-12<br>COMPASS BANK<br>ATTN: BETTY NEWMAN<br>PO BOX 830941<br>BIRMINGHAM, AL 35282-8461 | CREDITOR ID: 407430-97<br>COMPASS BANK<br>ATTN: T RAY SANDEFUR, SR VP<br>15 SOUTH 20TH ST, STE 1501<br>BIRMINGHAM AL 35233 |
| CREDITOR ID: 250651-12<br>GLOBAL EQUIPMENT SERVICES<br>ATTN GUS HARRIS, VP<br>PO BOX 48592<br>ST PETERSBURG, FL 33743-8592 | CREDITOR ID: 403479-15<br>LIBBEY GLASS INC<br>ATTN JOHN SHAFFER, CREDIT DEPT<br>300 MADISON AVENUE<br>PO BOX 10060<br>TOLEDO OH 43699-0060 | CREDITOR ID: 315702-36<br>MEOW MIX COMPANY, THE<br>C/O STEPHEN MACCIAVEMA<br>400 PLAZA DR, 1ST FL<br>SECAUCUS NJ 07094 |
| CREDITOR ID: 407429-97<br>OLFACTORY CORPORATION, THE<br>ATTN: FRED B BLOCK, PRES<br>3639 HARBOR BLVD, STE 203<br>VENTURA CA 93001 | CREDITOR ID: 257650-12<br>OLFACTORY CORPORATION, THE<br>ATTN: FRED B BLOCK, PRES<br>PO BOX 2010<br>OXNARD, CA 93034-2010 | CREDITOR ID: 257721-12<br>ORACLE PACKAGING INC<br>ATTN: RANDY SCHMITZ, VP & CFO<br>DEPT 2155<br>TULSA, OK 74182 |
| CREDITOR ID: 407431-97<br>PROGRESSIVE RETAIL STORES, INC<br>ATTN: STUART DUKEMAN, PRES<br>9105-A OWENS DR, STE 202<br>MANASSAS VA 20113 | CREDITOR ID: 403505-15<br>PROGRESSIVE RETAIL STORES, INC<br>C/O MELAND RUSSIN HELLINGER ET AL<br>ATTN PETER D RUSSIN, ESQ<br>200 SOUTH BISCAYNE BLVD, SUITE 3000<br>MIAMI FL 33131 | CREDITOR ID: 259167-12<br>R&W FARM<br>ATTN: WATSON WEATHERS, PRES<br>147 FOLIAGE STREET<br>BOWMAN, SC 29108 |
| CREDITOR ID: 261152-12<br>SKYLAND DISTRIBUTING<br>ATTN JANE EXNER<br>PO BOX 17008<br>1 OVERLAND INDUSTRIAL BLVD<br>ASHEVILLE, NC 28806 | CREDITOR ID: 407426-97<br>SKYLAND DISTRIBUTING<br>ATTN: FRANK SINKWICH, PRES<br>1 OVERLAND INDUSTRIAL RD<br>ASHEVILLE NC 28806 | CREDITOR ID: 278958-30<br>SUTTON FERNERIES<br>ATTN: MICHELE SUTTON, VP<br>PO BOX 226800<br>MIAMI, FL 33122-6800 |
| CREDITOR ID: 407432-97<br>SUTTON FERNERIES<br>ATTN: MICHELE SUTTON, VP<br>1950 NW 89TH PLACE<br>MIAMI FL 33172 | CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 279396-36<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM  NC 27115 |
| CREDITOR ID: 262406-12<br>TW GARNER FOOD CO<br>ATTN: HAROLD GARNER, SEC/TREAS<br>PO BOX 75748<br>CHARLOTTE, NC 28275-0748 | | |

**Total:  28**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.:

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Name of Transferor    Name of Transferee

Phone:    Phone:
Account No.:    Account No.:

Claim No.:    Full Transfer:    Partial Transfer:
Date Claim Filed:    Transfer Amount:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2005    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on