UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about June 15, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: June 17, 2005

                                                            Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF    Doc 1765    Filed 06/17/05    Page 2 of 5

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                           **CASE:**   05-03817-3F1

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 405167-95
MELITTA USA INC
ATTN JEFF COOKE, CR MGR
13925 58TH STREET NORTH
CLEARWATER FL 33760

CREDITOR ID: 407454-97
MELITTA USA INC
ATTN: MARTY MILLER, PRES
13925 58TH STREET NORTH
CLEARWATER FL 33760

CREDITOR ID: 256429-12
MILOS TEA COMPANY INC
ATTN: RONALD D CARLTON, PRES
3112 DUBLIN LANE
BESSEMER, AL 35022

CREDITOR ID: 256462-12
MIRACLE CANDLE CO INC
ATTN: JORGE GARCIA, VP
PO BOX 1758
LAREDO, TX 78043

CREDITOR ID: 405931-93
MIRACLE CANDLE COMPANY
ATTN DAVID GARCIA/JORGE L GARCIA
3100 GUADALUPE STREET
LAREDO TX 78043

CREDITOR ID: 376310-44
MUNCHKIN INC
ATTN: LEE TEMPLE, SR CR MGR
PO BOX 512487
LOS ANGELES, CA 90051-0487

CREDITOR ID: 256783-12
MUNCHKIN INC
ATTN LEE TEMPLE, SR CR MGR
16689 SCHOENBORN ST
NORTH HILLS CA 91343

CREDITOR ID: 257086-12
NEJAMES TABOULE INC
ATTN: CHRIS LEE, VP
830 S COUNTY RD 427
LONGWOOD, FL 32750

CREDITOR ID: 407456-97
NEJAMES TABOULE INC
ATTN: CHRIS LEE, VP
830 RONALD REAGAN BLVD, STE 262
LONGWOOD FL 32750

CREDITOR ID: 384249-47
STATE OF MS AGRICULTURE & COMMERCE
ATTN: HARRY C BALLARD
BUREAU OF PLANT IND FEED
FERTILIZER AND LIME PROGRAMS
PO BOX 5207
MISSISSIPPI STATE, MS 39761

CREDITOR ID: 263510-12
TRI-DIM FILTER CORP
ATTN JOHN BUZZY, AR SUPERV
PO BOX 466
LOUISA, VA 23093

CREDITOR ID: 407457-97
TRI-DIM FILTER CORPORATION
ATTN: ALEKS KUPCIS, VP OF FINANCE
93 INDUSTRIAL DRIVE
LOUISA VA 23093

**Total:   14**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                              Case No.: 05-03817-3F1

Docket No.:

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Name of Transferor                                                                                                 Name of Transferee

Phone:                                                                                                                      Phone:
Account No.:                                                                                                        Account No.:

Claim No.:                                                                                Full Transfer:          Partial Transfer:
Date Claim Filed:                                                                  Transfer Amount:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on