UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about June 17, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: June 17, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

Notice of Transfer of Claim Other Than For Security

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                 **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241642-12<br>ADVANCE WIRE PRODUCTS<br>ATTN: GRANT SCOTT<br>7260 WINSTON STREET<br>BURNABY, BC V5A 4N2<br>CANADA | CREDITOR ID: 380953-47<br>ADVANCE WIRE PRODUCTS LTD<br>ATTN: GRANT SCOTT<br>788 CALDEW STREET<br>DELTA, BC V3M 5S2<br>CANADA | CREDITOR ID: 242192-12<br>AMERICAN HERMETICS OF MIAMI INC<br>ATTN: ALBERT A LAMELAS<br>7478 NW 55TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 242419-12<br>ANSA INC<br>ATTN: JAN STEPHENS<br>1200 SOUTH MAIN<br>PO BOX 2758<br>MUSKOGEE, OK 74402 | CREDITOR ID: 399441-15<br>AQUA STAR<br>ATTN ANDREW PICKERING, CFO<br>2025 1ST AVENUE, SUITE 200<br>SEATTLE WA 98121 |
| CREDITOR ID: 407509-97<br>ATLANTIC SIGNS CO INC<br>ATTN: WILLIAM J YUSKO<br>2845 RIDGE AVENUE<br>HEBRON NY 41048 | CREDITOR ID: 242754-12<br>ATLANTIC SIGNS INC<br>ATTN: WILLIAM J YUSKO<br>107 MOTT STREET<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 381000-47<br>BUTLER PAINTING INC<br>ATTN: LAURA BUTLER, PRES<br>7163-B LATHAM DRIVE<br>FT WORTH, TX 76118 |
| CREDITOR ID: 407510-97<br>DS WATER C/O SUNTORY WATER GROUP<br>ATTN: RON BENNETT<br>5660 NEW NORTHSIDE DRIVE<br>ATLANTA GA 30328 | CREDITOR ID: 251933-12<br>HUISKEN MEAT COMPANY<br>ATTN JAMES R HANSON, PRES<br>1825 7TH STREET NW<br>ROCHESTER, MN 55901 | CREDITOR ID: 407506-97<br>HUISKEN MEAT COMPANY<br>ATTN: WAYNE D COURTNEY<br>1825 7TH STREET NW<br>ROCHESTER MN 55901 |
| CREDITOR ID: 254179-12<br>KUNZLER & COMPANY INC<br>ATTN: ROBERT BECHTEL<br>PO BOX 4747<br>LANCASTER, PA 17604-4747 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255569-12<br>MARKWINS BEAUTY PRODUCTS INC<br>C/O CATHAY BANK<br>5402 8TH AVENUE<br>BROOKLYN, NY 11220 |
| CREDITOR ID: 407507-97<br>MARKWINS BEAUTY PRODUCTS INC<br>ATTN: LINA CHEN<br>22067 FERRERO PKWY<br>CITY OF INDUSTRY CA 91789 | CREDITOR ID: 259005-12<br>PROTEMP SERVICES LLC<br>ATTN: SCOTT H BAKER<br>PO BOX 564<br>AMORY, MS 38821 | CREDITOR ID: 259247-12<br>RANDOLPH PUBLISHERS<br>ATTN: JOHN W STEVENSON<br>PO BOX 1267<br>ROANOKE, AL 36274 |
| CREDITOR ID: 407505-97<br>STURM FOODS INC<br>ATTN: ROBERT C RUEGGER<br>215 CENTER STREET<br>PO BOX 287<br>MANAWA WI 54949 | CREDITOR ID: 403436-15<br>STURM FOODS, INC<br>ATTN SHEILA D PAIROLERO<br>PO BOX 287<br>MANAWA WI 54949 | CREDITOR ID: 262243-12<br>SUNTORY WATER GROUP<br>ATTN: RON BENNETT<br>PO BOX 98587<br>CHICAGO, IL 60693 |

         **Total:   21**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.:

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

_____                          _____
Name of Transferor                                      Name of Transferee







Phone:                                                  Phone:
Account No.:                                            Account No.:









Claim No.:                                              Full Transfer:      Partial Transfer:
Date Claim Filed:                                       Transfer Amount:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/17/2005                                        /s/ Logan & Company, Inc.
                                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on