UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., <u>et al.</u>,

           Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    Between June 13, 2005 and June 17, 2005, I caused copies of:

- **the Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time**
- **the Proof of Claim Form**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Supplemental Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: June 17, 2005

_____
Kathleen M. Logan

Code: BB & B9

# EXHIBIT A
# SERVICE LIST

SUPPLEMENTAL SERVICE LIST

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404050-95<br>3M WAF 0774<br>3M CENTER DEDUCTION ANALYSIS<br>BLDG 223-5S-07<br>ST PAUL MN 55133 | CREDITOR ID: 404052-95<br>A & M CLEANING PRODUCTS<br>PO BOX 101290<br>ATLANTA GA 30392-1290 | CREDITOR ID: 404053-95<br>A CUT LAWN & LANDSCAPE<br>PO BOX 216<br>HEMPHILL WV 24842 |
| CREDITOR ID: 404054-95<br>A DUDA & SONS INC<br>CITRUS BELL % ANNETTE SPARGO<br>PO BOX 519<br>LA BELLE FL 33935 | CREDITOR ID: 404055-95<br>A1A FOODS INC A1A SALSA<br>48 WEST 6TH STREET<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 404056-95<br>AA SONGY KINDERGARTEN CENTER<br>1821 ACADEMY RD<br>GRAND COTEAU LA 70541 |
| CREDITOR ID: 404058-95<br>AARON INDUSTRIES<br>PO BOX 305<br>CLINTON SC 29325 | CREDITOR ID: 406318-MS<br>AARON, JAMES MIKE<br>9061 CREEK SIDE TRAIL<br>HOPE HULL AL 36043 | CREDITOR ID: 404060-95<br>ABGI/CSA<br>5298 PAYSHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 404061-95<br>ABOVE PAR COURIER SERVICE INC<br>2700 W ALANTICE BLVD SUITE 113<br>POMPANO BEACH FL 33069 | CREDITOR ID: 404063-95<br>ACADIANA BOTTLING CO<br>PO BOX 53205<br>LAFAYETTE LA 70505-3205 | CREDITOR ID: 404064-95<br>ACCO BRANDS<br>P O BOX 70065<br>CHICAGO IL 60673 |
| CREDITOR ID: 404065-95<br>ACCUMED<br>12100 FORD RD<br>STE 100<br>DALLAS TX 75234-7231 | CREDITOR ID: 404067-95<br>ACE EXPEDITERS<br>P O BOX 1009<br>ORLANDO FL 32802 | CREDITOR ID: 404068-95<br>ACE PAGING & CELLULAR<br>902 MCCALLIE AVENUE<br>CHATTANOOGA TN 37403 |
| CREDITOR ID: 404069-95<br>ACH FOOD CO INC<br>PO BOX 60995<br>CHARLOTTE NC 28260 | CREDITOR ID: 404070-95<br>ACH FOOD COMPANIES INC<br>P O BOX 1000 DEPT 463<br>MEMPHIS TN 38148-0463 | CREDITOR ID: 404071-95<br>ACI WORLDWIDE INC<br>P O BOX 2140<br>OMAHA NE 68103-2140 |
| CREDITOR ID: 404072-95<br>ACME LOCK COMPANY<br>337 BROOKLYN AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 404073-95<br>ACTION SPORTS MEDIA INC<br>ONE CENTER COURT<br>SUITE 200<br>ATTN ACCOUNTS RECEIVABLE<br>PORTLAND OR 97227 | CREDITOR ID: 404074-95<br>ADAMS EXTRACT REX FINE FOODS<br>PO BOX 1726<br>GONZALES TX 78629 |
| CREDITOR ID: 406319-MS<br>ADAMS, JOHNNY K.<br>108 BRYAN ST.<br>PRATTVILLE AL 36066 | CREDITOR ID: 406320-MS<br>ADAMS, MICHAEL<br>P.O. BOX 1878<br>GLEN ST. MARY FL 32040 | CREDITOR ID: 404076-95<br>ADVANCE BRANDS LLC<br>ATTN: PROMOTIONS DEPARTMENT<br>301 W BROADWAY<br>ENID OK 73701 |
| CREDITOR ID: 404078-95<br>ADVANCED DOOR SYSTEMS INC<br>1010 BERRY SCHOALS ROAD<br>DUNCAN SC 29334 | CREDITOR ID: 404080-95<br>ADVANCED MEDICAL OPTICS<br>DEPARTMENT CH 14065<br>PALATINE IL 60055-4065 | CREDITOR ID: 404081-95<br>AEP<br>125 PHILLIPS AVE<br>SOUTH HACKENSACK NJ 07606 |

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404082-95<br>AEP INDUSTRIES INC<br>125 PHILLIPS AVE<br>SOUTH HACKENSACK NJ 07606 | CREDITOR ID: 404083-95<br>AGELITY INC<br>555 BROAD HOLLOW RD<br>STE 402<br>MELVILLE NY 11747 | CREDITOR ID: 404084-95<br>AGRI PROCESSORS SOUTH<br>PO BOX 402457<br>MIAMI BEACH FL 33140-0457 |
| CREDITOR ID: 404085-95<br>AIB INTERNATIONAL<br>1213 BAKERS WAY<br>MANHATTAN KS 66505-3999 | CREDITOR ID: 404087-95<br>AJ INSPECTIONS<br>953-A MCCAY AVENUE<br>MOBILE AL 36609 | CREDITOR ID: 404089-95<br>ALABAMA GAS CORP<br>20 TWENTIETH STREET<br>BIRMINGHAM AL 35295 |
| CREDITOR ID: 406321-MS<br>ALACK, JOHN J.<br>18057 WOODSCALE ROAD<br>HAMMOND LA 70401-7849 | CREDITOR ID: 406322-MS<br>ALBERT, WILLIAM J<br>3095 N. COURSE DR. #712<br>POMPANO BEACH FL 33069 | CREDITOR ID: 404091-95<br>ALBERTO CULVER USA,INC<br>ATTN:  JOYCE ROSSI A/R SUPVS<br>2525 WEST ARMITAGE AVE<br>MELROSE PARK IL 601601163 |
| CREDITOR ID: 404092-95<br>ALBERTVILLE QUALITY FOOD<br>PO BOX 756<br>ALBERTVILLE AL 35950-0756 | CREDITOR ID: 404093-95<br>ALCON LABORATORIES INC<br>PO BOX 951260<br>DALLAS TX 75395-1260 | CREDITOR ID: 404094-95<br>ALDERSHOT OF N MEX INC<br>STAR ROUTE BOX 4<br>MESILLA PARK NM 88047-9701 |
| CREDITOR ID: 406323-MS<br>ALEXANDER, T.N.<br>130 LAUREL LANE<br>TOWNVILLE SC 29689 | CREDITOR ID: 406324-MS<br>ALFANO, VINCENT J.<br>725 DEWBERRY DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406325-MS<br>ALGER, DONALD R<br>4405 HUNTINGTON POINT<br>VALDOSTA GA 31602 |
| CREDITOR ID: 404098-95<br>ALL CLEAN SWEEPING SERVICES<br>3850 MILL CREEK LN<br>CASSELBERRY FL 32707 | CREDITOR ID: 404100-95<br>ALL STAR ELECTRIC<br>735 LITTLE FARM AVENUE<br>METARIE LA 70003 | CREDITOR ID: 406326-MS<br>ALLEN, GARY C.<br>3612 KERRY ANN WAY<br>JEFFERSONVILLE IN 47120 |
| CREDITOR ID: 406329-MS<br>ALLEN, WILLIAM R<br>71 CORAL ST<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 404101-95<br>ALLERGAN INC<br>DEPT LA 21457<br>PASADENA CA 91185-1457 | CREDITOR ID: 404102-95<br>ALLJUICE FOOD & BEVERAGE LC<br>740 SOUTHEAST DALBEY DRIVE<br>ATTN ACCT REC<br>ANKENY IA 50021-3908 |
| CREDITOR ID: 404103-95<br>ALOHA UTILITIES<br>2514 ALOPHA PLACE<br>HOLIDAY FL 34691 | CREDITOR ID: 404104-95<br>ALPHA COMM ENT INC<br>1378 ROSWELL ROAD<br>MARIETTA GA 30062 | CREDITOR ID: 404105-95<br>ALPHA COMMUNICATIONS<br>P O BOX 37224<br>JACKSONVILLE FL 32236 |
| CREDITOR ID: 404106-95<br>ALPHA SERVICES<br>1008 LAY DAM RD<br>CLANTON AL 35045 | CREDITOR ID: 404108-95<br>ALTADIS USA INC<br>P O BOX 100580<br>ATLANTA GA 30384 | CREDITOR ID: 406331-MS<br>AMEDEE, ROY F.<br>5922 MARSHALL FOCH<br>NEW ORLEANS LA 70124 |

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404112-95<br>AMERICAN BEVERAGE CORP<br>DAILY JUICE PRODUCTS DIVISION<br>ONE DAILY WAY<br>ATTN: MARK KASZUBOWSKI<br>VERONA PA 15147 | CREDITOR ID: 404113-95<br>AMERICAN BOTTLING COMPANY SBI<br>21436 NETWORK PLACE<br>CHICAGO IL 60673-1214 | CREDITOR ID: 404115-95<br>AMERICAN DAIRY BRAND<br>PO BOX 909700<br>KANSAS CITY MO 64190-9700 |
| CREDITOR ID: 404116-95<br>AMERICAN FOOD DISTRIBUTORS<br>135 S LASALLE DEPT 5317<br>CHICAGO IL 60674-5317 | CREDITOR ID: 404117-95<br>AMERICAN FRUIT & PRODUCE<br>1344 NW 23RD ST<br>MIAMI FL 33142 | CREDITOR ID: 404118-95<br>AMERICAN INSURANCE SERVICES GROUP<br>7 WORLD TRADE CENTER<br>NEW YORK NY 10048-1179 |
| CREDITOR ID: 404119-95<br>AMERICAN ITALIAN PASTA CO<br>12006 MARBLEHEAD DRIVE<br>DAVID KAPLAN<br>AREA VICE PRESIDENT SOUTH<br>TAMPA FL 33626 | CREDITOR ID: 404120-95<br>AMERICAN LICORICE CO<br>7519 COLLECTIONS CO<br>CHICAGO IL 60693 | CREDITOR ID: 404121-95<br>AMERICAN PRIDE SEAFOODS<br>PO BOX 436<br>GREENSBORO AL 36744 |
| CREDITOR ID: 404124-95<br>AMERICOLD LOGISTICS<br>PO BOX #87 - 2000<br>KANSAS CITY MO 64187 | CREDITOR ID: 404125-95<br>AMERIPLUS INC<br>CROSSMARK<br>8375 DIX ELLIS TRAIL  STE 104<br>JACKSONVILLE FL 32256 | CREDITOR ID: 404126-95<br>AMERIPRIDE LINEN & APPAREL SERVICES<br>421 W WOODROW WILSON<br>JACKSON MS 39213 |
| CREDITOR ID: 406332-MS<br>AMOS, RONALD L.<br>10945 CAROLINE ACRES RD.<br>FORT MILLS SC 29715 | CREDITOR ID: 404128-95<br>ANCHOR FROZEN FOODS CORP<br>PO BOX 867<br>WESTBURY NY 11590 | CREDITOR ID: 404129-95<br>ANDA GENERIC INC<br>2915 WESTON ROAD<br>FT LAUDERALDE FL 33331 |
| CREDITOR ID: 406333-MS<br>ANDERSON, BRUCE D.<br>17433 WOODFAIR DR.<br>CLERMONT FL 34711 | CREDITOR ID: 406334-MS<br>ANDERSON, JACOB C.<br>4015 S. SINGLETON RD.<br>ROCKFORD TN 37853 | CREDITOR ID: 406335-MS<br>ANDREWS, J.M.<br>2116 ELLISON PLACE<br>THE VILLAGES FL 32159 |
| CREDITOR ID: 406336-MS<br>ANDREWS, THOMAS<br>9016 GREEN CHASE DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 406337-MS<br>ANGEL, EARL B.<br>2524 CRESTRIDGE CIRCLE<br>MARREO LA 70072 | CREDITOR ID: 404131-95<br>ANI PHARMACEUTICALS INC<br>PO BOX 297234<br>HOUSTON MS 77297-0234 |
| CREDITOR ID: 404136-95<br>ANOVA FOOD INC<br>PO BOX 20156<br>ATLANTA GA 30350 | CREDITOR ID: 404137-95<br>ANSELL-AMERICAS<br>200 SCHULZ DRIVE<br>ATTN SHARYN LANKAU<br>RED BANK NJ 07701 | CREDITOR ID: 404139-95<br>ANTILLES FOOD DIST INC<br>PO BOX 21326<br>TAMPA FL 33622-1326 |
| CREDITOR ID: 404140-95<br>AOK TIRE MART<br>200 W MAIN ST<br>APOPKA FL 32703 | CREDITOR ID: 406308-93<br>APARICIO, SARA<br>C/O JOSHUA D MEDVIN & ASSOC.<br>ATTN: JOSHUA D MEDVIN<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 | CREDITOR ID: 404141-95<br>APPLIED DECISIONS USA<br>135 S LASALLE<br>DEPT 3992<br>CHICAGO IL 60674-3992 |

**SUPPLEMENTAL SERVICE LIST**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 404142-95
APPLIED INDUSTRIAL TECHNOLOGIES
PO BOX 905794
CHARLOTTE NC 28290-5794

CREDITOR ID: 404143-95
APV NORTH AMERICA INC
PO BOX 70380
CHICAGO IL 60673-0380

CREDITOR ID: 404144-95
AQUASTAR
PO BOX 1067
CHARLOTTE NC 28201-1067

CREDITOR ID: 404145-95
AQUATIC SYSTEMS INC
426 S W 12TH AVE
DEERFIELD BEACH FL 33442

CREDITOR ID: 404146-95
ARAMARK CO
357 E 21ST ST
JACKSONVILLE FL 32206

CREDITOR ID: 404147-95
ARAMARK UNIFORM SERVICES
PO BOX 4855
JACKSONVILLE FL 32201

CREDITOR ID: 404148-95
ARBON EQUIPMENT CORP
6950 PHILLIPS HWY #49
JACKSONVILLE FL 32216

CREDITOR ID: 406338-MS
ARCHAMBAULT, HENRY
633 ROSELAND PARKWAY
HARAHAN LA 70123

CREDITOR ID: 404149-95
ARCHWAY COOKIES INC
PO BOX 79001
DETROIT MI 48279-1375

CREDITOR ID: 404150-95
ARCOM TECHNOLOGIES
4103 PIRATE LANE
LOUISVILLE KY 40229

CREDITOR ID: 404151-95
ARIZONA BEVERAGE LLC
198 LOCK RD
DEERFIELD BEACH FL 33442

CREDITOR ID: 404152-95
ARLINGTON SALVAGE & WRECKER
1203 BERNITA RD
JACKSONVILLE FL 32211

CREDITOR ID: 404153-95
ARMOUR SPECIALTY MARKETING
PO BOX 73517
CHICAGO IL 60673-7517

CREDITOR ID: 406339-MS
ARMSTRONG, CARL R
2360 LINKS DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 406340-MS
ARMSTRONG, IVEY D
13221 S W 67TH STREET
MIAMI FL 33183

CREDITOR ID: 406341-MS
ARMSTRONG, PHIL
2025 SYLVESTER RD., UNIT PP2
LAKELAND FL 33803

CREDITOR ID: 406342-MS
ARMSTRONG, WALTER K.
17340 SW 267 LANE
HOMESTEAD FL 33031

CREDITOR ID: 404154-95
ARNOLD FOODS CO INC
PO BOX 60588
CHARLOTTE NC 28260

CREDITOR ID: 404156-95
ARNOLD TRANSPORTATION SERVICES
PO BOX 11700
HARRISBURG PA 17108-1700

CREDITOR ID: 404157-95
ARQUEST INC
PO BOX 414990
BOSTON MA 02241-4990

CREDITOR ID: 404159-95
ARTIC TEMP INC
61 COCO PLUM DR
MARATHON FL 33050

CREDITOR ID: 406343-MS
ASKEW, JAMES
101 MILL RIDGE COURT
PRATTVILLE AL 36067

CREDITOR ID: 404161-95
ASO CORPORATION
300 SARASOTA CENTER BLVD
SARASOTA FL 34240

CREDITOR ID: 404162-95
ASPEN PRODUCTS INC
4231 CLARY BLVD
KANSAS CTIY MO 64130

CREDITOR ID: 404163-95
ASSOCIATED MILK PRODUCERS
PO BOX 7777 W 3950
PHILADELPHIA PA 19175-3950

CREDITOR ID: 404165-95
AT SYSTEMS CENTRAL INC
PO BOX 2946
SAN ANTONIO TX 78299-2946

CREDITOR ID: 406344-MS
ATERBURN, DAVID
3013 BIRMINGHAM BRIAR DR.
CROWLEY TX 76036

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404167-95<br>ATHLETIC WORLD ADVERTISING<br>P O BOX 3587<br>FAYETTEVILLE AR 72702 | CREDITOR ID: 404168-95<br>ATLANTA COCA COLA BOTTLE<br>8601 DUNWOODY PLACE SUITE 200<br>ATLANTA GA 30350 | CREDITOR ID: 404169-95<br>ATLANTA GAS LIGHT COMPANY<br>89 ANNEX<br>ATLANTA GA 30396-0001 |
| CREDITOR ID: 404171-95<br>ATLAS COLD STORAGE AMERICAN LLC<br>302 NORTH FRONTAGE ROAD<br>PLANT CITY FL 33563-9100 | CREDITOR ID: 404172-95<br>ATMOS ENERGY<br>PO BOX 660067<br>DALLAS TX 75266-0067 | CREDITOR ID: 406345-MS<br>AUSTIN, KENNETH<br>9740 HIGHWAY 158<br>WEST RUFFIN NC 27326 |
| CREDITOR ID: 404174-95<br>AVOMEX INC<br>8500 OLD DENTON RD<br>KELLER TX 76248 | CREDITOR ID: 404175-95<br>AVOYELLES HOSPITAL<br>PO BOX 249<br>MARKSVILLE LA 71351 | CREDITOR ID: 404176-95<br>AYCO FARMS INC<br>1236 HAMMONDVILLE ROAD<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 406346-MS<br>AYO, LEROY J<br>632 MEURSAULT DRIVE<br>KENNER LA 70065 | CREDITOR ID: 404177-95<br>AZERTY INCORPORATED<br>PO BOX 643225<br>PITTSBURGH PA 15264-3225 | CREDITOR ID: 404179-95<br>B & H DISTRIBUTING<br>3039 JUNIPER DRIVE<br>EDGEWATER FL 32141 |
| CREDITOR ID: 404180-95<br>B & R WRECKER & RECOVERY<br>PO BOX 177<br>MT MEIGS AL 36057 | CREDITOR ID: 406347-MS<br>BABIN SR., JAMES L.<br>135 SOMERSET ST.<br>LAPLACE LA 70068 | CREDITOR ID: 406348-MS<br>BACH, CHESTER A<br>10701 GRAYSON CT<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 406349-MS<br>BACILE, JOHN J.<br>1316 HARING RD.<br>METAIRIE LA 70001 | CREDITOR ID: 404182-95<br>BACKFLOW PREVENTION SERVICES<br>210 HUNT RIDGE DR<br>STOCKBRIDGE GA 30281 | CREDITOR ID: 404183-95<br>BAILEY FARMS<br>3549 TAR RIVER ROAD<br>OXFORD NC 27565 |
| CREDITOR ID: 406350-MS<br>BAILEY, CECIL M.<br>RT 2 BOX 116<br>CANTON TX 75103 | CREDITOR ID: 406351-MS<br>BAILEY, FLOYD T.<br>10428 SW LANDS END PLACE<br>PALM CITY FL 34990 | CREDITOR ID: 404184-95<br>BAJER DESIGN INC<br>N 25 W23040 PAUL ROAD<br>PEWAUKEE WI 53072 |
| CREDITOR ID: 404186-95<br>BAKER & TAYLOR<br>PO BOX 7247-8035<br>PHILADELPHIA PA 19170-8035 | CREDITOR ID: 404187-95<br>BAKER DISTRIBUTING CO<br>8010 WESTSIDE INDUSTRIAL DRIVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 407519-93<br>BAKER, EMMA (SAVE-RITE)<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD, SUITE 179<br>TAMPA FL 33602 |
| CREDITOR ID: 407495-93<br>BAKER, JEAN B.<br>1802 CLINIC DRIVE<br>IVYDALE WV 25113 | CREDITOR ID: 404188-95<br>BAKERS BRIGHT<br>629 OLD STATE ROUTE 74<br>CINCINNATI OH 45244 | CREDITOR ID: 404189-95<br>BALLOONS EVERYWHERE<br>4658 AIRPORT BLVD<br>MOBILE AL 36608-3155 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404190-95<br>BALZAC BROS & CO INC<br>PO BOX 1011<br>BRONXVILLE NY 10708 | CREDITOR ID: 404191-95<br>BAMA BUD OF MONTGOMERY<br>500 NORTH PERRY<br>MONTGOMERY AL 36104 | CREDITOR ID: 404193-95<br>BAPTIST MEDICAL CENTER SOUTH<br>P O BOX 241145<br>MONTGOMERY AL 36124-1145 |
| CREDITOR ID: 406352-MS<br>BARAGONA, ANGELA<br>8950 ELIZABETH FALLS DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 406353-MS<br>BARATTINI, GARY<br>4426 WINROCK LANE<br>ROCK HILL SC 29732 | CREDITOR ID: 404199-95<br>BARBER DAIRY<br>DRAWER 614<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0614 |
| CREDITOR ID: 404200-95<br>BARBER FOODS<br>SCHWEITZER & ASSOC<br>PO BOX 1798<br>DUNDEE FL 33838 | CREDITOR ID: 406354-MS<br>BARBIER, WAYNE E.<br>P.O. BOX 388<br>ST. ROSE LA 70087 | CREDITOR ID: 404201-95<br>BARCO LABELS<br>PO BOX 243<br>DES PLAINES IL 60016 |
| CREDITOR ID: 406355-MS<br>BARFOOT, RANDALL<br>411 STONERIDGE<br>ASHFORD AL 36312 | CREDITOR ID: 404202-95<br>BARILLA AMERICA INC<br>ADVANTAGE SALES & MARKETING<br>5908 BRECKENRIDGE PARKWAY<br>TAMPA FL 33610 | CREDITOR ID: 406356-MS<br>BARNETT, JOSEPH W.<br>311 HOLLYRIDGE DR.<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 406358-MS<br>BARR III, HARRY L<br>620 CATHERINE FOSTER LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406359-MS<br>BARR, THOMAS D<br>2640 HEMLOCK CT.<br>MIDDLEBURG FL 32068 | CREDITOR ID: 406360-MS<br>BARRETT, WILLIE<br>1111 COPPERFIELD CIRCLE<br>MCCLENNY FL 32063 |
| CREDITOR ID: 406361-MS<br>BARROW, JEFFREY A.<br>P.O. BOX 350423<br>JACKSONVILLE FL 32235 | CREDITOR ID: 406362-MS<br>BARTHOLOMEW, MARVIN W.<br>2761 ANDOVER GLEN RD.<br>RALEIGH NC 27604 | CREDITOR ID: 406363-MS<br>BARTLETT JR., GEORGE A.<br>105 LANTERN WICK PL<br>PONTE VEDRA BEACH FL 32082-1948 |
| CREDITOR ID: 406364-MS<br>BARTON, JOEL B<br>3856 BIGGIN CHURCH ROAD W<br>JACKSONVILLE FL 32246 | CREDITOR ID: 406366-MS<br>BATES, CLINTON F.<br>2430 HOPE LANE<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 406367-MS<br>BATES, JOHN<br>100 MOULTIRE PLACE<br>LYNCHBURG VA 24502 |
| CREDITOR ID: 406368-MS<br>BAUCOM, JAMES L.<br>413 DEER PARK AVE.<br>TAMPA FL 33617 | CREDITOR ID: 406313-93<br>BAUDIN, MARIE<br>C/O KANE & VITAL, PA<br>ATTN: JONATHAN KANE<br>6190 NW 11TH STREET<br>SUNRISE FL 33313 | CREDITOR ID: 404205-95<br>BAUMER FOOD PRODUCTS<br>P O BOX 62124<br>NEW ORLEANS LA 70162 |
| CREDITOR ID: 406369-MS<br>BAUMGARDNER, LAWRENCE W.<br>12171 SAFESHELTER DR SO<br>JACKSONVILLE FL 32225 | CREDITOR ID: 404206-95<br>BAUSCH & LOMB<br>ATTN: PAUL GREENMAN<br>2713 MIDDLE SOUNDLOOP RD<br>WILMINGTON NC 28411-7835 | CREDITOR ID: 406370-MS<br>BAXLEY, WILLIAM R.<br>8192 SEVEN MILE DR.<br>PONTE VEDRA FL 32082 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406371-MS<br>BAXTER, BRUCE<br>4457 FERN CREEK DR.<br>JACKSONVILLE FL 32277 | CREDITOR ID: 404208-95<br>BAYS MICHIGAN CORPORATION<br>ACOSTA SALES<br>6630 SOUTHPOINT PARKWAY<br>ATTN JAYNE HOLLIS<br>JACKSONVILLE FL 32256 | CREDITOR ID: 406372-MS<br>BAZEMORE, B R<br>8531 WEEPING WILLOW WAY<br>ORLANDO FL 32817 |
| CREDITOR ID: 404209-95<br>BBI PRODUCE INC<br>14506 WALDEN SHEFFIELD RD<br>DOVER FL 33527 | CREDITOR ID: 404211-95<br>BEACHWALK CENTRE II LLC<br>%RUTLAND VAN CAMP ASSOC<br>P O BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 404212-95<br>BEALER WHOLESALE CO<br>PO BOX 16403<br>CHARLOTTE NC 28297 |
| CREDITOR ID: 406373-MS<br>BEAM, MARCUS<br>2345 MT. GALLANT RD.<br>ROCKHILL SC 29730 | CREDITOR ID: 404213-95<br>BEAR TRANSPORTATION<br>PO BOX 802326<br>DALLAS TX 75380-2326 | CREDITOR ID: 406374-MS<br>BECK, LARRY A.<br>2900 N. HIGHWAY A1A, #4B<br>FORT PIERCE FL 34949 |
| CREDITOR ID: 406376-MS<br>BEGLEY, STEVEN C<br>4336 SHERWOOD ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 404215-95<br>BELCO DISTRIBUTORS<br>100 ADAMS BLVD<br>FARMINGDALE NY 11735 | CREDITOR ID: 406377-MS<br>BELL SR., WILLIAM J.<br>1513 HAMPTON DR.<br>FLORENCE SC 29505 |
| CREDITOR ID: 404219-95<br>BENCHMARK RECRUITING<br>PMB 170 51 BELL ROCK PLZ<br>SUITE A<br>SEDONA AZ 86351-9038 | CREDITOR ID: 404221-95<br>BENJAMIN FRANKLIN ELEMENTARY<br>709 PARK BLVD<br>NEW ORLEANS LA 70114 | CREDITOR ID: 406380-MS<br>BENNETT, JAMES A.<br>2196 SPANISH BLUFF RD.<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 404223-95<br>BENNETTS BUSINESS SYSTEMS<br>4805 LENOX AVE<br>JACKSONVILLE FL 32205-4998 | CREDITOR ID: 406381-MS<br>BERGSTROM, GEORGE<br>736 SUMMER LANE<br>PRATTVILLE AL 36066 | CREDITOR ID: 404224-95<br>BERNER FOODS INC<br>2034 E FACTORY ROAD<br>DAKOTA IL 61018 |
| CREDITOR ID: 404225-95<br>BERRY PLASTICS CORP<br>PO BOX 60929<br>ST LOUIS MO 63150-0929 | CREDITOR ID: 406382-MS<br>BERRY, WEBSTER<br>RT. 1 BOX 567-1<br>MACCLENNEY FL 32063 | CREDITOR ID: 404226-95<br>BEST BRANDS INC<br>P O BOX 538012<br>ATLANTA GA 30353-8012 |
| CREDITOR ID: 404228-95<br>BEST MANUFACTURING GROUP LLC<br>PO BOX 29374<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-9582 | CREDITOR ID: 404229-95<br>BESTSWEET INC<br>PO BOX 651649<br>CHARLOTTE NC 28265-1649 | CREDITOR ID: 404231-95<br>BEVERAGE CORPORATION INTERNATIONAL<br>3550 NW 110TH ST<br>ATTN: CUSTOMER SERVICE<br>MAIMI FL 33167 |
| CREDITOR ID: 404232-95<br>BIB MANAGEMENT CORP<br>PO BOX 451535<br>MIAMI FL 33245 | CREDITOR ID: 404233-95<br>BIC CORPORATION<br>ATTN: PENNY KOZAK<br>PO BOX 40000 DEPT #399<br>HARTFORD CT 61510399 | CREDITOR ID: 406383-MS<br>BIGGS JR, WILLIAM L<br>704 PINEY PLACE<br>JACKVILLE FL 32259 |

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 404235-95<br>BINNEY & SMITH INC<br>ATTN TRACY SCHAPPELL<br>1100 CHURCH LANE<br>EASTON PA 18044 | CREDITOR ID: 404236-95<br>BIOFILM INC<br>3121 SCOTT STREET<br>VISTA CA 92083 | CREDITOR ID: 404237-95<br>BISSELL INC<br>RITEWAY SALES & MARKETING<br>6817 SOUTHPOINT PARKWAY<br>SUITE 1201<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 406385-MS<br>BIZZELL, STEPHEN K.<br>6804 FABIANO ST.<br>PENSACOLA FL 32506 | CREDITOR ID: 406386-MS<br>BLACKMON, DENNIS<br>3215 OPEN MEADOW LOOP<br>OVIEDO FL 32766 | CREDITOR ID: 406387-MS<br>BLACKSHEAR, CLIFFORD L<br>1210 PINE CIRCLE<br>MACCLENNY FL 32063 |
| CREDITOR ID: 404238-95<br>BLACKWELL MILL<br>1304 VOX HIGHWAY<br>JOHNSONVILLE SC 29555 | CREDITOR ID: 404239-95<br>BLAIREX LABORATORIES<br>ATTN PATTY GUSHWA<br>P O BOX 2127<br>COLUMBUS IN 47202 | CREDITOR ID: 404240-95<br>BLAKE & PENDLETON INC<br>PO BOX 101187<br>ATLANTA GA 30392-1187 |
| CREDITOR ID: 406388-MS<br>BLAKE, D.H.<br>6627 NEW CASTLE RD.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406389-MS<br>BLAKELY JR, R F<br>629 RIVERVIEW AVE<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 404242-95<br>BLANC INDUSTRIES<br>37 IRONIA RD<br>FLANDERS NJ 07836 |
| CREDITOR ID: 406390-MS<br>BLAZEK, BOBBY L.<br>3103 MONTIES LANE<br>ARLINGTON TX 76015 | CREDITOR ID: 406391-MS<br>BLEDSOE, GERALD D.<br>4334 OLD DOERUN RD.<br>MOULTRIE GA 31768 | CREDITOR ID: 404243-95<br>BLENDCO INC<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39403 |
| CREDITOR ID: 406392-MS<br>BLEVINS, RICHARD S.<br>2025 CLAYTON AVE. S.W.<br>DECAUTER AL 35601 | CREDITOR ID: 404244-95<br>BLISTEX INC<br>P O BOX 98106<br>CHICAGO IL 60693-8106 | CREDITOR ID: 406393-MS<br>BLITCHINGTON, ROBERT<br>1431 DANBURY RD.<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 406394-MS<br>BLOODWORTH, RALPH M.<br>P.O. BOX 43<br>CITRA FL 32113 | CREDITOR ID: 404245-95<br>BLOSSMAN GAS INC<br>PO BOX 2176<br>SANFORD NC 02176 | CREDITOR ID: 404246-95<br>BLUE FRONT BARBECUE SAUCE<br>1225 PALM BEACH LAKES BLVD<br>WEST PALM BEACH FL 33401-2410 |
| CREDITOR ID: 404247-95<br>BLUE MOON LICENSING LLC<br>PO BOX 551<br>NEW LEXINGTON OH 43764 | CREDITOR ID: 404248-95<br>BLUE SPRINGS WATER<br>205 VAN HEUSEN DR<br>OZARK AL 36360 | CREDITOR ID: 406395-MS<br>BLUM, CLARENCE O.<br>7903 HALL FARM<br>LOUISVILLE KY 40291 |
| CREDITOR ID: 406396-MS<br>BLUM, RICHARD F.<br>4313 CONAEM DR.<br>LOUISVILLE KY 40213 | CREDITOR ID: 404249-95<br>BMK INC CENTRAL<br>1270 CHAMPION CIR<br>CARROLLTON TX 75008 | CREDITOR ID: 404250-95<br>BMK INC WEST<br>7101 EAST SLAUSON AVE<br>COMMERCE CA 90040 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404252-95<br>BOB EVANS FARMS INC<br>DEPT 303<br>COLUMBUS OH 43265-0303 | CREDITOR ID: 406397-MS<br>BOOK, THEADORE<br>10938 OLD PLANK RD.<br>JACKSONVILLE FL 32220 | CREDITOR ID: 406398-MS<br>BOOTH III, TALMAGE B<br>1201 CUNNINGHAM CREEK DRIVE<br>FRUIT COVE FL 32259 |
| CREDITOR ID: 406399-MS<br>BORCATO SR., ROY J.<br>10035 AVE. D., BAY<br>ST. LOUIS MS 39520 | CREDITOR ID: 406400-MS<br>BORGSTEDE, WAYNE D<br>437 ASHLAWN DR<br>HARAHAN LA 70123 | CREDITOR ID: 406401-MS<br>BOTTOMS, LARRY L.<br>1810 SHADY CREEK DR.<br>CANTONMENT FL 32533 |
| CREDITOR ID: 404255-95<br>BOUDREAUXS FOOD<br>CAMBRIDGE FACTORS<br>PO BOX 75531<br>BALTIMORE MD 21275-5531 | CREDITOR ID: 404256-95<br>BOUNTY FRESH<br>8550 NW 17TH ST   STE100<br>MIAMI FL 33126 | CREDITOR ID: 404257-95<br>BOUQUET COLLECTION<br>2752 NORTHWEST 79TH AVENUE<br>MIAMI FL 33122 |
| CREDITOR ID: 406402-MS<br>BOUTWELL, GLIFORD F.<br>2388 ASHMORE DR.<br>CLEARWATER FL 33763 | CREDITOR ID: 404258-95<br>BOWERS SHRIMP<br>RT 1 BOX 534B<br>PALACIOS TX 77465 | CREDITOR ID: 406403-MS<br>BOWERS, RONNIE<br>302 WELDON PARK DRIVE<br>MANDEVILLE LA 70471 |
| CREDITOR ID: 406404-MS<br>BOWMAN, RICHARD D.<br>676 HERMITS COVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 404260-95<br>BOX USA<br>PO BOX 100437<br>ATLANTA GA 30384-0437 | CREDITOR ID: 404262-95<br>BOY SCOUTS TROOP 110 BSA<br>80294 HWY 1129<br>COVINGTON LA 70435 |
| CREDITOR ID: 404263-95<br>BOYDS HOME & LAWN MAINTENANCE<br>1100 SHADY LANE<br>MCCOMB MS 39648 | CREDITOR ID: 404264-95<br>BRACHS CONFECTIONS INC<br>PO BOX 201120<br>DALLAS TX 75320-1120 | CREDITOR ID: 406405-MS<br>BRADLEY SR, JAMES D<br>333 SCENIC POINT LANE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 406406-MS<br>BRADLEY, JACKIE L.<br>7301 COUNTY RD., #406<br>GRANDVIEW TX 76050 | CREDITOR ID: 406408-MS<br>BRADLEY, PAUL J.<br>957 BROOKRIDGE DR.<br>GARDENDALE AL 35071 | CREDITOR ID: 406409-MS<br>BRADY, JAMES L.<br>3820 161ST RD.<br>LIVE OAK FL 32060 |
| CREDITOR ID: 406410-MS<br>BRADY, VIRGINIA<br>1274 THE GROVE RD.<br>ORANGE PARK FL 32073 | CREDITOR ID: 406411-MS<br>BRAGIN, DAVID H.<br>540 PENNINSULA CT<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 406412-MS<br>BRANDT, STEVE<br>14601 GREATER PINES BLVD.<br>CLAIRMONT FL 32247 |
| CREDITOR ID: 404266-95<br>BRANTLEY SECURITY<br>PO BOX 17181<br>LOUISVILLE KY 40217-0121 | CREDITOR ID: 406413-MS<br>BRASWELL, JOE<br>2620 MOODY RD.<br>ORANGE PARK FL 32073 | CREDITOR ID: 404267-95<br>BRAWLEY BEEF LLC<br>PO BOX 1211<br>BRAWLEY CA 92227-1211 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 404268-95
BREAD BIZZ
2013 FRANCIS AVENUE
METAIRIE LA 70003

CREDITOR ID: 404270-95
BRENNTAG MID-SOUTH INC
SECTION 970
LOUISVILLE KY 40289

CREDITOR ID: 406415-MS
BRESSER, WILLIAM P.
802 VALLEY BROOK
MILLFORD OH 45150

CREDITOR ID: 406416-MS
BRIDGES, JACK B.
1997 ELIZABETH AVE.
HICKORY NC 28602

CREDITOR ID: 406417-MS
BRIGGS, RONALD E.
217 PINE CR.
BOCA RATON FL 33452

CREDITOR ID: 406418-MS
BRIM, STEVE
1117 BUGGY WHIP TR.
MIDDLEBURG FL 32068

CREDITOR ID: 406419-MS
BRIM, WILLIAM F.
1006 CACTUS CUT RD.
MIDDLEBURG FL 32068

CREDITOR ID: 404272-95
BRISTOL-MYERS 24100729
CUSTOMER FINANCIAL SERVICES
PO BOX 120036
STAMFORD CT 69120036

CREDITOR ID: 406421-MS
BROCATO JR., ROY J.
115 RUE DES BOUVIER
YOUNGVILLE LA 70592

CREDITOR ID: 406422-MS
BROCK, ROY E.
215 N. SEVERN, CV4LE
EASLEY SC 29642

CREDITOR ID: 406423-MS
BROGAN, JAMES P
7775 SOUTHAMPTON TERR  APT#308
TAMARAC FL 33321

CREDITOR ID: 404274-95
BROOKS STREET BAKERY
PO BOX 54865
IRVINE CA 92619-4865

CREDITOR ID: 406424-MS
BROOKS, JON
8021 MORNING LANE
FT. WORTH TX 76123

CREDITOR ID: 406425-MS
BROWN III, GEORGE
617 KIMLOCK DR.
GARNER NC 27529

CREDITOR ID: 406426-MS
BROWN, RONALD S.
1809 LAWTON BLUFF RD.
CHARLOTTE NC 28226

CREDITOR ID: 406427-MS
BROWN, WARREN
1380 COLE AVE.
ROCK HILL SC 29732

CREDITOR ID: 404276-95
BRUCE FOODS
C/O CROSSMARK
8375 DIX ELLIS TRAIL
SUITE 104
JACKSONVILLE FL 32256

CREDITOR ID: 406429-MS
BRYAN JR., J. SHEPARD
1651 BEACH AVE.
ATLANTIC BEACH FL 32233

CREDITOR ID: 406430-MS
BRYAN, MAC
1291 RIVERWALK RD
BISHOP GA 30621-1844

CREDITOR ID: 404181-95
B-TECH SYSTEMS
415 N MAIN ST SUITE 101
GREENVILLE SC 29601

CREDITOR ID: 404279-95
BUBBA FOODS LLC
P O BOX 919
ELBERTON GA 30635

CREDITOR ID: 406431-MS
BUBECK, BILL A.
3208 DOTY LANE
ARLINGTON TX 76001

CREDITOR ID: 406432-MS
BUCHERT, GEORGE J.
1809 LIVE OAK ST.
METAIRIE LA 70005

CREDITOR ID: 406433-MS
BUCHMAN, WILLIAM C.
802 HUNTINGTON RD.
EASLEY SC 29642

CREDITOR ID: 406435-MS
BURNS, DONALD E.
4924 MARBLE FALLS DR.
FT. WORTH TX 76103

CREDITOR ID: 406436-MS
BURNS, GORDON W
1387 FALKIRK COURT
JACKSONVILLE FL 32221

CREDITOR ID: 406437-MS
BURNS, JOSEPH H.
7713 HARPS MILL RD.
RALEIGH NC 27615

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406438-MS<br>BURNS, KENNETH<br>5003 BLUE HERON CIRCLE<br>NORTH PORT FL 34287 | CREDITOR ID: 406439-MS<br>BURNS, ROBERT B.<br>7011 N. 56TH ST.<br>TAMPA FL 33617 | CREDITOR ID: 404283-95<br>BURR WOLFF LP<br>3355 W ALABAMA STE 600<br>HOUSTON TX 77098 |
| CREDITOR ID: 406440-MS<br>BURT, LARRY<br>7 DEWBERRY COURT<br>BEDFORD TX 76021 | CREDITOR ID: 406441-MS<br>BUSSING, RAYMOND J<br>4884 TARA WOOD DRIVE E<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406442-MS<br>BUTLER, MICHAEL J.<br>2249 CAMBRIDGE DRIVE<br>HURST TX 76054 |
| CREDITOR ID: 406443-MS<br>BUTTNER III, EDWARD W.<br>219 TIMBER RIDGE CIRCLE<br>BURLESON TX 76028 | CREDITOR ID: 404285-95<br>BVI DBA PRIMED<br>4305 ATLANTA HWY<br>MONTGOMERY AL 36109 | CREDITOR ID: 404286-95<br>BWI COMPANIES INC<br>4265 US 98N PMB 575<br>LAKELAND FL 33809 |
| CREDITOR ID: 406444-MS<br>BYARS, GREGORY G.<br>2603 CRAVENRIDGE RD.<br>GARNER NC 27529 | CREDITOR ID: 406445-MS<br>BYARS, VANCE G.<br>4401 JESSUP DR.<br>RALEIGH NC 27603 | CREDITOR ID: 404287-95<br>BYLER RIVET SUPPLY<br>DIV OF CUTTING EDGE<br>3301 CONFLANS #107<br>IRVING TX 75061 |
| CREDITOR ID: 406447-MS<br>BYRD, WILLIAM<br>1745 PATRICIA LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 404288-95<br>C & B INDUSTRIAL SAFETY<br>P O BOX 450201<br>SUNRISE FL 33345 |
| CREDITOR ID: 404289-95<br>C & B INTERNATIONAL<br>3711 VINELAND RD<br>ORLANDO FL 32811 | CREDITOR ID: 404291-95<br>C B FLEET CO<br>PO BOX 11349<br>LYNCHBURG VA 245061349 | CREDITOR ID: 404292-95<br>C F SAUER COMPANY<br>PO BOX 75060<br>CHARLOTTE NC 28275-5060 |
| CREDITOR ID: 404293-95<br>C H GUENTHER & SONS INC<br>ATTN MR STEVE LYONS<br>3272 LAKESIDE DR<br>BRUNSWICK GA 31520 | CREDITOR ID: 404290-95<br>C&T DURHAM TRUCKING CO<br>3720 WILLIAMS DAIRY RD<br>GREENSBORO NC 274067914 | CREDITOR ID: 404294-95<br>CADBURY SCHWEPPES AMERICAS BEVERAGE<br>ACOSTA<br>6630 SOUTHPOINT PKWAY<br>ATTN RICK PATRYLO<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 404295-95<br>CADEC CORPORATION<br>P O BOX 360051<br>BOSTON MA 02241-0651 | CREDITOR ID: 404296-95<br>CADENCE NETWORK INC<br>105 EAST FOURTH STREET<br>SUITE 250<br>CINCINNATI OH 45202 | CREDITOR ID: 404297-95<br>CADUR TRADING CORP<br>2201 N W 102ND PLACE BAY #6<br>MIAMI FL 33172 |
| CREDITOR ID: 404298-95<br>CAFE BUSTELO<br>PO BOX 025447<br>DEPT OP5 10<br>MIAMI FL 33102-5447 | CREDITOR ID: 404299-95<br>CAFE LA RICA INC<br>5701 MIAMI LAKES DRIVE EAST<br>MIAMI LAKES FL 33014 | CREDITOR ID: 404300-95<br>CAGLES INC<br>PO BOX  530103<br>GA00432<br>ATLANTA GA 30353-0103 |

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406449-MS<br>CAHOE, JOSEPH R.<br>6012 BAY PINE<br>LOUISVILLE KY 40219 | CREDITOR ID: 406450-MS<br>CAIRE, DENNIS<br>2016 CAMERON DR<br>PENSACOLA FL 32505 | CREDITOR ID: 406451-MS<br>CALDERWOOD, CHARLES E<br>12555 AGATITE<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 406452-MS<br>CALDERWOOD, LYLE<br>390 MARS HILL RD.<br>POWER SPRINGS GA 30127 | CREDITOR ID: 404301-95<br>CALICO BRANDS INC<br>2800 EAST PHILADELPHIA STREET<br>ONTARIO CA 91716-8523 | CREDITOR ID: 406453-MS<br>CALKINS, WILLIAM C.<br>1471 BELVEDERE AVE.<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 406454-MS<br>CALLOWAY, RONALD W<br>704 TORIA LANE<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 406455-MS<br>CALVERT III, LEON L<br>3881 ORTEGA BLVD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406456-MS<br>CAMERON, MALCOLM C.<br>4605 MISTIC DR.<br>ATLANTA GA 30342 |
| CREDITOR ID: 404303-95<br>CAMPBELL SOUP CO<br>ACOSTA SALES & MARKETING<br>ATTN LAURA JACKSON SUITE 301<br>5650 BRECKENRIDGE PARK DRIVE SUITE<br>TAMPA FL 33610 | CREDITOR ID: 407511-93<br>CAMPBELL, ROSE MARY<br>C/O DICK GRECO,JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD, SUITE 179<br>TAMPA FL 33602 | CREDITOR ID: 404304-95<br>CANN SUPPLY<br>1187 LANE AVE S<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 406460-MS<br>CANNON, KENNETH L.<br>496 WILSON LANDING RD.<br>PROSPERITY SC 29127 | CREDITOR ID: 406461-MS<br>CANOVA, J. MARVIN<br>234 BEECHWOOD CT.<br>ORANGE PARK FL 32073 | CREDITOR ID: 406462-MS<br>CANTILLO, MANUEL<br>865 BLUEBIRD DR.<br>DELRAY BEACH FL 33444 |
| CREDITOR ID: 406463-MS<br>CANTU, KIM<br>1721 L.T. HARDEE RD.<br>GREENVILLE NC 27859 | CREDITOR ID: 406464-MS<br>CANTU, MICHAEL<br>101 CHRISTOPHER DR.<br>CLAYTON NC 27520 | CREDITOR ID: 404305-95<br>CAPITAL CITY BEVERAGE<br>P O BOX 2049<br>JACKSON MS 39225 |
| CREDITOR ID: 404306-95<br>CAPITAL VOLVO TRUCK & TRAILER<br>P O BOX 2127<br>MONTGOMERY AL 36102 | CREDITOR ID: 404307-95<br>CARBOLITE FOODS INC<br>1325 NEWTON AVENUE<br>EVANSVILLE IN 47715 | CREDITOR ID: 404308-95<br>CARDINAL HEALTH STAFFING SERVICES<br>PO BOX 530486<br>ATLANTA GA 30353-0469 |
| CREDITOR ID: 404309-95<br>CARDONIC CORPORATION<br>12054 SW 131 AVENUE<br>MIAMI FL 33186 | CREDITOR ID: 406465-MS<br>CAREY, JAMES I.<br>316 WEST VIOLET ST.<br>TAMPA FL 33603 | CREDITOR ID: 404310-95<br>CARGILL FLOUR MILLING DIVISION<br>PO BOX 6012<br>FARGO ND 58108-6012 |
| CREDITOR ID: 404312-95<br>CARGILL INC SALT DIVISION<br>PO BOX 6012<br>FARGO ND 58108-6012 | CREDITOR ID: 404313-95<br>CARGILL POULTRY PROD DIV<br>ATTN AR 2/EXCEPTION<br>PO BOX 6012<br>FARGO ND 58108-6012 | CREDITOR ID: 404314-95<br>CARGO MASTER INC<br>510 PLAZA DRIVE SUITE 2270<br>ATLANTA GA 30349 |

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406466-MS<br>CARHILL, DAN<br>PO BOX 1007<br>GRESHAM OR 97030-0219 | CREDITOR ID: 404315-95<br>CARIBBEAN GOLD INC<br>16804 SOUTHWEST 81 COURT<br>MIAMI FL 33157 | CREDITOR ID: 404316-95<br>CARL BUDDIG & CO<br>941-G MATTHEWS  MINT HILL RD<br>ATTN: CORLISS AUSTIN<br>MATTHEWS NC 28106 |
| CREDITOR ID: 406467-MS<br>CARLOS, DOUGLAS<br>371 WINCHESTER CIRCLE<br>MANDEVILLE LA 70448 | CREDITOR ID: 404319-95<br>CARLSON AIRFLO MERCHANDISING SYSTEM<br>7135 NORTHLAND DR N<br>BROOKLYN PARK MN 55428-1514 | CREDITOR ID: 404320-95<br>CAROLINA TRADER THE<br>PO BOX 1887<br>FAYETTEVILLE NC 28302 |
| CREDITOR ID: 406468-MS<br>CARPENTER, LARRY<br>4840 ROXBURY DR.<br>COLUMBUS GA 31907 | CREDITOR ID: 407512-93<br>CARPENTER, MARION<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD, SUITE 179<br>TAMPA FL 33602 | CREDITOR ID: 406469-MS<br>CARPENTER, OTIS D.<br>258 HIDDEN LAKE COURT<br>MARIETTA GA 30068 |
| CREDITOR ID: 406470-MS<br>CARROLL, JAMES M.<br>1 LAS OLAS CIRCLE #412<br>FT. LAUDERDALE FL 33316 | CREDITOR ID: 406471-MS<br>CARROLL, JAMES R.<br>445 KINNARD MILL RD.<br>HAZEL GREEN AL 35750 | CREDITOR ID: 406472-MS<br>CARROLL, WALTER E.<br>P.O. BOX 516<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 406473-MS<br>CARTER, JAMES D.<br>4713 NADINE<br>FT. WORTH TX 76117 | CREDITOR ID: 404322-95<br>CARTHAGE CUP COMPANY<br>P O BOX 910825<br>DALLAS TX 75391-0825 | CREDITOR ID: 406474-MS<br>CASTILLO, ROBIN E<br>10908 NW 12TH COURT<br>PLANTATION FL 33322-6926 |
| CREDITOR ID: 404323-95<br>CASTLEBERRYS FOOD COMPANY<br>ADVANTAGE SALES & MARKETING<br>7900 BELFORT PARKWAY<br>SUITE 100<br>JACKSONVILLE FL 32256 | CREDITOR ID: 404324-95<br>CATALOG SALES<br>ATTN MARCIA MILLER<br>50 MAPLEHURST DR<br>BROWNSBURG IN 46112 | CREDITOR ID: 404325-95<br>CATELLI BROTHERS<br>PO BOX 827151<br>PHILADELPHIA PA 19182 |
| CREDITOR ID: 406475-MS<br>CAUDILL, H.C.<br>200 SAUNDERS FERRY RD., SUITE 1305<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 406476-MS<br>CAULEY, DONNIE B.<br>7724 KINGSTON DRIVE<br>WAXHAM NC 28173 | CREDITOR ID: 406477-MS<br>CAUSEY, JOHN H.<br>1908 ROSEMONT ST.<br>SALISBURY NC 28144 |
| CREDITOR ID: 404327-95<br>CAVENDISH FARMS<br>PO BOX 4246<br>BOSTON MA 02211-0001 | CREDITOR ID: 404328-95<br>CBSI<br>5454 WEST CRENSHAW STREET<br>TAMPA FL 33634-3007 | CREDITOR ID: 404329-95<br>CCC TRUCK PARTS COMPANY<br>1230 ATANDO AVE<br>CHARLOTTE NC 28206 |
| CREDITOR ID: 404331-95<br>CDI SERVICES<br>PO BOX 1114<br>MURFREESBORO TN 37133-1114 | CREDITOR ID: 404332-95<br>CE DE CANDY INC<br>PO BOX 271<br>UNION NJ 07083-0271 | CREDITOR ID: 404333-95<br>CED CREDIT OFFICE<br>PO BOX 280179<br>TAMPA FL 33682-0179 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404334-95<br>CEILINGS R US INC<br>PO BOX 1324<br>HALLANDALE FL 33008 | CREDITOR ID: 404336-95<br>CENTERPOINT ENERGY ENTEX<br>PO BOX 1325<br>HOUSTON TX 77251-1325 | CREDITOR ID: 404337-95<br>CERTIFIED FOODS CORP<br>PO BOX 637<br>STAFFORD TX 77497-0637 |
| CREDITOR ID: 404339-95<br>CH ROBINSON WORLDWIDE INC<br>PO BOX 88656<br>CHICAGO IL 60680-1656 | CREDITOR ID: 404340-95<br>CH ROBINSON WORLDWIDE INC<br>ATTN JULIE VONGKAYSONE<br>8967 COLUMBINE ROAD<br>EDEN PRAIRIE MN 55347 | CREDITOR ID: 406478-MS<br>CHAFE, JAMES<br>468 JAKES CREEK TRAIL<br>BANSON MO 65616 |
| CREDITOR ID: 406479-MS<br>CHANDLER, CAREY A.<br>402 CHAPEL WOOD DR.<br>DOTHAN AL 36301 | CREDITOR ID: 406480-MS<br>CHANDLER, GARY L.<br>1049 ROUNDTREE DRIVE<br>GALLATIN TX 37066 | CREDITOR ID: 406481-MS<br>CHAPMAN, CLARENCE H.<br>10702 WILLIAMS RD.<br>THONOTOSASSA FL 33592 |
| CREDITOR ID: 404342-95<br>CHARDON LABORATORIES INC<br>7300 TUSSING ROAD<br>REYNOLDSBURG OH 43068 | CREDITOR ID: 404347-95<br>CHARLIE'S PASTRIES INC<br>3430 NW 16 STREET UNIT #10<br>LAUDERHILL FL 33311 | CREDITOR ID: 404349-95<br>CHARLOTTE HERALD TRIBUNE<br>1617 TAMIAMI TRAIL<br>PT CHARLOTTE FL 33948 |
| CREDITOR ID: 404350-95<br>CHASE INDUSTRIES INC<br>10021COMMERCE PARK DRIVE<br>CINCINNATI OH 45246 | CREDITOR ID: 404351-95<br>CHASE STAFFING SERVICES<br>PO BOX 76340<br>ATLANTA GA 30358-1340 | CREDITOR ID: 404353-95<br>CHAUNCEYS GLASS<br>PO BOX 3747<br>FORT PIERCE FL 34948-3747 |
| CREDITOR ID: 404354-95<br>CHECK MARK INC<br>4013 BACH BUXTON<br>BATAVIA OH 45103 | CREDITOR ID: 404356-95<br>CHEM STATION INTERNATIONAL<br>DEPT 357<br>COLUMBUS OH 43265-0357 | CREDITOR ID: 404357-95<br>CHEMSTAR CORPORATION<br>DEPT #G0165<br>P O BOX 530103<br>ATLANTA GA 30353-0103 |
| CREDITOR ID: 406482-MS<br>CHERRY, DORRIS J.<br>898 W. 34TH ST.<br>HIALEAH FL 33012 | CREDITOR ID: 406483-MS<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406484-MS<br>CHERRY, MARK A<br>2133 NE CATTAIL DRIVE<br>MADISON FL 32340 |
| CREDITOR ID: 404359-95<br>CHEVRON PHILLIPS CHEMICAL CO<br>4358 COLLECTION DR<br>CHICAGO IL 60693 | CREDITOR ID: 406485-MS<br>CHILDERS, JAMES H.<br>8987 EAGLES RIDGE DRIVE<br>TALLAHASSEE FL 32212 | CREDITOR ID: 404360-95<br>CHILDRENS BOOK OF KNOWLEDGE<br>150 FIRST STREET<br>ST. ROSE LA 70087 |
| CREDITOR ID: 406486-MS<br>CHISHOLM, PAUL M<br>12021 W TARPON CT<br>HOMOSASSA FL 34448 | CREDITOR ID: 404362-95<br>CHR HANSEN INC<br>DEPT 77-6940<br>CHICAGO IL 60678-6940 | CREDITOR ID: 404364-95<br>CHRISTENSEN GROUP<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 |

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404366-95<br>CHURCH & DWIGHT<br>ADVANTAGE SALES & MARKETING<br>5908 BRECKENRIDGE PARKWAY<br>TAMPA FL 33610 | CREDITOR ID: 404367-95<br>CIBA VISION CORP<br>3728 PHILLIPS HWY<br>SUITE #45<br>JACKSONVILLE FL 322076840 | CREDITOR ID: 404368-95<br>CINTAS CORPORATION<br>PO BOX 2138<br>CALHOUN GA 30703 |
| CREDITOR ID: 404369-95<br>CINTAS CORPORATION #241<br>3219 SEXTON RD SE<br>DECATUR AL 35603 | CREDITOR ID: 404370-95<br>CINTAS CORPORATION #646<br>953 INDUSTRIAL BLVD.<br>CHIPLEY FL 32428 | CREDITOR ID: 404371-95<br>CINTAS FIRST AID & SAFETY<br>2942 DAWN ROAD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 404372-95<br>CIP INTERNATIONAL<br>9575 LESAINT DR<br>FAIRFIELD OH 45014 | CREDITOR ID: 404373-95<br>CIT GROUP CO / SPENCERS<br>C/O SPENSERS INC<br>PO BOX 998<br>ATTN JANE UTT<br>MOUNT AIRY NC 27030 | CREDITOR ID: 404374-95<br>CITGO PETROLEUM CORP<br>P O BOX 100509<br>ATLANTA GA 30384-0509 |
| CREDITOR ID: 404375-95<br>CITICAPITAL COMMERCIAL CORP<br>PO BOX 78563<br>MILWAUKEE WI 53278-0563 | CREDITOR ID: 404376-95<br>CITICORP VENDOR FINANCE INC<br>PO BOX 41647<br>PHILADELPHIA PA 19101-1647 | CREDITOR ID: 404378-95<br>CITRUS COUNTY UTILITIES<br>3600 W SOVEREIGN PATH<br>LECANTO FL 34461 |
| CREDITOR ID: 404379-95<br>CITRUS WORLD<br>ATTN LINDA GARLAND<br>P O BOX 1111<br>LAKE WALES FL 33859 | CREDITOR ID: 404381-95<br>CITY OF ATLANTA<br>55 TRINITY AVE SW<br>ATLANTA GA 30335 | CREDITOR ID: 404383-95<br>CITY OF COCONUT CREEK<br>4800 W COPANS RD<br>COCONUT CREEK FL 33093 |
| CREDITOR ID: 404384-95<br>CITY OF DAYTONA BEACH<br>PO BOX 911047<br>ORLANDO FL 32891-1047 | CREDITOR ID: 404385-95<br>CITY OF DELAND<br>PO BOX 620908<br>ORLANDO FL 32862-0908 | CREDITOR ID: 404386-95<br>CITY OF DONALDSONVILLE<br>609 RAILROAD AVE<br>DONALDSONVILLE LA 70346 |
| CREDITOR ID: 404387-95<br>CITY OF FERNANDINA BEACH<br>PO BOX 668<br>FERNANDINA BEACH FL 32035-0668 | CREDITOR ID: 404391-95<br>CITY OF MARCO ISLAND<br>950 NORTH COLLIER BLVD<br>SUITE 308<br>MARCO ISLAND FL 34145 | CREDITOR ID: 407462-99<br>CITY OF PLAQUEMINE/CITY LIGHT<br>AND WATER PLANT<br>C/O PINKSTON & PINKSTON PA<br>ATTN: D PINKSTON/G SCHLEGEL<br>PO BOX 4608<br>JACKSONVILLE FL 32201 |
| CREDITOR ID: 404397-95<br>CITY OF SOPCHOPPY<br>PO BOX 98<br>SOPCHOPPY FL 32358 | CREDITOR ID: 404398-95<br>CITY OF ST CLOUD<br>PO BOX 701445<br>ST CLOUD FL 34770-1445 | CREDITOR ID: 404402-95<br>CITY OF VERO BEACH<br>PO BOX 1180<br>VERO BEACH FL 32961-1180 |
| CREDITOR ID: 404403-95<br>CITY OF WEST PALM BCH<br>PO BOX 3506<br>WEST PALM BEACH FL 33402-3506 | CREDITOR ID: 404404-95<br>CITY OF WINTER PARK UTILITIES<br>401 SOUTH PARK AVENUE<br>ATTN CUSTOMER SERVICE<br>WINTER PARK FL 32789 | CREDITOR ID: 404405-95<br>CLABBER GIRL BAKING CORP<br>PO BOX 150<br>TERRA HAUTE IN 478080150 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406488-MS<br>CLACK, KEN<br>1124 WOODCREST AVE.<br>INVERNESS FL 34453 | CREDITOR ID: 404406-95<br>CLAMP SWING PRICING COMPANY<br>PO BOX 2337<br>ALAMEDA CA 94501 | CREDITOR ID: 404407-95<br>CLANTON ADVERTISER<br>PO BOX 1379<br>CLANTON AL 35046-1379 |
| CREDITOR ID: 404416-95<br>CLARION LEDGER<br>290 STOKES ROBERTSON ROAD BOX 35<br>JACKSON MS 39212 | CREDITOR ID: 404415-95<br>CLARION LEDGER<br>2339 NORTH PINE LEE DRIVE<br>JACKSON MS 39209 | CREDITOR ID: 404410-95<br>CLARION LEDGER<br>1435 ROCKDALE DR<br>%WILLIE BELT<br>JACKSON MS 39213 |
| CREDITOR ID: 406489-MS<br>CLARKE, RUSSELL S<br>7047 SENECA AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406490-MS<br>CLARY JR., MATTHEW W.<br>6622 HARRISON RD.<br>CHARLOTTE NC 28270 | CREDITOR ID: 404418-95<br>CLAY COUNTY UTILITY AUTHORITY<br>782 FOXRIDGE CENTER DRIVE<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 404419-95<br>CLAY TODAY<br>3801 UNIVERSITY BLVD W<br>JACKSONVILLE FL 32217 | CREDITOR ID: 404420-95<br>CLAYTON CROSSINGS LLC<br>C BRANTLEY TILLMAN<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 406491-MS<br>CLAYTON, GEORGE M.<br>P.O. BOX 408300<br>FT. LAUDERDALE FL 33340 |
| CREDITOR ID: 406492-MS<br>CLERC JR., GEORGE E.<br>P.O. BOX 724<br>WELAKA FL 32193 | CREDITOR ID: 404425-95<br>CNS INC<br>PO BOX 580920<br>MINNEAPOLIS MN 55458 | CREDITOR ID: 404427-95<br>COASTAL TRUCK BROKERS LLC<br>ATTN SCOTT J COMFAUX, CONTROLLER<br>PO BOX 485<br>CARENCRO LA 70520 |
| CREDITOR ID: 406493-MS<br>COATS JR., WILLIAM S.<br>261 SLATTEN SHOALS RD.<br>PELZER SC 29669 | CREDITOR ID: 406494-MS<br>COBB, JACK L.<br>803 PHIFER RD.<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 406495-MS<br>COBB, RICHARD W.<br>622 MELLOWOOD VENIRE<br>ORLANDO FL 32835 |
| CREDITOR ID: 404428-95<br>COBURG DAIRY INC<br>PO BOX 601334<br>CHARLOTTE NC 28260-1334 | CREDITOR ID: 404429-95<br>COCA COLA BTLG CO - MEMPHIS TN<br>PO BOX 1000   DEPT 132<br>MEMPHIS TN 38148-0132 | CREDITOR ID: 406496-MS<br>COFFEE SR, ERNEST R.<br>132 GOLDEN GROVE CIRCLE<br>PIEDMONT SC 39673 |
| CREDITOR ID: 404430-95<br>COFFMAN, COLEMAN, ANDREWS & GROGAN<br>2065 HERSCHEL ST<br>JACKSONVILLE FL 32204 | CREDITOR ID: 406497-MS<br>COINTEPOIX, RENE A.<br>4063 72ND LANE<br>HYPOLUXO FL 33462 | CREDITOR ID: 406498-MS<br>COKER, STEVE C<br>41 WEST MCELHANEY ROAD<br>TAYLORS SC 29687 |
| CREDITOR ID: 404432-95<br>COLEMAN COMPANY<br>P O BOX 930222<br>ATALNTA GA 31193-0222 | CREDITOR ID: 406499-MS<br>COLEMAN JR., REGGIE C.<br>PO BOX 97<br>ORANGE PARK FL 32067 | CREDITOR ID: 406500-MS<br>COLEMAN, RONALD<br>2209 CHERRY CREEK COURT<br>MONTGOMERY AL 36117 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 406501-MS
COLEMAN, SANDRA J.
5354 SHORE CREST DR.
JACKSONVILLE FL 32210

CREDITOR ID: 404433-95
COLGATE PALMOLIVE COMPANY
ATTN CUSTOMER ACCOUNTING
2233 LAKE PARK DR SUITE 300
SMYRNA GA 300808856

CREDITOR ID: 404434-95
COLLIER COUNTY PRODUCE INC
4206 MERCANTILE AVE
NAPLES FL 34104

CREDITOR ID: 404435-95
COLLINS & AIKMAN
ATTN TALISA SHIPMAN
701 MCCULLOUGH DRIVE
CHARLOTTE NC 28262

CREDITOR ID: 406502-MS
COLLINS SR., KENNETH
1173 HERITAGE ESTATES TRACE
JACKSONVILLE FL 32220

CREDITOR ID: 406503-MS
COLLINS, EUGENE B.
8210 MCALPINE DR.
CHARLOTTE NC 28217

CREDITOR ID: 406504-MS
COLLURA, ANTHONY J.
13120 WARDLINE RD.
HAMMOND LA 70401

CREDITOR ID: 404436-95
COLONIAL BANK
ONE COMMERCE ST  2ND FL
BIRMINGHAM AL 36104

CREDITOR ID: 404437-95
COLORADO BOXED BEEF CO
PO BOX 538165
ATLANTA GA 30353-8165

CREDITOR ID: 406505-MS
COLVIN, WILLIAM E.
5200 SAN JOSE BLVD.
JACKSONVILLE FL 32207

CREDITOR ID: 404439-95
COMBE INC
1101 WESTCHESTER AVE
WHITE PLAINS NY 10604

CREDITOR ID: 404440-95
COMBUSTION SERVICES INC
PO BOX 2647
PEACHTREE CITY GA 30269-0647

CREDITOR ID: 404441-95
COMET AMERICAN MARKETING
P O BOX 905133
CHARLOTTE NC 28290-5133

CREDITOR ID: 404442-95
COMMERCIAL CARRIER CORP
PO BOX 65944
CHARLOTTE NC 28265-0944

CREDITOR ID: 404443-95
COMMERCIAL HOOD & TRAP SERVICES INC
1200 NORTHEAST 48TH ST #3
POMPANO BEACH FL 33064

CREDITOR ID: 404444-95
COMMERCIAL MAINTENANCE COMPANY
816 WARDLOW RD
ASHBURN GA 31714

CREDITOR ID: 406506-MS
COMPAGNO, LARRY A
4405 DAVID DR
METAIRIE LA 70003

CREDITOR ID: 404449-95
CONAGRA DAIRY FOODS
7350 WORLD COMMUNICATION DRIVE
OMAHA NE 68122

CREDITOR ID: 404451-95
CONAGRA FOODS REFRIGERATED FOODS CO
2974 HARTLEY ROAD W
SUITE 1
ATTN RITA BELL
JACKSONVILLE FL 32257

CREDITOR ID: 404452-95
CONAGRA FROZEN FOODS
DENNIS JOYNER
605 MACEDONIA ROAD
SPRING HOPE NC 27882

CREDITOR ID: 404453-95
CONAGRA GROCERY PRODUCTS CO
ATTN DAVE FAIR
7000 W CENTER RD WC40
OMAHA NE 68106-2709

CREDITOR ID: 404454-95
CONAGRA SNACK FOODS GROUP
7700 FRANCE AVE
SUITE 200
EDINA MN 55435

CREDITOR ID: 404455-95
CONAIR CORPORATION INC
CP SALES & MARKETING
PO BOX 612
PALM HARBOR FL 34682

CREDITOR ID: 404456-95
CONCHITA FOODS INC
7875 NW 77TH AVE
MIAMI FL 33166-7519

CREDITOR ID: 404457-95
CONEKOH CONSTRUCTION
2175 KINGSLEY AVE  STE 310
ORANGE PARK FL 32073

CREDITOR ID: 404458-95
CONNECT - TEK INC
153 TRADE ZONE DRIVE
RONKONKOMA NY 11779

CREDITOR ID: 406507-MS
CONNER, FREDERICK J
10301 WHITESTONE ROAD
RALEIGH NC 27615

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 406508-MS
CONNER, ROY E.
2784 GREENDALE DR.
SARASOTA FL 34232

CREDITOR ID: 404459-95
CONROS CORPORATION
41 LESMILL RD
NORTH YORK ON M3B 2T3

CREDITOR ID: 404460-95
CONSOLIDATED BISCUIT COMPANY
PO BOX 847
MC COMB OH 45858-0847

CREDITOR ID: 404461-95
CONSOLIDATED ELECTRICAL DIST
PO BOX 280179
TAMPA FL 33682-0179

CREDITOR ID: 404462-95
CONSTAR INTERNATIONAL
DEPT CH 10357
PALATINE IL 60055-0357

CREDITOR ID: 404464-95
CONTINENTAL BAKING
P O BO 26237
RICHMOND VA 23260

CREDITOR ID: 404466-95
CONTINENTAL FRAGRANCES LTD
770 FORREST SUITE B
BIRMINGHAM MI 48009

CREDITOR ID: 404467-95
CONTINENTAL MILLS
P.O. BOX 88176
SEATTLE WA 98138

CREDITOR ID: 404468-95
CONVENIENCE KITS INTERNATIONAL
P O BOX 57
CEDARHURST NY 11516

CREDITOR ID: 404469-95
CONWOOD CO LP
PO BOX 75046
CHARLOTTE NC 28275-0001

CREDITOR ID: 404470-95
COOK COUNTY ADVERTISER
606 NEWTON DRIVE
ADEL GA 31620

CREDITOR ID: 406509-MS
COOK, PHILLIP
490 GAINESVILLE HWY, APT E7
WINDER GA 30680

CREDITOR ID: 404471-95
COOLING CENTER
3719 S I-85 SERVICE RD
CHARLOTTE NC 28208

CREDITOR ID: 406510-MS
COONER, JERRY
417 MERRY WAY
PIKE RD. AL 36064

CREDITOR ID: 406511-MS
COOPER, DARRYL
4800 SE 188TH AVE.
FT. LAUDERDALE FL 33332

CREDITOR ID: 406512-MS
COOPER, DEAN
8447 THREE CREEKS BLVD
JACKSONVILLE FL 32220

CREDITOR ID: 406513-MS
COOPER, JAMES L.
4605 LONG BOW RD. S.
JACKSONVILLE FL 32210

CREDITOR ID: 406514-MS
COOPER, LEONARD H.
2437 CEDAR SHORES CIRCLE S.
JACKSONVILLE FL 32210

CREDITOR ID: 406515-MS
COREY, THOMAS
4043 WINDSOR PARK DR. E
JACKSONVILLE FL 32224

CREDITOR ID: 406516-MS
CORNISH, M C
1109 DUNCAN DR
WINTER SPGS FL 32708

CREDITOR ID: 406517-MS
CORRINO, MICHAEL J.
4354 SENTINEL PL NW
KENNESAW GA 30144

CREDITOR ID: 404477-95
COSGROVE ENTERPRISES
13000 NW 38TH AVE
OPA LOCKA FL 33054-4520

CREDITOR ID: 404479-95
COSRICH GROUP INC
A DIVISION OF PMC INC
PO BOX 95554
CHICAGO IL 60694-5554

CREDITOR ID: 406518-MS
COTE, RENE
15462 SW 112TH TERRACE
MIAMI FL 33196

CREDITOR ID: 406519-MS
COTTON, DON C.
5000 E. VENICE AVE.
VENICE FL 34292

CREDITOR ID: 404480-95
COTY US INC
ATTN LOIS RICE
PO BOX 1063
SANFORD NC 27331-1026

CREDITOR ID: 406520-MS
COUCH, WARREN A
2803 GRANDE OAKS WAY
GREEN COVE SPRINGS FL 32043-3769

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404481-95<br>COUNTRY GOURMET FOODS,LLC<br>PO BOX 3666<br>PITTSBURGH PA 15230-3666 | CREDITOR ID: 404482-95<br>COUNTY OF HENRICO VIRGINIA<br>PO BOX 27032<br>RICHMOND VA 23273-7032 | CREDITOR ID: 404520-95<br>COUNTY OF DARLINGTON<br>PO BOX 5732<br>FLORENCE SC 29502 |
| CREDITOR ID: 407503-99<br>COUNTY OF PINELLAS, FL<br>ATTN: DIANE NELSON, TAX COLL<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | CREDITOR ID: 406521-MS<br>COURSON, CHARLES<br>8229 PINE AVE.<br>MACCLENNY FL 32063 | CREDITOR ID: 404483-95<br>COVINGTON NEWS INC<br>1166 USHER STREET<br>COVINGTON GA 30014 |
| CREDITOR ID: 404484-95<br>COWABUNGA INC<br>PO BOX 1448<br>DULUTH GA 30096 | CREDITOR ID: 404485-95<br>COWETA-FAYETTE EMC<br>PO BOX 488<br>NEWNAN GA 30264-0488 | CREDITOR ID: 406525-MS<br>COX, GENE<br>6216 KINGSGATE DR.<br>BURLINGTON KY 41005 |
| CREDITOR ID: 406526-MS<br>COX, ROBERT E.<br>3416 WILLOWBROOK<br>FT. WORTH TX 76133 | CREDITOR ID: 406528-MS<br>COYLE, JOHN<br>105 FINCH ST.<br>LA PLACE LA 70068 | CREDITOR ID: 406529-MS<br>CRABTREE, RONALD H.<br>1512 SUNDRIDGE RD.<br>ORLANDO FL 32808 |
| CREDITOR ID: 406530-MS<br>CRADDOCK, JAMES C.<br>5323 MAPLETON ST.<br>CLEMMONS NC 27012 | CREDITOR ID: 406531-MS<br>CRAIN, LESTER<br>300 WELDON PARK DR.<br>MANDEVILLE LA 70471 | CREDITOR ID: 406532-MS<br>CRAWFORD, JAMES<br>416 FINCASTLE DR.<br>RALEIGH NC 27607 |
| CREDITOR ID: 406533-MS<br>CRAWFORD, JOHN T.<br>631 AMERBLEY CROSSING<br>FT. MILLS SC 29715 | CREDITOR ID: 404487-95<br>CREST STEP ON INC<br>3504 OAK FOREST<br>HOUSTON TX 77018 | CREDITOR ID: 404488-95<br>CRESTVIEW MEDICAL CLINIC<br>129 REDSTONE AVE<br>CRESTVIEW FL 32539 |
| CREDITOR ID: 406534-MS<br>CRIST, CARL W.<br>148 WATERS EDGE DR. N.<br>PONTE VEDRA FL 32082 | CREDITOR ID: 406535-MS<br>CRITCHLOW, JOHN<br>12511 CLASSIC DR.<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 404489-95<br>CRITZAS INDUSTRIES<br>PO BOX 500727<br>ST LOUIS MO 63150-0727 |
| CREDITOR ID: 406536-MS<br>CROFT, DENNIS<br>P.O. BOX 60604<br>JACKSONVILLE FL 32236 | CREDITOR ID: 406537-MS<br>CRONIN, ROBERT V.<br>3721 FALLON OAKS DR.<br>JACKSONVILLE FL 32277 | CREDITOR ID: 406538-MS<br>CROSSON, DAVID<br>16 RIDGEWOOD DR.<br>GREENVILLE SC 29615 |
| CREDITOR ID: 404490-95<br>CROUCH WRECKER SERVICE<br>823 SALVADORE RD<br>KENNER LA 70062 | CREDITOR ID: 404492-95<br>CSXT NA 015652<br>PO BOX 100235<br>ATLANTA GA 30384-0235 | CREDITOR ID: 404493-95<br>CT INNOVATIONS LLC<br>186 E KIRKHAM AVE<br>ST LOUIS MO 63119 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404495-95<br>CUMA DISTRIBUTORS INC<br>8442 NW 72ND ST<br>MIAMI FL 33166 | CREDITOR ID: 404496-95<br>CUMBERLAND SWAN<br>ATN BARBARA NASH CREDIT ANALYST<br>ONE SWAN DRIVE<br>SMYRNA TN 37167 | CREDITOR ID: 404497-95<br>CUMMINS SOUTHEASTERN POWER INC<br>5912 E HILLSBOROUGH AVE<br>TAMPA FL 33610 |
| CREDITOR ID: 406542-MS<br>CURTIN, GENE L.<br>9999 VINEYARD LAKE DR.<br>JACKSONVILLE FL 32256 | CREDITOR ID: 404498-95<br>CURTIS COMPANY<br>P O BOX 210215<br>MONTGOMERY AL 36121 | CREDITOR ID: 406543-MS<br>CUTCLIFFE, WILLIAM B.<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 |
| CREDITOR ID: 406544-MS<br>DAIGLE, STEVEN L.<br>1604 MANSON AVE<br>METAIRIE LA 70001 | CREDITOR ID: 404505-95<br>DAIRY AMERICA<br>4974 EAST CLINTON WAY<br>#C 221<br>FRESNO CA 93727-1520 | CREDITOR ID: 404506-95<br>DAISY BRAND INC<br>P O BOX 891436<br>DALLAS TX 75389-1436 |
| CREDITOR ID: 406545-MS<br>DAMER, RONDALD G.<br>6302 COUNTY RT. 214<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 404509-95<br>DAMP RID<br>PO BOX 568395<br>ORLANDO FL 32856-8395 | CREDITOR ID: 404511-95<br>DANFOSS INC<br>7941 CORPORATE DRIVE<br>BALTIMORE MD 21236-4925 |
| CREDITOR ID: 404515-95<br>DANISCO USA INC<br>PO BOX 410051<br>KANSAS CITY MO 64141 | CREDITOR ID: 404516-95<br>DANKA OFFICE IMAGING CO<br>9701 A INTL CT<br>ST PETERSBURG FL 33716 | CREDITOR ID: 404517-95<br>DANNON COMPANY<br>TRADE MANEGMENT<br>6165 WEST DANNON WAY<br>WEST JORDAN UT 84088 |
| CREDITOR ID: 406546-MS<br>DARNELL, JERRY<br>5100 FOREST CREEK RD.<br>RALEIGH NC 27606 | CREDITOR ID: 406547-MS<br>DARROW, DARAN<br>952 LONG LAKE DR.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406548-MS<br>DARROW, SUSAN<br>952 LONG LAKE DR.<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 404521-95<br>DART CONTAINER CORP<br>PO BOX 101102<br>ATLANTA GA 30392-1102 | CREDITOR ID: 404522-95<br>DAUKSCH FAMILY PARTNERSHIP<br>8323 16TH AVE NW<br>SEATTLE WA 98117 | CREDITOR ID: 404524-95<br>DAVID OPPENHEIMER & COMPANY<br>PO BOX 66512<br>AMF O'HARE<br>CHICAGO IL 60666-0512 |
| CREDITOR ID: 404527-95<br>DAVIS TRANSFER CO INC<br>PO BOX 650<br>CARNESVILLE GA 30521 | CREDITOR ID: 406549-MS<br>DAVIS, ANDREW D.<br>P.O. BOX 19366<br>JACKSONVILLE FL 32245 | CREDITOR ID: 406550-MS<br>DAVIS, BILLY M.<br>7601 LA BARRINGTON BLVD.<br>POWELL TN 37849 |
| CREDITOR ID: 406551-MS<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DR. WEST<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 406552-MS<br>DAVIS, JOHN W.<br>12553 HIGHVIEW DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406553-MS<br>DAVIS, LAURA J.<br>1048 BRANDYWINE ST.<br>JACKSONVILLE FL 32208 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406555-MS<br>DAVIS, T. WAYNE<br>1910 SAN MARCO BLVD<br>JACKSON FL 32207 | CREDITOR ID: 406556-MS<br>DAVIT, PETE A<br>617 WATAGA DR<br>LOUISVILLE KY 40206 | CREDITOR ID: 404528-95<br>DAWN FOODS PRODUCTS INC<br>2021 MICOR DR<br>JACKSON MI 49203 |
| CREDITOR ID: 406558-MS<br>DAY, MICHAEL L.<br>500 CHRISTOPHER LANE<br>BURLESON TX 76028 | CREDITOR ID: 404530-95<br>DAYTONA BEACH NEWS JOURNAL<br>PO BOX 1336<br>DELAND FL 32721 | CREDITOR ID: 404531-95<br>DEAN MILK<br>PO BOX 790286<br>ST LOUIS MO 63179 |
| CREDITOR ID: 404532-95<br>DEAN SAUSAGE CO<br>C/O PLANTATION SALES<br>851 N DONNELLY STREET SUITE #3<br>MT DORA FL 32757 | CREDITOR ID: 404533-95<br>DEAN SPECIALTY FOODS GROUP<br>ATTN MARSHA ADNEY<br>PO BOX 19057<br>GREEN BAY WI 54307-9057 | CREDITOR ID: 406559-MS<br>DEAN, GARY<br>P.O. BOX 100771<br>FT. LAUDERDALE FL 33310 |
| CREDITOR ID: 404534-95<br>DEARYBURY OIL AND GAS CO INC<br>2558 SOUTHPORT RD<br>SPARTANBURG SC 29302-2982 | CREDITOR ID: 406560-MS<br>DEBORD, DAVID E.<br>8220 WHITE SWAN COURT<br>ORLANDO FL 32836 | CREDITOR ID: 404539-95<br>DEER PARK WATER<br>2000 WESTRIDGE DRIVE<br>IRVING TX 75038 |
| CREDITOR ID: 406562-MS<br>DEESE, ROBERT B.<br>907 GAMBIT PLACE<br>SEFFNER FL 33584 | CREDITOR ID: 404540-95<br>DEGUSSA TEXTURANT SYSTEMS SALES LLC<br>P O BOX 932073<br>ATLANTA GA 31193-2073 | CREDITOR ID: 404541-95<br>DEL LABORATORIES INC<br>565 BROAD HOLLOW ROAD<br>FARMINGDALE NY 11735 |
| CREDITOR ID: 404542-95<br>DEL MONTE FOODS USA<br>MKTG SPEC DON LYMAN  LORRAINE SUGGS<br>5908 BRECKENRIDGE PARKWAY<br>TAMPA FL 33610 | CREDITOR ID: 406563-MS<br>DELL ANTONIA, DEAN<br>1 OAKWOOD DR.<br>WAYNE NJ 07470 | CREDITOR ID: 404544-95<br>DELRAY PLANTS INC<br>5700 SIMS ROAD<br>DELRAY BEACH FL 33484 |
| CREDITOR ID: 404545-95<br>DELTA CARBONA L.P.<br>461 ROUTE 46 WEST<br>FAIRFIELD NJ 07004 | CREDITOR ID: 404546-95<br>DELTA INVESTMENTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 404547-95<br>DEMERT BRANDS<br>PO BOX 370043<br>TAMPA FL 33697 |
| CREDITOR ID: 406564-MS<br>DENMARK, LAWRENCE J.<br>1005 WILSHIRE DR.<br>CARY NC 27511 | CREDITOR ID: 406565-MS<br>DENNEY, JERRY R<br>217 CROOKED COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406566-MS<br>DENNIS, ROY L.<br>160 ESPERNZA WAY<br>PALM BEACH GARDENS FL 33418 |
| CREDITOR ID: 406567-MS<br>DENNIS, TOM<br>263 W. PALMETTO AVE.<br>LONGWOOD FL 32750 | CREDITOR ID: 406570-MS<br>DERISO, GEORGE H<br>3943 CHICORA WOOD PL<br>JACKSONVILLE FL 32224 | CREDITOR ID: 406571-MS<br>DESSOFFY, DAVID<br>370 TURTLE DOVE DRIVE<br>ORANGE PARK FL 32073 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:  05-03817-3F1**

CREDITOR ID: 404551-95
DIAL CORPORATION
ADVANTAGE SALES & MARKETING
7900 BELFORT PARKWAY #100
ATTN DAVID CHRISTIANSEN
JACKSONVILLE FL 32256

CREDITOR ID: 406572-MS
DIAL, CHARLES W.
1983 CANFIELD GLEN
LAWRENCEVILLE GA 30044

CREDITOR ID: 404553-95
DIAMOND OF CALIFORNIA
ATTN ACCOUNT RECIEVABLE
PO BOX 1727
STOCKTON CA 95201

CREDITOR ID: 406574-MS
DILL JR., WILLIAM F.
2111 IMPERIAL DRIVE NE
GAINESVILLE GA 30501

CREDITOR ID: 404556-95
DILLON SUPPLY CO
PO BOX 1111
RALEIGH NC 27602-1111

CREDITOR ID: 404557-95
DIRECTWIRELESS COM
280 SOUTH STATE ROAD 434
SUITE 1046
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 406575-MS
DISMUKE, JOSEPH
218 WESLAY RD.
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 404558-95
DISPLAY SPECIALTIES
P O BOX 115
FT THOMAS KY 41075

CREDITOR ID: 404559-95
DIXIE PRODUCE
812 EAST 12TH STREET
CHATTANOOGA TN 37401

CREDITOR ID: 404560-95
DIXIE RIVERSIDE
P O BOX 6326
AUGUSTA GA 30906

CREDITOR ID: 406576-MS
DIXON, JUDITH W.
4981 HARVEY GRANT RD.
ORANGE PARK FL 32003

CREDITOR ID: 404561-95
DJKT ENTERPRISES
848 BLOUNTSTOWN HWY STE F
TALLAHASSEE FL 32304-2741

CREDITOR ID: 404562-95
DM DISTRIBUTORS & PUREYORS LLC
745 WEST 25TH STREET
HIALEAH FL 33010

CREDITOR ID: 404563-95
DOANE PET CARE CO
ATTN DEDUCTION DEPARTMENT
PO BOX 281793
NASHVILLE TN 37228

CREDITOR ID: 406577-MS
DOGAN, DEDRA N
86085 SHELTER ISLAND DRIVE
FERNANDINA BEACH FL 32034

CREDITOR ID: 404564-95
DOLCO PACKAGING CORP
135 SOUTH LA SALLE
DEPT 2876
CHICAGO IL 60674-2870

CREDITOR ID: 404565-95
DOLE FRESH VEGETABLES
PO BOX 91958
CHICAGO IL 60693

CREDITOR ID: 404566-95
DOLPHIN PRODUCTS INC
600 NE 36TH ST STE 1721
MIAMI FL 33137

CREDITOR ID: 406578-MS
DOMINGUEZ, B.R.
4101 SHAMROCK
ARLINGTON TX 76011

CREDITOR ID: 406579-MS
DONAHUE, BRENDA J.
410 PINE AVE
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 406580-MS
DONALD, WILLIAM
524 WHITEHEAD COURT
FT. MILLS SC 29708

CREDITOR ID: 406581-MS
DONALDSON, PAUL
9131 CARTERS GROVE AVE.
MONTGOMERY AL 36116

CREDITOR ID: 406582-MS
DONATO, JOE
6440 SW 25TH ST.
MIRAMAR FL 33023

CREDITOR ID: 406583-MS
DOOLITTLE, C W
7051 CYPRESS BRIDGE DR S
PONTE VEDRA FL 32082

CREDITOR ID: 404570-95
DOREL JUVENILLE GROUP
135 S LASALLE STREET
CHICAGO IL 60674-2154

CREDITOR ID: 406584-MS
DORGAN, THOMAS
3081 MAGNOLIA COURT
EDGEWOOD KY 41017

CREDITOR ID: 406585-MS
DOSS, GARY W.
8142 WYNLAKES BLVD.
MONTGOMERY AL 36117

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406586-MS<br>DOTY, JACKIE W.<br>611 COUNTY RD 40 W<br>PRATTVILLE AL 36067 | CREDITOR ID: 404571-95<br>DOUBLE OAK FAMILY MEDICINE<br>5420 HWY 280 E STE 100<br>BIRMINGHAM AL 36102 | CREDITOR ID: 404573-95<br>DOUMAK INC<br>31323 NETWORK PLACE<br>CHICAGO IL 60673-1313 |
| CREDITOR ID: 406587-MS<br>DOWDY, KEVIN<br>129 BUNNY LANE<br>BAINBRIDGE GA 31717 | CREDITOR ID: 406588-MS<br>DOWNES, DAN<br>902 JORYNES DR.<br>MONTGOMERY AL 36109 | CREDITOR ID: 404574-95<br>DR G H TICHENOR ANTISEPTIC CO<br>PO BOX 53374<br>NEW ORLEANS LA 701533374 |
| CREDITOR ID: 404575-95<br>DRAKE BAKERIES<br>75 DEMAREST AVENUE<br>WAYNE NJ 07470 | CREDITOR ID: 404576-95<br>DRAKE BAKERIES INC<br>100 DEMAREST DRIVE<br>WAYNE NJ 07470 | CREDITOR ID: 404577-95<br>DRUG FREE MANAGEMENT INC<br>123 STAFF DR<br>FT WALTON BEACH FL 32548 |
| CREDITOR ID: 406589-MS<br>DUBNICK, RICHARD L.<br>10133 VINEYARD LAKE DRIVE E.<br>JACKSONVILLE FL 32256 | CREDITOR ID: 406590-MS<br>DUCOTE, DAVID J<br>1628 MAPLEWOOD DRIVE<br>HARVEY LA 70058-3543 | CREDITOR ID: 406591-MS<br>DUDLEY, LEATON C.<br>15144 WYNDOM OAKS DR.<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 406592-MS<br>DUFEK, ROBERT H.<br>12746 SHINNECOCK CT.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406593-MS<br>DUGGAR, BRUCE<br>8176 JAMAICA RD. SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406594-MS<br>DUNCAN, MARY<br>333 SIOUX DR.<br>ABITA SPRINGS LA 70420 |
| CREDITOR ID: 406595-MS<br>DUNLAP, LARRY<br>126 BIARCLIFF RD.<br>CENTRAL SC 29630 | CREDITOR ID: 406596-MS<br>DUNN, DAVID<br>419 CECIL RD.<br>WENDELL NC | CREDITOR ID: 406597-MS<br>DUNN, WESLEY L<br>6556 VINTAGE RIDGE LN<br>FUQUAY VARINA NC 27526 |
| CREDITOR ID: 406599-MS<br>DURDEN, GEROUDE W.<br>1523 SHARON HILL DR.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 406600-MS<br>DURHAM, DOUGLAS<br>108 SOUTH 7TH ST.<br>EASLEY SC 29640 | CREDITOR ID: 404581-95<br>DUVAL JANITOR SERVICE INC<br>P O BOX 8 ORTEGA STATION<br>JACKSONVILLE FL 32210-0008 |
| CREDITOR ID: 404583-95<br>DYCO INC<br>PO BOX 66<br>BERWICK PA 18603 | CREDITOR ID: 404584-95<br>DYNAMIC SCAN INC<br>1401 ALLENDALE ROAD SUITE D<br>WEST PALM BEACH FL 33405 | CREDITOR ID: 404585-95<br>DYNO MERCHANDISE CORP<br>PO BOX 10409<br>POMPANO BEACH FL 330610409 |
| CREDITOR ID: 404586-95<br>DYSON FLORAL DISTRIBUTOR<br>6230 HOLLYFIELD DR<br>BATON ROUGE LA 70809 | CREDITOR ID: 404587-95<br>E T BROWNE DRUG CO INC<br>P O BOX 11642<br>NEWARK NJ 07101-4642 | CREDITOR ID: 404588-95<br>EADS TELECOM NORTH AMERICA<br>2811 INTERNET BLVD MS 2N5<br>FRISCO TX 75034-1851 |

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404593-95<br>EARTHGRAINS COMPANY<br>WAS PO BOX 101583<br>CG'D 8-17-99 PER KIM ANDERSON<br>ATLANTA GA 30394 | CREDITOR ID: 404594-95<br>EAS INC<br>555 CORPORATE CIRCLE<br>GOLDEN CO 80401 | CREDITOR ID: 404597-95<br>EAST ELEMENTARY SCHOOL<br>550 MATHILDA ST<br>EUNICE LA 70535 |
| CREDITOR ID: 404599-95<br>EASTMAN KODAK COMPANY<br>7988 COLLECTION CENTER DR<br>CHICAGO IL 60693-0079 | CREDITOR ID: 404600-95<br>EASTMAN OUTDOORS INC<br>1009 MOMENTUM PLACE<br>CHICAGO IL 60689-5310 | CREDITOR ID: 404601-95<br>EBR PARTNERSHIP<br>11670 CEDAR PARK AVE STE B<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 404603-95<br>ED STREET DEV CO<br>401 E MAIN ST<br>JOHNSON CITY TN 37601-4813 | CREDITOR ID: 404604-95<br>EDWARD DON & COMPANY<br>135 SO LASALLE ST DEPT #2562<br>CHICAGO IL 60674-2562 | CREDITOR ID: 404605-95<br>EDWARDS WHOLESALE<br>P O BOX 622470<br>ORLANDO FL 32862-2470 |
| CREDITOR ID: 404606-95<br>EDY'S GRAND ICE CREAM<br>PO BOX 75846<br>CHARLOTTE NC 28275-0846 | CREDITOR ID: 406601-MS<br>EHSTER, RICHARD J.<br>1901 EDGEWOOD DR.<br>MT. DORA FL 32757 | CREDITOR ID: 406602-MS<br>EISENMAN, ROBERT B.<br>106 TRENTWOOD<br>SIMPSONVILLE SC 29681 |
| CREDITOR ID: 404609-95<br>ELECTRIC PRO OF MISSISSIPPI INC<br>PO BOX 16984<br>JACKSON MS 39236 | CREDITOR ID: 406603-MS<br>ELIAS, DAVID<br>267 HUNTING HOLLOW RD.<br>SIX MILE SC 29681 | CREDITOR ID: 404610-95<br>ELKINS ELECTRICAL & CONSTRUCTION<br>117 COFFEE ST W<br>TALLADEGA AL 35160 |
| CREDITOR ID: 406604-MS<br>ELLIOTT, WANDA S.<br>1080 NW 106 TERRACE<br>PEMBROKE PINES FL 33026 | CREDITOR ID: 406605-MS<br>ELLIS, MALLARD A.<br>5308 AMSTERDAM PLACE<br>RALEIGH NC 27606 | CREDITOR ID: 404611-95<br>ELMER'S PRODUCTS INC<br>22593 NETWORK PLACE<br>CHICAGO IL 60673 |
| CREDITOR ID: 406606-MS<br>EMERSON, ROBERT D.<br>1304 KINGSTON RIDGE DR.<br>CARY NC 27511 | CREDITOR ID: 406607-MS<br>EMMANUEL JR., PATRICK G.<br>4214 GARIBALDI AVE.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 404615-95<br>ENERGIZER BATTERY INC<br>HEATHER BREWER @ ACOSTA SALES & MAR<br>5650 BRECKENRIDGE PKWY  STE 301<br>TAMPA FL 33610 |
| CREDITOR ID: 406608-MS<br>ENGEL, THOMAS W.<br>105 OAKWOOD<br>WEATHERFORD TX 76086 | CREDITOR ID: 404616-95<br>ENGLEWOOD ELECTRICAL SUPPLY<br>PO BOX 1067 FILE 91997<br>CHARLOTTE NC 28201 | CREDITOR ID: 404617-95<br>ENTEGEE ENGINEERING TECHNICAL<br>DRAWER C S 198768<br>ATLANTA GA 30384-8768 |
| CREDITOR ID: 404618-95<br>ENTERPRISE FLEET SERVICES<br>PO BOX 10699<br>JACKSONVILLE FL 32247-0699 | CREDITOR ID: 406610-MS<br>EPPERSON, JAMES G.<br>18152 MONGA DR.<br>COVINGTON LA 70433 | CREDITOR ID: 404624-95<br>EQUITY ONE MONUMENT POINTE INC<br>1676 NE MIAMI GARDENS DR<br>(FORMERLY MONUMENT POINTE) STORE#54<br>NORTH MIAMI BEACH FL 33179 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 406611-MS
ERVIN, JERRY
101 LYME COURT
GARNER NC 27529

CREDITOR ID: 407409-93
ESTATE OF NORMA J MCCAHAN
ATTN: JOHN K MCCAHAN III
2537 CREEKVIEW CIRCLE
OVIEDO FL 32765

CREDITOR ID: 406613-MS
ESTES, CALVIN E
331 SHAKLEFORD RD
TEMPLE GA 30179

CREDITOR ID: 406614-MS
ESTILL, GARI L
3109 CANOE ST.
JACKSONVILLE FL 32259

CREDITOR ID: 404631-95
EUNICE LIONS CLUB
941 N 4TH ST
EUNICE LA 70535

CREDITOR ID: 404632-95
EUREKA COMPANY
1201 E BELL STREET
BLOOMINGTON IL 617016902

CREDITOR ID: 404633-95
EVANS FOOD PRODUCTS COMPANY
135 S LASALLE STREET
DEPT 4714
CHICAGO IL 60674-4714

CREDITOR ID: 407513-93
EVANS, DARRYL
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD, SUITE 179
TAMPA FL 33602

CREDITOR ID: 406616-MS
EVANS, SAMUEL W.
777 GLADES RD.
BOCA RATON FL 33431

CREDITOR ID: 404635-95
EVERGREEN BROKERAGE
PO DRAWER 500
EVERGREEN AL 36401

CREDITOR ID: 404636-95
EXCESS MANAGEMENT SYSTEMS
709-A SILVER PALM AVENUE
MELBOURNE FL 32901

CREDITOR ID: 404638-95
EXPERT COMMUNICATIONS INC
4070 AMANDA LANE
CUMMING GA 30040

CREDITOR ID: 404639-95
EXPRESS SERVICES INC
PO BOX 268951
OKLAHOMA CITY OK 73126-8951

CREDITOR ID: 404641-95
F P I DETECTIVE AGENCY INC
1784 W 38TH PLACE
HIALEAH FL 33012

CREDITOR ID: 406617-MS
FAIN, CHARLES E.
3457 BIRKHEAD DR.
LEXINGTON KY 40503

CREDITOR ID: 404643-95
FAIRCLOTH DECORATORS LLC
414 MISSION RD
ORLANDO FL 32811-1691

CREDITOR ID: 404644-95
FAIRFIELD PARTNERS LP
ARONOV REALTY MANAGEMENT
P O BOX 23500
MONTGOMERY AL 36123-5000

CREDITOR ID: 404646-95
FAIRVIEW PARK HOSPITAL
PO BOX 402873
ATLANTA GA 30384-2873

CREDITOR ID: 404647-95
FAIRWAY FORMS & PRINTING INC
4400 MORRIS PARK DR  STE N
CHARLOTTE NC 28227

CREDITOR ID: 404648-95
FALCON TRANSPORT INC
PO BOX 411
BIRD IN HAND PA 17505-0411

CREDITOR ID: 406618-MS
FANT, WAVERLY F.
1261 ALDERMAN RD. EAST
JACKSONVILLE FL 32211

CREDITOR ID: 404649-95
FARLEYS & SATHERS CANDY CO INC
PO BOX 28
ROUND LAKE MN 56167

CREDITOR ID: 404650-95
FARM FRESH FOOD SUPPLIER INC
HWY 16 RT 4 BOX 287
AMITE LA 70422

CREDITOR ID: 404651-95
FARMINGTON FOODS
135 LASALLE DEPT 4806
CHICAGO IL 60674-4806

CREDITOR ID: 406619-MS
FARNEY, FRED
2746 CHAPPARAL DR.
MELBOURNE FL 32934

CREDITOR ID: 404652-95
FASTNERS FOR RETAIL INC
PO BOX 73234-N
CLEVELAND OH 44193

CREDITOR ID: 404653-95
FAULTLESS STARCH/BON AMI COMPANY
PO BOX 412421
KANSAS CITY MO 64141-2421

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406621-MS<br>FAVERO, TOM<br>3043 EGRET TERRACE<br>SAFETY HARBRO FL 34695 | CREDITOR ID: 406622-MS<br>FECKE, JOSEPH<br>101 WOODHAVEN WAY<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 406623-MS<br>FECKE, KEITH J<br>325 WESTWOOD DR.<br>MANDEVILLE LA 70471 |
| CREDITOR ID: 406624-MS<br>FEDERICO, VINCENT<br>4600 KENT AVE.<br>METAIRE LA 70006 | CREDITOR ID: 406625-MS<br>FENNEMAN, GLEN E.<br>11085 E. US HIGHWAY 90<br>LEE FL 32059 | CREDITOR ID: 404656-95<br>FERRANIA USA INC<br>7557 COLLECTION CTR DR<br>CHICAGO IL 60693 |
| CREDITOR ID: 404657-95<br>FERRERO USA INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVENUE, SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 406626-MS<br>FERRY, JOHN E<br>1054 LOST CREEK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 404658-95<br>FETCH LOGISITICS<br>169 MCNAIR RD<br>WILLIAMSVILLE NY 14221 |
| CREDITOR ID: 404659-95<br>FEWTEK INC<br>PO BOX 1858<br>DUNEDIN FL 34697 | CREDITOR ID: 406627-MS<br>FICQUETTE, STEVE<br>2346 OLANDER ST.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 404660-95<br>FIELD TRIP FACTORY<br>1735 NORTH PAULINA<br>SUITE 413<br>CHICAGO IL 60622 |
| CREDITOR ID: 404661-95<br>FIESTA GAS GRILLS LLC.<br>PO BOX 30165<br>NASHVILLE TN 37241-0165 | CREDITOR ID: 404662-95<br>FILING SOURCE INC<br>5211 FAIRMONT STREET<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406628-MS<br>FILOSA, PHILLIP J<br>2944 WEST VERBENA PLACE<br>BEVERLY HILLS FL 34465 |
| CREDITOR ID: 406629-MS<br>FINCH, GARY W.<br>240 VOLUSIA DR.<br>WINTER HAVEN FL 33884 | CREDITOR ID: 406630-MS<br>FINLEY, HAROLD D.<br>RT 2 BOX 2627<br>MELROSE FL 32666 | CREDITOR ID: 404665-95<br>FIRST CHOICE FOOD DISTRIBUTORS<br>5541 N W 74 AVE<br>MIAMI FL 33166 |
| CREDITOR ID: 406631-MS<br>FISCHER, ROBERT B.<br>2021 CHERRY HILL CHURCH RD<br>S. BOSTON VA 24592 | CREDITOR ID: 404668-95<br>FISKARS BRANDS INC<br>DRAWER #290<br>MILWAUKEE WI 53278-0001 | CREDITOR ID: 406632-MS<br>FITTS, GORDON M.<br>136 ESSEX DR.<br>PAWLEYS ISLAND SC |
| CREDITOR ID: 406633-MS<br>FITZGERALD, JOHN D.<br>6016 LA QUINTA CIRCLE<br>EDMOND OK 73003 | CREDITOR ID: 406635-MS<br>FITZGERALD, JOHN F.<br>214 ARROWHEAD DR.<br>MONTGOMERY AL 36117 | CREDITOR ID: 406636-MS<br>FLAHERTY, ED<br>5318 1ST ST. EAST<br>BRADENTON FL 34203 |
| CREDITOR ID: 404669-95<br>FLAMINGO EAST LTD<br>P O BOX 402097<br>MIAMI BEACH FL 33140-2097 | CREDITOR ID: 404671-95<br>FLEET BUSINESS CREDIT CORP<br>135 S LASALLE DEPT 8210<br>CHICAGO IL 60674-8210 | CREDITOR ID: 406637-MS<br>FLEETWOOD, LEWIS N.<br>601 W. SYLVAN DR., #813<br>BRANDON FL 33510 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404672-95<br>FLEISCHMANN'S YEAST INC<br>PO BOX 2024<br>NORTH SUBURBAN IL 60132-2024 | CREDITOR ID: 404673-95<br>FLENTS PRODUCTS CO INC<br>5401 SOUTH GRAHAM STREET<br>ST CHARLES MI 48655 | CREDITOR ID: 406638-MS<br>FLICK, DOUGLAS D<br>4534 BEACON DRIVE W<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 404674-95<br>FLIGELS UNIFORM CO<br>4229 MONROE ROAD<br>CHARLOTTE NC 28205 | CREDITOR ID: 404675-95<br>FLORAL MERCHANDISING SYSTEMS<br>1325 E 79TH ST<br>MINNEAPOLIS MN 55425-1124 | CREDITOR ID: 404676-95<br>FLORAL SENSE INC<br>15720 SW 72 ST  #134<br>MIAMI FL 33193 |
| CREDITOR ID: 404677-95<br>FLORI DESIGN<br>26753 CR 44A<br>EUSTIS FL 32726 | CREDITOR ID: 404679-95<br>FLORIDA CRYSTALS FOOD CORP<br>ONE NORTH CLEMATIS STREET<br>SUITE 310<br>PO BOX 4709<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 404680-95<br>FLORIDA CRYSTALS INC<br>DOMINO FOODS<br>1100 EAST KEY HIGHWAY<br>GAIL WAGNER<br>BALTIMORE MD 21230 |
| CREDITOR ID: 404682-95<br>FLORIDA EAST COAST RAILWAY<br>FLORIDA EXPRESS CARRIERS INC<br>P O BOX 863038<br>ORLANDO FL 32886 | CREDITOR ID: 404685-95<br>FLORIDA KEYS ELEC COOP ASSOC<br>PO BOX 700377<br>TAVERNIER FL 33070 | CREDITOR ID: 404686-95<br>FLORIDA PUBLIC UTILITIES COMPANY<br>PO BOX 3395<br>WEST PALM BEACH FL 33402-3395 |
| CREDITOR ID: 404687-95<br>FLORIDAS NATURAL GROWERS<br>PO BOX 1111<br>LAKE WALES FL 33859 | CREDITOR ID: 404688-95<br>FLORIMEX INC<br>2673 PALMER PLACE<br>WESTON FL 33332 | CREDITOR ID: 404689-95<br>FLOWERS BAKING CO OF JAMESTOWN<br>P O BOX 819<br>JAMESTOWN NC 27282-0819 |
| CREDITOR ID: 406639-MS<br>FLOYD, ROGER B.<br>1216 VETERANS DRIVE EXT.<br>MARION SC 28752 | CREDITOR ID: 404693-95<br>FOELL PACKING CO<br>3117 W 47TH ST<br>CHICAGO IL 60632-2996 | CREDITOR ID: 406640-MS<br>FOLDS, TIMOTHY O.<br>846 GLEN RIDGE DRIVE<br>LILBURN GA 30247 |
| CREDITOR ID: 406641-MS<br>FOLEY JR., JOHN<br>4331 SAN JOSE LANE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406642-MS<br>FONTANILLE, PERRY J<br>2633 CRESTWAY ROAD<br>MARRERO LA 70072 | CREDITOR ID: 406643-MS<br>FORBUS, DAVID L.<br>103 BRIARCREST LANE<br>HENDERSONVILLE TN 37075 |
| CREDITOR ID: 406645-MS<br>FOREHAND, CHERYL<br>1900 MELROSE PLANATATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 404696-95<br>FORKLIFT TIRE OF FLORIDA<br>PO BOX 2981<br>JACKSONVILLE FL 32201-2981 | CREDITOR ID: 404697-95<br>FOSTER FARMS<br>FILE #81227<br>PO BOX 60000<br>SAN FRANCISCO CA 94160-1227 |
| CREDITOR ID: 406646-MS<br>FOUNTAIN, LEROY<br>31542 LAWRENCE ST., BOX 14<br>SORENTO FL 32776 | CREDITOR ID: 404698-95<br>FOUR FLORIDA SHOPPING CENTERS<br>PO BOX 910344<br>DALLAS TX 75391-0344 | CREDITOR ID: 404700-95<br>FOUR STAR MEAT CO INC<br>10571 HIGHWAY 16  PO BOX 429<br>AMITE LA 70422-0429 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404701-95<br>FOWLER & SONS INC<br>105 RUPERT DRIVE STE 2<br>RALEIGH NC 27603 | CREDITOR ID: 406647-MS<br>FOWLER, TOM<br>709 DROMEDARY DR.<br>POINCIANA FL 34759 | CREDITOR ID: 404702-95<br>FOX PROTECTIVE SERVICES INC<br>6220 SOUTH ORANGE BLOSSOM TRAIL<br>SUITE 136<br>ORLANDO FL 32809 |
| CREDITOR ID: 406648-MS<br>FOY, ALLEN<br>317 QUEENS FERRY LANE<br>CLAYTON GA 27520 | CREDITOR ID: 406649-MS<br>FRADY, BILL<br>323 HUNTCLIFF DR.<br>TAYLORS SC 29687 | CREDITOR ID: 406650-MS<br>FRADY, LYMAN D.<br>135 FOXWOOD DR.<br>AIKEN SC 29801 |
| CREDITOR ID: 404703-95<br>FRANK D BOREN AND GAIL F BOREN<br>FRANK BOREN<br>341 DEERHAVEN LANE<br>FRIDAY HARBOR WA 98250 | CREDITOR ID: 404705-95<br>FRANKS TRAILER TRANSPORT<br>1561 NE 32 CT<br>POMPANO BEACH FL 33064 | CREDITOR ID: 406651-MS<br>FRASER III, JOSEPH<br>507 DEER RUNWAY<br>WOODSTOCK GA 30189 |
| CREDITOR ID: 404707-95<br>FREEZER QUEEN FOODS INC<br>PO BOX 8000<br>DEPT 350<br>BUFFALO NY 14267 | CREDITOR ID: 404708-95<br>FRESH EXPRESS INC ATLANTA<br>PO BOX 932479<br>ATLANTA GA 30354 | CREDITOR ID: 404709-95<br>FRESH FROZEN FOODS<br>P O BOX 215<br>JEFFERSON GA 30549-0215 |
| CREDITOR ID: 404710-95<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>2021 WEST ST<br>RIVER GROVE IL 601711901 | CREDITOR ID: 406652-MS<br>FRIDAY, LORENZO<br>16420 PLANTATION WOODS DR.<br>CHARLOTTE NC 28278 | CREDITOR ID: 404711-95<br>FRITO LAY INC<br>P O BOX 660059<br>DALLAS TX 75266-0059 |
| CREDITOR ID: 404712-95<br>FROZSUN FOODS INC<br>166 E LA JOLLA ST<br>PLACENTIA CA 92870 | CREDITOR ID: 406653-MS<br>FRYERS, GERALD<br>310 FOREST CREST CT.<br>OCOEE FL 34761 | CREDITOR ID: 404714-95<br>FSI/MFP INC<br>DBA MATLAW FOOD PRODUCTS<br>135 FRONT AVE<br>WEST HAVEN CT 06316 |
| CREDITOR ID: 404716-95<br>FUJICOLOR PROCESSING INC<br>P O BOX 40140<br>NEWARK NJ 07101 | CREDITOR ID: 406654-MS<br>FUTCH, KEN<br>5779 SWAMP FOX RD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 404717-95<br>FUTURISTIC FOODS INC<br>1273 19TH STREET LANE NW<br>HICKORY NC 28601 |
| CREDITOR ID: 404720-95<br>G E CAPITAL<br>ATLANTA GA 30374-0434 | CREDITOR ID: 404721-95<br>G FIVE INC<br>297 B GARLINGTON RD<br>GREENVILLE SC 29615 | CREDITOR ID: 406655-MS<br>GADDY, CLIFTON D.<br>5617 PARTRIDGE DR.<br>RALEIGH NC 27609 |
| CREDITOR ID: 406656-MS<br>GADDY, NANCY H<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259 | CREDITOR ID: 404724-95<br>GALDERMA<br>P O BOX 99062<br>FT WORTH TX 76199 | CREDITOR ID: 406657-MS<br>GALLAGHER, ALBERT J.<br>11745 NW 12TH ST.<br>PEMBROKE PINES FL 33026 |

**SUPPLEMENTAL SERVICE LIST**
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 406658-MS
GALLAGHER, JOHN D.
P.O. BOX 213
FELDA FL 33930

CREDITOR ID: 406659-MS
GALLOGLY, WILLIAM
1778 STERN WHEEL DR.
JACKSONVILLE FL 32223

CREDITOR ID: 406660-MS
GARDNER, JOHN A.
14049 N. BAYSHORE DRIVE
MADERIA BEACH FL 33708

CREDITOR ID: 406661-MS
GARMON, JOHN R.
13810 SUTTON PARK DR. N. #1124
JACKSONVILLE FL 32224

CREDITOR ID: 406662-MS
GARNER, RONALD A.
1493 SCARLETT WAY
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 406663-MS
GAROFALO, NATALE
805 RUE DE LA PAIX
HAMMOND LA 70403

CREDITOR ID: 406664-MS
GAROUTTE, JOHN W.
2324 STONEGATE DR.
WELLINGTON FL 33414

CREDITOR ID: 406665-MS
GATES, KEVIN
404 NORTH ASTER TRACE
JACKSONVILLE FL 32259

CREDITOR ID: 404727-95
GATOR MAINTENANCE & SWEEPING
1108 HERITAGE ESTATE TRC
JACKSONVILLE FL 32220

CREDITOR ID: 404728-95
GAVINA & SONS
2369 E 51ST ST
VERNON CA 90058

CREDITOR ID: 404729-95
GE POLYMERSHAPES
FAULKNER PLASTICS
4168 COLLECTIONS DR
CHICAGO IL 60693

CREDITOR ID: 404730-95
GEAC ENTERPRISE SOLUTIONS INC
PO BOX 102573
ATLANTA GA 30368-0573

CREDITOR ID: 406666-MS
GELLHAUS, DONALD F.
6108 R. MANSLICK RD.
LOUISVILLE KY 40219

CREDITOR ID: 406667-MS
GELLHAUS, GREGORY D
15011 BIRCHAM RD
LOUISVILLE KY 40245

CREDITOR ID: 404731-95
GENERAL ELECTRIC COMPANY
ATTN JOSIE BROWN 328H
1975 NOBLE RD NELA PARK
EAST CLEVELAND OH 44112

CREDITOR ID: 406668-MS
GENTRY, ROBERT
5812 BANAZA DR., #13
HALTON CITY TX 76137

CREDITOR ID: 404735-95
GEORGE D MCCOY
FEDI VENDOR
2521 VIRGINIAN COLONY
LA PLACE LA 70068

CREDITOR ID: 404737-95
GEORGE WESTON BAKERIES INC
4116 SILVER STAR ROAD
ORLANDO FL 32808

CREDITOR ID: 406669-MS
GEORGE, RONALD
341 PINEY POINT CIRCLE
BRACEY VA 23919

CREDITOR ID: 404740-95
GEORGIA DEPT OF LABOR
PO BOX 38008
ATLANTA GA 30334-0008

CREDITOR ID: 404741-95
GEORGIA PACIFIC CORP
ACOSTA SALES
PO BOX 22889
TAMPA FL 33622

CREDITOR ID: 404742-95
GEORGIA SPICE COMPANY
3600 ATLANTA INDUSTRIAL PKW NW
ATLANTA GA 30331

CREDITOR ID: 404743-95
GERBER PRODUCTS COMPANY
CROSSMARK
3728 PHILLIPS HWY  STE 45
JACKSONVILLE FL 32207

CREDITOR ID: 404744-95
GETRONICS
PO BOX 25376
TAMPA FL 33622-5376

CREDITOR ID: 406670-MS
GETZAN, WILLIAM A
11531 SEDGEMORE DR E
JACKSONVILLE FL 32223

CREDITOR ID: 404746-95
GH LEIDENHEIMER BAKING CO LTD
1501 SIMON BOLIVAR AVE
NEW ORLEANS LA 70113

CREDITOR ID: 406671-MS
GIBBS, JOHNNIE G.
802 WOODBERRY DR.
EVANS GA 30909

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

CREDITOR ID: 404747-95
GIBSON GREETINGS
DEPT AT 40218
ATLANTA GA 31192-0218

CREDITOR ID: 406672-MS
GIL, FRANK
3713 GALLO DR.
ST. BERNARD LA 70043

CREDITOR ID: 404748-95
GILES ENTERPRISES INC
2750 GUNTER PARK DR W
MONTGOMERY AL 36121-0247

CREDITOR ID: 404749-95
GILLETTE COMPANY
PRUDENTIAL TWR BLDG/EVE ADAMS
800 BOYLSTON ST 26TH FL
BOSTON MA 21998004

CREDITOR ID: 406673-MS
GILLEY, JAMES C.
24 TURTLEBACK TR.
PONTE VEDRA FL 32082

CREDITOR ID: 406675-MS
GILREATH JR., HAROLD L.
2720 FOREST CIRCLE
JACKSONVILLE FL 32257

CREDITOR ID: 406677-MS
GINGERICH, ROGER
3810 NW 3 TERR.
POMPANO BEACH FL 33064

CREDITOR ID: 404750-95
GISCO DOCK
1029 BAYSTREET
BRUNSWICK GA 31520

CREDITOR ID: 404751-95
GIUMARRA VINEYARDS CORP
P O BOX 2407
BAKERSFIELD CA 93303

CREDITOR ID: 406678-MS
GLADDEN, RUPERT
4734 ROYAL AVE.
JACKSONVILLE FL 32205

CREDITOR ID: 406679-MS
GLEASON, JEFFREY P
2814 ST. JOHNS AVE.
JACKSONVILLE FL 32205

CREDITOR ID: 406680-MS
GLOAD, JAMES R.
2386 HOPE LANE
LAKE PARK FL 33410

CREDITOR ID: 404752-95
GLOBAL MATERIAL TECHNOLOGIES INC
135 SOUTH LASALLE STREET
DEPT 5134
CHICAGO IL 60674-5134

CREDITOR ID: 404754-95
GLOUCESTER COUNTY
PO BOX 337
GLOUCESTER VA 23061-0337

CREDITOR ID: 406681-MS
GLOVER, DEAN
2507 GREENMOOR PLACE
TAMPA FL 33618

CREDITOR ID: 404755-95
GLYNN COUNTY WATER & SEWER
P O BOX 20854
ST SIMONS ISLAND GA 31522-0854

CREDITOR ID: 406682-MS
GOFF, WARREN S.
2783 HIDDEN FOREST CT.
MARIETTA GA 30066

CREDITOR ID: 404756-95
GOLD DOLLAR PRODUCTS INC
PO BOX 13345
MEMPHIS TN 38113-0345

CREDITOR ID: 404757-95
GOLD KIST INC
ATTN SHERRY HAMRICK
244 PERIMETER CENTER PARKWAY
ATLANTA GA 30346-2397

CREDITOR ID: 404758-95
GOLDEN TRIANGLE SERVICES
34 SIR HENRY DRIVE
COLUMBUS MS 39705

CREDITOR ID: 406683-MS
GOLDEN, CLAYTON T.
1917 HUNTING RIDGE RD.
RALEIGH NC 27615

CREDITOR ID: 404759-95
GOOD HUMOR BREYERS ICE CREAM
NORTHERN TRUST BANK
PO BOX 92134
CHICAGO IL 60675-2134

CREDITOR ID: 406684-MS
GOOD, JOSEPH R
PO BOX 551242
JACKSONVILLE FL 32255

CREDITOR ID: 406685-MS
GOODYEAR, GORDON L
1049 BUCKBEAN BRANCH LN W
JACKSONVILLE FL 32259

CREDITOR ID: 406686-MS
GORDON JR, WILLIAM R
821 EAGLE POINT DRIVE
ST. AUGUSTINE FL 32092

CREDITOR ID: 404760-95
GORTONS OF GLOUCESTER
ACOSTA SALES AND MARKETING CO
PO BOX 22889
TAMPA FL 33610

CREDITOR ID: 406687-MS
GOSS, RAY W.
1399 NATURE TRAIL
JACKSONVEILL FL 36265

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404762-95<br>GOURMET AWARD FOODS MID ATLANTIC<br>DEPT AT 40084<br>ATLANTA GA 31192 | CREDITOR ID: 404763-95<br>GOURMET AWARD FOODS SOUTH EAST<br>DEPT 40195<br>ATLANTA GA 31192-0195 | CREDITOR ID: 404764-95<br>GOURMET BOUTIQUE<br>144-02 158TH STREET<br>JAMAICA NY 11434 |
| CREDITOR ID: 404765-95<br>GOURMET EXPRESS<br>PO BOX 847414<br>DALLAS TX 75284-7414 | CREDITOR ID: 404767-95<br>GRAHAM PACKAGING COMPANY<br>PO BOX 7777 W7810<br>PHILADELPHIA PA 19175 | CREDITOR ID: 406688-MS<br>GRAHAM, BRUCE K<br>80 ARLINGTON DRIVE<br>SHELBYVILLE KY 40065-9022 |
| CREDITOR ID: 404768-95<br>GRAMERCY ELEMENTARY<br>P O BOX 1518<br>GRAMERCY LA 70052 | CREDITOR ID: 404769-95<br>GRAPEVINE TRADING COMPANY<br>PO BOX 458<br>SPRINGBORO OH 45066 | CREDITOR ID: 404770-95<br>GRAPHIC ENTERPRISES INC<br>PO BOX 3080<br>NORTH CANTON OH 44720-8080 |
| CREDITOR ID: 404772-95<br>GRAY & COMPANY<br>135 SOUTH LASALLE<br>DEPT 4234<br>CHICAGO IL 60674-4234 | CREDITOR ID: 406690-MS<br>GRAY, DANNIE R<br>10226 SARAH FRANCES LANE<br>JACKSONVILLE FL 32220 | CREDITOR ID: 406691-MS<br>GRAY, JOHN D.<br>3662 STONE CREEK PARKWAY<br>FT. WORTH TX 76137 |
| CREDITOR ID: 404773-95<br>GRAYBAR ELECTRIC COMPANY<br>CALLER BOX 7300<br>NORCROSS GA 30091 | CREDITOR ID: 404774-95<br>GREAT LAKES KRAUT CO L L C<br>FILE *98222<br>PO BOX 1067<br>CHARLOTTE NC 28201-1067 | CREDITOR ID: 404776-95<br>GREATER CINCINNATI WATER WORKS<br>DEPT 1845<br>CINCINNATI OH 45274-1845 |
| CREDITOR ID: 404777-95<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 421<br>RANDOLPH VT 05060 | CREDITOR ID: 406692-MS<br>GREEN, CAROL R<br>138 MILBROOK CIR<br>TAYLORS SC 29687 | CREDITOR ID: 404778-95<br>GREENS R US<br>RT 2 BOX 1505<br>GLEN ST MARY FL 32040 |
| CREDITOR ID: 404779-95<br>GREENVILLE NEWSPAPERS<br>103 HICKORY ST<br>GREENVILLE AL 36037 | CREDITOR ID: 406693-MS<br>GREENWALT, PAUL D.<br>668 POST OAK CIRCLE, UNIT 104<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 404780-95<br>GREENWOOD PACKING PLANT<br>C/O CAROLINA PRIDE FOODS INC<br>ATTN MARK LITTS, CONTROLLER<br>PO BOX 188<br>GREENWOOD SC 29648-0188 |
| CREDITOR ID: 406694-MS<br>GREGORY, FRANCES M.<br>10 WILDWOOD RD.<br>GREENVILLE SC 29615 | CREDITOR ID: 406695-MS<br>GRIFFIN, JAMES<br>4073 WILLY RD.<br>GAINESVILLE GA 30506 | CREDITOR ID: 406696-MS<br>GRIFFIN, RAYMOND<br>403 FRANCES ST.<br>HAHIRA GA 31632 |
| CREDITOR ID: 406697-MS<br>GRIMBALL, THOMAS P.<br>RT 4 1027 DRIFTWOOD LANE<br>ANDERSON SC 29624 | CREDITOR ID: 406698-MS<br>GRINSTEAD, JEFFERY S.<br>460 GOTTS HYDRO ROAD S.<br>BOWLING GREEN KY 42103 | CREDITOR ID: 406699-MS<br>GRISSOM, JOHN<br>7818 LIVE OAK LANE<br>LEESBURG FL 34788 |

**SUPPLEMENTAL SERVICE LIST**
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 406700-MS
GROOVER JR., JAMES
1714 SHAREVIEW DR.
JACKSONVILLE FL 32118

CREDITOR ID: 406701-MS
GRUNWALD, CARL
5597 RANCHES ROAD
LAKE WORTH FL 33463

CREDITOR ID: 406702-MS
GULL, FRANKLIN
3705 KNOBCREST PLACE
VALRICO FL 33594

CREDITOR ID: 406704-MS
GUTHRIE, WILLIAM W.
P.O. BOX 429
MONTREAT NC 28757

CREDITOR ID: 406705-MS
GUTIERREZ JR., MARTIN
RT. 1 BOX 239B
WHITTAIR NC 28778

CREDITOR ID: 406706-MS
GUTSHALL, DAVID W.
7167 CURLEW ROAD
SARASOTA FL 34241

CREDITOR ID: 404785-95
GWALTNEY OF SMITHFIELD LTD
PO BOX 65458
CHARLOTTE NC 28265-0458

CREDITOR ID: 404787-95
H P HOOD INC   (LACTAID)
ADVANTAGE SALES & MARKETING
5908 BRECKENRIDGE PKWY
TAMPA FL 33610

CREDITOR ID: 404788-95
H SMITH PACKING CORP
PO BOX 189
BLAINE ME 04734-0189

CREDITOR ID: 404789-95
H T HACKNEY CO
2001 W GOVERNMENT ST
PENSACOLA FL 32501

CREDITOR ID: 406707-MS
HALL JR., ROBERT J.
833 6TH STREET
PORT ORANGE FL 32119

CREDITOR ID: 404790-95
HALLS WHOLESALE FLORIST
5655 MIDDLE RD
THEODORE AL 36582

CREDITOR ID: 406708-MS
HALLYBURTON, RICHARD
101 SEDGWOOD COURT
FASLEY SC 29642

CREDITOR ID: 404791-95
HAMILTON BEACH PROCTOR SILEX
4421 WATERFRONT DRIVE
GLEN ALLEN VA 23060

CREDITOR ID: 404792-95
HAMILTON LOCK & SAFE
1425  W 94TH STREET
GAINESVILLE FL 32606

CREDITOR ID: 406709-MS
HAMILTON, CHARLES H.
849 BELAIR DR.
ROCK HILL SC 29732

CREDITOR ID: 406710-MS
HAMILTON, GLEN S.
2303 SOUTHBROOK DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 406711-MS
HAMILTON, JIMMY
871 KENT RD.
TALLASSEE FL 36078

CREDITOR ID: 406712-MS
HAMILTON, NEIL
4284 WESLEY WOODS DR.
ROCK HILL SC 29732

CREDITOR ID: 406714-MS
HAMMOND, FRED W.
310 SWEETWATER RIDGE
BURNSVILLE NC 28714

CREDITOR ID: 406715-MS
HAMMOND, WALTER B.
307 THREE SKILLET RD.
SPRINGTOWN TX 76082

CREDITOR ID: 406717-MS
HAND, DAWN
1948 CALUMET PKY
PRATTVILLE AL 36066

CREDITOR ID: 406718-MS
HAND, LAWRENCE
14006 FRONT BEACH RD.
PANAMA CITY FL 32241-3

CREDITOR ID: 404795-95
HANDI-FOIL CORPORATION
DEPT 3150
135 S LASALLE
CHICAGO IL 60674-3150

CREDITOR ID: 407444-93
HANDY, SHARON Y
7 NANCY LANE APT B
AIKEN SC 29803

CREDITOR ID: 404796-95
HANOVER FOODS CORP
PO BOX 334
HANOVER PA 17331

CREDITOR ID: 406719-MS
HARDEE, KELLIE D
3325 BISHOP ESTATES ROAD
JACKSONVILLE FL 32259

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406720-MS<br>HARDEMAN, RODNEY J<br>6029 FRANCINE DRIVE<br>JACKSONVILLE FL 32234 | CREDITOR ID: 406721-MS<br>HARDEN, JOHN F.<br>1304 CLOVER HILL RD.<br>MANSFIELD TX 76063 | CREDITOR ID: 406722-MS<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 406723-MS<br>HARDEN, OTIS<br>1844 COLONIAL DR.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 406724-MS<br>HARDIN, ALLEN<br>3396 LYON DR.<br>LEXINGTON KY 40513 | CREDITOR ID: 406725-MS<br>HARDIN, JEFF<br>125 BENJAMIN AVE.<br>GREER SC 29651 |
| CREDITOR ID: 404797-95<br>HARDISON'S CAROLINA BBQ<br>29301 US HWY 64<br>JAMESVILLE NC 27846 | CREDITOR ID: 406726-MS<br>HARDWICK, RUSSELL T<br>392 GLADE PARK DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 404799-95<br>HARKER HEIGHTS WATER DEPT<br>901 S ANN BLVD<br>HARKER HEIGHT TX 76548-1256 |
| CREDITOR ID: 404800-95<br>HAROLD'S CAJUN DRESSING MIX<br>406 BUTCHER SWITCH RD<br>LAFAYETTE LA 70507 | CREDITOR ID: 406727-MS<br>HARPER, GRAME M.<br>13612 MARSH HARBOR DR.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406728-MS<br>HARPER, WAYNE J.<br>105 CRESTWOOD DRIVE<br>SAFETY HARBOR FL 34695 |
| CREDITOR ID: 404801-95<br>HARRIS FREEMAN & CO LP<br>3110 E MIRLOMA AVENUE<br>ANAHEIM CA 92806 | CREDITOR ID: 406729-MS<br>HARRIS JR, ARTHUR W<br>506 BOLING ROAD<br>TAYLORS SC 29687 | CREDITOR ID: 406730-MS<br>HARRIS JR, HARVEY C.<br>2001 JUDSON CT.<br>VIRGINIA BEACH VA 23456 |
| CREDITOR ID: 404802-95<br>HARRIS WHOLESALE INC<br>1390 CAPITOL BLVD<br>RALEIGH NC 27603 | CREDITOR ID: 406731-MS<br>HARRIS, BENJAMIN L.<br>3014 HIDDEN OAKS DRIVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 406732-MS<br>HARRIS, LARRY W.<br>946 SOUTH LAKESHORE DR.<br>VALDOSTA GA 31605 |
| CREDITOR ID: 406733-MS<br>HARRIS, ROY C.<br>2312 DREYFUS COURT<br>GARNER NC 25729 | CREDITOR ID: 406734-MS<br>HARRIS, THOMAS<br>4819 WEST LAKE WAY<br>DOUGLASVILLE GA 30155 | CREDITOR ID: 406735-MS<br>HART, WILLIAM V.<br>1705 LEESTOWN RD., APT. 703<br>LEXINGTON KY 40511 |
| CREDITOR ID: 404803-95<br>HARTZ MOUNTAIN CORP<br>ATTN PATRICIA ABBONDANTE<br>400 PLAZA DRIVE<br>SECAUCUS NJ 70940000 | CREDITOR ID: 404804-95<br>HAWAIIAN TROPIC<br>ATTN DONNA TU<br>PO BOX 5111<br>DAYTONA BEACH FL 334425111 | CREDITOR ID: 406740-MS<br>HAYNES, MICHAEL R<br>7635 KICKLITER LANE<br>LAND OF LAKES FL 34639 |
| CREDITOR ID: 406741-MS<br>HAYS, WALLACE W.<br>5855 PIPER GLEN BLVD.<br>JACKSONVILLE FL 32222 | CREDITOR ID: 406742-MS<br>HEAD, ROBERT J.<br>1500 BISHOP ESTATES ROAD, VILLA 27B<br>JACKSONVILLE FL 32259 | CREDITOR ID: 404805-95<br>HEALTH TECH INC<br>PO BOX 345<br>TOTOWA NJ 07511-0345 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 404806-95
HEALTHTEX DIST CORP
3701 NW 37 AVE
MIAMI FL 33142

CREDITOR ID: 404807-95
HEALTHTRANS LLC
6061 SOUTH WILLOW DRIVE
SUITE 125
GREENWOOD VILLAGE CO 80111

CREDITOR ID: 404808-95
HEALTHWORKS LLC
5909 HWY 49
HATTIESBURG MS 39401

CREDITOR ID: 406743-MS
HEBERT, SHANNON W
17710 CULPS BLUFF
BATON ROUGE LA 70817

CREDITOR ID: 404809-95
HEDSTROM CORPORATION
21200 NETWORK PLACE
CHICAGO IL 60673-1212

CREDITOR ID: 406744-MS
HEIDENREICH, JERRY
3124 BEACON HILL STREET
EDMOND OK 73034

CREDITOR ID: 406745-MS
HEIER, WAYNE J.
8705 STEAMBOAT LANE
RIVER RIDGE LA 70123

CREDITOR ID: 404810-95
HEINEMANNS BAKERIES
36415 TREASURY CENTER
CHICAGO IL 60694-6400

CREDITOR ID: 406746-MS
HEINRICH JR., EDWIN P.
7016 BROOKVALE RD.
FT. WORTH TX 76132

CREDITOR ID: 404811-95
HEINZ FROZEN FOOD CO
ACOSTA SALEA
5650 BRECKENRIDGE PK DR SUITE 301
ATTN JOANN PARRISH
TAMPA FL 33610

CREDITOR ID: 404812-95
HEINZ NORTH AMERICA
ACOSTA SALES
5650 BRECKENRIDGE PK DR SUITE 301
ATTN JOANN PARRISH
TAMPA FL 33610

CREDITOR ID: 406747-MS
HELMS, NORMAN C
160 RIVER OAKS DR
LAPLACE LA 70068

CREDITOR ID: 404813-95
HELUVA GOOD LLC
PO BOX 410
SODUS NY 14551

CREDITOR ID: 406748-MS
HENDERSON SR., PHILLIP
118 MALLARD RD.
MELROSE FL 32666

CREDITOR ID: 406749-MS
HENDERSON, LUTHER S.
1004 W. LAKE MARION ROAD
HAINES CITY FL 33844

CREDITOR ID: 404814-95
HENDERSONVILLE TIMES NEWS
PO BOX 490
HENDERSONVILLE NC 28793

CREDITOR ID: 406750-MS
HENDRIX, ALAN
3005 MANOR COURT N
DENTON TX 76205

CREDITOR ID: 404816-95
HENGXING NORTH AMERICA INC
201 COMMERCIAL AVE #4
PALISADES PARK NJ 07650

CREDITOR ID: 404817-95
HENKEL CONSUMER ADHESIVES INC
32150 JUST IMAGINE DRIVE
AVON OH 44011

CREDITOR ID: 406751-MS
HENRY, DAVID F
129 NATURES WAY
PONTE VEDRA BEACH FL 32082-4617

CREDITOR ID: 406752-MS
HENRY, JOHN
1609 REGATTA DR
AMELIA ISLAND FL 32034

CREDITOR ID: 404820-95
HERBONICS INC
PO BOX 901506
HOMESTEAD FL 33090-1506

CREDITOR ID: 406753-MS
HERNANDEZ, LAURA
820 BUGLE BRANCH WAY
JACKSONVILLE FL 32259

CREDITOR ID: 404823-95
HERNANDO CNTY UTILITIES
PO BOX 10899
BROOKSVILLE FL 34603

CREDITOR ID: 404824-95
HERSHEY CHOCOLATE USA
CREDIT ADMINISTRATION
PO BOX 819
HERSHEY PA 170330819

CREDITOR ID: 404825-95
HESCO
PO BOX 402063
ATLANTA GA 30384-2063

CREDITOR ID: 406754-MS
HESS, HOWARD E.
4738 BALMORAL WAY
MARIETTA GA 30068

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406755-MS<br>HESTER, LARRY E<br>CONDO #K202, 3562 LAKE BAYSHORE DRIVE<br>BRADENTON FL 34205 | CREDITOR ID: 406756-MS<br>HETTINGER, ROBERT A.<br>6741 SW 10TH STREET<br>HOLLYWOOD FL 33023 | CREDITOR ID: 406757-MS<br>HICKERSON, FRED<br>1712 GALEOP DR.<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 406758-MS<br>HICKS, LAWRENCE M.<br>1105 MIDDLE COVE<br>PLANO TX 75023 | CREDITOR ID: 404826-95<br>HICO HELIUM & BALLOONS<br>PO BOX 44483<br>ATLANTA GA 30336 | CREDITOR ID: 406759-MS<br>HIGHFILL, RICHARD<br>2602 SHERWOOD DR.<br>VALDOSTA GA 31602 |
| CREDITOR ID: 404828-95<br>HILEX POLY CO LLC<br>PO BOX 281728<br>ATLANTA GA 30384-1728 | CREDITOR ID: 404829-95<br>HILLANDALE FARMS<br>P O BOX 1716<br>BUSHNELL FL 33513 | CREDITOR ID: 404830-95<br>HILLSBOROUGH CNTY PUBLIC<br>925 E TWIGGS ST<br>TAMPA FL 33602-3553 |
| CREDITOR ID: 406760-MS<br>HINDS, JOHN W<br>1841 WESTON CIRCLE<br>ORANGE PARK FL 32073 | CREDITOR ID: 404831-95<br>HINSDALE FARMS<br>DEPT 77-6533<br>CHICAGO IL 60678-6533 | CREDITOR ID: 406762-MS<br>HINSON, ROBERT E<br>600 N PARAHAM<br>CLOVER SC 29710 |
| CREDITOR ID: 406763-MS<br>HINSON, ROGER A.<br>251 RIVER FALLS DR.<br>DUNCAN SC 29334 | CREDITOR ID: 406764-MS<br>HIPPLE, ROBERT W.<br>5101 HILL GROVE RD<br>CORYDON IN 47112 | CREDITOR ID: 406766-MS<br>HO, HOANG<br>601 CARDIFF<br>IRVINE CA 92606 |
| CREDITOR ID: 406767-MS<br>HODOVANICH, ROBERT<br>340 NE 30TH ST.<br>POMPANO BEACH FL 33064 | CREDITOR ID: 406768-MS<br>HOFF, SUZANNE<br>313 BROWNWOOD CT<br>MONTGOMERY AL 36117 | CREDITOR ID: 406769-MS<br>HOGAN, DAVID<br>2195 WINDSOR DRIVE<br>MERRITT ISLAND FL 32952 |
| CREDITOR ID: 406770-MS<br>HOLDEN, CHARLES L.<br>8213 HEATHROW PL<br>MONTGOMERY AL 36117 | CREDITOR ID: 406771-MS<br>HOLDER JR, GEORGE T<br>1920 CALVIN DRIVE<br>DULUTH GA 30097-5113 | CREDITOR ID: 406772-MS<br>HOLLINGSWORTH, STEVEN<br>14532 64TH WAY N.<br>PALM BEACH GARDENS FL 33418 |
| CREDITOR ID: 406773-MS<br>HOLLOWAY, THOMAS E.<br>3557 HERITAGE RD. E.<br>JACKSONVILLE FL 32277 | CREDITOR ID: 406774-MS<br>HOLSTON, MARK<br>300 N.W. 204TH AVENUE<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 404835-95<br>HOME DEPOT<br>PO BOX 9903<br>MACON GA 31297-9903 |
| CREDITOR ID: 404836-95<br>HOME STYLE FOODS<br>PO BOX 383<br>ANDALUSIA AL 36420 | CREDITOR ID: 404837-95<br>HONEY DEW PRODUCTS INC<br>PO BOX 800<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 406776-MS<br>HOOKS, HARLAN<br>303 NEUSE RIDGE DR.<br>CLAYTON NC 27520 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406777-MS<br>HOOKS, RODNEY<br>4715 CARDINAL BLVD<br>RALEIGH NC 27604 | CREDITOR ID: 406778-MS<br>HOOVER, CHRISTOPHER<br>132 DEER CREEK DR.<br>ALEDO TX 76008 | CREDITOR ID: 406780-MS<br>HOPPER, RONALD D<br>1557 GARDEN CIRCLE<br>BURLINGTON NC 27217 |
| CREDITOR ID: 404839-95<br>HORMEL FINANCIAL SERVICES CORP<br>1 HORMEL PLACE<br>AUSTIN MN 55912 | CREDITOR ID: 406781-MS<br>HORNE, CHARLES<br>7354 JONAS ROAD SE<br>FT. MYERS FL 33912 | CREDITOR ID: 406782-MS<br>HORNE, WASHINGTON<br>4153 OLD MILL COVE TRAIL WEST<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 404840-95<br>HORNELL BREWING<br>ALLEN FLAVOR<br>23 PROGRESS STREET<br>EDISON NJ 08820 | CREDITOR ID: 406783-MS<br>HORTON, DAN<br>1451 LE BARON AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 404841-95<br>HOSA INTERNATIONAL<br>1617 NW 84TH AVE<br>MIAMI FL 33126 |
| CREDITOR ID: 404842-95<br>HOSHIZAKI SOUTHEASTERN DIST CTR INC<br>5589 COMMONWEALTH AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 404843-95<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 651544<br>CHARLOTTE NC 28265 | CREDITOR ID: 404844-95<br>HOUSE-AUTRY MILLS INC<br>PO BOX 460<br>ATTN: CHRIS CRYER<br>FOUR OAKS NC 27524 |
| CREDITOR ID: 406784-MS<br>HOUSTON, CLYDE L.<br>6506 FERBER RD.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 406785-MS<br>HOUSTON, TOMMY L.<br>114 BROOKSIDE DRIVE<br>MANDESVILLE LA 70471 | CREDITOR ID: 407514-93<br>HOWARD, BRENDA<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD, SUITE 179<br>TAMPA FL 33602 |
| CREDITOR ID: 406787-MS<br>HOWLAND, AMY F<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406788-MS<br>HOWLAND, DONALD W<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406789-MS<br>HOWLE, KENNETH A.<br>7120 WADE RD.<br>AUSTELL GA 30168 |
| CREDITOR ID: 404846-95<br>HT LLC<br>6061 SOUTH WILLOW DRIVE<br>SUITE 125<br>GREENWOOD VILLAGE CO 80111 | CREDITOR ID: 404847-95<br>HUBERT COMPANY<br>9555 DRY FORK RD<br>HARRISON OH 45030 | CREDITOR ID: 406790-MS<br>HUDSON, BOBBY R.<br>9101 NEW TOWNE DR.<br>MATHEWS SC 28105 |
| CREDITOR ID: 406791-MS<br>HUDSON, GARY L.<br>428 VILLAGE GREEN DR. S., APT. 2605<br>NASHVILLE TN 32256 | CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406794-MS<br>HUGGINS, ERIC S<br>3826 MARK LANE<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 404848-95<br>HUGHES SUPPLY INC<br>JACKSONVILLE ELECTRIC<br>PO BOX 105837<br>ATLANTA GA 30348-5837 | CREDITOR ID: 406795-MS<br>HUGHES, FLOYD<br>870 KEMPER CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 406796-MS<br>HUMMEL, CHARLES J<br>9455 LITA ROAD WEST<br>JACKSONVILLE FL 32257 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406797-MS<br>HUNT, SCOTT B.<br>4348 CROOKED CREEK DRIVE<br>JACKSONVILLE FL 32224 | CREDITOR ID: 404849-95<br>HUNTERS LIVER MUSH CO<br>46 POTEAT DR<br>MARION NC 28752 | CREDITOR ID: 404850-95<br>HUNTSVILLE TIMES<br>PO BOX 1487 W S<br>HUNTSVILLE AL 35807 |
| CREDITOR ID: 406798-MS<br>HURST, ERNEST G.<br>680 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 406799-MS<br>HURT, MICHAEL<br>4430 BUTTONBUSH GLEN DR.<br>LOUISVILLE KY 40241 | CREDITOR ID: 406800-MS<br>HURTADO DE MENDOZA, ORLANDO<br>3434 BLANDING BLV APT147<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 404851-95<br>HUSSMANN CORP<br>9216 PALM RIVER RD  STE 201<br>TAMPA FL 33619 | CREDITOR ID: 406801-MS<br>HUTCH, KENNETH W.<br>7029 BROOK GREEN TERRACE<br>MATHEWS SC 28104 | CREDITOR ID: 406802-MS<br>HUTTON, RANDALL L<br>13816 DEER CHASE PL<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 404852-95<br>I & K DISTRIBUTING CO INC<br>PO BOX 369<br>DELPHOS OH 45833 | CREDITOR ID: 406803-MS<br>IBBETSON JR., HENRY<br>5400 SW 160 AVE.<br>FT. LAUDERDALE FL 33331 | CREDITOR ID: 404853-95<br>IBC MERITA WONDER<br>301 S I-85<br>CHARLOTTE NC 28208 |
| CREDITOR ID: 404855-95<br>IBERIA WORLD FOODS CORP<br>7850 NW 80TH ST<br>STE 6<br>MEDLEY FL 33166 | CREDITOR ID: 404856-95<br>IDELLE LABS LTD RETAIL DIVISION<br>JP MORGAN CHASE BANK<br>PO BOX 201388<br>HOUSTON TX 77216-1388 | CREDITOR ID: 404858-95<br>IESI OF AVOYELLES<br>PO BOX 469<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 404859-95<br>IFCO SYSTEMS<br>PO BOX 207<br>HOMELAND FL 33847 | CREDITOR ID: 404860-95<br>IGLOO CORPORATION<br>PO BOX 93158<br>CHICAGO IL 60673 | CREDITOR ID: 404861-95<br>IKON OFFICE SOLUTIONS<br>P O BOX 905923  **PREVIOUS ADDRESS<br>FLORIDA DISTRICT<br>CHARLOTTE NC 28290-5923 |
| CREDITOR ID: 404862-95<br>ILD TELECOMMUNICATIONS INC<br>8401 DATAPOINT DRIVE<br>8401 DATAPOINT DRIVE<br>ATTN ACCOUNTS RECEIVABLE<br>SAN ANTONIO TX 78229 | CREDITOR ID: 404864-95<br>IMC BAY MINETTE FAMILY<br>2101 A HAND AVE<br>BAY MINETTE AL 36507 | CREDITOR ID: 404865-95<br>IMPACT CONFECTIONS INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVE<br>SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 404867-95<br>IMPERIAL TRADING CO<br>PO BOX 54050<br>NEW ORLEANS LA 70154-4050 | CREDITOR ID: 404868-95<br>IMPRIMIS HEALTHCARE<br>301 NW 84TH AVENUE<br>PLANTATION FL 33324 | CREDITOR ID: 406804-MS<br>INCLAN, GARY<br>2806 TUPELO COURT<br>LONGWOOD FL 32779 |
| CREDITOR ID: 404870-95<br>INDIA BEVERAGES OF FLORIDA INC<br>8442 N W 72ND ST<br>MIAMI FL 33166000 | CREDITOR ID: 404872-95<br>INDIAN RIVER TRANSPORT<br>P O BOX 2119<br>WINTER HAVEN FL 33883-2119 | CREDITOR ID: 404873-95<br>INDUSTRIAL CLEANING SERVICES<br>1331 S DIXIE HWY WEST<br>STE 1A<br>POMPANO BEACH FL 33060 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404874-95<br>INDUSTRIAL HOSE & HYDRAULICS<br>2450 N POWERLINE RD<br>POMPANO BEACH FL 33069 | CREDITOR ID: 404875-95<br>INDUSTRIAL MEDICAL WEST<br>PO BOX 712<br>THEODORE AL 36590-0712 | CREDITOR ID: 404876-95<br>INDUSTRIAL RAILROAD MAINTENANCE<br>P O BOX 300<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 404877-95<br>INFORMATION RESOURCES INC<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | CREDITOR ID: 404878-95<br>INGRAM ENTERTAINMENT INC<br>PO BOX 651493<br>CHARLOTTE NC 28265 | CREDITOR ID: 406805-MS<br>INGRAM, CORDELL M.<br>431 SAYBROOK DRIVE<br>RICHMOND VA 23236 |
| CREDITOR ID: 404879-95<br>INLINE PLASTICS CORP<br>P O BOX 713<br>SHELTON CT 06484-0713 | CREDITOR ID: 404880-95<br>INNOSEAL SYSTEMS INC<br>1041 STERLING ROAD<br>SUITE 106<br>HERNDON VA 20170-3841 | CREDITOR ID: 404881-95<br>INSURANCE EXAMINERS INC<br>PO BOX 590048<br>BIRMINGHAM AL 35259 |
| CREDITOR ID: 404882-95<br>INTELOGICA<br>4131 72ND ST NORTH<br>ST PETERSBURG FL 33709 | CREDITOR ID: 404883-95<br>INTEPLAST GROUP LTD<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON NJ 07039 | CREDITOR ID: 404885-95<br>INTERNATIONAL LASER GROUP<br>PO BOX K<br>TARZANA CA 91356 |
| CREDITOR ID: 404887-95<br>INTERNET COMMERCE CORPORATION<br>PO BOX 26908   GPO<br>NEW YORK NY 10087-6908 | CREDITOR ID: 404888-95<br>INTERSTATE PROMOTIONS INC<br>2312 VONDRON ROAD<br>MADISON WI 53718 | CREDITOR ID: 404889-95<br>INVERNESS MEDICAL INC<br>PO BOX 11108<br>DEPARTMENT #555<br>WINSTON SALEM NC 27116 |
| CREDITOR ID: 404890-95<br>IOTA ELEMENTARY SCHOOL<br>P O BOX 919<br>IOTA LA 70535 | CREDITOR ID: 404892-95<br>IRON OUT INC<br>PO BOX 5233<br>INDIANAPOLIS IN 46255-5233 | CREDITOR ID: 404893-95<br>IRT PROPERTY COMPANY<br>200 GALLERIA PARKWAY STE 1400<br>ATLANTA GA 30339 |
| CREDITOR ID: 404894-95<br>IRVING TISSUE INC<br>C/O ACOSTA<br>PO BOX 551708<br>JACKSONVILLE FL 32216 | CREDITOR ID: 404895-95<br>ISN INTEGRATED SUPPLY NETWORK<br>P O BOX 116755<br>ATLANTA GA 30368-6755 | CREDITOR ID: 406806-MS<br>ISTRE, MICHAEL J<br>5050 EDGEWOOD CT<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 404896-95<br>IVA RAYMER<br>8110 WINDSOR LAKES DRIVE<br>LOUISVILLE KY 40214 | CREDITOR ID: 404897-95<br>J & J SNACK FOODS CORP<br>ATT MARY<br>6000 CENTRAL HWY<br>PENNSAUKEN NJ 81090000 | CREDITOR ID: 404898-95<br>J & P MACHINE SHOP INC<br>P O BOX 219<br>MONTGOMERY AL 36101-0219 |
| CREDITOR ID: 404900-95<br>J A WRIGHT & CO<br>600 DUNBAR ST<br>KEENE NH 34310000 | CREDITOR ID: 404901-95<br>J J H SERVICES INC<br>2252 KILLINGTON DR<br>HARVEY LA 70058 | CREDITOR ID: 404902-95<br>J M SMUCKER COMPANY<br>C/O CROSSMARK<br>8375 DIX ELLIS TRAIL<br>SUITE 104<br>JACKSONVILLE FL 32256 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 404903-95
J&J LOGISTICS LLC
109 B PARK WEST DRIVE
SUITE 2
SCOTT LA 70583

CREDITOR ID: 406807-MS
JACKSON, CHARLES V.
2109 CARROLL PLACE
TAMPA FL 33612

CREDITOR ID: 406808-MS
JACKSON, KENNETH M.
RT. 2 BOX 318-1
RUSSELLVILLE KY 42276

CREDITOR ID: 406810-MS
JACOBS, RAYMOND
1075 FOUR POINT RD.
DULAC LA 70353

CREDITOR ID: 404908-95
JADE HEALTH & BEAUTY INC
PO BOX 4291
HOUSTON TX 77210-4291

CREDITOR ID: 406811-MS
JAMES JR, FRANK L
5927 MYRTLE HILL DRIVE W
LAKELAND FL 33811

CREDITOR ID: 406812-MS
JAMIESON, GEORGE T.
2568 LORDS LANE
SARASOTA FL 34231

CREDITOR ID: 406813-MS
JANNEY, MARVIN
180 HARRY ROAD
STONEVILLE NC 27048

CREDITOR ID: 404904-95
JA-RU INC
PO BOX 1510
JACKSONVILLE FL 32656

CREDITOR ID: 404915-95
JASCO PRODUCTS COMPANY
ATTN CREDIT DEPT
311 NW 122ND STREET
OKLAHOMA CITY OK 73114

CREDITOR ID: 404917-95
JASPER PRODUCTS LLC
3877 EAST 27TH STREET
JOPLIN MO 64804

CREDITOR ID: 406814-MS
JEFFCOAT, TROY V
1105 CHARTER OAK DR.
TAYLORS SC 29687

CREDITOR ID: 404922-95
JEL SERT COMPANY
P O BOX 94173
CHICAGO IL 60690

CREDITOR ID: 406815-MS
JENKINS, ERNEST L.
108 W. ISLAND DR.
LONG BEACH NC 28465

CREDITOR ID: 406816-MS
JENKINS, MARK S.
1908 FOXGLOVE LANE
FLEMING ISLAND FL 32003

CREDITOR ID: 406817-MS
JENKINS, WILLIS
3025 WOODLAND CHURCH RD.
YOUNGSVILLE NC 27596

CREDITOR ID: 406818-MS
JENSCHKE, SCOTT
7632 SOUTHSIDE BLVD
JACKSONVILLE FL 32256

CREDITOR ID: 406819-MS
JERNIGAN, LINVELL
913 LINDA AVE
FAYETTEVILLE NC 28306

CREDITOR ID: 404933-95
JESSE JONES LLC
PO BOX 890202
CHARLOTTE NC 28289-0202

CREDITOR ID: 404937-95
JJSLC
CLIFTON CHOLMONDELEY
199 GRANDVIEW ROAD
SKILLMAN NJ 08558

CREDITOR ID: 404940-95
JOE HILLMAN PLUMBING
2930 NW 17TH TER
OAKLAND PARK FL 33311

CREDITOR ID: 404942-95
JOHN B SANFILIPPO & SON INC
135 S LASALLE DEPT #2533
CHICAGO IL 60674-2533

CREDITOR ID: 404944-95
JOHN COPES FOOD PRODUCTS INC
PO BOX 419
RHEEMS PA 17570-0419

CREDITOR ID: 404951-95
JOHNS SEAFOOD COMPANY
300 SALA AVENUE
WESTSEGO LA 70094

CREDITOR ID: 406820-MS
JOHNS, DEAN
10109 DAYLILLY COURT
LOUISVILLE KY 40241

CREDITOR ID: 406821-MS
JOHNS, DENNIS
353 DUNSTER COURT
ORANGE PARK FL 32073

CREDITOR ID: 404953-95
JOHNSON CONTROLS
1000 COBB PLACE BLVD
BLDG 200 STE 200
KENNESAW GA 30144

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406822-MS<br>JOHNSON JR, HUGH T<br>103 CATHEDRAL WAY<br>CARY NC 27513 | CREDITOR ID: 406823-MS<br>JOHNSON, ARTHUR H.<br>1284 ARLINGTON AVE.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 406824-MS<br>JOHNSON, BERT P.<br>720 LOCUST LANE<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 406825-MS<br>JOHNSON, LEHMAN P.<br>NO ADDRESS | CREDITOR ID: 406827-MS<br>JOHNSON, ROBERT L.<br>6403 OAK DR.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 404955-95<br>JOHNSONVILLE SAUSAGE<br>P O BOX 2088 DEPT 3864<br>MILWAUKEE WI 53201-2088 |
| CREDITOR ID: 406828-MS<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT.<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 406829-MS<br>JOHNSTON, WILLIAM A.<br>3427 LAKE RADGETT DRIVE<br>LAND-O-LAKE FL 34639 | CREDITOR ID: 404957-95<br>JOHNSTONE SUPPLY<br>11221 ST JOHNS IND PKWY<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 406830-MS<br>JOINER, JAMES A.<br>323 SOUGH GLEN ARVEN AVE.<br>TEMPLE TERRACE FL 33617 | CREDITOR ID: 406831-MS<br>JOINER, LARRY<br>11050 WOODEHM DR. WEST<br>JACKSONVILLE FL 33218 | CREDITOR ID: 406832-MS<br>JONES JR., HUBERT<br>7496 NC HWY, #42<br>RALEIGH NC 27613 |
| CREDITOR ID: 406833-MS<br>JONES, DANNY<br>201 COLTS GATE DR.<br>CARY NC 27511 | CREDITOR ID: 406834-MS<br>JONES, DAVID<br>115 RIVERS ROAD CIRCLE<br>PIEDMONT SC 29673 | CREDITOR ID: 406835-MS<br>JONES, HAROLD D.<br>23 MAGNOLIA LANE<br>WILDWOOD FL 32785 |
| CREDITOR ID: 406836-MS<br>JONES, JACK P.<br>5028 BELLAIRE DR. S<br>FORT WORTH TX 76109 | CREDITOR ID: 406837-MS<br>JONES, JOSEPH K.<br>1130 ALDERMAN RD.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 406838-MS<br>JONES, SAM C.<br>5850 ZEBULONE RD.<br>MACON GA 31210 |
| CREDITOR ID: 404961-95<br>JORDAN MANUFACTURING COMPANY INC<br>PO BOX 67000<br>DETROIT MI 48267-0098 | CREDITOR ID: 406839-MS<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 | CREDITOR ID: 406840-MS<br>JUDD, RICHARD C<br>724 EAGLE POINT DRIVE<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 406841-MS<br>JUDY, ANTOINETTE M.<br>7598 RED CRANE LN<br>JACKSONVILLE FL 32256 | CREDITOR ID: 404970-95<br>JUST BORN INC<br>1300 STEFKO BLVD<br>BETHLEHEM PA 18017-6672 | CREDITOR ID: 404972-95<br>KAL KAN FOODS INC<br>BOX 530151<br>ATLANTA GA 30353-0151 |
| CREDITOR ID: 406842-MS<br>KALLIVAYALIL, MICHAEL K.<br>8106 JAMICA RD. N.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 404973-95<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>PO BOX 11407<br>DRAWER 221<br>BIRMINGHAM AL 35246 | CREDITOR ID: 404976-95<br>KASHI<br>PO BOX 8557<br>LAJOLLA CA 92038-8557 |

**SUPPLEMENTAL SERVICE LIST**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406843-MS<br>KAUFOLD, HOWARD C.<br>P.O. BOX 4729<br>DOWLING PARK FL 32060 | CREDITOR ID: 406844-MS<br>KAUS, JAMES JOHN<br>7403 FONTANA RIDGE LANE<br>RALEIGH NC 27613 | CREDITOR ID: 404979-95<br>KAWASHO INTERNATIONAL USA INC<br>45 BROADWAY  18TH FL<br>NEW YORK NY 10006 |
| CREDITOR ID: 406845-MS<br>KAY, GEORGE R.<br>603 HEDGEWOOD TERRACE<br>GREER SC 29651 | CREDITOR ID: 404980-95<br>KAYSER-ROTH CORPORATION<br>PO BOX 277270<br>ATLANTA GA 30384-7270 | CREDITOR ID: 404982-95<br>KEEBLER COMPANY<br>CFS DEDUCTIONS<br>745 LARCH AVENUE<br>ELMHURST IL 60126 |
| CREDITOR ID: 404983-95<br>KEELCO INC<br>11855 NORTH MAIN ST UNIT #10<br>JACKSONVILLE FL 32218 | CREDITOR ID: 406847-MS<br>KELLER, BRADLEY T.<br>1660 BEAR CROSSING CIRCLE<br>APOKA FL 32703 | CREDITOR ID: 404984-95<br>KELLOGG SALES COMPANY<br>JEAN DRENTH/KELLOGG FIN EXCHANGE<br>PO BOX 3600<br>BATTLE CREEK MI 490163600 |
| CREDITOR ID: 404986-95<br>KEN'S FOODS INC<br>ACOSTA SALES AND MARKETING<br>5650 BRECKENRIDGE DRIVE, SUITE 301<br>TAMPA FL 33610 | CREDITOR ID: 404989-95<br>KENTUCKY AMERICAN WATER CO<br>PO BOX 580491<br>CHARLOTTE NC 28258-0491 | CREDITOR ID: 404991-95<br>KENTUCKY UTILITIES CO<br>P O BOX 14101<br>LEXINGTON KY 40512-4101 |
| CREDITOR ID: 406848-MS<br>KIGHT, CHARLES<br>76 BAYTREE LANE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 404993-95<br>KIK INTERNATIONAL INC<br>PO BOX 911305<br>DALLAS TX 75391-1305 | CREDITOR ID: 406849-MS<br>KILGORE, JOHN<br>7258 SHELL ROAD<br>WINSTON GA 30187 |
| CREDITOR ID: 404995-95<br>KIMBERLY CLARK<br>PO BOX 915003<br>DALLAS TX 28290-5216 | CREDITOR ID: 406850-MS<br>KIMSEY, DON L.<br>P.O. BOX 546<br>ANNA MARIA FL 34216 | CREDITOR ID: 406851-MS<br>KINCHELOE, CECIL<br>1215 JUSTIN LANE<br>CROWLEY TX 76036 |
| CREDITOR ID: 404996-95<br>KING & SPALDING<br>191 PEACHTREE STREET<br>ATLANTA GA 30303-1763 | CREDITOR ID: 404997-95<br>KING SEAFOODS INC<br>2 COMMERCE PLACE<br>MOUNT HOLLY NJ 08060 | CREDITOR ID: 406852-MS<br>KING, LARRY<br>19734 CALLAWAY HILLS LANE<br>DAVIDSON NC 28036 |
| CREDITOR ID: 405000-95<br>KISSIMEE UTILITY AUTHORITY<br>PO BOX 423219<br>KISSIMMEE FL 34742-3219 | CREDITOR ID: 405001-95<br>KISSIMMEE-ST CLOUD GAS<br>PO BOX 450038<br>KISSIMMEE FL 34744 | CREDITOR ID: 406853-MS<br>KISTEL JR., JOHN<br>1108 PAWNEE PLACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 406854-MS<br>KISTLER, ZANNY F.<br>334 SCOTTSDALE DRIVE<br>WILMINGTON NC 28411 | CREDITOR ID: 406855-MS<br>KITCHENS JR., BENARD O.<br>4968 RED PINE CT.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406856-MS<br>KITRICK, WILLIAM<br>3477 CARAMBOLA CIRCLE SOUTH<br>COCONUT CREEK FL 33066 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406857-MS<br>KLEIN, HENRY W.<br>4226 PATIO PLACE<br>MONTGOMERY AL 36109 | CREDITOR ID: 406858-MS<br>KLENOTICH, RICHARD A<br>2013 WOODFIELD CIRCLE<br>WEST MELBOURNE FL 32904 | CREDITOR ID: 406859-MS<br>KLINE, MELVIN<br>2831 ALTA VISTA COURT<br>LOUISVILLE KY 40206 |
| CREDITOR ID: 406860-MS<br>KLOPFER, HAL C.<br>338 RALEIGH PLACE<br>OVIEDO FL 32765-6231 | CREDITOR ID: 406861-MS<br>KLUCHIN, STEPHEN E<br>825 OAKLAWN DRIVE<br>METAIRIE LA 70005 | CREDITOR ID: 405003-95<br>KMS INC<br>1155 N WASHINGTON<br>WICHITA KS 67214 |
| CREDITOR ID: 405004-95<br>KNIGHTDALE CROSSING LLC<br>C/O ROSAMUND PROPERTY COMPANY<br>PO BOX 17287<br>RALEIGH NC 27619 | CREDITOR ID: 406862-MS<br>KNIGHTON JR., FRANK E.<br>5449 SUTTLEMYRE LANE<br>HICKORY NC 28601 | CREDITOR ID: 406863-MS<br>KNIGHTON, THOMAS R.<br>2674 REDLAND RD.<br>WARUMPKA AL 36093 |
| CREDITOR ID: 405005-95<br>KNOGO CORPORATION<br>350 WIRELESS BLVD<br>HAUPPAUGE NY 11788-3907 | CREDITOR ID: 405006-95<br>KNOUSE FOODS INC<br>CROSSMARK<br>3728 PHILLIPS HYW STE 45<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405008-95<br>KOALA CORP<br>11600 E 53RD AVE UNIT D<br>DENVER CO 80239 |
| CREDITOR ID: 406864-MS<br>KOEN, EMMETT K.<br>1200 TRAILWOOD DR.<br>HURST TX 76053 | CREDITOR ID: 405009-95<br>KONICA PHOTO IMAGING<br>PO BOX 90355<br>CHICAGO IL 60696-0355 | CREDITOR ID: 405010-95<br>KOZY SHACK INC<br>3985 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 405011-95<br>KPT PROPERTIES LP<br>ATTN LAKE POINTE<br>P O BOX 601202<br>STORE #223<br>CHARLOTTE NC 28260-1202 | CREDITOR ID: 405012-95<br>KRAFT GENERAL FOODS INC<br>4000 JOHNS CREEK COURT<br>SUITE 300<br>SUWANNEE GA 30024 | CREDITOR ID: 405013-95<br>KRAFT PIZZA CO<br>PO BOX 905098<br>CHARLOTTE NC 28290-5098 |
| CREDITOR ID: 406866-MS<br>KRAMER JR, CALVIN<br>2525 ELIZABETH CT<br>VIOLET LA 70092 | CREDITOR ID: 405014-95<br>KRISPY KREME<br>1444 WEST TENNESSEE STREET<br>TALLAHASSEE FL 32304 | CREDITOR ID: 405016-95<br>KRISPY KREME DOUGHNUT CORP<br>8601 FIRST AVENUE N<br>BIRMINGHAM AL 35206 |
| CREDITOR ID: 406867-MS<br>KURRAS, JAY B.<br>4724 DEVON LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 405017-95<br>KYSOR WARREN<br>PO BOX 891015<br>DALLAS TX 75389-1015 | CREDITOR ID: 405019-95<br>L & M COMPANIES INC<br>2925 HUNTLEIGH DR  STE 204<br>RALEIGH NC 27604 |
| CREDITOR ID: 405020-95<br>L EGGS<br>531 NORTHRIDGE PARK DR<br>ATTN RICKIE WISHON<br>RURAL HALL NC 27045 | CREDITOR ID: 405021-95<br>L W GATEWOOD WHOLESALE GROCERY<br>912 E SECOND ST<br>FOREST MS 39074 | CREDITOR ID: 405022-95<br>LA ESPANOLA PRODUCTS<br>928 NORTHWEST 7TH AVENUE<br>MAYRA GRABIEL<br>MIAMI FL 33136 |

**SUPPLEMENTAL SERVICE LIST**
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405023-95<br>LA ROCHE INDUSTRIES INC<br>DEPT AT49929<br>ATLANTA GA 31192-9929 | CREDITOR ID: 405024-95<br>LA TORTILLERIA INC<br>2046 ALTHEA STREET<br>WINSTON SALEM NC 27107 | CREDITOR ID: 406869-MS<br>LABLANC, JOSEPH<br>17230 HWY 79<br>MINDEN LA 71055 |
| CREDITOR ID: 406870-MS<br>LAFEVER, DAN G<br>2401 NEVADA BLVD<br>CHARLOTTE NC 28273 | CREDITOR ID: 406871-MS<br>LAFFERTY, RUSS A.<br>121 CHOO CHOO LANE<br>VALRICO FL 33594 | CREDITOR ID: 406872-MS<br>LAGARD, KAREN<br>71 CORAL STREET<br>ATLANTIC BEACH FL 32233 |
| CREDITOR ID: 405026-95<br>LAIDLAW CORPORATION<br>ATTN KATHY<br>6625 N SCOTTSDALE RD<br>SCOTTSDALE AZ 85250 | CREDITOR ID: 405027-95<br>LAKE APOPKA NATURAL GAS DISTRICT<br>PO BOX 771275<br>WINTER GARDEN FL 34777-1275 | CREDITOR ID: 405028-95<br>LAKESHORE CLINIC PC<br>836 W WASHINGTON<br>EUFAULA AL 36027 |
| CREDITOR ID: 405029-95<br>LAKESHORE INC USA<br>1030 VICTORY TRAIL RD<br>GAFFNEY SC 29340 | CREDITOR ID: 405030-95<br>LAKESIDE FOODS INC<br>BOX 78203<br>MILWAUKEE WI 53278-0203 | CREDITOR ID: 405031-95<br>LAKESIDE MILLS INC<br>P O BOX 1070<br>YELTON MILLING DIV<br>CHARLOTTE NC 28201-1070 |
| CREDITOR ID: 406873-MS<br>LALLEMENT, JAMES C.<br>488 GOLDEN WOOD WAY<br>WEST PALM BEACH FL 33414 | CREDITOR ID: 406874-MS<br>LAM, TAI T.<br>5501 UNIVERSITY CLUB BLVD, APT # 168<br>JACKSONVILLE FL 32277-1448 | CREDITOR ID: 405032-95<br>LAMB WESTON, INC.<br>ATTN LESLIE BEACH<br>599 SOUTH RIVERSHORE LANE<br>EAGLE ID 83616-4979 |
| CREDITOR ID: 406876-MS<br>LANCE, CLYDE W.<br>P.O. BOX 305<br>WASHINGTON GA 30673 | CREDITOR ID: 406877-MS<br>LANCLOS, JOE L.<br>841 OLD SCHOOL ROAD<br>ARNAUDVILLE LA 70512 | CREDITOR ID: 405033-95<br>LAND O LAKES INC<br>CROSSMARK<br>8375 DIX ELLIS TRAIL #104<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 406879-MS<br>LANDIS, HAMLIN A<br>5913 BRUSHWOOD CT<br>RALEIGH NC 27612 | CREDITOR ID: 405034-95<br>LANDMARK COMMUNITY NEWSPAPERS<br>PO BOX 549<br>SHELBYVILLE KY 40066-0549 | CREDITOR ID: 406880-MS<br>LANDRY, IRVIN L<br>19426 CHAMPIONS CIR<br>GULPORT MS 39503 |
| CREDITOR ID: 406881-MS<br>LANEY, MATTHEW V<br>3059 BRIDGESTONE DR.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 405035-95<br>LANGDALE TIRE CO<br>LONGLEAF PROPERTY MANAGEMENT<br>PO BOX 1088<br>VALDOSTA GA 31603 | CREDITOR ID: 406882-MS<br>LANGFORD, STEVE A.<br>5507 INGLEWOOD<br>ARLINGTON TX 76016 |
| CREDITOR ID: 406883-MS<br>LANGSTON, DICKIE<br>313 MORNING GLORY TRL<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 406884-MS<br>LANPHAR, KENNETH<br>3329 RANKIN DR.<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 407463-99<br>LASALLE BANK NATL ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER/D N STERN<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 |

**SUPPLEMENTAL SERVICE LIST**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                 **CASE:  05-03817-3F1**

CREDITOR ID: 405044-95
LAURAS LEAN BEEF
2285 EXECUTIVE DRIVE
SUITE 200
LEXINGTON KY 40505

CREDITOR ID: 406886-MS
LAVIGNE, KEITH
45 O K AVE
HARAHAN LA 70123

CREDITOR ID: 407501-99
LAW OFFICE OF DANIEL MARKIND
ATTN: JOHANNA MARKIND
1500 WALNUT ST, STE 1100
PHILADELPHIA PA 19102

CREDITOR ID: 406888-MS
LAWSON, HOLLAND J.
116 RICHFIELD TERRACE
GREER SC 29651

CREDITOR ID: 406890-MS
LAZARON, FRANK
409 ROYAL TERN ROAD SOUTH
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 405046-95
LEA & PERRINS
CROSSMARK
3728 PHILLIPS HWY  STE 45
JACKSONVILLE FL 32207

CREDITOR ID: 406891-MS
LEAKE, SCOTT R.
3104 SUNNY MEADOWS COURT
ARLINGTON TX 76016

CREDITOR ID: 406892-MS
LEBLANC, MICHAEL F
105 CALLEY COURT
JACKSONVILLE FL 32259

CREDITOR ID: 406893-MS
LEDFORD, DONALD J.
RR 3 BOX 429 C
HORTENSE GA 31543

CREDITOR ID: 406894-MS
LEDFORD, DONALD K.
RT 3 BOX 429C
HORTENSE GA 31543

CREDITOR ID: 407464-99
LEE COUNTY ELECTRIC COOPERATIVE INC
C/O HENDERSON FRANKLIN ET AL
ATTN: JOHN A NOLAND, ESQ
PO BOX 280
FORT MYERS FL 33902-0280

CREDITOR ID: 405048-95
LEE VAN YOUNG
6401 CEDAR WOOD DRIVE
JACKSON MS 39213

CREDITOR ID: 406897-MS
LEEDER, JAMES
7312 CLARK RD.
LAKE CLARKE SHORES FL 33406

CREDITOR ID: 405049-95
LEEDS NEWS
720 PARKWAY DR SE
LEEDS AL 35094

CREDITOR ID: 406898-MS
LEEMON, HARVEY L.
2425 STONEY GLEN DR.
ORANGE PARK FL 32003

CREDITOR ID: 405050-95
LEINER HEALTH PRODUCTS INC
901 EAST 233RD STREET
ATTN CHERYL CROTINGER
CARSON CA 90745-6204

CREDITOR ID: 405051-95
LELAND SCHULTZ
827 W OGLETHORPE BLVD
ALBANY GA 31701

CREDITOR ID: 406899-MS
LETHERWOOD, CHARLES L.
517 COUNTY DOWNS RD.
MONTGOMERY AL 36109

CREDITOR ID: 406900-MS
LEVEE, TERRY J
3046 NAUTILUS RD
MIDDLEBURG FL 32068

CREDITOR ID: 406901-MS
LEVY, MICHAEL
2970 HUCKLEBERRY HILL
FORT MILL SC 29715

CREDITOR ID: 406307-93
LEWIS, MELVIN DAVID
2164 GEORGIA HWY 147
REIDSVILLE GA 30499

CREDITOR ID: 406902-MS
LEWIS, VINCENT
PO BOX 537
BLAIRSVILLE GA 30514

CREDITOR ID: 405052-95
LEXINGTON COUNTY JOINT MUNICIPAL
PO BOX 1966
LEXINGTON SC 29071-1966

CREDITOR ID: 405053-95
LIBBEY GLASS
8419 NW 53RD TERR #111
MIAMI FL 33166

CREDITOR ID: 406903-MS
LIBBY, LEWIS G.
6000 SAN JOSE BLVD. 1B
JACKSONVILLE FL 32217

CREDITOR ID: 405054-95
LIFE-LIKE PRODUCTS, INC
PO BOX 73228
BALTIMORE MD 21273-0228

CREDITOR ID: 405056-95
LINCOLN SNACKS CO
PO BOX 19587
NEWARK NJ 07195-0587

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405058-95<br>LINK SNACKS INC<br>ATTN A/R<br>P O BOX 397<br>MINONG WI 54859 | CREDITOR ID: 406904-MS<br>LINKOUS, HAROLD D.<br>1204 CORBETT RD.<br>CLAYTON NC 27520 | CREDITOR ID: 406905-MS<br>LIVERNOIS, RONNIE J<br>10841 OLD PLANK RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 405060-95<br>LIVERPOOL GROUP INC<br>1094 ALI BABA AVENUE<br>OPA LOCKA FL 33054 | CREDITOR ID: 405062-95<br>LLOYD'S BARBEQUE COMPANY<br>1455 MENDOTA HEIGHTS RD<br>ATTN ACCT REC<br>ST PAUL MN 55120 | CREDITOR ID: 405063-95<br>LOBSERVATEUR<br>PO BOX 818<br>BOGALUSA LA 70429-0818 |
| CREDITOR ID: 405064-95<br>LOG HOUSE FOODS, INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVENUE, SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 406906-MS<br>LONDON, LAWRENCE A.<br>1504 RAYFORD ROAD<br>HENDERSON TS 75652 | CREDITOR ID: 406907-MS<br>LONG JR., LEWIS M.<br>228 CANDLEBERRY CR.<br>GOOSE CREEK SC 29445 |
| CREDITOR ID: 406908-MS<br>LONG, BOBBIE L.<br>215 OAK KNOLL TERRACE<br>ANDERSON SC 29625 | CREDITOR ID: 406909-MS<br>LONG, DENNIS<br>761 SPRING VALLEY RD<br>MONTGOMERY AL 36116 | CREDITOR ID: 406910-MS<br>LORBACHER, KENNETH<br>1306 CLAYMORE DR.<br>GARNER NC 27592 |
| CREDITOR ID: 407504-99<br>LOREAL PARIS<br>ATTN: PATRICK ACKERMAN<br>35 BROADWAY ROAD<br>CRANBURY NJ 08512 | CREDITOR ID: 405066-95<br>LOREAL RETAIL<br>CROSSMARK<br>8375 DIX ELLIS TRAIL STE 104<br>JACKSONVILLE FL 32256 | CREDITOR ID: 405067-95<br>LOS ANDES BAKERY<br>5341 NEW PEACHTREE RD STE J<br>CHAMBLEE GA 30341 |
| CREDITOR ID: 406911-MS<br>LOTT, JIMMY N.<br>2600 MICHIGAN AVE., #440C<br>PENSACOLA FL 32526 | CREDITOR ID: 405068-95<br>LOT-VAC SWEEPING SERVICE<br>1900 CHATFIELD RD<br>SHELBY NC 28150 | CREDITOR ID: 405069-95<br>LOUISIANA COCA COLA<br>PO BOX 54145<br>NEW ORLEANS LA 70154 |
| CREDITOR ID: 405073-95<br>LOUISIANA OFFICE PRODUCTS<br>P O BOX 23851<br>HARAHAN LA 70183-0851 | CREDITOR ID: 405074-95<br>LOUISIANA WEEKLY<br>PO BOX 53008<br>NEW ORLEANS LA 70153-3008 | CREDITOR ID: 405075-95<br>LOUISVILLE COURIER JOURNAL<br>PREVIOUSLY  THE COURIER-JOURNAL<br>PO BOX 740031<br>525 W BROADWAY ST<br>LOUISVILLE KY 40201-7431 |
| CREDITOR ID: 405076-95<br>LOUISVILLE GAS & ELECTRIC CO<br>220 WEST MAIN ST<br>PO BOX 32000<br>LOUISVILLE KY 40232 | CREDITOR ID: 405078-95<br>LUIGINO'S INC<br>3167 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 406912-MS<br>LUMPKIN, HASKEL L.<br>4140 FLOYD DR.<br>BATON ROUGE LA 70808 |
| CREDITOR ID: 406913-MS<br>LUNDY, FRANK W<br>2505 HERITAGE DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 406914-MS<br>LUNN, RAYMOND<br>200 ROSEDOWN WAY<br>MANDEVILLE LA 70471 | CREDITOR ID: 405080-95<br>LUTCHER ELEMENTARY<br>P O BOX P<br>LUTCHER LA 70071 |

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406915-MS<br>LUTTRULL, JERRY D<br>1712 POPLAR DR<br>ORANGE PARK FL 32073 | CREDITOR ID: 405081-95<br>LUVEL DAIRY INC<br>GARY HOLLIS<br>DRAWER J  601-969-1307<br>KOSIUSKO MS 39090 | CREDITOR ID: 405082-95<br>LYKES MEATS GROUP INC<br>4611 LYKES ROAD<br>PLANT CITY FL 33567 |
| CREDITOR ID: 405083-95<br>LYKINS OIL COMPANY<br>ACCOUNTS RECEIVABLE<br>PO BOX 690692<br>CINCINNATI OH 45269-0692 | CREDITOR ID: 405085-95<br>M & M MARS<br>ATTN HEIDI HANN<br>MASTERFOODS USA<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 405086-95<br>M & P REYNOLDS ENTERPRISES INC<br>1411 SW 12TH AVE  STE C<br>POMPANO FL 33069 |
| CREDITOR ID: 405087-95<br>M G NEWELL COMPANY INC<br>929 US HIGHWAY 301 SOUTH<br>TAMPA FL 33619 | CREDITOR ID: 405088-95<br>M H ZEIGLER & SONS LLC<br>1513 N BROAD STREET<br>LANSDALE PA 19446 | CREDITOR ID: 405089-95<br>M KAMENSTEIN<br>PO BOX 198135<br>ATLANTA GA 30384 |
| CREDITOR ID: 405090-95<br>M W POLAR FOODS<br>PO BOX 469<br>NORWALK CA 90651-0469 | CREDITOR ID: 405092-95<br>MACK LLC DBA KRISPY KREME<br>11910 SUNBELT COURT<br>SUITE B<br>BATON ROUGE LA 70809 | CREDITOR ID: 405093-95<br>MACKS LIVER MUSH<br>6126 MCKEE RD<br>SHELBY NC 28150 |
| CREDITOR ID: 406917-MS<br>MADDEN, JAMES A.<br>767 PENLAND RD.<br>LAWRENCE SC 29360 | CREDITOR ID: 405095-95<br>MADISONVILLE ELEMENTARY<br>113 CS OWENS ROAD<br>MADISONVILLE LA 70447 | CREDITOR ID: 405096-95<br>MADIX INC<br>PO BOX 671292<br>DALLAS TX 75389-0148 |
| CREDITOR ID: 405097-95<br>MAGIC AMERICAN CORP<br>PO BOX 901118<br>CLEVELAND OH 44190-0001 | CREDITOR ID: 405098-95<br>MAGLA PRODUCTS INC<br>ATTN ACCTS REC<br>PO BOX 1837<br>STATESVILLE NC 28687 | CREDITOR ID: 406919-MS<br>MAGUIRE, SEAN D<br>13860 ISHNALA CIRCLE<br>WELLINGTON FL 33414 |
| CREDITOR ID: 405100-95<br>MAJESTIC DRUG COMPANY<br>711-717 E 134TH ST<br>BRONX NY 10454 | CREDITOR ID: 405101-95<br>MAKOTO<br>785 S BABCOCK STREET<br>MELBOURNE FL 32901 | CREDITOR ID: 405102-95<br>MALCO PRODUCTS<br>PO BOX 75085<br>CLEVELAND OH 44101-2199 |
| CREDITOR ID: 406920-MS<br>MALL, KENNETH<br>505 LANCASTER ST., 16D<br>JACKSONVILLE FL 32204 | CREDITOR ID: 405103-95<br>MALLARD ENVIRONMENTAL INC<br>163 PELLERIN ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 405104-95<br>MALT O MEAL<br>80 SOUTH 8TH STREET<br>SUITE 2600<br>ATTN MOLLY FORSTI<br>MINNEAPOLIS MN 55402 |
| CREDITOR ID: 405105-95<br>MANCINI PACKING CO<br>PO BOX 157<br>ZOLFO SPRINGS FL 33890-0157 | CREDITOR ID: 406921-MS<br>MANINT JR., HORANCE I<br>545 BAKER ROAD<br>STONEWALL LA 71078 | CREDITOR ID: 406922-MS<br>MANNING, RANDY<br>16508 CROOKED LANE<br>FISHERVILLE KY 40023 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406923-MS<br>MANNING-ADAMS, KARON L<br>14310 GLEN FARMS ROAD, PO BOX 1878<br>GLEN ST. MARY FL 32040 | CREDITOR ID: 405106-95<br>MANNY LAWRENCE SALES INC<br>1113 MARKETS ROAD<br>SUITE A<br>SALINAS CA 93901 | CREDITOR ID: 405107-95<br>MAOLA MILK & ICE CREAM COMPANY<br>305 AVENUE C<br>PO DRAWER S<br>NEW BERN NC 28563-8518 |
| CREDITOR ID: 405108-95<br>MAPLEHURST<br>ATTN MELISSA BAUMANN<br>50 MAPLEHURST DRIVE<br>BROWNSBURG IL 46112 | CREDITOR ID: 405109-95<br>MAR CAS DISTRIBUTOR INC<br>2741 NORTHWEST 82ND AVENUE<br>MIAMI FL 33122 | CREDITOR ID: 405110-95<br>MARCO COMPANY<br>2525 DRANE FIELD RD  STE 1<br>LAKELAND FL 33811 |
| CREDITOR ID: 405113-95<br>MARIANI PACKING CO INC<br>320 JACKSON ST<br>SAN JOSE CA 95112-3206 | CREDITOR ID: 405114-95<br>MARIGOLD FOODS INC<br>118 VILLAGE STREET<br>SUITE B<br>SLIDEL LA 70458 | CREDITOR ID: 405117-95<br>MARION SIGNS & LIGHTING INC<br>5025 NORTHEAST 6TH STREET<br>OCALA FL 34470 |
| CREDITOR ID: 405123-95<br>MARKET LOGISTICS<br>PO BOX 911257<br>DALLAS TX 75391-1257 | CREDITOR ID: 405126-95<br>MARLITE<br>PO BOX 931443<br>CLEVELAND OH 44193-0517 | CREDITOR ID: 406925-MS<br>MARLOW JR., WILLIAM J.<br>5005 HIGH POINT DR.<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 406926-MS<br>MARLOWE, DENNIS C.<br>221 CITRUS RIDGE DR.<br>DAVENPORT FL 33837 | CREDITOR ID: 406927-MS<br>MARS, DONALD K.<br>46320 MORRIS ROAD<br>HAMMOND LA 70401 | CREDITOR ID: 406928-MS<br>MARSH, HUGH A.<br>211 W. OAK ST., APT. 404<br>LOUISVILLE KY 40203 |
| CREDITOR ID: 406929-MS<br>MARTIN, DWAIN E<br>517 WETHERBY LN<br>SAINT AUGUSTINE FL 32092-1024 | CREDITOR ID: 406930-MS<br>MARTIN, GEORGE<br>6035 PONY PATH<br>BROOKSVILLE FL 34602 | CREDITOR ID: 406931-MS<br>MARTIN, JOSEPH<br>9 RED OAK<br>COVINGTON KY 70433 |
| CREDITOR ID: 406932-MS<br>MARTIN, RONNIE<br>1609 MARRIOM PLACE<br>HIGH POINT NC 27260 | CREDITOR ID: 406933-MS<br>MARTIN, ROY C.<br>201 INDIAN TRAIL<br>TAYLORS SC 29687 | CREDITOR ID: 406934-MS<br>MARTIN, THOMAS N<br>1821 TARA DR<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 406935-MS<br>MARTIN, TIM<br>8501 TEN-TEN ROAD<br>RALEIGH NC 27603 | CREDITOR ID: 406936-MS<br>MARTINEAU, JOSEPH D<br>4839 PALMETTO PT DR<br>PALMETTO FL 34221 | CREDITOR ID: 406937-MS<br>MARTINEZ, MANUEL A.<br>2225 PINE RIDGE ROAD<br>BLAIRSVILLE GA 30512 |
| CREDITOR ID: 405129-95<br>MARX BROTHERS INCORPORATED<br>3100 2ND AVE S<br>ATTN SHIRLEY GENTRY<br>BIRMINGHAM AL 35233 | CREDITOR ID: 406938-MS<br>MASSEE, RICHARD H<br>612 FERRY ST.<br>ANDERSON SC 29260 | CREDITOR ID: 406939-MS<br>MASSEY, ROLLIN W.<br>143 LAKE DAVID DR.<br>PICAYANE MS 39466 |

SUPPLEMENTAL SERVICE LIST

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405132-95<br>MASTER LOCK COMPANY<br>PO BOX 100367<br>ATTN CREDIT DEPT<br>MILWAUKEE WI 53210 | CREDITOR ID: 405133-95<br>MASTRONARDI PRODUCE LTD<br>571 RENAUD ROAD<br>GROSSE POINTE WOODS  48236 | CREDITOR ID: 405134-95<br>MATADOR DIST<br>5858 WESTHEIMER ROAD<br>SUITE 105<br>HOUSTON TX 77057 |
| CREDITOR ID: 405135-95<br>MATAMA ENTERPRIZES INC<br>1502 ATLANTIC AVENUE<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 405136-95<br>MATRA SYSTEMS INC<br>1600 EXECUTIVE DR S  STE 101<br>DULUTH GA 30096 | CREDITOR ID: 406941-MS<br>MATTA, MARK W<br>13827 TORTUGA POINT<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 406943-MS<br>MATTOX, EDWIN<br>2625 ANTEBELLUM DR.<br>MOBILE AL 36609 | CREDITOR ID: 405140-95<br>MAXELL CORP OF AMERICA<br>DRAWER CS 100773<br>ATLANTA GA 30384-0773 | CREDITOR ID: 405141-95<br>MAY ADVERTISING INTERNATIONAL LTD<br>P O BOX 161789<br>FORT WORTH TX 76161-1789 |
| CREDITOR ID: 406945-MS<br>MAY, LAWRENCE<br>4227 SNOWDON LANE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 405143-95<br>MAYFIELD DAIRY FARMS<br>PO BOX 101422<br>ATLANTA GA 30392-1422 | CREDITOR ID: 405144-95<br>MAZAMA SERVICE LLC/ROTO ROOTER<br>237 GUNTER AVENUE<br>SUITE B<br>GUNTERSVILLE AL 35976 |
| CREDITOR ID: 405145-95<br>MCARTHUR DAIRY<br>PO BOX 101358<br>ATLANTA GA 30392-1358 | CREDITOR ID: 405146-95<br>MCCALL FARMS INC<br>PO BOX 651224<br>CHARLOTTE NC 28265-1224 | CREDITOR ID: 406946-MS<br>MCCARTHY JR., TIMOTHY F.<br>2454 CAROLTON RD.<br>MAITLAND FL 32751 |
| CREDITOR ID: 406948-MS<br>MCCLELLAN, JAMES L.<br>314 LAZY STREET<br>ANDERSON SC 29626 | CREDITOR ID: 406949-MS<br>MCCLURE, JACK W.<br>113 EASTERN FORK<br>LONGWOOD FL 32750 | CREDITOR ID: 406950-MS<br>MCCOOK, RICHARD P.<br>13815 DEER CHASE PLACE<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 405147-95<br>MCCORMICK CREDIT INC<br>2295 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | CREDITOR ID: 405148-95<br>MCCUE CORPORATION<br>P O BOX 970027<br>BOSTON MS 02297-0027 | CREDITOR ID: 406954-MS<br>MCDANIEL, JOHN A.<br>590 S. INDIGO RD.<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 406955-MS<br>MCDONALD, JAMES E.<br>169 OWENS RD.<br>PIEDMONT SC 29673 | CREDITOR ID: 406956-MS<br>MCDONALD, THOMAS E.<br>42 HERITAGE DR.<br>LAKE WYLIE SC 29710 | CREDITOR ID: 405149-95<br>MCDONOUGH EQUIPMENT CO INC<br>1660 NW 19TH AVENUE<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 405150-95<br>MCDONOUGH MARKETPLACE PARTNERS<br>418 SCOTT STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 406957-MS<br>MCGINTY, STEVEN M<br>1488 COURSE VIEW DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 406958-MS<br>MCGIVARY, BENJAMIN F.<br>4420 LEOTA DR.<br>RALEIGH NC 27603 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 406959-MS
MCGRAW, WILLIAM
9327 ANCIENT OAKS DR.
OOTEWAH TN 37363

CREDITOR ID: 407515-93
MCGRIFF, KAYDETTE
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD, SUITE 179
TAMPA FL 33602

CREDITOR ID: 406960-MS
MCGUFFIN, THERESA
2161 AUDUBON DRIVE
ROCK HILL SC 29732

CREDITOR ID: 406961-MS
MCGUIRE, DWANE T.
2113 N. TAFT
LOVELAND CO 80538

CREDITOR ID: 406962-MS
MCKELLAR, CHARLES H.
120 OLD TRAM RD.
MONETREE GA 31768

CREDITOR ID: 406963-MS
MCKISHNIE, KENNETH
1374 LOG LAND DR.
OCOEE FL 34761

CREDITOR ID: 406964-MS
MCKISHNIE, MURRAY F.
3503 HOLLOW OAK PL
BRANDON FL 33511

CREDITOR ID: 406965-MS
MCLAIN, JOE H.
6725 MITZL COURT
MONTGOMERY AL 36116

CREDITOR ID: 406966-MS
MCLAUCHLIN, LARRY
1105 SHADOW RIDGE DR.
AZLE TX 76020

CREDITOR ID: 406967-MS
MCLEMONE, GEORGE
2833 JANICE DR.
DOUGLASVILLE GA 30135

CREDITOR ID: 406968-MS
MCLIN, MARK
8040 FLORIDA BOYS RANCH ROAD
GROVELAND FL 34736

CREDITOR ID: 406970-MS
MCNABB, NORRIS
4411 FOREST VALLEY CIRCLE
VALDOSTA GA 31602

CREDITOR ID: 406971-MS
MCNAMARA, TIMOTHY
1112 PAWNEE PLACE
JACKSONVILLE FL 32259

CREDITOR ID: 406972-MS
MCNEELY, WILLIAM R
3105 NAUTILUS RD
MIDDLEBURG FL 32068

CREDITOR ID: 405152-95
MCNEIL NUTRITIONALS
JOHNSON AND JOHNSON SALES
PO BOX 15630 ATTN TEAM S BENECOL
NEW BRUNSWICK NJ 08901

CREDITOR ID: 406973-MS
MCNEILL, RUFUS A.
1713 ROBINSON HILL RD.
MONTGOMERY AL 36107

CREDITOR ID: 407516-93
MCQUEEN, SAMMIE (SAVE-RITE)
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD, SUITE 179
TAMPA FL 33602

CREDITOR ID: 406974-MS
MCRAE JR., DOUGLAS
21 PATRICIA DR.
COVINGTON LA 70433

CREDITOR ID: 405153-95
MCW DEVELOPMENT INC
1106 WOODSTOCK AVE
ANNISTON AL 36207

CREDITOR ID: 405156-95
MEAD JOHNSON NUTRITIONALS
225 HIGH RIDGE RD
3RD FLOOR CREDIT DEPT BLDG E
STAMFORD CT 06905

CREDITOR ID: 406975-MS
MEADOWS, RICHARD L
11001 OLD ST. AUGUSTINE RD. APT 309
JACKSONVILLE FL 32257

CREDITOR ID: 405157-95
MEADWESTVACO CORP
COURTHOUSE PLAZA NE
ATTN TERRY BROWN
DAYTON OH 45463

CREDITOR ID: 406976-MS
MEARS, CHARLES E
2496 BENTRIDGE COURT
ORANGE PARK FL 32065

CREDITOR ID: 405158-95
MEBANE ENTERPRISE
106 NORTH 4TH STREET
MEBANE NC 27302

CREDITOR ID: 405160-95
MEDIA GENERAL ALABAMA
ATTN SANDY HUTCHESON
PO BOX 280
DOTHAN AL 36302

CREDITOR ID: 405161-95
MEDIA PRODUCTS INC
8762 PERIMETER PARK BOULEVARD
JACKSONVILLE FL 32256

CREDITOR ID: 405162-95
MEDICAL CENTER ENTERPRISE
800 N EDWARDS STREET
ENTERPRISE AL 36330

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 406977-MS
MEDIN, FRANK C.
1628 FEATHERBAND DR.
VALRICO FL 33594

CREDITOR ID: 406978-MS
MEDINA, JOSEPH P
7317 BRISBANE CT.
MONTGOMERY AL 36117

CREDITOR ID: 405163-95
MEDTECH LABORATORIES INC
PO BOX 1108
JACKSON WY 83001-1108

CREDITOR ID: 406979-MS
MEEHAN, WEYMAR
4001 BIENVILLE RD
MONTGOMERY AL 36109

CREDITOR ID: 406980-MS
MEENA, LINCOLN
2054 RIVERSIDE, #1306
JACKSONVILLE FL 32204

CREDITOR ID: 406981-MS
MEHLINGER, WILLIAM
3837 TERESA TERRACE
LILBURN GA 30247

CREDITOR ID: 405167-95
MELITTA USA INC
ATTN JEFF COOKE, CR MGR
13925 58TH STREET NORTH
CLEARWATER FL 33760

CREDITOR ID: 405168-95
MELLO SMELLO
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
PO BOX 86
MINNEAPOLIS MN 55486-1037

CREDITOR ID: 406982-MS
MELTS, PHILLIP N.
101 COUNTRY LANE
SHELBYVILLE FL 40065

CREDITOR ID: 406983-MS
MELVIN, CHARLES L.
299 LAKEVIEW CABIN DR.
NEW CONCORD KY 42076

CREDITOR ID: 405169-95
MENTHOLATUM CO INC
ATTN SAM ALAIMO  CR MGR
707 STERLING DRIVE
ORCHARD NY 141271587

CREDITOR ID: 405171-95
MEREX SEAFOODS INC
P O BOX 485 STN CENTRAL
HALIFAX NS B3J 2R7

CREDITOR ID: 406985-MS
MERRILL, ERNEST W.
23275 SW 60TH AVE.
BOCA RATON FL 33428

CREDITOR ID: 406986-MS
MERRY, SANDRA
11860 TANYA TERRACE E.
JACKSONVILLE FL 32223

CREDITOR ID: 405172-95
METABOLIFE INTERNATIONAL INC
ACOSTA
PO BOX 22889
JENNIFER DUPRAS
TAMPA FL 33622-2889

CREDITOR ID: 405174-95
METRO TECHNOLOGY
PO BOX 19203
BIRMINGHAM AL 35219

CREDITOR ID: 405177-95
MEYERS BAKERIES
P O BOX 3926
LITTLE ROCK AR 72203

CREDITOR ID: 406987-MS
MEYERS, ELLA MAY (D.L.)
808 118TH AVE.
TAMPA FL 33612

CREDITOR ID: 405180-95
MICHAEL FOODS INC
301 CARLSON PARKWAY
SUITE 400
MINNETONKA MN 55305-5388

CREDITOR ID: 406988-MS
MICKIE, MICHAEL J
50 PALM HARBOR PKWY
PALM COAST FL 32137

CREDITOR ID: 405187-95
MID FLA SUN PUBLICATIONS
PO BOX 971
MT DORA FL 32756

CREDITOR ID: 406990-MS
MIDKIFF, ROBERT
4319 GENOA ST
NEW ORLEANS LA 70129

CREDITOR ID: 405190-95
MIDSTATE MILLS INC
ATTN JOAN NANCE
PO BOX 349
NEWTON NC 28658

CREDITOR ID: 406991-MS
MILES, GREGORY B
13508 LYNNWOOD DR
HAMMOND LA 70403

CREDITOR ID: 405193-95
MILK PRODUCTS LP
5327 SOUTH LAMAR ST
BORDENS MILK COMPANY
DALLAS TX 75215

CREDITOR ID: 406992-MS
MILLER, DANNY R.
3819 EVERGLADES RD.
LAKE PARK FL 33410

CREDITOR ID: 406994-MS
MILLS, CHARLES W.
25 KIRKPATRICK RD.
TAYLORSVILLE NC 28681

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406995-MS<br>MILLS, DARYL<br>10211 WALNUT BEND NORTH<br>JACKSONVILLE FL 32257 | CREDITOR ID: 406996-MS<br>MIMBS, MIKE<br>3014 STARMOUNT DR.<br>VALRICO FL 33594 | CREDITOR ID: 406997-MS<br>MIMMS, MARK<br>768 EAGLE POINT DR.<br>ST. AUGUSTINE FL 32092 |
| CREDITOR ID: 406998-MS<br>MINA, NICHOLAS T<br>244 BARCO ROAD<br>SAINT AUGUSTINE FL 32080 | CREDITOR ID: 406999-MS<br>MINA, TOM<br>5408 JENKINS LOOP DR.<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 407000-MS<br>MINSHEW, HUGH<br>13904 WHITE HERON PLACE<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 405196-95<br>MINUTE MAID<br>ACOSTA SALES<br>PO BOX 22889<br>ATTN TRISH BURNOPP<br>TAMPA FL 33622 | CREDITOR ID: 405197-95<br>MIRRO COMPANY<br>C/O NEWELL<br>29 E STEPHENSON ST<br>FREEPORT IL 61032 | CREDITOR ID: 405198-95<br>MISSION PHARMACAL<br>PO BOX 297931<br>HOUSTON TX 77297-7931 |
| CREDITOR ID: 405200-95<br>MISSISSIPPI VALLEY GAS CO<br>PO BOX 530593<br>ATLANTA GA 30353-0593 | CREDITOR ID: 405202-95<br>MISTRAL INTERNATIONAL CORPORATION<br>7032 NW 50TH STREET<br>MIAMI FL 33166 | CREDITOR ID: 405204-95<br>MITCHCO & ASSOCIATES<br>40147 BARBARA ROAD<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 405205-95<br>MITCHELL MORTGAGE COMPANY LLC<br>ATTN MS MYRA CORBY<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381 | CREDITOR ID: 407001-MS<br>MITCHELL, SAMUEL J.<br>1209 LAKE DR.<br>VALDOSTA GA 31602 | CREDITOR ID: 405206-95<br>MIZELL MEMORIAL HOSPITAL<br>PO BOX 429<br>OPP AL 36467 |
| CREDITOR ID: 405207-95<br>MLO PRODUCTS INC<br>2351 NORTH WATNEY WAY<br>SUITE C<br>FAIRFIELD CA 94533 | CREDITOR ID: 405208-95<br>MODULAR MAILING SYSTEMS INC<br>1793 W HILLSBOROUGH AVE<br>TAMPA FL 33603-1130 | CREDITOR ID: 407002-MS<br>MOFFET, PAUL A.<br>1316 S. HIAWASSEE RD., APT. 130<br>ORLANDO FL 32835 |
| CREDITOR ID: 405210-95<br>MONROE SYSTEMS FOR BUSINESS INC<br>LOCKBOX NO W0315<br>P O BOX 7777-W0315  **PREVADD*<br>PHILADELPHIA PA 19175-0315 | CREDITOR ID: 407003-MS<br>MONTGOMERY, DAVID W.<br>4424 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 405211-95<br>MOODY DUNBAR INC<br>P O BOX 6048<br>JOHNSON CITY TN 37602-6048 |
| CREDITOR ID: 407004-MS<br>MOON, DANNY R<br>184 MOUNTAIN RIDGE RD<br>MILLBROOK AL 36054 | CREDITOR ID: 407005-MS<br>MOON, TEDDY M.<br>1042 WILLOW PARK CIRCLE<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 405212-95<br>MOORE SECURITY<br>540 MARRIOTT DR SUITE 7<br>CLARKSVILLE IN 47129 |
| CREDITOR ID: 407006-MS<br>MOORE, DAVID<br>3 ZELMA DR.<br>GREENVILLE SC 29617 | CREDITOR ID: 407007-MS<br>MOORE, DWIGHT<br>4905 SPANISH OAK CIRCLE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 407008-MS<br>MOORE, FRANCIS W<br>1936 MORNINGSIDE ST<br>JACKSONVILLE FL 32205 |

**SUPPLEMENTAL SERVICE LIST**
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 405213-95
MOORE'S SNACK FOODS
PO BOX 75546
CHARLOTTE NC 28275

CREDITOR ID: 405214-95
MOORES WISE
225 COMMONWEALTH AVENUE
BRISTOL VA 24201

CREDITOR ID: 405215-95
MORGAN FOODS INC
P O BOX 66979
INDIANAPOLIS IN 4626666979

CREDITOR ID: 407011-MS
MORGAN, LAMAR P.
3337 GRANVILLE DR.
RALEIGH NC 27609

CREDITOR ID: 407012-MS
MORGAN, WILLIAM E
6479 SABLE WOODS DR, EAST
JACKSONVILLE FL 32244

CREDITOR ID: 407013-MS
MORRIS, JAMES H.
929 MACLAY DR.
SAN JOSE CA 95123

CREDITOR ID: 407014-MS
MORRIS, KENNETH W
10354 MEADOW POINTE DRIVE
JACKSONVILLE FL 32221

CREDITOR ID: 407015-MS
MORRIS, ROBERT C.
11541 YOUNG ROAD
JACKSONVILLE FL 32218

CREDITOR ID: 407016-MS
MORRISON, JERRY D.
6542 LENCZYK DR.
JACKSONVILLE FL 3227

CREDITOR ID: 407017-MS
MORSE, JOSEPH S
609 STARBURST LANE
RALEIGH NC 27603

CREDITOR ID: 405217-95
MORTON SALT
CHICAGO ADJUSTMENTS 26TH FLOOR
123 N WACKER DRIVE
CHICAGO IL 60606

CREDITOR ID: 407019-MS
MOSELEY, LAWRENCE
216 RIDGEWAY
SIMPSONVILLE SC 29681

CREDITOR ID: 405219-95
MOTHER PARKERS CORP
21 GRAND AVE
PALISADES PARK NJ 07650

CREDITOR ID: 405220-95
MOTION INDUSTRIES INC
P O BOX 7164
CHARLOTTE NC 28241-7164

CREDITOR ID: 405221-95
MR PAULS BARBECUE SAUCE
RT 6 BOX 553
OZARK AL 36360

CREDITOR ID: 405222-95
MRS CUBBISONS FOODS
1325 S PEERLESS WAY
MONTEBELLO CA 90640

CREDITOR ID: 405223-95
MSC INDUSTRIAL SUPPLY CO INC
PO BOX 94939
CLEVELAND OH 44101-4939

CREDITOR ID: 405224-95
MSH OF HEATHROW LLP
300 INTERNATIONAL PKWY
SUITE 184
HEATHROW FL 32746

CREDITOR ID: 405225-95
MSI INVENTORY SERVICE CORP
P O BOX 5640
JACKSON MS 39288-5640

CREDITOR ID: 407020-MS
MULLIS, LARRY E.
422 DHARLES DR.
VIDALIA GA 30474

CREDITOR ID: 407021-MS
MUMMA, KENNETH D
1981 TELEPHONE STREET
FORT MILL SC 29715

CREDITOR ID: 407022-MS
MURPHREE, JOSEPH G.
120 NILE CIRCLE, APT A
MOORESVILLE NC 28117

CREDITOR ID: 405227-95
MURRAY BISCUIT COMPANY INC
PO BOX 2207
AUGUSTA GA 30913

CREDITOR ID: 405228-95
MURRYS INC
8300 PENNSYLVANIA AVE
UPPER MARLBORO MD 20772-2673

CREDITOR ID: 407023-MS
MURTHA, RICHARD S.
RT. E BOX 383
HIRMAN GA 30141

CREDITOR ID: 405230-95
MY OFFICE PRODUCTS COM
PO BOX 305164-6003
NASHVILLE TN 37230-5164

CREDITOR ID: 407024-MS
MYERS, WILLIAM J.
1612 WATERS EDGE DRIVE
ORANGE PARK FL 32003-8692

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405231-95<br>N & W FARMS INC<br>176 HWY 341 S<br>VARDAMAN MS 38878 | CREDITOR ID: 405234-95<br>NANCYS SPECIALITY FOODS<br>DEPT 33194<br>PO BOX 39000<br>SAN FRANCISCO CA 94139-3194 | CREDITOR ID: 405235-95<br>NANTZE SPRINGS INC<br>156 WEST CARROLL STREET<br>DOTHAN AL 36301 |
| CREDITOR ID: 405236-95<br>NAPA AUTO PARTS<br>PO BOX 102194<br>ATLANTA GA 30368-2194 | CREDITOR ID: 405239-95<br>NATHAN WATSON<br>3002 JEAN LAFITTE PARKWAY<br>CHALMETTE LA 70043 | CREDITOR ID: 405240-95<br>NATHANAEL MEDICAL CENTER<br>PO BOX 8307<br>DOTHAN AL 36304-8307 |
| CREDITOR ID: 405242-95<br>NATIONAL ENVIROMENTAL HEALTH<br>720 SOUTH COLORADO BOULEVARD<br>SOUTH TOWER # 970<br>DENVER CO 80246-1925 | CREDITOR ID: 405243-95<br>NATIONAL FREIGHT INC<br>PO BOX 11679 - DEPT 591<br>NEWARK NJ 07101 | CREDITOR ID: 405244-95<br>NATIONAL FRUIT PRODUCTS<br>PO BOX 2040<br>WINCHESTER VA 22604-1240 |
| CREDITOR ID: 405245-95<br>NATIONAL HEALTH INFORMATION NETWORK<br>101 JIM WRIGHT FREEWAY SOUTH<br>STE 200<br>FT WORTH TX 76108 | CREDITOR ID: 405246-95<br>NATIONAL TOBACCO CO. L.P<br>135 S LASALLE DEPT #2450<br>CHICAGO IL 60674-2450 | CREDITOR ID: 405247-95<br>NATIONMARK INC<br>135 SOUTH LASALLE<br>DEPT 2963<br>CHICAGO IL 60674-2963 |
| CREDITOR ID: 405248-95<br>NATIVA FOODS<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVENUE<br>SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 405249-95<br>NATURAL WHITE INC<br>P O BOX 92014<br>ROCHESTER NY 14692 | CREDITOR ID: 405250-95<br>NATURALLY FRESH<br>1000 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2909 |
| CREDITOR ID: 405251-95<br>NATURE'S BOUNTY INC<br>ATTN VALERIE KEIRSTEAD US NUTRITION<br>2100 SMITHTOWN AVENUE<br>RONKONKOMA NY 11779 | CREDITOR ID: 405252-95<br>NAVARRE SQUARE<br>JAMES W RUTLAND III<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 407025-MS<br>NAYLOR, EDGAR<br>229 ALBANIA<br>LULING LA 70070 |
| CREDITOR ID: 407026-MS<br>NEGLIA, MICHAEL<br>2696 COUNTRY CLUB BLVD<br>ORANGE PARK FL 32073 | CREDITOR ID: 405253-95<br>NEJAMES TABOULE INC<br>1020 SUNSHINE LANE<br>UNIT #1103<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 405254-95<br>NELCO PRODUCTS INC<br>22 RIVERSIDE DR<br>PEMBROKE MA 02359 |
| CREDITOR ID: 407027-MS<br>NELSON, FRED M.<br>2100 CORBERRIE LANE<br>RALEIGH NC 27613 | CREDITOR ID: 407028-MS<br>NELSON, WILBUR E.<br>2244 LAKE SHORE BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 405255-95<br>NES RENTALS<br>PO BOX 277450<br>ATLANTA GA 30384-7450 |
| CREDITOR ID: 407029-MS<br>NESLER, TRENA<br>4516 COQUINA DRIVE<br>JACKSONVILLE FL 32250 | CREDITOR ID: 405256-95<br>NESTLE ICE CREAM COMPANY LLC<br>10000 STOCKDALE HIGHWAY<br>SUITE 200<br>ATTN JUNE NACHOR<br>BAKERSFIELD CA 93311 | CREDITOR ID: 405257-95<br>NESTLE PURINA PETCARE COMPANY<br>ATTN DEVON DEWILDE<br>CHECHERBOARD SQUARE 2E<br>ST LOUIS MO 63164 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405258-95<br>NESTLE USA<br>ATTN: CONNIE RABOLD<br>555 NESTLE WAY<br>BREINIGSVILLE PA 18031-1598 | CREDITOR ID: 405259-95<br>NESTLE WATERS NORTH AMERICA INC<br>PO BOX 277015<br>ATLANTA GA 30384-7015 | CREDITOR ID: 405260-95<br>NEW HANOVER COUNTY WATER/SEWER<br>414 CHESTNUT STREET<br>WILMINGTON NC 28401 |
| CREDITOR ID: 405262-95<br>NEW WORLD PASTA<br>PO BOX 640011<br>PITTSBURGH PA 15264-0011 | CREDITOR ID: 407030-MS<br>NEWMAN, JAMES W.<br>7962 LINKSIDE DRIVE3<br>JACKSONVILLE FL 32256 | CREDITOR ID: 405264-95<br>NEWPORT WHOLESALERS INC<br>6363 TAFT STREET SUITE 301<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 407031-MS<br>NIX, DONALD L.<br>475 NEWHOPE DR.<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 407032-MS<br>NIX, JAMES R.<br>1048 HAMMOND BLVD.<br>JACKSONVILLE FL 32221 | CREDITOR ID: 407033-MS<br>NIXON, MICHAEL E.<br>4538 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 405266-95<br>NOBLE SIGNS<br>1850 HILLYER ROBINSON PKWY<br>ANNISTON AL 36207 | CREDITOR ID: 405267-95<br>NONNI'S FOOD COMPANY<br>601 S BOULDER<br>SUITE 900<br>TULSA OK 74116 | CREDITOR ID: 405268-95<br>NORFOLK SOUTHERN<br>PO BOX 945503<br>ATLANTA GA 30394-5503 |
| CREDITOR ID: 407035-MS<br>NORRIS, JAMES T.<br>3637 BROWN-WELL COURT<br>GAINESVILLE FL 30504 | CREDITOR ID: 405270-95<br>NORSE DAIRY SYSTEMS<br>PO BOX 1869<br>COLUMBUS OH 43216 | CREDITOR ID: 405271-95<br>NORTH BAY ELEMENTARY SCHOOL<br>1040 CAMP FOUR JACKS RD<br>BILOXI MS 39532 |
| CREDITOR ID: 405273-95<br>NORTH CAROLINA DEPT OF AGRICULTURE<br>PO BOX 27647<br>RALEIGH NC 27611 | CREDITOR ID: 407036-MS<br>NORTHCUT, SCOTT<br>216 SWEETBRIER BRANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407037-MS<br>NORTHCUT, WILLIAM E.<br>7834 ROYALTY AVE., #3<br>LOUISVILLE KY 40222 |
| CREDITOR ID: 405276-95<br>NORTHEAST ELEMENTARY SCHOOL<br>16477 PRIDE PORT HUDSON<br>PRIDE LA 70770 | CREDITOR ID: 405277-95<br>NORTHEAST HIGH SCHOOL<br>12828 JACKSON RD<br>ZACHARY LA 70791 | CREDITOR ID: 405279-95<br>NORTHWAY INVESTMENTS LLC<br>% ELYSEE INVESTMENTS CO<br>601 W 182ND ST 1ST FLOOR<br>NEW YORK NY 10033 |
| CREDITOR ID: 405280-95<br>NORTHWEST JUNCTION PARTNERS<br>% COOK COMM PROPERTIES<br>P O BOX 55763<br>JACKSON MS 39296-5763 | CREDITOR ID: 405281-95<br>NORTHWEST NATURAL PRODUCTS INC<br>6350 NE CAMPUS DRIVE<br>VANCOUVER WA 98661 | CREDITOR ID: 407039-MS<br>NOWLAN III, GEORGE<br>3749 CONSTANCIA DRIVE<br>GREEN COVE SPRING FL 32043 |
| CREDITOR ID: 405285-95<br>NUNEZ BOTHERS<br>9605 NORTHWEST 79TH AVENUE<br>BAY# 23<br>HIALEAH GARDENS FL 33016 | CREDITOR ID: 405284-95<br>NU-TEC ROOFING CONTRACTORS<br>6601 EAST ADAMO DR<br>TAMPA FL 33619 | CREDITOR ID: 405286-95<br>NUTRASWEET COMPANY<br>PO BOX 13307<br>NEWARK NJ 07101-3307 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405287-95<br>O E S<br>2555 W COPENS ROAD<br>POMPANO BEACH FL 33069-9002 | CREDITOR ID: 405289-95<br>OCEAN SPRAY CRANBERRIES INC<br>PO BOX 676300<br>DALLAS TX 75389-0300 | CREDITOR ID: 405290-95<br>OCONEE FAMILY PRACTICE P.A.<br>301 MEMORIAL DR SUITE G<br>SENECA SC 29672 |
| CREDITOR ID: 405291-95<br>ODYSSEY ENTERPRISES INC<br>DEPT 4139  PO BOX 34936<br>SEATTLE WA 98124-1936 | CREDITOR ID: 405292-95<br>OFFICE DEPOT<br>PO BOX 182378<br>COLUMBUS OH 43218-2378 | CREDITOR ID: 407424-93<br>OFFICE DEPOT<br>ATTN: ROSLYN J.<br>3301 N SR 7<br>LAUDERDALE LAKES FL 33319 |
| CREDITOR ID: 405293-95<br>OKALOOSA COUNTY GAS DIST<br>PO BOX 1209<br>VALPARAISO FL 32580-0548 | CREDITOR ID: 405295-95<br>OLDS PRODUCTS<br>P O BOX 88514<br>CHICAGO IL 60680-1514 | CREDITOR ID: 405296-95<br>OLE MEXICAN FOODS INC<br>2760 BANKERS INDUSTRIAL DRIVE<br>ATLANTA GA 30360 |
| CREDITOR ID: 405297-95<br>OLIVER PRODUCTS COMPANY<br>445 SIXTH ST<br>GRAND RAPIDS MI 49504-5298 | CREDITOR ID: 407042-MS<br>OLIVER, DONALD<br>1109 THOMWALL ST.<br>VALDOSTA GA 31602 | CREDITOR ID: 407043-MS<br>OLSEN, DEBORAH A<br>4833 LOFTY PINE CIRCLE E<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 405301-95<br>OPA GRAPHICS INC<br>1117 LASALLE ST<br>NEW ORLEANS LA 70113 | CREDITOR ID: 405302-95<br>OPIS ENERGY GROUP<br>PO BOX 17673<br>BALTIMORE MD 21297-1673 | CREDITOR ID: 407498-93<br>OPIS ENERGY GROUP<br>ATTN: SUSANNA GILL, COLL ANALYST<br>11300 ROCKVILLE PIKE, # 1100<br>ROCKVILLE MD 20852 |
| CREDITOR ID: 405304-95<br>ORACLE PACKAGING INC<br>PO BOX 972725<br>DALLAS TX 75397-2725 | CREDITOR ID: 405305-95<br>ORALABS INC<br>2901 S TEJON ST<br>ENGLEWOOD CO 80110 | CREDITOR ID: 405307-95<br>ORANGE COUNTY PUBLIC UTILITIES<br>PO BOX 30000<br>ORLANDO FL 32891-8107 |
| CREDITOR ID: 405308-95<br>ORANGE GLO CORPORATION<br>DEPT NO 5011<br>DENVER CO 80291 | CREDITOR ID: 405309-95<br>ORECK EDMAR CORP<br>40 GRISSOM RD<br>PLYMOUTH MA 02360 | CREDITOR ID: 405310-95<br>ORLANDO UTILITIES COMMISSION<br>PO BOX 918056<br>ORLANDO FL 32891-8056 |
| CREDITOR ID: 407045-MS<br>ORTIZ, VINCENT<br>1798 BAYSIDE BLVD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407046-MS<br>OSBORNE, GARY<br>17709 CRYSTAL COVE PLACE<br>LUTZ FL 33548 | CREDITOR ID: 407041-MS<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 407047-MS<br>OUJESKY, J.B.<br>324 MAYFAIR DR.<br>HURST TX 76053 | CREDITOR ID: 405314-95<br>OVERHEAD DOOR CO OF GREENSBORO<br>P O BOX 20165<br>GREENSBORO NC 27420-0165 | CREDITOR ID: 407048-MS<br>OVERSTREET, MICHAEL S.<br>1102 MEADOWCREST DR.<br>VALRICO FL 33594 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405315-95<br>OVIEDO VOICE<br>169 W BROADWAY<br>OVIEDO FL 32765 | CREDITOR ID: 405316-95<br>OWENS COUNTRY SAUSAGE INC<br>P O BOX 830249<br>RICHARDSON TX 75083 | CREDITOR ID: 407050-MS<br>OWENS, RODERICK<br>594 JAMES ST.<br>LILBURN GA 30047 |
| CREDITOR ID: 407051-MS<br>OWENS, TONY L<br>200 CHERRY LAUREL<br>CLAYTON NC 27520 | CREDITOR ID: 407053-MS<br>OXLEY, RANDY<br>1117 WILDERNESS TRAIL<br>CROWLEY TX 76036 | CREDITOR ID: 405317-95<br>PACIFIC WORLD CORP<br>25791 COMMERCENTRE DRIVE<br>LAKE FOREST CA 92630 |
| CREDITOR ID: 405318-95<br>PACKAGE SUPPLY & EQUIP<br>PO BOX 890142<br>CHARLOTTE NC 28289-0142 | CREDITOR ID: 405319-95<br>PACKERLAND PACKING CO<br>PO BOX 970126<br>DALLAS TX 75397 | CREDITOR ID: 405320-95<br>PACKERLAND PLAINWELL<br>PO BOX 952080<br>ST LOUIS MO 63195-2080 |
| CREDITOR ID: 407054-MS<br>PADGETT, RUEL D.<br>228 WHITE OAK DR.<br>PINEVILLE LA 71360 | CREDITOR ID: 407055-MS<br>PAIT, ROBERT F<br>521 SLOPING HILL LN<br>FUQUAY VARINA NC 27526 | CREDITOR ID: 405322-95<br>PALISADES INVESTORS LLC<br>%VICTORY COMMERCIAL REAL EST INC<br>P O BOX 4767<br>COLUMBUS GA 31904 |
| CREDITOR ID: 405323-95<br>PALMER ELECTRIC CONSTRUCTION<br>PO BOX 1763<br>DOTHAN AL 36302-1763 | CREDITOR ID: 405325-95<br>PAPERCON<br>2700 APPLE VALLEY ROAD<br>ATLANTA GA 30319 | CREDITOR ID: 407056-MS<br>PAPPAS, BEVERLY<br>3646 CATTAIL DR. S.<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 405326-95<br>PARADIES GIFT INC<br>2585 CLARK STREET<br>APOPKA FL 32703 | CREDITOR ID: 405327-95<br>PARALLEL REFRIGERATION INC<br>7335 NW 32ND AVENUE<br>MIAMI FL 33147 | CREDITOR ID: 405328-95<br>PARAMOUNT FARMS<br>11444 W OLYMPIC BLD STE 250<br>LOS ANGELES CA 900641544 |
| CREDITOR ID: 405329-95<br>PARCO FOODS LLC<br>DEPT 77-6633<br>CHICAGO IL 60678 | CREDITOR ID: 405330-95<br>PARK AVENUE OFFICES SERVICES<br>1967 TIGERTAIL BOULEVARD<br>DANIA FL 33004 | CREDITOR ID: 407057-MS<br>PARKER, ROBERT L.<br>8879 BENSON PIKE<br>BAGDAD KY 40003 |
| CREDITOR ID: 407058-MS<br>PARRISH, ROBERT C<br>2601 N SHERWOOD DRIVE<br>VALDOSTA FL 31602 | CREDITOR ID: 407059-MS<br>PARSON, CLIFTON D.<br>538 ELMNER DR.<br>MARS HILL NC 28754 | CREDITOR ID: 407060-MS<br>PARSONS, JAMES<br>4138 COUNTY RD. 14<br>UNION SPRINGS AL 36089 |
| CREDITOR ID: 407061-MS<br>PARSONS, WILLIAM A<br>1815 NORWAY DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 405331-95<br>PARTS WASHER SERVICES<br>PO BOX 1353<br>CLINTON MS 39060 | CREDITOR ID: 405332-95<br>PASKERT DISTRIBUTING CO<br>4707 TRANSPORT DR  BLDG 5<br>TAMPA FL 33605 |

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　　　　**CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407062-MS<br>PATE, CHRISTIAN<br>507 LITHIA WAY<br>BRANDON FL 33511 | CREDITOR ID: 407064-MS<br>PATTON, WILLIAM L<br>4411 WINDSOR OAKS CR.<br>MARIETTA GA 30066 | CREDITOR ID: 405340-95<br>PAXAR AMERICAS INC<br>PO BOX 101726<br>ATLANTA GA 30392-1726 |
| CREDITOR ID: 407065-MS<br>PAYMENT JR., PHILIP H.<br>7595 CENTURIAN PARKWAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407461-99<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405341-95<br>PDX INC<br>101 JIM WRIGHT FWY SO<br>SUITE 200<br>FT WORTH TX 76108-2252 |
| CREDITOR ID: 407066-MS<br>PEAR, THOMAS<br>3190 WEST SOMERSET COURT<br>MARIETTA GA 30067 | CREDITOR ID: 407067-MS<br>PEARL, RONALD W.<br>525 BUTLER ST.<br>WINDMERE FL 34786 | CREDITOR ID: 407068-MS<br>PEARSON, RONALD J.<br>3526 SANCTUARY BLVD.<br>JACKSONVILLE FL 32250 |
| CREDITOR ID: 407069-MS<br>PEAY, STEPHEN B<br>4801 HADDON COURT<br>RALEIGH NC 27606 | CREDITOR ID: 407070-MS<br>PECNIK, JOHN H.<br>4457 HONEY TREE LANE EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 405343-95<br>PELICAN ICE & COLD STORAGE INC<br>P O BOX 23865<br>NEW ORLEANS LA 70183 |
| CREDITOR ID: 405344-95<br>PENINSULA ENERGY SERVICES<br>PO BOX 615<br>DOVER DE 19903-0615 | CREDITOR ID: 407071-MS<br>PENNEY, ELWOOD L.<br>3627 B. ST. JOHNS COURT<br>WILLMINGTON NC 28403 | CREDITOR ID: 405345-95<br>PENOBSCOT FROZEN FOODS<br>C/O CENTURY SERVICES INC<br>8 STEELCASE ROAD WEST<br>MARKHAM ON L3R 1B2 |
| CREDITOR ID: 405347-95<br>PEPPERIDGE FARM INC-COOKIES<br>P O BOX 641560<br>PITTSBURG PA 15264-1560 | CREDITOR ID: 405349-95<br>PEPSI COLA BOTTLING<br>PO BOX 226<br>LUVERNE AL 36049 | CREDITOR ID: 405348-95<br>PEPSI COLA BOTTLING<br>2838 WAKE FOREST ROAD<br>RALEIGH NC 27609 |
| CREDITOR ID: 405350-95<br>PEPSI COLA BOTTLING CO<br>P O BOX 990<br>WINFIELD AL 35594 | CREDITOR ID: 405351-95<br>PERDUE FARMS INC<br>PO BOX 1537<br>SALISBURY MD 21801 | CREDITOR ID: 405352-95<br>PERIO PRODUCTS<br>PO BOX 71-1711<br>COLUMBUS OH 43271 |
| CREDITOR ID: 407072-MS<br>PERKINS III, WILLIAM S<br>9574 BENT OAK COURT<br>JACKSONVILLE FL 32257 | CREDITOR ID: 407073-MS<br>PERKINS, MARVIN<br>103 STOURBRIDGE CIRCLE<br>CARY NC 27511 | CREDITOR ID: 407074-MS<br>PERKINS, WALTER<br>245 COUNTRY RD. 219<br>JEMINSON AL 35085 |
| CREDITOR ID: 407517-93<br>PERRY, ADRIENE<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD, SUITE 179<br>TAMPA FL 33602 | CREDITOR ID: 405353-95<br>PERSONAL OPTICS<br>1331 SOUTH STATE COLLEGE BLVD<br>FULLERTON CA 92831 | CREDITOR ID: 405355-95<br>PESCANOVA INC<br>777 BRICKELL AVENUE SUITE 1112<br>MIAMI FL 33131 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407075-MS<br>PETERS, JAMES D.<br>3244 MARYLAND AVE.<br>KENNER LA 70062 | CREDITOR ID: 407076-MS<br>PETERS, RONALD<br>11215 HASKELL DR.<br>CLERMONT FL 34711 | CREDITOR ID: 407077-MS<br>PETERSEN, CLIFFORD P.<br>3809 SUNNYDALE DR.<br>FT. WORTH TX 76116 |
| CREDITOR ID: 407080-MS<br>PEZZUTTI, WILLIAM<br>12966 SILVER OAK DR.<br>JACKSONVILLE FL 32223 | CREDITOR ID: 405359-95<br>PH BEAUTY LABS LLC<br>11228 ST JOHNS INDUSTRIAL PARKWAY<br>JACKSONVILLE FL 32246 | CREDITOR ID: 405360-95<br>PHARMACEUTICAL FORMULATIONS<br>PO BOX 23021<br>NEWARK NJ 07189 |
| CREDITOR ID: 405361-95<br>PHARMAVITE CORPORATION<br>DEPT 0168<br>LOS ANGELES CA 90084 | CREDITOR ID: 405362-95<br>PHARMEX<br>PAM OLIVER<br>1531 AIRWAY CIRCLE<br>NEW SMYRNA BEACH FL 321685900 | CREDITOR ID: 407081-MS<br>PHILLIPS, CLIFF S.<br>1217 RIVERSIDE DR.<br>CHARLOTTE NC 28214 |
| CREDITOR ID: 407082-MS<br>PHILLIPS, DONALD B.<br>8981 COUNTRY CLUB DR.<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 407083-MS<br>PHILLIPS, JIMMY L<br>6800 WELCH<br>FT. WORTH TX 76133 | CREDITOR ID: 407084-MS<br>PHILLIPS, LARRY A.<br>113 LORD BYRON<br>CARY NC 27513 |
| CREDITOR ID: 405364-95<br>PHILLYS SORBET SWIRL<br>4810 W DR MARTIN LUTHER KING DR W<br>SUITE G<br>TAMPA FL 33614 | CREDITOR ID: 407085-MS<br>PICARD, PAUL<br>7621 SENTRY OAK CIRCLE E.<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407086-MS<br>PICKARD, DENNIS R.<br>4578 CAT CREEK RD.<br>VALDOSTA GA 31605 |
| CREDITOR ID: 405366-95<br>PIEDMONT WINE DISTRIBUTING<br>PO BOX 1946<br>SALISBURY NC 28145-1946 | CREDITOR ID: 407087-MS<br>PIERCE, DONALD<br>P.O. BOX 2823<br>CLEVELEND TN 37320 | CREDITOR ID: 405367-95<br>PIERRE FROZEN FOODS<br>LOCATION 00260<br>CINCINNATI OH 45264-0260 |
| CREDITOR ID: 407088-MS<br>PIPER SR., WILLIAM R.<br>4926 MOTOR YACHT DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 407089-MS<br>PITTMAN, A.D.<br>517 COMPTON RD.<br>RALEIGH NC 27609 | CREDITOR ID: 407090-MS<br>PITTMAN, JOHNNY L.<br>334 SMALLWOOD AVE.<br>FT. PIERCE FL 34982 |
| CREDITOR ID: 405371-95<br>PLAYTEX FAMILY PRODUCTS<br>PO BOX 7016<br>CREDIT DEPT<br>DOVER DE 199037016 | CREDITOR ID: 407091-MS<br>PLESE, DONALD<br>1724 CALOOSA ESTATE CT.<br>LABELLE FL 33935 | CREDITOR ID: 405373-95<br>PLF INC<br>1935 STONEBRIDGE ROAD<br>WESTBEND WI 53095 |
| CREDITOR ID: 405374-95<br>PLIANT CORP<br>DEPT CH 10296<br>PALATINE IL 60055-0296 | CREDITOR ID: 407092-MS<br>POLLOCK JR., JESSE T.<br>9921 FARMINGTON<br>BEN BROOK TX 76126 | CREDITOR ID: 407093-MS<br>POLLOCK, RICHARD<br>28021 SOUTHWEST 162 AVE.<br>HOMESTEAD FL 33033 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405375-95<br>POLY MEDICA HEALTHCARE INC<br>P O BOX 340070<br>BOSTON MA 02241-0470 | CREDITOR ID: 405376-95<br>POORE BROTHERS<br>3500 S LA COMETA<br>GOODYEAR AZ 85338 | CREDITOR ID: 405377-95<br>PORT CONSOLIDATED<br>PO BOX 680400<br>MIAMI FL 33168-0400 |
| CREDITOR ID: 407094-MS<br>PORTER, WILLIAM F.<br>2620 INGELWOOD<br>LAKE CITY FL 32055 | CREDITOR ID: 405378-95<br>POSTAL CENTER INTL INC<br>PO BOX 918678<br>ORLANDO FL 32891-8678 | CREDITOR ID: 407095-MS<br>POUND, ROBERT<br>199 ROCKCASTLE VILLA<br>SHEPHERDSVILLE KY 40165 |
| CREDITOR ID: 407096-MS<br>POUNDERS, SHAYNE<br>15519 FLOUNDER RD.<br>JACKSONVILLE FL 32226 | CREDITOR ID: 407097-MS<br>POWELL, CHARLES E.<br>1206 CELY RD.<br>EASLEY SC 29640 | CREDITOR ID: 407098-MS<br>POWELL, SAMUEL<br>311 CRENSHAW ST.<br>EASLEY SC 29640 |
| CREDITOR ID: 407099-MS<br>POWERS, MONTY H.<br>1570 SANDY SPRINGS DR.<br>FLEMING ISLAND FL 32003 | CREDITOR ID: 407100-MS<br>POWNALL, JAMES R.<br>281 OAK HAMMOND DR.<br>KENNESAW GA 30152 | CREDITOR ID: 405379-95<br>PRATERS FOODS<br>ROUTE 9 BOX 420<br>LUBBOCK TX 79423 |
| CREDITOR ID: 405380-95<br>PRAXAIR DISTRIBUTION SOUTHEAST LLC<br>DEPT AT 40473<br>ATLANTA GA 31192-0473 | CREDITOR ID: 405382-95<br>PRECISION LOCK & KEY<br>2005 E DERENNE AVE<br>SAVANNAH GA 31406 | CREDITOR ID: 405383-95<br>PREMIUM INGREDIENTS LTD<br>135 S LASALLE DEPT 2249<br>CHICAGO IL 60674 |
| CREDITOR ID: 407101-MS<br>PRESCOTT, JOHN T.<br>610 NW 102 WAY<br>PLANTATION FL 33324 | CREDITOR ID: 405386-95<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN D 750962<br>CORPORATE LOCK BOX PIN 10387<br>DES MOINES IA 50306-8245 | CREDITOR ID: 407102-MS<br>PRINGLE, J.W.<br>5794 LAUREL GREEN CIRCLE<br>BOYNTON BEACH FL 33437 |
| CREDITOR ID: 405387-95<br>PRO SWEEP<br>17124 FOX RIDGE DRIVE<br>C/O SHANE BURKETT<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 405388-95<br>PROCTER & GAMBLE DIST CO<br>ATTN: LINDA LEBLANC<br>10151 DEERWOOD PARK BLVD 300<br>SUITE 230<br>JACKSONVILLE FL 32256 | CREDITOR ID: 405389-95<br>PROFESSIONAL SCREEN PRINTING INC<br>AKA PROSCREEN<br>P.O.BOX 273267<br>TAMPA FL 33688-3267 |
| CREDITOR ID: 405390-95<br>PROGRESSIVE STAFFING NETWORK<br>811 SAINT MICHAEL PLACE<br>LITTLE ROCK AR 72211 | CREDITOR ID: 405391-95<br>PROMISED LAND DAIRY<br>4603 SOUTH PRESA STREET<br>SAN ANTONIO TX 78223 | CREDITOR ID: 405392-95<br>PROS CHOICE BEAUTY CARE<br>2060 9TH AVE<br>RONKONKOMA NY 11779 |
| CREDITOR ID: 407104-MS<br>PRUGH, STEPHEN<br>35025 RAINTREE DRIVE<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 405393-95<br>PSMA LTD AP FLA FP FLA TIC<br>%PHILIPS INTL HOLDING CORP<br>417 FIFTH AVE<br>3RD FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 397687-99<br>PUBLIC SERVICES OF NORTH CAROLINA<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 407105-MS
PUMPHREY, THOMAS G.
P.O. BOX 2649
PONTE VEDRA BEACH FL 32004

CREDITOR ID: 405396-95
PURCELL INTERNATIONAL
2499 N MAIN ST
WALNUT CREEK CA 94596-1097

CREDITOR ID: 405398-95
PURDUE FREDERICK COMPANY
STEVE BISHOP
9708 WOODWIND WAY
VIENNA VA 22182

CREDITOR ID: 405399-95
PURIFIED AIR SERVICES
393 SESSIONS ST BLDG 2
MARIETTA GA 30060

CREDITOR ID: 405400-95
PURITY DAIRIES INC
PO BOX 100957
NASHVILLE TN 37224

CREDITOR ID: 405401-95
PURITY WHOLESALE GROCERS
135 S LASALLE ST DEPT #2375
CHICAGO IL 60674-2375

CREDITOR ID: 405404-95
QUALITY KING
ATTN SUE SQUITIERI
2060 NINTH AVE
RONKONKOMA NY 11779

CREDITOR ID: 405405-95
QUALITY TREATS INC
7214 MEETING STREET
CHARLOTTE NC 28210

CREDITOR ID: 407106-MS
QUALLS, TERRY
10969 NORTH RUNWAY CIRCLE
GLEN ST. MARY FL 32040

CREDITOR ID: 405407-95
QUICKWAY TRANSPORTATION
P O BOX 410446
NASHVILLE TN 37241-0446

CREDITOR ID: 405409-95
R C COLA OF JACKSON
P O BOX 30962
MEMPHIS TN 38130

CREDITOR ID: 405410-95
R M PALMER COMPANY
ATTN JONI BIXLER
PO BOX 1723
READING PA 19603

CREDITOR ID: 407107-MS
RABON, DEWAYNE H
992 BLACKBERRY LANE
JACKSONVILLE FL 32259

CREDITOR ID: 407109-MS
RAINWATER, EVAN L.
1943 ROSE MALLOW
ORANGE PARK FL 32003

CREDITOR ID: 405413-95
RALSTON FOODS CEREAL ONLY
ATTN JENNIFER DRAGON 27R
800 MARKET ST
ST LOUIS MO 63101

CREDITOR ID: 407110-MS
RAMBO, RANDALL L.
5815 NW 119TH DRIVE
CORAL SPRINGS FL 33076

CREDITOR ID: 405416-95
RANDSTAD
PO BOX 277075
ATLANTA GA 30384

CREDITOR ID: 407111-MS
RANKIN, JERRY L.
5007 AUTHUR ST.
MOSS POINT MS 39563

CREDITOR ID: 405418-95
RAPPAPORT MANAGEMENT CO
DEPARTMENT 1103-003
8081 WOLFTRAP RD SU 210
VIENNA VA 22182-5182

CREDITOR ID: 407112-MS
RASBERRY, TRAVIS D.
P.O. BOX 285
DUBLIN TX 76446

CREDITOR ID: 407113-MS
RAULERSON, CHARLES
2199 ASTOR ST., NO. 202
ORANGE PARK FL 32073

CREDITOR ID: 407114-MS
RAULERSON, RICHARD
3401 N. HERON DR.
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 405420-95
RAYTEC CORPORATION
9375 W COMMERCE CIRCLE SUITE #9
WILSONVILLE OR 97070

CREDITOR ID: 405421-95
RBJ SALES INC
P O BOX 588
DRESDEN TN 38225

CREDITOR ID: 405423-95
RD CANDLES
PO BOX 730684
DALLAS TX 75373-0684

CREDITOR ID: 405424-95
RE TRANSPORTATION INC
PO BOX 105
DEPT 6600
MEMPHIS TN 38101

CREDITOR ID: 407115-MS
REAMER, KENNETH D
4681 GOODWIN RD
MILLBROOK AL 36054

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407116-MS<br>RECHSTEINER, JAMES<br>3291 MCGARITY LANE<br>KENNESAW GA 30144 | CREDITOR ID: 405426-95<br>RECKITT BENCKISER<br>PO BOX 100918<br>ATLANTA GA 30384 | CREDITOR ID: 405427-95<br>RED GOLD INC<br>PO BOX 83<br>ELWOOD IN 46036 |
| CREDITOR ID: 405428-95<br>REDDY ICE<br>3535 TRAVIS   STE 170<br>DALLAS TX 75204 | CREDITOR ID: 407117-MS<br>REDNOUR, STEVE K<br>570 BARBARA SUE LANE<br>MT WASHINGTON KY 40047 | CREDITOR ID: 407118-MS<br>REDWINE, BRADLEY L.<br>2219 PRESERVATION DR.<br>PLANT CITY FL 33566 |
| CREDITOR ID: 407120-MS<br>REED, WILLIAM L.<br>1871 LEXINGTON PLACE<br>TARPEN SPRINGS FL 34689 | CREDITOR ID: 405430-95<br>REED-UNION CORPORATION<br>135 S LASALLE DEPT 2365<br>CHICAGO IL 60674-2365 | CREDITOR ID: 407121-MS<br>REESE, JERRY A.<br>112 SHAW ST.<br>MARTINEZ GA 30907 |
| CREDITOR ID: 405432-95<br>REFRIGERATION WHOLESALE<br>129 S PORT RD<br>SPARTANBURG SC 29306 | CREDITOR ID: 405433-95<br>REILLY DAIRY & FOOD CO<br>P O BOX 19217<br>TAMPA FL 33686-9217 | CREDITOR ID: 405434-95<br>REILY FOODS COMPANY<br>640 MAGAZINE ST<br>ATTN ROBYN FOLTMER<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 405437-95<br>REQUA INC<br>P O BOX 4008<br>GREENWICH CT 06830 | CREDITOR ID: 405438-95<br>REVELS BARBECUE CENTER<br>PO BOX 505<br>LAURINGBURG NC 28352 | CREDITOR ID: 405439-95<br>REVLON INC<br>ATTN KEITH ABBOTT<br>PO BOX 6118<br>OXFORD NC 27565 |
| CREDITOR ID: 405440-95<br>REXAM BEVERAGE CAN COMPANY<br>ATTN FLORENCE DAMPTZ A/R<br>8770 WEST BRYN MAWR STE 175<br>CHICAGO IL 60631-3655 | CREDITOR ID: 407123-MS<br>REYNOLDS, MELVIN A.<br>41 RHODODENDRON LANE<br>TALKING ROCK GA 30175 | CREDITOR ID: 407124-MS<br>REYNOLDS, WILLIAM F.<br>2009 STEEPLECHASE DR.<br>ROCK HILL SC 29832 |
| CREDITOR ID: 407125-MS<br>RHODEN, ALVIA<br>4712 ORTEGA FOREST DR.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 407126-MS<br>RHODES, STEPHEN<br>1450 WALDEN OAKS PLACE<br>PLANT CITY FL 33566 | CREDITOR ID: 407127-MS<br>RICE, PATRICK<br>2380 HILLCREEK CIRCLE EAST<br>CLEARWATER FL 33759 |
| CREDITOR ID: 405442-95<br>RICH PRODUCTS CORP<br>DEDUCTION DEPT<br>PO BOX D<br>BUFFALO NY 14222 | CREDITOR ID: 407128-MS<br>RICH, WILLIAM<br>102 E. OTTER RIDGE<br>GOODE VA 24556 | CREDITOR ID: 407131-MS<br>RICHARDSON, DANIEL J.<br>799 PLANTATION WAY<br>GALLATIN TN 37066 |
| CREDITOR ID: 407132-MS<br>RICHARDSON, HAROLD L.<br>1550 MERIWETHER RD.<br>MONTGOMERY AL 36117 | CREDITOR ID: 407133-MS<br>RICHARDSON, JIMMY<br>117 PEARCE ST.<br>MONROE GA 30655 | CREDITOR ID: 407134-MS<br>RICHARDSON, ROBERT G<br>3880 SE  38TH  LOOP<br>OCALA FL 34480 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:  05-03817-3F1**

CREDITOR ID: 405443-95
RICH-SEA PAK CORPORATION
RICH-SEA PAK CORPORATION
P O BOX 667
ST SIMONS ISLAND GA 31522

CREDITOR ID: 405447-95
RICOLA
51 GIBRALTAR DR
MORRIS PLAINS NJ 07950

CREDITOR ID: 407136-MS
RIDDLE, RAY
305 WESTWOOD DR.
MIDDLETOWN KY 40243

CREDITOR ID: 405448-95
RING POWER CORPORATION
PO BOX 45022
JACKSONVILLE FL 32232-5022

CREDITOR ID: 405450-95
RIVER CITY TRADERS INC
P O BOX 208
OLIVE BRANCH MS 38654

CREDITOR ID: 405451-95
RIVER RIDGE CHRISTIAN ACADEMY
1617 HICKORY AVE
HARAHAN LA 70123

CREDITOR ID: 405452-95
RIVIANA FOODS, INC.
PO BOX 62739
NEW ORLEANS LA 70162-6273

CREDITOR ID: 407137-MS
ROACH JR., HARVEY M.
2730 BARKER RD.
ST. CLOUD FL 34771

CREDITOR ID: 407138-MS
ROBBINS, DONALD
6523 SOLANDRA CIRCLE NORTH
JACKSONVILLE FL 32210

CREDITOR ID: 405454-95
ROBERT BEARDEN INC
C\O CITICAPITOL COMMERCIAL CORP
PO BOX 9187
MINNEAPOLIS MN 55480-9187

CREDITOR ID: 405458-95
ROBERT GISEVIUS
8850 GERVAIS STREET
NEW ORLEANS LA 70127

CREDITOR ID: 405459-95
ROBERT HALF TECHNOLOGY
PO BOX 6248
CAROL STREAM IL 60197-6248

CREDITOR ID: 407140-MS
ROBERTS, BARRY
8728 OVERLAND DR.
FT. WORTH TX 76179

CREDITOR ID: 407141-MS
ROBERTSON, RICHARD C.
6294 CALLIE STREET
MILTON FL 32570

CREDITOR ID: 405463-95
ROCK HILL COCA COLA
PO BOX 2555 CRS
ROCK HILL SC 29730

CREDITOR ID: 405465-95
ROCKDALE CITIZEN
PO BOX 136
CONYERS GA 30012

CREDITOR ID: 407142-MS
RODENMAYER, NELSON
10210 CAMBRIC COURT
LOUISVILLE KY 40241

CREDITOR ID: 407445-93
RODRIGUEZ, ERYKA
C/O ROSEN & CHALIK, PA
ATTN: DEBI F CHALIK
10063 NW 1ST COURT
PLANTATION FL 33324

CREDITOR ID: 407143-MS
ROGERS, JIMMY L.
1441 BILLINGS DR.
HICKORY NC 28602

CREDITOR ID: 407144-MS
ROGERS, SUSAN
1196 GARRISON DR
ST. AUGUSTINE, FL 32092

CREDITOR ID: 407145-MS
ROLFE, ROBERT A.
13542 LAMIRADA CR.
WELLINGTON FL 33414

CREDITOR ID: 407146-MS
ROMAINE, MASON
4951 LONGBOW RD.
JACKSONVILLE FL 32210

CREDITOR ID: 405469-95
RONALD TOWNSEND
USE V# 770049
13440 ELLSWORTH LANE
JACKSONVILLE FL 32225

CREDITOR ID: 405470-95
ROS BBQ DISTRIBUTING COMPANY
2635 SPARROW SPRINGS ROAD
KINGS MOUTAIN NC 28086

CREDITOR ID: 405471-95
ROSE ART INDUSTRIES INC
6 REGENT STREET
LIVINGSTON NJ 70390000

CREDITOR ID: 405472-95
ROSELAND ELEMENTARY PTA
12516 TIME AVE
ROSELAND LA 70456

CREDITOR ID: 405473-95
ROSINA FOOD PRODUCTS INC
5908 BRECKENRIDGE PARKWAY
TAMPA FL 33610

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405474-95<br>ROSS LABORATORIES<br>6480 BUSCH BLVD<br>COLUMBUS OH 43229 | CREDITOR ID: 407147-MS<br>ROSS, PATRICK J<br>112 MARTINIQUE CIRCLE<br>PONTE VEDRA BEACH FL 32082-1639 | CREDITOR ID: 407148-MS<br>ROSSITER, LEO F.<br>909 MCINTOSH DR.<br>BRANDON FL 33510 |
| CREDITOR ID: 405475-95<br>ROTHBURY FARMS<br>6330 SOUTHPOINT PARKWAY<br>JACKSONVILLE FL 32216 | CREDITOR ID: 407149-MS<br>ROTHROCK, SAM<br>3355 WEST INNES ST.<br>SALISBURY NC 28144 | CREDITOR ID: 405477-95<br>ROTO ROOTER<br>2376 W NINE MILE ROAD<br>PENSACOLA FL 32534 |
| CREDITOR ID: 405476-95<br>ROTO ROOTER<br>P O BOX 989<br>LYNN HAVEN FL 32444 | CREDITOR ID: 405478-95<br>ROTO ROOTER PLUMBERS<br>2001 N BELTLINE HWY<br>MOBILE AL 36618 | CREDITOR ID: 405479-95<br>ROTO-GUYS<br>PO BOX 31047<br>RALEIGH NC 27622 |
| CREDITOR ID: 405480-95<br>ROTO-ROOTER SEWER SERVICE<br>2317 KINGSTON ST<br>KENNER LA 70062 | CREDITOR ID: 407150-MS<br>ROWE, ROBERT A.<br>1770 EAGLE WATCH DR.<br>ORANGE PARK FL 32203 | CREDITOR ID: 405482-95<br>ROWLAND COFFEE ROASTERS<br>8080 NORTHWEST 58 STREET<br>MIAMI FL 33166 |
| CREDITOR ID: 407152-MS<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 405484-95<br>ROYAL CROWN BOTTLING<br>P O BOX 6930<br>EVANSVILLE IN 47719 | CREDITOR ID: 405485-95<br>ROYAL OAK SALES INC<br>P O BOX 530111<br>ATLANTA GA 30353-0111 |
| CREDITOR ID: 405486-95<br>ROYAL SERVICES<br>P O BOX 40665<br>JACKSONVILLE FL 32203-0665 | CREDITOR ID: 405487-95<br>RPH ON THE GO USA INC<br>DEPT 77-6402<br>CHICAGO IL 60678 | CREDITOR ID: 405488-95<br>RSD MAJESTIC SUPPLY CO<br>10966 NW 30TH PLACE<br>FT LAUDERDALE FL 33322 |
| CREDITOR ID: 405489-95<br>RUBBAIR DOOR<br>102 GROTON SHIRLEY RD<br>AYER MA 01432 | CREDITOR ID: 405490-95<br>RUBBERMAID HOME PRODUCTS<br>P 0 BOX 75290<br>CHICAGO IL 60675-5290 | CREDITOR ID: 405491-95<br>RUBIOS ROAD SERVICE<br>PO BOX 681<br>TAVERNIER FL 33070 |
| CREDITOR ID: 405492-95<br>RUDOLPH FOODS INC<br>PO BOX 1703<br>COLUMBUS OH 43271-1703 | CREDITOR ID: 405493-95<br>RUG DOCTOR LP<br>PO BOX 200985<br>DALLAS TX 75320-0985 | CREDITOR ID: 405494-95<br>RUIZ FOOD PRODUCTS INC<br>PO BOX 953730<br>ST LOUIS MO 63195-3730 |
| CREDITOR ID: 407153-MS<br>RUMMAGE, KENNETH<br>280 BRIAR CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 407154-MS<br>RUSHING, JAMES L<br>1720 TWELVE OAKS LANE<br>PRATTVILLE AL 36066 | CREDITOR ID: 407155-MS<br>RUSS JR., EDWARD W.<br>1532 N 7TH STREET<br>JACKSONVILLE BEACH FL 32250 |

SUPPLEMENTAL SERVICE LIST

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407156-MS<br>RUSSELL, JOSEPH F.<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243 | CREDITOR ID: 407157-MS<br>RUSSELL, MICHAEL W<br>2149 GINHOUSE DRIVE<br>MIDDLEBURG FL 32068-5073 | CREDITOR ID: 407158-MS<br>RUSSELL, WAYNE V.<br>101 STONEBRIDGE CIRCLE<br>CARY NC 27611 |
| CREDITOR ID: 405496-95<br>RWH TRUCKING INC<br>P O BOX 968<br>OAKWOOD GA 30566-0968 | CREDITOR ID: 407159-MS<br>RYAN JR., HOMER C.<br>10255 WEST BLUE SPRINGS COURT<br>HOMASSASA FL 34445 | CREDITOR ID: 405497-95<br>S C JOHNSON<br>ATTN: COLLEN M ACETO#366<br>1525 HOWE STREET<br>RACINE WI 53403 |
| CREDITOR ID: 405498-95<br>S D THOMAS<br>PO BOX 18115<br>NEWARK NJ 07107 | CREDITOR ID: 407161-MS<br>SABATTUS, PAUL<br>10253 PARADISE VALLEY<br>CONROE TX 77304 | CREDITOR ID: 405499-95<br>SABEL STEEL SERVICE<br>PO BOX 830874<br>BIRMINGHAM AL 35283-0874 |
| CREDITOR ID: 405500-95<br>SABEL WHOLESALE CENTER<br>P O BOX 830874<br>BIRMINGHAM AL 35283-0874 | CREDITOR ID: 407162-MS<br>SADLOWSKI, LARRY J.<br>706 PINTAIL COURT<br>GRANDBURY TX 76049 | CREDITOR ID: 405502-95<br>SAFE STRAP COMPANY<br>30 CENTRE RD UNIT 1<br>SOMERSWORTH NJ 03878 |
| CREDITOR ID: 405503-95<br>SAFELINE METAL DETECTION<br>P O BOX 860683<br>ORLANDO FL 32886-0683 | CREDITOR ID: 405504-95<br>SAFETY KLEEN CORP<br>5400 LEGACY DRIVE<br>CLUSTER II BUILDING 3<br>PLANO TX 75024 | CREDITOR ID: 405505-95<br>SAFETY SYSTEMS OF BILOXI INC<br>PO BOX 6039<br>BILOXI MS 39454-6039 |
| CREDITOR ID: 405506-95<br>SALEM TECHNOLOGIES INC<br>ACCOUNTS RECEIVABLE DEPARTMENT<br>1001 SOUTH MARSHALL ST STE 92<br>WINSTON SALEM NC 27101 | CREDITOR ID: 405507-95<br>SALIX CORPORATION<br>2003 CORP DR<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 405508-95<br>SALTON INC<br>SALTON/TOASTMASTER INC<br>1801 N STADIUM BLVD<br>ATTN KIM COATS<br>COLUMBIA MO 65202 |
| CREDITOR ID: 405509-95<br>SAM GROUP INC<br>11 SMITH HINES ROAD<br>GREENVILLE SC 29607 | CREDITOR ID: 405510-95<br>SAMPCO<br>135 SOUTH LA SALLE STREET<br>DEPT 2581<br>CHICAGO IL 60674 | CREDITOR ID: 405512-95<br>SAND DOLLAR DIST<br>3184 N ANDREWS EXT<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 407164-MS<br>SANDERS, MARTIN LEE<br>404 CHIPLEY PLACE WEST<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407165-MS<br>SANDS, JAMES E.<br>7948 NORTH GLEN DR., APT. 2103<br>IRVING TX 75063 | CREDITOR ID: 405515-95<br>SANFORD CORPORATION<br>DIVISION OF NEWELL CORP<br>NEWELL CENTER<br>29 EAST STEPHENSON ST<br>FREEPORT IL 61032 |
| CREDITOR ID: 407166-MS<br>SANSON, RAPHAEL<br>166 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 405516-95<br>SANTANA ENTERPRISES INC<br>1271 LAQUINTA DRIVE #7<br>ORLANDO FL 32809 | CREDITOR ID: 405517-95<br>SARA LEE BAKERY<br>SARA LEE BAKERY<br>8300 96TH AVE<br>ATTN VALERIE HELDON<br>ZEELAND MI 49464 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405518-95<br>SARA LEE BAKERY GROUP<br>1786 MACK SMITH ROAD<br>ROSSVILLE GA 30741 | CREDITOR ID: 405519-95<br>SARA LEE COFFEE & TEA<br>PO BOX 1040<br>SUFFOLK VA 23434-9998 | CREDITOR ID: 405520-95<br>SARA LEE SOCK<br>1823 EASTCHESTER DRIVE<br>HIGH POINT NC 27265 |
| CREDITOR ID: 405522-95<br>SARAH MICHAELS INC.<br>PO BOX 281907<br>ATLANTA GA 30384-1907 | CREDITOR ID: 405523-95<br>SARGENTO FOODS<br>ACOSTA SALES AND MARKETING CO<br>5650 BRECKENRIDGE PARK DRIVE<br>SUITE 301<br>TAMPA FL 33610 | CREDITOR ID: 405524-95<br>SATILLA CONVENIENT CARE<br>SATILLA WELLNESS<br>709 KNIGHT AVE<br>WAYCROSS GA 31501 |
| CREDITOR ID: 407167-MS<br>SAVOIR, EARL<br>105 LORELIE CIRCLE<br>SLIDELL LA 70458 | CREDITOR ID: 407168-MS<br>SCAIFE III, WILLIAM<br>10426 INNISBROOK DR.<br>JACKSONVILLE FL 32222 | CREDITOR ID: 407169-MS<br>SCAIFE, WILLIAM<br>1415 WINDSOR PLACE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 407170-MS<br>SCALLON, GREGORY L<br>1024 WHITETAIL DR<br>MANDEVILLE LA 70448 | CREDITOR ID: 405525-95<br>SCANA ENERGY<br>PO BOX 964<br>AUGUSTA GA 30903-0964 | CREDITOR ID: 397686-99<br>SCANA ENERGY MARKETING INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 405526-95<br>SCENIC CARD & NOVELTY INC<br>PO BOX 690231<br>ORLANDO FL 32869 | CREDITOR ID: 407171-MS<br>SCHAEFER, ROBERT W<br>5967 BALMORAL RD.<br>MONTGOMERY AL 36117 | CREDITOR ID: 405528-95<br>SCHERING PLOUGH HEALTH CARE<br>ADVANTAGE SALES / MARKETING<br>5908 BRECKENRIDGE PARKWAY<br>ATTN JOANNE KNOLL<br>TAMPA FL 33610 |
| CREDITOR ID: 405529-95<br>SCHICK WILKINSON SWORD<br>533 MARYVILLE UNIVERSITY DRIVE<br>ST LOUIS MO 63141 | CREDITOR ID: 405530-95<br>SCHILLI TRANSPORTATION SERV<br>L-2371<br>COLUMBUS OH 43260 | CREDITOR ID: 407172-MS<br>SCHINNELLER, DANIEL J<br>9211 CHANDLER OAKS COURT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 407173-MS<br>SCHLOSSER, JIM<br>728 WINNDING OAK TRAIL<br>LOUISVILLE KY 40223 | CREDITOR ID: 405531-95<br>SCHREIBER FOODS INC<br>ATTN: JODENE MOERICKE<br>PO BOX 19010<br>GREEN BAY WI 54307-9010 | CREDITOR ID: 405533-95<br>SCHWANS BAKERY INC<br>2855 ROLLING PIN LANE<br>SUWANEE GA 30024 |
| CREDITOR ID: 405532-95<br>SCHWAN'S SALES ENTERPRISES<br>115 WEST COLLEGE DRIVE<br>MARSHALL MN 56258 | CREDITOR ID: 405534-95<br>SCHWARZKOPF & HENKEL<br>ATTN SHELLEY GEIS<br>1063 MCGAW AVENUE SUITE 100<br>IRVINE CA 92614-5506 | CREDITOR ID: 407174-MS<br>SCHWIEGER, ROBERT C.<br>1137 DOVE AVE.<br>MIAMI SPRINGS FL 33166 |
| CREDITOR ID: 407175-MS<br>SCREWS, VIRGIL A.<br>1607 KINNAN TRAIL<br>DELAND FL 32720 | CREDITOR ID: 407176-MS<br>SCRIBNER, JAMES D.<br>255 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 405539-95<br>SEA WORLD SEAFOOD DIST INC<br>1510 SW 3RD ST<br>POMPANO BEACH FL 33069-3246 |

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407177-MS<br>SEAL, KEVIN M<br>250 BLACK FOREST RUN<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 405540-95<br>SEALD SWEET LLC<br>PO BOX 931728<br>ATLANTA GA 31193-1728 | CREDITOR ID: 405541-95<br>SEAMARC<br>430-A ANSIN BLVD<br>HALLANDALE FL 33009 |
| CREDITOR ID: 407178-MS<br>SEAY, DAVID<br>3404 NO FOUNTAIN CREST<br>KNOXVILLE TN 37918 | CREDITOR ID: 407179-MS<br>SEAY, THOMAS D<br>2401 NEVADA BLVD<br>CHARLOTTE NC 28273 | CREDITOR ID: 405542-95<br>SECURITY SOLUTIONS INC<br>2660-Q YONKERS RD<br>RALEIGH NC 27604 |
| CREDITOR ID: 407181-MS<br>SELLERS, MARK A<br>7096 NW 127TH WAY<br>PARKLAND FL 33076 | CREDITOR ID: 407182-MS<br>SELLS, JOHN W.<br>11441 LAUREL GREENWAY<br>JACKSONVILLE FL 32225 | CREDITOR ID: 405544-95<br>SEMINOLE COUNTY WATER & SEWER<br>PO BOX 2649<br>SANFORD FL 32772-2649 |
| CREDITOR ID: 405545-95<br>SENDERO COMMERCIAL INVESTMENTS PARK<br>PLACE LP C/O CIRES INC<br>1716 BRIARCREST SUITE 200<br>BRYAN TX 77802 | CREDITOR ID: 405546-95<br>SENECA FOODS CORPORATION<br>418 CONDE STREET<br>JANESVILLE WI 53546-3004 | CREDITOR ID: 405548-95<br>SERENA SOFTWARE INC<br>PO BOX 39000<br>DEPT 33088<br>SAN FRANCISCO CA 94403-2538 |
| CREDITOR ID: 405549-95<br>SERGEANTS PET CARE PRODUCTS INC<br>P O BOX 650615<br>DALLAS TX 75265-0615 | CREDITOR ID: 407183-MS<br>SEVIN, ALLEN<br>12510 BRIARMEAD LANE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 407184-MS<br>SEVIN, RONDALD A.<br>8904 MAGNOLIA CHASE CIRCLE<br>TAMPA FL 33674 |
| CREDITOR ID: 407185-MS<br>SHADOIN JR., GEORGE E.<br>600 NE 4TH ST<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 405552-95<br>SHADY MAPLE FARM<br>2700 MATHESON BOULEVARD EAST<br>SUITE 801 EAST TOWER<br>MISSISSAUGA ON L4W 4V9 | CREDITOR ID: 407187-MS<br>SHAW, LARRY<br>3455 PRAIRIE DR.<br>SNELLVILLE GA 30039 |
| CREDITOR ID: 407188-MS<br>SHEEHAN, DENNIS<br>216 DRIFTWOOD LANE<br>LARGO FL 33770 | CREDITOR ID: 407189-MS<br>SHEEHAN, JOHN R<br>701 GREAT EGRET WAY<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 407190-MS<br>SHEWBERT, TONY<br>5902 THORNHILL PLACE<br>FLOWERY BRANCH GA 30542 |
| CREDITOR ID: 407192-MS<br>SHOEMAKER, JOHN<br>405 GOLDEN GATE COURT<br>LOUISVILLE KY 40243 | CREDITOR ID: 405559-95<br>SHOPPES OF LIBERTY CIT LLC<br>%REDEVCO ENTERPRISES/ ANDA T ASHKAR<br>7491 W OAKLAND PARK BLVD  STE 306<br>FT LAUDERDALE FL 33319 | CREDITOR ID: 407193-MS<br>SHPTAUGH, JOHN D.<br>3657 WINGED FOOT CR.<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 407194-MS<br>SHUMAN, MARCUS R<br>9069 WANDER ABOUT CT<br>JACKSONVILLE FL 32221 | CREDITOR ID: 407195-MS<br>SHUMATE, JERRY<br>4694 CHANNING PARKWAY<br>ROCK HILL SC 29732 | CREDITOR ID: 407196-MS<br>SIERVELD, LEONARD R.<br>7828 MAUI PLACE<br>BAY ST. LOUIS MS 39520 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 405561-95
SIGNATURE BRANDS LLC
PO BOX 279
ATTN: ACCTS REC
OCALA FL 34478-0279

CREDITOR ID: 405562-95
SIGNS & DESIGNS
1137 JEFFREYS ROAD
ROCKY MOUNT NC 27804

CREDITOR ID: 405563-95
SIGNS IN SECONDS
1426 MADISON AVE
MONTGOMERY AL 36107

CREDITOR ID: 405564-95
SILGAN PLASTICS CORP
PO BOX  54
OTTAWA OH 45875

CREDITOR ID: 405565-95
SILVERGREEN LLC
12323 SOUTHWEST 133 COURT
MIAMI FL 33186

CREDITOR ID: 407197-MS
SIMMONS, KENNETH
9477 BERKLEY GLEN WAY
ELK GROVE CA 95624

CREDITOR ID: 405568-95
SIMPLEX GRINNELL
6450 METRO PLEX
FT MYERS FL 33912

CREDITOR ID: 407199-MS
SIMS, LEE R
3949 MARIE COOK DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 405569-95
SINGLETON SEAFOOD CO
C/O KAREN
PO BOX 2819
TAMPA FL 33601

CREDITOR ID: 405570-95
SIOUX HONEY ASSOCIATION
PO BOX 502579
ST LOUIS MO 63150-2579

CREDITOR ID: 405572-95
SIXTH WARD MIDDLE SCHOOL
795 CHOCTAW RD
THIBODAUX LA 70301

CREDITOR ID: 407203-MS
SKIPPER, ROY R.
2020 THE CRESCENT
CLERMONT FL 32711

CREDITOR ID: 405573-95
SKYLAND DISTRIBUTING
PO BOX 645
ARDEN NC 28704

CREDITOR ID: 405574-95
SLADE GORTON & CO INC
P O BOX 31312
HARTFORD CT 06150-1312

CREDITOR ID: 405575-95
SLIM FAST FOODS
88009 EXPEDITE WAY
CHICAGO IL 60695-0001

CREDITOR ID: 407204-MS
SLOAN, MILLARD
7188 KENTUCK RD.
RINGGOLD VA 24586

CREDITOR ID: 407205-MS
SLOAN, SHAWN M
5538  WISHING STAR LANE
GREEN ACRES FL 33463

CREDITOR ID: 405576-95
SMALL PROPERTIES
MR ROBERT S SMALL
PO BOX 10287
GREENVILLE SC 296030287

CREDITOR ID: 407206-MS
SMART, SANDRA G
845 OLIVER ELLSWORTH ST.
ORANGE PARK FL 32073

CREDITOR ID: 405577-95
SMITH HOSIERY
PO BOX 88386
ATLANTA GA 30356-8386

CREDITOR ID: 407207-MS
SMITH JR., HERBERT W.
2406 LA MESA DR.
JACKSONVILLE FL 32205

CREDITOR ID: 405578-95
SMITH KLINE BEECHAM
PO BOX 1467
ATTN: FRAN SHIELDS
CUSTOMER SERV ACCT REP
PITTSBURGH PA 152301467

CREDITOR ID: 407209-MS
SMITH, BILL E.
3005 FORREST RIDGE DR.
DENTON TX 76205

CREDITOR ID: 407210-MS
SMITH, GRANT F.
173 JOHN BECK RD.
LEXINGTON NC 27292

CREDITOR ID: 407211-MS
SMITH, JAMES E.
3912 FAUNSDALE DR.
MONTGOMERY AL 36109

CREDITOR ID: 407212-MS
SMITH, JAMES L.
605 MACK DR.
VALDOSTA GA 31602

CREDITOR ID: 407213-MS
SMITH, JOE
218 HOLLY TREE LANE
SIMPSONVILLE SC 29681

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407214-MS<br>SMITH, MICHAEL<br>2311 SOUTH BROOK DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 407215-MS<br>SMITH, RAYMOND GENE<br>707 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 407216-MS<br>SMITH, ROBERT E.<br>6926 GREYSTONE ROAD<br>AFTON TN 37616 |
| CREDITOR ID: 407217-MS<br>SMITH, WILLIAM W.<br>16 TUXFORD CIRCLE<br>BELLA VISTA AR 72714 | CREDITOR ID: 407218-MS<br>SMOAK, TERRY<br>210 WOODDALE<br>EULESS TX 76039 | CREDITOR ID: 405579-95<br>SMS UNLIMITED INCORPORATED<br>405 ABEDEEN LANE<br>TOMS RIVER NJ 08753 |
| CREDITOR ID: 407219-MS<br>SNEED, JAMES E<br>1831 DENMARK DR<br>ORANGE PARK FL 32003 | CREDITOR ID: 405580-95<br>SNIDER TIRE INC<br>PO BOX 20283<br>GREENSBORO NC 27420-0283 | CREDITOR ID: 405581-95<br>SNYDER OVEN REPAIR<br>1030 OCOEE APOPKA ROAD<br>SUITE 230<br>APOPKA FL 32703 |
| CREDITOR ID: 405583-95<br>SOFTWARE SPECTRUM<br>PO BOX 840150<br>DALLAS TX 75284-0150 | CREDITOR ID: 407221-MS<br>SOLANA, HARRISON<br>7108 PEARCES ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 405584-95<br>SOLAR COSMETIC LABS INC<br>4920 NW 165 STREET<br>MIAMI FL 33014 |
| CREDITOR ID: 405585-95<br>SOMBRERO INC<br>8192 HWY 51<br>P O BOX 47<br>ARITON AL 36311-0047 | CREDITOR ID: 405587-95<br>SONMAN INC<br>564-A INTERNATIONAL PLACE<br>ROCKLEDGE FL 32955 | CREDITOR ID: 405588-95<br>SOUNDCOM LLC<br>3520 LORNA RIDGE DRIVE<br>HOOVER AL 35216 |
| CREDITOR ID: 279469-99<br>SOUTH CAROLINA ELECTRIC & GAS CO<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405590-95<br>SOUTH LAKE PRESS<br>737 8TH ST<br>CLERMONT FL 34711 | CREDITOR ID: 405591-95<br>SOUTH MARTIN REGIONAL UTILITY<br>6568 SE FEDERAL HWY<br>STEWART FL 34997-8383 |
| CREDITOR ID: 405592-95<br>SOUTH PLAZA  ASSOCIATES LLC<br>17757 US HIGHWAY 19 NORTH<br>C/O COLLIERS ARNOLD<br>CLEARWATER FL 33764 | CREDITOR ID: 405593-95<br>SOUTH WIN LIMITED PARTNERSHIP<br>699 BROAD ST SUITE 400<br>AUGUSTA GA 30901 | CREDITOR ID: 407224-MS<br>SOUTHARD, JAMES W.<br>3323 KYLE CT.<br>BOWLING GREEN KY 42101 |
| CREDITOR ID: 405594-95<br>SOUTHCO SWEEPING & MAINTENANCE<br>2318 MOULTRIE RD<br>CAMDEN SC 29020 | CREDITOR ID: 405595-95<br>SOUTHEAST ATLANTIC BEVERAGE CORP<br>P O BOX 40061<br>JACKSONVILLE FL 32203 | CREDITOR ID: 405597-95<br>SOUTHEASTERN MILLS INC<br>PO BOX 102098<br>ATLANTA GA 30368-2098 |
| CREDITOR ID: 405598-95<br>SOUTHERN COMPRESSORS & SUPPLIES<br>264 HARBOR CIRCLE<br>NEW ORLEANS LA 70126-1104 | CREDITOR ID: 405599-95<br>SOUTHERN FRAME<br>4380 MOBILE HWY<br>MONTGOMERY AL 36108 | CREDITOR ID: 405600-95<br>SOUTHERN GARDENS CITRUS CORP<br>PO DRAWER 1207<br>ATTN CASHIER<br>CLEWISTON FL 33440-1207 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405601-95<br>SOUTHERN IMPERIAL INC<br>PO BOX 2308<br>ROCKFORD IL 61131 | CREDITOR ID: 405602-95<br>SOUTHERN IMPORTERS<br>5923 W FRIENDLY AVE<br>GREENSBORO NC 27410 | CREDITOR ID: 405605-95<br>SOUTHERN SPECIALITIES<br>1400 SOUTHWEST 6TH COURT<br>SUITE B<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 407225-MS<br>SOUTHERN, RANDY<br>1628 HIGH HOLLY LANE<br>RALEIGH NC 27614 | CREDITOR ID: 405607-95<br>SOUTHLAKE UTILITIES INC<br>PO BOX 6209<br>TALLAHASSEE FL 32314-6209 | CREDITOR ID: 407480-99<br>SOUTHLAND-ARLINGTON WD DEL BUS TRUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407481-99<br>SOUTHLAND-ARLINGTON WD DEL BUS TRUS<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407471-99<br>SOUTHLAND-CRYSTAL RIVER WD DEL BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407470-99<br>SOUTHLAND-CRYSTAL RIVER WD DEL BUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407467-99<br>SOUTHLAND-MANSFIELD WD DEL BUS TRUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407466-99<br>SOUTHLAND-MANSFIELD WD DEL BUS TRUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407478-99<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 60602 |
| CREDITOR ID: 407479-99<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407226-MS<br>SOWDER, LONNIE<br>8607 AUTUM RIDGE COURT<br>LOUISVILLE KY 40242 | CREDITOR ID: 405608-95<br>SOWELL J C WHOLESALE MTS<br>369 T H TIPPETT ROAD<br>VIDALIA GA 30474 |
| CREDITOR ID: 405609-95<br>SPANGLER CANDY COMPANY<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVE<br>SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 405610-95<br>SPANKY'S DRAIN & SEWER SERVICE<br>PO BOX 40224<br>TUSCALOOSA AL 35404 | CREDITOR ID: 407227-MS<br>SPARKS, HAL E.<br>1653 ANNIE LOVE WAY<br>LOGANVILLE GA 30052 |
| CREDITOR ID: 407228-MS<br>SPARKS, ROBERT<br>15025 LILLY AVE.<br>BATON ROUGE LA 70816 | CREDITOR ID: 407229-MS<br>SPATOLA, VICTOR<br>4860 OAK POINTE WAY<br>SARASOTA FL 34233 | CREDITOR ID: 407230-MS<br>SPEARMAN, GERALD<br>1416 CREEKVIEW DR.<br>COLUMBIA SC 29210 |
| CREDITOR ID: 407231-MS<br>SPEARMAN, HOYT<br>2 WAY MYRTLE LANE<br>HILTON HEAD SC 29926 | CREDITOR ID: 405611-95<br>SPECIALTY BRANDS LP<br>36391 TREASURY CENTER<br>CHICAGO IL 60694-6300 | CREDITOR ID: 405612-95<br>SPECIALTY FOODS GROUP INC<br>135 S LASALLE STREET<br>DEPT 2378<br>CHICAGO IL 60674-2378 |
| CREDITOR ID: 405613-95<br>SPEEDIMPEX<br>805 PKWY PLZ  STE F<br>KISSIMMEE FL 34744 | CREDITOR ID: 405614-95<br>SPIC AND SPAN<br>PO BOX 51217<br>LOS ANGELES CA 90051-5517 | CREDITOR ID: 405615-95<br>SPONTEX INC<br>PO BOX 440297<br>NASHVILLE TN 37244-0297 |

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405616-95<br>SPROUTS LAWN AND LANDSCAPE<br>PO BOX 1389<br>HOUSTON TX 77251-1389 | CREDITOR ID: 405617-95<br>ST AUGUSTINE GAS CO<br>254 RIBERIA ST<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 405618-95<br>ST ROSE NURSERY<br>PO BOX 70930<br>CHICAGO IL 60673-0930 |
| CREDITOR ID: 407233-MS<br>STAAB, MARVIN J.<br>6104 CEDAR DONNE CIRCLE<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 407234-MS<br>STALLINGS, DONNA<br>6087 WELLS RD.<br>MCCLENNY FL 32063 | CREDITOR ID: 407235-MS<br>STALLO, LEN<br>525 S. MASON MONTGOMERY<br>MASON OH 45040 |
| CREDITOR ID: 405621-95<br>STANDARD COFFEE<br>640 MAGAZINE STREET<br>NEW ORLEANS LA 70130 | CREDITOR ID: 405622-95<br>STANDARD OFFICE SYSTEMS<br>1880 BEAVER RIDGE CIRCLE<br>NORCROSS GA 30071 | CREDITOR ID: 407236-MS<br>STANFORD, CHARLES G.<br>121 BARTRAM PARKE DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407237-MS<br>STANKIEWICZ, LESLIE M.<br>3651 WINFAIR<br>MARIETTA GA 30062 | CREDITOR ID: 407238-MS<br>STANLEY, GERALD<br>243 RANCH RD.<br>JOSHUA TX 76058 | CREDITOR ID: 407239-MS<br>STASNEY, KENNETH<br>105 RYAN ST.<br>TAYLORS SC 29687 |
| CREDITOR ID: 405623-95<br>STEAK-UMM COMPANY LLC<br>153 SEARLES ROAD<br>POMFRET CENTER CT 06259-2305 | CREDITOR ID: 407240-MS<br>STEELE, GERALD<br>3149 COUNTY LAKE DRIVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 407241-MS<br>STEERMAN JR., BENJAMIN F.<br>1426 CHURCHHILL DR.<br>GASTONIA NC 28054 |
| CREDITOR ID: 407242-MS<br>STEPHENS, LEONARD H.<br>1005 LARK SPUR LOOP<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407243-MS<br>STEPHENSON, HUBERT A.<br>1204 JOHNSON DR.<br>BENBROOK TX 76126 | CREDITOR ID: 407244-MS<br>STEPHENSON, MARVIN<br>210 BENSON RD.<br>GARNER NC 27529 |
| CREDITOR ID: 405625-95<br>STETON TECHNOLOGY GROUP INC<br>P O BOX 879<br>SANTA CLARA UT 84765 | CREDITOR ID: 407245-MS<br>STEVENS, JAMES T.<br>1597 STODDARD CT.<br>KENNESAW GA 30144 | CREDITOR ID: 407246-MS<br>STEWARD, DEBRA<br>3425 WHARTON<br>FT. WORTH TX 76133 |
| CREDITOR ID: 407247-MS<br>STEWART, HARRY D.<br>11510 CIRCA DEL RIO PLACE<br>TEMPLE TERRACE FL 33617 | CREDITOR ID: 407248-MS<br>STEWART, LEON<br>4064 N. CONCORD DR.<br>CRYSTAL RIVER FL 34428 | CREDITOR ID: 407465-99<br>STILES WEST ASSOCIATES LTD<br>C/O BERGER SINGERMAN PA<br>ATTN: ARTHUR J SPECTOR, ESQ<br>350 E LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 405629-95<br>STOFFEL SEALS CORPORATION<br>DEPT AT 49984<br>ATLANTA GA 31192-9984 | CREDITOR ID: 407249-MS<br>STOLZ, GARY<br>2075 MARY ANN LANE<br>BURLESON TX 76028 | CREDITOR ID: 405630-95<br>STONIER TRANSPORTATION GROUP<br>3131 ST JOHNS BLUFF RD<br>JACKSONVILLE FL 32246 |

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405631-95<br>STONYFIELD FARM INC<br>PO BOX 9612<br>MANCHESTER NH 03108-9612 | CREDITOR ID: 405632-95<br>STORAGETEK FINANCIAL SERVICES<br>PO BOX 371106<br>PITTSBURGH PA 15251 | CREDITOR ID: 405633-95<br>STORCK USA LP<br>PO BOX 70198<br>CHICAGO IL 60673 |
| CREDITOR ID: 407251-MS<br>STOVER, THOMAS P<br>1217 MORNINGSIDE MEADOW LANE<br>MATTHEWS NC 28104 | CREDITOR ID: 407252-MS<br>STREMPEL JR., EDWARD P.<br>401 ARROWHEAD DR.<br>MONTGOMERY AL 36117 | CREDITOR ID: 407253-MS<br>STRICKLAND, BEDFORD J.<br>P.O. BOX 2947<br>HUNTSVILLE AL 34804 |
| CREDITOR ID: 407254-MS<br>STRICKLAND, GORDON<br>71 CILEWOOD COURT<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 405634-95<br>STROM PRODUCTS<br>DEPT 77-94351<br>CHICAGO IL 60678-4351 | CREDITOR ID: 407255-MS<br>STROTHERS, JUSTIN D.<br>1712 LOCHAMY LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407256-MS<br>STROUD, SHERRY C<br>7110 A HWY 96N<br>SELMA NC 27576 | CREDITOR ID: 405635-95<br>STRUCTURAL CONCEPTS CORP<br>888 PORTER RD<br>MUSKEGON MI 49441-5895 | CREDITOR ID: 407257-MS<br>STUCKER, GERALD R.<br>146 PLANTATION DR.<br>SHELBYVILLE KY 40065 |
| CREDITOR ID: 407258-MS<br>STUCKEY, JAMES R.<br>4746 OUTLOOK WAY<br>MARIETTA GA 30066 | CREDITOR ID: 407259-MS<br>STUCKLEY, ELIZABETH A.<br>534 LAUREL GROVE LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 407261-MS<br>STURGILL, RICHARD N.<br>2612 TUNBRIDGE LANE<br>ST. AUGUSTINE FL 32092 |
| CREDITOR ID: 407262-MS<br>SULLIVAN, MARSHALL<br>PO BOX 248<br>GRANDIN FL 32138 | CREDITOR ID: 405637-95<br>SUN & SKIN CARE RESEARCH INC<br>3270 SUNTREE BLVD STE 2<br>OCEAN POTION  **PREVIOUS ADDRESS**<br>MELBOURNE FL 32940 | CREDITOR ID: 405638-95<br>SUN BELT INC<br>5385 GATEWAY BOULEVARD<br>UNIT 15 6<br>LAKELAND FL 33811 |
| CREDITOR ID: 405639-95<br>SUN COAST MEDIA GROUP INC<br>PO BOX 2390<br>PORT CHARLOTTE FL 33949 | CREDITOR ID: 405640-95<br>SUN DIAMOND GROWERS<br>ATTN: PEGGY TRENT<br>5568 GILBRALTER DR<br>PLEASANTON CA 94588 | CREDITOR ID: 405641-95<br>SUN HERALD NEWSPAPERS<br>113 WARWICK ST<br>LONG BEACH MS 39560 |
| CREDITOR ID: 405642-95<br>SUN MAID GROWERS<br>ATTN CUSTOMER CLAIMS<br>5568 GIBRALTER DRIVE<br>PLEASANTON CA 94588 | CREDITOR ID: 405643-95<br>SUNBEAM CORP<br>P O BOX 930723<br>ATLANTA GA 31193 | CREDITOR ID: 405645-95<br>SUNDOWN VITAMIN COMPANY<br>ATTN VALERIE KEIRSTEAD US NUTRITION<br>2100 SMITHTOWN AVENUE<br>RONKONKOMA NY 11779 |
| CREDITOR ID: 405646-95<br>SUNKIST GROWERS INC<br>PO BOX 905449<br>CHARLOTTE NC 28290-5449 | CREDITOR ID: 405648-95<br>SUNSHINE BOUQUET<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>PO BOX 892<br>DAYTON NJ 08810-0892 | CREDITOR ID: 405649-95<br>SUNSHINE MILLS INC<br>FRED ELVERS<br>13302 ROSEMADE COVE<br>ORLANDO FL 32828 |

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005 at 5:00 PM Eastern Time**
**Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405650-95<br>SUNTORY WATER GROUP<br>ACOSTA SALES<br>5650 BRECKENRIDGE PARK DR SUITE 300<br>ATTN KIM HOWARD<br>TAMPA FL 33610 | CREDITOR ID: 405651-95<br>SUPERIOR HANDLING EQUIPMENT<br>767 NORTH BEACH STREET<br>ORMOND BEACH FL 32174 | CREDITOR ID: 405655-95<br>SUTTON FERNERIES<br>PO BOX 667600<br>MIAMI FL 33166-9402 |
| CREDITOR ID: 407263-MS<br>SUTTON JR., WILLIAM H.<br>407 PERTHSHIRE DR.<br>ORANGE PARK FL 32073 | CREDITOR ID: 407264-MS<br>SWAFFORD, STEPHEN D.<br>1202 GREENFERN DR.<br>GREENVILLE SC 29611 | CREDITOR ID: 405658-95<br>SWEDISH MATCH<br>PO BOX 986<br>OWENSBORO KY 42302-0986 |
| CREDITOR ID: 405659-95<br>SWEEP MASTERS<br>PO BOX 3116<br>GULFPORT MS 39505 | CREDITOR ID: 405660-95<br>SWEETWORKS INC<br>2 COKE ROAD<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 405661-95<br>SWIFT & CO<br>P O BOX 1067 FILE 96364<br>CHARLOTTE NC 28201-1067 |
| CREDITOR ID: 405662-95<br>SWIFT TRANSPORTATION CO INC<br>PO BOX 70406<br>CHICAGO IL 60673-0406 | CREDITOR ID: 405663-95<br>SWISHER INTERNATIONAL INC<br>ATTN NANCY<br>4590 E 16TH STREET<br>JACKSONVILLE FL 32206 | CREDITOR ID: 405665-95<br>SYNAGRO SOUTHEAST FLORIDA<br>7533 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 |
| CREDITOR ID: 405667-95<br>SYROCO<br>ATTN S. HOPLER CREDIT MANAGER<br>7528 STATE FAIR BOULEVARD<br>BALDWINSVILLE NY 13027 | CREDITOR ID: 405668-95<br>T G LEE DAIRY INC<br>315 N BUMBY AVE<br>ORLANDO FL 32803 | CREDITOR ID: 405669-95<br>T MARZETTI CO<br>ATTN: SHARON CORIELL<br>1105 SCHROCK ROAD<br>PO BOX 29163<br>COLUMBUS OH 43229 |
| CREDITOR ID: 405670-95<br>T W GARNER FOOD CO<br>PO BOX 4329<br>WINSTON SALEM NC 271154329 | CREDITOR ID: 405671-95<br>TAI FOONG USA INC<br>PO BOX 84868<br>SEATTLE WA 98124-6168 | CREDITOR ID: 405673-95<br>TALLAHASSEE DEMOCRAT<br>211 WOODMORE ROAD<br>PERRY FL 32347 |
| CREDITOR ID: 407265-MS<br>TALTON, MARK<br>5537 ALEXIS FOREST LANE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 407266-MS<br>TARKE, NELSON<br>7541 SW 134TH COURT<br>MIAMI FL 33183 | CREDITOR ID: 405676-95<br>TASTY BAKING CO<br>PO BOX 8500-9095<br>PHILADELPHIA PA 19178-9095 |
| CREDITOR ID: 407267-MS<br>TAYLOR JR., GEORGE B.<br>3743 COCHRAN LAKE RD.<br>MARIETTA GA 30062 | CREDITOR ID: 407268-MS<br>TAYLOR, CHARLES E.<br>4848 TRAWLER COURT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 405678-95<br>TCM IMAGINEERING INC<br>3850 SR 46 E<br>SANFORD FL 32771 |
| CREDITOR ID: 407269-MS<br>TEASDALE, WALTER<br>6507 STAFFORD TERRACE AVE.<br>PLANT CITY FL 33565 | CREDITOR ID: 405680-95<br>TECO PEOPLES GAS<br>ATTN PAM BAYYAT, DIR CUST A/S<br>PO BOX 2562<br>TAMPA FL 33601-2562 | CREDITOR ID: 405681-95<br>TED GLASS<br>7905 US HWY 1 S<br>ST AUGUSTINE FL 32086 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405684-95<br>TEKNOR APEX COMPANY<br>P O BOX 75979<br>CHARLOTTE NC | CREDITOR ID: 405685-95<br>TEL SOUTH COMMUNICATIONS INC<br>13700 MCCORMICK DRIVE<br>TAMPA FL 33626 | CREDITOR ID: 407270-MS<br>TEMPLETON, ROBERT H.<br>1114 WILLOW BRANCH DR.<br>SIMPSONVILLE SC 29680 |
| CREDITOR ID: 405687-95<br>TENNANT<br>PO BOX 1452<br>MINNEAPOLIS MN 554401452 | CREDITOR ID: 405691-95<br>TETLEY USA INC<br>P O BOX 75163<br>CHARLOTTE NC 28275-0163 | CREDITOR ID: 405692-95<br>TETRA<br>PO BOX 532654<br>ATLANTA GA 30353-2654 |
| CREDITOR ID: 407271-MS<br>TEUSCHER, REX D.<br>3976 BRANTLEY DR.<br>AUSTELL GA 30001 | CREDITOR ID: 407272-MS<br>THAMES, SHURFORD R.<br>1821 BRANDON DR.<br>FLORENCE SC 29501 | CREDITOR ID: 405693-95<br>THE ENCORE GROUP INC<br>111 CLOVERLEAF ROAD<br>WINSTON SALEM NC 27103 |
| CREDITOR ID: 405694-95<br>THE GAUNAURD GROUP INC.<br>PO BOX 52-0865<br>MIAMI FL 33152-0865 | CREDITOR ID: 405695-95<br>THE GREAT FISH COMPANY<br>PO BOX 538195<br>ATLANTA GA 30353-8165 | CREDITOR ID: 405696-95<br>THE LIBMAN COMPANY<br>DEPT 77- 5167<br>CHICAGO IL 60678-5167 |
| CREDITOR ID: 407408-93<br>THE OLIVE LAW FIRM, PA<br>ATTN: JON MCCACHREN<br>PO BOX 31515<br>CHARLOTTE NC 28231 | CREDITOR ID: 405698-95<br>THE TOPPS CO INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVE #1102<br>ALAMONTE SPRINGS FL 32714 | CREDITOR ID: 405699-95<br>THE TRIBUNE<br>P O BOX 69<br>FT PIERCE FL 34954 |
| CREDITOR ID: 405700-95<br>THE VILLAGE COMPANY LLC<br>ATTN DAN OLINGER<br>134 WEST COLUMBIA COURT<br>CHASKA MN 55318 | CREDITOR ID: 405703-95<br>THOMAS R KLINNER MD<br>5121 PROFESSIONAL CENTER<br>OOLTEWAH TN 37363 | CREDITOR ID: 407274-MS<br>THOMAS, SCOTT C.<br>3025 CULLEN LAKE SHORE DR.<br>ORLANDO FL 32812 |
| CREDITOR ID: 407275-MS<br>THOMAS, STEPHEN<br>1610 WHITE AVE.<br>ORLANDO FL 32806 | CREDITOR ID: 407276-MS<br>THOMAS, VERION W.<br>PO BOX 8081<br>FLEMING ISLAND FL 32006 | CREDITOR ID: 407277-MS<br>THOMAS, WILLIAM J.<br>4801 FINCH<br>METAIRIE LA 70001 |
| CREDITOR ID: 405704-95<br>THOMASVILLE TIMES<br>PO BOX 549<br>THOMASVILLE NC 27360 | CREDITOR ID: 405705-95<br>THOMASVILLE UTILITES<br>P O BOX 1397<br>THOMASVILLE GA 31799-1397 | CREDITOR ID: 405706-95<br>THOMPSON TRACTOR CO INC<br>PO BOX 10367<br>BIRMINGHAM AL 35202-0367 |
| CREDITOR ID: 407278-MS<br>THOMPSON, BERT J.<br>9100 STURBRIDGE PLACE<br>MONTGOMERY AL 36116 | CREDITOR ID: 407279-MS<br>THOMPSON, CHARLES M.<br>5041 ORTEGA FARMS BLVD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 407280-MS<br>THOMPSON, CLYDE<br>2632 LEXINGTON DR.<br>LA PLACE LA 70068 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407281-MS<br>THOMPSON, GLEN H.<br>2871 SWEET HOLLY DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 407282-MS<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK FL 32065 | CREDITOR ID: 407283-MS<br>THRIFT, WILLIAM S.<br>1005 EDMISTON PLACE<br>LONGWOOD FL 32779 |
| CREDITOR ID: 407284-MS<br>THURLOW JR, FRANK N<br>1601 BENTIN DR. SO<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 407285-MS<br>TIBBETTS, KENNETH V.<br>4072 THICKET LANE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 407286-MS<br>TICHENOR, ROBERT<br>2975 SPARKLEBERRY DRIVE<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 405708-95<br>TIERCE INDUSTRIAL  SERVICE<br>2541 TANGLEWOOD DR<br>MILLBROOK AL 36054 | CREDITOR ID: 407287-MS<br>TIMBROOK JR., STANLEY R.<br>230 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 405712-95<br>TIP TOP CANNING CO<br>PO BOX 126<br>TIPP CITY OH 45371 |
| CREDITOR ID: 407288-MS<br>TIPTON, KERMIT B.<br>37 CEDARCLIFF CIRCLE<br>ASHVILLE NC 28803 | CREDITOR ID: 407289-MS<br>TISON, LUTHER<br>2131 ARMSDALE RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 407290-MS<br>TOMBERLIN, GEORGE R<br>P O BOX 6098<br>AMELIA ISLAND FL 32035-6098 |
| CREDITOR ID: 407291-MS<br>TOMPKINS, JOHN T.<br>8413 SMITHTON RD.<br>LOUISVILLE FL 40219 | CREDITOR ID: 405715-95<br>TOMS FOOD INC<br>DRAWER CS198026<br>ATLANTA GA 30384-8026 | CREDITOR ID: 405716-95<br>TONE BROTHERS INC<br>%SPECIALTY BRANDS INC<br>PO BOX 7247-8271<br>PHILADELPHIA PA 19170-8271 |
| CREDITOR ID: 407292-MS<br>TONG, WILFORD W.<br>2059 DEERRIDGE AVE.<br>BATON ROUGE LA 70816 | CREDITOR ID: 405717-95<br>TORBITT & CASTLEMAN COMPANY<br>DEPARTMENT 94497<br>LOUISVILLE KY 40294-4497 | CREDITOR ID: 407293-MS<br>TOSCANO, AUGUST<br>7846 RITTENHOUSE LANE<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 405718-95<br>TOTAL OFFICE PRODUCTS<br>9456 PHILLIPS HWY<br>SUITE 9<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407294-MS<br>TOUCHTON, SAMUEL R.<br>869 E. MONTEGO RD.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 405719-95<br>TOUFAYAN BAKERY INC<br>9255 KENNEDY BLVD<br>NORTH BERGEN NJ 07047 |
| CREDITOR ID: 407295-MS<br>TOWE, SAMUEL G.<br>125 OCONEE STATION RD.<br>WALHALLA SC 29691 | CREDITOR ID: 405720-95<br>TOWN & COUNTRY SHOPPING CENTER<br>LEONARD A SELBER<br>HOLLAND & KNIGHT<br>50 N LAURA STREET #3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 405722-95<br>TOWN OF FUQUAY VARINA<br>1300 EAST ACADAMY ST<br>FUQUAY VARINA NC 27526 |
| CREDITOR ID: 405724-95<br>TRADERS HELPER<br>100 RUSSELL CHAPEL RD<br>SYLACAUGA AL 35150 | CREDITOR ID: 407296-MS<br>TRAFT, KENNETH R.<br>16597 MELLEN LANE<br>JUPITER FL 33478 | CREDITOR ID: 405725-95<br>TRAILER SERVICE INC<br>PO BOX 1789<br>MONTGOMERY AL 36102-1789 |

**SUPPLEMENTAL SERVICE LIST**
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 405726-95
TRANSPLACE LOWELL AR
135 S LASALLE DEPT 6109
CHICAGO IL 60674-6109

CREDITOR ID: 405727-95
TRANSPORTATION SOLUTIONS GROUP LLC
410 N MAY ST
SUITE 306
CHICAGO IL 60622

CREDITOR ID: 405729-95
TRAYCO INC
1307 NATIONAL CEMETERY RD
PO BOX 950
FLORENCE SC 29503-0950

CREDITOR ID: 407297-MS
TRAYLOR JR., WILLIAM
230 CEDAR RIDGE DR.
WETUMPKA AL 36093

CREDITOR ID: 407298-MS
TREADWAY, TOMMY L
4428 FRAZIER CIRCLE
TIFTON GA 31794

CREDITOR ID: 405733-95
TRESA WEINHOLD
1000 BROWARD ROAD
#516
JACKSONVILLE FL 32218

CREDITOR ID: 405734-95
TRI STATE TRADING
PO BOX 65223
CHARLOTTE NC 28265-0223

CREDITOR ID: 405735-95
TRIANGLE ICE CO
PO BOX 90518
RALEIGH NC 27675

CREDITOR ID: 405736-95
TRIDENT SEAFOOD
5303 SHILSHOLE AVE NW
SEATTLE WA 98107-4000

CREDITOR ID: 407299-MS
TRIMBLE, CECIL
151 REDWOOD DR.
RICHMOND KY 40475

CREDITOR ID: 407300-MS
TRIMMER, ROBERT C.
2031 NW 93RD AVE
PEMBROKE PINES FL 33024

CREDITOR ID: 405737-95
TRINIDAD BENHAM CORP
DEPT 0612
DENVER CO 80256-0091

CREDITOR ID: 405739-95
TRINITY LUTHERAN CHURCH OF ABITA
22139 LEVEL ST
ABITA SPRINGS LA 70428

CREDITOR ID: 405740-95
TRION INDUSTRIES
297 LAIRD STREET
WILKES BARRE PA 187026997

CREDITOR ID: 405742-95
TROPICAL DEL CAMPO INC
1400 NW 79 AVENUE
MIAMI FL 33126-1610

CREDITOR ID: 405743-95
TROPICAL FOOD AND PASTRY CORP
4847 EAST 10TH STREET
HIALEAH FL 33013

CREDITOR ID: 405744-95
TROPICANA PRODUCTS
PO BOX 644038
PITTSBURGH PA 15264-4038

CREDITOR ID: 405745-95
TRUCK GEN & AIR SERVICE INC
5731-4 COMMONWEALTH AVE
JACKSONVILLE FL 32254

CREDITOR ID: 405746-95
TRUCK SERVICE INC
PO BOX 5970
INDIANAPOLIS IN 46255-5970

CREDITOR ID: 405747-95
TRUCKPRO
PO BOX 198663
ATLANTA GA 30384-8663

CREDITOR ID: 407518-93
TUCKER, CRYSTAL
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD, SUITE 179
TAMPA FL 33602

CREDITOR ID: 407305-MS
TUCKER, EDWIN M
47247 WISTERIA DR.
HAMMOND LA 70401

CREDITOR ID: 407306-MS
TUCKER, ROYCE
717 NORTH CHAFFEE RD.
JACKSONVILLE FL 32220

CREDITOR ID: 407307-MS
TUCKER, TONY A.
102 HONEY HORN DR.
SIMPSONVILLE SC 29681

CREDITOR ID: 405748-95
TUPMAN THURLOW CO INC
AVON PRK SOUTH
40 TOWER LANE
AVON CT 06001

CREDITOR ID: 407406-93
TURNER, THERESA
C/O CRAWLEY LAW OFFICES, PLLC
ATTN: MICHAEL CRAWLEY STEELE
KOSCIUSKO OFFICE
PO BOX 1695
KOSCIUSKO MS 39090

CREDITOR ID: 405749-95
TURTLE WAX INC
PO BOX 95705
CHICAGO IL 60694-0001

**SUPPLEMENTAL SERVICE LIST**
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 405750-95
TWO POINT CONVERSIONS INC
4433 N RAVENSWOOD
CHICAGO IL 60640

CREDITOR ID: 405751-95
TWT DISTRIBUTING INCORPORATED
PO BOX 742054
ATLANTA GA 30374-2054

CREDITOR ID: 405753-95
TYCO HEALTHCARE RETAIL GROUP INC
PO BOX 820570
PHILADELPHIA PA 19182-0570

CREDITOR ID: 405754-95
TYCO PLASTICS
DEPT 0010450
PALANTINE IL 60055-0450

CREDITOR ID: 407309-MS
TYJEWSKI, WILLIAM C
3390 CHEYENNE LN
JACKSONVILLE FL 32223-3267

CREDITOR ID: 405756-95
TYLER MOUNTAIN WATER
PO BOX 2948
CHARLESTON WV 25330-2948

CREDITOR ID: 405758-95
TYSON FOODS
PO BOX 651241
CHARLOTTE NC 28265-1241

CREDITOR ID: 405759-95
TYSON FRESH MEATS INC
800 STEVENS PORT DRIVE
DAKOTA DUNES SD 57049

CREDITOR ID: 405760-95
U S A TODAY
8250 EXCHANGE DR
A/R
ORLANDO FL 32809

CREDITOR ID: 405761-95
U S MILLS INC
PO BOX 6048
SOUTHEASTERN PA 19398-6048

CREDITOR ID: 405763-95
UBF FOOD SOLUTIONS UBFNA
PO BOX 951150
DALLAS TX 75395-1150

CREDITOR ID: 405764-95
UNCLE BENS
ATTN HEIDI HANN
MASTERFOODS USA
800 HIGH STREET
HACKETTSTOEN NJ 07840

CREDITOR ID: 405765-95
UNICO INC.
1830 SECOND AVENUE NORTH
LAKE WORTH FL 33461

CREDITOR ID: 405766-95
UNIFIRST
3831 LOUISA ST
NEW ORLEANS LA 70126

CREDITOR ID: 405767-95
UNIFRUTTI OF AMERICA
PO BOX 8538-220
PHILADELPHIA PA 19171-0220

CREDITOR ID: 405768-95
UNILEVER BEST FOODS
PO BOX 75141
CHARLOTTE NC 28275

CREDITOR ID: 405769-95
UNILEVER HPC USA
ADVANTAGE SALES & MARKETING
ATTN DEBBIE JORDAN
7900 BELFORT PARKWAY SUITE #100
JACKSONVILLE FL 32256

CREDITOR ID: 405770-95
UNILOY MILACRON INC
DP 77083
PO BOX 77000
DETROIT MI 48277-0083

CREDITOR ID: 405771-95
UNIPATH DIAGNOSTICS CO
51 SAWYER RD
STE 200
ATTN ACCOUNTS RECEIVABLE
WALTHAM MA 02453

CREDITOR ID: 405772-95
UNITED CAPITAL FUNDING CORP
PO BOX 24450
TAMPA FL 33623

CREDITOR ID: 405774-95
UNITED INVESTORS REALTY
P O BOX 4346 DEPT 179
HOUSTON TX 77210-4346

CREDITOR ID: 405775-95
UNITED SUGARS CORP
ATTN DONNA WALDON
2550 UNIVERSITY AVE W #230 N
ST PAUL MN 55114

CREDITOR ID: 405777-95
UNIVAR USA INC
P O BOX 101-484
ATLANTA GA 30392-1484

CREDITOR ID: 405776-95
UNIVAR USA INC
P O BOX 951451
DALLAS TX 75395-1451

CREDITOR ID: 405778-95
UNIVERSAL GROUP INC
PO BOX 414153
BOSTON MA 02241-4153

CREDITOR ID: 407311-MS
UPTON, WILLIAM W
794 HIGHWAY 28 W
SOSO MS 39480

CREDITOR ID: 405781-95
US FOODSERVICE
PO BOX 409397
BANK OF AMERICA LOCKBOX SERVICE
BOX 409397 US FOODSERVICE
ATLANTA GA 30384-9397

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405782-95<br>US PLAYING CARDS<br>18927 5TH ST SW<br>LUTZ FL 33549 | CREDITOR ID: 405783-95<br>USA TODAY<br>C/O ACCOUNTING<br>PO BOX 4525<br>NORCROSS GA 30091-4525 | CREDITOR ID: 405785-95<br>V M INTERNATIONAL<br>PO BOX 31391<br>CHARLOTTE NC 28231-1391 |
| CREDITOR ID: 407312-MS<br>VALDESPINO JR, KEN E<br>12060 BRASSIE BEND, BUILDING 2 UNIT 101<br>FORT MYERS FL 33913-8609 | CREDITOR ID: 407313-MS<br>VALDESPINO, KEN<br>2037 HENLEY PLACE<br>WEST PALM BEACH FL 33414 | CREDITOR ID: 407314-MS<br>VALENTINE, OLIVER D.<br>804 HOLLY SPRINGS ESTATE RD.<br>FRANKLIN NC 28734 |
| CREDITOR ID: 405786-95<br>VALLEY FRESH INC<br>PO BOX 3359<br>BUFFALO NY 14240 | CREDITOR ID: 407315-MS<br>VAN PELT, CHARLES<br>9336 WHALEYS LAKE LANE<br>JONESBORO GA 30238 | CREDITOR ID: 407316-MS<br>VAN PELT, CHARLES H. C<br>140 KINGSTON DRIVE<br>ST. AUGUSTINE FL 32084-1374 |
| CREDITOR ID: 405790-95<br>VAN WINGERDEN INTERNATIONAL<br>556 JEFFRESS ROAD<br>FLETCHER NC 28732 | CREDITOR ID: 407317-MS<br>VANDETTE, DARRELL R.<br>1274 NW 66TH AVE.<br>MARGATE FL 33063 | CREDITOR ID: 407318-MS<br>VANGORDER, WILLIAM H.<br>2011 MILLCREEK RD.<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 407319-MS<br>VAUGHN, JAMES E.<br>900 CARDINAL RIDGE ROAD<br>BURLESON TX 76028 | CREDITOR ID: 407320-MS<br>VEATCH, STANLEY T.<br>2129 BIRCH BARK COURT E<br>JACKSONVILLE FL 32246 | CREDITOR ID: 405792-95<br>VELT SHERMAN RESIDUARY TRUST<br>VELT SHERMAN<br>27 W ANDREWS DRIVE NW<br>ATLANTA GA 30305 |
| CREDITOR ID: 405794-95<br>VENETIA VILLAGE CENTER<br>1801 ART MUSEUM DRIVE, SUITE 106<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405795-95<br>VENTURA FOODS LLC<br>LOU ANA DIVISION<br>PO BOX 591<br>ATTN JENNIFER CASTILLE<br>OPELOUSAS LA 70570 | CREDITOR ID: 405796-95<br>VERNS MAINTENANCE & REPAIR<br>4720 HIGHWAY 92<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 405797-95<br>VERTIS INC<br>PO BOX 65789<br>CHARLOTTE NC 28265-0789 | CREDITOR ID: 407322-MS<br>VICK, BILL<br>1213 JUSTIN LANE<br>CROWLEY TX 73036 | CREDITOR ID: 407323-MS<br>VICKERS, GREG<br>9841 CRESS WELL LANE NORTH<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 407324-MS<br>VICKERS, TERESA A<br>1004 EMILY'S WALK LANE EAST<br>JACKSONVILLE FL 32221 | CREDITOR ID: 407325-MS<br>VICKERY, NORMAN E.<br>9027 WOODRUN RD.<br>PENSACOLA FL 32514 | CREDITOR ID: 405799-95<br>VICTOR AUTOMOTIVE PRODUCTS INC<br>501 S WOLF RD<br>DES PLAINES IL 60016-3189 |
| CREDITOR ID: 405800-95<br>VICTORY WHOLESALE GROCERS<br>PO BOX 216<br>SPRINGBORO OH 450660216 | CREDITOR ID: 405798-95<br>VI-JON LABORATORIES INC<br>ATTN:  SANDY LAY<br>6300 ETZEL AVE<br>ST LOUIS MO 631331997 | CREDITOR ID: 405802-95<br>VILLA RICA RETAIL PORPERTIES LLC<br>%UNITED DEVELOPMENT<br>210 SANDY SPRINGS PLACE<br>ATLANTA GA 30328 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405803-95<br>VILLAGE OF WELLINGTON<br>PO BOX 889<br>LOXAHATCHEE FL 33470-0889 | CREDITOR ID: 405804-95<br>VILLAGE ROYALE PROPERTIES LLC<br>% INSIGNIA ESG INC SUNTRUST CTR<br>515 E LAS OLAS BLVD  STE 860<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 405806-95<br>VIRGINIA NATURAL GAS<br>PO BOX 79096<br>BALTIMORE MD 21279-0096 |
| CREDITOR ID: 405807-95<br>VIRGINIA-AMERICAN WATER/75030<br>PO BOX 580493<br>CHARLOTTE NC 28250-0493 | CREDITOR ID: 405808-95<br>VITASOY USA INC<br>ONE NEW ENGLAND WAY<br>AYER MA 01432 | CREDITOR ID: 407326-MS<br>VOEKS, DAVID<br>2441 C H ARNOLD ROAD<br>ST AUGUSTINE FL 32084 |
| CREDITOR ID: 407327-MS<br>VOGEL, FRANK<br>374 BROOKS LANE<br>SIMPSONVILLE KY 40067 | CREDITOR ID: 405809-95<br>VOGUE INTERNATIONAL<br>4027 TAMPA ROAD<br>SUITE #3200<br>OLDSMAR FL 34677 | CREDITOR ID: 405811-95<br>W D 40 COMPANY<br>PO BOX 30638<br>LOS ANGELES CA 90030-0638 |
| CREDITOR ID: 407489-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-POWDER SPRINGS WD DEL BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407484-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND BIRMINGHAM WD DEL BUS TRU<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407483-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-RIVER RIDGE WD DEL BUS TR<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 407482-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-RVIER RIDGE WD DEL BUS TR<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407477-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O NEAL GERGER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407476-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407475-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-SUMMERVILLE WD DEL BUS TR<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407474-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOTHLAND-SUMMERVILLE WD DEL BUS TRU<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407473-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-JONESBORO WD DEL BUS TRU<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 407472-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-JONESBORO WD DEL BUS TRUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407491-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-PONCIANA WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407490-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-PONCIANA WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407488-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-POWDER SPRINGS WD DEL BUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407487-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-AMITE WD DEL BUS TRUST<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407486-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-AMITE WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407485-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND BIRMINGHAM WD DEL BUS TRU<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407502-99<br>WACHTEL & MASYR LLP<br>ATTN: STEVE COHEN, GREG HABER<br>110 EAST 59TH STREET<br>NEW YORK NY 10022 | CREDITOR ID: 407328-MS<br>WADDELL, TIMOTHY F<br>799 BEACON KNOLL LANE<br>FORT MILL SC 29708 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407329-MS<br>WADE, HARRY D.<br>4355 FULTON RD.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 407330-MS<br>WADFORD, HOWARD S<br>613 CATHERINE FOSTER LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407331-MS<br>WAINWRIGHT, NETHA<br>2034 BRIARWOOD ST.<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 405813-95<br>WALCA INTERNATIONAL CORP<br>13067 SW 133 COURT<br>MIAMI FL 33186 | CREDITOR ID: 407333-MS<br>WALKER, STANLEY M<br>5401 BAYTOWNE PLACE<br>OVIEDO FL 32765 | CREDITOR ID: 407334-MS<br>WALLACE, HAYWOOD<br>2121 CARMEL VALLEY<br>LAPLACE LA 70068 |
| CREDITOR ID: 407336-MS<br>WALLS JR, EDWARD T<br>1605 RUSTY RAIL ROAD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 405814-95<br>WALTER P RAWL & SONS<br>518 WALTER RAWL RD<br>GILBERT SC 29054-9672 | CREDITOR ID: 407337-MS<br>WALTERS JR., E.T.<br>9738 NW 18TH STREET, BOX 35H<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 407338-MS<br>WALTERS SR., EDWARD T.<br>2814 TUPELO COURT<br>LONGWOOD FL 32779 | CREDITOR ID: 407340-MS<br>WALTERS, WILLIAM C.<br>321 GREENWOOD CIRCLE<br>PANAMA CITY BEACH FL 32407 | CREDITOR ID: 407341-MS<br>WALTON SR., ERNEST C.<br>6204 COLGATE RD.<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 407342-MS<br>WARDEN, HENRY C<br>PO BOX 7327<br>CHARLOTTE NC 28241 | CREDITOR ID: 405815-95<br>WARE ENERGY<br>PO BOX 32487<br>LOUISVILLE KY 40232-2487 | CREDITOR ID: 407343-MS<br>WARE, HERMAN E.<br>1438 LELAND DRIVE<br>SUN CITY CENTER FL 33573 |
| CREDITOR ID: 405817-95<br>WARREN J  RILEY<br>P O  BOX  4052<br>NEW ORLEANS LA | CREDITOR ID: 405818-95<br>WARREN OIL CO INC<br>PO BOX 1507<br>DUNN NC 28335 | CREDITOR ID: 405819-95<br>WASTE SERVICES INC<br>PO BOX 170669<br>BIRMINGHAM AL 35217 |
| CREDITOR ID: 407345-MS<br>WATHEN, PATRICK D.<br>2246 SEAMAN CR.<br>CHAMBLIE GA 30341 | CREDITOR ID: 407346-MS<br>WATKINS, DALE E.<br>316 VISTA DR.<br>WEATHERFORD TX 76087 | CREDITOR ID: 407347-MS<br>WATTS, ERVIN<br>112 MILL RUN PLACE<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 407348-MS<br>WATTS, JAMES D.<br>19195 WILD OAK LANE<br>PONCHATOULA LA 70454 | CREDITOR ID: 405824-95<br>WCB ICE CREAM<br>267 LIVINGSTON ST<br>NORTHVALE NJ 07647 | CREDITOR ID: 405825-95<br>WEAVER POPCORN CO INC<br>PO BOX 66453<br>INDIANAPOLIS IN 46266-6453 |
| CREDITOR ID: 407349-MS<br>WEAVER, DONALD A.<br>20 STONEBROOK FARM WAY<br>GREENVILLE SC 29615 | CREDITOR ID: 407350-MS<br>WEBB, AUTHOR C.<br>12723 CORMORANT COVE LANE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 407351-MS<br>WEBB, RONALD D.<br>4499 PEBBLE BROOK DR.<br>JACKSONVILLE FL 32224 |

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 405827-95
WEIDER NUTRITION
2002 SOUTH 5070 WEST
ATTN MEL TUKUAFU
SALT LAKE CITY UT 84104

CREDITOR ID: 405828-95
WEINGARTEN REALTY INVESTORS
ACCT 0197-001 T-WINNDL01
PO BOX 200518
HOUSTON TX 77216

CREDITOR ID: 405829-95
WEINSTEIN WHOLESALE MEATS INC
1328 W RANDOLPH ST
CHICAGO IL 60607

CREDITOR ID: 407352-MS
WELBORN, MIKE
6123 WOODLAND DR.
GILLSVILLE GA 30543

CREDITOR ID: 405830-95
WELCH FOODS
ACOSTA SALES
PO BOX 22889
DEBBIE ARCHAMBEAU
TAMPA FL 33610

CREDITOR ID: 407354-MS
WELCH, CLIFTON T.
52 SHINNECOCK DR.
PALM COAST FL 32137

CREDITOR ID: 407355-MS
WELCH, DAVID M
7855 TIMBERLIN PARK BLVD
JACKSONVILLE FL 32256

CREDITOR ID: 405831-95
WELLNESS CENTER
PO BOX 609
N WILKESBORO NC 28659

CREDITOR ID: 407357-MS
WELTY, DOUG
2920 KENT AVE.
METAIRE LA 70006

CREDITOR ID: 407358-MS
WENGROW, J.P.
2357 ROSEBERRY LANE
GRAYSON GA 30221

CREDITOR ID: 407359-MS
WESLEY, DALE
1296 BEARD LANE
BAGDAD KY 40003

CREDITOR ID: 407360-MS
WEST, PATRICK
1301 HIGHLAND
MANSFIELD TX 76063

CREDITOR ID: 407361-MS
WEST, TERRY A
751 CHERRY GROVE ROAD
ORANGE PARK FL 32073-4294

CREDITOR ID: 405834-95
WESTWOOD SHOPPING CENTER
MARRERO LAND & IMPROVEMENT
WESTWOOD SHOPPING CENTER
5201 WESTBANK EXPRESSWAY
MARRERO LA 70072

CREDITOR ID: 407362-MS
WETZEL, JACK T
6115 YUCCA DR
DOUGLASVILLE GA 30135

CREDITOR ID: 405835-95
WEYERHAEUSER COMPANY
PO BOX 406341
ATLANTA GA 30384-6341

CREDITOR ID: 405836-95
WHALEY FOOD SERVICE REPAIRS
PO BOX 4023
WEST COLUMBIA SC 29171-4023

CREDITOR ID: 405837-95
WHIRLPOOL CORP
150 HILLTOP ROAD
ATTN DOUG CLORE
ST JOSEPH MI 49085

CREDITOR ID: 405838-95
WHITE CASTLE DIST INC
MARKETING SPECIALISTS
5908 BRECKENRIDGE PKWY
TAMPA FL 33610

CREDITOR ID: 405839-95
WHITE PACKING CO INC
BOX 85503
RICHMOND VA 23285-5503

CREDITOR ID: 405840-95
WHITE RAIN
PO BOX 932376
ATLANTA GA 31193-2376

CREDITOR ID: 405841-95
WHITE WAVE INC
P O BOX 2327
ENGLEWOOD CO 80150-2327

CREDITOR ID: 407363-MS
WHITE, JACK K.
210 BRANDON AVE.
GREER SC 29651

CREDITOR ID: 407364-MS
WHITE, JAMES
5 MOSELY POINT
CHAPLIN SC 29036

CREDITOR ID: 407365-MS
WHITE, JOE T.
507 CYPRESS POINTE
WOODSTOCK GA 30189

CREDITOR ID: 407366-MS
WHITE, SIDNEY K.
5083 LAMBETH COURT
ACWORTH GA 30101

CREDITOR ID: 407367-MS
WHITENER, DANNY
4617B PINEHURST DR. S
AUSTIN TX 78747

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407368-MS<br>WHITESELL, BARRY<br>5708 CAMDEN DR.<br>WEDDINGTON NC 28104 | CREDITOR ID: 405842-95<br>WHITFIELD FOODS<br>PO BOX 35201<br>BIRMINGHAM AL 35201 | CREDITOR ID: 407369-MS<br>WHITFORD, DENNIS<br>16 BELFREY DR.<br>GREER SC 29650 |
| CREDITOR ID: 407370-MS<br>WHITLEY, CHARLES W.<br>102 ST. JOHNS AVE<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 407371-MS<br>WICKBOLDT, CHRIS A<br>650 RIDGESTONE CT<br>ORANGE PARK FL 32065 | CREDITOR ID: 407372-MS<br>WIEST, JAMES E.<br>8701 GLEN POINT RD.<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 405843-95<br>WIGINTON FIRE SYSTEMS<br>450 SOUTH COUNTY RD 427<br>LONGWOOD FL 32750 | CREDITOR ID: 405844-95<br>WILDCAT STRIPING & SEALING<br>PO BOX 88238<br>ATLANTA GA 30356 | CREDITOR ID: 407373-MS<br>WILDEY, THOMAS<br>P.O. BOX 1385<br>OKLAWAHA FL 32679 |
| CREDITOR ID: 405847-95<br>WILLIAMS SKIN CO<br>1812-A SAPONA ROAD<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 407377-MS<br>WILLIAMS, DALE A.<br>112 BRIARWOOD ROAD<br>FITZGERALD GA 31750 | CREDITOR ID: 407378-MS<br>WILLIAMS, GEORGE M<br>107 PALAM BAY BLVD<br>PANAMA CITY FL 32408 |
| CREDITOR ID: 407379-MS<br>WILLIAMS, JAMES A<br>3300 N.W. 123RD STREET<br>MIAMI FL 33167 | CREDITOR ID: 405850-95<br>WILLOW BROOK FOODS INC<br>PO BOX 972890<br>DALLAS TX 75391-0457 | CREDITOR ID: 405851-95<br>WILLOW FOODS INC<br>PO BOX 368<br>FALLS CITY NE 683550368 |
| CREDITOR ID: 407469-99<br>WILMINGTON TRUST CO AS TTEE OF<br>SOUTHLAND-ANDERSON WD DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407468-99<br>WILMINGTON TRUST CO AS TTEE OF<br>SOUTHLAND-ANDERSON WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407381-MS<br>WILSON, DONALD E.<br>761 FRUIT COVE DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407382-MS<br>WILSON, THOMAS L.<br>2129 YOUNG FARM PLACE<br>MONTGOMERY AL 36106 | CREDITOR ID: 407383-MS<br>WINDHAM, JOHN B.<br>4624 PARK DR. N.<br>METAIRE LA 70001 | CREDITOR ID: 407384-MS<br>WINGE, CHARLES E.<br>991 FLATWOODS TRAIL<br>GLENVILLE GA 30427 |
| CREDITOR ID: 407385-MS<br>WINN JR., JESSE R.<br>1203 LOCHCARRON LANE<br>CARY NC 27511 | CREDITOR ID: 405855-95<br>WINTER HAVEN HOSPITAL<br>C/O FIRST CARE<br>500 1ST STREET NORTHEAST<br>HEALTHWORKS<br>WINTER HAVEN FL 33881-4131 | CREDITOR ID: 405858-95<br>WITHLACOOCHEE RIVER ELEC COOP<br>PO BOX 100<br>DADE CITY FL 33526-0100 |
| CREDITOR ID: 405859-95<br>WM WRIGLEY JR CO<br>175 BAYRIDGE LANE<br>ATTN JEANNE HARSTAD<br>WESTON FL 33326 | CREDITOR ID: 405860-95<br>WOMANS CHILD DEVELOPMENT CENTER<br>8120 KELWOOD<br>BATON ROUGE LA 70806 | CREDITOR ID: 407386-MS<br>WOOD, LARRY B.<br>609 STARBURST LANE<br>RALEIGH NC 27603 |

SUPPLEMENTAL SERVICE LIST
Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005 at 5:00 PM Eastern Time
Proof of Claim Form

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:  05-03817-3F1**

CREDITOR ID: 407388-MS
WOODHAM, LARRY
8105 BUNKERHILL RD.
DUETLE FL 33834

CREDITOR ID: 407389-MS
WOOLEY, STEVE
580 SHADY NOOK DRIVE
DEATSVILLE AL 36022

CREDITOR ID: 407390-MS
WOOTEN, SONNY R.
1000 LONGTOWN RD. E.
BLYTHEWOOD SC 29016

CREDITOR ID: 407391-MS
WORDELL, LYDEN
4911 SW BIMINI CIRCLE  N
PALM CITY FL 34990

CREDITOR ID: 405861-95
WRIGHT GROUP LLC
PO BOX 90444
RALEIGH NC 27675-0444

CREDITOR ID: 407392-MS
WRIGHT, JACK T.
6937 HILLSWICK DR.
CHARLOTTE NC 28215

CREDITOR ID: 407393-MS
WRIGHT, JAMES A.
3826 BIGIN CHURCH RD. W.
JACKSONVILLE FL 32224

CREDITOR ID: 407394-MS
WRIGHT, JAMES A.
P.O. BOX 490
HOMOSASSA SPRING FL 34447

CREDITOR ID: 405862-95
WYETH CONSUMER HEALTHCARE
C/O CUSTOMER SERVICE
PO BOX 26609
RICHMOND VA 23261-6609

CREDITOR ID: 407395-MS
WYNN, JAMES S
513 WETHERBY LANE
SAINT AUGUSTINE FL 32092-1024

CREDITOR ID: 407396-MS
WYNN, ROBERT K
1603 PINE MARK CT.
ORANGE PARK FL 32003

CREDITOR ID: 405865-95
XPEDX
PO BOX 37889
JACKSONVILLE FL 32236

CREDITOR ID: 407397-MS
YANDELL, WILLIS
RT 8 BOX 2184
CLEBURNE TX 76031

CREDITOR ID: 407398-MS
YARBROUGH, WILLIAM C.
1255 ROUNDTREE CIRCLE
ROCK HILL SC 29732

CREDITOR ID: 407399-MS
YDE, ROBERT J.
1228 HARP STREET
RALEIGH NC 27604

CREDITOR ID: 407400-MS
YODER, ROBERT L.
800 N. BRAGG AVE.
LOOKOUT MOUNTAIN TN 37350

CREDITOR ID: 405868-95
YOFARM CO
PO BOX 30452
HARTFORD CT 06150

CREDITOR ID: 407402-MS
YOUNG, DAVID
1300 HIDEAWAY DRIVE SOUTH
JACKSONVILLE FL 32259

CREDITOR ID: 407403-MS
YOUNG, THEODORE
9198 WOODLEAF DRIVE
JONESBORO GA 30236

CREDITOR ID: 407404-MS
ZAHRA JR., E. ELLIS
824 MAPLETON TERRACE
JACKSONVILLE FL 32207

CREDITOR ID: 405871-95
ZATARAINS
PO BOX 6190
NEW ORLEANS LA 70114

CREDITOR ID: 405872-95
ZEE MEDICAL SERVICE CO
PO BOX 1210
INDIAN TRAIL NC 28079

CREDITOR ID: 405873-95
ZEPHYRHILLS WATER
2000 WESTRIDGE DRIVE
IRVING TX 75038

CREDITOR ID: 405874-95
ZIEGLER CONTRACT SERVICES
4615 REYNOSE DR SW
WINTER HAVEN FL 33801516

CREDITOR ID: 405875-95
ZILA PHARMACEUTICALS INC
P O BOX 52822
PHOENIX AZ 85072-2822

CREDITOR ID: 405876-95
ZIMMER CUSTOM MADE PKG
1450 EAST 20TH STREET
INDIANAPOLIS IN 46218

**Total:   2,213**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
### ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

## TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

## PLEASE TAKE NOTICE THAT:

1.   **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court").  Their cases are being jointly administered under Case No. 05-03817-3F1.

2.   **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors.  A creditor is anyone to whom the Debtors owe money or property.  Creditors are prohibited from taking any actions to collect money or property from the Debtors.  CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.  **ENTRY OF THE BAR DATE ORDER.** By order of the Bankruptcy Court (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors is **August 1, 2005, at 5:00 p.m. Eastern Time** (the "Bar Date"). The Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005.

4.  **WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5.  **WHO NEED NOT FILE A PROOF OF CLAIM.** You should not file a proof of claim if:

   A.  You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

   B.  Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

   C.  Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

   D.  You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

   E.  Your claim has already been paid by the Debtors with authorization of the Court;

   F.  You are a person or entity (other than an indenture trustee) seeking to assert a claim for principal and interest due on any of the Debtors' 8-7/8% Senior Notes due 2008 (the Debtors will rely on the proof of claim filed by the indenture trustee) (however, if you hold any other type of claim, or are alleging damages or asserting causes of action based upon or arising from your note, you must file a proof of claim by the Bar Date);

   G.  You are a person or entity seeking to assert only stock ownership interests in the Debtors (the Debtors will rely on the records of the stock transfer agent for evidence of stock holdings) (however, if you hold a claim of any kind, or are alleging damages or asserting causes of action based upon or arising from your stock ownership interests, you must file a proof of claim by the Bar Date); or

   H.  You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.  **WHAT TO FILE.** If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com. YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.  **WHEN AND WHERE TO FILE.** Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on August 1, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Bar Date. Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.    **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE.** EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON AUGUST 1, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.

10.    **THE DEBTORS' SCHEDULES AND ACCESS THERETO.**  You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors' Schedules and the Bar Date Order may be viewed at www.loganandco.com.  Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11.    **TO GOVERNMENTAL UNITS ONLY.**  If you are a governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code), consistent with section 502(b)(9) of the Bankruptcy Code, you may file a timely proof of claim up to, but not later than, 5:00 p.m. Eastern Time on August 22, 2005.

12.    **FURTHER INFORMATION.**  If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.

DATED:  May 2, 2005                                             FOR THE COURT:
                                                               David K. Oliveria, Clerk of the Court

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: _____ Case No. _____
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | Telephone No. of Creditor _____<br><br>Fax No. of Creditor _____<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
|---|---|---|
| **B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address**<br><br>Name: _____<br><br>Company/Firm: _____<br><br>Address: _____<br>_____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notices in this case. | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____

- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of SSN:_____
  - Unpaid compensation for services performed from _____ to _____
  - (date)           (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$_____  $_____  $_____  $_____
(unsecured)        (secured)         (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print: _____ Title:_____<br><br>Signature:_____ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY.  PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD.  THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH.  THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law.  In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim).  This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property.  A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien.  In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim.  (See also *Unsecured Claims.*)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim.  A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims).  The most common types of priority claims are listed on the proof of claim form.  Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor.  The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| **Winn-Dixie Stores, Inc.** | **Case No. 05-03817-3F1** |
| **Dixie Stores, Inc.** | **Case No. 05-03818-3F1** |
| **Table Supply Food Stores Co., Inc.** | **Case No. 05-03819-3F1** |
| **Astor Products, Inc.** | **Case No. 05-03820-3F1** |
| **Crackin' Good, Inc.** | **Case No. 05-03821-3F1** |
| **Deep South Distributors, Inc.** | **Case No. 05-03822-3F1** |
| **Deep South Products, Inc.** | **Case No. 05-03823-3F1** |
| **Dixie Darling Bakers, Inc.** | **Case No. 05-03824-3F1** |
| **Dixie-Home Stores, Inc.** | **Case No. 05-03825-3F1** |
| **Dixie Packers, Inc.** | **Case No. 05-03826-3F1** |
| **Dixie Spirits, Inc.** | **Case No. 05-03827-3F1** |
| **Economy Wholesale Distributors, Inc.** | **Case No. 05-03828-3F1** |
| **Foodway Stores, Inc.** | **Case No. 05-03829-3F1** |
| **Kwik Chek Supermarkets, Inc.** | **Case No. 05-03830-3F1** |
| **Sunbelt Products, Inc.** | **Case No. 05-03831-3F1** |
| **Sundown Sales, Inc.** | **Case No. 05-03832-3F1** |
| **Superior Food Company** | **Case No. 05-03833-3F1** |
| **WD Brand Prestige Steaks, Inc.** | **Case No. 05-03834-3F1** |
| **Winn-Dixie Handyman, Inc.** | **Case No. 05-03835-3F1** |
| **Winn-Dixie Logistics, Inc.** | **Case No. 05-03836-3F1** |
| **Winn-Dixie Montgomery, Inc.** | **Case No. 05-03837-3F1** |
| **Winn-Dixie Procurement, Inc.** | **Case No. 05-03838-3F1** |
| **Winn-Dixie Raleigh, Inc.** | **Case No. 05-03839-3F1** |
| **Winn-Dixie Supermarkets, Inc.** | **Case No. 05-03840-3F1** |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any.  If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.  **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side.  Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed.  If the type of debt is not listed, check "Other" and briefly describe the type of debt.  If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim.  If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim.  You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed.  A claim may be partly secured and partly unsecured.  (See DEFINITIONS, above.)

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim."  (See DEFINITIONS, above.)  If your claim is partly secured and partly unsecured, state here the amount that is unsecured.  If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority.  (See DEFINITIONS, above.)  A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law.  Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents.  If documents are not available, you must attach an explanation of why they are not available.
 DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, AUGUST 1, 2005**.  SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.**  PROOFS OF CLAIM MAY <u>NOT</u> BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.