[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Sarria Enterprises, Inc. is rescheduled for Final Hearing to August 8, 2005 at 2:00 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated June 15, 2005 .

David K Oliveria , Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1             Date Rcvd: Jun 15, 2005
Case: 05-03817              Form ID: 3902a          Total Served: 2
```

The following entities were served by first class mail on Jun 17, 2005.
aty        +Michael A Kaufman,   Michael A Kaufman PA,   1601 Forum Place,   Suite 404,
             West Palm Beach, FL 33401-8103
           +Alan M. Burger,   1601 Forum Place, Suite 404,   West Palm Beach, FL 33401-8103

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2005**                     **Signature:** _Joseph Speetjens_