UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

## ORDER STRIKING MOTION OF PROJECT ASSISTANTS, INC. (I) COMPELLING THE IMMEDIATE PAYMENT OF A CHAPTER 11 ADMINISTRATIVE EXPENSE; OR (II) IN THE ALTERNATIVE, COMPELLING THE IMMEDIATE DISCONTINUATION AND PURGING OF SOFTWARE LICENSED OR INSTALLED BY PROJECT ASSISTANTS

The Court finds that the Motion of Project Assistants, Inc. (I) Compelling the Immediate Payment of a Chapter 11 Administrative Expense; or (II) in the Alternative, Compelling the Immediate Discontinuation and Purging of Software Licensed or Installed by Project Assistants filed by Michael G. Busenkell on behalf of Project Assistants, Inc. on June 15, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Motion of Project Assistants, Inc. (I) Compelling the Immediate Payment of a Chapter 11 Administrative Expense; or (II) in the Alternative, Compelling the Immediate Discontinuation and Purging of Software Licensed or Installed by Project Assistants filed by Michael G. Busenkell on behalf of Project Assistants, Inc. on June 15, 2005 is stricken from the record.

**DATED June 15, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael G. Busenkell, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899-1347
Debtor
Attorneys for Debtor
Creditors Committee
US Trustee

w-d strike /   /   / Revised: 06/14/05 11:13 AM         Printed: 06/15/05                Page: 1 of 1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Jun 15, 2005
Case: 05-03817                Form ID: pdfdoc         Total Served: 6

The following entities were served by first class mail on Jun 17, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
             Jacksonville, FL 32202-3646
            Michael G. Busenkell,    1201 N. Market St.,    P.O. Box 1347,    Wilmington, DE  19899-1347
The following entities were served by electronic transmission on Jun 16, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Jun 16 2005 02:35:45      United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2005**                    **Signature:** _Joseph Speetjens_