UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

### ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Court finds that the Notices of Appearance and Request for Service filed by Robert C. Meyer on behalf of Chapel Trail Associates Ltd. and Quail Roost Assoc. Partnership on June 15, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notices of Appearance and Request Service filed by Robert C. Meyer on behalf of Chapel Trail Associates Ltd. and Quail Roost Assoc. Partnership on June 15, 2005 is stricken from the record.

**DATED June 16, 2005**, at Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert C. Meyer, 2223 Coral Way, Miami, FL 33145

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Jun 16, 2005
Case: 05-03817                Form ID: pdfdoc         Total Served: 2


The following entities were served by first class mail on Jun 18, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
The following entities were served by electronic transmission on Jun 17, 2005 and receipt of the transmission
was confirmed on:
            +Fax: 305-285-8919 Jun 17 2005 02:38:12      Robert C. Meyer,   2223 Coral Way,   Miami, FL 33145-3508
                                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2005**                    **Signature:** _Joseph Speetjens_