UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING REJECTION OF EXECUTORY
CONTRACTS EFFECTIVE AS OF JUNE 16, 2005**

These cases came before the Court for hearing on June 16, 2005, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of certain executory contracts listed on Exhibit A (collectively, the "Contracts") effective as of June 16, 2005 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and each Contract is deemed rejected, effective as of June 16, 2005.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Contracts, whether or not related to the Contracts.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within the later of (a) 30 days after the date of entry of this Order or (b) the August 1, 2005 bar date established by the Court in these cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 16 day of June, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

## EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections apply only to the Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract/Lease Description |
|---|---|---|
| Host Communications, Inc.<br>546 East Main Street<br>Lexington, Kentucky 40508 | Winn-Dixie Stores, Inc. | Advertising Space Contract dated June 18, 2002 for Florida State University Men's Basketball |
| Service Management Group, Inc.<br>Attn: Andy Fromm<br>210 W. 19th Terrace, Suite 200<br>Kansas City, Missouri 64108 | Winn-Dixie Stores, Inc. | Agreement dated November 30, 2004 regarding customer satisfaction surveys |
| SMG, a Pennsylvania general partnership<br>300 A Philip Randolph Blvd.<br>Jacksonville, Florida 32202<br>Attn: Premium Seating Department | Winn-Dixie Stores, Inc. | Executive Suite License Agreement Jacksonville Veterans Memorial Arena dated October 20, 2003 |
| SMG Jacksonville<br>1000 Water Street<br>Jacksonville, Florida 32204<br>Attn: Robert Downey<br>General Manager | Winn-Dixie Stores, Inc. | Sponsorship Agreement - Jacksonville Veterans Memorial Arena dated August 20, 2003 |

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes          Page 1 of 1           Date Rcvd: Jun 17, 2005
Case: 05-03817              Form ID: pdfdoc       Total Served: 1
```

The following entities were served by first class mail on Jun 19, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2005**                       **Signature:** *Joseph Speetjens*