UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The Court finds that the Notice of Appearance and Request for Notice filed by Margaret R. Westbrook on behalf of K-2 Properties, LLC on June 16, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request Notice filed by Margaret R. Westbrook on behalf of K-2 Properties, LLC on June 16, 2005 is stricken from the record.

**DATED June 17, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
US Trustee
Margaret R. Westbrook, Two Hannover Square, Suite 1900, 434 Fayetteville Street Mall, P.O. Box 1070, Raleigh, NC 27602-1070

w-d strike /    /   / Revised: 06/14/05 11:13 AM          Printed: 06/16/05                    Page: 1 of 1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes               Page 1 of 1              Date Rcvd: Jun 17, 2005
Case: 05-03817                Form ID: pdfdoc            Total Served: 4

The following entities were served by first class mail on Jun 19, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty         Margaret R Westbrook,    Kennedy Covington Lobdell & Hickman LLP,    Post Office Box 1070,
             Raleigh, NC  27602-1070

The following entities were served by electronic transmission on Jun 18, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Jun 18 2005 01:19:33      United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2005**                     Signature:    *Joseph Speetjens*