[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On June 17, 2005, Silver Point Capital, L.P. filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated June 17, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
SPCP GROUP, LLC, 2 Greenwich Plaza, Greenwich, CT 06830, Attn: Brian Jarmain
Consolidated Biscuit Co., 312 Rader Road, McComb, OH 45858, Attn: Bill Varney

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Jun 17, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Jun 19, 2005.
cr         +Consolidated Biscuit Co,    PO Box 847,    McComb, OH 45858-0847
           +Consolidated Biscuit Co.,    312 Rader Road,    Attn:  Bill Varney,    McComb, OH 45858-9751
           +SPCP GROUP, LLC,    2 Greenwich Plaza,    Attn:  Brian Jarmain,    Greenwich, CT 06830-6353

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          C & A., Ltd., L.C.
                                                                                       TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2005**                         **Signature:**    _Joseph Speetjens_