[31813] [Order Striking]

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                       Case No. 3:05-bk-03817-JAF
                                                                                              Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO EFFECT TIMELY, TRUTHFUL, PLAIN AND NON-DECEPTIVE COMMUNICATION OF THE DEBTORS' INTENDED SEVERANCE PACKAGE PLAN

This case came on for consideration upon the Court's own motion. On June 14, 2005, Christopher Simmler filed a Motion to Effect Timely, Truthful, Plain and Non-Deceptive Communication of the Debtors' Intended Severance Package Plan without original signature of Movant as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Effect Timely, Truthful, Plain, and Non-Deceptive Communication of the Debtors' Intended Severance Package Plan is stricken from the record.

Dated June 17, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Christopher Simmler, 3566 C Highway 96, Oxford, NC 27565
Cynthia Jackson, Attorney for Debtor

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Jun 17, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on Jun 19, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +Christopher Simmler,   3566 C Highway 96,   Oxford, NC 27565-7206

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2005**                    **Signature:** _Joseph Speetjens_