CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX  75374
972/644-1127

F I L E D
JACKSONVILLE, FLORIDA

JUN 1 7 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dated: 06/13/05

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
300 NORTH HOGAN STREET
SUITE 3-350
JACKSONVILLE, FL 32202

Re: Case #        05-03817-3F1  JAF

   Debtor       WINN-DIXIE STORES INC.

Please correct the creditor's address on this case as shown below for all checks and notices.

   PROTECTION ONE
   P.O. Box 740933
   Dallas, TX  75374

Thank you for your prompt attention.

_____
P. B. Mason
Creditor's Authorized Agent