UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | ) Case No. 05-03817-3F1 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF WITHDRAWAL OF CERTAIN UTILITY COMPANIES FROM THE (I) OBJECTION OF CERTAIN UTILITY COMPANIES TO MOTION OF DEBTORS FOR ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE, AND (II) MOTION OF UTILITY COMPANIES TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT
[Docket No. 260]

Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power, and the City of Ocala, Florida, d/b/a Ocala Electric Utility, by counsel, hereby withdraw from the *(I) Objection to Motion of Debtors For Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance, and (II) Motion of Utility Companies to Determine Adequate Assurance of Payment* (the "Objection"), Docket No. 260. However, the following utility companies currently remain as parties to the Objection: American Electric Power, Duke Energy Corporation, d/b/a Duke Power Company, Florida Power Corporation, d/b/a Progress Energy Florida, Carolina Power & Light, d/b/a Progress Energy Carolinas, Orlando Utilities Commission, and Tampa Electric Company.

Dated: Jacksonville, Florida
June 20, 2005

                STUTSMAN & THAMES, P.A.

                By: /s/ Richard Thames

                Richard Thames
                Nina M. LaFleur
                Florida Bar Number 0718459
                Florida Bar Number 0107451
                121 W. Forsyth Street, Suite 600
                Jacksonville, Florida 32202
                Telephone (904) 358-4000
                Facsimile (904) 358-4001

                and

Russell R. Johnson III
3734 Byfield Place
Richmond, Virginia 23233
(804) 747-7208

Co-Counsel for American Electric Power; Duke Energy Corporation, d/b/a Duke Power Company; Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power; Progress Energy Florida, Inc.; Progress Energy Carolinas, Inc.; Orlando Utilities Commission; Tampa Electric Company; and City of Ocala, Florida, d/b/a Ocala Electric Utility