IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| In re: | CHAPTER 11 |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case Number: 05-03817-3F1 (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010(b), notice is hereby given of the appearance of the undersigned as counsel of record in this case for K-2 Properties, LLC, a North Carolina limited liability company.

In accordance with Bankruptcy Rule 2002 and other applicable provisions of the Bankruptcy Code and Rules, request is hereby made that copies of all notices, pleadings and other papers required to be served in this case be sent to the undersigned, as counsel of record for K-2 Properties, LLC.

This the 20th day of June, 2005.

/s/ Margaret R. Westbrook
Margaret R. Westbrook
North Carolina State Bar No. 23327
mwestbrook@kennedycovington.com
Telephone: (919) 743-7311
Facsimile: (919) 516-2011
Attorney for K-2 Properties, LLC.

*Of counsel:*

Kennedy Covington Lobdell & Hickman, L.L.P.
Two Hannover Square, Suite 1900
434 Fayetteville Street Mall
Post Office Box 1070
Raleigh, North Carolina  27602-1070

142715.01
LIB: RALEIGH

CERTIFICATE OF SERVICE

   I hereby certify that I served a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** by Electronic Filing Notification and/or mailing copies via First Class mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
D.J. Baker
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

United States Trustee
Felicia S. Turner
75 Spring Street, SW, Room 362
Atlanta, GA 30303


This the 20th day of June, 2005.


        /s/ Margaret R. Westbrook
        Margaret R. Westbrook