## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### FIFTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the fifth time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

Boggs & Colvin, LLC[2]          Counsel to Debtors in
73 Cavalier Blvd., Suite 316    two condemnation cases
Florence, KY  41042             pending in Kentucky State Court

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     As of June 25, 2005, the name of the law firm will be changed to Wallace, Boggs, Colvin, Rouse & Bushelman.

Butler, Snow, Stevens
& Cannada, PLLC
Amsouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS  39201

Counsel to Debtors in connection
with eminant domain proceeding
commenced by State of Mississippi
against Winn-Dixie Montgomery, Inc.

Dated:  June 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By      _s/ D. J. Baker_____
　　　D. J. Baker
　　　Sally McDonald Henry
　　　Rosalie Walker Gray
　　　Steven B. Eichel

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By      _s/ Cynthia C. Jackson_____
　　　Stephen D. Busey
　　　James H. Post
　　　Cynthia C. Jackson,
　　　Florida Bar Number 498882

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Attorneys for Debtors

**CERTIFICATE OF SERVICE OF FIFTH SUPPLEMENT TO EXHIBIT A OF THE
MOTION FOR APPROVAL OF RETENTION AND COMPENSATION
OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

This is to certify that on June 20, 2005, I caused to be served a copy of this Fifth
Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of
Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to
the Committee, and counsel to the DIP Lender by sending the same via electronic mail to the
persons identified below:

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
135 Central Blvd. Suite 620
Orlando FL 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530SMITH HULSEY & BUSEY
Ddunne@milbank.com

Dated:  June 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ Rosalie Walker Gray*                    By    *s/ Cynthia C. Jackson*
        Rosalie Walker Gray                                  Cynthia C. Jackson,
                                                                         Florida Bar Number 498882

Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                                         (904) 359-7700
(212) 735-2000 (facsimile)                       (904) 359-7708 (facsimile)
rgray@skadden.com                                 cjackson@smithhulsey.com

Co-Attorneys for Debtors                          Co-Attorneys for Debtors