UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF ORDINARY COURSE PROFESSIONALS INCLUDED IN THE FIFTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] a completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Boggs & Colvin, LLC[3] (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaire upon the United States Trustee,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

[3] As of June 25, 2005, the name of the law firm will change to Wallace, Boggs, Colvin, Rouse & Bushelman.

counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professional.

Dated: June 20, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Walker Gray<br>   Steven B. Eichel | By  *s/ Cynthia C. Jackson*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson,<br>   Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __PAUL R. BOGGS III__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Boggs & Colvin, LLC (as of 6/25/05 name will change to Wallace, Boggs, Colvin, Rouse & Bushelman)

   73 Cavalier Blvd., Suite 316, Florence, KY 41042

   (as of 6/25/05 address will change to 1881 Dixie Hwy, Suite 350, Ft. Wright, KY 41011)

2. Date of retention:   May 23, 2005

Questionnaire of: <u>Boggs & Colvin, LLC</u>
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   <u>Legal.</u>

4. Brief description of services to be provided:

   <u>Representation in Condemnation Case.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly.</u>

6. Average hourly rate (if applicable): $200.00 per hour.
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   <u>N/A</u>

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ <u>N/A</u>

   Date claim arose: <u>N/A</u>

   Source of claim: <u>N/A</u>

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>N/A</u>

   Status: <u>N/A</u>

   Amount of Claim: $ <u>N/A</u>

   Date claim arose: <u>N/A</u>

   Source of claim: <u>N/A</u>

-2-

Questionnaire of: __Boggs & Colvin, LLC__
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: __None__

   No. of shares: __None__

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: __N/A__

    Status: __N/A__

    Kind of shares: __N/A__

    No. of shares: __N/A__

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    __None__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __May 31, 2005__

BOGGS & COLVIN, LLC

By: _(signature)_
Name: __Paul R. Boggs III__
Title: __Member__
Company: __Boggs & Colvin, LLC__
Address: __73 Cavalier Blvd., Suite 316__
__Florence, KY 41042__
Telephone: __(859) 647-9100__
Facsimile: __(859) 283-7534__