UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

       Debtors.                           Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Dustin P. Branch, of the law firm of Kattan Muchin Rosenman, LLP, hereby designate as local attorney for creditors, 1) The Prudential Company of America; and 2) Capstone Advisors, Inc. ("the Parties in Interest"), in the above-styled Cases:

>   Held & Israel
>   Edwin W. Held, Jr., Esquire
>   Florida Bar No.: 162574
>   1301 Riverplace Blvd., Suite 1916
>   Jacksonville, FL 32210
>   (904) 398-7038 Telephone
>   (904) 398-4283 Facsimile

This 15th day of June, 2005.

KATTAN MUCHIN ROSENMAN, LLP
Co-counsel for The Prudential Company of America; and Capstone Advisors, Inc.

By: /s/ Dustin P. Branch
Dustin P. Branch, Esquire
California Bar No.: 174909
2029 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 788-4420 Telephone
(310) 712-8271 Facsimile


### CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditors 1) The Prudential Company of America; and 2) Capstone Advisors, Inc. in this cause pursuant to Local Bankruptcy Rule 2090-1

Dated this 20 day of June, 2005.

HELD & ISRAEL

By: /s/ E. W. Held
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/designation-dustin djg