UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,         Case No.:  3:05-bk-03817-JAF

    Debtors.                                 Chapter 11

                                                   /     Jointly Administered

NOTICE OF FILING FIRST SUPPLEMENTAL DECLARATION OF
DENNIS F. DUNNE IN CONNECTION WITH RETENTION
AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. hereby gives notice of the filing of the First Supplemental Declaration of Dennis F. Dunne in Connection with Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP by the Official Committee of Unsecured Creditors.

Dated:  June 20, 2005                    AKERMAN SENTERFITT

                                                                       By: */s/ John B. Macdonald*
                                                                       John B. Macdonald
                                                                       Florida Bar No.: 230340
                                                                       E-mail: john.macdonald@akerman.com
                                                                       Patrick P. Patangan
                                                                       Florida Bar No.: 348340
                                                                       E-mail: patrick.patangan@akerman.com
                                                                       50 N. Laura St., Suite 2500
                                                                       Jacksonville, FL 32202
                                                                       Telephone: (904) 798-3700
                                                                       Facsimile: (904) 798-3730

                                                                       Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA240672;1}