# EXHIBIT B





| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/02/05 | WD0018 |

**Terms: Net 30 days from date of invoice**

Remit Payment To:

## Project Assistants, Inc.

1409 Foulk Road, Suite 200
Wilmington, DE  19803
Voice: (302) 477-9711
Fax:   (302) 477-9712

| *Billed To:* | Winn Dixie<br>Attn: Charlie Derrick<br>5050 Edgewood CT.<br>Jacksonville, FL  32254 |
|---|---|

| Description | Extended Price |
|---|---|
| **Winn Dixie Knowledge Management Solution**<br>**Training Materials**<br>KnowledgeCentral 2003 Administration Manuals (12 @ $50 per manual)<br>Windows SharePoint Administration Manuals (12 @ $75 per manual) | <br><br>$600.00<br>$900.00 |
| **Software Licensing**<br>KnowledgeCentral 2003 Server (2 CPU Licenses @ $10,000 per License)<br>Macroscope DevelopmentSuite (50 Users License) | <br>$20,000.00<br>$48,000.00 |
| **Total Amount Due** | **$69,500.00** |

Thank You!