## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Of Project Assistants, Inc. For An Order (I) Compelling The Immediate Payment Of A Chapter 11 Administrative Expense; Or (II) In The Alternative, Compelling The Immediate Discontinuation And Purging Of Software Licensed Or Installed By Project Assistants** was caused to be served on June 14, 2005, in the manner indicated on the parties on the attached list.

Date: June 14, 2005

_____
Michael G. Busenkell (No. 3933)

469836