# SERVICE LIST

BY HAND

James C. Carignan, Esq.
Pepper Hamilton LLP
Hercules Plaza
Suite 5100
1313 Market Street
Wilmington, DE 19801

Stephen M. Miller, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street
Wilmington, DE 19801

Karen Bifferato, Esq.
Christina Thompson
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19801

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market Street
Suite 1000
Wilmington, DE 19801

Jason W. Staib, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow
800 Delaware Avenue
7th Floor
Wilmington, DE 19801

BY FIRST CLASS MAIL

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
P.O. Box 352
Grand Rapids, MI 49501-0352

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
P.O. Box 1098
Gainesville, GA 30503

Pitney Hardin LLP
Attn: Richard Meth
P.O. Box 1945
Morristown, NJ 07962-1945

Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan LLP
Attn: Amos U. Priester IV
P.O. Box 2611
Raleigh, NC 27602-2611

YoungWilliams, P.A.
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
P.O. Box 1945
Morristown, NJ 07962-1945

Davis & Fields PC
Attn: Richard Davis
P.O. Box 2925
Daphne, AL 36526

Haywood, Denny & Miller LLP
Attn: Robert Levin
P.O. Box 51429
Durham, NC 51429

GrayRobinson PA
Attn: Donald Nohrr
P.O. Box 1870
Melbourne, FL 32902

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
P.O. Box 2997
Baton Rouge, LA 70821-2997

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Foster & Lindeman, PA
Attn: William Lindeman
P.O. Box 3108
Orlando, FL 32802-3108

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, OH 44122

Wheelis & Rozanski
Attn: Stephen D. Wheelis
P.O. Box 13199
Alexandria, LA 71315-3199

Haynsworth Sinkler Boyd, PA
Attn: William H. Short
P.O. Box 11889
Columbia, SC 29201

Smith Debnam Narron Wyche Saintsing &
Myers LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611

Ray Quinney & Nebeker, PC
Attn: Steven Waterman
P.O. Box 45385
Salt Lake City, UT 84145-0385

Glenn M. Reisman
Two Corporate Drive, Suite 648
P.O. Box 861
Shelton, CT 06484-0861

Johnson, Hearn, Vinegar, Gee & Mercer
PLLC
Attn: Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
P.O. Box 1368
Clearwater, FL 33757

Fox Rothschild LLP
Attn: Joshua T. Klein
2000 Market Street
10th Floor
Philadelphia, PA 19103-3291

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy
and Matthew Thompson
25800 Northwestern Hwy, St. 950
Southfield, MI 48075

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Avenue
New York, NY 10022

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 S. Augusta St., Ste. 2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan, Griffinger &
Vechione
Attn: David N. Crapo, Geraldine E.
Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Ste. 300
P.O. Box 22828
Charleston, SC 29413-2828

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Stutsman & Thames
Attn: Nina M. LaFleur, Richard R. Thames
121 W. Forsyth Street
Suite 600
Jacksonville, FL  32202

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Avenue
New York, NY  10179

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry Street
Newark, NJ  07102

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY  11530

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave.
8th Floor
New York, NY  10016

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Ste. 600
P.O. Box 2854
Orlando, FL  32802-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY  10019-6064

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Avenue
New York, NY  10019

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main Street
Suite 3100
Dallas, TX  75202-3789

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY  10022

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA  30303-1229

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Avenue
Roseland, NJ  07068

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL  32202

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant Street
50th Floor
Pittsburgh, PA  15219-2502

Waller Lansden Dortch & Davis PLLC
Attn: David E. Lemke, Robert Welhoelter
511 Union Street
Suite 2700
Nashville, TN  37219

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave.
11th Floor
New York, NY  10016

Danielle K. Greco
Bradley Arant Rose & White LLP
Attn: John Whittington and Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35222

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste. 2900
Charlotte, NC  28202-4011

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave., 26th Floor
New York, NY  10167

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., N.
Suite 2000
Nashville, TN 37219

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe
40th Floor
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Russell W. Mills, Krista P. Bates
15303 Dallas Parkway
Suite 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, MI 48243-1668

Marrero Land and Improvement
Association, Ltd.
Attn: Vincent A. Vastola
5201 Westbank Expressway
Suite 4000
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth Street
Suite 1200
Cincinnati, OH 45202

