UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors. ) Jointly Administered
)

## NOTICE OF APPEARANCE

ERIC E. LUDIN, ESQ., of the Law Firm of Piper, Ludin, Howie & Werner, P.A., hereby files a Notice of Appearance on behalf of THE SEMBLER COMPANY, Property Manager for the Landlord/Owner of the following retail shopping centers, to-wit: HIGHLANDS SQUARE (Shopping Center) at 333 Highland Avenue, Inverness, Florida (in which Debtor is a Tenant and identified as Winn-Dixie Store #2210) and LA PLAZA GRANDE SOUTH, 910-1102 Bichara Boulevard, The Villages, Florida 32195 (in which Debtor is a Tenant and identified as Winn-Dixie Store #2337), and requests that the undersigned be included on all certificates of service to receive pleadings and other correspondence as it relates to this Debtor and these two shopping centers.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to the following D. J. Baker, Sally McDonald Henry, Rosalie Walker Gray and Adam S. Ravin @ SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Four Times Square, New York, NY 10036 and to Eric M. Davis @ SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, One Rodney Square, Wilmington, Delaware 19801 - Attorneys for Debtors - this 16 day of June, 2005.

ERIC E. LUDIN, ESQ.
PIPER, LUDIN, HOWIE & WERNER, P.A.
5720 Central Avenue
St. Petersburg, FL 33707
Phone: (727) 344-1111
FAX: (727) 344-1117
Email: Ludin@piperludin.com
SPN# 00236251; FBN# 351393
Attorney for THE SEMBLER COMPANY