UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                          Case No. 05-03817-3F1

WINN DIXIE STORES, INC., et al                  Chapter 11

Debtors.                                         Jointly Administered
_____/

## NOTICE OF APPEARANCE

COMES NOW, ERIC S. GLATTER, ESQ., of GLATTER & ASSOCIATES, P.A., and files this Notice of Appearance as counsel on behalf of DBR ASSET MANAGEMENT, INC., agent for GALT OCEAN MARKETPLACE, Creditor, and hereby requests that any and all pleadings, correspondence, or documentation be forwarded to the undersigned as of this date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this _____ day of June, 2005 to Adam S. Ravin, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for Debtor, Four Times Square, New York, NY 10036-6522 and to Kenneth C. Meeker, Assistant U.S. Trustee, Office of the U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

GLATTER & ASSOCIATES, P.A.
1489 West Palmetto Park Road   Suite 420
Boca Raton, Florida 33486
(561) 391-3369  Telephone
(561) 391-3786  Facsimile

By: _____
ERIC S. GLATTER, ESQUIRE
Florida Bar No. 793663