## UNITED STATES BANKRUPTCY COURT FOR
## FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re:  Winn-Dixie Montgomery, Inc - Trade Claims<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-03817<br><br>Claim No.  243667-12 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:    **BMK INC CENTRAL** _____ ("Transferor")

   [TRANSFEROR NAME & ADDRESS]

   **135 S LASALLE** _____

   **DEPT 2963** _____

   _____

   **CHICAGO, IL 60674-2963** _____

2.   Please take notice of the transfer of $ **117,046.61** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $117,046.61 to:**

   **Madison Investment Trust - Series 3** _____ ("Transferee")

   [TRANSFEREE NAME & ADDRESS]

   **6310 Lamar Ave.  Suite 120** _____

   _____

   **Overland Park, KS       66202** _____

No action is required if you do not object to the transfer of you claim.

_Sally Meyer_

Sally Meyer

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:         Florida Middle Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
              6310 Lamar Ave
              Suite 120
              Overland Park, KS  66202

*BMK Inc WEST* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Montgomery, Inc - Trade Claims in the Florida Middle Bankruptcy Court , The case entitled In re Winn-Dixie Montgomery, Inc - Trade Claims, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *6 - 3 - 0 5*

                                                    *06~06~05A09:25 RCVD*

[NAME OF CLAIMANT] *BMK Inc WEST*

By: *Jim Motley*
(Signature of Claimant)

Print Name: *Jim Motley*

*2051 McKenzie Dr.*
(Address)

*Carrollton, TX 75006*
(Address)

*38 - 3650358*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  101902493

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: *Sally Meyer*
                         (signature)

_____