**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING**
**TIME REQUIREMENTS ON MOTION FOR**
**RELIEF FROM STAY FILED BY WAH HONG GO**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Wah Hong Go stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Wah Hong Go (the "Motion") (Docket No. 1524). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or after August 8, 2005, (ii) the continuation of the automatic stay in

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

effect pending the conclusion of such hearing and determination of the Motion under § 362(d) and (iii) the extension of the time within which Wah Hong Go may file a proof of claim in these Chapter 11 cases to 14 days after the entry of an order determining the Motion under § 362(d).

Dated: June 14, 2005

| ANTHONY F. SANCHEZ, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *  *s/ Anthony F. Sanchez*<br>      Anthony F. Sanchez | By  *s/ James H. Post*<br>      James H. Post |
| Florida Bar No. 0789925<br>Alfred I. DuPont Building<br>169 E. Flagler Street, Suite 1500<br>Miami, Florida 33131<br>(305) 577-9903<br>(305) 577-6121 (facsimile)<br>afspalaw@aol.com<br><br>Attorney for Wah Hong Go<br><br>*Counsel has authorized his electronic signature. | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com<br><br>          -and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Debtors |

499511