UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                             CASE NUMBER:  05-03817-3F1
                                                   CHAPTER 11
WINN-DIXIE STORES, INC., et al.,                   JOINTLY ADMINISTERED

Debtors.[1]
-----------------------------------------------/

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **July 14, 2005 at 1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida  32202, to consider Heritage Mint, Ltd.'s Motion to Shorten Time to Assume or Reject an Executory Contract (Doc. No. 1481).

You are reminded that local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pant suit is appropriate for a woman.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, inc. dixie Packers, Inic., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, table Supply Food Stores, Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: June 21, 2005

| Lang & Baker, PLC | Shutts & Bowen LLP |
|---|---|
| By:  /s/ Suzanne K. Weatherman    Kent A. Lang   Suzanne K. Weatherman   8233 Via Paseo del Norte, Suite C-100   Scottsdale, AZ  85258   980-947-1911 | By:  /s/ Andrew M. Brumby    Andrew M. Brumby   Florida Bar No. 0650080   Kathleen M. Krak   Florida Bar No. 045548   300 S. Orange Avenue, Suite 1000   P.O. Box 4956   Orlando, FL  32802-4956   407-423-3200 |