UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

-----------------------------------------------------------X

In re

**WINN-DIXIE STORES, INC., ET AL**
Winn-Dixie Logistics, Inc.

Debtors.

-----------------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Amroc Investments, LLC hereby withdraws the Notice of Transfer of Claim filed from AMROC INVESTMENTS, LLC as transferor (docket number 1817), to US COTTON LLC as transferee. The Withdrawal of Transfer of Claim relates only to the filed claim AMROC INVESTMENTS, LLC in the amount of $34,615.44.

Respectfully submitted this 21st day of June 2005.

Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 850-7584

By: _____
David S. Leinwand, Esq.