UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICES OF APPEARANCE

The Court finds that the Notices of Appearance filed by Eric S. Glatter on behalf of DBR Asset Management, Inc., agent for Three Lakes Plaza, LC, Galt Ocean Marketplace, Bedford Avenue Realty, Inc., Northway Investments, LLC, DIM Vastgoed and IIIT West, LLC on June 20, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notices of Appearance filed by Eric S. Glatter on behalf of DBR Asset Management, Inc., agent for Three Lakes Plaza, LC, Galt Ocean Marketplace, Bedford Avenue Realty, Inc., Northway Investments, LLC, DIM Vastgoed and IIIT West, LLC on June 20, 2005 are stricken from the record.

**DATED June 21, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Eric S. Glatter, 1489 West Palmetto Park Rd., Suite 420, Boca Raton, FL 33486
Adam Ravin, Four Times Square, New York, NY 10036
US Trustee