UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by Eric E. Ludin on behalf of The Sembler Company, property manager for Highlands Square and La Plaza Grande South on June 20, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by Eric E. Ludin on behalf of The Sembler Company, property manager for Highlands Square and La Plaza Grande South on June 20, 2005 is stricken from the record.

**DATED June 21, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Eric E. Ludin, 5720 Central Ave., St. Petersburg, FL 33707
D.J. Baker, Four Times Square, New York, NY 10036
Eric M. Davis, One Rodney Square, Wilmington, DE 19801