IN THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

DAVID A. REDDICK,
JAMES A STOKES

        Plaintiffs,        Case No: 2002-05900-CA

                           Division: CV-B

vs.

WINN DIXIE STORES, INC.,

        Defendant.
_____/

### FINAL JUDGMENT

Upon rendition of a Jury Verdict, it is hereby

ADJUDGED as follows:

A. The Plaintiff REDDICK does have and recover from the Defendant the following sums:

    1. $350,000 in lost past and future wages;

    2. $50,000 in punitive damages

for a total recovery of $400,000.

The Court retains jurisdiction of this cause for the purpose of awarding any applicable taxable costs or attorneys' fees as provided by law.

ORDERED AND ADJUDGED in Chambers in Jacksonville, Duval County, Florida, this _____ day of April, 2004.

ORDER ENTERED
APR 3 0 2004

/s/ L. HALDANE TAYLOR
_____
CIRCUIT JUDGE

Copies to:

T. A. Delegal, III, Esq.
Edward Trent, Esq.