IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

DAVID A. REDDICK, and
JAMES A STOKES,

      Plaintiffs,

vs.

WINN-DIXIE STORES, INC.,

      Defendant.
_____/

Case No: 2002-05900-CA

Division: CV-B

## FINAL JUDGMENT AS TO ATTORNEY'S FEES

THIS CAUSE came before the Court following entry, by Jury Verdict, of those certain Final Judgments entered by the Court on April 30, 2004, in favor of Plaintiffs, David A. Reddick and James A. Stokes (collectively where appropriate "Plaintiffs" or "Judgment Creditors") and against Defendant, Winn-Dixie Stores, Inc. (the "Final Judgments"), and which were subsequently modified by (i) the Court's Order dated July 15, 2004 (the "Modifying Order"), and (ii) that certain Order Awarding Plaintiffs' Attorneys' Fees and Costs, dated August 25, 2004 (the "Fee & Cost Order"), which Fee and Cost Order provided for entry of a final judgment to reflect the attorneys' fees awarded to Plaintiffs in this cause. The Court has retained jurisdiction to award reasonable attorney's fees and costs. Accordingly, it is hereby

ORDERED and ADJUDGED:

1. Plaintiffs, collectively, shall also recover from Defendant, Winn-Dixie Stores, Inc. the amount of $383,027.58 for attorneys' fees and $57,142.09 in costs, for all of which let execution issue forthwith.

2. Interest shall accrue on all amounts due Plaintiffs/Judgment Creditors from Defendant, Winn-Dixie Stores, Inc., at the applicable statutory rate.

ORDERED AND ADJUDGED in Chambers in Jacksonville, Duval County, Florida, this _____ day of _____, 2004.

**ORDER ENTERED**
**SEP 1 0 2004**

/s/ **L. HALDANE TAYLOR**
_____
CIRCUIT JUDGE

Copies to:

T. A. Delegal, III, Esq.
Edward Trent, Esq.

**Judgment Creditors Addresses**:
David A. Reddick
2323 Conciliation Lane
Green Cove Springs, FL 32043

James A. Stokes
7914 Hastings Street
Jacksonville, FL 32220