Bond No. 16028926

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 2002-05900-CA
DIVISION: CV-B

DAVID A. REDDICK,
JAMES A. STOKES,

Plaintiffs,

v.

WINN-DIXIE STORES, INC.,

Defendant.
_______________________________________/

**DEFENDANT WINN-DIXIE STORES, INC.'S SURETY BOND**

We, Winn-Dixie Stores, Inc. ("Winn-Dixie"), as Principal, and Liberty Mutual Insurance Company, as Surety, jointly and severally acknowledge that we are jointly bound to pay to Plaintiffs, David A. Reddick and James A. Stokes (collectively "Plaintiffs"), the sum of $1,140,169.67 plus interest, pursuant to a Final Judgment entered April 30, 2004, and amended by order on July 15, 2004, and supplemented by a Final Judgment on Attorney's Fees and Costs on September 10, 2004. This surety bond is being filed pursuant to Fla. R. App. P. 9.310(b)(1) and 9.310(c), and automatically stays the judgment entered against Winn-Dixie. Pursuant to Fla. R. App. P. 9.310(b)(1), the surety bond is "equal to the principal amount of the judgment plus twice the statutory rate of interest on judgments on the total amount on which the party has an obligation to pay interest" for an amount totaling $1,299,793.42.

The condition of this bond is that whereas Winn-Dixie has appealed to the Florida First District Court of Appeal the Judgments of this Court as described above; now, if Winn-Dixie shall pay the amount of the Judgment herein if its appeal shall be dismissed or the Judgment

affirmed or modified, together with all costs that may be awarded, then this bond is void, otherwise to be and remain in full force and effect.

Signed on 11/10/04, at Jacksonville, Duval County, Florida

-TLW

Larry Appel
Senior VP, General Counsel
Authorized Representative,
Winn-Dixie Stores, Inc.

Signed on November 5, 2004, at Atlanta, Fulton County, GA

Liberty Mutual Insurance Company

Edward L. Mitchell, Attorney-in-Fact
Surety

Respectfully submitted, this 12th day of November, 2004.

AKERMAN SENTERFITT
Edward H. Trent, Esq.
Florida Bar No.: 0957186
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
904-798-3700 Telephone
904-798-3730 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Winn-Dixie Stores, Inc.'s Surety Bond has been furnished by U.S. Mail, postage prepaid, to T. A. Delegal, III, Esquire, 424 E. Monroe Street, Jacksonville, Florida 32202, and John T. Rogerson, III, Esquire, 1307 Riverplace Blvd., Suite 1700, Jacksonville, FL 32207, this 12th day of November, 2004.

Attorney

1380475

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

LIBERTY MUTUAL INSURANCE COMPANY
BOSTON, MASSACHUSETTS
POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS: That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint

**SANDRA S. CARTER, EDWARD L. MITCHELL, VIRGINIA B. MCMANUS, GARY D. EKLUND, BARBARA S. MACARTHUR, CYNTHIA I. RODOLPH, LAUREL D. HUSS, JUDITH S. FLEMING, BARBARA A. THOMPSON, NANCY G. NIX, ALL OF THE CITY OF ATLANTA, STATE OF GEORGIA..........**

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding ONE HUNDRED MILLION AND 00/100******************** DOLLARS ($ 100,000,000.00*****) each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

> ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
> Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

> Pursuant to Article XIII, Section 5 of the By-Laws, Garnet W. Elliott, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this 8th day of September, 2003.

LIBERTY MUTUAL INSURANCE COMPANY

By [signature]
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this 8th day of September, 2003, before me, a Notary Public, personally came Garnet W. Elliott, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

TERESA PASTELLA COMMONWEALTH OF PENNSYLVANIA NOTARY PUBLIC

Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Mar. 28, 2005
Member, Pennsylvania Association of Notaries

By [signature]
Teresa Pastella, Notary Public

CERTIFICATE

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XIII, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

> VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this 5th day of November, 2004.

By [signature]
David M. Carey, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

# NOTICE FROM SURETY REQUIRED BY TERRORISM RISK INSURANCE ACT OF 2002

In accordance with the Terrorism Risk Insurance Act of 2002 (referred to hereinafter as the "Act"), this disclosure notice is provided for surety bonds on which one or more of the following companies is the issuing surety: Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; LM Insurance Corporation; The First Liberty Insurance Corporation; Liberty Insurance Corporation; Employers Insurance Company of Wausau (formerly "EMPLOYERS INSURANCE OF WAUSAU A Mutual Company"); Peerless Insurance Company; and any other company that is a part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Bond Services (referred to collectively hereinafter as the "Issuing Sureties").

## NOTICE FORMS PART OF BOND

This notice forms part of surety bonds issued by any one or more of the Issuing Sureties.

## DISCLOSURE OF PREMIUM

The premium attributable to any bond coverage for "acts of terrorism" as defined in Section *102(1)* of the Act is Zero Dollars ($0.00).

## DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States will reimburse the Issuing Sureties for ninety percent (90%) of any covered losses from terrorist acts certified under the Act exceeding the applicable surety deductible.