**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                      Case No. 3:05–bk–03817–JAF
                                                            Chapter 11

Winn–Dixie Stores, Inc

_____ Debtor(s) _____ /

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Wah Hong Go is rescheduled for final hearing to August 8, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated June 22, 2005 .

                        David K Oliveria , Clerk of Court
                        300 North Hogan Street Suite 3–350
                        Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Anthony F. Sanchez, Attorney for Movant