UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                  Chapter 11
            Debtors.                              )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of Order Approving Settlement with Bain & Company, Inc. Pursuant to Terms of Stipulation (Docket No. 1751) was furnished by mail and/or electronically on June 17, 2005 to those parties on the attached Master Service List.

Dated: June 22, 2005

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
          Stephen D. Busey
          James H. Post
          Cynthia C. Jackson  (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

        -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Attorneys for the Debtors