UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

AGREED ORDER OVERRULING GARDENS PARK OBJECTION TO
DEBTORS' MOTION TO EXTEND TIME TO ASSUME OR
<u>REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES</u>

These cases came before the Court upon the objection of Gardens Park Plaza (the "Objection") (Docket No. 641) to the motion of Winn-Dixie Stores, Inc. and twenty-three of its affiliates and subsidiaries (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors an extension of the time period to assume or reject unexpired nonresidential real property leases (the "Motion") (Docket No. 472). On May 6, 2005, the Court entered an Order granting the Motion and extending the time for the Debtors to assume or reject unexpired leases of nonresidential real property until September 19, 2005, and continued the hearing on the Objection (the "Order") (Docket No. 1070). Based upon the representations of counsel that Gardens Park Plaza has consented to the relief requested in the Motion, it is

ORDERED AND ADJUDGED THAT:

1. The Objection is OVERRULED.

2. The time within which the Debtors must move to assume or reject is extended through and including September 19, 2005 and Gardens Park Plaza is subject to all of the provisions of the Order.

Dated June 22, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
Michael Bakst

499060

2