United States Bankruptcy Court
Middle District of Florida (Jacksonville)

_____
                                )
In Re:                          )
                                )
**Winn-Dixie Store, Inc. et al.** )      Chapter 11
  Winn-Dixie Montgomery, Inc.   )      Case No. **05-03817**
                                )      Claim No. **241250-12**
                    Debtors     )      Court ID:
_____)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001E(1) or E(2) or (4)

To **Transferor**:

      **3 Brothers Welding**
      **4001 Mobile Hwy**
      **Montgomery, AL 36108**

The transfer of your entire claim as shown above in the amount of **$4,959.45** has been transferred to **Transferee**:

      Redrock Capital Partners, LLC
      111 S. Main Street, Ste C11
      P.O. Box 9095
      Breckenridge, CO 80424

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: **June 14, 2005**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058

---------------------------------------------------------------------------------------------------------------------------------
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200__.
INTERNAL CONTROL No. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                                 _____
                                        Deputy Clerk

Bc: objntc (4/23/93)
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM NOT ON FILE

# Redrock Capital Partners, LLC
## EVIDENCE OF TRANSFER OF CLAIM

TO:               Clerk, United States Bankruptcy Court, **Middle District of Florida**

AND TO:       Redrock Capital Partners, LLC ("Assignee")
                      111 S. Main Street, Ste C11
                      PO Box 9095
                      Breckenridge, CO 80424

**3 Brothers Welding** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated **June 14, 2005**, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Redrock Capital Partners, LLC**, with offices at 111 S. Main Street, Suite C11, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Winn Dixie Stores, Inc. et al.,** in the United States Bankruptcy Court for the **Middle District of Florida**, Chapter 11 case number **05-03817**, including without limitation those receivables of the Seller identified by invoice numbers which will be made available if requested by Buyer.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

          IN WITNESS WHEREOF, dated as of the **June 15, 2005**

**Tropical Island Dist Inc.**

Signature of Assignor **/s/ F.J. Pitts**           Signature of Co-Assignor

Print Name of Assignor **F.J. Pitts**           Print Name of Co-Assignor

Title **President**                                Title

Street Address **4001 Mobile Hwy**          Street Address

City, State & Zip **Montgomery, AL 36108**    City, State & Zip