**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, Inc.,                    CASE NO.: 05-03817-3F1

    DEBTOR.

_____.

**AMENDED CERTIFICATE OF SERVICE ON MOTION BY JAMES STOKES, DAVID REDDICK, AND DELEGAL LAW OFFICE, P.A. FOR RELIEF FROM STAY**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States Mail, postage pre-paid to:

    Edward H. Trent, Esq.
    Richard N. Marguilies, Esq.
    Akerman Senterfitt
    50 North Laura Street
    Jacksonville, FL 32202
    Debtor's Attorney in Pending First DCA cases

    Winn-Dixie Stores, Inc.
    5050 Edgewood Ct.
    Jacksonville, FL 32254-3699

    Adam Ravin
    Skadden, Arps Slate Meagher & Flom, LLP
    New York, NY 10036

    Cynthia C. Jackson
    Smith, Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, FL 32201
    Counsel for Debtor

    Dennis F. Dunne
    Milbank, Tweed, Hadley & McCloy, LLP
    1 Chase Manhattan Plaza

New York, NY 10005

John B. MacDonald
Akerman Senterfitt
50 N. Laura Street
Jacksonville, FL 32202
Counsel for Unsecured Creditor's Committee

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32806
Counsel for U.S. Trustee's Office

and all those listed via CM/ECF via electronic mail on the 21st day of June, 2005.

          /s/ *Charles W. McBurney, Jr.*
          Charles W. McBurney, Jr., Esq.