UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Case No. 05-03817-3F1 |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSES
(WINN-DIXIE STORE # 1908,
THE VILLAGE ON WHITESBURG,
HUNTSVILLE, ALABAMA)
FILED BY TRANSAMERICA LIFE INSURANCE COMPANY

The creditor, Transamerica Life Insurance Company, by its undersigned attorneys, moves for an order allowing and directing the immediate payment of administrative expenses, as more fully appears below:

1. At the relevant times, Transamerica Life Insurance Company ("Landlord") owned the property that the debtors operate as Winn-Dixie Store # 1908, at The Village on Whitesburg, in Huntsville, Alabama. Winn-Dixie Atlanta, Inc., now Winn-Dixie Montgomery, Inc., is the tenant under a lease dated September 4, 1986 ("Lease"). Landlord is the landlord under that Lease pursuant to assignment from the

original landlord.  Winn-Dixie Stores, Inc., is the guarantor of the obligations of the tenant under the Lease pursuant to the terms of a guaranty dated September 25, 1986 ("Guaranty").  Both Winn-Dixie Montgomery, Inc., and Winn-Dixie Stores, Inc., are debtors in these jointly administered cases.

2.  The debtors filed these cases under Chapter 11 of the Bankruptcy Code on February 21, 2005, in the United States Bankruptcy Court for Southern District of New York.  On April 13, 2005, that court transferred the venue of the cases to this court.

3.  The debtors have not sought to assume or reject the Lease.  By the Order Under 11 U.S.C. § 365(d)(4) Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, entered on May 6, 2005 (Docket No. 1070), the court extended the time for the debtors to move to assume or reject the Lease to September 19, 2005.  In that order, the court also directed the debtors to honor all post-petition rental obligations arising under the Lease.

4.   As reflected on the letter from Landlord's agent attached here as Exhibit A, the debtors owe the following post-petition rental obligations:

| | |
|---|---:|
| Common Area Maintenance | $36,777.35 |
| Insurance | 2,532.52 |
| Property Tax | 36,912.38 |
| Total | $76,222.25 |

5.   These amounts are required to be paid to Landlord under paragraphs 31 and 37 of the Lease.  Pursuant to paragraphs 31 and 21 of the Lease, these amounts became due and payable after the filing of the debtors' bankruptcy cases.

6.   The debtors have failed to pay these amounts.  Accordingly, the debtors are in default of the Lease and the Guaranty and are in violation of this court's order of May 6th.

7.   On May 19, 2005, Landlord, by its undersigned attorneys, gave notice to counsel for the debtors and counsel for the Creditors' Committee of this default as required by the court's order of May 6th.  Despite this notice, the debtors have failed and refused to pay.

8. The rental obligations described in paragraph 4 above are post-petition administrative expense obligations because, under the terms of the Lease, they became due and payable post-petition. Centerpoint Properties v. Montgomery Ward Holding Corp. (In re Montgomery Ward Holdings Corp.), 268 F.3d 205 (3d Cir. 2001); Rose's Stores, Inc. v. Saul Subsidiary I, L.P. (In re Rose's Stores, Inc.), 1998 U.S. App. LEXIS 15334 (4th Cir. 1998[unreported]; In re DeCicco of Montvale, Inc., 239 B.R. 475 (Bankr. D. N.J. 1999); In re R. H. Macy & Co., 152 B.R. 869 (Bankr. S.D. N.Y. 1993). Although there is contrary authority, e.g., In re Handy Andy Home Improvement Centers, Inc., 144 F.3d 1125 (7th Cir. 1998), and Schneider & Reiff v. William Schneider, Inc. (In re William Schneider, Inc., 175 B.R. 769 (S.D. Fla. 1994), there is no controlling authority in our circuit. The Landlord submits these contrary cases do not represent the better view.

9. On April 21, 2005, the Landlord sold the subject property and assigned the Lease to VOW, LLC, an Alabama limited liability company. Pursuant to the terms of the sale, delinquent rents and/or tenant reimbursements, including the amounts described in paragraph 4 above, were

carved out of the sale and remain the property of the Landlord.  In addition, the terms of the sale explicitly give the Landlord the right to collect those delinquencies and obligate the buyer to deliver them to the Landlord if the buyer received them.  Accordingly, the Landlord is the proper party to which the debtors should pay these amounts notwithstanding the sale of the property to the buyer in April.

WHEREFORE, the Landlord prays that the court will grant its application on the merits, allow the Landlord an administrative expense claim in the amount of $76,222.25, and order the debtors to pay it immediately.

