

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 16, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion for Order Authorizing Implementation of Employee Retention and Severance Plans Filed by Debtor (1492)

Motion to Shorten Time for Discovery or to Continue Hearing Filed by Richard S. Ehster(1654)
Order Denying in Part and Granting in Part Richard Ehster's Motion to Shorten Time for Discovery or to Continue Hearing (1694) entered 6/14/05

*Denied as Moot.*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN D. MACDONALD/JACOB A. BROWN
                   DENNIS DUNNE/MATTHEW S. BARR
RICHARD EHSTER:    DAVID R. MCFARLIN

**RULING:**