UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )         Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                              )         Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of Agreed Order Overruling Gardens Park Objection to Debtors' Motion to Extend Time to Assume or Reject Unexpired Nonresidential Real Property Lease (Docket No. 1832) was furnished by mail and/or electronically on June 23, 2005 to the following:

> Kenneth C. Meeker
> Assistant U.S. Trustee
> Office of the United States Trustee
> 135 West Central Boulevard, Room 620
> Orlando, Florida  32801
> phone:  407-648-6301
> fax:  407-648-6323
> ken.meeker@usdoj.gov
>
> Elena L. Escamilla
> Assistant U.S. Trustee
> Office of the United States Trustee
> 135 West Central Boulevard, Room 620
> Orlando, Florida  32801
> phone:  407-648-6301
> fax:  407-648-6323
> Elena L. Escamilla@usdoj.gov
>
> Elk, Bankier, Christu & Bakst, LLP
> Attn: Michael R. Bakst
> 222 Lakeview Ave., Ste 1330
> West Palm Beach, FL 33401
> Phone: 561-238-9900
> Fax: 561-238-9920
> mbakst@ebcblaw.com

        Otterbourg, Steindler, Houston & Rosen, P.C.
        Attn: Dan Fiorello, Jonathan N. Helfat,
        Jarod M. Stern
        230 Park Avenue, 29th Floor
        New York, NY  10169
        Phone: 212-661-9100
        Fax: 212-682-6104
        dfiorillo@oshr.com; Jhelfat@oshr.com;
        jstern@oshr.com

        Milbank, Tweed, Hadley & McCloy LLP
        Attn: Dennis Dunne, Lena Mandel, Dennis
        O'Donnell, Matthew Barr
        1 Chase Manhattan Plaza
        New York, NY 10005
        Phone: 212-530-5000
        Fax: 212-530-5219
        Ddunne@milbank.com; Lmandel@milbank.com;
        DODonnell@milbank.com; mbarr@milbank.com

Dated:  June 23, 2005

                                      SMITH HULSEY & BUSEY

                                      By     *s/ Cynthia C. Jackson*
                                            Stephen D. Busey
                                            James H. Post
                                            Cynthia C. Jackson  (FBN 498882)

                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      cjackson@smithhulsey.com

                                                 -and-

                                      SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                      D. J. Baker
                                      Sally McDonald Henry
                                      Rosalie Walker Gray
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-3000
                                      (212) 735-2000 (facsimile)
                                      djbaker@skadden.com

                                      Attorneys for the Debtors

00497425