UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05-bk-03817-JAF
                                                                       Chapter 11

Winn-Dixie Stores, Inc.

## MOTION TO WAIVE REQUIREMENT FOR LOCAL COUNSEL

Now Comes Lee P. Morgan, an attorney who is a non-resident of Florida, and moves the Court for an Order waiving the requirement for local counsel. In support of said Motion, Movant shows the Court the following:

1.

Movant is an attorney licensed to practice law in the State of Georgia. He is a member in good standing of the Bar of the United States District Courts for the Middle and Northern Districts of Georgia.

2.

Movant represents W.T.H. II, LLC and Homewood Associates, Inc., who are both Georgia Corporations and creditors in the above referenced matter. Movant has filed an Entry of Appearance on behalf of each said creditor, and intends to file further pleadings.

3.

Movant has over twenty-four years experience representing clients before bankruptcy courts and can adequately represent said creditors without the assistance of local counsel.

Wherefore, Movant prays that the Court enter an Order waiving the requirement for local counsel pursuant to Local Rule 2090-1.

This 23rd day of June, 2005.

/s/ Lee P. Morgan
Lee P. Morgan
Ga. State Bar #522850

Morgan & Morgan
P.O. Box 48359
Athens, GA 30604
(706)548-7070
Fax: (706)613-2089
email: lmorgan@morganlawyers.com

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing Order Waiving the Requirements for Local Counsel, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

      D.J. Baker, Sally McDonald Henry and Rosalie Gray
      Skadden, Arps, Slate, Meagher & Flom, LLP
      Four Times Square
      New York, NY 10036-6522

      Steven Busey, James H. Post and Cynthia C. Jackson
      Smith, Hulsey and Busey
      225 Water Street, Suite 1800
      Jacksonville, FL 32202

      Dennis F. Dunne
      Milbank, Tweed, Hadley and McCloy, LLC
      One Chase Manhattan Plaza
      New York, NY 10005

      Kenneth C. Meeker
      Assistant U.S. Trustee
      Office of the United States Trustee
      135 West Central Blvd.
      Room 620
      Orlando, FL 32801

This 23rd day of June, 2005.

                              /s/Lee P. Morgan
                              Lee P. Morgan
                              State Bar No: 522850