United States Bankruptcy Court
Middle District of Florida (Jacksonville)

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| **Winn-Dixie Store, Inc. et al.** ) | Chapter 11 |
| Winn-Dixie Montgomery ) | Case No. **05-03817** |
| ) | Claim No. **243291-12** |
| Debtors ) | Court ID: |
| ) | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

Please take notice that **Redrock Capital Partners, LLC** hereby withdraws the Notice of Transfer of Claim filed by Redrock Capital Partners, LLC as transferee (docket number 1847) to **Benchmark Recruiting** as Transferor. The Withdrawal of Transfer of Claim relates only to the filed claim by Redrock Capital Partners, LLC in the amount $7,000 **(docket number 1847)**.

Dated: **June 23, 2005**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058