**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by Eric E. Ludin on behalf of The Sembler Company, property manager for Highlands Square and La Plaza Grande South on June 20, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by Eric E. Ludin on behalf of The Sembler Company, property manager for Highlands Square and La Plaza Grande South on June 20, 2005 is stricken from the record.

**DATED June 21, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Eric E. Ludin, 5720 Central Ave., St. Petersburg, FL 33707
D.J. Baker, Four Times Square, New York, NY 10036
Eric M. Davis, One Rodney Square, Wilmington, DE 19801

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes           Page 1 of 1              Date Rcvd: Jun 21, 2005
Case: 05-03817               Form ID: pdfdoc        Total Served: 3

The following entities were served by first class mail on Jun 23, 2005.
aty        +Eric Ludin,    5720 Central Avenue,    St. Petersburg, FL 33707-1719
           +D.J. Baker,    Four Times Square,    New York, NY 10036-6518
           +Eric M. Davis,    One Rodney Square,    Wilmington, DE 19801-1299

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2005**                          **Signature:** *Joseph Speetjens*