**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

```
In re:                              )
                                    )    Chapter 11
WINN-DIXIE STORES, INC., et al.,    )
                                    )    Case No. 05—03817-3F1
     Debtors.                       )    Jointly Administered
_____)
```

**REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned attorney enters her Request for future Notices, Pleadings and Documents as counsel for the landlords

> Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP
> d/b/a Blue Angel Crossing Shopping Center
> Winn Dixie Store #535
>
> South Rockdale Associates, LLC
> Save Rite Store #2704
>
> Tiger Crossing, an Alabama General Partnership d/b/a University
> Crossing Shopping Center
> Winn Dixie Store #470
>
> Tiger Crossing, W.D., an Alabama General Partnership
> Winn Dixie Store #579

(hereinafter referred to as "Landlords") and hereby request the clerk of this Court to add counsel's name and address to the master list of creditors for the purposes of receiving notices, pleadings and other documents as follows:

> Annette Kerlin McBrayer, Esq.
> Epstein Becker & Green, P.C.
> Suite 2700
> 945 East Paces Ferry Road
> Atlanta, GA  30326
> (404) 923-9045

Landlords hereby request that all notices given or required to be given in this case, or in any cases consolidated herewith, and all papers served or required to be served in this case, or in any cases consolidated herewith, be given to and served upon the above-referenced counsel.  This request encompasses, but is not limited to,

all notices, pleadings and documents referenced in 11 U.S.C. Section 1109(b), or in Bankruptcy Rules 2002, 3017 or 9007, including, but not limited to, notices of any petitions, pleadings, motions, notices, demands, requests, applications or any other documents brought before this Court in this case or which otherwise seek to affect the disposition of the above case.

This 24th day of June, 2005.

                                                  EPSTEIN BECKER & GREEN, P.C.
                                                  Attorneys for Landlords

                                                  *s/Annette Kerlin McBrayer*
                                                  Annette Kerlin McBrayer
                                                  Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia  30326
(404) 923-9000

AT:180964v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | Case No. 05—03817-3F1 |
|     Debtors. ) | Jointly Administered |
| _____) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND DOCUMENTS by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
Suite 1800
225 Water Street
Jacksonville, FL 32201

United States Trustee – JAX
Suite 620
135 W. Central Boulevard
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaze
New York, NY 10005

This 24th day of June, 2005.

                                          *s/Annette Kerlin McBrayer*
                                          Annette Kerlin McBrayer

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9000
AT:180964v1