UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

AGREED ORDER OVERRULING GARDENS PARK OBJECTION TO
DEBTORS' MOTION TO EXTEND TIME TO ASSUME OR
<u>REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES</u>

These cases came before the Court upon the objection of Gardens Park Plaza (the "Objection") (Docket No. 641) to the motion of Winn-Dixie Stores, Inc. and twenty-three of its affiliates and subsidiaries (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors an extension of the time period to assume or reject unexpired nonresidential real property leases (the "Motion") (Docket No. 472). On May 6, 2005, the Court entered an Order granting the Motion and extending the time for the Debtors to assume or reject unexpired leases of nonresidential real property until September 19, 2005, and continued the hearing on the Objection (the "Order") (Docket No. 1070). Based upon the representations of counsel that Gardens Park Plaza has consented to the relief requested in the Motion, it is

ORDERED AND ADJUDGED THAT:

1. The Objection is OVERRULED.

2. The time within which the Debtors must move to assume or reject is extended through and including September 19, 2005 and Gardens Park Plaza is subject to all of the provisions of the Order.

Dated June 22, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
Michael Bakst

499060

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Jun 22, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Jun 24, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty        +Michael R. Bakst,    Elk, Bankier, Christu & Bakst, LLP,   222 Lakeview Avenue,   Suite 1330,
              West Palm Be, FL 33401-6149

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2005**                              **Signature:**    *Joseph Speetjens*