UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

Case No.: 03:05-bk-03817-JAF

Chapter 11
Jointly Administered

### ORDER ON MOTION BY RICHARD EHSTER TO SHORTEN TIME FOR DISCOVERY OR TO CONTINUE HEARING

This case came before the court at a hearing on June 16, 2005, to consider and act upon the motion (doc. no.1654) by Richard Ehster "to shorten time for discovery or to continue hearing" in connection with Debtor's motion (doc. no. 1492) for order authorizing implementation of employee retention plan. In the order of this court (doc. no. 1694) dated June 14, 2005, the court: (i) denied the request to shorten time for discovery; and (ii) deferred ruling on the request to continue. At the hearing on June 16, 2005, counsel for Ehster elected not to prosecute the motion to continue.

Based on the foregoing and for the reasons stated and recorded in open court, it is Ordered that:

The Motion to continue is denied.

Ordered at Jacksonville, Florida on June 27, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Cynthia C. Jackson, Esq., Smith, Hulsey, & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201

David R. McFarlin, Esq., Wolff, Hill, McFarlin & Herron, P.A., 1851 West Colonial Drive, Orlando, FL 32804