[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Case No. 3:05-bk-03817-JAF
                                                                             Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

     This case came before the Court upon Motion of Lee P. Morgan , a non-resident of Florida and counsel for W.T.H. II, LLC and Homewood Associates, Inc. , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

     ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated June 27, 2005 .

                                                                          Jerry A. Funk
                                                                         United States Bankruptcy Judge

     Copies furnished to:
     Debtor(s)
     Debtor(s)' Attorney
     United States Trustee
     Lee P. Morgan, P.O. Box 48359, Athens, GA 30604
     Counsel for Creditors Committee