**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                            Case No. 3:05−bk−03817−JAF
                                                                                  Chapter 11

Winn−Dixie Stores, Inc




    _____Debtor(s)_____/



NOTICE OF RESCHEDULED HEARING


   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Willie McCrae is rescheduled for Final Hearing to September 19, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated June 27, 2005 .

                            David K Oliveria , Clerk of Court
                            300 North Hogan Street Suite 3−350
                            Jacksonville, FL 32202



Copies furnished to:
Debtor
Attorney for Debtor
US Trustee
Jerrett McConnell, Attorney for Movant