UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                          CASE NO.: 05-03817-3F1

**WINN-DIXIE STORES, INC.**
   Debtor.

_____

### CREDITOR MARIA CHIANTI BURCH'S AMENDED MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

The Creditor, Maria Chianti Burch ("Movant"), would move this Honorable Court, pursuant to Title 11, Section 362, of the United States Code for an Order Granting Relief from the Automatic Stay, with regard to the protective stay granted herein, on behalf of the Debtor(s), WINN-DIXIE STORES, INC., and as grounds therefore would state as follows:

1. The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2. The Creditor was employed by Winn-Dixie Stores on December 19, 2004.

3. During the course and scope of her employment, Creditor sustained an injury when she injured her right thumb while slicing meat in the Deli.

4. Winn-Dixie Stores never sent out a First Report of Injury or any other documentation to establish a claim under Florida Workers' Compensation Law.

5. This claim should be presented and litigated in front of a Judge of Compensation Claims, who is in a better position to apply the applicable workers' compensation law to this claim.

the Creditor should be entitled to make claim and recover from any applicable insurance which provides workers' compensation coverage to Winn-Dixie or in the alternative, if Winn-Dixie is self insured, to establish the extent of the claim through the workers' compensation venue.

WHEREFORE, Maria Chianti Burch moves the Court for the entry of an Order Lifting Automatic Stay to enable her to file a workers' compensation claim and recover to the extent of insurance coverage for the workers' compensation claim or to establish the value of her claim in the workers' compensation venue.

CLIVE N. MORGAN, P.A.

/s/ Clive N. Morgan
Clive n. Morgan
Florida Bar No. 357855
6712 Atlantic Boulevard
Jacksonville, Florida 32211
(904) 727-9300
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by United States Mail or electronic mail, this 27th day of June, 2005, to

D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

United States Trustee
135 W Central Blvd., Suite 620
Orlando, FL 32801

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Official Committee of Unsecured Creditors
c/o John B. Macdonald
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Debtor
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

/s/ Clive N. Morgan