## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )        Case No. 3:05-bk-03817-JAF

                Debtors.          )        Chapter 11

                               )        Jointly Administered

_____)

### NOTICE OF APPEARANCE

**Stutsman & Thames, P.A.** gives notice of its appearance as counsel of record for

**Chep Equipment Pooling Systems,** and requests, that all notices, pleadings or other

documents to be served on Chep Equipment Pooling Systems be served on it in care of the

undersigned counsel.

**STUTSMAN & THAMES, P.A.**

*/s/ Nina M. LaFleur*

By_____

      Nina M. LaFleur
      Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
nlafleur@stutsman-thames.com
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Chep Equipment Pooling
Systems

-2-

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202;  David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 27th day of June, 2005.

/s/ Nina M. LaFleur

_____
Attorney

56452