Keith Miles Aurzada
Sarah Link Schultz
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

ATTORNEYS FOR SENDERO COMMERCIAL
INVESTMENTS – PARK PLACE, LP

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-03817-JAF |
| | § | |
| WINN-DIXIE STORES, INC., et al. | § | *Chapter 11* |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COME NOW Keith Miles Aurzada and Sarah Link Schultz of Akin Gump Strauss Hauer & Feld LLP and file this Notice of Appearance and Demand for Service of Papers on behalf of Sendero Commercial Investments – Park Place, LP ("Sendero"), and pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 2002 respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone and facsimile numbers listed as follows:

Keith Miles Aurzada
Sarah Link Schultz
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone: (214) 969-2800
Telecopy: (214) 969-4343
Email: kaurzada@akingump.com
Email: sschultz@akingump.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, Sendero requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Sendero additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated this 27th day of June, 2005.

        AKIN GUMP STRAUSS HAUER & FELD LLP

        By:      /s/ Sarah Link Schultz
              Keith Miles Aurzada
              State Bar No. 24009880
              Sarah Link Schultz
              State Bar No. 24033047

        1700 Pacific Avenue, Suite 4100
        Dallas, Texas 75201-4675
        Telephone:   (214) 969-2800
        Telecopy:   (214) 969-4343

        ATTORNEYS FOR SENDERO COMMERCIAL
        INVESTMENTS – PARK PLACE, LP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Notice of Appearance and Demand for Service of Papers* has been sent via United States first-class mail, postage prepaid to the parties listed below on this the 27th day of June, 2005.

**Debtor**:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

**Debtor's Attorney**:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
James H. Post
Smith Hulsey & Busey
225 Water Street,, Suite 1800
Jacksonville, FL  32201

**Attorney for U.S. Trustee:**

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL  32806

**Attorney for Official Committee of Unsecured Creditors:**

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL  32202

   /s/  Sarah Link Schultz
Sarah Link Schultz