**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:

**WINN-DIXIE STORES, INC.,
et al.,**                                                                                     Case No. 05-03817-3F1

      **Debtor.**
_____/

**NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** of the appearance of Kenneth G. M. Mather, Esquire of Hinshaw & Culbertson LLP, as counsel on behalf of Efesos Properties N.V., Inc., and Orion Investment and Management Ltd., Corp., which hold a landlord's interest in Winn-Dixie Store #2281, located at 4400 Hoffner Road, Orlando, Florida  32812, pursuant to Bankruptcy Rule 9010(b).  The Clerk is requested to place the undersigned on the matrix and list of creditors so as to receive all documents, pleadings and notices of hearing in the captioned proceedings (including adversary proceedings).

Dated: June 28, 2005.

                                                                 s/Kenneth G. M. Mather
                                                                 Kenneth G. M. Mather
                                                                 Florida Bar No. 0619647
                                                                 HINSHAW & CULBERTSON LLP
                                                                 100 South Ashley Drive
                                                                 Suite 500
                                                                 Tampa, FL 33602
                                                                 Telephone: 813-276-1662
                                                                 Facsimile: 813-276-1956

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  The system will electronically send a notice to the following CM/ECF participants:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
*and*
Cynthia C. Jackson
James H. Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
*Attorneys for Winn Dixie*

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL  32806
*Attorney for U.S. Trustee*

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL  32801
*Trustee*

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
*and*
John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL  32202
*Attorneys for the Official Committee of Unsecured Creditors*

      I further certify that I mailed the foregoing document via U.S. Mail to the following non-CM/ECF participant:
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

                                                   s/Kenneth G. M. Mather

21249817v1 855072