UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                   Chapter   11
                                                                         Case No.  3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.

     Debtor.
_____/

## PUBLIX SUPER MARKETS, INC.'S REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that under Bankruptcy Rule 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, the undersigned attorneys hereby request that all notices given or required to be given in the above-styled case, and all papers served or required to be served in this case be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone facsimile transmission, telegraph, telex or otherwise (i) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to: (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (ii) that require or seek to require any act, delivery of any property, or

payment. The filing of this Request for Notices does not constitute a waiver, and all rights are reserved, including objection to subject matter and personal jurisdiction

      William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
(813) 223-7474
Attorneys for Publix Super Markets, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing Request for Notices has been furnished by U.S. Mail on this 29th day of June 2005 of June, 2005 to the following:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors**
**of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

      William Knight Zewadski
              Attorney

260687v1