F I L E D
JACKSONVILLE, FLORIDA
JUN 2 9 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et. al., ) | Bankruptcy Case |
| ) | No. 05-03817-3F1 |
| ) | |
| Debtors. ) | Chapter 11 |
| ------------------------------------------------) | Jointly Administered |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for Woodland Hartford Associates, LLC and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case to either of the foregoing entities be given to, and served upon, the undersigned at the offices, post offices and telephone numbers set forth below, addressed to the attention of:

> **Joel M. Shafferman, Esq.**
> Solomon Pearl Blum Heymann
> & Stich, LLP
> 40 Wall Street, 35th Floor
> New York, NY 10005
> Telephone: (212) 267-7600
> Facsimile (212) 267-2030
> Email: jshafferman@solpearl.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

notice of appearance.doc2.doc

written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in interest's: (1) right to have final orders in non-core matters entered only after a <u>de novo</u> review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

DATED: New York, New York
         June 22, 2005

                                              **Solomon Pearl Blum Heymann & Stich, LLP**
                                              Attorneys for Woodland Hartford Associates, LLC

                                              By: _____
                                                 Joel M. Shafferman (JS-1055)
                                                 40 Wall Street, 35th Floor
                                                 New York, NY 10005

To:    **All parties on the annexed list**

notice of appearance.doc2.doc

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et. al., | ) | Bankruptcy Case |
| | ) | No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| ---------------------------------------------------- | ) | Jointly Administered |

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

**STATE OF NEW YORK  )**
                              ss.:
**COUNTY OF NEW YORK)**

Yesenia Zea, being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over 18 years of age and resides in Queens, New York.

2. On the 23rd day of June, 2005 deponent served the within NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS via First Class Mail upon

**Persons on the Attached Service List**

at the addresses designated for that purpose by depositing true copies of same enclosed in post-paid properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Yesenia Zea

Sworn to before me this
27th day of June, 2005

_____
Notary Public
Jill H. Teitel
Notary Public, State of New York
Registration #02TE5069470
Qualified in New York County
My Commission Expires Nov. 25, 1998
                                                2006

**Woodland Hartford
Service List
Case No. 05-03817-3F1**

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Elena L. Escamilla, Esq.
United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

John B. Macdonald, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202