**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| WINN-DIXIE STORES, INC., *et al*., ) | CASE NUMBER: 3:05-03817-JAF |
| ) | |
| Debtor. ) | (JOINTLY ADMINISTERED) |
| _____ ) | |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, Mitchell S. Rosen, and enters his appearance for all purposes on behalf of Potter Square Associates ("Potter Square") and Lenoir Partners LLC ("Lenoir"), creditors in the above-referenced bankruptcy case, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

Potter Square and Lenoir request that the Clerk of the Bankruptcy Court, the Debtor, the United States Trustee, creditors and other parties-in-interest add the undersigned counsel to the service list required by the Bankruptcy Rules, and to serve upon said counsel, on behalf of Potter Square and Lenoir, copies of all pleadings, order, notices, adversary proceedings, disclosure statements, plans, and any other papers filed in the above-referenced bankruptcy case at the following address: Mitchell S. Rosen, Esq., Rosen Law Group, LLC, Atlanta Plaza, Suite 3250, 950 E. Paces Ferry Road, Atlanta, Georgia 30326.

This 29th day of June, 2005.

Respectfully submitted,

**ROSEN LAW GROUP, LLC**

/s/ Mitchell S. Rosen
_____
Mitchell S. Rosen
Georgia Bar No. 614419

{00000238.DOCv1}

Atlanta Plaza, Suite 3250
950 E. Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 832-8410
Facsimile: (404) 832-8422
Attorney for Potter Square Associates
  and Lenoir Partners LLC

## CERTIFICATE OF SERVICE

I hereby certify that this day I have served counsel and the parties with a true and correct copy of the **Notice of Appearance** by depositing same in the United States Mail with first class postage properly affixed and addressed as follows:

Adam Ravin, Esq.
Skadden Arps Slate Meaghan & Flom, LLP
Four Times Square
New York, New York 10036
*Attorney for Debtor*

Cynthia C. Jackson, Esq.
Smith Husley & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32201
*Attorney for Debtor*

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, Florida 32806
*U.S. Trustee*

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 1005
*Attorney for Official Committee of Unsecured Creditors*

John B. MacDonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
*Attorney for Official Committee of Unsecured Creditors*

This 29th day of June, 2005.

Respectfully submitted,

**ROSEN LAW GROUP, LLC**

/s/ Mitchell S. Rosen

_____
Mitchell S. Rosen
Georgia Bar No. 614419

Atlanta Plaza, Suite 3250
950 E. Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 832-8410
Facsimile: (404) 832-8422
Attorney for Potter Square Associates
  and Lenoir Partners LLC

{00000238.DOCv1}