**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

        Debtors.   Chapter 11

                                                  /   Jointly Administered

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

YOU PLEASE TAKE NOTICE that commencing at 1:00 p.m. on Thursday, July 14, 2005, the Court will convene a hearing on the Official Committee of Unsecured Creditor's Motion for Order Enlarging Time to Commence Pre-Petition Lien/Claim Challenge and to Amend the Court's Final Order Dated April 12, 2005, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

The hearing may be continued upon announcement made in open court without further notice. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

{JA241639;1}

Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

| | |
|---|---|
| Dated:  June 29, 2005 | AKERMAN SENTERFITT |
| | By: */s/ John B. Macdonald*<br>John B. Macdonald<br>Florida Bar No.: 230340<br>E-mail: john.macdonald@akerman.com<br>Patrick P. Patangan<br>Florida Bar No.: 348340<br>E-mail: patrick.patangan@akerman.com<br>50 N. Laura St., Suite 2500<br>Jacksonville, FL 32202<br>Telephone: (904) 798-3700<br>Facsimile: (904) 798-3730 |
| | Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 29th day of June, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL  32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; Andrew V. Tenzer, Esq., Sherman & Sterling, LLP, 599 Lexington Avenue, New York, NY  10022-6069; Jonathan N. Helfat, Esq., Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, NY 10169-0075; and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

*/s/ John B. Macdonald*
Attorney

{JA241639;1}

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Wed Jun 29 14:40:42 EDT 2005 | Albert H Adams Jr<br>Irby Law Firm LLC<br>Post Office Box 910<br>Eufaula, AL 36027-0910 | Rachel E Adams<br>Stovash Case & Tingley PA<br>200 South Orange Avenue<br>Suite 1220<br>Orlando, FL 32801 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301, 33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |
| D.J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Kenneth C Baker<br>Eastman & Smith LTD<br>One Seagate<br>24th Floor<br>Toledo, OH 43604 | Michael R. Bakst<br>Elk, Bankier, Christu & Bakst, LLP<br>222 Lakeview Avenue<br>Suite 1330<br>West Palm Be, FL 33401 |
| Dale R Baringer<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Earl M. Barker Jr.<br>Slott, Barker & Nussbaum<br>334 E. Duval St.<br>Jacksonville, FL 32202 | Matthew Scott Barr<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Matt E Beal<br>450 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 |
| Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 | Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |
| James E. Bird<br>Polsinelli Shalton & Welte, PC.<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 | David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Wanda Borges<br>Borges & Associates LLC<br>575 Underfill Boulevard<br>Suite 100<br>Syosset, NY 11791 |
| Michael T. Bowlus<br>Ford, Bowlus, et al.<br>10110 San Jose Blvd.<br>Jacksonville, FL 32257 | Jean Winborn Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>P.O. Box 1776<br>Raleigh, NC 27602 | Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 | John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 |
| Robert J. Brown<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street Suite 1600<br>Lexington, KY 40507 | Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 | W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 |

| | | |
|---|---|---|
| Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Charles A Buford<br>2560 Gulf to Bay Blvd., Ste. 300<br>Clearwater, FL 33765 |
| Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 | Michael G Busenkell<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | L Phillip Canova Jr<br>Canova & Delahaye<br>58156 Court Street<br>Plaquemine, LA 70764 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | George B Cauthen<br>Nelson Mullins Riley & scarborough LLP<br>Post Office Box 11070<br>1320 Main Street - 17th Floor<br>Columbia, SC 29211 |
| Lee Champion<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901 | Emily Chou<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 |
| Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 | Michael E Collins<br>Manier & Herod<br>150 4th Avenue North<br>Suite 2200<br>Nashville, TN 37220 |
| Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| David J Cook<br>Cook Perkiss & Lew<br>Post Office Box 270<br>San Francisco, CA 94104 | C. Timothy Corcoran<br>400 N. Ashley Dr., Ste. 2540<br>Tampa, FL 33602 | Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207 |
| David N Crapo<br>Gibbons, Del Deo, Dolan etal<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | Timothy J. Curtin<br>Varnum Riddering Schmidt & Howlett, LLP<br>333 Bridge Street NW Suite 1700<br>P.O. Box 3<br>Grand Rapids, MI 49501-0352 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802 |
| Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Paul H. Deutch<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Andrew B. Eckstein
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806

Richard L Ferrell III
Taft Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

J David Forsyth
Sessions Fishman & Nathan LLP
201 Saint Charles Avenue
Suite 3500
New Orleans, LA 70170

