UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARING
TO BE HELD ON JUNE 30, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on June 30, 2005 at 1:00 p.m. (ET):

**Uncontested Matters:**

1. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)*

    This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the remaining objecting utilities identified below.

    Objection Deadline: Expired.

    Remaining Objections:
    (a) Florida Power & Light (Docket No. 235)
    (b) Florida Power Company; Carolina Power & Light and Tampa Electric Company (Docket No. 260)
    (c) Entergy (informal objection)

    Status: The Debtors and Florida Power & Light, Florida Power Company, Carolina Power & Light and Tampa Electric Company have agreed to continue their objections to July 14, 2005.

    The Debtors and Entergy have agreed to continue Entergy's objection to July 30, 2005.

2. *Motion for Order (i) Authorizing Rejection of Non-Residential Real Property Lease with American KB Properties I Limited Partnership and (ii) Granting Related Relief (Docket No. 1645)*

Objection Deadline:  June 23, 2005.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

3. *Debtors' Motion for Order Authorizing Rejection of Pewter Partner Agreement with Buccaneers Limited Partnership Effective as of June 30, 2005 (Docket No. 1661)*

Objection Deadline:  June 23, 2005.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

Dated: June 29, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  s/ D. J. Baker | By  s/ Cynthia C. Jackson |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00499625