UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |

**SECOND SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE FIFTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] a completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

    1.    Butler, Snow, O'Mara, Stevens & Cannada PLLC (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaire upon the United States Trustee,

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professional.

Dated: June 29, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Steven B. Eichel | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

## Exhibit A

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __Leslie Scott__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Butler, Snow, O'Mara, Stevens & Cannada, PLLC

   Post Office Box 22567

   Jackson, MS 39225-2567

2. Date of retention: __June 16, 2005__

3. Type of services provided (accounting, legal, etc.):

   Legal

Questionnaire of: <u>Leslie Scott</u>

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

4. Brief description of services to be provided:

   Defense of eminent domain action instituted by State Transportation Commission

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $215/hour

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ None

   Date claim arose:

   Source of claim:

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____None_____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____June 20, 2005_____

/s/ Leslie Scott
Name: Leslie Scott
Title: Sr. Attorney
Company: Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Address: Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: 601-985-4557
Facsimile: 601-985-4500

JACKSON 1053037v1