**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**SIXTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR**
**APPROVAL OF RETENTION AND COMPENSATION OF**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the sixth time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

| | |
|---|---|
| Deloitte Financial Advisory Services LLP<br>Suite 1500<br>191 Peachtree Street NE<br>Atlanta, GA 30303-1524 | Financial/technical assistance in connection with litigation |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

-2-

| | |
|---|---|
| Bloomer de Vere Group Avia, Inc.<br>855 Aviation Drive, Suite #205<br>Camarillo, CA 93010 | Airplane broker retained to<br>market and sell aircraft |

Dated:  June 29, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*<br>        D. J. Baker<br>        Sally McDonald Henry<br>        Rosalie Walker Gray<br>        Steven B. Eichel | By    *s/ Cynthia C. Jackson*<br>        Stephen D. Busey<br>        James H. Post<br>        Cynthia C. Jackson,<br>        Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

## CERTIFICATE OF SERVICE OF FIFTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

This is to certify that on June 29, 2005, I caused to be served a copy of this Sixth Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Committee, and counsel to the DIP Lender by sending the same via electronic mail to the persons identified below:

    Kenneth C. Meeker
    Assistant U.S. Trustee
    Office of the United States Trustee
    135 West Central Boulevard, Room 620
    Orlando, Florida  32801
    Phone:  407-648-6301
    Fax:  407-648-6323
    ken.meeker@usdoj.gov

    Elena L. Escamilla
    135 Central Blvd. Suite 620
    Orlando FL 32801
    Phone: 407-648-6465
    Fax: 407-648-6323
    Elena.L.Escamilla@usdoj.gov

    Otterbourg, Steindler, Houston & Rosen, P.C.
    Attn: Jonathan N. Helfat
    230 Park Avenue, 29th Floor
    New York, NY  10169
    Phone: 212-661-9100
    Fax: 212-682-6104
    Jhelfat@oshr.com

        Milbank, Tweed, Hadley & McCloy LLP
        Attn: Dennis Dunne
        1 Chase Manhattan Plaza
        New York, NY 10005
        Phone: 212-530-5000
        Fax: 212-530SMITH HULSEY & BUSEY
        Ddunne@milbank.com

Dated:  June 29, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Rosalie Walker Gray*<br>      Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>      Cynthia C. Jackson,<br>      Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |