[3902a] [Notice of Continued or Rescheduled Hearing]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:05−bk−03817−JAF
                                                                                        Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


### NOTICE OF RESCHEDULED HEARING


   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Willie McCrae is rescheduled for Final Hearing to September 19, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated June 27, 2005 .


                                David K Oliveria , Clerk of Court
                                300 North Hogan Street Suite 3−350
                                Jacksonville, FL 32202



Copies furnished to:
Debtor
Attorney for Debtor
US Trustee
Jerrett McConnell, Attorney for Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Jun 27, 2005
Case: 05-03817                 Form ID: 3902a            Total Served: 4

The following entities were served by first class mail on Jun 29, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
              New York, NY 10005-1401
aty         +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
              Jacksonville, FL 32202-3646

The following entities were served by electronic transmission on Jun 28, 2005 and receipt of the transmission
was confirmed on:
ust         +E-mail: ustp.region21.or.ecf@usdoj.gov Jun 28 2005 03:01:20     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2005**                     Signature:  *Joseph Speetjens*