UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,          Case No.: 03:05-bk-03817-JAF

Debtors.                                      Chapter 11
_____/     Jointly Administered

## ORDER ON MOTION BY RICHARD EHSTER TO SHORTEN TIME FOR DISCOVERY OR TO CONTINUE HEARING

This case came before the court at a hearing on June 16, 2005, to consider and act upon the motion (doc. no.1654) by Richard Ehster "to shorten time for discovery or to continue hearing" in connection with Debtor's motion (doc. no. 1492) for order authorizing implementation of employee retention plan. In the order of this court (doc. no. 1694) dated June 14, 2005, the court: (i) denied the request to shorten time for discovery; and (ii) deferred ruling on the request to continue. At the hearing on June 16, 2005, counsel for Ehster elected not to prosecute the motion to continue.

Based on the foregoing and for the reasons stated and recorded in open court, it is Ordered that:

The Motion to continue is denied.

Ordered at Jacksonville, Florida on June 27, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Cynthia C. Jackson, Esq., Smith, Hulsey, & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201

David R. McFarlin, Esq., Wolff, Hill, McFarlin & Herron, P.A., 1851 West Colonial Drive, Orlando, FL 32804

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Jun 27, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jun 29, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on Jun 28, 2005 and receipt of the transmission
was confirmed on:
aty         +Fax: 407-648-0681 Jun 28 2005 03:12:27     David R McFarlin,    Wolff, Hill, McFarlin & Herron, P.A,
              1851 West Colonial Drive,   Orlando, FL 32804-7013
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2005**                   Signature:   *Joseph Speetjens*