FILED
JACKSONVILLE, FLORIDA

JUN 3 0 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | **MOTION TO LIFT STAY** |
| WINN DIXIE SUPERMARKETS, INC., | ) | Chapter 11 |
| | ) | Case Number: 05-03817-3F1 |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

R#79231
$150.00

Comes now Cynthia Bonaparte (hereinafter "Petitioner") , by and through her attorney, Michael C. Scarafile of McNair Law Firm, P.A. and moves before this Honorable Court to lift the automatic stay imposed by 11 U.S.C. §362(a) and shows as follows:

1. On or about May 16, 2002, the Petitioner, a business invitee of Winn Dixie Supermarkets, Inc. (hereinafter "Debtor"), entered the Debtor's store located at 1964 Ashley River Road in Charleston, South Carolina and slipped on pudding which had been placed on the floor and remained on the floor with the full knowledge of the Debtor.

2. On May 26, 2004 the Petitioner filed a civil action in the Circuit Court for the Ninth Judicial Circuit in Charleston County, South Carolina, 2004-CP-10-2271 seeking damages associated with the her injuries caused by the Debtor's negligence.

3. The Petitioner's claims is disputed, contingent and unliquidated.

4. Upon information and belief, the Debtor has available insurance. Accordingly, Petitioner stipulates and agrees to limit and potential recovery to the available insurance proceeds.

5. The case is pending in Charleston County, South Carolina, the injury occurred in Winn-Dixie store #05-1099-001 located in Charleston County, South Carolina and all evidence and, upon information and belief, all witnesses are located in Charleston County South Carolina.

CHARLESTON 262322v1

Accordingly, in the interest of judicial economy and convenience, this claim should be litigated in the Circuit Court for Charleston County, South Carolina.

WHEREFORE, the Petitioner, Cynthia Bonaparte, prays that this Honorable Court will lift the automatic stay and allow the Petitioner to prosecute her claim against the Debtor, Winn Dixie Supermarkets, Inc., in the Circuit Court for the Ninth Judicial Circuit in Charleston County, South Carolina with the stipulation that any recovery of the Petitioner shall limit any recovery to the Debtor's available insurance proceeds.

RESPECTFULLY SUBMITTED,

McNAIR LAW FIRM, P.A.

Michael C. Scarafile, Esq. (mscarafile@mcnair.net)
Turner Boone, Esq. (tboone@mcnair.net)
Post Office Box 1431
Charleston, South Carolina 29402
(843) 723-7831
Attorneys for Plaintiff

Charleston, South Carolina
June 21, 2005

CHARLESTON 262322v1