**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |

**PROOFS OF PUBLICATION FOR
NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases, hereby submit by attachment hereto copies of the affidavits or other proofs (the "Proofs of Publication") evidencing publication, on the dates specified therein, of the Notice of Deadline for Filing Proofs of Claim, relating to the bar date of August 1, 2005, in the following newspapers or periodicals:

A:   The Wall Street Journal  (National Edition)

B:   The Florida Times-Union (Jacksonville, Florida)

C:   The Birmingham News (Birmingham, Alabama)

D:   The Mobile Register (Mobile, Alabama)

E:   The Montgomery Advertiser (Mobile, Alabama)

F:   The News-Journal (Daytona Beach, Florida)

G:   The Miami Herald (Miami, Florida)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

H: The Sun-Sentinel (covering Fort Lauderdale, Florida, Boca Raton, Florida and Miami, Florida)

I: The News-Press (Fort Myers, Florida)

J: The Gainesville Sun (Gainesville, Florida)

K: The Tampa Tribune (Tampa, Florida)

L: Naples Daily News (Naples, Florida)

M: Star-Banner (Ocala, Florida)

N: Orlando Sentinel (Orlando, Florida)

O: The News Herald (Panama City, Florida)

P: Pensacola News Journal (Pensacola, Florida)

Q: St. Petersburg Times (St. Petersburg, Florida)

R: Tallahassee Democrat (Tallahassee, Florida)

S: The Palm Beach Post (Palm Beach, Florida)

T: The Atlanta Journal-Constitution (Atlanta, Georgia)

U: The Albany Herald (Albany, Georgia)

V: The Augusta Chronicle (Augusta, Georgia)

W: The Columbus Ledger-Enquirer (Columbus, Georgia)

X: The Town Talk (Alexandria, Louisiana)

Y: The Advocate (Baton Rouge, Louisiana)

Z: The Advertiser (Lafayette, Louisiana)

AA: The Times-Picayune (New Orleans, Louisiana)

BB: The Sun Herald (Gulfport, Mississippi)

CC: The Clarion-Ledger (Jackson, Mississippi)

DD: The Charlotte Observer (Charlotte, North Carolina)

EE: <u>Fayetteville Observer</u> (Fayetteville, North Carolina)

FF: <u>News & Record</u> (Greensboro, North Carolina)

GG: <u>The News & Observer</u> (Raleigh, North Carolina)

HH: <u>Winston-Salem Journal</u> (Winston-Salem, North Carolina)

II: <u>The State</u> (Columbia, South Carolina)

JJ: <u>The Greenville News</u> (Greenville, South Carolina)

KK: <u>Richmond Times Dispatch</u> (Richmond, Virginia)

LL: <u>Chattanooga Times Free Press</u> (Chattanooga, Tennessee).

Dated: June 30, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    */s/ D.J. Baker*<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By    */s/ Cynthia C. Jackson*<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson,<br>Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtor |