# EXHIBIT A

STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS)

I, <u>Kelly Walker</u>, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of <u>THE WALL STREET JOURNAL</u> , a daily national newspaper published

and of general circulation in the City and County of New York, New York, City of

Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that

the attached Notice has been regularly published in <u>THE WALL STREET JOURNAL</u> for

national distribution for <u>one</u> insertion(s) on the following date(s): <u>5/27/05</u>  advertiser: _

<u>Winn Dixie Stores</u> and that the foregoing statements are true and correct to the best of my

knowledge, information, and belief.

_____

Sworn to before me this
<u>27th</u> day of <u>May</u> 20 <u>05</u>

_____
Notary Public

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re: **Winn-Dixie Stores, Inc., et al.,**  |  Case No. 05-03817-3F1
Debtors.  |  Chapter 11  •  Jointly Administered

## NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. Eastern Time on August 1, 2005** (the "Bar Date"), by mailing or delivering an original proof of claim to **Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043,** so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

**FOR THE COURT: David K. Oliveria, Clerk of the Court**

# EXHIBIT B

THE FLORIDIA TIMES-UNION Jacksonville, Fl
Affidavit of Publication

Florida Times-Union

----------------------------------------------------------

WINN-DIXIE D.I.P ACCOUNT
7596 CENTURION PKWY
JACKSONVILLE FL 32256

REFERENCE: 0580405
R046332    United States

State of Florida
County of Duval

Before the undersigned authority personally
appeared Kimalete Frazier who on oath says she is
a Legal Advertising Representative of The Florida
Times-Union, a daily newspaper published in
Jacksonville in Duval County, Florida; that the
attached copy of advertisement is a legal ad
published in The Florida Times-Union. Affiant
further says that The Florida Times-Union is a
newspaper published in Jacksonville, in Duval
County, Florida, and that the newspaper has
heretofore been continuously published in Duval
County, Florida each day, has been entered as
second class mail matter at the post office in
Jacksonville, in Duval County, Florida for a
period of one year preceeding the first
publication of the attached copy of advertisement;
and affiant further says that he/she has neither
paid nor promised any person, firm or corporation
any discount, rebate, commission, or refund for
the purpose of securing this advertisement for
publication in said newspaper.

PUBLISHED ON: 05/27

FILED ON:    05/27/05

----------------------------------------------------------

Name: Kimalete Frazier       Title: Legal Advertising Representative
In testimony whereof, I have hereunto set my hand and affixed my official
seal, the day and year aforesaid.

NOTARY:

TWILLA SHIPP
Notary Public, State of Florida
My Comm. Expires May 13, 2006
Comm. No. DD 117248

---

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:                                          Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,                Chapter 11
               Debtors.                         Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M., EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jimey Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sunbelt Distributors, Inc.; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc.; Winn-Dixie Louisiana, Inc.; Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc.; Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order, as described below) who have or assert any claim against any of the above-listed Debtors that arose on or prior to the filing of their petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m., Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PLANS OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be reviewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7863. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

**FOR THE COURT:**
David K. Oliveria, Clerk of the Court

# EXHIBIT C

THE BIRMINGHAM NEWS COMPANY

PUBLISHERS OF

# THE BIRMINGHAM NEWS

AGENTS FOR

## BIRMINGHAM POST-HERALD

PASTE CLIPPING HERE

On this ____1____ day of _June_

A.D. Two Thousand , and Five, Kelli Edwards

declares that she is a bookkeeper of "The Birmingham

News" and "The Birmingham Post-Herald"newspapers

published in the City of Birmingham, in the City of

Jefferson, in the State of Alabama, and that the

advertisement, a true copy of which is herewith

attached, appeared in "The Birmingham News" and/or

"The Birmingham Post-Herald" on the following dates:

_May 27, 2005_

_Kelli Edwards_
Signed- Kelli Edwards

State of Alabama
County of Jefferson

On _June_ , 20_05_, KELLI EDWARDS

personally appeared before me, who is personally known

to me to be the signer of the above document, and she

acknowledged that she signed it.

_Eunice Spitzley_
Notary Public

MY COMMISSION EXPIRES JANUARY 23, 2008

---

UNITED STATES
BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF
FLORIDA, JACKSONVILLE
DIVISION
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

NOTICE OF DEADLINE RE-
QUIRING FILING OF PROOFS
OF CLAIM ON OR BEFORE
AUGUST 1, 2005, AT 5:00 P.M.
EASTERN TIME

TO ALL PERSONS AND EN-
TITIES WITH CLAIMS
AGAINST ANY OF: Winn-Dixie
Stores, Inc. (other names used:
The Marketplace, Winn-Dixie
Marketplace, SaveRite, Jitney
Jungle, Thriftway, Sack n' Save,
Grocery Bargain Depot, Dixie
Spirits); Dixie Stores, Inc.; Ta-
ble Supply Food Stores Co., Inc.;
Astor Products, Inc.; Cracklin'
Good, Inc.; Deep South Dis-
tributors, Inc.; Deep South
Products, Inc.; Dixie Darling
Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Packers, Inc.;
Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik
Chek Supermarkets, Inc.; Sun-
belt Products, Inc.; Sundown
Sales, Inc.; Superior Food Com-
pany; WD Brand Prestige
Steaks, Inc.; Winn-Dixie

Handyman, Inc.; Winn-Dixie
Logistics, Inc.; Winn-Dixie
Montgomery, Inc. (other names
used: Winn-Dixie Atlanta, Inc.;
Winn-Dixie Louisiana, Inc.;
Buddies, Pump n' Save, Dixie
Spirits); Winn-Dixie Procure-
ment, Inc. (other names used:
Monterey Canning Co.); Winn-
Dixie Raleigh, Inc. (other names
used: Save Rite Grocery Ware-
house, Inc.; Winn-Dixie Char-
lotte, Inc.); Winn-Dixie Super-
markets, Inc. (collectively, the
"Debtors"):

PLEASE TAKE NOTICE that,
pursuant to an order of this
Court (the "Bar Date Order"),
and in accordance with Bank-
ruptcy Rule 3003(c), all persons
and entities, including individu-
als, partnerships, estates and
trusts (except those persons or
entities that are excused by the
terms of the Bar Date Order)
who have a claim or potential
claim against any of the above-
listed Debtors that arose on or
prior to the filing of the chapter
11 petitions on February 21,
2005, no matter how remote or
contingent such claim may be,
MUST FILE A PROOF OF CLAIM
on or before 5:00 p.m. Eastern
Time, on August 1, 2005 (the
"Bar Date"), by mailing or de-
livering an original proof of
claim to Winn-Dixie Claims
Docketing Center, c/o Logan &
Company, Inc., 546 Valley Road,
Upper Montclair, New Jersey
07043, so that it is actually re-
ceived on or before the Bar
Date. Proofs of claim sent by
facsimile, telecopy, or other
electronic means will not be ac-
cepted. A proof of claim form
may be obtained from any
bankruptcy court clerk's office,
from your lawyer, from certain
business supply stores, from
www.loganandco.com, or by
written request to Logan &

_388386-6_

Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court

**EXHIBIT D**

ADVERTISING INVOICE - STATEMENT - AFFIDAVIT

# MOBILE REGISTER

PAGE  **1**

ACCOUNT NO. **3707388WIN**       NAME  **WINN-DIXIE STORE**      BILL TO  **SAME**
PERIOD END   **05/27/05**        REP.   **3707**

QUESTIONS PLEASE CALL **251-433-1551**

**WINN-DIXIE STORES, INC.**
**7596 CENTURION PARKWAY**
**JACKSONVILLE, FL  32256**

● CURRENT BALANCE

● AMOUNT ENCLOSED_____

● PLEASE RETURN SECOND COPY WITH
   YOUR PAYMENT TO THE
   **MOBILE REGISTER**
   **LOCK BOX 496**
   **MOBILE, ALABAMA 36601**

