# EXHIBIT S

# THE PALM BEACH POST

Published Daily and Sunday
West Palm Beach, Palm Beach County, Florida

UNITED STATES
BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF
FLORIDA,
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

---

## PROOF OF PUBLICATION

STATE OF FLORIDA
COUNTY OF PALM BEACH

Before the undersigned authority personally appeared **Scott Lotts**, who on oath says that he is **Classified Advertising Manager** of The Palm Beach Post, a daily and Sunday newspaper, published at West Palm Beach in Palm Beach County, Florida; that the attached copy of advertising for a **Notice** in the matter of **Case #05-03817-3F1** was published in said newspaper in the issues of **May 27, 2005**. Affiant further says that the said The Post is a newspaper published at West Palm Beach, in said Palm Beach County, Florida, and that the said newspaper has heretofore been continuously published in said Palm Beach County, Florida, daily and Sunday and has been entered as second class mail matter at the post office in West Palm Beach, in said Palm Beach County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she/he has neither paid nor promised any person, firm or corporation any discount rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before 27th day of May, A.D. 2005

Personally known XX or Produced Identification_____
Type of Identification Produced_____



Karen M. McLinton
Commission # DD359566
Expires: NOV. 15, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

---

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc.; Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF

SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court
PUB: The Palm Beach Post
May 27, 2005

# EXHIBIT T

# The Atlanta Journal-Constitution
### ajc.com

## P U B L I S H E R ' S   A F F I D A V I T

ACCOUNT NAME    WINN DIXIE SAVERITE GROCERY
                            MILLER ADVERTISING AGENCY

ACCOUNT NO.     W-265175

STATE OF GEORGIA
COUNTY OF FULTON

**DONNA McDUFFIE**, personally appeared before me, the undersigned Notary Public, who states she is a LEGAL NOTICE CLERK for **THE ATLANTA JOURNAL AND CONSTITUTION** newspaper, a newspaper of general circulation published in the City of Atlanta, Georgia, and who further states under oath that the Advertisement attached hereto and made part of this affidavit appeared in The Atlanta Journal - Constitution on the following dates: MAY 27, 2005.

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS  27TH  DAY OF     MAY     2005.

_Ketra L. Smith_
(NOTARY SIGNATURE)
**MY COMMISSION EXPIRES MAY 19, 2009**

The Atlanta Journal-Constitution / Friday, May 27, 2005

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re: **Winn-Dixie Stores, Inc., et al.**,
Debtors.

Case No. 05-03817-3F1
Chapter 11  •  Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits): Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. Eastern Time, on August 1, 2005** (the "Bar Date"), by mailing or delivering an original proof of claim to **Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043**, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

**FOR THE COURT: David K. Oliveria, Clerk of the Court**

**EXHIBIT U**

# THE ALBANY HERALD

PUBLISHING COMPANY, INC.

### Affidavit of Publication

Georgia, Dougherty County

Personally, appeared before the undersigned, an officer, authorized to administer oaths, Rebecca Flanigan, who being sworn, says that she is The Legal Clerk for the Albany Herald Publishing Inc. a corporation with principle offices at Albany, Dougherty County, Georgia, and having general circulation within the area of Dougherty, Early, Clay, Calhoun, Mitchell, Decatur, Baker, Worth, Lee, Terrell, Miller, Randolph, Turner, Sumter and Seminole counties, and that the advertisement of

Notice of Deadline

TRUE COPY of which is affixed hereto, was published in the Albany Herald in all its editions for _May 27, 2005_

Rebecca Flanigan

Sworn to and subscribed before me at Albany, Georgia this ___14th___ day of ___June___, 2005

Notary Public



BESSIE R. GRAPER
MY COMMISSION EXPIRES
APR 11 2009
DOUGHERTY CO. GEORGIA
NOTARY PUBLIC

NOTICE

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. [other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thiftway, Sack 'n' Save, Grocery Bargain Depot, Dixie Spirits]; Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc.; [other names used: Winn-Dixie Atlanta, Inc.; Winn-Dixie Louisiana, Inc.; Buddies, Pump n' Save, Dixie Spirits]; Winn-Dixie Procurement, Inc. [other names used: Monterey Canning Co.]; Winn-Dixie Raleigh, Inc. [other names used: Save Rite Grocery Warehouse, Inc.; Winn-Dixie Charlotte, Inc.]; Winn-Dixie Supermarkets, Inc.[collectively, the "Debtors"];

[...] le. With approved credit. Pay [...]

[...]Order) who have a [...] potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF CLAIM on or before 5:00 pm Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claim Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc. mailed to the address, faxed to (973) 509-3191 or sent by email winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OR REORGANIZATION OF PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

a copy of the Bar Date Order may be viewed at www.loganand co.com obtained from the attorneys for for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom L.L.P., Four Times Square, New York, New York 10036-6522; Telephone: 212-735-5152.; Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202; Telephone: 904-359-7881. For additional information concerning the Bar Date, please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT
David K. Oliveria
Clerk of the Court

**EXHIBIT V**

# AFFIDAVIT OF PUBLICATION

ATTORNEY
OR AGENCY     _Winn-Dixie_____

BUSINESS     _____

STATE OF GEORGIA

COUNTY OF RICHMOND

    Personally appeared before me, Heatle Padu to me know, who being sworn, deposes and says:  That He/She is the authorized agent of Southeastern Newspapers Corporation, a Georgia Corporation, doing business in said county under the trade name of **The Augusta Chronicle**, a newspaper published in said county;  That He/She is authorized to make affidavits of publication on behalf of said publisher corporation; The Augusta Chronicle.

That said newspaper is of general circulation in said county and in the area adjacent thereto;  That He/She has reviewed the regular editions of said newspapers published on _May 21 2005_____

and finds that the following avertisement appeared in each of said editions, to-wit:

_____   (deponent)

Sworn to and subscribed before me
this _31_ day of _May_ , 20 _05_          MY COMMISSION EXPIRES
                                          FEBRUARY 15, 2009

_____

Notary Public _Columbia_____  County, Georgia.

