


# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 30, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

   Motion to Reject Non-Residential Real Property Lease with American KB Properties I Limited Partnership and Granting Related Relief Filed by Debtor (1645)

*Approved*
*ord/agreed*

**APPEARANCES:**
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN D. MACDONALD
                     MATTHEW S. BARR

**RULING:**