UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER UNDER 11 U.S.C. §§ 105 AND 365 (I) AUTHORIZING REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASE WITH AMERICAN KB PROPERTIES I LIMITED PARTNERSHIP AND (II) GRANTING RELATED RELIEF**

These cases came before the Court for hearing on June 30, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 (i) authorizing the rejection by the Debtors of a non-residential real property lease with American KB Properties I Limited Partnership (the "Lease") and (ii) granting related relief (the "Motion"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized to reject the Lease pursuant to 11 U.S.C. § 365(a), and the Lease is deemed rejected, effective as of the earlier of (a) October 1, 2005 and (b) the date on which the Debtors surrender possession of the premises by providing written notice of same to KB (such earlier date, the "Effective Date").

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

3. Any interest of any of the Debtors in any personal property remaining on the Effective Date in the store that is the subject of the Lease is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the Effective Date.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any the counterparty to the Lease, whether or not related to the Lease.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated 30, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.