

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**June 30, 2005**
**1:00 P.M.**

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Reject Pewter Partner Agreement with Buccaneers Limited Partnership Effective as of June 30, 2005 Filed by Debtor(1661)

*Approved - ord/signed*

**APPEARANCES:**
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD
                 MATTHEW S. BARR

**RULING:**