UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER UNDER 11 U.S.C. § 365(A) AUTHORIZING REJECTION OF PEWTER PARTNER AGREEMENT WITH BUCCANEERS LIMITED PARTNERSHIP AS OF JUNE 30, 2005**

These cases came before the Court for hearing on June 30, 2005, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of a Pewter Partner Agreement with Buccaneers Limited Partnership (the "Contract") effective as of June 30, 2005 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contract pursuant to 11 U.S.C. § 365(a), and the Contract is deemed rejected, effective as of June 30, 2005.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contract, whether or not related to the Contract.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within the later of (a) 30 days after the date of entry of this Order or (b) the August 1, 2005 bar date established by the Court in these cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 30 day of June, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Motion.