

## HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 30, 2005
1:00 P.M.

## PRO MEMO

| | |
|---|---|
| **CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.** | Page 1 of 2 |
| | Prior Pro |
| Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker | AOCNFN |

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

    Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by Alabama Power (180)

    Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by BellSouth (232)

    Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by FL Power & Light (235)

    Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by Florida Power Co.; Carolina Power & Light, and Tampa Electric Co. (260)

*Cont'd AOCNFN*

**APPEARANCES\*:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD
              MATTHEW S. BARR

\*Appearances continued on page 2

**RULING:**