UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors.         ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Debtors' Motion to Strike Motion of TRM Corporation for Turnover of Funds Which the Debtors Hold in Trust for Movant (Docket No. 1882) was furnished by mail and/or electronically on June 27, 2005 to those parties on the attached Master Service List.

Dated: June 30, 2005

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson  (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

        -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Attorneys for the Debtors