**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DEBTORS' NOTICE REGARDING THE**
**ASSERTION OF SPECIFIC RECLAMATION DEFENSES**

Please take notice that, pursuant to paragraph four of the Final Order (A) Establishing Procedures for the Treatment of Reclamation Claims, and (B) Prohibiting Third Parties from Interfering with Delivery of Goods (the "Final Reclamation Order") (Dkt. No. 626), the Debtors assert defenses to the value of each Reclamation Claim[1] based upon (a) the existence of a prior perfected lien on the Goods and (b) the disposition of proceeds from the sale of the Goods (collectively, the "Specific Reclamation Defenses").

Please take further notice that at the July 14, 2005 Omnibus Hearing a scheduling conference will be held to consider procedures (including discovery) and dates for a

---

[1] Capitalized terms herein have the same meaning as ascribed to such terms in the Final Reclamation Order.

determination as to Reclamation Claims of the Specific Reclamation Defenses as set forth in this Notice.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   s/ D. J. Baker       <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By   s/ Cynthia C. Jackson    <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |