# EXHIBIT C

## Schedule of Stalking Horse Bids

| Bidder | Winn-Dixie Store # | Base Purchase Price | Inventory (% of Retail) | Supplies (per store) | Equipment |
|---|---|---|---|---|---|
| Alima Corporation | 332<br>731<br>2282 | 332 - $140,000<br>731 - $150,000<br>2282 - $400,000 | 332 - 60%<br>731 - No<br>2282 - No | $2,500.00 | Yes |
| Baker Foods, Inc. | 452 | $225,000 | 70% (Grocery only) | No | Yes |
| C&S/Bi-Lo (Southern Family Markets Acquisition LLC and BI-LO LLC) | 524  1915<br>576  1938<br>911  1942<br>1004  1944<br>1010  2004<br>1234  2051<br>1242  2150<br>1248  2151<br>1906  2156<br>1913  2160 | $9,000,000 | No with respect to Store Nos. 1004, 1242, 1942, 2151<br><br>72% (Grocery)<br>65% (Gen. Merch., Health/Beauty Aids)<br>61% (Frozen Foods, Frozen Meat and Frozen Seafood)<br>78% (Tobacco, Beer and Wine)<br>70% (Dairy)<br>68% Lunchmeat<br>60% (Produce, Deli, Fresh Meat, Fresh Seafood)<br>50% (Floral)<br>55% (Bakery) | $2,500.00 | Yes |
| Calhoun Enterprises, Inc. | 465<br>468 | $25,000<br>$15,000 | 70% (Grocery)<br>65% (Dairy, Frozen Food, Tobacco)<br>55% (Gen. Merch.)<br>75% (Alcohol)<br>60% (Lunch Meat, Health/Beauty Aids) | $1,000.00 | Yes |
| Florida Fine Wine and Spirits, LLC | 739 | $1,050,000 | No | No | No |

# EXHIBIT C

## Schedule of Stalking Horse Bids

| Bidder | Winn-Dixie Store # | Base Purchase Price | Inventory (% of Retail) | Supplies (per store) | Equipment |
|---|---|---|---|---|---|
| Harris Teeter, Inc. | 805<br>851<br>2014<br>2022<br>2039<br>2040<br>2061<br>2090<br>2104 | 805 - $475,000<br>851 - $3,485,000<br>2014 - $3,485,000<br>2022 - $5,220,000<br>2039 - $400,000<br>2040 - $550,000<br>2061 - $160,000<br>2090 - $300,000<br>2104 - $2,675,000 | 77% (Grocery)<br>80% (Dairy)<br>65% (Frozen Food and Gen. Merch.)<br>82% (Tobacco)<br>85% (Alcohol)<br>68% (Lunch Meat) | $2,500.00 | Yes |
| MOMO Management Company, Inc. | 360 | $75,000 | No | $2,500.00 | Yes |
| OGA's Enterprises, Inc. | 2725 | $450,000 | 70% (Grocery only) | No | Yes |
| Reynolds IGA Inc. | 42<br>158<br>133 | 42 - $675,000<br>158 - $100,000<br>133 - $125,000 | 70% (Grocery)<br>60% (Dairy, Frozen Food)<br>80% (Tobacco, Alcohol)<br>40% (Gen. Merch., Floral)<br>55% (Meat)<br>50% (Produce, Seafood, Health and Beauty Aids)<br>45% (Lunch Meat)<br>35% (Bakery) | $2,500.00 | Yes |

# EXHIBIT C

## Schedule of Stalking Horse Bids

| Bidder | Winn-Dixie Store # | | Base Purchase Price | Inventory (% of Retail) | Supplies (per store) | Equipment |
|---|---|---|---|---|---|---|
| Supervalu Retailers<br><br>(All American Quality Foods, Inc.; Chandler's JKE, Inc.; Chandler's of Weir, Inc.; Kaye Food Companies, LLC; Premier Foods, Inc.; Ramey Enterprises, Inc.; Southeast Foods, Inc.; Triple V, Inc.; and Wayfield Foods, Inc.) | 1303<br>1305<br>1317<br>1323<br>1328<br>1346<br>1349<br>1806<br>2623<br>2627<br>2702<br>2704<br>2705<br>2708<br>2709<br>2710<br>2711<br>2713<br>2714 | 2715<br>2716<br>2717<br>2719<br>2720<br>2723<br>2724<br>2727<br>2728<br>2729<br>2730<br>2732<br>2733<br>2734<br>2736<br>2737<br>2740<br>2743 | $9,500,000 | 60% (Grocery, Dairy, Frozen Food)<br>50% (Gen. Merch.)<br>Cost (Pharmacy) | $2,500.00 | Yes |
| Tom-Tom Foods, Inc. | 126 | | $25,000 | 70% (Grocery – food only)<br>75% (Dairy)<br>65% (Frozen Food)<br>68% (Packaged Lunch Meat) | No | Yes |

00500305

3