# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 10 | N/A | MODERN WOODMEN OF AMERICA | $0.00 |
| 14 | RET | VICTORY INVESTMENTS, INC. | $39,882.96 |
| 20 | N/A | ELIOT PROPERTIES | $0.00 |
| 42 | RET | ALS-TELFAIR-PERLIS, L.L.P. | $20,032.85 |
| 55 | CAM | VICTORY VIDALIA, LLC. | $15,114.74 |
| 57 | N/A | PINETREE PARTNERS, LTD. | $0.00 |
| 73 | N/A | MCW-RC FL-HIGHLANDS, LLC. | $0.00 |
| 126 | N/A | VILLAGE PLAZA, INC. | $13,957.09 |
| 133 | N/A | BAXLEY ZAMAGIAS L.P. | $0.00 |
| 147 | RET | GENTILLY SQUARE, LLC. | $15,630.27 |
| 158 | N/A | A.A.C., INC. | $0.00 |
| 170 | RET | TOWER CENTER ASSOCIATES, LTD. | $58,615.81 |
| 178 | RET | PERIMETER PLACE ASSOCIATES, L.P. | $17,898.51 |
| 181 | N/A | MR. FRED D. BENTLEY, SR. | $0.00 |
| 188 | N/A | L.P.I WAYCROSS, INC. | $0.00 |
| 206 | N/A | CYPRESS RUN, LLC. | $0.00 |
| 216 | N/A | AMERICAN COMMERCIAL REALTY | $0.00 |
| 223 | N/A | LINPRO INVESTMENTS INC. | $0.00 |
| 227 | N/A | CHAPEL TRAIL ASSOCIATES, LTD. | $0.00 |
| 229 | N/A | STILES WEST ASSOCIATES, LTD. | $0.00 |
| 320 | N/A | PALM | $0.00 |
| 332 | RENT/RET | GHI OF WEST PALM BEACH, LLC. | $25,589.03 |
| 338 | N/A | HILLSBORO-LYONS INVESTORS LTD. | $0.00 |
| 360 | RENT | FOUR FLORIDA SHOPPING CENTERS L.P. | $14,930.08 |
| 403 | CAM | DRINKARD DEVELOPMENT, INC. | $27,737.90 |
| 404 | CAM | NEWTON OLDACRE MCDONALD | $10,194.81 |
| 408 | CAM/RENT | MR. HUGH M. TARBUTTON | $8,846.17 |
| 414 | N/A | AMERICAN COMMERCIAL REALTY CORP. | $0.00 |
| 415 | N/A | DEERFOOT MARKETPLACE, LLC. | $0.00 |
| 417 | N/A | DEVELOPERS DIVERSIFIED REALTY CORP. | $0.00 |
| 421 | RET | PALISADES INVESTORS, LLC. | $26,231.53 |
| 423 | N/A | TROY MARKETPLACE LLC. | $0.00 |
| 432 | CAM/INS | L. J. MELODY & COMPANY | $7,437.84 |
| 449 | N/A | IPF-CAPITOL L.P. | $0.00 |
| 450 | N/A | ALVIN B. CHAN FAMILY, L.P. | $0.00 |
| 452 | RET | TALLADEGA COMMUNITY BUILDERS, INC. | $950.17 |
| 465 | CAM/RENT | PAVIT COMPLEX, INC. | $19,052.04 |
| 468 | N/A | CORPORATE PROPERTY ASSOC. 6, L.P. | $0.00 |
| 519 | CAM | F&M DEVELOPMENT, LTD. | $1,166.04 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 523 | INS | FAIRFIELD PARTNERS L.P. | $4,661.73 |
| 524 | N/A | LEHMBERG CROSSING, LLC. | $0.00 |
| 529 | N/A | RANDY ROARK | $0.00 |
| 530 | N/A | SPILLER INVESTMENTS, INC. | $0.00 |
| 532 | N/A | VESTAVIA HILLS 99-AL, LLC. | $0.00 |
| 547 | CAM | BIRMINGHAM REALTY CO. | $4,658.28 |
| 573 | CAM | PASCAGOULA PROPERTIES, LTD. | $12,522.58 |
| 575 | N/A | BIRMINGHAM REALTY CO. | $0.00 |
| 576 | RET | MCW DEVELOPMENT, INC. | $40,681.79 |
