# COMPOSITE EXHIBIT H

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 739
Naples, Florida

Lease: Lease dated June 23, 1993 between Homart Development Co., as Landlord, and Winn-Dixie Stores, Inc, as Tenant;

as evidenced by Short Form Lease dated June 23, 1993, recorded in Book 001871, Page 000117, of the public records of Collier County, Florida

Amendments/
Guaranty: Supplemental Lease Agreement dated August 10, 1994

Premises: That certain store building and related improvements located at 5010 Airport Road North, Naples, Collier County, Florida

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

| | | | | |
|---|---|---|---|---|
| 4 | COCONUTS #761 | 6/14/1994 | RESTRIC | floor area in SC which is being used for retail sales; and LL is collecting rent for same. |
| 5 | SERVICE MERCHANDISE #331 | 3/10/1994 | EXCLUSI | LL not to unreasonably impair visibility of premises. EXCLUSIVE: A catalog showroom, a jewelry store, or principal business of the sale of jewelry and/or watches. N/A Ross stores, Winn-Dixie, but shall apply to successors & assigns. No assignee or subtenant of tenant. | 0 |
| 5 | SERVICE MERCHANDISE #331 | 3/10/1994 | RESTRIC | No continuous operating covenant. RESTRICTIONS: See Article 2/Section 1 for restrictions on Bldgs, common areas & outlots in SC. See article B for restrictions of LL for uses in SC and outlots. No kiosks, carnivals, sales by transient merchants permitted in common areas. Tenant permitted to display merchandise on sidewalk. What about Circuit City restriction. No land adjacent to SC shall be integrated w/SC. | 0 |
| 6 | ROSS DRESS FOR LESS #305 | 4/26/1994 | EXCLUSI | EXCLUSIVE: LL agrees that T shall have exclusive right to operate an apparel store in excess of 18,000 SF in the SC and in the event LL breaches agreement, parties agree that T may pursue any other remedies available at law or in equity including termination of lease. T is entitled to reduction in rent in the amount of 50% payable under the lease | 0 |
| | ROSS DRESS FOR LESS #305 | 4/28/1994 | RESTRIC | No part of SC shall be used for office use of more than 5,000 sf in aggregate, residential, theater, auditorium, etc. see 3.1 of lease. One, Tire, Battery & accessory store (the) may be operated on one of the outparcels; no restaurant permitted with 200sf of any part of the store. See Sect 3.3 for Bldg Restrictions. There shall be no change, alteration or addition to the protected area on site plan, nor any changes in ingress & egress, nor to pylon sign w/o tenant's approval. See First Amendment. | 0 |
| | CIRCUIT CITY #3205 | 5/12/1994 | EXCLUSI | EXCLUSIVE: No other tenant shall be entitled to use more than 1,000 SF or 10% of floor area, whichever is less, for sale of audio and video | 0 |