# EXHIBIT A

## Schedule of Targeted Stores with Pharmacies

**Winn-Dixie**

| Store No. | Store Address | City | ST | Assets |
|---|---|---|---|---|
| 14 | 440 W. CHERRY ST. | JESUP | GA | |
| 55 | 312 E. FIRST ST. | VIDALIA | GA | |
| 57 | 2550 PINETREE BLVD. | THOMASVILLE | GA | |
| 147 | 602 BRANNEN ST. | SATESBORO | GA | |
| 170 | 7303 NW 4TH BLVD. | GAINESVILLE | FL | |
| 188 | 1912 MEMORIAL DR. | WAYCROSS | GA | |
| 223 | 6901 W. OKEECHOBEE BLVD. | WEST PALM BEACH | FL | |
| 227 | 18455 PINES BLVD. | PEMBROKE PINES | FL | |
| 229 | 4650 UNIVERSITY DR. | CORAL SPRINGS | FL | |
| 320 | 11241 US HWY 1 | NORTH PALM BEACH | FL | |
| 338 | 4301 HILLSBORO BLVD. | COCONUT CREEK | FL | |
| 403 | 1734 SECOND AVE. SW | CULLMAN | AL | |
| 414 | 9120 PKWY EAST | BIRMINGHAM | AL | |
| 415 | 6730 DEERFOOT PKWY | PINSON | AL | |
| 417 | 5201 HWY 289 S. | BIRMINGHAM | AL | |
| 421 | 312 PALASIDES BLVD. | BIRMINGHAM | AL | |
| 423 | 1225 FRANKLIN | TROY | AL | |
| 432 | 1206 S. HWY 231 | OZARK | AL | |
| 519 | 145 INTERSTATE DR. | GREENVILLE | AL | |
| 523 | 6523 AARON ARNOVO DR. | FAIRFIELD | AL | |
| 529 | 124 MARKET CENTER DR. | ALABASTER | AL | |
| 530 | 1500 SKYLAND BLVD. E. | TUSCALOOSA | AL | |
| 532 | 1300 MONTGOMERY HWY | VESTAVIA | AL | |
| 547 | 2244 HWY 31 S. | PELHAM | AL | |
| 573 | 3501 DENNY AVE. | PASCAGOULA | MS | |
| 575 | 2200 VILLAGE DR. | MOODY | AL | |
| 583 | 915 HWY 19 N. | MERIDIAN | MS | |
| 593 | 5711 VETERANS PKWY | ADAMSVILLE | AL | |
| 594 | 710 ACADEMY DR. | BESSEMER | AL | |
| 620 | 850 3RD AVE S. | ST. PETERSBURG | FL | |
| 636 | 8702 HUNTER LAKE DR. | TAMPA | FL | |
| 752 | 8615 LITTLE RD. | NEW PORT RITCHEY | FL | |
| 809 | 1210 LAURA VILLAGE DR. | APEX | NC | |
| 915 | 2000 AVONDALE DR. | DURHAM | NC | |
| 1005 | 135 MARKET PLAZA DR. | N. AUGUSTA | SC | |
| 1008 | 1048 YORK ST. N. | AIKEN | SC | |
| 1015 | 1475 PEARMAN DAIRY RD. | ANDERSON | SC | |

