UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| Debtors. | ) | Jointly Administered |

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING
STIPULATION WITH CERTAIN TRADE CREDITORS REGARDING
RECONCILIATION AND TREATMENT OF TRADE VENDORS' RECLAMATION
CLAIMS AND ESTABLISHING POSTPETITION TRADE PROGRAM**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors") hereby submits this Statement in support of the motion (the "Motion"), dated July 1, 2005, seeking entry of an order approving a stipulation between the Debtors and certain trade vendors (collectively, the "Vendors") settling disputes regarding the reconciliation and treatment of trade vendors' reclamation claims and establishing a postpetition trade lien program (the "Proposed Settlement"), and respectfully states as follows:

1. Since the entry of the Reclamation Order[1] early in these cases, the Debtors, the Committee and certain reclamation creditors, including the Vendors, have worked to resolve

---

[1] All capitalized terms not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

numerous complex factual and legal issues inherent in resolving reclamation claims, especially in retail cases.

2.  Although at times the discussions were contentious, the parties strived to reach a reasonable resolution of their disputes in order to avoid lengthy and expensive litigation regarding, among other things, the Specific Reclamation Defenses, compliance with the state law requirements for asserting reclamation claims, and the applicable consumption rates. The parties also realized that it was not in the best interests of the Debtors and their estates and creditors to engage some of the Debtors' largest and most important vendors in litigation that would continue to block the Debtors' access to normal trade terms.

3.  The Committee was mindful that, in order to achieve a settlement, the Debtors would be required to waive potentially valuable claims and defenses of the estates, and, accordingly, believed it necessary to assist the Debtors in obtaining the best possible settlement terms. Accordingly, the Committee vigorously participated in the settlement process.

4.  The Committee supports the Proposed Settlement and believes it represents the best terms available under the circumstances. The terms of the Proposed Settlement provide, among other things:

- powerful incentives for both Reclamation Vendors and other vendors to provide favorable postpetition trade credit terms to Winn-Dixie and to remain current on their postpetition payables to the Debtors;

- a simplified and streamlined process for the equitable solution of reclamation claims, which should conserve many working hours; and

- fair consideration to the estates -- including a significant reduction of the general unsecured portion of the Reclamation Vendors' claims -- for waiving certain of the estates' claims and defenses.

5. Importantly, the establishment of the program memorialized in the Proposed Settlement will also allow the Debtors and their advisors to concentrate on their operational restructuring and reorganization efforts.

3

WHEREFORE, the Committee supports the Proposed Settlement, as it believes it is in the best interests of the Debtors' estates and creditors, and requests that the Court approve the Motion.

Dated: July 1, 2005

>AKERMAN SENTERFITT
>
>By: _____
>John Macdonald
>Florida Bar No. 230340
>Patrick P. Patangan
>Florida Bar No. 348340
>50 North Laura Street, Suite 2500
>Jacksonville, Florida 32202
>Phone (904) 798-3700
>Fax (904) 798-3730
>
>Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.
>
>and
>
>MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
>Dennis F. Dunne (DD 7543)
>Matthew S. Barr (MB 9170)
>Lena Mandel (LM 3769)
>1 Chase Manhattan Plaza
>New York, NY 10005
>(212) 530-5000
>
>Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.