```
               UNITED STATES BANKRUPTCY COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION
```

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                     Jointly Administered

_____

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

The following parties in interest in these Cases: 1) Southbrook Partners, L.L.C.; 2) Foley Partners, L.L.C.; 3) Wolfchase Associates, LLC; and 4) Shades Creek Partners ("the Parties in Interest"), hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to

the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: July 2, 2005.
Jacksonville, Florida

      HELD & ISRAEL

      By: _____
      Edwin W. Held, Jr., Esquire
      Florida Bar #162574
      1301 Riverplace Blvd., Suite 1916
      Jacksonville, Florida 32207
      (904) 398-7038 Telephone
      (904) 398-4283 Facsimile
      Counsel for 1) Southbrook Partners, L.L.C.; 2) Foley Partners, L.L.C.; 3) Wolfchase Associates, LLC; and 4) Shades Creek Partners

ewh/winndixie/donovanotice.djg