UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

The Court finds that the Notice of Appearance and Demand for Service of Papers filed by Joel M. Shafferman on behalf of Woodland Hartford Associates, LLC on June 29, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Demand for Service of Papers filed by Joel M. Shafferman on behalf of Woodland Hartford Associates, LLC on June 29, 2005 is stricken from the record.

DATED June 29, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Joel M. Shafferman, 40 Wall Street, 35th Floor, New York, NY 10005
Debtor
Attorneys for Debtor
US Trustee
Counsel for Creditors Committee

w-d strike /   /   / Revised: 06/14/05 11:13 AM            Printed: 06/29/05            Page: 1 of 1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1                Date Rcvd: Jun 30, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 5

The following entities were served by first class mail on Jul 02, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +Joel M. Shafferman,    40 Wall Street, 35th Floor,    New York, NY 10005-1324
aty        +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
             Jacksonville, FL 32202-3646

The following entities were served by electronic transmission on Jul 01, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Jul 01 2005 03:49:35     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2005**                              **Signature:** _Joseph Speetjens_