UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3:05-bk-03817-JAF

        Debtors.                                   Chapter 11

                                                      Jointly Administered

_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Amended Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion for Order Approving Stipulation with Certain Trade Creditors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Postpetition Trade Program was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 5th day of July, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

Dated: July 5, 2005                               AKERMAN SENTERFITT

                                                    By: */s/ Patrick P. Patangan*
                                                    John B. Macdonald
                                                    Florida Bar No.: 230340
                                                    E-mail: john.macdonald@akerman.com
                                                    Patrick P. Patangan
                                                    Florida Bar No.: 348340
                                                    E-mail: patrick.patangan@akerman.com
                                                    50 N. Laura St., Suite 2500
                                                    Jacksonville, FL 32202
                                                    Telephone: (904) 798-3700
                                                    Facsimile: (904) 798-3730

                                                    Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Tue Jul  5 10:17:52 EDT 2005 | Albert H Adams Jr<br>Irby Law Firm LLC<br>Post Office Box 910<br>Eufaula, AL 36027-0910 | Rachel E Adams<br>Stovash Case & Tingley PA<br>200 South Orange Avenue<br>Suite 1220<br>Orlando, FL 32801 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103 |
| D.J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Kenneth C Baker<br>Eastman & Smith LTD<br>One Seagate<br>24th Floor<br>Toledo, OH 43604 | Michael R. Bakst<br>Elk, Bankier, Christu & Bakst, LLP<br>222 Lakeview Avenue<br>Suite 1330<br>West Palm Be, FL 33401 |
| Dale R Baringer<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Earl M. Barker Jr.<br>Slott,  Barker & Nussbaum<br>334 E. Duval St.<br>Jacksonville, FL 32202 | Matthew Scott Barr<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Matt E Beal<br>450 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 |
| Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 | Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |
| James E. Bird<br>Polsinelli Shalton & Welte, PC.<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 | David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Wanda Borges<br>Borges & Associates LLC<br>575 Underfill Boulevard<br>Suite 100<br>Syosset, NY 11791 |
| Michael T. Bowlus<br>Ford, Bowlus, et al.<br>10110 San Jose Blvd.<br>Jacksonville, FL 32257 | Jean Winborn Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>P.O. Box  1776<br>Raleigh, NC 27602 | Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 | John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 |
| Robert J. Brown<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street Suite 1600<br>Lexington, KY 40507 | Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 | W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 |

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353,  32802-3353

Charles A Buford
2560 Gulf to Bay Blvd., Ste. 300
Clearwater, FL 33765

Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Jason B. Burnett
GrayRobinson, P.A.
50 N. Laura Street, Suite 1675
Jacksonville, FL 32202

Michael G Busenkell
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Thomas R. Califano
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

L Phillip Canova Jr
Canova & Delahaye
58156 Court Street
Plaquemine, LA 70764

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

George B Cauthen
Nelson Mullins Riley & scarborough LLP
Post Office Box 11070
1320 Main Street - 17th Floor
Columbia, SC 29211

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd. Suite 1400
Fort Lauderdale, Florida 33394

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353,  32802-3353

Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802,  32802

Michael E Collins
Manier & Herod
150 4th Avenue North
Suite 2200
Nashville, TN 37220

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

David J Cook
Cook Perkiss & Lew
Post Office Box 270
San Francisco, CA 94104

C. Timothy Corcoran
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602

Betsy C Cox
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

David N Crapo
Gibbons, Del Deo, Dolan etal
One Riverfront Plaza
Newark, NJ 07102-5496

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW Suite 1700
P.O. Box 3
Grand Rapids, MI 49501-0352

Ryan E Davis
Winderweedle Haines Ward & Woodman PA
Post Office Box 1391
Orlando, FL 32802

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Mark G Duncan
Dwyer & Cambre
3421 North Causeway Boulevard
Metairie, LA 70002

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Andrew B. Eckstein
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Jason H Egan
Mowrey & Biggins PA
515 North Adams Street
Tallahassee, FL 32301

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Earle I Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034-2162

