IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DITRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------x

In re                                          Chapter 11
WINN-DIXIE STORES, INC., et al.,               Case No. 05-03817-3F1

                    Debtors.              (Jointly Administered)

---------------------------------------------------------x

**AFFIDAVIT OF BRADLEY W. SNYDER PURSUANT TO BANKRUPTCY
RULE 2014 ON BEHALF OF GORDON BROTHERS RETAIL PARTNERS, LLC
AS
A MEMBER OF PROPOSED AGENT**

COMMONWEALTH OF MASSACHUSETTS)
                              ) ss:
COUNTY OF SUFFOLK   )

        BRADLEY W. SNYDER, being duly sworn, deposes and says:

        1. I am a Principal and Managing Director of Gordon Brothers Retail Partners, LLC, ("GBP"), located at 40 Broad Street, Boston, MA, 02109.

        2. This affidavit is submitted in connection with the Debtor's Motion for entry of an Order pursuant to Sections 105 and 363 of the Bankruptcy Code (1) authorizing the Debtors to begin selling their inventory at the Stores through Store closing sales, (2) authorizing the Debtors' to conduct store closing sales on a final basis and to discontinue operations at the Stores, (3) authorizing the Debtors to enter into an agency agreement (the "Agency Agreement") with a store closing agent and (4) granting ancillary and other related relief (the "Motion").[1]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

3. This affidavit is in support of the proposed retention of a joint venture formed by Hilco Merchant Resources, LLC and GBP, as Agent to the Debtor to render the relief requested in the Motion.

4. GBP's compensation for rendering its professional services to the Debtor is as set forth in the Motion and the Agency Agreement dated as of June 30, 2005.

5. GBP (as a constituent member of Agent) is well qualified to act as Agent for the purpose of selling all of the Merchandise in the Stores. GBP has extensive experience in conducting GOB Sales in Chapter 11 proceedings and has served in such role in numerous Chapter 11 cases.

6. To the best of my knowledge, information and belief, formed after due inquiry, neither I nor any other partner, principal, or staff person of GBP has any connection with or holds any interest adverse to the Debtor, its estate, its creditors or any other party-in-interest herein or their respective attorneys, except as set forth below.

7. Neither I, nor any principal or consultant thereof, as far as I have been able to ascertain, has any connection with the Debtor, its creditors, the United States Trustee or any other party with an actual or potential interest in this chapter 11 case or its respective attorneys or accountants, except as set forth below.

8. To the best of my knowledge, formed after reasonable inquiry, GBP does not represent any creditor or any such creditor's affiliates in matters related to this Chapter 11 case. In connection with its proposed retention by the Debtor in this case, GBP was provided with a list of the Company and its subsidiaries, current officers and directors, the bank group, secured parties, stockholders, major vendors and other unsecured creditors.

9. As a result of the research performed to date, GBP makes the following disclosures:

    a. <u>Debtor's Secured Lenders:</u> GBP and its affiliates have in the past provided services to, and participated in loans with, members of the Bank Group, including Congress Financial Corporation, Fleet Retail Group, Inc. (predecessor to Bank of America Retail Group), General Electric Capital Corporation, GMAC Commercial Finance, LLC, The CIT/ Business Credit, Inc., Webster Business Credit Corporation, and Wells Fargo Foothill, LLC (and/or affiliates thereof) (collectively, the "Bank Group"), or to borrowers of members of the Bank Group, in matters unrelated to this case. Except as set forth herein, to the best of my knowledge, formed after reasonable inquiry GBP has not provided services to any of the Debtor's secured lenders in connection with this case. In addition, affiliates of Wells Fargo Foothill, LLC, Back Bay Finance, and Bank of America provide financing to affiliates of GBP.

    b. <u>The Professionals Retained in This Chapter 11 Case:</u> From time to time, GBP appears in cases and transactions that have many different attorneys, and financial advisors. Consequently, GBP may have provided services to other parties in interest in matters in which certain of the other retained professionals herein may have been involved or may have been represented by such professionals, in each case having nothing to do with the Debtor or its estate.

    c. <u>Stockholders, Vendors, Trade Creditors, Lessors of Real Property and Insurance Companies:</u> From time to time, GBP and its affiliates have provided services to stockholders, vendors, trade creditors, real property lessors, and insurance companies, in matters unrelated to this case.

      d.    <u>DJM Asset Management, LLC:</u> GBP's affiliated company, DJM Asset Management, LLC was retained by the debtor as a Special Real Estate Consultant pursuant to that certain <u>Bankruptcy Court Order Authorizing Debtors to Retain DJM Asset Management, LLC and The Food Partners, LLC as Special Real Estate Consultants to the Debtors, dated June 10, 2005.</u>

      e.    <u>The Ozer Group:</u> Certain partners and employees of The Ozer Group have joined GBP and various of its affiliated companies as of June 30, 2005. The Ozer Group has previously provided inventory and script appraisals for the Debtor's Secured Lender.

10. GBP has not agreed to share any of its compensation from the Debtor with any other person, other than as permitted by Section 504 of the Bankruptcy Code and as set forth in the Motion and the Agency Agreement except with other members of the Agent.

11. Pursuant to 28 U.S.C. § 1746, I declare, under the penalty of perjury, that the above statements are true and correct.

                                                                _____
                                                                BRADLEY W. SNYDER

Sworn to before me this
5 day of July, 2005

_____
      Notary Public

MAUREEN P. GALLAGHER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 30, 2011