UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
JUL 5 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC.,
Et al.,

    Debtors,
_____/

CASE NO. 05-03817-3F1

Ch. 11

Jointly Administered

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** the firm of *JOHN E. MUFSON, P.A.*, and files its Notice of Appearance of Counsel in the above styled case on behalf of Creditor, *WEAVERS CORNER JT VENTURE*, and would ask that all pleadings, motions, notices and other matter filed herein directed to this Creditor be forwarded to the undersigned attorney.

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance of Counsel was furnished by mail this 29th day of June, 2005 to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043 and to the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202.

                              Respectfully Submitted,

                              JOHN E. MUFSON, P.A.
                              Attorney for Creditor
                              2213 N. University Drive
                              Pembroke Pines, Florida 33024
                              Telephone: (954) 983-2090
                              Facsimile: (954) 983-8284

                        By: _____
                            John B. Mufson, Esq.
                            Florida Bar No.: 369691

C:\WP60\DATA\FORMS\NOT-APP.BKY