UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF APPEARANCE

SARAH RICHARDSON, Managing Assistant County Attorney, hereby enters this Notice of Appearance of Counsel on behalf of DIANE NELSON, AS TAX COLLECTOR OF PINELLAS COUNTY, FLORIDA, in the above cause. All pleadings, filings, and correspondence in this case should be directed to said attorney at the address indicated below.

**I HEREBY CERTIFY** that a copy of the foregoing Notice d has been furnished either by U.S. Mail or electronically to: by U. S. Mail to: D.J. Baker, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Stephen D. Busey, Esquire, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and Elena L. Escamilla, Esquire, Office of the United States Trustee, 135 W. Central Blvd., Suite 260, Orlando, FL 32801, this 6th day of July, 2005.

                                              /s/ Sarah Richardson
                                            SARAH RICHARDSON
                                            Managing Assistant County Attorney
                                            315 Court Street
                                            Clearwater, Florida 33756
                                            (727) 464-3354; 464-4147 fax
                                            srichard@co.pinellas.fl.us e-mail
                                            Attorney for Creditor,
                                            Fla. Bar No. 319201