UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by John E. Mufson on behalf of Weavers Corner JT Venture on July 5, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Notice of Appearance filed by John E. Mufson on behalf of Weavers Corner JT Venture on July 5, 2005 is stricken from the record.

**DATED July 6, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
John E. Mufson, 2213 N. University Drive, Pembroke Pines, FL 33024
Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043