**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　Case No.: 3:05-bk-03817-JAF

　　　Debtors.　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　Jointly Administered
_____/

## ORDER DENYING MOTION BY RICHARD EHSTER AND OTHER NON-QUALIFIED PLAN PARTICIPANTS FOR ORDER DIRECTING APPOINTMENT OF ADDITIONAL COMMITTEE OF CREDITORS

These cases came before the Court upon Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors. Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors is denied.

**DATED** this 6 day of July, 2005 in Jacksonville, Florida.

　　　　　　　　　　　　　　　　　　　JERRY A. FUNK
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Copies to:**

David R. McFarlin, Esq.
Adam Ravin, Esq.
Cynthia C. Jackson, Esq.
Dennis F. Dunne, Esq.
John B. Macdonald, Esq.
United States Trustee