# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | Case Number: 05-03817-3Fl |
| | ) | Chapter No.: 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE of APPEARANCE and REQUEST for NOTICE

**NOW COMES** the undersigned attorney at law pursuant to FRBP 2002 & 9010 and Local Rule 2090-1 and makes an appearance in this matter for all purposes of record and requests all parties and court officials to serve all documents including notices on him for the party represented.

1. Attorney name and address:    Robert P. Laney, Esquire
    McELWEE FIRM, PLLC
    906 Main Street
    North Wilkesboro, NC  28659
    Telephone:    (336) 838-1111
    Facsimile:    (336) 838-0753
    Email: blaney@mcelweefirm.com
    State bar #7850

2. Party represented:    Charles and Lynn Day
    Day Properties, LLC
    119 Sandwedge Road
    Wilkesboro, NC  28697

   This is the 7 day of July, 2005.

                    /s/Robert P. Laney                    .
                    Robert P. Laney
                    N.C. State Bar No. 7850
                    Attorney for Creditor

OF COUNSEL:

McELWEE FIRM, PLLC
906 Main Street
North Wilkesboro, NC  28659
Telephone:  (336) 838-1111

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the above Notice of Appearance on the parties or attorneys named below by mailing it in a postpaid envelope deposited with the United States Post Office.

Clerk, U.S. Bankruptcy Court (via ECF only)
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL  32202

Copies to:

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

-    and -

Stephen D. Busey, Esq.
James H. Post, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Charles and Lynn Day
Day Properties, LLC
119 Sandwedge Road
Wilkesboro, NC  28697

This is the 7 day of July, 2005.

/s/Robert P. Laney                    .
Robert P. Laney, attorney for creditor