IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al., | ) | CHAPTER 11 |
| | )) | |
| Debtors. | )) | |

## NOTICE OF WITHDRAWAL OF REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE

COMES NOW, by and through its undersigned counsel, South Carolina Electric & Gas Company, Public Service of North Carolina, and SCANA Energy Marketing, Inc. (collectively, the "SCANA Utilities"), who withdraw their requests for additional adequate assurance against Winn-Dixie Stores, Inc., et al. (the "Debtors").  Pursuant to the Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance entered on March 10, 2005 (the "Utility Order"), the SCANA Entities requested additional adequate assurance of payment for future services from the Debtors in correspondence to Debtors' counsel dated April 11, 2005 and supplemental correspondence to Debtors' counsel dated May 10, 2005.  Based upon the Debtors' intention to withdraw from and cease operations in the North Carolina and South Carolina markets, which are the primary areas where the SCANA Utilities provide services to the Debtors, the SCANA Utilities hereby withdraw their demands for additional adequate assurance.

/s/ David B. Wheeler _____
David B. Wheeler
Moore & Van Allen PLLC

CHARLESTON\196007v1

P.O. Box 22828
Charleston, SC  29413-2828
Telephone:  (843) 579-7000
Facsimile:  (843) 579-7099
Email:  davidwheeler@mvalaw.com

ATTORNEYS FOR SOUTH CAROLINA
ELECTRIC AND GAS COMPANY, PUBLIC
SERVICE OF NORTH CAROLINA, AND
SCANA ENERGY MARKETING, INC.

CHARLESTON\196007v1