UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WINN-DIXIE STORES, INC., | § | CASE NO. 3:05-03817-JAF |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | Hearing Date and Time: |
| | § | July 14, 2005 @ 1:00 p.m. |

**LIMITED OBJECTION OF FRANKFORD DALLAS, LLC TO
DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION
OF EXECUTORY CONTRACTS EFFECTIVE AS OF JULY 14, 2005**

Frankford Dallas, LLC hereby files this Limited Objection of Frankford Dallas, LLC to Debtors' Motion for Order Authorizing Rejection of Executory Contracts Effective as of July 14, 2005 (the "Objection"). In support of the Objection, Frankford Dallas, LLC respectfully represents the following:

1. On June 24, 2005, the Debtors filed their Motion for Order Authorizing Rejection of Executory Contracts Effective as of July 14, 2005 (the "Motion"). Pursuant to the Motion, the Debtors request Court authority to reject two executory contracts described in Exhibit A to the Motion, including a Lease Buyout Agreement dated July 8, 2004 with Frankford Dallas, LLC.

2. Pursuant to the Lease Buyout Agreement, the parties terminated a prior real property lease dated June 22, 1998 (as amended, the "Lease"), and Winn-Dixie Louisiana, Inc. agreed to make forty-eight monthly payment installments to Frankford Dallas, LLC. According to the Motion, Winn-Dixie Louisiana, Inc. is now known as Winn-Dixie Montgomery, Inc.

3. Frankford Dallas, LLC does not believe that the Lease Buyout Agreement is executory because the only remaining material unperformed obligation under the Agreement is the obligation of Winn-Dixie Louisiana, Inc. (now purportedly known as Winn-Dixie Montgomery, Inc.)

to make payments to Frankford Dallas, LLC. *See In re Gencor Indus.*, 298 B.R. 902, 909 (Bankr. M.D. Fla. 2003) ("[U]nless both parties have unperformed obligations that would constitute a material breach if not performed, the contract is not executory.").

4. Frankford Dallas, LLC does not oppose the entry of an order providing that the Lease Buyout Agreement is deemed rejected only to the extent the Agreement actually is executory, with such determination to be made, if necessary, at a later date. Counsel for Frankford Dallas, LLC and counsel for the Debtors are discussing resolution of this issue, and Frankford Dallas, LLC believes that an agreement will be reached on an agreed form of order.

FOR ALL OF THE ABOVE REASONS, Frankford Dallas, LLC respectfully requests that this Court enter an order (i) denying the Motion as to Frankford Dallas, LLC, or alternatively, entering an order providing that the Lease Buyout Agreement is deemed rejected only to the extent the Agreement actually is executory, with such determination to be made, if necessary, at a later date; and (ii) granting Frankford Dallas, LLC such other and further relief to which it is entitled.

Dated: July 7, 2005.

**HAYNES AND BOONE, LLP**[1]

By: */s/ Scott Everett*
Scott Everett
Texas State Bar No. 00796522
**HAYNES AND BOONE, LLP**
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

**ATTORNEYS FOR FRANKFORD DALLAS, LLC**

---

[1] The undersigned is replacing Frankford Dallas, LLC's prior counsel of record in these cases, Diane Reed. The undersigned intends to file a motion to substitute counsel once the signatures of both counsel are obtained.

## CERTIFICATE OF SERVICE

       I hereby certify that on July 7, 2005, a true and correct copy of the foregoing document was served (i) by United States first class mail, postage prepaid, and where shown, by facsimile and e-mail, on the parties listed below; and (ii) by e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

                                                   */s/ Scott Everett*

D.J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000
djbaker@skadden.com
aravin@skadden.com

Cynthia C. Jackson
James H. Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Fax: (904) 359-7708
cjackson@smithjulsey.com

United States Trustee's Office
Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202