**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | |
|---|---|---|
| | ) | |
| WINN DIXIE STORES, INC., et al. | ) | Case No. 3:05-bk-0317-JAF |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

**WITHDRAWAL OF HEINZ FROZEN FOOD'S**
**LIMITED OBJECTION TO**
**DEBTOR'S REPORT REGARDING CLAIMS UNDER THE**
**PERISHABLE AGRICULTURAL COMMODITIES ACT**

Heinz Frozen Food, a division of H.J. Heinz Company, L.P. ("Claimant"), hereby withdraws its limited objection to the Report Regarding Claims Under the Perishable Agricultural Commodities Act (the "Report") filed herein by Winn-Dixie Stores, Inc., and its related entities in bankruptcy (the "Debtors").

Respectfully submitted,

**KEATON & ASSOCIATES, P.C.**

 **/s/Mary E. Gardner**
KEATON & ASSOCIATES, PC
Mary E. Gardner
Illinois Bar No.: 6190951
1278 West Northwest Highway, Suite 903,
Palatine, Illinois 60067
P: (847) 934-6500; F: (847) 934-6508
Gardner@pacatrust.com
Co-counsel for Heinz Frozen Food, a division of H.J. Heinz Company, L.P.

Of Counsel:
Nicholas V. Pulignano, Jr.
Florida Bar No.: 0319181
1200 Riverplace Blvd., Suite 800,
Jacksonville, Florida  32207
npulignano@marksgray.com
P: (904) 398-090; F: (904) 399-8440

Attorneys for Heinz Frozen Food, a division of H.J. Heinz Company, L.P.