F I L E D
JACKSONVILLE, FLORIDA

JUL - 8 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------X

In re

WINN-DIXIE PROCUREMENT, INC., *et al.*,

Debtors.

---------------------------------------------------------X

Chapter 11
Case No. 05-03838 JAF

Jointly Administered

Amount $387,907.47

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

To Transferor:

Rowland Coffee Roasters Inc.
5605 NW 82nd Avenue
Miami, FL 33166-5000

The transfer of your claim as shown above in the amount of $387,907.47 has been transferred to:

M.D. Sass Re/Enterprise Portfolio Company L.P.
10 New King Street
White Plains, NY 10604

No action is required if you do not object to the transfer of your claim. The Assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

Dated: July 7, 2005

Kramer Levin Naftalis & Frankel LLP

*/s/ Bill Dimos*

Bill Dimos (BD3028)
1177 Avenue of the Americas
New York, NY 10036
P. 212.715.7552
F. 212.715.8000

KL2:2399128.1

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Middle District of Florida

AND TO: M.D. SASS RE/ENTERPRISE POTFOLIO COMPANY L.P.

Rowland Coffee Roasters Inc, a Florida corporation, located at 5605 Nw 82nd Ave, Miami, FL 33166-4000 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to M.D. Sass Re/Enterprise Portfolio Company L.P., its successors and assigns, with offices at 10 New King Street, White Plains, New York 10604 ("Buyer"), all right, title and interest in and to the claims of Seller against **Winn Dixie Stores, Inc.** and its affiliates in the aggregate amount of $387,907.47 (collectively the "Claim") in the **United States Bankruptcy Court, Middle District of Florida,** **Case No. 3-05-bk-03817 (JOINTLY ADMINISTERED: 3-05-bk-03817) (claim # 244343-12).**

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24th day of May, 2005.

**ROWLAND COFFEE ROASTERS INC**
**D/B/A CAFÉ BUSTELO**
By: _[signature]_
Name: Angel Souto
Title: V. President

**M.D. SASS RE/ENTERPRISE PORTFOLIO COMPANY L.P.**
By: _[signature]_
Name: Marc Kirschner
Title: Chief Operating Officer and General Counsel