## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,  Case No.: 3:05-bk-03817-JAF

    Debtors.  Chapter 11

    Jointly Administered

_____/

## ORDER DENYING MOTION BY RICHARD EHSTER AND OTHER NON-QUALIFIED PLAN PARTICIPANTS FOR ORDER DIRECTING APPOINTMENT OF ADDITIONAL COMMITTEE OF CREDITORS

These cases came before the Court upon Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors. Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors is denied.

**DATED** this 6 day of July, 2005 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

2

**Copies to:**

David R. McFarlin, Esq.
Adam Ravin, Esq.
Cynthia C. Jackson, Esq.
Dennis F. Dunne, Esq.
John B. Macdonald, Esq.
United States Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1                Date Rcvd: Jul 06, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 6

The following entities were served by first class mail on Jul 08, 2005.
aty         +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
              New York, NY 10005-1401
aty         +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
              Jacksonville, FL 32202-3646
The following entities were served by electronic transmission on Jul 07, 2005 and receipt of the transmission
was confirmed on:
aty         +Fax: 407-648-0681 Jul 07 2005 05:10:05      David R McFarlin,   Wolff, Hill, McFarlin & Herron, P.A,
              1851 West Colonial Drive,    Orlando, FL 32804-7013
ust         +E-mail: ustp.region21.or.ecf@usdoj.gov Jul 07 2005 04:46:27      United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2005**                                    **Signature:**    *Joseph Speetjens*