UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th of July, 2005, I served a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** by mailing copies via First Class United States mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

| | |
|---|---|
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | ATTORNEY FOR THE DEBTOR |
| | |
| Cynthia C. Jackson<br>James H. Post<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | ATTORNEY FOR THE DEBTOR |
| | |
| Elena L. Escamilla<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32806 | UNITED STATES TRUSTEE |
| | |
| Dennie F. Dunne<br>Milbank, Tweed, Hadley & McCoy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | UNSECURED CREDITORS' COMMITTEE |

John B. Macdonald  
Patrick P. Patangan  
Akermann Senterfitt  
50 North Laura Street  
Suite 2500  
Jacksonville, FL 32202

UNSECURED CREDITORS' COMMITTEE

/s/ Amy Pritchard Williams  
Amy Pritchard Williams  
North Carolina State Bar Number 19233

2341556.01  
LIB: CHARLOTTE