UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND AMENDED RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION

Kennedy Covington Lobdell & Hickman, LLP ("Kennedy Covington") hereby amends its verified disclosure previously filed with the Court on May 18, 2005 in accordance with the requirements of Rule 2019 of the Federal Rules of Bankruptcy Procedure and shows the Court the following:

1. Kennedy Covington is a North Carolina Limited Liability Partnership headquartered in Charlotte, North Carolina with additional offices in Raleigh, North Carolina and Research Triangle Park, North Carolina.

2. Kennedy Covington represents the following entities in the debtors' jointly administered bankruptcy cases with regard to the designated issues:

    a.    Applewood Shopping Center, a General Partnership
            c/o Charlie Ellis
            1228 East Morehead Street
            Charlotte, NC 28204
            Landlord of Debtor

    b.    Weddington Associates, a North Carolina Partnership
            c/o Charlie Ellis
            1228 East Morehead Street
            Charlotte, NC 28204
            Landlord of Debtor

  c. Broad Street Station Shopping Center, LLC
    c/o Charlie Ellis
    1228 East Morehead Street
    Charlotte, NC 28204
    Landlord of Debtor

  d. Crawford Norwood Realty
    c/o Charles Norwood
    2711 Cashwell Drive
    Goldsboro, NC 27534
    Landlord of Debtor

  e. K-2 Properties, LLC
    c/o Pam Hochmuth
    2803 Cashwell Drive (27534)
    Post Office Box 10369
    Goldsboro, NC 27532
    Landlord of Debtor

  f. Bert Associates, a North Carolina General Partnership
    c/o Marie McLucas
    1115 East Morehead Street
    Charlotte, NC 28204
    Landlord of Debtor

3. Kennedy Covington has provided and continues to provide varied professional services to Applewood Shopping Center, a General Partnership, Weddington Associates, a North Carolina Partnership, Broad Street Station Shopping Center, LLP, Crawford Norwood Realty, K-2 Properties, LLC, Bert Associates, a North Carolina General Partnership and related entities beyond the issues raised by the debtors' bankruptcy cases.

4. Kennedy Covington represents Applewood Shopping Center, a General Partnership, Weddington Associates, a North Carolina Partnership, Broad Street Station

Shopping Center, LLP, Crawford Norwood Realty, K-2 Properties, LLC and Bert Associates, a North Caroline General Partnership with regard to the debtors' bankruptcy cases.

5. Kennedy Covington has considered and evaluated all potential conflicts of interest in accordance with the North Carolina Rules of Professional Conduct. Kennedy Covington has determined that the representations are permissible and has obtained proper consents from its clients where required. Kennedy Covington agrees to supplement this disclosure to the extent required and will seek additional consents if necessary.

6. Kennedy Covington claims no interest or amounts with respect to this case.

I verify under penalty of perjury that the foregoing is true and correct.

This 11th day of July, 2005.

/s/ Amy Pritchard Williams
Amy Pritchard Williams
North Carolina State Bar No. 19233
Hearst Tower, 47th Floor
214 North Tryon
Charlotte, NC 28202
awilliams@kennedycovington.com

OF COUNSEL:

KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3129

2341540.01
LIB: CHARLOTTE