## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th of July, 2005, I served a copy of the foregoing **SECOND AMENDED RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION** by mailing copies via First Class United States mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

| | |
|---|---|
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | ATTORNEY FOR THE DEBTOR |
| Cynthia C. Jackson<br>James H. Post<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | ATTORNEY FOR THE DEBTOR |
| Elena L. Escambia<br>135 W. Central Blvd, Suite 620<br>Orlando, FL 32801 | UNITED STATES TRUSTEE |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | UNSECURED CREDITORS' COMMITTEE |

| | |
|---|---|
| John B. Macdonald<br>Patrick P. Patangan<br>Ackerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | UNSECURED CREDITORS' COMMITTEE<br><br><br><br>/s/ Amy Pritchard Williams<br>Amy Pritchard Williams<br>North Carolina State Bar Number 19233 |