[31809] [Order Striking Amended]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING AMENDED SCHEDULES F AND G

This case came on for consideration, upon the Court's own motion. On June 30, 2005 the debtor(s) filed amended Schedules F and G , which does not comply with Local Rule 1009-1 (a copy of which can be found on the reverse or subsequent page of this order), for the reason(s) noted below:

The amendment(s) does not contain only additional or deleted information (L.R. 1009-1(b)).

No certificate has been filed which shows service to any entity affected thereby and if applicable, for added creditors no service showing service of the Notice of Commencement of Case (L.R. 1009-1(e)).

ORDERED:

The Amended Schedules F and G are stricken from the record.

Dated July 11, 2005 .

Jerry A. Funk
United States Bankruptcy Judge

## *RULE 1009-1 AMENDMENTS TO LISTS AND SCHEDULES*

(a) This rule applies to amendments to schedules, petitions, lists, matrices, and statements of financial affairs.

(b) The amendment shall be made by filing the original and two copies with the Clerk, one copy for the United States Trustee and one for the trustee. Amendments must contain a caption including the case number and the title, and should only contain additional, or indicate deleted information.

(c) The amendment must be executed and verified under penalty of perjury by the debtor and attorney of record in the same manner that the item being amended was originally executed.

(d) Amendments that add ten or more creditors shall comply with the provisions of Local Rule 1007-2(a) applicable to the submission of the master mailing matrix with the original petition.

(e) The debtor shall give notice of the amendment to any entity or entities affected thereby and, where applicable, the trustee, and file a proof of service with the Clerk.

(f) Amendments that require additional notices to creditors, such as those adding additional creditors, require the prescribed filing fee.


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee