UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

       Debtors.                       Jointly Administered

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Mark A. Kelley, of the law firm of Kitchens, Kelley, Gaynes, P.C., hereby designate as local attorney for creditors, 1) E & A Financing II, LP; 2) E & A Southeast, LP; 3) E & A Acquisition, LP; 4) E & A Acquisition Two, LP; 5) Indian Creek Crossing, LLC; 6) Pomenade Mall, LLC; 7) Shields Plaza, Inc.; 8) Woodbury Plaza, LLC; 9) ALG Limited Partnership; 10) Villa Rica Retail Properties, LLC; 11) Bank of America, N.A.; and 12) Halpren Enterprises, Inc. ("the Parties in Interest"), in the above-styled Cases:

              Held & Israel
              Edwin W. Held, Jr., Esquire
              Florida Bar No.: 162574
              1301 Riverplace Blvd., Suite 1916
              Jacksonville, FL 32210
              (904) 398-7038 Telephone
              (904) 398-4283 Facsimile

This __8th__ day of July, 2005.

        KITCHENS, KELLEY, GAYNES, P.C.
        Co-counsel for 1) E & A Financing II, LP; 2) E & A Southeast, LP;
        3) E & A Acquisition, LP; 4) E & A Acquisition Two, LP; 5) Indian
        Creek Crossing, LLC; 6) Pomenade Mall, LLC; 7) Shields Plaza, Inc.;
        8) Woodbury Plaza, LLC; 9) ALG Limited Partnership; 10) Villa Rica
        Retail Properties, LLC; 11) Bank of America, N.A.; and 12) Halpren
        Enterprises, Inc.

        By: _____
        Mark A. Kelley, Esquire
        Georgia Bar No.: 412325
        11 Piedmont Center, Suite 900
        Atlanta, Georgia 30305
        (404) 467-7718 Telephone
        (843) 364-0126 Facsimile

## CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditors 1) E & A Financing II, LP; 2) E & A Southeast, LP; 3) E & A Acquisition, LP; 4) E & A Acquisition Two, LP; 5) Indian Creek Crossing, LLC; 6) Pomenade Mall, LLC; 7) Shields Plaza, Inc.; 8) Woodbury Plaza, LLC; 9) ALG Limited Partnership; 10) Villa Rica Retail Properties, LLC; 11) Bank of America, N.A.; and 12) Halpren Enterprises, Inc. in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this __12__ day of July, 2005.

    HELD & ISRAEL

    By: _____
    Edwin W. Held, Jr., Esquire
    Florida Bar #162574
    1301 Riverplace Blvd., Suite 1916
    Jacksonville, Florida 32207
    (904) 398-7038 Telephone
    (904) 398-4283 Facsimile