UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        CASE NO.:  3:05-bk-03817-JAF

                                              CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                              Jointly Administered

---

**REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

The following parties in interest in these Cases: 1) E & A Financing II, LP; 2) E & A Southeast, LP; 3) E & A Acquisition, LP; 4) E & A Acquisition Two, LP; 5) Indian Creek Crossing, LLC; 6) Pomenade Mall, LLC; 7) Shields Plaza, Inc.; 8) Woodbury Plaza, LLC; 9) ALG Limited Partnership; 10) Villa Rica Retail Properties, LLC; 11) Bank of America, N.A.; and 12) Halpren Enterprises, Inc. ("the Parties in Interest"), hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and

whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: July 11, 2005.
Jacksonville, Florida

> HELD & ISRAEL
>
> By: _____
> Edwin W. Held, Jr., Esquire
> Florida Bar #162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, Florida 32207
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile
>
> and
>
> KITCHENS, KELLEY, GAYNES, P.C.
>
> Mark A. Kelley, Esquire
> 11 Piedmont Center, Suite 900
> Atlanta, Georgia 30305
> (404) 467-7718 Telephone
> (843) 364-0126 Facsimile
> Co-counsel for 1) E & A Financing II, LP; 2) E & A Southeast, LP; 3) E & A Acquisition, LP; 4) E & A Acquisition Two, LP; 5) Indian Creek Crossing, LLC; 6) Pomenade Mall, LLC; 7) Shields Plaza, Inc ; 8) Woodbury Plaza, LLC; 9) ALG Limited Partnership; 10) Villa Rica Retail Properties, LLC; 11) Bank of America, N.A ; and 12) Halpren Enterprises, Inc.