UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 05-03817-3F1
                                                                                         Chapter 11
WINN DIXIE STORES, INC., et. al.

OBJECTION TO CURE AMOUNT STATED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE
SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS
AND (C) GRANTING RELATED RELIEF

Now Comes W.T.H., II, L.L.C., creditor in the above referenced action, and objects to debtor's motion to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 1872. In support of its objection, respondent respectfully shows the court that the amount needed to cure the arrearages associated with said lease totals $58,190.44, plus such additional attorney's fees as may accrue prior to the cure amount being paid. Said amount includes CAM charges, insurance charges, debtors' prorated share of real estate taxes, plus $1,462.50 attorney's fees incurred to date.

Wherefore, respondent respectfully prays that the court enter an order setting the appropriate cure amount for respondent's lease as shown above.

   /s/ Lee P. Morgan
Lee P. Morgan
Attorney for Respondent

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

D.J. Baker, Sally McDonald Henry, Rosalie Gray
and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, Cynthia C. Jackson
and Eric McKay
Smith, Hulsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This  12th  day of  July , 2005.

/s/Lee P. Morgan
Lee P. Morgan
State Bar No: 522850

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No. 05-03817-3F1
                                                                       Chapter 11
WINN DIXIE STORES, INC., et. al.

<u>OBJECTION TO CURE AMOUNT STATED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE
SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS
AND (C) GRANTING RELATED RELIEF</u>

Now Comes Homewood Associates, Inc., creditor in the above referenced action, and objects to debtor's motion to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 1827. In support of its objection, respondent respectfully shows the court that the amount needed to cure the arrearages associated with said lease totals $50,593.97, plus such additional attorney's fees as may accrue prior to the cure amount being paid. Said amount includes CAM charges, insurance charges, debtors' prorated share of real estate taxes, plus $1,462.50 attorney's fees incurred to date.

Wherefore, respondent respectfully prays that the court enter an order setting the appropriate cure amount for respondent's lease as shown above.

                                                                       /s/ Lee P. Morgan
                                                                       Lee P. Morgan
                                                                       Attorney for Respondent

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

    D.J. Baker, Sally McDonald Henry, Rosalie Gray
    and Eric Davis
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, NY 10036-6522

    Steven Busey, James H. Post, Cynthia C. Jackson
    and Eric McKay
    Smith, Hulsey and Busey
    225 Water Street, Suite 1800
    Jacksonville, FL 32202

    Dennis F. Dunne
    Milbank, Tweed, Hadley and McCloy, LLC
    One Chase Manhattan Plaza
    New York, NY 10005

    Kenneth C. Meeker
    Assistant U.S. Trustee
    Office of the United States Trustee
    135 West Central Blvd.
    Room 620
    Orlando, FL 32801

This __12th__ day of __July__, 2005.

                                        /s/Lee P. Morgan
                                        Lee P. Morgan
                                        State Bar No: 522850