UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 05-03817-3F1
                                                                                        Chapter 11
WINN DIXIE STORES, INC., et. al.

OBJECTION TO CURE AMOUNT STATED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE
SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS
AND (C) GRANTING RELATED RELIEF

Now Comes W.T.H., II, L.L.C., creditor in the above referenced action, and objects to debtor's motion to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 1872. In support of its objection, respondent respectfully shows the court that the amount needed to cure the arrearages associated with said lease totals $58,190.44, plus such additional attorney's fees as may accrue prior to the cure amount being paid. Said amount includes CAM charges, insurance charges, debtors' prorated share of real estate taxes, plus $1,462.50 attorney's fees incurred to date.

Wherefore, respondent respectfully prays that the court enter an order setting the appropriate cure amount for respondent's lease as shown above.

                                                            /s/ Lee P. Morgan
                                                            Lee P. Morgan
                                                            Attorney for Respondent

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

>D.J. Baker, Sally McDonald Henry, Rosalie Gray
>and Eric Davis
>Skadden, Arps, Slate, Meagher & Flom, LLP
>Four Times Square
>New York, NY 10036-6522
>
>Steven Busey, James H. Post, Cynthia C. Jackson
>and Eric McKay
>Smith, Hulsey and Busey
>225 Water Street, Suite 1800
>Jacksonville, FL 32202
>
>Dennis F. Dunne
>Milbank, Tweed, Hadley and McCloy, LLC
>One Chase Manhattan Plaza
>New York, NY 10005
>
>Kenneth C. Meeker
>Assistant U.S. Trustee
>Office of the United States Trustee
>135 West Central Blvd.
>Room 620
>Orlando, FL 32801

This  12th  day of  July , 2005.

>/s/Lee P. Morgan
>Lee P. Morgan
>State Bar No: 522850

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                           Case No. 05-03817-3F1
                                                                                                 Chapter 11
WINN DIXIE STORES, INC., et. al.

<u>OBJECTION TO CURE AMOUNT STATED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE
SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS
AND (C) GRANTING RELATED RELIEF</u>

Now Comes Homewood Associates, Inc., creditor in the above referenced action, and objects to debtor's motion to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 1827. In support of its objection, respondent respectfully shows the court that the amount needed to cure the arrearages associated with said lease totals $50,593.97, plus such additional attorney's fees as may accrue prior to the cure amount being paid. Said amount includes CAM charges, insurance charges, debtors' prorated share of real estate taxes, plus $1,462.50 attorney's fees incurred to date.

Wherefore, respondent respectfully prays that the court enter an order setting the appropriate cure amount for respondent's lease as shown above.

                                                                                            <u> /s/ Lee P. Morgan </u>
                                                                                            Lee P. Morgan
                                                                                            Attorney for Respondent

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

>D.J. Baker, Sally McDonald Henry, Rosalie Gray
and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

>Steven Busey, James H. Post, Cynthia C. Jackson
and Eric McKay
Smith, Hulsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

>Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

>Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This  12th  day of  July , 2005.

>/s/Lee P. Morgan
Lee P. Morgan
State Bar No: 522850