## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | * |
| | * |
| WINN DIXIE STORES, INC., | * |
| | *   CASE NO. 3;05-bk-03817 |
| | * |
| Debtor. | * |

## MOTION FOR RELIEF FROM STAY

COMES NOW Vera Volovecky and respectfully represents and shows as follows:

1. On February 21, 2005, the Debtor filed a Petition under Chapter 11 of the Bankruptcy Code and was adjudged a Debtor in the United States Bankruptcy Court for the Middle District of Florida.

2. On or about the 4th day of April, 2003, in the City of Robertsdale, Baldwin County, Alabama, the Debtor negligently and/or wantonly caused or allowed the floor of the Winn Dixie Building to become wet and maintained as such, thus causing the floor to become slippery and dangerous.

3. The Plaintiff/Movant, Vera Volovecky, on said date entered the premises as a business invitee for the purpose of purchasing groceries from the Debtor at which time and place the Plaintiff slipped or fell on the wet and slippery floor which was being maintained without adequate notice to the Plaintiff/Movant or care by the Debtor.

4. As approximate consequence of the Debtor's said negligence, the Plaintiff/Movant was caused to suffer the following injuries and damages:

   A. The impact on the floor has caused persistent pain in the left hip and leg area of the Plaintiff/Movant.

    B.    The impact on the floor belonging to or in control of the Debtor has resulted, in addition to the pain above-described, a tingling area in both feet at times as well as stiffness in her left hip area, all of which required medical attention.

5.    The result of the injuries sustained have disabled the Plaintiff/Movant to the extent that she cannot perform the requirements of her employment or occupation resulting in a loss of income and she continues to suffer with pain in her lower back and hip area and continues to incur medical expenses for treatment and loss of income as a direct and proximate result of the injured suffered as aforesaid.

6.    The Plaintiff/Movant has filed a complaint in the Circuit Court of Baldwin County, Alabama alleging that the negligence and/or wantonness of the Debtor has caused significant injury to the Plaintiff/Movant, and has demanded a judgment against the Debtor in the sum of Five Hundred Thousand and no/100 Dollars ($500,000.00) and costs.

WHEREFORE, the Plaintiff/Movant Vera Volovecky respectfully prays that upon due proceedings being held, an Order or Decree be entered by this Honorable Court granting that Vera Volovecky has relief from the automatic stay, so that she may pursue her claims against said Debtor.

Respectfully submitted,

/s/ Brian P. Britt
BRIAN P. BRITT

OF COUNSEL:
KOPESKY & BRITT, LLC
P. O. Box 1138
Fairhope, AL 36533
251-928-9900

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the following by mailing a copy of same by First Class United States Mail, properly addressed and postage prepaid, on this the _____ day of July, 2005 as follows:

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

M. Warren Butler, Esquire
Richard B. Johnson, Esquire
Lyons, Pipes & Cooks, P.C.
Post Office Box 2727
Mobile, Alabama 36652

_____
BRIAN P. BRITT