

F I L E D
JACKSONVILLE, FLORID.

JUL 1 2 2005

CLERK, U.S. BANKRUPTCY COUn.
MIDDLE DISTRICT OF FLORIDA

July 8, 2005

Hon. Jerry A. Fund
U.S. Bankruptcy Court Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32254

      RE:   Maintenance Agreement (Sweeper Service Agreement) by and between
      Crystal Clean Sweeping, Inc. and Winn-Dixie Stores, Inc.

Dear Honorable Jerry A. Funk:

Enclosed you will find a copy of an agreement whereby Winn-Dixie Stores, Inc. (the "Company") through its authorized representative agreed pursuant to the Final Order Authorizing Debtors to Pay Certain Work-in-Progress Claims of On-Site Providers as Necessary to Avoid Disruptions to Operations (the "Order') to "make payments for on-site work performed prior to the Chapter 11 filing on certain conditions". Crystal Clean Sweeping, Inc. ("CCS") has performed all the requisite conditions and has "held up our end of the bargain", but the Company has failed to meet its obligations with no explanation whatsoever.

I am not an attorney but I find the attached agreement to meet all the standards of a contract. Furthermore, the contract was entered post petition and therefore appears to be valid in the eyes of the court.

As a small business owner who has acted in good faith I would ask that you compel the Company to comply with the attached contract and Order pursuant to its terms.

Thank you in advance for your assistance in this matter.

Sincerely,

Rand Ray
President

cc:    Winn-Dixie Stores, Inc. – Legal Department

---

125 E. Ford Street, Suite B1
Ridgeland, MS 39157
(601) 605-6022 (phone)
(601) 605-6023 (fax)
info@crystalcleansweeping.com
www.crystalcleansweeping.com



DATE 04/11/05

Crystal Clean
125 E. Ford Street Suit B1
Ridgeland, Ms. 70151
Rand Ray

Re: Winn-Dixie Stores, Inc.
    Location(s): 1306,1314,1338,1350,2623,2624

Maintenance Agreement (Sweeper Service agreement)
by and between Crystal Clean and Winn-Dixie Stores, Inc.

Dear Rand Ray

As you are aware, on February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries (collectively, the "Company") filed for Chapter 11 protection under the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the Final Order Authorizing Debtors to Pay Certain Work-in-Progress Claims of On-Site Providers as Necessary to Avoid Disruption to Operations (the "Order"), a copy of which is attached hereto as Exhibit "A" for your reference, the Company is authorized to make payments for on-site work performed prior to the Chapter 11 filing on certain conditions. Subject to your agreement to the terms of this letter, the Company has determined that those conditions are satisfied and that it is in the Company's best interest to continue with our work-in-progress at the above referenced location(s).

Under the Order, as a condition to receiving payment for work performed prior the Chapter 11 filing, you must agree to continue providing services as necessary for the ongoing Routine Maintenance at the above location(s) on the terms previously agreed for the above listed location(s). Further, you must acknowledge that this payment, as shown on the attached Exhibit "B" Invoice, is in full and final satisfaction of any and all of your pre-petition claims against the Company. Finally, you agree that the terms of this Agreement shall be and remain completely confidential and shall not be disclosed to anyone, (except legal counsel and accountants for any purpose, provided those said third parties specifically agree to keep such information confidential) except when required by a specific court order.

WINN-DIXIE LOUISIANA, 600 EDWARDS AVE., HARAHAN, LA 70123 3185
MAILING ADDRESS: P. O. BOX 51059, NEW ORLEANS, LA 70151-1059  (504) 731-2200

Printed on Recycled Paper
WE 22-05



Please indicate your agreement to and acknowledgement of these terms by signing below and returning one fully executed copy to my attention. Moreover, any payment accepted by you under the attached Order will be deemed to be an acceptance of the terms of the attached Order.

Sincerely,
WINN-DIXIE STORES, INC.

Jay Archambault
Real Estate Property Manager

I, _Kano Ray_ the _President_ of _Crystal Clean Sweeping, Inc._ (the "On-Site Provider") hereby:

(a) agree that the On-Site Provider will continue providing services as necessary to provide ongoing routine maintenance at this location on the terms previously agreed under written agreement, work order or under usual and customary course of dealing; and

(b) agree that the terms of this Letter Agreement shall be and remain completely confidential and shall not be disclosed for any purpose except as specifically provided herein; and

(c) acknowledge that any payments made pursuant to the Order are deemed to be an acceptance of the terms of the attached order and are subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York.

I hereby acknowledge and agree to terms of the attached Letter Agreement by and between Winn-Dixie Stores, Inc. and On-Site Provider this 33 day of Apr l, 2005.

By: _____
of _Crystal Clean Sweeping, Inc._
as its: _President_

Exhibit "A" Final Order

WINN-DIXIE LOUISIANA, 800 EDWARDS AVE., HARAHAN, LA 70123-3185
MAILING ADDRESS: P. O. BOX 51059, NEW ORLEANS, LA 70151-1059 (504) 731-2200

Printed on Recycled Paper

Exhibit "B" Invoice
Paying 02/01/05 through 02/21/05

| Invoice # | Date | Amount |
|---|---|---|
| 5110 | 02/28/05 | 437.43 |
| 5111 | 02/28/05 | 439.74 |
| 5112 | 02/28/05 | 483.00 |
| 5113 | 02/28/05 | 428.61 |
| 5109 | 02/28/05 | 335.79 |
| 5101 | 02/28/05 | 731.64 |

Paying All Jan. Invoice

| 5052 | 01/22/05 | 583.02 |
| 5053 | 01/22/05 | 568.20 |
| 5049 | 01/22/05 | 643.76 |
| 5050 | 01/22/05 | 571.50 |
| 5051 | 01/22/05 | 447.64 |
| 5054 | 01/22/05 | 975.54 |