## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

                 **Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.     I am of legal age and I am not a party to this action.

2.     I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.     Between June 20, 2005 and July 8, 2005, I caused copies of:

- **the Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time**
- **the Proof of Claim Form**

    to be inserted by first class mail, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Supplemental Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: July 12, 2005

                              _____
                                   Kathleen M. Logan

# EXHIBIT A
# SERVICE LIST

SUPPLEMENTAL SERVICE LIST

**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407670-93<br>59 WEST PARTNERS, LTD<br>OLDACRE, NEWTON OLDACRE MCDONALD<br>ATTN: LEASING DEPT<br>PO BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 407660-93<br>59 WEST PARTNERS, LTD<br>N O M PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 407672-93<br>A.A.C., INC.<br>A.A.C., INC., A.J. & C GARFUNKEL<br>400 MALL BOULEVARD, 2ND FLOOR STE M<br>PO BOX 16087<br>SAVANNAH GA 31406 |
| CREDITOR ID: 407648-93<br>ADAM-DIX PROPERTIES<br>CHESTER DIX<br>ATTN: MRS MILDRED V GRAY<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE AL 35005 | CREDITOR ID: 404083-95<br>AGELITY INC<br>115 BROADHOLLOW RD STE 325<br>MELVILLE NY 11747-4999 | CREDITOR ID: 407667-93<br>AL DAN PENSION INVESTMENTS INC<br>W-D SHELBY PARTNERSHIP<br>C/O WEISS<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK NY 10018-7603 |
| CREDITOR ID: 404098-95<br>ALL CLEAN SWEEPING SERVICES<br>2525 ROSE SPRING DR<br>ORLANDO FL 32825-7407 | CREDITOR ID: 389954-54<br>ALMEDA, MAILISE<br>3460 NW 50TH AVE #B-204<br>FORT LAUDERDALE FL 33313 | CREDITOR ID: 398242-78<br>ATKINS, MARGARET<br>10417 ALTMAN STREET<br>TAMPA, FL 33612 |
| CREDITOR ID: 404172-95<br>ATMOS ENERGY<br>PO BOX 9001949<br>LOUISVILLE KY 40290-1949 | CREDITOR ID: 389123-54<br>AUTIN, CRYSTAL<br>938 LAFAYETTA STREET<br>SUITE 101<br>NEW ORLEANS LA 70113 | CREDITOR ID: 406347-MS<br>BABIN SR., JAMES L.<br>228 TIMBERTON DRIVE<br>HATTIESBURG MS 39401 |
| CREDITOR ID: 398250-78<br>BANKS, EDITH<br>2086 ARMARK DRIVE<br>CLEARWATER, FL 33764 | CREDITOR ID: 406355-MS<br>BARFOOT, RANDALL<br>211 NASCAR LANE<br>WEBB AL 36376 | CREDITOR ID: 398255-78<br>BARKER, LINDA<br>104 MALIBU STREET<br>EDEN, NC 27288 |
| CREDITOR ID: 398257-78<br>BARNHILL, ELIZABETH P<br>300 CARDINAL DR<br>TAYLORS, SC 29687 | CREDITOR ID: 398265-78<br>BASS, R E<br>6452 NC 904 HWY<br>FAIRMONT, NC 28340 | CREDITOR ID: 387433-54<br>BELIZAIRE, ELICEENNE<br>807 N. 32ND STREET, APT A<br>FORT PIERCE FL 34947 |
| CREDITOR ID: 407655-93<br>BELMONT/CENTERMARK, LP<br>RETAIL MANAGEMENT GROU, INC.<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 407656-93<br>BELMONT/CENTERMARK, LP<br>SUN LIFE ASSURANCE CO OF CANADA<br>C/O CHILDRESS KLEIN PROPERTIES<br>301 S COLLEGE STREET, SUITE 2800<br>CHARLOTTE NC 28202 | CREDITOR ID: 398278-78<br>BENSON, MARILYN JEAN<br>2704 EVELYN DRIVE<br>APOPKA, FL 32703 |
| CREDITOR ID: 406381-MS<br>BERGSTROM, GEORGE<br>101 E PARTRIDGE PATH<br>ELMORE AL 36025-1067 | CREDITOR ID: 398281-78<br>BETROS, G L<br>2837 CARAWAY DRIVE<br>TUCKER, GA 30084 | CREDITOR ID: 398281-78<br>BETROS, GEORGE<br>2837 CARAWAY DRIVE<br>TUCKER, GA 30084 |
| CREDITOR ID: 398282-78<br>BEVERLAND, J E<br>10422 MOSHIE LANE<br>SAN ANTONIO, FL 33576 | CREDITOR ID: 398283-78<br>BEVILLE, ROBERT L<br>6890 BAMBI LANE<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 398285-78<br>BINNEY, ROBERT J<br>2524 CRESTRIDGE CIRCLE<br>MARREO, LA 70072 |

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 398286-78
BIRD, FRANK W
102 ABERDEEN COURT
PRATTVILLE, AL 36066

CREDITOR ID: 398288-78
BLACK, W V
888 KENTWOOD DRIVE
ROCK HILL, SC 29730

CREDITOR ID: 406396-MS
BLUM, RICHARD F.
3812 STONE RIVER CT
LOUISVILLE KY 40299

CREDITOR ID: 282467-39
BONNIE DREWERY MORRISON
1106 MAYWOOD DR
VINTON VA 24179

CREDITOR ID: 398311-78
BRADLEY, JAMES H
C/O JANE SLAY, 8411 WOODBROOK DRIVE
KNOXVILLE, TN 37919

CREDITOR ID: 388015-54
BRANTLEY, SUZANNE
147 SOURWOOD LANE
SHARPES CHAPEL TN 37866

CREDITOR ID: 398316-78
BRASWELL, TOMMY H.
908 E. OHIO
DELAND, FL 32724

CREDITOR ID: 406421-MS
BROCATO JR., ROY J.
115 RUE DES BOUVIER
YOUNGVILLE LA 70592

CREDITOR ID: 398334-78
BUDAY, SHIRLEY
1805 HIDDEN PINE LANE
APOPKA, FL 32712

CREDITOR ID: 407762-99
BURLINGTON ASSOCIATES LP
C/O ROSEN LAW GROUP LLC
ATTN: MITCHELL S ROSEN
ATLANTA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 398341-78
BURT, LILLY A.
2908 WINDSTONE CT
BEDFORD TX 76021

CREDITOR ID: 407729-93
BUSINESS DATA CENTER
12 NEPCO WAY
PITTSBURG NY 12903

CREDITOR ID: 404288-95
C & B INDUSTRIAL SAFETY
5377 N HIATUS RD
SUNRISE FL 33351-8718

CREDITOR ID: 398358-78
CAMP, ROSETTA P
1044 HILLOCK DRIVE E
JACKSONVILLE, FL 32221

CREDITOR ID: 398359-78
CANDLER, GERALDINE J
4528 SPRINGLAKE ROAD
CHATTANOOGA, TN 37415

CREDITOR ID: 404304-95
CANN SUPPLY
PO BOX 60128
JACKSONVILLE FL 32236-0128

CREDITOR ID: 404304-95
CANN SUPPLY
PO BOX 60128
JACKSONVILLE FL 32236-0128

CREDITOR ID: 407778-93
CAPITOL INSURANCE COMPANIES
4610 UNIVERSITY AVENUE
PO BOX 5900
MADISON WI 53705-0900

CREDITOR ID: 407743-99
CAPSTONE ADVISORS INC
C/O KATTAN MUCHIN ROSENMAN LLP
ATTN: DUSTIN P BRANCH, ESQ
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES  CA 90067

