UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## <u>ORDER STRIKING LANDLORD'S CURE AMOUNT STATEMENT AND OBJECTION</u>

The Court finds that the Landlord's Cure Amount Statement and Objection filed by Susan M. Hassinger on behalf of Buffalo-Marine Associates on July 11, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Landlord's Cure Amount Statement and Objection filed by Susan M. Hassinger on behalf of Buffalo-Marine Associates on July 11, 2005 is stricken from the record.

**DATED July 12, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Susan M. Hassinger, 570 Delaware Avenue, Buffalo, NY 14202
D.J. Baker, Four Times Square, New York, NY 10036
Cynthia C. Jackson, 225 Water St., Suite 1800, Jacksonville, FL 32202