UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 3:05-bk-03817-JAF** |
| Debtors. | **(Jointly Administered)** |

_____

### VERIFIED STATEMENT OF SHUTTS & BOWEN LLP
### PURSUANT TO F.R.B.P. 2019

Shutts & Bowen LLP ("Shutts") makes the following statement pursuant to F.R.B.P. 2019. Shutts represents the following creditors and parties-in-interest in the above-captioned case:

1. Hussmann Corporation and Hussmann Services Corporation, c/o Evan M. Turtz, Esq., Assistant General Counsel, Ingersoll-Rand, Corporate Center, 155 Chestnut Ridge Road, Montvale, New Jersey 07645. Hussmann Corporation and its affiliate, Hussmann Services Corporation, provided refrigeration units for various of the Debtor locations, and has a service contract with respect to those refrigeration units.

2. Discover Financial Services, Inc. and PULSE EFT Association, c/o Stephanie McFaul, Discover Financial Services, Inc., 2500 Lake Cook Road, Riverwoods, Illinois 60015. Discover Financial Services, Inc., and certain affiliates, including PULSE EFT Association, hold potential claims against one or more of the Debtors with respect to returns, chargebacks, or other charges arising from purchases or other expenditures made at Debtor locations by Discover and/or PULSE cardholders.

3. Heritage Mint, Ltd., c/o Kent A. Lang and Suzanne K. Weathermon, of Lang & Baker, PLC, 8233 Via Paseo del Norte, Suite C-100, Scottsdale, Arizona 85258. Heritage Mint,

2

Ltd. supplied certain dinnerware sold in various Debtor locations and have both reclamation and other claims against one or more of the Debtors.

Dated: _July 13, 2005.

                              SHUTTS & BOWEN LLP

                              By:   /s/ Andrew M. Brumby

                              Andrew M. Brumby
                              Florida Bar No. 650080
                              300 S. Orange Ave., Suite 1000
                              Post Office Box 4956 (32802-4956)
                              Orlando, Florida  32801-5403
                              (407) 423-3200

                              Attorneys for Heritage Mint, L.L.C.

## **VERIFICATION**

Pursuant to 28 U.S.C. §1746:

I declare under penalty of perjury that the facts set forth in the foregoing F.R.B.P. 2019 Verified Statement regarding Shutts & Bowen LLP are true and correct.

Dated:  _July 13, 2005.

        SHUTTS & BOWEN LLP


        By: /s/ Andrew M. Brumby
           Andrew M. Brumby
           Florida Bar No. 650080
           300 S. Orange Ave., Suite 1000
           Post Office Box 4956 (32802-4956)
           Orlando, Florida  32801-5403
           (407) 423-3200

        Attorneys for Heritage Mint, L.L.C.

Case 3:05-bk-03817-JAF    Doc 2092    Filed 07/13/05    Page 4 of 4

## CERTIFICATE OF SERVICE

This is to certify that on this _13th__ day of _July__ 2005, I have served a copy of the foregoing document on the parties set forth below by U.S. Mail, postage prepaid thereon, to be delivered to their last known addresses:

Adam S. Ravin, Esq.  
Skadden Arps Slate Meagher & Flom, LLP  
Four Times Square  
New York, NY  10036

Dennis F. Dunne  
Milbank, Tweed, Hally & McCloy LLP  
1 Chase Manhattan Plaza  
New York, New York  10005

Cynthia C. Jackson, Esq.  
Smith, Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL  32202

Office of the United States Trustee  
135 W. Central Blvd., Suite 620  
Orlando, FL  32801

/s/ Andrew M. Brumby  
Andrew M. Brumby

ORLDOCS 10323074 1