UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Sherri T. Freeman, hereby designate the following as local attorney for creditor, Greenwood Plaza, Ltd., in the above-styled case:

Nina M. LaFleur, Florida Bar No. 01017451
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000 (Phone)
(904) 358-4001 (Facscimile)

This 12th day of July, 2005.

BRADLEY ARANT ROSE & WHITE LLP

By _____
Sherri T. Freeman

Alabama Bar No. ASB-6349-N70S
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8000
(205) 521-8800 (Facsimile)

## Consent to Act

Pursuant to Rule 2090-1, L.B.R., I, Nina M. LaFleur, hereby consent to act as local counsel of record in this case for creditor, Greenwood Plaza, Ltd.

Dated this 13th day of July, 2005.

STUTSMAN & THAMES, P.A.

By _____
Nina M. LaFleur

Florida Bar Number 0107451
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Greenwood Plaza, Ltd.

### Certificate of Service

I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 13th day of July, 2005.

_____
Attorney