**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. 05-03817-3F1 |
| **WINN-DIXIE STORES, INC., et al.,** | Chapter 11 |
| **DEBTORS,**                    / | Jointly Administered |

### PRESTON OIL COMPANY, L.P.'S OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, AND AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND GRANTING RELATED RELIEF

COMES NOW PRESTON OIL COMPANY, L.P. (hereinafter referred to as "Movant"), by and through its undersigned counsel, and pursuant to applicable Bankruptcy Rules, and hereby files this objection to the Debtors' Motion for Order Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes and Authorizing the Assumption and Assignment of Leases and Contracts and Granting Related Relief on the grounds that Movant is the Landlord for the Debtors Winn-Dixie Store Number 615 located at 1945 West Lumsden, Brandon, Florida. According to the Debtors' Schedule, the Debtors claim that there is a zero amount due and owing to Movant in order to cure its Lease pursuant to an assumption of the Lease, when in fact there is currently due and owing $113,009.76. Attached hereto as Exhibit "A" is an itemization of the amounts due and owing by the Debtors pursuant to the terms of the Lease.

1

WHEREFORE, Movant objects to the Debtors' Motion and would request this Court enter an Order Requiring the Debtors to Cure the amount due and owing to Movant if the Lease between Debtors and Movant is assumed and assigned pursuant to the terms of the Debtors' Motion.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail or by electronic notice, to D. J. Baker, Esquire, Four Times Square, New York, New York 10036 and to Cynthia C. Jackson, Esquire, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this __13th__ day of July, 2005.

        HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
        Attorneys for Winn-Dixie Stores, Inc.
        P.O. Box 280
        Ft. Myers, Florida 33902-0280
        Phone No. (239) 344-1100
        Fax No. (239) 344-1200

        By: __/s/ Douglas B. Szabo__
           Douglas B. Szabo
           Florida Bar No. 710733