# *Preston Oil Company, LP*

March 28, 2005

Winn-Dixie Stores, Inc.
Store #615
1141 SW 12th Ave.
Pompano Beach, Fl 33069

RE:  2004 Operating Costs' Passthroughs for Brandon Center South Shopping Center/ Brandon, FL

Dear Tenant:

Please accept this correspondence as an invoice for your 2004 common area maintenance, real estate taxes, and insurance.  I have also included a breakdown of the aforementioned items for your reference. Below is the total amount due/credited to your account:

| Reimbursement Items | Amount Due |
|---|---|
| CAM | 14,348.28 |
| Real Estate Taxes | 80,643.71 |
| Insurance | 18,017.77 |
| Total 2004 Passthroughs Due/Credit | 113,009.76 |
| **Total Due/Credit** | 113,009.76 |

Please remit the total amount due within fifteen (15) days of receipt hereof. Make checks payable and remit to:

> Brandon Centre South
> P.O. Box 7520
> The Woodlands, Texas 77387

Sincerely,

Heather Goodman
Internal Accounting Department

EXHIBIT
"A"

# *Preston Oil Company, LP*

March 28, 2005

Winn-Dixie Stores, Inc.
Store #615
1141 SW 12th Ave.
Pompano Beach, Fl 33069

Please find below your net **CAM** billing for January 1, 2004, through December 31, 2004.

| | CAM Expenses | Water |
|---|---|---|
| <u>CAM Computations</u> | | |
| CAM Expenses | 141,716.97 | 0.00 |
| Capital + 15% if applicable | 0.00 | 0.00 |
| Adminstrative Costs | 0.00 | 0.00 |
| **Total Billable** | 141,716.97 | 0.00 |
| | | |
| <u>Sharing Ratio</u> | | |
| Suite Square Footage | 42,494 | 42,494 |
| Center Square Footage | 132,214 | 65,807 |
| **Prorata Share (Suite/Center)** | 32.1403% | 64.5737% |
| | | |
| <u>CAM Reconciliation</u> | | |
| Occupancy | 100% | 100% |
| Prorata Share Amount | 45,548.28 | 0.00 |
| Less Monthly Receipts | (31,200.00) | 0.00 |
| **Outstanding 2004 CAM** | 14,348.28 | 0.00 |
| | | |
| **TOTAL DUE/ (CREDIT)** | 14,348.28 | |

*If you have any question concerning this invoice, please call Heather Goodman at 281-367-8697*

# *Preston Oil Company, LP*

March 28, 2005

Winn-Dixie Stores, Inc.
Store #615
1141 SW 12th Ave.
Pompano Beach, Fl 33069

Please find below your net **Tax** billing for January 1, 2004, through December 31, 2004.

| Tax Computations | |
|---|---|
| Tax Expenses | 250,911.36 |
| Administrative Costs | 0.00 |
| **Total Billable** | 250,911.36 |

| Sharing Ratio | |
|---|---|
| Suite Square Footage | 42,494 |
| Center Square Footage | 132,214 |
| **Prorata  Share (Suite/Center)** | 32.1403% |

| Tax Reconciliation | |
|---|---|
| Occupancy | 100% |
| Prorata Share Amount | 80,643.71 |
| Less Monthly Receipts | 0.00 |
| **Outstanding 2004 Tax** | 80,643.71 |

| **TOTAL DUE/ (CREDIT)** | 80,643.71 |
|---|---|

*If you have any question concerning this invoice, please call Heather Goodman at 281-367-8697*

# *Preston Oil Company, LP*

March 28, 2005

Winn-Dixie Stores, Inc.
Store #615
1141 SW 12th Ave.
Pompano Beach, Fl 33069

Please find below your net **Insurance** billing for January 1, 2004, through December 31, 2004.

| Insurance Computation | |
|---|---:|
| Insurance Expense | 56,059.72 |
| Administrative Costs | 0.00 |
| **Total Billable** | 56,059.72 |

| Sharing Ratio | |
|---|---:|
| Suite Square Footage | 42,494 |
| Center Square Footage | 132,214 |
| **Prorata  Share (Suite/Center)** | 32.1403% |

| Insurance Reconciliation | |
|---|---:|
| Occupancy | 100% |
| Prorata Share Amount | 18,017.77 |
| Less Monthly Receipts | 0.00 |
| **Outstanding 2004 Insurance** | 18,017.77 |

| | |
|---|---:|
| **TOTAL DUE/ (CREDIT)** | 18,017.77 |

*If you have any question concerning this invoice, please call Heather Goodman at 281-367-8697*