*Southeast US Retail Fund*

June 10, 2005

Winn-Dixie Atlanta, Inc.
P.O. Box 43425
Atlanta, Ga 30336

RE: 2004 Operating Costs' Passthroughs for Hurricane Creek Shopping Center/ Chattanooga, TN

Dear Tenant:

Please accept this correspondence as an invoice for your 2004 common area maintenance, real estate taxes, and insurance. I have also included a breakdown of the aforementioned items for your reference. Below is the total amount due/credited to your account:

| Reimbursement Items | Amount Due |
|---|---|
| CAM | (173.40) |
| Real Estate Taxes | 87,497.20 |
| Insurance | 14,078.20 |
| Total 2004 Passthroughs Due/Credit | 101,402.00 |
| Ledger Balance as of 01/18/05 | 0.00 |
| **Total Due/Credit** | 101,402.00 |

Please remit the total amount due within fifteen (15) days of receipt hereof. Make checks payable and remit to:

    Hurricane Creek
    P.O. Box 7520
    The Woodlands, Texas 77387

Sincerely,


Heather Goodman
Internal Accounting Department

EXHIBIT "A"

*Southeast US Retail Fund*

June 10, 2005

Winn-Dixie Atlanta, Inc.
P.O. Box 43425
Atlanta, Ga 30336

Please find below your net **CAM** billing for January 1, 2004, through December 31, 2004.

| CAM Computations | |
|---|---:|
| CAM Expenses | 56,787.55 |
| Adminstrative Costs | 0.00 |
| **Total Billable** | 56,787.55 |
| | |
| Sharing Ratio | |
| Suite Square Footage | 45,042 |
| Center Square Footage | 62,555 |
| **Prorata Share (Suite/Center)** | 72.0038% |
| | |
| CAM Reconciliation | |
| Occupancy | 100% |
| Prorata Share Amount | 40,889.21 |
| Less Monthly Receipts | (41,062.61) |
| **Outstanding 2004 CAM** | (173.40) |
| | |
| **TOTAL DUE/ (CREDIT)** | (173.40) |

*If you have any question concerning this invoice, please call Heather Goodman at 281-367-8697*

*Southeast US Retail Fund*

June 10, 2005

Winn-Dixie Atlanta, Inc.
P.O. Box 43425
Atlanta, Ga 30336

Please find below your net **Tax** billing for January 1, 2004, through December 31, 2004.

| | |
|---|---:|
| **Tax Computations** | |
| Tax Expenses | 121,517.41 |
| Administrative Costs | 0.00 |
| **Total Billable** | 121,517.41 |
| | |
| **Sharing Ratio** | |
| Suite Square Footage | 45,042 |
| Center Square Footage | 62,555 |
| **Prorata Share (Suite/Center)** | 72.0038% |
| | |
| **Tax Reconciliation** | |
| Occupancy | 100% |
| Prorata Share Amount | 87,497.20 |
| Less Monthly Receipts | 0.00 |
| **Outstanding 2004 Tax** | 87,497.20 |
| | |
| **TOTAL DUE/ (CREDIT)** | 87,497.20 |

*If you have any question concerning this invoice, please call Heather Goodman at 281-367-8697*

*Southeast US Retail Fund*

June 10, 2005

Winn-Dixie Atlanta, Inc.
P.O. Box 43425
Atlanta, Ga 30336

Please find below your net **Insurance** billing for January 1, 2004, through December 31, 2004.

| Insurance Computation | |
|---|---:|
| Insurance Expense | 19,552.02 |
| Administrative Costs | 0.00 |
| **Total Billable** | 19,552.02 |
| | |
| Sharing Ratio | |
| Suite Square Footage | 45,042 |
| Center Square Footage | 62,555 |
| **Prorata Share (Suite/Center)** | 72.0038% |
| | |
| Insurance Reconciliation | |
| Occupancy | 100% |
| Prorata Share Amount | 14,078.20 |
| Less Monthly Receipts | 0.00 |
| **Outstanding 2004 Insurance** | 14,078.20 |
| | |
| **TOTAL DUE/ (CREDIT)** | 14,078.20 |

*If you have any question concerning this invoice, please call Heather Goodman at 281-367-8697*