**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No.: 3:05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** ) | **Chapter 11** |
| ) | |
| **Debtors.** ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    NOW COMES JIMMY R. SUMMERLIN, JR. of Young, Morphis, Bach & Taylor, LLP to enter his appearance, pursuant to Bankruptcy Rule 9010(b), as counsel of record for Springs Corners, LLC, a creditor in the above-captioned Chapter 11 case, and requests that all pleadings and notices required be mailed to:

    Jimmy R. Summerlin, Jr.
    YOUNG, MORPHIS, BACH & TAYLOR, LLP
    P.O. Drawer 2428
    Hickory, North Carolina 28603

This the 13th day of July, 2005.

                                                    /s/ Jimmy R. Summerlin, Jr.
                                                    Jimmy R. Summerlin, Jr.
                                                    N.C. State Bare No. 31819
                                                    YOUNG, MORPHIS, BACH & TAYLOR, LLP
                                                    P.O. Drawer 2428
                                                    Hickory, North Carolina 28603
                                                    Telephone: (828) 322-4663
                                                    Facsimile: (828) 322-2023

123052.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day I served a copy of the foregoing Notice of Appearance, by placing a true copy of the same in the U.S. Mail, postage prepaid, and addressed as follows:

D.J. Baker, Sally McDonald Henry, Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 13th day of July, 2005.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
    Jimmy R. Summerlin, Jr.
    N.C. State Bar No.: 31819
    P.O. Drawer 2428
    Hickory, NC 28603
    (828) 322-4663
    (828) 322-2023 facsimile

123052.1