**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 3:05-bk-03817-JAF |
| **WINN-DIXIE STORES, INC.,** | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | |

**MOTION TO WAIVE REQUIREMENT FOR LOCAL COUNSEL**

Comes now, Jimmy R. Summerlin, Jr., an attorney who is a non-resident of the State of Florida, and moves the Court for an Order waiving the requirement for local counsel. In support of said Motion, the Movant shows the Court as follows:

1. Movant is an attorney licensed to practice law in the State of North Carolina. He is a member in good standing of the Bar of the United States District Courts for the Middle and Western Districts of North Carolina.

2. Movant represents Spring Corners, LLC, a North Carolina limited liability company and a creditor in the above referenced matter. Movant has filed an Entry of Appearance on behalf of said creditor and intends to file further pleadings.

3. Movant has experience in presenting clients before bankruptcy courts and can adequately represent said creditor without the assistance of local counsel.

Wherefore, Movant prays that the Court enter an Order waiving the requirement for local counsel pursuant to Local Rule 2090-1.

This the 13th day of July, 2005.

                                          YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

                                          By:  /s/ Jimmy R. Summerlin, Jr.
                                                Jimmy R. Summerlin, Jr.
                                                N.C. State Bar No.: 31819
                                                P.O. Drawer 2428
                                                Hickory, NC 28603
                                                (828) 322-4663
                                                (828) 322-2023 facsimile

123046.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day I served a copy of the foregoing Motion to Waive Requirement for Local Counsel along with a copy of the proposed Order thereof, by placing a true copy of the same in the U.S. Mail, postage prepaid, and addressed as follows:

D.J. Baker, Sally McDonald Henry, Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 13th day of July, 2005.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
     Jimmy R. Summerlin, Jr.
     N.C. State Bar No.: 31819
     P.O. Drawer 2428
     Hickory, NC 28603
     (828) 322-4663
     (828) 322-2023 facsimile

123046.1