**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| | ) | |
| **DEBTORS.** | ) | **Jointly Administered** |

### OBJECTION TO CURE AMOUNT BY DEERFOOT MARKETPLACE, LLC

COMES NOW Deerfoot Marketplace, LLC ("Landlord"), a creditor of the referenced debtor, and for its objection to cure amount says as follows:

1. Pursuant to a Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, this Court ordered landlords to file an objection to the cure amount referenced in said motion if the amount listed is disputed.

2. The motion reflects that the cure amount for this location, Store No. 415, is $0.00. However, the real estate ad valorum taxes have not been paid by the Debtor, as called for in the lease.

3. Based upon a tax value of $5,315,500.00, the annual tax is $58,576.81.

4. This amount is accrued beginning on October 1st of each year. The Debtor has not paid any of the taxes owed for the months of October, 2004, forward. Accordingly, the cure amount would be based upon a pro-rata allocation of the annual tax amount of $58,576.81 through the date of sale.

WHEREFORE, premises considered, Deerfoot Marketplace, LLC, respectfully objects to the cure amount set forth in the referenced motion. Deerfoot Marketplace, LLC, prays for such further and other relief as this Court may deem appropriate.

\s\ C. Ellis Brazeal III
Attorney for Deerfoot Marketplace, LLC

**OF COUNSEL:**

**Walston, Wells, Anderson & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Objection to Cure Amount by Deerfoot Marketplace, LLC, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \13th\ day of July, 2005

\s\ C. Ellis Brazeal III
OF COUNSEL