UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 05-03817-3F1 |
| ) | CHAPTER 11 |
| ) | Jointly Administered |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Filing Deadline: July 14, 2005 |
| ) | Hearing Date: Not Scheduled |
| Debtors. ) | |
| ) | |

## STATEMENT OF CURE AMOUNTS DUE UNDER NONRESIDENTIAL REAL PROPERTY LEASES WITH EBINPORT ASSOCIATES, EQUITY ASSOCIATES, MUSEUM ASSOCIATES AND VENTURES, LLC

Ebinport Associates ("Ebinport"), Equity Associates ("Equity"), Museum Associates ("Museum"), and Ventures, LLC ("Ventures," Ebinport, Equity, Museum, and Ventures each a "Landlord" and collectively the "Landlords"), though their undersigned counsel, hereby provide this statement of the cure amounts due. In support thereof, the Landlords show the Court the following:

1. Each Landlord is a party to a nonresidential real property lease with Winn-Dixie Charlotte, Inc. (each a "Lease" and, collectively, the "Leases").

2. Upon information and belief, as of December 30, 2004, Winn-Dixie Raleigh, Inc. became the successor by merger to Winn-Dixie Charlotte, Inc. and shall herein be referred to as the "Tenant."

3. Each Landlord owns and operates a retail shopping center at which the Tenant operates or operated a retail grocery store, more specifically identified below:

| Landlord | Shopping Center | City | Winn-Dixie Store No. |
|---|---|---|---|
| Ebinport | Cherry Park Centre | Rock Hill, SC | 2155 |
| Equity | Heckle Crossing Shopping Center | Rock Hill, SC | 2157 |
| Museum | Market at Museum | Rock Hill, SC | 2159 |
| Ventures | Olde York Centre | York, SC | 2160 |

4. Each of the shopping centers identified in ¶ 3 above is a shopping center as that term is used in 11 U.S.C. § 365(b)(3). *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086–88 (3d Cir. 1990).

5. On or about July 1, 2005, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their Motion For Order (A) Authorizing The Sale Of Assets Free And Clear Of Liens, Claims And Interests And Exempt From Taxes, (B) Authorizing The Assumption And Assignment Of Leases And Contracts And (C) Granting Related Relief (the "Motion")[Docket Entry No. 1961].

6. The Tenant is one of the Debtors, and the Tenant's interests in the Leases are some of the assets that the Debtors seek to sell pursuant to the Motion.

7. Subject to the reservation of rights set forth in ¶ 9 below, Ebinport, Equity and Museum do not object to the amount set forth by the Debtors in their Schedule F, Schedule of Cure Amounts, attached to the Motion.

8. Ventures objects to the cure amount that the Debtors have set forth in their Schedule F, Schedule of Cure Amounts, attached to the Motion. Subject to the reservation of rights set forth in ¶ 9 below, as of July 8, 2005, Ventures is owed $7,021.72 under the Lease. In addition to the amount of $2,026.78 set forth in the Debtors' Schedule F, Ventures is owed $4,994.94 for the reimbursement of insurance premium paid by Ventures. Supporting documentation with regard to this additional $4,994.94 in cure amount is attached hereto as Exhibit A and incorporated herein by this reference.

9. Each Landlord expressly reserves the right to amend a cure amount in the event that additional sums come due on or after July 8, 2005, or to the extent that there is (a) any regular and periodic adjustment of charges due under a Lease, in addition to those specifically set forth on the Exhibits attached hereto, which were either not due or had not been determined as of the filing of this Statement, whether relating to any one or more of the following, without limitation: promotion and marketing dues, media and marketing dues, common area maintenance, and insurance, shopping center heating and air conditioning, and security; (b) any percentage rent that may be due under a Lease; (c) any indemnification liability that the Tenant may have under a Lease but is currently unknown to the Landlord; (d) any payment of property taxes required under a Lease; and (e) any claim that a Landlord may have under an indemnification provision in a Lease for events which may have occurred before any proposed assignment but which are not known to such Landlord until some time following any proposed assignment.

10. Each Landlord further expressly reserves the right to object to any attempt by the Debtors to assume, or assume and assign, a Lease if any requirement for such assumption and/or assignment set forth in 11 U.S.C. § 365 has not been satisfied.

**WHEREFORE,** each Landlord requests that:

A. The Court establish each Landlord's cure amount under 11 U.S.C. § 365(b)(1)(A) as of July 8, 2005, at the amounts set forth in the Debtors' Schedule F, Schedule of Cure Amounts, attached to the Motion for Ebinport, Equity and Museum, subject to each Landlord's reservation of rights set forth in ¶ 9 above;

B.   The Court establish Ventures' cure amount under 11 U.S.C. § 365(b)(1)(A) as of July 8, 2005, to be $7,021.72, subject to each Landlord's reservation of rights set forth in ¶ 9 above; and

C.   The Court award each Landlord such other and further relief as the Court deems just and proper.

This 13th day of July, 2005.

/s/ Alan M. Weiss
HOLLAND & KNIGHT, LLP
Alan M. Weiss
Florida State Bar No. 340219
50 North Laura Street
Suite 3900
Jacksonville, FL, 32202
Phone: (904)353-2000
Fax: (904) 358-1872

ROBINSON, BRADSHAW & HINSON, P.A.
David M. Schilli
N.C. State Bar No. 17989
Jonathan C. Krisko
N.C. State Bar No. 28625
101 North Tryon Street
Suite 1900
Charlotte, North Carolina 28246
Phone: (704) 377-2536
Fax: (704) 378-4000

Attorneys for Ebinport Associates, Equity Associates, Museum Associates, and Ventures, LLC

## CERTIFICATE OF SERVICE

I certify that that service of the foregoing was made on July 13, 2005 via ECF Noticing and first class mail upon the parties listed below.

/s/ Alan M. Weiss
Alan M. Weiss

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie W. Gray<br>Eric M. Davis<br>Skadden, Arps, Slate, Meagher, & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Eric N. McKay<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| Elena L. Escamilla<br>U.S. Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801 | Dennis F. Dunne<br>Milbank, Tweed, Hadley<br>  & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attorneys for OCUC |
| John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Attorneys for OCUC | |

# 3059437_v1