**EXHIBIT "A"**

# PATRICK FLINT & ASSOCIATES, LTD.
### P.O. BOX 4452, C.R.S.
### ROCK HILL, SOUTH CAROLINA 29732
### (803) 329-1136

June 20, 2005

Ms. Carol Canady
Winn-Dixie Real Estate
P. O. Box 1760
Garner, NC 27529

VIA FAX #919-779-6753

Re:  Store # 2160

Dear Carol:

Please find below the calculations for the insurance for the above-mentioned store.

| | |
|---|---|
| Premium for year 2004-2005 | $6,018.00 |
| Winn Dixie's Portion | 83% |
| Total due from Winn Dixie | $4,994.94 |

If you have any questions concerning this please give me a call at the above number.

Sincerely,

G. Patrick Flint