IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **WINN DIXIE STORES, INC., et al., ,** ) | |
| ) | |
| **Debtors,** ) | Case No.: 05-03817-3f1 |

**OBJECTION TO CURE AMOUNT STATED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE
SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS
AND (C) GRANTING RELATED RELIEF**

Comes now, Windsor Station, L.L.C., a landlord and creditor in the above referenced actions, and objects to debtors' motion to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 2056. In support of its objection, Windsor Station, L.L.C. respectfully shows the Court that the amount needed to cure the arrearages associated with said lease totals $68,162.00, plus such attorney's fees as may accrue prior to the cure amount being paid. Said amount includes CAM charges, real estate taxes, and electric charges incurred but unpaid as of July 8, 2005. A copy of these open items is attached hereto as Exhibit "A".

Wherefore, Windsor Station, L.L.C. respectfully prays that the court enter an order setting the appropriate cure amount for respondent's lease as shown above, and for such other and further relief as is just and proper.

Respectfully submitted,

POLSINELLI SHALTON WELTE SUELTHAUS PC

By: */s/ James E. Bird*
    JAMES E. BIRD  (#28833)
    700 West 47th Street, Suite 1000
    Kansas City, Missouri  64112
    (816) 753-1000
    Fax No. (816) 753-1536

    ATTORNEYS FOR CREDITOR
    WINDSOR STATION, L.L.C.

## CERTIFICATE OF SERVICE

    I, James E. Bird, hereby certify that I have this 13th day of July, 2005, served a copy of the Objection To Cure Amount by first class United States mail, properly addressed with sufficient postage affixed thereon to insure delivery, to all parties stated below and to those parties who are not registered to receive electronic transmissions, as directed by the Court.

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Eric Davis<br>Sadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York NY  10036-6522 | Steven Busey<br>James H. Post<br>Cynthia C. Jackson<br>Eric McKay<br>Smith Hulsey and Busey<br>225 Water Street, Suite 1800<br>Jacksonville FL  32202 |
| Dennis F. Dunne<br>Milbank Tweed Hadley and McCloy LLC<br>One Chase Manhattan Plaza<br>New York NY  10005 | Kennth C. Meeker<br>Assistant United States Trustee<br>Office of the United States Trustee<br>135 West Central Biulevard, Rm 620<br>Orlando FL  32801 |

    */s/ James E. Bird*

025188 / 101455
TLPRO  1214151

2