Windsor Station
P O Box 640474

Cincinnati, OH 45264-0474

## OPEN ITEM STATEMENT

Winn-Dixie CHR, Inc. (#2056)      Date: 07/08/2005
P.O. Box 8000   Attn: Prop      Account: WSLWINN
833 Shotwell Road
Clayton, NC 27520      Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Windsor Station
  P O Box 640474
  Cincinnati, OH 45264-0474

Statement for:      Statement date
  Winn-Dixie CHR, Inc. (#2056)      07/08/2005
  P.O. Box 8000   Attn: Prop
  833 Shotwell Road
  Clayton, NC 27520

| Unit | Due Date | Description | Amount |
|---|---|---|---:|
| 1000 | 01/21/2005 | Prior Year Cam: 2004 | 559.75 |
| 1000 | 01/21/2005 | Prior Year Real Estate Tax | 35,942.73 |
| 1000 | 02/09/2005 | Parklot light 12/17/04-1/18/05 | 815.17 |
| 1000 | 03/14/2005 | ParkingLot Lights 1/18-2/18/05 | 743.34 |
| 1000 | 06/13/2005 | Electric 2/18-3/18/05 | 652.50 |
| 1000 | 06/14/2005 | Electric 3/18-4/18/05 | 624.65 |
| 1000 | 06/15/2005 | Electric 4/18-5/18/05 | 548.22 |
| 1000 | 07/01/2005 | CAM Charge | 1,692.31 |
| 1000 | 07/01/2005 | Rent Charge | 26,583.33 |
| | | Balance: | **68,162.00** |

Listing your Account I.D. on your check will ensure proper identification.
Call Cindy at 800-875-6585 ext 249 with billing questions.

**Payment due on first of the month.**

Please pay by due date to avoid late charges.

