IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**OBJECTION TO CURE AMOUNT STATED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE SALE
OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND
CONTRACTS, AND (C) GRANTING RELATED RELIEF.**

Comes now Springs Corners, LLC, a creditor in the above referenced action, and objects to the debtor's motion to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 2083. In support of its objection, respondent respectfully shows the court that the amount needed to cure the arrearages associated with said lease totals $47,089.14, plus such additional attorneys' fees as may accrue prior to the cure amount being paid. Said amount includes debtors' pro-rata share of: (a) 2004 CAM charges, insurance charges, and taxes ($30,988.84); plus (b) estimated 2005 CAM charges, insurance charges, and taxes through June 2005 ($15,000.00); plus (c) $1,100.30 in attorneys' fees incurred to date.

Wherefore, respondent respectfully prays that the Court enter an order setting the appropriate cure amount for respondent's lease as shown above.

This the 13th day of July, 2005.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No.: 31819
P.O. Drawer 2428
Hickory, NC 28603
(828) 322-4663
(828) 322-2023 facsimile

123050.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day I served a copy of the foregoing Objection to Cure Amount, by placing a true copy of the same in the U.S. Mail, postage prepaid, and addressed as follows:

D.J. Baker, Sally McDonald Henry, Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 13th day of July, 2005.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No.: 31819
P.O. Drawer 2428
Hickory, NC 28603
(828) 322-4663
(828) 322-2023 facsimile

123050.1