UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS
HEARING TO BE HELD ON JULY 14, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on July 14, 2005 at 1:00 p.m. (ET):

**A.    Uncontested Matters:**

1. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)*

   This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the remaining objecting utilities identified below.

   Objection Deadline:   Expired.

   Remaining Objections: (a)   Florida Power & Light (Docket No. 235).
   (b)   Florida Power Corporation and Carolina Power & Light (Docket No. 260).

   Status:   The Debtors and Florida Power & Light, Florida Power Corporation and Carolina Power & Light have agreed to continue their objections to August 4, 2005.

2. *Motion by Creditors' Committee for Order (i) Enlarging Time to Commence Pre-Petition Lien/Claim Challenge and (ii) to Amend the Court's Final Order Dated April 15, 2005 (Docket No. 1886)*

   Objection Deadline:   Expired.

   Objections:   No objections have been filed.

   Status:   The Debtors have been informed that the Committee will proceed with the Motion.

3. *Motion to Reject Executory Contracts Effective as of July 14, 2005 (Docket No. 1871)*

   Objection Deadline: Expired.

   Objections: Frankford Dallas, LLC (Docket No. 2044).

   Status: The Debtors have agreed to continue the Motion to August 4, 2005 as to the Frankford Objection and will proceed with the remainder of the Motion.

**B.    Contested Matters:**

4. *Motion by Heritage Mint, Ltd., to Shorten Time for Debtor to Assume or Reject an Executory Contract (Docket No. 1481 )*

   Objection Deadline: Expired.

   Objections: Debtors (Docket No. 2042).

   Status: The Debtors have been informed that Heritage Mint will proceed with the Motion.

Dated: July 13, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker | By    s/ Cynthia C. Jackson |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00500583.2