# EXHIBIT A

# BELLEVIEW SQUARE CORPORATION

January 24, 2005

Ms. Carol Canady,
Property Manager
Winn Dixie Real Estate
P. O. Box 8000
Clayton, NC 27520

REFERENCE: 2004 Property Taxes
Winn Dixie Store No. 2151
Belleview Square Shopping Center
Rock Hill, SC

Dear Carol:

Enclosed are copies of the paid tax receipts for the combined 2004 property taxes at the above referenced property. The following is a breakdown of Winn Dixie's pro-rata share of these taxes:

| | |
|---|---|
| 2004 City/County Taxes (parcel 1)................... | $68,837.65 |
| 2004 City/County Taxes (parcel 2)................... | 5,500.50 |
| TOTAL 2004 PROPERTY TAXES PAID...... | $74,337.65 |
| Winn Dixie Pro-Rata Share: 52.39% | x 52.39% |
| TOTAL 2004 PRO-RATA SHARE DUE.............. | $38,945.49 |

Please forward a check for this amount at your earliest convenience. Should you have any questions, please give our office a call.

Yours very truly,

BELLEVIEW SQUARE CORPORATION

T. Cooper James,
President

TCJ:bb

Enclosures

P. O. BOX 10325, GREENSBORO, NC 27404 (336) 855-5555 FAX: (336) 854-5316

TAXPAYER COPY

# RECEIPT FOR PAYMENT OF PROPERTY TAXES

YORK COUNTY TREASURER P.O. BOX 116 YORK, S.C. 29745

TAX BILL NO 006270-04-3 FD2 DATE PAID 12/26/2004

| | | | | ASSESS | ASSESSED VALUE | LEVY | LESS EXEMPTIONS | TOTAL TAXES PAID |
|---|---|---|---|---|---|---|---|---|
| | | | 3128700 | 6 | 187722 | 264.7 | .00 | 68,837.65 |

| | | | |
|---|---|---|---|
| 3X | RH | ROCK HILL | ROCK HILL |

DESCRIPTION OF PROPERTY:
BELLVIEW SQUARE SHOPPING CTR

| | | | BLDGS |
|---|---|---|---|
| 526-05-04-001 | 4.00 | | 2 |

| | | | |
|---|---|---|---|
| $ 38013.71 | SCH TAXES | $ 19147.64 | CITY TAXES |
| $ 8184.67 | CNTY OPER | $ 1257.74 | CNTY BONDS |
| $ 844.75 | LIBRARY | $ 581.94 | CULTURE |
| $ 807.20 | YORK TECH | $ .00 | TECH BONDS |
| $ .00 | SOLID WASTE | $ .00 | FIRE BOARD |
| $ .00 | SPEC. FIRE | $ 68,837.65 | GROSS TAX |

| | | |
|---|---|---|
| 38,013.71 | 19,147.64 | 11,676.30 |

| | |
|---|---|
| GROSS TAXES | 68,837.65 |
| LESS EXEMPTIONS: | .00 |
| DMV FEE | |
| PENALTIES & COSTS | .00 |
| TOTAL AMOUNT PAID | 68,837.65 |

BELLVIEW SQUARE CORP

P O DRAWER 10325
GREENSBORO N C 27404

006270-04-3

York County South Carolina

Check your payment status on-line at www.YORKCOUNTYGOV.com

TAXPAYER COPY

X BILL NO 006271-04-3

# RECEIPT FOR PAYMENT OF PROPERTY TAXES

FD2 DATE PAID 12/26/2004

YORK COUNTY TREASURER P.O. BOX 116 YORK, S.C. 29745

| PERSONAL | ASSESSED VALUE LAND | BUILDING | TOTAL | ASSES. % | ASSESSED VALUE | LEVY | LESS EXEMPTIONS | TOTAL TAXES PAID |
|---|---|---|---|---|---|---|---|---|
| | | | 250000 | 6 | 15000 | 264.7 | .00 | 5,500.50 |

| DISTRICT | CITY CODE | SCHOOL DISTRICT | CITY |
|---|---|---|---|
| 3X | RH | ROCK HILL | ROCK HILL |

| MAP REFERENCE NUMBER | ACRES | LOTS | BLDGS |
|---|---|---|---|
| 526-05-04-002 | 5.00 | | |

DESCRIPTION OF PROPERTY:

BELLVIEW SQUARE SHOPPING CTR

| | | | | |
|---|---|---|---|---|
| $ 3037.50 | SCH TAXES | $ | 1530.00 | CITY TAXES |
| $ 654.00 | CNTY OPER | $ | 100.50 | CNTY BONDS |
| $ 67.50 | LIBRARY | $ | 46.50 | CULTURE |
| $ 64.50 | YORK TECH | $ | .00 | TECH BONDS |
| $ .00 | SOLID WASTE | $ | .00 | FIRE BOARD |
| $ .00 | SPEC. FIRE | $ | 5,500.50 | GROSS TAX |

| | | |
|---|---|---|
| 3,037.50 | 1,530.00 | 933.00 |

| | |
|---|---|
| GROSS TAXES | 5,500.50 |
| LESS EXEMPTIONS: | .00 |
| DMV FEE | |
| PENALTIES & COSTS | .00 |
| TOTAL AMOUNT PAID | 5,500.50 |

BELLVIEW SQUARE CORP

P O DRAWER 10325
GREENSBORO N C 27404

006271-04-3

Check your payment status on-line at www.YORKCOUNTYGOV.com