UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

NOTICE OF FILING
AFFIDAVIT OF JOHN B. MACDONALD
ON BEHALF OF AKERMAN SENTERFITT
PURSUANT TO COURT'S ORDER OF JUNE 13, 2005

Akerman Senterfitt, as local counsel and co-counsel for the Official Committee of Unsecured Creditors of Winn Dixie Stores, Inc., et al., hereby gives notice of the filing of the attached Affidavit of John B. Macdonald, for and on behalf of Akerman Senterfitt, pursuant to this Court's Order of June 13, 2005.

Dated: July 13, 2005

AKERMAN SENTERFITT

By: /s/ John B. Macdonald
John B. Macdonald
Florida Bar No.: 230340
E-mail: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No.: 348340
E-mail: patrick.patangan@akerman.com
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA243051;1}

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, this 13th day of July, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

                                                            /s/ *John B. Macdonald*
                                                                  Attorney

{JA243051;1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

AFFIDAVIT OF JOHN B. MACDONALD,
ON BEHALF OF AKERMAN SENTERFITT,
PURSUANT TO ORDER APPROVING APPLICATION
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF WINN-DIXIE STORES, INC. FOR RETENTION AND
EMPLOYMENT OF AKERMAN SENTERFITT
AS CO-COUNSEL, NUNC PRO TUNC TO APRIL 22, 2005

STATE OF FLORIDA    )

COUNTY OF DUVAL    )

BEFORE ME, the undersigned authority, on this 13th day of July, 2005, personally appeared John B. Macdonald, who, by me being first duly sworn, deposes and says:

1. He is a shareholder of Akerman Senterfitt and makes this Affidavit on its behalf based upon his own personal knowledge and matters reported to him by other shareholders of Akerman Senterfitt and its employees working under his or their direction.

2. He makes this Affidavit pursuant to the Order of the United States Bankruptcy Court, Jacksonville Division, Middle District of Florida, entered in the above-styled cases on June 13, 2005 (the "Order")(Docket No. 1684), approving the Application of the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., under 11 U.S.C. §1103 and Rules 2014 and 5002, Federal Rules of Bankruptcy Procedure, authorizing the retention and

{JA243072;1}

employment of Akerman Senterfitt as co-counsel for the Committee, *nun pro tunc* to April 22, 2005.

3. Akerman Senterfitt affirmatively waives any and all pre-petition claims it may have against the bankruptcy estates of Winn-Dixie Stores, Inc., et al., being administered in the above-styled cases.

4. As of the date of the Order, Akerman Senterfitt was providing representation for the Debtors as an ordinary course professional in connection with the following active legal matters ("Akerman Senterfitt's Ordinary Course Professional Representation"):

A. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #306*; State of Florida, Department of Health; Case No. 03.13303;

B. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #375*; State of Florida, Department of Health; Case No. 03.25392;

C. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #2238*; State of Florida, Department of Health; Case No. 03.25393;

D. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #0194*; State of Florida, Department of Health; Case No. 03.25394;

E. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #244*; State of Florida, Department of Health; Case No. 03.25395;

F. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #636*; State of Florida, Department of Health; Case No. 03.25396;

G. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #656*; State of Florida, Department of Health; Case No. 03.25397;

H. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #180*; State of Florida, Department of Health; Case No. 03.25399;

I. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #620*; State of Florida, Department of Health; Case No. 03.25400;

J. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #197*; State of Florida, Department of Health; Case No. 03.25401;

K. *Department of Health v. Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #255*; State of Florida, Department of Health; Case No. 04.24220;

L. *T R Edwards, R PH, Winn-Dixie Pharmacy 2039 v. N.C. Department of Health and Human Services, DMA Hearing Office*; State of North Carolina, County of Guilford, Office of Administrative Hearings; Case No. 05 DHR 0460;

M. *In Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #620 License No. PH 10064; Final Order Case No. 01.06325, In Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #194 License No. PH 13775; Final Order Case No. 01.05672, In Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #255 License No. PH 14079; Final Order Case No. 02.07309, and In Winn-Dixie Stores, Inc., dba Winn-Dixie Pharmacy #2238 License No. PH 14375; Final Order Case No. 01.11970*; State of Florida, Department of Health, Board of Pharmacy;

N. TRICARE Overpayment, proceeding pending before the Office of the Assistant Secretary of Defense;

O. TRICARE Overpayment, proceeding pending before Wisconsin Physicians Service;

P. *Milagros Cruz v. Winn-Dixie Stores, Inc.*; United States District Court, Southern District of Florida, Miami Division; Case No. 04-20663/Seitz-McAliley;

