**Landlord:**    c/o Langston Real Estate
PO Box 125
308 N. Shirley Avenue
Honea Path, SC 29654
Phone 864-369-2848
Fax 864-369-2849
Tom Langston Cell 864-934-5455

|  | Langston Place, LLC Winn-Dixie #1242 | Palmetto Place, LLC Winn-Dixe #1016 | Windsor Place, LLC Winn-Dixe #1203 |  | Total |
|---|---|---|---|---|---|
| Tax | $ 31,142.39 | $ 26,887.83 | $ 15,648.10 |  |  |
| Insurance | $ 2,011.33 | $ 2,527.83 | $ 1,890.58 |  |  |
| CAM | $ 1,350.81 | $ (933.95) | $ 447.96 | July Only |  |
|  |  |  | $ 1,355.43 | Apr-Jun Billed 6-8-05 |  |
|  |  |  | $ 798.60 | Jan 1, 05-Feb 21, 05 |  |
| Total Due Jan-July 2005 | $ 34,504.53 | $ 28,481.71 | $ 20,140.67 | $ | 83,126.91 |