UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817 |
| WINN-DIXIE, INC. et al., ) | Chapter 11 |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |

OBJECTION OF LANDLORD RANDY ROARK TO SCHEDULED
CURE AMOUNT AND ADEQUATE ASSURANCE PROPOSED
IN DEBTOR'S SALE AND ASSUMPTION MOTION RE: STORE NO. 529

Comes now Randy Roark ("Roark"), by counsel, and hereby objects to the cure amount proposed by the Debtors in Schedule F to the Debtors' Motion for Order (A) Authorizing the sale of assets free and clear of liens, claims and interests and exempt from taxes, (B) Authorizing the assumption and assignment of leases and contracts and (C) Granting related relief (the "Assumption Motion") dated July 1, 2005. As grounds for its objection, Roark states as follows:

1. Roark, as successor in interest to FES Properties, and Winn-Dixie Montgomery, Inc. ("Debtor") are parties to a certain lease originally dated August 3, 1993 (as amended, the "Lease"), pursuant to which Debtor leases space in a shopping center located in Alabaster, Alabama (the "Premises").

2. The Lease is an executory contract for purposes of 11 U.S.C. § 365.

3. In the Motion, the Debtor proposes a cure payment of $0.

4. According to the books and records of Roark, the sum of $18,134.98 is owed by Debtor for pre-petition insurance and common area maintenance fees due under the Lease as detailed in Exhibit A hereto.

780263.2

5. Debtor is also indebted to Roark, Inc. for an additional $4,507.32 that is attributable to the post-petition rental of the Premises under the Lease.

6. Roark prays that the Court will require that a cure payment of $22,642.30 be paid to Roark as a prerequisite to the assumption and assignment of the Lease as proposed in the Motion.

7. Further, because no assignee has been proposed with regard to this store, Roark reserves his rights to object to the proposed assignee and to require adequate assurance of future performance.

Respectfully submitted on July 13, 2005.

BALCH & BINGHAM LLP

By: _____
Christie Lyman Dowling
Alabama Bar No. ASB-9508-R72D
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Tel: 205-251-8100
Fax: 205-226-8799

*Attorney for Randy Roark*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on July _13_, 2005.

Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

_____
Of Counsel

WINN DIXIE STORE #529
ALABASTER, AL

PREPETITION CURE AMOUNTS

| | |
|---|---|
| PRIOR YEARS INSURANCE | $ 7,067.92 |
| 2004 COMMON AREA MAINTENANCE | $ 9,590.60 |
| 2005 COMMON AREA MAINTENANCE | $ 1,476.46 |
| TOTAL DUE | $18,134.98 |