UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>ET AL.,</u> | CHAPTER 11 |
| DEBTORS. | JOINTLY ADMINISTERED |

**RESPONSE BY PARK PLAZA, LLC TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Park Plaza, LLC ("Park Plaza") by and through counsel, files this response to the *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* as follows:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.

---

In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc. , Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Raleigh, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      Park Plaza, LLC formerly known as Remrey Properties, LLP is the landlord, Winn-Dixie Raleigh, Inc. is the tenant, and Winn-Dixie Stores, Inc. is the guarantor, pursuant to a lease dated July 11, 1995, for the premises located in Roanoke Rapids, NC ("Store #888").

3.      Pursuant to the lease and the guaranty thereof, Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc. are required to pay Park Plaza basic rent, additional rent, common area maintenance expenses ("CAM"), real estate taxes and shopping center insurance.

4.      As of the Petition Date, Park Plaza is owed $27,570.38 for 2004 real estate taxes and $5,857.12 for 2004 insurance, for a total amount due of $33,427.50 (the "Cure Amount").

5.      On or about July 1, 2005, the Debtors filed *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (the "Sale Motion"), requesting authority to sell certain Targeted Stores[2] for the highest and best offer, and assume and assign the relevant lease to the purchaser.

6.      Store #888 is one of the Targeted Stores.

7.      Attached to the Sale Motion as Exhibit "F" is a schedule reflecting cure amounts that the Debtors assert are owed to each landlord of a Targeted Store, and any other cure required. According to Exhibit "F", the cure amount owed to Park Plaza for the lease of Store #888 is $0.

---

[2] Targeted Stores is defined in the Sale Motion as stores which are located in core market areas but remain unprofitable, which the Debtors seek to sell or close.

2

8.      Pursuant to the Sale Motion, landlords who dispute the cure amount or other proposed cure for their lease or contract must file with the Court and serve on the Debtors an objection to the Sale Motion on or before July 14, 2005. Any objection to a proposed cure will be adjudicated by the Court at a hearing to be scheduled and separately noticed by the Debtors (the "Cure Hearing").

9.      By this response, Park Plaza, LLC objects to the cure amount set forth on Exhibit "F" with respect to Store #888. As stated previously, the Cure Amount owed to Park Plaza is $33,427.50. Attached hereto is a copy of Park Plaza's proof of claim to be filed herein.

WHEREFORE, Park Plaza respectfully requests that this Court conduct a Cure Hearing with respect to Park Plaza's objection to the cure amount set forth on Exhibit "F" to the Sale Motion, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmission on this 13th day of July, 2005 to D. J. Baker at djbaker@skadden.com and to Cynthia C. Jackson at cjackson@smithhulsey.com.

| Respectfully submitted:<br><br>/s/ Luis Martinez-Monfort<br>Luis Martinez-Monfort, Esquire<br>Florida Bar No. 0132713<br>MILLS PASKERT DIVERS P.A.<br>100 North Tampa Street, Suite 2010<br>Tampa, Florida  33602<br>(813) 229-3500 – Telephone<br>(813) 229-3502 – Facsimile<br>*Local Counsel* | RICHARDSON, PLOWDEN, CARPENTER AND ROBINSON, PA<br><br>*/s/ S. Nelson Weston, Jr.*<br>S. Nelson Weston, Jr.<br>1600 Marion Street<br>Columbia, SC 29201<br>Telephone: (803) 771-4400<br>Facsimile: (803) 779-0016<br>E-mail: nweston@rpcrlaw.com<br>Attorneys for Park Plaza, LLC |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) C/A No: 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., ET AL.,, | ) CERTIFICATION OF MAILING |
| | ) |
| Debtor. | ) |
| _____ | ) |

      I hereby certify that a copy of the Response by Park Plaza, LLC in the above captioned was served upon each of the following persons at the addresses indicated below by depositing said papers in the United States Mail, Columbia, South Carolina, on the 13th day of July, 2005; all in accordance with rule 7004 of the Rules of Bankruptcy Procedure.

      D.J. Baker, Sally McDonald Henry, Rosalie Gray
and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Steven Busey, James H. Post, Cynthia C. Jackson
and Eric McKay
Smith, Hulsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

Kenneth C. Meeker
Assistance U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

      /s/ C. Michele Klawitter
C. Michele Klawitter, Legal Assistant
Richardson, Plowden, Carpenter & Robinson, P.A.
1600 Marion Street
Columbia, South Carolina 29202
(803) 771-4400