**State of Mississippi**

LAUDERDALE
STANLEY SHANNON/TAX COLLECTOR

MERIDIAN MS 39302
Paid by: JACK FIORELLA 107

Real Property
Tax Year 2004

Drawer: 9
User: TLW
Paid: Check
MCO: 53

LAKELAND ACRES BLOCK 1
LOTS 6 TO 12 & 14 TO 17 INCL &
PT LOT 18 BLOCK 2 LOTS 21 TO
24 INCL & PT VACATED AVE LESS
PT LOT 24 DESC DB
LAKELAND ACS
DEED BK-1522 PG-604 DT-04/03/1998

| pPIN: 10886 | Receipt # 4478-1 | Date: 05/13/2005 | | |
|---|---|---|---|---|
| Tax District | Total Acres | Forest Acres | | |
| 5110 | | | | |
| Parcel Number 0761411810001 | | | Sec. Twn. Rng. 14  06  15 | |
| | Class 1 Value | Class 2 Value | | Total Value |
| True | 216,000 | | | 216,000 |
| Assessed | 32,400 | | | 32,400 |
| Type of Tax | Millage | Gross Tax Amount | Regular Homestead | Special Exemption | Net Tax .20 |
| COUNTY | 44.7900 | 1,451.20 | | | |
| CITY | 50.0800 | 1,622.59 | | | 1,622.59 |
| SCHOOL | 64.3700 | 2,085.59 | | | 2,085.59 |

**ACCOUNT PAID IN FULL**

050513 1150 TLW ETHTLW

Total Tax Due ........ $5,159.38

Tax Amount Paid          5,159.38
Penalty Paid                206.37
Printer Fee Paid
Excess Bid Paid
Total Paid this Receipt   5,365.75
Other Tax Payments
*Grand Total Paid*        5,365.75

GREENWOOD PLAZA LTD
C/O FELLERS SCHEWE SCOTT & ROBERTS
P O BOX 450233
ATLANTA, GA 31145

Received by: _____

**State of Mississippi**

LAUDERDALE
STANLEY SHANNON/TAX COLLECTOR

MERIDIAN    MS 39302
Paid by: JACK FIORELLA 107

Real Property
Tax Year 2004

Drawer: 9
User: TLW
Paid: Check
MCO: 53

LAKELAND ACRES BLOCK 2    LRMMQDP 38-0
PT LOTS 14,15,16,18,19 & 20
DESC DB 1328 P.642
LAKELAND ACS
DEED BK-1522 PG-604    DT-04/03/1998

| PPIN: 11063 | Receipt # 14479-1 | Date: 05/13/2005 | | |
|---|---|---|---|---|
| Tax District 5110 | Total Acres | Forest Acres | | |
| Parcel Number 07614218100021303 PROP ADDR: 915 HWY 19 N | | Sec. 14 | Twn. 06 | Rng. 15 |
| | Class 1 Value | Class 2 Value | | Total Value |
| True Assessed | 66,000 9,900 | 990,000 148,500 | | 1,056,000 158,400 |
| Type of Tax | Millage | Gross Tax Amount | 050513 TL48 TLW EJRTLW Regular Homestead | Special Exemption | Net Tax |
| COUNTY CITY SCHOOL | 44.7900 50.0800 64.3700 | 7,094.74 7,932.67 10,196.21 | | | 7,094.74 7,932.67 10,196.21 |
| | | | | Total Tax Due | $25,223.62 |

**ACCOUNT PAID IN FULL**

GREENWOOD PLAZA LTD
C/O FELLERS SCHEWE SCOTT & ROBERTS
P O BOX 450233
ATLANTA, GA 31145

| | |
|---|---|
| Tax Amount Paid | 25,223.62 |
| Penalty Paid | |
| Printer Fee Paid | 1,008.95 |
| Excess Bid Paid | |
| Total Paid this Receipt | 26,232.57 |
| Other Tax Payments | |
| *Grand Total Paid* | 26,232.57 |

Received by: _____