UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | |
| _____/ | |

## LANDLORD'S CURE AMOUNT STATEMENT AND OBJECTION FOR STORE LOCATED AT BAXLEY SHOPPING CENTER, BAXLEY, GEORGIA (STORE #133)

AND NOW comes BAXLEY ZAMAGIAS, Landlord for the Debtor's store located in the BAXLEY SHOPPING CENTER, BAXLEY, GEORGIA (STORE #133), and files this Cure Amount Statement and Objection to the Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, whereof the following is a statement:

1. As of the end of June, 2005, there is $495.77 outstanding for 2004's tax reconciliation. This amount must be added to, and become part of, the Cure.

2. In addition, the Cure must include any and all additional amounts which accrue under the Lease prior to the closing date on any Court approved assumption and assignment, but which are unpaid on the closing date (whether or not said amounts have actually been billed). Landlord objects to the Motion and the provision for Cure to the extent the provision for Cure in the Motion fails to satisfactorily provide for any and all such accruals.

WHEREFORE, Landlord respectfully requests that the Court enter an Order setting the appropriate cure for the Lease, including any future pre-closing accruals.

ARNSTEIN & LEHR LLP
1110 North Florida Avenue (33602)
Post Office Box 3424
Tampa, Florida 33601-3424
(813) 254-1400
Attorneys for Baxley Zamagias

Ronald B. Cohn, Esq.
Florida Bar No. 0599786

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699, to Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, to Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, to Elena L. Escamilla, Esq., 135 West Central Boulevard, Suite 620, Orlando, Florida 32806, and to Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, this 13 day of July, 2005.

RONALD B. COHN, Esq.