# COMPOSITE

# EXHIBIT "A"

Winn-Dixie #229
RE Tax Reconcliation
2003 & 2004

### 2003

Ad Valorem Taxes - **March Amount**
| | |
|---|---|
| Main Parcel - see tax bill | $145,359.14 |
| Less Coral Springs Fire Assmt. | 0.00 |
| North Springs Drainage I | 622.53 |
| Personal Property | 0.00 LL didn't bill in 2003 |
| 2003 Tax Refund - **March Amt.** | (18,133.32) |
| see Poer statement | $127,848.35 |

| | |
|---|---|
| Less 4% | ($5,113.93) |
| **Total November Real Est. Taxes for W-D** | **$122,734.42** |

W-D's Prorata share
| | |
|---|---|
| W-D's Store Size | 52,024 sf |
| Total Shopping Center | 60,829 sf |
| **W-D's Share** | **85.5250%** |

| | | |
|---|---|---|
| **W-D's Share of Real Est. Taxes** | **$104,968.60** | |
| W-D Paid | (119,562.09) | |
| **W-D over paid** | | **(14,593.49)** |

---

### 2004

Ad Valorem Taxes - **March Amount**
| | |
|---|---|
| Main Parcel - see tax bill | $136,775.02 |
| Less Coral Springs Fire Assmt. | 0.00 |
| North Springs Drainage I | 764.46 |
| Personal Property | 1,067.90 LL is billing in 2004 |
| | see page from W-D lease |
| | $138,607.38 |
| Less 4% | ($5,544.30) |
| **Total November Real Est. Taxes W-D** | **$133,063.08** |

W-D's Prorata share
| | |
|---|---|
| W-D's Store Size | 52,024 sf |
| Total Shopping Center | 60,829 sf |
| **W-D's Share** | **85.5250%** |

| | |
|---|---|
| **W-D's Share of Real Est. Taxes** | **$113,802.20** |
| W-D Paid - Feb 25, '05 Nbr. 7432020 | (97,714.97) |
| **W-D under paid** | 16,087.23 |

Total 2003 Tax Protest Fee
$4,533.33
| W-D's Share of Fee at 85.5250% | $3,877.13 | |
|---|---|---|
| | $19,964.36 | **$19,964.36** |
| **W-D owes LL** | | **$5,370.87** |

2004 ACTUAL OPERATING EXPENSE RECONCILIATION

Winn Dixie Stores, Inc.

North Hills

Tenant ID:      6700                Unit WDIXIE
Square Footage:          52,024
Occupancy # Days            365
Pro-rata Share       85.525%

| | | |
|---|---|---|
| Total Insurance for 2004: | | $40,024.65 |
| Total Real Estate Taxes: | $ | 141,921.77 |
| Total CAM Expenses: | $ | 72,892.19 |
| | | |
| Total Operating Expenses for 2004: | | $254,838.61 |
| | | |
| Your Share of Pro Rata Insurance: | | **$34,231.08** |
| | | |
| Your Share of Pro Rata R/E Taxes | | **$113,802.19** |
| | | |
| Your Share of Pro Rata Expenses: | | **$62,341.05** |
| | | |
| **Total Expenses:** | | **$210,374.32** |
| | | |
| Less 2004 Estimated Charges: | | $184,554.80 |
| | | |
| | Total: | $25,819.52 |
| | | |
| Administrative Fee 3.5% | | $2,551.23 |
| | | |
| Total Due: | | $28,370.75 |