UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

In Re:                                                                Chapter 11

WINN-DIXIE STORES, INC., et al.,                     Case 05-03817-3F1

Debtors.[1]

---

OBJECTION TO CURE AMOUNT WITH
RESPECT TO LEASE AT NORTH RIDGE SHOPPING CENTER

Simon Property Group, L.P., Landlord for the Lease attached hereto as Exhibit "A"; ("SIMON LEASE"), by its undersigned attorneys, hereby objects to the cure amount proposed by the Debtor to cure the default of the Simon Lease described on Exhibit "A", in support, states:

1. The Debtor, as lessee, and Simon Property Group, L.P. as successor to North Hills, Inc., as lessor, are parties to a lease dated May 15, 1978, (the "North Ridge Lease") for non-residential real estate in North Ridge Shopping Center in Raleigh, North Carolina.

2. On or about July 1, 2005, the Debtor filed a *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief.*

3. According to the North Ridge Lease and North Ridge Shopping Center records, the cure amount for the Northridge Ridge Lease is $47,933.12. The cure amount includes unpaid pre-petition rent and post-petition rents as detailed on Exhibit "B". In addition, as a direct result of these defaults, Landlord has incurred legal fees in excess of One Thousand and 00/100 Dollars ($1,000.00) per lease. (totaling $48,933.12, which includes legal fees and is detailed on Exhibit "A"). In addition the Assignee must specifically agree to all charges accrued as of this date but

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

not yet billed, including, but not limited to, common area maintenance, real estate taxes, overage rent, percent rent and utilities.

4. Landlord expressly reserves the right to amend the cure amount in the event that additional sums come due on or after July 8, 2005, or to the extent that there is (a) any regular and periodic adjustment of charges due under the Simon Lease, in addition to those specifically set forth on the Exhibits attached hereto, which were either not due or had not been determined as of the filing of this Statement, whether relating to any one or more of the following, without limitation: promotion and marketing dues, media and marketing dues, common area maintenance, and insurance, shopping center heating and air conditioning, and security; (b) any percentage rent that may be due under the Simon Lease; (c) any indemnification liability that the Tenant may have under the Simon Lease but is currently unknown to the Landlord; (d) any payment of property taxes required under the Simon Lease; and (e) any claim that a Landlord may have under an indemnification provision in a Lease for events which may have occurred before any proposed assignment but which are not known to such Landlord until some time following any proposed assignment.

5. Landlord further expressly reserves the right to object to any attempt by the Debtors to assume, or assume and assign, the Simon Lease if any requirement for such assumption and/or assignment set forth in 11 U.S.C. § 365 has not been satisfied.

WHEREFORE, Simon Property Group, L.P. objects to the scheduled Cure Amounts and requests that the Court enter an Order approving Cure Amounts for the Debtor's Lease at North Ridge Shopping Center in the amount of $48,933.62.

Dated this 14th day of July, 2005.

**HOLLAND & KNIGHT LLP**

By: /s/ Alan M. Weiss
    Alan M. Weiss, Esquire
    Florida Bar. No. 340219
    50 N. Laura Street, Suite 3900
    Jacksonville, FL 32202
    Phone: 904-353-2000
    Fax: 904-358-1872
    E-Mail: alan.weiss@hklaw.com

>Ronald M. Tucker, Esq.
>Simon Property Group, L.P.
>115 West Wshington Street
>Indianapolis, Indiana 46204
>(317) 263-2346
>(317) 263-2339 Fax
>*Attorneys for Simon Property Group, LP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to:

Elena L. Escamilla
U.S. Trustee
135 W. Central Boulevard, Room 620
Orlando, FL 32801

Steve Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Debtors*

D. J. Baker
Skadden, Arps, Slate, et al.
Four Times Square
New York, NY 10036
*Attorneys for Debtors*

Dennis F. Dunne
Milbank, Tweed, Hadley
 & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for OCUC*

John B. Mcdonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

via U.S. Mail this 14th of July, 2005.

>/s/ Alan M. Weiss
>Attorney

# 3057958_v2

3