**EXHIBIT "B"**

Lease Summary

AR631-A Page 1
GAJ7HELPR

Tenant WIN01-/    Winn Dixie Stores, Inc.
Project 7835     North Ridge Shopping Center
Lease  WIN01://  Winn Dixie

From 1/01/8" TO 7/13/05          Sram
*** All Charges ***          Deposits ALL Zero

| Date | Document | Description | Amount | Outstanding |
|------|----------|-------------|--------|-------------|
| 6/01/05 | R 316C13 303 | Common Area Maint Fees | 906.98 | 933.98 |
| 6/01/05 | R 316C13 302 | Base Min-out Rent Fixed | 23065.59 | 23655.58 |
| 7/01/05 | R 316C769 303 | Common Area Maint Fees | 906.98 | 933.98 |
| 7/01/05 | R 316C769 302 | Base Min-out Rent Fixed | 23065.59 | 23655.58 |

Price               OK    Rec    Cumulative Total    47933.12    End    47933.12

47933.12    47933.12

** TOTAL PAGE.31 **