IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., *et al*, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | *Jointly Administered* |

## OBJECTION

Grubb & Ellis/Wilson Kibler as managing agent for John Buxton/The Lucy Company of South Carolina concerning the lease of operating store number 2165 (the "Sumter, SC Store Landlord") hereby replies to the collective Debtors' Sale Motion. The objection of the Sumter, SC Store Landlord includes but is not limited to the fact that Exhibit F to the Debtors' Sale Motion fails to correctly state the amount of the arrearage owed to the Sumter, SC Store Landlord. The current arrearage owed to the Sumter, SC Store Landlord includes rent for July, 2005 in the amount of $24,478.90, plus a pre-petition amount of $3,649.81, and "CAM" of $5,691.11. The Sumter, SC Store Landlord is informed and believes that the Debtors' Sale Motion should not be granted unless and until the full amount of the arrearage owed to it is recognized and provided for.

Haynsworth Sinkler Boyd, P.A.

By: _____
William H. Short, Jr.
Post Office Box 11889
Columbia, SC 29211-1889
(803) 779-3080

Attorneys for Grubb & Ellis/Wilson Kibler as managing agent for John Buxton/The Lucy Company of South Carolina.

July 13, 2005

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., *et al*, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | *Jointly Administered* |

FILED
JACKSONVILLE, FLORIDA
JUL 14 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on July 13, 2005, I served the below-named parties to be served with copies of the following document(s):

## OBJECTION

by mailing said copies to them by first-class, United States mail, postage prepaid, with return address clearly shown to said parties at the addresses shown below.

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Florm, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Haynsworth Sinkler Boyd, P.A.

By: /s/ Tami Hatcher
Tami G. Hatcher
Legal Assistant to William H. Short, Jr.
Post Office Box 11889
Columbia, SC 29211-1889
(803) 779-3080

Attorneys for Grubb & Ellis/Wilson Kibler as managing agent for John Buxton/The Lucy Company of South Carolina