# E X H I B I T   A

**EXHIBIT A**

# ITEMIZATION OF CLAIM

| | |
|---|---|
| Tenant | Winn-Dixie Stores, Inc., de al.,  Case #05-03817-3F1 |
| | Winn-Dixie Store #523 |
| | Winn-Dixie Montgomery, Inc., a Kentucky corporation |
| | Account #0360-001231   **Filed Chapter 11 on February 21, 2005** |
| | |
| Landlord | Fairfield Partners Limited Partnership   Suite #B |
| | C/O Aronov Realty Management, Inc.   Flintridge Shopping Center |
| | 3500 Eastern Boulevard   Fairfield, Alabama |
| | Montgomery, Alabama 36116   Lease expiration: 12/15/2013 |
| | (334)244-2504 |

1  Liability arising from Debtor's failure to perform its obligation under the Lease
   consisting of:

| Dates | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|
| 7/15/2004 | 2003 Common Area Adjust | 18333.85 | | 18333.85 |
| 12/28/2004 | 2004 Insurance Adjustment | 4661.73 | | 22995.58 |
| 5/16/2005 | 2005 Common Area Adjust | 16705.66 | | 39701.24 |
| | | | | |

**TOTAL PRE-PETITION**                                                            **$39,701.24**

2  Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
   for administrative rents consisting of :                                       **$0.00**

| Dates | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

**PRIOR YEAR ADJUSTMENTS:**

| | |
|---|---|
| 2002 Insurance Adjustment | 4,225.21 |
| 2003 Insurance Adjustment | 4,722.88 |
| 2004 Insurance Adjustment | 4,661.73 |
| 2002 Common Area Adjustment | 14,824.74 |
| 2003 Common Area Adjustment | 18,333.85 |
| 2004 Common Area Adjustment | 16,705.33 |
| Miscellaneous | 45,500.00 in lieu of Real Estate Tax fixed |

# EXHIBIT B

**EXHIBIT B**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---:|---:|---|
| 3/1/2005 | 01513015 | 3/1/2005 | AMR | 1,276.88 | 1,276.88 | Annual Minimum Rent |
| 4/1/2005 | 01513015 | 4/1/2005 | AMR | 2,083.33 | 2,083.33 | Annual Minimum Rent |
| 4/1/2005 | 01513015 | 4/1/2005 | AMR | 31,546.26 | 20,847.37 | AMR-Backbilling2/10/05-2/28/05 |
| 4/1/2005 | 01513015 | 4/1/2005 | AMR | 806.45 | 806.45 | AMR-Backbilling 3/1/05-3/12/05 |
| 4/1/2005 | 01513015 | 4/1/2005 | AMR | 1,413.69 | 1,413.69 | AMR-Backbilling2/10/05-2/28/05 |
| 7/1/2005 | 01513015 | 7/1/2005 | AMR | 46,489.23 | 46,489.23 | Annual Minimum Rent |
| 7/1/2005 | 01513015 | 7/1/2005 | AMR | 2,083.33 | 2,083.33 | Annual Minimum Rent |
| 3/1/2005 | 01513015 | 3/1/2005 | CAM | 3,567.13 | 3,567.13 | CAM (Escrow / Deposit) |
| 3/1/2005 | 01513015 | 3/1/2005 | CAM | 612.9 | 612.9 | CAM (Escrow / Deposit) |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 5,820.06 | 5,820.06 | CAM (Escrow / Deposit) |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 1,000.00 | 1,000.00 | CAM (Escrow / Deposit) |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 2,252.93 | 2,252.93 | CAM-Backbilling2/10/05-3/12/05 |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 3,949.33 | 3,949.33 | CAM-Backbilling2/10/05-3/12/05 |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 387.1 | 387.1 | CAM-Backbilling2/10/05-3/12/05 |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 678.57 | 678.57 | CAM-Backbilling2/10/05-3/12/05 |
| 5/1/2005 | 01513015 | 5/1/2005 | CAM | 5,820.06 | 5,820.06 | CAM (Escrow / Deposit) |
| 5/1/2005 | 01513015 | 5/1/2005 | CAM | 1,000.00 | 1,000.00 | CAM (Escrow / Deposit) |
| 6/1/2005 | 01513015 | 6/1/2005 | CAM | 5,820.06 | 5,820.06 | CAM (Escrow / Deposit) |
| 6/1/2005 | 01513015 | 6/1/2005 | CAM | 1,000.00 | 1,000.00 | CAM (Escrow / Deposit) |
| 7/1/2005 | 01513015 | 7/1/2005 | CAM | 5,820.06 | 5,820.06 | CAM (Escrow / Deposit) |
| 7/1/2005 | 01513015 | 7/1/2005 | CAM | 1,000.00 | 1,000.00 | CAM (Escrow / Deposit) |
| | | | | 124,427.37 | 113,728.48 | |

