**2004 CAM, Tax & Insurance Reconciliation**
**School Street Shopping Center**
**Ridgeland, Mississippi**

Totals for Shopping Center:

| | |
|---|---:|
| *Square Footage:* | 67,891 |
| *Property Taxes:* | **$59,240.33** |
| *Insurance:* | **$11,429.00** |
| CAM Detail: | |
|   Admin Expenses | $157.52 |
|   Building Repairs | $0.00 |
|   Exterminator | $112.35 |
|   Irrigation | $569.52 |
|   Landscape Services | $9,398.24 |
|   Parking Lot Lighting | $1,889.05 |
|   Management Fee | $28,576.07 |
|   Parking Lot Repair & Maint | $11,208.35 |
|   Parking Lot Sweeping | $9,509.60 |
|   Trash Removal | $9,769.17 |
|   Utilities, Electricity | $9,908.58 |
|   Utilities, Water & Sewer | $1,379.21 |
| *CAM Total* | **$82,477.66** |
| Total Expense Per Square Foot | $2.26 |

EXHIBIT A

## 2004 CAM, Tax & Insurance Reconciliation
## School Street Shopping Center
## Ridgeland, Mississippi

| | |
|---|---|
| Tenant: | Winn Dixie 1362 |
| Months Occupied: | 12 |
| Square Footage: | 30,400 |
| Pro Rata Percentage: | 44.78% |
| **Full Year Prorations:** | |
| Taxes | $26,526.43 |
| Insurance | $5,117.64 |
| **CAM** | |
|   Admin Expenses | $70.53 |
|   Building Repairs | $0.00 |
|   Exterminator | $50.31 |
|   Irrigation | $255.02 |
|   Landscape Services | $4,208.31 |
|   Parking Lot Lighting | $845.87 |
|   Management Fee | $0.00 |
|   Parking Lot Repair & Maint | $5,018.84 |
|   Parking Lot Sweeping | $4,258.18 |
|   Trash Removal | $4,374.41 |
|   Utilities, Electricity | $4,436.83 |
|   Utilities, Water & Sewer | $617.58 |
| **CAM Total** | **$24,135.87** |
| Partial Year Prorated, If Applicable | 100% |
| **Less Actual Charged Estimates, Per Lease:** | |
|   Taxes | $0.00 |
|   Insurance | $2,400.00 |
|   CAM | $7,200.00 |
| **Net Due For Year:** | |
|   Taxes | $26,526.43 |
|   Insurance | $2,717.64 |
|   CAM | <u>$16,935.87</u> |
| **Total** | **$46,179.94** |

**2005 CAM, Tax & Insurance Reconciliation**
**School Street Shopping Center**
**Ridgeland, Mississippi**
**Year to Date 06/30/05**

Tenant:                                  Winn Dixie 1362

Square Footage:                          30,400

Pro Rata Percentage:                     44.78%

|  | Actuals YTD 06/30 | Estimated Monthly Amount |
|---|---|---|
| Taxes | $13,154.20 | $2,210.54 |
| Insurance | $2,761.39 | $464.05 |
| **CAM** | | |
| Admin Expenses | $17.81 | $2.97 |
| Building Repairs | $239.81 | $39.97 |
| Exterminator | $0.00 | $0.00 |
| Irrigation | $0.00 | $0.00 |
| Landscape Services | $2,156.38 | $359.40 |
| Parking Lot Lighting | $405.34 | $67.56 |
| Management Fee | $0.00 | $0.00 |
| Parking Lot Repair & Maint | $3,075.78 | $512.63 |
| Parking Lot Sweeping | $2,486.84 | $414.47 |
| Trash Removal | $2,150.73 | $358.46 |
| Utilities, Electricity | $2,166.81 | $361.14 |
| Utilities, Water & Sewer | $127.53 | $21.26 |
| **CAM Total** | **$12,827.03** | **$2,137.84** |
| | | |
| Less Actual Charged Estimates, Per Lease: | | |
| Taxes | $0.00 | $0.00 |
| Insurance | $1,200.00 | $200.00 |
| CAM | $3,600.00 | $600.00 |
| | | |
| Net Due: | | |
| Taxes | $13,154.20 | $2,210.54 |
| Insurance | $1,561.39 | $264.05 |
| CAM | $9,227.03 | $1,537.84 |
| **Total** | **$23,942.62** | **$4,012.42** |

**THE BOTTRELL AGENCY**
**DIV OF TRUSTMARK NATIONAL BANK**
**P.O. BOX 1490**
**JACKSON, MS 39215-1490**
**601-960-8200**

INVOICE

INVOICE NO.
103

INVOICE DATE
December 31, 2003

TO: School Street Crossing, L.P.
c/o The Mattiace Company
P.O. Box 13809
Jackson, MS 39236

Charges

AMOUNT | DESCRIPTION

$11,429.00 | 12/31/03-12/31/04 Insurance Package Renewal
Travelers Property Casualty
Policy Numbers: 630935K605A, 810935K605A, and CUP935K605A

Property $5,516; Liability $3,560; Umbrella $1,833
Boiler $520

$11,429.00   TOTAL

Please remit to:

Travelers Property & Casualty
c/o The Bottrell Agency
P. O. Box 1490
Jackson, MS 39215-1490

**KAY PACE**
TAX COLLECTOR, MADISON COUNTY
POST OFFICE BOX 113
CANTON, MS 39046

Real Property
REC. # R-032538 — YEAR 2004

| DESCRIPTION | AMOUNT |
|---|---|
| COUNTY | 17572.20 |
| SCHOOL | 30325.20 |
| MUNIC. | 11342.93 |
| NET | 59240.33 |
| TOTAL DUE | 59240.33 |

LEGAL DESCRIPTION: PARCEL 072I-30C-095/01.00
7.05 AC OUT LOTS 1 & 2 BLK 24 HD E/S HWY 51

| TRUE VALUES | | ASSESSED VALUE |
|---|---|---|
| CLASS 1 | CLASS 2 | 566,297 |

| | CLASS 1 | CLASS 2 | S | T | R |
|---|---|---|---|---|---|
| LND | 0 | 1151620 | | | |
| IMP | 0 | 2623690 | SEC 30 | 07N | 02E |
| TOT | 0 | 3775310 | | | |

Damages accrue after Feb. 1, 2005 at the rate of 1.00% per month. For your convenience, pay online at HTTP://MADISON.MS.EZGOV.COM

PAY BY MAIL TO ADDRESS ABOVE OR IN PERSON AT OUR CANTON OFFICE LOCATED ON THE COURTHOUSE SQUARE OUR RIDGELAND OFFICE AT 344 HWY 51, OR OUR OFFICE LOCATED IN FLORA CITY HALL.

SCHOOL STREET CROSSING LP
PO BOX 13809
JACKSON    MS    39236

PLEASE RETURN THIS CARD WITH YOUR PAYMENT