UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
JUL 1 4 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  )  Case No. 05-03817-F1
        )  Chapter 11
WINN-DIXIE STORES, INC., et al.  )  Hon. Jerry A. Funk
        )  Hearing Date(s): July 27, 28 and 29, 2005
    Debtors.  )  Hearing Time: 10:00 a.m.
        )  Obj. Deadline: July 20, 2005

## RESPONSE TO DEBTORS' MOTION FOR ORDER AUTHORIZING THE SALE OF ASSETS AND THE AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND GRANTING RELATED RELIEF

Comes now, claimant, P.S. FRANKLIN, LTD., and files this objection to debtor's Motion for Order (a) Authorizing the sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief and states therefore the following:

1. Claimant, P.S. FRANKLIN, LTD., owns three parcels of property leased to WINN-DIXIE STORES (located in Franklin, LA, Tioga, LA and Ferriday, LA).

2. Claimant, P.S. FRANKLIN, LTD, as landlord, would like an opportunity to buy the store fixtures of Debtor, WINN-DIXIE STORES, INC., et al.- Tioga, LA store only.

3. Claimant, P.S. FRANKLIN, LTD., objects to the language of the motion as all leases are twenty year, bond net leases which do not allow Debtor to cancel said lease(s) and pursuant to the provisions of the lease(s), payments are non-cancellable by a bankruptcy trustee.

Dated: Hollywood, Florida
July 11, 2005

Respectfully submitted,

By: _____
Fred Chikovsky, President
P.S. Franklin, LTD.
1720 Harrison Street, 7th Floor
Hollywood, FL 33020
(954) 920-4438

WINN-DIXIE CLAIMS DOCKETING CENTER
C/O LOGAN & COMPANY, INC.
546 VALLEY ROAD
UPPPER MONTCLAIR, NEW JERSEY 07043

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FL
FILING CLERK
300 NORTH HOGAN STREET
JACKSONVILLE, FLORIDA 32202

UNITED STATES BANKRUPTCY COURT
HONORABLE JERRY A FUNK
BANKRUPTCY JUDGE FOR THE MIDDLE DISTRICT OF FL
300 NORTH HOGAN STREET
COURTROOM 4D
JACKSONVILLE, FLORIDA 32202

SKADDEN, ARPS, SLATE, et al.
ATTN.: D.J. BAKER
FOUR TIMES SQUARE
NEW YORK, NY 10036
djbaker@skadden.com

SMITH HULSEY & BUSEY
ATTN.: STEPHEN BUSEY
225 WATER STREET, SUITE 1800
JACKSONVILLE, FL 32202
cjackson@smithhulsey.com