**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NO. 05-03817-JAF |
| | ) | **CHAPTER 11** |
| Debtor. | ) | **JOINTLY ADMINISTERED** |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please be advised that the law firm of Harwell Howard Hyne Gabbert & Manner, P.C. represents 98 Palms Center, LTD, Opelika Partners, LTD, Golden Springs Partners, LTD, Nine Mile Partners, LTD, 59 West Partners, LTD/Bessemer, Russell Crossing Partners, LTD, Cantonment Partners, LTD, Clanton Partners, LTD, Mandeville Partners, LTD, Wye Partners, LTD, Saufley Field Partners, LTD, 59 West Partners, LTD/Parker, NOM Franklin LTD, Hueytown, and Pascagoula Properties, LTD to be collectively referred to as Newton Oldacre McDonald, LLC ("NOM") in the above-referenced matter. Please serve a copy of all pleadings, notices, orders, and other papers filed in this case upon the undersigned.

All such notices and orders should be sent to the undersigned at the following address:

David P. Cañas
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
Telephone (615) 256-0500
Facsimile (615) 251-1058
dpc@h3gm.com

Respectfully Submitted,

**HARWELL HOWARD HYNE**
**GABBERT & MANNER, P.C.**

By:     s/ David P. Cañas
        David P. Cañas
        315 Deaderick Street, Suite 1800
        Nashville, TN  37238-1800
        Telephone: (615) 256-0500
        Facsimile: (615) 251-1058
        Email: dpc@h3gm.com

352502-1