F I L E D
JACKSONVILLE, FLORIDA
JUL 1 4 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: **WINN DIXIE STORES, INC.**

CHAPTER: 11

CASE NO: 05-03817-3F1

**OBJECTION TO THE MOTION FOR AN ORDER (A) AUTHORIZING THE DEBTORS TO RETAIN LIQUIDATING AGENT AND APPROVING AGENCY AGREEMENT, (B) AUTHORIZING THE DEBTORS TO SELL MERCHANDISE FREE AND CLEAR OF LIENS THROUGH STORE CLOSING SALES IN ACCORDANCE WITH ATTACHED GUIDELINES**

COMES NOW, Peyton C. Cochrane, Tax Collector for Tuscaloosa County, Alabama, objecting to sale of property of the estate free and clear of all liens and other interest. As ground for this objection, we show the following:

1. The State, County, City and School's 2005 lien is secured in the equipment of the sale.

2. The 1975 Code of Alabama states that ad valorem tax liens "....shall be Superior to all other liens...." Section 40-1-3. Therefore, we ask that our 2005 Tax Lien in the amount of $34,336.65 attach to the proceeds of the sale.

   > "From and after October 1 of each year when property becomes assessable the state shall have a lien upon <u>each and every piece or parcel of property owned by any taxpayer for the payment of all taxes</u> which may be assessed against him and upon <u>each piece and parcel of property real or personal assessed to owner unknown, which lien shall continue until such taxes are paid,</u> and the county shall have a like lien thereon for the payment of the taxes which may be assessed by it...[T]hese liens shall be superior to all liens..."

3. The ad valorem taxes in Alabama are collected in arrears in such a manner that the 2005 tax claim is based on a lien date of October 1, 2004. At which time the debtor's was doing business in Tuscaloosa County as evidenced by the enclosed personal property rendition.

Page 2
Case No: 05-03817-3F1

4. We pray this Honorable Court to recognize the validity of our 2005 claim of $34,336.65 arising out of the debtor's filed rendition with Tuscaloosa County, Tuscaloosa, Alabama.

5. Should it be necessary to argue these facts before the court we would like to facilitate by tele-conference on the date and time stipulated to hear matter pertaining to the debtors (**"MOTION FOR AN ORDER (A) AUTHORIZING THE DEBTORS TO RETAIL LIQUIDATING AGENT AND APPROVING AGENCY AGREEMENT, (B) AUTHORIZING THE DEBTORS TO SELL MERCHANDISE FREE AND CLEAR OF LIENS THROUGH STORE CLOSING SALES IN ACCORDANCE WITH ATTACHED GUIDELINES AND (C) GRANTING RELATED RELIEF."**) Our telephone number (205)-349-3870 Ext. 237.

_____
Peyton C. Cochrane, Tax Collector
Tuscaloosa County, Alabama

Dated: July 12, 2005

| | |
|---|---|
| D. J. Baker | Cynthia C. Jackson |
| SKADDEN, ARPS, SLATE, | SMITH, HULSEY & BUSEY |
| MEAGGER, & FLOM, LLP | 225 Water Street, Suite 1800 |
| Four Times Square | Jacksonville, Florida 32202 |
| New York, New York 10036 | |

ADV-40
7/03

County: __TUSCALOOSA__

Taxing Official: __TUSCALOOSA__

Mailing Address: TUSCALOOSA COUNTY TAX ASSESSOR
714 GREENSBORO AVE., ROOM 108
TUSCALOOSA, AL 35401

Telephone Number: X. 240

__2005__ Tax Year

# Business Personal Property Return

(File this tax return between October 1 and December 31 with the above taxing official)

Owner's Name: WINN-DIXIE MONTGOMERY, INC.

Mailing Address: 5050 EDGEWOOD COURT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

Doing Business As: _____

Business Address: 1500 E SKYLAND BLVD
NORTHPORT, AL 35405

Landowner's Name: _____

Business Type: _____

Date Established: 12/01/94

(Make necessary corrections above.)

**For office use only**

PRC No. _____

Account No. _____

City _____

School Dist. _____

Business ID No. _____

Title 40, Chapter 7, *Code of Alabama 1975*, requires that every person report to the county taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year except property which is or may be assessed by the Alabama Department of Revenue. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. State law requires that this form be signed by the taxpayer or official agent.

