IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., *et al*, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | *Jointly Administered* |

**GRUBB & ELLIS/WILSON KIBLER AS MANAGING AGENT FOR WACHOVIA BANK, N.A. AS TRUSTEE UNDER AGREEMENT WITH LUCY W. BUXTON'S OBJECTION TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,  (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND (C) GRANTING RELATED RELIEF**

Grubb & Ellis/Wilson Kibler as managing agent for Wachovia Bank, N.A. as Trustee under the agreement with Lucy W. Buxton concerning the lease of operating store number 2165 (the "Sumter, SC Store Landlord") hereby files this objection to the Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Debtors' Sale Motion"), and in support thereof states as follows:

1.   The Sumter, SC Store Landlord objects to the proposed sale due the fact that Exhibit F to the Debtors' Sale Motion fails to correctly state the amount of the arrearage owed to the Sumter, SC Store Landlord.

2.   The current arrearage owed to the Sumter, SC Store Landlord includes rent for July, 2005 in the amount of $24,478.90, plus a pre-petition amount of $3,649.81, and "CAM" of $5,691.11.

3.   The Sumter, SC Store Landlord is informed and believes that the Debtors' Sale Motion should not be granted unless and until the full amount of the arrearage owed to it is recognized

and provided for.

WHEREFORE, Grubb & Ellis/Wilson Kibler as managing agent for Wachovia Bank, N.A. as Trustee under the agreement with Lucy W. Buxton respectfully requests that the Court enter an order denying the proposed sale in respect to the Sumter, South Carolina Store Number 2165 unless the Debtor pays full amount of the cure, $33,819.82 and any such further relief the Court deems just and proper.

### Certificate of Admission

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Middle District of Florida.

### Certificate of Service

I HEREBY CERTIFY that a true copy hereof has been furnished this 14th day of July, 2005, via first class, U.S. Mail to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Florm, LLP Four Times Square, New York, NY 10036 and Cynthia C. Jackson, Esq., Smith Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, FL 32202.

Respectfully submitted,
KATZ BARRON SQUITERO FAUST
Local Counsel for Grubb & Ellis/Wilson Kibler as managing agent for Wachovia Bank, N.A. as Trustee under the agreement with Lucy W. Buxton
2699 S. Bayshore Drive, Seventh Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
E-mail: lfb@katzbarron.com

By: /s/ Leyza F. Blanco
Florida Bar No.: 104639

and

Haynsworth Sinkler Boyd, P.A.
William H. Short, Jr.
Post Office Box 11889
Columbia, SC  29211-1889
(803) 779-3080