UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                         Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Robert L. LeHane, of the law firm of Kelly Drye & Warren, LLP, hereby designate as local attorney for creditors, 1) Developers Diversified Realty Corporation; 2) Weingarten Realty Investors; 3) WRI Texla, LLC; 4) Curry Ford, LP; 5) Palm Springs Mile Associates, Ltd.; and 6) Krusch Properties, LLC ("the Parties in Interest"), in the above-styled Cases:

> Held & Israel
> Edwin W. Held, Jr., Esquire
> Florida Bar No.: 162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, FL 32210
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile

This 14 day of July, 2005.

KELLY DRYE & WARREN, LLP
Co-counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; WRI Iexla, LLC; Curry Ford, LP; Palm Springs Mile Associates, Ltd ; and Krusch Properties, LLC

By: _____
Robert L. LeHane, Esquire
New York Bar No.: RLL-9422
101 Park Avenue
New York, New York  10178
(212) 808-7573 Telephone
(212) 808-7897 Facsimile


## CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditors 1) Developers Diversified Realty Corporation; 2) Weingarten Realty Investors; 3) WRI Texla, LLC; 4) Curry Ford, LP; 5) Palm Springs Mile Associates, Ltd.; and 6) Krusch Properties, LLC in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this __14__ day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile


ewh/winndixie/designation-lehane,djg

2