**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NO. 05-03817-JAF |
| | ) | CHAPTER 11 |
| Debtor. | ) | JOINTLY ADMINISTERED |
| | ) | |

**LIMITED OBJECTION TO DEBTORS' PROPOSED CURE CLAIMS OF STORE NUMBERS 573 AND 594 RELATED TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Pascagoula Properties, Ltd. (Store No. 573) and 59 West Partners, Ltd. (Store No. 594)(collectively, "Landlords"), landlords and creditors in these jointly administered cases, by and through counsel, file this objection to the Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exemptions from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief ("Sale Motion"), for the limited purpose of disputing the cure amounts referenced in Paragraph 14 and Exhibit F as they relate to the leases of Winn-Dixie Store Numbers 573 and 594. In support of this objection the Landlords state:

1.     Pascagoula Properties, Ltd. is the landlord pursuant to a lease of certain premises on real property located at 3501 Denny Avenue, Pascagoula, Mississippi, identified by the Debtors as Store Number 573 and defined in the Sale Motion as a "Targeted Store." Exhibit F to the Sale Motion incorrectly identifies the cure amount for the Store Number 573 lease as $12,522.58. The cure amount for this lease should also include $22,096.52 for the Debtors' share of real estate taxes due pursuant to terms of the lease. The total cure amount for Store Number 573 is $34,619.10.

2. 59 West Partners, Ltd. is the landlord pursuant to a lease of certain premises on real property located at 710 Academy Drive, Bessemer, Alabama, identified by the Debtors as Store Number 594 and defined in the Sale Motion as a "Targeted Store." Store Exhibit F to the Sale Motion incorrectly identifies the cure amount for the Store Number 594 lease as $0.00. The cure amount for this lease should include $19,434.59 for common area maintenance charges due pursuant to terms of the lease. The total cure amount for Store Number 594 is $19,434.59.

3. The Landlords object to the Sale Motion as it concerns Store Numbers 573 and 594, including the assumption and assignment of the leases for Store Numbers 573 and 594, unless the full and proper cure amounts for these stores are paid by the Debtors.

WHEREFORE, Pascagoula Properties, Ltd. (Store No. 573) and 59 West Partners, Ltd. (Store No. 594) respectfully request that the Court grant this limited objection and deny the Sale Motion as it concerns the Targeted Stores identified in this Objection, or alternatively that the Court grant the Sale Motion provided that the full and proper cure amounts identified herein are paid upon assumption, and that the Court grant it such other and further relief as the Court deems necessary and appropriate.

Respectfully Submitted,

**HARWELL HOWARD HYNE GABBERT & MANNER, P.C.**

By:   s/ David P. Cañas
David P. Cañas
315 Deaderick Street, Suite 1800
Nashville, TN 37238-1800
Telephone: (615) 256-0500
Facsimile: (615) 251-1058
Email: dpc@h3gm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing has been served electronically and by U.S. Mail, postage prepaid on D. J. Baker at djbaker@skadden.com Skadden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square, New York, New York 10036 and on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this 14th day of July, 2005, in addition to the electronic service provided by the Bankruptcy Court, Middle District of Florida.

                                                  s/ David P. Cañas
                                                  David P. Cañas

352614-1