UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>ET AL.</u>, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS.[1] | ) | JOINTLY ADMINISTERED |

<u>RESPONSE BY WAYNESVILLE SHOPPING CENTER LLC
TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE
OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF LEASES AND CONTRACTS AND
(C) GRANTED RELATED RELIEF</u>

Waynesville Shopping Center LLC ("Waynesville") by and through counsel, files this response to the *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief*, as follows:

1.  On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of new York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Waynesville is the landlord, Winn Dixie Greenville, Inc. is the tenant, and Winn-Dixie Stores, Inc. is the guarantor, pursuant to a lease dated August 15, 1984, for the premises located in Waynesville, North Carolina ("Store #1249"). This lease is scheduled to terminate on August 23, 2005.

3. Pursuant to the lease and the guaranty thereof, Winn Dixie Greenville, Inc., and Winn-Dixie Stores, Inc. are required to pay Waynesville basic rent, additional rent, common area maintenance expenses ("CAM"), real estate taxes and shopping center insurance.

4. As of the Petition Date, Waynesville is owed for 2004 $11,409.70 for real estate taxes, $18,901.05 for 2004 CAM charges, and $1,913.66 for 2004 insurance, for a total of $32,224.40 for 2004 and for 2005 $7,343.00 for real estate taxes until termination; $1,231.40 for insurance until termination; and $5,880.78 for first and second quarter CAM, for a total of $14,455.93 for 2005 and a total Cure Amount of $45,680.34.

5. On or about July 1, 2005, the Debtors filed *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (the "Sale Motion"), requesting authority to sell certain Targeted Stores[2] for the highest and best offer, and assume and assign the relevant lease to the purchaser.

6. Store #1249 is one of the Targeted Stores.

7. Attached to the Sale Motion as Exhibit "F" is a schedule reflecting cure amounts that the Debtors assert are owed to each landlord of a Targeted Store, and any other cure required. According to Exhibit "F", the cure amount owed to Waynesville for the lease of Store #1249 is

---

[2]Targeted Stores is defined in the Sale Motion as stores which are located in core market areas but remain unprofitable, which the Debtors seek to sell or close.

$19,721.94.

8. Pursuant to the Sale Motion, landlords who dispute the cure amount or other proposed cure for their lease or contract must file with the Court and serve on the Debtors an objection to the Sale Motion on or before July 14, 2005. Any objection to a proposed cure will be adjudicated by the Court at a hearing to be scheduled and separately noticed by the Debtors (the "Cure Hearing").

9. By this response, Waynesville objects to the cure amount set forth on Exhibit "F" with respect to Store #1249. As stated previously, the Cure Amount owed to Waynesville is $46,680.34. Attached hereto are copies of bills without lengthy attachments.

WHEREFORE, Waynesville Shopping Center, LLC respectfully requests that this Court conduct a Cure Hearing with respect to Waynesville's objection to the cure amount set forth on Exhibit "F" to the Sale Motion, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmissions on this 14th day of July, 2005 to D. J. Baker at djbaker@skadden.com and to Cynthia C. Jackson at sjackson@smithhulsey.com .

Respectfully submitted:

/s/Jean Winborne Boyles
Jean Winborne Boyles
N.C. State Bar No.: 5516
Attorney for Waynesville Shopping Center, LLC
Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
P. O. Box 1776
Raleigh, NC 27602
(919) 743-2200   Fax: (919)743-2201
jboyles@jhvgmlaw.com

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

D. J. Baker, Sally McDonald Henry,
    Rosalie Gray and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, Cynthia C. Jackson
    and Eric McKay
Smith, Hulsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

This the 14th day of July, 2005

                                                /s/Jean Winborne Boyles
                                                Jean Winborne Boyles
                                                N.C. State Bar No.: 5516

March 18, 2005

Ms. Carol N. Canady
Area Property Mgr.
Winn Dixie
P.O. Box 8000
Clayton, NC 27520

RE: **WINN DIXIE STORE #1249**   /2004
    **REAL ESTATE TAX, INSURANCE AND CAM RECONCILIATION**

Dear Ms. Canady,

Enclosed please find invoices for the above referenced items, plus all paid receipts, cancelled checks etc.

| | |
|---|---|
| As to Real Estate Taxes - | $11,409.70 |
| Insurance - | $1,913.66 |
| CAM - | $18,901.05 |
| | $32,224.41 |

Please remit to our Indiana office. If you have any questions, please feel free to call.

