

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 14, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Enlarging Time to Commence Pre-Petition Lien/Claim Challenge and to Amend the Court's Final Order Dated April 15, 2005 Filed by Creditors' Committee (1886)

*[handwritten: Dictated Ord/Signed]*

*[handwritten: 7/11 granted with respect to sale listing agreement - cont'd as to rest to Aug 4 hrg]*

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD
             MATTHEW S. BARR

RULING: