UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et. al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**RESERVATION OF RIGHTS IN RESPONSE TO DEBTORS' MOTION
FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF
LIENS, CLAIMS AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C)
<u>GRANTING RELATED RELIEF</u>**

WD Hillard, LLC and Daniel G. Kamin (collectively, "Landlords") assert the following Reservation of Rights in response to *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief.*

1. On February 21, 2005 ("the Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By Order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.

2. Debtor Winn Dixie Atlanta, Inc. and WD Hillard, LLC are parties to that certain lease, dated March 4, 1998, for nonresidential real property located in Lawrenceville, Georgia, which property has been designated as Store No. 2715.

3. Debtor Winn Dixie Raleigh, Inc. and Daniel G. Kamin are parties to that certain lease, dated March 16, 1993, for nonresidential real property located in Zebulon, North Carolina, which property has been designated as Store No. 808.

Case 3:05-bk-03817-JAF    Doc 2165    Filed 07/14/05    Page 2 of 4

4.	On or about July 1, 2005, Debtors filed *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (the "Sale Motion"), requesting authority to sell certain "Targeted Stores" for the highest and best offer, and assume and assign the relevant lease to the purchaser.

5.	The leases for Store Nos. 808 and 2715 are two of the Targeted Stores.

6.	In the Sale Motion, Debtors assert the cure amount for Store No. 808 is $276.60 for prepetition CAM charges, and that the cure amount for Store No. 2715 is $0.00.

7.	Landlords believe that these figures are correct with respect to Debtors' rent obligations under the leases for Store Nos. 808 and 2715.

8.	By this response, Landlords reserve the right to assert as part of their right to cure under Section 365 of the Bankruptcy Code any amounts that have accrued prior to or at the time of assumption of the leases for Store Nos. 808 and 2715, but which are unknown by Landlords at this time, including, but not limited to: (a) non-monetary defaults, such as Debtors obligations to keep and maintain the leased premises in accordance with the leases; (b) reasonable attorneys' fees incurred by Landlords in protecting their interests in Store Nos. 808 and 2715, and (c) interest on any amounts due and owing by Debtors.

9.	In addition, Landlords reserve all of their rights under the leases and applicable law.

WHEREFORE, Landlords respectfully requests that the Court grant the Sale Motion subject to the reservation of rights contained herein and consistent with Section 365 of the Bankruptcy Code, and grant Landlords such other relief as the Court deems just and proper.

                                Respectfully submitted,

                                **WD HILLARD, LLC and DANIEL G. KAMIN**

                                By:   /s/   Sara E. Lorber_____
                                    One of Their Attorneys

Richard S. Lauter
Sara E. Lorber
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois  60603
Tel. (312) 346-8000
Fax: (312) 269-8869
rlauter@seyfarth.com
slorber@seyfarth.com

## **CERTIFICATE OF SERVICE**

  I, Sara E. Lorber, an attorney, do hereby certify that on July 14, 2005, I electronically filed a true and correct copy of the foregoing RESERVATION OF RIGHTS IN RESPONSE TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF, and caused same to be served via electronic mail and/or U.S. Mail to those parties listed on the June 8, 2005 Master Service List (Docket No. 1631)

                     /s/ Sara E. Lorber