**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:
WINN-DIXIE STORES, INC., *et al.,*,                CASE NO.:  3:05-bk-03817-JAF

      Debtor.
_____/

### FOLEY & LARDNER LLP'S NOTICE OF APPEARANCE AS CO-COUNSEL FOR TOWER CENTER ASSOCIATES, LTD. AND DEMAND FOR SERVICE

      NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Bankruptcy Procedure 9010 that Foley & Lardner LLP appears as co-counsel for and on behalf of Tower Center Associates, Ltd., creditors of the captioned debtor.

      NOTICE IS FURTHER GIVEN that Foley & Lardner LLP requests that all notices given or required to be given in the captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be served upon Foley & Lardner at the following offices and telephone number:

      Gardner F. Davis, Esquire
      Foley & Lardner LLP
      Post Office Box 240
      Jacksonville, FL 32201-0240
      Telephone:  (904) 359-2000
      Facsimile:  (904) 359-8700

      NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and pleadings referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affect the captioned debtor or debtor-in-possession or the property of such debtor or the debtor's estate.

DATED this 14th day of July, 2005.

                                          Respectfully submitted,

                                          FOLEY & LARDNER LLP

                                          */s/ Gardner F. Davis*
                                          GARDNER DAVIS
                                          Florida Bar No.: 0471712
                                          One Independent Drive, Suite 1300
                                          Post Office Box 240
                                          Jacksonville, FL 32201-0240
                                          Telephone: (904) 359-2000
                                          Facsimile: (904) 359-8700

                                          Attorneys for Tower Center Associates, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 14th day of July, 2005 to:

| | |
|---|---|
| D.J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Cynthia Jackson, Esquire<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| Elena L. Escamilla, Esquire<br>Office of United States Trustee<br>135 West Central Boulevard, Suite 620<br>Orlando, FL 32806 | Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

                                          Attorney