UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| <u>    Debtors.                              </u> | ) | Jointly Administered |

**OBJECTION OF ADFC, LLC, TO CURE AMOUNTS STATED IN
DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT
FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

ADFC, LLC ("ADFC"), objects to the cure amount with respect to Store No. 2724 (defined below) as set forth in Exhibit "F", titled "Schedule of Cure Amounts", as attached to the Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Sale Motion"). (Doc. No. 1961).

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions constituting orders for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of the Debtors' cases was transferred to this Court.

2. ADFC is the landlord of Winn-Dixie Raleigh, Inc., by virtue of a lease dated October 29, 1997, for premises located at 1591 GA Highway 20 North, Conyers, Rockdale County, Georgia ("Store No. 2724").

3. On July 1, 2005, the Debtors filed the Sale Motion seeking to sell certain Targeted Stores[1] and seeking other relief regarding the proposed assumption and assignment of leases in connection with those sales. Among other things, the Debtors seek to establish the cure amounts for the leases of the Targeted Stores. Attached to the Sale Motion as Exhibit "F" is a schedule reflecting the cure amounts the Debtors assert are owed to the landlords of the Targeted Stores, and any other cure required. According to Exhibit "F", the cure amount owed to ADFC for the lease of Store No. 2724 is $0.

4. Pursuant to the Sale Motion, landlords who dispute the cure amount or other proposed cure for their lease or contract must, before July 14, 2005, file with the Court and serve on the Debtors an objection to the Sale Motion.

5. ADFC objects to the cure amount set forth in Exhibit "F" with respect to Store No. 2724. ADFC has not determined the appropriate cure amount at this time, but is working diligently and in good faith to determine the appropriate cure amount, which will include applicable attorneys' fees. ADFC proposes that the Debtors escrow $25,000 to satisfy the cure obligations to ADFC for the lease of Store No. 2724.

---

[1] The term "Targeted Stores" is defined in the Sale Motion.

WHEREFORE, ADFC respectfully objects to the Sale Motion and requests that this Court determine the cure amounts due to ADFC for the lease of Store No. 2427 and grant any such other relief as is just and proper.

Respectfully submitted July 14, 2005.

/s/Caryl E. Delano
Caryl E. Delano
ADDISON & DELANO, P. A.
Florida Bar No. 0040721
P. O. Box 2175
Tampa, FL  33601-2175
Phone (813) 223-2000
Fax (813) 228-6000
Email:  cdelano@addisondelano.com

and

/s/J. Hayden Kepner, Jr.
J. Hayden Kepner, Jr.
Georgia Bar No. 416616
Michael F. Holbein
Georgia Bar No. 360070
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
Phone (404) 873-7012
Fax (404) 873-7013
Email: michael.holbein@agg.com

ATTORNEYS FOR ADFC, LLC

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2005, I served a copy of the forgoing Objection to the Cure Amounts Stated in Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief by placing a true copy of the same in the U. S. mail, properly addressed with sufficient postage affixed thereon to insure delivery to:

D. J. Baker, Sally McDonald Henry, Rosalie Gray and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Steven Busey, James H. Post, Cynthia C. Jackson and Eric McKay
Smith, Holsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY  10005

Kenneth C. Meeker
Assistant United States Trustee
Office of the United States Trustee
135 W. Central Blvd., Room 620
Orlando, FL  32801

/s/Caryl E. Delano
Caryl E. Delano

s:\clients open\a&d.ced\misc\adfc winn dixie objection.doc