

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
JACKSONVILLE

Thursday
July 14, 2005
1:00 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion to Reject Executory Contracts Effective as of July 14, 2005 Filed by Debtor(1871)

Limited Objection to Debtors' Motion for Order Authorizing Rejection of Executory Contracts Effective as of July 14, 2005 filed by Frankford Dallas, LLC (2044)

*Settled*
*Ord/signed*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN D. MACDONALD
                       MATTHEW S. BARR
FRANKFORD DALLAS:      SCOTT W. EVERETT

**RULING:**