

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 14, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Shorten Time For Debtor To Assume Or Reject An Executory Contract Filed by Heritage Mint, Ltd.(1481)

Objection to Motion of Heritage Mint, LTD. to Shorten Time for Debtor to Assume or Reject an Executory Contract filed by Debtor(2042)

*cont'd*

*August 4, 05 @ 1:00*

*AOCN FN*

**APPEARANCES:**
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN D. MACDONALD
                         MATTHEW S. BARR
HERITAGE MINT LTD:       ANDREW BRUMBY P

**RULING:**