UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>ET AL.</u>, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS.[1] | ) | JOINTLY ADMINISTERED |

<u>RESPONSE BY HARTWELL PARTNERSHIP
TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE
OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF LEASES AND CONTRACTS AND
(C) GRANTED RELATED RELIEF</u>

Hartwell Partnership ("Hartwell") by and through counsel, files this response to the *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief,* as follows:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of new York (the "New York Court"). By order dated April 13, 2005, the New York transferred venue of these cases to this Court.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Hartwell is the landlord, Winn Dixie Greenville, Inc. is the tenant, and Winn-Dixie Stores, Inc. is the guarantor, pursuant to a lease dated February 16, 1994, for the premises located in Hartwell, Georgia ("Store #1023").

3. Pursuant to the lease, Winn Dixie Greenville, Inc. and Winn-Dixie Stores, Inc. are required to pay Hartwell basic rent, additional rent, common area maintenance expenses ("CAM"), real estate taxes and shopping center insurance.

4. As of the Petition Date, Hartwell is owed $9,812.64 for 2004 CAM charges and $3,753.04 for 2005 CAM charges, and for 2005 unbilled taxes and insurance through 7/31/05 of $19,323.69 and $2,318.26, respectively, for a total of $25,207.63 (the "Cure Amount").

5. On or about July 1, 2005, the Debtors filed *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (the "Sale Motion"), requesting authority to sell certain Targeted Stores[2] for the highest and best offer, and assume and assign the relevant lease to the purchaser.

6. Store #1023 is one of the Targeted Stores.

7. Attached to the Sale Motion as Exhibit "F" is a schedule reflecting cure amounts that the Debtors assert are owed to each landlord of a Targeted Store, and any other cure required. According to Exhibit "F", the cure amount owed to Hartwell for the lease of Store #1023 is no cure amount..

8. Pursuant to the Sale Motion, landlords who dispute the cure amount or other proposed cure for their lease or contract must file with the Court and serve on the Debtors an objection to the

---

[2]Targeted Stores is defined in the Sale Motion as stores which are located in core market areas but remain unprofitable, which the Debtors seek to sell or close.

Sale Motion on or before July 14, 2005. Any objection to a proposed cure will be adjudicated by the Court at a hearing to be scheduled and separately noticed by the Debtors (the "Cure Hearing").

9.      By this response, Hartwell objects to the cure amount set forth on Exhibit "F" with respect to Store #1023. As stated previously, the Cure Amount owed to Hartwell is $25,207.63. Attached hereto are copies of bills without lengthy attachments.

WHEREFORE, Hartwell respectfully requests that this Court conduct a Cure Hearing with respect to Hartwell's objection to the cure amount set forth on Exhibit "F" to the Sale Motion, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmissions on this 14th day of July, 2005 to D. J. Baker at djbaker@skadden.com and to Cynthia C. Jackson at sjackson@smithhulsey.com .

                                             Respectfully submitted:

                                             /s/Jean Winborne Boyles
                                             Jean Winborne Boyles
                                             N.C. State Bar No.: 5516
                                             Attorney for Hartwell Partnership
                                             Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
                                             P. O. Box 1776
                                             Raleigh, NC 27602
                                             (919) 743-2200   Fax: (919)743-2201
                                             jboyles@jhvgmlaw.com

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

>D. J. Baker, Sally McDonald Henry,
>    Rosalie Gray and Eric Davis
>Skadden, Arps, Slate, Meagher & Flom, LLP
>Four Times Square
>New York, NY 10036-6522
>
>Steven Busey, James H. Post, Cynthia C. Jackson
>    and Eric McKay
>Smith, Hulsey and Busey
>225 Water Street, Suite 1800
>Jacksonville, FL 32202
>
>Dennis F. Dunne
>Milbank, Tweed, Hadley and McCloy, LLC
>One Chase Manhattan Plaza
>New York, NY 10005
>
>Kenneth C. Meeker
>Assistant U.S. Trustee
>Office of the United States Trustee
>135 West Central Boulevard
>Room 620
>Orlando, FL 32801

This the 14th day of July, 2005

>/s/Jean Winborne Boyles
>Jean Winborne Boyles
>N.C. State Bar No.: 5516
>Attorney for Hartwell Partnership
>Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
>P. O. Box 1776
>Raleigh, NC 27602
>(919) 743-2200   Fax: (919)743-2201

INVOICE

86
HART-A

**HARTWELL PARTNERSHIP**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 1    dlegan@nalleyproperties.com

March 4, 2005

R.E. DEPT. CAROL CANADY

Winn-Dixie Stores
P.O. Box 8000
Clayton, N.C. 27520

**RE: COMMON AREA MAINTENANCE ("CAM") BILLING**
HARTWELL, GA

HARTWELL, GA
STORE #1023

YOUR 2004 CAM BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 59,000 |
| SQUARE FEET PERCENTAGE | 74.576% |

