UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>ET AL.</u>, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS.¹ | ) | JOINTLY ADMINISTERED |

<u>RESPONSE BY NALLEY CONSTRUCTION CO., INC.
TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE
OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF LEASES AND CONTRACTS AND
(C) GRANTED RELATED RELIEF</u>

Nalley Construction Co., Inc. ("Nalley") by and through counsel, files this response to the *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief,* as follows:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of new York (the "New York Court"). By order dated April 13, 2005, the New York transferred venue of these cases to this Court.

---

¹In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Nalley is the landlord, Winn Dixie Greenville, Inc. is the tenant, pursuant to a lease dated February 18, 1994, for the premises located in Pickens, South Carolina ("Store #1244").

3. Pursuant to the lease, Winn Dixie Greenville, Inc. is required to pay Nalley basic rent, additional rent, common area maintenance expenses ("CAM"), real estate taxes and shopping center insurance.

4. As of the Petition Date, Nalley is owed $33,987.28 for 2004 CAM charges and $18,612.87 for 2005 CAM charges (through June 30, unbilled), and unbilled taxes for 2005 through 7/31/05 of $19,033.86, and estimated insurance through 7/31/05 of $1,991.50, for a total of $73,625.50 (the "Cure Amount").

5. On or about July 1, 2005, the Debtors filed *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (the "Sale Motion"), requesting authority to sell certain Targeted Stores[2] for the highest and best offer, and assume and assign the relevant lease to the purchaser.

6. Store #1244 is one of the Targeted Stores.

7. Attached to the Sale Motion as Exhibit "F" is a schedule reflecting cure amounts that the Debtors assert are owed to each landlord of a Targeted Store, and any other cure required. According to Exhibit "F", the cure amount owed to Nalley for the lease of Store #1244 is no cure amount.

8. Pursuant to the Sale Motion, landlords who dispute the cure amount or other proposed cure for their lease or contract must file with the Court and serve on the Debtors an objection to the

---

[2] Targeted Stores is defined in the Sale Motion as stores which are located in core market areas but remain unprofitable, which the Debtors seek to sell or close.

Sale Motion on or before July 14, 2005. Any objection to a proposed cure will be adjudicated by the Court at a hearing to be scheduled and separately noticed by the Debtors (the "Cure Hearing").

9.  By this response, Nalley objects to the cure amount set forth on Exhibit "F" with respect to Store #1244. As stated previously, the Cure Amount owed to Nalley is $73,625.50. Attached hereto are copies of bills without lengthy attachments.

WHEREFORE, Nalley respectfully requests that this Court conduct a Cure Hearing with respect to Nalley's objection to the cure amount set forth on Exhibit "F" to the Sale Motion, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmissions on this 14th day of July, 2005 to D. J. Baker at djbaker@skadden.com and to Cynthia C. Jackson at sjackson@smithhulsey.com .

Respectfully submitted:

/s/Jean Winborne Boyles
Jean Winborne Boyles
N.C. State Bar No.: 5516
Attorney for Nalley Construction Co., Inc.
Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
P. O. Box 1776
Raleigh, NC 27602
(919) 743-2200   Fax: (919)743-2201
jboyles@jhvgmlaw.com

F:\Docs\JWB\Nalley Construction Co\Winn Dixie\Pickens\Objections.wpd

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

D. J. Baker, Sally McDonald Henry,
    Rosalie Gray and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, Cynthia C. Jackson
    and Eric McKay
Smith, Hulsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

This the 14th day of July, 2005

/s/Jean Winborne Boyles
Jean Winborne Boyles
N.C. State Bar No.: 5516
Attorney for Nalley Construction Co., Inc.
Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
P. O. Box 1776
Raleigh, NC 27602
(919) 743-2200   Fax: (919)743-2201

**INVOICE**

217
WDPICK-A

**PICKENS PARTNERSHIP**
**P.O. BOX 1929**
**EASLEY, SC 29641**
(864) 850-0056 EXT. 1    dlegan@nalleyproperties.com

March 11, 2005

ATTN: CAROL CANADY

Winn-Dixie
P.O. Box 8000
CLAYTON, N.C. 27520

**RE: COMMON AREA MAINTENANCE ("CAM") BILLING**     PICKENS, SC
PICKENS, SC                                          STORE #1244

YOUR 2004 CAM BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 44,000 |
| SQUARE FEET PERCENTAGE | 100.000% |

