

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
July 14, 2005
1:00 P.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC. | |
| | **Prior Pro** |
| Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker | AOCNFN |

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by FL Power & Light (235)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by Florida Power Corporation and Carolina Power & Light (260)

*Florida Power & Light Corp cont'd to 8/4 @ 1:00*

*Others settled - order/Jackson*

/s/ Jay Skelton    /s/ James Post P

**APPEARANCES:**
US TRUSTEE:      ELENA ESCAMILLA /Ken Meeker P
UNSEC. CRED:     JOHN D. MACDONALD P
                 MATTHEW S. BARR
FL POWER/LIGHT:  RACHEL BUDKE
FL POWER CORP:
CAROLINA POWER:

RULING: