# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>ET AL.</u>, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS.[1] | ) | JOINTLY ADMINISTERED |

## RESPONSE BY TOWN 'N COUNTRY REALTY OF EASLEY TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTED RELATED RELIEF

Town 'N Country Realty of Easley ("TNC Easley") by and through counsel, files this response to the *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief,* as follows:

1.  On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of new York (the "New York Court"). By order dated April 13, 2005, the New York transferred venue of these cases to this Court.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. TNC Easley is the landlord, Winn Dixie Charlotte is the tenant, pursuant to a lease dated February 10, 1989, for the premises located in Easley, South Carolina ("Store #1223").

3. Pursuant to the lease, Winn Dixie Charlotte is required to pay TNC Easley basic rent, additional rent, common area maintenance expenses ("CAM"), real estate taxes and shopping center insurance.

4. As of the Petition Date, TNC Easley is owed $9,169.70 for 2004 CAM charges and $7,719.00 for 2001 CAM charges, and $2,361.65 for 2004 insurance, and $4,610.92 for 2005 CAM through 6/30/05, and estimated 2005 taxes and insurance through 7/31/05 of $22,531.69 and $2,361.65 respectively, for a total of $47,770.63 (the "Cure Amount").

5. On or about July 1, 2005, the Debtors filed *Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (the "Sale Motion"), requesting authority to sell certain Targeted Stores[2] for the highest and best offer, and assume and assign the relevant lease to the purchaser.

6. Store #1223 is one of the Targeted Stores.

7. Attached to the Sale Motion as Exhibit "F" is a schedule reflecting cure amounts that the Debtors assert are owed to each landlord of a Targeted Store, and any other cure required. According to Exhibit "F", the cure amount owed to TNC Easley for the lease of Store #1223 is no cure amount.

8. Pursuant to the Sale Motion, landlords who dispute the cure amount or other proposed cure for their lease or contract must file with the Court and serve on the Debtors an objection to the

---

[2] Targeted Stores is defined in the Sale Motion as stores which are located in core market areas but remain unprofitable, which the Debtors seek to sell or close.

Sale Motion on or before July 14, 2005. Any objection to a proposed cure will be adjudicated by the Court at a hearing to be scheduled and separately noticed by the Debtors (the "Cure Hearing").

9.  By this response, TNC Easley objects to the cure amount set forth on Exhibit "F" with respect to Store #1223. As stated previously, the Cure Amount owed to TNC Easley is $47,770.63. Attached hereto are copies of bills without lengthy attachments.

WHEREFORE, TNC Easley respectfully requests that this Court conduct a Cure Hearing with respect to TNC Easley's objection to the cure amount set forth on Exhibit "F" to the Sale Motion, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmissions on this 14th day of July, 2005 to D. J. Baker at djbaker@skadden.com and to Cynthia C. Jackson at sjackson@smithhulsey.com .

                Respectfully submitted:

                /s/Jean Winborne Boyles
                Jean Winborne Boyles
                N.C. State Bar No.: 5516
                Attorney for Town 'N Country Realty of Easley
                Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
                P. O. Box 1776
                Raleigh, NC 27602
                (919) 743-2200   Fax: (919)743-2201
                jboyles@jhvgmlaw.com

F:\Docs\JWB\Nalley Construction Co\Winn Dixie\Objections.wpd

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

 D. J. Baker, Sally McDonald Henry,
  Rosalie Gray and Eric Davis
 Skadden, Arps, Slate, Meagher & Flom, LLP
 Four Times Square
 New York, NY 10036-6522

 Steven Busey, James H. Post, Cynthia C. Jackson
  and Eric McKay
 Smith, Hulsey and Busey
 225 Water Street, Suite 1800
 Jacksonville, FL 32202

 Dennis F. Dunne
 Milbank, Tweed, Hadley and McCloy, LLC
 One Chase Manhattan Plaza
 New York, NY 10005

 Kenneth C. Meeker
 Assistant U.S. Trustee
 Office of the United States Trustee
 135 West Central Boulevard
 Room 620
 Orlando, FL 32801

This the 14th day of July, 2005

        /s/Jean Winborne Boyles
        Jean Winborne Boyles
        N.C. State Bar No.: 5516
        Attorney for Town 'N Country Realty of Easley
        Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
        P. O. Box 1776
        Raleigh, NC 27602
        (919) 743-2200   Fax: (919)743-2201

