UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## ORDER STRIKING OBJECTION

The Court finds that the Objection to Debtors' Sale Motion filed by William H. Short, Jr. on behalf of Grubb & Ellis/Wilson Kibler as managing agent for John Buxton/The Lucy Company of SC on July 14, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objection to Debtors' Sale Motion filed by William H. Short, Jr. on behalf of Grubb & Ellis/Wilson Kibler as managing agent for John Buxton/The Lucy Company of SC on July 14, 2005 is stricken from the record.

**DATED July 14, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Willliam H. Short, Jr., P.O. Box 11889, Columbia, SC 29211-1889
Attorneys for Debtor