UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

  WINN-DIXIE STORES, INC.,      Case No. 05-03817-JAF
                     Chapter 11
    Debtor.
_____/

## EMMANUEL, SHEPPARD AND CONDON P.A.'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FOR AND ON BEHALF OF LEC PROPERTIES, INC., AND PC PROPERTIES, LLC

TO: Adam Ravin              Cynthia C. Jackson
   Skadden, Arps, Slate, Meagher & Flom, LLP  Smith, Hulsey & Busey
   Four Times Square           225 Water Street, Ste. 1800
   New York, NY 10036          Jacksonville, FL 32201
   Attorney for Debtor           Attorney for Debtor

   Dennis F. Dunne            John B. McDonald
   Milbank, Tweed, Hadley         Akerman Senterfitt
   1 Chase Manhattan Plaza        50 N. Laura Street, Ste 2500
   New York, NY 10005          Jacksonville, FL 32202
   Attorney for Official Committee of     Attorney for Official Committee of
   Unsecured Creditors           Unsecured Creditors

   Elana L. Escamilla
   135 W. Central Blvd., Ste. 620
   Orlando, FL 32806
   Trustee

**PLEASE TAKE NOTICE** that SALLY BUSSELL FOX, ESQUIRE, hereby enters her appearance as counsel of record for LEC PROPERTIES, INC., AND PC PROPERTIES, LLC., a creditor in the above-referenced matter. In accordance with Bankruptcy Rule 9011(b) and 2002, it is requested that copies of any and all further papers or documents of any kind or nature filed in this proceedings, whether by the Court, the Debtor, or any other party, be serviced upon said counsel. Additionally, it is respectfully requested that pursuant to Rule 9011(b) and Rule 2002 the following

be added to the Court's mailing matrix:

> SALLY BUSSELL FOX, Esquire
> Emmanuel, Sheppard, and Condon P.A.
> 30 South Spring Street
> Pensacola, FL 32502
> (850) 433-6581

> EMMANUEL, SHEPPARD, AND CONDON PA

> By: *Sally Fox*
> SALLY BUSSELL FOX, ESQUIRE
> Florida Bar #379360
> 30 South Spring Street
> Pensacola, FL 32502
> (850) 433-6581
> Attorney for LEC PROPERTIES, INC., and
> PC PROPERTIES, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic filing on this 14th day of July, 2005, to the afore-mentioned parties.

> EMMANUEL, SHEPPARD, AND CONDON PA

> By: *Sally Fox*
> SALLY BUSSELL FOX, ESQUIRE
> Florida Bar #379360
> 30 South Spring Street
> Pensacola, FL 32502
> (850) 433-6581
> Attorney for LEC PROPERTIES, INC., and
> PC PROPERTIES, LLC