**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
Counsel for GE Capital
Realty Group, Inc. as servicing agent for
Great Oak LLC
400 Garden City Plaza
Garden City, NY  11530
(516) 873-2000
Marc L. Hamroff (MH-9283)
Leslie A. Berkoff (LB-4584)
mhamroff@moritthock.com
lberkoff@moritthock.com


**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

-----------------------------------------------------------X
In re:                                                                      Chapter 11
                                                                                 Case No.  05-03817-JAF

**Winn-Dixie Stores, Inc., et al,**
                                                                                 (Jointly Administered)
                                    Debtors.
-----------------------------------------------------------X

**OBJECTION TO PROPOSED CURE AMOUNT**

      Moritt Hock Hamroff & Horowitz LLP, as counsel for Great Oak, LLC ("GO"), and GE Capital Realty Group, Inc. as servicing agent for GO (collectively, "GE"), submits this opposition to the Proposed Cure Amount set forth by the Debtors' in their Motion for an Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts an (c) Granting Related Relief (the "Motion"), and represents as follows:

      1.      Prior to the filing of the case, the Debtors entered into a lease ("Lease") with GO.  Pursuant to the Lease, the Debtor is obligated to pay the monthly base rent (with scheduled rent increases, if any) along with certain ancillary charges for certain services

including, without limitation trash reimbursement and utilities reimbursement. (Attached hereto as *Exhibit A* is a copy of the Lease).

2.     Pursuant to Exhibit "F" to the Motion, the Debtors have asserted that there are no sums due and owing to GO under the Lease. Our client has advised that the sum of $571.95 remains due and owing pre-petition for trash reimbursement under the Lease and $607.81 remains due and owing for waste/sewer reimbursement. (Copies of the invoices reflecting these open charges are annexed hereto as *Exhibit B*).

3.     GO hereby objects to the sum proposed and requests that the amount on Exhibit "F" to the Motion be amended to reflect the sum of $1,148.06 due and owing as a cure amount.

Dated:  July 14, 2005
         Garden City, New York

**MORITT HOCK HAMROFF &
HOROWITZ LLP**
Counsel for GE Capital
Realty Group, Inc. as servicing agent for
Great Oak, LLC

By:  _/s/  Leslie A. Berkoff_
        Leslie A. Berkoff (LB-4584)
        400 Garden City Plaza
        Garden City, NY  11530
        lberkoff@moritthock.com
        (516) 873-2000
        (516) 873-2010

I, Leslie A. Berkoff, certify under penalty of perjury that the foregoing statements are true and correct.

Executed on July 14, 2005

/s/  Leslie A. Berkoff
Leslie A. Berkoff

F:\GECC\Winn Dixie\docs\cure notice.doc

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

GABRIELLE OTLIN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

On the 14th day of July 2005, I served a true copy of the within OBJECTION TO PROPOSED CURE AMOUNT via first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtor

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

/s/ Gabrielle Otlin
Sworn to before me this                               GABRIELLE OTLIN
14th day of July 2005

/s/ Doreen C. Keil
Doreen C. Keil
Notary Public
State of New York
No. 5000920
Qualified in Suffolk County
Commission Expires 8/24/06

F:\GECC\Winn Dixie\docs\cure notice.doc