

# GMH Capital Partners

## Real Estate Resources & Solutions
3733 University Boulevard West, Suite 202, Jacksonville, FL 32217

**Date:** March 9, 2005

**TO:** Winn Dixie Corporate
Attn: Jane Dewitte
5050 Edgewood Court
Jacksonville, Florida 32254

**RE:** Daytona Promenade
Winn Dixie #2312

# INVOICE

**FOR:** Compactor Service

February:   2 pulls 30 yd @ $381.30 each          $762.60

Amount Due          **$ 762.60**

*Less payment*          190.65

$571.95

**REMIT TO:** Great Oak, LLC
c/o GMH Capital Partners Asset Services, LP
3733 University Boulevard, W., Suite 202
Jacksonville, Florida 32217

Trash compactor is still being repaired and two 30 yard open top roll offs were used for a short period.

PHONE — 904/636-0616
FAX — 904/636-0119
HJUDSON@GMH-INC.COM

3/15/2005 bill for Account 0227001415.00

Page 1 of 2

*Daytona Promenade*

 **CBSI**®

Conservation Billing Services, Inc.
PO Box 62829
Orlando, FL 32862-8329

**Payment Due: 4/13/2005**
**Account #: 0227001415.00**

Billing Period: 2/16/2005 thru 3/15/2005

3/15/2005  0227001415.00
WINN DIXIE #2312
PO BOX 182590
COLUMBUS OH 43218-2590

| **Customer** | 8:00 a.m. to 5:00 p.m. EST |
|---|---|
| **Care** | Monday through Friday |
| **National #** | 1 (800) 466-6668 |
| **Hillsborough** | |
| **& Pinellas** | (813)884-6017 |

When calling, please have account number available.

Service Address:
1415  S NOVA RD

| Prev Read | Curr Read | Usage | Description of Service | Transaction Date | Amount |
|---|---|---|---|---|---|
| | | | Balance Forward | | $302.07 |
| 9135 | 9520 | 38500 | WATER CHARGE: | | $119.75 |
| 0 | 0 | 38500 | SEWER CHARGE: | | $185.99 |

Total Amount Due:                              607.81

**Bill Comments**

**THIS BILL IS DUE UPON RECEIPT**
**Please do not send cash, and remember to include your account number on your check.**

**Conservation Tips**

1. Toilets are the biggest source of water waste. If you suspect a leak, put some food coloring into your tank to see if it leaks into the bowl.
2. Check faucets for leaks. Just a slow drip can waste 15 to 20 gallons per day.
3. Please promptly report any sources of water waste to your property management personnel.
4. Only do full loads of dishes or laundry to conserve water and electricity.
5. To conserve electricity, lower the thermostat on your water tank while away for extended periods.

**PAYMENT INFORMATION**
DO NOT SEND CASH
To ensure proper credit, please include the account

**METER READINGS**
Meters are read on a monthly basis. Meter read dates and usages are listed on your bill. Most of our meters contain a leak indicator, such as a small triangle that turns when water is being used. Should this dial turn or numbers advance when no water is being used, it may