IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

City View, LLC ("City View"), a creditor of the estate, hereby files this limited objection (the "Objection") to the Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Motion"). In support of the Objection, City View would show unto the Court:

1. City View leases a store designated as Store Number 2006 to the Debtors. Store Number 2006 is located in Charlotte, North Carolina.

2. To date, the Debtors have not received any bids on Store 2006. In the event that the Debtors receive a bid on Store 2006, the Debtors have proposed to cure the arrearage owed to City View and assume the unexpired lease with City View, as authorized by 11 U.S.C. § 365.

3. The Debtors state in Exhibit F to the Motion that the cure amount owed to City View is $3,813.90 (the "Alleged Cure Amount"). City View is informed and believes that the Alleged Cure Amount only reflects the amount due for insurance for the year 2004.

4. City View is informed and believes that the cure amount is incorrectly stated and that the correct cure amount is $82,614.35(the "Corrected Cure Amount"), as of July 11, 2005.

The Corrected Cure Amount includes the following amounts: $23,466.67, for rent prorated through August 2005; $4,471.37, for additional rent prorated through August 2005; $3,813.90, for insurance from 2004; $28,991.89, for taxes from 2004; $2,542.60, for insurance prorated through August, 30, 2005; and $19,327.92, for taxes prorated through August 30, 2005. The amounts due under the unexpired lease for 2005 will fluctuate because of proration until the Debtors assume or reject the unexpired lease.

WHEREFORE, City View prays that this Court enter an order providing that the Corrected Cure Amount is $82,614.35, as of July 11, 2005, and for such other and further relief as the Court deems just and proper.

/s/ Julio E. Mendoza, Jr.
Julio E. Mendoza, Jr., Fed. I.D. No. 3365
Suzanne Taylor Graham Grigg, Fed. I.D. No. 8064
NEXSEN PRUET ADAMS KLEEMEIER, LLC
1441 Main Street, Suite 1500
Post Office Drawer 2426
Columbia, South Carolina 29202
803.771.8900

Attorneys for City View, LLC

July 14, 2005
Columbia, South Carolina