IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Jane Brown, an employee of Nexsen Pruet Adams Kleemeier, LLC, do hereby certify that copies of the *Limited Objection To Debtors' Motion For Order (A) Authorizing The Sale Of Assets Free And Clear Of Liens, Claims And Interests And Exempt From Taxes, (B) Authorizing The Assumption And Assignment Of Leases And Contracts And (C) Granting Related Relief* were served upon the parties-in-interest shown below, by the depositing copies of the same in the United States Mail, first-class postage prepaid, on the 14th$^{th}$ day of July 2005, at Columbia, South Carolina.

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & From LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

*/s/ Jane Brown*
Jane Brown, Assistant to
Julio E. Mendoza, Jr. and
Suzanne Taylor Graham Grigg
NEXSEN PRUET ADAMS KLEEMEIER, LLC
1441 Main Street, Suite 1500
Post Office Drawer 2426
Columbia, South Carolina 29202
803.771.8900

Attorneys for City View, LLC

Columbia, South Carolina