**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Chapter 11 |
| | ) | |
| **DEBTORS.** | ) | Jointly Administered |

### OBJECTION TO CURE AMOUNT BY KILLEN MARKETPLACE, LLC

COMES NOW Killen Marketplace, LLC ("Landlord"), a creditor of the referenced debtor, and for its objection to cure amount says as follows:

1. Pursuant to a Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, this Court ordered landlords to file an objection to the cure amount referenced in said motion if the amount listed is disputed.

2. The motion reflects that the cure amount for this location, Store No. 1917, is $16,816.00, which is incorrect.

3. As reflected in the attached invoice, the Debtor owes excess CAM charges for 2004 in the amount of $38,165.76.  The Debtor also would owe approximately $5,158.88 in additional taxes for 2004 which have accrued but not been billed.

4. In addition, the cure amount would include excess CAM charges accruing from January, 2005, and thereafter of approximately $3,180.48 monthly.

WHEREFORE, premises considered, Killen Marketplace, LLC, respectfully objects to the cure amount set forth in the referenced motion.  Killen Marketplace, LLC, prays for such further and other relief as this Court may deem appropriate.

            \s\ C. Ellis Brazeal III
            Attorney for Killen Marketplace, LLC

**OF COUNSEL:**

**Walston, Wells, Anderson & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Objection to Cure Amount by Killen Marketplace, LLC, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

    D.J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036

    Cynthia C. Jackson
    Smith, Hulsey & Busey
    225 Water Street
    Suite 1800
    Jacksonville, Florida 32202

This the \14th\ day of July, 2005

            \s\ C. Ellis Brazeal III
            OF COUNSEL