# Killen Marketplace, L.L.C.
## P.O. Box 644
## Florence, Alabama 35631
### Telephone (256) 764-8682, Ext. 107 --- Fax (256) 764-5660
### email: arogers@rogerscarlton.com

## *-Invoice-*

Date: February 27, 2005

Winn-Dixie
600 Edwards Avenue
Harahan, LA  70123

Attn:  JAY ARCHAMBAULT

Re: Store #1917, located in Killen Marketplace Shopping Center, Killen, AL

Description of charges:

Common Area Maintenance Billing for year
ending 12/31/04 (please see attached worksheets & receipts)

                                    Balance due:        $ 38,165.76

**Thank you very much!**

# Killen Marketplace, LLC
## Reconciliation Billing Worksheet
### Period Ending December 31, 2004

**Location:** *Killen Marketplace Shopping Center*
*Highway 72, Killen, AL*

**Tenant:** *Winn-Dixie - Store #1917*       Lease Start Date: 11/04/99
                                             Termination Date:

| | |
|---|---|
| Unit Gross Rentable Area (sq. ft.) Per Lease: | 47,192 |
| Total Property Gross Leasable Area | 67,992 |
| Tenant Percentage of Total | 69.41% |
| | |
| Total Expenses (per attached) | $ 94,264.36 |
| Tenant's Percentage | 69.41% |
| | |
| Tenant's Share of Expenses | $ 65,428.89 |
| | |
| Less Payments for Period | $ 27,263.13 |
| | |
| Total Amount Now Due | $ 38,165.76 |

# Killen Marketplace, LLC
## Common Area Expenses - 2004

| | | |
|---|---|---:|
| **Utilities (Electricity & Water)** | $ | 21,852.14 |
| **Insurance (01/01/04 - 12/31/04)** | $ | 14,011.00 |
| **Landscaping Maintenance** | $ | 11,556.39 |
| **Parking Lot & Lighting Maintenance** | $ | 7,581.94 |
| **Sewer System & Septic Tank Maintenance** | $ | 9,007.97 |
| **Property Taxes (year 2004)** | $ | 29,729.92 |
| **Sprinkler System Maintenance** | $ | 525.00 |
| | | |
| **Total Expenses for Entire Shopping Center** | $ | 94,264.36 |