**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Chapter 11 |
| | ) | |
| **DEBTORS.** | ) | Jointly Administered |

## OBJECTION TO CURE AMOUNT BY VOW, LLC

COMES NOW Vow, LLC ("Landlord"), a creditor of the referenced debtor, and for its objection to cure amount says as follows:

1. Pursuant to a Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, this Court ordered landlords to file an objection to the cure amount referenced in said motion if the amount listed is disputed.

2. The motion reflects that the cure amount for this location, Store No. 1908, is $38,750.29, which is incorrect.

3. Vow, LLC, the current landlord, purchased the property in April, 2005. Accordingly, the amount to cure to the current landlord consists of the charges accruing from May, 2005, forward for CAM, insurance, and property taxes which are approximately $6,351.85 monthly.

WHEREFORE, premises considered, Vow, LLC, respectfully objects to the cure amount set forth in the referenced motion. Vow, LLC, prays for such further and other relief as this Court may deem appropriate.

                \s\ C. Ellis Brazeal III
                Attorney for Vow, LLC

**OF COUNSEL:**

**Walston, Wells, Anderson & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Objection to Cure Amount by Vow, LLC, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

    D.J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036

    Cynthia C. Jackson
    Smith, Hulsey & Busey
    225 Water Street
    Suite 1800
    Jacksonville, Florida 32202

This the \14th\ day of July, 2005

                \s\ C. Ellis Brazeal III
                OF COUNSEL