**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Jointly Administered |

**OBJECTION TO CURE AMOUNT BY
FLINT CROSSING, LLC**

COMES NOW Flint Crossing, LLC ("Landlord"), a creditor of the referenced debtor, and for its objection to cure amount says as follows:

1. Pursuant to a Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, this Court ordered landlords to file an objection to the cure amount referenced in said motion if the amount listed is disputed.

2. The motion reflects that the cure amount for this location, Store No. 1915, is $0.0, which is incorrect

3. The Debtor owes certain charges for 2004 which are: $17,390.88 (real estate taxes); $8,358.40 (insurance); and $31,299.39 (CAM), for a total of $57,048.67. The Debtor also would owe for three months of real estate taxes for 2004 which have accrued but not been billed of approximately $4,347.72.

4. In addition, these same charges would accrue from January, 2005, and thereafter in the approximate monthly amount of $4,754.05.

WHEREFORE, premises considered, Flint Crossing, LLC, respectfully objects to the cure amount set forth in the referenced motion. Flint Crossing, LLC, prays for such further and other relief as this Court may deem appropriate.

\s\ C. Ellis Brazeal III
Attorney for Flint Crossing, LLC

**OF COUNSEL:**

**Walston, Wells, Anderson & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Objection to Cure Amount by Flint Crossing, LLC, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \14th\ day of July, 2005

\s\ C. Ellis Brazeal III
OF COUNSEL