**EXHIBIT "2"**

# Case No. 05-03817-3F1
# WINN-DIXIE STORES, INC., *et al.*, Debtors.
# Jointly Administered
# Chapter 11

## SUMMARY OF PROFFESSIONAL FEES
## FOR TOGUT, SEGAL & SEGAL LLP

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| ALBERT TOGUT | 1975 | 2005 | $765 | 74.7 | $57,145.50 |
| FRANK A. OSWALD | 1986 | 2005 | $640 | .4 | 256.00 |
| NEIL BERGER | 1987 | 2005 | $630 | 25.9 | 16,446.50 |
| **OF COUNSEL** | | | | | |
| HOWARD P. MAGALIFF | 1985 | 2005 | $545 | 3.9 | 2,125.50 |
| **ASSOCIATES** | | | | | |
| JAYME GOLDSTEIN | 2003 | 2005 | $255 | 54.7 | 13,948.50 |
| JONATHAN HOOK | 2004 | 2005 | $210 | 41.5 | 8,715.00 |
| RENEE RANDAZZO | 2004 | 2005 | $190 | 23.9 | 4,541.00 |
| **LAW CLERK** | | | | | |
| SCOTT PASSET | N/A | 2005 | $125 | 5.2 | 650.00 |
| **PARALEGALS** | | | | | |
| DAWN PERSON | N/A | 2005 | $190 | 3.9 | 741.00 |
| BRENNA MCDONOUGH | N/A | 2005 | $135 | 7.5 | 1,012.50 |
| DENISE CAHIR | N/A | 2005 | $125 | .2 | 25.00 |
| Totals | | | | **241.8** | **$105,606.50** |