**EXHIBIT "3"**

Case No. 05-03817-3F1
**WINN-DIXIE STORES, INC.,** *et al.*, **Debtors.**
Jointly Administered
Chapter 11

**SUMMARY OF EXPENSES FOR TOGUT, SEGAL & SEGAL LLP**

| DESCRIPTION | AMOUNT |
|---|:---:|
| LONG-DISTANCE TELEPHONE | $1.52 |
| MESSENGER | $10.40 |
| ONLINE RESEARCH | $366.43 |
| OVERNIGHT COURIER | $12.69 |
| PHOTOCOPIES | $347.80 |
| TRAVEL - GROUND | $18.00 |
| TOTAL: | **$756.84** |