TIME & EXPENSE RECORDS
(FEBRUARY 28, 2005-APRIL 13, 2005)

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*4:00:25 PM*

### Billable

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| atogut | Albert Togut | 71.1 | 54,391.50 |
| bmcdonough | Brenna McDonough | 7.5 | 1,012.50 |
| dcahir | Denise Cahir | 0.2 | 25.00 |
| dperson | Dawn Person | 2.6 | 494.00 |
| foswald | Frank A. Oswald | 0.4 | 256.00 |
| hmagaliff | Howard Magaliff | 3.9 | 2,125.50 |
| jgoldstein | Jayme T. Goldstein | 46.1 | 11,755.50 |
| jhook | Jonathan Hook | 41.0 | 8,610.00 |
| nberger | Neil Berger | 22.6 | 14,351.00 |
| rrandazzo | Renee Randazzo | 23.9 | 4,541.00 |
| spasset | Scott Passet | 2.9 | 362.50 |
| | Grand Total: | 222.2 | 97,924.50 |

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*4:01:12 PM*

### Billable

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| | Automatic Stay Issues | 121.0 | 47,246.50 |
| | Case Status/Strategy | 44.8 | 27,812.00 |
| | Claims | 0.5 | 280.50 |
| | Creditor Committee Matters | 0.4 | 306.00 |
| | Employee Matters | 0.4 | 256.00 |
| | Financial Issues (Non-Tax) | 1.1 | 453.00 |
| | First Day Orders | 3.7 | 2,135.00 |
| | General | 3.7 | 681.00 |
| | Other Litigation | 12.9 | 2,701.00 |
| | Reclamation Claims | 1.4 | 175.00 |
| | Retention of Professionals | 31.9 | 15,776.50 |
| | Schedules | 0.4 | 102.00 |
| | Grand Total: | 222.2 | 97,924.50 |

