# Togut, Segal & Segal LLP
## Client Billing Report

*7/7/2005*
*3:00:17 PM*

Winn-Dixie
2/28/2005...4/13/2005

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/24/05 | nberger / Draft Documents<br>Automatic Stay Issues | T | 0.9<br>635.00 | | 571.50<br>Billable |
| #98345 | Draft and revise template memo for debtor re direction of auo stay issues (.7); E-mail to forward same to AT (.2). | | | | |
| 3/24/05 | jgoldstein / Draft Documents<br>Automatic Stay Issues | T | 4.7<br>255.00 | | 1,198.50<br>Billable |
| #98451 | Draft initial draft of motion for automatic stay/preliminary injunction | | | | |
| 3/24/05 | jgoldstein / Revise Docs.<br>Automatic Stay Issues | T | 2.2<br>255.00 | | 561.00<br>Billable |
| #98459 | Revise complaint in adversary proceeding seeking automatic stay/preliminary injunction to incorporate elements of motion for same | | | | |
| 3/24/05 | jgoldstein / Inter Off Memo<br>Automatic Stay Issues | T | 0.5<br>255.00 | | 127.50<br>Billable |
| #98462 | E-mail correspondences with NB, JH and AT regarding strategy for drafting and revisions to motion/complaint/memorandum of law for injunction and motion filed to pay prepetition auto claims of Debtors (.3); e-mail correspondences with NB and AT regarding motion to vacate stay in Judd v. Winn Dixie action (.2). | | | | |
| 3/24/05 | jhook / Correspondence<br>Automatic Stay Issues | T | 0.2<br>210.00 | | 42.00<br>Billable |
| #98786 | E-mails from AT and NB re: strategy and going forward in dealing with automatic stay issues including draft motion/complaint and memo of law addressing same. | | | | |
| 3/24/05 | jhook / Correspondence<br>Automatic Stay Issues | T | 1.2<br>210.00 | | 252.00<br>Billable |
| #98788 | O/cs with NB re: strategy and going forward in dealing with automatic stay issues including draft motion/complaint and memo of law addressing same (.5) and o/cs with JG re: same (.7). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/24/05 | jhook / Review Docs. Automatic Stay Issues | T | 0.6 210.00 | | 126.00 Billable |
| #98790 | Review motion by debtors to pay pre petition auto liability claims (.3) and exchanged e-mails, with summary of same with AT, NB and JG re: same (.3). | | | | |
| 3/24/05 | jhook / Review Docs. Automatic Stay Issues | T | 0.3 210.00 | | 63.00 Billable |
| #98791 | O/cs with NB re: motion by debtors to pay pre petition auto liability claims and possible effect on draft blanket automatic stay motion drafted to extend automatic stay/105 injunction. | | | | |
| 3/24/05 | jhook / Correspondence Automatic Stay Issues | T | 0.4 210.00 | | 84.00 Billable |
| #98795 | Exchanged e-mails with JG re:  automatic stay issues and revising draft motion/complaint and memo of law addressing same. | | | | |
| 3/24/05 | jhook / Draft Documents Automatic Stay Issues | T | 1.9 210.00 | | 399.00 Billable |
| #98810 | Continued drafting memo of law requesting extension of automatic stay and issuing of 105 injunction (1.8). and e-mail to AT and NB for review (.1). | | | | |
| 3/24/05 | jhook / Draft Documents Automatic Stay Issues | T | 2.1 210.00 | | 441.00 Billable |
| #98927 | Drafted complaint requesting extension of automatic stay and issuing of 105 injunction. | | | | |
| 3/24/05 | atogut / Inter Off Memo Automatic Stay Issues | T | 0.3 765.00 | | 229.50 Billable |
| #108520 | E-mail exchange NB re status of stay issues | | | | |
| 3/24/05 | atogut / Inter Off Memo Automatic Stay Issues | T | 0.2 765.00 | | 153.00 Billable |
| #108521 | E-mail exchange JH re status of stay issues | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/24/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108522 | Review auto liability motion | | | | |
| 3/24/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108523 | E-mail exchange NB re auto liability motion | | | | |
| 3/24/05 | atogut / Revise Docs.<br>Automatic Stay Issues | T | 1.2<br>765.00 | | 918.00<br>Billable |
| #108524 | Review and revise draft complaint | | | | |
| 3/24/05 | nberger / Inter Off Memo<br>Automatic Stay Issues | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #121924 | Follow-up e-mails w/ AT re stay strategy. | | | | |
| 3/25/05 | nberger / Comm. Profes.<br>Automatic Stay Issues | T | 0.4<br>635.00 | | 254.00<br>Billable |
| #98485 | T/c w/ R. Gray re automatic stay issues  and strategy (.2);  T/c w/ AT re same (.2). | | | | |
| 3/25/05 | rrandazzo / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>190.00 | | 38.00<br>Billable |
| #98503 | Office conference with JG to discuss content of motion for Co-defendant actions. | | | | |
| 3/25/05 | jgoldstein / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #98506 | Office conference with RR regarding revisions to motion for automatic stay/injunction | | | | |
| 3/25/05 | jgoldstein / OC/TC strategy<br>Automatic Stay Issues | T | 1.1<br>255.00 | | 280.50<br>Billable |
| #98507 | Revise motion for automatic stay/injunction as per RR and JH comments | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/25/05 | jgoldstein / Review Docs.<br>Automatic Stay Issues | T | 0.4<br>255.00 | | 102.00<br>Billable |
| #98604 | Review motion of Latasha Sanders (and complaint) to vacate stay to proceed with P.I. action | | | | |
| 3/25/05 | jgoldstein / Inter Off Memo<br>Automatic Stay Issues | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #98605 | E-mail to NB and AT regarding summary of motion of Latasha Sanders (and complaint) to vacate stay to proceed with P.I. action | | | | |
| 3/25/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.6<br>210.00 | | 126.00<br>Billable |
| #98931 | Review motion to be filed with Memo of Law and Complaint re: extending automatic stay and issuing 105 injunction. | | | | |
| 3/25/05 | rrandazzo / Review Docs.<br>Automatic Stay Issues | T | 0.3<br>190.00 | | 57.00<br>Billable |
| #101239 | Review and edit JG automatic stay motion. | | | | |
| 3/25/05 | atogut / OC/TC strategy<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108525 | TC NB re status of work on stay issues | | | | |
| 3/25/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108526 | Review Sanders lift stay motion and complaint | | | | |
| 3/25/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108527 | Review draft stay motion from JG | | | | |
| 3/26/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #98936 | Review motion/complaint for relief of automatic stay filed by L. Sanders (.3) and e-mail from JG re: same (.1). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*7/7/2005*
*3:00:17 PM*

