# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| | Matter Total: | | 12.90 | | 2,701.00 |

#### Matter: Reclamation Claims

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/10/05 | spasset / OC/TC strategy <br> Reclamation Claims | T | 0.4 <br> 125.00 | | 50.00 <br> Billable |
| #90894 | OC w/ NB re: review of research material in regards to Winn-Dixie reclamation claims in 2nd cir. | | | | |
| 3/10/05 | spasset / Research <br> Reclamation Claims | T | 0.5 <br> 125.00 | | 62.50 <br> Billable |
| #90973 | Shepardized In re Arlco case in regards to Winn-Dixie reclamation claim | | | | |
| 3/10/05 | spasset / Research <br> Reclamation Claims | T | 0.5 <br> 125.00 | | 62.50 <br> Billable |
| #90975 | Reviewed Georgetown Steel case in regards to Winn-Dixie reclamation claim | | | | |
| | Matter Total: | | 1.40 | | 175.00 |

#### Matter: Retention of Professionals

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 2/28/05 | jgoldstein / Draft Documents <br> Retention of Professionals | T | 0.6 <br> 255.00 | | 153.00 <br> Billable |
| #91043 | Begin initial drafts of Winn-Dixie retention pleadings | | | | |
| 2/28/05 | rrandazzo / Draft Documents <br> Retention of Professionals | T | 0.7 <br> 190.00 | | 133.00 <br> Billable |
| #91088 | Draft nunc pro tunc retention papers. | | | | |
| 2/28/05 | rrandazzo / Review Docs. <br> Retention of Professionals | T | 1.4 <br> 190.00 | | 266.00 <br> Billable |
| #91089 | Review, edit, and revise retention papers, affidavit, and exhibits. | | | | |
| 2/28/05 | rrandazzo / Review Docs. <br> Retention of Professionals | T | 1.4 <br> 190.00 | | 266.00 <br> Billable |
| #91090 | Review petition, first day affidavit, and and additional background information on case to prepare retention papers. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 2/28/05 | rrandazzo / Draft Documents | T | 2.6 | | 494.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91091 | Prepare TS&S retention papers, Togut affidavit, and exhibits. | | | | |
| 2/28/05 | rrandazzo / Review Docs. | T | 0.4 | | 76.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91092 | Review list of interested parties and petition to prepare exhibit to Togut affidavit. | | | | |
| 2/28/05 | rrandazzo / OC/TC strategy | T | 0.2 | | 38.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91093 | Office conference with JG regarding preparation of retention papers. | | | | |
| 2/28/05 | rrandazzo / OC/TC strategy | T | 0.2 | | 38.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91156 | Office conference with NB regarding retention and case background. | | | | |
| 2/28/05 | rrandazzo / Review Docs. | T | 0.6 | | 114.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91157 | Review case background information. | | | | |
| 2/28/05 | rrandazzo / Review Docs. | T | 0.4 | | 76.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91165 | Review docket and Skadden retention papers with case background. | | | | |
| 2/28/05 | rrandazzo / Draft Documents | T | 0.4 | | 76.00 |
| | Retention of Professionals | | 190.00 | | Billable |
| #91167 | Begin preparation of retention papers. | | | | |
| 2/28/05 | jgoldstein / OC/TC strategy | T | 0.2 | | 51.00 |
| | Retention of Professionals | | 255.00 | | Billable |
| #91316 | Telephone conference with RR regarding revisions to Winn Dixie retention papers | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

## Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 2/28/05 | nberger / Revise Docs. Retention of Professionals | T | 0.8 635.00 | | 508.00 Billable |
| #93210 | Revise preliminary draft retention papers. | | | | |
| 3/1/05 | nberger / Inter Off Memo Retention of Professionals | T | 0.1 635.00 | | 63.50 Billable |
| #121792 | Memo's w/ AT re TS&S retention papers. | | | | |
| 3/1/05 | nberger / OC/TC strategy Retention of Professionals | T | 0.2 635.00 | | 127.00 Billable |
| #121793 | O/c's w/ RR re TS&S rentention papers. | | | | |
| 3/3/05 | nberger / OC/TC strategy Retention of Professionals | T | 0.3 635.00 | | 190.50 Billable |
| #93207 | O/c's w/ AT re TS&S enagagement - retention papers. | | | | |
| 3/3/05 | rrandazzo / OC/TC strategy Retention of Professionals | T | 0.2 190.00 | | 38.00 Billable |
| #93266 | Multiple office conferences with AT regarding preparation of TS&S retention papers. | | | | |
| 3/3/05 | rrandazzo / Revise Docs. Retention of Professionals | T | 0.6 190.00 | | 114.00 Billable |
| #93354 | Review and revise retention application and orders. | | | | |
| 3/3/05 | rrandazzo / Review Docs. Retention of Professionals | T | 0.2 190.00 | | 38.00 Billable |
| #93355 | Review e-mail correspondence regarding retention. | | | | |
| 3/3/05 | bmcdonough / Research Retention of Professionals | T | 0.2 135.00 | | 27.00 Billable |
| #93934 | Researched case for hearing on the application for the retention of Skadden as well as the objection date. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/3/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108365 | E-mail to Baker with retention papers | | | | |
| 3/3/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108366 | E-mail exchange RR re retention papers | | | | |
| 3/3/05 | atogut / Revise Docs.<br>Retention of Professionals | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108367 | Revise retention papers | | | | |
| 3/3/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108377 | E-mail exchange BM re Skadden retention pleadings | | | | |
| 3/3/05 | atogut / Review Docs.<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108378 | Review Skadden retention pleadings | | | | |
| 3/3/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108379 | E-mail exchange RR re Skadden retention pleadings | | | | |
| 3/3/05 | atogut / Draft Documents<br>Retention of Professionals | T | 1.2<br>765.00 | | 918.00<br>Billable |
| #108381 | Draft retention papers with RR, revise same | | | | |
| 3/3/05 | atogut / OC/TC strategy<br>Retention of Professionals | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108386 | OC NB re retention issues | | | | |
| 3/3/05 | nberger / OC/TC strategy<br>Retention of Professionals | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #121795 | O/c's w/ AT re retention papers. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*7/7/2005*
*3:00:17 PM*

Winn-Dixie
2/28/2005...4/13/2005

................................ **Billable** ................................

