UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------------------------------x
                                :

In re:                                     :        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,      :        Chapter 11

              Debtors.             :        Jointly Administered
                                :
------------------------------------------------------------x

**ORDER APPROVING APPLICATION OF TOGUT, SEGAL & SEGAL
LLP PURSUANT TO ORDER DATED MAY 19, 2005 FOR SERVICES
RENDERED AS BANKRUPTCY CONFLICTS COUNSEL TO THE
<u>DEBTORS AND FOR REIMBURSEMENT OF EXPENSES</u>**

      These cases came before the Court upon the application dated July 12, 2005 (the "Application"), made pursuant to this Court's May 19, 2005 Order, of Togut, Segal & Segal LLP ("TS&S"), as bankruptcy conflicts counsel for Winn-Dixie Stores, Inc. and the other above-captioned debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors"), for an order (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $105,606.50; and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $756.84, for the period February 28, 2005 through April 13, 2005, (the "Application Period"). A hearing on the Application was held on August 4, 2005. The Court has read the Application, considered the representations of counsel, and has determined that notice of the Application was good and sufficient under the circumstances, and that no other or further notice need be given.

      Accordingly, it is

      **ORDERED AND ADJUDGED THAT**:

1. The Application is granted; and

2. The fees earned and the expenses incurred by TS&S during the Application Period, as set forth in the Application, are approved and allowed; and

3. The Debtors are authorized and directed to pay to TS&S (to the extent not previously paid) the sums of: (i) $105,606.50, representing fees earned TS&S during and in connection with the Application Period; and (ii) $756.84, representing expenses incurred by TS&S during the Application Period; and

4. The relief granted in this Order is without prejudice to the rights of TS&S to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon proper application to this Court.

Dated this _____ day of August 2005 in Jacksonville, Florida

------

Jerry A. Funk
United States Bankruptcy Judge

Togut, Segal & Segal LLP is directed to serve
a copy of this Order on all parties who
received copies of the Application.