UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Chapter 11
                                                    Case No. 3-05-bk-3817-JAF
WINN-DIXIE STORES, INC

        Debtors
_____/

# WEBBER COMMERCIAL PROPERTIES, LLC'S OBJECTION TO CURE AMOUNTS RECITED IN DEBTORS' MOTION FOR ORDER AUTHORIZING SALE OF ASSETS AS TO SAN CARLOS, FLORIDA LOCATION, STORE NO. 740

Webber Commercial Properties, LLC ("Landlord"), respectfully objects to cure amounts set forth in Exhibit "F" Schedule of Cure Amounts, as attached to the Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts, and (c) Granting Related Relief dated July 1, 2005 (the "Sale Motion"), and says:

1.      The Sale Motion seeks relief in several forms regarding the proposed assumption and assignment of various leases, including the lease of the Landlord for the San Carlos, Florida location, Winn-Dixie Store Number 740. Paragraph 14 of the Motion refers to and Exhibit "F" recites payments of amounts that the Debtors contend are required to cure defaults and delinquencies under various leases, including the lease of the Landlord. Paragraph 14 of the Motion requests that objections with regard to "the cure amount or other proposed cure" must be filed on or before July 14, 2005, failing which the motion suggests that a "landlord will be deemed to have consented to the cure" set forth by the Debtors and will be barred from asserting a larger claim

2.      The zero amount recited in Schedule "F" for cure are incorrect with respect to the lease held by the Landlord for the San Carlos, Florida store, Number 740, and the

Landlord, accordingly, object to that amount. In addition, the Sale Motion contains no provisions with respect to cure of defaults by the Debtors in fulfilling non-monetary obligations to the Landlord and with respect to premises described in the lease.

3. The corrected amounts required to cure existing monetary defaults and delinquencies with respect to the lease from the Landlord to the Debtors are as follows:

| Winn Dixie Store Number | | Winn Dixie Cure Amount |
|---|---|---|
| 740 | San Carlos, Fla Winn-Dixie Store invoice No 1508 One year's insurance, liability insurance Flood insurance | $21,041.88 $ 545.92 |
| 740 | Invoice 01/01/2005 One year's Pro-Rata according to square footage of shopping center Ad-Valorem Taxes for 2005 based on 2004 taxes | $61,851.65 |

4. The amounts recited in Paragraph 3 of this Objection reflect obligations known or reported to the Landlord through July 14, 2005, and, except as noted, amounts due or accrued through July 31, 2005, plus reasonable attorneys' fees. The Landlord reserves the right to calculate amounts due through the date of any assignment, if an assignment is approved by the Court, and to reflect any transactions, debts or accruals of which it receives knowledge as of that date.

5. Landlord furthermore reserves the right to object to cure provisions recited in the Sale Motion because of any defaults by the Debtors in fulfilling non-monetary obligations

-2-

under the lease. Landlord, accordingly, reserves the right to amend this objection upon receipt of information reasonably necessary to do so.

WHEREFORE, the above-named Landlord objects to the cure provisions and amounts recited in Debtor's Sale Motion and respectfully requests that the Court determine cure amounts for its lease as hereinabove recited and cure requirements that hereafter may become known after reasonable inspection, including the ordering of payment of such additional amounts as may be due and payable through the date of any assumption and assignment that occurs by reason of the Sale Motion, and for such other and further relief as the Court deems just and proper.

Dated: Tampa, Florida, July 14, 2005.

/s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
(813) 223-7474
Attorneys for Webber Commercial
Properties, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below,

pursuant to instructions appearing on the Electronic Filing Receipt received from the U.S. Bankruptcy Court on this 14th day of July, 2005:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors**
**of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

/s/ William Knight Zewadski
Attorney

# Webber Commercial Properties, LLC

c/o Professional Realty Consultants
2503 Del Prado Boulevard, Ste 500
Cape Coral, FL 33904

# Invoice

| Date | Invoice # |
|---|---|
| 7/1/2005 | 1508 |

**Bill To**

Winn Dixie Marketplace
Chrissy Norris
1141 SW 12th Ave.
Pompano, FL 33069
LOCATION #740

SAN CARLOS MARKETPLACE SHOPPING CENTER

| Description | Amount |
|---|---|
| INSURANCE Pro-Rata Share / Liability | 21,041.88 |
| INSURANCE Pro-Rata Share / Flood | 545.92 |
| **Total** | **$21,587.80** |

# Webber Commercial Properties, LLC

c/o Professional Realty Consultants
2503 Del Prado Boulevard, Ste 500
Cape Coral, FL 33904

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 1399 |

**PAID**

**Bill To**
Winn Dixie Marketplace
Chrissy Norris
1141 SW 12th Ave.
Pompano, FL 33069
LOCATION #740

SAN CARLOS MARKETPLACE SHOPPING CENTER

| Description | Amount |
|---|---|
| RE Taxes / Pro-Rata Share Ad Valorem Taxes | 61,851.65 |
| **Total** | **$61,851.65** |