B210
(02/05, FLMB, JPL)

# United States Bankruptcy Court

## Middle District Of Florida

In re _____Winn-Dixie Stores, Inc., et al._____,    Case No. _____3-05-BK-3817_____

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| _HMAC 1999-PH1 Watauga Center Ltd. Part._ | _R&G Assocs. dba Marketplace Partners, Ltd._ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent
Russell L. Reid, Jr.
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201

Court Record Address of Transferor
(Court Use Only)

Phone: _____214-969-4769_____
Last Four Digits of Acct #: _____NA_____

Last Four Digits of Acct. #: _____NA_____

Name and Address where transferee payments
should be sent (if different from above)

Same as above.

Name and Current Address of Transferor
R&G Assocs. dba Marketplace Partners, Ltd.
8225 Douglas Avenue, Suite 815, LB-49
Dallas, Texas 75225

Phone: _____Same as above._____

Phone: _____214-361-2350_____

Last Four Digits of Acct #: _____NA_____

Last Four Digits of Acct. #: _____NA_____

Court Claim # (if known): _____824_____
Date Claim Filed: _____April 25, 2005_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: ___7/14/05_____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____        _____
                                   **CLERK OF THE COURT**