IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NO. 3-05-bk-3817 (JAF) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

### OBJECTION BY LANDLORDS EIG GORDON VILLAGE, LLC AND LAKE MARY, L.P. TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

COME NOW EIG Gordon Village, LLC ("Gordon") and Lake Mary, L.P. ("Lake Mary") (referred to collectively hereinafter as "Landlords") and hereby filed their objection to Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Motion"), and state as follows:

1. Lake Mary and Gordon are landlords under leases for real property in shopping centers with Debtors' as tenants.

2. Debtors have included their leases with Gordon and Lake Mary in the Motion as "Targeted Stores."

3. Debtors have listed the cure amount in Exhibit "F" to the Motion for Gordon (Store No. 1007) as $7,646.82.

4. Debtors have listed the cure amount in Exhibit "F" to the Motion for Lake Mary (Store No. 2063) as $18,577.02.

755150-1 6331.0033000

5. Gordon hereby objects to the proposed cure amount in Exhibit F of the Motion because Debtors have failed to include 2004 real estate taxes in the amount of $33,314.96, the 2005 insurance in the amount of $6,288.15, and first quarter CAM for 2005 in the amount of $2,857.07. Debtors have only included the $7,646.82 charge for fourth quarter/2004 CAM. Therefore, Debtors owe Gordon a total of $50,107.01 for cure under the lease with Gordon.

6. Lake Mary objects to the proposed cure amount by Debtors contained in Exhibit "F" to the Motion because Debtor has excluded the 2004 real estate tax obligation of $18,833.22. When added to the 2004 CAM obligation Debtors have listed in Exhibit "F" of $18,557.02, Debtors owe a total of $37,090.24 to Lake Mary under the lease.

7. Therefore, Landlords hereby object to the cure amounts proposed in the Motion and demand that the cure amounts be properly adjusted to reflect Debtors' obligations under the leases at issue.

8. Landlords hereby reserve their rights to amend or supplement these amounts.

WHEREFORE, EIG Gordon Village, LLC and Lake Mary, L.P., pray that this Court enter an Order Denying Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, and for such further relief as this Court deems appropriate.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail this _____ day of July, 2005, to all parties on the attached Master Service List.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

>Kluger, Peretz, Kaplan & Berlin, P.L.
>Attorneys for Trustee
>20283 State Road 7, 300
>Boca Raton, Fl  33498
>Tel. 561-237-4278/Fax 561-237-4279
>Email: bshraiberg@kpkb.com
>
>By: _____
>   Bradley S. Shraiberg, Esq.
>   Fla. Bar. No. 121622

SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Eric M. Davis
Skadden, Arps, Slate,
Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Eric N. McKay
Smith, Hulsey & Busey
225 Water Street, #1800
Jacksonville, Fl 32202