UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 3:05-03817-JAF |
| | ) | |
| Winn Dixie Stores, Inc., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administrated |

**OBJECTION BY BRIGHT-MEYERS DUBLIN ASSOCIATES, L.P. TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Comes now Bright-Meyers Dublin Associates, L.P. ("Bright-Meyers"), by and through counsel, and files this Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief dated July 1, 2005 (the "Motion") (Docket No. 1961) and shows as follows:

1.   Athico, Ltd., predecessor-in-interest to Bright-Meyers, entered into that certain lease with Winn-Dixie Atlanta, Inc. on April 15, 1993 (including all renewals, amendments, or modifications thereof, the "Athens Lease") for those certain demised premises located in the city of Athens, Limestone County, Alabama in the Athens Plaza shopping center ("Store No. 1913"). Upon information and belief, the Athens Lease commenced on or before December 9, 1993.

2.   Under the terms of the Athens Lease, Debtor is responsible for minimum monthly rent, in addition to percentage rent, if applicable ("Rent").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Foods Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. Under the terms of the Athens Lease, Debtor is further responsible for its pro rata share of all real estate taxes attributable to the Premises ("Taxes").

4. Under the terms of the Athens Lease, Debtor is further responsible for its pro rata portion of the common area maintenance charges ("CAM") as well as the annual premiums for public liability, property damage, fire and extended coverage insurance (collectively, "Insurance").

5. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue was transferred to this Court.

6. On or about July 1, 2005, Debtors filed their Motion, requesting authority to sell certain Targeted Stores, as that term is defined in the Motion, for the highest and best offer and to assume and assign the purchased leases.

7. Store No. 1913 is one of the Targeted Stores.

8. Attached to Debtors' Motion as Exhibit "F" is a schedule setting forth proposed cure amounts. The proposed cure amount set forth in Exhibit "F" pertaining to the Athens Lease, Store No. 1913, is $0.00 ("Proposed Cure").

9. Bright-Meyers objects to the Proposed Cure as it is inaccurate. The cure amount owed under the Athens Lease, Store No. 1913, is $8,730.97 ("Corrected Cure"). The Corrected Cure is comprised solely of 2004 Taxes in the amount of $8,730.97. A true and correct copy of an invoice reflecting the Corrected Cure is attached hereto as Exhibit "A."

10. Bright-Meyers further objects to Debtors' Motion as there is inadequate time to file an objection to the Motion after the Auction, as defined in the Debtors' Motion, should the

proposed successful bidder be unable to provide adequate assurance of future performance or otherwise be unable to satisfy the requirements of 11 U.S.C. § 365(b)(3). The Auction is scheduled for July 18 and 19; the deadline to file an objection to be considered at the Sale Hearing is July 20, 2005.

11. Bright-Meyers reserves the right to recalculate the Corrected Cure, as may be necessary, and to object to any proposed assumption and assignment due to assignee's inability to provided adequate assurance of future performance or to otherwise satisfy the requirements of 11 U.S.C. § 365(b)(3).

**WHEREFORE**, Bright-Meyers objects to the Proposed Cure as set forth in the Debtors' Motion and respectfully requests that the Court find (i) the Corrected Cure to be the amount due and owing Bright-Meyers; and (ii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 14th day of July 2005.

MILLER & MARTIN PLLC

/s/ Catherine A. Harrison
Catherine A. Harrison
Georgia Bar No. 331752
*(admitted pro hac vice May 16, 2005)*
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
(404) 962-6100
(404) 962-6300 (Facsimile)
charrison@millermartin.com

*Attorneys for Bright-Meyers Dublin Associates, L.P.*

Winn Dixie #1913
Athens Plaza Shopping Center
01/18/05
2004
**COMMON AREA MAINTENANCE**
**REAL ESTATE TAXES AND INSURANCE ADJUSTMENTS**

| | | | |
|---|---|---|---|
| CENTER GLA | 93978 | TENANT'S SQ. FT. | 41563 |

APPLICABLE CAM EXPENSES                                              $31,041.98
  Sweeping & Landscaping                          8,925.00
  Electricity                                     8,590.50
  Parking Lot Repair/Striping                       233.48
  Water/Sewer or Other Utility                        0.00
  Security                                            0.00
  Trash Removal                                       0.00
  Snow Removal                                        0.00
  Insurance                                      13,293.00
  Management Fee                                      0.00
  **Subtotal Expenses**                          31,041.98
  15% Administrative Fee                              0.00
  Total CAM Expenses                             31,041.98
RATE OF CALCULATION-TENANT'S SQ.FT./GLA=   0.4423
  41563 DIVIDED BY 93978

AMOUNT DUE =                                       $13,728.72
LESS MONTHLY CONTRIBUTIONS                              $0.00
    SUBTOTAL DUE:                                           $13,728.72

TAX EXPENSE                                                          $19,741.26
RATE OF CALCULATION-TENANT'S SQ.FT./GLA=   0.4423
  41563 DIVIDED BY 93978

AMOUNT DUE                                          $8,730.83
LESS MONTHLY CONTRIBUTIONS                              $0.00
    SUBTOTAL DUE:                                            $8,730.83

**GRAND TOTAL NET* DUE LANDLORD:                                     $22,459.55**
* If total due is a credit, please deduct from next month's rent.

EXHIBIT "A"

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of July 2005, I caused a copy of the foregoing **OBJECTION BY BRIGHT-MEYERS DUBLIN ASSOCIATES, L.P. TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF** to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows, and by electronic mail, addressed as follows:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville FL 32201
cjackson@smithhulsey.com

/s/ Catherine A. Harrison
Catherine A. Harrison

2253532_1.DOC