UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 3:05-03817-JAF |
| | ) | |
| Winn Dixie Stores, Inc., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## OBJECTION BY CPM ASSOCIATES, L.P. TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Comes now CPM Associates, L.P. ("CPM"), by and through counsel, and files this Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief dated July 1, 2005 (the "Motion") (Docket No. 1961) and shows as follows:

1.  McComb Associates, Ltd., predecessor-in-interest to CPM, entered into that certain lease with Southern Jitney Jungle Company, predecessor-in-interest to the Debtors, on March 21, 1984 (including all renewals, amendments, or modifications thereof, the "McComb Lease") for those certain demised premises located in the city of McComb, Pike County, Mississippi in the Delaware West Shopping Center ("Store No. 1337"). The McComb Lease commenced on November 1, 1984. The original term of the McComb Lease was for twenty (20)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Foods Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

years and was extended in 1985, 1991 and again in 1992. In accordance with the terms of these extensions, the McComb Lease will expire no later than June 30, 2013.

2. Under the terms of the McComb Lease, the minimum monthly rent, in addition to percentage rent, if applicable, is $24,476.83 ("Rent"). Rent is comprised of $23,476.83 base rent, $400.00 credited towards the Tenant's common area maintenance charges, $500.00 credited towards the Tenant's real estate tax expenses, and $100.00 credited towards the Tenant's contribution to public liability and property damage insurance.

3. Under the terms of the McComb Lease, Debtor is further responsible for its pro rata share of all real estate taxes attributable to the Premises ("Taxes").

4. Under the terms of the McComb Lease, Debtor is further responsible for its pro rata portion of the common area maintenance charges ("CAM") as well as the annual premiums for public liability, property damage, fire and extended coverage insurance (collectively, "Insurance").

5. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § § 101 et seq., in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue was transferred to this Court.

6. On or about July 1, 2005, Debtors filed their Motion, requesting authority to sell certain Targeted Stores, as that term is defined in the Motion, for the highest and best offer and to assume and assign the purchased leases.

7. Store No. 1337 is one of the Targeted Stores.

8. Attached to Debtors' Motion as Exhibit "F" is a schedule setting forth proposed cure amounts. The proposed cure amount set forth in Exhibit "F" pertaining to the McComb Lease, Store No. 1337, is $10,394.33 ("Proposed Cure").

9. CPM objects to the Proposed Cure as it is inaccurate. The cure amount owed under the McComb Lease, Store No. 1337, is $38,162.44 ("Corrected Cure"). The Corrected Cure is comprised of 2004 Taxes in the amount of $27,732.11 and 2004 CAM and Insurance in the amount of $10,394.33. A true and correct copy of an invoice reflecting the amounts of the Corrected Cure is attached hereto as Exhibit "A."

10. CPM further objects to Debtors' Motion as there is inadequate time to file an objection to the Motion after the Auction, as defined in the Debtors' Motion, should the proposed successful bidder be unable to provide adequate assurance of future performance or otherwise be unable to satisfy the requirements of 11 U.S.C. § 365(b)(3). The Auction is scheduled for July 18 and 19; the deadline to file an objection to be considered at the Sale Hearing is July 20, 2005.

11. CPM reserves the right to recalculate the Corrected Cure, as may be necessary, and to object to any proposed assumption and assignment due to assignee's inability to provide adequate assurance of future performance or to otherwise satisfy the requirements of 11 U.S.C. § 365(b)(3).

**WHEREFORE**, CPM objects to the Proposed Cure as set forth in the Debtors' Motion and respectfully requests that the Court find (i) the Corrected Cure to be the amount due and owing to CPM; and (ii) for such other and further relief as the Court deems just and proper.

(Signature on Following Page)

Respectfully submitted this 14th day of July 2005.

                          MILLER & MARTIN PLLC

                          /s/ Catherine A. Harrison
                          Catherine A. Harrison
                          Georgia Bar No. 331752
                          *(admitted pro hac vice May 16, 2005)*
                          Suite 800
                          1170 Peachtree Street NE
                          Atlanta, Georgia 30309-7649
                          (404) 962-6100
                          (404) 962-6300 (Facsimile)
                          charrison@millermartin.com

                          *Attorneys for CPM Associates, L.P.*

WINN-DIXIE #1337
Delaware, Clinton, MS
01/13/05
2004
COMMON AREA MAINTENANCE
REAL ESTATE TAXES AND INSURANCE ADJUSTMENTS

| | | | |
|---|---|---|---|
| CENTER GLA | 54450 | TENANT'S SQ. FT. | 36950 |

APPLICABLE CAM EXPENSES

| | | | |
|---|---|---|---|
| Sweeping & Landscaping | 11,505.00 | | $24,158.90 |
| Electricity | 5,130.10 | | |
| Parking Lot Repair/Striping | 2,830.80 | | |
| Water/Sewer or Other Utility | 0.00 | | |
| Security | 0.00 | | |
| Trash Removal | 0.00 | | |
| Snow Removal | 0.00 | | |
| Insurance | 4,693.00 | | |
| Management Fee | 0.00 | | |
| **Subtotal Expenses** | 24,158.90 | | |
| 15% Administrative Fee | 0.00 | | |
| Total CAM Expenses | 24,158.90 | | |

RATE OF CALCULATION-TENANT'S SQ.FT./GLA= 0.6786
  36950 DIVIDED BY 54450

AMOUNT DUE =                                                    $16,394.33
LESS MONTHLY CONTRIBUTIONS                                       $6,000.00
                                         SUBTOTAL DUE:                          $10,394.33

TAX EXPENSE                                                                     $49,708.07
RATE OF CALCULATION-TENANT'S SQ.FT./GLA= 0.6786
  36950 DIVIDED BY 54450

AMOUNT DUE                                                       $33,732.11
LESS MONTHLY CONTRIBUTIONS                                        $6,000.00
                                         SUBTOTAL DUE:                          $27,732.11

**GRAND TOTAL NET* DUE LANDLORD:                                               $38,126.44**
* If total due is a credit, please deduct from next month's rent.

EXHIBIT "A"

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of July 2005, I caused a copy of the foregoing **OBJECTION BY CPM ASSOCIATES, L.P. TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF** to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows, and by electronic mail, addressed as follows:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville FL 32201
cjackson@smithhulsey.com

/s/ Catherine A. Harrison
Catherine A. Harrison

2252750_2.DOC