**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                              CASE NO.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                          Chapter 11

Debtors.
_____/

**LANDLORD'S CURE AMOUNT STATEMENT AND OBJECTION FOR STORE**
**LOCATED AT CAMERON SHOPPING CENTER, SANFORD, NORTH CAROLINA**

CAMERON SANFORD COMPANY, LLC, Landlord for the Debtor's store located in the CAMERON SHOPPING CENTER, SANFORD, NORTH CAROLINA (Store No. 827) ("Landlord"), files this Cure Amount Statement and Objection to the *Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (Docket No. 1961) (the "Motion"), and states as follows:

1.     As of June 30, 2005, in addition to the Cure Amount set forth in the Motion, there is an additional $387.10 outstanding for 2005 insurance. This amount must be added to, and become part of, the Cure.

2.     In addition, the Cure must include any and all additional amounts which accrue under the Lease prior to the closing date on any Court approved assumption and assignment, but which are unpaid on the closing date (whether or not said amounts have actually been billed). Landlord objects to the Motion and the provision for Cure to the extent the provision for Cure in the Motion fails to satisfactorily provide for any and all such accruals.

{00038519.DOC;1}

WHEREFORE, Landlord respectfully requests that the Court enter an Order setting the appropriate cure for the Lease, including any future pre-closing accruals.

DATED this 14th day of July, 2005.

/s/ David S. Jennis
David S. Jennis, Esquire
Florida Bar No. 775940
Chad S. Bowen, Esquire
Florida Bar No. 0138290
Ryan S. Marsteller, Esquire
Florida Bar No. 0943711
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
Email: djennis@jennisbowen.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail or by U.S. Mail to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699, to Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, to Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, to Elena L. Escamilla, Esq., 135 West Central Boulevard, Suite 620, Orlando, Florida 32806, and to Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, this 14th day of July, 2005.

/s/ David S. Jennis
David S. Jennis, Esquire