**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION OF WATKINS INVESTMENTS, L.P. TO APPEAR PRO HAC VICE

Watkins Investments, L.P. ("Watkins"), respectfully moves this Court for an Order admitting Brian L. Shaw and Allen J. Guon to practice before this Court for the limited purpose of representing Watkins in this bankruptcy proceeding. In support of this motion, Watkins states as follows:

1. Mr. Shaw and Mr. Guon are attorneys with the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, IL 60610.

2. Mr. Shaw and Mr. Guon are members in good standing of the State Bar of Illinois.

3. Mr. Shaw and Mr. Guon have never been disbarred or suspended from practicing in any court in any jurisdiction, nor reprimanded or censured in any disciplinary proceeding.

4. Mr. Shaw and Mr. Guon understand that if this Motion to Appear Pro Hac Vice is granted, they will be subject to the disciplinary jurisdiction of this Court.

5. Signed affidavits of good standing are attached to this Motion as Exhibits A and B.

{A0095955.DOC}

WHEREFORE, Watkins Investments, L.P. requests that Brian L. Shaw and Allen J. Guon be admitted to practice before this Court as its counsel.

Respectfully submitted,

July 14, 2005

By: /s/Allen J. Guon
Brian L. Shaw (IL ARDC # 6216834)
Allen J. Guon (IL ARDC # 6244526)
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60610
(312) 541-0151

Attorneys for Watkins Investments, L.P.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies and states that on the 14th day of July 2005 a copy of the MOTION OF WATKINS INVESTMENTS, L.P. TO APPEAR PRO HAC VICE, was duly served upon the persons listed below via electronic mail.

/s/Allen J. Guon

## SERVICE LIST

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL  32202
cjackson@smithhulsey.com

{A0095955.DOC}