**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**<u>AFFIDAVIT OF GOOD STANDING</u>**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )ss: |
| COUNTY OF COOK | ) |

Brian L. Shaw, of lawful age, being first duly sworn states:

1.      I am an attorney with the firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, IL 60610.

2.      I am a member in good standing of the Illinois State Bar.  My bar number is 6216834.  I am admitted to practice before the U.S. District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, and the Northern District of Indiana; the U.S. Court of Appeals for the Seventh Circuit; the U.S. Court of Appeals for the Eighth Circuit; and the U.S. Supreme Court.  I am also a member of the trial bar of the U.S. District Court for the Northern District of Illinois.

3.      I certify that I have never been disbarred and am not currently suspended from the practice of law in any state in which I am admitted to practice, nor from any federal district court or court of appeals.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I certify that I shall be governed by the local rules of this Court.

Further, Affiant sayeth not.

　　　　　　　　　　　　　*/s/Brian L. Shaw*
Brian L. Shaw (ARDC # 6216834)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60610
Tel:    (312) 541-0151
Fax:    (312) 980-3888

{A0095960.DOC}                    EXHIBIT A