**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AFFIDAVIT OF GOOD STANDING**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )ss: |
| COUNTY OF COOK | ) |

Allen J. Guon, of lawful age, being first duly sworn states:

1. I am an attorney with the firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, IL 60610.

2. I am a member in good standing of the Illinois State Bar. My bar number is 6244526. I am admitted to practice before the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Eastern District of Wisconsin and the U.S. Court of Appeals for the Eighth Circuit.

3. I certify that I have never been disbarred and am not currently suspended from the practice of law in any state in which I am admitted to practice, nor from any federal district court or court of appeals. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I certify that I shall be governed by the local rules of this Court.

Further, Affiant sayeth not.

                   */s/Allen J. Guon*
                   Allen J. Guon (ARDC # 6244526)
                   Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
                   321 N. Clark St., Suite 800
                   Chicago, Illinois 60610
                   Tel:  (312) 541-0151
                   Fax:  (312) 980-3888