UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          CASE NO: 05-03817-3F1
                                                Chapter 11
   WINN-DIXIE STORES, INC.                      Jointly Administered

   Debtor.
_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on a hearing is scheduled for **THURSDAY, AUGUST 18, 2005 AT 1:00 o'clock p.m.** (prevailing eastern time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge, Middle District of Florida, at Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida 32202, to consider the **Motion to Compel Assumption or Rejection of Unexpired Lease** filed by Penman Plaza Associates, Ltd., on June 20, 2005, (Docket No. 1790)

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

Avoid delays at Courthouse security checkpoints. You are further reminded that pursuant to Local Rul 5073-1, cellular telephones and computers are prohibited in the Courthouse absent a specific order of the court authorizing their entry. As an additional security measure, a photo ID is required for entry into the Courthouse.

I CERTIFY that on this 15th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that I have sent via U.S. Mail today a copy of the foregoing to all persons listed below who

will not receive from the clerk a notice of electronic filling:

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Esquire
SKADDEN, ARPS, SLATE,
MEAHER & FLOM, LLP
Fourt Times Square
New York, NY 10036

Cynthia C. Jackson, Esquire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202

James H. Post, Esquire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis f. Dune, Esquire
MILBANK, TWEED, HADLEY
& MCCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esquire
AKERMAN, SENTERFITT & EIDSON, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Patrick P. Patangan, Esquire
AKERMAN, SENTERFITT, EIDSON, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla, Esquire
OFFICE OF THE US TRUSTEE
135 West Central Blvd., Suite 620
Orlando, FL 32806

VOW, LLC
c/o Edward J. Ashton, Esquire
WALSTON, WELLS, ANDERSON
& BAINS, LLP

One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

And those parties appearing on the local Rule 1007-2 Parties in Interest List, a copy of which is attached hereto

DATED this 15th day of July, 2005.

        FORD, BOWLUS, DUSS, MORGAN, KENNEY,
        SAFER & HAMPTON, P.A.

        By: *Michael Bowlus* (signature)
        Michael Bowlus
        Florida Bar No. 592862
        Jonathan M. Smith
        Florida Bar No. 514608
        10110 San Jose Blvd.
        Jacksonville, Florida 32257
        (904) 268-7227
        (904) 262-3337 (facsimile)
        Attorneys for Creditor

Label Matrix for USBC
Middle District of Florida
Case 3:05-bk-03817-JAF
Tue Jul  5 11:43:21 EDT 2005

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301,  33301

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd. Suite 1400
Fort Lauderdale, Florida 33394

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802,  32802

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008,  27114-500

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Hillandale Farms, Inc.
Post Office Box 2109
Lake City, Florida 32056-2109

Inland Retail Real Estate Trust, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802,  32802

Ira S. Greene
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia, 30060-7946 30060-7946

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida  32802,  32802

Lenoir Partners LLC
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600, Jacksonville, FL 32202 32202

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Matt E. Beal, Esq.
Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Oakwood Village Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road
Atlanta, Georgia 30326,  30326

Potter Square Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC  29211,  29211

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699