UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: WINN-DIXIE STORES, INC., et al.,                CASE NO: 05-03817-3F1
                                                        Chapter 11
                                                        Jointly Administered
         DEBTOR (S).
_____/

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney appears in this case on behalf of Tatone Properties of Florida, Inc. and requests service of all notices, pleadings, and other papers filed in this case as required by the Federal Rules of Bankruptcy Procedure or by order of the Court.

_____
Melody D. Genson, Attorney at Law

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance and Request for Notices has been furnished this __15th__ day of __July__, 2005 either by electronic transmission or by U.S. Mail, postage prepaid to the following addressees: **U.S. Trustee's Office**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **D.J. Baker, Sally McDonald, Henry and Rosalie W. Gray Skadden, Arps, Slate, Meagher & Flom LLP**, Co-Counsel for Debtors, Four Times Square, New York, NY 10036-6522; **Stephen D. Busey, James H. Post, and Cynthia C. Jackson, Smith Hulsey & Busey**, Co-Counsel for Debtors, 22 Water Street, Suite 1800, Jacksonville, FL 32202; and to **Winn-Dixie Stores, Inc.**, 5050 Edgewood Court, Jacksonville, FL 32254-3699.

_____
Melody D. Genson, Attorney at Law
3665 Bee Ridge Road, Suite 316
Sarasota, Florida 34233
(941) 927-6377
Florida Bar No. 342092