Date: July 12th 2005
From: David Timmons
To: U.S. Bankruptcy Court
    Middle District of Florida

In Re: Proof of Claim Form.

Case No: 05-BK-3817-3F1

FILED
JACKSONVILLE, FLORIDA
JUL 14 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Clerk,

I'v been serve with an order abating motion for relief from stay, I have failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004.

Therefore, I am requesting a Proof of Claim form so all parties can be serve. Please foreward immediately. Thank you!

David Timmons

PROVIDED TO HAMILTON C.I. ON
7-12-05 by FOR MAILING