**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF AUCTION**

     1.    PLEASE TAKE NOTICE that, on July 1, 2005, the above-captioned debtors and debtors-in-possession (collectively, "the Debtors") filed their Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief (the "Motion"), seeking to sell inventory, equipment, supplies and other assets free and clear of liens, claims and interests, and assume and assign related leases for 326 Winn-Dixie stores (collectively, the "Stores"); subject to higher or better offers. The Motion describes the assets in detail and identifies existing bids. A copy of the Motion may be retrieved at www.loganandco.com.

     2.    PLEASE TAKE FURTHER NOTICE that the Debtors have received one or more competing bids with respect to Stores 2702, 2708, 2720, 2723, 2732, 2743 and related assets that are the subject of the bid of the buyer affiliates of SUPERVALU INC. The Debtors have not yet determined whether such bids are Qualified Competing Bids, as defined in the Bidding Procedures (defined below).

     3.    PLEASE TAKE FURTHER NOTICE that, pursuant to the bidding procedures approved by the Court by Order dated June 21, 2005 (Docket No. 1801) (the "Bidding Procedures"), an auction (the "Auction") for the Stores described in the preceding paragraph, as well as other Stores, will be held at **10:00 a.m. eastern time on July 18 and 19, 2005** at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036. A copy of the Bidding Procedures may also be retrieved at www.loganandco.com.

     4.    PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures, the Debtors may exercise their discretion, among other things, to extend the deadline for receipt of additional competing bids for the Stores identified above or other Stores, to reject any bid as insufficient or inadequate, not in conformity with the requirements of the Bankruptcy Code, the Bidding Procedures, or the terms and conditions of sale, or contrary to the best interests of the Debtors, their estates and creditors, or to withdraw Stores or other assets from the Auction.

Dated: July 15, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*    | By   *s/ Cynthia C. Jackson*    |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Gray |     Cynthia C. Jackson (FBN 498882) |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |