EXHIBIT B

## Schedule of Targeted Stores

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description |
|---|---|---|---|---|---|---|---|
| 10 | 403 N. DUVAL ST. | CLAXTON | GA | MODERN WOODMEN OF AMERICA | 3/6/16 | 6X5 years | *PR, EO |
| 14 | 440 W. CHERRY ST. | JESUP | GA | VICTORY INVESTMENTS, INC. | 4/26/15 | 5X5 years | PR, EO |
| 20 | 3503 ARCHER RD. | GAINESVILLE | FL | ELIOT PROPERTIES | 11/7/05 | 5X5 years | PR, EO |
| 42 | 830 E. OAK ST. | MCRAE | GA | ALS-TELFAIR-PERLIS, L.L.P. | 1/21/19 | 6X5 years | PR, EO |
| 55 | 312 E. 1 ST. | VIDALIA | GA | VICTORY VIDALIA, LLC. | 7/31/17 | 6X5 years | PR |
| 57 | 2830 E. PINETREE BLVD. | THOMASVILLE | GA | PINETREE PARTNERS, LTD. | 10/26/14 | 6X5 years | PR |
| 73 | 934 DUNN AVE. | JACKSONVILLE | FL | MCW-RC FL-HIGLANDS, LLC. | 7/4/15 | 6 X 5 years | EO |
| 126 | 162 OCILLA HWY | FITZGERALD | GA | VILLAGE PLAZA, INC. | 4/19/15 | 5X5 years | PR, EO |
| 133 | 106 E. PARKER ST. | BAXLEY | GA | BAXLEY ZAMAGIAS L.P. | 10/28/07 | 5X5 years | PR, EO |
| 147 | 602 BRANNEN ST. | STATESBORO | GA | GENTILLY SQUARE, LLC. | 6/9/13 | 5X5 years | PR, EO |
| 158 | 147 W. HENDRY ST. | HINESVILLE | GA | A.A.C., INC. | 6/12/06 | 5X5 years | PR |
| 170 | 7303 N.W. 4TH BLVD. | GAINESVILLE | FL | TOWER CENTER ASSOCIATES, LTD. | 1/17/10 | 4X5 years | PR, EO |
| 178 | 1312 S. MADISON AVE. | DOUGLAS | GA | PERIMETER PLACE ASSOCIATES, L.P. | 3/19/17 | 5X5 years | PR, EO |
| 181 | 714 4TH ST. | ADEL | GA | MR. FRED BENTLEY, SR. | 1/1/13 | 5X5 years | PR, EO |
| 188 | 1912 MEMORIAL DR. | WAYCROSS | GA | L.P.I WAYCROSS, INC. | 8/31/14 | 4X5 years | PR, EO |
| 206 | 10635 W ATLANTIC BLVD. | CORAL SPRINGS | FL | CYPRESS RUN, LLC. | 7/31/16 | 5X5 years | PR |
| 216 | 19595 STATE RD. 7 | BOCA RATON | FL | AMERICAN COMMERCIAL REALTY | 5/7/06 | 5X5 years | PR |
| 223 | 6901 W. OKEECHOBEE BLVD. | WEST PALM BEACH | FL | LINPRO INVESTMENTS INC. | 9/17/17 | 5X5 years | PR, EO |
| 227 | 18455 PINES BLVD. | PEMBROKE PINES | FL | CHAPEL TRAIL ASSOCIATES, LTD. | 5/24/15 | 5X5 years | PR, EO |
| 229 | 4650 UNIVERSITY DR. | CORAL SPRINGS | FL | STILES WEST ASSOCIATES, LTD. | 4/1/18 | 6X5 years | PR, EO |
| 320 | 11241 US HWY 1 | NORTH PALM BEACH | FL | WOLFCHASE ASSOC., LLC., NORTH PALM, LLC., NORTH PALM | 1/12/20 | 6X5 years | PR, EO |
| 332 | 4645-B GUN CLUB RD. | WEST PALM BEACH | FL | GHI OF WEST PALM BEACH, LLC. | 6/13/06 | 1X2 years +4X5 years | PR, EO |
| 338 | 4301 HILLSBORO BLVD. | COCONUT CREEK | FL | HILLSBORO-LYONS INVESTORS LTD. | 6/13/10 | 5X5 years | PR, EO |
| 360 | 23072 SANDALFOOT PLAZA DR. | BOCA RATON | FL | FOUR FLORIDA SHOPPING CENTERS L.P. | 11/28/09 | 4X5 years | PR, EO |
| 403 | 1734 SECOND AVE. SW. | CULLMAN | AL | DRINKARD DEVELOPMENT, INC. | 11/18/12 | 5X5 years | PR, EO |
| 404 | 2010 US HWY 280 | PHENIX CITY | AL | NEWTON OLDACRE MCDONALD | 12/7/08 | 5X5 years | PR, EO |
| 408 | 648-S HARRIS ST. | SANDERSVILLE | GA | MR. HUGH M. TARBUTTON | 12/6/05 | NONE | PR, EO |
| 414 | 9120 PKWY E. | BIRMINGHAM | AL | AMERICAN COMMERCIAL REALTY CORP. | 1/4/15 | 5X5 years | PR, EO |
| 415 | 6730 DEERFOOT PKWY | TRUSSVILLE | AL | DEERFOOT MARKETPLACE, LLC. | 3/26/23 | 5X5 years | PR |
| 417 | 5201 HWY 280 S. | BIRMINGHAM | AL | DEVELOPERS DIVERSIFIED REALTY CORP. | 1/5/15 | 5X5 years | PR, EO |
| 421 | 312 PALISIDES BLVD. | BIRMINGHAM | AL | PALISADES INVESTORS, LLC. | 12/3/06 | 5X5 years | PR, EO |
| 423 | 1225 FRANKLIN | TROY | AL | TROY MARKETPLACE LLC. | 10/4/09 | 5X5 years | PR, EO |
| 432 | 1206 S. HWY 231 | OZARK | AL | L. J. MELODY & COMPANY | 5/5/14 | 5X5 years | PR, EO |
| 449 | 2272 S. BLVD. | MONTGOMERY | AL | IPF-CAPITOL L.P. | 5/29/11 | 5X5 years | PR |
| 450 | 511 E. CUMMINGS AVE. | OPP | AL | ALVIN B. CHAN FAMILY, L.P. | 11/1/15 | 6X5 years | PR, EO |
| 452 | 100 JOHNSON AVE. N. UNIT 102 | TALLADEGA | AL | TALLADEGA COMMUNITY BUILDERS, INC. | 8/30/09 | 1X15 + 3X5 years | PR, EO |
| 465 | 528 PATTON AVE. | MONTGOMERY | AL | PAVIT COMPLEX, INC. | 1/5/09 | 5X5 years | PR |
| 468 | 2252 MT. MEIGS RD. | MONTGOMERY | AL | CORPORATE PROPERTY ASSOC. 6, L.P. | 3/16/08 | 6X5 years | PR |
| 519 | 145 INTERSTATE DR. | GREENVILLE | AL | F&M DEVELOPMENT, LTD. | 5/29/17 | 5X5 years | PR, EO |
| 523 | 6523 AARON ARNOVO DR. | FAIRFIELD | AL | FAIRFIELD PARTNERS L.P. | 12/15/13 | 5X5 years | PR, EO |
| 524 | 939 ALABAMA ST. | COLUMBUS | MS | LEHMBERG CROSSING, LLC. | 5/5/19 | 5X5 years | PR, EO |
| 529 | 124 MARKET CENTER DR. | ALABASTER | AL | RANDY ROARK | 8/17/14 | 5X5 years | PR, EO |
| 530 | 1500 SKYLAND BLVD. E. | TUSCALOOSA | AL | SPILLER INVESTMENTS, INC. | 9/28/14 | 5X5 years | PR, EO |
| 532 | 1300 MONTGOMERY HWY | VESTAVIA | AL | VESTAVIA HILLS 99-AL, LLC. | 8/31/19 | 6X5 years | PR, EO |
| 547 | 2244 HWY 31 S. | PELHAM | AL | BIRMINGHAM REALTY CO. | 6/14/14 | 5X5 years | PR, EO |
| 573 | 3501 DENNY AVE. | PASCAGOULA | MS | PASCAGOULA PROPERTIES, LTD. | 3/20/16 | 5X5 years | PR, EO |
| 575 | 2200 VILLAGE DR. | MOODY | AL | BIRMINGHAM REALTY CO. | 6/21/15 | 5X5 years | PR, EO |
| 576 | 2312 US HWY 45 N. | COLUMBUS | MS | MCW DEVELOPMENT, INC. | 3/15/15 | 5X5 years | PR, EO |
| 583 | 915 HWY 19 N. | MERIDIAN | MS | JACK FIORELLA III | 3/31/10 | NONE | PR, EO |
| 593 | 5711 VETERANS PKWY | ADAMSVILLE | AL | ADAM-DIX PROPERTIES CORP. | 12/30/16 | 10X5 years | GL, PR, EO |
| 594 | 710 ACADEMY DR. | BESSEMER | AL | 59 WEST PARTNERS, LTD. | 7/24/16 | 6X5 years | PR, EO |
| 597 | 275 COLUMBIANA SQUARE | COLUMBIANA | AL | BIRMINGHAM REALTY CO. | 11/11/17 | 5X5 years | PR, EO |
| 603 | 2514 MCMULLEN BOOTH | CLEARWATER | FL | VERO PALM ESTATES D/B/A NORTHWOOD PLAZA LLC. | 3/30/19 | 4X5 years | PR, EO |
| 604 | 1800 US 301 N. | PALMETTO | FL | BERGERON WD PALMETTO, LLC. | 7/21/19 | 5X5 years | PR, EO |
| 615 | 1945 W. LUMSDEN | BRANDON | FL | PRESTON OIL COMPANY, L.P. | 11/8/20 | 5X5 years | PR, EO |
| 620 | 850 3RD. AVE. S. | ST. PETERSBURG | FL | ALLARD LLC. | 7/15/17 | 5X5 years | PR |
| 634 | 5715 GUNN HWY | TAMPA | FL | WATKINS INVESTMENTS | 6/19/14 | 6X5 years | PR, EO |
| 636 | 8702 HUNTER LAKE DR. | TAMPA | FL | WD TAMPA TRUST | 9/5/21 | 5X5 years | PR, EO |

