UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 05-03817-3F1

**WINN-DIXIE STORES, INC.**
  Debtor.

_____

### NOTICE OF WITHDRAWAL OF
### CREDITOR MARIA CHIANTI BURCH'S AMENDED MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

The Creditor, Maria Chianti Burch, through her undersigned attorney, hereby withdraws her Amended Motion for Relief from Stay in this matter.

CLIVE N. MORGAN, P.A.

/s/ Clive N. Morgan
Clive n. Morgan
Florida Bar No. 357855
6712 Atlantic Boulevard
Jacksonville, Florida 32211
(904) 727-9300
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by United States Mail or electronic mail, this 15th day of July, 2005, to

D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

United States Trustee
135 W Central Blvd., Suite 620
Orlando, FL  32801

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY  10005

Official Committee of Unsecured Creditors
c/o John B. Macdonald
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL  32202

Debtor
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

/s/ Clive N. Morgan