UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,           Case No. 3:05-bk-03817-JAF
                                                        Chapter 11 (Jointly Administered)

          Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

C. Daniel Motsinger of the law firm Krieg DeVault LLP hereby files his appearance herein on behalf of Catamount Rockingham, LLC and John H. O. La Gatta (collectively, "Catamount"), parties-in-interest in the above-captioned case of Winn-Dixie Stores, Inc., ("Debtor").

In addition, and pursuant to Bankruptcy Rules 2002(g) and (i), 2018(a) and 3017(a), Catamount, by counsel, asks that it receive special notice of all matters within the scope of Bankruptcy Rule 2002, all other notices and pleadings that must be sent under the local rules or practice of this Court, and copies of all disclosure statements, plans and other documents that Debtor may file herein with the Court, and that it be placed upon the Bankruptcy Clerk's official electronic service matrix.

Catamount intends that neither this request for notice, nor any later appearance, pleading, claim or suit, shall waive (a) the right of Catamount to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) the right of Catamount to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (c) the right of Catamount to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions,

-2-

defenses, setoffs, or recoupments to which Catamount is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Catamount expressly reserves.

Dated: July 15, 2005          Respectfully submitted,

                  /s/ C. Daniel Motsinger
                 C. Daniel Motsinger
                 Florida Bar No.: 0362875
                 KRIEG DeVAULT LLP
                 One Indiana Square, Suite 2800
                 Indianapolis, IN 46204-2079
                 Telephone: 317/636-4341; Fax: 317/636-1507
                 E-mail: cmotsinger@kdlegal.com

                 Attorneys for Catamount Rockingham, LLC
                 and John H. O. La Gatta

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the parties by depositing a copy of same in the United States mail, first class postage prepaid, or by operation of the Court's electronic filing system on July 15, 2005, as indicated below:

    /s/ C. Daniel Motsinger
C. Daniel Motsinger

| | |
|---|---|
| Adam Ravin | Dennis F. Dunne |
| Skadden Arps Slate Meagher & Flom, LLP | Milbank Tweed & Hadley |
| Four Times Square | 1 Chase Manhattan Plaza |
| New York, NY 10036 | New York, NY 10005 |
| | |
| Elana L. Escamilla | John B. McDonald |
| Office of United States Trustee | Akerman Senterfitt |
| 135 W. Central Boulevard, Suite 620 | 50 N. Laura Street, Suite 2500 |
| Orlando, FL 32806 | Jacksonville, FL 32202 |
| | |
| Cynthia C. Jackson | |
| Smith, Hulsey & Busey | |
| 225 Water Street, Suite 1800 | |
| Jacksonville, FL 32201 | |

KD_IM-626340_1.DOC