UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　Case No.: 3:05-bk-03817-JAF

　　Debtors.　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached First Interim Application of Houlihan Lokey Howard & Zukin Capital as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period March 3, 2005, through May 31, 2005.

Dated:  July 15, 2005　　　　　　　　　　AKERMAN SENTERFITT

　　　　　　　　　　　　　　　　　　　　By: /s/ John B. Macdonald
　　　　　　　　　　　　　　　　　　　　　　John B. Macdonald
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 230340
　　　　　　　　　　　　　　　　　　　　　　E-mail: john.macdonald@akerman.com
　　　　　　　　　　　　　　　　　　　　　　Patrick P. Patangan
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 348340
　　　　　　　　　　　　　　　　　　　　　　E-mail: patrick.patangan@akerman.com
　　　　　　　　　　　　　　　　　　　　　　50 N. Laura St., Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (904) 798-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (904) 798-3730

　　　　　　　　　　　　　　　　　　　　Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA243328;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 15th day of July, 2005 to:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Email: LarryAppel@winn-dixie.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Email: sborders@kslaw.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Email: djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Email: Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Email: Mbarr@milbank.com

/s/ John B. Macdonald
Attorney

{JA243328;1}