# EXHIBIT A

Hilty Certification

UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) <br> ) |
| WINN-DIXIE STORES, INC., *et al.*, | ) Case No. 05-03817-3F1 <br> ) Chapter 11 |
| Debtors. | ) Jointly Administered <br> ) <br> ) |

### CERTIFICATION OF DAVID R. HILTY

DAVID R. HILTY, under penalty of perjury, declares and says:

1. I am a Managing Director of the firm of Houlihan Lokey Howard & Zukin Capital, and I make this certification in support of the First Interim Fee Application of Houlihan Lokey Howard & Zukin Capital for Compensation of Services Rendered and Reimbursement of Expenses for the Period of March 3, 2005 through May 31, 2005 (the "Application")

2. I have read the Local Rules, and believe that this Application complies with the provisions of the Local Rules, the United States Bankruptcy Code and the Orders of this Court.

Sworn to before me on this 13 day of
July 2005

_____
Notary Public

YEMI O. FAWEHINMI
Notary Public, State of New York
No. 01FA6104127
Qualified in New York County
Commission Expires January 12, 20 08

_____
David R. Hilty, Managing Director