# EXHIBIT D

## Summary of Monthly Fees

| Billing Period | Calculation of Monthly Fees, Amounts Paid and Amounts Due ||||||
| --- | --- | --- | --- | --- | --- | --- |
| | Monthly Fees | Less: 20% Holdback | Fees Billed | Less: Amount Paid | Holdback Amount Paid | Total Fees Owed |
| March 3, 2005 - March 31, 2005 | $ 93,548.39 | ($18,709.68) | $74,838.71 | $0.00 | $0.00 | $93,548.39 |
| April 1, 2005 - April 30, 2005 | 100,000.00 | (20,000.00) | 80,000.00 | 0.00 | 0.00 | 100,000.00 |
| May 1, 2005 - May 31, 2005 | 100,000.00 | (20,000.00) | 80,000.00 | 0.00 | 0.00 | 100,000.00 |
| Total Monthly Fees: | $293,548.39 | ($58,709.68) | $234,838.71 | $0.00 | $0.00 | $293,548.39 |