EXHIBIT E

Summary of Expenses

| Summary of Expenses | | | |
|---|---|---|---|
| Billing Period | Expenses Billed | Expenses Paid | Expenses Owed |
| March 3, 2005 - March 31, 2005 | $7,213.95 | 0.00 | $7,213.95 |
| April 1, 2005 - April 30, 2005 | 11,787.71 | 0.00 | 11,787.71 |
| May 1, 2005 - May 31, 2005 | 675.02 | 0.00 | 675.02 |
| Total | $19,676.68 | $0.00 | $19,676.68 |

Houlihan Lokey's policy is to pass along to its clients its expenses incurred on behalf of such clients, without markup or interest charges. Such expenses include the following: airfare, taxi or other airport transportation, hotel charges, travel and working meals, computer research, messenger charges, overnight delivery (when necessary), internal and external photocopying expenses, postage, telecopy expenses, long-distance telephone charges, and other travel-related expenses. To assist the Court in reviewing Houlihan Lokey's request for reimbursement of the expenses incurred in connection with its representation of the Committee, Houlihan Lokey's billing procedures and the general categories of expenses for which it seeks reimbursement by this Application are described below:

1

A. **Airfare:** (coach fare only) Airfare includes necessary travel expenses associated with airplane travel when there is a need for in-person meetings, management interviews, due diligence and working sessions.

During the First Interim Period, Houlihan Lokey billed the Debtors for $8,155.30 in total expenses related to Airfare.

B. **Lodging:** Lodging includes expenses associated with hotel stays and related expenses incurred when out-of-town meetings were required or for necessary overnight stays in connection with working sessions.

During the First Interim Period, Houlihan Lokey billed the Debtors for $1,309.56 in total expenses related to Lodging.

C. **Other Transportation:** Other Transportation includes train ticket expenses, cab fare or other airport transportation, and parking and rental car charges.

During the First Interim Period, Houlihan Lokey billed the Debtors for $2,306.17 in total expenses related to Other Transportation.

D. **Travel / Working Meals:** Houlihan Lokey charged for overtime meals and other meals consumed during meetings with individuals regarding the Chapter 11 cases in order to expedite or facilitate working sessions or for necessary meals during travel.

During the First Interim Period, Houlihan Lokey billed the Debtors for $2,090.88 in total expenses related to Travel/Working Meals.

E. **Telephone/Fax:** Expenses include all telephone/fax usage related to the case.

During the First Interim Period, Houlihan Lokey billed the Debtors for $432.82 in total expenses related to Telephone/Fax.

F. **Computer On-Line Service:** Expenses associated with research on database systems or document retrieval relating to this case. These expenses include disclosure document

charges for comparable public companies' 10Q and 10K reports filed with the SEC that were used to perform valuation analysis. Database charges are incurred using the Lexis/Nexis system in order to obtain analyst reports for the comparable companies. Dow Jones and Bloomberg services are used to obtain current and historical security pricing and news wires. Houlihan Lokey believes these expenses to be required in order to complete standard financial and valuation analysis.

<u>During the First Interim Period, Houlihan Lokey billed the Debtors for $4,537.82 in total expenses related to On-line Resources.</u>

G. **Delivery, Mail & Fed-X:** Houlihan Lokey utilized Federal Express and other overnight delivery services when documents had to be distributed the next day.

<u>During the First Interim Period, Houlihan Lokey billed the Debtors for $12.88 in total expenses related to Delivery.</u>

H. **Office Expense:** Includes photocopy charges, color copy charges, binding materials, etc.

<u>During the First Interim Period, Houlihan Lokey billed the Debtors for $831.25 in total expenses related to Office Expense.</u>