# EXHIBIT G

## Schedule of Daily Time Records

# Winn-Dixie Stores, Inc.

*Houlihan Lokey Howard & Zukin Capital - General Summary of Tasks and Hours*

**DRH** -- David R. Hilty - Managing Director
**SEB** -- Saul E. Burian - Managing Director
**JSS** -- Joshua S. Scherer - Senior Vice President
**AKT** -- Agnes K. Tang - Associate
**PWC** -- Peter W. Chidyllo - Financial Analyst

1 = *Analysis of Debtors' Business Plan and Assets*
2 = *Meetings/Telephone Conferences/Reorganization Process*
3 = *Coordinating DMA and Store Divestiture Process*
4 = *General Research, Analysis and Administrative*
5 = *Hearings, Court Filings, Prep and Testimony*

| March 3, 2005 - March 31, 2005 | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| DRH | 0.0 | 26.5 | 2.0 | 1.0 | 9.0 | **38.5** |
| SEB | 0.0 | 49.0 | 2.0 | 1.0 | 8.0 | **60.0** |
| JSS | 0.0 | 23.0 | 5.0 | 9.5 | 10.5 | **48.0** |
| AKT | 5.5 | 24.0 | 13.0 | 12.0 | 13.0 | **67.5** |
| PWC | 11.5 | 29.0 | 55.0 | 20.0 | 13.0 | **128.5** |
| Total Hours | **17.0** | **151.5** | **77.0** | **43.5** | **53.5** | **342.5** |

| April 1, 2005 - April 30, 2005 | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| DRH | 4.0 | 9.5 | 7.5 | 2.0 | 2.0 | **25.0** |
| SEB | 0.0 | 15.5 | 4.0 | 3.0 | 2.0 | **24.5** |
| JSS | 5.0 | 30.0 | 9.5 | 7.0 | 2.0 | **53.5** |
| AKT | 1.0 | 41.5 | 56.0 | 32.5 | 2.0 | **133.0** |
| PWC | 0.0 | 46.5 | 78.0 | 74.0 | 2.0 | **200.5** |
| Total Hours | **10.0** | **143.0** | **155.0** | **118.5** | **10.0** | **436.5** |

| May 1, 2005 - May 31, 2005 | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| DRH | 1.5 | 19.5 | 4.5 | 5.5 | 3.5 | **34.5** |
| SEB | 0.0 | 42.5 | 0.0 | 3.5 | 2.0 | **48.0** |
| JSS | 4.0 | 30.5 | 3.0 | 9.5 | 3.5 | **50.5** |
| AKT | 16.0 | 20.5 | 8.0 | 30.0 | 20.0 | **94.5** |
| PWC | 19.0 | 35.0 | 0.0 | 61.0 | 91.5 | **206.5** |
| Total Hours | **40.5** | **148.0** | **15.5** | **109.5** | **120.5** | **434.0** |

# Winn-Dixie Stores, Inc.

*Hours Expended by David R. Hilty - Managing Director*

| Date | Day | Activity | See Key for Explanation of Duties 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| 3/3/2005 | R | Reviewed First Day motions; HLHZ capabilities call | | 0.5 | | | 4.0 | 4.5 |
| 3/4/2005 | F | | | | | | | 0.0 |
| 3/5/2005 | S | | | | | | | 0.0 |
| 3/6/2005 | Su | | | | | | | 0.0 |
| 3/7/2005 | M | Multiple calls with professionals and Committee; composition of info request list | | 3.5 | | 1.0 | | 4.5 |
| 3/8/2005 | T | | | | | | | 0.0 |
| 3/9/2005 | W | Committee call on First Day Motions and DIP discussion with Otterbourg | | 4.0 | | | | 4.0 |
| 3/10/2005 | R | Requisite information on HLHZ retention | | | | | 2.0 | 2.0 |
| 3/11/2005 | F | Review retention documents | | 2.0 | | | | 2.0 |
| 3/12/2005 | S | | | | | | | 0.0 |
| 3/13/2005 | Su | | | | | | | 0.0 |
| 3/14/2005 | M | | | | | | | 0.0 |
| 3/15/2005 | T | Call with bondholder | | 1.0 | | | | 1.0 |
| 3/16/2005 | W | | | | | | | 0.0 |
| 3/17/2005 | R | Committee call; review of final orders | | 2.0 | | | 1.0 | 3.0 |
| 3/18/2005 | F | | | | | | | 0.0 |
| 3/19/2005 | S | | | | | | | 0.0 |
| 3/20/2005 | Su | | | | | | | 0.0 |
| 3/21/2005 | M | Committee meeting, along with Company officers, at Skadden's office | | 4.5 | | | | 4.5 |
| 3/22/2005 | T | Calls with Committee members | | 1.0 | | | | 1.0 |
| 3/23/2005 | W | Call with Blackstone | | 1.0 | | | | 1.0 |
| 3/24/2005 | R | Committee call; call with Blackstone | | 2.5 | | | | 2.5 |
| 3/25/2005 | F | | | | | | | 0.0 |
| 3/26/2005 | S | | | | | | | 0.0 |
| 3/27/2005 | Su | | | | | | | 0.0 |
| 3/28/2005 | M | Call with Blackstone | | 1.0 | | | | 1.0 |
| 3/29/2005 | T | Review of DMA Competitive Presentation and retentions; follow-up call with A&M and Blackstone | | 2.0 | 2.0 | | 2.0 | 6.0 |
| 3/30/2005 | W | | | | | | | 0.0 |
| 3/31/2005 | R | Committee call | | 1.5 | | | | 1.5 |
| **March 3, 2005 - March 31, 2005** | | | **0.0** | **26.5** | **2.0** | **1.0** | **9.0** | **38.5** |
| 4/1/2005 | F | | | | | | | 0.0 |
| 4/2/2005 | S | | | | | | | 0.0 |
| 4/3/2005 | Su | | | | | | | 0.0 |
| 4/4/2005 | M | Internal presentation of DMA Presentation; review DMA analysis; call with Committee members | | 2.0 | | | | 2.0 |
| 4/5/2005 | T | Calls with Blackstone | | 1.0 | | | | 1.0 |
| 4/6/2005 | W | | | | | | | 0.0 |
| 4/7/2005 | R | Committee call | | 1.0 | | | | 1.0 |
| 4/8/2005 | F | Review potential store closures | | | 1.5 | | | 1.5 |
| 4/9/2005 | S | | | | | | | 0.0 |
| 4/10/2005 | Su | Due diligence on footprint received from the Company | | | 2.0 | | | 2.0 |
| 4/11/2005 | M | Review Transfer of Venue Motion | | | | | 2.0 | 2.0 |
| 4/12/2005 | T | Review weekly Committee memo | | | | 1.0 | | 1.0 |
| 4/13/2005 | W | Committee call; calls with Committee members on footprint | | 2.0 | | | | 2.0 |
| 4/14/2005 | R | | | | | | | 0.0 |
| 4/15/2005 | F | | | | | | | 0.0 |
| 4/16/2005 | S | | | | | | | 0.0 |
| 4/17/2005 | Su | | | | | | | 0.0 |
| 4/18/2005 | M | Call with Blackstone on sale process and calls with Committee members | | 1.0 | | | | 1.0 |
| 4/19/2005 | T | | | | | | | 0.0 |
| 4/20/2005 | W | Review Footprint Comparison Memo | | | 2.0 | | | 2.0 |
| 4/21/2005 | R | Committee call | | 1.0 | | | | 1.0 |
| 4/22/2005 | F | | | | | | | 0.0 |
| 4/23/2005 | S | | | | | | | 0.0 |
| 4/24/2005 | Su | | | | | | | 0.0 |
| 4/25/2005 | M | | | | | | | 0.0 |
| 4/26/2005 | T | Review agenda for in-person meeting | | | | 1.0 | | 1.0 |
| 4/27/2005 | W | In-person Committee meeting | 4.0 | | | | | 4.0 |
| 4/28/2005 | R | Calls with Committee members regarding the footprint | | 1.5 | | | | 1.5 |
| 4/29/2005 | F | Review DMA analysis | | | 2.0 | | | 2.0 |
| 4/30/2005 | S | | | | | | | 0.0 |
| **April 1, 2005 - April 30, 2005** | | | **4.0** | **9.5** | **7.5** | **2.0** | **2.0** | **25.0** |
| 5/1/2005 | Su | | | | | | | 0.0 |
| 5/2/2005 | M | | | | | | | 0.0 |
| 5/3/2005 | T | Call on retention motions | | 0.5 | | | | 0.5 |
| 5/4/2005 | W | Call with potential buyer | 1.5 | | | | | 1.5 |
| 5/5/2005 | R | Committee call | | 2.0 | | | | 2.0 |
| 5/6/2005 | F | Follow up reclamation call | | 1.0 | | | | 1.0 |
| 5/7/2005 | S | | | | | | | 0.0 |
| 5/8/2005 | Su | | | | | | | 0.0 |
| 5/9/2005 | M | Review reclamation issues and economics | | | | 2.0 | | 2.0 |
| 5/10/2005 | T | Financial advisor subcommittee call | | 1.0 | | | | 1.0 |
| 5/11/2005 | W | Asset sales call | | 1.5 | | | | 1.5 |
| 5/12/2005 | R | Committee call; cash flow variance call | | 2.5 | | | | 2.5 |
| 5/13/2005 | F | Real estate fee call; administrative work | | 0.5 | | 3.0 | | 3.5 |
| 5/14/2005 | S | | | | | | | 0.0 |
| 5/15/2005 | Su | | | | | | | 0.0 |
| 5/16/2005 | M | Call with Oaktree | | 1.0 | | | | 1.0 |
| 5/17/2005 | T | Review bankruptcy documents on case | | | | | 2.0 | 2.0 |
| 5/18/2005 | W | Internal retention analysis | | | | | 1.0 | 1.0 |
| 5/19/2005 | R | Committee call; read reclamation memo | | 1.5 | | 0.5 | | 2.0 |

