# EXHIBIT H

Form of Order

UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | ) |  |
| --- | --- | --- |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 05-03817-3F1 |
|  | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING THE FIRST INTERIM APLICATION OF HOULIHAN LOKEY
HOWARD & ZUKIN CAPITAL FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
March 3, 2005 THROUGH May 31, 2005**

This matter coming before the Court on the First Interim Application for Compensation and Reimbursement of Expenses for the Period March 3, 2005 through May 31, 2005 (the "Application") filed by Houlihan Lokey Howard & Zukin Capital ("Houlihan Lokey"), the financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Application and all pleadings relating thereto; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:[4]

    A.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

    C.    The Application complies, as applicable, with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 dated January 30, 1996 and the Orders of this Court.

    D.    Houlihan Lokey's requested interim compensation for services rendered in connection with its representation of the Committee during the First Interim Period is reasonable and appropriate under sections 328 and 331 of the Bankruptcy Code.

    E.    Houlihan Lokey's expenses incurred during the First Interim Period for which it seeks reimbursement were actual and necessary expenses under section 330(a)(1)(B) and 331 of the Bankruptcy Code.

---

[4] Capitalized terms not otherwise defined herein have the meanings ascribed to the in the Application.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Houlihan Lokey's request for an allowance and compensation of $293,548.39 subject to any applicable holdback and reimbursement for expenses of $19,676.68 for the First Interim Period is hereby approved.

3. The Debtors are hereby authorized and directed to pay Houlihan Lokey the foregoing approved fees and expenses.

Dated: Jacksonville, Florida
_____, 2005

_____
United States Bankruptcy Judge