**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,          Case No.: 3:05-bk-03817-JAF

    Debtors.                                              Chapter 11

                                                              Jointly Administered

_____/

**NOTICE OF FILING**

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached First Interim Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from March 4, 2005, through and including May 31, 2005.

Dated: July 15, 2005                      AKERMAN SENTERFITT

                                                   By: */s/ John B. Macdonald*
                                                      John B. Macdonald
                                                      Florida Bar No.: 230340
                                                      E-mail: john.macdonald@akerman.com
                                                      Patrick P. Patangan
                                                      Florida Bar No.: 348340
                                                      E-mail: patrick.patangan@akerman.com
                                                      50 N. Laura St., Suite 2500
                                                      Jacksonville, FL 32202
                                                      Telephone: (904) 798-3700
                                                      Facsimile: (904) 798-3730

                                     Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA243329;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 15th day of July, 2005 to:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Email: LarryAppel@winn-dixie.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Email: sborders@kslaw.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Email: djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Email: Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Email: Mbarr@milbank.com

/s/ John B. Macdonald
Attorney

{JA243329;1}