**EXHIBIT A**

EXHIBIT A

## Winn-Dixie Stores, Inc., et al

Time Reporting: March 4, 2005 through May 31, 2005

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 3/7/05 | 3.5 | Committee Advisor Call; Call with Trade Sub-Committee; Meeting: M. Kopacz (Case Management); Call with Blackstone and XRoads (DIP) |
| Andrew Hede | 3/8/05 | 2.5 | Preparation of Information Request List; Review DIP Motion and Order; Review Trade Lien Proposal |
| Andrew Hede | 3/9/05 | 5.5 | Review Trade Lien Proposal; Review Alternative DIP Proposals; Review DIP Credit Agreement; Finalize Information Request List; Review 1st Days Motions |
| Andrew Hede | 3/10/05 | 1.0 | Retention Application; Call with XRoads (Real Estate) |
| Andrew Hede | 3/11/05 | 1.0 | Call: XRoads (Information Request List) |
| Andrew Hede | 3/13/05 | 2.0 | Retention Application; Review 1st Day Motions and Milbank Memo; Update Information Request List |
| Andrew Hede | 3/14/05 | 0.5 | Call: XRoads (Information Request List) |
| Andrew Hede | 3/15/05 | 3.5 | Retention Application; Update Information Request List; Review 1st Day Motions; Phone call M Comerford (Milbank); Review XRoads Retention Application; Finalize Engagement Letter; Phone call M Barr (Milbank) |
| Andrew Hede | 3/17/05 | 2.5 | Committee Call; Retention Application |
| Andrew Hede | 3/18/05 | 3.0 | Retention Application; Meeting with $R^2$ |
| Andrew Hede | 3/21/05 | 7.5 | Review Financial Information received from Debtors; Update Information Request List; Meeting: A Stevenson (XRoads); Committee/Company Meeting; Committee Meeting; Meeting with XRoads and Blackstone |
| Andrew Hede | 3/22/05 | 2.0 | Phone call A Stevenson (XRoads); Phone call M Kopacz (Case Management); Review Financial Information received from the Debtors |
| Andrew Hede | 3/23/05 | 3.0 | Phone call S Karol (XRoads); Review of Proposed Food Lion transaction; Analysis of Wholesale and Retail inventory levels and trends; Phone call M Barr (Milbank); Review Borrowing Base Certificate |
| Andrew Hede | 3/24/05 | 3.5 | Analysis of Wholesale and Retail inventory levels and trends; Phone call A Stevenson; Committee Call; Call: Milbank, Skadden and XRoads (Payment of Pre-Petition Claims) |
| Andrew Hede | 3/25/05 | 1.0 | Review Financial Information received from Debtors |
| Andrew Hede | 3/28/05 | 3.0 | Review FY 2004 and P8 2005 financial statements; Retention Application; Phone call A Stevenson; Review of Store-by-Store data; Phone call M Barr (Milbank); Review of aircraft sale |
