**EXHIBIT B**

EXHIBIT B

## Winn-Dixie Stores, Inc., et al.
Expense Summary: March 4, 2005 through May 31, 2005

| Professional | Title | Transportation | Business Meals | Lodging | Telecommunications | Misc. | Total |
|---|---|---|---|---|---|---|---|
| Martha Kopacz | Managing Director | $ 1,948.25 | $ 43.81 | $ 392.41 | $ 19.68 | $ - | $ 2,404.15 |
| William McGuire | Managing Director | - | - | - | 12.33 | - | 12.33 |
| Andrew Hede | Senior Director | 3,872.49 | 308.29 | 788.96 | 232.43 | - | 5,202.17 |
| Gregory Ford | Director | - | - | - | 1.90 | - | 1.90 |
| Matthew Gavejian | Associate | 710.89 | - | 381.94 | 10.86 | 14.50 | 1,118.19 |
| David Kirsch | Associate | - | - | - | - | - | - |
| Total | | $ 6,531.63 | $ 352.10 | $ 1,563.31 | $ 277.20 | $ 14.50 | $ 8,738.74 |

| Category | Description |
|---|---|
| Transportation | Includes airfare (for business in Jacksonville and Florida store visits), taxi transportation and car rental |
| Business Meals | Includes working meals where Winn-Dixie matters were discussed |
| Lodging | Includes hotel charges for Jacksonville and Florida store visits |
| Telecommunications | Includes fax, phone and connectivity charges |
| Misc. | Includes postal charges, as necessary |