**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Case No. 05-03817-3F1 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING FIRST INTERIM APPLICATION OF ALVAREZ & MARSAL, LLC, OPERATIONS AND REAL ESTATE ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM <u>MARCH 4, 2005 THROUGH AND INCLUDING MAY 31, 2005</u>**

Upon the first interim application of Alvarez & Marsal, LLC ("<u>A&M</u>") for allowance of compensation for services rendered and reimbursement of expenses as operations and real estate advisor to the official committee of unsecured creditors (the "<u>Committee</u>") of Winn-Dixie Stores, Inc. et al., (the "Application"); and due and proper notice of the Application having been given under the circumstances; and it appearing that no further notice need be given; and after a hearing on August 4, 2005; and after statements provided in support of the Application; and the Court having determined that the factual and legal bases set forth in the Application establish just cause for the approval of compensation and reimbursement requested; and upon all the proceedings had before the Court;

1

and after due deliberation and sufficient cause appearing therefore it is hereby

ORDERED ADJUDGED AND DECREED THAT:
1. The Application is granted
2. A&M is awarded interim fees in the amount of $300,000.00 and interim expenses in the amount of $8,738.74 for the period March 4, 3005 though and including May 31, 2005.
3. The Debtors are authorized and directed to pay A&M fees in the amount of $300,000.00 and expenses in the amounts of $8,738.74 for the period March 4, 2005 through and including May 31, 2005.

Dated this __ day of _____, 2005, in Jacksonville, Florida

---

HONORABLE JERRY A. FUNK
United States Bankruptcy Judge

2