Paul H. Deutch (PHD-4859)
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

FILED
JACKSONVILLE FL
JUL 15 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Attorneys for W.D. Marianna Portfolio L.P.,
W.D. Milton Portfolio, L.P., and
W.D. Florence Portfolio, L.P.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817 |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

On February 25, 2005, Michael S. Held, Esq. and Paul H. Deutch, Esq. of Jenkens & Gilchrist P.C. appeared in these cases on behalf of the entities listed below. As Paul H. Deutch is no longer with Jenkens & Gilchrist P.C., he hereby requests that his name be removed from any and all service and electronic notice lists in these cases. The appearance of Michael S. Held should remain as originally filed.

Dated: New York, New York
July 14, 2005

TROUTMAN SANDERS LLP

By: ______________________
Paul H. Deutch (PHD-4859)

The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000

Attorneys for W.D. Marianna Portfolio L.P.,
W.D. Milton Portfolio, L.P., and
W.D. Florence Portfolio, L.P.