F I L E D
JACKSONVILLE, FLORIDA

JUL 1 5 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORDIA**
**JACKSONVILLE, DIVISION**

In re:                                                            Case No. o5-03817-3F1

    WINN-DIXIE STORES, INC., et al            Jointly Administered

                                                 **Objection of Three Meadows**
    Debtors                            **Plaza Partnership Regarding**
                                                   **Store Number 2316, Rockledge,**
                                                   **Brevard County, Florida**

                                                   Three Meadows Plaza Partnership
                                                   c/o EDWARD A. VANGUNTEN
                                                   6545 West Central Ave.
                                                   Toledo, Ohio 43617-1034
                                                   TEL: (419) 843-5681
                                                   FAX: (419) 842-0623

---

Now comes Three Meadows Plaza Partnership the Lessor of Winn-Dixie Store No. 2316 in Rockledge, Brevard County, FL and states that the list of stores to be sold at the auction on July 18 and 19 states that the amount to cure is approximately $2600 for CAM.

This does not take into account the accrued taxes and insurance which approximate $$7000 per month for an estimated amount of $49,000. We recognize that it is not payable due at this time, however it has accrued and is due if the lease is rejected or otherwise changed.

1

Respectfully submitted,

*Edward A. Van Gunten*

Edward A. Van Gunten
Partner Three Meadows Plaza
Partnership

## CERTIFICATION

I hereby certify that a copy of the foregoing Objection Notice has been sent this 14 day of July 2005 by Fax and by regular U.S. mail to the following:

D. J. Baker
Skadden, Arps, Slate, Meager & Flom, LLP
Four Times Square
New York, New York 10036
Fax - 212-735-3000
djbaker@skadden.com

and to

Cynthia C. Jackson
225 Water Street
Suite 1800
Jacksonville, Fl 32202
Fax - 904-359-7708
cjackson@smithhulsey.com

*Edward A. Van Gunten*

Edward A. Van Gunten