**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF PREFERENCE CLAIMS

Please take notice that pursuant to the Final Order (A) Establishing Procedures For

Treatment of Reclamation Claims, and (B) Prohibiting Third Parties From Interfering With

Delivery of Goods entered April 5, 2005 (Dkt. No. 626), the Debtors have filed a proposed

settlement for dealing with reclamation claims in the above-captioned Chapter 11 Cases: see

Stipulation Between Debtors and Trade Vendors Regarding Reconciliation and Treatment of

Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program (the

"Stipulation") (Dkt. No.1965), a copy of which was served on you on June 30, 2005.

The Stipulation requires the Debtors to notify you of any transfers that you received from

them on or after February 10, 2005 that may constitute a Preference Claim arising under section

547 of the Bankruptcy Code.  As outlined in the Stipulation, if the proposed settlement is

approved by the Court, and you decide to opt in to the settlement, any potential Preference Claim

is limited to no more than those payments shown on the attached schedule rather than to all

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc.,
Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt
Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD
Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie

transfers made during the full 90-day period preference period.  As required by the Stipulation, in order for the Debtors to preserve their right to assert these claims against you, the Debtors have included all payments made to you during the period from February 10, 2005 through February 21, 2005 on the schedule attached to this notice.  Please note, however, that the list of payments does not take into account any possible defenses that you may assert to a preference claim.

If you have any questions regarding this notice, please contact Ellen Gordon of Xroads Solutions Group, LLC at egordon@xroadsllc.com or (949) 567-1625.


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By _/s/ D. J. Baker _____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)


SMITH HULSEY & BUSEY


By: __/s/ Cynthia C. Jackson_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)


Attorneys for Debtors and Debtors in Possession

---

Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Winn-Dixie Stores, Inc., et al.**

**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| A Duda & Sons, Inc | 002927 | 2/10/05 | 7,725.80 |
| | 002950 | 2/11/05 | 4,958.05 |
| | 002963 | 2/14/05 | 13,605.22 |
| | 002974 | 2/15/05 | 9,830.50 |
| | | | 36,119.57 |
| ACH Food Companies | 007449260 | 2/10/05 | 590.04 |
| | 007450384 | 2/11/05 | 36,442.04 |
| | | | 37,032.08 |
| Acme McCrary Corporation | 007449159 | 2/10/05 | 5,451.88 |
| | 007450211 | 2/11/05 | 137.99 |
| | | | 5,589.87 |
| Admiralty Island Fisheries dba Aqua Star | 007449337 | 2/10/05 | 27,719.75 |
| | 007450526 | 2/11/05 | 60,441.80 |
| | | | 88,161.55 |
| ADS Seafood, Inc. d/b/a Atlantic Fisheries | 000112027 | 2/10/05 | 6,326.05 |
| | 000112105 | 2/11/05 | 3,087.50 |
| | 000112206 | 2/14/05 | 1,775.00 |
| | | | 11,188.55 |
| Albertville Quality Foods, Inc | 007450870 | 2/11/05 | 20,787.20 |
| | | | 20,787.20 |
| Alcon Laboratories, Inc | 007450187 | 2/11/05 | 5,905.73 |
| | | | 5,905.73 |
| Altadis USA Inc | 007450433 | 2/11/05 | 8,042.02 |
| | | | 8,042.02 |
| American Italian Pasta Company | 000112038 | 2/11/05 | 3,240.94 |
| | 000112110 | 2/14/05 | 43,498.20 |
| | 000112211 | 2/15/05 | 7,337.50 |
| | | | 54,076.64 |
| American Pride Seafoods | 007449080 | 2/10/05 | 50,541.50 |
| | | | 50,541.50 |
| American Rice, Inc | 007450172 | 2/11/05 | 1,104.34 |
| | | | 1,104.34 |
| Arquest, Inc | 007449083 | 2/10/05 | 76,917.95 |
| | | | 76,917.95 |
| Associated Brands | 007449048 | 2/10/05 | 1,407.53 |
| | 007450042 | 2/11/05 | 1,088.71 |
| | | | 2,496.24 |
| Austin (James Austin Company) | 007449064 | 2/10/05 | 7,242.14 |
| | 007450065 | 2/11/05 | 3,715.07 |
| | | | 10,957.21 |
| Ballard Petroleum, Inc | 000112026 | 2/10/05 | 27,644.31 |
| | | | 27,644.31 |
| Barber Ice Cream | 000111915 | 2/10/05 | 233.06 |
| | 000112040 | 2/11/05 | 3,139.92 |
| | | | 3,372.98 |
| Barber Milk, Inc, A Dean's Foods Company | 007450173 | 2/11/05 | 98,088.13 |
| | | | 98,088.13 |

**Winn-Dixie Stores, Inc., et al.**

**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Barilla America, Inc | 007449074 | 2/10/05 | 13,675.87 |
| | | | 13,675.87 |
| Bar-S Foods Co | 000112009 | 2/10/05 | 9,377.64 |
| | | | 9,377.64 |
| Bay City Produce | 000111989 | 2/10/05 | 27,938.45 |
| | 000112086 | 2/11/05 | 2,876.90 |
| | 000112278 | 2/15/05 | 5,216.70 |
| | | | 36,032.05 |
| Beaver Street Fisheries | 007449320 | 2/10/05 | 63,680.00 |
| | 049756 | 2/14/05 | 933,849.14 |
| | | | 997,529.14 |
| Beiersdorf Inc | 007451537 | 2/14/05 | 11,642.63 |
| | | | 11,642.63 |
| Benson's Inc. | 007449282 | 2/10/05 | 9,750.40 |
| | 007450412 | 2/11/05 | 29,788.00 |
| | | | 39,538.40 |
| Berry Plastics Corporation | 007449635 | 2/10/05 | 23,804.88 |
| | | | 23,804.88 |
| Binney & Smith, Inc | 007451267 | 2/11/05 | 1,124.52 |
| | | | 1,124.52 |
| Birchwood Foods - Kenosha | 000111918 | 2/10/05 | 231,920.75 |
| | 000112115 | 2/14/05 | 330,403.00 |
| | 000112216 | 2/15/05 | 371,048.00 |
| | | | 933,371.75 |
| Birds Eye Foods | 000112020 | 2/10/05 | 1,402.16 |
| | 000112098 | 2/11/05 | 25,751.40 |
| | 000112193 | 2/14/05 | 50,185.16 |
| | 000112302 | 2/15/05 | 1,165.12 |
| | | | 78,503.84 |
| Blue Diamond Growers | 007451119 | 2/11/05 | 2,922.46 |
| | | | 2,922.46 |
| Brach's Confections | 007449687 | 2/10/05 | 42,417.55 |
| | | | 42,417.55 |
| Bristol Meyers Consumer Products | 000112041 | 2/11/05 | 2,795.68 |
| | 000112113 | 2/14/05 | 6,136.91 |
| | 000112215 | 2/15/05 | 1,773.41 |
| | | | 10,706.00 |
| Brown Bottling Group, Inc. | 00554601 | 2/18/05 | 65,944.20 |
| | | | 65,944.20 |
| Buffalo Rock Company | 007449363 | 2/10/05 | 3,921.26 |
| | | | 3,921.26 |
| C.F. Sauer Co | 007450348 | 2/11/05 | 55,701.59 |
| | | | 55,701.59 |

