UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FIRST INTERIM APPLICATION OF
PRICEWATERHOUSECOOPERS LLP
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FEBRUARY 22, 2005 THROUGH MAY 31, 2005)**

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), accountants supporting internal audit functions for the Debtors for the above-captioned debtors-in-possession (the "Debtors"), applies to this Court for an order approving the payment of fees and expenses pursuant to 11 U.S.C. § 331. In support of this application, PricewaterhouseCoopers represents as follows.

1. **Date of Order Authorizing Employment** - PricewaterhouseCoopers was appointed to perform services on behalf of the Debtor by order of this Court entered on May 19, 2005.

2. **Dates and Amounts Received from Prior Fee Applications** - This fee application is the first interim application for fees and reimbursement of expenses by PricewaterhouseCoopers. Pursuant to the Final Order Approving Interim Compensation Procedures for Professionals dated March 15, 2005 PricewaterhouseCoopers has to date been paid fees in the amount of $567,307.60 and been reimbursed expenses in the amount of $67,425.94 related to this first interim application.

3. **Source of Payment for Requested Compensation** - Payment will be from funds of the Debtors.

4. **Amount of Unencumbered Funds on Hand** – Unknown.

5. **Amount of Fees and Costs Currently Requested** - This application requests allowance of fees earned in the amount of $859,171.00 and reimbursement of expenses incurred in the amount of $76,598.88 during the time period from February 22, 2005 to May 31, 2005.

6. **Summary of Services Provided, Results and Benefit to the Estate** - The services rendered are summarized and supported by the monthly billings attached hereto in Exhibit A. The monthly billings for services contain information on the date the service was performed, the identity of the person who performed the service and their hourly rate, a detailed description of the services rendered and the time spent performing the service.

PricewaterhouseCoopers was retained by the Debtors to support its internal audit functions and was selected by the Debtors because of PricewaterhouseCoopers' experience, qualifications, national reputation and its ability to perform internal auditing, accounting and compliance services necessary to the Debtors to meet the requirements of Section 404 of the Sarbanes-Oxley Act of 2002.

In connection with its services for the Debtors, PricewaterhouseCoopers entered into an Internal Audit Master Professional Services Agreement ("Master Services Agreement") with the Debtors, dated August 30, 2004, to perform and conduct internal audit projects under their direction in accordance with the overall audit charter and internal plan of the Debtors, as periodically amended. Under the terms of the Master Services Agreement the internal audit projects are defined in more detail in periodic attachments to the Master

Services Agreement, known individually as a Statement of Work ("SOW")[1]. PricewaterhouseCoopers and the Debtors anticipate that in the future it will enter into additional SOWs, as necessary, to meet the Debtors' ongoing service needs related to internal auditing, accounting and compliance with Section 404 of the Sarbanes-Oxley Act of 2002.

A summary of the work performed under the current SOWs Nos. 3 – 9 by PricewaterhouseCoopers on behalf of the Debtors and the estate during the period of time covered by this fee application are as follows:

> ***Case Administration, Employment Applications, Affidavits & Billings***:
> ($38,714.50; 178.6 hours) PricewaterhouseCoopers assisted the Debtor and the estate in various administrative matters including the preparation of the application for employment and the supporting affidavit of Elizabeth Dantin, and preparing and summarizing billing detail to conform with the requirements of local rules in order to support its fee applications and billings to the Debtors.
>
> ***SOW No. 3 Entity Level COSO Controls***: ($60,473.00; 246.2 hours)
> PricewaterhouseCoopers assisted the Debtors by providing guidance to the Sarbanes-Oxley project team on the form and structure of the entity level assessment of internal controls over financial reporting; and reviewing documents and evaluating and validating through interviews the existence, coverage and/or effectiveness of formal policies, procedures and internal control systems at the entity level.
>
> ***SOW Nos. 4 and 6 PeopleSoft Application Security and Controls***: ($130,898.00; 552.2 hours)
> PricewaterhouseCoopers assisted the Debtors by extracting application security data from the PeopleSoft security data tables and aggregating this data into Microsoft Excel to facilitate management's analytical review. Applications included in the scope were the Human Resource Management System (Human Resources, Benefits Administration, and Payroll) and the Financials (General Ledger, Accounts Payable, Accounts Receivable, Asset Management, Purchasing, Billing and Budgets). PricewaterhouseCoopers also assisted the Debtors with the review of the

---

[1] PwC had completed SOW Nos. 1 & 2 prior to the commencement of these cases and is currently working on SOW Nos. 3 to 9

Debtors' existing documentation of PeopleSoft application security controls and PeopleSoft application controls, as well as performing additional documentation and testing of the security and application controls for the applications included in the scope listed above.

*SOW Nos. 5 and 7 General Computer Controls*: ($532,633.00; 2,636.7 hours) PricewaterhouseCoopers assisted the Debtors by working under the direction of the Sarbanes-Oxley Project Team in the review and completion of the Debtor's existing documentation of general computer controls; walkthroughs to validate the design effectiveness of identified key controls; development of a plan to test the identified key controls; and execution of tests of identified key controls to evaluate operating effectiveness.

*SOW Nos. 8 and 9 General Computer Controls and PeopleSoft Application Security Controls Re-Testing* ($96,452.50; 451.5 hours) PricewaterhouseCoopers assisted the Debtors by working under the direction of the Sarbanes-Oxley Project Team to re-test the general computer controls and PeopleSoft security and applications controls that management remediated as a result of the failure of initial tests of design effectiveness and/or operating effectiveness.

7. **Financial Condition of Estate, Payment of Post-Petition Expenses** – To PricewaterhouseCoopers' knowledge, the Debtor is current in the payment of their post-petition obligations.

8. **Projection of Applicant's Future Expenses and Fees and Anticipated Source of Payment** – PricewaterhouseCoopers estimates that it will incur additional fees and expenses in the estimated amount of $250,000.00 for the work being performed under the currently existing SOWs Nos. 3-9. In addition, PricewaterhouseCoopers has held discussions with the Debtors regarding additional internal audit related projects and anticipates that there may be other as yet unidentified related work for which it cannot estimate the amount fees that will be incurred at this time.

9. **Status of Case, Progress Toward Closing** – PricewaterhouseCoopers does not have knowledge as to the status of the Debtors and their efforts related to a Plan of Reorganization.

10. Pursuant to 11 U.S.C. § 504, PricewaterhouseCoopers will not share such compensation or reimbursement of expenses applied for herein and received in connection with this case with any other person or firm.

WHEREFORE, PricewaterhouseCoopers respectfully requests that the Court approve the application for compensation for services rendered to the Debtors for the period February 22, 2005 through May 31, 2005 in the amount of $859,171.00 and reimbursement of expenses in the amount of $76,598.88 incurred in its performance of this engagement.

RESPECTFULLY SUBMITTED this 15th day of July, 2005.

PRICEWATERHOUSECOOPERS LLP

*Elizabeth Dantin* (signature)
Elizabeth Dantin