# PRICEWATERHOUSECOOPERS



May 16, 2005

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254-3699
USA

Invoice Number 1030222243-4

**INVOICE FOR SERVICES**
PricewaterhouseCoopers LLP
P.O. Box 65640
Charlotte, NC  28265-0640

**FILE**

Contract Number: 5000085518

| | |
|---|---:|
| Progress Billing for Professional Services February 22 - 28, 2005 | $ 47,266.50 |
| Case Administration - $4,950.00 | |
| SOW Attachment A - No. 3 - Entity Level COSO Controls - $13,823.00 | |
| SOW Attachment A - No. 4 - PeopleSoft Application Security - $5,648.00 | |
| SOW Attachment A - No. 5 - General Computer Controls - $22,845.50 | |
| Progress Billing for Expenses February 22 - 28, 2005 | $ 8,299.94 |
| Case Administration - $94.84 | |
| SOW Attachment A - No. 3 - Entity Level COSO Controls - $2,067.76 | |
| SOW Attachment A - No. 4 - PeopleSoft Application Security - $3,179.90 | |
| SOW Attachment A - No. 5 - General Computer Controls - $2,957.44 | |
| **Total Invoice** | $ 55,566.44 |

**Payment Due Upon Receipt**                                         Tax Identification Number: 134008324



**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees by Contract Line by Person
February 22, 2005 through February 28, 2005

|  | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Partner** | | | |
| **Director** | | | |
| J. Krames | 24.0 | $275 | $ 6,600.00 |
| K. Mordy | 2.0 | $275 | $ 550.00 |
| **Sr. Manager** | | | |
| K. Murphy | 16.0 | $275 | $ 4,400.00 |
| **Manager** | | | |
| B. Westerman | 1.0 | $225 | $ 225.00 |
| **Sr. Associate** | | | |
| J. Kennedy | 25.0 | $225 | $ 5,625.00 |
| J. Florek | 32.0 | $225 | $ 7,200.00 |
| W. Campbell | 37.5 | $210 | $ 7,875.00 |
| **Associate** | | | |
| R. Cannon | 39.5 | $195 | $ 7,702.50 |
| K. Ramcharan | 36.0 | $195 | $ 7,020.00 |
| **Office Staff** | | | |
| S. Conway | 0.6 | $115 | $ 69.00 |
| **Total Hours and Fees** | 213.6 | | $47,266.50 |
| Out-of-Pocket Expenses | | | $8,299.94 |
| **Total Amount Due** | | | $55,566.44 |



**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees by Contract Line by Person
February 22, 2005 through February 28, 2005

| Project | Hours | Fees |
|---|---|---|
| Post-Petition Date | 18.00 | $ 4,950.00 |
| Post-Entity Level COSO Controls Assessment | 56.20 | 13,823.00 |
| Post-PeopleSoft Appl Controls Support | 25.20 | 5,648.00 |
| Post-GCC Sarbanes Assistance | 114.20 | 22,845.50 |
| Total | 213.60 | $47,266.50 |

