PRICEWATERHOUSECOOPERS

COPY

May 24, 2005

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
USA

Invoice Number 1030231016-3

INVOICE FOR SERVICES
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC 28265-0640

FILE

Contract Number: 5000085518

| | | |
|---|---|---|
| Progress Billing for Professional Services March 2005 | $ | 283,085.00 |
| Case Administration - $17,517.50<br>SOW Attachment A - No. 3 - Entity Level COSO Controls - $44,825.00<br>SOW Attachment A - No. 4 - PeopleSoft Application Security - $47,050.00<br>SOW Attachment A - No. 5 - General Computer Controls - $173,692.50 | | |
| Progress Billing for Expenses March 2005 | $ | 29,764.53 |
| SOW Attachment A - No. 3 - Entity Level COSO Controls - $4,891.83<br>SOW Attachment A - No. 4 - PeopleSoft Application Security - $5,659.18<br>SOW Attachment A - No. 5 - General Computer Controls - $19,213.52 | | |
| **Total Invoice** | $ | 312,849.53 |

**Payment Due Upon Receipt**

Tax Identification Number: 134008324



**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
March 1, 2005 through March 31, 2005

|  | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Partner** | | | |
| E. Dantin | 7.5 | $300.00 | $ 2,250.00 |
| **Director** | | | |
| J. Krames | 73.0 | $275.00 | $ 20,075.00 |
| K. Mordy | 15.6 | $275.00 | $ 4,290.00 |
| **Sr. Manager** | | | |
| K. Murphy | 39.5 | $275.00 | $ 10,862.50 |
| **Manager** | | | |
| B. Westerman | 142.5 | $225.00 | $ 32,062.50 |
| D. Parker | 37.0 | $250.00 | $ 9,250.00 |
| **Sr. Associate** | | | |
| J. Kennedy | 168.0 | $225.00 | $ 37,800.00 |
| J. Florek | 110.0 | $225.00 | $ 24,750.00 |
| W. Campbell | 147.0 | $210.00 | $ 30,870.00 |
| **Associate** | | | |
| R. Cannon | 179.5 | $195.00 | $ 35,002.50 |
| J. Anderson | 74.5 | $195.00 | $ 14,527.50 |
| K. Ramcharan | 185.5 | $195.00 | $ 36,172.50 |
| G. Thekkumkattil | 122.0 | $195.00 | $ 23,790.00 |
| B. Miller | 6.5 | $195.00 | $ 1,267.50 |
| **Office Staff** | | | |
| S. Conway | 1.0 | $115.00 | $ 115.00 |
| **Total Hours and Fees** | 1309.1 | | $ 283,085.00 |
| **Out-of-Pocket Expenses** | | | $29,764.53 |
| **Total Amount Due** | | | $ 312,849.53 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Project | Hours | Fees |
|---|---|---|
| Post-Petition Date | 63.60 | $ 17,517.50 |
| Post-Entity Level COSO Controls Assessment | 183.00 | 44,825.00 |
| Post-PeopleSoft Appl Controls Support | 205.00 | 47,050.00 |
| Post-GCC Sarbanes Assistance | 857.50 | 173,692.50 |
| Total | 1309.10 | $ 283,085.00 |

