# PricewaterhouseCoopers

**COPY**

June 22, 2005

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254-3699
USA

Invoice Number 1030269014-3

INVOICE FOR SERVICES
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC  28265-0640

Contract Number: 5000085518

| | | |
|---|---|---:|
| Progress billing for professional services May 1 - 31, 2005 | $ | 150,036.50 |
| Case Administration - $5,186.50 | | |
| Post-PeopleSoft Appl Controls Support - $1,250.00 | | |
| Post-GCC Sarbanes Assistance - $46,272.50 | | |
| Post-TDS Support of GCC Testing - $875.00 | | |
| GCC Re-testing and Update Testing - $64,077.50 | | |
| PeopleSoft Appl Controls Re-Testing - $32,375.00 | | |
| Progress billing for Expenses May 1 - 31, 2005 | $ | 9,172.94 |
| Case Administration - $12.78 | | |
| Post-GCC Sarbanes Assistance - $9,160.16 | | |
| **Total Invoice** | $ | 159,209.44 |

**Payment Due Upon Receipt**                                    Tax Identification Number: 134008324

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

June 22, 2005

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
USA

Invoice Number    1030269014-3
Invoice Amount  $   159,209.44

Amount Paid _____**COPY**_____

By Wire Transfer Remit To:      By Check Remit To:
Citibank, NA                    PricewaterhouseCoopers LLP
New York, NY                    P.O. Box 65640
ABA # 021000089                 Charlotte, NC 28265-0640
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTION FIELD.**

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
May 1, 2005 through May 31, 2005

**COPY**

|  | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Partner** | | | |
| **Director** | | | |
| **Sr. Manager** | | | |
| Kevin Murphy | 9.5 | $275.00 | $ 2,612.50 |
| **Manager** | | | |
| Bruce M Westerman | 78.5 | $250.00 | $ 19,625.00 |
| Jiaxing Wu | 3.5 | $250.00 | $ 875.00 |
| David Richard Parker | 5.0 | $250.00 | $ 1,250.00 |
| **Sr. Associate** | | | |
| Winston A Campbell | 123.5 | $210.00 | $ 25,935.00 |
| James Kennedy | 139.0 | $225.00 | $ 31,275.00 |
| **Associate** | | | |
| Brooke E Miller | 93.5 | $195.00 | $ 18,232.50 |
| Geesa Maria Thekkumkattil | 6.0 | $195.00 | $ 1,170.00 |
| Robbie L Cannon | 93.0 | $195.00 | $ 18,135.00 |
| Justin Mathew Anderson | 82.0 | $195.00 | $ 15,990.00 |
| Kenneth Ramcharan | 8.0 | $195.00 | $ 1,560.00 |
| Walid M Sleiman | 42.0 | $195.00 | $ 8,190.00 |
| **Office Staff** | | | |
| Sharyn Louise Conway | 45.1 | $115.00 | $ 5,186.50 |
| **Total Hours and Fees** | 728.6 | | $ 150,036.50 |
| **Out-of-Pocket Expenses** | | | $9,172.94 |
| **Total Amount Due** | | | $ 159,209.44 |

Winn-Dixie Stores, Inc.
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

**COPY**

| Project | Hours | Fees | |
|---|---|---|---|
| Case Administration | 45.1 | $ 5,186.50 | $ 5,186.50 |
| Post-Entity Level COSO Controls Assessment | 0.0 | - | $ - |
| Post-PeopleSoft Appl Controls Support | 5.0 | 1,250.00 | $ 1,250.00 |
| Post-GCC Sarbanes Assistance | 223.5 | 46,272.50 | $ 46,272.50 |
| Post-TDS Support of GCC Testing | 3.5 | 875.00 | $ 875.00 |
| GCC Re-testing and Update Testing | 308.5 | 64,077.50 | $ 64,077.50 |
| PeopleSoft Appl Controls Re-Testing | 143.0 | 32,375.00 | $ 32,375.00 |
| Total | 728.6 | $ 150,036.50 | $ 150,036.50 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| Sharyn Louise Conway | 5/3/2005 | 3.0 | $115.00 | $ 345.00 | WIP reports, spreadsheet |
| Sharyn Louise Conway | 5/4/2005 | 4.6 | $115.00 | $ 529.00 | Run & Analyze reports for spreadsheets. |
| Sharyn Louise Conway | 5/5/2005 | 8.0 | $115.00 | $ 920.00 | Finalization of March billing detail spreadsheet.Analysis of WLT report for April spreadsheet |
| Sharyn Louise Conway | 5/6/2005 | 6.0 | $115.00 | $ 690.00 | Update Feb, Mar & April Spreadsheets |
| Sharyn Louise Conway | 5/6/2005 | 2.0 | $115.00 | $ 230.00 | Analysis and input of time/expense billing for April spreadsheet |
| Sharyn Louise Conway | 5/9/2005 | 5.0 | $115.00 | $ 575.00 | April spreadsheet corrections. |
| Sharyn Louise Conway | 5/10/2005 | 8.5 | $115.00 | $ 977.50 | Finalize February & March spreadsheets |
| Sharyn Louise Conway | 5/11/2005 | 5.0 | $115.00 | $ 575.00 | Make corrections to April spreadsheet. |
| Sharyn Louise Conway | 5/24/2005 | 1.5 | $115.00 | $ 172.50 | Finalizing March invoice and correcting April's spreadsheet |
| Sharyn Louise Conway | 5/26/2005 | 1.5 | $115.00 | $ 172.50 | Finalized April and issued invoice, overnight packages for all parties. |
| *Task Subtotal* | | **45.1** | | **$ 5,186.50** | |
| **Post-Entity Level COSO Controls Assessment** | | | | | |
| *Task Subtotal* | | **0.0** | | **$ -** | |
| **Post-PeopleSoft Appl Controls Support** | | | | | |
| David Richard Parker | 5/2/2005 | 1.0 | $250.00 | $ 250.00 | Review of remediation workplan |
| David Richard Parker | 5/3/2005 | 1.0 | $250.00 | $ 250.00 | Issues around re-running of scripts |
| David Richard Parker | 5/5/2005 | 1.0 | $250.00 | $ 250.00 | Review of potential deficiencies listing / binder formats |
| David Richard Parker | 5/9/2005 | 1.0 | $250.00 | $ 250.00 | Review of 'Summary of Testing Performed' document |
| David Richard Parker | 5/12/2005 | 1.0 | $250.00 | $ 250.00 | Review of Security Policies & Procedures document |
| *Task Subtotal* | | **5.0** | | **$ 1,250.00** | |

