PricewaterhouseCoopers LLP
Winn-Dixie Stores, Inc. Billing Summary
February 22, 2005 to May 31, 2005

| Project | 22-Feb-05 to 28-Feb-05 | Mar-05 | Apr-05 | May-05 | Total Feb 22 to 31-May-05 |
|---|---|---|---|---|---|
| **Summary of Fees Incurred** | | | | | |
| Case Administration | $ 4,950.00 | $ 17,517.50 | $ 11,060.50 | $ 5,186.50 | $ 38,714.50 |
| SOW No. 3 - Entity Level COSO Controls | 13,823.00 | 44,825.00 | 1,825.00 | - | 60,473.00 |
| SOW No. 4 and 6 - PeopleSoft Application Security | 5,648.00 | 47,050.00 | 76,075.00 | 2,125.00 | 130,898.00 |
| SOW Nos. 5 and 7 - General Computer Controls | 22,845.50 | 173,692.50 | 289,822.50 | 46,272.50 | 532,633.00 |
| SOW No. 8 and 9 - Re-testing | - | - | - | 96,452.50 | 96,452.50 |
| **Total Fees Incurred** | **$47,266.50** | **$283,085.00** | **$378,783.00** | **$150,036.50** | **$859,171.00** |
| | | | | | |
| **Reimbursable Expenses Incurred** | | | | | |
| Case Administration | $ 94.84 | | | $ 12.78 | $ 107.62 |
| SOW No. 3 - Entity Level COSO Controls | 2,067.76 | $ 4,891.83 | | | 6,959.59 |
| SOW No. 4 and 6 - PeopleSoft Application Security | 3,179.90 | 5,659.18 | $ 7,084.16 | | 15,923.24 |
| SOW Nos. 5 and 7 - General Computer Controls | 2,957.44 | 19,213.52 | 22,277.31 | 9,160.16 | 53,608.43 |
| SOW No. 8 and 9 - Re-testing | | | | | - |
| **Total Reimbursable Expenses Incurred** | **$ 8,299.94** | **$ 29,764.53** | **$ 29,361.47** | **$ 9,172.94** | **$ 76,598.88** |
| | | | | | |
| **Total Fees and Expenses Incurred** | | | | | |
| Case Administration | $ 5,044.84 | $ 17,517.50 | $ 11,060.50 | $ 5,199.28 | $ 38,822.12 |
| SOW No. 3 - Entity Level COSO Controls | 15,890.76 | 49,716.83 | 1,825.00 | | 67,432.59 |
| SOW No. 4 and 6 - PeopleSoft Application Security | 8,827.90 | 52,709.18 | 83,159.16 | 2,125.00 | 146,821.24 |
| SOW Nos. 5 and 7 - General Computer Controls | 25,802.94 | 192,906.02 | 312,099.81 | 55,432.66 | 586,241.43 |
| SOW No. 8 and 9 - Re-testing | | | | 96,452.50 | 96,452.50 |
| **Grand Total** | **$55,566.44** | **$312,849.53** | **$408,144.47** | **$159,209.44** | **$935,769.88** |

Exhibit A