## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) ) | Case No. 05-03817-3F1 |
| **WINN-DIXIE STORES, INC., et al.,** | ) ) | *Chapter 11* |
| **Debtors.** | ) ) ) | **Jointly Administered** |

### ORDER GRANTING FIRST INTERIM APPLICATION OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION AND REIMBURSMENT OF EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 21, 2005 THROUGH MAY 31, 2005

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned debtors (the "Debtors"), filed a first interim fee application (the "First Interim Application") for allowance of compensation and reimbursement of expenses for the period of February 21, 2005 through May 31, 2005.  This Court has reviewed the First Interim Application and finds that: (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and the hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application.  Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. The Court allows and authorizes on an interim basis the sum of $548,714.29 as compensation and $39,494.94 as reimbursement of expenses, for a total of $588,209.23 for services rendered and expenses incurred by Blackstone for the period February 21, 2005 through May 31, 2005. The Debtors shall pay Blackstone the unpaid portion of the allowed sums

Dated: _____    _____
                                                                  The Honorable Jerry A. Funk
                                                                  United States Bankruptcy Judge