**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., *et al.*,** | ) | **Case Nos. 05-03817-3F1** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| _____ | ) | |

**FIRST INTERIM APPLICATION FOR ALLOWANCE
OF ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPENSES INCURRED BY KING & SPALDING LLP,
SPECIAL CORPORATE AND LITIGATION COUNSEL
TO THE DEBTORS, FOR THE PERIOD
<u>FEBRUARY 21, 2005 THROUGH MAY 31, 2005</u>**

King & Spalding LLP ("K&S"), special corporate and litigation counsel to Winn-Dixie

Stores, Inc. and its debtor affiliates (collectively, the "Debtors") in these Chapter 11 cases,

hereby submits this first interim application (the "Application") seeking allowance of

compensation and reimbursement of expenses pursuant to Sections 330 and 331 of Title 11 of

the United States Code (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of

Bankruptcy Procedure for the period from February 21, 2005 through May 31, 2005 (the

"Application Period"). K&S submits this Application for (a) allowance of reasonable

compensation for professional services rendered by K&S to the Debtors and (b) reimbursement

of actual and necessary charges and disbursements incurred by K&S in the rendition of required

professional services on behalf of the Debtors. In support of this Application, K&S respectfully

represents as follows:

<u>**Background**</u>

1.      On February 21, 2005, (the "Petition Date"), the Debtors filed their respective

voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, in the United States

Bankruptcy Court for the Southern District of New York (the "New York Court").  By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.  The Debtors have continued in possession of their respective properties and are operating their respective businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  The above-referenced bankruptcy cases are being jointly administered by order of the New York Court for procedural purposes only.

2.      No trustee or examiner has been appointed in these bankruptcy cases.  An official committee of unsecured creditors (the "Committee") was appointed in these cases on March 1, 2005, and the Committee has retained counsel.

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

4.      This Application has been prepared in accordance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines").

5.      K&S represents that the Debtors have received and reviewed this Application. The Debtors have found that this Application accurately represents the work done by K&S on their behalf, and approve the request for compensation and reimbursement sought in this Application.

6.      No plan nor disclosure statement has yet been filed.

7.     As of June 1, 2005, the Debtors had $45,965,000.00 in cash and temporary

investment on hand or on deposit in the estate.  <u>See</u> Debtors' Monthly Operating Statement for

the Period from May 5, 2005 to June 1, 2005 filed on or about June 21, 2005.

8.     Upon information and belief, the Debtors have filed their monthly operating

reports through June 1, 2005 with the U.S. Trustee and have paid all quarterly fees to date.

**Retention of K&S**

9.     On February 22, 2005, the Debtors applied to the New York Court for an order

approving the retention of K&S as its bankruptcy co-counsel and general corporate counsel (the

"Retention Application") to perform legal services necessary to enable the Debtors to execute

their financial restructuring through Chapter 11 reorganizations and continue to advise the

Debtors with respect to the non-bankruptcy matters traditionally handled by K&S.  On March 4,

2005, the New York Court entered an order granting the Retention Application on an interim

basis.  On March 15, 2005, the New York Court entered a final order (the "Retention Order")

authorizing the Debtors to retain K&S as its (i) bankruptcy co-counsel, from the Petition Date

through March 15, 2005, on the terms set forth in the Retention Application and the declaration

of Sarah R. Borders (the "Borders Declaration"), and (ii) special corporate and litigation counsel,

as of the Petition Date, under the terms set forth in the Retention Application and the Borders

Declaration as modified by the Retention Order.

**Fee Procedures Order**

10.     On March 15, 2005, the Court entered the Final Order Approving Interim

Compensation Procedures for Professionals (the "Fee Procedures Order") pursuant to sections

105(a) and 331 of the Bankruptcy Code.  Pursuant to the Fee Procedures Order, all professionals

retained in this case are authorized to seek interim compensation for professional services

rendered and reimbursement for expenses incurred.

## Compensation Paid and Its Source

11.     All services for which K&S seeks compensation were performed for or on behalf of the Debtors.

12.     There is no agreement or understanding between K&S and any other person except for the partners of K&S for the sharing of compensation to be received for the services rendered in these cases.

## Requested Fees and Reimbursement of Disbursements

13.     In connection with its efforts during the Application Period, K&S now seeks interim allowance of $757,292.00 in fees calculated at the hourly billing rates of the firm's personnel who have worked on this case, and $14,446.09 in charges and disbursements actually and necessarily incurred by K&S while providing services to the Debtors during the Application Period.

14.     Pursuant to the terms of the Fee Procedures Order, K&S has submitted statements for services rendered during the Application Period.  As of June 30, 2005, K&S has received no payments on account of services rendered during the Application Period.

15.     Exhibit A attached hereto sets forth the time spent and the work performed by each attorney and paraprofessional for the Application Period.  To the best of K&S' knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the UST Guidelines, and the Fee Procedures Order.

16.     K&S' charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services in a case other than under the Bankruptcy Code.

## **Actual and Necessary Expenses**

17.    A summary of actual and necessary expenses and daily logs of expenses incurred by K&S for the Application Period is attached hereto as Exhibit B.

18.    K&S customarily charges $0.10 per page for photocopying expenses.  K&S uses an "Equitrac" device that automatically records the number of copies made.  K&S summarizes each client's photocopying charges on a daily basis.

