## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 4, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following matters:

1. Final Application of Bain & Company for Allowance and Payment of Compensation for Fees in the Amount of $426,473.00 and Reimbursement of Expenses in the Amount of $37,923.71 for the Period February 21, 2005 through February 28, 2005 and $800,000.00 in Fees and Expenses for the Period March 1, 2005 through May 31, 2005;

2. First Interim Application of The Blackstone Group, L.P. for Allowance and Payment of Compensation for Fees in the Amount of $548,714.29 and Reimbursement of Expenses in the Amount of $39,494.94 (February 21, 2005 – May 31, 2005);

3. First Interim Application of Carlton Fields, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $107,416.15 and Reimbursement of Expenses in the Amount of $6,079.91 (February 21, 2005 – May 31, 2005);

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. First Interim Application of King & Spalding LLP for Allowance and Payment of Compensation for Fees in the Amount of $757,292.00 and Reimbursement of Expenses in the Amount of $14,446.09 (February 21, 2005 – May 31, 2005);

5. First Interim Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $93,264.00 and Reimbursement of Expenses in the Amount of $130.26 (February 21, 2005 – May 31, 2005);

6. First Interim Application of KPMG LLP for Allowance and Payment of Compensation for Fees in the Amount of $630,913.00 and Reimbursement of Expenses in the Amount of $22,408.00 (February 21, 2005 – May 31, 2005);

7. First Interim Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation for Fees in the Amount of $599,135.00 and Reimbursement of Expenses in the Amount of $20,408.47 (February 21, 2005 – May 31, 2005);

8. First Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation for Fees in the Amount of $4,534,122.50 and Reimbursement of Expenses in the Amount of $326,995.50 (February 21, 2005 – May 31, 2005);[2]

9. First Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Fees in the Amount of $3,012,628.00 and Reimbursement of Expenses in the Amount of $144,484.19 (February 21, 2005 – April 30, 2005);

10. First Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Fees in the Amount of $859,171.00 and Reimbursement of Expenses in the Amount of $76,598.88 (February 22, 2005 – May 31, 2005);

11. First Interim Application of Togut, Segal & Segal LLP for Allowance and Payment of Compensation for Fees in the Amount of $105,606.50 and Reimbursement of Expenses in the Amount of $756.84 (February 28, 2005 – April 13, 2005);[3]

12. First Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance and Payment of Compensation for Fees in the Amount of $1,194,617.50 and Reimbursement of Expenses in the Amount of $108,654.51 (March 1, 2005 – May 31, 2005);

---

[2] Includes fees and expenses through May 28, 2005, due to month-end reporting cycle.

[3] Includes request for fee application preparation pursuant to May 19, 2005 order.

13. First Interim Application of Houlihan Lokey Howard & Zukin Capital for Allowance and Payment of Compensation for Fees in the Amount of $293,548.39 and Reimbursement of Expenses in the Amount of $19,676.68 (March 3, 2005 – May 31, 2005);

14. First Interim Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation for Fees in the Amount of $300,000.00 and Reimbursement of Expenses in the Amount of $8,738.74 (March 4, 2005 – May 31, 2005);

15. First Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Fees in the Amount of $124,944.50 and Reimbursement of Expenses in the Amount of $3,318.02 (March 28, 2005 – April 30, 2005); and

16. First Interim Application of Deloitte Consulting LLP for Allowance and Payment of Compensation for Fees in the Amount of $185,867.30 and Reimbursement of Expenses in the Amount of $21,533.00 (May 16, 2005 – May 31, 2005).[4]

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

---

[4] Expense period covered in this monthly fee application is from May 16-28, due to limitations of internal Deloitte reporting systems.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: July 15, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By /s/ D. J. Baker<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray | By /s/ Cynthia C. Jackson<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile) | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |