**EXHIBIT "3"**

Summary of Time by Professional
February 21, 2005 to May 28, 2005

**XRoads Solution Group, LLC**
**Winn Dixie Summary of Fees**
**Period February 22, 2005 through May 28, 2005**

| | |
|---|---:|
| Billed at Monthly Fixed Fee of $200,000 per Month (Feb. prorated 7 days) | $650,000.00 |
| 9,148.40 Hours over the 400 cap (Total Hours: 10,446.40) | |
| Calculated at the Rate of $400 per hour | $3,659,360.00 |
| Administrative Personnel | $224,762.50 |
| Total Amount Due | $4,534,122.50 |

| | Gross hours | Net Hours |
|---|---:|---:|
| Total Hours - BK | 12,857.40 | 10,446.40 |
| Total Hours - Admin | 2,740.50 | 1,951.30 |
| Total Hours | 15,597.90 | 12,397.70 |
| Weighted Average | 290.69 | 365.72 |

| Professional | Position | Gross Hours Consulting and Travel | Less Travel time/non billable time | Net Hours Consulting- Billed to Winn-Dixie |
|---|---|---:|---:|---:|
| Dinoff, J. | Director | 871.80 | 124.60 | 747.20 |
| Perreault, M. | Senior Consultant | 833.10 | 130.00 | 703.10 |
| Karol, S. | Managing Director | 768.60 | 76.50 | 692.10 |
| Windham, P | Managing Director | 713.60 | 75.90 | 637.70 |
| Gordon, E. | Managing Director | 625.00 | 128.40 | 496.60 |
| Wuertz, T. | Senior Consultant | 635.30 | 139.00 | 496.30 |
| Vander Hooven | Managing Director | 614.90 | 142.80 | 472.10 |
| Stevenson, A. | Managing Director | 524.90 | 65.00 | 459.90 |
| Yuan, K. | Director | 557.20 | 101.00 | 456.20 |
| Lane, E. | Director | 602.60 | 151.40 | 451.20 |
| Simon, D. | Principal | 588.60 | 152.70 | 435.90 |
| Young, J. | Director | 471.70 | 60.40 | 411.30 |
| Gaston, B. | Senior Consultant | 543.50 | 149.10 | 394.40 |
| Etlin, H. | Principal | 465.30 | 74.00 | 391.30 |
| Damore, R. | Managing Director | 486.40 | 106.90 | 379.50 |
| Boucher, C. | Managing Director | 437.10 | 61.00 | 376.10 |
| Wong, J. | Director | 419.60 | 110.00 | 309.60 |
| Salem, M. | Senior Consultant | 341.00 | 52.50 | 288.50 |
| Damore, R. | Managing Director | 343.20 | 71.00 | 272.20 |
| Eckerman, A. | Consultant | 323.40 | 64.10 | 259.30 |
| Bailey, J. | Director | 333.40 | 80.30 | 253.10 |
| Gura, J. | Director | 245.50 | 26.00 | 219.50 |
| Myers, G. | Senior Consultant | 264.00 | 49.50 | 214.50 |
| Shah, A. | Director | 165.80 | 34.50 | 131.30 |
| Wright, C. | Director | 139.90 | 32.00 | 107.90 |
| McCarty, L. | Managing Director | 126.40 | 30.30 | 96.10 |
| Nguyen, K | Director | 121.60 | 32.00 | 89.60 |
| Spencer, J. | Director | 81.00 | 0.00 | 81.00 |
| Claflin, K. | Principal | 78.30 | 29.00 | 49.30 |
| Wright, C. | Director | 110.10 | 61.10 | 49.00 |
| Doyle, T | Principal | 23.40 | 0.00 | 23.40 |
| Simon, J. | Principal | 1.20 | 0.00 | 1.20 |
| | | 12,857.40 | 2,411.00 | 10,446.40 |

**Administration Hours**

| User | Rate | Billable Hours | Non Billable Travel Hours | Amount |
|---|---|---|---|---|
| Cain, J. | 125.00 | 64.00 | 0.00 | 8,000.00 |
| Cate, K. | 85.00 | 34.90 | 0.00 | 2,966.50 |
| Cooper, C. | 100.00 | 122.50 | 0.00 | 12,250.00 |
| Gates, L. | 100.00 | 18.30 | 0.00 | 1,830.00 |
| DeMartini, C. | 100.00 | 84.50 | 16.00 | 8,450.00 |
| Halstead, C. | no charge | 2.30 | 0.00 | 0.00 |
| Jackson, N. | 85.00 | 106.20 | 0.00 | 9,027.00 |
| Jacovina, P. | no charge | 4.70 | 0.00 | 0.00 |
| Janda, R. | 150.00 | 252.30 | 0.00 | 37,845.00 |
| Kei, C. | no charge | 131.60 | 0.00 | 0.00 |
| Kelleher, M. | no charge | 1.00 | 0.00 | 0.00 |
| Liu, A. | 160.00 | 676.30 | 83.30 | 88,358.00 |
| Lyons, E. | 160.00 | 25.30 | 0.00 | 4,048.00 |
| Naegely, P. | 160.00 | 115.90 | 16.00 | 9,665.00 |
| Newton, S. | no charge | 48.00 | 0.00 | 0.00 |
| Rossi, S. | 85.00 | 30.40 | 0.00 | 2,584.00 |
| Ruhl. D. | 100.00 | 27.50 | 0.00 | 2,750.00 |
| Saba, K. | no charge | 370.10 | 52.50 | 0.00 |
| Shelton, T. | no charge | 125.00 | 0.00 | 0.00 |
| Simon, B. | 160.00 | 4.50 | 0.00 | 720.00 |
| Young, B. | 160.00 | 257.10 | 70.30 | 36,269.00 |
| | | 2,502.40 | 238.10 | 224,762.50 |