**EXHIBIT "4"**

Summary of Expenses
February 21, 2005 to May 28, 2005

**XRoads Solutions Group, LLC**
**Winn-Dixie**
**Summary of Expenses**
**Period February 22, 2005 through May 28, 2005**

|  | Gross Amount | Courtesy Discounts | Net Amount |
|---|---:|---:|---:|
| Airfare | 162,867.12 | (3,301.70) | 159,565.42 |
| Fax Copies | 31.69 |  | 31.69 |
| Ground Transportation* | 52,552.75 | (15,660.17) | 36,892.58 |
| Lodging** | 116,934.74 | (5,056.19) | 111,878.55 |
| Meals*** | 43,688.94 | (43,242.23) | 446.71 |
| Mileage | 2,030.90 |  | 2,030.90 |
| Overnight Delivery | 1,163.08 |  | 1,163.08 |
| Photocopies | 10,265.79 |  | 10,265.79 |
| Supplies | 114.28 |  | 114.28 |
| Research | 39.96 |  | 39.96 |
| Telephone/Conference Calls | 4,566.54 |  | 4,566.54 |
| Totals | 394,255.79 | (67,260.29) | **326,995.50** |

\* XRoads voluntarily discounted the cost for the rental car expense by limiting the car usage per professional to a ratio of 1:3.  Additionally, XRoads did not charge the Estate for travel from the Client location to the hotel or Client location to the Airport. Courtesy discounts for ground transportation also includes reduction of travel to/from residence to the Airport (capped at $35.00) and travel from the hotel to the Client location (capped at $40.00).

\*\*  Lodging charges do not reflect the cost savings of $16,490 related to the corporate apartments. Additionally, the apartment cost for Dennis Simon was reduced to a pro-rated cost to 10 days at $80.50 per day for the month of May.

\*\*\* Pursuant to the Bankruptcy Guidelines, XRoads did not charge the client for breakfast, lunch or dinner unless XRoads was participating , during the meal, in a necessary meeting respecting the case.