XRoads Solutions Group
Administration - Time Detail

Page    23

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/09/05 | Liu, A. | BK-Claims | Updated Rosemont Farms with backups from the extraction from MetaViewer and PeopleSoft AP to determine eligibility of claim | 0.40 | 160.00 | 64.00 |
| 05/09/05 | Liu, A. | BK-Claims | Updated Leasa Industries with payment information from PeopleSoft AP to dispute claim | 0.10 | 160.00 | 16.00 |
| 05/09/05 | Liu, A. | BK-Claims | Drafted correspondence to E Gordon (XRoads) updated PACA claims for Mastronardi Produce, Rosemont Farms, and Leasa Industries to settle with their counsel Santos Stokes, LLP with cover memo and notes of disputes | 0.20 | 160.00 | 32.00 |
| 05/09/05 | Liu, A. | BK-Claims | Addressed definition and application discount pricing discrepancies for Lamb-Weston | 0.10 | 160.00 | 16.00 |
| 05/09/05 | Liu, A. | BK-Claims | Analyzed dispute for DLJ Produce PACA claim as creditor claim that some claims were not included in final payments | 0.30 | 160.00 | 48.00 |
| 05/09/05 | Liu, A. | BK-Claims | Analyzed Cavendish Farms PACA claim to final amounts for PACA only products | 0.20 | 160.00 | 32.00 |
| 05/09/05 | Liu, A. | BK-Claims | Created settlement PDF for Unifrutti for R&J and creditor to review final settlement | 0.10 | 160.00 | 16.00 |
| 05/09/05 | Liu, A. | BK-Claims | Created settlement PDF for Pacific Sales for R&J and creditor to review final settlement | 0.10 | 160.00 | 16.00 |
| 05/09/05 | Liu, A. | BK-Claims | Created settlement PDF for DLJ Produce for R&J and creditor to review final settlement | 0.10 | 160.00 | 16.00 |
| 05/09/05 | Liu, A. | BK-Claims | Created edited settlement spreadsheet for Del Monte Fresh to determine backup documents needed | 0.10 | 160.00 | 16.00 |
| 05/09/05 | Liu, A. | BK-Claims | Extracted backup data from MetaViewer and People Soft AP to verify additional information sent by Mastronardi Produce | 0.70 | 160.00 | 112.00 |

XRoads Solutions Group
Administration - Time Detail

Page    24

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/09/05 | Liu, A. | BK-Claims | Merged additional claims to Mastronardi Produce PACA claim for reconciliation | 0.50 | 160.00 | 80.00 |
| 05/09/05 | Liu, A. | BK-Claims | Merged filed claims to Leasa Industries PACA claim for reconciliation | 0.40 | 160.00 | 64.00 |
| 05/09/05 | Liu, A. | BK-Claims | Audited Leasa Industries PACA claim to remove non-PACA qualified products | 0.40 | 160.00 | 64.00 |
| 05/09/05 | Liu, A. | BK-Claims | Merged filed claims to Rosemont Farms PACA claim for reconciliation | 0.70 | 160.00 | 112.00 |
| 05/10/05 | Liu, A. | BK-Claims | Prepared correspondence for T. Wuertz (XRoads) finalizing claims with cover memo and notes | 0.40 | 160.00 | 64.00 |
| 05/10/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of The Great Fish Company by tying out creditor claim to debtor information | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Finalized reclamation claim for The Great Fish Company with additional notes and claims | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Started reconciliation of McKee Foods with additional DSD information to reconciled individual shipments | 0.50 | 160.00 | 80.00 |
| 05/10/05 | Liu, A. | BK-Claims | Finalized PACA claim for Incredible Fresh additional notes and fees for check processing | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Emailed Winn-Dixie accounting department with summary, reconciliation details, cover memo, and notes for check processing | 0.30 | 160.00 | 48.00 |
| 05/10/05 | Liu, A. | BK-Claims | Finalized PACA claims that have not been filed but with valid PACA legend with additional notes and fees for check processing | 0.70 | 160.00 | 112.00 |
| 05/10/05 | Liu, A. | BK-Claims | Drafted correspondence to E Laine (XRoads) regarding Preferred Freezer Sales and its invalid claim due to outside reclamation date period | 0.10 | 160.00 | 16.00 |

XRoads Solutions Group
Administration - Time Detail

Page    25

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/10/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for Front End Services with creditor information | 0.30 | 160.00 | 48.00 |
| 05/10/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for Front End Services to reconcile claim | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of Front End Services by tying out creditor claim to debtor information | 0.80 | 160.00 | 128.00 |
| 05/10/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Front End Services with additional notes and claims | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for Allen Flavors/Hornell Brewing Company with creditor information | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Meeting with E. Gordon, B. Young, E. Lane, T. Wuertz (XRoads), & S. Henry (Skadden) regarding current status of reclamation claim, work plan over the next 2 weeks, and issues over definitions of shipments | 1.00 | 160.00 | 160.00 |
| 05/10/05 | Liu, A. | BK-Claims | Analyzed Miss Becky Seafood and Safe Harbor to determine if duplicate claim and final claim amount | 0.30 | 160.00 | 48.00 |
| 05/10/05 | Liu, A. | BK-Claims | Created spreadsheet for PACA claims that are unsettled for payment within 10 days | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Drafted correspondence to E Gordon (XRoads) and S Toussi (Skadden) PACA unsettled PACA claim for payments within 10 days | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Discussed with T. Nelson (Winn-Dixie) regarding post petition payment status on DLJ Produce open balance | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for Cargill group with creditor information | 0.60 | 160.00 | 96.00 |

XRoads Solutions Group
Administration - Time Detail

Page    26

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for Cargill group to reconcile claim | 0.40 | 160.00 | 64.00 |
| 05/10/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of Cargill group by tying out creditor claim to debtor information | 1.20 | 160.00 | 192.00 |
| 05/10/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Cargill group with additional notes and claims | 0.40 | 160.00 | 64.00 |
| 05/10/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for Allen Flavors/Hornell Brewing Company to reconcile claim | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of Allen Flavors/Hornell Brewing by tying out creditor claim to debtor information | 0.30 | 160.00 | 48.00 |
| 05/10/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Allen Flavors/Hornell Brewing with additional notes and claims | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Analyzed Allen Flavors and Hornell Brewing to determine if duplicate claim and final claim amount | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Continued reconciliation of Southern Wine & Spirits with additional DSD information to reconciled individual shipments | 2.70 | 160.00 | 432.00 |
| 05/10/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for Colorado Boxed Beef Company with creditor information | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for Colorado Boxed Beef Company to reconcile claim | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of Colorado Boxed Beef Company by tying out creditor claim to debtor information | 0.10 | 160.00 | 16.00 |

