XRoads Solutions Group
Expense Detail

Page 81

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 5/1/2005 | MSC | Overnight | Fed Ex from T. Shelton to A. Hightower of XRoads. | 1 | 13.89 |

Total: Overnight

1,163.08

Activity: Photocopies

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 3/11/2005 | MSC | Photocopies | Scanned Contracts - 487 pages @ $0.15 per page | 1 | 73.05 |
| 3/16/2005 | MSC | Photocopies | Scanned Contracts - 661 pages @ $0.15 per page | 1 | 99.15 |
| 3/18/2005 | MSC | Photocopies | Scanned Contracts - 1,011 pages @ $0.15 per page | 1 | 151.65 |
| 3/30/2005 | MSC | Photocopies | Scanned Contracts - 240 pages @ $0.15 per page | 1 | 36.00 |
| 4/1/2005 | MSC | Photocopies | Scanned Contracts - 610 pages @ $0.15 per page | 1 | 91.50 |
| 4/1/2005 | MSC | Photocopies | In-house photocopies - 1 page @ $0.15 per page for client purposes | 1 | 0.15 |
| 4/4/2005 | MSC | Photocopies | Scanned Contracts - 325 pages @ $0.15 per page | 1 | 48.75 |
| 4/8/2005 | MSC | Photocopies | In-house photocopies - 3 pages @ $0.15 per page | 1 | 0.45 |
| 4/8/2005 | MSC | Photocopies | In-house photocopies - 13 pages @ $0.15 per page for client purposes | 1 | 1.95 |
| 4/14/2005 | Damore, R. | Photocopies | Kinko's production cost for bank presentation materials. | 1 | 1,779.95 |
| 4/15/2005 | MSC | Photocopies | Scanned Contracts - 258 pages @ $0.15 per page | 1 | 38.70 |

XRoads Solutions Group
Expense Detail

Page    82

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 5/1/2005 | MSC | Photocopies | Photocopies (6 each) of SOFA's and schedules to counsel and other constituencies 4/08/05 | 1 | 7,944.49 |

Total: Photocopies

10,265.79

Activity: Research

| 3/24/2005 | Young, J. | Research | Shelby Publishing -- Research materials ordered at the request of D. Simon (XRoads); grocery market research specific to Southeast US. | 1 | 114.28 |

Total: Research

114.28

Activity: Supplies

| 3/3/2005 | Dennis S./AM | Supplies | Memorex Ultra speed CD-RW data storage discs. | 1 | 39.96 |

Total: Supplies

39.96

Activity: Telephone

| 2/25/2005 | Dinoff, J. | Telephone | Internet usage at Jacksonville Airport | 1 | 9.99 |
| 2/25/2005 | Dinoff, J. | Telephone | Internet usage at Airport | 1 | 9.99 |
| 3/1/2005 | MSC | Telephone | Conference call on 2/23/05 with D. Simon, J. Simon and H. Etlin (XRoads) regarding staffing the Winn-Dixie case, including file research and delivery of information regarding candidates. | 1 | 38.56 |
| 3/2/2005 | MSC | Telephone | Conference call on 3/2/05 with T. Doyle (XRoads) and UST concerning XRoads' employment by Debtor. | 1 | 28.12 |
| 3/4/2005 | Etlin, H. | Telephone | Phone usage at hotel attributable to client | 1 | 37.99 |

