**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| Debtors. | ) Jointly Administered |

**ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC, AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS FOR THE PERIOD FEBRUARY 21, 2005 TO MAY 28, 2005**

These cases came before the Court upon the application dated July 15, 2005 (the "First Application") of XRoads Solutions Group, LLC ("XRoads") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $4,534,122.50, and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $369,995.50, and authorizing reimbursement of expenses not previously received, for the period from February 21, 2005 through May 28, 2005 (the "Application Period")[1]. A hearing on the First Application was held on August 4, 2005. The Court has read the First Application, considered the representations of counsel and has determined that notice of the First Application was good and sufficient under the circumstances and that no other or further notice need be given.

---

[1] Time and Expenses covered in the monthly fee application of May, 2005 is for the dates of May 1, 2005 through May 28, 2005, due to XRoads' month end reporting cycle.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The First Application is granted.

2. The fees earned and the expenses incurred by XRoads Solutions Group, LLC during the Application Period, as set forth in the First Application, are approved and allowed.

3. The Debtors are authorized and directed to pay to XRoads (to the extent not previously paid) the sums of: (i) $4,534,122.50, representing fees earned by XRoads during the Application Period and (ii) $326,995.50, representing expenses incurred by XRoads during the Application Period.

4. The relief granted in this Order is without prejudice to the rights of XRoads to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

Dated this _____ day of _____ 2005 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.