```
            UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                JACKSONVILLE DIVISION
```

In re:                              CASE NO.:  3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                    Jointly Administered

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

The following party in interest in these Cases, Westside City, Inc. ("the Party in Interest"), hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Party in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Party in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Party in Interest reserve to the full extent of the law.

Dated: July 18, 2005.
Jacksonville, Florida

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Counsel for Westside City, Inc.

ewh/winndixie/Westsidenotice djg