RECEIVED
CLERK, U.S. BANKRUPTCY COURT
JUL 1 8 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

| | | |
|---|---|---|
| IN RE: | $ | CASE NO 05-11063 (RDD) |
| WINN DIXIE INC | $ | |
| DEBTOR(S) | $ | |

## NOTICE OF CREDITOR STATUS AND REQUEST FOR DOCUMENTS

BROOKHAVEN RETAIL LIC, a creditor in the above captioned case, hereby gives notice of appearance in said case by and through it's/his/her's following named REPRESENTATIVE:

Steven Barry Frankoff
15014 Marlebone Court
Houston Texas 77069

Further, the above named creditor hereby requests though its said AGENT, AND REPRESENTATIVE that the Clerk of the above named Court, or any party authorized or directed by the United States Bankruptcy Code to mail notices, mail to said counsel copies of all notices to parties in interest hereinafter given in said case. Pursuant to Bankruptcy Rules 2002 and 9010 this request is to include, but may not be limited to, all/any notices, copies, and pleadings referred to in Rules 2002, 4004, and 9007, of the Bankruptcy Rules including without limitation, notices of orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, oral and/or written, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e mail or otherwise to sent that affects or seeks effect the above styled and noted case in any matter, and/or the rights and remedies of the above creditor, and/or

any other creditor with respect to the debtor or the property of the debtor's estate.

Respectfully Submitted By

Steven Barry Frankoff SB# 07384320
15014 Marlebone Court
Houston Texas 77069
281 580 5062 (telephone)
281 440 9083 (facsimile)

Certificate of Service

I, hereby do certify that a true and correct copy of the forgoing was sent via, facsimile transmission and/or U.S. Mail registered return receipt requested, and or U.S. Mail regular posting to the following on 7/12/05

US. Bankruptcy Court
United States Courthouse
300 North Logan Street
Suite 3-350
Jacksonville Florida 32202

Attorney for Debtor
D.J. Baker
Four Times Square
New York, N.Y. 10036

Stephen D. Busey
225 Water Street, Ste 1800
Jacksonville Florida 32202

Bankruptcy Administration
Claims Agent
Logan & Company
546 Valley Road
Upper Montclair
New Jersey 07043