# SCHEDULE "A"

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 9, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23446
INVOICE NUMBER  373724

**RE:  HURRICANE CLAIMS PREPARATION**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 02/28/05 | $793.50 |
| COSTS ADVANCED POSTED THROUGH 02/28/05 | $.00 |
| CURRENT INVOICE TOTAL | $793.50 |
| **TOTAL AMOUNT DUE** | **$793.50** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 793.50 | 0.00 | 0.00 | 0.00 | 0.00 | 793.50 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  373724                    PAGE   1


### PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2005


02/21/05  CONFER WITH L. DENY; FOLLOW UP WITH LANDLORDS.
          E. G. OSMAN     .30 hours at  345.00 per hour.          103.50

02/22/05  CONTINUE TO WORK ON LANDLORDS.
          E. G. OSMAN     .20 hours at  345.00 per hour.           69.00

02/22/05  REVIEW OF CORRESPONDENCE FROM ROYAL'S REGARDING
          STORE NO.: 751; REVIEW OF CORRESPONDENCE FROM
          HOWARD MILLER OF RUDEN MCCLOSKY REGARDING STORE
          NO.: 2210; REVIEW OF CORRESPONDENCE FROM L.J.
          SHAW & CO., REGARDING STORE NO.: 586; REVIEW OF
          CORRESPONDENCE FROM RIVER NATIONAL BANK
          REGARDING STORE NO.:  308; REVIEW OF
          CORRESPONDENCE FROM HEAD COMPANIES REGARDING
          STORE NO.:  569.
          E. G. OSMAN     .10 hours at  345.00 per hour.           34.50

02/23/05  TELEPHONE CONFERENCE WITH DELORES BIGGER,
          INSURANCE AGENT FOR STORE NO.: 541.
          E. G. OSMAN     .40 hours at  345.00 per hour.          138.00

02/24/05  SEVERAL CALLS TO CLIENTS REGARDING LANDLORD
          REIMBURSEMENT STATUS AND ERNST & YOUNG ISSUES.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

02/24/05  WORK ON LANDLORDS.
          E. G. OSMAN     .30 hours at  345.00 per hour.          103.50

02/25/05  WORK ON LANDLORDS; WRITE TO R. LAMBERTH
          REGARDING PASSING ON A FEW LANDLORD CALLS TO
          HER AND WHAT HAD OCCURRED; REVIEW OF
          CORRESPONDENCE FROM R. LAMBERTH.
          E. G. OSMAN     .30 hours at  345.00 per hour.          103.50

02/28/05  REVIEW OF MESSAGE FROM JAMES WEBB.
          E. G. OSMAN     .10 hours at  345.00 per hour.           34.50

02/28/05  REVIEW OF CORRESPONDENCE FROM ARNOLD SHEVLIN OF
          RK ASSOCIATES REGARDING STORE NO.: 357.
          E. G. OSMAN     .10 hours at  345.00 per hour.           34.50


          TOTAL FEES FOR PROFESSIONAL SERVICES             $793.50


## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION      MAY 9, 2005
HURRICANE CLAIMS PREPARATION      REF. NO. 50116-23446
INVOICE NUMBER 373724      PAGE    2

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.50 hours at $345.00 = | | 172.50 |
| EGO | E. G. OSMAN | 1.80 hours at $345.00 = | | 621.00 |
| | TOTALS | 2.30 | | $793.50 |

                                  ------------

                            INVOICE   373724TOTAL        $793.50

                                    ------------

BALANCE DUE FROM PREVIOUS STATEMENT            $.00
LESS: PAYMENTS                                  $.00

                                    ------------

                       **TOTAL AMOUNT DUE**        **$793.50**

                                    ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 9, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23446
INVOICE NUMBER  375847

**RE:  HURRICANE CLAIMS PREPARATION**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $793.50 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $793.50 |
| | |
| LEGAL SERVICES POSTED THROUGH 03/31/05 | $3,329.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/05 | $3,403.07 |
| CURRENT INVOICE TOTAL | $6,732.07 |
| **TOTAL AMOUNT DUE** | **$7,525.57** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 7525.57 | 0.00 | 0.00 | 0.00 | 0.00 | 7525.57 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION                    MAY 9, 2005
HURRICANE CLAIMS PREPARATION                        REF. NO.  50116-23446
INVOICE NUMBER  375847                              PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005


03/01/05   PREPARE MEMO REGARDING CALLS FOR R. LAMBERTH
          AND FOLLOW UP.
          E. G. OSMAN    .30 hours at  345.00 per hour.                103.50

03/01/05   REVIEW OF CORRESPONDENCE FROM L.W. SHAW & CO.,
          REGARDING STORES 506 AND 560; REVIEW OF
          CORRESPONDENCE FROM EQUITY ONE REALTY AND
          MANAGEMENT FL. INC.
          E. G. OSMAN    .10 hours at  345.00 per hour.                 34.50

03/01/05   REVIEW OF CORRESPONDENCE FROM RICARDO REYES,
          ESQUIRE ADVISING THAT HE REPRESENTS P.B. 2000;
          REVIEW OF CORRESPONDENCE FROM JENNIFER
          DIEROLF-TRENT REGARDING STORE NO.:  2357;
          REVIEW OF CORRESPONDENCE FROM L.J. SHAW
          REGARDING STORES 506 AND 560 REQUESTING
          ADDITIONAL INFORMATION ON REPAIRS.
          E. G. OSMAN    .10 hours at  345.00 per hour.                 34.50

03/02/05   SEVERAL LETTERS FROM CLIENT REGARDING 2936.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

03/02/05   REVIEW FILES REGARDING SAME.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.            207.00

03/02/05   REVIEW OF LETTER FROM SEMBLER AND FOLLOW UP;
          CONFERENCE WITH R. LAMBERTH AND INSURANCE
          REPRESENTATIVES; TELEPHONE CONFERENCE WITH
          DELORES BIGGERS REGARDING STORE NO.:  561;
          TELEPHONE CONFERENCE WITH GARY CURWIN REGARDING
          STORE NO.:  223.
          E. G. OSMAN   1.20 hours at  345.00 per hour.                414.00

03/03/05   SEVERAL CALLS TO CLIENT AND EDITH OSMAN
          REGARDING LANDLORD RESPONSES.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.            207.00

03/03/05   WORK ON CHART OF CALLS FOR RACHEL LAMBERTH.
          E. G. OSMAN    .90 hours at  345.00 per hour.                310.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  375847                    PAGE    2

03/04/05 TELEPHONE CONFERENCE WITH MS. ARNDT REGARDING
         STORE NO.: 2324; TELEPHONE CONFERENCE WITH
         OTHER LANDLORDS; WRITE TO GINA ANDERSON
         REGARDING STORE NO.: 471; WRITE LETTER TO
         RACHEL LAMBERTH; WORK ON CHART.
         E. G. OSMAN   1.20 hours at  345.00 per hour.              414.00

03/07/05 REVIEW OF CORRESPONDENCE FROM JOANNA GOLDEN OF
         SAVITAR REALTY ADVISORS REGARDING STORE NO.:
         2660.
         E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

03/07/05 REVIEW OF CORRESPONDENCE FROM S. BLACK.
         E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

03/08/05 TELEPHONE CONFERENCE WITH J. WEBB AND FOLLOW
         UP; WORK ON CHART.
         E. G. OSMAN    .30 hours at  345.00 per hour.              103.50

