# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL 32254                     REF. NO.  50116-23446
                                           INVOICE NUMBER  379933
```

**RE:  HURRICANE CLAIMS PREPARATION**

```
BALANCE DUE FROM PREVIOUS STATEMENT          $7,525.57
LESS: PAYMENTS                                    $.00
                                             ------------
              BALANCE FORWARD                 $7,525.57


LEGAL SERVICES POSTED THROUGH 04/30/05       $7,923.00
COSTS ADVANCED POSTED THROUGH 04/30/05       $1,427.95
                                             ------------
              CURRENT INVOICE TOTAL          $9,350.95
                                             ------------

              TOTAL AMOUNT DUE              $16,876.52
                                             ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 16876.52 | 0.00 | 0.00 | 0.00 | 0.00 | 16876.52 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | MAY 20, 2005 |
| HURRICANE CLAIMS PREPARATION | REF. NO.  50116-23446 |
| INVOICE NUMBER  379933 | PAGE   1 |


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005**


04/01/05 WORK WITH LANDLORDS.
E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

04/04/05 TELEPHONE CONFERENCE WITH SUSAN AT RANGER
INSURANCE REGARDING STORE NO.:  2219 AND FOLLOW
UP; TELEPHONE CONFERENCE WITH FIRST MERCURY
INSURANCE REGARDING STORE NO.: 332 AND FOLLOW
UP.
E. G. OSMAN    .40 hours at  345.00 per hour.                   138.00

04/05/05 WORK ON ISSUES RELATED TO LETTER FROM INSURANCE
AGENT D. BIGGERS ON STORE NO.: 541; ANALYSIS OF
LANDLORD'S POSITION ON STORE 578; WRITE TO C.
LOGAN PROPERTY MANAGER; WRITE TO RACHEL
LAMBERTH REGARDING FOLLOW UP; FOLLOW UP ON
INQUIRY REGARDING STORE NO.: 2219.
E. G. OSMAN    .70 hours at  345.00 per hour.                   241.50

04/06/05 WORK ON ISSUES RELATED TO LANDLORDS.
E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

04/07/05 CONTACT CLIENT REGARDING STATUS UPDATE; LETTER
TO EDITH OSMAN REGARDING SAME.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/07/05 CONTINUE WORK ON PROBLEMS.
E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

04/11/05 REVIEW OF CORRESPONDENCE FROM MICHELLE NABORS
OF FIRST MERCURY INSURANCE COMPANY REGARDING
STORE NO.:  332.
E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

04/11/05 CONTACT R. LAMBERTH; WORK ON ORGANIZING TRIP TO
JACKSONVILLE.
E. G. OSMAN    .70 hours at  345.00 per hour.                   241.50

04/13/05 WORK ON MEETING; WORK ON LANDLORDS.
E. G. OSMAN    .30 hours at  345.00 per hour.                   103.50

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  379933                    PAGE   2

04/14/05   PREPARE MEMORANDA TO THE FILE; LETTERS TO
           LANDLORDS FOLLOWING UP ON DAMAGES AND
           ADDITIONAL DOCUMENTATION; AND PREPARE LETTER TO
           CLIENT REGARDING ADDITIONAL INVOICES NEEDED.
           N.D. QUINN   1.00 hours at  245.00 per hour.                245.00

04/15/05   WORK ON LANDLORDS ISSUES.
           E. G. OSMAN    .30 hours at  345.00 per hour.               103.50

04/15/05   FINALIZE MEMORANDA TO THE FILE; FINALIZE
           LETTERS TO LANDLORDS FOLLOWING UP ON DAMAGES
           AND ADDITIONAL DOCUMENTATION; AND FINALIZE
           LETTER TO CLIENT REGARDING ADDITIONAL INVOICES
           NEEDED.
           N.D. QUINN    .50 hours at  245.00 per hour.                122.50

04/19/05   WORK ON ISSUES AND TRIP PLANS.
           E. G. OSMAN    .90 hours at  345.00 per hour.               310.50

04/22/05   REVIEW OF CORRESPONDENCE FROM RACHEL LAMBERTH
           REGARDING STORE NO. 612 FURTHER ACTIONS WORK ON
           LANDLORDS.
           E. G. OSMAN    .30 hours at  345.00 per hour.               103.50

04/25/05   WORK ON PLANNING FOR MEETING.
           E. G. OSMAN   1.40 hours at  345.00 per hour.               483.00

04/26/05   WRITE TO R. LAMBERTH REGARDING VARIOUS MATTERS
           FOR MEETING; FINALIZE CORRESPONDENCE TO RACHEL
           REGARDING VARIOUS STORES; WORK ON UPDATING
           CHARTS.
           E. G. OSMAN   1.00 hours at  345.00 per hour.               345.00

04/27/05   PREPARE FOR TRIP TO JACKSONVILLE; REVIEW OF
           FILE; ENTER NEW INFORMATION ON CHART, ETC.
           E. G. OSMAN   2.50 hours at  345.00 per hour.               862.50

04/28/05   TRAVEL TO AND ATTEND MEETINGS AT WINN DIXIE.
           (13.5 REDUCED TO 11.5).
           E. G. OSMAN  11.50 hours at  345.00 per hour.              3967.50

04/29/05   PREPARE CHARTS OF STORES ▓▓▓▓▓▓▓▓▓▓▓▓ AND FOLLOW
           UP; PREPARE CHARTS OF STORES WHERE WE HAVE NOT
           RECEIVED A RESPONSE FROM LANDLORD AND FOLLOW
           UP.
           E. G. OSMAN    .90 hours at  345.00 per hour.               310.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  379933                    PAGE   3


TOTAL FEES FOR PROFESSIONAL SERVICES                 $7,923.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.40 hours at | $345.00 = | 138.00 |
| EGO | E. G. OSMAN | 21.50 hours at | $345.00 = | 7417.50 |
| NDQ | N.D. QUINN | 1.50 hours at | $245.00 = | 367.50 |
| | TOTALS | 23.40 | | $7,923.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2005**


COPYING COST                                        14.60
POSTAGE                                              2.54
TELEPHONE                                            1.65
04/29/05 COPYING COST - VENDOR: IKON OFFICE SOLUTIONS  -  1409.16
BLOWBACK COPIES OF DATABASE IMAGING (RAPID
PRINT (Z-PRINT)

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2005      $1,427.95
                                                  ------------
                   INVOICE  379933TOTAL           $9,350.95
                                                  ------------



BALANCE DUE FROM PREVIOUS STATEMENT               $7,525.57
LESS: PAYMENTS                                        $.00

                                                  ------------
                        **TOTAL AMOUNT DUE**      **$16,876.52**
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictic

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION        MAY 20, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL 32254                  REF. NO.  50116-23449
                                        INVOICE NUMBER  379927
```

```
RE:  DOLGENCORP, INC, STORE 221
```

```
BALANCE DUE FROM PREVIOUS STATEMENT        $1,818.76
LESS: PAYMENTS                                  $.00
                                           ------------
             BALANCE FORWARD               $1,818.76


LEGAL SERVICES POSTED THROUGH 04/30/05     $1,788.50
COSTS ADVANCED POSTED THROUGH 04/30/05          $.55
                                           ------------
             CURRENT INVOICE TOTAL         $1,789.05
                                           ------------

             TOTAL AMOUNT DUE              $3,607.81
                                           ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 1789.05 | 1818.76 | 0.00 | 0.00 | 0.00 | 3607.81 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION            MAY 20, 2005
DOLGENCORP, INC, STORE 221                  REF. NO.  50116-23449
INVOICE NUMBER  379927                      PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005**


04/11/05  REVIEW DOCUMENTS (2 BOXES) PRODUCED BY
          DOLGENCORP FOR FURTHER DISCOVERY ON GAPS IN
          INFORMATION.
          D. J. SMITH   1.80 hours at  245.00 per hour.            441.00

04/12/05  REVIEW RESEARCH ON ████████████████ IN
          CONNECTION WITH DRAFTING MEMORANDUM.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

04/21/05  MEMO TO AMG ON ████████████████████
          D. J. SMITH   .50 hours at  245.00 per hour.             122.50

04/22/05  MEMO OF LAW ON ████████████████████
          ████████████████████████████████████
          D. J. SMITH   2.40 hours at  245.00 per hour.            588.00

04/27/05  REVIEW FILE REGARDING DISCOVERY.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.           73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,788.50


ATTORNEY FEE SUMMARY

DJS    D. J. SMITH       4.70 hours at  $245.00 =      1151.50
JRA    J. R. ALDERMAN    2.60 hours at  $245.00 =       637.00
       TOTALS            7.30                        $1,788.50


**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2005**


          COPYING COST                      0.40
          TELEPHONE                         0.15

          TOTAL COSTS AS POSTED THROUGH APRIL 30, 2005      $.55
                                                       ------------
                          INVOICE  379927TOTAL         $1,789.05
                                                       ------------


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER   379927                   PAGE    2


BALANCE DUE FROM PREVIOUS STATEMENT                    $1,818.76
LESS: PAYMENTS                                             $.00
                                                   ------------
                        **TOTAL AMOUNT DUE**           $3,607.81
                                                   ============

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

MAY 20, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23453
INVOICE NUMBER 379934

**RE: DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $5,062.52 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $5,062.52 |
| | |
| LEGAL SERVICES POSTED THROUGH 04/30/05 | $1,792.00 |
| COSTS ADVANCED POSTED THROUGH 04/30/05 | $.00 |
| CURRENT INVOICE TOTAL | $1,792.00 |
| **TOTAL AMOUNT DUE** | **$6,854.52** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 6854.52 | 0.00 | 0.00 | 0.00 | 0.00 | 6854.52 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictic

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  379934                    PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005

04/07/05  LETTER TO R. GILBERT REGARDING ███████████
          ██████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

04/08/05  SEVERAL CALLS TO CLIENT STATUS AND STRATEGY.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

04/11/05  CONTACT CO-COUNSEL REGARDING ███████████.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

04/13/05  PREPARE STATUS REPORT TO COURT AND REQUEST TO
          CONTINUE HEARING ON MOTION FOR REMAND.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.           276.00

04/13/05  REVISE REMAND MEMORANDUM OF LAW.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.           379.50

