# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

## ORDER APPROVING FIRST INTERIM APPLICATION OF CARLTON FIELDS, P.A., AS SPECIAL COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FEBRUARY 21, 2005 THROUGH MAY 31, 2005)

These cases came before the Court upon the application dated July 18, 2005 (the "First Application") of First Interim Application of Carlton Fields, P.A. as Special Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses ("First Interim Application of Carlton Fields, P.A.") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $107,416.15, and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $6,079.91, and authorizing reimbursement of expenses not previously received, for the period from February 21, 2005 through May 31, 2005 (the "Application Period"). A hearing on the First Application was held on August 4, 2005. The Court has read the First Application, considered the representations of counsel and has determined that notice of the First Application was good and sufficient under the circumstances and that no other or further notice need be given.

MIA#2395935.1

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The First Application is granted.

2. The fees earned and the expenses incurred by First Interim Application of Carlton Fields, P.A during the Application Period, as set forth in the First Application, are approved and allowed.

3. The Debtors are authorized and directed to pay to Carlton Fields, P.A. the sums of: (i) $80,249.63, representing that portion of the fees earned by Carlton Fields, P.A. during the Application Period which has not yet been paid and (ii) $5,617.34, representing that portion of the expenses incurred by Carlton Fields, P.A. during the Application Period which has not yet been paid.

4. The relief granted in this Order is without prejudice to the rights of Carlton Fields, P.A. to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

Dated this _____ day of _____ 2005 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.

MIA#2395935.1         - 2 -