UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817 |
| WINN-DIXIE, INC. et al., | ) Chapter 11 |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

**OBJECTION OF LANDLORD SPECTRUM CAUBLE MANAGEMENT LLC
TO SCHEDULED CURE AMOUNT AND ADEQUATE ASSURANCE PROPOSED
IN DEBTOR'S SALE AND ASSUMPTION MOTION RE: STORE NO. 2733**

Comes now Spectrum Cauble Management LLC ("Spectrum"), by counsel, and hereby objects to the cure amount proposed by the Debtors in Schedule F to the Debtors' Motion for Order (A) Authorizing the sale of assets free and clear of liens, claims and interests and exempt from taxes, (B) Authorizing the assumption and assignment of leases and contracts and (C) Granting related relief (the "Assumption Motion") dated July 1, 2005. As grounds for its objection, Spectrum states as follows:

1. Spectrum, as successor in interest to Red Oak Associates, Ltd. and Winn-Dixie Raleigh, Inc. a/k/a Save Rite Grocery Warehouse, Inc. ("Debtor") are parties to a certain lease originally dated June 17, 1985 (as assigned, the "Lease"), pursuant to which Debtor leases space in a shopping center located at 3435 Roosevelt Highway, Red Oak, Georgia (the "Premises").

2. The Lease is an executory contract for purposes of 11 U.S.C. § 365.

3. In the Motion, the Debtor proposes a cure payment of $23,126.06.

4. According to the books and records of Spectrum, the sum of $44,987.20 is owed by Debtor for pre-petition insurance, property taxes, and common area maintenance fees due under the Lease as detailed in Exhibit A hereto.

51329.1

5. Spectrum prays that the Court will require that a cure payment of $44,987.20 be paid to Spectrum as a prerequisite to the assumption and assignment of the Lease as proposed in the Motion.

6. Further, because no assignee has been proposed with regard to this store, Spectrum reserves its rights to object to the proposed assignee and to require adequate assurance of future performance.

7. Counsel for Winn-Dixie, Cynthia Jackson, has agreed to waive Winn-Dixie's objection to the untimeliness of this motion.

Respectfully submitted on July 18, 2005.

BALCH & BINGHAM LLP

By: /s/ Beth T. Baer
Beth T. Baer
Georgia Bar No. 030845
14 Piedmont Road, Suite 1100
3535 Piedmont Road
Atlanta, Georgia 30305
Tel: 404-261-6020
Fax: 404-261-3656

*Attorney for Spectrum Cauble Management LLC*

EXHIBIT A (for Red Oak Village, College Park, Ga. location)

| | |
|---|---|
| 2004 Property Taxes | $18,112.23 |
| 2004 Adjustment to Property Taxes | $ 1,489.30 |
| 2004 Adjustment to Property Taxes | $ 2,680.98 |
| 2003 Adjustment to Property Taxes | $ 2,259.61 |
| 2004 CAM | $16,826.65 |
| 2004 Insurance | $ 3,618.43 |
| **Total** | **$44,987.20** |

48241.1

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on July 18, 2005.


Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202


                                                /s/ Beth T. Baer
                                                Beth T. Baer
                                                Georgia Bar No. 030845