UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

**UNOPPOSED MOTION FOR WAIVER OF
REQUIREMENT TO DESIGNATE LOCAL COUNSEL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Balch & Bingham LLP, ("B&B"), counsel for Spectrum Cauble Management LLC ("Spectrum"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, B&B respectfully states as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1(c) provides that the Court may waive such designation for good cause shown.

51331.1

3. The matters pertaining to Spectrum at issue in these jointly-administered Chapter 11 cases are limited to assumption or rejection of a single store lease and associated cure or damage issues and retention of local counsel would impose an additional financial burden on Spectrum.

4. Further, B&B's offices are located in Atlanta, Georgia, approximately one hour or less away from the Court by plane.

5. The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

6. Based on the foregoing, B&B requests that the Court grant the firm leave to represent Spectrum without the necessity of designating local counsel.

WHEREFORE, B&B respectfully requests that the Court enter an Order authorizing B&B to represent Spectrum Cauble Management LLC without designating local counsel and granting B&B such other and further relief to which it may be entitled.

Respectfully submitted on July 18, 2005.

                                                BALCH & BINGHAM LLP

By: /s/ Beth T. Baer
      Beth T. Baer
      Georgia Bar No. 030845
      14 Piedmont Center, Suite 1100
      3535 Piedmont Road
      Atlanta, GA 30305
      Tel: 404-261-6020
      Fax: 404-261-3656

      *Attorney for Spectrum Cauble Management LLC*

51331.1

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on July 18, 2005.


Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

                                        /s/ Beth T. Baer
                                        Beth T. Baer
                                        Georgia Bar No. 030845