**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | CASE NO. 3-05-bk-3817 |
| | ) | |
| Debtor. | ) | JUDGE JERRY A. FUNK |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that Beth T. Baer, on behalf of Balch & Bingham, LLP, hereby enters her appearance as attorney for Spectrum Cauble Management LLC and Spectrum Realty Advisors, Inc., in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Beth T. Baer, Esq.
> BALCH & BINGHAM LLP
> 14 Piedmont Center, Suite 1100
> 3535 Piedmont Road
> Atlanta, GA 30305

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated July 18, 2005.

/s/ Beth T. Baer
Beth T. Baer
Georgia Bar No. 030845

51067.1

BALCH & BINGHAM LLP
14 Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA 30305
404-261-6020  *Attorney for Spectrum Cauble Management LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on July 18, 2005.

Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

                                                               /s/ Beth T. Baer
                                                               Beth T. Baer
                                                                Georgia Bar No. 030845