**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al.,  ) | |
| ) | Case No. 05—03817-3F1 |
| Debtors.  ) | Jointly Administered |
| _____) | |

## ADMISSION TO PRACTICE PRO HAC VICE

COMES NOW the Petitioner, Annette Kerlin McBrayer and shows the court as follows:

1.

Petitioner is a member of good standing of the State Bar of Georgia having a Georgia Bar license no. 415782.

2.

Petitioner is a member of good standing in the District Courts for the Northern District of Georgia and the Middle District of Georgia.

3.

Petitioner certifies that there are no disciplinary actions pending against the Petitioner.

4.

Petitioner states that she is willing to abide by the local rules of the U.S. Bankruptcy Court for the Middle District of Florida.

5.

Petitioner will be representing the following in this matter:

    Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP d/b/a Blue Angel Crossing Shopping Center
    Winn Dixie Store #535

    South Rockdale Associates, LLC
    Save Rite Store #2704

    Tiger Crossing, an Alabama General Partnership d/b/a University Crossing Shopping Center
    Winn Dixie Store #470

Tiger Crossing, W.D., an Alabama General Partnership
Winn Dixie Store #579

6.

Petitioner's contact information is as follows:

Annette Kerlin McBrayer, Esq.
Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9045
(404) 923-9000 (fax)
amcbrayer@ebglaw.com

7.

Pursuant to 20-90-1, Petitioner requests that the requirement for local counsel be waived.

This 18TH day of July, 2005.

    EPSTEIN BECKER & GREEN, P.C.
    Attorneys for Landlords

    */s/Annette Kerlin McBrayer*

    Annette Kerlin McBrayer
    Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia  30326
(404) 923-9000

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing ADMISSION TO PRACTICE PRO HAC VICE by depositing a true and

correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

    Adam S. Ravin, Esq,
    Skadden, Arps, Slate, Meagher & Flom, LLC
    Four Times Square
    New York, New York 10036

    Elena L. Escamilla, Esq.
    Office of the U.S. Trustee
    Suite 620
    135 W. Central Boulevard
    Orlando, Florida 32806

    Cynthia C. Jackson, Esq.
    Smith Hulsey & Busey
    Suite 1800
    225 Water Street
    Jacksonville, Florida 32201

    This 18th day of July, 2005.

                                            /s/*Annette Kerlin McBrayer*
                                            Annette Kerlin McBrayer

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9000

AT:188182v1