IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

---

IN RE:                              :
                                    :     NOTICE OF APPEARANCE AND
WINNDIXIE STORES, INC.   :     REQUEST FOR SERVICE
                                    :
     (Debtor)                      :     CASE NO: 05-03817- 3 F1
---                                       Chapter 11

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE
### UNDER BANKRUPTCY RULES 2002 AND 9007

PLEASE TAKE NOTICE that MeadWestvaco Corporation hereby appears in the above-captioned case and requests that all notices and papers in the above proceedings, including without limitation any notices specified under Bankruptcy Rules 2002 and 9007, and all orders, pleadings, motions, petitions, complaints, applications, answering or reply papers, and any other documents brought before this Court in these case, be served on the undersigned attorney on behalf of MeadWestvaco Corporation at the address set forth below.

Dated:   Stamford, CT
         July 12, 2005

                                          _____
                                          Alfred C. Knight
                                          Assistant General Counsel
                                          MeadWestvaco Corporation
                                          One High Ridge Park
                                          Stamford, CT
                                          (203) 461-7400

TO ALL OTHER ATTORNEYS
AND PARTIES APPEARING HEREIN