UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Court finds that the Notice of Appearance and Request for Notice filed by Steven Barry Frankoff on behalf of Brookhaven Retail LIC on July 18, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Notice filed by Steven Barry Frankoff on behalf of Brookhaven Retail LIC on July 18, 2005 is stricken from the record.

DATED July 18, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043
Attorneys for Debtor
Steven Barry Frankoff, 15014 Marlebone Court, Houston, TX 77069