UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

## NOTICE OF FILING

COMES NOW the law firm of Held & Israel and hereby gives notice of the filing of the attached Notice of Withdrawal of Notice of Appearance and Request for Service of Papers (Docket No. 837) filed by Gregg A. Rapoport, of the law firm of Lee and Rosenberger, on behalf of Creditor P.C. Woo, Inc., d/b/a Mega Toys, a creditor and party in interest in these jointly administered cases.

DATED this __19__ day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida  32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Attorney for P.C. Woo, Inc.,
d/b/a Mega Toys

ewh/winndixie/rapoportwithdrawal.djg

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**In re:**

**WINN DIXIE STORES, INC.,** *et al.*,

**Debtors.**

_____/

**Chapter 11**

**Case No. 05-03817-3F1**

**Jointly Administered**

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Gregg A. Rapoport, Of Counsel to the firm of Lee & Rosenberger, a Law Corporation, counsel for P.C. Woo, Inc. dba Mega Toys, hereby withdraws his Appearance from this matter, the service list, electronic case filing (ECF), and any other service of process list from this day forward.

Dated: July 11, 2005
Pasadena, California

Respectfully submitted,

_____
Gregg A. Rapoport, Of Counsel
LEE AND ROSENBERGER, a Law Corp.
135 W. Green St., Suite 100
Pasadena, California 91105-2027
Tel: (626) 356-8080
Fax: (626) 578-1827
E-mail: gar@garlaw.us

Attorneys for P.C. Woo, Inc.
dba Mega Toys