UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

------------------------------------------------X

In re

**WINN-DIXIE STORES, INC., ET AL**
Winn-Dixie Logistics, Inc.

Debtors.

------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

Claim No.: 2589

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2) or (4))

To: (Transferor)   Advo, Inc.
One Targeting Centre
Windsor, CT 06095
Attention: Ms. Christina Busca

The transfer of your claim as shown above, in the amount of **$235,704.78** has been transferred (unless previously expunged by court order) to:
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attn: David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**Advo, Inc.**, a Delaware corporation, its successors and assigns ("Assignor"), hereby certifies that for good and valuable consideration the receipt and sufficiency of which are hereby confirmed, it has absolutely and unconditionally sold, transferred and assigned unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all right, title and interest in and to the general unsecured claim(s) of Assignor against **Winn-Dixie Stores, Inc., et al.**, in the principal amount of $235,704.78 (defined as the "Claim") and to Assignor's Proof of Claim with respect to the Claim, together with interest, if any, filed in the United States Bankruptcy Court, Middle District of Florida, Administered as Case No.05-3817 (defined as the "Proceedings"), or any other court with jurisdiction over the Proceedings (the "Court"),

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing said assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___12___ day of _____July_____, 2005.

ADVO, INC.
(Company Name)

WITNESS _____          _____
(Signature)                                  (Signature Of Corporate Officer)

CHRISTINA BASCIA  NATIONAL ACCTS CRS          JOHN D. SPERIDAKOS, VP, CONTROLLER
(Print Name And Title Of Witness)            (Print Name And Title Of Corporate Officer)

EXHIBIT "A"