# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CASE NO: 3:05-bk-3817**
**Chapter    11**

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

## ORDER STRIKING LIMITED OBJECTION TO SALE FREE OF LIENS

The Court finds that the Limited Objection to Sale Free of Liens filed by Scott N. Brown, Jr., on behalf of Carl E. Levi, as Trustee for Hamilton County, Tennessee on July 18, 2005 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Limited Objection to Sale Free of Liens filed by Scott N. Brown, Jr., on behalf of Carl E. Levi, as Trustee for Hamilton County, Tennessee on July 18, 2005 is stricken from the record.

**DATED July 19, 2005**, at Jacksonville, Florida.

**Jerry A. Funk**
**United States Bankruptcy Judge**

Copies to:
Attorneys for Debtor
Scott N. Brown, Jr., 801 Broad St., Sixth Floor, P.O. Box 1749, Chattanooga, TN  37401-1749