UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

            Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. Between July 8, 2005, I caused copies of:

- **the Notice of Approval Under 11 U.S.C. § 328(a) of Retention Terms For (A) The Blackstone Group, L.P. as Financial Advisors to the Debtors,(B) XRoads Solutions Group, LLC as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard & Zukin Capital as Financial Advisor to the Creditors Committee, and (D) Alvarez & Marsal, LLC as Operations and Real Estate Advisor to the Creditors Committee [D.I. 2051]**

to be inserted by first class mail, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: July 19, 2005

_____
Kathleen M. Logan

Code: RT