Hamilton Beach/Proctor-Silex, Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree St., NE
Suite 2800
Atlanta, GA 30309-4530

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, GA 30603

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Avenue
Baltimore, MD 21209

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth St., NW
Washington, DC 20036

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government Street
Baton Rouge, LA 70802

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Reed Smith LLP
Attn: Robert M. Marino
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005-3317

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Avenue
Suite 900
Austin, TX 78701

Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Avenue
New York, NY 10022

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254

Klehr, Harrison, Harvey, Branzburg & Ellers, L.P.
Attn: Carol Ann Slocum
475 Haddonfield Road
Suite 510
Cherry Hill, NJ 08002

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Avenue
27th Floor
New York, NY 10022

Kaufman & Canoles
Attn: Paul Campsen
150 West Main Street
P.O. Box 3037
Norfolk, VA 23514

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive
Suite 875
McLean, VA 22102

Reed & Reed
Attn: Diane Reed
501 N. College Street
Waxahachie, TX 75165

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Avenue
21st Floor
New York, NY 10017

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III and
C. Davin Boldissar
601 Poydras St., Ste. 2400
New Orleans, LA 70130-6036

David L. Pollack
Jeffrey Meyers
Dean C. Waldt
Ballard Spahr Andrews & Ingersoll
Mellon Bank Center
51st Floor
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W. Putnam Avenue
Suite 225
Greenwich, CT 06830

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse and
Michael Handler, Esq.
1133 Avenue of The Americas
New York, NY 10036-6710

Cozen & O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N. Lasalle Street
Suite 625
Chicago, IL 60610

Manier & Herod
Attn: J. Michael Franks, Michael Collins
and Thomas Pennington
150 Fourth Ave. N., Ste. 2200
Nashville, TN 37219-2494

Morgan, Lewis & Bockius LLP
Attn: Neil E. Herman, Esq.
101 Park Avenue
New York, NY 10178-0600

Xroads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle
Suite 190
Irvine, CA 92614

Allman Spry Leggett & Crumpler
Attn: Leggett R. Bradford, Esq.
380 Knollwood Street
Suite 700
Winston-Salem, NC 27113-5129

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray, Esq.
1901 Sixth Ave., N
Suite 2600, P.O. Box 306
Birmingham, AL 35201

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Avenue
New York, NY 10022-1906

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan
Suite 1800
San Antonio, TX 78205

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue
Suite 3200
Dallas, TX 75202-2799

Michael D. Warner
Warner Stevens, L.L.P.
Attn: David T. Cohen, Emily Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Richard W. Ward, Esq.
2527 Fairmount Street
Dallas, TX 75201

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang
Director of Credit
Three Lakes Drive
Northfield, IL 60093

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, NY 10036

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303

Smith Hulsey & Busey
Attn: Stephen D. Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street
Suite 35045
Jacksonville, FL 32202

U.S. Securities and Exchange Commission
Office of Reorganization
Attn: Susan R. Sherrill-Beard
3475 Lenox Rd., NE, Ste. 1000
Atlanta, GA 30326-1232

Scarcella Rosen & Slome
Attn: Adam L. Rosen, Thomas Slome
333 Earle Ovington Blvd.
Suite 901
Uniondale, NY 11553

Deutsche Bank Trust Company Americas
c/o Nixon Peabody LLP
Attn: Dennis Drebsky, John Rosenthal
437 Madison Avenue
New York, NY 10022

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, NY  10178-0061

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX  75024

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY  10022-6069

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat and Jarod M. Stern
230 Park Ave., 29th Fl.
New York, NY  10169

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell and Matthew Barr
1 Chase Manhattan Plaza
New York, NY  10005

Morgan, Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY  10178-0060

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center
36th Floor
Detroit, MI  48243-1157

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY  10010

Ice Miller
Attn: Henry A. Efroymson and Mark A. Bogdanowicz
One American Square
Box 82001
Indianapolis, IN  46282

Charlie Crist
Office of the Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL  32399-1050

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth Street
One Cleveland Ctr., 9th Fl.
Cleveland, OH  44115

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road
Suite 120 South
Melville, NY  11747

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL  32207

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste. 3700
1601 Dodge Street
Omaha, NE  68102

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Avenue
Suite 2418
New York, NY  10118