>Respectfully submitted,
>
>C. TIMOTHY CORCORAN, III, P.A.
>400 N. Ashley Drive, Suite 2540
>Tampa, Florida  33602
>(813) 769-5020
>(813) 769-5030 (fax)
>ctcorcoran@mindspring.com
>Attorneys for the Landlord
>
>By */s/ C. Timothy Corcoran, III*
>      C. Timothy Corcoran, III
>      Florida Bar No. 0161248

<u>Proof of Service</u>

I certify that today I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that I have sent by U. S. Mail today a copy of the foregoing to any persons listed below who will not receive from the Clerk a notice of electronic filing:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

Adam Ravin, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

John B. Macdonald, Esquire
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL  32202

Patrick P. Patangan, Esquire
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL  32202

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL  32806

VOW, LLC
c/o Edward J. Ashton, Esquire
Walston, Wells, Anderson & Bains, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

| *June 22, 2005* | */s/ C. Timothy Corcoran, III* |
|---|---|
| Dated | C. Timothy Corcoran, III |



AEGON USA Realty Advisors, Inc.

4333 Edgewood Road NE
Cedar Rapids, Iowa 52499-5441
Phone 319|369-2300  FAX 319|369-2277

2/16/2005

Winn Dixie #1908
Telsa Tinsley, Area Property Manager
P O Box 43425
Atlanta, GA  30336

RE: Operating Expense Adjustments at Village on Whitesburg

Lease Number: 1645     Primary Unit: 1

Dear Tenant:

Your lease provides for an annual adjustment of operating expense charges. We have recently compiled the information necessary to complete these calculations. Your year-end adjustment(s) are as follows:

| | | |
|---|---|---:|
| Unit 1 | Common Area Maintenance | 36,777.35 |
| Unit 1 | Insurance | 2,532.52 |
| Unit 1 | Property Tax | 36,912.38 |
| | Total Adjustments | **$76,222.25** |

Enclosed is a summary of the expenses paid by the Landlord. Please forward your check in the amount $76,222.25 made payable to:

AEGON USA Realty Advisors, Inc.
PO Box 905128
Charlotte, NC 28290-5128

If you have questions regarding these adjustments please contact your property manager.

Sincerely,

Lease Administration
AEGON USA Realty Advisors, Inc.

EXHIBIT A

# EXPENSE RECOVERY CALCULATION(S)

## Village on Whitesburg

### LEASE: 1645

| | |
|---|---:|
| **2004 Common Area Maintenance Expenses Unit 1** | 98,583.73 |
| Tenant's Percentage | 37.30570 % |
| Total Amount Due | $ 36,777.35 |
| | |
| **2004 Insurance Expenses Unit 1** | 6,788.56 |
| Tenant's Percentage | 37.30570 % |
| Total Amount Due | $ 2,532.52 |
| | |
| **2004 Property Tax Expenses Unit 1** | 98,945.68 |
| Tenant's Percentage | 37.30570 % |
| Total Amount Due | $ 36,912.38 |

REIMBURSABLE EXPENSE SUMMARY
Village on Whitesburg
Lease: 1645(0)

### Common Area Maintenance

**Unit: 1**

| | |
|---|---:|
| Reimb R&M - Elect | 3,395.99 |
| Reimb Util - Electric | 13,614.03 |
| Reimb R&M - Facade | 750.00 |
| Reimb R&M - Grnds & Plants | 3,370.00 |
| Reimb R&M - Gutters/Dwnspt | 1,125.83 |
| Reimb R&M - Labor | 4,261.50 |
| Reimb Svc - Landscaping | 9,900.00 |
| Reimb R&M - Painting | 330.46 |
| Reimb Svc - Park Lot | 13,200.00 |
| Reimb R&M - Parking Lot | 20,230.00 |
| Reimb Svc - Pest Control | 127.71 |
| Reimb R&M - Plumbing | 1,487.49 |
| Reimb Property Tax Serv | 1,500.00 |
| Reimb R&M - Other | 10,000.00 |
| Reimb R&M - Roof | 5,073.57 |
| Reimb Svc - Rubbish Coll | 4,992.00 |
| Reimb R&M - Sidewalk | 2,065.00 |
| Reimb R&M - Signs | 525.50 |
| Reimb R&M Supply - Lawn | 28.13 |
| Reimb R&M Supply - General | 95.79 |
| Reimb Svc - Sidewalk | 1,600.00 |
| Reimb Util - Water | 910.73 |
| | 98,583.73* |

### Insurance

**Unit: 1**

| | |
|---|---:|
| Ins - Property & Liability | 6,788.56 |

### Property Tax

**Unit: 1**

| | |
|---|---:|
| Real Estate Tax | 98,945.68 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Winn Dixie #1908
   Attn: Telsa Tinsley
   PO Box 43425
   Atlanta, GA 20336

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): RICHARD GILBERT
B. Date of Delivery: 3-3-05
C. Signature: X _[signature]_
   ☒ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 6490 8758

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Winn Dixie 1908 / Telsa Tinsley
Street, Apt. No.; or PO Box No.: PO Box 43425
City, State, ZIP+4: Atlanta, GA 20336

7003 2260 0007 6490 8758

PS Form 3800, June 2002    See Reverse for Instructions