Joseph D Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Charles L. Gibbs
McGuire Woods LLP
50 North Laura Street, Suite 3300
Jaksonville, FL 32202-3661

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

William J. Factor
Seyfarth, Shaw, Fairweather & Geraldson
55 E. Monroe Street
Suite 4200
Chicago, IL 60603

Charles J. Filardi Jr
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Mark J Friedman
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Mark G Duncan
Dwyer & Cambre
3421 North Causeway Boulevard
Metairie, LA 70002

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Jason H Egan
Mowrey & Biggins PA
515 North Adams Street
Tallahassee, FL 32301

Earle I Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034-2162

Lara Roeske Fernandez
Trenam, Kemker, et al
P O Box 1102
Tampa, FL 33601

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Fox Rothschi
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Todd Mark Galante
St. John & Wayne, L.L.C.
Heron Tower
70 East 55th Street
New York, NY 10022

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008,  27114-500

Eric S Glatter
1489 West Palmetto Park Road
Suite 420
Boca Raton, FL 33486

James J. Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Priscilla W. Grannis
Rynn & Janowsky, LLP
6017 Pine Ridge Road, No. 341
Naples, FL 34119

Danielle K Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Janice Beth Grubin
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353, 32802-3353

Marc L. Hamroff
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street Northeast
Atlanta, GA 30309

John W Harrison Jr
Karem & Karem
333 Guthrie Green
Suite 312
Louisville, KY 40202

Patrick L. Hayden
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105

Edwin W. Held Jr.
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207

Edwin W. Held Jr.
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Neil E Herman
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Kenneth D. Herron Jr.
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

David E. Hicks
Dennis LeVine & Associates, PA
PO Box 707
Tampa, FL 33601

Hillandale Farms, Inc.
Post Office Box 2109
Lake City, Florida 32056-2109

Terrance A Hiller
Kupelian Ormond & Magy PC
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Robert L Holladay Jr
YoungWilliams PA
Post Office Box 23059
Jackson, MS 39225-3059

Ralph E Hood
Kizer Hood & Morgan LLP
2111 Quail Run Drive
Baton Rouge, LA 70808

Brian D. Huben
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Patrick L Huffstickler
Cox Smith Matthews Incorporated
112 East Pecan Street
Suite 1800
San Antonio, TX 78205

Inland Retail Real Estate Trust, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802, 32802

Ira S. Greene
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Laurel M. Isicoff
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Kimberly H. Israel
Held & Israel
1301 Riverplace Blvd Suite 1916
Jacksonville, FL 32207

| | | |
|---|---|---|
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Solomon J. Jaskiel<br>275 Madison Avenue<br>11th Floor<br>New York, NY 10016 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 |
| Richard K. Jones<br>Moseley, Prichard, Parrish, Knight et al<br>501 West Bay Street<br>Jacksonville, FL 32202 | Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue Suite 2418<br>New York, NY 10118 | Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 |
| Dena C Kaufman<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 | Michael A Kaufman<br>Michael A Kaufman PA<br>1601 Forum Place<br>Suite 404<br>West Palm Beach, FL 33401 | Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 |
| Elena P. Ketchum<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida  32802,  32802 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802 |
| Alan W Kornberg<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Gerard M. Kouri<br>10021 Pines Blvd., #202<br>Pembroke Pines, FL 33024-6191 | John W Kozyak<br>Kozyak, Tropin & Throckmorton, PA<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| Stuart A. Krause<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Stephen B. Kuhn<br>590 Madison Avenue<br>New York, NY | Jeffrey Kurtzman<br>Klehr Harrison Harvey Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 |
| Nina M LaFleur<br>Stutsman & Thames<br>121 W. Forsyth St. Suite 600<br>Jacksonville, Fl 32202-3848 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Nina M. Lafleur<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 |
| Thomas J Lallier<br>Foley & Mansfield PLLP<br>250 Marquette Avenue<br>Suite 1200<br>Minneapolis, MN 55401 | David M. Landis<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 | Elena Lazarou<br>Reed Smith, LLP<br>599 Lexington Ave.<br>New York, NY 10022 |
| Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas J Leanse<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | David E Lemke<br>Waller Lansden Dortch & Davis PLLC<br>Post Office Box 198966<br>Nashville, TN 37219-8966 |
| Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Sharon L. Levine<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