TERMS:   **DUE ON RECEIPT**

| REFERENCE NUMBER | DATE | DESCRIPTION OR TAG LINE | RATE INCH/CPM | SIZE OR # PG | CHARGES CREDITS | AMOUNT DUE |
|---|---|---|---|---|---|---|
| TQ9Z01R STARTED 05/27 | 05/27/05 | UNITED STATES BANKRUPT TIMES RUN=  1;WORD- PER AD= 584.0 | 584.0CW | | 169.36 | 169.36 |

Karen Blackard  being sworn, says that
she is bookkeeper of the MOBILE PRESS
REGISTER, INC. which publishes a daily
newspaper in the City and County of Mobile,
State of Alabama: and the attached notice
appeared in the issue of
  THE MOBILE REGISTER

05/27 - 2005

*Karen Blackard*

Sworn to and subscribed before me this 27th
day of May 2005

*Judy Pierce*

      NOTARY PUBLIC

FOR QUESTIONS CONCERNING THIS AFFIDAVIT
PLEASE CONTACT KAREN BLACKARD AT 219-5413.
YOU CAN PLACE A LEGAL NOTICE BY EMAIL OR FAX:
LEGALS@MOBILEREGISTER.COM OR FAX# 219-5886

### WE APPRECIATE YOUR BUSINESS

**MOBILE REGISTER** LOCK BOX 496, MOBILE, ALABAMA 36601
**FOR BILLING INQUIRIES - CALL (251) 219-5413 OR 219-54**

UNITED STATES BANKRUPTCY
COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

In re:Winn-Dixie Stores, Inc.,
et al.,
Debtors. Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIR-
ING FILING OF PROOFS OF
CLAIM ON OR BEFORE
AUGUST 1, 2005, AT 5:00 P.M.
EASTERN TIME TO ALL PER-
SONS AND ENTITIES WITH
CLAIMS AGAINST ANY OF:

Winn-Dixie Stores, Inc. (other
names used: The Marketplace,
Winn-Dixie Marketplace, SaveR-
ite, Jitney Jungle, Thriftway,
Sack n' Save, Grocery Bargain
Depot, Dixie Spirits); Dixie
Stores, Inc.; Table Supply Food
Stores Co., Inc.; Astor Products,
Inc.; Crackin' Good, Inc.; Deep
South Distributors, Inc.; Deep
South Products, Inc.; Dixie Dar-
ling Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Packers, Inc.;
Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik
Chek Supermarkets, Inc.; Sun-
belt Products, Inc.; Sundown
Sales, Inc.; Superior Food Com-
pany; WD Brand Prestige
Steaks, Inc.; Winn-Dixie Handy-
man, Inc.; Winn-Dixie Logistics,
Inc.; Winn-Dixie Montgomery,
Inc. (other names used: Winn-
Dixie Atlanta, Inc., Winn-Dixie
Louisiana, Inc., Buddies, Pump
n' Save, Dixie Spirits); Winn-Dix-
ie Procurement, Inc. (other
names used: Monterey Canning
Co.); Winn-Dixie Raleigh, Inc.
(other names used: Save Rite
Grocery Warehouse, Inc., Winn-
Dixie Charlotte, Inc.); Winn-Dixie
Supermarkets, Inc. (collectively,
the "Debtors"):

PLEASE TAKE NOTICE that, pur-
suant to an order of this Court
(the hBar Date Orderh), and in
accordance with Bankruptcy
Rule 3003(c), all persons and
entities, including individuals,
partnerships, estates and trusts
(except those persons or enti-
ties that are excused by the
terms of the Bar Date Order)
who have a claim or potential
claim against any of the above-
listed Debtors that arose on or
prior to the filing of the chapter
11 petitions on February 21,
2005, no matter how remote or
contingent such claim may be,
MUST FILE A PROOF OF CLAIM
on or before 5:00 p.m. Eastern
Time, on August 1, 2005 (the

"Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191, or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.logandto.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LP, Four Times Square, New York, New York 10036-422, Telephone: 212-735-452; or Smith Hulsey & Busey, 225 Water Street, Suite 18, Jacksonville, Florida, 32202, Telephone: 904-359853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com. FOR THE COURT: David K. Oliveria, Clerk of the Court Mobile Register: May 27, 2005

**EXHIBIT E**

STATE OF ALABAMA )
MONTGOMERY COUNTY    )

Before me, _Betty Dennis_, a Notary Public

in and for the State and County aforesaid, personally appeared _Michelle Hart_,

who, first being duly sworn according to law, deposes and says that she is BOOKKEEPER for The

Advertiser Company, publishers of *The Montgomery Advertiser* and *The Prattville Progress*

and that the legal advertisement appeared in the *Montgomery Advertiser* and that there is now

due on said account the sum of _$23.76_ which is due, just and unpaid; and that no part of

said account has been paid except as herein specified.

_Michelle Hart_

Sworn and subscribed before this

___9th___ day of ___June___

_Betty Dennis_

Notary Public, Montgomery Co., AL

Commission expires

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA
JACKSONVILLE DIVISION

In re: Winn-Dixie Stores,
Inc., et al., Debtors.

Case No. 05-03817-3F1
Chapter 11

Jointly Administered

NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM ON
OR BEFORE AUGUST 1,
2005, AT 5:00 P.M. EAST-
ERN TIME

TO ALL PERSONS AND
ENTITIES WITH CLAIMS
AGAINST ANY OF:

Winn-Dixie Stores, Inc.
(other names used: The
Marketplace, Winn-Dixie
Marketplace, SaveRite,
Jitney Jungle, Thriftway,
Sack n' Save, Grocery
Bargain Depot, Dixie
Spirits); Dixie Stores, Inc.;
Table Supply Food Stores
Co., Inc.; Astor Products,
Inc.; Crackin' Good, Inc.;
Deep South Distributors,
Inc.; Deep South Prod-
ucts, Inc.; Dixie Darling
Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Spirits,
ers, Inc.; Dixie Spirits,
Inc.; Economy Whole-
sale Distributors, Inc.;
Foodway Stores, Inc.;
Kwik Chek Supermar-
kets, Inc.; Sunbelt Prod-
ucts, Inc.; Sundown
Sales, Inc.; Superior Food
Company; WD Brand
Prestige Steaks, Inc.;
Winn-Dixie Handyman,
Inc.; Winn-Dixie Logistics,
Inc.; Winn-Dixie Mont-
gomery, Inc. (other
names used: Winn-Dixie
Atlanta, Inc., Winn-Dixie
Louisiana, Inc., Buddies,
Pump n Save, Dixie Spir-
its); Winn-Dixie Procure-
ment, Inc. (other names
used: Monterey Can-
ning Co.); Winn-Dixie Ra-
leigh, Inc. (other names
used: Save Rite Grocery
Warehouse, Inc., Winn-
Dixie Charlotte, Inc.);
Winn-Dixie Supermar-
kets, Inc. (collectively,
the "Debtors"):

PLEASE TAKE NOTICE
that, pursuant to an or-
der of this Court (the "Bar
Date Order"), and in
accordance with Bank-
ruptcy Rule 3003(c), all
persons and entities, in-
cluding individuals, part-
nerships, estates and
trusts (except those per-
sons or entities that are
excused by the terms of
the Bar Date Order) who
have a claim or poten-
tial claim against any of
the above-listed Debtors
that arose on or prior to
the filing of the chapter
11 petitions on February
21, 2005, no matter how
remote or contingent
such claim may be,
MUST FILE A PROOF OF
CLAIM on or before 5:00
p.m. Eastern Time, on
August 1, 2005 (the "Bar
Date"), by mailing or de-
livering an original proof
of claim to Winn-Dixie
Claims Docketing Cen-
ter, c/o Logan & Com-
pany, Inc., 546 Valley
Road, Upper Montclair,
New Jersey 07043, so
that it is actually re-
ceived on or before the
Bar Date. Proofs of
claim sent by facsimile,
telecopy, or other
electronic means will not
be accepted. A proof of
claim form may be ob-
tained from any bank-
ruptcy court clerk's of-
fice, from your lawyer,
from certain business
supply stores, from
www.loganandco.com,
or by written request to
Logan & Company, Inc.,
mailed to the address
above, faxed to (973)
509-3191 or sent by
email to winninfo@log-
anandco.com.