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE
DISTRICT OF FLORIDA,
JACKSONVILLE
DIVISION
In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors.Case No.
05-03817-3F1
Chapter 11
Jointly Administered
NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM
ON OR BEFORE
AUGUST 1, 2005, AT 5:00
P.M. EASTERN TIME
TO ALL PERSONS AND
ENTITIES WITH
CLAIMS AGAINST ANY
OF: Winn-Dixie Stores,
Inc. (other names used:
The Marketplace,
Winn-Dixie Marketplace,
SaveRite, Jitney Jungle,
Thriftway, Sack n' Save,
Grocery Bargain Depot,
Dixie Spirits); Dixie
Stores, Inc.; Table Sup-
ply Food Stores Co., Inc.;
Astor Products, Inc.;
Crackin' Good, Inc.; Deep
South Distributors, Inc.;
Deep South Products,
Inc.; Dixie Darling Bak-
ers, Inc.; Dixie-Home
Stores, Inc.; Dixie Pack-
ers, Inc.; Dixie Spirits,
Inc.; Economy Whole-
sale Distributors, Inc.;
Foodway Stores, Inc.;
Kwik Chek Supermarkets,
Inc.; Sunbelt Products,
Inc.; Sundown Sales,
Inc.; Superior Food Com-
pany; WD Brand Pres-
tige Steaks, Inc.;
Winn-Dixie Handyman,
Inc.; Winn-Dixie Logis-
tics, Inc.; Winn-Dixie
Montgomery, Inc. (other
names used: Winn-Dixie
Atlanta, Inc., Winn-Dixie
Louisiana, Inc., Buddies,
Pump n' Save, Dixie
Spirits); Winn-Dixie Pro-
curement, Inc. (other
names used: Monterey
Canning Co.); Winn-Dixie
Raleigh, Inc. (other
names used: Save Rite
Grocery Warehouse, Inc.,
Winn-Dixie Charlotte,
Inc.); Winn-Dixie Super-
markets, Inc. (collec-
tively, the "Debtors"):
PLEASE TAKE NOTICE
that, pursuant to an order
of this Court (the "Bar
Date Order"), and in
accordance with Bank-
ruptcy Rule 3003(c), all
persons and entities,
including individuals,
partnerships, estates and
trusts (except those per-
sons or entities that are
excused by the terms of
the Bar Date Order) who
have a claim or potential
claim against any of the
above-listed Debtors that
arose on or prior to the
filing of the chapter 11
petitions on February 21,
2005, no matter how
remote or contingent such
claim may be, MUST
FILE A PROOF OF
CLAIM on or before 5:00
p.m. Eastern Time, on
August 1, 2005 (the "Bar
Date"), by mailing or
delivering an original
proof of claim to
Winn-Dixie Claims Dock-
eting Center, c/o Logan &
Company, Inc., 546 Val-
ley Road, Upper Mont-
clair, New Jersey 07043,
so that it is actually
received on or before the
Bar Date. Proofs of
claim sent by facsimile,
telecopy, or other elec-
tronic means will not be
accepted. A proof of
claim form may be
obtained from any bank-
ruptcy court clerk?'s
office, from your lawyer,
from certain business
supply stores, from
www.loganandco.com, or
by written request to
Logan & Company, Inc.,
mailed to the address
above, faxed to (973)
509-3191 or sent by email
to
winninfo@loganandco.co
m.
ANY PERSON OR
ENTITY (EXCEPT A
PERSON OR ENTITY
WHO IS EXCUSED BY
THE TERMS OF THE
BAR DATE ORDER)
WHO FAILS TO FILE A
PROOF OF CLAIM ON
OR BEFORE THE BAR
DATE SHALL BE FOR-
EVER BARRED,
ESTOPPED, AND
ENJOINED FROM
ASSERTING ANY
CLAIM (OR FILING A
PROOF OF CLAIM
WITH RESPECT TO
ANY CLAIM) AGAINST
THE DEBTORS; AND
SUCH HOLDER SHALL
NOT BE PERMITTED
TO VOTE ON ANY PLAN
OF REORGANIZATION
OR PARTICIPATE IN
ANY DISTRIBUTION IN
THESE CHAPTER 11
CASES ON ACCOUNT OF
ANY SUCH CLAIM, OR
TO RECEIVE FUR-
THER NOTICES
REGARDING ANY SUCH
CLAIM.
A copy of the Bar Date
Order may be viewed at
www.loganandco.com, or
obtained from the attor-
neys for Winn-Dixie
Stores, Inc., et al.: Skad-
den, Arps, Slate, Mea-
gher & Flom LLP, Four
Times Square, New York,
New York 10036-6522,
Telephone: 212-735-5152;
or Smith Hulsey & Busey,
225 Water Street, Suite
1800, Jacksonville,
Florida, 32202, Tele-
phone: 904-359-7853. For
additional information
concerning the Bar Date
please call 1-800-224-7654
or email winninfo@loga-
nandco.com.
FOR THE COURT:
David K. Oliverio, Clerk
of the Court
May 27, 2005
Adv. #7442116

# EXHIBIT W

COLUMBUS

# 𝕷𝖊𝖉𝖌𝖊𝖗-𝕰𝖓𝖖𝖚𝖎𝖗𝖊𝖗

## AFFIDAVIT

State of Georgia
County of Muscogee

To Whom It May Concern:

This is to certify that the legal advertisement has been published in The Columbus Ledger-Enquirer, legal organ for Muscogee County on the following dates:

May 27, 2005

Sworn to and subscribed before
me this 16th day of June, 2005

Notary Public, Muscogee County, Georgia
(My Commission Expires June 21, 2008)

NOTICE
UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF
FLORIDA, JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court
Pub:May27,2005(Ad1481057)

# EXHIBIT X

# AFFIDAVIT OF PUBLICATION

( A Correct Copy of Publication )

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE
DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors

NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM
ON OR BEFORE
AUGUST 1, 2005, AT 5:00
P.M. EASTERN TIME

TO ALL PERSONS AND
ENTITIES WITH CLAIMS
AGAINST ANY OF: Winn-
Dixie Stores, Inc. (other
names used: The Market-
place, Winn-Dixie Market-
place, SaveRite, Jitney
Jungle, Thriftway, Sack n'
Save, Grocery Bargain
Depot, Dixie Spirits); Dixie
Stores, Inc.; Table Supply
Food Stores Co., Inc.; Astor
Products, Inc.; Crackin'
Good, Inc.; Deep South
Distributors, Inc.; Deep
South Products, Inc.; Dixie
Darling Bakers, Inc.; Dixie-
Home Stores, Inc.; Dixie
Packers, Inc.; Dixie Spirits,
Inc.; Economy Wholesale
Distributors, Inc.; Foodway
Stores, Inc.; Kwik Chek
Supermarkets, Inc.; Sunbelt
Products, Inc.; Sundown
Sales, Inc.; Superior Food
Company; WD Brand
Prestige Steaks, Inc.; Winn-
Dixie Handyman, Inc.;
Winn-Dixie Logistics, Inc.;
Winn-Dixie Montgomery,
Inc. (other names used:
Winn-Dixie Atlanta, Inc.;
Winn-Dixie Louisiana, Inc.,
Buddies, Pump n' Save,
Dixie Spirits); Winn-Dixie
Procurement, Inc. (other
names used: Monterey
Canning Co.); Winn-Dixie
Raleigh, Inc. (other names
used: Save Rite Grocery
Warehouse, Inc., Winn-
Dixie Charlotte, Inc.); Winn-
Dixie Supermarkets, Inc.
(collectively, the "Debtors"):

PLEASE TAKE NOTICE
that, pursuant to an order
of this Court (the "Bar Date
Order"), and in accordance
with Bankruptcy Rule
3003(c), all persons and
entities, including individu-
als, partnerships, estates
and trusts (except those
persons or entities that are
excused by the terms of
the Bar Date Order) who
have a claim or potential
claim against any of the
above-listed Debtors that
arose on or prior to the
filing of the chapter 11
petitions on February 21,
2005, no matter how remote
or contingent such claim
may be, MUST FILE A
PROOF OF CLAIM on or
before 5:00 p.m. Eastern
Time, on August 1, 2005
(the "Bar Date"), by mail-
ing or delivering an original
proof of claim to Winn-
Dixie Claims Docketing
Center, c/o Logan & Com-
pany, Inc., 546 Valley