| 583 | N/A | JACK FIORELLA III | $0.00 |
| 593 | N/A | ADAM-DIX PROPERTIES CORP. | $0.00 |
| 594 | N/A | 59 WEST PARTNERS, LTD. | $0.00 |
| 597 | CAM | BIRMINGHAM REALTY CO. | $1,246.30 |
| 603 | N/A | VERO PALM ESTATES D/B/A NORTHWOOD PLAZA LLC. | $0.00 |
| 604 | N/A | BERGERON WD PALMETTO, LLC. | $0.00 |
| 615 | N/A | PRESTON OIL COMPANY, L.P. | $0.00 |
| 620 | N/A | ALLARD LLC. | $0.00 |
| 634 | N/A | WATKINS INVESTMENTS | $0.00 |
| 636 | N/A | WD TAMPA TRUST | $0.00 |
| 700 | RET | TATONE PROPERTIES FLORIDA, INC. | $11,890.15 |
| 703 | N/A | CLARA BOLDOG | $0.00 |
| 716 | N/A | RETAIL ASSET MANAGEMENT | $0.00 |
| 731 | N/A | NAPLES SOUTH REALTY ASSOCIATES, LLC. | $0.00 |
| 734 | N/A | PTNRS | $0.00 |
| 739 | N/A | DDR MDT CARILLON PLACE | $0.00 |
| 740 | N/A | WEBBER COMMERCIAL PROPERTIES, LLC. | $0.00 |
| 748 | RET | WESLEY CHAPEL, LTD. | $778.20 |
| 752 | N/A | BENDERSON DEVELOPMENT, CO., INC. | $0.00 |
| 803 | CAM/INS/RET | USRP I, LLC./MACQUARIE COUNTRY WIDE- REGENCY II, LLC. | $0.00 |
| 804 | CAM/INS | THE ROSEMYR CORPORATION AND WILLIAM L. STARK, SR. | $5,477.34 |
| 805 | N/A | WD DEVELOPMENT, LLC. | $0.00 |
| 807 | RET | SHANNON VILLAGE SHOPPING CENTER, INC. | $10,937.08 |
| 808 | CAM | DANIEL G. KAMIN | $276.60 |
| 809 | RET | HAROLD G. BAGWELL | $28,727.36 |
| 811 | N/A | F.R.O., LLC. VII | $0.00 |
| 825 | RET | J.T.& R.B. HENLY & W.F.& M.B. YARBOROUGH | $6,255.96 |
| 827 | INS | CAMERON SANFORD COMPANY, LLC. | $3,104.21 |
| 847 | CAM | LOUIS L.ROSE, JR & IVON D. ROHRER JR., S.R.E.CHAR, INC. | $10,146.06 |
| 851 | N/A | CGP FINANCE I, LLC. | $0.00 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 880 | N/A | BORDEAUX CENTER, INC. | $0.00 |
| 882 | CAM/RET | CLIFFDALE CORNER, INC. | $64,664.46 |
| 883 | N/A | PONDEROSA CENTER, INC. | $0.00 |
| 884 | CAM | CEDAR CREEK CROSSING ASSOCIATES, LLC. | $18,195.80 |
| 888 | N/A | PARK PLAZA, LLC. | $0.00 |
| 890 | CAM/INS/RENT | KNIGHTDALE CROSSING, LLC. | $58,839.06 |
| 903 | CAM | DIM VASTGOED, N.V. | $5,362.12 |
| 908 | CAM | GREENWOOD COMMONS ASSOCIATES | $30,445.45 |
| 911 | N/A | K-2 ASSOC, LLC. | $0.00 |
| 912 | N/A | GENOA ASSOCIATES, LLC. | $0.00 |
| 915 | N/A | CLUB BOULEVARD INVESTORS L.P. | $0.00 |
| 918 | CAM | GOLDSBORO ASSOC. | $8,090.73 |
| 923 | CAM | CLAYTON CROSSINGS, LLC. | $35,281.87 |
| 1003 | N/A | BLANCHARD AND CALHOUN REAL ESTATE | $0.00 |
| 1004 | CAM/INS | SMALL PROPERTIES | $12,806.56 |
| 1005 | CAM/INS/RET | SOUTH WIN L.P. | $79,582.62 |
| 1007 | CAM | EIG GORDON VILLAGE, LLC. | $7,646.82 |