# EXHIBIT A

## Schedule of Targeted Stores with Pharmacies

**Winn-Dixie**
**Store No.** | **Store Address** | **City** | **ST** | **Assets**

| Winn-Dixie Store No. | Store Address | City | ST | Assets |
|---|---|---|---|---|
| 1016 | 605 S. MAIN ST. UNIT # 6 | BELTON | SC | |
| 1020 | 207 ROBERT C. DANIEL, JR. PKWY | AUGUSTA | GA | |
| 1023 | 1000 E. FRANKLIN ST. | HARTWELL | GA | |
| 1057 | 21 ROE RD. | TRAVELERS REST | SC | |
| 1076 | 1481 CHESTNUT ST. | ORANGEBURG | SC | |
| 1084 | 951 GROVE RD. | GREENVILLE | SC | |
| 1086 | 320 ROBERT SMALLS PKWY | BEAUFORT | SC | |
| 1098 | 134 FOOTHILL DR. | WEST UNION | SC | |
| 1223 | 6101 CALHOUN MEMORIAL HWY | EASLEY | SC | |
| 1225 | 700 MAIN ST. | DUNCAN | SC | |
| 1235 | 675 MAIN ST. | W. COLUMBIA | SC | |
| 1238 | 2768 DECKER BLVD. | COLUMBIA | SC | |
| 1243 | 1014 AUGUSTA RD., SE | THOMSON | GA | |
| 1244 | 529 HAMPTON AVE. | PICKENS | SC | |
| 1256 | 895 SPRINGFIELD RD. | SPARTANBURG | SC | |
| 1258 | 315 BYPASS 72 | GREENWOOD | SC | |
| 1259 | 2551 US 25 S. | GREENWOOD | SC | |
| 1264 | 1529 REIDVILLE RD. | SPARTANBURG | SC | |
| 1284 | 4487 COLUMBIA RD. | MARTINEZ | GA | |
| 1289 | 366 FURY'S FERRY RD. | MARTINEZ | GA | |
| 1306 | 5653 HWY 25 | BRANDON | MS | |
| 1337 | 1209 DELEWARE AVE. | McCOMB | MS | |
| 1350 | 6240 OLD CANTON RD. | JACKSON | MS | |
| 1358 | 420 W. BEACH RD. | PASS CHRISTIAN | MS | |
| 1413 | 1070 SPILLWAY CIRCLE | BRANDON | MS | |
| 1469 | 1815 PROSPECT ST. | HOUMA | LA | |
| 1587 | 209 S. AIRLINE HWY | GONZALES | LA | |
| 1589 | 402 S. RANGE AVE. | DENHAM SPRINGS | LA | |
| 1807 | 1750 VERNON ST. SUITE K | LA GRANGE | GA | |
| 1826 | 1850 N. COLUMBIA ST. | MILLEDGEVILLE | GA | |
| 1872 | 150 HWY 138 | MONROE | GA | |
| 1904 | 200-G OAKWOOD AVE. | HUNTSVILLE | AL | |
| 1908 | 4800 WHITESBURG DR. | HUNTSVILLE | AL | |
| 1909 | 1000 BELTLINE RD. SW | DECATUR | AL | |
| 1933 | 11150 DAYTON PIKE | SODDY DAISY | TN | |
| 1935 | 9408 APISON PIKE | COLLEGEDALE | TN | |
| 1936 | 8644 E. BRAINERD RD. | CHATTANOOGA | TN | |

# EXHIBIT A

## Schedule of Targeted Stores with Pharmacies

| Winn-Dixie Store No. | Store Address | City | ST | Assets |
|---|---|---|---|---|
| 2032 | 710 JAKE ALEXANDER BLVD. | SALISBURY | NC | |
| 2036 | 908 N. SALISBURY GQ AVE. | SALISBURY | NC | |
| 2048 | 950 S. CANNON BLVD. | KANNAPOLIS | NC | |
| 2055 | 6404 WILKINSON BLVD. | BELMONT | NC | |
| 2056 | 3146 DALLAS HWY | DALLAS | NC | |
| 2062 | 1020 MEBANE OAKS RD. | MEBANE | NC | |
| 2066 | 1003 W. MAIN ST. | HAW RIVER | NC | |
| 2073 | 640 S. VANBUREN RD. STE. W | EDEN | NC | |
| 2095 | 111 INDEPENDENCE BLVD. | MORGANTON | NC | |
| 2101 | 11108 S. TRYON ST. | CHARLOTTE | NC | |
| 2157 | 933 HECKLE BLVD. | ROCK HILL | SC | |
| 2165 | 325 W. WESMARK BLVD. | SUMTER | SC | |
| 2196 | 421-A BYPASS | N. WILKESBORO | NC | |
| 2200 | 4008 WINTER GARDEN-VINELAND RD. | WINTER GARDEN | FL | |
| 2202 | 2675 E. GULF TO LAKE HWY | INVERNESS | FL | |
| 2240 | 4058 13TH ST. | ST. CLOUD | FL | |
| 2262 | 18840 NEW US HWY 441 | MT DORA | FL | |
| 2293 | 5465 LAKE HOWELL RD. | WINTER PARK | FL | |
| 2294 | 3053 ALOMA AVE. | OVIEDO | FL | |
| 2295 | 4195 LAKE MARY BLVD. W. | LAKE MARY | FL | |
| 2312 | 1415 NOVA RD. | DAYTONA | FL | |
| 2316 | 624 BARNES BLVD. | ROCKLEDGE | FL | |
| 2361 | 10330 S. FEDERAL HWY | PORT ST. LUCIE | FL | |
| 2375 | 1680 E. McCULLOCH RD. | OVIEDA | FL | |
| 2391 | 4161 TOWN CENTER BLVD. | ORLANDO | FL | |
| 2624 | 2080 S. FRONTAGE RD. | VICKSBURG | MS | |
| 2629 | 5320 I-55 N. | JACKSON | MS | |
| 2663 | 1270-39 WICKHAM RD. | MELBOURNE | FL | |
| 2701 | 3701 WALT STEPHENS RD. | STOCKBRIDGE | GA | |
| 2703 | 3050H MARTIN LUTHER KING JR. DR. | ATLANTA | GA | |
| 2706 | 4331 BROWNSVILLE RD. | POWDER SPRINGS | GA | |
| 2707 | 110 S. CEDAR ST. | McDONOUGH | GA | |
| 2721 | 9105 HICKORY FLAT HWY | WOODSTOCK | GA | |