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806

William J. Factor
Seyfarth, Shaw, Fairweather & Geraldson
55 E. Monroe Street
Suite 4200
Chicago, IL 60603

Lara Roeske Fernandez
Trenam, Kemker, et al
P O Box 1102
Tampa, FL 33601

Richard L Ferrell III
Taft Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

Charles J. Filardi Jr
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

J David Forsyth
Sessions Fishman & Nathan LLP
201 Saint Charles Avenue
Suite 3500
New Orleans, LA 70170

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Fox Rothschi
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Joseph D Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Mark J Friedman
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Todd Mark Galante
St. John & Wayne, L.L.C.
Heron Tower
70 East 55th Street
New York, NY 10022

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008,  27114-500

Charles L. Gibbs
McGuire Woods LLP
50 North Laura Street, Suite 3300
Jaksonville, FL 32202-3661

Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Eric S Glatter
1489 West Palmetto Park Road
Suite 420
Boca Raton, FL 33486

| | | |
|---|---|---|
| James J. Glover<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 | Priscilla W. Grannis<br>Rynn & Janowsky, LLP<br>6017 Pine Ridge Road, No. 341<br>Naples, FL 34119 | Danielle K Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 | Janice Beth Grubin<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 |
| Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 |
| William F. Harmeyer<br>7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street Northeast<br>Atlanta, GA 30309 | John W Harrison Jr<br>Karem & Karem<br>333 Guthrie Green<br>Suite 312<br>Louisville, KY 40202 |
| Patrick L. Hayden<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 | Edwin W. Held Jr.<br>1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL 32207 | Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 |
| Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 | Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 |
| Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 | Ralph E Hood<br>Kizer Hood & Morgan LLP<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 |
| Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 |
| Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Laurel M. Isicoff<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 | Kimberly H. Israel<br>Held & Israel<br>1301 Riverplace Blvd Suite 1916<br>Jacksonville, FL 32207 |

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Solomon J. Jaskiel
275 Madison Avenue
11th Floor
New York, NY 10016

John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia, 30060-7946 30060-7946

Richard K. Jones
Moseley, Prichard, Parrish, Knight et al
501 West Bay Street
Jacksonville, FL 32202

Ronald Scott Kaniuk
Taplin & Associates
340 Fifth Avenue Suite 2418
New York, NY 10118

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Dena C Kaufman
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Michael A Kaufman
Michael A Kaufman PA
1601 Forum Place
Suite 404
West Palm Beach, FL 33401

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Elena P. Ketchum
Stichter, Riedel, Blain & Prosser
110 E. Madison St., Suite 200
Tampa, FL 33602

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802, 32802

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802

Alan W Kornberg
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Gerard M. Kouri
10021 Pines Blvd., #202
Pembroke Pines, FL 33024-6191

John W Kozyak
Kozyak, Tropin & Throckmorton, PA
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Stephen B. Kuhn
590 Madison Avenue
New York, NY

Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg & Ellers
260 South Broad Street
Philadelphia, PA 19102

Nina M LaFleur
Stutsman & Thames
121 W. Forsyth St. Suite 600
Jacksonville, Fl 32202-3848

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Nina M. Lafleur
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Thomas J Lallier
Foley & Mansfield PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Elena Lazarou
Reed Smith, LLP
599 Lexington Ave.
New York, NY 10022

Robert L LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Thomas J Leanse
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

David E Lemke
Waller Lansden Dortch & Davis PLLC
Post Office Box 198966
Nashville, TN 37219-8966

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Lenoir Partners LLC
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326, 30326