CREDITOR ID: 407743-99
CAPSTONE ADVISORS INC
C/O HELD & ISRAEL
ATTN: EDWIN W HELD, JR
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 406466-MS
CARHILL, DANIEL
PO BOX 1007
GRESHAM OR 97030-0219

CREDITOR ID: 398374-78
CASON, PATRICIA W
902 LOG SHOALS ROAD
GREENVILLE, SC 29607

CREDITOR ID: 404332-95
CE DE CANDY INC
1091 LOUSONS RD
UNION NJ 07083-5029

CREDITOR ID: 407731-99
CHAPEL TRAIL ASSOCIATES LTD
C/O LAW FIRM OF ROBERT C MEYER PA
ATTN: ROBERT C MEYER, ESQ
2223 CORAL WAY
MIAMI FL 33145

CREDITOR ID: 407775-99
CHAPIN DEVELOPEMENT CO
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 407657-93
CHARLES A. WILKINS
WATERS INC SC MGMT TRUST ACCT
PO BOX 34127
CHARLOTTE NC 28234

CREDITOR ID: 407592-99
CHEP EQUIPMENT POOLING SYSTEMS
C/O STUSMAN & THAMES, P.A.
ATTN NINA M LAFLEUR, ESQ.
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 404370-95
CINTAS CORPORATION #646
2379 COMMERCIAL PARK DR
MARIANNA FL 32448-2521

CREDITOR ID: 406488-MS
CLACK, KENNETH
1124 WOODCREST AVE.
INVERNESS FL 34453

CREDITOR ID: 406490-MS
CLARY JR., MATTHEW W.
882 WALLACE PATE DR
GEORGETOWN SC 29440

CREDITOR ID: 407669-93
CLUB BOULEVARD INVESTORS, LP
PO BOX 2680
NORFOLK VA 23501

CREDITOR ID: 407668-93
CLUB BOULEVARD INVESTORS, LP
HARBOR GROUP, DURHAM PLAZA ASSOC
999 WATERSIDE DRIVE, SUITE 2300
NORFOLK VA 23501

CREDITOR ID: 398398-78
COLE, SHERRY LEE
202 DAVIS ST.
WEATHERFORD, TX 76086

CREDITOR ID: 386220-54
COLLINS, CHARLENE
2340 10TH COURT SOUTH, APT A-6
BHAM AL 35205

CREDITOR ID: 407503-99
COUNTY OF PINELLAS, FL
C/O MANAGING ASSISTANT COUNTY ATTNY
ATTN: SARAH RICHARDSON
315 COURT STREET
CLEARWATER FL 33756

CREDITOR ID: 398422-78
COURTNEY, JAMES
8437 130TH AVENUE N
LARGO, FL 33773

CREDITOR ID: 404484-95
COWABUNGA INC
3585 TROTTER DR
ALPHARETTA GA 30004-7701

CREDITOR ID: 407652-93
CPM ASSOCIATES, LP
MCCOMB ASSOCIATES
C/O FLETCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA GA 30339

CREDITOR ID: 407605-93
CROCKETT
C/O W.L. SALTER, JR.
407 RANDOLPH DRIVE
PO BOX P
VIDALIA GA 30475

CREDITOR ID: 398436-78
CRUSE, SARA F
5360 BLUEBIRD LANE
YORK, SC 29745

CREDITOR ID: 386635-54
DANIELS, BRYAN
730-C SPRINGRIDGE ROAD
CLINTON MS 39056

CREDITOR ID: 398449-78
DAVIS, JERRY D.
1527 MARSH RABBIT WAY
ORANGE PARK, FL 32003

CREDITOR ID: 388834-54
DAVIS, MARTHA A
246 W HIGHLANDER
HARVEST AL 35749

CREDITOR ID: 398451-78
DAVIS, OLIVER W.
3909 STANLEY ROAD
THONOTASSA, FL 33592

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
C/O MCELWEE FIRM PLLC
ATTN: ROBERT P LANEY, ESQ
906 MAIN STREET
NORTH WILKESBORO NC 08659

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
ATTN: CHARLES & LYNN DAY
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 407740-99
DBR ASSET MGMT IN AGENT FOR
DIM VASTGOED
C/O GATTER & ASSOCIATES PA
ATTN: ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407739-99
DBR ASSET MGMT IN AGENT FOR
NORTHWAY INVESTMENTS LLC
C/O GATTER & ASSOCIATES PA
ATTN: ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407738-99
DBR ASSET MGMT IN AGENT FOR
BEDFORD AVENUE REALTY INC
C/O GLATTER & ASSOCIATES PA
ATTN: ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407737-99
DBR ASSET MGMT IN AGENT FOR
GALT OCEAN MARKETPLACE
C/O GLATTER & ASSOCIATES PA
ATTN: ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD,S TE 24
BOCA RATON FL 33486

CREDITOR ID: 407741-99
DBR ASSET MGMT IN AGENT FOR
IIIT WEST LLC
C/O GLATTER & ASSOCIATES PA
ATTN: ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407736-99
DBR ASSET MGMT IN AGENT FOR
THREE LAKES PLAZA LC
C/O GLATTER & ASSOCIATES PA
ATTN: ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 404541-95
DEL LABORATORIES INC
PO BOX 9357
UNIONDALE NY 11553-9357

CREDITOR ID: 389684-54
DEYONG, ROSE
12100 SEMINOLE LOT 337
LARGO, FL 33778

SUPPLEMENTAL SERVICE LIST
**Notice of Deadline Requiring Filing of Proofs
of Claim on or Before August 1, 2005, at
5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 398464-78
DICKEY, DOROTHY T
180 SHERRY LANE
FAIR PLAY, SC 29643

CREDITOR ID: 404562-95
DM DISTRIBUTORS & PUREYORS LLC
8750 NW 99TH ST
MEDLEY FL 33178-1474

CREDITOR ID: 406591-MS
DUDLEY, LEATON C.
PO BOX 152
HARKERS ISLAND NC 28531

CREDITOR ID: 398489-78
DUPUY, EUGENE P
3313 SUGARMILL ROAD
KENNER, LA 70065

CREDITOR ID: 389077-54
EDMONDS, ROSE
2807 INDEPENDENT CHURCH ROAD
EMPORIA, VA 23847

CREDITOR ID: 398492-78
EDMONDSON, LOUISE
1501 YELLOW WOOD DRIVE
SIMPSONVILLE, SC 29680

CREDITOR ID: 407752-99
EFESOS PROPERTIES NV INC AND
ORION INVESTMENT & MNGMNT LTD CORP
C/O HINSHAW & CULBERTSON LLP
ATTN: KENNETH G M MATHER
100 SOUTH ASHLEY DR, STE 500
TAMPA FL 33602

CREDITOR ID: 407579-99
ENGLISH, AMANDA
C/O HARRELL & HARRELL
ATTN: GREGORY J SCHLAX
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

CREDITOR ID: 407579-99
ENGLISH, AMANDA
C/O HELD & ISRAEL ATTYS AT LAW
ATTN KIMBERLY HELD ISRAEL ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 398509-78
FAULK, BARBARA H
111 WITHERSPOON CT
WARNER ROBBINS GA 31088

CREDITOR ID: 407777-99
FLORIDA DICKENS ASSOCIATES LTD
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 405884-99
FOLEY PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 405884-99
FOLEY PARTNERS LLC
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 406647-MS
FOWLER, TOM
2726 GARRETT NICHOLAS LOOP
KISSIMMEE FL 34746-3593