Q. *Delores Hall v. Winn-Dixie Stores, Inc.*; Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida; Case No. 03-20573;

R. *Winn-Dixie Stores, Inc. v. David A. Reddick and James A. Stokes*; District Court of Appeal, First District, State of Florida; Case No.: 1D-04-4340, Lower Case No.: 2002-05900-CA;

S. *Winn-Dixie Stores, Inc. v. David A. Reddick and James A. Stokes*; District Court of Appeal, First District, State of Florida; Case No.: 1D-04-3980, Lower Case No.: 2002-05900-CA; and

T. *Victoria Milton v. Winn-Dixie Stores, Inc.*; United States District Court, Northern District of Florida, Tallahassee Division; Case No.: 4:05-cv-00015-RH-WCS.

5. As of the date hereof Akerman Senterfitt has withdrawn from all of Akerman Senterfitt's Ordinary Court Professional Representation under which it was providing services for the Debtors, and in that regard Akerman Senterfitt has either filed notices of its withdrawal from such representation or substitute counsel have appeared in each of such matters to represent the Debtors' interests and motions for the substitution of such substitute counsel in the place and stead of Akerman Senterfitt have been filed in each such matter, although as of the date hereof, and as a consequence of limitations imposed by the calendars of the respective

{JA243072;1}

courts and tribunals for such matters, orders authorizing the substitution of counsel have not in each instance been entered. As of the date hereof, Akerman Senteriftt has terminated and ceased the provision of any services to or for the benefit of the Debtors in connection with all such matters.

_/s/ John B. Macdonald_
John B. Macdonald

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF DUVAL         )

The foregoing instrument was acknowledged before me this 13th day of July, 2005, by _____, who is [personally known to me] or who has produced _____ (type of identification) as identification.

_Jennifer S. Meehan_
NOTARY PUBLIC, STATE OF FLORIDA

JENNIFER S. MEEHAN
MY COMMISSION # DD 286031
EXPIRES: May 29, 2008
Bonded Thru Notary Public Underwriters

_____
(Print, Type or Stamp Commissioned Name of Notary Public)

{JA243072;1}

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Wed Jul 13 18:02:56 EDT 2005 | Albert H Adams Jr<br>Irby Law Firm LLC<br>Post Office Box 910<br>Eufaula, AL 36027-0910 | Rachel E Adams<br>Stovash Case & Tingley PA<br>200 South Orange Avenue<br>Suite 1220<br>Orlando, FL 32801 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301, 33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |
| D.J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Kenneth C Baker<br>Eastman & Smith LTD<br>One Seagate<br>24th Floor<br>Toledo, OH 43604 | Michael R. Bakst<br>Elk, Bankier, Christu & Bakst, LLP<br>222 Lakeview Avenue<br>Suite 1330<br>West Palm Be, FL 33401 |
| Dale R Baringer<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Earl M. Barker Jr.<br>Slott, Barker & Nussbaum<br>334 E. Duval St.<br>Jacksonville, FL 32202 | Matthew Scott Barr<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Matt E Beal<br>450 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 |
| Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 | Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |
| James E Bird<br>Polsinelli Shalton Welte Suelthaus PC<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 | David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Wanda Borges<br>Borges & Associates LLC<br>575 Underfill Boulevard<br>Suite 100<br>Syosset, NY 11791 |
| Michael T. Bowlus<br>Ford, Bowlus, et al.<br>10110 San Jose Blvd.<br>Jacksonville, FL 32257 | Jean Winborn Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>P.O. Box 1776<br>Raleigh, NC 27602 | Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Clyde E Brazeal III<br>Walston Wells Anderson & Birchall LLP<br>1819 5th Avenue North<br>Suite 1100<br>Birmingham, AL 35203 | Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 | John P Brice<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 |
| Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 | Robert J. Brown<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street Suite 1600<br>Lexington, KY 40507 | Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 |