**CLINTON CROSSING  STORE # 1402**

# EXHIBIT C

**EXHIBIT C**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|
| 2/19/2004 | 00095030 | 2/19/2004 | RCAM | -915.35 | -2.93 | CAM Adjust.08/01/98-07/31/99 |
| 4/14/2005 | 00095030 | 4/14/2005 | RRET | 25,720.84 | 25,720.84 | Tax Rec. 01/01/2004-12/31/2004 |
| 7/1/2005 | 00095030 | 7/1/2005 | AMR | 18,900.00 | 18,900.00 | Annual Minimum Rent |
| | | | | 43,705.49 | 44,617.91 | |

**HABERSHAM VILLAGE    STORE # 1851**

# EXHIBIT D

**EXHIBIT D**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---:|---:|---|
| 10/14/2002 | 00142002 | 10/14/2002 | RCAM | -4,032.98 | -706.92 | Adj Cam Rec 8/1/01-7/31/02 |
| 10/28/2003 | 00142002 | 10/28/2003 | RINS | 15,189.18 | 6,542.17 | Ins reconciliation 08/02-07/03 |
| 1/7/2004 | 00142002 | 1/7/2004 | POA | -22,416.78 | -372.44 | 01/04 Rent |
| 2/13/2004 | 00142002 | 2/13/2004 | POA | -22,416.78 | -372.44 | 02/04 Rent. Ck tot 68702.50 |
| 3/10/2004 | 00142002 | 3/10/2004 | POA | -22,416.78 | -372.44 | 03/04 Rent + POA -OverPaid CA |
| 4/8/2004 | 00142002 | 4/8/2004 | POA | -22,416.78 | -372.44 | 04/04 Rent. Ck tot $65849.80 |
| 5/12/2004 | 00142002 | 5/12/2004 | POA | -22,416.78 | -372.44 | 05/04 Rent |
| 6/9/2004 | 00142002 | 6/9/2004 | POA | -22,416.78 | -372.44 | 06/04 Rent-OverpaidCAM |
| 7/8/2004 | 00142002 | 7/8/2004 | POA | -22,416.78 | -372.44 | POA-Ck#007269741C-CAM |
| 8/10/2004 | 00142002 | 8/10/2004 | POA | -22,416.78 | -372.44 | POA-Ck#007296313C-8/04CAM |
| 9/9/2004 | 00142002 | 9/9/2004 | POA | -22,416.78 | -372.44 | POA-Ck#007321459C-9/04CAM |
| 10/8/2004 | 00142002 | 10/8/2004 | POA | -22,416.78 | -372.44 | POA-Ck#007346317C-10/04CAM |
| 10/21/2004 | 00142002 | 10/21/2004 | RCAM | -3,562.65 | -3,562.65 | CAM Recon. 03-04 |
| 11/9/2004 | 00142002 | 11/9/2004 | POA | -22,416.78 | -372.44 | POA-CK#007371704C-11/04CAM |
| 12/16/2004 | 00142002 | 12/16/2004 | POA | -22,416.78 | -372.44 | 12/04 Rent |
| 1/10/2005 | 00142002 | 1/10/2005 | POA | -22,416.78 | -372.44 | 1/05 RENT |
| 2/10/2005 | 00142002 | 2/10/2005 | OCAM | -22,416.78 | -372.44 | 2/05 RENT |
| 3/9/2005 | 00142002 | 3/9/2005 | POA | -22,416.78 | -372.44 | 3/05 rent+Poa cam |
| 3/17/2005 | 00142002 | 3/17/2005 | RRET | 20,533.18 | 20,533.18 | R/E Tax recon 1/1/04-12/31/04 |
| 4/11/2005 | 00142002 | 4/11/2005 | POA | -22,416.78 | -372.44 | 4/05 rent+Poa cam |
| 5/10/2005 | 00142002 | 5/10/2005 | POA | -22,416.78 | -372.44 | 5/05 rent+Poa cam |
| 6/10/2005 | 00142002 | 6/10/2005 | POA | -22,416.78 | -372.44 | 6/05 rent+Poa cam |
| 7/1/2005 | 00142002 | 7/1/2005 | AMR | 20,541.67 | 20,541.67 | Annual Minimum Rent |
| 7/1/2005 | 00142002 | 7/1/2005 | CAM | 1,502.67 | 1,502.67 | Estimated Expense Participatio |
| | | | | -353,330.97 | **38,146.20** | |