1. Complete the spaces provided above for doing business as (if different from the owner's name) and provide the business address.

2. Provide the name of the landowner.

3. Also provide the business type such as restaurant, department store, etc., and the date the business was established.

4. A complete **itemized listing** of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year next preceding October 1 must be provided. <u>The depreciation schedule must be adjusted for additions and deletions so that it will contain property owned by the business on the October 1 lien date.</u>

Regardless of the reporting method chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired, and any property which has been fully depreciated but was still owned on October 1.

**The reported cost should include invoice price, freight, and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.**

If you own property in more than one taxing jurisdiction within the county you must identify the property in each jurisdiction.

**PART A** must be used to list your personal property or a separate schedule may be attached.

Run Date: 12/13/04, Acct No: 5410-P01-010738, Location (PTS):0530, Property Descr:SPILLER MARKET CENTRE

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (I.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?   $_____0_____ (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?  ☐ Yes  ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A**. If you are unable to separate the cost of the add-on equipment, complete **PART B**.

8. Do you own aircraft?  ☐ Yes  ☐ No   If yes, complete **PART C**.

9. Do you have a construction in progress or holding account?  ☐ Yes  ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?  ☐ Yes  ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?  ☐ Yes  ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR _____   Day Time Phone No. (904) 783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975*.**

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  12/13/04   Signed  _[signature]_  Date _____
Title   John P. Taylor, Property Tax Manager
        Winn-Dixie Stores, Inc.
        (904) 783-5220

Run Date: 12/13/04, Acct No: 5410-P01-010738, Location (PTS):0530, Property Descr:SPILLER MARKET CENTRE

ADV-40
7/03

County: __TUSCALOOSA__

Taxing Official: __TUSCALOOSA__

Mailing Address: __TUSCALOOSA COUNTY TAX ASSESSOR__
__714 GREENSBORO AVE., ROOM 108__
__TUSCALOOSA, AL 35401__

Telephone Number: __X. 240__

__2005__
Tax Year

# Business Personal Property Return

(File this tax return between October 1 and December 31 with the above taxing official)

Owner's Name: __WINN-DIXIE MONTGOMERY, INC.__

Mailing Address: __5050 EDGEWOOD COURT__
__5050 EDGEWOOD COURT__
__JACKSONVILLE, FL 32254__

Doing Business As: _____

Business Address: __10 MCFARLAND BLVD.__
__NORTHPORT, AL 35476__

Landowner's Name: _____

Business Type: _____

Date Established: __06/24/93__

(Make necessary corrections above.)

**For office use only**

PRC No. _____

Account No. _____

City _____

School Dist. _____

Business ID No. _____

Title 40, Chapter 7, *Code of Alabama 1975*, requires that every person report to the county taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year except property which is or may be assessed by the Alabama Department of Revenue. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. State law requires that this form be signed by the taxpayer or official agent.

1. Complete the spaces provided above for doing business as (if different from the owner's name) and provide the business address.

2. Provide the name of the landowner.

3. Also provide the business type such as restaurant, department store, etc., and the date the business was established.

4. A complete **itemized listing** of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year next preceding October 1 **must be provided. The depreciation schedule must be adjusted for additions and deletions so that it will contain property owned by the business on the October 1 lien date.**

Regardless of the reporting method chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired, and any property which has been fully depreciated but was still owned on October 1.

**The reported cost should include invoice price, freight, and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.**

If you own property in more than one taxing jurisdiction within the county you must identify the property in each jurisdiction.

**PART A** must be used to list your personal property or a separate schedule may be attached.

Run Date: 12/13/04, Acct No: 5410-P01-009434, Location (PTS):0528, Property Descr:ESSEX SQUARE MARKETPLACE

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (i.e., office supplies, spare parts, and other consumable items.)**

    What was the cost of supplies and materials on hand as of October 1?   $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?  ☐ Yes  ☐ No
    If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A**. If you are unable to separate the cost of the add-on equipment, complete **PART B**.