Sincerely,


Ronald L. Hooker

# INVOICE

## REAL ESTATE TAXES /2004

**WINN DIXIE**    STORE #1249

| **NUMERATOR** | **DENOMINATOR** | | |
|---|---|---|---|
| **SQ. FT.** | **TOTAL SQ. FT.** | | |
| 42,501 | 133,318 | = | 31.88 |

| | |
|---|---|
| **TOTAL 2004 REAL ESTATE TAXES** | $35,789.53 |
| **PRO-RATA SHARE** | X 31.88% |
| **TOTAL DUE** | $11,409.70 |

Copy

# INVOICE

## INSURANCE RECONCILIATION 2004

**WINN DIXIE       STORE #1249**

The Total Annual Premium was $9,095.00 / 66%($6,002.70) covers amount attributed to Winn Dixies applicable insurance charges. Insurance receipts enclosed.

| | |
|---|---|
| **PROPERTY COVERAGE** | $6,002.70 |
| **TENANT PERCENT - 31.88%** | <u>X  31.88%</u> |
| | $1,913.66 |

## INVOICE - WINN DIXIE #1249

## CAM RECONCILIATION FOR YEAR 2004

| EXPENSE | AMOUNT | TENANT% | TENANT EXPENSE |
|---|---|---|---|
| Grounds Maint. | $8,422.51 | 31.88 | $2,685.09 |
| Parking Lot Cleaning | $8,550.00 | 31.88 | $2,725.74 |
| General Maintenance | $36,491.00 | 31.88 | $11,633.33 |
| Electric/Lights | $5,824.64 | 31.88 | $1,856.89 |

**TOTAL TENANT EXPENSE - $18,901.05**

**TOTAL BILLING -    $18,901.05**

# INVOICE

## INSURANCE RECONCILIATION 2005

**WINN DIXIE        STORE #1249**

The Total Annual Premium was $9,095.00 / 66% ($6,002.70) covers amount attributed to Winn Dixie applicable insurance charges. Insurance receipts enclosed.

| | |
|---|---|
| **PROPERTY COVERAGE** | $6,002.70 |
| **TENANT PERCENT – 31.88%** | X 31.88% |
| | *$1,913.66* |

**DIVIDED BY 365 DAYS = 5.24 PER DAY**

| | |
|---|---|
| FIRST QUARTER – 90 DAYS X 5.24 = | $471.60 |
| SECOND QUARTER – 91 DAYS X 5.24 = | $476.84 |
| THIRD QUARTER – (THRU AUG 23RD) 54 DAYS X 5.24 = | $282.96 |
| **TOTAL DUE -** | **$1,231.40** |

# INVOICE

## REAL ESTATE TAXES

**WINN DIXIE**                **STORE #1249**

| NUMERATOR | DENOMINATOR | |
|---|---|---|
| SQ. FT. | TOTAL SQ. FT. | |
| 42,501 | 133,318 | = 31.88 |

TOTAL 2004 REAL ESTATE TAXES          $35,789.53

PRO-RATA SHARE                          X  31.88%

TOTAL DUE ANNUAL                       $11,409.70

**DIVIDED BY 365 DAYS = 31.25 PER DAY**

FIRST QUARTER —                90 DAYS X 31.25 = $2,812.50

SECOND QUARTER —              91 DAYS X 31.25 = $2,843.75

THIRD QUARTER (THRU AUG. 23) —  54 DAYS X 31.25 = $1,687.50

## TOTAL DUE -         $7,343.75



# INVOICE – WINN DIXIE #1249

## CAM RECONCILIATION FOR YEAR 2005

### SECOND QUARTER

| EXPENSE | AMOUNT | TENANT% | TENANT EXPENSE |
|---|---|---|---|
| Grounds Maint. & Parking Lot Cleaning | $3,940.60 | 31.88 | $1,256.26 |
| General Maintenance | $1,445.00 | 31.88 | $ 460.66 |
| Electric Lights | $2,114.29 | 31.88 | $ 674.03 |

**TOTAL TENANT EXPENSE - $2,390.95**

**TOTAL BILLING - $2,390.95**



# INVOICE – WINN DIXIE #1249

# CAM RECONCILIATION FOR YEAR 2005

## FIRST QUARTER

| EXPENSE | AMOUNT | TENANT % | TENANT EXPENSE |
|---|---|---|---|
| Grounds Maint.& Parking Lot Cleaning | $3,505.50 | 31.88 | $1,117.55 |
| General Maintenance | $5,845.57 | 31.88 | $1,863.56 |
| Electric / Lights | $1,595.74 | 31.88 | $ 508.72 |

**Total tenant expense - $3,489.83**

**Total billing - $3,489.83**