CAM CHARGES:

| | |
|---|---:|
| PARKING LOT SWEEPING | 9,900.00 |
| GRASS CUTTING / LANDSCAPING | 0.00 |
| ASPHALT REPAIRS | 986.59 |
| PARKING LOT STRIPING | 1,992.99 |
| UTILITIES | 0.00 |
| PARKING LOT LIGHT REPAIRS | 0.00 |
| OTHER (INCL. SNOW, CLEAN-UP, ETC.) | 278.33 |
| TOTAL CENTER CAM CHARGES PAID | 13,157.91 |
| SQUARE FEET PERCENTAGE | 74.576% |
| YOUR ANNUAL PRO RATA SHARE | 9,812.64 |

**BALANCE DUE FOR CAM CHARGES**    $9,812.64

**INVOICE**

86
HART-A

**HARTWELL PARTNERSHIP**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 1·    georgia@nalleyproperties.com

July 14, 2005


R.E. DEPT. CAROL CANADY

Winn-Dixie Stores, Inc.
P.O. Box 8000
Clayton, N.C. 27520


**RE: COMMON AREA MAINTENANCE ("CAM") BILLING**    HARTWELL, GA
HARTWELL, GA                                        STORE #1023

YOUR 2005 CAM BILLING IS AS FOLLOWS:

| | | |
|---|---|---|
| | YOUR RENTED SQUARE FEET | 44,000 |
| | TOTAL CENTER SQUARE FEET | 59,000 |
| | SQUARE FEET PERCENTAGE | 74.576% |
| CAM CHARGES: | | |
| | PARKING LOT SWEEPING | 5,032.50 |
| | GRASS CUTTING / LANDSCAPING | 0.00 |
| | ASPHALT REPAIRS | 0.00 |
| | PARKING LOT STRIPING | 0.00 |
| | UTILITIES | 0.00 |
| | PARKING LOT LIGHT REPAIRS | 0.00 |
| | OTHER (INCL. SNOW, CLEAN-UP, ETC.) | 0.00 |
| | TOTAL CENTER CAM CHARGES PAID | 5,032.50 |
| | SQUARE FEET PERCENTAGE | 74.576% |
| | YOUR ANNUAL PRO RATA SHARE | 3,753.04 |

**BALANCE DUE FOR CAM CHARGES**    **$3,753.04**

## INVOICE

86
HART-A

**HARTWELL PARTNERSHIP**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 11    dlegan@nalleyproperties.com

December 22, 2004



R.E. DEPT. CAROL CANADY
Winn-Dixie Stores
P.O. Box 8000
Clayton, N.C. 27520

RE: REAL ESTATE PROPERTY TAX BILLING    HARTWELL, GA
HARTWELL, GA                            STORE #1023

### YOUR 2004 REAL ESTATE PROPERTY TAX BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 59,000 |
| SQUARE FEET PERCENTAGE | 74.576% |

WERE PAID AS FOLLOWS:

| | |
|---|---:|
| I70B034 CITY | 15,229.56 |
| I70B034 COUNTY | 29,189.98 |
| TOTAL TAXES PAID | 44,419.54 |
| SQUARE FEET PERCENTAGE | 74.58% |
| YOUR ANNUAL PRO RATA SHARE | 33,126.32 |
| | 33,126.32 |

*Estimated 2005 Tax Bill thru 7/31/05*
*19,323.69*

| BALANCE DUE FOR REAL ESTATE TAXES | $33,126.32 |
|---|---:|

**INVOICE**

86
HART-A

**HARTWELL PARTNERSHIP**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 11     dlegan@nalleyproperties.com

December 28, 2004



R.E. DEPT. CAROL CANADY

Winn-Dixie Stores
P.O. Box 8000
Clayton, N.C. 27520

**RE: REAL ESTATE INSURANCE BILLING**
HARTWELL, GA

HARTWELL, GA
STORE #1023

YOUR 2004 REAL ESTATE INSURANCE BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 59,000 |
| SQUARE FEET PERCENTAGE | 74.576% |
| INSURANCE PREMUIMS | 5,329.00 |
| SQUARE FEET PERCENTAGE | 74.576% |
| YOUR ANNUAL PRO RATA SHARE | 3,974.16 |
| | 3,974.16 |

**BALANCE DUE FOR INSURANCE PREMIUMS**     $3,974.16

*ESTIMATED 2005 INS BILL THRU 7/31/05*
*# 2,318.26*