CAM CHARGES:

| | |
|---|---:|
| PARKING LOT SWEEPING | 10,554.50 |
| GRASS CUTTING / LANDSCAPING | 0.00 |
| ASPHALT REPAIRS | 1,006.99 |
| PARKING LOT STRIPING | 0.00 |
| UTILITIES | 21,400.54 |
| PARKING LOT LIGHT REPAIRS | 0.00 |
| OTHER (INCL. SNOW, CLEAN-UP, ETC.) | 1,025.25 |
| TOTAL CENTER CAM CHARGES PAID | 33,987.28 |
| SQUARE FEET PERCENTAGE | 100.000% |
| YOUR ANNUAL PRO RATA SHARE | 33,987.28 |

**BALANCE DUE FOR CAM CHARGES**    $33,987.28

**INVOICE**

217
WDPICK-A

**PICKENS PARTNERSHIP**
**P.O. BOX 1929**
**EASLEY, SC 29641**
(864) 850-0056 EXT. 1'     georgia@nalleyproperties.com

July 14, 2005

ATTN: CAROL CANADY

Winn-Dixie
P.O. Box 8000
CLAYTON, N.C. 27520

**RE:  COMMON AREA MAINTENANCE ("CAM") BILLING**              PICKENS, SC
PICKENS, SC                                                   STORE #1244

YOUR 2005 CAM BILLING IS AS FOLLOWS:

|  |  |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 44,000 |
| SQUARE FEET PERCENTAGE | 100.000% |

**CAM CHARGES:**

| | |
|---|---:|
| PARKING LOT SWEEPING | 4,499.00 |
| GRASS CUTTING / LANDSCAPING | 0.00 |
| ASPHALT REPAIRS | |
| PARKING LOT STRIPING | 1,592.00 |
| UTILITIES | 10,936.87 |
| PARKING LOT LIGHT REPAIRS | 0.00 |
| OTHER (INCL. SNOW, CLEAN-UP, ETC.) | 1,585.00 |
| TOTAL CENTER CAM CHARGES PAID | 18,612.87 |
| SQUARE FEET PERCENTAGE | 100.000% |
| YOUR ANNUAL PRO RATA SHARE | 18,612.87 |

**BALANCE DUE FOR CAM CHARGES**                              $18,612.87

INVOICE

PICKENS PARTNERSHIP  
P.O. BOX 1929  
EASLEY, SC 29641  
(864) 850-0056 EXT. 11

dlegan@nalleyproperties.com

217  
WDPICK-A

December 28, 2004



ATTN: CAROL CANADY

Winn-Dixie  
P.O. Box 8000  
CLAYTON, N.C. 27520

RE: **REAL ESTATE INSURANCE BILLING**  
PICKENS, SC

PICKENS, SC  
STORE #1244

YOUR 2004 REAL ESTATE INSURANCE BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 44,000 |
| SQUARE FEET PERCENTAGE | 100.000% |
| INSURANCE PREMUIMS | 4,426.00 |
| SQUARE FEET PERCENTAGE | 100.000% |
| YOUR ANNUAL PRO RATA SHARE | 4,426.00 |
| | 4,426.00 |
| LESS GENERAL LIABILITY AMOUNT | (1,012.00) |
| **BALANCE DUE FOR INSURANCE PREMIUMS** | **$3,414.00** |

*Estimated 2005 Ins Bill thru 7/31/05*

$1,991.50

## INVOICE

217
WDPICK-A

**PICKENS PARTNERSHIP**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 11      dlegan@nalleyproperties.com


POSTED

October 28, 2004

ATTN: CAROL CANADY
Winn-Dixie
P.O. Box 8000
CLAYTON, N.C. 27520

RE: REAL ESTATE PROPERTY TAX BILLING      PICKENS, SC
PICKENS, SC                               STORE #1244

**YOUR 2004 REAL ESTATE PROPERTY TAX BILLING IS AS FOLLOWS:**

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 44,000 |
| TOTAL CENTER SQUARE FEET | 44,000 |
| SQUARE FEET PERCENTAGE | 100.000% |

WERE PAID AS FOLLOWS:

| | |
|---|---:|
| 4181-20-91-8580 | 32,629.48   .74 per sf |
| TOTAL TAXES PAID | 32,629.48 |
| SQUARE FEET PERCENTAGE | 100.00% |
| YOUR ANNUAL PRO RATA SHARE | 32,629.48 |
| | 32,629.48 |
| **BALANCE DUE FOR REAL ESTATE TAXES** | **$32,629.48** |

*Handwritten notes:*
ESTIMATED 2005 TAX BILL THRU 7/31/05  19,033.86

32,629.48
12/13/04