**INVOICE**

281
225-J

**TOWN & COUNTRY**
**P.O. BOX 1929**
**EASLEY, SC 29641**
(864) 850-0056 EXT. 24

February 22, 2002

8/13/04
POSTED

Winn-Dixie Stores
P.O. Box 8
Taylors, SC 29687

Store # 1223

**RE: COMMON AREA MAINTENANCE ("CAM") BILLING**
TNC PLAZA

EASLEY, SC

YOUR 2001 CAM BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 46,832 |
| TOTAL CENTER SQUARE FEET | 276,177 |
| SQUARE FEET PERCENTAGE | 16.957% |

CAM CHARGES:

| | |
|---|---:|
| PARKING LOT SWEEPING | 11,203.28 |
| GRASS CUTTING | 4,080.00 |
| ASPHALT REPAIRS | 1,530.59 |
| PARKING LOT STRIPING | 1,100.00 |
| UTILITIES | 16,824.21 |
| PARKING LOT LIGHT REPAIRS | 5,842.23 |
| OTHER-GEN CLEAN-UP PART OF SWEEPING | 4,938.00 |
| TOTAL CENTER CAM CHARGES PAID | 45,518.31 |
| SQUARE FEET PERCENTAGE | 16.957% |
| YOUR ANNUAL PRO RATA SHARE | 7,719.00 |

**BALANCE DUE FOR CAM CHARGES**     $7,719



# NALLEY COMMERCIAL PROPERTIES

1919 E. MAIN STREET • P.O. BOX 1929 • EASLEY, S.C. 29641-1929 • PHONE 864-859-6321

August 13, 2004

Winn-Dixie Stores
P.O. Box 8
Taylors, SC 29687

        RE:    2001 CAM Billing
                    Store #1223
                    Town & Country Plaza
                    Easley, South Carolina

To Whom It May Concern:

Upon auditing our lease files, it has come to our attention that we have not received payment for your 2001 Common Area Maintenance Billing.

Please find enclosed a copy of your 2001 billing. After reviewing your files, please forward a check to Town & Country Realty for the attached invoice.

Thank you for your help in the above and if you have any questions, please do not hesitate to call.

                                        Sincerely,

                                        **NALLEY COMMERCIAL PROPERTIES**
                                        *Town & Country Realty of Easley, Inc.*

                                        Georgia B. Dickard

/gbd

Enclosure

INVOICE

281
225-J

**TOWN & COUNTRY**
**P.O. BOX 1929**
**EASLEY, SC 29641**
(864) 850-0056 EXT. 1   dlegan@nalleyproperties.com

March 14, 2005

ATT: CAROL CANADY

Winn-Dixie Stores
P.O. BOX 8000
CLAYTON, N.C. 27520

**RE: COMMON AREA MAINTENANCE ("CAM") BILLING**     EASLEY, SC
**TNC PLAZA**                                        STORE #1223

YOUR 2004 CAM BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 46,832 |
| TOTAL CENTER SQUARE FEET | 276,177 |
| SQUARE FEET PERCENTAGE | 16.957% |

CAM CHARGES:

| | |
|---|---:|
| PARKING LOT SWEEPING | 6,600.00 |
| GRASS CUTTING / LANDSCAPING | 11,762.95 |
| ASPHALT REPAIRS | 5,084.17 |
| PARKING LOT STRIPING | 867.70 |
| UTILITIES | 18,598.99 |
| PARKING LOT LIGHT REPAIRS | 3,590.96 |
| OTHER (INCL. SNOW, CLEAN-UP, ETC.) | 7,571.40 |
| TOTAL CENTER CAM CHARGES PAID | 54,076.17 |
| SQUARE FEET PERCENTAGE | 16.957% |
| YOUR ANNUAL PRO RATA SHARE | 9,169.70 |

**BALANCE DUE FOR CAM CHARGES**            **$9,169.70**

INVOICE

281
225-J

**TOWN & COUNTRY**
**P.O. BOX 1929**
**EASLEY, SC 29641**
(864) 850-0056 EXT. 11    dlegan@nalleyproperties.com

December 28, 2004

ATT: CAROL CANADY

Winn-Dixie Stores
P.O. BOX 8000
CLAYTON, N.C. 27520

(POSTED)

**RE: REAL ESTATE INSURANCE BILLING**
TNC PLAZA

EASLEY, SC
STORE #1223

YOUR 2004 REAL ESTATE INSURANCE BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 46,832 |
| TOTAL CENTER SQUARE FEET | 276,177 |
| SQUARE FEET PERCENTAGE | 16.957% |
| INSURANCE PREMUIMS | 22,496.00 |
| SQUARE FEET PERCENTAGE | 16.957% |
| YOUR ANNUAL PRO RATA SHARE | 3,814.65 |
| | 3,814.65 |
| LESS GENERAL LIABILITY AMOUNT | (1,453.00) |
| **BALANCE DUE FOR INSURANCE PREMUIMS** | **$2,361.65** |