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*4:01:41 PM*

### Billable

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| L.D. Phone | | 0.0 | 1.52 |
| Messenger | | 0.0 | 10.40 |
| Online Research | | 0.0 | 366.43 |
| Overnight Couri | | 0.0 | 12.69 |
| Photocopies | | 0.0 | 347.80 |
| Travel-ground | | 0.0 | 18.00 |
| | Grand Total: | 0.0 | 756.84 |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| | **Matter:  Automatic Stay Issues** | | | | |
| 3/8/05 | atogut / Correspondence Automatic Stay Issues | T | 0.6 765.00 | | 459.00 Billable |
| #108388 | Review relief from stay correspondence from client | | | | |
| 3/14/05 | atogut / Review Docs. Automatic Stay Issues | T | 2.3 765.00 | | 1,759.50 Billable |
| #108414 | Review extensive materials from Gray re stay issues | | | | |
| 3/15/05 | nberger / Inter Off Memo Automatic Stay Issues | T | 0.4 635.00 | | 254.00 Billable |
| #95410 | E-mails w/ AT and FAO re possible need for 105 injunction (.2); Research instructions to JH and DP (.2). | | | | |
| 3/15/05 | jhook / Research Automatic Stay Issues | T | 1.4 210.00 | | 294.00 Billable |
| #95528 | Began reviewing complaints/memos of law in 2nd circuit that have sought to utilize section 105 to extend the automatic stay to a debtor's principals;  OC with FAO re same (.2) | | | | |
| 3/15/05 | jgoldstein / Inter Off Memo Automatic Stay Issues | T | 0.2 255.00 | | 51.00 Billable |
| #95574 | E-mail correspondences with AT regarding strategy for drafting of automatic stay/injunction brief | | | | |
| 3/15/05 | jgoldstein / OC/TC strategy Automatic Stay Issues | T | 0.4 255.00 | | 102.00 Billable |
| #95576 | Office conferences (x2) with JH regarding strategy for drafting of automatic stay/injunction brief | | | | |
| 3/15/05 | jgoldstein / Comm. Profes. Automatic Stay Issues | T | 0.2 255.00 | | 51.00 Billable |
| #95597 | Review e-mail correspondences with AT and R. Gray regarding 3/16 conference call to discuss automatic stay issues | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/15/05 | dperson / Research<br>Automatic Stay Issues | T | 1.6<br>190.00 | | 304.00<br>Billable |
| #95598 | Assist NB with Research re: Caselaw for 105 injunction to protect a debtor's principal | | | | |
| 3/15/05 | jhook / OC/TC strategy<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #95624 | O/cs with JG re: complaints/memos of law in 2nd circuit that have sought to utilize section 105 to extend the automatic stay to a debtor's principals. | | | | |
| 3/15/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108423 | E-mail to HM and NB re stay issues | | | | |
| 3/15/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108424 | E-mail to Gray re Jay Castle calls | | | | |
| 3/15/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.4<br>765.00 | | 306.00<br>Billable |
| #108438 | E-mail exchange NB re injunction pleadings (2x) | | | | |
| 3/15/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108442 | E-mail exchange HM re injunction pleadings | | | | |
| 3/15/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108444 | E-mail exchange FAO re injunction pleadings | | | | |
| 3/15/05 | atogut / Research<br>Automatic Stay Issues | T | 2.8<br>765.00 | | 2,142.00<br>Billable |
| #108445 | Review stay research materials | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/16/05 | hmagaliff / Review Docs.<br>Automatic Stay Issues | T | 0.4<br>545.00 | | 218.00<br>Billable |
| #95691 | Review correspondence and memos from W-D and counsel re § 105 injunctions for employee litigation, appeal bonds as property of estate, summary of litigation and assess for next steps. | | | | |
| 3/16/05 | nberger / Research<br>Automatic Stay Issues | T | 2.2<br>635.00 | | 1,397.00<br>Billable |
| #95697 | Research strategy w/ JH re stay of appeal and bond. | | | | |
| 3/16/05 | hmagaliff / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>545.00 | | 109.00<br>Billable |
| #95726 | Confer with NB re stay issues implicated by appeal bond and posted collateral, research needed. | | | | |
| 3/16/05 | nberger / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #95763 | O/c w/ HM - re automatic stay strategy re bond on appeal. | | | | |
| 3/16/05 | nberger / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #95914 | O/c w/ AT re conference call re auto stay projects (.1);  E-memo to team re same (.1). | | | | |
| 3/16/05 | jgoldstein / Research<br>Automatic Stay Issues | T | 0.9<br>255.00 | | 229.50<br>Billable |
| #95993 | Begin researching recent caselaw on Westlaw on sections 105(a)/362 of BK code for memo for AT on automatic stay/preliminary injunctive relief for drafting of brief on same and preparation for 3/18 conference call | | | | |
| 3/16/05 | jhook / Correspondence<br>Automatic Stay Issues | T | 0.2<br>210.00 | | 42.00<br>Billable |
| #96173 | E-mails from R. Gray and AT re: conference to discuss outstanding automatic stay issues. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/16/05 | jhook / Research<br>Automatic Stay Issues | T | 2.3<br>210.00 | | 483.00<br>Billable |
| #96174 | Research re: applicability/scope of automatic stay and 105 injunction in Florida and 2nd Circuit with respect to supersedeas bonds and actions commenced against Debtor and non-debtor individuals. | | | | |
| 3/16/05 | jhook / OC/TC strategy<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #96177 | O/cs with JG re: research concerning applicability/scope of automatic stay and 105 injunction in Florida and 2nd Circuit with respect to supersedeas bonds and actions commenced against Debtor and non-debtor individuals (.2) and o/cs with NB re; same (.2). | | | | |
| 3/16/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108448 | E-mail exchange Gray re scheduling client conference call | | | | |
| 3/16/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108454 | E-mail exchange NB re scheduling client conference call | | | | |
| 3/16/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108456 | Review change of venue motion | | | | |
| 3/16/05 | atogut / OC/TC strategy<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108459 | OC NB re stay projects | | | | |
| 3/17/05 | jgoldstein / Research<br>Automatic Stay Issues | T | 1.2<br>255.00 | | 306.00<br>Billable |
| #96157 | Continue researching recent caselaw on Westlaw on sections 105(a)/362 of BK code for memo for AT on automatic stay/preliminary injunctive relief for drafting of brief on same and preparation for 3/18 conference call | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

......................................................... **Billable** .........................................................