Winn-Dixie
2/28/2005...4/13/2005

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/29/05 | nberger / Correspondence<br>Automatic Stay Issues | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #99050 | E-mail w/ AT re R. Gray inquiries re slip and fall claims. | | | | |
| 3/29/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.3<br>210.00 | | 63.00<br>Billable |
| #99688 | Review Joinder to Motion to transfer venue filed by Riverdale Farms (.2) and e-mail to AT, NB and JG re: same (.1). | | | | |
| 3/30/05 | nberger / OC/TC strategy<br>Automatic Stay Issues | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #121925 | O/c and e-mail w/ AT re stay open issues. | | | | |
| 4/7/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #102388 | Review joinder to transfer venue motion filed by the utilities (.2) and e-mail to AT, NB and JG with summary (.2). | | | | |
| 4/7/05 | jhook / Review Docs.<br>Automatic Stay Issues | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #102395 | Review objection to L. Sanders motion to lift stay (.2) and e-mail to AT, NB and JG with summary (.2). | | | | |
| 4/7/05 | atogut / Review Docs.<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #116781 | Review objection to Sanders lift stay motion | | | | |
| 4/7/05 | atogut / Inter Off Memo<br>Automatic Stay Issues | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #116783 | E-mail exchange JH re objection to Sanders lift stay motion | | | | |
| 4/8/05 | jgoldstein / Review Docs.<br>Automatic Stay Issues | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #102597 | Review response to L. Sanders motion to lift stay | | | | |

Matter Total:     121.00       47,246.50

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

7/7/2005
3:00:17 PM

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| **Matter:  Case Status/Strategy** | | | | | |
| 2/28/05 | jgoldstein / Research Case Status/Strategy | T | 0.9 255.00 | | 229.50 Billable |
| #91071 | Review Internet and Lexis-Nexis for articles on Winn Dixie and Chapter 11 filing for AT | | | | |
| 2/28/05 | atogut / Review Docs. Case Status/Strategy | T | 1.3 765.00 | | 994.50 Billable |
| #99243 | Review research, pleadings to prep for Larry Appel meeting | | | | |
| 2/28/05 | atogut / Attend Meeting Case Status/Strategy | T | 2.0 765.00 | | 1,530.00 Billable |
| #99244 | Attend meeting at Skadden with Appel and Gray | | | | |
| 3/1/05 | atogut / Review Docs. Case Status/Strategy | T | 2.6 765.00 | | 1,989.00 Billable |
| #99242 | Review background material, etc. following Appel meeting and internet research for same | | | | |
| 3/1/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108364 | E-mail exchange NB re status of case | | | | |
| 3/2/05 | atogut / Prepare Meeting Case Status/Strategy | T | 2.7 765.00 | | 2,065.50 Billable |
| #108369 | Pleadings review to prepare for Jan Baker meeting | | | | |
| 3/2/05 | atogut / Correspondence Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108371 | E-mail exchange Jan Baker re lunch meeting | | | | |
| 3/2/05 | atogut / Correspondence Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108372 | E-mail to Rose Gray | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