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/3/05 | nberger / Inter Off Memo<br>Retention of Professionals | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #121796 | O/c w/ RR re changes to TS&S retention papers (.2);  Memo's w/<br>AT re  same (.1). | | | | |
| 3/7/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108387 | E-mail to Jan Baker re finalizing retention pleadings (2x) | | | | |
| 3/9/05 | rrandazzo / Review Docs.<br>Retention of Professionals | T | 0.4<br>190.00 | | 76.00<br>Billable |
| #94264 | Review and finalize AT affidavit (.2);  OC with AT re same (.2) | | | | |
| 3/9/05 | nberger / Inter Off Memo<br>Retention of Professionals | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #94322 | Memo's w/ AT re scope of TS&S retention. | | | | |
| 3/9/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108390 | E-mail exchange NB re changes to retention pleadings | | | | |
| 3/9/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108392 | Long e-mail from Baker re retention issues | | | | |
| 3/9/05 | atogut / Review Docs.<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108393 | Review retention pleadings per Baker comments | | | | |
| 3/9/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108394 | E-mail exchange Baker re retention pleadings per Baker comments | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/9/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108395 | Transmittal letter to Sally Henry re retention pleadings per Baker comments | | | | |
| 3/10/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108396 | E-mail exchange BM re service issues | | | | |
| 3/11/05 | nberger / Comm. Profes.<br>Retention of Professionals | T | 0.4<br>635.00 | | 254.00<br>Billable |
| #94933 | T/c w/ and e-mail w/ R. Gray re TS&S retention papers (.2);<br>O/c's w/ RR and AT re same (.2). | | | | |
| 3/11/05 | rrandazzo / Review Docs.<br>Retention of Professionals | T | 0.3<br>190.00 | | 57.00<br>Billable |
| #95318 | Review docket report and application and proposed order filed with Court for TS&S Retention. | | | | |
| 3/11/05 | rrandazzo / OC/TC strategy<br>Retention of Professionals | T | 0.2<br>190.00 | | 38.00<br>Billable |
| #95335 | Multiple telephone conferences with AT regarding preparation of TSS retention papers and correspondence with Rosalie Gray at Skadden. | | | | |
| 3/11/05 | rrandazzo / Correspondence<br>Retention of Professionals | T | 0.4<br>190.00 | | 76.00<br>Billable |
| #101646 | E-mail correspondence with Roslaie Gray at Skadden regarding TSS retention papers. | | | | |
| 3/11/05 | rrandazzo / Correspondence<br>Retention of Professionals | T | 0.7<br>190.00 | | 133.00<br>Billable |
| #101647 | E-mail correspondence with AT regarding TSS retention papers. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/11/05 | rrandazzo / Comm. Profes. Retention of Professionals | T | 0.3 190.00 | | 57.00 Billable |
| #101648 | Call with NB and Rosalie Gray at Skadden regarding TSS retention (.1) and confer with NB regarding same (.2). | | | | |
| 3/11/05 | rrandazzo / Review Docs. Retention of Professionals | T | 0.4 190.00 | | 76.00 Billable |
| #101649 | Review TSS retention papers to prepare for sending to Skadden. | | | | |
| 3/11/05 | atogut / Correspondence Retention of Professionals | T | 0.4 765.00 | | 306.00 Billable |
| #108397 | E-mails to Rosalie Gray re retention issues, King & Spaulding (2x) | | | | |
| 3/11/05 | atogut / Correspondence Retention of Professionals | T | 0.5 765.00 | | 382.50 Billable |
| #108398 | E-mails exchange BM re filing of pleadings (3x) | | | | |
| 3/11/05 | atogut / Correspondence Retention of Professionals | T | 0.1 765.00 | | 76.50 Billable |
| #108399 | E-mail to Gray re completion of papers | | | | |
| 3/11/05 | atogut / Inter Off Memo Retention of Professionals | T | 0.4 765.00 | | 306.00 Billable |
| #108400 | E-mail exchange RR (2x) re completion of papers | | | | |
| 3/11/05 | atogut / Inter Off Memo Retention of Professionals | T | 0.4 765.00 | | 306.00 Billable |
| #108401 | E-mail exchange RR re effective date of order | | | | |
| 3/11/05 | atogut / Inter Off Memo Retention of Professionals | T | 0.1 765.00 | | 76.50 Billable |
| #108402 | E-mail to Rose Gray re effective date of order | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