# EXHIBIT B

## Schedule of Targeted Stores

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description |
|---|---|---|---|---|---|---|---|
| 700 | 425 S. INDIANA AVE | ENGLEWOOD | FL | TATONE PROPERTIES FLORIDA, INC. | 6/21/08 | 5X5 years | PR, EO |
| 703 | 3705 TAMPA RD. | OLDSMAR | FL | CLARA BOLDOG | 10/30/05 | 5X5 years | PR, EO |
| 716 | 1971 SR 60 | VALRICO | FL | RETAIL ASSET MANAGEMENT | 6/22/08 | 5X5 years | PR, EO |
| 731 | 4929 RATTLESNAKE HAMMOCK RD. | NAPLES | FL | NAPLES SOUTH REALTY ASSOCIATES, LLC. | 7/6/09 | 5X5 years | PR, EO |
| 734 | 3236 LITHIA PINECREST RD. | VALRICO | FL | ROYAL OAKS BRANDON, L.P. & OCALA BLOCKBUSTER PARTNERS | 5/7/11 | 5X5 years | PR, EO |
| 739 | 5010 AIRPORT RD. N. | NAPLES | FL | DDR MDT CARILLON PLACE | 4/6/14 | 5X5 years | PR, EO |
| 740 | 18011 S. TAMIAMI TRAIL | FT. MYERS | FL | WEBBER COMMERCIAL PROPERTIES, LLC. | 6/17/18 | 5X5 years | PR, EO |
| 748 | 5351 VILLAGE MARKET | WESLEY CHAPEL | FL | WESLEY CHAPEL, LTD. | 3/30/08 | 5X5 years | PR, EO |
| 752 | 8615 LITTLE RD. | NEW PORT RICHEY | FL | BENDERSON DEVELOPMENT CO., INC. | 11/9/08 | 5X5 years | PR, EO |
| 803 | 1393 KILDAIRE FARM RD. | CARY | NC | USRP I, LLC./MACQUIRE COUNTRY WIDE-REGENCY II, LLC | 6/11/06 | 5X5 years | PR |
| 804 | 1520 DABNEY DR. | HENDERSON | NC | THE ROSEMYR CORPORATION AND WILLIAM L. STARK, SR. | 11/3/13 | 5X5 years | PR, EO |
| 805 | 8100 BRIER CREEK PKWY | RALEIGH | NC | WD DEVELOPMENT, LLC. | 5/14/23 | 6X5 years | PR, EO |
| 807 | 115 S. BICKETT BLVD. | LOUISBURG | NC | SHANNON VILLAGE SHOPPING CENTER, INC. | 8/4/08 | 3X5 years | PR, EO |
| 808 | 506 W. GANNON AVE. | ZEBULON | NC | DANIEL G. KAMIN | 3/2/14 | 5X5 years | PR, EO |
| 809 | 1210 LAURA VILLAGE DR. | APEX | NC | HAROLD G. BAGWELL | 12/8/13 | 5X5 years | PR, EO |
| 811 | 931 DURHAM RD. | WAKE FOREST | NC | F.R.O., LLC. VII | 5/24/20 | 5X5 years | PR, EO |
| 825 | 3501 HOPE MILLS RD. | HOPE MILLS | NC | J.T.& R.B. HENLY & W.F.& M.B. YARBOROUGH | 5/13/05 | 1X5 years | EO |
| 827 | 2412 S. HORNER BLVD. | SANFORD | NC | CAMERON SANFORD COMPANY, LLC. | 12/12/09 | 5X5 years | PR, EO |
| 847 | 1133 SPRING LANE | SANFORD | NC | LOUIS L.ROSE, JR & IVON D.ROHRER JR., S.R.E.CHAR, INC. | 5/9/09 | 4X5 years | PR |
| 851 | 6024 FALLS OF NEUSE RD. | RALEIGH | NC | CPG FINANCE I, LLC. | 4/3/16 | 5X5 years | PR |
| 880 | 1790 OWEN DR. | FAYETTEVILLE | NC | BORDEAUX CENTER, INC. | 3/22/09 | 1X5 years | GL, EO |
| 882 | 690 REILY RD. | FAYETTEVILLE | NC | CLIFFDALE CORNER, INC. | 8/31/14 | 5X5 years | PR, EO |
| 883 | 5701 YADKIN RD. | FAYETTEVILLE | NC | PONDEROSA CENTER, INC. | 7/20/06 | 5X5 years | PR |
| 884 | 600 CEDAR CREEK RD. | FAYETTEVILLE | NC | CEDAR CREEK CROSSING ASSOCIATES, LLC. | 3/17/19 | 5X5 years | PR, EO |
| 888 | 1120 E. TENTH ST. | ROANOKE RAPIDS | NC | PARK PLAZA, LLC. | 2/12/17 | 5X5 years | PR |
| 890 | 7132 US HWY 64 E. | KNIGHTDALE | NC | KNIGHTDALE CROSSING, LLC. | 5/21/06 | 5X5 years | PR |
| 903 | 1514 GARNER STATION BLVD. | RALEIGH | NC | DIM VASTGOED, N.V. | 5/30/10 | 4X5 years | PR, EO |
| 908 | 1352 N. MAIN ST. | FUQUAY-VARINA | NC | GREENWOOD COMMONS ASSOCIATES | 1/5/14 | 5X5 years | PR, EO |
| 911 | 1805 WAYNE MEMORIAL DR. | GOLDSBORO | NC | K-2 ASSOC, LLC. | 12/15/13 | 5X5 years | PR, EO |
| 912 | 2441 US 117 S. | GOLDSBORO | NC | GENOA ASSOCIATES, LLC. | 1/13/19 | 5X5 years | PR |
| 915 | 2000 AVONDALE DR. | DURHAM | NC | CLUB BOULEVARD INVESTORS L.P. | 6/10/18 | 5X5 years | PR, EO |
| 918 | 211 N. BERKELEY BLVD. | GOLDSBORO | NC | GOLDSBORO ASSOC. | 10/4/05 | 4X5 years | PR, EO |
| 923 | 11407 US 70 W. | CLAYTON | NC | CLAYTON CROSSINGS, LLC. | 5/13/12 | 5X5 years | PR, EO |
| 1003 | 401 W. MARTINTOWN RD. | N AUGUSTA | SC | BLANCHARD AND CALHOUN REAL ESTATE | 11/10/07 | 3X5 years | PR, EO |
| 1004 | 512 ROBERTSON BLVD. | WALTERBORO | SC | SMALL PROPERTIES | 10/31/10 | 5X5 years | PR, EO |
| 1005 | 135 MARKET PLAZA DR. | N. AUGUSTA | SC | SOUTH WIN L.P. | 1/31/16 | 5X5 years | PR, EO |
| 1007 | 1763 GORDON HWY | AUGUSTA | GA | EIG GORDON VILLAGE, LLC. | 10/12/13 | 5X5 years | PR, EO |
| 1008 | 1048 YORK ST. N. | AIKEN | SC | NORTHSIDE DEVELOPMENT GROUP | 11/29/15 | 5X5 years | PR, EO |
| 1010 | 1419 CHAPIN RD. | CHAPIN | SC | CHAPIN DEVELOPMENT COMPANY | 10/23/11 | 5X5 years | PR, EO |
| 1015 | 1475 PEARMAN DAIRY RD. | ANDERSON | SC | CHARLES A. WILKINS | 1/21/18 | 5X5 years | PR, EO |
| 1016 | 605 S. MAIN ST. UNIT # 6 | BELTON | SC | PALMETTO PLACE, LLC. | 5/8/16 | 5X5 years | PR, EO |
| 1018 | 21 PELZER AVE. | WILLIAMSTON | SC | TOWN SQUARE DEVELOPMENT | 3/1/09 | 5X5 years | PR, EO |
| 1020 | 207 ROBERT C DANIEL PKWY | AUGUSTA | GA | AUGUSTA EXCHANGE, LLC. | 3/25/18 | 5X5 years | PR, EO |
| 1023 | 1000 E. FRANKLIN ST. | HARTWELL | GA | HARTWELL PARTNERSHIP | 3/8/15 | 5X5 years | PR, EO |
| 1034 | 245 ROSMAN HWY | BREVARD | NC | BAKER AND BAKER | 11/14/09 | 5X5 years | PR |
| 1036 | 507 N. CAROLINE ST. | LAURENS | SC | BLAKE P. GARRETT, JR. AND GEORGE B. NALLEY, JR. | 4/6/08 | 3X5 years | PR, EO |
| 1049 | 1561 W. HWY 123 | SENECA | SC | APPLEWOOD SHOPPING CENTER | 10/26/13 | 5X5 years | PR, EO |
| 1055 | 805 W. WADE HAMPTON BLVD. | GREER | SC | GREER PLAZA, INC. | 9/7/14 | 5X5 years | PR, EO |
| 1057 | 21 ROE RD. | TRAVELERS REST | SC | GREENVILLE GROCERY LLC. | 11/29/15 | 5X5 years | PR, EO |
| 1076 | 1481 CHESTNUT DR. | ORANGEBURG | SC | DIXIELAND SC, LLC. | 6/18/17 | 5X5 years | PR, EO |
| 1077 | 1820 WILSON RD. | NEWBERRY | SC | GLIMCHER PROPERTIES L.P. | 12/9/07 | 5X5 years | PR, EO |
| 1084 | 951 GROVE RD. | GREENVILLE | SC | RIVER OAKS PARTNERSHIP | 8/15/09 | 5X5 years | PR, EO |
| 1086 | 320 ROBERT SMALLS PKWY | BEAUFORT | SC | USPG PORTFOLIO TWO, LLC. | 7/17/11 | 5X5 years | PR, EO |
| 1092 | 3655 RIVERS AVE. | CHARLESTON | SC | ATLANTIC CAROLINA RETAIL, LLC. | 5/13/05 | 1X5 years | PR |
| 1095 | 136 SEA ISLAND PKWY | BEAUFORT | SC | GALILEO CMBS T1 HL, LLC. | 9/30/08 | 3X5 years | PR, EO |
| 1098 | 134 FOOTHILLS DR. | WEST UNION | SC | FOOTHILLS PARTNERSHIP | 8/2/15 | 5X5 years | PR, EO |
| 1203 | 1520 E. GREENVILLE ST. | ANDERSON | SC | WINDSOR PLACE | 9/26/10 | 5X5 years | PR, EO |
| 1220 | 1049 E. MAIN ST. | WESTMINSTER | SC | WD WESTMINSTER SC, LLC. | 12/10/17 | 5X5 years | PR, EO |