## Winn-Dixie Stores, Inc.

*Hours Expended by David R. Hilty - Managing Director*

| Date | Day | Activity | See Key for Explanation of Duties | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | Total Hours |
| 5/20/2005 | F | Committee reclamation call | | 2.0 | | | | 2.0 |
| 5/21/2005 | S | | | | | | | 0.0 |
| 5/22/2005 | Su | | | | | | | 0.0 |
| 5/23/2005 | M | Call on sale process and timing | | | 1.5 | | | 1.5 |
| 5/24/2005 | T | Review sales process as it relates to DMA footprint | | | 2.0 | | | 2.0 |
| 5/25/2005 | W | Substantive consolidation call | | 1.0 | | | | 1.0 |
| 5/26/2005 | R | Asset sales update; Committee call | | 2.5 | | | | 2.5 |
| 5/27/2005 | F | Advisor fee discussion; bidding process call; Review WD advisor retention comparison | | 1.0 | | | 0.5 | 1.5 |
| 5/28/2005 | S | | | | | | | 0.0 |
| 5/29/2005 | Su | | | | | | | 0.0 |
| 5/30/2005 | M | Call with Committee members on open issues | | 1.5 | | | | 1.5 |
| 5/31/2005 | T | Call with Milbank on sale process | | | 1.0 | | | 1.0 |
| May 1, 2005 - May 31, 2005 | | | 1.5 | 19.5 | 4.5 | 5.5 | 3.5 | 34.5 |