| Andrew Hede | 3/29/05 | 6.0 | Review of Vendor Database; Call: XRoads and Houlihan (P8 results); Phone call A Stevenson (XRoads); Phone call M Barr (Milbank) |
| Andrew Hede | 3/30/05 | 7.0 | Review of current and potential vendor terms; Phone call M Barr (Milbank); Phone call M Kopacz (Case Management); Preparation of Master Store List |
| Andrew Hede | 3/31/05 | 7.5 | Preparation of Master Store List; Committee Call |
| Andrew Hede | 4/1/05 | 6.5 | Preparation of Master Store List; Phone call A Stevenson (XRoads) |
| Andrew Hede | 4/2/05 | 1.5 | Review Venue Objection; Preparation of Master Store List |
| Andrew Hede | 4/3/05 | 3.0 | Preparation of Master Store List |
| Andrew Hede | 4/4/05 | 6.5 | Preparation of Master Store List and associated reports; Call: XRoads (Cash Flow); Phone call L Mandel (Milbank); Review of Auto Insurance Motion |
| Andrew Hede | 4/5/05 | 5.0 | Phone call M Kopacz (Case Management); Prepare Master Store List reports; Review Auto Insurance Claims history and pricing; Phone call L Mandel (Milbank); Phone call S McCarty ($R^2$); Review of bank account structure; Review of Miami DMA stores |
| Andrew Hede | 4/6/05 | 10.5 | Miami DMA store visits; Travel to Miami (2.5 hours @ 50%) |
| Andrew Hede | 4/7/05 | 8.5 | Miami DC visit; Miami DMA store visits; Committee call (1.5 hours travel @ 50%) |
| Andrew Hede | 4/8/05 | 8.5 | Jacksonville DMA store visits; Meeting XRoads (Footprint) (2 hours travel @ 50%) |
| Andrew Hede | 4/11/05 | 4.5 | Preparation of store visit presentation |
| Andrew Hede | 4/12/05 | 5.0 | Preparation of store visit presentation; Review of footprint analysis; Phone call A Stevenson (XRoads); Review of Food Lion transaction; Call: Milbank (Food Lion transaction); Review of Bain hold harmless level; Phone call J Milton (Milbank); Phone call M Kopacz (Case Management) |
| Andrew Hede | 4/13/05 | 6.5 | Preparation of store visit presentation; 2 hours travel @ 50% |
| Andrew Hede | 4/14/05 | 6.5 | Meetings: A Stevenson (XRoads) and Houlihan; Phone call M Barr (Milbank); Meeting: Bain; Meeting: XRoads; Committee Call |
| Andrew Hede | 4/15/05 | 5.0 | Meeting: XRoads and Debtors (Store Reviews) (1.5 hours travel @ 50%) |
| Andrew Hede | 4/18/05 | 2.0 | Phone call M Kopacz (Case Management); Review P9 Financials; Footprint Review |
| Andrew Hede | 4/19/05 | 6.0 | Review AFCO Insurance Motion; Review Confidentiality Agreement; Review Week 40 Results; Review surety bonds schedule; Review Inventory and Sales Reports; Phone call A Stevenson (XRoads); Phone call M Kopacz (Case Management) |