**Winn-Dixie Stores, Inc., et al.**

**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Cagle's, Inc. | 002930 | 2/10/05 | 149,104.15 |
| | 002977 | 2/15/05 | 11,798.12 |
| | 00554599 | 2/18/05 | 99,802.85 |
| | | | 260,705.12 |
| Campbell Soup Company | 000111924 | 2/10/05 | 105,590.84 |
| | 000112044 | 2/11/05 | 108,944.58 |
| | 000112119 | 2/14/05 | 27,412.38 |
| | 000112220 | 2/15/05 | 92,670.68 |
| | 00554596 | 2/18/05 | 115,139.58 |
| | | | 449,758.06 |
| Cardinal Health | 00550774 | 2/11/05 | 16,817,303.63 |
| | 00552169 | 2/14/05 | 2,274,480.76 |
| | 00552706 | 2/15/05 | 4,910,305.81 |
| | 00553214 | 2/16/05 | 2,624,552.99 |
| | 00553389 | 2/17/05 | 2,487,345.15 |
| | 00554535 | 2/18/05 | 8,000,000.00 |
| | 012638 | 2/15/05 | 14,308,181.99 |
| Cardinal Health Total | | | 51,422,170.33 |
| Cargill Inc.'s Salt | 000112007 | 2/10/05 | 1,535.24 |
| | 000112292 | 2/15/05 | 2,541.70 |
| | | | 4,076.94 |
| Cargill Inc.'s Sweetners | 007451263 | 2/11/05 | 2,190.89 |
| | | | 2,190.89 |
| Cargill Meat Solutions Corporation | 000112032 | 2/10/05 | 88,996.24 |
| | 000112107 | 2/11/05 | 502,254.54 |
| | 00552170 | 2/14/05 | 2,727,789.00 |
| | 00552702 | 2/15/05 | 797,939.00 |
| | 00552891 | 2/16/05 | 546,277.10 |
| | 00553366 | 2/17/05 | 740,064.00 |
| | 00554588 | 2/18/05 | 1,205,967.00 |
| | | | 6,609,286.88 |
| Carthage Cup | 007450092 | 2/11/05 | 22,917.83 |
| | | | 22,917.83 |
| Cascades Tissue Group | 007449644 | 2/10/05 | 10,934.85 |
| | | | 10,934.85 |
| Castleberry's Food Company | 007449217 | 2/10/05 | 9,668.65 |
| | 007450323 | 2/11/05 | 28,665.96 |
| | | | 38,334.61 |
| Catelli Brothers, Inc | 007449068 | 2/10/05 | 31,002.44 |
| | | | 31,002.44 |
| Certified Foods Corp | 002970 | 2/14/05 | 46,700.55 |
| | 002983 | 2/15/05 | 109,293.86 |
| | | | 155,994.41 |
| Chiquita Brands International | 007449076 | 2/10/05 | 3,922.50 |
| | 007449213 | 2/10/05 | 6,280.00 |
| | 007450318 | 2/11/05 | 4,868.75 |
| | | | 15,071.25 |
| Chloe Foods | 007449038 | 2/10/05 | 59,517.64 |
| | | | 59,517.64 |