07/15/2005 09:20 9043663615 PWC TAX PAGE 03/06

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees by Contract Line by Person
February 22, 2005 through February 28, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Post-Petition** | | | | | |
| Kevin B. Murphy | 2/23/2005 | 4.00 | $275.00 | $1,100.00 | Meetings to discuss petition status-affidavit development |
| Kevin B. Murphy | 2/25/2005 | 4.00 | $275.00 | $1,100.00 | Meetings to discuss petition status-affidavit development |
| Kevin B. Murphy | 2/28/2005 | 8.00 | $275.00 | $2,200.00 | Meetings to discuss petition status-affidavit development |
| Kent W Moody | 2/23/2005 | 1.00 | $275.00 | $275.00 | Telephone calls with Kevin Murphy & Liz Danin regarding Winn Dixie filing and issues related to employment postpetition |
| Kent W Moody | 2/23/2005 | 1.00 | $275.00 | $275.00 | Follow up telephone calls and emails with K. Murphy on Winn Dixie employment issues |
| Task Subtotal | | 18.00 | | $4,950.00 | |
| **Post-Entity Level COSO Controls Assessment** | | | | | |
| Jason S. Florek | 2/22/2005 | 8.00 | $225.00 | $1,800.00 | Interviews-4/Documentation of Interviews - 4 |
| Jason S. Florek | 2/23/2005 | 8.00 | $225.00 | $1,800.00 | Interviews-5/Documentation of Interviews - 3 |
| Jason S. Florek | 2/24/2005 | 8.00 | $225.00 | $1,800.00 | Interviews-5/Documentation of Interviews - 3 |
| Jason S. Florek | 2/28/2005 | 8.00 | $225.00 | $1,800.00 | Interviews-4/Documentation of Interviews - 4 |
| Jay M. Krames | 2/22/2005 | 4.00 | $275.00 | $1,100.00 | Interviews with Management-4 |
| Jay M. Krames | 2/23/2005 | 5.00 | $275.00 | $1,375.00 | Interviews with Management-5 |
| Jay M. Krames | 2/24/2005 | 4.00 | $275.00 | $1,100.00 | Interviews with Management-5 |
| Jay M. Krames | 2/28/2005 | 4.00 | $275.00 | $1,100.00 | Interviews with Management-4 |
| Jay M. Krames | 2/22/2005 | 2.00 | $275.00 | $550.00 | Documentation and Recap of Interviews-2 |
| Jay M. Krames | 2/23/2005 | 1.00 | $275.00 | $275.00 | Documentation and Recap of Interviews-1 |
| Jay M. Krames | 2/28/2005 | 4.00 | $275.00 | $1,100.00 | Documentation and Recap of Interviews-4 |
| Shayn Conway | 2/28/2005 | 0.20 | $115.00 | $23.00 | Contract Line Maintenance |
| Task Subtotal | | 56.20 | | $13,823.00 | |
| **Post-PeopleSoft Appl Controls Support** | | | | | |
| James R. Kennedy | 2/22/2005 | 9.00 | $225.00 | $2,025.00 | Documentation of PeopleSoft restricted access findings and creation of workpapers |
| James R. Kennedy | 2/23/2005 | 4.00 | $225.00 | $900.00 | Documentation of PeopleSoft restricted access findings and creation of workpapers |
| James R. Kennedy | 2/23/2005 | 2.00 | $225.00 | $450.00 | PeopleSoft restricted access meetings to discuss status and issues related to PeopleSoft Restricted access project |
| James R. Kennedy | 2/28/2005 | 10.00 | $225.00 | $2,250.00 | Evaluation of PeopleSoft Application controls, Information gathering and business process evaluation |
| Shayn Conway | 2/28/2005 | 0.20 | $115.00 | $23.00 | Contract Line maintenance |
| Task Subtotal | | 25.20 | | $5,648.00 | |
| **Post-GCC Sarbanes Assistance** | | | | | |
| Bruce Westerman | 2/28/2005 | 1.00 | $225.00 | $225.00 | Meetings |
| Kenneth Ramcharan | 2/22/2005 | 2.00 | $195.00 | $390.00 | Documenting |
| Kenneth Ramcharan | 2/23/2005 | 4.50 | $195.00 | $877.50 | Documenting |
| Kenneth Ramcharan | 2/23/2005 | 4.00 | $195.00 | $780.00 | Doc Review |
| Kenneth Ramcharan | 2/24/2005 | 3.00 | $195.00 | $585.00 | Client Meeting |
| Kenneth Ramcharan | 2/24/2005 | 5.00 | $195.00 | $975.00 | Documenting |
| Kenneth Ramcharan | 2/25/2005 | 4.00 | $195.00 | $780.00 | Documenting |
| Kenneth Ramcharan | 2/25/2005 | 4.00 | $195.00 | $780.00 | Walkthrough |
| Kenneth Ramcharan | 2/28/2005 | 6.00 | $195.00 | $1,170.00 | Documenting |
| Kenneth Ramcharan | 2/28/2005 | 3.50 | $195.00 | $682.50 | Client Meeting |
| Robbie Cannon | 2/22/2005 | 2.50 | $195.00 | $487.50 | Documentation Narrative Review |
| Robbie Cannon | 2/22/2005 | 3.50 | $195.00 | $682.50 | Client Meeting |
| Robbie Cannon | 2/22/2005 | 2.00 | $195.00 | $390.00 | Documenting |