COPY

Winn-Dixie Stores, Inc.
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Post-Petition Only** | | | | | |
| Elizabeth U Dantin | 3/15/2005 | 0.5 | $ 300.00 | $ 150.00 | Review of retention documents |
| Elizabeth U Dantin | 3/17/2005 | 2 | $ 300.00 | $ 600.00 | Review of retention documents, provide comments to attorneys, discussion with Kevin Murphy regarding documents and project status |
| Elizabeth U Dantin | 3/21/2005 | 3 | $ 300.00 | $ 900.00 | Review of retention documents, discussion with Kevin Murphy regarding comments on documents and status of project, conference call with Kevin Murphy and David Turetsky of Skadden regarding comments on retention documents and execution plans |
| Elizabeth U Dantin | 3/23/2005 | 1 | $ 300.00 | $ 300.00 | Final review of retention documents and authorization and signing of documents |
| Elizabeth U Dantin | 3/30/2005 | 1 | $ 300.00 | $ 300.00 | Discussion with Kevin Murphy regarding status of work and communication strategies |
| Kent W Mardy | 3/2/2005 | 0.5 | $ 275.00 | $ 137.50 | Telephone calls with K. Murphy to follow up on employment application issues |
| Kent W Mardy | 3/3/2005 | 1.2 | $ 275.00 | $ 330.00 | Telephone call with K. Murphy regarding employment and payment issues and follow up call with Brian Walsh regarding same; draft email to K Murphy regarding recording keeping requirements and payment process in the ch 11. |
| Kent W Mardy | 3/9/2005 | 0.2 | $ 275.00 | $ 55.00 | Follow up on relationship checks with A. Clark and K. Murphy |
| Kent W Mardy | 3/15/2005 | 1.2 | $ 275.00 | $ 330.00 | Telephone calls and emails with counsel and with K. Murphy regarding application and information required and role of PwC prepetition obligations. |
| Kent W Mardy | 3/16/2005 | 8.5 | $ 275.00 | $ 2,337.50 | Prepare initial drafts of affidavit of Elizabeth Dantin supporting retention of PwC, Debtors' Application and Interim Order and related emails and telephone calls necessary to complete drafts and send to counsel. |
| Kent W Mardy | 3/17/2005 | 1.5 | $ 275.00 | $ 412.50 | Follow up emails and telephone calls regarding employment application and affidavit and related disclosure issues |
| Kent W Mardy | 3/18/2005 | 1.5 | $ 275.00 | $ 412.50 | Telephone calls and emails and follow up on billing detail and application |
| Kent W Mardy | 3/28/2005 | 1 | $ 275.00 | $ 275.00 | Telephone calls with D. Turetsky, K. Murphy & A. Clark regarding employment application, declaration and relationship search; read revised draft of declaration and application & discuss with K. Murphy |
| Kevin B Murphy | 3/1/2005 | 2 | $ 275.00 | $ 550.00 | Affidavit Preparation |
| Kevin B Murphy | 3/2/2005 | 2 | $ 275.00 | $ 550.00 | Affidavit Preparation |
| Kevin B Murphy | 3/3/2005 | 2.5 | $ 275.00 | $ 687.50 | Affidavit Preparation |
| Kevin B Murphy | 3/4/2005 | 2 | $ 275.00 | $ 550.00 | Affidavit Preparation |
| Kevin B Murphy | 3/7/2005 | 1.5 | $ 275.00 | $ 412.50 | Phone Calls to discuss Affidavit and Declaration |
| Kevin B Murphy | 3/8/2005 | 3 | $ 275.00 | $ 825.00 | Meetings and Phone Calls to discuss Affidavit and Declaration |
| Kevin B Murphy | 3/9/2005 | 4.5 | $ 275.00 | $ 1,237.50 | Meetings and Phone Calls to discuss Affidavit and Declaration |
| Kevin B Murphy | 3/21/2005 | 4 | $ 275.00 | $ 1,100.00 | Preparation of Application and Affidavit |
| Kevin B Murphy | 3/22/2005 | 3.5 | $ 275.00 | $ 962.50 | Review of Application and Affidavit |
| Kevin B Murphy | 3/23/2005 | 2 | $ 275.00 | $ 550.00 | Phone calls with team regarding project status |
| Kevin B Murphy | 3/24/2005 | 4.5 | $ 275.00 | $ 1,237.50 | Project Plan Development |
| Kevin B Murphy | 3/30/2005 | 4 | $ 275.00 | $ 1,100.00 | Review of potential control deficiencies |
| Kevin B Murphy | 3/30/2005 | 1.5 | $ 275.00 | $ 412.50 | Meetings regarding project status |
| Kevin B Murphy | 3/31/2005 | 2.5 | $ 275.00 | $ 687.50 | Phone Calls discussing project status and issues |
| Sharon Louise Conway | 3/10/2005 | 1 | $ 115.00 | $ 115.00 | Billing |
| Task Subtotal | | 63.60 | | $ 17,517.50 | |
| **Post-Entity Level COSO Controls Assessment** | | | | | |
| Jason S. Florek | 3/1/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Interviews - 4Documentation of Interviews - 4 |
| Jason S. Florek | 3/2/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Interviews - 2Documentation of Interviews - 6 |
| Jason S. Florek | 3/3/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Documentation of Interviews - 4Report Draft - 2Interviews - 2 |
| Jason S. Florek | 3/7/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Documentation of Interviews - 3Interview of Management - 2Report Documentation - 3 |
| Jason S. Florek | 3/8/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Report Documentation - 8 |
| Jason S. Florek | 3/9/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Report Documentation - 8 |
| Jason S. Florek | 3/10/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Report Documentation - 8 |
| Jason S. Florek | 3/11/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Report Documentation - 8 |
| Jason S. Florek | 3/14/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Testing of Entity Level Controls |
| Jason S. Florek | 3/15/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Testing of Entity Level Controls |
| Jason S. Florek | 3/16/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Testing of Entity Level Controls |
| Jason S. Florek | 3/17/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Testing of Entity Level Controls |
| Jason S. Florek | 3/18/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Testing of Entity Level Controls |
| Jason S. Florek | 3/21/2005 | 1.0 | $ 225.00 | $ 225.00 | Client communication of the report and next steps. |
| Jason S. Florek | 3/23/2005 | 1.0 | $ 225.00 | $ 225.00 | Re-testing for ELA Assessment |
| Jason S. Florek | 3/24/2005 | 2.0 | $ 225.00 | $ 450.00 | Sample analysis and report documentation |
| Jason S. Florek | 3/25/2005 | 2.0 | $ 225.00 | $ 450.00 | Report documentation (summary of testing observations) |
| Jay M Kramer | 3/1/2005 | 4.0 | $ 275.00 | $ 1,100.00 | Client Interviews for ELA |
| Jay M Kramer | 3/2/2005 | 8.0 | $ 275.00 | $ 2,200.00 | Client Interviews for ELA |
| Jay M Kramer | 3/3/2005 | 8.0 | $ 275.00 | $ 2,200.00 | Client Interviews for ELA |
| Jay M Kramer | 3/4/2005 | 8.0 | $ 275.00 | $ 2,200.00 | Client Interviews for ELA - 4 hoursTravel to Client Location for fieldwork from client to home - 4 hours |
| Jay M Kramer | 3/7/2005 | 2.0 | $ 275.00 | $ 550.00 | Begin preparation of client report |
| Jay M Kramer | 3/8/2005 | 2.0 | $ 275.00 | $ 550.00 | Continue preparation of client report - 1 hourBegin preparation for ELA testing - 1 hour |
| Jay M Kramer | 3/9/2005 | 2.0 | $ 275.00 | $ 550.00 | Continue preparation of client report - 1 hourContinue preparation of ELA testing materials - 1 hour |
| Jay M Kramer | 3/10/2005 | 3.0 | $ 275.00 | $ 825.00 | Complete final review of draft report to client |
| Jay M Kramer | 3/14/2005 | 8.0 | $ 275.00 | $ 2,200.00 | Travel to Client Location for fieldwork to Jacksonville - 4 hoursELA testing - 4 hours |
| Jay M Kramer | 3/15/2005 | 8.0 | $ 275.00 | $ 2,200.00 | ELA testing - 8 hours |