**Post-GCC Sarbanes Assistance**

Page 1 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Brooke E Miller | 5/3/2005 | 6.0 | $195.00 | $ 1,170.00 | Review of documentation for the Program Changes domain. Review |
| Brooke E Miller | 5/3/2005 | 2.0 | $195.00 | $ 390.00 | Performance Appraisal |
| Brooke E Miller | 5/6/2005 | 8.0 | $195.00 | $ 1,560.00 | Review of documentation for the Security & Program Changes domain. |
| Brooke E Miller | 5/9/2005 | 4.0 | $195.00 | $ 780.00 | KC-PC 2,4,7,12 - Documenting of key control testing for design |
| Brooke E Miller | 5/9/2005 | 1.0 | $195.00 | $ 195.00 | KC-PC 2,4,7,12 Testing - Design Effectiveness for key control. The |
| Brooke E Miller | 5/9/2005 | 2.0 | $195.00 | $ 390.00 | Preparation for meeting with W-D Management to discuss Program |
| Brooke E Miller | 5/9/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with W-D Management to discuss design deficiency testing of |
| Brooke E Miller | 5/10/2005 | 3.0 | $195.00 | $ 585.00 | Review of documentation for the Program Changes domain. Review |
| Brooke E Miller | 5/10/2005 | 4.0 | $195.00 | $ 780.00 | KC-PC 2,7,4,12 - Documenting of key control testing for Program |
| Brooke E Miller | 5/10/2005 | 0.5 | $195.00 | $ 97.50 | Internal PwC meeting to discuss the weekly status for testing deficiencies |
| Brooke E Miller | 5/11/2005 | 1.0 | $195.00 | $ 195.00 | Review of documentation for the Program Changes domain. Review |
| Brooke E Miller | 5/11/2005 | 2.5 | $195.00 | $ 487.50 | Review of documentation for the Program Changes domain with Justin. |
| Brooke E Miller | 5/11/2005 | 2.5 | $195.00 | $ 487.50 | Review of documentation for the Program Changes domain. Review |
| Brooke E Miller | 5/11/2005 | 1.5 | $195.00 | $ 292.50 | Preparation for meeting with W-D Management to discuss dashboard. |
| Brooke E Miller | 5/11/2005 | 0.5 | $195.00 | $ 97.50 | Meeting with CFO Services to discuss Program Changes operating |
| Brooke E Miller | 5/11/2005 | 1.0 | $195.00 | $ 195.00 | Internal PwC meeting to discuss the weekly status for testing deficiencies |
| Brooke E Miller | 5/12/2005 | 5.0 | $195.00 | $ 975.00 | Review of documentation for the Program Changes domain with |
| Brooke E Miller | 5/12/2005 | 2.0 | $195.00 | $ 390.00 | Preparation for meeting with W-D Management to discuss dashboard. |
| Brooke E Miller | 5/12/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with W-D Management to discuss Program Changes operating |
| Brooke E Miller | 5/13/2005 | 4.0 | $195.00 | $ 780.00 | Review of documentation for the Program Changes domain. Review |
| Brooke E Miller | 5/13/2005 | 1.0 | $195.00 | $ 195.00 | Preparation for meeting with W-D Management to discuss dashboard. |
| Brooke E Miller | 5/13/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with W-D Management to discuss Program Changes operating |
| Bruce M Westerman | 5/2/2005 | 3.5 | $250.00 | $ 875.00 | Communication with Client Concerning review findings. |
| Bruce M Westerman | 5/2/2005 | 6.5 | $250.00 | $ 1,625.00 | Wrap-Up of work for binders - print and placement of last minute changes |
| Bruce M Westerman | 5/3/2005 | 1.5 | $250.00 | $ 375.00 | Meeting with W-D to discuss binders |
| Bruce M Westerman | 5/4/2005 | 1.5 | $250.00 | $ 375.00 | Meetings with W-D, KPMG to discuss KPMG Strategy for testing |
| Bruce M Westerman | 5/4/2005 | 2.0 | $250.00 | $ 500.00 | Meeting with each associate to discuss next steps for remediation testing |
| Bruce M Westerman | 5/4/2005 | 2.0 | $250.00 | $ 500.00 | Prep for meeting with W-D Management and KPMG |
| Bruce M Westerman | 5/5/2005 | 4.5 | $250.00 | $ 1,125.00 | W-D - planning for Phase II - remediation testing |
| Bruce M Westerman | 5/6/2005 | 3.0 | $250.00 | $ 750.00 | PA prep for Winn Dixie engagement |
| Bruce M Westerman | 5/10/2005 | 4.5 | $250.00 | $ 1,125.00 | Planning meeting with PwC to determine state of remediation testing |