19.    K&S charges $0.25 per page plus actual long distance telephone charges for outgoing facsimile transmissions.  The charge for outgoing facsimiles reflects K&S' calculation of the actual costs incurred by K&S for use of the machines, supplies and extra labor expenses associated with sending facsimile transmissions and is reasonable in relation to the amount charged by outside vendors who provide similar services.  There is no charge for incoming faxes.

20.    K&S charges the standard usage rates billed by providers of on-line legal research (e.g., LEXIS and Westlaw) for computerized legal research.  Any volume discount received by K&S is passed on to the client.

21.    K&S charges its clients for the actual expenses related to travel, hotel lodging and business meals.  Generally, K&S employees travel in coach.  For purposes of this Application, K&S has reduced each time entry involving non-working travel by one-half.

22.    K&S does not charge for local calls placed by attorneys from their offices.  K&S charges its clients for the actual cost charged for long-distance calls.  K&S also bills its clients for the actual costs charged to K&S for engaging teleconferencing services in the event that a multiple-party teleconference is initiated through K&S.

23.    K&S believes the foregoing rates are the market rates generally employed by the majority of law firms when charging their clients for such services.

## Professional Services Rendered

24.     In accordance with the UST Guidelines, all K&S professionals kept a contemporaneous record of time spent rendering services and separated tasks in billing increments of one-tenth (0.10) of an hour.

25.     Exhibit C attached to this Application is a summary of the legal services that K&S rendered to the Debtors during the Application Period.  The services rendered by K&S during the Application Period can be grouped into the categories set forth in Exhibit C.  K&S attempted to place the services performed in the category that best relates to the services provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.  Finally, the actual detailed daily time entries for all work performed by the attorneys and paraprofessionals who rendered services during the Application Period are attached as Exhibit D.  Such time entries are organized by subject matter category as required by the UST Guidelines.

26.     Among other things, K&S has advised the Debtors with respect to (a) their successful transition to operating in Chapter 11; (b) the negotiation of debtor-in-possession financing; (c) issues relating to the retention of professionals, customer relations, adequate assurance of payment for utilities, and payment of pre-petition taxes; (d) the disposition of certain non-core assets, including store operations outside of the geographic area in which the Debtors plan to operate in the future; (e) class actions filed by the Debtors' shareholders and ERISA beneficiaries; (f) a federal grand jury investigation involving possible violations of federal criminal law arising out of activities related to illegal importation, possession, transportation and sale of undersized lobster in and within the United States and the State of Florida; (g) reporting issues under the securities laws; and (h) employee benefits issues.

**Valuation of Services**

27.     Attorneys and professionals of K&S expended a total of 2,254.6 hours in connection with these cases during the Application Period.  The reasonable value of those services is $757,292.00, based on the hourly rates set forth on Exhibit A.

28.     This is K&S' first request for an award of interim compensation in this case.  No previous application has been made to this or any other court for the relief requested herein.

29.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by K&S is fair and reasonable given (a) the nature of this reorganization; (b) the complexity of this case; (c) the time and labor required to represent the Debtors effectively; (d) the nature and extent of services rendered; (e) K&S' experience, reputation and ability; (f) the value of K&S' services; and (g) the cost of comparable services other than in a case under the Bankruptcy Code.

30.     K&S has reviewed the requirements of the UST Guidelines and believes that this Application complies in all material respects with those requirements.  To the extent this Application does not comply in every respect with the requirements of such guidelines, K&S respectfully requests a waiver for any such technical non-compliance.

**Compliance with Rule 2016 of Federal Rules of Bankruptcy Procedure**

31.     In accordance with Rule 2016 of the Federal Rules of Bankruptcy Procedure, K&S hereby states that (a) all services for which compensation is sought herein were rendered to the Debtors solely in connection with their Chapter 11 cases and not on behalf of any committee, individual creditor or other person; (b) K&S has received only those payments allowed under the Fee Procedures Order; (c) no agreement or understanding exists between K&S and any other person for the sharing of compensation to be received for services rendered in or in connection with these cases; and (d) no division of compensation will be made by K&S, except as between

members of K&S, and no agreement prohibited by 18 U.S.C. § 155 or Section 504 of the Bankruptcy Code has been made.

**WHEREFORE,** K&S respectfully requests that the Court enter an Order (i) providing that for the period from February 21, 2005 through May 31, 2005, an interim allowance be made to K&S in the sum of $757,292.00 as compensation for necessary and reasonable professional services rendered and the sum of $14,446.09 for reimbursement of actual and necessary costs and expenses, (ii) granting such other and further relief as this Court may deem just and proper.

This 14th day of July, 2005.

Respectfully submitted,

KING & SPALDING LLP

/s/ Brian C. Walsh
Sarah Robinson Borders
Georgia Bar No. 610649
Brian C. Walsh
Georgia Bar No. 735042
191 Peachtree Street
Atlanta, Georgia  30303-1763
(404) 572-4600
Fax:  (404) 572-5149

ATTORNEYS FOR THE DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., *et al.*,** | ) | **Case Nos. 05-03817-3F1** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| _____ | ) | |

**ORDER AWARDING ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF ACTUAL AND NECESSARY CHARGES
AND DISBURSEMENTS TO KING & SPALDING LLP**

Upon consideration of the First Interim Application dated July __, 2005, of King & Spalding LLP ("K&S") for (a) an allowance of reasonable compensation for professional services rendered by K&S to the Debtors for the period February 21, 2005 through May 31, 2005 (the "Application Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by K&S in the rendition of required professional services on behalf of the Debtors during the Application Period, and after notice and hearing thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the First Interim Application (document no. ___) is hereby granted; and it is further

**ORDERED**, that K&S is allowed compensation for the period from February 21, 2005 through May 31, 2005 in the amount of $757,292.00 and reimbursement of actual and necessary charges and disbursements of $14,446.09 for the same period.