XRoads Solutions Group
Administration - Time Detail

Page    27

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/10/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Colorado Boxed Beef Company with additional notes and claims | 0.10 | 160.00 | 16.00 |
| 05/10/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for The Great Fish Company with creditor information | 0.20 | 160.00 | 32.00 |
| 05/10/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for The Great Fish Company to reconcile claim | 0.10 | 160.00 | 16.00 |
| 05/11/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for ConAgra group with creditor information | 0.60 | 160.00 | 96.00 |
| 05/11/05 | Liu, A. | BK-Claims | Started reconciliation of Blue Bell Creameries with additional DSD information to reconciled individual shipments | 2.70 | 160.00 | 432.00 |
| 05/11/05 | Liu, A. | BK-Claims | Completed reconciliation of Blue Bell Creameries with DSD information to reconciled individual shipments | 1.90 | 160.00 | 304.00 |
| 05/11/05 | Liu, A. | BK-Claims | Prepared correspondence for T. Wuertz (XRoads) the completed reclamation reconciliation for Blue Bell Creameries with cover memos and notes | 0.20 | 160.00 | 32.00 |
| 05/11/05 | Liu, A. | BK-Claims | Populated the reconciliation claim for KIK International with creditor information | 0.30 | 160.00 | 48.00 |
| 05/11/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for KIK International to reconcile claim | 0.20 | 160.00 | 32.00 |
| 05/11/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for KIK International to reconcile claim | 0.60 | 160.00 | 96.00 |
| 05/11/05 | Liu, A. | BK-Claims | Finalized reclamation claim for KIK International with additional notes and claims | 0.40 | 160.00 | 64.00 |
| 05/11/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Miss Beck Seafood with additional notes and claims | 0.70 | 160.00 | 112.00 |

XRoads Solutions Group
Administration - Time Detail

Page    28

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/11/05 | Liu, A. | BK-Claims | Prepared correspondence for T .Wuertz (XRoads) finalizing claims with cover memo and notes | 0.30 | 160.00 | 48.00 |
| 05/11/05 | Liu, A. | BK-Claims | Drafted correspondence to T. Nelson and D. Brown (Winn-Dixie) confirmation of addresses for final PACA claim settlement | 0.10 | 160.00 | 16.00 |
| 05/11/05 | Liu, A. | BK-Claims | Continued reconciliation of McKee Foods with additional DSD information to reconciled individual shipments | 2.30 | 160.00 | 368.00 |
| 05/12/05 | Liu, A. | BK-Claims | Re-designed reclamation template to include all changes to data format and information presentation | 2.40 | 160.00 | 384.00 |
| 05/12/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Kraft Foods with additional notes and claims | 0.70 | 160.00 | 112.00 |
| 05/12/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Clorox with additional notes and claims | 0.50 | 160.00 | 80.00 |
| 05/12/05 | Liu, A. | BK-Claims | Started reconciliation of Brach's Confectioners with additional DSD information to reconciled individual shipments | 1.70 | 160.00 | 272.00 |
| 05/12/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of Kraft Foods by tying out creditor claim to debtor information to tighten reclamation claim for final submission | 1.40 | 160.00 | 224.00 |
| 05/12/05 | Liu, A. | BK-Claims | Extracted debtor AP data from Access database for Clorox to reconcile claim | 0.30 | 160.00 | 48.00 |
| 05/12/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of Clorox by tying out creditor claim to debtor information to tighten reclamation claim for final submission | 1.10 | 160.00 | 176.00 |
| 05/12/05 | Liu, A. | BK-Claims | Updated Kraft Foods with usage data from E Gordon | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Administration - Time Detail

Page    29

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/12/05 | Liu, A. | BK-Claims | Analyzed pre-petition payments to 20 requested reclamation claimants for sampling to apply any matching payments to claims | 2.10 | 160.00 | 336.00 |
| 05/12/05 | Liu, A. | BK-Claims | Created definitions for the header rows used in reclamation template | 0.40 | 160.00 | 64.00 |
| 05/12/05 | Liu, A. | BK-Claims | Researched AP access database to distinguish similarity ConAgra Specialty Potato to Lamb Weston to acknowledge similar claims filed as a PACA claim | 0.30 | 160.00 | 48.00 |
| 05/12/05 | Liu, A. | BK-Claims | Transferred reclamation claims for Frito Lay's, Quaker Oats, Clorox, Masterfoods USA, and Kraft Food and updated footnotes with numerical codes and notations | 2.30 | 160.00 | 368.00 |
| 05/12/05 | Liu, A. | BK-Claims | Reconciled reclamation claim of MasterFoods USA by tying out creditor claim to debtor information to tighten reclamation claim for final submission | 0.50 | 160.00 | 80.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for McCormicks and Company with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Concopco with additional notes and claims | 0.70 | 160.00 | 112.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for ConAgra with additional notes and claims | 0.60 | 160.00 | 96.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Nestle Purina Pet Care with additional notes and claims | 0.40 | 160.00 | 64.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Nestle USA with additional notes and claims | 0.50 | 160.00 | 80.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Nestle Prepared Foods with additional notes and claims | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Administration - Time Detail

Page    30

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Nestle Waters with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Pepsi Bottling Company with additional notes and claims | 0.70 | 160.00 | 112.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Sara Lee with additional notes and claims | 0.60 | 160.00 | 96.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for MasterFoods USA with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Proctor & Gamble with additional notes and claims | 0.50 | 160.00 | 80.00 |
| 05/13/05 | Liu, A. | BK-Claims | Researched received date and open balances in MetaViewer and People Soft AP for Nestle Waters to complete 20 reclamation sampling | 0.70 | 160.00 | 112.00 |
| 05/13/05 | Liu, A. | BK-Claims | Researched received date and open balances in MetaViewer and People Soft AP for General Mills to complete 20 reclamation sampling | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Analyzed General Mills PACA claim payment and how claims were applied to reclamation claim | 0.40 | 160.00 | 64.00 |
| 05/13/05 | Liu, A. | BK-Claims | Prepared correspondence for T. Wuertz (XRoads) with all finalized 20 reclamation claims with cover memos and notes | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Update sampling summary of 7 reconciled reclamation claims as selected by Piper Rudnick | 0.40 | 160.00 | 64.00 |
| 05/13/05 | Liu, A. | BK-Claims | Updated top 20 reclamation claims with researched data and notes from Winn-Dixie research | 0.70 | 160.00 | 112.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for General Mills with additional notes and claims | 0.50 | 160.00 | 80.00 |

XRoads Solutions Group
Administration - Time Detail

Page    31

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Ferrero USA with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Gerber with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Novartis with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Morton Salt with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/13/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Zatarains with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/14/05 | Liu, A. | BK-Claims | Discussed with T Matz (Skadden) and S Toussi (Skadden) regarding the PACA and reclamation claim filed by Lamb Weston or ConAgra Specialty Potato | 0.30 | 160.00 | 48.00 |
| 05/14/05 | Liu, A. | BK-Claims | Started reconciliation of Anderson News with additional DSD information to reconciled individual shipments | 2.40 | 160.00 | 384.00 |
| 05/14/05 | Liu, A. | BK-Claims | Continued reconciliation of Anderson News with additional DSD information to reconciled individual shipments | 2.90 | 160.00 | 464.00 |
| 05/14/05 | Liu, A. | BK-Claims | Continued reconciliation of Anderson News with additional DSD information to reconciled individual shipments | 2.40 | 160.00 | 384.00 |
| 05/14/05 | Liu, A. | BK-Claims | Finalized reclamation claim for Allen Flavors/Hornell Brewing with additional notes and claims | 0.30 | 160.00 | 48.00 |
| 05/14/05 | Liu, A. | BK-Claims | Inserted creditor data into reclamation template to start reclamation claim reconciliation | 0.40 | 160.00 | 64.00 |
| 05/14/05 | Liu, A. | BK-Claims | Updated Allen Flavors/Hornell Brewing reclamation claims with researched data and notes from Winn-Dixie research | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Administration - Time Detail