XRoads Solutions Group
Expense Detail

Page  83

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 3/17/2005 | Stevenson, A. | Telephone | Phone usage at hotel attributable to client | 1 | 5.30 |
| 3/21/2005 | Dinoff, J. | Telephone | Phone usage at hotel attributable to client | 1 | 10.98 |
| 3/24/2005 | Stevenson, A. | Telephone | Phone usage at hotel attributable to client | 1 | 29.85 |
| 3/29/2005 | MSC | Telephone | Conference call charges on 3/14/05 with A. Stevenson (XRoads), A&M and HLHZ regarding information requests. | 1 | 20.09 |
| 3/29/2005 | MSC | Telephone | Conference call charges on 3/23/05 with E. Gordon (XRoads), A. Martinez (UST office), R. Gray (Skadden), M. Byrum and J. Roy (Winn-Dixie) to discuss questions about the various debtor entities, banking at approved depositories, balance in accounts and reporting requirements.  Went through the memo and chart. | 1 | 59.18 |
| 3/29/2005 | MSC | Telephone | Conference call charges on 3/11/05 with P. Lynch, B. Nussbaum, J. Retamar (Winn-Dixie), A. Stevenson, H. Etlin and D. Simon (XRoads) regarding store operations footprint issues. | 1 | 39.10 |
| 4/1/2005 | MSC | Telephone | Conference call on 3/28 hosted by Alex Stevenson | 1 | 41.78 |
| 4/1/2005 | MSC | Telephone | Conference call on 3/29/05 hosted by Dennis Simon | 1 | 36.69 |
| 4/1/2005 | Naegely, P. | Telephone | Telephone usage at hotel attributable to client | 1 | 39.80 |
| 4/2/2005 | Damore, R. | Telephone | Portion of telephone charges attributable to client | 1 | 70.62 |
| 4/3/2005 | Gordon, E. | Telephone | Telephone usage at hotel attributable to client on 4/1/05 | 1 | 127.69 |
| 4/4/2005 | MSC | Telephone | Conference call on 4/4/05 hosted by Alex Stevenson | 1 | 115.96 |
| 4/6/2005 | VanderHooven | Telephone | Telephone usage at hotel attributable to client | 1 | 8.01 |

XRoads Solutions Group
Expense Detail

Page    84

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 4/8/2005 | MSC | Telephone | Conference call on 4/8 hosted by Ellen Gordon | 1 | 4.55 |
| 4/8/2005 | Wuertz, T. | Telephone | Portion of telephone charges for March attributable to client | 1 | 136.02 |
| 4/10/2005 | MSC | Telephone | Conference call on 4/10 hosted by Ellen Gordon | 1 | 29.16 |
| 4/14/2005 | Stevenson, A. | Telephone | Telephone charges applicable to Winn-Dixie | 1 | 80.00 |
| 4/15/2005 | MSC | Telephone | Conference call on 4/15 hosted by Dennis Simon | 1 | 85.16 |
| 4/15/2005 | MSC | Telephone | Conference call on 4/15 hosted by Dennis Simon | 1 | 51.69 |
| 4/17/2005 | Boucher, C. | Telephone | Portion of telephone services for the period 4/1/05 through 4/16/05 attributable to client | 1 | 88.66 |
| 4/18/2005 | Claflin, K. | Telephone | Internet access at Newark Airport | 1 | 6.95 |
| 4/18/2005 | MSC | Telephone | Conference call on 4/18/05 hosted by Alex Stevenson | 1 | 64.29 |
| 4/19/2005 | Etlin, H. | Telephone | Conference call hosted by H. Etlin for Winn Dixie management call | 1 | 227.00 |
| 4/19/2005 | MSC | Telephone | Conference call on 4/19 hosted by Ellen Gordon | 1 | 39.10 |
| 4/20/2005 | MSC | Telephone | Conference call on 4/20 hosted by Ellen Gordon | 1 | 42.85 |
| 4/21/2005 | MSC | Telephone | Conference call on 4/21 hosted by Dennis Simon | 1 | 45.79 |
| 4/21/2005 | MSC | Telephone | Conference call on 4/21 hosted by Dennis Simon | 1 | 70.43 |
| 4/22/2005 | MSC | Telephone | Conference call on 4/22/05 hosted by Dennis Simon | 1 | 50.74 |
| 4/28/2005 | Damore, R. | Telephone | Portion of telephone charges for the period 3/19/05 to 4/18/05 attributable to client | 1 | 70.72 |
| 4/29/2005 | Wuertz, T. | Telephone | Portion of telephone charges for the period 3/22/05 to 4/21/05 attributable to client | 1 | 190.78 |