03/09/05 REVIEW OF CORRESPONDENCE FROM CRAIG BUTLER
         ESQ., REGARDING STORE NO.:  2831.
         E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

03/10/05 WORK ON LOG FOR R. LAMBERTH.
         E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

03/10/05 REVIEW OF CORRESPONDENCE FROM DELORES BIGGERS
         REGARDING INSPECTION OF STORE NO:  541.
         E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

03/15/05 WORK ON OBTAINING NEEDED INFORMATION.
         E. G. OSMAN    .30 hours at  345.00 per hour.              103.50

03/16/05 RECEIVE AND REVIEW CORRESPONDENCE FROM PEGGY
         PRICE OF FIREMAN'S FUND STORE NO. 208.
         E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

03/21/05 WRITE TO SUSAN BUETLEL STORE 535 AND FOLLOW UP.
         E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

03/21/05 RECEIVE AND REVIEW CORRESPONDENCE FROM WILLIAM
         C. BOND RE: RESPONSE TO CLAIMS.
         E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

03/23/05 WORK ON RESPONSES TO LANDLORDS.
         E. G. OSMAN    .30 hours at  345.00 per hour.              103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  375847                    PAGE   3


03/23/05  CONFERENCE WITH EDITH OSMAN REGARDING FOLLOW-UP
          WITH LANDLORDS; CALL TO VARIOUS LANDLORDS.
          N.D. QUINN    .50 hours at  245.00 per hour.              122.50

03/24/05  WORK ON DEALINGS WITH LANDLORDS.
          E. G. OSMAN    .30 hours at  345.00 per hour.             103.50

03/24/05  CONTINUE CALLS TO LANDLORDS AND CONFERENCES
          WITH LANDLORDS; PREPARE CORRESPONDENCE TO
          CERTAIN LANDLORDS; CONFERENCE WITH EDITH
          REGARDING STATUS.
          N.D. QUINN    .80 hours at  245.00 per hour.              196.00

03/25/05  RECEIVE AND REVIEW CORRESPONDENCE FROM PAUL
          FORBERGER, NOBLE PROPERTIES RE: LETTERS OF
          2/16/05 AND 1/28/05 RE: REIMBURSEMENT FOR COSTS
          RELATING TO HURRICANE DAMAGE.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50

03/28/05  RECEIVE AND REVIEW CORRESPONDENCE FROM TRACY
          ALEY RE: WASHINGTON MUTUAL BANK LOAN AND FOLLOW
          UP; WORK ON MORE FOLLOW UP.
          E. G. OSMAN    .30 hours at  345.00 per hour.             103.50

03/29/05  RECEIVE AND REVIEW CORRESPONDENCE FROM DAVID
          QUATTLEBAUM RE: LANDLORD'S REPRESENTATIVES AND
          ITEMS ON SCHEDULE A.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50

03/29/05  RECEIVE AND REVIEW CORRESPONDENCE FROM NATHAN
          NOSARI RE: DETAILED DESCRIPTION REQUIRED.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50

03/29/05  CONTINUE REVIEW OF FILES FOR CALLS TO LANDLORDS
          AND CONTINUE CALLS TO LANDLORDS REGARDING
          REIMBURSEMENTS.
          N.D. QUINN    .40 hours at  245.00 per hour.               98.00

03/30/05  CONFERENCE WITH LANDLORD KRANZ REGARDING
          REPAIRS TO WINN DIXIE STORES 556 AND 426
          N.D. QUINN    .20 hours at  245.00 per hour.               49.00

03/31/05  RECEIVED AND REVIEW CORRESPONDENCE FROM CRAIG
          BUTLER REGARDING MILD BUTLER AND SONS
          INVESTMENT COMPANY.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $3,329.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
HURRICANE CLAIMS PREPARATION
INVOICE NUMBER  375847

MAY 9, 2005
REF. NO.  50116-23446
PAGE    4

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.60 hours at $345.00 = | 552.00 |
| EGO | E. G. OSMAN | 6.70 hours at $345.00 = | 2311.50 |
| NDQ | N.D. QUINN | 1.90 hours at $245.00 = | 465.50 |
| | TOTALS | 10.20 | $3,329.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**

| | | |
|---|---|---|
| | COPYING COST | 93.40 |
| | FAX | 2.00 |
| | POSTAGE | 3.51 |
| | TELEPHONE | 2.70 |
| 03/04/05 | EXPRESS MAIL | 47.59 |
| 03/31/05 | PROFESSIONAL SERVICES - VENDOR: IKON OFFICE SOLUTIONS  - WINN DIXIE IMAGE SCANNING | 3253.87 |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005      $3,403.07
                                                  ------------
                        INVOICE  375847TOTAL      $6,732.07
                                                  ------------


BALANCE DUE FROM PREVIOUS STATEMENT               $793.50
LESS: PAYMENTS                                    $.00
                                                  ------------
                        **TOTAL AMOUNT DUE**      **$7,525.57**
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | | | | | |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Atlanta, Georgia 30309 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 404.815.3400 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 404.815.3415 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

```
WINN DIXIE, DEBTOR IN POSSESSION        MAY 9, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-23447
                                        INVOICE NUMBER  373725
```

**RE:  BEN TOBIN COMPANIES, LTD, THE**

```
BALANCE DUE FROM PREVIOUS STATEMENT               $.00
LESS: PAYMENTS                                    $.00
                                           -------------
                BALANCE FORWARD                   $.00


LEGAL SERVICES POSTED THROUGH 02/28/05       $1,287.00
COSTS ADVANCED POSTED THROUGH 02/28/05          $45.80
                                           -------------
                CURRENT INVOICE TOTAL        $1,332.80
                                           -------------

                TOTAL AMOUNT DUE             $1,332.80
                                           =============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 1332.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1332.80 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID. 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
BEN TOBIN COMPANIES, LTD, THE             REF. NO.  50116-23447
INVOICE NUMBER  373725                    PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2005**

| | | |
|---|---|---|
| 02/22/05 | SEVERAL CORRESPONDENCE REGARDING REJECTION AND SUGGESTION OF BANKRUPTCY.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 02/22/05 | LETTER TO DAVID J. SMITH REGARDING STATUS OF DISCOVERY AND EXPERTS.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 02/22/05 | MEMO TO AMG RE: REJECTION OF LEASE AND GUARANTY IN BANKRUPTCY.<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 02/22/05 | PREPARE SUGGESTION OF BANKRUPTCY.<br>D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 02/23/05 | SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING BACKGROUND AND ANALYSIS.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 02/23/05 | REVISE SUMMARY ANALYSIS PER CLIENT REQUEST.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 02/23/05 | WRITE-UP OF CASE ISSUES FOR BANKRUPTCY COUNSEL.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 02/24/05 | MEMOS TO/FROM AMG RE: CASE WRITE UP.<br>D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 02/25/05 | CONFERENCE CALL WITH JAY CASTLE AND OTHERS.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 02/25/05 | REVIEW MATERIALS IN PREPARATION FOR CONFERENCE CALL WITH J. CASTLE.<br>D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 02/25/05 | CALL FROM M. CHLEBOVIC.<br>D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $1,287.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION            MAY 9, 2005
BEN TOBIN COMPANIES, LTD, THE               REF. NO.  50116-23447
INVOICE NUMBER  373725                      PAGE    2


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.60 hours at | $345.00 = | 552.00 |
| DJS | D. J. SMITH | 3.00 hours at | $245.00 = | 735.00 |
| | TOTALS | 4.60 | | $1,287.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2005**


COPYING COST                                          45.80

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2005      $45.80
                                                ------------
                INVOICE   373725TOTAL                $1,332.80
                                                ------------


BALANCE DUE FROM PREVIOUS STATEMENT                   $.00
LESS: PAYMENTS                                        $.00

                                                ------------
                **TOTAL AMOUNT DUE**                 $1,332.80
                                                ============


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an [*] were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23447
                                          INVOICE NUMBER  375848
```