04/14/05  REVISE MOTION TO EXTEND RETENTION DEADLINES.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

04/14/05  REVISE REMAND RESPONSE.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

04/14/05  MEMOS TO/FROM AMG.
          D. J. SMITH    .30 hours at  245.00 per hour.               73.50

04/14/05  PREPARE SECOND MOTION FOR EXTENSION OF TIME DUE
          TO TRANSFER OF BANKRUPTCY.
          D. J. SMITH    .70 hours at  245.00 per hour.              171.50

04/14/05  REVISIONS TO MOTION FOR EXTENSION AS PER AMG.
          D. J. SMITH    .40 hours at  245.00 per hour.               98.00

04/18/05  REVIEW ORDER ON STATUS REPORT.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $1,792.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictions.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION      MAY 20, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   379934                PAGE    2

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.20 hours at | $345.00 = | 1449.00 |
| DJS | D. J. SMITH | 1.40 hours at | $245.00 = | 343.00 |
| | TOTALS | 5.60 | | $1,792.00 |

INVOICE   379934TOTAL        $1,792.00
------------

BALANCE DUE FROM PREVIOUS STATEMENT        $5,062.52
LESS: PAYMENTS                              $.00

------------
**TOTAL AMOUNT DUE**        $6,854.52
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdict

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23455
                                          INVOICE NUMBER  379928
```

**RE:  YDB THREE LAKES, LC, STORE 210**

```
BALANCE DUE FROM PREVIOUS STATEMENT          $9,571.11
LESS: PAYMENTS                                   $.00
                                             ------------
            BALANCE FORWARD                  $9,571.11


LEGAL SERVICES POSTED THROUGH 04/30/05       $6,524.00
COSTS ADVANCED POSTED THROUGH 04/30/05          $19.60
                                             ------------
            CURRENT INVOICE TOTAL            $6,543.60
                                             ------------

      TOTAL AMOUNT DUE                       $16,114.71
                                             ============
```

### AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 6543.60 | 9571.11 | 0.00 | 0.00 | 0.00 | 16114.71 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

FED. ID: 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  379928                    PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005

03/29/05 WORK ON RESPONSES TO FAMILY DOLLAR DISCOVERY.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.          147.00

03/29/05 DRAFT RESPONSES TO DISCOVERY.
         J. R. ALDERMAN   2.10 hours at  245.00 per hour.          514.50

04/06/05 RESEARCH CASE LAW ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ IN
         CONNECTION WITH RESPONSE TO FAMILY DOLLARS
         MOTION TO DISMISS.
         J. R. ALDERMAN   3.90 hours at  245.00 per hour.          955.50

04/08/05 SEVERAL CALLS TO CLIENT REGARDING STATUS AND
         STRATEGY.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/11/05 DRAT MEMORANDUM OF LAW IN OPPOSITION TO MOTION
         TO DISMISS.
         J. R. ALDERMAN   3.60 hours at  245.00 per hour.          882.00

04/12/05 REVIEW FILE IN CONNECTION WITH DRAFTING
         RESPONSES TO DISCOVERY.
         J. R. ALDERMAN   1.10 hours at  245.00 per hour.          269.50

04/13/05 REVISE MEMORANDUM OF LAW IN OPPOSITION TO
         MOTION TO DISMISS.
         A. M. GRUNSPAN   2.40 hours at  345.00 per hour.          828.00

04/13/05 WORK ON MEMORANDUM.
         J. R. ALDERMAN   1.20 hours at  245.00 per hour.          294.00

04/13/05 REVIEW FILE IN CONNECTION WITH DRAFTING
         RESPONSES TO DISCOVERY.
         J. R. ALDERMAN   1.40 hours at  245.00 per hour.          343.00

04/14/05 LETTER TO OPPOSING COUNSEL REGARDING STAY
         EXTENSION.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/14/05 MEMO TO AMG RE: DEADLINES IN LIGHT OF
         BANKRUPTCY DEVELOPMENTS.
         D. J. SMITH    .30 hours at  245.00 per hour.             73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | MAY 20, 2005 |
| YDB THREE LAKES, LC, STORE 210 | REF. NO.  50116-23455 |
| INVOICE NUMBER  379928 | PAGE   2 |

04/19/05  REVIEW FILE IN CONNECTION WITH DISCOVERY
RESPONSES.
J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

04/25/05  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
REGARDING DISCOVERY.
A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

04/26/05  CONFER WITH DJS REGARDING PENDING FAMILY DOLLAR
DISCOVERY.
J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

04/26/05  DRAFT MOTION FOR EXTENSION OF TIME TO FILE
DISCOVERY RESPONSES.
J. R. ALDERMAN    1.30 hours at  245.00 per hour.          318.50

04/27/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

04/27/05  RESEARCH ███████████████████████CONNECTION
WITH RESPONDING TO DISCOVERY.
J. R. ALDERMAN    1.80 hours at  245.00 per hour.          441.00

04/28/05  CONTACT JASON ALDERMAN REGARDING ENLARGEMENT
AND DISCOVERY.
A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

04/29/05  MEMO TO AMG.
D. J. SMITH    .10 hours at  245.00 per hour.               24.50

04/29/05  WORK ON DISCOVERY.
J. R. ALDERMAN    3.10 hours at  245.00 per hour.          759.50


TOTAL FEES FOR PROFESSIONAL SERVICES          $6,524.00


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.50 hours at | $345.00 | = | 1207.50 |
| DJS | D. J. SMITH | 0.40 hours at | $245.00 | = | 98.00 |
| JRA | J. R. ALDERMAN | 21.30 hours at | $245.00 | = | 5218.50 |
| | TOTALS | 25.20 | | | $6,524.00 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2005


COPYING COST                                19.60

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION        MAY 20, 2005
YDB THREE LAKES, LC, STORE 210          REF. NO.  50116-23455
INVOICE NUMBER  379928                  PAGE    3
```

```
TOTAL COSTS AS POSTED THROUGH APRIL 30, 2005          $19.60
                                                  ------------
                        INVOICE  379928TOTAL        $6,543.60
                                                  ------------


BALANCE DUE FROM PREVIOUS STATEMENT                 $9,571.11
LESS: PAYMENTS                                           $.00

                                                  ------------
                        TOTAL AMOUNT DUE           $16,114.71
                                                  ============
```

# CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

MAY 24, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER  379929

**RE:  SUMAR ENTERPRISES, LTD, STORE 295**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $3,663.09 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $3,663.09 |
| | |
| LEGAL SERVICES POSTED THROUGH 04/30/05 | $11,816.50 |
| COSTS ADVANCED POSTED THROUGH 04/30/05 | $136.12 |
| CURRENT INVOICE TOTAL | $11,952.62 |
| | |
| **TOTAL AMOUNT DUE** | **$15,615.71** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 11952.62 | 3663.09 | 0.00 | 0.00 | 0.00 | 15615.71 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 24, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.   50116-23457
INVOICE NUMBER   379929                   PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005**


04/04/05  CONTACT BOB REYNOLDS.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

04/06/05  REVIEW FILE. DRAFT MOTION FOR EXTENSION OF TIME
          TO EFFECT SERVICE ON OUT PARCEL DEFENDANTS.
          J. R. ALDERMAN     .80 hours at  245.00 per hour.         196.00

04/06/05  CONFER WITH PARALEGAL REGARDING SERVICE ON OUT
          PARCEL DEFENDANTS.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.         147.00

04/07/05  REVISE MOTION TO EXTEND TIME TO SERVE
          ADDITIONAL DEFENDANTS.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

04/07/05  REVISE, EDIT RESPONSE TO FAMILY DOLLAR'S MOTION
          TO DISMISS.
          J. R. ALDERMAN    2.10 hours at  245.00 per hour.         514.50

04/07/05  RESEARCH AND REVIEW CASE LAW ON ███████████
          ██████████████████████████████████████
          J. R. ALDERMAN    2.50 hours at  245.00 per hour.         612.50

04/07/05  REVIEW CASE LAW ON ██████████████████████
          ██████████████████████████████████████
          J. R. ALDERMAN    2.60 hours at  245.00 per hour.         637.00

04/08/05  SEVERAL CALLS REGARDING STATUS AND STRATEGY.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

04/08/05  DRAFT RESPONSE TO FAMILY DOLLAR'S MOTION TO
          DISMISS.
          J. R. ALDERMAN    4.60 hours at  245.00 per hour.        1127.00

04/08/05  REVIEW FILE.
          J. R. ALDERMAN    1.90 hours at  245.00 per hour.         465.50

04/11/05  RESEARCH SERVICE OF PROCESS ON A DISSOLVED
          LIMITED FLORIDA PARTNERSHIP.
          J. R. ALDERMAN    1.40 hours at  245.00 per hour.         343.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictic

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION            MAY 24, 2005
SUMAR ENTERPRISES, LTD, STORE 295           REF. NO.  50116-23457
INVOICE NUMBER  379929                      PAGE    2

04/11/05  WORK WITH PARALEGAL ON SERVICE OF PROCESS
          ISSUES.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.          171.50

04/11/05  CONFER WITH AMG REGARDING HEARING ON SERVICE OF
          PROCESS ISSUES.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

04/11/05  REVIEW FILE IN CONNECTION WITH OBTAINING
          SERVICE ON OUT PARCEL DEFENDANTS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.          147.00

04/12/05  REVIEW FILE IN CONNECTION DRAFTING MEMORANDUM
          OF LAW IN OPPOSITION TO LANDLORD'S MOTION TO
          DISMISS.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.          514.50

04/13/05  CONFER WITH AMG REGARDING SERVICE OF PROCESS.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

04/13/05  PERFORM AUTOTRACK AND OTHER ONLINE SEARCHES FOR
          INFORMATION TO ASSIST SERVICE OF PROCESS.
          L. GOLDSTEIN*   2.60 hours at   85.00 per hour.           221.00

04/14/05  MEMO TO AMG RE: DEADLINES IN LIGHT OF
          BANKRUPTCY DEVELOPMENTS.
          D. J. SMITH    .30 hours at  245.00 per hour.              73.50

04/14/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

04/14/05  DRAFT DISCOVERY.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

04/19/05  CONFER WITH AMG REGARDING HEARING ON MOTION TO
          EXTEND SERVICE OF PROCESS.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