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Avenue
Suite 1100
Milwaukee, WI  53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN  46032

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY  11743

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq.
400 Galleria Officentre
Suite 444
Southfield, MI  48034

Morton R. Branzburg
Klehr, Harrison, Harvey, Branzburg &
Ellers, L.P.
Attn: Carolyn Hochstadter Dicker
and Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA  19102-5003

Morriston & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY  10104

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, NJ  07102

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard
Suite 2800
Kansas City, MO  64108

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Avenue
New York, NY  10016

Lowndes, Drosdick, Doster, Kantor and
Reed, P.A.
Attn: Zachary J. Bancroft
450 S. Orange Ave., Ste. 800
P.O. Box 2809
Orlando, FL  32802-2809

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras Street
Suite 2300
New Orleans, LA  70112-1010

Diaz Wholesale & Mfg. Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA  30336

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St.
Suite 500
West Palm Beach, FL  33401

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT  06890-1436

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002

Robinson Brog Leinwand Greene Genovese
& Gluck P.C.
Attn: Fred B. Ringel, Esq.
1345 Avenue of the Americas
New York, NY  10105

Page, Scrantom, Sprouse, Tucker & Ford,
P.C.
Attn: Lee Champion, Esq.
1111 Bay Ave., 3rd Floor
P.O. Box 1199
Columbus, GA  31902-1199

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Ste. 100
P.O. Box 6675
Radnor, PA  19087-8675

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY  10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL  60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY  10006

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner
and James Smith
171 W. 17th St., NW, Ste. 2100
Atlanta, GA  30363

Derek F. Meek
Robert B. Rubin
Marc Solomon
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL  35203

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street
Building E
Moorestown, NJ 08057

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division St., Ste. 700
Nashville, TN 37203

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Ave., Ste. 1000
Chattanooga, TN 37402-2289

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE
Suite 4300
Atlanta, GA 30375

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Reinhart Boerner Van Deuren s.c.
Attn: Joshua Blakely, Michael Jankowski
1000 North Water St., Ste 2100,
P.O.Box 2965
Milwaukee, WI 53201-2965

Loreal Paris
Attn: Patrick Ackerman
35 Broadway Road
Cranbury, NJ 8512

Berger Singerman, P.A.
Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301

Gronek & Latham, LLP
Attn: Scott Shuker
390 N. Orange Ave., Ste 600
Orlando, FL 32801

Broad and Cassel
Attn: Roy S. Kobert
390 North Orange Ave., Ste 1100
Orlando, FL 32801

State of Georgia,
Assistant Attorney General Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, GA 30334

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples
400 Meridian St., Ste 301
Huntsville, AL 35801

Meland Russin Hellinger & Budwick, PA
Attn: Jonathan Williams
3000 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131

Hedrick, Dewberry, Regan & Durant
Attn: Jeffrey C. Regan
50 North Laura St., Ste 1600
Jacksonville, FL 32202

Shutts & Bowen LLP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801

Mowrey & Biggins, P.A.
Attn: Ronald A. Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111

Borges & Associates, LLC
Attn: Wanda Borges
575 Underhill Blvd., Ste 110
Syosset, NY 11791

Canova and Delahaye
Attn: L. Phillip Canova, Louis Delahaye, Thomas Delahaye
58156 Court St.
Plaquemine, LA 70764-2708

Akin Gump Strauss Hauer & Feld LLP
Attn: Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
5929 College Ave.
Oakland, CA 94618

Nick Law Firm, LC
Attn: Tammy N. Nick
676 East 1-10 Service Road
Slidell, LA 70461

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Taft, Stettiniuse & Hollister, LLP
Attn: Richard Ferrell
425 Walnut St., Ste 1800
Cincinnati, OH 45202-3957

Kondos & Kondos Law Office
Attn: Anjel K. Avant, Esq.
1595 N. Central Expressway
Richardson, TX 75080

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, FL 33408

Barnes & Thornburg LLP
Attn: Wendy D Brewer
11 South Meridian St
Indianapolis, IN 46204-3535

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree St., Ste 800
Atlanta, GA 30309-7649

Marks Gray, P.A.
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, IL 60067

Rogers Towers PA
Attn: Betsy Cox, Robert T. Hyde, Jr.
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32007