| | | |
|---|---|---|
| Bruce Levinson<br>Law Offices of Bruce Levinson<br>747 3rd Avenue<br>New York, NY 10017 | John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 | Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 |
| Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Joseph Lubertazzi Jr.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Eric Ludin<br>5720 Central Avenue<br>St. Petersburg, FL 33707 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 |
| Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 |
| Kenneth G. M. Mather Esq.<br>Hinshaw & Culbertson, LLP<br>100 South Ashley Dr.<br>Suite 500<br>Tampa, FL 33602 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 |
| Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 | Charles W. McBurney Jr.<br>6550 St. Augustine Road Suite 105<br>Jacksonville, FL 32217 | Jerrett M. McConnell<br>Friedline & McConnell, P.A.<br>1756 University Blvd South<br>Jacksonville, FL 32216 |
| David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 | William S McMahon<br>Choate Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02103 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 |
| Marc T McNamee<br>Neal & Harwell PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 | Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Lawrence H Meuers<br>Meuers Law Firm PL<br>5395 Park Central Court<br>Naples, FL 34109 | Robert C. Meyer<br>2223 Coral Way<br>Miami, FL 33145 |
| Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Stephen M Miller<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue<br>Post Office Box 2306<br>Wilmington, DE 19899-2306 | Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>125 South Augusta Street<br>Suite 2000<br>Harrisonburg, VA 22801 | Mark Minuti<br>Saul Ewing, LLP<br>222 Delaware Avenue Suite 1200<br>P.O. Box 1<br>Wilmington, DE 19899 |
| T David Mitchell<br>Brenner Kaprosy LLP<br>50 East Washington Street<br>Chagrin Falls, OH 44022 | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 |
| Clive N. Morgan<br>6712 Atlantic Blvd<br>Jacksonville, FL 32211 | Lee P Morgan<br>Morgan & Morgan<br>Post Office Box 48359<br>Athens, GA 30604 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 |
| Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Adam Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 |
| Larren M Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 |
| Omar Nelson<br>P.O. Box 1178<br>Jackson, MS 39215 | Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Tammy M. Nick<br>676 East I-10 Service Road<br>Slidell, LA 70461 |
| James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite<br>Omaha, NE 68102 | John Noland<br>Henderson, Franklin, Starnes & Holt<br>P.O. Box 280<br>Fort Myers, FL 33902 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 |
| Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,  30326 | Merritt A. Pardini<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, NY 10022 | Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 |
| Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 | Barbra R. Parlin<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3189 | Patrick P. Patangan<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Brad J. Patten<br>Smith, Gilliam, Williams & Miles, P.A.<br>P.O. Box 1098<br>Gainesville, GA 30503 | Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | Armando Perez<br>Interamerican Plaza<br>701 S.W. 27th Avenue Suite 1205<br>Miami, FL 33135 |

Robert Perry
Held & Israel
1301 Riverplace Blvd. Ste.# 1916
Jacksonville, FL 32207

Christian A Petersen
Gunster Yoakley & Stewart PA
500 East Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33394

David L Pollack
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

Geraldine E Ponto
Gibbons Del Deo Dolan Griffinger
One Riverfront Plaza
Newark, NJ 07102-5496

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Potter Square Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Nicholas V. Pulignano Jr.
Marks Gray, P.A.
1200 Riverplace Blvd Suite 800
Jacksonville, FL 32201

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Gregg A. Rapoport
Lee & Rosenberger
135 W. Green St.
Suite 100
Pasadena, CA 91105

Craig V. Rasile
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Peter J Rathwell
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 3
Birmingham, AL 35201-0306

Diane G. Reed
Reed and Reed
501 N. College Street
Waxahachie, TX 75165

Jo Christi Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Jeffrey C. Regan
Hedrick, Dewberry, Regan & Durant, PA
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Larry B. Ricke
Leonard, Street and Deinard
150 South Fifth Street
suite 2300
Minneapolis, MN 55402

Craig P. Rieders
Genovese Lichtman Joblove & Battist
100 S.E. 2nd Ave., Suite 3600
Miami, FL 33131

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
31st Floor
New York, NY 10105-0143

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

Avrum J. Rosen
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

Mitchell S Rosen
Rosen Law Group LLC
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326

Neal M. Rosenbloom
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Fox Rothschild
13 East 37th Street
Suite 800
New York, NY 10016

J Casey Roy
McClain Leppert & Maney PC
South Tower Pennzoil Place
711 Louisiana Suite 3100
Houston, TX 77002

David S Rubin
Kantrow Spaht Weaver & Blitzer
Post Office Box 2997
Baton Rouge, LA 70821-2997

Robert B. Rubin
Burr & Forman LLP
420 North 20th Street Suite 3100
Birmingham, AL 35023