ANY PERSON OR ENTI-
TY (EXCEPT A PERSON OR
ENTITY WHO IS EXCUSED
BY THE TERMS

OF THE BAR DATE OR-
DER) WHO FAILS TO FILE A
PROOF OF CLAIM ON OR
BEFORE THE BAR DATE
SHALL BE FOREVER
BARRED, ESTOPPED, AND

ING ANY CLAIM
ING A PROOF OF CLAIM
WITH RESPECT TO ANY
CLAIM) AGAINST THE
DEBTORS; AND SUCH
HOLDER SHALL NOT BE
PERMITTED TO VOTE ON
ANY PLAN OF REORGAN-
IZATION OR PARTICIPATE
IN ANY DISTRIBUTION IN
THESE CHAPTER 11 CASES
ON ACCOUNT OF ANY

SUCH CLAIM, OR TO RE-
CEIVE FURTHER NOTICES
REGARDING ANY SUCH
CLAIM.

A copy of the Bar
Date Order may be
viewed at www.log-
anandco.com, or

obtained from the
attorneys for Winn-Dixie
Stores, Inc., et al., Skad-
den, Arps, Slate, Meagh-
er & Flom LLP, Four Times
Square, New York, New
York 10036-6522, Tele-
phone: 212-735-5152; or
Smith Hulsey & Busey,
225 Water Street, Suite
1800, Jacksonville, Flor-
ida, 32202, Telephone:
904-359-7855. For addi-
tional information con-
cerning the Bar Date
please call 1-800-224-
7654 or email winninfo@-
loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of
the Court

Mont. Adv:
5/27/2005

615815

# EXHIBIT F

### The News-Journal

Published Daily and Sunday
Daytona Beach, Volusia County, Florida

**State of Florida,**
**County of Volusia:**

Before the undersigned authority personally appeared

Kevin Hancock

Who, on oath says that he is

Classified Call Center Manager

of The News-Journal, a daily and Sunday newspaper,
published at Daytona Beach in Volusia County, Florida;
that the attached copy of advertisement, being a
            Legal Advertisement
in the matter   Notice of Deadline Requiring Filing of
Proofs of Claim
in the                                            Court
was published in said newspaper in the issues
            May 27,  2005

   Affiant further says that The News-Journal is a
newspaper published at Daytona Beach, in said Volusia
County, Florida, and that the said newspaper has
heretofore been continuously published in said Volusia
County, Florida, each day and Sunday and has been
entered as second-class mail matter at the post office in
Daytona Beach, in said Volusia County, Florida, for a
period of one year next preceding the first publication of
the attached copy of advertisement; and affiant further
says that he has neither paid nor promised any person,
firm or corporation any discount, rebate, commission or
refund for the purpose of securing this advertisement
for publication in the said newspaper.

Sworn to and subscribed before me

this _____ 27th _____ day of _____ May _____

A.D. 2005

_Anita Marie Saunders_



ANITA MARIE SAUNDERS
Notary Public, State of Florida
My comm. expires Aug. 30, 2007
Comm. No. DD 222131

**LEGAL ADVERTISEMENT**

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE
DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case No. 05-03817-3F1
Chapter 11
Winn-Dixie Stores, Inc., et al.,
Debtors.
Jointly Administered

NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM ON OR
BEFORE 5:00 P.M. EASTERN TIME
AT 5:00 P.M. EASTERN TIME
ON AUGUST 1, 2005

TO ALL PERSONS AND ENTITIES
WITH CLAIMS AGAINST
ANY OF: Winn-Dixie Stores, Inc.
(other names used: The Market-
place, Winn-Dixie Marketplace,
SaveRite, Jitney Jungle, Thrift-
way, Sack n' Save, Grocery Sta-
tion, Dixie Spirits); Dixie
Stores, Inc.; Table Supply Food
Stores Co., Inc.; Astor Products,

Inc.; Crackin' Good, Inc.; Deep
South Products, Inc.; Deep
South Distributors, Inc.; Dixie
Darling Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Packers, Inc.;
Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik Chek
Supermarkets, Inc.; Sunbelt Prod-
ucts, Inc.; Sunbelt Distributors,
Inc.; Sunbelt Prod-
... Winn-Dixie
... Prestige Steaks, Inc.; Winn-Dixie
Handyman, Inc.; WD Brand
Prestige Steaks, Inc.; Winn-Dixie
Logistics, Inc. (other names used:
WD Brand); Winn-Dixie
Louisiana, Inc.; Winn-Dixie
Montgomery, Inc.; Winn-Dixie
Procurement, Inc. (other names
used: Monterey Raleigh); Winn-Dixie
Warehouse Leasing, LLC; Winn-Dixie
Raleigh, Inc. (other names
used: Save Rite, Go Grocery);
and Winn-Dixie Su-
permarkets, Inc. (collectively, the
"Debtors");

PLEASE TAKE NOTICE that, pur-
suant to an order of this Court
(the "Bar Date Order"), and in ac-
cordance with Bankruptcy
Rule 3003(c), all persons and entities,
including individuals, partnerships,
estates, trusts (except those
persons or entities that are ex-
cluded by the terms of the Bar Date
Order) who have a claim or po-
tential claim against any of the above-
listed Debtors that arose on or pri-
or to the filing of the chapter 11 pe-
titions on February 21, 2005, no
matter how remote or contingent
such claim may be, MUST FILE A
PROOF OF CLAIM on or before
5:00 p.m. Eastern Time on August
1, 2005 (the "Bar Date"), by mailing
or delivering an original proof of
claim to Winn-Dixie Claims Dock-
eting Center, c/o Logan & Compa-
ny, Inc., 546 Valley Road, Upper
Montclair, New Jersey 07043, so
that it is actually received on or be-
fore the Bar Date. Proofs of claim

sent by facsimile, telecopy or oth-
er electronic means will not be ac-
cepted. A proof of claim form may
be obtained from any bankruptcy
court clerk's office, from any law-
yer, or from certain business supply
stores, or from www.loganandco.com, or by written request to
Logan & Company, Inc., mailed to
the address above, faxed to win-
508-591 or sent by email to win-
dixie@loganandco.com

ANY PERSON OR ENTITY
WHO IS EXCUSED BY THE
TERMS OF THE BAR DATE OR-
DER WHO FAILS TO FILE A
PROOF OF CLAIM ON OR BE-
FORE THE BAR DATE, ESTOPPED,
AND ENJOINED FROM ASSERTING A
PROOF OF CLAIM WITH RE-
SPECT TO THE DEBTORS, AND
AGAINST THE DEBTORS AND
SUCH HOLDER SHALL NOT BE

PERMITTED TO VOTE ON AN
PLAN OF REORGANIZATION
...
...
SUCH CLAIM OR ANY REGARDING
...