I, <u>Linda Ward</u>, <u>Call Center Supervisor</u>

of  THE  TOWN TALK, published at Alexandria,

Louisiana do solemnly swear that the

 Legal Notice

advertisement, as per clipping attached, was

published in the regular and entire issue of said

newspaper, and not in any supplement thereof

for <u>one</u> insertions commencing with the issue

dated  <u>May 27, 2005</u>  and ending with the

issue dated <u>May 27, 2005.</u>

*Linda V. Ward*

Subscribed and sworn to before me

this <u>27</u><sup>th</sup> day of <u>May, 2005</u>

Notary Number  <u>019888</u>

Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk*'s office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR EN-TITY (EXCEPT A PERSON OR ENTITY WHO IS EX-CUSED BY THE TERMS OF THE BAR DATE OR-DER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOR-EVER BARRED, ES-TOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REOR-GANIZATION OR PAR-TICIPATE IN ANY DISTRI-BUTION IN THESE CHAP-TER 11 CASES ON AC-COUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES RE-GARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
DAVID K. OLIVERIA,
Clerk of the Court

(5) 27

# EXHIBIT Y

# CAPITAL CITY PRESS

Publisher of
## THE ADVOCATE

## PROOF OF PUBLICATION

The hereto attached notice was
published in THE ADVOCATE,
a daily newspaper of general circulation
published in Baton Rouge, Louisiana,
and the official Journal
of the State of Louisiana,
the City of Baton Rouge,
and the Parish of East Baton Rouge,
in the following issues:

**05/27/05**

_Susan A. Bush, Public Notices Clerk_

Sworn and subscribed before me by the
person whose signature appears above:

**May 27, 2005**

Pegeen Singley, Notary Public, #66565
My Commission Expires: Indefinite
Baton Rouge, Louisiana

**3084999**

WINN DIXIE STORES INC
DONNA GAINEY
7596 CENTURION PARKWAY
JACKSONVILLE        FL  32256

---

**NOTICE**

UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DIS-
TRICT OF FLORIDA, JACKSON-
VILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM
ON OR BEFORE
AUGUST 1, 2005, AT
5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTI-
TIES WITH CLAIMS AGAINST
ANY OF: Winn-Dixie Stores, Inc.
(other names used: The Market-
place, Winn-Dixie Marketplace,
SaveRite, Jitney Jungle, Thrift-
way, Sack n' Save, Grocery Bar-
gain Depot, Dixie Spirits); Dixie
Stores, Inc.; Table Supply Food
Stores Co., Inc.; Astor Products,
Inc.; Cracklin' Good, Inc.; Deep
South Distributors, Inc.; Deep
South Products, Inc.; Dixie Dar-
ling Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Packers, Inc.;
Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik Chek
Supermarkets, Inc.; Sunbelt
Products, Inc.; Sundown Sales,
Inc.; Superior Food Company;
WD Brand Prestige Steaks, Inc.;
Winn-Dixie Handyman, Inc.;
Winn-Dixie Logistics, Inc.; Winn-
Dixie Montgomery, Inc. (other
names used: Winn-Dixie Atlanta,
Inc., Winn-Dixie Louisiana, Inc.,
Buddies, Pump n' Save, Dixie
Spirits); Winn-Dixie Procurement,
Inc. (other names used: Mon-
terey Canning Co.); Winn-Dixie
Raleigh, Inc. (other names used:
Save Rite Grocery Warehouse,
Inc., Winn-Dixie Charlotte, Inc.);
Winn-Dixie Supermarkets, Inc.
(collectively, the "Debtors"):
PLEASE TAKE NOTICE that,
pursuant to an order of this
Court (the "Bar Date Order"), and
in accordance with Bankruptcy
Rule 3003(c), all persons and
entities, including individuals,
partnerships, estates and trusts
(except those persons or entities
that are excused by the terms of
the Bar Date Order) who have a
claim or potential claim against
any of the above-listed Debtors
that arose on or prior to the filing
of the chapter 11 petitions on
February 21, 2005, no matter how
remote or contingent such claim
may be, MUST FILE A PROOF OF
CLAIM on or before **5:00 p.m.
Eastern Time, on August 1,
2005** (the "Bar Date"), by mailing
or delivering an original proof of
claim to **Winn-Dixie Claims
Docketing Center, c/o Logan
& Company, Inc., 546 Valley
Road, Upper Montclair, New
Jersey 07043**, so that it is ac-
tually received on or before the
Bar Date. Proofs of claim sent by
facsimile, telecopy, or other
electronic means will not be ac-
cepted. A proof of claim form
may be obtained from any
bankruptcy court clerk's office,
from your lawyer, from certain
business supply stores, from
www.loganandco.com, or by
written request to Logan & Com-
pany, Inc., mailed to the address
above, faxed to (973) 509-3191
or sent by email to win-
ninfo@loganandco.com.

TERMS OF THE BAR DATE OR-
DER) WHO FAILS TO FILE A
PROOF OF CLAIM ON OR BE-
FORE THE BAR DATE SHALL BE
FOREVER BARRED, ESTOPPED,
AND ENJOINED FROM ASSERT-
ING ANY CLAIM (OR FILING A
PROOF OF CLAIM WITH RE-
SPECT TO ANY CLAIM) AGAINST
THE DEBTORS; AND SUCH
HOLDER SHALL NOT BE PER-
MITTED TO VOTE ON ANY PLAN
OF REORGANIZATION OR PAR-
TICIPATE IN ANY DISTRIBUTION
IN THESE CHAPTER 11 CASES
ON ACCOUNT OF ANY SUCH
CLAIM, OR TO RECEIVE FUR-
THER NOTICES REGARDING ANY
SUCH CLAIM.

A copy of the Bar Date Order
may    be    viewed    at
www.loganandco.com, or ob-
tained from the attorneys for
Winn-Dixie Stores, Inc., et al.:
Skadden, Arps, Slate, Meagher &
Flom LLP, Four Times Square,
New York, New York 10036-6522,
Telephone:   212-735-5152;   or
Smith Hulsey & Busey, 225 Water
Street, Suite 1800, Jacksonville,
Florida, 32202, Telephone: 904-
359-7853. For additional infor-
mation concerning the Bar Date
please call 1-800-224-7654 or
email                        win-
ninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria
Clerk of the Court
3084999-may 27-1t

**EXHIBIT Z**

Acadiana's Daily Newspaper

# THE ADVERTISER

221 JEFFERSON STREET
LAFAYETTE, LA 70501

PHONE:  (337) 289-6300
FAX:    (337) 289-6466

## AFFIDAVIT OF PUBLICATION

**Winn-Dixie Stores, Inc.**
**Attn: Phil Woodruff**
**7596 Centurion Parkway**
**Jacksonville, FL 32256**

| | |
|---|---|
| **Account No.:** | **GWINND** |
| **Ad Number:** | 07530825 |
| **Ad Total:** | $273.75 |
| **Ad Inches:** | 15 |
| **Reference No.:** | |