| 1008 | CAM | NORTHSIDE DEVELOPMENT GROUP | $2,666.50 |
| 1010 | CAM/INS | CHAPIN DEVELOPMENT COMPANY | $18,156.44 |
| 1015 | N/A | CHARLES A. WILKINS | $0.00 |
| 1016 | N/A | PALMETTO PLACE, LLC. | $0.00 |
| 1018 | N/A | TOWN SQUARE DEVELOPMENT | $0.00 |
| 1020 | N/A | AUGUSTA EXCHANGE, LLC. | $0.00 |
| 1023 | N/A | HARTWELL PARTNERSHIP | $0.00 |
| 1034 | CAM/RET | BAKER AND BAKER | $14,534.99 |
| 1036 | N/A | BLAKE P. GARRETT, JR. AND GEORGE B. NALLEY, JR. | $0.00 |
| 1049 | N/A | APPLEWOOD SHOPPING CENTER | $0.00 |
| 1055 | N/A | GREER PLAZA, INC. | $0.00 |
| 1057 | N/A | GREENVILLE GROCERY LLC. | $0.00 |
| 1076 | CAM | DIXIELAND SC, LLC. | $17,011.54 |
| 1077 | N/A | GLIMCHER PROPERTIES L.P. | $0.00 |
| 1084 | CAM | RIVER OAKS PARTNERSHIP | $6,188.55 |
| 1086 | N/A | USPG PORTFOLIO TWO, LLC | $0.00 |
| 1092 | N/A | MONARCH DEVELOPMENT, LLC. | $0.00 |
| 1095 | CAM | GALILEO CMBS T1 HL, LLC. | $6,707.38 |
| 1098 | N/A | FOOTHILLS PARTNERSHIP | $0.00 |
| 1203 | N/A | WINDSOR PLACE | $0.00 |
| 1220 | N/A | WD WESTMINSTER SC, LLC. | $0.00 |
| 1223 | N/A | TOWN 'N COUNTRY REALTY OF EASLEY, INC. | $0.00 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 1225 | CAM | OAKDALE INVESTORS L.P. | $9,092.35 |
| 1232 | N/A | MORRO PALMS SHOPPING CENTER | $0.00 |
| 1234 | N/A | PARKLAND PARTNERSHIP L.P. | $0.00 |
| 1235 | N/A | SHARRON BLACKWELL | $0.00 |
| 1238 | N/A | L.W. SMITH, JR. TRUST | $0.00 |
| 1242 | N/A | LANGSTON PLACE | $0.00 |
| 1243 | CAM | MCDUFFIE SQUARE, L.P. | $3,973.08 |
| 1244 | N/A | PICKENS-NALLY, L.P. | $0.00 |
| 1248 | N/A | RETAIL CENTER HAMPTON, LLC. | $0.00 |
| 1249 | INS | WAYNESVILLE SHOPPING CENTER, LLC. | $19,721.94 |
| 1255 | N/A | DEVELOPERS DIVERSIFIED REALTY CORP. | $0.00 |
| 1256 | RET | IVEY ELECTRIC COMPANY | $60,245.33 |
| 1257 | CAM/INS | CEDAR SPRINGS CENTER ASSOCIATES | $5,350.39 |
| 1258 | RET | STOCKMAN AND NALLEY PARTNERSHIP | $39,202.78 |
| 1259 | INS | FRANK BOREN | $10,709.00 |
| 1264 | CAM | 12TH STREET & WASHINGTON | $11,002.45 |
| 1269 | CAM | SOUTHWAY INVESTORS | $4,919.30 |
| 1284 | N/A | ARROWHEAD NET LEASE, L.P. | $0.00 |
| 1289 | CAM/RET | FURY'S FERRY SHOPPES | $36,182.13 |
| 1290 | N/A | PHIL DRAKE AND SUSAN DRAKE | $0.00 |
| 1297 | CAM | WESTSIDE CITY, INC. | $1,600.59 |
| 1301 | N/A | SOUTHGATEREALTY, LLC. | $0.00 |
| 1303 | CAM/INS/RET | EASTGATE CENTER, LLC. | $20,470.78 |
| 1305 | N/A | WESTLAND PLAZA ASSOCIATES, L.P. | $0.00 |
| 1306 | N/A | H.C. PLUNKETT | $0.00 |
| 1314 | RET | ENGLISH VILLAGE, LLC. | $30,046.31 |