Sharon L. Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

| | | |
|---|---|---|
| Bruce Levinson<br>Law Offices of Bruce Levinson<br>747 3rd Avenue<br>New York, NY 10017 | John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 | Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 |
| Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Joseph Lubertazzi Jr.<br>McCarter & English,  LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Eric Ludin<br>5720 Central Avenue<br>St. Petersburg, FL 33707 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 |
| Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 |
| Kenneth G. M. Mather Esq.<br>Hinshaw & Culbertson, LLP<br>100 South Ashley Dr.<br>Suite 500<br>Tampa, FL 33602 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 |
| Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 | Charles W. McBurney Jr.<br>6550 St. Augustine Road Suite 105<br>Jacksonville, FL 32217 | Jerrett M. McConnell<br>Friedline & McConnell, P.A.<br>1756 University Blvd South<br>Jacksonville, FL 32216 |
| David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 | William S McMahon<br>Choate Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02103 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 |
| Marc T McNamee<br>Neal & Harwell PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 | Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Lawrence H Meuers<br>Meuers Law Firm PL<br>5395 Park Central Court<br>Naples, FL 34109 | Robert C. Meyer<br>2223 Coral Way<br>Miami, FL 33145 |
| Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 |

Stephen M Miller
Morris James Hitchens & Williams LLP
222 Delaware Avenue
Post Office Box 2306
Wilmington, DE 19899-2306

Stephan William Milo
Wharton Aldhizer & Weaver PLC
125 South Augusta Street
Suite 2000
Harrisonburg, VA 22801

Mark Minuti
Saul Ewing, LLP
222 Delaware Avenue Suite 1200
P.O. Box 1
Wilmington, DE 19899

T David Mitchell
Brenner Kaprosy LLP
50 East Washington Street
Chagrin Falls, OH 44022

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Clive N. Morgan
6712 Atlantic Blvd
Jacksonville, FL 32211

Lee P Morgan
Morgan & Morgan
Post Office Box 48359
Athens, GA 30604

Andrew L. Morrison
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Albert F. Nasuti
Thompson, O'Brien, Kemp & Nasuti, P
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Bruce S. Nathan
Lowenstein  Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Tammy M. Nick
676 East I-10 Service Road
Slidell, LA 70461

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite
Omaha, NE 68102

John Noland
Henderson, Franklin, Starnes & Holt
P.O. Box 280
Fort Myers, FL 33902

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Oakwood Village Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road
Atlanta, Georgia 30326,  30326

Merritt A. Pardini
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY 10022

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Aaron D. Patton
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Armando Perez
Interamerican Plaza
701 S.W. 27th Avenue Suite 1205
Miami, FL 33135

| | | |
|---|---|---|
| Robert Perry<br>Held & Israel<br>1301 Riverplace Blvd. Ste.# 1916<br>Jacksonville, FL 32207 | Christian A Petersen<br>Gunster Yoakley & Stewart PA<br>500 East Broward Boulevard<br>Suite 1400<br>Fort Lauderdale, FL 33394 | David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103 |
| Geraldine E Ponto<br>Gibbons Del Deo Dolan Griffinger<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 |
| Nicholas V. Pulignano Jr.<br>Marks Gray, P.A.<br>1200 Riverplace Blvd Suite 800<br>Jacksonville, FL 32201 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Rex D. Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 |
| Gregg A. Rapoport<br>Lee & Rosenberger<br>135 W. Green St.<br>Suite 100<br>Pasadena, CA 91105 | Craig V. Rasile<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 | Peter J Rathwell<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 |
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 3<br>Birmingham, AL 35201-0306 | Diane G. Reed<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 |
| Jo Christi Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Jeffrey C. Regan<br>Hedrick, Dewberry, Regan & Durant, PA<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Jeffrey N. Rich<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022-6030 | Larry B. Ricke<br>Leonard, Street and Deinard<br>150 South Fifth Street<br>suite 2300<br>Minneapolis, MN 55402 | Craig P. Rieders<br>Genovese Lichtman Joblove & Battist<br>100 S.E. 2nd Ave., Suite 3600<br>Miami, FL 33131 |
| Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105-0143 | Adam L. Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 | Avrum J. Rosen<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 |
| Mitchell S Rosen<br>Rosen Law Group LLC<br>950 East Paces Ferry Road<br>Suite 3250<br>Atlanta, GA 30326 | Neal M. Rosenbloom<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | Fox Rothschild<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 |
| J Casey Roy<br>McClain Leppert & Maney PC<br>South Tower Pennzoil Place<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 | Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 |