CREDITOR ID: 406653-MS
FRYERS, GERALD
3773 AVON CT
CLERMONT FL 34711-5724

CREDITOR ID: 388496-54
GADSDEN, MARTHA E
2437 NW 98TH STREET
MIAMI, FL 33147

CREDITOR ID: 385644-99
GAGNON, CHRISTINA
C/O HELD & ISRAEL
ATTN KOMBERLY HEL ISRAEL, ESQ,
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 385644-99
GAGNON, CHRISTINA
C/O HARRELL & HARRELL
ATTN: GREGORY J SCHLAX
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

CREDITOR ID: 406661-MS
GARMON, JOHN R.
13810 SUTTON PARK DR. N. #1124
JACKSONVILLE FL 32224

CREDITOR ID: 398552-78
GAYNOR, SETH S.
2856 RAVINES ROAD
MIDDLEBURG, FL 32068

CREDITOR ID: 394095-56
GENDRAW, MICKIE S
69A SUMMER STREET APT 3
DORCHESTER MA 02125-3449

CREDITOR ID: 398556-78
GENTRY, DANIEL
7404 ENGLEWOOD CT
FT. WORTH TX 76148

CREDITOR ID: 406668-MS
GENTRY, ROBERT
7404 ENGELMAN CT
FORT WORTH TX 76137

CREDITOR ID: 388824-54
GIANNELLI, MARIA
5248 NE 2ND TERRACE
FORT LAUDERDALE, FL 33334

CREDITOR ID: 407639-93
GIANNELLI, MARIA
C/O FINIZIO & FINIZIO PA
ATTN: JAMIE J FINIZIO-BASCOMBE
106 SOUTHEAST 9TH ST
FORT LAUDERDALE FL 33316

CREDITOR ID: 398561-78
GILLIE II, DOUGLAS H.
7985 SWEETWATER DRIVE
DOUGLASVILLE, GA 30135

CREDITOR ID: 398563-78
GILSTRAP, WALTER H
100 CARMEN WAY
EASLEY, SC 29642

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 407673-93
GOLDSBORO ASSOCIATES
AFI MANAGEMENT
NEW IBERIA ASSOCIATES
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 398575-78
GOULD, DALE
4805 COUNTY OAKS BLVD
SARASOTA, FL 34243

CREDITOR ID: 404768-95
GRAMERCY ELEMENTARY
601 E SECOND ST
GRAMERCY LA 70052-5610

CREDITOR ID: 387275-54
GREGORY JACKSON, JR. (MINOR)
5124 CLARION HAMMOCK DR
ORLANDO, FL 32808

CREDITOR ID: 398589-78
GUE JR., GEORGE T.
593 LAKE POINTE DRIVE
YANCEYVILLE, NC 27379

CREDITOR ID: 398591-78
GULLEDGE, BARBARA
1723 TREASURE CAY DRIVE
MANSFIELD, TX 76063

CREDITOR ID: 387128-54
HAIGE, HARRY
C/O WARREN KNAUST KNAUST & ASSOC
2167 5TH AVE
ST. PETERSBURG, FL 33713-8013

CREDITOR ID: 385467-54
HALL, WILLIAM S
601 N. NEWNAN ST
APT 506
JACKSONVILLE, FL 32202

CREDITOR ID: 406711-MS
HAMILTON, JIMMY
PO BOX 780356
TALLASSEE FL 36078

CREDITOR ID: 398601-78
HAMMOND JR., WALTER H.
4476 OAKDALE VINNING LANDING
SMYRNA GA 30080

CREDITOR ID: 398604-78
HANCE, JAMES H.
14008 PELICAN STREET
PANAMA CITY, FL 32412

CREDITOR ID: 398604-78
HANCE, JAMES H.
117 COTTONWOOD CIRCLE
LYNN HAVEN FL 32444

CREDITOR ID: 398612-78
HARDESTY, FRANK
10673 CARDINGTON LANE
RALEIGH, NC 27614

CREDITOR ID: 398613-78
HARDESTY, STEVEN
225 SHILLINGS CHASE DRIV
APEX, NC 27539

CREDITOR ID: 398619-78
HARRELL, EVELYN
4796 BETHANY DRIVE
HIHIRA, GA 31632

CREDITOR ID: 404802-95
HARRIS WHOLESALE INC
420 CIVIC BLVD
RALEIGH NC 27610-2967

CREDITOR ID: 398627-78
HARTMAN,  LOUIS E
C/O FIRST UNION NATIONAL BANK, PO BOX 522817
MIAMI FL 33152

CREDITOR ID: 396058-60
HARTMAN, CARROLL
13995 SW 99 AVE.
MIAMI, FL 33176

CREDITOR ID: 398628-78
HATCHER, J G
2400 HUNTER HILL DRIVE
ARLINGTON, TX 36012

CREDITOR ID: 406741-MS
HAYS, WALLACE W.
5855 PIPER GLEN BLVD.
JACKSONVILLE, FL 32222

CREDITOR ID: 386174-54
HERNANDEZ, FRANCISCA C
PO BOX 5098
IMMOKALEE, FL 34143

CREDITOR ID: 406755-MS
HESTER, LARRY E
3562 LAKE BAYSHORE DRIVE
CONDO #K202
BRADENTON FL 34205

CREDITOR ID: 407733-99
HILLANDALE FARMS INC
C/O MOSELEY PRICHARD ET AL
ATTN: R K JONES/E L HEARN ESQS
501 WEST BAY ST
JACKSONVILLE FL 32202

CREDITOR ID: 398650-78
HINKLE, LORINDA K
4295 SKATES CIRCLE
FT MYERS, FL 33905

CREDITOR ID: 407728-93
HOME DEPOT
C/O PRO CONSULTING SERVICES INC
COLLECTIONS DIV
PO BOX 66768
HOUSTON TX 77266-6768

CREDITOR ID: 398664-78
HOPKINS, HAROLD I
200 ELMWOOD DR
JACKSONVILLE, FL 32259

CREDITOR ID: 388531-54
HOUSEHOLDER, SUSAN
800 HIBISCUS AVE
APT 3
POMPANO BEACH, FL 33062

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

CREDITOR ID: 398677-78
HUFFMAN, D R
200 CHESTNUT LANE
MATTHEWS, NC 28104

CREDITOR ID: 406800-MS
HURTADO DE MENDOZA, ORLANDO
8181 LOCH LOMOND LANE
JACKSONVILLE FL 32244

CREDITOR ID: 407658-93
INDEPENDENCE CROSSING
BLANCHARD & CALHOUN REAL ESTATE
FIRST UNION WHOLESALE LOCK BOX
PO BOX 60253
CHARLOTTE NC 28260-0253

CREDITOR ID: 407654-93
INDEPENDENCE CROSSING, LLC
BLANCHARD & CALHOUN
699 BROAD STREET, SUITE 400
AUGUSTA GA 30901

CREDITOR ID: 407776-99
IVEY ELECTRIC COMPANY
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 406807-MS
JACKSON, CHARLES V.
PO BOX 249
DADE CITY FL 33526

CREDITOR ID: 398693-78
JACKSON, R. WAYNE
2171 SW 115 TERRACE
DAVIE, FL 33325

CREDITOR ID: 388826-54
JACKSON, RENEE
PO BOX 673174
MARIETTA, GA 30006

CREDITOR ID: 398696-78
JAMES, CAROLYN
C/O RA  JAMES, 2648 ADELE ROAD
JACKSONVILLE, FL 32216

CREDITOR ID: 398697-78
JAMES, FRANK L
121  LANCASTER PLACE
ST AUGUSTINE, FL 32080

CREDITOR ID: 398698-78
JAMES, J DON
126 QUEEN ISABELLA COURT
FT PIERCE, FL 34949

CREDITOR ID: 389505-54
JASSO, JOAQUIN
2411 CEDAR TRACE DRIVE
TAMPA, FL 33613

CREDITOR ID: 155985-09
JONES, ILONA H
HAUPTSTRASSE II
RECHTEUBACH  97848
GERMANY

CREDITOR ID: 389142-54
JONES,JR., JOSEPH
5344 PALMER AVE
JACKSONVILLE, FL 32210

CREDITOR ID: 389948-54
JOSEPH, MARION
1466 MARAIS STREET
NEW ORLEANS, LA 70116-1847

CREDITOR ID: 407663-93
K-2 ASSOC, LLC
CENTREX PROPERTIES
PO BOX 10369
GOLDSBORO NC 27402

CREDITOR ID: 381867-99
K-2 PROPERTIES LLC
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN: MARGARET R WESTBROOK, ESQ
TWO HANOVER SQUARE, STE 1900
434 LAFAYETTE ST MALL, PO BOX 1070
RALEIGH NC 27602-1070