| | | |
|---|---|---|
| W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 | Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 |
| Charles A Buford<br>2560 Gulf to Bay Blvd., Ste. 300<br>Clearwater, FL 33765 | Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 |
| Michael G Busenkell<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | L Phillip Canova Jr<br>Canova & Delahaye<br>58156 Court Street<br>Plaquemine, LA 70764 |
| James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 |
| George B Cauthen<br>Nelson Mullins Riley & scarborough LLP<br>Post Office Box 11070<br>1320 Main Street - 17th Floor<br>Columbia, SC 29211 | Lee Champion<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901 | Emily Chou<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 |
| Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 | Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 |
| Michael E Collins<br>Manier & Herod<br>150 4th Avenue North<br>Suite 2200<br>Nashville, TN 37220 | Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | David J Cook<br>Cook Perkiss & Lew<br>Post Office Box 270<br>San Francisco, CA 94104 | C. Timothy Corcoran<br>400 N. Ashley Dr., Ste. 2540<br>Tampa, FL 33602 |
| Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207 | David N Crapo<br>Gibbons, Del Deo, Dolan etal<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | Timothy J. Curtin<br>Varnum Riddering Schmidt & Howlett, LLP<br>333 Bridge Street NW Suite 1700<br>P.O. Box 3<br>Grand Rapids, MI 49501-0352 |
| Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802 | Day Properties, Inc.<br>c/o Robert Laney, Esquire<br>906 Main Street<br>North Wilkesboro, NC  28659 | Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Paul H. Deutch<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Gerard DiConza<br>Bianchi Macron LLP<br>390 Old Country Road<br>Garden City, NY 11530 |
| Carolyn Hochsta Dicker<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102 | Mark G Duncan<br>Dwyer & Cambre<br>3421 North Causeway Boulevard<br>Metairie, LA 70002 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 | Andrew B. Eckstein<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174 |
| Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 | Jason H Egan<br>Mowrey & Biggins PA<br>515 North Adams Street<br>Tallahassee, FL 32301 | Judith Elkin<br>Haynes and Boone, LLP<br>901 Main Street<br>Suite 3100<br>Dallas, TX 75202 |
| Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Earle I Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034-2162 | Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 |
| William J. Factor<br>Seyfarth, Shaw, Fairweather & Geraldson<br>55 E. Monroe Street<br>Suite 4200<br>Chicago, IL 60603 | Lara Roeske Fernandez<br>Trenam, Kemker, et al<br>P O Box 1102<br>Tampa, FL 33601 | Richard L Ferrell III<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 |
| Charles J. Filardi Jr<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | J David Forsyth<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue<br>Suite 3500<br>New Orleans, LA 70170 |
| Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 | Fox Rothschi<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Joseph D Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 |
| Mark J Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 | Todd Mark Galante<br>St. John & Wayne, L.L.C.<br>Heron Tower<br>70 East 55th Street<br>New York, NY 10022 | J. Nathan Galbreath<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 |
| Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC  27114-5008,  27114-500 | Charles L. Gibbs<br>McGuire Woods LLP<br>50 North Laura Street, Suite 3300<br>Jaksonville, FL 32202-3661 |