**CLOVERDALE VILLAGE    STORE # 1906**

# EXHIBIT E

**EXHIBIT E**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|
| 8/7/2001 | 00852487 | 8/7/2001 | POA | -301.85 | -301.85 | Payment on Account - Unknown |
| 4/27/2004 | 00852487 | 4/27/2004 | POA | -61,355.32 | -0.32 | 2003 RRET |
| 6/15/2005 | 00852487 | 6/15/2005 | RCAM | 26,468.28 | 26,468.28 | CAM recon 01/01/04-12/31/04 |
| 6/15/2005 | 00852487 | 6/15/2005 | RINS | 6,084.46 | 6,084.46 | INS recon 01/01/04-12/31/04 |
| 6/15/2005 | 00852487 | 6/15/2005 | RRET | 60,936.56 | 60,936.56 | R/E Tax recon 1/1/04-12/31/04 |
| 6/15/2005 | 00852487 | 6/15/2005 | RRET | 785.51 | 785.51 | Real Estate Tax Legal Exp 04 |
| 7/1/2005 | 00852487 | 7/1/2005 | AMR | 31,351.58 | 31,351.58 | Annual Minimum Rent |
|  |  |  |  | 63,969.22 | **125,324.22** |  |

**APISON CROSSING    STORE # 1935**

# E X H I B I T   F

**EXHIBIT F**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|
| 5/17/2002 | 00887476 | 5/17/2002 | RRET | 73,466.80 | 336.14 | Re Tax Rec 1/1/01-12/31/01 |
| 3/17/2005 | 00887476 | 3/17/2005 | RCAM | 30,963.36 | 30,963.36 | CAM Exp less Labor 04 rec. |
| 3/17/2005 | 00887476 | 3/17/2005 | RRET | 73,130.66 | 73,130.66 | R/E Tax recon 1/1/04-12/31/04 |
| 3/18/2005 | 00887476 | 3/18/2005 | RINS | 4,948.55 | 4,948.55 | INS recon 1/1/04-12/31/04 |
| 7/1/2005 | 00887476 | 7/1/2005 | AMR | 31,351.58 | 31,351.58 | Annual Minimum Rent |
|  |  |  |  | 213,860.95 | 140,730.29 |  |

**ST. ELMO CENTRAL    STORE # 1938**

# EXHIBIT G

**EXHIBIT G**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|
| 3/15/2005 | 00141006 | 3/15/2005 | RRET | 23,380.63 | 23,380.63 | RE TAX REC. 01/01/04-12/31/04 |
| 6/23/2005 | 00141006 | 6/23/2005 | UW | 1,993.84 | 1,993.84 | Water Rec 1/1/05-4/30/05 |
| 6/23/2005 | 00141006 | 6/23/2005 | UW | 2,592.97 | 2,592.97 | Water Rec 8/1/04-12/31/04 |
| 7/1/2005 | 00141006 | 7/1/2005 | AMR | 17,071.92 | 17,071.92 | Annual Minimum Rent |
|  |  |  |  | 45,039.36 | 45,039.36 |  |