8. Do you own aircraft?  ☐ Yes  ☐ No   If yes, complete **PART C**.

9. Do you have a construction in progress or holding account?  ☐ Yes  ☐ No
    If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?  ☐ Yes  ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?  ☐ Yes  ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor    ☐ Partnership    ☐ Alabama Corporation    ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR _____   Day Time Phone No. (904) 783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975*.**

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  12/13/04                                    Signed  *[signature]*  Date DEC 13 2004
                                                  John P. Taylor, Property Tax Manager
                                         Title    Winn-Dixie Stores, Inc.
                                                  (904) 783-5220

Run Date: 12/13/04, Acct No: 5410-P01-009434, Location (PTS):0528, Property Descr:ESSEX SQUARE MARKETPLACE

ADV-40
7/03

County: TUSCALOOSA

Taxing Official: TUSCALOOSA

Mailing Address: TUSCALOOSA COUNTY TAX ASSESSOR
714 GREENSBORO AVE., ROOM 108
TUSCALOOSA, AL 35401

Telephone Number: X. 240

2005 Tax Year

# Business Personal Property Return

(File this tax return between October 1 and December 31 with the above taxing official)

Owner's Name: WINN-DIXIE MONTGOMERY, INC.

Mailing Address: 5050 EDGEWOOD COURT

5050 EDGEWOOD COURT

JACKSONVILLE, FL 32254

Doing Business As: _____

Business Address: 13620 N HWY 43

NORTHPORT, AL 35475

Landowner's Name: _____

Business Type: _____

Date Established: 11/04/99

(Make necessary corrections above.)

**For office use only**

PRC No. _____

Account No. _____

City _____

School Dist. _____

Business ID No. _____

**Title 40, Chapter 7, *Code of Alabama 1975*, requires that every person report to the county taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year except property which is or may be assessed by the Alabama Department of Revenue. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. State law requires that this form be signed by the taxpayer or official agent.**

1. Complete the spaces provided above for doing business as (if different from the owner's name) and provide the business address.

2. Provide the name of the landowner.

3. Also provide the business type such as restaurant, department store, etc., and the date the business was established.

4. A complete **itemized listing** of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year next preceding October 1 **must be provided. The depreciation schedule must be adjusted for additions and deletions so that it will contain property owned by the business on the October 1 lien date.**

Regardless of the reporting method chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired, and any property which has been fully depreciated but was still owned on October 1.

**The reported cost should include invoice price, freight, and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.**

If you own property in more than one taxing jurisdiction within the county you must identify the property in each jurisdiction.

**PART A** must be used to list your personal property or a separate schedule may be attached.

Run Date: 12/13/04, Acct No: 5410-P01-016097, Location (PTS):0526, Property Descr:TALLADEGA SHOPPING CENTER

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

   | Type of Property | Date Acquired | Acquisition Cost |
   |---|---|---|
   | 10 IBM Typewriters | 5/23/84 | $10,000 |
   | 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (i.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?   $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?   ☐ Yes   ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A.** If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft?   ☐ Yes   ☐ No   If yes, complete **PART C**.

9. Do you have a construction in progress or holding account?   ☐ Yes   ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?   ☐ Yes   ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?   ☐ Yes   ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR _____   Day Time Phone No. (_904_)783-5220 _____

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975.***

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date _12/13/04_____   Signed _____ Date 2004
                                         John P. Taylor, Property Tax Manager
                                         Title _____ Winn-Dixie Stores, Inc.
                                                      (904) 783-5220

Run Date: 12/13/04, Acct No: 5410-P01-016097, Location (PTS):0526, Property Descr:TALLADEGA SHOPPING CENTER

ADV-40
7/03

County: __TUSCALOOSA__

Taxing Official: __TUSCALOOSA__

Mailing Address: __TUSCALOOSA COUNTY TAX ASSESSOR__
__714 GREENSBORO AVE., ROOM 108__
__TUSCALOOSA, AL 35401__

Telephone Number: __X. 240__

__2005__
Tax Year

# Business Personal Property Return

(File this tax return between October 1 and December 31 with the above taxing official)

Owner's Name: __WINN-DIXIE MONTGOMERY, INC.__

Mailing Address: __5050 EDGEWOOD COURT__
__5050 EDGEWOOD COURT__
__JACKSONVILLE, FL 32254__

Doing Business As: ____

Business Address: __9750 S HIGHWAY 69__
__TUSCALOOSA, AL 35405__

Landowner's Name: ____
Business Type: ____
Date Established: __06/21/01__

(Make necessary corrections above.)