**INVOICE**

281
225-J

**TOWN & COUNTRY**
**P.O. BOX 1929**
**EASLEY, SC 29641**
(864) 850-0056 EXT. 1'    georgia@nalleyproperties.com

July 14, 2005

ATT: CAROL CANADY

Winn-Dixie Stores
P.O. BOX 8000
CLAYTON, N.C. 27520

**RE: COMMON AREA MAINTENANCE ("CAM") BILLING**        EASLEY, SC
TNC PLAZA                                                STORE #1223

YOUR 2005 CAM BILLING IS AS FOLLOWS:

| | | |
|---|---|---:|
| | YOUR RENTED SQUARE FEET | 46,832 |
| | TOTAL CENTER SQUARE FEET | 276,177 |
| | SQUARE FEET PERCENTAGE | 16.957% |
| CAM CHARGES: | | |
| | PARKING LOT SWEEPING | 6,880.20 |
| | GRASS CUTTING / LANDSCAPING | 2,725.00 |
| | ASPHALT REPAIRS | 450.00 |
| | PARKING LOT STRIPING | 2,750.00 |
| | UTILITIES | 8,676.09 |
| | PARKING LOT LIGHT REPAIRS | 2,040.00 |
| | OTHER (INCL. SNOW, CLEAN-UP, ETC.) | 3,670.52 |
| | TOTAL CENTER CAM CHARGES PAID | 27,191.81 |
| | SQUARE FEET PERCENTAGE | 16.957% |
| | YOUR ANNUAL PRO RATA SHARE | 4,610.92 |

**BALANCE DUE FOR CAM CHARGES**        **$4,610.92**

**INVOICE**

281
225-J

**TOWN & COUNTRY**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 11        dlegan@nalleyproperties.com

December 28, 2004

ATT: CAROL CANADY

(POSTED)

Winn-Dixie Stores
P.O. BOX 8000
CLAYTON, N.C. 27520

**RE: REAL ESTATE INSURANCE BILLING**
TNC PLAZA

EASLEY, SC
STORE #1223

YOUR 2004 REAL ESTATE INSURANCE BILLING IS AS FOLLOWS:

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 46,832 |
| TOTAL CENTER SQUARE FEET | 276,177 |
| SQUARE FEET PERCENTAGE | 16.957% |
| INSURANCE PREMUIMS | 22,496.00 |
| SQUARE FEET PERCENTAGE | 16.957% |
| YOUR ANNUAL PRO RATA SHARE | 3,814.65 |
| | 3,814.65 |
| LESS GENERAL LIABILITY AMOUNT | (1,453.00) |
| **BALANCE DUE FOR INSURANCE PREMUIMS** | **$2,361.65** |

*ESTIMATED 2005 INS BILL THRU 7/31/05*
*1,377.67*

INVOICE

281
225-J

**TOWN & COUNTRY**
P.O. BOX 1929
EASLEY, SC 29641
(864) 850-0056 EXT. 11      dlegan@nalleyproperties.com

December 15, 2004



ATT: CAROL CANADY
Winn-Dixie Stores
P.O. BOX 8000
CLAYTON, N.C. 27520

RE:  REAL ESTATE PROPERTY TAX BILLING         EASLEY, SC
TNC PLAZA                                     STORE #1223

**YOUR 2004 REAL ESTATE PROPERTY TAX BILLING IS AS FOLLOWS:**

| | |
|---|---:|
| YOUR RENTED SQUARE FEET | 46,832 |
| TOTAL CENTER SQUARE FEET | 46,832 |
| SQUARE FEET PERCENTAGE | 100.000% |

PROPERTY TAXES WERE PAID AS FOLLOWS:

| | | |
|---|---|---:|
| PARCEL # | J13-14-005E/5029-19-61-5153 | 38,625.75 |
| | TOTAL TAXES PAID | 38,625.75 |
| | SQUARE FEET PERCENTAGE | 100.00% |
| | YOUR ANNUAL PRO RATA SHARE | 38,625.75 |
| | | 38,625.75 |

*Handwritten note:* ESTIMATED 2005 TAX BILL THRU 7/31/05  22,531.69

*Handwritten calculations:*
38,625.75 =
12 =
3,218.8125 = 5.75
3,218.8125 x 7/05
7 =
22,531.6875 =

**BALANCE DUE FOR REAL ESTATE TAXES**   $38,625.75