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/17/05 | jgoldstein / Draft Documents<br>Automatic Stay Issues | T | 1.3<br>255.00 | | 331.50<br>Billable |
| #96158 | Draft memo for AT for 3/18 conference call to discuss automatic stay issues | | | | |
| 3/17/05 | jgoldstein / Review Docs.<br>Automatic Stay Issues | T | 1.6<br>255.00 | | 408.00<br>Billable |
| #96160 | Read all caselaw found on Westlaw on sections 105(a)/362 of BK code for memo for AT on automatic stay/preliminary injunctive relief for drafting of brief on same and preparation for 3/18 conference call | | | | |
| 3/17/05 | jgoldstein / Revise Docs.<br>Automatic Stay Issues | T | 0.5<br>255.00 | | 127.50<br>Billable |
| #96161 | Review and revise memo drafted by JH regarding application of automatic stay to supersedeas bonds of debtor | | | | |
| 3/17/05 | jgoldstein / OC/TC strategy<br>Automatic Stay Issues | T | 0.7<br>255.00 | | 178.50<br>Billable |
| #96165 | Office conferences (x3) with JH regarding strategy for drafting of automatic stay/injunction brief and preparation for 3/18 conference call (.5); office conference with HM regarding same (.2) | | | | |
| 3/17/05 | jhook / OC/TC strategy<br>Automatic Stay Issues | T | 0.8<br>210.00 | | 168.00<br>Billable |
| #96178 | O/cs with JG re: research concerning applicability/scope of automatic stay and 105 injunction in Florida and 2nd Circuit with respect to supersedeas bonds and actions commenced against Debtor and non-debtor individuals (.5) and o/cs with HPM re; same (.3). | | | | |
| 3/17/05 | jhook / Research<br>Automatic Stay Issues | T | 1.7<br>210.00 | | 357.00<br>Billable |
| #96179 | Follow-up research in preparation for drafting interoffice memorandums re: applicability/scope of automatic stay and 105 injunction in Florida and 2nd Circuit with respect to supersedeas bonds and actions commenced against Debtor and non-debtor individuals. | | | | |

# Togut, Segal & Segal LLP

Winn-Dixie
2/28/2005...4/13/2005

## Client Billing Report

*7/7/2005*
*3:00:17 PM*

········································· **Billable** ·································

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/17/05 | jhook / Inter Off Memo<br>Automatic Stay Issues | T | 1.4<br>210.00 | | 294.00<br>Billable |
| #96181 | Drafting and revising interoffice memorandums re: applicability/scope of automatic stay and 105 injunction in Florida and 2nd Circuit with respect to supersedeas bonds and actions commenced against Debtor and non-debtor individuals. | | | | |
| 3/17/05 | hmagaliff / OC/TC strategy<br>Automatic Stay Issues | T | 0.3<br>545.00 | | 163.50<br>Billable |
| #96186 | Confer with JH re basis for § 105 injunction for employee defendants and related stay issues; appeal bond as estate property for stay purposes, etc. | | | | |
| 3/17/05 | jhook / Inter Off Memo<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #96216 | Review correspondence sent by client in preparation for drafting interoffice memorandums re: applicability/scope of automatic stay and 105 injunction in Florida and 2nd Circuit with respect to supersedeas bonds and actions commenced against Debtor and non-debtor individuals. | | | | |
| 3/17/05 | hmagaliff / Review Docs.<br>Automatic Stay Issues | T | 0.2<br>545.00 | | 109.00<br>Billable |
| #96229 | Review outline of research memo re information needed for § 105 injunction and case standards. | | | | |
| 3/17/05 | hmagaliff / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>545.00 | | 109.00<br>Billable |
| #96230 | Confer with JG to discuss outline of information needed for § 105 injunction and case standards. | | | | |
| 3/17/05 | nberger / Research<br>Automatic Stay Issues | T | 0.4<br>635.00 | | 254.00<br>Billable |
| #96246 | Research to prop for client call re auto stay - 105 injunction. | | | | |
| 3/17/05 | nberger / Draft Documents<br>Automatic Stay Issues | T | 2.5<br>635.00 | | 1,587.50<br>Billable |
| #102181 | Work on automatic stay research memo re claims vs. affiliates. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