7/7/2005
3:00:17 PM

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/2/05 | atogut / Correspondence Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108373 | Follow-up e-mail to Baker | | | | |
| 3/3/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.3 765.00 | | 229.50 Billable |
| #108375 | Review RR changes to retention pleadings | | | | |
| 3/3/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108376 | E-mail exchange BM re notice of hearing | | | | |
| 3/3/05 | atogut / Comm. Profes. Case Status/Strategy | T | 2.0 765.00 | | 1,530.00 Billable |
| #108380 | Conference with Jan Baker re background of case, conflicts work | | | | |
| 3/9/05 | atogut / Correspondence Case Status/Strategy | T | 0.3 765.00 | | 229.50 Billable |
| #108389 | E-mail exchange Jan Baker re scope of description of duties in retention application (2x) | | | | |
| 3/11/05 | atogut / Comm. Client Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108406 | E-mail to Larry Appel re 1st day hearing | | | | |
| 3/15/05 | hmagaliff / OC/TC strategy Case Status/Strategy | T | 0.8 545.00 | | 436.00 Billable |
| #95499 | Team meeting to discuss case status and strategy. | | | | |
| 3/15/05 | jgoldstein / Attend Meeting Case Status/Strategy | T | 0.8 255.00 | | 204.00 Billable |
| #95502 | Team meeting with HM, NB, JH, BM and AT to discuss case status and strategy | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