**Billable**

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/11/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108404 | E-mail to NB re sending retention pleadings to Skadden | | | | |
| 3/11/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108408 | E-mails to RR re 1st day hearing | | | | |
| 3/11/05 | atogut / OC/TC strategy<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108411 | TC RR re TS&S retention papers | | | | |
| 3/11/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108412 | Voicemail Gray re TS&S retention papers | | | | |
| 3/12/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108410 | E-mail to BM re follow up on retention pleadings | | | | |
| 3/13/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108418 | E-mail exchange NB re retention application | | | | |
| 3/13/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108419 | E-mail to Gray re retention application | | | | |
| 3/14/05 | nberger / OC/TC strategy<br>Retention of Professionals | T | 0.1<br>635.00 | | 63.50<br>Billable |
| #95250 | O/c w/ AT re TS&S retention papers. | | | | |
| 3/14/05 | bmcdonough / Review Docs.<br>Retention of Professionals | T | 0.2<br>135.00 | | 27.00<br>Billable |
| #97686 | Reviewed and prepared e-memo regarding the Application to Employ and Retain TSS as Conflicts Counsel. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 3/14/05 | rrandazzo / Review Docs. Retention of Professionals | T | 0.1 190.00 | | 19.00 Billable |
| #101656 | Review final TSS retention papers filed with the court and e-mail from BM re: same. | | | | |
| 3/14/05 | atogut / Correspondence Retention of Professionals | T | 0.1 765.00 | | 76.50 Billable |
| #108415 | E-mail to Gray re retention papers | | | | |
| 3/14/05 | atogut / Inter Off Memo Retention of Professionals | T | 0.2 765.00 | | 153.00 Billable |
| #108417 | E-mail exchange BM re retention papers | | | | |
| 3/14/05 | atogut / Comm. Profes. Retention of Professionals | T | 0.1 765.00 | | 76.50 Billable |
| #108425 | TC Rosalie re retention papers | | | | |
| 3/14/05 | atogut / Review Docs. Retention of Professionals | T | 0.2 765.00 | | 153.00 Billable |
| #108428 | Review final papers filed | | | | |
| 3/14/05 | atogut / OC/TC strategy Retention of Professionals | T | 0.1 765.00 | | 76.50 Billable |
| #108430 | OC NB re final papers filed | | | | |
| 3/18/05 | atogut / Correspondence Retention of Professionals | T | 0.1 765.00 | | 76.50 Billable |
| #108482 | E-mail to Jan Baker re coordinating ordinary course professionals | | | | |
| 3/23/05 | jhook / Correspondence Retention of Professionals | T | 0.3 210.00 | | 63.00 Billable |
| #97419 | Review retention applications for KPMG and Pricewaterhouse (.2) and e-mail to AT, NB, JG and HPM re: same (.1). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

7/7/2005
3:00:17 PM

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/23/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108514 | E-mail exchange Baker re CC position on TSS retention order | | | | |
| 3/23/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108515 | E-mail exchange NB re CC position on TSS retention order | | | | |
| 3/23/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108516 | E-mail exchange Gray re CC position on TSS retention order | | | | |
| 3/28/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108529 | E-mail exchange NB re interim retention order | | | | |
| 3/28/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108530 | Review form of interim retention order from Gray | | | | |
| 3/28/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108531 | E-mail exchange BM re form of interim retention order from Gray | | | | |
| 3/28/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108532 | E-mail to Baker for strategy (.1);  OC with NB re same (.1) | | | | |
| 3/29/05 | nberger / OC/TC strategy<br>Retention of Professionals | T | 0.1<br>635.00 | | 63.50<br>Billable |
| #99051 | O/c w/ AT re TS&S interim retention order - status. | | | | |
| 3/29/05 | nberger / Prep. Hearing<br>Retention of Professionals | T | 0.7<br>635.00 | | 444.50<br>Billable |
| #99329 | O/c's w/ AT to prep for hearing tomoorw. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/29/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #108533 | E-mail exchange Gray re US Trustee comments to retention order | | | | |
| 3/29/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108538 | E-mail to Gray re retention order language | | | | |
| 3/29/05 | atogut / Comm. US Tee<br>Retention of Professionals | T | 0.6<br>765.00 | | 459.00<br>Billable |
| #108545 | TC Morrisy re venue motion, status and retention order | | | | |
| 3/29/05 | atogut / OC/TC strategy<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108546 | OCs FAO and SER re venue motion, status and retention order | | | | |
| 3/29/05 | atogut / OC/TC strategy<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108548 | OC BM and JH re venue motion, status and retention order | | | | |
| 3/30/05 | atogut / Attend Hearing<br>Retention of Professionals | T | 2.8<br>765.00 | | 2,142.00<br>Billable |
| #108549 | Attend hearing on entry of interim retention order | | | | |
| 3/30/05 | atogut / OC/TC strategy<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108550 | OC NB re hearing on venue issue | | | | |
| 3/31/05 | jgoldstein / Inter Off Memo<br>Retention of Professionals | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #100220 | E-mail correspondences with AT regarding copy of TSS interim<br>retention order for review | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 3/31/05 | jhook / Review Docs.<br>Retention of Professionals | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #101071 | Review interim retention orders for TS&S and Milbank (.2) and<br>e-mail to AT, JG, NB and HPM re: same (.2). | | | | |
| 3/31/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108554 | E-mail exchange JG re entered order | | | | |
| 3/31/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108562 | E-mail JH re entered retention order | | | | |
| 3/31/05 | atogut / Inter Off Memo<br>Retention of Professionals | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #108563 | E-mail exchange NB re entered retention order | | | | |
| 3/31/05 | atogut / Correspondence<br>Retention of Professionals | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #108564 | E-mail to Gray re entered retention order | | | | |
| | Matter Total: | | 31.90 | | 15,776.50 |