EXHIBIT B

## Schedule of Targeted Stores

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description |
|---|---|---|---|---|---|---|---|
| 1223 | 6101 CALHOUN MEMORIAL HWY | EASLEY | SC | TOWN 'N COUNTRY REALTY OF EASLEY, INC. | 12/31/13 | 4X5 years | |
| 1225 | 700 MAIN ST. | DUNCAN | SC | OAKDALE INVESTORS L.P. | 6/1/14 | 5X5 years | PR, EO |
| 1232 | 1407 N. MAIN ST | ABBEVILLE | SC | MORRO PALMS SHOPPING CENTER | 9/5/13 | 5X5 years | PR, EO |
| 1234 | 300 KNOX ABBOTT DR. | CAYCE | SC | PARKLAND PARTNERSHIP L.P. | 3/31/19 | 5X5 years | |
| 1235 | 675 MAIN ST. | WEST COLUMBIA | SC | SHARRON BLACKWELL | 4/26/15 | 5X5 years | PR, EO |
| 1238 | 2768 DECKER BLVD. | COLUMBIA | SC | L.W. SMITH, JR. TRUST | 3/4/18 | 5X5 years | PR, EO |
| 1242 | 500-1 OLD GREENVILLE HWY | CLEMSON | SC | LANGSTON PLACE | 11/2/14 | 5X5 years | PR, EO |
| 1243 | 1014 AUGUSTA RD. SE. | THOMSON | GA | MCDUFFIE SQUARE, L.P. | 11/18/07 | 5X5 years | PR, EO |
| 1244 | 529 HAMPTON AVE. | PICKENS | SC | PICKENS-NALLY, L.P. | 2/15/15 | 5X5 years | PR, EO |
| 1248 | 1703 ELM ST. W. | HAMPTON | SC | RETAIL CENTER HAMPTON, LLC. | 12/13/15 | 5X5 years | PR, EO |
| 1249 | 99 WAYNESVILLE PLAZA | WAYNESVILLE | NC | WAYNESVILLE SHOPPING CENTER, LLC. | 8/23/05 | 4X5 years | PR |
| 1255 | 441 N. DUNCAN BYPASS | UNION | SC | DEVELOPERS DIVERSIFIED REALTY CORP. | 12/12/10 | 5X5 years | PR, EO |
| 1256 | 895 SPRINGFIELD RD. | SPARTANBURG | SC | IVEY ELECTRIC COMPANY | 11/1/15 | 5X5 years | PR, EO |
| 1257 | 254 CEDAR SPRINGS RD. | SPARTANBURG | SC | CEDAR SPRINGS CENTER ASSOCIATES | 5/17/05 | 6X5 years | |
| 1258 | 315 BYPASS 72 | GREENWOOD | SC | STOCKMAN AND NALLEY PARTNERSHIP | 7/31/14 | 2X5 years + 1X10 years | PR, EO |
| 1259 | 2551 US 25 S. | GREENWOOD | SC | FRANK BOREN | 2/11/18 | 5X5 years | PR, EO |
| 1264 | 1529 REIDVILLE RD. | SPARTANBURG | SC | 12TH STREET & WASHINGTON | 12/1/13 | 5X5 years | PR, EO |
| 1269 | 110 WILKINSVILLE HWY | GAFFNEY | SC | SOUTHWAY INVESTORS | 11/28/09 | 4X5 years | PR, EO |
| 1284 | 4487 COLUMBIA RD. | MARTINEZ | GA | ARROWHEAD NET LEASE, L.P. | 6/5/12 | 5X5 years | PR, EO |
| 1289 | 366 FURY'S FERRY RD. | MARTINEZ | GA | FURY'S FERRY SHOPPES | 12/5/10 | 5X5 years | PR, EO |
| 1290 | 273 FRANKLIN PLAZA DR. | FRANKLIN | NC | PHIL DRAKE AND SUSAN DRAKE | 2/1/09 | 3X5 years | EO |
| 1297 | 642 SULPHUR SPRINGS RD. | GREENVILLE (BEREA) | SC | WESTSIDE CITY, INC. | 2/10/13 | 5X5 years | PR, EO |
| 1301 | 5777 TERRY RD. | JACKSON | MS | SOUTHGATEREALTY, LLC. | 4/30/11 | 4X5 years | PR, EO |
| 1303 | 212 E. GOVERNMENT ST. | BRANDON | MS | EASTGATE CENTER, LLC. | 11/29/09 | 2X5 years | PR |
| 1305 | 2526 ROBINSON RD. | JACKSON | MS | WESTLAND PLAZA ASSOCIATES, L.P. | 6/30/11 | 4X5 years | PR |
| 1306 | 5653 HWY 25 | BRANDON | MS | H.C. PLUNKETT | 3/31/16 | 4X5 years | PR |
| 1314 | 902 1/2-912 E. FORTIFICATION | JACKSON | MS | WOODBERRY PLAZA (E & A), LLC.; & ENGLISH VILLAGE, LLC | 3/31/14 | 8X5 years | GL, PR |
| 1317 | 301 E. BROADWAY ST. | YAZOO CITY | MS | MID-SOUTH YAZOO | 12/31/07 | 1X5 years | PR |
| 1323 | 134 MARKETPLACE | HAZLEHURST | MS | BENNETT V. YORK | 7/31/11 | 4X5 years | PR, EO |
| 1328 | 1206 GRAND AVE. | YAZOO CITY | MS | CROWDER FAMILY JOINT VENTURE | 11/30/09 | 1X5 years | PR, EO |
| 1331 | 2339 HWY 15 N. | LAUREL | MS | NORTHWEST JUNCTION PARTNERS | 11/30/05 | 4X5 years | PR, EO |
| 1337 | 1209 DELAWARE AVE. | MCCOMB | MS | CPM ASSOCIATES, L.P. | 9/30/13 | NONE | PR, EO |
| 1346 | 476 W. 3RD. ST. | FOREST | MS | H.C. PLUNKETT | 1/31/13 | 4X5 years | PR |
| 1349 | 481 MILITARY ST. | HAMILTON | AL | HAMILTON SQUARE, LLC. | 5/31/05 | 1X5 years | PR |
| 1350 | 6240 OLD CANTON RD. | JACKSON | MS | ECKSTEIN PROPERTIES | 6/30/09 | 4X5 years | PR, EO |
| 1358 | 420 W. BEACH BLVD. | PASS CHRISTIAN | MS | PASS CHRISTIAN VILLAGE | 6/30/15 | 4X5 years | PR, EO |
| 1360 | 705 HWY 49 BYPASS | MAGEE | MS | EDENS & AVANT PROPERTIES L.P. | 1/31/07 | 4X5 years | PR, EO |
| 1362 | 398 HWY 51 N. | RIDGELAND | MS | SCHOOL ST CROSSING L.P. | 5/31/14 | 5X5 years | PR, EO |
| 1372 | 1022 HWY 51 N. | MADISON | MS | MADISON STATION PROPERTIES, LLC. | 2/28/11 | 4X5 years | PR, EO |
| 1402 | 107 HWY 80 E. | CLINTON | MS | NEW PLAN EXCEL REALTY TRUST | 2/9/25 | NONE | PR |
| 1413 | 1070 SPILLWAY CIRCLE | BRANDON | MS | NORTH SHORE CROSSINGS, LLC. | 11/30/24 | NONE | PR |
| 1442 | 3439 HWY 1 S. | DONALDSONVILLE | LA | JWV (LA.), LLC. | 11/30/12 | 5X5 years | PR, EO |
| 1455 | 1150 W. ST. PETER ST. | NEW IBERIA | LA | NEW IBERIA INVESTORS, LLC. | 3/2/08 | 3X5 years | PR, EO |
| 1458 | 5963 PLANK RD. | BATON ROUGE | LA | METRO INTERNATIONAL PROPERTY FUND | 6/22/09 | 6X5 years | PR, EO |
| 1466 | 280 MAIN ST. | BAKER | LA | EBR PARTNERSHIP | 11/14/14 | 5X5 years | PR, EO |
| 1468 | 1218 ST. CHARLES | HOUMA | LA | MYSTIC, LLC. | 4/30/14 | 4X5 years | PR, EO |
| 1469 | 1815 PROSPECT ST. | HOUMA | LA | LYNN KIRK MANAGEMENT | 4/16/17 | 5X5 years | PR, EO |
| 1471 | 2418 S. UNION | OPELOUSAS | LA | LRS GENERAL PARTNERSHIP | 2/2/14 | 5X5 years | PR, EO |
| 1541 | 241 TUNICA VILLAGE | MARKSVILLE | LA | TUNICA VILLAGE PARTNERSHIP | 11/18/07 | 3X5 years | PR, EO |
| 1544 | 805 SHIRLEY RD. | BUNKIE | LA | BUNKIE INVESTMENT COMPANY, INC. | 2/26/17 | 5X5 years | PR, EO |
| 1547 | 3123 HWY 28 E. | PINEVILLE | LA | LA SALA PINEBROOK ASSOCIATES L.P. | 2/26/06 | 4X5 years | PR, EO |
| 1551 | 2723 W. PINHOOK | LAFAYETTE | LA | SAWICKI REALTY CO. | 4/2/17 | 5X5 years | PR, EO |
| 1556 | 375 CANAL BLVD. | THIBODAUX | LA | HASCO PROPERTIES | 4/30/16 | 6X5 years | PR, EO |
| 1566 | 4617 SHREVEPORT HWY | PINEVILLE | LA | FRED CHIKOVSKY | 7/5/12 | 5X5 years | PR, EO |
| 1578 | 12250 PLANK RD. | BATON ROUGE | LA | THE BROOKWOOD PARTNERSHIP | 6/5/07 | 5X5 years | PR, EO |
| 1585 | 5355 GOVERNMENT ST. | BATON ROUGE | LA | IPF/HEIGHTS L.P. | 7/31/05 | 4X5 years | PR, EO |
| 1587 | 209 S. AIRLINE HWY | GONZALES | LA | ASHY-BROWN GONZALES | 9/11/11 | 5X5 years | PR, EO |
| 1589 | 402 S. RANGE AVE. | DENHAM SPRINGS | LA | SG PARTNERSHIP | 9/29/16 | 5X5 years | EO |