**Winn-Dixie Stores, Inc.**

*Hours Expended by Saul E. Burian - Managing Director*

| Date | Day | Activity | 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| | | | See Key for Explanation of Duties | | | | | |
| 3/3/2005 | R | Reviewed First Day motions; HLHZ capabilities call | | 0.5 | | | 4.0 | 4.5 |
| 3/4/2005 | F | Discussions with Cmte members and professionals -- retentions, open issues, DIP etc | | 1.5 | | | | 1.5 |
| 3/5/2005 | S | | | | | | | 0.0 |
| 3/6/2005 | Su | | | | | | | 0.0 |
| 3/7/2005 | M | Calls with professionals and Committee; composition of info request list; trade subcmte issues | | 3.5 | | 1.0 | | 4.5 |
| 3/8/2005 | T | Travel to and from Dallas, in person mtg with Milbank and cmte chair; prep for mtg and follow up | | 13.5 | | | | 13.5 |
| 3/9/2005 | W | Committee call on First Day Motions and DIP, updates re discussion with Otterbourg | | 2.5 | | | | 2.5 |
| 3/10/2005 | R | Cmte professionals retention issues | | 2.0 | | | 2.0 | 4.0 |
| 3/11/2005 | F | Follow up re: all relevant issues -- retentions as well | | 1.5 | | | | 1.5 |
| 3/12/2005 | S | | | | | | | 0.0 |
| 3/13/2005 | Su | | | | | | | 0.0 |
| 3/14/2005 | M | | | | | | | 0.0 |
| 3/15/2005 | T | Dip Hrg and follow up | | 2.5 | | | | 2.5 |
| 3/16/2005 | W | Prep for cmte call -- motions, reclamation etc | | 2.0 | | | | 2.0 |
| 3/17/2005 | R | Committee call; review of final orders | | 2.0 | | | 1.0 | 3.0 |
| 3/18/2005 | F | Review of public filings, prep for cmte meeting | | 3.5 | | | | 3.5 |
| 3/19/2005 | S | | | | | | | 0.0 |
| 3/20/2005 | Su | Prep for cmte mtg | | 1.0 | | | | 1.0 |
| 3/21/2005 | M | Committee meeting with Company at Skadden; follow up issues; discussions with cmte chair | | 5.5 | | | | 5.5 |
| 3/22/2005 | T | | | | | | | 0.0 |
| 3/23/2005 | W | Prep for cmte call -- agenda and open issues, calls etc and follow up on open DMA issues | | 1.5 | | | | 1.5 |
| 3/24/2005 | R | Committee call | | 2.0 | | | | 2.0 |
| 3/25/2005 | F | Calls with Committee members | | 0.5 | | | | 0.5 |
| 3/26/2005 | S | | | | | | | 0.0 |
| 3/27/2005 | Su | | | | | | | 0.0 |
| 3/28/2005 | M | | | | | | | 0.0 |
| 3/29/2005 | T | Review of DMA Competitive Presentation and retentions; follow-up with A&M and Blackstone | | 2.0 | 2.0 | | 1.0 | 5.0 |
| 3/30/2005 | W | | | | | | | 0.0 |
| 3/31/2005 | R | Committee call | | 1.5 | | | | 1.5 |
| **March 3, 2005 - March 31, 2005** | | | **0.0** | **49.0** | **2.0** | **1.0** | **8.0** | **60.0** |
| 4/1/2005 | F | | | | | | | 0.0 |
| 4/2/2005 | S | | | | | | | 0.0 |
| 4/3/2005 | Su | Review of recent information received | | | | 2.0 | | 2.0 |
| 4/4/2005 | M | Discussions re: DMA Presentation; discussion with cmte members etc. | | 1.5 | | | | 1.5 |
| 4/5/2005 | T | Internal review of DMA rightsizing issues -- discussion of memo and next steps; follow up | | 2.5 | | | | 2.5 |
| 4/6/2005 | W | prep for cmte call; review of memos | | 1.0 | | | | 1.0 |
| 4/7/2005 | R | Committee call | | 1.0 | | | | 1.0 |
| 4/8/2005 | F | | | | | | | 0.0 |
| 4/9/2005 | S | | | | | | | 0.0 |
| 4/10/2005 | Su | Due diligence on footprint received from the Company | | | 2.0 | | | 2.0 |
| 4/11/2005 | M | Review Transfer of Venue Motion | | | | | 2.0 | 2.0 |
| 4/12/2005 | T | Review weekly Committee memo | | | | 1.0 | | 1.0 |
| 4/13/2005 | W | Committee call & follow up re: issues. Open motions and cmte objections/issues | | 2.5 | | | | 2.5 |
| 4/14/2005 | R | Cmte call and related issues | | 1.5 | | | | 1.5 |
| 4/15/2005 | F | | | | | | | 0.0 |
| 4/16/2005 | S | | | | | | | 0.0 |
| 4/17/2005 | Su | | | | | | | 0.0 |
| 4/18/2005 | M | Further issues re: Venue; follow up re: open motions | | 1.0 | | | | 1.0 |
| 4/19/2005 | T | | | | | | | 0.0 |
| 4/20/2005 | W | Review Footprint Comparison Memo; prep for cmte call | | 0.5 | 2.0 | | | 2.5 |
| 4/21/2005 | R | Committee call | | 1.0 | | | | 1.0 |
| 4/22/2005 | F | Follow up re: all issues | | 2.0 | | | | 2.0 |
| 4/23/2005 | S | | | | | | | 0.0 |
| 4/24/2005 | Su | | | | | | | 0.0 |
| 4/25/2005 | M | | | | | | | 0.0 |
| 4/26/2005 | T | | | | | | | 0.0 |
| 4/27/2005 | W | Update calls and follow up re: status | | 1.0 | | | | 1.0 |
| 4/28/2005 | R | WD cmte call (partial) | | | | | | 0.0 |
| 4/29/2005 | F | | | | | | | 0.0 |
| 4/30/2005 | S | | | | | | | 0.0 |
| **April 1, 2005 - April 30, 2005** | | | **0.0** | **15.5** | **4.0** | **3.0** | **2.0** | **24.5** |
| 5/1/2005 | Su | | | | | | | 0.0 |
| 5/2/2005 | M | Catch up from trip etc | | 0.5 | | | | 0.5 |
| 5/3/2005 | T | Retention call and related issues | | 1.0 | | | | 1.0 |
| 5/4/2005 | W | prep for cmte call; operations; DMA issues; follow up re retentions etc | | 2.0 | | | | 2.0 |
| 5/5/2005 | R | Committee call; reclamation call; review of issues and numbers etc | | 4.5 | | | | 4.5 |
| 5/6/2005 | F | Follow up emails etc | | 0.5 | | | | 0.5 |
| 5/7/2005 | S | | | | | | | 0.0 |
| 5/8/2005 | Su | | | | | | | 0.0 |
| 5/9/2005 | M | Professionals call re: retentions and objections; settlement suggestions re: debtors' professionals | | 4.0 | | | | 4.0 |
| 5/10/2005 | T | Financial advisor subcommittee call; follow up re: settlement offers re: debtors professionals | | 3.5 | | | | 3.5 |
| 5/11/2005 | W | Asset sales call and follow up on open issues | | 2.0 | | | | 2.0 |
| 5/12/2005 | R | Committee call; cash flow variance call; follow up etc | | 2.5 | | | | 2.5 |
| 5/13/2005 | F | Real estate fee call; administrative work | | 0.5 | | 3.0 | | 3.5 |
| 5/14/2005 | S | | | | | | | 0.0 |
| 5/15/2005 | Su | | | | | | | 0.0 |
| 5/16/2005 | M | Reclamation meeting at Skadden (partial); follow up re all issues, including retentions settlement | | 4.5 | | | | 4.5 |
| 5/17/2005 | T | Review bankruptcy documents | | | | | 2.0 | 2.0 |
| 5/18/2005 | W | prep for cmte call re: issues etc | | 1.5 | | | | 1.5 |
| 5/19/2005 | R | Committee call; reclamation memo | | 1.5 | | 0.5 | | 2.0 |