EXHIBIT A

## Winn-Dixie Stores, Inc., et al

Time Reporting: March 4, 2005 through May 31, 2005

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 4/20/05 | 3.5 | Phone call R Damore (XRoads); Phone call A Stevenson (XRoads); Phone call M Barr (Milbank); Review Cash Management system; Review operations reports |
| Andrew Hede | 4/21/05 | 4.0 | Review footprint analysis; Review of cash and claims by legal entity; Review of consignment vendors; Committee Call |
| Andrew Hede | 4/22/05 | 2.0 | Review AFCO insurance agreement; Review of Food Lion Transaction; Review Monthly Operating Report; Accounts Payable Analysis; Email to Trade Sub-Committee |
| Andrew Hede | 4/24/05 | 2.0 | Review Food Lion Motion and Agreement |
| Andrew Hede | 4/25/05 | 4.0 | Preparation of Food Lion Transaction Memo; Phone call M Kopacz (Case Management) |
| Andrew Hede | 4/26/05 | 2.0 | Finalize Food Lion Transaction Memo; Phone call M Barr (Milbank); Phone call A Stevenson (XRoads) |
| Andrew Hede | 4/27/05 | 5.5 | Review Milbank Food Lion Memo; Review of Leases; Review American KB Properties Stipulation; Committee/Company Meeting |
| Andrew Hede | 4/28/05 | 1.5 | American KB Properties (Review, Phone call A Stevenson, Phone call Milbank) |
| Andrew Hede | 4/29/05 | 1.0 | Review of Lease Rejection Summary |
| Andrew Hede | 5/2/05 | 2.0 | Call: Milbank (Lease Rejections); Call: XRoads (Cash Management System and Overhead Allocations); Call: Skadden, XRoads and Milbank (Cash Management System) |
| Andrew Hede | 5/3/05 | 1.5 | Review Aircraft Sale Memo; Review AFCO Insurance motion and premium summary |
| Andrew Hede | 5/4/05 | 2.5 | Vendor Terms / Reclamation scenario analysis; Meeting: M Gavejian (AFCO Motion); Phone call L Mandel (AFCO); Review Lease Rejection Memo |
| Andrew Hede | 5/5/05 | 5.0 | Committee Call; Reclamation Call |
| Andrew Hede | 5/6/05 | 2.5 | Phone call M Kopacz (Case Management); Reclamation Call; Phone call F Huffard (Blackstone); Phone call M Kopacz regarding Bain indemnification |
| Andrew Hede | 5/9/05 | 2.0 | Review Bain retention; Review weekly reporting; Update Information Request List |
| Andrew Hede | 5/10/05 | 3.0 | Footprint Analysis; Review stores with negative EBITDA; Review bonding requirements; Call: Skadden, Debtors, Milbank (Bonding) |
| Andrew Hede | 5/11/05 | 2.0 | Phone call S McCarty ($R^2$); Footprint analysis |
| Andrew Hede | 5/12/05 | 4.5 | Committee Call; Call: XRoads (Cash Flow); Review of executory contracts to be rejected |
| Andrew Hede | 5/13/05 | 3.0 | Call: XRoads (Retention of Liquidators); Call: M Kopacz (Case Management); Review of executory contracts to be rejected; Footprint analysis |
| Andrew Hede | 5/16/05 | 2.0 | Bain retention; Call: C Boucher (XRoads) |
| Andrew Hede | 5/17/05 | 3.0 | Footprint analysis; Review DJM/Food Partners retention |
| Andrew Hede | 5/18/05 | 3.0 | Phone call A Stevenson (XRoads); Footprint analysis; Review of proposed KERP; Review of executory contracts to be rejected |
| Andrew Hede | 5/19/05 | 4.0 | Review of proposed KERP; Committee Call; Review of DJM/Food Partners retention; Ph M Comerford (Milbank) |
| Andrew Hede | 5/20/05 | 1.0 | Review of DJM/Food Partners retention; Ph L Mandel (Milbank) |
| Andrew Hede | 5/23/05 | 6.5 | Review and Analysis of Proposed KERP; Phone call M Kopacz (Case Management); Call: Milbank and DJM (Retention); KERP presentation |
| Andrew Hede | 5/24/05 | 7.5 | Review of payments made prior to filing; Phone call A Stevenson (XRoads); KERP Presentation |
| Andrew Hede | 5/25/05 | 8.5 | KERP Presentation; Call: Milbank and Houlihan (Substantive Consolidation) |
| Andrew Hede | 5/26/05 | 5.0 | KERP Presentation; Committee Call; Phone call A Stevenson (XRoads); Footprint analysis; Objection to DJM/Food Partners Retention |
| Andrew Hede | 5/27/05 | 1.5 | Objection to DJM/Food Partners Retention; Review of executory contracts to be rejected |
| Andrew Hede | 5/31/05 | 2.0 | Review KERP Motion; Objection to DJM/Food Partners Retention; Footprint analysis; Phone call A Stevenson (XRoads) |
| **Total** | | **248.5** | |
| | | | |
| David Kirsch | 4/21/05 | 4.0 | Developed weekly monitoring report |
| **Total** | | **4.0** | |
| | | | |
| Gregory Ford | 3/7/05 | 5.0 | Received List of Rejected Stores; Reviewed and analyzed lists |
| Gregory Ford | 3/8/05 | 2.0 | Reviewed, sorted and analyzed List of rejected Stores |
| Gregory Ford | 3/10/05 | 2.0 | Conference call; discussed results of rejected stores |
| Gregory Ford | 3/17/05 | 1.5 | Conference Call - Milbank, Deutsche Bank, New Plan, Frito-Lay, Pepsi, Oaktree |
| Gregory Ford | 3/22/05 | 1.0 | Conference Call - Paul Novak, Sheon Karol, Mike Chebobit, B. McGuire |
| Gregory Ford | 3/24/05 | 1.0 | Conference Call - Creditors Committee Call |