**Winn-Dixie Stores, Inc., et al.**
List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Church & Dwight Co., Inc | 000111920 | 2/10/05 | 27,381.34 |
| | 000112042 | 2/11/05 | 53,283.20 |
| | 000112117 | 2/14/05 | 9,073.51 |
| | 000112218 | 2/15/05 | 113,142.31 |
| | | | 202,880.36 |
| Claxton Poultry Farms | 002932 | 2/10/05 | 124,225.66 |
| | 002953 | 2/11/05 | 91,387.20 |
| | 002978 | 2/15/05 | 59,115.20 |
| | | | 274,728.06 |
| CNS, Inc | 007449655 | 2/10/05 | 1,328.88 |
| | | | 1,328.88 |
| Coca-cola Bottling Company Consolidated | 000111921 | 2/10/05 | 504,852.80 |
| | 007450233 | 2/11/05 | 1,640.22 |
| | 00554605 | 2/18/05 | 1,500,000.00 |
| | | | 2,006,493.02 |
| Coca-cola Bottling Company United Inc | 000112166 | 2/14/05 | 28,290.35 |
| | 000112169 | 2/14/05 | 5,503.65 |
| | 000112198 | 2/14/05 | 9,893.44 |
| | 000112203 | 2/14/05 | 185,639.97 |
| | 000112204 | 2/14/05 | 29,904.05 |
| | 000112205 | 2/14/05 | 42,401.71 |
| | 000112276 | 2/15/05 | 21,021.90 |
| | 000112310 | 2/15/05 | 43,051.40 |
| | | | 365,706.47 |
| Coca-Cola Bottling Company - Durham | 000112034 | 2/10/05 | 4,403.60 |
| | | | 4,403.60 |
| Coca-cola Enterprises, Inc | 007450359 | 2/11/05 | 321,066.18 |
| | 007450098 | 2/11/05 | 16,649.86 |
| | 007450360 | 2/11/05 | 2,318.45 |
| | | | 340,034.49 |
| Coca-cola Enterprises, Inc (Northeast Mississippi) | 007449618 | 2/10/05 | 14,541.10 |
| | | | 14,541.10 |
| Cole's Quality Foods, Inc | 007449647 | 2/10/05 | 5,578.60 |
| | 007451022 | 2/11/05 | 11,214.31 |
| | | | 16,792.91 |
| Colgate-Palmolive Co | 000111922 | 2/10/05 | 164,934.71 |
| | 000112118 | 2/14/05 | 63,387.22 |
| | | | 228,321.93 |
| Colorado Boxed Beef Company | 007449298 | 2/10/05 | 13,185.97 |
| | 007450431 | 2/11/05 | 42,418.01 |
| | | | 55,603.98 |
| Combe Inc | 000112043 | 2/11/05 | 14,561.67 |
| | 000112219 | 2/15/05 | 12,810.51 |
| | | | 27,372.18 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Commonwealth Brands, Inc | SQ551392 | 2/11/05 | 1,725.56 |
| | SQ552264 | 2/14/05 | 3,019.73 |
| | SQ553332 | 2/16/05 | 6,470.86 |
| | SQ553333 | 2/16/05 | 5,176.68 |
| | SQ553334 | 2/16/05 | 5,176.68 |
| | SQ553335 | 2/16/05 | 4,745.29 |
| | SQ553336 | 2/16/05 | 3,019.73 |
| | SQ553337 | 2/16/05 | 862.78 |
| | SQ555823 | 2/18/05 | 1,725.56 |
| | | | 31,922.87 |
| Community Coffee Company LLC | 007449751 | 2/10/05 | 83,262.12 |
| | | | 83,262.12 |
| Conair Corporation | 000111923 | 2/10/05 | 11,445.30 |
| | | | 11,445.30 |
| Conecuh Sausage Company | 007450910 | 2/11/05 | 19,886.40 |
| | | | 19,886.40 |
| Continental Mills, Inc | 007451334 | 2/11/05 | 23,749.84 |
| | | | 23,749.84 |
| Conwood Sales Company, LP | 007450945 | 2/11/05 | 18,122.51 |
| | | | 18,122.51 |
| Cumberland Swan Holdings, Inc | 007451019 | 2/11/05 | 4,621.21 |
| | | | 4,621.21 |
| D.L. Lee & Sons, Inc | 007449303 | 2/10/05 | 38,589.48 |
| | 007450443 | 2/11/05 | 13,537.50 |
| | 007451652 | 2/14/05 | 3,556.84 |
| | | | 55,683.82 |
| Dairy Farmers of America (Milk) | 00554591 | 2/18/05 | 107,442.24 |
| | 012691 | 2/21/05 | 698,312.45 |
| | | | 805,754.69 |
| Dale's Sauces. Inc | 007449525 | 2/10/05 | 3,894.91 |
| | | | 3,894.91 |
| Dannon Company, Inc | 000111930 | 2/10/05 | 68,460.62 |
| | 000112049 | 2/11/05 | 24,684.25 |
| | 000112124 | 2/14/05 | 7,314.87 |
| | 000112226 | 2/15/05 | 25,613.80 |
| | | | 126,073.54 |
| Dart Container Corporation | 007451063 | 2/11/05 | 10,031.44 |
| | | | 10,031.44 |
| Dawn Food Products | 000111993 | 2/10/05 | 10,871.06 |
| | 000112171 | 2/14/05 | 80,425.20 |
| | 000112281 | 2/15/05 | 50,716.64 |
| | | | 142,012.90 |
| Dean Specialty Foods Group | 000112011 | 2/10/05 | 22,634.53 |
| | 000112187 | 2/14/05 | 61,293.10 |
| | 000112296 | 2/15/05 | 26,370.67 |
| | | | 110,298.30 |