COPY

| Name | Date | Hours | Rate | Amount | Task |
|---|---|---|---|---|---|
| Robbie Cannon | 2/22/2005 | 1.50 | $ 195.00 | $ 292.50 | T&E |
| Robbie Cannon | 2/23/2005 | 2.00 | $ 195.00 | $ 390.00 | Documentation Narrative Review |
| Robbie Cannon | 2/23/2005 | 3.00 | $ 195.00 | $ 585.00 | Client Meeting |
| Robbie Cannon | 2/23/2005 | 3.00 | $ 195.00 | $ 585.00 | Documenting |
| Robbie Cannon | 2/24/2005 | 1.00 | $ 195.00 | $ 195.00 | T&E |
| Robbie Cannon | 2/24/2005 | 1.00 | $ 195.00 | $ 195.00 | Client Meeting |
| Robbie Cannon | 2/24/2005 | 0.50 | $ 195.00 | $ 97.50 | Documentation Narrative Review |
| Robbie Cannon | 2/25/2005 | 3.50 | $ 195.00 | $ 682.50 | Travel |
| Robbie Cannon | 2/25/2005 | 4.00 | $ 195.00 | $ 780.00 | Documenting |
| Robbie Cannon | 2/25/2005 | 2.50 | $ 195.00 | $ 487.50 | Documentation Narrative Review |
| Robbie Cannon | 2/25/2005 | 1.50 | $ 195.00 | $ 292.50 | T&E |
| Robbie Cannon | 2/28/2005 | 3.00 | $ 195.00 | $ 585.00 | Documenting |
| Robbie Cannon | 2/28/2005 | 1.50 | $ 195.00 | $ 292.50 | Documentation Narrative Review |
| Robbie Cannon | 2/28/2005 | 2.50 | $ 195.00 | $ 487.50 | Client Meeting |
| Robbie Cannon | 2/28/2005 | 1.00 | $ 195.00 | $ 195.00 | T&E |
| Sharyn Conway | 2/28/2005 | 0.20 | $ 115.00 | $ 23.00 | Contract Line Maintenance |
| Winston A Campbell | 2/22/2005 | 3.00 | $ 210.00 | $ 630.00 | Client Meetings |
| Winston A Campbell | 2/22/2005 | 1.00 | $ 210.00 | $ 210.00 | Documentation Review |
| Winston A Campbell | 2/22/2005 | 1.00 | $ 210.00 | $ 210.00 | Documentation |
| Winston A Campbell | 2/22/2005 | 2.00 | $ 210.00 | $ 420.00 | Staff Meeting |
| Winston A Campbell | 2/22/2005 | 2.00 | $ 210.00 | $ 420.00 | Meeting Preparation |
| Winston A Campbell | 2/23/2005 | 2.00 | $ 210.00 | $ 420.00 | Client Meeting |
| Winston A Campbell | 2/23/2005 | 3.00 | $ 210.00 | $ 630.00 | Documentation Review |
| Winston A Campbell | 2/23/2005 | 1.00 | $ 210.00 | $ 210.00 | Documenting |
| Winston A Campbell | 2/23/2005 | 1.00 | $ 210.00 | $ 210.00 | Staff Meeting |
| Winston A Campbell | 2/23/2005 | 1.00 | $ 210.00 | $ 210.00 | Meeting Preparation |
| Winston A Campbell | 2/24/2005 | 1.00 | $ 210.00 | $ 210.00 | Client Meeting |
| Winston A Campbell | 2/24/2005 | 2.00 | $ 210.00 | $ 420.00 | Documentation Review |
| Winston A Campbell | 2/24/2005 | 3.00 | $ 210.00 | $ 630.00 | Documenting |
| Winston A Campbell | 2/25/2005 | 2.00 | $ 210.00 | $ 420.00 | Staff meeting |
| Winston A Campbell | 2/25/2005 | 2.00 | $ 210.00 | $ 420.00 | Client Meeting |
| Winston A Campbell | 2/25/2005 | 1.00 | $ 210.00 | $ 210.00 | Documentation Review |
| Winston A Campbell | 2/25/2005 | 3.00 | $ 210.00 | $ 630.00 | Documenting |
| Winston A Campbell | 2/25/2005 | 1.00 | $ 210.00 | $ 210.00 | Staff Meetings |
| Winston A Campbell | 2/25/2005 | 1.00 | $ 210.00 | $ 210.00 | Meeting Preparation |
| Winston A Campbell | 2/28/2005 | 2.00 | $ 210.00 | $ 420.00 | Client Meetings |
| Winston A Campbell | 2/28/2005 | 2.50 | $ 210.00 | $ 525.00 | Documentation Review |
| Task Subtotal | | 114.20 | | $ 22,845.50 | |
| | | | | | |
| TOTAL | | 213.60 | | $ 47,266.50 | |



**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees by Contract Line by Person
February 22, 2005 through February 28, 2005

Out-of-Pocket Expenses by Staff by cost element

| | Airfare | Lodging | Meals | Mileage | Other | Parking | Public/Ground Trans/Toll | Rental Car | Sundry | Taxi | Tele/Fax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Post-Petition Date** | | | | | | | | | | | | |
| Dartin, L | | | 94.84 | | | | | | | | | 94.84 |
| **Post-Entity Level COSO Controls Assessment** | | | | | | | | | | | | |
| Kramer, J. | 787.10 | 668.96 | 253.60 | | | 120.00 | | 218.10 | 20.00 | | | 2,067.76 |
| **Post-PeopleSoft Appl. Controls Support** | | | | | | | | | | | | |
| Kennedy, J. | 1,050.20 | 864.42 | 313.82 | | | 34.00 | 45.11 | 456.35 | | 416.00 | | 3,179.90 |
| **Post-GCC Sarbanes Assistance** | | | | | | | | | | | | |
| Campbell, W. | 174.40 | 664.74 | 169.63 | | | | | | | | | 1,147.16 |
| Carnon, R. | | 1,185.67 | 248.89 | | 315.92 | 30.00 | | 138.39 | 30.00 | | | 1,810.28 |
| **Total out of Pocket Expenses** | $174.40 | $1,850.41 | $418.32 | $0.00 | $315.92 | $30.00 | | $138.39 | $30.00 | $0.00 | $0.00 | $8,299.94 |