COPY

Winn-Dixie Stores, Inc.
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Jay M Kramer | 3/16/2005 | 8.0 | $ 275.00 | $ 2,200.00 | Conduct ELA testing |
| Jay M Kramer | 3/17/2005 | 8.0 | $ 275.00 | $ 2,200.00 | Travel to Client Location for fieldwork back to Chicago - 4 hours Begin preparation of ELA testing results documentation - 4 |
| Jay M Kramer | 3/21/2005 | 3.0 | $ 275.00 | $ 825.00 | Prepare and review final report and test plans - 3 hours |
| Jay M Kramer | 3/30/2005 | 1.0 | $ 275.00 | $ 275.00 | Follow up on ELA testing and reporting |
| Task Subtotal | | 113.5 | | $ 41,325.00 | |
| **Post-PeopleSoft Appl Controls Support** | | | | | |
| David Parker | 3/1/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of AP 'Significant Controls' doc, project mgmt |
| David Parker | 3/2/2005 | 2.0 | $ 250.00 | $ 500.00 | Compiling of security access spreadsheets, CFO Services coordination |
| David Parker | 3/3/2005 | 1.0 | $ 250.00 | $ 250.00 | Review/revision of key controls questionnaire |
| David Parker | 3/4/2005 | 2.0 | $ 250.00 | $ 500.00 | Staff guidance, discussion re: delays in receiving client data/responses |
| David Parker | 3/7/2005 | 3.0 | $ 250.00 | $ 750.00 | Discussions regarding various module access, proj mgt. |
| David Parker | 3/8/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of AR Workpapers |
| David Parker | 3/9/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of AR Workpapers |
| David Parker | 3/11/2005 | 2.0 | $ 250.00 | $ 500.00 | Review and discussion regarding functional access for developers |
| David Parker | 3/15/2005 | 6.0 | $ 250.00 | $ 1,500.00 | Onsite meeting w/ Meredith, CFO Services meeting, proj mgt w/ Jim |
| David Parker | 3/16/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of AR Findings |
| David Parker | 3/17/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of AM restricted access workpapers (matrix & spreadsheet) |
| David Parker | 3/18/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of AM findings doc |
| David Parker | 3/21/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of AP/PO workpapers |
| David Parker | 3/22/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of AP Findings document |
| David Parker | 3/23/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of Financials PeopleTools access |
| David Parker | 3/24/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of HR PeopleTools access |
| David Parker | 3/25/2005 | 2.0 | $ 250.00 | $ 500.00 | Review of Budgets Findings and PeopleTools findings (HR/Fin) |
| David Parker | 3/23/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of Budgets and AM matrices |
| David Parker | 3/30/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of Winn-Dixie SAD for 3/31 meeting |
| David Parker | 3/31/2005 | 1.0 | $ 250.00 | $ 250.00 | Review of PeopleSoft HR workpapers |
| James R Kennedy | 3/1/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Analysis of PeopleSoft Application Controls. Information gathering and evaluation of business process. |
| James R Kennedy | 3/2/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Analysis of PeopleSoft Application Controls. Information gathering and evaluation of business process. |
| James R Kennedy | 3/3/2005 | 6.0 | $ 225.00 | $ 1,350.00 | Analysis of PeopleSoft Application Controls. Information gathering and evaluation of business process. |
| James R Kennedy | 3/4/2005 | 4.0 | $ 225.00 | $ 900.00 | Documentation of PeopleSoft Restricted Access Findings. Preparation of workpapers. |
| James R Kennedy | 3/7/2005 | 2.0 | $ 225.00 | $ 450.00 | Meetings with client regarding PeopleSoft restricted access status and findings. |
| James R Kennedy | 3/7/2005 | 4.0 | $ 225.00 | $ 900.00 | Analysis of PeopleSoft Application Controls. Information gathering and evaluation of business process. |
| James R Kennedy | 3/8/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Analysis of PeopleSoft restricted access. Segregation of duties evaluation and evaluation of PeopleSoft security configuration. |
| James R Kennedy | 3/9/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Analysis of PeopleSoft restricted access. Segregation of duties evaluation and evaluation of PeopleSoft security configuration. |
| James R Kennedy | 3/10/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Analysis of PeopleSoft restricted access. Segregation of duties evaluation and evaluation of PeopleSoft security configuration. |
| James R Kennedy | 3/11/2005 | 1.0 | $ 225.00 | $ 225.00 | Documentation of PeopleSoft Restricted Access Findings. Preparation of workpapers. |
| James R Kennedy | 3/14/2005 | 4.0 | $ 225.00 | $ 900.00 | Documentation of PeopleSoft Restricted Access Findings. Preparation of workpapers. |
| James R Kennedy | 3/15/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Analysis of PeopleSoft restricted access. Segregation of duties evaluation and evaluation of PeopleSoft security configuration. |
| James R Kennedy | 3/15/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Documentation of PeopleSoft Restricted Access Findings. Preparation of workpapers. |
| James R Kennedy | 3/16/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/17/2005 | 6.0 | $ 225.00 | $ 1,350.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/18/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/21/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/22/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/23/2005 | 1.5 | $ 225.00 | $ 337.50 | Analysis of PeopleSoft security configuration and evaluation of restricted access findings. |
| James R Kennedy | 3/23/2005 | 6.5 | $ 225.00 | $ 1,462.50 | Meetings with client regarding restricted access status and findings. |
| James R Kennedy | 3/23/2005 | 2.0 | $ 225.00 | $ 450.00 | Analysis of PeopleSoft security configuration and evaluation of restricted access findings. |
| James R Kennedy | 3/24/2005 | 4.0 | $ 225.00 | $ 900.00 | Meetings with client regarding restricted access status and findings. |
| James R Kennedy | 3/24/2005 | 2.0 | $ 225.00 | $ 450.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/25/2005 | 4.0 | $ 225.00 | $ 900.00 | Documentation of PeopleSoft restricted access findings. Preparation of workpapers. |
| James R Kennedy | 3/26/2005 | 4.0 | $ 225.00 | $ 950.00 | Analysis of PeopleSoft security configuration and evaluation of restricted access findings. |
| James R Kennedy | 3/29/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Analysis of PeopleSoft security configuration and evaluation of restricted access findings. |
| James R Kennedy | 3/30/2005 | 10.0 | $ 225.00 | $ 2,250.00 | Analysis of PeopleSoft security configuration and evaluation of restricted access findings. |
| James R Kennedy | 3/31/2005 | 8.0 | $ 225.00 | $ 1,800.00 | |
| Task Subtotal | | 235.0 | | $ 47,059.00 | |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