Page 2 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Bruce M Westerman | 5/10/2005 | 1.0 | $250.00 | $250.00 | Meeting with W-D to discuss deficiencies |
| Geesa Maria Thekkumka | 5/2/2005 | 5.0 | $195.00 | $975.00 | Winn-Dixie PA & Upward Feedback |
| Justin Mathew Anderson | 5/9/2005 | 5.0 | $195.00 | $975.00 | Revisions to Key Control Listing, including added control ITCE 01, |
| Justin Mathew Anderson | 5/9/2005 | 2.5 | $195.00 | $487.50 | Travel to the client from Home |
| Justin Mathew Anderson | 5/10/2005 | 1.0 | $195.00 | $195.00 | Internal PwC meeting to discuss the weekly status for testing |
| Justin Mathew Anderson | 5/10/2005 | 2.0 | $195.00 | $390.00 | KC-OPS 3, 4, 5, 7, 8, 11 documenting of remediated design deficiencies |
| Justin Mathew Anderson | 5/10/2005 | 3.0 | $195.00 | $585.00 | KC-OPS 3, 4, 5, 7, 8, 11 Walkthrough of remediated design deficiencies. |
| Justin Mathew Anderson | 5/10/2005 | 2.0 | $195.00 | $390.00 | Review of documentation for Computer Operations design gaps, to |
| Justin Mathew Anderson | 5/11/2005 | 2.0 | $195.00 | $390.00 | Review of documentation for Computer Operations design gaps, to |
| Justin Mathew Anderson | 5/11/2005 | 1.0 | $195.00 | $195.00 | Meeting with WD Management and CFO Services to give status of GCC |
| Justin Mathew Anderson | 5/11/2005 | 3.0 | $195.00 | $585.00 | Preparation for meeting with CFO Services, to discuss revisions to |
| Justin Mathew Anderson | 5/11/2005 | 2.5 | $195.00 | $487.50 | Meeting with CFO Services, to discuss revisions to Program Changes |
| Justin Mathew Anderson | 5/12/2005 | 1.0 | $195.00 | $195.00 | Preparation for meeting with CFO Services, to discuss revisions to |
| Justin Mathew Anderson | 5/12/2005 | 3.0 | $195.00 | $585.00 | KC-OPS 3, 4, 5, 7, 8, 11 documenting of remediated design deficiencies |
| Justin Mathew Anderson | 5/12/2005 | 2.0 | $195.00 | $390.00 | KC-OPS 3, 4, 5, 7, 8, 11 Walkthrough of remediated design deficiencies. |
| Justin Mathew Anderson | 5/12/2005 | 2.5 | $195.00 | $487.50 | Travel from the client to Home |
| Kevin B Murphy | 5/4/2005 | 2.5 | $275.00 | $687.50 | Status Meeting to discuss GCC coordination with KPMG |
| Robbie L Cannon | 5/2/2005 | 1.0 | $195.00 | $195.00 | Feedback Process |
| Robbie L Cannon | 5/2/2005 | 5.0 | $195.00 | $975.00 | Performance Appraisal |
| Robbie L Cannon | 5/2/2005 | 2.0 | $195.00 | $390.00 | T&E |
| Robbie L Cannon | 5/6/2005 | 4.0 | $195.00 | $780.00 | Re-Formatting Documentation after CFO notes |
| Robbie L Cannon | 5/9/2005 | 1.5 | $195.00 | $292.50 | Re-Formatting Documentation after CFO notes |
| Robbie L Cannon | 5/9/2005 | 2.5 | $195.00 | $487.50 | Client Meeting |
| Robbie L Cannon | 5/9/2005 | 3.0 | $195.00 | $585.00 | Documentation Review |
| Robbie L Cannon | 5/9/2005 | 1.0 | $195.00 | $195.00 | T&E |
| Robbie L Cannon | 5/10/2005 | 2.0 | $195.00 | $390.00 | Client Meeting |
| Robbie L Cannon | 5/10/2005 | 1.5 | $195.00 | $292.50 | T&E |
| Robbie L Cannon | 5/10/2005 | 1.5 | $195.00 | $292.50 | Staff meeting |
| Robbie L Cannon | 5/10/2005 | 2.0 | $195.00 | $390.00 | Walkthrough |
| Robbie L Cannon | 5/11/2005 | 2.5 | $195.00 | $487.50 | Documenting; addressing coaching notes provided by CFO Services |
| Robbie L Cannon | 5/11/2005 | 1.5 | $195.00 | $292.50 | Staff meeting |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Robbie L Cannon | 5/11/2005 | 1.0 | $195.00 | $ 195.00 | T&E |
| Robbie L Cannon | 5/11/2005 | 3.0 | $195.00 | $ 585.00 | Documenting Walkthroughs |
| Robbie L Cannon | 5/12/2005 | 3.0 | $195.00 | $ 585.00 | Travel home |
| Robbie L Cannon | 5/12/2005 | 2.0 | $195.00 | $ 390.00 | Documenting, creating request list for remediation testing |
| Robbie L Cannon | 5/12/2005 | 3.0 | $195.00 | $ 585.00 | Client meeting & Reviewing Deficiencies and Remediations |
| Winston A Campbell | 5/2/2005 | 8.0 | $210.00 | $ 1,680.00 | Review Documentation - Security, Operations and Program Changes |
| Winston A Campbell | 5/6/2005 | 3.0 | $210.00 | $ 630.00 | Review Security Documentation |
| Winston A Campbell | 5/6/2005 | 2.0 | $210.00 | $ 420.00 | Preparation for meetings with W-D Management and CFO Services |
| Winston A Campbell | 5/6/2005 | 3.0 | $210.00 | $ 630.00 | PA completion |
| Winston A Campbell | 5/10/2005 | 9.0 | $210.00 | $ 1,890.00 | Worked on clearing CFO Services review notes for Security, Operations |
| Winston A Campbell | 5/10/2005 | 2.0 | $210.00 | $ 420.00 | Travel |
| Winston A Campbell | 5/11/2005 | 9.0 | $210.00 | $ 1,890.00 | Worked on clearing CFO Services review notes for Security, Operations |
| Winston A Campbell | 5/12/2005 | 2.0 | $210.00 | $ 420.00 | Travel |
| Winston A Campbell | 5/12/2005 | 9.0 | $210.00 | $ 1,890.00 | Worked on clearing CFO Services review notes for Security, Operations |
| Winston A Campbell | 5/13/2005 | 9.0 | $210.00 | $ 1,890.00 | Worked on clearing CFO Services review notes for Security, Operations |
| **Task Subtotal** | | **223.5** | | **$ 46,272.50** | |

**Post-TDS Support of GCC Testing**

| | | | | | |
|---|---|---|---|---|---|
| Jiaxing Wu | 5/6/2005 | 1.0 | $250.00 | $ 250.00 | Documentation |
| Jiaxing Wu | 5/9/2005 | 0.5 | $250.00 | $ 125.00 | Documentation |
| Jiaxing Wu | 5/11/2005 | 1.0 | $250.00 | $ 250.00 | Documentation |
| Jiaxing Wu | 5/12/2005 | 1.0 | $250.00 | $ 250.00 | Documentation |
| **Task Subtotal** | | **3.5** | | **$ 875.00** | |