**IT IS SO ORDERED.**

Dated:  Jacksonville, Florida
         _____, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared and Submitted by:
Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600

**EXHIBIT A**

**WINN-DIXIE STORES, INC.**

**Summary of Attorney and Paraprofessional Fees**

**Application Period**
**February 21, 2005 Through May 31, 2005**

| Name of Professional | Position | Year Admitted to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Borders, SR | Partner | 1989 | $535 | 119.5 | $63,932.50 |
| Clineburg, WA | Partner | 1970 | $620 | 25.0 | $15,500.00 |
| Egan, MJ | Partner | 1983 | $565 | 24.9 | $14,068.50 |
| Gibson, C | Partner | 1981 | $495 | 24.4 | $12,078.00 |
| Heller, DL | Partner | 1980 | $495 | 185.2 | $91,674.00 |
| Jensen, MA | Partner | 1998 | $375 | 30.2 | $11,325.00 |
| Keenan, RM | Partner | 1988 | $385 | 0.9 | $346.50 |
| Kohla, DS | Partner | 1972 | $580 | 4.2 | $2,436.00 |
| Reisner, SC | Partner | 1986 | $415 | 64.3 | $26,684.50 |
| Shackelford, RL | Partner | 1978 | $425 | 0.7 | $297.50 |
| Sollers, W | Partner | 1983 | $545 | 53.1 | $28,939.50 |
| Stein, JM | Partner | 1981 | $575 | 31.4 | $18,055.00 |
| Tetrick, D | Partner | 1996 | $430 | 31.0 | $13,330.00 |
| Thornton, MR | Partner | 1976 | $565 | 11.2 | $6,328.00 |
| Walsh, BC | Partner | 1997 | $415 | 247.5 | $102,712.50 |
|  | **Partner Total** |  |  | **853.5** | **$407,707.50** |
| Edwards, DW | Counsel | 1996 | $310 | 2.8 | $868.00 |
| Foxworth, SE | Counsel | 1987 | $340 | 14.6 | $4,964.00 |
| Hewett, LO | Counsel | 1993 | $385 | 25.4 | $9,779.00 |
| Kirkland, JF | Counsel | 1980 | $340 | 52.4 | $17,816.00 |
| Kolodkin, SJ | Counsel | 1988 | $385 | 11.7 | $4,504.50 |
| Magee, AS | Counsel | 1994 | $320 | 13.8 | $4,416.00 |
| Smith, DA | Counsel | 1991 | $310 | 3.0 | $930.00 |
| Tebbe, AM | Counsel | 1991 | $425 | 12.5 | $5,312.50 |
| Tucker, TN | Counsel | 1982 | $380 | 19.3 | $7,334.00 |
|  | **Counsel Total** |  |  | **155.5** | **$55,924.00** |
| Bennett, R | Associate | 2003 | $240 | 11.9 | $2,856.00 |
| Bernardino, CM | Associate | 2000 | $300 | 1.0 | $300.00 |
| Bianchi, GS | Associate | 2001 | $275 | 222.2 | $61,105.00 |
| Birbrower, SJ | Associate | 2002 | $325 | 25.5 | $8,287.50 |
| Bozzelli, M | Associate | 2002 | $270 | 54.3 | $14,661.00 |
| Christopherson, D | Associate | 2000 | $335 | 1.2 | $402.00 |
| Claxton, H | Associate | 2003 | $260 | 31.1 | $8,086.00 |
| Edgecombe, JR | Associate | 2003 | $225 | 3.6 | $810.00 |
| Errickson, L | Associate | 2002 | $205 | 4.3 | $881.50 |
| Gallagher, R | Associate | pending | $245 | 4.8 | $1,176.00 |