Page    32

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/15/05 | Liu, A. | BK-Claims | Continued reconciliation of reclamation claim for Anderson News with additional information sent by DSD department of Winn-Dixie | 2.40 | 160.00 | 384.00 |
| 05/15/05 | Liu, A. | BK-Claims | Updated reclamation template with additional features and notes to encompass different scenarios | 1.10 | 160.00 | 176.00 |
| 05/15/05 | Liu, A. | BK-Claims | Completed the reconciliation of reclamation claim for Rexam Beverage Company with additional notes on disputes | 0.70 | 160.00 | 112.00 |
| 05/15/05 | Liu, A. | BK-Claims | Completed reconciliation of the reclamation claim for L & R Farns with additional notes on disputes | 0.60 | 160.00 | 96.00 |
| 05/15/05 | Liu, A. | BK-Claims | Continued reconciliation of reclamation claim for Anderson News with additional information sent by DSD department of Winn-Dixie | 1.80 | 160.00 | 288.00 |
| 05/15/05 | Liu, A. | BK-Claims | Backed up completed reclamation claims into shared drive for storage and sharing of files | 0.40 | 160.00 | 64.00 |
| 05/16/05 | Liu, A. | BK-Claims | Discussed with T. Nelson (Winn-Dixie) regarding payment of undisputed portion and new notification letter to be attached with checks | 0.20 | 160.00 | 32.00 |
| 05/16/05 | Liu, A. | BK-Claims | Researched final payment of PACA claim for Lake Placid Groves which claimed that payment was incomplete | 0.30 | 160.00 | 48.00 |
| 05/16/05 | Liu, A. | BK-Claims | Drafted correspondence to S Toussi (Skadden) and E Gordon (XRoads) final PACA claim of Lake Placid with explanations of all differences which were agreed by claimants | 0.20 | 160.00 | 32.00 |
| 05/16/05 | Liu, A. | BK-Claims | Updated PACA claims payment report to include upcoming payments of undisputed portion with weekly and all payments | 0.40 | 160.00 | 64.00 |

XRoads Solutions Group
Administration - Time Detail

Page    33

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/16/05 | Liu, A. | BK-Claims | Emailed E Gordon summary of PACA claim payments with upcoming payments for undisputed portion and notes | 0.20 | 160.00 | 32.00 |
| 05/16/05 | Liu, A. | BK-Claims | Backed up completed reclamation claims into shared drive for storage and sharing of files | 0.40 | 160.00 | 64.00 |
| 05/16/05 | Liu, A. | BK-Claims | Completed reconciliation of the reclamation claim for Allen Flavors with additional notes on disputes | 0.20 | 160.00 | 32.00 |
| 05/16/05 | Liu, A. | BK-Claims | Continued reconciliation of reclamation claim for Schwan's Consumer Goods with additional information sent by DSD department of Winn-Dixie | 2.90 | 160.00 | 464.00 |
| 05/16/05 | Liu, A. | BK-Claims | Updated reclamation claim of sample group with additional language presented by Skadden | 0.70 | 160.00 | 112.00 |
| 05/16/05 | Liu, A. | BK-Claims | Continued reconciliation of reclamation claim for Brach's Confectioners with additional information sent by DSD department of Winn-Dixie | 2.80 | 160.00 | 448.00 |
| 05/16/05 | Liu, A. | BK-Claims | Extracted different vendor codes for Pepsi Bottling for extraction of AR credits | 0.30 | 160.00 | 48.00 |
| 05/16/05 | Liu, A. | BK-Claims | Completed the reconciliation of reclamation claim for Anderson News with additional notes on disputes | 1.70 | 160.00 | 272.00 |
| 05/16/05 | Liu, A. | BK-Claims | Completed reconciliation of the reclamation claim for Arizona Beverage Company with additional notes on disputes | 0.40 | 160.00 | 64.00 |
| 05/16/05 | Liu, A. | BK-Claims | Discussed with S Toussi (Skadden) regarding payments of undisputed portion of PACA claims on Exhibit C and new notification letter | 0.30 | 160.00 | 48.00 |
| 05/16/05 | Liu, A. | BK-Claims | Finalized undisputed portion of PACA claims to be paid with additional notes | 0.80 | 160.00 | 128.00 |

XRoads Solutions Group
Administration - Time Detail

Page    34

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/16/05 | Liu, A. | BK-Claims | Emailed Winn-Dixie accounting regarding payments for undisputed portions of PACA claims listed on Exhibit C | 0.20 | 160.00 | 32.00 |
| 05/17/05 | Liu, A. | BK-Claims | Discussed with M Salem regarding total PACA payments and potential remaining payments to provide information to the cash flow forecast and budgeting | 0.20 | 160.00 | 32.00 |
| 05/17/05 | Liu, A. | BK-Claims | Drafted correspondence to Skadden subset 2 of reconciled reclamation claim with cover memo and notes for review and additional analysis | 0.20 | 160.00 | 32.00 |
| 05/17/05 | Liu, A. | BK-Claims | Started conversion of completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.70 | 160.00 | 432.00 |
| 05/17/05 | Liu, A. | BK-Claims | Backed up completed reclamation claims into shared drive for storage and sharing of files | 0.20 | 160.00 | 32.00 |
| 05/17/05 | Liu, A. | BK-Claims | Completed reconciliation of the reclamation claim for Madix Store Fixtures with additional notes on disputes | 0.30 | 160.00 | 48.00 |
| 05/17/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.70 | 160.00 | 432.00 |
| 05/17/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.60 | 160.00 | 416.00 |

XRoads Solutions Group
Administration - Time Detail

Page    35

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/17/05 | Liu, A. | BK-Claims | Created and finalized the analysis on impact of change of date period for scenario #1 (move period up 1 day) and scenario #2 (add a day for 11 days) | 1.90 | 160.00 | 304.00 |
| 05/17/05 | Liu, A. | BK-Claims | Drafted correspondence to E. Gordon (XRoads) with the table of the analysis of impact in change of days in 2 different scenarios with notes | 0.20 | 160.00 | 32.00 |
| 05/18/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.10 | 160.00 | 336.00 |
| 05/18/05 | Liu, A. | BK-Claims | Updated reclamation claims with additional notes, questions on discrepancies, and correction of dates of reclamation demand and other claim information after final quality control review | 0.20 | 160.00 | 32.00 |
| 05/18/05 | Liu, A. | BK-Claims | Backed up completed reclamation claims into shared drive for storage and sharing of files | 0.30 | 160.00 | 48.00 |
| 05/18/05 | Liu, A. | BK-Claims | Drafted correspondence to Skadden subsets 3-5 of reconciled reclamation claim with cover memo and notes for review and additional analysis | 0.70 | 160.00 | 112.00 |
| 05/18/05 | Liu, A. | BK-Claims | Created and finalized the breakdown of prepetition AR credits for the sample group of reclamation claimants | 0.60 | 160.00 | 96.00 |
| 05/18/05 | Liu, A. | BK-Claims | Drafted correspondence to E. Gordon, H Etlin (XRoads) and F Hubbard (Blackstone) table of the breakdown of AR credits for the sample group of reclamation claimants with cover memo and notes | 0.10 | 160.00 | 16.00 |