XRoads Solutions Group
Expense Detail

Page 85

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 5/1/2005 | MSC | Telephone | Conference call on 5/1/05 hosted by D.Simon (XRoads) | 1 | 169.87 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/19/05 hosted by D. Simon (XRoads) | 1 | 233.13 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/18/05 hosted by Sheon Karol | 1 | 228.97 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/25/05 hosted by Sheon Karol | 1 | 5.62 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/20/05 hosted by Sheon Karol | 1 | 173.80 |
| 5/1/2005 | Karol, S. | Telephone | Phone charges for the month of April | 1 | 50.00 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/25/05 hosted by D. Simon (XRoads) | 1 | 90.78 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/26/05 hosted by Ellen Gordon | 1 | 39.37 |
| 5/1/2005 | MSC | Telephone | Conference call #2 on 4/29/05 hosted by D. Simon (XRoads) | 1 | 45.79 |
| 5/1/2005 | MSC | Telephone | Conference call #1 on 4/29/05 hosted by D. Simon (XRoads) | 1 | 142.47 |
| 5/1/2005 | MSC | Telephone | Conference call #1 on 4/28/05 hosted by D. Simon (XRoads) | 1 | 26.10 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/29/05 hosted by Alex Stevenson | 1 | 13.93 |
| 5/1/2005 | MSC | Telephone | Conference call #2 on 4/28/05 hosted by D. Simon (XRoads) | 1 | 45.26 |
| 5/1/2005 | MSC | Telephone | Conference call on 4/27/05 hosted by Ellen Gordon | 1 | 24.37 |

XRoads Solutions Group
Expense Detail

Page    86

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 5/2/2005 | MSC | Telephone | Conference call on 5/2/05 hosted by D. Simon (XRoads) | 1 | 84.62 |
| 5/2/2005 | MSC | Telephone | Conference call on 5/2/05 hosted by D. Simon (XRoads) | 1 | 73.65 |
| 5/2/2005 | MSC | Telephone | Conference call on 5/2/05 hosted by Alex Stevenson | 1 | 20.09 |
| 5/2/2005 | MSC | Telephone | Conference call on 5/2/05 hosted by Edward Lyons | 1 | 15.53 |
| 5/2/2005 | MSC | Telephone | Conference call on 5/4/05 hosted by D. Simon (XRoads) | 1 | 42.31 |
| 5/3/2005 | MSC | Telephone | Conference call #2 on 5/3/05 hosted by Sheon Karol | 1 | 35.62 |
| 5/3/2005 | MSC | Telephone | Conference call #1 on 5/3/05 hosted by Sheon Karol | 1 | 148.09 |
| 5/3/2005 | MSC | Telephone | Conference call on 5/3/05 hosted by D. Simon (XRoads) | 1 | 51.42 |
| 5/4/2005 | MSC | Telephone | Conference call on 5/4/05 hosted by D. Simon (XRoads) | 1 | 70.43 |
| 5/5/2005 | Naegely, P. | Telephone | Phone charges - 3/25/05 - 4/1/05 | 1 | 5.38 |
| 5/6/2005 | Karol, S. | Telephone | Winn-Dixie Conference Call | 1 | 15.40 |
| 5/6/2005 | Gordon, E. | Telephone | Phone charges lodging in Jacksonville | 1 | 11.39 |
| 5/12/2005 | MSC | Telephone | Conference call on 5/12/05 hosted by Alex Stevenson | 1 | 75.79 |
| 5/17/2005 | MSC | Telephone | Conference call on 5/17/05 hosted by Sheon Karol | 1 | 365.55 |
| 5/18/2005 | MSC | Telephone | Conference call on 5/18/05 hosted by Sheon Karol | 1 | 87.30 |

XRoads Solutions Group
Expense Detail

Page    87

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 5/21/2005 | McCarty, L. | Telephone | Phone charges | 1 | 85.92 |
| 5/21/2005 | Stevenson, A. | Telephone | April phone charges | 1 | 75.00 |
| **Total: Telephone** | | | | | **4,566.54** |
| **Grand Total** | | | | | **326,995.50** |