**RE:  BEN TOBIN COMPANIES, LTD, THE**
**FINAL BILL**

```
BALANCE DUE FROM PREVIOUS STATEMENT          $1,332.80
LESS: PAYMENTS                                    $.00
                                             ------------
            BALANCE FORWARD                  $1,332.80


LEGAL SERVICES POSTED THROUGH 03/31/05         $203.00
COSTS ADVANCED POSTED THROUGH 03/31/05           $3.57
                                             ------------
            CURRENT INVOICE TOTAL              $206.57
                                             ------------

            TOTAL AMOUNT DUE                 $1,539.37
                                             ============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 1539.37 | 0.00 | 0.00 | 0.00 | 0.00 | 1539.37 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION        MAY 9, 2005
BEN TOBIN COMPANIES, LTD, THE           REF. NO.   50116-23447
INVOICE NUMBER   375848                 PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005**

03/02/05  CALL TO MEDIATOR'S OFFICE.
          D. J. SMITH    .10 hours at  245.00 per hour.              24.50

03/31/05  REVIEW PLEADINGS AND PREPARE DISCOVERY STATUS
          LOG.
          L. GOLDSTEIN*   2.10 hours at   85.00 per hour.           178.50

          TOTAL FEES FOR PROFESSIONAL SERVICES              $203.00

ATTORNEY FEE SUMMARY

  DJS     D. J. SMITH          0.10 hours at  $245.00 =        24.50
  LG*     L. GOLDSTEIN*        2.10 hours at   $85.00 =       178.50
          TOTALS               2.20                          $203.00

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**

          COPYING COST                       3.20
          POSTAGE                            0.37

          TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005        $3.57
                                                      ------------
                      INVOICE   375848TOTAL              $206.57
                                                      ------------

          BALANCE DUE FROM PREVIOUS STATEMENT             $1,332.80
          LESS: PAYMENTS                                      $.00

                                                      ------------
                      TOTAL AMOUNT DUE                  $1,539.37
                                                      ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 9, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  377622

**RE:  BANKRUPTCY LITIGATION**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| LEGAL SERVICES POSTED THROUGH 03/31/05 | $10,029.15 |
| COSTS ADVANCED POSTED THROUGH 03/31/05 | $3.35 |
| CURRENT INVOICE TOTAL | $10,032.50 |
| **TOTAL AMOUNT DUE** | **$10,032.50** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 10032.50 | 0.00 | 0.00 | 0.00 | 0.00 | 10032.50 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY LITIGATION
INVOICE NUMBER  377622

MAY 9, 2005
REF. NO.  49761-23399
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005

03/01/05 SEVERAL CORRESPONDENCE WITH DAVID J. SMITH
         REGARDING 251 AND 276.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

03/03/05 LETTER TO CLIENT REGARDING 251.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

03/03/05 REVIEW PRIOR MEMOS OF LAW REGARDING SAME.
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

03/08/05 CORRESPONDENCE FROM AND TO CLIENT REGARDING 251
         AND 276.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

03/08/05 LETTER TO R. GILBERT REGARDING 251 LEGAL
         ANALYSIS.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

03/09/05 PREPARE REVISED MEMORANDUM TO CLIENT REGARDING
         ADVERSE CASE LAW.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.            276.00

03/09/05 CONTACT R. GILBERT REGARDING 251 RESULTS OF
         ANALYSIS AND STRATEGY.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

03/09/05 WINN DIXIE STORE #251 - REVIEW MEMO REGARDING
         LEASE REJECTION FOR STORE #251 AND APPLICABLE
         CASE LAW
         R. N. GILBERT    .90 hours at  345.00 per hour.            310.50

03/09/05 E-MAIL FROM AND TO A. GRUNSPAN REGARDING SAME
         R. N. GILBERT                                              162.15

03/10/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         251 STRATEGY; CONTACT CLIENT REGARDING STATUS
         OF 251.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

03/10/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         251.
         A. M. GRUNSPAN    1.40 hours at  345.00 per hour.           483.00

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 9, 2005
BANKRUPTCY LITIGATION                     REF. NO.  49761-23399
INVOICE NUMBER  377622                    PAGE    2

03/10/05  REVIEW NOTICE OF WINN-DIXIE BANKRUPTCY FILING.
          RESEARCH ON SCOPE OF STAY AND PREPARE LEGEND TO
          INCLUDE ON FUTURE NOTICES THAT STAY IN PLACE AS
          TO WINN-DIXIE.  E MAILS TO ED GERECKE RE SAME.
          H. LEONARD   1.30 hours at  345.00 per hour.              448.50

03/10/05  WINN DIXIE STORE 251 - REVIEW SELECTED CASE LAW
          REGARDING EFFECT OF REJECTION OF PRIME LEASES
          AND CONFERENCE WITH A. GRUNSPAN REGARDING
          STRATEGY FOR DEALING WITH LANDLORD
          R. N. GILBERT   1.00 hours at  345.00 per hour.          345.00

03/11/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          251.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.         207.00

03/14/05  WORK ON APPLICATION FOR EMPLOYMENT IN WINN
          DIXIE CASE AND COMMENCE REVIEW OF CONFLICTS
          SEARCH USING INFORMATION PROVIDED BY WINN
          DIXIE'S BANKRUPTCY COUNSEL
          H. LEONARD   2.00 hours at  345.00 per hour.             690.00

03/15/05  ANALYSIS OF POTENTIAL CONFLICT DISCLOSURES
          H. LEONARD   2.30 hours at  345.00 per hour.             793.50

03/16/05  PREPARE APPLICATION FOR SPECIAL COUNSEL;
          SEVERAL LETTERS FROM AND LETTERS TO CLIENT
          REGARDING LOCKBOX AGREEMENT.
          A. M. GRUNSPAN   3.40 hours at  345.00 per hour.        1173.00

03/16/05  TELEPHONE CONFERENCE WITH COUNSEL AT SKADDER
          ARPS REGARDING APPLICATION FOR EMPLOYMENT
          R. N. GILBERT    .30 hours at  345.00 per hour.          103.50

03/17/05  REVISE RETAINER APPLICATION.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.         379.50

03/17/05  REVIEW AND REVISE APPLICATION TO BE EMPLOYED AS
          SPECIAL COUNSEL
          R. N. GILBERT   1.00 hours at  345.00 per hour.          345.00

03/18/05  REVISE COURT APPLICATION AND RELATED
          DECLARATION.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.         379.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 9, 2005
BANKRUPTCY LITIGATION                     REF. NO.   49761-23399
INVOICE NUMBER   377622                   PAGE    3

03/18/05 WORK ON CHANGES TO DECLARATION TO ACCOMPANY THE
         APPLICATION TO EMPLOY CARLTON FIELDS TO COMPLY
         WITH SEARCH OF CONFLICTS DATA BASE AND OTHER
         ISSUES.
         H. LEONARD    2.50 hours at  345.00 per hour.          862.50

03/18/05 CONFERENCE WITH A. GRUNSPAN AND H. LEONARD
         REGARDING APPLICATION AND DISCLOSURES TO BE
         EMPLOYED AS SPECIAL COUNSEL
         R. N. GILBERT   1.00 hours at  345.00 per hour.        345.00

03/21/05 REVISE APPLICATION.
         A. M. GRUNSPAN    .90 hours at  345.00 per hour.       310.50

03/21/05 SEVERAL CORRESPONDENCE WITH B. GILBERT AND
         SKADDEN ARPS.
         A. M. GRUNSPAN    .70 hours at  345.00 per hour.       241.50

03/21/05 REVISE REVISED APPLICATIONS FROM SKADDEN ARPS.
         A. M. GRUNSPAN    .70 hours at  345.00 per hour.       241.50

03/21/05 REVIEW AND REVISE APPLICATION AND DECLARATION
         FOR EMPLOYMENT AS SPECIAL COUNSEL AND E-MAILS
         FROM AND TO D. TURETSKY REGARDING SAME
         R. N. GILBERT   1.20 hours at  345.00 per hour.        414.00

03/23/05 SEVERAL CALLS TO CLIENTS REGARDING 251 AND 276.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

03/25/05 REVIEW SEVERAL DOCUMENTS AND CLIENT
         CORRESPONDENCE REGARDING 237 AND 270.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.       207.00

03/25/05 SEVERAL LETTERS TO CLIENT REGARDING SAME.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

03/29/05 STORE 251 - E-MAIL FROM AND TO A. GRUNSPAN
         REGARDING TELEPHONE CONFERENCE ON LEAVE
         REJECTION ISSUES
         R. N. GILBERT    .20 hours at  345.00 per hour.         69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES           $10,029.15

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 9, 2005
BANKRUPTCY LITIGATION                     REF. NO.  49761-23399
INVOICE NUMBER  377622                    PAGE   4


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 14.90 hours at | $345.00 = | 5140.50 |
| HL | H. LEONARD | 8.10 hours at | $345.00 = | 2794.50 |
| RNG | R. N. GILBERT | 6.07 hours at | $345.00 = | 2094.15 |
| | TOTALS | 29.07 | | $10,029.15 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**


COPYING COST                              2.60
TELEPHONE                                 0.75

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005          $3.35
                                              ------------
            INVOICE  377622TOTAL             $10,032.50
                                              ------------


BALANCE DUE FROM PREVIOUS STATEMENT                   $.00
LESS: PAYMENTS                                        $.00

                                              ------------
            **TOTAL AMOUNT DUE**             $10,032.50
                                              ============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID: 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION        MAY 9, 2005
5050 EDGEWOOD COURT                      ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                  REF. NO.  50116-23448
                                         INVOICE NUMBER  375846
```