04/19/05  TELECONFERENCES WITH OPPOSING COUNSELS
          REGARDING MOTION FOR EXENSION.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

04/19/05  REVIEW OF FILE.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

04/19/05  WORK ON SERVICE OF OUT PARCEL DEFENDANTS.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with on (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictic

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION        MAY 24, 2005
SUMAR ENTERPRISES, LTD, STORE 295       REF. NO.  50116-23457
INVOICE NUMBER  379929                  PAGE   3


04/21/05  TELEPHONE CONFERENCE WITH MARK GOLDSTEIN,
          COUNSEL FOR OUT PARCEL DEFENDANT FIVE STAR
          DREAM.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

04/25/05  CORRESPONDENCE WITH JASON ALDERMAN REGARDING
          STIPULATION AS TO OUTPARCEL OWNER.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

04/25/05  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING DISCOVERY.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

04/25/05  WORK ON DISCOVERY RESPONSES.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.         318.50

04/25/05  REVIEW OF FILE IN CONNECTION WITH PREPARING
          DISCOVERY RESPONSES.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

04/25/05  CONFER WITH AMG AND DJS REGARDING DOCUMENT
          PRODUCTION.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

04/25/05  CONFER WITH MARK GOLDSTEIN REGARDING
          STIPULATION FOR DISMISSAL.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/25/05  CONFER WITH AMG REGARDING FIVE STAR DREAM AND
          EARLY SETTLEMENT.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

04/25/05  AUTOTRACK SEARCHES FOR INFORMATION ON FFCA
          ACQUISITION CORPORATION AND FFCA INSTITUTIONAL
          ADVISORS, INC.  MARK SEARCH RESULTS AND CREATE
          FILE.
          L. GOLDSTEIN*    1.00 hours at  85.00 per hour.           85.00

04/26/05  DRAFT RESPONSES TO REQUEST FOR PRODUCTION.
          J. R. ALDERMAN    3.20 hours at  245.00 per hour.         784.00

04/26/05  REVIEW CORPORATE DETAILS ON SUMAR ENTERPRISES,
          LTD AND FFCA ACQUISITION CORPORATION.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

04/26/05  TELECONFERENCE WITH IN HOUSE COUNSEL FOR FFCA
          ACQUISITION; INSTRUCTIONS TO PARALEGAL
          REGARDING DOCUMENT PRODUCTION.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION         MAY 24, 2005
SUMAR ENTERPRISES, LTD, STORE 295        REF. NO.  50116-23457
INVOICE NUMBER  379929                   PAGE   4

04/26/05  CONFER WITH PARALEGAL REGARDING SERVICE ON
          SUMAR ENTERPRISES, INC., GENERAL MEMBER OF
          SUMAR ENTERPRISES, LTD.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/26/05  REVIEW TITLE REPORT ON SHOPPING CENTER.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/26/05  CONFER WITH PARALEGAL REGARDING DISCOVERY
          MOTIONS.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

04/26/05  PREPARE REQUESTED FILES FOR CO-DEFENDANTS.
          PERFORM ADDITIONAL AUTOTRACK SEARCHES FOR
          CORPORATE RECORDS.
          L. GOLDSTEIN*    .70 hours at  85.00 per hour.             59.50

04/27/05  CORRESPONDENCE WITH JASON ALDERMAN REGARDING
          SUCCESSOR OUTPARCEL PROPERTY OWNER.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/27/05  CORRESPONDENCE TO CLIENT REGARDING DOLLAR STORE
          INFORMATION REQUESTED.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

04/27/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          RESPONSES TO DISCOVERY.
          J. R. ALDERMAN   3.80 hours at  245.00 per hour.          931.00

04/27/05  WORK ON SERVICE OF FFCA ACQUISITION
          CORPORATION.
          J. R. ALDERMAN   3.70 hours at  245.00 per hour.          906.50

04/28/05  CONTACT DAVID J. SMITH REGARDING ENLARGEMENT
          AND DISCOVERY.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

04/28/05  WORKON RESPONSES TO REQUEST FOR PRODUCTION.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.          784.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $11,816.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 24, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  379929                    PAGE   5

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.30 hours at | $345.00 = | 793.50 |
| DJS | D. J. SMITH | 0.30 hours at | $245.00 = | 73.50 |
| JRA | J. R. ALDERMAN | 43.20 hours at | $245.00 = | 10584.00 |
| LG* | L. GOLDSTEIN* | 4.30 hours at | $85.00 = | 365.50 |
| | TOTALS | 50.10 | | $11,816.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2005**

| | | |
|---|---|---|
| | COPYING COST | 59.60 |
| | FAX | 15.00 |
| | POSTAGE | 4.56 |
| | TELEPHONE | 1.96 |
| 04/27/05 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  - <br> ON FIVE STAR DREAM, INC. | 55.00 |

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2005          $136.12
                                                     ------------
                        INVOICE  379929TOTAL          $11,952.62
                                                     ------------


BALANCE DUE FROM PREVIOUS STATEMENT                    $3,663.09
LESS: PAYMENTS                                             $.00

                                                     ------------
                       **TOTAL AMOUNT DUE**           $15,615.71
                                                     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

MAY 27, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  379932

**RE:  GENERAL MATTERS**

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 04/30/05 | $10,775.50 |
| COSTS ADVANCED POSTED THROUGH 04/30/05 | $20.78 |
| CURRENT INVOICE TOTAL | $10,796.28 |
| **TOTAL AMOUNT DUE** | **$10,796.28** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 10796.28 | 0.00 | 0.00 | 0.00 | 0.00 | 10796.28 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
GENERAL MATTERS
INVOICE NUMBER  379932

MAY 27, 2005
REF. NO.  50116-23458
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005**

04/01/05  PREPARE FOR CONFERENCE WITH CLIENTS ON 276.
A. M. GRUNSPAN    .90 hours at  345.00 per hour.          310.50

04/01/05  ATTEND CONFERENCE WITH CLIENTS ON 276.
A. M. GRUNSPAN   1.00 hours at  345.00 per hour.          345.00

04/01/05  CONTACTED BY CLIENT REGARDING HILLSBOROUGH
COUNTY MOTION FOR ORDER TO SHOW CAUSE.
A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

04/01/05  STORE 251 - CONFERENCE CALL WITH J. CASTLE ET
AL. REGARDING STATUS OF LEASE

R. N. GILBERT   1.20 hours at  345.00 per hour.          414.00

04/04/05  CONTACT CLIENT REGARDING ORDER TO SHOW CAUSE.
A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

04/04/05  REVIEW MOTION FOR ORDER TO SHOW CAUSE.
A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/04/05  CONTACT NIALL MCLACHLAN REGARDING PRODUCTION OF
DOCUMENTS REGARDING SHOW CAUSE MOTION.
A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/04/05  LETTER TO CLIENT REGARDING 276 MEMORANDUM OF
LAW.
A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

04/04/05  REVIEW DEFENDANT'S MOTION FOR ORDER TO SHOW
CAUSE, RUCKER V. PEACHTREE CASUALTY
N. T. MCLACHLAN   .40 hours at   245.00 per hour.          98.00

04/04/05  REVIEW COURT DOCKET FOR STATUS OF MOTION FOR
ORDER TO SHOW CAUSE
N. T. MCLACHLAN   .30 hours at   245.00 per hour.          73.50

04/06/05  PHONE CALL WITH JANUARY IN LEGAL DEPARTMENT
REGARDING DOCUMENT PRODUCTION, LOCATION OF ANY
WORKER'S COMPENSATION DOCUMENTS
N. T. MCLACHLAN   .30 hours at   245.00 per hour.          73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION            MAY 27, 2005
GENERAL MATTERS                             REF. NO.  50116-23458
INVOICE NUMBER  379932                      PAGE    2

04/06/05  PHONE CALL WITH SUZY KLEMMT ███████████████████
          ██████████████████████████
          N. T. MCLACHLAN      .20 hours at  245.00 per hour.          49.00

04/07/05  PHONE CALL WITH DEFENDANTS' COUNSEL REGARDING
          DOCUMENTS FORWARDED BY WINN-DIXIE, CANCELLATION
          OF HEARING ON MOTION (RUCKER V. PEACHTREE
          CASUALTY); PREPARE CONFIRMING LETTER REGARDING
          SAME
          N. T. MCLACHLAN      .40 hours at  245.00 per hour.          98.00

04/07/05  PHONE CALL TO D. TURETSKY REGARDING STATUS OF
          APPLICATION FOR EMPLOYMENT OF CARLTON FIELDS AS
          SPECIAL COUNSEL.
          R. N. GILBERT       .30 hours at  345.00 per hour.          103.50

04/11/05  PHONE CALL WITH JANUARY CONANT REGARDING HER
          CONVERSATION WITH DEFENDANT'S COUNSEL
          N. T. MCLACHLAN      .10 hours at  245.00 per hour.          24.50

04/11/05  REVIEW DOCUMENTS PRODUCED BY WINN-DIXIE IN
          RESPONSE TO SUBPOENA
          N. T. MCLACHLAN      .20 hours at  245.00 per hour.          49.00

04/11/05  PHONE CALL WITH DEFENDANTS' COUNSEL REGARDING
          DOCUMENTS PREVIOUSLY MAILED, FORWARDING
          ADDITIONAL COPIES; PREPARE FOLLOW-UP LETTER
          REGARDING SAME
          N. T. MCLACHLAN      .40 hours at  245.00 per hour.          98.00

04/15/05  LETTER FROM CLIENT REGARDING 270; LETTER TO
          SAME.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

04/21/05  SEVERAL LETTERS FROM CLIENT REGARDING ████████████
          ████████████████████████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

04/21/05  CONTACT GRAY COUNSEL.
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

04/21/05  LETTER TO SAME.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

04/22/05  REVIEW DOCUMENTS FROM CLIENT REGARDING
          AGRICULTURE DEPARTMENT BOND.
          A. M. GRUNSPAN      .80 hours at  345.00 per hour.          276.00

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 27, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  379932                    PAGE   3


04/22/05  SEVERAL CALLS TO CO-COUNSEL REGARDING
          TALLAHASSEE COUNSEL.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

04/25/05  CONTACT TALLAHASSEE REGARDING CLAIM ON BOND.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

04/25/05  CONTACT CLIENT REGARDING STRATEGY FOR
          AGRICULTURE BOND.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