Lee & Rosenberger, a Law Corporation
Attn: Gregg Rapoport
135 W. Green St., Ste 100
Pasadena, CA 91105

Poyner & Spruill LLP
Attn: Judy Thompson
301 South College St., Ste 2300
Charlotte, NC 28202

Law Offices of Daniel Markind
Attn: Johanna Markind
1500 Walnut St., Ste 1100
Philadelphia, PA 19102

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike St.
North Andover, MA 1845

Cohen & Thurston PA
Attn: Janet Thurston
1723 Blanding Blvd #102
Jacksonville, FL 32210

Berger Singerman, P.A.
Attn: Berger Singerman
200 South Biscayne Blvd.";"St1 1000
Miami, FL 33131-5308

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR   72201

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL   35801-4816

Lowndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
P.O.Box 2809
Orlando, FL   32802

Foley & Mansfield PLLP
Attn: Thomas Lallier, Megan Blazina
250 Marquette Ave, Ste 1200
Minneapolis, MN   55401

Harper, Kynes, Geller & Bradford PA
Attn: Charles Buford
2560 Gulf to Bay Blvd, Ste 300
Clearwater, FL   33765

Holland & Knight
Attn: Alan Weiss
15 North Laura St., Ste 3900
Jacksonville, FL   32202

Marvin S. Schulman, PA
2800 Weston Road, Ste 201
Weston, FL   33331

Irby Law Firm
Attn: Albert Adams
P.O.Box 910
Eufaula, AL   36072

Gerard Kouri, Jr.
10021 Pines Blvd., Ste 202
Pembroke Pines, FL   33024-6191

Hill, Ward & Henderson, PA
Attn: Lynn Welter Sherman
PO Box 2231
Tampa, FL   33601

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis
Attn: Lara R. Fernandez, Richard McIntyre
Post Office Box 1102
Tampa, FL   33601-1102

Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs.
Attn: John T. Rogerson
Riverplace Tower
1301 Riverplace Blvd., Suite 1700
Jacksonville, FL   32207

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square
600 First Ave. North, Ste 308
St. Petersburg, FL   33701

Stovash,,Case & Tingley, PA
Attn: Rachel Adams
SunTrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL   32801-3410

Bregman, Berbert, Schwartz & Gilday, LLC
Attn: Laurence H. Berbert
7315 Wisconsin Avenue, Suite 800
West Bethesda, MD   20814

Anthony Salzano
Counsel for Pasco County Board of County Commissioners
West Pasco Government Center
7530 Little Road, Ste 340
New Port Richey, FL   34654

Hubbard, Smith, McIlwain, Brakefield & Browder PC
Attn: Marcus Brakefield, Christopher McIlwain, Kristofor Sodergren
P.O.Box 2427
Tuscaloosa, AL   35403

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY   10018

Spain & Gillon, LLC
Attn: Walter F. McArdle
The Zinszer Building
2117 Second Avenue
North Birmingham, AL   35203

Choate, Hall & Stewart
Attn: John Ventola, William McMahon
Exchange Place, 53 State St.
Boston, MA  02109-2891

Genovese Joblove & Battista, P.A.
Attn: Craig P. Rieders
100 Southeast Second Street, Suite 3600
Miami, FL  33131

Johnston, Conwell & Donovan LLC
Attn: W. Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birmingham, AL  35209

Tabas, Freedman, Soloff & Miller PA
Attn: Joel Tabas
919 Ingraham Bldg, 5 Southeast Second Ave.
Miami, FL  33131-1538

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA  30326

Winderweedle, Haines, Ward & Woodman, PA
Attn: Ryan E. Davis
a/f AmSouth Bank
390 North Orange Ave., Ste 1500 PO Box 1391
Orlando, FL  32802-1391

Dreyer's Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
P.O.Box 270
San Francisco, CA  94104-0270

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX  77002

RMC Property
c/o Dennis LeVine & Associates
P.O.Box 707
Tampa, FL  3.36011e+008

Pinellas County, Florida Diane Nelson, Tax Collector
P.O. Box 2943
Clearwater, FL  33757-2943

Morgan & Morgan, Attorneys at Law PC
Attn: Lee P. Morgan
P.O.Box 48359
Athens, GA  30604

Slott, Barker & Nussbaum
Attn: Earl M. Barker
334 East Duval Street
Jacksonville, FL  32202