Rachel L Rubio
Markowitz Davis Ringel & Trusty PA
9130 South Dadeland Boulevard
Suite 1225
Miami, FL 33156

Anthony M Salzano
Pasco Co Board of County Commissioners
West Pasco Government Center
7530 Little Road, Suite 340
New Port Richey, FL 34654

Marvin S. Schulman
2800 Weston Road, Suite 201
Weston, FL 33331

Joel M. Shafferman
40 Wall Street, 35th Floor
New York, NY 10005

R Scott Shuker
Gronek & Latham LLP
Post Office Box 3353
Orlando, FL 32802

Aaron C Smith
Lord Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603

Eric J. Snyder
Siller Wilk
675 Third Avenue
9th Floor
New York, NY 10017

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC  29211,  29211

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress Avenue Suite 900
Austin, TX 78701

Shelley D Rucker
Miller & Martin
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402

Anthony F Sanchez
Law Offices of Anthony F Sanches PA
Alfred I Dupont Building
169 East Flagler Street
Suite 1500
Miami, FL 33131

Sarah L Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein &
Gross
712 5th Avenue
20th Floor
New York, NY 10019

Peter L. Slinn
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101

Anthony J. Smits
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Marc P. Solomon
Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Arthur J Spector
Berger Singerman
350 East Las Olas Blvd
Suite 1000
Fort Lauderdale, FL 33301

David N Stern
McKenna Long & Aldridge LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308

Debra Sudock
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Teresa Sadutto
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Robert K. Scheinbaum
Podvey, Sachs, Meanor, Catenacci,
Hildner & Cocoziello
One Riverfront Plaza
Newark, NJ 07102

Gregory J. Seketa
40/86 Advisorts Inc.
535 N. College Drive
Carmel, IN 46032

Lynn Welter Sherman
Hill Ward & Henderson
P O Box 2231
Tampa, Fl 33601

Thomas R. Slome
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Richard G. Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Mark D. Speed
83 Maiden Lane
New York, NY 10038

Don M Stichter
Stichter, Riedel, Blain & Prosser
110 East Madison Street, Suite 200
Tampa, FL 33602

Stephen B. Sutton
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612

| | | |
|---|---|---|
| TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | Joel L. Tabas<br>25 Southeast Second Ave., Ste. 919<br>Miami, FL 33131-1538 |
| Gene B Tarr<br>Blanco Tackabery Combs & Matamoros PA<br>Post Office Drawer 25008<br>Winston-Salem, NC 27114-5008 | Richard R. Thames<br>Stutsman & Thames, P.A.<br>121 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Ctr Ninth Floor<br>Cleveland, OH 44114 | Judy D Thompson<br>301 S. College Street, Ste 2300<br>Charlotte, NC 28202 | Janet H. Thurston<br>Cohen & Thurston, P.A.<br>1723 Blanding Blvd Suite 102<br>Jacksonville, FL 32210 |
| Laura L. Torrado<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | Paul Traub<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 | Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 |
| United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | Lori V. Vaughan<br>Foley & Lardner<br>P.O. Box 3391<br>Tampa, FL 33601 |
| Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 | David H. Wander<br>Wander & Associates, P.C.<br>641 Lexington Avenue<br>New York, NY 10022 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 |
| Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 | Allan C Watkins<br>Watkins Law Firm, PA<br>707 N Franklin Street, Suite 750<br>Tampa, FL 33602 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 |
| Margaret R Westbrook<br>Kennedy Covington Lobdell & Hickman LLP<br>Post Office Box 1070<br>Raleigh, NC 27602-1070 | David B. Wheeler<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 | Stephen D Wheelis<br>Wheelis & Rozanski<br>Post Office Box 13199<br>Alexandria, LA 71315-3199 |
| William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 | Amy Pritchard Williams<br>Kennedy Covington Lobdell & Hickman LLP<br>214 North Tryon Street<br>47th Floor<br>Charlotte, NC 28202 | Jonathan R Williams<br>Meland, Russin, Hellinger & Budwick, PA<br>200 S. Biscayne Blvd Ste 3000<br>Miami, FL 33131 |
| Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg<br>& Brusilow, LLP<br>14755 Preston Road # 600<br>Dallas, TX 75254 | William Knight Zewadski<br>Trenam, Kemker, Scharf, Barkin, et al<br>P.O. Box 1102<br>Tampa, FL 33602 |

Scott A. Zuber  
Pitney Hardin Kipp & Szuch, LLP  
200 Campus Drive  
Florham Park, NJ 07932-0950