A copy of the Bar Date Order ma
be "viewed" at www.loganand
co.com, or obtained from the win
co.com, Winn-Dixie Stores, Inc.,
neys for the Debtors:
al; Skadden, Arps, Slate, Meaghe
& Flom LLP, Four Times Square,
New York, New York 10036-6522
Telephone: 212-735-3182; or Smit
Hulsey & Busey, 225 Water Stree
Suite 1800, Jacksonville, Florida
32202. Telephone: 904-359-7700.

If the Bar Date
additional information, pleas
windixie@loganandco.com

David R. Olveria
Clerk of the Court

Legal 57318, May 17, 2005 1t

# EXHIBIT G

# The Miami Herald

**www.herald.com**
**www.elherald.com**

**PUBLISHED DAILY**
**MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared:

### KAREL MONTES

who on oath says that he/she is

### CUSTODIAN OF RECORDS

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

May 27, 2005

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

*Karel Montes*

Sworn to and subscribed before me this
__27th__ day of May 2005

My Commission
Expires: ___ August 1, 2006_____
Silvia Acosta
*Silvia Acosta*
Notary

SILVIA ACOSTA
MY COMMISSION # DD 138694
EXPIRES: August 1, 2006
Bonded Thru Notary Public Underwriters

---

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re: Winn-Dixie Stores, Inc., et al., Debtors.    Case No. 05-03817-3F1    Chapter 11 • Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits), Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. Eastern Time, on August 1, 2005** (the "Bar Date"), by mailing or delivering an original proof of claim to **Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043**, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT: David K. Oliveria, Clerk of the Court

# EXHIBIT H

# SUN-SENTINEL
## PUBLISHED DAILY
### FORT LAUDERDALE, BROWARD COUNTY, FLORIDA
### BOCA RATON, PALM BEACH COUNTY, FLORIDA
### MIAMI, MIAMI DADE COUNTY, FLORIDA

STATE OF FLORIDA
COUNTY OF BROWARD/PALM BEACH/MIAMI DADE
  BEFORE THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED

_____Kim Deik_____ WHO, ON OATH, SAYS THAT
HE/SHE IS A DULY AUTHORIZED REPRESENTATIVE OF THE CLASSIFIED
DEPARTMENT OF THE SUN-SENTINEL, DAILY NEWSPAPER PUBLISHED
IN BROWARD/PALM BEACH/MIAMI DADE COUNTY, FLORIDA, AND THAT THE
ATTACHED COPY OF ADVERTISEMENT, BEING A:

NOTICE OF DEADLINE

IN THE MATTER OF:

United States Bankruptcy Court

IN THE CIRCUIT COURT, WAS PUBLISHED IN SAID NEWSPAPER IN THE
ISSUES OF:

5/27,1X                                    12406655

   AFFIANT FURTHER SAYS THAT THE SAID SUN-SENTINEL IS A NEWSPAPER
PUBLISHED IN SAID BROWARD/PALM BEACH/MIAMI DADE COUNTY, FLORIDA,
AND THAT THE SAID NEWSPAPER HAS HERETOFORE BEEN CONTINUOUSLY
PUBLISHED IN SAID BROWARD/PALM BEACH/MIAMI DADE COUNTY, FLORIDA,
EACH DAY, AND HAS BEEN ENTERED AS SECOND CLASS MATTER AT THE
POST OFFICE IN FORT LAUDERDALE, IN SAID BROWARD COUNTY, FLORIDA,
FOR A PERIOD OF ONE YEAR NEXT PRECEDING THE FIRST PUBLICATION OF
ATTACHED COPY OF ADVERTISEMENT; AND AFFIANT FURTHER SAYS THAT
HE/SHE HAS NEITHER PAID, NOR PROMISED, ANY PERSON, FIRM, OR
CORPORATION, ANY DISCOUNT, REBATE, COMMISSION, OR REFUND, FOR TH
PURPOSE OF SECURING THIS ADVERTISEMENT FOR PUBLICATION IN SAID
NEWSPAPER.

_____Kim Deik_____
(SIGNATURE OF AFFIANT)

SWORN TO AND SUBSCRIBED BEFORE ME
ON: 27-May-2005 , A.D.

_____Tara L. Bezak_____
(SIGNATURE OF NOTARY PUBLIC)

Tara L. Bezak
MY COMMISSION # DD024939  EXPIRES
July 20, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

_____
(NAME OF NOTARY, TYPED, PRINTED, OR STAMPED)

PERSONALLY KNOWN _____✓_____  OR

PRODUCED IDENTIFICATION _____

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
In re:
Winn-Dixie Stores, Inc., et al.,
Debtors. Case No. 05-03817-3F1
Chapter 11
Jointly Administered
                NOTICE OF DEADLINE
REQUIRING FILING OF PROOFS OF CLAIM ON OR BE-
FORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
ANY OF: Winn-Dixie Stores, Inc. (other names used:
The Marketplace, Winn-Dixie Marketplace, SaveRite,
Jitney Jungle, Thriftway, Sack n' Save, Grocery Bar-
gain Depot, Dixie Spirits); Dixie Stores, Inc.; Table
Supply Food Stores Co., Inc.; Astor Products, Inc.;
Crackin' Good, Inc.; Deep South Distributors, Inc.;
Deep South Products, Inc.; Dixie Darling Bakers, Inc.;
Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie
Spirits, Inc.; Economy Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.;
Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior
Food Company; WD Brand Prestige Steaks, Inc.; Winn-
Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.;
Winn-Dixie Montgomery, Inc. (other names used:
Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc.,
Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Pro-
curement, Inc. (other names used: Monterey Canning
Co.); Winn-Dixie Raleigh, Inc. (other names used: Save
Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte,
Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the
"Debtors"):
PLEASE TAKE NOTICE that, pursuant to an order of this
Court (the "Bar Date Order"), and in accordance with
Bankruptcy Rule 3003(c), all persons and entities, in-
cluding individuals, partnerships, estates and trusts
(except those persons or entities that are excused by
the terms of the Bar Date Order) who have a claim or
potential claim against any of the above-listed Debt-
ors that arose on or prior to the filing of the chapter 11
petitions on February 21, 2005, no matter how remote
or contingent such claim may be, MUST FILE A PROOF
OF CLAIM on or before 5:00 p.m. Eastern Time, on Au-
gust 1, 2005 (the "Bar Date"), by mailing or delivering
an original proof of claim to Winn-Dixie Claims Dock-
eting Center, c/o Logan & Company, Inc., 546 Valley
Road, Upper Montclair, New Jersey 07043, so that it is
actually received on or before the Bar Date. Proofs of
claim sent by facsimile, telecopy, or other electronic
means will not be accepted. A proof of claim form may
be obtained from any bankruptcy court clerk's office,
from your lawyer, from certain business supply
stores, from www.loganandco.com, or by written re-
quest to Logan & Company, Inc., mailed to the ad-
dress above, faxed to (973) 509-3191 or sent by email
to winninfo@loganandco.com.
ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY
WHO IS EXCUSED BY THE TERMS OF THE BAR DATE
ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR
BEFORE THE BAR DATE SHALL BE FOREVER BARRED,
ESTOPPED, AND ENJOINED FROM ASSERTING ANY
CLAIM (OR FILING A PROOF OF CLAIM) WITH RESPECT
TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH
HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY
PLAN OF REORGANIZATION OR PARTICIPATE IN ANY
DISTRIBUTION IN THESE CHAPTER 11 CASES ON AC-
COUNT OF ANY SUCH CLAIM OR TO RECEIVE FURTHER
NOTICES REGARDING ANY SUCH CLAIM.
A copy of the Bar Date Order may be viewed at www.
loganandco.com, or obtained from the attorneys for
Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate,
Meagher & Flom LLP, Four Times Square, New York,
New York 10036-6522, Telephone: 212-735-5152; or
Smith Hulsey & Busey, 225 Water Street, Suite 1800,
Jacksonville, Florida, 32202, Telephone: 904-359-
7853. For additional information concerning the Bar
Date please call 1-800-224-7654 or email winninfo@
loganandco.com.
FOR THE COURT:
David K. Oliveria, Clerk of the Court
May 27, 2005