\*\*To insure proper credit please refer to your **account number**
and/or **ad number** when making payment. Remittance address:
P.O. Box 3268, Lafayette, LA 70502-3268

I, **ROSE PENFOLD**, do solemnly swear that I am the LEGAL CLERK of THE ADVERTISER, a newspaper printed and published at Lafayette, in the Parish of Lafayette, State of Louisiana, and that from my personal knowledge and reference to the files of said publication, the advertisement of

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA,**
**JACKSONVILLE DIVISION**
**In re:**
**Winn-Dixie Stores, Inc., et al.,**
**Debtors.**
**Case No. 05-03817-3F1**
**Chapter 11**
**Jointly Administered**
**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM**
**ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

was published in THE ADVERTISER on the following dates:
**\*Friday, May 27, 2005**

_Rose Penfold_
**ROSE PENFOLD**
Legal Clerk

Sworn to and subscribed before me this ___1st___ day of June, 2005.

_Monica Laflam 13817_
**NOTARY PUBLIC**

BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
                    Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM <u>ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME</u>

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: <u>Winn-Dixie Stores, Inc.</u> (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); <u>Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc.</u> (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); <u>Winn-Dixie Procurement, Inc.</u> (other names used: Monterey Canning Co.); <u>Winn-Dixie Raleigh, Inc.</u> (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); <u>Winn-Dixie Supermarkets, Inc.</u> (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will <u>not</u> be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to <u>winninfo@loganandco.com</u>.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at <u>www.loganandco.com</u>, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7852. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court

# EXHIBIT AA

# The Times-Picayune

## 3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097     TELEPHONE (504) 826-3206

UNITED STATES
BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF
FLORIDA, JACKSONVILLE
DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE
REQUIRING FILING OF
PROOFS OF CLAIM ON OR
BEFORE AUGUST 1, 2005, AT
5:00 P.M. EASTERN TIME

TO ALL PERSONS AND
ENTITIES WITH CLAIMS
AGAINST ANY OF: Winn-Dixie
Stores, Inc. (other names used:
The Marketplace, Winn-Dixie
Marketplace, SaveRite, Jitney
Jungle, Thriftway, Sack n' Save,
Grocery Bargain Depot, Dixie
Spirits); Dixie Stores, Inc.; Table
Supply Food Stores Co., Inc.;
Astor Products, Inc.; Crackin'
Good, Inc.; Deep South
Distributors, Inc.; Deep South
Products, Inc.; Dixie Darling
Bakers, Inc.; Dixie-Home
Stores, Inc.; Dixie Packers, Inc.;
Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik
Chek Supermarkets, Inc.;
Sunbelt Products, Inc.; Sundown
Sales, Inc.; Superior Food
Company; WD Brand Prestige
Steaks, Inc.; Winn-Dixie
Handyman, Inc.; Winn-Dixie
Logistics, Inc.; Winn-Dixie
Montgomery, Inc. (other names
used: Winn-Dixie Atlanta, Inc.;
Winn-Dixie Louisiana, Inc.;
Buddies, Pump n' Save, Dixie
Spirits); Winn-Dixie
Procurement, Inc. (other names
used: Monterey Canning Co.);
Winn-Dixie Raleigh, Inc. (other
names used: Save Rite Grocery
Warehouse, Inc., Winn-Dixie
Charlotte, Inc.); Winn-Dixie
Supermarkets, Inc. (collectively,
the 'Debtors'):

PLEASE TAKE NOTICE that,
pursuant to an order of this
Court (the 'Bar Date Order'),
and in accordance with
Bankruptcy Rule 3003(c), all
persons and entities, including
individuals, partnerships, estates
and trusts (except those persons
or entities that are excused by
the terms of the Bar Date
Order) who have a claim or
potential claim against any of
the above-listed Debtors that
arose on or prior to the filing of
the chapter 11 petitions on
February 21, 2005, no matter
how remote or contingent such
claim may be, MUST FILE A
PROOF OF CLAIM on or
before 5:00 p.m. Eastern Time,
on August 1, 2005 (the 'Bar
Date'), by mailing or delivering
an original proof of claim to
Winn-Dixie Claims Docketing
Center, c/o Logan & Company,
Inc., 546 Valley Road, Upper
Montclair, New Jersey 07043, so
that it is actually received on or
before the Bar Date. Proofs of
claim sent by facsimile,
telecopy, or other electronic
means will not be accepted. A
proof of claim form may be
obtained from any bankruptcy
court clerk's office, from your
lawyer, from certain business
supply stores, from
www.loganandco.com, or by
written request to Logan &
Company, Inc., mailed to the
address above, faxed to (973)
509-3191 or sent by email to
winninfo@loganandco.com.

ANY PERSON OR ENTITY
(EXCEPT A PERSON OR
ENTITY WHO IS EXCUSED
BY THE TERMS OF THE BAR
DATE ORDER) WHO FAILS
TO FILE A PROOF OF CLAIM
ON OR BEFORE THE BAR
DATE SHALL BE FOREVER
BARRED, ESTOPPED, AND
ENJOINED FROM
ASSERTING ANY CLAIM (OR
FILING A PROOF OF CLAIM
WITH RESPECT TO ANY
CLAIM) AGAINST THE
DEBTORS, AND SUCH
HOLDER SHALL NOT BE
PERMITTED TO VOTE ON
ANY PLAN OF
REORGANIZATION OR
PARTICIPATE IN ANY
DISTRIBUTION IN THESE
CHAPTER 11 CASES ON
ACCOUNT OF ANY SUCH
CLAIM, OR TO RECEIVE
FURTHER NOTICES

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Robert J. Chiasson who deposes and says that he is the Accounts Receivable Manager, of The Times-Picayune Publishing Corporation, a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached BANKRUPTCY PROCEEDINGS

RE: U.S. Bankruptcy for the Middle District Of Florida, Jacksonville Winn-Dixie Stores, Inc. No 05-003817-3F

Advertisement of ___Winn-Dixie___

7596 Centurian Pkwy
Jacksonville, FL. 32256

Was published in ___The Times Picayune___

On the following dates ___May 27, 2005___

Sworn to and subscribed before me this
27th    Day of May, 2005

Notary Public
My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

REGARDING ANY SUCH A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

**EXHIBIT BB**

# PROOF OF PUBLICATION

UNITED STATES BANK-RUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
In re:Winn-Dixie Stores, Inc., et al.,Debtors. Case No. 05-03817-3F1Chapter 11Jointly Administered
NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors");
PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.logan-dco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.
ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.
A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853.
For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.
FOR THE COURT:
David K. Oliveria, Clerk of the Court
G83,adv,27,1Fri
950591

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Before me, the undersigned Notary Public of Harrison County, Mississippi, personally appeared _MICHELLE GELET_ who, being by me first duly sworn, did depose and say that she is a clerk of ___The Sun Herald___ , a newspaper published in the city _Gulfport_ , in Harrison County, Mississippi, and that publication of the notice, a copy of which is hereto attached, has been made in said paper _1_ times in the following numbers and on the following dates of such paper, viz:

Vol._121_ No., _236_ dated _27th_ day of _MAY_ , 20_05_

Vol._____ No., _____ dated _____ day of _____ , 20___

Vol._____ No., _____ dated _____ day of _____ , 20___

Vol._____ No., _____ dated _____ day of _____ , 20___

Vol._____ No., _____ dated _____ day of _____ , 20___

Vol._____ No., _____ dated _____ day of _____ , 20___

Vol._____ No., _____ dated _____ day of _____ , 20___

Affiant further states on oath that said newspaper has been established and published continuously in said county for a period of more than twelve months next prior to the first publication of said notice.