| 1317 | RET | MID-SOUTH YAZOO | $10,410.46 |
| 1323 | CAM | BENNETT V. YORK | $5,813.91 |
| 1328 | RET | CROWDER FAMILY JOINT VENTURE | $14,683.16 |
| 1331 | CAM/INS/RET | NORTHWEST JUNCTION PARTNERS | $18,498.28 |
| 1337 | CAM/INS | CPM ASSOCIATES, L.P. | $10,394.33 |
| 1346 | N/A | H.C. PLUNKETT | $0.00 |
| 1349 | N/A | HAMILTON SQUARE, LLC. | $0.00 |
| 1350 | N/A | ECKSTEIN PROPERTIES | $0.00 |
| 1358 | CAM/RET | PASS CHRISTIAN VILLAGE | $62,782.34 |
| 1360 | CAM/INS | EDENS & AVANT PROPERTIES L.P. | $4,497.08 |
| 1362 | N/A | SCHOOL ST CROSSING L.P. | $0.00 |
| 1372 | RET | MADISON STATION PROPERTIES, LLC. | $32,904.00 |
| 1402 | N/A | NEW PLAN EXCEL REALTY TRUST | $0.00 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 1413 | N/A | NORTH SHORE CROSSINGS, LLC. | $0.00 |
| 1442 | CAM/INS/RENT | JWV (LA.), LLC. | $18,942.37 |
| 1455 | CAM/INS | NEW IBERIA INVESTORS, LLC. | $21,058.21 |
| 1458 | CAM | METRO INTERNATIONAL PROPERTY FUND | $1,433.25 |
| 1466 | CAM/RET | EBR PARTNERSHIP | $21,981.19 |
| 1468 | N/A | MYSTIC, LLC. | $0.00 |
| 1469 | N/A | LYNN KIRK MANAGEMENT | $0.00 |
| 1471 | RET | LRS GENERAL PARTNERSHIP | $24,258.00 |
| 1541 | CAM | TUNICA VILLAGE PARTNERSHIP | $4,040.92 |
| 1544 | N/A | BUNKIE INVESTMENT COMPANY, INC. | $0.00 |
| 1547 | CAM/INS | LA SALA PINEBROOK ASSOCIATES L.P. | $22,541.81 |
| 1551 | N/A | SAWICKI REALTY CO. | $0.00 |
| 1556 | CAM/RET | HASCO PROPERTIES | $27,790.09 |
| 1566 | N/A | FRED CHIKOVSKY | $0.00 |
| 1578 | CAM | THE BROOKWOOD PARTNERSHIP | $3,053.52 |
| 1585 | INS | IPF/HEIGHTS L.P. | $11,659.80 |
| 1587 | N/A | ASHY-BROWN GONZALES | $0.00 |
| 1589 | N/A | SG PARTNERSHIP | $0.00 |
| 1806 | N/A | JEFFERSON-PILOT LIFE INSURANCE CO. | $0.00 |
| 1807 | CAM/INS | SOUTHMARK PROPERTIES, LLC. | $51,550.75 |
| 1826 | N/A | L.P.I MILLEDGEVILLE, INC. | $0.00 |
| 1827 | CAM/INS | HOMEWOOD ASSOCIATES, INC. | $20,966.98 |
| 1834 | N/A | WILLOWOOD PARTNERS LTD. | $0.00 |
| 1851 | RET | NEW PLAN EXCEL REALTY TRUST | $25,720.84 |
| 1860 | N/A | N.K.C. PROPERTIES | $0.00 |
| 1872 | RET | WTH II, LLC | $55,366.49 |
| 1903 | N/A | CROSSROADS CENTER, LTD. | $0.00 |
| 1904 | CAM | BRONZE CENTERS, L.P. | $15,681.77 |
| 1906 | N/A | NEW PLAN REALTY OF ALABAMA, INC. | $0.00 |
| 1907 | N/A | BONNER'S POINT, LLC. | $0.00 |
| 1908 | CAM | PREMIER PROPERTIES & FS ALABAMA LTD. PTNRSH | $38,750.29 |
| 1909 | N/A | E. LEE BARRAN, JAY BARRAN & JOHN & MARY EYSTER | $0.00 |
| 1912 | N/A | E & A SOUTHEAST, L.P. | $0.00 |
| 1913 | N/A | BRIGHT-MEYERS DUBLIN ASSOC. L.P. | $0.00 |