| | | |
|---|---|---|
| Rachel L Rubio<br>Markowitz Davis Ringel & Trusty PA<br>9130 South Dadeland Boulevard<br>Suite 1225<br>Miami, FL 33156 | Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 | Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 |
| Anthony M Salzano<br>Pasco Co Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654 | Anthony F Sanchez<br>Law Offices of Anthony F Sanches PA<br>Alfred I Dupont Building<br>169 East Flagler Street<br>Suite 1500<br>Miami, FL 33131 | Michael C. Scarafile<br>P.O. Box 1431<br>Charleston, SC 29402 |
| Robert K. Scheinbaum<br>Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>One Riverfront Plaza<br>Newark, NJ 07102 | Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 | Sarah L Schultz<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201 |
| Gregory J. Seketa<br>40/86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 | Joel M. Shafferman<br>40 Wall Street, 35th Floor<br>New York, NY 10005 | Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 |
| Lynn Welter Sherman<br>Hill Ward & Henderson<br>P O Box 2231<br>Tampa, Fl 33601 | R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 | Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 |
| Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | Aaron C Smith<br>Lord Bissell & Brook LLP<br>115 South LaSalle Street<br>Chicago, IL 60603 | Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Eric J. Snyder<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353,  32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 |
| Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 | Alex Spizz<br>Todtman, Nachamie, Spizz & Johns, P.C.<br>425 Park Avenue<br>New York, NY 10022 | David N Stern<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308 |
| Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 | Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue Suite 900<br>Austin, TX 78701 | Debra Sudock<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 |

Stephen B. Sutton
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

Joel L. Tabas
25 Southeast Second Ave., Ste. 919
Miami, FL 33131-1538

Gene B Tarr
Blanco Tackabery Combs & Matamoros PA
Post Office Drawer 25008
Winston-Salem, NC 27114-5008

Richard R. Thames
Stutsman & Thames, P.A.
121 West Forsyth Street, Suite 600
Jacksonville, FL 32202

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202

Diana M. Thimmig
Roetzel & Andress
1375 East Ninth Street
One Cleveland Ctr Ninth Floor
Cleveland, OH 44114

Judy D Thompson
301 S. College Street, Ste 2300
Charlotte, NC 28202

Janet H. Thurston
Cohen & Thurston, P.A.
1723 Blanding Blvd Suite 102
Jacksonville, FL 32210

Laura L. Torrado
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Ronald M Tucker
Simon Property Group
115 West Washington Street
Indianapolis, IN 46204

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

Lori V. Vaughan
Foley & Lardner
P.O. Box 3391
Tampa, FL 33601

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

David H. Wander
Wander & Associates, P.C.
641 Lexington Avenue
New York, NY 10022

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Michael D. Warner
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

Allan C Watkins
Watkins Law Firm, PA
707 N Franklin Street, Suite 750
Tampa, FL 33602

Alan M. Weiss
Holland & Knight LLP
50 North Laura St., Suite 3900
Jacksonville, FL 32202

Margaret R Westbrook
Kennedy Covington Lobdell & Hickman LLP
Post Office Box 1070
Raleigh, NC 27602-1070

David B. Wheeler
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Stephen D Wheelis
Wheelis & Rozanski
Post Office Box 13199
Alexandria, LA 71315-3199

William Douglas White
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102

Amy Pritchard Williams
Kennedy Covington Lobdell & Hickman LLP
214 North Tryon Street
47th Floor
Charlotte, NC 28202

Jonathan R Williams
Meland, Russin, Hellinger & Budwick, PA
200 S. Biscayne Blvd Ste 3000
Miami, FL 33131

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699

Frank J. Wright
Hance Scarborough Wright Ginsberg
& Brusilow, LLP
14755 Preston Road # 600
Dallas, TX 75254

William Knight Zewadski  
Trenam, Kemker, Scharf, Barkin, et al  
P.O. Box 1102  
Tampa, FL 33602

Scott A. Zuber  
Pitney Hardin Kipp & Szuch, LLP  
200 Campus Drive  
Florham Park, NJ 07932-0950