CREDITOR ID: 398727-78
KASCH, JUDITH
C/O AR KASCH, 5371 WHITE IBIS DRIVE, HERON CREEK
NORTH PORT, FL 34287

CREDITOR ID: 398732-78
KELLER, CHARLOTTE
2796 JAN DRIVE
DOUGLASVILLE, GA 31035

CREDITOR ID: 298569-39
KELVIN J CLAXTON
PO BOX 2274
BUNNELL FL 32110

CREDITOR ID: 406851-MS
KINCHELOE, CECIL
PO BOX 120375
TYLER TX 75712

CREDITOR ID: 269491-18
KNIGHT, ROBERT
2200 BABCOCK STREET
MELBOURNE FL 32901

CREDITOR ID: 407664-93
KRUSCH PROPERTIES, LLC
BROWN INVESTMENT PROPERTIES
ATTN: BARBARA BECK
PO BOX 930
GREENSBORO NC 27402

CREDITOR ID: 398750-78
KUFELDT, ANNE
13071 FT CAROLINE ROAD
JACKSONVILLE, FL 32225

CREDITOR ID: 398752-78
KURTZ, DAVID
3024 CEDAR RUN
WILLIAMSBURG, VA 23185

CREDITOR ID: 389592-54
LAKE, PATRICIA
818 SW TUSTENUGGEE AVE
LAKE CITY, FL 32025

CREDITOR ID: 398761-78
LAND, RONALD H.
306 WELLINGTON DRIVE
MOORE, SC 29369

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 407604-93
LEAMON, LEJUNE
C/O MALONEY STROHMEYER LLP
ATTN DAVID J MALONEY, ESQ
601 CHURCH STREET
MOBILE AL 36602

CREDITOR ID: 406894-MS
LEDFORD, DONALD K.
3383 BUELAH VISTA CT
ORANGE PARK FL 32003-1447

CREDITOR ID: 398775-78
LEE, W L
2228 CURLEW ROAD
PALM HARBOR, FL 34683

CREDITOR ID: 407764-99
LENOIR PARTNERS LLC
C/O ROSEN LAW GROUP LLC
ATTN: MITCHELL S ROSEN, ESQ
ATLANATA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 407583-37
LIMAGE, FEDLIN
620 SW 69TH WAY
PEMBROKE PINES FL 33023

CREDITOR ID: 407771-38
LINGENFELDER, LINDA
C/O PATRICIA T KIDD PSC LAW OFFICES
ATTN PATRICIA T KIDD, ESQ
40511 SHELBYVILLE ROAD
LOUISVILLE KY 40207

CREDITOR ID: 407774-99
LINPRO INVESTMENTS INC
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 406909-MS
LONG, DENNIS
7217 OLD BARN ROAD
MONTGOMERY AL 36117

CREDITOR ID: 385353-54
LOTT, RACHEL L (MINOR)
7903 BAHIA AVE
TAMPA, FL 33619

CREDITOR ID: 407665-93
LPI WAYCROSS INC.
AMERICAN RESIDENTIAL EQUITIES, INC.
848 BRICKELL AVENUE, PENTHOUSE
MIAMI FL 33131

CREDITOR ID: 407666-93
LPI WAYCROSS, INC.
LASSITER PROPERTIES
3000 CORPORATE CENTER DRIVE
SUITE 300
MORROW GA 30260

CREDITOR ID: 398795-78
LYNN, DAVID M.
608 CAPE COURT
ROCK HILL, SC 29732

CREDITOR ID: 398796-78
LYONS, LINDA
3660 WATERTIDE DRIVE
ORANGE PARK, FL 32065

CREDITOR ID: 398798-78
MAENNER, JENNY M
4408 MACKEY DRIVE
RICHLAND HILLS, TX 76180

CREDITOR ID: 397055-66
MANDELL, BRIAN
1856 LAKOTNA DRIVE
ORANGE PARK FL 32073

CREDITOR ID: 398812-78
MARTIN, JAMES BRUCE
340 HUNTER STREET
WEST PALM BEACH, FL 33405

CREDITOR ID: 398824-78
MCCARTHY, RONALD J
124 ABERDEEN DRIVE
SLIDELL, LA 70461

CREDITOR ID: 398828-78
MCCORQUODALE, JIMMY S.
616 SHADOWWOOD LANE
RALEIGH NC 27603

CREDITOR ID: 398829-78
MCCOY, DENNIS R.
150 CROSSWINDS STREET
GREER, SC 29651

CREDITOR ID: 398832-78
MCDONALD, PANSY H
734 SUNFLOWER RD
ROCHELLE, GA 31079

CREDITOR ID: 406980-MS
MEENA, LINCOLN
2054 RIVERSIDE, #1306
JACKSONVILLE FL 32204

CREDITOR ID: 407726-93
MERCHANT SUPPLIEST INTERNATIONAL
7917 NW 65TH STREET
MIAMI FL 33166-2723

CREDITOR ID: 406985-MS
MERRILL, ERNEST W.
8261 S INDIAN RIVER DRIVE
BOCA RATON FL 33428

CREDITOR ID: 405187-95
MID FLA SUN PUBLICATIONS
4645 N HIGHWAY 19A
MOUNT DORA FL 32757-2039

CREDITOR ID: 398862-78
MIDDLEBROOKS, GUY
P. O. BOX 51461
JACKSONVILLE BEACH, FL 32240

CREDITOR ID: 389566-54
MILANES, BLANCA MARIA
11965 SW 19TH LANE
MIAMI, FL 33175-1686

CREDITOR ID: 398864-78
MILLER,  HAROLD E.
7436 WYNLAKES BLVD
MONTGOMERY  AL 36117

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                        **CASE:  05-03817-3F1**

CREDITOR ID: 398864-78
MILLER,  HAROLD E.
6318 AUGUSTA COVE
DESTIN FL 32541

CREDITOR ID: 406999-MS
MINA, THOMAS
350 ORIOLE ST
KEYSTONE HEIGHTS FL 32656

CREDITOR ID: 405204-95
MITCHCO & ASSOCIATES
17460 MCRORY 1 RD
PRAIRIEVILLE LA 70769-4631

CREDITOR ID: 405204-95
MITCHCO & ASSOCIATES
17460 MCRORY 1 RD
PRAIRIEVILLE LA 70769-4631

CREDITOR ID: 249063-99
MOBLEY FAM PRTNP LP & REDD FAM PRTN
LLLP DBA BLUE ANGEL CROSSING SHOPP
C/O EPSTEIN BECKER & GREEN PC
ATTN: ANNETTER KERLIN MCBRAYER, ESQ
945 EAST PACES FERRY RD, STE 2700
ATLANTA GA 30326-1380