| | | |
|---|---|---|
| Gary Ginsburg<br>Neiman Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY 10006 | Eric S Glatter<br>1489 West Palmetto Park Road<br>Suite 420<br>Boca Raton, FL 33486 | James J. Glover<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 |
| Priscilla W. Grannis<br>Rynn & Janowsky, LLP<br>6017 Pine Ridge Road, No. 341<br>Naples, FL 34119 | Danielle K Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 |
| Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 | Janice Beth Grubin<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 | Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 |
| Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 | William F. Harmeyer<br>7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074 |
| Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street Northeast<br>Atlanta, GA 30309 | John W Harrison Jr<br>Karem & Karem<br>333 Guthrie Green<br>Suite 312<br>Louisville, KY 40202 | Susan M. Hassinger<br>570 Delaware Avenue<br>Buffalo, NY 14202 |
| Patrick L. Hayden<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 | Edwin W. Held Jr.<br>1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL 32207 | Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 |
| Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 | Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 |
| Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 | Ralph E Hood<br>Kizer Hood & Morgan LLP<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 |
| Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 |

```
Ira S. Greene                               Laurel M. Isicoff                           Kimberly H. Israel
Hogan & Hartson L.L.P.                      Kozyak, Tropin & Throckmorton, P.A.         Held & Israel
875 Third Avenue                            2525 Ponce De Leon                          1301 Riverplace Blvd Suite 1916
New York, NY 10022                          9th Floor                                   Jacksonville, FL 32207
                                            Coral Gables, FL 33134


Cynthia C. Jackson                          Solomon J. Jaskiel                          Jimmy R. Summerlin, Jr.
Smith Hulsey & Busey                        275 Madison Avenue                          Young, Morphis, Bach & Taylor, LLP
225 Water Street, Suite 1800                11th Floor                                  P.O. Drawer 2428
Jacksonville, FL 32201                      New York, NY 10016                          Hickory, NC 28603


John J. Wiles, Esq.                         Richard K. Jones                            Ronald Scott Kaniuk
Wiles & Wiles                               Moseley, Prichard, Parrish, Knight et al    Taplin & Associates
800 Kennesaw Avenue                         501 West Bay Street                         340 Fifth Avenue Suite 2418
Suite 400                                   Jacksonville, FL 32202                      New York, NY 10118
Marietta, Georgia, 30060-7946 30060-7946


Andrew C. Kassner                           Dena C Kaufman                              Michael A Kaufman
Drinker Biddle & Reath LLP                  Hogan & Hartson LLP                         Michael A Kaufman PA
One Logan Square                            875 Third Avenue                            1601 Forum Place
18th & Cherry Streets                       New York, NY 10022                          Suite 404
Philadelphia, PA 19103-6996                                                             West Palm Beach, FL 33401


Kenneth C Baker Esq                         Elena P. Ketchum                            Kite Realty Group Trust
Eastman & Smith Ltd                         Stichter, Riedel, Blain & Prosser           c/o Roy S. Kobert, Esquire
One SeaGate 24th Floor                      110 E. Madison St., Suite 200               Broad and Cassel
Toledo OH 43604                             Tampa, FL 33602                             P.O. Box 4961
                                                                                        Orlando, Florida 32802, 32802


Roy S Kobert                                Alan W Kornberg                             Gerard M. Kouri
Post Office Box 4961                        Paul Weiss Rifkind Wharton & Garrison       10021 Pines Blvd., #202
Orlando, FL 32802                           1285 Avenue of the Americas                 Pembroke Pines, FL 33024-6191
                                            New York, NY 10019


John W Kozyak                               Stuart A. Krause                            Stephen B. Kuhn
Kozyak, Tropin & Throckmorton, PA           Zeichner Ellman & Krause                    590 Madison Avenue
2525 Ponce De Leon                          575 Lexington Avenue                        New York, NY
9th Floor                                   New York, NY 10022
Coral Gables, FL 33134


Jeffrey Kurtzman                            Nina M LaFleur                              Darryl S. Laddin
Klehr Harrison Harvey Branzburg & Ellers    Stutsman & Thames                           Arnall Golden Gregory LLP
260 South Broad Street                      121 W. Forsyth St. Suite 600                171 17th Street NW
Philadelphia, PA 19102                      Jacksonville, Fl 32202-3848                 Suite 2100
                                                                                        Atlanta, GA 30363-1031


Nina M. Lafleur                             Thomas J Lallier                            David M. Landis
Stutsman & Thames, P.A.                     Foley & Mansfield PLLP                      Mateer & Harbert, P.A.
121 W. Forsyth Street                       250 Marquette Avenue                        225 East Robinson Street
Suite 600                                   Suite 1200                                  Suite 2854
Jacksonville, FL 32202                      Minneapolis, MN 55401                       Orlando, FL 32802-2854


Robert P Laney                              Elena Lazarou                               Robert L LeHane
McElwee Firm PLLC                           Reed Smith, LLP                             Kelley Drye & Warren LLP
906 Main Street                             599 Lexington Ave.                          101 Park Avenue
North Wilkesboro, NC 28659                  New York, NY 10022                          New York, NY 10178
```

| | | |
|---|---|---|
| Thomas J Leanse<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | David E Lemke<br>Waller Lansden Dortch & Davis PLLC<br>Post Office Box 198966<br>Nashville, TN 37219-8966 | Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 |
| Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Sharon L. Levine<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Bruce Levinson<br>Law Offices of Bruce Levinson<br>747 3rd Avenue<br>New York, NY 10017 |
| John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 | Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 |
| Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Joseph Lubertazzi Jr.<br>McCarter & English,  LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 |
| Eric Ludin<br>5720 Central Avenue<br>St. Petersburg, FL 33707 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 | Kenneth G. M. Mather Esq.<br>Hinshaw & Culbertson, LLP<br>100 South Ashley Dr.<br>Suite 500<br>Tampa, FL 33602 |
| Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 | Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 |
| Charles W. McBurney Jr.<br>6550 St. Augustine Road Suite 105<br>Jacksonville, FL 32217 | Jerrett M. McConnell<br>Friedline & McConnell, P.A.<br>1756 University Blvd South<br>Jacksonville, FL 32216 | David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 |
| William S McMahon<br>Choate Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02103 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 | Marc T McNamee<br>Neal & Harwell PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 |
| Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |

| | | |
|---|---|---|
| Lawrence H Meuers<br>Meuers Law Firm PL<br>5395 Park Central Court<br>Naples, FL 34109 | Robert C. Meyer<br>2223 Coral Way<br>Miami, FL 33145 | Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 |
| Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 | Stephen M Miller<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue<br>Post Office Box 2306<br>Wilmington, DE 19899-2306 |
| Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>125 South Augusta Street<br>Suite 2000<br>Harrisonburg, VA 22801 | Mark Minuti<br>Saul Ewing, LLP<br>222 Delaware Avenue Suite 1200<br>P.O. Box 1<br>Wilmington, DE 19899 | T David Mitchell<br>Brenner Kaprosy LLP<br>50 East Washington Street<br>Chagrin Falls, OH 44022 |
| Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 | Clive N. Morgan<br>6712 Atlantic Blvd<br>Jacksonville, FL 32211 |
| Lee P Morgan<br>Morgan & Morgan<br>Post Office Box 48359<br>Athens, GA 30604 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Adam Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | John E. Mufson<br>2213 N. University Drive<br>Pembroke Pines, FL 33024 |
| Larren M Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 |
| Omar Nelson<br>P.O. Box 1178<br>Jackson, MS 39215 | Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Tammy M. Nick<br>676 East I-10 Service Road<br>Slidell, LA 70461 |
| James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite<br>Omaha, NE 68102 | John Noland<br>Henderson, Franklin, Starnes & Holt<br>P.O. Box 280<br>Fort Myers, FL 33902 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 |
| Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,   30326 | Merritt A. Pardini<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, NY 10022 | Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 |

| | | |
|---|---|---|
| Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 | Barbra R. Parlin<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3189 | Patrick P. Patangan<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Brad J. Patten<br>Smith, Gilliam, Williams & Miles, P.A.<br>P.O. Box 1098<br>Gainesville, GA 30503 | Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | Armando Perez<br>Interamerican Plaza<br>701 S.W. 27th Avenue Suite 1205<br>Miami, FL 33135 |
| Robert Perry<br>Held & Israel<br>1301 Riverplace Blvd. Ste.# 1916<br>Jacksonville, FL 32207 | Christian A Petersen<br>Gunster Yoakley & Stewart PA<br>500 East Broward Boulevard<br>Suite 1400<br>Fort Lauderdale, FL 33394 | David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103 |
| Geraldine E Ponto<br>Gibbons Del Deo Dolan Griffinger<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 |
| Nicholas V. Pulignano Jr.<br>Marks Gray, P.A.<br>1200 Riverplace Blvd Suite 800<br>Jacksonville, FL 32201 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Rex D. Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 |
| Gregg A. Rapoport<br>Lee & Rosenberger<br>135 W. Green St.<br>Suite 100<br>Pasadena, CA 91105 | Craig V. Rasile<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 | Peter J Rathwell<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 |
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 3<br>Birmingham, AL 35201-0306 | Diane G. Reed<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 |
| Jo Christi Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Jeffrey C. Regan<br>Hedrick, Dewberry, Regan & Durant, PA<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Jeffrey N. Rich<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022-6030 | Sarah Richardson<br>Pinellas County Attorney's Office<br>315 Court Street<br>Clearwater, FL 33756 | Larry B. Ricke<br>Leonard, Street and Deinard<br>150 South Fifth Street<br>suite 2300<br>Minneapolis, MN 55402 |
| Craig P. Rieders<br>Genovese Lichtman Joblove & Battist<br>100 S.E. 2nd Ave., Suite 3600<br>Miami, FL 33131 | Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105-0143 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 |