**SWEETWATER VILLAGE   STORE # 2717**

# EXHIBIT H

**EXHIBIT H**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---|---|---|---|---:|---:|---|
| 5/1/1998 | 00193007 | 5/1/1998 | RCAM | 16,832.19 | 9,961.89 | Cam Recon. 01/01/97-7/31/97 |
| 12/1/2002 | 00193007 | 12/1/2002 | AMR | 25,094.33 | 5,045.91 | Annual Minimum Rent |
| 4/16/2003 | 00193007 | 4/16/2003 | RCAM | -5,045.91 | -2,975.89 | Cam Rec adj.8/1/98-7/31/99 |
| 4/14/2005 | 00193007 | 4/14/2005 | RRET | 46,639.61 | 46,639.61 | Tax Rec. 01/01/2004-12/31/2004 |
| 4/14/2005 | 00193007 | 4/14/2005 | RRET | 863.84 | 863.84 | Tax Rec. 01/01/2004-12/31/2004 |
| 7/1/2005 | 00193007 | 7/1/2005 | AMR | 25,094.33 | 25,094.33 | Annual Minimum Rent |
| 7/1/2005 | 00193007 | 7/1/2005 | CAM | 579.1 | 579.1 | CAM (Escrow / Deposit) |
|  |  |  |  | 110,057.49 | **85,208.79** |  |

**CREEKWOOD SHOPPING CENTER    STORE # 2736**

# EXHIBIT I

**EXHIBIT I**

| Invoice Date | Lease | G/L Date | G/L Offset | Gross Amount | Open Amount | Remark |
|---:|---|---:|---|---:|---:|---|
| 7/1/1997 | 00194012 | 7/1/1997 | SMIS | -385.84 | -134.31 | Misc. Charge/Credit - Special |
| 11/4/2002 | 00194012 | 11/4/2002 | POA | -2,632.08 | -508.9 | 1999 Insurance payment |
| 9/1/2003 | 00194012 | 9/1/2003 | CAM | 3,150.21 | 796.84 | CAM (Escrow / Deposit) |
| 11/5/2004 | 00194012 | 11/5/2004 | RCAM | -4,046.03 | -4,046.03 | Cam Rec 08/1/03-07/31/04 |
| 11/9/2004 | 00194012 | 11/9/2004 | POA | -28,334.31 | -89.77 | POA-CK#007371708-11/04CAM |
| 12/16/2004 | 00194012 | 12/16/2004 | POA | -28,334.31 | -89.77 | 12/04 Rent |
| 12/17/2004 | 00194012 | 12/17/2004 | POA | -14,844.02 | -4,676.32 | 11/04 RCAM |
| 12/17/2004 | 00194012 | 12/17/2004 | POA | -5,134.20 | -5,134.20 | POA-03/04 RCAM |
| 1/10/2005 | 00194012 | 1/10/2005 | POA | -28,334.31 | -89.77 | 1/05 RENT |
| 2/10/2005 | 00194012 | 2/10/2005 | OCAM | -28,334.31 | -89.77 | 2/05 RENT |
| 3/9/2005 | 00194012 | 3/9/2005 | POA | -28,334.31 | -89.77 | 3/05 rent+Poa cam |
| 4/11/2005 | 00194012 | 4/11/2005 | POA | -28,334.31 | -89.77 | 4/05 rent+Poa cam |
| 4/20/2005 | 00194012 | 4/20/2005 | RRET | 25,171.29 | 25,171.29 | Tax Rec. 01/01/2004-12/31/2004 |
| 4/20/2005 | 00194012 | 4/20/2005 | RRET | 11,900.58 | 11,900.58 | Tax Rec. 01/01/2004-12/31/2004 |
| 5/10/2005 | 00194012 | 5/10/2005 | POA | -28,334.31 | -89.77 | 5/05 rent+Poa cam |
| 6/10/2005 | 00194012 | 6/10/2005 | POA | -28,334.31 | -89.77 | 6/05 rent+Poa cam |
| 7/1/2005 | 00194012 | 7/1/2005 | AMR | 25,094.33 | 25,094.33 | Annual Minimum Rent |
| 7/1/2005 | 00194012 | 7/1/2005 | CAM | 3,150.21 | 3,150.21 | CAM (Escrow / Deposit) |
| | | | | -185,250.03 | 50,895.33 | |

**MIDWAY VILLAGE   STORE # 2737**