**For office use only**

PRC No. ____

Account No. ____

City ____

School Dist. ____

Business ID No. ____

Title 40, Chapter 7, *Code of Alabama 1975*, requires that every person report to the county taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year except property which is or may be assessed by the Alabama Department of Revenue. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. State law requires that this form be signed by the taxpayer or official agent.

1. Complete the spaces provided above for doing business as (if different from the owner's name) and provide the business address.

2. Provide the name of the landowner.

3. Also provide the business type such as restaurant, department store, etc., and the date the business was established.

4. A complete **itemized listing** of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year next preceding October 1 must be provided. The depreciation schedule must be adjusted for additions and deletions so that it will contain property owned by the business on the October 1 lien date.

Regardless of the reporting method chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired, and any property which has been fully depreciated but was still owned on October 1.

The reported cost should include invoice price, freight, and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

If you own property in more than one taxing jurisdiction within the county you must identify the property in each jurisdiction.

**PART A** must be used to list your personal property or a separate schedule may be attached.

Run Date: 12/13/04, Acct No: 5410-P01-017639, Location (PTS):0479, Property Descr:ENGLEWOOD VILLAGE

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (I.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?  $_____0__ (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?  ☐ Yes  ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A**. If you are unable to separate the cost of the add-on equipment, complete **PART B**.

8. Do you own aircraft?  ☐ Yes  ☐ No   If yes, complete **PART C**.

9. Do you have a construction in progress or holding account?  ☐ Yes  ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?  ☐ Yes  ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?  ☐ Yes  ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor  ☐ Partnership  ☐ Alabama Corporation  ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR                                    Day Time Phone No. (__904__)783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975.***

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  12/13/04                             Signed  _____ DEC 13 2004
                                           John P. Taylor, Property Tax Manager
                                           Title _____ Winn-Dixie Stores, Inc.
                                                         (904) 783-5220

Run Date: 12/13/04, Acct No: 5410-P01-017639, Location (PTS):0479, Property Descr:ENGLEWOOD VILLAGE

ADV-40
7/03

County: __TUSCALOOSA_____

Taxing Official: __TUSCALOOSA_____

Mailing Address: TUSCALOOSA COUNTY TAX ASSESSOR
714 GREENSBORO AVE., ROOM 108
TUSCALOOSA, AL 35401

Telephone Number: X. 240

_____2005_____
Tax Year

# Business Personal Property Return

(File this tax return between October 1 and December 31 with the above taxing official)

Owner's Name: WINN-DIXIE MONTGOMERY, INC.

Mailing Address: 5050 EDGEWOOD COURT

5050 EDGEWOOD COURT

JACKSONVILLE, FL 32254

Doing Business As: _____

Business Address: 1503 CULVER ROAD

TUSCALOOSA, AL 35401

Landowner's Name: _____

Business Type: _____

Date Established: 06/22/76

(Make necessary corrections above.)

**For office use only**

PRC No. _____

Account No. _____

City _____

School Dist. _____

Business ID No. _____

Title 40, Chapter 7, *Code of Alabama 1975*, requires that every person report to the county taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year except property which is or may be assessed by the Alabama Department of Revenue. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. State law requires that this form be signed by the taxpayer or official agent.

1. Complete the spaces provided above for doing business as (if different from the owner's name) and provide the business address.

2. Provide the name of the landowner.

3. Also provide the business type such as restaurant, department store, etc., and the date the business was established.

4. A complete **itemized listing** of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year next preceding October 1 **must be provided. The depreciation schedule must be adjusted for additions and deletions so that it will contain property owned by the business on the October 1 lien date.**

Regardless of the reporting method chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired, and any property which has been fully depreciated but was still owned on October 1.

**The reported cost should include invoice price, freight, and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.**

If you own property in more than one taxing jurisdiction within the county you must identify the property in each jurisdiction.