7/7/2005
3:00:17 PM

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/17/05 | atogut / Comm. Client Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108475 | Jay Castle advice re conference call | | | | |
| 3/17/05 | atogut / Research Automatic Stay Issues | T | 3.3 765.00 | | 2,524.50 Billable |
| #108477 | Review case law re stay issurance by bankruptcy Courts for 3rd parties | | | | |
| 3/18/05 | hmagaliff / Prep. Ct./Calls Automatic Stay Issues | T | 0.5 545.00 | | 272.50 Billable |
| #96251 | Review updated memo on § 105 injunction and standards for conference call with client; e-mail exchange NB; review memo on stay issues re supersedeas appeal bonds. | | | | |
| 3/18/05 | jgoldstein / Inter Off Memo Automatic Stay Issues | T | 0.3 255.00 | | 76.50 Billable |
| #96274 | E-mail correspondences with NB and AT regarding final preparations for 3/18 conference call with client | | | | |
| 3/18/05 | jgoldstein / Prepare Meeting Automatic Stay Issues | T | 0.4 255.00 | | 102.00 Billable |
| #96326 | Review correspondences, caselaw to prepare for conference call with R. Gray to discuss automatic stay/injunction brief | | | | |
| 3/18/05 | hmagaliff / Attend Meeting Automatic Stay Issues | T | 0.7 545.00 | | 381.50 Billable |
| #96338 | Team call with Jay Castle of W-D and R. Gray of Skadden to discuss stay and injunction issues re pending actions against debtor and co-defendants. | | | | |
| 3/18/05 | jgoldstein / Comm. Profes. Automatic Stay Issues | T | 0.7 255.00 | | 178.50 Billable |
| #96345 | Telephone conference with JH, HM, AT, NB, R. Gray and J. Castle regarding automatic stay/preliminary injunction issues | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/18/05 | jgoldstein / OC/TC strategy Automatic Stay Issues | T | 0.4 255.00 | | 102.00 Billable |
| #96346 | Office conference with JH regarding follow up to R. Gray conference call and strategy for research of assorted stay issues | | | | |
| 3/18/05 | hmagaliff / OC/TC strategy Automatic Stay Issues | T | 0.2 545.00 | | 109.00 Billable |
| #96351 | Confer with NB re preliminary injunction for personal injury cases, procedure and strategy. | | | | |
| 3/18/05 | jgoldstein / Draft Documents Automatic Stay Issues | T | 0.4 255.00 | | 102.00 Billable |
| #96373 | Draft memo summarizing 3/18 R. Gray call for AT | | | | |
| 3/18/05 | jgoldstein / Review Docs. Automatic Stay Issues | T | 0.4 255.00 | | 102.00 Billable |
| #96382 | Review spreadsheet of current actions to be stayed by injunction to prepare for 3/18 conference call with R. Gray | | | | |
| 3/18/05 | hmagaliff / Inter Off Memo Automatic Stay Issues | T | 0.2 545.00 | | 109.00 Billable |
| #96389 | Review JG/JH memo summarizing conference call with R. Gray, et al. - open issues, next steps, etc. | | | | |
| 3/18/05 | jgoldstein / OC/TC strategy Automatic Stay Issues | T | 0.6 255.00 | | 153.00 Billable |
| #96451 | Office conferences (x2) with RR regarding strategy for new 105/362 research for automatic stay brief | | | | |
| 3/18/05 | jgoldstein / Research Automatic Stay Issues | T | 0.9 255.00 | | 229.50 Billable |
| #96455 | Continue researching recent caselaw on Westlaw on sections 105(a)/362 of BK code for memo for AT on automatic stay/preliminary injunctive relief for drafting of brief on same | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/18/05 | jgoldstein / Draft Documents Automatic Stay Issues | T | 0.3 255.00 | | 76.50 Billable |
| #96848 | Revise JH memo summarizing 3/21 R. Gray call for AT | | | | |
| 3/18/05 | jhook / Inter Off Memo Automatic Stay Issues | T | 0.6 210.00 | | 126.00 Billable |
| #97017 | Draft interoffice memo re: issues raised during teleconference with JG, AT, NB, R. Gray, J. Castle and WD claims group regarding automatic stay/preliminary injunction issues. | | | | |
| 3/18/05 | rrandazzo / OC/TC strategy Automatic Stay Issues | T | 0.6 190.00 | | 114.00 Billable |
| #101226 | Multiple office conferences with JG to get background information on case and prepare for automatic stay research. | | | | |
| 3/18/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 0.4 190.00 | | 76.00 Billable |
| #101228 | Review docket for Furrs Supermarkets for briefs on automatic stay issues. | | | | |
| 3/18/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 0.7 190.00 | | 133.00 Billable |
| #101229 | Review notes from conference with JG, Drexel brief, and background correspondence to prepare for automatic stay research. | | | | |
| 3/18/05 | nberger / OC/TC strategy Automatic Stay Issues | T | 0.5 635.00 | | 317.50 Billable |
| #102235 | Memo's w/ AT, HM and JD re automatice stay research requested by client(.3);  Review JH memo re possible injunction re appeal bond (.2). | | | | |
| 3/18/05 | nberger / Attend Meeting Automatic Stay Issues | T | 1.6 635.00 | | 1,016.00 Billable |
| #102244 | Memo's w/ AT to prep for auto stay call w/ client (.2);  Attend call - stay strategy (.7);  Follow-up calls and e-mail w/ JG re research re same (.5);  O/c w/ HM re possible stay/injunctive relief (.2) | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