7/7/2005
3:00:17 PM

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/15/05 | jhook / Attend Meeting Case Status/Strategy | T | 0.8 210.00 | | 168.00 Billable |
| #95526 | Attend meeting with AT, NB, HPM, JG and BM re: status/strategy with respect to matters to be handled by TS&S. | | | | |
| 3/15/05 | nberger / OC/TC strategy Case Status/Strategy | T | 0.8 635.00 | | 508.00 Billable |
| #95583 | O/c w/ AT, HM. JH, JG and BM - case status and strategy - auto stay issues, ect. | | | | |
| 3/15/05 | bmcdonough / OC/TC strategy Case Status/Strategy | T | 0.8 135.00 | | 108.00 Billable |
| #96992 | Office conference with JG, NB, JH, HM and AT regarding case status and strategy to prepare research relating to the Automatic Stay as well as various issues regarding conflicts to the general counsel. | | | | |
| 3/15/05 | atogut / Prepare Meeting Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108421 | E-mail to Team re meeting | | | | |
| 3/16/05 | jgoldstein / Comm. Profes. Case Status/Strategy | T | 0.2 255.00 | | 51.00 Billable |
| #95835 | Review e-mail correspondences between AT and R. Gray regarding 3/17 conference call to discuss case strategy | | | | |
| 3/16/05 | jgoldstein / OC/TC strategy Case Status/Strategy | T | 0.2 255.00 | | 51.00 Billable |
| #95947 | Office conference with JH regarding strategy for drafting of automatic stay/injunction brief | | | | |
| 3/16/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108458 | E-mail exchange BM re change of venue motion | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/18/05 | dcahir / Prep Filing/Svc<br>Case Status/Strategy | T | 0.2<br>125.00 | | 25.00<br>Billable |
| #96500 | Set up multiple associates for ECF notification of documents filed in Winn-Dixie case. | | | | |
| 3/18/05 | nberger / Correspondence<br>Case Status/Strategy | T | 0.5<br>635.00 | | 317.50<br>Billable |
| #96862 | E-mail w/ R. Gray re TS&S contact information and revise chart(.3); Memo's w/ DP re venue motion (.2). | | | | |
| 3/18/05 | dperson / OC/TC strategy<br>Case Status/Strategy | T | 0.2<br>190.00 | | 38.00<br>Billable |
| #100969 | Communications with NB re: Transfer of Venue Motion and related filings | | | | |
| 3/18/05 | dperson / Exam Court File<br>Case Status/Strategy | T | 0.4<br>190.00 | | 76.00<br>Billable |
| #100970 | Review case docket re: Transfer of Venue Motion and related filings for review | | | | |
| 3/18/05 | nberger / Review Docs.<br>Case Status/Strategy | T | 0.8<br>635.00 | | 508.00<br>Billable |
| #102250 | Review venue motion (.6); Memo's w/ AT re same (.2). | | | | |
| 3/18/05 | nberger / Correspondence<br>Case Status/Strategy | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #102256 | E-mail TS&S contact information to R. Gray. | | | | |
| 3/18/05 | atogut / Review Docs.<br>Case Status/Strategy | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108461 | Review press reports re venue motion | | | | |
| 3/18/05 | atogut / Inter Off Memo<br>Case Status/Strategy | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108480 | E-mail exchange NB re contact list | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/18/05 | atogut / Inter Off Memo<br>Case Status/Strategy | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108487 | E-mail exchange NB re venue motion | | | | |
| 3/18/05 | nberger / Inter Off Memo<br>Case Status/Strategy | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #121805 | Memo's w/AT re venue motion - possible effect upon stay issues. | | | | |
| 3/21/05 | nberger / Correspondence<br>Case Status/Strategy | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #96587 | Review and respond to L. Bonachea e-mail re contact list. | | | | |
| 3/21/05 | atogut / Inter Off Memo<br>Case Status/Strategy | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108495 | E-mail exchange NB re venue motion | | | | |
| 3/21/05 | atogut / Review Docs.<br>Case Status/Strategy | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108500 | Review working group list | | | | |
| 3/22/05 | jgoldstein / Inter Off Memo<br>Case Status/Strategy | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #97333 | E-mail correspondences with JH regarding settled DIP order and carve out for professionals | | | | |
| 3/23/05 | jgoldstein / Review Docs.<br>Case Status/Strategy | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #97410 | Review DIP financing article on WD sent by AT | | | | |
| 3/23/05 | jgoldstein / Inter Off Memo<br>Case Status/Strategy | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #97412 | E-mail correspondences with JH regarding venue transfer motion and assorted retention applications | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/23/05 | jgoldstein / Review Docs. Case Status/Strategy | T | 0.4 255.00 | | 102.00 Billable |
| #97548 | Review assorted pleadings/orders filed with Court | | | | |
| 3/23/05 | jhook / Review Docs. Case Status/Strategy | T | 0.2 210.00 | | 42.00 Billable |
| #97909 | Review retention of Milbank as committee counsel (.1) and forward to AT, NB, JG and HPM (.1). | | | | |
| 3/23/05 | atogut / Correspondence Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108508 | E-mail to Baker with new report on venue motion | | | | |
| 3/23/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108509 | Review Decatur daily report | | | | |
| 3/23/05 | atogut / Correspondence Case Status/Strategy | T | 0.3 765.00 | | 229.50 Billable |
| #108518 | E-mail exchange Baker re venue strategy | | | | |
| 3/27/05 | atogut / Correspondence Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108528 | E-mail to Baker for TC | | | | |
| 3/29/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108534 | Review Riverdale joinder to venue motion | | | | |
| 3/29/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108535 | E-mail exchange Hook re Riverdale joinder to venue motion | | | | |
| 3/29/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108536 | E-mail exchange BM re Riverdale joinder to venue motion | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/29/05 | atogut / Correspondence Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108537 | E-mail exchange Baker re follow-up call | | | | |
| 3/29/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108539 | Review 3/30 hearing agenda | | | | |
| 3/29/05 | atogut / OC/TC strategy Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108541 | OC NB re case status | | | | |
| 3/29/05 | atogut / Prep. Hearing Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108542 | OC NB re prep for 3/30 hearing | | | | |
| 3/30/05 | nberger / OC/TC strategy Case Status/Strategy | T | 0.6 635.00 | | 381.00 Billable |
| #99648 | O/c w/ AT re hearing today - retention and venue (.3);  Review WD response to venue motion (.2);  O/c w/ JH re same (.1). | | | | |
| 3/30/05 | atogut / Correspondence Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108551 | E-mail to Gray re venue response | | | | |
| 3/30/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108552 | Review venue response | | | | |
| 3/30/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108553 | E-mail exchange NB re venue response | | | | |
| 3/31/05 | dperson / Review Docs. Case Status/Strategy | T | 0.4 190.00 | | 76.00 Billable |
| #101958 | Reviewed motion re: Change of Venue and articles regarding same | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/31/05 | atogut / Correspondence Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108556 | E-mail exchange Baker re venue motion | | | | |
| 3/31/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.3 765.00 | | 229.50 Billable |
| #108557 | E-mail to Team re fallacy of WSJ report and review same | | | | |
| 3/31/05 | atogut / Correspondence Case Status/Strategy | T | 0.7 765.00 | | 535.50 Billable |
| #108558 | Long e-mail to Baker re venue issues | | | | |
| 3/31/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #108559 | E-mail to BM re pleadings on venue motion | | | | |
| 3/31/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #108561 | Review Gray e-mail re entered retention order | | | | |
| 4/4/05 | jhook / Correspondence Case Status/Strategy | T | 0.3 210.00 | | 63.00 Billable |
| #108616 | Exchanged e-mails with AT, NB and JG re: joinders filed to join Buffalo Rock's motion to transfer venue. | | | | |
| 4/4/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #116765 | E-mail exchange BM re joinder to venue motion | | | | |
| 4/4/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #116766 | Review Ernst Properties joinder | | | | |
| 4/4/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #116769 | Review LA landlord joinder | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 4/4/05 | atogut / Inter Off Memo<br>Case Status/Strategy | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #116770 | E-mail exchange JH re LA landlord joinder | | | | |
| 4/5/05 | nberger / Review Docs.<br>Case Status/Strategy | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #101567 | Review landlords' objection to venue motion. | | | | |
| 4/5/05 | jhook / Review Docs.<br>Case Status/Strategy | T | 2.1<br>210.00 | | 441.00<br>Billable |
| #101577 | Review Objections filed by numerous creditors including Committee to Motion to Transfer Venue (1.1) and e-mail summaries to NB, JG and AT re: same (.4); o/cs with AT and NB re: same (.4); research re: same (.2) | | | | |
| 4/5/05 | nberger / Review Docs.<br>Case Status/Strategy | T | 0.8<br>635.00 | | 508.00<br>Billable |
| #101589 | Review Committee objection to venue motion (.5); and Joinder by trade vendors (.3). | | | | |
| 4/5/05 | atogut / Review Docs.<br>Case Status/Strategy | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #116773 | Review vendors' opposition to change of venue motion | | | | |
| 4/5/05 | atogut / Comm. Profes.<br>Case Status/Strategy | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #116774 | E-mail exchange Jan Baker re vendors' opposition to change of venue motion | | | | |
| 4/5/05 | atogut / Review Docs.<br>Case Status/Strategy | T | 0.6<br>765.00 | | 459.00<br>Billable |
| #116775 | Review CC opposition papers | | | | |
| 4/5/05 | atogut / OC/TC strategy<br>Case Status/Strategy | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #116806 | OC JH re venue motion | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 4/6/05 | jhook / Review Docs. Case Status/Strategy | T | 0.4 210.00 | | 84.00 Billable |
| #102022 | Review motion to join Creditor Committees objection to motion to transfer venue (.3) and e-mail to NB, JG and AT re: same (.1). | | | | |
| 4/6/05 | atogut / Review Docs. Case Status/Strategy | T | 0.3 765.00 | | 229.50 Billable |
| #116776 | Review additional venue motion objections | | | | |
| 4/6/05 | atogut / Review Docs. Case Status/Strategy | T | 0.4 765.00 | | 306.00 Billable |
| #116777 | Review joinders to opposition to venue motion | | | | |
| 4/7/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #116779 | Review utility company's joinder venue mtion | | | | |
| 4/7/05 | atogut / Comm. Profes. Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #116780 | TC Kaylyn Marafioti re venue motion status | | | | |
| 4/7/05 | atogut / Review Docs. Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #116784 | Review joinders to Buffalo Rock motion | | | | |
| 4/8/05 | atogut / Review Docs. Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #116785 | Review Dairy joinder | | | | |
| 4/8/05 | atogut / Inter Off Memo Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #116787 | E-mail exchange BM re Dairy joinder | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*7/7/2005*
*3:00:17 PM*