### Matter: Schedules

| | | T/E | Hours<br>Rate | | Amount<br>Status |
|---|---|---|---|---|---|
| 4/7/05 | jgoldstein / Review Docs.<br>Schedules | T | 0.4<br>255.00 | | 102.00<br>Billable |
| #102569 | Review schedules of assets and liabilities and SOFA filed with<br>Court | | | | |
| | Matter Total: | | 0.40 | | 102.00 |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|

### Matter: Automatic Stay Issues

| 3/16/05 | jgoldstein / Travel-ground Automatic Stay Issues | E | 0.0 9.00 | | 9.00 Billable |
| #98673 | Taxi for JG (attorney) from office to home after 8pm -- worked late re automatic stay issues. | | | | |
| 3/19/05 | jgoldstein / Travel-ground Automatic Stay Issues | E | 0.0 9.00 | | 9.00 Billable |
| #98676 | Taxi on Saturday, 3/19/05 from office to home re automatic stay issues. | | | | |

Matter Total:    0.00                    18.00

### Matter: General

| 3/1/05 | jgoldstein / Overnight Couri General | E | 0.0 12.69 | | 12.69 Billable |
| #94518 | Federal Express to Dawn Chamberlain of Town of Smyrna-Utilities. | | | | |
| 3/1/05 | atogut / Photocopies General | E | 0.0 271.00 | | 271.00 Billable |
| #103199 | TS&S Monthly Photocopies for March 2005. | | | | |
| 3/1/05 | atogut / Online Research General | E | 0.0 366.43 | | 366.43 Billable |
| #104623 | TS&S Monthly On-Line Research (Westlaw) for March 2005. | | | | |
| 3/9/05 | atogut / Messenger General | E | 0.0 10.40 | | 10.40 Billable |
| #102944 | Messenger to Skadden Arps, Attn: Sally Henry, Esq. -- letter with TS&S Affidavit in support of application to retain TS&S. | | | | |
| 4/1/05 | atogut / L.D. Phone General | E | 0.0 1.52 | | 1.52 Billable |
| #107097 | TS&S Monthly Long-Distance Telephone for April 2005. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
2/28/2005...4/13/2005

*7/7/2005*
*3:00:17 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 4/1/05 | atogut / Photocopies General | E | 0.0 76.80 | | 76.80 Billable |
| #107804 | TS&S Monthly Photocopies for April 2005. | | | | |

| | | | |
|---|---|---|---|
| Matter Total: | 0.00 | | 738.84 |
| Total Time Bill: | | | 97,924.50 |
| Total Time Non Bill: | | | |
| Total Costs Bill: | | | 756.84 |
| Total Costs Non Bill: | | | |
| Total Non Billable: | | | |
| Total Billable: | | | 98,681.34 |
| Grand Total: | | | 98,681.34 |

TIME RECORDS (JUNE 21,2005-JULY 11, 2005)