**EXHIBIT B**

## Schedule of Targeted Stores

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description |
|---|---|---|---|---|---|---|---|
| 1806 | 2500 LIMESTONE PKWY | GAINESVILLE | GA | JEFFERSON-PILOT LIFE INSURANCE CO. | 8/16/15 | 5X5 years | PR, EO |
| 1807 | 1750 VERNON ST. SUITE K | LAGRANGE | GA | SOUTHMARK PROPERTIES, LLC. | 10/29/17 | 5X5 years | PR, EO |
| 1826 | 1850 N. COLUMBIA ST. | MILLEDGEVILLE | GA | L.P.I MILLEDGEVILLE, INC. | 8/31/14 | 5X5 years | PR, EO |
| 1827 | 2415 JEFFERSON RD. | ATHENS | GA | HOMEWOOD ASSOCIATES, INC. | 5/1/16 | 5X5 years | PR, EO |
| 1834 | 4066 LEXINGTON HWY | ATHENS | GA | WILLOWOOD PARTNERS LTD. | 1/13/08 | 5X5 years | PR, EO |
| 1851 | 1145 HWY 441 N. | CORNELIA | GA | NEW PLAN EXCEL REALTY TRUST | 12/28/09 | 4X5 years | PR, EO |
| 1860 | 2518 CLEVELAND HWY | DALTON | GA | N.K.C. PROPERTIES | 8/6/17 | 5X5 years | PR, EO |
| 1872 | 150 HWY 138 | MONROE | GA | WTH II, LLC. | 6/15/18 | 6X5 years | PR, EO |
| 1903 | 2900-B TRIANA BLVD. | HUNTSVILLE | AL | CROSSROADS CENTER, LTD. | 6/12/06 | 5X5 years | PR, EO |
| 1904 | 200-G OAKWOOD AVE. | HUNTSVILLE | AL | BRONZE CENTERS, L.P. | 5/10/10 | 5X5 years | PR, EO |
| 1906 | 990 COX CREEK PKWY | FLORENCE | AL | NEW PLAN REALTY OF ALABAMA, INC. | 9/18/05 | 6X5 years | PR, EO |
| 1907 | 114 BONNERS POINT | ROANOKE | AL | BONNER'S POINT, LLC. | 1/15/06 | 4X5 years | PR, EO |
| 1908 | 4800 WHITESBURG DR. | HUNTSVILLE | AL | PREMIER PROPERTIES & FS ALABAMA LTD. PTNRSH | 9/30/07 | 4X5 years | PR, EO |
| 1909 | 1000 BELTLINE RD. SW. | DECATUR | AL | E. LEE BARRAN, JAY BARRAN & JOHN & MARY EYSTER | 4/24/09 | 4X5 years | PR, EO |
| 1912 | 1338 WINCHESTER RD. | HUNTSVILLE | AL | E & A SOUTHEAST, L.P. | 12/11/16 | 5X5 years | PR, EO |
| 1913 | 100 SUITE H HWY 31 N. | ATHENS | AL | BRIGHT-MEYERS DUBLIN ASSOC. L.P. | 12/8/05 | 5X1 year | EO |
| 1914 | 7950 HWY 72 W. | MADISON | AL | NORTH MADISON ASSOCIATES, LTD. | 1/18/15 | 4X5 years | PR, EO |
| 1915 | 12290 US HWY 231/431 | MERIDIANVILLE | AL | FLINT CROSSING, LLC. | 11/15/15 | 5X5 years | PR, EO |
| 1917 | 1161 HWY 72 | KILLEN | AL | KILLEN MARKETPLACE, LLC. | 11/3/19 | 5X5 years | PR, EO |
| 1933 | 11150 DAYTON PIKE | SODDY DAISY | TN | GRE PROPERTIES, LLC. | 10/16/16 | 5 X 5 years | PR, EO |
| 1935 | 9408 APISON PIKE | OOLTEWAH | TN | NP OF TENNESSEE LP | 5/15/16 | 5 X 5 years | PR, EO |
| 1936 | 8644 E. BRAINERD | CHATTANOOGA | TN | SOUTHEAST US RETAIL FUND L.P. | 7/16/17 | 5 X 5 years | PR, EO |
| 1938 | 3801 TENNESSEE AVE. | CHATTANOOGA | TN | EXCEL REALTY PARTNERS L.P. | 8/30/15 | 5 X 5 years | PR, EO |
| 1942 | 8530 HIXSON PIKE | HIXSON | TN | NORTH HIXSON MARKETPLACE, LLC. | 12/6/15 | 5 X 5 years | PR, EO |
| 1944 | 8634 HWY 58 | HARRISON | TN | THE UHLMAN COMPANY | 7/26/16 | 5 X 5 years | PR, EO |
| 1998 | 908 HOGANVILLE RD. | LAGRANGE | GA | LA GRANGE MARKETPLACE, LLC. | 6/14/09 | 4X5 years | PR, EO |
| 2001 | 5300 SUNSET RD. | CHARLOTTE | NC | B.V. BELK, JR. | 9/30/07 | 4X5 years | PR, EO |
| 2002 | 3122 E.WAY DR. | CHARLOTTE | NC | BLAINE LAKE, LLC. | 8/20/08 | 5X5 years | PR |
| 2003 | 3112 MILTON RD. | CHARLOTTE | NC | B.V. BELK INVESTMENTS; AND CCP EMPLOYEE PROFIT SHARING PLAN & TRUST | 7/23/06 | 14X5 years | GL, PR, EO |