**Winn-Dixie Stores, Inc.**

*Hours Expended by Saul E. Burian - Managing Director*

| Date | Day | Activity | 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| | | | See Key for Explanation of Duties | | | | | |
| 5/20/2005 | F | Committee reclamation call | | 2.0 | | | | 2.0 |
| 5/21/2005 | S | | | | | | | 0.0 |
| 5/22/2005 | Su | | | | | | | 0.0 |
| 5/23/2005 | M | Issues re Substantive Consolidation and Reclamation | | 2.0 | | | | 2.0 |
| 5/24/2005 | T | Follow up re: retentions and other disputed motions etc | | 1.5 | | | | 1.5 |
| 5/25/2005 | W | Substantive consolidation call; APA call, review of materials | | 2.0 | | | | 2.0 |
| 5/26/2005 | R | Asset sales update; Committee call | | 2.5 | | | | 2.5 |
| 5/27/2005 | F | Update re: WD asset sales; update re issues; resolutions of retention issues etc | | 3.0 | | | | 3.0 |
| 5/28/2005 | S | | | | | | | 0.0 |
| 5/29/2005 | Su | | | | | | | 0.0 |
| 5/30/2005 | M | | | | | | | 0.0 |
| 5/31/2005 | T | Follow up re: WD issues | | 1.0 | | | | 1.0 |
| May 1, 2005 - May 31, 2005 | | | 0.0 | 42.5 | 0.0 | 3.5 | 2.0 | 48.0 |

## Winn-Dixie Stores, Inc.

*Hours Expended by Joshua S. Scherer - Senior Vice President*

| Date | Day | Activity | 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| | | | See Key for Explanation of Duties | | | | | |
| 3/3/2005 | R | Reviewed First Day motions | | | | | 2.5 | 2.5 |
| 3/4/2005 | F | | | | | | | 0.0 |
| 3/5/2005 | S | | | | | | | 0.0 |
| 3/6/2005 | Su | | | | | | | 0.0 |
| 3/7/2005 | M | Multiple calls with professionals and Committee; composition of info request list | | 4.0 | | 3.0 | | 7.0 |
| 3/8/2005 | T | Reviewed DIP comparison and comparable trade terms | | | | 2.0 | | 2.0 |
| 3/9/2005 | W | Committee call on First Day Motions and DIP discussion with Otterbourg | | 4.0 | | | | 4.0 |
| 3/10/2005 | R | Requisite information on HLHZ retention | | | | | 2.0 | 2.0 |
| 3/11/2005 | F | | | 1.0 | | | | 1.0 |
| 3/12/2005 | S | | | | | | | 0.0 |
| 3/13/2005 | Su | | | | | | | 0.0 |
| 3/14/2005 | M | Analysis of Milbank documents | | | | | 1.0 | 1.0 |
| 3/15/2005 | T | Court hearing, meeting at Skadden to settle reclamation, PACA and landlord issues | | 5.0 | | | 2.0 | 7.0 |
| 3/16/2005 | W | Review conflict check | | | | | 1.0 | 1.0 |
| 3/17/2005 | R | Review of orders and information received from Debtor's FA | | | | 1.0 | 1.0 | 2.0 |
| 3/18/2005 | F | | | | | | | 0.0 |
| 3/19/2005 | S | | | | | | | 0.0 |
| 3/20/2005 | Su | Administrative work | | | | 2.0 | | 2.0 |
| 3/21/2005 | M | Committee meeting, along with Company officers, at Skadden's office | | 3.5 | | | | 3.5 |
| 3/22/2005 | T | Review weekly Committee memo | | | | 0.5 | | 0.5 |
| 3/23/2005 | W | Call with Blackstone regarding outstanding reclamation and PACA issues | | 1.0 | | | | 1.0 |
| 3/24/2005 | R | Committee call | | 2.0 | | | | 2.0 |
| 3/25/2005 | F | Outline DMA Competitive Presentation | | | 1.0 | | | 1.0 |
| 3/26/2005 | S | | | | | | | 0.0 |
| 3/27/2005 | Su | | | | | | | 0.0 |
| 3/28/2005 | M | Call with A&M regarding separation of duties, creation of separation of duties list | | 0.5 | | 0.5 | | 1.0 |
| 3/29/2005 | T | Review of DMA Competitive Presentation; review weekly Committee memo | | | 2.0 | 0.5 | 1.0 | 3.5 |
| 3/30/2005 | W | | | | | | | 0.0 |
| 3/31/2005 | R | Committee call; writing for DMA Competitive Presentation | | 2.0 | 2.0 | | | 4.0 |
| **March 3, 2005 - March 31, 2005** | | | **0.0** | **23.0** | **5.0** | **9.5** | **10.5** | **48.0** |
| 4/1/2005 | F | | | | | | | 0.0 |
| 4/2/2005 | S | Review of recent information received and competitor tearsheet analysis | | | | 3.0 | | 3.0 |
| 4/3/2005 | Su | | | | | | | 0.0 |
| 4/4/2005 | M | Cash flow walkthrough with A&M and Xroads; internal presentation of DMA Presentation | | 3.0 | | | | 3.0 |
| 4/5/2005 | T | Finalize DMA Competitive Presentation; review weekly Committee memo | | | 1.0 | 0.5 | | 1.5 |
| 4/6/2005 | W | | | | | | | 0.0 |
| 4/7/2005 | R | Committee call; Miami distribution center and store tours | | 11.0 | | | | 11.0 |
| 4/8/2005 | F | Jacksonville store tours and walk through on Bain/Xroads footprint | | 9.0 | | | | 9.0 |
| 4/9/2005 | S | | | | | | | 0.0 |
| 4/10/2005 | Su | Due diligence on footprint received from the Company | | | 2.0 | | | 2.0 |
| 4/11/2005 | M | Review Transfer of Venue Motion | | | | | 2.0 | 2.0 |
| 4/12/2005 | T | Review weekly Committee memo | | | | 0.5 | | 0.5 |
| 4/13/2005 | W | Committee call | | 2.0 | | | | 2.0 |
| 4/14/2005 | R | | | | | | | 0.0 |
| 4/15/2005 | F | Review of footprint due diligence from Jacksonville trip | | | 1.5 | | | 1.5 |
| 4/16/2005 | S | | | | | | | 0.0 |
| 4/17/2005 | Su | Outline Footprint Comparison Memo | | | 1.0 | | | 1.0 |
| 4/18/2005 | M | Call with Blackstone on sale process and calls with Committee members | | 1.0 | | | | 1.0 |
| 4/19/2005 | T | Review weekly Committee memo | | | | 0.5 | | 0.5 |
| 4/20/2005 | W | Review Footprint Comparison Memo | | | 4.0 | | | 4.0 |
| 4/21/2005 | R | Committee call | | 2.0 | | | | 2.0 |
| 4/22/2005 | F | Call with Blackstone on footprint implications | | 1.0 | | | | 1.0 |
| 4/23/2005 | S | | | | | | | 0.0 |
| 4/24/2005 | Su | Internal call | | 1.0 | | | | 1.0 |
| 4/25/2005 | M | Review weekly Committee memo | | | | 0.5 | | 0.5 |
| 4/26/2005 | T | Review agenda for in-person meeting | | | | 1.0 | | 1.0 |
| 4/27/2005 | W | Internal morning call; in-person Committee meeting | 5.0 | | | | | 5.0 |
| 4/28/2005 | R | Administrative work | | | | 1.0 | | 1.0 |
| 4/29/2005 | F | | | | | | | 0.0 |
| 4/30/2005 | S | | | | | | | 0.0 |
| **April 1, 2005 - April 30, 2005** | | | **5.0** | **30.0** | **9.5** | **7.0** | **2.0** | **53.5** |
| 5/1/2005 | Su | | | | | | | 0.0 |
| 5/2/2005 | M | Review weekly Committee memo; internal retention discussion | | | | 0.5 | 1.0 | 1.5 |
| 5/3/2005 | T | Retention call | | 0.5 | | | | 0.5 |
| 5/4/2005 | W | Review retention comparison | | | | | 0.5 | 0.5 |
| 5/5/2005 | R | Committee and reclamation call | | 2.5 | | | | 2.5 |
| 5/6/2005 | F | | | | | | | 0.0 |
| 5/7/2005 | S | | | | | | | 0.0 |
| 5/8/2005 | Su | Review weekly Committee memo; administrative work | | | | 1.0 | | 1.0 |
| 5/9/2005 | M | Call with Blackstone on asset sales | | 1.0 | | | | 1.0 |
| 5/10/2005 | T | Financial advisor subcommittee call | | 1.0 | | | | 1.0 |
| 5/11/2005 | W | Asset sales call | | 1.5 | | | | 1.5 |
| 5/12/2005 | R | Committee call; cash flow variance call | | 2.5 | | | | 2.5 |
| 5/13/2005 | F | Real estate fee call; administrative work | | 0.5 | | 3.0 | | 3.5 |
| 5/14/2005 | S | | | | | | | 0.0 |
| 5/15/2005 | Su | | | | | | | 0.0 |
| 5/16/2005 | M | Reclamation meeting at Skadden | | 7.0 | | | | 7.0 |
| 5/17/2005 | T | Reclamation meeting at Skadden; review weekly Committee memo and bankruptcy documents | | 4.0 | | 2.0 | 1.0 | 7.0 |
| 5/18/2005 | W | Internal retention analysis | | | | | 1.0 | 1.0 |
| 5/19/2005 | R | Committee call; read reclamation memo | | 2.0 | | 0.5 | | 2.5 |