EXHIBIT A

## Winn-Dixie Stores, Inc., et al

Time Reporting: March 4, 2005 through May 31, 2005

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Gregory Ford | 3/28/05 | 1.0 | Conference Call - Milbank, Deutsche Bank, New Plan, Frito-Lay, Pepsi, Oaktree |
| Gregory Ford | 3/29/05 | 3.0 | Review/analysis of new model |
| Gregory Ford | 3/30/05 | 1.0 | Review/analysis of new model |
| Gregory Ford | 3/31/05 | 0.5 | Review/analysis of new model |
| Gregory Ford | 4/5/05 | 1.0 | Review/analysis of new model - 2nd round of rejections |
| Gregory Ford | 4/6/05 | 1.0 | Review/analysis of new model - 2nd round of rejections |
| Gregory Ford | 4/7/05 | 1.0 | Review/analysis of new model - 2nd round of rejections |
| Gregory Ford | 5/3/05 | 1.0 | Conference call with B. McGuire, M. Chlebovec (WD), B. Gaston & S. Karol (XRoads) to discuss 24 store rejection list |
| Gregory Ford | 5/4/05 | 1.2 | Analyzed 24 store rejection list |
| Gregory Ford | 5/5/05 | 1.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/6/05 | 2.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/9/05 | 0.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/10/05 | 1.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/12/05 | 1.0 | Conference Call - landlord discussions |
| Gregory Ford | 5/13/05 | 1.5 | Analyzed list of negative EBITDA Store list |
| Gregory Ford | 5/16/05 | 3.0 | Analyzed list of negative EBITDA Store list |
| Gregory Ford | 5/18/05 | 1.0 | Analyzed list of negative EBITDA Store list |
| **Total** | | **35.7** | |
| Martha Kopacz | 3/7/05 | 4.0 | Conference call w/ XRoads, Blackstone, HLHZ-Case management; Conflict check for retention; Trade Issues subcommittee call |
| Martha Kopacz | 3/8/05 | 4.0 | Teleconference w/ D Simon - case background; conflict check for retention; review DIP proposals; review information request |
| Martha Kopacz | 3/9/05 | 8.0 | Committee conference call; draft retention documents |
| Martha Kopacz | 3/10/05 | 6.0 | Teleconference w/ G.Miller - attorney representing Marco island landlord; teleconference w/ D Simon re: XRoads responsibilities and retention arrangement; teleconference w/ Company and XRoads regarding lease rejections; teleconference w/ S McCarty - committee chair regarding lease rejections |
| Martha Kopacz | 3/11/05 | 5.0 | Retention application - draft, discussions with Milbank, Jane Vris (external A&M counsel), committee chair, HLHZ ; conference call w/ subcommittee |
| Martha Kopacz | 3/14/05 | 3.0 | Finalize engagement letter; teleconference w/ Milbank regarding same; store visits - Orlando DMA |
| Martha Kopacz | 3/15/05 | 1.0 | Store visits - Tampa/St. Pete DMA |
| Martha Kopacz | 3/16/05 | 1.0 | Store visits - Orlando DMA |
| Martha Kopacz | 3/17/05 | 3.0 | Committee conference call; retention issues; XRoads retention issues; real estate information requests; store visists - Orlando DMA |
| Martha Kopacz | 3/18/05 | 3.0 | Meeting w/ $R^2$ - committee chair |
| Martha Kopacz | 3/20/05 | 1.0 | Teleconference w /H Etlin - case management, real estate issues regarding lease rejections |
| Martha Kopacz | 3/21/05 | 5.0 | Committee/Company meeting; follow up meeting with Company advisors |
| Martha Kopacz | 3/22/05 | 1.0 | Store visits - Tampa DMA; teleconference w/ A Hede - status update |
| Martha Kopacz | 3/23/05 | 2.0 | Follow up w/ Real Estate team on lease rejection due diligence; email catch up; prepare notes regarding store visits |
| Martha Kopacz | 3/24/05 | 2.0 | Committee conference call; review Food Lion memo; update w/ A Hede |
| Martha Kopacz | 3/28/05 | 2.0 | Retention matters |
| Martha Kopacz | 3/29/05 | 2.0 | Teleconference w/ H Etlin re: store visits trip, information requests; email review and responses; retention finalization |
| Martha Kopacz | 3/30/05 | 4.0 | Teleconference w /H Etlin regarding change of venue; email review and replies; vendor credit situation - review analysis and discuss w/ A Hede |
| Martha Kopacz | 3/31/05 | 5.0 | Review materials for Committee conference call; Committee call; review latest proposal regarding vendor terms |
| Martha Kopacz | 4/1/05 | 3.0 | Review information received from Debtor pursuant to requests; review real estate work on store closures and lease rejections |
| Martha Kopacz | 4/4/05 | 1.0 | Conference call w/ Blackstone & Xroads - cash forecast |
| Martha Kopacz | 4/5/05 | 1.0 | Email review and responses |
| Martha Kopacz | 4/6/05 | 8.0 | Store tours - Miami DMA |