**Winn-Dixie Stores, Inc., et al.**
**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Del Monte Corporation | 000111926 | 2/10/05 | 308,632.28 |
| | 000112046 | 2/11/05 | 126,028.12 |
| | 000112121 | 2/14/05 | 53,391.13 |
| | 000112222 | 2/15/05 | 85,738.47 |
| | 00554595 | 2/18/05 | 1,427,745.06 |
| | 007449215 | 2/10/05 | 33,772.61 |
| | 007450321 | 2/11/05 | 211,014.40 |
| | | | 2,246,322.07 |
| Dell Marketing, LP | 007449225 | 2/10/05 | 3,280.43 |
| | 007450333 | 2/11/05 | 35,958.55 |
| | | | 39,238.98 |
| Dial Corporation | 000111927 | 2/10/05 | 4,164.24 |
| | 000112223 | 2/15/05 | 24,575.48 |
| | 00554574 | 2/18/05 | 260,910.00 |
| | | | 289,649.72 |
| Diaz Foods | 000112033 | 2/10/05 | 2,182.14 |
| | 000112311 | 2/15/05 | 24,618.50 |
| | | | 26,800.64 |
| Doane Pet Care Company | 000112000 | 2/10/05 | 17,905.82 |
| | 000112179 | 2/14/05 | 8,852.89 |
| | | | 26,758.71 |
| Dolco Packaging | 007451073 | 2/11/05 | 49,813.16 |
| | | | 49,813.16 |
| Dole Packaged Foods Company | 007450057 | 2/11/05 | 39,334.83 |
| | | | 39,334.83 |
| Domino Foods, Inc | 007450191 | 2/11/05 | 76,183.31 |
| | 007451533 | 2/14/05 | 34,097.61 |
| | | | 110,280.92 |
| Dreyer's Grand Ice Cream Holdings Co (Edys) | 007450378 | 2/11/05 | 342,888.09 |
| | | | 342,888.09 |
| Dynamic Scan | 007450745 | 2/11/05 | 4,384.01 |
| | | | 4,384.01 |
| Eastman Kodak Company | 007451099 | 2/11/05 | 46,683.54 |
| | | | 46,683.54 |
| ExxonMobil Chemical Company | 007450425 | 2/11/05 | 148,615.10 |
| | 049764 | 2/18/05 | 27,260.00 |
| | | | 175,875.10 |
| Fabri-Kal | 007451067 | 2/11/05 | 5,928.60 |
| | | | 5,928.60 |
| Falcon Farms | 007449433 | 2/10/05 | 13,518.75 |
| | 007450706 | 2/11/05 | 9,656.03 |
| | 007451723 | 2/14/05 | 49,089.23 |
| | | | 72,264.01 |
| Fieldale Farm Corporation | 00554600 | 2/18/05 | 44,693.00 |
| | 007449281 | 2/10/05 | 44,339.61 |
| | 007450406 | 2/11/05 | 45,191.00 |
| | | | 134,223.61 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| First Quality Hygienic, Inc. | 007450083 | 2/11/05 | 5,202.96 |
| | | | 5,202.96 |
| Florida Crystals Food Corp | 007449456 | 2/10/05 | 9,028.68 |
| | | | 9,028.68 |
| Flowers Foods Specialty Group LLC | 007449233 | 2/10/05 | 2,159.66 |
| | 007450345 | 2/11/05 | 8,100.00 |
| | | | 10,259.66 |
| FPL Foods, LLC d/b/a Shapiro Packing Company, Inc | 007450426 | 2/11/05 | 244,948.00 |
| | | | 244,948.00 |
| Fresh Express Inc | 007449297 | 2/10/05 | 110,769.94 |
| | | | 110,769.94 |
| Future Foods, Ltd | 007449793 | 2/10/05 | 8,510.88 |
| | | | 8,510.88 |
| General Electric Company | 000112238 | 2/15/05 | 12,290.76 |
| | | | 12,290.76 |
| Georgia-Pacific Corp | 000111939 | 2/10/05 | 200,854.77 |
| | 000112058 | 2/11/05 | 130,461.92 |
| | 000112132 | 2/14/05 | 136,944.49 |
| | 000112239 | 2/15/05 | 103,370.32 |
| | | | 571,631.50 |
| Gillette Company | 000112053 | 2/11/05 | 177,088.16 |
| | 000112128 | 2/14/05 | 56,064.36 |
| | | | 233,152.52 |
| GlaxoSmithKline | 000111977 | 2/10/05 | 82,405.33 |
| | 000112078 | 2/11/05 | 21,866.24 |
| | 000112265 | 2/15/05 | 36,726.36 |
| | | | 140,997.93 |
| Gold Kist, Inc. | 00554602 | 2/18/05 | 50,305.45 |
| | | | 50,305.45 |
| Golden Flake Snack Foods, Inc | 007449532 | 2/10/05 | 107,458.13 |
| | | | 107,458.13 |
| Gonnella Frozen Products | 007449700 | 2/10/05 | 24,541.00 |
| | | | 24,541.00 |
| Gorton's Inc | 000111936 | 2/10/05 | 444,256.21 |
| | 000112130 | 2/14/05 | 13,034.42 |
| | 000112236 | 2/15/05 | 96,822.24 |
| | | | 554,112.87 |
| Goya Foods, Inc. | 000112234 | 2/15/05 | 169,294.49 |
| | | | 169,294.49 |
| Gruma Corporation (Mission Foods) | 000111960 | 2/10/05 | 415.85 |
| | 000112071 | 2/11/05 | 4,341.79 |
| | 000112145 | 2/14/05 | 11,580.20 |
| | | | 16,337.84 |
| Gustafson's , LLC | 007451664 | 2/14/05 | 44,184.95 |
| | | | 44,184.95 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Gwaltney of Smithfield, Ltd | 000111938 | 2/10/05 | 67,454.42 |
| | 000112057 | 2/11/05 | 89,302.78 |
| | 00553256 | 2/16/05 | 101,900.80 |
| | 00554048 | 2/17/05 | 72,381.23 |
| | | | 331,039.23 |
| Hanover Foods Corporation | 007449063 | 2/10/05 | 102,631.18 |
| | 007450062 | 2/11/05 | 30,291.13 |
| | | | 132,922.31 |
| Hasbro, Inc. | 007449249 | 2/10/05 | 621.70 |
| | 007450370 | 2/11/05 | 6,947.97 |
| | | | 7,569.67 |
| Heinz North America | 000111944 | 2/10/05 | 37,362.57 |
| | 000112060 | 2/11/05 | 96,336.45 |
| | 000112134 | 2/14/05 | 48,074.81 |
| | 000112243 | 2/15/05 | 59,125.02 |
| | | | 240,898.85 |
| Heluva Good LLC | 007449079 | 2/10/05 | 18,270.90 |
| | | | 18,270.90 |
| Henkel Consumer Adhesives | 007450186 | 2/11/05 | 4,867.90 |
| | | | 4,867.90 |
| Hershey Foods | 000111941 | 2/10/05 | 27,784.67 |
| | | | 27,784.67 |
| Hillandale Farms | 007451665 | 2/14/05 | 28,827.00 |
| | | | 28,827.00 |
| Hobart | 007449333 | 2/10/05 | 6,382.10 |
| | 007449394 | 2/10/05 | 3,016.51 |
| | 007449606 | 2/10/05 | 291.35 |
| | 007450205 | 2/11/05 | 2,566.57 |
| | 007451542 | 2/14/05 | 5,180.45 |
| | | | 17,436.98 |
| Hormel Foods Corporation | 000111942 | 2/10/05 | 261,371.49 |
| | 000112059 | 2/11/05 | 621,010.85 |
| | 000112133 | 2/14/05 | 432,621.40 |
| | 000112241 | 2/15/05 | 196,242.13 |
| | | | 1,511,245.87 |
| Iberia World Foods Corp | 007450721 | 2/11/05 | 95,510.17 |
| | | | 95,510.17 |
| Insight Pharmaceuticals/Heritage Brands | 007449006 | 2/10/05 | 4,150.23 |
| | 007449982 | 2/11/05 | 6,880.88 |
| | | | 11,031.11 |
| Interplast Group, Ltd | 007449122 | 2/10/05 | 29,489.05 |
| | | | 29,489.05 |
| Interstate Brands Corporation | 007449265 | 2/10/05 | 13,304.15 |
| | 007450626 | 2/11/05 | 4,612.29 |
| | 007451679 | 2/14/05 | 16,948.81 |
| | | | 34,865.25 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Jennie-O Turkey Store | 000111948 | 2/10/05 | 42,320.37 |
| | 000112137 | 2/14/05 | 17,870.07 |
| | 000112246 | 2/15/05 | 85,198.22 |
| | | | 145,388.66 |
| JM Smucker Company | 000111947 | 2/10/05 | 327,045.43 |
| | 000112136 | 2/14/05 | 3,952.25 |
| | 000112245 | 2/15/05 | 24,872.07 |
| | | | 355,869.75 |
| John Middleton Inc | 007449078 | 2/10/05 | 458.37 |
| | 007450082 | 2/11/05 | 7,738.41 |
| | | | 8,196.78 |
| Johnson & Johnson Sales and Logistics Co | 000112089 | 2/11/05 | 229,507.49 |
| | 000112172 | 2/14/05 | 344,309.65 |
| | | | 573,817.14 |
| Johnsonville Sausage LLC | 000111996 | 2/10/05 | 54,324.44 |
| | 000112175 | 2/14/05 | 48,096.00 |
| | 000112283 | 2/15/05 | 15,106.56 |
| | | | 117,527.00 |
| Kellogg Company, Kellogg Snacks Division | 000112063 | 2/11/05 | 211,749.29 |
| | 000112139 | 2/14/05 | 207,994.60 |
| | 000112249 | 2/15/05 | 8,689.97 |
| | | | 428,433.86 |
| Kellogg Company, Murray Biscuit Division | 000112189 | 2/14/05 | 530.71 |
| | | | 530.71 |
| Kennesaw Fruit & Juice | 007450668 | 2/11/05 | 4,103.53 |
| | | | 4,103.53 |
| KIK International | 007449663 | 2/10/05 | 4,077.88 |
| | | | 4,077.88 |
| Kimberly-Clark Corp | 000111949 | 2/10/05 | 134,046.97 |
| | 000112062 | 2/11/05 | 31,420.56 |
| | 000112138 | 2/14/05 | 197,430.48 |
| | 000112248 | 2/15/05 | 286,611.72 |
| | 00554592 | 2/18/05 | 76,393.02 |
| | | | 725,902.75 |
| Kozy Shack Enterprises, Inc | 007449664 | 2/10/05 | 20,941.84 |
| | | | 20,941.84 |
| Krispy Kreme Doughnut Corp | 007449137 | 2/10/05 | 491.36 |
| | | | 491.36 |
| Krispy Kreme of South Florida, LLC | 007449401 | 2/10/05 | 2,486.21 |
| | | | 2,486.21 |
| Lake Placid Groves, LLC ("Lake Placid") | 007449491 | 2/10/05 | 5,670.00 |
| | 007450812 | 2/11/05 | 29,526.35 |
| | 007451753 | 2/14/05 | 945.00 |
| | | | 36,141.35 |
| Land O'Lakes, Inc | 000112066 | 2/11/05 | 92,075.13 |
| | 000112142 | 2/14/05 | 11,812.16 |
| | 000112252 | 2/15/05 | 17,187.32 |
| | | | 121,074.61 |