COPY

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Post-GCC Sarbanes Assistance** | | | | | |
| Brooke E Miller | 3/24/2005 | 6.5 | $ 195.00 | $ 1,267.50 | Documenting |
| Bruce M Westerman | 3/1/2005 | 4.0 | $ 225.00 | $ 900.00 | Staff Guidance |
| Bruce M Westerman | 3/2/2005 | 3.0 | $ 225.00 | $ 675.00 | Meetings |
| Bruce M Westerman | 3/2/2005 | 3.0 | $ 225.00 | $ 675.00 | Staff Guidance |
| Bruce M Westerman | 3/3/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Staff Guidance |
| Bruce M Westerman | 3/3/2005 | 3.0 | $ 225.00 | $ 675.00 | Meetings |
| Bruce M Westerman | 3/4/2005 | 2.0 | $ 225.00 | $ 450.00 | Staff Guidance |
| Bruce M Westerman | 3/7/2005 | 7.0 | $ 225.00 | $ 1,575.00 | Staff Guidance |
| Bruce M Westerman | 3/8/2005 | 3.0 | $ 225.00 | $ 675.00 | Meetings |
| Bruce M Westerman | 3/8/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Staff Guidance |
| Bruce M Westerman | 3/9/2005 | 3.0 | $ 225.00 | $ 675.00 | Staff guidance |
| Bruce M Westerman | 3/9/2005 | 3.0 | $ 225.00 | $ 675.00 | Meetings |
| Bruce M Westerman | 3/10/2005 | 6.0 | $ 225.00 | $ 1,350.00 | Staff Guidance |
| Bruce M Westerman | 3/11/2005 | 2.0 | $ 225.00 | $ 450.00 | Staff Guidance |
| Bruce M Westerman | 3/14/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Staff Guidance |
| Bruce M Westerman | 3/15/2005 | 4.0 | $ 225.00 | $ 900.00 | Staff Guidance |
| Bruce M Westerman | 3/15/2005 | 4.0 | $ 225.00 | $ 900.00 | Meetings |
| Bruce M Westerman | 3/18/2005 | 1.0 | $ 225.00 | $ 225.00 | Staff management |
| Bruce M Westerman | 3/21/2005 | 8.0 | $ 225.00 | $ 1,800.00 | staff guidance |
| Bruce M Westerman | 3/22/2005 | 8.0 | $ 225.00 | $ 1,800.00 | Staff guidance |
| Bruce M Westerman | 3/21/2005 | 4.0 | $ 225.00 | $ 900.00 | Scheduled Mtg with WD Management |
| Bruce M Westerman | 3/23/2005 | 4.0 | $ 225.00 | $ 900.00 | Staff guidance |
| Bruce M Westerman | 3/24/2005 | 2.0 | $ 225.00 | $ 450.00 | Scheduled Mtg with WD Management |
| Bruce M Westerman | 3/24/2005 | 7.0 | $ 225.00 | $ 1,575.00 | Staff Guidance |
| Bruce M Westerman | 3/25/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Narrative and walkthrough |
| Bruce M Westerman | 3/25/2005 | 3.5 | $ 225.00 | $ 787.50 | Scheduled Mtg with WD Management |
| Bruce M Westerman | 3/28/2005 | 5.0 | $ 225.00 | $ 1,125.00 | Staff guidance and review of work |
| Bruce M Westerman | 3/28/2005 | 3.0 | $ 225.00 | $ 675.00 | Scheduled Mtg with WD Management |
| Bruce M Westerman | 3/29/2005 | 13.0 | $ 225.00 | $ 2,925.00 | Review of work performed |
| Bruce M Westerman | 3/30/2005 | 4.0 | $ 225.00 | $ 900.00 | Staff guidance |
| Bruce M Westerman | 3/30/2005 | 6.0 | $ 225.00 | $ 1,350.00 | Scheduled Mtg with WD Management |
| Bruce M Westerman | 3/31/2005 | 2.0 | $ 225.00 | $ 450.00 | Staff Guidance |
| Bruce M Westerman | 3/31/2005 | 2.0 | $ 225.00 | $ 450.00 | Scheduled Mtg with WD Management |
| Geesa Maria Thekkumkattil | 3/14/2005 | 4.5 | $ 195.00 | $ 877.50 | documentation review |
| Geesa Maria Thekkumkattil | 3/14/2005 | 1.0 | $ 195.00 | $ 195.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/14/2005 | 2.0 | $ 195.00 | $ 390.00 | staff meeting |
| Geesa Maria Thekkumkattil | 3/15/2005 | 6.0 | $ 195.00 | $ 1,170.00 | documenting |
| Geesa Maria Thekkumkattil | 3/15/2005 | 1.5 | $ 195.00 | $ 292.50 | client meeting |
| Geesa Maria Thekkumkattil | 3/15/2005 | 2.0 | $ 195.00 | $ 390.00 | documentation review |
| Geesa Maria Thekkumkattil | 3/16/2005 | 5.0 | $ 195.00 | $ 975.00 | documenting |
| Geesa Maria Thekkumkattil | 3/16/2005 | 2.0 | $ 195.00 | $ 390.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/17/2005 | 5.5 | $ 195.00 | $ 1,072.50 | documenting |
| Geesa Maria Thekkumkattil | 3/17/2005 | 1.0 | $ 195.00 | $ 195.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/17/2005 | 1.0 | $ 195.00 | $ 195.00 | staff meeting |
| Geesa Maria Thekkumkattil | 3/18/2005 | 2.0 | $ 195.00 | $ 390.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/18/2005 | 0.5 | $ 195.00 | $ 97.50 | GCC Walkthrough |
| Geesa Maria Thekkumkattil | 3/18/2005 | 5.5 | $ 195.00 | $ 1,072.50 | documenting |
| Geesa Maria Thekkumkattil | 3/21/2005 | 3.0 | $ 195.00 | $ 585.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/21/2005 | 4.0 | $ 195.00 | $ 780.00 | documenting |
| Geesa Maria Thekkumkattil | 3/21/2005 | 2.0 | $ 195.00 | $ 390.00 | staff meeting |
| Geesa Maria Thekkumkattil | 3/22/2005 | 0.5 | $ 195.00 | $ 97.50 | client meeting |
| Geesa Maria Thekkumkattil | 3/22/2005 | 0.5 | $ 195.00 | $ 97.50 | staff meeting |
| Geesa Maria Thekkumkattil | 3/22/2005 | 1.5 | $ 195.00 | $ 292.50 | documentation review |