**GCC Re-testing and Update Testing**

| | | | | | |
|---|---|---|---|---|---|
| Brooke E Miller | 5/16/2005 | 2.0 | $195.00 | $ 390.00 | KC-PC-07, 2, 12, 4 - Documenting of key control testing for how long |
| Brooke E Miller | 5/16/2005 | 1.0 | $195.00 | $ 195.00 | Internal PwC meeting to discuss the weekly status for testing |
| Brooke E Miller | 5/16/2005 | 1.0 | $195.00 | $ 195.00 | Review of documentation for the program changes domain. |
| Brooke E Miller | 5/16/2005 | 2.0 | $195.00 | $ 390.00 | KC-PC-07, 2, 4, 12 Testing - Design Effectiveness for key control. The |
| Brooke E Miller | 5/16/2005 | 2.0 | $195.00 | $ 390.00 | Preparation for meeting with W-D Management to discuss Program |

Page 4 of 13

**Winn-Dixie Stores, Inc.**
**PricewaterhouseCoopers LLP**
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Brooke E Miller | 5/17/2005 | 4.0 | $195.00 | $ 780.00 | KC-Ops-07A Testing - Design Effectiveness for key control. The testing |
| Brooke E Miller | 5/17/2005 | 1.0 | $195.00 | $ 195.00 | KC-Ops-07A - Documenting of key control testing for testing of |
| Brooke E Miller | 5/17/2005 | 1.5 | $195.00 | $ 292.50 | Internal PwC meeting to discuss the weekly status for testing |
| Brooke E Miller | 5/17/2005 | 1.5 | $195.00 | $ 292.50 | Meeting with W-D Management to discuss design deficiency testing for |
| Brooke E Miller | 5/18/2005 | 2.0 | $195.00 | $ 390.00 | KC-Ops-07A - Documenting of key control testing for testing of |
| Brooke E Miller | 5/23/2005 | 3.0 | $195.00 | $ 585.00 | KC-Sec-01 - Documenting of key control testing for security policies and |
| Brooke E Miller | 5/23/2005 | 3.0 | $195.00 | $ 585.00 | KC-SEC 01 Testing - Design Effectiveness for key control. The testing |
| Brooke E Miller | 5/23/2005 | 1.0 | $195.00 | $ 195.00 | Review of documentation for the security domain. |
| Brooke E Miller | 5/24/2005 | 1.0 | $195.00 | $ 195.00 | Internal PwC meeting to discuss the weekly status for testing |
| Brooke E Miller | 5/24/2005 | 1.0 | $195.00 | $ 195.00 | Internal PwC meeting to discuss the weekly status for testing |
| Brooke E Miller | 5/24/2005 | 3.0 | $195.00 | $ 585.00 | KC-SEC-2, 6, 7, 5 - Documenting of key control testing for testing of the |
| Brooke E Miller | 5/24/2005 | 0.5 | $195.00 | $ 97.50 | Meeting with W-D Management to discuss design deficiency testing for |
| Brooke E Miller | 5/31/2005 | 0.5 | $195.00 | $ 97.50 | Review of documentation for the security domain. |
| Brooke E Miller | 5/31/2005 | 1.0 | $195.00 | $ 195.00 | Review of documentation for the security domain. |
| Brooke E Miller | 5/31/2005 | 3.0 | $195.00 | $ 585.00 | Preparation for meeting with W-D Management to discuss Security and |
| Brooke E Miller | 5/31/2005 | 2.0 | $195.00 | $ 390.00 | KC-SEC Testing - Operating Effectiveness for key control. The testing |
| Brooke E Miller | 5/31/2005 | 2.0 | $195.00 | $ 390.00 | Internal PwC meeting to discuss the weekly status for testing |
| Bruce M Westerman | 5/16/2005 | 2.5 | $250.00 | $ 625.00 | Updating Dashboard for use with Winn-Dixie management |
| Bruce M Westerman | 5/16/2005 | 2.5 | $250.00 | $ 625.00 | Review of upcoming testing for remediation period. |
| Bruce M Westerman | 5/17/2005 | 2.5 | $250.00 | $ 625.00 | Meeting with staff/individually to discuss testing for all domains |
| Bruce M Westerman | 5/17/2005 | 1.5 | $250.00 | $ 375.00 | Research for summary statement for SDLC testing. |
| Bruce M Westerman | 5/18/2005 | 3.5 | $250.00 | $ 875.00 | Review of deficiencies to determine correct classification (deficiency, significant deficiency, material weakness) |
| Bruce M Westerman | 5/18/2005 | 1.0 | $250.00 | $ 250.00 | Meeting with W-D Management, KPMG, CFO Services to discuss status of remediation testing |
| Bruce M Westerman | 5/18/2005 | 0.5 | $250.00 | $ 125.00 | Preparation for meeting with W-D Management, KPMG, CFO Services to discuss status of remediation testing |
| Bruce M Westerman | 5/19/2005 | 3.5 | $250.00 | $ 875.00 | Creation of summary statement for SDLC testing. (Dropping LIFO because of pre-existing application, lack of new application development - no remediation testing, new SDLC documentation process). |
| Bruce M Westerman | 5/19/2005 | 2.5 | $250.00 | $ 625.00 | Meeting with W-D Management, CFO Services to discuss remediation testing sample sizes and tape restore procedures. |