| | | | | | |
|---|---|---|---|---|---|
| Hawk, T | Associate | 2002 | $270 | 3.2 | $864.00 |
| Hess, PL | Associate | 2001 | $300 | 0.2 | $60.00 |
| Holleman, AE | Associate | 2001 | $290 | 86.5 | $25,085.00 |
| Isbell, JF | Associate | 2000 | $300 | 39.8 | $11,940.00 |
| Kustoff, A | Associate | 2003 | $235 | 6.0 | $1,410.00 |
| Lee, B | Associate | 2001 | $270 | 12.3 | $3,321.00 |
| McDonald, S | Associate | 2001 | $215 | 74.4 | $15,996.00 |
| Nolen, L | Associate | 2000 | $270 | 11.3 | $3,051.00 |
| Patel, S | Associate | 2004 | $215 | 39.0 | $8,385.00 |
| Patterson, M | Associate | 2003 | $240 | 12.3 | $2,952.00 |
| Ridley, A | Associate | 2002 | $260 | 77.9 | $20,254.00 |
| Sheppard, S | Associate | 2004 | $215 | 115.9 | $24,918.50 |
| Shtob, D | Associate | pending | $245 | 2.7 | $661.50 |
| Silver, H | Associate | 2004 | $200 | 0.9 | $180.00 |
| Spirn, BF | Associate | 2001 | $290 | 8.2 | $2,378.00 |
| Winsor, A | Associate | 2003 | $255 | 55.5 | $14,152.50 |
| | **Associate Total** | | | **906.0** | **$234,173.50** |
| Anderson, DG | Paraprofessional | | $160 | 12.7 | $2,032.00 |
| Braud, N | Paraprofessional | | $175 | 4.8 | $840.00 |
| Caire, MC | Paraprofessional | | $190 | 5.5 | $1,045.00 |
| Dowell, DN | Paraprofessional | | $190 | 12.3 | $2,337.00 |
| Dryden, K | Paraprofessional | | $160 | 0.4 | $64.00 |
| Heinz, MP | Paraprofessional | | $205 | 39.1 | $8,015.50 |
| Houghton, A | Paraprofessional | | $205 | 5.4 | $1,107.00 |
| Lazovik, AS | Paraprofessional | | $85 | 14.8 | $1,258.00 |
| Marsh, JG | Paraprofessional | | $310 | 0.9 | $279.00 |
| Meckulch, JL | Paraprofessional | | $160 | 2.6 | $416.00 |
| Milord, CS | Paraprofessional | | $175 | 71.1 | $12,442.50 |
| Semmens, SC | Paraprofessional | | $155 | 3.5 | $542.50 |
| Smith, BM | Paraprofessional | | $175 | 61.1 | $10,692.50 |
| Steinberg, DL | Paraprofessional | | $165 | 40.4 | $6,666.00 |
| Trowbridge, R | Paraprofessional | | $205 | 14.5 | $2,972.50 |
| White, PJ | Paraprofessional | | $165 | 32.7 | $5,395.50 |
| Yarbrough, AE | Paraprofessional | | $190 | 17.8 | $3,382.00 |
| | **Paraprofessional Total** | | | **339.6** | **$59,487.00** |
| | **Grand Total** | | | **2,254.6** | **$757,292.00** |