XRoads Solutions Group
Administration - Time Detail

Page    36

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/18/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for Russell Stovers with additional AP information from the DSD department at Winn-Dixie | 1.20 | 160.00 | 192.00 |
| 05/18/05 | Liu, A. | BK-Claims | Reconciled reclamation claim Krispy Kreme Corporation with additional AP information from the DSD department at Winn-Dixie | 1.70 | 160.00 | 272.00 |
| 05/18/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for Krispy Kreme of South Florida with additional AP information from the DSD department at Winn-Dixie | 1.10 | 160.00 | 176.00 |
| 05/18/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for Dreyers/Eddy's with additional AP information from the DSD department at Winn-Dixie | 1.30 | 160.00 | 208.00 |
| 05/18/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 1.70 | 160.00 | 272.00 |
| 05/19/05 | Liu, A. | BK-Claims | Meeting with E. Gordon, B. Young, and T. Wuertz (XRoads) regarding status of reclamation claim, extension of reclamation report filing, work plan, and need to finish unresolved portion of claims | 0.70 | 160.00 | 112.00 |
| 05/19/05 | Liu, A. | BK-Claims | Created and finalized exhibits for the reconciled (undisputed) invoices to be attached with letter and check | 0.80 | 160.00 | 128.00 |
| 05/19/05 | Liu, A. | BK-Claims | Discussed with S Toussi (Skadden) regarding final draft of reconciled (undisputed) payments, need to attach exhibits with each check, special request for particular claimants on check payment, and final work plan to finish off disputed portion of PACA claim | 0.40 | 160.00 | 64.00 |

XRoads Solutions Group
Administration - Time Detail

Page    37

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/19/05 | Liu, A. | BK-Claims | Drafted correspondence to T. Nelson and D. Brown (Winn-Dixie) addresses for payments to vendors with reconciled (undisputed) invoices and special handling requests | 0.30 | 160.00 | 48.00 |
| 05/19/05 | Liu, A. | BK-Claims | Drafted correspondence to Skadden subsets 6-8 of reconciled reclamation claim with cover memo and notes for review and additional analysis | 0.60 | 160.00 | 96.00 |
| 05/19/05 | Liu, A. | BK-Claims | Analyzed disputed portions of Frieda's PACA claim with additional backups from claimant | 0.20 | 160.00 | 32.00 |
| 05/19/05 | Liu, A. | BK-Claims | Updated PACA claim of Frieda's with additional notes from submitted backups for disputed portion | 0.10 | 160.00 | 16.00 |
| 05/19/05 | Liu, A. | BK-Claims | Drafted correspondence to S Toussi (Skadden) with updated PACA claim of Frieda's for review | 0.20 | 160.00 | 32.00 |
| 05/19/05 | Liu, A. | BK-Claims | Analyzed disputed portions of the PACA claim of Fresh Express with additional backups from claimant | 0.70 | 160.00 | 112.00 |
| 05/19/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.20 | 160.00 | 352.00 |
| 05/19/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.40 | 160.00 | 384.00 |
| 05/19/05 | Liu, A. | BK-Claims | Updated reclamation claims with additional notes, questions on discrepancies, and correction of dates of reclamation demand and other claim | 0.40 | 160.00 | 64.00 |

XRoads Solutions Group
Administration - Time Detail

Page    38

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| | | | information after final quality control review | | | |
| 05/19/05 | Liu, A. | BK-Claims | Backed up completed reclamation claims into shared drive for storage and sharing o files | 0.30 | 160.00 | 48.00 |
| 05/19/05 | Liu, A. | BK-Claims | Updated PACA claim of Fresh Express with additional notes from submitted backups for disputed portion | 0.50 | 160.00 | 80.00 |
| 05/19/05 | Liu, A. | BK-Claims | Drafted correspondence to S Toussi (Skadden) with updated PACA claim of Fresh Express for review | 0.30 | 160.00 | 48.00 |
| 05/19/05 | Liu, A. | BK-Claims | Analyzed disputed portions of the PACA claim from DLJ with additional correspondence write up from claimant | 0.30 | 160.00 | 48.00 |
| 05/19/05 | Liu, A. | BK-Claims | Drafted correspondence to S Toussi (Skadden) with a response to disputed claim by DLJ | 0.10 | 160.00 | 16.00 |
| 05/22/05 | Liu, A. | BK-Claims | Emailed M Salem updated PACA claim payments weekly summary and to-date summary with notes and estimates of upcoming payments and dates | 0.20 | 160.00 | 32.00 |
| 05/22/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 2.10 | 160.00 | 336.00 |
| 05/22/05 | Liu, A. | BK-Claims | Update reclamation claims with change requests from Skadden with correct demand date and footnotes | 1.20 | 160.00 | 192.00 |
| 05/22/05 | Liu, A. | BK-Claims | Analyzed update requests from Skadden regarding first subsets of reclamation claims | 0.20 | 160.00 | 32.00 |
| 05/23/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of | 1.80 | 160.00 | 288.00 |

XRoads Solutions Group
Administration - Time Detail

Page    39

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|------|
| | | | reclamation demand, and review of reconciliations | | | |
| 05/23/05 | Liu, A. | BK-Claims | Emailed S Toussi regarding the status of Fresh Express and disputed invoices that are outstanding | 0.20 | 160.00 | 32.00 |
| 05/23/05 | Liu, A. | BK-Claims | Transferred completed reclamation claims into Need C shared drive for quality control by T. Wuertz and B. Young (XRoads) | 0.60 | 160.00 | 96.00 |
| 05/23/05 | Liu, A. | BK-Claims | Discussed with S Toussi (Skadden) regarding DLJ Produce and payment of final discrepancies | 0.40 | 160.00 | 64.00 |
| 05/23/05 | Liu, A. | BK-Claims | Prepared correspondence for T. Wuertz (XRoads) regarding status of reclamation claim conversion and work plan for the week with PACA and reclamation claims | 0.20 | 160.00 | 32.00 |
| 05/23/05 | Liu, A. | BK-Claims | Discussed with R DeSchong (Winn-Dixie) regarding AR allowances and ways to obtain contracts with referral to another individual for more information | 0.20 | 160.00 | 32.00 |
| 05/23/05 | Liu, A. | BK-Claims | Zipped converted reclamation claims for transfer to share drive | 0.10 | 160.00 | 16.00 |
| 05/23/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 1.50 | 160.00 | 240.00 |
| 05/24/05 | Liu, A. | BK-Claims | Updated PACA claim for Rosemont Farms with notes and changes in claim status | 0.50 | 160.00 | 80.00 |
| 05/24/05 | Liu, A. | BK-Claims | Discussed with D Flick (Winn-Dixie) regarding AR allowances and ways to obtain contracts | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Administration - Time Detail

Page    40

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/24/05 | Liu, A. | BK-Claims | Drafted correspondence to D Flick (Winn-Dixie) regarding sample claimants and requests for agreements or contracts on slotting allowances | 0.10 | 160.00 | 16.00 |
| 05/24/05 | Liu, A. | BK-Claims | Emailed E Gordon updated PACA claim for Rosemont Farms with notes and reconciled claims ready for settlement | 0.10 | 160.00 | 16.00 |
| 05/24/05 | Liu, A. | BK-Claims | Conference call with T. Wuertz and E Gordon (XRoads) regarding General Mills and other inquiries for sample claimants | 0.80 | 160.00 | 128.00 |
| 05/24/05 | Liu, A. | BK-Claims | Updated reclamation claim for General Mills to address additional research on received dates and discrepancies in reclamation periods | 0.30 | 160.00 | 48.00 |
| 05/24/05 | Liu, A. | BK-Claims | Researched on MetaViewer regarding receive date for General Mills with copies of signed PODs | 0.20 | 160.00 | 32.00 |
| 05/24/05 | Liu, A. | BK-Claims | Analyzed incoming PODs by Dole Fresh Fruits for discrepancies of PACA claims and additional claims | 1.20 | 160.00 | 192.00 |
| 05/24/05 | Liu, A. | BK-Claims | Researched on MetaViewer and PeopleSoft AP regarding discrepancies with submitted PODs from Dole Fresh Fruits | 2.60 | 160.00 | 416.00 |
| 05/24/05 | Liu, A. | BK-Claims | Updated PACA claim for Dole Fresh Fruits with notes and changes in claim status | 1.20 | 160.00 | 192.00 |
| 05/24/05 | Liu, A. | BK-Claims | Emailed E Lane regarding updated PACA claim of Dole Fresh Fruits with notes | 0.20 | 160.00 | 32.00 |
| 05/24/05 | Liu, A. | BK-Claims | Continued to convert completed reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 1.30 | 160.00 | 208.00 |