**RE: ARCOR USA, INC**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 03/31/05 | $118.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/05 | $1.00 |
| CURRENT INVOICE TOTAL | $119.00 |
| **TOTAL AMOUNT DUE** | **$119.00** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 119.00 | 0.00 | 0.00 | 0.00 | 0.00 | 119.00 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
ARCOR USA, INC                            REF. NO.  50116-23448
INVOICE NUMBER   375846                   PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005**


02/24/05 PREPARE NOTICE OF COMMENCEMENT OF CHAPTER 11
         BANKRUPTCY
         N. T. MCLACHLAN      .20 hours at  245.00 per hour.        49.00

03/03/05 CORRESPONDENCE WITH NIALL MCLACHLAN REGARDING
         STAY.
         A. M. GRUNSPAN      .20 hours at  345.00 per hour.        69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES            $118.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.20 hours at | $345.00 = | 69.00 |
| NTM | N. T. MCLACHLAN | 0.20 hours at | $245.00 = | 49.00 |
| | TOTALS | 0.40 | | $118.00 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**


COPYING COST                              1.00

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005        $1.00
                                                   ------------
                    INVOICE   375846TOTAL          $119.00
                                                   ------------


BALANCE DUE FROM PREVIOUS STATEMENT                 $.00
LESS: PAYMENTS                                      $.00

                                                   ------------
                    **TOTAL AMOUNT DUE**           $119.00
                                                   ============


## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233B96

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 14, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  375849

**RE:  DOLGENCORP, INC, STORE 221**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| | ------------ |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 03/31/05 | $1,779.50 |
| COSTS ADVANCED POSTED THROUGH 03/31/05 | $39.26 |
| | ------------ |
| CURRENT INVOICE TOTAL | $1,818.76 |
| | ------------ |
| **TOTAL AMOUNT DUE** | **$1,818.76** |
| | ============ |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 1818.76 | 0.00 | 0.00 | 0.00 | 0.00 | 1818.76 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  375849                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005**

03/02/05  PRELIMINARY REVIEW OF BOX OF ADDITIONAL
          PRODUCTION FROM DOLGENCORP.
          D. J. SMITH      .90 hours at  245.00 per hour.          220.50

03/02/05  RESEARCH TENANT'S OBLIGATION TO REVIEW PUBLIC
          RECORDS FOR LEASE EXCLUSIVE.
          J. R. ALDERMAN   .80 hours at  245.00 per hour.          196.00

03/03/05  LETTER TO CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

03/03/05  REVIEW ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.         241.50

03/08/05  PREPARE NOTICE OF COMMENCEMENT AS PER AMG.
          D. J. SMITH      .40 hours at  245.00 per hour.           98.00

03/08/05  REVISIONS TO NOTICE OF COMMENCEMENT.
          D. J. SMITH      .20 hours at  245.00 per hour.           49.00

03/11/05  PREPARE ORDER ON STAY AND DISCOVERY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

03/14/05  LETTER FROM CLIENT REGARDING PRODUCED
          DOCUMENTS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

03/17/05  CONTACT RANDY RANUBO REGARDING FINANCIALS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

03/21/05  SEVERAL CORRESPONDENCE AND CALLS WITH SEVERAL
          CLIENTS REGARDING DOCUMENT PRODUCTION.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.         276.00

03/22/05  SEVERAL CALLS TO CLIENTS REGARDING GROCERY
          CATEGORY DOCUMENTS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

03/31/05  SET UP DISCOVERY STATUS LOG.
          L. GOLDSTEIN*    .10 hours at   85.00 per hour.            8.50

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | APRIL 14, 2005 |
| DOLGENCORP, INC, STORE 221 | REF. NO.  50116-23449 |
| INVOICE NUMBER  375849 | PAGE    2 |

TOTAL FEES FOR PROFESSIONAL SERVICES                     $1,779.50

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.50 hours at | $345.00 = | 1207.50 |
| DJS | D. J. SMITH | 1.50 hours at | $245.00 = | 367.50 |
| JRA | J. R. ALDERMAN | 0.80 hours at | $245.00 = | 196.00 |
| LG* | L. GOLDSTEIN* | 0.10 hours at | $85.00 = | 8.50 |
| | TOTALS | 5.90 | | $1,779.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**

| | |
|---|---|
| COPYING COST | 27.40 |
| POSTAGE | 1.11 |
| TELEPHONE | 0.90 |
| 03/08/05 EXPRESS MAIL | 9.85 |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005          $39.26
                                                      ------------
INVOICE  375849TOTAL          $1,818.76
                                                      ------------