04/25/05  SEVERAL CONFERENCES WITH TALLAHASSEE REGARDING
          LIBERTY MUTUAL BOND.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

04/25/05  REVIEW DOCUMENTS REGARDING CLAIM ON BOND.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

04/25/05  TELEPHONE CALLS ALAN GRUNSPAN AND CONFERENCE
          MIKE OLENICK RE: ASSISTING WITH AGRICULTURE.
          N. G. LINNAN    .30 hours at   345.00 per hour.            103.50

04/26/05  REVIEW REGULATIONS REGARDING AGRICULTURAL BOND.
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

04/26/05  SEVERAL CONFERENCES WITH OLENICK AND CLIENTS
          REGARDING STRATEGY FOR BOND.
          A. M. GRUNSPAN    1.40 hours at  345.00 per hour.          483.00

04/26/05  CONTACT R. GILBERT REGARDING BOND AND
          BANKRUPTCY ISSUES RELATING TO AGRICULTURE BOND.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

04/26/05  LETTER TO OLENICK AND MELLICHAMP REGARDING
          OPTIONS ON AGRICULTURE BOND STRATEGY.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

04/26/05  TELEPHONE CONFERENCE WITH N. MONGIOVI (DIVISION
          OF MARKETING - AGRICULTURE).
          M. H. OLENICK    .30 hours at  345.00 per hour.            103.50

04/26/05  PREPARE FOR CONFERENCE CALL WITH J. MELLICHAMP,
          A. GRUNSPAN AND CLIENT REGARDING BONDING
          ISSUES.
          M. H. OLENICK    .20 hours at  345.00 per hour.            69.00

04/26/05  ATTEND CONFERENCE CALL WITH J. MELLICHAMP, A.
          GRUNSPAN AND CLIENT REGARDING BONDING ISSUES.
          M. H. OLENICK    .20 hours at  345.00 per hour.            69.00

### CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | MAY 27, 2005 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  379932 | PAGE   4 |

04/26/05  PREPARE FOR MEETING WITH COMMISSIONER BRONSON
          AND DEPUTY COMMISSIONER RHODES (AGRICULTURE)
          REGARDING BONDS.
          M. H. OLENICK     .80 hours at  345.00 per hour.        276.00

04/26/05  ATTEND MEETING WITH COMMISSIONER BRONSON AND
          DEPUTY COMMISSIONER RHODES (AGRICULTURE)
          REGARDING BONDS.
          M. H. OLENICK     .80 hours at  345.00 per hour.        276.00

04/26/05  RESEARCH SECTIONS 604-15-34, FLA. STAT.
          J. C. MELLICHAMP, III   1.60 hours at  345.00 per hour.  552.00

04/26/05  CONFERENCE WITH ALAN GRUNSPAN AND MIKE OLENICK.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.  172.50

04/26/05  CONFERENCE WITH CLIENT.
          J. C. MELLICHAMP, III    .40 hours at  345.00 per hour.  138.00

04/27/05  SEVERAL LETTERS TO AND LETTERS FROM CLIENT
          REGARDING BOND STRATEGY.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.        207.00

04/27/05  LETTER TO CO-COUNSEL REGARDING STRATEGY.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.        138.00

04/27/05  CONTACTED BY CLIENT REGARDING ADMINISTRATION
          BOND.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.        103.50

04/27/05  REVIEW DEPARTMENT LETTER.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.         69.00

04/27/05  SEVERAL CALLS TO CO-COUNSEL AND CLIENT
          REGARDING STRATEGY.
          A. M. GRUNSPAN     .70 hours at  345.00 per hour.        241.50

04/27/05  SEVERAL LETTERS TO CLIENT AND CO-COUNSEL
          REGARDING BOND RENEWAL.; REVIEW ASSIGNMENT OF
          CERTIFICATE OF DEPOSIT.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.        172.50

04/27/05  CONFERENCE WITH J. MELLICHAMP REGARDING LEGAL
          ISSUES REGARDING BONDS.
          M. H. OLENICK     .30 hours at  345.00 per hour.         103.50

04/27/05  TELEPHONE CONFERENCE WITH A. GRUNSPAN AND
          CLIENT REGARDING STATUS (X2).
          M. H. OLENICK     .30 hours at  345.00 per hour.         103.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          MAY 27, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  379932                    PAGE   5

04/27/05  PREPARE FOR CONFERENCE WITH N. MONGIOVI
          (DIRECTOR-DIVISION OF MARKETING/DEPARTMENT OF
          AGRICULTURE) AND B. HAYES.
          M. H. OLENICK                                    310.50

04/27/05  ATTEND CONFERENCE WITH N. MONGIOVI
          (DIRECTOR-DIVISION OF MARKETING/DEPARTMENT OF
          AGRICULTURE) AND B. HAYES.
          M. H. OLENICK   1.00 hours at  345.00 per hour.   345.00

04/27/05  PREPARE FOR CONFERENCE WITH DEPARTMENT OF
          AGRICULTURE; CONFERENCE WITH DEPARTMENT OF
          AGRICULTURE; CONFERENCE WITH ALAN GRUNSPAN;
          CONFERENCE WITH MIKE OLENICK.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

04/27/05  PREPARE FOR CONFERENCE WITH DEPARTMENT OF
          AGRICULTURE.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

04/27/05  CONFERENCE WITH DEPARTMENT OF AGRICULTURE.
          J. C. MELLICHAMP, III   2.00 hours at  345.00 per hour.   690.00

04/27/05  CONFERENCE WITH ALAN GRUNSPAN.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

04/27/05  CONFERENCE WITH MIKE OLENICK.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

04/28/05  REVIEW OF CORRESPONDENCE FROM CLIENT/A.
          GRUNSPAN REGARDING BOND.
          M. H. OLENICK   .30 hours at  345.00 per hour.    103.50

04/28/05  TELEPHONE CONFERENCE WITH A. GRUNSPAN (X3)
          REGARDING BOND ISSUE.
          M. H. OLENICK   .50 hours at  345.00 per hour.    172.50

04/28/05  TELEPHONE CONFERENCE WITH C. GREEN (DEPARTMENT
          OF AGRICULTURE) REGARDING BOND.
          M. H. OLENICK   .20 hours at  345.00 per hour.     69.00

04/29/05  REVIEW OF MEMOS AND CORRESPONDENCE REGARDING
          BOND/CD.
          M. H. OLENICK   .50 hours at  345.00 per hour.    172.50

04/29/05  TELEPHONE CONFERENCE WITH A. GRUNSPAN (X2)
          REGARDING SAME.
          M. H. OLENICK   .40 hours at  345.00 per hour.    138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | MAY 27, 2005 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  379932 | PAGE    6 |

04/29/05 TELEPHONE CONFERENCE WITH C. GREEN
(AGRICULTURE){X3 REGARDING SAME.
M. H. OLENICK   1.10 hours at  345.00 per hour.          379.50


TOTAL FEES FOR PROFESSIONAL SERVICES          $10,775.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 13.70 hours at | $345.00 = | 4726.50 |
| NTM | N. T. MCLACHLAN | 2.30 hours at | $245.00 = | 563.50 |
| RNG | R. N. GILBERT | 1.50 hours at | $345.00 = | 517.50 |
| MHO | M. H. OLENICK | 7.80 hours at | $345.00 = | 2691.00 |
| NGL | N. G. LINNAN | 0.30 hours at | $345.00 = | 103.50 |
| JCM | J. C. MELLICHAMP, III | 6.30 hours at | $345.00 = | 2173.50 |
| | TOTALS | 31.90 | | $10,775.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2005**

| | |
|---|---|
| COPYING COST | 5.80 |
| FAX | 2.00 |
| POSTAGE | 3.04 |
| TELEPHONE | 9.94 |

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2005          $20.78
------------
INVOICE  379932TOTAL          $10,796.28
------------


BALANCE DUE FROM PREVIOUS STATEMENT          $.00
LESS: PAYMENTS          $.00

------------
**TOTAL AMOUNT DUE**          **$10,796.28**
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 20, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23460
INVOICE NUMBER  379931

RE:  SARRIA HOLDINGS II, INC, STORE 330

BALANCE DUE FROM PREVIOUS STATEMENT          $.00
LESS: PAYMENTS                               $.00
                                     ------------
            BALANCE FORWARD                  $.00

LEGAL SERVICES POSTED THROUGH 04/30/05    $1,138.50
COSTS ADVANCED POSTED THROUGH 04/30/05        $3.30
                                          ------------
            CURRENT INVOICE TOTAL         $1,141.80
                                          ------------

      TOTAL AMOUNT DUE                    $1,141.80
                                          ============

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 1141.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1141.80 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          MAY 20, 2005
SARRIA HOLDINGS II, INC, STORE 330        REF. NO.  50116-23460
INVOICE NUMBER  379931                    PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2005


02/23/05 CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING
         SUBTENANT.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

02/23/05 LETTER TO CLIENT REGARDING ██████████████
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

02/25/05 SEVERAL CORRESPONDENCE WITH CLIENT ████████
         ██████████████████
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

02/28/05 SEVERAL LETTERS TO AND LETTERS FROM CLIENT
         ██████████████████████
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

03/22/05 SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
         ██████████████████████
         A. M. GRUNSPAN   1.20 hours at  345.00 per hour.       414.00

03/22/05 REVIEW FILES REGARDING ████████████████
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

03/22/05 LETTERS TO CLIENT REGARDING SAME.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

04/04/05 LETTER FROM CLIENT REGARDING ████████████
         ████████████████
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES      $1,138.50


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN        3.30 hours at  $345.00 =      1138.50
       TOTALS                3.30                        $1,138.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
SARRIA HOLDINGS II, INC, STORE 330
INVOICE NUMBER  379931

MAY 20, 2005
REF. NO.  50116-23460
PAGE   2

**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2005**

| | |
|---|---|
| FAX | 3.00 |
| TELEPHONE | 0.30 |

| | |
|---|---|
| TOTAL COSTS AS POSTED THROUGH APRIL 30, 2005 | $3.30 |
| | ------------ |
| INVOICE   379931TOTAL | $1,141.80 |
| | ------------ |

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| | ------------ |
| **TOTAL AMOUNT DUE** | $1,141.80 |
| | ============ |