Karem & Karem, Attorneys at Law
Attn: John W. Harrison, Jr.
333 Guthrie Green, Ste 312
Louisville, KY  40202

Nelson Mullins Riley & Scarborough, LLP
Attn: George B. Cauthen
Meridian Building, 17th Fl.
1320 Main St.
Colombia, SC  29201

Hangley, Aronchick, Segal & Pudlin
Attn: Ashley Chan
One Logan Square, 27th Fl
Philadelphia, PA  19103

Eastman & Smith Ltd
Attn: Kenneth C Baker
One Seagate, 24th Floor
P.O.Box 10032
Toledo, OH  43699-0032

Wilkins, Bankester, Biles & Wynne, PA
Attn: Marion Wynne, Brian Britt
P.O.Box 1367
Fairhope, AL  36532

The Coca-Cola Company
Attn: John Lewis, Litigation Counsel
P.O.Box 1734
Atlanta, GA  30301

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Ave., Ste 400
Marietta, GA  30060-7946

Rex D. Rainach, A Professional Law Corporation
3622 Government St.
Baton Rouge, LA  70806-0646

Wander & Associates
Attn: David H. Wander
641 Lexington Ave., 21st Floor
New York, NY  10022

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA  90067

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave., NE
Suite 706
St. Petersburg, FL  33701

Perkins Cole LLP
Attn: Bruce MacIntyre, Jennifer Stevenson
1201 Third Avenue
40th Floor
Seattle, WA  98101-3099

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Ste. 1900
434 Lafayette St. Mall
Raleigh, NC  27602-1070

Adelman Law Offices PC
Attn: David A. Adelman
1320 Tower Road
Suite 114
Schaumburg, IL  60173

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter, Edward Peterson and Elena Ketchum
110 E. Madison St., Ste 200
Tampa, FL  33602

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX  77074

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay Street
Suite 300
Knoxville, TN  37902

Lisa Bittle Tancredi
Venable LLP
Attn: Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD  21201

Ken Burton, Jr.
Manatee County Tax Collector
Attn: Susan D. Profant
P.O. Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL  34206-5300

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL  34109

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Ave.
4th Floor
Ft. Lauderdale, FL  33316

Simpson Law Offices
Attn: James W. Martin
One Securities Ctr., Ste. 300
3490 Piedmont Rd., NE
Atlanta, GA  30305

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 S. Dadeland Blvd.
Suite 1225
Miami, FL  33156

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL  33324

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL  32257

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl.
214 N. Tryon Street
Charlotte, NC  28202

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Avenue
Suite 1330
West Palm Beach, FL  33401

Fredrikson & Byron, P.A.
Attn: John M. Koneck, Esq.
200 S. Sixth Street
Suite 4000
Minneapolis, MN  55402-1425

Liebman, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI  54305-3200

Richard Blackstone II, PA
Attn: Richard Blackstone Webber II
320 Maitland Avenue
Altamonte Springs, FL  32701

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real
Suite 700
San Mateo, CA  94402

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Avenue
Suite 1540
New York, NY  10169

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd.
Room 620
Orlando, FL  32801

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue
14th Floor
New York, NY  10152

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT  06032

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Avenue
Suite 1000
Inverness, FL  34450

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road
Suite 300
Northfield, IL  60093

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, FL  33156-7903

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr.
Bldg. 1, Ste 525
Clearwater, FL  34762

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend Street
Boston, MA  02114

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon
9th Floor
Coral Gables, FL  33134

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth Street
Suite 2300
Minneapolis, MN  55402

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State Street
P.O. Box 427
Jackson, MS  39205-0427

William P. Wessler
1624 24th Avenue
Gulfport, MS  39501

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Avenue
P.O. Box 800
Tampa, FL  33601

Johnston, Harris, Gerde & Jelks, PA
Attn: Jerry Gerde
239 E. 4th Street
Panama City, FL  32401-3110

St. John & Wayne, LLC
Attn: Todd Galante, Paul Evangelista
Two Penn Plaza East
Newark, NJ  07105

- 14 -

Shaw Gussis Fishman Glantz Wolfson &
Towbin, LLC
Attn: Brian Shaw, Allen Guon
321 N. Clark Street
Suite 800
Chicago, IL  60610