# EXHIBIT I

## NEWS-PRESS

*Published every morning – Daily and Sunday*

*Fort Myers, Florida*

## Affidavit of Publication

STATE OF FLORIDA
COUNTY OF LEE

Before the undersigned authority, personally appeared
**Kathy Allebach**
who on oath says that he/she is the
**Legal Assistant**          of the News-Press, a
daily newspaper, published at Fort Myers, in Lee County,
Florida; that the attached copy of advertisement, being a
**Notice**
In the matter of
**Notice of Deadline Requiring Filing of Proofs of Claim**
In the court was published in said newspaper in the issues of
**May 27, 2005**
Affiant further says that the said News-Press is a paper of general
circulation daily in Lee, Charlotte, Collier, Glades
and Hendry Counties and published at Fort Myers, in said Lee
County, Florida and that said newspaper has heretofore been
continuously published in said Lee County, Florida, each day,
and has been entered as a second class mail matter at the post
office in Fort Myers in said Lee County, Florida, for a period of
one year next preceding the first publication of the attached copy
of the advertisement; and affiant further says that he/she has
neither paid nor promised any person, firm or corporation any
discount, rebate, commission or refund for the purpose of
securing this advertisement for publication in the said
newspaper.

Sworn to and subscribed before me this

27th day of May 2005     by

**Kathy Allebach**
personally known to me or who has produced

_____

as identification, _and who did_ or did not take an
oath.

Notary Public _____

Print Name _____

My commission Expires:

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE
DISTRICT OF
FLORIDA,
JACKSONVILLE
DIVISION
In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF
DEADLINE
REQUIRING FILING
OF PROOFS OF
CLAIM
ON OR BEFORE
AUGUST 1, 2005, AT
5:00 P.M. EASTERN
TIME

TO ALL PERSONS
AND ENTITIES WITH
CLAIMS AGAINST ANY
OF: Winn-Dixie Stores,
Inc. (other names used:
The Marketplace,
Winn-Dixie Market-
place, SaveRite, Jitney
Jungle, Thriftway,
Sack n' Save, Grocery
Bargain Depot, Dixie
Spirits); Dixie Stores,
Inc.; Table Supply Food
Stores Co. Inc.; Astor
Products, Inc.; Crackin'
Good, Inc.; Deep South
Distributors, Inc.; Deep
South Products, Inc.;
Dixie Darling Bakers,
Inc.; Dixie-Home
Stores, Inc.; Dixie
Packers, Inc.; Dixie
Spirits, Inc.; Economy
Wholesale Distributors,
Inc.; Foodway Stores,
Inc.; Kwik Chek Super-
markets, Inc.; Sunbelt
Products, Inc.; Sun-
down Sales, Inc.; Supe-
rior Food Company;
WD Brand Prestige
Steaks, Inc.; Winn-
Dixie Handyman, Inc.;
Winn-Dixie Logistics,
Inc.; Winn-Dixie
Montgomery, Inc. (oth-
er names used: Winn-
Dixie Atlanta, Inc.,
Winn-Dixie Louisiana,
Inc., Buddies, Pump n'
Save, Dixie Spirits);
Winn-Dixie Procure-
ment, Inc. (other
names used: Monterey
Canning Co.); Winn-
Dixie Raleigh, Inc.
(other names used:
Save Rite Grocery
Warehouse, Inc., Winn-
Dixie Charlotte, Inc.);
Winn-Dixie Supermar-
kets, Inc. (collectively,
the "Debtors"):

PLEASE TAKE NO-
TICE that, pursuant to
an order of this Court
(the "Bar Date Or-
der"), and in accord-
ance with Bankruptcy
Rule 3003(c), all per-
sons and entities, in-
cluding individuals,
partnerships, estates
and trusts (except
those persons or enti-
ties that are excused
by the terms of the Bar
Date Order) who have
a claim or potential
claim against any of
the above-listed Debt-
ors that arose on or
prior to the filing of
the chapter 11 petitions
on February 21, 2005,
no matter how remote
or contingent such
claim may be, MUST
FILE A PROOF OF
CLAIM on or before
5:00 p.m. Eastern Time,
on August 1, 2005 (the
"Bar Date"), by mail-
ing or delivering an
original proof of claim
to Winn-Dixie Claims
Docketing Center, c/o
Logan & Company,
Inc., 546 Valley Road,
Upper Montclair, New
Jersey 07043, so that it
is actually received on
or before the Bar Date.
Proofs of claim sent by
facsimile, telecopy, or
other electronic means
will not be accepted. A
proof of claim form
may be obtained from
any bankruptcy court
clerk's office, from
your lawyer, from cer-

stores, from
www.loganandco.com,
or by written request
to Logan & Company,
Inc., mailed to the ad-
dress above, faxed to
(973) 509-3191 or sent by
email to
winninfo@loganandco.c
om.

ANY PERSON OR EN-
TITY (EXCEPT A
PERSON OR ENTITY
WHO IS EXCUSED BY
THE TERMS OF THE
BAR DATE ORDER)
WHO FAILS TO FILE A
PROOF OF CLAIM ON
OR BEFORE THE BAR
DATE SHALL BE FOR-
EVER BARRED,
ESTOPPED, AND EN-
JOINED FROM AS-
SERTING ANY CLAIM
(OR FILING A PROOF
OF CLAIM WITH RE-
SPECT TO ANY
CLAIM) AGAINST THE
DEBTORS; AND SUCH
HOLDER SHALL NOT
BE PERMITTED TO
VOTE ON ANY PLAN
OF REORGANIZATION
OR PARTICIPATE IN
ANY DISTRIBUTION
IN THESE CHAPTER
11 CASES ON AC-
COUNT OF ANY SUCH
CLAIM, OR TO RE-
CEIVE FURTHER NO-
TICES REGARDING
ANY SUCH CLAIM.

A copy of the Bar
Date Order may be
viewed at
www.loganandco.com,
or obtained from the
attorneys for Winn-
Dixie Stores, Inc., et
al.: Skadden, Arps,
Slate, Meagher & Flom
LLP, Four Times
Square, New York,
New York 10036-6522,
Telephone: 212-735-5152;
or Smith Hulsey &
Busey, 225 Water
Street, Suite 1800, Jack-
sonville, Florida, 32202,
Telephone: 904-359-7853.
For additional informa-
tion concerning the
Bar Date please call 1-
800-224-7654 or email
winninfo@loganandco.c
om.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court
May 27         No. 879084

# EXHIBIT K

# AFFIDAVIT OF PUBLICATION

## The Gainesville Sun
Published – Daily
Gainesville, Alachua County, Florida

**STATE OF FLORIDA**
**COUNTY OF ALACHUA**

Before the undersigned, a Notary Public of Said County and State, <u>Ernest Blake, III</u>, who on oath says that he is <u>Legal Advertising Coordinator</u> of THE GAINESVILLE SUN, a daily newspaper published at Gainesville, in Alachua County, Florida; that the attached copy of advertisement, being a notice in the matter of

*UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION In re: Winn-Dixie Stores, Inc., et al., Debtors. Case No.  05-03817-3F1 Chapter 11 Jointly Administered  NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON O*

was published in said newspaper in the issues of:

*5/27 1x*

Affiant further says that the said THE GAINESVILLE SUN is a daily newspaper published at Gainesville, in said Alachua County, Florida, and that the said newspaper has heretofore been continuously published in said Alachua County, Florida, daily, and has been entered as second class mail matter at the post office in Gainesville in said Alachua County, Florida, for a period of one year next preceding the first publication if the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation and discount, rebate, commission or refund for the person of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this ___15th___ day of ___June___, A.D., 20_05_

_____
Notary Public

Jeffrey L Bloodsworth
MY COMMISSION # DD159430 EXPIRES
(Print, Type or Stamp Name of Notary Public)
BONDED THRU TROY FAIN INSURANCE, INC.