_Michelle Gelet_
Clerk

Sworn to and subscribed before me this _31st_ day of _MAY_ , A.D., 20_05_

_[signature]_
Notary Public

Printer's Fee ............................................ $ _69.12_

Furnishing proof of publication ............. $ _3.00_

TOTAL ................................................ $ _72.12_

Commission Expires on:
September 12, 2008

# EXHIBIT CC

# Proof of Publication

# The State of Mississippi

# Hinds County

PERSONALLY appeared before me, the undersigned notary public in and for Hinds County, Mississippi,

Andrew Westerfield

an authorized clerk of THE CLARION-LEDGER, a daily newspaper as defined and prescribed in Sections 13-3-31 and 13-3-32, of the Mississippi Code of 1972, as amended, who, being duly sworn, states that the notice, a true copy of which is hereto attached, appeared in the issues of said newspaper as follows:

**Dates of Publication:**

| | | |
|---|---|---|
| Lines: | 200 | Friday, May 27, 2005 |
| Words: | 599 | |
| Issues: | 1 | |
| Total: | $1,205.25 | |

Signed

_Andrew Westerfield_

Authorized Clerk
of The Clarion-Ledger

_Marie Mills_

Notary Public

SWORN to and subscribed before me on 5/27/2005
Notary Public State of Mississippi At Large.
My Commission Expires: Nov. 8, 2008
Bonded thru Notary Public Underwriters

MARIE MILLS
NOTARY
(SEAL)
PUBLIC
HINDS COUNTY, MS

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:                                                   Case No. 0503817-3F1
Winn-Dixie Stores, Inc., et al.,                         Chapter 11
Debtors.                                                 Jointly Administered

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.; Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

May 27, 2005

**EXHIBIT DD**

The Knight Publishing Co., Inc.
Charlotte, NC

North Carolina    ) ss    Affidavit of Publication
Mecklenburg County}

THE CHARLOTTE OBSERVER

---

BUDGET/MEDIA MANAGER
WINN DIXIE/DIP
7595 CENTURION PKWY
JACKSONVILLE FL  32256

REFERENCE: 30048863
        5443897    Chapter 11

Before the undersigned, a Notary Public of said
County and State, duly authorized to administer
oaths affirmations, etc., personally appeared,
being duly sworn or affirmed according to law,
doth depose and say that he/she is a
representative of the Knight Publishing Company a
corporation organized and doing business under the
laws of the State of Delaware, and publishing a
newspaper known as The Charlotte Observer in the
city of Charlotte, County of Mecklenburg and State
of North Carolina and that as such he/she is
familiar with the books, records, files and
business of said Corporation and by reference to
the files of said publication
the attached advertisement was inserted.  The
following is correctly copied from the books and
files of the aforesaid Corporation and
Publication.

PUBLISHED ON: 05/27

AD SPACE:    142 LINE
FILED ON:    06/02/05

NAME: _____    TITLE: _Asst Clerk_
                         DATE: _6/03/05_

In Testimony Whereof I have hereunto set my hand and affixed my seal, the
day and year aforesaid.

Notary: _Judith M. See_    My Commission Expires: _/_/_

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                              Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,    Chapter 11
Debtors.                            Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF:
Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-
Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save,
Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply
Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep
South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling
Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits,
Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik
Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.;
Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie
Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery,
Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana,
Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement,
Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh,
Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-
Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the
"Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the
"Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all
persons and entities, including individuals, partnerships, estates and
trusts (except those persons or entities that are excused by the terms
of the Bar Date Order) who have a claim or potential claim against any
of the above-listed Debtors that arose on or prior to the filing of the
chapter 11 petitions on February 21, 2005, no matter how remote or
contingent such claim may be, MUST FILE A PROOF OF CLAIM on or
before **5:00 p.m. Eastern Time**, on **August 1, 2005** (the "Bar Date"),
by mailing or delivering an original proof of claim to **Winn-Dixie Claims
Docketing Center, c/o Logan & Company, Inc., 546 Valley Road,
Upper Montclair, New Jersey 07043**, so that it is actually received on
or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or
other electronic means will not be accepted. A proof of claim form may
be obtained from any bankruptcy court clerk's office, from your lawyer,
from certain business supply stores, from www.loganandco.com, or by
written request to Logan & Company, Inc., mailed to the address
above, faxed to (973) 509-3191 or sent by email to
winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS
EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS
TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL
BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERT-
ING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO
ANY CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL
NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION
OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11
CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FUR-
THER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com,
or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.:
Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New
York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey
& Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202,
Telephone: 904-359-7853. For additional information concerning
the Bar Date, please call 1-800-224-7654 or email: winninfo@
loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

LPY5443897

**EXHIBIT EE**

NORTH CAROLINA
Cumberland County

Before the undersigned, a Notary Public of said County and state, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared.  CINDY L. OROZCO

Who, being duly sworn or affirmed, according to law, doth depose and say that he/she is LEGAL SECRETARY

of THE FAYETTEVILLE PUBLISHING COMPANY, a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as the FAYETTEVILLE OBSERVER, in the City of Fayetteville, County and State aforesaid, and that as such he/she makes this affidavit; that he/she is familiar with the books, files and business of said Corporation and by reference to the files of said publication the attached advertisement of CL Legal Line

CLAIM DEADLINE

of WINN-DIXIE STORES, INC.

was inserted in the aforesaid newspaper in space, and on dates as follows:


5/27/2005

and at the time of such publication The Fayetteville Observer was a newspaper meeting all the requirements and qualifications prescribed by Sec. No. 1-597 G.S. of N.C.

The above is correctly copied from the books and files of the aforesaid corporation and publication.

See
attached

_____
LEGAL SECRETARY
Title

Sworn or affirmed to, and subscribed before me, this 1  day of June, A.D., 2005.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.

_____
Notary Public


My commission expires 5th day of DECEMBER, 2005.