| 1914 | RET | NORTH MADISON ASSOCIATES, LTD. | $32,968.34 |
| 1915 | N/A | FLINT CROSSING, LLC. | $0.00 |
| 1917 | CAM/INS | KILLEN MARKETPLACE, LLC. | $16,816.00 |
| 1933 | N/A | GRE PROPERTIES, LLC. | $0.00 |
| 1935 | N/A | NP OF TENNESSEE L.P. | $0.00 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---:|
| 1936 | N/A | SOUTHEAST US RETAIL FUND L.P. | $0.00 |
| 1938 | CAM/INS | EXCEL REALTY PARTNERS L.P. | $35,911.91 |
| 1942 | CAM/RET | NORTH HIXSON MARKETPLACE, LLC. | $81,137.34 |
| 1944 | N/A | THE UHLMAN COMPANY | $0.00 |
| 1998 | N/A | LA GRANGE MARKETPLACE, LLC. | $0.00 |
| 2001 | CAM/RET | B.V. BELK, JR. | $41,459.77 |
| 2002 | N/A | BLAINE LAKE, LLC. | $0.00 |
| 2003 | N/A | B.V. BELK INVESTMENTS | $0.00 |
| 2004 | CAM | PAW CREEK CROSSING L.P. | $72,759.29 |
| 2006 | INS | CITY VIEW, LLC. | $3,813.90 |
| 2008 | N/A | EDENS & AVANT FINANCING L.P. | $0.00 |
| 2014 | N/A | WEDDINGTON ASSOCIATES | $0.00 |
| 2015 | N/A | WAREHOUSES, INC; ASSOC. INVESTMENTS; VICTOR B. JOHN | $0.00 |
| 2019 | N/A | SOUTHGATE PLAZA ASSOCIATES, LLC. | $0.00 |
| 2022 | N/A | H.P.M. L.P. | $0.00 |
| 2024 | N/A | PRIMAX PROPERTIES, LLC. | $0.00 |
| 2025 | CAM | GLENWOOD MIDWAY COMPANY, LLC. | $1,754.11 |
| 2029 | N/A | BROAD STREET STATION SHOPPING CENTER, LLC. | $0.00 |
| 2031 | RET | MARKET PLACE PARTNERS | $26,670.44 |
| 2032 | CAM | LEATHERMAN ASSOCIATES | $35,925.48 |
| 2036 | CAM/RET | ROBERT H. PALMER, JR. | $19,452.52 |
| 2038 | N/A | PRIMO JUSTICE PROPERTIES, LLC. | $0.00 |
| 2039 | N/A | KRUSCH PROPERTIES, LLC. | $0.00 |
| 2040 | RET | BILL AGAPION | $2,246.50 |
| 2045 | N/A | JOHN H.O. LAGATTA | $0.00 |
| 2048 | N/A | ALVIN LAPIDUS & LOIS LAPIDUS, LLC. | $0.00 |
| 2049 | N/A | THE FIRST REPUBLIC CORPORATION OF AMERICA | $0.00 |
| 2051 | N/A | LIFTER PROPERTIES LAND TRUST AGREEMENT | $0.00 |
| 2052 | N/A | AL DAN PENSION INVESTMENTS - I | $0.00 |
| 2055 | N/A | BELMONT/CENTERMARK, L.P. | $0.00 |
| 2056 | CAM | WINDSOR STATION LIMITED LIABILITY COMPANY | $1,545.11 |
| 2061 | CAM | BURLINGTON ASSOCIATES L.P. | $5,948.35 |
| 2062 | INS/RET | WCL FIVE, LLC. | $36,960.00 |
| 2063 | CAM | LAKE MARY, L.P. | $18,557.02 |
| 2066 | N/A | THE VILLAGE MARKETPLACE OF HAW RIVER, INC. | $0.00 |
| 2068 | N/A | SOUTH BROADWAY CORP. | $0.00 |
| 2070 | N/A | GEORGE B. NALLEY, JR. | $0.00 |
| 2073 | N/A | EDEN MEADOW GREENS ASSOCIATES L.P. | $0.00 |
| 2076 | N/A | HILDEBRAN ASSOCIATES | $0.00 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 2079 | CAM/RET | NEWTON ASSOCIATES | $30,799.43 |