CREDITOR ID: 407002-MS
MOFFET, PAUL A.
6804 N CAPITAL OF TEXAS HWY
UNIT 823
AUSTIN TX 78731

CREDITOR ID: 398881-78
MORBACH, KEVIN
782 ASHWOOD STREET
ORANGE PARK, FL 32065

CREDITOR ID: 386076-54
MORGAN, LORENE
1725 SE 50TH STREET
GAINESVILLE, FL 32641

CREDITOR ID: 398887-78
MORRIS, ROBERT P.
1218 WILLOWICK CIRCLE
SAFETY HARBOR, FL 34695

CREDITOR ID: 398890-78
MORTON, JOHN A.
908 FLINT ROCK CIRCLE
ALABASTER, AL 35007

CREDITOR ID: 398895-78
MURPHY, R R
9011 HEATHLAND COURT
MT DORA, FL 32757

CREDITOR ID: 398897-78
MURRY, SYLVESTER
8035 ST JUDE CIRCLE N
MOBILE, AL 36695

CREDITOR ID: 407641-93
MUSSMAN, JEROME
7855 BLVD EAST (6K)
NORTH BERGEN NJ 07047

CREDITOR ID: 398899-78
MYERS, DAVID E
7320 PINEWALKER DRIVE S
MARGATE FL 33063

CREDITOR ID: 388391-54
NOBLES, MILTON
1504 WENTBRIDGE DR
RICHMOND VA 23227

CREDITOR ID: 407725-93
NORTH FLORIDA IMMEDIATE CAR CARE
C/O ACC/NOBLES AGENCY
PO BOX 5066
GAINESVILLE FL 32627

CREDITOR ID: 407037-MS
NORTHCUT, WILLIAM E.
3706 WOODMONT PARK LN
LOUISVILLE KY 40245-8418

CREDITOR ID: 398913-78
NOWELL, LINDA C
609 COOKSTOWN DRIVE
SMYRNA, TN 37167

CREDITOR ID: 407761-99
OAKWOOD VILLAGE ASSOCIATES
C/O ROSEN LAW GROUP LLC
ATTN: MITCHELL S ROSEN, ESQ
ATLANTA PLAZA, STE 3250
950 E PACES FERRYRD
ATLANTA GA 30326

CREDITOR ID: 405290-95
OCONEE FAMILY PRACTICE P.A.
12016 N RADIO STATION RD
SENECA SC 29678-1143

CREDITOR ID: 405290-95
OCONEE FAMILY PRACTICE P.A.
12016 N RADIO STATION RD
SENECA SC 29678-1143

CREDITOR ID: 398917-78
ONEAL, W E
2101 RAY THORINGTON ROAD
PIKE RD, AL 36064

CREDITOR ID: 405305-95
ORALABS INC
18685 E PLAZA DR
PARKER COQ 80134-9061

CREDITOR ID: 398925-78
OXFORD, MARIE L
11016 LOUIS DRIVE
HUNTSVILLE, AL 35803

CREDITOR ID: 407650-93
P & W STONEBRIDGE, LLC
STONEBRIDGE VILLAGE
ATTN: DONNA CROWE
C/O WESTSIDE MGMT GROUP LLC
3060 PEACHTREE RD NW
ATLANTA GA 30305

CREDITOR ID: 407719-93
PACE, ELOISE J
509 NW 10TH STREET
HALLANDALE BCH FL 33009

CREDITOR ID: 407054-MS
PADGETT, RUEL D.
19511 N TRENT JONES DR
BATON ROUGE LA 70810

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 385913-54
PARKER, CHELSEY (MINOR)
605 NW 177TH STREET #229
MIAMI, FL 33169

CREDITOR ID: 391152-55
PARKER, CHELSEY (MINOR)
C/O: MARK LEEDS
633 S FEDERAL HWY, 8TH FL
SUITE 1600
FORT LAUDERDALE FL 33301

CREDITOR ID: 388340-54
PARKS, JOHN
2494 NE 5TH AVENUE
BOCA RATON, FL 33421

CREDITOR ID: 407661-93
PASCAGOULA PAROPERTIES, LTC
N O M PROPERTIES INC.
1689 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 407671-93
PASCAGOULA PROPERTIES, LTD
OLDACRE, NEWTON OLDACRE MCDONALD
ATTN: LEASING DEPARTMENT
PO BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 398936-78
PATTERSON, WANDA P
2116 MELLOR LANE
MARIETTA, GA 30064

CREDITOR ID: 407065-MS
PAYMENT JR., PHILIP H.
520 CARAWAY CT
JACKSONVILLE FL 32259

CREDITOR ID: 407065-MS
PAYMENT JR., PHILIP H.
520 CARAWAY CT
JACKSONVILLE FL 32259

CREDITOR ID: 407065-MS
PAYMENT JR., PHILIP H.
520 CARAWAY CT
JACKSONVILLE FL 32259

CREDITOR ID: 407066-MS
PEAR, THOMAS
1570 KENNESAW DR
CLERMONT FL 34711-6871

CREDITOR ID: 407071-MS
PENNEY, ELWOOD L.
105 PHICKETT PLACE
WILLMINGTON NC 28409

CREDITOR ID: 407530-93
PEREZ, DIONISIO
C/O ROBERT RUBENSTEIN, P.A.
ATTN: ERIC S SHAPIRO
9350 FINANCIAL CENTRE
9350 S DIXIE HWY., STE 1110
MIAMI FL 33156

CREDITOR ID: 407073-MS
PERKINS, MARVIN
6200 MIAL PLANTATION ROAD
RALEIGH NC 27610

CREDITOR ID: 398951-78
PETERSON, CHARLOTTE
7 WALKER'S RIDGE
PONTE VEDRA, FL 32082

CREDITOR ID: 407779-93
PLATTE RIVER INSURANCE COMPANY
4610 UNIVERSITY AVENUE
PO BOX 5900
MADISON WI 53705-0900

CREDITOR ID: 407763-99
POTTER SQUARE ASSOCIATES
C/O ROSEN LAW GROUP LLC
ATTN: MITCHELL S ROSEN, ESQ
ATLANTA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 407659-93
PREMIER PROPERTIES & FS ALABAMA LTD
AEGON USA REAL ESTATE ADVISORS
ATTN: SHARON HARDT
PO BOX 905128
CHARLOTTE NC 28290-5128

CREDITOR ID: 407742-99
PRUDENTIAL COMPANY OF AMERICA, THE
C/O HELD & ISREAL
ATTN: EDWIN W HELD, JR
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 407742-99
PRUDENTIAL COMPANY OF AMERICA, THE
C/O KATTAN MUCHIN ROSENMAN LLP
ATTN: DUSTIN P BRANCH, ESQ
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES  CA 90067

CREDITOR ID: 407757-99
PUBLIX SUPER MARKETS INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN: WILLIAM KNIGHT ZEWADSKI, ESQ
PO BOX 1102
TAMPA FL 33601

CREDITOR ID: 407732-99
QUAIL ROOST ASSOC PARTNERSHIP
C/O LAW FIRM OF ROBERT C MEYER PA
ATTN: ROBERT C MEYER, ESQ
2223 CORAL WAY
MIAMI FL 33145

CREDITOR ID: 385276-54
QUIROS, MIRIAM
418 SOUTHERN CHARM DRIVE
ORLANDO, FL 32807

CREDITOR ID: 390584-55
QUIROS, MIRIAM
C/O: JUAN C. GAUTIER
JUAN C. GAUTIER, PA
200 ROBINSON STREET, STE 1180
ORLANDO FL 32807