| | | |
|---|---|---|
| Adam L. Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 | Avrum J. Rosen<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | Mitchell S Rosen<br>Rosen Law Group LLC<br>950 East Paces Ferry Road<br>Suite 3250<br>Atlanta, GA 30326 |
| Neal M. Rosenbloom<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | Fox Rothschild<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | J Casey Roy<br>McClain Leppert & Maney PC<br>South Tower Pennzoil Place<br>711 Louisiana Suite 3100<br>Houston, TX 77002 |
| David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 | Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 | Rachel L Rubio<br>Markowitz Davis Ringel & Trusty PA<br>9130 South Dadeland Boulevard<br>Suite 1225<br>Miami, FL 33156 |
| Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 | Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 | Anthony M Salzano<br>Pasco Co Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654 |
| Anthony F Sanchez<br>Law Offices of Anthony F Sanches PA<br>Alfred I Dupont Building<br>169 East Flagler Street<br>Suite 1500<br>Miami, FL 33131 | Michael C. Scarafile<br>P.O. Box 1431<br>Charleston, SC 29402 | Robert K. Scheinbaum<br>Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 | Sarah L Schultz<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201 | Gregory J. Seketa<br>40/86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 |
| Joel M. Shafferman<br>40 Wall Street, 35th Floor<br>New York, NY 10005 | Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 | Lynn Welter Sherman<br>Hill Ward & Henderson<br>P O Box 2231<br>Tampa, Fl 33601 |
| R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 | Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 | Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 |
| Aaron C Smith<br>Lord Bissell & Brook LLP<br>115 South LaSalle Street<br>Chicago, IL 60603 | Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 | Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Eric J. Snyder<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353,  32802-3353 |

| | | |
|---|---|---|
| Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 |
| Alex Spizz<br>Todtman, Nachamie, Spizz & Johns, P.C.<br>425 Park Avenue<br>New York, NY 10022 | David N Stern<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308 | Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 |
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue Suite 900<br>Austin, TX 78701 | Debra Sudock<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Jimmy Ray Summerlin Jr<br>Young Morphis Bach & Taylor LLP<br>Post Office Drawer 2428<br>Hickory, NC 28603 |
| Stephen B. Sutton<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 | Douglas B Szabo<br>Henderson, Franklin, Starnes & Holt PA<br>PO Box 280<br>Ft. Myers, FL 33902 | TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 |
| TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | Joel L. Tabas<br>25 Southeast Second Ave., Ste. 919<br>Miami, FL 33131-1538 | Gene B Tarr<br>Blanco Tackabery Combs & Matamoros PA<br>Post Office Drawer 25008<br>Winston-Salem, NC 27114-5008 |
| Richard R. Thames<br>Stutsman & Thames, P.A.<br>121 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 | Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Ctr Ninth Floor<br>Cleveland, OH 44114 |
| Judy D Thompson<br>301 S. College Street, Ste 2300<br>Charlotte, NC 28202 | Janet H. Thurston<br>Cohen & Thurston, P.A.<br>1723 Blanding Blvd Suite 102<br>Jacksonville, FL 32210 | Laura L. Torrado<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 |
| Paul Traub<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 | Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 | United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | Lori V. Vaughan<br>Foley & Lardner<br>P.O. Box 3391<br>Tampa, FL 33601 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |
| David H. Wander<br>Wander & Associates, P.C.<br>641 Lexington Avenue<br>New York, NY 10022 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 | Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |

Allan C Watkins  
Watkins Law Firm, PA  
707 N Franklin Street, Suite 750  
Tampa, FL 33602

Alan M. Weiss  
Holland & Knight LLP  
50 North Laura St., Suite 3900  
Jacksonville, FL 32202

Margaret R Westbrook  
Kennedy Covington Lobdell & Hickman LLP  
Post Office Box 1070  
Raleigh, NC 27602-1070

David B. Wheeler  
Moore & Van Allen PLLC  
P.O. Box 22828  
Charleston, SC 29413-2828

Stephen D Wheelis  
Wheelis & Rozanski  
Post Office Box 13199  
Alexandria, LA 71315-3199

William Douglas White  
McCarthy & White PLLC  
8180 Greensboro Drive  
Suite 875  
McLean, VA 22102

Robert D Wilcox  
Wilcox Law Firm  
10201 Centurion Parkway North  
Suite 600  
Jacksonville, FL 32256

Amy Pritchard Williams  
Kennedy Covington Lobdell & Hickman LLP  
214 North Tryon Street  
47th Floor  
Charlotte, NC 28202

Jonathan R Williams  
Meland, Russin, Hellinger & Budwick, PA  
200 S. Biscayne Blvd Ste 3000  
Miami, FL 33131

Winn-Dixie Stores, Inc  
5050 Edgewood Court  
Jacksonville, FL 32254-3699

Frank J. Wright  
Hance Scarborough Wright Ginsberg  
& Brusilow, LLP  
14755 Preston Road # 600  
Dallas, TX 75254

William Knight Zewadski  
Trenam, Kemker, Scharf, Barkin, et al  
P.O. Box 1102  
Tampa, FL 33602

Scott A. Zuber  
Pitney Hardin Kipp & Szuch, LLP  
200 Campus Drive  
Florham Park, NJ 07932-0950