**PART A** must be used to list your personal property or a separate schedule may be attached.

Run Date: 12/13/04, Acct No: 5410-P01-001183, Location (PTS):0453, Property Descr:WESTGATE SHOPPING CENTER

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

   | Type of Property | Date Acquired | Acquisition Cost |
   |---|---|---|
   | 10 IBM Typewriters | 5/23/84 | $10,000 |
   | 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (i.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?  $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?  ☐ Yes    ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A**. If you are unable to separate the cost of the add-on equipment, complete **PART B**.

8. Do you own aircraft?  ☐ Yes    ☐ No    If yes, complete **PART C**.

9. Do you have a construction in progress or holding account?  ☐ Yes    ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?  ☐ Yes    ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?  ☐ Yes    ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor    ☐ Partnership    ☐ Alabama Corporation    ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR                              Day Time Phone No. (904) 783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975*.**

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  12/13/04                    Signed  _____  Date  DEC 13 2004
                                  John P. Taylor, Property Tax Manager
                                  Title  Winn-Dixie Stores, Inc.
                                         (904) 783-5220

Run Date: 12/13/04, Acct No: 5410-P01-001183, Location (PTS):0453, Property Descr:WESTGATE SHOPPING CENTER

ADV-40
7/03

County: __TUSCALOOSA__

Taxing Official: __TUSCALOOSA__

Mailing Address: TUSCALOOSA COUNTY TAX ASSESSOR
714 GREENSBORO AVE., ROOM 108
TUSCALOOSA, AL 35401

Telephone Number: __X. 240__

2005 Tax Year

# Business Personal Property Return

(File this tax return between October 1 and December 31 with the above taxing official)

Owner's Name: __WINN-DIXIE MONTGOMERY, INC.__

Mailing Address: __5050 EDGEWOOD COURT__

__5050 EDGEWOOD COURT__

__JACKSONVILLE, FL 32254__

Doing Business As: _____

Business Address: __4201 UNIVERSITY BLVD__

__TUSCALOOSA, AL 35404__

Landowner's Name: _____

Business Type: _____

Date Established: __06/30/94__

(Make necessary corrections above.)

**For office use only**

PRC No. __5410-P01-010488__

Account No. __AV= #82,120__

City _____

School Dist. _____

Business ID No. _____

Title 40, Chapter 7, *Code of Alabama 1975*, requires that every person report to the county taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year except property which is or may be assessed by the Alabama Department of Revenue. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. State law requires that this form be signed by the taxpayer or official agent.

1. Complete the spaces provided above for doing business as (if different from the owner's name) and provide the business address.

2. Provide the name of the landowner.

3. Also provide the business type such as restaurant, department store, etc., and the date the business was established.

4. A complete itemized listing of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year next preceding October 1 must be provided. The depreciation schedule must be adjusted for additions and deletions so that it will contain property owned by the business on the October 1 lien date.

Regardless of the reporting method chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired, and any property which has been fully depreciated but was still owned on October 1.

The reported cost should include invoice price, freight, and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

If you own property in more than one taxing jurisdiction within the county you must identify the property in each jurisdiction.

**PART A** must be used to list your personal property or a separate schedule may be attached.

Run Date: 12/13/04, Acct No: 5410-P01-010488, Location (PTS):0407, Property Descr:FIVE POINTS SHOPPING CENTER

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

   | Type of Property | Date Acquired | Acquisition Cost |
   |---|---|---|
   | 10 IBM Typewriters | 5/23/84 | $10,000 |
   | 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable and must be reported. (I.e., **office supplies, spare parts, and other consumable items.**)

   What was the cost of supplies and materials on hand as of October 1?   $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?   ☐ Yes   ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A**. If you are unable to separate the cost of the add-on equipment, complete **PART B**.

8. Do you own aircraft?   ☐ Yes   ☐ No   If yes, complete **PART C**.

9. Do you have a construction in progress or holding account?   ☐ Yes   ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?   ☐ Yes   ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?   ☐ Yes   ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR                                           Day Time Phone No. (904) 783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975*.**

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date 12/13/04                                  Signed _____ DEC 13 2004
                                                                              Date_____
                                               John P. Taylor, Property Tax Manager
                                               Title_____ Winn-Dixie Stores, Inc.
                                                         (904) 783-5220

Run Date: 12/13/04, Acct No: 5410-P01-010488, Location (PTS):0407, Property Descr:FIVE POINTS SHOPPING CENTER