--------------------------------- **Billable** ---------------------------------

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/18/05 | jhook / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>210.00 | | 63.00<br>Billable |
| #102259 | E-mail  with NB, JG and AT regarding final preparations for 3/18 conference call with client including memos drafted re: 105 issues. | | | | |
| 3/18/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #102261 | Review spreadsheet of open actions against WD to be stayed by injunction to prepare for 3/18 conference call with R. Gray | | | | |
| 3/18/05 | jhook / OC/TC strategy<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #102262 | O/c with JG regarding follow up to R. Gray conference call and strategy for research  of assorted stay issues. | | | | |
| 3/18/05 | jhook / Comm. Profes.<br>Automatic Stay Issues | T | 0.7<br>210.00 | | 147.00<br>Billable |
| #102263 | T/c with JG, HM, AT, NB, R. Gray and J. Castle regarding automatic stay/preliminary injunction issues. | | | | |
| 3/18/05 | jhook / Prepare Meeting<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #102264 | Review background documents and caselaw to prepare for conference call with Skadden and WD  to discuss automatic stay/injunction brief | | | | |
| 3/18/05 | jhook / Inter Off Memo<br>Automatic Stay Issues | T | 0.6<br>210.00 | | 126.00<br>Billable |
| #102265 | Complete inter-office memo re: supersedeas bond case in context of extending stay to underlying action (.3) and revise memo drafted by JG re: general 105/362 issues (.3). | | | | |
| 3/18/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108465 | E-mail to Team re client conference call | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/18/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108468 | E-mail exchange JG re client conference call | | | | |
| 3/18/05 | atogut / Research<br>Automatic Stay Issues | T | 2.3<br>765.00 | | 1,759.50<br>Billable |
| #108470 | Review preliminary research re client conference call | | | | |
| 3/18/05 | atogut / Research<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108472 | Review JH memo re client conference call | | | | |
| 3/18/05 | atogut / Attend Meeting<br>Automatic Stay Issues | T | 0.7<br>765.00 | | 535.50<br>Billable |
| #108473 | Conference call with client re stay issues | | | | |
| 3/18/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108481 | Review JH summary of conference call with client | | | | |
| 3/18/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108483 | E-mail exchange NB re Jay Castle | | | | |
| 3/18/05 | atogut / Prepare Meeting<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108485 | Prepare for client conference call, review spreadsheet from Gray for same | | | | |
| 3/18/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108486 | E-mail exchange JH re research for same | | | | |
| 3/18/05 | atogut / Prep. Ct./Calls<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108488 | E-mail exchange HM for client call | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

## Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/19/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 1.1 190.00 | | 209.00 Billable |
| #96504 | Review Code, Rules, and annotations on injunctions, background memos, drexel burnham case, and briefs from other cases to prepare for additional review of research. | | | | |
| 3/19/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 1.8 190.00 | | 342.00 Billable |
| #96513 | Detailed review of case law on automatic stay and injunction for discussion of additional bases for injunction. | | | | |
| 3/19/05 | rrandazzo / Inter Off Memo Automatic Stay Issues | T | 1.7 190.00 | | 323.00 Billable |
| #96514 | Draft case summaries on cases discussing automatic stay and injunctions. | | | | |
| 3/19/05 | rrandazzo / Correspondence Automatic Stay Issues | T | 0.4 190.00 | | 76.00 Billable |
| #96515 | E-mail correspondence with JG regarding authomatic stay and injunction research issues. | | | | |
| 3/19/05 | jgoldstein / Research Automatic Stay Issues | T | 3.7 255.00 | | 943.50 Billable |
| #96550 | Review Westlaw for cases and briefs (and Shepardize same) in all circuits regarding necessity of injunction or automatic stay for promotion of out-of-court settlements and maintaining of resources of bankruptcy court in order to support stay/injunction of Winn Dixie for preparation of drafting of brief | | | | |
| 3/19/05 | jgoldstein / Review Docs. Automatic Stay Issues | T | 1.4 255.00 | | 357.00 Billable |
| #96551 | Read all cases and briefs found in all circuits regarding necessity of injunction or automatic stay for promotion of out-of-court settlements and maintaining of resources of bankruptcy court in order to support stay/injunction of Winn Dixie | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/19/05 | jgoldstein / Inter Off Memo Automatic Stay Issues | T | 0.7 255.00 | | 178.50 Billable |
| #96553 | E-mail correspondences with RR regarding status of research on public interest/promoting of out-of-court settlements for drafting of automatic stay/injunction brief (.4); e-mail correspondences with NB regarding same (.2); e-mail correspondences with JH regarding same (.1) | | | | |
| 3/20/05 | rrandazzo / Correspondence Automatic Stay Issues | T | 0.3 190.00 | | 57.00 Billable |
| #96516 | E-mail correspondence with JG regarding authomatic stay and injunction issues- additional research. | | | | |
| 3/20/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 0.6 190.00 | | 114.00 Billable |
| #96517 | Review Colliers on 105 and 362 for additional legal arguments for implication of AS on employee matters. | | | | |
| 3/20/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 0.3 190.00 | | 57.00 Billable |
| #96519 | Review additional brief and case law from JG on public interest in settlement and injunctions. | | | | |
| 3/20/05 | rrandazzo / Research Automatic Stay Issues | T | 1.8 190.00 | | 342.00 Billable |
| #96522 | Additional research on cases injunctions/stay of employee lawsuits- additional legal arguments and public interest in settlement. | | | | |
| 3/20/05 | jgoldstein / Research Automatic Stay Issues | T | 1.3 255.00 | | 331.50 Billable |
| #96554 | Continue to review Westlaw for additional cases and briefs (and Shepardize same) in all circuits regarding necessity of injunction or automatic stay for promotion of out-of-court settlements and maintaining of resources of bankruptcy court in order to support stay/injunction of Winn Dixie for preparation of drafting of brief | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