Winn-Dixie
2/28/2005...4/13/2005

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 4/11/05 | jhook / Review Docs. Case Status/Strategy | T | 0.6 210.00 | | 126.00 Billable |
| #102846 | Review reply of Buffalo Rock to objections filed by Creditors' Committee and other creditors to Motion to Transfer Venue and joinders filed to same (.4) and e-mail with summaries to AT, NB, JG and FAO re: same (.2). | | | | |
| 4/11/05 | atogut / Comm. US Tee Case Status/Strategy | T | 0.3 765.00 | | 229.50 Billable |
| #116788 | Extended telephone conference Martini re venue motion | | | | |
| 4/11/05 | atogut / Comm. US Tee Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #116790 | Conference call Martini and Baker re venue motion | | | | |
| 4/11/05 | atogut / OC/TC strategy Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #116792 | OC NB re venue motion | | | | |
| 4/11/05 | atogut / OC/TC strategy Case Status/Strategy | T | 0.2 765.00 | | 153.00 Billable |
| #116794 | E-mail exchange NB re 4/12 hearing | | | | |
| 4/11/05 | atogut / Review Docs. Case Status/Strategy | T | 0.6 765.00 | | 459.00 Billable |
| #116795 | Review Buffalo Rock response agenda for 4/12 hearing | | | | |
| 4/11/05 | atogut / Correspondence Case Status/Strategy | T | 0.1 765.00 | | 76.50 Billable |
| #116797 | E-mail to Baker re Buffalo Rock response agenda for 4/12 hearing | | | | |
| 4/12/05 | atogut / Attend Hearing Case Status/Strategy | T | 6.0 765.00 | | 4,590.00 Billable |
| #116798 | Travel to and attend venue motion argument with lunch meeting with Rich Miller | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 4/12/05 | atogut / OC/TC strategy<br>Case Status/Strategy | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #116800 | TC NB re venue motion argument | | | | |
| 4/12/05 | atogut / Inter Off Memo<br>Case Status/Strategy | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #116801 | E-mail to Team re outcome of venue motion hearing | | | | |
| 4/12/05 | atogut / Correspondence<br>Case Status/Strategy | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #116802 | E-mail exchange Baker re outcome of venue motion hearing | | | | |
| 4/13/05 | jhook / Attend Meeting<br>Case Status/Strategy | T | 0.8<br>210.00 | | 168.00<br>Billable |
| #104070 | Attend meeting with TS&S re: venue decision and implications of same. | | | | |
| 4/13/05 | atogut / Attend Meeting<br>Case Status/Strategy | T | 0.8<br>765.00 | | 612.00<br>Billable |
| #116804 | Team meeting to explain venue motion, outcome | | | | |
| | Matter Total: | | 44.80 | | 27,812.00 |