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
6/21/2005...7/11/2005

*7/12/2005*
*3:16:53 PM*

**Billable**

| ID | Name/Description | Slip Hours | Slip Amount |
|----|------------------|-----------:|------------:|
| | | 3.6 | 2,754.00 |
| atogut | Albert Togut | 1.3 | 247.00 |
| dperson | Dawn Person | 8.6 | 2,193.00 |
| jgoldstein | Jayme T. Goldstein | 0.5 | 105.00 |
| jhook | Jonathan Hook | 3.3 | 2,095.50 |
| nberger | Neil Berger | 2.3 | 287.50 |
| spasset | Scott Passet | | |
| | Grand Total: | 19.6 | 7,682.00 |

1

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
6/21/2005...7/11/2005

*7/12/2005*
*3:17:10 PM*

**Billable**

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| | Fee Application/Fee Statements | 19.6 | 7,682.00 |
| | Grand Total: | 19.6 | 7,682.00 |

1

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
6/21/2005...7/11/2005

*7/12/2005*
*3:16:37 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| | **Matter:  Fee Application/Fee Statements** | | | | |
| 6/21/05 | nberger / Draft Documents<br>Fee Application/Fee Statements | T | 0.8<br>635.00 | | 508.00<br>Billable |
| #121831 | Begin work on TS&S first interim fee application. | | | | |
| 6/21/05 | jgoldstein / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.1<br>255.00 | | 25.50<br>Billable |
| #122098 | E-mail correspondences with NB regarding status of filing of TS&S first fee application | | | | |
| 6/22/05 | nberger / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.1<br>635.00 | | 63.50<br>Billable |
| #122482 | Memo's w/ AT re interim fee application information. | | | | |
| 6/23/05 | jgoldstein / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.1<br>255.00 | | 25.50<br>Billable |
| #122475 | E-mail correspondences with NB and AT regarding status of filing of TS&S first fee application | | | | |
| 6/27/05 | jgoldstein / Draft Documents<br>Fee Application/Fee Statements | T | 1.1<br>255.00 | | 280.50<br>Billable |
| #123403 | Begin draft of TS&S fee statement | | | | |
| 6/27/05 | jgoldstein / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>255.00 | | 51.00<br>Billable |
| #123404 | E-mails (x4) to NB regarding strategy for drafting TS&S fee statement | | | | |
| 6/28/05 | nberger / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.1<br>635.00 | | 63.50<br>Billable |
| #123427 | Review and respond to JG memo questions re information for TS&S first fee application. | | | | |
| 6/28/05 | jgoldstein / Draft Documents<br>Fee Application/Fee Statements | T | 2.4<br>255.00 | | 612.00<br>Billable |
| #123669 | Continue draft of TS&S fee statement | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
6/21/2005...7/11/2005

*7/12/2005*
*3:16:37 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 6/28/05 | jgoldstein / Review Docs.<br>Fee Application/Fee Statements | T | 0.5<br>255.00 | | 127.50<br>Billable |
| #123670 | Review research on Fla. compensation standards for fees/expenses under section 330 of the Bankruptcy Code for drafting of TS&S fee statement | | | | |
| 6/28/05 | jgoldstein / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.4<br>255.00 | | 102.00<br>Billable |
| #123671 | Office conferences (x2) with SP regarding research on Westlaw for cases about compensation standards for fees/expenses under section 330 of the Bankruptcy Code for drafting of TS&S fee statement (.3); office conference with JH regarding drafting of section about research on supercedes bond (.1) | | | | |
| 6/28/05 | spasset / Research<br>Fee Application/Fee Statements | T | 0.6<br>125.00 | | 75.00<br>Billable |
| #123719 | Westlaw search for 11th Circuit cases discussing compensation for attorney to insert into TS&S Fee Application. | | | | |
| 6/28/05 | spasset / Review Docs.<br>Fee Application/Fee Statements | T | 0.9<br>125.00 | | 112.50<br>Billable |
| #123721 | Review 11th Circuit cases discussing compensation for attorney to insert into TS&S Fee Application.  Cases include, In re Beverly, In re Deresinski, In re Rowe, In re Howell, In re Jones, In re Norman, In re Red Carpet, In re Southeast Banking, In re U-Can-Rent, and In re Winston. | | | | |
| 6/28/05 | spasset / Draft Documents<br>Fee Application/Fee Statements | T | 0.5<br>125.00 | | 62.50<br>Billable |
| #123727 | Revise section of TS&S Fee App regarding compensation for attorney and add additional 11th Circuit cases. | | | | |
| 6/28/05 | spasset / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.3<br>125.00 | | 37.50<br>Billable |
| #123730 | Multiple OCs w/ JG re TS&S Fee App and applicable 11th Circuit case law as it pertains to attorney compensation. | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*7/12/2005*
*3:16:37 PM*