| 2004 | 525 LITTLE ROCK RD. | CHARLOTTE | NC | PAW CREEK CROSSING L.P. | 12/18/16 | 5X5 years | PR, EO |
| 2006 | 1526 ALLEGHANY RD. | CHARLOTTE | NC | CITY VIEW, LLC. | 6/2/13 | 5X5 years | PR, EO |
| 2008 | 818 E. ARROWOOD RD. | CHARLOTTE | NC | EDENS & AVANT FINANCING L.P. | 4/7/13 | 5X5 years | PR, EO |
| 2014 | 13639 PROVIDENCE RD. | MATTHEWS | NC | WEDDINGTON ASSOCIATES | 11/16/14 | 5X5 years | PR, EO |
| 2015 | US HWY 29-64 LEXINGTON CTR. | LEXINGTON | NC | WAREHOUSES, INC.; ASSOC. INVESTMENTS; AND VICTOR JOHN | 1/31/10 | 5X5 years | PR, EO |
| 2019 | 1033 RANDOLPH ST. | THOMASVILLE | NC | SOUTHGATE PLAZA ASSOCIATES, LLC. | 8/27/17 | 5X5 years | PR, EO |
| 2022 | 265 E.CHESTER DR. | HIGH POINT | NC | H.P.M. L.P. | 6/14/15 | 5X5 years | PR, EO |
| 2024 | 10215 UNIVERSITY CITY BLVD. | CHARLOTTE | NC | PRIMAX PROPERTIES, LLC. | 11/13/16 | 5X5 years | PR, EO |
| 2025 | 189 HICKORY TREE RD. | WINSTON SALEM | NC | GLENWOOD MIDWAY COMPANY, LLC. | 3/18/18 | 5X5 years | PR, EO |
| 2029 | 1650 E. BRD. ST. | STATESVILLE | NC | BROAD STREET STATION SHOPPING CENTER, LLC. | 12/14/14 | 5X5 years | PR, EO |
| 2031 | 2620 S. MAIN ST. | HIGH POINT | NC | MARKET PLACE PARTNERS | 10/31/12 | 5X5 years | PR, EO |
| 2032 | 710 JAKE ALEXANDER BLVD. | SALISBURY | NC | LEATHERMAN ASSOCIATES | 12/31/14 | 5X5 years | PR |
| 2036 | 908 N. SALISBURY AVE. | SALISBURY | NC | ROBERT H. PALMER, JR. | 8/4/13 | 5X5 years | PR, EO |
| 2038 | 1460 S. MAIN ST. | CHINA GROVE | NC | PRIMO JUSTICE PROPERTIES, LLC. | 6/8/14 | 5X5 years | PR, EO |
| 2039 | 1605 NEW GARDEN RD. | GREENSBORO | NC | KRUSCH PROPERTIES, LLC. | 2/24/19 | 5X5 years | PR, EO |
| 2040 | 5322 LIBERTY RD. | GREENSBORO | NC | BILL AGAPION | 2/25/08 | 3X5 years | PR |
| 2045 | 1206 ROCKINGHAM RD. | ROCKINGHAM | NC | JOHN H.O. LAGATTA | 1/4/10 | 1X10 year + 3X5 years | PR, EO |
| 2048 | 950 S. CANNON BLVD. | KANNAPOLIS | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC. | 9/28/14 | 5X5 years | PR, EO |
| 2049 | 1421 E. CONE BLVD. | GREENSBORO | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 12/7/14 | 5X5 years | PR, EO |
| 2051 | 742 W. HWY 27 | LINCOLNTON | NC | LIFTER PROPERTIES LAND TRUST AGREEMENT | 4/5/15 | 5X5 years | PR, EO |
| 2052 | 301 EARL RD. | SHELBY | NC | AL DAN PENSION INVESTMENTS - I | 9/3/06 | 5X5 years | PR, EO |
| 2055 | 6404 WILKINSON BLVD. | BELMONT | NC | BELMONT/CENTERMARK, L.P. | 9/30/13 | 4X5 years | PR, EO |
| 2056 | 3146 DALLAS HWY | DALLAS | NC | WINDSOR STATION LIMITED LIABILITY COMPANY | 5/14/17 | 5X5 years | PR, EO |
| 2061 | 2727 S. CHURCH ST. | BURLINGTON | NC | BURLINGTON ASSOCIATES L.P. | 6/19/16 | 5X5 years | PR, EO |
| 2062 | 1020 MEBANE OAK RD. | MEBANE | NC | WCL FIVE, LLC. | 11/10/19 | 5X5 years | PR, EO |
| 2063 | 2557 W. FRANKLIN AVE. | GASTONIA | NC | LAKE MARY, L.P. | 6/6/10 | 4X5 years | PR |
| 2066 | 1003 W. MAIN ST. | HAW RIVER | NC | THE VILLAGE MARKETPLACE OF HAW RIVER, INC. | 11/2/14 | 5X5 years | PR, EO |
| 2068 | 668 S. BROADWAY | FOREST CITY | NC | SOUTH BROADWAY CORP. | 5/8/06 | 5X5 years | PR |
| 2070 | 2449 N. CENTER ST. | HICKORY | NC | GEORGE B. NALLEY, JR. | 1/31/10 | 3X5 years | PR |