**Winn-Dixie Stores, Inc.**

*Hours Expended by Joshua S. Scherer - Senior Vice President*

| Date | Day | Activity | See Key for Explanation of Duties 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| 5/20/2005 | F | Committee reclamation call | | 2.0 | | | | 2.0 |
| 5/21/2005 | S | | | | | | | 0.0 |
| 5/22/2005 | Su | | | | | | | 0.0 |
| 5/23/2005 | M | Asset sales discussion | | 1.0 | | | | 1.0 |
| 5/24/2005 | T | Review weekly Committee memo and asset sales memo | | | | 1.0 | | 1.0 |
| 5/25/2005 | W | Substantive consolidation call; Boyle asset sales discussion; Draft review of APA and inv rcvy % | 2.0 | 1.5 | 3.0 | | | 6.5 |
| 5/26/2005 | R | Asset sales update; Committee call | | 2.5 | | | | 2.5 |
| 5/27/2005 | F | Advisor fee discussion; bidding process call | | 1.0 | | | | 1.0 |
| 5/28/2005 | S | | | | | | | 0.0 |
| 5/29/2005 | Su | Administrative work | | | | 1.0 | | 1.0 |
| 5/30/2005 | M | Review weekly Committee memo | | | | 0.5 | | 0.5 |
| 5/31/2005 | T | Business plan due diligence | 2.0 | | | | | 2.0 |
| **May 1, 2005 - May 31, 2005** | | | **4.0** | **30.5** | **3.0** | **9.5** | **3.5** | **50.5** |