EXHIBIT A

## Winn-Dixie Stores, Inc., et al

Time Reporting: March 4, 2005 through May 31, 2005

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 4/7/05 | 10.0 | Store and Warehouse tours - Miami DMA; Committee conference call; meeting w/Xroads and Company management |
| Martha Kopacz | 4/8/05 | 9.0 | Store and Warehouse tours - Jacksonville DMA; meeting w/Xroads regarding footprint analysis |
| Martha Kopacz | 4/11/05 | 2.0 | Review store visit presentation for Committee distribution |
| Martha Kopacz | 4/12/05 | 2.0 | Review Bain confidentiality requirements; store visit presentation |
| Martha Kopacz | 4/13/05 | 3.0 | Committee conference call; store visits presentation; Bain retention issues |
| Martha Kopacz | 4/14/05 | 4.0 | Committee conference call; email review and responses; review of footprint analysis; Bain retention issues; Subcommittee conference call |
| Martha Kopacz | 4/15/05 | 3.0 | Second round lease rejections - review due diligence; catch up on email and responses |
| Martha Kopacz | 4/18/05 | 3.0 | Review Debtor financial results; teleconference w/ A Hede regarding case management |
| Martha Kopacz | 4/19/05 | 4.0 | Conference call w/ potential asset disposition advisor; teleconference w/ A Stevenson regarding footprint analysis; teleconference w/ A Hede regarding case management; Confidentiality agreement matters |
| Martha Kopacz | 4/20/05 | 2.0 | Confidentiality agreement; Jacksonville retention matters |
| Martha Kopacz | 4/21/05 | 2.0 | Committee conference call; Trade subcommittee conference call |
| Martha Kopacz | 4/25/05 | 3.0 | Review Food Lion sales memo; teleconference w/ A Hede - case management; email review and replies; teleconference w/ S Schirmang regarding trade program; teleconference w/A Hede regarding work related to same |
| Martha Kopacz | 4/26/05 | 4.0 | Teleconference w/ Jane Vris regarding retention; teleconference w/ HLHZ regarding retention issues; teleconferences w/ Milbank regarding same; review other A&M Florida retention documents |
| Martha Kopacz | 4/27/05 | 6.0 | Meeting w/ Committee and Company; follow up with professionals |
| Martha Kopacz | 4/28/05 | 4.0 | Committee conference call; cash management - additional info request; footprint analysis and operating performance of bubble stores |
| Martha Kopacz | 4/29/05 | 4.0 | Review operating results; email review and responses; retention issues |
| Martha Kopacz | 5/2/05 | 2.0 | Teleconference w/ Milbank and Jane Vris regarding retention; trade subcommittee proposals; conference call w/ Milbank regarding lease rejections |
| Martha Kopacz | 5/3/05 | 2.0 | Conference call w/ HLHZ and Milbank regarding retention; research issues raised by US Trustee |
| Martha Kopacz | 5/4/05 | 4.0 | Review reclamation/trade credit scenarios; retention issues; Blackstone & Xroads retention issues; Bain retention issues |
| Martha Kopacz | 5/5/05 | 5.0 | Committee conference call; teleconference w/ D Simon regarding Bain retention; Trade subcommittee call |
| Martha Kopacz | 5/6/05 | 3.0 | Second round lease rejections - review due diligence; catch up on email and responses; teleconference w/ A Hede regarding case update |
| Martha Kopacz | 5/9/05 | 3.0 | Bain retention; teleconference w/ US Trustee and HLHZ; teleconference w/ Milbank - all regarding retention |
| Martha Kopacz | 5/10/05 | 4.0 | Conference call w/ professional retention subcommittee; Bain retention issues - info requests from Debtor; A&M and HLHZ retention issues; follow up w/ US Trustee |
| Martha Kopacz | 5/11/05 | 2.0 | Teleconference w/ D Simon - pending KERP program and Bain issues; follow up w/ H Etlin and L Appel regarding Bain |
| Martha Kopacz | 5/12/05 | 5.0 | Committee conference call; review cash flow; review operating results; review negative EBITDA stores on keep list |
| Martha Kopacz | 5/13/05 | 5.0 | Conference call w/ Company and Xroads regarding liquidation process and retention of liquidation professionals; teleconference's (numerous) with HLHZ and Milbank regarding retention issues |
| Martha Kopacz | 5/16/05 | 5.0 | Bain retention issues; HLHZ and A&M retention issues; follow up on liquidator retention issues |
| Martha Kopacz | 5/17/05 | 4.0 | Review DJM/Food Partners retention; additional A&M/HLHZ retention matters; email review and responses |
| Martha Kopacz | 5/18/05 | 2.0 | Review KERP |
| Martha Kopacz | 5/19/05 | 4.0 | Committee conference call; Prepare KERP due diligence request list |
| Martha Kopacz | 5/20/05 | 1.5 | Finalize KERP due diligence list and send to Xroads |
| Martha Kopacz | 5/23/05 | 2.0 | Conference call w/ DJM and Milbank regarding DJM retention; follow up on KERP info requests; teleconference w/ bondholder seeking information |
| Martha Kopacz | 5/24/05 | 3.0 | Teleconference w/ H Etlin regarding KERP time schedule; retention issues A&M and HLHZ; teleconference w/ A Hede regarding KERP and severance |
| Martha Kopacz | 5/25/05 | 4.5 | Conference call regarding substantive consolidation matters and information request; review draft KERP presentation; teleconference w/ HLHZ regarding asset sales and business plan review process |