Winn-Dixie Stores, Inc., et al.

### List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Lane Limited | 007449277 | 2/10/05 | 952.41 |
| | 007450399 | 2/11/05 | 294.54 |
| | | | 1,246.95 |
| Laura's Lean Beef | 002938 | 2/10/05 | 1,368.00 |
| | 002955 | 2/11/05 | 1,197.00 |
| | | | 2,565.00 |
| Lea & Perrins, Inc | 007449075 | 2/10/05 | 299.81 |
| | | | 299.81 |
| L'Oreal Paris | 000111953 | 2/10/05 | 76,986.89 |
| | 000112067 | 2/11/05 | 29,749.33 |
| | | | 106,736.22 |
| Lorillard Tobacco Company | 012611 | 2/10/05 | 20,334.97 |
| | 012631 | 2/12/05 | 35,773.21 |
| | 012645 | 2/17/05 | 28,948.81 |
| | 012685 | 2/21/05 | 15,438.24 |
| | SQ551245 | 2/10/05 | 16,244.64 |
| | SQ551246 | 2/10/05 | 9,735.11 |
| | SQ551247 | 2/10/05 | 4,955.08 |
| | SQ551248 | 2/10/05 | 4,838.38 |
| | SQ552266 | 2/14/05 | 9,735.11 |
| | SQ552267 | 2/14/05 | 8,870.37 |
| | SQ552268 | 2/14/05 | 8,063.97 |
| | SQ552269 | 2/14/05 | 5,703.13 |
| | SQ552270 | 2/14/05 | 4,838.38 |
| | SQ552271 | 2/14/05 | 3,225.59 |
| | SQ552851 | 2/15/05 | 15,438.24 |
| | SQ554238 | 2/17/05 | 13,767.10 |
| | SQ554239 | 2/17/05 | 6,509.53 |
| | SQ554240 | 2/17/05 | 6,451.18 |
| | SQ554241 | 2/17/05 | 6,451.18 |
| | | | 225,322.22 |
| LuVel | 007449602 | 2/10/05 | 14,216.75 |
| | | | 14,216.75 |
| Malt-O-Meal Company | 007449657 | 2/10/05 | 128,779.57 |
| | 007451838 | 2/14/05 | 123,782.40 |
| | | | 252,561.97 |
| Maplehurst Bakeries, Inc | 007451016 | 2/11/05 | 124,824.42 |
| | | | 124,824.42 |
| Maritime Products International, Inc | 007450106 | 2/11/05 | 6,765.00 |
| | | | 6,765.00 |
| Maryland & Virginia | 012692 | 2/21/05 | 3,585,455.40 |
| | | | 3,585,455.40 |
| Maxell Corp of America | 007450052 | 2/11/05 | 2,358.15 |
| | | | 2,358.15 |
| Maybelline-Garnier | 002940 | 2/10/05 | 90,165.81 |
| | 002957 | 2/11/05 | 13,885.31 |
| | | | 104,051.12 |
| Mayfield Dairy Farms, Inc, A Dean's Foods Company | 007449585 | 2/10/05 | 4,117.42 |
| | 007450931 | 2/11/05 | 119,704.20 |
| | 007451801 | 2/14/05 | 16,093.23 |
| | | | 139,914.85 |

Winn-Dixie Stores, Inc., et al.