COPY

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Geesa Maria Thekkumkattil | 3/22/2005 | 4.5 | $ 195.00 | $ 877.50 | documenting |
| Geesa Maria Thekkumkattil | 3/22/2005 | 1.0 | $ 195.00 | $ 195.00 | gcc testing |
| Geesa Maria Thekkumkattil | 3/22/2005 | 2.0 | $ 195.00 | $ 390.00 | gcc walkthrough |
| Geesa Maria Thekkumkattil | 3/23/2005 | 7.0 | $ 195.00 | $ 1,365.00 | documenting |
| Geesa Maria Thekkumkattil | 3/23/2005 | 0.5 | $ 195.00 | $ 97.50 | documentation review |
| Geesa Maria Thekkumkattil | 3/23/2005 | 1.0 | $ 195.00 | $ 195.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/24/2005 | 5.5 | $ 195.00 | $ 1,072.50 | documenting |
| Geesa Maria Thekkumkattil | 3/24/2005 | 1.0 | $ 195.00 | $ 195.00 | documentation review |
| Geesa Maria Thekkumkattil | 3/24/2005 | 1.0 | $ 195.00 | $ 195.00 | client meeting |
| Geesa Maria Thekkumkattil | 3/24/2005 | 1.0 | $ 195.00 | $ 195.00 | staff meeting |
| Geesa Maria Thekkumkattil | 3/25/2005 | 7.5 | $ 195.00 | $ 1,462.50 | GCC Testing |
| Geesa Maria Thekkumkattil | 3/25/2005 | 2.0 | $ 195.00 | $ 390.00 | documenting |
| Geesa Maria Thekkumkattil | 3/28/2005 | 7.0 | $ 195.00 | $ 1,365.00 | Documenting |
| Geesa Maria Thekkumkattil | 3/28/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Geesa Maria Thekkumkattil | 3/29/2005 | 6.0 | $ 195.00 | $ 1,170.00 | Documenting |
| Geesa Maria Thekkumkattil | 3/29/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Geesa Maria Thekkumkattil | 3/30/2005 | 1.0 | $ 195.00 | $ 195.00 | GCC Walkthrough |
| Geesa Maria Thekkumkattil | 3/30/2005 | 6.0 | $ 195.00 | $ 1,170.00 | documenting |
| Geesa Maria Thekkumkattil | 3/30/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Geesa Maria Thekkumkattil | 3/30/2005 | 1.0 | $ 195.00 | $ 195.00 | gcc walkthrough |
| Geesa Maria Thekkumkattil | 3/31/2005 | 7.0 | $ 195.00 | $ 1,365.00 | Documenting |
| Geesa Maria Thekkumkattil | 3/31/2005 | 1.0 | $ 195.00 | $ 195.00 | staff meeting |
| Geesa Maria Thekkumkattil | 3/31/2005 | 2.0 | $ 195.00 | $ 390.00 | client meeting |
| Justin Mathew Anderson | 3/14/2005 | 2.5 | $ 195.00 | $ 487.50 | Travel to Client Location for fieldwork |
| Justin Mathew Anderson | 3/14/2005 | 4.0 | $ 195.00 | $ 780.00 | Documentation Review |
| Justin Mathew Anderson | 3/14/2005 | 1.0 | $ 195.00 | $ 195.00 | Documenting |
| Justin Mathew Anderson | 3/14/2005 | 1.5 | $ 195.00 | $ 292.50 | Client Meetings |
| Justin Mathew Anderson | 3/14/2005 | 1.5 | $ 195.00 | $ 292.50 | Staff Meetings |
| Justin Mathew Anderson | 3/15/2005 | 4.0 | $ 195.00 | $ 780.00 | Documenting |
| Justin Mathew Anderson | 3/15/2005 | 1.5 | $ 195.00 | $ 292.50 | Documentation Review |
| Justin Mathew Anderson | 3/15/2005 | 2.5 | $ 195.00 | $ 487.50 | GCC Walkthrough |
| Justin Mathew Anderson | 3/16/2005 | 1.5 | $ 195.00 | $ 292.50 | Client Meetings |
| Justin Mathew Anderson | 3/16/2005 | 1.5 | $ 195.00 | $ 292.50 | GCC Walkthroughs |
| Justin Mathew Anderson | 3/16/2005 | 5.0 | $ 195.00 | $ 975.00 | Documenting |
| Justin Mathew Anderson | 3/17/2005 | 3.0 | $ 195.00 | $ 585.00 | Travel to Client Location for fieldwork |
| Justin Mathew Anderson | 3/17/2005 | 2.5 | $ 195.00 | $ 487.50 | Documenting |
| Justin Mathew Anderson | 3/17/2005 | 3.0 | $ 195.00 | $ 585.00 | GCC Walkthrough |
| Justin Mathew Anderson | 3/28/2005 | 2.0 | $ 195.00 | $ 390.00 | Travel to Client Location for fieldwork |
| Justin Mathew Anderson | 3/28/2005 | 9.0 | $ 195.00 | $ 1,755.00 | Documenting |
| Justin Mathew Anderson | 3/28/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff meeting |
| Justin Mathew Anderson | 3/29/2005 | 8.0 | $ 195.00 | $ 1,560.00 | Documenting |
| Justin Mathew Anderson | 3/29/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meetings |
| Justin Mathew Anderson | 3/29/2005 | 1.0 | $ 195.00 | $ 195.00 | Client meetings |
| Justin Mathew Anderson | 3/30/2005 | 0.5 | $ 195.00 | $ 97.50 | Client Meeting |
| Justin Mathew Anderson | 3/30/2005 | 5.0 | $ 195.00 | $ 975.00 | Documenting |
| Justin Mathew Anderson | 3/30/2005 | 2.5 | $ 195.00 | $ 487.50 | Documentation Review |
| Justin Mathew Anderson | 3/30/2005 | 5.0 | $ 195.00 | $ 975.00 | Documenting |
| Justin Mathew Anderson | 3/31/2005 | 1.5 | $ 195.00 | $ 292.50 | Staff Meetings |
| Justin Mathew Anderson | 3/31/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Justin Mathew Anderson | 3/31/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meetings |
| Kenneth Ramcharan | 3/2/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/2/2005 | 2.0 | $ 195.00 | $ 390.00 | Documentation Review |
| Kenneth Ramcharan | 3/3/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Kenneth Ramcharan | 3/3/2005 | 1.0 | $ 195.00 | $ 195.00 | T & E |
| Kenneth Ramcharan | 3/3/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/4/2005 | 1.5 | $ 195.00 | $ 292.50 | Client Meeting |

COPY

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Kenneth Ramcharan | 3/4/2005 | 2.5 | $ 195.00 | $ 487.50 | Documentation Review |
| Kenneth Ramcharan | 3/4/2005 | 4.0 | $ 195.00 | $ 780.00 | Documenting |
| Kenneth Ramcharan | 3/7/2005 | 1.5 | $ 195.00 | $ 292.50 | Staff Meeting |
| Kenneth Ramcharan | 3/7/2005 | 4.0 | $ 195.00 | $ 780.00 | Client Meeting |
| Kenneth Ramcharan | 3/7/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/7/2005 | 1.0 | $ 195.00 | $ 195.00 | Client Meeting |
| Kenneth Ramcharan | 3/8/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/8/2005 | 3.0 | $ 195.00 | $ 585.00 | Client Meeting |
| Kenneth Ramcharan | 3/9/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/9/2005 | 2.5 | $ 195.00 | $ 487.50 | Documenting |
| Kenneth Ramcharan | 3/9/2005 | 2.0 | $ 195.00 | $ 390.00 | T & E |
| Kenneth Ramcharan | 3/9/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Kenneth Ramcharan | 3/9/2005 | 5.0 | $ 195.00 | $ 975.00 | Documenting |
| Kenneth Ramcharan | 3/10/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meeting |
| Kenneth Ramcharan | 3/10/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Kenneth Ramcharan | 3/10/2005 | 4.0 | $ 195.00 | $ 780.00 | Travel to Client Location for fieldwork |
| Kenneth Ramcharan | 3/11/2005 | 4.0 | $ 195.00 | $ 780.00 | Documentation Review |
| Kenneth Ramcharan | 3/11/2005 | 4.0 | $ 195.00 | $ 780.00 | Documenting |
| Kenneth Ramcharan | 3/14/2005 | 2.5 | $ 195.00 | $ 487.50 | Client Meeting |
| Kenneth Ramcharan | 3/14/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/14/2005 | 1.0 | $ 195.00 | $ 195.00 | Client Meeting |
| Kenneth Ramcharan | 3/14/2005 | 2.0 | $ 195.00 | $ 390.00 | Staff Meeting |
| Kenneth Ramcharan | 3/15/2005 | 3.0 | $ 195.00 | $ 585.00 | Walkthrough |
| Kenneth Ramcharan | 3/15/2005 | 2.0 | $ 195.00 | $ 390.00 | T & E |
| Kenneth Ramcharan | 3/15/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/15/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meeting |
| Kenneth Ramcharan | 3/16/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meeting |
| Kenneth Ramcharan | 3/15/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/16/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/17/2005 | 1.5 | $ 195.00 | $ 292.50 | Staff Meeting |
| Kenneth Ramcharan | 3/17/2005 | 2.0 | $ 195.00 | $ 390.00 | Documenting |
| Kenneth Ramcharan | 3/17/2005 | 2.0 | $ 195.00 | $ 390.00 | Walkthrough |
| Kenneth Ramcharan | 3/17/2005 | 1.0 | $ 195.00 | $ 195.00 | T & E |
| Kenneth Ramcharan | 3/17/2005 | 1.5 | $ 195.00 | $ 292.50 | Client Meeting |
| Kenneth Ramcharan | 3/18/2005 | 3.0 | $ 195.00 | $ 585.00 | Walkthrough |
| Kenneth Ramcharan | 3/18/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/18/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/18/2005 | 1.0 | $ 195.00 | $ 195.00 | T & E |
| Kenneth Ramcharan | 3/21/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/21/2005 | 4.0 | $ 195.00 | $ 780.00 | Documenting |
| Kenneth Ramcharan | 3/21/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/22/2005 | 2.5 | $ 195.00 | $ 487.50 | T & E |
| Kenneth Ramcharan | 3/22/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meeting |
| Kenneth Ramcharan | 3/22/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/22/2005 | 3.0 | $ 195.00 | $ 585.00 | Walkthrough |
| Kenneth Ramcharan | 3/23/2005 | 4.0 | $ 195.00 | $ 780.00 | Walkthrough |
| Kenneth Ramcharan | 3/23/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/23/2005 | 1.0 | $ 195.00 | $ 195.00 | Client Meeting |
| Kenneth Ramcharan | 3/23/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/24/2005 | 4.0 | $ 195.00 | $ 780.00 | Documenting |
| Kenneth Ramcharan | 3/24/2005 | 4.0 | $ 195.00 | $ 780.00 | Travel to Client Location for fieldwork |
| Kenneth Ramcharan | 3/25/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/25/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/25/2005 | 2.0 | $ 195.00 | $ 390.00 | T & E |
| Kenneth Ramcharan | 3/28/2005 | 1.5 | $ 195.00 | $ 292.50 | Staff Meeting |
| Kenneth Ramcharan | 3/28/2005 | 3.5 | $ 195.00 | $ 682.50 | Documentation Review |