Page 5 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Bruce M Westerman | 5/19/2005 | 1.0 | $250.00 | $ 250.00 | Preparation for meeting with PwC staff to discuss roles, rules of engagement, and status update on remediation testing. |
| Bruce M Westerman | 5/23/2005 | 1.5 | $250.00 | $ 375.00 | Review of overall testing for remediation testing. |
| Bruce M Westerman | 5/23/2005 | 1.5 | $250.00 | $ 375.00 | Update Dashboard for Winn-Dixie Management |
| Bruce M Westerman | 5/23/2005 | 1.0 | $250.00 | $ 250.00 | Status update from Security Domain |
| Bruce M Westerman | 5/24/2005 | 2.5 | $250.00 | $ 625.00 | Updating of Dashboard to be used by Winn-Dixie management |
| Bruce M Westerman | 5/24/2005 | 2.0 | $250.00 | $ 500.00 | Review of Security Domain remediation testing |
| Bruce M Westerman | 5/25/2005 | 1.5 | $250.00 | $ 375.00 | Meeting with W-D Management, KPMG, CFO Services to discuss status of remediation testing |
| Bruce M Westerman | 5/25/2005 | 1.5 | $250.00 | $ 375.00 | Preparation for meeting with W-D Management, KPMG, CFO Services to discuss status of remediation testing |
| Bruce M Westerman | 5/25/2005 | 1.0 | $250.00 | $ 250.00 | Review of tests begin performed for security domain |
| Bruce M Westerman | 5/26/2005 | 3.0 | $250.00 | $ 750.00 | Updating Dashboard for use with Winn-Dixie management |
| Bruce M Westerman | 5/26/2005 | 2.0 | $250.00 | $ 500.00 | Review and update of remediation testing for Operations and Security domains |
| Bruce M Westerman | 5/27/2005 | 2.0 | $250.00 | $ 500.00 | Review of classification of deficiencies |
| Bruce M Westerman | 5/27/2005 | 1.5 | $250.00 | $ 375.00 | Dashboard updated for Winn-Dixie management |
| Bruce M Westerman | 5/31/2005 | 6.5 | $250.00 | $ 1,625.00 | Worked with PwC staff and Winn-Dixie management to help identify testing to be performed and documentation of results. |
| Geesa Maria Thekkumke | 5/18/2005 | 1.0 | $195.00 | $ 195.00 | Fixing Time by adding more details to each description. |
| Justin Mathew Anderson | 5/16/2005 | 3.0 | $195.00 | $ 585.00 | Meeting with WD Management to determine remediation for KC-OPS 03, 04, 05, 07, 08, 11. |
| Justin Mathew Anderson | 5/16/2005 | 3.0 | $195.00 | $ 585.00 | KC OPS 15 - Updated documentation for new control. |
| Justin Mathew Anderson | 5/16/2005 | 2.0 | $195.00 | $ 390.00 | Travel from Tampa to Jacksonville |
| Justin Mathew Anderson | 5/17/2005 | 4.0 | $195.00 | $ 780.00 | Classification of Deficiencies |
| Justin Mathew Anderson | 5/17/2005 | 2.0 | $195.00 | $ 390.00 | Meeting with WD Management to determine remediation for KC-OPS 03, 04, 05, 07, 08, 11. |
| Justin Mathew Anderson | 5/17/2005 | 2.0 | $195.00 | $ 390.00 | KC-OPS 07 - Review of testing performed. |
| Justin Mathew Anderson | 5/18/2005 | 1.0 | $195.00 | $ 195.00 | KC-OPS 07 - Follow up on testing of key control testing for reconciliation of backup tapes sent to Iron Mountain. |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Justin Mathew Anderson | 5/18/2005 | 1.0 | $195.00 | $ 195.00 | KC-OPS 07- Documenting of key control testing for reconciliation of backup tapes sent to Iron Mountain. |
| Justin Mathew Anderson | 5/18/2005 | 1.5 | $195.00 | $ 292.50 | Meeting with WD Management to determine remediation for KC-OPS 03, 04, 05, 07, 08, 11. |
| Justin Mathew Anderson | 5/18/2005 | 1.0 | $195.00 | $ 195.00 | KC-OPS 03, 04, 05, 07, 08, 11- Documenting of remediation of key controls. |
| Justin Mathew Anderson | 5/18/2005 | 1.5 | $195.00 | $ 292.50 | Preparation for meeting with W-D Management and CFO Services to discuss testing/remediation status. |
| Justin Mathew Anderson | 5/18/2005 | 2.0 | $195.00 | $ 390.00 | Meeting with W-D Management and CFO Services to discuss testing/remediation status. |
| Justin Mathew Anderson | 5/19/2005 | 4.0 | $195.00 | $ 780.00 | KC-OPS 03, 04, 05, 07, 08, 11- Documenting of remediation of key controls. |
| Justin Mathew Anderson | 5/19/2005 | 2.0 | $195.00 | $ 390.00 | Meeting with WD Management to determine remediation for KC-OPS 05, 08, 11 (retention of reports) |
| Justin Mathew Anderson | 5/19/2005 | 2.0 | $195.00 | $ 390.00 | Travel from Jacksonville to Tampa |
| Justin Mathew Anderson | 5/20/2005 | 6.0 | $195.00 | $ 1,170.00 | Reconciled various spreadsheets to produce final Dashboard document, updating information in the Dashboard. |
| Justin Mathew Anderson | 5/30/2005 | 3.5 | $195.00 | $ 682.50 | Travel from Tampa to Jacksonville |
| Justin Mathew Anderson | 5/31/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with PwC team to update status. |
| Justin Mathew Anderson | 5/31/2005 | 4.0 | $195.00 | $ 780.00 | KC-OPS 03, 04, 05, 07, 08, 11- Documenting of remediation of key controls. |
| Justin Mathew Anderson | 5/31/2005 | 3.0 | $195.00 | $ 585.00 | Meeting with WD Management to determine remediation for KC-OPS 05, 08, 11 (retention of reports) |
| Kenneth Ramcharan | 5/31/2005 | 2.0 | $195.00 | $ 390.00 | Key Control PC-07 - Remediation Testing. The testing included review of issues, and remediation planning. |
| Kenneth Ramcharan | 5/31/2005 | 4.0 | $195.00 | $ 780.00 | Review of documentation for the Program Changes domain. |
| Kenneth Ramcharan | 5/31/2005 | 2.0 | $195.00 | $ 390.00 | Internal PwC meeting to discuss the weekly status for testing deficiencies. |
| Kevin B Murphy | 5/23/2005 | 1.5 | $275.00 | $ 412.50 | Meeting to discuss progress on re-testing, evaluation of next steps |
| Kevin B Murphy | 5/27/2005 | 1.5 | $275.00 | $ 412.50 | Review of status with B Westerman, update of task plan |
| Robbie L Cannon | 5/23/2005 | 2.5 | $195.00 | $ 487.50 | KC-Sec-12- Documenting of key control for remediation testing |