**EXHIBIT B**

**WINN-DIXIE STORES, INC.**

**Summary of Disbursements and Charges**

**Application Period**
**February 21, 2005 Through May 31, 2005**

| Disbursement Description | Value |
|---|---|
| Business Meals | 635.05 |
| Computer Research | 3,559.59 |
| Document Delivery | 308.78 |
| Document Retrieval | 191.16 |
| Duplicating Costs | 1,062.20 |
| Good Standing Certificate | 48.40 |
| Local Transportation Costs | 725.82 |
| Long Distance Phone Charges | 158.11 |
| Telecopy Charges | 41.20 |
| Travel | 7,715.78 |
| **TOTAL** | **$ 14,446.09** |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Long Distance Phone Calls-ATL | | 2/23/2005 | $1.00 |
| Long Distance Phone Calls-ATL | | 2/24/2005 | $0.55 |
| Long Distance Phone Calls-ATL | | 2/25/2005 | $18.75 |
| Long Distance Phone Calls-ATL | | 2/28/2005 | $2.45 |
| Long Distance Phone Calls-ATL | | 3/4/2005 | $11.60 |
| Long Distance Phone Calls-ATL | | 3/11/2005 | $12.60 |
| Long Distance Phone Calls-ATL | | 3/14/2005 | $0.05 |
| Long Distance Phone Calls-ATL | | 3/17/2005 | $4.05 |
| Long Distance Phone Calls-ATL | | 3/24/2005 | $1.30 |
| Long Distance Phone Calls-ATL | | 3/29/2005 | $0.05 |
| Long Distance Phone Calls-ATL | | 3/30/2005 | $1.15 |
| Long Distance Phone Calls-ATL | | 3/30/2005 | $0.25 |
| Long Distance Phone Calls-ATL | | 3/31/2005 | $0.10 |
| Long Distance Phone Calls-ATL | | 4/4/2005 | $0.05 |
| Long Distance Phone Calls-ATL | | 4/12/2005 | $0.65 |
| Long Distance Phone Calls-ATL | | 4/14/2005 | $0.05 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Long Distance Phone Calls-ATL | | 4/15/2005 | $0.10 |
| Long Distance Phone Calls-ATL | | 4/15/2005 | $1.30 |
| Long Distance Phone Calls-ATL | | 4/18/2005 | $0.10 |
| Long Distance Phone Calls-ATL | | 4/20/2005 | $1.50 |
| Long Distance Phone Calls-ATL | | 4/22/2005 | $0.30 |
| Long Distance Phone Calls-ATL | | 4/28/2005 | $0.15 |
| Long Distance Phone Calls-ATL | | 4/29/2005 | $0.45 |
| Long Distance Phone Calls-ATL | | 4/30/2005 | $15.90 |
| Long Distance Phone Calls-ATL | | 5/3/2005 | $2.10 |
| Long Distance Phone Calls-ATL | | 5/8/2005 | $10.50 |
| Long Distance Phone Calls-ATL | | 5/11/2005 | $0.35 |
| Long Distance Phone Calls-ATL | | 5/13/2005 | $0.20 |
| Long Distance Phone Calls-ATL | | 5/13/2005 | $27.40 |
| Long Distance Phone Calls-ATL | | 5/20/2005 | $0.30 |
| Long Distance Phone Calls-ATL | | 5/20/2005 | $7.45 |
| Long Distance Phone Calls-ATL | | 5/24/2005 | $0.60 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Long Distance Phone Calls-ATL | | 5/26/2005 | $0.05 |
| Long Distance Phone Calls-ATL | | 5/27/2005 | $8.90 |
| Long Distance Phone Calls-ATL | | 5/31/2005 | $1.10 |
| Long Distance Phone Calls-NYC | | 2/22/2005 | $1.60 |
| Long Distance Phone Calls-WDC | | 5/19/2005 | $0.05 |
| Long Distance Phone Calls-WDC | | 5/25/2005 | $0.05 |
| Telecopy/Telex-ATL | | 2/23/2005 | $1.35 |
| Telecopy/Telex-ATL | | 3/3/2005 | $2.15 |
| Telecopy/Telex-ATL | | 3/9/2005 | $16.95 |
| Telecopy/Telex-ATL | | 3/18/2005 | $15.25 |
| Telecopy/Telex-WDC | | 5/25/2005 | $5.50 |
| Duplicating Costs-ATL | (3 copies) | 2/21/2005 | $0.30 |
| Duplicating Costs-ATL | (50 copies) | 2/23/2005 | $5.00 |
| Duplicating Costs-ATL | (519 copies) | 2/25/2005 | $51.90 |
| Duplicating Costs-ATL | (42 copies) | 2/28/2005 | $4.20 |
| Duplicating Costs-ATL | (44 copies) | 2/28/2005 | $4.40 |
| Duplicating Costs-ATL | (148 copies) | 3/3/2005 | $14.80 |
| Duplicating Costs-ATL | (36 copies) | 3/8/2005 | $3.60 |
| Duplicating Costs-ATL | (619 copies) | 3/9/2005 | $61.90 |
| Duplicating Costs-ATL | (65 copies) | 3/9/2005 | $6.50 |
| Duplicating Costs-ATL | (33 copies) | 3/17/2005 | $3.30 |
| Duplicating Costs-ATL | (429 copies) | 3/18/2005 | $42.90 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Duplicating Costs-ATL | (64 copies) | 3/18/2005 | $6.40 |
| Duplicating Costs-ATL | (105 copies) | 3/18/2005 | $10.50 |
| Duplicating Costs-ATL | (430 copies) | 3/22/2005 | $43.00 |
| Duplicating Costs-ATL | (3 copies) | 3/25/2005 | $0.30 |
| Duplicating Costs-ATL | (374 copies) | 3/29/2005 | $37.40 |
| Duplicating Costs-ATL | (36 copies) | 3/30/2005 | $3.60 |
| Duplicating Costs-ATL | (2 copies) | 3/30/2005 | $0.20 |
| Duplicating Costs-ATL | (31 copies) | 3/31/2005 | $3.10 |
| Duplicating Costs-ATL | (15 copies) | 4/1/2005 | $1.50 |
| Duplicating Costs-ATL | (4 copies) | 4/7/2005 | $0.40 |
| Duplicating Costs-ATL | (6 copies) | 4/7/2005 | $0.60 |
| Duplicating Costs-ATL | (725 copies) | 4/8/2005 | $72.50 |
| Duplicating Costs-ATL | (56 copies) | 4/19/2005 | $5.60 |
| Duplicating Costs-ATL | (15 copies) | 4/21/2005 | $1.50 |
| Duplicating Costs-ATL | (198 copies) | 4/22/2005 | $19.80 |
| Duplicating Costs-ATL | (74 copies) | 4/27/2005 | $7.40 |
| Duplicating Costs-ATL | (596 copies) | 4/29/2005 | $59.60 |
| Duplicating Costs-ATL | (42 copies) | 5/2/2005 | $4.20 |
| Duplicating Costs-ATL | (39 copies) | 5/3/2005 | $3.90 |
| Duplicating Costs-ATL | (70 copies) | 5/4/2005 | $7.00 |
| Duplicating Costs-ATL | (54 copies) | 5/11/2005 | $5.40 |
| Duplicating Costs-ATL | (134 copies) | 5/15/2005 | $13.40 |
| Duplicating Costs-ATL | (563 copies) | 5/20/2005 | $56.30 |
| Duplicating Costs-ATL | (4906 copies) | 5/23/2005 | $490.60 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Duplicating Costs-ATL | (3 copies) | 5/31/2005 | $0.30 |
| Duplicating Costs-NYC | (2 copies) | 3/9/2005 | $0.20 |