XRoads Solutions Group
Administration - Time Detail

Page    41

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/24/05 | Liu, A. | BK-Claims | Discussed with S Toussi (Skadden) regarding pending payments to DLJ Produce and Fresh Express with specific instructions on checks | 0.40 | 160.00 | 64.00 |
| 05/24/05 | Liu, A. | BK-Claims | Completed the conversion of reclamation reconciliations into standard templates with notes on disputed amounts, correct client names, date of reclamation demand, and review of reconciliations | 1.70 | 160.00 | 272.00 |
| 05/24/05 | Liu, A. | BK-Claims | Transferred completed reclamation claims into Need C shared drive for quality control by T. Wuertz and B. Young (XRoads) | 0.40 | 160.00 | 64.00 |
| 05/24/05 | Liu, A. | BK-Claims | Analyzed incoming PODs by Rosemonts for final discrepancies of PACA claims and additional claims | 0.40 | 160.00 | 64.00 |
| 05/24/05 | Liu, A. | BK-Claims | Researched on MetaViewer and People Soft AP regarding final discrepancies with submitted PODs from Rosemonts | 0.80 | 160.00 | 128.00 |
| 05/25/05 | Liu, A. | BK-Claims | Discussed with D Flick (Winn-Dixie) regarding status of contracts/agreements for AR allowances and instructions of sending files to E Gordon | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Liu, A. | BK-Claims | Drafted correspondence to Skadden subsets 10 of reconciled reclamation claim with cover memo and notes for review and additional analysis | 0.70 | 160.00 | 112.00 |
| 05/25/05 | Liu, A. | BK-Claims | Drafted correspondence to S Toussi (Skadden) regarding remaining discrepancies in the PACA claim for Fresh Express | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Liu, A. | BK-Claims | Updated reclamation claims with correct information from quality control discrepancies from T. Wuertz and B. Young (XRoads) | 0.40 | 160.00 | 64.00 |

XRoads Solutions Group
Administration - Time Detail

Page    42

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/25/05 | Liu, A. | BK-Claims | Discussed with T Nelson (Winn-Dixie) regarding payments for Fresh Express and DLJ Produce | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Updated PACA claim for Heinz to include settled amount for PACA qualified items within claim | 0.30 | 160.00 | 48.00 |
| 05/25/05 | Liu, A. | BK-Claims | Completed settlement of PACA claim for Rosemont Farms ready for payment with additional notes | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Reconciled Schwan Consumer Goods with additional Winn-Dixie DSD open balance and scan-based transaction payments | 1.10 | 160.00 | 176.00 |
| 05/25/05 | Liu, A. | BK-Claims | Drafted correspondence to Skadden subsets 9 of reconciled reclamation claim with cover memo and notes for review and additional analysis | 0.60 | 160.00 | 96.00 |
| 05/25/05 | Liu, A. | BK-Claims | Prepared correspondence for T. Wuertz (XRoads) updated Schwan Consumer Goods with cover memo and notes | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for GlaxoKlineSmith with received dates and notes of discrepancy | 0.40 | 160.00 | 64.00 |
| 05/25/05 | Liu, A. | BK-Claims | Analyzed incoming PODs by Dole Fresh Vegetables for discrepancies of PACA claims and additional claims | 0.70 | 160.00 | 112.00 |
| 05/25/05 | Liu, A. | BK-Claims | Updated PACA payments for weekly and to-date summary | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Liu, A. | BK-Claims | Researched on MetaViewer and PeopleSoft AP regarding discrepancies with submitted PODs from Dole Fresh Vegetables | 2.10 | 160.00 | 336.00 |
| 05/25/05 | Liu, A. | BK-Claims | Updated PACA claim for Dole Fresh Vegetables with notes and changes in claim status | 0.90 | 160.00 | 144.00 |

XRoads Solutions Group
Administration - Time Detail

Page    43

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/25/05 | Liu, A. | BK-Claims | Emailed E Lane regarding updated PACA claim of Dole Fresh Vegetables with notes | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Liu, A. | BK-Claims | Analyzed incoming PODs by Incredible Fresh for additional PACA claims | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Liu, A. | BK-Claims | Researched on MetaViewer and People Soft AP regarding additional claims with submitted PODs from Incredible Fresh | 0.60 | 160.00 | 96.00 |
| 05/25/05 | Liu, A. | BK-Claims | Updated PACA claim for Incredible Fresh with notes and changes in claim status | 0.30 | 160.00 | 48.00 |
| 05/25/05 | Liu, A. | BK-Claims | Emailed E Lane regarding updated PACA claim of Incredible Fresh with notes | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Analyzed incoming PODs by Imports Unlimited for additional PACA claims | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Researched on MetaViewer and PeopleSoft AP regarding additional claims with submitted PODs from Imports Unlimited | 0.30 | 160.00 | 48.00 |
| 05/25/05 | Liu, A. | BK-Claims | Updated PACA claim for Imports Unlimited with notes and changes in claim status | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Emailed E Lane regarding updated PACA claim of Imports Unlimited with notes | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Completed settlement of PACA claim for additional claim filed by Incredible Fresh for payment | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Emailed Winn-Dixie accounting department for PACA claim amounts ready for payments with cover memo and notes | 0.10 | 160.00 | 16.00 |
| 05/25/05 | Liu, A. | BK-Claims | Completed settlement of PACA claim for additional claim filed by Imports Unlimited for payment | 0.10 | 160.00 | 16.00 |

XRoads Solutions Group
Administration - Time Detail

Page    44

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/26/05 | Liu, A. | BK-Claims | Estimated remaining potential PACA claim payments | 0.20 | 160.00 | 32.00 |
| 05/26/05 | Liu, A. | BK-Claims | Started reconciliation of reclamation claim for Land O Sun with claimant's data | 0.60 | 160.00 | 96.00 |
| 05/26/05 | Liu, A. | BK-Claims | Started reconciliation of reclamation claim for McArthur Dairies with claimant's data | 0.80 | 160.00 | 128.00 |
| 05/26/05 | Liu, A. | BK-Claims | Emailed E Gordon PACA claim payments for weekly and to-date summary with estimation of remaining payments | 0.10 | 160.00 | 16.00 |
| 05/26/05 | Liu, A. | BK-Claims | Reviewed discrepancy notes from Skadden for correction of reclamation claims | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims with correct demand date and additional notes from discrepancy notes from Skadden | 0.70 | 160.00 | 112.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims for Hobart Corporation with additional claims and notes of discrepancies | 0.60 | 160.00 | 96.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims for Del Laboratories with additional claims and notes of discrepancies | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Started reconciliation of reclamation claim for Barber Milk with claimant's data | 0.40 | 160.00 | 64.00 |
| 05/26/05 | Liu, A. | BK-Claims | Reviewed discrepancy notes and inquiries from Frito Lay | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Reviewed discrepancy notes and inquiries from Kraft Foods | 0.60 | 160.00 | 96.00 |
| 05/26/05 | Liu, A. | BK-Claims | Created list of sample reclamation claimants with the Winn-Dixie AP codes | 0.40 | 160.00 | 64.00 |
| 05/26/05 | Liu, A. | BK-Claims | Started reconciliation of reclamation claim for Purity Dairies with claimant's data | 0.70 | 160.00 | 112.00 |