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |

                                                      ------------
**TOTAL AMOUNT DUE**          $1,818.76
                                                      ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE, DEBTOR IN POSSESSION        MAY 9, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-23453
                                        INVOICE NUMBER  373728
```

**RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

```
BALANCE DUE FROM PREVIOUS STATEMENT              $.00
LESS: PAYMENTS                                   $.00
                                         ------------
                     BALANCE FORWARD             $.00


LEGAL SERVICES POSTED THROUGH 02/28/05      $1,068.50
COSTS ADVANCED POSTED THROUGH 02/28/05         $43.86
                                         ------------
                 CURRENT INVOICE TOTAL      $1,112.36
                                         ------------

            TOTAL AMOUNT DUE               $1,112.36
                                         ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 1112.36 | 0.00 | 0.00 | 0.00 | 0.00 | 1112.36 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  373728                     PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2005**


02/22/05  PREPARE MOTION TO CONTINUE HEARING ON MOTION
          FOR REMAND.
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.          276.00

02/22/05  CONTACT BOTH OPPOSING COUNSEL REGARDING SAME.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/22/05  LETTER TO BOTH OPPOSING COUNSEL.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/22/05  LETTER FROM OPPOSING COUNSEL AND ATTACHMENTS.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

02/22/05  CONTACT CLIENT REGARDING HEARING ON MOTION FOR
          REMAND.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/23/05  CONTACTED BY COURT REGARDING RULING ON MOTION.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/23/05  CONTACT CLIENT REGARDING STRATEGY.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/23/05  REVISE MOTION TO CONTINUE HEARING DUE TO
          BANKRUPTCY.
          D. J. SMITH    .50 hours at  245.00 per hour.              122.50

02/23/05  CONFER WITH AMG REGARDING MOTION FOR TO REMAND.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,068.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.60 hours at | $345.00 = | 897.00 |
| DJS | D. J. SMITH | 0.50 hours at | $245.00 = | 122.50 |
| JRA | J. R. ALDERMAN | 0.20 hours at | $245.00 = | 49.00 |
| | TOTALS | 3.30 | | $1,068.50 |


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  373728                    PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2005**


COPYING COST                              38.40
TELEPHONE                                  5.46

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2005        $43.86
                                          ------------
              INVOICE  373728TOTAL         $1,112.36
                                          ------------


BALANCE DUE FROM PREVIOUS STATEMENT                     $.00
LESS: PAYMENTS                                          $.00

                                          ------------
              **TOTAL AMOUNT DUE**         $1,112.36
                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23453
                                          INVOICE NUMBER  375853
```

**RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

```
BALANCE DUE FROM PREVIOUS STATEMENT            $1,112.36
LESS: PAYMENTS                                     $.00
                                               ------------
             BALANCE FORWARD                   $1,112.36


LEGAL SERVICES POSTED THROUGH 03/31/05         $3,850.50
COSTS ADVANCED POSTED THROUGH 03/31/05            $99.66
                                               ------------
             CURRENT INVOICE TOTAL             $3,950.16
                                               ------------

             TOTAL AMOUNT DUE                  $5,062.52
                                               ============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 5062.52 | 0.00 | 0.00 | 0.00 | 0.00 | 5062.52 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION        MAY 9, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  375853                  PAGE   1
```

**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005**

```
03/01/05 REVISE MEMO OF LAW ON JURISDICTION.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

03/01/05 CONFER WITH AMG REGARDING REMOVAL/ REMAND
         ISSUE.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/05/05 RECEIPT AND REVIEW OF ORDER GRANTING MOTION TO
         CONTINUE.
         J. R. ALDERMAN    .10 hours at  245.00 per hour.         24.50

03/07/05 REVISE REMAND MEMORANDUM OF LAW.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/10/05 FINALIZE SUPPLEMENTAL REPLY.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/16/05 PREPARE STATUS REPORT AND ENLARGEMENT REQUEST
         TO FEDERAL COURT.
         A. M. GRUNSPAN   1.10 hours at  345.00 per hour.        379.50

03/16/05 REVIEW FILES REGARDING STATUS REPORT.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

03/22/05 WORK WITH PARALEGAL ORGANIZING DOCUMENTS.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/22/05 WORK WITH PARALEGAL REGARDING ORGANIZING
         DOCUMENTS AND DOCUMENT PRODUCTION.
         J. R. ALDERMAN   4.90 hours at  245.00 per hour.       1200.50

03/23/05 ORGANIZE CASE MATERIALS.  PREPARE NEW FILES.
         L. GOLDSTEIN*    .80 hours at   85.00 per hour.         68.00

03/24/05 CONFER WITH DAVID SMITH REGARDING DISCOVERY
         RESPONSES.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/25/05 DRAFT MEMORANDUM ON GROCERY EXCLUSIVE.
         J. R. ALDERMAN   2.60 hours at  245.00 per hour.        637.00