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center 1201 W. Peachtree St. Ste. 3000 Atlanta, Georgia 30309 404.815.3400 Fax 404.815.3415 | P.O. Box 019101 Miami, FL 33131 305.530.0050 Fax 305.530.0055 | P.O. Box 1171 Orlando, FL 32802 407.849.0300 Fax 407.648.9099 | P.O. Box 2861 St. Petersburg, FL 33731 727.821.7000 Fax 727.822.3768 | P.O. Drawer 190 Tallahassee, FL 32302 850.224.1585 Fax 850.222.0398 | P.O. Box 150 West Palm Beach, FL 33402 561.659.7070 Fax 561.659.7368 |

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  382264


RE:  BANKRUPTCY


| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $11,513.00 |
| LESS: PAYMENTS | $.00 |
| | ------------ |
| BALANCE FORWARD | $11,513.00 |


| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $2,574.00 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $22.00 |
| | ------------ |
| CURRENT INVOICE TOTAL | $2,596.00 |
| | ------------ |
| TOTAL AMOUNT DUE | $14,109.00 |
| | ============ |


## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 4076.50 | 10032.50 | 0.00 | 0.00 | 0.00 | 14109.00 |


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER  382264

JUNE 14, 2005
REF. NO.  49761-23399
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005

05/09/05 BILL REVIEW AND PREPARATION FOR SUBMISSION TO
         BANKRUPTCY COUNSEL.
         D. J. SMITH   1.20 hours at  245.00 per hour.               294.00

05/09/05 MEETINGS WITH MARY FRANKLIN RE: CORRECTIONS ON
         BILLS AND NECESSARY RESUBMISSION.
         D. J. SMITH    .50 hours at  245.00 per hour.               122.50

05/09/05 SECOND ROUND OF REVIEW AND REDACTIONS ON
         CORRECTED BILLS.
         D. J. SMITH   1.00 hours at  245.00 per hour.               245.00

05/09/05 MEMO TO AMG RE: BILLING MISTAKES AND NECESSARY
         CORRECTIONS.
         D. J. SMITH    .50 hours at  245.00 per hour.               122.50

05/10/05 REVIEW TRUSTEES OBJECTION TO RETENTION.
         D. J. SMITH    .20 hours at  245.00 per hour.                49.00

05/10/05 MEMO TO AMG.
         D. J. SMITH    .20 hours at  245.00 per hour.                49.00

05/11/05 REVIEW OBJECTION FROM TRUSTEE; CONTACT CLIENT
         REGARDING SAME.
         A. M. GRUNSPAN    .70 hours at  345.00 per hour.            241.50

05/12/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         TRUSTEE OBJECTION.
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

05/12/05 REVIEW TRUSTEE'S OBJECTION TO RETAINING CARLTON
         FIELDS.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

05/12/05 LETTER TO ROBERT GILBERT REGARDING SAME.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

05/19/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         RETENTION ISSUES.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.            207.00

05/19/05 REVIEW AND PREPARE BILLS PACKAGE FOR BANKRUPTCY
         COURT FILING.
         D. J. SMITH   1.10 hours at  245.00 per hour.               269.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1235896

WINN DIXIE STORES, INC                    JUNE 14, 2005
BANKRUPTCY                                REF. NO.  49761-23399
INVOICE NUMBER  382264                    PAGE    2


| | | | |
|---|---|---|---|
| 05/19/05 | MEMO TO AMG RE: BILLS PACKAGE. | | |
| | D. J. SMITH    .40 hours at  245.00 per hour. | | 98.00 |
| 05/19/05 | E-MAIL FROM AMG RE: HEARING. | | |
| | D. J. SMITH    .10 hours at  245.00 per hour. | | 24.50 |
| 05/20/05 | PREPARE FEE PETITION. | | |
| | A. M. GRUNSPAN   .40 hours at  345.00 per hour. | | 138.00 |
| 05/25/05 | REVISE AND REVIEW BILLS FOR SUBMISSION. | | |
| | A. M. GRUNSPAN   .40 hours at  345.00 per hour. | | 138.00 |
| 05/25/05 | PREPARE BILLS FOR FILING WITH BANKRUPTCY COURT AS PER AMG. | | |
| | D. J. SMITH   .80 hours at  245.00 per hour. | | 196.00 |

                TOTAL FEES FOR PROFESSIONAL SERVICES        $2,574.00


ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.20 hours at  $345.00 = | 1104.00 |
| DJS | D. J. SMITH | 6.00 hours at  $245.00 = | 1470.00 |
| | TOTALS | 9.20 | $2,574.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


COPYING COST                                22.00

TOTAL COSTS AS POSTED THROUGH MAY 31, 2005         $22.00
                                            ------------
                        INVOICE  382264TOTAL      $2,596.00
                                            ------------


BALANCE DUE FROM PREVIOUS STATEMENT              $11,513.00
LESS: PAYMENTS                                        $.00
                                            ------------
                        TOTAL AMOUNT DUE         $14,109.00
                                            ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404 815 3400
Fax 404 815 3415

P.O. Box 019101
Miami, FL 33131
305 530 0050
Fax 305 530 0055

P.O. Box 1171
Orlando FL 32802
407 849 0300
Fax 407 648 9099

P.O. Box 2861
St. Petersburg, FL 33731
727 821 7000
Fax 727 822 3768

P.O. Drawer 190
Tallahassee, FL 32302
850 224 1585
Fax 850 222 0398

P.O. Box 150
West Palm Beach, FL 33402
561 659 7070
Fax 561 659 7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO.   50116-24201
INVOICE NUMBER   382275

RE:  FLORIDA DEPARTMENT OF AGRICULTURE

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $3,036.00 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $2.40 |
| CURRENT INVOICE TOTAL | $3,038.40 |
| **TOTAL AMOUNT DUE** | **$3,038.40** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 3038.40 | 0.00 | 0.00 | 0.00 | 0.00 | 3038.40 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date. .

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED ID: 59:1233896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  382275                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005**


04/28/05 SEVERAL CALLS TO CLIENT AND M. OLENICK
         REGARDING BOND ISSUES.
         A. M. GRUNSPAN   1.00 hours at  345.00 per hour.        345.00

04/28/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         EXPIRING BOND SOLUTION.
         A. M. GRUNSPAN   2.10 hours at  345.00 per hour.        724.50

04/29/05 SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
         BOND AND CD STRATEGY.
         A. M. GRUNSPAN   3.20 hours at  345.00 per hour.       1104.00

05/02/05 SEVERAL CORRESPONDENCE WITH CLIENT AND
         CO-COUNSEL REGARDING BOND ISSUES.
         A. M. GRUNSPAN   1.10 hours at  345.00 per hour.        379.50

05/02/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         BOND.
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

05/03/05 SEVERAL CORRESPONDENCE WITH CLIENT AND
         CO-COUNSEL REGARDING BOND.
         A. M. GRUNSPAN    .90 hours at  345.00 per hour.        310.50


         TOTAL FEES FOR PROFESSIONAL SERVICES           $3,036.00


ATTORNEY FEE SUMMARY

  AMG    A. M. GRUNSPAN        8.80 hours at  $345.00 =     3036.00
         TOTALS                8.80                        $3,036.00


         COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


         COPYING COST                               2.40

         TOTAL COSTS AS POSTED THROUGH MAY 31, 2005          $2.40
                                                       ------------
                          INVOICE  382275TOTAL          $3,038.40
                                                       ------------

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  382275                    PAGE    2


BALANCE DUE FROM PREVIOUS STATEMENT                          $.00
LESS: PAYMENTS                                              $.00
                                                   - - - - - - - - - - - -
                       TOTAL AMOUNT DUE              $3,038.40
                                                   ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813-223-7000
Fax 813-229-4133

One Atlantic Center
1201 W. Peachtree St, Ste 3000
Atlanta, Georgia 30309
404-815-3400
Fax 404-815-3415

P.O. Box 019101
Miami, FL 33131
305-530-0050
Fax 305-530-0055

P.O. Box 1171
Orlando, FL 32802
407-849-0300
Fax 407-648-9099

P.O. Box 2861
St. Petersburg, FL 33731
727-821-7000
Fax 727-822-3768

P.O. Drawer 190
Tallahassee, FL 32302
850-224-1585
Fax 850-222-0398

P.O. Box 150
West Palm Beach, FL 33402
561-659-7070
Fax 561-659-7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23462
INVOICE NUMBER 382274

RE: DOLLAR GENERAL INVESTIGATIVE

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $3,564.37 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $3,564.37 |
| | |
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $766.00 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $.15 |
| CURRENT INVOICE TOTAL | $766.15 |
| | |
| **TOTAL AMOUNT DUE** | **$4,330.52** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 766.15 | 3564.37 | 0.00 | 0.00 | 0.00 | 4330.52 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1235096

WINN DIXIE, DEBTOR IN POSSESSION
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER  382274

JUNE 14, 2005
REF. NO.  50116-23462
PAGE   1


### PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005


02/22/05  SEVERAL LETTERS FROM AND LETTER TO CLIENT
          REGARDING STATUS AND STRATEGY.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

04/01/05  MEMO TO AMG RE: STORE 251 ISSUES AND LEGAL
          UPDATE.
          D. J. SMITH     .50 hours at  245.00 per hour.          122.50

04/08/05  PREPARE MEMO TO AMG RE: BANKRUPTCY.
          D. J. SMITH     .30 hours at  245.00 per hour.           73.50

04/26/05  CONFERENCE WITH A. GRUNSPAN REGARDING PRE AND
          POST-PETITION PERFORMANCE BOND ISSUE.
          R. N. GILBERT    .30 hours at  345.00 per hour.          103.50

05/17/05  DRAFT EXECUTIVE SUMMARY OF DOLLAR STORE
          LITIGATION AT DIRECTION OF AMG.
          D. J. SMITH   1.00 hours at  245.00 per hour.           245.00

05/18/05  MEMO TO AMG.
          D. J. SMITH     .20 hours at  245.00 per hour.           49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES             $766.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.50 hours at | $345.00 = | 172.50 |
| DJS | D. J. SMITH | 2.00 hours at | $245.00 = | 490.00 |
| RNG | R. N. GILBERT | 0.30 hours at | $345.00 = | 103.50 |
| | TOTALS | 2.80 | | $766.00 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