Porter, Wright, Morris & Arthur LLP
Attn: James Botti
41 South High Street
31st Floor
Columbus, OH  43215

Smith Debnam Narron Wyche Saintsing &
Myers LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC  27611

Snell & Wilmer, LLP
Attn: Peter Rathwell
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

McCormick & Company
Attn: Austin Nooney
211 Schilling Circle
Hunt Valley, MD  21031-1102

Wolff, Hill, McFarlin & Herron, P.A.
Attn: David McFarlin, Kenneth Herron
1851 W. Colonial Drive
Orlando, FL  32804

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Avenue
35th Floor
New Orleans, LA  70170-3500

Leatherwood Walker Todd & Mann, PC
Attn: Seann Gray Tzouvelekas
P.O. Box 87
300 E. McBee Ave., Ste. 500
Greenville, SC  29602-0087

Pachulski, Stang, Ziehl, Young, Jones &
Weintraub PC
Attn: Robert Feinstein
780 Third Avenue
36th Floor
New York, NY  10017

Foley & Mansfield, PLLP
Attn: James J. Lotz
545 Madison Avenue
New York, NY  10022

McClain, Leppert & Maney, P.C.
Attn: J. Casey Roy, Michael Leppert
711 Louisiana Street
Suite 3100
Houston, TX  77002

Brenner Kaprosy LLP
Attn: T. David Mitchell
50 East Washington Street
Chagrin Falls, OH  44022-3032

Greenbaum, Rowe, Smith & Davis LLP
Attn: Thomas Denitzio
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ  07095-0988

Alfred E. Smith
60 E. 42nd Street
Suite 2501
New York, NY  10017

Wachtel & Masyr, LLP
Attn: Steven Cohen, Greg Haber
110 East 59th Street
New York, NY  10022

Saul Ewing LLP
Attn: Joyce Kuhns
100 South Charles St., 15th Fl
Baltimore, MD  21201

LaMonica Herbst & Maniscalco, LLP
Attn: Salvatore LaMonica
3305 Jerusalem Avenue
Wantagh, NY  11803

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 N. Ashley Drive
Suite 2540
Tampa, FL  33602

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High Street
Columbus, OH  43215-6197

Brown Raysman Millstein Felder &
Steiner, LLP
Attn: Gerard Catalanello
900 Third Avenue
New York, NY  10022

Broward County Revenue Collection
Division
Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S. Andrews Ave.
Ft. Lauderdale, FL  33301

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL  32204

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive
Suite 1700, P.O. Box 3460
Norfolk, VA  23514-0617

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary Street
P.O. Box 1320
Richmond, VA  23218-1320

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State Street
Columbus, OH  43215-4294

Seyfarth Shaw LLP
Attn: Richard Lauter, Sara Lorber
55 E. Monroe Street
Suite 4200
Chicago, IL  60601-5803

Thompson, O'Brien, Kemp & Nasuti PC
Attn: Albert Nasuti
40 Technology Parkway South
Suite 300
Norcross, GA  30092

Sher Garner Cahill Richter Klein &
Hilbert, L.L.C.
Attn: Elwood F. Cahill, Jr., Neal J.
King
909 Poydras Street
28th Floor
New Orleans, LA  70112

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Avenue
17th Floor
New York, NY  10017

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th Street
Suite 1000
Kansas City, MO  64112

Clark, Partington, Hart, Larry, Bond &
Stackhouse
Attn: Keith L. Bell, Jr.
One Pensacola Plaza, Ste. 800
125 W. Romana Street
Pensacola, FL  32501

Jeffrey M. Chebot, Esq.
Whiteman, Bankes & Chebot, LLC
Suite 1300 - Constitution Place
325 Chestnut Street
Philadelphia, PA  19106

Phelps Dunbar
Attn: Douglas C. Noble
111 E. Capital, Suite 600
P.O. Box 23066
Jackson, MS  39225-3066

Stoel Rives LLP
Attn: Peter L. Slinn
600 University Street
Suite 3600
Seattle, WA  98101

Simon Property Group
Attn: Ronald Tucker
115 W. Washington Street
Indianapolis, IN  46204

Weiss Serota Helfman Pastoriza Guedes
Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Rd., Ste. 300
Ft. Lauderdale, FL  33312

Bingham McCutchen LLP
Attn: Anthony Smits
One State Street
Hartford, CT  06103