My commission expires ___20th___ day of ___Oct___, 20_06_

Ad #: A000006082



**0001** ▶ **LEGALS**

**UNITED STATES BANK-RUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSON-VILLE DIVISION**

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EAST-ERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Market-place, Winn-Dixie Market-place, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain De-pot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Dis-tributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Dis-tributors, Inc.; Foodway Stores, Inc.; Kwik Chek Su-permarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Pres-tige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermar-kets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and en-tities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 peti-tions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Times, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Up-per Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bank-ruptcy court clerk's office, from your lawyer, from cer-tain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BE-FORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REOR-GANIZATION OR PARTICI-PATE IN ANY DISTRIBU-TION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH OR TO RE-CEIVE FURTHER NO-TICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Or-der may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional infor-mation concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

**FOR THE COURT:**
David K. Oliveria,
Clerk of the Court

27602, 5/27/05
#A000006082

# EXHIBIT J

# THE TAMPA TRIBUNE

Published Daily

Tampa, Hillsborough County, Florida

State of Florida   }
County of Hillsborough  } ss.

Before the undersigned authority personally appeared J. Rosenthal, who on oath says that she is the Advertising Billing Manager of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of advertisement being a

LEGAL NOTICE

in the matter of

UNITED STATES BANKRUPTCY COURT

was published in said newspaper in the issues of

MAY 27, 2005

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published at Tampa in said Hillsborough County, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed by me, this    27    day

of    MAY   , A.D. 20 05

Personally Known _____ or Produced Identification _____

Type of Identification Produced _____

OFFICIAL NOTARY SEAL
SUSIE LEE SLATON
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NUMBER
DD000080
MY COMMISSION EXP.
APRIL 16, 2009

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: ...

A copy of the Bar Date Order may be viewed on the website www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, ... or the Clerk of the Court.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

9469      05/27/05

# EXHIBIT L

Naples Daily News
Naples, FL 34102

Affidavit of Publication
Naples Daily News

----------------------------------------------------------------------

LEGALS
   FL  34102


REFERENCE:  061856
        59050251    UNITED STATES BANKRU

State of Florida
County of Collier
  Before the undersigned authority, personally
appeared B. Lamb, who on oath says that she serves
as Assistant Corporate Secretary of the Naples
Daily News, a daily newspaper published at Naples,
in Collier County, Florida:  that the attached
copy of advertising was published in said
newspaper on dates listed.
  Affiant further says that the said Naples Daily
News is a newspaper published at Naples, in said
Collier County, Florida, and that the said
newspaper has heretofore been continuously
published in said Collier County, Florida, each
day and has been entered as second class mail
matter at the post office in Naples, in said
Collier County, Florida, for a period of 1 year
next preceding the first publication of the
attached copy of advertisement; and affiant
further says that she has neither paid nor
promised any person, firm or corporation any
discount, rebate, commission or refund for the
purpose of securing this advertisement for
publiction in the said newspaper.

PUBLISHED ON: 05/27


AD SPACE:    204.000 INCH
FILED ON:    05/27/05

----------------------------------------------------------------------

Signature of Affiant _____

Sworn to and Subscribed before me this 29th day of _____ 20 05

Personally known by me _____

---

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION
In re:
Winn-Dixie Stores, Inc., et al.,
    Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie
Stores, Inc. (other names used:  The Marketplace, Winn-Dixie Marketplace,
SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie
Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products,
Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products,
Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dix-
ie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.;
Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Su-
perior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman,
Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names
used:  Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n'
Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used:
Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used:  Save Rite
Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets,
Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date
Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and enti-
ties, including individuals, partnerships, estates and trusts (except those per-
sons or entities that are excused by the terms of the Bar Date Order) who have
a claim or potential claim against any of the above-listed Debtors that arose
on or prior to the filing of the chapter 11 petitions on February 21, 2005, no
matter how remote or contingent such claim may be, MUST FILE A PROOF OF
CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"),
by mailing or delivering an original proof of claim to Winn-Dixie Claims Docket-
ing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New
Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of
claim sent by facsimile, telecopy, or other electronic means will not be ac-
cepted.  A proof of claim form may be obtained from any bankruptcy court
clerk's office, from your lawyer, from certain business supply stores, from
www.loganandco.com, or by written request to Logan & Company, Inc., mailed
to the address above, faxed to (973) 509-3191 or sent by email to winninfo@log-
anandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY
THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO  FILE A PROOF OF CLAIM
ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND EN-
JOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RE-
SPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT
BE PERMITTED TO VOTE ON ANY PLAN OR REORGANIZATION OR PARTICIPATE IN
ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH
CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or ob-
tained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps,
Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522,
Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800,
Jacksonville, Florida, 32202, Telephone: 904-359-7853.  For additional informa-
tion concerning the Bar Date please call 1-800-224-7654 or email winninfo@log-
anandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court
May 27

No. 1078289

---

Harriett Bushong
MY COMMISSION # DD 395466  EXPIRES
July 24, 2007
BONDED THRU TROY FAIN INSURANCE, INC

# EXHIBIT M

# AFFIDAVIT OF PUBLICATION

## Star-Banner
Published – Daily
Ocala, Marion County, Florida

**STATE OF FLORIDA**
**COUNTY OF MARION**

Before the undersigned, a Notary Public of Said County and State, Joanne Pollock who on oath says that they are an authorized employee of the Star-Banner, a daily newspaper published at Ocala, in Marion County, Florida; that the attached copy of advertisement, being a notice in the matter of

*UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA. JACKSONVILLE DIVISION In re: Winn-Dixie Stores, Inc., et al., Debtors. Case No. 05-03817-3F1 Chapter 11 Jointly Administered NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON*

was published in said newspaper in the issues of:

5/27 1x

Affiant further says that the said STAR-BANNER is a daily newspaper published at Ocala, in said Marion County, Florida, and that the said newspaper has heretofore been continuously published in said Marion County, Florida, daily, and has been entered as second class mail matter at the post office in Ocala in said Marion County, Florida, for a period of one year next preceding the first publication if the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation and discount, rebate, commission or refund for the person of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this 14th day of June, A.D., 2005

Notary Public

**Gloria Thomas**
(Print, Type or Stamp Name of Notary Public)



My commission expires 16th day of May, 2009

Ad #: A000006804

UNITED STATES BANK-
RUPTCY COURT
MIDDLE DISTRICT OF
FLORIDA.
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et
al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM ON
OR BEFORE AUGUST 1,
2005 AT 5:00 P.M.
EASTERN TIME

TO ALL PERSONS AND
ENTITIES WITH CLAIMS
AGAINST ANY OF: Winn-
Dixie Stores Inc. (other
names used: The Market-
place, Winn-Dixie Market-
place, SaveRite, Jitney
Jungle, Thriftway, Sack n'
Save, Grocery Bargain De-
pot, Dixie Spirits); Dixie
Stores, Inc.; Table Supply
Food Stores Co., Inc.; Astor
Products, Inc.; Crackin'
Good, Inc.; Deep South Dis-
tributors, Inc.; Deep South
Products, Inc.; Dixie Darling
Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Packers.
Inc.; Dixie Spirits, Inc.;
Economy Wholesale Dis-
tributors, Inc; Foodway
Stores, Inc.; Kwik Chek Su-
permarkets, Inc.; Sunbelt
Products, Inc.; Sundown
Sales, Inc.; Superior Food
Company; WD Brand Pres-
tige Steaks, Inc.; Winn-Dixie
Handyman Inc.; Winn-Dixie
Logistics, Inc.; Winn-Dixie
Montgomery, Inc.; (other
names used: Winn-Dixie At-
lanta, Inc., Winn-Dixie Lou-
isiana, Inc., Buddies, Pump
n' Save, Dixie Spirits); Winn-
Dixie Procurement Inc.
(other names used: Mon-
terey Canning Co.); Winn-
Dixie Raleigh, Inc. (other
names used: Save Rite
Grocery Warehouse, Inc.;
Winn-Dixie Charlotte. Inc.);
Winn-Dixie Supermarkets
Inc. (collectively, the "Debt-
ors");