MAIL TO:  WINN-DIXIE STORES, INC.
              7596 CENTURION PARKWAY
              JACKSONVILLE, FL  32256


0000628042

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND EN-
TITIES WITH CLAIMS
AGAINST ANY OF: Winn-
Dixie Stores, Inc. (other
names used: The Market-
place, Winn-Dixie Market-
place, SaveRite, Jitney Jun-
gle, Thriftway, Sack n' Save,
Grocery Bargain Depot, Dix-
ie Spirits); Dixie Stores, Inc.;
Table Supply Food Stores
Co., Inc.; Astor Products,
Inc.; Crackin' Good, Inc.;
Deep South Distributors,
Inc.; Deep South Products,
Inc.; Dixie Darling Bakers,
Inc.; Dixie-Home Stores,
Inc.; Dixie Packers, Inc.; Dix-
ie Spirits, Inc.; Economy
Wholesale Distributors, Inc.;
Foodway Stores, Inc.; Kwik
Chek Supermarkets, Inc.;
Sunbelt Products, Inc.; Sun-
down Sales, Inc.; Superior
Food Company; WD Brand
Prestige Steaks, Inc.; Winn-
Dixie Handyman, Inc.; Winn-
Dixie Logistics, Inc.; Winn-
Dixie Montgomery, Inc.
(other names used: Winn-
Dixie Atlanta, Inc., Winn-
Dixie Louisiana, Inc., Bud-
dies, Pump n' Save, Dixie
Spirits); Winn-Dixie Procure-
ment, Inc. (other names
used: Monterey Canning
Co); Winn-Dixie Raleigh,
Inc. (other names used:
Save Rite Grocery Ware-
house, Inc., Winn-Dixie
Charlotte, Inc.); Winn-Dixie
Supermarkets, Inc.
(collectively, the "Debtors"):

PLEASE TAKE NOTICE that,
pursuant to an order of this
Court (the "Bar Date Order"),
and in accordance with
Bankruptcy Rule 3003(c), all
persons and entities, includ-
ing individuals, partnerships,
estates and trusts (except
those persons or entities
that are excused by the
terms of the Bar Date Order)
who have a claim or poten-
tial claim against any of the
above-listed Debtors that
arose on or prior to the filing
of the chapter 11 petitions
on February 21, 2005, no
matter how remote or con-
tingent such claim may be,
MUST FILE A PROOF OF
CLAIM on or before 5:00
p.m. Eastern Time, on Au-
gust 1, 2005 (the "Bar
Date"), by mailing or deliver-
ing an original proof of claim
to Winn-Dixie Claims Dock-
eting Center, c/o Logan &
Company, Inc., 546 Valley
Road, Upper Montclair, New
Jersey 07043, so that it is
actually received on or be-
fore the Bar Date. Proofs of
claim sent by facsimile,
telecopy, or other electronic
means will not be accepted.
A proof of claim form may
be obtained from any bank-
ruptcy court clerk's office,
from your lawyer, from cer-
tain business supply stores,
from www.loganandco.com,
or by written request to Lo-
gan &Company, Inc., mailed
to the address above, faxed
to (973) 509-3191 or sent by
email to:
wdinfo@loganandco.com.

ANY PERSON OR ENTITY
(EXCEPT A PERSON OR EN-
TITY WHO IS EXCUSED BY
THE TERMS OF THE BAR
DATE ORDER) WHO FAILS
TO FILE A PROOF OF CLAIM
ON OR BEFORE THE BAR
DATE SHALL BE FOREVER
BARRED, ESTOPPED, AND
ENJOINED FROM ASSERT-
ING ANY CLAIM (OR FILING
A PROOF OF CLAIM WITH
RESPECT TO ANY CLAIM
AGAINST THE DEBTORS;
AND SUCH HOLDER SHALL
NOT BE PERMITTED TO
VOTE ON ANY PLAN OF RE-
ORGANIZATION OR PAR-
TICIPATE IN ANY DISTRIBU-
TION IN THESE CHAPTER 11
CASES ON ACCOUNT OF
ANY SUCH CLAIM, OR TO
RECEIVE FURTHER NOTI-
CES REGARDING ANY
SUCH CLAIM

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: 1Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email: wdinfo@loganandco.com.

**FOR THE COURT:**
David K. Oliveria,
Clerk of the Court
5/27                    6298042

**EXHIBIT FF**

News & Record

**Published by**
**News & Record, Inc.**
**Greensboro, North Carolina**

North Carolina, Guilford County                    Affidavit of Publication                    5/25/2005

Before the undersigned, a Notary Public of said County and State, duly commissioned, qualified and authorized by law to administer oaths, personally appeared the Publisher's Representative who being first duly sworn, deposed and says:

1.  That he/she is the Publisher's Representative of the Greensboro News & Record, Inc. a corporation, engaged in the publication of newspapers known as "News & Record", published, issued and entered as second class mail in the City of Greensboro in said County and State.

2.  That he/she is authorized to make this affidavit and sworn statement; that the notice or other legal advertisement, a copy of which is attached hereto, was published in the News & Record on the dates listed below.

3.  That the said newspaper (or newspapers) in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina.

Publisher's Representative _____

Sworn to and subscribed before me, this _____ day of _____ 2005.

_____
Notary Public

My commission expires:  August 23, 2005

VALERIE McNEIL
NOTARY PUBLIC
GUILFORD COUNTY, NC
Commission Expires 8-23-2005

| Name | Ad # | Date | Edition | Class | PO | Ad Copy |
|------|------|------|---------|-------|-----|---------|
| WINN DIXIE | 7274331 | 05/27/05 | News & Record | 400 | WINN DIXIE | UNITED STATES BANKRU |

Ad # 7274331    Date 05/25/2005    Time 9:28 AM

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF
FLORIDA, JACKSONVILLE DIVISION

In re:                                    Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,          Chapter 11
Debtors.                                  Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF:
Winn-Dixie Stores, Inc. (other names used: The Marketplace,
Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack
n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.;
Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin'
Good, Inc.; Deep South Distributors, Inc.; Deep South Products,
Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie
Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors,
Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sun-
belt Products, Inc.; Sundown Sales, Inc.; Superior Food Company;
WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.;
Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other
names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc.,
Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement,
Inc. (other names used: Monterey Canning Co.); Winn-Dixie Ra-
leigh, Inc. (other names used: Save Rite Grocery Warehouse,
Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc.
(collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the
"Bar Date Order"), and in accordance with Bankruptcy Rule
3003(c), all persons and entities, including individuals, partner-
ships, estates and trusts (except those persons or entities that
are excused by the terms of the Bar Date Order) who have a
claim or potential claim against any of the above-listed Debtors
that arose on or prior to the filing of the chapter 11 petitions on
February 21, 2005, no matter how remote or contingent such
claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00
p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by
mailing or delivering an original proof of claim to Winn-Dixie
Claims Docketing Center, c/o Logan & Company, Inc., 546 Val-
ley Road, Upper Montclair, New Jersey 07043, so that it is actu-
ally received on or before the Bar Date. Proofs of claim sent by
facsimile, telecopy, or other electronic means will not be ac-
cepted. A proof of claim form may be obtained from any bank-
ruptcy court clerk's office, from your lawyer, from certain busi-
ness supply stores, from www.loganandco.com, or by written
request to Logan & Company, Inc., mailed to the address above,
faxed to (973) 509-3191 or sent by email to winninfo@loga-
nandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EX-
CUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO
FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE
FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERT-
ING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO
ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL
NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION
OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11
CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FUR-
THER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at
www.loganandco.com, or obtained from the attorneys for
Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher &
Flom LLP, Four Times Square, New York, New York 10036-6522,
Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water
Street, Suite 1800, Jacksonville, Florida, 32202, Telephone:
904-359-7853. For additional information concerning the Bar
Date please call 1-800-224-7654 or email winninfo@loga-
nandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

**Ad shown is not actual print size**

**EXHIBIT GG**

# AFFIDAVIT OF PUBLICATION

NORTH CAROLINA. }
Wake    County. } Ss.