| 2081 | N/A | CALDWELL REALTY & INVESTMENT CO. | $0.00 |
| 2082 | N/A | MARION'S HOPE, LLC. | $0.00 |
| 2083 | CAM | SPRINGS CORNERS, LLC. | $6,536.47 |
| 2084 | N/A | RIAL CORPORATION | $0.00 |
| 2087 | RET | IRT PARTNERS L.P. | $11,636.71 |
| 2090 | CAM | ASTON-FIDLER L.P. | $1,283.28 |
| 2093 | CAM/INS | PINEWOOD PLAZA ASSOCIATES, INC. | $21,553.86 |
| 2095 | N/A | INDEPENDENCE CROSSING, LLC. | $0.00 |
| 2099 | CAM | SADDLE FUND I L.P. | $696.95 |
| 2101 | N/A | PMT PARTNERS V, LLC. | $0.00 |
| 2103 | CAM/RET | BILL AGAPION | $1,870.67 |
| 2104 | RET | NORTHCROSS LAND AND DEVELOPMENT LTD. PARTNERSHIP | $41,071.67 |
| 2106 | CAM | HERITAGE SPE, LLC. | $5,700.74 |
| 2108 | N/A | POTTER SQUARE ASSOCIATES L.P. | $0.00 |
| 2112 | CAM/RET | RAPPAPORT MANAGEMENT CO. | $54,906.09 |
| 2150 | N/A | SPRINGLAND ASSOCIATES, LLC. | $0.00 |
| 2151 | RET | BELLEVIEW SQUARE CORP. | $38,945.49 |
| 2155 | INS | EBINPORT ASSOCIATES | $3,761.55 |
| 2156 | N/A | E & A SOUTHEAST, L.P. | $0.00 |
| 2157 | CAM/INS | EQUITY ASSOCIATES | $12,047.60 |
| 2159 | CAM/INS/RET | MUSEUM ASSOCIATES | $40,621.71 |
| 2160 | CAM | VENTURES, LLC. | $2,026.78 |
| 2165 | N/A | LUCY COMPANY OF SOUTH CAROLINA | $0.00 |
| 2177 | CAM/INS/RENT | ROBERT H. PALMER, JR. | $39,523.64 |
| 2180 | INS | LENOIR PARTNERS, LLC. | $7,000.55 |
| 2196 | N/A | DAY PROPERTIES, LLC. | $0.00 |
| 2200 | N/A | SCP WINTER GARDEN FL, LLC. | $0.00 |
| 2202 | N/A | CMC REAL ESTATE PROGRAM 1988-1, LT | $0.00 |
| 2240 | N/A | THE OAKS SHOPPING CENTER, INC. | $0.00 |
| 2262 | N/A | MT. DORA MARKETPLACE, LTD. | $0.00 |
| 2282 | N/A | SOUTHECHASE INVESTORS, LLC. | $0.00 |
| 2293 | N/A | LAKE HOWELL PLAZA PARTNERSHIP | $0.00 |
| 2294 | N/A | ORLANDO 99-FL, LLC. | $0.00 |
| 2295 | N/A | SANDEFUR INVESTMENTS, INC. | $0.00 |
| 2312 | N/A | GREAT OAK, LLC. | $0.00 |
| 2316 | CAM | THREE MEADOWS PLAZA PARTNERSHIP | $2,906.17 |
| 2361 | N/A | MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP | $0.00 |
| 2382 | CAM | DAUKSCH FAMILY PARTNERSHIP | $370.80 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 2384 | CAM/INS | ALTAMONTE S.S.G., INC. | $62,897.52 |
| 2391 | N/A | EQUITY ONE (HUNTER'S CREEK) INC. | $0.00 |
| 2620 | CAM | E & A SOUTHEAST, L.P. | $2,550.24 |
| 2622 | N/A | ARTEK REALTY, NY. | $0.00 |
| 2623 | RENT | MACLAURIN MARTS | $0.00 |
| 2624 | N/A | THE CIRIGNANO FAMILY LTD. PARTNERSHIP | $0.00 |
| 2627 | CAM/INS/RET | NORTHWEST JUNCTION PARTNERS | $82,017.00 |
| 2629 | N/A | JACKSON-I55, LLC. | $0.00 |
| 2640 | RET | TOWER ASSOCIATES | $27,286.06 |