CREDITOR ID: 386160-54
QUIROS, MYRIAM
6817 EVANS BEND
ORLANDO FL 32087

CREDITOR ID: 389694-54
RAMIREZ, ESTRELLA
1695 W 41ST STREET
APT 2
HIALEAH, FL 33012

CREDITOR ID: 407113-MS
RAULERSON, CHARLES
785 CREIGHTON RD
ORANGE PARK FL 32003

CREDITOR ID: 398986-78
RAY, TIMOTHY W.
5655 GEORGIA HIGHWAY 256
NORMAN PARK, GA 31771

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 398986-78
RAY, TIMOTHY W.
503 RIDGE POINT CIRCLE
APT T-2
SYLVA NC 28779

CREDITOR ID: 407647-99
REDDICK, DAVID
OFFICE OF CHARLES W MCBURNEY JR
ATTN: CHARLES W MCBURNEY, JR
6550 ST AUGUSTINE RD
SUITE 105
JACKSONVILLE FL 32217

CREDITOR ID: 398993-78
RELAN, NICK J
633 BAMBO ST.
DIAMONDHEAD, MS 39525

CREDITOR ID: 388937-54
REYNOLDS, CAROL
1149 SAINA AVENUE
PORT CHARLOTTE, FL 33948

CREDITOR ID: 399001-78
RICHARDSON, CECIL JOHN
4752 GREAT WESTERN LANE SOUTH
JACKSONVILLE, FL 32257

CREDITOR ID: 399005-78
RIDDLE, PHILLIP R
560 TAMWORTH DRIVE
DANVILLE, VA 24540

CREDITOR ID: 399007-78
RIPLEY, FRANCES
C/O WAYNE E RIPLEY JR
SUN BANK /NO FL ACT #023041000
PO BOX 41549, RT 06300
JACKSONVILLE, FL 32203

CREDITOR ID: 399010-78
ROBERSON, JERRY W.
8207 BABSDALE CHASE
MONTGOMERY, AL 36117

CREDITOR ID: 386053-54
ROBINSON, LAURIE L
3749 LAKE GRIFFIN ROAD
LADY LAKE FL 32159

CREDITOR ID: 399018-78
ROMANI, TERESA
1280 WHITE IBIS COURT
JACKSONVILLE, FL 32259

CREDITOR ID: 386005-54
ROSARIO, HILDA
231 PINE TERRACE
WEST PALM BEACH, FL 33405-2615

CREDITOR ID: 407768-38
ROSE, MISTY
C/O MORGAN & MORGAN
ATTN CATHERINE DILLON, CASE MGR
20 N ORANGE AVENUE, 16TH FLOOR
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 399020-78
ROSS, TODD
645 W JOHNS CREEK PKWY
ST AUGUSTINE, FL 32092

CREDITOR ID: 388075-54
ROSSNER, MANDY
4052 OLD COTTONDALE RD
APT 701
MARIANNA, FL 32448

CREDITOR ID: 399024-78
ROWLAND, AL R.
1531 HARRINGTON PARK DRIVE
JACKSONVILLE, FL 32225

CREDITOR ID: 65152-05
RUTLEDGE III, GEORGE
17020 NW 41 AVE
MIAMI FL 33055

CREDITOR ID: 390078-54
SALAZAR, GERSON (MINOR)
116 AMERICA STREET
ORLANDO, FL 32801

CREDITOR ID: 407767-93
SCHLOSSER, JAMES A
5480 CLOUGH PIKE
CINCINNATI OH 45244

CREDITOR ID: 399045-78
SCHMIDT, CHARLES
718 ARLINGTON STREET
ORLANDO, FL 32805

CREDITOR ID: 399046-78
SCHNECKLOTH, ALBERT H.
1516 PALM AVENUE
JACKSONVILLE, FL 32207

CREDITOR ID: 296192-39
SCOTT, JOHN DAVID
501 SHENANDOAH CIR
MCCORMICK SC 29835

CREDITOR ID: 399051-78
SEAL, DAVID A.
748 FORTUNA DRIVE
BRANDON, FL 33511

CREDITOR ID: 407734-99
SEDGWICK CLAIMS MGMT SERVICES INC.
C/O LORD BISSELL & BROOK LLP
ATTN: FOLARIN S DOSUNMU
115 SOUTH LASALLE ST
CHICAGO IL 60603-3901

CREDITOR ID: 407735-99
SEMBLER COMPANY, THE PROP MNGR FOR
HIGHLANDS SQUARE (SHOPPING CNTR)
C/O PIPER LUDIN HOWIE ET AL
ATTN: ERIC E LUDIN, ESQ
5720 CENTRAL AVENUE
ST PETERSBURG FL 33707

CREDITOR ID: 407748-99
SEMBLER COMPANY, THE PROP MNGR FOR
LA PLAZA GRANDE SOUTH
C/O PIPER LUDIN HOWER & WERNER PA
ATTN: ERIC E LUDIN, ESQ
5720 CENTRAL AVENUE
ST PETERSBURG FL 33707

CREDITOR ID: 407749-99
SENDERO COMMERICAL INVESTMENTS -
PARKS PLACE LP
C/O AKIN GUMP STRAUSS ET AL
ATTN: K M AURZADA/S L SCHULTZ ESQS
1700 PACIFIC AVE, STE 4100
DALLAS TX 75201-4675

CREDITOR ID: 407183-MS
SEVIN, ALLEN
73182 PENN MILL RD
COVINGTON LA 70435-7365

**SUPPLEMENTAL SERVICE LIST**

**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405883-99<br>SHADES CREEK PARTNERS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405883-99<br>SHADES CREEK PARTNERS<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 385941-54<br>SHAW, WROCKELLE (MINOR)<br>3539 LEE PLACE<br>ATLANTA, GA 30349 |
| CREDITOR ID: 407521-93<br>SILVER SPURS ARENA<br>ATTN: MICHELLE HARRIS<br>1875 SILVER SPUR LANE<br>KISSIMMEE FL 34744 | CREDITOR ID: 399071-78<br>SIZEMORE, J. A.<br>18 BERRY ROAD<br>TAYLORS, SC 29687 | CREDITOR ID: 399075-78<br>SLOATE, ROBERT F.<br>1400 OXFORD<br>MANSFIELD, TX 76063 |
| CREDITOR ID: 399075-78<br>SLOATE, ROBERT F.<br>139 CANTERBURY PL<br>ROYAL PALM BEACH FL 33414-4353 | CREDITOR ID: 407211-MS<br>SMITH, JAMES E.<br>9331 PRESTON PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 407212-MS<br>SMITH, JAMES L.<br>21 W CRESTWOOD<br>VALDOSTA GA 31602-1387 |
| CREDITOR ID: 407531-93<br>SMITH, VIRGINIA<br>C/O ALAN SCHNEIDER P.A.<br>ATTN: ALAN SCHNEIDER<br>2900 NW 7TH STREET<br>MIAMI FL 33125 | CREDITOR ID: 399088-78<br>SNEAD, BETTY S<br>1825 NIBLICK DRIVE<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 399090-78<br>SNIPES, JOHN<br>1718 INDIA HOOK ROAD<br>ROCK HILL, SC 29732 |
| CREDITOR ID: 399092-78<br>SOUDER, BRUCE R.<br>PO BOX 408300<br>FORT LAUDERDALE FL 33340-8300 | CREDITOR ID: 399092-78<br>SOUDER, BRUCE R.<br>8220 SW 3RD PLACE<br>N LAUDERDALE FL 33068 | CREDITOR ID: 399092-78<br>SOUDER, BRUCE R.<br>PO BOX 408300<br>FORT LAUDERDALE FL 33340-8300 |
| CREDITOR ID: 399092-78<br>SOUDER, BRUCE R.<br>PO BOX 408300<br>FORT LAUDERDALE FL 33340-8300 | CREDITOR ID: 407744-99<br>SOUTH ROCKDALE ASSOC LLC<br>C/O EPSTEIN BECKER & GREEN PC<br>ATTN: ANNETTE KERLINEMCBRAYER, ESQ<br>945 EAST PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 399100-78<br>SPRADLEY, JOY<br>1142 WESTWARD DRIVE<br>MIAMI SPRINGS, FL 33166 | CREDITOR ID: 405879-99<br>SPRING HILL ASSOC LTD<br>C/O TABAS FREEDMAN SOLOFF & MILLER<br>ATTN: JOEL L TABAS<br>25 SOUTHEAST SECOND AVE, STE 919<br>MIAMI FL 33131 |
| CREDITOR ID: 407233-MS<br>STAAB, MARVIN J.<br>152 RIVERSTONE WAY<br>GREER SC 29651 | CREDITOR ID: 405622-95<br>STANDARD OFFICE SYSTEMS<br>2475 MEADOWBROOK PKWY STE A<br>DULUTH GA 30096-2366 | CREDITOR ID: 405622-95<br>STANDARD OFFICE SYSTEMS<br>2475 MEADOWBROOK PKWY STE A<br>DULUTH GA 30096-2366 |
| CREDITOR ID: 399107-78<br>STARK, CYNTHIA<br>807 HOLLY CREEK DRIVE<br>GADSDEN, AL 35904 | CREDITOR ID: 407780-93<br>STATE OF TEXAS COMM ON<br>ENVIRONMENTAL QUALITY<br>ATTN: DENISE ESPINOSA<br>PO BOX 1308 MC-008<br>AUSTIN TX 78711-3087 | CREDITOR ID: 407781-93<br>STATE OF TEXAS COMPT PUB ACCTS<br>ATTN: RICHARD CRAIG, ESQ<br>OFFICE OF THE ATTNY GEN<br>COLLCTION DIV/BANKRUPTCY SECTION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 |