7/7/2005
3:00:17 PM

································· **Billable** ·································

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/20/05 | jgoldstein / Review Docs.<br>Automatic Stay Issues | T | 1.1<br>255.00 | | 280.50<br>Billable |
| #96556 | Read new cases and briefs found in all circuits regarding necessity of injunction or automatic stay for promotion of out-of-court settlements and maintaining of resources of bankruptcy court in order to support stay/injunction of Winn Dixie | | | | |
| 3/20/05 | jgoldstein / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #96557 | E-mail correspondences with RR regarding updated status of research on public interest/promoting of out-of-court settlements for drafting of automatic stay/injunction brief | | | | |
| 3/21/05 | rrandazzo / OC/TC strategy<br>Automatic Stay Issues | T | 0.1<br>190.00 | | 19.00<br>Billable |
| #96530 | Office conference with JG regarding research on automatic stay and injunctions. | | | | |
| 3/21/05 | rrandazzo / Review Docs.<br>Automatic Stay Issues | T | 0.3<br>190.00 | | 57.00<br>Billable |
| #96543 | Review additional research on automatic stay and injunction and interoffice memo to determine outstanding research issues. | | | | |
| 3/21/05 | jgoldstein / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #96564 | E-mail correspondences with RR regarding updated status of research on public interest/promoting of out-of-court settlements for drafting of automatic stay/injunction brief | | | | |
| 3/21/05 | jgoldstein / Comm. Profes.<br>Automatic Stay Issues | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #96569 | E-mail correspondences with AT, NB and R. Gray regarding 3/21 conference call and strategy for removal of certain actions and potentially requesting extension of time for same | | | | |
| 3/21/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.9<br>210.00 | | 189.00<br>Billable |
| #96592 | Review case law re: 105 injunctions to facilitate settlements by debtor (.6) and o/c with JG re: same (.3). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/21/05 | nberger / Research<br>Automatic Stay Issues | T | 0.8<br>635.00 | | 508.00<br>Billable |
| #96613 | Research - recent cases on injunctive - stay relief toprep for today's call w/ client. | | | | |
| 3/21/05 | jgoldstein / Comm. Profes.<br>Automatic Stay Issues | T | 0.7<br>255.00 | | 178.50<br>Billable |
| #96687 | Telephone conference with JH, AT, NB, R. Gray and J. Castle regarding automatic stay/preliminary injunction issues | | | | |
| 3/21/05 | jgoldstein / OC/TC strategy<br>Automatic Stay Issues | T | 0.5<br>255.00 | | 127.50<br>Billable |
| #96688 | Office conference with NB and JH regarding drafting of memorandum of law for injunction/stay motion and research still needed to be completed for same (.3); office conference with JH regarding same (.2) | | | | |
| 3/21/05 | nberger / Attend Meeting<br>Automatic Stay Issues | T | 1.0<br>635.00 | | 635.00<br>Billable |
| #96710 | Attend telecont. w/ client re pending litigation and need for stay/injunction (.7);  Follow-uo o/c w/ JH, JG and AT (.3). | | | | |
| 3/21/05 | jgoldstein / Draft Documents<br>Automatic Stay Issues | T | 0.5<br>255.00 | | 127.50<br>Billable |
| #96720 | Prepare memo for AT regarding assorted memoranda of law for review regarding injunction/stay issues and summarizing same | | | | |
| 3/21/05 | hmagaliff / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>545.00 | | 109.00<br>Billable |
| #96853 | Review memo re strategy call for global injunction/stay issues, and discuss with NB. | | | | |
| 3/21/05 | jgoldstein / Research<br>Automatic Stay Issues | T | 0.8<br>255.00 | | 204.00<br>Billable |
| #96945 | Research Westlaw for additional caselaw in all circuits on 362/105 public interest promotion of out of court settlements for automatic stay/injunction brief for NB | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/21/05 | jhook / Comm. Profes.<br>Automatic Stay Issues | T | 0.2<br>210.00 | | 42.00<br>Billable |
| #96995 | E-mails from AT, NB and R. Gray re: 3/21 conference call and strategy for removal of certain actions/staying open litigations. | | | | |
| 3/21/05 | jhook / Comm. Profes.<br>Automatic Stay Issues | T | 0.7<br>210.00 | | 147.00<br>Billable |
| #97000 | T/c with JG, AT, NB, R. Gray, J. Castle and WD claims group regarding automatic stay/preliminary injunction issues. | | | | |
| 3/21/05 | jhook / OC/TC strategy<br>Automatic Stay Issues | T | 0.5<br>210.00 | | 105.00<br>Billable |
| #97005 | O/c with NB and JG re: drafting of memo of law seeking 105 injunction/extension stay motion and further research re: same (.3) and o/c with JG regarding same (.2) | | | | |
| 3/21/05 | jhook / Inter Off Memo<br>Automatic Stay Issues | T | 0.5<br>210.00 | | 105.00<br>Billable |
| #97015 | Draft interoffice memo re: issues raised during teleconference with JG, AT, NB, R. Gray, J. Castle and WD claims group regarding automatic stay/preliminary injunction issues. | | | | |
| 3/21/05 | jhook / OC/TC strategy<br>Automatic Stay Issues | T | 0.8<br>210.00 | | 168.00<br>Billable |
| #97020 | Began reviewing memos of law drafting seeking extensions of automatic stay and 105 injunction for non-debtors in preparation for drafting of memo of law seeking 105 injunction/extension stay motion. | | | | |
| 3/21/05 | jhook / Draft Documents<br>Automatic Stay Issues | T | 1.6<br>210.00 | | 336.00<br>Billable |
| #97021 | Began drafting of memo of law seeking 105 injunction/extension stay motion. | | | | |
| 3/21/05 | rrandazzo / Correspondence<br>Automatic Stay Issues | T | 0.3<br>190.00 | | 57.00<br>Billable |