### Matter: Claims

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/25/05 | jgoldstein / Review Docs.<br>Claims | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #98574 | Review final reclamation claim order entered with Court | | | | |
| 3/29/05 | atogut / Comm. Profes.<br>Claims | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108543 | Extended telephone conference Jan Baker re venue motion, status | | | | |
| | Matter Total: | | 0.50 | | 280.50 |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| | **Matter:  Creditor Committee Matters** | | | | |
| 3/3/05 | atogut / Inter Off Memo Creditor Committee Matters | T | 0.2 765.00 | | 153.00 Billable |
| #108368 | E-mail exchange partners re Milbank | | | | |
| 3/3/05 | atogut / Inter Off Memo Creditor Committee Matters | T | 0.2 765.00 | | 153.00 Billable |
| #108374 | E-mail exchange FAO, SER re Dunne | | | | |
| | Matter Total: | | 0.40 | | 306.00 |
| | **Matter:  Employee Matters** | | | | |
| 3/15/05 | foswald / Comm. Profes. Employee Matters | T | 0.2 640.00 | | 128.00 Billable |
| #95877 | Email AT and others re possible need for 105 stay protection for employee/co-defendant. | | | | |
| 3/15/05 | foswald / OC/TC strategy Employee Matters | T | 0.2 640.00 | | 128.00 Billable |
| #95879 | Conference with JH re research concerning 105 injunctions for Debtor employees. | | | | |
| | Matter Total: | | 0.40 | | 256.00 |
| | **Matter:  Financial Issues (Non-Tax)** | | | | |
| 3/18/05 | atogut / Correspondence Financial Issues (Non-Tax) | T | 0.1 765.00 | | 76.50 Billable |
| #108462 | E-mail to Gray following successful DIP financing hearing | | | | |
| 3/18/05 | atogut / Correspondence Financial Issues (Non-Tax) | T | 0.1 765.00 | | 76.50 Billable |
| #108464 | E-mail to Keith Samber re hearing notes | | | | |
| 3/22/05 | jhook / Review Docs. Financial Issues (Non-Tax) | T | 0.7 210.00 | | 147.00 Billable |
| #97418 | Review settled order providing post-petition financing (.6) and e-mail summary to AT, NB, JG and HPM re: same (.1). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/22/05 | atogut / Inter Off Memo<br>Financial Issues (Non-Tax) | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108505 | E-mail Hook re DIP order | | | | |
| 3/23/05 | atogut / Inter Off Memo<br>Financial Issues (Non-Tax) | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108512 | E-mail exchange Hook re DIP financing order | | | | |
| | Matter Total: | | 1.10 | | 453.00 |

### Matter: First Day Orders

| | | | | | |
|---|---|---|---|---|---|
| 3/1/05 | rrandazzo / Research<br>First Day Orders | T | 0.2<br>190.00 | | 38.00<br>Billable |
| #91086 | Researched docket for notice procedures order and reclamation order. | | | | |
| 3/1/05 | rrandazzo / Review Docs.<br>First Day Orders | T | 0.3<br>190.00 | | 57.00<br>Billable |
| #91087 | Reviewed notice procedures order and reclamation order. | | | | |
| 3/15/05 | jgoldstein / Review Docs.<br>First Day Orders | T | 0.8<br>255.00 | | 204.00<br>Billable |
| #95596 | Review docket and assorted first day orders for status of case | | | | |
| 3/15/05 | atogut / Attend Hearing<br>First Day Orders | T | 2.4<br>765.00 | | 1,836.00<br>Billable |
| #108431 | Attend hearing on 1st day orders | | | | |
| | Matter Total: | | 3.70 | | 2,135.00 |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| | **Matter: General** | | | | |
| 3/18/05 | spasset / Research<br>General | T | 1.5<br>125.00 | | 187.50<br>Billable |
| #96452 | Located, printed and saved several "injction cases" from<br>Westlaw for review. | | | | |
| 3/18/05 | jgoldstein / Comm. Profes.<br>General | T | 0.1<br>255.00 | | 25.50<br>Billable |
| #96454 | Review e-mail from R. Gray regarding DIP hearing status | | | | |
| 3/21/05 | jgoldstein / Inter Off Memo<br>General | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #96895 | E-mail correspondences with AT and DC regarding electronic<br>notification of pleadings in case (.2); e-mail correspondences with<br>JH and BM regarding master service list in case (.1) | | | | |
| 3/21/05 | jhook / Inter Off Memo<br>General | T | 0.2<br>210.00 | | 42.00<br>Billable |
| #97013 | Exchanged e-mails with JG and BM re: master service list matrix. | | | | |
| 3/23/05 | jhook / Review Docs.<br>General | T | 0.7<br>210.00 | | 147.00<br>Billable |
| #97417 | Review motion to transfer venue and news articles re: same (.5)<br>and o/c with JG re: same (.2). | | | | |
| 3/23/05 | jhook / Review Docs.<br>General | T | 0.3<br>210.00 | | 63.00<br>Billable |
| #97904 | Review final post-petition financing order (.2) and e-mail to<br>summary to AT, NB, JG and HPM (.1). | | | | |
| 3/30/05 | jhook / Review Docs.<br>General | T | 0.3<br>210.00 | | 63.00<br>Billable |
| #99918 | Review Debtors' reply to motion to transfer venue (.2) and<br>forward to NB, AT and JG re: same (.1). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 3/31/05 | jgoldstein / Review Docs.<br>General | T | 0.3<br>255.00 | 76.50<br>Billable |
| #100024 | Review various newspaper articles on transfer of venue to Florida | | | |
| | Matter Total: | | 3.70 | 681.00 |