Winn-Dixie
6/21/2005...7/11/2005

### Billable

| Date | Slip Number | T/E | Hours Rate | Slip Billing | Amount Status |
|------|-------------|-----|-----------|--------------|---------------|
| 6/28/05 | jhook / Draft Documents<br>Fee Application/Fee Statements | T | 0.4<br>210.00 | | 84.00<br>Billable |
| #124065 | Draft section for fee application re: supersedes bond research issues. | | | | |
| 6/28/05 | jhook / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.1<br>210.00 | | 21.00<br>Billable |
| #124067 | O/c with JG re: drafting section for fee application re: supersedes bond research issues | | | | |
| 6/29/05 | jgoldstein / Revise Docs.<br>Fee Application/Fee Statements | T | 0.7<br>255.00 | | 178.50<br>Billable |
| #124019 | Revise TS&S fee statement for NB review | | | | |
| 7/5/05 | jgoldstein / Draft Documents<br>Fee Application/Fee Statements | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #125251 | Draft AT certification for TS&S first fee application | | | | |
| 7/5/05 | nberger / Revise Docs.<br>Fee Application/Fee Statements | T | 0.7<br>635.00 | | 444.50<br>Billable |
| #125495 | Revise/work on draft fee application. | | | | |
| 7/7/05 | jgoldstein / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.1<br>255.00 | | 25.50<br>Billable |
| #126459 | Review e-mail from K. LaMania regarding deadline for filing of first TS&S fee application | | | | |
| 7/7/05 | nberger / Draft Documents<br>Fee Application/Fee Statements | T | 1.1<br>635.00 | | 698.50<br>Billable |
| #126557 | Work on TS&S fee application. | | | | |
| 7/8/05 | nberger / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.3<br>635.00 | | 190.50<br>Billable |
| #126745 | Review Skadden mem ore fee application and forward to AT (.1); revise draft granting order (.2). | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
6/21/2005...7/11/2005

*7/12/2005*
*3:16:37 PM*

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 7/9/05 | atogut / Revise Docs. Fee Application/Fee Statements | T | 1.2 765.00 | 918.00 Billable |
| #127028 | Review and revise TS&S first interim fee application and certification | | | |
| 7/10/05 | atogut / Revise Docs. Fee Application/Fee Statements | T | 2.4 765.00 | 1,836.00 Billable |
| #127029 | Additional work on TS&S first interim fee application (2.1); instructions to JG and NB re same (.3). | | | |
| 7/11/05 | nberger / Review Docs. Fee Application/Fee Statements | T | 0.2 635.00 | 127.00 Billable |
| #126800 | Review w/ AT and JG comments/changes to TS&S fee application. | | | |
| 7/11/05 | jgoldstein / OC/TC strategy Fee Application/Fee Statements | T | 0.3 255.00 | 76.50 Billable |
| #126961 | Office conference with AT and NB regarding strategy for revising TS&S first fee application (.2); office conference with NB regarding same (.2) | | | |
| 7/11/05 | jgoldstein / Inter Off Memo Fee Application/Fee Statements | T | 0.6 255.00 | 153.00 Billable |
| #126963 | E-mail correspondences (x3) with NB regarding revisions to TS&S first fee application (.2); e-mail correspondences (x4) with AT regarding same (.3); e-mail correspondences with DP regarding fling of revised fee application (.1) | | | |
| 7/11/05 | jgoldstein / Revise Docs. Fee Application/Fee Statements | T | 1.8 255.00 | 459.00 Billable |
| #126964 | Numerous revised drafts to TS&S fee application, order and AT certification as per NB and AT comments | | | |
| 7/11/05 | dperson / Prep. Charts Fee Application/Fee Statements | T | 1.2 190.00 | 228.00 Billable |
| #127169 | Prepared Cover sheet, exhibits and related pleadings re: preparation for filing of TSS Fee application | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*7/12/2005*
*3:16:37 PM*