**EXHIBIT B**

## Schedule of Targeted Stores

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description |
|---|---|---|---|---|---|---|---|
| 2073 | 640 S. VANBUREN RD. STE. W | EDEN | NC | EDEN MEADOW GREENS ASSOCIATES L.P. | 2/28/16 | 5X5 years | PR, EO |
| 2076 | US HWY 70/MAIN ST. | HILDEBRAN | NC | HILDEBRAN ASSOCIATES | 10/3/09 | 3X5 years | PR, EO |
| 2079 | 425 WASHINTON ST. | NEWTON | NC | NEWTON ASSOCIATES | 10/6/13 | 5X5 years | PR, EO |
| 2081 | US 74/ SPRING ST. | KINGS MOUNTAIN | NC | CALDWELL REALTY & INVESTMENT CO. | 1/31/08 | 5X5 years | PR, EO |
| 2082 | 315 N. MAIN ST. | MARION | NC | MARION'S HOPE, LLC. | 5/28/06 | 5X5 years | PR, EO |
| 2083 | 2515 12TH AVE. N.E. | HICKORY | NC | SPRINGS CORNERS, LLC. | 11/15/15 | 5X5 years | PR, EO |
| 2084 | 2970 S. NEW HOPE RD. | GASTONIA | NC | RIAL CORPORATION | 10/7/07 | 5X5 years | PR, EO |
| 2087 | 109 E. DALLAS RD. | STANLEY | NC | IRT PARTNERS L.P. | 10/2/06 | 5X5 years | PR, EO |
| 2090 | 2575 HWY 105 | BOONE | NC | ASTON-FIDLER L.P. | 6/30/13 | 5X5 years | PR, EO |
| 2093 | 31 PINEWOOD RD. | GRANITE FALLS | NC | PINEWOOD PLAZA ASSOCIATES, INC. | 7/19/10 | 5X5 years | PR |
| 2095 | 111 INDEPENDENCE BLVD. | MORGANTON | NC | INDEPENDENCE CROSSING, LLC. | 7/16/17 | 5X5 years | PR, EO |
| 2099 | 2620 E. MAIN ST. | LINCOLNTON | NC | SADDLE FUND I L.P. | 11/21/09 | 16X5 years | GL, PR, EO |
| 2101 | 11108 S. TRYON ST. | CHARLOTTE | NC | PMT PARTNERS V, LLC. | 1/6/19 | 5X5 years | PR, EO |
| 2103 | 7720 NC 770 | EDEN | NC | BILL AGAPION | 8/27/05 | 3X5 years | PR, EO |
| 2104 | 9759 SAM FURR RD. | HUNTERSVILLE | NC | NORTHCROSS LAND AND DEVELOPMENT LTD. PARTNERSHIP | 4/23/17 | 5X5 years | PR, EO |
| 2106 | 8322 PINEVILLE MATHEWS RD. | CHARLOTTE | NC | HERITAGE SPE, LLC. | 12/2/07 | 5X5 years | PR, EO |
| 2108 | 4400 POTTER RD. | STALLINGS | NC | POTTER SQUARE ASSOCIATES L.P. | 12/1/13 | 5X5 years | PR, EO |
| 2112 | 3008 OLD HOLLOW RD. | WALKERTOWN | NC | RAPPAPORT MANAGEMENT CO. | 1/6/08 | 4X5 years | PR, EO |
| 2150 | 1329 W. HWY 160 | FORT MILL | SC | SPRINGLAND ASSOCIATES, LLC. | 9/30/12 | 4X5 years + 2x10 years | PR |
| 2151 | 1401 E. MAIN ST. | ROCK HILL | SC | BELLEVIEW SQUARE CORP. | 6/22/08 | 5 X 5 years | PR, EO |
| 2155 | 1787 CHERRY RD. | ROCK HILL | SC | EBINPORT ASSOCIATES | 4/2/15 | 5 X 5 years | PR, EO |
| 2156 | 158 HWY 274 | LAKE WYLIE | SC | E & A SOUTHEAST, L.P. | 6/18/17 | 5 X 5 years | PR, EO |
| 2157 | 933 HECKLE BLVD. | ROCK HILL | SC | EQUITY ASSOCIATES | 1/10/10 | 5 X 5 years | PR, EO |
| 2159 | 4124 CELANESE RD. | ROCK HILL | SC | MUSEUM ASSOCIATES | 8/21/11 | 5 X 5 years | PR, EO |
| 2160 | 1131 N. HWY 321 | YORK | SC | VENTURES, LLC. | 5/13/18 | 5 X 5 years | PR, EO |
| 2165 | 325 W. WESMARK BLVD. | SUMTER | SC | LUCY COMPANY OF SOUTH CAROLINA | 10/17/14 | year to year | PR, EO |
| 2177 | 599 LANCASTER RD. | CHESTER | SC | MALCOLM ROSENBERG; & ROBERT H. PALMER (GROUND LEASE) | 2/4/07 | 8 x 5 years | GL, PR, EO |
| 2180 | 2025 MORGANTON BLVD. | LENOIR | NC | LENOIR PARTNERS, LLC | 5/5/19 | 5X5 years | PR, EO |
| 2196 | 421-A BYPASS | N. WILKESBORO | NC | DAY PROPERTIES, LLC. | 1/17/10 | 4X5 years | PR, EO |