## Winn-Dixie Stores, Inc.

*Hours Expended by Agnes K. Tang - Associate*

| Date | Day | Activity | See Key for Explanation of Duties 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| 3/3/2005 | R | Reviewed First Day motions | | | | | 4.0 | 4.0 |
| 3/4/2005 | F | | | | | | | 0.0 |
| 3/5/2005 | S | | | | | | | 0.0 |
| 3/6/2005 | Su | Researched comparable trade and change in pre - post petition AP; reviewed DIP comparison | 1.5 | | | 3.0 | | 4.5 |
| 3/7/2005 | M | Multiple calls with professionals and Committee; composition of info request list | | 4.5 | | 3.0 | | 7.5 |
| 3/8/2005 | T | | | | | | | 0.0 |
| 3/9/2005 | W | Committee call on First Day Motions and DIP discussion with Otterbourg | | 2.0 | | | | 2.0 |
| 3/10/2005 | R | Requisite information on HLHZ retention | | | | | 2.0 | 2.0 |
| 3/11/2005 | F | Called Xroads and A&M to discuss information request list | | 1.0 | | | | 1.0 |
| 3/12/2005 | S | | | | | | | 0.0 |
| 3/13/2005 | Su | | | | | | | 0.0 |
| 3/14/2005 | M | Analysis of Milbank documents; follow-up call with Xroads and A&M on information request | | 0.5 | | | 1.0 | 1.5 |
| 3/15/2005 | T | | | | | | | 0.0 |
| 3/16/2005 | W | Completion of conflict check on retention application | | | | | 4.0 | 4.0 |
| 3/17/2005 | R | Committee call, review of orders and analysis on information received from Debtor FA's | | 2.0 | | 3.0 | 1.0 | 6.0 |
| 3/18/2005 | F | | | | | | | 0.0 |
| 3/19/2005 | S | Review, analysis and formatting of sales mix, sales trend, DMA and inventory information | 4.0 | | | | | 4.0 |
| 3/20/2005 | Su | Composition of due diligence questions pertaining to asset dispositions and sales | | | 2.0 | | | 2.0 |
| 3/21/2005 | M | Committee meeting, along with Company officers, at Skadden's office; asset sales analysis | | 4.5 | 1.0 | | | 5.5 |
| 3/22/2005 | T | | | | | | | 0.0 |
| 3/23/2005 | W | | | | | | | 0.0 |
| 3/24/2005 | R | Committee call; call to discuss cash disbursement and First Day Motions payments | | 3.5 | | | | 3.5 |
| 3/25/2005 | F | | | | | | | 0.0 |
| 3/26/2005 | S | | | | | | | 0.0 |
| 3/27/2005 | Su | Review of progress on DMA Competitive Presentation | | | 2.0 | | | 2.0 |
| 3/28/2005 | M | Call with A&M regarding separation of duties; walkthrough with Xroads on Greybook financials | | 2.5 | | | | 2.5 |
| 3/29/2005 | T | Call with A&M and Blackstone; composition of weekly memo and Pathmark update | | 1.5 | 6.0 | | 1.0 | 8.5 |
| 3/30/2005 | W | | | | | | | 0.0 |
| 3/31/2005 | R | Committee call; composition of DMA Competitive Presentation and weekly memo | | 2.0 | 2.0 | 3.0 | | 7.0 |
| **March 3, 2005 - March 31, 2005** | | | **5.5** | **24.0** | **13.0** | **12.0** | **13.0** | **67.5** |
| 4/1/2005 | F | Composition of DMA Competitive Presentation | | | 6.0 | | | 6.0 |
| 4/2/2005 | S | Review of recent information received and competitor tear sheet analysis | | | | 3.0 | | 3.0 |
| 4/3/2005 | Su | Completion of DMA Competitive Presentation for the Committee | | | 8.0 | | | 8.0 |
| 4/4/2005 | M | Cash flow walkthrough with A&M and Xroads; internal presentation of DMA Presentation | | 2.0 | | | | 2.0 |
| 4/5/2005 | T | Finalize DMA Competitive Presentation for the Committee and circulate to the lawyers | | | 6.0 | | | 6.0 |
| 4/6/2005 | W | | | | | | | 0.0 |
| 4/7/2005 | R | Committee call; Miami distribution center and store tours | | 11.0 | | | | 11.0 |
| 4/8/2005 | F | Jacksonville store tours and walk through on Bain/Xroads footprint | | 9.0 | | | | 9.0 |
| 4/9/2005 | S | Review Transfer of Venue Motion | | | | | 2.0 | 2.0 |
| 4/10/2005 | Su | Due diligence on footprint received from the Company | | | 6.0 | | | 6.0 |
| 4/11/2005 | M | Compose weekly Committee memo | | | | 5.0 | | 5.0 |
| 4/12/2005 | T | Food Lion sales call; finalize weekly Committee memo | | 0.5 | | 5.0 | | 5.5 |
| 4/13/2005 | W | Committee call; prepare materials for next two days of due diligence and travel | | 1.0 | | 2.0 | | 3.0 |
| 4/14/2005 | R | Due diligence on footprint in Jacksonville with Xroads and Bain | | 8.0 | | 3.5 | | 11.5 |
| 4/15/2005 | F | Due diligence on footprint in Jacksonville with Xroads and the Company; travel | | 8.0 | | | | 8.0 |
| 4/16/2005 | S | | | | | | | 0.0 |
| 4/17/2005 | Su | Composition of Footprint Comparison Memo | | | 3.0 | | | 3.0 |
| 4/18/2005 | M | Composition of Footprint Comparison Memo | | | 6.0 | | | 6.0 |
| 4/19/2005 | T | Composition of Footprint Comparison Memo; finalize weekly Committee memo | | | 8.0 | 2.0 | | 10.0 |
| 4/20/2005 | W | Finalize Footprint Comparison Memo | | | 8.0 | | | 8.0 |
| 4/21/2005 | R | Send out Footprint Comparison Memo; Committee call | | 1.0 | 5.0 | | | 6.0 |
| 4/22/2005 | F | Administrative work | | | | 2.0 | | 2.0 |
| 4/23/2005 | S | | | | | | | 0.0 |
| 4/24/2005 | Su | Coordinate upcoming activities and Wednesday's meeting; internal call | | 1.0 | | 3.0 | | 4.0 |
| 4/25/2005 | M | Review weekly Committee memo | | | | 3.0 | | 3.0 |
| 4/26/2005 | T | Review agenda for in-person meeting | | | | 1.0 | | 1.0 |
| 4/27/2005 | W | Internal morning call | 1.0 | | | | | 1.0 |
| 4/28/2005 | R | Administrative work; review of store by store analysis | | | | 3.0 | | 3.0 |
| 4/29/2005 | F | | | | | | | 0.0 |
| 4/30/2005 | S | | | | | | | 0.0 |
| **April 1, 2005 - April 30, 2005** | | | **1.0** | **41.5** | **56.0** | **32.5** | **2.0** | **133.0** |
| 5/1/2005 | Su | | | | | | | 0.0 |
| 5/2/2005 | M | Review weekly Committee memo; internal retention discussion | | | | 3.0 | 1.0 | 4.0 |
| 5/3/2005 | T | Retention call; finalize weekly Committee memo | | 0.5 | | 1.0 | | 1.5 |
| 5/4/2005 | W | | | | | | | 0.0 |
| 5/5/2005 | R | Committee and reclamation call; internal memo | | 2.5 | | 1.0 | | 3.5 |
| 5/6/2005 | F | Follow up reclamation call | | 1.0 | | | | 1.0 |
| 5/7/2005 | S | | | | | | | 0.0 |
| 5/8/2005 | Su | Review weekly Committee memo | | | | 1.5 | | 1.5 |
| 5/9/2005 | M | Review retention comparison analysis; finalize weekly Committee memo | | | | 1.0 | 5.0 | 6.0 |
| 5/10/2005 | T | Financial advisor subcommittee call; send memo | | 1.0 | | 1.0 | | 2.0 |
| 5/11/2005 | W | Asset sales call and memo | | 1.5 | 3.0 | 2.0 | | 6.5 |
| 5/12/2005 | R | Committee call; cash flow variance call and analysis; asset sales call follow-up | 5.0 | 3.0 | | | | 8.0 |
| 5/13/2005 | F | Real estate fee call; administrative work | | 0.5 | | 5.0 | | 5.5 |
| 5/14/2005 | S | Review retention comparison analysis | | | | | 8.0 | 8.0 |
| 5/15/2005 | Su | Review weekly Committee memo | | | | 5.0 | | 5.0 |
| 5/16/2005 | M | | | | | | | 0.0 |
| 5/17/2005 | T | Quarterly and MOR analysis; review bankruptcy documents | | | | 3.0 | 1.0 | 4.0 |
| 5/18/2005 | W | | | | | | | 0.0 |
| 5/19/2005 | R | Committee call; review reclamation memo | | 1.5 | | 1.0 | | 2.5 |