EXHIBIT A

**Winn-Dixie Stores, Inc., et al**

Time Reporting: March 4, 2005 through May 31, 2005

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 5/26/05 | 3.0 | Committee Conference call; KERP follow up on committee requests; retention issues |
| Martha Kopacz | 5/27/05 | 1.5 | Teleconference w/ H Etlin regarding Committee response to proposed KERP and severance program; follow up w/ A Hede on KERP and severance due diligence |
| Martha Kopacz | 5/31/05 | 1.0 | Review KERP Motion; email review and replies |
| **Total** | | **206.5** | |
| | | | |
| Matthew Gavejian | 4/12/05 | 4.0 | Review, analysis and modification of master store list; Analyzed list for closed and open store performance |
| Matthew Gavejian | 4/13/05 | 2.5 | Travel hours @ 50% |
| Matthew Gavejian | 4/14/05 | 6.0 | Participated in meetings: A Stevenson (XRoads) and Houlihan; Bain and Xroads; Unsecured Creditor Committee call |
| Matthew Gavejian | 4/15/05 | 4.0 | Participated in meeting: Xroads and Debtors (Discussion of stores, DMAs); 1.5 hours travel @ 50% |
| Matthew Gavejian | 4/20/05 | 2.5 | Review of Debtor's SOFAs and Schedules; preparation of cash holdings schedule |
| Matthew Gavejian | 4/25/05 | 1.0 | Review, edit Food Lion sale memo |
| Matthew Gavejian | 5/2/05 | 2.5 | Review AFCO Insurance motion; phone call with R. Damore (Xroads) |
| Matthew Gavejian | 5/3/05 | 2.5 | Prepare comparison of 2004 vs. 2005 insurance premium financings; review reclamation analysis |
| Matthew Gavejian | 5/4/05 | 1.0 | Draft memo to L. Mandel (Milbank) regarding AFCO insurance premium financing |
| Matthew Gavejian | 5/10/05 | 1.5 | Review bonding requirements; Participate in conference call regarding bonding with Skadden, Debtors, Milbank |
| Matthew Gavejian | 5/11/05 | 2.0 | Research Wal-Mart/Winn-Dixie for analysis of Wal-Mart competitive advantages |
| Matthew Gavejian | 5/12/05 | 2.0 | Unsecured Creditor Committee call; initial review of proposed KERP/Severance plan |
| Matthew Gavejian | 5/13/05 | 2.0 | Draft of e-mail regarding Wal-Mart competitive advantages; review of executory contracts to be rejected |
| Matthew Gavejian | 5/16/05 | 1.5 | Phone call with C. Boucher (Xroads) regarding motion for rejected contracts; prepare listing of rejected contracts |
| Matthew Gavejian | 5/17/05 | 3.0 | Revision of listing of rejected contracts, based on review of information received from C. Boucher |
| Matthew Gavejian | 5/18/05 | 4.0 | Update of master store list for revised footprint; update of analysis for closed and open stores; review of list of negative performance stores to remain open |
| Matthew Gavejian | 5/19/05 | 5.0 | Review of final motion for rejected contracts; initial preparation of database of proposed KERP/Severance plan; Unsecured Creditor Committee call |
| Matthew Gavejian | 5/20/05 | 3.0 | Prepare a database of payments in the 90-day period prior to filing; phone call with J. Van der Hooven (Xroads); prepare analysis of payments made 7 days before filing |
| Matthew Gavejian | 5/23/05 | 8.0 | Revision of listing of rejected contracts (update store numbers for rejecting parties), revised database of KERP/Severance plan data; prepare schedules/analyses to be used for presentation |
| Matthew Gavejian | 5/24/05 | 9.5 | Review of annual run-rate and potential damage data for May 13 rejected contracts; draft e-mail regarding executory contracts to be rejected to Milbank; initial draft of presentation on proposed KERP/Severance plan |
| Matthew Gavejian | 5/25/05 | 6.5 | Participated in call with Milbank and Houlihan regarding substantive consolidation; revisions and final review of KERP/Severance presentation |
| Matthew Gavejian | 5/26/05 | 2.0 | Unsecured Creditor Committee call; discussion of KERP details |
| Matthew Gavejian | 5/30/05 | 2.5 | Review May 27 motion for rejected contracts; e-mails with C. Boucher (Xroads) |
| Matthew Gavejian | 5/31/05 | 1.5 | Review of Debtor's Business Plan |
| **Total** | | **80.0** | |
| | | | |
| William McGuire | 3/10/05 | 2.0 | Review list of 1st day Rejection List |
| William McGuire | 3/17/05 | 1.5 | Committee Call |
| William McGuire | 3/21/05 | 0.5 | Call with attorneys regarding Novak |
| William McGuire | 3/22/05 | 1.2 | Call with Novak to discuss store marketing |
| William McGuire | 3/22/05 | 1.0 | Call with company and Novak |
| William McGuire | 3/22/05 | 0.6 | Call with committee chair and attorneys to discuss Novak |
| William McGuire | 3/24/05 | 1.0 | Committee Call |
| William McGuire | 3/29/05 | 1.8 | Review information on proposed store closures |
| William McGuire | 3/30/05 | 1.2 | Review information on proposed store closures |
| William McGuire | 3/31/05 | 1.0 | Review information on proposed store closures |
| William McGuire | 4/7/05 | 1.0 | Review 2nd round rejections |