**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| McArthur Dairy, Inc, A Dean's Foods Company | 007450429 | 2/11/05 | 92,559.12 |
| | | | 92,559.12 |
| Mead Johnson & Company | 000111957 | 2/10/05 | 195,793.88 |
| | 000112069 | 2/11/05 | 149,150.49 |
| | | | 344,944.37 |
| Metro Wholesale Grocers of New York | 007449035 | 2/10/05 | 14,066.20 |
| | | | 14,066.20 |
| Meyer's Bakeries, Inc | 002939 | 2/10/05 | 7,178.02 |
| | 002956 | 2/11/05 | 2,891.22 |
| | | | 10,069.24 |
| Michael Foods, Inc | 007451115 | 2/11/05 | 26,312.51 |
| | | | 26,312.51 |
| Miss Becky Seafood dba Safe Habor | 007449337 | 2/10/05 | 27,719.75 |
| | 007450526 | 2/11/05 | 60,441.80 |
| | | | 88,161.55 |
| Morningstar, A Dean's Foods Company | 007449216 | 2/10/05 | 26,777.72 |
| | 007450322 | 2/11/05 | 50,857.15 |
| | | | 77,634.87 |
| Mosby's Packing Company, Inc | 007449611 | 2/10/05 | 7,902.97 |
| | | | 7,902.97 |
| Mrs Stratton's Salads, Inc | 007450865 | 2/11/05 | 8,812.89 |
| | | | 8,812.89 |
| Mt Olive Pickle Company, Inc | 007451535 | 2/14/05 | 6,155.40 |
| | | | 6,155.40 |
| National Tobacco | 007451078 | 2/11/05 | 345.29 |
| | | | 345.29 |
| Naturally Fresh, Inc | 007449280 | 2/10/2005 | 195.00 |
| | 007450400 | 2/11/2005 | 1,841.40 |
| | 007450400 | 2/11/2005 | 1,468.50 |
| | 007450400 | 2/11/2005 | 2,133.00 |
| | 007450400 | 2/11/2005 | 2,213.40 |
| | | | 7,851.30 |
| Nebraska Beef | 000111963 | 2/10/05 | 123,848.45 |
| | 000112073 | 2/11/05 | 79,396.32 |
| | 000112147 | 2/14/05 | 52,900.08 |
| | 00554522 | 2/18/05 | 758,509.04 |
| | | | 1,014,653.89 |
| New York Frozen Foods, a dvision of T Marzetti | 007449625 | 2/10/05 | 21,339.91 |
| | 007450990 | 2/11/05 | 12,779.43 |
| | | | 34,119.34 |
| Newell Rubbermaid, Inc. | 000111975 | 2/10/05 | 44,255.24 |
| | 000112263 | 2/15/05 | 4,548.49 |
| | | | 48,803.73 |
| Odom's Tennessee Pride Sausage, Inc | 007449583 | 2/10/05 | 19,701.10 |
| | | | 19,701.10 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Otis Spunkmeyer Inc | 007451118 | 2/11/05 | 6,396.12 |
| | | | 6,396.12 |
| Pactiv Corporation | 007449150 | 2/10/05 | 6,628.88 |
| | | | 6,628.88 |
| Paramount Farms, Inc | 007451266 | 2/11/05 | 18,846.37 |
| | | | 18,846.37 |
| Paskert Distributing, Inc | 007449471 | 2/10/05 | 170,826.27 |
| | | | 170,826.27 |
| Paxar Americas Inc | 007449237 | 2/10/05 | 122.40 |
| | 007450353 | 2/11/05 | 6,201.55 |
| | | | 6,323.95 |
| Peace River Citrus Products, Inc | 007450622 | 2/11/05 | 48,867.45 |
| | 007451702 | 2/14/05 | 21,834.99 |
| | | | 70,702.44 |
| Pepperidge Farm | 007449060 | 2/10/05 | 713.10 |
| | | | 713.10 |
| Perrigo | 007449674 | 2/10/05 | 8,685.47 |
| | | | 8,685.47 |
| Pinnacle Foods Corp | 000112010 | 2/10/05 | 37,575.36 |
| | 000112186 | 2/14/05 | 9,720.65 |
| | 00554049 | 2/17/05 | 778,553.70 |
| | | | 825,849.71 |
| Pioneer Paper & Plastics, Inc | 007449344 | 2/10/05 | 2,015.53 |
| | 007450533 | 2/11/05 | 2,321.03 |
| | | | 4,336.56 |
| Playtex | 007449130 | 2/10/05 | 20,764.61 |
| | 007450175 | 2/11/05 | 20,187.93 |
| | | | 40,952.54 |
| Pro's Choice Beauty Care, Inc | 007449019 | 2/10/05 | 18,457.70 |
| | 007450001 | 2/11/05 | 7,224.80 |
| | | | 25,682.50 |
| Purity Dairies, Inc, A Dean's Foods Company | 007450926 | 2/11/05 | 19,641.90 |
| | | | 19,641.90 |
| Purity Wholesale Grocers, Inc (Supreme Distributing) | 007449682 | 2/10/05 | 29,590.16 |
| | 007451079 | 2/11/05 | 102,960.96 |
| | | | 132,551.12 |
| Quality King Distributors Inc | 007450084 | 2/11/05 | 22,364.33 |
| | | | 22,364.33 |
| Ralcorp Holdings, Inc | 007450207 | 2/11/05 | 174,979.00 |
| | 007451545 | 2/14/05 | 43,473.38 |
| | | | 218,452.38 |
| Ranir Corporation | 000111968 | 2/10/05 | 2,686.92 |
| | 000112151 | 2/14/05 | 2,590.96 |
| | | | 5,277.88 |

Winn-Dixie Stores, Inc., et al.