COPY

Winn-Dixie Stores, Inc.
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Kenneth Ramcharan | 3/28/2005 | 4.5 | $ 195.00 | $ 877.50 | Documenting |
| Kenneth Ramcharan | 3/29/2005 | 4.0 | $ 195.00 | $ 780.00 | Walkthrough |
| Kenneth Ramcharan | 3/23/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/29/2005 | 2.0 | $ 195.00 | $ 390.00 | T & E |
| Kenneth Ramcharan | 3/29/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation Review |
| Kenneth Ramcharan | 3/30/2005 | 5.0 | $ 195.00 | $ 975.00 | Walkthrough |
| Kenneth Ramcharan | 3/30/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Kenneth Ramcharan | 3/10/2005 | 2.0 | $ 195.00 | $ 390.00 | Documenting |
| Kenneth Ramcharan | 3/10/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meeting |
| Kenneth Ramcharan | 3/31/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Kenneth Ramcharan | 3/31/2005 | 2.0 | $ 195.00 | $ 390.00 | Client Meeting |
| Kenneth Ramcharan | 3/31/2005 | 3.0 | $ 195.00 | $ 585.00 | Walkthrough |
| Kenneth Ramcharan | 3/31/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff Meeting |
| Robbie L Cannon | 3/1/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/1/2005 | 1.5 | $ 195.00 | $ 292.50 | staff meeting |
| Robbie L Cannon | 3/1/2005 | 3.5 | $ 195.00 | $ 682.50 | Client meeting |
| Robbie L Cannon | 3/1/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Robbie L Cannon | 3/2/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/2/2005 | 2.5 | $ 195.00 | $ 487.50 | staff meeting |
| Robbie L Cannon | 3/2/2005 | 4.0 | $ 195.00 | $ 780.00 | Client meeting |
| Robbie L Cannon | 3/3/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |
| Robbie L Cannon | 3/3/2005 | 1.5 | $ 195.00 | $ 292.50 | T&E |
| Robbie L Cannon | 3/3/2005 | 1.5 | $ 195.00 | $ 292.50 | Staff meeting |
| Robbie L Cannon | 3/3/2005 | 2.5 | $ 195.00 | $ 487.50 | client meeting |
| Robbie L Cannon | 3/4/2005 | 3.5 | $ 195.00 | $ 682.50 | documenting |
| Robbie L Cannon | 3/4/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/4/2005 | 4.0 | $ 195.00 | $ 780.00 | Travel to Client Location for fieldwork |
| Robbie L Cannon | 3/4/2005 | 3.0 | $ 195.00 | $ 585.00 | documenting |
| Robbie L Cannon | 3/7/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/7/2005 | 2.0 | $ 195.00 | $ 390.00 | documentation review |
| Robbie L Cannon | 3/7/2005 | 2.0 | $ 195.00 | $ 390.00 | documenting |
| Robbie L Cannon | 3/7/2005 | 3.0 | $ 195.00 | $ 585.00 | client meeting |
| Robbie L Cannon | 3/7/2005 | 0.5 | $ 195.00 | $ 97.50 | staff meeting |
| Robbie L Cannon | 3/8/2005 | 0.5 | $ 195.00 | $ 97.50 | T&E |
| Robbie L Cannon | 3/8/2005 | 3.5 | $ 195.00 | $ 682.50 | Documenting |
| Robbie L Cannon | 3/8/2005 | 4.0 | $ 195.00 | $ 780.00 | Documentation narrative review |
| Robbie L Cannon | 3/8/2005 | 0.5 | $ 195.00 | $ 97.50 | client meeting |
| Robbie L Cannon | 3/8/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff meeting |
| Robbie L Cannon | 3/9/2005 | 2.5 | $ 195.00 | $ 487.50 | staff meeting |
| Robbie L Cannon | 3/9/2005 | 3.0 | $ 195.00 | $ 585.00 | documenting |
| Robbie L Cannon | 3/9/2005 | 2.0 | $ 195.00 | $ 390.00 | documentation review |
| Robbie L Cannon | 3/9/2005 | 1.5 | $ 195.00 | $ 292.50 | client meeting |
| Robbie L Cannon | 3/10/2005 | 2.0 | $ 195.00 | $ 390.00 | Travel to Client Location for fieldwork |
| Robbie L Cannon | 3/10/2005 | 4.5 | $ 195.00 | $ 877.50 | client meeting |
| Robbie L Cannon | 3/10/2005 | 1.5 | $ 195.00 | $ 292.50 | documentation review |
| Robbie L Cannon | 3/11/2005 | 3.0 | $ 195.00 | $ 585.00 | documentation review |
| Robbie L Cannon | 3/11/2005 | 4.0 | $ 195.00 | $ 780.00 | documentation |
| Robbie L Cannon | 3/14/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/14/2005 | 4.5 | $ 195.00 | $ 877.50 | client meeting |
| Robbie L Cannon | 3/14/2005 | 4.0 | $ 195.00 | $ 780.00 | client meeting |
| Robbie L Cannon | 3/15/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/15/2005 | 4.5 | $ 195.00 | $ 877.50 | documenting |
| Robbie L Cannon | 3/15/2005 | 3.5 | $ 195.00 | $ 682.50 | Client Meeting |
| Robbie L Cannon | 3/16/2005 | 2.5 | $ 195.00 | $ 487.50 | Travel to Client Location for fieldwork |
| Robbie L Cannon | 3/16/2005 | 3.0 | $ 195.00 | $ 585.00 | client meeting |
| Robbie L Cannon | 3/16/2005 | 3.0 | $ 195.00 | $ 585.00 | Documenting |