Page 7 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Robbie L Cannon | 5/23/2005 | 2.5 | $195.00 | $ 487.50 | KC-Sec-01 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/23/2005 | 0.5 | $195.00 | $ 97.50 | Time and Expensing |
| Robbie L Cannon | 5/23/2005 | 2.5 | $195.00 | $ 487.50 | Review of documentation for the security remediation testing |
| Robbie L Cannon | 5/24/2005 | 1.0 | $195.00 | $ 195.00 | KC-Sec-02 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/24/2005 | 0.5 | $195.00 | $ 97.50 | Meeting with W-D Management Wanda Bradley to discuss status of remediations |
| Robbie L Cannon | 5/24/2005 | 1.0 | $195.00 | $ 195.00 | KC-Sec-05 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/24/2005 | 1.5 | $195.00 | $ 292.50 | KC-Sec-12 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/24/2005 | 0.5 | $195.00 | $ 97.50 | Time and Expense prep |
| Robbie L Cannon | 5/24/2005 | 1.5 | $195.00 | $ 292.50 | KC-Sec-06 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/24/2005 | 2.0 | $195.00 | $ 390.00 | KC-Sec-07 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/25/2005 | 0.5 | $195.00 | $ 97.50 | KC-Sec-02 - Documenting of key control for remediation testing |
| Robbie L Cannon | 5/25/2005 | 1.0 | $195.00 | $ 195.00 | Internal PwC meeting to discuss the weekly status for testing deficiencies |
| Robbie L Cannon | 5/25/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with W-D Management Wanda Bradley to dicuss (temp/contract lists and tranfers listing) |
| Robbie L Cannon | 5/25/2005 | 2.5 | $195.00 | $ 487.50 | KC-Sec-12 - Documenting preperation for remediation testing |
| Robbie L Cannon | 5/25/2005 | 3.0 | $195.00 | $ 585.00 | KC-Sec-05 - Documenting of preperation for remediation testing |
| Robbie L Cannon | 5/26/2005 | 2.0 | $195.00 | $ 390.00 | Key Control ID KC-Sec-03 Documenting of testing matrix and selecting samples for testing |
| Robbie L Cannon | 5/26/2005 | 2.5 | $195.00 | $ 487.50 | Preparation for meeting with W-D Management, Chuck Settlemyer to discuss retesting operating effectiveness of access to computer room. |
| Robbie L Cannon | 5/26/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with W-D Management Wanda Bradley to discuss remediation testing of Retail Lab Access, Transfers, Temp/Contractor, & Terminations |
| Robbie L Cannon | 5/26/2005 | 1.5 | $195.00 | $ 292.50 | Meeting with W-D Management Chuck Settlemyer to discuss remediation testing of computer room access |
| Robbie L Cannon | 5/26/2005 | 1.0 | $195.00 | $ 195.00 | Meeting with W-D Management Jeff Gleason to discuss remediation testing deficiency prioritization. |
| Robbie L Cannon | 5/27/2005 | 3.0 | $195.00 | $ 585.00 | Travel from the client to home |

Page 8 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Robbie L Cannon | 5/27/2005 | 1.5 | $195.00 | $ 292.50 | Review of documentation for the security remediation testing. Building testing matrices to be used during remediation testing |
| Robbie L Cannon | 5/27/2005 | 0.5 | $195.00 | $ 97.50 | Review of documentation for the security remediation testing of temp/contractors |
| Robbie L Cannon | 5/27/2005 | 2.0 | $195.00 | $ 390.00 | Key Control ID KC-Sec-03 Documenting of testing matrix and selecting samples for testing of contract/temp employess |
| Robbie L Cannon | 5/31/2005 | 3.0 | $195.00 | $ 585.00 | Key Control ID KC-Sec-14 Documenting of testing matrix for direct data access |
| Robbie L Cannon | 5/31/2005 | 1.5 | $195.00 | $ 292.50 | Review of documentation (dashboard) for the security remediation testing. |
| Robbie L Cannon | 5/31/2005 | 2.0 | $195.00 | $ 390.00 | Key Control ID KC-Sec-13c Documenting of testing matrix |
| Robbie L Cannon | 5/31/2005 | 1.5 | $195.00 | $ 292.50 | Internal PwC meeting to discuss the weekly status for testing deficiencies |
| Robbie L Cannon | 5/31/2005 | 3.0 | $195.00 | $ 585.00 | Key Control ID KC-Sec-15 Documenting of testing matrix for direct data access |
| Walid M Sleiman | 5/23/2005 | 2.0 | $195.00 | $ 390.00 | Travel to the client from home office (Tampa) |
| Walid M Sleiman | 5/23/2005 | 4.0 | $195.00 | $ 780.00 | Internal PwC meeting to discuss the weekly status for testing deficiencies (DASHBOARD) |
| Walid M Sleiman | 5/23/2005 | 4.0 | $195.00 | $ 780.00 | Preparation for meeting with client to discuss and begin testing of Change Management key controls (KC-PC-4,7). (Remediation dates were postponed by client) |
| Walid M Sleiman | 5/24/2005 | 4.0 | $195.00 | $ 780.00 | Preparation for meeting with W-D Management to discuss design deficiency testing, operating effectiveness testing dates by updatingand reconciling the PwC-Dashboard according to the Clients matrices. |
| Walid M Sleiman | 5/24/2005 | 4.0 | $195.00 | $ 780.00 | Internal PwC meeting to discuss the status for testing deficiencies. |
| Walid M Sleiman | 5/25/2005 | 2.0 | $195.00 | $ 390.00 | Travel from the client to home office (Tampa) |
| Walid M Sleiman | 5/25/2005 | 2.0 | $195.00 | $ 390.00 | Meetings with client to discuss status/prepare to test KC-OPS-3,4,7,8,11 KC-OPS-03,4,7,8,11 |
| Walid M Sleiman | 5/25/2005 | 4.0 | $195.00 | $ 780.00 | Preparing/writing Key control test plans for rememdiation testing. |