| Duplicating Costs-WDC | (87 copies) | 5/25/2005 | $8.70 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 2/27/2005 | $18.22 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 2/27/2005 | $294.60 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 2/28/2005 | $638.33 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 2/28/2005 | $3.32 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 2/28/2005 | $94.13 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/1/2005 | $88.50 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 3/6/2005 | $94.09 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/7/2005 | $6.30 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/7/2005 | $271.58 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/8/2005 | $115.20 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 3/15/2005 | $1.60 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/15/2005 | $87.83 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/21/2005 | $14.10 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/21/2005 | $90.60 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/22/2005 | $25.20 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 3/28/2005 | $6.30 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 4/11/2005 | $22.65 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 4/11/2005 | $14.70 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 4/13/2005 | $1.56 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 4/22/2005 | $75.13 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 4/25/2005 | $20.02 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 5/2/2005 | $7.21 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 5/10/2005 | $28.55 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 5/16/2005 | $30.94 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 5/18/2005 | $1.85 |
| Computer Research-Lexis/ Westlaw-ATL | LEXIS | 5/30/2005 | $16.38 |
| Computer Research-Lexis/ Westlaw-ATL | WESTLAW | 5/31/2005 | $36.37 |
| Computer Research-Lexis/ Westlaw-NYC | LEXIS | 2/25/2005 | $237.47 |
| Computer Research-Lexis/ Westlaw-NYC | WESTLAW | 2/25/2005 | $646.18 |
| Computer Research-Lexis/ Westlaw-NYC | WESTLAW | 2/25/2005 | $76.40 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Computer Research-Lexis/ Westlaw-NYC | WESTLAW | 3/7/2005 | $10.84 |
| Computer Research-Lexis/ Westlaw-WDC | WESTLAW | 5/19/2005 | $33.04 |
| Computer Research-Lexis/ Westlaw-WDC | WESTLAW | 5/27/2005 | $3.04 |
| Airfare | Brian C. Walsh; 2/22/05; New York, NY; Attend Bankruptcy hearing | 2/24/2005 | $635.23 |
| Airfare | Brian C. Walsh; 2/25/05-2/25/05; Jacksonville, FL; Meeting with in-house legal staff regarding bankruptcy issues | 2/27/2005 | $771.26 |
| Airfare | S. Borders. 2/21-2/23/05 New York, NY.- Filing of Chapter 11 case | 2/28/2005 | $686.78 |
| Airfare | A. Holleman-5/3-5/5/05 Jacksonville, FL.- Diligence | 5/6/2005 | $488.39 |
| Airfare | J. Quinby - 05/03/05 - 05/05/05 - Jacksonville, FL - Diligence Review | 5/9/2005 | $767.59 |
| Airfare | Alexandra Holleman, 5/3-5/5, Jacksonville, FL, Diligence | 5/12/2005 | $35.00 |
| Airfare | J. Kirkland. 5/13/05 Jacksonville, FL.- Meet w/client | 5/18/2005 | $390.40 |
| Airfare | D. Heller. 5/17/05 Jacksonville, FL.-Mtg w/Winn-Dixie Group | 5/24/2005 | $523.39 |
| Business Meals | 2/21; Pantry | 2/21/2005 | $9.75 |
| Business Meals | S. Borders. 2/21-2/23/05 New York, NY.- Filing of Chapter 11 case | 2/28/2005 | $21.72 |
| Business Meals | A. Garvey. 2/23/05 M. Bozzelli | 2/28/2005 | $17.98 |
| Business Meals | Brian C. Walsh; 2/21/05; Atlanta, GA; Dinner for attorneys and staff preparing for filing | 3/4/2005 | $33.00 |
| Business Meals | 2/21/05 - Burger Heaven (49th St.) | 3/29/2005 | $19.20 |
| Business Meals | C. Milord - 05/03/05 - 05/05/05 - Jacksonville, FL- Client due diligence review | 5/6/2005 | $57.76 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Business Meals | A. Holleman-5/3-5/5/05 Jacksonville, FL.-Diligence | 5/6/2005 | $39.04 |
| Business Meals | J. Quinby - 05/03/05 - 05/05/05 - Jacksonville, FL- Diligence Review | 5/9/2005 | $258.25 |
| Business Meals | S. McDonald - 05/03/05 - 05/05/05 - Jacksonville, FL - Review leases | 5/10/2005 | $107.77 |
| Business Meals | Davida Steinberg, 5/3-5/05, Jacksonville, FL, Review and organize lease documents for upload to public website | 5/13/2005 | $70.58 |
| Hotel and/or Other Travel | A. Holleman-5/3-5/5/05 Jacksonville, FL.-Diligence | 5/6/2005 | $22.00 |
| Hotel and/or Other Travel | S. McDonald - 05/03/05 - 05/05/05 - Jacksonville, FL - Review leases | 5/10/2005 | $8.00 |
| Hotel and/or Other Travel | Alexandra Holleman, 5/3-5/5, Jacksonville, FL, Diligence | 5/12/2005 | $186.76 |
| Hotel and/or Other Travel | J. Kirkland. 5/13/05 Jacksonville, FL.-Meet w/client | 5/18/2005 | $3.38 |
| Local Transportation Costs | Town Car | 2/13/2005 | $124.64 |
| Local Transportation Costs | Brian C. Walsh; 2/22/05; New York, NY; Attend Bankruptcy hearing | 2/24/2005 | $12.00 |
| Local Transportation Costs | Brian C. Walsh; 2/25/05-2/25/05; Jacksonville, FL; Meeting with in-house legal staff regarding bankruptcy issues | 2/27/2005 | $3.50 |
| Local Transportation Costs | Town Car - 2/22/05 | 2/27/2005 | $69.36 |
| Local Transportation Costs | Town Car - 2/21/05 | 2/27/2005 | $93.94 |
| Local Transportation Costs | Town Car - 2/21/05 | 2/27/2005 | $75.48 |
| Local Transportation Costs | S. Borders. 2/21-2/23/05 New York, NY.-Filing of Chapter 11 case | 2/28/2005 | $36.00 |
| Local Transportation Costs | DialCar, Inc. - 02/21/05 | 3/9/2005 | $35.70 |