XRoads Solutions Group
Administration - Time Detail

Page    45

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/26/05 | Liu, A. | BK-Claims | Drafted correspondence to Skadden with updated reclamation claims from subsets 4-8 to address discrepancies noted by Skadden | 0.40 | 160.00 | 64.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims for Del Pharmaceuticals with additional claims and notes of discrepancies | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for Sanford LP with received dates and notes of discrepancy | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Conference call with E Gordon, M Perreault, T Wuertz, D Bryant (XRoads), E Britton and R. DeSchong (Winn-Dixie) regarding detail breakdown of AR and AP credits and backups needed | 0.60 | 160.00 | 96.00 |
| 05/26/05 | Liu, A. | BK-Claims | Conference call with E. Gordon, M. Perreault, and T. Wuertz (XRoads) regarding Winn-Dixie data integrity, issues, and sources and addressing sample 22 claimants' questions and issues | 0.80 | 160.00 | 128.00 |
| 05/26/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for Ralston Foods with received dates and notes of discrepancy | 0.40 | 160.00 | 64.00 |
| 05/26/05 | Liu, A. | BK-Claims | Discussed with T. Wuertz (XRoads) regarding incomplete reconciliation analysis and missing hard copies of reclamation demand letter | 0.20 | 160.00 | 32.00 |
| 05/26/05 | Liu, A. | BK-Claims | Backed up all completed reclamation reconciliation into shared drive for cross reference to master list | 0.60 | 160.00 | 96.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated Miss Becky's Seafood reclamation claim to include a larger claim filed and notes despite all additional claims falling outside reclamation window | 0.60 | 160.00 | 96.00 |

XRoads Solutions Group
Administration - Time Detail

Page    46

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/26/05 | Liu, A. | BK-Claims | Drafted correspondence to T Nelson and D Brown (Winn-Dixie) confirmation of addresses for PACA claims for today and Friday with additional notes on notification letter | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims for Gruma Corporation with additional claims and notes of discrepancies | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims for Evercare Corporation with additional claims and notes of discrepancies | 0.20 | 160.00 | 32.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated reclamation claims for Reddy Ice with additional claims and notes of discrepancies | 0.30 | 160.00 | 48.00 |
| 05/26/05 | Liu, A. | BK-Claims | Updated PACA payments for weekly and to-date summary | 0.20 | 160.00 | 32.00 |
| 05/26/05 | Liu, A. | BK-Claims | Discussed with M. Salem (XRoads) regarding any upcoming disbursements for wither PACA or reclamation claims | 0.20 | 160.00 | 32.00 |
| 05/26/05 | Liu, A. | BK-Claims | Emailed Winn-Dixie accounting department for PACA claim amounts ready for payments with cover memo and notes | 0.20 | 160.00 | 32.00 |
| 05/26/05 | Liu, A. | BK-Claims | Started reconciliation of reclamation claim for Southern Foods with claimant's data | 0.60 | 160.00 | 96.00 |
| 05/27/05 | Liu, A. | BK-Claims | Reviewed open reclamation claims file sent by T. Wuertz (XRoads) | 0.30 | 160.00 | 48.00 |
| 05/27/05 | Liu, A. | BK-Claims | Reconciled reclamation claim for Morningstar Foods with received dates and notes of discrepancy | 1.30 | 160.00 | 208.00 |

Total: Liu, A.

210.10          33,616.00

XRoads Solutions Group
Administration - Time Detail

Page    47

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| User: Lyons, E. | | | | | | |
| 05/06/05 | Lyons, E. | BK-Case Administration | Completed a quality control review of Winn-Dixie April expense entries to ensure compliance with UST guidelines and XRoads policy and procedures. | 1.50 | 160.00 | 240.00 |
| 05/09/05 | Lyons, E. | BK-Case Administration | Updated weekly forecast of professional fees and expenses model for discussion with Winn-Dixie management. | 2.00 | 160.00 | 320.00 |
| 05/13/05 | Lyons, E. | BK-Case Administration | Completed a quality control review of Winn-Dixie April lodging expense entries to ensure compliance with UST guidelines and XRoads policy and procedures. | 1.00 | 160.00 | 160.00 |
| 05/16/05 | Lyons, E. | BK-Case Administration | Updated weekly forecast of professional fees and expenses model for discussion with Winn-Dixie management. | 1.70 | 160.00 | 272.00 |
| 05/19/05 | Lyons, E. | BK-Case Administration | Drafted narrative portion of expense section of April monthly fee statement for actual results. | 1.50 | 160.00 | 240.00 |
| 05/19/05 | Lyons, E. | BK-Case Administration | Continue to review  Winn-Dixie April expenses to be included monthly fee statement to ensure compliance with UST guidelines and XRoads policy and procedures. | 2.50 | 160.00 | 400.00 |
| 05/20/05 | Lyons, E. | BK-Case Administration | Quality control review of transportation cost charged to Winn-Dixie.  Voluntarily reduced charges to estate on monthly fee statement | 1.50 | 160.00 | 240.00 |
| 05/20/05 | Lyons, E. | BK-Case Administration | Final review of final draft of April fee statement prior to distribution to notice list | 2.50 | 160.00 | 400.00 |
| 05/23/05 | Lyons, E. | BK-Case Administration | Updated weekly forecast of professional fees and expenses model for discussion with Winn-Dixie management. | 1.90 | 160.00 | 304.00 |
| 05/25/05 | Lyons, E. | BK-Case Administration | Updated timeline for filing deadlines and quality control review of professional fee and expense information | 2.50 | 160.00 | 400.00 |

XRoads Solutions Group
Administration - Time Detail

Page     48

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| | | | | | | |
| Total: Lyons, E. | | | | 18.60 | | 2,976.00 |
| | | | | | | |
| User: Naegely, P. | | | | | | |
| 05/02/05 | Naegely, P. | BK-Case Administration | Telephone conference with Angela/First Legal Support Services regarding scanning of PACA and Reclamation Claims | 0.20 | 160.00 | 32.00 |
| 05/02/05 | Naegely, P. | BK-Case Administration | Telephone conference with John Glover/Elite Document Production regarding scanning of PACA and Reclamation Claims | 0.30 | 160.00 | 48.00 |
| 05/02/05 | Naegely, P. | BK-Case Administration | Telephone conference with John Glover/Elite Document Production regarding scanning of PACA and Reclamation Claims | 0.30 | 160.00 | 48.00 |
| 05/02/05 | Naegely, P. | BK-Case Administration | Telephone conference with Clay Croft/Downtown Business Center regarding scanning of PACA and Reclamation Claims | 0.10 | 160.00 | 16.00 |
| 05/02/05 | Naegely, P. | BK-Case Administration | Telephone conference with Aphay Liu regarding outsourcing scanning of Paca and Reclamation Claims | 0.10 | 160.00 | 16.00 |
| 05/03/05 | Naegely, P. | BK-Claims | Telephone conferences with Clay Croft/Downtown Business Center, Ellen Gordon, A. Liu and Elaine Lane regarding scanning of PACA and Reclamation claims | 1.10 | 160.00 | 176.00 |
| 05/16/05 | Naegely, P. | BK-Claims | Telephone conference with Elaine Lane regarding billing from Downtown Business Center for scanning of PACA and reclamation claims | 0.20 | 160.00 | 32.00 |
| 05/17/05 | Naegely, P. | BK-Claims | Telephone conference with Clay Cross (Downtown Business Center) regarding billing for scanning of PACA and reclamation claims | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Administration - Time Detail