03/25/05 REVIEW FILE IN CONNECTION WITH DRAFTING
         DISCOVERY RESPONSES.
         J. R. ALDERMAN   3.40 hours at  245.00 per hour.        833.00
```

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  375853                    PAGE    2


TOTAL FEES FOR PROFESSIONAL SERVICES                  $3,850.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.30 hours at | $345.00 = | 793.50 |
| JRA | J. R. ALDERMAN | 12.20 hours at | $245.00 = | 2989.00 |
| LG* | L. GOLDSTEIN* | 0.80 hours at | $85.00 = | 68.00 |
| | TOTALS | 15.30 | | $3,850.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**

|  |  |  |
|---|---|---|
| | COPYING COST | 2.00 |
| | TELEPHONE | 0.76 |
| 03/09/05 | TRAVEL/LODGING/MEALS - VENDOR: ALAN GRUNSPAN - | 96.90 |
| | 2/24 ORAL ARGUMENT - SANDIFER V. WINNDIXIE | |
| | STORES, INC. | |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005          $99.66
                                               ------------
                     INVOICE  375853TOTAL            $3,950.16
                                               ------------


BALANCE DUE FROM PREVIOUS STATEMENT                   $1,112.36
LESS: PAYMENTS                                            $.00

                                               ------------
            **TOTAL AMOUNT DUE**                     $5,062.52
                                               ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MARCH 31, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23455
INVOICE NUMBER  373729

**RE:  YDB THREE LAKES, LC, STORE 210**

LEGAL SERVICES POSTED THROUGH 02/28/05          #1,431.50   $2,381.50
COSTS ADVANCED POSTED THROUGH 02/28/05          $70.00

CURRENT INVOICE TOTAL          #1,501.50   $2,451.50
============

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER   373729

MARCH 31, 2005
REF. NO.   50116-23455
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2005

02/21/05   REVIEW SECOND REQUEST FOR PRODUCTION AND SECOND
SET OF INTERROGATORIES FROM FAMILY DOLLAR.
D. J. SMITH    .50 hours at  355.00 per hour.                177.50

02/23/05   CONTACT CLIENT REGARDING ENLARGEMENT ON
DISCOVERY.
A. M. GRUNSPAN    .30 hours at  380.00 per hour.            114.00

02/23/05   CONTACTED BY COUNSEL FOR LANDLORD REGARDING
COOPERATION AGREEMENT.
A. M. GRUNSPAN    .40 hours at  380.00 per hour.            152.00

02/24/05   LETTER TO DAVID J. SMITH REGARDING ADDITIONAL
TIME TO RESPOND TO DISCOVERY AND HEARING.
A. M. GRUNSPAN    .30 hours at  380.00 per hour.            114.00

02/25/05   REVISE MEMORANDUM OF LAW REGARDING ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
A. M. GRUNSPAN   1.80 hours at  380.00 per hour.            684.00

02/2▓/05 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓G
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

02/28/05   CONTACT DAVID J. SMITH REGARDING EXPERT ISSUES.
A. M. GRUNSPAN    .30 hours at  380.00 per hour.            114.00

02/28/05   CONTACT OPPOSING COUNSEL REGARDING BANKRUPTCY
STAY.
A. M. GRUNSPAN    .20 hours at  380.00 per hour.             76.00

TOTAL FEES FOR PROFESSIONAL SERVICES               $2,381.50

*- 950.00*

*1,431.50*

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 5.80 hours at | $380.00 = | 2204.00 |
| DJS | D. J. SMITH | 0.50 hours at | $355.00 = | 177.50 |
| | TOTALS | 6.30 | | $2,381.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  373729

MARCH 31, 2005
REF. NO.  50116-23455
PAGE  2

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2005**

02/23/05  SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  -    70.00
          SERVICE OF PROCESS ON YDB THREE LAKES, L.C.

          TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2005          $70.00
                                                            - - - - - - - - - - - - -

                        **TOTAL AMOUNT DUE THIS INVOICE**      **$2,451.50**
                                                            ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID 59-1238896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

APRIL 14, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23455
INVOICE NUMBER 375850

RE: YDB THREE LAKES, LC, STORE 210

|  |  |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | ~~$2,451.50~~  *1501.50* |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | ~~$2,451.50~~ |
|  | *1501.50* |
| LEGAL SERVICES POSTED THROUGH 03/31/05 | $7,087.50 |
| COSTS ADVANCED POSTED THROUGH 03/31/05 | $32.11 |
| CURRENT INVOICE TOTAL | $7,119.61 |
| TOTAL AMOUNT DUE | *$8,621.11*  ~~$9,571.11~~ |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 9571.11 | 0.00 | 0.00 | 0.00 | 0.00 | 9571.11 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  375850                    PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005

03/04/05 CONTACT DAVID J. SMITH REGARDING STRATEGY.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

03/05/05 RECEIPT AND REVIEW OF LANDLORD'S MOTION TO
         DISMISS.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00

03/05/05 RECEIPT AND REVIEW OF LETTER AGREEMENT BY
         LANDLORD'S COUNSEL AGREEING TO ACCEPT SERVICE
         ON BEHALF OF DEFENDANTS.
         J. R. ALDERMAN    .10 hours at  245.00 per hour.          24.50

03/05/05 RECEIPT AND REVIEW OF CORRESPONDENCE FROM
         OPPOSING COUNSEL AND SUPPLEMENTAL DISCOVERY
         REQUESTS.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00

03/07/05 PREPARE NOTICE OF COMMENCEMENT OF BANKRUPTCY.
         D. J. SMITH    .40 hours at  245.00 per hour.             98.00

03/07/05 PREPARE MOTION FOR EXTENSION TO RESPOND TO
         PENDING DISCOVERY AND HEARING ON MOTION TO
         DISMISS.
         D. J. SMITH    .70 hours at  245.00 per hour.            171.50

03/07/05 FILE REVIEW FOR PENDING ISSUES.
         D. J. SMITH    .30 hours at  245.00 per hour.             73.50

03/08/05 CONTACT COUNSEL FOR FAMILY DOLLAR REGARDING
         MUTUAL EXTENSION.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

03/08/05 LETTER TO CLIENT REGARDING ████████████.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

03/08/05 REVISE MOTION FOR ENLARGEMENT.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

03/08/05 REVISIONS TO MOTION FOR ENLARGEMENT AS PER AMG.
         D. J. SMITH    .30 hours at  245.00 per hour.             73.50

03/08/05 CONFER WITH AMG REGARDING STATUS OF WINN-DIXIE
         DOLLAR STORE SUITS.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00

# CARLTON FIELDS

FED. ID. 59-1235896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  375850                    PAGE   2

03/10/05  CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
          PROPOSED ORDERS.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

03/10/05  LETTER TO OPPOSING COUNSEL REGARDING STAY.
          A. M. GRUNSPAN     .10 hours at  345.00 per hour.          34.50

03/11/05  LETTER FROM OPPOSING COUNSEL REGARDING PROPOSED
          ORDER.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

03/11/05  SEVERAL COMMUNICATIONS WITH OPPOSING COUNSEL
          REGARDING DISCOVERY ISSUES.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

03/11/05  LETTER TO CLIENT REGARDING EXPERTS.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

03/11/05  LETTER TO CLIENT REGARDING DISCOVERY RESPONSES.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

03/11/05  PREPARE ORDER ON STAY AND DISCOVERY.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

03/17/05  CONTACT D. FLEECE REGARDING ██████████████
          ██████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

03/17/05  SEVERAL LETTERS FROM AND LETTERS TO CLIENT
          REGARDING EXPERTS.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.         207.00

03/18/05  CONTACT EXPERT REGARDING RETENTION.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

03/18/05  CONTACTED BY EXPERT REGARDING RETENTION.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

03/21/05  REVIEW DOCUMENT PRODUCTION.
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.         276.00

03/22/05  REVIEW DOCUMENTS FROM CLIENTS REGARDING ██████
          ██████████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

03/22/05  REVIEW ORDER ON STAY.
          A. M. GRUNSPAN     .10 hours at  345.00 per hour.          34.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  375850

APRIL 14, 2005
REF. NO.  50116-23455
PAGE   3

03/23/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          DOCUMENTS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

03/23/05  REVIEW RESEARCH ON ███████████████████████████
          ███████████████████
          J. R. ALDERMAN    2.10 hours at  245.00 per hour.         514.50

03/23/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          RESPONSES TO DEFENDANTS MOTIONS TO DISMISS.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

03/23/05  DRAFT RESPONSE TO FAMILY DOLLAR'S MOTION TO
          DISMISS.
          J. R. ALDERMAN    3.10 hours at  245.00 per hour.         759.50

03/23/05  DRAFT RESPONSE TO MOTION TO DISMISS.
          J. R. ALDERMAN    1.70 hours at  245.00 per hour.         416.50

03/23/05  REVIEW FILE AND EVALUATE LANDLORD'S MOTION TO
          DISMISS.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.          220.50

03/24/05  REVISE RESPONSE TO OPPOSITION TO FAMILY DOLLAR
          MOTION TO DISMISS.
          A. M. GRUNSPAN    1.40 hours at  345.00 per hour.         483.00

03/24/05  PREPARE RESPONSE TO LANDLORD MOTION TO DISMISS
          SPECIFIC PERFORMANCE.