TELEPHONE                                        0.15

TOTAL COSTS AS POSTED THROUGH MAY 31, 2005              $.15
                                                  ------------
                       INVOICE  382274TOTAL        $766.15
                                                  ------------

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION        JUNE 14, 2005
DOLLAR GENERAL INVESTIGATIVE            REF. NO.  50116-23462
INVOICE NUMBER   382274                 PAGE    2
```

```
BALANCE DUE FROM PREVIOUS STATEMENT              $3,564.37
LESS: PAYMENTS                                        S.00
                                                 ------------
                        TOTAL AMOUNT DUE          $4,330.52
                                                 ============
```

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23459
INVOICE NUMBER  382273

RE:  JENSEN BEACH PLAZA, LTD, STORE 308

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $.00 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $.00 |
| | |
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $907.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $17.01 |
| CURRENT INVOICE TOTAL | $924.51 |
| TOTAL AMOUNT DUE | $924.51 |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 924.51 | 0.00 | 0.00 | 0.00 | 0.00 | 924.51 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  382273

JUNE 14, 2005
REF. NO.  50116-23459
PAGE   1


PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005


03/08/05 DRAFT MEMORANDUM ON LACHES AND WAIVER.
         J. R. ALDERMAN   1.10 hours at  245.00 per hour.          269.50

03/23/05 ORGANIZE CASE MATERIALS.  PREPARE NEW FILES.
         L. GOLDSTEIN*    .50 hours at  85.00 per hour.             42.50

04/28/05 CONTACT DAVID J. SMITH REGARDING ENLARGEMENT
         AND DISCOVERY.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

05/23/05 SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
         REGARDING FILING COMPLAINT.
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

05/24/05 SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
         REGARDING OUTPARCEL JOINDER AND FILING.
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

05/25/05 CONFER WITH AMG REGARDING FILING OF CASE.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

05/31/05 REVIEW OF FILE. INSTRUCTIONS TO PARLEGAL
         REGARDING EXHIBITS.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00


         TOTAL FEES FOR PROFESSIONAL SERVICES              $907.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.30 hours at | $345.00 = | 448.50 |
| JRA | J. R. ALDERMAN | 1.70 hours at | $245.00 = | 416.50 |
| LG* | L. GOLDSTEIN* | 0.50 hours at | $85.00 = | 42.50 |
| | TOTALS | 3.50 | | $907.50 |


         COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


05/18/05 COPYING COST - VENDOR: MINIT PRINT OF MIAMI  -     17.01
         COPY REDUCTIONS

         TOTAL COSTS AS POSTED THROUGH MAY 31, 2005          $17.01
                                                        - - - - - - - - - - - -

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233696

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
JENSEN BEACH PLAZA, LTD, STORE 308         REF. NO.  50116-23459
INVOICE NUMBER  382273                    PAGE    2


                          INVOICE  382273 TOTAL      $924.51
                                                   - - - - - - - - - - - -


BALANCE DUE FROM PREVIOUS STATEMENT                    $.00
LESS: PAYMENTS                                         $.00

                                                   - - - - - - - - - - - -
                          TOTAL AMOUNT DUE          $924.51
                                                   ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59 1233696

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33101
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  382272

RE:  GENERAL MATTERS

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $10,796.28 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $10,796.28 |
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $4,105.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $14.25 |
| CURRENT INVOICE TOTAL | $4,119.75 |
| **TOTAL AMOUNT DUE** | **$14,916.03** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 14916.03 | 0.00 | 0.00 | 0.00 | 0.00 | 14916.03 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION    JUNE 14, 2005
GENERAL MATTERS    REF. NO. 50116-23458
INVOICE NUMBER 382272    PAGE 1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005

| Date | Description | Amount |
|---|---|---|
| 05/02/05 | REVIEW OF CORRESPONDENCE REGARDING BOND ISSUE.<br>M. H. OLENICK   .50 hours at  345.00 per hour. | 172.50 |
| 05/02/05 | TELEPHONE CONFERENCE WITH C. GREEN (DEP. BUREAU CHIEF).<br>M. H. OLENICK | 172.50 |
| 05/03/05 | TELEPHONE CONFERENCE WITH D. KUHN (WACHOVIA) REGARDING LICENSE ISSUE.<br>M. H. OLENICK | 69.00 |
| 05/03/05 | TELEPHONE CONFERENCE WITH A. CASTLEBERRY (WINN DIXIE) REGARDING LICENSE ISSUE.<br>M. H. OLENICK | 69.00 |
| 05/03/05 | TELEPHONE CONFERENCE WITH D. TAVSH (WINN DIXIE) REGARDING SAME.<br>M. H. OLENICK | 69.00 |
| 05/03/05 | REVIEW OF TRANSMITTAL (WINN DIXIE/WACHOVIA).<br>M. H. OLENICK | 172.50 |
| 05/03/05 | DRAFT CORRESPONDENCE TO DEPARTMENT OF AGRICULTURE.<br>M. H. OLENICK | 172.50 |
| 05/03/05 | PREPARE FOR MEETING WITH C. GREEN (AG) REGARDING LICENSE.<br>M. H. OLENICK | 172.50 |
| 05/03/05 | ATTEND MEETING WITH C. GREEN (AG) REGARDING LICENSE.<br>M. H. OLENICK | 138.00 |
| 05/04/05 | TELEPHONE CONFERENCE WITH A. GRUNSPAN (X2).<br>M. H. OLENICK | 138.00 |
| 05/04/05 | REVIEW OF TIME DEPOSIT.<br>M. H. OLENICK | 103.50 |
| 05/04/05 | TELEPHONE CONFERENCE WITH C. GREEN (AG).<br>M. H. OLENICK | 172.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | JUNE 14, 2005 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  382272 | PAGE   2 |

| | | |
|---|---|---|
| 05/04/05 | PREPARE FOR MEETING WITH C. GREEN. | |
| | M. H. OLENICK | 172.50 |
| 05/04/05 | ATTEND MEETING WITH C. GREEN. | |
| | M. H. OLENICK | 207.00 |
| 05/05/05 | BANKRUPTCY - CONFERENCE WITH A. GRUNSPAN REGARDING CHAPTER 11 BILLING PROCEDURES | |
| | R. N. GILBERT    .30 hours at  345.00 per hour. | 103.50 |
| 05/09/05 | SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING ESTOPPEL LETTERS REGARDING DOLLAR STORES. | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 05/17/05 | PREPARE MEMORANDUM TO CLIENT REGARDING DOLLAR STORE STRATEGY. | |
| | A. M. GRUNSPAN   1.20 hours at  345.00 per hour. | 414.00 |
| 05/17/05 | REVIEW DOCUMENTS REGARDING SAME. | |
| | A. M. GRUNSPAN    .80 hours at  345.00 per hour. | 276.00 |
| 05/18/05 | SEVERAL LETTERS FROM AND LETTERS TO CLIENT REGARDING STRATEGY AND STATUS. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 05/19/05 | SEVERAL CORRESPONDENCE WITH CLIENT REGARDING STRATEGY. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 05/23/05 | CONTACT CLIENT REGARDING STRATEGY. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 05/24/05 | DRAFT COVER LETTER AND SERVE FEBRUARY AND MARCH INVOICES ON DEBTOR, COMMITTEE, ET AL. | |
| | R. N. GILBERT   1.00 hours at  345.00 per hour. | 345.00 |
| 05/27/05 | SEVERAL CORRESPONDENCE WITH CLIENT REGARDING 242 LEASE ISSUES. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 05/31/05 | SEVERAL CORRESPONDENCE WITH CLIENT AND ROBERT GILBERT REGARDING 251. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES             $4,105.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59 1233896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  382272                    PAGE   3


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.80 hours at $345.00 = | 1656.00 |
| RNG | R. N. GILBERT | 1.30 hours at $345.00 = | 448.50 |
| MHO | M. H. OLENICK | 5.80 hours at $345.00 = | 2001.00 |
| | TOTALS | 11.90 | $4,105.50 |

COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


COPYING COST                                   13.20
TELEPHONE                                       1.05

TOTAL COSTS AS POSTED THROUGH MAY 31, 2005          $14.25
                                               ------------
               INVOICE   382272TOTAL               $4,119.75
                                               ------------


BALANCE DUE FROM PREVIOUS STATEMENT            $10,796.28
LESS: PAYMENTS                                      $.00
                                               ------------
               TOTAL AMOUNT DUE                $14,916.03
                                               ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa FL 33601-3239
813 223 7000
Fax 813 229 4133

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER  382271

RE:  SUMAR ENTERPRISES, LTD, STORE 295


BALANCE DUE FROM PREVIOUS STATEMENT        $15,615.71
LESS: PAYMENTS                                  $.00
                                          ------------
            BALANCE FORWARD                $15,615.71


LEGAL SERVICES POSTED THROUGH 05/31/05      $3,955.50
COSTS ADVANCED POSTED THROUGH 05/31/05        $172.07
                                          ------------
            CURRENT INVOICE TOTAL           $4,127.57
                                          ------------

       TOTAL AMOUNT DUE                     $19,743.28
                                          ============


## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 16080.19 | 0.00 | 3663.09 | 0.00 | 0.00 | 19743.28 |


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION                 JUNE 14, 2005
SUMAR ENTERPRISES, LTD, STORE 295                REF. NO.  50116-23457
INVOICE NUMBER  382271                           PAGE   1


### PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005


05/02/05  PREPARE ADDITIONAL MOTION FOR ENLARGEMENT DUE
          TO RESCHEDULING OF HEARING ON RETENTION