PLEASE TAKE NOTICE
that, pursuant to an order of
this Court (the "Bar Date
Order"), and in accordance
with Bankruptcy Rule
3003(c), all persons and en-
tities, including individuals,
partnerships, estates and
trusts (except those persons
or entities that are excused
by the terms of the Bar Date
Order) who have a claim or
potential claim against any
of the above-listed Debtors
that arose on or prior to the
filing of the chapter 11 peti-
tions on February 21, 2005,
no matter how remote or
contingent such claim
maybe.  MUST  FILE  A
PROOF OF CLAIM on or
before 5:00 p.m. Eastern
Time, on August 1, 2005
(the "Bar Date"), by mailing
or delivering an original
proof of claim to Winn-Dixie
Claims Docketing Center,
c/o Logan & Company, Inc.,
546 Valley Road, Upper
Montclair, New Jersey
07043, so that it is actually
received on or before the
Bar Date. Proofs of claim
sent by facsimile, telecopy,
or other electronic means
will not be accepted. A
proof of claim form may be
obtained from any bank-
ruptcy court clerk's office,
from your lawyer, from cer-
tain business supply stores,
from www.loganandco.com,
or by written request to
Logan & Company, Inc.,
mailed to the address
above, faxed to (973) 509-
3191 or sent by email to
winninfo@loganandco.com,.

ANY PERSON OR ENTITY
(EXCEPT A PERSON OR
ENTITY WHO IS EXCUSED
BY THE TERMS OF THE
BAR DATE ORDER) WHO
FAILS TO FILE A PROOF
OF CLAIM ON OR BE-
FORE THE BAR DATE
SHALL  BE  FOREVER
BARRED,  ESTOPPED,
AND ENJOINED FROM
ASSERTING ANY CLAIM
(OR FILING A PROOF OF
CLAIM WITH RESPECT TO

ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE: IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.logonandco.com, or obtained from the attorneys for Winn-Dixie Stores. Inc., et al.; Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853, For additional information concerning the Bar Date please call 1-800-224-7854 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court
May 27, 2005.
#A000006804

# EXHIBIT N

Published Daily

---

**State of Florida**
COUNTY OF ORANGE } S.S.

Before the undersigned authority personally appeared ____LE ANNE M. HILL____ , who on oath says that he/she is the Legal Advertising Representative of Orlando Sentinel, a daily newspaper published at _____ in ____ORANGE____ County, Florida; that the attached copy of advertisement, being a ____UNITED STATES BANK____ in the matter of ____PROOFS OF CLAIM____

in the ____ORANGE____ ____BANKRUPTCY____ Court, was published in said newspaper in the issue; of ____05/27/05____

Affiant further says that the said Orlando Sentinel is a newspaper published at ____ORLANDO____ ____ORANGE____ County, Florida, and that the said newspaper has heretofore been continuously published in said ____ORANGE____ County, Florida, each Week Day and has been entered as second-class mail matter at the post office in ____ORLANDO____ in said ____ORANGE____ County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation, any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

The foregoing instrument was acknowledged before me this ____27th____ day of ____MAY____ , 20 ____05____, by ____LE ANNE M. HILL____ , who is personally known to me and who did take an oath.

(SEAL)

BEVERLY C. SIMMONS
Comm# DD0387737
Expires 3/10/2009
Bonded thru (800)432-4254
Florida Notary Assn., Inc

---

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F
Chapter 1
Jointly Administere

**NOTICE OF DEADLINE REQUIRING
FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005,
AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIM AGAINST ANY OF: Winn-Dixie Stores, Inc. (other name used: The Marketplace, Winn-Dixie Marketplace, SaveRite Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargai Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Foo Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc. Deep South Distributors, Inc.; Deep South Products, Inc. Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixi Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Super markets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc. Superior Food Company; WD Brand Prestige Steaks, Inc. Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc. Winn-Dixie Montgomery, Inc. (other names used: Winn Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies Pump n' Save, Dixie Spirits); Winn-Dixie Procuremen Inc. (other names used: Monterey Canning Co.); Winn-Di ie Raleigh, Inc. (other names used: Save Rite Grocer Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixi Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of thi Court (the "Bar Date Order"), and in accordance wit Bankruptcy Rule 3003(c), all persons and entities, includin individuals, partnerships, estates and trusts (except thos persons or entities that are excused by the terms of the Bo Date Order) who have a claim or potential claim against an any of the above-listed Debtors that arose on or prior to th filing of the chapter 11 petitions on February 21, 2005, r matter how remote or contingent such claim may b MUST FILE A PROOF OF CLAIM on or before 5:00 p.r Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing c delivering an original proof of claim to Winn-Dixie Claim Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upp Montclair, New Jersey 07043, so that it is actually received c or before the Bar Date. Proofs of claim sent by facsimil telecopy, or other electronic means will not be accepted. proof of claim form may be obtained from any bankruptc court clerk's office, from your lawyer, from certain bus ness supply stores, from www.loganandco.com, or by wri ten request to Logan & Company, Inc., mailed to the a dress above, faxed to (973) 509-3191 or sent by email winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR EI TITY WHO IS EXCUSED BY THE TERMS OF THE BA DATE ORDER) WHO FAILS TO FILE A PROOF C CLAIM ON OR BEFORE THE BAR DATE SHALL B FOREVER BARRED, ESTOPPED, AND ENJOINE FROM ASSERTING ANY CLAIM (OR FILING A PROC OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINS THE DEBTORS; AND SUCH HOLDER SHALL NOT B PERMITTED TO VOTE ON ANY PLAN OF REORGAN ZATION OR PARTICIPATE IN ANY DISTRIBUTION I THESE CHAPTER 11 CASES ON ACCOUNT OF AN SUCH CLAIM, OR TO RECEIVE FURTHER NOTIC REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.logc andco.com, or obtained from the attorneys for Winn-Di Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flc LLP, Four Times Square, New York, New York 10036-65 Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 W ter Street, Suite 1800, Jacksonville, Florida, 32202, Te phone: 904-359-7853. For additional information concerni the Bar Date please call 1-800-224-7654 or email winninfo@ ganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court
COR6199951

MAY 27,20

# EXHIBIT O

# Florida Freedom Newspapers, Inc.

### PUBLISHERS OF THE NEWS HERALD
Panama City, Bay County, Florida
Published Daily

## State of Florida
## County of Bay

Before the undersigned authority appeared _____

Glenda Sullivan _____ , who on oath says that (s)he

is Classified Manager _____ of The News Herald, a daily

newspaper published at Panama City, in Bay County, Florida; that the attached copy of

advertisement, being a Legal Advertisement – 8801 _____

in the matter of _____ Notice of Deadline – Proofs of Claim

U.S. Bankruptcy Court/Jacksonville Div. – Winn-Dixie

in the Bay County _____

Court, was published in said newspaper in the issue of _____

May 27, 2005 _____

Affiant further says that The News Herald is a direct successor of the Panama City News and that this publication, together with its direct predecessor, has been continuously published in said Bay County, Florida, each day (except that the predecessor, Panama City News, was not published on Sundays), and that this publication together with its said predecessor, has been entered as periodicals matter at the post office in Panama City, in said Bay County, Florida, for a period of 1 year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*[signature: Glenda Sullivan]*

State of Florida
County of Bay

Sworn and subscribed before me this 27th day of May
A.D., 2005 by Glenda Sullivan, Classified Manager
of The News Herald, who is personally known to me or has produced ___ na ___
as identification.