---

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:                                              Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,                    Chapter 11
Debtors.                                            Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or delivering an original proof of claim to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria, Clerk of the Court

---

Before the undersigned, a Notary Public of Chatham County North Carolina, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared Ivy Marsch, who, being duly sworn or affirmed, according to law, doth depose and say that she is Billing Manager-Legal Advertising of The News and Observer a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News and Observer, in the City of Raleigh        , Wake County and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such she makes this affidavit; that she is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement for WINN-DIXIE STORES        was inserted in the aforesaid newspaper on dates as follows: 05/27/05

Account Number: 37073880

---

The above is correctly copied from the books and files of the aforesaid Corporation and publication.



_____
Billing Manager-Legal Advertising

Sworn or affirmed to, and subscribed before me, this 31 day of MAY      , 2005 AD

In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.

_Janet Scroggs_      Notary Public

My commission expires  14th day of March, 2009.

**EXHIBIT HH**

NORTH CAROLINA
FORSYTH COUNTY

# AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and State, duly commissioned, qualified, and authorized by law to administer oaths, personally appeared D.H. Stanfield, who being duly sworn, deposes and says: that he is Controller of the Winston-Salem Journal, engaged in the publishing of a newspaper known as Winston-Salem Journal, published, issued and entered as second class mail in the City of Winston-Salem, in said County and State: that he is authorized to make this affidavit and sworn statement: that the notice or other legal advertisement, a true copy of which is attached hereto, was published in Winston-Salem Journal on the following dates:

May 27, 2005

and that the said newspaper in which such notice, paper document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the general statues of North Carolina.

This 27th day of May, 2005                   _D.H. Stanfield_
                                  *(signature of person making affidavit)*

Sworn to and subscribed before me, this 27th day of May, 2005

                                  _Kimaley Johnson_
                                  *Notary Public*

My Commission expires: September 28, 2005



OFFICIAL SEAL
Notary Public, North Carolina
COUNTY OF FORSYTH
KIMALEY JOHNSON
My Commission Expires 9-28-2005

PUBLIC NOTICE
UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re: Winn-Dixie Stores, Inc., et al., Debtors.
Case No. 05-03817-3F1, Chapter 11, Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF:
Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie
Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery
Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food
Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South
Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.;
Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Super-
markets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior
Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handy-
man, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other
names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Bud-
dies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other
names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other
names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte,
Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar
Date Order"), and in accordance with Bankruptcy Rule 3003(c), all per-
sons and entities, including individuals, partnerships, estates and trusts
(except those persons or entities that are excused by the terms of the
Bar Date Order) who have a claim or potential claim against any of the
above-listed Debtors that arose on or prior to the filing of the chapter 11
petitions on February 21, 2005, no matter how remote or contingent
such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00
p.m. Eastern Time, on August 1, 2005 (the "Bar Date"), by mailing or de-
livering an original proof of claim to Winn-Dixie Claims Docketing Cen-
ter, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New
Jersey 07043, so that it is actually received on or before the Bar Date.
Proofs of claim sent by facsimile, telecopy, or other electronic means will
not be accepted. A proof of claim form may be obtained from any bank-
ruptcy court clerk's office, from your lawyer, from certain business sup-
ply stores, from www.loganandco.com, or by written request to Logan &
Company, Inc., mailed to the address above, faxed to (973) 509-3191 or
sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS
EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO
FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE
FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING
ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY
CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT
BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR
PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES
ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NO-
TICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com,
or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skad-
den, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York,
New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Bu-
sey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202. Tele-
phone: 904-359-7853. For additional information concerning the Bar
Date please call 1-800-224-7654 or email winninfo@loganandco.com.
                    FOR THE COURT:
              David K. Oliveria, Clerk of the Court
WSJ: May 27, 2005

# EXHIBIT II

THE STATE-RECORD CO., INC.
Columbia. South Carolina
publisher of

$\mathfrak{The}$ 🌳 $\mathfrak{State}$

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

Personally appeared before me,   Peggy Lawrence, Advertising Sales Support
Manager of THE STATE, and makes oath that the advertisement,

Notice of Deadline Requiring Filing of Proofs of Claim On or Before August 1, 2005
– Winn-Dixie Stores Inc. Case #05-03817-3F1

was inserted in THE STATE, a daily newspaper of general circulation published in
the City of Columbia, State and County aforesaid, in the issues of

May 27, 2005

*Peggy Lawrence*

Subscribed and sworn to before me

on this day    June 1, 2005

*Evely F Herman*_____    **Notary Public**

My commission expires
March 10, 2013

*"Errors- the liability of the publisher on account of errors in
or omissions from any advertisement will in no way exceed
the amount of the charge for the space occupied by the item in
error, and then only for the first incorrect insertion."*

FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,

Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF DEADLINE REQUIRING FILING
OF PROOFS OF CLAIM ON OR BEFORE
AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH
CLAIMS AGAINST ANY OF: Winn-Dixie Stores,
Inc. (other names used: The Marketplace, Winn-
Dixie Marketplace, SaveRite, Jitney Jungle,
Thriftway, Sack n' Save, Grocery Bargain Depot,
Dixie Spirits): Dixie Stores, Inc.; Table Supply
Food Stores Co., Inc.; Astor Products, Inc.;
Crackin' Good, Inc.; Deep South Distributors,
Inc.; Deep South Products, Inc.; Dixie Darling
Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie
Packers, Inc.; Dixie Spirits, Inc.; Economy
Wholesale Distributors, Inc.; Foodway Stores,
Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt
Products, Inc.; Sundown Sales, Inc.; Superior
Food Company; WD Brand Prestige Steaks, Inc.;
Winn-Dixie Handyman, Inc.; Winn-Dixie Logis-
tics, Inc.; Winn-Dixie Montgomery, Inc. (other
names used: Winn-Dixie Atlanta, Inc., Winn-
Dixie Louisiana, Inc., Buddies, Pump n' Save,
Dixie Spirits); Winn-Dixie Procurement, Inc.
(other names used: Monterey Canning Co.);
Winn-Dixie Raleigh, Inc. (other names used:
Save Rite Grocery Warehouse, Inc., Winn-Dixie
Charlotte, Inc.); Winn-Dixie Supermarkets, Inc.
(collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an
order of this Court (the "Bar Date Order"), and in
accordance with Bankruptcy Rule 3003(c), all
persons and entities, including individuals, part-
nerships, estates and trusts (except those per-
sons or entities that are excused by the terms of
the Bar Date Order) who have a claim or poten-
tial claim against any of the above-listed Debtors
that arose on or prior to the filing of the chapter
11 petitions on February 21, 2005, no matter
how remote or contingent such claim may be,
MUST FILE A PROOF OF CLAIM on or before
5:00 p.m. Eastern Time, on August 1, 2005 (the
"Bar Date"), by mailing or delivering an original
proof of claim to Winn-Dixie Claims Docketing
Center, c/o Logan & Company, Inc., 546 Valley
Road, Upper Montclair, New Jersey 07043, so
that it is actually received on or before the Bar
Date. Proofs of claim sent by facsimile, telecopy,
or other electronic means will not be accepted.
A proof of claim form may be obtained from any
bankruptcy court clerk's office, from your lawyer,
from certain business supply stores, from
www.loganandco.com, or by written request to
Logan & Company, Inc., mailed to the address
above, faxed to (973) 509-3191 or sent by email
to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PER-
SON OR ENTITY WHO IS EXCUSED BY THE
TERMS OF THE BAR DATE ORDER) WHO
FAILS TO FILE A PROOF OF CLAIM ON OR
BEFORE THE BAR DATE SHALL BE FOREVER
BARRED, ESTOPPED, AND ENJOINED FROM
ASSERTING ANY CLAIM (OR FILING A PROOF
OF CLAIM WITH RESPECT TO ANY CLAIM)
AGAINST THE DEBTORS; AND SUCH HOLDER
SHALL NOT BE PERMITTED TO VOTE ON ANY
PLAN OF REORGANIZATION OR PARTICIPATE
IN ANY DISTRIBUTION IN THESE CHAPTER
11 CASES ON ACCOUNT OF ANY SUCH
CLAIM, OR TO RECEIVE FURTHER NOTICES
REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at
www.loganandco.com, or obtained from the
attorneys for Winn-Dixie Stores, Inc., et al.:
Skadden, Arps, Slate, Meagher & Flom LLP,
Four Times Square, New York, New York 10036-
6522, Telephone: 212-735-5152; or Smith Hulsey
& Busey, 225 Water Street, Suite 1800, Jack-
sonville, Florida, 32202, Telephone: 904-359-
7853. For additional information concerning the
Bar Date please call 1-800-224-7654 or email
winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,
Clerk of the Court

35574

**EXHIBIT JJ**

# The Greenville News

## A F F I D A V I T
### OF PUBLICATION

I, Susan F. Mullinax, being the legal advertising agent for *The Greenville News,* do hereby testify that the attached legal advertisement was published on ___15 8___ lines in *The Greenville News* on _____ 5/27 _____, 2005.

Susan F. Mullinax
Legal Advertising Representative

Chastity Arden
Notary Public for State of South Carolina
My Commission Expires March 15, 2015



305 South Main Street • Greenville, South Carolina 29601
PO Box 1688 • Greenville, South Carolina 29602
864.298.4229 1.800.800.5116 smullina@greenvillenews.com

**EXHIBIT KK**

# Richmond Times-Dispatch

An Affiliate of Media General

P. O. Box 85333
Richmond, Virginia 23293-0001
(804) 649-6000

| Account Num. |
| :-- |
| 976820 |

**Advertising Affidavit**
**(This is not a bill. Please pay from invoice)**

| Date |
| :-- |
| 05/27/2005 |

WINN DIXIE
7595 CENTURION PARKWAY

JACKSONVILLE          FL.      32256

| Date | Code | Description | Ad Size | Total Cost |
| :-- | :-- | :-- | :-- | :-- |
| 05/27/2005 | 111 | UNITED STATES BANKRUPTCY COURT FOR THE | 2.00 x 74.00 | 785.22 |

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF: Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used: Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used: Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors");

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. Eastern Time, on August 1, 2005** (the "Bar Date"), by mailing or delivering an original proof of claim to **Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043,** so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted. A proof of claim form may be obtained from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
K. Oliveria, Clerk of the Court

**Media General Operations, Inc.**

**Publisher of**

**THE RICHMOND TIMES-DISPATCH**

This is to certify that the attached        UNITED STATES BANKRUPT
was published by Richmond Times-Dispatch, Inc. in the City of
Richmond, State of Virginia, on the following dates:

05/27/2005

The first insertion being given. . . .      05/27/2005

Newspaper reference:      2082047

Sworn to and subscribed before

me this   5/31/2005

_Kimberly Harris_
Notary Public

_signature_
Supervisor

State of Virginia
City of Richmond
My Commission expires   1/31/2009

L. PLEASE PAY FROM INVOICE.    THANK YOU

**EXHIBIT LL**

Winn-Dixie
Notice of Deadline Requiring
Filing of Proofs of Claim

# STATE OF TENNESSEE
# HAMILTON COUNTY

Before me personally appeared Sharon Graham, who being duly sworn, that she is the Legal Sales Representative of the "CHATTANOOGA TIMES FREE PRESS:" and that the Legal Notice of which the following is a true copy:

Has been published in the above said Newspaper on the following dates, to-wit:

### MAY 27, 2005

The full number of times required by law, and that there is due the "CHATTANOOGA TIMES FREE PRESS." for publication of such notice the sum of $1,052.87 Dollars. (Includes $10.00 Affidavit Charge.)  (Pre-paid)

*Sharon Graham*

Sworn to and subscribed before me, this 27 day of
_____ May _____ , 2005

*Michelle Rich*
My Commission Expires 10/07/06

**Chattanooga Times Free Press**

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No.  05-03817-3F1<br>Chapter 11<br>Jointly Administered |

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
### ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF:  Winn-Dixie Stores, Inc. (other names used: The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits); Dixie Stores, Inc.; Table Supply Food Stores Co., Inc.; Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc. (other names used:  Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits); Winn-Dixie Procurement, Inc. (other names used: Monterey Canning Co.); Winn-Dixie Raleigh, Inc. (other names used:  Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc.); Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors"):

PLEASE TAKE NOTICE that, pursuant to an order of this Court (the "Bar Date Order"), and in accordance with Bankruptcy Rule 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons or entities that are excused by the terms of the Bar Date Order) who have a claim or potential claim against any of the above-listed Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before **5:00 p.m. Eastern Time, on August 1, 2005** (the "Bar Date"), by mailing or delivering an original proof of claim to **Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043,** so that it is actually received on or before the Bar Date. Proofs of claim sent by facsimile, telecopy, or other electronic means will not be accepted.  A proof of claim form may be obtained from any bankruptcy court clerk?'s office, from your lawyer, from certain business supply stores, from www.loganandco.com, or by written request to Logan & Company, Inc., mailed to the address above, faxed to (973) 509-3191 or sent by email to *winninfo@loganandco.com.*

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO ANY CLAIM) AGAINST THE DEBTORS; AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING ANY SUCH CLAIM.

A copy of the Bar Date Order may be viewed at www.loganandco.com, or obtained from the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522, Telephone: 212-735-5152; or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, Telephone: 904-359-7853. For additional information concerning the Bar Date please call 1-800-224-7654 or email winninfo@loganandco.com.

FOR THE COURT:
David K. Oliveria,  Clerk of the Court

16204203