| 2661 | N/A | ARTESIA MEDICAL DEVELOPMENT CO. | $0.00 |
| 2663 | INS/RET | C. & A. LTD., LLC. | $67,763.36 |
| 2702 | CAM/INS/RET | INDIAN CREEK CROSSING (E & A), LLC. | $75,480.10 |
| 2703 | CAM | WEST RIDGE, LLC. | $31,603.57 |
| 2704 | INS | SOUTH ROCKDALE SHOPPING CENTER | $3,665.35 |
| 2705 | N/A | WILIMINGTON TRUST COMPANY, WILLIAM JADE, ET AL. | $0.00 |
| 2706 | N/A | SOUTHLAND INVESTORS L.P. | $0.00 |
| 2707 | N/A | MCDONOUGH MARKETPLACE PARTNERS | $0.00 |
| 2708 | N/A | E & A SOUTHEAST, L.P. | $0.00 |
| 2709 | N/A | CHESTER DIX NEWMAN CORP. | $0.00 |
| 2710 | N/A | SOUTHLAND INVESTORS L.P. | $0.00 |
| 2711 | CAM/RET | ALBION PACIFIC PROP RESOURCES | $52,783.66 |
| 2713 | N/A | CC REALTY INTERMEDIATE FUND I, LTD. | $0.00 |
| 2714 | N/A | JLR/JAB & TOWN CENTER SHOPPES, LTD. | $0.00 |
| 2715 | N/A | DANIEL G. KAMIN | $0.00 |
| 2716 | CAM/INS/RET | VILLA RICA RETAIL PROPERTIES, LLC. | $91,077.20 |
| 2717 | N/A | NEW PLAN EXCEL REALTY TRUST INC. | $0.00 |
| 2718 | N/A | DEVELOPERS DIVERSIFIED REALTY CORP. | $0.00 |
| 2719 | CAM | COMMERCIAL NET LEASE REALTY, INC. | $15,402.70 |
| 2720 | CAM | INDIAN VILLAGE GROUP, INC. | $4,540.11 |
| 2721 | CAM | COMMERCIAL NET LEASE REALTY, INC. | $4,133.15 |
| 2722 | N/A | BARRETT CROSSING SHOPPING CENTER, LLC. | $0.00 |
| 2723 | N/A | EDENS & AVANT FINANCING II L.P. | $0.00 |
| 2724 | N/A | ADFC, LLC. | $0.00 |
| 2725 | INS | SANDRA MACKEY | $6,702.00 |
| 2726 | N/A | MCW - RC GEORGIA - HOWELL MILL | $0.00 |
| 2727 | N/A | CEDAR MOUNTAIN VILLAGE, LLC. | $0.00 |
| 2728 | N/A | WENDY D. SAUPE | $0.00 |
| 2729 | CAM/INS/RET | BT MARIETTA, LLC. | $108,121.10 |
| 2730 | N/A | CHK & ASSOCIATES | $0.00 |

# EXHIBIT F

## Schedule of Cure Amounts

| Store No. | *Obligation | Landlord | Amount |
|---|---|---|---|
| 2731 | CAM | S. STEPHEN SELIG, III AND CATHY SELIG FINE | $19,367.38 |
| 2732 | CAM | HOLLAND | $36,535.37 |
| 2733 | CAM/INS/RET | RED OAK SHOPPING CENTER, LLC. | $23,126.06 |
| 2734 | CAM/INS | BARRY F. O'NEILL | $34,717.27 |
| 2735 | N/A | DPG FIVE FORKS VILLAGE, LLC. | $0.00 |
| 2736 | CAM/RET | NEW PLAN EXCEL REALTY TRUST INC. | $57,503.45 |
| 2737 | RET | NEW PLAN EXCEL REALTY TRUST INC. | $37,071.87 |
| 2738 | N/A | SALEM CROSSING SHOPPING CENTER, LLC. | $0.00 |
| 2740 | CAM/INS | MERCHANTS SQUARE INVESTMENT, LLC. | $42,585.83 |
| 2742 | N/A | P & W STONEBRIDGE, LLC. | $0.00 |
| 2743 | CAM/INS | PERIPETY GROUP, INC. | $7,034.55 |

**\* KEY:**

CAM  - Common Area Maintenance
INS   - Insurance
RET  - Real Estate Taxes