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 390555-55
STATEN, DEMETRIA L
C/O: JOHN F. CALLENDER, ESQ.
JOHN F. CALLENDER, ESQ.
1301 RIVERPLACE BLVD
SUITE 2105
JACKSONVILLE FL 32205

CREDITOR ID: 390372-54
STATEN, DEMETRIA L
1301 RIVERPLACE BLVD
SUITE 2105
JACKSONVILLE, FL 32205

CREDITOR ID: 407646-93
STOKES, JAMES
OFFICE OF CHARLES W MCBURNEY JR
ATTN: CHARLES E MCBURNEY, JR
6550 ST AUGUSTINE RD, STE 105
JACKSONVILLE FL 32217

CREDITOR ID: 407685-93
STRZELECKI, MITCHELL
6038 W PATERSON AVE
CHICAGO IL 60646

CREDITOR ID: 407264-MS
SWAFFORD, STEPHEN D.
635 KNIGHTON HILL RD
ROCK HILL SC 29732

CREDITOR ID: 405681-95
TED GLASS
227 HERMIT DR
SATSUMA FL 32189-2821

CREDITOR ID: 407745-99
TIGER CROSSING DBA UNIVERSITY
CROSSING SHOPPING CNTR
C/O EPSTEIN BECKER & GREEN PC
ATTN: ANNETTE KERLINEMCBRAYER, ESQ
945 EAST PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 407747-99
TIGER CROSSING WD
C/O EPSTEIN BECKER & GREEN PC
ATTN: ANNETTE KERLINEMCBRAYER, ESQ
945 EAST PACES FERRY RD, STE 2700
ATLANTA GA 30326

CREDITOR ID: 399150-78
TIPPETT, J D
127 HAWK HILL DRIVE
FRANKLIN, NC 28734

CREDITOR ID: 405733-95
TRESA WEINHOLD
7820 BAYMEADOWS RD E APT 126
JACKSONVILLE FL 32256-4699

CREDITOR ID: 405733-95
TRESA WEINHOLD
7820 BAYMEADOWS RD E APT 126
JACKSONVILLE FL 32256-4699

CREDITOR ID: 399162-78
TRIPP, B B
1708 HICKORY RIDGE DRIVE
WAXHAW, NC 28173

CREDITOR ID: 385476-54
VALANTASIS, JANET
2654 FAWNLAKE TRL
ORLANDO, FL 32828-7842

CREDITOR ID: 263990-12
VALET CLEANERS
4301 N 56TH STREET
TAMPA FL 33610

CREDITOR ID: 405796-95
VERNS MAINTENANCE & REPAIR
1299 ARROW CT
RANGER GA 30734-7804

CREDITOR ID: 399187-78
WALLACE, BILLYE J
819 W MINSTER DR
ORANGE PARK, FL 32073

CREDITOR ID: 399189-78
WALLACE, MICHAEL D.
92 REDWOOD DRIVE
JEFFERSONVILLE IN 47130

CREDITOR ID: 399191-78
WALSH, DAVID T.
7413 GATEWOOD DRIVE
CRESTWOOD, KY 40014

CREDITOR ID: 407662-93
WAREHOUSES, INC. , ASSOC INVEST
VICTOR JOHN
EDENS & AVANT INC
KAHN DEVELEOPMENT COMPANY
PO BOX 1608
COLUMBIA SC 29202-0528

CREDITOR ID: 399198-78
WASHINGTON, CALVIN
1113 MICHAEL STREET
MARRERO, LA 70072

CREDITOR ID: 399199-78
WATFORD JR., BENNIE C.
2070 HIGH PINES ROAD
ROCK HILL, SC 29732

CREDITOR ID: 2671-99
WEAVERS CORNER JT VENTURE
JOHN E. MUFSON, P.A.
JOHN E MUFSON, ESQ
2213 N UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

CREDITOR ID: 399207-78
WEBB, W B
PO BOX 27
HOWEY IN THE HILLS, FL 34737

CREDITOR ID: 407759-99
WEBBER COMMERICIAL PROP LLC
C/O TRENAM KEMKER ET AL
ATTN: WILLIAM KNIGHT ZEWADSKI, ESQ
PO BOX 1102
TAMPA FL 33601

CREDITOR ID: 399208-78
WEINKAUF, RICHARD F
1099 MAGNOLIA PISGAH ROAD
SUMMIT, MS 39666

CREDITOR ID: 399211-78
WELCH, BETTY R
484 MYRTLE COVE LANE
CLARKSON, KY 42726

CREDITOR ID: 407651-93
WENDY D SAUPE
LIFE ISNURANCE CO OF GEORGIA
C/O COLLIERS CAUBLE ATTN: JEAN
1349 W PEACHTREE ST NE
ATLANTA GA 30309-2956