| #101285 | E-mail correspondence with JG regarding status of research on automatic stay. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/21/05 | rrandazzo / Review Docs. Automatic Stay Issues | T | 0.4 190.00 | | 76.00 Billable |
| #101286 | Review case summaries and briefs on automatic stay and prepare files for JG. | | | | |
| 3/21/05 | atogut / Review Docs. Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108489 | Review client spreadsheet re individual defendants | | | | |
| 3/21/05 | atogut / Review Docs. Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108490 | Review client policy on self-insurance | | | | |
| 3/21/05 | atogut / Review Docs. Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108491 | Review Bill Clineburg e-mail | | | | |
| 3/21/05 | atogut / Research Automatic Stay Issues | T | 2.3 765.00 | | 1,759.50 Billable |
| #108492 | Review additional case law re stay issues for client, insurance claims | | | | |
| 3/21/05 | atogut / Correspondence Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108493 | E-mail Bob Thornton re stay issues | | | | |
| 3/21/05 | atogut / Review Docs. Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108494 | Review JG client call summary notes | | | | |
| 3/21/05 | atogut / Comm. Client Automatic Stay Issues | T | 0.1 765.00 | | 76.50 Billable |
| #108497 | E-mail to Jay Castle re spreadsheets | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/21/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108498 | E-mail exchange Jay Castle re hearing cancellation | | | | |
| 3/21/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108499 | E-mail exchange Gray re client conference call | | | | |
| 3/21/05 | atogut / Attend Meeting<br>Automatic Stay Issues | T | 0.7<br>765.00 | | 535.50<br>Billable |
| #108501 | Attend client conference call | | | | |
| 3/21/05 | atogut / OC/TC strategy<br>Automatic Stay Issues | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108502 | Follow-up with team | | | | |
| 3/22/05 | jgoldstein / OC/TC strategy<br>Automatic Stay Issues | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #97102 | Office conferences (x2) with JH regarding strategy for drafting automatic stay/injunction brief | | | | |
| 3/22/05 | jgoldstein / Comm. Client<br>Automatic Stay Issues | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #97128 | Review e-mails (x2) from J. Castle regarding WD indemnification language provided to codefendants in actions and interrogatories and document requests in ERISA actions | | | | |
| 3/22/05 | jgoldstein / Review Docs.<br>Automatic Stay Issues | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #97144 | Review initial spreadhsheet from J. Castle listing co-defendant cases to be stayed | | | | |
| 3/22/05 | jhook / Research<br>Automatic Stay Issues | T | 2.2<br>210.00 | | 462.00<br>Billable |
| #97426 | Review research and related materials in preparation for drafting motion to extend automatic stay to non-debtors (1.9) and o/cs with JG re: same as the formulating of legal theories for same (.3). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/22/05 | jhook / Research<br>Automatic Stay Issues | T | 2.2<br>210.00 | | 462.00<br>Billable |
| #97427 | Continued drafting motion to extend automatic stay to non-debtors. | | | | |
| 3/22/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108503 | E-mail Castle re rescheduled conference call | | | | |
| 3/22/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108504 | E-mail Bob Thornton re rescheduled conference call | | | | |
| 3/22/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108506 | E-mail exchange NB re stay strategy | | | | |
| 3/22/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108507 | E-mail from Castle re Volpe involvement | | | | |
| 3/22/05 | nberger / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #121923 | Memo's w/ AT re stay enforcement strategy. | | | | |
| 3/23/05 | jhook / Draft Documents<br>Automatic Stay Issues | T | 1.6<br>210.00 | | 336.00<br>Billable |
| #97930 | Continued drafting memo of law in support of motion to extend stay to non-debtors by inserting case law and developing 362(3) section. | | | | |
| 3/23/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108510 | E-mail exchange Jay Castle re methodology for handing stay issues | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/23/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108511 | Review Gray e-mail re methodology for handing stay issues | | | | |
| 3/23/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108513 | Review Volpe letter | | | | |
| 3/23/05 | atogut / Correspondence<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108517 | Review fax from Gray re Judd action | | | | |
| 3/23/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.8<br>765.00 | | 612.00<br>Billable |
| #108519 | Review draft memo of law re stay issues | | | | |
| 3/24/05 | nberger / Inter Off Memo<br>Automatic Stay Issues | T | 0.7<br>635.00 | | 444.50<br>Billable |
| #97849 | Memo's w/ AT re motion for injuction (.4);  O/c's - instructions to JG and JH re same (.3). | | | | |
| 3/24/05 | jgoldstein / OC/TC strategy<br>Automatic Stay Issues | T | 0.8<br>255.00 | | 204.00<br>Billable |
| #97875 | Office conference with NB regarding strategy for drafting automatic stay/injunction brief (.1); office conferences (x3) with JH regarding same (.7) | | | | |
| 3/24/05 | nberger / Inter Off Memo<br>Automatic Stay Issues | T | 1.3<br>635.00 | | 825.50<br>Billable |
| #98191 | Memo's w/ AT - strategy re enforcement of stay as to certain pre-petition litigations (.4);  O/c's w/ JH and JG re preparation of stay motion papers (.3);  Draft and revise memo for client re  same (.5);  e-mail to forward same to AT (.2). | | | | |