### Matter: Other Litigation

| | | | | |
|---|---|---|---|---|
| 3/10/05 | bmcdonough / Draft Documents<br>Other Litigation | T | 0.3<br>135.00 | 40.50<br>Billable |
| #95000 | Drafted Notice of Appearance and Request for Service of<br>Documents regarding AT and NB. | | | |
| 3/12/05 | bmcdonough / Research<br>Other Litigation | T | 0.2<br>135.00 | 27.00<br>Billable |
| #95036 | Researched docket for the application for retention and<br>employment of TSS, filed by Skadden. | | | |
| 3/13/05 | bmcdonough / Research<br>Other Litigation | T | 0.2<br>135.00 | 27.00<br>Billable |
| #95037 | Researched docket for the application for retention and<br>employment of TSS, filed by Skadden. | | | |
| 3/15/05 | bmcdonough / Gen. Litigation<br>Other Litigation | T | 0.3<br>135.00 | 40.50<br>Billable |
| #96984 | Prepared docket as of 3/15/05 for attorney review. | | | |
| 3/15/05 | bmcdonough / Review Docs.<br>Other Litigation | T | 0.6<br>135.00 | 81.00<br>Billable |
| #96985 | Reviewed pleadings regarding the Motion and Orders relating to<br>OCB Professionals and Interim Compensation. | | | |
| 3/16/05 | jgoldstein / Inter Off Memo<br>Other Litigation | T | 0.2<br>255.00 | 51.00<br>Billable |
| #95952 | E-mail correspondences with NB regarding memo on status of<br>drafting of automatic stay/injunction brief | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

7/7/2005
3:00:17 PM

Winn-Dixie
2/28/2005...4/13/2005

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/16/05 | bmcdonough / Gen. Litigation<br>Other Litigation | T | 0.4<br>135.00 | | 54.00<br>Billable |
| #96952 | Prepared for attorney review: (i) Motion to Transfer Venue, along with Exhibits A-H; and (ii) Notice of Motion. | | | | |
| 3/16/05 | nberger / OC/TC strategy<br>Other Litigation | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #121799 | O/c's w/ JH re stay issues - bond posted in litigation. | | | | |
| 3/16/05 | nberger / OC/TC strategy<br>Other Litigation | T | 0.1<br>635.00 | | 63.50<br>Billable |
| #121801 | O/c w/ AT re stay motion issues. | | | | |
| 3/18/05 | jgoldstein / OC/TC strategy<br>Other Litigation | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #96349 | E-mail correspondences and telephone conference with NB regarding motion to transfer venue in bankruptcy case | | | | |
| 3/21/05 | jgoldstein / Review Docs.<br>Other Litigation | T | 0.5<br>255.00 | | 127.50<br>Billable |
| #96891 | Review motion to transfer venue in case | | | | |
| 3/21/05 | nberger / Inter Off Memo<br>Other Litigation | T | 0.2<br>635.00 | | 127.00<br>Billable |
| #121806 | Memo's w/ AT re venue motion. | | | | |
| 3/24/05 | jgoldstein / Review Docs.<br>Other Litigation | T | 0.4<br>255.00 | | 102.00<br>Billable |
| #98461 | Review assorted pleadings/statements filed with Court | | | | |
| 3/28/05 | bmcdonough / Research<br>Other Litigation | T | 0.3<br>135.00 | | 40.50<br>Billable |
| #101361 | Researched docket for pleadings relating to Motion to Transfer filed by Buffalo Rock Company. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/29/05 | jgoldstein / Review Docs. Other Litigation | T | 0.4 255.00 | | 102.00 Billable |
| #99303 | Review motion of Riverdale Farms to join motion to transfer venue in Winn Dixie case | | | | |
| 3/29/05 | bmcdonough / Review Docs. Other Litigation | T | 0.6 135.00 | | 81.00 Billable |
| #101354 | Reviewed and prepared e-memo regarding the Joinder of Riverdale Farms, Inc. to Motion to Transfer Venue. | | | | |
| 3/30/05 | jgoldstein / Review Docs. Other Litigation | T | 0.3 255.00 | | 76.50 Billable |
| #99606 | Review Debtors response to motion to transfer venue and request for transfer order from Court | | | | |
| 3/30/05 | jgoldstein / Inter Off Memo Other Litigation | T | 0.2 255.00 | | 51.00 Billable |
| #99608 | E-mail correspondences with JH regarding filing of Debtors response to motion to transfer venue | | | | |
| 4/1/05 | bmcdonough / Review Docs. Other Litigation | T | 0.4 135.00 | | 54.00 Billable |
| #100851 | Reviewed and prepared e-memo regarding: (i) the Interim Order authorizing the employment and retention of Togut, Segal & Segal, LLP as conflicts counsel for the Debtors; and (ii) Debtors Response to the Motion to Transfer Venue. | | | | |
| 4/4/05 | jgoldstein / Inter Off Memo Other Litigation | T | 0.2 255.00 | | 51.00 Billable |
| #100956 | E-mail correspondences with AT and JH regarding status of additional filed joinders to motion to transfer venue | | | | |
| 4/4/05 | jgoldstein / Inter Off Memo Other Litigation | T | 0.5 255.00 | | 127.50 Billable |
| #101230 | Review additional joinders to motion to transfer venue | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*7/7/2005*
*3:00:17 PM*