Winn-Dixie
6/21/2005...7/11/2005

### Billable

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip<br>Billing | Amount<br>Status |
|---|---|---|---|---|---|
| 7/11/05 | dperson / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.1<br>190.00 | | 19.00<br>Billable |
| #127171 | OC Communications with JG re: Preparation of required<br>schedules and related re: Fee Application for TSS | | | | |

|  | | | |
|---|---|---|---|
| Matter Total: | 19.60 | | 7,682.00 |
| Total Time Bill: | | | 7,682.00 |
| Total Time Non Bill: | | | |
| Total Costs Bill: | | | |
| Total Costs Non Bill: | | | |
| Total Non Billable: | | | |
| Total Billable: | | | 7,682.00 |
| Grand Total: | | | 7,682.00 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

-----------------------------------------------------------x

In re:                                            :        Case No. 05-03817-3F1

                                                  :
WINN-DIXIE STORES, INC., *et al.*,                :        Chapter 11

                                                  :
                               Debtors.           :        Jointly Administered

                                                  :
-----------------------------------------------------------x

ORDER APPROVING APPLICATION OF TOGUT, SEGAL & SEGAL
LLP PURSUANT TO ORDER DATED MAY 19, 2005 FOR SERVICES
RENDERED AS BANKRUPTCY CONFLICTS COUNSEL TO THE
DEBTORS AND FOR REIMBURSEMENT OF EXPENSES

These cases came before the Court upon the application dated July 12, 2005 (the

"Application"), made pursuant to this Court's May 19, 2005 Order, of Togut, Segal & Se-

gal LLP ("TS&S"), as bankruptcy conflicts counsel for Winn-Dixie Stores, Inc. and the

other above-captioned debtors and debtors in possession (collectively, "Winn-Dixie" or

the "Debtors"), for an order (i) allowing compensation for professional services ren-

dered on behalf of the Debtors in the amount of $105,606.50; and (ii) allowing actual,

necessary expenses incurred in connection with the rendition of such professional serv-

ices in the amount of $756.84, for the period February 28, 2005 through April 13, 2005,

(the "Application Period"). A hearing on the Application was held on August 4, 2005.

The Court has read the Application, considered the representations of counsel, and has

determined that notice of the Application was good and sufficient under the circum-

stances, and that no other or further notice need be given.

Accordingly, it is

**ORDERED AND ADJUDGED THAT:**

1.      The Application is granted;  and

2.      The fees earned and the expenses incurred by TS&S during the Application Period, as set forth in the Application, are approved and allowed;  and

3.      The Debtors are authorized and directed to pay to TS&S (to the extent not previously paid) the sums of:  (i) $105,606.50, representing fees earned TS&S during and in connection with the Application Period;  and (ii) $756.84, representing expenses incurred by TS&S during the Application Period;  and

4.      The relief granted in this Order is without prejudice to the rights of TS&S to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon proper application to this Court.

Dated this _____ day of August 2005 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Togut, Segal & Segal LLP is directed to serve
a copy of this Order on all parties who
received copies of the Application.