| 2200 | 4008 WINTER GARDEN VINELAND RD. | WINTER GARDEN | FL | SCP WINTER GARDEN FL, LLC. | 6/19/22 | 5X5 years | PR |
| 2202 | 2675 E GULF TO LAKE HWY | INVERNESS | FL | CMC REAL ESTATE PROGRAM 1988-1, LT | 8/12/07 | 5X5 years | PR, EO |
| 2240 | 4058 13TH ST. | ST CLOUD | FL | THE OAKS SHOPPING CENTER, INC. | 7/18/10 | 5X5 years | PR, EO |
| 2262 | 18840 NEW US HWY 441 | MT DORA | FL | MT. DORA MARKETPLACE, LTD. | 8/27/06 | 5X5 years | PR, EO |
| 2282 | 12351 S. ORANGE BLSM TR. | ORLANDO | FL | SOUTHCHASE INVESTORS, LLC. | 5 X 5 | 5X5 years | PR, EO |
| 2293 | 5465 LAKE HOWELL RD. | WINTER PARK | FL | LAKE HOWELL PLAZA PARTNERSHIP | 1/11/10 | 4X5 years | PR, EO |
| 2294 | 3053 ALOMA AVE. | OVIEDO | FL | ORLANDO 99-FL, LLC. | 8/31/19 | 6X5 years | PR, EO |
| 2295 | 4195 LAKE MARY BLVD. W. | LAKE MARY | FL | SANDEFUR INVESTMENTS, INC. | 5/21/17 | 5X5 years | PR, EO |
| 2312 | 1415 S. NOVA RD. | DAYTONA BEACH | FL | GREAT OAK, LLC. | 3/29/09 | 5X5 years | PR, EO |
| 2316 | 624 BARNES BLVD. | ROCKLEDGE | FL | THREE MEADOWS PLAZA PARTNERSHIP | 1/10/16 | 5X5 years | PR, EO |
| 2361 | 10330 S. FEDERAL HWY | PORT ST. LUCIE | FL | MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP | 11/19/17 | 5X5 years | PR, EO |
| 2382 | 155 S. ORLANDO AVE. | MAITLAND | FL | DAUKSCH FAMILY PARTNERSHIP; SAMUEL C. ROPER, JR.; & SNODGRASS HEIRS | 10/1/09 | NONE | GL |
| 2384 | 1074 MONTGOMERY RD. | ALTAMONTE SPRINGS | FL | ALTAMONTE S.S.G., INC. | 10/31/09 | 2X5 years | PR, EO |
| 2391 | 4161 TOWN CENTER BLVD. | ORLANDO | FL | EQUITY ONE (HUNTER'S CREEK) INC. | 9/23/18 | 5X5 years | PR, EO |
| 2620 | 1770 ELLIS AVE., SUITE 100 | JACKSON | MS | E & A SOUTHEAST, L.P. | 4/30/05 | 4X5 years | PR |
| 2622 | 364 MONTICELLO ST. | BROOKHAVEN | MS | E & A SOUTHEAST, L.P. | 11/30/07 | 3X5 years | PR |
| 2623 | 3111 HWY 80 E. | PEARL | MS | MACLAURIN MARTZ | 4/30/05 | NONE | N/A |
| 2624 | 2080 S. FRONTAGE RD. | VICKSBURG | MS | THE CIRIGNANO FAMILY LTD. PARTNERSHIP | 11/30/13 | 4X5 years | N/A |
| 2627 | 3188 W. N.SIDE DR. | JACKSON | MS | NORTHWEST JUNCTION PARTNERS | 9/30/09 | 4X5 years | PR, EO |
| 2629 | 5320 I-55 N. | JACKSON | MS | JACKSON-I55, LLC.; & JAMIL G. NASSER, MD. AND TRUSTEE | 1/31/09 | 1X10 year | GL |
| 2640 | 1150 E. PEACE ST. | CANTON | MS | TOWER ASSOCIATES | 3/31/09 | 3X5 years | PR |
| 2661 | 1601 W. KENNEDY BLVD. | TAMPA | FL | ARTESIA MEDICAL DEVELOPMENT CO. | 12/4/16 | 5X5 years | N/A |
| 2663 | 1270-39 WICKHAM RD. | MELBOURNE | FL | C. & A. LTD., LLC. | 1/19/09 | 5X5 years | N/A |
| 2702 | 4100 REDAN RD. | STONE MOUNTAIN | GA | INDIAN CREEK CROSSING (E & A), LLC. | 7/20/14 | 5X5 years | PR, EO |
| 2703 | 3050H MARTIN LUTHER KING JR. DR. | ATLANTA | GA | WEST RIDGE, LLC. | 7/12/20 | 5X5 years | PR, EO |
| 2704 | 4489 GA HWY 20 S. | CONYERS | GA | SOUTH ROCKDALE SHOPPING CENTER | 10/31/16 | 5X5 years | PR, EO |
| 2705 | 8777 TARA BLVD. | JONESBORO | GA | WILIMINGTON TRUST COMPANY, WILLIAM JADE, ET AL. | 8/31/14 | 5X5 years | PR, EO |
| 2706 | 4331 BROWNSVILLE RD. | POWDER SPRINGS | GA | SOUTHLAND INVESTORS L.P. | 8/31/14 | 6X5 years | EO |
| 2707 | 110 S. CEDAR ST. | MCDONOUGH | GA | MCDONOUGH MARKETPLACE PARTNERS | 9/14/14 | 4X5 years | PR, EO |