## Winn-Dixie Stores, Inc.

*Hours Expended by Agnes K. Tang - Associate*

| Date | Day | Activity | See Key for Explanation of Duties | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | Total Hours |
| 5/20/2005 | F | Committee reclamation call | | 2.0 | | | | 2.0 |
| 5/21/2005 | S | | | | | | | 0.0 |
| 5/22/2005 | Su | | | | | | | 0.0 |
| 5/23/2005 | M | Asset sales discussion | | 1.0 | | | | 1.0 |
| 5/24/2005 | T | Call regarding borrowing base; review weekly Committee memo and asset sales memo | 1.0 | 1.0 | | 2.5 | | 4.5 |
| 5/25/2005 | W | Substantive consolidation call; Boyle asset sales discussion; Draft review of APA and inv rcvy % | 2.0 | 1.5 | 3.0 | | | 6.5 |
| 5/26/2005 | R | Asset sales update; Committee call; asset sales memo | 3.0 | 2.5 | | | | 5.5 |
| 5/27/2005 | F | Advisor fee discussion; bidding process call; Review WD advisor retention comparison | | 1.0 | 2.0 | | 2.0 | 5.0 |
| 5/28/2005 | S | WD advisor retention comparison | | | | | 2.0 | 2.0 |
| 5/29/2005 | Su | WD advisor retention comparison; administrative work | | | | 1.0 | 1.0 | 2.0 |
| 5/30/2005 | M | | | | | | | 0.0 |
| 5/31/2005 | T | Business plan due diligence; review weekly Committee memo | 5.0 | | | 2.0 | | 7.0 |
| May 1, 2005 - May 31, 2005 | | | **16.0** | **20.5** | **8.0** | **30.0** | **20.0** | **94.5** |

## Winn-Dixie Stores, Inc.

*Hours Expended by Peter W. Chidyllo - Financial Analyst*

| Date | Day | Activity | 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| | | | See Key for Explanation of Duties | | | | | |
| 3/3/2005 | R | Reviewed First Day motions | | | | | 4.0 | 4.0 |
| 3/4/2005 | F | | | | | | | 0.0 |
| 3/5/2005 | S | | | | | | | 0.0 |
| 3/6/2005 | Su | Researched comparable trade and change in pre - post petition AP; reviewed DIP comparison | 1.5 | | | 4.0 | | 5.5 |
| 3/7/2005 | M | Multiple calls with professionals and Committee; composition of info request list | | 3.5 | | 3.0 | | 6.5 |
| 3/8/2005 | T | | | | | | | 0.0 |
| 3/9/2005 | W | Committee call on First Day Motions and DIP discussion with Otterbourg | | 4.0 | | | | 4.0 |
| 3/10/2005 | R | Requisite information on HLHZ retention | | | | | 2.0 | 2.0 |
| 3/11/2005 | F | Called Xroads and A&M to discuss information request list | | 1.0 | | | | 1.0 |
| 3/12/2005 | S | | | | | | | 0.0 |
| 3/13/2005 | Su | | | | | | | 0.0 |
| 3/14/2005 | M | Analysis of Milbank documents; follow-up call with Xroads and A&M on information request | | 0.5 | | | 1.0 | 1.5 |
| 3/15/2005 | T | Meeting at Skadden to settle reclamation, PACA and landlord issues prior to Final DIP Order | | 5.0 | | | | 5.0 |
| 3/16/2005 | W | Call with PACA lawyers; completion of conflict check on retention application | | 0.5 | | | 4.0 | 4.5 |
| 3/17/2005 | R | Committee call, review of orders and analysis on information received from Debtor FA's | | 2.0 | | 3.0 | 1.0 | 6.0 |
| 3/18/2005 | F | | | | | | | 0.0 |
| 3/19/2005 | S | Review, analysis and formatting of sales mix, sales trend, DMA and inventory information | 10.0 | | | | | 10.0 |
| 3/20/2005 | Su | Composition of due diligence questions pertaining to asset dispositions and sales | | | 5.0 | | | 5.0 |
| 3/21/2005 | M | Committee meeting, along with Company officers, at Skadden's office | | 4.5 | | | | 4.5 |
| 3/22/2005 | T | Asset sales analysis | | | 2.0 | | | 2.0 |
| 3/23/2005 | W | Update files with revised borrowing base, PACA/reclamation, sales and inventory | | | | 3.0 | | 3.0 |
| 3/24/2005 | R | Committee call; analysis of information received to date from the Company | | 2.0 | | 7.0 | | 9.0 |
| 3/25/2005 | F | Composition of DMA Competitive Presentation | | | 10.0 | | | 10.0 |
| 3/26/2005 | S | Composition of DMA Competitive Presentation | | | 10.0 | | | 10.0 |
| 3/27/2005 | Su | Composition of DMA Competitive Presentation | | | 10.0 | | | 10.0 |
| 3/28/2005 | M | Call with A&M regarding separation of duties; walkthrough with Xroads on Greybook financials | | 2.5 | | | | 2.5 |
| 3/29/2005 | T | Call with A&M and Blackstone; composition of DMA Competitive Presentation | | 1.5 | 8.0 | | 1.0 | 10.5 |
| 3/30/2005 | W | | | | | | | 0.0 |
| 3/31/2005 | R | Committee call; composition of DMA Competitive Presentation | | 2.0 | 10.0 | | | 12.0 |
| **March 3, 2005 - March 31, 2005** | | | **11.5** | **29.0** | **55.0** | **20.0** | **13.0** | **128.5** |
| 4/1/2005 | F | Composition of DMA Competitive Presentation | | | 12.0 | | | 12.0 |
| 4/2/2005 | S | Review of recent information received and competitor tear sheet analysis | | | | 6.0 | | 6.0 |
| 4/3/2005 | Su | Completion of DMA Competitive Presentation for the Committee | | | 14.0 | | | 14.0 |
| 4/4/2005 | M | Cash flow walkthrough with A&M and Xroads; internal presentation of DMA Presentation | | 2.0 | | | | 2.0 |
| 4/5/2005 | T | Finalize DMA Competitive Presentation for the Committee and circulate to the lawyers | | | 8.0 | | | 8.0 |
| 4/6/2005 | W | | | | | | | 0.0 |
| 4/7/2005 | R | Committee call; Miami distribution center and store tours | | 11.0 | | | | 11.0 |
| 4/8/2005 | F | Jacksonville store tours and walk through on Bain/Xroads footprint | | 9.0 | | | | 9.0 |
| 4/9/2005 | S | Review Transfer of Venue Motion | | | | | 2.0 | 2.0 |
| 4/10/2005 | Su | Due diligence on footprint received from the Company | | | 6.0 | | | 6.0 |
| 4/11/2005 | M | Compose weekly Committee memo | | | | 5.0 | | 5.0 |
| 4/12/2005 | T | Food Lion sales call; finalize weekly Committee memo | | 0.5 | | 5.0 | | 5.5 |
| 4/13/2005 | W | Committee call; prepare materials for next two days of due diligence and travel | | 1.0 | | 7.0 | | 8.0 |
| 4/14/2005 | R | Due diligence on footprint in Jacksonville with Xroads and Bain | | 8.0 | | 2.0 | | 10.0 |
| 4/15/2005 | F | Due diligence on footprint in Jacksonville with Xroads and the Company; travel | | 8.0 | | | | 8.0 |
| 4/16/2005 | S | | | | | | | 0.0 |
| 4/17/2005 | Su | Composition of Footprint Comparison Memo | | | 8.0 | | | 8.0 |
| 4/18/2005 | M | Composition of Footprint Comparison Memo; compose weekly Committee memo | | | 8.0 | 6.0 | | 14.0 |
| 4/19/2005 | T | Composition of Footprint Comparison Memo; finalize weekly Committee memo | | | 8.0 | 2.0 | | 10.0 |
| 4/20/2005 | W | Finalize Footprint Comparison Memo | | | 9.0 | | | 9.0 |
| 4/21/2005 | R | Send out Footprint Comparison Memo; Committee call | | 1.0 | 5.0 | | | 6.0 |
| 4/22/2005 | F | Compose weekly Committee memo; administrative work | | | | 8.0 | | 8.0 |
| 4/23/2005 | S | Compose weekly Committee memo; administrative work | | | | 7.0 | | 7.0 |
| 4/24/2005 | Su | Coordinate upcoming activities and Wednesday's meeting; internal call | | 1.0 | | 3.0 | | 4.0 |
| 4/25/2005 | M | Finalize weekly Committee memo | | | | 5.0 | | 5.0 |
| 4/26/2005 | T | Coordinate with counsel to send Committee memo; review agenda for in-person meeting | | | | 4.0 | | 4.0 |
| 4/27/2005 | W | Internal morning call; in-person Committee meeting | | 5.0 | | | | 5.0 |
| 4/28/2005 | R | Administrative work; store by store analysis per Committee member request | | | | 4.0 | | 4.0 |
| 4/29/2005 | F | Compose weekly Committee memo | | | | 5.0 | | 5.0 |
| 4/30/2005 | S | Administrative work | | | | 5.0 | | 5.0 |
| **April 1, 2005 - April 30, 2005** | | | **0.0** | **46.5** | **78.0** | **74.0** | **2.0** | **200.5** |
| 5/1/2005 | Su | | | | | | | 0.0 |
| 5/2/2005 | M | Finalize weekly Committee memo; internal retention discussion | | | | 2.0 | 1.0 | 3.0 |
| 5/3/2005 | T | Retention call; send weekly Committee memo; compose retention comparison analysis | | 0.5 | | 1.0 | 5.0 | 6.5 |
| 5/4/2005 | W | Compose retention comparison analysis | | | | | 10.0 | 10.0 |
| 5/5/2005 | R | Committee and reclamation call; compose retention comparison analysis; internal memo | | 3.5 | | 1.0 | 8.0 | 12.5 |
| 5/6/2005 | F | Follow up reclamation call; compose retention comparison analysis | | 1.0 | | | 8.0 | 9.0 |
| 5/7/2005 | S | Administrative work; compose weekly Committee memo | | | | 6.0 | | 6.0 |
| 5/8/2005 | Su | Compose retention comparison analysis | | | | | 8.0 | 8.0 |
| 5/9/2005 | M | Compose retention comparison analysis; finalize weekly Committee memo | | | | 5.0 | 8.0 | 13.0 |
| 5/10/2005 | T | Compose retention comparison analysis; financial advisor subcommittee call; send memo | | 1.0 | | 1.0 | 10.0 | 12.0 |
| 5/11/2005 | W | Compose retention comparison analysis; asset sales call and memo | 3.0 | 1.5 | | | 9.0 | 13.5 |
| 5/12/2005 | R | Committee call; cash flow variance call and analysis; asset sales call follow-up | | 3.0 | | 5.0 | | 8.0 |
| 5/13/2005 | F | Real estate fee call; administrative work | | 0.5 | | 5.0 | | 5.5 |
| 5/14/2005 | S | Compose weekly Committee memo | | | | 8.0 | | 8.0 |
| 5/15/2005 | Su | Compose retention comparison analysis | | | | | 8.0 | 8.0 |
| 5/16/2005 | M | Reclamation meeting at Skadden | | 7.0 | | | | 7.0 |
| 5/17/2005 | T | Reclamation meeting at Skadden; MOR analysis; review bankruptcy documents | | 3.0 | | 3.0 | 1.0 | 7.0 |
| 5/18/2005 | W | Internal reclamation memo and retention analysis | | | | 3.5 | 1.5 | 5.0 |
| 5/19/2005 | R | Committee call; internal reclamation memo | | 1.5 | | 1.5 | | 3.0 |