EXHIBIT A

## Winn-Dixie Stores, Inc., et al

Time Reporting: March 4, 2005 through May 31, 2005

| Professional | Date | Hours | Work Performed |
| --- | --- | --- | --- |
| William McGuire | 4/27/05 | 0.4 | Review 2nd round rejections |
| William McGuire | 4/27/05 | 0.6 | Emails with attorneys on 2nd round rejections |
| William McGuire | 4/28/05 | 0.7 | Call with company regarding Store #2096 |
| William McGuire | 4/28/05 | 0.3 | Email follow up to attorneys |
| William McGuire | 5/2/05 | 1.1 | Analysis of 2nd round rejection list |
| William McGuire | 5/2/05 | 0.4 | Call with attorneys to discuss |
| William McGuire | 5/3/05 | 1.0 | Call with company to discuss 2nd round rejection list |
| William McGuire | 5/3/05 | 0.5 | Emails to company and attorneys re: 2nd round rejections |
| William McGuire | 5/5/05 | 1.0 | Summarize 2nd round rejection analysis |
| William McGuire | 5/6/05 | 0.5 | Emails to attorneys re: 2nd round analysis |
| William McGuire | 5/9/05 | 0.8 | Emails/calls with attorneys |
| William McGuire | 5/9/05 | 0.4 | XRoads memo |
| William McGuire | 5/9/05 | 3.2 | Memo regarding 2nd round rejections |
| William McGuire | 5/11/05 | 1.2 | Review "keep" store list |
| William McGuire | 5/11/05 | 1.4 | Various calls/emails with attorneys |
| William McGuire | 5/11/05 | 2.8 | Review information from company on 2nd round rejections |
| William McGuire | 5/12/05 | 1.8 | Prepare memo for conference calls |
| William McGuire | 5/12/05 | 1.0 | Committee call |
| William McGuire | 5/13/05 | 0.4 | Conference call with company regarding Store #817 |
| William McGuire | 5/13/05 | 0.4 | Review "keep" store list |
| William McGuire | 5/17/05 | 1.1 | Review Store 817 business case |
| William McGuire | 5/17/05 | 0.7 | Emails to attorneys / company |
| William McGuire | 5/18/05 | 0.6 | Conference call with company to request additional information for 2nd round rejections |
| William McGuire | 5/18/05 | 1.6 | Review support for 2nd round rejections |
| William McGuire | 5/18/05 | 0.2 | Emails with attorneys |
| William McGuire | 5/24/05 | 0.4 | Emails to attorneys |
| William McGuire | 5/25/05 | 0.4 | Conference call with Debtors and attorneys to discuss Store #817 |
| **Total** | | **37.7** | |
| | | | |
| **Grand Total** | | **612.4** | |