**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Reckitt Benkiser, Inc | 000112004 | 2/10/05 | 18,480.56 |
| | | | 18,480.56 |
| Red Gold, LLC | 000111969 | 2/10/05 | 80,371.13 |
| | 000112152 | 2/14/05 | 47,454.29 |
| | 000112259 | 2/15/05 | 12,410.18 |
| | | | 140,235.60 |
| Reddy Ice Corporation | 007449796 | 2/10/05 | 3,639.44 |
| | | | 3,639.44 |
| Refron, Inc | 007449037 | 2/10/05 | 30,783.49 |
| | | | 30,783.49 |
| Republic Tobacco LP | 007449660 | 2/10/05 | 772.23 |
| | | | 772.23 |
| Reser's Fine Foods. Inc | 007449861 | 2/10/05 | 30,891.84 |
| | 007451332 | 2/11/05 | 86,875.06 |
| | | | 117,766.90 |
| Rexam Beverage Can Company | 007449147 | 2/10/05 | 221,681.25 |
| | 007450201 | 2/11/05 | 282,603.83 |
| | | | 504,285.08 |
| Rich Products Corporation | 000111970 | 2/10/05 | 2,068.81 |
| | 000112076 | 2/11/05 | 10,699.52 |
| | 000112153 | 2/14/05 | 4,552.55 |
| | | | 17,320.88 |
| Rich-Seapak Corp | 007451121 | 2/11/05 | 374,800.02 |
| | | | 374,800.02 |
| River City Traders, Inc | 007450882 | 2/11/05 | 2,189.12 |
| | | | 2,189.12 |
| Riverdale Farms, Inc | 007449405 | 2/10/05 | 16,600.00 |
| | 007450620 | 2/11/05 | 50,582.78 |
| | | | 67,182.78 |
| Riviana Foods, Inc | 007449832 | 2/10/05 | 37,283.69 |
| | | | 37,283.69 |
| Rockline Industries | 000111971 | 2/10/05 | 30,253.78 |
| | | | 30,253.78 |
| Ross Products Division, Abbott Laboratories, Inc | 00554594 | 2/18/05 | 688,383.20 |
| | | | 688,383.20 |
| Royal Oak Sales, Inc | 007450349 | 2/11/05 | 107,996.64 |
| | | | 107,996.64 |
| Russell McCall's, Inc. d/b/a Atlanta Foods International's | 000111911 | 2/10/05 | 108,694.51 |
| | 000112037 | 2/11/05 | 18,956.02 |
| | 000112109 | 2/14/05 | 111,238.72 |
| | 000112210 | 2/15/05 | 55,416.73 |
| | | | 294,305.98 |
| Russell Oil Company | 007449547 | 2/10/05 | 16,707.97 |
| | | | 16,707.97 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Russell Stover Candies | 007449724 | 2/10/05 | 1,996.16 |
| | | | 1,996.16 |
| Sanderson Farms | 000111976 | 2/10/05 | 330,101.49 |
| | 000112077 | 2/11/05 | 394,293.78 |
| | 000112155 | 2/14/05 | 340,706.32 |
| | 000112264 | 2/15/05 | 520,535.73 |
| | 00554597 | 2/18/05 | 820,940.00 |
| | | | 2,406,577.32 |
| Sargento Foods, Inc | 000112085 | 2/11/05 | 118,805.17 |
| | 000112165 | 2/14/05 | 29,646.78 |
| | 000112277 | 2/15/05 | 26,120.03 |
| | | | 174,571.98 |
| Schering-Plough HealthCare Products | 007449262 | 2/10/05 | 5,531.54 |
| | 007450386 | 2/11/05 | 16,693.80 |
| | | | 22,225.34 |
| Schreiber Foods, Inc. | 000112156 | 2/14/05 | 174,281.32 |
| | 000112266 | 2/15/05 | 131,585.33 |
| | | | 305,866.65 |
| Schwan's Bakery, Inc | 007449218 | 2/10/05 | 13,834.97 |
| | 007450324 | 2/11/05 | 103,171.12 |
| | | | 117,006.09 |
| Schwan's Consumer Brands, North America, Inc. | 007449654 | 2/10/05 | 3,551.09 |
| | | | 3,551.09 |
| Seneca Foods Corp | 000112001 | 2/10/05 | 41,298.26 |
| | 000112288 | 2/15/05 | 269,203.09 |
| | | | 310,501.35 |
| Signature Brands, LLC | 007449259 | 2/10/05 | 4,296.49 |
| | 007450381 | 2/11/05 | 11,265.89 |
| | | | 15,562.38 |
| Smithfield Packing Company, Inc | 00551317 | 2/11/05 | 888,000.00 |
| | 00554046 | 2/17/05 | 665,008.97 |
| | 049755 | 2/11/05 | 1,200,000.00 |
| | | | 2,753,008.97 |
| Sorrento Lactalis, Inc | 007449057 | 2/10/05 | 5,178.24 |
| | 007450055 | 2/11/05 | 31,920.27 |
| | | | 37,098.51 |
| Specialty Brands LP | 007449711 | 2/10/05 | 41,857.54 |
| | | | 41,857.54 |
| Stefco Industries Inc | 007450810 | 2/11/05 | 3,804.80 |
| | | | 3,804.80 |
| Sunbeam | 007450803 | 2/11/05 | 9,697.61 |
| | | | 9,697.61 |
| Sunshine Mills, Inc | 00554573 | 2/18/05 | 91,972.00 |
| | 007449542 | 2/10/05 | 50,161.56 |
| | 007450883 | 2/11/05 | 23,693.00 |
| | 007451783 | 2/14/05 | 55,901.70 |
| | | | 221,728.26 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Sunsweet Growers, Inc. | 007450371 | 2/11/05 | 5,848.66 |
|  |  |  | 5,848.66 |
| Swedish Match North America, Inc. | 007449061 | 2/10/05 | 20,452.48 |
|  | 007449221 | 2/10/05 | 1,533.17 |
|  | 007450058 | 2/11/05 | 3,203.73 |
|  | 007450328 | 2/11/05 | 12,466.51 |
|  |  |  | 37,655.89 |
| Swift & Company | 00552708 | 2/15/05 | 149,400.00 |
|  |  |  | 149,400.00 |
| Swisher International, Inc | 007449220 | 2/10/05 | 3,665.23 |
|  | 007450327 | 2/11/05 | 18,968.03 |
|  |  |  | 22,633.26 |
| Sylvania Lighting Services | 007449709 | 2/10/05 | 2,280.20 |
|  |  |  | 2,280.20 |
| Sysco Food Svc South of Florida | 007450534 | 2/11/05 | 598.35 |
|  |  |  | 598.35 |
| T Marzetti Company | 007449624 | 2/10/05 | 2,669.18 |
|  |  |  | 2,669.18 |
| Tate & Lyle Sucralose, Inc | 007451084 | 2/11/05 | 6,742.77 |
|  |  |  | 6,742.77 |
| The Great Fish Company, LLC | 007450623 | 2/11/05 | 117,071.20 |
|  |  |  | 117,071.20 |
| The Meow Mix Company | 000112014 | 2/10/05 | 40,885.79 |
|  |  |  | 40,885.79 |
| The Minute Maid Company | 007449234 | 2/10/05 | 79,904.56 |
|  | 007450346 | 2/11/05 | 95,638.92 |
|  | 007451618 | 2/14/05 | 112,447.26 |
|  |  |  | 287,990.74 |
| The WE Bassett Company, Inc | 007449995 | 2/11/05 | 59,855.01 |
|  |  |  | 59,855.01 |
| Tip Top Canning Co, Inc | 007449634 | 2/10/05 | 25,318.12 |
|  |  |  | 25,318.12 |
| Tree of Life Inc (Gourmet Awards) | 000112019 | 2/10/05 | 12,364.38 |
|  | 000112192 | 2/14/05 | 145.23 |
|  | 007449291 | 2/10/05 | 16,024.52 |
|  | 007449810 | 2/10/05 | 12,084.90 |
|  | 007449815 | 2/10/05 | 92,953.18 |
|  |  |  | 133,572.21 |
| Turtle Wax, Inc | 007449679 | 2/10/05 | 13,981.27 |
|  |  |  | 13,981.27 |