COPY

Winn-Dixie Stores, Inc.
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Robbie L Cannon | 3/21/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/21/2005 | 3.5 | $ 195.00 | $ 682.50 | Documenting |
| Robbie L Cannon | 3/21/2005 | 4.0 | $ 195.00 | $ 780.00 | client meeting |
| Robbie L Cannon | 3/22/2005 | 0.5 | $ 195.00 | $ 97.50 | T&E |
| Robbie L Cannon | 3/22/2005 | 1.0 | $ 195.00 | $ 195.00 | documentation review |
| Robbie L Cannon | 3/22/2005 | 1.0 | $ 195.00 | $ 195.00 | walkthrough |
| Robbie L Cannon | 3/22/2005 | 3.0 | $ 195.00 | $ 585.00 | documenting |
| Robbie L Cannon | 3/22/2005 | 3.0 | $ 195.00 | $ 585.00 | client meeting |
| Robbie L Cannon | 3/23/2005 | 8.0 | $ 195.00 | $ 1,560.00 | walkthrough |
| Robbie L Cannon | 3/24/2005 | 0.5 | $ 195.00 | $ 97.50 | Documenting |
| Robbie L Cannon | 3/24/2005 | 1.0 | $ 195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 3/24/2005 | 2.0 | $ 195.00 | $ 390.00 | documentation review |
| Robbie L Cannon | 3/25/2005 | 1.0 | $ 195.00 | $ 195.00 | Client meeting (phone conference) |
| Robbie L Cannon | 3/25/2005 | 5.0 | $ 195.00 | $ 975.00 | documenting |
| Robbie L Cannon | 3/28/2005 | 1.0 | $ 195.00 | $ 195.00 | Staff meeting |
| Robbie L Cannon | 3/28/2005 | 0.5 | $ 195.00 | $ 97.50 | T&E |
| Robbie L Cannon | 3/28/2005 | 6.5 | $ 195.00 | $ 1,267.50 | Documentation |
| Robbie L Cannon | 3/28/2005 | 0.5 | $ 195.00 | $ 97.50 | Documentation review |
| Robbie L Cannon | 3/29/2005 | 6.5 | $ 195.00 | $ 1,267.50 | documentation |
| Robbie L Cannon | 3/29/2005 | 2.5 | $ 195.00 | $ 487.50 | staff meeting |
| Robbie L Cannon | 3/29/2005 | 0.5 | $ 195.00 | $ 97.50 | staff meeting |
| Robbie L Cannon | 3/29/2005 | 0.5 | $ 195.00 | $ 97.50 | T&E |
| Robbie L Cannon | 3/29/2005 | 1.0 | $ 195.00 | $ 195.00 | client meeting |
| Robbie L Cannon | 3/30/2005 | 0.5 | $ 195.00 | $ 97.50 | T&E |
| Robbie L Cannon | 3/30/2005 | 2.0 | $ 195.00 | $ 390.00 | walkthrough |
| Robbie L Cannon | 3/30/2005 | 4.5 | $ 195.00 | $ 877.50 | documentation review |
| Robbie L Cannon | 3/30/2005 | 2.0 | $ 195.00 | $ 390.00 | client meeting |
| Robbie L Cannon | 3/30/2005 | 1.0 | $ 195.00 | $ 195.00 | staff meeting |
| Robbie L Cannon | 3/31/2005 | 1.0 | $ 195.00 | $ 195.00 | client meeting |
| Robbie L Cannon | 3/31/2005 | 0.5 | $ 195.00 | $ 97.50 | T&E |
| Robbie L Cannon | 3/31/2005 | 3.5 | $ 195.00 | $ 682.50 | Travel to Client Location for fieldwork |
| Robbie L Cannon | 3/31/2005 | 1.0 | $ 195.00 | $ 195.00 | Documenting |
| Robbie L Cannon | 3/31/2005 | 1.0 | $ 195.00 | $ 195.00 | staff meeting |
| Robbie L Cannon | 3/31/2005 | 3.0 | $ 195.00 | $ 585.00 | Documentation of walk throughs |
| Winston A Campbell | 3/1/2005 | 3.0 | $ 210.00 | $ 630.00 | Documenting |
| Winston A Campbell | 3/1/2005 | 1.0 | $ 210.00 | $ 210.00 | Documentation Review |
| Winston A Campbell | 3/1/2005 | 2.0 | $ 210.00 | $ 420.00 | Staff Meetings |
| Winston A Campbell | 3/1/2005 | 2.0 | $ 210.00 | $ 420.00 | Client Meetings |
| Winston A Campbell | 3/2/2005 | 2.0 | $ 210.00 | $ 420.00 | Documenting |
| Winston A Campbell | 3/2/2005 | 1.0 | $ 210.00 | $ 210.00 | Meeting Preparation |
| Winston A Campbell | 3/2/2005 | 1.0 | $ 210.00 | $ 210.00 | Documentation Review |
| Winston A Campbell | 3/2/2005 | 1.0 | $ 210.00 | $ 210.00 | Staff Meeting |
| Winston A Campbell | 3/3/2005 | 3.0 | $ 210.00 | $ 630.00 | Client Meetings |
| Winston A Campbell | 3/3/2005 | 8.0 | $ 210.00 | $ 1,680.00 | Planning |
| Winston A Campbell | 3/4/2005 | 5.0 | $ 210.00 | $ 1,050.00 | Planning |
| Winston A Campbell | 3/7/2005 | 8.0 | $ 210.00 | $ 1,680.00 | Planning |
| Winston A Campbell | 3/8/2005 | 3.0 | $ 210.00 | $ 630.00 | Planning |
| Winston A Campbell | 3/8/2005 | 1.0 | $ 210.00 | $ 210.00 | Meeting Preparation |
| Winston A Campbell | 3/8/2005 | 1.0 | $ 210.00 | $ 210.00 | Documentation Review |
| Winston A Campbell | 3/8/2005 | 1.0 | $ 210.00 | $ 210.00 | Staff Meetings |
| Winston A Campbell | 3/8/2005 | 2.0 | $ 210.00 | $ 420.00 | Client Meetings |
| Winston A Campbell | 3/9/2005 | 3.0 | $ 210.00 | $ 630.00 | Client Meetings |
| Winston A Campbell | 3/9/2005 | 3.0 | $ 210.00 | $ 630.00 | Documentation Review |
| Winston A Campbell | 3/9/2005 | 2.0 | $ 210.00 | $ 420.00 | Staff Meetings |
| Winston A Campbell | 3/10/2005 | 3.0 | $ 210.00 | $ 630.00 | Client Meetings |
| Winston A Campbell | 3/10/2005 | 1.0 | $ 210.00 | $ 210.00 | Meeting Preparation |