Page 9 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Walid M Sleiman | 5/26/2005 | 2.0 | $195.00 | $ 390.00 | Internal PwC meeting to discuss the status for testing deficiencies. |
| Walid M Sleiman | 5/26/2005 | 4.0 | $195.00 | $ 780.00 | Preparation for meeting with W-D Management to discuss design deficiency testing, operating effectiveness testing dates by updating and reconciling the PwC-Dashboard according to the Clients matrices. |
| Walid M Sleiman | 5/31/2005 | 3.0 | $195.00 | $ 585.00 | Preparation for meeting with W-D Management to discuss design deficiency testing, operating effectiveness testing dates by updating and reconciling the PwC-Dashboard according to the Clients matrices. |
| Walid M Sleiman | 5/31/2005 | 2.0 | $195.00 | $ 390.00 | Travel to the client from home office (Tampa) |
| Walid M Sleiman | 5/31/2005 | 5.0 | $195.00 | $ 975.00 | Internal PwC meeting to discuss the weekly status for testing deficiencies and to update PwC progress with Key controls testing across all domains. |
| Winston A Campbell | 5/16/2005 | 2.0 | $210.00 | $ 420.00 | Classified GCC Deficiencies. |
| Winston A Campbell | 5/16/2005 | 3.0 | $210.00 | $ 630.00 | Met with Kishan Patel, CFO Services and |
| Winston A Campbell | 5/16/2005 | 0.5 | $210.00 | $ 105.00 | Met with Jeff Gleason, Internal Audit to briefly discuss audit |
| Winston A Campbell | 5/16/2005 | 3.0 | $210.00 | $ 630.00 | Travel |
| Winston A Campbell | 5/16/2005 | 1.0 | $210.00 | $ 210.00 | Preparation for meeting with Winn-Dixie Management |
| Winston A Campbell | 5/17/2005 | 1.5 | $210.00 | $ 315.00 | Met with Brooke Miller to discuss changes to ITC-2, KC-PC2, KC-PC7, KC-PC12, KC-PC2, KC-PC4 |
| Winston A Campbell | 5/17/2005 | 2.0 | $210.00 | $ 420.00 | Internal Meetings throughout the day with staff to answer questions, review their work, followed up with the process owner regarding tests that they were performing. Worked with Wanda Bradley and Sandy Merry to identify Security tests to be tested. Also worked together to compile and locate data to be |
| Winston A Campbell | 5/17/2005 | 2.0 | $210.00 | $ 420.00 | reviewed by PwC for our operating effectiveness tests. |
| Winston A Campbell | 5/17/2005 | 2.0 | $210.00 | $ 420.00 | Reviewed KC-PC 7, KC-PC2, KC-PC 12, KC-PC 4 and ITC-2 |
| Winston A Campbell | 5/17/2005 | 0.5 | $210.00 | $ 105.00 | Met briefly with Jeff Gleason Internal Audit |

Page 10 of 13

**Winn-Dixie Stores, Inc.**
**PricewaterhouseCoopers LLP**
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Winston A Campbell | 5/18/2005 | 2.0 | $210.00 | $ 420.00 | Coordinating with W-D management (phone calls, emails, informal meetings) to discuss walking through or testing the following controls: KC-SEC 13, , KC-Sec 12, , KC-SEC 10, , KC-SEC 7, KC-SEC 6, KC-SEC 5, KC-SEC 3 and KC-Sec 1 |
| Winston A Campbell | 5/18/2005 | 1.0 | $210.00 | $ 210.00 | Met with Brooke Miller to discuss Security controls to be tested |
| Winston A Campbell | 5/18/2005 | 3.0 | $210.00 | $ 630.00 | Reviewed Security KC-SEC 13, , KC-Sec 12, , KC-SEC 10, , KC-SEC 7, KC-SEC 6, KC-SEC 5, KC-SEC 3 and KC-Sec 1 |
| Winston A Campbell | 5/18/2005 | 0.5 | $210.00 | $ 105.00 | Met briefly with Jeff Gleason to discuss sample sizes |
| Winston A Campbell | 5/18/2005 | 1.0 | $210.00 | $ 210.00 | worked with Justin Anderson to to prepare for Meeting with Winn-Dixie management |
| Winston A Campbell | 5/18/2005 | 1.0 | $210.00 | $ 210.00 | Meeting with (W-D Management, KPMG, CFO Services) to discuss (design deficiency testing, operating effectiveness testing, deficiency classification) |
| Winston A Campbell | 5/19/2005 | 3.0 | $210.00 | $ 630.00 | Review Security Documentation for previous tests. |
| Winston A Campbell | 5/19/2005 | 1.0 | $210.00 | $ 210.00 | Coordinating with W-D management(phone calls, emails, informal meetings) to discuss walking through or testing the following controls: KC-SEC 13, , KC-Sec 12, , KC-SEC 10, , KC-SEC 7, KC-SEC 6, KC-SEC 5, KC-SEC 3 and KC-Sec 1 |
| Winston A Campbell | 5/19/2005 | 1.0 | $210.00 | $ 210.00 | Met with Mike Tanner,Sandy Merry, and Jeff Gleason to discuss Test Sampling |
| Winston A Campbell | 5/19/2005 | 1.0 | $210.00 | $ 210.00 | Met with Sara Bergan, Internal Audit to discuss KC-OPS 12 |
| Winston A Campbell | 5/19/2005 | 3.0 | $210.00 | $ 630.00 | Travel |
| Winston A Campbell | 5/20/2005 | 8.0 | $210.00 | $ 1,680.00 | Review Computer Operations and Security Documentation for Retesting. |
| Winston A Campbell | 5/23/2005 | 1.0 | $210.00 | $ 210.00 | Met with Jeff Gleason, Bruce Westerman and Sara Bergan to discuss making updates to the dashboard. |
| Winston A Campbell | 5/25/2005 | 3.0 | $210.00 | $ 630.00 | Travel |
| Winston A Campbell | 5/25/2005 | 1.0 | $210.00 | $ 210.00 | Create Test Plans for Computer Operations: KC-OPS 3, KC_OPS 4, , KC OPS 5, KC-OPS 7, KC-OPS 8, and KC-OPS 11, |
| Winston A Campbell | 5/25/2005 | 1.0 | $210.00 | $ 210.00 | Met with Rusty DeBrocq to discuss KC-OPS 3, KC-OP4,KC-OPS 7, KC-OPS 8 and KC-OPS 11 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Winston A Campbell | 5/25/2005 | 1.0 | $210.00 | $ 210.00 | Met with Seth Fullerton KC-OPS 11 and KC-OPS 3 |
| Winston A Campbell | 5/25/2005 | 1.0 | $210.00 | $ 210.00 | Meeting with (W-D Management, KPMG, CFO Services) to discuss (design deficiency testing, operating effectiveness testing, deficiency classification) |
| Winston A Campbell | 5/25/2005 | 1.0 | $210.00 | $ 210.00 | Internal PwC Meeting with Walid and Robbie |
| Winston A Campbell | 5/25/2005 | 1.0 | $210.00 | $ 210.00 | Preparation for Meetings with Winn-Dixie Management |
| Winston A Campbell | 5/26/2005 | 1.0 | $210.00 | $ 210.00 | Met with Dennis Horne to discuss Computer Operations |
| Winston A Campbell | 5/26/2005 | 1.0 | $210.00 | $ 210.00 | Spoke with Jeff Gleason to discuss the GCC projecct |
| Winston A Campbell | 5/26/2005 | 2.0 | $210.00 | $ 420.00 | Internal Meetings regarding GCC testing |
| Winston A Campbell | 5/26/2005 | 2.0 | $210.00 | $ 420.00 | Reviewed documentation gathered from my meetings with Mike Tomlinson and Dennis Horne. |
| Winston A Campbell | 5/26/2005 | 1.0 | $210.00 | $ 210.00 | Met with Mike Tomlinson to discuss Computer Operations |
| Winston A Campbell | 5/26/2005 | 1.5 | $210.00 | $ 315.00 | Worked on a project for Jeff Gleason which dealt with identifying the number of test performed for each key control and also idenitifying the magnitude of the failure. |
| Winston A Campbell | 5/27/2005 | 2.0 | $210.00 | $ 420.00 | Internal Meetings |
| Winston A Campbell | 5/27/2005 | 4.0 | $210.00 | $ 840.00 | Travel |
| **Task Subtotal** | | **308.5** | | **$ 64,077.50** | |
| *PeopleSoft Appl Controls Re-Testing* | | | | | |
| James R Kennedy | 5/2/2005 | 8.0 | $225.00 | $ 1,800.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/3/2005 | 11.5 | $225.00 | $ 2,587.50 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/4/2005 | 12.0 | $225.00 | $ 2,700.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/5/2005 | 7.0 | $225.00 | $ 1,575.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/6/2005 | 8.0 | $225.00 | $ 1,800.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |

Winn-Dixie Stores, Inc.
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Person
May 1, 2005 through May 31, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| James R Kennedy | 5/7/2005 | 8.0 | $225.00 | $ 1,800.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/9/2005 | 8.5 | $225.00 | $ 1,912.50 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/10/2005 | 12.0 | $225.00 | $ 2,700.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/11/2005 | 12.0 | $225.00 | $ 2,700.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/12/2005 | 6.0 | $225.00 | $ 1,350.00 | Verification/comparison of old PeopleSoft restricted access configuration versus the new configuration. Retesting. |
| James R Kennedy | 5/12/2005 | 6.0 | $225.00 | $ 1,350.00 | Preparation of PeopleSoft restricted access spreadsheets for the re-testing of restricted access. |
| James R Kennedy | 5/13/2005 | 2.5 | $225.00 | $ 562.50 | Meetings with CFO Services to discuss my workpapers and to transfer my knowledge of PeopleSoft security to a CFO Services consultant |
| James R Kennedy | 5/13/2005 | 3.5 | $225.00 | $ 787.50 | Verification/comparison of old PeopleSoft restricted access configuration versus the new configuration. Retesting. |
| James R Kennedy | 5/18/2005 | 2.0 | $225.00 | $ 450.00 | Retesting PeopleSoft Restricted Access for PeopleSoft Financials. |
| James R Kennedy | 5/20/2005 | 8.0 | $225.00 | $ 1,800.00 | Retesting PeopleSoft Restricted Access for PeopleSoft Financials. |
| James R Kennedy | 5/21/2005 | 8.0 | $225.00 | $ 1,800.00 | Retesting PeopleSoft Restricted Access for PeopleSoft Financials. |
| James R Kennedy | 5/27/2005 | 8.0 | $225.00 | $ 1,800.00 | Retesting PeopleSoft Restricted Access for PeopleSoft Financials. |
| James R Kennedy | 5/28/2005 | 8.0 | $225.00 | $ 1,800.00 | Retesting PeopleSoft Restricted Access for PeopleSoft Financials. |
| Kevin B Murphy | 5/4/2005 | 0.5 | $275.00 | $ 137.50 | Review of status and next steps |
| Kevin B Murphy | 5/25/2005 | 2.0 | $275.00 | $ 550.00 | Review of documentation, status reporting. |
| Kevin B Murphy | 5/27/2005 | 1.5 | $275.00 | $ 412.50 | Review of status with J Kennedy, confer with D Parker re status of review and next steps |
| Task Subtotal | | 143.0 | | $ 32,375.00 | |
| TOTAL | | 728.6 | | 150,036.50 | |

Page 13 of 13

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Expenses by Contract Line by Person
May 1, 2005 through May 31, 2005

Out-of-Pocket Expenses by Staff by cost element

| | Airfare | Lodging | Meals | Mileage | Other | Parking | Public/Ground Trans/Toll | Rental Car | Sundry | Taxi | Tele/Fax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | | | | | | | |
| Nicole MacKenzie | | | | 12.78 | | | | | | | | 12.78 |
| **Post-Entity Level COSO Controls Assessment** | | | | | | | | | | | | |
| **Post-PeopleSoft Appl. Controls Support** | | | | | | | | | | | | |
| **Post-GCC Sarbanes Assistance** | | | | | | | | | | | | |
| Beckie Hiter | | | 124.03 | | | | | | | | | 124.03 |
| Bruce Westerman | | | 481.38 | 32.40 | | | | | | | | |
| Justin Anderson | | 1,749.01 | 369.77 | 218.35 | 797.43 | | | | | | | 3,240.17 |
| Kenneth Ranchansa | | | | | | | | | | | | 369.77 |
| Rodne Cannon | | 1,593.64 | 387.04 | 117.87 | 351.72 | | | | | | | 2,450.47 |
| Walid Sziman | | 271.84 | 123.41 | 313.92 | | | | | | | | 709.17 |
| Whesyn Campbell | | 987.81 | 237.97 | | 1,002.37 | | | | | | | 2,228.15 |
| **Post-TDS Support of GCC Testing** | | | | | | | | | | | | |
| **Total out of Pocket Expenses** | $0.00 | $4,602.50 | $1,723.60 | $595.32 | $2,151.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 9,172.94 |

COPY