| Local Transportation Costs | C. Milord - 05/03/05 - 05/05/05 - Jacksonville, FL - Client due diligence review | 5/6/2005 | $48.10 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Local Transportation Costs | J. Quinby - 05/03/05 - 05/05/05 - Jacksonville, FL - Diigence Review | 5/9/2005 | $27.50 |
| Local Transportation Costs | J. Kirkland. 5/13/05 Jacksonville, FL.- Meet w/client | 5/18/2005 | $12.00 |
| Local Transportation Costs | D. Heller. 5/17/05 Jacksonville, FL.-Mtg | 5/24/2005 | $9.00 |
| Cabfare | Brian C. Walsh; 2/25/05-2/25/05; Jacksonville, FL; Meeting with in-house legal staff regarding bankruptcy issues | 2/27/2005 | $74.00 |
| Cabfare | A. Holleman-5/3-5/5/05 Jacksonville, FL.- Diligence | 5/6/2005 | $39.60 |
| Cabfare | J. Quinby - 05/03/05 - 05/05/05 - Jacksonville, FL - Diligence Review | 5/9/2005 | $35.00 |
| Cabfare | S. McDonald - 05/03/05 - 05/05/05 - Jacksonville, FL - Review leases | 5/10/2005 | $30.00 |
| Auto Rental | C. Milord - 05/03/05 - 05/05/05 - Jacksonville, FL - Client due diligence review | 5/6/2005 | $179.68 |
| Auto Rental | J. Kirkland. 5/13/05 Jacksonville, FL.- Meet w/client | 5/18/2005 | $52.95 |
| Auto Rental | D. Heller. 5/17/05 Jacksonville, FL.-Mtg w/Winn-Dixie Group | 5/24/2005 | $82.81 |
| Hotel | S. Borders. 2/21-2/23/05 New York, NY.- Filing of Chapter 11 case | 2/28/2005 | $683.48 |
| Hotel | C. Milord - 05/03/05 - 05/05/05 - Jacksonville, FL - Client due diligence review | 5/6/2005 | $351.43 |
| Hotel | A. Holleman-5/3-5/5/05 Jacksonville, FL.- Diligence | 5/6/2005 | $522.25 |
| Hotel | J. Quinby - 05/03/05 - 05/05/05 - Jacksonville, FL - Diligence Review | 5/9/2005 | $351.43 |
| Hotel | S. McDonald - 05/03/05 - 05/05/05 - Jacksonville, FL - Review leases | 5/10/2005 | $622.14 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Hotel | Davida Steinberg, 5/3-5/05, Jacksonville, FL, Review and organize lease documents for upload to website | 5/13/2005 | $351.43 |
| Computer Research | Global Securities Information, Inc. | 2/28/2005 | $28.24 |
| Computer Research | Global Securities Information, Inc. | 2/28/2005 | $64.00 |
| Computer Research | Pacer Service Center (ATL) | 4/5/2005 | $7.36 |
| Computer Research | Pacer Service Center (NYC) | 4/5/2005 | $173.60 |
| Computer Research | Pacer Service Center (NYC) | 4/5/2005 | $74.88 |
| Computer Research | Pacer Service Center (ATL) | 4/5/2005 | $6.48 |
| Computer Research | Pacer Service Center (ATL) | 4/5/2005 | $3.28 |
| Computer Research | Pacer Service Center (ATL) | 4/5/2005 | $19.20 |
| Computer Research | Pacer Service Center (ATL) | 4/5/2005 | $4.32 |
| Computer Research | Global Securities Information, Inc. | 4/30/2005 | $66.00 |
| Good Standing Certificate | CT Corporation - NC Good Standing for Winn Dixie Logistics | 5/4/2005 | $48.40 |
| Document Retrieval | Parcels, Inc. | 5/13/2005 | $191.16 |
| Document Delivery | Airline Delivery Services - 03/08/05 | 3/11/2005 | $9.40 |
| Document Delivery | UPS - | 4/30/2005 | $9.21 |
| Document Delivery | UPS - | 5/28/2005 | $13.67 |
| Telephone/Conference Calls | Sprint Conferencing Services - 04/25/05 | 5/24/2005 | $23.01 |
| Document Delivery - UPS | Steven Eichel, Esq.-Skadden, Arps-New York-NY---- | 2/23/2005 | $9.21 |
| Document Delivery - UPS | Camile Matrana-Matranaks Produce, Inc.-Westwego-LA | 3/3/2005 | $12.53 |
| Document Delivery - UPS | Dennis F. Dunne, Esq-Milbank, Tweed, Hadley & Mc-NEW YORK-NY---- | 3/18/2005 | $9.21 |
| Document Delivery - UPS | Richard C. Morrisey,-Office of the United States-New York-NY----New York-NY---- | 3/18/2005 | $9.21 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Document Delivery - UPS | Jonathan N. Helfat,-Otterbourg, Steindler, Hous-New York-NY---- | 3/18/2005 | $9.21 |
| Document Delivery - UPS | D. J. Baker, Esq.-Skadden, Arps, Slate, Meagh-NEW YORK-NY---- | 3/18/2005 | $9.21 |
| Document Delivery - UPS | Laurence B. Appel, E-Winn-Dixie Stores, Inc.-Jacksonville, FL | 3/18/2005 | $8.23 |
| Document Delivery - UPS | --Adjustments & Other Charges---- | 3/21/2005 | $10.00 |
| Document Delivery - UPS | Kathy Steele-Pointe Coupee Electric-New Roads-LA- | 3/30/2005 | $10.30 |
| Document Delivery - UPS | John Patterson, Esq.-Liberty International Under-New York-NY---- | 3/31/2005 | $23.20 |
| Document Delivery - UPS | --Richard M. McCook-Jacksonville-FL---- | 4/5/2005 | $8.23 |
| Document Delivery - UPS | Rutledge Liles, Esq.-Liles, Gavin and Constantio-Jacksonville-FL---- | 4/5/2005 | $8.23 |
| Document Delivery - UPS | Jay Castle-Winn-Dixie Stores, Inc.-Jacksonville-FL | 4/5/2005 | $8.23 |
| Document Delivery - UPS | Mr. Allen R. Rowland-Lake Mary-FL---- | 4/5/2005 | $8.94 |
| Document Delivery - UPS | --Adjustments & Other Charges---- | 4/5/2005 | $0.97 |
| Document Delivery - UPS | --Adjustments & Other Charges---- | 4/5/2005 | $0.97 |
| Document Delivery - UPS | --Allen R. Rowland-Lake Mary-FL---- | 4/7/2005 | $8.94 |
| Document Delivery - UPS | --Adjustments & Other Charges---- | 4/7/2005 | $0.97 |
| Document Delivery - UPS | Kenneth C. Meeker, E-Office of the United States-Orlando-FL---- | 4/20/2005 | $8.94 |
| Document Delivery - UPS | Stephen D. Busey, Es-Smith Hulsey & Busey-Jacksonville-FL---- | 4/20/2005 | $8.23 |
| Document Delivery - UPS | Attn: Christine Bake-US Bankruptcy Court-Orlando- FL | 4/21/2005 | $8.94 |
| Document Delivery - UPS | Laurence B. Appel, E-Winn-Dixie Stores, Inc.-Jacksonville, FL | 5/12/2005 | $8.23 |
| Document Delivery - UPS | Kenneth C. Meeker, E-Office of the United States-Orlando-FL---- | 5/12/2005 | $8.94 |