Page      49

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/18/05 | Naegely, P. | BK-Case Administration | Preparation of correspondence to Clay Cross/Downtown Business Center regarding billing instructions | 0.10 | 160.00 | 16.00 |
| 05/24/05 | Naegely, P. | BK-Case Administration | Review fed ex package from Clay Cross/Downtown Business Centers regarding scanning of PACA and reclamation claims | 0.30 | 160.00 | 48.00 |
| 05/25/05 | Naegely, P. | BK-Case Administration | Conference with Ellen Gordon regarding calendaring issues | 0.20 | 160.00 | 32.00 |
| 05/25/05 | Naegely, P. | BK-Claims | Docket review for objections to PACA report | 0.40 | 160.00 | 64.00 |
| 05/25/05 | Naegely, P. | BK-Claims | Conference with Ellen Gordon regarding objection to PACA report | 0.10 | 160.00 | 16.00 |
| 05/26/05 | Naegely, P. | BK-Claims | Review docket for PACA related pleadings | 0.80 | 160.00 | 128.00 |
| 05/26/05 | Naegely, P. | BK-Claims | Preparation of correspondence to L. Bonache (Skadden) regarding addition to distribution list for case calendar information | 0.10 | 160.00 | 16.00 |
| 05/26/05 | Naegely, P. | BK-Claims | Preparation of correspondence to L. Bonache (Skadden) regarding addition to distribution list for case calendar information | 0.10 | 160.00 | 16.00 |
| 05/26/05 | Naegely, P. | BK-Case Administration | Conference with Jessica Millette regarding monitoring of docket and updating department calendars regarding same | 0.40 | 160.00 | 64.00 |
| 05/26/05 | Naegely, P. | BK-Claims | Review correspondence from E. Gordon (XRoads) regarding case information received from L. Bonachea/Skadden Arps | 0.10 | 160.00 | 16.00 |
| 05/27/05 | Naegely, P. | BK-Case Administration | Telephone conference with Jessica Millette regarding monitoring and calendaring of docket | 0.20 | 160.00 | 32.00 |
| 05/27/05 | Naegely, P. | BK-Case Administration | Review correspondence from E. Gordon (XRoads) regarding case calendaring | 0.10 | 160.00 | 16.00 |

XRoads Solutions Group
Administration - Time Detail

Page    50

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| Total: Naegely, P. | | | | 5.40 | | 864.00 |
| | | | | | | |
| User: Ruhl, D. | | | | | | |
| 05/04/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie database work with T. Wuertz (XRoads) | 1.50 | 100.00 | 150.00 |
| 05/05/05 | Ruhl, D. | BK-Case Administration | Extracted invoice data from Access database, exported and inserted it into existing Excel files for 80 companies. | 5.00 | 100.00 | 500.00 |
| 05/06/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Extracted invoice data from Access database, exported and inserted it into existing Excel files for 27 companies. | 1.50 | 100.00 | 150.00 |
| 05/09/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Extracted invoice data from Access database, exported and inserted it into existing Excel files for 14 companies. | 1.00 | 100.00 | 100.00 |
| 05/10/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Extracted invoice data from Access database, exported and inserted it into existing Excel files for 7 companies. | 0.50 | 100.00 | 50.00 |
| 05/12/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Continued work with invoice data (69 companies). | 6.00 | 100.00 | 600.00 |
| 05/13/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Continued work with invoice data (47 companies). | 4.00 | 100.00 | 400.00 |
| 05/16/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Continued work with invoice data.  Had to fill in the both the Invoice and AP data for many of them so it took longer than usual (34 companies - 6 hours). | 6.00 | 100.00 | 600.00 |
| 05/17/05 | Ruhl, D. | BK-Case Administration | Winn-Dixie: Continued work with invoice data (11 companies - 2 hours). | 2.00 | 100.00 | 200.00 |
| | | | | | | |
| Total: Ruhl, D. | | | | 27.50 | | 2,750.00 |

XRoads Solutions Group
Administration - Time Detail

Page    51

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| User: Young, B. | | | | | | |
| 05/04/05 | Young, B. | BK-Claims | Continued to reconcile 14 reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/04/05 | Young, B. | BK-Claims | Assisted T. Wuertz (XRoads) with Schedule F analysis. | 0.70 | 160.00 | 112.00 |
| 05/04/05 | Young, B. | BK-Claims | Met with T. Diaz (Winn-Dixie) regarding Hobart claims | 0.30 | 160.00 | 48.00 |
| 05/04/05 | Young, B. | BK-Case Administration | Winn-Dixie Team Meeting | 0.80 | 160.00 | 128.00 |
| 05/04/05 | Young, B. | BK-Claims | Reconciled 14 reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/05/05 | Young, B. | BK-Claims | Worked and populated reclamation claims data. | 1.90 | 160.00 | 304.00 |
| 05/05/05 | Young, B. | BK-Claims | Analyze and reconcile reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/05/05 | Young, B. | BK-Claims | Continued to reconcile reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/06/05 | Young, B. | BK-Claims | Researched and analyzed reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/06/05 | Young, B. | BK-Claims | Continued to research and analyze reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/10/05 | Young, B. | BK-Claims | Worked on "Problem" folder reclamation claims. | 2.10 | 160.00 | 336.00 |
| 05/10/05 | Young, B. | BK-Claims | Continued to analyze and reconcile reclamation claims. | 1.70 | 160.00 | 272.00 |
| 05/10/05 | Young, B. | BK-Claims | Analyzed and reconciled reclamation claims. | 1.80 | 160.00 | 288.00 |
| 05/10/05 | Young, B. | BK-Claims | Continued to research reclamation claims. | 2.10 | 160.00 | 336.00 |
| 05/10/05 | Young, B. | BK-Claims | Researched reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/10/05 | Young, B. | BK-Claims | Met with S. Henry (Skadden), E. Gordon, T. Wuertz, E. Lane, and A. Liu (XRoads) regarding claims and next steps. | 1.00 | 160.00 | 160.00 |