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.         379.50

03/24/05  REVIEW CASE LAW REGARDING ██████████████████████
          ████████████████████████████████████████
          J. R. ALDERMAN    4.20 hours at  245.00 per hour.        1029.00

03/24/05  REVIEW CASE LAW CITED BY LANDLORD REGARDING
          SPECIFIC PERFORMANCE OF A LEASE.
          J. R. ALDERMAN    1.90 hours at  245.00 per hour.         465.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $7,087.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 8.40 hours at | $345.00 = | 2898.00 |
| DJS | D. J. SMITH | 1.70 hours at | $245.00 = | 416.50 |
| JRA | J. R. ALDERMAN | 15.40 hours at | $245.00 = | 3773.00 |
| | TOTALS | 25.50 | | $7,087.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  375850                    PAGE     4

COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005

|  |  |  |
|---|---|---|
| COPYING COST | | 11.60 |
| FAX | | 6.00 |
| POSTAGE | | 0.74 |
| TELEPHONE | | 3.92 |
| 03/08/05 EXPRESS MAIL | | 9.85 |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005          $32.11
                                              ------------
                    INVOICE   375850TOTAL     $7,119.61
                                              ------------

BALANCE DUE FROM PREVIOUS STATEMENT           $2,451.50
LESS: PAYMENTS                                    $.00

                                              ------------
          TOTAL AMOUNT DUE                    $9,571.11
                                              ============

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

APRIL 14, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23457
INVOICE NUMBER 375851

RE: SUMAR ENTERPRISES, LTD, STORE 295

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 03/31/05 | $3,589.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/05 | $74.09 |
| CURRENT INVOICE TOTAL | $3,663.09 |
| TOTAL AMOUNT DUE | $3,663.09 |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 3663.09 | 0.00 | 0.00 | 0.00 | 0.00 | 3663.09 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  375851                    PAGE   1

### PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005

02/23/05  CONTACT CLIENT REGARDING ENLARGEMENT ON
          DISCOVERY.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

02/24/05  LETTER TO DAVID SMITH REGARDING ADDITIONAL TIME
          TO RESPOND TO DISCOVERY AND HEARINGS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

02/25/05  SEVERAL COMMUNICATIONS WITH LANDLORD COUNSEL
          REGARDING COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

02/28/05  CONTACT DAVID J. SMITH REGARDING EXPERT ISSUES.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

03/03/05  CONTACTED BY PETER SIDEL REGARDING PROPOSED
          SETTLEMENT DISCUSSIONS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

03/04/05  CONTACT DAVID J. SMITH REGARDING STRATEGY.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

03/07/05  PREPARE NOTICE OF COMMENCEMENT.
          D. J. SMITH    .40 hours at  245.00 per hour.              98.00

03/07/05  PREPARE MOTION FOR EXTENSION OF PENDING
          DISCOVERY.
          D. J. SMITH    .70 hours at  245.00 per hour.             171.50

03/08/05  LETTER FROM OPPOSING COUNSEL REGARDING ANSWER
          TO COMPLAINT.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

03/08/05  REVISE MOTION FOR ENLARGEMENT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

03/08/05  REVISIONS TO MOTION FOR ENLARGEMENT AS PER AMG.
          D. J. SMITH    .30 hours at  245.00 per hour.              73.50

03/10/05  DRAFT PROPOSED ORDERS.
          A. M. GRUNSPAN    1.00 hours at  345.00 per hour.         345.00

03/10/05  LETTER TO OPPOSING COUNSEL REGARDING STAY.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.           34.50

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FEC ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  375851                    PAGE   2

03/11/05  PREPARE ORDER ON STAY AND DISCOVERY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/11/05  SEVERAL COMMUNICATIONS WITH OPPOSING COUNSEL
          REGARDING TEMPORARY STAY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/11/05  CORRESPONDENCE TO OPPOSING COUNSEL AND COURT
          REGARDING AGREED ORDER.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

03/14/05  REVIEW ADDITIONAL DOCUMENTS PRODUCED BY CLIENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/14/05  REVIEW CANCELLATION NOTICE.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.         34.50

03/17/05  REVIEW ███████████████████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

03/21/05  REVIEW DOCUMENT PRODUCTION.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

03/22/05  REVIEW ADDITIONAL DOCUMENTS PROVIDED BY
          CLIENTS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/22/05  REVIEW LANDLORD'S MOTION TO DISMISS OR ABATE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

03/22/05  CONTACT OPPOSING COUNSEL REGARDING MOTION.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

03/22/05  WORK WITH PARALEGAL REGARDING DOCUMENT
          ORGANIZATION.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/23/05  CONTACT OPPOSING COUNSEL REGARDING MOTION TO
          ABATE.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.         34.50

03/23/05  CONFER WITH AMG REGARDING RESPONDING TO
          DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/23/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN   1.10 hours at  245.00 per hour.        269.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          APRIL 14, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  375851                    PAGE    3

03/23/05 ORGANIZE CASE MATERIALS.  PREPARE NEW FILES.
         L. GOLDSTEIN*    .80 hours at  85.00 per hour.                68.00

03/29/05 REVIEW FILE. WORK WITH PARALEGAL REGARDING
         SERVICE ON OUT PARCEL DEFENDANTS.
         J. R. ALDERMAN    .50 hours at  245.00 per hour.             122.50

03/29/05 PREPARE ADDITIONAL PARTY DISCOVERY FILES.
         L. GOLDSTEIN*    .20 hours at  85.00 per hour.                17.00


         TOTAL FEES FOR PROFESSIONAL SERVICES            $3,589.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 7.60 hours at | $345.00 = | 2622.00 |
| DJS | D. J. SMITH | 1.40 hours at | $245.00 = | 343.00 |
| JRA | J. R. ALDERMAN | 2.20 hours at | $245.00 = | 539.00 |
| LG* | L. GOLDSTEIN* | 1.00 hours at | $85.00 = | 85.00 |
| | TOTALS | 12.20 | | $3,589.00 |

         COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005


         COPYING COST                              17.00
         POSTAGE                                    1.48
         TELEPHONE                                  0.76
03/24/05 SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.   45.00
03/08/05 EXPRESS MAIL                                9.85

         TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005       $74.09
                                                       ------------
                            INVOICE  375851TOTAL       $3,663.09
                                                       ------------



BALANCE DUE FROM PREVIOUS STATEMENT                      $.00
LESS: PAYMENTS                                           $.00

                                                       ------------
                      TOTAL AMOUNT DUE                 $3,663.09
                                                       ============

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 9, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  373733

RE:  **DOLLAR GENERAL INVESTIGATIVE**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 02/28/05 | $862.50 |
| COSTS ADVANCED POSTED THROUGH 02/28/05 | $.00 |
| CURRENT INVOICE TOTAL | $862.50 |
| **TOTAL AMOUNT DUE** | **$862.50** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 862.50 | 0.00 | 0.00 | 0.00 | 0.00 | 862.50 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  373733                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2005**

02/24/05  SEVERAL CALLS TO CLIENTS REGARDING STATUS AND
          STRATEGY OF DOLLAR CASES.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

02/25/05  RESEARCH CONSTRUCTIVE NOTICE ISSUES FOR TITLE
          SEARCH.
          A. M. GRUNSPAN   1.60 hours at  345.00 per hour.          552.00

02/28/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          251 AND 276.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $862.50


ATTORNEY FEE SUMMARY

 AMG      A. M. GRUNSPAN        2.50 hours at   $345.00 =      862.50
          TOTALS                2.50                          $862.50


                                                          - - - - - - - - - - - -
                            INVOICE   373733TOTAL             $862.50
                                                          - - - - - - - - - - - -


          BALANCE DUE FROM PREVIOUS STATEMENT                  $.00
          LESS: PAYMENTS                                       $.00

                                                          - - - - - - - - - - - -
                            **TOTAL AMOUNT DUE**             **$862.50**
                                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION       MAY 9, 2005
5050 EDGEWOOD COURT                    ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                REF. NO.  50116-23462
                                       INVOICE NUMBER  377026
```