          APPROVAL IN BANKRUPTCY COURT.
          D. J. SMITH    .50 hours at  245.00 per hour.          122.50

05/03/05  SEVERAL CALLS TO CLIENT AND JASON ALDERMAN
          REGARDING EXTENSION STATUS AND MOTIONS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

05/03/05  REVISE MOTION FOR EXTENSION.
          D. J. SMITH    .20 hours at  245.00 per hour.           49.00

05/03/05  TELECONFERENCE WITH TODD JONES, COUNSEL FOR GE
          FINANCIAL CORP REGARDING STIPULATION AND
          SERVICE.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

05/03/05  REVIEW LAW ON ASSERTING TRADE SECRET PRIVILEGE
          TO DISCOVERY IN CONNECTION WITH DRAFTING
          RESPONSES TO FAMILY DOLLARS DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.       318.50

05/03/05  WORK ON DISCOVERY.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.       514.50

05/04/05  MEET WITH PARALEGAL REGARDING SERVICE ON SUMAR
          LIMITED.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.        49.00

05/04/05  WORK ON DISCOVERY.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.       637.00

05/09/05  LETTER FROM JASON ALDERMAN REGARDING SERVICE OF
          PROCESS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

05/09/05  TELECONFERENCE WITH MARK SCHECTER, REGARDING
          SERVICE ON SUMAR.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.        49.00

05/10/05  TELECONFERENCE WITH MARK SCHECTER REGARDING
          SUMMAR OUTPARCEL, MEMORANDUM TO FILE REGARDING
          POSSIBLE MCDONALDS UNRECORDED DEED.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.        98.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | JUNE 14, 2005 |
| SUMAR ENTERPRISES, LTD, STORE 295 | REF. NO.  50116-23457 |
| INVOICE NUMBER  382271 | PAGE   2 |

05/11/05 CALL TO TODD NORMAN RE: HEARING.
         D. J. SMITH    .10 hours at  245.00 per hour.                    24.50

05/11/05 CALL TO R. WILKINS RE: HEARING.
         D. J. SMITH    .10 hours at  245.00 per hour.                    24.50

05/11/05 PREPARE FOR HEARING TOMORROW.
         D. J. SMITH    .50 hours at  245.00 per hour.                   122.50

05/12/05 ATTEND HEARING ON MOTION TO FURTHER EXTEND
         PENDING MATTERS UNTIL BANKRUPTCY COURT
         DETERMINATION.
         D. J. SMITH   2.50 hours at  245.00 per hour.                   612.50

05/13/05 REVIEW BACK GROUND SEARCHES ON FFCA.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.                196.00

05/13/05 WORK WITH PARALEGAL REGARDING BACKGROUND
         SEARCHES.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.                 73.50

05/13/05 COPY LEASES AND INSPECTION REPORTS AND ORGANIZE
         INTO SEPARATE FILES.
         E. BROWN*    .50 hours at  85.00 per hour.                       42.50

05/16/05 TELECONFERENCE WITH TODD JONES, COUNSEL FOR GE
         REGARDING ACCEPTANCE OF SERVICE.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.                 98.00

05/16/05 REVIEW FILE IN CONNECTION WITH SERVICE ON FFCA.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.                 73.50

05/23/05 SEVERAL CORRESPONDENCE WITH DAVID J. SMITH AND
         JASON ALDERMAN REGARDING DISCOVERY.
         A. M. GRUNSPAN    .70 hours at  345.00 per hour.                241.50

05/24/05 CONFER WITH AMG REGARDING STATUS OF CASE,
         SERVICE ISSUES, DISCOVERY.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.                 49.00

05/25/05 EMAIL TO TODD JONES, IN HOUSE COUNSEL FOR GE
         FINANCIAL REGARDING SERVICE.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.                 98.00

05/25/05 RECEIPT AND REVIEW OF CORRESPONDENCE FROM TODD
         JONES, COUNSEL FOR GE FINANCIAL.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.                 98.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an [*] were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
SUMAR ENTERPRISES, LTD, STORE 295          REF. NO.  50116-23457
INVOICE NUMBER  382271                     PAGE   3


05/25/05 CONFER WITH AMG REGARDING STATUS OF CASE.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00


         TOTAL FEES FOR PROFESSIONAL SERVICES          $3,955.50


ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.40 hours at  $345.00 = | 483.00 |
| DJS | D. J. SMITH | 3.90 hours at  $245.00 = | 955.50 |
| JRA | J. R. ALDERMAN | 10.10 hours at  $245.00 = | 2474.50 |
| EB* | E. BROWN* | 0.50 hours at   $85.00 = | 42.50 |
| | TOTALS | 15.90 | $3,955.50 |

         COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


         COPYING COST                                   34.00
         FAX                                             9.00
         POSTAGE                                         3.86
         TELEPHONE                                       5.88
05/17/05 SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  - 45.00
         SERVICE OF PROCESS
05/31/05 MILEAGE/TOLLS/PARKING - VENDOR: DAVID J. SMITH  54.09
         - 5/12 TRAVEL TO ATTEND HEARING
05/03/05 EXPRESS MAIL                                    20.24

         TOTAL COSTS AS POSTED THROUGH MAY 31, 2005       $172.07
                                                       - - - - - - - - - - - -
                          INVOICE  382271TOTAL          $4,127.57
                                                       - - - - - - - - - - - -


         BALANCE DUE FROM PREVIOUS STATEMENT             $15,615.71
         LESS: PAYMENTS                                        $.00

                                                       - - - - - - - - - - - -
                          TOTAL AMOUNT DUE              $19,743.28
                                                       ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID 59-1233896

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

JUNE 20, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23455
INVOICE NUMBER  382269

**RE:  YDB THREE LAKES, LC, STORE 210**

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $15,164.71 |
| LESS: PAYMENTS | $.00 |
| | ------------ |
| BALANCE FORWARD | $15,164.71 |
| | |
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $4,528.00 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $32.92 |
| | ------------ |
| CURRENT INVOICE TOTAL | $4,560.92 |
| | ------------ |
| **TOTAL AMOUNT DUE** | **$19,725.63** |
| | ============ |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 19725.63 | 0.00 | 0.00 | 0.00 | 0.00 | 19725.63 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59 1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | JUNE 20, 2005 |
| YDB THREE LAKES, LC, STORE 210 | REF. NO.  50116-23455 |
| INVOICE NUMBER  382269 | PAGE   1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005**

05/02/05  PREPARE ADDITIONAL MOTION FOR ENLARGEMENT DUE
TO RESCHEDULING OF HEARING ON RETENTION
APPROVAL IN BANKRUPTCY COURT.
D. J. SMITH     .50 hours at  245.00 per hour.                    122.50

05/02/05  REVIEW CASE LAW ON UNCLEAN HANDS AND WAIVER IN
CONTEXT OF ENFORCING REAL PROPERTY CONVENAT.
J. R. ALDERMAN  4.70 hours at  245.00 per hour.                  1151.50

05/03/05  SEVERAL CALLS TO CLIENT AND JASON ALDERMAN
REGARDING EXTENSION STATUS AND MOTIONS.
A. M. GRUNSPAN   .30 hours at  345.00 per hour.                   103.50

05/03/05  REVISE MOTION FOR EXTENSION.
D. J. SMITH     .20 hours at  245.00 per hour.                     49.00

05/03/05  REVIEW CASE LAW ON ASSERTING OBJECTIONS OF
OVERLY BROAD AND UNDULY BURDENSOME TO
DISCOVERY.
J. R. ALDERMAN   .80 hours at  245.00 per hour.                   196.00

05/04/05  CONFER WITH PARALEGAL REGARDING DOCUMENT
PRODUCTION.
J. R. ALDERMAN   .20 hours at  245.00 per hour.                    49.00

05/05/05  REVIEW LAW ON DOMINANT AND SERVANT ESTATE IN
CONNECTION WITH MEMORANDUM.
J. R. ALDERMAN  3.20 hours at  245.00 per hour.                   784.00

05/10/05  REVIEW DRAFT WRITTEN DISCOVERY RESPONSES AND
OBJECTIONS.
D. J. SMITH     .60 hours at  245.00 per hour.                    147.00

05/10/05  CONFER WITH AMG REGARDING DISCOVERY RESPONSES.
J. R. ALDERMAN   .30 hours at  245.00 per hour.                    73.50

05/10/05  WORK ON ANSWERS TO INTERROGATORIES.
J. R. ALDERMAN   .90 hours at  245.00 per hour.                   220.50

05/10/05  WORK ON RESPONSES TO REQUEST FOR PRODUCTION.
J. R. ALDERMAN   .90 hours at  245.00 per hour.                   220.50

05/10/05  CONFER WITH DJS REGARDING DISCOVERY MOTIONS.
J. R. ALDERMAN   .20 hours at  245.00 per hour.                    49.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION          JUNE 20, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  382269                    PAGE   2
```

```
05/13/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN   .50 hours at  245.00 per hour.          122.50

05/13/05  COPY LEASES AND INSPECTION REPORTS AND ORGANIZE
          INTO SEPARATE FILES.
          E. BROWN*   .50 hours at  85.00 per hour.                 42.50

05/20/05  WORK WITH PARALEGAL REGARDING DOCUMENT
          PRODUCTION.
          J. R. ALDERMAN   .70 hours at  245.00 per hour.          171.50

05/20/05  MEMORANDUM TO AMG REGARDING INFORMATION NEEDED
          FROM CLIENT AND RESPONSES TO DISCOVERY.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.          147.00

05/23/05  CONTACT CLIENT REGARDING DISCOVERY.
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.           69.00

05/23/05  RESEARCH LAW ON SPECIFIC PERFORMANCE OF LEASE
          AGREEMENT IN CONNECTION WITH RESPONSE TO
          LANDLORD'S MOTION TO DISMISS.
          J. R. ALDERMAN  2.60 hours at  245.00 per hour.          637.00

05/24/05  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING DISCOVERY COMPLIANCE.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.          172.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $4,528.00
```

ATTORNEY FEE SUMMARY

```
AMG    A. M. GRUNSPAN       1.00 hours at  $345.00 =       345.00
DJS    D. J. SMITH          1.30 hours at  $245.00 =       318.50
JRA    J. R. ALDERMAN      15.60 hours at  $245.00 =      3822.00
EB*    E. BROWN*            0.50 hours at   $85.00 =        42.50
       TOTALS              18.40                       $4,528.00
```

### COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005

```
          COPYING COST                        11.20
          FAX                                 13.00
          POSTAGE                              7.04
          TELEPHONE                            1.68

          TOTAL COSTS AS POSTED THROUGH MAY 31, 2005        $32.92
                                                        ------------
```

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED ID 59-1203896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 20, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.   50116-23455
INVOICE NUMBER   382269                   PAGE    3

                          INVOICE   382269TOTAL        $4,560.92
                                                     - - - - - - - - - - - -


BALANCE DUE FROM PREVIOUS STATEMENT                  $15,164.71
LESS: PAYMENTS                                            $.00

                                                     - - - - - - - - - - - -
                          TOTAL AMOUNT DUE           $19,725.63
                                                     ============

# CARLTON FIELDS

## ATTORNEYS AT LAW

FEI D 59-1233696

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St. Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 14, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23453
INVOICE NUMBER  382268

RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $6,854.52 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $6,854.52 |
| LEGAL SERVICES POSTED THROUGH 05/31/05 | $1,574.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/05 | $5.35 |
| CURRENT INVOICE TOTAL | $1,579.85 |
| **TOTAL AMOUNT DUE** | **$8,434.37** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 3371.85 | 5062.52 | 0.00 | 0.00 | 0.00 | 8434.37 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  382268                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005**


05/02/05 PREPARE ADDITIONAL MOTION FOR ENLARGEMENT DUE
         TO RESCHEDULING OF HEARING ON RETENTION
         APPROVAL IN BANKRUPTCY COURT.
         D. J. SMITH    .50 hours at  245.00 per hour.              122.50

05/02/05 CALL TO S. HOULD RE: MOTION AS REQUIRED BY
         LOCAL COURT RULES.
         D. J. SMITH    .10 hours at  245.00 per hour.               24.50

05/02/05 CALL TO C. PILLANS RE: MOTION AS REQUIRED BY
         LOCAL COURT RULES.
         D. J. SMITH    .10 hours at  245.00 per hour.               24.50

05/03/05 REVISE MOTION FOR EXTENSION.
         D. J. SMITH    .30 hours at  245.00 per hour.               73.50

05/04/05 REVIEW ORDER ON THIRD MOTION FOR ENLARGEMENT.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

05/23/05 SEVERAL CORRESPONDENCE WITH DAVID J. SMITH
         REGARDING REPLY TO REMOVAL.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

05/23/05 REVIEW REMAND RELATED FILINGS AND PROPOSED
         REPLY.
         D. J. SMITH    .50 hours at  245.00 per hour.              122.50

05/23/05 REVISE REMAN REPLY.
         D. J. SMITH    .50 hours at  245.00 per hour.              122.50

05/24/05 REVIEW CASE FILING IN FEDERAL COURT REGARDING
         REMOVAL.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

05/24/05 PREPARE STATUS REPORT AS PER COURT ORDER.
         D. J. SMITH    .70 hours at  245.00 per hour.              171.50

05/24/05 REVISE MEMORANDUM IN REPLY TO REMAND MOTION
         RESPONSE.
         D. J. SMITH    .70 hours at  245.00 per hour.              171.50

05/24/05 PREPARE DOCUMENTS FOR FILING.
         D. J. SMITH    .50 hours at  245.00 per hour.              122.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION        JUNE 14, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  382268                    PAGE    2

05/24/05 CONFER WITH DJS REGARDING STATUS REPORT.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

05/24/05 REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
         REPORT.
         J. R. ALDERMAN    1.10 hours at  245.00 per hour.         269.50


         TOTAL FEES FOR PROFESSIONAL SERVICES             $1,574.50


ATTORNEY FEE SUMMARY

  AMG     A. M. GRUNSPAN        0.80 hours at  $345.00 =      276.00
  DJS     D. J. SMITH           3.90 hours at  $245.00 =      955.50
  JRA     J. R. ALDERMAN        1.40 hours at  $245.00 =      343.00
          TOTALS                6.10                      $1,574.50


         COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005


         FAX                                               4.00
         TELEPHONE                                         1.35

         TOTAL COSTS AS POSTED THROUGH MAY 31, 2005       $5.35
                                                      - - - - - - - - - - - -
                       INVOICE  382268TOTAL          $1,579.85
                                                      - - - - - - - - - - - -


         BALANCE DUE FROM PREVIOUS STATEMENT            $6,854.52
         LESS: PAYMENTS                                     $.00

                                                      - - - - - - - - - - - -
                       TOTAL AMOUNT DUE               $8,434.37
                                                      ============


CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23449
                                          INVOICE NUMBER  382267


      RE:  DOLGENCORP, INC, STORE 221



      BALANCE DUE FROM PREVIOUS STATEMENT          $3,607.81
      LESS: PAYMENTS                                   $.00
                                                 - - - - - - - - - - - -
                      BALANCE FORWARD             $3,607.81


      LEGAL SERVICES POSTED THROUGH 05/31/05      $3,960.00
      COSTS ADVANCED POSTED THROUGH 05/31/05          $.00
                                                 - - - - - - - - - - - -
                      CURRENT INVOICE TOTAL       $3,960.00
                                                 - - - - - - - - - - - -

                      TOTAL AMOUNT DUE            $7,567.81
                                                 ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 5749.05 | 0.00 | 1818.76 | 0.00 | 0.00 | 7567.81 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  382267                    PAGE   1


### PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005


03/31/05  REVIEW PLEADINGS AND PREPARE DISCOVERY STATUS
          LOG.
          L. GOLDSTEIN*    2.10 hours at  85.00 per hour.              178.50

05/02/05  MEMO OF LAW ON THIRD DCA CASE AS BINDING
          PRECEDENT ON TRIAL COURTS IN OTHER CIRCUITS IN
          PREPARATION FOR MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH   2.30 hours at  245.00 per hour.                563.50

05/04/05  MEMO OF LAW ON MOTION FOR SUMMARY JUDGMENT ON
          GROCERY EXCLUSIVE CONTINUED.
          D. J. SMITH    .50 hours at  245.00 per hour.                122.50

05/05/05  CONTINUE WITH MEMO OF LAW IN SUPPORT OF MOTION
          FOR SUMMARY JUDGMENT ON GROCERY EXCLUSIVE.
          D. J. SMITH   3.30 hours at  245.00 per hour.                808.50

05/06/05  REVIEW POTENTIAL SUMMARY JUDGMENT ISSUES TO
          SHORTEN CASE.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.             621.00

05/06/05  CONTINUE WITH MEMO OF LAW ON GROCERY EXCLUSIVE
          AND MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH   5.50 hours at  245.00 per hour.               1347.50

05/20/05  WORK WITH PARALEGAL REGARDING ORGANIZING
          DOCUMENTS.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.            196.00

05/25/05  CONTINUE WITH MEMO OF LAW IN SUPPORT OF MOTION
          FOR SUMMARY JUDGMENT.
          D. J. SMITH    .50 hours at  245.00 per hour.               122.50


          TOTAL FEES FOR PROFESSIONAL SERVICES          $3,960.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.80 hours at | $345.00 = | | 621.00 |
| DJS | D. J. SMITH | 12.10 hours at | $245.00 = | | 2964.50 |
| JRA | J. R. ALDERMAN | 0.80 hours at | $245.00 = | | 196.00 |
| LG* | L. GOLDSTEIN* | 2.10 hours at | $85.00 = | | 178.50 |
| | TOTALS | 16.80 | | | $3,960.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59- 253896

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  382267

JUNE 14, 2005
REF. NO.  50116-23449
PAGE    2

INVOICE  382267TOTAL

------------
$3,960.00
------------

BALANCE DUE FROM PREVIOUS STATEMENT
LESS: PAYMENTS

$3,607.81
$.00

------------
**TOTAL AMOUNT DUE**    $7,567.81
============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.949.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION         JUNE 14, 2005
5050 EDGEWOOD COURT                      ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                  REF. NO.  50116-23446
                                         INVOICE NUMBER  382265
```

**RE:  HURRICANE CLAIMS PREPARATION**

```
BALANCE DUE FROM PREVIOUS STATEMENT          $16,876.52
LESS: PAYMENTS                                    $.00
                                             ------------
               BALANCE FORWARD               $16,876.52


LEGAL SERVICES POSTED THROUGH 05/31/05          $690.00
COSTS ADVANCED POSTED THROUGH 05/31/05          $339.82
                                             ------------
               CURRENT INVOICE TOTAL          $1,029.82
                                             ------------

               TOTAL AMOUNT DUE              $17,906.34
                                             ============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 10380.77 | 7525.57 | 0.00 | 0.00 | 0.00 | 17906.34 |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FID ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          JUNE 14, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  382265                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2005**


05/02/05  SEVERAL CALLS TO CLIENT AND EDITH OSMAN
          REGARDING STATUS AND STRATEGY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

05/02/05  WORK ON FOLLOW UP LETTERS AND MEETING.
          E. G. OSMAN    .70 hours at  345.00 per hour.             241.50

05/03/05  REVIEW OF CORRESPONDENCE FROM R. LAMBERTH; WORK
          ON FILES.
          E. G. OSMAN    .60 hours at  345.00 per hour.             207.00

05/16/05  REVIEW OF CORRESPONDENCE FROM ZURICH REGARDING
          STORE NO.:  535.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50

05/20/05  REVIEW OF ISSUES; WRITE TO S. BUETLEL; WRITE TO
          RACHEL.
          E. G. OSMAN    .20 hours at  345.00 per hour.              69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES                     $690.00


ATTORNEY FEE SUMMARY

  AMG    A. M. GRUNSPAN       0.40 hours at  $345.00 =    138.00
  EGO    E. G. OSMAN          1.60 hours at  $345.00 =    552.00
         TOTALS               2.00                       $690.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2005**


          POSTAGE                                          1.11
          TELEPHONE                                        0.30
05/13/05  TRAVEL/LODGING/MEALS - VENDOR: EDITH G. OSMAN   280.50
          - 4/28 MEETING WITH RACHEL LAMBERTH AND JAY
          CASTLE
04/27/05  EXPRESS MAIL                                     57.91

          TOTAL COSTS AS POSTED THROUGH MAY 31, 2005              $339.82
                                                          - - - - - - - - - - - -
                          INVOICE  382265TOTAL            $1,029.82
                                                          - - - - - - - - - - - -

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
HURRICANE CLAIMS PREPARATION
INVOICE NUMBER   382265

JUNE 14, 2005
REF. NO.  50116-23446
PAGE   2

BALANCE DUE FROM PREVIOUS STATEMENT                    $16,876.52
LESS: PAYMENTS                                              $.00

                                              - - - - - - - - - - - -
                        TOTAL AMOUNT DUE          $17,906.34
                                              ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.