*[signature: Marie Forrest]*

Marie Forrest
Commission # DD209621
Expires May 5, 2007
Bonded Troy Fain - Insurance, Inc 800-385-7019

Notary Public, State of Florida at Large

---

8801
UNITED STATES BANK-RUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

In re: Winn-Dixie Stores, Inc., et al.,
Debtors.

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM**
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk*'s office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganand co.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court
May 27, 2005

**EXHIBIT P**



# News Journal
### Informed. In Tune. In Touch.

Published Daily-Pensacola, Escambia County, FL

## STATE OF FLORIDA
County of Escambia

Before the undersigned authority, personally appeared **KAY CHASTAIN** who is personally known to me, and who on oath says that he/she is a representative of The Pensacola News Journal, a daily newspaper published in Pensacola in Escambia County, Florida; that the attached copy of **NOTICE OF DEADLINE** was published in said newspaper in the issues of **MAY 20,27, 2005.** Affidavit further states that the said Pensacola News Journal is a newspaper published in Pensacola, in said Escambia County, Florida, and that the said newspaper has heretofore been continuously published in said Escambia County, Florida each day and has been entered as second class mail matter at the post office in Pensacola, in said Escambia County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and Affidavit further says that he/she has neither paid nor promised any person, firm, or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this **30TH DAY OF MAY A.D., 2005**

_____
Notary Public

NIKKI E. NICHOLS
Notary Public-State of FL
Comm. Exp. Aug. 01, 2009
Comm. No. DD 427341

---

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or **before 5:00 p.m. Eastern Time, on August 1, 2005** (the "Bar Date"), by mailing or delivering an original proof of claim to **Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043,** so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

**FOR THE COURT:**
**David K. Oliveria, Clerk of the Court**

Legal No. 67854          1T          May 27, 2005

**EXHIBIT Q**

1001548683

# ST. PETERSBURG TIMES

**Published Daily**
**St. Petersburg, Pinellas County, Florida**

STATE OF FLORIDA ⎫ S.S.
COUNTY OF PINELLAS ⎰

Before the undersigned authority personally appeared ___K. Snow___
who on oath says that she is ___Legal Clerk___
of the ___St. Petersburg Times – Full Run Classified___

a daily newspaper published at St. Petersburg, in Pinellas County, Florida: that the
attached copy of advertisement, being a ___Legal Notice___
in the matter ___RE:   Notice of Deadline Requiring Filing of Proofs of Claims___

was published in said newspaper in the issues of ___May 27,  2005___

Affiant further says the said ___St. Petersburg Times – Full Run Classified___

is a newspaper published at St. Petersburg, in said Pinellas County, Florida, and that the said
newspaper has heretofore been continuously published in said Pinellas County, Florida, each
day and has been entered as second class mail matter at the post office in St. Petersburg, in
said Pinellas County, Florida, for a period of one year next preceding the first publication of
the attached copy of advertisement, and affiant further says that he has neither paid nor
promised any person, firm, or corporation any discount, rebate, commission or refund for the
purpose of securing this advertisement for publication in the said newspaper.



_KSnow_
**Signature of Affiant**

Sworn to and subscribed before
me this ___27th___ day of
___May___ A.D. 2005

Kathleen J Klase
My Commission DD319070
Expires June 20, 2008

_Kathleen J. Klase_
**Notary Public**

Legals | Legals

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc.; Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005   (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043,   so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.
FOR THE COURT:
David R. Oliveria, Clerk of the Court
(1001548683)   5/27/05

**EXHIBIT R**

TALLAHASSEE DEMOCRAT
PUBLISHED DAILY
TALLAHASSEE-LEON-FLORIDA

STATE OF FLORIDA COUNTY OF LEON:
Before the undersigned authority personally
appeared Daniel Serrano, who on oath says that
he is a Legal Advertising Representative of the
Tallahassee Democrat, a daily newspaper
published at Tallahassee in Leon County,
Florida; that the attached copy of advertising
being a Legal Ad in the matter of

NOTICE OF DEADLINE

in the Second Judicial Circuit Court was
published in said newspaper in the issues of:

MAY 27, 2005

Affiant further says that the said Tallahassee
Democrat is a newspaper published at
Tallahassee, in the said Leon County, Florida,
and that the said newspaper has heretofore been
continuously published in said Leon County,
Florida each day and has been entered as second
class mail matter at the post office in
Tallahassee, in said Leon County, Florida, for a
period of one year next preceding the first
publication of the attached copy of
advertisement; and affiant further says that she
has never paid nor promised any person, firm or
coporation any discount, rebate, commission or
refund for the purpose of securing this
publication in the said newspaper.

DANIEL SERRANO
LEGAL ADVERTISING REPRESENTATIVE
Sworn To or Affirmed and Subscribed Before
Me.
This _____ Day of _____ 2005; by
Daniel Serrano, _____
Personally Known _____ ✓ _____
OR Produced Identification _____
Type of Identification Produced_____

(SEAL)                    Notary Public
                          State of Florida

JESSE H. MCKENZIE
MY COMMISSION # DD 240407
EXPIRES: September 10, 2007
Bonded Thru Notary Public Underwriters

---



UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS
OF CLAIM ON OR BEFORE AUGUST 1, 2005,
AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
ANY OF: Winn-Dixie Stores, Inc. (other names used: The
Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle,
Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits);
Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor
Products, Inc.; Crackin' Good, Inc.; Deep South Distributors,
Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.;
Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.;
Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.;
Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown
Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks,
Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.;
Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie
Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n'
Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names
used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other
names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie
Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the
"Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court
(the "Bar Date Order"), and in accordance with Bankruptcy Rule
3003(c), all persons and entities, including individuals,
partnerships, estates and trusts (except those persons or entities
that are excused by the terms of the Bar Date Order) who have a
claim or potential claim against any of the above-listed Debtors
that arose on or prior to the filing of the chapter 11 petitions on
February 21, 2005, no matter how remote or contingent such
claim may be, MUST FILE A PROOF OF CLAIM on or before
5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by
mailing or delivering an original proof of claim to Winn-Dixie
Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley
Road, Upper Montclair, New Jersey 07043, so that it is actually
received on or before the Bar Date. Proofs of claim sent by
facsimile, telecopy, or other electronic means will not be
accepted. A proof of claim form may be obtained from any
bankruptcy court clerk's office, from your lawyer, from certain
business supply stores, from www.loganandco.com, or by written
request to Logan & Company, Inc., mailed to the address above,
faxed to (973) 509-3191 or sent by email to
winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY
WHO IS EXCUSED BY THE TERMS OF THE BAR DATE
ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR
BEFORE THE BAR DATE SHALL BE FOREVER BARRED,
ESTOPPED, AND ENJOINED FROM ASSERTING ANY
CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO
ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER
SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF
REORGANIZATION OR PARTICIPATE IN ANY
DISTRIBUTION IN THESE CHAPTER 11 CASES ON
ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE
FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at
www.loganandco.com, or obtained from the attorneys for
Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher &
Flom LLP, Four Times Square, New York, New York
10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey,
225 Water Street, Suite 1800, Jacksonville, Florida, 32202,
Telephone: 904-359-7853. For additional information
concerning the Bar Date please call 1-800-224-7654 or email
winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

MAY 27, 2005

_____ 7961005