**SUPPLEMENTAL SERVICE LIST**
**Notice of Deadline Requiring Filing of Proofs**
**of Claim on or Before August 1, 2005, at**
**5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407653-93<br>WEST RIDGE LLC<br>HALPERN ENTERPRISES<br>5269 BUFORD HIGHWAY<br>ATLANTA GA 30340 | CREDITOR ID: 388890-54<br>WEST, SHIRLEY<br>540 NW 4 AVENUE, APT 3408<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 399219-78<br>WHALEY, KAREN H<br>13200 IDYLWILD FARM ROAD<br>FT MYERS, FL 33905 |
| CREDITOR ID: 389517-54<br>WHITE, DAVID A<br>3523 MARLER AVENUE<br>MIAMI, FL 33133 | CREDITOR ID: 407365-MS<br>WHITE, JOE T.<br>132 LAKE RIDGE DR<br>LAPLACE LA 70068 | CREDITOR ID: 407649-93<br>WIEKES ASSET MANAGEMENT<br>COLLINS & AIKMAN<br>PO BOX 580<br>ALBEMARLE NC 28001 |
| CREDITOR ID: 386118-54<br>WIGGINS, DEBORAH<br>ATTN: RON SIMON<br>1001 BRICKELL BAY DR<br>SUITE 1200<br>MIAMI, FL 33131 | CREDITOR ID: 399231-78<br>WILKINSON, THOMAS<br>6150 S GLENN FOREST<br>MABLETON, GA 30059 | CREDITOR ID: 399234-78<br>WILLIAMS, GERALD<br>755 SUMMER LANE<br>PRATTVILLE, AL 36066 |
| CREDITOR ID: 399235-78<br>WILLIAMS, MARY E<br>4627 STAFFORD DRIVE<br>DURHAM, NC 27705 | CREDITOR ID: 399236-78<br>WILLIAMS, STEVEN R.<br>1209 CHIMNEY HILL DRIVE<br>APEX, NC 27502 | CREDITOR ID: 388091-54<br>WILSON, AISHEA<br>38 BRIDLE PATH WAY<br>ARCADIA, FL 34266 |
| CREDITOR ID: 399242-78<br>WOLEVER, PAMELA<br>23551 BELL AIRE LOOP<br>LAND O' LAKES, FL 34639 | CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407758-99<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SOLOMON PEARL ET AL<br>ATTN: JOEL M SHAFFERMAN, ESQ<br>40 WALL ST, 35TH FL<br>NEW YORK NY 10005 | CREDITOR ID: 407390-MS<br>WOOTEN, SONNY R.<br>108 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016 | CREDITOR ID: 385319-54<br>YANCEY, GEORGE<br>C/O LAW OFFICE OF LONG & GONZALEZ<br>ATTN; TODD LONG<br>20 N ORANGE AVENUE<br>SUITE 610<br>ORLANDO FL 32801 |
| CREDITOR ID: 399254-78<br>YARBROUGH, WILLIAM C<br>1255 ROUNDTREE CIRCLE<br>ROCK HILL, SC 29732 | CREDITOR ID: 399255-78<br>YATES JR., HARRY K.<br>6521 MANILA PALM WAY<br>APOLLO BEACH, FL 33572 | CREDITOR ID: 238700-09<br>YEATTS, DONNA S<br>380 ROCKWOOD DRIVE<br>DANVILLE VA 24541 |

**Total:   345**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
### ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1.   **CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court").  Their cases are being jointly administered under Case No. 05-03817-3F1.

2.   **PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.   **ENTRY OF THE BAR DATE ORDER.** By order of the Bankruptcy Court (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors is **August 1, 2005, at 5:00 p.m. Eastern Time** (the "Bar Date"). The Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005.

4.   **WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5.   **WHO NEED NOT FILE A PROOF OF CLAIM.** You should <u>not</u> file a proof of claim if:

   A.   You have <u>already</u> properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

   B.   Your claim is listed on the Debtors' Schedules (as defined below) <u>and</u> is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

   C.   Your claim is listed on the Debtors' Schedules (as defined below) <u>and</u> you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

   D.   You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

   E.   Your claim has already been paid by the Debtors with authorization of the Court;

   F.   You are a person or entity (other than an indenture trustee) seeking to assert a claim for principal and interest due on any of the Debtors' 8-7/8% Senior Notes due 2008 (the Debtors will rely on the proof of claim filed by the indenture trustee) (however, if you hold any other type of claim, or are alleging damages or asserting causes of action based upon or arising from your note, you must file a proof of claim by the Bar Date);

   G.   You are a person or entity seeking to assert only stock ownership interests in the Debtors (the Debtors will rely on the records of the stock transfer agent for evidence of stock holdings) (however, if you hold a claim of any kind, or are alleging damages or asserting causes of action based upon or arising from your stock ownership interests, you must file a proof of claim by the Bar Date); or

   H.   You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.   **WHAT TO FILE.** If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof of claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com. YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.   **WHEN AND WHERE TO FILE.** Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on August 1, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,
546 Valley Road, Upper Montclair, New Jersey 07043**

A proof of claim will be deemed timely filed only if the original proof of claim is <u>actually received</u> by the Claims Docketing Center on or before the Bar Date. Proofs of claim may <u>not</u> be sent by facsimile, telecopy, or other electronic means.

8.   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date. Any other claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.   **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE.** EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON AUGUST 1, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.

10.   **THE DEBTORS' SCHEDULES AND ACCESS THERETO.** You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors' Schedules and the Bar Date Order may be viewed at www.loganandco.com. Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11.   **TO GOVERNMENTAL UNITS ONLY.** If you are a governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code), consistent with section 502(b)(9) of the Bankruptcy Code, you may file a timely proof of claim up to, but not later than, 5:00 p.m. Eastern Time on August 22, 2005.

12.   **FURTHER INFORMATION.** If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  May 2, 2005

**FOR THE COURT:**
**David K. Oliveria, Clerk of the Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered**

</td><td>

Chapter 11
**PROOF OF CLAIM**

</td><td>

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

</td></tr>
</table>

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: _____  Case No. _____
(See List of Names and Case Numbers on Reverse Side)

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

Telephone No. of Creditor _____

Fax No. of Creditor _____

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above  ☐ additional address

Name: _____

Company/Firm: _____

Address: _____
_____

Account or Other Number by Which Creditor Identifies Debtor: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

Check here if this claim
☐ replaces  ☐ amends  a previously filed claim, dated: _____

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from _____ to _____
(date)       (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____   $_____   $_____   $_____
(unsecured)     (secured)     (priority)     (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| | Print: _____  Title: _____ |
| | Signature: _____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claims*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| **Winn-Dixie Stores, Inc.** | **Case No. 05-03817-3F1** |
| **Dixie Stores, Inc.** | **Case No. 05-03818-3F1** |
| **Table Supply Food Stores Co., Inc.** | **Case No. 05-03819-3F1** |
| **Astor Products, Inc.** | **Case No. 05-03820-3F1** |
| **Crackin' Good, Inc.** | **Case No. 05-03821-3F1** |
| **Deep South Distributors, Inc.** | **Case No. 05-03822-3F1** |
| **Deep South Products, Inc.** | **Case No. 05-03823-3F1** |
| **Dixie Darling Bakers, Inc.** | **Case No. 05-03824-3F1** |
| **Dixie-Home Stores, Inc.** | **Case No. 05-03825-3F1** |
| **Dixie Packers, Inc.** | **Case No. 05-03826-3F1** |
| **Dixie Spirits, Inc.** | **Case No. 05-03827-3F1** |
| **Economy Wholesale Distributors, Inc.** | **Case No. 05-03828-3F1** |
| **Foodway Stores, Inc.** | **Case No. 05-03829-3F1** |
| **Kwik Chek Supermarkets, Inc.** | **Case No. 05-03830-3F1** |
| **Sunbelt Products, Inc.** | **Case No. 05-03831-3F1** |
| **Sundown Sales, Inc.** | **Case No. 05-03832-3F1** |
| **Superior Food Company** | **Case No. 05-03833-3F1** |
| **WD Brand Prestige Steaks, Inc.** | **Case No. 05-03834-3F1** |
| **Winn-Dixie Handyman, Inc.** | **Case No. 05-03835-3F1** |
| **Winn-Dixie Logistics, Inc.** | **Case No. 05-03836-3F1** |
| **Winn-Dixie Montgomery, Inc.** | **Case No. 05-03837-3F1** |
| **Winn-Dixie Procurement, Inc.** | **Case No. 05-03838-3F1** |
| **Winn-Dixie Raleigh, Inc.** | **Case No. 05-03839-3F1** |
| **Winn-Dixie Supermarkets, Inc.** | **Case No. 05-03840-3F1** |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above.) A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
 DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, AUGUST 1, 2005**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043**. PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.