Winn-Dixie
2/28/2005...4/13/2005

**Billable**

| Date / Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 4/4/05 | bmcdonough / Review Docs. Other Litigation | T | 0.7 135.00 | | 94.50 Billable |
| #103075 | Reviewed and prepared e-memo regarding:  (i) the Joinder of Creditors Richard J. Ehster and Bradley T. Keller to Join the Motion to Transfer Venue;  and (ii) the Joinder of Ernst Properties, Inc. to Motion to Transfer Venue. | | | | |
| 4/5/05 | jgoldstein / Inter Off Memo Other Litigation | T | 0.2 255.00 | | 51.00 Billable |
| #101608 | E-mail correspondences with AT and JH regarding assorted joinders/objections to motion to transfer venue | | | | |
| 4/6/05 | jgoldstein / Review Docs. Other Litigation | T | 0.8 255.00 | | 204.00 Billable |
| #101607 | Review assorted joinders to objection to motion to transfer venue | | | | |
| 4/6/05 | bmcdonough / Review Docs. Other Litigation | T | 0.7 135.00 | | 94.50 Billable |
| #103506 | Reviewed and prepared e-memo re: Joinders to the Objection filed by the Official Committee of Unsecured Creditors of Winn-Dixie by:  (i) Wilmington Trust Company, as Indenture Trustee;  (ii) Jamarco Realty, LLC;  and (iii) Edens & Avant, Weingarten Realty Investors, Palm Springs Mile Associates, Ltd., Villa Rica Retail Properties, L.L.C., ALG Limited Partnership and Curry Ford, LP. | | | | |
| 4/7/05 | jgoldstein / Review Docs. Other Litigation | T | 0.4 255.00 | | 102.00 Billable |
| #102298 | Review additional joinders to motion to transfer venue | | | | |
| 4/7/05 | bmcdonough / Review Docs. Other Litigation | T | 0.6 135.00 | | 81.00 Billable |
| #103520 | Reviewed and prepared e-memo regarding the Joinder Of Certain Utility Companies In Support Of Motion Of Buffalo Rock Company To Transfer Venue Of Debtors' Bankruptcy Cases To The United States Bankruptcy Court For The Middle District Of Florida. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 4/8/05 | jgoldstein / Review Docs.<br>Other Litigation | T | 0.4<br>255.00 | | 102.00<br>Billable |
| #102663 | Review joinders of Beaver Street Fisheries and Dairy Farmers of America to motion to transfer venue in case | | | | |
| 4/8/05 | jgoldstein / Inter Off Memo<br>Other Litigation | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #102664 | E-mail correspondences with JH regarding filing of joinders of Beaver Street Fisheries and Dairy Farmers of America to motion to transfer venue in case | | | | |
| 4/8/05 | bmcdonough / Review Docs.<br>Other Litigation | T | 0.3<br>135.00 | | 40.50<br>Billable |
| #104105 | Reviewed and prepared e-memo regarding the Joinder of Dairy Farmers of America, Inc. ("DFA") in Support of Motion to Transfer Venue. | | | | |
| 4/8/05 | jhook / Inter Off Memo<br>Other Litigation | T | 0.5<br>210.00 | | 105.00<br>Billable |
| #109143 | Exchanged e-mails with JG, NB and AT regarding filing of joinders of Beaver Street Fisheries and Dairy Farmers of America to motion to transfer venue in case (.2) and review pleadings re: same (.3). | | | | |
| 4/11/05 | jgoldstein / Review Docs.<br>Other Litigation | T | 0.4<br>255.00 | | 102.00<br>Billable |
| #102750 | Review Florida Power and Ja-Rue joinders to motion to transfer venue | | | | |
| 4/11/05 | bmcdonough / Review Docs.<br>Other Litigation | T | 0.7<br>135.00 | | 94.50<br>Billable |
| #104352 | Reviewed and prepared e-memo regarding:  (i) Joinder of Florida Power & Light to Motion to Transfer;  (ii) Buffalo Rock Company's Response to Motion to Transfer;  and (iii) the Agenda for the Hearing on 4/12/05. | | | | |
| 4/13/05 | jgoldstein / Review Docs.<br>Other Litigation | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #103733 | Review order granting motion for transfer of venue to Jacksonville | | | | |