EXHIBIT B

## Schedule of Targeted Stores

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description |
|---|---|---|---|---|---|---|---|
| 2708 | 2350 SPRING RD. | SMYRNA | GA | E & A SOUTHEAST, L.P. | 9/28/08 | 4X5 years | PR, EO |
| 2709 | 3121 HWY 34 E. | NEWMAN | GA | CHESTER DIX NEWMAN CORP. | 12/31/16 | 5X5 years | EO |
| 2710 | 2300 SALEM RD. | CONYERS | GA | SOUTHLAND INVESTORS L.P. | 8/31/14 | 5X5 years | PR, EO |
| 2711 | 6335 HWY 85 | RIVERDALE | GA | ALBION PACIFIC PROP RESOURCES | 9/27/20 | 5X5 years | PR, EO |
| 2713 | 4801 LAWRENCEVILLE HWY | LILBURN | GA | CC REALTY INTERMEDIATE FUND I, LTD. | 7/27/08 | 4X5 years | PR, EO |
| 2714 | 6625 HIRAM-DOUGLASVILLE HWY | DOUGLASVILLE | GA | JLR/JAB & TOWN CENTER SHOPPES, LTD. | 4/2/17 | 5X5 years | PR, EO |
| 2715 | 1404 LAWRENCEVILLE SUWANEE RD. | LAWRENCEVILLE | GA | DANIEL G. KAMIN | 3/31/18 | 1X5 years | PR, EO |
| 2716 | 64 W. BANKHEAD HWY | VILLA RICA | GA | VILLA RICA RETAIL PROPERTIES, LLC. | 6/12/16 | 5X5 years | PR, EO |
| 2717 | 3030 BANKHEAD HWY | AUSTELL | GA | JLR/JAB & TOWN CENTER SHOPPES, LTD. | 10/28/07 | 5X5 years | PR, EO |
| 2718 | 5528 PEACHTREE IND. BLVD. | CHAMBLEE | GA | DEVELOPERS DIVERSIFIED REALTY CORP. | 10/31/06 | 5X5 years | PR, EO |
| 2719 | 2985 VILLA RICA HWY SUITE A | DALLAS | GA | COMMERCIAL NET LEASE REALTY, INC. | 1/15/17 | 5X5 years | PR, EO |
| 2720 | 2055 BEAVER RUIN | NORCROSS | GA | INDIAN VILLAGE GROUP, INC. | 11/7/09 | 4X5 years | PR, EO |
| 2721 | 9105 HICKORY FLAT HWY | WOODSTOCK | GA | COMMERCIAL NET LEASE REALTY, INC. | 4/23/17 | 5X5 years | PR, EO |
| 2722 | 1200 BARRETT PKWY | KENNESAW | GA | BARRETT CROSSING SHOPPING CENTER, LLC. | 11/2/08 | 4X5 years | PR, EO |
| 2723 | 5755 ROCKBRIDGE RD. | STONE MOUNTAIN | GA | EDENS & AVANT FINANCING II L.P. | 1/12/09 | 4X5 years | PR, EO |
| 2724 | 1591 GA HWY 20 N. | CONYERS | GA | ADFC, LLC. | 12/3/18 | 5X5 years | PR, EO |
| 2725 | 2849 CANDLER RD. | DECATUR | GA | SANDRA MACKEY | 6/21/10 | 1X5 years | PR |
| 2726 | 2020 HOWELL MILL RD. | ATLANTA | GA | MCW - RC GEORGIA - HOWELL MILL | 1/30/10 | 2X5 years | PR |
| 2727 | 3696 HWY 5 | DOUGLASVILLE | GA | CEDAR MOUNTAIN VILLAGE, LLC. | 8/31/08 | 4X5 years | PR, EO |
| 2728 | 2600 GA HWY 138 | STOCKBRIDGE | GA | WENDY D. SAUPE | 6/2/19 | 6X5 years | PR, EO |
| 2729 | 3101 ROSWELL RD. | MARIETTA | GA | BT MARIETTA, LLC. | 8/28/05 | 4X5 years | PR, EO |
| 2730 | 2020 HEADLAND DR. | EAST POINT | GA | CHK & ASSOCIATES | 11/11/07 | 5X5 years | PR |
| 2731 | 1496 CHURCH ST. | DECATUR | GA | S. STEPHEN SELIG, III AND CATHY SELIG FINE | 11/6/05 | 4X5 years | PR, EO |
| 2732 | 929 JOE FRANK HARRIS PKWY | CARTERSVILLE | GA | BANK OF AMERICA, N.A., AS TRUSTEE WITH BETTY HOLLAND | 6/14/10 | 5X5 years | PR, EO |
| 2733 | 3435 ROOSEVELT HWY | RED OAK | GA | RED OAK SHOPPING CENTER, LLC. | 8/27/06 | 4X5 years | PR, EO |
| 2734 | 1575 LAWRENCEVILLE HWY | LAWRENCEVILLE | GA | BARRY F. O'NEILL | 10/28/07 | 4X5 years | PR, EO |
| 2735 | 850 DOGWOOD RD. | LAWRENCEVILLE | GA | DPG FIVE FORKS VILLAGE, LLC. | 9/26/10 | 4X5 years | PR, EO |
| 2736 | 6459 HWY 42 | REX | GA | NEW PLAN EXCEL REALTY TRUST INC. | 5/30/10 | 4X5 years | PR, EO |
| 2737 | 2116 FAIRBURN RD. | DOUGLASVILLE | GA | NEW PLAN EXCEL REALTY TRUST INC. | 10/4/09 | 4X5 years | PR, EO |
| 2738 | 3590 PANOLA RD. | LITHONIA | GA | SALEM CROSSING SHOPPING CENTER, LLC. | 8/16/09 | 4X5 years | PR, EO |
| 2740 | 4770 BRITT RD. | NORCROSS | GA | MERCHANTS SQUARE INVESTMENT, LLC. | 1/13/08 | 4X5 years | PR, EO |
| 2742 | 8000 ROCKBRIDGE RD. | LITHONIA | GA | P & W STONEBRIDGE, LLC. | 3/14/10 | 4X5 years | PR, EO |
| 2743 | 6169 HWY 278 NW. | COVINGTON | GA | PERIPETY GROUP, INC. | 2/8/10 | 5X5 years | PR |

**\* KEY:**

EO - Lease Expansion Option(s)
GL - Ground Lease
PR - Lease provides for Percentage Rent