## Winn-Dixie Stores, Inc.

*Hours Expended by Peter W. Chidyllo - Financial Analyst*

| Date | Day | Activity | See Key for Explanation of Duties 1 | 2 | 3 | 4 | 5 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| 5/20/2005 | F | Committee reclamation call | | 2.0 | | | | 2.0 |
| 5/21/2005 | S | | | | | | | 0.0 |
| 5/22/2005 | Su | | | | | | | 0.0 |
| 5/23/2005 | M | Compose weekly Committee memo; asset sales memo and discussion | 2.0 | 1.0 | | 4.0 | | 7.0 |
| 5/24/2005 | T | Call regarding borrowing base; finalize weekly Committee memo; administrative work | | 1.0 | | 7.0 | | 8.0 |
| 5/25/2005 | W | Substantive consolidation call; Boyle asset sales discussion; Draft review of APA and inv recvy % | 5.0 | 4.0 | | | | 9.0 |
| 5/26/2005 | R | Asset sales update; Committee call; APA follow-up call; asset sales memo | 4.0 | 3.5 | | | | 7.5 |
| 5/27/2005 | F | Advisor fee discussion; bidding process call; WD advisor retention comparison; LOCs | | 1.0 | | 4.0 | 4.0 | 9.0 |
| 5/28/2005 | S | WD advisor retention comparison | | | | | 6.0 | 6.0 |
| 5/29/2005 | Su | WD advisor retention comparison; administrative work | | | | 2.0 | 2.0 | 4.0 |
| 5/30/2005 | M | | | | | | | 0.0 |
| 5/31/2005 | T | Business plan due diligence; send out weekly Committee memo; WD advisor retention | 5.0 | | | 2.0 | 2.0 | 9.0 |
| May 1, 2005 - May 31, 2005 | | | **19.0** | **35.0** | **0.0** | **61.0** | **91.5** | **206.5** |