Winn-Dixie Stores, Inc., et al.

List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Tyson Foods, Inc | 000111982 | 2/10/05 | 780,497.82 |
| | 000112018 | 2/10/05 | 27,455.95 |
| | 000112080 | 2/11/05 | 4,237.36 |
| | 000112081 | 2/11/05 | 336,334.95 |
| | 000112097 | 2/11/05 | 15,240.92 |
| | 000112159 | 2/14/05 | 101,846.91 |
| | 000112270 | 2/15/05 | 81,893.14 |
| | 000112301 | 2/15/05 | 16,805.88 |
| | 00554521 | 2/18/05 | 603,170.62 |
| | 00554523 | 2/18/05 | 216,285.75 |
| | 007449222 | 2/10/05 | 1,441.90 |
| | | | 2,185,211.20 |
| U.S. Smokeless Tobacco Brands, Inc | 012642 | 2/17/05 | 19,845.60 |
| | SQ552252 | 2/14/05 | 6,530.83 |
| | SQ552253 | 2/14/05 | 5,647.94 |
| | SQ552254 | 2/14/05 | 3,115.79 |
| | SQ552255 | 2/14/05 | 2,278.13 |
| | SQ552256 | 2/14/05 | 1,688.37 |
| | SQ552257 | 2/14/05 | 584.54 |
| | | | 39,691.20 |
| Unarco Industries, Inc | 007449710 | 2/10/05 | 10,469.67 |
| | | | 10,469.67 |
| Unico Holdings, Inc | 007449406 | 2/10/05 | 1,212.23 |
| | 007450624 | 2/11/05 | 1,919.23 |
| | | | 3,131.46 |
| Univar USA Inc | 007449261 | 2/10/05 | 1,292.25 |
| | | | 1,292.25 |
| Vanguard Plastics, Inc | 007451008 | 2/11/05 | 67,160.96 |
| | | | 67,160.96 |
| Vertis, Inc | 007449256 | 2/10/05 | 4,586.74 |
| | 007450374 | 2/11/05 | 26,392.52 |
| | | | 30,979.26 |
| Victory Wholesale Grocers | 000111985 | 2/10/05 | 133,585.22 |
| | 000112083 | 2/11/05 | 132,732.40 |
| | 000112161 | 2/14/05 | 227,388.16 |
| | 000112272 | 2/15/05 | 92,586.61 |
| | | | 586,292.39 |
| Welch Foods, Inc | 007449267 | 2/10/05 | 128,093.89 |
| | 007450389 | 2/11/05 | 61,008.46 |
| | 007451633 | 2/14/05 | 30,786.16 |
| | | | 219,888.51 |
| Whink Products Company | 007449648 | 2/10/05 | 1,870.28 |
| | | | 1,870.28 |
| White Wave, Inc | 000111991 | 2/10/05 | 58,956.96 |
| | 000112168 | 2/14/05 | 30,717.00 |
| | 000112279 | 2/15/05 | 12,668.00 |
| | | | 102,341.96 |
| Willert Home Products, Inc | 007451141 | 2/11/05 | 899.07 |
| | | | 899.07 |
| Wise Foods | 007450334 | 2/11/05 | 61,983.94 |
| | | | 61,983.94 |

**Winn-Dixie Stores, Inc., et al.**

**List of Payments Made by Debtors to Reclamation Vendors 2/10/05-2/21/05**

| Name of Claimant | Payment ID# | Payment Date | Payment Amount |
|---|---|---|---|
| Worlds Kitchen | 000111997 | 2/10/05 | 4,214.58 |
| | 000112176 | 2/14/05 | 387.99 |
| | | | 4,602.57 |
| | | | |
| Grand Total | | | 98,943,785.60 |