COPY

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
March 1, 2005 through March 31, 2005

| Colleague Name | Date | Hours | | Rate | | Amount | Description of Work Performed |
|---|---|---|---|---|---|---|---|
| Winston A Campbell | 3/10/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Documentation Review |
| Winston A Campbell | 3/10/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Staff Meeting |
| Winston A Campbell | 3/11/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Client Meetings |
| Winston A Campbell | 3/22/2005 | 4.0 | $ | 210.00 | $ | 840.00 | Client Meetings |
| Winston A Campbell | 3/22/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Meeting Preparation |
| Winston A Campbell | 3/22/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Documentation Review |
| Winston A Campbell | 3/22/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Staff Meeting |
| Winston A Campbell | 3/22/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Documenting |
| Winston A Campbell | 3/23/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Client Meetings |
| Winston A Campbell | 3/23/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Documenting |
| Winston A Campbell | 3/23/2005 | 1.0 | $ | 210.00 | $ | 210.00 | GCC Walkthrough |
| Winston A Campbell | 3/23/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Meeting Preparation |
| Winston A Campbell | 3/23/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Documentation Review |
| Winston A Campbell | 3/23/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Staff Meeting |
| Winston A Campbell | 3/24/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Client Meetings |
| Winston A Campbell | 3/24/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Documenting |
| Winston A Campbell | 3/24/2005 | 1.0 | $ | 210.00 | $ | 210.00 | GCC Walkthrough |
| Winston A Campbell | 3/24/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Meeting Preparation |
| Winston A Campbell | 3/24/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Documentation Review |
| Winston A Campbell | 3/24/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Staff Meeting |
| Winston A Campbell | 3/25/2005 | 5.0 | $ | 210.00 | $ | 1,050.00 | Documenting |
| Winston A Campbell | 3/27/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Documenting |
| Winston A Campbell | 3/28/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Client Meetings |
| Winston A Campbell | 3/28/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Meeting Preparation |
| Winston A Campbell | 3/28/2005 | 1.5 | $ | 210.00 | $ | 315.00 | Documentation Review |
| Winston A Campbell | 3/28/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Staff Meeting |
| Winston A Campbell | 3/29/2005 | 1.0 | $ | 210.00 | $ | 210.00 | Staff Meeting |
| Winston A Campbell | 3/29/2005 | 3.0 | $ | 210.00 | $ | 630.00 | GCC Walkthrough |
| Winston A Campbell | 3/29/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Meeting Preparation |
| Winston A Campbell | 3/29/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Documentation Review |
| Winston A Campbell | 3/29/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Client Meetings |
| Winston A Campbell | 3/30/2005 | 2.5 | $ | 210.00 | $ | 525.00 | Staff Meeting |
| Winston A Campbell | 3/30/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Meeting Preparation |
| Winston A Campbell | 3/30/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Documentation Review |
| Winston A Campbell | 3/30/2005 | 7.0 | $ | 210.00 | $ | 1,470.00 | Client Meetings |
| Winston A Campbell | 3/31/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Meeting Preparation |
| Winston A Campbell | 3/31/2005 | 3.0 | $ | 210.00 | $ | 630.00 | Documentation Review |
| Winston A Campbell | 3/31/2005 | 2.0 | $ | 210.00 | $ | 420.00 | Staff Meeting |
| Winston A Campbell | 3/31/2005 | 7.0 | $ | 210.00 | $ | 1,470.00 | Client Meetings |
| Task Subtotal | | 397.3 | | | $ | 173,592.50 | |
| TOTAL | | 1,309.1 | | | $ | 283,055.50 | |

COPY

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Expenses by Contract Line by Person
March 1, 2005 through March 31, 2005

**Out-of-Pocket Expenses by Staff by cost element**

| | Airfare | Lodging | Meals | Mileage | Other | Parking | Public/Ground Trans/Toll | Rental Car | Sundry | Taxi | Tele/Fax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Post-Petition Date** | | | | | | | | | | | | |
| **Post-Entity Level COSO Controls Assessment** | | | | | | | | | | | | |
| Florek, J | 1,729.01 | 882.35 | 153.30 | | | 126.00 | 60.76 | | 17.38 | | | 2,968.80 |
| Krames, J | 847.95 | 556.96 | 252.09 | | | 89.00 | | 162.03 | 15.00 | | | 1,923.03 |
| **Post-PeopleSoft Appl. Controls Support** | | | | | | | | | | | | |
| Parker, D | 367.76 | 111.87 | 26.00 | | | 34.00 | | 53.88 | | | | 593.51 |
| Kennedy, J | 1,782.60 | 1,403.46 | 493.47 | | | 72.00 | | 711.69 | | 602.45 | | 5,065.67 |
| **Post-GCC Sarbanes Assistance** | | | | | | | | | | | | |
| Westerman, B | | | 202.84 | | | | 43.74 | | | | | 246.58 |
| Thekkumkattil, G | 1,440.80 | 2,959.70 | 625.50 | 36.45 | | 327.41 | 74.65 | 934.47 | | | | 6,398.98 |
| Anderson, M | 554.20 | 911.22 | 270.68 | | | 90.00 | | | 8.12 | | | 1,834.22 |
| Ramcharan, K | | 2,155.96 | 1,151.85 | 933.56 | | | | | 146.50 | | | 4,387.87 |
| Cannon, R | 161.40 | 1,757.15 | 482.02 | 528.60 | | 30.00 | | 132.23 | 32.60 | | | 3,124.00 |
| Campbell, W | 89.20 | 2,406.80 | 40.00 | | | 100.00 | | 585.87 | | | | 3,221.87 |
| **Total out of Pocket Expenses** | $2,245.60 | $10,190.83 | $2,772.89 | $1,498.61 | $0.00 | $547.41 | $179.15 | $1,652.57 | $187.22 | $0.00 | $0.00 | $29,764.53 |