| Code Description | Long Description | Trans Date | Value |
|---|---|---|---|
| Document Delivery - UPS | Stephen D. Busey, Es-Smith Hulsey & Busey-Jackson ville-FL---- | 5/12/2005 | $8.23 |
| Document Delivery - UPS | D. J. Baker, Esq.-Skadden, Arps, Slate, Meagh-New York-NY---- | 5/12/2005 | $9.21 |
| Document Delivery - UPS | Jonathan N. Helfat,-Otterbourg, Steindler, Hous-New York-NY | 5/12/2005 | $9.21 |
| Document Delivery - UPS | Dennis F. Dunne, Esq-Milbank, Tweed, Hadley & Mc-New York-NY---- | 5/12/2005 | $9.21 |
| Document Delivery - UPS | | 5/25/2005 | $41.57 |

**EXHIBIT C**

**WINN-DIXIE STORES, INC.**

**Project Categories**

**Application Period**
**February 21, 2005 Through May 31, 2005**

| | Description | Total Hours | Total Amount |
|---|---|---:|---:|
| B110 | Case Administration | 188.6 | $55,101.00 |
| B130 | Asset Disposition | 17.6 | $6,236.00 |
| B140 | Relief from Stay/Adequate Protection | 29.9 | $8,890.00 |
| B150 | Meetings of and Communications with Creditors | 15.1 | $3,690.50 |
| B160 | Fee/Employment Applications | 55.9 | $20,335.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.5 | $1,601.00 |
| B190 | Other Contested Matters | 26.9 | $12,159.50 |
| B210 | Business Operations | 151.5 | $52,095.00 |
| B220 | Employee Benefits/Pensions | 3.7 | $1,559.50 |
| B230 | Financing/Cash Collections | 21.6 | $9,882.00 |
| B240 | Tax Issues | 0.5 | $231.50 |
| B250 | Real Estate | 12.6 | $3,557.00 |
| B310 | Claims Administration and Objections | 2.2 | $712.50 |
| | Asset Disposition | 1,198.1 | $381,825.00 |
| | Willie Burgess (employment litigation) | 7.8 | $1,424.00 |
| | Corporate General | 126.8 | $48,449.50 |
| | ERISA General | 88.1 | $34,797.50 |
| | ERISA Class Actions | 96.6 | $38,074.50 |
| | HIPPA Advice | 4.1 | $1,210.50 |
| | Project Mariner (grand jury investigation) | 162.8 | $61,422.50 |
| | Shareholder Class Action | 40.7 | $14,037.50 |
| | **TOTAL** | **2,254.6** | **$757,292.00** |

**<u>EXHIBIT D</u>**

**<u>WINN-DIXIE STORES, INC.</u>**

**<u>Detailed Time Entries</u>**

**Application Period**
**February 21, 2005 Through May 31, 2005**