XRoads Solutions Group
Administration - Time Detail

Page    52

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/11/05 | Young, B. | BK-Claims | Reconciled reclamation claims. | 1.90 | 160.00 | 304.00 |
| 05/11/05 | Young, B. | BK-Claims | Continued to reconcile and work on reclamation claims. | 2.00 | 160.00 | 320.00 |
| 05/11/05 | Young, B. | BK-Claims | Researched new reclamation claims. | 0.60 | 160.00 | 96.00 |
| 05/12/05 | Young, B. | BK-Claims | Researched and analyzed reclamation claims. | 1.80 | 160.00 | 288.00 |
| 05/12/05 | Young, B. | BK-Claims | Continued to research and analyze reclamation claims. | 1.70 | 160.00 | 272.00 |
| 05/12/05 | Young, B. | BK-Claims | Reconciled reclamation claims. | 2.10 | 160.00 | 336.00 |
| 05/12/05 | Young, B. | BK-Claims | Continued to reconcile reclamation claims. | 1.50 | 160.00 | 240.00 |
| 05/12/05 | Young, B. | BK-Claims | Further researched reclamation claims. | 2.30 | 160.00 | 368.00 |
| 05/13/05 | Young, B. | BK-Claims | Met with E. Britton (Accounting Manager of Winn-Dixie) and T. Wuertz (XRoads) regarding claims and additional staffing for the weekend. | 0.40 | 160.00 | 64.00 |
| 05/13/05 | Young, B. | BK-Claims | Reconciled reclamation claims. | 1.80 | 160.00 | 288.00 |
| 05/13/05 | Young, B. | BK-Claims | Researched reclamation claims. | 1.60 | 160.00 | 256.00 |
| 05/13/05 | Young, B. | BK-Claims | Continued to research reclamation claims. | 2.20 | 160.00 | 352.00 |
| 05/13/05 | Young, B. | BK-Claims | Continued to reconcile reclamation claims. | 2.00 | 160.00 | 320.00 |
| 05/13/05 | Young, B. | BK-Claims | Analyzed reclamation claims. | 2.20 | 160.00 | 352.00 |
| 05/14/05 | Young, B. | BK-Claims | Researched and analyzed reclamation claims. | 2.40 | 160.00 | 384.00 |
| 05/14/05 | Young, B. | BK-Claims | Continued to research and analyze reclamation claims. | 1.30 | 160.00 | 208.00 |
| 05/14/05 | Young, B. | BK-Claims | Worked with Jerry Burns and his group on reclamation claims. | 1.60 | 160.00 | 256.00 |

XRoads Solutions Group
Administration - Time Detail

Page    53

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|--------------|----------|-------------|-------|------|--------|
| 05/15/05 | Young, B. | BK-Claims | Worked on reconciling reclamation claims. | 2.00 | 160.00 | 320.00 |
| 05/15/05 | Young, B. | BK-Claims | Continued to work on reconciling reclamation claims. | 1.80 | 160.00 | 288.00 |
| 05/15/05 | Young, B. | BK-Claims | Researched and analyzed reclamation claims. | 2.20 | 160.00 | 352.00 |
| 05/15/05 | Young, B. | BK-Claims | Continued to research and analyze reclamation claims. | 1.60 | 160.00 | 256.00 |
| 05/16/05 | Young, B. | BK-Claims | Met with J. Burr, T Diaz, S. Schuchard, and accounts payable ladies (Winn-Dixie) regarding issues with reclamation claims. | 1.70 | 160.00 | 272.00 |
| 05/16/05 | Young, B. | BK-Claims | Work on reclamation claims reconciliation. | 1.80 | 160.00 | 288.00 |
| 05/16/05 | Young, B. | BK-Claims | Continued to work on reclamation claims reconciliation. | 2.00 | 160.00 | 320.00 |
| 05/16/05 | Young, B. | BK-Claims | Further researched on problem reclamation claims. | 1.70 | 160.00 | 272.00 |
| 05/16/05 | Young, B. | BK-Claims | Continued to further researched on problem reclamation claims. | 2.10 | 160.00 | 336.00 |
| 05/17/05 | Young, B. | BK-Claims | Reviewed 31 reclamation claims for quality control. | 1.10 | 160.00 | 176.00 |
| 05/17/05 | Young, B. | BK-Claims | Analyzed reclamation claims. | 1.40 | 160.00 | 224.00 |
| 05/17/05 | Young, B. | BK-Claims | Researched reclamation claims with J. Burr | 0.80 | 160.00 | 128.00 |
| 05/17/05 | Young, B. | BK-Claims | Continued to work on reclamation claims reconciliation. | 2.30 | 160.00 | 368.00 |
| 05/17/05 | Young, B. | BK-Claims | Worked on reclamation claims reconciliation. | 1.50 | 160.00 | 240.00 |
| 05/17/05 | Young, B. | BK-Claims | Continued to analyze reclamation claims. | 2.40 | 160.00 | 384.00 |

XRoads Solutions Group
Administration - Time Detail

Page    54

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/17/05 | Young, B. | BK-Claims | Discussion with T. Wuertz and E. Lane (XRoads) regarding new reclamation claims and next steps. | 0.60 | 160.00 | 96.00 |
| 05/18/05 | Young, B. | BK-Claims | Worked on reclamation claims reconciliation. | 1.80 | 160.00 | 288.00 |
| 05/18/05 | Young, B. | BK-Claims | Continued to work on reclamation claims reconciliation. | 2.00 | 160.00 | 320.00 |
| 05/18/05 | Young, B. | BK-Claims | Researched and analyzed reclamation claims. | 1.60 | 160.00 | 256.00 |
| 05/18/05 | Young, B. | BK-Claims | Continued to review reclamation claims for quality control. | 2.10 | 160.00 | 336.00 |
| 05/18/05 | Young, B. | BK-Claims | Discussion with T. Wuertz (XRoads) regarding reclamation claims and next steps. | 2.20 | 160.00 | 352.00 |
| 05/18/05 | Young, B. | BK-Claims | Reviewed reclamation claims for quality control. | 1.70 | 160.00 | 272.00 |
| 05/19/05 | Young, B. | BK-Claims | Continued to review reclamation claims for quality control. | 1.80 | 160.00 | 288.00 |
| 05/19/05 | Young, B. | BK-Claims | Worked on reclamation claims. | 2.50 | 160.00 | 400.00 |
| 05/19/05 | Young, B. | BK-Claims | Continued to work on reclamation claims. | 1.30 | 160.00 | 208.00 |
| 05/19/05 | Young, B. | BK-Claims | Reviewed reclamation claims for quality control. | 1.60 | 160.00 | 256.00 |
| 05/19/05 | Young, B. | BK-Claims | Discussion with E. Gordon, T. Wuertz and A. Liu (XRoads) regarding reclamation claims and updates. | 0.70 | 160.00 | 112.00 |
| 05/20/05 | Young, B. | BK-Claims | Assisted E. Gordon with the 22 Sample Group Reclamation Claims analysis. | 1.10 | 160.00 | 176.00 |
| 05/20/05 | Young, B. | BK-Claims | Researched reclamation claims. | 1.70 | 160.00 | 272.00 |
| 05/20/05 | Young, B. | BK-Claims | Analyzed reclamation claims. | 1.60 | 160.00 | 256.00 |

XRoads Solutions Group
Administration - Time Detail

Page    55

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|------|-------------|----------|-------------|-------|------|--------|
| 05/20/05 | Young, B. | BK-Claims | Researched Dole Fresh Vegetables and Dole Fresh Fruit Company payments status.  Responded to S. Toussi (Skadden) regarding: same. | 0.80 | 160.00 | 128.00 |
| 05/20/05 | Young, B. | BK-Claims | Continued to analyze reclamation claims. | 1.40 | 160.00 | 224.00 |
| 05/20/05 | Young, B. | BK-Claims | Researched and responded to T. Matz (Skadden) regarding reclamation demand issues for The Great Fish Company, Schering Plough Heathcare Products, Schwan's Bakery, C.F. Sauer, and Minute Maid. | 2.10 | 160.00 | 336.00 |
| 05/25/05 | Young, B. | BK-Accounting | Reviewed reclamation claims for quality control. | 2.10 | 160.00 | 336.00 |
| 05/25/05 | Young, B. | BK-Accounting | Continued to review reclamation claims for quality control. | 1.90 | 160.00 | 304.00 |
| 05/25/05 | Young, B. | BK-Accounting | Meeting with T. Wuertz (XRoads) regarding reclamation claims and next steps. | 0.80 | 160.00 | 128.00 |
| 05/25/05 | Young, B. | BK-Accounting | Worked on reclamation claims reconciliation. | 1.70 | 160.00 | 272.00 |

Total: Young, B.

116.60    18,656.00

Grand Total

582.50    80,558.50