**RE:  DOLLAR GENERAL INVESTIGATIVE**

```
BALANCE DUE FROM PREVIOUS STATEMENT            $862.50
LESS: PAYMENTS                                   $.00
                                         - - - - - - - - - - -
              BALANCE FORWARD                  $862.50


LEGAL SERVICES POSTED THROUGH 03/31/05       $2,652.00
COSTS ADVANCED POSTED THROUGH 03/31/05          $49.87
                                         - - - - - - - - - -
         CURRENT INVOICE TOTAL               $2,701.87
                                         - - - - - - - - - - -

         TOTAL AMOUNT DUE                    $3,564.37
                                         ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 3564.37 | 0.00 | 0.00 | 0.00 | 0.00 | 3564.37 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
DOLLAR GENERAL INVESTIGATIVE             REF. NO.  50116-23462
INVOICE NUMBER  377026                   PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2005

03/01/05  PREPARE RETENTION DOCUMENTS.
          A. M. GRUNSPAN    1.80 hours at  345.00 per hour.          621.00

03/02/05  MEMO TO AMG RE: STORE 251.
          D. J. SMITH    .50 hours at  245.00 per hour.              122.50

03/09/05  UPDATE LAW ON "REJECTION OF COMMERCIAL LEASE AS
          TERMINATION" ISSUES AT REQUEST OF AMG.
          D. J. SMITH    .80 hours at  245.00 per hour.              196.00

03/09/05  MEMO TO AMG ON "REJECTION AS TERMINATION"
          ISSUE.
          D. J. SMITH    .40 hours at  245.00 per hour.               98.00

03/15/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          1439 DOLLAR STORE VIOLATION.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.           172.50

03/15/05  REVIEW FILE REGARDING 1439.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

03/15/05  REVIEW FILES AND E-MAILS TO AMG RE: STORE 1439
          AND INSPECTION BY RILEY.
          D. J. SMITH    .60 hours at  245.00 per hour.              147.00

03/16/05  SEVERAL CORRESPONDENCE WITH DAVID J. SMITH
          REGARDING 1439 EXCLUSIVE ENFORCEMENT.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.           172.50

03/16/05  PREPARE ACTIVE CASE LIST WITH INFORMATION AT
          REQUEST OF AMG.
          D. J. SMITH    .80 hours at  245.00 per hour.              196.00

03/16/05  E-MAILS TO AMG RE: LIST.
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

03/21/05  CALLS (X 2) FROM STEVEN EICHORN RE: OCP LISTS.
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

03/21/05  E-MAILS TO/FROM AMG RE: INFORMATION REQUESTS
          FROM S. EICHORN.
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 9, 2005
DOLLAR GENERAL INVESTIGATIVE             REF. NO.  50116-23462
INVOICE NUMBER  377026                   PAGE    2

03/28/05  MEMO FROM AMG.
          D. J. SMITH     .20 hours at  245.00 per hour.              49.00

03/28/05  BEGIN PREPARATION OF PENDING AFFIRMATIVE CLAIMS
          SUMMARY AND PLAN OF ACTION ON EACH.
          D. J. SMITH     .60 hours at  245.00 per hour.             147.00

03/29/05  REVIEW DOCKETS AND PENDING MOTIONS AT REQUEST
          OF AMG.
          D. J. SMITH    1.10 hours at  245.00 per hour.             269.50

03/31/05  REVIEW FILES REGARDING STORES 248 AND 251 AT
          REQUEST OF AMG.
          D. J. SMITH     .50 hours at  245.00 per hour.             122.50

03/31/05  MEMO TO AMG RE: STORES 248 AND 251.
          D. J. SMITH     .50 hours at  245.00 per hour.             122.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $2,652.00


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN        3.00 hours at  $345.00 =      1035.00
DJS    D. J. SMITH           6.60 hours at  $245.00 =      1617.00
       TOTALS                9.60                        $2,652.00


   **COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2005**


          TELEPHONE                                    0.60
03/09/05  WESTLAW RESEARCH                            14.04
03/09/05  WESTLAW RESEARCH                             1.17
03/09/05  WESTLAW RESEARCH                             3.30
03/09/05  WESTLAW RESEARCH                            30.76

          TOTAL COSTS AS POSTED THROUGH MARCH 31, 2005      $49.87
                                                      ------------
                              INVOICE   377026TOTAL    $2,701.87
                                                      ------------


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER   377026

MAY 9, 2005
REF. NO.   50116-23462
PAGE     3

BALANCE DUE FROM PREVIOUS STATEMENT                    $862.50
LESS: PAYMENTS                                           $.00

                                                     ------------
                          TOTAL AMOUNT DUE            $3,564.37
                                                     ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 26, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  379936

RE:  **BANKRUPTCY**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $10,032.50 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $10,032.50 |
| LEGAL SERVICES POSTED THROUGH 04/30/05 | $1,480.50 |
| COSTS ADVANCED POSTED THROUGH 04/30/05 | $.00 |
| CURRENT INVOICE TOTAL | $1,480.50 |
| **TOTAL AMOUNT DUE** | **$11,513.00** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 11513.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11513.00 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     MAY 26, 2005
BANKRUPTCY                                  REF. NO.  49761-23399
INVOICE NUMBER  379936                      PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005


04/13/05  PREPARE FEE PETITIONS.
          A. M. GRUNSPAN   2.10 hours at  345.00 per hour.          724.50

04/18/05  MEMO FROM AMG RE: PREPARATION OF STATEMENTS FOR
          FILING.
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

04/19/05  REVIEW AND EDIT DESCRIPTIONS OF WORK IN
          STATEMENTS TO PRESERVE ATTORNEY-CLIENT AND WORK
          PRODUCT.
          D. J. SMITH   1.10 hours at  245.00 per hour.            269.50

04/19/05  MEMO TO AMG RE: NEEDED REVISIONS TO STATEMENTS.
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

04/25/05  SEVERAL CORRESPONDENCE WITH SKADDEN REGARDING
          RETENTION ISSUES.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/26/05  SEVERAL CALLS TO CO-COUNSEL REGARDING RETENTION
          ISSUES.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,480.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.80 hours at | $345.00 = | 966.00 |
| DJS | D. J. SMITH | 2.10 hours at | $245.00 = | 514.50 |
| | TOTALS | 4.90 | | $1,480.50 |

                                        ------------
                    INVOICE  379936 TOTAL      $1,480.50
                                        ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 26, 2005
BANKRUPTCY                                REF. NO.  49761-23399
INVOICE NUMBER  379936                    PAGE   2


BALANCE DUE FROM PREVIOUS STATEMENT              $10,032.50
LESS: PAYMENTS                                        $.00
                                            ------------
                    **TOTAL AMOUNT DUE**      **$11,513.00**
                                            ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction