EXHIBIT A
SERVICE LIST
(A THROUGH J)

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392846-55<br>(BILANCIONE), DELFORD DREW<br>C/O MR. MICHAEL P. MORAN, ESQUIRE<br>HARRELL AND JOHNSON, PA.<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 373495-44<br>@LANTEC FINANCIAL FEDERAL CREDIT UNION<br>C/O HIDAY & RICKE P A<br>PO BOX 550858<br>JACKSONVILLE, FL 32255 | CREDITOR ID: 241229-12<br>1 DAY AUTO RESTYLING<br>4450 UNIVERSITY DRIVE<br>HUNTSVILLE AL 35816 |
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE, NJ 07645 | CREDITOR ID: 241231-12<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE, NJ 07645 | CREDITOR ID: 381181-47<br>101 MOBILE TRANSPORT<br>REFRIGERATION SERVICES<br>212 GLENN DRIVE<br>GREER, SC 29651 |
| CREDITOR ID: 241233-12<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | CREDITOR ID: 241230-12<br>1-244TH CAB FRG FUND<br>10639 RAY DRIVE<br>DENHAM SPRINGS LA 70706 | CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 241234-12<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM, NY 11582 | CREDITOR ID: 2030-07<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM, NY 11582 | CREDITOR ID: 241234-12<br>145 ASSOCIATES LTD<br>C/O MITCHELL & SHAPIRO LLP<br>ATTN KENNETH A SHAPIRO, ESQ<br>3490 PIEDMONT ROAD, SUITE 650<br>ATLANTA GA 30305 |
| CREDITOR ID: 241235-12<br>17161 N W 27TH AVENUE LLC DBA<br>DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA, GA 30353-0446 | CREDITOR ID: 995-07<br>17161 NW 27TH AVENUE LLC DBA<br>DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA, GA 30353-0446 | CREDITOR ID: 241236-12<br>17700 BROADWAY INC<br>C/O CARNEGIE COMPANIES INC<br>6190 COCHRAN RD STE A<br>SOLON OH 44146 |
| CREDITOR ID: 269203-16<br>17700 BROADWAY, INC.<br>C/O STEVEN L. APPLEBAUM<br>LAW OFFICE OF BRIAN D. HESS<br>PO BOX 9454<br>PANAMA CITY BEACH, FL 32417 | CREDITOR ID: 241237-12<br>18 STARS TRADING CORPORATION<br>4925 BEACH BLVD<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET<br>NEW YORK, NY 10004 |
| CREDITOR ID: 241238-12<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET, SUITE 3503<br>NEW YORK, NY 10004 | CREDITOR ID: 241239-12<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>ATTN LINDA GOLDSTEIN, MGR<br>3753-1 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 278400-24<br>1997 PROPERTIES<br>C/O NANCY LANE COMMERCIAL REALTY<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON MS 39216 |
| CREDITOR ID: 278401-25<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296 | CREDITOR ID: 241241-12<br>19TH STREET FUEL & WASHOUT<br>2880 19TH STREET, SUITE F<br>GULFPORT, MS 39501 | CREDITOR ID: 241242-12<br>1ST HEALTH INC<br>2130 S TAMIAMI TRAIL<br>SARASOTA FL 34239 |
| CREDITOR ID: 241243-12<br>1ST PRESTYTERIAN CHURCH<br>301 BROAD STREET<br>SEALMA AL 36701 | CREDITOR ID: 241244-12<br>1ST SOUTHEAST ACCEPTANCE CORP<br>C/O TOM PARKER<br>PO BOX 311127<br>ENTERPRISE, AL 36331 | CREDITOR ID: 395568-15<br>2 T'S INC DBA ROTO ROOTER<br>ATTN SUSAN BOLING<br>52872 US HWY 78<br>EASTABOGA AL 36260 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 373491-44 | CREDITOR ID: 241245-12 | CREDITOR ID: 241246-12 |
| 24TH J D C DOMESTICS SUPPORT | 24TH JDC DOMESTICS SUPPORT | 250 HAWTHORNE LLC DBA OLD |
| P O BOX 448 | PO BOX 448 | BAINBRIDGE SQUARE |
| GRETNA, LA 70054-0448 | GRETNA LA 70054-0448 | C/O TALCOR COMM RE SERVICES |
| | | 1018 THOMASVILLE RD STE 200A |
| | | TALLAHASSEE FL 32303 |
| | | |
| CREDITOR ID: 241247-12 | CREDITOR ID: 241248-12 | CREDITOR ID: 241249-12 |
| 2525 EAST HILLSBOROUGH AVE LLC | 25TH ANNUAL AUTUMN JUBILEE | 2M TOOL COMPANY INC |
| PO BOX 530496 | 6800 BRINGLE FERRY ROAD | 6530 WEST DAKIN ST |
| ATLANTA, GA 30353-0496 | SALISBURY NC 28146 | CHICAGO IL 60634-2412 |
| | | |
| CREDITOR ID: 241250-12 | CREDITOR ID: 241251-12 | CREDITOR ID: 241253-12 |
| 3 BROTHERS WELDING MACHINE SHOP INC | 3 POINT TRADING | 36TH ANNUAL KIWANIS RADIO WEEK |
| ATTN F J PITTS, PRES | 2375 PAYSHERE CIRCLE | PO BOX 550 |
| 4001 MOBILE HIGHWAY | CHICAGO, IL 60674 | ANDALUSIA AL 36420 |
| MONTGOMERY, AL 36108 | | |
| | | |
| CREDITOR ID: 2031-07 | CREDITOR ID: 241254-12 | CREDITOR ID: 241252-12 |
| 391 BELLAIRE BLVD | 3D DELIVERY | 3-D GLASS CO |
| C/O CA NEW PLAN VENTURE FUND LA, LL | 7012 BIRNAMWOOD DRIVE | PO BOX 2432 |
| 420 LEXINGTON AVE., 7TH FLR | LOUISVILLE, KY 40258 | GULFPORT MS 39503-2432 |
| NEW YORK NY 10170 | | |
| | | |
| CREDITOR ID: 265209-31 | CREDITOR ID: 381743-15 | CREDITOR ID: 241257-12 |
| 3G DEVELOPMENT CO LLC | 3M | 3M WAF 0774 |
| ATTN LEE ANN JAMES | C/O RECEIVABLES CONTROL CORP | 3M CENTER DEDUCTION ANALYSIS |
| 1112 WOODLAWN ST | ATTN JEFFREY N PIERSON, MGR | BLDG 223-5S-07 |
| UNION CITY TN 38261-5328 | PO BOX 9658 | ST PAUL MN 55133 |
| | MINNEAPOLIS MN 55440 | |
| | | |
| CREDITOR ID: 241258-12 | CREDITOR ID: 241259-12 | CREDITOR ID: 395526-64 |
| 3M WBL4686 | 3M YCM0283 | 3RD ANNUAL CITY WIDE BABY SHOWER |
| 2807 PAYSPHERE CIRCLE | 2807 PAYSPHERE CIRCLE | WAPE 95.1 FM |
| CHICAGO IL 60674 | CHICAGO, IL 60674 | JACKSONVILLE, FL 32254 |
| | | |
| CREDITOR ID: 279418-99 | CREDITOR ID: 1000-RJ | CREDITOR ID: 278402-25 |
| 40/86 ADVISORS INC | 40/86 MORTGAGE CAPITAL INC | 40/86 MORTGAGE CAPITAL INC. |
| ATTN: FRANK BERG/GREGORY J SEKETA | PO BOX 67000 | PO BOX 1914 |
| 535 N COLLEGE DRIVE | LOAN NO. 506033 | CARMEL IN 46082-4914 |
| CARMEL IN 46032 | DETROIT, MI 48267-1641 | |
| | | |
| CREDITOR ID: 241270-12 | CREDITOR ID: 265210-31 | CREDITOR ID: 2032-RJ |
| 40TH ACCORD | 4321 ASSOCIATES LLC | 440 GROUP LTD |
| PO BOX 697 | ATTN: KENNETH PRIEUR | PO BOX 578 |
| ST AUGUSTINE FL 32084 | 4517 TAFT PARK | KILLEEN, TX 76540-0578 |
| | METAIRIE LA 70002-1434 | |
| | | |
| CREDITOR ID: 241271-12 | CREDITOR ID: 241272-12 | CREDITOR ID: 241260-12 |
| 440 GROUP LTD | 4C FOODS CORP | 4-H CLUB ECON LIVESTOCK CLUB |
| PO BOX 578 | 580 FOUNTAIN AVE | PO BOX 530 |
| KILLEEN TX 76540-0578 | BROOKLYN, NY 11208-6093 | GENEVA FL 32732 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 2033-07
4JS FAMILY LLC
4408 GILBERT AVENUE
COLUMBUS, GA 31904

CREDITOR ID: 278842-30
5 BROTHERS PRODUCE INC
PO BOX 349168
HOMESTEAD, FL 33034-9168

CREDITOR ID: 2034-07
5 POINTS WEST SHOPPING CENTER
DOMIT INVESTMENT GROUP
201 VULCAN ROAD, SUITE 106
BIRMINGHAM AL 35209

CREDITOR ID: 1003-07
5 POINTS WEST SHOPPING CENTER
PO BOX 11407
BIRMINGHAM, AL 35246-0115

CREDITOR ID: 241275-12
5 POINTS WEST SHOPPING CENTER
PO BOX 11407
BIRMINGHAM, AL 35246-0115

CREDITOR ID: 241276-12
5000 ROLE MODELS OF EXCELLENCE
1450 NE 2ND AVE, SUITE 227
MIAMI, FL 33132

CREDITOR ID: 1004-07
51ST STREET & 8TH AVE CORP
ATTN: PATRICIA
655 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10021

CREDITOR ID: 241277-12
51ST STREET & 8TH AVE CORP
ATTN PATRICIA
655 MADISON AVE., 8TH FL
NEW YORK, NY 10021

CREDITOR ID: 407670-93
59 WEST PARTNERS, LTD
OLDACRE, NEWTON OLDACRE MCDONALD
ATTN: LEASING DEPT
PO BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 407660-93
59 WEST PARTNERS, LTD
N O M PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 380997-47
5TH DIMENSION SOLUTIONS
YEOMANS DRIVE BLAKELANDS
MILTON KEYNES, ON MK14 5LS
CANADA

CREDITOR ID: 241278-12
6 FIGURE JOBS A WORKSTREM CO
BOX 550119
TAMPA FL 33655-0119

CREDITOR ID: 373494-44
6 YEAR OLD CINCINNATI REDS
5404 E SADDLEBRIDGE CT
LITHONIA, GA 30038

CREDITOR ID: 241279-12
7 UP BOTTLING COMPANY
DEPT 0751
COLUMBUS OH 43271-0751

CREDITOR ID: 241280-12
7595 CENTURION PARKWAY LLC
ATTN JAMES J SEBESTA
10739 DEERWOOD PARK BLVD, SUITE 103
JACKSONVILLE, FL 32256-2873

CREDITOR ID: 1005-RJ
7595 CENTURION PARKWAY LLC
10739 DEERWOOD PARK BLVD, SUITE 103
JACKSONVILLE, FL 32256-2873

CREDITOR ID: 241281-12
77 FUEL MART INC
76022 AL HWY 77
LINCOLN, AL 35096

CREDITOR ID: 241282-12
877TH HOMECOMING BASH
ATTN MIKE WILLIAMS
260 SETTLEMENT ROAD
HAMILTON AL 35570

CREDITOR ID: 241283-12
9 SC ASSOCIATES
C/O CENCOR REALTY SERVICES INC
PO BOX 660394
CENCOR #3500935018
DALLAS, TX 75266-0394

CREDITOR ID: 1006-RJ
9 SC ASSOCIATES
C/O CENCOR REALTY SERVICES INC.
PO BOX 660394
DALLAS, TX 75266-0394

CREDITOR ID: 265211-14
94 AIRLIFT WING
ATTN: WILLIAM KANE
1392 SECOND ST
MARIETTA GA 30069-0001

CREDITOR ID: 1007-07
98 PALMS LTD
C/O NEWTON OLD ACRE MCDONALD LLC
250 WASHINGTON STREET
PRATTVILLE, AL 36067

CREDITOR ID: 241284-12
98 PALMS LTD
C/O NEWTON OLD ACRE MCDONALD LLC
250 WASHINGTON STREET
PRATTVILLE, AL 36067

CREDITOR ID: 241285-12
99 EGLIN LTD
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 2036-07
99 EGLIN LTD
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241286-12
99 ELGIN LTD
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241293-12
A & B SIGN CO INC
480 INDUSTRIAL COURT
MADISONVILLE, KY 42431

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241297-12<br>A & E GROUP<br>4312 F RIDER TRAIL NORTH<br>EARTH CITY MO 63045 | CREDITOR ID: 241298-12<br>A & H FLOOR COVERING INC<br>65 NORTH GRIFFIN DRIVE<br>CASSELBERRY, FL 32707 | CREDITOR ID: 241299-12<br>A & K MACHINE & FAB SHOP<br>PO BOX 14942<br>JACKSONVILLE, FL 32238-1942 |
| CREDITOR ID: 241300-12<br>A & L WHOLESALE CO<br>PO BOX 17008<br>ASHEVILLE, NC 28816-7008 | CREDITOR ID: 373501-44<br>A & M CLEANING PRODUCTS<br>PO BOX 101290<br>ATLANTA, GA 30392-1290 | CREDITOR ID: 241302-12<br>A & M TAPE AND PACKAGING<br>PO BOX 451237<br>SUNRISE, FL 33345-1237 |
| CREDITOR ID: 241310-12<br>A 1 LOCK & KEY<br>PO BOX 13641<br>ALEXANDRIA LA 71315 | CREDITOR ID: 241312-12<br>A A ACTION LOCKSMITHS<br>3501 SOUTH ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32839 | CREDITOR ID: 241314-12<br>A ALL SAFE & LOCK COMPANY<br>5001 CURTISWOOD DRIVE<br>CHARLOTTE NC 28213 |
| CREDITOR ID: 241315-12<br>A ALPHA PLUMBING & HEATING INC<br>12590 FRANK LARY ROAD<br>NORTHPORT, AL 35475 | CREDITOR ID: 241316-12<br>A B F FREIGHT SYSTEM<br>PO BOX 6837<br>JACKSONVILLE, FL 32236-6837 | CREDITOR ID: 241317-12<br>A B WISE & SONS<br>PO BOX 711390<br>CINCINNATI OH 45271-1390 |
| CREDITOR ID: 241318-12<br>A BETTER SIGN & SUPPLY CO<br>3936 SW 12TH CT<br>FT LAUDERDALE, FL 33312 | CREDITOR ID: 241319-12<br>A C ALEXANDER ELEMENTARY<br>600 W ESPLANADE AVE<br>KENNER, LA 70065 | CREDITOR ID: 241320-12<br>A C BRAKE CO<br>PO BOX 1989<br>LOUISVILLE KY 40201-1989 |
| CREDITOR ID: 241321-12<br>A C NIELSEN<br>PO BOX 88956<br>CHICAGO, IL 60680-1956 | CREDITOR ID: 399265-72<br>A C NIELSEN<br>150 NORTH MARTINGALE ROAD<br>SCHAUMBURG, IL 60173 | CREDITOR ID: 241323-12<br>A C SUPPLY INC<br>PO BOX 23667<br>ELMWOOD, LA 70183-0667 |
| CREDITOR ID: 241324-12<br>A C T BROKERAGE INC<br>PO BOX 70<br>ESSEX IA 51638-0070 | CREDITOR ID: 241325-12<br>A CAMACHO INC<br>4410 E ADAMO DRIVE SUITE 106<br>TAMPA FL 33605-5910 | CREDITOR ID: 241326-12<br>A CAMACHO INC<br>PO BOX 116679<br>ATLANTA, GA 30368-6679 |
| CREDITOR ID: 241328-12<br>A CUT LAWN & LANDSCAPE<br>2055 HWY 25 NORTH #6<br>TRAVELERSREST, SC 29690 | CREDITOR ID: 404053-95<br>A CUT LAWN & LANDSCAPE<br>PO BOX 216<br>HEMPHILL WV 24842 | CREDITOR ID: 241329-12<br>A D OWENS ELEMENTARY SCHOOL<br>1102 YORK ST<br>STORE 1702<br>NEWPORT KY 41071 |
| CREDITOR ID: 241330-12<br>A D SUTTON & SONS INC<br>10 WEST 33RD STREET 11TH FLOOR<br>NEW YORK NY 10001 | CREDITOR ID: 399664-YY<br>A DAVIS ENTERPRISE INC<br>1972 HARRY BYRD HWY<br>DARLINGTON SC 29532 | CREDITOR ID: 241332-12<br>A DOLLAR CASH ADVANCE<br>625 EAST PEACE STREET<br>CANTON, MS 39046 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 404054-95
A DUDA & SONS INC
CITRUS BELL % ANNETTE SPARGO
PO BOX 519
LA BELLE FL 33935

CREDITOR ID: 278843-30
A DUDA & SONS INC
PO BOX 116207
ATLANTA, GA 30368-2207

CREDITOR ID: 241334-12
A E STALEY MANUFACTORING COMPANY
5190 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 315925-41
A F I MANAGEMENT
NEW IBERIA ASSOCIATES
1410 VALLEY ROAD
ATTN: ANTHONY LASALA
WAYNE, NJ 07470

CREDITOR ID: 241336-12
A G EDWARDS
C/O WATKINS INVESTMENTS LP
ULTRA ASSET ACCT 299-077470
PO BOX 14576
ST LOUIS MO 63178

CREDITOR ID: 279449-29
A G EDWARDS & SONS, INC.
ATTN: PEGGY BORDONI
PROXY DEPARTMENT
2801 MARKET STREET
ST LOUIS MO 63103

CREDITOR ID: 241338-12
A H P MACHINE AND TOOL CO INC
DEPT CH 10640
PALATINE, IL 60055-0640

CREDITOR ID: 241339-12
A HOLIDAY & COMPANY INC
4141 YONGE STREET, SUITE 301
TORONTO ON M2P 2A8
CANADA

CREDITOR ID: 315926-41
A J & C GARFUNKEL
400 MALL BLVD 2ND FLR STE M
PO BOX 16087
SAVANNAH, GA 31406

CREDITOR ID: 241343-12
A LOCK & SAFE DOCTOR INC
5598 BLOOMFIELD ROAD
MACON, GA 31206

CREDITOR ID: 241344-12
A LOCKSMITH
ATTN SHANE ELLISON
4285 LITTLE JOHN CHURCH ROAD
LENOIR, NC 28645

CREDITOR ID: 241345-12
A M BRASWELL JR FOOD CO
PO BOX 485
STATESBORO GA 30458-0485

CREDITOR ID: 241346-12
A M ELECTRIC
1001 W MAIN STREET
LOUISVILLE, KY 40202

CREDITOR ID: 241347-12
A MARTINEZ PRODUCE
8181 NW SOUTH RIVER DR, D443
MEDLEY FL 33166

CREDITOR ID: 278844-30
A MARTINEZ PRODUCE
ATTN: MANUEL B.MARTINEZ
8181 NW SOUTH RIVER DR , LOT-D443
MEDLEY, FL 33166

CREDITOR ID: 378303-15
A MARTINEZ PRODUCE, CORP
C/O BLAXBERG GRAYSON KUKOFF & SEGAL
ATTN MOISES T GRAYSON ESQ
25 SE 2ND AVENUE SUITE 730
MIAMI FL 33131

CREDITOR ID: 279331-36
A MARTINEZ PRODUCT
ATTN: MR. MARTINEZ
8181 NW SOUTH RIVER DR, D443
MEDLEY  FL 33166

CREDITOR ID: 265212-31
A MORE EXCELLENT WAY
ATTN: SHIRLEY Y BULLARD
5404 PENNFINE DR
RALEIGH NC 27610-2158

CREDITOR ID: 241348-12
A PLUS SWEEPING INC
PO BOX 2248
HAWTHORNE, FL 32640

CREDITOR ID: 241349-12
A PREFFERED DELIVERY SERVICE
ATTN CHRIS SCHILD, PRES
3210 TENNESSEE TERRACE
ORLANDO, FL 32806

CREDITOR ID: 373504-44
A RIFKIN CO
PO BOX 878
WILKES BARRE PA 18703-0878

CREDITOR ID: 241350-12
A S NOVOA
3300 NW 123RD STREET
MIAMI, FL 33167

CREDITOR ID: 241351-12
A STEPPING STONE AIR CONDITIONING
AND HEAT
PO BOX 1795
SEFFNER FL 33583

CREDITOR ID: 241355-12
A TECH SERVICES LLC
PO BOX 14113
GREENVILLE, SC 29610

CREDITOR ID: 241356-12
A TO Z PAPER CO INC
PO BOX 50725
NEW ORLEANS, LA 70150-0725

CREDITOR ID: 241357-12
A WILLETS ONEIL IND FANS INC
2340 W 8TH LANE
HIALEAH, FL 33010

CREDITOR ID: 241358-12
A&A COMPLETE PAVING&MAINTENANCE INC
4508 OAK FAIR BOULEVARD, STE. 100
TAMPA FL 33610

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383948-47<br>A&A FIRE PROTECTION INC<br>ATTN YVONNE G SMITH, OFF MGR<br>1200 WOODRUFF ROAD H-15<br>GREENVILLE, SC 29607 | CREDITOR ID: 373496-44<br>A&A FIRE PROTECTION INC<br>1200 WOODRUFF ROAD H -15<br>GREENVILLE, SC 29607 | CREDITOR ID: 241289-12<br>A&A HALAL DISTRIBUTORS<br>1210 SARAH AVENUE<br>LONGWOOD FL 32750-5488 |
| CREDITOR ID: 241290-12<br>A&A PRODUCE<br>PO BOX 11554<br>JACKSON MS 39283 | CREDITOR ID: 395241-63<br>A&B COMMUNICATION<br>2440 NORTH HILLS STREET<br>MERIDIAN, MS 39305-2634 | CREDITOR ID: 381630-47<br>A&B COMMUNICATIONS INC<br>PO BOX 8061<br>MERIDIAN, MS 39303-8061 |
| CREDITOR ID: 241292-12<br>A&B PIPE AND SUPPLY INC<br>PO BOX 133367<br>HIALEAH, FL 33013 | CREDITOR ID: 397774-75<br>A&D AIR COND'G & REFRIGERATION<br>ATTN: ALAN FELLER<br>4670 SW 83RD TERRACE<br>DAVIE, FL 33328 | CREDITOR ID: 241294-12<br>A&D AIR CONDITIONING<br>AND REFRIGERATION INC<br>ATTN: ALAN FELLER<br>4670 SW 83RD TERRACE<br>DAVIE, FL 33328 |
| CREDITOR ID: 373499-44<br>A&D COTTON CANDY<br>69 ELK FORK ROAD<br>HAZARD KY 41701 | CREDITOR ID: 241295-12<br>A&D DISTRIBUTORS<br>PO BOX 5742<br>EVANSVILLE, IN 47715 | CREDITOR ID: 241359-12<br>A&D SLAUGHTER HOUSE<br>115 STANFIELD ROAD<br>SCREVEN GA 31560 |
| CREDITOR ID: 383949-47<br>A&M CLEANING PRODUCTS<br>PO BOX 491150<br>LAWRENCEVILLE, GA 30049-1150 | CREDITOR ID: 383950-47<br>A&R PRODUCTS INC<br>ATTN RAUL J TOME, PRES<br>12959 SW 56 TERRACE<br>MIAMI, FL 33183 | CREDITOR ID: 241303-12<br>A&R PRODUCTS INC<br>12959 SW 56 TERRACE<br>MIAMI, FL 33183 |
| CREDITOR ID: 241304-12<br>A&S FEED AND SUPPLIES INC<br>2066 GEORGE WASHINGTON MEM H<br>PO BOX 818<br>GLOUCESTER POINT, VA 23062 | CREDITOR ID: 397615-72<br>A&S SUPPLIES, INC.<br>ATTN: ARNOLD STANFORD<br>759 HICKORY DRIVE<br>GRANADA, MS 38901 | CREDITOR ID: 241305-12<br>A&W COMMERCIAL PRESSURE WASHING<br>ATTN: ALVIN R MUDGE<br>135 ONEAL LANE<br>BRANCH, LA 70516 |
| CREDITOR ID: 241306-12<br>A&W LAWN & CLEANING SERV INC<br>831 FIGGS STORE ROAD<br>SHELBYVILLE, KY 40065 | CREDITOR ID: 395243-63<br>A&W PRESSURE WASHING<br>135 O'NEAL LANE<br>BRANCH, LA 70516 | CREDITOR ID: 279332-36<br>A. DUDA & SONS, INC.<br>P.O. BOX 620257<br>OVIEDO  FL 32762-0257 |
| CREDITOR ID: 406197-G4<br>A. E. STALEY<br>2200 ELDORADO ST.<br>DECATUR IL 62525 | CREDITOR ID: 407672-93<br>A.A.C., INC.<br>A.A.C., INC., A.J. & C GARFUNKEL<br>400 MALL BOULEVARD, 2ND FLOOR STE M<br>PO BOX 16087<br>SAVANNAH GA 31406 | CREDITOR ID: 241375-12<br>A.C. KREBS<br>4000 CRITTENDEN DRIVE<br>LOUISVILLE KY 40209 |
| CREDITOR ID: 395372-64<br>A.C. NEILSON COMPANY<br>PO BOX 88956<br>CHICAGO, IL 60695 | CREDITOR ID: 241376-12<br>A/C ELECTRIC SERVICES INC<br>3009 PALMISANO BLVD<br>CHALMETTE LA 70043-3629 | CREDITOR ID: 241360-12<br>A+ MAINTENANCE SERVICE CO INC<br>237 TYSON ROAD<br>DOTHAN, AL 36301 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 241361-12
A-1 ALABAMA KEY & LOCKSMITH
ATTN ROBERT SKELTON
1419 MCFARLAND BLVD E
TUSCALOOSA, AL 35404

CREDITOR ID: 241362-12
A-1 ASPHALT PAVING & REPAIR, INC
ATTN LEONARD S JUDD, PRESIDENT
830 INDUSTRY ROAD
KENNER, LA 70006

CREDITOR ID: 241363-12
A-1 BACKFLOW PREVENTION
SPECIALIST
6004 BIG SPRINGS DR
ARLINGTON TX 76001

CREDITOR ID: 241377-12
A1 CELLULAR & PAGING
1755 SCOTTSVILLE RD
BOWLING GREEN KY 42104

CREDITOR ID: 241364-12
A-1 COMPRESSOR
ATTN DAVID COWART, PRES
140 MENDEL DRIVE SW
ATLANTA, GA 30336

CREDITOR ID: 241378-12
A1 DETECTIVE AND PATROL SERVICE INC
404 MEADOWBROOK RD
JACKSON, MS 39206-5330

CREDITOR ID: 241365-12
A-1 ELECTRIC MOTOR SERVICE
1461 DIXIE HWY
PARK HILLS KY 41011

CREDITOR ID: 241308-12
A1 ENTERPRISES INC
PO BOX 940
KILLEN, AL 35645

CREDITOR ID: 241366-12
A-1 FIRE EQUIPMENT
3619 N W 2ND AVENUE
MIAMI FL 33127

CREDITOR ID: 241309-12
A1 GLASS SERVICES
PO BOX 565
BRANDON, MS 39043

CREDITOR ID: 241379-12
A1 HYDRAULICS INC
7017-D MABLETON PARKWAY
MABLETON GA 30126

CREDITOR ID: 241367-12
A-1 ORANGE CLEANING SRV CO INC
PO BOX 555704
ORLANDO, FL 32855-5704

CREDITOR ID: 241380-12
A1 PAVING
1239 PITTS POINT ROAD
SHEPHARDSVILLE, KY 40165

CREDITOR ID: 241381-12
A1 PRECISION LOCK & SAFE
363 POND VIEW DRIVE
SYLVA, NC 28779

CREDITOR ID: 241368-12
A-1 PROVISIONS, INC
19538 BLACK OLIVE LANE
BOCA RATON, FL 33498

CREDITOR ID: 241369-12
A-1 ROOFING COMPANY INC
PO BOX 236
MONTGOMERY, AL 36101-0236

CREDITOR ID: 241370-12
A-1 SAFE & LOCK
1026 BOREAS DRIVE
BATON ROUGE, LA 70816

CREDITOR ID: 241371-12
A-1 SAFE & LOCK CO INC
1300 MIDWAY DR
COLUMBUS GA 31901-2382

CREDITOR ID: 241372-12
A-1 SAW & BUTCHER SUPPLY
7521 ASHEVILLE HWY
KNOXVILLE TN 37924-3812

CREDITOR ID: 241373-12
A-1 SIGN SHOP INC
PO BOX 789
MOREHEAD CITY, NC 28557

CREDITOR ID: 241382-12
A1 TIRE & TRUCK SERVICE
HWY 64 W & I-95 EXIT 57
34 SERVICE LANE
WALTERBORO SC 29488

CREDITOR ID: 395584-65
A-1 YARDS
3155 LAUREL STREET
LECANTO, FL 34461

CREDITOR ID: 241374-12
A-1 YARDS UNLIMITED
3155 WEST LAUREL ST
LECANTO, FL 34461

CREDITOR ID: 381877-30
A1A FOODS INC
ATTN: JOSH RENFROE
3255 PARKER DR
ST AUGUSTINE FL 32084

CREDITOR ID: 404055-95
A1A FOODS INC A1A SALSA
48 WEST 6TH STREET
ATLANTIC BEACH FL 32233

CREDITOR ID: 241383-12
A1A FOODS INC A1A SALSA
3255 PARKER DRIVE
ST AUGUSTINE, FL 32084

CREDITOR ID: 241384-12
A1A SMALL ENGINES EQUIP
420 SOUTH DIXIE HIGHWAY E
POMPANO BEACH FL 33060

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ⸱Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241385-12<br>A2 HYDRAULICS<br>1735 LITTLEJOHN ROAD<br>JACKSONVILLE, AL 36265 | CREDITOR ID: 269205-16<br>A2D, LP<br>9220 SUNSET BOULEVARD, SUITE 315<br>LOS ANGELES, CA 90069 | CREDITOR ID: 381470-47<br>AA ACCURATE TRUCK & TIRE REPAIR INC<br>ATTN LINDA LYNN, OFF MGR<br>1644 NORTH US HIGHWAY 1<br>ORMOND BEACH, FL 32174 |
| CREDITOR ID: 373508-44<br>AA ACCURATE TRUCK AND TIRE REPAIR INC<br>1644 NORTH US HIGHWAY 1<br>ORMOND BEACH, FL 32174 | CREDITOR ID: 241387-12<br>AA ELECTRIC INC<br>1665 LAKES PARKWAY, SUITE 108<br>LAWRENCEVILLE GA 30043-5858 | CREDITOR ID: 241388-12<br>AA ELECTRIC S E INC<br>2011 S COMBEE ROAD<br>LAKELAND FL 33801-6895 |
| CREDITOR ID: 241313-12<br>AA FIRE EQUIPMENT CO INC<br>480 NE 159TH ST<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 241389-12<br>AA JACKS PRESSURE CLEANING INC<br>5300 CARRICK ROAD<br>COCOA FL 32927 | CREDITOR ID: 383951-47<br>AA SONGY KINDERGARTEN CENTER<br>523 EAST HEATHER DR<br>LULING, LA 70070 |
| CREDITOR ID: 404056-95<br>AA SONGY KINDERGARTEN CENTER<br>1821 ACADEMY RD<br>GRAND COTEAU LA 70541 | CREDITOR ID: 265213-31<br>AA WILLIAMS DIST<br>ATTN: ANTHONY WILLIAMS<br>2616 ROUNDTREE CIR<br>CHESAPEAKE VA 23323-4242 | CREDITOR ID: 241391-12<br>AAA ABOVE ALL SUN GOLD INC<br>PO BOX 924113<br>PRINCETON, FL 33092-4113 |
| CREDITOR ID: 241392-12<br>AAA AUTO CLUB SOUTH<br>ATTN KAREN JACKSON<br>1515 N WESTSHORE BLVD<br>TAMPA FL 33607 | CREDITOR ID: 241393-12<br>AAA COOPER TRANSPORTATION<br>PO BOX 6827<br>DOTHAN, AL 36302 | CREDITOR ID: 241394-12<br>AAA FASTENER AND SUPPLY<br>1310 B BUNCOMBE STREET<br>GREENVILLE, SC 29609 |
| CREDITOR ID: 395585-65<br>AAA FIRE EQUIPMENT<br>480 N.E. 159TH ST,<br>NORTH MIAMI, FL 33162 | CREDITOR ID: 241395-12<br>AAA GLASS CO INC<br>ATTN GYPSY HUNT<br>930 ROBESON ST<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 241396-12<br>AAA LAWN<br>195 BROOM ROAD<br>FITZGRALD GA 31750 |
| CREDITOR ID: 241311-12<br>AAA LOCK SERVICE<br>PO BOX 38429<br>TALLAHASSEE, FL 32315-8429 | CREDITOR ID: 241397-12<br>AAA LOCKSMITHS AND ALARM CO INC<br>1613 WADE HAMPTON BLVD<br>GREENVILLE, SC 29609 | CREDITOR ID: 395588-65<br>AAA PARKING<br>PO BOX 3551<br>SARASOTA, FL 34232 |
| CREDITOR ID: 241398-12<br>AAA PARKING LOT AND<br>STREET SWEEPING INC<br>PO BOX 3551<br>SARASOTA, FL 34230-3551 | CREDITOR ID: 241399-12<br>AAA SEAL COATING & STRIPING INC<br>548 KINNEY LAKE ROAD<br>CARROLLTON GA 30116 | CREDITOR ID: 383952-47<br>AAA SEPTIC TANK SERVICE, INC<br>12275 CORE LANE<br>BAKER, LA 70714 |
| CREDITOR ID: 241400-12<br>AAA SEPTIC TANK SERVICE, INC<br>ATTN KENNETH W BAILEY, OWNER/PRES<br>12275 CORE LANE<br>BAKER, LA 70714 | CREDITOR ID: 241401-12<br>AAA SIGNS<br>JUDY MANUFACTURING CO<br>95B SUNBELT BLVD<br>COLUMBIA, SC 29203 | CREDITOR ID: 241402-12<br>AAA SUPPLY INC<br>PO BOX 17769<br>GREENVILLE SC 29606-8769 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 381173-47
AAC UNITED FIRE & SAFETY EQUIPMENT INC
305 SW 15TH AVE
POMPANO BEACH, FL 33069

CREDITOR ID: 241404-12
AACTION ALARMS
1706 N ASHLEY ST
VALDOSTA, GA 31602-3023

CREDITOR ID: 403415-15
AADITYA INC
ATTN OJASH JARIWALA
3748 MT DIABLO AVENUE
LAFAYETTE CA 94549

CREDITOR ID: 403502-15
AADITYA, INC.
ATTN OJASH JARIWALA
3748 MT DIABLO BLVD
LAFAYETTE CA 94549

CREDITOR ID: 241405-12
AAF INTERNATIONAL
1067 SOLUTIONS CENTER
CHICAGO, IL 60677-1000

CREDITOR ID: 394003-61
AALLEN BRYANT & ASSOCIATES, INC.
PO BOX 38289
ORLANDO, FL 32802-3828

CREDITOR ID: 241406-12
AAMSTRAND ROPES & TWINE
711 GROVE STREET
MANTENO, IL 60950

CREDITOR ID: 403274-83
AARBITRATION FORUMS, INC.
PO BOX 863606
ORLANDO FL 32886-3606

CREDITOR ID: 241408-12
AARO LABELS
ATTN: THOMAS LAMONICA, GEN MGR
PO BOX 853
SAFETY HARBOR, FL 34695-0853

CREDITOR ID: 241411-12
AARON INDUSTRIES
PO BOX 532080
ATLANTA, GA 30353-2080

CREDITOR ID: 404058-95
AARON INDUSTRIES
PO BOX 305
CLINTON SC 29325

CREDITOR ID: 407433-97
AARON INDUSTRIES INC
ATTN: KENNETH R RODGERS, CFO
28966 HWY 76 EAST
CLINTON SC 29325

CREDITOR ID: 406028-15
AARON INDUSTRIES, INC.
C/O KILPATRICK STOCKTON LLP
ATTN DEBORAH L FLETCHER, ESQ
214 N TRYON STREET, SUITE 2500
CHARLOTTE  NC 28202

CREDITOR ID: 241414-12
AARON LOCK CO
PO BOX 1628
WELCOME, NC 27374-1628

CREDITOR ID: 241415-12
AARON OIL COMPANY INC
PO BOX 2304
MOBILE, AL 36652

CREDITOR ID: 241416-12
AARON RENTS INC
309 E PACES FERRY RD NE
ATLANTA GA 30305

CREDITOR ID: 406318-MS
AARON, JAMES MIKE
560 HOLLY BUSH ROAD
BRANDON MS 39047-8598

CREDITOR ID: 256517-12
AARON, MITCHEL E
98 PEAR TREE LANE
JASPER, AL 35504

CREDITOR ID: 241419-12
AARONS TRUCKING LOGISTICS
3140 ROSEDALE ROAD
IRWIN OH 43029

CREDITOR ID: 383127-51
AARP DISCOUNT CARD
13900 RIVERPORT DRIVE
MARYLAND HEIGHTS, MO 63043

CREDITOR ID: 241420-12
AB SIGNS & PRINTING
5161-3 BEACH BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 397708-62
ABANDONED PROPERTY DIVISION
1 ASHBURTON PLACE, 12TH FLOOR
BOSTON  MA 02108

CREDITOR ID: 241421-12
ABB INC INSTRUMENTATION DIVISION
PO BOX 7777-W1170
PHILADELPHIA, PA 19175

CREDITOR ID: 241422-12
ABBEVILLE COUNTY CLK OF COURT
PO BOX 99
ABBEVILLE, SC 29620

CREDITOR ID: 318562-43
ABBEVILLE COUNTY TAX COLLECTOR
PO BOX 38
ABBEVILLE, SC 29620

CREDITOR ID: 241424-12
ABBEVILLE GENERAL HOSPITAL
PO BOX 580
ABBEVILLE, LA 70511-0580

CREDITOR ID: 265214-31
ABBEVILLE HARBOR & TRML DST
ATTN: JAMES CAMBELL
111 N JEFFERSON ST
ABBEVILLE LA 70510-4644

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 241425-12
ABBEVILLE HIGH SCHOOL
1305 WILDCAT DR
ABBEVILLE, LA 70510

CREDITOR ID: 241426-12
ABBEVILLE MERIDIONAL
ATTN DON ANDREPONT, CONTROLLER
318 NORTH MAIN
PO BOX 400
ABBEVILLE, LA 70511-0400

CREDITOR ID: 241427-12
ABBITTS MILL
PO BOX 1071
WILLIAMSTON, NC 27892

CREDITOR ID: 241428-12
ABBOTT LABORATORIES EAS
75 REMITTANCE DRIVE, SUITE 6321
CHICAGO, IL 60675-6321

CREDITOR ID: 241429-12
ABBOTT LABORATORIES INC
PO BOX 3706
BOSTON MA 02241-3706

CREDITOR ID: 241430-12
ABBOTT TRUE ELECTRIC INC
635 WILMER AVE
ORLANDO, FL 32808-7635

CREDITOR ID: 388000-54
ABBOTT, TASHA
428 AUTMN OAK DR
MADISON, MS 39110

CREDITOR ID: 407423-15
ABBYLAND FOODS, INC
ATTN PAUL HESS, CONTROLLER
PO BOX 69
ABBOTSFORD WI 54405

CREDITOR ID: 241431-12
ABBYLAND FOODS, INC
BOX 88839
MILWAUKEE, WI 53288-0839

CREDITOR ID: 241432-12
ABC CUTTING CONTRACTORS
4864 CLARK HOWELL HWY 3
COLLEGE PARK GA 30349

CREDITOR ID: 239831-06
ABC ENFORCEMENT DISTRICT I
PO BOX 1755
FLORENCE AL 35631

CREDITOR ID: 239833-06
ABC ENFORCEMENT DISTRICT III
PO BOX 19247
HOMEWOOD AL 35219

CREDITOR ID: 239836-06
ABC ENFORCEMENT DISTRICT IX
104 ADRIS PL #20
DOTHAN AL 36303-1997

CREDITOR ID: 241440-12
ABC ENFORCEMENT DISTRICT VII
750 DOWNTOWNER BLVD 3RD FL
MOBILE AL 36609

CREDITOR ID: 239842-06
ABC ENFORCEMENT DISTRICT X
PO BOX 241372
MONTGOMERY AL 36124-1372

CREDITOR ID: 239843-06
ABC ENFORCEMENT DISTRICT XI
PO BOX 880
GROVE HILL AL 36451

CREDITOR ID: 241444-12
ABC LOCK & KEY
PO BOX 922
TRUSSVILLE AL 35173-0922

CREDITOR ID: 241445-12
ABC RESEARCH
ATTN D ROWE OR J SCOTT, CONTROLLER
3437 SW 24TH AVENUE
GAINESVILLE FL 32607

CREDITOR ID: 383953-47
ABCO BROOM & MOP MFG CORP
P O BOX 026032
LBX 070-001
MIAMI, FL 33102-6032

CREDITOR ID: 241446-12
ABCO BROOM & MOP MFG CORP
PO BOX 025447
MIAMI, FL 33102-5447

CREDITOR ID: 373510-44
ABCO PRODUCTS
P O BOX 026032
LBX 070-001
MIAMI, FL 33102-6032

CREDITOR ID: 241447-12
ABELL ELEVATOR CO INC
1256 LOGAN ST
LOUISVILLE, KY 40204-2484

CREDITOR ID: 241448-12
ABERCROMBIE OIL CO
200 RIVER ST
DANVILLE VA 24540

CREDITOR ID: 385717-54
ABERCROMBIE, NANCY
8440 LAKE LOUISE
THEODORE, AL 36582

CREDITOR ID: 390997-55
ABERCROMBIE, NANCY
C/O: LINDA F. CLAUSEN
GARDBERG, KNOPF & CLAUSEN, P.C.
1015 MONTLIMAR DR, SUITE B-4
MOBILE AL 36609

CREDITOR ID: 241449-12
ABERDEEN EXAMINER
ATTN PHYLLIS ZETTLER, BUS MGR
PO BOX 279
ABERDEEN, MS 39730

CREDITOR ID: 241450-12
ABERDEEN MACHINE WORKS INC
PO DRAWER D
ABERDEEN MS 39730

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241451-12 | CREDITOR ID: 373512-44 | CREDITOR ID: 404060-95 |
| ABERDEEN WATER & LIGHT DEPT | ABERN, WADE, A | ABGI/CSA |
| 612 W COMMERCE ST | 23 FARISTON PLACE | 5298 PAYSHERE CIRCLE |
| ABERDEEN, MS 39730 | PALM COAST, FL 32137 | CHICAGO IL 60674 |
| | | |
| CREDITOR ID: 241452-12 | CREDITOR ID: 241453-12 | CREDITOR ID: 241454-12 |
| ABGI/CSA | ABILENE MOTOR EXPRESS INC | ABITA SPRINGS ELEMENTARY SCHOOL |
| PO BOX 79001 | PO BOX 34507 | 22410 LEVEL ST |
| DRAWER 1698 | RICHMOND, VA 23234-0507 | ABITA SPRINGS, LA 70420 |
| DETROIT, MI 48279-1698 | | |
| | | |
| CREDITOR ID: 241455-12 | CREDITOR ID: 265215-31 | CREDITOR ID: 383954-47 |
| ABITA SPRINGS WATER CO | ABK WASTE INC | ABLE GLASS CO |
| CHRISTINE BAHAN | ATTN: BRUCE PAYNE | 606 N UNIVERSITY AVE |
| PO BOX 867 | 1070 FOXCHASE DR | LAFAYETTE, LA 70506-1338 |
| METAIRIE, LA 70004-0867 | MCDONOUGH GA 30253-8625 | |
| | | |
| CREDITOR ID: 399665-YY | CREDITOR ID: 381434-47 | CREDITOR ID: 241457-12 |
| ABLE GLASS LLC | ABLE MACHINE CO INC | ABLE SAFE & LOCK |
| 1611 VEROT SCHOOL ROAD | PO BOX 489 | 10459 AIRLINE HIGHWAY |
| LAFAYETTE LA 70508 | TAYLORS, SC 29687 | BATON ROUGE LA 70816 |
| | | |
| CREDITOR ID: 241458-12 | CREDITOR ID: 241459-12 | CREDITOR ID: 241459-12 |
| ABLEST INC | ABN DISTRIBUTORS INC | ABN DISTRIBUTORS INC |
| ATTN HERBERT SOTTOSANTI | C/O BARBARA RUIZ GONZALES ESQ | 13115 S W 122 AVE |
| PO BOX 116295 | 12120 SW 80 ST | MIAMI, FL 33186 |
| ATLANTA, GA 30368-6295 | MIAMI FL 33183 | |
| | | |
| CREDITOR ID: 397956-76 | CREDITOR ID: 241460-12 | CREDITOR ID: 389899-54 |
| ABNER, CHARLES | ABNEY ELEMENTARY SCHOOL | ABNEY, SYLVIA |
| 3537 PRINCETON ROAD | 825 KASTMAYER AVE | 777 ABNEY DR. |
| MONTGOMERY, AL 36116 | SLIDELL, LA 70458 | SLIDELL, LA 70458 |
| | | |
| CREDITOR ID: 393438-55 | CREDITOR ID: 389338-54 | CREDITOR ID: 393149-55 |
| ABNEY, SYLVIA | ABNEY, TAMMY | ABNEY, TAMMY |
| C/O: G. BRICE JONES, ESQUIRE | 1905 KENTUCKY | C/O: CHARLSEY WOLF |
| G. BRICE JONES, ESQUIRE | KENNER LA 70062 | WOLF & WOLF |
| 682 OLD SPANISH TRAIL | | 3017 21ST STREET, SUITE 100 |
| SLIDELL LA 70458 | | METAIRIE LA 70002 |
| | | |
| CREDITOR ID: 389565-54 | CREDITOR ID: 393237-55 | CREDITOR ID: 404061-95 |
| ABOSINI, JEANETTE | ABOSINI, JEANETTE | ABOVE PAR COURIER SERVICE INC |
| 317 EDINBURGH LANE | C/O: LESLIE SCOTT JEAN-BART | 2700 W ALANTICE BLVD SUITE 113 |
| ORANGE PARK, FL 32073 | FARAH, FARAH, & ABBOTT, P.A. | POMPANO BEACH FL 33069 |
| | 1845 UNIVERSITY BLVD N | |
| | JACKSONVILLE FL 32211 | |
| | | |
| CREDITOR ID: 383955-47 | CREDITOR ID: 241461-12 | CREDITOR ID: 265216-31 |
| ABOVE PAR COURIER SERVICE, INC | ABOVE PAR COURIER SERVICE, INC | ABRAHAMS JOE FTNES WLLNESS CTR |
| 2854 STIRLING ROAD, SUITE A | ATTN MICHAEL GUSSMAN, PRES | ATTN: KARLA KIPI |
| HOLLYWOOD, FL 33020 | 2854 STIRLING ROAD SUITE A | 5212 INTERBAY BLVD |
| | HOLLYWOOD, FL 33020 | TAMPA FL 33611-4134 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 386223-54
ABRAM, GLORIA
5053 BISCAYNE ROAD
KISSIMMEE FL 32747-5098

CREDITOR ID: 373514-44
ABRAMS & COMPANY INC.
D/B/A RAINBOW LINEN
250 WEST 57TH STREET
NEW YORK, NY 10107-1411

CREDITOR ID: 394198-56
ABRAMSON, NORAH
7519 ROCKRIDGE CT
LAKE WORTH, FL 33467

CREDITOR ID: 400382-85
ABRAMSON, NORAH
C/O ALEX DASZKAL, ESQ
GOLDMAN, DASZKAL, CUTLER, BOLTON & KIRBY
1630 W. HILLSBORO BLVD.
DEERFIELD BEACH FL 33442

CREDITOR ID: 241463-12
ABREU BOLEN DISTRIBUTORS INC
3310 HANSON ST
FT MYERS FL 33916

CREDITOR ID: 389417-54
ABREU, EDUARDO
17465 SW 112TH COURT
MIAMI FL 33157

CREDITOR ID: 386183-54
ABREU, ELIANA
209 NW 109TH AVENUE
UNIT 408
MIAMI, FL 33174

CREDITOR ID: 391339-55
ABREU, ELIANA
C/O THEODORE H. ENFIELD, ESQ.
THEODORE H. ENFIELD, PA
19235 BISCAYNE BL., STE 105
AVENTURA FL 33180

CREDITOR ID: 387331-54
ABREU, FELIX
2305 SR 33
CLERMONT, FL 34711

CREDITOR ID: 391906-55
ABREU, FELIX
C/O: CARLOS LIDSKY ESQ
LIDSKY & VACCARO, P.A.
145 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 241464-12
ABS METAL FABRICATORS INC
6995 NW 32 AVENUE
MIAMI, FL 33147

CREDITOR ID: 241465-12
ABSOLUTE DATA PROCESSING INC
9155 DYER B - 80
EL PASO, TX 79924

CREDITOR ID: 241466-12
ABSOLUTE DRUG DETECTION SERVICES
2124 4TH AVENUE SOUTH
BIRMINGHAM AL 35233

CREDITOR ID: 241467-12
ABSOLUTE WINDSHIELD REPAIR
PO BOX 73685
METAIRIE LA 70033-3685

CREDITOR ID: 259525-12
ABUDIE, RHONDA
4228 QUAL HIGH BLVD
MORRISVILLE, NC 27560

CREDITOR ID: 393727-58
AC NEILSEN
PO BOX 88956
CHICAGO, IL 60695-8956

CREDITOR ID: 241322-12
AC NIELSEN MARKET DECISIONS
PO BOX 631659
CINCINNATI, OH 45263-1659

CREDITOR ID: 241468-12
AC/DC ELECTRIC MOTOR REPAIR
9501 OVERSEAS HWY
MARATHON, FL 33050

CREDITOR ID: 399655-83
ACACIA TECHNOLOGIES GROUP
500 NEWPORT CENTER DR., 7TH FL
NEWPORT BEACH CA 92660

CREDITOR ID: 241469-12
ACADEMIC DISTINCTION FUND
8550 UNITED PLAZA BLVD, SUITE 204
BATON ROUGE, LA 70809

CREDITOR ID: 241470-12
ACADIA PAR SCH BD
PO BOX 309
SALES AND USE TAX DEPT
CROWLEY, LA 70527-0309

CREDITOR ID: 403275-83
ACADIAN AMBULANCE SERVICE
ATTN DEBRA S MARTIN
PO BOX 92970
LAFAYETTE LA 70509-2970

CREDITOR ID: 241472-12
ACADIAN BAKERY INC
112 WEST BRENTWOOD BLVD
LAFAYETTE, LA 70506

CREDITOR ID: 373515-44
ACADIAN BAKERY INC
PO BOX 90281
LAFAYETTE, LA 70509

CREDITOR ID: 406008-15
ACADIAN BAKERY, INC
C/O THE PANAGIOTIS FIRM
ATTN GEORGE J ARMBRUSTER III, ESQ
1540 W PINHOOK RD
LAFAYETTE LA 70503

CREDITOR ID: 241473-12
ACADIAN COACHES
PO BOX 52146
LAFAYETTE LA 70505

CREDITOR ID: 241474-12
ACADIAN ELEMENTARY
1020 SAADI ST
HOUMA, LA 70363

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 241475-12
ACADIAN LANDSCAPES OF
LOUISIANA
PO BOX 2246
KENNER, LA 70062

CREDITOR ID: 397260-69
ACADIAN LANDSCAPING
PO BOX 2246
KENNER, LA 70062

CREDITOR ID: 241477-12
ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447-9998

CREDITOR ID: 241476-12
ACADIAN MIDDLE SCHOOL
4201 MOSS ST
LAFAYETTE, LA 70507

CREDITOR ID: 241478-12
ACADIANA BOTTLING CO
700 KALLISTE SALOOM ROAD
LAFAYETTE, LA 70508

CREDITOR ID: 404063-95
ACADIANA BOTTLING CO
PO BOX 53205
LAFAYETTE LA 70505-3205

CREDITOR ID: 381978-36
ACADIANA BOTTLING CO, INC
ATTN JIM ANGERS
700 KAL SALOOM
LAFAYETTE LA 70508

CREDITOR ID: 381978-36
ACADIANA BOTTLING CO, INC
C/O DAVIDSON, MEAUX, SONNIER ET AL
ATTN CHRISTOPHER J PIASECKI, ESQ
PO DRAWER 2908
LAFAYETTE LA 70502-2908

CREDITOR ID: 241479-12
ACADIANA HIGH SCHOOL
315 RUE DUBELIER
LAFAYETTE, LA 70506

CREDITOR ID: 241480-12
ACADIANA OIL & ENVIRONMENT
PO BOX 9088
NEW IBERIA, LA 70562

CREDITOR ID: 241481-12
ACADIANA PREPARATORY SCHOOL
1592 E PRUDHOMME ST
OPELOUSAS, LA 70570

CREDITOR ID: 241482-12
ACADIANA SPORTSMEN LODGE
PO BOX 425
CROWLEY LA 70526

CREDITOR ID: 241483-12
ACCENT INDUSTRIES INC
9629 58TH PLACE
KENOSHA, WI 53144

CREDITOR ID: 241484-12
ACCESS CONTROL DEVICES
2201 BROOKWOOD DRIVE, SUITE 118
LITTLE ROCK, AR 72202

CREDITOR ID: 269206-16
ACCESS FOR THE DISABLED, INC.
C/O TODD W. SHULBY
12555 ORANGE DRIVE
SUITE 270
DAVIE, FL 33330

CREDITOR ID: 241485-12
ACCESS INTEGRATED NETWORKS
PO BOX 23039
COLUMBUS, GA 31902-3039

CREDITOR ID: 241486-12
ACCESS SAFE & LOCK
PO BOX 844
303 ROBYN ST
GRAY LA 70359

CREDITOR ID: 404064-95
ACCO BRANDS
P O BOX 70065
CHICAGO IL 60673

CREDITOR ID: 241487-12
ACCO BRANDS
75 REMITTANCE DRIVE, SUITE 1187
CHICAGO, IL 60675-1187

CREDITOR ID: 279333-36
ACCO BRANDS, INC
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN J PASCHKE & J YOUNG, ESQS
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO  IL 60606-1229

CREDITOR ID: 241488-12
ACCORD
2140 SOUTH DIXIE HIGHWAY, SUITE 301
MIAMI FL 33133

CREDITOR ID: 241491-12
ACCOUNT CONTROL TECHNOLOGY
PO BOX 8012
CANOGA PARK CA 91309-8012

CREDITOR ID: 397709-62
ACCOUNT MAINTENANCE DIVISION
2501 LINCOLN BOULEVARD
OKLAHOMA  CITY  OK 73194-0010

CREDITOR ID: 241492-12
ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 241493-12
ACCOUNTING PRINCIPALS LTD
PO BOX 931822
ATLANTA GA 31193

CREDITOR ID: 241494-12
ACCRAPLY INCORPORATED
PO BOX 95635
CHICAGO, IL 60694-5635

CREDITOR ID: 241495-12
ACCREDITED GROUP AGENCY INC
PO BOX 1630
WINTER PARK FL 32790-1630

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403276-83<br>ACCUCOPI, INC.<br>PO BOX 99<br>FT. LAUDERDALE FL 32549-0099 | CREDITOR ID: 404065-95<br>ACCUMED<br>12100 FORD RD<br>STE 100<br>DALLAS TX 75234-7231 | CREDITOR ID: 241497-12<br>ACCUMED<br>ATTN: BURGISE F POLLCHIWAK, PRES<br>2572 BRUNSWICK PIKE<br>LAWRENCEVILLE, NJ 08648 |
| CREDITOR ID: 241498-12<br>ACCURATE COLLISION INC<br>400 SW 6TH STREET<br>POMPANO BEACH FL 33060 | CREDITOR ID: 380951-47<br>ACCURATE INVENTORY & CALCULATING SVC NC<br>7843 SW 40TH ST<br>MIAMI, FL 33155 | CREDITOR ID: 382362-51<br>ACCURATE INVENTORY AND<br>CALCULATION SERVICES<br>7155 SW 47TH STREET, SUITE 311<br>MIAMI, FL 33155 |
| CREDITOR ID: 395589-65<br>ACCURATE INVENTORY SERVICES<br>7155 SW 47TH STREET<br>MIAMI, FL 33155 | CREDITOR ID: 407558-15<br>ACCURATE REPORTERS, INC.<br>ATTN ANN L MENDENHALL, PRESIDENT<br>PO BOX 533451<br>ORLANDO FL 32853-3451 | CREDITOR ID: 403277-83<br>ACCURATE STENOTYPE REPORTERS<br>2894-A REMINGTON GREEN LANE<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 241500-12<br>ACCURATE STENOTYPE REPORTERS INC<br>2894 - A REMINGTON GREEN LANE<br>TALLAHASSEE, FL 32308 | CREDITOR ID: 241501-12<br>ACCURATE TEMPERATURE CONTROL<br>PO BOX 915035<br>LONGWOOD FL 32791-5035 | CREDITOR ID: 241502-12<br>ACCURATE TESTING SERVICES<br>ATTN SAM SKETTENO, DIRECTOR<br>603 HIGHWAY 90, SUITE 2<br>BAY ST LOUIS, MS 39520 |
| CREDITOR ID: 241496-12<br>ACCU-TECH CORPORATION<br>PO BOX 100489<br>ATLANTA GA 30384-0489 | CREDITOR ID: 395245-63<br>ACE AMERICAN INSURANCE COMPANY<br>500 COLONIAL CENTER PKWY, SUITE 200<br>ROSWELL, GA 30076 | CREDITOR ID: 397616-72<br>ACE AMERICAN INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 |
| CREDITOR ID: 241503-12<br>ACE ARMATURE WORKS INC<br>PO BOX 926<br>BATON ROUGE LA 70821-0926 | CREDITOR ID: 241504-12<br>ACE ELECTRICAL SERVICE, INC<br>ATTN CHARLES R DEPARI, JR<br>1504 DAMON AVENUE<br>KISSIMMEE, FL 34744 | CREDITOR ID: 404067-95<br>ACE EXPEDITERS<br>P O BOX 1009<br>ORLANDO FL 32802 |
| CREDITOR ID: 241505-12<br>ACE EXPEDITERS INC<br>ATTN: RICHARD COOPER, VP<br>PO BOX 2513<br>ORLANDO, FL 32802 | CREDITOR ID: 241506-12<br>ACE GLASS CO INC<br>PO BOX 4432<br>COLUMBIA SC 29240-4432 | CREDITOR ID: 241508-12<br>ACE HARDWARE<br>317 S RANGE ST<br>MADISON FL 32340-2343 |
| CREDITOR ID: 241509-12<br>ACE HARDWARE<br>PO DRAWER 77099<br>WINTER GARDEN FL 34777-0099 | CREDITOR ID: 241510-12<br>ACE HARDWARE OF DONALDSONVILLE<br>PO BOX 747<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 373518-44<br>ACE HARDWARE OF EAST BRAINERD<br>8164 E BRAINERD ROAD<br>CHATTANOOGA TN 37421 |
| CREDITOR ID: 241511-12<br>ACE INDUSTRIES<br>6295 MCDONOUGH DR<br>NORCROSS, GA 30093-1206 | CREDITOR ID: 241512-12<br>ACE LOCK & KEY<br>618 N ASHLEY ST<br>VALDOSTA, GA 31601-4624 | CREDITOR ID: 241513-12<br>ACE PAGING & CELLULAR<br>3740 RINGGOLD ROAD<br>CHATTANOOGA, TN 37412 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404068-95<br>ACE PAGING & CELLULAR<br>902 MCCALLIE AVENUE<br>CHATTANOOGA TN 37403 | CREDITOR ID: 241514-12<br>ACE PLUMBING<br>2126 CASTON ROAD<br>MCCOMB MS 39648-8702 | CREDITOR ID: 241515-12<br>ACE PUTZEL ELECTRIC INC<br>4387 INNER PERIMETER ROAD<br>VALDOSTA, GA 31602 |
| CREDITOR ID: 241516-12<br>ACE REFRIGERATION INC<br>PO BOX 1904<br>NEWPORT, NC 28570 | CREDITOR ID: 241517-12<br>ACE SUPPLY INC<br>PO BOX 210369<br>MONTGOMERY AL 36121-0369 | CREDITOR ID: 241518-12<br>ACE TRUCK & TRAILER REPAIRS INC<br>PO BOX 4057<br>LAPLACE LA 70069-4057 |
| CREDITOR ID: 241519-12<br>ACE WELDING SUPPLY INC<br>12828 NORTH NEBRASKA<br>TAMPA FL 33612 | CREDITOR ID: 388488-54<br>ACEVEDO, MARIA<br>5333 NE 14TH AVENUE<br>POMPANO BEACH, FL 33064 | CREDITOR ID: 392573-55<br>ACEVEDO, MARIA<br>C/O JONATHAN R FRIEDLAND PA<br>ATTN JONATHAN R FRIEDLAND, ESQ<br>TWO DATRAN CENTER, SUITE 1609<br>9130 S DADELAND BLVD<br>MIAMI FL 33156 |
| CREDITOR ID: 400558-91<br>ACEVEDO-RENTAS, GLORIA A<br>13822  EAGLES GLENN COVE<br>ORLANDO FL 32837 | CREDITOR ID: 253499-12<br>ACEVES, JULIA<br>5879 ADAMS ST A<br>FORT KNOX, KY 40121-4001 | CREDITOR ID: 241520-12<br>ACH FOOD CO INC<br>PO BOX 60995<br>CHARLOTTE NC 28260-0000 |
| CREDITOR ID: 279202-35<br>ACH FOOD COMPANIES<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA TN 38016 | CREDITOR ID: 404070-95<br>ACH FOOD COMPANIES INC<br>P O BOX 1000 DEPT 463<br>MEMPHIS TN 38148-0463 | CREDITOR ID: 241521-12<br>ACH FOOD COMPANIES INC<br>PO BOX 409177<br>ATLANTA, GA 30384-9177 |
| CREDITOR ID: 241522-12<br>ACHILLES REALTY CO<br>537 MARKET STREET, SUITE 400<br>CHATTANOOGA, TN 37402 | CREDITOR ID: 404071-95<br>ACI WORLDWIDE INC.<br>P O BOX 2140<br>OMAHA NE 68103-2140 | CREDITOR ID: 382364-51<br>ACI WORLDWIDE INC.<br>330 SOUTH 108TH AVE.<br>OMAHA, NE 68154 |
| CREDITOR ID: 395467-64<br>ACI WORLDWIDE, INC.<br>13594 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 389927-54<br>ACKER, MIRIAM<br>2411 NORTH MARKET STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 399331-68<br>ACKERBERG GROUP, THE<br>3100 WEST LAKE STREET, SUITE 100<br>MINNEAPOLIS MN 55416-4510 |
| CREDITOR ID: 395246-63<br>ACKERMAN<br>7585 PONCE DE LEON CIRCLE<br>ATLANTA, GA 30340 | CREDITOR ID: 243341-12<br>ACKERMAN, BERNARD N<br>2112 1ST AVENUE E<br>PALMETTO FL 34221 | CREDITOR ID: 2037-RJ<br>ACKERMAN-MIDTOWN ASSOCIATES<br>1040 CROWN POINTE PARKWAY, SUITE 20<br>ATLANTA, GA 30338-4777 |
| CREDITOR ID: 269207-16<br>ACKERMAN-MIDTOWN ASSOCIATES, LTD.<br>C/O MICHAEL D. GOLDEN<br>ARNALL, GOLDEN, GREGORY, LLP<br>171 17TH STREET<br>SUITE 2100<br>ATLANTA, GA 30363 | CREDITOR ID: 387221-54<br>ACKERSON, CYNTHIA<br>3330 CALHOUN STREET<br>NEW ORLEANS, LA 70125 | CREDITOR ID: 387221-54<br>ACKERSON, CYNTHIA<br>C/O H EDWARD SHERMAN APLC<br>ATTN: TRAVIS J CAUSEY JR, ESQ<br>1010 COMMON STREET, STE 1750<br>NEW ORLEANS LA 70112 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 391809-55
ACKERSON, CYNTHIA
C/O EDWARD SHERMAN
H. EDWARD SHERMAN
1010 COMMON ST.
SUITE 1750
NEW ORLEANS LA 70112

CREDITOR ID: 241525-12
ACL SERVICES LTD
1550 ALBERNI STREET
VANCOUVER, BC V6G 1A5
CANADA

CREDITOR ID: 383956-47
ACL SERVICES LTD
BOX 200286
PITTSBURGH, PA 15251-0286

CREDITOR ID: 383108-51
ACL SERVICES LTD
ATTN JOHN LAUINGER, ESQ
1550 ALBERNI STREET
VANCOUVER, BC V6G 1A5
CANADA

CREDITOR ID: 241526-12
ACME LOCK COMPANY
PO BOX 850165
NEW ORLEANS, LA 70185

CREDITOR ID: 404072-95
ACME LOCK COMPANY
337 BROOKLYN AVE
JEFFERSON LA 70121

CREDITOR ID: 241527-12
ACME LOCK INC
139 EAST COURT ST
CINCINNATI, OH 45202

CREDITOR ID: 241528-12
ACME MCCRARY
PO BOX 30173
CHARLOTTE, NC 28320-0173

CREDITOR ID: 279334-36
ACME MCCRARY CORPORATION
C/O GENE SIMPSON
P.O. BOX 1287
ASHEBORO  NC 27204

CREDITOR ID: 241529-12
ACME PLASTICS INC
ATTN ANITA PORDON, AR MGR
PO BOX 806
WEST PATERSON NJ 07424-0806

CREDITOR ID: 241530-12
ACME PROPANE GAS CO INC
PO BOX 780126
TALLASSEE AL 36078

CREDITOR ID: 241531-12
ACME RADIATOR SERVICE
817 E STONE AVENUE
GREENVILLE SC 29601

CREDITOR ID: 241532-12
ACME REFRIGERATION
11844 S CHOCTAW
BATON ROUGE, LA 70815

CREDITOR ID: 381341-47
ACME REFRIGERATION SUP
PO BOX 13275
NEW ORLEANS, LA 70185-3275

CREDITOR ID: 241533-12
ACME REFRIGERATION SUPPLIES
ATTN RICHARD O'HARA, OFFICE MGR
PO BOX 13275
NEW ORLEANS, LA 70185-3275

CREDITOR ID: 241534-12
ACME TRUCK LINE INC
PO BOX 183
HARVEY, LA 70059-0183

CREDITOR ID: 241535-12
ACME UNITED CORP
PO BOX 932607
ATLANTA GA 31193-2607

CREDITOR ID: 400121-86
ACOFF, JINNIE
635 CARSON STREET
GREENVILLE MS 38701

CREDITOR ID: 241536-12
ACOM SOLUTIONS INC
2850 E 29TH STREET
LONG BEACH CA 90806

CREDITOR ID: 241537-12
ACORN ASSOC LTD
C/O GOREN BROTHERS
150 E 52ND STREET, 29TH FLR
NEW YORK, NY 10022

CREDITOR ID: 1014-07
ACORN ASSOC LTD
C/O GOREN BROTHERS
150 E 52ND ST., 29TH FLOOR
NEW YORK, NY 10022

CREDITOR ID: 2038-07
ACORN ASSOCIATES
150 EAST 52ND STREET, 29TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 394109-56
ACOSTA, CELESTE
2575 NW 115 STREET, APT 415A
MIAMI, FL 33167

CREDITOR ID: 400319-85
ACOSTA, CELESTE
C/O JOSE FRANCISCO
LAW OFFICES OF JOSE M. FRANCISCO
5040 NW 7TH ST, STE 900
MIAMI FL 33126

CREDITOR ID: 393518-55
ACOSTA, ISABEL
C/O JO ANN HOFFMAN, ESQUIRE
4403 W. TRADEWINDS AVENUE
LAUDERDALE-BY-THE-SEA FL 33308

CREDITOR ID: 392666-55
ACOSTA, MIREYA
C/O: WILLIAM SOUZA, ESQ.
LAW OFFICE OF WILLIAM SOUZA
1125 N.E. 125TH STREET
NORTH MIAMI FL 33161

CREDITOR ID: 385795-54
ACOSTA, ROSA D
37 JUNIPER PASS DR
OCALA, FL 34480

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388470-54<br>ACOSTA, VIRGINIA<br>13331 SW 258TH TERR<br>HOMESTEAD, FL 33032 | CREDITOR ID: 392560-55<br>ACOSTA, VIRGINIA<br>C/O: RANDAL RUBIN, P.A.<br>RUBIN & RUBIN, P.A.<br>11900 BISCAYNE BLVD.<br>SUITE 502<br>NORTH MIAMI FL 33181 | CREDITOR ID: 241538-12<br>ACOUSTA-KLEEN OF CENTRAL FLA<br>PO BOX 181212<br>CASSELBERRY, FL 32718-1212 |
| CREDITOR ID: 241539-12<br>ACOUSTI ENGINEERING CO OF FL<br>PO BOX 869<br>PENSACOLA FL 32591 | CREDITOR ID: 241540-12<br>ACOUSTI ENGINEERING CO OF FLA<br>PO BOX 2147<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 241541-12<br>ACOUSTI ENGINEERING OF FLA<br>426 GUS HIPP BLVD<br>ROCKLEDGE, FL 32955 |
| CREDITOR ID: 241542-12<br>ACOUSTICAL & DRYWALL SUPPLY<br>3915 BUSINESS PARK DRIVE<br>LOUISVILLE KY 40213 | CREDITOR ID: 241543-12<br>ACR SUPPLY CO INC<br>2719 HILLSBOROUGH RD<br>DURHAM, NC 27705-4000 | CREDITOR ID: 404047-15<br>ACRA<br>ATTN NELIANA PETERSON/R AMBROZIAK<br>PO BOX 107<br>HIGHGATE SPRINGS VT 05460 |
| CREDITOR ID: 400122-86<br>ACREE (MINOR), ALEXANDER P.<br>601 PACIFIC AVE<br>BREMEN  GA 30110 | CREDITOR ID: 241544-12<br>ACRO SIGN COMPANY<br>952 NORTH PARK STREET<br>CARROLLTON, GA 30117 | CREDITOR ID: 315721-40<br>ACRON USA FONDS SHILOH SQUARE<br>1516 S BOSTON AVENUE, SUITE 215<br>TULSA, OK 74119 |
| CREDITOR ID: 241545-12<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVE SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 1015-07<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVENUE<br>SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 241546-12<br>ACS INC<br>ATTN: PEGGY CARE DEPT A.W.W.<br>PO BOX 730<br>ABERDEEN, SD 57402-0730 |
| CREDITOR ID: 241547-12<br>ACS SHARED SERVICES INC<br>PO BOX 981175<br>EL PASO TX 79998-1575 | CREDITOR ID: 397261-69<br>ACS STATE HEALTHCARE<br>PROVIDER ENROLLMENT<br>2308 KILLEARN CENTER BLVD, STE 200<br>TALLAHASSEE, FL 32309 | CREDITOR ID: 397262-69<br>ACS STATE HEALTHCARE<br>385B HIGHLAND COLONY PKWY, STE 300<br>RIDGELAND, MS 39157 |
| CREDITOR ID: 241548-12<br>ACTION CHEMICALS<br>7415 HWY 143<br>DEATSVILLE, AL 36022-9501 | CREDITOR ID: 381155-47<br>ACTION CHEMICALS LLC<br>ATTN: VICTORIA MATHIS, OFFICER<br>686 FEENSTER GAP ROAD<br>GUNTEERSVILLE, AL 35976 | CREDITOR ID: 241549-12<br>ACTION IMAGES<br>7101 NORTH RIDGEWAY AVENUE<br>LINCOLNWOOD, IL 60712 |
| CREDITOR ID: 241550-12<br>ACTION LEGAL COPY SERVICE<br>12195 HWY 92 SUITE 114<br>BOX 339<br>WOODSTOCK GA 30188 | CREDITOR ID: 241551-12<br>ACTION LOCK & SAFE SERVICE<br>PO BOX 384<br>PLANTERSVILLE, MS 38862 | CREDITOR ID: 241552-12<br>ACTION PRINTING & DIRECT MAIL<br>PO BOX 1145<br>415 WEST HILL AVE<br>VALDOSTA GA 31603-1145 |
| CREDITOR ID: 373519-44<br>ACTION PRODUCTS INTL<br>344 CYPRESS RD<br>OCALA FL 34472-3108 | CREDITOR ID: 241553-12<br>ACTION SAFE & LOCK INC<br>3787 AURORA RD<br>MELBOURNE, FL 32934 | CREDITOR ID: 241554-12<br>ACTION SPORTS IMAGES LLC<br>PO BOX 905205<br>CHARLOTTE, NC 28290-5205 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 404073-95
ACTION SPORTS MEDIA INC
ONE CENTER COURT
SUITE 200
ATTN ACCOUNTS RECEIVABLE
PORTLAND OR 97227

CREDITOR ID: 241555-12
ACTION SPORTS MEDIA INC
4380 S W MACADAM AVENUE, SUITE 540
PORTLAND, OR 97239

CREDITOR ID: 373520-44
ACTION SPORTS MEDIA INC
ATTN ACCOUNTS RECEIVABLE
ONE CENTER COURT, SUITE 200
PORTLAND, OR 97227

CREDITOR ID: 395590-65
ACTION TIME
3946 42ND AVE SOUTH
ST PETERSBURG, FL 33711

CREDITOR ID: 241556-12
ACTION TIME USA INC
C/O B&J ACCOUNTING & TAX SERVICE
3946 42ND AVE SOUTH
ST PETERSBURG, FL 33711

CREDITOR ID: 399285-79
ACTION TIME USA INC
ATTN: LEAH JOHNSTON
4378 PARK BLVD
PINELLAS PARK FL 33781

CREDITOR ID: 269208-16
ACTION TIME USA, INC.
6300 POWERS FERRY ROAD, STE 600-313
ATLANTA, GA 30339

CREDITOR ID: 241557-12
ACTION VACUUMS & REPAIRS
ATTN RAYMOND JACKSON, OWNER
2081 BROWNSMILL ROAD
ATLANTA, GA 30315

CREDITOR ID: 382365-51
ACTIONTIME USA
6300 POWERS FERRY RD, SUITE 600-313
ATLANTA, GA 30339

CREDITOR ID: 241558-12
ACTS CONSTRUCTION INC
PO BOX 680427
ORLANDO FL 32868

CREDITOR ID: 241559-12
ACTS TESTING LABS INC
100 NORTHPOINTE PARKWAY
BUFFALO, NY 14228-1884

CREDITOR ID: 241560-12
ACUCAL LABS LLC
14000 3 PECAN PARK ROAD
JACKSONVILLE FL 32218

CREDITOR ID: 385755-54
ACUNIA, SOFIA
3631 LOQUAT AVENUE
MIAMI, FL 33133

CREDITOR ID: 391030-55
ACUNIA, SOFIA
C/O: MARIA E. CORREDOR, P.A.
LAW OFFICES OF MARIA E. CORREDOR PA
DATRAN TWO
9130 S. DADELAND BLVD, #1613
MIAMI FL 33156

CREDITOR ID: 241561-12
ACUTE CARE CLINIC
4505 A HOSPITAL STREET
PASCAGOULA, MS 39581

CREDITOR ID: 241562-12
ACUTECH DOCUMENT SOLUTIONS
PO BOX 610037
BIRMINGHAM, AL 35261-0037

CREDITOR ID: 241563-12
ACWORTH BASEBALL ASSOCIATION
PO BOX 432
ACWORTH GA 30101

CREDITOR ID: 395247-63
ADA CONSULTANTS OF NE FLORIDA
3672 BRAMBLE ROAD
JACKSONVILLE, FL 32210

CREDITOR ID: 241568-12
ADAIR DISTRIBUTING INC
PO BOX 7755
NAPLES, FL 34101

CREDITOR ID: 395560-15
ADAIR DISTRIBUTING, INC.
ATTN KIM ADAIR, VP, CONTROLLER
2560 MANORCA AVE
NAPLES FL 34112

CREDITOR ID: 400123-86
ADAIR, KATHY
6810 MARNA LANE
NORTH  FORT  MYERS  FL 33917

CREDITOR ID: 241580-12
ADAM M GOODMAN CH 13 TRUSTEE
260 PEACHTREE STREET NW, SUITE 200
ATLANTA, GA 30303

CREDITOR ID: 241581-12
ADAM MATTHEWS  INC
ATTN ADAM BURCKLE, PRES
2104 PLANTSIDE DR
LOUISVILLE, KY 40299-1924

CREDITOR ID: 373524-44
ADAM MATTHEWS INC
2104 PLANTSIDE DR
LOUISVILLE, KY 40299-1924

CREDITOR ID: 381463-47
ADAM, BARBARA
1016 JACKSONVILLE HIGHWAY
FITZ, GA 31750

CREDITOR ID: 389289-54
ADAMAS, MANUEL
1106 BELL
SWEETWATER TX 79556

CREDITOR ID: 393116-55
ADAMAS, MANUEL
C/O: DONALD MACPHAIL ESQ
3301 N 3RD ST  STE 109
ABILENE TX 79603-7033

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 241583-12
ADAMATIC
607 INDUSTRIAL WAY W
EATONTOWN NJ 07724-2213

CREDITOR ID: 387092-54
ADAMCHICK, JOEL D
9282 111 ST N
SEMINOLE FL 33772

CREDITOR ID: 407648-93
ADAM-DIX PROPERTIES
CHESTER DIX
ATTN: MRS MILDRED V GRAY
4313 HAZELWOOD ROAD
ADAMSVILLE AL 35005

CREDITOR ID: 400552-07
ADAM-DIX PROPERTIES CORP
C/O JD PRICE
1172 PARK AVE
NEW YORK NY 10128

CREDITOR ID: 389618-54
ADAME-RODRIGUEZ, CARMEN
1372 BROWNING STREET
CLEARWATER, FL 33756

CREDITOR ID: 393281-55
ADAME-RODRIGUEZ, CARMEN
C/O: PHILLIP T OLES
WINTERS & YONKER, P.A.
P. O. BOX 3342
TAMPA FL 33601

CREDITOR ID: 383089-51
ADAMO
7711 HORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 241584-12
ADAMO ASSOCIATES INC
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 279455-12
ADAMO ENTERPRISES
(PHARMACY STAFFING)
ATTN L ZARAK, PRES
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS FL 33410

CREDITOR ID: 382366-51
ADAMO ENTERPRISES, INC
ATTN LINDA ZARAK, PRESIDENT
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 241585-12
ADAMO INC
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 394052-61
ADAMS & ADAMS, LLP
155 S. MIAMI AVE, 9TH FLOOR
MIAMI, FL 33130

CREDITOR ID: 241586-12
ADAMS AIR & HYDRAULICS INC
PO BOX 861115
ORLANDO, FL 32886-1115

CREDITOR ID: 265218-14
ADAMS COUNTY TAX COLLECTOR
ATTN: VERNONA SANDERS
115 S WALL ST
NATCHEZ MS 39120-3493

CREDITOR ID: 404074-95
ADAMS EXTRACT REX FINE FOODS
PO BOX 1726
GONZALES TX 78629

CREDITOR ID: 241587-12
ADAMS EXTRACT REX FINE FOODS
PO BOX 231
MOULTON, TX 77975

CREDITOR ID: 241588-12
ADAMS FOODS INC
ROUTE 6 BOX 148-A
DOTHAN, AL 36303

CREDITOR ID: 241589-12
ADAM'S MARK HOTEL
225 COASTLINE DRIVE
JACKSONVILLE, FL 32202

CREDITOR ID: 403506-15
ADAM'S MARK HOTEL (JACKSONVILLE)
C/O ADAM'S MARK HOTELS
ATTN MARK MARTIN, CORP CONTROLLER
11330 OLIVE STREET BOULEVARD
ST LOUIS MO 63131

CREDITOR ID: 53-03
ADAMS PROFESSIONAL WASTEWATER SVC
PO BOX 1703
GRETNA LA 70054-1703

CREDITOR ID: 241590-12
ADAMS REALTY
ATTN JAMES L ADAMS
220 W PUSHMALAHA STREET
BUTLER, AL 36904

CREDITOR ID: 1016-07
ADAMS REALTY
ATTN: JAMES L ADAMS
220 W PUSHMALAHA STREET
BUTLER, AL 36904

CREDITOR ID: 241591-12
ADAMS RESPIRATORY THERAPEUTICS
DEPT 0455 POB 120455
LOCKBOX 890455
DALLAS, TX 75312-0455

CREDITOR ID: 403534-15
ADAMS RESPIRATORY THERAPEUTICS
ATTN WALTER E RIEHEMANN, ESQ
425 MAIN STREET
CHESTER NJ 07930

CREDITOR ID: 241592-12
ADAMS TRUCK & EQUIPMENT REPAIR INC
PO BOX 8000-8426
CORNER OF OLD AMY & BUSH DAIRY RD
LAUREL MS 39441-8426

CREDITOR ID: 241593-12
ADAMS UPHOLSTERY SHOP
1223 BELL STREET
MONTGOMERY AL 36104

CREDITOR ID: 244013-12
ADAMS, BRITTANY L
2600 ELM LAWN
MARRERO LA 70072

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387439-54<br>ADAMS, CHAUDIA (MINOR)<br>1102 GREEN HILL TRACE<br>TALLAHASSEE, FL 32317 | CREDITOR ID: 390993-55<br>ADAMS, EDNA I<br>C/O: R. GORDAN PATE<br>PATE, LLOYD & COCHRUN L.L.P.<br>P.O. BOX 10448<br>BIRMINGHAM AL 35202-0448 | CREDITOR ID: 385713-54<br>ADAMS, EDNA I<br>3011 WHITES CHAPEL PKWY<br>TRUSSVILLE, AL 35173 |
| CREDITOR ID: 385714-54<br>ADAMS, ELLEN<br>C/O PATE, LLOYD & COCHRUN, LLP<br>P.O BOX 10448<br>BIRMINGHAM, AL 35202-0448 | CREDITOR ID: 390994-55<br>ADAMS, ELLEN<br>C/O: R. GORDON PATE, ESQ.<br>PATE, LLOYD & COCHRUN L.L.P.<br>P.O. BOX 10448<br>BIRMINGHAM AL 35202-0448 | CREDITOR ID: 250629-12<br>ADAMS, GLENDA<br>116 SPEERS VALLEY ROAD<br>BRANDON, MS 39042 |
| CREDITOR ID: 375427-44<br>ADAMS, JASON A.<br>CHR DIV STORE# 1614<br>912 KENNEDY COURT<br>PARIS, KY 40361 | CREDITOR ID: 388220-54<br>ADAMS, JIMMIE D JR.<br>35018 DUCKPOND COURT<br>CALLAHAN FL 32011 | CREDITOR ID: 406319-MS<br>ADAMS, JOHNNY K.<br>108 BRYAN ST.<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 399904-84<br>ADAMS, JUDY<br>C/O LANDAU & SEGAL, PA<br>ATTN MATTHEW LANDAU, ESQ<br>2131 HOLLYWOOD BLVD, SUITE 503<br>HOLLYWOOD FL 33020 | CREDITOR ID: 400326-85<br>ADAMS, JUDY<br>C/O MATHEW D LANDAU<br>LANDAU & SEGAL, P.A.<br>2131 HOLLYWOOD BLVD.<br>SUITE 503<br>HOLLYWOOD FL 33020 | CREDITOR ID: 386386-54<br>ADAMS, KENNETH<br>1401 SW 1ST STREET<br>MADISON FL 32340 |
| CREDITOR ID: 391466-55<br>ADAMS, KENNETH<br>C/O FARRELL & GASPARO, PA<br>ATTN THOMAS FARRELL, ESQ<br>2319 OAK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 389613-54<br>ADAMS, LEOLA<br>3200 NW 170 ST<br>MIAMI, FL 33056 | CREDITOR ID: 393275-55<br>ADAMS, LEOLA<br>C/O NEUFELD KLEINBERG & PINKIERT<br>ATTN ROBERT S PINKIERT, ESQ<br>2641 NE 207TH STREET<br>AVENTURA FL 33180 |
| CREDITOR ID: 406320-MS<br>ADAMS, MICHAEL<br>P.O. BOX 1878<br>GLEN ST. MARY FL 32040 | CREDITOR ID: 256355-12<br>ADAMS, MIKE<br>PO BOX 1878<br>GLEN ST MARY, FL 32040 | CREDITOR ID: 387188-54<br>ADAMS, NANCY<br>814 FLAMINGO DRIVE<br>HOLLY HILL, FL 32117 |
| CREDITOR ID: 391774-55<br>ADAMS, NANCY<br>C/O: JOHN A. WILKERSON, ESQ.<br>JOHN A. WILERSON, P.A.<br>1120 BEVILLE ROAD<br>SUITE D<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 259291-12<br>ADAMS, RAYMOND J<br>3652 W LOYOLA DRIVE<br>KENNER, LA 70065 | CREDITOR ID: 390142-54<br>ADAMS, WILIS<br>104 CONE ROAD<br>CRAWFORDVILLE, FL 32327 |
| CREDITOR ID: 393595-55<br>ADAMS, WILIS<br>C/O: RICHARD W. RENO, P.A.<br>LAW OFFICE OF RICHARD W. RENO, P.A.<br>P. O. BOX 368<br>CRAWFORDVILLE FL 32326-0368 | CREDITOR ID: 265220-31<br>ADAMSVILLE MAINTENANCE DEPT<br>ATTN: JAMES MOORE<br>4700 RAILROAD AVE<br>ADAMSVILLE AL 35005-1925 | CREDITOR ID: 241595-12<br>ADCO COMPANIES LTD<br>3657 PINE LANE<br>BESSEMER, AL 35022 |
| CREDITOR ID: 241596-12<br>ADCO INDUSTRIES<br>ATTN RAY DAVIS, PRES<br>2601 MARKET STREET<br>GARLAND TX 75041 | CREDITOR ID: 241597-12<br>ADCO MANUFACTURING,INC<br>2170 ACADEMY AVE<br>SANGER CA 93657-3795 | CREDITOR ID: 241598-12<br>ADCOR INDUSTRIES<br>234 S HAVEN ST<br>BALTIMORE MD 21224 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 386850-54
ADCOX, JOSEPH
645 ALICE FAYE LANE
HENDERSON NC 27537

CREDITOR ID: 388147-54
ADCOX, VIOLA
14050 LOTT MCCARTY RD
PICAYUNE MS 39466

CREDITOR ID: 405935-15
ADC-THE MAP PEOPLE
ATTN JOHN H DRISCO, A/R MGR
6440 GENERAL GREEN WAY
ALEXANDRIA VA 22312

CREDITOR ID: 241594-12
ADC-THE MAP PEOPLE
6440 GENERAL GREEN WAY
ALEXANDRIA, VA 22312

CREDITOR ID: 241599-12
ADD INC
940-A INDUSTRY ROAD, SUITE 4
KENNER, LA 70062

CREDITOR ID: 241600-12
ADDIE VILLAVASSO &
ARRUEBARRENA & MCNAMA
3621 RIDGELAKE DR STE 300
METAIRIE LA 70002

CREDITOR ID: 241601-12
ADDISON COMMERCIAL REAL ESTATE
118 W ADAMS STREET, SUITE 1000
JACKSONVILLE FL 32202

CREDITOR ID: 241602-12
ADDISON MOORE & SON
330 S PARK RD
WADESBORO, NC 28170-2420

CREDITOR ID: 241603-12
ADDTRAN  LOGISTICS INC
ATTN JOSPEH A DAVIS IV, PRES
PO BOX 71946
ALBANY, GA 31708-1946

CREDITOR ID: 241605-12
ADECCO EMPLOYMENT SERVICES
PO BOX 360161M
PITTSBURGH PA 15250

CREDITOR ID: 241604-12
ADECCO EMPLOYMENT SERVICES
DEPT AT 49923
ATLANTA GA 31192-9923

CREDITOR ID: 407535-15
ADECCO EMPLOYMENT SERVICES, BY
NATIONAL SALES SVCES INC, AGENT
C/O EURO RSCG WORLDWIDE, INC
ATTN W FASANO OR NANCY WYNNE, ESQ
350 HUDSON STREET
NEW YORK NY 10014

CREDITOR ID: 241606-12
ADEL TIRE COMPANY INC
215 NORTH HUTCHINSON AVENUE
ADEL GA 31620

CREDITOR ID: 381868-99
ADELMAN LAW OFFICES PC
ATTN: DAVID A ADELMAN
1320 TOWER ROAD, STE 114
SCHAUMBURG IL 60173

CREDITOR ID: 381912-30
ADELMAN, DAVID
1320 TOWER ROAD, STE 114
SCHAUMBURG IL 60173

CREDITOR ID: 241609-12
ADELPHI
7965 SW CIRRUS DRIVE
BEAVERTON OR 97008

CREDITOR ID: 2039-07
ADFC, LLC
1040 CROWN POINTE PARKWAY, SUITE 2
ATLANTA GA 30338

CREDITOR ID: 265221-31
ADGAM INC
ATTN: MAGDALENE ALTIDOR
3050 BISCAYNE BLVD
MIAMI FL 33137-4158

CREDITOR ID: 382367-51
ADHERIS, INC.
400 WEST CUMMINGS PARK, STE. 3050
WOBURN, MA 01801

CREDITOR ID: 248761-12
ADICKS, EDDIE
1937 PINEBROOK STREET
ORANGEBURG, SC 29118

CREDITOR ID: 403571-94
ADIGWEME, ALOY
12840 BAYSTONE COURT
JACKSONVILLE FL 32223

CREDITOR ID: 241610-12
ADISHA DENISE USSERY #1998
121 FAULK RD
LAGRANGE GA 30240

CREDITOR ID: 241611-12
ADKINS HEATING AND COOLING INC
926 E BLACK STREET
ROCK HILL SC 29730

CREDITOR ID: 387389-54
ADKINS, DUNCAN
PO BOX 1426
ESTILL, SC 29918

CREDITOR ID: 391954-55
ADKINS, DUNCAN
C/O JOHN E. PARKER
PETERS MURDAUGH PARKER ELTZROTH
303 FIRST STREET EAST
PO BOX 457
HAMPTON SC 29934

CREDITOR ID: 387052-54
ADKINS, MARIO
412 W. 17TH STREET
JACKSONVILLE FL 32206

CREDITOR ID: 387371-54
ADKINS, MARY
2490 AMBER HILLS DR
MONROE, GA 30655

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241612-12<br>ADM KAO LCC<br>PO BOX 102007 ANNEX 68<br>ATLANTA, GA 30368 | CREDITOR ID: 241613-12<br>ADM MILLING CO<br>PO BOX 102007  68 ANNEX<br>ATLANTA, GA 30368-2007 | CREDITOR ID: 241614-12<br>ADMINASTAR FEDERAL<br>PCU - DMERC<br>INDIANA LOCKBOX 660078<br>INDIANA IN 46266-0078 |
| CREDITOR ID: 241615-12<br>ADMINASTAR FEDERAL INC<br>PCU DMERC IN<br>LOCKBOX 660078<br>INDIANAPOLIS, IN 46266-0078 | CREDITOR ID: 373530-44<br>ADMINISTRATION FOR CHILD<br>SUPP ENFORCEMENT<br>P O BOX 71442<br>SAN JUAN, PR 00936-8542 | CREDITOR ID: 265222-14<br>ADMINISTRATION LOUISIANA DEPT<br>ATTN: DON OWEN<br>101 PARKWEST DR STE 4<br>WEST MONROE LA 71291-5300 |
| CREDITOR ID: 279135-33<br>ADMIRALTY ISLAND FISHERIES<br>D/B/A AQUA STAR<br>2025 FIRST AVENUE SUITE 200<br>SEATTLE WA 98121 | CREDITOR ID: 241616-12<br>ADONIS PASEIRO<br>19801 NW 52 AVENUE<br>MIAMI FL 33055 | CREDITOR ID: 394070-61<br>ADORNO & YOSS, LLP<br>2525 PONCE DE LEON BLVD STE 400<br>MIAMI, FL 33134 |
| CREDITOR ID: 241617-12<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN JOHN FARGNOLI, CR MGR<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | CREDITOR ID: 241621-12<br>ADRIAN M ROUZER JR<br>3455 68TH ST CIRCLE EAST<br>PALMETTO FL 34221 | CREDITOR ID: 395397-64<br>ADRIAN, BARROW, J.<br>PO BOX 350423<br>JACKSONVILLE, FL 32235 |
| CREDITOR ID: 403380-99<br>ADS SEAFOOD DBA ATLANTA FISHERIES<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN: R J MCINTYRE/L R FERNANDEZ<br>PO BOX 1102<br>TAMPA FL 33601-1102 | CREDITOR ID: 405898-15<br>ADS SEAFOOD INC DBA<br>ATLANTIC FISHERIES<br>C/O TRENAM KEMKER<br>ATTN RICHARD MCINTYRE, ESQ<br>PO BOX 1102<br>TAMPA FL 33601-1102 | CREDITOR ID: 279082-32<br>ADS SEAFOOD, INC.<br>D/B/A ATLANTIC FISHERIES<br>C/O MORREL & WATSON, PA<br>187 LAKE MORTON DRIVE<br>LAKELAND FL 33801-5306 |
| CREDITOR ID: 241628-12<br>ADS SECURITY<br>701 BRADFORD AVENUE<br>NASHVILLE, TN 37204 | CREDITOR ID: 395250-63<br>ADT- PHARMACY ONLY<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 | CREDITOR ID: 241630-12<br>ADT SECURITY SERVICES, INC<br>PO BOX 96175<br>LAS VEGAS, NV 89193 |
| CREDITOR ID: 395591-65<br>ADT SECURITY SYSTEMS<br>1052 S. POWERLINE RD<br>DEEREFIELD, FL 33442 | CREDITOR ID: 395592-65<br>ADT SECURITY SYSTEMS<br>3209 GRESHAM LAKE ROAD, SUITE 126<br>RALEIGH, NC 27615 | CREDITOR ID: 241634-12<br>ADT SECURITY SYSTEMS, INC<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 |
| CREDITOR ID: 395252-63<br>ADT-RX ONLY<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 | CREDITOR ID: 241635-12<br>ADULT PROBATION OFFICE<br>PO BOX 668<br>COLUMBUS, GA 31902-0668 | CREDITOR ID: 383957-47<br>ADVANCE<br>PO BOX 669<br>VIDALIA, GA 30475 |
| CREDITOR ID: 404076-95<br>ADVANCE BRANDS LLC<br>ATTN: PROMOTIONS DEPARTMENT<br>301 W BROADWAY<br>ENID OK 73701 | CREDITOR ID: 241637-12<br>ADVANCE BRANDS LLC<br>ATTN BRIAN THOMPSON, CFO<br>13800 WIRELESS WAY<br>OKLAHOMA CITY OK 73134 | CREDITOR ID: 241638-12<br>ADVANCE FIRE SYSTEMS<br>5896 ENTERPRISE PKWY<br>FT MYERS FL 33905 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383958-47<br>ADVANCE MOBILE REPAIRS<br>PO BOX 274<br>DALTON, GA 30722-0274 | CREDITOR ID: 241639-12<br>ADVANCE PROGRESS<br>PO BOX 669<br>VIDALIA GA 30475 | CREDITOR ID: 241640-12<br>ADVANCE PUBLISHERS<br>PO BOX 861466<br>ORLANDO, FL 32886-1466 |
| CREDITOR ID: 241641-12<br>ADVANCE REFRIGERATION&STORE FIXTUR<br>PO BOX 157<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 241642-12<br>ADVANCE WIRE PRODUCTS<br>ATTN: GRANT SCOTT<br>7260 WINSTON STREET<br>BURNABY, BC V5A 4N2<br>CANADA | CREDITOR ID: 380953-47<br>ADVANCE WIRE PRODUCTS LTD<br>ATTN: GRANT SCOTT<br>788 CALDEW STREET<br>DELTA, BC V3M 5S2<br>CANADA |
| CREDITOR ID: 381380-47<br>ADVANCED COMMUNICATIONS TECHNOLOGIES<br>D/B/A CAPITOL PAGING<br>ATTN: JENNIFER MOORE, OFFICE MGR<br>3079-C WETUMPKA HWY<br>MONTGOMERY, AL 36110 | CREDITOR ID: 241644-12<br>ADVANCED CONCRETE SERVICE<br>PO BOX 405<br>PRAIRIVILLE LA 70769 | CREDITOR ID: 241645-12<br>ADVANCED CONTROL CONCEPTS INC<br>1502 N 9TH AVE<br>PENSACOLA, FL 32503-5520 |
| CREDITOR ID: 373536-44<br>ADVANCED DISPOSAL SERVICES<br>AUGUSTA, LLC<br>4291 INTERSTATE DRIVE<br>MACON, GA 31210 | CREDITOR ID: 381228-47<br>ADVANCED DISPOSAL SERVICES AGUASTA LLC<br>PO DRAWER 5790<br>AUGUSTA, GA 30906 | CREDITOR ID: 395593-65<br>ADVANCED DISPOSAL SERVICES AUGUSTA, LLC<br>4291 INTERSTATE DRIVE<br>MACON, GA 31210 |
| CREDITOR ID: 241647-12<br>ADVANCED DISPOSAL SVCS JACKSONVILLE<br>PO BOX 37829<br>JACKSONVILLE FL 32236 | CREDITOR ID: 241648-12<br>ADVANCED DOOR SYSTEMS INC<br>PO BOX 534206<br>ATLANTA, GA 30353-4206 | CREDITOR ID: 404078-95<br>ADVANCED DOOR SYSTEMS INC<br>1010 BERRY SCHOALS ROAD<br>DUNCAN SC 29334 |
| CREDITOR ID: 241649-12<br>ADVANCED FABRICATION & WELDING INC<br>200 JACKS BRANCH ROAD<br>CANTONMENT, FL 32533 | CREDITOR ID: 241650-12<br>ADVANCED FIRE PROTECTION<br>PO BOX 580<br>TRAVELERS REST, SC 29690-0580 | CREDITOR ID: 241651-12<br>ADVANCED FIRE SYSTEMS INC<br>PO BOX 3090<br>KENNESAW GA 30156 |
| CREDITOR ID: 241652-12<br>ADVANCED FLUID SYSYEMS INC<br>PO BOX 648<br>751 HURRICANE SHOALS RD<br>LAWRENCEVILLE GA 30046 | CREDITOR ID: 241653-12<br>ADVANCED FOOD PRODUCTS LLC<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377 | CREDITOR ID: 241654-12<br>ADVANCED INDUSTRIES<br>3939 PEMBROKE RD<br>HOLLYWOOD FL 33021-8126 |
| CREDITOR ID: 241655-12<br>ADVANCED INSTRUMENTS INC<br>PO BOX 845116<br>BOSTON MA 02284-5116 | CREDITOR ID: 241656-12<br>ADVANCED INSULATION INC<br>107-B CREEK RIDGE ROAD<br>GREENSBORO, NC 27406 | CREDITOR ID: 241657-12<br>ADVANCED LOCKSMITH & SECURITY<br>224 CLUBVIEW DRIVE<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 241658-12<br>ADVANCED LOGIC SYSTEMS INC<br>ATTN EUGENE MILLS, PRES<br>PO BOX 761<br>LITHIA FL 33647 | CREDITOR ID: 241659-12<br>ADVANCED MASONRY<br>PO BOX 45374<br>BATON ROUGE, LA 70895 | CREDITOR ID: 241660-12<br>ADVANCED MEDICAL CENTER<br>2171 PINE RIDGE ROAD<br>NAPLES, FL 34109 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241661-12
ADVANCED MEDICAL OPTICS
PO BOX 676016
DALLAS, TX 75267

CREDITOR ID: 404080-95
ADVANCED MEDICAL OPTICS
DEPARTMENT CH 14065
PALATINE IL 60055-4065

CREDITOR ID: 241662-12
ADVANCED ONSITE SERVICE
PO BOX 3520
PINEVILLE LA 71361-3520

CREDITOR ID: 383052-51
ADVANCED PHARMACY CARE
911 NW 209TH AVENUE, SUITE 111
PEMBROKE PINES, FL 33029

CREDITOR ID: 241663-12
ADVANCED REFRIGERATION
& STORE FIXTURING INC
PO BOX 157
POWDER SPRING GA 30127

CREDITOR ID: 241664-12
ADVANCED RESEARCH LAB
151 KALMUS DR  SUITE H-2 & 3
COSTA MESA CA 92626

CREDITOR ID: 241665-12
ADVANCED RETAIL MERCHANDISING INC
PO BOX 968
LAKELAND FL 33802

CREDITOR ID: 241666-12
ADVANCED ROOFING INC
1960 NW 22 STREET
FT LAUDERDALE, FL 33311

CREDITOR ID: 383021-51
ADVANCED RXCARE
1112 I STREET, SUITE 100
SACRAMENTO, CA 95814-9624

CREDITOR ID: 241667-12
ADVANCED SURFACES CORPORATION
999 N BURNT HICKORY ROAD, SUITE 16
DOUGLASVILLE GA 30134

CREDITOR ID: 241668-12
ADVANCED VISION RESEARCH
12 ALFRED STREET, SUITE 200
WOBURN, MA 01801

CREDITOR ID: 241669-12
ADVANTAGE ASSOCIATES INC
ATTN DOUGLAS A JOHNSON, VP
PO BOX 343549
FLORIDA CITY FL 33034

CREDITOR ID: 241670-12
ADVANTAGE BUSINESS EQUIPMENT INC
4885 RONSON COURT, SUITE D
SAN DIEGO, CA 92111

CREDITOR ID: 395253-63
ADVANTAGE FIRE SPRINKLER
2300 EAST ALCOVY ROAD
DACULA, GA 30019-2432

CREDITOR ID: 241674-12
ADVANTAGE FIRE SPRINKLER COMPANY
2300 E FORK ALCOVY ROAD
DACULA, GA 30019

CREDITOR ID: 241675-12
ADVANTAGE FUNDING CORPORATION
PO BOX 28562
ATLANTA, GA 30358-8562

CREDITOR ID: 241676-12
ADVANTAGE GOLF CARS INC
13161 N W 43RD AVE
OPA LOCKA, FL 33054

CREDITOR ID: 241677-12
ADVANTAGE SALES
135 S LA SALLE ST DEPT 4061
CHICAGO IL 60674-4061

CREDITOR ID: 241678-12
ADVANTAGE SALES & MARKETING
PO BOX 850001
ORLANDO, FL 32885-0108

CREDITOR ID: 241679-12
ADVANTAGE SEALCOATING INC
103 LOST LAKE TRAIL
VILLA RICA GA 30180

CREDITOR ID: 241680-12
ADVANTAGE TRANSPORTATION INC
PO BOX 64689
ST PAUL MN 55164-0689

CREDITOR ID: 241681-12
ADVANTAGE VIDEO PRODUCTION INC
9951 ATLANTIC BLVD, SUITE 101
JACKSONVILLE FL 32225

CREDITOR ID: 241682-12
ADVANTEC PROCESS SYSTEMS
95 WYNGATE DRIVE
NEWNAN, GA 30265

CREDITOR ID: 383106-51
ADVANTRA XTRA
2211 SANDERS ROAD
NORTHBROOK, IL 60062

CREDITOR ID: 241683-12
ADVERTISER
PO BOX 298
RANBURNE, AL 36273

CREDITOR ID: 241684-12
ADVERTISER PRINTING COMPANY INC
PO BOX 490
LAURENS, SC 29360-0490

CREDITOR ID: 241685-12
ADVIRON ENVIROMENTAL SYSTEMS INC
2321 SW 56TH TERRACE
HOLLYWOOD FL 33023

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 241686-12
ADVISION SIGNS
232 MICHAEL DRIVE
LONGWOOD FL 32779

CREDITOR ID: 373541-44
ADVO
PO BOX 32036
HARTFORD, CT 06150-2036

CREDITOR ID: 241687-12
ADVO INC
PO BOX 32036
HARTFORD, CT 06150-2036

CREDITOR ID: 382368-51
ADVO, INC
ATTN CHRISTINA BUSCA
ONE TARGETING CENTRE
WINDSOR CT 06095

CREDITOR ID: 262760-12
ADVOCATE, THE
ATTN: LARRY COCKRELL, DIST
817 VATICAN ROAD
CARENCRO, LA 70520

CREDITOR ID: 1017-07
AEGIS WATERFORD LLC
3849 PAYSPHERE CIRCLE
CHICAGO, IL 60674-3849

CREDITOR ID: 241688-12
AEGIS WATERFORD LLC
3849 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 2040-07
AEGIS WATERFORD, L.L.C.
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 1018-07
AEGON USA REALTY ADVISORS INC
C/O BANK OF AMERICA ILLINOIS
PO BOX 96273
CHICAGO, IL 60693-6273

CREDITOR ID: 2041-07
AEGON USA REALTY ADVISORS INC
PO BOX 905128
CHARLOTTE, NC 28290-5128

CREDITOR ID: 241689-12
AEGON USA REALTY ADVISORS INC
C/O BANK OF AMERICA ILLINOIS
PO BOX 96273
CHICAGO, IL 60693-6273

CREDITOR ID: 373542-44
AEGON USA REALTY MGMT INC
PO BOX 905128
CHARLOTTE, NC 28290-5128

CREDITOR ID: 1020-07
AEI INCOME & GROWTH FUND XXI L
ATTN: AEI FUND MGMT INC
30 EAST SEVENTH STREET
ST. PAUL, MN 55101

CREDITOR ID: 241691-12
AEI INCOME & GROWTH FUND XXI LP
ATTN AEI FUND MGMT INC
30 EAST SEVENTH STREET
SUITE 1300
ST PAUL, MN 55101

CREDITOR ID: 1022-07
AEI NET LEASE INCOME & GROWTH
ATTN: AEI FUND MGMT INC
30 EAST SEVENTH STREET
ST. PAUL, MN 55101

CREDITOR ID: 373544-44
AEI NET LEASE INCOME & GROWTH FUND XIX
ATTN AEI FUND MGMT INC
30 EAST SEVENTH STREET
SUITE 1300
ST PAUL, MN 55101

CREDITOR ID: 241692-12
AEI NET LEASE INCOME AND
GROWTH FUND 24 LL
ATTN  AEI FUND MGMT INC
30 EAST SEVENTH ST STE 1300
ST PAUL MN 55101

CREDITOR ID: 1023-07
AEM STIFTUNG LLC
C/O CRONUS INC.
PO BOX 31-0175
MIAMI, FL 33231

CREDITOR ID: 241694-12
AEM STIFTUNG LLC
C/O CRONUS INC
PO BOX 31-0175
MIAMI, FL 33231

CREDITOR ID: 404081-95
AEP
125 PHILLIPS AVE
SOUTH HACKENSACK NJ 07606

CREDITOR ID: 241695-12
AEP
PO BOX 8500-50590
PHILADELPHIA, PA 19178-8500

CREDITOR ID: 55-03
AEP
PO BOX 24413
CANTON OH 44701

CREDITOR ID: 241696-12
AEP FABRICATING
1938 SKYWAY DR
MONROE NC 28110

CREDITOR ID: 404082-95
AEP INDUSTRIES INC
125 PHILLIPS AVE
SOUTH HACKENSACK NJ 07606

CREDITOR ID: 383960-47
AEP INDUSTRIES INC
PO BOX 8500-50590
PHILADELPHIA, PA 19178-8500

CREDITOR ID: 279335-36
AEP INDUSTRIES, INC
ATTN ERWIN F STORZ, CR MGR
125 PHILLIPS AVENUE
SOUTH HACKENSACK  NJ 07606

CREDITOR ID: 56-03
AEP KENTUCKY POWER CO.
FINANCIAL REPORTING DIVISION
ONE RIVERSIDE PLAZA, 26TH FLOOR
COLUMBUS OH 43215

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 57-03<br>AEP KINGSPORT POWER CO.<br>FINANCIAL REPORTING DIVISION<br>ONE RIVERSIDE PLAZA, 26TH FLOOR<br>COLUMBUS OH 43215 | CREDITOR ID: 58-03<br>AEP PUBLIC SERVICE CO. OF OKLAHOMA<br>PO BOX 21928<br>TULSA OK 74121 | CREDITOR ID: 241698-12<br>AERC.COM INC<br>2591 MITCHELL AVE<br>ALLENTOWN, PA 18103 |
| CREDITOR ID: 241699-12<br>AERIAL HYDRAULICS INC<br>5736 JARVIS ST<br>HARAHAN, LA 70123 | CREDITOR ID: 241700-12<br>AERIFORM HARVEY<br>PO BOX 973571<br>DALLAS TX 75397-3571 | CREDITOR ID: 399666-YY<br>AERIFORM HARVEY<br>PO BOX 12033<br>DEPT 0333<br>DALLAS TX 75203 |
| CREDITOR ID: 265223-31<br>AERO GEO ENVIRONMENTAL SVCS<br>ATTN: F GRANT JONES II<br>677 DAY LILY PL NW<br>ACWORTH GA 30102-8119 | CREDITOR ID: 241701-12<br>AERO HARDWARE & SUPPLY INC<br>PO BOX 552530<br>FT LAUDERDALE, FL 33355 | CREDITOR ID: 241702-12<br>AEROTEK COMMERCIAL STAFFING<br>PO BOX 198531<br>ATLANTA GA 30384-8531 |
| CREDITOR ID: 382370-51<br>AETNA<br>841 PRUDENTIAL DR. F 390<br>ATTN: KRISTEN BOOTH<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 382369-51<br>AETNA<br>ATTN: KRISTEN BOOTH<br>841 PRUDENTIAL DRIVE, SUITE F 390<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 241703-12<br>AETNA<br>PO BOX 3914<br>ALLENTOWN, PA 18106-0914 |
| CREDITOR ID: 382989-51<br>AETNA HEALTH PLAN<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156 | CREDITOR ID: 241706-12<br>AETNA INC<br>PO BOX 70944<br>CHICAGO, IL 60673-0944 | CREDITOR ID: 241707-12<br>AETNA INC<br>PO BOX 7777 W8370<br>PHILADELPHIA PA 19175-8370 |
| CREDITOR ID: 241708-12<br>AETNA LIFE INSURANCE COMPANY<br>C/O SPECTRUM CAUBLE MGMT LLC<br>5871 GLENRIDGE DRIVE SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 382958-51<br>AETNA RX<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156 | CREDITOR ID: 241709-12<br>AFA PROTECTIVE SYSTEMS INC<br>155 MICHAEL DRIVE<br>SYOSSET, NY 11791 |
| CREDITOR ID: 389669-54<br>AFANADOR, DOMINGA<br>130 LAKE OSBURNE<br>LAKE WORTH, FL 33461 | CREDITOR ID: 393320-55<br>AFANADOR, DOMINGA<br>C/O GONZALEZ PORCHER CUSTER & ROCA<br>ATTN ANDY M CUSTER, ESQ<br>2328 10TH AVE N, SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 241710-12<br>AFC MOBILE CENTERS<br>MSC 10000150<br>PO BOX 830810<br>BIRMINGHAM, AL 35282-0810 |
| CREDITOR ID: 241711-12<br>AFC SERVICES LLC<br>C/O VA BEACH GEN DIST COURT<br>MUNICIPAL CTR CTM B<br>VIRGINIA BEACH, VA 23456 | CREDITOR ID: 241712-12<br>AFC WORLDWIDE EXPRESS<br>PO BOX 965549<br>MARIETTA, GA 30066 | CREDITOR ID: 241713-12<br>AFCO<br>DEPT 809<br>PO BOX 120001<br>DALLAS, TX 75312-0809 |
| CREDITOR ID: 403187-15<br>AFCO CREDIT CORPORATION<br>ATTN ERICA RYAN<br>PO BOX 8440<br>KANSAS CITY MO 64114-0440 | CREDITOR ID: 241714-12<br>AFDO RECEPTION<br>%LARRY M EILS/NATL AUTO MERCH ASSOC<br>20 N WACKER DR  STE 3500<br>CHICAGO IL 60606-3102 | CREDITOR ID: 241715-12<br>AFERKISHA LEWIS<br>1542 CONTI STREET, APT E<br>NEW ORLEANS LA 70112 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241716-12<br>AFFILIATED FACILITY CONSULTANTS LLC<br>19627 1/2 IH-45 N, SUITE 420<br>SPRING TX 77388 | CREDITOR ID: 241717-12<br>AFFINITY CONSULTING<br>3353 CLAIRE CIRCLE<br>MARIETTA GA 30066 | CREDITOR ID: 241718-12<br>AFFINITY CONSULTING INC<br>5347 VIVERA LANE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 385404-54<br>AFFINTO, RUTH<br>8406 ANNOPOLIS ROAD<br>SPRING HILL, FL 34608 | CREDITOR ID: 390711-55<br>AFFINTO, RUTH<br>C/O ANDREW STINNETTE, ESQ<br>597 MAIN STREET<br>DUNEDIN FL 34698 | CREDITOR ID: 241719-12<br>AFFORDABLE EQUIPMENT<br>128B GRACE DRIVE<br>EASLEY SC 29640 |
| CREDITOR ID: 241720-12<br>AFFORDABLE SUPERIOR SERVICE<br>ATTN ROBERT GRABERT, GM<br>PO BOX 409<br>BOUTTE, LA 70039 | CREDITOR ID: 241721-12<br>AFFORDABLE TESTING<br>PO BOX 1094<br>ACWORTH GA 30101 | CREDITOR ID: 1009-07<br>AFI MANAGEMENT<br>NEW IBERIA ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 383961-47<br>AFI MANAGEMENT<br>CROWLEY ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 241722-12<br>AFI MANAGEMENT/CROWLEY ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 373546-44<br>AFLAC<br>ATTN REMITTANCE PROCESSING SERVICE<br>1932 WYNNTON RD<br>COLUMBUS, GA 31999 |
| CREDITOR ID: 382371-51<br>AFLAC<br>ATTN BENETECH INC.<br>106 COMMERCE, SUITE 103<br>LAKE MARY, FL 32746 | CREDITOR ID: 1010-07<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST. LOUIS MO 63178 | CREDITOR ID: 315717-40<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>ST LOUIS, MO 63178 |
| CREDITOR ID: 241337-12<br>AG PRO TROPICALS INC<br>6405 N W 36 STREET, SUITE 202<br>MIAMI, FL 33166 | CREDITOR ID: 2082-07<br>AGAPION, BILL<br>625 S. ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 242523-12<br>AGAPION, BILL DBA ARCO REALTY CO<br>625 S ELM STREET<br>GREENSBORO, NC 27406-1327 |
| CREDITOR ID: 243413-12<br>AGEE, BETTY<br>DEPARTMENT OF SOCIAL SERVICES<br>PO BOX 1127<br>ATTN CHARLOTTE<br>SALEM VA 24153 | CREDITOR ID: 404083-95<br>AGELITY INC<br>115 BROADHOLLOW RD STE 325<br>MELVILLE NY 11747-4999 | CREDITOR ID: 241723-12<br>AGELITY INC<br>115 BROAD HOLLOW ROAD, SUITE 325<br>MELVILLE, NY 11747 |
| CREDITOR ID: 241725-12<br>AGGREKO LLC<br>PO BOX 972562<br>DALLAS TX 75397-2562 | CREDITOR ID: 385367-54<br>AGNEW, EDEN<br>403 SOUTHWEST 14TH AVENUE<br>#13 B<br>PEMBROKE PINES, FL 33027 | CREDITOR ID: 390675-55<br>AGNEW, EDEN<br>GOLDMAN DASZKAL CUTLER BOLTON KIRBY<br>ATTN:  JEFFREY D.  KIRBY, ESQ.<br>1630 W. HILLSBORO BLVD.<br>DEERFIELD BEACH FL 33442 |
| CREDITOR ID: 315709-36<br>AGPRO TROPICALS INC<br>6405 NW 36TH ST, STE 202<br>VIRGINIA GARDENS FL 33166 | CREDITOR ID: 390318-54<br>AGRA, CARLOS<br>4971 NW 187TH STREET<br>MIAMI FL 33055 | CREDITOR ID: 393354-55<br>AGRA, CARLOS<br>C/O: ROBERT FRIEDMAN<br>FRIEDMAN & BROWN, LLC<br>2020 NE 163RD ST., STE 300<br>NORTH MIAMI BEACH FL 33162 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389874-54
AGRAWAL, SADHANA
812 OAKS PLACE
MADISON, MS 39110

CREDITOR ID: 393415-55
AGRAWAL, SADHANA
C/O: PATRICK S. WOOTEN
SCHWARTZ & ASSOCIATES, P.A
PO BOX 3949
JACKSON MS 39207-3949

CREDITOR ID: 241727-12
AGREE LIMITED PARTNERSHIP
ATTN KENNETH R HOWE, VP
31850 NORTHWESTERN HIGHWAY
FARMINGTON HILLS, MI 48334

CREDITOR ID: 2043-RJ
AGREE LIMITED PARTNERSHIP
31850 NORTHWESTERN HIGHWAY
FARMINGTON HILLS, MI 48334

CREDITOR ID: 404084-95
AGRI PROCESSORS SOUTH
PO BOX 402457
MIAMI BEACH FL 33140-0457

CREDITOR ID: 241728-12
AGRI PROCESSORS SOUTH
6851 NW 32ND AVENUE
MIAMI, FL 33147

CREDITOR ID: 241730-12
AGRIBUSINESS COUNCIL
PO BOX 24006
NEW ORLEANS LA 70184-4006

CREDITOR ID: 265224-31
AGRICLTURE CNSMR SVCS FLA DEPT
ATTN: BRENDA POSTHUMUS
407 S CALHOUN ST RM 508
TALLAHASSEE FL 32399-6555

CREDITOR ID: 265227-31
AGRICLTURE CNSMR SVCS FLA DEPT
ATTN: JOHN WEBSTER
11650 MUNSON HWY
MILTON FL 32570-9332

CREDITOR ID: 265225-31
AGRICLTURE CNSMR SVCS FLA DEPT
ATTN: BRUCE HILL
8719 W BEAVER ST
JACKSONVILLE FL 32220-2205

CREDITOR ID: 265226-31
AGRICLTURE CNSMR SVCS FLA DEPT
ATTN: CELIE JENKINS
35013 SOUTH
FORT PIERCE FL 34982

CREDITOR ID: 241729-12
AGRI-DAIRY PRODUCTS
PO BOX 9139
UNIONDALE, NY 11555-9139

CREDITOR ID: 386497-54
AGUERO, JUAN
507 PORTLAND CIRCLE
APOPKA FL 32703

CREDITOR ID: 391539-55
AGUERO, JUAN
C/O: ALAN GARFINKEL, ESQUIRE
GARFINKEL
P.O. BOX 948242
MAITLAND FL 32794

CREDITOR ID: 241855-12
AGUILA, ALAIN
2740 NW 4 TERRACE
MIAMI FL 33125

CREDITOR ID: 386317-54
AGUILAR, CAROLYN
1112 SE MILLS AVE
ARCADIA FL 34266

CREDITOR ID: 391416-55
AGUILAR, CAROLYN
C/O ALEXANDER PADERSKI, ESQ.
PADERSKI DANHEISSER & SWEETING PA
1834 MAIN ST
SARASOTA FL 34236

CREDITOR ID: 387078-54
AGUILAR, JORGE L
6525 SW 57 CT
MIAMI FL 33143

CREDITOR ID: 399881-84
AGUILAR, MANUELLA
11280 TROPIC DR
FORT MYERS FL 33912

CREDITOR ID: 386062-54
AGUILAR, SANTIAGO (MINOR)
9846 HAMMOCKS BLVD #102
MIAMI, FL 33196

CREDITOR ID: 391260-55
AGUILAR, SANTIAGO (MINOR)
C/O: SCOTT M SANDLER ESQ.
SCOTYT M SANDLER ATTORNEY AT LAW
2701 SOUTH BAYSHORE DR.
STE 402
COCUNUT GROVE FL 33133

CREDITOR ID: 241731-12
AH WILSON ELEMENTARY
3617 GENERAL PERSHING STREET
NEW ORLEANS, LA 70125

CREDITOR ID: 390062-54
AHL, DANIEL
603 NORTH 9TH STREET
MEBANE NC 27302

CREDITOR ID: 383962-47
AHLSTROM WINDSOR LOCKS LLC
PO BOX 7247-8230
PHILADELPHIA, PA 19170830

CREDITOR ID: 403398-15
AHP MACHINE AND TOOL CO
ATTN BARRY GRAHAM
1765 W FAIR AVENUE
LANCASTER OH 43130

CREDITOR ID: 382372-51
AHP MACHINE AND TOOL CO., INC.
DEPT CH 10640
PALATINE, IL 60055-0640

CREDITOR ID: 374191-44
AHRINGER, CHERYL
POM DIV STORE# 377
7561 N.W.16TH STREET APT.#2301
PLANATION, FL 33313

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 2044-07
AIB DELTONA, LTD.
C/O THOMA & ASSOCIATES, PLLC
1980 POST OAK BOULEVARD, SUITE 7
HOUSTON TX 77056

CREDITOR ID: 241733-12
AIB INTERNATIONAL
ATTN GARY L SKRDLANT, CONTROLLER
PO BOX 3999
MANHATTAN, KS 66505-3999

CREDITOR ID: 404085-95
AIB INTERNATIONAL
1213 BAKERS WAY
MANHATTAN KS 66505-3999

CREDITOR ID: 241734-12
AIB INTERNATIONAL
PO BOX 3999
MANHATTAN, KS 66505-3999

CREDITOR ID: 241735-12
AICPA
PO BOX 10069
NEWARK NJ 07101-3069

CREDITOR ID: 382373-51
AICS
7155 SW 47TH STREET, SUITE 311
MIAMI, FL 33155

CREDITOR ID: 241738-12
AIKEN STANDARD
ATTN SCOTT B HUNTER, PRES/PUBLISHER
PO BOX 456
AIKEN, SC 29802-0456

CREDITOR ID: 385779-54
AIKEN, ROSEMARY
5831 N. GALVEZ ST
NEW ORLEANS, LA 70117

CREDITOR ID: 391048-55
AIKEN, ROSEMARY
C/O: JERALD ANDRY JR, ESQ
JERLAD N. ANDRY JR
710 CARDONELET STREET
NEW ORLEANS LA 70130

CREDITOR ID: 241739-12
AIKEN-BLACK TIRE SERV
PO BOX 1605/823 FIRST AVE NW
HICKORY NC 28603

CREDITOR ID: 386048-54
AIKENS, GEORGIA
833 NW 11TH AVE
FORT LAUDERDALE, FL 33311

CREDITOR ID: 391250-55
AIKENS, GEORGIA
C/O BOONE & DAVIS
ATTN MICHAEL S DAVIS, ESQ
2311 N ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 407443-15
AIKNS, JASON
C/O JOSEPH WHITELOCK, PA
ATTN JOSEPH C WHITELOCK, ESQ
3245 FIFTH AVENUE NORTH
ST PETERSBURG FL 33713

CREDITOR ID: 241740-12
AIM ELECTRIC SUPPLY
PO BOX 2088
PLANT CITY FL 33564

CREDITOR ID: 241741-12
AIM MEDICAL ERGI CARE CENTER
8742 GOODWOOD BLVD
BATON ROUGE, LA 70806

CREDITOR ID: 265234-14
AIMCO
ATTN: GAIL JONES
110 DEHAVEN CT
WILLIAMSBURG VA 23188-1645

CREDITOR ID: 241742-12
AIN PLASTICS INC
PO BOX 7247-8075
PHILADELPHIA PA 19170-8075

CREDITOR ID: 254519-12
AINSLEE R FERDIE TRUST ACCOUNT
LAW OFFICE OF
SUITE 215
717 PONCE DELEON BLVD
CORAL GABLES FL 33134-2048

CREDITOR ID: 2045-07
AINTSAR REALTY CORPORATION
PO BOX 215
MONSEY, NY 10952

CREDITOR ID: 241744-12
AIR & HYDRAULIC SERVICE
2200 SHELTON AVENUE
STATESVILLE, NC 28677

CREDITOR ID: 241745-12
AIR AMERICA
10951 ELECTRON DR
LOUISVILLE KY 40299

CREDITOR ID: 241746-12
AIR BP CREDIT CARD
PO BOX  930935
KANSAS CITY MO 64193-0935

CREDITOR ID: 241747-12
AIR COMPRESSOR EQUIPMENT INC
5281 EDGEWOOD COURT
JACKSONVILLE, FL 32254

CREDITOR ID: 241748-12
AIR COMPRESSOR PRODUCTS
PO BOX 5385
JACKSONVILLE FL 32207-5385

CREDITOR ID: 241749-12
AIR COMPRESSOR SALES INC
PO BOX 26099
MACON GA 31221-6099

CREDITOR ID: 265235-31
AIR ENVIRONMENTAL SERVICES
ATTN: CHIP PIERROTTI
11862 CLOVERLAND CT
BATON ROUGE LA 70809-4271

CREDITOR ID: 241750-12
AIR FILTER SERVICE CO INC
PO BOX 1813
SUMTER SC 29150-1813

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241751-12<br>AIR FILTERS CO INC<br>7265 NE 4TH AVE<br>MIAMI FL 33138-5315 | CREDITOR ID: 241752-12<br>AIR FLOW METAL PRODUCTS INC<br>730 OAKRIDGE FARM HWY<br>MOORESVILLE, NC 28115 | CREDITOR ID: 241753-12<br>AIR POLLUTION EQUIPMENT INC<br>2880 FRONTIER DRIVE<br>KISSIMMEE, FL 34744 |
| CREDITOR ID: 241754-12<br>AIR POWER INC<br>PO BOX 5406<br>HIGH POINT NC 27262-5406 | CREDITOR ID: 241755-12<br>AIR PRODUCTS & CHEMICALS, INC<br>CUSTOMER SERVICE<br>PO BOX 13467<br>MEMPHIS TN 38113-3467 | CREDITOR ID: 241756-12<br>AIR PRODUCTS & CHEMICALS, INC<br>ATTN THOMAS L JACOB, CR MGR A6313<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 18195 |
| CREDITOR ID: 265236-31<br>AIR QUALITY CONSULTANTS INC<br>ATTN: ANDREA CROOKS<br>612 FOREST AVE<br>CHATTANOOGA TN 37405-3929 | CREDITOR ID: 265237-31<br>AIR QUALITY SCIENCES<br>ATTN: JOHN R FOLGER<br>3411 MARSH HAWK CT<br>WILMINGTON NC 28409-2532 | CREDITOR ID: 265238-31<br>AIR QUALITY SERVICES<br>ATTN: SANDY GRENVILLE<br>279 SEMINOLE RD<br>ATLANTIC BEACH FL 32233-4142 |
| CREDITOR ID: 265239-31<br>AIR QUALITY SOLUTIONS INC<br>ATTN: JENNIFER KING<br>12801 GREEN OAK RD<br>PROVIDENCE FORGE VA 23140-3017 | CREDITOR ID: 265240-31<br>AIR QUALITY SYSTEMS INC<br>ATTN: BEN DARLINGTON<br>4185 CROSSTOWNE CT STE B<br>EVANS GA 30809-6144 | CREDITOR ID: 265241-31<br>AIR QUALITY TESTING OF N FLA<br>ATTN: DONALD STOKES<br>5304 SHORE DR<br>SAINT AUGUSTINE FL 32086-6478 |
| CREDITOR ID: 381071-47<br>AIR SERVICE INC<br>ATTN NORMA GARBARINO<br>1964 WEST 9TH STREET<br>WEST PALM BEACH, FL 33404 | CREDITOR ID: 241758-12<br>AIR SUPPLY COMPANY INC<br>PO BOX 210301<br>MONTGOMERY AL 36121-0301 | CREDITOR ID: 241759-12<br>AIR SYSTEMS ENGINEERING INC<br>PO DRAWER 520637<br>LONGWOOD, FL 32752-0637 |
| CREDITOR ID: 397263-69<br>AIR TOUCH<br>ONE CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111 | CREDITOR ID: 241760-12<br>AIRBORNE EXPRESS<br>PO BOX 91001<br>SEATTLE WA 98111-1001 | CREDITOR ID: 265242-31<br>AIRCRAFT SERVICE INTL GROUP<br>ATTN: ROBERT KENNEDY<br>HARTSFIELD INTL ARPRT<br>ATLANTA GA 30320 |
| CREDITOR ID: 241761-12<br>AIRGAS CARBONICS<br>DEPT 0822<br>PO BOX 120001<br>DALLAS, TX 75312-0822 | CREDITOR ID: 241762-12<br>AIRGAS DIRECT INDUSTRIAL<br>SAFETY DIVISION **PREVIOUS ADDRESS*<br>128 WHARTON ROAD<br>BRISTOL PA 19007-1693 | CREDITOR ID: 241763-12<br>AIRGAS DRY ICE<br>PO BOX 120001 DEPT 0822<br>DALLAS, TX 75312-0822 |
| CREDITOR ID: 241765-12<br>AIRGAS GULF STATES<br>ATTN BONNIE LEBLANC, CREDIT MGR<br>190 JAMES DRIVE EAST, SUITE 150<br>ST ROSE LA 70087 | CREDITOR ID: 279021-99<br>AIRGAS INC<br>C/O SMITH KATZENSTEIN FURLOW LLP<br>ATTN: KATHLEEN M MILLER, ESQ<br>800 DELEWARE AVENUE 7TH FLOOR<br>PO BOX 410<br>WILMINGTON DE 19899 | CREDITOR ID: 279021-99<br>AIRGAS INC<br>ATTN: DAVID BOYLE<br>259 RADNOR-CHESTER RD, STE 100<br>PO BOX 6675<br>RADNOR PA 19087-8675 |
| CREDITOR ID: 241766-12<br>AIRGAS SOUTH<br>PO BOX 532609<br>ATLANTA, GA 30353-2609 | CREDITOR ID: 397234-67<br>AIRGATE PCS<br>HARRIS TOWER<br>233 PEACHTREE STREET NE, SUTE 1700<br>ATLANTA, GA 30303 | CREDITOR ID: 241767-12<br>AIRKAMAN OF JACKSONVILLE INC<br>PO BOX 911652<br>DALLAS, TX 75391-1652 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 1026-RJ
AIRKAMAN OF JACKSONVILLE INC
PO BOX 911652
DALLAS, TX 75391-1652

CREDITOR ID: 241768-12
AIRPORT MEDICAL CLINIC INC
PO BOX 889
LAKE PARK, GA 31636

CREDITOR ID: 241769-12
AIRPORT ROAD WELDING SERVICE LLC
43346 S AIRPORT ROAD
HAMMOND LA 70403

CREDITOR ID: 241770-12
AIRSIDE INDUSTRIAL CTR.
PO BOX 58
GLENVIEW, KY 40025

CREDITOR ID: 241771-12
AIRSTAR
PO BOX 530109
DEPT GA00431
ATLANTA GA 30353

CREDITOR ID: 241772-12
AIS CONTAINER HANDLING
ATTN: AMY L, ACCT REC COORD
7000 DUTTON INDUSTRIAL DRIVE
DUTTON, MI 49316

CREDITOR ID: 241773-12
AISTE DONDAUSKYTE
135 MIRACLE STRIP PKWY
FT WALTON BEACH FL 32548

CREDITOR ID: 390131-54
AIZPRUA, TERESA
8633 NW 12TH ST
PLANTATION, FL 33322

CREDITOR ID: 393586-55
AIZPRUA, TERESA
C/O FAZIO DISALVO CANNON ET AL
ATTN CHRISTOPHER M CANNON, ESQ
633 S ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE FL 33301

CREDITOR ID: 241774-12
AJ INSPECTIONS
6452 B CEDAR BEND COURT
MOBILE, AL 36608

CREDITOR ID: 399367-15
AJ INSPECTIONS
ATTN ANGELA NOLAN, PARTNER
PO BOX 2452
WEST LAFAYETTE IN 47906

CREDITOR ID: 404087-95
AJ INSPECTIONS
953-A MCCAY AVENUE
MOBILE AL 36609

CREDITOR ID: 241775-12
AJ SERVICES INC
ATTN MICHAEL BLEDSOE, VP
PO BOX 232
ELK GROVE IL 60009

CREDITOR ID: 241776-12
AJ VERDE ARCHITECTS PA
5979 NW 151 STREET, SUITE 216
MIAMI LAKES FL 33014

CREDITOR ID: 1011-07
AJ&C GARFUNKEL
400 MALL BLVD, 2ND FLOOR, SUITE M
PO BOX 16087
SAVANNAH GA 31406

CREDITOR ID: 315718-40
AJ&C GARFUNKEL
400 MALL BLVD, 2ND FLR, STE M
PO BOX 16087
SAVANNAH, GA 31406

CREDITOR ID: 406198-G4
AJILON CONSULTING
10150 DEERWOOD PARK BLVD.
BUILDING 400, SUITE 220
JACKSONVILLE FL 32256

CREDITOR ID: 241777-12
AJILON CONSULTING US
DEPT CH 10682
PALATINE, IL 60055-0682

CREDITOR ID: 241341-12
AJM PACKAGING CORP
ATTN TERRY JACKSON, CFO
DEPARTMENT 73601
PO BOX 67000
DETROIT, MI 48267-0736

CREDITOR ID: 241779-12
AKERMAN & SENTERFITT PA - ORLANDO
PO BOX 4906
ORLANDO FL 32802-4906

CREDITOR ID: 241778-12
AKERMAN & SENTERFITT PA ORLANDO
255 SOUTH ORANGE AVENUE
CITRUS CENTER
ORLANDO, FL 32802

CREDITOR ID: 398022-74
AKERMAN SENTERFITT
ATTN: EDWARD TRENT
50 N LAURA STREET, STE 2500
JACKSONVILLE FL 32202

CREDITOR ID: 241781-12
AKERMAN SENTERFITT & EIDSON PA
50 N LAURA ST STE 2750
JACKSONVILLE FL 32202

CREDITOR ID: 241782-12
AKERMAN SENTERFITT ATTORNEYS AT LAW
PO BOX 4906
ORLANDO, FL 32802

CREDITOR ID: 241780-12
AKERMAN SENTERFITT&EDISON PA MIAMI
SE 3RD AVENUE
28TH FLOOR
SUN TRUST INTERNATIONAL CENTER ONE
MIAMI FL 33131

CREDITOR ID: 399459-82
AKERS, MARY
1388 S E 11 PLACE
HOMESTEAD  FL 33035

CREDITOR ID: 405919-99
AKIN GUMP STRAUSS ET AL
ATTN: STEPHEN KUHN
590 MADISON AVENUE
NEW YORK NY 10022-2524

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 278977-32
AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SARAH LINK SCHULTZ
1700 PACIFIC AVENUE, SUITE 4100
DALLAS  TX 75201-4675

CREDITOR ID: 241784-12
AKINS PETROLEUM COMPANY
PO BOX 429
VALDOSTA, GA 31603

CREDITOR ID: 389606-54
AKINS, JASON
5224 99TH AVE N
PINELLAS PARK, FL 33782

CREDITOR ID: 393270-55
AKINS, JASON
C/O: JOSPEH C. WHITELOCK
3245 FIFTH AVE NORTH
ST. PETERSBURG FL 33713

CREDITOR ID: 241785-12
AKITA COPY PRODUCTS INC
5410 - A PIONEER PARK BLVD
TAMPA FL 33634

CREDITOR ID: 278730-28
AL - DEPT. OF REVENUE
ATTN: DWIGHT CARLISLE
ALABAMA DEPARTMENT OF REVENUE
GORDON PERSONS BUILDING
50 N. RIPLEY STREET
MONTGOMERY, AL 36132

CREDITOR ID: 373554-44
AL '83 CENTER ASSOCIATES
C/O PARKWAY ASSET MGMT
235 MOORE ST
HACKENSACK, NJ 07601

CREDITOR ID: 315722-40
AL BELLOTTO INC
ATTN: AL BELLOTTO
2200 FAIRMOUNT AVENUE
LAKELAND, FL 33803

CREDITOR ID: 1027-07
AL BELLOTTO INC.
ATTN: AL BELLOTTO
2200 FAIRMOUNT AVENUE
LAKELAND FL 33803

CREDITOR ID: 407667-93
AL DAN PENSION INVESTMENTS INC
W-D SHELBY PARTNERSHIP
C/O WEISS
469 7TH AVENUE, SUITE 1300
NEW YORK NY 10018-7603

CREDITOR ID: 241787-12
AL DUCK INC
26231 RIVER RUN TRAIL
ZUNI, VA 23898

CREDITOR ID: 241790-12
AL WC SELF INSURED GUARANTY ASSOC
DEPARTMENT 5011
PO BOX 2153
BIRMINGHAM, AL 35287

CREDITOR ID: 241792-12
ALA MACHINERY & SUPPLY CO
PO BOX 20
MONTGOMERY, AL 36101-0020

CREDITOR ID: 265243-31
ALA OFFICE OF WATER RESOURCE
ATTN: TOM LITTLEPAGE
401 ADAMS AVE STE 434
MONTGOMERY AL 36104-4313

CREDITOR ID: 241793-12
ALABAMA '83 CENTER ASSOCIATES
C/O PARKWAY ASSET MGMT
235 MOORE STREET
HACKENSACK NJ 07601

CREDITOR ID: 1028-07
ALABAMA '83 CENTER ASSOCIATES
C/O PARKWAY ASSET MGMT
235 MOORE STREET
HACKENSACK, NJ 07601

CREDITOR ID: 241794-12
ALABAMA A&M UNIVERSITY
ATTN OFFICE OF THE COMPTROLLER
PO BOX 1388
NORMAL AL 35762

CREDITOR ID: 381465-47
ALABAMA ALCOHOL DRUG MANAGEMENT SERVICE
266 INTERSTATE COMMERCIAL PARK
PRATTVILLE, AL 36066

CREDITOR ID: 241796-12
ALABAMA BOLT & SUPPLY INC
PO BOX 9429
MONTGOMERY, AL 36108

CREDITOR ID: 241797-12
ALABAMA CENTRAL GLASS
3878 GREENSBORO AVE
TUSCALOOSA AL 35405

CREDITOR ID: 241798-12
ALABAMA CHILD SUPPORT PAYMENT CNTR
PO BOX 244015
MONTGOMERY AL 36124-4015

CREDITOR ID: 241799-12
ALABAMA COOPERATIVE EXTENSIN SYSTEM
125 WASHINGTON AVE
COURTHOUSE ANNEX II
MONTGOMERY AL 36104-4247

CREDITOR ID: 383963-47
ALABAMA CROWN COMPANY
PO BOX 19068
BIRMINGHAM, AL 35219-9068

CREDITOR ID: 373560-44
ALABAMA CROWN DIST CO
PO BOX 210426
MONTGOMERY, AL 36121

CREDITOR ID: 239845-06
ALABAMA DEPARTMENT OF
PUBLIC HEALTH/WIC PROGRAM
THE RSA TOWER SUITE 1300
PO BOX 303017
MONTGOMERY AL 36130-3017

CREDITOR ID: 241800-12
ALABAMA DEPARTMENT OF
PO BOX 303017
THE RSA TOWER SUITE 1300
PUBLIC HEALTH/WIC PROGRAM
MONTGOMERY AL 36130-3017

CREDITOR ID: 241803-12
ALABAMA DEPARTMENT OF REVENUE
4340 GORDON PERSONS BUILDING
50 RIPLEY STREET
MONTGOMERY, AL 36104

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265244-14<br>ALABAMA DEPARTMENT OF REVENUE<br>ATTN: CHARLOTTE JORDAN<br>3300 SKYWAY DR<br>AUBURN AL 36830-6442 | CREDITOR ID: 265245-14<br>ALABAMA DEPARTMENT OF TREASURY<br>ATTN: LUCY BAXLEY<br>600 DEXTER AVE STE S106<br>MONTGOMERY AL 36130-3024 | CREDITOR ID: 265246-14<br>ALABAMA DEPT INDUS RELATIONS<br>ATTN: REBA HALL<br>409 S MARION ST<br>ATHENS AL 35611-2507 |
| CREDITOR ID: 241806-12<br>ALABAMA DEPT OF AGR & INDUSTRIES<br>LIGHT WEIGHT & MEASURES<br>PO BOX 3336<br>MONTGOMERY, AL 36109-0336 | CREDITOR ID: 241807-12<br>ALABAMA DEPT OF AGRICULTURE<br>AND INDUSTRIES<br>PO BOX 3336<br>MONTGOMERY AL 36109-0336 | CREDITOR ID: 241809-12<br>ALABAMA DEPT OF AGRICULTURE & IND.<br>PESTCIDE REGISTRATION SEC<br>THE RICHARD BEARD BUILDING<br>1445 FEDERAL D<br>MONTGOMERY AL 36107 |
| CREDITOR ID: 241802-12<br>ALABAMA DEPT OF ENVIRONMENTAL MGMT<br>PERMITS & SERVICE DIVISION<br>1400 COLISEUM BLVD<br>MONTGOMERY AL 36110-2059 | CREDITOR ID: 241810-12<br>ALABAMA DEPT OF ENVIRONMENTAL MGMT<br>PERMIT & SERVICES DIV<br>PO BOX 301463<br>MONTGOMERY AL 36130-1463 | CREDITOR ID: 265247-14<br>ALABAMA DEPT OF FINANCE<br>ATTN: SAM MALONEY<br>2300 FREDERICK RD<br>OPELIKA AL 36801-7220 |
| CREDITOR ID: 241811-12<br>ALABAMA DEPT OF PUBLIC HEALTH<br>BUREAU OF ENVIRONMENTAL SVC<br>PO BOX 303017<br>MONTGOMERY AL 36130-3017 | CREDITOR ID: 241812-12<br>ALABAMA DEPT OF PUBLIC HEALTH<br>DIVISION OF WIC<br>PO BOX 303017<br>MONTGOMERY, AL 36130-3017 | CREDITOR ID: 241819-12<br>ALABAMA DEPT OF REVENUE<br>SALES USE & BUSINESS TAX DIV<br>PO BOX 327540<br>MONTGOMERY, AL 36132-7540 |
| CREDITOR ID: 241814-12<br>ALABAMA DEPT OF REVENUE<br>BUSINESS PRIVILEGE TAX SECTION<br>PO BOX 327431<br>MONTGOMERY AL 36132-7431 | CREDITOR ID: 241817-12<br>ALABAMA DEPT OF REVENUE<br>PO BOX 831199<br>BIRMINGHAM, AL 35283-1199 | CREDITOR ID: 241815-12<br>ALABAMA DEPT OF REVENUE<br>COLLECTION SERVICES DIVISION<br>PO BOX 327825<br>MONTGOMERY AL 36132-7825 |
| CREDITOR ID: 241820-12<br>ALABAMA DEPT OF REVENUE<br>WITHHOLDING TAX SECTION<br>PO BOX 327489<br>MONTGOMERY, AL 36132-7480 | CREDITOR ID: 241816-12<br>ALABAMA DEPT OF REVENUE<br>PO BOX 327431<br>INDIVIDUAL & CORPORATE TAX DIVISION<br>MONTGOMERY, AL 36132-7431 | CREDITOR ID: 241821-12<br>ALABAMA DEPT OF TRANSPORTATION<br>PO BOX 1609<br>DOTHAN, AL 36302 |
| CREDITOR ID: 241813-12<br>ALABAMA DEPT PUBLIC HEALTH WIC PROG<br>THE RSA TOWER SUITE 1300<br>PO BOX 30317<br>MONTGOMERY AL 36130-3017 | CREDITOR ID: 241822-12<br>ALABAMA DUMPSTER SERVICE LLC<br>ATTN C LADON DANSBY<br>PO BOX 279<br>HOPE HULL AL 36043 | CREDITOR ID: 381255-47<br>ALABAMA EASTER SEAL REHABILITATION CENTE<br>PO BOX 71025<br>TUSCALOOSA, AL 35407 |
| CREDITOR ID: 241823-12<br>ALABAMA ENVIRONMENTAL<br>ATTN: WILLIAM ARNETT, OWNER<br>PO BOX 204<br>HOLT, FL 32564 | CREDITOR ID: 395254-63<br>ALABAMA ENVIRONMENTAL SERVICE<br>PO BOX 204<br>HOLT, FL 32564-0204 | CREDITOR ID: 241824-12<br>ALABAMA FOOD SERVICE INC<br>ATTN R B COOPER, CONTROLLER<br>PO BOX 4997<br>MONTGOMERY, AL 36103-4997 |
| CREDITOR ID: 265249-31<br>ALABAMA FORESTRY COMMISSION<br>ATTN: DAN LASSITER<br>155 SMOKEY BEAR LN<br>VERNON AL 35592 | CREDITOR ID: 265250-31<br>ALABAMA FORESTRY COMMISSION<br>ATTN: TIMOTHY C BOYCE<br>513 MADISON AVE<br>MONTGOMERY AL 36104-3631 | CREDITOR ID: 265248-31<br>ALABAMA FORESTRY COMMISSION<br>ATTN: CHARLES QUINN<br>1715 E PUSHMATAHA ST<br>BUTLER AL 36904-2719 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404089-95<br>ALABAMA GAS CORP<br>20 TWENTIETH STREET<br>BIRMINGHAM AL 35295 | CREDITOR ID: 241825-12<br>ALABAMA GAS CORP<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0022 | CREDITOR ID: 241826-12<br>ALABAMA GLASS & MIRROR<br>735 LAKESIDE DR<br>MOBILE, AL 36693 |
| CREDITOR ID: 241827-12<br>ALABAMA GRAPHICS & ENGINEERING<br>SUPPLY INC<br>2801 5TH AVE S<br>BIRMINGHAM AL 35233 | CREDITOR ID: 381472-47<br>ALABAMA HIGH SCHOOL RODEO STATE FINALS<br>RODEO PROGRAM<br>ATT JUDY PHILLIPS<br>363 ARENA ROAD<br>FRISCO CITY, AL 36445 | CREDITOR ID: 241829-12<br>ALABAMA HYDRA TECH<br>215 WHITMAN ST<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 241831-12<br>ALABAMA LOCK & KEY INC<br>PO BOX 1056<br>BIRMINGHAM, AL 35201 | CREDITOR ID: 241832-12<br>ALABAMA LOCKSMITH & SECURITY INC<br>PO BOX 681672<br>PRATVILLE AL 36068-1672 | CREDITOR ID: 241833-12<br>ALABAMA LOCKSMITH AND SECURITY INC<br>1230 ADELL ST<br>PRATTVILLE AL 36066-5512 |
| CREDITOR ID: 241834-12<br>ALABAMA MACHINE & SUPPLY CO<br>ATTN C M REINEHR, PRES<br>PO BOX 20<br>MONTGOMERY AL 36101-0020 | CREDITOR ID: 383126-51<br>ALABAMA MEDICAID<br>501 DEXTER AVENUE<br>PO BOX 5624<br>MONTGOMERY, AL 36103 | CREDITOR ID: 241835-12<br>ALABAMA MEDICAID AGENCY<br>STATE OF ALABAMA<br>DRAWER #AL01245 PO BOX 830957<br>BIRMINGHAM, AL 35283-0957 |
| CREDITOR ID: 241836-12<br>ALABAMA MOTOR EXPRESS<br>PO BOX 830621<br>DRAWER 1203<br>BIRMINGHAM AL 35283-0621 | CREDITOR ID: 241837-12<br>ALABAMA NATIONAL FAIR<br>% M PAUL DAFFIN<br>PO BOX 3304<br>MONTGOMERY, AL 36109-0304 | CREDITOR ID: 265251-31<br>ALABAMA ON SITE WASTEWATER<br>ATTN: GARY STRINGFELLOW<br>400 S UNION ST STE 340<br>MONTGOMERY AL 36104-4302 |
| CREDITOR ID: 61-03<br>ALABAMA POWER<br>600 NORTH 18TH STREET<br>PO BOX 2641<br>BIRMINGHAM AL 35291 | CREDITOR ID: 241838-12<br>ALABAMA POWER CO<br>PO BOX 242<br>BIRMINGHAM, AL 35292-0242 | CREDITOR ID: 279198-99<br>ALABAMA POWER COMPANY<br>C/O BALCH & BINGHAM LLP<br>ATTN: W CLARK WATSON/ERIC T RAY<br>1901 SIXTH AVE NO, STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 241839-12<br>ALABAMA POWER COMPANY<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0201 | CREDITOR ID: 403550-99<br>ALABAMA POWER COMPANY<br>C/O STICHTER RIEDEL ET AL<br>ATTN: E PETERSON/ E KETCHUM<br>110 EAST MADISON ST, STE 200<br>TAMPA FL 33602 | CREDITOR ID: 241840-12<br>ALABAMA PROTECTIVE SERVICES<br>PO BOX 131412<br>BIRMIMGHAM, AL 35213 |
| CREDITOR ID: 241841-12<br>ALABAMA PTA<br>470 SOUTH UNION STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 241842-12<br>ALABAMA RETAIL ASSOCIATION<br>PO BOX 240669<br>MONTGOMERY, AL 36124 | CREDITOR ID: 373566-44<br>ALABAMA SALES TAX DIVISION<br>PO BOX 830725<br>BIRMINGHAM, AL 35283-0725 |
| CREDITOR ID: 241843-12<br>ALABAMA SHERIFFS YOUTH RANCH INC<br>PO BOX 240009<br>MONTGOMERY AL 36177-7655 | CREDITOR ID: 241844-12<br>ALABAMA SPORTS FESTIVAL<br>PO BOX 20327<br>MONTGOMERY, AL 36120-0327 | CREDITOR ID: 241845-12<br>ALABAMA STATE BOARD OF PHARMACY<br>PO BOX 830956<br>DRAWER 1018<br>BIRMINGHAM AL 35283-0956 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265252-31<br>ALABAMA STATE DPT HLTH SEAFOOD<br>ATTN: LEWIS BYRD<br>4168 COMMANDERS DR<br>MOBILE AL 36615-1413 | CREDITOR ID: 241846-12<br>ALABAMA TIRE SERVICE INC<br>ATTN RICHARD GLASS, OWNER<br>923 MARTHA DRIVE<br>DEMOPOLIS, AL 36732 | CREDITOR ID: 395370-62<br>ALABAMA UNCLAIMED PROPERTY DIVISION<br>100 NORTH UNION STREET<br>PO BOX 302520<br>MONTGOMERY AL 36130-2520 |
| CREDITOR ID: 241847-12<br>ALABAMA WIC PROGRAM<br>PO BOX 303017<br>THE RSA TOWER  STE 1300<br>MONTGOMERY, AL 36130-3017 | CREDITOR ID: 62-03<br>ALABASTER WATER BOARD<br>213 1ST STREET<br>ALABASTER AL 35007 | CREDITOR ID: 241848-12<br>ALABASTER WATER BOARD<br>ATTN KATHY A PALMER<br>PO BOX 528<br>ALABASTER, AL 35007-0528 |
| CREDITOR ID: 241849-12<br>ALACHUA COU BOARD OF COU COMMI<br>ATTN:DIR. FINANCE & ACCOUNTING<br>P.O. BOX 939<br>GAINESVILLE FL 32602 | CREDITOR ID: 241851-12<br>ALACHUA GENERAL HOSPITAL<br>C/O NANCY E YENSER<br>PO BOX 357399<br>GAINESVILLE FL 32635-7399 | CREDITOR ID: 406321-MS<br>ALACK, JOHN J.<br>18057 WOODSCALE ROAD<br>HAMMOND LA 70401-7849 |
| CREDITOR ID: 241852-12<br>ALADDIN WARD ELECTRIC & AIR INC<br>7011 301 BLVD<br>SARASOTA, FL 34243 | CREDITOR ID: 265253-31<br>ALAFAYA UTILITIES INC<br>ATTN: KATHY SILLITOE<br>1067 MCKINNON AVE<br>OVIEDO FL 32765-7077 | CREDITOR ID: 241853-12<br>ALAFAYA UTILITIES INC<br>PO BOX 160609<br>ALTAMONTE SPRINGS, FL 32716-0609 |
| CREDITOR ID: 241854-12<br>ALAGAP DATA SYSTEMS<br>609 NEWTON ROAD<br>LAGRANGE GA 30240 | CREDITOR ID: 383115-51<br>ALAGAP DATA SYSTEMS, INC<br>PO BOX 800107<br>LAGRANGE, GA 30240 | CREDITOR ID: 317269-42<br>ALAMANCE COUNTY TAX COLLECTOR<br>124 W ELM ST<br>GRAHAM NC 27253-2802 |
| CREDITOR ID: 241856-12<br>ALAMANCE COUNTY TAX COLLECTOR<br>124 WEST ELM STREET<br>PROPERTY TAX<br>GRAHAM NC 27253-2802 | CREDITOR ID: 241858-12<br>ALAMANCE FOODS INC<br>PO BOX 402048<br>ATLANTA, GA 30384-2048 | CREDITOR ID: 241859-12<br>ALAMANCE NEWS<br>PO BOX 431<br>GRAHAM, NC 27253 |
| CREDITOR ID: 265254-31<br>ALAMANCE SOIL WATER CONSE<br>ATTN: PHIL ROSS<br>209 N GRAHAM HOPEDALE RD<br>BURLINGTON NC 27217-2971 | CREDITOR ID: 386233-54<br>ALAMEDA, OSCAR<br>5100 ROOSEVELT ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 241860-12<br>ALAMO CLEANING SERVICES<br>5827 50TH STREET, SUITE F<br>LUBBOCK, TX 79424 |
| CREDITOR ID: 397847-76<br>ALAMO, PABLO<br>3865 S. LAKE DR., APT 149<br>TAMPA, FL 33614 | CREDITOR ID: 387006-54<br>ALAQQAD, ANN<br>4826 STATESVILLE RD<br>CHARLOTTE NC 28269 | CREDITOR ID: 241865-12<br>ALARM CONTROL INC<br>3880 N 28TH TERRACE<br>HOLLYWOOD, FL 33020-1118 |
| CREDITOR ID: 395594-65<br>ALARMS PLUS<br>900-C PERIMETER PARK DRIVE<br>MORRISVILLE, NC 27560 | CREDITOR ID: 241866-12<br>ALARMS PLUS INC<br>900 C PERIMETER PARK DRIVE<br>MORRISVILLE NC 27560 | CREDITOR ID: 383088-51<br>ALASCRIPT<br>PO BOX 749<br>NORTHPORT, AL 35476 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 241867-12
ALBANY DOOR SYSTEMS
PO BOX 751538
CHARLOTTE, NC 28275-1538

CREDITOR ID: 241868-12
ALBANY ELECTRIC
PO BOX 5228
ALBANY GA 31706

CREDITOR ID: 241869-12
ALBANY GA WATER, GAS, & LIGHT CO
207 PINE AVENUE
ALBANY, GA 31703-7601

CREDITOR ID: 241870-12
ALBANY GENERAL TIRE
1002 W BROAD AVE
ALBANY GA 31701

CREDITOR ID: 382374-51
ALBANY HERALD
ATTN CHERYL FRAKES, CR MGR
126 NORTH WASHINGTON STREET
ALBANY, GA 31702

CREDITOR ID: 262762-12
ALBANY HERALD, THE
PO BOX 48
ALBANY, GA 31702

CREDITOR ID: 241872-12
ALBANY LOCK & SAFE CO
702 N SLAPPEY BLVD
ALBANY, GA 31701-1414

CREDITOR ID: 241873-12
ALBANY RUBBER & GASKET INC
PO BOX AC
ALBANY GA 31706-4467

CREDITOR ID: 386104-54
ALBARADO, TERRY
C/O BECKWITH LAW FIRM
ATTN BRIAN C BECKWITH ESQ
301 HUEY P LONG AVENUE
GRETNA LA 70053

CREDITOR ID: 386104-54
ALBARADO, TERRY
2301 BELLAIRE LANE
HARVEY, LA 70058

CREDITOR ID: 241874-12
ALBEMARLE DIST
PO BOX 7
ELIZABETH CITY, NC 27909

CREDITOR ID: 387545-54
ALBERINO, VERONICA
108 SE 10TH STREET, APT 102J
DEERFIELD BEACH FL 33441

CREDITOR ID: 392047-55
ALBERINO, VERONICA
C/O GOLDBERG & CATREN, PA
ATTN SHEILA GOLDBERG, ESQ
5353 NORTH FEDERAL HIGHWAY, STE 407
FT.LAUDERDALE FL 33308

CREDITOR ID: 265256-14
ALBERMARL COMMISSION
ATTN: FLORENCE BOYANT
512 S CHURCH ST
HERTFORD NC 27944-1225

CREDITOR ID: 241878-12
ALBERT J CIRIGNANO SR
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

CREDITOR ID: 241881-12
ALBERT O HOWARD JUDGE OF PROBATE
PO BOX 700
PHENIX CITY AL 36868

CREDITOR ID: 256193-12
ALBERT, MICHAEL
2878 NW 204TH STREET
MIAMI, FL 33056

CREDITOR ID: 256193-12
ALBERT, MICHAEL
C/O KARLICK & BUCKLEY ATTORNEYS
ATTN ARTHUR W KARLICK, ESQ
1454 NW 17 AVENUE
MIAMI FL 33125

CREDITOR ID: 406322-MS
ALBERT, WILLIAM J
3095 N. COURSE DR. #712
POMPANO BEACH FL 33069

CREDITOR ID: 381968-36
ALBERTO CULVER USA INC
ATTN: JAMES W VAREY
2525 ARMITAGE AVE
MELORSE PARK IL 60160-1163

CREDITOR ID: 241883-12
ALBERTO CULVER USA, INC
PO BOX 905504
CHARLOTTE, NC 28290-5504

CREDITOR ID: 404091-95
ALBERTO CULVER USA,INC
ATTN:  JOYCE ROSSI A/R SUPVS
2525 WEST ARMITAGE AVE
MELROSE PARK IL 601601163

CREDITOR ID: 241884-12
ALBERTS FLOWERS MORRIS GREENHOUSE
716 MADISON STREET S W
HUNTSVILLE, AL 35801

CREDITOR ID: 241885-12
ALBERTS ORGANIC INC
PO BOX 624
BRIDGEPORT NJ 08014

CREDITOR ID: 241882-12
ALBERT'S SPECIALTY WELDING
9641 W TWO MILE RD
IRVINGTON AL 36544

CREDITOR ID: 404092-95
ALBERTVILLE QUALITY FOOD
PO BOX 756
ALBERTVILLE AL 35950-0756

CREDITOR ID: 241886-12
ALBERTVILLE QUALITY FOOD
PO BOX 11407
BIRMINGHAM, AL 35246-0836

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 381979-36
ALBERTVILLE QUALITY FOODS, INC
STEVE WILLIAMS
130 QUALITY DR
PO BOX 756
ALBERTVILLE AL 35950

CREDITOR ID: 265257-31
ALBERTVLLE MNICPL UTILITIES BD
ATTN: DANNY BAUGH
600 WATER PLANT RD
ALBERTVILLE AL 35951-5046

CREDITOR ID: 1030-07
ALBION PACIFIC PROP RESOURCES
215 WEST SIXTH STREET, SUITE 1400
LOS ANGELES, CA 90014

CREDITOR ID: 241887-12
ALBION PACIFIC PROP RESOURCES LLC
ATTN ANDREW MEIERAN
215 WEST SIXTH STREET, SUITE 1400
LOS ANGELES, CA 90014

CREDITOR ID: 381708-47
ALBRIGHT, JUDI
153 SW CLOSER GLEN
LAKE CITY, FL 32055

CREDITOR ID: 383167-53
ALBUQUERQUE ENVIRONMENTAL
HEALTH DEPARTMENT
ALBUQUERQUE NM 87101

CREDITOR ID: 241888-12
ALCEE FORTIER H S
5624 FRERET STREET
NEW ORLEANS, LA 70115

CREDITOR ID: 381980-36
ALCOA CONSUMER PRODUCTS
WILLIAM E BUTLER
6603 W BROAD ST
RICHMOND VA 23230

CREDITOR ID: 241889-12
ALCOA CSI RANDOLPH
P OB OX 360035M
PITTSBURGH, PA 15251

CREDITOR ID: 241890-12
ALCOA INC
PO BOX 198276
ATLANTA, GA 30384-8276

CREDITOR ID: 241891-12
ALCOA PMC
PO BOX DEPT LA 21264
MELLON BANK
PASADENA, CA 91185-1264

CREDITOR ID: 265302-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JIMMY HALL
6940 DR MARTIN LUTHER KING DR
FAIRFIELD AL 35064-2550

CREDITOR ID: 265303-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JOHNNY ATKINS
301 N MAIN AVE
SYLACAUGA AL 35150-2629

CREDITOR ID: 265310-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: LAURENCE GARRETT
508 E 2ND ST
SHEFFIELD AL 35660-3216

CREDITOR ID: 265320-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: MARTHA ROBERTS
1570 ASHVILLE RD NE
LEEDS AL 35094-3511

CREDITOR ID: 265353-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: TERRY GREEN
4836 US HIGHWAY 231
WETUMPKA AL 36092-3314

CREDITOR ID: 265333-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RANDAL MOLEN
32 GREEN SPRINGS HWY
BIRMINGHAM AL 35209-4902

CREDITOR ID: 265322-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: MELBA JOLLEY
1218 W MEIGHAN BLVD
GADSDEN AL 35901-3334

CREDITOR ID: 265354-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: TERRY ROBINSON
210 W BROAD ST
EUFAULA AL 36027-2010

CREDITOR ID: 265307-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: KURTIS MORGAN
3044 HIGHWAY 280
ALEXANDER CITY AL 35010-4400

CREDITOR ID: 265301-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JAMES STEELE
104 S BROAD ST
YORK AL 36925-2535

CREDITOR ID: 265267-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: CHARLES HUNTER
4320 UNIVERSITY DR NW
HUNTSVILLE AL 35816-3011

CREDITOR ID: 265339-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RITA GREENE
13325 MEMORIAL PKWY SW
HUNTSVILLE AL 35803-6009

CREDITOR ID: 265294-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: HAROLD LEE
2620 31ST AVE N
BIRMINGHAM AL 35207-4507

CREDITOR ID: 265342-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RODNEY LASSITER
3565 MONTGOMERY HWY STE 2
DOTHAN AL 36303-2161

CREDITOR ID: 265337-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RHONDA RICHARDSON
160 BALDWIN SQ
FAIRHOPE AL 36532-2046

CREDITOR ID: 265298-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JAMES LEE
215 3RD ST SW
ATTALLA AL 35954-2620

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 265324-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: MICHAEL NOLAND
2109 ROSS CLARK CIR STE 2
DOTHAN AL 36301-5763

CREDITOR ID: 265346-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: SARAH LYNAUM
3974 GOVERNMENT BLVD
MOBILE AL 36693-4723

CREDITOR ID: 265285-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN EDDIE PETERSON
744 SHADES MOUNTAIN PLAZA
BIRMINGHAM AL 35226-1513

CREDITOR ID: 265290-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: GEORGE TAYLOR
BRANTLEY LUVERNE HWY
LUVERNE AL 36049

CREDITOR ID: 265332-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RACHEL BURGDOERFER
939 ROSS ST
HEFLIN AL 36264-1133

CREDITOR ID: 265328-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: MILTON MOATS
236 GOODWIN CREST DR
BIRMINGHAM AL 35209-3702

CREDITOR ID: 265305-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JUDY GABLES
3403 RAINBOW DR
GADSDEN AL 35906-6215

CREDITOR ID: 265291-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: GEORGE WILLIAMS
501 MILDRED ST
MONTGOMERY AL 36104-3924

CREDITOR ID: 265343-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: ROY BLASINGANE
25405 PERDIDO BEACH BLVD
ORANGE BEACH AL 36561-3193

CREDITOR ID: 265304-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JOSEPH WATSON
110 STATE HIGHWAY 97 S
HAYNEVILLE AL 36040

CREDITOR ID: 265311-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: LEACY LONG
7500 MEMORIAL PKWY SW
HUNTSVILLE AL 35802-2227

CREDITOR ID: 265292-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: GLADYS CAMPBELL
700 UNIVERSITY BLVD S
MOBILE AL 36609-2910

CREDITOR ID: 265355-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: THOMAS WEAVER
505 S MAIN ST
LINDEN AL 36748-2025

CREDITOR ID: 265260-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: BERT SINCLAIR
4356 OLD SHELL RD STE A
MOBILE AL 36608-2000

CREDITOR ID: 265315-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: LINDA FLINT
5364 HIGHWAY 90 W
MOBILE AL 36619-4202

CREDITOR ID: 265347-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: SHAYE MASON
3418 20TH AVE STE E
VALLEY AL 36854-3218

CREDITOR ID: 265284-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: EDDIE PETERSON
4500 MONTEVALLO RD
BIRMINGHAM AL 35210-3129

CREDITOR ID: 265289-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: GENE TAYLOR
101 HILLCREST RD
EVERGREEN AL 36401-2659

CREDITOR ID: 265261-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: BETSY AULS
3791 HIGHWAY 14
MILLBROOK AL 36054-1982

CREDITOR ID: 265356-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: TIM CALLAHAN
3305 S BROAD ST
SCOTTSBORO AL 35769-7426

CREDITOR ID: 265340-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RITA NELSON
617 S WILSON AVE
MOBILE AL 36610-4613

CREDITOR ID: 265286-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: EVELYN ABRAMS
2066 OLD SHELL RD
MOBILE AL 36607-3349

CREDITOR ID: 265345-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: SARAH DIXON
314 N DR MARTIN L KING JR DR
MOBILE AL 36610-4811

CREDITOR ID: 265348-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: SHAYE MASON
710 COLUMBUS PKWY
OPELIKA AL 36801-5936

CREDITOR ID: 265363-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: ZENA EMERSON
2019 6TH AVE SE
DECATUR AL 35601-6500

CREDITOR ID: 265263-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: BILL WEINBERG
4637 HIGHWAY 280 S 280
BIRMINGHAM AL 35242

CREDITOR ID: 265358-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: TRACY OWENS
514 KIRKLAND ST
ABBEVILLE AL 36310-2740

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265299-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: JAMES MCCOOL<br>3420 MCFARLAND BLVD E<br>TUSCALOOSA AL 35405-2422 | CREDITOR ID: 265265-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: CAROLYN LEONARD<br>1201E BESSEMER RD<br>BIRMINGHAM AL 35228-1122 | CREDITOR ID: 265323-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: MELBA JOLLY<br>530 MAIN ST W<br>GLENCOE AL 35905-1060 |
| CREDITOR ID: 265334-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: RANDY PARKER<br>1735 E MAIN ST<br>PRATTVILLE AL 36066-5525 | CREDITOR ID: 265341-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: ROBIN MITCHELL<br>4555 HIGHWAY 25<br>MONTEVALLO AL 35115-4260 | CREDITOR ID: 265361-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: YOLODA WILLIAMS<br>2821 CENTRAL AVE<br>BIRMINGHAM AL 35209-2503 |
| CREDITOR ID: 265274-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: DEBORAH DIXON<br>220 W OXMOOR RD<br>BIRMINGHAM AL 35209-6315 | CREDITOR ID: 265283-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: DWAYNE SPIVEY<br>529 US HIGHWAY 278 E<br>PIEDMONT AL 36272-4962 | CREDITOR ID: 265297-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: JACQUELINE TOLBERT<br>1803 AVENUE H<br>BIRMINGHAM AL 35218-1542 |
| CREDITOR ID: 265326-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: MICHEAL DOWNING<br>423 WASHINGTON ST<br>MARION AL 36756-2333 | CREDITOR ID: 265327-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: MICKIE BIRD<br>1435 SUNSET DR<br>GUNTERSVILLE AL 35976-1628 | CREDITOR ID: 265258-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: ALONZO WILLIAMS<br>2490 MCFARLAND BLVD<br>NORTHPORT AL 35476-2940 |
| CREDITOR ID: 265330-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: QUEEN ROBINSON<br>401 21ST AVE<br>TUSCALOOSA AL 35401-1067 | CREDITOR ID: 265336-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: REBECCA PULLIAM<br>100 E 2ND AVE<br>GULF SHORES AL 36542-6500 | CREDITOR ID: 265293-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: GLORIA GAINES<br>3458 ATLANTA HWY<br>MONTGOMERY AL 36109-2704 |
| CREDITOR ID: 265331-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: RACHEL BRUGDOERFER<br>1316 WALNUT AVE<br>ANNISTON AL 36201-4579 | CREDITOR ID: 265321-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: MARY SCOTT<br>680 S DALEVILLE AVE<br>DALEVILLE AL 36322-2389 | CREDITOR ID: 265287-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: FRAN TAYLOR<br>300 E CHURCH ST<br>ATMORE AL 36502-2502 |
| CREDITOR ID: 265268-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: CHERYL REYNOLDS<br>1958 VETERANS MEMORIAL DR<br>BIRMINGHAM AL 35214-2048 | CREDITOR ID: 265280-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: DOLLIE WATSON<br>225 E SOUTH BLVD<br>MONTGOMERY AL 36105-3240 | CREDITOR ID: 265318-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: MARSHALL GRAVITT<br>4330 HIGHWAY 78 E<br>JASPER AL 35501-8905 |
| CREDITOR ID: 265269-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: CLARENCE MOODY<br>8 1ST ST SE<br>LAFAYETTE AL 36862-2068 | CREDITOR ID: 265271-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: DANIEL MIXON<br>19275 N MAIN ST<br>CITRONELLE AL 36522-4105 | CREDITOR ID: 265275-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: DEE CALLOWAY<br>1313 US HIGHWAY 80 E<br>DEMOPOLIS AL 36732-3727 |
| CREDITOR ID: 265278-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: DIANE THOMPSON<br>20 6TH ST<br>ASHVILLE AL 35953-3844 | CREDITOR ID: 265344-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: RUSSELL WHITE<br>16 EUFAULA AVE<br>CLAYTON AL 36016 | CREDITOR ID: 265352-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: TERRI HATCHINSON<br>934 RUCKER BLVD<br>ENTERPRISE AL 36330-2141 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 265319-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: MARTH CLANTON
18327 HIGHWAY 280
DADEVILLE AL 36853-1417

CREDITOR ID: 265360-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: WALTER STEVENS
2111 MARTIN ST S
PELL CITY AL 35128-2358

CREDITOR ID: 265335-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: REBECCA ALDRICH
901 280 BYP
PHENIX CITY AL 36867-6668

CREDITOR ID: 265350-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: STEVE MCKINSTRY
104 EASTSIDE ST
TUSKEGEE AL 36083-1701

CREDITOR ID: 265313-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: LEONARD GOODEN
1684 7TH ST HWY 31 S
CLANTON AL 35045

CREDITOR ID: 265309-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: LAMAR GINN
1130 S QUINTARD AVE
ANNISTON AL 36201-8243

CREDITOR ID: 265306-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: KENNETH RAY
217 W COLLEGE ST
COLUMBIANA AL 35051-9724

CREDITOR ID: 265338-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: RICARDO GROVE
2669 DAUPHIN ISLAND PKWY
MOBILE AL 36605-3408

CREDITOR ID: 265277-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DELORIS CHRISTION
4004C BESSEMER SUPER HWY
BESSEMER AL 35020-2407

CREDITOR ID: 265282-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DORIS SHARPLEY
1508 WESTGATE SHOPG CTR
DECATUR AL 35603

CREDITOR ID: 265325-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: MICHAEL PORTER
1945 OPELIKA RD
AUBURN AL 36830-2811

CREDITOR ID: 265281-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DONNY HOLLOWAY
700A PRATT AVE NW
HUNTSVILLE AL 35801-5557

CREDITOR ID: 265359-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: VERONICA WILLIS
2300 MARIE FOSTER ST
SELMA AL 36703-2926

CREDITOR ID: 265273-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DEBORAH BAROUGHTON
1023 DOUGLAS AVE STE G
BREWTON AL 36426-1586

CREDITOR ID: 265329-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: PATTIE MCDONALD
927 W COLLEGE ST
FLORENCE AL 35630-5317

CREDITOR ID: 265259-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: AMY GILBERT
3713 LAKESIDE CT
MOBILE AL 36693-5111

CREDITOR ID: 265351-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: SYBIL LAWRENCE
634 S DECATUR ST
MONTGOMERY AL 36104-5826

CREDITOR ID: 265314-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: LINDA CASON
21393 MAIN ST
RANBURNE AL 36273-4226

CREDITOR ID: 265300-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: JAMES S NELSON
1915 E 3 NOTCH ST
ANDALUSIA AL 36420

CREDITOR ID: 265276-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DEE CALLOWAY
WATER ST
UNIONTOWN AL 36786

CREDITOR ID: 265288-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: GARY LARISS
305 BARNETT BLVD
TALLASSEE AL 36078-1505

CREDITOR ID: 265270-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: CLAUDINE PARKER
2891 E SOUTH BLVD
MONTGOMERY AL 36116-2513

CREDITOR ID: 265279-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DOCK JOHNSON
138 PRAIRIE ST N
UNION SPRINGS AL 36089-1615

CREDITOR ID: 265357-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: TOL BRYAN
17994 US HIGHWAY 431 S
HEADLAND AL 36345-8449

CREDITOR ID: 265349-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: SHIRLEY PERK
1853 MONTGOMERY HWY S
BIRMINGHAM AL 35244-1292

CREDITOR ID: 265264-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: BUCK HARRISON
151 DAUPHIN ST
MOBILE AL 36602-3211

CREDITOR ID: 265272-14
ALCOHOLIC BEVERAGE CTRL BD ALA
ATTN: DAVID WIKOFF
655 N OATES ST
DOTHAN AL 36303-4524

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265266-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: CECELIA BOWLING<br>440 SCHILLINGER RD S<br>MOBILE AL 36695-8903 | CREDITOR ID: 265296-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: J D DAVIS<br>210 EXCHANGE PL NW<br>HUNTSVILLE AL 35806-2300 | CREDITOR ID: 265317-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: MARILYN FOSTER<br>231 OLD HIGHWAY 87<br>TROY AL 36079-6029 |
| CREDITOR ID: 265312-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: LEE WASHINGTON<br>409 LAFAYETTE ST HWY 11 S<br>LIVINGSTON AL 35470 | CREDITOR ID: 265362-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: ZELINE SMOOT<br>217 ROEBUCK PLAZA DR<br>BIRMINGHAM AL 35206-1514 | CREDITOR ID: 265316-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: LT GEORGE THORPE<br>1220 FOX RUN AVE STE A3<br>OPELIKA AL 36801-8601 |
| CREDITOR ID: 265262-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: BETTY DUNKLIN<br>1075 TUSCALOOSA ST<br>GREENSBORO AL 36744-1575 | CREDITOR ID: 265308-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: LAMAR BASS<br>206 COVINGTON AVE<br>OPP AL 36467 | CREDITOR ID: 265295-14<br>ALCOHOLIC BEVERAGE CTRL BD ALA<br>ATTN: HATTIE HARRIS<br>461 N EASTERN BLVD STE I<br>MONTGOMERY AL 36117-2211 |
| CREDITOR ID: 241893-12<br>ALCON LABORATORIES INC<br>ATTN PENNY SHAW, TC29<br>6201 SOUTH FREEWAY<br>FT WORTH TX 76134-2099 | CREDITOR ID: 404093-95<br>ALCON LABORATORIES INC<br>PO BOX 951260<br>DALLAS TX 75395-1260 | CREDITOR ID: 381981-36<br>ALCON LABORATORIES, INC<br>KC MILLER<br>6201 SOUTH FREEWAY<br>FORT WORTH TX 76134-2099 |
| CREDITOR ID: 384319-47<br>ALCOTT, RICHARD<br>PO BOX 766<br>QUINCY, FL 32353 | CREDITOR ID: 241896-12<br>ALDCO CORP<br>PO BOX 827<br>ROME, GA 30162-0827 | CREDITOR ID: 389972-54<br>ALDERMAN, GENEVA<br>715 CARLTON AVENUE<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 393492-55<br>ALDERMAN, GENEVA<br>C/O MICHAEL NEBEL<br>LAW OFFICES OF NEBEL & BACHMAN<br>790 N. ORANGE AVE.<br>ORLANDO FL 32801 | CREDITOR ID: 390020-54<br>ALDERMAN, JOY<br>6129 20TH STREET<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 241897-12<br>ALDERSHOT GREENHOUSES LTD<br>ATTN JASON STOTER, CONTROLLER<br>1135 GALLAGHER RD<br>BURLINGTON, ON L7T 2M7<br>CANADA |
| CREDITOR ID: 404094-95<br>ALDERSHOT OF N MEX INC<br>STAR ROUTE BOX 4<br>MESILLA PARK NM 88047-9701 | CREDITOR ID: 241898-12<br>ALDERSHOT OF N MEX INC<br>4884 S MAIN STREET<br>MESILLA PARK NM 88047-9720 | CREDITOR ID: 278845-30<br>ALDERSHOT OF N MEX INC<br>ATTN: PETE VANDERLUGT, PRES<br>4884 S MAIN STREET<br>MESILLA PARK, NM 88047-9720 |
| CREDITOR ID: 241900-12<br>ALDOORS OF FLORIDA INC<br>PO BOX 890141<br>CHARLOTTE NC 28289-0141 | CREDITOR ID: 245289-12<br>ALDRIDGE, CHRIS R<br>2228 GWYN ROAD<br>BURLINGTON NC 27217 | CREDITOR ID: 381422-47<br>ALDRIDGE, DARLENE H.<br>95 BREAM AVE<br>KINGSLAND GA 31548 |
| CREDITOR ID: 385523-54<br>ALDRIDGE, ELLA<br>1065 ARVOR VISTA BLVD.<br>JACKSON, MS 39209 | CREDITOR ID: 390824-55<br>ALDRIDGE, ELLA<br>C/O OWENS MOSS, PLLC<br>ATTN RAJITA IYER MOSS<br>PO BOX 808<br>JACKSON MS 39205-0808 | CREDITOR ID: 243316-12<br>ALDRIGE, BENNIE<br>875 DURHAM LAKE ROAD<br>DUDLEY NC 28333 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241901-12<br>ALE-8 ONE BOTTLING CO<br>PO BOX 645<br>WINCHESTER, KY 40392-0645 | CREDITOR ID: 389534-54<br>ALEMAN, ESTEBAN<br>14155 SW 87TH STREET, APT E-108<br>MIAMI, FL 33183 | CREDITOR ID: 393206-55<br>ALEMAN, ESTEBAN<br>C/O ALLAN H. GRUBER, PA<br>ATTN ALLAN H. GRUBER, ESQ<br>7685 SW 104TH STREET, SUITE 100<br>MIAMI FL 33156 |
| CREDITOR ID: 397257-68<br>ALEN E. GREENFIELD PA<br>2600 DOUGLAS ROAD, SUITE 911<br>CORAL GABLES  FL 33134 | CREDITOR ID: 241902-12<br>ALERT CARGO EXPRESS<br>PO BOX 2121<br>MEMPHIS, TN 38159 | CREDITOR ID: 241903-12<br>ALERT TIRE SERVICE INC<br>1505 E BAKER ST<br>PLANT CITY, FL 33563-3999 |
| CREDITOR ID: 388354-54<br>ALESSANDRO, DEBBIE<br>4 N. LEE STREET<br>BEVERLY HILLS, FL 34465 | CREDITOR ID: 392454-55<br>ALESSANDRO, DEBBIE<br>C/O ORMAN L. KIMBROUGH<br>WOOTEN HONEYWELL KIMBROUGH GIBSON<br>P. O. BOX 568188<br>ORLANDO FL 32856-8188 | CREDITOR ID: 241904-12<br>ALEX AND HILLARY BAISLEY<br>2924 SAVAL PALM<br>EDGEWATER FL 32141 |
| CREDITOR ID: 241905-12<br>ALEX KONTOS FRUIT CO INC<br>PO BOX 10003<br>BIRMINGHAM, AL 35202-0003 | CREDITOR ID: 241906-12<br>ALEXANDER CITY OUTLOOK<br>PO BOX 999<br>ALEXANDER CITY, AL 35011 | CREDITOR ID: 241907-12<br>ALEXANDER COLLETT<br>8933 EASTON RIVER DRIVE<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 241908-12<br>ALEXANDER ELECTRIC CO<br>1411 BELFAST AVE<br>COLUMBUS, GA 31904 | CREDITOR ID: 373576-44<br>ALEXANDER ELECTRICAL<br>CONTRACTOR INC<br>PO BOX 325 HWY 17N<br>EDENTON NC 27932 | CREDITOR ID: 241909-12<br>ALEXANDER ELECTRICAL CONTRACTOR INC<br>OF EDENTON<br>PO BOX 325<br>EDENTON, NC 27932 |
| CREDITOR ID: 241910-12<br>ALEXANDER EQUIP CO<br>PO BOX 25165<br>WINSTON SALEM, NC 27114-5165 | CREDITOR ID: 241911-12<br>ALEXANDER GALLO & ASSOCIATES INC<br>PO BOX 550654<br>ATLANTA, GA 30355 | CREDITOR ID: 241912-12<br>ALEXANDER GLOBAL PROMOTIONS<br>PO BOX 52885<br>BELLEVUE WA 98015-2885 |
| CREDITOR ID: 241913-12<br>ALEXANDER HIGH SCHOOL<br>6500 ALEXANDER PARKWAY<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 241915-12<br>ALEXANDER PLUMBING CO<br>5967 HIGHPOINT DRIVE<br>COLUMBUS, GA 31909 | CREDITOR ID: 241916-12<br>ALEXANDER SEALCOATING & STRIPING<br>ATTN A MARK ALEXANDER, PRES<br>PO BOX 211032<br>MONTGOMERY, AL 36121 |
| CREDITOR ID: 388283-54<br>ALEXANDER, ALICE<br>807 W. OCONEE STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 389477-54<br>ALEXANDER, BRANDI<br>851 E. ORANGE STREET<br>LAKELAND FL 33801 | CREDITOR ID: 374892-44<br>ALEXANDER, FIDENCIO<br>ORL STORE# 651<br>25301 CONESTOGA DR<br>LAND O LAKES, FL 34639 |
| CREDITOR ID: 250941-12<br>ALEXANDER, GREGORY V<br>ATTN: GLENN FRALICK, OWNER<br>1102 DUPAS STREET<br>GRENTA, LA 70053 | CREDITOR ID: 403575-94<br>ALEXANDER, HATTIE E<br>967 COBBLESTONE DR<br>ORANGE PARK FL 32065 | CREDITOR ID: 387071-54<br>ALEXANDER, JARRIS<br>1311 WASHINGTON POINTE DR<br>ORLANDO FL 32824 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 398147-77 | CREDITOR ID: 397957-76 | CREDITOR ID: 406323-MS |
| ALEXANDER, LORETHIA | ALEXANDER, LORETHIA | ALEXANDER, T.N. |
| ATTN: MARIE A. MATTOX, P.A. | 1065 KING STREET | 130 LAUREL LANE |
| 310 EAST BRADFORD RD. | MONTICELLO, FL 32344 | TOWNVILLE SC 29689 |
| TALLAHASSEE, FL 32303 | | |
| | | |
| CREDITOR ID: 241920-12 | CREDITOR ID: 265364-31 | CREDITOR ID: 241922-12 |
| ALEXANDRIA CHURCH OF CHRIST | ALEXANDRIA CONSERVATION SVCS | ALEXANDRIA ELEMENTARY SCHOOL |
| 36 POPULAR RIDGE | ATTN: LISA YOUNG | 51 ORCHARD LN |
| ALEXANDRIA KY 41001 | 5001 ANDREA AVE | ALEXANDRIA KY 41001 |
| | ANNANDALE VA 22003-4106 | |
| | | |
| CREDITOR ID: 382357-51 | CREDITOR ID: 241923-12 | CREDITOR ID: 241924-12 |
| ALEXANDRIA TOWN TALK | ALFA INTERNATIONAL, INC | ALFA MUTUAL FIRE INS CO |
| ATTN PATRICIA FLOYD, CR SUPERV | 4 KAYSAL COURT | ATTN: ROSE JACKSON RL EST ACCT |
| PO BOX 7558 | ARMONK, NY 10504 | PO BOX 11000 |
| ALEXANDRIA, LA 71306 | | MONTGOMERY, AL 36191-0001 |
| | | |
| CREDITOR ID: 1031-07 | CREDITOR ID: 406324-MS | CREDITOR ID: 241925-12 |
| ALFA MUTUAL FIRE INSURANCE COMPANY | ALFANO, VINCENT J. | ALFAPET |
| ATTN ROSE JACKSON | 725 DEWBERRY DRIVE | 4914 DAGGETT AVE |
| PO BOX 11000 | JACKSONVILLE FL 32259 | SAINT LOUIS MO 63110-3006 |
| MONTGOMERY, AL 36191-0001 | | |
| | | |
| CREDITOR ID: 385726-54 | CREDITOR ID: 391005-55 | CREDITOR ID: 388856-54 |
| ALFONSO, CARMEN | ALFONSO, CARMEN | ALFONSO, OSCAR |
| 11811 SW 11TH STREET | C/O ARTURO ALFONSO PA | 1000 NE 14 AVENUE, APT 404 |
| MIAMI, FL 33184 | ATTN ARTURO ALFONSO, ESQ. | HALLANDALE FL 33009 |
| | 7821 CORAL WAY, SUITE 125 | |
| | MIAMI FL 33155 | |
| | | |
| CREDITOR ID: 392795-55 | CREDITOR ID: 386568-54 | CREDITOR ID: 391586-55 |
| ALFONSO, OSCAR | ALFORD, JOHN | ALFORD, JOHN |
| C/O ABE ROSENBERG | 13669 CEDAR CREEK DRIVE | C/O BRUCE S. FEIFFER |
| ROSENBERG AND ROSENBERG | SANDERSON FL 32087 | FARAH AND FRAH |
| 2501 HOLLYWOOD BLVD | | 10 WEST ADAMS ST., 3RD FLOOR |
| SUITE 110 | | JACKSONVILLE FL 32232 |
| HOLLYWOOD FL 33020 | | |
| | | |
| CREDITOR ID: 381212-47 | CREDITOR ID: 241928-12 | CREDITOR ID: 241929-12 |
| ALFRED DUPLANTIS TRACTOR & WELDING | ALFRED L WOLFF INC | ALFRED Q BOOTH JUDGE OF PROBATE |
| 5064 BAYOUSIDE DRIVE | 1440 N NORTHWEST HIGHWAY, SUITE 230 | 176 W 5TH ST |
| CHAUVIN, LA 70344 | PARK RIDGE, IL 60068 | PRATTVILLE AL 36067-3041 |
| | | |
| CREDITOR ID: 249083-12 | CREDITOR ID: 388520-54 | CREDITOR ID: 392599-55 |
| ALFRED, ERIC | ALFRED, RACHEL | ALFRED, RACHEL |
| 2450 MEMORIAL BLVD | 1323 W. BEECH ST | C/O: DONALD L. MAYEUX, ESQ. |
| KINGSPORT, TN 37664 | VILLE PLATTE, LA 70586 | DONALD L. MAYEUX, ESQ. |
| | | P.O. BOX 1460 |
| | | EUNICE LA 70535 |
| | | |
| CREDITOR ID: 241931-12 | CREDITOR ID: 406325-MS | CREDITOR ID: 265365-14 |
| ALFREDS PLUMBING HEATING & A/C SVC | ALGER, DONALD R | ALI AHMED INC |
| 7923 HWY 182 | 4405 HUNTINGTON POINT | ATTN: MUHANNAD CATEL |
| MORGAN CITY LA 70380 | VALDOSTA GA 31602 | 191 NW 78TH TER BLDG 3810 |
| | | HOLLYWOOD FL 33024-6939 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241932-12<br>ALI-ABA<br>4025 CHESTNUT ST<br>PHILADELPHIA PA 19104-3099 | CREDITOR ID: 241933-12<br>ALICE ANNETTE SERIZE<br>10221 SW 121ST ST<br>MIAMI, FL 33176 | CREDITOR ID: 241934-12<br>ALICE HART SCHOOL<br>5300 BERKLEY DR<br>NEW ORLEANS, LA 70131 |
| CREDITOR ID: 389455-54<br>ALICEA, FELIX<br>5244 LONG ROAD, APT F<br>ORLANDO FL 32808 | CREDITOR ID: 241935-12<br>ALICIA ELZY, MOTHER OF CLARICE ELZY<br>PO BOX 592<br>CENTERVILLE LA 70522 | CREDITOR ID: 241936-12<br>ALIGNMENT BRAKE & SPRING<br>321 N LANE AVENUE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 241938-12<br>ALIVE & KICKIN<br>PO BOX 12706<br>GREEN BAY, WI 54307-2706 | CREDITOR ID: 241939-12<br>ALJAN CORP<br>100 MERRICK ROAD, SUITE 402E<br>ROCKVILLE CENTRE, NY 11570 | CREDITOR ID: 241940-12<br>ALKAR RAPIDPAK INC<br>4012 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 241941-12<br>ALL ABOUT SPRINKLERS<br>PO BOX 2032<br>SMYRNA GA 30081 | CREDITOR ID: 241942-12<br>ALL AMERICAN BOTTLING<br>PO BOX 32547<br>LOUISVILLE, KY 40232-2547 | CREDITOR ID: 241943-12<br>ALL AMERICAN GREASE TRAP SERVICE<br>JACKSONS GREASE TRAP SERVICE<br>PO BOX 1007<br>KENNER, LA 70063-1007 |
| CREDITOR ID: 241944-12<br>ALL AMERICAN LOGISTICS<br>6420 DENTON HWY, SUITE B<br>FT WORTH TX 76148 | CREDITOR ID: 241945-12<br>ALL AMERICAN PRODUCTS<br>1075 DARTFORD D<br>TARPON SPRINGS FL 34688 | CREDITOR ID: 241946-12<br>ALL AMERICAN PRODUCTS<br>4750 HIGHWAY AVENUE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 241947-12<br>ALL BALERS & HYDRAULIC REPAIR<br>124 ELIZABETH LN<br>TRAVELERS REST, SC 29690-9608 | CREDITOR ID: 241948-12<br>ALL BRITE SALES CO INC<br>PO BOX 3359<br>JACKSONVILLE, FL 32206-0360 | CREDITOR ID: 241949-12<br>ALL CLEAN SUPPLY CO INC<br>20477 HWY 36<br>COVINGTON LA 70433-8666 |
| CREDITOR ID: 404098-95<br>ALL CLEAN SWEEPING SERVICES<br>2525 ROSE SPRING DR<br>ORLANDO FL 32825-7407 | CREDITOR ID: 395596-65<br>ALL CLEAN SWEEPING SERVICES, INC.<br>2525 ROSE SPRING DRIVE<br>ORLANDO, FL 32825 | CREDITOR ID: 381161-47<br>ALL COUNTY LOCKSMITH INC DBA<br>GODBY SAFE<br>1048 HYPOLUXO RD<br>LANTANA, FL 33462 |
| CREDITOR ID: 241952-12<br>ALL FLORIDA SEPTIC TANK SERVICE INC<br>8300 WEST BEAVER STREET<br>JACKSONVILLE FL 32220 | CREDITOR ID: 241953-12<br>ALL N 1 HOME REPAIR<br>PO BOX 9185<br>NEW IBERIA, LA 70562-9185 | CREDITOR ID: 241954-12<br>ALL PARTS DISTRIBUTORS<br>3711 COLE MILL RD<br>CHARLOTTE NC 28270-1123 |
| CREDITOR ID: 241955-12<br>ALL PHASE SECURITY INC<br>114 49TH ST SOUTH<br>ST PETERSBURG, FL 33707 | CREDITOR ID: 241956-12<br>ALL POINTS TRUCKING INC<br>PO BOX 240801<br>CHARLOTTE NC 28224 | CREDITOR ID: 241957-12<br>ALL PRO ASPHALT INC<br>16136 RED BASS DRIVE<br>JACKSONVILLE FL 32226 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241958-12<br>ALL PRO CHAMPIONSHIPS<br>2541 HOLLOWAY ROAD<br>LOUISVILLE KY 40299 | CREDITOR ID: 241959-12<br>ALL PRO ROOTER<br>419 EASTLAND ROAD<br>DOTHAN AL 36303 | CREDITOR ID: 241960-12<br>ALL PURPOSE GLASS & MIRROR<br>5555 W BEAVER STREET<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 381195-47<br>ALL SAINTS CATHOLIC SCHOOL<br>1759 INDIAN CREEK PARKWAY<br>JUPITER, FL 33458 | CREDITOR ID: 2886-04<br>ALL SERVICE REFUSE<br>751 N.W. 31ST AVENUE<br>FT. LAUDERDALE, FL 33311 | CREDITOR ID: 241961-12<br>ALL SERVICE REFUSE<br>PO BOX 9001191<br>LOUISVILLE, KY 40290-1191 |
| CREDITOR ID: 241962-12<br>ALL SOUTH DOOR & HARDWARE<br>281 ENTERPRISE DR<br>VALDOSTA GA 31601 | CREDITOR ID: 241963-12<br>ALL SOUTH SERVICES INC<br>PO BOX 6571<br>JACKSONVILLE, FL 32236-6571 | CREDITOR ID: 241964-12<br>ALL SOUTH VINYL<br>1206 BEAR CREEK ROAD EAST, LOT 107<br>TUSCALOOSA AL 35405 |
| CREDITOR ID: 241965-12<br>ALL STAR CHEVROLET/KIA<br>PO BOX 77330<br>BATON ROUGE, LA 70879-7330 | CREDITOR ID: 404100-95<br>ALL STAR ELECTRIC<br>735 LITTLE FARM AVENUE<br>METARIE LA 70003 | CREDITOR ID: 403561-15<br>ALL STAR ELECTRIC<br>ATTN CONNIE BOUDREAUX<br>1208 BERT STREET<br>LA PLACE LA 70068 |
| CREDITOR ID: 241967-12<br>ALL STAR ELECTRIC<br>ATTN EVA BAHAM OR T BLANCHARD<br>1304 FULTON STREET<br>KENNER, LA 70062 | CREDITOR ID: 241966-12<br>ALL STAR ELECTRIC<br>1208 BERT STREET<br>LAPLACE, LA 70068 | CREDITOR ID: 241968-12<br>ALL STATES LIGHTING<br>3780 SILVERSTAR RD<br>ORLANDO, FL 32808-4628 |
| CREDITOR ID: 241969-12<br>ALL TEMP REFRIGERATION SERVICES INC<br>271 HIGHWAY 1085<br>MADISONVILLE, LA 70447 | CREDITOR ID: 1032-07<br>ALLARD LLC<br>695 CENTRAL AVENUE, #207<br>ST. PETERSBURG, FL 33701 | CREDITOR ID: 241971-12<br>ALLARD LLC<br>695 CENTRAL AVENUE, APT 207<br>ST PETERSBURG, FL 33701 |
| CREDITOR ID: 383212-15<br>ALL-BRITE SALES CO<br>ATTN CYNTHIA CHAPPELL, OFF ADMIN<br>2204 HAINES STREET<br>JACKSONVILLE FL 32206 | CREDITOR ID: 241973-12<br>ALLEGRA PRINT AND IMAGING<br>ATTN: PAULA BATES, BOOKKEEPER<br>8307 PRESTON HWY<br>LOUISVILLE, KY 40219 | CREDITOR ID: 381982-36<br>ALLEGRO MFG INC<br>GARY DOSHAY<br>7250 E OXFORD WAY<br>COMMERCE CA 90040 |
| CREDITOR ID: 241974-12<br>ALLEGRO MFG INC<br>ATTN GARY DOSHAY CR MGR<br>7250 EAST OXFORD WAY<br>COMMERCE, CA 90040 | CREDITOR ID: 241975-12<br>ALLEMANDS ELEMENTARY<br>1471 WPA RD<br>DES ALLEMANDS, LA 70030 | CREDITOR ID: 241976-12<br>ALLEN & ASSOCIATES<br>7649 CURRENCY DR<br>ORLANDO FL 32809 |
| CREDITOR ID: 381983-36<br>ALLEN BEVERAGES, INC DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN H G WALKER, JR OR E AWEN, PRES<br>PO BOX 2037<br>GULFPORT MS 39505 | CREDITOR ID: 381984-36<br>ALLEN BEVERAGES, INC.<br>H. GREY WALKER<br>PO BOX 2037<br>GULFPORT MS 39505 | CREDITOR ID: 241977-12<br>ALLEN CANNING CO<br>PO BOX 250<br>SILOAM SPRINGS, AR 72761-0250 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403197-99<br>ALLEN CANNING COMPANY<br>C/O WRIGHT LINDSY & JENNINGS LLP<br>ATTN: JAMES J GLOVER<br>200 WEST CAPITOL AVE, STE 2300<br>LITTLE ROCK AR 72201 | CREDITOR ID: 315665-36<br>ALLEN FLAVORS INC<br>C/O SILLER WILK LLP<br>ATTN: ERIC J SNYDER<br>675 THIRD AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 241979-12<br>ALLEN H TOMLIN JR<br>1115 AMIGO DRIVE<br>CONCORD NC 28025 |
| CREDITOR ID: 403576-94<br>ALLEN JR, CHARLES R<br>9571 LAURELWOOD LANE<br>GLOUCESTER VA 23061 | CREDITOR ID: 241791-12<br>AL-LEN LOCK CO INC<br>4550 W COLONIAL DRIVE<br>ORLANDO, FL 32808-8195 | CREDITOR ID: 241980-12<br>ALLEN NORTON & BLUE PA CORAL GABLES<br>121 MAJORCA AVE, FLOOR 3<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 398023-74<br>ALLEN NORTON & BLUE, PA<br>ATTN: ROBERT LARKIN<br>121 MAJORCA AVENUE<br>CORAL CABLES FL 33134 | CREDITOR ID: 318565-43<br>ALLEN PARISH TAX COLLECTOR<br>P.O. BOX 278<br>OBERLIN, LA 70655 | CREDITOR ID: 241982-12<br>ALLEN SOUTHERN ELECTRIC MOTOR<br>SERVICE INC<br>2877 MILL ST<br>MOBILE AL 36607 |
| CREDITOR ID: 241983-12<br>ALLEN SYSTEMS GROUP INC<br>135 S LASALLE ST  DEPT 4304<br>CHICAGO IL 60674-4304 | CREDITOR ID: 382378-51<br>ALLEN SYSTEMS GROUP, INC.<br>1333 THIRD AVENUE S<br>NAPLES, FL 34102 | CREDITOR ID: 242535-12<br>ALLEN, ARIS<br>500 EASTDALE ROAD<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 243853-12<br>ALLEN, BRANDON<br>2440 APT G CHASE PARK DRIVE<br>MONTGOMERY AL 36110 | CREDITOR ID: 386240-54<br>ALLEN, CHERYL<br>750 CLOVERLEAF BLVD<br>DELTONA FL 32725 | CREDITOR ID: 385802-54<br>ALLEN, CYNTHIA<br>168 PEARL AVE<br>KEY LARGO, FL 33037 |
| CREDITOR ID: 391067-55<br>ALLEN, CYNTHIA<br>C/O: JEFFREY A. NUSSBAUM, ESQUIRE<br>LAW OFFICE OF JEFFREY A. NUSSBAUM<br>524 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 400534-88<br>ALLEN, DORCUS PATRICIA<br>C/O CLINTON E MCLEOD, ESQ<br>1353 EAST LAFAYETTE STREET<br>SUITE B<br>TALLAHASSEE FL 32301 | CREDITOR ID: 388947-54<br>ALLEN, ERNEST<br>904 SOUTH 15TH STREET<br>LOUISVILLE, KY 40210 |
| CREDITOR ID: 392851-55<br>ALLEN, ERNEST<br>C/O: MARTIN Z. KAZDAN<br>MARTIN Z. KAZDAN, ESQ.<br>455 SOUTH FOURTH AVENUE<br>LOUISVILLE KY 40202 | CREDITOR ID: 406326-MS<br>ALLEN, GARY C.<br>3612 KERRY ANN WAY<br>JEFFERSONVILLE IN 47120 | CREDITOR ID: 386338-54<br>ALLEN, GLORIA<br>1411 RYLAND AVENUE<br>CINCINNATI OH 45237 |
| CREDITOR ID: 391430-55<br>ALLEN, GLORIA<br>C/O: THOMAS SESNY<br>1521 GEORGETOWN RD S<br>HUDSON OH 44237 | CREDITOR ID: 385452-54<br>ALLEN, GRANVILLE E<br>304 ODGEN STREET<br>WINTER HAVEN, FL 33880 | CREDITOR ID: 390754-55<br>ALLEN, GRANVILLE E JR<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN DEAN BURNETTI, ESQ<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 |
| CREDITOR ID: 385506-54<br>ALLEN, GREGORY<br>3155 DUNHILL DRIVE<br>COCOA, FL 32926 | CREDITOR ID: 390806-55<br>ALLEN, GREGORY<br>C/O: MARK S. PETERS, ESQ.<br>LAW OFFICES OF EBP<br>5450 VILLAGE DRIVE<br>VIERA FL 32955 | CREDITOR ID: 403577-94<br>ALLEN, GREGORY W<br>42 LITTLE FAWN TRAIL<br>ELLERSLIE GA 31807-0966 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 391013-55
ALLEN, HERBERT C
C/O: MR. DENNIS M. JANSSEN, ESQUIRE
DENNIS M. JANSSEN, P.A.
1219 W. DIXIE AVE.
LEESBURG FL 34748

CREDITOR ID: 385734-54
ALLEN, HERBERT C
3106 C.R. 421
LAKE PANASOFFKEE, FL 33538

CREDITOR ID: 375385-44
ALLEN, JAMES K
CHR DIV #1290
29 JAMES RD
FRANKLIN, NC 28734

CREDITOR ID: 406327-MS
ALLEN, JAMES W.
8228 ROYAL OAK COURT
MONTGOMERY AL 36117

CREDITOR ID: 406328-MS
ALLEN, JOEL H.
8459 PEBBLE ST.
JACKSONVILLE FL 32221

CREDITOR ID: 389247-54
ALLEN, KAREN
P.O. BOX 316
SYLVANIA AL 35988

CREDITOR ID: 393086-55
ALLEN, KAREN
C/O: M. ROY BRASWELL, ESQ.
SINIARD TIMBERLAKE & & LEAGUE PC
125 HOLMES AVENUE
P. O. BOX 2767
HUNTSVILLE AL 35804

CREDITOR ID: 389014-54
ALLEN, LANA
1498 NW 55TH TERRACE
MIAMI, FL 33142

CREDITOR ID: 392915-55
ALLEN, LANA
C/O: MARC L. BRUMER
BRUMER & BRUMER, P.A.
ONE SE 3RD AVE
SUITE 2900
MIAMI FL 33131

CREDITOR ID: 256194-12
ALLEN, MICHAEL
1362 UNION ST EXTENTION
APT 5A
BROOKHAVEN MS 39601

CREDITOR ID: 399814-84
ALLEN, MICHAEL UHRIG (MINOR)
12503 CASCARA DRIVE S
JACKSONVILLE FL 32225

CREDITOR ID: 387386-54
ALLEN, NANCY
110 HALF MOON CIRCLE #2
HYPOLUXO, FL 33462

CREDITOR ID: 385538-54
ALLEN, SUSIE
9964 GRANT STREET
NEW ORLEANS, LA 70127

CREDITOR ID: 390835-55
ALLEN, SUSIE
C/O VALTEAU HARRIS KOENIG & MAYER
ATTN STEVEN M KOENIG, ESQ
210 BARONNE STREET, SUITE 1410
NEW ORLEANS LA 70112

CREDITOR ID: 397848-76
ALLEN, TABITHA
3990 CR 510
WILDWOOD, FL 34785

CREDITOR ID: 406329-MS
ALLEN, WILLIAM R
71 CORAL ST
ATLANTIC BEACH FL 32233

CREDITOR ID: 385486-54
ALLEN, YOLANDA
17419 SW 142ND CT.
MIAMI, FL 33177

CREDITOR ID: 390786-55
ALLEN, YOLANDA
C/O: RICHARD A. GROSSMAN, ESQUIRE
WOLFSON & GROSSMAN, P.A.
11900 BISCAYNE BLVD
SUITE 760
MIAMI FL 33181

CREDITOR ID: 265366-31
ALLENS LDSCPG & IRRIGATION
ATTN: ALLEN SNAVELY
51 LAKESIDE AVE
UMATILLA FL 32784-8894

CREDITOR ID: 404101-95
ALLERGAN INC
DEPT LA 21457
PASADENA CA 91185-1457

CREDITOR ID: 241984-12
ALLERGAN INC
FILE 57413
LOS ANGELES, CA 90074-7413

CREDITOR ID: 406178-15
ALLERGAN, INC
ATTN WILLIAM N SCARFF JR, ESQ
2525 DUPONT DRIVE
IRVINE CA 92612

CREDITOR ID: 385570-54
ALLEY, CYNTHIA
63 MELS DRIVE
LAKELAND, FL 33813

CREDITOR ID: 390865-55
ALLEY, CYNTHIA
C/O LAW OFFICES OF BURNETTI, PA
ATTN DEAN BURNETTI, ESQ
211 S FLORIDA AVENUE
LAKELAND FL 33801-4621

CREDITOR ID: 377293-44
ALLEY, TERESA
ORL DIV STORE# 627
308 W FLORAL DR
TAMPA, FL 33613

CREDITOR ID: 241985-12
ALLFAX SPECIALTIES INC
130 JAMES DR E
ST ROSE, LA 70087

CREDITOR ID: 66-03
ALLGAS
3600 MERIDIAN STREET NORTH
HUNTSVILLE AL 35811

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**     **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241986-12<br>ALLGAS INC<br>3600 MERIDIAN ST<br>HUNTSVILLE AL 35811 | CREDITOR ID: 241987-12<br>ALLIANCE FIRE PROTECTION INC<br>PO BOX 1798<br>LOGANVILLE GA 30052 | CREDITOR ID: 241988-12<br>ALLIANCE FOR WORLD CLASS EDUCATION<br>4019 BLVD CENTER DRIVE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 241989-12<br>ALLIANCE HOLDING LLC<br>5500 PRYTANIA STREET<br>PMB 521<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 241990-12<br>ALLIANCE MARKETING GROUP LLC<br>PO BOX 1121<br>MAPLE VALLEY, WA 98038-1121 | CREDITOR ID: 269210-16<br>ALLIANCE SHIPPERS, INC<br>C/O RONALD HOROWITZ<br>TINDALL PROFESSIONAL PLAZA<br>14 TINDALL ROAD<br>MIDDLETOWN, NJ 07748 |
| CREDITOR ID: 241991-12<br>ALLIANT FOOD SERVICE<br>ATTN CREDIT DEPT<br>1125 WEEMS STREET<br>PEARL, MS 39208 | CREDITOR ID: 383964-47<br>ALLIANT FOOD SERVICE INC<br>PO BOX 281834<br>ATLANTA, GA 30384-1834 | CREDITOR ID: 241992-12<br>ALLIED AEROFOAM PRODUCTS LLC<br>PO BOX 863361<br>ORLANDO, FL 32886-3361 |
| CREDITOR ID: 241993-12<br>ALLIED CAPITAL CORPORATION<br>ACCT# 399572<br>PO BOX 630796<br>BALTIMORE, MD 21263-1796 | CREDITOR ID: 2050-07<br>ALLIED CAPITAL CORPORATION<br>TURNEY DUNHAM PLAZA PARTNERS<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 2049-07<br>ALLIED CAPITAL CORPORATION<br>PO BOX 10387<br>DES MOINES IA 50392-0387 |
| CREDITOR ID: 242018-12<br>ALLIED CAPITAL CORPORATION<br>ACCT# 751682<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 | CREDITOR ID: 381914-99<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN: G CROSS/L TANCREDIT/H FOLEY<br>1800 MERCANTILE BANK & TRUST BLDG<br>TWO HOPKINS PLAZA<br>BALTIMORE MD 21201 | CREDITOR ID: 1059-07<br>ALLIED CAPITAL REIT INC<br>ATTN: JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 |
| CREDITOR ID: 242019-12<br>ALLIED CAPITAL REIT INC<br>ATTN JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 | CREDITOR ID: 403472-99<br>ALLIED CAPTIAL CORPORATION<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LAFLEUR/RICHARD THAMES<br>121 W FORSYTH STREET, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 242020-12<br>ALLIED COMPRESSOR EXCHANGE<br>ATTN MARIA L FRICKERT, SEC/TREAS<br>2605 CLARK STREET, SUITE 105<br>APOPKA, FL 32703 |
| CREDITOR ID: 242021-12<br>ALLIED CONVERTER<br>64 DRAKE AVENUE<br>NEW ROCHELLE NY 10802 | CREDITOR ID: 242022-12<br>ALLIED ELECTRIC INC<br>PO BOX 5196<br>HUNTSVILLE, AL 35814-5196 | CREDITOR ID: 242023-12<br>ALLIED ELECTRONICS<br>PO BOX 2325<br>ACCTS RECEIVABLE<br>FORT WORTH TX 76113-2325 |
| CREDITOR ID: 242024-12<br>ALLIED FENCE COMPANY<br>PO BOX 276<br>MABLETON GA 30126 | CREDITOR ID: 2051-07<br>ALLIED FINANCE COMP. LMT. PRT.<br>PO BOX 242<br>BROOMALL PA 19008-0242 | CREDITOR ID: 242025-12<br>ALLIED GRAPHICS<br>PO BOX 274227<br>TAMPA FL 33688-4227 |
| CREDITOR ID: 242026-12<br>ALLIED INTERSTATE INC<br>DEPT 764<br>COLUMBUS OH 43265 | CREDITOR ID: 242027-12<br>ALLIED INTERSTATE INC EDUCATION<br>SERVER<br>PO BOX 361563<br>COLUMBUS OH 43236 | CREDITOR ID: 242028-12<br>ALLIED INTERSTATE WEST PALM BEACH<br>PO BOX 951510<br>CLEVELAND, OH 44193 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242029-12<br>ALLIED MATERIAL HANDLING LLC<br>5600 JEFFERSON HWY STE 190<br>HARAHAN LA 70123 | CREDITOR ID: 242030-12<br>ALLIED PLUMBING & SEWER SERVICE<br>ATTN: R P CONNAUGHTON, PRES<br>2459 ROYAL VIEW COURT<br>CINCINNATI, OH 45244 | CREDITOR ID: 242031-12<br>ALLIED PURCHASING<br>ATTN BRIAN JANSSEN, VP ADMIN<br>PO BOX 1249<br>MASON CITY, IA 50402 |
| CREDITOR ID: 242032-12<br>ALLIED SHEET METAL WORKS<br>612 CHARLES AVE<br>CHARLOTTE, NC 28205-1040 | CREDITOR ID: 397189-67<br>ALLIED VETERANS OF THE WORLD<br>551143 US HWY 1<br>HILLARD, FL 32046 | CREDITOR ID: 390107-54<br>ALLINGER, KIM<br>6131 WESTGATE DRIVE, APT 1105<br>ORLANDO, FL 32835 |
| CREDITOR ID: 393563-55<br>ALLINGER, KIM<br>C/O GREG W SAHLSTEN, PA<br>ATTN GREG W SAHLSTEN, ESQ<br>1115 EAST CONCORD STREET<br>ORLANDO FL 32803 | CREDITOR ID: 242033-12<br>ALLISON AIR CONDITIONING & ELECTRIC<br>PO BOX 372502<br>SATELLITE BEACH FL 32937-2502 | CREDITOR ID: 242035-12<br>ALLISON ELEMENTARY<br>4300 ALLISON ST<br>STORE#1753<br>NORWOOD OH 45212 |
| CREDITOR ID: 242036-12<br>ALLISON FENCE CO INC<br>PO BOX 35628<br>CHARLOTTE NC 28235 | CREDITOR ID: 404102-95<br>ALLJUICE FOOD & BEVERAGE LC<br>740 SOUTHEAST DALBEY DRIVE<br>ATTN ACCT REC<br>ANKENY IA 50021-3908 | CREDITOR ID: 242038-12<br>ALLJUICE FOOD & BEVERAGE LC<br>ATTN ACCT REC<br>740 SOUTHEAST DALBEY DRIVE<br>ANKENY, IA 50021-3908 |
| CREDITOR ID: 383965-47<br>ALLJUICE FOOD & BEVERAGE LC<br>12759 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0127 | CREDITOR ID: 263685-12<br>ALLMAN, TYRONNE W<br>8300 AQUA LANE<br>KANNAPOLIS, NC 28083 | CREDITOR ID: 241970-12<br>ALL-RITE FENCE CO INC<br>5143 OLD WINTER GARDEN RD<br>ORLANDO, FL 32811 |
| CREDITOR ID: 242039-12<br>ALLSHARP<br>ATTN: JAMES SMITH, PRES<br>PO BOX 850<br>GENEVA, FL 32732 | CREDITOR ID: 242040-12<br>ALLSHOPS HARDWARE INC<br>501 EAST 18TH STREET<br>OWENSBORO, KY 42303 | CREDITOR ID: 400520-88<br>ALLSTATE<br>C/O DE ANNE VAUGHN MURREY, ESQ.<br>2431 S. ACADIAN THRUWAY<br>SUITE 655<br>BATON ROUGE LA 70808 |
| CREDITOR ID: 242041-12<br>ALLSTATE BEVERAGE COMPANY<br>PO BOX 2308<br>MONTGOMERY, AL 36104 | CREDITOR ID: 242042-12<br>ALLTECH CONTROLS CORP<br>PO BOX 200217<br>HOUSTON TX 77216-0217 | CREDITOR ID: 381339-47<br>ALLTECH MECHANICAL SERVICES<br>577 MOULTON ROAD<br>LOUISBURG, NC 27549 |
| CREDITOR ID: 399731-15<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 | CREDITOR ID: 242045-12<br>ALLTEL<br>PO BOX 9001908<br>LOUISVILLE, KY 40290-1908 | CREDITOR ID: 242043-12<br>ALLTEL<br>PAID THREW P CARD<br>PO BOX 96019<br>CHARLOTTE, NC 28296-0019 |
| CREDITOR ID: 242044-12<br>ALLTEL<br>PO BOX 530533<br>ATLANTA, GA 30353-0533 | CREDITOR ID: 382379-51<br>ALLTEL COMMUNICATIONS<br>400 EAST BRYAN STREET<br>DOUGLAS, GA 31533 | CREDITOR ID: 243435-12<br>ALLTEN, BEV<br>3002 CYPRESS CREEK DR E<br>PONTE VEDRA BEACH FL 32082 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 242046-12
ALLTRISTA / DIAMOND BRANDS
345 S HIGH STREET
MUNCIE IN 47305

CREDITOR ID: 242049-12
ALLWIN DATA SERVICES
ONE WEST PACK SQUARE, SUITE 1400
ASHEVILLE, NC 28801

CREDITOR ID: 400124-86
ALLY, DINARE
1101 NW 17TH STREET
LAUDERDALE  LAKES  FL 33311

CREDITOR ID: 400125-86
ALLY, SAUDIA
C/O THOMAS & PEARL, PA
ATTN CHARLES A MANCUSO, ESQ
2404 NE 9TH STREET
FT  LAUDERDALE  FL 33304

CREDITOR ID: 242050-12
ALLYN C TIDBALL PE
2276 LAUREL GROVE LANE
ORANGE PARK, FL 32073

CREDITOR ID: 242052-12
ALMA HART
C/O YALABUSHA NURSING HOME
BOX 728
WATER VALLEY MS 38965

CREDITOR ID: 391735-55
ALMAN, CAROL SUSAN
C/O: MORRIS BART, ESQ.
MORRIS BART PLC
909 POYDRAS STREET
SUITE 2000
NEW ORLEANS LA 70112

CREDITOR ID: 387150-54
ALMAN, CAROL SUSAN
908 POYDVAS STREET #2000
NEW ORLEANS, LA 70112

CREDITOR ID: 389954-54
ALMEDA, MAILISE
3660 NW 15 AVENUE
LAUDERDALE LAKES, FL 33313

CREDITOR ID: 389954-54
ALMEDA, MAILISE
3460 NW 50TH AVE #B-204
FORT LAUDERDALE FL 33313

CREDITOR ID: 387960-54
ALMONOR, MARTHA
3981 NW 31 AVE
LAUDERDALE LAKES, FL 33309

CREDITOR ID: 392242-55
ALMONOR, MARTHA
C/O: LAURA EZRY, ESQUIRE
1975 EAST SUNRISE BLVD #502
FT. LAUDERDALE FL 33304

CREDITOR ID: 242054-12
ALMOST AIRTIGHT
6746 DANISON BLVD
ORCHARD LAKE MI 48324

CREDITOR ID: 242055-12
ALOHA UTILITIES
6915 PERRINE RANCH RD
NEW PORT RICHEY, FL 34655-3904

CREDITOR ID: 404103-95
ALOHA UTILITIES
2514 ALOPHA PLACE
HOLIDAY FL 34691

CREDITOR ID: 387975-54
ALONSO, XIOMARA
1939 45TH TERRACE SW
NAPLES, FL 34116

CREDITOR ID: 392256-55
ALONSO, XIOMARA
C/O DEPENA & DEPENA, P.A
ATTN FRANK E. DEPENA, ESQ.
1810 JACKSON STREET
FORT MYERS FL 33901

CREDITOR ID: 404104-95
ALPHA COMM ENT INC
1378 ROSWELL ROAD
MARIETTA GA 30062

CREDITOR ID: 242056-12
ALPHA COMM ENT INC
503 COMMERCE PARK DRIVE
SE SUITE 1
MARIETTA, GA 30060

CREDITOR ID: 404105-95
ALPHA COMMUNICATIONS
P O BOX 37224
JACKSONVILLE FL 32236

CREDITOR ID: 242057-12
ALPHA COMMUNICATIONS INC
ATTN: DANIEL L O'NEAL, PRES
PO BOX 37071
JACKSONVILLE, FL 32236-7071

CREDITOR ID: 242058-12
ALPHA KAPPA ALPHA SORORITY INC
PO BOX 994
ORANGE PARK FL 32067

CREDITOR ID: 242059-12
ALPHA LOCK COMPANY
915 MOUNT VERNON RD
VIDALIA, GA 30474-3105

CREDITOR ID: 242060-12
ALPHA MACHINE REPAIR
8812 VENTURE COVE
TAMPA FL 33647

CREDITOR ID: 383067-51
ALPHA SCRIPT INC
6560 N SCOTTSDALE ROAD, SUITE G-216
SCOTTSDALE, AZ 85267-4999

CREDITOR ID: 242061-12
ALPHA SERVICES
PO BOX 8
CLANTON, AL 35046

CREDITOR ID: 404106-95
ALPHA SERVICES
1008 LAY DAM RD
CLANTON AL 35045

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242062-12<br>ALPHA STORE FIXTURES<br>PO BOX 610323<br>BIRMINGHAM AL 35261-0323 | CREDITOR ID: 383966-47<br>ALPHA TO OMEGA<br>PO BOX 116132<br>ATLANTA, GA 30368613 | CREDITOR ID: 383967-47<br>ALPHARMA USPD INC<br>PO BOX 90275<br>CHICAGO, IL 60696-0275 |
| CREDITOR ID: 242064-12<br>ALPHARMA USPD INC<br>PO BOX 8500-50360<br>PHILADELPHIA, PA 19178-8500 | CREDITOR ID: 242065-12<br>ALPHASEARCH EXCECUTIVE RECRUITMENT<br>PO BOX 1078<br>CARSON CITY, NV 89702 | CREDITOR ID: 242066-12<br>ALPINE BATTERY CO INC<br>6994 RELIABLE PARKWAY<br>CHICAGO IL 60686 |
| CREDITOR ID: 242067-12<br>ALPINE MARKETING CORPORATION<br>9300 NW 58TH STREET<br>STE 201<br>MIAMI FL 33178 | CREDITOR ID: 242068-12<br>ALPINE PLASTICS INC<br>PO BOX 532622<br>ATLANTA GA 30353-2622 | CREDITOR ID: 242069-12<br>ALRO GROUP<br>PO BOX 860673<br>ORLANDO FL 32886-0673 |
| CREDITOR ID: 242070-12<br>ALRO METALS SERVICE<br>PO BOX 860673<br>ORLANDO FL 32886-0673 | CREDITOR ID: 242071-12<br>ALRO METALS SERVICE CENTER<br>ATTN MARTIN KORN<br>6200 PARK OF COMMERCE BLVD<br>BOCA RATON FL 33487 | CREDITOR ID: 242072-12<br>ALRO STEEL CORPORATION<br>PO BOX 860673<br>ORLANDO FL 32886-0673 |
| CREDITOR ID: 242073-12<br>ALS MOBILE REPAIR<br>4488 WHISPERING PINE<br>FORT PIERCE, FL 34982 | CREDITOR ID: 1012-07<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE GA 31010 | CREDITOR ID: 260173-12<br>ALSDORF, RUSSELL E<br>558 GREENPLACE<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 386281-54<br>ALSOBROOK, DOROTH<br>5956 E. DEVON LANE<br>INVERNESS FL 34452 | CREDITOR ID: 391398-55<br>ALSOBROOK, DOROTH<br>C/O: JAMES DAVIS, ESQ.<br>280 W. CANTON AVE., STE. 100<br>WINTER PARK FL 32789 | CREDITOR ID: 406330-MS<br>ALSTER (DENNIS), VALERIE<br>9532 VIA ELEGANT<br>WELLINGTON FL 33411 |
| CREDITOR ID: 395537-15<br>ALSTON & BIRD LLP<br>ATTN WENDY REINGOLD REISS, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309-3424 | CREDITOR ID: 242074-12<br>ALSTON REFRIGERATION CO INC<br>ATTN SHEREE BEAN, OFF MGR<br>PO BOX 9892<br>MOBILE, AL 36691 | CREDITOR ID: 386943-54<br>ALSTON, CHRIS<br>10441 INDIAN WALK RD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 242075-12<br>ALTA REFRIGERATION INC<br>403 DIVIDEND DRIVE<br>PEACHTREE CITY, GA 30269-1905 | CREDITOR ID: 381731-15<br>ALTADIS USA<br>ATTN MIRIAM PIEDRA, CR MGR<br>5900 N ANDREWS AVE<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 404108-95<br>ALTADIS USA INC<br>P O BOX 100580<br>ATLANTA GA 30384 |
| CREDITOR ID: 381985-36<br>ALTADIS USA INC<br>JOSEPH CLARK<br>5900 N ANDREWS AVE<br>FORT LAUDERDALE FL 33309-2369 | CREDITOR ID: 242076-12<br>ALTADIS USA INC<br>PO BOX 932985<br>ATLANTA, GA 31193-2985 | CREDITOR ID: 392228-55<br>ALTAMAR, AMADA L<br>C/O JORGE A DUARTE, PA<br>ATTN JORGE A DUARTE, ESQ<br>5975 SUNSET DRIVE, SUITE 601<br>SOUTH MIAMI FL 33143 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 390433-54
ALTAMAR, AMADA L
124 SE 4TH ST. #5
HALLANDALE, FL 33009

CREDITOR ID: 265368-31
ALTAMIRA DESIGN & COMMON SENSE
ATTN: HARRY HOUSEN
591 N HIGHLAND AVE NE
ATLANTA GA 30307-1438

CREDITOR ID: 403378-99
ALTAMONTE SSG INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN: R J MCINTYRE/L R FERNANDEZ
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 1060-07
ALTAMONTE SSG INC.
27001 US HIGHWAY 19, N., STE. 2095
CLEARWATER FL 33761

CREDITOR ID: 407606-15
ALTAMONTE SSG, INC.
C/O TRENAM KEMKER SCHARF ET AL
ATTN RICHARD MCINTYRE ESQ
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 383968-47
ALTAVISTA JOURNAL
ATTN: TERRI S AYERS
PO BOX 530
CHATHAM, VA 24531

CREDITOR ID: 242078-12
ALTAVISTA JOURNAL
PO BOX 630
ALTAVISTA, VA 24517-0630

CREDITOR ID: 242079-12
ALTECH CONTROLS
PO BOX 3385
BRYAN, TX 77805

CREDITOR ID: 279447-29
ALTECH CONTROLS
ATTN SHIRLEY STEWART
1545 INDUSTRIAL DRIVE
MISSOURI CITY TX 77489

CREDITOR ID: 242080-12
ALTERNATIVE AIR COMPRESSOR COMPANY
4053 BEN HILL ROAD
VALDOSTA, GA 31606

CREDITOR ID: 242081-12
ALTERNATIVE COMPUTER PRODUCTS CORP
1120 HOLLAND DR  STE 5
BOCA RATON, FL 33487

CREDITOR ID: 242082-12
ALTERNATIVE ELECTRICAL SERVICES INC
ATTN THOMAS ROBERTS, PRES
PO BOX 58479
LOUISVILLE, KY 40268-0479

CREDITOR ID: 242083-12
ALTERNATIVE WASTE SERVICES
PO BOX 1267
BELLEVIEW, FL 34421-1267

CREDITOR ID: 242084-12
ALTERNATOR & STARTER REPAIR
5646 JASON LEE PLACE
SARASOTA FL 34233

CREDITOR ID: 242085-12
ALTITUDE WHOLESALE CO
2375 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 242087-12
ALUMA SHIELD INDUSTRIES INC
C/O METECNO-ALUMA SHIELD
ATTN ROBERT H BARTLETT, CORP CR MGR
725 SUMMERHILL DR
DELANO FL 32724

CREDITOR ID: 242088-12
ALUMI NEX MOLD INC
155 CHASE AVE
WEBSTER, MA 01570

CREDITOR ID: 382380-51
ALUMINUM COMPANY OF AMERICA
1501 ALCOA BUILDING
PITTSBURGH, PA 15219

CREDITOR ID: 381107-47
ALUMINUM DISTRIBUTING INC
2930 SW 2ND AVENUE
FT LAUDERDALE, FL 33315

CREDITOR ID: 242090-12
ALVA/AMCO PHARMACAL CO
7711 MERRIMAC AVENUE
NILES, IL 60714

CREDITOR ID: 399354-15
ALVA-AMCO PHARMACAL CO, INC
ATTN JEANNE HANLEY, AR MGR
7711 MERRIMAC AVE
NILES IL 60714

CREDITOR ID: 389461-54
ALVARADO, JEFFERY
207 LIVE OAK LANE
BOYNTON BEACH FL 33436

CREDITOR ID: 399772-84
ALVARADO, MAYRA
12365 SW 151ST ST.
APT.# C-114
MIAMI FL 33186

CREDITOR ID: 400240-85
ALVARADO, MAYRA
C/O JOHN H. RUIZ, P.A.
JOHN H. RUIZ, P.A.
198 N. DOUGLAS RD.
MIAMI FL 33125

CREDITOR ID: 388023-54
ALVAREZ, ANA
11271 WINDTREE DR. E
JACKSONVILLE, FL 32258

CREDITOR ID: 392299-55
ALVAREZ, ANA
C/O: RONALD J. DAVIS, II
RONALD J. DAVIS, II, P.A.
551 E. LAZY MEADOW DR.
JACKSONVILLE FL 32225

CREDITOR ID: 381604-47
ALVAREZ, ANTONIO L
1655 W 44 PLACE, APT 519
HIALEAH, FL 33012

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 385303-54
ALVAREZ, DIANE
1901 NW SOUTH RIVER DR, APT 36
MIAMI, FL 33125

CREDITOR ID: 390611-55
ALVAREZ, DIANE
C/O: JORGE FORS
FORS LAW FIRM
1108 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

CREDITOR ID: 387084-54
ALVAREZ, JOSEFA
240 SW 67 CT
MIAMI FL 33144

CREDITOR ID: 385600-54
ALVAREZ, SOL
7711 NW 39TH ST.
HOLLYWOOD, FL 33024

CREDITOR ID: 388986-54
ALVEREZ, LORI
1389 NW 9TH AVENUE
FORT LAUDERDALE, FL 33311

CREDITOR ID: 392888-55
ALVEREZ, LORI
C/O: BRIAN H ADLER ESQ.
BADER & STILLMAN
6100 WEST ATLANTIC BLVD.
MARGATE FL 33063

CREDITOR ID: 242091-12
ALVEY INC
PO BOX 60843
CHARLOTTE, NC 28260-0843

CREDITOR ID: 242092-12
ALVEY LAW OFFICES
PO BOX 1675
OWENSBORO, KY 42302

CREDITOR ID: 242093-12
ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO, CA 94118

CREDITOR ID: 2052-07
ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO, CA 94118

CREDITOR ID: 315725-40
ALVIN B CHAN INC
C/O TYLER A CHAN VP
5 BEACONSFIELD COURT
ORINDA, CA 94563

CREDITOR ID: 1062-07
ALVIN B CHAN INC.
C/O TYLER A. CHAN VP
5 BEACONSFIELD COURT
ORINDA CA 94563

CREDITOR ID: 242095-12
ALVIN WYNN ELECTRIC CO
PO BOX 1002
FITZGERALD, GA 31750-1002

CREDITOR ID: 260141-12
ALY, RUBY
85 NW 51 STREET
MIAMI FL 33127

CREDITOR ID: 387544-54
ALZEIDEH, FATIMA
962 N. JERICO DR.
CASSELBERRY FL 32707

CREDITOR ID: 242100-12
ALZHEIMERS ASSOCIATION
N CENTRAL FL CHAPTER
1831 NW 13TH ST  STE #4
GAINESVILLE FL 32609

CREDITOR ID: 242099-12
ALZHEIMERS ASSOCIATION
635 WICKHAM ROAD, SUITE 240
MELBOURNE, FL 32904

CREDITOR ID: 242101-12
AM EQUIP
390 BUCHANAN STREET
DALLAS, GA 30157

CREDITOR ID: 242102-12
AM GROUP INC
6127 NORTHWEST 104TH TERRACE
KANSAS CITY, MO 64154

CREDITOR ID: 242103-12
AM INDUSTRIES INC
3116 AMESBURY
DULUTH, GA 30096-5860

CREDITOR ID: 242104-12
AM SOUTH BANK
COMMERCIAL ACCOUNT ANALYSIS
PO BOX 11407
BIRMINGHAM, AL 35246-0118

CREDITOR ID: 373614-44
AMABE DISTRIBUTORS
3166 OAKCLIFF INDUSTRIAL STREET
DORAVILLE GA 30340

CREDITOR ID: 389869-54
AMADOR, ESPERANZA
4616 1/2 CONTI ST
NEW ORLEANS, LA 70119-4441

CREDITOR ID: 393408-55
AMADOR, ESPERANZA
C/O: RIGUER J. SILVA
RIGUER J. SILVA
4902 CANAL ST.
STE 201
NEW ORLEANS LA 70119

CREDITOR ID: 243345-12
AMARO, BERNARDO
335 W 68TH STEET
201
HIALEAH FL 33014

CREDITOR ID: 386162-54
AMAYA, ROSA
8540 SW 149TH AVE
APT 809
MIAMI, FL 33193

CREDITOR ID: 242106-12
AMAZING TASTE FOODS INC
PO BOX 53
2633 COAL CANYON ROAD
MALIBU, CA 90265

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242107-12<br>AMAZON HOSE & RUBBER COMPANY<br>3950 NORTH MIAMI AVENUE<br>MIAMI, FL 33137 | CREDITOR ID: 242109-12<br>AMAZON HOSE & RUBBER COMPANY<br>PO BOX 547665<br>ORLANDO, FL 32854-7665 | CREDITOR ID: 242108-12<br>AMAZON HOSE & RUBBER COMPANY<br>PO BOX 370673<br>MIAMI, FL 33137-0673 |
| CREDITOR ID: 242110-12<br>AMBA<br>6863 N E 3 AVENUE<br>MIAMI, FL 33138 | CREDITOR ID: 242111-12<br>AMBEC INC<br>10330 SOUTH DOLFIELD ROAD<br>OWINGS MILLS MD 21117 | CREDITOR ID: 403499-15<br>AMBEC, INC<br>ATTN ROBERT SUNDERLAND, CONTROLLER<br>50 GWYNNS MILL CT<br>OWINGS MILLS MD 21117 |
| CREDITOR ID: 278405-25<br>AMBERJACK LTD<br>PO BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 278616-25<br>AMBERJACK, LTD<br>SOUTHTRUST BANK OF ALABAMA<br>NATIONAL BANKING ASSOC.<br>PO BOX 2554<br>BIRMINGHAM AL 35290 | CREDITOR ID: 242112-12<br>AMBIRON LLC<br>DEPARTMENT 4912<br>CAROL STREAM, IL 60122-4912 |
| CREDITOR ID: 373627-44<br>AMCO FOODS DISTRIBUTION<br>1701 A BLOUNT ROAD<br>POMPANO BEACH FL 33069 | CREDITOR ID: 242113-12<br>AMCO PRODUCTS CO<br>ATTN WENDELL S MARFLIN, PRES<br>501 SOUTH PHOENIX<br>PO BOX 145<br>FT SMITH, AR 72902 | CREDITOR ID: 242114-12<br>AMCOM THEATER<br>2576 US HWY 231<br>WETUMKA, AL 36093 |
| CREDITOR ID: 382381-51<br>AMCOR<br>10521 S. HIGHWAY M-52<br>MANCHESTER, MI 48158 | CREDITOR ID: 242116-12<br>AMCOR PET PACKAGING<br>PO BOX 93748<br>CHICAGO, IL 60673-3748 | CREDITOR ID: 242115-12<br>AMCOR PET PACKAGING<br>PO BOX 905060<br>CHARLOTTE, NC 28290-5060 |
| CREDITOR ID: 249189-12<br>AMEDEE, ETZER<br>2385 NE 173RD STREET, APT A116<br>NORTH MIAMI BEACH, FL 33160 | CREDITOR ID: 260074-12<br>AMEDEE, ROY F<br>5922 MARSHALL FOCH<br>NEW ORLEANS LA 70124 | CREDITOR ID: 406331-MS<br>AMEDEE, ROY F.<br>5922 MARSHALL FOCH<br>NEW ORLEANS LA 70124 |
| CREDITOR ID: 242117-12<br>AMELIA ELEMENTARY<br>5 MAIN ST<br>STORE#1777<br>AMELIA OH 45102 | CREDITOR ID: 242118-12<br>AMELIA ISLAND IMAGES<br>PO BOX 1945<br>YULEE, FL 32041-1945 | CREDITOR ID: 242119-12<br>AMELIA MIDDLE SCHOOL<br>1341 CLOUGH PIKE<br>BATAVIA OH 45103 |
| CREDITOR ID: 242120-12<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 315727-40<br>AMELIA STATION LTD<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 |
| CREDITOR ID: 315933-41<br>AMELIA STATION, LTD.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 242122-12<br>AMERATRON PRODUCTS INC<br>PO BOX 659<br>SUFFERN NY 10901-0659 | CREDITOR ID: 242123-12<br>AMERI COLD STORAGE<br>121 ROSEWAY DR<br>THOMASVILLE GA 31792 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242124-12<br>AMERI SERV WATER TECHNOLOGY LLC<br>PO BOX 65010<br>ORANGE PARK FL 32065-5010 | CREDITOR ID: 242126-12<br>AMERICAN AIR COMPRESSOR SYS<br>4051 NE 6TH AVE<br>FORT LAUDERDALE FL 33334-2235 | CREDITOR ID: 242127-12<br>AMERICAN AIR SPECIALIST<br>ASSOCIATED RECEIVABLE FUNDING INC<br>PO BOX 16253<br>GREENVILLE SC 29606 |
| CREDITOR ID: 242128-12<br>AMERICAN AIR SPECIALIST INC<br>PO BOX 162<br>HATTIESBURG, MS 39402 | CREDITOR ID: 242129-12<br>AMERICAN AIRWORKS<br>ATTN JULIE MILLS, ACCTS MGR<br>209 E MAIN ST<br>PO BOX 1000<br>SOPHIA WV 25921-1000 | CREDITOR ID: 242130-12<br>AMERICAN ARMS<br>PO BOX 10402<br>JEFFERSON LA 70181 |
| CREDITOR ID: 373629-44<br>AMERICAN AUTO & TRUCK ELECTRIC<br>646 ATANDO AVENUE<br>CHARLOTTE, NC 28206 | CREDITOR ID: 242131-12<br>AMERICAN AUTO & TRUCK ELECTRIC INC<br>ATTN: KAREN HELMS, OFF MGR<br>646 ATANDO AVENUE<br>CHARLOTTE, NC 28206 | CREDITOR ID: 242132-12<br>AMERICAN BAKERIES CO<br>PO BOX 591<br>ROCKY MOUNT, NC 27802 |
| CREDITOR ID: 278732-28<br>AMERICAN BANK NOTE COMPANY, AGENT<br>US POSTAL SERVICE<br>ATTN BRUCE ACKERMAN, VP BUS DEV<br>2520 METROPOLITAN DRIVE<br>TREVOSE PA 19053 | CREDITOR ID: 242133-12<br>AMERICAN BAR ASSOCIATION<br>PO BOX 4745<br>CAROL STREAM IL 60197-4745 | CREDITOR ID: 373630-44<br>AMERICAN BEAUTY A CA GP<br>C/O CONTINENTAL REAL ESTATE<br>2665 S BAYSHORE DRIVE SUITE 1002<br>MIAMI, FL 33133 |
| CREDITOR ID: 242134-12<br>AMERICAN BEAUTY GP<br>PO BOX 409085<br>C/O CONTINETAL REAL ESTATE CO<br>ATLANTA GA 30384-9085 | CREDITOR ID: 242136-12<br>AMERICAN BEVERAGE CORP<br>PO BOX 360369<br>PITTSBURGH, PA 15251-6369 | CREDITOR ID: 404112-95<br>AMERICAN BEVERAGE CORP<br>DAILY JUICE PRODUCTS DIVISION<br>ONE DAILY WAY<br>ATTN: MARK KASZUBOWSKI<br>VERONA PA 15147 |
| CREDITOR ID: 242137-12<br>AMERICAN BLANCHING COMPANY<br>PO BOX 1028<br>155 RIP WILEY ROAD<br>FITZGERALD, GA 31750 | CREDITOR ID: 404113-95<br>AMERICAN BOTTLING COMPANY SBI<br>21436 NETWORK PLACE<br>CHICAGO IL 60673-1214 | CREDITOR ID: 242139-12<br>AMERICAN BOTTLING COMPANY SBI<br>21431 NETWORK PLACE<br>CHICAGO, IL 60673-1214 |
| CREDITOR ID: 381144-47<br>AMERICAN BOWLING CONGRESS<br>7906 WRENWOOD BLVD, SUITE B<br>BATON ROUGE, LA 70809 | CREDITOR ID: 242140-12<br>AMERICAN BUSINESS PERSONNEL SVCS<br>4660 DUKE DRIVE, SUITE 380<br>MASON OH 45040 | CREDITOR ID: 242145-12<br>AMERICAN CANCER SOCIETY<br>815 GREENWOOD DRIVE<br>ATTN JANICE MATHIS<br>NORTH AUGUSTA, SC 29841 |
| CREDITOR ID: 242142-12<br>AMERICAN CANCER SOCIETY<br>1601 WEST COLONIAL DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 242147-12<br>AMERICAN CANCER SOCIETY<br>PO BOX 490395<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 242143-12<br>AMERICAN CANCER SOCIETY<br>3054 - C MCGEHEE ROAD<br>MONTGOMERY, AL 36111 |
| CREDITOR ID: 242148-12<br>AMERICAN CANCER SOCIETY<br>TEE UP FOR LIFE<br>805 DOUGLAS AVE SUITE 161<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 242144-12<br>AMERICAN CANCER SOCIETY<br>4572 SEVEN PATH ROAD<br>SPRING HOPE, NC 27882 | CREDITOR ID: 382382-51<br>AMERICAN CANCER SOCIETY<br>1430 PRUDENTIAL DRIVE<br>JACKSONVILLE, FL 32207 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 242146-12
AMERICAN CANCER SOCIETY
MADERIA BEACH RELAY FOR LIFE
4801 86TH AVE NORTH
PINELLAS PARK FL 33782

CREDITOR ID: 242149-12
AMERICAN CANCER SOCIETY RELAY
FOR LIFE
1 BLACK BEAR ROAD
CANTON NC 28716

CREDITOR ID: 381471-47
AMERICAN CANCER SOCIETY RELAY FOR LIFE
1 BLACK BEAR ROAD
CANTON, NC 28716

CREDITOR ID: 403202-92
AMERICAN CANDY COMPANY
C/O HASKETT SLAUGHTER YOUNG ET AL
ATTN MEREDITH JOWERS LEES, ESQ
1400 PARK PLACE TOWER
2001 PARK PLACE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 242150-12
AMERICAN CARGO
301 KEITH STREET SW, SUITE 106
CLEVELAND TN 37311

CREDITOR ID: 381432-47
AMERICAN CASTER & MATERIAL HANDLING INC
2603 N E INDUSTRIAL DRIVE
KANSAS CITY NORTH, MO 64117

CREDITOR ID: 242151-12
AMERICAN COFFEE CO INC
PO BOX 52018
NEW ORLEANS, LA 70152-2018

CREDITOR ID: 242152-12
AMERICAN COLD STORAGE
KENTUCKY DIVISION
3468 RELIABLE PARKWAY
CHICAGO, IL 60686-0034

CREDITOR ID: 406306-G5
AMERICAN COLD STORAGE-NORTH AMERICA
607 INDUSTRY ROAD
LOUISVILLE KY 40208

CREDITOR ID: 315728-40
AMERICAN COMMERCIAL REALTY CO
ROEBUCK MARKETPLACE
C/O AMERICAN COMMERCIAL REALIT
PO BOX 534310
ATLANTA, GA 30353-4310

CREDITOR ID: 1065-07
AMERICAN COMMERCIAL REALTY
4400 PGA BOULEVARD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 242154-12
AMERICAN COMMERCIAL REALTY
4400 PGA BOULEVARD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 315934-41
AMERICAN COMMERCIAL REALTY CORP.
RE: ROEBUCK MARKETPLACE
4400 PGA BLVD. SUITE# 305
PALM BEACH GARDENS FL 33410

CREDITOR ID: 242155-12
AMERICAN COMMUNICATIONS
8436 DUSKIN COURT
JACKSONVILLE, FL 32216

CREDITOR ID: 404115-95
AMERICAN DAIRY BRAND
PO BOX 909700
KANSAS CITY MO 64190-9700

CREDITOR ID: 242156-12
AMERICAN DAIRY BRAND
12252 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 381006-47
AMERICAN EGG PRODUCTS
PO BOX 408
BLACKSHEAR, GA 31516

CREDITOR ID: 395536-15
AMERICAN ELECTRIC POWER
ATTN DEBRA CROUCH
PO BOX 2021
ROANOKE VA 24022-2121

CREDITOR ID: 403242-79
AMERICAN ELECTRIC POWER
ATTN: GINA E MAZZEI, ESQ
LEGAL DEPT
PO BOX 1986
CHARLESTON WV 25327-1986

CREDITOR ID: 383970-47
AMERICAN ELECTRIC POWER
PO BOX 24401
CANTON OH 44701

CREDITOR ID: 242158-12
AMERICAN ELECTRONIC SUPPLY CO INC
ATTN: TED SELF, PRES
13 WEST PARK CIRCLE
BIRMINGHAM, AL 35211

CREDITOR ID: 265369-31
AMERICAN ENVRMNTAL JUSTICE PRJ
ATTN: JOHNNIE M TASKER
1024 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70117-8402

CREDITOR ID: 242159-12
AMERICAN EQUIPMENT RENTAL INC
1651 NORTH POWERLINE RD
POMPANO BEACH FL 33069-1295

CREDITOR ID: 406199-G4
AMERICAN EXPRESS
WORLD FINANCIAL CENTER
NEW YORK NY 10285

CREDITOR ID: 395255-63
AMERICAN EXPRESS
6997 SYDNEY COURT
SUMMERFIELD, NC 27358

CREDITOR ID: 242160-12
AMERICAN EXPRESS
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2602

CREDITOR ID: 395488-64
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY INC.
4315 SOUTH 2700 WEST
SALT LAKE CITY, UT 84184

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ZukinCapital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242161-12<br>AMERICAN FABRIC FILTER CO<br>DIVISION OF SIFTER PARTS & SVC<br>PO BOX 7560<br>WESLEY CHAPEL FL 33543 | CREDITOR ID: 242162-12<br>AMERICAN FAMILY CARE<br>2147 RIVERCHASE OFFICE ROAD<br>HOOVER AL 35244 | CREDITOR ID: 242164-12<br>AMERICAN FAMILY CARE<br>PO BOX 11407<br>DRAWER 0170<br>BIRMINGHAM AL 35246-0170 |
| CREDITOR ID: 242163-12<br>AMERICAN FAMILY CARE<br>PASCAGOULA<br>PO BOX 830876 DRAWER 725<br>BIRMINGHAM AL 35283-0876 | CREDITOR ID: 242165-12<br>AMERICAN FAMILY CARE CENTERS<br>PO BOX 830810<br>BIRMINGHAM, AL 35283-0810 | CREDITOR ID: 2054-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 242166-12<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 242167-12<br>AMERICAN FENCE COMPANY INC<br>225 SOUTH EDGEWOOD AVENUE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 242168-12<br>AMERICAN FIRE & SAFETY CO-FIREMSTER<br>2511 HWY 15 NORTH<br>PO BOX 221<br>LAUREL MS 39441 |
| CREDITOR ID: 242169-12<br>AMERICAN FIRE & SAFETY INC<br>3310 E ADAMS<br>TEMPLE, TX 76501 | CREDITOR ID: 242170-12<br>AMERICAN FIRE EXTG INC<br>3207 PEACHTREE RD #101<br>BALCH SPRINGS TX 75180 | CREDITOR ID: 393701-58<br>AMERICAN FIREWORKS<br>4511 HELTON DRIVE, INDUSTRIAL PARK<br>PO BOX 1318<br>FLORENCE, AL 35630 |
| CREDITOR ID: 242171-12<br>AMERICAN FLEECE ASSOCIATES INC<br>ONE 43RD STREET<br>BROOKLYN, NY 11232 | CREDITOR ID: 242172-12<br>AMERICAN FOOD DISTRIBUTORS<br>NW 5420<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5420 | CREDITOR ID: 404116-95<br>AMERICAN FOOD DISTRIBUTORS<br>135 S LASALLE DEPT 5317<br>CHICAGO IL 60674-5317 |
| CREDITOR ID: 279138-33<br>AMERICAN FOOD DISTRIBUTORS<br>MACCO & STERN LLP<br>135 PINELAWN ROAD<br>SUITE 120 SOUTH<br>MELVILLE NY 11747 | CREDITOR ID: 279173-99<br>AMERICAN FOOD DISTRIBUTORS INC<br>C/O MACCO & STERN LLP<br>ATTN: RICHARD L STERN, ESQ<br>135 PINELAWN RD, STE 120 SOUTH<br>MELVILLE NY 11747 | CREDITOR ID: 242173-12<br>AMERICAN FOOD DISTRIBUTORS INC<br>PO BOX 26257<br>NEW YORK NY 10087-6257 |
| CREDITOR ID: 400438-15<br>AMERICAN FOOD DISTRIBUTORS, INC<br>ATTN LEN KANTER, VP<br>325 WIRELESS BLVD<br>HAUPPAUGE NY 11788 | CREDITOR ID: 400438-15<br>AMERICAN FOOD DISTRIBUTORS, INC<br>C/O MACCO & STERN<br>ATTN RICHARD L STERN, ESQ<br>135 PINELAWN ROAD<br>MELVILLE NY 11747 | CREDITOR ID: 383971-47<br>AMERICAN FOODS GROUP<br>DANIEL URFER<br>544 ACME ST<br>GREEN BAY, WI 54302 |
| CREDITOR ID: 242174-12<br>AMERICAN FREIGHT BROKERAGE LLC<br>10200 W 44TH AVENUE #220<br>WHEAT RIDGE CO 80033 | CREDITOR ID: 278846-30<br>AMERICAN FRUIT & PRODUCE<br>12805 NW 42ND AVENUE<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 404117-95<br>AMERICAN FRUIT & PRODUCE<br>1344 NW 23RD ST<br>MIAMI FL 33142 |
| CREDITOR ID: 278068-23<br>AMERICAN GATEWAY BANK<br>ATTN: BOOKKEEPER<br>PO BOX 500<br>PORT ALLEN LA 70767 | CREDITOR ID: 242176-12<br>AMERICAN GENERAL FINANCE<br>C/O MECKLENBURG GEN DIST CT<br>1294 JEFFERSON STREET<br>BOYDTON, VA 23917 | CREDITOR ID: 242177-12<br>AMERICAN GENERAL FINANCE OF<br>AMERICA INC<br>C/O HENRICO GEN DIST CT<br>PO BOX 27032<br>RICHMOND, VA 23273 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 242178-12
AMERICAN GENERAL FINANCE OF AMERICA
24 NORTH MARKET STREET
500 LAW EXCHANGE BUILDING
C/O SIDNEY E LEWIS ESQUIRE
JACKSONVILLE, FL 32202

CREDITOR ID: 242179-12
AMERICAN GENERAL FINANCE OF AMERICA
C/O LORI L COONEY ESQ
PO BOX 330285
COCONUT GROVE FL 33233

CREDITOR ID: 242180-12
AMERICAN GENERAL INVESTMENT MGMT LP
PO BOX 201624
HOUSTON TX 77216-1624

CREDITOR ID: 242181-12
AMERICAN GLASS & MIRROR CO
PO BOX 1425
VALDOSTA GA 31603-1425

CREDITOR ID: 242182-12
AMERICAN GLASS CO
PO BOX 2447
COLUMBUS MS 39704

CREDITOR ID: 242183-12
AMERICAN GLASS INC
PO BOX 162231
ALTAMONTE SPRINGS FL 32716-2231

CREDITOR ID: 381222-47
AMERICAN GLASS RESOURCES
6401-1 NORTH TRYON STREET
CHARLOTTE, NC 28213

CREDITOR ID: 242184-12
AMERICAN GLASS WORKS
PO BOX 15768
WILMINGTON NC 28408

CREDITOR ID: 242185-12
AMERICAN GLOBAL FOODS
PO BOX 520695
MIAMI FL 33152

CREDITOR ID: 242186-12
AMERICAN GRAMAPHONE
9130 MORMON BRIDGE ROAD
OMAHA NE 68152

CREDITOR ID: 242187-12
AMERICAN GRANBY INC
PO BOX 5293
SYRACUSE NY 13220-5293

CREDITOR ID: 242188-12
AMERICAN GRAPHIC ENTERPRISES INC
648-3 E UNION
JACKSONVILLE FL 32206

CREDITOR ID: 242189-12
AMERICAN GREETING CORPORATION
ONE AMERICAN ROAD
CLEVELAND OH 44144

CREDITOR ID: 242190-12
AMERICAN HANDYMAN
PO BOX 57187
JACKSONVILLE FL 32241

CREDITOR ID: 242191-12
AMERICAN HEART ASSOCIATION
5851 ST AUGUSTINE RD
JACKSONVILLE FL 32207

CREDITOR ID: 373639-44
AMERICAN HERITAGE LIFE INS CO
1776 AMERICAN HERITAGE LIFE DR
ATTN TERRY THOMPSON
JACKSONVILLE, FL 32224

CREDITOR ID: 242192-12
AMERICAN HERMETICS OF MIAMI INC
ATTN: ALBERT A LAMELAS
7478 NW 55TH STREET
MIAMI, FL 33166

CREDITOR ID: 242193-12
AMERICAN HOME FOODS
PO BOX 494
DERBY, CT 06418

CREDITOR ID: 242194-12
AMERICAN IMAGING MACHINES
11657 CENTRAL PARKWAY, SUITE 401
JACKSONVILLE, FL 32224

CREDITOR ID: 242195-12
AMERICAN IMPORTING CO INC
2112 BROADWAY ST N E
MINNEAPOLIS, MN 55413

CREDITOR ID: 242196-12
AMERICAN INSTITUTE OF BAKING
1213 BAKERS WAY
PO BOX 3999
MANHATTAN KS 66505-3999

CREDITOR ID: 242197-12
AMERICAN INSURANCE SERVICES GROUP
GENERAL POST OFFICE
PO BOX 27508
NEW YORK, NY 10087-7508

CREDITOR ID: 404118-95
AMERICAN INSURANCE SERVICES GROUP
7 WORLD TRADE CENTER
NEW YORK NY 10048-1179

CREDITOR ID: 242198-12
AMERICAN ITALIAN PASTA CO
PO BOX 503680
ST LOUIS, MO 63150-3680

CREDITOR ID: 404119-95
AMERICAN ITALIAN PASTA CO
12006 MARBLEHEAD DRIVE
DAVID KAPLAN
AREA VICE PRESIDENT SOUTH
TAMPA FL 33626

CREDITOR ID: 279203-35
AMERICAN ITALIAN PASTA COMPANY
ATTN CARA VANDEL, CR MGR
4100 N MULBERRY DRIVE, SUITE 200
KANSAS CITY MO 64116

CREDITOR ID: 399385-99
AMERICAN KB PROPERTIES I LP
C/O LAMONICA HERBST & MANISCALCO
ATTN SALVATORE LAMONICA, ESQ
3305 JERUSALEM AVENUE
WANTAGH NY 11803

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242199-12<br>AMERICAN KEY & LOCK CO<br>110 A TEXAS AVENUE<br>ALEXANDRIA LA 71301 | CREDITOR ID: 242200-12<br>AMERICAN KINGPIN SPECIALISTS INC<br>PO BOX 640<br>FORNEY, TX 75126 | CREDITOR ID: 242202-12<br>AMERICAN LEAK DETECTION<br>PO BOX 81512<br>MOBILE AL 36689 |
| CREDITOR ID: 242201-12<br>AMERICAN LEAK DETECTION<br>DEALER ALD0145LOU<br>ATTN LAURA KLEINPETER, OWNER<br>36530 MISSION ST<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 242203-12<br>AMERICAN LICORICE CO<br>ATTN BRAD WATKINS, ACCTG MGR<br>PO BOX 60000<br>FILE # 51568<br>SAN FRANCISCO, CA 94160-1568 | CREDITOR ID: 404120-95<br>AMERICAN LICORICE CO<br>7519 COLLECTIONS CO<br>CHICAGO IL 60693 |
| CREDITOR ID: 265370-31<br>AMERICAN LITTERAL SOCIETY INC<br>ATTN: ALEXANDER STONE<br>2809 BIRD AVE PMB 162<br>MIAMI FL 33133-4668 | CREDITOR ID: 242204-12<br>AMERICAN LOUVER COMPANY<br>ATTN KRISTINE HASSMER, CR MGR<br>PO BOX 92818<br>CHICAGO IL 60675 | CREDITOR ID: 242205-12<br>AMERICAN LUNG ASSOCIATION<br>5526 ARLINGTON RD<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 242206-12<br>AMERICAN MAP CORP<br>ATTN JOHN A DRISCO<br>36-36 33RD STREET, 4TH FLOOR<br>LONG ISLAND CITY NY 11106 | CREDITOR ID: 242207-12<br>AMERICAN MAT & RUBBER PRODUCTS INC<br>312 NW 29TH STREET<br>MIAMI, FL 33127 | CREDITOR ID: 242208-12<br>AMERICAN MERCHANDISING SYSTEMS<br>5540 KETCH RD<br>PRINCE FREDERICK, MD 20678 |
| CREDITOR ID: 242209-12<br>AMERICAN METAL SUPPLY CO<br>1419 SOLUTIONS CENTER<br>CHICAGO IL 60677-1004 | CREDITOR ID: 242210-12<br>AMERICAN MOBILITY SERVICE<br>PO BOX 1258<br>CLINTON, MS 39060 | CREDITOR ID: 242213-12<br>AMERICAN NATURAVIT, INC<br>ATTN ENRIQUE J GARCIA, PRES<br>7274 NW 66TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 242214-12<br>AMERICAN OVERHEAD DOOR CO INC<br>9101 NW 105TH CIRCLE<br>MIAMI, FL 33178 | CREDITOR ID: 242216-12<br>AMERICAN PACKAGING CORPORATION<br>PO BOX 2088<br>DEPT 4124<br>MILWAUKEE, WI 53201-2088 | CREDITOR ID: 242215-12<br>AMERICAN PACKAGING CORPORATION<br>NW# 7818<br>MINNEAPOLIS MN 55485-7818 |
| CREDITOR ID: 242217-12<br>AMERICAN PALLETS<br>PO BOX 8044<br>MONTGOMERY, AL 36110 | CREDITOR ID: 2056-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH, FL 33482 | CREDITOR ID: 242219-12<br>AMERICAN PHARMACEUTICAL ASSOC<br>2215 CONSTITUTION AVE NW<br>WASHINGTON DC 20037-2985 |
| CREDITOR ID: 242220-12<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE, MD 21275-5579 | CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE, MD 21275-5579 | CREDITOR ID: 242221-12<br>AMERICAN POPCORN COMPANY<br>ATTN DONALD J TOWNLEY, TREAS<br>PO BOX 178<br>SIOUX CITY IA 51102-0178 |
| CREDITOR ID: 242222-12<br>AMERICAN POWER & WATER CORPORATION<br>PROCESSING CENTER<br>PO BOX 727<br>OLDSMAR, FL 34677-0727 | CREDITOR ID: 70-03<br>AMERICAN POWER AND WATER<br>PO BOX 727<br>OLSMAR FL 34677-0727 | CREDITOR ID: 383972-47<br>AMERICAN PREMIUM BEVERAGE<br>5241 NATIONAL CENTER DRIVE<br>COLFAX, NC 27235 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404121-95<br>AMERICAN PRIDE SEAFOODS<br>PO BOX 436<br>GREENSBORO AL 36744 | CREDITOR ID: 242224-12<br>AMERICAN PRODUCTS INC<br>PO BOX 890659<br>CHARLOTTE NC 28289-0659 | CREDITOR ID: 382384-51<br>AMERICAN PROMOTIONAL EVENTS<br>4511 HELTON DR<br>FLORENCE, AL 35630 |
| CREDITOR ID: 242225-12<br>AMERICAN PROMOTIONAL EVENTS<br>PO BOX 1318<br>FLORENCE, AL 35630 | CREDITOR ID: 265371-31<br>AMERICAN PROPERTIES<br>ATTN: ALEN WEINGARTEN<br>15280 SONOMA DR APT 101<br>FORT MYERS FL 33908-7300 | CREDITOR ID: 242226-12<br>AMERICAN PROPERTY MANAGEMENT CORP<br>P O DRAWER 4991<br>14 LIBERTY ST<br>MARTINSVILLE VA 24115 |
| CREDITOR ID: 242227-12<br>AMERICAN PURCHASING SOCIETY INC<br>PO BOX 256<br>AURORA, IL 60506 | CREDITOR ID: 265372-31<br>AMERICAN QUALITY INDUSTRIES<br>ATTN: DAVID BRITT<br>5005 ARBOR VW<br>ALPHARETTA GA 30004-1684 | CREDITOR ID: 242228-12<br>AMERICAN QUALITY ROOFING INC<br>6320 JOHNSON STREET UNIT C<br>HOLLYWOOD, FL 33024 |
| CREDITOR ID: 242229-12<br>AMERICAN RECOVERY SERVICE<br>555 ST CHARLES DRIVE, SUITE 100<br>THOUSAND OAKS CA 91360 | CREDITOR ID: 242230-12<br>AMERICAN RED CROSS<br>CHARLOTTE COUNTY CHAPTER<br>1300 - D ENTERPRISE DRIVE<br>PORT CHARLOTTE, FL 33953 | CREDITOR ID: 383973-47<br>AMERICAN RED CROSS<br>DIST ACCOUNTING DR 866 05<br>600A FOREST POINT CIRCLE<br>CHARLOTTE, NC 28273 |
| CREDITOR ID: 242231-12<br>AMERICAN RED CROSS<br>TRIANGLE AREA CHAPTER<br>100 PEARTREE LANE<br>RALEIGH NC 27610 | CREDITOR ID: 242232-12<br>AMERICAN RED CROSS DISASTER<br>RELIEF FUND<br>PO BOX 37243<br>WASHINGTON DC 20013 | CREDITOR ID: 373641-44<br>AMERICAN RED CROSS DISASTER RELIEF FUND<br>PO BOX 37243<br>WASHINGTON, DC 20013 |
| CREDITOR ID: 242233-12<br>AMERICAN RED CROSS OF NORTHEAST FL<br>751 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 242235-12<br>AMERICAN REFRIGERATION<br>11572 DAVIS CREEK COURT<br>JACKSONVILLE FL 32256 | CREDITOR ID: 242234-12<br>AMERICAN REFRIGERATION<br>PO BOX 6328<br>RICHMOND, VA 23230 |
| CREDITOR ID: 242236-12<br>AMERICAN REFRIGERATION SUPPLIES INC<br>PO BOX 7292<br>NORFOLK VA 23509 | CREDITOR ID: 265373-31<br>AMERICAN RESCUE WORKERS<br>ATTN: FRANK ECKERT<br>116 WASSAN ST<br>WEST MONROE LA 71292-8019 | CREDITOR ID: 381987-36<br>AMERICAN RICE, INC<br>ATTN C BRONSON SCHULTZ, VP<br>PO BOX 2587<br>HOUSTON TX 77252 |
| CREDITOR ID: 242238-12<br>AMERICAN ROLL UP DOOR COMPANY<br>5291 SHADOWLAWN AVE E<br>TAMPA, FL 33610 | CREDITOR ID: 242237-12<br>AMERICAN ROLL UP DOOR COMPANY<br>10501 ROCKET BLVD<br>ORLANDO, FL 32824-8513 | CREDITOR ID: 242239-12<br>AMERICAN ROLL-UP DOOR CO<br>600-2 SUEMAC RD<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 242240-12<br>AMERICAN SAFETY ASSOCIATES<br>518 COLUMBIA STREET<br>BOGALUSA, LA 70427 | CREDITOR ID: 407436-97<br>AMERICAN SAFETY RAZOR CO<br>ATTN: CHARLES L HECKEL, VP/TREAS<br>ONE RAZOR BLADE LANE<br>VERONA VA 24482 | CREDITOR ID: 242241-12<br>AMERICAN SAFETY RAZOR CO<br>ATTN: CHARLES L HECKEL, VP/TREAS<br>PO BOX 70747<br>CHICAGO, IL 60673-0747 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279336-36<br>AMERICAN SAFETY RAZOR COMPANY<br>ATTN BERNARD A MCGOUGH, CREDIT MGR<br>ONE RAZOR BLADE LANE<br>VERONA  VA 24482 | CREDITOR ID: 242242-12<br>AMERICAN SECURITY<br>PO BOX 486<br>GREENVILLE, SC 29602 | CREDITOR ID: 242243-12<br>AMERICAN SECURITY PRODUCTS COMPANY<br>PO BOX 5040<br>FONTANA, CA 92334 |
| CREDITOR ID: 242244-12<br>AMERICAN SIGNS<br>1508 EDWARDS AVE STE DD<br>HARAHAN LA 70123 | CREDITOR ID: 265374-31<br>AMERICAN SOC FOR TRAINING DEV<br>ATTN: CAROLE TEJA<br>325 HAMMOND DR NE STE 104<br>ATLANTA GA 30328-5026 | CREDITOR ID: 242245-12<br>AMERICAN SOCIETY OF APPRAISERS<br>555 HERNDON PKWY, SUITE 125<br>HERNDON VA 20170 |
| CREDITOR ID: 242246-12<br>AMERICAN SOCIETY OF CORPORATE<br>SECRETARIES INC<br>PO BOX 6122<br>NEW YORK NY 10249-6122 | CREDITOR ID: 242247-12<br>AMERICAN SOCIETY OF SAFETY ENGINEER<br>33480 TREASURY CENTER<br>CHICAGO IL 60694-3400 | CREDITOR ID: 265375-31<br>AMERICAN SPTC TANK & DRN<br>ATTN: BOBBY STEPHENSON<br>8634 J D READING DR<br>MANASSAS VA 20109-3943 |
| CREDITOR ID: 242248-12<br>AMERICAN STAMP WORKS INC<br>6431 NW 32ND AVE<br>MIAMI FL 33147 | CREDITOR ID: 242249-12<br>AMERICAN STAR PLASTICS<br>6701 NW 37TH COURT<br>MIAMI, FL 33147 | CREDITOR ID: 381751-15<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 |
| CREDITOR ID: 383974-47<br>AMERICAN STAR PLASTICS<br>440 WEST 20 STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 242250-12<br>AMERICAN STOCK EXCHANGE<br>PO BOX 11181A<br>NEW YORK NY 10286-1181 | CREDITOR ID: 242251-12<br>AMERICAN STORE FIXTURES<br>7700 NORTH AUSTIN<br>SKOKIE IL 60077 |
| CREDITOR ID: 242252-12<br>AMERICAN SUGAR REFINING COMPANY<br>PO BOX 751945<br>CHARLOTTE NC 28275-1945 | CREDITOR ID: 242254-12<br>AMERICAN TECHNICAL CERAMICS<br>2201 CORPORATE SQUARE BLVD<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 242255-12<br>AMERICAN TEXTILE LLC<br>PO BOX 465624<br>LAWRENCEVILLE, GA 30042 |
| CREDITOR ID: 242256-12<br>AMERICAN TRAINING RESOURCES INC<br>PO BOX 487<br>TUSTIN CA 92781-0487 | CREDITOR ID: 242257-12<br>AMERICAN TRANSPORT INC<br>ATTN KELLY CARR, CR MGR<br>100 INDUSTRY DRIVE<br>PITTSBURGH, PA 15275 | CREDITOR ID: 242258-12<br>AMERICAN TRANSPORTATION<br>LOGISTICS SERVICES<br>6441 SW CANYON CT SUITE 280<br>PORTLAND, OR 97221 |
| CREDITOR ID: 242259-12<br>AMERICAN TRUCKING EQUIPMENT<br>PO BOX 6458<br>JACKSONVILLE, FL 32236-6458 | CREDITOR ID: 242260-12<br>AMERICAN ULTRAVIOLET COMPANY<br>2237 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 242261-12<br>AMERICAN UNIFORM CO<br>PO BOX 2130<br>CLEVELAND TN 37320-2130 |
| CREDITOR ID: 242262-12<br>AMERICAN UNITED LIFE INS CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32794-1483 | CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INSURANCE CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32794-1483 | CREDITOR ID: 2058-07<br>AMERICAN UNITED LIFE INSURANCE CO.<br>ATTN: MORTGAGE LO<br>1 AMERICAN SQUARE<br>PO BOX 368<br>INDIANAPOLIS IN 46206 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242267-12<br>AMERICAN VIDEO CASSETTE<br>145 PALISADE STREET<br>DOBBS FERRY NY 10522 | CREDITOR ID: 242268-12<br>AMERICAN WATER SOLUTIONS<br>PO BOX 6180<br>MOBILE, AL 36660-0180 | CREDITOR ID: 242269-12<br>AMERICAN WATER TECH INC<br>PO BOX 73225<br>METAIRIE LA 70033-3225 |
| CREDITOR ID: 265376-31<br>AMERICAN WETLAND AND NATURAL<br>ATTN: J LAMAR BEASLEY<br>11350 RANDOM HILLS RD # 8<br>FAIRFAX VA 22030-6044 | CREDITOR ID: 242270-12<br>AMERICAN WIRE PRODUCTS INC<br>12400 CROSSBURN AVENUE<br>CLEVELAND OH 44135 | CREDITOR ID: 406087-97<br>AMERICAN WOOD FIBERS INC<br>ATTN: DAVID L BROWN, GEN MGR<br>9841 BROKEN LAND PKWY #302<br>COLUMBIA MD 21046 |
| CREDITOR ID: 242271-12<br>AMERICAN WOOD FIBERS INC<br>ATTN: DAVID L BROWN, GEN MGR<br>PO BOX 64388<br>BALTIMORE, MD 21264 | CREDITOR ID: 242272-12<br>AMERICAN WOODWORKS INC<br>8100 WHITEHORSE RD<br>GREENVILLE SC 29617 | CREDITOR ID: 242273-12<br>AMERICANA COMPANIES INC<br>ATTN BRAD PRALL, COMPTROLLER<br>PO BOX 8512<br>OMAHA, NE 68108-0512 |
| CREDITOR ID: 315729-40<br>AMERICANA EAST INVESTMENTS INC<br>3705 TAMPA RD UNIT 1-A<br>OLDSMAR, FL 34677 | CREDITOR ID: 1074-07<br>AMERICANA EAST INVESTMENTS INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 242275-12<br>AMERICANA MARKETING INC<br>840 TOURMALINE DR<br>NEWBURY PARK, CA 91320-1290 |
| CREDITOR ID: 2059-07<br>AMERICANA PLAZA, LP<br>1629 K STREET, NW, SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 393996-61<br>AMERICARE AMBULANCE SERVICE<br>11301 US HWY 92 E.<br>SEFFNER, FL 33584 | CREDITOR ID: 395373-64<br>AMERICA'S BEST COUPON COMPANY<br>7859 WINDSOR CANAL<br>CANAL WINCHESTER, OH 43112 |
| CREDITOR ID: 242276-12<br>AMERICAS CALL CENTER<br>7901 BAYMEADOWS WAY SUITE 14<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 395600-65<br>AMERICA'S CALL CENTER<br>7901 BAYMEADOWS WAY STE 14<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 383051-51<br>AMERICA'S HEALTH CHOICE<br>1175 SOUTH U.S. HIGHWAY 1<br>VERO BEACH, FL 32962 |
| CREDITOR ID: 242277-12<br>AMERICAS SECOND HARVEST<br>35 EAST WACKER DRIVE, SUITE 2000<br>CHICAGO IL 60601 | CREDITOR ID: 242278-12<br>AMERICAS SECOND HARVEST OF TAMPABAY<br>5300 E ADAMO DR BLDG G<br>TAMPA FL 33619 | CREDITOR ID: 242279-12<br>AMERICASBEST<br>27520 HAWTHORNE BLVD, APT 200<br>ROLLING HILLS CA 90274 |
| CREDITOR ID: 242280-12<br>AMERICOLD CORPORATION<br>PO BOX 2017<br>PORTLAND OR 97208-2017 | CREDITOR ID: 242281-12<br>AMERICOLD LOGISTICS<br>121 ROSEWAY DRIVE<br>THOMASVILLE, GA 31792 | CREDITOR ID: 404124-95<br>AMERICOLD LOGISTICS<br>PO BOX #87 - 2000<br>KANSAS CITY MO 64187 |
| CREDITOR ID: 269212-16<br>AMERICOLD LOGISTICS, LLC<br>ATTN SHIRLEY NICHOLS, CR MGR<br>SOUTH TOWER, SUITE 800<br>10 GLENLAKE PARKWAY<br>ATLANTA GA 30328 | CREDITOR ID: 242283-12<br>AMERICRAFT CARTON INC<br>PO BOX 87-6303<br>KANSAS CITY, MO 64187-6303 | CREDITOR ID: 242284-12<br>AMERICUS SHOPPER<br>1403 FELDER ST<br>PO BOX 6314<br>AMERICUS, GA 31709 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 242285-12<br>AMERICUS TIMES RECORDER<br>PO BOX 1247<br>AMERICUS, GA 31709 | CREDITOR ID: 242286-12<br>AMERIFIT<br>166 HIGHLAND PARK DR<br>BLOOMFIELD, CT 06002 | CREDITOR ID: 242125-12<br>AMERI-FORCE<br>PO BOX 3241<br>JACKSONVILLE, FL 32206 |
| CREDITOR ID: 383975-47<br>AMERIGAS<br>2511 HIGHWAY 44 W<br>INVERNESS, FL 34453 | CREDITOR ID: 242302-12<br>AMERIGAS<br>PO BOX 10587<br>NEW ORLEANS LA 70181-0587 | CREDITOR ID: 242289-12<br>AMERIGAS<br>1303 E STATE RD 200<br>YULEE FL 32097-5533 |
| CREDITOR ID: 242304-12<br>AMERIGAS<br>PO BOX 3718<br>OCALA, FL 34478-3718 | CREDITOR ID: 242303-12<br>AMERIGAS<br>PO BOX 371473<br>PITTSBURGH, PA 15250-7473 | CREDITOR ID: 242301-12<br>AMERIGAS<br>PO BOX 105018<br>ATLANTA, GA 30348-5018 |
| CREDITOR ID: 242291-12<br>AMERIGAS<br>1540 HWY 51 NORTH<br>PONCHATOULA LA 70454 | CREDITOR ID: 242288-12<br>AMERIGAS<br>1101 OVERSEAS HWY<br>MARATHON, FL 33050-2013 | CREDITOR ID: 242292-12<br>AMERIGAS<br>1832 EAST 3RD STREET<br>PANAMA CITY, FL 32401-4800 |
| CREDITOR ID: 242300-12<br>AMERIGAS<br>86400 OVERSEAS HWY<br>ISLAMORADA, FL 33036 | CREDITOR ID: 77-03<br>AMERIGAS<br>2522 RIDGEFIELD STREET NE<br>ROANOKE VA 24012-4534 | CREDITOR ID: 242293-12<br>AMERIGAS<br>211 JEROME DRIVE<br>IMMOKALEE, FL 34142 |
| CREDITOR ID: 242297-12<br>AMERIGAS<br>4220 OLD HWY 441<br>MOUNT DORA FL 32757-7300 | CREDITOR ID: 242305-12<br>AMERIGAS<br>PO BOX 96055<br>CHARLOTTE NC 28296-0055 | CREDITOR ID: 75-03<br>AMERIGAS<br>PO BOX 965<br>VALLEY FORGE PA 19482 |
| CREDITOR ID: 242287-12<br>AMERIGAS<br>1005 N PACE BLVD<br>PENSACOLA FL 32505-6805 | CREDITOR ID: 242296-12<br>AMERIGAS<br>4182 NORWICH STREET<br>BRUNSWICK, GA 31520-2519 | CREDITOR ID: 73-03<br>AMERIGAS<br>451 W. HOWELL STREET<br>HARTWELL GA 30643-1026 |
| CREDITOR ID: 76-03<br>AMERIGAS<br>250 NORTH COIT STREET<br>FLORENCE SC 29501 | CREDITOR ID: 242299-12<br>AMERIGAS<br>705 S KROME AVENUE<br>HOMESTEAD FL 33030 | CREDITOR ID: 242290-12<br>AMERIGAS<br>1425 S DIXIE FWY<br>NEW SMYRNA BEACH, FL 32168 |
| CREDITOR ID: 242298-12<br>AMERIGAS<br>425 US HIGHWAY 1<br>VERO BEACH, FL 32962-1602 | CREDITOR ID: 72-03<br>AMERIGAS<br>2812 SILVER STAR ROAD<br>ORLANDO FL 32808 | CREDITOR ID: 74-03<br>AMERIGAS<br>309 S. BRIGHTFIELD<br>SMITHFIELD NC 27577-2130 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242306-12<br>AMERIGAS - FLORENCE<br>250 NORTH COIT ST<br>FLORENCE, SC 29501-0991 | CREDITOR ID: 242307-12<br>AMERIGAS - FRANKLIN<br>63 DEPOT ST<br>PO BOX 578<br>FRANKLIN, NC 28734-0578 | CREDITOR ID: 242308-12<br>AMERIGAS - FT PIERCE<br>3301 OLEANDER AVE<br>FORT PIERCE FL 34982-6535 |
| CREDITOR ID: 242309-12<br>AMERIGAS - GREENSBORO<br>1729 BETHEL DR<br>HIGH POINT NC 27260-8407 | CREDITOR ID: 242310-12<br>AMERIGAS - N WILKESBORO<br>PO BOX 1387<br>N WILKESBORO NC 28659-1387 | CREDITOR ID: 242311-12<br>AMERIGAS - NAPLES<br>27821 S TAMIAMI TRL #2<br>BONITA SPRINGS FL 34134-4225 |
| CREDITOR ID: 242312-12<br>AMERIGAS - PICKENS<br>2001 GENTRY MEMORIAL HWY<br>PICKENS, SC 29671 | CREDITOR ID: 242313-12<br>AMERIGAS - PLANT CITY<br>4600 PAUL BUCHMAN HWY<br>PLANT CITY, FL 33565-7409 | CREDITOR ID: 242314-12<br>AMERIGAS - ROANOKE<br>2522 RIDGEFIELD ST NE<br>ROANOKE, VA 24012-4534 |
| CREDITOR ID: 242315-12<br>AMERIGAS - ROCKLEDGE<br>4190 US HWY 1 S<br>ROCKLEDGE, FL 32955-5309 | CREDITOR ID: 242316-12<br>AMERIGAS - WAYCROSS<br>1215 ALBANY AVE<br>PO BOX 1311<br>WAYCROSS GA 31502-1311 | CREDITOR ID: 242317-12<br>AMERIGAS - WEST PALM BEACH<br>7171 INTERPACE RD<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 242318-12<br>AMERIGAS EAGLE LAKE<br>PO BOX 158<br>EAGLE LAKE FL 33839-0158 | CREDITOR ID: 242319-12<br>AMERIGAS POMPANO BEACH<br>299 SW 12 AVENUE<br>POMPANO BEACH FL 33069-3228 | CREDITOR ID: 242320-12<br>AMERIGAS WILLISTON<br>218 E NOBLE AVENUE<br>WILLISTON, FL 32696-2236 |
| CREDITOR ID: 404125-95<br>AMERIPLUS INC<br>CROSSMARK<br>8375 DIX ELLIS TRAIL  STE 104<br>JACKSONVILLE FL 32256 | CREDITOR ID: 242321-12<br>AMERIPLUS INC<br>ATTN STEVEN W POIRIER, PRES<br>PO BOX 1739<br>OLDSMAR FL 34677 | CREDITOR ID: 242322-12<br>AMERIPRIDE LINEN & APPAREL SERVICES<br>ATTN: JAMES SNYDER, GEN MGR<br>PO BOX 14306<br>MONROE, LA 71207-4306 |
| CREDITOR ID: 404126-95<br>AMERIPRIDE LINEN & APPAREL SERVICES<br>421 W WOODROW WILSON<br>JACKSON MS 39213 | CREDITOR ID: 278724-27<br>AMERIPRIME FUNDS<br>IMS CAPITAL MANAGEMENT<br>ATTN CARL W MARKER<br>8995 SE OTTY ROAD<br>PORTLAND OR 97266 | CREDITOR ID: 242323-12<br>AMERISUITES GREENVILLE<br>40 WEST ORCHARD PARK DRIVE<br>GREENVILLE, SC 29615 |
| CREDITOR ID: 242324-12<br>AMERITEK ORLANDO INC<br>PO BOX 160608<br>ALTAMONTE SPRINGS, FL 32716-0608 | CREDITOR ID: 403513-15<br>AMERITEK ORLANDO INC<br>ATTN ROBIN L BRITT, CONTROLLER<br>151 SEMORAN COMMERCE PL<br>APOPKA FL 32703 | CREDITOR ID: 242325-12<br>AMERITRANS LLC<br>PO BOX 197<br>GULF NC 27256 |
| CREDITOR ID: 242326-12<br>AMERSON TIRE<br>610 SOUTH WEST<br>BOWENS MILL RD<br>DOUGLAS, GA 31533 | CREDITOR ID: 386661-54<br>AMERSON, RICHARD<br>ROUTE 4  BOX 1228<br>MADISON FL 32340 | CREDITOR ID: 391638-55<br>AMERSON, RICHARD<br>C/O: WILLIAM R. PURSELL, ESQ<br>1882 CAPITAL CIRCLE NE<br>STE 205<br>TALLAHASSEE FL 32308 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                    **CASE:**   05-03817-3F1

CREDITOR ID: 406038-15
AMES, WALTER D
6718 WEMBERLY WAY
MC LEAN VA 22101

CREDITOR ID: 265377-31
AMHERST CNTY DEPT SOLID WASTE
ATTN: TERESA NUCKOLES
715 KENTMOOR FARM RD
AMHERST VA 24521

CREDITOR ID: 242328-12
AMICK FARMS
PO BOX 2309
BATESBURG-LEESVILLE SC 29070

CREDITOR ID: 242329-12
AMIGO MOBILITY CENTER
4200 STEVE REYNOLDS BLVD STE 7
NORCROSS, GA 30093

CREDITOR ID: 381382-47
AMIGO MOBILITY INTERNATIONAL INC
P O BOX 633728
CINCINNATI, OH 45263-3728

CREDITOR ID: 242330-12
AMINO TRANSPORT INC
PO BOX 54220
HURST TX 76054

CREDITOR ID: 406091-15
AMISANO, FRANK P
331 EAST 3RD STREET
DEERPARK NY 11729

CREDITOR ID: 265378-31
AMITE COUNTY SOLID WASTE
ATTN: MURRAY TONEY
INDUSTRIAL PARK DR
LIBERTY MS 39645

CREDITOR ID: 242331-12
AMITE ELEMENTARY SCHOOL
301 VERNON AVE
AMITE, LA 70422

CREDITOR ID: 242332-12
AMITE HIGH PTSO
403 S LAUREL ST
AMITE, LA 70422

CREDITOR ID: 242333-12
AMITE TANGI-DIGEST
ATTN DON ANDREPONT, CONTROLLER
PO BOX 698
AMITE, LA 70422

CREDITOR ID: 242334-12
AMITE TIRE INC
PO BOX 575
AMITE, LA 70422-0575

CREDITOR ID: 381804-48
AMJET AVIATION COMPANY
TELCON WITH SCOTT ROGERS
PO BOX 888849
ATLANTA GA 30356

CREDITOR ID: 242335-12
AMKO FENCE KENNER LLC
1224  VETERANS BLVD
KENNER, LA 70062

CREDITOR ID: 242336-12
AMMERAAL BELTECH INC
PO BOX 90351
CHICAGO, IL 60696-0351

CREDITOR ID: 381606-47
AMMERAAL, LAURA
ORL DIV
P. O. BOX 605
ASTATULA FL 34705

CREDITOR ID: 383036-51
AMNET
929 EAST MAIN AVENUE, SUITE 310
PUYALLUP, WA 98372

CREDITOR ID: 388799-54
AMO, LINDA
3116 LOBLOLLY STREET
ORLANDO, FL 32825

CREDITOR ID: 392754-55
AMO, LINDA
C/O: PAUL & ELKIND, P.A.
505 DELTONA BLVD.
SUITE 106
DELTONA FL 32725

CREDITOR ID: 242337-12
AMOS MOLLETTE
918 RUDYARD
CLEVELAND OH 44110

CREDITOR ID: 406332-MS
AMOS, RONALD L.
10945 CAROLINE ACRES RD.
FORT MILLS SC 29715

CREDITOR ID: 242338-12
AMPERSAND TRADING COMPANY
DEPT #4026
PO BOX 2088
MILWAUKEE, WI 53201-2088

CREDITOR ID: 278406-24
AMRESCO CAPITAL, LP
ATTN: LEGAL DEPARTMENT
700 N. PEARL STREET
SUITE 2400
LBN 0342
DALLAS TX 75201-7424

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 242339-12
AMSAN
3031 N ANDREWS AVENUE EXT
POMPANO BEACH FL 33064

CREDITOR ID: 242340-12
AMSHER COLLECTION SERVICE
1816 3RD AVENUE NORTH
BIRMINGHAM AL 35203-3102

CREDITOR ID: 242341-12
AMSOIL INC
ATTN DEENAH L PETERSON, ACCTG MGR
AMSOIL BUILDING
925 TOWER AVENUE
SUPERIOR, WI 54880

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**            **CASE: 05-03817-3F1**

CREDITOR ID: 278069-23
AMSOUTH
ATTN: LEA ZIMMERMAN
10245 CENTURION PARKWAY
SUITE 200
JACKSONVILLE FL 32256

CREDITOR ID: 278733-28
AMSOUTH BANK
INTERNATIONAL DEPARTMENT
AMSOUTH CENTER, NINTH FLOOR
NASHVILLE, TN 37237

CREDITOR ID: 315664-99
AMSOUTH BANK
ATTN: WILLIAM R HOOG
13535 FEATHER SOUND DR
BLDG 1, STE 525
CLEARWATER FL 34762

CREDITOR ID: 242342-12
AMSOUTH BANK
10245 CENTURION PARKWAY, SUITE 200
JACKSONVILLE, FL 32256

CREDITOR ID: 397169-67
AMSOUTH BANK
C/O HARBERT REALTY SERVICES, INC
1901 SIXTH AVE N, SUITE 2001
BIRMINGHAM, AL 35203

CREDITOR ID: 406049-99
AMSOUTH BANK
C/O WINDERWEEDLE HAINES ET AL
ATTN: RYAN E DAVIS, ESQ
390 N ORANGE AVE, STE 1500
PO BOX 1391
ORLANDO FL 32802-1391

CREDITOR ID: 397137-67
AMSOUTH PROPERTIES
ATTN: HENRY LONG
PO BOX 11007
BIRMINGHAM, AL 35288

CREDITOR ID: 242343-12
AMSTAR FOODS
400 AUGUSTA ST
PO BOX 9239
GREENVILLE, SC 29604

CREDITOR ID: 278978-32
AMSTAR FOODS
ATTN: JOHN A. LINDSAY, PRESIDENT
PO BOX 9239
GREENVILLE, SC 29604

CREDITOR ID: 242344-12
AMSW INC
ATTN SHIRLEY ALLEN
6102 W RIDGEWOOD AVE
ORLANDO, FL 32835

CREDITOR ID: 403188-99
AMSW INC
C/O STOVASH CASE & TINGLEY PA
ATTN: RACHEL E ADAMS, ESQ
SUNTRUST CENTER
200 SOUTH ORANGE AVE, STE 1220
ORLANDO FL 32801

CREDITOR ID: 242345-12
AMTECH LIGHTING SERVICE
ATTN LISA BOYD, AR SUPERV
FILE NO 53124
LOS ANGELES, CA 90074-3124

CREDITOR ID: 395257-63
AMTECK LIGHTING SERVICES
2300 TIFTON STREET
KENNER, LA 70062

CREDITOR ID: 242346-12
AMUROL CONFECTIONS COMPANY
33549 TREASURY CENTER
CHICAGO IL 60694-3500

CREDITOR ID: 242347-12
AMVOX EQUIPMENT COMPANY
2806 SOUTH SUSAN STREET
SANTA ANA, CA 92704

CREDITOR ID: 242348-12
AMX
ALABAMA MOTOR EXPRESS
DRAWER 1203 PO BOX 830621
BIRMINGHAM AL 35283-0621

CREDITOR ID: 242349-12
AMY FOOD INC
3324 S RICHEY
HOUSTON, TX 77017

CREDITOR ID: 242350-12
ANAELLE & HUGO CREATIVE PROD
2441 ORLANDO CENTRAL PARKWAY
ORLANDO, FL 32809

CREDITOR ID: 242351-12
ANALYTICAL SERVICES INC
110 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

CREDITOR ID: 388514-54
ANANDER, TONY
10177 CROSSWIND ROAD
BOCA RATON, FL 33498

CREDITOR ID: 265379-31
ANASTASIA MOSQUITO CONTROL DIS
ATTN: ROBERT R BETTS
500 OLD BEACH RD
SAINT AUGUSTINE FL 32080-6531

CREDITOR ID: 242352-12
ANCHOR ELECTRIC
ATTN RICHARD SHELTON, PRESIDENT
PO BOX 1031
MABLETON, GA 30126

CREDITOR ID: 242353-12
ANCHOR FOOD PRODUCTS INC
BOX 68-9608
MILWAUKEE WI 53268-9608

CREDITOR ID: 242354-12
ANCHOR FROZEN FOODS CORP
PO BOX 887
WESTBURY, NY 11590

CREDITOR ID: 404128-95
ANCHOR FROZEN FOODS CORP
PO BOX 867
WESTBURY NY 11590

CREDITOR ID: 242355-12
ANCHOR PRODUCTS COMPANY INC
ATTN L R BARKSDALE, CEO
1075 CHATTAHOOCHEE AVENUE
PO BOX 19721
ATLANTA, GA 30325

CREDITOR ID: 381744-15
ANCO FINE CHEESE
ATTN LESLEY RICHMOND, CR MGR
149 NEW DUTCH LANE
FAIRFIELD NJ 07004

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242356-12<br>ANDA GENERIC INC<br>PO BOX 930219<br>ATLANTA, GA 31193-0219 | CREDITOR ID: 404129-95<br>ANDA GENERIC INC<br>2915 WESTON ROAD<br>FT LAUDERALDE FL 33331 | CREDITOR ID: 242357-12<br>ANDALUSIA HOSPITAL<br>PO BOX 760<br>ANDALUSIA, AL 36420 |
| CREDITOR ID: 242358-12<br>ANDALUSIA NEWSPAPERS, INC<br>DEPT 5030<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-5030 | CREDITOR ID: 242358-12<br>ANDALUSIA NEWSPAPERS, INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 | CREDITOR ID: 242359-12<br>ANDALUSIA STAR NEWS<br>PO BOX 430<br>ANDALUSIA, AL 36420 |
| CREDITOR ID: 373661-44<br>ANDALUSIA STAR NEWS<br>PO BOX 2153<br>DEPARTMENT 5030<br>BIRMINGHAM, AL 35287-5030 | CREDITOR ID: 242360-12<br>ANDERSON ASPHALT SERVICE INC<br>1775 MYRTLE ST<br>SARASOTA FL 34234 | CREDITOR ID: 242361-12<br>ANDERSON BAKERY CO INC<br>PO BOX 8500 (S-6650)<br>PHILADELPHIA PA 19178 |
| CREDITOR ID: 242362-12<br>ANDERSON CHEMICAL COMPANY<br>PO BOX 4507<br>MACON GA 31208-4507 | CREDITOR ID: 265380-31<br>ANDERSON CNTY ENVMTL SVCS SWER<br>ATTN: ELAINE ROLLINAS<br>131 MICHELIN BLVD<br>ANDERSON SC 29625-2677 | CREDITOR ID: 242363-12<br>ANDERSON COUNTY CLERK OF COURT<br>PO BOX 8002<br>ANDERSON, SC 29622 |
| CREDITOR ID: 265381-31<br>ANDERSON COUNTY PLANNING DIV<br>ATTN: JEFF RICKETSON<br>101 S MAIN ST<br>ANDERSON SC 29624-1618 | CREDITOR ID: 242366-12<br>ANDERSON INDEPENDENT AND MAIL<br>ATTN CHRIS BELL<br>PO BOX 2507<br>ANDERSON, SC 29622-2507 | CREDITOR ID: 242367-12<br>ANDERSON INDEPENDENT MAIL<br>PO BOX 640237<br>CINCINNATI, OH 45264-0237 |
| CREDITOR ID: 242368-12<br>ANDERSON INDUSTRIAL METAL FABRICA<br>18219 SWAMP ROAD<br>PRAIREVILLE LA 70769 | CREDITOR ID: 242369-12<br>ANDERSON INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31904 | CREDITOR ID: 242370-12<br>ANDERSON MIDDLE SCHOOL<br>1059 ANDERSON ST<br>NEW IBERIA, LA 70560 |
| CREDITOR ID: 242371-12<br>ANDERSON NEW COMPANY<br>PO BOX 616898<br>ORLANDO FL 32861-6898 | CREDITOR ID: 242373-12<br>ANDERSON NEWS COMPANY<br>PO BOX 116427<br>ATLANTA, GA 30368-6427 | CREDITOR ID: 382385-51<br>ANDERSON NEWS COMPANY<br>6016 BROOKVALE LN SUITE 151<br>KNOXVILLE, TN 37919 |
| CREDITOR ID: 278710-99<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE, TN 37950-2570 | CREDITOR ID: 242374-12<br>ANDERSON NEWS LLC<br>PO BOX 52570<br>KNOXVILLE TN 37950-2570 | CREDITOR ID: 242375-12<br>ANDERSON NEWS MIAMI<br>10100 NW 25TH ST<br>MIAMI FL 33172 |
| CREDITOR ID: 242376-12<br>ANDERSON PLUMBING & IRRGATION INC<br>PO BOX 748<br>HARTSVILLE, SC 29550 | CREDITOR ID: 242377-12<br>ANDERSON ROOFING CO, INC<br>ATTN PAUL M ANDERSON III, PRES<br>PO BOX 976<br>ALBANY, GA 31702 | CREDITOR ID: 242378-12<br>ANDERSON SANITARY MAINTENANCE<br>PO BOX 10753<br>RALEIGH NC 27605 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242379-12<br>ANDERSON SECURITY<br>742 16TH STREET NORTH<br>ST PETERSBURG, FL 33705 | CREDITOR ID: 242380-12<br>ANDERSON TRAVEL CENTER LLC<br>PO BOX 4045<br>4601 HWY 81 N<br>ANDERSON, SC 29622 | CREDITOR ID: 399460-82<br>ANDERSON, ANTIONESE D.<br>4808 PALAMORE DRIVE<br>BRUNSWICK  GA 31520 |
| CREDITOR ID: 385803-54<br>ANDERSON, BETTYE<br>505 VIC A PITRE DRIVE<br>WESTWEGO, LA 70094 | CREDITOR ID: 389451-54<br>ANDERSON, BEVERLY<br>8920 SW 107TH STREET<br>GAINESVILLE FL 32608 | CREDITOR ID: 243895-12<br>ANDERSON, BRENDA E<br>135 BUSH LANE<br>TAMPA FL 33615 |
| CREDITOR ID: 243947-12<br>ANDERSON, BRIAN<br>2027 MARSHAL ROAD<br>WETUMPKA, AL 36093 | CREDITOR ID: 406333-MS<br>ANDERSON, BRUCE D.<br>17433 WOODFAIR DR.<br>CLERMONT FL 34711 | CREDITOR ID: 244537-12<br>ANDERSON, CARL<br>12637 PULASKI ROAD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 388380-54<br>ANDERSON, CHARLES<br>3342 KABEL DRIVE<br>ALGIERS, LA 70114 | CREDITOR ID: 245018-12<br>ANDERSON, CHARLES<br>308 LA SALLE STREET<br>TALLULAH LA 71282 | CREDITOR ID: 392480-55<br>ANDERSON, CHARLES<br>C/O VALTEAU HARRIS KOENIG & MAYER<br>ATTN J NELSON MAYER III, ESQ<br>210 BARONNE STREET, SUITE  1410<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 245338-12<br>ANDERSON, CHRISTOPHER<br>10381 JANIE LANE<br>WILMER AL 36587 | CREDITOR ID: 389235-54<br>ANDERSON, CLAUDIS<br>79 DRAPER STREET<br>WARNER ROBINS GA 31088 | CREDITOR ID: 393077-55<br>ANDERSON, CLAUDIS<br>C/O: THOMAS W. HERMAN, ESG<br>WESTMORELAND, PATTERSON, AND MOSLEY<br>P.O. BOX 1797<br>MACON GA 31202 |
| CREDITOR ID: 385998-54<br>ANDERSON, DEBRA<br>PO BOX 2862<br>HARVEY, LA 70058 | CREDITOR ID: 391217-55<br>ANDERSON, DEBRA<br>C/O THE UPTON LAW FIRM<br>ATTN TIM UPTON, ESQ<br>938 LAFAYETTE STREET, SUITE 102<br>NEW ORLEANS LA 70113 | CREDITOR ID: 386426-54<br>ANDERSON, ELAINE<br>PO BOX 856<br>BUNKIE LA 71322 |
| CREDITOR ID: 391171-55<br>ANDERSON, ELLENE W<br>C/O: JEFFERY FELSER, ESQ.<br>FELSER LAW FIRM<br>7 EAST CONGRESS ST<br>STE 400<br>SAVANNAH GA 31401 | CREDITOR ID: 385938-54<br>ANDERSON, ELLENE W<br>8607 KENT DRIVE<br>SAVANNAH, GA 31406 | CREDITOR ID: 389224-54<br>ANDERSON, GERALDI<br>3640 LAKE DOUGLAS ROAD<br>CLIMAX GA 39834 |
| CREDITOR ID: 386121-54<br>ANDERSON, HENRY<br>706  HOLLEMAN DRIVE #A<br>EUFAULA, AL 36027 | CREDITOR ID: 406334-MS<br>ANDERSON, JACOB C.<br>4015 S. SINGLETON RD.<br>ROCKFORD TN 37853 | CREDITOR ID: 386479-54<br>ANDERSON, MARION<br>1071 DONEGAN ROAD<br>LOT #1529<br>LARGO FL 33771 |
| CREDITOR ID: 391525-55<br>ANDERSON, MARION<br>C/O: JASON FOX<br>CARLSON AND MEISSNER<br>250 BELCHER ROAD NORTH<br>SUITE 102<br>CLEARWATER FL 33765 | CREDITOR ID: 387898-54<br>ANDERSON, MARY K<br>1212 KENTUCKY AVENUE<br>FORT PIERCE, FL 34950 | CREDITOR ID: 392181-55<br>ANDERSON, MARY K<br>C/O OFFICES OF LAURI J GOLDSTEIN PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>1330 S. FEDERAL HWY.<br>STUART FL 34994 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389600-54<br>ANDERSON, MATTHEW<br>13 PLEASANT HILL LANE<br>POMPANO BEACH, FL 33068 | CREDITOR ID: 393265-55<br>ANDERSON, MATTHEW<br>C/O: MARC S. SCHILLER, ESQUIRE<br>MARC S. SCHILLER & ASSOCIATES, P.A.<br>7501 WEST OAKLAND PARK BLVD<br>FT. LAUDERDALE FL 33319 | CREDITOR ID: 386116-54<br>ANDERSON, NORMA<br>P.O BOX 1183<br>GREENSBURG, LA 70441 |
| CREDITOR ID: 264782-12<br>ANDERSON, WILLIAM<br>8134 ANISE GROVE LANE, APT A<br>ORLANDO, FL 32818 | CREDITOR ID: 265139-12<br>ANDERSON, YVONNE<br>5801 RIVERSIDE DRIVE<br>APT 205<br>CORAL SPRINGS, FL 33067 | CREDITOR ID: 242382-12<br>ANDERSON/AUSTIN NEWS CO<br>PO BOX 3090<br>BOWLING GREEN KY 42102-3090 |
| CREDITOR ID: 242381-12<br>ANDERSON'S OLD FASHN BBQ<br>65 WILLIS MILL RD S.W.<br>ATLANTA, GA 30311 | CREDITOR ID: 388113-54<br>ANDERSON-SANCHEZ, ADRIANNE<br>6055 TREEHOUSE LANE<br>MERRITT ISLAND FL 32953 | CREDITOR ID: 388113-54<br>ANDERSON-SANCHEZ, ADRIANNE<br>C/O WAGEHEIM & WAGNER, PA<br>ATTN RICHARD WAGEHEIM, ESQUIRE<br>2101 N ANDREWS AVENUE, SUITE 400<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 392363-55<br>ANDERSON-SANCHEZ, ADRIANNE<br>C/O: RICHARD WAGENHEIM, ESQ.<br>WAGENHEIM<br>2101 N ANDREWS AVE, STE. 400<br>FT LAURDERDALE FL 33311 | CREDITOR ID: 385816-54<br>ANDINO, OLGA<br>1150 SW 191ST  STREET<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 391076-55<br>ANDINO, OLGA<br>C/O: ROBERT ROSELLI<br>ROSELLI & ROSELLI, PA<br>3471 NORTH FEDERAL HIGHWAY<br>SUITE 600<br>FT. LAUDERDALE FL 33306 |
| CREDITOR ID: 242383-12<br>ANDREW EGGS<br>BILL ANDREWS<br>PO BOX 2466<br>WEST HELENA, AR 72390 | CREDITOR ID: 242384-12<br>ANDREW JERGENS COMPANY<br>1434 SOLUTI0NS CENTER<br>CHICAGO, IL 60677-1004 | CREDITOR ID: 386302-54<br>ANDREW, ELIZ<br>3105 DURANGO<br>FT WORTH TX 76116 |
| CREDITOR ID: 278407-24<br>ANDREWS & BARTH, PC<br>JEFFFREY W. HARRISON, ESQ.<br>8235 DOUGLAS AVENUE<br>SUITE 1120<br>DALLAS TX 75225 | CREDITOR ID: 242385-12<br>ANDREWS FILTER & SUPPLY<br>2309 COOLIDGE AVE<br>ORLANDO, FL 32804-4897 | CREDITOR ID: 243856-12<br>ANDREWS, BRANDON D<br>3149 DIVISION STREET<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 243956-12<br>ANDREWS, BRIAN E<br>PO BOX 1675<br>BAY MINETTE AL 36507 | CREDITOR ID: 244977-12<br>ANDREWS, CHANDA<br>1312 18TH AVE SOUTH<br>BIRMINGHAM, AL 35205 | CREDITOR ID: 386454-54<br>ANDREWS, EDITH<br>P O BOX 82<br>LECANTO FL 34460 |
| CREDITOR ID: 391510-55<br>ANDREWS, EDITH<br>C/O: ALFRED L. DEUTSCHMANN, ESQ.<br>DEUTSCHMAN AND ZAKARIA<br>217 N APOPKA AVE.<br>INVERNESS FL 34450 | CREDITOR ID: 406335-MS<br>ANDREWS, J.M.<br>2116 ELLISON PLACE<br>THE VILLAGES FL 32159 | CREDITOR ID: 397849-76<br>ANDREWS, MONIKAH<br>2510 WESTERIA PLACE<br>HOOVER, AL 35216 |
| CREDITOR ID: 386763-54<br>ANDREWS, SHIRLEY<br>600 SOUTH WEST CASSELBERRY TRA<br>MADISON FL 32340 | CREDITOR ID: 389636-54<br>ANDREWS, TANGELA C<br>5330 NW 198TH TERRACE<br>CAROL CITY, FL 33055 | CREDITOR ID: 393292-55<br>ANDREWS, TANGELA C<br>C/O: JOSEPH N NUSBAUM ESQ<br>BROTMAN NUSBAUM & FOX<br>7000 W. PALMETTO PARK RD.<br>SUITE 300<br>BOCA RATON FL 33433 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:    05-03817-3F1**

CREDITOR ID: 400567-91
ANDREWS, THOMAS
178 BRIARWOOD COURT
GUYTON GA 31312

CREDITOR ID: 406336-MS
ANDREWS, THOMAS
9016 GREEN CHASE DRIVE
MONTGOMERY AL 36117

CREDITOR ID: 381105-47
ANDRIOTIS, BONNIE R
10671 PARIS STREET
COOPER CITY, FL 33026

CREDITOR ID: 390274-54
ANDRIX, CLAUDIA
6401 LIVINGSTON AVENUE NORTH
SAINT PETERSBURG FL 33702

CREDITOR ID: 391239-55
ANDRUS, DEANNA I
C/O: KANNER & PINTALUGA, P.A.
5124 HOLLYWOOD BLVD
HOLLYWOOD FL 33021

CREDITOR ID: 386032-54
ANDRUS, DEANNA I
13431 SW 266 ST NARANJO
MIAMI, FL 33032

CREDITOR ID: 242386-12
ANDY WALLS/CONTRACTORS
PO BOX 189
AUTAUGAVILLE, AL 36003

CREDITOR ID: 242387-12
ANDY'S SEASONING INC
2829 CHOUTEAU AVE
ST LOUIS MO 63103

CREDITOR ID: 242389-12
ANGEL GRAPHICS
ATTN TERRI BAIRD
903 WEST BROADWAY
FAIRFIELD, IA 52556

CREDITOR ID: 242390-12
ANGEL MEDICAL CENTER
PO BOX 1209
FRANKLIN, NC 28744

CREDITOR ID: 406337-MS
ANGEL, EARL B.
2524 CRESTRIDGE CIRCLE
MARREO LA 70072

CREDITOR ID: 242394-12
ANGELO BROCATO ICE CREAM
214 N CARROLLTON AVE
NEW ORLEANS, LA 70119

CREDITOR ID: 279422-99
ANGELO GORDON & CO
ATTN: JAMES M MALLEY
245 PARK AVE 26TH FL
NEW YORK NY 10167

CREDITOR ID: 388705-54
ANGELO, MARY
3853 HERSCHEL ST.
JACKSONVILLE FL 32205

CREDITOR ID: 242395-12
ANGELS IN THE ARCHITECTURE
7 FIFTEENTH STREET
ST AUGUSTINE, FL 32080

CREDITOR ID: 242396-12
ANGELUS SANITARY CAN MACHINE
PO BOX 60880
LOS ANGELES, CA 90060-0880

CREDITOR ID: 242397-12
ANGELUS SERVICE GROUP
ATTN SANDRA ECKHARDT
4900 PACIFIC BLVD
LOS ANGELES CA 90058

CREDITOR ID: 242398-12
ANGIE JUNIOR HIGH SCHOOL
64433 DIXON
ANGIE, LA 70426

CREDITOR ID: 242840-12
ANGLIN, AUTUMN L
528 CO RD 861
ROANOKE AL 36274

CREDITOR ID: 377259-44
ANGLIN, TAMEKA
ORL DIV STORE# 705
2202 NAVEL CIRCLE
HAINES CITY, FL 33844

CREDITOR ID: 400249-85
ANGRUM, PATRICIA
C/O STEVEN H. FUNDERBURG
JONES, FUNDERBURG & SESSUMS, PLLC
P.O. BOX 13960
JACKSON MS 39201

CREDITOR ID: 387935-54
ANHUAMAN, YANET
3149 SW 60TH AVENUE
DAVIE, FL 33314

CREDITOR ID: 392218-55
ANHUAMAN, YANET
C/O: MARIO PROFETA, ESQ.
TACHER AND PROFETA, P.A
479 NW 27TH AVE
MIAMI FL 33125

CREDITOR ID: 383976-47
ANI PHARMACEUTICALS INC
PO BOX 11407
BIRMINGHAM, AL 35246-0961

CREDITOR ID: 404131-95
ANI PHARMACEUTICALS INC
PO BOX 297234
HOUSTON MS 77297-0234

CREDITOR ID: 242399-12
ANI PHARMACEUTICALS INC
3600 25TH AVE
GULFPORT, MS 39501

CREDITOR ID: 265383-31
ANIMAL CONTROL
ATTN: TOM LUNDY
100 SOUTHWEST BLVD BLDG A
NEWTON NC 28658-3901

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                              **CASE:**   05-03817-3F1

CREDITOR ID: 242400-12
ANIMAL RESCUE FUND INC
PO BOX 464
AMELIA OH 45102

CREDITOR ID: 242403-12
ANITA SPRING WATER
3899 PRODUCE ROAD, SUITE 101
LOUISVILLE, KY 40218

CREDITOR ID: 383977-47
ANIXTER BROS INC
P O BOX 847428
DALLAS, TX 75284-7428

CREDITOR ID: 242406-12
ANIXTER BROS INC
FILE 98908
PO BOX 1067
CHARLOTTE, NC 28201-1067

CREDITOR ID: 242407-12
ANMED LABORATORY SERVICES
PO BOX 4198
ANDERSON, SC 29622-4198

CREDITOR ID: 242410-12
ANNE MARIE ADAMS CLERK
JEFFERSON COUNTY COURTHOUSE
BIRMINGHAM AL 35203

CREDITOR ID: 242411-12
ANNE'S SIMPLY DELICIOUS
DELORES HART
PO BOX 3172
COLUMBIA, SC 29203

CREDITOR ID: 242412-12
ANNETTE CLAYTON GALLASPY
TRUSTEE
PO BOX 64868
BATON ROUGE, LA 70896

CREDITOR ID: 242413-12
ANNIE VS FLORIST
111 SOUTH BARBOUR STREET
CLAYTON NC 27520

CREDITOR ID: 242414-12
ANNISTON AVENUE ELEMENTARY SCHOOL
2314 JONES ST
GULFPORT, MS 39507

CREDITOR ID: 242415-12
ANNISTON STAR
PO BOX 2234
ANNISTON, AL 36202

CREDITOR ID: 242416-12
ANNS HOUSE OF NUTS
PO BOX 64052
BALTIMORE MD 21264-4052

CREDITOR ID: 404136-95
ANOVA FOOD INC
PO BOX 20156
ATLANTA GA 30350

CREDITOR ID: 242417-12
ANOVA FOOD INC
ATTN W M ALLEN
PO BOX 500157
ATLANTA, GA 31150

CREDITOR ID: 242418-12
ANS SIGNS INC
ATTN LORIE C APPERSON, PRES
700 W 9TH STREET
ADEL, GA 31620

CREDITOR ID: 407508-97
ANSA CO INC
ATTN: JAN STEPHENS
15149 W CARLILE DR
PARK HILL OK 74451

CREDITOR ID: 242419-12
ANSA INC
ATTN: JAN STEPHENS
1200 SOUTH MAIN
PO BOX 2758
MUSKOGEE, OK 74402

CREDITOR ID: 242420-12
ANSEL PROPERTIES INC
C/O CUSHMAN & WAKEFIELD
PO BOX 02-5137
MIAMI, FL 33102-5137

CREDITOR ID: 1075-07
ANSEL PROPERTIES INC
C/O CUSHMAN & WAKEFIELD
PO BOX 02-5137
MIAMI, FL 33102-5137

CREDITOR ID: 279337-36
ANSELL HEALTHCARE
ATTN JAMES N ALBETTA, CR MGR
200 SCHULTZ DRIVE
RED  BANK  NJ 07701

CREDITOR ID: 242421-12
ANSELL-AMERICAS
PO BOX  2025
CAROL STREAM, IL 60132-2025

CREDITOR ID: 404137-95
ANSELL-AMERICAS
200 SCHULZ DRIVE
ATTN SHARYN LANKAU
RED BANK NJ 07701

CREDITOR ID: 242422-12
ANSERCOMM
ATTN: ANTHONY GREENFIELD, PRES
PO BOX 1
MOORESTOWN, NJ 08057

CREDITOR ID: 242423-12
ANSLEY S PRICE
8310 MT VERNON ROAD
LITHIA SPRINGS GA 30122

CREDITOR ID: 242424-12
ANSON COUNTY TAX COLLECTOR
ANSON COUNTY COURTHOUSE
WADESBORO, NC 28170

CREDITOR ID: 242425-12
ANTHEM BLUE CROSS & BLUE SHIELD
PO BOX 37780
LOUISVILLE KY 40233-7730

CREDITOR ID: 383020-51
ANTHEM HEALTH PLAN
1351 WILLIAM HOWARD TAFT ROAD
CINCINNATI, OH 45206-1775

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383005-51<br>ANTHEM RX<br>1351 WILLIAM HOWARD TAFT ROAD<br>CINCINNATI, OH 45206-1775 | CREDITOR ID: 242426-12<br>ANTHONE'S SYRUP<br>ATTN: WENDY ALFORD, CREDIT MGR<br>11191 HIGHWAY 21 NORTH<br>PHILADELPHIA, MS 39350 | CREDITOR ID: 406083-97<br>ANTHONE'S SYRUP<br>ATTN: WENDY ALFORD, CREDIT MGR<br>PO BOX 1528<br>PHILADELPHIA MS 39350 |
| CREDITOR ID: 242427-12<br>ANTHONY INTERNATIONAL<br>BANK OF AMERICA LOCKBOX FILE #2388<br>2388 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | CREDITOR ID: 244418-12<br>ANTHONY, CAMILLE<br>2000 LANSING DRIVE<br>PENSACOLA FL 32504 | CREDITOR ID: 386377-54<br>ANTHONY, MARGARET<br>712 E. 4TH STREET<br>WEATHERFORD TX 76086 |
| CREDITOR ID: 256196-12<br>ANTHONY, MICHAEL<br>1846 ED CRAIF ROAD<br>VALE NC 28168 | CREDITOR ID: 397266-69<br>ANTHONY'S LANDSCAPING<br>ATTN TED ANTHONY, PRESIDENT<br>6430 JEFFERSON HIGHWAY<br>HARAHAN, LA 70123 | CREDITOR ID: 242428-12<br>ANTHONYS LANDSCAPING LLC<br>6430 JEFFERSON HWY<br>HARAHAN, LA 70123 |
| CREDITOR ID: 383978-47<br>ANTIGA AND COMPANY INC<br>P O BOX 262814<br>TAMPA, FL 33685 | CREDITOR ID: 242430-12<br>ANTILLES FOOD DIST INC<br>PO BOX 151536<br>TAMPA, FL 33684-1536 | CREDITOR ID: 404139-95<br>ANTILLES FOOD DIST INC<br>PO BOX 21326<br>TAMPA FL 33622-1326 |
| CREDITOR ID: 373726-44<br>ANTILLESFOOD DIST INC<br>PO BOX 151536<br>TAMPA, FL 33684-1536 | CREDITOR ID: 242431-12<br>ANTIOCH MISSIONARY BAPTIST CHURCH<br>OF CAROL CITY<br>21311 NW 34 AVENUE<br>ATTN BUFFY BUTLER<br>MIAMI GARDENS FL 33056 | CREDITOR ID: 397192-67<br>ANTIQUES & FLEA MALL, LLC<br>1131 COUNTY ROAD 388 #8<br>VALLEY, AL 36854 |
| CREDITOR ID: 242432-12<br>ANUP TRUCKING<br>C/O SCOTT ALLEN & ASSOCIATES<br>2637 E ATLANTIC BLVD<br>SUITE 142<br>POMPANO BEACH FL 33062 | CREDITOR ID: 242433-12<br>ANVIL CASES<br>15730 SALT LAKE AVENUE<br>CITY OF INDUSTRY CA 91745 | CREDITOR ID: 242434-12<br>ANYTIME WASTE SYSTEMS<br>PO BOX 34777<br>LOUISVILLE KY 40232-4777 |
| CREDITOR ID: 242435-12<br>AOK TIRE MART<br>PO BOX 1389<br>APOPKA, FL 32703 | CREDITOR ID: 404140-95<br>AOK TIRE MART<br>ATTN KEN DISALVATORE, OPERATION MGR<br>200 W MAIN ST<br>APOPKA FL 32703 | CREDITOR ID: 242436-12<br>APAC MISSISSIPPI INC<br>PO BOX 24508<br>JACKSON MS 39225 |
| CREDITOR ID: 265385-31<br>APALACHEE REGIONAL PLG COUNSIL<br>ATTN: CHARLES D BLUME<br>20776 CENTRAL AVE E<br>BLOUNTSTOWN FL 32424-2276 | CREDITOR ID: 388465-54<br>APARICIO, MARTHA L<br>15315 SW 73 TERRACE CIRCLE #8<br>MIAMI, FL 33193 | CREDITOR ID: 392559-55<br>APARICIO, MARTHA L<br>C/O: HERMAN KLEMICK<br>KLEMICK & GAMPEL, P.A.<br>1953 S.W. 27TH AVE.<br>MIAMI FL 33145 |
| CREDITOR ID: 406308-93<br>APARICIO, SARA<br>1900 SW 82ND AVENUE<br>MIAMI FL 33155 | CREDITOR ID: 406308-93<br>APARICIO, SARA<br>C/O JOSHUA D MEDVIN & ASSOCIATES<br>ATTN JOSHUA D MEDVIN ESQ<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 | CREDITOR ID: 242437-12<br>APARTMENT ARRANGEMENTS<br>2507-A STOCKBRIDGE DRIVE<br>CHARLOTTE, NC 28210 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

CREDITOR ID: 265387-31
APB WASTE HAULING
ATTN: MICKEY PHILLIPS
4503 POINSETT ST
NORTH MYRTLE BEACH SC 29582-5231

CREDITOR ID: 242438-12
APEX CAPITAL CORP
PO BOX 961029
FORT WORTH TX 76161-1029

CREDITOR ID: 242439-12
APEX CAREX HEALTHCARE PRODUCTS
PO BOX 678233
DALLAS TX 75267-8233

CREDITOR ID: 242440-12
APEX OFFICE PRODUCTS
5209 N HOWARD AVE
TAMPA, FL 33603

CREDITOR ID: 265388-31
APEX PUBLIC WORKS
ATTN: TIM DONALDLY
105 UPCHURCH ST
APEX NC 27502

CREDITOR ID: 242441-12
APEX SUPPLY COMPANY,INC
DBA THE HOME DEPOT SUPPLY
PO BOX 101802
ATLANTA, GA 30392-1802

CREDITOR ID: 242442-12
API FUND FOR PAYROLL EDUCATION INC
C/O HOLMES CORPORATION
1279 TRAPP ROAD
EGAN MN 55121-1254

CREDITOR ID: 242443-12
APJ MEATS
ATTN: J SAMPSON, PRES
183 LANDRUM LANE, STE 104
PONTE VEDRA BEACH, FL 32082

CREDITOR ID: 242444-12
APM
545 E J CARPENTER FREEWAY, STE 1900
IRVING, TX 75062

CREDITOR ID: 242445-12
APOLLO DISPLAY TECHNOLOGIES LLC
PO BOX 9673
UNIONDALE NY 11555-9673

CREDITOR ID: 242446-12
APOLLO TRADING LTD
ATTN ROBERT S POST, PRES
PO BOX 812379
BOCA RATON, FL 33481-2379

CREDITOR ID: 386729-54
APONTE, IRENE
1213 VOYAGER STREET
DELTONA FL 32725

CREDITOR ID: 262765-12
APOPKA CHIEF, THE
439 W ORANGE BLOSSOM TRL
APOPKA, FL 32712

CREDITOR ID: 242447-12
APOTHECARY PRODUCTS INC
11750 12TH AVE SOUTH
BURNSVILLE, MN 55337-1295

CREDITOR ID: 242448-12
APPALACHIAN STATE UNIVERSITY
PURCHASING OFFICE
PO BOX 32056
BOONE NC 28608

CREDITOR ID: 242449-12
APPALACHIAN TITLE RESEARCH INC
PO BOX 1048
PIKEVILLE, KY 41502-1048

CREDITOR ID: 242450-12
APPALACHIAN UNIVERSITY
504 DUPHBLAN STREET
BOONE, NC 28608

CREDITOR ID: 242451-12
APPDEV PRODUCTS
7610 EXECUTIVE DRIVE
EDEN PRAIRIE MN 55344

CREDITOR ID: 382388-51
APPEL, LAURENCE B.
8820 HOLBORN COURT
JACKSONVILLE, FL 32217

CREDITOR ID: 242452-12
APPLE & EVE INC
ATTN: JON ALPERT
PO BOX 27111
NEW YORK, NY 10087-7111

CREDITOR ID: 265389-31
APPLE VALLEY DEVELOPMENT LLC
ATTN: JAMES FAW
1714 WINKLER STREET
NORTH WILKESBORO NC 28659

CREDITOR ID: 381988-36
APPLES & EVE
JONATHAN ALPERT
2 SEAVIEW BLVD
PORT WASHINGTON NY 11050

CREDITOR ID: 1076-07
APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC.
PO BOX 36799
CHARLOTTE, NC 28236-6799

CREDITOR ID: 242453-12
APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC.
PO BOX 36799
CHARLOTTE NC 28236-6799

CREDITOR ID: 242454-12
APPLIANCE PARTS OF MOBILE INC
660 HOLCOMBE AVENUE
MOBILE AL 36606-4299

CREDITOR ID: 242455-12
APPLIANCE REPAIR SPECIALISTS
440 MONTANA COURT
PRATTVILLE AL 36067

CREDITOR ID: 394016-61
APPLICATIONS ENGINEERING GROUP, INC.
1200 MAYPORT RD.
ATLANTIC BEACH, FL 32233

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395506-64<br>APPLIED COMMUNICATIONS INC.<br>345 W IRVING PARK ROAD<br>ROSELLE, IL 60172 | CREDITOR ID: 242456-12<br>APPLIED DECISIONS USA<br>PO BOX 2091<br>AURORA, IL 60507-2091 | CREDITOR ID: 404141-95<br>APPLIED DECISIONS USA<br>135 S LASALLE<br>DEPT 3992<br>CHICAGO IL 60674-3992 |
| CREDITOR ID: 406200-G4<br>APPLIED DECISIONS USA<br>2801 S. FAIRFIELD AVE., SUITE B<br>LOMBARD IL 60148 | CREDITOR ID: 242459-12<br>APPLIED INDUSTRIAL TECHNOLOGIES<br>PO BOX 6339<br>CLEVELAND, OH 44101-1339 | CREDITOR ID: 383979-47<br>APPLIED INDUSTRIAL TECHNOLOGIES<br>22510 NETWORK PLACE<br>CHICAGO, IL 60673-1225 |
| CREDITOR ID: 242457-12<br>APPLIED INDUSTRIAL TECHNOLOGIES<br>1408 HAINES STREET<br>JACKSONVILLE, FL 32206-5462 | CREDITOR ID: 404142-95<br>APPLIED INDUSTRIAL TECHNOLOGIES<br>PO BOX 905794<br>CHARLOTTE NC 28290-5794 | CREDITOR ID: 242460-12<br>APPLIED PROCESS EQUIP SPECIALISTS<br>PO BOX 77501<br>BATON ROUGE LA 70879 |
| CREDITOR ID: 242461-12<br>APPLIED SYSTEM TECHNOLOGIES INC<br>3022-B PORTER STREET<br>RICHMOND VA 23225 | CREDITOR ID: 381337-47<br>APPLIED SYSTEMS TECHNOLOGY CHARLOTTE<br>ATTN: KEVIN J LINER<br>1017 MORRISVILLE PKWY<br>PO DRAWER 185<br>MORRISVILLE, NC 27560-0185 | CREDITOR ID: 242463-12<br>APPLING COUNTY TAX COMMISSIONER<br>PROPERTY TAX<br>83 SOUTH OAK STREET, SUITE B<br>BAXLEY GA 31513 |
| CREDITOR ID: 317278-42<br>APPLING COUNTY TAX COMMISSIONER<br>83 SOUTH OAK ST., STE. B<br>BAXLEY GA 31513 | CREDITOR ID: 242464-12<br>APPLING HEALTH CARE SYSTEMS<br>PO BOX 2070<br>BAXLEY GA 31515 | CREDITOR ID: 242465-12<br>APPOLLONIA D POWELL<br>PO BOX 523<br>CLINTON MS 39060 |
| CREDITOR ID: 403230-99<br>APPRAISERS ASSOCIATED LTD<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 242466-12<br>APPRAISERS ASSOCIATED LTD<br>PO DRAWER 3308<br>MERIDIAN, MS 39303 | CREDITOR ID: 242468-12<br>APRIL BRADLEY & HARRY L HARPER ESQ<br>PO DRAWER 790<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 382389-51<br>APRISMA MANAGEMENT TECHNOLOGIES<br>273 CORPORATE DRIVE<br>PORTMOUTH, NH 03801 | CREDITOR ID: 242472-12<br>APRISMA MANAGEMENT TECHNOLOGIES INC<br>PO BOX 846004<br>BOSTON, MA 02284-6004 | CREDITOR ID: 242473-12<br>APS ALABAMA PROTECTION<br>1019 KICKER ROAD<br>TUSCALOOSA, AL 35404 |
| CREDITOR ID: 242474-12<br>APS HEALTHCARE<br>PO BOX 16090<br>MISSOULA, MT 59808-6090 | CREDITOR ID: 242475-12<br>APS PLUMBING SERVICE<br>PO BOX 4154<br>FLORENCE SC 29502 | CREDITOR ID: 382390-51<br>APS-EAP<br>ATTN: JOE HUFFMAN<br>8403 COLESVILLE RD, SUITE 1600<br>SILVER SPRINGS, MD 20910 |
| CREDITOR ID: 404143-95<br>APV NORTH AMERICA INC<br>PO BOX 70380<br>CHICAGO IL 60673-0380 | CREDITOR ID: 242476-12<br>APV NORTH AMERICA INC<br>PO BOX 223272<br>PITTSBURGH, PA 15251-2272 | CREDITOR ID: 354-03<br>AQUA FLORIDA UTILITIES INC<br>ATTN DIANNA STIEGLER, BILLING COOR<br>6960 PROFESSIONAL PKY E, SUITE 400<br>SARASOTA FL 34240 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 242478-12
AQUA PURE WATER & SEWAGE SVC INC
10865 EAST STATE ROAD 40
SILVER SPRINGS FL 34488

CREDITOR ID: 242479-12
AQUA SOFT WATER SYSTEMS INC
ATTN MARGARET E RICE, PRES
220 BUSINESS PARKWAY
ROYAL PALM BEACH, FL 33411

CREDITOR ID: 242485-12
AQUA STAR
DEPARTMENT 406
PO BOX 34935
SEATTLE, WA 98124-1935

CREDITOR ID: 399441-15
AQUA STAR
ATTN ANDREW PICKERING, CFO
2025 1ST AVENUE, SUITE 200
SEATTLE WA 98121

CREDITOR ID: 242480-12
AQUA UTILITIES FLORIDA INC
PO BOX 8010
PHILADELPHIA, PA 19101-8010

CREDITOR ID: 242481-12
AQUA WASTE REPAIRS INC
3575 SNEED ROAD
FORT PIERCE, FL 34945

CREDITOR ID: 242482-12
AQUA WASTE REPAIRS INC
PO BOX 1198
ISLAMORADA FL 33036

CREDITOR ID: 242483-12
AQUALON COMPANY
PO BOX 932576
ATLANTA, GA 31193-2576

CREDITOR ID: 242484-12
AQUARIA INC
LBX # 22770 NETWORK PLACE
CHICAGO, IL 60673-1227

CREDITOR ID: 404144-95
AQUASTAR
PO BOX 1067
CHARLOTTE NC 28201-1067

CREDITOR ID: 242486-12
AQUATIC SYSTEMS INC
2100 NW 33RD STREET
POMPANO BEACH, FL 33069

CREDITOR ID: 404145-95
AQUATIC SYSTEMS INC
426 S W 12TH AVE
DEERFIELD BEACH FL 33442

CREDITOR ID: 397617-72
AQUATIC SYSTEMS INC.
426 SW 12TH AVE
DEERFIELD BEACH, FL 33442

CREDITOR ID: 242487-12
ARABI ELEMENTARY SCHOOL
1 MUSTANG DRIVE
ARABI, LA 70043

CREDITOR ID: 397618-72
ARAMARK
5698 COMMONWEALTH AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 242488-12
ARAMARK
2312 25TH STREET N
BIRMINGHAM, AL 35202

CREDITOR ID: 242489-12
ARAMARK
2321 WILKINSON BLVD
CHARLOTTE, NC 28208

CREDITOR ID: 404146-95
ARAMARK CO
357 E 21ST ST
JACKSONVILLE FL 32206

CREDITOR ID: 242491-12
ARAMARK FSS CORPORATION
PO DRAWER 429
CLEMSON, SC 29633

CREDITOR ID: 242492-12
ARAMARK SERVICES
PO BOX 224
OPA LOCKA, FL 33054

CREDITOR ID: 407619-97
ARAMARK UNIFORM & CAREER APPAREL
DBA ARANARK UNIFORM, DBA WEARGUARD
ATTN STEVEN M FRIEDMAN
115 N FIRST STREET
BURBANK CA 91502

CREDITOR ID: 407619-97
ARAMARK UNIFORM & CAREER APPAREL
C/O HAWLEY TROXELL ENNIS & HAWLEY
ATTN SHEILA R SCHWAGER, ESQ
PO BOX 1617
BOISE ID 83701

CREDITOR ID: 407452-15
ARAMARK UNIFORM & CAREER APPAREL
DBA ARAMARK UNIFORM / DBA WEARGUARD
C/O HAWLEY TROXELL ENNIS & HAWLEY
ATTN SHEILA R SCHWAGER ESQ
PO BOX 1617
BOISE ID 83701

CREDITOR ID: 242493-12
ARAMARK UNIFORM NATIONAL ACCOUNTS
PO BOX 828441
PHILADELPHIA, PA 19182-8441

CREDITOR ID: 242498-12
ARAMARK UNIFORM SERVICES
PO BOX 54343
ATLANTA, GA 30308

CREDITOR ID: 382857-51
ARAMARK UNIFORM SERVICES
5698 COMMONWEALTH AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 383980-47
ARAMARK UNIFORM SERVICES
PO BOX 398
VINTON VA 24179

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

CREDITOR ID: 404147-95
ARAMARK UNIFORM SERVICES
PO BOX 4855
JACKSONVILLE FL 32201

CREDITOR ID: 242495-12
ARAMARK UNIFORM SERVICES
PO BOX 37005
JACKSONVILLE, FL 32236-7005

CREDITOR ID: 242494-12
ARAMARK UNIFORM SERVICES
PO BOX 10722
BIRMINGHAM, AL 35202-0722

CREDITOR ID: 242501-12
ARAMARK UNIFORM SERVICES INC
PO BOX 16984
GREENSBORO, NC 27416-0984

CREDITOR ID: 242500-12
ARAMARK UNIFORM SERVICES INC
2741 S DIVISION AVENUE
ORLANDO, FL 32805

CREDITOR ID: 242499-12
ARAMARK UNIFORM SERVICES INC
160 ALI BABA AVENUE
OPA LOCKA, FL 33054

CREDITOR ID: 242502-12
ARAMARK UNIFORMS SERVICES INC
PO BOX 76005
TAMPA, FL 33675-1005

CREDITOR ID: 387325-54
ARBELAEZ, BIBANA
2518 N. 28TH AVENUE
HOLLYWOOD, FL 33020

CREDITOR ID: 393297-55
ARBOLEDA, ASHTON M (MINOR)
C/O LESLIE SCOTT JEAN-BART, ESQ.
FARAH, FARAH, & ABBOTT, P.A.
1845 UNIVERSITY BLVD N
JACKSONVILLE FL 32211

CREDITOR ID: 390492-54
ARBOLEDA, ASHTON M (MINOR)
2438 SUMMERTREE ROAD EAST
JACKSONVILLE, FL 32246

CREDITOR ID: 404148-95
ARBON EQUIPMENT CORP
6950 PHILLIPS HWY #49
JACKSONVILLE FL 32216

CREDITOR ID: 242504-12
ARBON EQUIPMENT CORPORATION
BOX 78196
MILWAUKEE, WI 53278-0196

CREDITOR ID: 397850-76
ARBULU, CARMEN
2650 W 70 ST
HIALEAH, FL 33016

CREDITOR ID: 397850-76
ARBULU, CARMEN
C/O SOLMS & ASSOCIATES, LLC
ATTN WILLIAM O SOLMS JR, ESQ
9100 SOUTH DADELAND BLVD, STE 1602
MIAMI FL 33156-7817

CREDITOR ID: 242505-12
ARC ELECTRIC
ATTN THOMAS L ADKINS, PRESIDENT
PO BOX 26581
JACKSONVILLE, FL 32218-6581

CREDITOR ID: 242506-12
ARC OF HIGH POINT
153 E BELLEVUE DRIVE
HIGH POINT NC 27265

CREDITOR ID: 242507-12
ARC ON WELDING INC
5319 SUNWOOD ROAD
PANAMA CITY FL 32404

CREDITOR ID: 1077-07
ARCADIA FL DIVERSEY WEST
C/O KENNEDY WILSON PROPERTIES LTD
100 PRINGLE AVENUE
WALNUT CREEK, CA 94596-0612

CREDITOR ID: 242508-12
ARCADIA FL DIVERSEY WEST
C/O KENNEDY WILSON PROPERTIES LTD
100 PRINGLE AVE
SUITE 150
WALNUT CREEK, CA 94596

CREDITOR ID: 242509-12
ARCADIA SUBURBAN PROPANE
PO BOX 518
WAUCHULA, FL 33873-0518

CREDITOR ID: 395602-65
ARCADIAN LANDSCAPING
PO BOX 2246
KENNER, LA 70062

CREDITOR ID: 242510-12
ARCAP SERVICING INC
PO BOX 915054
DALLAS TX 75391-5054

CREDITOR ID: 389096-54
ARCE, FLOR
11362 SW 246TH ST
HOMESTEAD, FL 33032

CREDITOR ID: 392985-55
ARCE, FLOR
C/O: LUIS O. TORRES, P.I.
THE ROSENBLATT LAW FIRM
7695 SW 104 ST.230
PINECREST FL 33156

CREDITOR ID: 243415-12
ARCEMENT, BETTY
115 ELMIRA COURT, LOT 41
THIBODEAUX LA 70301

CREDITOR ID: 397619-72
ARCH INSURANCE INSURANCE
C/O MARSH USA INC
PO BOX 100357
ATLANTA, GA 30384-0357

CREDITOR ID: 395259-63
ARCH PAGING
ATTN DIVISION 26
CINNCINNATI, OH 45274-0085

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242511-12<br>ARCH WIRELESS<br>PO BOX 660770<br>DALLAS, TX 75266-0770 | CREDITOR ID: 395603-65<br>ARCH WIRELESS<br>350 AUTOMATION WAY<br>BIRMINGHAM, AL 35210 | CREDITOR ID: 406338-MS<br>ARCHAMBAULT, HENRY<br>633 ROSELAND PARKWAY<br>HARAHAN LA 70123 |
| CREDITOR ID: 389502-54<br>ARCHAMBAULT, KAY<br>2251 SE 114TH STREET<br>MORRISTON, FL 32668 | CREDITOR ID: 242512-12<br>ARCHBISHOP BLENK<br>17 GRETNA BLVD<br>GRETNA, LA 70053 | CREDITOR ID: 242513-12<br>ARCHBISHOP CHAPELLE HS<br>8800 VETERANS MEMORIAL<br>METAIRIE, LA 70003 |
| CREDITOR ID: 242514-12<br>ARCHBISHOP HANNON HIGH SCHOOL<br>2501 ARCHBISHOP HANNAN BLVD<br>MERAUX, LA 70075 | CREDITOR ID: 242515-12<br>ARCHBISHOP SHAW H S<br>1000 BARATARIA BLVD<br>MARRERO, LA 70072 | CREDITOR ID: 242516-12<br>ARCHBOLD CORPORATE SALES<br>ATTN ANNA HEATH PFS<br>920 HWY 84 W<br>THOMASVILLE, GA 31792 |
| CREDITOR ID: 242517-12<br>ARCHDALE OFFICE SUPPLY<br>115 TRINDALE RD<br>ARCHDALE NC 27263 | CREDITOR ID: 242518-12<br>ARCHDALE THOMASVILLE LOCKSMITH<br>PO BOX 218<br>THOMASVILLE, NC 27361-0218 | CREDITOR ID: 242519-12<br>ARCHER DANIELS MIDLAND<br>PO BOX 92572<br>CHICAGO, IL 60675-2572 |
| CREDITOR ID: 399865-84<br>ARCHER, NINA<br>1210 PALM BEACH LAKES<br>APT A3<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 400304-85<br>ARCHER, NINA<br>C/O AMEEN & DRUCKER, PA<br>ATTN GARY DRUCKER, ESQ<br>3111 UNIVERSITY DRIVE, SUITE 901<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 242520-12<br>ARCHIE HAMLIN NURSERY INC<br>PO BOX 277<br>RUSKIN FL 33570-0277 |
| CREDITOR ID: 242521-12<br>ARCHIMEDES SYSTEMS INC<br>PO BOX 600421<br>JACKSONVILLE FL 32260 | CREDITOR ID: 242522-12<br>ARCHWAY COOKIES INC<br>C/O PARMALAT BAKERY SHARED SERVICE<br>231291 MOMENTUM PLACE<br>CHICAGO, IL 60689-5311 | CREDITOR ID: 404149-95<br>ARCHWAY COOKIES INC<br>PO BOX 79001<br>DETROIT MI 48279-1375 |
| CREDITOR ID: 242524-12<br>ARCOM TECHNOLOGIES<br>ATTN RICHARD TALLEY, PRES<br>5450 OLD LAGRANGE ROAD<br>CRESTWOOD, KY 40014 | CREDITOR ID: 404150-95<br>ARCOM TECHNOLOGIES<br>4103 PIRATE LANE<br>LOUISVILLE KY 40229 | CREDITOR ID: 269214-16<br>ARCOR USA/NUTREX CORP.<br>7200 NORTHWEST CORP CENTER DR.<br>MIAMI, FL 33126 |
| CREDITOR ID: 242525-12<br>ARCTIC DRY ICE<br>4062 NORTH 30 AVENUE<br>HOLLYWOOD FL 33020 | CREDITOR ID: 242526-12<br>ARCTIC DRY ICE INC<br>4062 N 30 AVENUE<br>HOLLYWOOD FL 33020 | CREDITOR ID: 394073-56<br>ARDIS, VIRGINIA<br>C/O J. MARVIN MULLIS, JR./PAMELA MU<br>1229 ELMWOOD AVENUE<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 399763-84<br>ARDIS, VIRGINIA<br>C/O MULLIS LAW FIRM<br>ATTN PAMELA R MULLIS, ESQ<br>PO BOX 7757<br>COLA SC 29201 | CREDITOR ID: 399763-84<br>ARDIS, VIRGINIA<br>19 NEWMAN STREET<br>SUMPTER SC 29510 | CREDITOR ID: 243029-12<br>ARDOIN, BARBARA<br>418 CHERRY STREET<br>BELMONT NC 28012 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ،Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242527-12<br>AREA CONSTRUCTION SUPPLIES LLC<br>ATTN: PHILLIP SIMMONS, OWNER<br>2514 RIVER RD, SUITE 107<br>PIEDMONT, SC 29673 | CREDITOR ID: 265390-31<br>AREA COUNTY SOIL & WATER DST<br>ATTN: LARRY BRAY<br>2601 N CROATAN HWY<br>KILL DEVIL HILLS NC 27948-8985 | CREDITOR ID: 242528-12<br>AREA HOUSING COM<br>PO BOX 18370<br>PENSACOLA FL 32523-8370 |
| CREDITOR ID: 399461-82<br>ARELLANO, ALMA O.<br>SUITE ONE OF GWINNETT GEORGIA<br>1950 WILLOW TRAIL PARKWAY<br>NORCROSS  GA 30047 | CREDITOR ID: 244593-12<br>ARELLANO, CAROL<br>3850 NW 103RD AVENUE<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 242529-12<br>ARENA TRUCKING CO INC<br>PO BOX 8<br>RICE, VA 23966-0008 |
| CREDITOR ID: 242530-12<br>ARENDER PLUMBING & HEATING<br>SUPPLY & PARTS<br>2025 HIGHWAY 80 WEST<br>JACKSON MS 39204-2390 | CREDITOR ID: 245365-12<br>ARENDT, CHRISTOPHER R<br>8001 FOUNTAIN AVENUE<br>TAMPA FL 33615 | CREDITOR ID: 265391-31<br>ARGONAUT DEVELOPMENT INC<br>ATTN: ROBERT A BUTLER<br>3685 SEASIDE DR STE 2<br>KEY WEST FL 33040-5225 |
| CREDITOR ID: 382988-51<br>ARGUS<br>1300 WASHINGTON STREET<br>KANSAS CITY, MO 64105-1433 | CREDITOR ID: 242531-12<br>ARGUS LOGISTICS<br>550 E KEENE RD<br>APOPKA FL 32703 | CREDITOR ID: 242532-12<br>ARGUS LOGISTICS<br>PO BOX 939<br>FAYETTEVILLE, AR 72702 |
| CREDITOR ID: 386146-54<br>ARIAS, CASILDA<br>305 DELTONIA ST<br>KISSIMMEE, FL 34741 | CREDITOR ID: 391318-55<br>ARIAS, CASILDA<br>C/O PAYAS PAYAS & PAYAS, PA<br>ATTN FERMIN LOPEZ, ESQ<br>921 NORTH MAIN STREET, SUITE 202<br>KISSIMMEE FL 34741 | CREDITOR ID: 399667-YY<br>ARISE COMMUNICATION LLC<br>109 PAT STREET<br>ATHENS AL 35611 |
| CREDITOR ID: 315666-36<br>ARIZONA BEVERAGE CO<br>C/O SILLER WILK LLP<br>ATTN: ERIC J SNYDER<br>675 THIRD AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 242536-12<br>ARIZONA BEVERAGE LLC<br>2450 W COPANS ROAD<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 404151-95<br>ARIZONA BEVERAGE LLC<br>198 LOCK RD<br>DEERFIELD BEACH FL 33442 |
| CREDITOR ID: 242537-12<br>ARIZONA STATE BOARD OF ACCOUNTANCY<br>100 NORTH 15TH AVENUE, SUITE 165<br>PHOENIX AZ 85007 | CREDITOR ID: 242538-12<br>ARLEE HOME FASHION<br>PO BOX 711550<br>CINCINNATI OH 45271-1550 | CREDITOR ID: 242541-12<br>ARLES SERVICE CO INC<br>9618 SANTA FE SPRINGS RD<br>NO 1<br>SANTA FE SPRINGS CA 90670-2965 |
| CREDITOR ID: 242543-12<br>ARLINGTON BUSINESS EQUIPMENT<br>5837 COMMERCE ST<br>JACKSONVILLE FL 32211-5359 | CREDITOR ID: 242544-12<br>ARLINGTON PREPARATORY ACADEMY<br>931 DEAN LEE DR<br>BATON ROUGE, LA 70820 | CREDITOR ID: 315730-40<br>ARLINGTON PROPERTIES INC<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM, AL 35202-2767 |
| CREDITOR ID: 1079-07<br>ARLINGTON PROPERTIES INC.<br>2117 SECOND AVENUE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 | CREDITOR ID: 242546-12<br>ARLINGTON SALVAGE & WRECKER<br>5840 ARLINGTON RD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 404152-95<br>ARLINGTON SALVAGE & WRECKER<br>1203 BERNITA RD<br>JACKSONVILLE FL 32211 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 242547-12
ARLINGTON WATER UTILITIES
PO BOX 90020
ARLINGTON, TX 76004-3020

CREDITOR ID: 242549-12
ARMADA VEHICLE RENTAL INC
5555 OAKBROOK PKWY, SUITE 680
NORCROSS, GA 30093

CREDITOR ID: 242551-12
ARMKEL LLC
PO BOX 827209
PHILADELPHIA PA 19182-7209

CREDITOR ID: 381085-47
ARMOR HOLDINGS
ATTN KELLY D CARR
PO BOX 18421
JACKSONVILLE, FL 32229-8421

CREDITOR ID: 264267-12
ARMOR, VONDA
90B CARSON VILLAGE
BIRMINGHAM, AL 35215

CREDITOR ID: 242552-12
ARMOUR SPECIALTY MARKETING
PO BOX 403323
ATLANTA, GA 30384-3323

CREDITOR ID: 404153-95
ARMOUR SPECIALTY MARKETING
PO BOX 73517
CHICAGO IL 60673-7517

CREDITOR ID: 390114-54
ARMSTEAD, ROSS
3141 INDEN RIDGE PLACE
LAKELAND, FL 33810

CREDITOR ID: 393569-55
ARMSTEAD, ROSS
C/O BURNETTI, PA
ATTN DEAN BURNETTI, ESQ
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801-4621

CREDITOR ID: 399462-82
ARMSTRONG, JOANN
18 CRANE STREET
BRUNSWICK GA 31523

CREDITOR ID: 242553-12
ARMSTRONG ELECTRIC COMPANY INC
4920 CHANEY ST
PENSACOLA FL 32503

CREDITOR ID: 382391-51
ARMSTRONG LAING GROUP, INC.
3340 PEACHTREE ROAD NE
ATLANTA, GA 30326

CREDITOR ID: 242555-12
ARMSTRONG MIDDLE SCHOOL
700 MARTIN LUTHER KING DR
RAYNE, LA 70578

CREDITOR ID: 242034-12
ARMSTRONG, ALLISON
8704 WALTEE ROAD
LOUISVILLE KY 40291

CREDITOR ID: 406339-MS
ARMSTRONG, CARL R
2360 LINKS DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 399463-82
ARMSTRONG, CHRISTOPHER
7242 MISTY HARBOR COURT
STONE  MOUNTAIN  GA 30087

CREDITOR ID: 381553-47
ARMSTRONG, DANIEL S
1219 WOODSAGE DRIVE
SODDY-DAISY, TN 37379

CREDITOR ID: 386968-54
ARMSTRONG, DARLENE
11435 SW 133 CT #1
MIAMI FL 33186

CREDITOR ID: 406340-MS
ARMSTRONG, IVEY D
13221 S W 67TH STREET
MIAMI FL 33183

CREDITOR ID: 403582-94
ARMSTRONG, JIMMY L
6152 MISSON DRIVE
ORLANDO FL 32810-3909

CREDITOR ID: 388562-54
ARMSTRONG, LOIS
434 HAWTHORNE DRIVE
LAKE PARK FL 33403

CREDITOR ID: 385480-54
ARMSTRONG, PAT
7825 EATON AVENUE
JACKSONVILLE, FL 32211

CREDITOR ID: 390780-55
ARMSTRONG, PAT
C/O: ASHWIN A. SHARMA, ESQ.
LAW OFFICES OF J. SCOTT NOONEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 386565-54
ARMSTRONG, PATRICIA
2390 OLD MIDDLEBURG RD. NORTH
JACKSONVILLE FL 32210

CREDITOR ID: 391584-55
ARMSTRONG, PATRICIA
C/O: MICHAEL J. O'ROURKE
O'ROURKE & GRIGGS, P.A.
4940 BEACH BLVD.
JACKSONVILLE FL 32207

CREDITOR ID: 406341-MS
ARMSTRONG, PHIL
2025 SYLVESTER RD., UNIT PP2
LAKELAND FL 33803

CREDITOR ID: 406342-MS
ARMSTRONG, WALTER K.
17340 SW 267 LANE
HOMESTEAD FL 33031

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

CREDITOR ID: 256271-12
ARMSTRONGII, MICHAEL W
625 PARK AVENUE
EDEN NC 27288

CREDITOR ID: 242556-12
ARMY TIMES
6883 COMMERCIAL DRIVE
SPRINGFIELD, VA 22159

CREDITOR ID: 242557-12
ARNAUDVILLE ELEMENTARY
PO BOX 770
ARNAUDVILLE, LA 70512

CREDITOR ID: 242558-12
ARNEG INC
4243 LONAT DRIVE
NAZARETH, PA 18064

CREDITOR ID: 278408-24
ARNOBO ASSOCIATES PARTNERSHIP
A/K/A ARNOBO ASSOCIATES LLC
C/O SCG MANAGEMENT
3101 TOWERCREEK PARKWAY
SUITE 200
ATLANTA GA 30339

CREDITOR ID: 242561-12
ARNOLD FOODS CO INC
PO BOX 532992
ATLANTA, GA 30353-2992

CREDITOR ID: 404154-95
ARNOLD FOODS CO INC
PO BOX 60588
CHARLOTTE NC 28260

CREDITOR ID: 404156-95
ARNOLD TRANSPORTATION SERVICES
ATTN BILL TOOMEY, CR & COLL SUPERV
451 FREIGHT STREET
CAMP HILL PA 17011

CREDITOR ID: 242562-12
ARNOLD TRANSPORTATION SERVICES
PO BOX 955599
ST LOUIS, MO 63195-5599

CREDITOR ID: 389998-54
ARNOLD, DELLA
4108 LEAF LANE
ZEPHYRHILLS FL 33540

CREDITOR ID: 393514-55
ARNOLD, DELLA
C/O: WILLIAM MCNIGHT
LAW OFFICE OF WILLIMA MCNIGHT
4117 N. ARMENIA AVE.
P.O.BOX 10442   TAMPA 33679
TAMPA FL 33607

CREDITOR ID: 388400-54
ARNOLD, JENNIFER
20429 POWERLINE RD
DADE CITY, FL 33525

CREDITOR ID: 265392-31
ARNOLDS ENTERPRISE
ATTN: ARNOLD MACLIN
6865 NAVY RD
MILLINGTON TN 38053-3136

CREDITOR ID: 390479-54
ARNONE, ANTHONY J
54711 MASHON ROAD
INDEPENDENCE LA 70443

CREDITOR ID: 269256-16
ARNONE, FRANK
C/O W. CHAD STELLY
ROME, ARATA & BAXLEY, LLC
POYDRAS CENTER, SUITE 2017
650 POYDRAS STREET
NEW ORLEANS, LA 70130

CREDITOR ID: 391559-55
ARNONE, FRANK A
C/O: CHAD STELLY
MCQUAIG & STELLY, APLC
100 LILAC STREET
METAIRIE LA 70005

CREDITOR ID: 390401-54
ARNONE, FRANK A
52586 RED HILL ROAD
INDEPENDENCE LA 70443

CREDITOR ID: 1618-07
ARNOVITZ, E M & PLASKER, M
LAKESHORE VILLAGE
5025 WINTERS CHAPEL ROAD
ATLANTA, GA 30360

CREDITOR ID: 406072-15
ARNOVITZ, WILFORD
940 DONNER WAY, APT 390
SALT LAKE UT 84108

CREDITOR ID: 279111-32
ARNSTEIN & LEHR LLP
ATTN:  KONSTANTINOS ARMIROS
120 SOUTH RIVERSIDE PLAZA
SUITE 1200
CHICAGO IL 60606

CREDITOR ID: 386068-54
AROCHA, DELIA
3106 STIRLING RD, SUITE 208
FORT LAUDERDALE, FL 33312

CREDITOR ID: 391265-55
AROCHA, DELIA
C/O: CANOR C PATO ESQ
TORAL & ASSOCIATES
EMERALD LAKE PLAZA
3107 STIRLING ROAD SUITE 208
FORT LAUDERDALE FL 33312

CREDITOR ID: 315731-40
AROGETI/WYNNE
1073 WEST PEACHTREE STREET
ATLANTA GA 30376

CREDITOR ID: 315936-41
AROGETI/WYNNE SPECIAL ACCT
1073 W PEACHTREE ST
ATLANTA GA 30376

CREDITOR ID: 278792-99
ARONOV REALTY
C/O BALLARD SPAHR ANDREWS INGERSOLL
ATTN: J MEYERS/ D WALDT/D POLLACK
1735 MARKET STREET, 51ST FL
PHILADELPHIA PA 19103

CREDITOR ID: 278792-99
ARONOV REALTY
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 2062-RJ
ARONOV REALTY MANAGEMENT INC.
PO BOX 235000
MONTGOMERY AL 36123-5000

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242564-12<br>AROWINDS TIRE & AUTO<br>10534 S TRYON STREET<br>CHARLOTTE NC 28273 | CREDITOR ID: 388256-54<br>AROWOOD, ADAM<br>615258 RIVER ROAD<br>CALLAHAN FL 32011 | CREDITOR ID: 242565-12<br>ARPAC<br>PO BOX 88497 DEPT A<br>CHICAGO, IL 606801497A |
| CREDITOR ID: 404157-95<br>ARQUEST INC<br>PO BOX 414990<br>BOSTON MA 02241-4990 | CREDITOR ID: 242567-12<br>ARQUEST INC<br>PO BOX 827915<br>PHILADELPHIA, PA 19182-7915 | CREDITOR ID: 242566-12<br>ARQUEST INC<br>PO BOX 3918<br>LITTLE ROCK, AR 72203 |
| CREDITOR ID: 279068-32<br>ARQUEST, INC.<br>C/O FOX ROTHSCHILD<br>ATTN:  HAL L. BAUME<br>PO BOX 5231<br>PRINCETON NJ 08543-5231 | CREDITOR ID: 242568-12<br>ARRINGTON GROUP INC<br>6413 ARRINGTON RD<br>RALEIGH, NC 27607 | CREDITOR ID: 2888-04<br>ARROW DISPOSAL<br>ATTN: CUSTOMER SERVICE<br>PO BOX 130<br>ABBEVILLE AL 36310 |
| CREDITOR ID: 242570-12<br>ARROW DISPOSAL SERVICE<br>PO BOX 130<br>ABBEVILLE, AL 36310 | CREDITOR ID: 381164-47<br>ARROW EXTERMINATORS<br>PO BOX 1073<br>LITHIA SPRINGS, GA 30122-7073 | CREDITOR ID: 242571-12<br>ARROW FINANCIAL SERVICES LLC<br>C/O RICHMOND GEN DIST COURT<br>400 N 9TH STREET<br>RICHMOND VA 23219 |
| CREDITOR ID: 242572-12<br>ARROW LEASING INC<br>PO BOX 70398<br>ALBANY GA 31708 | CREDITOR ID: 242574-12<br>ARROW PRESCRIPTION CENTERS<br>BOX 31104<br>ATTN 3RD PARTY ACCOUNT RECEIVABLE<br>HARTFORD, CT 06150-1104 | CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 |
| CREDITOR ID: 242575-12<br>ARROWOOD EXXON<br>9501 S TRYON STREET<br>CHARLOTTE, NC 28273 | CREDITOR ID: 242576-12<br>ARROYO PROCESS EQUIPMENT<br>13750 AUTOMOBILE BLVD<br>CLEARWATER, FL 33762 | CREDITOR ID: 386601-54<br>ARROYO, ARGEMIRA<br>7595 SW 152 AV H 508<br>MIAME FL 33193 |
| CREDITOR ID: 391607-55<br>ARROYO, ARGEMIRA<br>C/O ARTURO BORBOLLA<br>BORBOLLA & LINARES-MORENO, P.A.<br>9260 SUNSET DR.<br>#119<br>MIAMI FL 33173 | CREDITOR ID: 242577-12<br>ARS ENVIRONMENTAL INC<br>12201 N W 35TH STREET, SUITE 218<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 242578-12<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC<br>5006 MONUMENT AVE<br>RICHMOND, VA 23230 |
| CREDITOR ID: 242579-12<br>ART CONSULTING SERVICES<br>CONTEMPORARY VILLAGE<br>2736 UNIVERSITY BLVD W SUITE 8<br>JACKSONVILLE FL 32217 | CREDITOR ID: 315732-40<br>ARTESIA MEDICAL DEVELOPMENT CO<br>21520 SOUTH PIONEER BLVD, SUITE 205<br>HAWAIIAN  GARDENS, CA 90716 | CREDITOR ID: 403278-83<br>ARTHRITIS & REHAB CENTER OF JACKSONVILLE, INC.<br>2502 OAK ST.<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 242582-12<br>ARTHRITIS FOUNDATION<br>PO BOX 241683<br>MONTGOMERY AL 36124 | CREDITOR ID: 242581-12<br>ARTHRITIS FOUNDATION<br>314 PALMETTO ST<br>JACKSONVILLE FL 32202 | CREDITOR ID: 383981-47<br>ARTHUR BROWN MD<br>401 S CHESTNUT ST<br>ABERDEEN, MS 39730 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242584-12<br>ARTHUR G BABSON JR<br>518 RIDGEWOOD DRIVE<br>GREER SC 29651 | CREDITOR ID: 242586-12<br>ARTHUR SCHUMAN INC<br>PO BOX 15085<br>NEWARK NJ 07192-5085 | CREDITOR ID: 246306-12<br>ARTHUR, CLARENCE J<br>107 BRUNSWICK AVENUE<br>BLACKSTONE VA 23824 |
| CREDITOR ID: 400571-91<br>ARTHUR, ERIC K<br>2417 BROOK PARK WAY<br>JACKSONVILLE FL 32246 | CREDITOR ID: 404159-95<br>ARTIC TEMP INC<br>61 COCO PLUM DR<br>MARATHON FL 33050 | CREDITOR ID: 242588-12<br>ARTIC-TEMP, INC<br>ATTN GENE CAVANAUGH, PRES<br>9699 OVERSEAS HIGHWAY<br>MARATHON, FL 33050 |
| CREDITOR ID: 242589-12<br>ARTISTIC LAWN SERVICE<br>PO BOX 667598<br>MIAMI, FL 33166-7598 | CREDITOR ID: 242591-12<br>ARTZIBUSHEU & CO<br>1525 W HILLSBOROUGH AVE<br>TAMPA, FL 33603 | CREDITOR ID: 387013-54<br>ARWOOD, ELAINE<br>48180 N LAURA ROGERS RD<br>TICKFAW LA 70466 |
| CREDITOR ID: 397267-69<br>ASAP AUTOMATIC SPRINKLERS<br>298 21ST TERRACE SOUTHEAST<br>CLEARWATER, FL 33755 | CREDITOR ID: 381302-47<br>ASAP AUTOMATIC SPRINKLERS AND PIPING INC<br>PO BOX 20968<br>ST PETERSBURG, FL 33742-0968 | CREDITOR ID: 242596-12<br>ASAP COMMUNICATIONS INC<br>817 H C BAUCOM RD<br>MONROE, NC 28110-8567 |
| CREDITOR ID: 242597-12<br>ASAP RENTAL EQUIPMENT<br>5377 MCINTOSH ROAD S<br>SARASOTA FL 34233 | CREDITOR ID: 242598-12<br>ASAP RUBBER STAMPS INC<br>PO BOX 915<br>CLARCONA, FL 32710-0915 | CREDITOR ID: 242599-12<br>ASAP TOWING & STORAGE CO<br>10053 103RD STREET<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER<br>SUITE 100<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 242600-12<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER SUITE 100<br>6675 CORPORATE CENTER PKWY<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 242602-12<br>ASCENSION CATHOLIC HS<br>311 ST VINCENT ST<br>DONALDSONVILLE, LA 70346 |
| CREDITOR ID: 242603-12<br>ASCENSION CATHOLIC MID SCHOOL<br>809 ST VINCENT ST<br>DONALDSONVILLE, LA 70346 | CREDITOR ID: 242604-12<br>ASCENSION CATHOLIC PRIMARY<br>618 IBERVILLE ST<br>DONALDSONVILLE, LA 70346 | CREDITOR ID: 242606-12<br>ASCENSION CITIZEN INC<br>231 W CORNERVIEW STREET<br>GONZALES, LA 70737-2841 |
| CREDITOR ID: 242607-12<br>ASCENSION OF OUR LORD SCHOOL<br>1809 GREENWOOD<br>LAPLACE, LA 70068 | CREDITOR ID: 242608-12<br>ASCENSION PARISH SALES & TAX AUTH.<br>PO BOX 1718<br>GONZALES LA 70707-1718 | CREDITOR ID: 242609-12<br>ASCENSION PARISH SHERIFF<br>ATTN JEFFREY F WILEY<br>PO BOX 268<br>DONALDSONVILLE, LA 70346 |
| CREDITOR ID: 86-03<br>ASCENSION WATER CO.<br>PO BOX 96003<br>BATON ROUGE LA 70896 | CREDITOR ID: 242610-12<br>ASCENTIAL SOFTWARE<br>FILE NUMBER 92127<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-2127 | CREDITOR ID: 382392-51<br>ASCENTIAL SOFTWARE<br>50 WASHINGTON STREET<br>WESTBORO, MA 01581 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242611-12<br>ASCOM HASLER/GE CAP PROG<br>PO BOX 802585<br>ACCT # 4082048-001<br>CHICAGO IL 60680-2585 | CREDITOR ID: 381768-15<br>ASCOM HASLER/GE CAP PROG<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | CREDITOR ID: 393752-58<br>ASG<br>135 S LASALLE STREET, DEPT 4304<br>CHICAGO, IL 60674-4304 |
| CREDITOR ID: 242612-12<br>ASH SURVEYING & CONSTRUCTION<br>PO BOX 1334<br>FITZGERALD GA 31750 | CREDITOR ID: 246299-12<br>ASH, CLAIRE S<br>2969 HAWTHORNE DRIVE<br>COLUMBUS GA 31903-0260 | CREDITOR ID: 394264-56<br>ASH, EVELYN<br>3590 VIA POINCIANA<br>LAKE WORTH, FL 33467 |
| CREDITOR ID: 242613-12<br>ASHBERRY WATER CONDITIONING INC<br>ATTN J TRACY MCMURRAY, PRES<br>2405 4TH AVENUE EAST<br>TAMPA, FL 33605 | CREDITOR ID: 243948-12<br>ASHBY, BRIAN<br>1479 W HIGH ACRE<br>LECANTO, FL 34465 | CREDITOR ID: 242614-12<br>ASHE & RAFUSE LLP<br>1355 PEACHTREE STREET NE, SUITE 500<br>ATLANTA, GA 30309-3232 |
| CREDITOR ID: 242615-12<br>ASHEBORO ASSOCIATES<br>PO BOX 334<br>LENOX HILL STATION<br>NEW YORK NY 10021-0334 | CREDITOR ID: 242616-12<br>ASHER F JOHNSON IV<br>64 ACRE WAY<br>FRANKLINTON NC 27525 | CREDITOR ID: 242617-12<br>ASHEVILLE CITIZEN-TIMES<br>PO BOX 2090<br>ASHEVILLE NC 28802 |
| CREDITOR ID: 242619-12<br>ASHLAND CONSTRUCTION CO<br>4601 ATLANTIC AVENUE<br>RALEIGH NC 27604 | CREDITOR ID: 406175-15<br>ASHLAND DISTRIBUTION<br>ATTN JIM MCMONAGLE DS-3<br>PO BOX 2219<br>COLUMBUS OH 43216 | CREDITOR ID: 242620-12<br>ASHLAND DISTRIBUTION CO<br>PO BOX 101489<br>ATLANTA, GA 30392-1489 |
| CREDITOR ID: 395571-15<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN J E MCMONAGLE,  COLL MGR<br>PO BOX 2219<br>COLUMBUS OH 43216 | CREDITOR ID: 242621-12<br>ASHLEY ALUMINUM INC<br>PO BOX 12519<br>JACKSONVILLE FL 32209-0519 | CREDITOR ID: 242624-12<br>ASHLEY COMMUNICATIONS<br>PO BOX 2216<br>PLANT CITY, FL 33566 |
| CREDITOR ID: 384032-47<br>ASHLEY, CAMERON<br>5220 US HIGHWAY 1 N<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 387640-54<br>ASHLEY, GARY<br>9534 SHARMAN CT<br>TALLAHASSEE FL 32305 | CREDITOR ID: 390040-54<br>ASHLEY, MARQUITTA<br>206 C WILLOW ST<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 392751-55<br>ASHLEY, WANDA F<br>C/O HERBERT H. HOFMAN, II, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>101 E. KENNEDY BLVD.<br>SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 242630-12<br>ASHLEYS OFFICE WORLD INC<br>PO BOX 26<br>2020 MCCORMICK DR<br>TIFTON, GA 31793 | CREDITOR ID: 242629-12<br>ASHLEY'S U S LOCK & SECURITY<br>23 HENRY ST<br>MARTINSVILLE, VA 24112 |
| CREDITOR ID: 242631-12<br>ASHMAN MANUFACTURING COMPANY<br>PO BOX 1068 SEA PINES STATION<br>VIRGINIA BEACH VA 23451 | CREDITOR ID: 242632-12<br>ASHWORTH BROS INC<br>PO BOX 845816<br>BOSTON MA 02284-5816 | CREDITOR ID: 242633-12<br>ASHY BROWN PANAMA CITY LTD<br>17757 US 19 NORTH, SUITE 275<br>CLEARWATER FL 33764 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA, GA 30374-0988 | CREDITOR ID: 242635-12<br>ASI ADHESIVE SYSTEMS INC<br>PO BOX 1085<br>AUBURN GA 30011 | CREDITOR ID: 242636-12<br>ASI MELTPRO SYSTEMS<br>11 FIFTH STREET<br>PO BOX 1085<br>AUBURN GA 30011 |
| CREDITOR ID: 269204-16<br>ASK FINANCIAL, LLP<br>2600 EAGAN WOODS DRIVE, SUITE 220<br>EAGAN, MN 55121 | CREDITOR ID: 242637-12<br>ASKER DISTRIBUTING<br>PO BOX 13152<br>TALLAHASSEE, FL 32317-3152 | CREDITOR ID: 373713-44<br>ASKEW, ANNETTE<br>821 LANDER STREET<br>BRIDGE CITY, LA 70094 |
| CREDITOR ID: 389303-54<br>ASKEW, DEBRA<br>541 EVERGREEN RD<br>FITZGERALD GA 31750-9007 | CREDITOR ID: 406343-MS<br>ASKEW, JAMES<br>101 MILL RIDGE COURT<br>PRATTVILLE AL 36067 | CREDITOR ID: 388598-54<br>ASKEW, LANITA<br>8775 TURNER DRIVE<br>CITRONELLE AL 36522 |
| CREDITOR ID: 392654-55<br>ASKEW, LANITA<br>C/O: CHERYL EUBANKS CORTE, ESQ.<br>CHERYL EUBANKS CORTE, P.C.<br>2210 MAIN ST<br>SUITE B<br>DAPHNE AL 36526 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 386298-54<br>ASMER, GENEVIEVE<br>1001 STARKEY RD, LOT #571<br>LARGO FL 33771 |
| CREDITOR ID: 386298-54<br>ASMER, GENEVIEVE<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 391407-55<br>ASMER, GENEVIEVE<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 242639-12<br>ASO CORPORATION<br>ATTN PAYMENT PROCESSING<br>PO BOX 404906<br>ATLANTA, GA 30384-4906 |
| CREDITOR ID: 404161-95<br>ASO CORPORATION<br>300 SARASOTA CENTER BLVD<br>SARASOTA FL 34240 | CREDITOR ID: 242640-12<br>ASP CORPORATION<br>465 INDUSTRIAL PARK RD<br>HARTWELL GA 30643 | CREDITOR ID: 242641-12<br>ASPCI<br>1071 AIRPORT ROAD<br>PELL CITY AL 35128 |
| CREDITOR ID: 242642-12<br>ASPEN FOODS<br>DEPT 77-3141<br>CHICAGO, IL 60678-3141 | CREDITOR ID: 242643-12<br>ASPEN PET PRODUCTS<br>DEPT 1247<br>DENVER CO 80291 | CREDITOR ID: 404162-95<br>ASPEN PRODUCTS INC<br>4231 CLARY BLVD<br>KANSAS CTIY MO 64130 |
| CREDITOR ID: 242644-12<br>ASPEN PRODUCTS, INC<br>C/O PAYNE & JONES, CHTD<br>ATTN ROGER H TEMPLIN, ESQ<br>11000 KING<br>PO BOX 25625<br>OVERLAND PARK KS 66225-5625 | CREDITOR ID: 242644-12<br>ASPEN PRODUCTS, INC<br>ATTN WILLIAM P BIGGINS JR, PRES<br>PO BOX 2298<br>SHAWNEE MISSION, KS 66201 | CREDITOR ID: 406029-93<br>ASPEN PUBLISHERS<br>C/O ALLEN MAXWELL & SILVER INC<br>190 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS NJ 07632-2513 |
| CREDITOR ID: 242645-12<br>ASPEN PUBLISHERS INC<br>PO BOX 64054<br>BALTIMORE, MD 21264-4054 | CREDITOR ID: 242646-12<br>ASPHALT MAINTENANCE<br>PO BOX 50185<br>SARASOTA FL 34232-0301 | CREDITOR ID: 242647-12<br>ASPHALT SOLUTIONS INC<br>PO BOX 217<br>MONELA VA 24121 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242648-12<br>ASPIRE STAFFING INC<br>ATTN ACCOUNTS PAYABLE<br>1113 PERRY HILL ROAD<br>SUITE C<br>MONTGOMERY, AL 36109-5211 | CREDITOR ID: 388803-54<br>AS-SABAH, SHADIYAH<br>25275 RAMPART BLVD<br>APT 1201<br>PUNTA GORDA, FL 33983 | CREDITOR ID: 392758-55<br>AS-SABAH, SHADIYAH<br>C/O BRIAN C. VIGNESS<br>MORGAN, COLLING & GILBERT<br>P.O. BOX 9504<br>FT. MYERS FL 33906 |
| CREDITOR ID: 242649-12<br>ASSEMBLED PRODUCTS CORP<br>115 E LINDEN<br>ROGERS, AR 72756 | CREDITOR ID: 242650-12<br>ASSEMBLY CHRISTIAN SCHOOL<br>4219 E ADMIRAL DOYLE DRIVE<br>NEW IBERIA, LA 70560 | CREDITOR ID: 242651-12<br>ASSEMBLY OF GOD NORTHSIDE<br>809 EAST NORTHERN AVENUE<br>CROWLEY, LA 70526 |
| CREDITOR ID: 265393-14<br>ASSESSOR OF PROPERTY<br>ATTN: JIM HIPSHIRE<br>511 W 2ND NORTH STREET<br>MORRISTOWN TN 37814-3964 | CREDITOR ID: 265394-31<br>ASSESSORS OFFICE<br>ATTN: JIMMIE D SMITH<br>2705 BEECH STREET<br>ARCADIA LA 71001-6805 | CREDITOR ID: 265395-14<br>ASSESSORS OFFICE<br>ATTN: TOMMY SANFORD<br>319 N MAPLE STREET, SUITE 200<br>MURFREESBORO TN 37130-3661 |
| CREDITOR ID: 242653-12<br>ASSET ACCEPTANCE CORP<br>C/O RODOLFO MIRO ESQ<br>PO BOX 9065<br>BRANDON, FL 33509 | CREDITOR ID: 242652-12<br>ASSET ACCEPTANCE CORP<br>C/O HIDAY & RICKE P A<br>PO BOX 550858<br>JACKSONVILLE, FL 32255 | CREDITOR ID: 265396-31<br>ASSET ANDREWS MANAGEMENT<br>ATTN EDWARD ANDREWS<br>7402 N 56TH STREET, SUITE 480<br>TAMPA FL 33617-7783 |
| CREDITOR ID: 265397-14<br>ASSET ENHANCER GROUP INC<br>ATTN: JOANE RODERICK<br>2059 ROCKLEDGE DRIVE<br>ROCKLEDGE FL 32955-5303 | CREDITOR ID: 242654-12<br>ASSET RESOURCES<br>2989 BROOKDALE DRIVE<br>BROOKLYN PARK MN 55444 | CREDITOR ID: 373760-44<br>ASSOCIATE ELECTRIC & BLDG SERVICE INC<br>P O BOX 1212<br>1222 WEST 6TH ST<br>LAUREL, MS 39441 |
| CREDITOR ID: 242656-12<br>ASSOCIATED BATTERY CO<br>PO BOX 1590<br>INDIAN TRAIL, NC 28079 | CREDITOR ID: 279338-36<br>ASSOCIATED BRANDS, INC<br>ATTN BECKY L RATH, CR MGR<br>PO BOX 788<br>MEDINA  NY 14103 | CREDITOR ID: 395422-64<br>ASSOCIATED BRANDS, INC FKA<br>ONTARIO FOODS INC<br>PO BOX 2739<br>BUFFALO, NY 14240 |
| CREDITOR ID: 403279-83<br>ASSOCIATED COURT REPORTING<br>2075 MAIN STREET, SUITE 3<br>SARASOTA FL 34237 | CREDITOR ID: 265398-31<br>ASSOCIATED DEVELOPMENT ENGRG<br>ATTN: THOMAS WOOD<br>50 E MAIN ST<br>BUFORD GA 30518-5711 | CREDITOR ID: 242658-12<br>ASSOCIATED DISTRIBUTORS<br>401 WOODLAKE DRIVE<br>CHESAPEAKE, VA 23320 |
| CREDITOR ID: 242659-12<br>ASSOCIATED MILK PRODUCERS<br>PO BOX 64-1957<br>CINCINNATI, OH 45264-1957 | CREDITOR ID: 404163-95<br>ASSOCIATED MILK PRODUCERS<br>PO BOX 7777 W 3950<br>PHILADELPHIA PA 19175-3950 | CREDITOR ID: 242660-12<br>ASSOCIATED PACKAGING INC<br>PO BOX 440088<br>NASHVILLE TN 37244 |
| CREDITOR ID: 242661-12<br>ASSOCIATED RECEIVABLES FUNDING INC<br>C/O AMERICAN AIR SPECIALISTS INC<br>PO BOX 16253<br>GREENVILLE SC 29606 | CREDITOR ID: 403280-83<br>ASSOCIATED REPORTERS INC.<br>PLACE ST. CHARLES<br>201 ST. CHARLES AVE. SUITE 3811<br>NEW ORLEANS LA 70170 | CREDITOR ID: 403524-93<br>ASSOCIATES COMPLAINT<br>C/O MARCUS W CORWIN PA<br>ATTN: MARCUS W CORWIN, ESQ<br>1515 SOUTH FEDERAL HWY, STE 211<br>BOCA RATON FL 33432 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403524-93<br>ASSOCIATES COMPLAINT<br>ATTN: JOHN MIRTI<br>8193 SANDALWOOD COURT<br>BOCA RATON FL 33433 | CREDITOR ID: 242662-12<br>ASSOCIATES RECIEVABLES FUNDING INC<br>PO BOX 16253<br>GREENVILLE SC 29606 | CREDITOR ID: 242663-12<br>ASSOCIATION OF CORPORATE COUNSEL<br>PO BOX 791044<br>BALTIMORE, MD 21279-1044 |
| CREDITOR ID: 242664-12<br>ASSOCIATION OF FOOD&DRUG OFFICIALS<br>2550 KINGSTON RD STE 311<br>YORK PA 17402-3734 | CREDITOR ID: 242665-12<br>ASSOCIATION OF FOOD&DRUG OFFICIALS<br>SOUTHERN STATES %MARY LOGAN<br>1174 OLD HICKORY BLVD<br>BRENTWOOD TN 37027 | CREDITOR ID: 242667-12<br>ASSUMPTION COMMUNITY HOSP<br>PO BOX 14790<br>BATON ROUGE, LA 70898 |
| CREDITOR ID: 242668-12<br>ASTAR AIR CARGO<br>ATTN JOHN DASBURG<br>2 SOUTH BISCAYNE BLVD SUITE 3663<br>MIAMI, FL 33131 | CREDITOR ID: 242669-12<br>ASTD<br>NE FLA CHAP<br>PO BOX 551202<br>JACKSONVILLE FL 32255-1202 | CREDITOR ID: 242670-12<br>ASTIN STRAWBERRY EXCHANGE LLC<br>PO BOX 3837<br>PLANT CITY FL 33563 |
| CREDITOR ID: 242671-12<br>ASTON-FIDLER LIMITED<br>PARTNERSHIP<br>C/O ASTON PROPERTY INC<br>6525 MORRISON BLVD SUITE 300<br>CHARLOTTE, NC 28211 | CREDITOR ID: 406303-G5<br>ASTRAZENECA LP<br>1800 CONCORD PIKE<br>WILMINGTON DE 19850 | CREDITOR ID: 242672-12<br>ASTRO CONTRACTORS INC<br>667 LOST MOUNTAIN LN<br>KENNESAW, GA 30152 |
| CREDITOR ID: 242673-12<br>ASTRO EVENTS OF JACKSONVILLE<br>4329 ROSEWOOD AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 242674-12<br>ASTRO PROD INC<br>PO BOX 964<br>FITZGERALD GA 31750-0964 | CREDITOR ID: 242675-12<br>ASTRO PRODUCTS<br>PO BOX 123<br>MILTON, LA 70558 |
| CREDITOR ID: 242676-12<br>ASTRONAUT HIGH SCHOOL BASEBALL<br>800 WAR EAGLE BLVD<br>TITUSVILLE FL 32796 | CREDITOR ID: 242677-12<br>ASTUTE SOLUTIONS<br>PO BOX 641863<br>CINCINNATI, OH 45264-1863 | CREDITOR ID: 382393-51<br>ASTUTE SOLUTIONS<br>2400 CORPORATE EXCHANGE DR, STE 150<br>COLUMBUS, OH 43231 |
| CREDITOR ID: 242685-12<br>AT A GLANCE GROUP<br>PO BOX 60067<br>CHARLOTTE NC 28260-0067 | CREDITOR ID: 373765-44<br>AT AND T PREPAID SERVICES<br>P O BOX 277049<br>ATLANTA, GA 30384-7049 | CREDITOR ID: 395385-64<br>AT KEARNEY<br>200 SOUTH BISCAYNE BLVD, SUITE 3500<br>MIAMI, FL 33131 |
| CREDITOR ID: 241353-12<br>AT NICHOLS TRUKING CO INC<br>PO BOX 94<br>MILLERS CREEK NC 28651 | CREDITOR ID: 241354-12<br>AT PATTON & CO INC<br>ATTN: FRANK DEGRADO, PRES<br>1220 DELERY STREET<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 404165-95<br>AT SYSTEMS CENTRAL INC<br>PO BOX 2946<br>SAN ANTONIO TX 78299-2946 |
| CREDITOR ID: 242686-12<br>AT SYSTEMS CENTRAL INC<br>ATTN TONI WOODS<br>PO BOX 15005<br>LOS ANGELES, CA 90015-0060 | CREDITOR ID: 406312-15<br>AT SYSTEMS INC<br>ATTN MARK LIVINGSTON<br>3280 E FOOTHILL BLVD, SUITE 290<br>PASADENA CA 91107-6013 | CREDITOR ID: 406203-G4<br>AT SYSTEMS SOUTHEAST INC.<br>PO BOX 15005<br>LOS ANGELES CA 90015-0060 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242687-12<br>AT SYSTEMS TECHNOLOGIES INC<br>ATTN SUZANNE NALL, CORP CONTROLLER<br>6635 EAST 30TH STREET, SUITE B<br>PO BOX 19817<br>INDIANAPOLIS IN 46219-0817 | CREDITOR ID: 381032-47<br>AT SYSTEMS TECHNOLOGIES INC<br>6635 EAST 30TH STREET, SUITE B<br>INDIANAPOLIS, IN 46219 | CREDITOR ID: 242688-12<br>AT & T<br>7872 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 399718-53<br>AT&SF (ALBUQUERQUE)<br>3300 2ND STREET SW<br>ALBUQUERQUE NM 87102 | CREDITOR ID: 397620-72<br>AT&T<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ 08807 | CREDITOR ID: 381715-47<br>AT&T<br>PO BOX 2971<br>OMAHA, NE 68103-2971 |
| CREDITOR ID: 395420-64<br>AT&T<br>295 NORTH MAPLE AVE.<br>BASKING RIDGE, NJ 07920 | CREDITOR ID: 383984-47<br>AT&T<br>PO BOX 78225<br>PHOENIX, AZ 85062-8225 | CREDITOR ID: 242691-12<br>AT&T<br>PO BOX 9001310<br>LOUISVILLE, KY 40290-1310 |
| CREDITOR ID: 240803-10<br>AT&T<br>PO BOX 22111<br>TULSA OK 74121-2111 | CREDITOR ID: 383983-47<br>AT&T<br>PO BOX 78522<br>PHOENIX, AZ 85062-8522 | CREDITOR ID: 242690-12<br>AT&T<br>PO BOX 2969<br>OMAHA NE 68103-2969 |
| CREDITOR ID: 242692-12<br>AT&T CONNECTIVITY SOLUTIONS<br>PO BOX 406553<br>ATLANTA GA 30384 | CREDITOR ID: 400436-15<br>AT&T CORP<br>ATTN LISA MCLAIN<br>1355 W UNIVERSITY DR<br>MESA AZ 85201 | CREDITOR ID: 242683-12<br>AT&T CORP ACS PREPAID CARD<br>PO BOX 277049<br>ATLANTA GA 30384-7049 |
| CREDITOR ID: 382394-51<br>AT&T CORPORATION<br>295 NORTH MAPLE AVE.<br>BASKING RIDGE, NJ 07920 | CREDITOR ID: 393753-58<br>AT&T GLOBAL NETWORK SERVICES<br>PO BOX 91222<br>CHICAGO, IL 60693-1222 | CREDITOR ID: 406204-G4<br>AT&T SYSTEMS WEST<br>3220 WINONA AVE<br>BURBANK CA 91504 |
| CREDITOR ID: 242693-12<br>AT&T UNIVERSAL BILLER<br>PAID THREW P CARD<br>PO BOX 830019<br>BALTIMORE MD 21283-0019 | CREDITOR ID: 242684-12<br>AT&T WIRELESS<br>PAID THREW P CARD<br>PO BOX 8220<br>AURORA, IL 60572-0220 | CREDITOR ID: 240802-10<br>AT&T WIRELESS<br>PO BOX 8228<br>AURORA IL 60572-0228 |
| CREDITOR ID: 242695-12<br>ATCOM INC<br>PO BOX 13476<br>RESEARCH TRIANGLE PRK NC 27709-3476 | CREDITOR ID: 382395-51<br>ATEB<br>4501 ATLANTIC AVENUE, SUITE 110<br>RALEIGH, NC 27604 | CREDITOR ID: 242697-12<br>ATEB INC<br>PO BOX 5486<br>JOHNSON CITY, TN 37602-5486 |
| CREDITOR ID: 242696-12<br>ATEB INC<br>C/O CRESTMARK FINANCIAL CORP<br>PO BOX 79001<br>DETROIT, MI 48279-1078 | CREDITOR ID: 383985-47<br>ATEB INC<br>4501 ATLANTIC AVENUE, SUITE 110<br>RALEIGH, NC 27604 | CREDITOR ID: 242698-12<br>ATEECO INC<br>PO BOX 606<br>SHENANDOAH, PA 17976-0606 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 406344-MS
ATERBURN, DAVID
3013 BIRMINGHAM BRIAR DR.
CROWLEY TX 76036

CREDITOR ID: 386245-54
ATES, BUSTER
1132 OLD FOSHEE RD
BREWTON AL 36426

CREDITOR ID: 382397-51
ATHENS BANNER HERALD
PO BOX 912
ATHENS, GA 30603

CREDITOR ID: 242701-12
ATHENS BANNER HERALD
PO BOX 932759
ATLANTA, GA 31193-2759

CREDITOR ID: 242702-12
ATHENS CLARKE COUNTY
BUSINESS TAX OFFICE
PO BOX 1748
ATHENS, GA 30603

CREDITOR ID: 87-03
ATHENS CLARKE COUNTY WATER
596 PRINCE AVENUE
ATHENS GA 30603

CREDITOR ID: 242703-12
ATHENS COCA COLA BOTTLER
PO BOX 102453
ATLANTA, GA 30368

CREDITOR ID: 242704-12
ATHENS DAILY NEWS
ATTN: DANIEL BEECHER
PO BOX 912
ATHENS, GA 30603-0912

CREDITOR ID: 399271-15
ATHENS FOODS INC
ATTN ROBERT TANSING, FIN VP
13600 SNOW ROAD
CLEVELAND OH 44142

CREDITOR ID: 242707-12
ATHENS PASTRIES & FF INC
PO BOX 714052
COLUMBUS, OH 43271-4052

CREDITOR ID: 265399-14
ATHENS PROPERTY TAXES
ATTN: NANCY DENSON
325 E WASHINGTON ST
ATHENS GA 30601-4514

CREDITOR ID: 265400-31
ATHENS PUBLIC UTILITIES DEPT
ATTN: GARY DUCK
598 PRINCE AVE
ATHENS GA 30601-2451

CREDITOR ID: 88-03
ATHENS UTILITIES
ATTN BARBARA BURRELL
PO BOX 1089
ATHENS AL 35612

CREDITOR ID: 397777-75
ATHENS UTILITIES
PO BOX 1089
ATHENS, AL 35611-3541

CREDITOR ID: 242709-12
ATHENS WATER BUSINESS OFFICE
PO BOX 1948
ATHENS, GA 30603-1948

CREDITOR ID: 242710-12
ATHLETIC BOOSTERS INC
3779 HELEN HIGHWAY, SUITE 3
CLEVELAND GA 30528

CREDITOR ID: 242711-12
ATHLETIC SPORTS GROUP
3361 BOYINGTON DRIVE, SUITE 200
CARROLLTON, TX 75006

CREDITOR ID: 242712-12
ATHLETIC WORLD ADVERTISING
PO BOX 8730
FAYETTEVILLE, AR 72703-0013

CREDITOR ID: 404167-95
ATHLETIC WORLD ADVERTISING
P O BOX 3587
FAYETTEVILLE AR 72702

CREDITOR ID: 242713-12
ATKINS NUTRITIONALS INC
2002 ORVILLE DRIVE NORTH, SUITE A
RONKONKOMA, NY 11779

CREDITOR ID: 279083-32
ATKINS NUTRITIONALS, INC.
6790 CENTURY AVENUE, SUITE 301
MISSISSUAGA ON L5N 2V8
CANADA

CREDITOR ID: 386393-54
ATKINS, DAVID
4307 MANTLE COURT
CHARLOTTE NC 28205

CREDITOR ID: 391471-55
ATKINS, DAVID
C/O: TERRY HORN
STILES BYRUM & HORNE, LLP
325 ARLINGTON AVE.
SUITE 650
CHARLOTTE NC 28203

CREDITOR ID: 389527-54
ATKINS, KATHLEEN
4783 23 PLACE NORTH
WEST PALM BEACH, FL 33417

CREDITOR ID: 393199-55
ATKINS, KATHLEEN
C/O  FINDLER & FINDLER
ATTN MICHAEL O'DONNELL, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 398242-78
ATKINS, MARGARET
10417 N ALTMAN STREET
TAMPA, FL 33612-6305

CREDITOR ID: 385764-54
ATKINS, PATRICIA
406 SUNNYVIEW
ORLANDO, FL 32810

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391037-55<br>ATKINS, PATRICIA<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN MICHAEL H TRUAX ESQ<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 390297-54<br>ATKINS, TAB<br>1806 B MILLHOUSE CT<br>HOUSTON TX 77073 | CREDITOR ID: 391485-55<br>ATKINS, TAB<br>C/O OGLETREE LAW FIRM<br>12600 FEATHERWOOD, #200<br>HOUSTON TX 77035 |
| CREDITOR ID: 389558-54<br>ATKINS, TRAMECIA<br>1706 N.16TH STREET<br>FORT PIERCE, FL 34950 | CREDITOR ID: 393230-55<br>ATKINS, TRAMECIA<br>C/O MARGARET A BENTON LAW OFFICES<br>ATTN MARGARET A BENTON, ESQ<br>800 VIRGINIA AVENUE, SUITE 10<br>FORT PIERCE FL 34982 | CREDITOR ID: 403551-99<br>ATKINS, TRAMECIA<br>C/O MARGARET A BENTON, ESQ<br>800 VIRGINIA AVE, STE 10<br>FORT PIERCE FL 34982 |
| CREDITOR ID: 390237-54<br>ATKINS, VALLIE<br>28 MCADOO AVE<br>GREENVILLE SC 29607 | CREDITOR ID: 393665-55<br>ATKINS, VALLIE<br>C/O ALLEN COCHRAN<br>COCHRAN AND ASSOCIATES<br>1617 EAST NORTH STREET<br>GREENVILLE SC 29607 | CREDITOR ID: 269215-16<br>ATKINSON CANDY COMPANY<br>PO BOX 150220<br>LUFKIN, TX 75915-0220 |
| CREDITOR ID: 388099-54<br>ATKINSON, ALETHIA<br>2500 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD, FL 33020 | CREDITOR ID: 392357-55<br>ATKINSON, ALETHIA<br>C/O MICHAEL K. BREGMAN<br>ROSENBERG & ROSENBERG, PA<br>2501 HOLLYWOOD BLVD<br>SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 387029-54<br>ATKINSON, FRANCES<br>PO BOX 1334<br>WEWAHITCHKA FL 32465 |
| CREDITOR ID: 385214-54<br>ATKINSON, YETTA<br>1215 HARWOOD DRIVE, APT 1<br>MANSFIELD, OH 44906 | CREDITOR ID: 390522-55<br>ATKINSON, YETTA<br>C/O: ERIC CHESHIRE<br>ERIC CHESHIRE, ESQUIRE<br>324 DATURA ST.<br>STE 300<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 242714-12<br>ATKINSONS MILLING CO<br>95 ATKINSONS MILL RD<br>SELMA, NC 27576 |
| CREDITOR ID: 265401-31<br>ATL CTY PRK REC CTR BASS<br>ATTN: NICOLE HORN<br>326 MORELAND AVE NE<br>ATLANTA GA 30307-1927 | CREDITOR ID: 265402-31<br>ATL CTY PRK REC CTR MORNINGSD<br>ATTN: WANDA P JACKSON<br>1053 E ROCK SPRINGS RD NE<br>ATLANTA GA 30306-3047 | CREDITOR ID: 242715-12<br>ATL INDUSTRIES<br>PO BOX 890591<br>CHARLOTTE, NC 28289-0591 |
| CREDITOR ID: 242716-12<br>ATLANTA BREAD COMPANY<br>13634 BROMLEY POINT DRIVE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 242717-12<br>ATLANTA BUSINESS CHRONICLE<br>1801 PEACHTREE ST<br>ATLANTA, GA 30309 | CREDITOR ID: 242718-12<br>ATLANTA CASTER AND EQUIPMENT INC<br>1810 E AUGER DR<br>TUCKER, GA 30084 |
| CREDITOR ID: 242720-12<br>ATLANTA COCA COLA BOTTLE<br>PO BOX 102453<br>ATLANTA, GA 30350 | CREDITOR ID: 404168-95<br>ATLANTA COCA COLA BOTTLE<br>8601 DUNWOODY PLACE SUITE 200<br>ATLANTA GA 30350 | CREDITOR ID: 242721-12<br>ATLANTA COFFEE TIME<br>6700 DAWSON BLVD BLDG 3<br>NORCROSS, GA 30093 |
| CREDITOR ID: 242722-12<br>ATLANTA DARIES<br>PO BOX 277065<br>ATLANTA GA 30384-7065 | CREDITOR ID: 387118-54<br>ATLANTA DIVISION WINN-DIXIE LOGISTICS<br>5400 FULTON INDUSTRIAL BLVD<br>ATLANTA, GA 30302 | CREDITOR ID: 403487-15<br>ATLANTA EMPLOYMENT GUIDE<br>C/O UNITED ADVERTISING MEDIA<br>ATTN SEBASTIANO B RAGAZZO<br>100 WEST PLUME STREET<br>NORFOLK VA 23510 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242723-12<br>ATLANTA EMPLOYMENT GUIDE<br>PO BOX 7162<br>CHARLOTTE NC 28241-7162 | CREDITOR ID: 242724-12<br>ATLANTA EQUIPMENT CO<br>1345 CAPITAL CIRCLE NW<br>LAWRENCEVILLE, GA 30043 | CREDITOR ID: 242725-12<br>ATLANTA FOODS INTERNATIONAL<br>PO BOX 116585<br>ATLANTA, GA 30368-6585 |
| CREDITOR ID: 242726-12<br>ATLANTA FREIGHTLINER<br>PO BOX 218<br>FOREST PARK, GA 30298-0218 | CREDITOR ID: 265403-31<br>ATLANTA FULTON CO WATER RESRCS<br>ATTN: MICHAEL J LEONARD<br>9750 SPRUILL RD<br>ALPHARETTA GA 30022-8616 | CREDITOR ID: 404169-95<br>ATLANTA GAS LIGHT COMPANY<br>89 ANNEX<br>ATLANTA GA 30396-0001 |
| CREDITOR ID: 383987-47<br>ATLANTA GAS LIGHT COMPANY<br>PO BOX 11227<br>CHATTANOOGA, TN 37401-2227 | CREDITOR ID: 242728-12<br>ATLANTA HIGHWAY TIRE CENTER<br>3210 ATLANTA HIGHWAY<br>MONTGOMERY AL 36109 | CREDITOR ID: 242729-12<br>ATLANTA HOPE LODGE<br>ATTN JUDE HARRISON<br>1552 SHOUP COURT<br>DECATUR GA 30033-4607 |
| CREDITOR ID: 242730-12<br>ATLANTA HWY PRI MED<br>4305 ATLANTA HWY<br>MONTGOMERY, AL 36109 | CREDITOR ID: 242731-12<br>ATLANTA JOURNAL<br>PO BOX 105375<br>ATLANTA, GA 30348-5375 | CREDITOR ID: 407612-15<br>ATLANTA JOURNAL AND CONSTITUTION<br>ATTN VANN BEASLEY, CREDIT MGR<br>72 MARIETTA STREET NW<br>ATLANTA GA 30302 |
| CREDITOR ID: 242733-12<br>ATLANTA JOURNAL CONSTITUTION<br>ATTN JOYCE BELL<br>1204  TOLEDO DRIVE, SUITE C<br>ALBANY, GA 31705 | CREDITOR ID: 242732-12<br>ATLANTA JOURNAL CONSTITUTION<br>PO BOX 4689<br>ATLANTA, GA 30302 | CREDITOR ID: 242734-12<br>ATLANTA OFFICE MACHINES<br>552 COBB PARKWAY S E<br>MARIETTA, GA 30060 |
| CREDITOR ID: 242735-12<br>ATLANTA PEPSI<br>PO BOX 158<br>NEWNAN, GA 30264 | CREDITOR ID: 265404-31<br>ATLANTA REGIONAL COMMISSION<br>ATTN: CHARLES KRAUTLER<br>40 COURTLAND ST NE<br>ATLANTA GA 30303-2538 | CREDITOR ID: 242736-12<br>ATLANTA RUBBER & HYDRAULICS<br>1640 D SANDS PLACE<br>MARIETTA GA 30067 |
| CREDITOR ID: 242737-12<br>ATLANTA SIX FLAGS SPRINGHILL SUITES<br>960 BOB ARNOLD BLVD<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 389503-54<br>ATLANTA WINN-DIXIE LOGISTICS<br>5400 FULTON INDUSTRIAL BLVD<br>ATLANTA, GA 30302 | CREDITOR ID: 242738-12<br>ATLANTIC AIR INC<br>409 CENTER STREET<br>COCOA, FL 32922 |
| CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE<br>SUITE 200<br>CHARLESTON, SC 29492 | CREDITOR ID: 242739-12<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DR STE 200<br>DANIEL ISLAND<br>CHARLESTON, SC 29492 | CREDITOR ID: 242740-12<br>ATLANTIC COAST CARRIERS INC<br>PO BOX 820<br>HAZLEHURST GA 31539 |
| CREDITOR ID: 242741-12<br>ATLANTIC COAST FLOORING<br>PO BOX 47995<br>JACKSONVILLE FL 32247-7995 | CREDITOR ID: 242742-12<br>ATLANTIC COAST INDUSTRIES<br>1015 ATLANTIC BLVD #192<br>ATLANTIC BEACH, FL 32233 | CREDITOR ID: 242743-12<br>ATLANTIC COAST TRAILER SALES<br>PO BOX 646<br>KERNERSVILLE NC 27285 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242744-12<br>ATLANTIC DISTRIBUTORS INC<br>4750 HIGHWAY AVE<br>JACKSONVILLE FL 32254-3790 | CREDITOR ID: 242745-12<br>ATLANTIC DOMINION DISTRIBUTORS<br>PO BOX 61539<br>VIRGINIA BEACH, VA 23466 | CREDITOR ID: 242746-12<br>ATLANTIC DRY ICE<br>1207 NW 93CT<br>MIAMI, FL 33172 |
| CREDITOR ID: 242747-12<br>ATLANTIC DRY ICE LLC<br>675 GROVE STREET<br>GAINESVILLE, GA 30501 | CREDITOR ID: 242748-12<br>ATLANTIC EAST COAST BINDERY<br>439 E 8TH ST<br>JACKSONVILLE FL 32206 | CREDITOR ID: 242749-12<br>ATLANTIC FISHERIES<br>8195 N W 67 STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 242750-12<br>ATLANTIC METAL DISTRIBUTIONS<br>751 NW 79TH ST<br>MIAMI, FL 33150 | CREDITOR ID: 242751-12<br>ATLANTIC QUALITY SPICE & SEASONINGS<br>PO BOX 827878<br>PHILADELPHIA PA 19182-7878 | CREDITOR ID: 242752-12<br>ATLANTIC ROOFING OF VERO BCH<br>3885 41ST STREET<br>VERO BEACH FL 32967-1741 |
| CREDITOR ID: 381318-47<br>ATLANTIC SIGN MEDIA INC<br>151 MACARTHUR LANE<br>BURLINGTON, NC 27217 | CREDITOR ID: 383988-47<br>ATLANTIC SIGN MEDIA INC<br>P O BOX 4205<br>BURLINGTON, NC 27215-0902 | CREDITOR ID: 407509-97<br>ATLANTIC SIGNS CO INC<br>ATTN: WILLIAM J YUSKO<br>2845 RIDGE AVENUE<br>HEBRON NY 41048 |
| CREDITOR ID: 242754-12<br>ATLANTIC SIGNS INC<br>ATTN: WILLIAM J YUSKO<br>107 MOTT STREET<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 397116-67<br>ATLANTIC STATES BANK<br>2797 OLD 41 ROAD, SE<br>BONITA SPRINGS, FL 34135 | CREDITOR ID: 397187-67<br>ATLANTIC STATES BANK<br>PO BOX 667<br>NORCROSS, GA 30091 |
| CREDITOR ID: 397115-67<br>ATLANTIC STATES BANK<br>PO BOX 60299<br>FORT MYERS, FL 33906 | CREDITOR ID: 395604-65<br>ATLANTIC SWEEPING<br>2372 EAST ORANGEDALE AVE.<br>PALM HARBOR, FL 34683 | CREDITOR ID: 242755-12<br>ATLANTIC SWEEPING SERVICE<br>2372 E ORANGEHILL AVE<br>PALM HARBOR, FL 34683 |
| CREDITOR ID: 242756-12<br>ATLANTIC SWEETENER COMPANY<br>PO BOX 60533<br>CHARLOTTE, NC 28260-0533 | CREDITOR ID: 242757-12<br>ATLANTIC TAPE CO<br>PO BOX 810<br>FAYETTEVILLE GA 30214 | CREDITOR ID: 242758-12<br>ATLANTIC TECHNICAL CENTER MAGNET<br>HIGH SCHOOL<br>4700 COCONUT CREEK PARKWAY<br>COCONUT CREEK FL 33063 |
| CREDITOR ID: 242759-12<br>ATLANTIC USA INC<br>17 STATE ST 23RD FL<br>NEW YORK, NY 10004 | CREDITOR ID: 242760-12<br>ATLANTIS SEAFOOD PROD<br>420 WHITNEY AVE STE B<br>LANTANA, FL 33462-1770 | CREDITOR ID: 242761-12<br>ATLAS AMERICAN CORPORATION<br>PO BOX 1300<br>HIALEAH, FL 33011 |
| CREDITOR ID: 404171-95<br>ATLAS COLD STORAGE AMERICAN LLC<br>302 NORTH FRONTAGE ROAD<br>PLANT CITY FL 33563-9100 | CREDITOR ID: 242762-12<br>ATLAS COLD STORAGE AMERICAN LLC<br>DEPT AT 952123<br>ATLANTA, GA 31192-2123 | CREDITOR ID: 242763-12<br>ATLAS COPCO COMPRESSORS INC<br>PO BOX 91730<br>CHICAGO IL 60693 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242764-12<br>ATLAS ELECTRIC SUPPLIERS<br>PO BOX 1300<br>HIALEAH FL 33011-1300 | CREDITOR ID: 242765-12<br>ATLAS SIGNS<br>2290 AVENUE L<br>RIVIERA BEACH, FL 33404 | CREDITOR ID: 265405-31<br>ATM LAND DEVELOPMENT<br>ATTN: AMOS MANDOSO<br>302 SW 15TH ST<br>OKEECHOBEE FL 34974-5260 |
| CREDITOR ID: 405986-99<br>ATMORE NEWSPAPER INC<br>C/O HUBBARD SMITH MCILWAIN<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 242767-12<br>ATMORE NEWSPAPERS INC<br>DEPT 5059<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-5059 | CREDITOR ID: 403557-15<br>ATMORE NEWSPAPERS, INC<br>PO BOX 28<br>ATMORE AL 36504 |
| CREDITOR ID: 403557-15<br>ATMORE NEWSPAPERS, INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 | CREDITOR ID: 242768-12<br>ATMORE PLAZA<br>C/O JWV INC<br>PO BOX 16146<br>MOBILE AL 36616-0146 | CREDITOR ID: 242769-12<br>ATMOS ENERGY<br>PO BOX 660062<br>DALLAS TX 75266 |
| CREDITOR ID: 242771-12<br>ATMOS ENERGY<br>PO BOX 9001949<br>LOUISVILLE, KY 40290-1949 | CREDITOR ID: 404172-95<br>ATMOS ENERGY<br>PO BOX 9001949<br>LOUISVILLE KY 40290-1949 | CREDITOR ID: 405936-15<br>ATMOS ENERGY CORP FKA TXU GAS CO<br>C/O BANKRUPTCY DEPARTMENT<br>ATTN DON WELLS, SUPERV<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| CREDITOR ID: 404008-15<br>ATMOS ENERGY CORP FKA TXU GAS CO<br>ATTN BANKRUPTCY DEPT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | CREDITOR ID: 94-03<br>ATMOS ENERGY CORP.<br>PO BOX 650708<br>DALLAS TX 75265 | CREDITOR ID: 242772-12<br>ATMOS ENERGY MARKETING LLC<br>PO BOX 409819<br>ATLANTA, GA 30384-9819 |
| CREDITOR ID: 404016-15<br>ATMOS ENERGY, KENTUCKY DIVISION<br>A DIVISION OF ATMOS ENERGY CORP<br>ATTN D BECKHAM, BANKR GROUP<br>PO BOX 15488<br>AMARILLO TX 79105-5488 | CREDITOR ID: 242773-12<br>ATOKA CRANBERRIES INC<br>3025 ROUTE 218<br>MANSEAU QC G0X 1V0<br>CANADA | CREDITOR ID: 382398-51<br>ATOKA CRANBERRIES, INC.<br>3025 RT 218<br>MANSCAU, QC G0X1V0<br>CANADA |
| CREDITOR ID: 242774-12<br>ATONEMENT LUTHERAN SCHOOL PTL<br>6205 VETERANS BLVD<br>METAIRIE, LA 70003 | CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 | CREDITOR ID: 2890-04<br>ATS DEVELOPMENT, INC.<br>PO BOX 211989<br>COLUMBIA SC 29221 |
| CREDITOR ID: 242775-12<br>ATS ENGINEERING INC<br>7270 TORBRAM ROAD<br>MISSISSAUGA ON L4T 3Y7<br>CANADA | CREDITOR ID: 242776-12<br>ATS LOGISTICS SERVICES INC<br>NW 7130<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-7130 | CREDITOR ID: 242777-12<br>ATSI INC<br>303 STRANGE ST<br>ATHENS, AL 35611 |
| CREDITOR ID: 395605-65<br>ATTAWAY<br>3350 BURRIS ROAD, SUITE B<br>FORT LAUDERDALE, FL 33314 | CREDITOR ID: 242778-12<br>ATTAWAY ELECTRIC INC<br>3350 BURRIS ROAD STE B<br>FT LAUDERDALE, FL 33314 | CREDITOR ID: 242778-12<br>ATTAWAY ELECTRIC INC<br>C/O SHELDON T SLATKIN, PA<br>ATTN SHELDON T SLATKIN ESQ<br>9900 WEST SAMPLE ROAD SUITE 400<br>CORAL SPRINGS FL 33065 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 242779-12
ATTAWAY ELECTRIC INC
3734 SILVER STAR RD
ORLANDO, FL 32808-4628

CREDITOR ID: 397710-62
ATTORNEY GENERAL'S OFFICE
UNCLAIMED PROPERTY DIVISION
402 W WASHINGTON, SUITE C-531
INDIANAPOLIS  IN 46204

CREDITOR ID: 242780-12
ATTORNEY'S TITLE INSURANCE FUND
PROFESSIONAL EDUCATION DEPT
PO BOX 402731
ATLANTA GA 30384-2731

CREDITOR ID: 242781-12
ATTORNEYS TITLE INSURANCE FUND INC
ATTN MEMBER & AGENT SERVICES
PO BOX 628600
ORLANDO FL 32862-8600

CREDITOR ID: 242782-12
ATV ZONE
PO BOX 829
ROSELAND LA 70456

CREDITOR ID: 387474-54
ATWOOD, BETTY
PO BOX 341
WASHINGTON MS 39190

CREDITOR ID: 392001-55
ATWOOD, BETTY
C/O: JOHN TYLER BALL
JOHN TYLER BALL, PA
210 MAIN STREET
NATCHEZ MS 39121

CREDITOR ID: 388328-54
ATWOOD, JASON
8630 HANDICARE ST
PENSACOLA, FL 32514

CREDITOR ID: 392445-55
ATWOOD, JASON
C/O: FRED GANT
ALLBRITTON AND GANT
322 WEST CERVANTES STREET
PENSACOLA FL 32501

CREDITOR ID: 387839-54
ATWOOD, VIVIAN
C/O VARNER PARKER & SESSUMS, PA
ATTN DAVID M SESSUMS, ESQ
1110 JACKSON STREET
PO BOX 1237
VICKSBURG MS 39181

CREDITOR ID: 387839-54
ATWOOD, VIVIAN
PO BOX 821735
VICKSBURG, MS 39182-1735

CREDITOR ID: 392145-55
ATWOOD, VIVIAN
C/O: DAVID SESSUMS, ESQ.
VARNER, PARKER & SESSUMS
PO BOX 1237
VICKSBURG MS 39181

CREDITOR ID: 242783-12
AU AUBURN HARRISON OF PHARMACY
217 WALKER BLD
HARRISON SCHOOL OF PHARMACY
AUBURN UNIVERSITY AL 36849

CREDITOR ID: 242784-12
AUBREY H HUNTER JR
PO BOX 164757
ORLANDO FL 32816

CREDITOR ID: 385397-54
AUBREY, JUDITH
852 MIMOFA TRAIL
OVIEDO, FL 32765

CREDITOR ID: 390704-55
AUBREY, JUDITH
C/O: MS. TRICIA MADDEN, ESQUIRE
TRICIA A. MADDEN, P.A.
500 E. ALTAMONTE DRIVE
SUITE 200
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 242785-12
AUBURN TIGER RAGS
PO BOX 2430
AUBURN AL 36831

CREDITOR ID: 242786-12
AUBURN UNIVERSITY
FINANCIAL AID OFFICER
203 MARTIN HALL
AUBURN AL 36849

CREDITOR ID: 395527-64
AUBURN UNIVERSITY
203 MARTIN HALL
AUBURN, AL 36849

CREDITOR ID: 242787-12
AUBURN WATER SYSTEM
3097 LOCKE AVENUE
CRESTVIEW, FL 32536

CREDITOR ID: 242788-12
AUBURN WATER WORKS
173 N ROSS ST
AUBURN, AL 36830-4803

CREDITOR ID: 242789-12
AUCAMPS NURSERY INC
5300 DAVIE ROAD
DAVIE FL 33314

CREDITOR ID: 251401-12
AUCELLO, HEATHER
5314 PADSTOW COURT
CHARLOTTE, NC 28213

CREDITOR ID: 242790-12
AUCILLA AREA SOLID WASTE
PO BOX 629
GREENVILLE FL 32331-0629

CREDITOR ID: 386238-54
AUDATE, LOUIS
1101 N. W. 124 STREET
MIAMI FL 33168

CREDITOR ID: 242791-12
AUDIO DATA SYSTEMS INC DBA DASP LTD
4108 PARK ROAD, SUITE 108
CHARLOTTE, NC 28209

CREDITOR ID: 242792-12
AUDIO SYSTEMS OF FLORIDA INC
1985 CORPORATE SQ
LONGWOOD FL 32750

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 373775-44<br>AUDIO SYSTEMS OF FLORIDA INCQ<br>PO BOX 360<br>LONGWOOD, FL 32752-0360 | CREDITOR ID: 373776-44<br>AUDIO SYSTEMS OF FLORIDA INCQ<br>PO BOX 551629<br>JACKSONVILLE, FL 32255-1629 | CREDITOR ID: 381304-47<br>AUDIO TECH BUSINESS BOOK SUMMARIES INC<br>825 75TH ST SUITE C<br>HINSDALE, IL 60521-9917 |
| CREDITOR ID: 242795-12<br>AUDIO VISUAL INNOVATIONS<br>PO BOX 409523<br>ATLANTA GA 30384-9523 | CREDITOR ID: 265407-14<br>AUDITOR GENERAL FLORIDA OFFICE<br>ATTN: WILLIAM O MONROE<br>111 W MADISON ST # G-74<br>TALLAHASSEE FL 32399-6588 | CREDITOR ID: 265406-14<br>AUDITOR GENERAL FLORIDA OFFICE<br>ATTN: BOB KUITUIT<br>1990 S 1ST ST STE B<br>LAKE CITY FL 32025-5765 |
| CREDITOR ID: 265408-14<br>AUDITOR GEORGIA DEPT OF<br>ATTN: RALPH CAMPBELL JR<br>2 S SALISBURY ST<br>RALEIGH NC 27699-0001 | CREDITOR ID: 265409-31<br>AUDITORIUMS<br>ATTN: DAN SWAB<br>800 VERRET ST<br>HOUMA LA 70360-4636 | CREDITOR ID: 265410-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: CAUTHEN WESTBROOK<br>330 RESEARCH DR STE 130<br>ATHENS GA 30605-2759 |
| CREDITOR ID: 265414-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: MILLIE TRUSSELL<br>1604 DD E FORSYTHE ST<br>AMERICUS GA 31709 | CREDITOR ID: 265417-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: RUSSELL W HINTON<br>254 WASHINGTON ST SW RM 214<br>ATLANTA GA 30334-9007 | CREDITOR ID: 265416-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: REGGIE BEASLEY<br>400 MALL BLVD STE J<br>SAVANNAH GA 31406-4861 |
| CREDITOR ID: 265415-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: RANDY HARDWICK<br>1056 CLAUSSEN RD STE 230<br>AUGUSTA GA 30907-0321 | CREDITOR ID: 265412-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: JEFF CUNDIFF<br>160 ELTON D BROOKS BLVD S<br>DOUGLAS GA 31535-4004 | CREDITOR ID: 265413-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: KENNETH KNIGHT<br>116 LESLIE HWY<br>LEESBURG GA 31763-4340 |
| CREDITOR ID: 265411-14<br>AUDITS AND ACCOUNTS GA DEPT<br>ATTN: CLAUDE L VICKERS<br>120 N CREST BLVD<br>MACON GA 31210-1878 | CREDITOR ID: 242798-12<br>AUDREY, MEALEY,<br>915 25TH STREET<br>MCCOMB MS 39648 | CREDITOR ID: 242799-12<br>AUDREY, WHITE,<br>528 CROOKED RUN ROAD<br>ELIZABETH NC 27909 |
| CREDITOR ID: 242800-12<br>AUDUBON ELEMENTARY SCHOOL<br>10730 GOODWOOD BLVD<br>BATON ROUGE, LA 70815 | CREDITOR ID: 242801-12<br>AUGER FABRICATION<br>ATTN GLENN EDGINTON/BILL EGAN<br>418 CREAMERY WAY<br>EXTON, PA 19341-2500 | CREDITOR ID: 265418-31<br>AUGUST CHASE ENTERPRISES INC<br>ATTN: MARK E SHUBIN<br>6077 BAHIA DEL MAR BLVD<br>SAINT PETERSBURG FL 33715-3319 |
| CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 406276-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>TRUST AMENDED AND RESTATED<br>C/O WALSH & KEATING, S.C.<br>ATTN:  DAVID C. KEATING<br>1505 WAUWATOSA AVENUE<br>WAUWATOSA WI 53213 | CREDITOR ID: 242802-12<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY, SUITE 209A<br>BOCA RATON, FL 33431 |
| CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON, FL 33431 | CREDITOR ID: 242803-12<br>AUGUSTA CHRONICLE<br>ATTN AR DEPT<br>PO BOX 1928<br>AUGUSTA, GA 30903-1928 | CREDITOR ID: 382399-51<br>AUGUSTA CHRONICLE<br>725 BROAD STREET<br>AUGUSTA, GA 30901 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262767-12<br>AUGUSTA CHRONICLE, THE<br>PO BOX 1928<br>AUGUSTA, GA 30903-1928 | CREDITOR ID: 242804-12<br>AUGUSTA COCA COLA<br>PO BOX 11407<br>BIRMINGHAM, AL 35246 | CREDITOR ID: 242805-12<br>AUGUSTA LICENSE AND INSPECTION<br>PO BOX 9270<br>AUGUSTA, GA 30916-9270 |
| CREDITOR ID: 242806-12<br>AUGUSTA MINI THEATRE INC<br>430 8TH STREET<br>AUGUSTA, GA 30901-2249 | CREDITOR ID: 265419-31<br>AUGUSTA RICHMOND CO RIVERWALK<br>ATTN ROMMIE THOMPSON<br>15 8TH STREET<br>AUGUSTA GA 30901-1358 | CREDITOR ID: 98-03<br>AUGUSTA RICHMOND UTILITIES<br>530 GREENE STREET<br>AUGUSTA GA 30911-0001 |
| CREDITOR ID: 242807-12<br>AUGUSTA STATE UNIVERSITY<br>ATTN R PADGETT, FIN AID OFFICER<br>2500 WALTON WAY<br>AUGUSTA, GA 30904 | CREDITOR ID: 242808-12<br>AUGUSTA SUITES INN<br>3038 WASHINGTON ROAD<br>AUGUSTA GA 30907 | CREDITOR ID: 388433-54<br>AUGUSTIN, MIRLEINE<br>14420 NW 16TH COURT<br>MIAMI, FL 33167 |
| CREDITOR ID: 392530-55<br>AUGUSTIN, MIRLEINE<br>C/O WELT & RHEAUME, PA<br>ATTN DANIEL J RHEAUME, ESQ<br>4770 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 387467-54<br>AUGUSTINE, DEBRA<br>3430 QUAIL NEST COURT<br>ORLANDO FL 32829 | CREDITOR ID: 391996-55<br>AUGUSTINE, DEBRA<br>C/O: MICHAEL DAVIS, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 387351-54<br>AUGUSTINSKI, GEORGE<br>141 EAST NEW YORK AVENUE<br>DELAND, FL 32724 | CREDITOR ID: 391924-55<br>AUGUSTINSKI, GEORGE<br>C/O: MATTHEW D. BRANZA<br>PAUL & ELKIND, P.A.<br>505 DELTONA BLVD.<br>SUITE 106<br>DELTONA FL 32725 | CREDITOR ID: 256441-12<br>AUGUSTO, MINDY<br>PO BOX 4055<br>CARY, NC 27519 |
| CREDITOR ID: 399846-84<br>AUGUSTUS, TONYA<br>8061 SKYSAIL AVENUE<br>BATON ROUGE LA 70820 | CREDITOR ID: 400294-85<br>AUGUSTUS, TONYA<br>C/O GREGORY J MILLER ESQ<br>MILLER, LUCIUS, AND HAMPTON<br>3960 GOVERNMENT ST<br>BATON ROUGE LA 70806 | CREDITOR ID: 242810-12<br>AUNETWORK<br>1500 MILLBRANCH DRIVE<br>ATTN ED BAGWELL<br>AUBURN, AL 36832 |
| CREDITOR ID: 390730-55<br>AURELIO, MARY<br>C/O: STEVEN WARM, ESQ.<br>WARM & HIXSON<br>BOCA CORPORATE CENTER, STE 215<br>2101 CORPORATE BLVD.<br>BOCA RATON FL 33431 | CREDITOR ID: 242815-12<br>AURORA FOODS<br>PO BOX 910658<br>DALLAS TX 75391-0658 | CREDITOR ID: 242814-12<br>AURORA FOODS<br>C/O ACOSTA SALES<br>1000 ST LOUIS UNION STAT # 200<br>ST LOUIS MO 63103 |
| CREDITOR ID: 389030-54<br>AUSGUSTE, GINANCE<br>511 BENTON PLACE<br>ORLANDO, FL 32839 | CREDITOR ID: 392931-55<br>AUSGUSTE, GINANCE<br>C/O TODD E COPELAND & ASSOCIATES PA<br>338 N. MAGNOLIA AVE<br>SUITE B<br>ORLANDO FL 32801 | CREDITOR ID: 242818-12<br>AUSSIE NADS US CORPORATION<br>73-726 ALLESSANDRO DRIVE, SUITE 203<br>PALM DESERT, CA 92260 |
| CREDITOR ID: 383989-47<br>AUSTELL NATURAL GAS SYS<br>PO BOX 685<br>AUSTELL, GA 30168 | CREDITOR ID: 100-03<br>AUSTELL NATURAL GAS SYSTEM<br>2838 WASHINGTON STREET<br>AUSTELL GA 30106 | CREDITOR ID: 388207-54<br>AUSTIN, ALONZA<br>2101 CALIBRE CREEK PKWY<br>ROSWELL GA 30076 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392419-55<br>AUSTIN, ALONZA<br>C/O J FRANKLIN BURNS, P.C.<br>6100 LAKE FORREST DR, STE 420<br>ATLANTA GA 30328 | CREDITOR ID: 269595-19<br>AUSTIN, CHRISTY<br>C/O ANDERSON & HOWELL, PA<br>ATTN ROBERT H ELLIS ESQ<br>2029 N THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 385441-54<br>AUSTIN, KAREN<br>2252 HWY 251<br>ATHENS, AL 35661 |
| CREDITOR ID: 390744-55<br>AUSTIN, KAREN<br>C/O: MICHAEL C. LAMBERT, ESQUIRE<br>LAMBERT & EZELL, P.C.<br>2400 BOB  WALLACE AVENUE<br>SUITE 201<br>HUNTSVILLE AL 35805 | CREDITOR ID: 406345-MS<br>AUSTIN, KENNETH<br>9740 HIGHWAY 158<br>WEST RUFFIN NC 27326 | CREDITOR ID: 242821-12<br>AUSTRALIAN GOLD<br>6270 CORPORATED DR<br>INDIANAPOLIS, IN 46278 |
| CREDITOR ID: 242822-12<br>AUTAUGA COUNTY HEALTH DEPT<br>219 N COURT ST<br>PRATVILLE AL 36067 | CREDITOR ID: 242823-12<br>AUTAUGA COUNTY HUMANE SOCIETY<br>1009 REUBEN ROAD<br>PRATVILLA AL 36067 | CREDITOR ID: 317279-42<br>AUTAUGA COUNTY REVENUE COMMISSIONER<br>218 N COURT ST<br>PRATTVILLE, AL 36067-3004 |
| CREDITOR ID: 242824-12<br>AUTHORIA<br>BOX 83061<br>WOBURN MA 01813-3061 | CREDITOR ID: 382400-51<br>AUTHORIA<br>300 5TH AVE.<br>WALTHAM, MA 02451 | CREDITOR ID: 389123-54<br>AUTIN, CRYSTAL<br>100 SYCAMORE STREET<br>RACELAND, LA 70394 |
| CREDITOR ID: 389123-54<br>AUTIN, CRYSTAL<br>938 LAFAYETTA STREET<br>SUITE 101<br>NEW ORLEANS LA 70113 | CREDITOR ID: 242825-12<br>AUTINS CAJUN SMOKE FACTORY<br>GIBSON AUTIN<br>804 W 8TH AVE<br>COVINGTON, LA 70433 | CREDITOR ID: 242827-12<br>AUTO & TRUCK AMBULANCE INC<br>PO BOX 2799<br>LAGRANGE, GA 30241 |
| CREDITOR ID: 242829-12<br>AUTO COLOR CO INC<br>419 GLOVER ST<br>MARIETTA, GA 30060 | CREDITOR ID: 242828-12<br>AUTO COLOR CO INC<br>411 MAXHAM ROAD, SUITE 400<br>AUSTELL GA 30168 | CREDITOR ID: 242830-12<br>AUTO FINANCE COMPANY LLC<br>C/O NEWPORT NEWS GEN DIS COURT<br>2500 WSHINGTON AVENUE COURTROOM C<br>NEWPORT NEWS, VA 23607 |
| CREDITOR ID: 242831-12<br>AUTO GLASS & MIRROR CO<br>1502 W 7TH ST<br>LAUREL MS 39440 | CREDITOR ID: 242832-12<br>AUTO GLASS CITY GLASS<br>692 WEATHERSBY RD<br>HATTIESBURG MS 39402 | CREDITOR ID: 242833-12<br>AUTO INTERIORS BY JOHNO<br>512 S DIXIE HIGHWAY WEST<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 397178-67<br>AUTO ZONE STORES, INC.<br>PO BOX 2198, DEPT. 8700<br>MEMPHIS, TN 38101 | CREDITOR ID: 242834-12<br>AUTOMATED HOME SERVICES INC<br>2010 NW 94 AVENUE<br>MIAMI FL 33172 | CREDITOR ID: 395262-63<br>AUTOMATIC DOOR SYSTEMS INC<br>ATTN DEAN BARR, CONTROLLER<br>PO BOX 397<br>MANDEVILLE LA 70470 |
| CREDITOR ID: 242835-12<br>AUTOMATIC DOOR SYSTEMS INC<br>PO BOX 397<br>MANDEVILLE, LA 70470-0397 | CREDITOR ID: 242836-12<br>AUTOMATIC DOORS OF CHATTANOOGA<br>1855 CENTRAL AVE<br>CHATTANOOGA, TN 37408 | CREDITOR ID: 242837-12<br>AUTOMOTIVE ELECTRIC CO<br>4029 LENOX AVE<br>JACKSONVILLE, FL 32205-4138 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL. **CASE:** 05-03817-3F1

CREDITOR ID: 242838-12
AUTONATION FINANCIAL SERVICES CORP
C/O MICHAEL J INGINO
1333 S UNIVERSITY DRIVE
SUITE 201
PLANTATION FL 33324

CREDITOR ID: 245014-12
AUTREY, CHARLES A
8054 125 TH STREET N
SEMINOLE FL 33772-0377

CREDITOR ID: 242839-12
AUTRY BAR-B-Q
1811 SOUTH PATTERSON STREET
VALDOSTA, GA 31601

CREDITOR ID: 256197-12
AUTRY, MICHAEL
279 WILEY BRADSHER ROAD
HURDLE MILLS NC 27541

CREDITOR ID: 387031-54
AUTRY, SHANNON
474 JOHN NUNNERY RD
STEDMAN NC 28391

CREDITOR ID: 382973-51
AV MED HEALTH PLAN OF FL
9400 S. DADELAND BOULEVARD
MIAMI, FL 33156

CREDITOR ID: 388026-54
AVALOS, ALICE
2603 SONORA STREET
CORPUS CHRISTI, TX 78405

CREDITOR ID: 392301-55
AVALOS, ALICE
C/O: EVAN D LUBELL, ATTY
BERKE & LUBELL, P.A.
4506 DEL PRADO BOULEVARD SOUTH
SUITE 300
CAPE CORAL FL 33990

CREDITOR ID: 400573-91
AVANT, DONNA G
2827 WILLOW SWAMP RD
ISLANDTON SC 29929

CREDITOR ID: 242842-12
AVAYA COMMUNICATION
PO BOX 73061
CHICAGO IL 60673-3061

CREDITOR ID: 242844-12
AVAYA FINANCIAL SERVICES
PO BOX 467
DEL# 4100B
ATTN TIFFANY HAWKINS
LIVINGSTON NJ 07039

CREDITOR ID: 242843-12
AVAYA FINANCIAL SERVICES
24009 NETWORK PLACE
CHICAGO, IL 60673-1240

CREDITOR ID: 242846-12
AVAYA, INC
PAID THREW P CARD
PO BOX 5125
CAROL STREAM, IL 60197-5125

CREDITOR ID: 242845-12
AVAYA, INC
ATTN CATHY MOORE
119 MARKETRIDGE DRIVE, SUITE B
RIDGELAND MS 39157

CREDITOR ID: 399338-15
AVAYA, INC
C/O RMS BANKRUPTCY SERVICES
ATTN CAROLYN MAGAHA
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 242847-12
AVAYA, INC
PO BOX 5332
NEW YORK, NY 10087-5332

CREDITOR ID: 242848-12
AVCARD
PO BOX 79682
BALTIMORE, MD 21279-0682

CREDITOR ID: 242849-12
AVENTURA MARKETING COUNCIL
18851 NE 29TH AVENUE, SUITE 413
AVENTURA FL 33180

CREDITOR ID: 242850-12
AVENUE BAKERY CORP
285 HOWARD AVE
BILOXI MS 39530

CREDITOR ID: 242851-12
AVENUES MALL
10300 SOUTHSIDE MALL
JACKSONVILLE, FL 32256

CREDITOR ID: 242852-12
AVERITT EXPRESS INC
PO BOX 3145
COOKEVILLE, TN 38502-3145

CREDITOR ID: 242853-12
AVERY DENNISON OPNA
OFFICE PRODUCTS NORTH AMERICA
PO BOX 96672
CHICAGO, IL 60693

CREDITOR ID: 242854-12
AVERY GLASS & MIRROR
813 NE 125TH ST
MIAMI, FL 33161

CREDITOR ID: 242855-12
AVERY ISLAND ELEMENTARY
PO BOX 107
COMMUNITY PALS
AVERY ISLAND, LA 70513

CREDITOR ID: 247156-12
AVERY, CRAIG
260 N GRIFFITH AVENUE
CRYSTAL RIVER FL 34429

CREDITOR ID: 242857-12
AVFUEL CREDIT CARD
PROCESSING CENTER
PO BOX 930847
KANSAS CITY, MO 64193-0847

CREDITOR ID: 242858-12
AVH DISTRIBUTORS LLC
PO BOX 871837
NEW ORLEANS LA 70187-1837

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 242859-12
AVID ENGINEERING
2300 CURLEW ROAD
PALM HARBOR FL 34683

CREDITOR ID: 387599-54
AVIE, EDWARD
P.O BOX 932
VILLE PLATTE LA 70586

CREDITOR ID: 385192-54
AVIS
900 AIRLINE HIGHWAY
NEW ORLEANS, LA 70141

CREDITOR ID: 278729-27
AVIVA LIFE INSURANCE COMPANY
ATTN ELIZABETH ANNE DOWD
108 MYRTLE STREET
NEWPORT OFFICE PARK
NORTH QUINCY MA 02171

CREDITOR ID: 380943-47
AVNET INC
PO BOX 28420
TEMPE, AZ 85285-8420

CREDITOR ID: 381724-15
AVNET INC
ATTN BETH THOMPSON, COLL COORD
2211 S 47TH ST
PHOENIX AZ 85034

CREDITOR ID: 399633-15
AVNET, INC
ATTN MARY PACINI, CREDIT SVCS MGR
2211 S 47TH STREET
PHOENIX AZ 85034

CREDITOR ID: 381879-30
AVOMAX
C/O MARTYN & ASSOCIATES
ATTN: MARK AMENDOLA
820 SUPERIOR AVE, NW, 10TH FL
CLEVELAND OH 44113

CREDITOR ID: 242860-12
AVOMEX INC
PO BOX 1388
KELLER, TX 76244-1388

CREDITOR ID: 404174-95
AVOMEX INC
8500 OLD DENTON RD
KELLER TX 76248

CREDITOR ID: 265421-31
AVON PARK CITY OF
ATTN: RAINEY PREVATT
2121 US HIGHWAY 27 S
AVON PARK FL 33825-9359

CREDITOR ID: 265420-31
AVON PARK CITY OF
ATTN: C B SHIREY
110 E MAIN ST
AVON PARK FL 33825-3945

CREDITOR ID: 242861-12
AVON SQUARE LTD
PO BOX 5252
LOAN# 015 802 347
LAKELAND, FL 33807-5252

CREDITOR ID: 2066-07
AVON SQUARE,LTD
ANCHOR COMMERCIAL REALTY, INC.
ATTN: J.B. MILLER
PO BOX 5252
LAKELAND FL 33807-5252

CREDITOR ID: 242862-12
AVONDALE SQUARE LP
ATTN ARNOLD COOPER
100 CONTI STREET
NEW ORLEANS LA 70130

CREDITOR ID: 315733-40
AVONDALE SQUARE LP
C/O FAVRET DEMAREST RUSSO ET AL
ATTN THOMAS J LUTKEWITTE, ESQ
1515 POYDRAS STREET
NEW ORLEANS LA 70112

CREDITOR ID: 315733-40
AVONDALE SQUARE LP
100 CONTI STREET
NEW ORLEANS, LA 70130

CREDITOR ID: 242863-12
AVOYELLES GLASS & MIRROR INC
272 EAST MARK STREET
MARKSVILLE, LA 71351

CREDITOR ID: 242864-12
AVOYELLES HIGH
PO BOX 120
287 MAIN ST
MOREAUVILLE, LA 71355

CREDITOR ID: 242865-12
AVOYELLES HOSPITAL
PO BOX 31172
TAMPA, FL 33631-1172

CREDITOR ID: 404175-95
AVOYELLES HOSPITAL
PO BOX 249
MARKSVILLE LA 71351

CREDITOR ID: 265422-14
AVOYELLES PARISH ASSESSOR
ATTN: EMERIC DUPUY
312 N MAIN ST
MARKSVILLE LA 71351-2450

CREDITOR ID: 242866-12
AVOYELLES PARISH DISTRICT ATTORNEY
12TH JUDICIAL DISTRICT
PO BOX 1200
MARKSVILLE LA 71351

CREDITOR ID: 240921-11
AVOYELLES PARISH SALES TAX FUND
ACCOUNT NO.: 02-14433
221 TUNICA DRIVE WEST
MARKSVILLE, LA 71351

CREDITOR ID: 242867-12
AVOYELLES PARISH SCHOOL BOARD
201 TUNICA DRIVE WEST
SALES TAX DIV
MARKSVILLE, LA 71351-2603

CREDITOR ID: 242869-12
AVOYELLES PARISH TAX COLLECTOR
675 GOVERMENT STREET
MARKSVILLE LA 71351-2945

CREDITOR ID: 373782-44
AVOYELLES PUBLISH CO INC
P O BOX 36
MARKSVILLE, LA 71351-0036

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242870-12<br>AVOYELLES PUBLISHING COMPANY<br>ATTN DON ANDREPONT, CONTROLLER<br>PO BOX 36<br>MARKSVILLE, LA 71351-0036 | CREDITOR ID: 242872-12<br>AWA COLERAIN<br>PO BOX 8070<br>CINCINNATI, OH 45208-0070 | CREDITOR ID: 242873-12<br>AWARDS BY FRANCES INC<br>PO BOX 38101<br>CHARLOTTE NC 28278 |
| CREDITOR ID: 242874-12<br>AWARDS UNLIMITED<br>1550-1 HENDRICKS AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 242875-12<br>AWARE PRODUCTS<br>9250 MASON AVENUE<br>ATTN ACCOUNTS RECEIVABLE<br>CHATSWORTH, CA 91311 | CREDITOR ID: 242876-12<br>AWC CARRIERS INC<br>POST OFFICE BOX 399<br>DOTHAN AL 36302 |
| CREDITOR ID: 397621-72<br>AXIS SURPLUS INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 382601-51<br>AXSA<br>5806 BREKENRIDGE PARKWAY<br>TAMPA, FL 33610 | CREDITOR ID: 242878-12<br>AXSA DOCUMENT SOLUTIONS<br>5806 BRECKENRIDGE PARKWAY<br>TAMPA, FL 33610 |
| CREDITOR ID: 242879-12<br>AXTON CANDY & TOBACCO<br>PO BOX 32219<br>LOUISVILLE, KY 40232-2219 | CREDITOR ID: 241899-12<br>AYALA, ALDO<br>411 NW 59TH STREET<br>MIAMI FL 33127-0122 | CREDITOR ID: 389129-54<br>AYALA, PAOLA A (MINOR)<br>11777 SW 18 STREET<br>MIAMI, FL 33175 |
| CREDITOR ID: 393008-55<br>AYALA, PAOLA A (MINOR)<br>C/O CEASAR MESTRE, JR LAW OFFICES<br>ATTN CEASAR MESTRE JR, ESQ<br>ROYAL PALM PLAZA, SUITE 220<br>7600 WEST 20TH AVENUE<br>HIALEAH FL 33016 | CREDITOR ID: 278847-30<br>AYCO FARMS INC<br>C/O LSQ FUNDING GROUP L C<br>PO BOX 404322<br>ATLANTA, GA 30384-4322 | CREDITOR ID: 404176-95<br>AYCO FARMS INC<br>1236 HAMMONDVILLE ROAD<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 389447-54<br>AYENI, KIMBERLY<br>9439 SAN JOSE BLVD, #73<br>JACKSONVILLE FL 32257 | CREDITOR ID: 242883-12<br>AYER ELECTRIC INC<br>ELECTRIC CONTRACTORSQ<br>591 WILMER AVE<br>CINCINNATI OH 45225-1861 | CREDITOR ID: 385824-54<br>AYERS, CLARA<br>40 PAIGE STREET<br>CARTERSVILLE, GA 30120 |
| CREDITOR ID: 391082-55<br>AYERS, CLARA<br>C/O: RICHARD S. GRIFFIN, ESQUIRE<br>THE GRIFFIN LAW FIRM, P.C.<br>P. O. BOX 644<br>GRAYSON GA 30017 | CREDITOR ID: 375529-44<br>AYERS, JIM<br>CHARLOTTE DIV ASSOC<br>STORE 2067<br>2741 US 221 N<br>RUTHERFORDTON, NC 28139 | CREDITOR ID: 243504-12<br>AYLOR, BILL<br>KENTON COUNTY CLERK<br>PO BOX 1109<br>COVINGTON KY 41012 |
| CREDITOR ID: 406346-MS<br>AYO, LEROY J<br>632 MEURSAULT DRIVE<br>KENNER LA 70065 | CREDITOR ID: 387883-54<br>AYROD, ANDREA J<br>105 MERGANSER DR.<br>MANDEVILLE, LA 70448 | CREDITOR ID: 392165-55<br>AYROD, ANDREA J<br>C/O: P. KEITH DAIGLE, ESQ.<br>MULLER & MULLER, LLC<br>P. O. BOX 472<br>COVINGTON LA 70434 |
| CREDITOR ID: 242884-12<br>AZ COMMERCIAL<br>PO BOX 9040<br>DEPT 30 3000275150<br>DES MOINES IA 50368-9040 | CREDITOR ID: 242885-12<br>AZALEA CITY FLORIST INC<br>1512 E PARK AVE<br>VALDOSTA, GA 31602-3209 | CREDITOR ID: 381989-36<br>AZALEA GUMBO<br>C/O SILVER, VOIT & THOMPSON,<br>ATTN: W ALEXANDER GRAY, JR<br>4317-A MIDMOST DR<br>MOBILE AL 36609-5589 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242886-12<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 | CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 | CREDITOR ID: 242887-12<br>AZALEA MGT & LEASING INC<br>PO BOX 9527<br>ASHEVILLE, NC 28815 |
| CREDITOR ID: 242888-12<br>AZALEA SEAFOOD & GUMBO SHOPPE<br>5570 PEARY RD<br>THEODORE, AL 36582 | CREDITOR ID: 1088-07<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT.<br>2542 WILLIAMS BLVD.<br>KENNER, LA 70062 | CREDITOR ID: 242889-12<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT C<br>2542 WILLIAMS BLVD<br>KENNER, LA 70062 |
| CREDITOR ID: 242890-12<br>AZAR'S UNIFORM DEPARTMENT<br>3666 C DEBBY DR<br>MONTGOMERY AL 36111 | CREDITOR ID: 242891-12<br>AZERTY INCORPORATED<br>PO BOX 7780-1724<br>PHILADELPHIA, PA 19182-1724 | CREDITOR ID: 404177-95<br>AZERTY INCORPORATED<br>PO BOX 643225<br>PITTSBURGH PA 15264-3225 |
| CREDITOR ID: 242892-12<br>AZTEC ENEGRY PARTNERS INC<br>PO BOX 81107<br>CONYERS GA 30013 | CREDITOR ID: 242893-12<br>AZTEC ENVIRONMENTAL<br>475 HARRISON AVENUE, SUITE 200<br>PANAMA CITY FL 32401 | CREDITOR ID: 242894-12<br>AZTECA FOODS, INC.<br>ATTN: JOSEPH KLOMES, VP OF FINANCE<br>PO BOX 427<br>SUMMIT ARGO, IL 60501-0427 |
| CREDITOR ID: 242895-12<br>AZTECA MILLING CO<br>PO BOX 843769<br>DALLAS, TX 75284-3769 | CREDITOR ID: 404179-95<br>B & H DISTRIBUTING<br>3039 JUNIPER DRIVE<br>EDGEWATER FL 32141 | CREDITOR ID: 242913-12<br>B EDWARDS BOUDREAUX MIDDLE SCHOOL<br>18333 HWY 182 WEST<br>BALDWIN, LA 70514 |
| CREDITOR ID: 242915-12<br>B I MOYLE ASSOCIATES INC<br>DEPARTMENT L 2437<br>PO BOX 600001<br>COLUMBUS OH 43260-2437 | CREDITOR ID: 265424-31<br>B L E DEVELOPMENT L L C<br>ATTN: JOHN EDWARDS<br>214 WENDOVER LN<br>DURHAM NC 27713-7544 | CREDITOR ID: 242916-12<br>B L FAMILY PRACTICE PA<br>PO BOX 3608<br>BATES LEESVILLE, SC 29070-1608 |
| CREDITOR ID: 393696-58<br>B NOSRAT - MEGA VIDEO  (BLOCKBUSTER)<br>3000 REDBUD BOULEVARD<br>MCKINNEY, TX 75069 | CREDITOR ID: 242917-12<br>B R ADVOCATE<br>GARY BELLO<br>3033 OAKLAND ROAD<br>LAKELAND, LA 70752 | CREDITOR ID: 242918-12<br>B V &B ENTERPRISE INC<br>2051 BURR STREET<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 242919-12<br>B V BELK JR<br>BELK INVESTMENTS<br>4508 E INDEPENDENCE BLVD, SUITE 207<br>CHARLOTTE NC 28205 | CREDITOR ID: 242921-12<br>B&B INSULATION SERVICES INC<br>5001 GATEWAY BLVD #25<br>LAKELAND FL 33811 | CREDITOR ID: 242896-12<br>B&B JET A ROOTER<br>103 OAK PARK CIRCLE<br>LAFAYETTE, LA 70506 |
| CREDITOR ID: 242922-12<br>B&B PECAN PROCESSORS OF NC INC<br>ATTN: GEORGE ALAN BUNG, PRES<br>1 WARRICK PLACE<br>CLAYTON, NC 27520 | CREDITOR ID: 242897-12<br>B&B ROOFING INC<br>PO BOX 457<br>SAGINAW AL 35137 | CREDITOR ID: 242898-12<br>B&B SERVICE CENTER<br>804 ALABAMA ST<br>COLUMBUS, MS 39702 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 242899-12
B&B TROPHIES
335 EAST MAIN ST
CLAYTON, NC 27520

CREDITOR ID: 242900-12
B&B WELDING & MACHINE SVCE
6995 NW 32ND AVE
MIAMI FL 33147-6607

CREDITOR ID: 242901-12
B&D ELECTRIC MOTOR CO INC
2320 4TH AVE S
BIRMINGHAM AL 35233-2404

CREDITOR ID: 242902-12
B&E ENTERPRISES
PO BOX 567
BLYTHEWOOD, SC 29016

CREDITOR ID: 242903-12
B&E EQUIPMENT COMPANY, INC
PO BOX 2584
COLUMBUS MS 39704

CREDITOR ID: 381843-99
B&F SYSTEM INC
C/O HANCE SCARBOROUGH WRIGHT ET AL
ATTN: FRANK J WRIGHT/C ASHLEY ELLIS
6000 SIGNATURE PLACE
14755 PRESTON ROAD
DALLAS TX 75254

CREDITOR ID: 399351-15
B&F SYSTEM, INC DBA HOME OF MAXAM
PRODUCTS
C/O HANCE SCARBOROUGH WRIGHT ET AL
ATTN FRANK J WRIGHT ESQ
14755 PRESTON ROAD SUITE 600
DALLAS TX 75254

CREDITOR ID: 265423-31
B&G DEVELOPMENT LLC
ATTN THOMAS BUCK
1129 MARINA LANE
HUDDLESTON VA 24104-3565

CREDITOR ID: 242904-12
B&G FOODS INC
ATTN CAROL CAMBRIA, CR MGR
4 GATEHALL DRIVE, SUITE 110
PARSIPPANY NJ 07054

CREDITOR ID: 242905-12
B&H DISTRIBUTING
ATTN HARRY WARNICK
3401 PRANCER LANE
ORMOND BEACH, FL 32174

CREDITOR ID: 242906-12
B&H SEPTIC TANK CO
5235 CANE RUN RD
LOUISVILLE, KY 40216-1107

CREDITOR ID: 242907-12
B&J LOCKSMITH SERVICE
1622 US 1
SEBASTIAN, FL 32958

CREDITOR ID: 242923-12
B&J PARKING LOT PAINTING
3346 US 70 WEST
GOLDSBORO NC 27530

CREDITOR ID: 381113-47
B&K DIESEL ELECTRIC SERVICE INC
ATTN KIMI CRUMBLEY, VP
PO BOX 28898
JACKSONVILLE, FL 32226-8898

CREDITOR ID: 242924-12
B&K PAVEMENT MARKING INC
PO BOX 5855
JACKSON MS 39288-5855

CREDITOR ID: 242925-12
B&M CONSTRUCTION CO INC
3706 DMG DRIVE
LAKELAND, FL 33811

CREDITOR ID: 265425-31
B&M EROSION CONTROL
ATTN: MARK DAUGHN
106 GARDNERS GROVE DR
MCDONOUGH GA 30252-7663

CREDITOR ID: 242908-12
B&M METAL DOORS & FRAMES, INC
PO BOX 756
KENNER LA 70063

CREDITOR ID: 242909-12
B&R WRECKER & RECOVERY
636 HOWE STREET
MONTGOMERY, AL 36104

CREDITOR ID: 404180-95
B&R WRECKER & RECOVERY
PO BOX 177
MT MEIGS AL 36057

CREDITOR ID: 242910-12
B&S ELECTRIC SUPPLY COMPANY INC
PO BOX 44769
ATLANTA GA 30336-5769

CREDITOR ID: 242911-12
B&T DEVELOPMENT INC
4362 ASBURY CHURCH ROAD
LINCOLNTON, NC 28092

CREDITOR ID: 2068-07
B&T DEVELOPMENT INC.
ATTN: ANGELA C. PIGG
4362 ASBURY CHURCH ROAD
LINCOLNTON NC 28092

CREDITOR ID: 242926-12
B&W RESOURCES
637 MORTON BLVD
HAZARD, KY 41701

CREDITOR ID: 278411-25
B.H.B. HUBBARD III
PO BOX 340
IRVINGTON VA 22480

CREDITOR ID: 397350-15
BABE PLASTICS
ATTN NATHAN CELNIK, VP SALES
4 GLENSHAW STREET
ORANGEBURG NY 10962

CREDITOR ID: 406347-MS
BABIN SR., JAMES L.
228 TIMBERTON DRIVE
HATTIESBURG MS 39401

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403239-92<br>BABINGTON, JOSEPH P H ESQ<br>C/O HELMSING LEACH HERLONG ET AL<br>PO BOX 2767<br>MOBILE AL 36652 | CREDITOR ID: 406348-MS<br>BACH, CHESTER A<br>10701 GRAYSON CT<br>JACKSONVILLE FL 32220 | CREDITOR ID: 242929-12<br>BACHARACH<br>PO BOX 106008<br>PITTSBURGH PA 15230-6008 |
| CREDITOR ID: 391589-55<br>BACHMAN, CHRISTOPHER J<br>C/O: KIRCHER, ROBINSON & WELCH<br>1014 VINE STREET, STE 2520<br>CINCINNATI OH 45202 | CREDITOR ID: 386573-54<br>BACHMAN, CHRISTOPHER J<br>151 PARKWAY<br>APT 2<br>CINCINNATI OH 45216 | CREDITOR ID: 315896-40<br>BACHRACH, RONALD D<br>C/O QUINE & ASSOCIATES<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 |
| CREDITOR ID: 406349-MS<br>BACILE, JOHN J.<br>1316 HARING RD.<br>METAIRIE LA 70001 | CREDITOR ID: 242930-12<br>BACKFLOW PREVENTION SERVICES<br>PO BOX 667<br>MCDONOUGH, GA 30253 | CREDITOR ID: 404182-95<br>BACKFLOW PREVENTION SERVICES<br>210 HUNT RIDGE DR<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 376984-44<br>BACKUS, SCOTT R<br>305 WESTBURG AVENUE SW<br>HUNTSVILLE, AL 35801 | CREDITOR ID: 242931-12<br>BACKYARD CARNIVALS<br>4455 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 391993-55<br>BACON, LONNIE E<br>C/O: GRAY CAMPFIELD, ESQUIRE<br>1528 PALM BAY ROAD, N.E.<br>PALM BAY FL 32905 |
| CREDITOR ID: 387463-54<br>BACON, LONNIE E<br>3226 PEACAN STREET<br>MELBOURNE FL 32901 | CREDITOR ID: 403281-83<br>BACTES IMAGING SOLUTIONS, INC.<br>2250 4TH AVE STE 105<br>SAN DIEGO CA 92101 | CREDITOR ID: 389274-54<br>BACZEWSKI, ARTHUR<br>860 NE 26TH AVENUE<br>POMPANO FL 33062 |
| CREDITOR ID: 242933-12<br>BADGE EXPRESS<br>5763 N ANDREWS WAY<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 242932-12<br>BADGE EXPRESS, INC<br>ATTN FRANK NEGRIN, CFO<br>5763 N ANDREWS WAY<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 265426-14<br>BADGER JOHN<br>ATTN: JOHN BADGER<br>3286 RUSTY RUN<br>POWDER SPRINGS GA 30127-1383 |
| CREDITOR ID: 262459-12<br>BADGER, TAMIKA<br>6039 SW 63 TERRACE<br>SOUTH MIAMI, FL 33143 | CREDITOR ID: 242934-12<br>BADIA SPICES INC<br>ATTN GLORIA J PIERCE, CONTROLLER<br>1400 NW 93 AVENUE<br>PO BOX 226497<br>MIAMI, FL 33172-6497 | CREDITOR ID: 390109-54<br>BAEZ, GABRIELA<br>1235 SW 17TH AVE<br>MIAMI, FL 33135 |
| CREDITOR ID: 393565-55<br>BAEZ, GABRIELA<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN RONALD M SIMON, ESQ<br>1001 BRICKELL BAY DRIVE STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 242935-12<br>BAGCRAFT CORP<br>135 S LA SALLE DEPT 2210<br>CHICAGO, IL 60674-2210 | CREDITOR ID: 242936-12<br>BAGELS FOREVER<br>PO BOX 5547<br>MADISON WI 53705-0547 |
| CREDITOR ID: 242937-12<br>BAGELTIME INC<br>547 GRIFFITH ROAD<br>CHARLOTTE, NC 28217 | CREDITOR ID: 315837-40<br>BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529 | CREDITOR ID: 389485-54<br>BAGWELL, TERAN<br>41 TAMMY TRAIL<br>TRAVELERS REST SC 29690 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 387908-54
BAHADUR, ALI
1806 KING STREET
HIGH POINT, NC 27260

CREDITOR ID: 392191-55
BAHADUR, ALI
C/O: JAMES MCMILLAN, JR., ESQUIRE
LAMBETH, MCMILLAN AND WELDON
PO BOX 130
THOMASVILLE NC 27361-0130

CREDITOR ID: 265206-01
BAHAMAS ENV SCIENCE & TECHNOLOGY
OFFICE OF PRIME MINISTER
CECIL WALLACE-WHITFIELD CENTRE
CABLE BEACH
PO BOX N3217
NASSAU
BAHAMAS

CREDITOR ID: 403282-83
BAHRI ORTHO POHL GRUBE
6100 KENNERLY RD.
JACKSONVILLE FL 32216

CREDITOR ID: 278412-24
BAILEY & ASSOCIATES
C/O LIF REALTY TRUST
106 ACCESS ROAD
NORWOOD MA 02062-5294

CREDITOR ID: 242938-12
BAILEY & KING INSURANCE
PO BOX 400
405 WESTERN BLVD
JACKSONVILLE NC 28541-0400

CREDITOR ID: 404183-95
BAILEY FARMS
3549 TAR RIVER ROAD
OXFORD NC 27565

CREDITOR ID: 278848-30
BAILEY FARMS
ATTN DEBORAH BAILEY, VP
3553 TAR RIVER RD
OXFORD, NC 27565

CREDITOR ID: 265427-31
BAILEY G SOLID WASTE COLTN
ATTN: JUDY JOHNSON
100 THEO JUMPER RD
SWANSEA SC 29160-9264

CREDITOR ID: 242940-12
BAILEY TOOLS & SUPPLY
PO BOX 17526
1338 SOUTH SHELBY STREET
LOUISVILLE, KY 40217

CREDITOR ID: 387184-54
BAILEY, ANN
1024 LEE ROAD 319
PHENIX CITY, AL 36867

CREDITOR ID: 391770-55
BAILEY, ANN
C/O FUNDERBURK, DAY & LANE
ATTN KENNETH F FUNDERBURK, ESQ
PO BOX 1268
PHENIX CITY AL 36868

CREDITOR ID: 399464-82
BAILEY, CARMEN
1604 SHADES GLEN CIRCLE
BIRMINGHAM AL 35226

CREDITOR ID: 406350-MS
BAILEY, CECIL M.
VZ COUNTY ROAD 1215
CANTON TX 75103-6565

CREDITOR ID: 406351-MS
BAILEY, FLOYD T.
10428 SW LANDS END PLACE
PALM CITY FL 34990

CREDITOR ID: 403587-94
BAILEY, JULIUS E
122 COVINGTON PLACE
THOMASVILLE GA 31792

CREDITOR ID: 386453-54
BAILEY, RODNEY
5681 LANNY DR
POWDER SPRINGS GA 30127

CREDITOR ID: 391509-55
BAILEY, RODNEY
C/O: JOHN SHERROD
SHERROD AND BERNARD
8470 PRICE AVENUE
P.O.BOX 1154
DOUGLASVILLE GA 30133

CREDITOR ID: 394152-56
BAILEY, RONNIE
417 A NORTHUMBERLAND
FAYETTEVILLE NC 28314

CREDITOR ID: 389111-54
BAILEY, RUTH
PO BOX 5622
LAKE WORTH, FL 33463

CREDITOR ID: 392998-55
BAILEY, RUTH
LAW OFFICES OF GREGG R WEXLER, PA
ATTN GREGG R WEXLER, ESQ
1663 SOUTH CONGRESS AVE
WEST PALM BEACH FL 33406

CREDITOR ID: 386234-54
BAILEY, TOMMY
4817 SPRING BROOK DR.
HAHIRA GA 31632

CREDITOR ID: 395387-64
BAIN & COMPANY
PO BOX 11321
BOSTON, MA 02211

CREDITOR ID: 397853-76
BAIN, PATSY
8440 OLD VALDOSTA RD.
HAHIRA, GA 31632

CREDITOR ID: 242942-12
BAINBRIDGE ASSOCIATES
PO BOX 993
BAINBRIDGE, GA 39818

CREDITOR ID: 2070-07
BAINBRIDGE ASSOCIATES
PO BOX 983
BAINBRIDGE, GA 39818-0993

CREDITOR ID: 242943-12
BAJER DESIGN INC
PO BOX 78646
MILWAUKEE, WI 53278-0646

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404184-95<br>BAJER DESIGN INC<br>N 25 W23040 PAUL ROAD<br>PEWAUKEE WI 53072 | CREDITOR ID: 373791-44<br>BAKE LINE GROUP LLC<br>75 REMITTANCE DR<br>STE 1347<br>CHICAGO IL 60675-1347 | CREDITOR ID: 383990-47<br>BAKE LINE GROUP LLC<br>PO BOX 73546<br>CHICAGO IL 60673-3546 |
| CREDITOR ID: 242944-12<br>BAKER & BAKER<br>PO BOX 12397<br>COLUMBIA, SC 29211-2397 | CREDITOR ID: 398024-74<br>BAKER & HOSTETLER, LLP<br>ATTN: KEVIN SHAUGHNESSY<br>200 S. ORANGE AVENUE, STE. 2300<br>ORLANDO FL 32801 | CREDITOR ID: 279204-35<br>BAKER & TAYLOR<br>ATTN: ROGER LEE<br>2550 WEST TYVOLA RD<br>CHARLOTTE NC 28217 |
| CREDITOR ID: 383991-47<br>BAKER & TAYLOR<br>LOCKBOX 510334<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-0334 | CREDITOR ID: 242945-12<br>BAKER & TAYLOR<br>135 S LASALLE DEPT 1264<br>CHICAGO, IL 60674-1264 | CREDITOR ID: 404186-95<br>BAKER & TAYLOR<br>PO BOX 7247-8035<br>PHILADELPHIA PA 19170-8035 |
| CREDITOR ID: 242946-12<br>BAKER COMMUNITY HOSPITAL<br>PO BOX 484<br>MACCLENNY FL 32063 | CREDITOR ID: 242947-12<br>BAKER COUNTY MEDICAL SERVICES<br>159 NORTH THIRD STREET<br>PO BOX 484<br>MACCLENNY, FL 32063 | CREDITOR ID: 262769-12<br>BAKER COUNTY PRESS, THE<br>PO BOX 598<br>MACCLENNY, FL 32063 |
| CREDITOR ID: 242949-12<br>BAKER COUNTY STANDARD<br>2 E MACCLENNY AVE<br>MACCLENNY, FL 32063 | CREDITOR ID: 242950-12<br>BAKER COUNTY TAX COLLECTOR<br>81 NORTH THIRD STREET<br>PROPERTY TAX<br>MACCLENNY, FL 32063-2101 | CREDITOR ID: 242951-12<br>BAKER COUNY FAIR ASSOCIATION<br>PO BOX 492<br>MACCLENNY FL 32063 |
| CREDITOR ID: 242952-12<br>BAKER DISTRIBUTING CO<br>PO BOX 848459<br>DALLAS, TX 75284-8459 | CREDITOR ID: 404187-95<br>BAKER DISTRIBUTING CO<br>8010 WESTSIDE INDUSTRIAL DRIVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 383992-47<br>BAKER DISTRIBUTING COMPANY<br>PO BOX 861765<br>ORLANDO, FL 32886-1765 |
| CREDITOR ID: 407448-15<br>BAKER DISTRIBUTING COMPANY, LLC<br>ATTN GREG HILTON, CREDIT DIRECTOR<br>7892 BAYMEADOWS WAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 242953-12<br>BAKER DONELSOM BERMAN ET AL<br>211 COMMERCE STREET, SUITE 1000<br>NASHVILLE, TN 37201 | CREDITOR ID: 399668-YY<br>BAKER DONELSON BEARMAN CALDWELL BERKOWIT<br>201 ST CHARLES AVENUE, SUITE 3600<br>NEW ORLEANS LA 70170 |
| CREDITOR ID: 242954-12<br>BAKER DONELSON BEARMAN ET AL<br>BIRMINGHAM SOUTH TRUST TO<br>420 N TWENTIETH STREET, SUITE 1600<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 399326-74<br>BAKER DONELSON BEARMAN ET AL<br>420 20TH STREET NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 398025-74<br>BAKER DONELSON BEARMAN, ET AL<br>ATTN: CHARLES POWELL, IV<br>420 TWENTIETH ST., NORTH, STE 1600<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 278849-30<br>BAKER FARMS<br>3667 ELLENTON - NORMAN PARK ROAD<br>NORMAN PARK, GA 31771 | CREDITOR ID: 242957-12<br>BAKER HIGH<br>3200 GROOM RD<br>BAKER, LA 70714 | CREDITOR ID: 383993-47<br>BAKER MAID PRODUCTS INC<br>ATTN DARRYL SORENSEN, PRES<br>403 SOUTH MAIN STREET<br>POPLARVILLE, MS 39470 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

| | |
|---|---|
| **DEBTOR:** | **WINN-DIXIE STORES, INC., ET AL.** |

**CASE:  05-03817-3F1**

CREDITOR ID: 242959-12
BAKER TANKS
1806 TURKEY CREEK ROAD
PLANT CITY FL 33566

CREDITOR ID: 388953-54
BAKER, CAROL
165A 174 AVE.
REDINGTON SHORES, FL 33708

CREDITOR ID: 392857-55
BAKER, CAROL
C/O LAW OFFICES OF CHARLES R SCULLY
ATTN CHARLES R SCULLY, ESQ
3835 CENTRAL AVE
ST PETERSBURG FL 33713

CREDITOR ID: 381654-47
BAKER, CHRIS
ORLANDO DIV ASSOCIATE
STORE #2209
4481 DERBYSHIRE DR
TITUSVILLE FL 32780

CREDITOR ID: 386319-54
BAKER, DAVID
11529 MERDYTH ST
LOT 280
TAMPA FL 33637

CREDITOR ID: 391418-55
BAKER, DAVID
FOWLER WHITE GILLEN BOGGS VILLAREAL
601 CLEVELAND STREET, STE. 800
P.O. BOX 2917
CLEARWATER FL 33757

CREDITOR ID: 407519-93
BAKER, EMMA (SAVE-RITE)
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD
SUITE 1790
TAMPA FL 33602

CREDITOR ID: 407495-93
BAKER, JEAN B.
1802 CLINIC DRIVE
IVYDALE WV 25113

CREDITOR ID: 385285-54
BAKER, KARYN
6791 GREEN ST.
HOLLYWOOD, FL 33024

CREDITOR ID: 390593-55
BAKER, KARYN
C/O: ROBERT F. DOCIMO
LAW OFFICES OF ROBERT F. DOCIMO
100 SW 91ST. AVE., STE. 105
FT. LAUDERDALE FL 33324

CREDITOR ID: 385790-54
BAKER, KEVIN
436 HOLLY HEDGE DR
MADISON, MS 39110

CREDITOR ID: 400126-86
BAKER, MARJORIE
601 SOUTH 15TH ST.
FT  PIERCE  FL 34950

CREDITOR ID: 256024-12
BAKER, MELINDA S
PO BOX 6402
COLUMBUS, GA 31917

CREDITOR ID: 256027-12
BAKER, MELISSA
245 WILLARD STREET
LEXINGTON KY 40508

CREDITOR ID: 256200-12
BAKER, MICHAEL
411 FAIRLAWN ROAD
LOUISVILLE KY 40207

CREDITOR ID: 386450-54
BAKER, SANDRA
11239 BUCCHANAN
DALLAS TX 75228

CREDITOR ID: 391507-55
BAKER, SANDRA
C/O LAW OFFICE OF DANIEL L MORRIS
6333 FOREST PARK RD
SUITE 222
DALLAS TX 75235-5411

CREDITOR ID: 381374-47
BAKER/ZACKERY PAPER
5240 GROOM ROAD
BAKER, LA 70714

CREDITOR ID: 242961-12
BAKERFIELD ELEMENTARY
2550 SOUTH ST
BAKER, LA 70714

CREDITOR ID: 242962-12
BAKERS BRIGHT
ATTN: CARL E. GEARY
PO BOX 541086
CINCINNATI, OH 45254-1086

CREDITOR ID: 383994-47
BAKERS BRIGHT
ATTN GORDON D VOSS, PRES
447 OLD STATE ROUTE 74
CINCINNATI, OH 45244

CREDITOR ID: 373795-44
BAKERS BRIGHT
447 OLD STATE ROUTE 74
CINCINNATI, OH 45244

CREDITOR ID: 404188-95
BAKERS BRIGHT
629 OLD STATE ROUTE 74
CINCINNATI OH 45244

CREDITOR ID: 2072-07
BAKERSMITH CORNERS LLC
PO BOX 12397
COLUMBIA, SC 29211

CREDITOR ID: 242964-12
BAKERY CRAFT
PO BOX 37
WEST CHESTER, OH 45071

CREDITOR ID: 242965-12
BAKERY FEEDS
PO BOX 530401
ATLANTA, GA 30353-0401

CREDITOR ID: 381072-47
BAKERY, ANITA
9761 NW 91 COURT
MEDLEY, FL 33178

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246368-12<br>BAKERY, CLAXTON<br>203 MAIN STREET<br>CLAXTON, GA 30417 | CREDITOR ID: 264322-12<br>BAKKAR, WADIE<br>3628 SILVERY LANE<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 381871-99<br>BAKST, MICHAEL R<br>222 LAKEVIEW AVE, STE 1330<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 278837-99<br>BAL GLOBAL FINANCE LLC<br>C/O KAYE SCHOLER LLP<br>ATTN: RICHARD SMOLEV/KEITH MURPHY<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 | CREDITOR ID: 265428-31<br>BALANCE GROUP INC<br>ATTN: DIANE F KORTE<br>7709 APPAMATTOX RD<br>APEX NC 27539-7432 | CREDITOR ID: 385266-54<br>BALBUENA, MARTHA R<br>5335 SW 111TH AVE<br>MIAMI, FL 33165 |
| CREDITOR ID: 390574-55<br>BALBUENA, MARTHA R<br>C/O: JESSIE N. BERNHEIM, ESQUIRE<br>FRIEDMAN & RODMAN & FRANK, P.A.<br>3636 WEST FLAGLER ST.<br>MIAMI FL 33135 | CREDITOR ID: 242967-12<br>BALCHEM CORP<br>PO BOX 32321<br>HARTFORD CT 06150 | CREDITOR ID: 242968-12<br>BALDWIN CO EMC<br>PO BOX 290<br>SUMMERDALE, AL 36580-0220 |
| CREDITOR ID: 240923-11<br>BALDWIN COUNTY<br>SALES & USE TAX<br>ACCOUNT NO.: 4400-1<br>PO BOX 369<br>FOLEY, AL 36536 | CREDITOR ID: 242970-12<br>BALDWIN COUNTY HEALTH DEPT<br>PO BOX 369<br>ROBERTSDALE AL 36567-0369 | CREDITOR ID: 265429-31<br>BALDWIN COUNTY HIGHWAY DEPT<br>ATTN: TOM GRANGER<br>22220 WEST BLVD<br>SILVERHILL AL 36576-3756 |
| CREDITOR ID: 265430-14<br>BALDWIN COUNTY REVENUE COMM<br>ATTN: JAMES P NIX JR<br>212 COURTHOUSE SQ<br>BAY MINETTE AL 36507-4812 | CREDITOR ID: 242973-12<br>BALDWIN TRANSFER CO INC<br>PO BOX 2925<br>MOBILE AL 36652 | CREDITOR ID: 241919-12<br>BALDWIN, ALEXANDRA<br>233 19TH STREET<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 245340-12<br>BALDWIN, CHRISTOPHER<br>777 HICKORY STREET<br>TERRY TOWN, LA 70056 | CREDITOR ID: 385959-54<br>BALDWIN, EMMA G<br>125 OLD HOMESTEAD<br>GREENVILLE, SC 29611 | CREDITOR ID: 391188-55<br>BALDWIN, EMMA G<br>C/O MITCHELL, BOUTON, YOKEL & CHILD<br>ATTN D MITCHELL III/H ROACH, ESQS<br>PO BOX 10285, FS<br>GREENVILLE SC 29603 |
| CREDITOR ID: 387281-54<br>BALDWIN, FRANKIE<br>299 NORTHWEST 82ND AVE<br>PLANTATION, FL 33324 | CREDITOR ID: 391866-55<br>BALDWIN, FRANKIE<br>TAYLOR HODKIN KOPELOWITZ OSTROW PA<br>ATTN:  BRIAN KOPELOWITZ<br>350 E. LAS OLAS BLVD STE 1440<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 242974-12<br>BALEMASTER<br>980 CROWN COURT<br>CROWN POINT, IN 46307 |
| CREDITOR ID: 242975-12<br>BALGAS<br>525 EAST MAIN STREET<br>IMMOKALEE FL 34142-3828 | CREDITOR ID: 107-03<br>BALGAS/TECO PROPANE<br>3506 PROSPECT AVENUE<br>NAPLES FL 34104 | CREDITOR ID: 242976-12<br>BALGAS-NAPLES<br>3506 PROSPECT AVENUE<br>NAPLES, FL 34104 |
| CREDITOR ID: 385953-54<br>BALL, GERALDINE<br>424 BOOKER ST<br>ALEXANDER CITY, AL 35010 | CREDITOR ID: 391182-55<br>BALL, GERALDINE<br>C/O: LYDIA  A WATERS P.A.<br>BRAXTON BLAKE LOWE<br>117 WEST 14TH AVE<br>GULF SHORES OFFICE<br>GULF SHORES AL 36542 | CREDITOR ID: 390244-54<br>BALL, JOAN<br>1182 S CINDEE ST<br>ARCADIA FL 34266 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 242977-12
BALLARD PETROLEUM INC
PO BOX 769
ROSELAND, LA 70456

CREDITOR ID: 381741-15
BALLARD PETROLEUM, INC
ATTN MELISSA COLLINS
PO BOX 769
ARCOLA LA 70456

CREDITOR ID: 381990-36
BALLARD PETROLEUM, INC
JEFFREY J GUIDRY
POWERS, WILLARD & HIGHTOWER, LLP
7967 OFFICE PARK BLVD
BATON ROUGE LA 70895

CREDITOR ID: 381741-15
BALLARD PETROLEUM, INC
C/O POWERS WILLARD & HIGHTOWER LLP
ATTN: JEFFREY J GUIDRY, ESQ
7967 OFFICE PARK BLVD
PO BOX 15948
BATON ROUGE LA 70895

CREDITOR ID: 243741-12
BALLARD, BONNIE JO
312 HARPER DRIVE
APT C5
HORSE CAVE KY 42749

CREDITOR ID: 256264-12
BALLARD, MICHAEL T
3825 CHATHAM RD
LOUISVILLE KY 40218

CREDITOR ID: 257975-12
BALLARD, PAMELA
4400 JEFFERSON POINTE LANE, APT 18
PRINCE GEORGE, VA 23875

CREDITOR ID: 387147-54
BALLARD, SANDY
3081 MARTIN AVENUE
GREENACRES, FL 33463

CREDITOR ID: 391732-55
BALLARD, SANDY
C/O: STEVEN STEPPER
STEVEN M. STEPPER ATTORNEY AT LAW
2247 PALM BEACH LAKES BLVD
SUITE 226
WEST PALM BEACH FL 33409

CREDITOR ID: 242978-12
BALLARDS FARM SAUSAGE
PO BOX 699
WAYNE WV 25570

CREDITOR ID: 242979-12
BALLCO INC
PO BOX 71
KATHLEEN FL 33849

CREDITOR ID: 242980-12
BALLENISLES DEVELOPMENT COMPANY
303 BALLENISLES DR
PALM BEACH GARDENS, FL 33418

CREDITOR ID: 242981-12
BALLENTINE BARBERA GROUP LLC
1250 CONNECTICUT AVE NW, SUITE 201
WASHINGTON DC 20036

CREDITOR ID: 404189-95
BALLOONS EVERYWHERE
4658 AIRPORT BLVD
MOBILE AL 36608-3155

CREDITOR ID: 242982-12
BALLOONS EVERYWHERE
16474 GREENO RD
FAIRHOPE, AL 36532-5528

CREDITOR ID: 242983-12
BALLOONS INC
ATTN: WILLIAM GRUBBS, PRES
2050 W 5TH STREET
PO BOX 1525
LUMBERTON, NC 2835915255

CREDITOR ID: 242984-12
BALLS WRECKER SERVICE INC
2690 US HIGHWAY 17 SOUTH
BARTOW FL 33830-8521

CREDITOR ID: 242985-12
BALLY TOTAL FITNESS
8700 WEST BRYN MAWR
CHICAGO, IL 60631

CREDITOR ID: 385541-54
BALOM, EMMA
2200 NW 189 TERRACE
MIAMI, FL 33056

CREDITOR ID: 390838-55
BALOM, EMMA
C/O  DANIEL R MAIER, PA LAW OFFICES
ATTN DANIEL R MAIER, ESQ
915 MIDDLE RIVER DRIVE, SUITE 600
FORT LAUDERDALE FL 33304

CREDITOR ID: 386512-54
BALSA, MIGUEL
14244 SW 25TH TERRACE
MIAMI FL 33175

CREDITOR ID: 385536-54
BALSEIRO, BARBARA
2001 NE 51 COURT/WEST
FORT LAUDERDALE, FL 33308

CREDITOR ID: 390833-55
BALSEIRO, BARBARA
C/O: ERIC L. BERGER
KOPPEL & BATES
8211 W. BROWARD BLDG. STE. 230
PLANTATION FL 33324

CREDITOR ID: 242986-12
BALTIMORE SPICE INC
PO BOX 17512
BALTIMORE MD 21297-0488

CREDITOR ID: 242987-12
BALZAC BROS & CO INC
2 WILLIAMS STREET, SUITE 205
WHITE PLAINS, NY 10601

CREDITOR ID: 279506-29
BALZAC BROS & CO INC
ATTN: RICHARD BALZAC
11 FULTON STREET
CHARLESTON SC 29401

CREDITOR ID: 404190-95
BALZAC BROS & CO INC
PO BOX 1011
BRONXVILLE NY 10708

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404191-95<br>BAMA BUD OF MONTGOMERY<br>500 NORTH PERRY<br>MONTGOMERY AL 36104 | CREDITOR ID: 242988-12<br>BAMA BUD OF MONTGOMERY<br>1700 EMORY FOLMAR BLVD<br>MONTGOMERY, AL 36110 | CREDITOR ID: 242989-12<br>BAMA SUPPLY CO INC<br>C/O AMSAN FLORIDA<br>3031 N ANDREWS AVE EXT<br>POMPANO BEACH, FL 33064 |
| CREDITOR ID: 242990-12<br>BAMA SUPPLY COMPANY<br>1105 KERSHAW STREET<br>MONTGOMERY, AL 36108 | CREDITOR ID: 389782-54<br>BAMFORD, JACKIE<br>155 N. ORANGE ST<br>STARKE FL 32091 | CREDITOR ID: 242991-12<br>BANA PARTS INC<br>PO BOX 23388<br>NEW ORLEANS LA 70183-0388 |
| CREDITOR ID: 242992-12<br>BANANA BOAT<br>PO BOX 15145<br>PANAMA CITY FL 32406 | CREDITOR ID: 242993-12<br>BANANA BOAT PLAYTEX PRODUCTS INC<br>PO BOX 60901<br>CHARLOTTE NC 28260 | CREDITOR ID: 394257-56<br>BANASZEWSKI, SHARON<br>220 HEATHWOOD DRIVE<br>AIKEN SC 29803 |
| CREDITOR ID: 242994-12<br>BANC ONE<br>ATTN MARTIN STADLER<br>1717 MAIN STREET<br>12TH FLOOR<br>DALLAS, TX 75201 | CREDITOR ID: 1093-07<br>BANC ONE<br>1717 MAIN STREET, 12TH FLOOR<br>DALLAS TX 75201 | CREDITOR ID: 397148-67<br>BANCORP BANK<br>PO BOX 789<br>TUPELO, MS 38802 |
| CREDITOR ID: 278070-23<br>BANCORP SOUTH<br>ATTN: NAN CORBELL<br>PO BOX 787<br>ABERDEEN MS 39730 | CREDITOR ID: 242995-12<br>BANCORPSOUTH<br>RECOVERY DEPT<br>PO BOX 789<br>TUPELO, MS 38802 | CREDITOR ID: 242996-12<br>BANDAG INCORPORATED<br>PO BOX 92090<br>CHICAGO, IL 60675-2090 |
| CREDITOR ID: 405957-15<br>BANDAG, INC.<br>ATTN LYNN FINCK<br>2905 N HWY 61<br>MUSCATINE IA 52761 | CREDITOR ID: 385481-54<br>BANDY, JONI<br>9642 S. ARABIAN AVE.<br>FLORAL CITY, FL 34436 | CREDITOR ID: 390781-55<br>BANDY, JONI<br>C/O BRENT C MILLER, PA LAW OFFICES<br>ATTN THOMAS D HIPPELHEUSER, ESQ<br>205 EAST BURLEIGH BOULEVARD<br>TAVARES FL 32778 |
| CREDITOR ID: 388629-54<br>BANDY, PATSY<br>3716 NORTH HILLS DR.<br>FORT WORTH TX 76117 | CREDITOR ID: 397172-67<br>BANE DRUG<br>360 W MONTICELLO<br>BROOKHAVEN, MS 39601 | CREDITOR ID: 393677-58<br>BANE DRUGS #2622-4<br>360 WEST MONTICELLO<br>BROOKHAVEN, MS 39601 |
| CREDITOR ID: 387723-54<br>BANE, DANIELLE<br>312 ELIZABETH AVENUE<br>ALBANY GA 31705 | CREDITOR ID: 385711-54<br>BANGO, JULIO<br>4730 CORTEZ CIRCLE<br>NAPLES, FL 34116 | CREDITOR ID: 390991-55<br>BANGO, JULIO<br>C/O BERKE, LUBELL & BRUNNER, P.A.<br>ATTN EVAN D. LUBELL, ESQ<br>1003 DEL PRADO BLVD, STE 300<br>CAPE CORAL FL 33990 |
| CREDITOR ID: 242997-12<br>BANK MIDWEST<br>ATTN JOHN BAXTER<br>1100 MAIN STREET<br>KANSAS CITY, MO 64105 | CREDITOR ID: 1094-07<br>BANK MIDWEST<br>ATTN: JOHN BAXTER<br>1100 MAIN STREET<br>KANSAS CITY, MO 64105 | CREDITOR ID: 242998-12<br>BANK OF AMERICA<br>2392 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243001-12<br>BANK OF AMERICA<br>C/O CGI-AMS INC<br>12907 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 243000-12<br>BANK OF AMERICA<br>C/O CGI INFORMATION SYSTEMS MGMT<br>12907 COLLECTION CENTER DRIVE<br>CONSULTANTS INC<br>CHICAGO IL 60693 | CREDITOR ID: 242999-12<br>BANK OF AMERICA<br>ATTN ACCOUNT ANALYSIS<br>PO BOX 37000<br>SAN FRANCISCO CA 94137 |
| CREDITOR ID: 243002-12<br>BANK OF AMERICA N A<br>C/O FLYNN LAVRAR, ESQ<br>5310 NORTWEST 33RD AVENUE, STE 100<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 243004-12<br>BANK OF AMERICA N A<br>C/O SUFFLOK GEN DIST COURT<br>150 N MAIN STREET<br>SUFFOLK VA 23434 | CREDITOR ID: 243003-12<br>BANK OF AMERICA N A<br>C/O ERSKINE & FLEISHER<br>55 WESTON ROAD<br>SUITE 300<br>FT LAUDERDALE, FL 33326 |
| CREDITOR ID: 278413-24<br>BANK OF AMERICA NA<br>JOHN HOSMER, ESQ<br>CADWALADER, WICKERSHAM & TAFT<br>201 S. COLLEGE STREET<br>SUITE 1510<br>CHARLOTTE NC 28244 | CREDITOR ID: 278734-28<br>BANK OF AMERICA, N.A.<br>GENERAL COUNSEL<br>1111 E. MAIN STREET, 18TH FLOOR<br>PO BOX 25086<br>MECHANICSVILLE, VA 23116 | CREDITOR ID: 1194-07<br>BANK OF CHARLESTON SQUARE INC<br>C/O PMG OCEAN ASSOCIATES<br>ATTN STEPHANIE WEYANDT<br>TRAMMEL CROW SERVICES INC<br>1801 N MILITARY TRAIL STE 150<br>BOCA RATON FL 33431 |
| CREDITOR ID: 278071-23<br>BANK OF GRANITE<br>ATTN: BOOKKEEPER<br>PO BOX 128<br>GRANITE FALLS, NC 28630 | CREDITOR ID: 243007-12<br>BANK OF GRANITE<br>TRUCKING CO INC<br>PO BOX 9195<br>HICKORY NC 28603 | CREDITOR ID: 383995-47<br>BANK OF GRANITE<br>PO BOX 128<br>A/C 002-268-3<br>GRANITE FALLS, NC 28630-0128 |
| CREDITOR ID: 373797-44<br>BANK OF NEW ENGLAND AND TRUST<br>ATTN: CORPORATE TRUST DEPARTMENT<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06115 | CREDITOR ID: 1097-07<br>BANK OF NEW YORK<br>C/O MATT LOUIS ESCROW UNIT<br>101 BARCLAY STREET<br>FLOOR 8W<br>NEW YORK, NY 10286 | CREDITOR ID: 243008-12<br>BANK OF NEW YORK<br>101 BARCLAY ST FL 8W<br>MATT LOUIS\ESCROW UNIT\A\C 411545<br>NEW YORK NY 10286 |
| CREDITOR ID: 1096-07<br>BANK OF NEW YORK<br>101 BARCLAY STREET, FLOOR 21 W<br>NEW YORK NY 10286 | CREDITOR ID: 397161-67<br>BANK OF WEST BATON ROUGE<br>320 N. ALEXANDER AVE.<br>PORT ALLEN, LA 70767 | CREDITOR ID: 243011-12<br>BANK ONE<br>ATTN ALICE FREE LA1-3913<br>PO BOX 1412<br>MONROE, LA 71210-1412 |
| CREDITOR ID: 243012-12<br>BANK ONE LOUISIANA NA<br>PO BOX 62600 DEPT 1024<br>NEW ORLEANS LA 70162-2600 | CREDITOR ID: 243013-12<br>BANK PLUS<br>ATTN FAYE RUSSELL<br>PO BOX 6<br>CLINTON MS 39046 | CREDITOR ID: 243014-12<br>BANK STREET ELEMENTARY<br>500 BANK AVE<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 265431-14<br>BANKING AND FINANCE GA DEPT<br>ATTN: BARRY ROOKS<br>510 PLAZA DR STE 1230<br>ATLANTA GA 30349-6021 | CREDITOR ID: 265436-14<br>BANKING AND FINANCE GA DEPT<br>ATTN: JANE WHITFIELD<br>211 ASHLEY ST E STE 100<br>DOUGLAS GA 31533-5307 | CREDITOR ID: 265438-14<br>BANKING AND FINANCE GA DEPT<br>ATTN: JOYCE JONES<br>2215 BEMISS RD STE F<br>VALDOSTA GA 31602-3735 |
| CREDITOR ID: 265440-14<br>BANKING AND FINANCE GA DEPT<br>ATTN: ROB BRASWOLD<br>2131 KINGSTON CT SE<br>MARIETTA GA 30067-8929 | CREDITOR ID: 265434-14<br>BANKING AND FINANCE GA DEPT<br>ATTN: ED MANY<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 265439-14<br>BANKING AND FINANCE GA DEPT<br>ATTN: LARRY T DUKE<br>2402 DAWSON RD STE 5<br>ALBANY GA 31707-2380 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 265437-14
BANKING AND FINANCE GA DEPT
ATTN: JOHN BUTLER
2 MARTIN LUTHER KING JR D
ATLANTA GA 30334

CREDITOR ID: 265435-14
BANKING AND FINANCE GA DEPT
ATTN: GARY FORD
100 A COR SQ
DUBLIN GA 31021

CREDITOR ID: 265432-14
BANKING AND FINANCE GA DEPT
ATTN: DAVID G SORRELL
2990 BRANDYWINE RD
ATLANTA GA 30341-5529

CREDITOR ID: 398250-78
BANKS, EDITH
2086 ARMARK DRIVE
CLEARWATER, FL 33764

CREDITOR ID: 390023-54
BANKS, GIRDEN
5400 COLBURN RD
NORTHPORT AL 35473

CREDITOR ID: 385446-54
BANKS, KENNY
5620 FOREST ISLE
APT 96
NEW ORLEANS, LA 70131

CREDITOR ID: 390748-55
BANKS, KENNY
C/O: PIERRE F. GAUDIN, ESQUIRE
GAUDIN AND GAUDIN ATTY AT LAW
P.O. BOX 156
1088 FOURTH ST.
GRETNA LA 70053

CREDITOR ID: 388194-54
BANKS, LEVITICUS
6681 GREEN MEADOWS LANE
MORROW GA 30260

CREDITOR ID: 392411-55
BANKS, LEVITICUS
C/O: SUSAN J SADOW, P.C.
600 GALLERIA PARKWAY
STE. 1900
ATLANTA GA 30339

CREDITOR ID: 387349-54
BANKS, LINDER
3860 CHARLES TERRACE
MIAMI, FL 33133

CREDITOR ID: 391922-55
BANKS, LINDER
C/O: KLEMPICK & GAMPEL, P. A.
KLEMICK & GAMPEL, P.A.
1953 S.W. 27TH AVE.
MIAMI FL 33145

CREDITOR ID: 393564-55
BANKS, SANDRA D
C/O EARL DAVIDSON, PA
ATTN EARL A DAVIDSON, ESQ
4832 OLD NATIONAL HWY
COLLEGE PARK GA 30337

CREDITOR ID: 390108-54
BANKS, SANDRA D
4130 JEFFREY DRIVE, LOT 56
COLLEGE PARK, GA 30349

CREDITOR ID: 386585-54
BANKSTON, MARY
250 HOLLOW RIDGE DR
ATHENS GA 30607

CREDITOR ID: 391597-55
BANKSTON, MARY
C/O: JOHN E. KARDOS, P.C.
LAW FIRM OF JOHN E. KARDOS
ONE HUNTINGTON ROAD
SUITE 202
ATHENS GA 30606

CREDITOR ID: 243015-12
BANNER SIGNS TODAY
4217 SOUTH BLVD
CHARLOTTE, NC 28209

CREDITOR ID: 381208-47
BANNER TRANSPORT GROUP INC
PO BOX 890
MIDDLEBURG, FL 32050

CREDITOR ID: 243016-12
BANNER TRIBUNE
ATTN ALLAN VON WERDER
PO BOX 566
FRANKLIN, LA 70538-0566

CREDITOR ID: 243017-12
BANTAM ATHLETIC CLUB
PO BOX 448
RESERVE LA 70084

CREDITOR ID: 243018-12
BAPTIST BUSINESS HEALTH SOLUTIONS
9400 UNIVERSITY PKWY
PENSACOLA FL 32514

CREDITOR ID: 403283-83
BAPTIST HOSPITAL OF MIAMI
8900 N. KENDALL DR
MIAMI FL 33176

CREDITOR ID: 403284-83
BAPTIST MEDICAL CENTER
800 PRUDENTIAL DR.
JACKSONVILLE FL 32207

CREDITOR ID: 403285-83
BAPTIST MEDICAL CENTER NASSAU
1250 S. 18TH ST
FERNANDINA BCH FL 32034

CREDITOR ID: 243019-12
BAPTIST MEDICAL CENTER SOUTH
PATIENT BILLING OFFICE
PO BOX 241145
MONTGOMERY, AL 36124-1145

CREDITOR ID: 404193-95
BAPTIST MEDICAL CENTER SOUTH
P O BOX 241145
MONTGOMERY AL 36124-1145

CREDITOR ID: 243020-12
BAPTIST OCCUPATIONAL HEALTH
PO BOX 31440
TAMPA FL 33631-3440

CREDITOR ID: 243021-12
BAPTIST OCCUPATIONAL MED CENTER
PO BOX 247 B
MEMPHIS, TN 38159

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243022-12<br>BAPTIST WORX<br>BILLING DEPT<br>PO BOX 7950<br>LOUISVILLE KY 40257-0950 | CREDITOR ID: 385759-54<br>BAPTISTE, CARLA<br>2621 NW 206 STREET<br>MIAMI, FL 33056 | CREDITOR ID: 391033-55<br>BAPTISTE, CARLA<br>C/O: GREGG A SILVERSTEIN, ESQ.<br>SILVERSTEIN SILVERSTEIN SILVERSTEIN<br>20801 BISCAYNE BLVD STE 504<br>AVENTURA FL 33180-1422 |
| CREDITOR ID: 407451-15<br>BAPTISTE, DRUCILLA JON<br>C/O BRUCE H FREEDMAN PA<br>ATTN BRUCE H FREEDMAN, ESQ<br>300 NW 82ND AVENUE, SUITE 415<br>PLANTATION FL 33324 | CREDITOR ID: 243023-12<br>BAPTISTWORX BUSINESS OFFICE<br>3303 FERN VALLEY RD<br>STE 200<br>LOUISVILLE KY 40213 | CREDITOR ID: 243024-12<br>BAR S FOOD<br>DEPT 0923<br>PO BOX 120923<br>DALLAS, TX 75312 |
| CREDITOR ID: 406352-MS<br>BARAGONA, ANGELA<br>8950 ELIZABETH FALLS DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 387224-54<br>BARASH, PHYLLIS<br>5906 LAS CALINAS CIR<br>LAKE WORTH, FL 33463 | CREDITOR ID: 391812-55<br>BARASH, PHYLLIS<br>C/O: SHELLEY B. MAURICE<br>SHELLEY B. MAURICE, P. A.<br>11076 SOUTH MILITARY TRAIL<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 406353-MS<br>BARATTINI, GARY<br>4426 WINROCK LANE<br>ROCK HILL SC 29732 | CREDITOR ID: 373803-44<br>BARBARA LOTT'S CAKES<br>117 LAKEVIEW LANE<br>SYLVESTER GA 31791 | CREDITOR ID: 243038-12<br>BARBARA, FAULK,<br>PO BOX 4923<br>SEMINOLE FL 33775 |
| CREDITOR ID: 278414-25<br>BARBAREE G. ROSENBAUM, TRUSTEES<br>LAURA C. KIMBRELL, ET AL<br>CO-TRUSTEES<br>PO BOX 3007<br>MERIDIAN MS 39303 | CREDITOR ID: 265441-31<br>BARBAUR COUNTY CHILD NTRTN CTR<br>ATTN: MARGRET SANDERS<br>15 S ARMOORY ST<br>CLAYTON AL 36016 | CREDITOR ID: 399267-72<br>BARBCO<br>15003 BENFER ROAD<br>HOUSTON, TX 77069 |
| CREDITOR ID: 386560-54<br>BARBECHO, JOSE<br>17400 NW 52ND AVENUE<br>CAROL CITY FL 33055 | CREDITOR ID: 391580-55<br>BARBECHO, JOSE<br>C/O: JUAN CARLOS PARETS, ESQ.<br>JUAN CARLOS PARETS LAW OFFICE<br>844 SW 1ST STREET<br>MIAMI FL 33130 | CREDITOR ID: 264354-12<br>BARBECUE, WALLACE<br>3035 VETERANS MEMORIAL PKWY<br>AUSTELL, GA 30168 |
| CREDITOR ID: 243061-12<br>BARBER & SONS PLUMBING CO INC<br>1123 26TH AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 243062-12<br>BARBER DAIRY<br>BOX 60498<br>CHARLOTTE, NC 28260-0498 | CREDITOR ID: 404199-95<br>BARBER DAIRY<br>DRAWER 614<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0614 |
| CREDITOR ID: 404200-95<br>BARBER FOODS<br>SCHWEITZER & ASSOC<br>PO BOX 1798<br>DUNDEE FL 33838 | CREDITOR ID: 243063-12<br>BARBER FOODS<br>PO BOX 4821<br>PORTLAND, ME 04112-4821 | CREDITOR ID: 381992-36<br>BARBER ICE CREAM/MAYFIELD ICE CREAM<br>A DEAN'S FOODS COMPANY<br>ALEX D. MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 381993-36<br>BARBER MILK, INC.<br>DEAN'S FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 244847-12<br>BARBER, CEDRICK<br>2564 CANTERBURY DRIVE N<br>W PALM BEACH FL 33407 | CREDITOR ID: 375194-44<br>BARBER, HEATH<br>NOL DIV STORE# 1501<br>19291 HODGE RD<br>FRANKLINTON, LA 70438 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385306-54<br>BARBER, NELLIE<br>6018 WILLIAMS RD<br>SEFFNER, FL 33584 | CREDITOR ID: 390614-55<br>BARBER, NELLIE<br>LAW OFFICE OF PAUL P LATVIS PA<br>ATTN: PAUL P. LATVIS<br>7405 TEMPLE TERRACE HWY STE. C<br>TAMPA FL 33637 | CREDITOR ID: 376810-44<br>BARBER, ROBERT<br>CHR DIV 1203<br>114 HIAWATHA DR<br>BELTON, SC 29627 |
| CREDITOR ID: 243060-12<br>BARBE'S DAIRY INC<br>PO BOX 186<br>WESTWEGO LA 70096-0186 | CREDITOR ID: 406354-MS<br>BARBIER, WAYNE E.<br>P.O. BOX 388<br>ST. ROSE LA 70087 | CREDITOR ID: 317291-42<br>BARBOUR COUNTY REVENUE COMMISSIONER<br>303 E BROAD ST<br>EUFAULA, AL 36027-1654 |
| CREDITOR ID: 243064-12<br>BARBOUR COUNTY REVENUE COMMISSIONER<br>303 EAST BROAD STREET<br>PROPERTY TAX<br>EUFAULA AL 36027-1654 | CREDITOR ID: 380968-47<br>BARBOURVILLE SHOPPING CENTER LLC<br>C/O JEAN CESSNA & BENGE, ESQS<br>303 S MAIN STREET<br>LONDON, KY 40741-1906 | CREDITOR ID: 243065-12<br>BARBOURVILLE WATER & ELEC CO<br>PO BOX 1600<br>BARBOURVILLE KY 40906-1600 |
| CREDITOR ID: 404201-95<br>BARCO LABELS<br>PO BOX 243<br>DES PLAINES IL 60016 | CREDITOR ID: 243066-12<br>BARCO LABELS<br>PO BOX 1127<br>GLENVIEW, IL 60025-1127 | CREDITOR ID: 243067-12<br>BARCO NEWTON YMCA<br>2075 TOWN CENTER BLVD<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 315800-40<br>BARD, ERVIN & SUSANNE<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS  ANGELES, CA 90069 | CREDITOR ID: 1315-07<br>BARD, ERVIN & SUSANNE<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES CA 90069 | CREDITOR ID: 399344-15<br>BARD, ERVIN R & SUSANNE<br>C/O ISRAEL FRIEDBERG & KORBATOV LLP<br>ATTN JAMES A FRIEDBERG ESQ<br>11601 WILSHIRE BLVD SUITE 2200<br>LOS ANGELES CA 90025 |
| CREDITOR ID: 387162-54<br>BARDELAS, KIM<br>1125 NW 122ND TERRACE<br>PEMBROKE PINES, FL 33028 | CREDITOR ID: 391748-55<br>BARDELAS, KIM<br>C/O:  ROBERT  FRIEDMAN<br>FRIEDMAN & BROWN, LLC<br>2020 NE 163RD STREET<br>SUITE 300E<br>NORTH MIAMI FL 33162 | CREDITOR ID: 389306-54<br>BARDEN, JACKIE<br>134 TALLOKAS ESTATE<br>MOULTRIE GA 31788 |
| CREDITOR ID: 393126-55<br>BARDEN, JACKIE<br>C/O: BRUCE EDWARDS, ESQ.<br>BRUCE EDWARDS, PC<br>802 EAST WARD STREET<br>P O BOX 248<br>DOUGLAS GA 31534 | CREDITOR ID: 243068-12<br>BARDSTOWN CITY CLERK<br>PO BOX 867<br>BARDSTOWN, KY 40004-0867 | CREDITOR ID: 240924-11<br>BARDSTOWN CITY CLERK<br>ACCOUNT NO.: 042141<br>PO BOX 867<br>BARDSTOWN, KY 40004 |
| CREDITOR ID: 315939-41<br>BARDSTOWN ROAD INVESTMENT<br>C/O METTS CO. REAL ESTATE<br>4014 DUTCHMANS LANE<br>LOUISVILLE KY 40207 | CREDITOR ID: 278617-24<br>BARDSTOWN S.C., LLC<br>NATIONAL CITY BANK OF KENTUCKY<br>101 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 243070-12<br>BARDSTOWN SC LLC<br>C/O ICON PROPERTIES LLC<br>3220 OFFICE POINTE PLACE<br>SUITE 200<br>LOUISVILLE, KY 40220 |
| CREDITOR ID: 1098-RJ<br>BARDSTOWN SC LLC<br>C/O ICON PROPERTIES LLC<br>3220 OFFICE POINTE PLACE<br>LOUISVILLE, KY 40220 | CREDITOR ID: 399361-15<br>BARDSTOWN SC, LLC, SUCCESSOR TO<br>KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 | CREDITOR ID: 244684-12<br>BARDWELL, CARRIE<br>141 FRAIZER CREEK ROAD<br>WINSTON SALEM NC 27105 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 243071-12
BAREFOOT BAY WATER & SEWER DIST
931 BAREFOOT BLVD  STE#2
BAREFOOT BAY, FL 32976-7619

CREDITOR ID: 111-03
BARFIELD GAS
312 OLD QUITMAN RD.
PO BOX 990
ADEL GA 31620

CREDITOR ID: 243072-12
BARFIELD GAS COMPANY
PO BOX 990
ADEL, GA 31620

CREDITOR ID: 406355-MS
BARFOOT, RANDALL
211 NASCAR LANE
WEBB AL 36376

CREDITOR ID: 243073-12
BARGAIN SUPPLY CO
844 E JEFFERSON ST
LOUISVILLE KY 40206-1618

CREDITOR ID: 399890-84
BARGHAUSEN, CAROL
838 CONREID DR
PORT CHARLOTTE FL 33952

CREDITOR ID: 404202-95
BARILLA AMERICA INC
ADVANTAGE SALES & MARKETING
5908 BRECKENRIDGE PARKWAY
TAMPA FL 33610

CREDITOR ID: 243074-12
BARILLA AMERICA INC
PO BOX 7247-7252
PHILADELPHIA, PA 19170-7252

CREDITOR ID: 381994-36
BARILLA AMERICA, INC
JIM ALLEN
1200 LAKESIDE DR
BANNOCKBURN IL 60015-1243

CREDITOR ID: 407412-15
BARJAN PRODUCTS DBA VICTOR PRODUCTS
7800 51ST ST W
ROCK ISLAND IL 61210

CREDITOR ID: 243075-12
BARKDALE BONDING & INSURANCE INC
PO BOX 13389
JACKSON MS 39236-3389

CREDITOR ID: 386266-54
BARKENQUAST, JOHN
3655 ALBIN AVE
NORTH PORT FL 34286

CREDITOR ID: 391385-55
BARKENQUAST, JOHN
C/O: BRIAN SUTTER, ESQ.
SUTTER LAW FIRM
822 TAMIAMI TRAIL
#2
PORT CHARLOTTE FL 33953

CREDITOR ID: 243076-12
BARKER COMPANY LTD
ATTN CHRISTINE CARLSON, CONTROLLER
PO BOX 478
KEOSAUQUA IA 52565-0478

CREDITOR ID: 243077-12
BARKER COMPANY LTD
PO BOX 642
DES MOINES, IA 50303-0642

CREDITOR ID: 385448-54
BARKER, DONELLA
3510 MCMILLIAN AVE.
JACKSONVILLE, FL 32208

CREDITOR ID: 390750-55
BARKER, DONELLA
C/O: LLOYD S MANUKIAN
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 390230-54
BARKER, FAYE
337 POPLAR STREET
SODDY DAISY TN 37379

CREDITOR ID: 393662-55
BARKER, FAYE
C/O: BOB WIDERKEHR
ATTORNEY AT LAW
2901 EAST 48TH STREET
CHATTANOOGA TN 37407

CREDITOR ID: 389418-54
BARKER, JUSTIN
924 CATERPILLAR LANE
CANTONMENT FL 32533

CREDITOR ID: 388613-54
BARKER, PATTIE
2752 MADRIGAL LANE
WEST MELBOURNE FL 32904

CREDITOR ID: 392667-55
BARKER, PATTIE
C/O: CLINT LAVENDER
MORGAN, COLLING & GILBERT, P.A.
20 NORTH ORANGE AVE, 16TH FLR.
ORLANDO FL 32801

CREDITOR ID: 387787-54
BARKER, TOM
150 GALLOWAY DRIVE
PICKENS SC 29671

CREDITOR ID: 392124-55
BARKER, TOM
C/O: R. SCOTT DOVER, ESQ
102 PENDLETON STREET
P.O. BOX 462
PICKENS SC 29671

CREDITOR ID: 400127-86
BARKER, VICTOR
14453 SW 165TH TERRACE
MIAMI  FL 33177

CREDITOR ID: 387036-54
BARKER, WILLIAM
4300 MARSH RD.
DELAND FL 32720

CREDITOR ID: 243078-12
BARKER'S DISTRIBUTING CO INC
2802 SIX MILE LANE
LOUISVILLE KY 40220

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 386019-54
BARKLEY, BALDON
3696 SHEBA DRIVE
ELLENWOOD, GA 30294

CREDITOR ID: 388988-54
BARKLEY, ROSE
833 30TH CT
WEST PALM BEACH, FL 33407

CREDITOR ID: 392889-55
BARKLEY, ROSE
C/O: JOSHUA G. GERSTIN, ESQ.
LUNTZ & LUNTZ
399 W. PALMETTO PARK RD.
SUITE 108
BOCA RATON FL 33432

CREDITOR ID: 386503-54
BARKSDALE, IRENE
8357 FOUR WINDS DRIVE
CINCINNATI OH 45231

CREDITOR ID: 391543-55
BARKSDALE, IRENE
C/O: KYLE MCKENZIE
MCKENZIE LAW OFFICE
315 MAPLE AVENUE
HAMILTON OH 45011

CREDITOR ID: 243079-12
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO, CA 93010

CREDITOR ID: 1099-07
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO, CA 93010

CREDITOR ID: 387399-54
BARLOW, JOE
3577 GAUPHANISLAND PARKWAY
APT 37
MOBILE, AL 36605

CREDITOR ID: 389856-54
BARLOW, KRISTY
129 COUNTY ROAD
LOUIN, MS 39338-4715

CREDITOR ID: 393401-55
BARLOW, KRISTY
C/O: THOMAS S. MOORE
SHUTTLESWORTH & MOORE
104 23RD ST S SUITE 100
BIRMINGHAM AL 35233

CREDITOR ID: 243080-12
BARLOWORLD HANDLING LP
PO BOX 402473
ATLANTA, GA 30384-2473

CREDITOR ID: 243081-12
BARNARD NUT COMPANY
ATTN JOSE L MENENDEZ, PRESIDENT
PO BOX 453636
MIAMI, FL 33245

CREDITOR ID: 382401-51
BARNARD SOFTWARE INC.
806 SILK OAK TERRACE
LAKE MARY, FL 32746

CREDITOR ID: 397854-76
BARNARD, JAMES
1503 MANHATTAN ST.
BIRMINGHAM, AL 35209

CREDITOR ID: 243083-12
BARNES ALARM SYSTEMS INC
5615 3RD AVENUE #8
KEY WEST FL 33040

CREDITOR ID: 243084-12
BARNES FOODS
LOCK BOX 843803
DALLAS, TX 75284-3803

CREDITOR ID: 243086-12
BARNES MOTOR AND PARTS RALEIGH
2201 BRENTWOOD RD  STE 114
RALEIGH NC 27604

CREDITOR ID: 243613-12
BARNES, BLANCHE
325 BRADSHAW AVENUE
HENDERSONVILLE, NC 28792

CREDITOR ID: 386431-54
BARNES, CATHERINE
6955 SW 157TH LANE
DUNNELLON FL 34432

CREDITOR ID: 391494-55
BARNES, CATHERINE
C/O: J.W. CHALKLEY, III
CHALKLEY, SMITH & FULLER
1130 S.E. 17TH STREET
THE CHALKLEY BUILDING
OCALA FL 34471

CREDITOR ID: 387290-54
BARNES, KESHON (MINOR)
117 C WINDY WOOD DR.
MONTGOMERY, AL 36108

CREDITOR ID: 391874-55
BARNES, KESHON (MINOR)
C/O: KENNETH SHINBAUM, ESQUIRE
MCPHILLIPS, SHINBAUM & GILL, LLP
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 385807-54
BARNES, LAKESHIA
213 KANSAS STREET
HAMMOND, LA 70403

CREDITOR ID: 256231-12
BARNES, MICHAEL J
2507 BOUNDARY STREET
BELMONT NC 28012

CREDITOR ID: 390410-54
BARNES, REBECCA D
4301 CONFEDERATE POINT RD
JACKSONVILLE FL 32210

CREDITOR ID: 262287-12
BARNES, SUSAN
33 COCO COURT
MIRAMAR BEACH, FL 32550

CREDITOR ID: 269216-16
BARNETT PROPERTIES, LLC
1775 GRAHAM AVENUE, SUITE 201
HENDERSON, NC 27536

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

---

CREDITOR ID: 243087-12
BARNETT SPECIALTIES
ONE INDEPENDENT SQUARE
JACKSONVILLE FL 32202

CREDITOR ID: 406356-MS
BARNETT, JOSEPH W.
311 HOLLYRIDGE DR.
MONTGOMERY AL 36109

CREDITOR ID: 400128-86
BARNEY, STEPHANIE COLEMAN
37 POMPAS CT.
DALLAS  GA 30157

CREDITOR ID: 400129-86
BARNHART, PEARL
2319 APACHE STREET
GREENSBORO  NC 27401

CREDITOR ID: 406357-MS
BARNHILL, ELIZABETH
300 CARDINAL DR.
TAYLORS SC 29687

CREDITOR ID: 243089-12
BARNHILLS COUNTRY BUFFET# 45
2875 EAST SOUTH BOULEVARD
MONTGOMERY AL 36116

CREDITOR ID: 243090-12
BARNSTEAD/THEMOLYNE CORP
PO BOX 96752
CHICAGO IL 60693-6752

CREDITOR ID: 265442-31
BARNWELL DOWNTOWN DEVELOPMENT
ATTN: TIM MOORE JR
218 MAIN ST
BARNWELL SC 29812-2516

CREDITOR ID: 385368-54
BARONE, LITA
12375 MILITARY TRAIL #248
BOYNTON BEACH, FL 33436

CREDITOR ID: 390676-55
BARONE, LITA
C/O: KENNETH N METNICK ESQ
METNICK & LEVY PA
5150 LINTON BLVD. #320
DELRAY BEACH FL 33484

CREDITOR ID: 397855-76
BARONE, RICHARD
211 MELISSA CT.
SANFORD, FL 32773

CREDITOR ID: 406358-MS
BARR III, HARRY L
620 CATHERINE FOSTER LANE
JACKSONVILLE FL 32259

CREDITOR ID: 390425-54
BARR, LINDA M.
705 N DALLAS AVE
LANCASTER TX 75146

CREDITOR ID: 386113-54
BARR, TEQUILA
1900 SE 9TH STREET
APT 81
GAINESVILLE, FL 32641

CREDITOR ID: 391298-55
BARR, TEQUILA
C/O: GREGORY PRYSOCK, ESQ.
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 406359-MS
BARR, THOMAS D
2640 HEMLOCK CT.
MIDDLEBURG FL 32068

CREDITOR ID: 387016-54
BARRAS, KEVIN
913 LAKE DAUTRIVE ROAD
LOREAUVILLE LA 70552

CREDITOR ID: 243091-12
BARRETT BUSINESS SERVICES INC
1595-F EAST GARRISON BLVD
GASTONIA, NC 28054

CREDITOR ID: 243092-12
BARRETT CROSSING
C/O MOBLEY & ASSOCIATES
3476 HABERSHAM RD NW
ATLANTA GA 30305-1157

CREDITOR ID: 315735-40
BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL, GA 30075

CREDITOR ID: 1100-07
BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL GA 30075

CREDITOR ID: 386804-54
BARRETT, JOSEPH
1344 DERBYSHIRE COURT
UNIT D104
NAPLES FL 34116

CREDITOR ID: 391687-55
BARRETT, JOSEPH
C/O: E. RAYMOND SHOPE, ESQ.
E. RAYMOND SHOPE, ESQ.
1404 GOODLETTE ROAD NORTH
NAPLES FL 34102

CREDITOR ID: 256198-12
BARRETT, MICHAEL B
514 KNEECE ROAD
BRADLEY SC 29819

CREDITOR ID: 406360-MS
BARRETT, WILLIE
1111 COPPERFIELD CIRCLE
MCCLENNY FL 32063

CREDITOR ID: 400130-86
BARRETTE, REAL
66 RUE LOUIS VA DE BON COUER
ST.  CHARLES  BOROMEE  QC J6E8NF
CANADA

CREDITOR ID: 400268-85
BARRETTI, KATHLEEN
C/O ALAMO & O'TOOLE
ATTN CHRISTOPHER O'TOOLE ESQ
100 NE 3RD AVE, STE 490
FT. LAUDERDALE FL 33301

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399807-84<br>BARRETTI, KATHLEEN<br>8080 SUNRISE LAKES<br>SUNRISE FL 33322 | CREDITOR ID: 265443-31<br>BARRIER IMP LLC<br>ATTN: MONICA BRADLEY<br>3930 DOMESTIC AVE<br>NAPLES FL 34104-3618 | CREDITOR ID: 386035-54<br>BARRIERO, MILLICENT M<br>900 W SUPERIOR STREET<br>OPA-LOCKA, FL 33054 |
| CREDITOR ID: 391240-55<br>BARRIERO, MILLICENT M<br>C/O LAW OFFICES OF NEIL S ODESSKY<br>ATTN NEIL S ODESSKY, ESQ<br>CITICENTRE - MEZZANINE 500<br>290 NW 165TH STREET<br>MIAMI FL 33169 | CREDITOR ID: 249128-12<br>BARRINGER, ERNEST<br>1505 DEBBIE WAY<br>KANNAPOLIS, NC 28083 | CREDITOR ID: 387285-54<br>BARRIOS, PETE<br>2608 CANAL STREET<br>NEW ORLEANS, LA 70119 |
| CREDITOR ID: 391870-55<br>BARRIOS, PETE<br>C/O: SEAN P. EARLY, ESQ.<br>KLOTZ & EARLY<br>2609 CANAL ST.<br>4TH FLOOR<br>NEW ORLEANS LA 70119 | CREDITOR ID: 278416-25<br>BARRON COLLIER PARTNERSHIP<br>2600 GOLDEN GATE PARKWAY<br>PO BOX 413038<br>NAPLES FL 34101-3038 | CREDITOR ID: 243095-12<br>BARRON REDDING HUGHES FITE<br>BASSETT FENSOM AND SANBORN<br>PO BOX 2467<br>PANAMA CITY, FL 32402-2467 |
| CREDITOR ID: 388048-54<br>BARRON, ALPHILD<br>C/O JAMES E BARRON<br>13230 MERL AVENUE<br>LAKEWOOD OH 44107 | CREDITOR ID: 399465-82<br>BARRON, ANGELENE<br>P.O. BOX 593<br>FROSTPROOF  FL 33843 | CREDITOR ID: 265444-14<br>BARROW COUNTY ASSESSORS OFFICE<br>ATTN: CECIL HIGHFIELD<br>233 E BROAD ST<br>WINDER GA 30680-2293 |
| CREDITOR ID: 406361-MS<br>BARROW, JEFFREY A.<br>P.O. BOX 350423<br>JACKSONVILLE FL 32235 | CREDITOR ID: 381221-47<br>BARRS EQUIPMENT SRVICE INC<br>2506 S TAYLOR AVE<br>ORLANDO, FL 32806 | CREDITOR ID: 381238-47<br>BARRY CALLEBAUT USA INC<br>P O BOX 8500-7715<br>PHILADELPHIA, PA 19178-7715 |
| CREDITOR ID: 383996-47<br>BARRY CALLEBAUT USA INC<br>2144 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 243096-12<br>BARRY E ROBERTSON COMM OF LICENSES<br>1702 NOBLE STREET, SUITE 107<br>ANNISTON AL 36201 | CREDITOR ID: 243100-12<br>BARRYS CONCRETE & SERVICE<br>PO BOX 683<br>PAW CREEK, NC 28130 |
| CREDITOR ID: 381991-36<br>BAR-S FOODS CO<br>ATTN M KACHALUBA OR M SURIANO<br>3838 N CENTRAL AVE SUITE 1900<br>PHOENIX AZ 85012 | CREDITOR ID: 381991-36<br>BAR-S FOODS CO<br>C/O SNELL & WILMER, LLP<br>ATTN PETE RATHWELL, ESQ<br>ONE ARIZONA CENTER<br>PHOENIX AZ 85004-2202 | CREDITOR ID: 406362-MS<br>BARTHOLOMEW, MELVIN W.<br>2761 ANDOVER GLEN ROAD<br>RALEIGH NC 27604 |
| CREDITOR ID: 243101-12<br>BARTLETT CONTROLS INC<br>PO BOX 400<br>WAXHAW, NC 28173 | CREDITOR ID: 406363-MS<br>BARTLETT JR., GEORGE A.<br>105 LANTERN WICK PL<br>PONTE VEDRA BEACH FL 32082-1948 | CREDITOR ID: 249164-12<br>BARTLETT, ESTATE OF SEAN<br>204 CROSSTERN COURT<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 390699-55<br>BARTLEY, SHARMALLEE N<br>C/O: BARRY A. DUBINSKY, ESQ.<br>LAW OFFICES OF BARRY A DUBINSKY ESQ<br>1999 UNIVERSITY DRIVE STE 402<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 385392-54<br>BARTLEY, SHARMALLEE N<br>210 LAKE POINTE DR<br>APT 311<br>OAKLAND PARK, FL 33309 | CREDITOR ID: 382402-51<br>BARTON, JOEL<br>212 CHOATE AVENUE<br>FOR MILL, SC 29708 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382403-51<br>BARTON, JOEL<br>12620-3 BEACH BLVD<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 406364-MS<br>BARTON, JOEL B<br>3856 BIGGIN CHURCH ROAD W<br>JACKSONVILLE FL 32246 | CREDITOR ID: 243102-12<br>BARTOW COUNTY TAX COMMISSIONER<br>PROPERTY TAX<br>135 WEST CHEROKEE AVENUE, STE 217A<br>CARTERSVILLE GA 30120 |
| CREDITOR ID: 317293-42<br>BARTOW COUNTY TAX COMMISSIONER<br>135 W CHEROKEE AVE STE 217A<br>CARTERSVILLE GA 30120-3181 | CREDITOR ID: 243104-12<br>BASCOM MAPLE FARMS<br>RR1 BOX 137<br>ALSTEAD NH 03602 | CREDITOR ID: 243105-12<br>BASE CAMP CHILDRENS CANCER<br>FOUNDATION<br>7501 GLENMORE DRIVE<br>WINTER PARK FL 32792 |
| CREDITOR ID: 265445-31<br>BASE LINE DEVELOPMENT LLC<br>ATTN: RALPH RONALTER<br>115 NE BROAD ST<br>SOUTHERN PINES NC 28387-5525 | CREDITOR ID: 243106-12<br>BASE MANUFACTURING<br>PO BOX 586<br>MONROE, GA 30655 | CREDITOR ID: 243107-12<br>BASE PLASTICS<br>4 GLENSHAW ST<br>ORANGEBURG, NY 10962 |
| CREDITOR ID: 403552-83<br>BASELINE DEVELOPMENT LLC<br>ATTN: LINDA SUYDAM, GEN MGR<br>155 WEST NEW YORK AVENUE, SUITE 200<br>SOUTHERN PINES NC 28387 | CREDITOR ID: 243108-12<br>BASIC DRUGS INC<br>PO BOX 412<br>VANDALIA OH 45377-0412 | CREDITOR ID: 243109-12<br>BASIC GRAIN PRODUCTS INC<br>300 E VINE STREET<br>COLDWATER OH 45828 |
| CREDITOR ID: 406184-15<br>BASIC GRAIN PRODUCTS, INC<br>ATTN MICHAEL CHU, BOOKKEEPER<br>6-7621 VANTAGE WAY<br>DELTA BC V4G 1A6<br>CANADA | CREDITOR ID: 243110-12<br>BASILE HIGH SCHOOL<br>2835 2ND ST<br>BASILE, LA 70515 | CREDITOR ID: 243111-12<br>BASIN STREET 2 LIMITED PARTNERSHIP<br>400 SAINT JOSEPH ST<br>ATTN TOM BAUER<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 388065-54<br>BASQUIEN, MARIE L<br>1540 NW 11TH WAY<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 392333-55<br>BASQUIEN, MARIE L<br>C/O PANTER, PANTER & SAMPEDRO, PA<br>ATTN MITCHELL J PANTER, ESQ<br>6950 N KENDALL DRIVE<br>MIAMI FL 33156 | CREDITOR ID: 395607-65<br>BASS CUSTOM LANDSCAPE<br>PO BOX 445<br>BONAIRE, GA 31005 |
| CREDITOR ID: 243113-12<br>BASS FARMS<br>ATTN KENNETH WAYNE EDWARDS, PRES<br>PO BOX 126<br>SPRING HOPE, NC 27882 | CREDITOR ID: 244594-12<br>BASS, CAROL<br>919 ALBERTA STREET<br>ENTERPRISE AL 36330 | CREDITOR ID: 385218-54<br>BASS, CHRISTINE<br>117 CAROL AVE<br>FORT WALTON BEACH, FL 32548 |
| CREDITOR ID: 390526-55<br>BASS, CHRISTINE<br>C/O: ROBERT M. ROSELLI, ESQUIRE<br>ROBERT M. ROSELLI<br>THE ROSELLI BUILDING<br>3471 N. FEDERAL HWY<br>FT. LAUDERDALE FL 33306 | CREDITOR ID: 386719-54<br>BASS, EMILY<br>290 JORDAN-NARRON RD<br>SELMA NC 27576 | CREDITOR ID: 406365-MS<br>BASS, ROBERT E.<br>NC 904 HIGHWAY<br>FAIRMONT NC 28340 |
| CREDITOR ID: 373827-44<br>BASSETT DAIRY PRODUCTS INC DBA<br>BASSETT'S DAIRY<br>ATTN JAMES C BASSETT, PRES<br>P O BOX 540<br>PERRY, FL 32348 | CREDITOR ID: 243114-12<br>BASSETT'S DAIRY<br>2197 S BYRON PARKWAY<br>PERRY, FL 32347 | CREDITOR ID: 383998-47<br>BASSETT'S DAIRY<br>PO BOX 540<br>PERRY, FL 32348 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 406366-MS
BATES, CLINTON F.
2430 HOPE LANE
PALM BEACH GARDENS FL 33410

CREDITOR ID: 247864-12
BATES, DEBRA STUCKEY
116 SHERWOOD DRIVE
CANTON, MS 39046

CREDITOR ID: 406367-MS
BATES, JOHN
100 MOULTRIE PLACE
LYNCHBURG VA 24502

CREDITOR ID: 394308-56
BATES, SCOTT
493 SE WOODS EDGE TRAIL
STUART FL 34997

CREDITOR ID: 387329-54
BATES, TAMIKA
5501 N UNIVERSITY BLVD, APT 237
JACKSONVILLE, FL 32277

CREDITOR ID: 391904-55
BATES, TAMIKA
C/O: TINA ASBER
FARAH, FARAH, & ABBOTT, P.A.
1845 UNIVERSITY BLVD N
JACKSONVILLE FL 32211

CREDITOR ID: 263111-12
BATES, TINA
503 8TH STREET
BAY ST LOUIS, MS 39520

CREDITOR ID: 263203-12
BATES, TOMMY LEE
207 NORTH JUNGLE ROAD
GENEVA, FL 32732

CREDITOR ID: 243116-12
BATH SOLUTIONS
1120 THORNDALE AVENUE
BENSENVILLE IL 60106

CREDITOR ID: 265446-31
BATH WATER WORKS
ATTN: FRANKLIN JACKSON
115 SCHOOL ST
WARRENVILLE SC 29851-2005

CREDITOR ID: 388396-54
BATIA, ELWOOD
16316 WAYCROSS DR.
BILOXI, MS 39532

CREDITOR ID: 392496-55
BATIA, ELWOOD
C/O: EDMUND J. WALKER, ESQ.
DENTON, JENNER & WALKER
MORGAN SQUARE, 955 HOWARD AVE.
P. O. BOX 1204
BILOXI MS 39533

CREDITOR ID: 386809-54
BATISTE, DENNIS
27343 BARRINGER RD.
LACOMBE LA 70445

CREDITOR ID: 389575-54
BATISTE, LATOYA
PO BOX 4687
BATON ROUGE, LA 70821-4687

CREDITOR ID: 393246-55
BATISTE, LATOYA
C/O: STAN F. DAVIS, III
STAN F. DAVIS III
PO BOX 15315
BATON ROUGE LA 70895-5315

CREDITOR ID: 373829-44
BATON ROUGE ADVOCATE
GARY BELLO
3033 OAKLAND ROAD
LAKELAND, LA 70752

CREDITOR ID: 265447-31
BATON ROUGE CITY OF
ATTN: SUSAN HAMILTON
1755 FLORIDA BLVD
BATON ROUGE LA 70802-3841

CREDITOR ID: 243117-12
BATON ROUGE COURIER SER.
ATTN: RICHARD CARTERS, OWNER
PO BOX 101
BATON ROUGE, LA 70821-0101

CREDITOR ID: 406086-97
BATON ROUGE COURIER SER.
ATTN: RICHARD CARTERS, OWNER
14095 BAYON GRAND N
GONZALES LA 70737

CREDITOR ID: 243118-12
BATON ROUGE HIGH SCHOOL
2825 GOVERNMENT ST
BATON ROUGE, LA 70806

CREDITOR ID: 243119-12
BATON ROUGE SHERIFFS DEPT
PO BOX 3277
ATTN A PALMER
BATON ROUGE LA 70821

CREDITOR ID: 243120-12
BATON ROUGE WATERWORKS
PO BOX 96016
BATON ROUGE, LA 70896-9016

CREDITOR ID: 243121-12
BATTERIES PLUS #176
9939 B LEE ST
PINEVILLE NC 28134-8548

CREDITOR ID: 243122-12
BATTERIES PLUS #221
12 COBB PARKWAY SOUTH
MARIETTA GA 30060

CREDITOR ID: 243123-12
BATTERIES PLUS #404
8601 VETERANS MEMORIAL BLVD
METAIRIE LA 70003-4478

CREDITOR ID: 243124-12
BATTERIES PLUS #49
4401 BEE RIDGE ROAD
SARASOTA, FL 34233

CREDITOR ID: 243125-12
BATTERIES PLUS #66
17501 S DIXIE HWY
MIAMI, FL 33157

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243126-12<br>BATTERY AND IGNITION DISTRIBUTION<br>3631 TRYCLAN DRIVE<br>CHARLOTTE NC 28217 | CREDITOR ID: 243127-12<br>BATTERY BANK THE<br>2565 PEMBERTON DRIVE<br>APOPKA FL 32703 | CREDITOR ID: 243128-12<br>BATTERY COMPANY<br>1316 WEST ADAMS STREET<br>JACKSONVILLE, FL 32204 |
| CREDITOR ID: 243129-12<br>BATTERY DEPOT INC<br>5805 RAMONA BLVD<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 243130-12<br>BATTERY DISTRIBUTORS SOUTHEAST INC<br>250 NORTH LANE AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 243131-12<br>BATTERY SALES & SERVICE<br>1001 B INDUSTRY RD<br>KENNER, LA 70062 |
| CREDITOR ID: 243132-12<br>BATTERY SALES & SVC OF MOBILE LLC<br>302 N SCHILLINGER RD<br>MOBILE AL 36608 | CREDITOR ID: 398209-77<br>BATTISTE, JACK<br>ATTN: MICHAEL H. ELLIS<br>ONE GALLERIA BLVD., SUITE 1100<br>METAIRIE, LA 70001 | CREDITOR ID: 397959-76<br>BATTISTE, JACK<br>1025 TUPELA STREET<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 386937-54<br>BATTLE, ANDREA<br>688 LEE RD<br>LOT 309<br>PHENIX CITY AL 36870 | CREDITOR ID: 391406-55<br>BATTLE, FRANK JR<br>C/O ELLIOTT LUCAS ESQ.<br>LUCAS RENICK & CHAIT<br>211 N. KROME AVE.<br>HOMESTEAD FL 33030 | CREDITOR ID: 386296-54<br>BATTLE, FRANK JR<br>17200 NW 12TH AVE.<br>MIAMI FL 33169 |
| CREDITOR ID: 389132-54<br>BATTLE, MARVIN<br>1337 OLD NAVY 179 SOUTH<br>WHIGHAM, GA 39897 | CREDITOR ID: 393011-55<br>BATTLE, MARVIN<br>C/O: BUCK BEAUCHAMP<br>BEAUCHAMP & ASSOCIATES, LLC<br>PO BOX 287<br>ALBANY GA 31702 | CREDITOR ID: 243133-12<br>BATTLEGROUND WRECKER SERVICE<br>6204 S NC 62<br>BURLINGTON NC 27215 |
| CREDITOR ID: 385804-54<br>BATTON, GEORGENNER<br>25215 MAGNOLIA LANE<br>PLAQUEMINE, LA 70754 | CREDITOR ID: 391068-55<br>BATTON, GEORGENNER<br>C/O: RALPHLONE A. DAWSON<br>LAW OFFICE OF RALPHLONE A. DAWSON<br>P. O. BOX 1104<br>PLAQUEMINE LA 70765-1104 | CREDITOR ID: 406368-MS<br>BAUCOM, JAMES L.<br>413 DEER PARK AVE.<br>TAMPA FL 33617 |
| CREDITOR ID: 406313-93<br>BAUDIN, MARIE<br>C/O KANE & VITAL, PA<br>ATTN JONATHAN KANE, ESQ<br>6190 NW 11TH STREET<br>SUNRISE FL 33313 | CREDITOR ID: 243134-12<br>BAUDIN'S SAUSAGE KITCHEN, INC<br>ATTN TONIE B PAPADAKES, TREAS<br>PO BOX 9<br>BREAUX BRIDGE, LA 70517 | CREDITOR ID: 385331-54<br>BAUDOIN, YVONNE<br>1027 JOHN DA ABEAR RD.<br>BREAUX BRIDGE, LA 70517 |
| CREDITOR ID: 390638-55<br>BAUDOIN, YVONNE<br>C/O ALEX & ASSOCIATES, INC<br>ATTN JOSLYN R ALEX, ESQ<br>227 REES STREET<br>PO BOX 126<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 389928-54<br>BAUDOT, LORI<br>5501 CRAIG AVENUE<br>KENNER, LA 70065 | CREDITOR ID: 393465-55<br>BAUDOT, LORI<br>C/O: WILLIAM P. CONNICK<br>CONNICK AND CONNICK, L.L.C.<br>2551 METAIRIE ROAD<br>METAIRIE LA 70001 |
| CREDITOR ID: 403593-94<br>BAUDOUIN JR, LAWRENCE<br>325 COURVILLE DR.<br>LULING LA 70070 | CREDITOR ID: 241726-12<br>BAUDUIT, AGNES<br>3649 LARUEL ST<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 387176-54<br>BAUGH, REACIE<br>9630 HAYNES BLV<br>APT 814<br>NEW ORLEANS, LA 70127 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391762-55<br>BAUGH, REACIE<br>C/O: KEVIN RIETH<br>KEVIN A RIETH, ATTORNEY AT LAW<br>4224 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 386097-54<br>BAUM, ANNA M (MINOR)<br>12174 NW 23 MANOR<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 387493-54<br>BAUMANN, JUDY<br>5325 PINE TREE AVE.<br>UNIT A<br>PANAMA CITY BEA FL 32408 |
| CREDITOR ID: 243135-12<br>BAUMER FOOD PRODUCTS<br>PO BOX 54692<br>NEW ORLEANS, LA 70154-4692 | CREDITOR ID: 404205-95<br>BAUMER FOOD PRODUCTS<br>P O BOX 62124<br>NEW ORLEANS LA 70162 | CREDITOR ID: 403540-99<br>BAUMGARDNER HOGAN REAL ESTATE LLC<br>C/O KAREM & KAREM, ATTNYS AT LAW<br>ATTN: JOHN W HARRISON, JR<br>333 GUTHRIE GREEN, STE 312<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 406369-MS<br>BAUMGARDNER, LAWRENCE W.<br>12171 SAFESHELTER DR SO<br>JACKSONVILLE FL 32225 | CREDITOR ID: 2074-07<br>BAUMGARDNER-HOGAN I LLC<br>PO BOX 7606<br>LOUISVILLE, KY 40257-7606 | CREDITOR ID: 243137-12<br>BAUSCH & LOMB<br>PO BOX 75128<br>CHICAGO, IL 60675-5128 |
| CREDITOR ID: 404206-95<br>BAUSCH & LOMB<br>ATTN: PAUL GREENMAN<br>2713 MIDDLE SOUNDLOOP RD<br>WILMINGTON NC 28411-7835 | CREDITOR ID: 243138-12<br>BAX GLOBAL<br>DEPT CH 10391<br>PALATINE IL 60055-0391 | CREDITOR ID: 243139-12<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>336 FOURTH AVE<br>PITTSBURGH, PA 15222 |
| CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O LAW OFFICE OF OWEN W KATZ<br>ATTN OWEN W KATZ, ESQ<br>TWO GATEWAY CENTER, 15TH FLOOR<br>603 STANWIX STREET<br>PITTSBURGH PA 15222 | CREDITOR ID: 406370-MS<br>BAXLEY, WILLIAM R.<br>8192 SEVEN MILE DR.<br>PONTE VEDRA FL 32082 |
| CREDITOR ID: 243140-12<br>BAXTER HOOD CENTER<br>YORK TECHNICAL COLLEGE<br>452 S ANDERSON ROAD<br>ROCK HILL, SC 29730 | CREDITOR ID: 406371-MS<br>BAXTER, BRUCE<br>4457 FERN CREEK DR.<br>JACKSONVILLE FL 32277 | CREDITOR ID: 399793-84<br>BAXTER, ROBERT<br>10920 WHITWORTH CT.<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 243141-12<br>BAY AREA ENVIRONMENTAL SERV<br>PO BOX 1720<br>RIVERVIEW, FL 33569-1720 | CREDITOR ID: 243142-12<br>BAY CATHOLIC ELEMENTARY<br>301 S 2ND ST<br>BAY ST LOUIS, MS 39520 | CREDITOR ID: 116-03<br>BAY CITIES GAS<br>9029 DENTON AVENUE<br>HUDSON FL 34667-4340 |
| CREDITOR ID: 278850-30<br>BAY CITY PRODUCE INC<br>PO BOX 8990<br>TAMPA, FL 33674 | CREDITOR ID: 243143-12<br>BAY CITY PRODUCE INC<br>3701 SEVENTH AVE EAST<br>PO BOX 8990<br>TAMPA FL 33674 | CREDITOR ID: 243144-12<br>BAY COUNTY TAX COLLECTOR<br>PO BOX 2885<br>COUNTY COURTHOUSE<br>PROPERTY TAX<br>PANAMA CITY FL 32402-2285 |
| CREDITOR ID: 265448-31<br>BAY COUNTY UTILITIES<br>ATTN: DON STEVENS<br>100 LAGOON RD<br>PANAMA CITY FL 32403 | CREDITOR ID: 265449-31<br>BAY COUNTY UTILITIES DEPT<br>ATTN: TRAVIS WINDAN<br>3642 CHERRY ST<br>PANAMA CITY FL 32401-5734 | CREDITOR ID: 243145-12<br>BAY COUNTY WATER SYSTEM<br>PO BOX 1230<br>PANAMA CITY, FL 32402 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 243146-12
BAY HIGH SCHOOL
750 BLUE MEADOWS RD
BAY ST LOUIS, MS 39520

CREDITOR ID: 243147-12
BAY INDUSTRIAL SUPPLY
PO BOX 5084
CLEARWATER, FL 33758-5084

CREDITOR ID: 265450-31
BAY INSTITUTE INC
ATTN: LYNN CHERRY
306 LAKEVIEW CIR
PANAMA CITY FL 32413-2474

CREDITOR ID: 399732-15
BAY LANDING I, INC
ATTN PAUL J MARINELLI, PRESIDENT
2600 GOLDEN GATE PARKWAY
NAPLES FL 34105

CREDITOR ID: 118-03
BAY LAUREL CENTER
8700 SW 99TH STREET
OCALA FL 34481

CREDITOR ID: 243148-12
BAY LAUREL CENTER CCD
8700 SOUTH WEST 99TH STREET
OCALA, FL 34481

CREDITOR ID: 407750-15
BAY LAUREL CENTER CCD
C/O ADDISON & DELANO, PA
ATTN CARYL E DELANO, ESQ
PO BOX 2175
TAMPA FL 33601-2175

CREDITOR ID: 243149-12
BAY MAINTENANCE
PO BOX 1213
SEMMES, AL 36575

CREDITOR ID: 265451-31
BAY MINETTE CITY OF
ATTN: LEMOUR HADLEY
801 E 1ST ST
BAY MINETTE AL 36507

CREDITOR ID: 243150-12
BAY PLAZA MOTEL
1103 4TH STREET NORTHWEST
RED BAY, AL 35582

CREDITOR ID: 243151-12
BAY PORT VALVE AND FITTING INC
PO BOX 315
MULBERRY FL 33860-0315

CREDITOR ID: 265452-31
BAY RIVER METRO SEWER DISTRICT
ATTN: JAMES R KRAUSS
101 N 4TH ST
BAYBORO NC 28515

CREDITOR ID: 243152-12
BAY VIEW FUNDING
PO BOX 881774
SAN FRANCISCO CA 94188

CREDITOR ID: 243153-12
BAY WALK-IN CLINIC
2306 HWY 77
PANAMA CITY, FL 32405

CREDITOR ID: 243154-12
BAYCARE OCCUPATIONAL HEALTH
AT ST JOSEPH
PO BOX 861297
ORLANDO FL 32886-1297

CREDITOR ID: 383999-47
BAYCARE OCCUPATIONAL HEALTH AT ST JOSEPH
P O BOX 861911
ORLANDO, FL 32886-1911

CREDITOR ID: 243155-12
BAYER CORP
MARGARET TOWE
4580 BARONY DRIVE
SUWANEE, GA 30024

CREDITOR ID: 381969-36
BAYER CORPORATE & BUSINESS SRVS LLC
ATTN: LISA DOLAN
1884 MILES AVENUE
ELKHART IN 46514

CREDITOR ID: 384000-47
BAYER CORPORATION
PO BOX 650512
DALLAS, TX 75265-0512

CREDITOR ID: 243156-12
BAYER CORPSCIENCE
PO BOX 101414
ATLANTA GA 30392

CREDITOR ID: 399456-79
BAYER HEALTHCARE LLC
ATTN SHIRLEY BEACH/C CRAMER
1884 MILES AVENUE
EKLHART IN 49514

CREDITOR ID: 406205-G4
BAYFORCE
146 2ND ST. N., SUITE 107
ST. PETERSBURG FL 33701

CREDITOR ID: 243157-12
BAYFORCE STAFFING SOLUTIONS
146 2ND STREET N, SUITE 107
ST PETERSBURG, FL 33701

CREDITOR ID: 243158-12
BAYFORCE TECHNOLOGY SOLUTIONS
ATTN: MICHAEL NAGY
146 2ND STREET N, SUITE 107
ST PETERSBURG, FL 33701

CREDITOR ID: 243159-12
BAYFRONT CONV CARE CLINICS
7601 SEMINOLE BLVD
SEMINOLE, FL 33772

CREDITOR ID: 1103-RJ
BAYLANDING INC.
C/O BARRON COLLIER COMMERCIAL
2600 GOLDENGATE PKWY., SUITE #200
NAPLES FL 34105

CREDITOR ID: 243161-12
BAYMONT INNS & SUITES
7200 GEORGE T EDWARDS DRIVE
MELBOURNE FL 32940

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389023-54<br>BAYNARD, TANYA<br>6701 SCHOONER TERRACE<br>MARGATE, FL 33063 | CREDITOR ID: 392924-55<br>BAYNARD, TANYA<br>C/O: JEFFREY S RESPLER, ATTY<br>FERRARO & ASSOCIATES, PA<br>4000 PONCE DE LEON BLVD<br>SUITE 700<br>MIAMI FL 33146 | CREDITOR ID: 400368-85<br>BAYELO, JUANA<br>C/O LOURDES NUNEZ ESQ<br>LAW OFFICE OF LOURDES NUNEZ P.A.<br>1839 SOUTHWEST 27TH AVE<br>MIAMI FL 33145 |
| CREDITOR ID: 394180-56<br>BAYOELO, JUANA I<br>8841 W FLAGLER STREET, APT 203<br>MIAMI, FL 33174 | CREDITOR ID: 243162-12<br>BAYOU BLUE ELEMENTARY<br>1916 BAYOU BLUE<br>HOUMA, LA 70364 | CREDITOR ID: 243163-12<br>BAYOU BOEUF ELEMENTARY SCHOOL<br>4138 HWY 307<br>THIBODAUX, LA 70301 |
| CREDITOR ID: 243164-12<br>BAYOU CHICOT HIGH SCHOOL<br>4576 US HWY 167 N<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 243165-12<br>BAYOU DISTRIBUTION SERVICES<br>PO BOX 7947<br>METAIRIE, LA 70010-7947 | CREDITOR ID: 243166-12<br>BAYOU VIEW ELEMENTARY<br>4898 WASHINGTON AVE<br>GULFPORT, MS 39507 |
| CREDITOR ID: 243167-12<br>BAYOU VIEW MIDDLE SCHOOL<br>212 43RD ST<br>GULFPORT, MS 39507 | CREDITOR ID: 243168-12<br>BAYOU WOODS ELEMENTARY<br>35614 LIBERTY DR<br>SLIDELL, LA 70460 | CREDITOR ID: 243169-12<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO, IL 60690-1455 |
| CREDITOR ID: 404208-95<br>BAYS MICHIGAN CORPORATION<br>ACOSTA SALES<br>6630 SOUTHPOINT PARKWAY<br>ATTN JAYNE HOLLIS<br>JACKSONVILLE FL 32256 | CREDITOR ID: 243170-12<br>BAYSIDE KEY WEST RESORT HOTEL<br>3444 N ROOSEVELT BLVD<br>KEY WEST FL 33040 | CREDITOR ID: 243172-12<br>BAYVIEW LOAN SERVICING LLC<br>PO BOX 3042<br>MILWAUKEE, WI 53201-3042 |
| CREDITOR ID: 243171-12<br>BAYVIEW LOAN SERVICING LLC<br>ATTN PAYMENT PROCESSING DEPT<br>PO BOX 331409<br>MIAMI, FL 33233-1409 | CREDITOR ID: 1104-07<br>BAYVIEW LOAN SERVICING LLC<br>ATTN: PAYMENT PROCESSING DEPT.<br>PO BOX 331409<br>MIAMI, FL 33233-1409 | CREDITOR ID: 406372-MS<br>BAZEMORE, B R<br>8531 WEEPING WILLOW WAY<br>ORLANDO FL 32817 |
| CREDITOR ID: 389563-54<br>BAZILE, BRENDA<br>P.O BOX 314<br>VACHERIE, LA 70090 | CREDITOR ID: 393235-55<br>BAZILE, BRENDA<br>C/O: PAUL G. AUCOIN,ATTORNEY OF LAW<br>PAUL G. AUCOIN, ATTORNEY OF LAW<br>134 GOODWILL PLANTATION ROAD<br>VACHERIE LA 70090 | CREDITOR ID: 278072-23<br>BB&T<br>ATTN: LIZ HOLDER<br>PO BOX 996<br>WILSON NC 27894 |
| CREDITOR ID: 373835-44<br>BB&T<br>PO BOX 996<br>WILSON, NC 27894 | CREDITOR ID: 242912-12<br>BB&T OF NORTH CAROLINA<br>PO BOX 890018<br>CHARLOTTE, NC 28289-0018 | CREDITOR ID: 265453-31<br>BBD DEVELOPERS LLC<br>ATTN: DON RAGUSA<br>12030 LAKELAND PARK BLVD<br>BATON ROUGE LA 70809-4220 |
| CREDITOR ID: 243173-12<br>BBF PRINTING SOLUTIONS<br>ATTN TAMMY LYONS<br>PO BOX 250<br>PINELLAS PARK FL 33780-0250 | CREDITOR ID: 404209-95<br>BBI PRODUCE INC<br>14506 WALDEN SHEFFIELD RD<br>DOVER FL 33527 | CREDITOR ID: 278851-30<br>BBI PRODUCE INC<br>ATTN CHRISTOPHER P SMITH<br>PO BOX 1200<br>DOVER, FL 33527 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243175-12<br>BC WOOD COMPANIES<br>1020 INDUSTRY ROAD<br>LEXINGTON KY 40505 | CREDITOR ID: 382957-51<br>BC/BS OF ALABAMA<br>450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM, AL 35298-0001 | CREDITOR ID: 382942-51<br>BC/BS OF CENTRAL NEW YORK<br>344 SOUTH WARREN STREET<br>SYRACUSE, NY 13202 |
| CREDITOR ID: 382925-51<br>BC/BS OF CONNECTICUT<br>PO BOX 530<br>NORTH HAVEN, CT 06473-0530 | CREDITOR ID: 382910-51<br>BC/BS OF GEORGIA<br>3350 PEACHTREE ROAD<br>ATLANTA, GA 30326 | CREDITOR ID: 382894-51<br>BC/BS OF MICHIGAN<br>600 LAFAYETTE EAST<br>DETROIT, MI 48226 |
| CREDITOR ID: 382887-51<br>BC/BS OF MISSISSIPPI<br>PO BOX 3494<br>JACKSON, MS 39207-3494 | CREDITOR ID: 383130-51<br>BC/BS OF OKLAHOMA<br>PO BOX 3283<br>TULSA, OK 74102-3283 | CREDITOR ID: 383122-51<br>BC/BS OF WYOMING<br>7330 WOOLWORTH<br>OMAHA, NE 68103-2228 |
| CREDITOR ID: 387857-54<br>BCA, REXAM<br>48 ROYAL DRIVE<br>FORREST PARK, GA 30297 | CREDITOR ID: 243176-12<br>BCBS OF ALABAMA<br>PO BOX 360899<br>BIRMINGHAM AL 35236 | CREDITOR ID: 243177-12<br>BCBS OF FLORIDA<br>4800 DEERWOOD CAMPUS PARKWAY<br>CLAIM & MISC DEPT BLDG 100 3RD FLR<br>JACKSONVILLE, FL 32246 |
| CREDITOR ID: 243178-12<br>BCBS OF FLORIDA<br>PO BOX 2998<br>JACKSONVILLE FL 32232-0026 | CREDITOR ID: 243179-12<br>BCBSGA<br>PO BOX 4445<br>ATLANTA, GA 30302 | CREDITOR ID: 397778-75<br>BCG COMMUNICATIONS, INC<br>13876 67TH STREET NORTH<br>WEST PALM BEACH, FL 33412 |
| CREDITOR ID: 243180-12<br>BCG COMMUNICATIONS, INC<br>ATTN CRYSTAL L BERISKO, VP<br>13876 67TH STREET NORTH<br>WEST PALM BEACH, FL 33412 | CREDITOR ID: 243181-12<br>BCM PRODUCTS<br>PO BOX 725<br>HAW RIVER, NC 27258 | CREDITOR ID: 383114-51<br>BD ADVANTAGE<br>450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM, AL 35298-0001 |
| CREDITOR ID: 243182-12<br>BD ELASTIC HEALTHCARE<br>PO BOX 223027<br>PITTSBURGH, PA 15251-2027 | CREDITOR ID: 397238-68<br>BDM FINANCIAL CORPORATION<br>ATTN: IRVING MILLER<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137-0308 | CREDITOR ID: 243183-12<br>BEA SYSTEMS INC<br>7074 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 243184-12<br>BEACH BOULEVARD AUTO FINANCE INC<br>C/O ROLF & LOBELLO PA<br>PO BOX 40546<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 243185-12<br>BEACH BOWL YABA HOPE FUND<br>1526 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 243186-12<br>BEACH TRADING COMPANY, INC<br>PO BOX 41084<br>JACKSONVILLE, FL 32203-1084 |
| CREDITOR ID: 243188-12<br>BEACHES EPISCOPAL SCHOOL FOUNDATION<br>TRUST<br>1150 5TH STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 262772-12<br>BEACHES LEADER, THE<br>1114 BEACH BLVD<br>JACKSONVILLE BEACH, FL 32250 | CREDITOR ID: 243187-12<br>BEACH-RUSS CO<br>544 UNION AVE<br>BROOKLYN NY 11211-1210 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243189-12<br>BEACHWALK CENTRE II LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 404211-95<br>BEACHWALK CENTRE II LLC<br>%RUTLAND VAN CAMP ASSOC<br>P O BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 269217-16<br>BEACHWALK CENTRE II, LLC<br>C/O ROBERT A. EMMANUEL<br>30 SOUTH SPRING STREET<br>PO DRAWER 1271<br>PENNSACOLA, FL 32596 |
| CREDITOR ID: 243190-12<br>BEACON NEWSPAPERS<br>BAY BEACON & BEACON EXPRESS<br>1181 E JOHN SIMS PKWY<br>NICEVILLE, FL 32578-2752 | CREDITOR ID: 389164-54<br>BEAL, DEBORAH<br>4730 OHIO AVENUE<br>TAMPA, FL 33616 | CREDITOR ID: 391107-55<br>BEALE, HENRY<br>C/O: JOSEPH G. ARMSTRONG, ESQUIRE<br>JOSEPH G. ARMSTRONG, ESQUIRE<br>12 EAST STONE AVENUE<br>P. O. BOX 10325<br>GREENVILLE SC 29603 |
| CREDITOR ID: 404212-95<br>BEALER WHOLESALE CO<br>PO BOX 16403<br>CHARLOTTE NC 28297 | CREDITOR ID: 243191-12<br>BEALER WHOLESALE CO<br>PO BOX 481903<br>CHARLOTTE, NC 28269 | CREDITOR ID: 389524-54<br>BEALL, JESTINE<br>6519 SAPPHIRE DR<br>JACKSONVILLE, FL 32208 |
| CREDITOR ID: 393196-55<br>BEALL, JESTINE<br>C/O HARRIS GUIDI ROSNER MORDECAI<br>ATTN G GLENN WARREN, ESQ<br>1837 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406373-MS<br>BEAM, MARCUS<br>2345 MT. GALLANT RD.<br>ROCKHILL SC 29730 | CREDITOR ID: 403267-92<br>BEAMAN, GREGORY<br>7799 TRAPPERS ROAD<br>FAYETTEVILLE NC 28311 |
| CREDITOR ID: 243192-12<br>BEAN BAG BOYS, INC<br>ATTN GREG TOMLINSON, PRES<br>PO BOX 827<br>LEXINGTON, SC 29072 | CREDITOR ID: 245021-12<br>BEAN, CHARLES<br>2352 MICHIGAN AVENUE<br>KISSIMMEE FL 34744 | CREDITOR ID: 400068-84<br>BEAN, GERTRUDE<br>4804 BEAULAH CH RD<br>MATTHEWS NC 28104 |
| CREDITOR ID: 243193-12<br>BEAR & WOLF SALMON COMPANY<br>4209 21ST AVENUE W, SUITE 400<br>SEATTLE, WA 98199 | CREDITOR ID: 243194-12<br>BEAR CREEK SMOKEHOUSE<br>ATTN C R SHOULTS, PRES<br>10857 STATE HIGHWAY 154<br>MARSHALL, TX 75670-8105 | CREDITOR ID: 243194-12<br>BEAR CREEK SMOKEHOUSE<br>C/O PALMER LAW FIRM, INC<br>ATTN W F PALMER, ESQ<br>PO DRAWER M<br>MARSHALL TX 75671 |
| CREDITOR ID: 265454-31<br>BEAR ISLAND WILDLIFE MGT AREA<br>ATTN: DEAN HARRIGAL<br>585 DONNELLY DR<br>GREEN POND SC 29446-8879 | CREDITOR ID: 243195-12<br>BEAR LUMBER CO<br>PO BOX 2071<br>MONTGOMERY, AL 36102-2071 | CREDITOR ID: 279461-99<br>BEAR STEARNS INVESTMENT PRODUCT INC<br>ATTN: NOAH CHARNEY<br>383 MADISON AVENUE<br>NEW YORK NY 10179 |
| CREDITOR ID: 404213-95<br>BEAR TRANSPORTATION<br>PO BOX 802326<br>DALLAS TX 75380-2326 | CREDITOR ID: 243196-12<br>BEAR TRANSPORTATION<br>PO BOX 671020<br>DALLAS, TX 75267-1020 | CREDITOR ID: 243197-12<br>BEARCOM<br>PO BOX 200600<br>DALLAS TX 75320-0600 |
| CREDITOR ID: 390008-54<br>BEARDEN, VIRGINIA<br>4805 WASILLA WAY<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 393521-55<br>BEARDEN, VIRGINIA<br>C/O: RAMON W. PALANCA, JR. ESQ.<br>RAMOND W PALANCA JR & ROBERT N SUSKO<br>3017 PIEDMONT ROAD, NE<br>SUITE 100<br>ATLANTA GA 30305 | CREDITOR ID: 243198-12<br>BEARINGS & DRIVES INC<br>PO BOX 116733<br>ATLANTA, GA 30368-6733 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243199-12<br>BEARINGS & DRIVES INC<br>PO BOX 4596<br>MONTGOMERY AL 36103 | CREDITOR ID: 243200-12<br>BEARINGS INCORPORATED<br>PO BOX 631625<br>CINCINNATI OH 45263-1625 | CREDITOR ID: 384001-47<br>BEASLEYS LOCKSMITH SAFE & DOOR LLC<br>ATTN RAYMOND BEASLEY, OWNER<br>2213 WOODNELL DRIVE<br>RALEIGH, NC 27603 |
| CREDITOR ID: 243201-12<br>BEASLEYS SAFE & LOCK SERVICE<br>ATTN RAYMOND BEASLEY, OWNER<br>2213 WOODNELL DR<br>RALEIGH, NC 27603-5240 | CREDITOR ID: 387292-54<br>BEATON, MOLLY<br>1055 KENSINGTON PARK DRIVE<br>ALTAMONTE SPRINGS, FL 32701 | CREDITOR ID: 391876-55<br>BEATON, MOLLY<br>C/O MAPP & PARKER, PA<br>ATTN CHARLES PARKER JR, ESQ<br>1419 E ROBINSON STREET<br>ORLANDO FL 32801 |
| CREDITOR ID: 387834-54<br>BEAUCHAMP, MARLIN<br>625 SW 6TH AVENUE<br>DELRAY BEACH FL 33445 | CREDITOR ID: 388632-54<br>BEAUDOT, PAUL<br>18428 43RD RD N.<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 392683-55<br>BEAUDOT, PAUL<br>C/O: GERALD ROSENTHAL<br>ROSENTHAL AND WEISSMAN, PA<br>1645 PALM BEACH LAKES BLVD.<br>#350<br>WEST PALM BEACH FL 33401-2289 |
| CREDITOR ID: 381357-47<br>BEAUFORT GAZETTE, THE<br>PO BOX 399<br>BEAUFORT, SC 29901-0399 | CREDITOR ID: 381039-47<br>BEAUFORT GAZETTE, THE<br>PO BOX 2291<br>RALEIGH, NC 27602-2291 | CREDITOR ID: 384002-47<br>BEAUFORT GLASS CO INC<br>ATTN GAIL MARCUM<br>PO BOX 4329<br>BEAUFORT, SC 29903-4329 |
| CREDITOR ID: 121-03<br>BEAUFORT JASPER WATER & SEWER AUTH<br>PO BOX 729<br>BEAUFORT SC 29901 | CREDITOR ID: 265455-31<br>BEAUFORT JASPER WATER & SEWER AUTH<br>ATTN DEAN MOSS<br>14 SNAKE RD<br>BEAUFORT SC 29901 | CREDITOR ID: 381210-47<br>BEAUFORT JASPER WATER & SEWER AUTH<br>P O BOX 2149<br>BEAUFORT, SC 29901 |
| CREDITOR ID: 243207-12<br>BEAULAH MOORE<br>311 RED BANKS ROAD<br>HERTFORD NC 27944 | CREDITOR ID: 243208-12<br>BEAUMONT PRODUCTS INC<br>1560 BIG SHANTY ROAD<br>KENNESAW, GA 30144 | CREDITOR ID: 243209-12<br>BEAUTY BEAT INC<br>ATTN WILLIAM MOSKOVITS, PRESIDENT<br>12222 SHERMAN WAY<br>NORTH HOLLYWOOD, CA 91605 |
| CREDITOR ID: 243210-12<br>BEAUTY ENTERPRISES<br>150 MEADOW ST<br>HARTFORD, CT 06114 | CREDITOR ID: 243211-12<br>BEAVER OF MONTGOMERY LLC<br>PO BOX 680370<br>PRATTVILLE AL 36068-0370 | CREDITOR ID: 279174-99<br>BEAVER STREET FISHERIES INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 243212-12<br>BEAVER STREET FISHERIES INC<br>PO BOX 41430<br>JACKSONVILLE, FL 32203-1430 | CREDITOR ID: 386737-54<br>BEAVERS, JANEE<br>8700 BRAMLETT DRIVE<br>HARRISON TN 37341 | CREDITOR ID: 391665-55<br>BEAVERS, JANEE<br>C/O: HERBERT THORNBURY<br>POOLE, THORNBURY AND MORGAN<br>732 CHERRY STREET<br>CHATTANOOGA TN 37402-1960 |
| CREDITOR ID: 388537-54<br>BEAVERT, KAREN<br>4758 OVERTON ROAD<br>BIRMINGHAM, AL 35210 | CREDITOR ID: 392613-55<br>BEAVERT, KAREN<br>C/O: MICHAEL P. HANLE<br>MICHAEL P. HANLE<br>1330 21ST WAY SOUTH<br>SUITE 200<br>BIRMINGHAM AL 35205 | CREDITOR ID: 245190-12<br>BEBER, CHERYL H<br>3840 RON ROAD<br>GREEN COVE SPRINGS FL 32043 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386246-54<br>BECK, JIMMY<br>1122 4TH AVENUE<br>ATMORE AL 36502 | CREDITOR ID: 406374-MS<br>BECK, LARRY A.<br>2900 N. HIGHWAY A1A, #4B<br>FORT PIERCE FL 34949 | CREDITOR ID: 243214-12<br>BECKER & POLIAKOFF PA<br>PO BOX 9057<br>FORT LAUDERDALE, FL 33310-9057 |
| CREDITOR ID: 243215-12<br>BECKER PHOTOGRAPHY<br>1103 W HIBISCUS BLVD, SUITE 308S<br>MELBOURNE FL 32901 | CREDITOR ID: 399466-82<br>BECKER, JOSEPH<br>826 PERIMETER PARK CIRCLE<br>SAINT  AUGUSTINE  FL 32084 | CREDITOR ID: 403597-94<br>BECKER, STANLEY R<br>3617 AIKENSIDE AVE<br>CINCINNATI OH 45213 |
| CREDITOR ID: 385562-54<br>BECKFORD, LYDIA V<br>1401 FAIRGREEN ROAD<br>WEST PALM BEACH, FL 33417 | CREDITOR ID: 245075-12<br>BECKHAM, CHARLES<br>PO BOX 174<br>CEDAR KEY, FL 32625 | CREDITOR ID: 406375-MS<br>BECKMAN, J.A.<br>1343 SOMERVILLE RD.<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 243213-12<br>BECK'S SMOKERY<br>PO BOX 770162<br>CORAL SPRINGS, FL 33077 | CREDITOR ID: 243218-12<br>BECKY LIVINGSTON<br>C/O CHRISTEN LIVINGSTON<br>PO BOX 296<br>MOODY AL 35004 | CREDITOR ID: 390591-55<br>BECNEL, CAROL HUSSER<br>C/O: T. HABERSHAM SETZE, ESQ.<br>LAW OFFICES OF OSSIE BROWN<br>123 ST. FERDINAND STREET<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 385283-54<br>BECNEL, CAROL HUSSER<br>242 CLOUD DRIVE<br>BATON ROUGE, LA 70806 | CREDITOR ID: 260693-12<br>BECO, SELINA<br>16619 EAST ST MARY STREET<br>LETTSWORTH, LA 70753 | CREDITOR ID: 242928-12<br>BED ALABAMA LLC<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE, IL 60091 |
| CREDITOR ID: 2069-07<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | CREDITOR ID: 243220-12<br>BEDFORD  AVENUE REALTY INC<br>C/O DBR ASSETT MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>SUITE 2001<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 1106-07<br>BEDFORD AVENUE REALTY INC<br>C/O DBR ASSETT MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 |
| CREDITOR ID: 243221-12<br>BEDFORD BULLETIN<br>PO BOX 331<br>BEDFORD, VA 24523-0331 | CREDITOR ID: 243222-12<br>BEDFORD BULLETIN<br>PO BOX 1118<br>LANDMARK COMM NEWSPAPERS<br>SHELBYVILLE, KY 40066-1118 | CREDITOR ID: 243223-12<br>BEDFORD CIRCUIT COURT<br>123 EAST MAIN STREET<br>SUITE 202<br>BEDFORD VA 24523-2034 |
| CREDITOR ID: 265456-31<br>BEDFORD PUBLIC SERVICE DIV CY<br>ATTN: CLARKE GIBSON<br>702 ORANGE ST<br>BEDFORD VA 24523-2043 | CREDITOR ID: 243226-12<br>BEE NATURAL HONEY CO INC<br>ATTN GARY AVINS, PRES/RUBY ALAMEDA<br>14240 SW 256 STREET<br>PO BOX 4085<br>PRINCETON, FL 33032 | CREDITOR ID: 384004-47<br>BEE NATURAL HONEY CO INC<br>PO BOX 4085<br>PRINCETON, FL 33092-4085 |
| CREDITOR ID: 243227-12<br>BEE SWEET HONEY COMPANY INC<br>JIMMY REWIS FAMILY<br>501 PINE STREET<br>HOMERVILLE GA 31634 | CREDITOR ID: 243228-12<br>BEECH NUT NUTRITION CORPORATION<br>PO BOX 500762<br>ST LOUIS, MO 63150-0762 | CREDITOR ID: 265457-31<br>BEECH RIVER WATERSHED DEV AUTH<br>ATTN: DAVID JOWERS<br>149 EASTERN SHORES DR<br>LEXINGTON TN 38351-1210 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243229-12<br>BEECHGROVE ELEMENTARY SCHOOL<br>1029 BRISTOW ROAD<br>INDEPENDENCE KY 41051 | CREDITOR ID: 382411-51<br>BEECH-NUT NUTRITION<br>100 SOUTH FORTH STREET, SUITE 1010<br>ST. LOUIS, MO 63102 | CREDITOR ID: 279339-36<br>BEECHNUT NUTRITION CORPORATION<br>C/O STEVEN M. WALLACE<br>BLACKWELL SANDERS PEPER MARTIN LLP<br>720 OLIVE STREET, SUITE 2400<br>ST.  LOUIS  MO 63101 |
| CREDITOR ID: 243230-12<br>BEECHWOOD ELEMENTARY SCHOOL<br>2555 DESOTO DR<br>BATON ROUGE, LA 70807 | CREDITOR ID: 1107-RJ<br>BEER WELLS REAL ESTATE SERVICE<br>11311 N CENTRAL EXPRESSWAY<br>SUITE 100<br>DALLAS, TX 75243 | CREDITOR ID: 243231-12<br>BEER WELLS REAL ESTATE SERVICE<br>11311 N CENTRAL EXPRESSWAY<br>SUITE 100<br>DALLAS, TX 75243 |
| CREDITOR ID: 243232-12<br>BEERMAN PRECISION INC<br>4206 HOWARD AVE<br>NEW ORLEANS LA 70125 | CREDITOR ID: 243233-12<br>BEERS MALLERS BACKS & SALIN LLP<br>110 W BERRY STREET<br>SUITE 1100<br>FORT WAYNE, IN 46802 | CREDITOR ID: 388888-54<br>BEESON, MARK<br>211 RIDGEVIEW DR<br>WINSTON-SALEM NC 27107 |
| CREDITOR ID: 406376-MS<br>BEGLEY, STEVEN C<br>4336 SHERWOOD ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 400589-91<br>BEGNAUD, NOLAN B<br>501 LAKE HOLLEY CIRCLE<br>DEFUNIAK FL 32433 | CREDITOR ID: 403601-94<br>BEGNAUD, NOLAN B<br>105 LAKEN LANE<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 243235-12<br>BEIERSDORF INC<br>PO BOX 751807<br>CHARLOTTE, NC 28275-1807 | CREDITOR ID: 279205-35<br>BEIERSDORF INC<br>ATTN: PAT CERONE<br>187 DANBURY RD<br>5232 EAST PROVIDENT DRIVE<br>WILTON CT 06897 | CREDITOR ID: 243236-12<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 |
| CREDITOR ID: 387059-54<br>BEITLER, EMMA<br>604 HIGH VIEW CR NORTH<br>BRANDON FL 33510 | CREDITOR ID: 243237-12<br>BEL AIRE BAPTIST CHURCH<br>15080 DEDEAUX RD<br>GULFPORT, MS 39503 | CREDITOR ID: 243238-12<br>BEL KAUKAUNA USA<br>BOX 68-9430<br>MILWAUKEE, WI 53268 |
| CREDITOR ID: 243239-12<br>BEL-AIRE ELEMENTARY SHCOOL<br>10531 KLEIN ROAD<br>GULFPORT, MS 39503 | CREDITOR ID: 243240-12<br>BELAIRE HIGH SCHOOL<br>12121 TAMS DR<br>BATON ROUGE, LA 70815 | CREDITOR ID: 386000-54<br>BELANGER, CAROL<br>12850 STATE ROAD 84<br>DAVIE, FL 33325 |
| CREDITOR ID: 391219-55<br>BELANGER, CAROL<br>C/O ROBERT P DISTEFANO, PA<br>ATTN ROBERT P DISTEFANO, ESQ<br>7471 W OAKLAND PARK BLVD, SUITE 106<br>FORT LAUDERDALE FL 33319 | CREDITOR ID: 243241-12<br>BELAVO SALES COMPANY<br>ATTN: GUS C ROBAYNA<br>2802 NW 112TH AVENUE<br>MIAMI, FL 33172 | CREDITOR ID: 386591-54<br>BELCHER, RICK<br>1113 STONE LILY DR<br>JEFFERSONVILLE IN 47130 |
| CREDITOR ID: 391601-55<br>BELCHER, RICK<br>C/O: ALAN RUBIN<br>ATTORNEY AT LAW<br>231 SOUTH 5TH STREET<br>SUITE 200<br>LOUISVILLE KY 40202 | CREDITOR ID: 404215-95<br>BELCO DISTRIBUTORS<br>ATTN JEREL SABELLA, PRESIDENT<br>100 ADAMS BLVD<br>FARMINGDALE NY 11735 | CREDITOR ID: 243242-12<br>BELCO DISTRIBUTORS<br>PO BOX 3256<br>FARMINGDALE, NY 11735 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2075-07
BELCO ENTERPRISES
PO BOX 520
STARKE, FL 32091-0520

CREDITOR ID: 243243-12
BELCO ENTERPRISES
PO BOX 520
STARKE, FL 32091-0520

CREDITOR ID: 386627-54
BELGARD, TAMMY
22 RUBEN DEVILLE RD
DEVILLE LA 71328

CREDITOR ID: 243244-12
BELIEVERS FELLOWSHIP
6303 AIRLINE HWY
METAIRIE, LA 70003

CREDITOR ID: 243245-12
BELIEVERS LIFE CHURCH
2074 PAXTON ST
HARVEY, LA 70058

CREDITOR ID: 387015-54
BELIM, TAMIKA
2012 BRADFORD COURT #B
TALLAHASSEE FL 32303

CREDITOR ID: 387433-54
BELIZAIRE, ELICEENNE
807 N. 32ND STREET, APT A
FORT PIERCE FL 34947

CREDITOR ID: 387433-54
BELIZAIRE, ELICEENNE
807 N. 32ND RD
SAINT CLOUD, FL 34772

CREDITOR ID: 243249-12
BELK INVESTMENTS
4508 E INDEPENCE BLVD, SUITE 207
CHARLOTTE, NC 28205

CREDITOR ID: 315938-41
BELK, B V., JR.
BELK INVESTMENTS
SUITE 207
CHARLOTTE, NC 28205

CREDITOR ID: 1089-RJ
BELK, B. V. JR.
BELK INVESTMENTS, SUITE 207
CHARLOTTE NC 28205

CREDITOR ID: 399334-15
BELK, JULIA
C/O BURNETTE DOBSON & HARDEMAN
ATTN ANITA B HARDEMAN, ESQ
713 CHERRY STREET
CHATTANOOGA TN 37402

CREDITOR ID: 398207-77
BELK, JULIA
ATTN: HARRY BURNETTE
713 CHERRY STREET
CHATTANOOGA, TN 37402

CREDITOR ID: 397960-76
BELK, JULIA
173 SNOW STREET
CHATTANOOGA, TN 37405

CREDITOR ID: 315734-40
BELK, B.V., JR
BELK INVESTMENTS
SUITE 207
CHARLOTTE, NC 28205

CREDITOR ID: 384005-47
BELL CARTER FOODS INC
PO BOX 95544
CHICAGO, IL 60694-5544

CREDITOR ID: 243250-12
BELL CARTER FOODS INC
4742 MT DIABLO BLVD
LAFAYETTE, CA 94549-3606

CREDITOR ID: 243251-12
BELL CHEM CORPORATION
1340 BENNET DR
LONGWOOD, FL 32750

CREDITOR ID: 243252-12
BELL COMPANY INC
ATTN SHARON HEADLEY OR NEIL H BELL
106 MORROW AVENUE
PO BOX 92
TRUSSVILLE, AL 35173

CREDITOR ID: 243254-12
BELL FLAVORS & FRAGRANCES INC
3533 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 384006-47
BELL SIGNS INC
ATTN LOCKBOX MANAGER DEPT 3039
PO BOX 2153
BIRMINGHAM, AL 35287-3039

CREDITOR ID: 243255-12
BELL SIGNS INC
ATTN: LOCKBOX MGR BELL SIGNS
PO BOX 102769
ATLANTA, GA 30368-2769

CREDITOR ID: 407700-15
BELL SIGNS, INC.
C/O CHAMBERLAIN HRDLICKA ET AL
ATTN JOHN K RE3ZAC ESQ
191 PEACHTREE STREET NE 9TH FLOOR
ATLANTA GA 30303-1740

CREDITOR ID: 243257-12
BELL SOUTH
PO BOX 1262
CHARLOTTE, NC 28201-1262

CREDITOR ID: 243256-12
BELL SOUTH
ATTN:  REGIONAL SUMMARY BILL
PO BOX 105320
ATLANTA, GA 30348

CREDITOR ID: 406377-MS
BELL SR., WILLIAM J.
1513 HAMPTON DR.
FLORENCE SC 29505

CREDITOR ID: 400131-86
BELL, AMERICA
5737 GRANT STREET
HOLLYWOOD  FL 33021

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 242569-12
BELL, ARRON M
3869 IRWIN KUNTZ STREET
HARVEY LA 70058

CREDITOR ID: 386924-54
BELL, CHRIS
1471 E. 16TH ST
JACKSONVILLE FL 32206

CREDITOR ID: 246618-12
BELL, COLIN D
1273 SW 117 WAY
DAVIE FL 33325

CREDITOR ID: 388650-54
BELL, EDWARD
3707 GRANT OWENS RD
JACKSONVILLE FL 32216

CREDITOR ID: 392700-55
BELL, EDWARD
C/O: MARC HARDESTY
HARDESTY, TYDE & GREEN, P.A.
4004 ATLANTIC BLVD.
JACKSONVILLE FL 32207

CREDITOR ID: 406378-MS
BELL, GLORIA P.
1793 HOLLY FLOWER LANE
ORANGE PARK FL 32073

CREDITOR ID: 386800-54
BELL, PAULA
2913 CLOVERHURST DRIVE
EAST POINT GA 30344

CREDITOR ID: 391686-55
BELL, PAULA
C/O DIETRICK EVANS SCHOLZ ET AL
ATTN WILLIAM EVANS, ESQ
3490 PIEDMONT ROAD NE, SUITE 1200
ATLANTA GA 30305

CREDITOR ID: 388976-54
BELL, ROBERT
3880 BAURER RD
PENSACOLA, FL 32507

CREDITOR ID: 392879-55
BELL, ROBERT
KINSEY TROXEL JOHNSON WALBORSKY PA
ATTN ROY M. KINSEY, JR.
PO BOX 12686
438 E GOVERNMENT STREET
PENSACOLA FL 32574

CREDITOR ID: 388970-54
BELL, VERLETIA
1001 PEEBLEBROOK D.R
MONTGOMERY, AL 36110

CREDITOR ID: 388863-54
BELL, WENDY
1908 TUSCAN OAKS COURT
ORANGE PARK FL 32003

CREDITOR ID: 243338-12
BELLAMY, BERNARD
196 OLD CRANE RD
LITTLE RIVER, SC 29577

CREDITOR ID: 388940-54
BELLAMY, DEBRA
5000 HOMESTEAD ROAD APT #3
ORLANDO, FL 32808

CREDITOR ID: 392843-55
BELLAMY, DEBRA
C/O: BARBARA M. COWHERD, ESQ.
BAILEY & MYERS, P. A.
100 E. SYBELIA AVE., #120
MAITLAND FL 32751

CREDITOR ID: 376426-44
BELLAMY, NOUI ANN
PO BOX 108
GRANITE QUARRY, NC 28072

CREDITOR ID: 243259-12
BELLARMINE UNIVERSITY
2001 NEWBURG ROAD
LOUISVILLE KY 40205

CREDITOR ID: 243260-12
BELLE CHASSE HIGH SCHOOL
8346 HWY 23
BELLE CHASSE, LA 70037

CREDITOR ID: 243261-12
BELLE PLACE MIDDLE
4110 LOUREAUVILLE RD
NEW IBERIA, LA 70563

CREDITOR ID: 243262-12
BELLE ROSE PRIMARY
PO BOX 9
BELLE ROSE LA 70341

CREDITOR ID: 243263-12
BELLEVIEW SQUARE CORPORATION
C/O T COOPER JAMES & ASSOCIATES
PO BOX 10325
GREENSBORO, NC 27404

CREDITOR ID: 243265-12
BELLINGHAM AND STANLEY
1000 HURRICANE SHOALS RD
BLDG D STE 300
LAWRENCEVILLE GA 30043

CREDITOR ID: 259626-12
BELLIS, RICK B
710 BOSTON STREET
TARPOIN SPRINGS FL 34689-0410

CREDITOR ID: 244778-12
BELLMORE, CATHY
9033 FASHION PLACE
LAKE WORTH FL 33467-4729

CREDITOR ID: 243266-12
BELLS LANE BAPTIST CHURCH
4596 BELLS LANE
MT CARMEL OH 45244

CREDITOR ID: 243258-12
BELL'S TRUCK & TRAILER REPAIR INC.
PO BOX 189
AXIS AL 36505

CREDITOR ID: 244546-12
BELLSNYDER, CARL R
147 SOMMERSBY CIRCLE
PELHAM, AL 35124

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243267-12<br>BELLSOUTH<br>PO BOX 105262<br>ATLANTA, GA 30348-5262 | CREDITOR ID: 243268-12<br>BELLSOUTH<br>PO BOX 70529<br>CHARLOTTE, NC 28272-0529 | CREDITOR ID: 279118-99<br>BELLSOUTH<br>C/O REGINALD A GREENE, ESQ<br>675 W PEACHTREE ST NE, STE 4300<br>ATLANTA GA 30375 |
| CREDITOR ID: 243269-12<br>BELLSOUTH COMMUNCIATION SYSTEMS<br>PO BOX 79045<br>BALTIMORE, MD 21279-0045 | CREDITOR ID: 243270-12<br>BELLSOUTH LONG DISTANCE<br>PO BOX 856178<br>LOUISVILLE, KY 40285-6178 | CREDITOR ID: 407425-15<br>BELLSOUTH TELECOMMUNICATIONS INC<br>ATTN J WILLIAMS, BANKRUPTCY REP<br>REGIONAL BANKRUPTCY CENTER<br>29EF1 301 W BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 395464-64<br>BELLSOUTH TELECOMMUNICATIONS, INC.<br>301 WEST BAY STREET, SUITE 19KK2<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 243272-12<br>BELMARK LABELING<br>PO BOX 5310<br>DEPERE WI 54115-5310 | CREDITOR ID: 1111-07<br>BELMART INC.<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 381168-47<br>BELMONT BUSINESS SYSTEMS<br>PO BOX 2640<br>NORTH CANTON, OH 44720 | CREDITOR ID: 407656-93<br>BELMONT/CENTERMARK, LP<br>SUN LIFE ASSURANCE CO OF CANADA<br>C/O CHILDRESS KLEIN PROPERTIES<br>301 S COLLEGE STREET, SUITE 2800<br>CHARLOTTE NC 28202 | CREDITOR ID: 407655-93<br>BELMONT/CENTERMARK, LP<br>RETAIL MANAGEMENT GROU, INC.<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 |
| CREDITOR ID: 243274-12<br>BELSON'S PCXCHANGE<br>1812 PLUM STREET<br>REMERTON GA 31601 | CREDITOR ID: 243275-12<br>BELT POWER CO<br>PO BOX 534218<br>ATLANTA GA 30353-4218 | CREDITOR ID: 243277-12<br>BEMCO SLEEP PRODUCTS INC<br>PO BOX 697<br>DUNN, NC 28334 |
| CREDITOR ID: 243278-12<br>BEMIS COMPANY, INC<br>PO BOX 75100<br>CHARLOTTE, NC 28275-0001 | CREDITOR ID: 279340-36<br>BEMIS COMPANY, INC<br>POLYETHYLENE PACKING DIVISON<br>ATTN JAMES MCDERMOTT<br>PO BOX 905<br>TERRE  HAUTE  IN 47808 | CREDITOR ID: 243279-12<br>BEMIS FLEXIBLE PACKAGING TEAM<br>PO BOX 75100<br>CHARLOTTE, NC 28275 |
| CREDITOR ID: 382414-51<br>BEMIS PACKAGING<br>1350 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804 | CREDITOR ID: 243280-12<br>BEN ARNOLD-SUNBELT BEV<br>101 BEVERAGE BLVD<br>PO BOX 480<br>RIDGEWAY, SC 29130 | CREDITOR ID: 243281-12<br>BEN FITZGERALD REAL ESTATE<br>11731 CHAPARAL STREET<br>LOS ANGELES, CA 90049 |
| CREDITOR ID: 243282-12<br>BEN HILL COUNTY TAX COMMISSIONER<br>ATTN: LINDA MCDONALD<br>324 EAST PINE STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 243283-12<br>BEN HILL IRWIN WILCOX SHOPPER INC<br>602 SOUTH GRANT STREET<br>FITZGERALD, GA 31750 | CREDITOR ID: 243286-12<br>BEN MARSHALL'S LOCK & SAFE<br>6 COMET ST SW<br>FORT WALTON BEACH FL 32548-5324 |
| CREDITOR ID: 243287-12<br>BEN MYERSON CANDY COMPANY<br>ATTN NEAL J DINEEN, GEN CR MGR<br>928 TOWNE AVE<br>LOS ANGELES, CA 90021-2089 | CREDITOR ID: 269363-16<br>BEN TOBIN COMPANIES, LTD, THE<br>C/O SALOMON KANNER DAMIAN ET AL<br>ATTN VINCENT E. DAMIAN JR, ESQ<br>80 SOUTHWEST 8TH STREET, SUITE 2550<br>MIAMI, FL 33130 | CREDITOR ID: 243289-12<br>BEN WARD LOCK & KEY<br>518 LEAVETTE AVENUE<br>LEITCHFIELD KY 42754-1320 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 315701-36
BEN-ARNOLD SUNBELT BEVERAG CO OF
SOUTH CAROLINA LP
C/O MIKE SISK
101 BEVERAGE BLVD
RIDGEWAY SC 29130

CREDITOR ID: 243290-12
BENCHMARK DISTRIBUTING
PO BOX 1437
MYRTLE BEACH, SC 29578

CREDITOR ID: 382415-51
BENCHMARK RECRUITING
PO BOX 971
MUSTANG, OK 73064

CREDITOR ID: 243291-12
BENCHMARK RECRUITING
ATTN L MICHAEL TARON
PO BOX 627
COTTONWOOD, AZ 86326

CREDITOR ID: 404219-95
BENCHMARK RECRUITING
PMB 170 51 BELL ROCK PLZ
SUITE A
SEDONA AZ 86351-9038

CREDITOR ID: 259340-12
BENCKISER, RECKITT
PO BOX 088159
CHICAGO, IL 60695-1159

CREDITOR ID: 387450-54
BEND, CATHERINE P
3891 WEST WASHINGTON STREET
MONTICELLO FL 32344

CREDITOR ID: 391988-55
BEND, CATHERINE P
C/O: RANDY PELHAM
PELHAM & ANDREWS
1982 CAPITAL CIRCLE, NE
TALLAHASSEE FL 32308

CREDITOR ID: 403567-93
BENDER, LUCIA
212 CAREFREE LANE
MOREHEAD CITY NC 28557-9616

CREDITOR ID: 1112-07
BENDERSON 85-1 TRUST & WAYNE RUBEN
PO BOX 21199
LEASE # 45235
BRADENTON, FL 34204-1199

CREDITOR ID: 243293-12
BENDERSON 85-1 TRUST & WAYNE RUBEN
LEASE NO 51407D
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 127-03
BENDERSON DEVELOPMENT
570 DELWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 243295-12
BENDERSON TRUST & WAYNE RUBEN
BRADEN RIVER POST OFFICE
PO BOX 21199
LEASE NO 45280 TN#4786
BRADENTON, FL 34204-1199

CREDITOR ID: 243296-12
BENEFICIAL FLORIDA INC
C/O ROLFE AND LOBELLO PA
PO BOX 40546
JACKSONVILLE, FL 32203-0546

CREDITOR ID: 383104-51
BENEFIT ADMIN SYSTEMS
17475 JOVANNA DR, SUITE 1B
HOMEWOOD, IL 60430

CREDITOR ID: 383080-51
BENEFIT ADVANTAGE RX NETWORK
39155 S CARSON STREET, PBM 422
CARSON CITY, NV 89701

CREDITOR ID: 386106-54
BENEKOVIC, FRANCES E
5729 PERKINS STREET
PENSACOLA, FL 32526

CREDITOR ID: 265458-14
BENELUX PARTNERS INC
ATTN: MARK WATSON
60 LOMBARD ST
BOCA RATON FL 33434

CREDITOR ID: 383074-51
BENESCRIPT
300 HALCOMB BRIDGE RD, SUITE 228
NORCROSS, GA 30010-1229

CREDITOR ID: 265459-31
BENEVA CREEK UTILITY CORP
ATTN: JOHN M STEEL
1828 ROLAND ST
SARASOTA FL 34231-4735

CREDITOR ID: 2891-04
BENFIELDS SANITATION
ATTN: BENFIELD
282 SCOTTS CREEK ROAD
STATESVILLE NC 28677

CREDITOR ID: 243297-12
BENGAL PRODUCTS INC
ATTN: VERNON WEBB, CFO
PO BOX 54316
NEW ORLEANS, LA 70154-4316

CREDITOR ID: 243298-12
BENGAL TRANSPORTATION
18145 SWAMP ROAD
PRAIRIEVILLE, LA 70769-3313

CREDITOR ID: 400541-88
BENITEZ, RAUL
C/O ANN-MARIE CLARKE ESQ
4200 N.W. 16TH ST.
SUITE 501C
LAUDERHILL FL 33313

CREDITOR ID: 243302-12
BENJAMIN ADAM SETZER AS TRUSTE
OF THE FAYE ASHLEY SETZER TST
C/O LEONARD SETZER
903 UNIVERSITY BLVD N
JACKSONVILLE, FL 32211

CREDITOR ID: 243304-12
BENJAMIN FRANKLIN ELEMENTARY
1116 JEFFERSON AVENUE
NEW ORLEANS, LA 70115

CREDITOR ID: 404221-95
BENJAMIN FRANKLIN ELEMENTARY
709 PARK BLVD
NEW ORLEANS LA 70114

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 241582-12
BENJAMIN, ADAM S
3101 SE 73RD STREET, APT 806
OCALA FL 34480

CREDITOR ID: 397856-76
BENJAMIN, BRENDA
172 HAROLD ST.
OPELOUSAS, LA 70570

CREDITOR ID: 394181-56
BENJAMIN, ELLEANOR
8744 N. RIVER RD #8
TAMPA, FL 33635

CREDITOR ID: 400370-85
BENJAMIN, ELLEANOR
C/O MANUEL J. FERNANDEZ
KINNEY, FERNANDEZ & BOIRE, P.A.
PO BOX 18055
TAMPA FL 33679

CREDITOR ID: 394762-57
BENJAMIN, ELLEANOR
C/O KINNEY FERNANDEZ & BOIRE PA
ATTN MANUEL J FERNANDEZ, ESQ
PO BOX 18055
TAMPA FL 33679

CREDITOR ID: 388716-54
BENJAMIN, MARIE
2024 EAGLE DR
WEST PALM BEACH FL 33409

CREDITOR ID: 392731-55
BENJAMIN, MARIE
C/O FINDLER & FINDLER
ATTN LISSA JOLIVERT-DORSEY, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 388003-54
BENJAMIN, NECY
812 SW 11TH ST
HALLANDALE, FL 33009

CREDITOR ID: 392280-55
BENJAMIN, NECY
C/O ROBERT H FENSTERSHEIB
ROBERT J. FENSTERSHEIB, P.A.
520 WEST HALLANDALE BEACH BLVD
HALLANDALE BEACH FL 33009

CREDITOR ID: 386006-54
BENN, MARLENE
3042 BOYD ST
NEW ORLEANS, LA 70131

CREDITOR ID: 391223-55
BENN, MARLENE
C/O PATRICE BENN-ABBEY
LAW OFFICE OF PATRICE BENN-ABBEY LC
3133 GENERAL MEYER AVENUE
NEW ORLEANS LA 70114

CREDITOR ID: 373853-44
BENNETT JR, CHARLES, B
1012 45TH ST N
ST PETERSBURG, FL 33713

CREDITOR ID: 243049-12
BENNETT, BARBARA LAMONICA
110 SE 7TH STREET
APT 4
DEERFIELD BEACH, FL 33441

CREDITOR ID: 406380-MS
BENNETT, JAMES A.
2196 SPANISH BLUFF RD.
JACKSONVILLE FL 32211

CREDITOR ID: 386268-54
BENNETT, JEANETTE
15034 STEFFAN
ORLANDO FL 32828

CREDITOR ID: 391387-55
BENNETT, JEANETTE
C/O LARRY E. POWERS, JR., PA
1215 EAST AMELIA ST
ORLANDO FL 32803

CREDITOR ID: 373855-44
BENNETT, LAVAR A
421 GEORGIA BLVD
SEBASTIAN, FL 32958

CREDITOR ID: 388326-54
BENNETT, WILLIAM
14401 BURGESS
DETROIT, MI 48223

CREDITOR ID: 392443-55
BENNETT, WILLIAM
C/O JAY M. LEVY, ESQUIRE
JAY M LEVY, PA
9130 S. DADELAND BLVD.
TWO DATRAN CTR., STE. 1701
MIAMI FL 33156

CREDITOR ID: 382100-50
BENNETTS
4805 LENNOX AVENUE
JACKSONVILLE, FL 32205

CREDITOR ID: 404223-95
BENNETTS BUSINESS SYSTEMS
4805 LENOX AVE
JACKSONVILLE FL 32205-4998

CREDITOR ID: 243313-12
BENNETTS FIRE PROTECTION SYSTEMS
PO BOX 335
LAKE PARK GA 31636-0335

CREDITOR ID: 243314-12
BENNETTS LEASING INC
PO BOX 61856
JACKSONVILLE, FL 32236-1856

CREDITOR ID: 278735-28
BENNETT'S LEASING INCORPORATED
ATTN: B. MEEHAN
4805 LENNOX AVE.
JACKSONVILLE, FL 32205

CREDITOR ID: 278418-24
BENNETTSVILLE 99-SC LLC
C/O PRINCIPAL
801 GRAND AVENUE
DES MOINES IA 50392-0490

CREDITOR ID: 278618-24
BENNETTSVILLE 99-SC, LLC
FIRST SECURITY BANK NA & V T ORTON
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 243315-12
BENNETTSVILLE ELEC WATER & GAS
PO BOX 1036
BENNETTSVILLE, SC 29512-1036

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243317-12<br>BENNIE E JONES JR<br>19053 HWY 903<br>ROBERSONVILLE NC 27871 | CREDITOR ID: 243319-12<br>BENNIE SUE WEST<br>1308 HANOVER ROAD<br>ANDERSON SC 29621 | CREDITOR ID: 243320-12<br>BENNING CONSTRUCTION COMPANY<br>PO BOX 724375<br>ATLANTA GA 31139 |
| CREDITOR ID: 381403-47<br>BENNINGTON, CHRISTRINE<br>C/O ZACHARY BENNINGTON<br>926 EAST LAKE LANDING<br>MARIETTA GA 30062 | CREDITOR ID: 252867-12<br>BENNITT, JEFF W ESQ<br>4898 VALLEYDALE ROAD, SUITE A3<br>BIRMINGHAM AL 35242 | CREDITOR ID: 243322-12<br>BENNYS SOLID ROCK<br>PO BOX 533112<br>ORLANDO, FL 32853-3112 |
| CREDITOR ID: 243323-12<br>BENS TOWING<br>614 E BASE ST<br>MADISON FL 32340 | CREDITOR ID: 243324-12<br>BENSON PLUMBING & HEATING<br>201 GLENN STREET<br>GADSDEN AL 35903 | CREDITOR ID: 373857-44<br>BENSON'S<br>PO BOX 429<br>BOGART, GA 30622-0429 |
| CREDITOR ID: 279511-99<br>BENSONS INC<br>C/O MORRIS JAMES HITCHENS ET AL<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVE, 19TH FL<br>PO BOX 2306<br>WILMINGTON DE 19899 | CREDITOR ID: 279511-99<br>BENSONS INC<br>C/O BEGNAUD & MARSHALL LLP<br>ATTN: DARREL BEGNAUD, ESQ<br>250 N MILLEDGE AVENUE<br>PO BOX 8085<br>ATHENS GA 30603 | CREDITOR ID: 243325-12<br>BENSON'S INC<br>PO BOX 429<br>BOGART, GA 30622-0429 |
| CREDITOR ID: 265460-31<br>BENT CREEK UTILITY INC<br>ATTN: DENNIS PIERCE<br>23 LIBERTY PL<br>HATTIESBURG MS 39402-8558 | CREDITOR ID: 243326-12<br>BENTLEY ARCHITECTS & ENGINEERING<br>665 WEST WARREN AVENUE<br>LONGWOOD FL 32750 | CREDITOR ID: 243327-12<br>BENTLEY FARMS SPECIAL<br>PO BOX 516<br>US HWY 31 SOUTH<br>THORSBY AL 35171 |
| CREDITOR ID: 2246-07<br>BENTLEY, FRED D. SR. / MONTICELLO<br>PO BOX 958<br>MARIETTA GA 30061-3214 | CREDITOR ID: 388990-54<br>BENTLEY, GWEN<br>2940 NW 98TH STREET<br>MIAMI, FL 33147 | CREDITOR ID: 392892-55<br>BENTLEY, GWEN<br>C/O CHRISTINA A MCKINNON ESQ<br>16900 N. BAY ROAD, STE 1205<br>MIAMI FL 33160 |
| CREDITOR ID: 243328-12<br>BENTON EXPRESS INC<br>1045 S RIVER IND BLVD SE<br>PO BOX 16709<br>ATLANTA GA 30321-6709 | CREDITOR ID: 389399-54<br>BENTON, BARBARA<br>407 SOUTH COLLEGE STREET<br>CLAXTON GA 30417 | CREDITOR ID: 397820-76<br>BENTON, CHARLES<br>3221 SW FENDER AVENUE<br>ARCADIA, FL 34266 |
| CREDITOR ID: 392909-55<br>BENTON, GINNY L<br>C/O CLARK ROBB MASON COULOMBE ET AL<br>ATTN MICHAEL CECERE, ESQ<br>524 SOUTH ANDREWS AVENUE, STE 203N<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 389008-54<br>BENTON, GINNY L<br>5740 SW 40TH AVENUE<br>FORT LAUDERDALE, FL 33314 | CREDITOR ID: 386252-54<br>BENTON, JEFF<br>2186 ALTERNATE 21 NORTH<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 257322-12<br>BENTON, NORMAN<br>479 MOBY DICK DRIVE S<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 243329-12<br>BEP II LIMITED PARTNERSHIP<br>777 41ST STREET 4TH FLOOR<br>MIAMI, FL 33140 | CREDITOR ID: 1116-07<br>BEP II LIMITED PARTNERSHIP<br>777 41ST STREET, 4TH FLOOR<br>MIAMI, FL 33140 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399467-82<br>BERCEA, JOHN<br>1839 ADAMS STREET<br>HOLLYWOOD  FL 33020 | CREDITOR ID: 265461-31<br>BEREAN COMMUNITY DEVELOPMENT<br>ATTN: LINDA THORNTON<br>818 ALLENTOWN DR<br>LATTA SC 29565-1748 | CREDITOR ID: 388298-54<br>BERGA, MARIA TERESA<br>17410 SW 118TH PLACE<br>MIAMI FL 33155 |
| CREDITOR ID: 382416-51<br>BERGENSON'S PROPERTY SERVICES<br>1959 AVE PLAZA REAL<br>OCEANSIDE, CA 92058 | CREDITOR ID: 406154-97<br>BERGENSON'S PROPERTY SERVICES INC<br>ATTN: RICHARD C MAIVODGIAN, CFO<br>PO BOX 20137<br>DALLAS TX 75320 | CREDITOR ID: 243330-12<br>BERGENSON'S PROPERTY SERVICES INC<br>ATTN: RICHARD C MAIVODGIAN, CFO<br>1959 PLAZA REAL<br>OCEANSIDE CA 92056 |
| CREDITOR ID: 394098-56<br>BERGER, JEAN<br>218 HILLCREST<br>DAVENPORT, FL 33837 | CREDITOR ID: 400303-85<br>BERGER, JEAN<br>C/O SCOTT W. ZIRKLE<br>BOGIN, MUNNS & MUNNS<br>P.O. BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 243331-12<br>BERGERON WD PALMETTO LLC<br>19612 SOUTHWEST 69TH PLACE<br>C/O BERGERON PROPERTIES &<br>INVESTMENT CORP<br>FORT LAUDERDALE, FL 33332 |
| CREDITOR ID: 1117-07<br>BERGERON WD PALMETTO LLC<br>C/O BERGERON PROPERTIES<br>19612 SOUTHWEST 69TH PLACE<br>FORT LAUDERDALE, FL 33332 | CREDITOR ID: 392038-55<br>BERGERON, KIM G<br>C/O: CHRISTOPHER SIEGIST<br>CHRISTOPHER SIEGIST<br>407 ROUSSELL ST<br>HOUMA LA 70360 | CREDITOR ID: 263568-12<br>BERGERON, TROY<br>1320 QUEEN ELAINE DRIVE<br>CASSELBERRY, FL 32707 |
| CREDITOR ID: 406381-MS<br>BERGSTROM, GEORGE<br>101 E PARTRIDGE PATH<br>ELMORE AL 36025-1067 | CREDITOR ID: 243332-12<br>BERKELEY COUNTY FAMILY COURT<br>PO BOX 219<br>MONCKS CORNER, SC 29461 | CREDITOR ID: 317310-42<br>BERKELEY COUNTY TREASURER<br>223 N LIVE OAK DR<br>MONCKS CORNER, SC 29461-3707 |
| CREDITOR ID: 243333-12<br>BERKELEY COUNTY TREASURER<br>223 NORTH LIVE OAK DRIVE<br>PROPERTY TAX<br>MONCKS CORNER SC 29461-3707 | CREDITOR ID: 265462-31<br>BERKELEY-CHARLESTON-DORCH<br>ATTN: RONALD E MITCHEM<br>5290 RIVERS AVE STE 400<br>NORTH CHARLESTON SC 29406-6327 | CREDITOR ID: 243334-12<br>BERKSHIRE BUSINESS FORM INC<br>829 ROUTE 66<br>HUDS0N NY 12534 |
| CREDITOR ID: 243335-12<br>BERLIN PACKAGING<br>PO BOX 95584<br>CHICAGO IL 60694-5584 | CREDITOR ID: 243336-12<br>BERMAN BROTHERS<br>PO BOX 3065<br>JACKSONVILLE, FL 32206-0065 | CREDITOR ID: 385587-54<br>BERMAN, RITA<br>3111 TEAKWALK LANE<br>FORT LAUDERDALE, FL 33312 |
| CREDITOR ID: 390881-55<br>BERMAN, RITA<br>C/O: MATT KONECKY<br>FISHER LAWRENCE & MALOVE<br>1125 NE 125TH STREET, STE 201<br>NORTH MIAMI FL 33161 | CREDITOR ID: 243342-12<br>BERNARD SEAFOOD CO LTD<br>5104 FOURTH STREET<br>MARRERO, LA 70072 | CREDITOR ID: 243343-12<br>BERNARD TERRACE ELEMENTARY<br>241 EDISON STREET<br>BATON ROUGE, LA 70806 |
| CREDITOR ID: 243346-12<br>BERNARDS LOCKSMITH SERVICE<br>104 PERPONS ST<br>MORGANTON NC 28655 | CREDITOR ID: 404224-95<br>BERNER FOODS INC<br>2034 E FACTORY ROAD<br>DAKOTA IL 61018 | CREDITOR ID: 243348-12<br>BERNER FOODS INC<br>PO BOX 778<br>FREEPORT, IL 61032 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 243349-12
BERNER FOODS INC
ATTN THOMAS D DICKSON, VP/CFO
2034 E FACTORY RD
DAKOTA IL 61018

CREDITOR ID: 377201-44
BERNER, STEVE E
CHR DIV STORE# 1207
245 RUNNING BRIAR DR
FLETCHER, NC 28732

CREDITOR ID: 243351-12
BERNEY OFFICE SOLUTIONS
A GLOBAL IMAGING SYSTEMS CO
PO BOX 210699
MONTGOMERY, AL 36121-0699

CREDITOR ID: 243350-12
BERNEY, INC
PO BOX 740423
ATLANTA, GA 30374-0423

CREDITOR ID: 381769-15
BERNEY, INC
ATTN STEVEN L LOUVAR
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS IA 52405

CREDITOR ID: 243352-12
BERNEYS OFFICE AUTOMATION
PO BOX 210699
MONTGOMERY, AL 36121-0699

CREDITOR ID: 384008-47
BERNIE LITTLE DISTRIBUTING
PO BOX 1128
EATON PARK, FL 33840-1128

CREDITOR ID: 384009-47
BERNIE LITTLE DISTRIBUTOR
1314 SW 17TH STREET
OCALA, FL 34474

CREDITOR ID: 279185-34
BERNIE LITTLE DISTRIBUTORS INC
ATTN RICHARD MCQUISTON
PO BOX 1128
4105 MAINE AVENUE
EATON PARK FL 33840

CREDITOR ID: 243355-12
BERNIE'S TOOL & FASTENER SERVICES
ATTN STEVEN A JIMENEZ, CR/COLL MGR
4211 HIGHWAY AVE
JACKSONVILLE FL 32254-4177

CREDITOR ID: 404225-95
BERRY PLASTICS CORP
PO BOX 60929
ST LOUIS MO 63150-0929

CREDITOR ID: 279341-36
BERRY PLASTICS CORPORATION
ATTN: RONDA HALE, CORP CR MGR
101 OAKLEY STREET
PO BOX 959
EVANSVILLE  IN 47706

CREDITOR ID: 243356-12
BERRY PLASTICS CORPORATION
PO BOX 633485
CINCINNATI, OH 45263-3485

CREDITOR ID: 385689-54
BERRY, CLAUDIA
700 TRANSMITTER ROAD
PANAMA CITY, FL 32404

CREDITOR ID: 390970-55
BERRY, CLAUDIA
C/O FAUCHEX & JONES, P.A.
845 JENKS AVEUE
PANAMA FL 32401

CREDITOR ID: 388368-54
BERRY, LORI
PO BOX 24
RAYMOND, MS 39154

CREDITOR ID: 392469-55
BERRY, LORI
C/O: CRAIG SESSUMS
JONES & FUNDERBURG
901 N STATE ST
JACKSON MS 39202

CREDITOR ID: 406382-MS
BERRY, WEBSTER
RT. 1 BOX 567-1
MACCLENNEY FL 32063

CREDITOR ID: 243357-12
BERRYS TRUCKING INC
9201 MCLEOD ROAD
LAURINBURG NC 28352

CREDITOR ID: 243358-12
BERT LOWE SUPPLY COMPANY
PO BOX 729
EATON PARK FL 33840-0729

CREDITOR ID: 388057-54
BERTHEAUD, SUZANNE
99 PHILLIP COURT
CHALMETTE, LA 70043-1715

CREDITOR ID: 392326-55
BERTHEAUD, SUZANNE
C/O: FRANK D. IPPOLITO
LAW OFFICES OF FRANK D IPPOLITO
P. O. BOX 428
CHALMETTE LA 70044

CREDITOR ID: 243360-12
BERWICK OFFRAY LLC
PO BOX 8500
S-3775
PHILADELPHIA, PA 19178-3775

CREDITOR ID: 405982-15
BESAM AUTOMATED ENTRANCE SYSTEMS
ATTN DAVID GREGOIRE
345 GREENWOOD STREET, STE 1
WORCESTER MA 01607

CREDITOR ID: 384010-47
BESAM AUTOMATED ENTRANCE SYSTEMS INC
PO BOX 827375
PHILADELPHIA, PA 19182-7375

CREDITOR ID: 243364-12
BESSINGER LOCKSMITH
252 BROAD RIVER BLVD
BEAUFORT, SC 29906

CREDITOR ID: 269301-16
BESSINGER, MAURICE
C/O GLEN W. LAFORCE, SR.
COURTYARD BUILDING
32 OFFICE PARK ROAD
SUITE 111
HILTON HEAD ISLAND, SC 29928

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243365-12<br>BESSINGERS BACKFLOW SERVICE LLC<br>933 DILL AVENUE<br>CHARLESTON SC 29412-4017 | CREDITOR ID: 399396-15<br>BEST ACCESS SYSTEMS<br>ATTN RAY MINCE<br>6161 E 75TH STREET<br>INDIANAPOLIS IN 46250 | CREDITOR ID: 243366-12<br>BEST ACCESS SYSTEMS<br>ATTN R M MINCE<br>6161 E 75TH ST<br>INDIANAPOLIS IN 46250 |
| CREDITOR ID: 243367-12<br>BEST BRANDS HOME PRODUCTS INC<br>20 WEST 33RD STREET<br>NEW YORK, NY 10001 | CREDITOR ID: 243368-12<br>BEST BRANDS INC<br>6307 N 53RD STREET<br>TAMPA, FL 33610 | CREDITOR ID: 404226-95<br>BEST BRANDS INC<br>P O BOX 538012<br>ATLANTA GA 30353-8012 |
| CREDITOR ID: 243369-12<br>BEST CLEANERS & LAUNDRY<br>224 S FLORDIA AVE<br>DELAND, FL 32720 | CREDITOR ID: 243370-12<br>BEST FOODS BAKING<br>PO BOX 60588<br>CHARLOTTE, NC 28260 | CREDITOR ID: 384011-47<br>BEST FOODS BAKING<br>PO BOX 532992<br>ATLANTA, GA 30353-2992 |
| CREDITOR ID: 243371-12<br>BEST FORKLIFT PARTS INC<br>4165 NW 132ND STREET<br>BAY 1&2<br>OPALOCKA FL 33054 | CREDITOR ID: 243372-12<br>BEST GLASS CO<br>ATTN STEVEN J DUNN, PRES<br>215 N BAINBRIDGE ST<br>MONTGOMERY, AL 36104-3692 | CREDITOR ID: 382417-51<br>BEST MANUFACTURING GROUP<br>ATTN RICHARD MENON, DIR OF CR<br>10 EXCHANGE PLACE<br>JERSEY CITY, NJ 07302 |
| CREDITOR ID: 243373-12<br>BEST MANUFACTURING GROUP LLC<br>PO BOX 827144<br>PHILADELPHIA, PA 19182-7144 | CREDITOR ID: 404228-95<br>BEST MANUFACTURING GROUP LLC<br>PO BOX 29374<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-9582 | CREDITOR ID: 265465-31<br>BEST MEN FOR JOB HOME IMPRV<br>ATTN: JEFFREY MURPHY<br>11212 BLACK WALNUT ST<br>HUDSON FL 34669-2338 |
| CREDITOR ID: 243374-12<br>BEST PLUMBING INC<br>105 SIDNEYS RD<br>WALTERBORO, SC 29488 | CREDITOR ID: 243375-12<br>BEST STAMP & SEAL CO INC<br>631 W MAIN ST<br>LOUISVILLE KY 40202 | CREDITOR ID: 243376-12<br>BEST VALUE<br>PO BOX 402457<br>MIAMI BEACH FL 33140-0457 |
| CREDITOR ID: 382418-51<br>BEST VENDORS COMPANY<br>2626 WEST LAKE STREET<br>MINNEAPOLIS, MN 55416 | CREDITOR ID: 243377-12<br>BEST WESTERN<br>137 SOLDIER COLONY ROAD<br>CANTON MS 39046 | CREDITOR ID: 243378-12<br>BEST WESTERN COLLINS INN & SUITES<br>8 GRANDVIEW DRIVE<br>COLLINS, MS 39428 |
| CREDITOR ID: 243379-12<br>BEST WESTERN EXECUTIVE INN<br>303 SHONEY DR<br>COLUMBUS, MS 39705 | CREDITOR ID: 243381-12<br>BEST WESTERN GREENWOOD<br>ATTN: FAITH BLAKELY, GEN MGR<br>635 HWY 82 WEST<br>GREENWOOD, MS 38930 | CREDITOR ID: 243382-12<br>BEST WESTERN HOTEL JTB SOUTHPOINT<br>4660 SALISBURY ROAD<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 243383-12<br>BEST WESTERN MERIDIAN<br>2219 S FRONTAGE RD<br>MERIDIAN, MS 39301 | CREDITOR ID: 243384-12<br>BEST WESTERN METRO INN<br>1520 ELLIS AVENUE<br>JACKSON, MS 39204 | CREDITOR ID: 243385-12<br>BEST WESTERN OF ATMORE<br>6141 HWY 21<br>ATMORE AL 36502 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243386-12<br>BEST WESTERN TILLMAN'S<br>5634 TILLMAN'S CORNER PKWY<br>MOBILE, AL 36619 | CREDITOR ID: 390130-54<br>BEST, SUZANNE G<br>425 NE 15TH AVE<br>BOYNTON BEACH, FL 33435 | CREDITOR ID: 393585-55<br>BEST, SUZANNE G<br>C/O BRIAN D. GLATZER<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 |
| CREDITOR ID: 243387-12<br>BESTSWEET INC<br>PO BOX 830769<br>DEPT AL00158<br>BIRMINGHAM, AL 35283-0769 | CREDITOR ID: 404229-95<br>BESTSWEET INC<br>PO BOX 651649<br>CHARLOTTE NC 28265-1649 | CREDITOR ID: 399450-15<br>BETANCOURT, DAVID J<br>C/O ARONFELD & ASSOCIATES, PA<br>ATTN SPENCER ARONFELD, ESQ<br>3132 PONCE DE LEON BLVD<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 393522-55<br>BETANCOURT, LUIS<br>6102 WEBB ROAD, APT 1401<br>TAMPA FL 33615 | CREDITOR ID: 393522-55<br>BETANCOURT, LUIS<br>C/O BARBAS KOENIG NUNEZ ET AL<br>ATTN KELLY B NUNEZ, ESQ<br>1802 W CLEVELAND STREET<br>TAMPA FL 33606 | CREDITOR ID: 259194-12<br>BETANCOURT, RAFAEL<br>5701 W 25TH COURT<br>#312<br>HIALEAH, FL 33016 |
| CREDITOR ID: 386987-54<br>BETANZOS, JOSE<br>1539 BRIDGESTONE DR.<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 390341-54<br>BETENCOURT, DAVID J (MINOR)<br>3131 PONCE DE LEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 392625-55<br>BETENCOURT, DAVID J (MINOR)<br>C/O: SPENCER ARONFELD, ESQ.<br>ARONFELD & ASSOCIATES P.A.<br>3231 PONCE DE LEON BOULEVARD<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 243393-12<br>BETH SHALOM CONGREGATION<br>4072 SUNBEAM RD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 243394-12<br>BETH SHALOM SYNAGOGUE<br>9111 JEFFERSON HWY<br>BATON ROUGE, LA 70809 | CREDITOR ID: 243396-12<br>BETHANY CHRISTIAN SCHOOL<br>13855 PLANK ROAD<br>BAKER, LA 70714 |
| CREDITOR ID: 389382-54<br>BETHEA, CASSANDRA<br>1709 WEST SAVANNAH AVENUE<br>VALDOSTA GA 31601 | CREDITOR ID: 400132-86<br>BETHEL, JOSEPHINE<br>C/O ATTY RUBENSTEIN, 9350 S DIXIE HWY<br>MIAMI  FL 33156 | CREDITOR ID: 243397-12<br>BETHLEHEM BAPTIST CHURCH<br>5708 PRESTON HIGHWAY<br>LOUISVILLE KY 40210 |
| CREDITOR ID: 243398-12<br>BETHUNE COOKMAN COLLEGE<br>640 DR MARY MCLEOD BETHUNE  BLVD<br>ATTN CLAUDINE MCKEE<br>ASST VICE PRESIDENT<br>DAYTONA BEACH FL 32114-3099 | CREDITOR ID: 243400-12<br>BETSY JOHNSON REGIONAL HOSPITAL<br>PO BOX 1706<br>DUNN NC 28335-1706 | CREDITOR ID: 243401-12<br>BETTCHER INDUSTRIES INC<br>PO BOX 336<br>VERMILION OH 44089-0336 |
| CREDITOR ID: 265466-31<br>BETTER ALTERNATIVES INC<br>ATTN: MILTON OREAR<br>86 FRENCH DR<br>WOODSTOCK VA 22664-2216 | CREDITOR ID: 243402-12<br>BETTER BRANDS<br>755 JEFFERSON ST NW<br>ATLANTA GA 30377 | CREDITOR ID: 243404-12<br>BETTER BRANDS<br>980 JEFFERSON ST NW<br>ATLANTA GA 30377 |
| CREDITOR ID: 243403-12<br>BETTER BRANDS<br>PO BOX 342<br>OXFORD MS 38655 | CREDITOR ID: 243405-12<br>BETTER BRANDS DISTRIBUTING COMPANY<br>PO BOX 1053<br>WEST POINT, MS 39773 | CREDITOR ID: 243406-12<br>BETTER BUSINESS FORMS INC<br>PO BOX 48031<br>NEWARK, NJ 07101-4831 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243407-12<br>BETTER OFFICE PRODUCTS<br>8102 DEERING AVENUE<br>CANOGA PARK, CA 91304 | CREDITOR ID: 243408-12<br>BETTER SANITATION SERVICE<br>583 LOVE KNOB ROAD<br>GLASGOW KY 42141 | CREDITOR ID: 243409-12<br>BETTER WELDING & MECHANICAL SVC INC<br>422 BARTON LANE<br>VILLA RICA GA 30180 |
| CREDITOR ID: 2079-07<br>BETTY HOLLAND U/A-NATIONSBANK N.A.<br>(SOUTH) AS AGENT C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 243907-12<br>BEUK, BRENDA P<br>124 CHIDRESS ROAD<br>LUCEDALE MS 39452 | CREDITOR ID: 389682-54<br>BEUSSE, BOBBIE<br>1710 HIDDEN SHOALS DRIVE<br>CONYERS, GA 30013 |
| CREDITOR ID: 393330-55<br>BEUSSE, BOBBIE<br>C/O: ORLANDO A. MARRA, ESQ.<br>MONTLICK & ASSOCIATES, P.C.<br>P.O. BOX 95406<br>ATLANTA GA 30347-0406 | CREDITOR ID: 243436-12<br>BEVCO<br>PO BOX 281335<br>ATLANTA, GA 30384 | CREDITOR ID: 243432-12<br>BEVEL, BETTYE R<br>3007 SAINT CONRAD<br>TAMPA FL 33607 |
| CREDITOR ID: 404231-95<br>BEVERAGE CORPORATION INTERNATIONAL<br>3550 NW 110TH ST<br>ATTN: CUSTOMER SERVICE<br>MAIMI FL 33167 | CREDITOR ID: 243437-12<br>BEVERAGE CORPORATION INTERNATIONAL<br>PO BOX 281335<br>ATLANTA, GA 30384 | CREDITOR ID: 243438-12<br>BEVERAGE LAW INSTITUTE INC<br>2864 REMINGTON GREEN CIRCLE<br>SUITE A<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 243439-12<br>BEVERAGE LINK<br>7999 NW 81ST PLACE<br>MIAMI, FL 33166 | CREDITOR ID: 243440-12<br>BEVERAGE MARKETING INCORPORATED<br>7750 ARCHER ROAD<br>JUSTICE, IL 60458-1146 | CREDITOR ID: 243441-12<br>BEVERAGE RESEARCH CENTER INC<br>PO BOX 9132<br>6231 GATEWAY RD<br>COLUMBUS, GA 31908-9132 |
| CREDITOR ID: 243442-12<br>BEVERAGE SOUTH INC<br>1815 WILKINSON ROAD<br>AUGUSTA, GA 30904 | CREDITOR ID: 264515-12<br>BEVERIDGE, WAYNE<br>270 COUNTRY CREEK RD<br>NEWBORN, GA 30056 | CREDITOR ID: 243452-12<br>BEVIS ELEMENTARY<br>10133 POTTINGER RD<br>STORE#1772<br>CINCINNATI OH 45251 |
| CREDITOR ID: 243453-12<br>BEYEL BROTHERS INC<br>PO BOX 6246<br>COCOA, FL 32923-6246 | CREDITOR ID: 388904-54<br>BEYER, DAVID J<br>4712 TODD STREET<br>LAKE WORTH, FL 33463 | CREDITOR ID: 392821-55<br>BEYER, DAVID J<br>C/O: W. TIM HRIVNAK<br>DAVIS & GIARDINO, PA<br>201 ARKONA COURT<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 400529-88<br>BEYL, CAROLYN<br>C/O BYARD PECK EDWARDS, JR.<br>900 J. W. DAVIS DR.<br>HAMMOND LA 70403 | CREDITOR ID: 242914-12<br>BF ASCHER & COMPANY INC<br>15501 W 109TH STREET<br>LENEXA, KS 66219-1307 | CREDITOR ID: 2742-04<br>BFI<br>2875 LOWERY STREET<br>WINSTON-SALEM NC 27101 |
| CREDITOR ID: 2740-04<br>BFI<br>ATTN: JOHN LILLY<br>2825 WEST CARTER VALLEY RD.<br>CHURCH HILL TN 37642 | CREDITOR ID: 2745-04<br>BFI<br>PO BOX 219<br>PINEVILLE NC 28134 | CREDITOR ID: 2741-04<br>BFI<br>ATTN: JACQUELINE WASHINGTON<br>2875 LOWERY STREET<br>WINSTON-SALEM NC 27101 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2743-04<br>BFI<br>3303 N. GLENN AVENUE<br>WINSTON-SALEM NC 27105 | CREDITOR ID: 381186-47<br>BFI<br>PO BOX 9001224<br>LOUISVILLE, KY 40290-1224 | CREDITOR ID: 2746-04<br>BFI<br>ATTN: ALICE RHODES<br>PO BOX 9001215<br>LOUISVILLE KY 40290-1215 |
| CREDITOR ID: 2744-04<br>BFI<br>341 24TH ST.<br>ROANOKE VA 24017 | CREDITOR ID: 2738-04<br>BFI<br>124 GREEN DR.<br>YORKTOWN VA 23692 | CREDITOR ID: 2739-04<br>BFI<br>1831 AVON STREET EXTENSION<br>CHRVILLE VA 22902 |
| CREDITOR ID: 382419-51<br>BFI<br>75 CURIS RD<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 395263-63<br>BFI<br>808 L & A ROAD<br>METAIRIE, LA 70001 | CREDITOR ID: 395508-64<br>BFI<br>PO BOX 830133<br>BALTIMORE, MD 21283 |
| CREDITOR ID: 2754-04<br>BFI & WASTE MANAGEMENT<br>PO BOX 9001607<br>LOUISVILLE KY 40290-1607 | CREDITOR ID: 243456-12<br>BFI GULF COAST<br>PO BOX 9001202<br>LOUISVILLE, KY 40290-1202 | CREDITOR ID: 243457-12<br>BFI MOBILE<br>PO BOX 9001625<br>LOUISVILLE, KY 40290-1625 |
| CREDITOR ID: 395264-63<br>BFI WASTE SERVICES<br>3720 VARNER DR<br>MOBILE, AL 36693-5645 | CREDITOR ID: 395510-64<br>BFI WASTE SYSTEMS<br>5910 COLLECTION ENTER DRIVE<br>NEW YORK, NY 10154 | CREDITOR ID: 243458-12<br>BFI/FLORIDA RECYCLING SERVICES<br>5910 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 393710-58<br>BFL BUY FOR LESS BUDGET OUTLET<br>8701 1-10 SERVICE ROAD<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 397205-67<br>BFL, INC.<br>8701 I-10 SERVICE ROAD<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 243459-12<br>BFNT LLC<br>PO BOX 905392<br>CHARLOTTE, NC 28290-5392 |
| CREDITOR ID: 243460-12<br>BFPE INTERNATIONAL<br>PO BOX 630067<br>BALTIMORE MD 21263-0067 | CREDITOR ID: 243461-12<br>BG HIGHLANDS LLC<br>DEPT# 5920W51407<br>PO BOX 931670<br>CLEVELAND, OH 44193 | CREDITOR ID: 1119-07<br>BG TURFWAY LLC<br>DEPT 591625WO2522<br>PO BOX 931572<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 243462-12<br>BG TURFWAY LLC<br>DEPT 591625WO2522<br>PO BOX 931572<br>CLEVELAND, OH 44193 | CREDITOR ID: 243463-12<br>BH HOLCOMB CONSULTING SERVICES<br>1266 SCOVILLE ROAD<br>LEXINGTON KY 40502 | CREDITOR ID: 1120-07<br>BHBS INC.<br>1910 ROSS MILL ROAD<br>HENDERSON NC 27536 |
| CREDITOR ID: 373882-44<br>BHC COLUMBIANA<br>3500 BLUE LAKE DR STE 499<br>BIRMINGHAM, AL 35243 | CREDITOR ID: 243466-12<br>BHC OCC MED REHAB & BACK CENTER<br>200 BEACON PARKWAY WEST<br>SUITE 330<br>BIRMINGHAM, AL 35209 | CREDITOR ID: 243467-12<br>BHR ADVANCING QUALLITY OF<br>LIFE BY DESIGN<br>1900 CORPORATE SQUARE BLVD<br>JACKSONVILLE FL 32216 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243468-12<br>BHR LLC<br>PO BOX 847663<br>DALLAS, TX 75284-7663 | CREDITOR ID: 2080-07<br>BHR LLC<br>PO BOX 847663<br>DALLAS, TX 75284-7663 | CREDITOR ID: 243469-12<br>BHS BASEBALL<br>103 GLIDER DRIVE<br>BRANDON MS 39042 |
| CREDITOR ID: 243470-12<br>BHS INC DBA HEALTH MONITORING<br>PO BOX 703<br>COLUMBUS MS 39703-0703 | CREDITOR ID: 243471-12<br>BIA CORDON BLEU<br>PO BOX 395<br>GALT, CA 95632 | CREDITOR ID: 315668-36<br>BIANCHI MACRON LLP<br>ATTN: GERARD DICONZA<br>390 OLD COUNTRY ROAD<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 385366-54<br>BIANCHI, CATHRINE<br>9310 N.W. 36TH PLACE<br>SUNRISE, FL 33351 | CREDITOR ID: 390674-55<br>BIANCHI, CATHRINE<br>C/O: BRADLEY WINSTON<br>WINSTON & CLARK, P.A.<br>8211 W. BROWARD BLVD<br>SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 404232-95<br>BIB MANAGEMENT CORP<br>PO BOX 451535<br>MIAMI FL 33245 |
| CREDITOR ID: 243473-12<br>BIB MANAGEMENT CORPORATION<br>7850 NORTHWEST 99 STREET<br>HIALEAH GARDENS, FL 33016-2414 | CREDITOR ID: 243474-12<br>BIBB CONTROL SYSTEMS<br>ATTN RICK REESE, SEC/TREAS<br>2909 LANIER HEIGHTS RD<br>MACON GA 31217 | CREDITOR ID: 243475-12<br>BIBB COUNTY HEALTH DEPT<br>PO BOX 126<br>CENTREVILLE AL 35042 |
| CREDITOR ID: 243477-12<br>BIBB MEDICAL ASSOCIATES<br>405 BELCHER STREET<br>CENTERVILLE AL 35042 | CREDITOR ID: 243478-12<br>BIBB SEPTIC TANK CLEANING<br>2545 BIRMINGHAM RD<br>CENTERVILLE, AL 35042 | CREDITOR ID: 243479-12<br>BIBBY AUTO & TRUCK REPAIR<br>15694 HIGHWAY 11 NORTH<br>COTTONDALE AL 35453 |
| CREDITOR ID: 243480-12<br>BIBEES LOCK & SECURITY<br>534 SOUTH SCALES ST<br>REIDSVILLE NC 27320 | CREDITOR ID: 243481-12<br>BIBLER & NEWMAN P A<br>PO BOX 47068<br>WITCHITA KS 67201 | CREDITOR ID: 243482-12<br>BIC CORPORATION<br>PO BOX 40000 DEPT#399<br>HARTFORD, CT 06151-0399 |
| CREDITOR ID: 404233-95<br>BIC CORPORATION<br>ATTN: PENNY KOZAK<br>PO BOX 40000 DEPT #399<br>HARTFORD CT 61510399 | CREDITOR ID: 279342-36<br>BIC USA INC.<br>C/O PAUL FLORIDIA<br>500 BIC DRIVE<br>MILFORD  CT 06460 | CREDITOR ID: 243949-12<br>BICKFORD, BRIAN<br>1625 SANTA ANITA DRIVE<br>LYNN HAVEN FL 32444 |
| CREDITOR ID: 389975-54<br>BICSAK, MARY<br>243 MALIBU CIRCLE<br>WEST PALM BEACH FL 33413 | CREDITOR ID: 400591-91<br>BIDDULPH, SCOTT L<br>721 OAK GROVE RD.<br>MCDONOUGH GA 30253 | CREDITOR ID: 403603-94<br>BIDDULPH, SCOTT L<br>721 OAK GROVE ROAD<br>MCDONOUGH GA 30253 |
| CREDITOR ID: 389277-54<br>BIDWELL, CONSTANCE<br>3530 THOMAS AVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 393107-55<br>BIDWELL, CONSTANCE<br>C/O: KATHLEEN SUMNER<br>LAW OFFICES OF KATHLEEN SUMNER<br>P.O BOX 7915<br>GREENSBORO NC 27417 | CREDITOR ID: 258454-12<br>BIEHL, PHILIP<br>328 LATTINTOWN ROAD<br>MARLBORO, NY 12542 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.             **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 388765-54<br>BIERMAN, DEBORAH<br>5131 SW 6TH STREET<br>MARGATE FL 33068 | CREDITOR ID: 400592-91<br>BIESCHKE, MICHAEL P<br>843 SE POLYNESIAN AVE<br>PORT ST LUCIE FL 34983-0396 | CREDITOR ID: 243483-12<br>BIG & LITTLE BROTHERS IN CHRIST<br>5732 NORMANDY BLVD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 243484-12<br>BIG BALL SPORTS LLC<br>313 FIFTH AVENUE<br>4TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 265467-31<br>BIG BEN SOLID WASTE INC<br>ATTN: BAN ARTIST<br>7350 PINEY WOODS RD<br>WATHA NC 28478-8810 | CREDITOR ID: 243485-12<br>BIG BROTHERS BIG SISTERS<br>SOUTHEAST LOUISIANA<br>3801 CANAL STREET SUITE 325<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 265468-31<br>BIG BRTHAS PRTBLE TOIL RENTALS<br>ATTN: DONALD REITENAUER<br>1718 EASTERN RD<br>DAYTONA BEACH FL 32119-2023 | CREDITOR ID: 243487-12<br>BIG EASY CHOCOLATE LLC DBA<br>MERLIN CANDIES<br>5612 JENSEN STREET<br>JEFFERSON, LA 70123 | CREDITOR ID: 243486-12<br>BIG EASY PARKING LOT MAINT LLC<br>PO BOX 1787<br>CHALMETTE, LA 70044-1787 |
| CREDITOR ID: 381735-15<br>BIG EASY PARKING LOT MAINT LLC<br>ATTN LISA C JAMES, OWNER<br>PO BOX 1787<br>CHALMETTE LA 70044-1787 | CREDITOR ID: 395608-65<br>BIG EASY SWEEPER<br>3313 VOLPE DRIVE<br>CHALMETTE, LA 70044 | CREDITOR ID: 243488-12<br>BIG EASY TRAVEL PLAZA<br>5000 OLD GENTILLY ROAD<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 243489-12<br>BIG LAND BAKERY, INC<br>2700 WEST 3RD COURT<br>HIALEAH, FL 33010 | CREDITOR ID: 243490-12<br>BIG O SERVICES INC<br>PO BOX 2404<br>TUPELO, MS 38803 | CREDITOR ID: 2081-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY, FL 33043 |
| CREDITOR ID: 243492-12<br>BIG REDS HOMESTYLE CHILI<br>PO BOX 1738<br>LONDON KY 40743 | CREDITOR ID: 243493-12<br>BIG RIVER GLASS INC<br>1956-B BEAUMONT DRIVE<br>BATON ROUGE LA 70806 | CREDITOR ID: 243494-12<br>BIG ROCK TRANSPORTATION<br>PO BOX 659<br>MARS HILL ME 04758 |
| CREDITOR ID: 243495-12<br>BIG SANDY RURAL ELECTRIC<br>504 11TH STREET<br>PAINTSVILLE, KY 41240-1422 | CREDITOR ID: 373885-44<br>BIG SANDY RURAL ELECTRIC<br>BOX 8 GLYN VIEW PLAZA<br>PRESTONBURG, KY 41653 | CREDITOR ID: 407624-15<br>BIG SHOT / RC BEVERAGE CO<br>C/O NATIONAL BEVERAGE<br>ATTN LAWRENCE PARENT, CREDIT DEPT<br>1 N UNIVERSITY DRIVE 4TH FLOOR<br>PLANTATION FL 33324 |
| CREDITOR ID: 243496-12<br>BIG SHOW FOODS INC<br>ATTN: DANIEL W LYNN SR, CFO<br>PO BOX 684<br>WAKE FOREST, NC 27588-0684 | CREDITOR ID: 243497-12<br>BIG SPRINGS INC<br>PO BOX 2709<br>HUNTSVILLE AL 35804 | CREDITOR ID: 243498-12<br>BIG TOP ENTERTAINMENT<br>PO BOX 6112<br>JACKSONVILLE FL 32236-6112 |
| CREDITOR ID: 243499-12<br>BIG WHEEL INC<br>42241 SOUTH MORRISON BLVD<br>HAMMOND, LA 70403 | CREDITOR ID: 403248-92<br>BIGBEE, MARY E.<br>7130 PINEBROOK DRIVE #701<br>NEW ORLEANS LA 70128 | CREDITOR ID: 387334-54<br>BIGGINS, ROBERT<br>2069 ST. GEORGE AVE<br>WINTER PARK, FL 32789 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 391909-55
BIGGINS, ROBERT
C/O ALEXANDER ZOUZOULAS
ALEXANDER ZOUZOULAS, ATTORNEY AT LAW
2070 SAINT GEORGE AVE
WINTER PARK FL 32789

CREDITOR ID: 406383-MS
BIGGS JR, WILLIAM L
704 PINEY PLACE
JACKVILLE FL 32259

CREDITOR ID: 243500-12
BIGGS PARK INC
PO BOX 967
ATTN CAROL PHILLIPS
LUMBERTON NC 28359-0967

CREDITOR ID: 269218-16
BIGGS PARK, INC
C/O CATHARINE B. ARROWOOD
PARKER, POE, ET AL.
150 FAYETTEVILLE ST MALL STE 1400
PO BOX 389
RALEIGH, NC 27602-0389

CREDITOR ID: 385796-54
BIGGS, NOVELETTE
1370 OCALA ROAD
TALLAHASSEE, FL 32303

CREDITOR ID: 391061-55
BIGGS, NOVELETTE
C/O PARKS & CRUMP, LLC
ATTN STENISE L ROLLE, ESQ
240 N MAGNOLIA DR
TALLAHASSEE FL 32301

CREDITOR ID: 400133-86
BIGGS, SHIRLEY
C/O SIEGEL,  815 WALKER, 16TH FLOOR
HOUSTON  TX 77002

CREDITOR ID: 387589-54
BIHM, JEFFERY J
404 GUILBEAU RD.
APT 113C
LAFAYETTE LA 70506

CREDITOR ID: 392077-55
BIHM, JEFFERY J
C/O: MICHAEL MILLER
MICHAEL B. MILLER
P.O. DRAWER 1630
CROWLEY LA 70527

CREDITOR ID: 388943-54
BILANCIONE, DELFORD DREW
1956 W. 44TH ST
JACKSONVILLE, FL 32209

CREDITOR ID: 389489-54
BILBO, LAMETRA
130 PINE DRIVE
HATTIESBURG MS 39401

CREDITOR ID: 388859-54
BILBO, PATTY
52 CYPRESS STREET
FREEPORT FL 32439

CREDITOR ID: 243501-12
BIL-JAC
3457 MEDINA ROAD
MEDINA OH 44256

CREDITOR ID: 243503-12
BILL ALEMAN INC
8900 SW 102 TERRACE
MIAMI FL 33176

CREDITOR ID: 243506-12
BILL DORAN COMPANY
C/O WHOLESALE FLOWERS
ATTN BILL DORAN / DONNA J RECCHIA
619 W JEFFERSON STREET
ROCKFORD IL 61103

CREDITOR ID: 243507-12
BILL ENGLISH JUDGE OF PROBATE
PO BOX 2266
OPELIKA AL 36803-2266

CREDITOR ID: 243508-12
BILL HARRIS LAWN SERVICE
PO BOX 210764
MONTGOMERY, AL 36121

CREDITOR ID: 243509-12
BILL HECKER AIA
3568 HAMPSHIRE DRIVE
BIRMINGHAM, AL 35223

CREDITOR ID: 243514-12
BILL LYKENS & SON WELDING
1500 4TH AVE S
BIRMINGHAM AL 35233-1613

CREDITOR ID: 373893-44
BILL WILLIAMS AIR & HEATING
HEATING INC
PO BOX 6779
JACKSONVILLE, FL 32236-6779

CREDITOR ID: 243519-12
BILL WILLIAMS AIR CONDITIONING
AND HEATING INC
PO BOX 6779
JACKSONVILLE FL 32236

CREDITOR ID: 243518-12
BILL WILLIAMS AIR CONDITIONING
3562 LENOX AVENUE
JACKSONVILLE FL 32236

CREDITOR ID: 389108-54
BILLHIMER, FAUSTINA
409 SOUTHERN WAY
LAWRENCEVILLE, GA 30045

CREDITOR ID: 392995-55
BILLHIMER, FAUSTINA
C/O: BRYAN M. PRITCHETT
JOHN W. FOLSOM
3069 AMWILER RD. STE.
DORAVILLE GA 30360

CREDITOR ID: 395611-65
BILLINGS PUMPING SERVICE
203 W. CANAL,
PALM HARBOR, FL 34684

CREDITOR ID: 389959-54
BILLINGS, LINDA
807 SEVERN AVE
METAIRIE, LA 70001

CREDITOR ID: 393484-55
BILLINGS, LINDA
C/O FRANK G. DESALVO
FRANK G. DESALVO
201 SOUTH GALVEZ ST.
NEW ORLEANS LA 70119

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386232-54<br>BILLINGSLEY, B<br>250 N. KENTUCKY AVE<br>APT 18<br>DELAND FL 32724 | CREDITOR ID: 406053-93<br>BILLINGSLEY, RILEY K<br>C/O AUFFENORDE & AUFFENORDE<br>511 MADISON STREET<br>HUNTSVILLE AL 35801 | CREDITOR ID: 265469-31<br>BILLS IMPORTS<br>ATTN: BILL WILLIS<br>112 JORDAN DR<br>LA VERGNE TN 37086-2819 |
| CREDITOR ID: 395609-65<br>BILL'S MAINTENANCE<br>2600 SHAWNEE WAY<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 395610-65<br>BILL'S MAINTENANCE<br>2700 SHAWNEE WAY<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 243527-12<br>BILLS SIGNS & SERVICE INC<br>5765 MANDY LN<br>TALLAHASSEE, FL 32304 |
| CREDITOR ID: 243528-12<br>BILLS STAMPS & ENGRAVING<br>102 LEYSWOOD DR<br>GREENVILLE, SC 29615-1027 | CREDITOR ID: 243529-12<br>BILLS TRUCK STOP<br>1210 SNIDER KINES RD<br>LINWOOD, NC 27299 | CREDITOR ID: 243532-12<br>BILLY KEATON PENDERGRAFT<br>108 HUNTER STREET<br>APEX, NC 27502 |
| CREDITOR ID: 243539-12<br>BILLYS BROKERAGE SERVICE INC<br>PO BOX 690116<br>VERO BEACH FL 32969-0116 | CREDITOR ID: 243540-12<br>BILOXI HIGH TOUCHDOWN CLUB<br>2384 PASS ROAD<br>BILOXI MS 39531 | CREDITOR ID: 384012-47<br>BIMBO BAKERIES USA<br>PO BOX 841364<br>DALLAS, TX 75284-1364 |
| CREDITOR ID: 403438-15<br>BIMBO BAKERIES USA<br>ATTN JOHN TAYLOR, CR MGR<br>140 N AVIATION BLVD<br>EL SEGUNDO CA 90245 | CREDITOR ID: 243542-12<br>BIMM RIDDGER SPORTSWEAR<br>1600 3RD STREET SE<br>CEDAR RAPIDS IA 52401 | CREDITOR ID: 243543-12<br>BINGO BAKERY INC<br>2125 N.W. 8TH AVE<br>MIAMI, FL 33128 |
| CREDITOR ID: 381970-36<br>BINNEY & SMITH INC<br>ATTN BONNIE WERKHEISER<br>1100 CHURCH LANE<br>PO BOX 431<br>EASTON PA 18044-0431 | CREDITOR ID: 243544-12<br>BINNEY & SMITH INC<br>PO BOX 730382<br>DALLAS, TX 75373-0382 | CREDITOR ID: 404235-95<br>BINNEY & SMITH INC<br>ATTN TRACY SCHAPPELL<br>1100 CHURCH LANE<br>EASTON PA 18044 |
| CREDITOR ID: 253963-12<br>BINNEY, KIM M<br>2524 CRESTRIDGE CIRCLE<br>MARRERO LA 70072 | CREDITOR ID: 406384-MS<br>BINNEY, ROBERT<br>2524 CRESTRIDGE CIRCLE<br>MARRCO LA 70072 | CREDITOR ID: 243545-12<br>BINSWANGER<br>TWO LOGAN SQUARE<br>PHILADELPHIA PA 19103-2759 |
| CREDITOR ID: 381939-15<br>BINSWANGER GLASS<br>ATTN JOHN LUMPKIN, MGR<br>2931 LIME STREET<br>METAIRIE LA 70006 | CREDITOR ID: 399669-YY<br>BINSWANGER GLASS 536<br>PO BOX 172321<br>MEMPHIS TN 38187-2321 | CREDITOR ID: 243546-12<br>BINSWANGER GLASS COMPANY<br>ATTN: WW GOULD III, CREDIT MNGR<br>PO BOX 172321<br>MEMPHIS, TN 38187-2321 |
| CREDITOR ID: 388155-54<br>BINYARD, TERESA<br>360 RIVER CHASE DRIVE<br>JONESBORO GA 30238 | CREDITOR ID: 243547-12<br>BIO PARAMETERS<br>C/O ANDERSON<br>577 CRANE PRAIRIE WAY<br>OSPREY FL 34229-7800 | CREDITOR ID: 243548-12<br>BIOCONTROL SYSTEMS INC<br>12822 S E 32ND STREET<br>BELLEVUE WA 98005 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265471-31<br>BIODIVERSITY PROJECT<br>ATTN: WENDELL BIDDIX<br>126 SCHOOL RD<br>BAKERSVILLE NC 28705-9533 | CREDITOR ID: 265470-31<br>BIO-ENVIRONMENTAL RESOURCES<br>ATTN: LORI RAYNOR<br>521 SEAHORSE RUN<br>CHESAPEAKE VA 23320-2099 | CREDITOR ID: 243549-12<br>BIOFILM INC<br>3225 EXECUTIVE RIDGE<br>VISTA, CA 92081 |
| CREDITOR ID: 404236-95<br>BIOFILM INC<br>3121 SCOTT STREET<br>VISTA CA 92083 | CREDITOR ID: 243550-12<br>BIOGANIC SAFETY BRANDS INC<br>318 SEABOARD LANE STE 202<br>FRANKLIN TN 37067 | CREDITOR ID: 265472-31<br>BIOLAKES INC<br>ATTN: MARK ROGERS<br>318 NE 3RD ST<br>BOCA RATON FL 33432-4018 |
| CREDITOR ID: 243551-12<br>BIOLOGIX<br>1561 FAIRVIEW AVENUE<br>ST LOUIS, MO 63132 | CREDITOR ID: 243552-12<br>BIOMERIEUX INC<br>ATTN CLARY CHESTON<br>PO BOX 500308<br>ST LOUIS MO 63150-0308 | CREDITOR ID: 395265-63<br>BIOMERIOUX INDUSTRY<br>595 ANGLUM RD.<br>HAZELWOOD, MO 63042 |
| CREDITOR ID: 400080-84<br>BIONDOLILLO, ROBERT<br>2203 SE SANTA BARBARA<br>CAPE CORAL FL 33990 | CREDITOR ID: 400426-85<br>BIONDOLILLO, ROBERT<br>C/O BARRY A ROTH ESQ<br>GOLDSTEIN, BUCKLEY, CECHMAN,RICE & PURTZ<br>PO BOX 2366<br>FORT MYERS FL 33902-2366 | CREDITOR ID: 243553-12<br>BIOSYSTEMS INC<br>PO BOX 414543<br>BOSTON, MA 02241-4543 |
| CREDITOR ID: 243554-12<br>BIOTRACE<br>PO BOX 746<br>BOTHELL WA 98041 | CREDITOR ID: 243555-12<br>BIRCHWOOD FOODS<br>BIN #53012<br>MILWAUKEE, WI 53288 | CREDITOR ID: 279206-35<br>BIRCHWOOD FOODS - KENOSHA<br>ATTN: DENNIS STIENSTRA<br>CORPORATE HEADQUARTERS<br>KENOSHA WI 53141 |
| CREDITOR ID: 243556-12<br>BIRD IN HAND FARMS<br>PO BOX 821021<br>PHILADELPHIA PA 19182-0001 | CREDITOR ID: 243557-12<br>BIRD SERVICES<br>237 OBRIEN ROAD<br>FERN PARK FL 32730-2820 | CREDITOR ID: 2083-07<br>BIRD SQUARE PLAZA MANAGEMENT<br>12185 S. DIXIE HIGHWAY<br>MIAMI, FL 33156 |
| CREDITOR ID: 243558-12<br>BIRD SQUARE PLAZA MANAGEMENT INC<br>12185 S DIXIE HWY<br>MIAMI, FL 33156 | CREDITOR ID: 243559-12<br>BIRDS EYE FOODS<br>C/O BANK OF AMERICA<br>PO BOX 98222<br>CHICAGO, IL 60693 | CREDITOR ID: 279207-35<br>BIRDS EYE FOODS<br>ATTN: CHERYL L. RANALLETTA<br>P.O. BOX 20670<br>ROCHESTER NY 14602 |
| CREDITOR ID: 278852-30<br>BIRDSEYE<br>C/O BANK OF AMERICA<br>PO BOX 98222<br>CHICAGO IL 60693 | CREDITOR ID: 243560-12<br>BIRKO CORP<br>9152 YOSEMITE ST<br>HENDERSON CO 80640 | CREDITOR ID: 382239-51<br>BIRMINGHAM CULTURAL AND HERITAGE<br>FOUNDATION, INC., THE<br>PO BOX 2266<br>BIRMINGHAM, AL 35201 |
| CREDITOR ID: 243561-12<br>BIRMINGHAM CULTURAL&HERTIAGE FOUNDA<br>DBA CITY STAGES<br>1929 3RD AVENUE NORTH SUITE 900<br>BIRMINGHAM AL 35203 | CREDITOR ID: 399632-15<br>BIRMINGHAM HIDE & TALLOW<br>ATTN LAURIE STEWART<br>2700 FIRST AVE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 243562-12<br>BIRMINGHAM HIDE & TALLOW CO INC<br>PO BOX 1596<br>BIRMINGHAM, AL 35201 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243563-12<br>BIRMINGHAM MANUFACTURING INC<br>PO BOX 70<br>BIRMINGHAM, IA 52535 | CREDITOR ID: 132-03<br>BIRMINGHAM METRO TECHNOLOGY<br>255 RIVERCHASE  PKWY<br>BIRMINGHAM AL 35244 | CREDITOR ID: 243565-12<br>BIRMINGHAM NEWS<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0025 |
| CREDITOR ID: 373908-44<br>BIRMINGHAM NEWS<br>2200 4TH AVE N<br>BIRMINGHAM AL 35203 | CREDITOR ID: 243564-12<br>BIRMINGHAM NEWS<br>CASHIER YEAGER<br>PO BOX 2553<br>BIRMINGHAM, AL 35202-2553 | CREDITOR ID: 265473-14<br>BIRMINGHAM RACING COMMISSION<br>ATTN: MICHAEL G KENDRICK<br>2101 6TH AVE N STE 725<br>BIRMINGHAM AL 35203-2776 |
| CREDITOR ID: 315741-40<br>BIRMINGHAM REALTY CO<br>ATTN:  ACCOUNTING DEPT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242-4202 | CREDITOR ID: 1125-07<br>BIRMINGHAM REALTY CO.<br>ATTN:  ACCOUNTING DEPT.<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242-4202 | CREDITOR ID: 265474-31<br>BIRMINGHAM REGIONAL PLG COMM<br>ATTN: LARRY WATTS<br>2112 11TH AVE S STE 220<br>BIRMINGHAM AL 35205-2844 |
| CREDITOR ID: 243568-12<br>BIRMINGHAM TOLEDO INC<br>ATTN DENISE HICK<br>3620 VANN RD<br>BIRMINGHAM, AL 35235 | CREDITOR ID: 265475-31<br>BIRMINGHAM URBAN LEAGUE INC<br>ATTN: ELAINE JACKSON<br>1229 3RD AVE N<br>BIRMINGHAM AL 35203-1628 | CREDITOR ID: 243570-12<br>BIRMINGHAM WEELKY<br>2257 HIGHLAND AVENUE SOUTH<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 243571-12<br>BIRO MANUFACTURING CO<br>1114 W MAIN STREET<br>MARBLEHEAD OH 43440-2099 | CREDITOR ID: 243572-12<br>BISHOP BROSSART HIGH SCHOOL<br>GROVE & JEFFERSON<br>STORE#500<br>ALEXANDRIA KY 41001 | CREDITOR ID: 243573-12<br>BISHOP KENNEY HIGH SCHOOL<br>1055 KINGMAN AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 245368-12<br>BISHOP, CHRISTY<br>716 EUREKA DRIVE<br>VERSAILLES KY 40383 | CREDITOR ID: 386217-54<br>BISHOP, SARA<br>2872  CLARK STREET<br>APOPKA FL 32703 | CREDITOR ID: 391357-55<br>BISHOP, SARA<br>C/O: ANGELA FERGUSON, ESQ.<br>232 HILLCREST ST.<br>ORLANDO FL 32801 |
| CREDITOR ID: 387307-54<br>BISHOP, SHERRY<br>7845 WHITE HORSE RD<br>GREENVILLE, SC 29617 | CREDITOR ID: 388641-54<br>BISHOP, TIFFANY<br>824 G STREET<br>HARTSVILLE SC 29550 | CREDITOR ID: 392691-55<br>BISHOP, TIFFANY<br>C/O: GERALD MALLOY<br>314 WEST CAROLINA AVENUE<br>HARTSVILLE SC 29550 |
| CREDITOR ID: 243574-12<br>BISHOPS BARBECUE<br>10 L O BISHOP LANE<br>CHEROKEE, AL 35616 | CREDITOR ID: 386125-54<br>BISMARK, LILLIAN<br>5808 SOUTH 37TH STREET<br>GREENACRES, FL 33463 | CREDITOR ID: 381995-36<br>BISSELL HOMECARE, INC<br>JAMES M RACINOWSKI<br>2345 WALKER - NW<br>GRAND RAPIDS MI 49544-2516 |
| CREDITOR ID: 404237-95<br>BISSELL INC<br>RITEWAY SALES & MARKETING<br>6817 SOUTHPOINT PARKWAY<br>SUITE 1201<br>JACKSONVILLE FL 32216 | CREDITOR ID: 243575-12<br>BISSELL INC<br>PO BOX 73669-0<br>CHICAGO, IL 60673-7669 | CREDITOR ID: 243576-12<br>BISSETT PLUMBING INC<br>15025 PALAMINO DR<br>GULFPORT, MS 39503 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243577-12<br>BISSONET PLAZA<br>6818 KAWANEE AVE<br>METAIRIE, LA 70003 | CREDITOR ID: 380982-47<br>BITNER GOODMAN<br>5310 NW 33RD AVENUE<br>SUITE 218<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 382420-51<br>BITTER, DALE<br>133 INDIAN COVE LANE<br>PONTE VEDRA BEACH, FL 32082 |
| CREDITOR ID: 389863-54<br>BIVENS, LLC<br>KELSEY LYNN CT.<br>TOWNSEND, DE 19734 | CREDITOR ID: 243579-12<br>BIVINS DIESEL SERVICE INC<br>1613 N POST RD<br>SHELBY, NC 28150 | CREDITOR ID: 388980-54<br>BIVINS, FRANCES<br>7256 118TH STREET<br>JACKSONVILLE, FL 32244 |
| CREDITOR ID: 392882-55<br>BIVINS, FRANCES<br>C/O: ASHWIN SHARMA<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406385-MS<br>BIZZELL, STEPHEN K.<br>6804 FABIANO ST.<br>PENSACOLA FL 32506 | CREDITOR ID: 265476-31<br>BJ DEVELOPMENT LLC<br>ATTN: JOHN L FISHER<br>1600 GOLD HILL RD E<br>MOUNT PLEASANT NC 28124-9208 |
| CREDITOR ID: 243581-12<br>BJCC<br>2100 RICHARD ARRINGTON BLVD N<br>ATTN DEBRA HARRIS<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 390176-54<br>BJORK, BONNIE<br>401 BLDG F<br>LAUDERHILL, FL 33313-7064 | CREDITOR ID: 243582-12<br>BJS PLUMBING & HEATING<br>225 EAST MAIN STREET<br>VILLE PLATTE LA 70586 |
| CREDITOR ID: 243580-12<br>BJ'S WHOLESALE CLUB<br>1 MERCER ROAD<br>NATICK MA 01760 | CREDITOR ID: 243583-12<br>BK GIULINI CORPORATION<br>DEPT NO 1816<br>LOS ANGELES CA 90084-1816 | CREDITOR ID: 243584-12<br>BK INSTRUMENTATION CALIBRATION SVCS<br>ATTN BRIAN KILLINGSWORTH, VP<br>3411 JARROD LANE<br>LAKELAND FL 33810 |
| CREDITOR ID: 243585-12<br>BKI<br>PO BOX 80400<br>SIMPSONVILLE SC 29680-0400 | CREDITOR ID: 243586-12<br>BKI INDUSTRIES<br>PO BOX 751480<br>CHARLOTTE NC 28275-1480 | CREDITOR ID: 243587-12<br>BLACK & DECKER INC<br>PO BOX 98692<br>CHICAGO, IL 60693 |
| CREDITOR ID: 243588-12<br>BLACK BOX CORP<br>PO BOX 371671<br>PITTSBURGH, PA 15251-7671 | CREDITOR ID: 243589-12<br>BLACK GOLD COMMITTEE OF BELLE GLADE<br>PO BOX 1774<br>BELLE GLADE FL 33430 | CREDITOR ID: 265477-31<br>BLACK MOUNTAIN TOWN OF<br>ATTN: JERRY WOOD<br>106 MONTREAT RD<br>BLACK MOUNTAIN NC 28711-3116 |
| CREDITOR ID: 243827-12<br>BLACK, BRAD<br>4902 COUNTRY TRAILS DRIVE<br>POLK CITY FL 33868 | CREDITOR ID: 244685-12<br>BLACK, CARRIE C<br>14381 HORSESHOE TRACE<br>WELLINGTON FL 33414 | CREDITOR ID: 387271-54<br>BLACK, PATRICIA<br>7024 NW 63 ST<br>TAMARAC, FL 33321 |
| CREDITOR ID: 391855-55<br>BLACK, PATRICIA<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>WACHOVIA CENTER, SUITE 1100<br>200 EAST BROWARD BOULEVARD<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 392231-55<br>BLACK, THERESA Y<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN RONALD M SIMON, ESQ<br>1001 BRICKELL BAY DRIVE STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 387948-54<br>BLACK, THERESA Y<br>160 NW 14TH ST APT 2<br>POMPANO BEACH, FL 33060 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 265478-14
BLACKBURNS
ATTN: WANDA BLACKBURN
3140 OLD NEW CUT RD
SPRINGFIELD TN 37172-5716

CREDITOR ID: 243590-12
BLACKFLOW SOLUTIONS INC
CORPORATE OFFICE
931 HWY 80 WEST
JACKSON MS 39204

CREDITOR ID: 243591-12
BLACKLEYS PRINTING
229 EAST MAIN STREET
CLAYTON NC 27520

CREDITOR ID: 243592-12
BLACKMAN DETECTIVE SERVICES
PO BOX 25455
RALEIGH NC 27611

CREDITOR ID: 406386-MS
BLACKMON, DENNIS
3215 OPEN MEADOW LOOP
OVIEDO FL 32766

CREDITOR ID: 387718-54
BLACKMON, MONICA
430 DANIELL CIRCLE
JACKSON MS 39212

CREDITOR ID: 262456-12
BLACKMON, TAMBRA
252 LEE ROAD
VALLEY, AL 36854

CREDITOR ID: 243593-12
BLACKS TIRE INC
1415 E MAIN ST    PO BOX 1
WESTMINSTER SC 29693

CREDITOR ID: 265479-31
BLACKSBURG VA POLYTECHNIC INST
ATTN: MICHAEL VAUGHT
5277 PRICES FORK RD
BLACKSBURG VA 24063

CREDITOR ID: 243594-12
BLACKSEAL LLC
95 MILLCREEK PARKEWAY
COLUMBIA SC 29209

CREDITOR ID: 243595-12
BLACKSHEAR TIMES
PO BOX 410
BLACKSHEAR, GA 31516-0410

CREDITOR ID: 406387-MS
BLACKSHEAR, CLIFFORD L
1210 PINE CIRCLE
MACCLENNY FL 32063

CREDITOR ID: 406206-G4
BLACKSTONE GROUP
345 PARK VENUE
NEW YORK NY 10154

CREDITOR ID: 279407-99
BLACKSTONE GROUP LP, THE
ATTN: FLIP HUFFARD
345 PARK AVENUE
NEW YORK, NY 10010

CREDITOR ID: 395386-64
BLACKSTONE GROUP LP, THE
ATTN: RAMESH CHAKRAPANI
345 PARK AVENUE
NEW YORK, NY 10010

CREDITOR ID: 262773-12
BLACKSTONE GROUP LP, THE
ATTN: ERIC KATZ
345 PARK AVENUE
NEW YORK, NY 10154

CREDITOR ID: 377319-44
BLACKSTONE GROUP LP, THE
ATTN: PAUL SCHLAAK
345 PARK AVENUE
NEW YORK NY 10154

CREDITOR ID: 400134-86
BLACKSTONE, SAMUEL
700 UNIVERSITY BLVD.
MOBILE  AL 36609

CREDITOR ID: 243596-12
BLACKWELL MILL
PO BOX 966
JOHNSONVILLE, SC 29555-0966

CREDITOR ID: 404238-95
BLACKWELL MILL
1304 VOX HIGHWAY
JOHNSONVILLE SC 29555

CREDITOR ID: 389725-54
BLACKWELL, LEWIS
900 WASHINGTON AVE
SOUTH BOSTON VA 24592

CREDITOR ID: 390375-54
BLACKWELL, MARGE P
C/O JOSEPH G. STEWART JR.
PO BOX 911
MONTGOMERY, AL 36101

CREDITOR ID: 386291-54
BLACKWOOD, SHEILA
6712 9 MILE AZLE ROAD
FT. WORTH TX 76135

CREDITOR ID: 243597-12
BLADEN COUNTY HOSPITAL
PO BOX 398
ELIZABETHTOWN, NC 28337-0398

CREDITOR ID: 317312-42
BLADEN COUNTY REVENUE COMMISSIONER
PO BOX 385
ELIZABETHTOWN NC 28337-0385

CREDITOR ID: 265480-31
BLADEN COUNTY SOLID WASTE MGT
ATTN: EDWIN DOWLESS
1522 MERCER MILL RD
ELIZABETHTOWN NC 28337

CREDITOR ID: 265481-14
BLADEN COUNTY TAX ASSESSOR
ATTN: BETTY B SMITH
166 E BROAD ST RM 109
ELIZABETHTOWN NC 28337-8999

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243599-12<br>BLADEN JOURNAL<br>PO BOX 70<br>ELIZABETHTOWN, NC 28337 | CREDITOR ID: 243600-12<br>BLADES TRACTOR LLC<br>12323 HWY 1048<br>ROSELAND LA 70456 | CREDITOR ID: 389028-54<br>BLADES, DONNA<br>609 E WHITENY DR<br>JUPITER, FL 33458 |
| CREDITOR ID: 243601-12<br>BLAIN CERAME<br>13350 LESTER HODGES ROAD<br>WALKER LA 70785 | CREDITOR ID: 1126-07<br>BLAINE LAKE LLC<br>C/O LAMAR ASSET MGMT.<br>365 SOUTH STREET<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 243603-12<br>BLAINE LAKE LLC<br>C/O LAMAR ASSET MGMT<br>365 SOUTH STREET<br>MORRISTOWN, NJ 07960 |
| CREDITOR ID: 387449-54<br>BLAIR, ELBERT<br>1110 33RD STREET SOUTH<br>SAINT PETERSBURG FL 33712 | CREDITOR ID: 404239-95<br>BLAIREX LABORATORIES<br>ATTN PATTY GUSHWA<br>P O BOX 2127<br>COLUMBUS IN 47202 | CREDITOR ID: 243604-12<br>BLAIREX LABORATORIES, INC<br>ATTN: GLENN A DODGE, CFO<br>PO BOX 2127<br>COLUMBUS, IN 47202-2127 |
| CREDITOR ID: 397270-69<br>BLAKE & PENDLETON<br>11501 COLUMBIA PARK DR W, STE 208<br>JACKSONVILLE, FL 32258 | CREDITOR ID: 404240-95<br>BLAKE & PENDLETON INC<br>PO BOX 101187<br>ATLANTA GA 30392-1187 | CREDITOR ID: 243605-12<br>BLAKE & PENDLETON INC<br>PO BOX 890899<br>CHARLOTTE, NC 28289-0899 |
| CREDITOR ID: 399468-82<br>BLAKE, BRYAN<br>17610 NW 11TH AVENUE<br>MIAMI  FL 33169 | CREDITOR ID: 247028-12<br>BLAKE, CORRINE T<br>8060 NW 21 COURT<br>SUNRISE FL 33322 | CREDITOR ID: 406388-MS<br>BLAKE, D.H.<br>6627 NEW CASTLE RD.<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 406389-MS<br>BLAKELY JR, R F<br>629 RIVERVIEW AVE<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 387880-54<br>BLAKELY, MARTHA<br>2327 KILBORNE DRIVE<br>CHARLOTTE, NC 28205 | CREDITOR ID: 392162-55<br>BLAKELY, MARTHA<br>C/O SMITH &  SMITH, PA<br>ATTN TIMOTHY M SMITH, ESQ<br>900 BAXTER STREET, SUITE 109<br>CHARLOTTE NC 28204 |
| CREDITOR ID: 256201-12<br>BLAKMUR, MICHAEL<br>6828 STERLING GREENS PLACE<br># 406<br>NAPLES FL 34104 | CREDITOR ID: 404242-95<br>BLANC INDUSTRIES<br>37 IRONIA RD<br>FLANDERS NJ 07836 | CREDITOR ID: 243608-12<br>BLANC INDUSTRIES<br>ATTN MARY B WOOD, OFF MGR<br>88 KING STREET<br>DOVER, NJ 07801 |
| CREDITOR ID: 398149-77<br>BLANC, GINETTE<br>C/O THE ALLEN FIRM<br>ATTN FRANK T ALLEN, ESQ<br>605 E ROBINSON STREET, SUITE 130<br>ORLANDO, FL 32801 | CREDITOR ID: 397962-76<br>BLANC, GINETTE<br>1769 GRANDE POINTE BLVD APT 12101<br>ORLANDO, FL 32839 | CREDITOR ID: 2084-07<br>BLANCHARD & CALHOUN<br>699 BROAD STREET, SUITE 400<br>AUGUSTA GA 30901 |
| CREDITOR ID: 315742-40<br>BLANCHARD & CALHOUN REAL ESTATE<br>PO BOX 1808<br>AUGUSTA, GA 30903-1808 | CREDITOR ID: 243611-12<br>BLANCHARD DIST INC<br>3114 GEORGIA A<br>KENNER LA 70065 | CREDITOR ID: 243612-12<br>BLANCHARD REFRIGERATION<br>CONSTRACTORS INC<br>PO BOX 580<br>109 WEST CHURCH STREET<br>ROSE HILL, NC 28458 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388876-54<br>BLANCHE, MARY<br>3743 BERKLEY RD<br>MONTGOMERY, AL 36116 | CREDITOR ID: 245322-12<br>BLANCHETT, CHRISTINE<br>15195 SW 75TH AVENUE<br>STARKE, FL 32091 | CREDITOR ID: 387202-54<br>BLANCHFIELD, DOREENA<br>16633 89TH AVE<br>9A<br>JAMAICA, NY 11432 |
| CREDITOR ID: 389300-54<br>BLANCO, RICARDO<br>P.O. BOX 127545<br>HIALEAH FL 33012 | CREDITOR ID: 393124-55<br>BLANCO, RICARDO<br>C/O: BRADLEY D. ASNIS, ESQ.<br>ASNIS & SREBNICK, P.A.<br>44 WEST FLAGLER  SUITE 2250<br>MIAMI FL 33130 | CREDITOR ID: 387282-54<br>BLANCO, TERESITA<br>2176 NW 27TH STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 391867-55<br>BLANCO, TERESITA<br>C/O: ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 FINANCIAL CENTRE<br>9350 S. DIXIE HIGHWAY #1110<br>MIAMI FL 33156 | CREDITOR ID: 243614-12<br>BLAND FARMS<br>1126 RAYMOND BLAND ROAD<br>GLENNVILLE GA 30427 | CREDITOR ID: 381851-99<br>BLANK ROME LLP<br>ATTN: JASON W STAIB<br>CHASE MANHATTAN CENTRE<br>102 MARKET ST, STE 800<br>WILMINGTON DE 19801 |
| CREDITOR ID: 387460-54<br>BLANKENSHIP, J<br>11742 WYNELL RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 391992-55<br>BLANKENSHIP, R<br>C/O: GREG TAUSSIG<br>GREG TAUSSIG<br>1640 STARLING<br>SARASOTA FL 34231 | CREDITOR ID: 400374-85<br>BLANTON, EARL<br>C/O EARL BLANTON<br>PRO SE<br>5226 HASTINGS WAY<br>JACKSON MS 39206-3101 |
| CREDITOR ID: 394189-56<br>BLANTON, EARL<br>5226 HASTINGS WAY<br>JACKSON, MS 39206-3101 | CREDITOR ID: 248824-12<br>BLANTON, EDWIN F<br>ATTORNEY AT LAW<br>825 THOMASVILLE ROAD<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 244583-12<br>BLAUSTEIN, CARMEN<br>1141 SW 12TH  STREET<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 406390-MS<br>BLAZEK, BOBBY L.<br>3103 MONTIES LANE<br>ARLINGTON TX 76015 | CREDITOR ID: 243615-12<br>BLAZERS<br>PO BOX 803<br>GREENWOOD, SC 29648-0803 | CREDITOR ID: 373919-44<br>BLEDSOE, GD<br>4324 OLD DOERUN ROAD<br>MOULTRIE, GA 31768 |
| CREDITOR ID: 406391-MS<br>BLEDSOE, GERALD D.<br>4334 OLD DOERUN RD.<br>MOULTRIE GA 31768 | CREDITOR ID: 386224-54<br>BLEDSOE, MARYANN<br>4030 VALLEY LANE<br>TITUSVILLE FL 32780 | CREDITOR ID: 391362-55<br>BLEDSOE, MARYANN<br>C/O: PAUL MORGAN, ESQ.<br>MORGAN & VANDINGENEN, P.A.<br>1099 W. MORSE BLVD<br>SUITE # 2000<br>WINTER PARK FL 32789 |
| CREDITOR ID: 389990-54<br>BLEDSOE, MELANIE<br>3097 PINE OAK LANE<br>CHIPLEY FL 32428 | CREDITOR ID: 373920-44<br>BLENDCO<br>PO BOX 24023<br>DEPT 03-009<br>JACKSON, MS 39225-4023 | CREDITOR ID: 243616-12<br>BLENDCO INC<br>PO BOX 24023<br>DEPT 03-009<br>JACKSON, MS 39225-4023 |
| CREDITOR ID: 404243-95<br>BLENDCO INC<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39403 | CREDITOR ID: 243617-12<br>BLEVINS ELECTRIC INC<br>ATTN RICHARD BLEVINS, PRES<br>PO BOX 5609<br>5351 FORT HENRY DRIVE<br>KINGSPORT TN 37663-5609 | CREDITOR ID: 387355-54<br>BLEVINS, MARGARET<br>94715  NORTH RIDGE ROAD<br>CALEDONIA, MS 39740 |

**SERVICE LIST**

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 391928-55
BLEVINS, MARGARET
C/O: WILLIMA P. STARKS, II, ESQ.
STUDDARD LAW FIRM
PO BOX 1346
COLUMBUS MS 39703

CREDITOR ID: 406392-MS
BLEVINS, RICHARD S.
2025 CLAYTON AVE. S.W.
DECAUTER AL 35601

CREDITOR ID: 243618-12
BLEYER INDUSTRIES
PO BOX 9019
VALLEY STREAM NY 11582-9019

CREDITOR ID: 243619-12
BLISTEX INC
135 S LASALLE DEPT 5141
CHICAGO, IL 60674-5141

CREDITOR ID: 404244-95
BLISTEX INC
P O BOX 98106
CHICAGO IL 60693-8106

CREDITOR ID: 381780-15
BLISTEX INC
ATTN DANIEL S LISZKA, CR MGR
1800 SWIFT DRIVE
OAK BROOK IL 60523

CREDITOR ID: 406393-MS
BLITCHINGTON, ROBERT
1431 DANBURY RD.
JACKSONVILLE FL 32205

CREDITOR ID: 243941-12
BLITZ, BRIAN A
8726 TOWN & COUNTRY BLVD S. 205
ELLICOTT CITY, MD 21043

CREDITOR ID: 243620-12
BLOCK-DICKSON INC
22 COMMERCE CT
NEW ORLEANS, LA 70123-3225

CREDITOR ID: 388655-54
BLOCKER, THETIS
PO BOX 2433
VIDALIA GA 30475

CREDITOR ID: 243621-12
BLOEMERS
925 SOUTH SEVENTH STREET
LOUISVILLE KY 40202-3301

CREDITOR ID: 386237-54
BLOISE, ANTHONY A
15141 SWEETGUM STREET
DELRAY BEACH FL 33446

CREDITOR ID: 391369-55
BLOISE, ANTHONY A
C/O: MARIO R. ARANGO
LAW OFFICES OF WEINSTEIN & ARANGO
1550 NE MIAMI GARDENS DR., SUI
MIAMI FL 33179

CREDITOR ID: 243622-12
BLOMMER CHOCOLATE CO
C/O MARSHALL & ILSLEY BANK
BIN 175
MILWAUKEE WI 53288-0175

CREDITOR ID: 373921-44
BLOMMER CHOCOLATE COMPANY
PO BOX 7777
W-501997
PHILADELPHIA, PA 19175-1997

CREDITOR ID: 243623-12
BLOMMER CHOCOLATE COMPANY
PO BOX 152
SOUTHEASTERN PA 19399-0152

CREDITOR ID: 406394-MS
BLOODWORTH, RALPH M.
P.O. BOX 43
CITRA FL 32113

CREDITOR ID: 243624-12
BLOOMBERG
PO BOX 30244
HARTFORD CT 06150-2044

CREDITOR ID: 395266-63
BLOOMER DEVERE GROUP AVIA, INC.
855 AVIATION DRIVE, SUITE 205
CAMARILLO, CA 93010

CREDITOR ID: 387273-54
BLOOMFIELD, GYUNDEL
150 COUNTY ROAD 341
NEWVILLE AL 36353-7552

CREDITOR ID: 391858-55
BLOOMFIELD, GYUNDEL
C/O: FARAH, FARAH & ABBOTT, P.A.
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 265482-14
BLOOMNGDALE SPECIAL TAXING DST
ATTN: THOM SNELLING
3509 BELL SHOALS RD
VALRICO FL 33594-6142

CREDITOR ID: 388416-54
BLOOM-WRIGHT, KATARA
17230 SW 36TH AVE
MIAMI, FL 33056

CREDITOR ID: 392513-55
BLOOM-WRIGHT, KATARA
C/O BRUCE H FREEDMAN, PA
ATTN BRUCE H FREEDMAN, ESQ
300 NW 82ND AVENUE, SUITE 415
PLANTATION FL 33324

CREDITOR ID: 404245-95
BLOSSMAN GAS INC
PO BOX 2176
SANFORD NC 02176

CREDITOR ID: 243625-12
BLOSSMAN GAS INC
2221 S HORNER BLVD
SANFORD, NC 27330

CREDITOR ID: 404046-15
BLOSSMAN GAS, INC
ATTN DANIELLE WATFORD
PO BOX 1110
OCEAN SPRINGS MS 39564-1110

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 243626-12
BLOSSMAN PROPANE & APPLIANCE
ATTN DANIELLE WATFORD
PO BOX 1110
OCEAN SPRINGS MS 39564

CREDITOR ID: 265483-14
BLOUNT CO OF RE-APPRAISAL
ATTN: DONNY B RAY
220 2ND AVE E STE 105
ONEONTA AL 35121-1702

CREDITOR ID: 265484-31
BLOUNT CO PLANNING DEPARTME
ATTN: JOHN LAMB
327 COURT ST
MARYVILLE TN 37804-5906

CREDITOR ID: 265485-31
BLOUNT CO VETERANSS SVC OFCR
ATTN: CHARLES STALEY
305 COURT ST
MARYVILLE TN 37804-5906

CREDITOR ID: 265486-31
BLOUNT COUNTY ELECTION COMM
ATTN: REBECCA BRADSHAW
383 COURT ST
MARYVILLE TN 37804-5906

CREDITOR ID: 243627-12
BLOUNT PLUMBING,INC
112 NE 3RD ST
POMPANO BEACH, FL 33060-6626

CREDITOR ID: 391120-55
BLOUNT, ADRIENNE C
C/O: SCOTT L. POISSON, ESQUIRE
BERNSTEIN AND MARYANOFF
15055 SW 122ND AVE
MIAMI FL 33186

CREDITOR ID: 385872-54
BLOUNT, ADRIENNE C
14960 SW 105 AVE
MIAMI, FL 33176

CREDITOR ID: 387214-54
BLOUNT, BETTY
485 CEDAR ST
MONTICELLO, FL 32344

CREDITOR ID: 391802-55
BLOUNT, BETTY
C/O: JON D. CAMINEZ, ESQ.
CAMINEZ, BROWN & HARDEE, P.A.
1307 S. JEFFERSON ST.
MONTICELLO FL 32344

CREDITOR ID: 389117-54
BLOUNT, CAROLYN
27261 WAGNER DRIVE
SLAUGHTER, LA 70777

CREDITOR ID: 393002-55
BLOUNT, CAROLYN
C/O: MELANIE NEWKOME JONES
MELANIE NEWKROME JONES
533 EUROPE STREET
BATON ROUGE LA 70802

CREDITOR ID: 390042-54
BLOUNT, CHANDRA
104 ALEXANDER RD.
EDENTON NC 27932

CREDITOR ID: 246479-12
BLOUNT, CLIFFORD L
121 SAWYER LANE
FITZGERALD GA 31750

CREDITOR ID: 387517-54
BLOUNT, DEBRA
415 E. MORTON
DENISON TX 75021

CREDITOR ID: 392027-55
BLOUNT, DEBRA
C/O: STOUWIE AND MAYO
1779 WELLS BRANCH PKWY
AUSTIN TX 78728

CREDITOR ID: 269220-16
BLOWFISH PLASTICS
C/O JOHN R. SAMAAN
MCCLANE, TESSITORE
215 EAST LIVINGSTON STREET
ORLANDO, FL 32801

CREDITOR ID: 243628-12
BLOWFISH PLASTICS INC
ATTN FIRST CAPITAL CORPORATION
PO BOX 740490
ATLANTA GA 30374-0490

CREDITOR ID: 243629-12
BLP MOBILE PAINT
1065 ADAMS AVE
MONTGOMERY, AL 36104-4241

CREDITOR ID: 407640-15
BLP MOBILE PAINT MFG CO INC
ATTN RICHARD WILBUR, CREDIT MGR
PO BOX 717
THEODORE AL 36590

CREDITOR ID: 243630-12
BLR ENTERPRISES
PO BOX 322
SARDIS MS 38666

CREDITOR ID: 243631-12
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY
BLDG 10 SUITE 101
ATLANTA, GA 30327-3054

CREDITOR ID: 1128-07
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY
ATLANTA, GA 30327-3054

CREDITOR ID: 243632-12
BLUE ASH ELEMENTARY
8522 KENWOOD RD
STORE#1765
CINCINNATI OH 45236

CREDITOR ID: 315743-40
BLUE ASH STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 243635-12
BLUE BELL CREAMERIES
PO BOX 973601
DALLAS, TX 75397-3601

CREDITOR ID: 243634-12
BLUE BELL CREAMERIES
3100 IMESON ROAD
JACKSONVILLE, FL 32220

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279208-35<br>BLUE BELL CREAMERIES LP<br>ATTN PAUL KRUSE / DIANA MARKWARDT<br>PO BOX 1807<br>BRENHAM TX 77834 | CREDITOR ID: 243636-12<br>BLUE CHIP PAVEMENT MAINTENANCE<br>4320 MT CARMEL ROAD<br>CINCINNATI OH 45244 | CREDITOR ID: 243637-12<br>BLUE CORAL INC<br>PO BOX 910263<br>DALLAS TX 75391-0263 |
| CREDITOR ID: 243638-12<br>BLUE CRAB FESTIVAL<br>PO BOX 1351<br>PALATAKA FL 32178 | CREDITOR ID: 243640-12<br>BLUE CROSS & BLUE SHIELD<br>PO BOX 61147<br>JACKSONVILLE FL 32236-1147 | CREDITOR ID: 243641-12<br>BLUE CROSS BLUE SHIELD OF ALABAMA<br>PO BOX 360899<br>BIRMINGHAM, AL 35236-0899 |
| CREDITOR ID: 243643-12<br>BLUE CROSS BLUE SHIELD OF GA INC<br>PO BOX 4445<br>ATLANTA GA 30302 | CREDITOR ID: 243644-12<br>BLUE CROSS BLUE SHIELD OF NC<br>PO BOX 30048<br>DURHAM NC 27702-3048 | CREDITOR ID: 373922-44<br>BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA<br>4800 DEERWOOD CAMPUS PKWY<br>SHARLENE MARTIN INTERPLAN ACCT DCC1<br>JACKSONVILLE, FL 32246 |
| CREDITOR ID: 243645-12<br>BLUE CROSS BLUE SHIELD OF TENN<br>801 PINE STREET<br>CHATTANOOGA, TN 37402-2555 | CREDITOR ID: 243646-12<br>BLUE DIAMOND GROWERS<br>ATTN ELAINE DYKHOUSE, MGR<br>PO BOX 96269<br>CHICAGO, IL 60693 | CREDITOR ID: 279343-36<br>BLUE DIAMOND GROWERS<br>C/O JENNIFER STO. BOMINGO<br>P.O. BOX 1768<br>SACRAMENTO  CA 95812 |
| CREDITOR ID: 243647-12<br>BLUE FRONT BARBECUE SAUCE<br>ATTN NORRIS NELSON, PRES<br>810 25TH STREET<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 404246-95<br>BLUE FRONT BARBECUE SAUCE<br>1225 PALM BEACH LAKES BLVD<br>WEST PALM BEACH FL 33401-2410 | CREDITOR ID: 243648-12<br>BLUE GRASS PROVISION DBA BLUE<br>GRASS MEAT<br>PO BOX 17658<br>CRESCENT SPRINGS KY 41017 |
| CREDITOR ID: 243649-12<br>BLUE GRASS QUALITY MEATS<br>PO BOX 17658<br>CRESENT SPRINGS KY 41017 | CREDITOR ID: 404247-95<br>BLUE MOON LICENSING LLC<br>PO BOX 551<br>NEW LEXINGTON OH 43764 | CREDITOR ID: 243650-12<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH 43764 |
| CREDITOR ID: 243651-12<br>BLUE RHINO CORPORATION<br>PO BOX 281956<br>ATLANTA, GA 30384-1956 | CREDITOR ID: 243652-12<br>BLUE RIDGE BEV CO<br>PO BOX 700<br>SALEM, VA 24153 | CREDITOR ID: 243653-12<br>BLUE RIDGE ELECTRIC COOP<br>ATTN ANGELA HUNTER<br>PO BOX 277<br>PICKENS, SC 29671-0277 |
| CREDITOR ID: 395444-64<br>BLUE RIDGE FARMS, INC.<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208 | CREDITOR ID: 243655-12<br>BLUE RIDGE FEED & SEED & MORE<br>3599 N HWY 14<br>GREER, SC 29651 | CREDITOR ID: 243656-12<br>BLUE RIDGE MOUNTAIN SPRING WATER CO<br>521 RANSEY WOODRING ROAD<br>TODD, NC 28684 |
| CREDITOR ID: 243658-12<br>BLUE RUNNER FOODS INC<br>PO BOX 207<br>GONZALES, LA 70707-0207 | CREDITOR ID: 243659-12<br>BLUE SPRINGS WATER<br>323 VAN HEUSEN DRIVE<br>OZARK, AL 36360 | CREDITOR ID: 404248-95<br>BLUE SPRINGS WATER<br>205 VAN HEUSEN DR<br>OZARK AL 36360 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389400-54<br>BLUE, BERNEICE<br>2325 BARCELONA AVENUE<br>FORT MYERS FL 33905 | CREDITOR ID: 389631-54<br>BLUE, CAROLE<br>551 NW 42ND AVENUE<br>APT B114<br>PLANTATION, FL 33317 | CREDITOR ID: 393290-55<br>BLUE, CAROLE<br>C/O RANDY ROSENBLUE<br>ROSENBLUM & ROSENBLUM, P.A.<br>700 SOUTH ANDREWS AVE STE 700<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 391049-55<br>BLUE, WILLIE M<br>C/O DELORIS M BOYKIN, ESQ<br>950 22ND STREET, NORTH STE.705<br>BIRMINGHAM AL 35203 | CREDITOR ID: 390383-54<br>BLUE, WILLIE M<br>1600 1ST ST SOUTH<br>BIRMINGHAM, AL 35204 | CREDITOR ID: 382421-51<br>BLUECROSS/BLUE SHIELD<br>ATTN: INGER M. ROOD, DCC3/5<br>4800 DEERWOOD CAMPUS PKWY<br>JACKSONVILLE, FL 32246 |
| CREDITOR ID: 243661-12<br>BLUEGRASS INDUSTRIES INC<br>4320 15TH STREET EAST<br>BRADENTON FL 34208 | CREDITOR ID: 373927-44<br>BLUEGRASS NURSERY<br>2291 CLORE JACKSON ROAD<br>SHELBYVILLE KY 40065 | CREDITOR ID: 373928-44<br>BLUEGRASS QULAITY MEATS<br>PO BOX 17658<br>CRESENT SPRINGS, KY 41017 |
| CREDITOR ID: 265487-31<br>BLUEGREEN COMMUNITIES GA LLC<br>ATTN: GEORGE DONOVAN<br>558 GUM SPRINGS CHURCH RD<br>JEFFERSON GA 30549-4420 | CREDITOR ID: 383059-51<br>BLUESAVER PREMIER<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 243662-12<br>BLUEWATER BAY MENS GOLF ASSOC<br>1554 GLENLAKE CIRCLE<br>NICEVILLE FL 32578 |
| CREDITOR ID: 243663-12<br>BLUFF CITY DISTRIBUTORS<br>101 PASSBACH STREET<br>NATCHEZ, MS 39120 | CREDITOR ID: 245126-12<br>BLUITT, CHASTITY L<br>MATHISTON MANOR, APT 3<br>MATHISTON MS 39752 | CREDITOR ID: 406395-MS<br>BLUM, CLARENCE O.<br>7903 HALL FARM<br>LOUISVILLE KY 40291 |
| CREDITOR ID: 406396-MS<br>BLUM, RICHARD F.<br>3812 STONE RIVER CT<br>LOUISVILLE KY 40299 | CREDITOR ID: 387780-54<br>BLUMBERG, PENNY<br>180 NE 51ST<br>FORT LAUDERDALE, FL 33334 | CREDITOR ID: 392120-55<br>BLUMBERG, PENNY<br>C/O DAVID W. SINGER, ESUIRE<br>DAVID W. SINGER & ASSOCIATES, P.A.<br>1011 S. FEDERAL HIGHWAY<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 243664-12<br>BLUME SUPPLY INC<br>3316 SOUTH BLVD<br>CHARLOTTE NC 28209-1988 | CREDITOR ID: 390211-54<br>BLUMSTEIN, MARILYN<br>146 ACKERLY ST.<br>RIVERHEAD NY 11901 | CREDITOR ID: 393648-55<br>BLUMSTEIN, MARILYN<br>C/O DAVID WEISSMAN, ESQ.<br>ROSENTHAL & WEISSMAN P.A.<br>1645 PALM BCH LAKES BLVD., 350<br>WEST PALM BCH FL 33401 |
| CREDITOR ID: 389002-54<br>BLUNT, DEBORAH A<br>C/O FRISCHHERTZ & ASSOCIATES, LLC<br>ATTN FRANCESCO J GUASTELLA, ESQ<br>1130 ST CHARLES AVENUE<br>NEW ORLEANS LA 70130 | CREDITOR ID: 392903-55<br>BLUNT, DEBORAH A<br>C/O FRANCESCO J GUASTELLA ESQ<br>FRISCHHERTZ & ASSOCIATES, L.L.C.<br>1130 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | CREDITOR ID: 389002-54<br>BLUNT, DEBORAH A<br>8940 MORRISON RD<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 243665-12<br>BLYTH HOME SCENTS INTERNATIONAL<br>PO BOX 98407<br>CHICAGO, IL 60693-8407 | CREDITOR ID: 243666-12<br>BMB FOODS LLC<br>PO BOX 141873<br>CORAL GABLES, FL 33114 | CREDITOR ID: 404249-95<br>BMK INC CENTRAL<br>1270 CHAMPION CIR<br>CARROLLTON TX 75008 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 243667-12<br>BMK INC CENTRAL<br>135 SOUTH LASALLE<br>DEPT 2963<br>CHICAGO, IL 60674-2963 | CREDITOR ID: 407621-97<br>BMK INC CENTRAL<br>ATTN: JIM MOTLEY<br>2051 MCKENZIE DR<br>CARROLLTON TX 75006 | CREDITOR ID: 407623-97<br>BMK INC WEST<br>ATTN: JIM MOTLEY<br>2051 MCKENZIE DR<br>CARROLLTON TX 75006 |
| CREDITOR ID: 243668-12<br>BMK INC WEST<br>135 S LASALLE  DEPT 2907<br>CHICAGO, IL 60674-2907 | CREDITOR ID: 404250-95<br>BMK INC WEST<br>7101 EAST SLAUSON AVE<br>COMMERCE CA 90040 | CREDITOR ID: 243669-12<br>BMK LP EAST<br>2963 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 243670-12<br>BNA<br>PO BOX 64543<br>BALTIMORE, MD 21264-4543 | CREDITOR ID: 397271-69<br>BNA<br>1231 25TH STREET NW<br>WASHINGTON, DC 20037 | CREDITOR ID: 243671-12<br>BNA BOOKS<br>PO BOX 7814<br>EDISON, NJ 08818-7814 |
| CREDITOR ID: 243673-12<br>BNI INC DBA IMPACT OF LAUREL<br>PO BOX 103<br>BRANDON, MS 39043-0103 | CREDITOR ID: 243674-12<br>BNSF LOGISTICS<br>75 REMITTANCE DRIVE, SUITE 1767<br>CHICAGO, IL 60675-1767 | CREDITOR ID: 403488-15<br>BNSF LOGISTICS, LLC<br>ATTN MARK RICHARDS, CONTROLLER<br>4700 SOUTH THOMPSON, SUITE A202<br>SPRINGDALE AZ 72764 |
| CREDITOR ID: 404039-15<br>BNSF RAILWAY COMPANY<br>ATTN TED JOHNSON, CR MGR<br>2400 WESTERN CENTER BLVD<br>FORT WORTH TX 76131 | CREDITOR ID: 243675-12<br>BNY INFORMATION SERVICES INC<br>925 PATERSON PLANK ROAD<br>SECAUCUS NJ 07094 | CREDITOR ID: 243676-12<br>BOAR & CASTLE FOOD CO<br>1116 JEFFERSON ROAD<br>GREENSBORO, NC 27410 |
| CREDITOR ID: 265488-14<br>BOARD LIQUIDATION CITY DEBT<br>ATTN: J THOMAS LEWIS<br>1300 PERDIDO ST RM BN09<br>NEW ORLEANS LA 70112-2114 | CREDITOR ID: 265489-31<br>BOARD MISS LEVEE COMMISSIONERS<br>ATTN: JAMES E WANAMAKER<br>2283 HIGHWAY 82 W<br>GREENVILLE MS 38701-7491 | CREDITOR ID: 373931-44<br>BOARD OF CERTIFIED SAFETY PROFESSIONALS<br>P O BOX 17040<br>URBANA, IL 61803-7040 |
| CREDITOR ID: 243682-12<br>BOARD OF COUNTY COMM BROWARD CNTY<br>218 SW 1ST AVE<br>BROWARD COUNTY DEPT OF<br>PLANNING & ENV PROTECT LAND USE<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 243681-12<br>BOARD OF COUNTY COMMISSIONERS<br>PO BOX 3977<br>FINANCE DEPT<br>WEST PALM BEACH, FL 33402-3977 | CREDITOR ID: 243680-12<br>BOARD OF COUNTY COMMISSIONERS<br>CONSUMER SERVICES DEPARTMENT<br>140 WEST FLAGLER STREET SUITE 903<br>MIAMI FL 33130-1561 |
| CREDITOR ID: 243678-12<br>BOARD OF COUNTY COMMISSIONERS<br>2601 BRICKELL AVENUE<br>% RICKENBACKER CAUSEWAY COMMUTER<br>MIAMI FL 33129 | CREDITOR ID: 243679-12<br>BOARD OF COUNTY COMMISSIONERS<br>BROWARD COUNTY ENVIRONMENTAL SVC<br>PO BOX 619002<br>POMPANO BEACH FL 33061-9002 | CREDITOR ID: 243683-12<br>BOARD OF PUBLIC WORKS<br>PO BOX 64<br>GAFFNEY, SC 29342-0064 |
| CREDITOR ID: 265490-31<br>BOARD OF REGISTRARS<br>ATTN: FRANK JONES<br>423 COLLEGE ST<br>CARROLLTON GA 30117-3142 | CREDITOR ID: 265491-14<br>BOARD OF SUPERVISORS OF LA ST<br>ATTN: ROBERT KUHN<br>311 THOMAS BOYD HALL<br>BATON ROUGE LA 70803-0001 | CREDITOR ID: 265492-14<br>BOARD OF TAX ASSESSORS<br>ATTN: BILL ROZIER<br>114 STRICKLAND AVE STE 1<br>BLACKSHEAR GA 31516-1242 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243684-12<br>BOARDMAN FOODS INC<br>PO BOX 786<br>BOARDMAN OR 97818 | CREDITOR ID: 243685-12<br>BOARDVANTAGE INC<br>1100 MARSH ROAD<br>MENLO PARK CA 94025 | CREDITOR ID: 243686-12<br>BOATHOUSE FOODS INC<br>PO BOX 2011<br>PASCAGOULA MS 39568 |
| CREDITOR ID: 385482-54<br>BOATMAN, DOROTHY<br>418 BROOKLYN AVE<br>MADISON, FL 32340 | CREDITOR ID: 390782-55<br>BOATMAN, DOROTHY<br>C/O CAMINEZ, BROWN & HARDEE, PA<br>ATTN IAN BROWN, ESQ<br>1307 S JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 400597-91<br>BOATRIGHT, JOAN T<br>1808 SEMINOLE TR<br>WAYCROSS GA 31501 |
| CREDITOR ID: 388837-54<br>BOATRIGHT, STEVIE<br>269 LUCERNE STREET<br>BAXLEY GA 31513 | CREDITOR ID: 392781-55<br>BOATRIGHT, STEVIE<br>C/O: TOM HACKEL<br>HACKEL AND HACKEL ATTORNEYS AT LAW<br>114 THOMAS ST.<br>WAYCROSS GA 31501 | CREDITOR ID: 243687-12<br>BOATWRIGHT LAND SUREYORS INC<br>1500 ROBERTS DRIVE<br>JACKSONVILLE BEACH, FL 32250 |
| CREDITOR ID: 243688-12<br>BOB BRADSHAW<br>1510 ARIANA STRET<br># 34<br>LAKELAND, FL 33803 | CREDITOR ID: 403527-15<br>BOB CAMPBELL PAINTING INC<br>ATTN ROBERT L CAMPBELL<br>370 NE 45 CT<br>FT LAUDERDALE FL 33334 | CREDITOR ID: 243689-12<br>BOB DEAN SUPPLY INC<br>2624 HANSON ST<br>FT MYERS, FL 33901-7488 |
| CREDITOR ID: 404252-95<br>BOB EVANS FARMS INC<br>DEPT 303<br>COLUMBUS OH 43265-0303 | CREDITOR ID: 243691-12<br>BOB EVANS FARMS INC<br>PO BOX 951457<br>CLEVELAND, OH 44193 | CREDITOR ID: 243692-12<br>BOB EVANS FARMS INC.<br>3776 S. HIGH STREET<br>PO BOX 7863 STATION C<br>COLUMBUS, OH 43265-0303 |
| CREDITOR ID: 243694-12<br>BOB MCKEE LAKE COUNTY TAX COLLECTOR<br>PO BOX 327<br>TAVARES FL 32778-0327 | CREDITOR ID: 1129-07<br>BOB NEILL & ASSOCIATES<br>1433 EMERYWOOD DRIVE<br>CHARLOTTE, NC 28210 | CREDITOR ID: 243697-12<br>BOB NEILL & ASSOCIATES<br>1433 EMERYWOOD DRIVE<br>CHARLOTTE, NC 28210 |
| CREDITOR ID: 400135-86<br>BOBB, ROLAND<br>20 EAST DOLLAR CIRCLE<br>COVINGTON  GA 30014 | CREDITOR ID: 243703-12<br>BOBBY HARDEE LAWN MAINTENANCE &<br>LANDSCAPING INC<br>ATTN BOBBY HARDEE, OWNER<br>2019 HARDEE LANE<br>CLAYTON, NC 27520 | CREDITOR ID: 239877-06<br>BOBBY M JUNKINS JUDGE OF PROBATE<br>PO BOX 187<br>GADSEN AL 35902 |
| CREDITOR ID: 395267-63<br>BOBBY MEEKS ENVIRONMENTAL<br>1625 HOLMES DRIVE<br>BESSEMER, AL 35020-4571 | CREDITOR ID: 243706-12<br>BOBBY MEEKS ENVIRONMENTAL SERVICE<br>4857 RIDGE WAY<br>BESSEMER, AL 35023 | CREDITOR ID: 243707-12<br>BOBBYS TRANSPORT INC<br>PO BOX 2215<br>BUSHNELL, FL 33513 |
| CREDITOR ID: 243708-12<br>BOBCAT PRODUCE<br>PO BOX 6103<br>LAKELAND FL 33807 | CREDITOR ID: 389263-54<br>BOBER, VICTORIA<br>2654 RADCLIFF CIRCLE<br>CHIPLEY FL 32428 | CREDITOR ID: 393097-55<br>BOBER, VICTORIA<br>C/O: MICHAEL VALEN, ESQ.<br>KINSEY, TROXEL, JOHNSON & WALBORSKY, P.A<br>P.O. BOX 12686<br>PENSACOLA FL 32574-2686 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

CREDITOR ID: 243709-12
BOBS WRECKER SERVICE
561 HIGHWAY 51 SOUTH
WINONA MS 38967

CREDITOR ID: 243710-12
BOC GASES
PO BOX 360904
PITTSBURGH, PA 15251-6904

CREDITOR ID: 395612-65
BOCA INDUSTRIES, INC.
5076 NIFDA DRIVE
SMYRNA, GA 30080

CREDITOR ID: 265493-14
BOCA RATON CITY OF
ATTN: ROBERT LANGFORD
300 S MILITARY TRL
BOCA RATON FL 33486-4302

CREDITOR ID: 265494-31
BOCA RATON CITY OF
ATTN: RON LACCCEO
2500 NW 1ST AVE
BOCA RATON FL 33431-6602

CREDITOR ID: 243712-12
BOCCHI AMERICAN ASSOCIATES
3460 NORTH DELAWARE AVENUE
TIOGA ADMIN BUILDING ROOM 107
PHILADELPHIA, PA 19134

CREDITOR ID: 387604-54
BODDEN, DAVINA
5583 N. PK RD
FORT LAUDERDALE FL 33312

CREDITOR ID: 392083-55
BODDEN, DAVINA
C/O: CHARLES COHEN
2856 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 385557-54
BODDIE, LOUISE
16 EXECUTIVE DRIVE, SUITE 310
ATLANTA, GA 30329

CREDITOR ID: 390855-55
BODDIE, LOUISE
C/O RORY S CHUMLEY, ESQUIRE
MONTLICK & ASSOCIATES, P.C.
PO BOX 95406
ATLANTA GA 30347-0406

CREDITOR ID: 243713-12
BODLE
16038 OLD GREENSBORO RD
MOUNDVILLE AL 35474

CREDITOR ID: 381834-99
BODOFF & SLAVITT LLP
ATTN JOSEPH BODOFF
225 FRIEND ST
BOSTON MA 02114

CREDITOR ID: 243714-12
BODY SUPPLIES INC
3024 LAKEWOOD AVE SW
ATLANTA GA 30310-5003

CREDITOR ID: 243716-12
BOGALUSA HIGH SCHOOL
100 M J ISRAEL DR
BOGALUSA, LA 70427

CREDITOR ID: 243717-12
BOGALUSA JUNIOR HIGH SCHOOL
1403 NORTH AVE
BOGALUSA, LA 70427

CREDITOR ID: 243718-12
BOGALUSA SHOPPING CENTER CO
C/O JW PROPERTIES
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 243719-12
BOGAN SUPPLY PANAMA CITY
C/O ADVANCE FINANCIAL CORP
PO BOX 720477
ATLANTA GA 30358

CREDITOR ID: 243720-12
BOGGY CREEK MARKETPLACE INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 406019-15
BOGIN MUNNS & MUNNS
ATTN MARK A CORNELIUS, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 399802-84
BOHRES, RANDALL W
10436 LOGA LOISA COURT
CLERMONT FL 34711

CREDITOR ID: 399766-84
BOHRES, RANDALL W
10436 LAGO LOUISA COURT
CLERMONT FL 34711

CREDITOR ID: 243722-12
BOISE CASCADE CORP
PO BOX 92735
CHICAGO IL 60675-2735

CREDITOR ID: 243723-12
BOISE CASCADE CORPORATION
PO BOX 101705
ATLANTA GA 30392-1705

CREDITOR ID: 382422-51
BOISE OFFICE SUPPLY
1801 CYPRESS LAKE DRIVE
ORLANDO, FL 32837

CREDITOR ID: 243724-12
BOKAY PRODUCTS
PO BOX 444
BLUE SPRINGS MO 64013

CREDITOR ID: 243725-12
BOKEYS CLEANING SERVICE
880 STONEBRIDGE DRIVE
CINCINNATI OH 45233

CREDITOR ID: 243726-12
BOLAND MALONEY LUMBER
4010 COLLINS LANE
LOUISVILLE KY 40245

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389638-54
BOLDING, TERRY
206 PINEVIEW DRIVE
PELZER, SC 29669

CREDITOR ID: 387899-54
BOLER, VIRGINIA
1101 CYPRESS STREET
BOGALUSA, LA 70427

CREDITOR ID: 392182-55
BOLER, VIRGINIA
C/O: TRENT P. TEMPLES, ESQ.
TRENT P. TEMPLES, PLLC
112 GEORGE AVE
BOGALUSA LA 70427-3822

CREDITOR ID: 393394-55
BOLET, CARLOS
C/O: EDWARD H. HURT
EDWARD H. HURT, JR P.A.
1106 EAST RIDGEWOOD STREET
ORLANDO FL 32803

CREDITOR ID: 406039-15
BOLICK, JAMES & VIVIAN
1835 COWAN DRIVE
TITUSVILLE FL 32796

CREDITOR ID: 243727-12
BOLINGER MARKETING INC
PO BOX 330
CALIFORNIA MO 65018-0330

CREDITOR ID: 386193-54
BOLINGER, CANDICE
415 HERITAGE PLACE
PINSON, AL 35126

CREDITOR ID: 391344-55
BOLINGER, CANDICE
C/O: PHILLIP R. COLLINS
HUIE, FERNAMBURG & STEWART, LLP
2801 HWY 280 SOUTH
#200
BIRMINGHAM AL 35223-2484

CREDITOR ID: 243728-12
BOLIVAR COMMERCIAL
PO BOX 1050
CLEVELAND, MS 38732

CREDITOR ID: 265495-14
BOLIVAR COUNTY OF INC
ATTN: NANCY HAVENS
200 S COURT ST
CLEVELAND MS 38732-2602

CREDITOR ID: 243730-12
BOLIVAR MEDICAL CENTER
PO BOX 1380
CLEVELAND, MS 38732

CREDITOR ID: 373939-44
BOLIVAR TIRES INC
PO BOX 240
CLEVELAND, MS 38732

CREDITOR ID: 386327-54
BOLOYAN, LARRY
10931 OAKDALE AVE.
PORT RICHEY FL 34668

CREDITOR ID: 391425-55
BOLOYAN, LARRY
C/O: CAPP TAYLOR
3023 EASTLAND BLVD
SUITE 104
CLEARWATER FL 33761

CREDITOR ID: 265496-31
BOLTON NEAL & LOTTICE
ATTN: NEAL BOLTON
440 COCHRAN DR NW
ATLANTA GA 30327-3404

CREDITOR ID: 394141-56
BOLTON, CHARLIE G
1897 BARINGTON CIRCLE
ROCKLEDGE FL 32955

CREDITOR ID: 249192-12
BOLTON, EUGENE
5924 FAIRMARKET SQUARE
APT C
CHARLOTTE, NC 28215

CREDITOR ID: 243950-12
BOMHOFF, BRIAN
10136 SIMARIEN
ORLANDO FL 32825

CREDITOR ID: 265497-31
BON AQUA-LYLES UTILITY DIST
ATTN: TODD CASH
8002 WRIGLEY RD
LYLES TN 37098-1655

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 388366-54
BONAPARTE, CYNTHIA
1714 NORTH WOODMERE
APT 14
CHARLESTON, SC 29407

CREDITOR ID: 392467-55
BONAPARTE, CYNTHIA
C/O MCNAIR LAW FIRM PA
ATTN T BOONE, ESQ/M SCARAFILE, ESQ
PO BOX 1431
CHARLESTON SC 29402

CREDITOR ID: 243731-12
BONAR ENGINEER
ATTN: BARBARA BONER, SEC/TREAS
PO BOX 60009
JACKSONVILLE, FL 32236-0009

CREDITOR ID: 243732-12
BONCORE ELECTRIC INC
10729 OAK GLEN CIRCLE
ORLANDO FL 32817

CREDITOR ID: 386187-54
BOND, EDITH J
7306 TINTURN CIRCLE SOUTH
JACKSONVILLE, FL 32244

CREDITOR ID: 397857-76
BONE, NIXON
PO BOX 472
ZELLWOOD, FL 32798

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389420-54<br>BONER, ARTHUR A<br>432 RUSMOR ST<br>ORANGE PARK FL 32073 | CREDITOR ID: 388543-54<br>BONFORTE, MARIA<br>6881 NW 24TH COURT<br>SUNRISE, FL 33313 | CREDITOR ID: 385931-54<br>BONHOMME, CLAIRE<br>4811 SW 41ST STREET, APT 105<br>MIAMI, FL 33179 |
| CREDITOR ID: 391166-55<br>BONHOMME, CLAIRE<br>C/O: BRIAN R. KOPELWITZ<br>TAYLOR, HODKIN, KOPELOWITZ & OSTRWO, P.A<br>350 E. LAS O LAS BLVD.<br>FT. LAUDERDALE, FL 33301 | CREDITOR ID: 243734-12<br>BONITA SPRINGS UTILITIES<br>PO BOX 2368<br>BONITA SPRINGS, FL 34133-2368 | CREDITOR ID: 243735-12<br>BONNABEL HIGH<br>2801 BRUIN DR<br>KENNER, LA 70065 |
| CREDITOR ID: 243736-12<br>BONNE BELL INC<br>PO BOX 5330<br>CLEVELAND OH 44190-5330 | CREDITOR ID: 400598-91<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | CREDITOR ID: 387469-54<br>BONNER, JOANA<br>1607 GEORGETOWN ROAD<br>MADISON FL 32340 |
| CREDITOR ID: 391998-55<br>BONNER, JOANA<br>C/O: LORIN LEE<br>THE MORTON LAW CENTER<br>2720-H BLAIR STONE ROAD<br>TALLAHASSEE FL 32301 | CREDITOR ID: 385416-54<br>BONNER, MINNIE<br>135 SMITH BONNER ROAD<br>MOSELLE, MS 39459 | CREDITOR ID: 390721-55<br>BONNER, MINNIE<br>C/O: WILLIAM L. PEEBLES, ESQUIRE<br>WILLIAM L. PEEBLES, P.A.<br>307 THIRD AVENUE<br>P. O. BOX 696<br>MATTIESBURG MS 39403-0969 |
| CREDITOR ID: 260391-12<br>BONNER, SANDRA<br>1104 COUNTY ROAD 42<br>MARBURY, AL 36051 | CREDITOR ID: 1131-07<br>BONNERS POINT LLC<br>C/O RETAIL MANAGEMENT GROUP<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 243737-12<br>BONNERS POINT LLC<br>CO RETAIL MANAGEMENT GROUP<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 |
| CREDITOR ID: 282467-39<br>BONNIE DREWERY MORRISON<br>1106 MAYWOOD DR<br>VINTON VA 24179 | CREDITOR ID: 399469-82<br>BONNIER, DALE B.<br>POST OFFICE BOX 433<br>MADISON  FL 32341 | CREDITOR ID: 387136-54<br>BONSEIGNEUR, LINDA<br>203 MOONRAKER<br>SLIDELL, LA 70458 |
| CREDITOR ID: 391721-55<br>BONSEIGNEUR, LINDA<br>C/O MARIE A BOOKMAN LAW OFFICES<br>ATTN MARIE A BOOKMAN, ESQ<br>1100 POYDRAS STREET, SUITE 2900<br>NEW ORLEANS LA 70163-2900 | CREDITOR ID: 388146-54<br>BONVILLAIN, MARY<br>17541 JB EVERETT ROAD<br>LIVINGSTON LA 70754 | CREDITOR ID: 388381-54<br>BONVILLIAN, ANNE<br>219 HIDALGO DRIVE<br>HOUMA, LA 70363 |
| CREDITOR ID: 392481-55<br>BONVILLIAN, ANNE<br>C/O: E. JAMES GAIDRY, JR<br>E JAMES GAIDRY, JR<br>7886 MAIN STREET<br>HOUMA LA 70360 | CREDITOR ID: 393010-55<br>BOOHER, DIANNE STANTON<br>C/O CHANFRAU & CHANFRAU<br>ATTN WILLIAM M CHANFRAU, JR; ESQ<br>701 N PENINSULA DR<br>DAYTONA BCH FL 32118 | CREDITOR ID: 389131-54<br>BOOHER, DIANNE STANTON<br>1224 S. PENISULA DR<br>#302<br>DAYTONA BEACH, FL 32118 |
| CREDITOR ID: 406397-MS<br>BOOK, THEADORE<br>10938 OLD PLANK RD.<br>JACKSONVILLE FL 32220 | CREDITOR ID: 385433-54<br>BOOKER, GEORGE W<br>211 BAY PARK DRIVE<br>BRANDON, MS 39042 | CREDITOR ID: 2755-04<br>BOONE<br>PO BOX 9001054<br>LOUISVILLE KY 40290 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 243747-12
BOONE COUNTY CLERK
PO BOX 874
BURLINGTON KY 41005-0047

CREDITOR ID: 243748-12
BOONE COUNTY FISCAL COURT
PO BOX 960
BURLINGTON KY 41005

CREDITOR ID: 243750-12
BOONE COUNTY WATER DISTRICT
PO BOX 18
BURLINGTON KY 41005

CREDITOR ID: 243751-12
BOONE DISTRIBUTING CO IN
308 LAFE COX DR
JOHNSON CITY, TN 37601

CREDITOR ID: 403538-99
BOONE NEWSPAPERS INC
C/O HUBBARD SMITH MCILWAIN ET AL
ATTN: BRAKEFIELD/MCILWAIN/SODERGREN
808 LURLEEN WALLACE BLVD, N
PO BOX 2427
TUSCALOOSA AL 35403

CREDITOR ID: 244259-12
BOONE, BYRON G
4833 MARIGOLD AVENUE
BIRMINGHAM AL 35207

CREDITOR ID: 393593-55
BOONE, VICTORIA R
C/O LOREN L GOLD PA LAW OFFICES
ATTN LOREN L GOLD, ESQ
BELLE TERRE OF SUNRISE, BLDG D
7800 WEST OAKLAND PK BLVD
SUNRISE FL 33351

CREDITOR ID: 390140-54
BOONE, VICTORIA R
11500 NW 29TH ST
SUNRISE, FL 33323

CREDITOR ID: 406398-MS
BOOTH III, TALMAGE B
1201 CUNNINGHAM CREEK DRIVE
FRUIT COVE FL 32259

CREDITOR ID: 239858-06
BOOTH, ALFRED Q.
JUDGE OF PROBATE
176 W. 5TH STREET
PRATTVILLE AL 36067-3041

CREDITOR ID: 399470-82
BOOTH, CAMISHA
3250 E. SUNRISE VILLAGE LANE
NORCROSS  GA 30093

CREDITOR ID: 256202-12
BOOTH, MICHAEL
PO BOX 158
COTTONDALE, AL 35453

CREDITOR ID: 260800-12
BOOTH, SHANE
PO BOX 158
COTTONDALE, AL 35453

CREDITOR ID: 389690-54
BOOTH, STEVEN
5368 QUAN DRIVE
JACKSONVILLE, FL 32205

CREDITOR ID: 388141-54
BOOTH, THOMAS
6137 ESTILL DRIVE
WATAUGA TX 76148

CREDITOR ID: 406399-MS
BORCATO SR., ROY J.
10035 AVE. D
BAY ST LOUIS MS 39520

CREDITOR ID: 388527-54
BORDA, DAWN
C/O LARRY E. POWERS ATTY
P.O. BOX 916157
LONGWOOD, FL 32791-6157

CREDITOR ID: 2087-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE, NC 28304

CREDITOR ID: 243753-12
BORDELON SERVICES INC
904 POPLAR STREET
METAIRIE, LA 70001

CREDITOR ID: 390384-54
BORDELON, DIANNA L
PO BOX 339
DUPONT, LA 71329

CREDITOR ID: 390371-54
BORDEN MILK PRODUCTS
1303 BERTRAND DRIVE
LAFAYETTE, LA 71322

CREDITOR ID: 243754-12
BORDERS MELONS EAST LLC
596 MJ TAYLOR ROAD
ADEL GA 31620

CREDITOR ID: 388515-54
BORELL-VEGA, SONJA
808 DELERY STREET
NEW ORLEANS, LA 70117

CREDITOR ID: 392595-55
BORELL-VEGA, SONJA
C/O: SALVADOR G. LONGORIA
GAUDIN & LONGORIA, LLC
858 CAMP ST.
NEW ORLEANS LA 70130

CREDITOR ID: 316027-41
BOREN, FRANK
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 315817-40
BOREN, FRANK D & GAIL F
C/O KEY BANK WA -31-99-0371
95 SECOND STREET
FRIDAY  HARBOR, WA 98250

CREDITOR ID: 1351-07
BOREN, FRANK D. AND GAIL F. BOREN
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243755-12<br>BORGEN SYSTEMS<br>1901 BELL AVE SUITE 2<br>DES MOINES IA 50315 | CREDITOR ID: 389516-54<br>BORGERSON, VANDA<br>904 EAST HATTON STREET<br>PENSACOLA, FL 32401 | CREDITOR ID: 393189-55<br>BORGERSON, VANDA<br>C/O: JAMES F. MCKENZIE, ESQ.<br>MCKENZIE & TAYLOR, P.A.<br>905 E. HATTON STREET<br>PENSACOLA, FL 32503 |
| CREDITOR ID: 243757-12<br>BORGES DISTRIBUTORS INC<br>7860 NW 62ND STREET<br>MIAMI, FL 33166 | CREDITOR ID: 243756-12<br>BORGES DISTRIBUTORS INC<br>ATTN ANTONIO RIVAS, PRES<br>7860 NW 62ND STREET<br>MIAMI, FL 33166 | CREDITOR ID: 392926-55<br>BORGESE, ESTATE OF EVELYN<br>C/O BADER, STILLMAN & ALDER, PL<br>ATTN ELIOT M BADER, ESQ<br>6100 WEST ATLANTIC BLVD<br>MARGATE FL 33063 |
| CREDITOR ID: 389025-54<br>BORGESE, EVELYN<br>2720 N. PINE ISLAND RD.<br>SUNRISE, FL 33322 | CREDITOR ID: 389239-54<br>BORGSTEDE, EDWARD<br>1701 N. SIBLEY STREET<br>METAIRIE LA 70003 | CREDITOR ID: 393081-55<br>BORGSTEDE, EDWARD<br>C/O: CHRISTIAN BOGART<br>3838 N. CAUSEWAY BLVD.<br>29TH FLOOR 3 LAKEWAY<br>METAIRIE LA 70002 |
| CREDITOR ID: 406400-MS<br>BORGSTEDE, WAYNE D<br>437 ASHLAWN DR<br>HARAHAN LA 70123 | CREDITOR ID: 386944-54<br>BORRERO, DORA M<br>2448 WASHINGTON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 394293-56<br>BORROTO, REGULO<br>9101 SW 10TH TERRACE<br>MIAMI FL 33174 |
| CREDITOR ID: 387873-54<br>BORZA, AMERICO<br>2105 MCINTOSH RD<br>SARASOTA, FL 34232 | CREDITOR ID: 392155-55<br>BORZA, AMERICO<br>C/O: NICHOLAS P. SARDELIS, JR.<br>SARDELIS AND BOWLES, L.L.P.<br>2033 MAIN ST.<br>SUITE 502<br>SARASOTA FL 34237 | CREDITOR ID: 385592-54<br>BOSBOUS, JOE<br>15936 GREATER GROVER BLVD<br>CLERMONT, FL 34711 |
| CREDITOR ID: 390884-55<br>BOSBOUS, JOE<br>C/O: MICHAEL F. SUTTON<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 385766-54<br>BOSLEY, LINDA<br>113 MARY ST<br>SUMMERVILLE, SC 29483 | CREDITOR ID: 391039-55<br>BOSLEY, LINDA<br>C/O: THOMAS H. HESSE<br>KNIGHT LAW FIRM<br>207 E THIRD ST<br>SUMMERVILLE SC 29483 |
| CREDITOR ID: 383216-15<br>BOSQUE RIVER ASSOCIATES<br>C/O ROBINSON BROG LEINWAND ET AL<br>ATTN FRED B RINGEL, ESQ<br>1345 AVENUE OF THE AMERICAS, FL 31<br>NEW YORK NY 10105-0143 | CREDITOR ID: 243758-12<br>BOSQUE RIVER ASSOCIATES<br>PO BOX 6401<br>METAIRIE, LA 70009-6401 | CREDITOR ID: 243759-12<br>BOSS BALLOON<br>221 W FIRST STREET<br>KEWANEE IL 61443 |
| CREDITOR ID: 403286-83<br>BOSS CERTIFIED REALTIME REPORTING , INC.<br>515 EAST LAS OLAS BLVD. SUITE 100<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 265498-31<br>BOSSIER LVEE DST BD CMMSSONERS<br>ATTN: CAPERS KINARD<br>3404 INDUSTRIAL DR<br>BOSSIER CITY LA 71112-2450 | CREDITOR ID: 243760-12<br>BOST DISTRIBUTING CO<br>PO BOX 447<br>SANFORD, NC 27330-0447 |
| CREDITOR ID: 243761-12<br>BOSTICK FINDLEY INC<br>22838 NETWORK PLACE<br>CHICAGO IL 60673-1227 | CREDITOR ID: 243762-12<br>BOSTIK FINDLEY<br>22838 NETWORK PLACE<br>CHICAGO IL 60673-1227 | CREDITOR ID: 243763-12<br>BOSTON CLEANERS<br>ATTN JAMES W ROBBINS, PRES<br>2182 NORTH CHURCH STREET<br>PO BOX 3466<br>BURLINGTON, NC 27215 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243764-12<br>BOSTON DIRECT LOBSTERS<br>207 IRIS AVE<br>JEFFERSON, LA 70121-2807 | CREDITOR ID: 243765-12<br>BOSTON RETAIL PRODUCTS<br>PO BOX 6108<br>WORCESTER MA 01606-6108 | CREDITOR ID: 243766-12<br>BOSTWICH COMMUNITY ASSOCIATION INC<br>BOX 245<br>BOSTWICH, FL 32007 |
| CREDITOR ID: 387241-54<br>BOSWELL, BEVERLY<br>4185 W LAKE MARY BLVD OFC<br>LAKE MARY, FL 32746-2401 | CREDITOR ID: 391829-55<br>BOSWELL, BEVERLY<br>C/O RANDY E SCHIMMELPFENNING ESQ<br>MORGAN COLLING & GILBERT PA<br>20 N ORANGE AVE 16TH FLOOR<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 392446-55<br>BOSWELL, JAMES R<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY R WILLIS, ESQ<br>4761 MAIN STREET<br>PO DRAWER 1227<br>MILLBROOK AL 36054 |
| CREDITOR ID: 388330-54<br>BOSWELL, JAMES R<br>28 CRAN DRIVE<br>GREENVILLE, AL 36037 | CREDITOR ID: 386735-54<br>BOTELLO, LAURIE<br>PO BOX 2711<br>DOUGLAS GA 31534 | CREDITOR ID: 391664-55<br>BOTELLO, LAURIE<br>C/O: WILTON STONE<br>PO BOX 729<br>VALDOSTA GA 31603 |
| CREDITOR ID: 243767-12<br>BOTETOURT CO<br>1 WEST MAIN, BOX 4<br>FINCASTLE, VA 24090-0004 | CREDITOR ID: 243768-12<br>BOTETOURT COUNTY COMMISSIONER<br>OF REVENUE<br>PO BOX 128<br>FINCASTLE VA 24090 | CREDITOR ID: 243769-12<br>BOTT ANDERSON PARTNERS INC<br>135 PROFESSIONAL DRIVE<br>SUITE 106<br>PONTE VEDRA, FL 32082 |
| CREDITOR ID: 279121-99<br>BOTTLING GROUP LLC D/B/A<br>THE PEPSI BOTTLING GROUP<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: ANUSIA GAYER/BRUCE NATHAN<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 406401-MS<br>BOTTOMS, LARRY L.<br>1810 SHADY CREEK DR.<br>CANTONMENT FL 32533 | CREDITOR ID: 243770-12<br>BOTTS PLUMBING<br>1330 NEW SALEM ROAD<br>GLASGOW KY 42141 |
| CREDITOR ID: 243771-12<br>BOUDREAUX ELEMENTARY<br>950 BERMAN HWY<br>TERRYTOWN, LA 70056 | CREDITOR ID: 389390-54<br>BOUDREAUX, DONNA<br>107 ROSELAWN<br>HOUMA LA 70363 | CREDITOR ID: 389184-54<br>BOUDREAUX, MARIA<br>7667 PATTERSON DRIVE<br>NEW ORLEANS, LA 70127 |
| CREDITOR ID: 393047-55<br>BOUDREAUX, MARIA<br>C/O THE CALUDA & REBENNACK LAW FIRM<br>ATTN ROBERT J CALUDA, ESQ<br>3232 EDENBORN AVENUE<br>METAIRIE LA 70002 | CREDITOR ID: 404255-95<br>BOUDREAUXS FOOD<br>CAMBRIDGE FACTORS<br>PO BOX 75531<br>BALTIMORE MD 21275-5531 | CREDITOR ID: 243772-12<br>BOUDREAUXS FOOD<br>5401 TOLER STREET<br>HARAHAN, LA 70123-5222 |
| CREDITOR ID: 403411-15<br>BOUDREAUX'S FOODS INC<br>ATTN RICHARD V HAYWARD, PRES<br>5401 TOLER ST<br>HARAHAN LA 70123 | CREDITOR ID: 243781-12<br>BOULEVARD TIRE CENTER<br>800 SOUTH NOVA ROAD<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 243778-12<br>BOULEVARD TIRE CENTER<br>3850 NW 30TH AVENUE<br>MIAMI, FL 33142 |
| CREDITOR ID: 243777-12<br>BOULEVARD TIRE CENTER<br>3716 INTERSTATE PARK ROAD<br>WEST PALM, FL 33404 | CREDITOR ID: 243774-12<br>BOULEVARD TIRE CENTER<br>1609 NORTH COCOA BOULEVARD<br>COCOA FL 32922 | CREDITOR ID: 243779-12<br>BOULEVARD TIRE CENTER<br>570 HENDERSON ROAD<br>JACKSONVILLE, FL 32254 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 243782-12
BOULEVARD TIRE CENTER
816 S WOODLAND BLVD
DE LAND FL 32720

CREDITOR ID: 243783-12
BOULEVARD TIRE CENTER
8210 SOUTH ORANGE AVENUE
ORLANDO, FL 32809

CREDITOR ID: 243775-12
BOULEVARD TIRE CENTER
202 NORTH INGRAHAM AVENUE
LAKELAND, FL 33801

CREDITOR ID: 243773-12
BOULEVARD TIRE CENTER
1205 BISCAYNE BOULEVARD
DELAND, FL 32720

CREDITOR ID: 243784-12
BOULEVARD TIRE CENTER
PO BOX C
30938 HIGHWAY 27
LAKE HAMILTON, FL 33851

CREDITOR ID: 243780-12
BOULEVARD TIRE CENTER
5808 EAST HILLBOROUGH AVENUE
TAMPA, FL 33610

CREDITOR ID: 243776-12
BOULEVARD TIRE CENTER
30938 HWY 27
PO BOX C
LAKE HAMILTON, FL 33851

CREDITOR ID: 399406-99
BOULT CUMMINGS CONERS & BERRY PLC
ATTN: AUSTIN L MCMULLEN
ROUNDABOUT PLAZA
160 DIVISION ST, STE 700
NASHVILLE TN 37203

CREDITOR ID: 404256-95
BOUNTY FRESH
8550 NW 17TH ST   STE100
MIAMI FL 33126

CREDITOR ID: 243785-12
BOUNTY FRESH
PO BOX 441088
MIAMI, FL 33144-1088

CREDITOR ID: 278853-30
BOUQUET COLLECTION
7980 NORTHWEST 33RD STREET
MIAMI, FL 33122

CREDITOR ID: 404257-95
BOUQUET COLLECTION
2752 NORTHWEST 79TH AVENUE
MIAMI FL 33122

CREDITOR ID: 386200-54
BOURASSA, RON
37424 CASTLEBERRY DR.
ZEPHYRHILLS FL 33542

CREDITOR ID: 315950-41
BOURBOURVILLE SHOPPING CENTER INC
P.O. BOX 1152
BAROURVILLE KY 40906

CREDITOR ID: 243787-12
BOURG ELEMENTARY
4413 GRACE ST
BOURG, LA 70343

CREDITOR ID: 406284-15
BOURGEOIS, ANITA
C/O WILLIAM MURA JR, ESQ
320 NO CARROLLTON AVE, SUITE 200
NEW ORLEANS LA 70119

CREDITOR ID: 390195-54
BOURKE, TONI
25 SOUTH COURT STREET
MONTGOMERY, AL 36104

CREDITOR ID: 393636-55
BOURKE, TONI
C/O NELSON & TEAGUE, LLC
ATTN ROBERT F NELSON, ESQ
25 SOUTH COURT STREET
MONTGOMERY AL 36104

CREDITOR ID: 385330-54
BOURQUARD, CHRISTINE
1201 LAKE AVENUE
APT 230
METAIRIE, LA 70005

CREDITOR ID: 390637-55
BOURQUARD, CHRISTINE
C/O GAUDIN & GAUDIN ATTYS AT LAW
ATTN HILARY G GAUDIN ESQ
1088 FOURTH STREET
PO BOX 156
GRETNA LA 70054

CREDITOR ID: 243788-12
BOUTTE CHRISTIAN ACADEMY
PO BOX 522
BOUTTE, LA 70039

CREDITOR ID: 386779-54
BOUTWELL, FRANK
2388 ASHMORE DR.
CLEARWATER FL 33763

CREDITOR ID: 406402-MS
BOUTWELL, GLIFORD F.
2388 ASHMORE DR.
CLEARWATER FL 33763

CREDITOR ID: 243789-12
BOVA DISTRIBUTING COMPANY
440 INDUSTRIAL DRIVE
HOLLINS, VA 24019

CREDITOR ID: 393742-58
BOWD
5746 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 393740-58
BOWD - SCI PROMOTION GROUP
5746 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 393741-58
BOWD -SCI PROMOTION GROUP
5746 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 374487-44
BOWDEN, CYNTHIA
1276 CONSERVANCY DR EAST
TALLAHASSEE, FL 32312

CREDITOR ID: 1133-RJ
BOWDOIN SQUARE LLC
C/O HEAD COMPANIES
PO BOX 230
POINT CLEAR, AL 36564

CREDITOR ID: 269221-16
BOWDOIN SQUARE, LLC
C/O STEWART M. COX
BRADLEY, ARANT, ET AL.
2001 PARK PLACE SUITE 1400
BIRMINGHAM, AL 35203-2736

CREDITOR ID: 243828-12
BOWEN, BRAD J
1521 SCHOONER LANE
SEBASTIAN FL 32958

CREDITOR ID: 386529-54
BOWEN, CHARLES
5 CLEARVIEW CIRCLE
TRAVELERS REST SC 29690

CREDITOR ID: 385550-54
BOWEN, GARNET
4200 NW 3RD CT
PLANTATION, FL 33318

CREDITOR ID: 390848-55
BOWEN, GARNET
C/O SCOTT E ROVENGER PA
ATTN SCOTT E ROVENGER, ESQ
600 S PINE ISLAND ROAD, SUITE 203
PLANTATION FL 33324

CREDITOR ID: 381469-47
BOWEN, JENNIFER
1141 SOUTHWEST 12TH AVENUE
POMPANO BEACH, FL 33069

CREDITOR ID: 243790-12
BOWERS ELECTRIC INC
120 BOWERS LANE
EASLEY, SC 29640-8928

CREDITOR ID: 404258-95
BOWERS SHRIMP
RT 1 BOX 534B
PALACIOS TX 77465

CREDITOR ID: 243791-12
BOWERS SHRIMP FARM
ATTN MICHAEL HOOPER, BUS MGR
24781 SH 35 S
PALACIOS, TX 77465

CREDITOR ID: 243923-12
BOWERS, BRENT E
3903 WESTMOUNT DRIVE
GREENSBORO NC 27410-2161

CREDITOR ID: 375531-44
BOWERS, JIMMIE
NOL DIV STORE# 1342
JITNEY JUNGLE
P.O BOX 512
OKOLONA, MS 38860

CREDITOR ID: 406403-MS
BOWERS, RONNIE
302 WELDON PARK DRIVE
MANDEVILLE LA 70471

CREDITOR ID: 403530-93
BOWIE, MILDRED
868 CLEO CHAPHAM HWY
SUNSET SC 28685-2703

CREDITOR ID: 400104-84
BOWLES, LEROY
302 MORROW RD
FOREST PARK GA 30297

CREDITOR ID: 140-03
BOWLING GREEN MUNICIPAL
801 CENTER STREET
BOWLING GREEN KY 42102-7300

CREDITOR ID: 243793-12
BOWLING GREEN SCHOOL
700 VARNADO
FRANKLINTON, LA 70438

CREDITOR ID: 243794-12
BOWLINGS LAWN & IRRIGATION
2914 GLENAFTON LANE
LOUISVILLE, KY 40217

CREDITOR ID: 243795-12
BOWMAN APPLE PRODUCTS COMPANY
PO BOX 79618
BALTIMORE, MD 21279-0618

CREDITOR ID: 243796-12
BOWMAN DAIRY COMPANY
4420 BISHOP LANE
LOUISVILLE, KY 40218

CREDITOR ID: 386080-54
BOWMAN, BRUCE
6071 HWY 85, APT 13B
RIVERDALE, GA 30274

CREDITOR ID: 248349-12
BOWMAN, DONNA
8521 BANDERA CIRCLE EAST
JACKSONVILLE, FL 32244

CREDITOR ID: 406404-MS
BOWMAN, RICHARD D.
676 HERMITS COVE
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 390199-54
BOWMAN, WANDA
1311 TROON WAY
ROCKLEDGE FL 32955

CREDITOR ID: 382858-51
BOX USA
472 EAGLE'S LANDING PARKWAY
STOCKBRIDGE, GA 30281

CREDITOR ID: 243797-12
BOX USA
BANK OF AMERICA LOCKBOX SVC
FED DISTRICT #7
5847 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243798-12<br>BOX USA<br>PO BOX 100752<br>ATLANTA, GA 30384-0752 | CREDITOR ID: 405945-15<br>BOXMAN, JUDITH<br>59 KWOLLWOOD DRIVE<br>MAYS LANDING NJ 08330 | CREDITOR ID: 405947-15<br>BOXMAN, RONALD<br>59 KNOLLWOOD DRIVE<br>MAYS LANDING NJ 08330 |
| CREDITOR ID: 243799-12<br>BOY SCOUT TROOP # 96<br>406 MILLRACE DRIVE<br>COLD SPRINGS KY 41076 | CREDITOR ID: 243800-12<br>BOY SCOUT TROOP #75<br>203 CREEK TRACE ROAD<br>ALEXANDRIA KY 41001 | CREDITOR ID: 243801-12<br>BOY SCOUT TROOP #923<br>2028 LAYHIGH ROAD<br>HAMILTON OH 45013 |
| CREDITOR ID: 243802-12<br>BOY SCOUTS OF AMERICA # 76<br>C/O CHRIST UNITED METHODIST CHURCH<br>5512 26TH STREET WEST<br>BRADENTON FL 34207 | CREDITOR ID: 381216-47<br>BOY SCOUTS OF AMERICA GEORGIA CAROLINA<br>1804 GORDON HIGHWAY<br>AUGUSTA, GA 30904 | CREDITOR ID: 381217-47<br>BOY SCOUTS OF AMERICA OCCONEECHEE<br>PO BOX 41229<br>RALEIGH, NC 27629 |
| CREDITOR ID: 404262-95<br>BOY SCOUTS TROOP 110 BSA<br>80294 HWY 1129<br>COVINGTON LA 70435 | CREDITOR ID: 243803-12<br>BOY SCOUTS TROOP 110 BSA<br>12120 JOINER WYMER ROAD<br>COVINGTON, LA 70433 | CREDITOR ID: 243804-12<br>BOYD & GREENE LLC<br>115 PERIMETER CENTER PLACE<br>SUITE 635<br>ATLANTA GA 30346 |
| CREDITOR ID: 243805-12<br>BOYD & JORDAN LLC<br>1544 EBENEZER ROAD<br>ROCK HILL SC 29732 | CREDITOR ID: 249172-12<br>BOYD, ESTELLE L<br>4795 KALMIA CIRCLE<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 375079-44<br>BOYD, GLENN<br>708 MICHELLE COURT<br>GRETNA LA 70056 |
| CREDITOR ID: 386087-54<br>BOYD, KRISTINA<br>4011 3RD AVE SOUTH<br>SAINT PETERSBURG, FL 33709 | CREDITOR ID: 391279-55<br>BOYD, KRISTINA<br>C/O RICK G. BANNON, PA LAW OFFICES<br>ATTN RICK G BANNON, ESQ<br>1901 DR MARTIN L KING ST N, STE A<br>ST PELERSBURG FL 33704 | CREDITOR ID: 388647-54<br>BOYD, LOLA<br>10915 NORMANDY BLVD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 392697-55<br>BOYD, LOLA<br>C/O: C. JAMES MCCALL, ESQ.<br>LAW AND MEDIATION OFFICE TIMOTHY W. ROGE<br>1907 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 397858-76<br>BOYD, RACHEL L.<br>55 SUPERFAN LANE<br>WINNSBORO, SC 29180 | CREDITOR ID: 388763-54<br>BOYD, RASHEEN<br>873 MEMORIAL DR.<br>GATE HOUSE  APT E<br>DECATUR GA 30032 |
| CREDITOR ID: 388262-54<br>BOYD, THOMAS<br>10229 127TH PLACE NORTH<br>LARGO FL 33773 | CREDITOR ID: 405932-93<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 | CREDITOR ID: 390481-54<br>BOYDELL, ROBERT VINCENT<br>2691 E VENUS ST<br>INVERNESS, FL 34453 |
| CREDITOR ID: 393445-55<br>BOYDELL, ROBERT VINCENT<br>C/O FLORIN ROEBIG, PA<br>ATTN THOMAS D ROEBIG JR, ESQ<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 | CREDITOR ID: 243807-12<br>BOYDEN GLOBAL EXECUTIVE SEARCH<br>2859 PACES FERRY ROAD, SUITE 2100<br>ATLANTA, GA 30339 | CREDITOR ID: 243808-12<br>BOYDS HOME & LAWN MAINTENANCE<br>PO BOX 843<br>MCCOMB, MS 39649 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404263-95<br>BOYDS HOME & LAWN MAINTENANCE<br>1100 SHADY LANE<br>MCCOMB MS 39648 | CREDITOR ID: 278854-30<br>BOYD'S PRODUCE<br>495 N WHITE CEDAR RD<br>SANFORD, FL 32771 | CREDITOR ID: 243810-12<br>BOYER PRODUCE INC<br>19801 NORTHWEST HWY 335<br>WILLISTON FL 32696-4210 |
| CREDITOR ID: 243811-12<br>BOYERS LOCKSMITH & SECURE<br>1200 N VOLUSIA AVE<br>ORANGE CITY, FL 32763 | CREDITOR ID: 243812-12<br>BOYET JR HIGH SCHOOL PTA<br>59295 REBEL DR<br>SLIDELL, LA 70461 | CREDITOR ID: 386365-54<br>BOYKIN, DEBRA<br>1115 MANDARIN DRIVE<br>CLERMONT FL 34711 |
| CREDITOR ID: 391449-55<br>BOYKIN, DEBRA<br>C/O: WADE COYE ESQ.<br>730 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 391532-55<br>BOYKIN, JEFFERY<br>C/O: CATHY DONOHOE<br>DONOHOE & STAPLETON, LLC<br>ONE DEXTER AVE<br>MONTGOMERY AL 36104 | CREDITOR ID: 397963-76<br>BOYKIN, JEFFREY<br>407 EMPIRE ROAD<br>MONTGOMERY, AL 36110 |
| CREDITOR ID: 265499-31<br>BOYKINS WASTE WATER TREATMENT<br>ATTN: BOB CROAK<br>19028 EIGHT SCHOOLHOUSE<br>BOYKINS VA 23827 | CREDITOR ID: 375077-44<br>BOYLES, GLENDA<br>551 TOWER ROAD<br>VALE NC 28168 | CREDITOR ID: 243813-12<br>BOYNTON BEACH POLICE DEPARTMENT<br>PO BOX 310<br>BOYNTON BEACH FL 33435 |
| CREDITOR ID: 2089-07<br>BOYNTON LAKES PLAZA<br>C/O REGENCY CENTERS LP<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 1135-07<br>BOYNTON LAKES PLAZA<br>C/O REGECNY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 243814-12<br>BOYNTON LAKES PLAZA<br>C/O REGECNY CENTERS LP<br>PO BOX 532937<br>ATLANTA GA 30353-2937 |
| CREDITOR ID: 389623-54<br>BOYNTON, LUNDONE<br>17621 SW 107TH AVENUE<br>MIAMI, FL 33177 | CREDITOR ID: 243815-12<br>BOYS & GIRLS CLUB OF ACADIANA<br>PO BOX 62166<br>LAFAYETTE LA 70596-2166 | CREDITOR ID: 243816-12<br>BOYS & GIRLS CLUBS OF ACADIANA<br>PO BOX H<br>LAFAYETTE LA 70502 |
| CREDITOR ID: 243817-12<br>BOYS AND GIRLS CLUB OF BROWARD CO<br>1401 NORTHEAST 26TH STREET<br>FORT LAUDERDALE FL 33305 | CREDITOR ID: 243818-12<br>BOYS AND GIRLS CLUB OF NORTHEAST FL<br>1300 RIVERPLACE BLVD<br>SUITE 310<br>JACKSONVILLE FL 32207 | CREDITOR ID: 373945-44<br>BOYTON LAKES PLAZA<br>C/O REGECNY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 |
| CREDITOR ID: 243819-12<br>BOZEMAN DISTRIBUTORS<br>11150 AIRLINE HWY<br>BATON ROUGE LA 70816-6003 | CREDITOR ID: 243821-12<br>BP SOLVAY POLYETHYLENE<br>NORTH AMERICA<br>DEPT CH 14032<br>PALATINE, IL 60055-4032 | CREDITOR ID: 243822-12<br>BPI/TWIN STATE BATTERY<br>PO BOX 1274<br>NEWTON NC 28658 |
| CREDITOR ID: 265500-31<br>BPU WASTE WATER TRTMNT PLANT<br>ATTN: CHARLES R PERRY<br>135 SEYMORE LN<br>PARIS TN 38242-8687 | CREDITOR ID: 381945-50<br>BQI LIMITED<br>CARROLL'S VILLAGE ROAD<br>PO BOX N<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 390161-54<br>BRABHAM, MARICA<br>10820 CAMERON COURT<br>APT 207<br>DAVIE, FL 33324 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 387193-54
BRACEY, JANICE
207 VALLEY RIDGE DRIVE
JACKSON, MS 39206-3158

CREDITOR ID: 391779-55
BRACEY, JANICE
C/O: EDNA JONES-STRINGER
STRINGER & ASSC
P.O. BOX 11353
JACKSON MS 39283

CREDITOR ID: 243823-12
BRACH & BROCK CONFECTIONS
PO BOX 201114
DALLAS TX 75320-1114

CREDITOR ID: 381971-36
BRACH'S CONFECTIONS
ATTN: JOHN A VOGEL
PO BOX 22427
CHATTANOOGA TN 37422-2427

CREDITOR ID: 404264-95
BRACHS CONFECTIONS INC
PO BOX 201120
DALLAS TX 75320-1120

CREDITOR ID: 243824-12
BRACHS CONFECTIONS INC
3424 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 247273-12
BRACKETT, CRYSTAL L
3226 DOLPHIN DRIVE
SEBRING FL 33870-0100

CREDITOR ID: 243825-12
BRACO
WINDOW CLEANING SERVICE INC
ONE BRACO INTERNATIONAL BLVD
WILDER KY 41076

CREDITOR ID: 397859-76
BRACY, JANET
7301 NEW CASTLE ST.
NEW  ORLEANS, LA 70126

CREDITOR ID: 243826-12
BRAD ANDERSON PLUMBING
PO BOX 436
HOPKINSVILLE, KY 42240

CREDITOR ID: 387578-54
BRADBERRY, BARRY
99 CR 866
SELMA AL 36701

CREDITOR ID: 243831-12
BRADCO SUPPLY CORP
1542 APEX ROAD
SARASOTA FL 34240

CREDITOR ID: 392110-55
BRADDY, SALLIE MAE
C/O SLOOTSKY & GOLDSTEIN
ATTN JEFFREY M BRAXTON, ESQ
2701 W. OAKLAND PARK BLVD, STE 100
FT LAUDERDALE FL 33311

CREDITOR ID: 390430-54
BRADDY, SALLIE MAE
1300 NW 43RD TERR, APT 104
LAUDERHILL, FL 33313

CREDITOR ID: 387098-54
BRADDY, ZINA
723 PENNSYLVANIA AVE
BRONSON FL 32621

CREDITOR ID: 265501-14
BRADENTON BEACH CITY OF
ATTN: CAROL WHITMORE
5801 MARINA DR
HOLMES BEACH FL 34217-1561

CREDITOR ID: 243832-12
BRADENTON FAMILY MEDICAL CENTER
4805 26TH ST W
BRADENTON FL 34207

CREDITOR ID: 382423-51
BRADENTON HERALD
PO BOX 921
BRADENTON, FL 34206

CREDITOR ID: 243834-12
BRADFORD CO TELEGRAPH INC
PO DRAWER A
STARKE FL 32091

CREDITOR ID: 243836-12
BRADFORD COUNTY TELEGRAPH INC
PO BOX A
STARKE, FL 32091-1285

CREDITOR ID: 243837-12
BRADFORD FAMILY MEDICAL GROUP
PO BOX 550861B
TAMPA FL 33655

CREDITOR ID: 243838-12
BRADFORD INDUSTRIAL GROUP INC
PO BOX 189
LAWTEY FL 32058

CREDITOR ID: 390377-54
BRADFORD, CHRISTOPHER G
PO BOX 871
COTTON PORT, LA 71357

CREDITOR ID: 390839-55
BRADFORD, CHRISTOPHER G
C/O: CORY P. ROY
RABALAIS & ROY LLC
122 EAST MARK STREET
POST OFFICE BOX 447
MARKSVILLE LA 71351

CREDITOR ID: 265502-14
BRADLEY COUNTY TRUSTEE
ATTN: ANDERSON MILLER
155 N OCOEE ST STE 104
CLEVELAND TN 37311-5068

CREDITOR ID: 315952-41
BRADLEY REAL ESTATE INC
40 SKOKIE BLVD, SUITE 600
NORTHBROOK IL 60062-1626

CREDITOR ID: 406405-MS
BRADLEY SR, JAMES D
333 SCENIC POINT LANE
ORANGE PARK FL 32003

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386641-54<br>BRADLEY, BARBARA JEAN<br>1370 HURLEY SCHOOL ROAD<br>SALISBURY NC 28147 | CREDITOR ID: 386616-54<br>BRADLEY, CINDY<br>207 PALESTINE GARDENS RD<br>LUCEDALE MS 39452 | CREDITOR ID: 406406-MS<br>BRADLEY, JACKIE L.<br>7301 COUNTY RD., #406<br>GRANDVIEW TX 76050 |
| CREDITOR ID: 406407-MS<br>BRADLEY, JAMES H.<br>7341 WINCHESTER DR.<br>KNOXVILLE TN 37919 | CREDITOR ID: 399471-82<br>BRADLEY, JULIUS<br>719 CEDAR DRIVE<br>DAPHNE  AL 36526 | CREDITOR ID: 385343-54<br>BRADLEY, LARRY<br>2713 PANAMA STREET<br>KENNER, LA 70062 |
| CREDITOR ID: 390651-55<br>BRADLEY, LARRY<br>C/O: IRVY E. COSSE, III<br>COSSE & COSSE, LLC<br>1130 ST. CHARLES AVE.<br>NEW ORLEANS LA 70130 | CREDITOR ID: 373954-44<br>BRADLEY, MAMMIE L<br>121 TULANE ST<br>HOUMA, LA 70363 | CREDITOR ID: 406408-MS<br>BRADLEY, PAUL J.<br>957 BROOKRIDGE DR.<br>GARDENDALE AL 35071 |
| CREDITOR ID: 262462-12<br>BRADLEY, TAMMY<br>122 PEGGY DRIVE<br>FLORENCE, MS 39073 | CREDITOR ID: 390239-54<br>BRADLEY, TERRY<br>209 W. CUMMING PLACE<br>VALDOSTA GA 31601 | CREDITOR ID: 243842-12<br>BRADLEYS TRUCK SERVICE<br>2919 N I-85 SERVICE RD<br>CHARLOTTE, NC 28269 |
| CREDITOR ID: 243843-12<br>BRADS GLASS CO<br>7111 MAIN ST<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 384014-47<br>BRADS GLASS CO<br>10330 CHEDOAK COURT<br>BLDG 300<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 387600-54<br>BRADY, DEBRA<br>1175 HWY 341<br>WOODLAND MS 39776 |
| CREDITOR ID: 406409-MS<br>BRADY, JAMES L.<br>3820 161ST RD.<br>LIVE OAK FL 32060 | CREDITOR ID: 387829-54<br>BRADY, RICHARD<br>101 HEAFNER DR<br>SHELBY NC 28150 | CREDITOR ID: 406410-MS<br>BRADY, VIRGINIA<br>1274 THE GROVE RD.<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 406411-MS<br>BRAGIN, DAVID H.<br>540 PENNINSULA CT<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 243844-12<br>BRAMLETTE FLOOR SERVICE<br>ATTN GRAHAM N BRAMLETTE, PRES<br>110 WELCOME AVENUE<br>GREENVILLE, SC 29611 | CREDITOR ID: 243845-12<br>BRAN LUEBBE INC<br>2678 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 243846-12<br>BRANCH CAPITAL PARTNERS LP<br>PO BOX 101882<br>ATLANTA GA 30392-1882 | CREDITOR ID: 243847-12<br>BRANCH ELEMENTARY PTO<br>PO BOX 450<br>BRANCH, LA 70516 | CREDITOR ID: 2090-07<br>BRANCH PROPERTIES, LLC<br>400 COLONY SQUARE, SUITE 1630<br>ATLANTA GA 30361 |
| CREDITOR ID: 388004-54<br>BRANCH, ALLAN<br>3516 SW 12TH COURT<br>DAVIE, FL 33312 | CREDITOR ID: 392281-55<br>BRANCH, ALLAN<br>C/O: JOHN GETZ, ESQ.<br>FELDMAN & GETZ LLP<br>7280 W PALMETTO PARK ROAD<br>SUITE 106<br>BOCA RATON FL 33433 | CREDITOR ID: 256203-12<br>BRANCH, MICHAEL<br>858 S 24TH STREET<br>LOUISVILLE KY 40211 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252642-12<br>BRAND, JAMES H<br>6453 ZERO ROAD<br>MERIDIAN, MS 39301 | CREDITOR ID: 240811-10<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 | CREDITOR ID: 243849-12<br>BRANDENBURG TEL CO INC<br>PO BOX 599<br>BRANDENBURG, KY 40108-0599 |
| CREDITOR ID: 403421-93<br>BRANDES INVESTMENT PARTNERS LP<br>11988 EL CAMINO REAL, SUITE 500<br>SAN DIEGO CA 92130 | CREDITOR ID: 244760-12<br>BRANDES, CATHERINE<br>6670 ABERDEEN AVENUE<br>COCOA FL 32927 | CREDITOR ID: 1136-07<br>BRANDON CENTRE SOUTH<br>C/O PRESTON OIL COMPANY LP<br>PO BOX 7520<br>THE WOODLANDS, TX 77387 |
| CREDITOR ID: 243854-12<br>BRANDON CENTRE SOUTH<br>C/O PRESTON OIL COMPANY LP<br>PO BOX 7520<br>THE WOODLANDS, TX 77387 | CREDITOR ID: 243861-12<br>BRANDON WESTMORELAND<br>C/O CURTIS LOVEJOY<br>4950 KUDZU LANE<br>MORGANTON NC 28655 | CREDITOR ID: 388064-54<br>BRANDON, LEON<br>20349 HWY 8 WEST<br>ABERDEEN, MS 39730 |
| CREDITOR ID: 392332-55<br>BRANDON, LEON<br>C/O: CORY SIMS, ESQ.<br>JIMMY D SHELTON AND ASSOCIATES<br>PO BOX 1362<br>TUPELO MS 38802-1362 | CREDITOR ID: 390370-54<br>BRANDS CO, RPORATION INTERSTATE<br>12 E ARMOUR BLVD<br>KANSAS CITY, MO 64141 | CREDITOR ID: 243339-12<br>BRANDS, BERNARD<br>5104 FOURTH ST<br>MARRERO LA 70072 |
| CREDITOR ID: 400603-91<br>BRANDT JR, ROBERT W<br>172 DELLWOOD CT SE<br>PALM BAY FL 32909-2311 | CREDITOR ID: 387804-54<br>BRANDT, SANDRA<br>8852 YORKSHIRE CIR<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 392130-55<br>BRANDT, SANDRA<br>C/O DANIEL J BROWN, PA<br>ATTN DANIEL J BROWN, ESQ<br>1301 RIVERPLACE BLVD SUITE 2600<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 406412-MS<br>BRANDT, STEVE<br>14601 GREATER PINES BLVD.<br>CLAIRMONT FL 32247 | CREDITOR ID: 243862-12<br>BRANDWEEK<br>PO BOX 16749<br>NORTH HOLLYWOOD, CA 91615-9465 | CREDITOR ID: 265503-31<br>BRANDYWIN HARBOR PRPRTS<br>ATTN: GENE BROWN<br>69 HARBOR COVE DR<br>OLD HICKORY TN 37138-2169 |
| CREDITOR ID: 2091-07<br>BRANDYWINE PLAZA LTD<br>731 VASSAR STREET<br>ORLANDO, FL 32804 | CREDITOR ID: 2092-07<br>BRANDYWINE REAL ESTATE MGMT SERV<br>5840 NORTH ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32810 | CREDITOR ID: 399854-84<br>BRANIGAN, DENISE<br>1602 AVE G<br>BOGALUSA LA 70427 |
| CREDITOR ID: 243866-12<br>BRANNAN LANDSCAPE<br>ATTN: TIM BRANNON, PRES<br>4044 SOUTH BRYANT BLVD<br>SAN ANGELO, TX 76903 | CREDITOR ID: 243867-12<br>BRANNINGS TOWING<br>2595 FRONT STREET<br>COTTONDALE FL 32431 | CREDITOR ID: 389113-54<br>BRANNON, PAMELA<br>2308 CHALONA DRIVE<br>CHALMETTE, LA 70043 |
| CREDITOR ID: 243868-12<br>BRANSCOMB PRODUCE COMPANY<br>3709 GLENN AVENUE<br>WINSTON-SALEM NC 27105 | CREDITOR ID: 243869-12<br>BRANSON PLUMBING & HEATING<br>PO BO 964<br>JACKSON KY 41339 | CREDITOR ID: 243870-12<br>BRANT BICE<br>C/O SARAH BICE<br>102 YELLOW WOOD LANE<br>TRUSSVILLE AL 35173 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                    **CASE:** 05-03817-3F1

CREDITOR ID: 243872-12
BRANTLEY MACHINE & FABRICATION
PO BOX 12268
JACKSONVILLE, FL 32209

CREDITOR ID: 404266-95
BRANTLEY SECURITY
PO BOX 17181
LOUISVILLE KY 40217-0121

CREDITOR ID: 243873-12
BRANTLEY SECURITY
2429 CRITTENDEN DRIVE
LOUISVILLE, KY 40217

CREDITOR ID: 388015-54
BRANTLEY, SUZANNE
198 ARORA BLVD. #1706
ORANGE PARK, FL 32073

CREDITOR ID: 388015-54
BRANTLEY, SUZANNE
147 SOURWOOD LANE
SHARPES CHAPEL TN 37866

CREDITOR ID: 243875-12
BRANTLEYS TIRES INC
516 N MAIN ST
ATMORE AL 36502

CREDITOR ID: 243876-12
BRANTNER ELEMENTARY
609 BRANTNER LANE
STORE#1705
CINCINNATI OH 45244

CREDITOR ID: 386481-54
BRASFIELD, DAISY
2201 48TH ST. E.
APT 129
TUSCALOOSA AL 35405

CREDITOR ID: 391527-55
BRASFIELD, DAISY
C/O: FRANK M CAUTHEN, JR
601 GREENSBORO AVENUE
STE 700
TUSCALOOSA AL 35401

CREDITOR ID: 241863-12
BRASHEAR, ALAN M
929 JONES DRIVE
LOUISVILLE KY 40214

CREDITOR ID: 245396-12
BRASHER, CINDY
266 HWY 487
VANDIVER, AL 35176

CREDITOR ID: 374540-44
BRASHER, DARRELL
NOH DIV STORE CONSTTRUCTION
8713 MAPLE AVE
OCEAN SPRINGS, MS 39564

CREDITOR ID: 393692-58
BRASS MONKEY
345 55TH STREET OCEAN
MARATHON, FL 33050

CREDITOR ID: 243877-12
BRASWELL FOODS
PO BOX 485
STATESBORO GA 30458-0485

CREDITOR ID: 406413-MS
BRASWELL, JOE
2620 MOODY RD.
ORANGE PARK FL 32073

CREDITOR ID: 406414-MS
BRASWELL, TOMMY
908 E. OHIO AVE.
DELAND FL 32720

CREDITOR ID: 376460-44
BRATHWAITE, ONASIS
HDQ DIV
11453 BRIAN LAKES DRIVE
JACKSONVILLE, FL 32221

CREDITOR ID: 243857-12
BRAUGHLER, BRANDON D
BOX # 10
5353 PARKSIDE DRIVE
JUPITER FL 33458

CREDITOR ID: 244559-12
BRAVO, CARLOS
3601 KERNAN BLVD S
JACKSONVILLE FL 32224

CREDITOR ID: 386610-54
BRAVO, CLAUDIA
PO BOX 548
ARCHER FL 32618

CREDITOR ID: 391614-55
BRAVO, CLAUDIA
C/O: ANTHONY J. SALZMAN ESQ.
MOODY & SALZMAN
500 E. UNIVERSITY AVENUE,
SUITE A
GAINESVILLE FL 32602

CREDITOR ID: 386648-54
BRAVO, GLADYS
15610 SW 80TH STREET
APT J301
MIAMI FL 33193

CREDITOR ID: 391629-55
BRAVO, GLADYS
C/O: JUAN  CARLOS PARETS, ESQ
844 S.W. 1ST ST.
MIAMI FL 33130

CREDITOR ID: 394106-56
BRAVO, YENIS
8990 SW 24 ST, #213
MIAMI, FL 33165

CREDITOR ID: 373968-44
BRAWLEY BEEF LLC
PO BOX 515273
LOS ANGELES, CA 90051-6573

CREDITOR ID: 243878-12
BRAWLEY BEEF LLC
ATTN DAWN RUIZ, CR MGR
PO BOX 1211
BRAWLEY CA 92227

CREDITOR ID: 404267-95
BRAWLEY BEEF LLC
PO BOX 1211
BRAWLEY CA 92227-1211

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                    **CASE:**   05-03817-3F1

CREDITOR ID: 243879-12
BRAXTON BRITT PLUMBING SERVICE
PO BOX 7018
WILSON NC 27895-7018

CREDITOR ID: 377648-44
BRAXTON, VIGENE
268 NIAGARA ROAD
FITZ, GA 31750

CREDITOR ID: 243880-12
BRAY & SINGLETARY PA
PO BOX 53197
JACKSONVILLE, FL 32201

CREDITOR ID: 388049-54
BRAYBOY, MAQUIA
433 SW 1ST CT. APT 302
POMPANO BEACH, FL 33060

CREDITOR ID: 392319-99
BRAYBOY, MAQUIA
C/O: MARVIN S. SCHULMAN
MARVIN S. SCHULMAN, P.A.
2800 WESTON RD, SUITE 201
WESTON FL 33331

CREDITOR ID: 389381-54
BRAYDEN, CHARLES
955 KEENE RD
LARGO FL 33771

CREDITOR ID: 393171-55
BRAYDEN, CHARLES
C/O: BRENDA W FURLOW
BRENDA W. FURLOW, ESQ.
1000 BELCHER ROAD
SUITE A6
LARGO FL 33771

CREDITOR ID: 389186-54
BRAZIEL, PAULINE
2803 FLAT SHOALS RD
DECATUR, GA 30034

CREDITOR ID: 393049-55
BRAZIEL, PAULINE
C/O: ROBERT S. WINDHOLZ
8565 DUNWOOD PLACE, BLDG. 15
ATLANTA GA 30350

CREDITOR ID: 243881-12
BREAD BIZZ
2020 FRANCIS AVENUE
MATAIRIE, LA 70003

CREDITOR ID: 404268-95
BREAD BIZZ
2013 FRANCIS AVENUE
METAIRIE LA 70003

CREDITOR ID: 394242-56
BREAN, JOAN
612 NW 14 AVE UNIT B
FORT LAUDERDALE, FL 33304

CREDITOR ID: 400419-85
BREAN, JOAN
C/O LAWRENCE J. BOHANNON, ATTORNEY AT LAW
BOHANNON, ROGERS & ARONSON, ATTORNEYS
1141 SOUTHEAST SECOND AVENUE
FORT LAUDERDALE FL 33316-1007

CREDITOR ID: 243885-12
BREAU BEAR INC
656 W BROUSSARD RD
LAFAYETTE, LA 70506

CREDITOR ID: 407760-15
BREAU BEAR INC
ATTN CAROLYN WISMANN, OWNER
100 EPPLER ROAD
LAFAYETTE LA 70506

CREDITOR ID: 394043-61
BREAUD & LEMOINE, APLC
ATTN ALAN K BREAUD, PRES
PO BOX 3448
LAFAYETTE, LA 70502

CREDITOR ID: 243886-12
BREAUX BRIDGE CITY MARSHAL
101 BERARD ST
BREAUX BRIDGE LA 70517

CREDITOR ID: 243887-12
BREAUX BRIDGE ELEMENTARY
702 WEST BRIDGE STREET
BREAUX BRIDGE, LA 70517

CREDITOR ID: 243888-12
BREAUX BRIDGE JUNIOR HIGH SCHOOL
100 MAIN AND MARTIN STS
BREAUX BRIDGE, LA 70517

CREDITOR ID: 243889-12
BREAUX BRIDGE PRIMARY
1020 E BRIDGE
BREAUX BRIDGE, LA 70517

CREDITOR ID: 373916-44
BREAUX, BLAINE
NOL DIV  LOC# 1431
540 WESTWOOD DRIVE
MARRERO, LA 70072

CREDITOR ID: 398151-77
BREAUX, BRYAN
ATTN: V. JACOB GARBIN
102 ASMA BLVD.
LAFAYETTE, LA 70508

CREDITOR ID: 397964-76
BREAUX, BRYAN
114 OVIDE ROAD
CARENCRO, LA 70520

CREDITOR ID: 389596-54
BREAUX, LANA
3341 GRAND PRAIRIE HWY
WASHINGTON, LA 70589

CREDITOR ID: 393262-55
BREAUX, LANA
C/O GARY ORTEGO LAW OFFICE
ATTN GARY ORTEGO, ESQ
500 W MAGNOLIA STREET
PO DRAWER 810
VILLE PLATTE LA 70586

CREDITOR ID: 394202-56
BREAUX, LINDA
306 CRAWFORD ST
LAFAYETTE, LA 70506

CREDITOR ID: 387444-54
BREEDEN, HELEN
16 S. LAKE AVENUE
ORLANDO FL 32801

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391985-55<br>BREEDEN, HELEN<br>C/O: IRVIN A. MEYERS, ESQ.<br>JOHN COLVIN, ESQ<br>PO BOX 4931<br>ORLANDO FL 32802-4931 | CREDITOR ID: 390153-54<br>BREEDLAND, FRANCES<br>PO BOX 824<br>ALBANY, LA 70711 | CREDITOR ID: 393602-55<br>BREELAND, FRANCES<br>C/O: WILLIAM E. BRADLEY<br>LAW FIRM LLC ATTORNEYS<br>509 W. MORRIS AVE<br>HAMMOND LA 70401 |
| CREDITOR ID: 405913-99<br>BREGMAN BERBERT ET AL<br>ATTN: LAURENCE H BERBERT<br>7315 WISCONSIN AVE, STE 800 WEST<br>BETHESDA MD 20814 | CREDITOR ID: 244595-12<br>BREHM, CAROL<br>212 DOWD DAIRY ROAD<br>WHITE OAK NC 28399 | CREDITOR ID: 243891-12<br>BREHOB CORP<br>1334 S MERIDIAN ST<br>PO BOX 2023<br>INDIANAPOLIS IN 46206-2023 |
| CREDITOR ID: 245022-12<br>BREITENBACH, CHARLES<br>7701 CHELLIE ROAD<br>PENSACOLA FL 32526 | CREDITOR ID: 381482-47<br>BREMER, ED<br>JAX DIV 2289<br>15135 SE 73RD AVE<br>OCALA FL 34491 | CREDITOR ID: 243892-12<br>BREMNER INC<br>PO BOX 905933<br>CHARLOTTE NC 28290-5933 |
| CREDITOR ID: 388399-54<br>BREMSER, TIM<br>615 COLUMBUS PARKWAY<br>HOLLYWOOD, FL 33020 | CREDITOR ID: 392499-55<br>BREMSER, TIM<br>C/O: MICHAEL S. DAVIS ESQ.<br>BOONE & DAVIS, P.A.<br>2311 NORTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 243893-12<br>BRENDA CLODFELTER<br>701 ASHWOOD STREET<br>KANNAPOLIS NC 28081 |
| CREDITOR ID: 395268-63<br>BRENDLE FIRE PROTECTION<br>433 N DECATUR STREET<br>MONTGOMERY, AL 36109 | CREDITOR ID: 243919-12<br>BRENDLE RENTALS<br>485 N EASTERN BY PASS<br>MONTGOMERY AL 36117 | CREDITOR ID: 395269-63<br>BRENDLE SPRINKLER<br>3635 MERCHAND ST.<br>MONTGOMERY, AL 36109 |
| CREDITOR ID: 243920-12<br>BRENDLE SPRINKLER CO INC<br>PO BOX 210609<br>MONTGOMERY, AL 36121-0609 | CREDITOR ID: 243918-12<br>BRENDLE, INC<br>PO BOX 1868<br>MONTGOMERY, AL 36102-1868 | CREDITOR ID: 403531-15<br>BRENDLE, INC<br>ATTN KENT BRENDLE, VP<br>433 N DECATUR STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 389282-54<br>BRENNAN, LINDA<br>1245 EDWARD  COURT<br>TITUSVILLE FL 32796 | CREDITOR ID: 393111-55<br>BRENNAN, LINDA<br>C/O: CHARLES W. SMITH, ESQUIRE<br>CIAFROGNA,TELFER,REDA,FAHERTY & ANDERSON<br>P.O. BOX 6310<br>TITUSVILLE FL 32782-6310 | CREDITOR ID: 399430-99<br>BRENNER KAPROSY LLP<br>ATTN: T DAVID MITCHELL<br>50 EAST WASHINGTON ST<br>CHAGRIN FALLS OH 44023 |
| CREDITOR ID: 404270-95<br>BRENNTAG MID-SOUTH INC<br>SECTION 970<br>LOUISVILLE KY 40289 | CREDITOR ID: 243922-12<br>BRENNTAG MID-SOUTH INC<br>ATTN JON VORBECK, CREDIT MGR<br>PO BOX 20<br>HENDERSON KY 42419-0020 | CREDITOR ID: 243929-12<br>BRENTWOOD ORIGINALS<br>PO BOX 514939<br>LOS ANGELES CA 90051-4939 |
| CREDITOR ID: 400016-84<br>BRESIER, MARGARET<br>180 NE 173ST<br>MIAMI FL 33162 | CREDITOR ID: 403616-94<br>BRESSER, WILLIAM P<br>5860 HIGHVIEW DRIVE, APT 2<br>MILFORD OH 45150 | CREDITOR ID: 406415-MS<br>BRESSER, WILLIAM P.<br>5860 HIGHVIEW DRIVE #2<br>MILLFORD OH 45150 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390389-54<br>BRETHAUER, EVELYN C<br>5150 5TH AVE<br>SAINT PETERSBURG, FL 33707 | CREDITOR ID: 391285-55<br>BRETHAUER, EVELYN C<br>C/O FRANK E DIGIOIA, PA<br>ATTN FRANK E DIGIOIA, ESQ<br>4244 CENTRAL AVE<br>ST. PETERSBURG FL 33711 | CREDITOR ID: 243930-12<br>BRETT & KELLY BAKER<br>2312 HAYWOOD COURT<br>APT 102<br>MAITLAND FL 32751-5983 |
| CREDITOR ID: 243933-12<br>BREVARD COUNTY FIRE PREVENTION<br>BUREAU<br>1040 S FLORIDA AVE RE# 14618<br>ROCKLEDGE FL 32955 | CREDITOR ID: 243935-12<br>BREVARD PLATE GLASS INC<br>843 N COCOA BLVD<br>COCOA, FL 32922 | CREDITOR ID: 243936-12<br>BREVARD RENTALS, INC<br>1800 S BABCOCK STREET<br>MELBOURNE, FL 32901 |
| CREDITOR ID: 243937-12<br>BREWBAKER MOTORS INC<br>ATTN TERRIE LEONARD<br>300 EASTERN BYPASS<br>MONTGOMERY, AL 36117 | CREDITOR ID: 400013-84<br>BREWER, ALICE<br>604 DELL DRIVE, APT 11<br>THOMSON GA 30824 | CREDITOR ID: 243246-12<br>BREWER, BELINDA F<br>2507 FOREST DRIVE<br>MOODY AL 35004 |
| CREDITOR ID: 373980-44<br>BREWINGTONS TOWING/RECOVERY<br>302 E CALHOUN ST<br>PLANT CITY, FL 33566 | CREDITOR ID: 405987-99<br>BREWTON NEWSPAPER INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 403556-15<br>BREWTON NEWSPAPER, INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 |
| CREDITOR ID: 403556-15<br>BREWTON NEWSPAPER, INC<br>PO BOX 887<br>BREWTON AL 36427 | CREDITOR ID: 243939-12<br>BREWTON STANDARD<br>DEPT 5055<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-5055 | CREDITOR ID: 243940-12<br>BREYER INTERNATIONAL<br>4087 RUDOLPH AVENUE<br>NASHVILLE TN 37206 |
| CREDITOR ID: 392394-55<br>BREYER, TERESA<br>C/O THOMAS W. CONDIT<br>P.O. BOX 275<br>MILFORD OH 45150 | CREDITOR ID: 243942-12<br>BRIAN A BLITZ FOR TC CHARLESMONT<br>8726 TOWN & COUNTRY BLVD S 205<br>ELLICOTT CITY, MD 21043 | CREDITOR ID: 386285-54<br>BRIAN, MILDRED A<br>223 SKYLINE CT.<br>FT. WORTH TX 76126 |
| CREDITOR ID: 400605-91<br>BRIANT JR, RICHARD J<br>3117 KANSAS AVE.<br>KENNER LA 70065 | CREDITOR ID: 386780-54<br>BRICE, CALVIN<br>4759 AMERICANA AVENUE<br>CHARLOTTE NC 28215 | CREDITOR ID: 391681-55<br>BRICE, CALVIN<br>C/O: KIRK ZUROSKY<br>TIPPENS & ZUROSKY, LLP<br>P.O. BOX 37207<br>CHARLOTTE NC 28237 |
| CREDITOR ID: 400255-85<br>BRID, PATRICIA<br>C/O MCVEIGH & MATLACK, PA<br>ATTN LINDA MATLOCK, PA<br>1585 NE 26TH STREET<br>FT LAUDERDALE FL 33305 | CREDITOR ID: 399790-84<br>BRID, PATRICIA<br>6280 NORTH KENDALL DRIVE<br>KENDALL FL 33156 | CREDITOR ID: 265504-31<br>BRIDGE BUILDERS COMMUNITY DEV<br>ATTN: PRESTON KEATON<br>2303 US HIGHWAY 70 E<br>DURHAM NC 27703-8120 |
| CREDITOR ID: 243981-12<br>BRIDGE CITY ELEMENTARY<br>1805 BRIDGE CITY AVE<br>BRIDGE CITY, LA 70094 | CREDITOR ID: 243982-12<br>BRIDGE PARTNERS<br>45 ACADEMY STREET<br>SUITE 507<br>NEWARK, NJ 07102 | CREDITOR ID: 265505-31<br>BRIDGE WATER & ASSOCIATES INC<br>ATTN: DONNA JOHNSON<br>105 W MAIN ST<br>CANTON GA 30114-2744 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393683-58<br>BRIDGECOM WIRELESS GULFCOAST, LLC<br>2395 EAST GAUSE BLVD.,STE. 3<br>SLIDELL, LA 70461 | CREDITOR ID: 243984-12<br>BRIDGEHOUSE<br>1160 CAMP ST<br>NEW ORLEANS, LA 70130 | CREDITOR ID: 265506-31<br>BRIDGEPORT UTILITIES BOARD<br>ATTN: JIMMY HUGHES<br>115 WATER PLANT RD<br>BRIDGEPORT AL 35740 |
| CREDITOR ID: 395614-65<br>BRIDGES LAWN MAINTENANCE<br>124 WHITE LANE<br>GRAY, GA 31032 | CREDITOR ID: 243985-12<br>BRIDGES MAINTENANCE<br>124 WHITE LANE<br>GRAY, GA 31032 | CREDITOR ID: 243986-12<br>BRIDGES SMITH & CO INC<br>PO BOX 1147<br>118-122 EAST MAIN ST<br>LOUISVILLE KY 40201-1147 |
| CREDITOR ID: 385312-54<br>BRIDGES, BETTY<br>8935 NE 10TH AVENUE<br>MIAMI, FL 33138 | CREDITOR ID: 390620-55<br>BRIDGES, BETTY<br>C/O: PATRICIA HENRYS<br>BRINKLEY, HENRYS & LEWIS, P.A.<br>4770 BISCAYNE BLVD.<br>SUITE 1200<br>MIAMI FL 33137 | CREDITOR ID: 243987-12<br>BRIDGES, BRIDGETT D<br>2743 S PLEASANT OAK CT<br>PANAMA CITY FL 32408 |
| CREDITOR ID: 244304-12<br>BRIDGES, CJ<br>RALROAD CONTRACTORS INC<br>PO BOX 676<br>MULBERRY FL 33860-0676 | CREDITOR ID: 406416-MS<br>BRIDGES, JACK B.<br>1997 ELIZABETH AVE.<br>HICKORY NC 28602 | CREDITOR ID: 375533-44<br>BRIDGES, JIMMY<br>SAV DIV STORE# 2620<br>3457 REVELS AVE<br>JACKSON, MS 39213 |
| CREDITOR ID: 393481-55<br>BRIDGES, MARY<br>C/O LESSER, LESSER,  LANDY & SMITH<br>ATTN JOSHUA D FERRARO, ESQ<br>375 S COUNTY ROAD, SUITE 220<br>PALM BEACH FL 33480 | CREDITOR ID: 389952-54<br>BRIDGES, MARY<br>1653 NW 12  DRIVE<br>BELLE GLADE, FL 33430 | CREDITOR ID: 397821-76<br>BRIDGES, MICHAEL<br>PO BOX 1916<br>LAURINBURG, NC 28353 |
| CREDITOR ID: 406177-15<br>BRIDGESTONE FIRESTONE NA TIRE, LLC<br>ATTN JAY STAPP<br>535 MARRIOTT DRIVE, 9TH FLOOR<br>NASHVILLE TN 37214 | CREDITOR ID: 243988-12<br>BRIDGFORD FOODS CORPORATION<br>012867 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 243989-12<br>BRIDGFORD FOODS OF ILLINOIS<br>2036 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 251404-12<br>BRIDGMAN, HEATHER<br>13380 GRAVELBROOK ROAD<br>ID# 76297<br>PETERSBURG, VA 23805 | CREDITOR ID: 243991-12<br>BRIEN E PIERPONT MD PA<br>C/O JAMES N CASESA<br>3845 FIFTH AVE NORTH<br>ST PETERSBURG, FL 33713 | CREDITOR ID: 1139-07<br>BRIERWOOD VILLAGE PLAZA<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 |
| CREDITOR ID: 243992-12<br>BRIERWOOD VILLAGE PLAZA<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 | CREDITOR ID: 265507-31<br>BRIGADOON<br>ATTN: DANNY PUTMIN<br>9230 BRIGADOON DR<br>ATHENS AL 35611-8063 | CREDITOR ID: 243993-12<br>BRIGGS EQUIPMENT<br>LOCK BOX 841272<br>DALLAS, TX 75284-1272 |
| CREDITOR ID: 399670-YY<br>BRIGGS EQUIPMENT<br>4780 MENDEL COURT<br>ATLANTA GA 30336 | CREDITOR ID: 386683-54<br>BRIGGS, CAROLYN<br>3182 WELLMAN PL<br>VALDOSTA GA 31601 | CREDITOR ID: 391646-55<br>BRIGGS, CAROLYN<br>C/O: E. SCOTT SLAPPEY<br>SLAPPEY & SADD<br>CENTRUY SPRINGS EAST<br>6100 LAKE FORREST DRIVE #570<br>ATLANTA GA 30328 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 386078-54
BRIGGS, D'ANN
1471 NW 2ND STREET
BOYNTON BEACH, FL 33435

CREDITOR ID: 391273-55
BRIGGS, D'ANN
C/O: SHANE STAFFORD
LAW OFFICES OF SHANE L STAFFORD
2290 10TH AVENUE NORTH
SUITE 302
LAKE WORTH FL 33461

CREDITOR ID: 406417-MS
BRIGGS, RONALD E.
217 PINE CR.
BOCA RATON FL 33452

CREDITOR ID: 243994-12
BRIGHT HOUSE NETWORKS
PO BOX 628070
ORLANDO, FL 32862-8070

CREDITOR ID: 243995-12
BRIGHT STAR MINISTRIES
1307 CLAY AVENUE
KENNER, LA 70062

CREDITOR ID: 243996-12
BRIGHT STAR TIRE & ALIGNMENT
8932 BRIGHT STAR ROAD
DOUGLASVILLE GA 30134

CREDITOR ID: 243997-12
BRIGHT WATER SEAFOOD LLC
3516 GREEN PARK CIRCLE
CHARLOTTE, NC 28217

CREDITOR ID: 265587-14
BRIGHT, CHARLES
ATTN: CHARLES BRIGHT CPA
1161 MURFREESBORO PIKE
NASHVILLE TN 37217-2222

CREDITOR ID: 315811-40
BRIGHT, FLETCHER
ATTN PAT JENNINGS
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 397860-76
BRIGHT, REBA
C/O J KEITH CARDER LAW OFFICE
ATTN J KEITH CARDER, ESQ
2018 MORRIS AVENUE
BIRMINGHAM AL 35203

CREDITOR ID: 397860-76
BRIGHT, REBA
PO BOX 610184
BIRMINGHAM, AL 35206

CREDITOR ID: 243999-12
BRIGHTON CENTER
PO BOX 325
706 PARK AVENUE
NEWPORT KY 41071

CREDITOR ID: 244000-12
BRIGHTWELL GLASS
222 NORTH MONITOR DRIVE
FITZGERALD, GA 31750

CREDITOR ID: 387954-54
BRIGMAN, ALICE
230 EAST 1ST APT# 813
JACKSONVILLE, FL 32206

CREDITOR ID: 392237-55
BRIGMAN, ALICE
C/O: WENDY J. GALPIN, CASE MANAGER
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 386071-54
BRIGMAN, HAZEL
249 S. LAKE AVE
APOPKA, FL 32703

CREDITOR ID: 391268-55
BRIGMAN, HAZEL
C/O MARTINEZ, MANGLARDI ET AL
ATTN MICHAEL MANGLARDI, ESQ
540 N SEMORAN BLVD
ORLANDO FL 32807

CREDITOR ID: 394173-56
BRIGNAC, BLAKE A
43408 BRITTANY ST.
SORRENTO LA 70778

CREDITOR ID: 244001-12
BRILAD OIL CO
PO BOX 8
VIDAILA GA 30475-0008

CREDITOR ID: 244002-12
BRILEN PROPERTIES
542028 US HIGHWAY # 1
CALLAHAN FL 32011

CREDITOR ID: 244003-12
BRILLANTE ENTERPRISE INC
DIRECTORY PUBLISHING
PO BOX 140
TALLAHASSEE FL 32317

CREDITOR ID: 406418-MS
BRIM, STEVE
1117 BUGGY WHIP TR.
MIDDLEBURG FL 32068

CREDITOR ID: 406419-MS
BRIM, WILLIAM F.
1006 CACTUS CUT RD.
MIDDLEBURG FL 32068

CREDITOR ID: 244004-12
BRIMS'S SNACK FOODS
PO BOX 34232
BARTLETT, TN 38184

CREDITOR ID: 406076-93
BRINKLEY, SUSAN B., DR.
198 THOMAS JOHNSON DR
SUITE 200
FREDERICK MD 21702

CREDITOR ID: 244005-12
BRINKMANN INSTRUMENTS INC
PO BOX 13275
NEWARK, NJ 07101-3275

CREDITOR ID: 395465-64
BRINKS
ATTN; MAYRA PAYAN
5575 NW 87TH AVE
MIAMI, FL 33178

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 244006-12
BRINKS INCORPORATED
5575 N W 87TH AVE
ATTN MAYRA PAYAN
MIAMI, FL 33178

CREDITOR ID: 381520-47
BRINSON, PAUL
JAX DIV #28
RT 4 BOX 1562
MADISON FL 32340

CREDITOR ID: 387416-54
BRINSON, SABRINA
912 51ST AVE E
BRADENTON, FL 34206

CREDITOR ID: 391968-55
BRINSON, SABRINA
C/O JOHN MALKOWSKI
KENNEDY LAW GROUP
5100 W. KENNEDY BLVD.
SUITE 100
TAMPA FL 33609

CREDITOR ID: 244007-12
BRINTON'S PAINT CO
200 PARK ST
JACKSONVILLE, FL 32204

CREDITOR ID: 387130-54
BRISTER, DANIEL
365 CANAL ST. #2850
NEW ORLEANS, LA 70130

CREDITOR ID: 391714-55
BRISTER, DANIEL
C/O STUART SMITH, ESQ.
PPA LITIGATION GROUP
365 CANAL STREET
SUITE 1850
NEW ORLEANS LA 70130

CREDITOR ID: 406420-MS
BRISTER, WILLIE E.
5428 SHAMROPS DR.
KENNER LA 70062

CREDITOR ID: 265508-31
BRISTOL BLUFF CITY WATER
ATTN: DONNA LAWSON
318 RIVERVIEW DR
BLUFF CITY TN 37618-3025

CREDITOR ID: 381972-36
BRISTOL MEYERS CONSUMER PRODUCTS
ATTN: ANDREW CHERRY
2400 W LLOYD EXPRESSWAY
EVANSVILLE IN 47721-0001

CREDITOR ID: 265509-31
BRISTOL RDVELOPMENT HSING AUTH
ATTN: DAVID E BALDWIN
809 EDMOND ST
BRISTOL VA 24201-4385

CREDITOR ID: 404272-95
BRISTOL-MYERS 24100729
CUSTOMER FINANCIAL SERVICES
PO BOX 120036
STAMFORD CT 69120036

CREDITOR ID: 244008-12
BRISTOL-MYERS PRODUCTS
ATTN DAVID YANDO/ANDREW CHERRY
2400 WEST LLOYD EXPRESSWAY
EVANSVILLE IN 47721

CREDITOR ID: 244010-12
BRITE LITE SERV CO INC
3633 SAINT AUGUSTINE RD
JACKSONVILLE, FL 32207-9205

CREDITOR ID: 244011-12
BRITE-WAY SIGN CO. INC.
1820 W 2ND STREET
OWENSBORO, KY 42301

CREDITOR ID: 244019-12
BRITTON ADVERTISING
4142 CARMICHAEL ROAD
MONTGOMERY AL 36106

CREDITOR ID: 244756-12
BRITTON, CATHARINE C
4220 KUMQUAT STREET
COCOA FL 32926

CREDITOR ID: 399305-81
BRITTON, JUNE
18333 POWELL ROAD
BROOKSVILLE, FL 34604

CREDITOR ID: 400261-85
BRITTON, JUNE
C/O JACOBS & GOODMAN
ATTN DEAN REED, ESQ
890 STATE ROAD 434 NORTH
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 385240-54
BRITTON, RANDY
6528 LAGOON AVENUE
WINDMERE, FL 34786

CREDITOR ID: 390548-55
BRITTON, RANDY
C/O W. CLAY MITCHELL JR., ESQUIRE
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 265510-31
BRJ DEVELOPMENT
ATTN: DWIGHT LAWSON
8390 CROUCH DAM RD
MOORINGSPORT LA 71060-8979

CREDITOR ID: 244020-12
BROAD RIVER TRUCKSTOP & TIRE SVC
415 MILLIKEN RD
BLACKSBURG SC 29702

CREDITOR ID: 244021-12
BROAD RIVER WATER AUTHORITY
ATTN HARLOW BROWN, MGR
PO BOX 37
SPINDALE, NC 28160

CREDITOR ID: 244022-12
BROAD STREET STATION S.C.,LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE, NC 28236-6799

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE, NC 28236-6799

CREDITOR ID: 315747-40
BROADMOOR DEVELOPMENT COMPANY
PO BOX 3007
MERIDIAN, MS 39303-3007

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                                CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 244024-12<br>BROADMOOR ELEMENTARY SCHOOL<br>9650 GOODWOOD BLVD<br>BATON ROUGE, LA 70815 | CREDITOR ID: 244025-12<br>BROADMOOR SCHOOL<br>1010 BROADMOOR AVE<br>HOUMA, LA 70364 | CREDITOR ID: 265511-31<br>BROADMOOR UTILITIES INC<br>ATTN: CHARLES SANDERS<br>61 E WILDERNESS RD<br>NATCHEZ MS 39120-8818 |
| CREDITOR ID: 385282-54<br>BROADWAY, HAZEL<br>1658 LELIA DRIVE<br>JACKSON, MS 39216 | CREDITOR ID: 390590-55<br>BROADWAY, HAZEL<br>C/O: JOHN HUNTER STEVENS, ESQ.<br>GRENFELL, SLEDGE & STEVENS, PLLC<br>1659 LELIA DR.<br>JACKSON MS 39216 | CREDITOR ID: 244026-12<br>BROADWING COMMUNICATIONS<br>PO BOX 790036<br>ST LOUIS, MO 63179-0036 |
| CREDITOR ID: 406421-MS<br>BROCATO JR., ROY J.<br>115 RUE DES BOUVIER<br>YOUNGVILLE LA 70592 | CREDITOR ID: 402444-89<br>BROCATO JR., ROY J.<br>115 RUE DES BOUVIER<br>YOUNGSVILLE LA 70592 | CREDITOR ID: 265512-31<br>BROCK GROUP INC<br>ATTN: KYLE BROCK<br>2996 STALLINGS RD<br>VALDOSTA GA 31605-4353 |
| CREDITOR ID: 403620-94<br>BROCK, JAMES M<br>6056 PINEAPPLE HWY<br>GREENVILLE AL 36037 | CREDITOR ID: 406422-MS<br>BROCK, ROY E.<br>215 N. SEVERN, CV4LE<br>EASLEY SC 29642 | CREDITOR ID: 390463-54<br>BROCKETT, KAREN M<br>3402 S.W. SAND GIORGIO STREET<br>PORT SAINT LUCIE FL 34953 |
| CREDITOR ID: 389756-54<br>BROCKS, HENRY<br>3605 ADKINS ROAD NW<br>ATLANTA GA 30331 | CREDITOR ID: 388768-54<br>BRODERICK, RANDALL<br>1892 SPRING DRIVE APT A<br>GARNER NC 27529 | CREDITOR ID: 389067-54<br>BRODERICK, STEVE<br>PO BOX 515<br>PLANT CITY, FL 33564 |
| CREDITOR ID: 392964-55<br>BRODERICK, STEVE<br>C/O: ANTHONY J GONZALEZ ESQ<br>ANTHONY J GONZALEZ JR PA<br>3825 HENDERSON BLVD<br>SUITE 600<br>TAMPA FL 33629 | CREDITOR ID: 243443-12<br>BRODIE, BEVERLEY A<br>1903 RANDY COURT<br>HUNTSVILLE AL 35811 | CREDITOR ID: 269285-16<br>BRODY, JULES<br>STULL, STULL & BRODY<br>6 EAST 45TH STREET<br>NEW YORK, NY 10017 |
| CREDITOR ID: 406423-MS<br>BROGAN, JAMES P<br>7775 SOUTHAMPTON TERR  APT#308<br>TAMARAC FL 33321 | CREDITOR ID: 244027-12<br>BROGDEN PRIMARY SCHOOL<br>2253 OLD MT OLIVE HIGHWAY<br>DUDLEY NC 28333 | CREDITOR ID: 244983-12<br>BRONSON, CHAPELLE A<br>JACKSONVILLE SHERIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 244028-12<br>BRONX SCU<br>PO BOX 15359<br>ALBANY NY 12212-5359 | CREDITOR ID: 2095-07<br>BRONZE CENTER, L.P.<br>OAKWOOD VILLAGE ASSOCIATES<br>1853 E. PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 243025-12<br>BROOKER, BARBARA A<br>1529 WYLDS RD<br>AUGUSTA GA 30909 |
| CREDITOR ID: 244030-12<br>BROOKHAVEN GLASS<br>108 EAST CHICKSAW<br>BROOKHAVEN MS 39601 | CREDITOR ID: 1143-07<br>BROOKHAVEN RETAIL LLC<br>111 EAST JERICHO TURNPIKE, STE. 200<br>MINEOLA, NY 11501 | CREDITOR ID: 244031-12<br>BROOKHAVEN RETAIL LLC<br>111 EAST JERICHO TURNPIKE<br>SUITE 200<br>MINEOLA, NY 11501 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389150-54
BROOKINS, JASMINE (MINOR)
360 WALKER DAIRY RD.
WASHINGTON COUNTY, GA 31094

CREDITOR ID: 393024-55
BROOKINS, JASMINE (MINOR)
C/O: DAVID BELL
LAW OFFICES OF DAVID BELL
619 GREENE STREET
P.O. BOX 1011
AUGUSTA GA 30903

CREDITOR ID: 244032-12
BROOKS A SOUTHERLAND
920 SORRENTO ROAD
JACKSONVILLE, FL 32207-1234

CREDITOR ID: 244033-12
BROOKS AIR SYSTEMS INC
11196 ST JOHNS INDUSTRIAL PKWY S
JACKSONVILLE FL 32246

CREDITOR ID: 244034-12
BROOKS GLASS COMPANY
2615 S HARBOR CITY BLVD
MELBOURNE, FL 32901-7207

CREDITOR ID: 404274-95
BROOKS STREET BAKERY
PO BOX 54865
IRVINE CA 92619-4865

CREDITOR ID: 406073-15
BROOKS STREET BAKERY
ATTN PAM SCALZO OR W WEBER
5560 BROOKS STREET
MONTCLAIR CA 91763

CREDITOR ID: 244035-12
BROOKS STREET BAKERY
PO BOX 8767
ROLAND HEIGHTS CA 91748-0767

CREDITOR ID: 244036-12
BROOKS TOWN ELEMENTARY
4375 EAST BROOKSTOWN
BATON ROUGE, LA 70805

CREDITOR ID: 278855-30
BROOKS TROPICAL
PO BOX 900160
HOMESTEAD, FL 33090

CREDITOR ID: 381881-30
BROOK'S TROPICALS INC
C/O SHUTTS & BOWEN LLP
ATTN: TIMOTHY J MURPHY
1500 MIAMI CENTER
201 S BISCAYNE BLVD
MIAMI FL 33131

CREDITOR ID: 389895-54
BROOKS, ASIZE
337 SHELDON ST
NEW SMYRNA BEACH, FL 32168

CREDITOR ID: 393434-55
BROOKS, ASIZE
C/O RUE & ZIFFA, PA
ATTN DAVID SWEAT, ESQ
632 DUNLAWTON AVE
PORT ORANGE FL 32127

CREDITOR ID: 243951-12
BROOKS, BRIAN
231 SOUTHMORE CIRCLE
OXFORD AL 36203

CREDITOR ID: 245179-12
BROOKS, CHERITY D
122 WARWICK LANE #8
EAST PALATKA FL 32131

CREDITOR ID: 406424-MS
BROOKS, JON
8021 MORNING LANE
FT. WORTH TX 76123

CREDITOR ID: 400284-85
BROOKS, JON
C/O DEAN W KARIKAS
KARIKAS & KASARIS, PA
3643 1ST AVENUE N.
ST. PETERSBURG FL 33713

CREDITOR ID: 399832-84
BROOKS, JON
5701 21ST AVE NORTH
SAINT PETERSBURG FL 33710

CREDITOR ID: 389037-54
BROOKS, JOYCE A
115 DOGWOOD LANE
SELMA, AL 36703

CREDITOR ID: 392935-55
BROOKS, JOYCE A
C/O: MICHAEL D. MITCHELL, ESQUIRE
GORHAM & ASSOCIATES, LLC
517 BEACON PARKWAY WEST
BIRMINGHAM AL 35209

CREDITOR ID: 389551-54
BROOKS, LAWRENCE
7400 FRANKLIN
BESSEMER, AL 35023

CREDITOR ID: 393223-55
BROOKS, LAWRENCE
C/O: DANIEL LEHANE, ESQ.
FELDMAN &LEHANE, L.L.C.
2229 1ST AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 388828-54
BROOKS, ROBERT
359 ROBBINS ROAD
WINSTON-SALEM, NC 27107

CREDITOR ID: 392777-55
BROOKS, ROBERT
C/O: KRISTOPHER B. GARNDER
THARRINGTON SMITH ATTORNEYS AT LAW
209 FAYETTEVILLE STREET MALL
POST OFFICE BOX 1151
RALEIGH NC 27602

CREDITOR ID: 388889-54
BROOKS, TAMMY
315 WOODSIDE
FAIRBURN GA 30213

CREDITOR ID: 385897-54
BROOKS, TAMMY
PO BOX 841
CHAMPHILL, AL 36850

CREDITOR ID: 391140-55
BROOKS, TAMMY
C/O: TIMOTHY B. DAVIS
LAW OFFICES DAVIS & DAVIS, LLC
POST OFFICE BOX 1778
ALEXANDER CITY AL 35011-1778

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 385919-54
BROOKS, VIVIAN
4816 KELP CIRCLE
MIDDLEBURG, FL 32068

CREDITOR ID: 391155-55
BROOKS, VIVIAN
C/O FARAH, FARAH, & ABBOTT, PA
ATTN STEPHEN LANKES, ESQ
1534 KINGSLEY AVE
ORANGE PARK FL 32703

CREDITOR ID: 244038-12
BROOKSHIRE BOBCATS BASKETBALL TEAM
818 EAST ARROWWOOD ROAD
CHARLOTTE NC 28217

CREDITOR ID: 397226-67
BROOKSHIRE GROCERY COMPANY
ATTN: BRADLEY W. BROOKSHIRE
1600 WSW LOOP 23
TYLER, TX 75701

CREDITOR ID: 244039-12
BROOKSIDE PROPERTIES, INC
ATTN DAVID P CRABTREE
2002 RICHARD JONES ROAD, STE 200-A
NASHVILLE TN 37215

CREDITOR ID: 244039-12
BROOKSIDE PROPERTIES, INC
C/O BOULT, CUMMINGS, ET AL
ATTN WILLIAM L NORTON III, ESQ
1600 DIVISION STREET, SUITE 700
PO BOX 340025
NASHVILLE TN 37203

CREDITOR ID: 244040-12
BROOKSVILLE AMERIGAS
401 PONCE DE LEON
BROOKSVILLE, FL 34601-1904

CREDITOR ID: 244041-12
BROOKWAY MARKET BASKET
835 BROADWAY BLVD
BROOKHAVRN, MS 39601

CREDITOR ID: 244042-12
BROOKWOOD FLAMINGO PARTNERS LP
50 DUNHAM ROAD
BEVERLY MA 01915

CREDITOR ID: 373996-44
BROOKWOOD FLAMINGO PARTNERS LP
C/O NAI/MERIN HUNTER CODMAN INC
1601 FORUM PLAZA # 200
WEST PALM BEACH, FL 33401

CREDITOR ID: 1144-07
BROOKWOOD FLAMINGO PARTNERS LP
C/O PMAT FLAMINGO, LLC
4716 CARTHAGE ST
METAIRIE LA 70002

CREDITOR ID: 1145-07
BROOKWOOD LLC
C/O STIRLING PROPERTIES
DEPT 1149
PO BOX 62600
NEW ORLEANS, LA 70162-2600

CREDITOR ID: 244043-12
BROOKWOOD LLC
C/O STIRLING PROPERTIES
PO BOX 62600 DEPT 1149
NEW ORLEANS, LA 70162-2600

CREDITOR ID: 403287-83
BROOKWOOD ORTHOPEDICS
7500 HUGH DANIEL DR. STE 260
BIRMINGHAM AL 35242

CREDITOR ID: 390457-54
BROOM, BETTY F
RT 1 BOX 2710
LAKE CITY, FL 32055

CREDITOR ID: 392848-55
BROOM, BETTY F
2286 NW QUEEN ROAD
LAKE CITY FL 32055

CREDITOR ID: 392848-55
BROOM, BETTY F
C/O FARAH FARAH & ABBOTT PA
ATTN BERT A RASMUSSEN, ESQ
10 WEST ADAMS STREET, 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 389529-54
BROOME, CLOVIS
95 WEST LAKEVIEW DRIVE
COLUMBIA, MS 39429

CREDITOR ID: 393201-55
BROOME, CLOVIS
C/O ALFRED LEE FELDER ESQ
PO BOX 1261
MISSISSIPPI MS 39648

CREDITOR ID: 403265-92
BROTHER, STEVEN
21850 SW 103RD COURT
APT 312
MIAMI FL 33190

CREDITOR ID: 394048-61
BROUGHTON ASSOCIATES, INC
ATTN HERMAN GRAY BROUGHTON, OWNER
6802 PATTERSON AVENUE
RICHMOND, VA 23226

CREDITOR ID: 386336-54
BROUGHTON, JACK
8307 COCOA AVENUE
JACKSONVILLE FL 32211

CREDITOR ID: 244044-12
BROUSSARD MIDDLE SCHOOL
1325 S MORGAN
BROUSSARD, LA 70518

CREDITOR ID: 390137-54
BROUSSARD, BOBBY
3816 BIRCHFIELD DRIVE
HARVEY, LA 70058

CREDITOR ID: 393591-55
BROUSSARD, BOBBY
C/O: RODERICK MORRIS
RODERICK T. MORRIS, ATTY & COUNSELOR AT
8000 CROWDER BLVD, STE D-2
NEW ORLEANS LA 70127

CREDITOR ID: 381681-47
BROUSSARD, BRET P
17455 MELAVCON ROAD
LIVINGSTON, LA 70754

CREDITOR ID: 247352-12
BROUSSARD, CURTIS J
1026 HURON ROAD
ARNAUDVILLE, LA 70512

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387109-54<br>BROUSSARD, CYNTHIA<br>1481 SCHOOL RD<br>OPELOUSAS, LA 70570 | CREDITOR ID: 391708-55<br>BROUSSARD, CYNTHIA<br>C/O: CHUCK D. GRANGER, ESQUIRE<br>CHUCK D. GRANGER, ESQUIRE<br>P.O. DRAWER 1849<br>OPELOUSAS LA 70571-1849 | CREDITOR ID: 260602-12<br>BROUSSARD, SCOTTY P<br>203 COPPERFIELD WAY<br>YOUNGSVILLE, LA 70592 |
| CREDITOR ID: 385381-54<br>BROUSSARD, TRELLA<br>2325 ALEX KORNMAN<br>APT B<br>HARVEY, LA 70058 | CREDITOR ID: 390689-55<br>BROUSSARD, TRELLA<br>C/O: PATRICE BENN-ABEY<br>LAW OFFICE OF PATRICE BENN-ABEY<br>3133 GENERAL MEYER AVE.<br>NEW ORLEANS LA 70114 | CREDITOR ID: 245366-12<br>BROUWER, CHRISTOPHER W<br>6201 SW 183RD WAY<br>SOUTHWEST RANCHES FL 33331 |
| CREDITOR ID: 244045-12<br>BROWARD ASSOCIATES<br>701 BRICKELL AVE STE 1400<br>MIAMI FL 33131-2852 | CREDITOR ID: 383156-99<br>BROWARD CNTY REVENUE COLLECTION DIV<br>LITIGATION SECTION<br>ATTN: HOLLIE HAWN<br>GOVERNMENT CENTER ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 244046-12<br>BROWARD CO ENVIRON SVCS<br>PO BOX 619002<br>POMPANO BEACH, FL 33061-9002 |
| CREDITOR ID: 244047-12<br>BROWARD COUNTY BD OF CO COMMISSION<br>218 SW 1ST AVE<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 244048-12<br>BROWARD COUNTY CONVENTION CENTER<br>1950 EISENHOWER BLVD<br>FORT LAUDERDALE, FL 33316 | CREDITOR ID: 244049-12<br>BROWARD COUNTY FAIR<br>3389 SHERIDIAN STREET # 411<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 244051-12<br>BROWARD COUNTY REVENUE COLLECTOR<br>115 SOUTH ANDREWS AVENUE<br>ROOM A100<br>OCCUPATIONAL LICENSE<br>LAUDERDALE FL 33301 | CREDITOR ID: 265513-31<br>BROWARD COUNTY SOLID WASTE<br>ATTN: RICHARD RAVEN<br>1620 ADAMSON RD<br>COCOA FL 32926-2549 | CREDITOR ID: 244052-12<br>BROWARD MALL LIMITED PARTNERSHIP<br>BROWARD MALL MGMT OFFICE<br>800 W BROWARD BLVD<br>SUITE 8000<br>PLANTATION, FL 33388 |
| CREDITOR ID: 244053-12<br>BROWARD TRANSMISSIONS<br>240 S DIXIE HWY EAST<br>POMPANO BEACH, FL 33060 | CREDITOR ID: 265514-31<br>BROWN & ASSOCIATES INC<br>ATTN: LEATHA BROWN<br>101 COX ST<br>INDIANOLA MS 38751-3244 | CREDITOR ID: 265515-31<br>BROWN & LAGANA DEV CORP<br>ATTN: GREG LAGANA<br>8235 RHODES RD<br>PORT RICHEY FL 34667-5357 |
| CREDITOR ID: 244054-12<br>BROWN BAG CO<br>PO BOX 5384<br>JACKSONVILLE, FL 32247-5384 | CREDITOR ID: 244057-12<br>BROWN BOTTLING GROUP, INC<br>PO BOX 11129<br>JACKSON, MS 39283-1129 | CREDITOR ID: 279134-33<br>BROWN BOTTLING GROUP, INC<br>C/O WATKINS LUDHAM WINTER & STENNIS<br>ATTN KRISTINA M JOHNSON<br>633 NORTH STATE STREET<br>PO BOX 427<br>JACKSON  MS 39205 |
| CREDITOR ID: 384015-47<br>BROWN DISTRIBUTING CO INC<br>PO BOX 056667<br>WEST PALM BEACH, FL 33405 | CREDITOR ID: 384016-47<br>BROWN DISTRIBUTING CO INC<br>2921 BYRDHILL ROAD<br>RICHMOND, VA 23228 | CREDITOR ID: 406425-MS<br>BROWN III, GEORGE<br>617 KIMLOCK DR.<br>GARNER NC 27529 |
| CREDITOR ID: 2097-07<br>BROWN INVESTMENT PROPERTIES<br>PO BOX 930<br>GREENSBORO, NC 27402 | CREDITOR ID: 244058-12<br>BROWN INVESTMENT PROPERTIES<br>PO BOX 930<br>GREENSBORO, NC 27402 | CREDITOR ID: 383155-99<br>BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN: GERARD CATALANELLO<br>900 THIRD AVENUE<br>NEW YORK NY 10022 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403288-83<br>BROWN REPORTING INC.<br>1740 PEACHTREE ST.<br>ATLANTA GA 30309 | CREDITOR ID: 244061-12<br>BROWN S UNIFORMS<br>649 S GALVEZ ST<br>NEW ORLEANS LA 70119-7517 | CREDITOR ID: 244062-12<br>BROWN SPRINKLER CORP<br>4705 PINEWOOD RD<br>LOUISVILLE KY 40218 |
| CREDITOR ID: 241571-12<br>BROWN, ADAM D<br>7321 RANDLE DRIVE<br>PINSON AL 35126 | CREDITOR ID: 241578-12<br>BROWN, ADAM L<br>4012 KATANGA DRIVE SOUTH<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 400137-86<br>BROWN, ALBERTA<br>2901 KNOWLWAY COURT<br>TAMPA  FL 33604 |
| CREDITOR ID: 387913-54<br>BROWN, ALLEN<br>1026 COLLIER RD APT B-5<br>ATLANTA, GA 30318 | CREDITOR ID: 392197-55<br>BROWN, ALLEN<br>C/O: JACQUELINE GIBSON<br>JACQUELINE A. GIBSON & ASSOCIATES<br>235 PEACHTREE STREET NW<br>SUITE 400<br>ATLANTA GA 30303 | CREDITOR ID: 388291-54<br>BROWN, AMANDA<br>139 TATE ROAD<br>GREENVILLE MS 38701 |
| CREDITOR ID: 242583-12<br>BROWN, ARTHUR MD<br>401 S CHESTNUT ST<br>ABERDEEN, MS 39730 | CREDITOR ID: 242622-12<br>BROWN, ASHLEY<br>202 HOPESWAY DRIVE<br>DUDLEY NC 28333 | CREDITOR ID: 243047-12<br>BROWN, BARBARA L<br>2002 MONTICELLO STREET<br>HAZLEHURST MS 39083 |
| CREDITOR ID: 243303-12<br>BROWN, BENJAMIN<br>129 FARM LAKE ROAD<br>SPARTANBURG SC 29316 | CREDITOR ID: 243306-12<br>BROWN, BENJAMIN K<br>1521 ATLEE FIELDS LANE<br>KNOXVILLE TN 37931 | CREDITOR ID: 381196-47<br>BROWN, BERNARD<br>10775 SW 141ST LANE<br>MIAMI, FL 33176 |
| CREDITOR ID: 389607-54<br>BROWN, BERNICE<br>1228 SOUTHEAST 4TH PLACE<br>GAINESVILLE, FL 32641 | CREDITOR ID: 393271-55<br>BROWN, BERNICE<br>C/O: STEPHEN G MERCADANTE<br>SCHACKOW & MERCADANTE, PA<br>112 NW 33RD CT<br>GAINESVILLE FL 32607 | CREDITOR ID: 390304-54<br>BROWN, BRADFORD<br>329 LEE AVENUE<br>SATELLITE BEACH FL 32937 |
| CREDITOR ID: 389801-54<br>BROWN, BRENDA<br>146 SLOUGH LOOP ROAD<br>BAINBRIDGE GA 39817 | CREDITOR ID: 244017-12<br>BROWN, BRITTANY R<br>803 LITTLE BIG MOUND ROAD<br>BENTONIA MS 39040 | CREDITOR ID: 244029-12<br>BROWN, BROOKE<br>2839 AHERN DRIVE<br>ORLANDO FL 32817 |
| CREDITOR ID: 390105-54<br>BROWN, BURNELL<br>2171 NW 33RD AVE<br>LAUDERDALE LAKES, FL 33311 | CREDITOR ID: 393561-55<br>BROWN, BURNELL<br>LAW OFFICES OF CHIKOVSKY, BEN & SCH<br>C/O KEITH A SCHAFER, ESQ<br>1720 HARISON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 244668-12<br>BROWN, CAROLYN L<br>611 MACK DRIVE<br>VALDOSTA GA 31602-1658 |
| CREDITOR ID: 385782-54<br>BROWN, CATHERINE<br>9400 SPRINGHILL DR<br>SPRING HILL, FL 34608 | CREDITOR ID: 391052-55<br>BROWN, CATHERINE<br>C/O TERESA P WILLIAMS, PA<br>ATTN TERESA P WILLIAMS, ESQ<br>2790 SUNSET POINT ROAD<br>CLEARWATER FL 33759 | CREDITOR ID: 386098-54<br>BROWN, CHERYL<br>2285 NW 73RD STREET<br>MIAMI, FL 33147 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387047-54<br>BROWN, CHERYL<br>5664 LAKE DR APT A3<br>CALLAWAY FL 32404 | CREDITOR ID: 391286-55<br>BROWN, CHERYL<br>C/O: TROY SHERMAN<br>LAW OFFICES OF LAURENCE EDWARD ZIEPER<br>4770 BISCAYNE BLVD., STE. 1430<br>MIAMI FL 33137 | CREDITOR ID: 246366-12<br>BROWN, CLAUDINE<br>PO BOX 1816<br>YAZOO CITY MS 39194 |
| CREDITOR ID: 398143-77<br>BROWN, COREY<br>ATTN: ROBERT ROSENBERG<br>938 LAFAYETTE STREET, SUITE 200<br>NEW ORLEANS, LA 70123 | CREDITOR ID: 397952-76<br>BROWN, COREY<br>PO BOX 407<br>STATENVILLE, GA 31648 | CREDITOR ID: 247269-12<br>BROWN, CRYSTAL E<br>1407 BROWN AVENUE<br>BAY MINETTE AL 36507 |
| CREDITOR ID: 389170-54<br>BROWN, CYNTHIA ANN<br>C/O OLIVER-TREADWELL, PC<br>ATTN MARK A TREADWELL III, ESQ<br>129 W COLUMBUS STREET<br>DADEVILLE AL 36853 | CREDITOR ID: 389170-54<br>BROWN, CYNTHIA ANN<br>290 LEE RD 43, LOT 10<br>OPELIKA, AL 36804 | CREDITOR ID: 394165-56<br>BROWN, DANERIC (MINOR)<br>11775 SW 184 STREET<br>MIAMI, FL 33177 |
| CREDITOR ID: 400360-85<br>BROWN, DANERIC (MINOR)<br>C/O TIFFANY BROWN, PARENT/GUARDIAN<br>11775 SW 189TH STREET<br>MIAMI FL 33177 | CREDITOR ID: 394754-57<br>BROWN, DANERIC (MINOR)<br>C/O JOSEPH C. MCINTYRE, P. A.<br>3417 WILLOW WOOD RD.<br>FT. LAUDERDALE FL 33319-5131 | CREDITOR ID: 400360-85<br>BROWN, DANERIC (MINOR)<br>C/O JOSEPH C MCINTYRE, PA<br>ATTN JOSEPH C MCINTYRE, ESQ<br>3417 WILLOW WOOD ROAD<br>FORT LAUDERDALE FL 33319-5131 |
| CREDITOR ID: 387346-54<br>BROWN, DEBRA<br>810 BOUGAINVILLEA<br>TAMPA, FL 33612 | CREDITOR ID: 391919-55<br>BROWN, DEBRA<br>C/O WAGNER VAUGHAN & MCLAUGHLIN PA<br>ATTN MICHAEL MCLAUGHLIN ESQ<br>601 BAYSHORE BLVD SUITE 910<br>TAMPA FL 33606 | CREDITOR ID: 388438-54<br>BROWN, DELLA<br>305 SKY VIEW<br>VICKSBURG, MS 39180 |
| CREDITOR ID: 392534-55<br>BROWN, DELLA<br>C/O: R. CONNER MCALLISTER<br>LAW OFFICE OF R. CONNER MCALLISTER<br>1510 N. STATE ST., STE. 500<br>JACKSON MS 39202 | CREDITOR ID: 247968-12<br>BROWN, DEMETRIA<br>PO BOX 91<br>PENNINGTON, AL 36916 | CREDITOR ID: 248311-12<br>BROWN, DONALD<br>5614 EMPIRE ROAD<br>EMPIRE, AL 35063 |
| CREDITOR ID: 389640-54<br>BROWN, DONITA<br>3408 BOXELDER RD<br>APT 14<br>LOUISVILLE, KY 40214 | CREDITOR ID: 375013-44<br>BROWN, GARY<br>NOL DIV STORE # 1360<br>60 MCKINZE ROAD<br>PETAL, MS 39465 | CREDITOR ID: 386361-54<br>BROWN, GENEVA<br>6702 FOREST DRIVE<br>APT 25<br>FAIRFIELD AL 35064 |
| CREDITOR ID: 391447-55<br>BROWN, GENEVA<br>C/O: LORA D. CURTIS, ESQ.<br>DAVIS, DORIN, CURTIS & ASSOC., P. C.<br>1910  3RD AVENUE NORTH<br>SUITE 500<br>BIRMINGHAM AL 35203 | CREDITOR ID: 399863-84<br>BROWN, GLENN<br>3417 LAKEWOOD RD<br>SEBRING FL 33875 | CREDITOR ID: 406269-93<br>BROWN, GLENN AND NELLIE<br>C/O J. GORDON ROTHWELL, P.A.<br>560 FIRST AVENUE NORTH<br>ST. PETERSBURG FL 33701 |
| CREDITOR ID: 399613-79<br>BROWN, GLENN AND NELLIE JEAN<br>C/O RAFAEL J NOBO III, ESQ<br>PO BOX 2188<br>BARTOW FL 33831-2188 | CREDITOR ID: 389695-54<br>BROWN, HELEN<br>5714 CLAUDE AVE<br>ORLANDO, FL 32807 | CREDITOR ID: 385314-54<br>BROWN, HORRACE<br>7012 BRADLEY AVE<br>VALDOSTA, GA 31602 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390622-55<br>BROWN, HORRACE<br>C/O: ROY W. COPELAND<br>COPELAND, HAUGABROOK & WALKER<br>P. O. BOX 1933<br>VALDOSTA GA 31603 | CREDITOR ID: 386556-54<br>BROWN, ISAIAH<br>2307 DAVIS STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 382737-51<br>BROWN, J<br>1010 WASHINGTON BLVD<br>STAMFORD, CT 06901 |
| CREDITOR ID: 386803-54<br>BROWN, JACKIE<br>274 TROJAN LANE<br>FOREST CITY NC 28043 | CREDITOR ID: 387414-54<br>BROWN, JADA (MINOR)<br>540 NW 4TH AVE<br>#904<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 390971-55<br>BROWN, JEFFREY JR. (MINOR)<br>C/O: MICHAEL P. MAGUIRE<br>MAGUIRE & FRIEND, P.A.<br>2100 PONCE DE LEON BLVD.<br>SUITE 1170<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 400138-86<br>BROWN, JR. (MINOR), JEFFREY<br>13973 S.W. 151 CT.<br>MIAMI  FL 33196 | CREDITOR ID: 399306-81<br>BROWN, JR., JEFFREY (MINOR)<br>13973 S.W. 151 COURT<br>MIAMI, FL 33196 | CREDITOR ID: 387429-54<br>BROWN, JUANITA<br>927 UNION STREET<br>TAMPA, FL 33607 |
| CREDITOR ID: 391975-55<br>BROWN, JUANITA<br>C/O: KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 375687-44<br>BROWN, KATHY<br>CHR DIV STORE# 1016<br>418 CHEDDAR HILL DR<br>BELTON, SC 29627 | CREDITOR ID: 387060-54<br>BROWN, LAMONT<br>P.O BOX 1122<br>SNEADS FL 32460 |
| CREDITOR ID: 399472-82<br>BROWN, LANETTE<br>9050 MAIN STREET<br>HOUMA  LA 70360 | CREDITOR ID: 389925-54<br>BROWN, LEAH<br>1330 EAST GARY ROAD<br>LAKELAND, FL 33801-2142 | CREDITOR ID: 393463-55<br>BROWN, LEAH<br>C/O: BURNETTI, P.A.<br>211 SOUTH FLORIDA AVE.<br>LAKELAND FL 33801-4621 |
| CREDITOR ID: 406316-15<br>BROWN, LEWIS P<br>11633 HOLLY ANN DRIVE<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 385718-54<br>BROWN, LINDA<br>5006 RIVERFRONT DRIVE<br>BRADENTON, FL 34208 | CREDITOR ID: 390998-55<br>BROWN, LINDA<br>C/O: CARLSON  & MEISSNER<br>ATTN JENNIFER LESTER, ESQ<br>250 BLECHER ROAD N SUITE 102<br>CLEARWATER FL 33765 |
| CREDITOR ID: 385784-54<br>BROWN, LUCILE<br>1905 MARIE FOSTER<br>SELMA, AL 36701 | CREDITOR ID: 391054-55<br>BROWN, LUCILE<br>C/O SLOCUMB LAW FIRM, LLC<br>ATTN MICHAEL W SLOCUMB, ESQUIRE<br>2006 EXECUTIVE PK DRIVE, SUITE A<br>OPELIKA AL 36801 | CREDITOR ID: 385244-54<br>BROWN, MARY<br>3822 NE 159TH PLACE<br>GAINESVILLE, FL 32609 |
| CREDITOR ID: 390552-55<br>BROWN, MARY<br>C/O: MICHAEL H. WEISS<br>MICHAEL H. WEISS, P.A.<br>115 NE 7TH AVE.<br>GAINESVILLE FL 32601 | CREDITOR ID: 399473-82<br>BROWN, MARY D.<br>201 DOGWOOD DRIVE<br>GAFFNEY  SC 29340 | CREDITOR ID: 388446-54<br>BROWN, MAXINE M<br>4814 BANKHEAD AVE<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 392541-55<br>BROWN, MAXINE M<br>C/O: EDDIE FARAH<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 256028-12<br>BROWN, MELISSA<br>8172 COLLINS ROAD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 269307-16<br>BROWN, MICHAEL<br>C/O S. C. MIDDLEBROOKS<br>GARDNER, MIDDLEBROOKS,  ET AL.<br>MCADORY BUILDING, SUITE 400<br>2013 FIRST AVENUE NORTH<br>BIRMINGHAM, AL 35203 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2098-07<br>BROWN, NOLTEMEYER COMPANY<br>122 N PETERSON AVENUE<br>LOUISVILLE, KY 40206-2335 | CREDITOR ID: 278619-24<br>BROWN, NOLTEMEYER COMPANY<br>AMRESCO CAPITAL LP<br>ATTN: TAMMY HEYMAN<br>235 PEACHTREE STREET<br>SUITE 900<br>ATLANTA GA 30303 | CREDITOR ID: 244059-12<br>BROWN, NOLTEMEYER COMPANY<br>122 N PETERSON AVENUE<br>LOUISVILLE, KY 40206-2335 |
| CREDITOR ID: 278420-24<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | CREDITOR ID: 386362-54<br>BROWN, OLAN<br>106 AUGUSTA ROAD<br>VALDOSTA GA 31602 | CREDITOR ID: 269330-16<br>BROWN, PAMELA<br>C/O WILLIAM C. OWEN<br>241 PINEWOOD DRIVE<br>TALLAHASSEE, FL 32303 |
| CREDITOR ID: 269329-16<br>BROWN, PAMELA<br>C/O SAMUEL T. ADAMS<br>PO BOX 191<br>PANAMA CITY, FL 32402-0191 | CREDITOR ID: 269328-16<br>BROWN, PAMELA<br>C/O LYONS & FARRAR, PA<br>ATTN: 325 NORTH CALHOUN STREET<br>325 NORTH CALHOUN STREET<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 406426-MS<br>BROWN, RONALD S.<br>1809 LAWTON BLUFF RD.<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 390158-54<br>BROWN, RORY<br>5349 SW 132ND TERRACE<br>MIRAMAR, FL 33027 | CREDITOR ID: 393607-55<br>BROWN, RORY<br>C/O: HERMAN  M KLEMICK ESQ.<br>KLEMICK & GAMPEL, P.A.<br>1953 S.W. 27TH AVE.<br>MIAMI FL 33145 | CREDITOR ID: 389063-54<br>BROWN, ROY<br>100 CENTER AVE<br>HELENA, GA 31037 |
| CREDITOR ID: 392959-55<br>BROWN, ROY<br>C/O JOHN T CROLEY, JR LAW OFFICES<br>ATTN TONI SAWYER, ESQ<br>311 W CENTRAL AVENUE<br>PO BOX 690<br>FITZGERALD GA 31750-0690 | CREDITOR ID: 386324-54<br>BROWN, SAM<br>806 E ORANGE ST<br>FITZGERALD GA 31750 | CREDITOR ID: 260523-12<br>BROWN, SCARLET<br>2042 ARROWHEAD DRIVE<br>SYLACAUGA, AL 35150 |
| CREDITOR ID: 388426-54<br>BROWN, SHANITA<br>1785 WEST 6TH STREET<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 392524-55<br>BROWN, SHANITA<br>C/O: MICHAEL S. SHARRIT<br>BROWN, TERRELL AND HOGAN<br>233 E. BAY STREET<br>BLACKSTONE BLDG #8<br>JAX. FL 32202 | CREDITOR ID: 386787-54<br>BROWN, SHANNEL<br>147 SILVER BEACH ROAD<br>LAKE PARK FL 33403 |
| CREDITOR ID: 393172-55<br>BROWN, SHANNEL<br>C/O: ALAN M. ARONSON, ESQ.<br>ROSENTHAL & LEVY<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 393584-55<br>BROWN, SHANNON D<br>C/O: REBEKAH R. HUGGINS<br>THE GLENN ARMENTOR LAW CORPORATION<br>300 STEWART STREET<br>LAFAYETTE LA 70502-4305 | CREDITOR ID: 390126-54<br>BROWN, SHEILA<br>1513 NW 15TH COURT<br>FT. LAUDERDALE, FL 33311 |
| CREDITOR ID: 393581-55<br>BROWN, SHEILA<br>C/O PRINCE & GLICK, PA<br>ATTN CHARLES M PRINCE, ESQ/S VERINI<br>1112 SE 3RD AVENUE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 389706-54<br>BROWN, SHERRIE L<br>2025 BURNING TREE DRIVE<br>TITUSVILLE FL 32780 | CREDITOR ID: 388975-54<br>BROWN, STACEY<br>1211 NANCY LEE WAY<br>DECATUR, GA 30035 |
| CREDITOR ID: 392878-55<br>BROWN, STACEY<br>C/O: ANTHONY PETE<br>THE PETE FIRM, P.C.<br>1370 NORWALK TRACE STE. 100<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 378304-15<br>BROWN, STACEY NICOLE<br>C/O THE PETE FIRM PC<br>ATTN ANTHONY T PETE ESQ<br>BLDG 5 2ND FL<br>2900 CHAMBLEE TUCKER ROAD<br>ATLANTA GA 30341 | CREDITOR ID: 387277-54<br>BROWN, TASHANDA<br>5336 LONG ROAD<br>APT B<br>ORLANDO, FL 32808 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 391862-55
BROWN, TASHANDA
C/O: MICHAEL A HANSON, ESQ
LAW OFFICES OF HANSON & HANSON, P.A.
617 WEST COLONIAL DRIVE
ORLANDO FL 32804

CREDITOR ID: 263448-12
BROWN, TRAVIS
5485 MAGNOLIA ROAD
ST CLOUD, FL 34773

CREDITOR ID: 264274-12
BROWN, W A
PO BOX 1243
CHARLOTTE, NC 28201-1243

CREDITOR ID: 406427-MS
BROWN, WARREN
1380 COLE AVE.
ROCK HILL SC 29732

CREDITOR ID: 244064-12
BROWNBERRY INC
DRAWER 489
MILWAUKEE WI 53201

CREDITOR ID: 244065-12
BROWNCOR INTERNATIONAL
22133 NETWORK PLACE
CHICAGO IL 60673-1133

CREDITOR ID: 389670-54
BROWNE, OMIE
2538 SE ALFONZA AVENUE
PORT ST. LUCIE, FL 34952

CREDITOR ID: 393321-55
BROWNE, OMIE
C/O: GREGORY G. FASULA, ESQUIRE
LAW OFFICE OF GREGORY G. FASULA
1956 SE PORT SAINT LUCIE BLVD.
PORT ST. LUCIE FL 34952

CREDITOR ID: 385902-54
BROWNELL, ANITA
2428 GREEN HOLLOW CT
CONYERS, GA 30012

CREDITOR ID: 244066-12
BROWNING & SONS INC
PO BOX 688
MADISON, FL 32341

CREDITOR ID: 374008-44
BROWNING FERRIS
NEW ORLEANS DISTRICT
P O BOX 9001215
LOUISVILLE, KY 40290-1215

CREDITOR ID: 244068-12
BROWNING FERRIS INDUSTRIES
DADE COUNTY DISTRICT
PO BOX 9001616
LOUISVILLE KY 40290-1616

CREDITOR ID: 244079-12
BROWNING FERRIS INDUSTRIES
NEW ORLEANS DISTRICT
PO BOX 9001215
LOUISVILLE KY 40290-1215

CREDITOR ID: 244085-12
BROWNING FERRIS INDUSTRIES
WILLIAMSBURG DIST #345
PO BOX 830131
BALTIMORE MD 21283-0131

CREDITOR ID: 244075-12
BROWNING FERRIS INDUSTRIES
MID CAROLINA DISTRICT
PO BOX 9001617
LOUISVILLE KY 40290-1617

CREDITOR ID: 244072-12
BROWNING FERRIS INDUSTRIES
JACKSONVILLE DISTRICT
PO BOX 9001486
LOUISVILLE KY 40290-1486

CREDITOR ID: 244083-12
BROWNING FERRIS INDUSTRIES
PO BOX 9001216
LOUISVILLE, KY 40290-1216

CREDITOR ID: 244082-12
BROWNING FERRIS INDUSTRIES
PASCO DISTRICT
PO BOX 9001607
LOUISVILLE KY 40290-1607

CREDITOR ID: 244069-12
BROWNING FERRIS INDUSTRIES
ELIZABETHTOWN DIST
PO BOX 9001267
LOUISVILLE, KY 40290-1267

CREDITOR ID: 244081-12
BROWNING FERRIS INDUSTRIES
OF GA INC/ATL-LAWRENCEVILLE
PO BOX 9001487
LOUISVILLE KY 40290-1487

CREDITOR ID: 244071-12
BROWNING FERRIS INDUSTRIES
JACKSON DISTRICT
PO BOX 9001224
LOUISVILLE, KY 40290-1224

CREDITOR ID: 244076-12
BROWNING FERRIS INDUSTRIES
MISSISSIPPI  BILOXI DISTRICT
PO BOX 9001202
LOUISVILLE, KY 40290-1202

CREDITOR ID: 244070-12
BROWNING FERRIS INDUSTRIES
HUNTSVILLE DISTRICT
PO BOX 9001628
LOUISVILLE KY 40290-1628

CREDITOR ID: 244084-12
BROWNING FERRIS INDUSTRIES
TRI CITIES
PO BOX 9001662
LOUISVILLE KY 40290-1662

CREDITOR ID: 244073-12
BROWNING FERRIS INDUSTRIES
LEXINGTON DISTRICT
PO BOX 9001265
LOUISVILLE, KY 40290-1265

CREDITOR ID: 244067-12
BROWNING FERRIS INDUSTRIES
BIRMINGHAM DISTRICT
PO BOX 9001626
LOUISVILLE KY 40290-1626

CREDITOR ID: 244074-12
BROWNING FERRIS INDUSTRIES
LYNCHBURG DISTRICT 852
PO BOX 830132
BALTIMORE, MD 21283-0132

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244077-12<br>BROWNING FERRIS INDUSTRIES<br>NASSAU DISTRICT<br>PO BOX 9001608<br>LOUISVILLE KY 40290-1608 | CREDITOR ID: 244080-12<br>BROWNING FERRIS INDUSTRIES<br>OF FLA INC TAMPA BAY DIST 711<br>PO BOX 9001493<br>LOUISVILLE KY 40290-1493 | CREDITOR ID: 244078-12<br>BROWNING FERRIS INDUSTRIES<br>NATL ACCTS SERVICE CENTER<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 |
| CREDITOR ID: 244086-12<br>BROWNING TOWING & WINDSHIELD<br>6102 E BROAD STREET<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 242467-12<br>BROWNLOWE, APRIL A<br>540 WINDING OAK LANE<br>LONGWOOD FL 32750 | CREDITOR ID: 244087-12<br>BROWNS BLOWMOLDING SERVICES INC<br>274 ROBERT RICKETSON RD<br>BROXTON, GA 31519 |
| CREDITOR ID: 265516-31<br>BROWNS CREEK WATER CO<br>ATTN: LEROY IVEY<br>119 ADAMS LAKE RD<br>UNION SC 29379-8073 | CREDITOR ID: 244063-12<br>BROWN'S FLORAL SHOP<br>1802 W REYNOLDS ST<br>PLANT CITY, FL 33567-4740 | CREDITOR ID: 278856-30<br>BROWNS PRODUCE<br>ATTN PETER BROWN<br>1310 27TH ST<br>MERIDIAN, MS 39464 |
| CREDITOR ID: 244090-12<br>BROWNSFIELD FIRE DISTRICT<br>PO BOX 74167<br>BATON ROUGE LA 70837-8190 | CREDITOR ID: 244089-12<br>BROWNS-VELVET ICE CREAM<br>PO BOX 52559<br>NEW ORLEANS, LA 70152-2559 | CREDITOR ID: 265517-31<br>BROWNTOWN VALLEY ASSOC INC<br>ATTN: JOSPHE BROGAN<br>2598 STONEWALL JACKSON HWY<br>BENTONVILLE VA 22610-2268 |
| CREDITOR ID: 387473-54<br>BRUBAKER, BRAD<br>2102 WINSLOW DRIVE<br>ORLANDO FL 32812 | CREDITOR ID: 392000-55<br>BRUBAKER, BRAD<br>C/O: GARY J. BOYNTON, ESQUIRE<br>330 N. BROADWAY AVENUE<br>ORLANDO FL 32803-5637 | CREDITOR ID: 244091-12<br>BRUCE & HAWKINS<br>PO BOX 603<br>1724 S VIRGINIA ST<br>HOPKINSVILLE KY 42240 |
| CREDITOR ID: 244092-12<br>BRUCE DUHE TIRES<br>PO BOX 11521<br>CHICKASAW, AL 36671 | CREDITOR ID: 244095-12<br>BRUCE FOODS<br>PO BOX 95272<br>NEW ORLEANS, LA 70195-5272 | CREDITOR ID: 404276-95<br>BRUCE FOODS<br>C/O CROSSMARK<br>8375 DIX ELLIS TRAIL<br>SUITE 104<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 244098-12<br>BRUCE STRUMPF INC<br>314 S MISSOURI AVE STE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 387490-54<br>BRUCE, ROBIN<br>8180 FM 2446<br>FRANKLIN TX 77856 | CREDITOR ID: 392012-55<br>BRUCE, ROBIN<br>C/O: LAW OFFICE OF STUART LEWIS<br>1722 BROADMOOR DRIVE<br>SUITE 77802<br>BRYAN TX 77802 |
| CREDITOR ID: 389393-54<br>BRUCE, SHANNON<br>105 SPRING RIDGE DRIVE<br>BRANDON MS 39042 | CREDITOR ID: 244100-12<br>BRUCES SIGNS<br>26920 GOPHER HILL RD<br>MYAKKA CITY FL 34251 | CREDITOR ID: 406428-MS<br>BRUE, BILL D.<br>170 LAFAYETTE DR<br>RIVERDALE GA 30296 |
| CREDITOR ID: 244101-12<br>BRULIN CORPORATION<br>PO BOX 66235<br>INDIANAPOLIS IN 46266-0335 | CREDITOR ID: 244102-12<br>BRUMFIELD PLUMBING<br>6317 ARK RD<br>GLOUCESTER VA 23061 | CREDITOR ID: 263159-12<br>BRUMFIELD, PARENTS OF KATELYN<br>215 GREENWOOD AVENUE<br>ORMOND BEACH, FL 32174 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260755-12<br>BRUMFIELD, SETH<br>KINGSPORT POLICE DEPT<br>200 SHELBY STREET<br>KINGSPORT, TN 37660 | CREDITOR ID: 265059-12<br>BRUMFIELD, WROTEN<br>3626 OCALA STREET<br>BATON ROUGE, LA 70814 | CREDITOR ID: 387618-54<br>BRUMLEY, HARRY<br>1034 SHERRYWOOD CT<br>FERN PARK FL 32730 |
| CREDITOR ID: 388267-54<br>BRUMMUND, VANESSA<br>318 RJ DRIVE<br>CHAUVIN LA 70344 | CREDITOR ID: 256182-12<br>BRUNEAU, MICAHEL<br>1017 NW 81ST TERRACE<br>PLANTATION, FL 33322 | CREDITOR ID: 244104-12<br>BRUNINI GRANTHAM GROWER&HEWES PLLC<br>PLLC JACKSON<br>PO BOX 119<br>JACKSON MS 39205 |
| CREDITOR ID: 279066-32<br>BRUNINI, GRANTHAM, GROWER<br>& HEWES  PLLC<br>1400 TRUSTMARK BUILDING<br>248 EAST CAPITAL STREET<br>JACKSON MS 39201 | CREDITOR ID: 392018-55<br>BRUNNER, CHERYL<br>C/O: BRETT VIGODSKY<br>P.O. BOX  12308<br>ATORNEY AT LAW<br>125 S ALCANIZ STREET  STE 1<br>PENSACOLA FL 32501 | CREDITOR ID: 392167-55<br>BRUNO, MARCELA<br>C/O BERNARD H BUTTS LAW OFFICE<br>ATTN BERNARD H BUTTS, ESQ<br>1790 WEST 49TH STREET<br>HIALEAH FL 33012 |
| CREDITOR ID: 387885-54<br>BRUNO, MARCELLA<br>1460 NW 35TH STREET<br>MIAMI, FL 33142 | CREDITOR ID: 403208-92<br>BRUNO'S, INC.<br>C/O R MIKE CONLEY<br>800 LAKESHORE PARKWAY<br>BIRMINGHAM AL 35211-4447 | CREDITOR ID: 244105-12<br>BRUNSON REPAIR SERVICE LLC<br>ATTN JOE R BRUNSON, OWNER<br>4767 COOSADA FERRY ROAD<br>MONTGOMERY, AL 36110 |
| CREDITOR ID: 384017-47<br>BRUNSON REPAIR SERVICE LLC<br>4767 COOSADA FERRY RD<br>MONTGOMERY, AL 36110 | CREDITOR ID: 385837-54<br>BRUNSON, FELECIA<br>7519 NORTH MAIN STREET<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 385837-54<br>BRUNSON, FELECIA<br>C/O THOMAS H GREENE JR, PA<br>ATTN THOMAS H GREENE JR ESQ<br>2119 RIVERSIDE AVE<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 386202-54<br>BRUNSON, JOYCE<br>2007 PENMAN RD<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 386977-54<br>BRUNSON, SAMUEL<br>640 E. SOUTH LEE STREET<br>BATESBURG SC 29006 | CREDITOR ID: 244106-12<br>BRUNSWICK COMMERCIAL TIRE<br>170 STAFFORD RD<br>BRUNSWICK, GA 31523 |
| CREDITOR ID: 244107-12<br>BRUNSWICK NEWS<br>PO BOX 1557<br>3011 ALTAMA AVE<br>BRUNSWICK, GA 31521 | CREDITOR ID: 244108-12<br>BRUSKE PRODUCTS<br>PO BOX 669<br>TINLEY PARK IL 60477-0669 | CREDITOR ID: 244109-12<br>BRUSNIAK MCCOOL & BLACKWELL PC<br>17400 DALLAS PARKWAY<br>SUITE 112<br>DALLAS, TX 75287-7305 |
| CREDITOR ID: 244111-12<br>BRYAN ALEXANDER EMERGENCY PLUMBING<br>PO BOX 1902<br>EUFAULA AL 36072 | CREDITOR ID: 406429-MS<br>BRYAN JR., J. SHEPARD<br>1651 BEACH AVE.<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 269293-16<br>BRYAN,  LOUISE<br>C/O AKIM A. ANASTOPOULO<br>ANASTOPOUOLO LAW FIRM, LLC<br>215 EAST BAY STREET<br>SUITE 305<br>CHARLESTON, SC 29401 |
| CREDITOR ID: 389385-54<br>BRYAN, BRENDA R<br>10200 JOHN SHINN ROAD<br>CHUNCHULA AL 36521 | CREDITOR ID: 385438-54<br>BRYAN, JUDITH<br>1278 AUTTOSSEE TRAIL<br>TALLASSEE, AL 36078 | CREDITOR ID: 388349-54<br>BRYAN, LOUISE<br>214 EAST BAY STREET, SUITE 305<br>CHARLESTON, SC 29401 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406430-MS<br>BRYAN, MAC<br>1291 RIVERWALK RD<br>BISHOP GA 30621-1844 | CREDITOR ID: 389973-54<br>BRYAN, MARY A<br>3436 SW 20TH ST.<br>GAINESVILLE FL 32608 | CREDITOR ID: 388402-54<br>BRYAN, SALINDA<br>12011 GROVEWOOD AVE.<br>LOT B<br>THONOTOSASSA, FL 33592 |
| CREDITOR ID: 392501-55<br>BRYAN, SALINDA<br>C/O CHRISTIE D ARKOVIC,H PA<br>ATTN CHRISTIE D ARKOVICH, ESQ<br>1520 W CLEVELAND STREET<br>TAMPA FL 33606 | CREDITOR ID: 403623-94<br>BRYAN, WILLIAM H<br>23 S NELSON DRIVE<br>ASHEVILLE NC 28806 | CREDITOR ID: 400611-91<br>BRYAN, WILLIAM H<br>28 SNELSON DRIVE<br>ASHEVILLE NC 28806 |
| CREDITOR ID: 244117-12<br>BRYANT ELECTRIC SUPPLY<br>PO BOX 1000<br>825 GROVES ST<br>LOWELL NC 28098-1000 | CREDITOR ID: 244118-12<br>BRYANT INDUSTRIAL CONTRACTORS<br>PO BOX 1069<br>MORRISVILLE NC 27560 | CREDITOR ID: 244119-12<br>BRYANT OFFICE SUPPLY INC<br>PO BOX 551<br>EASLEY SC 29641 |
| CREDITOR ID: 391428-55<br>BRYANT, ANGELA D<br>C/O: CATHY HARRISON<br>ANDERSON & CULLITON, P.A.<br>1584 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308-3775 | CREDITOR ID: 386333-54<br>BRYANT, ANGELA D<br>RT 4 BOX 2380<br>MADISON FL 32340 | CREDITOR ID: 243416-12<br>BRYANT, BETTY<br>903 S HAMPTON STREET<br>KANNAPOLIS NC 28083 |
| CREDITOR ID: 243701-12<br>BRYANT, BOBBY<br>903 S HAMPTON STREET<br>KANNAPOLIS NC 28083 | CREDITOR ID: 385869-54<br>BRYANT, BROOKE (MINOR)<br>57 HAYDEN COURT<br>DOUGLASVILLE, GA 30134 | CREDITOR ID: 391117-55<br>BRYANT, BROOKE (MINOR)<br>C/O ROSS & PINES, LLC<br>ATTN PETER J ROSS, ESQ<br>3340 PEACHTREE RD NE, SUITE 1530<br>ATLANTA GA 30326 |
| CREDITOR ID: 382425-51<br>BRYANT, GARY<br>12495 ARROWLEAF LANE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 387734-54<br>BRYANT, GEORGE<br>2626 AUGUSTA<br>KENNER LA 70062 | CREDITOR ID: 386885-54<br>BRYANT, KENNETH<br>290 SUNSET BLVD<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 387794-54<br>BRYANT, MICHAEL<br>8462 SAND POINT DRIVE WEST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 388775-54<br>BRYANT, MICHELLE<br>1013 NAPLES DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 376707-44<br>BRYANT, RANDY<br>2000 CROSBY ROAD<br>LAKE, MS 39092 |
| CREDITOR ID: 390943-55<br>BRYANT, RUBY G<br>C/O: STEVEN LULICH, ESQUIRE<br>STEVEN LULICH, ATTORNEY AT LAW<br>1069 MAIN STREET<br>SEBASTIAN FL 32958 | CREDITOR ID: 385658-54<br>BRYANT, RUBY G<br>14055 109TH STREET<br>FELLSMERE, FL 32948 | CREDITOR ID: 388102-54<br>BRYANT, TARA<br>1646 W 45TH ST, APT 277<br>JACKSONVILLE, FL 32209 |
| CREDITOR ID: 244120-12<br>BRYANT'S MEATS INC<br>ATTN ROBERT H HUNT, OWNER<br>PO BOX 321<br>TAYLORSVILLE, MS 39168-0321 | CREDITOR ID: 241409-12<br>BRYARS, AARON F<br>7857 BRIDGET CIRCLE<br>PINSON AL 35126-4040 | CREDITOR ID: 387695-54<br>BRYARS, DOROTHY<br>56777 BRYARS PLACE<br>STOCKTON AL 36579 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 244122-12
BRYCE FOSTER CORP
PO BOX 547841
ORLANDO, FL 32854

CREDITOR ID: 389718-54
BRYSON, JACQUELYN
1973 S W BELLEVUE AVE
PT ST LUCIE FL 34953-1038

CREDITOR ID: 393351-55
BRYSON, JACQUELYN
C/O MICHAEL RUDOLPH, ESQ.
LAW OFFICES OF MICHAEL RUDOLPH
1837 HENDRICKS AVE.
JACKSONVILLE FL 32207

CREDITOR ID: 269365-16
BRYSON, TIM
C/O S. C. MIDDLEBROOKS
GARDNER, MIDDLEBROOKS,  ET AL.
MCADORY BUILDING, SUITE 400
2013 FIRST AVENUE NORTH
BIRMINGHAM, AL 35203

CREDITOR ID: 244123-12
BT MARIETTA LLC
C/O BET INVESTMENTS, MANAGING AGENT
2600 PHILMONT AVENUE, SUITE 212
HUNTINGDON VALLEY, PA 19006

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 S BROAD STREET
PHILADELPHIA PA 19102

CREDITOR ID: 397706-99
BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 SOUTH BROAD STREET
PHILADELPHIA PA 19102

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O BET INVESTMENTS, MANAGING AGENT
2600 PHILMONT AVENUE
HUNTINGDON VALLEY, PA 19006

CREDITOR ID: 395606-65
B-TECH
6 CHARING CROSS ROAD
TAYLORS, SC 29687

CREDITOR ID: 404181-95
B-TECH SYSTEMS
415 N MAIN ST SUITE 101
GREENVILLE SC 29601

CREDITOR ID: 242927-12
B-TECH SYSTEMS
6 CHARING CROSS ROAD
TAYLORS, SC 29687

CREDITOR ID: 244124-12
BTP MECHANICAL COMPANY LLC
ATTN REBECCA SANDIDGE, OWNER
7431 WHITE PINE ROAD
RICHMOND, VA 23237

CREDITOR ID: 244125-12
BUBBA FOODS LLC
PO BOX 2823
JACKSONVILLE, FL 32203

CREDITOR ID: 404279-95
BUBBA FOODS LLC
P O BOX 919
ELBERTON GA 30635

CREDITOR ID: 406431-MS
BUBECK, BILL A.
3208 DOTY LANE
ARLINGTON TX 76001

CREDITOR ID: 373531-44
BUBRIG, ADRIANNE
121 MAGNOLIA DRIVE
BELLE CHASE, LA 70037

CREDITOR ID: 382358-51
BUCCANEERS LIMITED PARTNERSHIP
ONE BUCCANEER PLACE
TAMPA, FL 33607

CREDITOR ID: 384018-47
BUCCANEERS SHEET METAL
EQUIPMENT & FABRICATORS
5811 EAST 10TH
TAMPA, FL 33619

CREDITOR ID: 244126-12
BUCHANAN SIGN & FLAG CENTER
6755 BEACH BLVD
JACKSONVILLE, FL 32216

CREDITOR ID: 373616-44
BUCHANAN, AMANDA
JAX DIV 188
P O BOX 2372
WAYCROSS, GA 31502

CREDITOR ID: 389215-54
BUCHANAN, BELTON
2939 NE 11TH DRIVE
GAINESVILLE FL 32609

CREDITOR ID: 393067-55
BUCHANAN, BELTON
C/O: THOMAS DAVIS, ESQ.
DAVIS & FERNANDEZ, SR. P.A.
4432 NORTHWEST 23 AVENUE
SUITE 9
GAINESVILLE FL 32606

CREDITOR ID: 247101-12
BUCHANAN, COURTNEY
210 WILD BIRD DRIVE
SYLVA NC 28779

CREDITOR ID: 406432-MS
BUCHERT, GEORGE J.
1809 LIVE OAK ST.
METAIRIE LA 70005

CREDITOR ID: 406433-MS
BUCHMAN, WILLIAM C.
802 HUNTINGTON RD.
EASLEY SC 29642

CREDITOR ID: 397240-68
BUCK, CAROLYN
609 SHERIDAN ROAD
WINNETKA, IL 60093

CREDITOR ID: 406209-G4
BUCKEYE
PO BOX 78558
CHARLOTTE NC 28271

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 244127-12
BUCKEYE BUSINESS PRODUCTS INC
PO BOX 92340
CLEVELAND OH 44193

CREDITOR ID: 244128-12
BUCKEYE CABLING SYSTEM INC
PO BOX 78558
CHARLOTTE, NC 28271

CREDITOR ID: 279508-99
BUCKEYE CAPITAL PARTNERS LP
ATTN: PHILIP BROWN
230 PARK AVE, STE 1542
NEW YORK NY 10169

CREDITOR ID: 244129-12
BUCKEYE DISTRIBUTING,INC.
331 TREEWORTH BLVD
BROADVIEW HEIGHTS, OH 44147

CREDITOR ID: 244130-12
BUCKEYE FIRE EQUIPMENT CO
PO BOX 428
KINGS MOUNTAIN NC 28086

CREDITOR ID: 244131-12
BUCKHORN ELEMENTARY SCHOOL
901 E KENNEDY BLVD
TAMPA FL 33602

CREDITOR ID: 244132-12
BUCKHORN INC
PO BOX 710385
CINCINNATI OH 45271-0385

CREDITOR ID: 394784-57
BUCKLEY, DWAYNE
C/O DENNIS CHEN
5401 KIRKMAN ROAD
STE 310
ORLANDO FL 32819

CREDITOR ID: 403289-83
BUCKLEY, MCMULLEN & BUIE, P.A.
4421 SHARON RD. SUITE 200
CHARLOTTE NC 28211

CREDITOR ID: 400398-85
BUCKLEY, RENEE M
C/O MR. TODD E. COPELAND, ESQUIRE
TODD E. COPELAND & ASSOCIATES, P.A.
1007 EMMETT STREET
KISSIMMEE FL 34741

CREDITOR ID: 394215-56
BUCKLEY, RENEE M
700 DARLINGTON AVENUE #3
KISSIMMEE, FL 34741

CREDITOR ID: 265518-31
BUCKNERS PAINTING & HOME IMPR
ATTN: EDWARD D BUCKNER
8477 ROCKLAND DR
JACKSONVILLE FL 32221-1612

CREDITOR ID: 244133-12
BUCKS WRECKER SERVICE
PO BOX 1036
THOMASVILLE, NC 27861

CREDITOR ID: 258108-12
BUDD, PATRICIA
2250 GOODWOOD BLVD
SMYRNA, GA 30080

CREDITOR ID: 265519-14
BUDGET & MGMT ANALYSIS
ATTN: CHRISTINE SNEAD
22 LINCOLN ST FL 7
HAMPTON VA 23669-3522

CREDITOR ID: 244135-12
BUDGET GLASS COMPANY
5609 HULL ST RD
RICHMOND, VA 23224

CREDITOR ID: 244136-12
BUDGET RENT A CAR SYSTEM, INC
PO BOX 95035
CHICAGO, IL 60694-5035

CREDITOR ID: 399362-15
BUDGET RENT A CAR SYSTEM, INC
ATTN THERESA TANKERSLEY
300 CENTRE POINTE DRIVE
VIRGINIA BEACH VA 23462

CREDITOR ID: 384019-47
BUD'S BEST COOKIES
2070 PARKWAY OFFICE CIRCLE
HOOVER, AL 35244

CREDITOR ID: 244137-12
BUDS FINER FOODS
PO BOX 3591
JASPER, AL 35501

CREDITOR ID: 279087-32
BUDWEISER
GOLD COAST EAGLE DISTRIBUTING
2150 47TH STREET
SARASOTA FL 34234

CREDITOR ID: 279154-33
BUDWEISER
SILVER EAGLE DISTRIBUTORS LTD
1000 PARK OF COMMERCE BLVD
HOMESTEAD  FL 33035

CREDITOR ID: 279344-36
BUDWEISER KING OF BEERS
C/O JOHN SAPUTO
2150 47TH STREET
SARASOTA  FL 34234

CREDITOR ID: 397623-72
BUEHLER OF KENTUCKY LLC
PO BOX 82
1100 W 12TH AVENUE
JASPER, IN 47547-9806

CREDITOR ID: 244138-12
BUEHLER OF KENTUCKY LLC
ATTN KRIS BUEHLER MASSAT
1100 W 12TH AVENUE
PO BOX 82
JASPER, IN 47547-0082

CREDITOR ID: 397121-67
BUEHLER OF KENTUCKY, LLC
C/O ASSOC. WHOLESALE GROCERS
5000 KANSAS AVENUE
PO BOX 2937
KANSAS CITY, KS 66110-2937

CREDITOR ID: 244139-12
BUEHLERS PHARMACY
1550 S VANN AVENUE
EVANSVILLE, IN 47714

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 244140-12
BUFFALO ROCK COMPANY
2100 MICHIGAN AVE
MOBILE, AL 36615-1105

CREDITOR ID: 244145-12
BUFFALO ROCK COMPANY
PO BOX 3049
ALBANY GA 31706-3049

CREDITOR ID: 403193-99
BUFFALO ROCK COMPANY
C/O GRONEK & LATHAM LLP
ATTN: R SCOTT SHUKER/JIMMY PARRISH
390 N ORANGE AVE, STE 600
PO BOX 3353 (32802)
ORLANDO FL 32801

CREDITOR ID: 244142-12
BUFFALO ROCK COMPANY
PO BOX 2307
GADSEN, AL 35903

CREDITOR ID: 244144-12
BUFFALO ROCK COMPANY
PO BOX 6599
DOTHAN, AL 36302

CREDITOR ID: 279170-80
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN DEREK F MEEK, ESQ
3100 SOUTHTRUST TOWER
420 NORTH 20TH STREET
BIRMINGHAM AL 35203

CREDITOR ID: 244146-12
BUFFALO ROCK CORP PENSACOLA
8801 GROW DR
PENSACOLA, FL 32514

CREDITOR ID: 244147-12
BUFFALO ROCK PEPSI BIRMING
34 WEST OXMOOR DR
BIRMINGHAM, AL 35209

CREDITOR ID: 244148-12
BUFFALO ROCK PEPSI CLMBS
PO BOX 3218
COLUMBUS, GA 31903-0218

CREDITOR ID: 244149-12
BUFFALO ROCK PEPSI COLA
PO BOX 35067
PANAMA CITY, FL 32412

CREDITOR ID: 244150-12
BUFFALOE MILLING COMPANY
PO BOX 145
KITRELL, NC 27544

CREDITOR ID: 247653-12
BUFFUM, DAVID
379 STILL FOREST TERRACE
SANFORD, FL 32771

CREDITOR ID: 244151-12
BUFORD PLUMBING COMPANY INC
PO BOX 8601
JACKSON MS 39284-8601

CREDITOR ID: 241864-12
BUFORD, ALANA N
1434 LAMAR AVENUE
YAZOO CITY MS 39194

CREDITOR ID: 385986-54
BUGGS, JULIETTE MARIE
17215 NW 51ST PL
OPA-LOCKA, FL 33055

CREDITOR ID: 391210-55
BUGGS, JULIETTE MARIE
C/O SIMON & D'ALEMBERTE, PL
ATTN RONALD M SIMON ESQ
1001 BRICKELL BAY DRIVE, STE 1200
MIAMI FL 33131

CREDITOR ID: 388421-54
BUGGS, LUCIEN
614 CALIBRE CREST PARKWAY
STE 205
ALTAMONTE SPRINGS, FL 32714

CREDITOR ID: 392518-55
BUGGS, LUCIEN
C/O FRANKLIN T WALDEN LAW OFFICES
ATTN FRANKLIN T WALDEN, ESQ
1936 LEE ROAD, SUITE 100
WINTER PARK FL 32789

CREDITOR ID: 388019-54
BUIE, PHYLLIS
5851 NW 4TH ST
SILVER SPRINGS, FL 34488

CREDITOR ID: 392295-55
BUIE, PHYLLIS
C/O: RANDY E SCHIMMELPFENNIG
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 244152-12
BUILDERS SPECIALTIES INC
605 WHALEY STREET
COLUMBIA SC 29201

CREDITOR ID: 265522-31
BUILDING & ZONING OFFICIAL
ATTN: THOMAS WADE
18 N COURT AVE
CAMILLA GA 31730-1206

CREDITOR ID: 265520-31
BUILDING CODE
ATTN: WAYNE DAVIS
315 N MAIN ST
FOUNTAIN INN SC 29644-1603

CREDITOR ID: 265521-31
BUILDING DEPT
ATTN: BOB HERMAN
2790 OVERSEAS HWY
MARATHON FL 33050-2227

CREDITOR ID: 244153-12
BUILDING DIAGNOSTICS ASSOCS
C/O FREDRIC C BURESH, PA
ATTN: FREDRIC C BURESH, ESQ
800 SE THIRD AVENUE, 4TH FLOOR
FORT LAUDERDALE FL 33316

CREDITOR ID: 244153-12
BUILDING DIAGNOSTICS ASSOCS
5824 STIRLING ROAD
HOLLYWOOD FL 33021

CREDITOR ID: 244155-12
BUILDING SYSTEMS EVALUATIONS
PO BOX 2508
FORT MYERS, FL 33902

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395615-65<br>BUILDING SYSTEMS/FIRE SPRINKLER SYSTEMS<br>3056 PALM AVENUE, SUITE 1<br>FORT MYERS, FL 33901 | CREDITOR ID: 387384-54<br>BUISSERTH, THERESE<br>17300 NW 9TH PLACE<br>MIAMI, FL 33169 | CREDITOR ID: 391949-55<br>BUISSERTH, THERESE<br>C/O: DAVID SOSTCHIN, ESQ<br>LAW OFFICE OF DAVID M. SOSTCHIN<br>419 W 49TH ST<br>SUITE 210<br>HIALEAH FL 33012 |
| CREDITOR ID: 391680-55<br>BULBULOVIC, DENIS<br>C/O: RICHARD TRAPP<br>RICHARD TRAPP, ESQ<br>2518 EDGWATER DR<br>ORLANDO FL 32804 | CREDITOR ID: 243444-12<br>BULEN, BEVERLY<br>3447 RODGE ROAD<br>QUINTON VA 23141 | CREDITOR ID: 390521-55<br>BULLARD, CYRIL A JR<br>C/O ROBBINS & REYNOLDS, P.A.<br>ATTN MARC J. REYNOLDS, ESQ<br>9200 SOUTH DADELAND BLVD, SUITE 400<br>MIAMI FL 33156 |
| CREDITOR ID: 385213-54<br>BULLARD, CYRIL A JR.<br>14410 SW 105TH AVENUE<br>MIAMI, FL 33176 | CREDITOR ID: 388377-54<br>BULLARD, ELLA<br>406 DRIVER STREET<br>MOBILE, AL 36617 | CREDITOR ID: 392478-55<br>BULLARD, ELLA<br>C/O: YANCEY BURNETT<br>YANCEY N. BURNETT ATTY AT LAW<br>576 AZALEA RD, STE 101<br>MOBILE AL 36609 |
| CREDITOR ID: 387434-54<br>BULLARD, RICHARD<br>16454 NELSON PARK DRIVE, #106<br>CLERMONT, FL 34711 | CREDITOR ID: 391978-55<br>BULLARD, RICHARD<br>C/O: JEANIE DOLBY DUBINSKI<br>CUMMINS & NAILOS, P.A.<br>2215 CLUSTER OAKS DRIVE<br>SUITE 2<br>CLERMONT FL 34711 | CREDITOR ID: 387573-54<br>BULLARD, ROBERT<br>803 WYLDEWOOD ROAD<br>DURHAM NC 27704 |
| CREDITOR ID: 262776-12<br>BULLETIN BOARD, THE<br>ATTN PAULA SMITH, CONTROLLER<br>6005 C MONTICELLO DR<br>MONTGOMERY, AL 36117 | CREDITOR ID: 390313-54<br>BULLINS, TIM<br>1055 ELGHONNAN CT.<br>MADISON NC 27025 | CREDITOR ID: 392701-55<br>BULLINS, TIM<br>C/O: JAMES M. SNOW<br>150 CHURCH AVENUE<br>HIGH POINT NC 27262 |
| CREDITOR ID: 244157-12<br>BULLOCH COUNTY TAX COMMISSIONER<br>ATTN: JAMES DEAL<br>PROPERTY TAX<br>PO BOX 245<br>STATESBORO GA 30459-0245 | CREDITOR ID: 244158-12<br>BULLOCH COUNTY CHILD SUPPORT<br>201 NORTH POWELL STREET<br>UNION SPRINGS AL 36089 | CREDITOR ID: 388216-54<br>BULLOCK, AIMEE<br>6849 GREY HILL RD<br>WEST BLOCTON AL 35184 |
| CREDITOR ID: 392424-55<br>BULLOCK, AIMEE<br>C/O: C. BRANDON GLASS<br>C. BRANDON GLASS, ATTORNEY AT LAW<br>2300 10TH COURT SOUTH<br>BIRMINGHAM AL 35205 | CREDITOR ID: 377269-44<br>BULLOCK, TAMMY<br>CHARLOTTE DIV ASSOC<br>STORE#1269<br>217 MERRIFIELD COURT<br>GAFFNEY, SC 29340 | CREDITOR ID: 406007-15<br>BULMAN, DOROTHY B & DONALD R<br>3526 42ND STREET<br>MERIDIAN MS 39305-3118 |
| CREDITOR ID: 244159-12<br>BUMBLE BEE SEAFOOD LLC<br>12686 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 384021-47<br>BUMBLE BEE SEAFOOD LLC<br>PO BOX 90335<br>CHICAGO, IL 60696-0035 | CREDITOR ID: 244160-12<br>BUMPER TO BUMPER<br>3316 SOUTH PRESTON STREET<br>LOUISVILLE, KY 40213 |
| CREDITOR ID: 406434-MS<br>BUNCE, JILL ANNE<br>8542 SW 146 COURT<br>MIAMI FL 33183 | CREDITOR ID: 387194-54<br>BUNCH, LANDA<br>4649 KNIGHT DR.<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 391780-55<br>BUNCH, LANDA<br>C/O: DAVID L COLEMAN, II, ATTY<br>ANTHONY TAORMINA<br>3005 HARVARD AVENUE, STE 100<br>METAIRIE LA 70006 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244161-12<br>BUNCOMBE COUNTY TAX COLLECTOR<br>60 COURT PLAZA ROOM 320<br>ASHEVILLE NC 28801-3571 | CREDITOR ID: 244163-12<br>BUNDY NEW ORLEANS CO LLC<br>CO BENDERSON CAPITAL PTNRS LLC<br>708 THIRD AVENUE 28TH FLOOR<br>NEW YORK, NY 10017 | CREDITOR ID: 384022-47<br>BUNGE CORPORATION<br>PO BOX 952397<br>ST LOUIS, MO 63195 |
| CREDITOR ID: 244164-12<br>BUNGE CORPORATION<br>PO BOX 410236<br>NASHVILLE, TN 35602 | CREDITOR ID: 244165-12<br>BUNGE FOODS<br>PO BOX 905097<br>CHARLOTTE, NC 28290-5097 | CREDITOR ID: 279345-36<br>BUNGE NORTH AMERICA<br>11720 BORMAN DRIVE<br>P.O. BOX 28500<br>ST. LOUIS MO 63146-1000 |
| CREDITOR ID: 244166-12<br>BUNGE NORTH AMERICA EAST<br>PO BOX 70724<br>CHICAGO, IL 60673-0724 | CREDITOR ID: 406310-15<br>BUNGE NORTH AMERICA EAST, LLC<br>C/O THOMPSON COBURN, LLP<br>ATTN SETH A ALBIN, ESQ<br>ONE US BANK PLAZA<br>ST LOUIS MO 63101 | CREDITOR ID: 407613-15<br>BUNGE NORTH AMERICA, INC<br>C/O THOMPSON COBURN, LLP<br>ATTN SETH A ALBIN, ESQ<br>ONE US BANK PLAZA<br>ST LOUIS MO 63101 |
| CREDITOR ID: 244167-12<br>BUNKIE CITY MARSHALL<br>PO BOX 74<br>BUNKIE, LA 71322 | CREDITOR ID: 244168-12<br>BUNKIE ELEMENTARY SCHOOL<br>311 PERSHING AVE<br>BUNKIE, LA 71322 | CREDITOR ID: 244169-12<br>BUNKIE GENERAL HOSPITAL<br>PO BOX 380<br>BUNKIE, LA 71322 |
| CREDITOR ID: 244170-12<br>BUNKIE HIGH SCHOOL<br>435 EVERGREEN ST<br>BUNKIE, LA 71322 | CREDITOR ID: 244171-12<br>BUNKIE INVESTMENT CO LLC<br>3621 RIDGELAKE DR   STE 203<br>METAIRIE, LA 70002-1739 | CREDITOR ID: 2099-07<br>BUNKIE INVESTMENT CO LLC<br>3621 RIDGELAKE DRIVE<br>SUITE 203<br>METAIRIE, LA 70002-1739 |
| CREDITOR ID: 244172-12<br>BUNKIE MIDDLE SCHOOL<br>205 S COTTONWOOD<br>BUNKIE, LA 71322 | CREDITOR ID: 386703-54<br>BUNKLEY, AARON<br>1594 CALLAWAY LOOP<br>CONYERS GA 30012 | CREDITOR ID: 391654-55<br>BUNKLEY, AARON<br>C/O: RICHARD GRIFFIN<br>THE GRIFFIN LAW FIRM, P.C.<br>P.O. BOX 644<br>GRAYSON GA 30017 |
| CREDITOR ID: 394197-56<br>BUNKLEY, KRISTY ANN<br>44385 COMMANCHEE RD.<br>CALLAHAN, FL 32011 | CREDITOR ID: 400381-85<br>BUNKLEY, KRISTY ANN<br>C/O SAMMY LANIER<br>DORE, LANIER, NOEY & FANNIN<br>76 S. LAURA STREET<br>SUITE 1701<br>JACKSONVILLE FL 32202 | CREDITOR ID: 390270-54<br>BUNN, GARY A<br>PO BOX 55<br>WILDWOOD FL 34785 |
| CREDITOR ID: 244175-12<br>BUNNY BREAD INC -5<br>PO BOX 842222<br>DALLAS TX 75284 | CREDITOR ID: 244176-12<br>BUNTING MAGNETICS CO<br>PO BOX 877814<br>KANAS CITY, MO 64187-7814 | CREDITOR ID: 244177-12<br>BUNTON SEED COMPANY<br>939 E JEFFERSON ST<br>LOUISVILLE KY 40206 |
| CREDITOR ID: 244178-12<br>BUNZL ATLANTA<br>DRAWER CS 198940<br>ATLANTA, GA 30384-8940 | CREDITOR ID: 244179-12<br>BUNZL GREENSBORO INC<br>DRAWER CS 198940<br>ATLANTA, GA 30384-8940 | CREDITOR ID: 244180-12<br>BUNZL LOUISVILLE<br>PO BOX 198940<br>ATLANTA GA 30384-8940 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244181-12<br>BUNZL/PAPERCRAFT<br>PO BOX 198940<br>ATLANTA GA 30384-8940 | CREDITOR ID: 244182-12<br>BURBRIDGE PRODUCE CORP<br>PO BOX 2065<br>HOBE SOUND, FL 33475-2065 | CREDITOR ID: 278857-30<br>BURCH EQUIPMENT LLC<br>PO BOX 399<br>685 BURCH ROAD<br>FAISON, NC 28341-0399 |
| CREDITOR ID: 385356-54<br>BURCHELL, DEBORAH<br>801 OLD ENGLEWOOD ROAD<br>ENGLEWOOD, FL 34223 | CREDITOR ID: 390664-55<br>BURCHELL, DEBORAH<br>C/O FARROW & PULICE, PA<br>ATTN T FARROW/D BURCHELL, ESQS<br>3665 BEE RIDGE RD, STE 106<br>SARASOTA, FL 34233 | CREDITOR ID: 254427-12<br>BURCHELL, LARRY<br>5326 ONTER STREET<br>BATON ROUGE, LA 70805 |
| CREDITOR ID: 391953-55<br>BURCHETT, RALPH A JR<br>C/O: ERIC M. LAMB<br>LAMB  &  LAMB, PSC<br>6200  DUTCHMAN'S  LANE<br>SUITE  203<br>LOUISVILLE KY 40205 | CREDITOR ID: 390349-54<br>BURCHETT, RALPH A JR.<br>4202 BUBBLING OVER DRIVE<br>LOUISVILLE, KY 40216 | CREDITOR ID: 386951-54<br>BURCHETTE, BETTY<br>1530 NORTH BROAD ST<br>COWARTS AL 36321 |
| CREDITOR ID: 254794-12<br>BURCHFIELD, LINDA<br>3177 S OCEAN DRIVE<br>APT 101<br>HALLANDALE FL 33008 | CREDITOR ID: 393660-55<br>BURCHFIELD, LINDA<br>C/O JONATHAN SABGHIR<br>7118 SOUTHGATE BLVD<br>NORTH LAUDERDALE FL 33068 | CREDITOR ID: 256204-12<br>BURCHFIELD, MICHAEL<br>1009 HWY 82 EAST<br>GREENVILLE MS 38701-5415 |
| CREDITOR ID: 244185-12<br>BURD & FLETCHER COMPANY<br>ATTN DONALD C HULFELD, VP FIN<br>5151 EAST GEOSPACE DRIVE<br>INDEPENDENCE MO 64056 | CREDITOR ID: 382426-51<br>BURD & FLETCHER, INC.<br>5151 EAST GEOSPACE DRIVE<br>INDEPENDENCE, MO 64056 | CREDITOR ID: 244186-12<br>BURD AND FLETCHER<br>PO BOX 87-9485<br>KANSAS CITY, MO 64187-9485 |
| CREDITOR ID: 244187-12<br>BURDESHAWS LOCKSMITH SERVICE<br>1453 ROSS CLARK CIR<br>DOTHAN, AL 36301 | CREDITOR ID: 265523-31<br>BUREAU DESIGN & RECREATION SVC<br>ATTN: DAVE CURRY<br>207 SPRING ST<br>JAY FL 32565-1018 | CREDITOR ID: 397711-62<br>BUREAU OF ABANDONED PROPERTY<br>P.O. BOX 8931<br>WILMINGTON  DE 19899 |
| CREDITOR ID: 239884-06<br>BUREAU OF ALCOHOL TOBACCO & FIRE<br>PO BOX 371962<br>PITTSBURGH PA 15250-7962 | CREDITOR ID: 239885-06<br>BUREAU OF ATF<br>550 MAIN STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 383050-51<br>BUREAU OF CHILD W/MED HNDCPS<br>PO BOX 1603<br>COLUMBUS, OH 43216-1603 |
| CREDITOR ID: 244190-12<br>BUREAU OF ELEVATOR SAFETY<br>PO BOX 5700<br>TALLAHASSEE FL 32314-5700 | CREDITOR ID: 239887-06<br>BUREAU OF ENVIRONMENTAL SERVICE<br>FROZEN DESSERT PERMITS<br>PO BOX 303017<br>MONTGOMERY AL 36130 | CREDITOR ID: 244192-12<br>BUREAU OF FAMILY SUPPORT<br>PO BOX 419058<br>RANCHO CORDOVA, CA 95741-9058 |
| CREDITOR ID: 244193-12<br>BUREAU OF FINANCE<br>SCDHEC<br>PO BOX 100103<br>COLUMBIA SC 29202-3103 | CREDITOR ID: 265524-31<br>BUREAU OF LAND MANAGEMENT<br>ATTN: BRUCE DAWSON<br>411 BRIARWOOD DR STE 404<br>JACKSON MS 39206-3058 | CREDITOR ID: 265525-31<br>BUREAU OF LAND MANAGEMENT<br>ATTN: KATHLEEN CLOCK<br>7450 BOSTON BLVD<br>SPRINGFIELD VA 22153-3121 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244194-12<br>BUREAU OF NATIONAL AFFAIRS INC<br>1231 25TH ST NW<br>WASHINGTON DC 20037 | CREDITOR ID: 265526-31<br>BUREAU OF PLANT INSPECTION<br>ATTN: FLOYD MCHENRY<br>2232 NE JACKSONVILLE RD<br>OCALA FL 34470-3615 | CREDITOR ID: 244195-12<br>BUREAU VERITAS CONSUMER PRODUCTS<br>SERVICES INC GPO<br>100 NORTHPOINTE PARKWAY<br>BUFFALO NY 14228 |
| CREDITOR ID: 244196-12<br>BURGESS SALES & SUPPLY INC<br>2121 W MOREHEAD ST<br>CHARLOTTE NC 28208 | CREDITOR ID: 249122-12<br>BURGESS, ERIN<br>1726 KAMLER AVENUE<br>ORLANDO, FL 32817 | CREDITOR ID: 385163-54<br>BURGESS, GRANT<br>2900 NW 9TH PL, APT 10<br>FORT LAUDERDALE, FL 33311 |
| CREDITOR ID: 390512-55<br>BURGESS, GRANT<br>C/O: JOSEPH VILLACCI, ESQ<br>LAW OFFICES OF JOSEPH J. VILLACCI<br>3520 WEST BROWARD BLVD.<br>STE. 117<br>FORT LAUDERDALE FL 33312-1029 | CREDITOR ID: 387134-54<br>BURGESS, JESSIE<br>7117 LYKES STREET<br>BROOKSVILLE, FL 34613 | CREDITOR ID: 391719-55<br>BURGESS, JESSIE<br>C/O: JOSEPH R. ROWE, JR., ESQUIRE<br>LAW OFFICES OF JOSEPH R. ROWE, JR., P. A<br>3434 W. COLUMBUS DR.<br>SUITE 105<br>TAMPA FL 33607 |
| CREDITOR ID: 269604-19<br>BURGESS, WILLIE<br>C/O GEORGIA LAW GROUP OF HURLEY LLC<br>ATTN NOEL L HURLEY ESQ<br>1934 WASHINGTON ROAD<br>EAST POINT GA 30344 | CREDITOR ID: 397965-76<br>BURGESS, WILLIE<br>6236 THORNHEDGE DRIVE<br>RIVERDALE, GA 30296 | CREDITOR ID: 398152-77<br>BURGESS, WILLIE H<br>C/O THE GEORGIA LW GRP OFHULEY LLC<br>ATTN: NOEL L HURLEY, ESQ<br>ALVIN R LENOIR (OF COUNSEL)<br>1934 WASHINGTON ROAD<br>EAST  POINT, GA 30344 |
| CREDITOR ID: 381484-47<br>BURGETT, DONNA S<br>2932 HIDDEN BAY BLVD<br>NAVARRE, FL 32566 | CREDITOR ID: 247977-12<br>BURGOHY, DENISE A<br>9765 SOUTHBROOK DRIVE, APT 2301<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 389590-54<br>BURGOS, IRIS V<br>801 QUAIL HOLLOW DR.<br>ORLANDO, FL 32825 |
| CREDITOR ID: 385384-54<br>BURGOS, MARIA<br>5200 CURRYFORD ROAD, APT 101<br>ORLANDO, FL 32812 | CREDITOR ID: 390692-55<br>BURGOS, MARIA<br>C/O: LUIS G. FIGUEROA<br>ATTORNEYS TRIAL GROUP<br>540 N. SEMORAN BLVD.<br>ORLANDO FL 32807 | CREDITOR ID: 385775-54<br>BURGOS-GULINO, YAJAIRA<br>901 NE 12TH AVENUE, APT #1<br>POMPANO BEACH, FL 33060 |
| CREDITOR ID: 386957-54<br>BURGOYNE, BRENT<br>2156 CENTERWAY AVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 388264-54<br>BURK, ANDY<br>313 SE ST JOHNS STREET<br>LAKE CITY FL 32025 | CREDITOR ID: 265527-31<br>BURKE CNTY FAMLY CONNCTN COLLA<br>ATTN: WUENDELL SMITH<br>840 ACADEMY AVE<br>WAYNESBORO GA 30830-1268 |
| CREDITOR ID: 265528-31<br>BURKE CNTY PRKS RCREATION DEPT<br>ATTN: GARY CRAIGO<br>700 S MAIN<br>DREXEL NC 28619 | CREDITOR ID: 244197-12<br>BURKE CORP<br>PO BOX 801719<br>KANAS CITY, MO 64180-1719 | CREDITOR ID: 244199-12<br>BURKE POWERS & HARTY INC<br>1236 VOLUNTEER PARKWAY<br>BRISTOL TN 37620 |
| CREDITOR ID: 381535-47<br>BURKE PRIMARY CARE PLLC<br>103 MEDICAL HEIGHTS DRIVE<br>MORGANTON, NC 28655-5197 | CREDITOR ID: 374186-44<br>BURKE, CHENIECE D<br>ORL DIV STORE# 2200<br>9138 BATON ROUGE<br>ORLANDO, FL 32818-9052 | CREDITOR ID: 386128-54<br>BURKE, JODRICKA D<br>17961 NW 22ND CT<br>MIAMI, FL 33056 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406055-93<br>BURKE, SARAH<br>5351 DON MAR ST<br>APOPKA FL 32703-1900 | CREDITOR ID: 392078-55<br>BURKEY, DONALD<br>C/O: SAMUEL SVALINA<br>SVALINA LAW FIRM, P.A.<br>601 BLANDEN STREET<br>PO DRAWER 1207<br>BEAUFORT SC 29901 | CREDITOR ID: 393667-55<br>BURKEY, DONALD<br>C/O: SVALINA LAW FIRM<br>TIM KILLEN<br>601 BRADEN STREET<br>BEUFORT SC 29901 |
| CREDITOR ID: 399474-82<br>BURKEY, DONALD P.<br>24 CALICO COURT<br>BEAUFORT  SC 29906 | CREDITOR ID: 400367-85<br>BURKEY, DONALD PATRICK<br>C/O TIM KILLENS<br>SVALINA LAW FIRM<br>601 BLANDEN STREET<br>BEAUFORT SC 29901 | CREDITOR ID: 386946-54<br>BURKEY, PATRICK<br>24 CALICO COURT<br>BEAUFORT SC 29906 |
| CREDITOR ID: 384023-47<br>BURKHARDT DIST CO<br>PO BOX 438<br>ST AUGUSTINE, FL 32085 | CREDITOR ID: 279104-32<br>BURKHARDT SALES AND SERVICE<br>ATTN:  JORGE VEGA<br>3735 INMAN ROAD<br>SAINT AUGUSTINE FL 32084 | CREDITOR ID: 386030-54<br>BURKHART, SANDRA<br>PO BOX 297502<br>PEMBROKE PINES, FL 33029-7502 |
| CREDITOR ID: 391237-55<br>BURKHART, SANDRA<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S HARTMAN, ESQ<br>10000 STIRLING ROAD SUITE 1<br>COOPER CITY FL 33024-8038 | CREDITOR ID: 244200-12<br>BURLESON SHOPPING CENTER LP<br>C/O FRANK REAL ESTATE INC<br>8100 LOMO ALTO<br>SUITE 235 LB40<br>DALLAS TX 75225 | CREDITOR ID: 244201-12<br>BURLESON'S INC<br>PO BOX 578<br>WAXAHACHIE, TX 75168 |
| CREDITOR ID: 386219-54<br>BURLEY, CAROL<br>321 S.E. 12TH ST<br>POMPANO BEACH FL 33060 | CREDITOR ID: 407762-99<br>BURLINGTON ASSOCIATES LP<br>C/O ROSEN LAW GROUP LLC<br>ATTN: MITCHELL S ROSEN<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 |
| CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O BRONZE HOLDINGS INC.<br>1853 EAST PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 244202-12<br>BURLINGTON ASSOCIATES LTD PRT<br>C/O BRONZE HOLDINGS INC<br>1853 EAST PIEDMONT RD STE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 317389-42<br>BURLINGTON CITY TAX DEPT<br>PO BOX 1358<br>BURLINGTON NC 27216-1358 |
| CREDITOR ID: 381046-47<br>BURLINGTON NORTHERN & SANTA FE RAILWAY<br>PO BOX 847347<br>DALLAS, TX 75284-7347 | CREDITOR ID: 244205-12<br>BURLINGTON RUGS CORP<br>1093 HWY 278 EAST<br>MONTICELLO AR 71655 | CREDITOR ID: 382359-51<br>BURLINGTON TIMES NEWS<br>707 S. MAIN STREET<br>BURLINGTON, NC 27215 |
| CREDITOR ID: 244206-12<br>BURLINGTON TIRE SERVICE INC<br>1222 S CHURCH ST<br>BURLINGTON NC 27215 | CREDITOR ID: 374022-44<br>BURLINGTON TRAILER SALES & SERVICE<br>40/85 BODY SHOP & SERVICE<br>PO BOX 2083<br>BURLINGTON, NC 27216-2083 | CREDITOR ID: 244208-12<br>BURNETT ELECTRIC & MOTOR REP.<br>PO BOX 15<br>LAKELAND FL 33802-0015 |
| CREDITOR ID: 243874-12<br>BURNETT, BRANTLEY T<br>C/O ROXBOROUGH ASSOCIATES LLC<br>PO BOX 1359<br>ROXBORO NC 27573 | CREDITOR ID: 385792-54<br>BURNETT, KELA M<br>295 SPRINGFIELD COURT<br>ORANGE PARK, FL 32073 | CREDITOR ID: 391058-55<br>BURNETT, KELA M<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 390113-54
BURNETT, NANCY
1701 SKEES ROAD
#19A
WEST PALM BEACH, FL 33411

CREDITOR ID: 244209-12
BURNETTE FOODS INC
SLOT A 93
PO BOX 66973
CHICAGO, IL 60666-0973

CREDITOR ID: 385484-54
BURNETTE, PAULINE
107 SPRING GARDEN CIRCLE
BIRMINGHAM, AL 35217

CREDITOR ID: 390784-55
BURNETTE, PAULINE
C/O GOLDBERG AND ASSOCIATES, PC
ATTN DAN A GOLDBERG, ESQ
1910 3RD AVENUE NORTH, STE 500
BIRMINGHAM AL 35203

CREDITOR ID: 388737-54
BURNEY, MCCALL
927 SIMMONS CIRCLE
BAINBRIDGE GA 39819

CREDITOR ID: 252903-12
BURNLEY, JEFFERY
100 THOUSAND OAKS CIRCLE
JACKSON, MS 39212

CREDITOR ID: 265529-31
BURNS & MC DONNELL INC
ATTN: DOUG BIRKBECK
400 EMBASSY ROW NE
ATLANTA GA 30328-1667

CREDITOR ID: 244210-12
BURNS PACKAGING
2801 ROSSELLE STREET
JACKSONVILLE, FL 32205

CREDITOR ID: 388618-54
BURNS, CARRIE
16301 130TH AVE N
JUPITER FL 33478

CREDITOR ID: 406435-MS
BURNS, DONALD E.
4924 MARBLE FALLS DR.
FT. WORTH TX 76103

CREDITOR ID: 406436-MS
BURNS, GORDON W
1387 FALKIRK COURT
JACKSONVILLE FL 32221

CREDITOR ID: 385997-54
BURNS, JESSICA
500 PINSON RD APT M-4
ALBANY, GA 31705

CREDITOR ID: 406437-MS
BURNS, JOSEPH H.
7713 HARPS MILL RD.
RALEIGH NC 27615

CREDITOR ID: 382427-51
BURNS, KENNETH
5003 BLUE HERON CIRCLE
NORTH PORT, FL 34287

CREDITOR ID: 402453-89
BURNS, KENNETH
3905 BRAUN WAY
VALRICO FL 33594

CREDITOR ID: 406438-MS
BURNS, KENNETH
5003 BLUE HERON CIRCLE
NORTH PORT FL 34287

CREDITOR ID: 381452-47
BURNS, ROBERT
MTG DIV STORE# 583
7859 OAK RIDGE PLACE
MERIDIAN MS 39305

CREDITOR ID: 406439-MS
BURNS, ROBERT B.
7011 N. 56TH ST.
TAMPA FL 33617

CREDITOR ID: 388923-54
BURNS, WENDY
59 WILDWOOD DRIVE
CRAWFORDVILLE, FL 32327

CREDITOR ID: 392828-55
BURNS, WENDY
C/O: JAMES E. MESSER, JR.
FONVIELLE LEWIS FOOTE & MESSER P.A.
3375-A CAPITAL CIRCLE NE
TALLAHASSEE FL 32308

CREDITOR ID: 399304-99
BURR & FORMAN LLP
ATTN: D MEEK/R RUBIN/M SOLOMON
3100 SOUTH TRUST TOWER
420 NORTH 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279105-32
BURR & FORMAN LLP
ATTN: BOB RUBIN
3100 SOUTHTRUST TOWER
420 NORTH 20TH STREET
BIRMINGHAM AL 35203

CREDITOR ID: 404283-95
BURR WOLFF LP
3355 W ALABAMA STE 600
HOUSTON TX 77098

CREDITOR ID: 399286-15
BURR WOLFF, LP
ATTN SCOTT MCNEILL, ACCTG MGR
3800 BUFFALO SPEEDWAY, SUITE 200
HOUSTON TX 77098-3706

CREDITOR ID: 248763-12
BURR, EDDIE
PO BOX 1888
C/O DAILY JOURNAL
ROCKINGHAM, NC 28380

CREDITOR ID: 384103-47
BURR, EDDIE
C/O DAILY JOURNAL
PO BOX 1888
ROCKINGHAM, NC 28380

CREDITOR ID: 241412-12
BURRAGE, AARON J
2496 VALLEY VIEW LANE
TUSCALOOSA AL 35405

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389611-54<br>BURRES, MARILYN<br>3780 WA HOO DRIVE<br>SAINT AUGUSTINE, FL 32084 | CREDITOR ID: 393273-55<br>BURRES, MARILYN<br>C/O: LESLIE GOLLER<br>BROWN, TERRELL, HOGAN, ELLIS, MCCLAMMA &<br>233 EAST BAY STREET<br>SUITE 804<br>JACKSONVILLE FL 32202 | CREDITOR ID: 380991-47<br>BURRIS LOGISTICS<br>PO BOX 823066<br>PHILADELPHIA, PA 19182-3066 |
| CREDITOR ID: 406167-15<br>BURRIS LOGISTICS<br>501 SE 5TH STREET<br>MILFORD DE 19963 | CREDITOR ID: 244212-12<br>BURRIS REFRIGERATED LOGISTICS<br>PO BOX 823066<br>PHILADELPHIA, PA 19182-3066 | CREDITOR ID: 406166-15<br>BURRIS REFRIGERATED LOGISTICS<br>ATTN MIKE SCARBOROUGH, ASST SEC<br>4501 DIGNAN STREET<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 374885-44<br>BURRIS, FELICIA<br>6419 COVE CREEK DRIVE<br>CHARLOTTE, NC 28215 | CREDITOR ID: 244539-12<br>BURROUGH, CARL<br>200 FITZSIMMONS HILL<br>ELIZABETHTON, TN 37643 | CREDITOR ID: 386366-54<br>BURROUGH, RANDY<br>1831 N.W. 27TH AVENUE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 391450-55<br>BURROUGH, RANDY<br>C/O: DENNIS USDAN<br>USDAN & ASSOC<br>300 N.W. 82ND AVE.<br>SUITE 501<br>PLANTATION FL 33324 | CREDITOR ID: 244213-12<br>BURROUGHS DIESEL INC<br>PO BOX 4451<br>3626 INDUSTRIAL BLVD<br>LAUREL, MS 39441 | CREDITOR ID: 403420-93<br>BURROUGHS, SHANE M.<br>LANIER LAW FIRM<br>PO BOX 2789<br>ORANGEBURG SC 29116 |
| CREDITOR ID: 244214-12<br>BURROWS PAPER CORPORATION<br>13434 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 259250-12<br>BURRUSS, RANDY<br>6606 DELLWOOD STREET<br>RICHMOND, VA 23228 | CREDITOR ID: 400139-86<br>BURSE (MINOR), JANIYA<br>149 LINDA DRIVE<br>CANTON  MS 39046 |
| CREDITOR ID: 399307-81<br>BURSE , JANIYA (MINOR)<br>149 LINDA DRIVE<br>CANTON, MS 39046 | CREDITOR ID: 392912-55<br>BURSE, JANIYA (MINOR)<br>C/O: DENNIS C. SWEET, III, ESQ.<br>SWEET & FREESE PLLC<br>PO BOX 23307<br>200 S LAMAR ST., #200, N TOWER<br>JACKSON MS 39207 | CREDITOR ID: 244215-12<br>BURT LEWIS INC<br>DEPT 77-2936<br>CHICAGO, IL 60678-2936 |
| CREDITOR ID: 406440-MS<br>BURT, LARRY<br>7 DEWBERRY COURT<br>BEDFORD TX 76021 | CREDITOR ID: 400140-86<br>BURTON, BRYIE ANN<br>2316 ST. ANDREW STREET<br>NEW  ORLEANS  LA 70113 | CREDITOR ID: 385351-54<br>BURTON, CHRISTINA<br>9465 HWY 1<br>CLARKSDALE, MS 38614 |
| CREDITOR ID: 390658-55<br>BURTON, CHRISTINA<br>C/O HOLCOMB DUNBAR, PA<br>ATTN JOHNATHAN MASTERS ESQ<br>PO BOX 368<br>CLARKSDALE MS 38614-0368 | CREDITOR ID: 390658-55<br>BURTON, CHRISTINA<br>C/O HOLCOMB DUNBAR, PA<br>ATTN JONATHAN MASTERS ESQ<br>PO DRAWER 707<br>OXFORD MS 38655-0707 | CREDITOR ID: 387157-54<br>BURTON, MARILYN<br>PO BOX 616973<br>ORLANDO, FL 32861 |
| CREDITOR ID: 391742-55<br>BURTON, MARILYN<br>C/O: JEFFREY D. STARKER, ESQ.<br>HILL & PONTON<br>605 E. ROBINSON ST.<br>P.O. BOX 2673  STE 500<br>ORLANDO FL 32802 | CREDITOR ID: 399475-82<br>BURTON, SHELTON O.<br>266 LINK CIRCLE<br>ABBEVILLE  SC 29620 | CREDITOR ID: 244217-12<br>BURTS BEE<br>PO BOX 13489<br>DURHAM, NC 27709 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385884-54<br>BURY, JENNY<br>1325 WEST THARPE STREET<br>#1411A<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 391132-55<br>BURY, JENNY<br>C/O: GARY A. ROBERTS<br>GARY A. ROBERTS & ASSOCIATES, LLC<br>501 E. TENNESSEE ST.<br>SUITE C<br>TALLAHASSEE FL 32308 | CREDITOR ID: 388409-54<br>BUSBEE, SUSAN<br>7 KITLY CT<br>GREENSBORO, NC 27455 |
| CREDITOR ID: 385423-54<br>BUSBY-DUNN, KAYWAIANA<br>3156 JACKSON AVE<br>BATON ROUGE, LA 70802 | CREDITOR ID: 390728-55<br>BUSBY-DUNN, KAYWAIANA<br>C/O: JERRARD M. YOUNG, ESQ.<br>ROBERSON, TAYLOR, YOUNG & ROBERSON,PA<br>5700 FLORIDA BLVD.<br>DEAN TOWER SUITE 710<br>BATON ROUGE LA 70806 | CREDITOR ID: 244218-12<br>BUSH BROTHERS & CO<br>PO BOX 402537<br>ATLANTA, GA 30384-2537 |
| CREDITOR ID: 387212-54<br>BUSH, ANNITA<br>6005 POWDER POST DR.<br>ORLANDO, FL 32818 | CREDITOR ID: 391800-55<br>BUSH, ANNITA<br>C/O MICHAEL TIERNEY, PA<br>ATTN MICHAEL TIERNEY, ESQ<br>918 BEARD AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 242469-12<br>BUSH, APRIL<br>9104 COLLINSVILLE CIRCLE<br>COLLINSVILLE MS 39325 |
| CREDITOR ID: 400535-88<br>BUSH, NATASHA A<br>C/O MICHAEL SUTTON<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 400338-85<br>BUSH, NATASHA A<br>C/O MORGAN & MORGAN<br>ATTN MICHAEL SUTTON, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 244219-12<br>BUSINESS & LEGAL REPORTS<br>141 MILL ROCK ROAD EAST<br>PO BOX 6001<br>OLD SAYBROOK CT 06475 |
| CREDITOR ID: 244220-12<br>BUSINESS ADMINISTRATION COLLEGE CNL<br>3137F CEBA<br>BATON ROUGE LA 70803 | CREDITOR ID: 244221-12<br>BUSINESS COUNCIL OF ALABAMA<br>PO BOX 76<br>MONTGOMERY AL 36101-0076 | CREDITOR ID: 407729-93<br>BUSINESS DATA CENTER<br>12 NEPCO WAY<br>PITTSBURG NY 12903 |
| CREDITOR ID: 244222-12<br>BUSINESS HEALTH ASSESSMENT & MANAGT<br>968 MAIN STREET SUITE E<br>MONTEVALLO AL 35115 | CREDITOR ID: 244223-12<br>BUSINESS INSURANCE<br>SUBSCRIPTION DEPARTMENT<br>1155 GRATIOT AVENUE<br>DETROIT MI 48207 | CREDITOR ID: 244224-12<br>BUSINESS JOURNAL<br>1200 RIVERPLACE BLVD<br>STE 201<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 265530-14<br>BUSINESS PROF RGLTION FLA DEPT<br>ATTN: HENRY DOVER<br>1940 N MONROE ST<br>TALLAHASSEE FL 32399-6506 | CREDITOR ID: 244225-12<br>BUSINESS RECOVERY SYSTEMS INC<br>PO BOX 6996<br>CHARLOTTESVILLE VA 22906 | CREDITOR ID: 244226-12<br>BUSINESS TO BUSINESS INTL CORP<br>7285 NW 31 LANE<br>MIAMI, FL 33122 |
| CREDITOR ID: 384024-47<br>BUSINESS TO BUSINESS INTL CORP<br>ATTN SANDRO FLOREZ, PRES<br>6903 NW 82 AVENUE<br>MIAMI, FL 33166 | CREDITOR ID: 244779-12<br>BUSSBERG, CATHY<br>6806 KILDARE DRIVE<br>CINCINNATI, OH 45233-4307 | CREDITOR ID: 244227-12<br>BUSSE SJI CORPORATION<br>PO BOX 88748<br>MILWAUKEE, WI 53288-0748 |
| CREDITOR ID: 384083-47<br>BUSSELL, DANIEL M<br>1400 FRANKLIN ROAD<br>STATESBORO, GA 30461 | CREDITOR ID: 394064-61<br>BUSSEY, WHITE, MCDONOUGH & FREEMAN, PA<br>PO BOX 531086<br>ORLANDO, FL 32853-1086 | CREDITOR ID: 406441-MS<br>BUSSING, RAYMOND J<br>4884 TARA WOOD DRIVE E<br>JACKSONVILLE FL 32210 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244228-12<br>BUSY B INTERPRISES<br>ATTN DANNIE C BARNARD SR, OWNER<br>388 MASON ROAD<br>PEMBROKE, GA 31321 | CREDITOR ID: 387779-54<br>BUTCHER, MARY<br>6830 SE MORNING SIDE<br>STUART, FL 34997 | CREDITOR ID: 244230-12<br>BUTLER COMMERCIAL FOOD EQUIPMENT<br>PO BOX 210968<br>MONTGOMERY, AL 36121-0968 |
| CREDITOR ID: 244238-12<br>BUTLER INVESTMENT I LC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 278421-24<br>BUTLER INVESTMENTS I LC<br>C/O DERRINE & WHEELER REAL ESTATE<br>CROWN CENTER<br>580 EAST MAIN STREET<br>SUITE 300<br>NORFOLK VA 23510 | CREDITOR ID: 244239-12<br>BUTLER LP GAS, INC<br>ATTN JOE BEN BUTLER, OWNER<br>3886 BELLS HWAY<br>PO BOX 782<br>WALTERBORO, SC 29488-0782 |
| CREDITOR ID: 381000-47<br>BUTLER PAINTING INC<br>ATTN: LAURA BUTLER, PRES<br>7163-B LATHAM DRIVE<br>FT WORTH, TX 76118 | CREDITOR ID: 388101-54<br>BUTLER, ALMA<br>1133 BELLEVILLE STREET<br>NEW ORLEANS, LA 70114 | CREDITOR ID: 403626-94<br>BUTLER, CHARLES G<br>3814 N LAKE ORLANDO PKWY<br>ORLANDO FL 32808 |
| CREDITOR ID: 374809-44<br>BUTLER, ELIZABETH<br>PO BOX 684<br>FITZGERALD, GA 31750 | CREDITOR ID: 385584-54<br>BUTLER, JODIE<br>4470 SPANISH TRAIL #72<br>PENSACOLA, FL 32504 | CREDITOR ID: 385292-54<br>BUTLER, JOY<br>2650 CENTRAL STREET<br>VACHERIE, LA 70090 |
| CREDITOR ID: 390600-55<br>BUTLER, JOY<br>C/O METRO LEGAL CENTER, LLC<br>ATTN V GUESNON/M ROBINSON JR, ESQS<br>234 LOYOLA AVENUE, SUITE 702<br>NEW ORLEANS LA 70112 | CREDITOR ID: 389110-54<br>BUTLER, LETATIA<br>2216 W. 2ND STREET<br>APT 2<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 392997-55<br>BUTLER, LETATIA<br>C/O: WENDY GALPIN<br>THE LAW OFFICES OF J. SCOTT NOONEY<br>3535 HENDRICKS AVE.<br>JAX FL 32207 |
| CREDITOR ID: 386280-54<br>BUTLER, LINDA D<br>C/O SMITH & FEDDELER<br>P.O. DRAWER 1089<br>LAKELAND FL 33802-1089 | CREDITOR ID: 391397-55<br>BUTLER, LINDA D<br>C/O: CARL A. FEDDELER, III<br>SMITH & FEDDELER<br>P.O. DRAWER 1089<br>LAKELAND FL 33802 | CREDITOR ID: 392159-55<br>BUTLER, MARIE<br>C/O: STEPHEN RUE<br>LAW OFFICES OF STEPHEN RUE & ASSOCIATES,<br>3309 WILLIAMS BLVD<br>KENNER LA 70065 |
| CREDITOR ID: 406442-MS<br>BUTLER, MICHAEL J.<br>2249 CAMBRIDGE DRIVE<br>HURST TX 76054 | CREDITOR ID: 394298-56<br>BUTLER, PAUL<br>2941 NW 210 TERRACE<br>MIAMI FL 33056 | CREDITOR ID: 388171-54<br>BUTLER, ROBERT<br>2324 HODGE RD<br>KNIGHTDALE NC 27545 |
| CREDITOR ID: 390355-54<br>BUTLER, ROBERT JR<br>8522 NW 35TH CT<br>MIAMI FL 33147 | CREDITOR ID: 389923-54<br>BUTLER, RODNEY (MINOR)<br>2532 CHERRY STREET<br>BRUNSWICK, GA 31520 | CREDITOR ID: 393461-55<br>BUTLER, RODNEY (MINOR)<br>C/O: M BRIAN CLEMENTS<br>KENNETH S. NUGENT, P.C.<br>7 EAST CONGRESS STREET<br>SUITE 504<br>SAVANNAH GA 31401 |
| CREDITOR ID: 387732-54<br>BUTLER, TIMOTHY<br>1835 PEARWOOD CT.<br>ORLANDO FL 32818 | CREDITOR ID: 265531-31<br>BUTNER TOWN ZONING PERMITS<br>ATTN: TOM MCGEE<br>205 W E ST BLDG C<br>BUTNER NC 27509-1999 | CREDITOR ID: 388492-54<br>BUTT, LINA<br>111 W. TURGOT AVE<br>EDGEWATER, FL 32141 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392575-55<br>BUTT, LINA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 244240-12<br>BUTTER BUDS FOOD INGREDIENTS<br>2 CUMBERLAND ST<br>BROOKLYN, NY 11205 | CREDITOR ID: 244241-12<br>BUTTER KRUST DIVISION<br>PO BOX 1707<br>LAKELAND, FL 33802 |
| CREDITOR ID: 385588-54<br>BUTTERTON, JANET<br>3959 DOE RUN DRIVE<br>POWDER SPRINGS, GA 30127 | CREDITOR ID: 390882-55<br>BUTTERTON, JANET<br>C/O NWACHUKWU LAW OFFICES, P.C.<br>ATTN CHRIS NWACHUKWU, ESQ.<br>3350 RIVERWOOD PARKWAY, SUITE 1900<br>ATLANTA GA 30339 | CREDITOR ID: 406443-MS<br>BUTTNER III, EDWARD W.<br>219 TIMBER RIDGE CIRCLE<br>BURLESON TX 76028 |
| CREDITOR ID: 265532-31<br>BUTTS COUNTY WATER SEWER<br>ATTN: MARCIE SELEB<br>100 W 2ND ST<br>JACKSON GA 30233-1922 | CREDITOR ID: 385352-54<br>BUTTS-MITCHELL, DELORES<br>190 STATE ROAD 715<br>LOT 192<br>BELLE GLADE, FL 33430 | CREDITOR ID: 390660-55<br>BUTTS-MITCHELL, DELORES<br>C/O WILLIAM C RUGGIERO LAW OFFICES<br>ATTN WILLIAM C RUGGIERO, ESQ<br>WACHOVIA CENTER, SUITE 1100<br>200 EAST BROWARD BOULEVARD<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 244242-12<br>BUURMA FARMS INC<br>3909 KOK ROAD<br>WILLARD OH 44890 | CREDITOR ID: 404285-95<br>BVI DBA PRIMED<br>ATTN STEPHANIE PRESTAGER, CBO MGR<br>PO BOX 240695<br>MONTGOMERY AL 36124-0695 | CREDITOR ID: 244244-12<br>BVI DBA PRIMED WETUMPKA<br>PO BOX 240695<br>MONTGOMERY, AL 36124-0695 |
| CREDITOR ID: 244245-12<br>BVL FAMILY MEDICAL CENTER<br>2551 BOGGY CREEK ROAD<br>KISSIMMEE, FL 34744 | CREDITOR ID: 244246-12<br>BW ADMIRALS INN<br>5665 CYPRESS GARDENS BLVD<br>WINTER HAVEN FL 33884 | CREDITOR ID: 244247-12<br>BW DIX INC<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH, FL 32960 |
| CREDITOR ID: 1152-07<br>BW DIX INC<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH, FL 32960 | CREDITOR ID: 244249-12<br>BWC STATE INSURANCE FUND<br>CORPORATE PROCESSING DEPT<br>COLUMBUS, OH 43271-0977 | CREDITOR ID: 404286-95<br>BWI COMPANIES INC<br>4265 US 98N PMB 575<br>LAKELAND FL 33809 |
| CREDITOR ID: 244250-12<br>BWI COMPANIES, INC<br>ATTN ART PHELPS, CORP CR MGR<br>PO BOX 990<br>NASHVILLE TN 75569 | CREDITOR ID: 244253-12<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM, AL 35253-0310 | CREDITOR ID: 244252-12<br>BYARS & CO INC<br>FOR STORE# 521<br>PO BOX 530310<br>BIRMINGHAM AL 35253-0310 |
| CREDITOR ID: 1154-07<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM, AL 35253-0310 | CREDITOR ID: 406444-MS<br>BYARS, GREGORY G.<br>2603 CRAVENRIDGE RD.<br>GARNER NC 27529 | CREDITOR ID: 406445-MS<br>BYARS, VANCE G.<br>4401 JESSUP DR.<br>RALEIGH NC 27603 |
| CREDITOR ID: 388050-54<br>BYAS, ALMA<br>2810 BACCHUS DRIVE<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 392320-55<br>BYAS, ALMA<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN L GEASON, JR/W A FORSTALL JR<br>320 N CARROLLTON AVENUE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 244254-12<br>BYERLY PUBLICATIONS INC<br>ATTN TIDEWATER NEWS<br>RONALD WILMOT, GEN MGR<br>PO BOX 497<br>FRANKLIN, VA 23851-0497 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394254-56<br>BYERLY, DALE<br>2144 FORREST BLVD<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 244255-12<br>BYLER RIVET SUPPLY<br>PO BOX 154093<br>IRVING, TX 75015-4093 | CREDITOR ID: 404287-95<br>BYLER RIVET SUPPLY<br>DIV OF CUTTING EDGE<br>3301 CONFLANS #107<br>IRVING TX 75061 |
| CREDITOR ID: 244256-12<br>BYNUM TRANSPORT<br>70 THORNHILL ROAD<br>AUBURNDALE FL 33823 | CREDITOR ID: 256037-12<br>BYNUM, MELISSA R<br>356 DENNIS ROAD<br>MT OLIVE MS 39119 | CREDITOR ID: 244251-12<br>BY-PASS PARTNERSHIP<br>PO BOX 1075<br>HAMMOND, LA 70404-1075 |
| CREDITOR ID: 244257-12<br>BYRD AVENUE ELEMENTARY<br>1600 BYRD AVE<br>BOGALUSA, LA 70427 | CREDITOR ID: 388214-54<br>BYRD, ALINE<br>PO BOX 323<br>SILVERHILL AL 36576 | CREDITOR ID: 389430-54<br>BYRD, JUDY<br>87 KELLY ROSE LN<br>PETAL MS 39465 |
| CREDITOR ID: 256048-12<br>BYRD, MELTON<br>16450 RED STONE MOUNTAIN LANE<br>CHARLOTTE NC 28277 | CREDITOR ID: 388605-54<br>BYRD, OLA<br>500 ROLLIN HILLS DRIVE<br>JOHNSON CITY TN 37604 | CREDITOR ID: 392662-55<br>BYRD, OLA<br>C/O: ROBERT JESSEE<br>JESSEE AND JESSEE<br>412 EAST UNAKA AVE.<br>P.O. BOX 997<br>JOHNSON CITY TN 37605-0997 |
| CREDITOR ID: 385770-54<br>BYRD, PHILLIP<br>302 HUDSON STREET<br>WEST COLUMBIA, SC 29169 | CREDITOR ID: 389929-54<br>BYRD, ROSEMARY<br>1319 FELICIAN ST<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 393466-55<br>BYRD, ROSEMARY<br>C/O: DEREK D. GAMBINO<br>BIRDSALL LAW FIRM, INC.<br>918 POYDRAS ST.<br>2ND FLOOR<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 406446-MS<br>BYRD, WARREN D.<br>833 ATKERSON N.<br>EULESS TX 76040 | CREDITOR ID: 406447-MS<br>BYRD, WILLIAM<br>1745 PATRICIA LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 |
| CREDITOR ID: 404288-95<br>C & B INDUSTRIAL SAFETY<br>5377 N HIATUS RD<br>SUNRISE FL 33351-8718 | CREDITOR ID: 404289-95<br>C & B INTERNATIONAL<br>3711 VINELAND RD<br>ORLANDO FL 32811 | CREDITOR ID: 404292-95<br>C F SAUER COMPANY<br>PO BOX 75060<br>CHARLOTTE NC 28275-5060 |
| CREDITOR ID: 404293-95<br>C H GUENTHER & SONS INC<br>ATTN MR STEVE LYONS<br>3272 LAKESIDE DR<br>BRUNSWICK GA 31520 | CREDITOR ID: 374037-44<br>C LANE COMPANY<br>TWO METROPLEX DRIVE<br>SUITE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 244306-12<br>C LANE COMPANY<br>PO BOX 10843<br>BIRMINGHAM AL 35202 |
| CREDITOR ID: 244311-12<br>C STREHLE ELEMENTARY<br>178 MILLE DR<br>AVONDALE, LA 70094 | CREDITOR ID: 374033-44<br>C T DISTRIBUTORS<br>1385 SW 12TH AVE<br>POMPANO BEACH FL 33069 | CREDITOR ID: 374034-44<br>C&A LLC<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2103-07<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO LTD<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 244262-12<br>C&A LTD, LC<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 244264-12<br>C&B INTERNATIONAL<br>3701 VINELAND RD<br>ORLANDO, FL 32811 |
| CREDITOR ID: 397624-72<br>C&C DISPOSAL<br>PO BOX 744<br>FAYETTEVILLE, GA 30214 | CREDITOR ID: 244266-12<br>C&C FLOOR CARE<br>586 PALM AVENUE<br>SEBASTIAN FL 32958 | CREDITOR ID: 244267-12<br>C&C MAINTENANCE<br>9280 SCENIC RIVER DR<br>BILOXI, MS 39532 |
| CREDITOR ID: 244268-12<br>C&C METALS ENGINEERING INC<br>PO BOX 2718<br>WORCESTER, MA 01613 | CREDITOR ID: 244287-12<br>C&C POWERLINE INCS<br>PO BOX 26100<br>JACKSONVILLE FL 32226-6100 | CREDITOR ID: 244269-12<br>C&C PRESSURE WASHING SERVICE INC<br>125 BAYOU PAQUET STREET<br>SLIDELL, LA 70460 |
| CREDITOR ID: 395270-63<br>C&C PRESSURE WASHING, INC<br>ATTN KATHRYN COMEAUX, PRES<br>125 BAYOU PAQUET STREET<br>SLIDELL, LA 70460 | CREDITOR ID: 244312-12<br>C&C SANITATION SERVICE<br>PO BOX 949<br>LAGRANGE, GA 30241 | CREDITOR ID: 244270-12<br>C&D TECHNOLOGIES INC<br>3869 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 |
| CREDITOR ID: 244288-12<br>C&E FARMS<br>1201 SOUTH 1ST<br>MCALLEN, TX 78501 | CREDITOR ID: 244271-12<br>C&E MOTOR COACH<br>1470 BOLTEN ROAD<br>ATLANTA GA 30331 | CREDITOR ID: 244313-12<br>C&H DISTRIBUTORS INC<br>22133 NETWORK PLACE<br>CHICAGO, IL 60673 |
| CREDITOR ID: 244272-12<br>C&J GARAGE<br>PO BOX 159<br>UNION GROVE NC 28689 | CREDITOR ID: 278422-24<br>C&J PROPERTY MANAGEMENT INC.<br>2464 E. MICHIGAN STREET<br>ORLANDO FL 32806 | CREDITOR ID: 244273-12<br>C&J WELDING INC<br>3100 JOHNSON RD<br>HUNTSVILLE, AL 35805 |
| CREDITOR ID: 244314-12<br>C&K GROCERY LLC<br>2200 NW 2ND AVENUE, SUITE 211<br>BOCA RATON FL 33431 | CREDITOR ID: 244274-12<br>C&L REFRIGERATION INC<br>7029 MELVIN RD<br>JACKSONVILLE FL 32210-6829 | CREDITOR ID: 244275-12<br>C&M FOOD DISTRIBUTING<br>PO BOX 530727<br>BIRMINGHAM, AL 35253-0727 |
| CREDITOR ID: 279145-33<br>C&M FOOD DISTRIBUTING,  INC.<br>C/O BAKER DONELSON<br>ATTN:   JAMES H. WHITE IV<br>SOUTHTRUST TOWER<br>420 TWENTIETH ST N. STE 1600<br>BIRMINGHAM AL 35203 | CREDITOR ID: 244315-12<br>C&M INC<br>PO BOX 2430<br>THOMASVILLE NC 27263 | CREDITOR ID: 244316-12<br>C&M STRIPING SERVICES<br>PO BOX 16506<br>HATTIESBURG, MS 39404-6506 |
| CREDITOR ID: 244317-12<br>C&M X PRESS LUBE & WASH<br>5741 MOFFETT ROAD<br>MOBILE AL 36618 | CREDITOR ID: 244276-12<br>C&P EQUIPMENT REPAIR LLC<br>5290 WATERMELON RD<br>NORTHPORT AL 35473 | CREDITOR ID: 244277-12<br>C&R INC DBA C&R PROCESS INC<br>5600 CLYDE MOORE DR<br>GROVE PORT, OH 43125 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 265533-14
C&R INCOME TAX
ATTN: BONNIE REAVIS
135 SOUTHPARK DR
SLIDELL LA 70458-4744

CREDITOR ID: 244278-12
C&S AUTO ELECTRIC INC
7020 MABLETON PARKWAY
MABLETON, GA 30126

CREDITOR ID: 244279-12
C&S DISTRIBUTORS INC
PO BOX 40310
CINCINNATI OH 45240

CREDITOR ID: 244280-12
C&S MILLWORKS
PO BOX 188
HILLVIEW, KY 40129-0188

CREDITOR ID: 244281-12
C&S ROOFING CO
PO BOX 730
DUNNELLON FL 34430-0730

CREDITOR ID: 244282-12
C&S SIGNS
5859 COMMERCE RD
MILTON, FL 32583

CREDITOR ID: 384025-47
C&S WELDING & FABRICATION
ATTN: CARL LANGLEY
17008 EAST COOPER ROAD
INDEPENDENCE, LA 70443

CREDITOR ID: 397274-69
C&T DURHAM
3720 WILLIAMS DAIRY ROAD
GREENSBORO, NC 27406

CREDITOR ID: 244283-12
C&T DURHAM TRUCKING CO
C/O NEXSEN PRUET ADAMS KLEEMIER LLP
ATTN BENJAMIN A KAHN, ESQ
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 244283-12
C&T DURHAM TRUCKING CO
ATTN TODD DURHAM
3720 WILLIAMS DAIRY ROAD
GREENSBORO, NC 27406-7914

CREDITOR ID: 244284-12
C&W FOOD SERVICE INC
PO BOX 5346
TALLAHASSEE FL 32314

CREDITOR ID: 2104-07
C. BRANTLEY TILLMAN
C/O COMMERCIAL PROPERTIES,INC
1648F NORTH MARKET DRIVE
RALEIGH NC 27609

CREDITOR ID: 279346-36
C.B. FLEET COMPANY
C/O RAY VENCKUS
PO BOX 11349
LYNCHBURG  VA 24506

CREDITOR ID: 244319-12
C2 FREIGHT RESOURCES,INC.
PO BOX 11407
BIRMINGHAM AL 35246-1037

CREDITOR ID: 244285-12
CA ECKSTEIN INC
264 STILLE DRIVE
CINCINNATI OH 45233-1647

CREDITOR ID: 1157-07
CA NEW FIXED RATE PARTNERSHIP
PO BOX 848409
DALLAS, TX 75284-8409

CREDITOR ID: 244320-12
CA NEW FIXED RATE PARTNERSHIP LP
PO BOX 848409
DALLAS, TX 75284-8409

CREDITOR ID: 315958-41
CA NEW PLAN VENTURE FUND LLC
1120 AVENUE OF THE AMERICAS
12TH FLOOR
NEW  YORK NY 10036

CREDITOR ID: 397779-75
CA NEW PLAN VENTURE FUND LLC
C/O NEW PLAN EXCEL REALTY TRUST INC
3901 BELLAIRE BLVD
ATTN: SLADE HAYNES REF: LOC#1402
HOUSTON, TX 77025

CREDITOR ID: 1158-07
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 404959
ATLANTA GA 30384-8407

CREDITOR ID: 315750-40
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 848407
LEASE# 1514003
DALLAS, TX 75284-8407

CREDITOR ID: 315960-41
CA NEW PLAN VICTORIA, LP
1120 AVE OF THE AMERICAS,
12TH FLOOR
NEW  YORK NY 10036

CREDITOR ID: 2107-07
CA NEW PLAN VICTORIA, LP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 244323-12
CAAA SOFTBALL ALLSTARS
C/O JOHNIEKA MACON
PO BOX 244
CHIEFLAND FL 32644

CREDITOR ID: 260392-12
CABALLERO, SANDRA
1401 NE 23RD COURT
POMPANO BEACH, FL 33064

CREDITOR ID: 392263-55
CABAN, ADA C
C/O: ROBERTO R ALAYON
THE LAW FIRM OF ROBERTO R. ALAYON, P.A.
304 SOUTH WILLOW AVENUE
TAMPA FL 33606-2147

CREDITOR ID: 387981-54
CABAN, ADA C
C/O ROBERTO R ALAYON PA
ATTN ROBERTO R ALAYON, ESQ
304 S WILLOW AVENUE
TAMPA FL 33606

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 387981-54
CABAN, ADA C
2244 BLUE SPEED WAY
TAMPA, FL 33604

CREDITOR ID: 244324-12
CABANISS JOHNSTON GARDNER ET AL
PARK PLACE TOWER
2001 PARK PLACE NORTH STE 700
BIRMINGHAM AL 35283

CREDITOR ID: 389851-54
CABEZAS, JUNA
80 SOUTH SHORE ROAD
MIAMI BEACH FL 33141

CREDITOR ID: 244326-12
CABLE & DESIGN INC
110 MCINTOSH STREET
VIDALIA GA 30474

CREDITOR ID: 244327-12
CABLE CONNECTIONS INC
ATTN: JULIE HARDY, PRES
404 CORDELE ROAD
ALBANY, GA 31705

CREDITOR ID: 244329-12
CABLEX CORP
PO BOX 1523
JACKSONVILLE, FL 32201

CREDITOR ID: 265536-31
CABO EXAMINATIONS SERVICES
ATTN: BILL TANGYE
900 MONTCLAIR RD
BIRMINGHAM AL 35213-1206

CREDITOR ID: 244330-12
CABOT CREAMERY COOPERATIVE INC
ATTN LAURA DEPRATO, CREDIT MGR
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 244331-12
CABRINI HIGH SCHOOL
1400 MOSS ST
NEW ORLEANS, LA 70119

CREDITOR ID: 244332-12
CACIQUE INC
14940 PROCTOR AVENUE
INDUSTRY, CA 91715

CREDITOR ID: 244333-12
CACIQUE USA
PO BOX 51932
LOS ANGELES CA 90051-6232

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 244334-12
CADBURY ADAMS USA LLC
PO BOX 849955
DALLAS, TX 75284-9955

CREDITOR ID: 278803-99
CADBURY ADAMS USA LLC
C/O RICHARD W WARD, ESQ
2527 FAIRMOUNT STREET
DALLAS TX 75201

CREDITOR ID: 374042-44
CADBURY BEVERAGE
PO BOX 75414
CHARLOTTE, NC 28275-0414

CREDITOR ID: 244335-12
CADBURY SCHWEPPES AMERICAS BEVERAGE
PO BOX 75414
CHARLOTTE, NC 28275-0414

CREDITOR ID: 404294-95
CADBURY SCHWEPPES AMERICAS BEVERAGE
ACOSTA
6630 SOUTHPOINT PKWY
ATTN RICK PATRYLO
JACKSONVILLE FL 32216

CREDITOR ID: 265537-31
CADDO LEVEE DISTRICT
ATTN: SAMM WINDHAM
1340 GRIMMETT DR
SHREVEPORT LA 71107-6502

CREDITOR ID: 265538-14
CADDO PARISH ASSESSOR
ATTN: CHARLES R HENINGTON JR
501 TEXAS ST RM 102
SHREVEPORT LA 71101-5427

CREDITOR ID: 265539-31
CADDO PARISH COMMISSIONS
ATTN: MIKE CASEY
5473 2ND ST
GILLIAM LA 71029

CREDITOR ID: 265540-31
CADDO PARRISH SEWER DISTRICT 7
ATTN: JO ANN WITKOWSKI
4859 N MARKET ST STE 4
SHREVEPORT LA 71107-2847

CREDITOR ID: 265541-31
CADDO SEWER DISTRICT 2
ATTN: TOM CHRISTIE
4126 RAINER DR
SHREVEPORT LA 71107-7744

CREDITOR ID: 399476-82
CADE, ROBERT W.
1004 SIMEON VALERY STREET
SAINT  MARTINVILLE  LA 70582

CREDITOR ID: 404295-95
CADEC CORPORATION
P O BOX 360051
BOSTON MA 02241-0651

CREDITOR ID: 244336-12
CADEC CORPORATION
PO BOX 12002
LEWISTON, ME 04243-9478

CREDITOR ID: 244337-12
CADENCE NETWORK INC
ATTN PETER M MCKNIGHT, VP
105 EAST 4TH STREET, SUITE 250
CINCINNATI OH 45202

CREDITOR ID: 404296-95
CADENCE NETWORK INC
ATTN: JIM HENDRICKS
105 EAST FOURTH STREET STE 250
CINCINNATI OH 45202

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395382-64<br>CADENCE NETWORK INC.<br>DEPARTMENT CH 17301<br>PALATINE, IL 60055 | CREDITOR ID: 244338-12<br>CADENCE TECHNOLOGIES<br>1006 WINDWARD RIDGE PARKWAY<br>ALPHARETTA, GA 30005 | CREDITOR ID: 390147-54<br>CADET, CARLINE<br>10222 NW 36 ST<br>CORAL SPRINGS, FL 33065 |
| CREDITOR ID: 393598-55<br>CADET, CARLINE<br>C/O: ANTHONY RUSSO<br>FREEDLAND, FARMER, RUSSO & SHELLER<br>2665 EXECUTIVE PARK DRIVE<br>STE. 3<br>WESTON FL 33331 | CREDITOR ID: 265542-31<br>CADEVILLE WATER DISTRICT<br>ATTN: TOM OWENS<br>613 WINFIELD RD<br>WEST MONROE LA 71292-2369 | CREDITOR ID: 1159-07<br>CADILLAC PARTNERSHIP<br>C/O AUGUST URBANEK PARTNER<br>SUITE 209 A<br>4800 N FEDERAL HIGHWAY<br>BOCA RATON, FL 33431 |
| CREDITOR ID: 244340-12<br>CADUCEUS OCCUPATIONAL MEDICINE<br>3 CASCADE POINTE<br>ATLANTA, GA 30331 | CREDITOR ID: 374044-44<br>CADUR TRADING CORP<br>8225 NW 80TH STREET<br>MIAMI, FL 33166 | CREDITOR ID: 384028-47<br>CADUR TRADING CORP<br>ATTN: JOSE TEIJEIRO<br>8225 NW 80TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 244341-12<br>CADUR TRADING CORP<br>7455 NE 2ND AVE<br>MIAMI, FL 33138 | CREDITOR ID: 404297-95<br>CADUR TRADING CORP<br>2201 N W 102ND PLACE BAY #6<br>MIAMI FL 33172 | CREDITOR ID: 244342-12<br>CAFCO<br>CINCINNATI AIR FILTER SALE SVC<br>1004 KIELEY PLACE<br>CINCINNATI OH 45217 |
| CREDITOR ID: 404298-95<br>CAFE BUSTELO<br>PO BOX 025447<br>DEPT OP5 10<br>MIAMI FL 33102-5447 | CREDITOR ID: 244343-12<br>CAFE VALLEY<br>135 S LASALLE<br>DEPT 6397<br>CHICAGO, IL 60674-6397 | CREDITOR ID: 244344-12<br>CAFE CAMPESINO FAIR TRADE COFFEES<br>CAFE CAMPESINO, INC<br>ATTN TRIPP POMEROY, GM<br>725 SPRING STREET<br>AMERICUS, GA 31709 |
| CREDITOR ID: 404022-15<br>CAFE CAMPESINO, INC<br>ATTN TRIPP POMEROY, GM<br>725 SPRING STREET<br>AMERICUS GA 31709 | CREDITOR ID: 244345-12<br>CAFE DU MONDE<br>1039 DECATUR ST<br>NEW ORLEANS, LA 70116 | CREDITOR ID: 404299-95<br>CAFE LA RICA INC<br>5701 MIAMI LAKES DRIVE EAST<br>MIAMI LAKES FL 33014 |
| CREDITOR ID: 244346-12<br>CAFE LA RICA INC<br>3000 NW 125TH STREET<br>MIAMI, FL 33167 | CREDITOR ID: 244347-12<br>CAFE VALLEY BAKERY<br>ATTN ACCOUNTS RECEIVABLE<br>5320 W BUCKEYE ROAD<br>PHOENIX AZ 85043 | CREDITOR ID: 394127-56<br>CAFFEE, JASON<br>3 SAWGRASS ROAD<br>APT H8<br>CHARLESTON, SC 29412 |
| CREDITOR ID: 278423-24<br>CAFFERY CENTER LLC<br>GREGORY F. REGGIE<br>1 NORTHVIEW LANE<br>CORWLEY, LA 70526 | CREDITOR ID: 244348-12<br>CAFFERY CENTER LLC<br>1 NORTHVIEW LANE<br>CROWLEY, LA 70526 | CREDITOR ID: 403381-99<br>CAFFERY CENTER LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN: TERESA SADUTTO, ESQ<br>1065 AVENUE OF THE AMERICAS, 18TH<br>NEW YORK NJ 10018 |
| CREDITOR ID: 2108-RJ<br>CAFFERY CENTER LLC<br>1 NORTHVIEW LANE<br>CROWLEY, LA 70526 | CREDITOR ID: 278620-24<br>CAFFERY CENTER, LLC<br>IBERIA SAVINGS BANK<br>1101 E. ADMIRAL DOYAL DRIVE<br>NEW IBERIA LA 70560 | CREDITOR ID: 384029-47<br>CAFFEY DISTRIBUTING<br>151 ODELL SCHOOL ROAD<br>CONCORD, NC 28027 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386040-54<br>CAGE, TONI BE-SHA (MINOR)<br>C/O ALVA PAYTON TAYLOR LAW OFFICE<br>ATTN ALVA PAYTON TAYLOR, ESQ<br>PO BOX 268<br>YAZOO CITY MS 39194 | CREDITOR ID: 386040-54<br>CAGE, TONI BE-SHA (MINOR)<br>214 LINCOLN STREET<br>YAZOO CITY, MS 39194 | CREDITOR ID: 404300-95<br>CAGLES INC<br>PO BOX  530103<br>GA00432<br>ATLANTA GA 30353-0103 |
| CREDITOR ID: 244349-12<br>CAGLES INC<br>PO BOX 1070<br>CHARLOTTE, NC 28201 | CREDITOR ID: 381066-47<br>CAHABA PRODUCTS INC<br>PO BOX 691<br>SELMA, AL 36701 | CREDITOR ID: 258455-12<br>CAHILL, PHILIP<br>7403 SHELL RIDGE TERR<br>LAKE WORTH, FL 33467 |
| CREDITOR ID: 406449-MS<br>CAHOE, JOSEPH R.<br>6012 BAY PINE<br>LOUISVILLE KY 40219 | CREDITOR ID: 278424-24<br>CAIL REALTY<br>ATTN: M. CAIL<br>106 ACCESS ROAD<br>NORWOOD MA 02062-5294 | CREDITOR ID: 315751-40<br>CAIN CREEK SHOPPING CENTER ASS<br>201 PATTON STREET<br>DANVILLE, VA 24541 |
| CREDITOR ID: 374047-15<br>CAIN CREEK SHOPPING CENTER, INC<br>C/O CLEMENT & WHEATLEY<br>ATTN TREVOR A MOE, ESQ<br>549 MAIN STREET<br>PO BOX 8200<br>DANVILLE VA 24543-8200 | CREDITOR ID: 374047-15<br>CAIN CREEK SHOPPING CENTER, INC<br>ATTN GEORGE BUCKMAN, JR, GP<br>400 BRIDGE STREET<br>DANVILLE, VA 24541 | CREDITOR ID: 244351-12<br>CAIN FOOD INDUSTRIES<br>PO BOX 35066<br>DALLAS, TX 75235-0066 |
| CREDITOR ID: 385751-54<br>CAIN, IRLEAN K<br>300 EAST MCIVER RD<br>FLORENCE, SC 29506 | CREDITOR ID: 391026-55<br>CAIN, IRLEAN K<br>C/O: ERIC S BROCK, ATTY<br>ANASTOPOULO LAW FIRM, L.L.C.<br>P.O. BOX 1525<br>CHARLESTON SC 29402 | CREDITOR ID: 387178-54<br>CAIN, ROBERT MC<br>5536 MEADOW GLEN RD<br>LAKELAND, FL 33810 |
| CREDITOR ID: 391764-55<br>CAIN, ROBERT MC<br>C/O SMITH, FEDDELER, SMITH, & MILES<br>ATTN H G SMITH OR M G CAPRON, ESQS<br>PO BOX 1089<br>LAKELAND FL 33802 | CREDITOR ID: 244352-12<br>CAINS PRESSURE WASHING<br>13075 ROBERT DRIVE<br>STANFIELD NC 28163 | CREDITOR ID: 406450-MS<br>CAIRE, DENNIS<br>2016 CAMERON DR<br>PENSACOLA FL 32505 |
| CREDITOR ID: 388211-54<br>CAIRNS, ROBERT<br>P.O BOX 6131<br>BRANDON FL 33508 | CREDITOR ID: 2109-07<br>CAIRO SUN PROPERTIES, LTD.<br>PO BOX 178<br>COLUMBUS GA 31902 | CREDITOR ID: 244354-12<br>CAITO FOODS SERVICE<br>3120 N POST RD<br>INDIANAPOLIS IN 46226 |
| CREDITOR ID: 387940-54<br>CAJINA, NINOSKA<br>15231 SW 80 STREET, APT 206<br>MIAMI, FL 33193 | CREDITOR ID: 392223-55<br>CAJINA, NINOSKA<br>C/O: ALEXANDER M. WEINBERG, ESQUIRE<br>LAW OFFICES OF ALEXANDER M. WEINBERG<br>TWO DATRAN CENTER, STE. 1609<br>9130 SOUTH DADELAND BLVD.<br>MIAMI FL 33156 | CREDITOR ID: 244355-12<br>CAJUN CHEF PRODUCTS INC<br>ATTN JANE E BULLIARD<br>PO BOX 248<br>SAINT MARTINVILLE, LA 70582-0248 |
| CREDITOR ID: 244356-12<br>CAJUN COWBOY SEASONING<br>210 WEST MAIN STREET<br>VILLE PLATE, LA 70586 | CREDITOR ID: 397275-69<br>CAJUN CUTTERS<br>ATTN CRAIG A LEBLANC, OWNER<br>20535 LEO ROAD<br>ABBEVILLE, LA 70510 | CREDITOR ID: 374048-44<br>CAJUN EXOTIC MEATS<br>1083 OAK GROVE HWY<br>GRAND CHENIER LA 70643 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244357-12<br>CAJUN LAWN SERVICE<br>ATTN CRAIG A LEBLANC, OWNER<br>20631 LEO ROAD<br>ABBEVILLE, LA 70510 | CREDITOR ID: 244358-12<br>CAJUN POWER<br>10218 LA HWY 82<br>ABBERVILLE, LA 70510 | CREDITOR ID: 244359-12<br>CAJUN PRIDE INC<br>1727 MILLS HIGHWAY<br>BREAUX BRIDGE, LA 70517 |
| CREDITOR ID: 381480-47<br>CAJUN PRINTING & GRAPHICS<br>2408 DARNALL ROAD<br>NEW IBERIA, LA 70560 | CREDITOR ID: 244361-12<br>CAL HENDERSON SHERIFF<br>HILLSBOROUGH CO SHERIFF'S OFF<br>PO BOX 550677<br>TAMPA FL 33655-0677 | CREDITOR ID: 244362-12<br>CAL MAINE FOODS<br>PO BOX 651113<br>CHARLOTTE, NC 28265-5113 |
| CREDITOR ID: 244363-12<br>CAL MAINE FOODS INC<br>PO BOX 168<br>SHADY DALE, GA 31085 | CREDITOR ID: 265543-31<br>CALA HILLS DEVLOPMENT<br>ATTN: SHARON GLASSMAN<br>2400 SW 21ST CIR<br>OCALA FL 34474-3432 | CREDITOR ID: 244364-12<br>CALABASH SEAFOOD CO INC<br>PO BOX 11279<br>WILMINGTON, NC 28404 |
| CREDITOR ID: 388754-54<br>CALANA, JUAN<br>17358 N.W. 74 AVE APT 101<br>HIALEAH FL 33015 | CREDITOR ID: 265544-14<br>CALCASIEU PARISH ASSESSOR OFF<br>ATTN: RICHARD COLE JR<br>1011 LAKE SHORE DR<br>LAKE CHARLES LA 70601-9412 | CREDITOR ID: 265545-14<br>CALCASIEU PARISH SCHOOL BOARD<br>ATTN: RUFUS FRUGE<br>626 KIRKMAN ST<br>LAKE CHARLES LA 70601-4349 |
| CREDITOR ID: 265546-31<br>CALCASIEU PARISH WTR DIST 7<br>ATTN: FRED FLUITT<br>1270 RIGMAIDEN CEMETERY R<br>DEQUINCY LA 70633 | CREDITOR ID: 406451-MS<br>CALDERWOOD, CHARLES E<br>12555 AGATITE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 406452-MS<br>CALDERWOOD, LYLE<br>390 MARS HILL RD.<br>POWER SPRINGS GA 30127 |
| CREDITOR ID: 244368-12<br>CALDWELL COUNTY HOSPITAL<br>101 HOSPITAL DR<br>PRINCETON KY 42445 | CREDITOR ID: 265547-31<br>CALDWELL COUNTY SOLID WASTE<br>ATTN: RANDY FEIERABEND<br>1200 DRAG STRIP RD<br>HUDSON NC 28638-8748 | CREDITOR ID: 244370-12<br>CALDWELL COUNTY TREASURER<br>100 E MARKET STREET<br>PRINCETON, KY 42445 |
| CREDITOR ID: 244371-12<br>CALDWELL FAMILY PHYSICIANS PA<br>1766 CONNELLY SPRINGS RD<br>LENOIR, NC 28645 | CREDITOR ID: 1161-07<br>CALDWELL REALTY & INVESTMENT<br>C/O CAROL GRAGG<br>PO BOX 740<br>LENOIR, NC 28645 | CREDITOR ID: 244372-12<br>CALDWELL REALTY & INVESTMENT CO<br>% CAROL GRAGG<br>PO BOX 740<br>LENOIR, NC 28645 |
| CREDITOR ID: 381528-47<br>CALDWELL, CATHERINE<br>4940 FOXHALL ROAD<br>NORTH PORT, FL 34288 | CREDITOR ID: 245111-12<br>CALDWELL, CHARLZ<br>126 W E 71ST TERRACE<br>GAINESVILLE, FL 32641 | CREDITOR ID: 159-03<br>CALHOUN CITY WATER<br>PO BOX E<br>CALHOUN CITY MS 38916 |
| CREDITOR ID: 244376-12<br>CALHOUN COUNTY DISTRICT COURT<br>25 WEST 11TH STREET<br>BOX 9<br>ANNISTON AL 36201 | CREDITOR ID: 244377-12<br>CALHOUN COUNTY HEALTH DEPARTMENT<br>3400 MCCLELLAM BLVD<br>ANNISTON AL 36204-4699 | CREDITOR ID: 244378-12<br>CALHOUN COUNTY JUSTICE COURT<br>PO BOX 7<br>PITTSBORO, MS 38951 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265548-14<br>CALHOUN COUNTY TREASURER<br>ATTN: LEE PRICKETTE<br>102 COURTHOUSE DR STE 102<br>SAINT MATTHEWS SC 29135-1479 | CREDITOR ID: 265531-31<br>CALHOUN COUNTY WATER<br>ATTN: WILLIAM MILLENDER<br>174 OLD SANDY RUN RD<br>GASTON SC 29053-8368 | CREDITOR ID: 400489-87<br>CALHOUN, PHYLLIS<br>10442 S CHARLES STREET<br>CHICAGO IL 60643 |
| CREDITOR ID: 388192-54<br>CALHOUN, PHYLLIS<br>6904 RIVER OAKS DRIVE H-101<br>ORLANDO FL 32818 | CREDITOR ID: 400540-88<br>CALHOUN, PHYLLIS<br>C/O MICHAEL WOLF, ESQ<br>3832 NORTH UNIVERSITY BLVD<br>SUNRISE FL 33351 | CREDITOR ID: 392409-55<br>CALHOUN, PHYLLIS<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>20 NORTH ORANGE AVENUE, 16TH FL<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 384030-47<br>CALICO BRANDS INC<br>2055 SOUTH HAVEN AVE<br>ONTARIO, CA 91761-0736 | CREDITOR ID: 244379-12<br>CALICO BRANDS INC<br>13455 ESTELLE STREET<br>CORONA, CA 92879 | CREDITOR ID: 404301-95<br>CALICO BRANDS INC<br>2800 EAST PHILADELPHIA STREET<br>ONTARIO CA 91716-8523 |
| CREDITOR ID: 244380-12<br>CALIFORNIA CLUB MALL<br>C/O R K ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 1162-07<br>CALIFORNIA CLUB MALL<br>C/O RK ASSOCIATES<br>17100 COLLINS AVENUE, SUITE 225<br>SUNNY ISLE BEACH, FL 33160-0111 | CREDITOR ID: 374053-44<br>CALIFORNIA CUSTOM FRUITS & FLAVORS<br>ATTN KATHY DIMAURO, FIN MGR<br>15800 TAPIA STREET<br>IRWINDALE, CA 91706 |
| CREDITOR ID: 380981-47<br>CALIFORNIA CUSTOM FRUITS & FLAVORS<br>15800 TAPIA STREET<br>IRWINDALE CA 91706 | CREDITOR ID: 244382-12<br>CALIFORNIA FIRST LEASING CORP<br>18201 VON KARMEN AVENUE, SUITE 800<br>IRVINE, CA 92612 | CREDITOR ID: 244384-12<br>CALIFORNIA GIANT INC<br>DEPT 33477<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 |
| CREDITOR ID: 244385-12<br>CALIFORNIA SCENTS<br>1920 MAIN STREET, STE 1050<br>IRVINE, CA 92614 | CREDITOR ID: 244386-12<br>CALIFORNIA SPLENDOR, INC<br>7684 SAINT ANDREWS AVE, SUITE A<br>SAN DIEGO CA 92154 | CREDITOR ID: 244387-12<br>CALIMAN INTERNATIONAL<br>324 SOUTH UNIVERSITY DRIVE<br>PLANTATION FL 33324-3344 |
| CREDITOR ID: 387135-54<br>CALISE, JOAN<br>7301-A W PALMETTO PARK RD<br>BOCA RATON, FL 33433 | CREDITOR ID: 391720-55<br>CALISE, JOAN<br>C/O: EDMUND C. SCIARRETTA<br>SCIARRETTA & MANNINO<br>7301-A WEST PALMETTO PARK RD.<br>SUITE 305C<br>BOCA RATON FL 33433 | CREDITOR ID: 406453-MS<br>CALKINS, WILLIAM C.<br>1471 BELVEDERE AVE.<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 244388-12<br>CALL ONE, INC<br>ATTN DONNA STROMER, FIN VP<br>8810 ASTRONAUT BLVD<br>CAPE CANAVERAL, FL 32920 | CREDITOR ID: 374055-44<br>CALLAGHAN TIRE<br>PO BOX 850001<br>ORLANDO, FL 32885-0330 | CREDITOR ID: 397780-75<br>CALLAGHAN TIRE<br>ATTN JACQUELINE CORCORAN<br>PO BOX 850001<br>ORLANDO, FL 32885-0330 |
| CREDITOR ID: 244389-12<br>CALLAGHAN TIRE<br>PO BOX 862563<br>ORLANDO FL 32886-2563 | CREDITOR ID: 1163-07<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD, SUITE 20<br>TALLAHASSEE, FL 32303-3027 | CREDITOR ID: 244390-12<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERICAL REAL ESTATE<br>1018 THOMASVILLE ROAD SUITE 200A<br>MONTICELLO SQUARE<br>TALLAHASSEE, FL 32303 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 244391-12
CALLAHAN SOCCER CLUB
PO BOX 1425
CALLAHAN FL 32011

CREDITOR ID: 243910-12
CALLAHAN, BRENDA S
777 ASHLAND AVENUE NE
ATLANTA GA 30307

CREDITOR ID: 387497-54
CALLAHAN, GWENDOLYN
117 RIDGEVIEW
HURT VA 24563

CREDITOR ID: 244392-12
CALLAWAY ASSOCIATES DBA PROMED
ATTN LISA WARREN, FIN MGR
PO BOX 667967
CHARLOTTE, NC 28266-7967

CREDITOR ID: 389443-54
CALLIS, ANQUINETTE
3780 UNIVERSITY CLUB
#107
JACKSONVILLE FL 32277

CREDITOR ID: 406454-MS
CALLOWAY, RONALD W
704 TORIA LANE
ST AUGUSTINE FL 32095

CREDITOR ID: 387461-54
CALLY, PATTI S
1405 EASTON STREET
ORLANDO FL 32805

CREDITOR ID: 244393-12
CALMAINE FOODS INC
PO BOX 2960
JACKSON, MS 39207

CREDITOR ID: 279117-99
CAL-MAINE FOODS INC
C/O YOUNG WILLIAMS PA
ATTN: ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

CREDITOR ID: 279065-32
CAL-MAINE FOODS, INC.
PO BOX 2960
JACKSON MS 39207

CREDITOR ID: 244394-12
CALVARY BAPTIST CHURCH
4015 MOSS ST
LAFAYETTE, LA 70507

CREDITOR ID: 244395-12
CALVARY BAPTIST SLIDELL
1615 OLD SPANISH TRAIL
SLIDELL, LA 70458

CREDITOR ID: 244396-12
CALVARY CHRISTIAN SCHOOL
9611 SEIGEN LANE
BATON ROUGE, LA 70810

CREDITOR ID: 406455-MS
CALVERT, LEON L, III
3881 ORTEGA BLVD.
JACKSONVILLE FL 32210

CREDITOR ID: 244401-12
CALVIN JOHNSON AND VIVERETTES
PAINT AND BODY SHOP
7177 EUDINE DR
JACKSONVILLE FL 32210

CREDITOR ID: 386471-54
CALZADA, DAVID
590 ANDERSON COUNTY ROAD 425 #
PALESTINE TX 75803

CREDITOR ID: 390273-54
CALZADO, VILMA
7741 SW 146TH ROAD
MIAMI FL 33183

CREDITOR ID: 404026-15
CAMACHO, KATHIA
888 W 34TH STREET
HIALEAH FL 33012

CREDITOR ID: 404026-15
CAMACHO, KATHIA
C/O LAW OFFICE OF GLENN J HOLZBERG
ATTN GLENN J HOLZBERG, ESQ
7685 SW 104 STREET, SUITE 220
MIAMI FL 33156

CREDITOR ID: 391882-55
CAMACHO, KATHIA
C/O LAW OFFICE OF GLENN J HOLZBERG
ATTN GLENN J HOLZBERG, ESQ
7685 SW 104TH STREET, SUITE 220
MIAMI FL 33156

CREDITOR ID: 387298-54
CAMACHO, KATIA
665 E. 8TH LANE
HIALEAH, FL 33010

CREDITOR ID: 244402-12
CAMANCHACA INC
7200 NW 19TH STREET
SUITE 410
MIAMI FL 33126-1225

CREDITOR ID: 385540-54
CAMARDELLE, GLENN
366 HELIS DRIVE
WAGGAMAN, LA 70094

CREDITOR ID: 390837-55
CAMARDELLE, GLENN
C/O: DAVID MOTTER
CAPELLA LAW FIRM LLC
3421 N CAUSEWAY BLVD
STE 404
METAIRIE LA 70002

CREDITOR ID: 265550-31
CAMDEN CHILD ALIANCE RESOURCES
ATTN: JAMES HAM
102 MARTHA DRIVE, STE B
SAINT MARYS GA 31558-8923

CREDITOR ID: 244405-12
CAMDEN PLUMBING CO INC
2417 HAILE ST EXT
CAMDEN SC 29020

CREDITOR ID: 269222-16
CAMELOT ACQUISITION, LLC,
C/O RAND E. KRUGER
KRUGER, SCHWARTZ & MORREAU
TWO PARAGON CENTRE, SUITE 220
6040 DUTCHMAN'S LANE
LOUISVILLE, KY 40205

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244407-12<br>CAMELOT SHOPPING CENTER<br>7293 COLLECTION CENTER DRIVE<br># 24600032<br>CHICAGO, IL 60693 | CREDITOR ID: 315752-40<br>CAMELOT WINN DIXIE LEASEHOLD<br>C/O CAMELOT SHOPPING CENTER<br>7293 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 244408-12<br>CAMELOT WINN DIXIE LEASEHOLD LLC<br>7293 COLLECTION CENTER DRIVE<br>% CAMELOT SHOPPING CENTER<br>CHICAGO, IL 60693 |
| CREDITOR ID: 244409-12<br>CAMERA VISION<br>6323 47TH AVENUE EAST<br>BRADENTON FL 34203 | CREDITOR ID: 244410-12<br>CAMERICAN INTERNATIONAL<br>ATTN DIANE LENAHAN, CREDIT MGR<br>45 EISENHOWER DRIVE<br>PARAMUS NJ 07652 | CREDITOR ID: 381996-36<br>CAMERICAN INTERNATIONAL, INC<br>DIANE LENAHAN<br>45 EISENHOWER DR<br>PARAMUS NJ 07652 |
| CREDITOR ID: 244411-12<br>CAMERON AND COMPANY<br>1140 N TOWN CENTER DR<br>STE 320<br>LAS VEGAS, NV 89144-0896 | CREDITOR ID: 244413-12<br>CAMERON EDENTON CO<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 | CREDITOR ID: 244414-12<br>CAMERON HODGES COLEMAN<br>LAPOINTE & WRIGHT<br>PO BOX 5549<br>OCALA FL 34478 |
| CREDITOR ID: 381650-47<br>CAMERON HODGES COLEMAN LAPOINTE<br>& WRIGHT PA<br>PO BOX 5549<br>OCALA, FL 34478 | CREDITOR ID: 394009-61<br>CAMERON HODGES, COLEMAN, LAPOINTE &<br>WRIGHT, PA<br>432 S. BEACH ST.<br>DAYTONA BEACH, FL 32114 | CREDITOR ID: 265551-14<br>CAMERON PARISH ASSESSOR<br>ATTN: BOBBY CONNER<br>119 SMITH RDG RM 24<br>CAMERON LA 70631-4117 |
| CREDITOR ID: 265552-31<br>CAMERON PARISH SOLID WASTE<br>ATTN: RICK HARGRAVE<br>1290 S TALEN LANDING RD<br>GUEYDAN LA 70542 | CREDITOR ID: 244415-12<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 | CREDITOR ID: 247104-12<br>CAMERON, COURTNEY S<br>PO BOX 19004<br>STATESBORO GA 30460 |
| CREDITOR ID: 247704-12<br>CAMERON, DAVID S<br>1606 FLAT ROCK ROAD<br>TALLASSEE, AL 36078 | CREDITOR ID: 386755-54<br>CAMERON, ELISABETH<br>5729 NEWMAN CIRCLE<br>AUSTELL GA 30106 | CREDITOR ID: 391673-55<br>CAMERON, ELISABETH<br>C/O: MARK SEGAL ESQ.<br>ORLANDO & KOPELAND, PC<br>315 W. PONCE DELEON AVE,<br>SUITE 400<br>DECATUR GA 30030 |
| CREDITOR ID: 387003-54<br>CAMERON, ISOLA<br>3809 LIBERTY SQUARE DRIVE<br>APT 11<br>MONTGOMERY AL 36116 | CREDITOR ID: 406456-MS<br>CAMERON, MALCOLM C.<br>4605 MISTIC DR.<br>ATLANTA GA 30342 | CREDITOR ID: 389749-54<br>CAMERON, SONYA<br>P O BOX 131<br>CARROLLTON AL 35447 |
| CREDITOR ID: 393368-55<br>CAMERON, SONYA<br>C/O: STEVE FORD<br>FORD, MARTIN & ABERNATHY<br>621 GREENSBORO AVE<br>P.O. BOX 20263<br>TUSCALOOSA AL 35402 | CREDITOR ID: 244417-12<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 | CREDITOR ID: 1166-07<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 |
| CREDITOR ID: 258109-12<br>CAMMARRATA, PATRICIA<br>315 S E 11TH TERRACE<br>APT # 24<br>DANIA, FL 33004 | CREDITOR ID: 244419-12<br>CAMP I AM SPECIAL<br>134 E CHURCH STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 406457-MS<br>CAMP SR., IRA<br>1044 HILLCOCK DR. E.<br>JACKSONVILLE FL 32221 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244420-12<br>CAMP TRANSPORTATION INC<br>PO BOX 6722<br>JACKSONVILLE, FL 32236-6722 | CREDITOR ID: 406458-MS<br>CAMP, ALFRED W.<br>1507 PICKWICK LANE<br>DENTON TX 76209 | CREDITOR ID: 388821-54<br>CAMP, RONALD<br>104 TODD RD<br>CASSELBERRY, FL 32707 |
| CREDITOR ID: 392772-55<br>CAMP, RONALD<br>C/O FRANK VERDI<br>THE LAW OFFICES OF FRANK VERDI<br>12958 N. DALE MABRY HIGHWAY<br>TAMPA FL 33618 | CREDITOR ID: 398358-78<br>CAMP, ROSETTA P<br>1044 HILLOCK DRIVE E<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 388364-54<br>CAMP, SHARON<br>14001 LINDEN STREET<br>NEW ORLEANS, LA 70128 |
| CREDITOR ID: 392465-55<br>CAMP, SHARON<br>C/O DESALVO DESALVO & BLACKBURN<br>ATTN ROBERT P BLACKBURN ESQ<br>201 SOUTH GALVEZ STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387529-54<br>CAMP, WATSON<br>101 HILLCREST CIRCLE<br>EASLEY SC 29640 | CREDITOR ID: 392035-55<br>CAMP, WATSON<br>C/O W. GRADY JORDAN<br>OLSON, SMITH, JORDAN & COX, P.A<br>PO BOX 1207<br>EASLEY SC 29641 |
| CREDITOR ID: 246865-12<br>CAMPAS, CONNIE L<br>6945 SW 21 STREET LANE<br>GAINESVILLE FL 32607 | CREDITOR ID: 386524-54<br>CAMPAU, BARBARA<br>2908 STRATFORD DRIVE<br>BAY CITY MI 48706 | CREDITOR ID: 391560-55<br>CAMPAU, BARBARA<br>C/O: JOHN FIORE, ESQ.<br>1 SE 3RD AVE.<br>SUITE 2920<br>MIAMI FL 33131 |
| CREDITOR ID: 244422-12<br>CAMPBELL COUNTY HIGH SCHOOL PTSA<br>25 W LICKERT ROAD<br>ALEXANDRIA KY 41001 | CREDITOR ID: 244423-12<br>CAMPBELL COUNTY MIDDLE SCHOOL<br>8000 ALEXANDRIA PIKE<br>ALEXANDRIA, KY 41001 | CREDITOR ID: 317402-42<br>CAMPBELL COUNTY SHERIFF<br>330 YORK ST<br>NEWPORT KY 41071-1651 |
| CREDITOR ID: 384033-47<br>CAMPBELL REAL ESTATE INC<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 | CREDITOR ID: 244425-12<br>CAMPBELL REAL ESTATE, INC<br>ATTN COLIN CAMPBELL JR, PRES<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 | CREDITOR ID: 244426-12<br>CAMPBELL SALES CO<br>ONE CAMPBELL PLACE<br>BOX SOUTHWEST 4<br>CAMDEN NJ 08103 |
| CREDITOR ID: 404303-95<br>CAMPBELL SOUP CO<br>ACOSTA SALES & MARKETING<br>ATTN LAURA JACKSON SUITE 301<br>5650 BRECKENRIDGE PARK DRIVE SUITE<br>TAMPA FL 33610 | CREDITOR ID: 244427-12<br>CAMPBELL SOUP CO<br>ATTN LAURA JACKSON<br>5650 BRECKENRIDGE PARK DR, STE 301<br>TAMPA FL 33610 | CREDITOR ID: 279210-35<br>CAMPBELL SOUP COMPANY<br>ATTN: MAUREEN HART<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 |
| CREDITOR ID: 244428-12<br>CAMPBELL TILE CO<br>PO BOX 25399<br>GREENVILLE, SC 29616-0399 | CREDITOR ID: 244430-12<br>CAMPBELL WRAPPER CORPORATION<br>1415 FORTUNE AVE<br>DE PERE, WI 54115 | CREDITOR ID: 243421-12<br>CAMPBELL, BETTY F<br>501 CARDINAL DRIVE<br>DUBLIN GA 31021 |
| CREDITOR ID: 373889-44<br>CAMPBELL, BILL<br>JAX DIV STORE# 2347<br>40343 BABB RD<br>UMATILLA, FL 32784 | CREDITOR ID: 381536-47<br>CAMPBELL, CHARLES<br>179 SMITH HOLLOW ROAD<br>BUTLER, TN 37640 | CREDITOR ID: 386613-54<br>CAMPBELL, DAVID<br>4647 CASON COVE APT #2424<br>ORLANDO FL 32811 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 391616-55
CAMPBELL, DAVID
C/O TONY FRANCIS
THE LAW OFFICE OF TONY C. FRANCIS, P.A.
5401 S. KIRKMAN RD.
#310
ORLANDO FL 32819

CREDITOR ID: 390386-54
CAMPBELL, JACQUELINE R
8620 LONGACRE DRIVE
MIRAMAR, FL 33025

CREDITOR ID: 391122-55
CAMPBELL, JACQUELINE R
C/O CARLOS A VELASQUEZ, PA
ATTN ANDRES BERRIO, ESQ
8181 W BROWARD BLVD, SUITE 380
PLANTATION FL 33324

CREDITOR ID: 386201-54
CAMPBELL, JOHN
4 LONGWOOD DRIVE
TAYLOR SC 29687

CREDITOR ID: 384200-47
CAMPBELL, KAREN
8610 LONE STAR ROAD
JACKSONVILLE, FL 32211-5187

CREDITOR ID: 255272-12
CAMPBELL, MAECIO
310 EAST BRADFORD STREET
TALLAHASSEE, FL 32303

CREDITOR ID: 386761-54
CAMPBELL, MARGARET
9461 SHAVER DRIVE
BROOKSVILLE FL 34601

CREDITOR ID: 256281-12
CAMPBELL, MICHELLE H
3108 CRESTVIEW DRIVE
FLORENCE SC 29501

CREDITOR ID: 386757-54
CAMPBELL, PAUL
3478 A PAULDING RD
MERIDIAN MS 39307

CREDITOR ID: 407511-93
CAMPBELL, ROSE MARY
C/O DICK GRECO,JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD, SUITE 179
TAMPA FL 33602

CREDITOR ID: 400416-85
CAMPBELL, ROSEMARY
C/O BRETT J KURLAND
MORGAN COLLING & GILBERT
101 E. KENNEDY STE 1790
TAMPA FL 33602

CREDITOR ID: 394239-56
CAMPBELL, ROSEMARY
15181 OAK LANE
NOBLETON, FL 34661

CREDITOR ID: 391798-55
CAMPBELL, SHEILA JACKSON
C/O: SEAN P. EARLY, ESQ.
KLONTZ & EARLY
2609 CANAL STREET
4TH FLOOR
NEW ORLEANS LA 70119

CREDITOR ID: 387210-54
CAMPBELL, SHEILA JACKSON
326 FEDERAL DR
WESTWEGO, LA 70094

CREDITOR ID: 388506-54
CAMPBELL, TOYAE
2891 MONTVIEW DRIVE
MARIETTA, GA 30060

CREDITOR ID: 392587-55
CAMPBELL, TOYAE
C/O MONTLICK & ASSOCIATES, PC
ATTN MICHAEL RUBIN, ESQ
PO BOX 95406
ATLANTA GA 30347-0406

CREDITOR ID: 244431-12
CAMPIFOOD CORP
111 NORTHEAST 1ST STREET, SUITE 906
MIAMI, FL 33132

CREDITOR ID: 244432-12
CAN OAT MILLING
PO BOX 932664
ATLANTA GA 31193-2664

CREDITOR ID: 244433-12
CAN SURETY COMPANEY
PO BOX 5077
SIOUX FALLS SD 57117-9954

CREDITOR ID: 244434-12
CANAAN LOGISTICS INC
PO BOX 2160
CULLMAN AL 35056

CREDITOR ID: 405975-15
CANADA DRY POTOMAC
ATTN JOE STANLEY, FIN VP
3600 PENNSY DRIVE
LANDOVER MD 20785

CREDITOR ID: 385836-54
CANADA, APRIL
614 CARPENTER RD
ORLANDO, FL 32826

CREDITOR ID: 391092-55
CANADA, APRIL
C/O WOLNY & SLANDA, PA
ATTN  MICHAEL WOLNY, ESQ
833 HIGHLAND AVENUE, SUITE 110
ORLANDO FL 32803

CREDITOR ID: 389813-54
CANADAY, JONI
117 SYCAMORE LANE
TAMPA FL 33610

CREDITOR ID: 393398-55
CANADAY, JONI
C/O: GEORGE B. CAPPY, ESQ.
THE CAPPY LAW FIRM
900 W. PLATT STREET
SUITE 200
TAMPA FL 33606

CREDITOR ID: 395418-64
CANADIAN IMPERIAL BANK OF COMMERCE
COMMERCE COURT W, 6TH FL
TORONTO ON M5L A2
CANADA

CREDITOR ID: 265553-31
CANAL STREET DEVELOPMENT CORP
ATTN: NEAL KOHLMAN
1515 POYDRAS ST STE 1150
NEW ORLEANS LA 70112-4503

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:    05-03817-3F1**

CREDITOR ID: 389097-54
CANALS, GISELA
15152 SW 15 WAY
MIAMI, FL 33194-2652

CREDITOR ID: 392986-55
CANALS, GISELA
C/O: ROBERT RUBENSTEIN
LAW OFFICES OF ROBERT RUBENSTEIN, P.A.
9350 S. DIXIE HISGHWAY
SUITE 1110
MIAMI FL 33156

CREDITOR ID: 247691-12
CANAS, DAVID O
2600 HOUMA BLVD, APT 215
METARIE, LA 70001

CREDITOR ID: 244435-12
CANAVERAL PLAZA
%SHERMAN ORGANIZATION INC
3000 ISLAND BLVD #1605
AVENTURA FL 33160-4925

CREDITOR ID: 244436-12
CANCER SERVICES LIVINGSTON PARISH
908 RIVER ROAD NORTH
DENHAM SPRINGS LA 70726

CREDITOR ID: 265554-31
CANDACE GROUP LLC
ATTN: ANGELA ROBERTS
235 W WIGGINS ST
MONROEVILLE AL 36460-1241

CREDITOR ID: 388197-54
CANDELL, YUNAIKI
6785 NW 186TH TERRACE
MIAMI FL 33015

CREDITOR ID: 392413-55
CANDELL, YUNAIKI
C/O  LAW OFFICES OF JOSE FRANCISCO
ATTN ROBERTO RAMIREZ, ESQ
5040 NW 7TH STREET, SUITE 900
MIAMI FL 33126

CREDITOR ID: 391110-55
CANDIA, EFIJENIA MARIA
C/O: MARVIN ROSS FRIEDMAN, ESQUIRE
FRIEDMAN & FRIEDMAN, P.A.
2600 DOUGLAS RD.
SUITE 1011
CORAL GABLES FL 33134

CREDITOR ID: 385859-54
CANDIA, EFIJENIA MARIA
2599 DOUGLAS RD, SUITE 1011
CORAL GABLES, FL 33134

CREDITOR ID: 244438-12
CANDIS SKALL
3215 JOSLIN STREET SW
HUNTSVILLE AL 35805

CREDITOR ID: 244439-12
CANDLE LAMP COMPANY
ATTN ELAINE WU, FIN VP
1799 RUSTIN AVENUE
RIVERSIDE, CA 92507

CREDITOR ID: 406459-MS
CANDLER, JACK M.
515 BEDFORD TERRACE
PRATTVILLE AL 36066

CREDITOR ID: 263062-12
CANDLER, TIM
KINGSPORT POLICE DEPT
200 SHELBY STREET
KINGSPORT, TN 37660

CREDITOR ID: 259646-12
CANDY, RICOS
740 W 28 STREET
HIALEAH, FL 33010

CREDITOR ID: 278621-25
CANE RIVER ASSOCIATE
PROTECTIVE LIFE INSURANCE COMPANY
ATTN: INVESTMENT DEPARTMENT
PO BOX 2606
BIRMINGHAM AL 35202

CREDITOR ID: 244442-12
CANE RIVER SHOPPING CEN
909 POYDRAS STREET
SUITE 3000
% PROPERTY ONE INC DEPT # 410020
NEW ORLEANS LA 70112

CREDITOR ID: 315753-40
CANE RIVER SHOPPING CENTER
C/O PROPERTY ONE INC
2014 W PINHOOK ROAD
SUITE 705
LAFAYETTE, LA 70508-8505

CREDITOR ID: 1167-RJ
CANE RIVER SHOPPING CENTER
C/O PROPERTY ONE INC.
2014 W. PINHOOK ROAD, SUITE 705
LAFAYETTE LA 70508-8505

CREDITOR ID: 399477-82
CANEO, ANA M.
16 SW 9TH STREET,  APT 202
FORT  LAUDERDALE  FL 33315

CREDITOR ID: 244443-12
CANEY DISTRIBUTING
743 NORTHWEST 23RD STREET
MIAMI FL 33127

CREDITOR ID: 244444-12
CANINE COMPANIONS
PO BOX 630388
ORLANDO FL 32868-0388

CREDITOR ID: 244445-12
CANKTON ELEMENTARY SCHOOL
602 MAIN ST
CANKTON, LA 70584

CREDITOR ID: 244446-12
CANN SUPPLY
PO BOX 60128
JACKSONVILLE, FL 32236

CREDITOR ID: 404304-95
CANN SUPPLY
PO BOX 60128
JACKSONVILLE FL 32236-0128

CREDITOR ID: 244447-12
CANNON EQUIPMENT COMPANY
PO BOX 1450
NW 7962
MINNEAPOLIS MN 55485-7962

CREDITOR ID: 242618-12
CANNON, ASHIYA G
1510 MOUNT VERON STREET
COLA SC 29203

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400422-85<br>CANNON, CARRIE<br>C/O FRANK S. BUCK, ESQUIRE<br>FRANK S. BUCK, P.C.<br>P. O. BOX 55089<br>2160 14TH AVE., S.<br>BIRMINGHAM AL 35255-5089 | CREDITOR ID: 400066-84<br>CANNON, CARRIE<br>54 CLEMONS DRIVE<br>VINCENT AL 35044 | CREDITOR ID: 386657-54<br>CANNON, CRAIG<br>5800 ROSE TERRANCE<br>PLANTATION FL 33317 |
| CREDITOR ID: 388699-54<br>CANNON, HENRY<br>5709 CANNON MILLS RD<br>MARSHVILLE NC 28103 | CREDITOR ID: 406460-MS<br>CANNON, KENNETH L<br>496 WILSON LANDING ROAD<br>PROSPERITY SC 29127 | CREDITOR ID: 389200-54<br>CANNON, LURIE<br>C/O LABOURDETTE LAW FIRM, LLC<br>ATTN SCOT J LABOURDETTE, ESQ<br>1100 POYDRAS STREET, SUITE 2900<br>NEW ORLEANS LA 70163 |
| CREDITOR ID: 393060-55<br>CANNON, LURIE<br>C/O: W GREGORY MERRITT, ESQ.<br>SILBERT & GARON, LLP<br>909 POYDRAS STREET<br>SUITE 2130<br>NEW ORLEANS LA 70112 | CREDITOR ID: 406461-MS<br>CANOVA, J. MARVIN<br>234 BEECHWOOD CT.<br>ORANGE PARK FL 32073 | CREDITOR ID: 163-03<br>CANPRO INVESTMENTS<br>621 N.W. 53RD STREET<br>BOCA RATON FL 33487 |
| CREDITOR ID: 394053-61<br>CANTEY & HANGER, LLP<br>ATTN CLAY HUMPHRIES<br>ATTN BRAD POULOS ESQ<br>801 CHERRY ST, STE 2100<br>FORT WORTH, TX 76102 | CREDITOR ID: 406462-MS<br>CANTILLO, MANUEL<br>865 BLUEBIRD DR.<br>DELRAY BEACH FL 33444 | CREDITOR ID: 2113-07<br>CANTONMENT PARTNERS, LTD<br>ATTN: SARAH JORDON<br>PO BOX 680176<br>PRATTVILLE AL 36068 |
| CREDITOR ID: 407692-15<br>CANTRELL, BONEVA<br>C/O LAW OFFICE OF LAURI J GOLDSTEIN<br>ATTN LAURI J GOLDSTEIN, ESQ<br>160 NW CENTRAL PARK PLAZA #101<br>SAINT LUCIE WEST FL 34986-1825 | CREDITOR ID: 388718-54<br>CANTRELL, CYNTHIA<br>1100 S.W 62 TERRACE APT D<br>GAINESVILLE FL 32607 | CREDITOR ID: 392733-55<br>CANTRELL, CYNTHIA<br>C/O: CHRISOPHER M. COSTELLO, ESQ.<br>PAGE, EICHENBLATT, BERNABAUM & BENNETT<br>214 E. LUCERNE CIRCLE<br>ORLANDO FL 32801 |
| CREDITOR ID: 406463-MS<br>CANTU, KIM<br>1721 L.T. HARDEE RD.<br>GREENVILLE NC 27859 | CREDITOR ID: 402469-89<br>CANTU, MICHAEL<br>1802 HWY 70 W.<br>B-62<br>CLAYTON NC 27520 | CREDITOR ID: 406464-MS<br>CANTU, MICHAEL<br>101 CHRISTOPHER DR.<br>CLAYTON NC 27520 |
| CREDITOR ID: 389832-54<br>CANTWELL, STEPHANIE<br>2596 SE MCCLELLAND DRIVE<br>ARCADIA FL 34266 | CREDITOR ID: 395575-15<br>CANTY, PATRICIA<br>C/O SMITH & VANTURE, LLP<br>ATTN: BRIAN W SMITH, ESQ<br>1615 FORUM PLACE, SUITE 4C<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 395575-15<br>CANTY, PATRICIA<br>861 1/2 DR MARTIN LUTHER KING BLVD<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 387207-54<br>CANTY, PATRICIA<br>816 1/2 MLK BLVD<br>RIVIERA BEACH, FL 33407 | CREDITOR ID: 391794-55<br>CANTY, PATRICIA<br>C/O BRAIN W. SMITH, ESQUIRE<br>SMITH, VANTURE & KUVEIKIS, LLP<br>1615 FORUM PLACE<br>SUITE 4-C<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 278426-25<br>CAP MARK SERVICES INC.<br>PO BOX 404124<br>ATLANTA GA 30384-8356 |
| CREDITOR ID: 259852-12<br>CAPABLANCO, ROCCO F<br>425 TIMBER LANE<br>PALM HARBOR, FL 34683 | CREDITOR ID: 315754-40<br>CAPCO 1998 D-7 ARLINGTON CENTER<br>C/O GRAHAM & COMPANY OF HUNTSVILLE<br>200 WESTSIDE SQUARE<br>SUITE 800<br>HUNTSVILLE, AL 35801 | CREDITOR ID: 278427-24<br>CAPCO 1998-D7 ARLINGTON CENTER LLC<br>C/O GRAHAM & CO OF HUNTSVILLE LLC<br>200 WESTSIDE SQUARE<br>SUITE 800<br>HUNTSVILLE AL 35801 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 392011-55
CAPDEVILLE, DEBRA
C/O: MICHAEL MILLER
MICHAEL MILLER
P.O. BOX 1630
CROWLEY LA 70527

CREDITOR ID: 244451-12
CAPE CORAL DAILY BREEZE
2510 DEL PRADO BLVD
CAPE CORAL FL 33904

CREDITOR ID: 374072-44
CAPE CORAL SUBURBAN PROPANE
2531 ANDALUSIA BLVD
CAPE CORAL, FL 33909

CREDITOR ID: 244452-12
CAPE PUBLICATIONS INC
PO BOX 411059
MELBOURNE FL 32941-1059

CREDITOR ID: 244453-12
CAPE PUBLICATIONS INC
PO BOX 419000
MELBOURNE, FL 32941

CREDITOR ID: 385852-54
CAPEHART, MICHELLE
37505 OAKVIEW CIRCLE
DADE CITY, FL 33523

CREDITOR ID: 391104-55
CAPEHART, MICHELLE
C/O: P HGUTCHINSON BROCK, II
JOHNSON AUVIL & BROCK, P.A.
P.O. BOX 2337
DADE CITY FL 33526-2337

CREDITOR ID: 1169-07
CAPITAL ADVISORS INC
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 244455-12
CAPITAL ADVISORS INC
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 244456-12
CAPITAL AREA HEALTH SVC DIRECTORY
PO BOX 132
ZACHARY LA 70791

CREDITOR ID: 244457-12
CAPITAL AUTO PAINT & SUPPLY INC
2735 WEST CHURCH STREET
HAMMOND LA 70401

CREDITOR ID: 244458-12
CAPITAL CITY BEVERAGE
920 WEST COUNTY LINE ROAD
JACKSON, MS 39213

CREDITOR ID: 404305-95
CAPITAL CITY BEVERAGE
P O BOX 2049
JACKSON MS 39225

CREDITOR ID: 244459-12
CAPITAL CITY CLASSIC
400 NORTH ADAMS STREET
TALLAHASSEE FL 32301

CREDITOR ID: 244460-12
CAPITAL CITY COURIERS INC
PO BOX 153
BATON ROUGE LA 70821

CREDITOR ID: 244461-12
CAPITAL CITY GLASS A DIV OF GLASS 1
8405 AIRLINE HIGHWAY
BATON ROUGE LA 70815

CREDITOR ID: 244462-12
CAPITAL CITY PRESS
ATTN KAY RICE, CR MGR
PO BOX 588
BATON ROUGE, LA 70821

CREDITOR ID: 244463-12
CAPITAL CITY PRESS PUBLISHER
THE ADVOCATE SAT SUN ADVOCATE
PO BOX 588
BATON ROUGE LA 70821-0588

CREDITOR ID: 374074-44
CAPITAL CITY PRESS THE ADVOCATE SAT -SUN
PO BOX 613
BATON ROUGE, LA 70821

CREDITOR ID: 244465-12
CAPITAL COMMERCE ASSOCIATES
203 CAPCOM AVE
SUITE 104
WAKE FOREST, NC 27587

CREDITOR ID: 244466-12
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY, WA 98509-3487

CREDITOR ID: 2114-07
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY, WA 98509-3487

CREDITOR ID: 244467-12
CAPITAL DOOR INC
PO BOX 40493
RALEIGH, NC 27629

CREDITOR ID: 244468-12
CAPITAL FACTORS INC DBA F&F INDUST
PO BOX 628067
ORLANDO FL 32862-8067

CREDITOR ID: 244469-12
CAPITAL LIGHTING & SUPPLY
PO BOX 758608
BALTIMORE MD 21275

CREDITOR ID: 244470-12
CAPITAL MARKETING
PO BOX 4584
ROCK HILL SC 29732

CREDITOR ID: 244472-12
CAPITAL ONE BANK
C/O STANLEY B. ERSKINE, ESQ
55 WESTON RD., SUITE 300
FT LAUDERDALE, FL 33326

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244471-12<br>CAPITAL ONE BANK<br>C/O CITY OF RICHMOND CD GEN DI<br>400 N 9TH STREET ROOM #203<br>RICHMOND VA 23219-1997 | CREDITOR ID: 278428-24<br>CAPITAL PLAZA SHOPPING CENTER<br>31850 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS MI 48334 | CREDITOR ID: 244473-12<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 244474-12<br>CAPITAL REPORTING<br>PO BOX 97696<br>RALEIGH, NC 27624 | CREDITOR ID: 278722-27<br>CAPITAL RESEARCH & MANAGEMENT CO<br>ATTN ABNER D GOLDSTINE<br>AMERICAN FUNDS<br>333 SOUTH HOPE STREET<br>LOS ANGELES CA 90071 | CREDITOR ID: 279494-99<br>CAPITAL RESEARCH & MGMT COMPANY<br>ATTN: ELLEN CARR/ABNER D GOLDSTINE<br>AMERICAN FUNDS<br>333 SOUTH HOPE STREET<br>LOS ANGELES CA 90071 |
| CREDITOR ID: 397215-67<br>CAPITAL RETAIL SYSTEMS<br>LEASE ADMIN 10051<br>300 PHILLIPI ROAD<br>COLUMBUS, OH 43228 | CREDITOR ID: 244476-12<br>CAPITAL RETURNS<br>PO BOX 99608<br>CHICAGO IL 60690 | CREDITOR ID: 244475-12<br>CAPITAL RETURNS<br>4066 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212 |
| CREDITOR ID: 244477-12<br>CAPITAL STOCKYARD CAFE<br>1464 FURNACE STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 381755-15<br>CAPITAL TRAILER & EQUIPMENT CO, INC<br>DBA CAPITAL VOLVO TRUCK & TRAILER<br>ATTN BILL MAXWELL, CEO<br>185 WEST BOULEVARD<br>MONTGOMERY AL 36108 | CREDITOR ID: 404306-95<br>CAPITAL VOLVO TRUCK & TRAILER<br>P O BOX 2127<br>MONTGOMERY AL 36102 |
| CREDITOR ID: 244478-12<br>CAPITAL VOLVO TRUCK & TRAILER<br>PO BOX 9427<br>MONTGOMERY, AL 36108 | CREDITOR ID: 244479-12<br>CAPITAL WINE & BEV<br>PO BOX 3389<br>WEST COLUMBIA, SC 29171 | CREDITOR ID: 244480-12<br>CAPITOL CHEVROLET<br>PO BOX 36<br>711 EASTERN BLVD<br>MONTGOMERY AL 36101-0036 |
| CREDITOR ID: 244481-12<br>CAPITOL CONTAINER INC<br>PO BOX 211087<br>MONTGOMERY AL 36121-1087 | CREDITOR ID: 407778-93<br>CAPITOL INSURANCE COMPANIES<br>4610 UNIVERSITY AVENUE<br>PO BOX 5900<br>MADISON WI 53705-0900 | CREDITOR ID: 244482-12<br>CAPITOL INVESTMENTS INC<br>ATTN: MIRIAM MENOSCAL, PRES<br>6538 COLLINS AVENUE, STE 235<br>MIAMI BEACH, FL 33141 |
| CREDITOR ID: 244483-12<br>CAPITOL ONE BANK<br>% CITY OF RICHMOND-CIVIL DIV GEN<br>400 N 9TH STREET ROOM 203<br>RICHMOND VA 23219-1546 | CREDITOR ID: 244486-12<br>CAPITOL'S ROSEMONT GARDENS<br>PO BOX 3508<br>MONTGOMERY AL 36109 | CREDITOR ID: 385724-54<br>CAPIZZI, MARION<br>811 FAIRBAIRN COURT<br>DELTONA, FL 32725 |
| CREDITOR ID: 391002-55<br>CAPIZZI, MARION<br>C/O: DAVID L. SWEAT, ESQUIRE<br>RUE & ZIFFRA, P.A.<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 278549-24<br>CAPLAN, ROSE J & FLEDER, ESTHER S<br>TRUSTEES<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510 | CREDITOR ID: 278549-24<br>CAPLAN, ROSE J & FLEDER, ESTHER S<br>C/O WILLIAMS MULLEN HOFHEIMER ET AL<br>ATTN DAVID A GREER ESQ<br>PO BOX 3460<br>NORFOLK VA 23514-3460 |
| CREDITOR ID: 244664-12<br>CAPLES, CAROLYN<br>11903 LAKE MINNEOLO SHORE<br>CLERMONT FL 34711 | CREDITOR ID: 315755-40<br>CAPMARK SERVICES L P<br>ATTN: TEAM B LN#400035236 STORE<br>245 PEACHTREE CTR AVE N E STE<br>ATLANTA, GA 30303 | CREDITOR ID: 1172-RJ<br>CAPMARK SERVICES LP<br>ATTN: TEAM B LN# 40-0035248<br>245 PEACHTREE CTR. AVE. NE, SUITE 1<br>ATLANTA GA 30303 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ‚Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 244487-12
CAPMARK SERVICES LP
245 PEACHTREE CTR AVE NE STE 1800
ATTN TEAM B LN# 40-0035248
ATLANTA, GA 30303

CREDITOR ID: 244488-12
CAPMARK SERVICES LP
PO BOX 404124
ATLANTA GA 30384-8356

CREDITOR ID: 1173-RJ
CAPMARK SERVICES LP
PO BOX 404124
ATLANTA, GA 30384-8356

CREDITOR ID: 2116-RJ
CAPMARK SERVICES LP
245 PEACHTREE CENTER AVENUE
SUITE 1800
ATLANTA, GA 30303

CREDITOR ID: 387033-54
CAPO, JOHN
1940 STATE RD 16 WEST
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 386301-54
CAPPERS, NELDA
819 STONE LAKE
CLEBURNE TX 76031

CREDITOR ID: 407743-99
CAPSTONE ADVISORS INC
C/O HELD & ISRAEL
ATTN: EDWIN W HELD, JR
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 407743-99
CAPSTONE ADVISORS INC
C/O KATTAN MUCHIN ROSENMAN LLP
ATTN: DUSTIN P BRANCH, ESQ
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES  CA 90067

CREDITOR ID: 244490-12
CAPTAIN ED'S LOBSTER TRAP
PO BOX 21648
FT LAUDERDALE, FL 33335-1648

CREDITOR ID: 244491-12
CAPTIVE AIRE SYSTEMS INC
PO BOX 60270
CHARLOTTE NC 28260

CREDITOR ID: 244492-12
CAPTURE RESOURCE
1900 FROST ROAD SUITE 100
BRISTOL, PA 19007

CREDITOR ID: 389597-54
CAPUTO, SYLVIA
C/O RICKY D GORDON, PA
ATTN RICKY D GORDON ESQ
2856 UNIVERSITY DRIVE
CORAL SPRINGS FL 33065

CREDITOR ID: 389597-54
CAPUTO, SYLVIA
9733-C BOCA GARDEN CIRCLE
BOCA RATON, FL 33496

CREDITOR ID: 393263-55
CAPUTO, SYLVIA
C/O: CHRISTINE K. HOPKINS
LAW OFFICES OF CHRISTINE K. HOPKINS
600 NORTH PINE ISLAND ROAD
SUITE 450
PLANTATION FL 33324

CREDITOR ID: 244493-12
CAPWELD
PO BOX 22562
JACKSON, MS 39225

CREDITOR ID: 244494-12
CAR FRESHNER CORP
ATTN JODY LALONE, PRES
PO BOX 719
WATERTOWN NY 13601-0719

CREDITOR ID: 374075-44
CAR QUEST AUTO PARTS
ATTN KIM ENGLE, CREDIT DEPT
3065 SELMA HWY
MONTGOMERY, AL 36108

CREDITOR ID: 387494-54
CARACCIOLA, MARY
C/O WOHN & MCKINLEY, PA
ATTN ROBERT A WOHN JR, ESQ
960 N COCOA BLVD
PO BOX 1450
COCOA FL 32923-1450

CREDITOR ID: 399747-84
CARACCIOLO, RENEE
1074 MACCO RD.
COCOA FL 32927

CREDITOR ID: 400224-85
CARACCIOLO, RENEE
C/O WOHN & MCKINLEY, PA
ATTN ROBERT A WOHN, ESQ
960 N COCOA BLVD
PO BOX 1450
COCOA FL 32923-1450

CREDITOR ID: 387809-54
CARAN, LOIS
542 CLOUDCRAFT DRIVE
DELTONA, FL 32738

CREDITOR ID: 392135-55
CARAN, LOIS
C/O MORGAN COLLING & GILBERT PA
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 388127-54
CARBALLO, AILEEN
3925 DOGWOOD LN
FT WORTH TX 76137

CREDITOR ID: 403253-92
CARBOLIFE
ATTN ERIC B LANGLEY ESQ
1710 SIXTH AVE NORTH
BIRMINGHAM AL 32503

CREDITOR ID: 244496-12
CARBOLITE FOODS INC
CARB 7006
PO BOX 7208
INDIANAPOLIS, IN 46206-7208

CREDITOR ID: 404307-95
CARBOLITE FOODS INC
1325 NEWTON AVENUE
EVANSVILLE IN 47715

CREDITOR ID: 389614-54
CARBONELL, MIRIELA
801 STARLIGHT COVE RD. APT 106
ORLANDO, FL 32828

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393276-55<br>CARBONELL, MIRIELA<br>C/O WEISS LEGAL GROUP<br>WEISS LEGAL GROUP<br>500 NORTH MAITLAND AVE.<br>SUITE 303<br>MAITLAND FL 32751 | CREDITOR ID: 244497-12<br>CARCO GROUP INC<br>PO BOX 29516<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-9516 | CREDITOR ID: 403632-94<br>CARD, DANA M<br>9530 SADDLEBROOK DRIVE<br>BOCA FL 33434 |
| CREDITOR ID: 399754-84<br>CARDENAS, DENISE<br>8589 DOUBLE BRIDGE ROAD<br>MABANK TX 75147 | CREDITOR ID: 399829-84<br>CARDENAS, JUAN<br>1480 SCHLOSS RD.<br>LOUISBURG NC 27549 | CREDITOR ID: 387498-54<br>CARDER, TIMMY<br>753 LONGWOOD DR<br>ATLANTA GA 30305 |
| CREDITOR ID: 392016-55<br>CARDER, TIMMY<br>C/O: LLOYD HOFFSPIEGEL, ESQ.<br>TOBIN & HOFFSPIEGEL<br>3715 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 | CREDITOR ID: 244498-12<br>CARDINAL ENTITIES COMPANY LLC<br>C/O MATTITUCK SHOPPING CT<br>PO BOX 77<br>MATTITUCK, NY 11952 | CREDITOR ID: 244499-12<br>CARDINAL HEALTH<br>NATIONAL ACCOUNTS<br>PO BOX 402605<br>ATLANTA, GA 30384-2605 |
| CREDITOR ID: 279496-99<br>CARDINAL HEALTH<br>C/O PITNEY HARDIN LLP<br>ATTN SCOTT A ZUBER/PETER FORGOSH<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 | CREDITOR ID: 382432-51<br>CARDINAL HEALTH STAFFING NETWORK<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017 | CREDITOR ID: 404308-95<br>CARDINAL HEALTH STAFFING SERVICES<br>PO BOX 530486<br>ATLANTA GA 30353-0469 |
| CREDITOR ID: 244500-12<br>CARDINAL HEALTH STAFFING SERVICES<br>PO BOX 676435<br>DALLAS, TX 75267-6435 | CREDITOR ID: 244501-12<br>CARDINAL HEALTHCARE<br>ATTN KEVIN BARNHART<br>PO BOX 900022<br>RALEIGH NC 27675 | CREDITOR ID: 244502-12<br>CARDINAL INDUSTRIES INC<br>ATTN BONNIE CONNER, VP<br>21-01 51ST AVE<br>LONG ISLAND CITY, NY 11101-4526 |
| CREDITOR ID: 244503-12<br>CARDINAL INVESTIGATIONS INC<br>5500 CALEB KNOLLS DRIVE<br>HOLLY SPRINGS NC 27540 | CREDITOR ID: 244504-12<br>CARDINAL IRONWORKS, INC.<br>PO BOX 197191<br>LOUISVILLE, KY 40259-7191 | CREDITOR ID: 382896-51<br>CARDINAL STAFFING<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017 |
| CREDITOR ID: 389103-54<br>CARDONA, LUZ ELENA<br>2176 ALCLOBE CIRCLE<br>OCOEE, FL 34761 | CREDITOR ID: 392991-55<br>CARDONA, LUZ ELENA<br>C/O: LOUIS C BOUCHARD<br>JACOBS & GOODMAN<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 404309-95<br>CARDONIC CORPORATION<br>12054 SW 131 AVENUE<br>MIAMI FL 33186 |
| CREDITOR ID: 244505-12<br>CARDONIC CORPORATION<br>12905 WEST OKEECHOBEE RD<br>UNIT 5<br>HIALEAH GARDENS, FL 33018 | CREDITOR ID: 386050-54<br>CARDOZA, LINSHELL<br>2418 ORLEANS AVENUE<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 393493-12<br>CARDTRONICS<br>PO BOX 73642<br>CHICAGO, IL 60673 |
| CREDITOR ID: 405897-99<br>CARDTRONICS INC<br>C/O POYNER & SPRUILL LLP<br>ATTN: JUDY D THOMPSON<br>301 SOUTH COLLEGE ST, STE 2300<br>CHARLOTTE NC 28202 | CREDITOR ID: 269223-16<br>CARDTRONICS, LP<br>C/O MICHAEL E. KELLER<br>3110 HAYES ROAD, SUITE 300<br>HOUSTON, TX 77082 | CREDITOR ID: 250087-12<br>CARDY, FREDRICK G<br>6126 MEDFORD DRIVE<br>ORLANDO, FL 32808 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244507-12<br>CARE PLUS WALK IN CLINICS<br>ATTN RAVNEET SAUDHU, OWNER<br>519A E BLOOMINGDALE AVENUE<br>BRANDON, FL 33511 | CREDITOR ID: 244508-12<br>CAREER BUILDER<br>13047 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 262779-12<br>CAREER CENTER FLORIDA, THE<br>STATE UNIVERSITY<br>UCA 4100<br>TALLAHASSEE, FL 32306-2490 |
| CREDITOR ID: 244509-12<br>CAREER SERVICES<br>UNIVERSITY OF NORTH FLORIDA<br>4567 ST JOHNS BLUFF RD S<br>FOUNDERS HALL ROOM 2086<br>JACKSONVILLE FL 32224 | CREDITOR ID: 399662-79<br>CAREERSTAFF UNLIMITED INC<br>ATTN: DAREN A YORK, AREA MGR<br>207 REGENCY EXECUTIVE PARK, STE 230<br>CHARLOTTE NC 28217 | CREDITOR ID: 244510-12<br>CAREERSTAFF UNLIMITED INC<br>PO BOX 200528<br>HOUSTON, TX 77216-0528 |
| CREDITOR ID: 244511-12<br>CAREMARK<br>NBT4 FINANCE ATTN JESSICA MILLER<br>2211 SANDERS ROAD<br>NORTHBROOK IL 60062 | CREDITOR ID: 383043-51<br>CAREMARK<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 382433-51<br>CAREMARK<br>FKA ADVANCE PCS<br>ATTN ROB TILL, SUITE 1200<br>750 W JOHN CARPENTER FREEWAY<br>IRVING, TX 75039 |
| CREDITOR ID: 383035-51<br>CAREMARK/ADVANCE PCS-AZ<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 244512-12<br>CARENCRO CATHOLIC SCHOOL<br>200 W ST PETER<br>CARENCRO, LA 70520 | CREDITOR ID: 244513-12<br>CARENCRO HEIGHTS<br>601 TEEMA  RD<br>CARENCRO, LA 70520 |
| CREDITOR ID: 387392-54<br>CAREY, CASSANDRA<br>705 NW 12TH TERRACE, APT 2<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 391955-55<br>CAREY, CASSANDRA<br>C/O: JASON G. BARNETT, P.A.<br>LAW OFFICES OF JASON G. BARNETT, P.A.<br>1132 S.E. 2ND AVE.<br>FT. LAUDERDALE FL 33316-1008 | CREDITOR ID: 406465-MS<br>CAREY, JAMES I.<br>316 WEST VIOLET ST.<br>TAMPA FL 33603 |
| CREDITOR ID: 406210-G4<br>CARGILL<br>BOX 5647<br>TAMPA FL 33605 | CREDITOR ID: 406211-G4<br>CARGILL<br>BOX 9300<br>MEMPHIS TN 55440 | CREDITOR ID: 244514-12<br>CARGILL<br>FLOUR MILLING DIVISION<br>PO BOX 751992<br>CHARLOTTE, NC 28275-1992 |
| CREDITOR ID: 406212-G4<br>CARGILL<br>CARGILL BUILDING<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 244515-12<br>CARGILL COFFEE<br>PO BOX 198323<br>ATLANTA, GA 30384-8623 | CREDITOR ID: 244516-12<br>CARGILL DRY CORN INGREDIENTS<br>PO BOX 198323<br>ATLANTA, GA 30384-8323 |
| CREDITOR ID: 404310-95<br>CARGILL FLOUR MILLING DIVISION<br>PO BOX 6012<br>FARGO ND 58108-6012 | CREDITOR ID: 244518-12<br>CARGILL FLOUR MILLING DIVISION<br>PO BOX 198323<br>ATLANTA, GA 30384-8323 | CREDITOR ID: 244519-12<br>CARGILL INC<br>PO BOX 841674<br>DALLAS, TX 75284-1674 |
| CREDITOR ID: 404312-95<br>CARGILL INC SALT DIVISION<br>PO BOX 6012<br>FARGO ND 58108-6012 | CREDITOR ID: 244520-12<br>CARGILL INC SALT DIVISION<br>PO BOX 751992<br>CHARLOTTE, NC 28275-1992 | CREDITOR ID: 381964-36<br>CARGILL INCORPORATED'S SWEETNERS<br>ATTN: JENNIFER HENDERSON<br>PO BOX 5624<br>MINNEAPOLIS MN 55440-5624 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244521-12<br>CARGILL JUICE NO AMERICA INC<br>PO BOX 751992<br>CHARLOTTE, NC 28275 | CREDITOR ID: 244522-12<br>CARGILL MEAT SOLUTIONS CORP<br>PO BOX 198323<br>ATLANTA, GA 30384-8323 | CREDITOR ID: 279211-35<br>CARGILL MEAT SOLUTIONS CORPORATION<br>ATTN: JENNIFER HENDERSON<br>PO BOX 5624<br>MINNEAPOLIS MN 55440-5624 |
| CREDITOR ID: 244523-12<br>CARGILL MILLING DIV<br>PO BOX 751992<br>CHARLOTTE NC 28275-1992 | CREDITOR ID: 244524-12<br>CARGILL POULTRY PROD DIV<br>PO BOX 751992<br>CHARLOTTE, NC 28275-1992 | CREDITOR ID: 404313-95<br>CARGILL POULTRY PROD DIV<br>ATTN AR 2/EXCEPTION<br>PO BOX 6012<br>FARGO ND 58108-6012 |
| CREDITOR ID: 244525-12<br>CARGILL REF OILS<br>PO BOX 198323<br>ATLANTA GA 30384-0001 | CREDITOR ID: 278736-28<br>CARGILL, INCORPORATED<br>GENERAL COUNSEL<br>CORPORATE HEADQUARTERS<br>PO BOX 9300<br>MINNEAPOLIS, MN 55440-9300 | CREDITOR ID: 244526-12<br>CARGO EXPRESS INC<br>1790 YARDLEY LANGHORNE ROAD<br>HESTON HALL SUITE 202<br>YARDLEY PA 19067 |
| CREDITOR ID: 244527-12<br>CARGO GROUP INC<br>PO BOX 29516<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-9516 | CREDITOR ID: 404314-95<br>CARGO MASTER INC<br>510 PLAZA DRIVE SUITE 2270<br>ATLANTA GA 30349 | CREDITOR ID: 244528-12<br>CARGO MASTER INC<br>828 FOURTH AVENUE<br>DALLAS, TX 75226 |
| CREDITOR ID: 407689-15<br>CARHILL & ASSOCIATES<br>ATTN DAN CARHILL<br>266 NE 4TH STREET<br>GRESHAM OR 97030 | CREDITOR ID: 406466-MS<br>CARHILL, DAN<br>PO BOX 1007<br>GRESHAM OR 97030-0219 | CREDITOR ID: 279119-99<br>CARHTAGE CUP LP<br>C/O DRINKER BIDDLE & REATH LLP<br>ATTN: ANDREW J FLAME, ESQ<br>1100 N MARKET ST, STE 1000<br>WILMINGTON DE 19801 |
| CREDITOR ID: 265555-31<br>CARIBBEAN CONSERVATION CORP<br>ATTN: DAVID GODFREY<br>4424 NW 13TH ST STE A1<br>GAINESVILLE FL 32609-1879 | CREDITOR ID: 244529-12<br>CARIBBEAN FOOD DELIGHTS<br>117B ROUTE 303<br>TAPPAN, NY 10983 | CREDITOR ID: 244530-12<br>CARIBBEAN FROZEN FOODS<br>ATTN VITTEL SMART, PRESIDENT<br>1428 E SEMORAN BOULEVARD, SUITE 108<br>APOPKA, FL 32703 |
| CREDITOR ID: 278858-30<br>CARIBBEAN GOLD INC<br>7241 SW 168 STREET<br>MIAMI, FL 33157 | CREDITOR ID: 404315-95<br>CARIBBEAN GOLD INC<br>16804 SOUTHWEST 81 COURT<br>MIAMI FL 33157 | CREDITOR ID: 244532-12<br>CARIBE FOOD CORP<br>7350 N W 30TH AVE<br>MIAMI FL 33147 |
| CREDITOR ID: 244534-12<br>CARILION MEDICAL CTR<br>C/O ROANOKE CITY GEN DIST CT<br>315 W CHURCH AVE 2ND FLOOR<br>ROANOKE VA 24016 | CREDITOR ID: 374082-44<br>CARING PHY MED CLINIC<br>ATTN FERNANDO I MORALES, MD, PA<br>6755 GALL BLVD<br>ZEPHYRHILLS, FL 33542 | CREDITOR ID: 244536-12<br>CARITAS MEDICAL CENTER<br>PO BOX 950135<br>DEPT 52673<br>LOUISVILLE, KY 40295-0135 |
| CREDITOR ID: 404316-95<br>CARL BUDDIG & CO<br>941-G MATTHEWS  MINT HILL RD<br>ATTN: CORLISS AUSTIN<br>MATTHEWS NC 28106 | CREDITOR ID: 407492-15<br>CARL BUDDIG & CO<br>ATTN SHELLY DUTKA, CUST SRVC SUPV<br>950 W 175TH STREET<br>HOMEWOOD IL 60430 | CREDITOR ID: 244538-12<br>CARL BUDDIG & CO<br>PO BOX 72238<br>CHICAGO, IL 60678-2238 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 165-03
CARL COOK GAS
207 N. 15TH STREET
IMMOKALEE FL 34142

CREDITOR ID: 244540-12
CARL D GARLINGTON ARCHITECT
PO BOX 88
FRANKLIN NC 28744

CREDITOR ID: 244544-12
CARL J BASTIAN
7551 LEHIGH STREET
NEW ORLEANS LA 70127

CREDITOR ID: 244547-12
CARL R GAY
1217 S TELEMACHUS STREET
NEW ORLEANS LA 70125

CREDITOR ID: 244548-12
CARL RANDALL
1506 LAWNDALE CIRCLE
WINTER PARK FL 32792

CREDITOR ID: 244550-12
CARL WOOD
4985 BENTGRASS RUN ROAD
CHARLOTTE NC 28269

CREDITOR ID: 244551-12
CARLA BEMIS
2501 #10 CALDWELL AVE
SO BIRMINGHAM AL 35205

CREDITOR ID: 244552-12
CARLA E HORNBUCKLE
HCR 76 BOX 308
GRUITLI LAAGER TN 37339

CREDITOR ID: 244554-12
CARLA J WYGANT
17292 SE 155 AVENUE
WEIRSDALE FL 32195

CREDITOR ID: 244555-12
CARLEEN WATKINS
1517 DERRICK STREET
HOLIDAY FL 34690

CREDITOR ID: 244556-12
CARLEN TRANSPORT
81 MECAW ROAD
BANGOR ME 04401

CREDITOR ID: 389730-54
CARLE-TIDWELL, SANDY
554 BURRINGTON COURT
GASTONIA NC 28054

CREDITOR ID: 393357-55
CARLE-TIDWELL, SANDY
C/O HARRIS & GRAVES, PA
ATTN STEVEN D HAYMOND, ESQ
PO BOX 11566
1518 RICHLAND STREET
COLUMBIA SC 29211

CREDITOR ID: 386244-54
CARLISLE, CHARLES
305 HAMLIN ROAD
LIBERTY SC 29657

CREDITOR ID: 394044-61
CARLOCK, COPELAND, SEMLER & STAIR, LLP
2600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE.
ATLANTA, GA 30303

CREDITOR ID: 244558-12
CARLOS AGUILERA SR
106 MONTICELLO AVENUE
JEFFERSON LA 70121-4027

CREDITOR ID: 406467-MS
CARLOS, DOUGLAS
371 WINCHESTER CIRCLE
MANDEVILLE LA 70448

CREDITOR ID: 244566-12
CARLS ROAD SERVICE
200 NORTON RD
AUGUSTA GA 30906

CREDITOR ID: 244567-12
CARLS SHEET METAL SHOP
1243 SO GALLATIN ST
PO BOX 8401
JACKSON MS 39284-8401

CREDITOR ID: 244568-12
CARLSON AIRFLO MERCHANDISING SYSTEM
PO BOX 1450
N W 7334
MINNEAPOLIS, MN 55485-7334

CREDITOR ID: 404319-95
CARLSON AIRFLO MERCHANDISING SYSTEM
7135 NORTHLAND DR N
BROOKLYN PARK MN 55428-1514

CREDITOR ID: 244569-12
CARLSON PRODUCTS
DIV OF JAYCAT INC
PO BOX 429
MAIZE KS 67101-0429

CREDITOR ID: 246290-12
CARLSON, CJ
6188 144TH STREET N
HUGO MN 55038

CREDITOR ID: 244570-12
CARLSTEDTS
PO BOX 2338
2252 DENNIS STREET
JACKSONVILLE, FL 32203

CREDITOR ID: 244571-12
CARLTON BATES COMPANY
PO BOX 846144
DALLAS TX 75284-6144

CREDITOR ID: 244573-12
CARLTON FIELDS WARD EMMANUEL ET AL
777 S HARBOUR ISLAND BLVD
TAMPA FL 33602

CREDITOR ID: 406011-15
CARLTON FIELDS, PA
ATTN ROBERT N GILBERT, ESQ
222 LAKEVIEW AVENUE, SUITE 1400
WEST PALM BEACH FL 33410

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                      **CASE: 05-03817-3F1**

CREDITOR ID: 374089-44
CARLTON FIELDS-MIAMI
100 SE SECOND PLACE
MIAMI FL 33131-9101

CREDITOR ID: 397861-76
CARLTON, TIMOTHY
711 ROBIN STREET
THOMSON, GA 30824

CREDITOR ID: 244576-12
CARLYLE COCOA CO LLC
940 HAVERFORD RD
STE 103
BRYN MAWR, PA 19010

CREDITOR ID: 244577-12
CARLYLES CORPORATE CATERING
1700 COMMERCE DR BLDG C
ATLANTA GA 30318

CREDITOR ID: 244578-12
CARMA ENTERPRISES INC
ATTN MANUEL A DOMINGUEZ, VP
1304 SAN REMO AVENUE
CORAL GABLES, FL 33146

CREDITOR ID: 244579-12
CARMAN BEAUCHAMP & SANG PA
ATTN J FRANK BEAUCHAMP, OWNER
3335 N W BOCA RATON BLVD
BOCA RATON FL 33431

CREDITOR ID: 394055-61
CARMAN, BEAUCHAMP & SANG, PA
3335 NW BOCA RATON BLVD
BOCA RATON, FL 33431

CREDITOR ID: 390432-54
CARMEN PENATE, MARIA DEL
481 E. 36TH STREET
HIALEAH, FL 33013

CREDITOR ID: 392148-55
CARMEN PENATE, MARIA DEL
C/O: ROBERT BEHAR
LAW OFFICES OF ROBER BEHAR P.A.
7171 CORAL WAY SUITE 303
MIAMI FL 33155

CREDITOR ID: 397862-76
CARMICHAEL, MARIA
205 TREE CROSSING PKWY
BIRMINGHAM, AL 32839

CREDITOR ID: 263122-12
CARMICHAEL, TINA
11160 GENERAL AVE
WHITEHOUSE, FL 32220

CREDITOR ID: 385189-54
CARNAHAN PROCTOR & C, ROSS, INC.
3932 RCA BOULEVARD
SUITE 3207
PALM VEACH GARDENS, FL 33410

CREDITOR ID: 399295-15
CARNEGIE COMPANIES, INC
C/O JAVITCH BLOCK & RATHBONE LLC
ATTN MARC A MELAMED, ESQ
1300 EAST 9TH STREET, 14TH FLOOR
CLEVELAND OH 44114

CREDITOR ID: 400621-91
CARNES, ROY G
211 EAST BRANCH ST.
LONGVIEW TX 75604

CREDITOR ID: 388140-54
CARNEY, THERESA
28620 MCARTHUR DR
LIVINGSTON LA 70754

CREDITOR ID: 244588-12
CARNISE INC
2150 MEARS PARKWAY
MARGATE, FL 33063

CREDITOR ID: 244589-12
CARO FOODS INC
PO BOX 54946
NEW ORLEANS, LA 70154-4946

CREDITOR ID: 244590-12
CARO PRODUCE
PO BOX 54946
NEW ORLEANS, LA 70154-4946

CREDITOR ID: 244592-12
CAROL ALDRIDGE SPECIAL ACCOUNT
PO BOX 850841
NEW ORLEANS LA 70182

CREDITOR ID: 374095-44
CAROL ALDRIDGE SPECIAL ACCOUNT
4065 DEMENT
NEW ORLEANS, LA 70126

CREDITOR ID: 244603-12
CAROL KING LANDSCAPE MAINT INC
7032 OLD CHENEY HWY
ORLANDO, FL 32807

CREDITOR ID: 244610-12
CAROL R NORRIS LISC COMM MOBILE CO
PO BOX 161009
MOBILE AL 36616

CREDITOR ID: 244613-12
CAROL SAINT CLAIRE
641 N E 165 CT
NORTH MIAMI FL 33162

CREDITOR ID: 244614-12
CAROLANE PROPANE GAS
339 S MAINE STREET
LEXINGTON NC 27292

CREDITOR ID: 244615-12
CAROLANE PROPANE GAS INC
PO BOX 680
ROXBORO NC 27573

CREDITOR ID: 244616-12
CAROLINA ACOUSTICAL CO
5600 AUGUSTA ROAD
GREENVILLE SC 29605

CREDITOR ID: 244617-12
CAROLINA ASSOC FOR FOOD PROTECT
DEBORAH ANDERSON LANCE INC
8600 SOUTH BLVD
CHARLOTTE NC 28273

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 244618-12
CAROLINA BELTING CO
3205 RUTHERFORD RD
TAYLORS, SC 29687

CREDITOR ID: 244619-12
CAROLINA BOTTLING
PO BOX 778
SALISBURY, NC 28145

CREDITOR ID: 244620-12
CAROLINA BROKERAGE CO
OF WEST END INC
PO BOX 729
WEST END NC 27376-0729

CREDITOR ID: 244621-12
CAROLINA BY PRODUCTS
PO DRAWER 20687
GREENSBORO NC 27408

CREDITOR ID: 395618-65
CAROLINA BY-PRODUCTS
PO BOX 643393
CINNCINNATI, OH 45264

CREDITOR ID: 244622-12
CAROLINA CARBONIC HYDROTEST
1712 HOLBROOK ST
GREENSBORO NC 27403

CREDITOR ID: 244623-12
CAROLINA CEILING CLEAN
PO BOX 4155
ASHBORO NC 27204

CREDITOR ID: 244624-12
CAROLINA CUSTOM CARPENTRY
RT 1 BOX 23B
PEACHLAND NC 28133

CREDITOR ID: 244625-12
CAROLINA DOOR CONTROLS INC
PO BOX 890277
CHARLOTTE, NC 28289-0277

CREDITOR ID: 244626-12
CAROLINA EAGLE DIST INC
3231 N WESLEYAN BLVD
ROCKY MOUNT, NC 27804

CREDITOR ID: 244627-12
CAROLINA ELECTRICAL SUPPLY
356 MT GALLANT RD
ROCK HILL INDUSTRIAL PARK
ROCK HILL, SC 29730

CREDITOR ID: 2118-07
CAROLINA ENTERPRISES INC
PO BOX 13559
FLORENCE, SC 29504-3559

CREDITOR ID: 265556-31
CAROLINA ENVIRONMENTAL
ATTN: CLARENCE SALTER
180 FROST RD
NEWPORT NC 28570-4507

CREDITOR ID: 399671-YY
CAROLINA EXPRESS CARE PA
502 MCKNIGHT DRIVE
KNIGHTDALE NC 27545

CREDITOR ID: 244629-12
CAROLINA FLUID COMPONENT INC
PO BOX 890043
CHARLOTTE NC 28289-0043

CREDITOR ID: 244630-12
CAROLINA GENERATOR & CONTROL
445 W GROVER STREET
SHELBY, NC 28150

CREDITOR ID: 244631-12
CAROLINA GEORGIA SOUND INC
PO BOX 212453
AUGUSTA, GA 30917

CREDITOR ID: 244632-12
CAROLINA GOLF CARS
8740 WILKINSON BLVD
CHARLOTTE, NC 28214

CREDITOR ID: 244633-12
CAROLINA INDUSTRIAL PRODUCTS
1872 OLD DUNBAR RD
W COLUMBUA SC 29172

CREDITOR ID: 244634-12
CAROLINA INDUSTRIAL SYSTEMS
PO BOX 77183
GREENSBORO, NC 27417-7183

CREDITOR ID: 244636-12
CAROLINA INGREDIENTS INC
520 EAGLETON DOWNS DRIVE
SUITE D
PINEVILLE NC 28134

CREDITOR ID: 244637-12
CAROLINA LAWN & TRACTOR INC
4389 WADE HAMPTON BOULEVARD
TAYLORS, SC 29687

CREDITOR ID: 244638-12
CAROLINA MATERIAL HANDLING SERVICES
ATTN DENISE BAYNE, AR MGR
PO BOX 6
COLUMBIA, SC 29202

CREDITOR ID: 244639-12
CAROLINA MILK CARRIERS INC
116 HOPKINS DRIVE
PENDLETON SC 29670

CREDITOR ID: 244640-12
CAROLINA PACKERS INC
P.O. DRAWER 1109
SMITHFIELD, NC 27577

CREDITOR ID: 244641-12
CAROLINA PEACEMAKER
ATTN CULEY V KILIMANJARO
PO BOX 20853
GREENSBORO, NC 27420-0853

CREDITOR ID: 244642-12
CAROLINA PIPE CLEANING
PO BOX 1353
GRANITE QUARRY NC 28072

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 265557-31
CAROLINA PRGNNCY CARE FLLWSHIP
ATTN: AMY JONES
1101 MINERAL SPRINGS RD
CHARLOTTE NC 28262-4911

CREDITOR ID: 244643-12
CAROLINA REFRIGERATED TRANSPORT
PO BOX 1321
GAFFNEY SC 29342

CREDITOR ID: 244644-12
CAROLINA ROOFING INC
3761 EAST LAKE ROAD
DUNKIRK, NY 14048

CREDITOR ID: 244645-12
CAROLINA SECURITY AND FIRE INC
PO BOX 2045
SUMTER SC 29151

CREDITOR ID: 244646-12
CAROLINA SERVICES & INSTALLATION
206 SNOW ROAD
PELZER SC 29669

CREDITOR ID: 244647-12
CAROLINA SOUND COMMUNICATIONS
1941 SAVAGE RD SUITE 200G
CHARLESTON, SC 29407

CREDITOR ID: 244648-12
CAROLINA SWEEPER
PO BOX 8166
MYRTLE BEACH SC 29578-8166

CREDITOR ID: 406003-15
CAROLINA TELEPHONE & TELEGRAPH
C/O SPRINT LTD BANKRUPTCY DEPT
KSOPHT0101-Z2800
ATTN VANCE KATZER
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251-2800

CREDITOR ID: 244649-12
CAROLINA TIMES
PO BOX 3825
DURHAM, NC 27702

CREDITOR ID: 244650-12
CAROLINA TRACTOR EQUIPMENT
PO BOX 75054
CHARLOTTE, NC 28275-0054

CREDITOR ID: 244651-12
CAROLINA TRADER THE
PO BOX 849
FAYETTEVILLE, NC 28302

CREDITOR ID: 404320-95
CAROLINA TRADER THE
PO BOX 1887
FAYETTEVILLE NC 28302

CREDITOR ID: 244652-12
CAROLINA TREET INC
PO BOX 1017
WILMINGTON, NC 28402-1017

CREDITOR ID: 244653-12
CAROLINA TURKEYS
ATTN ROBIN MCSWAIN, CREDIT MGR
PO BOX 65859
CHARLOTTE, NC 28265-0001

CREDITOR ID: 244654-12
CAROLINA VIRGINIA DAIRY PRODS
PO BOX 3159
DURHAM, NC 27715

CREDITOR ID: 244655-12
CAROLINA WATER SERVICE INC
PO BOX 240908
CHARLOTTE, NC 28224-0908

CREDITOR ID: 374102-44
CAROLINA/VIRGINIA DAIRY PRODS.
PO BOX 3159
DURHAM, NC 27715

CREDITOR ID: 244656-12
CAROLINAS HEALTH CARE SYSTEM
PO BOX 601428
CHARLOTTE, NC 28260-1428

CREDITOR ID: 244657-12
CAROLINAS HOSPITAL SYSTEM
PO BOX 890051
CHARLOTTE NC 28289

CREDITOR ID: 265558-31
CAROLINE COUNTY DEPARTMENT
ATTN: MICHAEL FINCHUM
233 W BROADDUS AVE
BOWLING GREEN VA 22427-9407

CREDITOR ID: 244659-12
CAROLINE W MATTOS CLERK COURT
GREENVILLE COUNTY FAMILY COURT
PO BOX 757
GREENVILLE SC 29602-0757

CREDITOR ID: 244660-12
CAROLINIAN NEWSPAPER
ATTN PAUL R JERVAY, JR
PO BOX 25308
RALEIGH, NC 27611

CREDITOR ID: 244661-12
CAROLS HOMESTYLE BREAD
PO BOX 8682
ALEXANDRIA, LA 71306

CREDITOR ID: 244662-12
CAROLYN BISHOP
3590 N HIGHWAY 11
MANCHESTER KY 40962

CREDITOR ID: 381695-47
CAROMONT HEALTH
PO BOX 1747
2525 COURT DRIVE
GASTONIA, NC 28053-1747

CREDITOR ID: 385925-54
CARPENTER, BETTY
282 JAMES ST
CRESTVIEW, FL 32536-2118

CREDITOR ID: 406468-MS
CARPENTER, LARRY
4840 ROXBURY DR.
COLUMBUS GA 31907

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 407512-93
CARPENTER, MARION
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD
SUITE 1790
TAMPA FL 33602

CREDITOR ID: 386195-54
CARPENTER, MARION MARTIN
809 4TH AVENUE NORTH
ST. PETERSBURG, FL 33701

CREDITOR ID: 256031-12
CARPENTER, MELISSA
PO BOX 4614
BRYAN TX 77805

CREDITOR ID: 256285-12
CARPENTER, MICHELLE L
3311 RIDGE CREAT DRIVE
AUGUSTA GA 30907

CREDITOR ID: 406469-MS
CARPENTER, OTIS D.
258 HIDDEN LAKE COURT
MARIETTA GA 30068

CREDITOR ID: 244675-12
CARPET DESIGNS INC
4135 W NORTHSIDE DR
JACKSON MS 39209

CREDITOR ID: 244676-12
CARPET RENTALS INC
PO BOX 5386
STATESVILLE, NC 28687-5386

CREDITOR ID: 388222-54
CARPIO, MARIANA
2657 NW 57TH TERRACE
MARGATE FL 33063

CREDITOR ID: 244678-12
CARQUEST
PO BOX 65538
CHARLOTTE, NC 28265-0538

CREDITOR ID: 244677-12
CARQUEST
5669 EDDINS RD
MONTGOMERY, AL 36117

CREDITOR ID: 244679-12
CARQUEST AUTO PARTS
243 CATOMA ST
MONTGOMERY AL 36104

CREDITOR ID: 244680-12
CARQUEST OF MONTGOMERY #8342
ATTN KIM ENGLE, CR DEPT
3065A SELMA HIGHWAY
MONTGOMERY, AL 36107

CREDITOR ID: 244681-12
CARR FARMS
ATTN C H CARR AND BARRY D CARR
3199 PALMYRA ROAD
ALBANY GA 31707

CREDITOR ID: 244682-12
CARR PLUMBING INC
2611 S GALLATIN STREET
JACKSON MS 39204

CREDITOR ID: 385406-54
CARR, BARBARA
314 FRANK NELSON BLDG 205 N 20
BIRMINGHAM, AL 35203

CREDITOR ID: 390713-55
CARR, BARBARA
C/O ROBERT D. LEWIS
ROBERT D. LEWIS, P.C.
315 FRANK NELSON BUILDING
205 NORTH 20TH STREET
BIRMINGHAM AL 35203

CREDITOR ID: 382434-51
CARRADO, JAMES
1152 EAGLE POINT DRIVE
ST. AUGUSTINE, FL 32092

CREDITOR ID: 397966-76
CARRAL, ALVIN
12147 HWY. 1048
ROSELAND, LA 70454

CREDITOR ID: 392398-55
CARRAL, ALVIN
C/O THOMAS HOGAN, JR
HOGAN AND HOGAN
301 E CHURCH ST
HAMMOND LA 70401

CREDITOR ID: 397863-76
CARRAL, ALVIN
2147 HWY 1045
ROSELAND, LA 70456

CREDITOR ID: 393516-55
CARRANZA, LUIS
C/O: JUSTICE CAMPBELL
101 NORTH MCDOWELL STREET
SUITE 114
CHARLOTTE NC 28204

CREDITOR ID: 376533-44
CARRARO, PATRICK
POM DIV
7363 WESCOTT TERRACE
LAKE WORTH, FL 33467

CREDITOR ID: 386067-54
CARRASQUILLO, LUZ
337 DANDY DRIVE
KISSIMMEE, FL 34741

CREDITOR ID: 391264-55
CARRASQUILLO, LUZ
C/O: LUIS F. VEGA ALICEA, P. A.
LUIS F. VEGA ALICEA, P.A.
874 TOWNE CENTER DRIVE
KISSIMMEE FL 34759

CREDITOR ID: 259546-12
CARRAZANA, RICARDO JESUS
1288 WEST 29 STREET, APT 14
HIALEAH, FL 33012

CREDITOR ID: 387240-54
CARRIAZO, MARLENY
3662 S.W. 8TH STREET, SUITE 21
MIAMI, FL 33135

CREDITOR ID: 391828-55
CARRIAZO, MARLENY
C/O: ANGEL L. GIMENEZ, ESQUIRE
ANGEL L. GIMENEZ, P.A.
3663 SW 8TH STREET, SUITE 214
MIAMI FL 33135

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 244692-12
CARRIER COMMERCIAL
7037-26 COMMONWEALTH AVE
JACKSONVILLE FL 32220

CREDITOR ID: 244694-12
CARRIER CORPORATION
PO BOX 905707
CHARLOTTE NC 28290

CREDITOR ID: 374112-44
CARRIER ENTERPRISES LLC
P O BOX 406736
ATLANTA, GA 30384

CREDITOR ID: 374111-44
CARRIER ENTERPRISES LLC
CARRIER SOUTH CENTRAL
P O BOX 730839
DALLAS, TX 75373

CREDITOR ID: 244695-12
CARRIER FLORIDA
PO BOX 905265
CHARLOTTE, NC 28290-5265

CREDITOR ID: 244696-12
CARRIER MIDSOUTH
PO BOX 905707
CHARLOTTE, NC 28290

CREDITOR ID: 244697-12
CARRIER NORTH CAROLINA
PO BOX 905957
CHARLOTTE, NC 28290-5957

CREDITOR ID: 244698-12
CARRIER SALES & DISTRIBUTION
ATTN RON REITLER
PO BOX 668109
CHARLOTTE, NC 28266

CREDITOR ID: 244699-12
CARRIER SOUTH CENTRAL
PO BOX 730307
DALLAS, TX 75373-0307

CREDITOR ID: 386914-54
CARRIER, ELIZABETH
8620 SW 86TH COURT
MIAMI FL 33143

CREDITOR ID: 247159-12
CARRIGEE, CRAIG S
PO BOX 2474
MSU MS 39762

CREDITOR ID: 316026-41
CARRINGTON, FRANCIS
ATTN RICHARD DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 315816-40
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 387658-54
CARRION, JOSE A
14206 SW 88TH AVENUE
APT A
MIAMI FL 33176

CREDITOR ID: 243417-12
CARRISON, BETTY C
C/O ALICIA B GRANT GUARDIAN
PO BOX 31
ORTEGA STATION
JACKSONVILLE FL 32210

CREDITOR ID: 315758-40
CARROLL & CARROLL REAL ESTATE
PO BOX 4668
JACKSON, MS 39216

CREDITOR ID: 265559-14
CARROLL CNTY PROPERTY ASSESSOR
ATTN: JOHNNY RADFORD
105 HIGH ST
HUNTINGDON TN 38344-3203

CREDITOR ID: 317404-42
CARROLL COUNTY TAX COMMISSIONER
423 COLLEGE ST RM 401
CARROLLTON GA 30117-3142

CREDITOR ID: 403517-15
CARROLL FULMER LOGISTICS CORP.
ATTN DAN BROWN
8340 AMERICAN WAY
GROVELAND FL 34736

CREDITOR ID: 381003-47
CARROLL FULMER LOGISTICS CORPORATION
PO BOX 850001
ORLANDO, FL 32885-0333

CREDITOR ID: 244703-12
CARROLL MANUFACTURING & SALES
26200 FIRST STREET
WESTLAKE OH 44145

CREDITOR ID: 399479-82
CARROLL, CARRIE
3610 POWDER SPRINGS ROAD
POWDER  SPRINGS  GA 30127

CREDITOR ID: 245082-12
CARROLL, CHARLIE L
2030 TURTLE POINT DRIVE
RALEIGH, NC 27604

CREDITOR ID: 406470-MS
CARROLL, JAMES M.
1 LAS OLAS CIRCLE #412
FT. LAUDERDALE FL 33316

CREDITOR ID: 406471-MS
CARROLL, JAMES R.
445 KINNARD MILL RD.
HAZEL GREEN AL 35750

CREDITOR ID: 388579-54
CARROLL, MICHAEL
ROUTE #3
BOX 815
MADISON FL 32340

CREDITOR ID: 376740-44
CARROLL, RENEE
MTG DIV 423
P O BOX 6714
BANKS, AL 36005

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381610-47<br>CARROLL, THOMAS H<br>8552 WINDSOR DR<br>MIRAMAR, FL 33025 | CREDITOR ID: 399480-82<br>CARROLL, TINA<br>505 CORNELL AVENUE<br>MELBOURNE  FL 32901 | CREDITOR ID: 406472-MS<br>CARROLL, WALTER E.<br>P.O. BOX 516<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 265560-31<br>CARROLLS CREEK WATER AUTHORITY<br>ATTN: LOUIS LAMBERT<br>14462 FIREHOUSE RD<br>NORTHPORT AL 35475-3403 | CREDITOR ID: 244704-12<br>CARRY TRANSIT<br>DEPT 77-52189<br>CHICAGO IL 60678-2189 | CREDITOR ID: 269606-19<br>CARTAGENA, PEDRO<br>C/O THOMAS J PILACEK & ASSOCIATES<br>ATTN THOMAS J PILACEK, ESQ<br>5844 RED BUG LAKE RD<br>WINTER SPRINGS FL 32708 |
| CREDITOR ID: 397822-76<br>CARTAGENA, PEDRO<br>P. O. BOX 555355<br>ORLANDO, FL 32855 | CREDITOR ID: 244709-12<br>CARTER PUBLISHING COMPANY<br>PO BOX 337<br>KERNERSVILLE, NC 27285 | CREDITOR ID: 244710-12<br>CARTER RENTAL<br>1824 SOUTH PATTERSON STREET<br>VALDOSTA GA 31601 |
| CREDITOR ID: 244711-12<br>CARTER THERMO KING INC<br>4949 NORTH ORANGE BLOSSOM TRL<br>ORLANDO, FL 32810 | CREDITOR ID: 392217-55<br>CARTER, ANDREW III (MINOR)<br>C/O: RICHARD W. RENO, P.A.<br>RICHARD W. RENO, P.A.<br>P. O. BOX 368<br>CRAWFORDVILLE FL 32326-0368 | CREDITOR ID: 386557-54<br>CARTER, ANTHONY<br>7528 PHEASENT RUN DRIVE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 385819-54<br>CARTER, AUDIE<br>609 EXECUTIVE DRIVE<br>APT 406<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 391079-55<br>CARTER, AUDIE<br>C/O: GREGG R. WEXLER<br>GREGG WEXLER<br>1663 S. CONGRESS AVE<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 388609-54<br>CARTER, AUDREY<br>PO BOX 1362<br>MARS HILL NC 28754 |
| CREDITOR ID: 243418-12<br>CARTER, BETTY<br>550 DARBY CR # 7<br>LEXINGTON, KY 40509 | CREDITOR ID: 244258-12<br>CARTER, BYRON<br>1470 BOLTEN ROAD<br>ATLANTA GA 30331 | CREDITOR ID: 406473-MS<br>CARTER, JAMES D.<br>4713 NADINE<br>FT. WORTH TX 76117 |
| CREDITOR ID: 388857-54<br>CARTER, MATT<br>2802 PIONEER RD<br>LOUISVILLE KY 40216 | CREDITOR ID: 258489-12<br>CARTER, PHYLLIS<br>88 KING COURT<br>BREWTON, AL 36426 | CREDITOR ID: 390447-54<br>CARTER, SENETTA W<br>7788 EMBASSY BLVD<br>MIRAMAR, FL 33023 |
| CREDITOR ID: 392579-55<br>CARTER, SENETTA W<br>C/O: BOLTON & GROSS<br>801 N.E. 167TH ST  2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 386825-54<br>CARTER, THELMA<br>4408 GATE LANE<br>JACKSONVILLE FL 32226 | CREDITOR ID: 385991-54<br>CARTER, THOMAS A<br>2165 87TH AVE<br>VERO BEACH, FL 32966 |
| CREDITOR ID: 264882-12<br>CARTER, WILLIE<br>882 COUNTRY ROAD 306<br>SELMA, AL 36701 | CREDITOR ID: 385216-54<br>CARTER, WILLIE<br>2625 BEGONIA RD<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 390524-55<br>CARTER, WILLIE<br>C/O: SEAN PITTMAN, ESQUIRE<br>PITTMAN LAW GROUP, LLC<br>215 SOUTH MONROE STREET<br>SUITE 130<br>TALLAHASSEE FL 32301 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

CREDITOR ID: 244714-12
CARTER-HUBBARD PUBLISH
PO BOX 70
NORTH WILKESBORO NC 28659-0070

CREDITOR ID: 384036-47
CARTER-HUBBARD PUBLISHING CO INC
711 MAIN STREET
PO BOX 70
NORTH WILKESBORO, NC 28659

CREDITOR ID: 244713-12
CARTER'S WHOLESALE MEATS
323 FIRE TOWER ROAD NE
ORANGEBURG, SC 29118-1468

CREDITOR ID: 244716-12
CARTERSVILLE NEWSPAPERS
ATTN SANDRA MOORE, A/R CLERK
PO BOX 70
CARTERSVILLE, GA 30120-0070

CREDITOR ID: 279160-33
CARTHAGE CUP
505 E COTTON
CARTHAGE TX 75633

CREDITOR ID: 404322-95
CARTHAGE CUP COMPANY
P O BOX 910825
DALLAS TX 75391-0825

CREDITOR ID: 244717-12
CARTHAGE CUP COMPANY
PO BOX 95000-1190
PHILADELPHIA, PA 19195-1190

CREDITOR ID: 279127-32
CARTHAGE CUP, LP
C/O DRINKER BIDDLE & REATH LLP
ATTN:  ANDREW C. KASSNER
140 BROADWAY, 39TH FLOOR
NEW YORK NY 10005-1116

CREDITOR ID: 244718-12
CARTMASTERS
ATTN JODY JOHNSON, OWNER
PO BOX 881
DUNLAP TN 37327

CREDITOR ID: 244719-12
CARTON SALES MFG CO
ATTN GILBERT H BECKER, VP
PO BOX 680519
MIAMI, FL 33168-0519

CREDITOR ID: 244720-12
CARTRIDGE IPT
2659 FREEDOM PKWY
SUITE 143
CUMMING, GA 30041

CREDITOR ID: 244721-12
CARTS & BUGGIES LLC
3120 WETUMPKA HWY
MONTGOMERY, AL 36110

CREDITOR ID: 244722-12
CARTS & PARTS
8525 SW 2ND STREET
OKLAHOMA CITY, OK 73128

CREDITOR ID: 381796-15
CARTTRONICS
ATTN BRIDGET MARSH, OFF MGR
2042 CORTE DEL NOGAL SUITE C
CARLSBAD CA 92009

CREDITOR ID: 265561-31
CARTWRIGHT CREEK UTILITY CO
ATTN: REESE SMITH
2033 RICHARD JONES RD
NASHVILLE TN 37215-2801

CREDITOR ID: 244724-12
CARVEL ICE CREAM BAKERY
C/O CARVEL CORPORATION
ATTN DENISE E RAGOZZINO, CR MGR
175 CAPITAL BLVD, SUITE 400
ROCKY HILL CT 06067-3914

CREDITOR ID: 389724-54
CARVER, RENEE
1074 MACCO RD.
COCOA FL 32927

CREDITOR ID: 393353-55
CARVER, RENEE
C/O WOHN & MCKINLEY PA
ATTN ROBERT A WOHN ESQ
960 N COCOA BLVD
PO BOX 1450
COCOA FL 32923-1450

CREDITOR ID: 399798-84
CARVER, VERNON S
301 HIGHLANDS WOOD DR
FRANKLIN NC 28734

CREDITOR ID: 262780-12
CARY NEWS, THE
PO BOX 4949
CARY, NC 27519-4949

CREDITOR ID: 244726-12
CASA DE SUE WINERY
C/O MANDLY OR JOE CAZEDESSUS
14316 HATCHER ROAD
CLINTON, LA 70722

CREDITOR ID: 244727-12
CASA HERRERA INC
2655 N PINE STREET
POMONA CA 91767

CREDITOR ID: 244728-12
CASABAR INC
42 COURT ST  STE#3
MORRISTOWN NJ 07960

CREDITOR ID: 279212-35
CASCADES TISSUE GROUP
ATTN: JEAN P BREAULT
1200 FOREST ST
EAU CLAIRE WI 54703

CREDITOR ID: 244729-12
CASCADES TISSUE GROUP
DEPT # 234801
PO BOX 67000
DETROIT, MI 48267-2348

CREDITOR ID: 388872-54
CASCHETTA, MARIE
1989 BIG OAK DR
SOUTH DAYTONA, FL 32119

CREDITOR ID: 392802-55
CASCHETTA, MARIE
C/O BOGIN, MUNNS & MUNNS
ATTN MARK A MATOVINA, ESQ
687 BEVILLE RD, SUITE A
SOUTH DAYTONA FL 32119-1951

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244730-12<br>CASE PARTS COMPANY<br>877 MONTEREY PASS RD<br>MONTEREY PARK, CA 91754 | CREDITOR ID: 247561-12<br>CASE, DANIEL H & CAROL H<br>2040 AHUALANI PLACE<br>HONOLULU, HI 96822 | CREDITOR ID: 1247-07<br>CASE, DANIEL H. AND CAROL H. CASE<br>2040 AHUALANI PLACE<br>HONOLULU HI 96822 |
| CREDITOR ID: 388569-54<br>CASE, ELIZABETH E<br>910 43RD STREET W<br>BRADENTON FL 34209 | CREDITOR ID: 392635-55<br>CASE, ELIZABETH E<br>C/O JARY STREITWIESER<br>74 CRABAPPLE LANE<br>ASHVILLE NC 28804 | CREDITOR ID: 385821-54<br>CASE, ROBERT<br>C/O BOERNER LAW FIRM, PC<br>ATTN WILLIAM D BOERNER, ESQ<br>PO BOX 205<br>BROOKHAVEN MS 39602 |
| CREDITOR ID: 385821-54<br>CASE, ROBERT<br>1248 DUNCAN TRAIL<br>BROOKHAVEN, MS 39601 | CREDITOR ID: 406187-15<br>CASEY, JANE N<br>7011 SHERWOOD DR<br>KNOXVILLE TN 37919 | CREDITOR ID: 406317-15<br>CASEY, MICHAEL E<br>C/O WACHOVIA SECURITIES, LLC<br>8351 E WALKER SPRINGS LANE, SUITE 4<br>KNOXVILLE TN 37923 |
| CREDITOR ID: 397864-76<br>CASH, TRISH M.<br>2978 ARMSTRONG STREET<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 386733-54<br>CASHDOLLAR, EDITH<br>5104 DUCK TOWN RD<br>ZUNI VA 23898 | CREDITOR ID: 244732-12<br>CASHIER DEPT OF COMM AFFAIRS<br>STATE EMERGENCY<br>RESPONSE COMMISSION<br>2555 SHUMARD OAK BLVD<br>TALLAHASSEE FL 32399-2100 |
| CREDITOR ID: 394300-56<br>CASHMAN, RICHARD<br>431 ROTONDA CIRCLE<br>ROTONDA WEST FL 33947 | CREDITOR ID: 244733-12<br>CASHRM<br>PO BOX 36156<br>CHARLOTTE NC 28236 | CREDITOR ID: 386395-54<br>CASIANO, HENRY<br>566 SPUCE STREET NW<br>PORT CHARLOTTE FL 33952 |
| CREDITOR ID: 406064-15<br>CASKEY, LARRY M<br>1719 LAMBTON AVENUE<br>WAKE FOREST NC 27587 | CREDITOR ID: 390082-54<br>CASON, LINDA<br>2907 ARAPAHOE ST<br>LAKE CITY, FL 32055 | CREDITOR ID: 393538-55<br>CASON, LINDA<br>C/O: PATRICK CARR<br>PATRICK A. CARR<br>920 BLACKSTONE BLDG.<br>233 E. BAY ST.<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 244734-12<br>CASS HIGH SCHOOL<br>PO BOX 200876<br>CARTERSVILLE GA 30120-9017 | CREDITOR ID: 2119-07<br>CASS REALTY GROUP, INC.<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1177-RJ<br>CASSELSQUARE LLC<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 244735-12<br>CASSELSQUARE LLC<br>C/O SOUTHERN MANAGEMENT & DEVELOPME<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 387572-54<br>CASSISTA, DANIEL<br>3875 S SAN PABLO RD #707<br>JACKSONVILLE FL 32224 | CREDITOR ID: 392070-55<br>CASSISTA, DANIEL<br>C/O MELANIE J. GELLER, ESQ<br>HARRELL & JOHNSON, P.A.<br>1809 ART MUSEUM DRIVE, STE 203<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 244736-12<br>CASTANO FOODS INC<br>PO BOX 206<br>NICHOLASVILLE KY 40340-0206 | CREDITOR ID: 244737-12<br>CASTAY INC<br>PO BOX 597<br>LAPLACE LA 70069-0597 | CREDITOR ID: 244738-12<br>CASTELLINI COMPANY<br>PO BOX 721610<br>NEWPORT KY 41072-1610 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248350-12<br>CASTELLUCCIO, DONNA<br>546 MARGORIE DRIVE<br>CINCINNATI, OH 45244 | CREDITOR ID: 244739-12<br>CASTER WAREHOUSE INC<br>4405 BUSINESS PARK COURT<br>LILBURN GA 30047 | CREDITOR ID: 245089-12<br>CASTER, CHARLIN D<br>3701 OLD COACH ROAD<br>RALEIGH NC 27616 |
| CREDITOR ID: 381049-47<br>CASTILLO, CARLOS<br>15324 SW 178 STREET<br>MIAMI, FL 33187 | CREDITOR ID: 244852-12<br>CASTILLO, CELIA<br>4051 SW 59TH AVENUE<br>HOLLYWOOD FL 33023 | CREDITOR ID: 389499-54<br>CASTILLO, ELVIS M<br>2612 W. ST. JOHN ST.<br>TAMPA, FL 33607 |
| CREDITOR ID: 393184-55<br>CASTILLO, ELVIS M<br>C/O MAGRO LAW FIRM<br>ATTN JAMY MAGRO, ESQ<br>669 FIRST AVENUE NORTH<br>ST PETERSBURG FL 33701 | CREDITOR ID: 386075-54<br>CASTILLO, JANIE<br>1323 SANDPIPER LANE<br>LANTANA, FL 33462 | CREDITOR ID: 391271-55<br>CASTILLO, JANIE<br>C/O: TODD FRONRATH ESQ<br>LYTAL, RETTER, CLARK, FOUNTAIN WILLIAMS<br>NORTHRIDGE CENTER 10TH FLOOR<br>515 N. FLAGER DRIVE<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 389198-54<br>CASTILLO, JOSE L<br>26900 SW 144 CT<br>NARANJA, FL 33032 | CREDITOR ID: 385159-54<br>CASTILLO, JUAN SR<br>2612 W. ST. JOHN ST.<br>TAMPA, FL 33607 | CREDITOR ID: 390508-55<br>CASTILLO, JUAN SR<br>C/O MAGRO LAW FIRM, PA<br>ATTN JAMY MAGRO, ESQ<br>669 FIRST AVENUE NORTH<br>ST PETERSBURG FL 33701 |
| CREDITOR ID: 406474-MS<br>CASTILLO, ROBIN E<br>10908 NW 12TH COURT<br>PLANTATION FL 33322-6926 | CREDITOR ID: 388589-54<br>CASTILLO, SYLVIA<br>9841 SAN LEA<br>DALLAS TX 75228 | CREDITOR ID: 392647-55<br>CASTILLO, SYLVIA<br>C/O: JANET BOOKER<br>ROGERS, BOOKER & TREVINO<br>901 WATERFALL WAY, #105<br>RICHARDSON TX 75080 |
| CREDITOR ID: 244740-12<br>CASTLE DECORATIONS<br>1360 SW 181 AVENUE<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 244741-12<br>CASTLEBERRYS FOOD COMPANY<br>PO BOX 532026<br>ATLANTA, GA 30353-2026 | CREDITOR ID: 404323-95<br>CASTLEBERRYS FOOD COMPANY<br>ADVANTAGE SALES & MARKETING<br>7900 BELFORT PARKWAY<br>SUITE 100<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 378296-15<br>CASTLEBERRY'S FOOD COMPANY<br>ATTN CFO<br>PO BOX 1010<br>AUGUSTA GA 30903 | CREDITOR ID: 244742-12<br>CASTLENORTH CORPORATION<br>PO BOX 357<br>PINELLAS PARK FL 33780 | CREDITOR ID: 244743-12<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FT LAUDERDALE, FL 33307 |
| CREDITOR ID: 1178-07<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FORT LAUDERDALE, FL 33307 | CREDITOR ID: 390097-54<br>CASTON, PATRICIA<br>7710 OLD POLK CITY ROAD<br>LAKELAND, FL 33809 | CREDITOR ID: 393553-55<br>CASTON, PATRICIA<br>C/O LAW OFFICE OF BURNETTI, PA<br>ATTN DEAN BURNETTI, ESQ<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 |
| CREDITOR ID: 391128-55<br>CASTRO, ALMA J<br>C/O: JEAN E. LAVIDALIE, JR<br>RIGUER J. SILVA<br>4902 CANAL ST., STE 201<br>NEW ORLEANS LA 70119 | CREDITOR ID: 385880-54<br>CASTRO, ALMA J<br>3225 IBERVILLE STREET<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 394116-56<br>CASTRO, DAISY (MINOR)<br>5766 SHENANDOAH WAY, APT B<br>ORLANDO, FL 32807 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400327-85<br>CASTRO, DAISY (MINOR)<br>C/O MARK A. ARIAS, ESQUIRE<br>MARK A ARIAS, ESQ<br>6220 S ORANGE BLOSSOM TRL<br>SUITE 161<br>ORLANDO FL 32809 | CREDITOR ID: 385606-54<br>CASTRO, GUILLERMO<br>5286 COMMANDER DRIVE, APT 206<br>ORLANDO, FL 32822 | CREDITOR ID: 407541-15<br>CASTRO, GUILLERMO<br>C/O LAW OFFICE OF PIERCY J STAKELUM<br>ATTN PIERCY J STAKELUM ESQ<br>522 EAST WASHINGTON STREET<br>ORLANDO FL 32801 |
| CREDITOR ID: 390897-55<br>CASTRO, GUILLERMO<br>C/O: PIERCY J STAKELUM ESQ<br>THE LAW OFFICES OF PIERCY J STAKELUM<br>203 EAST LIVINGSTON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 388511-54<br>CASTRO, MADELINE<br>7250 STIRLING RD, APT 205<br>DAVIE, FL 33312 | CREDITOR ID: 392591-55<br>CASTRO, MADELINE<br>C/O: RODRIGO L. SAAVEDRA<br>LAW OFFICES RODRIGO SAAVEDRA JR PA<br>3000 N. FEDERAL HWY.<br>BLDG. TWO, SUITE 200<br>FT. LAUDERDALE FL 33306 |
| CREDITOR ID: 244744-12<br>CASTROL CONSUMER NORTH AMERICA INC<br>12276 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 374122-44<br>CASTROL INC<br>12276 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 244745-12<br>CAT CAT LAWN SERVICE<br>106 E LONGLEAF DRIVE<br>SYLVESTER, GA 31791 |
| CREDITOR ID: 244746-12<br>CATAHOULA ELEMENTARY<br>1016A CATAHOULA SCH HWY<br>ST MARTINVILLE, LA 70582 | CREDITOR ID: 265562-14<br>CATAHOULA PARISH ASSESSOR OFF<br>ATTN: CARMON F WALKER<br>301 BUSHLEY ST RM 102<br>HARRISONBURG LA 71340 | CREDITOR ID: 387247-54<br>CATALANOTTO, JOANN<br>C/O JEFFREY S. JOHNSON<br>PO BOX 3045, 900 W. THOMAS ST.<br>HAMMOND, LA 70404 |
| CREDITOR ID: 383101-51<br>CATALINA HEALTH RESOURCE, INC<br>ATTN JUSTIN A SUMMER<br>200 CARILLON PARKWAY<br>ST PETERSBURG FL 33716 | CREDITOR ID: 244748-12<br>CATALINA MARKETING CORP<br>PO BOX 917183<br>ORLANDO FL 32891-7183 | CREDITOR ID: 244747-12<br>CATALINA MARKETING CORP<br>PO BOX 620000<br>ORLANDO, FL 32891-8484 |
| CREDITOR ID: 244749-12<br>CATALOG SALES<br>PO BOX 78000<br>DEPT 78058<br>DETROIT, MI 48278-0058 | CREDITOR ID: 404324-95<br>CATALOG SALES<br>ATTN MARCIA MILLER<br>50 MAPLEHURST DR<br>BROWNSBURG IN 46112 | CREDITOR ID: 383028-51<br>CATALYST RX<br>851 S RAMPART BLVD, SUITE 110<br>LAS VEGAS, NV 89147 |
| CREDITOR ID: 244750-12<br>CATALYTIC GENERATORS INC<br>1185 PINERIDGE RD<br>NORFOLK, VA 23502-2095 | CREDITOR ID: 265563-31<br>CATAWBA COUNTY PLANNING & PARK<br>ATTN: JACKY EUBANKS<br>100 SOUTHWEST BLVD BLDG A<br>NEWTON NC 28658-3901 | CREDITOR ID: 244752-12<br>CATAWBA COUNTY TAX COLLECTOR<br>PO BOX 580477<br>PROPERTY TAX<br>CHARLOTTE, NC 28258-0477 |
| CREDITOR ID: 244751-12<br>CATAWBA COUNTY TAX COLLECTOR<br>PO BOX 368<br>NEWTON NC 28658-0368 | CREDITOR ID: 265564-31<br>CATAWBA RGNAL CNCIL GVERNMENTS<br>ATTN: HAROLD S SHAPIRO<br>215 HAMPTON ST<br>ROCK HILL SC 29730-4511 | CREDITOR ID: 265565-31<br>CATAWBA RIVER WATER PLANT<br>ATTN: MIKE BAILES<br>5107 RIVERSIDE RD<br>VAN WYCK SC 29744 |
| CREDITOR ID: 244753-12<br>CATAWBA VALLEY COMMUNITY COLLEGE<br>2250 HWY 70 SE<br>ATTN BUSINESS OFFICE<br>HICKORY NC 28602-9699 | CREDITOR ID: 244754-12<br>CATAWBA VALLEY MEDICAL CENTER<br>PO BOX 890041<br>CHARLOTTE, NC 28289-0041 | CREDITOR ID: 244755-12<br>CATELLI BROTHERS<br>PO BOX 393<br>SOLEBURY, PA 18963 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404325-95<br>CATELLI BROTHERS<br>PO BOX 827151<br>PHILADELPHIA PA 19182 | CREDITOR ID: 244757-12<br>CATHEDRAL ARTS PROJECT INC<br>256 EAST CHURCH STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 244758-12<br>CATHEDRAL CARMEL SCHOOL<br>848 ST JOHN<br>LAFAYETTE, LA 70501 |
| CREDITOR ID: 244772-12<br>CATHERINE WILLIAMS<br>4901 MEXICO STREET<br>NEW ORLEANS LA 70126 | CREDITOR ID: 2120-07<br>CATHI GALPIN, PROPERTY MANGER<br>EDENS & AVANT SOUTHEAST L.P<br>1400 E. SHOTWELL STEET<br>BAINBRIDGE GA 39819 | CREDITOR ID: 244773-12<br>CATHLEEN SCOTT P A<br>120 SOUTH OLIVE AVENUE<br>SUITE 504<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 244774-12<br>CATHOLIC HIGH SCHOOL<br>1301 DELASALLE DR<br>NEW IBERIA, LA 70560 | CREDITOR ID: 244775-12<br>CATHOLIC HOSPICE<br>14160 PALMETTO FRONTAGE ROAD<br>SUITE 100<br>MIAMI LAKE FL 33016 | CREDITOR ID: 244776-12<br>CATHOLIC OF POINTE COUPEE<br>PO BOX 8<br>NEW ROADS, LA 70760 |
| CREDITOR ID: 244777-12<br>CATHY AND EDWARD BARNES<br>383 MARK WELBORN ROAD<br>SOMERSET KY 42503 | CREDITOR ID: 390096-54<br>CATLI, BARBARA<br>4632 NW 114TH AV<br>UNIT 812<br>MIAMI, FL 33178 | CREDITOR ID: 393552-55<br>CATLI, BARBARA<br>C/O: RODOLFO LINARES<br>RODOLFO LINARES<br>370 MINORCA AVENUE<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 265566-14<br>CATO INSTITUTE<br>ATTN: DOUG BANDOW<br>7901 CLIFF ROCK CT<br>SPRINGFIELD VA 22153-2501 | CREDITOR ID: 265567-31<br>CATOOSA COUNTY PLG & ZONING<br>ATTN: DENNY MALONE<br>184 TIGER TRL<br>RINGGOLD GA 30736-2027 | CREDITOR ID: 244788-12<br>CATTARAUGUS COUNTY SCU<br>PO BOX 15304<br>ALBANY, NY 12212-5304 |
| CREDITOR ID: 406475-MS<br>CAUDILL, H.C.<br>200 SAUNDERS FERRY RD., SUITE 1305<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 265568-31<br>CAULEY CREEK WTR RCLMATION LLC<br>ATTN: RONALD GREEN<br>7225 BELL RD<br>DULUTH GA 30097-1811 | CREDITOR ID: 402476-89<br>CAULEY, DONNIE B.<br>202 WILDMARSH RD.<br>PIEDMONT SC 39673 |
| CREDITOR ID: 406476-MS<br>CAULEY, DONNIE B.<br>7724 KINGSTON DRIVE<br>WAXHAM NC 28173 | CREDITOR ID: 406477-MS<br>CAUSEY, JOHN H.<br>1908 ROSEMONT ST.<br>SALISBURY NC 28144 | CREDITOR ID: 400623-91<br>CAUSEY, THOMAS W<br>324 MELODY DR<br>JESUP GA 31545 |
| CREDITOR ID: 388805-54<br>CAVADIAS, SANDY P<br>3609 ROCKWAY DR<br>HOLIDAY, FL 34691 | CREDITOR ID: 392760-55<br>CAVADIAS, SANDY P<br>C/O: MICHAEL F. HANCOCK<br>HANCOCK & HANCOCK<br>2811 W. KENNEDY BLVD.<br>TAMPA FL 33609 | CREDITOR ID: 244789-12<br>CAVALRY SPV II LLC<br>C/O PATRICK A CAREY ESQ<br>PO BOX 574226<br>ORLANDO, FL 32857-4226 |
| CREDITOR ID: 244790-12<br>CAVATAIOS PRODUCE<br>PO BOX 828<br>POPLARVILLE MS 39470 | CREDITOR ID: 404327-95<br>CAVENDISH FARMS<br>PO BOX 4246<br>BOSTON MA 02211-0001 | CREDITOR ID: 244791-12<br>CAVENDISH FARMS<br>PO BOX 711892<br>CINCINNATI, OH 45271-1892 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279092-99<br>CAVENDISH FARMS<br>C/O LAW OFFICES OF KEATON & ASSOC<br>ATTN:  MARY E. GARDNER, ESQ.<br>1278 W NORTHWEST HWY, SUITE 903<br>PATATIEN IL 60067 | CREDITOR ID: 407695-15<br>CAVENDISH FARMS / IRVING TISSUE<br>C/O KEATON & ASSOCIATES, PC<br>ATTN MARY E GARDNER ESQ<br>1278 W NORTHWEST HWY SUITE 903<br>PALATINE IL 60067 | CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA |
| CREDITOR ID: 244792-12<br>CAVERT WIRE  CO INC<br>PO BOX 73333<br>CLEVELAND, OH 44193 | CREDITOR ID: 386215-54<br>CAVES, MACKY<br>150 BETHEL RD.<br>DOUGLAS GA 31535 | CREDITOR ID: 391356-55<br>CAVES, MACKY<br>C/O: DOUGLAS W. MITCHELL III<br>DOUGLAS W. MITCHELL III<br>423 EAST WARD STREET<br>P O BOX 1274 (31534)<br>DOUGLAS GA 31533 |
| CREDITOR ID: 395399-64<br>CAVIN, MARGARET M.<br>3611 RICHMOND STREET<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 386845-54<br>CAVITT, DEBBIE<br>8927 WINGS WAY<br>HIXSON TN 37343 | CREDITOR ID: 265569-31<br>CAVITTS CREEK LAKE<br>ATTN: MARCUS JEWLL<br>315 SCHOOL ST<br>TAZEWELL VA 24651-1398 |
| CREDITOR ID: 387220-54<br>CAWLEY, DIONISIA<br>395 E WISCONSIN AVE<br>ORANGE CITY, FL 32763 | CREDITOR ID: 391808-55<br>CAWLEY, DIONISIA<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN MARK A MATOVINA, ESQ<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 388587-54<br>CAWLEY, MAUDRINE<br>2101 GENEVA HWY<br>LOT 48<br>ENTERPRISE AL 36330 |
| CREDITOR ID: 392646-55<br>CAWLEY, MAUDRINE<br>C/O: RICHARD E. CRUM, ESQ.<br>COBB, SHEALY & CRUM, P.A.<br>206 NORTH LENA STREET<br>P. O. BOX 6346<br>DOTHAN AL 36302 | CREDITOR ID: 244794-12<br>CAWY BOTTLING CO INC.<br>2440 NW 21ST TER<br>MIAMI, FL 33142-7109 | CREDITOR ID: 316153-40<br>CAYCE MARKETPLACE LP<br>C/O FRASTELL PROPERTY MGMT REN<br>130 BLOOR STREET W<br>TORONTO, ON<br>CANADA |
| CREDITOR ID: 1179-RJ<br>CAYCE MARKETPLACE LP<br>C/O FRASTELL PROPERTY MGMT REN<br>130 BLOOR STREET W<br>TORONTO ON<br>CANADA | CREDITOR ID: 244796-12<br>CAYCE MARKETPLACE PARTNERS LP<br>C/O CURSOR PROPERTIES RENT ACCTW<br>PO BOX 26785<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-6785 | CREDITOR ID: 315967-41<br>CAYCE MARKETPLACE PARTNERS LP<br>SUITE 1200, 130 BLOOR STREET W<br>TORONTO ON M5SIN5<br>CANADA |
| CREDITOR ID: 278622-24<br>CAYCE MARKETPLACE PARTNERS, LP<br>NATIONSBANK NA<br>210 WEST 10TH STREET<br>6TH FLOOR<br>KANSAS CITY MO 64105 | CREDITOR ID: 278429-24<br>CAYCE MARKETPLACE PARTNERS, LP<br>130 BLOOR STREET WEST<br>SUITE 1200<br>TORONTO ON M5S 1N5<br>CANADA | CREDITOR ID: 399942-84<br>CAYLOR, MIRIAM<br>544 SATIN WOOD<br>KEY BISCAYNE FL 33149 |
| CREDITOR ID: 400349-85<br>CAYLOR, MIRIAM<br>C/O ELWOOD T LIPPINCOTT JR, PA<br>ATTN ELWOOD T LIPPINCOTT JR, ESQ<br>370 MINORCA AVENUE, SUITE 16<br>CORAL GABLES FL 33134 | CREDITOR ID: 399672-YY<br>CAYTONS TOWING SERVICE<br>1720 FREEWAY DRIVE<br>REIDSVILLE NC 27320 | CREDITOR ID: 244797-12<br>CAYUGA PRODUCE INC<br>8558 ROUTE 90<br>KING FERRY, NY 13081 |
| CREDITOR ID: 244853-12<br>CAYWOOD, CELIA F<br>2585 CORAL WAY W<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 244798-12<br>CB & T BANK OF MIDDLE GA<br>PO BOX 2107<br>1444 WATSON BLVD<br>WARNER ROBINS GA 31093 | CREDITOR ID: 244289-12<br>CB FLEET CO<br>PO BOX 79119<br>BALTIMORE, MD 21279-0119 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 404291-95
CB FLEET COMPANY
ATTN RAY VENCKUS
PO BOX 11349
LYNCHBURG VA 245061349

CREDITOR ID: 2122-07
CB RICHARD ELLIS
201 E. KENNEDY BLVD., SUITE 1121
TAMPA FL 33602-5172

CREDITOR ID: 244799-12
CB RICHARD ELLIS
ATTN TODD COPELAND
311 S WACKER DRIVE SUITE 400
CHICAGO IL 60606

CREDITOR ID: 383019-51
CBCA RX FKA
YORK PRESCRIPTION
675 FOXON ROAD SUITE 204
EAST HAVEN, CT 06513

CREDITOR ID: 173-03
CBL & ASSOCIATES MGMT.INC.
2030 HAMILTON PLACE BLVD SUITE 500
CHATTANOOGA TN 37421

CREDITOR ID: 244800-12
CBS COMMERCIAL BILLING SERVICE
924 VALMONT ST
NEW ORLEANS LA 70115-3021

CREDITOR ID: 404328-95
CBSI
5454 WEST CRENSHAW STREET
TAMPA FL 33634-3007

CREDITOR ID: 244801-12
CBSI
PO BOX 628329
ORLANDO, FL 32862-8329

CREDITOR ID: 244290-12
CBT INC
PO BOX 386
OAKWOOD GA 30566-0386

CREDITOR ID: 2102-07
CC ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

CREDITOR ID: 244292-12
CC ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

CREDITOR ID: 244802-12
CC DICKSON CO
PO BOX 13501
ROCK HILL, SC 29731

CREDITOR ID: 1180-07
CC REALTY INTERMEDIATE FUND
THREE RIVERWAY
SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 244803-12
CC REALTY INTERMEDIATE FUND I, LTD
C/O CC MANAGEMENT LTD
ATTN GEORGE C DEREESE, CFO
THREE RIVERWAY, SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 244804-12
CCA INDUSTIRES INC
ATTN ROBIN LYNN DECHERT, ASST CONTR
200 MURRAY HILL PKY
EAST RUTHERFORD, NJ 07073-2113

CREDITOR ID: 374131-44
CCBC OF NORTH TEXAS
P O BOX 840232
DALLAS TX 75284

CREDITOR ID: 2756-04
CCC
3034 CHARLESTON HIGHWAY/PMB#F-179
WEST COLUMBIA SC 29172

CREDITOR ID: 2757-04
CCC OF COLUMBIA
ATTN YVETTE SHAKKAS
3168 CHARLESTON HIGHWAY
COLUMBIA SC 29170

CREDITOR ID: 244805-12
CCC PARTS COMPANY
1221 US HWY 301 NORTH
TAMPA, FL 33619

CREDITOR ID: 244806-12
CCC TRUCK PARTS COMPANY
1230 UPPER ASBURY AVENUE
CHARLOTTE, NC 28206

CREDITOR ID: 404329-95
CCC TRUCK PARTS COMPANY
1230 ATANDO AVE
CHARLOTTE NC 28206

CREDITOR ID: 2759-04
CCC WASTE REMOVAL SERVICES
1010 ROGERS BRIDGE ROAD
DUNCAN SC 29334

CREDITOR ID: 2758-04
CCC WASTE REMOVAL SERVICES
ATTN: KIM SELVEY
1010 ROGERS BRIDGE ROAD
DUNCAN SC 29334

CREDITOR ID: 2760-04
CCC/BFI
ATTN: SHARON PARK
PO BOX 219
PINEVILLE NC 28134

CREDITOR ID: 244807-12
CCDA WATERS LLC
PO BOX 88164
CHICAGO IL 60695-1164

CREDITOR ID: 397277-69
CCH
2700 LAKE COOK ROAD
RIVERWOODS, IL 60015

CREDITOR ID: 244808-12
CCH INCORPORATED
PO BOX 4307
CAROL STREAM, IL 60197-4307

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244809-12<br>CCHS SOFTBALL<br>6623 ROE CHANDLER ROAD<br>PINSON AL 35126 | CREDITOR ID: 244810-12<br>CCI CARTERET CODING INC<br>1606 ESSEX STREET<br>RAHWAY NJ 07065 | CREDITOR ID: 244811-12<br>CCI LEARNING SOLUTIONS<br>12406 N 32ND STREET<br>STE 107<br>PHOENIX AZ 85032 |
| CREDITOR ID: 244812-12<br>CCMSC 1996-1 KILLEEN LP<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 2176<br>AUSTIN TX 78768-2176 | CREDITOR ID: 2123-RJ<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 | CREDITOR ID: 407703-15<br>CCS FINANCIAL SERVICES, INC.<br>ATTN LISA LIEBERMAN, LOSS RECOVERY<br>6340 NW 5TH WAY<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 381307-47<br>CCS PRESENTATION SYSTEMS<br>8785 PERIMETER PARK BLVD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 381241-47<br>CCS PROFESSIONAL EXAMINATIONS SERVICES<br>475 RIVERSIDE DRIVE 6TH FLOOR<br>HRCI TESETING OFFICE 470<br>NEW YORK, NY 10115 | CREDITOR ID: 244813-12<br>CCTV MAINTENANCE<br>5376 HWY S<br>DOUGLASVILLE, GA 30135 |
| CREDITOR ID: 244293-12<br>CD&L SOUTHEAST REGION<br>PO BOX 34493<br>NEWARK, NJ 07189-4493 | CREDITOR ID: 244814-12<br>CDC PAYING AGENT LLC<br>PO BOX 26180<br>CHURCH STREET STATION<br>NEW YORK, NY 10249 | CREDITOR ID: 1181-RJ<br>CDC PAYING AGENT LLC<br>CHURCH STREET STATION<br>PO BOX 26180<br>NEW YORK, NY 10249 |
| CREDITOR ID: 404331-95<br>CDI SERVICES<br>PO BOX 1114<br>MURFREESBORO TN 37133-1114 | CREDITOR ID: 244815-12<br>CDI SERVICES<br>PO BOX 3838<br>SOUTH BEND, IN 46619 | CREDITOR ID: 244816-12<br>CDM<br>975 MULBURY MANSION<br>YUKON, OK 73099 |
| CREDITOR ID: 265570-31<br>CDS ENVIRO SERVICES INC<br>ATTN: KATHY DISANTO<br>12421 S BRIERWOOD PT<br>FLORAL CITY FL 34436-4559 | CREDITOR ID: 244817-12<br>CDW COMPUTER CENTERS INC<br>PO BOX 75723<br>CHICAGO IL 60675-5723 | CREDITOR ID: 378295-15<br>CDW CORPORATION<br>ATTN VIDA KRUG<br>200 N MILWAUKEE AVENUE<br>VERNON HILLS IL 60061 |
| CREDITOR ID: 244818-12<br>CDW DIRECT LLC<br>PO BOX 75723<br>CHICAGO, IL 60675-5723 | CREDITOR ID: 244819-12<br>CDZ SALES INC<br>11228 ST JOHNS INDUSTRIAL PKWY<br>JACKSONVILLE FL 32246 | CREDITOR ID: 244820-12<br>CE DE CANDY INC<br>1091 LOUSONS ROAD<br>UNION, NJ 07083-5029 |
| CREDITOR ID: 242623-12<br>CEBALLOS, ASHLEY<br>9783 HOLLY HILL DRIVE<br>ORLANDO FL 32837 | CREDITOR ID: 391690-55<br>CEBALLOS, TAMARA<br>C/O: LYLE MASNIKOFF, ESQ<br>MASNIKOFF & STERNBERG PA<br>560 VILLAGE BLVD<br>SUITE 345<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 244821-12<br>CEBS PROGRAM<br>INTERNATIONAL FOUNDATION CERTIFICAT<br>PO BOX 68-9955<br>MILWAUKEE WI 53268-9955 |
| CREDITOR ID: 244824-12<br>CECIL BUDD TIRE COMPANY LLC<br>118 EAST 3RD STREET<br>SILVER CITY NC 27344 | CREDITOR ID: 244825-12<br>CECIL HARDWARE<br>824 ASHLEY CREEK CIRCLE<br>STONE MOUNTAIN GA 30083 | CREDITOR ID: 244826-12<br>CECIL HINES<br>10711 NW 22 COURT<br>MIAMI FL 33167 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244829-12<br>CECIL THARP PLUMBING<br>503 JAMES CROSSING ROAD<br>HOLLANDALE, MS 38748 | CREDITOR ID: 404333-95<br>CED CREDIT OFFICE<br>PO BOX 280179<br>TAMPA FL 33682-0179 | CREDITOR ID: 244834-12<br>CED CREDIT OFFICE<br>PO BOX 82899<br>TAMPA, FL 33682-2899 |
| CREDITOR ID: 244835-12<br>CED INC<br>PO BOX 3225<br>LOUISVILLE, KY 40201 | CREDITOR ID: 244833-12<br>CED, INC<br>ATTN MICHAEL LUNDBERG<br>PO BOX 82988<br>TAMPA FL 33682 | CREDITOR ID: 374132-44<br>CED/CREDIT OFFICE<br>PO BOX 82899<br>TAMPA, FL 33682-2899 |
| CREDITOR ID: 1182-07<br>CEDAR CREEK CROSSING ASSOCIATE<br>C/O PERRIE WHEELER REAL ESTATE<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE % WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 244837-12<br>CEDAR CREEK CROSSING LLC<br>1111 MILITARY CUTOFF ROAD<br>SUITE 251<br>WILMINGTON NC 28405 |
| CREDITOR ID: 383012-51<br>CEDAR HILL INDEPENDENT SCHOOLS<br>PO BOX 167768<br>IRVING, TX 75016 | CREDITOR ID: 244838-12<br>CEDAR HILLS INVESTORS LLC<br>C/O VICTORY COMMERCIAL<br>REAL ESTATE<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 244839-12<br>CEDAR KEY AQUACULTURE FARMS INC<br>11227 E RIVERVIEW DRIVE<br>RIVERVIEW, FL 33569 |
| CREDITOR ID: 244840-12<br>CEDAR LAKE CHRISTIAN ACADEMY<br>11555 CEDAR LAKE RD<br>BILOXI, MS 39532 | CREDITOR ID: 244841-12<br>CEDAR MOUNTAIN VILLAGE<br>85-A MILL STREET<br>SUITE 100<br>ROSWELL, GA 30075 | CREDITOR ID: 1183-07<br>CEDAR MOUNTAIN VILLAGE<br>85-A MILL STREET<br>SUITE 100<br>ROSWELL, GA 30075-5487 |
| CREDITOR ID: 2124-07<br>CEDAR SPRINGS CENTER ASSOCIATES<br>PO BOX 3524<br>SPARTANBURG, SC 29304-3524 | CREDITOR ID: 244843-12<br>CEDAR SPRINGS CTR ASSOCS<br>PO BOX 3524<br>SPARTANBURG, SC 29304-3524 | CREDITOR ID: 244844-12<br>CEDARCEST SOUTHMOOR ELEMENTARY<br>10187 TWIN CEDARS ST<br>BATON ROUGE, LA 70816 |
| CREDITOR ID: 244845-12<br>CEDARWOOD PRIMARY SCHOOL<br>607 HEAVENS DR<br>MANDEVILLE, LA 70448 | CREDITOR ID: 244846-12<br>CEDRIC LEWIS & LEE COOK ESQ<br>430 S DECATUR STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 244848-12<br>CEILINGS R US INC<br>151 N NOB HILL ROAD, SUITE 128<br>PLANTATION, FL 33324 |
| CREDITOR ID: 404334-95<br>CEILINGS R US INC<br>PO BOX 1324<br>HALLANDALE FL 33008 | CREDITOR ID: 244849-12<br>CELADON TRUCKING<br>PO BOX 711498<br>CINCINNATI, OH 45271 | CREDITOR ID: 244850-12<br>CELEBRATION IN THE OAKS<br>1 PALM DRIVE CITY PARK<br>NEW ORLEANS, LA 70124 |
| CREDITOR ID: 244851-12<br>CELESTE SMITH - TAX COLLECTOR<br>307 N W 5TH AVE #B<br>OKEECHOBEE FL 34972 | CREDITOR ID: 256232-12<br>CELESTINE, MICHAEL J<br>196 A SENATOR CIRCLE<br>HOUMA LA 70363 | CREDITOR ID: 383004-51<br>CELGENE CORP THALOMID<br>86 MORRIS AVENUE<br>SUMMIT, NJ 07901 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:**  **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406304-G5<br>CELGENE CORPORATION<br>7 POWDER HORN DRIVE<br>WARREN NJ 07059 | CREDITOR ID: 388215-54<br>CELIS, LUIS<br>3451 QUEENS ST<br>APT 111<br>SARASOTA FL 34231 | CREDITOR ID: 244856-12<br>CELL POWER INC<br>PO BOX 1426<br>LARGO, FL 33779 |
| CREDITOR ID: 244857-12<br>CELLTECH PHARMACEUTICALS<br>PO BOX 94167<br>CHICAGO, IL 60696 | CREDITOR ID: 244858-12<br>CELLULAR ONE<br>PO BOX 17380<br>BALTIMORE, MD 21297-1380 | CREDITOR ID: 244860-12<br>CELLULAR PAGE VALUE PAGE<br>PO BOX 2224<br>BIRMINGHAM, AL 35246-0018 |
| CREDITOR ID: 374136-44<br>CELLULAR WORLD<br>406 NE WILSHIRE BLVD<br>BURLESON, TX 76028 | CREDITOR ID: 244861-12<br>CELTIC MARINE CORPORATION<br>3888 S SHERWOOD FOREST BLVD<br>CELTIC CENTRE BUILDING 1<br>BATON ROUGE LA 70816 | CREDITOR ID: 244296-12<br>CEM CORPORATION<br>PO BOX 75374<br>CHARLOTTE NC 28275-0001 |
| CREDITOR ID: 403466-99<br>CENCOR REALTY SERVICES INC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN: DAVID L POLLACK<br>51ST FL - MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 403466-99<br>CENCOR REALTY SERVICES INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: ALAN M WEISS, ESQ<br>15 NORTH LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 244862-12<br>CENLA BEVERAGE CO INC<br>PO BOX 11975<br>ALEXANDRIA, LA 71315-1975 |
| CREDITOR ID: 315760-40<br>CENTER AMERICA CAPITAL PARTNER<br>PO BOX 297731<br>HOUSTON, TX 77297 | CREDITOR ID: 315968-41<br>CENTER AMERICA PROPERTY TRUST LP<br>3901 BELLAIRE BLVD<br>ATTN LAMAR HAGGARD<br>HOUSTON TX 77025 | CREDITOR ID: 244863-12<br>CENTER CONTRACTING COPRORATION<br>120 INTERNATIONAL PARKWAY<br>SUITE 262<br>HEATHROW FL 32746 |
| CREDITOR ID: 265571-31<br>CENTER FOR COMMUNITY DEV<br>ATTN: DRRENT HALES<br>1417 COLLEGE ST<br>CLEVELAND MS 38732-3053 | CREDITOR ID: 265572-31<br>CENTER FOR FMLY OUTREACH SVCS<br>ATTN: LYNDA R SMITH<br>3389 BEECH DR<br>DECATUR GA 30032-2444 | CREDITOR ID: 265573-31<br>CENTER GROVE UTILITY DIST<br>ATTN: DAVE STAFORD<br>884 PLEASANT GROVE RD<br>ESTILL SPRINGS TN 37330-4217 |
| CREDITOR ID: 244864-12<br>CENTER PLATE<br>LOUISIANA SUPERDOME<br>1501 GIROD STREET<br>NEW ORLEANS LA 70113 | CREDITOR ID: 244865-12<br>CENTER STREET ELEMENTARY<br>1520 CENTER ST<br>NEW IBERIA, LA 70563 | CREDITOR ID: 176-03<br>CENTERPOINT ENERGY<br>1377 E. COLLEGE<br>SEGUIN TX 78155 |
| CREDITOR ID: 244866-12<br>CENTERPOINT ENERGY ARKLA<br>PO BOX 4583<br>HOUSTON, TX 77210-4583 | CREDITOR ID: 404336-95<br>CENTERPOINT ENERGY ENTEX<br>PO BOX 1325<br>HOUSTON TX 77251-1325 | CREDITOR ID: 244867-12<br>CENTERPOINT ENERGY ENTEX<br>PO BOX 4981<br>HOUSTON, TX 77210-4981 |
| CREDITOR ID: 381723-15<br>CENTERPOINT ENERGY ENTEX<br>ATTN TUCKER BLAIR, CR MGR<br>PO BOX 1700<br>HOUSTON TX 77251 | CREDITOR ID: 403453-93<br>CENTERS FOR MEDICARE & MEDICAID SRV<br>ATTN: ROSEMARY STOVER<br>PO BOX 100190<br>COLUMBIA SC 29202-3190 | CREDITOR ID: 265574-31<br>CENTERVILLE CITY OF INC<br>ATTN: MIKE BROOMFIELD<br>3111 MASON DR<br>WARNER ROBINS GA 31093-2875 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244868-12<br>CENTERVILLE HIGH SCHOOL<br>9225 HIWAY 182 WEST<br>CENTERVILLE, LA 70522 | CREDITOR ID: 244869-12<br>CENTIMARK CORPORATION<br>PO BOX 360093<br>PITTSBURGH, PA 15251-6093 | CREDITOR ID: 244870-12<br>CENTO FINE FOODS INC<br>100 CENTO BLVD<br>THOROFARE, NJ 08086 |
| CREDITOR ID: 244871-12<br>CENTRA CARE COLONIAL DR<br>9580 W COLONIAL DRIVE<br>OCOEE, FL 34761 | CREDITOR ID: 244872-12<br>CENTRA SOFTWARE INC<br>430 BEDFORD STREET<br>LEXINGTON MA 02420 | CREDITOR ID: 265575-31<br>CENTRAL ALA RGNAL PLG DEV COMM<br>ATTN: BOB GRASSER<br>125 WASHINGTON AVE STE 320<br>MONTGOMERY AL 36104-4207 |
| CREDITOR ID: 244873-12<br>CENTRAL ALABAMA FLUID POWER<br>2273-F SOUTH FORBES ROAD<br>MONTGOMERY AL 36110 | CREDITOR ID: 244874-12<br>CENTRAL AMERICAN PRODUCE INC<br>1500 W ATLANTIC BLVD<br>STE 206<br>POMPANO BEACH FL 33069-2825 | CREDITOR ID: 244875-12<br>CENTRAL ANALYTICAL LABORATORIES INC<br>PO BOX 95175<br>NEW ORLEANS LA 70195 |
| CREDITOR ID: 244876-12<br>CENTRAL BEEF IND LLC<br>PO BOX 7576<br>ORLANDO FL 32891-7576 | CREDITOR ID: 265576-31<br>CENTRAL BROWARD WATER CTRL DST<br>ATTN: MICHAEL CROWLEY<br>8020 STIRLING RD<br>HOLLYWOOD FL 33024-8202 | CREDITOR ID: 244877-12<br>CENTRAL CAROLINA BANK<br>PO BOX 931  OC4-1<br>DURHAM NC 27702-0931 |
| CREDITOR ID: 381355-47<br>CENTRAL CAROLINA HOSPITAL<br>PO BOX 740778<br>ATLANTA, GA 30374 | CREDITOR ID: 244879-12<br>CENTRAL CARTING OF DADE CITY<br>PO BOX 1947<br>DADE CITY, FL 33526-1947 | CREDITOR ID: 244880-12<br>CENTRAL CONSTRUCTION COMPANY<br>1020 LOGAN ST<br>LOUISVILLE KY 40204 |
| CREDITOR ID: 244881-12<br>CENTRAL DEPOSITORY<br>370 SE 1ST STREET 2ND FLOOR<br>MIAMI, FL 33131 | CREDITOR ID: 244882-12<br>CENTRAL ELECTRIC MOTOR SERVICE<br>725 HUDSON STREET<br>TROY, AL 36079 | CREDITOR ID: 244884-12<br>CENTRAL ELEMENTARY<br>14101 RODDY RD<br>GONZALES, LA 70737 |
| CREDITOR ID: 265577-31<br>CENTRAL FLA RGONAL PLG COUNCIL<br>ATTN: R DOUGLAS LEONARD<br>555 E CHURCH ST<br>BARTOW FL 33830-3931 | CREDITOR ID: 244886-12<br>CENTRAL FLORIDA EDUCATORS<br>C/O KEVIN SCOTT MILLER<br>1200 WEBER STREET<br>ORLANDO, FL 32803 | CREDITOR ID: 177-03<br>CENTRAL FLORIDA ELEC COOP INC<br>ATTN JOHN V HUDSON, FIN DIR<br>1124 NORTH YOUNG BLVD<br>PO BOX 9<br>CHIEFLAND FL 32626 |
| CREDITOR ID: 244887-12<br>CENTRAL FLORIDA ELECTRIC COOP<br>PO BOX 9<br>CHIEFLAND, FL 32644-0009 | CREDITOR ID: 244888-12<br>CENTRAL FLORIDA EMBROIDERY<br>659 FLORIDA CENTRAL PKWY<br>LONGWOOD, FL 32750 | CREDITOR ID: 244889-12<br>CENTRAL FLORIDA EMPLOYMENT COUNCIL<br>450 SEMINOLA BLVD<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 244890-12<br>CENTRAL FLORIDA FAIR<br>4603 WEST COLONIAL DRIVE<br>ORLANDO FL 32808 | CREDITOR ID: 244891-12<br>CENTRAL FLORIDA FORK LIFT,INC<br>PO BOX 677<br>MULBERRY, FL 33860 | CREDITOR ID: 178-03<br>CENTRAL FLORIDA GAS<br>PO BOX 960<br>WINTER HAVEN FL 33882 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244885-12<br>CENTRAL FLORIDA GAS CORP<br>ATTN THOMAS A GEOFFROY<br>PO BOX 960<br>WINTER HAVEN, FL 33882-0960 | CREDITOR ID: 244892-12<br>CENTRAL FLORIDA HEALTH CARE<br>950 CR 17A WEST<br>AVON PARK FL 33825 | CREDITOR ID: 265578-31<br>CENTRAL FLORIDA PLUMBING & IRR<br>ATTN: GABRIEL ROSALES<br>1450 ATLANTIS DR<br>APOPKA FL 32703-7300 |
| CREDITOR ID: 244893-12<br>CENTRAL FLORIDA REG HOSPITAL<br>PO BOX 1828<br>SANFORD FL 32772-1828 | CREDITOR ID: 394008-61<br>CENTRAL FLORIDA REPORTERS<br>PO BOX 2511<br>ORLANDO, FL 32802-2511 | CREDITOR ID: 244894-12<br>CENTRAL FLORIDA VETTE CLUB<br>PO BOX 915739<br>LONGWOOD, FL 32791-5739 |
| CREDITOR ID: 244895-12<br>CENTRAL FREIGHT LINES INC<br>PO BOX 2638<br>WACO TX 76702-2638 | CREDITOR ID: 244896-12<br>CENTRAL HIGH SCHOOL<br>10200 E BROOKSIDE DR<br>BATON ROUGE, LA 70815 | CREDITOR ID: 244897-12<br>CENTRAL LAFOURCHE HIGH SCHOOL<br>4820 HWY 1<br>RACELAND, LA 70394 |
| CREDITOR ID: 179-03<br>CENTRAL LOUISIANA ELEC CO. INC.<br>PO BOX 5000<br>PINEVILLE LA 71361 | CREDITOR ID: 265579-31<br>CENTRAL MDLNDS CNCIL GVRNMENTS<br>ATTN: NORMAN WHITAKER<br>236 STONERIDGE DR<br>COLUMBIA SC 29210-8010 | CREDITOR ID: 244898-12<br>CENTRAL MIDDLE SCHOOL<br>11526 SULLIVAN RD<br>BATON ROUGE, LA 70818 |
| CREDITOR ID: 244899-12<br>CENTRAL MIDDLE SCHOOL EUNICE<br>602 SOUTH MLK<br>EUNICE, LA 70535 | CREDITOR ID: 265580-31<br>CENTRAL MISSISSIPPI<br>ATTN: JOE BUZHARDT<br>311 AIRPORT RD S<br>PEARL MS 39208-6650 | CREDITOR ID: 393998-61<br>CENTRAL MISSISSIPPI HEALTH SERVICES, INC.<br>1134 WINTER ST<br>JACKSON, MS 39204 |
| CREDITOR ID: 381054-47<br>CENTRAL MISSISSIPPI TELEPHONE<br>SERVICE INC.<br>107 SHADIA DRIVE<br>CLINTON, MS 39056 | CREDITOR ID: 244901-12<br>CENTRAL OFFICE SUPPLY CO<br>PO BOX 32339<br>LOUISVILLE KY 40232 | CREDITOR ID: 244903-12<br>CENTRAL PLUMBING & HEATING<br>PO BOX 941<br>TIFTON, GA 31793-0941 |
| CREDITOR ID: 244904-12<br>CENTRAL PROD INC<br>PO BOX 119<br>MONTGOMERY, AL 36101-0119 | CREDITOR ID: 244905-12<br>CENTRAL PROGRESSIVE BANK<br>ATTN JAMES J VENEZIA E V P<br>29092 KRENTEL ROAD<br>LACOMBE, LA 70445 | CREDITOR ID: 1185-07<br>CENTRAL PROGRESSIVE BANK<br>ATTN: JAMES J. VENEZIA, EXEC VP<br>29092 KRENTEL ROAD<br>LACOMBE, LA 70445 |
| CREDITOR ID: 244906-12<br>CENTRAL RAYNE KINDERGARTEN SCHOOL<br>507 N POLK ST<br>RAYNE, LA 70578 | CREDITOR ID: 381036-47<br>CENTRAL SEAWAY COMPANY INC<br>1845 OAK ST<br>SUITE 1<br>NORTHFIELD, IL 60093 | CREDITOR ID: 407540-15<br>CENTRAL SECURITY SYSTEMS<br>ATTN GARY NEUMANN, GENERAL MANAGER<br>370 NW BROAD STREET<br>SOUTHERN PINES NC 28387 |
| CREDITOR ID: 265581-31<br>CENTRAL SHNANDOAH PLG DST COMM<br>ATTN: BILL STRIDER<br>112 MACTANLY PL<br>STAUNTON VA 24401-2373 | CREDITOR ID: 244907-12<br>CENTRAL SNACKS INC<br>ATTN RANDY CARSON/E SMITH<br>1700 NORTH PEARL STREET<br>CARTHAGE, MS 39051 | CREDITOR ID: 244908-12<br>CENTRAL STATES COCA COLA BOTTLING<br>PO BOX 88987<br>CHICAGO IL 60695-8987 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 374140-44<br>CENTRAL STATES COCA COLA BOTTLING CO<br>PO BOX 18781<br>ST LOUIS, MO 63178-0781 | CREDITOR ID: 244909-12<br>CENTRAL SUPPLY COMPANY INC<br>2530 MIDPARK DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 265582-31<br>CENTRAL TALLADEGA CNTY WTR DST<br>ATTN: JIMMY ARNOLD<br>1405 BULLOCKS FERRY RD<br>TALLADEGA AL 35160-4937 |
| CREDITOR ID: 244910-12<br>CENTRAL TANGI HEAD START<br>PO BOX 472<br>INDEPENDENCE, LA 70443 | CREDITOR ID: 406004-15<br>CENTRAL TELEPHONE COMPANY - NC DIV<br>C/O SPRINT LTD BANKRUPTCY DEPT<br>KSOPHT0101-Z2800<br>ATTN VANCE KATZER<br>6391 SPRINT PARKWAY<br>OVERLAND PARK KS 66251-2800 | CREDITOR ID: 244911-12<br>CENTRAL TEXAS SHOPPING<br>CENTER GROUP LTD<br>ATTN M A PHELA II<br>PO BOX 1390<br>BEAUMONT, TX 77704 |
| CREDITOR ID: 1186-RJ<br>CENTRAL TEXAS SHOPPING<br>CENTER GROUP LTD<br>1277 CALDER AVENUE<br>BEAUMONT, TX 77701 | CREDITOR ID: 278623-24<br>CENTRAL TEXAS SHOPPING CNTR GRP LTD<br>REMSEN PARTNERS LTD<br>757 THIRD AVENUE<br>26TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 278431-24<br>CENTRAL TEXAS SHOPPING CNTR GRP LTD<br>C/O HHP COMPANY LLC<br>ATTN MICHAEL OR PATRICK H PHELAN<br>6310 LEMMON AVENUE, SUITE 202<br>BEAUMONT TX 75209 |
| CREDITOR ID: 244912-12<br>CENTRAL TRANSPORT<br>ATTN ANNETTE KENNEDY<br>PO BOX 33299<br>DETROIT MI 48232 | CREDITOR ID: 244913-12<br>CENTRAL VOICE INC<br>2021 ART MUSEUM DR STE 100<br>JACKSONVILLE FL 32207-2591 | CREDITOR ID: 265583-31<br>CENTRAL VRGINIA WASTE MGT AUTH<br>ATTN: JOHN MITCHELL<br>2100 W LABURNUM AVE<br>RICHMOND VA 23227-4356 |
| CREDITOR ID: 244914-12<br>CENTRALIZED COLLECTION UNIT<br>PO BOX 14059<br>LEXINGTON, KY 40512 | CREDITOR ID: 265584-31<br>CENTRE MUNICIPALITY OF<br>ATTN: ROY ALFRED<br>130 S RIVER ST<br>CENTRE AL 35960-1928 | CREDITOR ID: 406141-15<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 |
| CREDITOR ID: 262782-12<br>CENTREVILLE PRESS, THE<br>PO BOX 127<br>32 COURT SQUARE WEST<br>CENTREVILLE, AL 35042 | CREDITOR ID: 2125-07<br>CENTREX PROPERTIES INC<br>PO BOX 10369<br>GOLDSBORO, NC 27532 | CREDITOR ID: 278073-23<br>CENTURA<br>ATTN: GILLIAN AKABI-DAVIS<br>3201 BEECHLEAF COURT SUITE 700<br>RALEIGH NC 27604 |
| CREDITOR ID: 244916-12<br>CENTURA BANK<br>MAIL CODE 000-906-0106<br>PO BOX 1220<br>ROCKY MOUNT, NC 27802 | CREDITOR ID: 269224-16<br>CENTURY LABS, INC.<br>C/O MICHAEL H. BERMAN<br>10670 BARKLEY<br>OVERLAND PARK, KS 66212 | CREDITOR ID: 1188-07<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 315761-40<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CTR PKWY<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 244918-12<br>CENTURY SIMPLIMATIC INC<br>1178 MOMENTUM PLACE<br>CHICAGO IL 60689-5311 | CREDITOR ID: 244919-12<br>CENTURY STORE EQUIPMENT<br>1320 N MIAMI AVENUE<br>MIAMI, FL 33136 |
| CREDITOR ID: 244922-12<br>CENTURYTEL<br>PO BOX 6001<br>MARION, LA 71260-6001 | CREDITOR ID: 244920-12<br>CENTURYTEL<br>371 BERT KOUNS IND LOOP<br>SHREVEPORT, LA 71106 | CREDITOR ID: 403500-99<br>CENTURYTEL, INC & ITS SUBS DBA<br>CENTURYTEL<br>C/O REX D RAINACH, ESQ<br>3622 GOVERNMENT STREET<br>BATON ROUGE LA 70806-5720 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244923-12<br>CERAMIC TILE INSTALLATION<br>5577 MARINA PARKWAY<br>APPLING, GA 30802 | CREDITOR ID: 388478-54<br>CERIONE, JOHN<br>7800 WEST OAKLAND PARK BLVD<br>SUNRISE, FL 33351 | CREDITOR ID: 392566-55<br>CERIONE, JOHN<br>C/O: LYLE M. KOENIG<br>ABRAMOWITZ & POMERANTZ, P.A.<br>7800 W. OAKLAND PARK BLVD<br>BELLE TERRE OF SUNRISE STE 101<br>SUNRISE FL 33351 |
| CREDITOR ID: 381809-48<br>CERRETANI AVIATION LLC<br>11705 AIRPORT WAY, STE 300<br>BROOMFIELD CO 80021-2711 | CREDITOR ID: 390101-54<br>CERRONE, HELENE<br>3876 SHERIDAN STREET<br>HOLLYWOOD, FL 33021 | CREDITOR ID: 393557-55<br>CERRONE, HELENE<br>C/O: PAUL ROSENBERG, ESQ.<br>ROSENBERG & ROSENBERG, P.A.<br>2501 HOLLYWOOD BLVD STE 110<br>HOLLYWOOD FL 33020-6631 |
| CREDITOR ID: 244924-12<br>CERTEGY CHECK SERVICES INC<br>PO BOX 30038<br>(FORMERLY EQUIFAX)<br>TAMPA FL 33630-3038 | CREDITOR ID: 244925-12<br>CERTEX LIFTING PRODUCTS & SERVICES<br>PO BOX 201553<br>DALLAS, TX 75320-1553 | CREDITOR ID: 244926-12<br>CERTIFIED AIR CONTRACTORS<br>4505 MARQUETTE AVENUE<br>JACKSONVILLE FL 32210-2015 |
| CREDITOR ID: 395271-63<br>CERTIFIED ALARMS<br>ATTN DAVID KOCH, OWNER<br>3016 GALLERIA DRIVE<br>METAIRIE LA 70001-2017 | CREDITOR ID: 244927-12<br>CERTIFIED ARMORED SERVICE INC<br>2028 NW 36TH DRIVE<br>GAINESVILLE, FL 32605 | CREDITOR ID: 279320-99<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR PC<br>ATTN: RANDALL A RIOS<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732 |
| CREDITOR ID: 279213-35<br>CERTIFIED FOODS CORP<br>ATTN RANDALL A RIOS<br>HOUSTON TX 77002-2732 | CREDITOR ID: 244928-12<br>CERTIFIED FOODS CORP<br>22136 WESTHEIMER PARKWAY# 501<br>KATY, TX 77450 | CREDITOR ID: 404337-95<br>CERTIFIED FOODS CORP<br>PO BOX 637<br>STAFFORD TX 77497-0637 |
| CREDITOR ID: 244929-12<br>CERTIFIED LABORATORIES<br>200 EXPRESS STREET<br>PLAINVIEW, NY 11803 | CREDITOR ID: 244930-12<br>CERTIFIED LABORATORIES<br>PO BOX971327<br>DALLAS, TX 75397-1327 | CREDITOR ID: 244931-12<br>CERTIFIED LIGHTING SERVICE<br>ATTN WILLIAM S REASON<br>2110 EAST MAIN STREET<br>CHATTANOOGA, TN 37404 |
| CREDITOR ID: 244933-12<br>CERTIFIED SECURITY SYSTEMS<br>3016 GALLERIA DR<br>METAIRIE, LA 70001-2017 | CREDITOR ID: 389181-54<br>CERUTO-FIGUEROA, CARLOS<br>20 NORTH ORANGE AVENUE<br>ORLANDO, FL 32802-4979 | CREDITOR ID: 393045-55<br>CERUTO-FIGUEROA, CARLOS<br>C/O: BASIL A. VALDIVIA<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 385733-54<br>CERVANTES, GENOVEVA<br>4527 WHEEL HOUSE COURT<br>ORLANDO, FL 32812 | CREDITOR ID: 391012-55<br>CERVANTES, GENOVEVA<br>C/O: WILLIAM R. MCBRIDE, ESQUIRE<br>MCBRIDE LAW FIRM, P.A.<br>5401 S. KIRKMAN RD, SUITE 310<br>ORLANDO FL 32819 | CREDITOR ID: 244934-12<br>CES<br>ACCOUNTING OFFICE<br>PO BOX 71465<br>CHARLESTON, SC 29415 |
| CREDITOR ID: 390050-54<br>CESARETTI, ROCHELLE<br>118 NE 51ST COURT<br>POMPANO BEACH FL 33064 | CREDITOR ID: 244935-12<br>CEYLON BREATHETT<br>28750 PIKE DRIVE<br>ORANGE VILLAGE OH 44022 | CREDITOR ID: 391341-55<br>CEZAIR, JOYCELYN (MINOR)<br>C/O: JUSTIN G. MORGAN, ESQ.<br>JUSTIN G. MORGAN, ESQ.<br>2500 WESTON RD SUITE 211<br>WESTON FL 33331 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386189-54<br>CEZAIR, JOYCELYN (MINOR)<br>2400 N.W. 22ND STREET<br>B17<br>FT. LAUDERDALE, FL 33311 | CREDITOR ID: 244298-12<br>CF REECE & SON SUPPLY<br>PO BOX 629<br>RUTHERFORDTON NC 28139-0629 | CREDITOR ID: 244299-12<br>CF ROWLEY ELEMENTARY<br>49 MADISON AVE<br>CHALMETTE, LA 70043 |
| CREDITOR ID: 244301-12<br>CF SAUER COMPANY<br>PO BOX 27366<br>RICHMOND, VA 23261 | CREDITOR ID: 244300-12<br>CF SAUER COMPANY<br>PO BOX 116327<br>ATLANTA, GA 30368-6327 | CREDITOR ID: 383105-51<br>CF SAUER COMPANY<br>ATTN: MICHELLE RADER<br>2000 W BROAD STREET<br>RICHMOND, VA 23261 |
| CREDITOR ID: 244936-12<br>CFC FINANCIAL CORP<br>PO BOX 2040<br>WARREN, MI 48090 | CREDITOR ID: 244937-12<br>CFG INDUSTRIES<br>ATTN LEWIS DANIEL POLAND, OWNER<br>287 INDUSTRIAL DRIVE<br>BLOUNTVILLE TN 37617 | CREDITOR ID: 244938-12<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD<br>SUITE 11<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD, SUITE 11<br>JACKSONVILLE, FL 32216-6353 | CREDITOR ID: 2126-07<br>CFG LIMITED<br>8705 PERIMETER PARK BLVD.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 244297-12<br>CFK DISTRIBUTION LTD<br>14505 YELLOWHEAD TRAIL N W<br>EDMONTON, AB T5L 3C4<br>CANADA |
| CREDITOR ID: 244939-12<br>CFO SERVICES INC<br>9310 OLD KINGS ROAD SOUTH<br>BUILDING 201<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 244940-12<br>CFS NA INC<br>750 W CROSS POINTE ROAD<br>COLUMBUS OH 43230 | CREDITOR ID: 374142-44<br>CFS NA INC<br>PO BOX 973015<br>DALLAS, TX 75397-3015 |
| CREDITOR ID: 265585-31<br>CFW WASTE UTILIZATION ASSN<br>ATTN: BRENT WILLIS<br>1008 EASTEND RD<br>MANCHESTER TN 37355-2514 | CREDITOR ID: 374143-44<br>CFX LAFLEURETTE<br>1500 N.W. 95 AVE.<br>MIAMI, FL 33172 | CREDITOR ID: 384037-47<br>CG ROXANE<br>13440 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 244941-12<br>CG ROXANE<br>1210 SO STATE HWY 395<br>OLANCHA, CA 93549 | CREDITOR ID: 393697-58<br>CGI<br>BANK OF AMERICA<br>12907 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 244942-12<br>CGI AMS INC<br>BANK OF AMERICA<br>12907 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 244943-12<br>CGI INFO SYSTEMS & MGMT CONSULTANTS<br>BANK OF AMERICA<br>12907 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 244302-12<br>CH COURIERS INC<br>PO BOX 1058<br>TUCKER GA 30084 | CREDITOR ID: 244303-12<br>CH GUENTHER & SONS INC<br>PO BOX 840441<br>DALLAS, TX 75284-0441 |
| CREDITOR ID: 381882-30<br>CH ROBINSON COMPANY<br>C/O MARTYN & ASSOCIATES<br>ATTN: MARK AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 | CREDITOR ID: 279347-36<br>CH ROBINSON COMPANY<br>DEL MONTE FRESH PRODUCE, NA<br>C/O MARTYN AND ASSOCIATES<br>820 SUPERIOR AVENUE, NW, TENTH FL<br>CLEVELAND  OH 44113 | CREDITOR ID: 404339-95<br>CH ROBINSON WORLDWIDE INC<br>PO BOX 88656<br>CHICAGO IL 60680-1656 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 404340-95
CH ROBINSON WORLDWIDE INC
ATTN JULIE VONGKAYSONE
8967 COLUMBINE ROAD
EDEN PRAIRIE MN 55347

CREDITOR ID: 278860-30
CH ROBINSON WORLDWIDE INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

CREDITOR ID: 278696-99
CH ROBINSON WORLDWIDE, INC.
ATTN TERESA BELLMAN, CONTROLLER
PO BOX 9121
MINNEAPOLIS MN 55480-9121

CREDITOR ID: 407634-15
CH ROBINSON WORLDWIDE, INC.
ATTN WILLIAM A GLAD, A/R MANAGER
8100 MITCHELL ROAD
EDEN PRAIRIE MN 55344

CREDITOR ID: 244946-12
CHABAD OF THE SPACE COAST
1190 HIGHWAY A1A
SATELLITE BEACH FL 32937

CREDITOR ID: 263225-12
CHACHERE'S, TONY
PO BOX 54595
NEW ORLEANS, LA 70154-4595

CREDITOR ID: 244947-12
CHACKBAY ELEMENTARY
101 SCHOOL LANE
THIBODAUX, LA 70301

CREDITOR ID: 406478-MS
CHAFE, JAMES
468 JAKES CREEK TRAIL
BANSON MO 65616

CREDITOR ID: 402140-90
CHAFE, JAMES
6001-27 ARGYLE FOREST BLVD.
#115
JACKSONVILLE FL 32244

CREDITOR ID: 406164-15
CHAFFEE POINT HOSPITALITIES LLC DBA
HAMPTON INN
ATTN JANE P MOTLEY, MANAGING MEMBER
548 CHAFFEE POINT BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 244957-12
CHAHTA IMA ELEMENTARY
27488 PICHON ROAD
LACOMBE, LA 70445

CREDITOR ID: 399977-84
CHAIDEZ, MICHAEL
C/O AMERICAN INTERNATIONAL REC
4501 NORTH POINT PKWY, SUITE 2
ALPHARETTA GA 30022-2423

CREDITOR ID: 244958-12
CHAIR & EQUIPMENT RENTAL
801 W MORGAN ST
RALEIGH NC 27603

CREDITOR ID: 392176-55
CHAISSON, ALLEN
C/O LEONARD A MCCUE & ASSOCIATES
ATTN LMCCUE OR D PRUETT, ESQS
524 9TH STREET WEST
BRADENTON FL 34205-7737

CREDITOR ID: 387894-54
CHAISSON, ALLEN
4840 POMPANO ROAD
VENICE, FL 34293

CREDITOR ID: 389010-54
CHAISSON, JOHN
714 ROBERT STREET
BREAUX BRIDGE, LA 70517

CREDITOR ID: 389010-54
CHAISSON, JOHN
C/O SERA H. RUSSELL III LAW OFFICES
ATTN JACQUELINE B. MANECKE, ESQ
111 MERCURY STREET
PO BOX 53866
LAFAYETTE LA 70505-3866

CREDITOR ID: 392911-55
CHAISSON, JOHN
C/O SERA H. RUSSELL, III LAW OFFICE
ATTN JACQUELINE B MANECKE, ESQ
PO BOX 53866
LAFAYETTE LA 70505-3866

CREDITOR ID: 387159-54
CHAITOO, DEORANIE
2804 S. SHINE STREET
ORLANDO, FL 32806

CREDITOR ID: 391745-55
CHAITOO, DEORANIE
C/O: DOMINIC BOCCO
DOMINIC BOCCO
2220 HILLCREST ST.
ORLANDO FL 32803

CREDITOR ID: 244959-12
CHALFANT SEWING FABRICATORS INC
11525 MADISON AVENUE
CLEVELAND OH 44102-2392

CREDITOR ID: 244960-12
CHALLENGE - RMF INC
4417 EAST 119TH ST
GRANDVIEW MO 64030

CREDITOR ID: 244961-12
CHALLENGE PRINTING INC
SDS 12-2000
PO BOX 86
MINNEAPOLIS, MN 55486-2000

CREDITOR ID: 244962-12
CHALMETTE CHRISTIAN ACADEMY
209 MAGNOLIA ST
CHALMETTE, LA 70043

CREDITOR ID: 244963-12
CHALMETTE ELECTRIC MOTOR SER
PO BOX 2033
CHALMETTE LA 70044-2033

CREDITOR ID: 244964-12
CHALMETTE HIGH SCHOOL
1100 E JUDGE PEREZ DR
CHALMETTE, LA 70043

CREDITOR ID: 244965-12
CHALMETTE MIDDLE
75 EAST CHALMETTE CIRCLE
CHALMETTE, LA 70043

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 244966-12
CHAMBER OF COMMERCE
HUNTSVILLE MADISON COUNTY
225 CHURCH STREET
HUNTSVILLE AL 35801

CREDITOR ID: 241862-12
CHAMBER, ALAN
211 LINDALL CIRCLE
CLINTON MS 39056

CREDITOR ID: 374148-44
CHAMBERLAIN HRDLICKA WHITE
WILLIAMS& MARTIN
191 PEACHTREE STREET NE
9TH FLOOR
ATLANTA, GA 30303

CREDITOR ID: 244967-12
CHAMBERLIN ELEMENTARY SCHOOL
6024 SECTION RD
PORT ALLEN, LA 70767

CREDITOR ID: 395619-65
CHAMBERS & ASSOCIATES, INC.
PO BOX 1652
DECATUR, GA 30031-1652

CREDITOR ID: 244969-12
CHAMBERS BOTTLING CO
PO BOX 2709
HUNTSVILLE, AL 35804

CREDITOR ID: 315705-36
CHAMBERS BOTTLING COMPANY LLC
ATTN: PAUL FOWLER
PO BOX 2708
2700 MERIDIAN STREET
HUNTSVILLE AL 35804

CREDITOR ID: 406278-93
CHAMBERS LAW GROUP, P.A.
ATTN: JEFFREY K CHAMBERS, ESQ
PO BOX 1191
ST PETERSBURG FL 33731

CREDITOR ID: 2127-07
CHAMBERS SQUARE LLC
PO BOX 3040
DULUTH, GA 30096

CREDITOR ID: 388578-54
CHAMBERS, BARBARA
PO BOX 371
APOPKA FL 32704

CREDITOR ID: 392640-55
CHAMBERS, BARBARA
C/O: DEANNA L. PARRISH, ESQUIRE
PARRISH & SMEJKAL, PA
20 N. ORANGE AVENUE, # 800
P.O. BOX 4902
ORLANDO FL 32802-4902

CREDITOR ID: 386821-54
CHAMBERS, CEDRICK
1255 GREENBRIAR STREET
JACKSON MS 39211

CREDITOR ID: 389657-54
CHAMBERS, HOLLY
29 PARK PLACE
APT 402
HATTIESBURG, MS 39402

CREDITOR ID: 377481-44
CHAMBERS, TIMOTHY E
820 WEST LANDCASTER ROAD APT 111
ORLANDO, FL 32809

CREDITOR ID: 386510-54
CHAMBLEY, GAIL
8780 TWIN OAKS DR
JONESBORO GA 30236

CREDITOR ID: 391547-55
CHAMBLEY, GAIL
C/O: D. GREGORY ROGERS
ROGERS & HOFRICHTER, P.C.
135 BRANDYWINE BLVD. SUITE C
FAYETTEVILLE GA 30214

CREDITOR ID: 244971-12
CHAMPION AMERICA INC
33430 TREASURY CENTER
CHICAGO IL 60694-3400

CREDITOR ID: 395620-65
CHAMPION BLACKTOP MAINTENANCE
ATTN BRANT CUNNINGHAM, OWNER
PO BOX 5772
MERIDIAN, MS 39302

CREDITOR ID: 244972-12
CHAMPION BLACKTOP MAINTENANCE
PO BOX 5772
MERIDIAN, MS 39302-5772

CREDITOR ID: 384038-47
CHAMPION BRANDS INC
PO BOX 56260
JACKSONVILLE, FL 32217

CREDITOR ID: 244973-12
CHAMPION SAFE & LOCK SERVICE
3242 SELWYN AVENUE
CHARLOTTE, NC 28209

CREDITOR ID: 374149-44
CHAMPIONS CRAFT & DECORATING
9750 REGENCY SQUARE BLVD
JACKSONVILLE, FL 32225

CREDITOR ID: 244974-12
CHAMPIONS RC COLA DISTRIBUTORS
14 COTTON HILL RD
EUFAULA, AL 36027

CREDITOR ID: 382997-51
CHAMPUS VA
PO BOX 7927
MADISON, WI 53707

CREDITOR ID: 244975-12
CHANCERY CLERK JONES COUNTY
2ND JUDICIAL DISTRICT
PO BOX 1468
LAUREL, MS 39441

CREDITOR ID: 244976-12
CHANCEY HEATING & COOLING
PO BOX 410
DOUGLAS GA 31534

CREDITOR ID: 406479-MS
CHANDLER, CAREY A.
402 CHAPEL WOOD DR.
DOTHAN AL 36301

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 406480-MS
CHANDLER, GARY L.
1049 ROUNDTREE DRIVE
GALLATIN TX 37066

CREDITOR ID: 402478-89
CHANDLER, GARY L.
300 S. ASTER TREE
JACKSONVILLE FL 32259

CREDITOR ID: 397625-72
CHANDLER'S JKE, INC.
ATTN: ROBERT CHANDLER
103 MAIN STREET
WEIR, MS 39772

CREDITOR ID: 244980-12
CHANEY INSTRUMENT CO
PO BOX 70
LAKE GENEVA, WI 53147-0070

CREDITOR ID: 385295-54
CHANG, DONNA
1399 PRUDENTIAL DRIVR
JACKSONVILLE, FL 32207

CREDITOR ID: 390603-55
CHANG, DONNA
C/O BLANE G MCCARTHY, PA
ATTN BLANE G MCCARTHY, ESQ
1400 PRUDENTIAL DRIVE, SUITE TWO
JACKSONVILLE FL 32207

CREDITOR ID: 387122-54
CHANG, STANGKUEI
7439 LANGTRY STREET
HOUSTON, TX 77040

CREDITOR ID: 265586-31
CHANGE ENTERPRISES INC
ATTN: PEARLIE M JONES
401 JOHNSON BLVD
JACKSONVILLE NC 28540-5428

CREDITOR ID: 384039-47
CHANGING PARADIGMS
P O BOX 71-0757
COLUMBUS, OH 43271-0757

CREDITOR ID: 244981-12
CHANGING PARADIGMS
7786 SERVICE CENTER DR
WEST CHESTER, OH 45069

CREDITOR ID: 382440-51
CHANNEL, RICHARD
6 GREYLOCK DRIVE
GANSEVOORT, NY 12831

CREDITOR ID: 1191-07
CHAPEL TRAIL ASSOCIATES LTD
21011 JOHNSON STREET, SUITE 101
PEMBROKE PINES, FL 33029

CREDITOR ID: 244982-12
CHAPEL TRAIL ASSOCIATES LTD
21011 JOHNSON ST
SUITE 101
PEMBROKE PINES FL 33029

CREDITOR ID: 407731-99
CHAPEL TRAIL ASSOCIATES LTD
C/O LAW FIRM OF ROBERT C MEYER PA
ATTN: ROBERT C MEYER, ESQ
2223 CORAL WAY
MIAMI FL 33145

CREDITOR ID: 407775-99
CHAPIN DEVELOPEMENT CO
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 244984-12
CHAPIN DEVELOPMENT CO
C/O EDENS & AVANT INC
PO BOX 528
COLUMBIA, SC 29202-0528

CREDITOR ID: 1192-07
CHAPIN DEVELOPMENT CO.
C/O EDENS & AVANT INC.
PO BOX 528
COLUMBIA SC 29202-0528

CREDITOR ID: 244985-12
CHAPMAN ELECTRIC INC
3131 S HASKELL AVE
DALLAS, TX 75223

CREDITOR ID: 244986-12
CHAPMAN PLUMBING CO
511-51ST AVENUE
MERIDIAN, MS 39307

CREDITOR ID: 241413-12
CHAPMAN, AARON J
8422 NORTH VALLEY ROAD
PINSON AL 35126

CREDITOR ID: 381540-47
CHAPMAN, ANN L.
CHR DIVISION  STORE# 2083
5778 PITTSTOWN RD
MOUNTAIN VIEW NC 28602

CREDITOR ID: 388523-54
CHAPMAN, BETTY
194 EVANGELINE DRIVE
DONALDSONVILLE, LA 70346-1625

CREDITOR ID: 381364-47
CHAPMAN, CHARLES
1199 OLD LINCOLNTON CROUSE ROAD
CROUSE, NC 28033

CREDITOR ID: 406481-MS
CHAPMAN, CLARENCE H.
10702 WILLIAMS RD.
THONOTOSASSA FL 33592

CREDITOR ID: 386109-54
CHAPMAN, ELENORE
2427 QUAIL RUN BLVD. NORTH
KISSIMMEE, FL 34741

CREDITOR ID: 391295-55
CHAPMAN, ELENORE
C/O JOHN MALKOWSKI
KENNEDY LAW GROUP
5100 W. KENNEDY BLVD.
SUITE 100
TAMPA FL 33609

CREDITOR ID: 389945-54
CHAPMAN, LOUISE
5016 JACKSONS MILL DRIVE
LILBURN, GA 30047

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 393477-55
CHAPMAN, LOUISE
C/O: COLEMAN C EATON
EATON LAW FIRM LLC
5480 OLD NATIONAL HWY
COLLEGE PARK GA 30349

CREDITOR ID: 388188-54
CHAPMAN, MONA
PO BOX 36
WESTOVER AL 35185

CREDITOR ID: 388130-54
CHAPMAN, QUIDA L
6024 DICKEY SPRINGS ROAD
BESSEMER AL 35022

CREDITOR ID: 392372-55
CHAPMAN, QUIDA L
C/O BROBSTON & BROBSTON
ATTN E L BROBSTON, ESQ
304 NORTH 18TH STREET
BESSEMER AL 35020

CREDITOR ID: 388039-54
CHAPOTIN, ALEXANDRA
200 177TH STREET
BLDG-APT 417
NORTH MIAMI BEACH, FL 33160

CREDITOR ID: 392313-55
CHAPOTIN, ALEXANDRA
C/O: GARY E. GARBIS
LAW OFFICES OF DAVID A. SNYDER
2298 SOUTH DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 386730-54
CHAPPELL, BOBBY
51339 HIGHWAY 51
TICKFAW LA 70466

CREDITOR ID: 388457-54
CHAPPELL, BRENDA
912 SE 13TH ST APT 4
CAPE CORAL, FL 33990

CREDITOR ID: 388851-54
CHAPPELL, MARVIN
2874 DEWBERRY ROAD
QUITMAN GA 31643

CREDITOR ID: 392792-55
CHAPPELL, MARVIN
C/O: ARTHUR BEAL, JR.
P.O. BOX 14509
TALLAHASSEE FL 32317-4509

CREDITOR ID: 390278-54
CHAPPELL, SHEILA
786 COUNTY ROAD 13
PRATTVILLE AL 36067

CREDITOR ID: 244987-12
CHAPTER 13 OFFICE
PO BOX 3613
DURHAM, NC 27702-3613

CREDITOR ID: 244988-12
CHAPTER 13 PROCEEDINGS
LOCKE D BARKLEY
PO BOX 1233
MEMPHIS, TN 38101

CREDITOR ID: 245002-12
CHAPTER 13 TRUSTEE
TERRE M VARDAMAN
PO BOX 1985
MEMPHIS, TN 38101-1985

CREDITOR ID: 245001-12
CHAPTER 13 TRUSTEE
PO BOX 788
MEMPHIS, TN 38101-0788

CREDITOR ID: 244992-12
CHAPTER 13 TRUSTEE
JOHN F LOGAN
PO BOX 61039
RALEIGH NC 27661-1039

CREDITOR ID: 244999-12
CHAPTER 13 TRUSTEE
PO BOX 511
CHATTANOOGA, TN 37401

CREDITOR ID: 244990-12
CHAPTER 13 TRUSTEE
%LAURIE K WEATHERFORD
PO BOX 1103
MEMPHIS, TN 38101-1103

CREDITOR ID: 374158-44
CHAPTER 13 TRUSTEE
PO BOX 830529
BIRMINGHAM, AL 35283

CREDITOR ID: 244997-12
CHAPTER 13 TRUSTEE
ATTN SABRINA L MCKINNEY, ESQ
PO BOX 173
MONTGOMERY AL 36101-0173

CREDITOR ID: 244998-12
CHAPTER 13 TRUSTEE
PO BOX 2099
MEMPHIS, TN 38101-2099

CREDITOR ID: 374157-44
CHAPTER 13 TRUSTEE
PO BOX 403327
ATLANTA, GA 30384-3327

CREDITOR ID: 244989-12
CHAPTER 13 TRUSTEE
%HAROLD J BARKLEY JR
PO BOX 902
MEMPHIS, TN 38101-0902

CREDITOR ID: 244993-12
CHAPTER 13 TRUSTEE
LEIGH D HART, ESQ
LOCK BOX 2238
MEMPHIS, TN 38101-2238

CREDITOR ID: 244995-12
CHAPTER 13 TRUSTEE
PO BOX 102173
ATLANTA, GA 30368-2173

CREDITOR ID: 374156-44
CHAPTER 13 TRUSTEE
P O BOX 2127
AUGUSTA, GA 30903

CREDITOR ID: 245000-12
CHAPTER 13 TRUSTEE
PO BOX 59
COLUMBIA, SC 29202-0059

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 244991-12
CHAPTER 13 TRUSTEE
100 PEACHTREE STREET NORTHWEST
SUITE 300
MARY IDA THOMPSON
ATLANTA, GA 30303-1901

CREDITOR ID: 245003-12
CHAPTER 13 TRUSTEE ELAINA MASSEY
PO BOX 1717
BRUNSWICK, GA 31521-1717

CREDITOR ID: 245005-12
CHAPTER 13 TRUSTEE SAVANNAH
PO BOX 116561
ATLANTA, GA 30368-6561

CREDITOR ID: 259746-12
CHAPUT, ROBERT
1003 SHEM CREEK CIRCLE
MYRTLE BEACH, SC 29588

CREDITOR ID: 245006-12
CHARDON INC.
BOX 1004
COLUMBUS OH 43216-1004

CREDITOR ID: 245007-12
CHARDON LABORATORIES INC
ATTN CHARLES L FULLER, CFO
7300 TUSSING RD
REYNOLDSBURG OH 43068-4111

CREDITOR ID: 404342-95
CHARDON LABORATORIES INC
7300 TUSSING ROAD
REYNOLDSBURG OH 43068

CREDITOR ID: 395621-65
CHARLES & VINZANT CONSTRUCTION
500 SOUTHLAND DRIVE, SUITE 102
BIRMINGHAM, AL 35226

CREDITOR ID: 245015-12
CHARLES A COLINS JR
3 BRAMS COURT
TAYLORS SC 29687

CREDITOR ID: 245016-12
CHARLES A WALKER MD
PO BOX 66
BAINBRIDGE, GA 39818

CREDITOR ID: 245017-12
CHARLES A WALKER MD PC
1502 E EVANS
PO BOX 66
BAINBRIDGE GA 39817

CREDITOR ID: 407657-93
CHARLES A. WILKINS
WATERS INC SC MGMT TRUST ACCT
PO BOX 34127
CHARLOTTE NC 28234

CREDITOR ID: 245025-12
CHARLES COLLER JR
3083 WILLOW BEND BLVD
ORLANDO FL 32808

CREDITOR ID: 245028-12
CHARLES D LAWSON TRUCKING INC
7815 MOBILE HIGHWAY
HOPE HULL AL 36043

CREDITOR ID: 384040-47
CHARLES G LAWSON TRUCKING INC.
7815 MOBILE HIGHWAY
HOPE HULL, AL 36043

CREDITOR ID: 245033-12
CHARLES G LAWSON TRUCKING, INC
ATTN WILLIAM H ROTTON VP
7815 MOBILE HIGHWAY
HOPE HULL, AL 36043

CREDITOR ID: 245034-12
CHARLES GANTT TRUCKING INC
PO BOX 924
LEXINGTON SC 29071

CREDITOR ID: 245045-12
CHARLES L BRYAN TAX COLLECTOR
540 S COMMERCE AVE
SEBRING FL 33870-3867

CREDITOR ID: 245047-12
CHARLES L FAURIE JR
3008 DESPAUX DRIVE
CHALMETTE LA 70043

CREDITOR ID: 245058-12
CHARLES POWELL MEATS INC
3405 ST ELMO AVE
P.O. BOX 2399
CHATTANOOGA TN 37409

CREDITOR ID: 245061-12
CHARLES S & LYNN W DAY
119 SANDWEDGE ROAD
WILKESBORO, NC 28697-9358

CREDITOR ID: 245063-12
CHARLES SIMON TRUSTEE OF SAME
20801 BISCAYNE BOULEVARD
SUITE 202
ACCT# 424 07325 1 3 034
AVENTURA, FL 33180

CREDITOR ID: 245072-12
CHARLES WAYNE PROPERTIES INC
FOR W HALL DBA HIGH SPRING PL
1030 W INTERNAL SPEEDWAY BLVD
DAYTONA BEACH, FL 32114

CREDITOR ID: 245071-12
CHARLES WAYNE PROPERTIES INC
1030 W INTERNATIONAL SPEEDWAY
DAYTONA BEACH FL 32114

CREDITOR ID: 394285-56
CHARLES, ALLISTER
4129 NW 181 ST TERR
MIAMI, FL 33055

CREDITOR ID: 400431-85
CHARLES, ALLISTER
C/O RICHARD A BOLTON ESQ
BOLTON & GROSS
801 N.E. 167TH ST  2ND FLOOR
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 397823-76
CHARLES, KATRINA
425 NW 29TH TERRACE
FORT  LAUDERDALE, FL 33311

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 245076-12
CHARLESTON AMERIGAS
4315 PIGGLY WIGGLY DR
NORTH CHARLESTON SC 29405-5603

CREDITOR ID: 265588-31
CHARLESTON CITYWIDE LDC
ATTN BAIRD MALLORY
75 CALHOUN ST FL 3
CHARLESTON SC 29401-3540

CREDITOR ID: 265589-31
CHARLESTON COUNTY LANDFILL
ATTN: SCOTT RIBES
1344 BEES FERRY RD
CHARLESTON SC 29414-7908

CREDITOR ID: 317412-42
CHARLESTON COUNTY TREASURER
PO BOX 878
CHARLESTON, SC 29402-0878

CREDITOR ID: 265590-31
CHARLESTON NAVAL CMPLX REDEVEL
ATTN: JACK SPROTT
1360 TRUXTUN AVE STE 300
NORTH CHARLESTON SC 29405-2045

CREDITOR ID: 245080-12
CHARLEVENS DORVIL
1285 NW 99 STREET
MIAMI FL 33147

CREDITOR ID: 386095-54
CHARLEY, RUSSUL
173 MORENO CT
PENSACOLA, FL 32507

CREDITOR ID: 391284-55
CHARLEY, RUSSUL
C/O: EARLYNN STILLWELL
MCKENZIE & ALLEN, LLP
P.O. BOX 1270
PENSACOLA FL 32591-1270

CREDITOR ID: 397280-69
CHARLIE'S & GARY'S LAWN SERVICE
& PARKING LOT MAINTENANCE
1541 INDEPENDENCE SQUARE
KANNAPOLIS, NC 28081

CREDITOR ID: 245085-12
CHARLIE'S CHOICE SEASONING
PO BOX 1677
DOUGLAS, GA 31534

CREDITOR ID: 245087-12
CHARLIES LAWN SERVICE &
PARKING LOT MAINTENANCE
1541 INDEPENDENCE SQ
KANNAPOLIS, NC 28081

CREDITOR ID: 245086-12
CHARLIE'S PASTRIES INC
C/O LSQ FUNDING GROUP LC
PO BOX 102432
ATLANTA, GA 30368-2432

CREDITOR ID: 404347-95
CHARLIE'S PASTRIES INC
3430 NW 16 STREET UNIT #10
LAUDERHILL FL 33311

CREDITOR ID: 399272-15
CHARLIE'S PASTRIES, INC
ATTN CHARLES E BOOTHE JR, CEO
3430 NW 16TH STREET, SUITE 10
LAUDERHILL FL 33311

CREDITOR ID: 245088-12
CHARLIES TROPHIES
ATTN ELOUISE BRASINGTON, OWNER
3325 PELZER AVENUE
MONTGOMERY, AL 36109

CREDITOR ID: 1196-07
CHARLOTTE CITY VIEW LP DBA
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN JULIO E MENDOZA JR, ESQ
PO DRAWER 2426
COLUMBIA SC 29202

CREDITOR ID: 1196-07
CHARLOTTE CITY VIEW LP DBA
CITY VIEW LLC
ATTN KATHKEEN HULL, CONTROLLER
PO BOX 78145
CHARLOTTE, NC 28271

CREDITOR ID: 245099-12
CHARLOTTE FIREFIGHTERS ASSOCIATION
4419 MONROE ROAD
CHARLOTTE, NC 28205

CREDITOR ID: 245100-12
CHARLOTTE GENERAL DIST COURT
PO BOX 127
CHARLOTTE VA 23923

CREDITOR ID: 404349-95
CHARLOTTE HERALD TRIBUNE
1617 TAMIAMI TRAIL
PT CHARLOTTE FL 33948

CREDITOR ID: 245101-12
CHARLOTTE HERALD TRIBUNE
801 SUTH TAMIAMI TRAIL
SARASOTA, FL 34236

CREDITOR ID: 245103-12
CHARLOTTE LOGAN BURLESON
6 CASTLE STREET
PASS CHRISTIAN, MS 39571

CREDITOR ID: 245104-12
CHARLOTTE MECKLENBURG CMMNTY
600 EAST TRADE STREET
CHARLOTTE NC 28202

CREDITOR ID: 245105-12
CHARLOTTE MITCHELL
630 A ZEIGLER CIRCLE
C/O ZEIGLER LODGE
MOBILE AL 36608

CREDITOR ID: 245107-12
CHARLOTTE OBSERVER
ATTN MICHAEL MURPHY, CR MGR
PO BOX 32188
CHARLOTTE, NC 28232

CREDITOR ID: 382442-51
CHARLOTTE OBSERVER
600 SOUTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 245106-12
CHARLOTTE OBSERVER
PO BOX 32188
CHARLOTTE, NC 28232-2188

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245108-12<br>CHARLOTTE ORTHOPEDIC SPECIALISTS<br>PO BOX 890188<br>CHARLOTTE NC 28289-0188 | CREDITOR ID: 265591-31<br>CHARLOTTESVILLE DVLPMNT CRP<br>ATTN: R SMALL TONEY<br>605 E MAIN ST RM A040<br>CHARLOTTESVILLE VA 22902-5337 | CREDITOR ID: 245110-12<br>CHARLTON MEMORIAL HOSPITAL<br>PO BOX 188<br>FOLKSTON, GA 31537-0188 |
| CREDITOR ID: 265592-14<br>CHARLTTE CNTY PRPRTY APPRISELS<br>ATTN: D FRANK DESGUIN<br>410 TAYLOR ST<br>PUNTA GORDA FL 33950-4832 | CREDITOR ID: 374179-44<br>CHARM SCIENCES INC<br>PO BOX 3700-29<br>BOSTON, MA 02241 | CREDITOR ID: 245112-12<br>CHARM SCIENCES INC<br>659 ANDOVER STREET<br>LAWRENCE MA 01843 |
| CREDITOR ID: 245113-12<br>CHARMS COMPANY<br>PO BOX 99403<br>CHICAGO, IL 60693-0001 | CREDITOR ID: 245114-12<br>CHARNA PERLOE & ASSOCIATES INC<br>971 N HIGHLAND AVE N E<br>ATLANTA GA 30306 | CREDITOR ID: 245115-12<br>CHARNSTROM<br>5391 12TH AVE E<br>SHAKOPEE MN 55379-1896 |
| CREDITOR ID: 245116-12<br>CHARRETTE CORPORATION<br>PO BOX 9581<br>MANCHESTER NH 03108-9581 | CREDITOR ID: 403266-92<br>CHARRON, JEFFREY<br>14801 OAKWOOD COURT<br>FORT MYERS FL 33905 | CREDITOR ID: 245117-12<br>CHARTHOUSE LEARNING<br>ATTN: PAT GURNON<br>221 RIVER RIDGE CR<br>BURNSVILLE, MN 55337 |
| CREDITOR ID: 393999-61<br>CHARTONE, INC.<br>PO BOX 152471<br>IRVING, TX 75015 | CREDITOR ID: 245118-12<br>CHASE DOORS<br>PO BOX 643092<br>CINCINNATI OH 45264-3092 | CREDITOR ID: 404350-95<br>CHASE INDUSTRIES INC<br>10021COMMERCE PARK DRIVE<br>CINCINNATI OH 45246 |
| CREDITOR ID: 245119-12<br>CHASE INDUSTRIES INC<br>PO BOX 643092<br>CINCINNATI, OH 45264-3092 | CREDITOR ID: 245121-12<br>CHASE MANHATTAN BANK<br>C/O HIDAY AND RICKE<br>P OB OX 550858<br>JACKSONVILLE, FL 32255-0858 | CREDITOR ID: 245122-12<br>CHASE STAFFING SERVICES<br>ATTN COOKIE LUIKART<br>PO BOX 1696<br>COLUMBUS, GA 31902-1696 |
| CREDITOR ID: 404351-95<br>CHASE STAFFING SERVICES<br>PO BOX 76340<br>ATLANTA GA 30358-1340 | CREDITOR ID: 245124-12<br>CHASITY N HONEYCUTT<br>5100 AARON TEMPLE CH ROAD<br>BENNETTSVILLE SC 29512 | CREDITOR ID: 245125-12<br>CHASTAIN PROPERTIES<br>5770 MILGEN ROAD, SUITE 9<br>COLUMBUS GA 31907 |
| CREDITOR ID: 263224-12<br>CHASTANG, TONJIA<br>5965 HWY 29 N<br>MOLINO, FL 32577 | CREDITOR ID: 403636-94<br>CHASTANT, ALAN D<br>705 CAZALARD STREET<br>BELLE CHASSE LA 70037 | CREDITOR ID: 265593-31<br>CHATAM DEVELOPMENT<br>ATTN: PATRICK O'NEIL<br>6208 FAYETTEVILLE RD<br>DURHAM NC 27713-6286 |
| CREDITOR ID: 252484-12<br>CHATBURN, JACK<br>7711 BEULAH CHURCH ROAD<br>LOUISVILLE, KY 40228 | CREDITOR ID: 245127-12<br>CHATEAU ESTATES ELEMENTARY<br>4121 MEDOC DR<br>KENNER, LA 70065 | CREDITOR ID: 265594-31<br>CHATHAM CNTY SAVANNAH METRPLTN<br>ATTN: TOM THOMSON<br>110 E STATE ST<br>SAVANNAH GA 31401-3715 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265595-31<br>CHATHAM COUNTY WASTE MGT<br>ATTN: ROBERT HOLDIN<br>720 COUNTY LANDFILL RD<br>PITTSBORO NC 27312-9108 | CREDITOR ID: 245128-12<br>CHATHAM GLOBAL SOURCING<br>48 S SERVICE ROAD<br>SUITE 100<br>MELVILLE NY 11747 | CREDITOR ID: 245129-12<br>CHATHAM PERSONNEL CONSULTANTS<br>OF JAX INC<br>OPERATIONS CENTER<br>PO BOX 60839<br>CHARLOTTE NC 28260-0839 |
| CREDITOR ID: 384042-47<br>CHATHAM PERSONNEL CONSULTANTS OF JAX INC<br>OPERATIONS CENTER<br>PO BOX 60839<br>CHARLOTTE, NC 28260-0839 | CREDITOR ID: 381041-47<br>CHATHAM PERSONNEL CONSULTANTS OF JAX INC<br>2137 PARK STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 245023-12<br>CHATHAM, CHARLES<br>4751 HWY 19<br>MERIDIAN MS 39307 |
| CREDITOR ID: 387443-54<br>CHATMON, LINDA<br>7345 F. DRIVE<br>APT 525<br>MIAMI LAKES, FL 33014 | CREDITOR ID: 391984-55<br>CHATMON, LINDA<br>C/O: FELDMAN, DICKSTEIN & GETZ, LLP<br>155 NW 167TH STREET<br>PENTHOUSE<br>NORTH MIAMI BEACH FL 33169 | CREDITOR ID: 265596-31<br>CHATOOGA CONSERVANCY<br>ATTN: BUZZ WILLIAMS<br>2368 PINNACLE DR<br>CLAYTON GA 30525-4356 |
| CREDITOR ID: 245130-12<br>CHATTAHOOCHEE COUNCIL BSA<br>PO BOX 5425<br>COLUMBUS, GA 31906-0425 | CREDITOR ID: 245131-12<br>CHATTANOOCHEE VALLEY 15<br>PO BOX 2383<br>LAGRANGE GA 30241 | CREDITOR ID: 265597-31<br>CHATTANOOGA DOWNTOWN PARTNER<br>ATTN CARLA PRITCHARD<br>850 MARKET STREET, FL 2<br>CHATTANOOGA TN 37402-2644 |
| CREDITOR ID: 265598-31<br>CHATTANOOGA DOWNTOWN REDEVELOP<br>ATTN DAVID EICHENTHAL<br>CITY HALL<br>CHATTANOOGA TN 37402 | CREDITOR ID: 245134-12<br>CHATTANOOGA ELECTRIC POWER BOARD<br>ATTN EDDIE GUINN<br>PO BOX 182255<br>CHATTANOOGA, TN 37422-0725 | CREDITOR ID: 245135-12<br>CHATTANOOGA GAS CO<br>PO BOX 11227<br>CHATTANOOGA, TN 37401-2227 |
| CREDITOR ID: 245137-12<br>CHATTANOOGA PUBLISHING COMPANY<br>RETAIL ADVERTISING<br>PO BOX 190<br>CHATTANOOGA, TN 37401 | CREDITOR ID: 245136-12<br>CHATTANOOGA PUBLISHING COMPANY<br>PO BOX 1447<br>CHATTANOOGA, TN 37401-1447 | CREDITOR ID: 245138-12<br>CHATTANOOGA TIMES FREE PRESS<br>PO BOX  190<br>CHATTANOOGA, TN 37401 |
| CREDITOR ID: 382443-51<br>CHATTANOOGA TIMES FREE PRESS<br>400 EAST ELEVENTH STREET<br>CHATTANOOGA, TN 37403 | CREDITOR ID: 265599-31<br>CHATTANOOGA-HAMILTON COUNTY AI<br>ATTN ROBERT COLBY<br>1250 MARKET STREET, STE 3020<br>CHATTANOOGA TN 37402-4443 | CREDITOR ID: 245139-12<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 |
| CREDITOR ID: 279161-33<br>CHATTEM, INC.<br>1715 WEST 38TH STREET<br>CHATTANOOGA TN 37409 | CREDITOR ID: 388210-54<br>CHATTMAN, AIYSHA M<br>3000 CONTINENTAL COLONY PKWY<br>APT E-75<br>ATLANTA GA 30331 | CREDITOR ID: 392422-55<br>CHATTMAN, AIYSHA M<br>C/O: TOMMIE BELLER<br>N.SKIIP WILSON<br>295 WEST CROSSVILLE ROAD<br>BLDG 400 SUITE 420<br>ROSWELL GA 30075 |
| CREDITOR ID: 404353-95<br>CHAUNCEYS GLASS<br>PO BOX 3747<br>FORT PIERCE FL 34948-3747 | CREDITOR ID: 245140-12<br>CHAUNCEYS GLASS<br>621 S US HWY 1<br>FORT PIERCE, FL 34950 | CREDITOR ID: 245141-12<br>CHAVERS MACHINE SHOP<br>5901 PAMELA DRIVE<br>MILTON, FL 32570-8718 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389974-54<br>CHAVES, ONEIDA<br>8271 S.W. 11TH TERRACE<br>MIAMI FL 33144 | CREDITOR ID: 241566-12<br>CHAVEZ, ADA L<br>PO BOX 35-1615<br>MIAMI FL 33135 | CREDITOR ID: 250666-12<br>CHAVIS, GLORIA JEAN<br>2508 SUNSET AVENUE<br>ROCKY MOUNT, NC 27804 |
| CREDITOR ID: 404354-95<br>CHECK MARK INC<br>4013 BACH BUXTON<br>BATAVIA OH 45103 | CREDITOR ID: 245142-12<br>CHECK MARK INC<br>ATTN: CAROL WHITE, SEC/OWNER<br>4250 FERGUSON DRIVE, STE 100<br>CINCINNATI, OH 45245 | CREDITOR ID: 245143-12<br>CHECK XPRESS<br>701 1/2 MISSISSIPPI DRIVE<br>WAYNESBORO, MS 39367 |
| CREDITOR ID: 245144-12<br>CHECKFREE SERVICES CORPORATION<br>PO BOX 409287<br>ATLANTA GA 30353-0100 | CREDITOR ID: 245145-12<br>CHECKPOINT SECURITY SYSTEMS<br>ATTN R GRAFFUNDER-LUNDSTEN, COL MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | CREDITOR ID: 395425-64<br>CHECKPOINT SYSTEMS INC<br>ATTN JANINE TREWIN/THERESA HELLICK<br>101 WOLF DRIVE<br>THOROFARE, NJ 08086 |
| CREDITOR ID: 245146-12<br>CHECKPOINT SYSTEMS INC<br>PO BOX 8538-0379<br>PHILADELPHIA, PA 19171-0379 | CREDITOR ID: 395445-64<br>CHECKPOINT SYSTEMS INC.<br>PO BOX 409287<br>ATLANTA, GA 30530 | CREDITOR ID: 381998-36<br>CHECKPOINT SYSTEMS, INC<br>JANINE TREWIN<br>101 WOLF DR<br>PO BOX 188<br>THOROFARE NJ 08086 |
| CREDITOR ID: 245147-12<br>CHECKS CASHED INC<br>806 HWY 19 NORTH<br>SUITE 280<br>MERIDIAN, MS 39305 | CREDITOR ID: 245148-12<br>CHEDS GOLF CARS OF AMERICA<br>44349 HWY 445 NORTH<br>PO BOX 450<br>ROBERT, LA 70455 | CREDITOR ID: 245149-12<br>CHEERLEADERS OF FREEPORT MIDDLE SCH<br>360 KYLEA LAIRD<br>FREEPORT FL 32439 |
| CREDITOR ID: 245150-12<br>CHEERS DISTRIBUTORS INC<br>2283-85 NE 164TH STREET<br>NORTH MIAMI BEACH, FL 33160 | CREDITOR ID: 374183-44<br>CHEESEAMERICA<br>1720 10TH ST STE 102<br>MONROE WI 53566 | CREDITOR ID: 399673-YY<br>CHEETAHMAIL<br>ATTN NORMAN MAGRUDER<br>22807 NETWORK PLACE<br>CHICAGO IL 60673-1228 |
| CREDITOR ID: 245151-12<br>CHEF JOHN FOLSE & COMPANY<br>2517 SOUTH PHILIPPE AVENUE<br>GONZALES, LA 70737 | CREDITOR ID: 245152-12<br>CHEF JOHN FOLSE & COMPANY<br>PO BOX 970817<br>DALLAS TX 75397-0817 | CREDITOR ID: 245153-12<br>CHEF MERITO INC<br>7915 SEPULVEDA BLVD<br>VAN NUYS, CA 91405 |
| CREDITOR ID: 245154-12<br>CHEFS GRILL PLUS INC<br>ATTN: THERESA JOHNSON, OFF MGR<br>1475 30TH STREET<br>NICEVILLE, FL 32578 | CREDITOR ID: 245155-12<br>CHEHARDY SHERMAN ELLIS BRESLIN<br>MURRAY RECILE & GRIFFITH LLP ATTYS<br>ATTORNEYS AT LAW<br>PO BOX 931<br>METAIRIE LA 70004-0931 | CREDITOR ID: 245157-12<br>CHELCO<br>PO BOX 512<br>DE FUNIAK SPRINGS, FL 32435-0512 |
| CREDITOR ID: 245159-12<br>CHELSEA MILLING CO<br>PO BOX 460<br>CHELSEA, MI 48118-0460 | CREDITOR ID: 245161-12<br>CHEM DRY OF DUVAL<br>PO BOX 56523<br>JACKSONVILLE FL 32241 | CREDITOR ID: 374185-44<br>CHEM LEASE INC<br>PO BOX 440567<br>NASHVILLE TN 37244 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245162-12<br>CHEM PHARM CORPORATION<br>PO BOX 6246<br>717 FERNWOOD DRIVE<br>WEST PALM BEACH FL 33405-6246 | CREDITOR ID: 404356-95<br>CHEM STATION INTERNATIONAL<br>DEPT 357<br>COLUMBUS OH 43265-0357 | CREDITOR ID: 245163-12<br>CHEM STATION INTERNATIONAL<br>PO BOX 931097<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 245164-12<br>CHEM SW INC<br>420 EXECUTIVE COURT N, SUITE F<br>FAIRFIELD CA 94534-1464 | CREDITOR ID: 245165-12<br>CHEM TURF<br>PO BOX 1571<br>DOTHAN, AL 36302 | CREDITOR ID: 382446-51<br>CHEM-AQUA<br>PO BOX 152170<br>IRVING, TX 75015-2170 |
| CREDITOR ID: 399299-15<br>CHEM-AQUA<br>ATTN SUSAN RICHEY, CR SUPERV<br>2727 CHEMSEARCH BLVD<br>IRVING TX 75061 | CREDITOR ID: 278432-24<br>CHEMICAL BANK<br>380 MADISON AVENUE<br>11TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 245167-12<br>CHEMPOINT.COM<br>ATTN CHRIS JARDINE, FIN DIR<br>411 108TH AVENUE NE, SUITE 1050<br>BELLUVUE, WA 98004 |
| CREDITOR ID: 245168-12<br>CHEMPRO CORPORATION<br>PO BOX 890088<br>CHARLOTTE, NC 28289-0088 | CREDITOR ID: 245169-12<br>CHEMSEARCH<br>PO BOX 971269<br>DALLAS, TX 75397-1269 | CREDITOR ID: 395274-63<br>CHEMSTAR<br>120 INTERSTATE WEST PKWY, SUITE 100<br>LITHIA SPRINGS, GA 30122 |
| CREDITOR ID: 395623-65<br>CHEMSTAR<br>ATTN JAMES P WILLIAMS, CEO<br>120 INTERSTATE WEST PKWY, STE 100<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 245170-12<br>CHEMSTAR CORPORATION<br>PO BOX 1821<br>COLUMBUS, GA 31902-1821 | CREDITOR ID: 395275-63<br>CHEMSTAR CORPORATION<br>2540 D MOUNT INDUSTRIAL BLVD<br>TUCKER, GA 30084 |
| CREDITOR ID: 404357-95<br>CHEMSTAR CORPORATION<br>DEPT #G0165<br>P O BOX 530103<br>ATLANTA GA 30353-0103 | CREDITOR ID: 245171-12<br>CHEMSTATION OF NORTH CAROLINA<br>1121 WILLOWBROOK DR<br>GREENSBORO NC 27403 | CREDITOR ID: 245172-12<br>CHEMSULTANTS INC<br>HARVEY GREENE DRIVE<br>PO BOX 1200<br>MADISON FL 32341 |
| CREDITOR ID: 395622-65<br>CHEM-TURF, INC.<br>PO BOX 1571<br>DOTHAN, AL 36302 | CREDITOR ID: 245173-12<br>CHEMUNG CO SCU<br>P OB OX 15307<br>ALBANY NY 12212-5307 | CREDITOR ID: 407592-99<br>CHEP EQUIPMENT POOLING SYSTEMS<br>C/O STUTSMAN & THAMES, P.A.<br>ATTN NINA M LAFLEUR, ESQ.<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 397627-72<br>CHEP USA<br>8517 SOUTH PARK CIRCLE<br>ORLANDO, FL 32819 | CREDITOR ID: 245174-12<br>CHEP USA<br>PO BOX 101475<br>ATLANTA, GA 30392-1475 | CREDITOR ID: 245175-12<br>CHERAW CHRONICLE<br>PO BOX 1389<br>CHERAW SC 29520 |
| CREDITOR ID: 245176-12<br>CHERAW PACKING PLANT<br>1116 US 1 SOUTH<br>CHERAW, SC 29520 | CREDITOR ID: 255109-12<br>CHERBONNIER, LUCILE<br>700 DANDELION DR<br>WAGGAMAN, LA 70094 | CREDITOR ID: 390071-54<br>CHERMOND, RONALD<br>2107 LINTEN BLVD<br>DELRAY BEACH, FL 33445 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393534-55<br>CHERMOND, RONALD<br>C/O: TARA FILICE, LEGAL ASST.<br>BADER & STILLMAN<br>9121 N. MILITARY TR.<br>STE. 213<br>PALM BEACH GDNS FL 33410 | CREDITOR ID: 399719-53<br>CHEROKEE<br>CHEROKEE COUNTY<br>GAFFNEY SC 29341 | CREDITOR ID: 265601-31<br>CHEROKEE CNTY WTR SWERAGE AUTH<br>ATTN: DAVID KUBALA<br>1957 AUTHORITY DR<br>WOODSTOCK GA 30189-6228 |
| CREDITOR ID: 374189-44<br>CHEROKEE COUNTY BUSINESS LICENSE OFFICE<br>130 EAST MAIN STREET<br>SUITE 107<br>CANTON, GA 30114 | CREDITOR ID: 265602-14<br>CHEROKEE COUNTY TAX APPRAISER<br>ATTN: MELONY JOHNSON<br>75 PEACHTREE ST STE 108<br>MURPHY NC 28906-2948 | CREDITOR ID: 245181-12<br>CHEROKEE COUNTY TAX COMMISSIONER<br>100 NORTH STREET<br>SUITE 150<br>PROPERTY TAX<br>CANTON GA 30114-2779 |
| CREDITOR ID: 317422-42<br>CHEROKEE COUNTY TREASURER<br>PO BOX 1267<br>GAFFNEY, SC 29342-1267 | CREDITOR ID: 245184-12<br>CHEROKEE ELECTRIC CO INC<br>1747 SKYLINE RD<br>MERIDIAN, MS 39301 | CREDITOR ID: 245185-12<br>CHEROKEE LOCKWORKS<br>1318 WEST THOMAS STREET<br>HAMMOND, LA 70401 |
| CREDITOR ID: 245186-12<br>CHEROKEE REDS 11 YEAR OLD<br>BASEBALL TEAM<br>316 WINDING WOODS TRAIL<br>WOODSTOCK GA 30189 | CREDITOR ID: 381273-47<br>CHEROKEE REDS 11 YEAR OLD BASEBALL TEAM<br>316 WINDING WOODS TRAIL<br>WOODSTOCK, GA 30189 | CREDITOR ID: 406482-MS<br>CHERRY, DORIS J.<br>898 W. 34TH ST.<br>HIALEAH FL 33012 |
| CREDITOR ID: 406483-MS<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 382447-51<br>CHERRY, KEITH B.<br>1868 ARLINGTON COURT<br>LONGWOOD, FL 32779 | CREDITOR ID: 406484-MS<br>CHERRY, MARK A<br>2133 NE CATTAIL DRIVE<br>MADISON FL 32340 |
| CREDITOR ID: 390423-54<br>CHERRYHOMES, ROWENA L<br>1961 SE 169TH COURT<br>SILVER SPRINGS, FL 34488 | CREDITOR ID: 387390-54<br>CHERUBIN, PASCALE L<br>5200 NW 31ST AVE, APT #171<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 245198-12<br>CHERYL WALLACE MACCALLUM<br>112 SW GETTESBURG DRIVE<br>PORT ST LUCIE FL 34953 |
| CREDITOR ID: 245201-12<br>CHESAPAPEAKE TREASURER<br>PO BOX 16495<br>PROPERTY TAX<br>CHESAPEAKE, VA 23328-6495 | CREDITOR ID: 265603-31<br>CHESAPEAKE DEPT PUBLIC UTILITY<br>ATTN: JAMES WALSKI<br>306 CEDAR RD<br>CHESAPEAKE VA 23322-5514 | CREDITOR ID: 265604-31<br>CHESAPEAKE PORT AUTHORITY<br>ATTN: COLON WHITEHURST<br>411 CEDAR RD STE 3<br>CHESAPEAKE VA 23322-5566 |
| CREDITOR ID: 245202-12<br>CHESAPEAKE SALES CO INC<br>PO BOX 911399<br>DALLAS TX 75391-1399 | CREDITOR ID: 318592-43<br>CHESAPEAKE TREASURER<br>PO BOX 16495<br>CHESAPEAKE VA 23328-6495 | CREDITOR ID: 245203-12<br>CHESBROUGH ELEMENTARY<br>68495 HIGHWAY 1054<br>KENTWOOD, LA 70444 |
| CREDITOR ID: 245206-12<br>CHESTER COUNTY TREASURER<br>PO BOX 686<br>CHESTER, SC 29706-0686 | CREDITOR ID: 278625-24<br>CHESTER DIX JEFFERSON CORP.<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 278624-25<br>CHESTER DIX JEFFERSON CORP.<br>STAR BANK<br>NATIONAL ASSOCIATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 1038<br>CINCINNATI OH 45201 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 245208-12<br>CHESTER FAMILY COURT<br>PO DRAWER 580<br>CHESTER, SC 29706-0580 | CREDITOR ID: 245209-12<br>CHESTER METROPOLITAN DISTRICT<br>ATTN MARY NELL MCKENZIE<br>PO BOX 550<br>CHESTER SC 29706-0550 |
| CREDITOR ID: 245210-12<br>CHESTER NEWS AND REPORTER<br>LANDMARK COMM NEWSPAPERS<br>PO BOX 1118<br>SHELBYVILLE, KY 40066-1118 | CREDITOR ID: 388137-54<br>CHESTER, PAMELA<br>495 JOHN COLEMAN ROAD<br>REGISTER GA 30452 | CREDITOR ID: 392376-55<br>CHESTER, PAMELA<br>C/O: PATRICIA T. PAUL<br>OLIVER MANER & GRAY PA<br>218 WEST STATE STREET (31401)<br>P O BOX 10186<br>SAVANNAH GA 31412 |
| CREDITOR ID: 388372-54<br>CHESTER, TINA<br>5099 W. KENNEDY BOULEVARD, SIU<br>TAMPA, FL 33609 | CREDITOR ID: 392473-55<br>CHESTER, TINA<br>C/O: DANA P. HOFFMAN, ESQUIRE<br>ABRAHAMSON & UITERWYK<br>201 W. FRANKLIN SUITE 3400<br>PO BOX 433<br>TAMPA FL 33601 | CREDITOR ID: 245212-12<br>CHESTERFIELD CO TREASURER<br>PO BOX 70<br>CHESTERFIELD VA 23832-0070 |
| CREDITOR ID: 245213-12<br>CHESTERFIELD COUNTY SHOPPER<br>25 CHESTERFIELD ROAD<br>CHERAW SC 29520 | CREDITOR ID: 189-03<br>CHESTERFIELD COUNTY UTILITIES<br>PO BOX 26725<br>RICHMOND VA 23285-0089 | CREDITOR ID: 265606-31<br>CHESTERFIELD PLANNING DEPT<br>ATTN: THOMAS JACOBSON<br>99 OAK 1 LORI RD<br>CHESTERFIELD VA 23832 |
| CREDITOR ID: 404359-95<br>CHEVRON PHILLIPS CHEMICAL CO<br>4358 COLLECTION DR<br>CHICAGO IL 60693 | CREDITOR ID: 245217-12<br>CHEVRON PHILLIPS CHEMICAL CO<br>PO BOX 4358<br>CHICAGO, IL 60693 | CREDITOR ID: 245218-12<br>CHEVRON PHILLIPS CHEMICAL CO LP<br>PO BOX 847885<br>DALLAS TX 75284-7885 |
| CREDITOR ID: 381973-36<br>CHEVRON PHILLIPS CHEMICAL CO LP<br>ATTN: DARYL A VANCE<br>10001 SIX PINES DR<br>THE WOODLANDS  TX 77380 | CREDITOR ID: 381965-36<br>CHEVRON PHILLIPS CHEMICAL COMPANY L<br>C/O MCCLAIN LEPPERT & MANEY PC<br>ATTN: MIKE LEPPERT<br>711 LOUISIANA ST, STE 3100<br>HOUSTON TX 77002 | CREDITOR ID: 381999-36<br>CHEVRON PHILLIPS CHEMICAL COMPANY, LP<br>DARYL A VANCE<br>10001 SIX PINES DR<br>THE WOODLANDS TX 77380 |
| CREDITOR ID: 245219-12<br>CHEVRON PRODUCTS COMPANY<br>PO BOX 100679<br>PASADENA, CA 91189-0679 | CREDITOR ID: 245220-12<br>CHEVRON USA INC<br>PO BOX 2001<br>CONCORD CA 94529-0001 | CREDITOR ID: 245221-12<br>CHGMADOS NORGUEGOS INC<br>7299 NW 12 STREET<br>MIAMI, FL 33126 |
| CREDITOR ID: 245222-12<br>CHIANTI CHEESE COMPANY<br>207 HANOVER STREET<br>PEMBERTON NJ 08068 | CREDITOR ID: 245223-12<br>CHIC MEADOR<br>526 WINDYRIDGE LANE<br>MADISON MS 39110 | CREDITOR ID: 245224-12<br>CHICAGO BOXED BEEF DISTRIBUTION INC<br>PO BOX 87618<br>DEPARTMENT # 4650<br>CHICAGO IL 60680-0618 |
| CREDITOR ID: 245225-12<br>CHICAGO PRIME PACKERS<br>PO BOX 8070<br>AVON, CO 81620 | CREDITOR ID: 245226-12<br>CHICAGO SOFT<br>6232 N PULASKI RD SUITE 402<br>CHICAGO IL 60646-5131 | CREDITOR ID: 382448-51<br>CHICAGO-SOFT<br>6232 NORTH PULASKI ROAD, SUITE 402<br>CHICAGO, IL 60646-5131 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245227-12<br>CHICK GATEWOOD SALES CO<br>PO BOX 368<br>TIFTON GA 31793 | CREDITOR ID: 317428-42<br>CHICKASAW COUNTY TAX COLLECTOR<br>1 PINSON SQ.<br>HOUSTON MS 38851 | CREDITOR ID: 245228-12<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN: PATRICIA J GIRALD, CREDIT MGR<br>PO BOX 91943<br>CHICAGO, IL 60693 |
| CREDITOR ID: 374199-44<br>CHICKEN OF THE SEA INTERNATIONAL<br>PO BOX 91943<br>CHICAGO, IL 60693 | CREDITOR ID: 399402-15<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN M L BAYMAN, ASST CR MGR<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121-7706 | CREDITOR ID: 265607-14<br>CHICKSAW CNTY TAX CLLCTORS OFF<br>ATTN: DALE MOONEYHAM<br>1 PINSON SQ STE 3<br>HOUSTON MS 38851-2218 |
| CREDITOR ID: 245229-12<br>CHICKASAW COUNTY TAX COLLECTOR<br>1 PINSON SQUARE<br>COURTHOUSE ROOM 3<br>PROPERTY TAX<br>HOUSTON, MS 38851 | CREDITOR ID: 245230-12<br>CHIEF<br>PO BOX 189<br>ACWORTH, GA 30101 | CREDITOR ID: 384043-47<br>CHIEF ADHESIVES INC<br>3024 EAST SEMINARY DR<br>FT WORTH, TX 76119 |
| CREDITOR ID: 245231-12<br>CHIEF ADHESIVES, INC<br>ATTN MICHAEL MORRIS, PRES<br>3024 EAST SEMINARY DR<br>FORT WORTH, TX 76119 | CREDITOR ID: 245232-12<br>CHIEF CORNERSTONE FGM<br>7040 BULLARD AVE<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 245233-12<br>CHIEFLAND CITIZEN<br>TRI-COUNTY BULLETIN<br>PO DRAWER 980<br>CHIEFLAND, FL 32644 |
| CREDITOR ID: 245234-12<br>CHIEFLAND HIGH SCHOOL<br>808 N MAIN ST<br>CHIEFLAND FL 32626 | CREDITOR ID: 245235-12<br>CHIEFLAND MEDICAL CENTER INC<br>PO BOX 2147<br>CHIEFLAND, FL 32644 | CREDITOR ID: 245236-12<br>CHIEFLAND REGIONAL ASSOCIATES<br>18860 U S 19 N<br>SUITE 101<br>CLEARWATER, FL 33764 |
| CREDITOR ID: 190-03<br>CHIEFLAND TRU-GAS<br>1610 N. YOUNG BLVD.<br>PO BOX 191<br>CHIEFLAND FL 32644-0191 | CREDITOR ID: 245237-12<br>CHILD CARE SERVICES ASSOCIATION<br>PO BOX  901<br>CHAPEL HILL NC 27514 | CREDITOR ID: 269427-18<br>CHILD LABOR STORE NO. 683<br>36348 STATE ROAD 54<br>ZEPHYRHILLS FL 33541 |
| CREDITOR ID: 397865-76<br>CHILD LABOR STORE NO. 683<br>36348 STATE ROAD 54<br>ZEPHYRHILLS, FL 33541 | CREDITOR ID: 245241-12<br>CHILD SUPPORT ENFORCEMENT<br>PO BOX 25109<br>SANTA FE, NM 87504 | CREDITOR ID: 245238-12<br>CHILD SUPPORT ENFORCEMENT<br>AGENCY  PO BOX 1860<br>HONOLULU, HI 96805-1860 |
| CREDITOR ID: 245239-12<br>CHILD SUPPORT ENFORCEMENT<br>FAMILY SUPPORT REGISTRY<br>PO BOX 105729<br>ATLANTA, GA 30348-5729 | CREDITOR ID: 245242-12<br>CHILD SUPPORT ENFORCEMENT<br>PO BOX 49459<br>AUSTIN, TX 78765 | CREDITOR ID: 245240-12<br>CHILD SUPPORT ENFORCEMENT<br>PO BOX 18988<br>AUSTIN, TX 78760 |
| CREDITOR ID: 245243-12<br>CHILD SUPPORT ENFORCEMENT DIV<br>PO BOX 247<br>CHARLESTON, WV 25321 | CREDITOR ID: 245244-12<br>CHILD SUPPORT RECEIVER<br>PO BOX 1355<br>BURNSWICK, GA 31521 | CREDITOR ID: 245245-12<br>CHILD SUPPORT SERVICES<br>PO BOX 45011<br>SALK LAKE CITY, UT 84145-0011 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 245046-12
CHILDERS, CHARLES L
944 PECAN CIRCLE
BAY FL 32976

CREDITOR ID: 406485-MS
CHILDERS, JAMES H.
8987 EAGLES RIDGE DRIVE
TALLAHASSEE FL 32212

CREDITOR ID: 376815-44
CHILDERS, ROBERT E
CHR DIV 1269
1107 S PETTY ST
GAFFNEY, SC 29340

CREDITOR ID: 245246-12
CHILDERSBURG HERITAGE SO
PO BOX 363
CHILDERSBURG, AL 35044

CREDITOR ID: 245247-12
CHILDERSBURG PRIMARY CARE
PO BOX 349
CHILDERSBURG, AL 35044

CREDITOR ID: 192-03
CHILDERSBURG WATERWORKS SEWER & GAS
117 SIXTH AVENUE SW
CHILDERSBURG AL 35044-1645

CREDITOR ID: 265608-31
CHILDREN & FAMILIES FLA DEPT
ATTN: WC BENNETT
324 DATURA ST STE 401
WEST PALM BEACH FL 33401-5417

CREDITOR ID: 265609-31
CHILDREN OF OUR FUTURE INC
ATTN: PATSY L HOWARD
3738 GOVERNMENT ST
ALEXANDRIA LA 71302-3326

CREDITOR ID: 404360-95
CHILDRENS BOOK OF KNOWLEDGE
150 FIRST STREET
ST. ROSE LA 70087

CREDITOR ID: 245249-12
CHILDRENS BOOK OF KNOWLEDGE
PO BOX 101
ST. ROSE, LA 70087

CREDITOR ID: 245250-12
CHILDRENS CHRISTMAS PARTY
OF JACKSONVILLE
BOX 235
1 INDEPENDENT DRIVE SUITE 100
JACKSONVILLE FL 32202

CREDITOR ID: 245251-12
CHILDRENS HOME HOPE ACADEMY
1805 MILES ROAD
CINCINNATI OH 45231

CREDITOR ID: 245252-12
CHILDRENS HOME SOCIETY OF FLA
PO BOX 5616
JACKSONVILLE FL 32247-5616

CREDITOR ID: 245253-12
CHILDRENS HOSPITAL
ATTN CARMEN KEEGAN, ASST DIR PAT AC
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

CREDITOR ID: 245248-12
CHILDREN'S MUSEUM OF ACADIANA
201 E CONGRESS
LAFAYETTE, LA 70501

CREDITOR ID: 265610-14
CHILDRENS TRUST FUND BD INC LA
ATTN: JUDY HARRISON
333 LAUREL ST STE 700
BATON ROUGE LA 70801-1807

CREDITOR ID: 245254-12
CHILDRESS KLEIN PROPERTIES
ONE FIRST UNION CENTER
301 S COLLEGE ST
CHARLOTTE, NC 28202-6021

CREDITOR ID: 386773-54
CHILDRESS, CINDY
577 CORD 408
CLANTON AL 35045

CREDITOR ID: 389903-54
CHILDRESS, ROSARIO
4080 N. FEDERAL HWY. #34
LIGHTHOUSE POINT, FL 33064

CREDITOR ID: 393441-55
CHILDRESS, ROSARIO
C/O LAW OFFICES OF ROBERT DISTEFANO
ATTN ROBERT DISTEFANO, ESQ
7471 WEST OAKLAND PARK, SUITE 106
FORT LAUDERDALE FL 33319

CREDITOR ID: 386822-54
CHILSOM, DELANTE
67 ALLEN CIRCLE
VARNVILLE SC 29944

CREDITOR ID: 374202-44
CHILTON MEDICAL CENTER
PO BOX 2220
CLANTON, AL 35046

CREDITOR ID: 245259-12
CHINA DOLL COMPANY
PO BOX 11487
MOBILE, AL 36671-0487

CREDITOR ID: 245260-12
CHINCHUBA INSTITUTE
634 AMELIA STREET
GRETNA, LA 70053

CREDITOR ID: 389442-54
CHIPOURAS, JUDY
1723 MOFFET
APT 16
HOLLYWOOD FL 33020

CREDITOR ID: 245261-12
CHIPPENHAM & JOHNSTON
PO BOX 144
C/O CHESTERFIELD CO GEN DIST CT
CHESTERFIELD, VA 23832

CREDITOR ID: 278861-30
CHIQUITA BANANA
BANANA SUPPLY DIVISION
P O BOX 530414
ATLANTA, GA 30353-0414

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245264-12<br>CHIQUITA BRANDS INC<br>PO BOX 78254<br>MILWAUKEE WI 53278-0025 | CREDITOR ID: 245263-12<br>CHIQUITA BRANDS INC<br>PO BOX 828408<br>PHILADELPHIA PA 19182-8408 | CREDITOR ID: 381974-36<br>CHIQUITA BRANDS INTERNATIONAL<br>ATTN: DOUGLAS R LIPSKI<br>250 EAST FIFTH ST<br>CINCINNATI OH 45202 |
| CREDITOR ID: 245265-12<br>CHIQUITA BRANDS NORTH AMERICAN<br>PO BOX 676354<br>DALLAS TX 75267-6354 | CREDITOR ID: 278862-30<br>CHIQUITA FRUPAC INC<br>PO BOX 8538-594<br>PHILADELPHIA, PA 19171 | CREDITOR ID: 245267-12<br>CHISESI BROTHERS<br>PO BOX 19083-70179<br>NEW ORLEANS, LA 70119-0179 |
| CREDITOR ID: 374203-44<br>CHISESI BROTHERS<br>2419 JULIA STREET<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 385444-54<br>CHISHOLM, FRANCES<br>710 SUGAR PLUM LANE<br>CHESTER, SC 29706 | CREDITOR ID: 406486-MS<br>CHISHOLM, PAUL M<br>12021 W TARPON CT<br>HOMOSASSA FL 34448 |
| CREDITOR ID: 400627-91<br>CHISHOLM, PAUL M<br>2279 HAMMOCK OAKS DR N<br>JACKSONVILLE FL 32223 | CREDITOR ID: 395400-64<br>CHISHOLM, PAUL M.<br>12021 W TARPON COURT<br>HOMOSASSA, FL 34448 | CREDITOR ID: 397967-76<br>CHISM, JEROME<br>PO BOX 462<br>CENTERVILLE, AL 35042 |
| CREDITOR ID: 269300-16<br>CHITWOOD, MARTIN D.<br>C/O CHITWOOD AND HARLEY, LLP<br>2300 PROMENADE II<br>1230 PEACHTREE STREET NE<br>ATLANTA, GA 30309 | CREDITOR ID: 245269-12<br>CHK & ASSOCIATES<br>C/O KBI PROPERTY MGMT<br>5725 BUFORD HWY #214<br>DORAVILLE, GA 30340 | CREDITOR ID: 1195-07<br>CHK & ASSOCIATES<br>C/O KBI PROPERTY MGMT.<br>5725 BUFORD HWY. #214<br>DORAVILLE, GA 30340 |
| CREDITOR ID: 389774-54<br>CHLEBOWSKI, JOSEPH<br>12066 CROSS GATE AVE<br>PORT CHARLOTTE FL 33981 | CREDITOR ID: 278980-32<br>CHLOE FOODS<br>ATTN: MITCH ROSENBERG, (A/R)<br>3301 ATLANTIC AVENUE<br>BROOKLYN NY 11208 | CREDITOR ID: 245270-12<br>CHLOE FOODS CORP<br>ATTN: RAY SHAIN, VP<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208 |
| CREDITOR ID: 245271-12<br>CHOC INDEPENDENT SCHOOL<br>5050 MADISON ROAD<br>CINCINNATI OH 45227 | CREDITOR ID: 265611-31<br>CHOCCOLOCCO CREEK WATERSHED<br>ATTN RANDAL WILSON<br>1413 HILLYER ROBINSON INDUS PKWY<br>ANNISTON AL 36207-6707 | CREDITOR ID: 245272-12<br>CHOCTAW ENGINEERING INC<br>112 TRUXTON AVENUE<br>FT WALTON BEACH FL 32547 |
| CREDITOR ID: 245273-12<br>CHOCTAW TRANSPORT INC<br>PO BOX 10548<br>PRICHARD AL 36610-0548 | CREDITOR ID: 194-03<br>CHOCTAWHATCHE ELEC COOP INC.<br>PO BOX 512<br>DEFUNIAK SPRINGS FL 32435 | CREDITOR ID: 381254-47<br>CHOICE CARE OCCUPATIONAL MED AND REHAB<br>791 OAK STREET<br>HAPEVILLE, GA 30354 |
| CREDITOR ID: 245275-12<br>CHOICE POINT PUBLIC RECORDS INC<br>PO BOX 945664<br>ATLANTA, GA 30394-5664 | CREDITOR ID: 394019-61<br>CHOICE PROFESSIONAL OVERNIGHT<br>COPY SERVICE, INC<br>PO BOX 62188<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 382987-51<br>CHOICE RX<br>1525 MERRILL DRIVE, SUITE 2000<br>LITTLE ROCK, AR 72211 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 245276-12
CHOICE USA BEVERAGE INC
PO BOX 2669
GASTONIA, NC 28053

CREDITOR ID: 384044-47
CHOICE USA BEVERAGE INC
ATTN FRANK GARRISON, CFO
PO BOX 40
LOWELL NC 28098-0040

CREDITOR ID: 388591-54
CHOICE, DARLISA
P.O. BOX 744
MADISON FL 32341

CREDITOR ID: 392649-55
CHOICE, DARLISA
C/O SEAN CULLITON
ANDERSON & CUILTON
2984 WELLINGTON CIRCLE  W
TALLAHASSEE FL 32308

CREDITOR ID: 407694-15
CHOICEPOINT PUBLIC RECORDS INC
ATTN MARC ISRAEL, SENIOR A/R
4530 CONFERENCE WAY SOUTH
BOCA RATON FL 33431

CREDITOR ID: 245277-12
CHOO CHOOS BACKYARD CATERING
748 COLD WELL SPRING ROAD
RAMER AL 36069

CREDITOR ID: 245278-12
CHOO CHOOS TOO FAMILY RESTAURANT
3835 ATLANTA HIGHWAY
MONTGOMERY AL 36109

CREDITOR ID: 317430-42
CHOWAN COUNTY TAX COLLECTOR
PO BOX 1030
EDENTON NC 27932-1030

CREDITOR ID: 245280-12
CHPTR 13 TRUSTEE
JAMES H BONE
SUITE 1100
100 PEACHTREE ST NW
ATLANTA, GA 30303-1901

CREDITOR ID: 404362-95
CHR HANSEN INC
DEPT 77-6940
CHICAGO IL 60678-6940

CREDITOR ID: 245281-12
CHR HANSEN INC
6940 EAGLE WAY
CHICAGO, IL 60678-1069

CREDITOR ID: 245282-12
CHRIS BEAN
2352 MICHIGAN AVENUE
KISSIMMEE FL 34744

CREDITOR ID: 256208-12
CHRISMAN, MICHAEL
8455 CRESTDALE COURT
CINCINNATI OH 45236

CREDITOR ID: 265612-31
CHRIST CTR FOR TEEN MINISTRIES
ATTN: MICHAEL C ROLLE
3855 HOLCOMB BRIDGE RD
NORCROSS GA 30092-2205

CREDITOR ID: 245297-12
CHRIST THE KING SCHOOL
2106 DEERFIELD RD
TERRYTOWN, LA 70056

CREDITOR ID: 245300-12
CHRISTEL DE CHRISTOPHER
1100 CORONADO AVENUE, APT 1
CINCINNATI OH 45231

CREDITOR ID: 374165-44
CHRISTENBURY, CHARLES
CHR DIV STORE# 2084
153 DIXON CIRCLE
GASTONIA, NC 28054

CREDITOR ID: 404364-95
CHRISTENSEN GROUP
4395 ST JOHNS PARKWAY
SANFORD FL 32771

CREDITOR ID: 245301-12
CHRISTENSEN GROUP
ATTN LINDA KOLDENHOVEN, PRES
PO BOX 470039
LAKE MONROE FL 32747

CREDITOR ID: 387190-54
CHRISTENSON, MARIA
105 PALOMINO RD
CRESCENT CITY, FL 32112

CREDITOR ID: 391776-55
CHRISTENSON, MARIA
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 245303-12
CHRISTIAN CENTER ACADEMY
717 BARG SALT RUN ROAD
CINCINNATI OH 45244

CREDITOR ID: 317431-42
CHRISTIAN COUNTY SHERIFF
216 W 7TH ST
HOPKINSVILLE KY 42240-2393

CREDITOR ID: 245306-12
CHRISTIAN FREEDOM CENTER
PO BOX 790
WALKER, LA 70785

CREDITOR ID: 245307-12
CHRISTIAN HELP CENTER
601 W MAIN STREET
BATAVIA OH 45103

CREDITOR ID: 245308-12
CHRISTIAN LIFE ACADEMY FELLOWSHIP
2037 QUAIL DR
BATON ROUGE, LA 70808

CREDITOR ID: 377434-44
CHRISTIAN, THOMAS
104 LARKSPUR COURT
DOTHAN, AL 36303

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 278999-32
CHRISTIAN/BARTON, LLP
ATTN: J. MCLEMORE
909 EAST MAIN STREET, SUITE 1200
RICHMOND VA 23219-3095

CREDITOR ID: 389204-54
CHRISTIANA, JOSEPH J
828 B  BROCKENBRAUGH CT
METAIRIE, LA 70005

CREDITOR ID: 375248-44
CHRISTIANSON, HOPE
POM DIV STORE# 299
6109 SEMINOLE GARDENS CIRCLE
PALM BEACH GARDENS, FL 33418

CREDITOR ID: 388935-54
CHRISTMAN, KAY
619 GLEN OAK LN
ST. PETERSBURG, FL 33703

CREDITOR ID: 392839-55
CHRISTMAN, KAY
C/O: JESSE D. BERKOWITZ, ESQ.
JESSE D. BERKOWITZ, ESQ.
6560 FIRST AVENUE NORTH
SAINT PETERSBURG FL 33710

CREDITOR ID: 245332-12
CHRISTMAS TREES UNLIMITED
4043 WINDSOR PARK DRIVE E
JACKSONVILLE, FL 32224

CREDITOR ID: 386910-54
CHRISTOFFERSON, KAREN
3101 NE WEST END BLVD
JENSEN BEACH FL 34957

CREDITOR ID: 245334-12
CHRISTOPHER & MARGARET TACKETT
425 OREGON COURT
PRATTVILLE, AL 36067

CREDITOR ID: 245341-12
CHRISTOPHER BEAN COFFEE CO
440 FENTRESS BOULEVARD
DAYTONA BEACH, FL 32114

CREDITOR ID: 265613-31
CHRISTOPHER BRENT RITZAU
ATTN: CHRISTOPHER B RITZAU
2393 SW IVORY RD
FORT PIERCE FL 34953-2185

CREDITOR ID: 245347-12
CHRISTOPHER DIESEL SERVICE
1150 HAMRIC DR W
OXFORD, AL 36203

CREDITOR ID: 388203-54
CHRISTOPHER, ADELA
7125 NW 186TH STREET
#B407
HIALEAH FL 33015

CREDITOR ID: 392418-55
CHRISTOPHER, ADELA
C/O: JUAN LUCAN ALVAREZ
ALVAREZ & RODRIGUEZ
757 N. W. 27 AVE.
SUITE 203
MIAMI FL 33125

CREDITOR ID: 394018-61
CHRISTOVICH & KEARNEY, LLP
ATTN JUDY L MILNAR
601 POYDRAS STREET, STE 2300
NEW ORLEANS, LA 70130-6078

CREDITOR ID: 256186-12
CHROSNIAK, MICHAEL A
6635 GRANVILLE PLACE
JACKSONVILLE FL 32205

CREDITOR ID: 245373-12
CHS PROJECT GRADUATION
PO BOX 494917
PORT CHARLOTTE FL 33949

CREDITOR ID: 245374-12
CHUBS
8101 PRESIDENTS DR
ORLANDO, FL 32809-7624

CREDITOR ID: 381883-30
CHUBS PEANUTS
ATTN: KEVIN G SMITH
8101 PRESIDENTS DRIVE
ORLANDO FL 32809

CREDITOR ID: 373660-44
CHUNG, ANDAIL M
POM DIV PRODUCE DEPT
1541 NE 10 ST
HOMESTEAD, FL 33030

CREDITOR ID: 245378-12
CHUPA CHUPS
1200 ABERNATHY RD NE
BUILDING 600 SUITE 1550
ATLANTA GA 30328

CREDITOR ID: 245379-12
CHUPA CHUPS USA CORP
5901-C PEACHTREE *PREVIOUS ADDRESS
DUNWOODY RD STE 125
ATLANTA GA 30328

CREDITOR ID: 404366-95
CHURCH & DWIGHT
ADVANTAGE SALES & MARKETING
5908 BRECKENRIDGE PARKWAY
TAMPA FL 33610

CREDITOR ID: 245380-12
CHURCH & DWIGHT
ATTN GERALD J STEPIEN, CREDIT MGR
469 NORTH HARRISON STREET
PRINCETON NJ 08543-5297

CREDITOR ID: 278863-30
CHURCH BROTHERS PRODUCE
PO BOX 509
SALINAS, CA 93902-0509

CREDITOR ID: 245382-12
CHURCH OF ABUNDANT LIFE
2301 PAR 3 DRIVE
HARVEY, LA 70058

CREDITOR ID: 245383-12
CHURCH OF THE COVENANT
300 E MARTIAL AVE
LAFAYETTE, LA 70508

CREDITOR ID: 245384-12
CHURCH OF THE WAY
6509 HIGHWAY 11
CARRIERE, MS 39426

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245385-12<br>CHURCH POINT HIGH SCHOOL (ATH DEPT)<br>305 E LOUGARRE ST<br>CHURCH POINT, LA 70525 | CREDITOR ID: 245386-12<br>CHURCH POINT NEWS<br>ATTN DON ANDREPONT, CONTROLLER<br>PO DRAWER 319<br>CHURCH POINT, LA 70525 | CREDITOR ID: 387591-54<br>CHURCH, CHRISTINA<br>8368 TAVIRA ST<br>NAVARRE FL 32566 |
| CREDITOR ID: 388658-54<br>CHURCH, REBECCA A<br>27 KOLBY LEE DR<br>HALEYVILLE AL 35565 | CREDITOR ID: 404367-95<br>CIBA VISION CORP<br>3728 PHILLIPS HWY<br>SUITE #45<br>JACKSONVILLE FL 322076840 | CREDITOR ID: 245387-12<br>CIBA VISION CORP<br>PO BOX 930281<br>ATLANTA, GA 31193-0281 |
| CREDITOR ID: 388968-54<br>CIBRIAN, ENRIQUE<br>1508 NW AVENUE B<br>LOT 26<br>BELLE GLADE, FL 33430 | CREDITOR ID: 392872-55<br>CIBRIAN, ENRIQUE<br>C/O: ORRIN R. BEILLY, ESQ.<br>ORRIN R. BEILLY, P.A.<br>CITIZENS BLDG. STE. 705<br>105 S. NARCISSUS AVE.<br>W. PALM BEACH FL 33401 | CREDITOR ID: 245388-12<br>CIC ENTERPRISES INC<br>8945 NORTH MERIDIAN STREET<br>SUITE 200<br>ATTN ACCOUNT RECEIVABLE<br>INDIANAPOLIS IN 46260 |
| CREDITOR ID: 245390-12<br>CIC PLUS<br>6677 N LINCOLN AVENUE<br>SUITE 110<br>LINCOLNWOOD, IL 60172 | CREDITOR ID: 245389-12<br>CIC PLUS<br>1429 MOMENTUM PLACE<br>CHICAGO, IL 60689-5311 | CREDITOR ID: 245024-12<br>CICERAN, CHARLES<br>1334 HELIAS STREET NW<br>PALM BAY FL 32907 |
| CREDITOR ID: 389900-54<br>CICERIO, VIRGINIA<br>943 TAHITI RD<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 382980-51<br>CIGNA<br>900 COTTAGE GROVE ROAD<br>HARTFORD, CT 06152-1136 | CREDITOR ID: 403290-83<br>CIGNA<br>53 GLENMAURA NATIONAL BLVD<br>MOOSIC PA 18507 |
| CREDITOR ID: 245391-12<br>CINCINNATI BELL<br>201 EAST 4TH STREET<br>RPC 102-315<br>CINCINNATI, OH 45202 | CREDITOR ID: 240819-10<br>CINCINNATI BELL TELEPHONE CO<br>RPC 102-315<br>201 EAST 4TH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 245392-12<br>CINCINNATI BELL TELEPHONE CO<br>PO BOX # 741811<br>CINCINNATI, OH 45274-1811 |
| CREDITOR ID: 245393-12<br>CINCINNATI ENQUIRER<br>312 ELM STREET<br>CINCINNATI OH 45202-2754 | CREDITOR ID: 195-03<br>CINCINNATI GAS & ELECTRIC CO.<br>139 E. 4TH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 245394-12<br>CINCINNATI HILLS CHRISTIAN ACADEMY<br>11525 SNIDER RD<br>STORE#1770<br>CINCINNATI OH 45249 |
| CREDITOR ID: 245403-12<br>CINERGY CG&E<br>ATTN JERI BRUNS<br>PO BOX 960-EF367<br>CINCINNATI, OH 45273-9598 | CREDITOR ID: 245404-12<br>CINERGY ULH & P<br>ATTN JERI BRUNS<br>PO BOX 960-EF367<br>CINCINNATI, OH 45273-9598 | CREDITOR ID: 245402-12<br>CINERGY/PSI<br>ATTN JERI BRUNS<br>PO BOX 960-EF367<br>CINCINNATI, OH 45273-9598 |
| CREDITOR ID: 245405-12<br>CINGULAR INTERACTIVE<br>PAID THREW P CARD<br>PO BOX 828435<br>PHILADELPHIA PA 19182-8435 | CREDITOR ID: 399674-YY<br>CINGULAR WIRELESS<br>PO BOX 8229<br>AURORAL IL 60572-8229 | CREDITOR ID: 245407-12<br>CINGULAR WIRELESS<br>PO BOX 30523<br>TAMPA, FL 33630-3523 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245409-12<br>CINGULAR WIRELESS<br>PO BOX 650553<br>DALLAS, TX 75265-0553 | CREDITOR ID: 395276-63<br>CINGULAR WIRELESS<br>ACCT# 0029179257067<br>39211 | CREDITOR ID: 245408-12<br>CINGULAR WIRELESS<br>PO BOX 31488<br>TAMPA, FL 33631-3488 |
| CREDITOR ID: 399620-79<br>CINGULAR WIRELESS<br>PO BOX 740933<br>DALLAS TX 75374 | CREDITOR ID: 245406-12<br>CINGULAR WIRELESS<br>TRANSACTION PROCESSING CENTER<br>ACCOUNTS PAYABLE<br>7730 MARKET CENTER<br>EL PASO TX 79912 | CREDITOR ID: 399628-15<br>CINGULAR WIRELESS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>ATTN P B MASON<br>PO BOX 740933<br>DALLAS TX 75374 |
| CREDITOR ID: 387892-54<br>CINOTTI, OMAR<br>115 SW 125TH AVENUE<br>MIAMI, FL 33184 | CREDITOR ID: 392174-55<br>CINOTTI, OMAR<br>C/O: JOSE FRANCISCO<br>LAW OFFICES OF JOSE FRANCISCO<br>198 NW 37TH AVE<br>MIAMI FL 33125-4826 | CREDITOR ID: 245411-12<br>CINTAS #231<br>845 LAGOON COMMERCIAL BLVD<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 404368-95<br>CINTAS CORPORATION<br>PO BOX 2138<br>CALHOUN GA 30703 | CREDITOR ID: 245413-12<br>CINTAS CORPORATION<br>1111 NW 209 AVE<br>PEMBROKE PINES FL 33029-2110 | CREDITOR ID: 245412-12<br>CINTAS CORPORATION<br>100 RUS DRIVE SE<br>CALHOUN, GA 30701-3651 |
| CREDITOR ID: 245415-12<br>CINTAS CORPORATION<br>5570 RIDGE ROAD<br>CINCINNATI OH 45213 | CREDITOR ID: 245414-12<br>CINTAS CORPORATION<br>27 WHITNEY DRIVE<br>MILFORD OH 45150 | CREDITOR ID: 245417-12<br>CINTAS CORPORATION #215<br>PO BOX 1670<br>TUSCALOOSA, AL 35401-1670 |
| CREDITOR ID: 245418-12<br>CINTAS CORPORATION #216<br>ATTN: SCOTT M PETERS, OFF MGR<br>191 ELCON DRIVE<br>GREENVILLE, SC 29605 | CREDITOR ID: 245419-12<br>CINTAS CORPORATION #231<br>845 LOGOON COMMERCIAL BLVD<br>MONTGOMERY AL 36117 | CREDITOR ID: 384047-47<br>CINTAS CORPORATION #240<br>PO BOX 10783<br>JEFFERSON LA 70121 |
| CREDITOR ID: 245421-12<br>CINTAS CORPORATION #241<br>15201 ALABAMA HWY 20<br>MADISON, AL 35756 | CREDITOR ID: 404369-95<br>CINTAS CORPORATION #241<br>3219 SEXTON RD SE<br>DECATUR AL 35603 | CREDITOR ID: 245422-12<br>CINTAS CORPORATION #254<br>625 ELMWOOD PARK BLVD<br>HARAHAN, LA 70123 |
| CREDITOR ID: 245423-12<br>CINTAS CORPORATION #293<br>PO BOX 190727<br>MOBILE, AL 36619 | CREDITOR ID: 245424-12<br>CINTAS CORPORATION #302<br>3916 OAKLAWN DR<br>LOUISVILLE KY 40219 | CREDITOR ID: 245425-12<br>CINTAS CORPORATION #540<br>ATTN CAROL HOLLIER, A/R<br>10220 PERKINS RD<br>BATON ROUGE, LA 70810 |
| CREDITOR ID: 245426-12<br>CINTAS CORPORATION #543<br>PO BOX 91508<br>LAFAYETTE, LA 70509 | CREDITOR ID: 245428-12<br>CINTAS CORPORATION #549<br>205 NORTH 19TH STREET<br>BATON ROUGE, LA 70806 | CREDITOR ID: 245429-12<br>CINTAS CORPORATION #646<br>2379 COMMERICAL PARK DR.<br>MARIANNA, FL 32246 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 404370-95
CINTAS CORPORATION #646
2379 COMMERCIAL PARK DR
MARIANNA FL 32448-2521

CREDITOR ID: 245430-12
CINTAS FIRST AID & SAFETY
1595-B TRANSPORT COURT
JACKSONVILLE, FL 32218

CREDITOR ID: 404371-95
CINTAS FIRST AID & SAFETY
2942 DAWN ROAD
JACKSONVILLE FL 32207

CREDITOR ID: 245431-12
CINTAS FIRST AID AND SAFETY
4350 OAKES ROAD
SUITE 520 AND 521
DAVIE FL 33314

CREDITOR ID: 404372-95
CIP INTERNATIONAL
9575 LESAINT DR
FAIRFIELD OH 45014

CREDITOR ID: 245433-12
CIP INTERNATIONAL
1609 SOLUTIONS CENTER
CHICAGO, IL 60677-1006

CREDITOR ID: 403439-15
CIP INTERNATIONAL INC
ATTN CHUCK HORNING, TREAS
9575 LESAINT DRIVE
FAIRFIELD OH 45014

CREDITOR ID: 245434-12
CIRCLE CITY CABINETS & WOODWORKS
251 SOUTH ALICE STREET
DOTHAN, AL 36301

CREDITOR ID: 245435-12
CIRCLE J ROLL OFFS INC
3698 US HWY 80 E
LOWNDESBORO AL 36752

CREDITOR ID: 245436-12
CIRCLE SALES
PO BOX 190
BLACKSTONE, VA 23824

CREDITOR ID: 374239-44
CIRCLE VALLEY PROD CO
PO BOX 51260
IDAHO FALLS ID 83405-1260

CREDITOR ID: 245437-12
CIRCUIT
PO BOX 2238
FORT MYERS FL 33902

CREDITOR ID: 245438-12
CIRCUIT CLERK
COVINGTON COUNTY COURT HOUSE
ANDALUSIA AL 36420

CREDITOR ID: 245439-12
CIRCUIT CLERK BLOUNT COUNTY
220 2ND AVE EAST RM #208
ONEONTA, AL 35121

CREDITOR ID: 245440-12
CIRCUIT CLERK OF LOWNDES
COUNTY
PO BOX 876
HAYNESVILLE, AL 36040

CREDITOR ID: 245442-12
CIRCUIT COURT CALHOUN COUNTY
25 WEST 11TH STREET
ANNISTON AL 36201

CREDITOR ID: 245444-12
CIRCUIT COURT CLERK
201 E SECTION AVENUE
FOLEY AL 36535

CREDITOR ID: 245443-12
CIRCUIT COURT CLERK
140 ADAMS AVENUE
ROOM 324
MEPHIS, TN 38103-2099

CREDITOR ID: 245445-12
CIRCUIT COURT OF COOSA COUNTY
CV CASES
PO BOX 98
ROCKFORD, AL 35136

CREDITOR ID: 245446-12
CIRCUIT COURT OF LEE COUNTY
CORINNE T HURST
2311 GATEWAY DR
OPELIKA AL 36801

CREDITOR ID: 245447-12
CIRCUIT COURT OF MONTGOMERY
PO BOX 1667
251 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36102-1657

CREDITOR ID: 315723-40
CIRIGNANO, ALBERT J.  SR
17 OAK POINT DRIVE NORTH
BAYVILLE, NY 11709

CREDITOR ID: 245448-12
CISCO SYSTEMS CAPITAL CORP
FILE # 73226
PO BOX 60000
SAN FRANCISCO, CA 94160-3230

CREDITOR ID: 278737-28
CISCO SYSTEMS CAPITAL CORPORATION
ATTN: SCOTT ALVAREZ
400 CARILLON PARKWAY, SUITE 220
ST. PETERSBURG, FL 33716

CREDITOR ID: 389047-54
CISROW, JAMESHA (MINOR)
1025 VW 3 AVE #E
FORT LAUDERDALE, FL 33312

CREDITOR ID: 392945-55
CISROW, JAMESHA (MINOR)
C/O: DOWNS & ASSOCIATES
255 UNIVERSITY DRIVE
CORAL GABLES FL 33134

CREDITOR ID: 399611-65
CIT
PO BOX 550599
JACKSONVILLE FL 32255-0599

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 245449-12
CIT / JOSSCLAUDE PRODUCTS NA LLC
PO BOX 1036
CHARLOTTE NC 28201-1036

CREDITOR ID: 382452-51
CIT FKA GATX
1170 PEACHTREE STREET NE
ATLANTA, GA 30309

CREDITOR ID: 245451-12
CIT GROUP /COMMERCIAL SVCS NINGBO
TRADING COMPANY
PO BOX 1036
CHARLOTTE NC 28201-1036

CREDITOR ID: 404373-95
CIT GROUP CO / SPENCERS
C/O SPENSERS INC
PO BOX 998
ATTN JANE UTT
MOUNT AIRY NC 27030

CREDITOR ID: 245453-12
CIT GROUP CO/SPENCERS
PO BOX 1036
CHARLOTTE, NC 28201-1036

CREDITOR ID: 403443-15
CIT GROUP/COMMERCIAL SERVICES, INC
ATTN HOWARD BIOLANSKY, ASST VP
1211 AVE OF THE AMERICAS
NEW YORK  NY 10036

CREDITOR ID: 399455-15
CIT TECHNOLOGY FINANCING
C/O WELTMAN WEINBERG & REIS CO LPA
ATTN GEOFFREY J PETERS ESQ
175 S THIRD STREET SUITE 900
COLUMBUS OH 43215

CREDITOR ID: 245458-12
CIT TECHNOLOGY FINANCING SVC INC
21719 NETWORK PLACE
CHICAGO, IL 60673-1217

CREDITOR ID: 245459-12
CITADELLE MAPLE SYRUP PRODUCER
PO BOX 7777
PHILADELPHIA, PA 19175-1907

CREDITOR ID: 245460-12
CITATION EQUIP. & CHEMICALS
4319 CRITTENDEN DR
LOUISVILLE KY 40209-1622

CREDITOR ID: 245461-12
CITGO PETROLEUM CORP
PO BOX 75065
CHARLOTTE, NC 28275-0001

CREDITOR ID: 382000-36
CITGO PETROLEUM CORP
STUART A RAINS
MCQUEEN RAINS & TRESCH, PLLC
6100 S YALE AVE, SUITE 618
TULSA OK 74136

CREDITOR ID: 384048-47
CITGO PETROLEUM CORP
PO BOX 840156
DALLAS, TX 75284-0156

CREDITOR ID: 404374-95
CITGO PETROLEUM CORP
P O BOX 100509
ATLANTA GA 30384-0509

CREDITOR ID: 245462-12
CITGO QUIK LUBE OF CLAYTON
STORE 01  11133 HWY 70 W
CLAYTON, NC 27520

CREDITOR ID: 245463-12
CITI SYSTEMS LEASING
DEPT 56901
PO BOX 67000
DETROIT, MI 48267

CREDITOR ID: 245465-12
CITICAPITAL
PPT MAIL STOP PPT/HAR
4650 REGENT BLVD SUITE 100
IRVING TX 75063

CREDITOR ID: 245464-12
CITICAPITAL
PO BOX 8500-9805
PHILADELPHIA, PA 19178-9805

CREDITOR ID: 404375-95
CITICAPITAL COMMERCIAL CORP
PO BOX 78563
MILWAUKEE WI 53278-0563

CREDITOR ID: 245466-12
CITICAPITAL COMMERCIAL CORP
PO BOX 9187
MINNEAPOLIS MN 55480

CREDITOR ID: 245467-12
CITICAPITAL TRAILER RENTAL INC
PO BOX 910148
DALLAS, TX 75391-0148

CREDITOR ID: 399360-15
CITICORP VENDOR FIN, INC, ASSIGNEE
MIAMI OFFICE SYSTEMS DBA MOS
ATTN ROBERT FLYNN
1800 OVERCENTER DRIVE
MOBERLY MO 65270

CREDITOR ID: 404376-95
CITICORP VENDOR FINANCE INC
PO BOX 41647
PHILADELPHIA PA 19101-1647

CREDITOR ID: 245468-12
CITICORP VENDOR FINANCE INC
PO BOX 7247-0322
PHILADELPHIA, PA 19170-0322

CREDITOR ID: 399345-15
CITICORP VENDOR FINANCE, INC FKA
COPELCO CAPITAL INC
ATTN ROBERT FLYNN
1800 OVERCENTER DRIVE
MOBERLY MO 65270

CREDITOR ID: 374243-44
CITIGATE SARD VERBINNEN
ATTN: DAVID HARRIS - CFO
530 THIRD AVENUE - 9TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 245469-12
CITIGATE SARD VERBINNEN
GENERAL POST OFFICE
PO BOX 26781
NEW YORK, NY 10087-6781

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 265614-31
CITIZENS FOR A GREEN FLORIDA
ATTN: JOHN LUND
1153 SE SUNSET HBR
WEIRSDALE FL 32195

CREDITOR ID: 245470-12
CITIZENS TELEPHONE CO
PO BOX 33069
CHARLOTTE, NC 28233-3069

CREDITOR ID: 240825-10
CITIZENS TELEPHONE CO
P O BOX 1137
BREVARD NC 28712-1137

CREDITOR ID: 245471-12
CITRINA INC
PO BOX 6659
APACHE JUNCTION, AZ 85278

CREDITOR ID: 245472-12
CITRUS BELLE
ATTN JOHN HAMMER
PO BOX 519
LABELLE FL 33935

CREDITOR ID: 404378-95
CITRUS COUNTY UTILITIES
3600 W SOVEREIGN PATH
LECANTO FL 34461

CREDITOR ID: 265615-31
CITRUS HIGHLANDS LLC
ATTN: BRUCE GOREN
16417 CITRUS PKWY
CLERMONT FL 34714-4938

CREDITOR ID: 245477-12
CITRUS MEMORIAL HOSPITAL
502 W HIGHLAND BLVD
IVERNESS FL 34452-4754

CREDITOR ID: 245478-12
CITRUS PUBLISHING
PO BOX 1899
INVERNESS, FL 34451-1899

CREDITOR ID: 245479-12
CITRUS PUBLISHING, INC
RIVERLAND NEWS
ATTN LINDA J MILLER
20441 E PENNSYLVANIA AVE
DUNNELLON, FL 34432-6035

CREDITOR ID: 404379-95
CITRUS WORLD
ATTN LINDA GARLAND
P O BOX 1111
LAKE WALES FL 33859

CREDITOR ID: 245480-12
CITRUS WORLD
PO BOX 116030
ATLANTA, GA 30368-6030

CREDITOR ID: 403192-99
CITRUS WORLD INC DBA FLORIDA'S NATU
C/O GRONEK & LATHAM LLP
ATTN: R SCOTT SHUKER/JIMMY PARRISH
390 N ORANGE AVE, STE 600
PO BOX 3353 (32802)
ORLANDO FL 32801

CREDITOR ID: 317437-42
CITY  OF NORFOLK TREASURER
PO BOX 3215
NORFOLK VA 23514-3215

CREDITOR ID: 265616-31
CITY ABBVILLE WTR TRTMNT PLANT
ATTN: ERIC MOATS
406 VIENNA ST
ABBEVILLE SC 29620-2163

CREDITOR ID: 265617-31
CITY AFFAIRS
ATTN: CAROLYN DENTON
208 ELK AVE S
FAYETTEVILLE TN 37334-3052

CREDITOR ID: 245482-12
CITY AWNING & SIDING CO INC
400 ALBRIGHT RD
ROCK HILL SC 29730

CREDITOR ID: 245483-12
CITY BEVERAGE CO
PO BOX 1036
ELIZABETH CITY, NC 27909

CREDITOR ID: 265618-31
CITY BUILDING
ATTN: JOSE YUTON
1494 PARLEYWOOD DR
MARIETTA GA 30067

CREDITOR ID: 239907-06
CITY CLERK
PO BOX 647
LAUREL MS 39441

CREDITOR ID: 245486-12
CITY CONSTABLE
PO BOX 1471
BATON ROUGE, LA 70821

CREDITOR ID: 240931-11
CITY COUNTY TAX COLLECTOR
PREPARED FOOD AND BEVERAGE
ACCOUNT NO.: 3234
PO BOX 32728
CHARLOTTE, NC 28232-2728

CREDITOR ID: 245488-12
CITY COURT OF ABBEVILLE
PO BOX 251
VERMILLION PARISH
ABBEVILLE, LA 70511

CREDITOR ID: 245489-12
CITY COURT OF DENHAM SPRINGS
398 MAYOR HOOVER AVENUE
DENHAM SPRINGS LA 70726

CREDITOR ID: 245490-12
CITY COURT OF HAMMOND
303 EAST THOMAS STREET
HAMMOND, LA 70404

CREDITOR ID: 374246-44
CITY COURT OF OPELOUSAS
PO BOX 1999
OPELOUSAS, LA 70571-1999

CREDITOR ID: 245491-12
CITY COURT OF OPELOUSAS
PO BOX K
OPELOUSAS LA 70571-1910

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245492-12<br>CITY COURT OF SLIDELL<br>WARDS 8 & 9<br>PO BOX 1094<br>SLIDELL LA 70459 | CREDITOR ID: 265619-31<br>CITY CVNGTON BLDG SAFTY ZONING<br>ATTN: FRANK TUNER SR<br>2116 STALLINGS ST NW<br>COVINGTON GA 30014-2347 | CREDITOR ID: 240021-06<br>CITY DELAND OCCUPATIONAL LICENSE<br>121 W RICH AVENUE<br>DELAND FL 32720 |
| CREDITOR ID: 265620-31<br>CITY DEVELOPMENT COMPANY LLC<br>ATTN: LYNN FOURNIER<br>10201 CENTURION PKWY N<br>JACKSONVILLE FL 32256-4100 | CREDITOR ID: 245493-12<br>CITY ELECTRIC & MAINTENANCE SUPPLY<br>2173 N W 22ND STREET<br>POMPANO BEACH FL 33069 | CREDITOR ID: 245494-12<br>CITY ELECTRIC SUPPLY CO<br>201 SOUTH HWY 27<br>CLERMONT, FL 34711 |
| CREDITOR ID: 245495-12<br>CITY ELECTRIC SUPPLY CO<br>PO BOX 609521<br>ORLANDO, FL 32860-9521 | CREDITOR ID: 245497-12<br>CITY FIRE EQUIPMENT<br>ATTN GERRY STUMM, PRES<br>PO BOX 3673<br>HOLLYWOOD, FL 33083 | CREDITOR ID: 395624-65<br>CITY FIRE EQUIPMENT<br>C/O CITY FIRE, INC<br>ATTN GERRY STUMM, PRES<br>5708 SW 25 ST<br>HOLLYWOOD, FL 33023 |
| CREDITOR ID: 245498-12<br>CITY GAS CO OF FLORIDA-NUI<br>PO BOX 6060<br>ELIZABETH, NJ 07207-6060 | CREDITOR ID: 245499-12<br>CITY GLASS<br>1097 STARK ROAD<br>STARVILLE MS 39459 | CREDITOR ID: 245500-12<br>CITY GLASS CO<br>PO BOX 369<br>FORT WALTON BEACH FL 32549-0369 |
| CREDITOR ID: 245501-12<br>CITY GLASS OF LAUREL INC<br>PO BOX 2094<br>LAUREL, MS 39440 | CREDITOR ID: 265621-14<br>CITY HALLANDALE BEACH FIN DEPT<br>ATTN: MARK ANTONIO<br>400 S FEDERAL HWY<br>HALLANDALE FL 33009-6433 | CREDITOR ID: 265622-31<br>CITY JNERETTE WASTE WTR TRTMNT<br>ATTN: LARRY DARBY<br>800 LANDRY ST<br>JEANERETTE LA 70544-3935 |
| CREDITOR ID: 240129-06<br>CITY KENNER LA OCCUPATIONAL LICENSE<br>1801 WILLIAMS BLVD BLDG B<br>ROOM 105<br>KENNER LA 70062 | CREDITOR ID: 265623-31<br>CITY LAUDERHILL PARKS LEISURE<br>ATTN: IRVIN KIFFIN<br>2000 CITY HALL DR<br>FORT LAUDERDALE FL 33313-7706 | CREDITOR ID: 374247-44<br>CITY LIGHT & WATER PLANT<br>PO BOX 777<br>PLAQUEMINE, LA 70764 |
| CREDITOR ID: 265624-31<br>CITY MAYOR<br>ATTN: LEE FELDMAN<br>120 MALABAR RD SE<br>PALM BAY FL 32907-3009 | CREDITOR ID: 265626-14<br>CITY OF ABBEVILLE<br>ATTN: JUDY F SCOTT<br>108 COURT SQ<br>ABBEVILLE SC 29620-2402 | CREDITOR ID: 265625-31<br>CITY OF ABBEVILLE<br>ATTN: FRANKLIN LEWIS<br>706 BRANCH ST<br>ABBEVILLE SC 29620-1910 |
| CREDITOR ID: 245507-12<br>CITY OF ABBEVILLE<br>PO BOX 1170<br>ABBEVILLE, LA 70511-1170 | CREDITOR ID: 245507-12<br>CITY OF ABBEVILLE<br>C/O FUNDERBURK & HERPIN<br>ATTN J ISAAC FUNDERBURK, ESQ<br>100 SOUTH ST CHARLES<br>PO DRAWER 1030<br>ABBEVILLE LA 70511-1030 | CREDITOR ID: 239909-06<br>CITY OF ABBEVILLE DEPT OF REVENUE<br>REGULATORY CODES & PERMITS<br>PO BOX 1170<br>ABBEVILLE LA 70511-1170 |
| CREDITOR ID: 245506-12<br>CITY OF ABBEVILLE PUBLIC UTILITIES<br>ATTN MARK HALL/FRAN STRICKLAND<br>PO BOX 639<br>ABBEVILLE, SC 29620-0639 | CREDITOR ID: 245509-12<br>CITY OF ABBEVILLE TREASURER<br>PO BOX 40<br>100 COURT SQUARE<br>ABBEVILLE, SC 29620 | CREDITOR ID: 245511-12<br>CITY OF ABILENE, TX<br>ATTN CAROLYN FOSTER, ASST CITY ATTY<br>PO BOX 3479<br>555 WALNUT<br>ABILENE, TX 79604-3479 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245513-12<br>CITY OF ADEL UTILITIES DEPT<br>ATTN RHONDA P ROWE<br>112 N PARRISH AVENUE<br>PO BOX 1530<br>ADEL, GA 31620 | CREDITOR ID: 245516-12<br>CITY OF AIKEN<br>PO BOX 1608<br>AIKEN, SC 29802-1608 | CREDITOR ID: 2980-04<br>CITY OF AIKEN<br>250 DUPONT DR., N.E.<br>AIKEN SC 29801 |
| CREDITOR ID: 265627-31<br>CITY OF AIKEN<br>ATTN: LARRY MORRIS<br>214 PARK AVE SW<br>AIKEN SC 29801-3886 | CREDITOR ID: 245517-12<br>CITY OF ALABASTER<br>127 1ST STREET SW<br>ALABASTER, AL 35007 | CREDITOR ID: 239916-06<br>CITY OF ALBANY<br>PO BOX 447<br>ALBANY GA 31702 |
| CREDITOR ID: 265628-14<br>CITY OF ALBANY<br>ATTN: SHIRLEY SMITH<br>240 PINE AVE STE 150<br>ALBANY GA 31701-2560 | CREDITOR ID: 64-03<br>CITY OF ALBANY<br>207 PINE AVENUE<br>ALBANY GA 31703-7601 | CREDITOR ID: 265255-14<br>CITY OF ALBANY TAX DEPT<br>ATTN: DENVER COLLINS<br>225 PINE AVE RM 123<br>ALBANY GA 31701-2561 |
| CREDITOR ID: 265630-31<br>CITY OF ALCOA<br>ATTN: SAM HOLLOWAY<br>240 LONG POWERS RD<br>FRIENDSVILLE TN 37737-3358 | CREDITOR ID: 265629-31<br>CITY OF ALCOA<br>ATTN: KENNETH REYNOLDS<br>301 SAM HOUSTON SCHOOL RD<br>MARYVILLE TN 37804-5637 | CREDITOR ID: 245519-12<br>CITY OF ALEXANDER<br>PO BOX 552<br>ALEXANDER CITY, AL 35010-0552 |
| CREDITOR ID: 240934-11<br>CITY OF ALEXANDER CITY<br>ACCOUNT NO.: 5495<br>PO BOX 552<br>ALEXANDER CITY, AL 35010-0552 | CREDITOR ID: 239919-06<br>CITY OF ALEXANDRIA<br>8330 WEST MAIN STREET<br>ALEXANDRIA KY 41001 | CREDITOR ID: 265631-14<br>CITY OF ALEXANDRIA<br>ATTN: DANIEL A NECKEL<br>301 KING ST RM 1600<br>ALEXANDRIA VA 22314-3211 |
| CREDITOR ID: 2981-04<br>CITY OF ALICEVILLE<br>311 3RD AVE NW<br>ALICEVILLE AL 35442 | CREDITOR ID: 245522-12<br>CITY OF ALICEVILLE<br>WATER & SEWER BOARD<br>311 3RD AVE NW<br>ALICEVILLE AL 35442 | CREDITOR ID: 265632-31<br>CITY OF ALPHARETTA<br>ATTN: DIANA WHEELER<br>287 S MAIN ST<br>ALPHARETTA GA 30004-1937 |
| CREDITOR ID: 245523-12<br>CITY OF ALTAMONTE<br>225 NEWBERRYPORT AVE<br>ALTAMONTE SPRINGS, FL 32701-3600 | CREDITOR ID: 68-03<br>CITY OF ALTAMONTE SPRINGS<br>CITY HALL<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 239920-06<br>CITY OF ALTAMONTE SPRINGS<br>225 NEWBURYPORT AVE<br>ALTAMONTE SPG FL 32701-3697 |
| CREDITOR ID: 245525-12<br>CITY OF AMERICUS<br>101 WEST LAMAR STREET<br>AMERICUS, GA 31709 | CREDITOR ID: 2983-04<br>CITY OF AMITE<br>212 EAST OAK STREET<br>AMITE LA 70422-2818 | CREDITOR ID: 245529-12<br>CITY OF ANDALUSIA<br>PO BOX 790<br>ANDALUSIA, AL 36420-0790 |
| CREDITOR ID: 239923-06<br>CITY OF ANDERSON<br>401 SOUTH MAIN STREET<br>CITY CLERK AND TREASURER<br>PROPERTY TAX<br>ANDERSON SC 29624-2301 | CREDITOR ID: 245530-12<br>CITY OF ANDERSON<br>401 S MAIN ST<br>BUSINESS LICENSE OFFICE<br>ANDERSON, SC 29624-2301 | CREDITOR ID: 265634-31<br>CITY OF ANDERSON<br>ATTN: RONNIE ADERHOLD<br>1100 SOUTHWOOD ST<br>ANDERSON SC 29624-2526 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

CREDITOR ID: 317444-42
CITY OF ANDERSON
CITY CLERK AND TREASURER
ANDERSON, SC 29621-5527

CREDITOR ID: 240935-11
CITY OF ANDERSON
HOSPITALITY FEE
ACCOUNT NO.: NONE
401 SOUTH MAIN STREET
ANDERSON, SC 29624

CREDITOR ID: 80-03
CITY OF ANDERSON
908 N MAIN STREET
ANDERSON SC 29621

CREDITOR ID: 265633-31
CITY OF ANDERSON
ATTN: JOE RYAN
309 KIRKWOOD DR
ANDERSON SC 29624-5527

CREDITOR ID: 248862-12
CITY OF ANDERSON ELECTRIC CITY UTIL
ATTN MARGOT MARTIN
401 S MAIN STREET
ANDERSON SC 29624

CREDITOR ID: 239925-06
CITY OF ANNISTON
LICENSE DEPARTMENT
PO BOX 2168
ANNISTON AL 36202-2168

CREDITOR ID: 81-03
CITY OF ANNISTON
131 W. 11TH STREET
ANNISTON AL 36202

CREDITOR ID: 245534-12
CITY OF APOPKA
ATTN CHERYL MARTIN
PO DRAWER 1188
APOPKA, FL 32704-1188

CREDITOR ID: 239926-06
CITY OF APOPKA
CITY OCCUPATIONAL LICENSE
PO BOX 1229
APOPKA FL 32704-1229

CREDITOR ID: 265635-14
CITY OF APOPKA
ATTN: JOHN H LAND
120 E MAIN ST
APOPKA FL 32703-5346

CREDITOR ID: 245536-12
CITY OF ARCADIA
PO BOX 191
ARCADIA, FL 34265-0191

CREDITOR ID: 85-03
CITY OF ARLINGTON
PO BOX 90020
ARLINGTON TX 76004

CREDITOR ID: 245537-12
CITY OF ASHEBORO
PO BOX 1106
146 N CHURCH STREET
ASHEBORO NC 27204-1106

CREDITOR ID: 2984-04
CITY OF ASHEBORO
146 N. CHURCH ST.
ASHEBORO NC 27203

CREDITOR ID: 265636-31
CITY OF ASHEBORO
ATTN: DON BOSTIC
1462 WINSLOW AVE
ASHEBORO NC 27205-5152

CREDITOR ID: 265637-31
CITY OF ASHEBORO
ATTN: FELIX WARD
319 COUNTRY CLUB DR
ASHEBORO NC 27205-6705

CREDITOR ID: 265638-31
CITY OF ASHEBORO
ATTN: REYNOLDS NEELI
146 N CHURCH ST
ASHEBORO NC 27203-5436

CREDITOR ID: 245538-12
CITY OF ASHEVILLE
PO BOX 7148
ASHEVILLE NC 28802-1208

CREDITOR ID: 265639-31
CITY OF ASHEVILLE
ATTN: DAVID HANKS
70 CITY COUNTY PLZ
ASHEVILLE NC 28801-3725

CREDITOR ID: 265640-31
CITY OF ASHLAND
ATTN: FREDDY MILER
199 RHEA ST
ASHLAND CITY TN 37015

CREDITOR ID: 239928-06
CITY OF ATHENS
PO BOX 1089
ATHENS AL 35612

CREDITOR ID: 265641-31
CITY OF ATHENS
ATTN: GREG HAYES
220 ALFORD ST
ATHENS TN 37303-4665

CREDITOR ID: 242708-12
CITY OF ATHENS UTILITIES
ATTN BARBARA BURRELL, COLL MGR
PO BOX 1089
ATHENS, AL 35611-3541

CREDITOR ID: 265652-31
CITY OF ATLANTA
ATTN: ROBERT GRAY
55 TRINITY AVE SW
ATLANTA GA 30303-3520

CREDITOR ID: 239929-06
CITY OF ATLANTA
CITY HALL SOUTH
55 TRINITY AVE SW
ATLANTA GA 30303

CREDITOR ID: 404381-95
CITY OF ATLANTA
55 TRINITY AVE SW
ATLANTA GA 30335

CREDITOR ID: 265653-31
CITY OF ATLANTA
ATTN: TOM MARTIN
1120 NORTH AVE NW
ATLANTA GA 30318-6504

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265646-14<br>CITY OF ATLANTA<br>ATTN: GARY DONALDSON<br>55 TRINITY AVE SW<br>ATLANTA GA 30303-3520 | CREDITOR ID: 265651-14<br>CITY OF ATLANTA<br>ATTN: RICK ANDERSON<br>68 MARGARET MITCHELL SQ NW<br>ATLANTA GA 30303-1023 | CREDITOR ID: 245541-12<br>CITY OF ATLANTA<br>MUNICIPAL REVENUE COLLECTOR<br>PO BOX 740560<br>ATLANTA, GA 30374 |
| CREDITOR ID: 265642-31<br>CITY OF ATLANTA<br>ATTN: BARBARA HUBBARD<br>315 CHESTER AVE SE<br>ATLANTA GA 30316-1254 | CREDITOR ID: 265649-31<br>CITY OF ATLANTA<br>ATTN: NORMAN KOPLAN<br>55 TRINITY AVE SW<br>ATLANTA GA 30303-3520 | CREDITOR ID: 265645-31<br>CITY OF ATLANTA<br>ATTN: FRED WALTER<br>2440 BOLTON RD NW<br>ATLANTA GA 30318-1346 |
| CREDITOR ID: 265643-31<br>CITY OF ATLANTA<br>ATTN: CARL SMART<br>55 TRINITY AVE SW<br>ATLANTA GA 30303-3520 | CREDITOR ID: 265647-31<br>CITY OF ATLANTA<br>ATTN: HENRY KEEFER JR<br>4075 BLUE RIDGE PKWY<br>CANTON NC 28716 | CREDITOR ID: 265648-31<br>CITY OF ATLANTA<br>ATTN: JONATHAN WALKER<br>5025 NEW PEACHTREE RD<br>ATLANTA GA 30341-3124 |
| CREDITOR ID: 265650-31<br>CITY OF ATLANTA<br>ATTN: PAMELA EVERETT BOONE<br>98 MITCHELL ST SW<br>ATLANTA GA 30303-3525 | CREDITOR ID: 265644-31<br>CITY OF ATLANTA<br>ATTN: CHUCK GABRIEL<br>1725 NORTHWEST DR NW<br>ATLANTA GA 30318-3858 | CREDITOR ID: 239930-06<br>CITY OF ATLANTA BUREAU OF TREASURER<br>ATTN GREASE PERMITS<br>65 TRINITY AVE SW SUITE 1350<br>ATLANTA GA 30303 |
| CREDITOR ID: 383986-47<br>CITY OF ATLANTA WATER DEPT<br>55 TRINTY AVENUE, STE 1650<br>ATLANTA, GA 30303-3520 | CREDITOR ID: 91-03<br>CITY OF ATMORE<br>PO DRAWER 1296<br>ATMORE AL 36504 | CREDITOR ID: 245545-12<br>CITY OF ATMORE<br>PO BOX 1296<br>ATMORE, AL 36504-1296 |
| CREDITOR ID: 240936-11<br>CITY OF AUBURN<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | CREDITOR ID: 265654-14<br>CITY OF AUBURN<br>ATTN: ANDREA JACKSON<br>144 TICHENOR AVE<br>AUBURN AL 36830-4784 | CREDITOR ID: 245548-12<br>CITY OF AUBURN<br>PO BOX 3570<br>AUBURN, AL 36830 |
| CREDITOR ID: 245547-12<br>CITY OF AUBURN<br>ATTN LATICE MOSE<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | CREDITOR ID: 265655-31<br>CITY OF AUBURN PUB SAFETY DEPT<br>ATTN: BILL JAMES<br>144 TICHENOR AVE<br>AUBURN AL 36830-4784 | CREDITOR ID: 265656-31<br>CITY OF AUBURNDALE<br>ATTN: CURTIS VAUGHN<br>119 W PARK ST<br>AUBURNDALE FL 33823-3311 |
| CREDITOR ID: 239935-06<br>CITY OF AUBURNDALE<br>105 TAMPA ST<br>AUBURNDALE FL 33823 | CREDITOR ID: 265657-31<br>CITY OF AUBURNDALE<br>ATTN: LARRY HAZLEWOOD<br>102 ATLANTIC AVE<br>AUBURNDALE, FL 33823 | CREDITOR ID: 245549-12<br>CITY OF AUBURNDALE PUBLIC UTILITIES<br>ATTN JOHN DICKSON<br>PO BOX 186<br>AUBURNDALE, FL 33823 |
| CREDITOR ID: 2985-04<br>CITY OF AUGUSTA<br>327 PONCE DELEON AVE.<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 239863-06<br>CITY OF AUGUSTA<br>LICENSE AND INSPECTION<br>PO BOX 9270<br>AUGUSTA GA 30916-9270 | CREDITOR ID: 395545-15<br>CITY OF AUGUSTA UTILITIES DEPT<br>C/O SHEPARD, PLUNKETT, ET AL<br>ATTN TODD BOUDREAUX, ESQ<br>701 GREENE STREET, SUITE 104<br>AUGUSTA GA 30901-2322 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                   CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 242809-12<br>CITY OF AUGUSTA UTILITIES DEPT<br>530 GREENE STREET, ROOM 118<br>AUGUSTA, GA 30911 | CREDITOR ID: 395545-15<br>CITY OF AUGUSTA UTILITIES DEPT<br>PO BOX 1457<br>AUGUSTA GA 30901 | CREDITOR ID: 99-03<br>CITY OF AUGUSTINE<br>PO DRAWER 210<br>ST AUGUSTINE FL 32085 |
| CREDITOR ID: 397782-75<br>CITY OF AUSTELL<br>2716 BROAD ST<br>AUSTELL, GA 30106 | CREDITOR ID: 102-03<br>CITY OF AVON PARK<br>110 E. MAIN STREET<br>AVON PARK FL 33825 | CREDITOR ID: 245552-12<br>CITY OF AVON PARK<br>110 EAST MAIN ST<br>AVON PARK, FL 33825 |
| CREDITOR ID: 384050-47<br>CITY OF BAINBRIDGE<br>PO BOX 158<br>BAINBRIDGE GA 39818 | CREDITOR ID: 239939-06<br>CITY OF BAINBRIDGE<br>PO BOX 946<br>BAINBRIDGE GA 39818 | CREDITOR ID: 245554-12<br>CITY OF BAKER<br>PO BOX 707<br>BAKER, LA 70704-0707 |
| CREDITOR ID: 265658-14<br>CITY OF BAKER<br>ATTN: JULIE PITTMAN<br>3325 GROOM RD<br>BAKER LA 70714-3498 | CREDITOR ID: 245555-12<br>CITY OF BARBOURVILLE<br>PO BOX 1300<br>BARBOURVILLE, KY 40906-1300 | CREDITOR ID: 240937-11<br>CITY OF BARBOURVILLE<br>ACCOUNT NO.: 014165<br>PO BOX 1300<br>BARBOURVILLE, KY 40906 |
| CREDITOR ID: 108-03<br>CITY OF BARBOURVILLE<br>UTILITIES COMMISSION<br>DANIEL BOONE DRIVE<br>PO BOX 1600<br>BARBOURVILLE KY 40906 | CREDITOR ID: 317445-42<br>CITY OF BARDSTOWN<br>220 N FIFTH STREET<br>BARDSTOWN, KY 40004 | CREDITOR ID: 245557-12<br>CITY OF BARDSTOWN<br>220 NORTH FIFTH STREET<br>BARDSTOWN, KY 40004 |
| CREDITOR ID: 109-03<br>CITY OF BARDSTOWN<br>220 N FITH STREET<br>BARDSTOWN KY 40004 | CREDITOR ID: 239941-06<br>CITY OF BARDSTOWN<br>220 N 5TH ST<br>BARDSTOWN KY 40004 | CREDITOR ID: 265660-31<br>CITY OF BARTLETT<br>ATTN: JUANITA DYE<br>6400 STAGE RD<br>MEMPHIS TN 38134-3739 |
| CREDITOR ID: 265659-31<br>CITY OF BARTLETT<br>ATTN: BILL KILP<br>3585 ALTRURIA RD<br>BARTLETT TN 38135-2544 | CREDITOR ID: 245558-12<br>CITY OF BARTOW<br>450 N WILSON AVE<br>BARTOW, FL 33831 | CREDITOR ID: 113-03<br>CITY OF BATESBURG-LEESVILLE<br>PO BOX 26<br>BATESBURG SC 29006-0026 |
| CREDITOR ID: 243115-12<br>CITY OF BATESBURG-LEESVILLE PUBLIC<br>WORKS DEPT<br>ATTN JUDY E EDWARDS<br>PO BOX 2329<br>BATESBURG-LEESVILLE, SC 29070 | CREDITOR ID: 265664-14<br>CITY OF BATON ROUGE<br>ATTN: DAVID MEDLIN<br>222 SAINT LOUIS ST # 439<br>BATON ROUGE LA 70802-5817 | CREDITOR ID: 265666-31<br>CITY OF BATON ROUGE<br>ATTN: FRED E RAIFORD III<br>222 SAINT LOUIS ST<br>BATON ROUGE LA 70802-5817 |
| CREDITOR ID: 245560-12<br>CITY OF BATON ROUGE<br>ATTN:  SGT LT GOINS<br>PO BOX 2406<br>BATON ROUGE LA 70821 | CREDITOR ID: 114-03<br>CITY OF BATON ROUGE<br>PO BOX 96091<br>BATON ROUGE LA 70896 | CREDITOR ID: 265671-31<br>CITY OF BATON ROUGE<br>ATTN: TROY BUNCH<br>1755 FLORIDA BLVD<br>BATON ROUGE LA 70802-3841 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                                CASE:  05-03817-3F1

CREDITOR ID: 265670-14
CITY OF BATON ROUGE
ATTN: STEVE BLOUNT
222 SAINT LOUIS ST FL 2
BATON ROUGE LA 70802-5817

CREDITOR ID: 265665-31
CITY OF BATON ROUGE
ATTN: DAVIS RHORER
227 FLORIDA ST
BATON ROUGE LA 70801-1719

CREDITOR ID: 265663-14
CITY OF BATON ROUGE
ATTN: BRIAN WILSON
222 SAINT LOUIS ST
BATON ROUGE LA 70802-5817

CREDITOR ID: 265662-31
CITY OF BATON ROUGE
ATTN: BOB WILKES
55 MILLS AVE
BATON ROUGE LA 70801

CREDITOR ID: 265661-31
CITY OF BATON ROUGE
ATTN: AL GENSLER
300 LOUISIANA AVE FL 2
BATON ROUGE LA 70802-5803

CREDITOR ID: 265667-31
CITY OF BATON ROUGE
ATTN: GERALD SPRULL
50 WOODPECKER ST
BATON ROUGE LA 70807-2679

CREDITOR ID: 265668-31
CITY OF BATON ROUGE
ATTN: LENARD COLLINS
343 CHIPPEWA ST
BATON ROUGE LA 70805-7686

CREDITOR ID: 245561-12
CITY OF BAXLEY
PO BOX 180
BAXLEY, GA 31513-0180

CREDITOR ID: 317446-42
CITY OF BAXLEY TAX COLLECTOR
PO BOX 29
BAXLEY GA 31515-0029

CREDITOR ID: 317446-42
CITY OF BAXLEY TAX COLLECTOR
C/O J ALEXANDER JOHNSON, PC
ATTN J ALEXANDER JOHNSON, ESQ
132 WEST PARKER STREET
BAXLEY GA 31513

CREDITOR ID: 239944-06
CITY OF BAY MINETTE
PO BOX 1208
BAY MINETTE AL 36507-1208

CREDITOR ID: 384051-47
CITY OF BAY MINETTE UTILITIES BD
ATTN KARAN D LEWIS, CFO
PO BOX 1207
BAY MINETTE, AL 36507-1207

CREDITOR ID: 245567-12
CITY OF BAY ST LOUIS
ATTN: ROBERT PARKER
PO BOX 2550
BAY ST LOUIS, MS 39521-2550

CREDITOR ID: 120-03
CITY OF BAY ST LOUIS
PO BOX 2550
BAY ST LOUIS MS 39521

CREDITOR ID: 239945-06
CITY OF BAY ST LOUIS
300 SOUTH SECOND STREET
BAY ST LOUIS MS 39520

CREDITOR ID: 245568-12
CITY OF BEAUFORT
PO BOX 1167
BEAUFORT, SC 29901-1167

CREDITOR ID: 123-03
CITY OF BEDFORD
ATTN JOANNE CALDWELL, TREAS
215 EAST MAIN STREET
BEDFORD VA 24523

CREDITOR ID: 245569-12
CITY OF BEDFORD REV COMMISSIONER
ATTN BRENDA DANIEL
PO BOX 807
BEDFORD, VA 24523-0807

CREDITOR ID: 239868-06
CITY OF BEDFORD TREASURER
PROPERTY TAX
PO BOX 807
BEDFORD VA 24523-0807

CREDITOR ID: 245571-12
CITY OF BELLE GLADE
MUNICIPAL COMPLEX
BELLE GLADE, FL 33430-3930

CREDITOR ID: 245572-12
CITY OF BELLEVIEW
5343 SOUTHEAST ABSHIER BOULVARD
BELLEVIEW, FL 34420

CREDITOR ID: 125-03
CITY OF BELLEVIEW
5343 S.E. ABSHIER BLVD.
BELLEVIEW FL 34420

CREDITOR ID: 239949-06
CITY OF BELMONT
PO BOX 431
BELMONT NC 28012-0431

CREDITOR ID: 245574-12
CITY OF BELTON
PO BOX 828
BELTON, SC 29627-0828

CREDITOR ID: 128-03
CITY OF BENNETTSVILLE
PO BOX 1036
BENNETTSVILLE SC 29512-1036

CREDITOR ID: 265672-31
CITY OF BENNETTSVILLE
ATTN: TOMMY BOSTICK
1210 RED HILL RD
BENNETTSVILLE SC 29512-3567

CREDITOR ID: 265673-31
CITY OF BESSEMER
ATTN: JAMES EADES
1205 15TH AVE N
BESSEMER AL 35020-4621

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 239951-06
CITY OF BESSEMER
1806 3RD AVE NORTH
BESSEMER AL 35020

CREDITOR ID: 240940-11
CITY OF BESSEMER
ACCOUNT NO.: 5099
1806 3RD AVENUE NORTH
BESSEMER, AL 35020

CREDITOR ID: 243362-12
CITY OF BESSEMER UTILITIES
PO BOX 1246
BESSEMER, AL 35021-1246

CREDITOR ID: 265464-31
CITY OF BESSEMER WASTE AND WATER
ATTN: JOE ALBRIGHT
132 W VIRGINIA AVE
BESSEMER CITY NC 28016-2373

CREDITOR ID: 245578-12
CITY OF BILOXI
PO BOX 508
BILOXI MS 39533

CREDITOR ID: 245577-12
CITY OF BILOXI
PO BOX 349
BILOXI, MS 39533-0349

CREDITOR ID: 265674-31
CITY OF BILOXI
ATTN: DAVID STAEHLING
676 DR MARTIN LUTHER KING JR BLVD
BILOXI MS 39530-3835

CREDITOR ID: 240943-11
CITY OF BIRMINGHAM
ACCOUNT NO.: 103096-ST
PO BOX 10566
BIRMINGHAM, AL 35296-0001

CREDITOR ID: 265681-31
CITY OF BIRMINGHAM
ATTN: WILLIAM GILCHIST
710 20TH ST N FL 2
BIRMINGHAM AL 35203-2216

CREDITOR ID: 239953-06
CITY OF BIRMINGHAM
PO BOX 10566
BIRMINGHAM AL 35296-0001

CREDITOR ID: 265677-31
CITY OF BIRMINGHAM
ATTN: JAMES FENSTEMAKER
710 20TH ST N FL 10
BIRMINGHAM AL 35203-2216

CREDITOR ID: 265676-14
CITY OF BIRMINGHAM
ATTN: FOLASADE A OLANIPEKUN
710 20TH ST N FL 1
BIRMINGHAM AL 35203-2216

CREDITOR ID: 265680-31
CITY OF BIRMINGHAM
ATTN: STEVEN FANTCHER
1044 AVENUE W
BIRMINGHAM AL 35214-6262

CREDITOR ID: 265678-31
CITY OF BIRMINGHAM
ATTN: JANICE GETHRIA
4601 SICARD HOLLOW RD
BIRMINGHAM AL 35242-5613

CREDITOR ID: 243569-12
CITY OF BIRMINGHAM WATER WORKS
PO BOX 830269
BIRMINGHAM, AL 35283-0269

CREDITOR ID: 265682-31
CITY OF BLOUNTSTOWN
ATTN: CHARLES SHERROD
16140 SE JOHNSON ST
BLOUNTSTOWN FL 32424-2480

CREDITOR ID: 265683-31
CITY OF BLOUNTSVILLE
ATTN: DON DRIFFIN
69145 MAIN ST
BLOUNTSVILLE AL 35031-6830

CREDITOR ID: 245580-12
CITY OF BLUE ASH
4343 COOPER ROAD
BLUE ASH OH 45242-5699

CREDITOR ID: 265684-31
CITY OF BOAZ
ATTN: JAME WITT
1124 COLLEGE AVE
BOAZ AL 35957-3245

CREDITOR ID: 136-03
CITY OF BOCA RATON
PO BOX 31506
TAMPA FL 33631

CREDITOR ID: 245583-12
CITY OF BOCA RATON
UTILITIES PROCESSING CENTER
PO BOX 31506
TAMPA, FL 33631-3506

CREDITOR ID: 137-03
CITY OF BOGALUSA
214 ARKANSAS STREET
BOGALUSA LA 70429

CREDITOR ID: 245584-12
CITY OF BOGALUSA
PO BOX 1179
BOGALUSA, LA 70429-1179

CREDITOR ID: 265685-31
CITY OF BOGART
ATTN: JAN THURMOND
125 MAIN ST
BOGART GA 30622-1566

CREDITOR ID: 265686-14
CITY OF BOSSIER
ATTN: GEORGE DEMENT
620 BENTON RD
BOSSIER CITY LA 71111-3700

CREDITOR ID: 265687-14
CITY OF BOSSIER
ATTN: KEVIN CAIN
620 BENTON RD
BOSSIER CITY LA 71111-3700

CREDITOR ID: 318597-43
CITY OF BOWLING GREEN KY
PO BOX 1410
BOWLING GREEN, KY 42102-0430

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245587-12<br>CITY OF BOYNTON BEACH<br>100 EAST BOYNTON BEACH BLVD<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 245588-12<br>CITY OF BOYNTON BEACH<br>PO BOX 310<br>BOYNTON BEACH, FL 33425-0310 | CREDITOR ID: 245589-12<br>CITY OF BOYTON BEACH<br>PO BOX 190<br>BOYTON BEACH, FL 33425-0190 |
| CREDITOR ID: 265688-31<br>CITY OF BRADENTON<br>ATTN: JOHN CUMMING<br>1411 9TH ST W<br>BRADENTON FL 34205-7217 | CREDITOR ID: 245590-12<br>CITY OF BRADENTON<br>PO BOX 30565<br>TAMPA, FL 33630-3565 | CREDITOR ID: 245593-12<br>CITY OF BRANDON WATER DEPT<br>PO BOX 1539<br>BRANDON, MS 39043 |
| CREDITOR ID: 317448-42<br>CITY OF BREAUX BRIDGE<br>TAX DEPT<br>BREAUX BRIDGE, LA 70517-5051 | CREDITOR ID: 245595-12<br>CITY OF BREAUX BRIDGE<br>101 BERARD STREET<br>BREAUX BRIDGE, LA 70517-5051 | CREDITOR ID: 240944-11<br>CITY OF BRENT<br>ACCOUNT NO.: NONE<br>PO BOX 220<br>BRENT, AL 35034 |
| CREDITOR ID: 243926-12<br>CITY OF BRENT UTILITIES BOARD<br>PO BOX 220<br>BRENT, AL 35034-0220 | CREDITOR ID: 265689-14<br>CITY OF BRENTWOOD<br>ATTN: MICHAEL WALKER<br>CITY HALL<br>BRENTWOOD TN 37027 | CREDITOR ID: 245597-12<br>CITY OF BREVARD<br>151 W MAIN<br>BREVARD, NC 28712 |
| CREDITOR ID: 245598-12<br>CITY OF BREWTON<br>PO BOX 368<br>BREWTON, AL 36427 | CREDITOR ID: 265690-31<br>CITY OF BROOKESVILLE<br>ATTN: EMORY PIERCE<br>600 S BROOKSVILLE AVE<br>BROOKSVILLE FL 34601-3710 | CREDITOR ID: 265691-31<br>CITY OF BROOKHAVEN<br>ATTN: KEVIN CARTER<br>S OLD HWY<br>BROOKHAVEN MS 39601 |
| CREDITOR ID: 245600-12<br>CITY OF BROOKHAVEN WATER DEPT<br>PO BOX 560<br>BROOKHAVEN, MS 39602 | CREDITOR ID: 245601-12<br>CITY OF BROOKSVILLE<br>PO BOX 656<br>BROOKSVILLE, FL 34605-0656 | CREDITOR ID: 245602-12<br>CITY OF BRUNSWICK<br>PO BOX 550<br>BRUNSWICK, GA 31521-0550 |
| CREDITOR ID: 265692-31<br>CITY OF BRUNSWICK<br>ATTN: KEITH MORGAN<br>700 GLOUCESTER ST<br>BRUNSWICK GA 31520-7044 | CREDITOR ID: 265693-31<br>CITY OF BUNKIE<br>ATTN: BUDDY REDMAN<br>656 E OAK ST # 346-7663<br>BUNKIE LA 71322-1121 | CREDITOR ID: 318598-43<br>CITY OF BUNKIE<br>P O BOX 630<br>BUNKIE, LA 71322 |
| CREDITOR ID: 265694-31<br>CITY OF BURLINGTON<br>ATTN: STEPHEN SHOAF<br>149 E RUFFIN ST<br>BURLINGTON NC 27217-3959 | CREDITOR ID: 265695-31<br>CITY OF BURLINGTON<br>ATTN: THOMAS MURR<br>3400 HARRIS RD<br>BURLINGTON NC 27215-9209 | CREDITOR ID: 244203-12<br>CITY OF BURLINGTON<br>PO BOX 1358<br>BURLINGTON, NC 27216-1358 |
| CREDITOR ID: 156-03<br>CITY OF BUSHNELL<br>ATTN: JOAN<br>PO BOX 115<br>BUSHNELL FL 33513-0115 | CREDITOR ID: 245605-12<br>CITY OF BUSHNELL<br>PO BOX 115<br>BUSHNELL, FL 33513 | CREDITOR ID: 384052-47<br>CITY OF CAIRO UTILITIES DEPT<br>200 FIRST AVE SW<br>CAIRO, GA 39828 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 318600-43<br>CITY OF CALHOUN<br>PO BOX 248<br>CALHOUN, GA 30703-0248 | CREDITOR ID: 265696-31<br>CITY OF CALHOUN<br>ATTN: CARLTON ROGERS<br>205 KIRBY RD NW<br>CALHOUN GA 30701-7909 | CREDITOR ID: 265697-14<br>CITY OF CALHOUN<br>ATTN: CATHY HARRISON<br>226 S WALL ST<br>CALHOUN GA 30701-2246 |
| CREDITOR ID: 245611-12<br>CITY OF CALHOUN CITY WATER DEPT<br>PO BOX E<br>CALHOUN CITY, MS 38916 | CREDITOR ID: 265698-31<br>CITY OF CAMDEN<br>ATTN: JOE PECK<br>397 TE KING RD<br>CAMDEN TN 38320-6612 | CREDITOR ID: 244403-12<br>CITY OF CAMDEN<br>PO BOX 7002<br>CAMDEN, SC 29020-7002 |
| CREDITOR ID: 245614-12<br>CITY OF CAMILLA GA<br>PO BOX 328<br>CAMILLA, GA 31730-0328 | CREDITOR ID: 403495-93<br>CITY OF CANTON<br>ATTN: VALERIE SMITH, CITY CLERK<br>PO BOX 1605<br>CANTON MS 39046 | CREDITOR ID: 265699-31<br>CITY OF CANTON<br>ATTN: MAUREEN SIMPSON<br>3340 N LIBERTY ST<br>CANTON MS 39046-3739 |
| CREDITOR ID: 239972-06<br>CITY OF CANTON CITY HALL<br>226 E PEACE STREET<br>CANTON MS 39046 | CREDITOR ID: 244449-12<br>CITY OF CANTON MUNICIPAL UTILITIES<br>PO BOX 114<br>CANTON, MS 39046 | CREDITOR ID: 245616-12<br>CITY OF CARTERSVILLE<br>PO BOX 1390<br>CARTERSVILLE, GA 30120-1390 |
| CREDITOR ID: 169-03<br>CITY OF CARY<br>PO BOX 8049<br>CARY NC 27512 | CREDITOR ID: 245618-12<br>CITY OF CASSELBERRY UTILITY<br>PO BOX 180819<br>CASSELBERRY, FL 32718-0819 | CREDITOR ID: 2992-04<br>CITY OF CAYCE<br>1800 12TH STREET<br>PO BOX 2004<br>CAYCE SC 29171 |
| CREDITOR ID: 245619-12<br>CITY OF CAYCE<br>PO BOX 2004<br>CAYCE, SC 29171-2004 | CREDITOR ID: 239975-06<br>CITY OF CAYCE SC<br>ATTN E GARRETT HUDDLE, TREAS<br>PO BOX 2004<br>CAYCE SC 29171-2004 | CREDITOR ID: 317454-42<br>CITY OF CEDARTOWN<br>TAX DEPT<br>CEDARTOWN, GA 30125-0065 |
| CREDITOR ID: 245620-12<br>CITY OF CEDARTOWN TAX DEPT<br>PO BOX 65<br>CEDARTOWN GA 30125-0065 | CREDITOR ID: 239976-06<br>CITY OF CHAMBLEE<br>5468 PEACHTREE RD<br>CHAMBLEE GA 30341-2398 | CREDITOR ID: 245622-12<br>CITY OF CHARLESTON<br>PO BOX 22009<br>CHARLESTON SC 29413-2009 |
| CREDITOR ID: 265700-31<br>CITY OF CHARLESTON<br>ATTN: STEVE LIVINGSTON<br>823 MEETING ST<br>CHARLESTON SC 29403-3108 | CREDITOR ID: 399730-15<br>CITY OF CHARLESTON PUBLIC WORKS COM<br>ATTN CARL BECKMAN<br>PO BOX B<br>CHARLESTON SC 29402 | CREDITOR ID: 245077-12<br>CITY OF CHARLESTON PUBLIC WORKS COM<br>PO BOX 568<br>CHARLESTON, SC 29402-0560 |
| CREDITOR ID: 245623-12<br>CITY OF CHARLOTTE<br>600 EAST 4TH ST<br>CHARLOTTE, NC 28250-0001 | CREDITOR ID: 265711-31<br>CITY OF CHARLOTTE<br>ATTN: S K NEELY PLANT SUPR<br>12701 LANCASTER HWY<br>PINEVILLE NC 28134-6333 | CREDITOR ID: 265708-31<br>CITY OF CHARLOTTE<br>ATTN: PETE GOINS<br>12400 US HIGHWAY 29<br>CHARLOTTE NC 28262-1504 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

CREDITOR ID: 265710-31
CITY OF CHARLOTTE
ATTN: ROY PURGASON
5301 CLOSEBURN RD
CHARLOTTE NC 28210-3001

CREDITOR ID: 265712-31
CITY OF CHARLOTTE
ATTN: TOM HUNTER
4000 WESTMONT DR
CHARLOTTE NC 28217-1000

CREDITOR ID: 184-03
CITY OF CHARLOTTE
PO BOX 33831
CHARLOTTE NC 28233

CREDITOR ID: 245624-12
CITY OF CHARLOTTE
BILLING CENTER
PO BOX 33831
CHARLOTTE, NC 28233-3831

CREDITOR ID: 265706-14
CITY OF CHARLOTTE
ATTN: JOHN C PETOSKEY
720 E 4TH ST
CHARLOTTE NC 28202-2883

CREDITOR ID: 265707-31
CITY OF CHARLOTTE
ATTN: MARTIN CRAMTON
600 E 4TH ST FL 8
CHARLOTTE NC 28202-2816

CREDITOR ID: 265704-31
CITY OF CHARLOTTE
ATTN: FRANK ELLINGTON
7980 BABE STILWELL FARM R
HUNTERSVILLE NC 28078

CREDITOR ID: 265702-31
CITY OF CHARLOTTE
ATTN: BILLY G BURGESS
12548 PUMP STATION RD # 1
CHARLOTTE NC 28216-9682

CREDITOR ID: 265701-31
CITY OF CHARLOTTE
ATTN: ANGELA LEE
4100 W TYVOLA RD
CHARLOTTE NC 28208-6746

CREDITOR ID: 245625-12
CITY OF CHARLOTTE
PO BOX 300014
RALEIGH, NC 27622

CREDITOR ID: 265713-31
CITY OF CHARLOTTE
ATTN: WAYMAN PEARSON
600 E 4TH ST FL 7
CHARLOTTE NC 28202-2816

CREDITOR ID: 265703-31
CITY OF CHARLOTTE
ATTN: BRUCE STRONG
700 PARKWOOD AVE
CHARLOTTE NC 28205-2655

CREDITOR ID: 265705-14
CITY OF CHARLOTTE
ATTN: GREG GASKINS
600 E 4TH ST
CHARLOTTE NC 28202-2816

CREDITOR ID: 183-03
CITY OF CHARLOTTE MECKLENBURG
UTILITY DEPARTMENT
ATTN ROSEMARY L LARVIENE
600 E 4TH ST
CHARLOTTE NC 28250-0001

CREDITOR ID: 265714-31
CITY OF CHATTAHOOCHEE
ATTN: LEE GERNER
311 PALM ST
CHATTAHOOCHEE FL 32324

CREDITOR ID: 265716-14
CITY OF CHATTANOOGA
ATTN DAISY MADISON
101 E 11TH STREET, RM 102
CHATTANOOGA TN 37402-4284

CREDITOR ID: 186-03
CITY OF CHATTANOOGA
537 CHERRY STREET
CHATTANOOGA TN 37402

CREDITOR ID: 239902-06
CITY OF CHATTANOOGA TREASURER
101 E 11TH STREET
CHATTANOOGA TN 37402

CREDITOR ID: 245133-12
CITY OF CHATTANOOGA TREASURER
PROPERTY TAX
102 CITY HALL
CHATTANOOGA, TN 37402-4284

CREDITOR ID: 245626-12
CITY OF CHESAPEAKE
BARBARA O CARRAWAY TREASURER
PO BOX 1375
MERRIFIELD VA 22116-1375

CREDITOR ID: 265718-14
CITY OF CHESAPEAKE
ATTN: RAY A CONNAR
306 CEDAR RD
CHESAPEAKE VA 23322-5514

CREDITOR ID: 265720-14
CITY OF CHESAPEAKE
ATTN: WANDA SMITH
1205 20TH ST
CHESAPEAKE VA 23324-2660

CREDITOR ID: 265719-31
CITY OF CHESAPEAKE
ATTN: VIRGINIA GARRETT
411 CEDAR RD
CHESAPEAKE VA 23322-5566

CREDITOR ID: 265717-14
CITY OF CHESAPEAKE
ATTN: LAWRENCE STREET
304 CEDAR RD FL 4
CHESAPEAKE VA 23322-5514

CREDITOR ID: 245627-12
CITY OF CHEVIOT
3814 HARRISON AVENUE
CHEVIOT MUNICIPAL BUILDING
CHEVIOT TAX OFFICE
CHEVIOT OH 45211-4726

CREDITOR ID: 245628-12
CITY OF CHIEFLAND
214 E PARK AVE
CHEIFLAND, FL 32626

CREDITOR ID: 265721-31
CITY OF CHIEFLAND
ATTN: EDWIN SMITH
214 E PARK AVE
CHIEFLAND FL 32626-0902

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 239978-06<br>CITY OF CHILDERSBURG<br>118 6TH AVE SW<br>CHILDERSBURG AL 35044 | CREDITOR ID: 193-03<br>CITY OF CHIPLEY<br>PO BOX 1007<br>CHIPLEY FL 32428-1007 | CREDITOR ID: 265722-31<br>CITY OF CHIPLEY<br>ATTN: TOMMY MCDONALD<br>692 RUSTIN DR<br>CHIPLEY FL 32428-1300 |
| CREDITOR ID: 196-03<br>CITY OF CINCINNATI<br>4747 SPRING GROVE<br>CINCINNATI OH 45232 | CREDITOR ID: 245631-12<br>CITY OF CINCINNATI<br>262 WILMER AVENUE<br>LUNKEN AIRPORT<br>CINCINNATI, OH 45226 | CREDITOR ID: 245632-12<br>CITY OF CINCINNATI<br>CINCINNATI INCOME TAX BUREAU<br>805 CENTRAL AVE SUITE 600<br>CINCINNATI, OH 45202-5799 |
| CREDITOR ID: 240757-06<br>CITY OF CINCINNATI TREASURER<br>CITY TREASURER'S OFFICE<br>RM 202 CITY HALL<br>801 PLUM STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 245633-12<br>CITY OF CLANTON<br>ATTN CITY CLERK<br>PO BOX 580<br>CLANTON, AL 35046 | CREDITOR ID: 199-03<br>CITY OF CLANTON<br>PO BOX 580<br>CLANTON AL 35045 |
| CREDITOR ID: 239980-06<br>CITY OF CLARKSDALE<br>PO BOX 940<br>CITY CLERKS OFFICE<br>CLARKSDALE MS 38614 | CREDITOR ID: 265723-14<br>CITY OF CLARKSVILLE<br>ATTN: WILBUR M BERRY<br>1 PUBLIC SQ STE 119<br>CLARKSVILLE TN 37040-3463 | CREDITOR ID: 245635-12<br>CITY OF CLAXTON<br>ATTN GAYLE K DURRENCE<br>PO BOX 829<br>CLAXTON, GA 30417-0829 |
| CREDITOR ID: 239982-06<br>CITY OF CLAY<br>PO BOX 20<br>CLAY AL 35048-0020 | CREDITOR ID: 245637-12<br>CITY OF CLAY<br>REVENUE DEPARTMENT<br>PO BOX 345<br>CLAY, AL 35048-0345 | CREDITOR ID: 245638-12<br>CITY OF CLAYTON<br>99 N CHURCH ST<br>CLAYTON GA 30525-4179 |
| CREDITOR ID: 2993-04<br>CITY OF CLEARWATER<br>400 NORTH MYRTLE AVENUE<br>CLEARWATER FL 33755 | CREDITOR ID: 207-03<br>CITY OF CLEARWATER<br>400 N. MYRTLE AVENUE<br>CLEARWATER FL 33755 | CREDITOR ID: 245639-12<br>CITY OF CLEARWATER UTILITES<br>PO BOX 30020<br>TAMPA, FL 33630-3020 |
| CREDITOR ID: 245640-12<br>CITY OF CLEMSON<br>BUSINESS LICENSE DEPT<br>PO BOX 1566<br>CLEMSON, SC 29633 | CREDITOR ID: 245641-12<br>CITY OF CLEMSON<br>PO BOX 1584<br>CLEMSON, SC 29633-1584 | CREDITOR ID: 265724-31<br>CITY OF CLEMSON<br>ATTN: BENJAMIN MCGILL<br>300 COCHRAN RD<br>CLEMSON SC 29631-1186 |
| CREDITOR ID: 265725-31<br>CITY OF CLEMSON<br>ATTN: JIM SUBER<br>1155 OLD CENTRAL RD<br>CLEMSON SC 29631 | CREDITOR ID: 247307-12<br>CITY OF CLERMONT<br>PO BOX 120219<br>CLERMONT, FL 34712-0219 | CREDITOR ID: 245644-12<br>CITY OF CLEVELAND WATER DEPT<br>PO BOX 1439<br>CLEVELAND, MS 38732 |
| CREDITOR ID: 245645-12<br>CITY OF CLINTON<br>PO BOX 156<br>CLINTON, MS 39060-0156 | CREDITOR ID: 265726-14<br>CITY OF CLINTON<br>ATTN: NELSON BYRD<br>300 JEFFERSON ST<br>CLINTON MS 39056-4240 | CREDITOR ID: 245646-12<br>CITY OF COCOA<br>PO BOX 850001<br>ORLANDO, FL 32885 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 219-03 | CREDITOR ID: 245647-12 | CREDITOR ID: 239988-06 |
| CITY OF COCOA BEACH | CITY OF COCOA BEACH | CITY OF COCOA BEACH |
| 2 S. ORLANDO AVENUE | 2 SOUTH ORLANDO AVE | OCCUPATIONAL LICENSE |
| COCOA BEACH FL 32932 | COCOA BEACH, FL 32932-2430 | PO BOX 322430 |
| | | COCOA BEACH FL 32923-1750 |
| CREDITOR ID: 245650-12 | CREDITOR ID: 404383-95 | CREDITOR ID: 221-03 |
| CITY OF COCONUT CREEK | CITY OF COCONUT CREEK | CITY OF COCONUT CREEK |
| PO BOX 31430 | 4800 W COPANS RD | PO BOX 934007 |
| TAMPA, FL 33631-3430 | COCONUT CREEK FL 33093 | COCONUT CREEK FL 33093 |
| CREDITOR ID: 397783-75 | CREDITOR ID: 374322-44 | CREDITOR ID: 239992-06 |
| CITY OF COLUMBIA | CITY OF COLUMBIA | CITY OF COLUMBIA |
| C/O CITY ATTORNEY'S OFFICE | PO BOX 7997 | LICENSE DIVISION |
| ATTN DANA THYE ESQ | COLUMBIA, SC 29202 | P O BOX 147 |
| PO BOX 667 | | COLUMBIA SC 29217-0001 |
| COLUMBIA, SC 29202 | | |
| CREDITOR ID: 265727-31 | CREDITOR ID: 245655-12 | CREDITOR ID: 245656-12 |
| CITY OF COLUMBIA | CITY OF COLUMBIA | CITY OF COLUMBIANA |
| ATTN: RICK SEMON | 201 2ND STREET | 107 MILDRED ST |
| 1225 LAUREL ST | COLUMBIA, MS 39429 | COLUMBIANA, AL 35051 |
| COLUMBIA SC 29201-2811 | | |
| CREDITOR ID: 265728-14 | CREDITOR ID: 265729-31 | CREDITOR ID: 265730-31 |
| CITY OF COLUMBUS | CITY OF COMMERCE | CITY OF CONCORD PLND RVW SVC |
| ATTN: JOE TAGGART | ATTN: GRADY SORROWS | ATTN: MARGARET PEARSON |
| 513 MAIN ST | 210 WATERWORKS RD | 66 UNION ST S |
| COLUMBUS MS 39701-5733 | COMMERCE GA 30529-3116 | CONCORD NC 28025-5010 |
| CREDITOR ID: 245657-12 | CREDITOR ID: 240945-11 | CREDITOR ID: 265731-14 |
| CITY OF CONWAY | CITY OF CONWAY | CITY OF CONWAY FINANCE DEPT |
| PO BOX 1507 | HOSPITALITY FEE | ATTN: CHRIS GALLOWAY |
| CONWAY, SC 29526-1507 | PO BOX 1075 | 1000 2ND AVE |
| | CONWAY, SC 29528 | CONWAY SC 29526-5137 |
| CREDITOR ID: 245660-12 | CREDITOR ID: 317458-42 | CREDITOR ID: 265732-31 |
| CITY OF CONYERS | CITY OF CONYERS | CITY OF CONYERS |
| PO DRAWER 1259 | PO BOX 1259 | ATTN: JOHN LOOMIS |
| CONYERS GA 30012 | CONYERS, GA 30012 | 1815 HIGHWAY 138 SE |
| | | CONYERS GA 30013-2079 |
| CREDITOR ID: 246969-12 | CREDITOR ID: 245662-12 | CREDITOR ID: 239998-06 |
| CITY OF COOPER CITY UTILITIES | CITY OF CORAL SPRINGS | CITY OF CORAL SPRINGS |
| ATTN HORACIO MONTES DE OCA, FINANCE | 9551 W SAMPLE RD | P O BOX 754501 |
| PO BOX 290910 | CORAL SPRINGS, FL 33075 | CORAL SPRINGS FL 33075-4501 |
| COOPER CITY, FL 33329-0910 | | |
| CREDITOR ID: 245665-12 | CREDITOR ID: 245664-12 | CREDITOR ID: 241-03 |
| CITY OF CORDELE | CITY OF CORDELE | CITY OF CORDELE |
| PO BOX 569 | 501 7TH ST N | 501 N. 7TH STREET |
| CORDELE, GA 31010-0569 | PO BOX 569 | CORDELE GA 31010 |
| | CORDELE, GA 31010 | |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265733-31<br>CITY OF CORINTH<br>ATTN: JERRY LATCH<br>110 W SHILOH RD<br>CORINTH MS 38834-3207 | CREDITOR ID: 397784-75<br>CITY OF CORNELIA<br>TAX DEPARTMENT<br>PO BOX 785<br>CORNELIA, GA 30531-0785 | CREDITOR ID: 240000-06<br>CITY OF CORNELIA<br>PO BOX 217<br>CORNELIA GA 30531-0217 |
| CREDITOR ID: 317459-42<br>CITY OF CORNELIA TAX DEPT<br>PO BOX 785<br>CORNELIA, GA 30531-0785 | CREDITOR ID: 245669-12<br>CITY OF COVINGTON<br>PO BOX 778<br>COVINGTON, LA 70434-0778 | CREDITOR ID: 265736-14<br>CITY OF COVINGTON<br>ATTN: MARGRET P PHILLIPS<br>333 W LOCUST ST<br>COVINGTON VA 24426-1538 |
| CREDITOR ID: 245-03<br>CITY OF COVINGTON<br>PO BOX 1527<br>COVINGTON GA 30015 | CREDITOR ID: 245667-12<br>CITY OF COVINGTON<br>BUILDING & ZONING OFFICE<br>PO BOX 1527<br>COVINGTON, GA 30015 | CREDITOR ID: 265734-14<br>CITY OF COVINGTON<br>ATTN: EUNICE D WRIGHT<br>333 W LOCUST ST<br>COVINGTON VA 24426-1538 |
| CREDITOR ID: 265735-31<br>CITY OF COVINGTON<br>ATTN: HARVEY WILSON<br>298 WITHERINGTON DR<br>COVINGTON TN 38019-4263 | CREDITOR ID: 247193-12<br>CITY OF CRESCENT CITY<br>115 N SUMMIT STREET<br>CRESCENT CITY, FL 32112 | CREDITOR ID: 245671-12<br>CITY OF CRESTVIEW<br>PO BOX 1209<br>CRESTVIEW, FL 32536 |
| CREDITOR ID: 318601-43<br>CITY OF CULLMAN<br>204 2ND AVENUE, SE<br>CULLMAN, AL 35055 | CREDITOR ID: 397785-75<br>CITY OF CULLMAN<br>ATTN CITY CLERKS OFFICE<br>PO BOX 278<br>CULLMAN, AL 35056-0278 | CREDITOR ID: 240007-06<br>CITY OF CULLMAN<br>ATTN LUCILLE N GALIN, CITY CLERK<br>204 SECOND AVENUE SE<br>CULLMAN, AL 35055 |
| CREDITOR ID: 240946-11<br>CITY OF DADE CITY<br>OFFICE OF THE DIRECTOR OF FIANCE<br>ACCOUNT NO.: NONE<br>PO BOX 1355<br>DADE CITY, FL 33526-1355 | CREDITOR ID: 245675-12<br>CITY OF DADE CITY<br>PO BOX 1355<br>DADE CITY, FL 33526-1355 | CREDITOR ID: 247527-12<br>CITY OF DALLAS WATER UTILITES<br>CITY HALL 1 AN<br>DALLAS, TX 75277 |
| CREDITOR ID: 265737-31<br>CITY OF DALTON<br>ATTN WALTER PARSONS<br>114 N PENTZ STREET<br>DALTON GA 30720-4224 | CREDITOR ID: 247532-12<br>CITY OF DALTON UTILITIES<br>PO BOX 869<br>DALTON, GA 30722-0869 | CREDITOR ID: 265738-14<br>CITY OF DANBURY<br>ATTN: JANE CHARLEVILLE<br>1014 MAIN ST<br>DANBURY NC 27016 |
| CREDITOR ID: 245677-12<br>CITY OF DANIA<br>WATER AND SEWER<br>PO BOX 1708<br>DANIA, FL 33004-1708 | CREDITOR ID: 261-03<br>CITY OF DANIA BEACH<br>100 W. DANIA BEACH BLVD.<br>DANIA BEACH FL 33004 | CREDITOR ID: 245681-12<br>CITY OF DANVILLE (VA)<br>PO BOX 3308<br>DANVILLE, VA 24541-3308 |
| CREDITOR ID: 263-03<br>CITY OF DAPHNE<br>600 DAPHNE AVENUE<br>PO BOX 2550<br>DAPHNE AL 36526-2550 | CREDITOR ID: 265739-14<br>CITY OF DAPHNE<br>ATTN: KIM BRILEY<br>1705 MAIN ST<br>DAPHNE AL 36526-4495 | CREDITOR ID: 245682-12<br>CITY OF DAPHNE<br>SALES AND USE TAX<br>P O DRAWER 1047<br>DAPHNE, AL 36526-1047 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240947-11<br>CITY OF DAPHNE<br>ACCOUNT NO.: 5115-1<br>PO DRAWER 1047<br>DAPHNE, AL 36526-1047 | CREDITOR ID: 245683-12<br>CITY OF DAPHNE REVENUE DIVISION<br>P O DRAWER 1047<br>DAPHNE, AL 36526-1047 | CREDITOR ID: 245684-12<br>CITY OF DAPHNE UTILITIES BOARD<br>900 DAPHNE AVE<br>PO BOX 2550<br>DAPHNE, AL 36526 |
| CREDITOR ID: 245686-12<br>CITY OF DAYTONA BEACH<br>PO BOX 2455<br>DAYTONA BEACH, FL 32115 | CREDITOR ID: 404384-95<br>CITY OF DAYTONA BEACH<br>PO BOX 911047<br>ORLANDO FL 32891-1047 | CREDITOR ID: 245687-12<br>CITY OF DAYTONA BEACH SHORES<br>3050 S ATLANTIC AVE<br>DAYTONA BEACH SHORES, FL 32118 |
| CREDITOR ID: 265740-31<br>CITY OF DE QUINCY<br>ATTN: ZEB ROSALIS<br>928 WILLIAM STILL RD<br>DEQUINCY LA 70633-4232 | CREDITOR ID: 245689-12<br>CITY OF DECATUR<br>PO BOX 220<br>DECATUR, GA 30030 | CREDITOR ID: 265742-31<br>CITY OF DECATUR<br>ATTN: KEM CARR<br>1002 CENTRAL PKWY SW<br>DECATUR AL 35601-4848 |
| CREDITOR ID: 265741-31<br>CITY OF DECATUR<br>ATTN: JOHN CADDELL<br>214 JOHNSTON ST SE<br>DECATUR AL 35601-2516 | CREDITOR ID: 265743-31<br>CITY OF DECATUR<br>ATTN: LYN MENNE<br>100 E TRINITY PL<br>DECATUR GA 30030-3302 | CREDITOR ID: 245690-12<br>CITY OF DECATUR<br>C/O SOUTHTRUST BANK<br>DRAWER 1121<br>PO BOX 830620<br>BIRMINGHAM, AL 35283-0620 |
| CREDITOR ID: 247873-12<br>CITY OF DECATUR UTILITIES<br>PO BOX 2232<br>DECATUR, AL 35609-2232 | CREDITOR ID: 245691-12<br>CITY OF DEER PARK<br>4250 MATSON AVENUE<br>DEER PARK OH 45236 | CREDITOR ID: 2994-04<br>CITY OF DEERFIELD BEACH<br>150 N.E. 2ND AVENUE<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 245692-12<br>CITY OF DEERFIELD BEACH<br>150 NE 2 AVENUE<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 384053-47<br>CITY OF DEERFIELD BEACH, FL<br>ATTN ANDREW S MAURODIS, ESQ<br>150 NE 2ND AVENUE<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 240019-06<br>CITY OF DEFUNIAK SPRINGS<br>PO BOX 685<br>DEFUNIAK SPRINGS FL 32433-0685 |
| CREDITOR ID: 245693-12<br>CITY OF DEFUNIAK SPRINGS<br>ATTN SARA W BOWERS<br>PO BOX 685<br>DEFUNIAK SPRINGS, FL 32433-0685 | CREDITOR ID: 404385-95<br>CITY OF DELAND<br>PO BOX 620908<br>ORLANDO FL 32862-0908 | CREDITOR ID: 245695-12<br>CITY OF DELAND<br>FINANCE DEPARTMENT<br>120 SOUTH FLORIDA AVE<br>POST OFFICE DRAWER #449<br>DELAND, FL 32721 |
| CREDITOR ID: 245696-12<br>CITY OF DELAND<br>PO BOX 31559<br>TAMPA, FL 33631-3559 | CREDITOR ID: 275-03<br>CITY OF DELAND<br>121 W RIDGE AVE<br>DELAND FL 32720 | CREDITOR ID: 245697-12<br>CITY OF DELAND OCCUPATIONAL LICENSE<br>121 W RICH AVENUE<br>DELAND FL 32720 |
| CREDITOR ID: 245699-12<br>CITY OF DELRAY BEACH<br>PO BOX 3108<br>DELRAY BEACH, FL 33447-3108 | CREDITOR ID: 245698-12<br>CITY OF DELRAY BEACH<br>ATTN FINANCE DEPARTMENT<br>100 NW 1ST AVENUE<br>DELRAY BEACH, FL 33444 | CREDITOR ID: 245700-12<br>CITY OF DENHAM SPRINGS<br>PO BOX 1629<br>DENHAM SPRINGS, LA 70727-1629 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 280-03<br>CITY OF DESOTO WATER UTILITIES<br>ATTN TONYA WARREN<br>PO BOX 550<br>DESOTO TX 75123 | CREDITOR ID: 247795-12<br>CITY OF DESOTO WATER UTILITY<br>PO BOX 550<br>DE SOTO, TX 75115-0550 | CREDITOR ID: 265744-31<br>CITY OF DESTIN<br>ATTN: TIM SHOCKLEY<br>4000 TWO TREES RD<br>DESTIN FL 32541 |
| CREDITOR ID: 240025-06<br>CITY OF DIBERVILLE<br>PO BOX 6519<br>D IBERVILLE MS 39540-6519 | CREDITOR ID: 240024-06<br>CITY OF DIBERVILLE<br>PO BOX 6024<br>DIBERVILLE MS 39532-6024 | CREDITOR ID: 247448-12<br>CITY OF D'IBERVILLE WATER & SEWER<br>PO BOX 6327<br>D'IBERVILLE MS 39532-6327 |
| CREDITOR ID: 397790-75<br>CITY OF D'IBERVILLE WATER & SEWER<br>PO BOX 6519<br>D'IBERVILLE, MS 39540-6519 | CREDITOR ID: 284-03<br>CITY OF DILLON<br>PO BOX 431<br>DILLON SC 29536 | CREDITOR ID: 404386-95<br>CITY OF DONALDSONVILLE<br>609 RAILROAD AVE<br>DONALDSONVILLE LA 70346 |
| CREDITOR ID: 245708-12<br>CITY OF DOTHAN<br>PO BOX 6728<br>DOTHAN, AL 36302-6728 | CREDITOR ID: 265745-31<br>CITY OF DOTHAN<br>ATTN: RICK MCCLESKEY<br>288 COMPLEX DR<br>DOTHAN AL 36303-3730 | CREDITOR ID: 293-03<br>CITY OF DOTHAN<br>200 KILGORE DRIVE<br>PO BOX 2128<br>DOTHAN AL 36301 |
| CREDITOR ID: 245709-12<br>CITY OF DOUGLAS<br>PO BOX 470<br>DOUGLAS, GA 31534 | CREDITOR ID: 2996-04<br>CITY OF DOUGLAS<br>ATTN CHARLES W DAVIS<br>PO BOX 470<br>DOUGLAS GA 31534 | CREDITOR ID: 248474-12<br>CITY OF DOUGLASVILLE-WATER & SEWER<br>PO BOX 1157<br>DOUGLASVILLE, GA 30133-1157 |
| CREDITOR ID: 245711-12<br>CITY OF DUBLIN<br>PO BOX 690<br>OCCUPATIONAL LICENSING<br>DUBLIN, GA 31040-0690 | CREDITOR ID: 245714-12<br>CITY OF DUNEDIN<br>PO BOX 2039<br>DUNEDIN, FL 34697-2039 | CREDITOR ID: 265746-31<br>CITY OF DUNEDIN<br>ATTN: IRVIN KETY<br>1401 COUNTY ROAD 1<br>DUNEDIN FL 34698 |
| CREDITOR ID: 265747-31<br>CITY OF DUNEDIN<br>ATTN: KENNETH STIDHAM<br>1140 MARTIN LUTHER KING JR AVE<br>DUNEDIN FL 34698-5057 | CREDITOR ID: 265748-31<br>CITY OF DUNLAP<br>ATTN: PHILIP ROBERSON<br>27 CEMETERY CIR<br>DUNLAP TN 37327-4104 | CREDITOR ID: 265749-14<br>CITY OF DURHAM<br>ATTN: STEVE CRYSAL<br>200 E MAIN ST<br>DURHAM NC 27701-3649 |
| CREDITOR ID: 265750-31<br>CITY OF DURHAM<br>ATTN: VERNON REESE<br>3464 THIRD FORK RD<br>DURHAM NC 27707-3967 | CREDITOR ID: 245718-12<br>CITY OF DURHAM FINANCE DEPT<br>PO BOX 30040<br>DURHAM, NC 27702-3040 | CREDITOR ID: 245719-12<br>CITY OF DURHAM WATER DEPT<br>PO BOX 591<br>DURHAM, NC 27702-0591 |
| CREDITOR ID: 265751-31<br>CITY OF DYERSBURG<br>ATTN: ALLEN HESTER<br>2000 COMMERCE AVE<br>DYERSBURG TN 38024-8776 | CREDITOR ID: 265752-31<br>CITY OF DYERSBURG<br>ATTN: LARRY PALMER<br>2000 HONEYDEW LN<br>DYERSBURG TN 38025 | CREDITOR ID: 240949-11<br>CITY OF EASLEY<br>FINANCE DEPARTMENT<br>ACCOUNT NO.: 59-3264623<br>PO BOX 466<br>EASLEY, SC 29641 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245720-12<br>CITY OF EASLEY<br>CITY CLERK & TREASURER<br>PO BOX 466<br>EASLEY, SC 29641 | CREDITOR ID: 307-03<br>CITY OF EAST POINT<br>2777 E. POINT STREET<br>EAST POINT GA 30344 | CREDITOR ID: 245721-12<br>CITY OF EASTPOINT<br>2777 EAST POINT STREET<br>EAST POINT, GA 30344 |
| CREDITOR ID: 245722-12<br>CITY OF EDEN<br>C/O MEDLIN LAW OFFICE, PC<br>ATTN THOMAS E MEDLIN JR, ESQ<br>230 WEST KINGS HIGHWAY<br>EDEN NC 27288 | CREDITOR ID: 245722-12<br>CITY OF EDEN<br>308 E STADIUM DR<br>EDEN, NC 27288 | CREDITOR ID: 245724-12<br>CITY OF EDGEWATER<br>PO DRAWER 1190<br>EDGEWATER, FL 32132-1190 |
| CREDITOR ID: 265753-31<br>CITY OF EDGEWATER<br>ATTN: DENISE NORMAN<br>500 W OCEAN AVE<br>EDGEWATER FL 32132-2164 | CREDITOR ID: 374272-44<br>CITY OF ELIZABETHON<br>136 S SYCAMORE STREET<br>ELIZABETHTON TN 37643-3328 | CREDITOR ID: 317465-42<br>CITY OF ELIZABETHTON<br>PROPERTY TAX DIVISION<br>ELIZABETHTON, TN 37643-3300 |
| CREDITOR ID: 2999-04<br>CITY OF ELIZABETHTON<br>729 SOUTH SYCAMORE STREET<br>ELIZABETHTON TN 37643 | CREDITOR ID: 245726-12<br>CITY OF ELIZABETHTON<br>136 SOUTH SYCAMORE STREET<br>ATTN FINANCE DIRECTOR<br>ELIZABETHTON, TN 37643-3328 | CREDITOR ID: 248906-12<br>CITY OF ELIZABETHTOWN WATER & GAS<br>PO BOX 550 CITY HALL<br>ELIZABETHTOWN, KY 42701 |
| CREDITOR ID: 320-03<br>CITY OF EMPORIA<br>201 S. MAIN STREET<br>EMPORIA VA 23847 | CREDITOR ID: 245730-12<br>CITY OF EMPORIA<br>ATTN DEBORAH<br>PO BOX 511<br>EMPORIA VA 23847 | CREDITOR ID: 3000-04<br>CITY OF EMPORIA<br>PO BOX 511<br>EMPORIA VA 23847 |
| CREDITOR ID: 265754-31<br>CITY OF EMPORIA<br>ATTN: WALTER MOORE<br>1750 E ATLANTIC ST<br>EMPORIA VA 23847-6584 | CREDITOR ID: 265755-14<br>CITY OF EMPORIA<br>ATTN: WILLIAM HARRIS JR<br>201 S MAIN ST<br>EMPORIA VA 23847-2025 | CREDITOR ID: 240042-06<br>CITY OF EMPORIA<br>COMMISSIONER OF REVENUE<br>PO BOX 956<br>EMPORIA VA 23847 |
| CREDITOR ID: 249002-12<br>CITY OF ENGLEWOOD WATER DIST<br>PO BOX 1399<br>ENGLEWOOD, FL 34295-1399 | CREDITOR ID: 245731-12<br>CITY OF ENTERPRISE<br>REVENUE OFFICE<br>PO BOX 311000<br>ENTERPRISE AL 36331-1000 | CREDITOR ID: 240044-06<br>CITY OF EUFAULA LICENSING DEPT<br>PO BOX 219<br>EUFAULA AL 36072-0219 |
| CREDITOR ID: 245733-12<br>CITY OF EUNICE<br>PO BOX 1106<br>EUNICE, LA 70535-1106 | CREDITOR ID: 245734-12<br>CITY OF EUPORA<br>ATTN LISA PATTERSON<br>102 EAST CLARK AVE<br>EUPORA, MS 39744 | CREDITOR ID: 317467-42<br>CITY OF EUPORA<br>102 EAST CLARK AVE.<br>EUPORA, MS 39744 |
| CREDITOR ID: 245736-12<br>CITY OF EUSTIS<br>ATTN M G WERST<br>PO DRAWER 68<br>EUSTIS, FL 32727-0068 | CREDITOR ID: 245738-12<br>CITY OF FAIRFIELD<br>SALES & USE TAX RETURN<br>PO DRAWER 437<br>FAIRFIELD, AL 35064 | CREDITOR ID: 245739-12<br>CITY OF FAIRFIELD<br>WITHHOLDING ACCOUNT DATA<br>5350 PLEASANT AVENUE<br>FAIRFIELD, OH 45014 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 245740-12
CITY OF FAIRFIELD UTILITIES
5360 PLEASANT AVE
FAIRFIELD, OH 45014

CREDITOR ID: 403385-99
CITY OF FAIRHOPE
C/O WILKINS BANKESTER ET AL
ATTN M E WYNNE & B P BRITT, ESQS
PO BOX 1367
FAIRHOPE AL 36533

CREDITOR ID: 265756-31
CITY OF FANNING SPRINGS
ATTN: CAROL MCQUEEN
17651 NW 90TH CT
TRENTON FL 32693-9212

CREDITOR ID: 265757-14
CITY OF FAYETTEVILLE
ATTN: DONNA DAVIS
433 HAY ST FL 2
FAYETTEVILLE NC 28301-5537

CREDITOR ID: 381011-47
CITY OF FAYETTEVILLE PUBLIC WORKS
ATTN BEVAN E GRICE
PO BOX 7000
FAYETTEVILLE, NC 28302

CREDITOR ID: 3001-04
CITY OF FERNANDINA
PO BOX 418
FERNANDINA BEACH FL 32035-0418

CREDITOR ID: 245744-12
CITY OF FERNANDINA BEACH
204 ASH STREET
FERNANDINA BEACH, FL 32034-4230

CREDITOR ID: 404387-95
CITY OF FERNANDINA BEACH
PO BOX 668
FERNANDINA BEACH FL 32035-0668

CREDITOR ID: 245745-12
CITY OF FITZGERALD BUSINESS LICENSE
116 NORTH JOHNSTON STREET
FITGERALD, GA 31750

CREDITOR ID: 3002-04
CITY OF FITZGERALD LANDFILL
544 CAMP BROOKLYN ROAD
FITZGERALD GA 31750

CREDITOR ID: 245746-12
CITY OF FITZGERALD TAX COLLECTOR
MUNICIPAL BUILDING
PROPERTY TAX
FITZGERALD GA 31750

CREDITOR ID: 380948-47
CITY OF FITZGERALD WATER LIGHT &
C/O JOHN T CROLEY JR LAW OFFICES
ATTN JOHN T CROLEY JR, ESQ
PO BOX 690
FITZGERALD GA 31750

CREDITOR ID: 380948-47
CITY OF FITZGERALD WATER LIGHT &
BOND COMMISSION
PO DRAWER F
FITZGERALD, GA 31750

CREDITOR ID: 3003-04
CITY OF FIZGERALD
PO DRAWER F
FITZGERALD GA 31750

CREDITOR ID: 317471-42
CITY OF FLORENCE
DEPT. 105, PO BOX 1327
FLORENCE KY 41022-1327

CREDITOR ID: 245750-12
CITY OF FLORENCE
PO BOX 1357
FLORENCE KY 41022-1357

CREDITOR ID: 245748-12
CITY OF FLORENCE
HOSPITALITY FEES
180 N IRBY STREET
CITY COUNTY COMPLEX BB
FLORENCE, SC 29501-3456

CREDITOR ID: 345-03
CITY OF FLORENCE
650 RICKWOOD ROAD
FLORENCE AL 35630

CREDITOR ID: 318603-43
CITY OF FLORENCE
DEPT. 105
PO BOX 1327
FLORENCE, KY 41022-1327

CREDITOR ID: 346-03
CITY OF FLORENCE
DIVISION CITY COUNTY COMPLEX ZZ
FLORENCE SC 29501

CREDITOR ID: 249683-12
CITY OF FLORENCE UTILITIES
ATTN SYLVIA SHIPMAN, COLL COORD.
PO BOX 877
FLORENCE, AL 35631-0877

CREDITOR ID: 249684-12
CITY OF FLORENCE WATER & SEWER
8100 EWING BLVD
FLORENCE KY 41042-7588

CREDITOR ID: 245753-12
CITY OF FLORENCE WATER DEPT
ATTN LYNWOOD F GIVENS
CITY-COUNTY COMPLEX ZZ
180 N IRBY ST
FLORENCE, SC 29501

CREDITOR ID: 245754-12
CITY OF FLOWOOD
PO BOX 320069
2101 AIRPORT ROAD
FLOWOOD, MS 39232-0069

CREDITOR ID: 356-03
CITY OF FLOWOOD
PO BOX 4409
BRANDON MS 39047

CREDITOR ID: 357-03
CITY OF FOLEY
PO BOX 2050
FOLEY AL 36536

CREDITOR ID: 245757-12
CITY OF FOREST
PO BOX 298
FOREST, MS 39074

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                   CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 245758-12<br>CITY OF FOREST PARK<br>1201 WEST KEMPER ROAD<br>FOREST PARK, OH 45240 | CREDITOR ID: 245761-12<br>CITY OF FORT LAUDERDALE<br>PO BOX 31687<br>TAMPA, FL 33631-3687 | CREDITOR ID: 240061-06<br>CITY OF FORT LAUDERDALE<br>PO BOX 14130<br>FT LAUDERDALE FL 33302-4130 |
| CREDITOR ID: 240060-06<br>CITY OF FORT LAUDERDALE<br>OCCUPATIONAL LICENCE DIVISION<br>P O BOX 31689<br>TAMPA FL 33631-3689 | CREDITOR ID: 240063-06<br>CITY OF FORT PIERCE<br>CITY CLERKS OFFICE<br>PO BOX 1480<br>FT PIERCE FL 34954-1480 | CREDITOR ID: 267394-31<br>CITY OF FORT PIERCE<br>ATTN: GARY FERCH<br>100 N US HIGHWAY 1<br>FORT PIERCE FL 34950-4205 |
| CREDITOR ID: 366-03<br>CITY OF FORT PIERCE UTILITIES<br>PO BOX 3191<br>FORT PIERCE FL 34948 | CREDITOR ID: 249957-12<br>CITY OF FORT PIERCE UTILITIES<br>ATTN WM S ABRAMOWICZ<br>PO BOX 3191<br>FT PIERCE, FL 34948-3191 | CREDITOR ID: 245764-12<br>CITY OF FORT WALTON BEACH<br>PO BOX 4009<br>FT WALTON BEACH, FL 32549-4009 |
| CREDITOR ID: 369-03<br>CITY OF FORT WORTH<br>6800 FOREST HILL DRIVE<br>FORT WORTH TX 76140-1212 | CREDITOR ID: 249959-12<br>CITY OF FORT WORTH WATER DEPT<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102-6311 | CREDITOR ID: 250032-12<br>CITY OF FRANKFORT PLANT BOARD<br>PO BOX 308<br>FRANKFORT, KY 40602 |
| CREDITOR ID: 245766-12<br>CITY OF FRANKLIN<br>CITY TREASURER<br>PO BOX 179<br>FRANKLIN, VA 23851 | CREDITOR ID: 240066-06<br>CITY OF FRANKLIN<br>COMMISSIONER OF REVENUE<br>PO BOX 389<br>FRANKLIN VA 23851 | CREDITOR ID: 374-03<br>CITY OF FRANKLIN<br>207 2ND AVENUE<br>FRANKLIN VA 23851 |
| CREDITOR ID: 265758-31<br>CITY OF FRANKLIN<br>ATTN: DONALD E GOODWIN<br>207 W 2ND AVE<br>FRANKLIN VA 23851-1713 | CREDITOR ID: 317476-42<br>CITY OF FRANKLIN TREASURER<br>P.O. BOX 179<br>FRANKLIN VA 23851-0179 | CREDITOR ID: 245503-12<br>CITY OF FRANKLIN, LA<br>PO BOX 567<br>FRANKLIN, LA 70538-0567 |
| CREDITOR ID: 245505-12<br>CITY OF FRANKLIN, VA<br>ATTN EDWARD A MARTIN<br>207 2ND AVE<br>FRANKLIN, VA 23851 | CREDITOR ID: 265759-31<br>CITY OF FRIENDSVILLE<br>ATTN: DENNIS PERKINS<br>105 HOMECOMING CIR<br>FRIENDSVILLE TN 37737-2630 | CREDITOR ID: 245770-12<br>CITY OF FRUITLAND PARK<br>506 W BECKMAN ST<br>FRUITLAND PARK, FL 34731 |
| CREDITOR ID: 379-03<br>CITY OF FT LAUDERDALE<br>PO BOX 31687<br>TAMPA FL 33631 | CREDITOR ID: 245771-12<br>CITY OF FULTONDALE<br>PO BOX 699<br>ATTN GAS DEPARTMENT<br>FULTONDALE, AL 35068-0699 | CREDITOR ID: 245772-12<br>CITY OF FULTONDALE<br>RENTAL LEASE TAX<br>PO BOX 699<br>FULTONDALE AL 35068 |
| CREDITOR ID: 240953-11<br>CITY OF GAFFNEY<br>ACCOUNT NO.: NONE<br>PO BOX 2109<br>GAFFNEY, SC 29342-2109 | CREDITOR ID: 245773-12<br>CITY OF GAFFNEY<br>PO BOX 2109<br>PROPERTY TAX<br>GAFFNEY SC 29342-2109 | CREDITOR ID: 245778-12<br>CITY OF GAINESVILLE<br>PUBLIC UTILITIES DEPT<br>PO BOX 779<br>GAINESVILLE, GA 30503-0779 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386-03<br>CITY OF GAINESVILLE<br>ATTN DEE DEE STEPHENS, TAX OFFICE<br>PO BOX 2496<br>GAINESVILLE GA 30503 | CREDITOR ID: 245777-12<br>CITY OF GAINESVILLE<br>PO BOX 2496<br>TAX OFFICE<br>PROPERTY TAX<br>GAINESVILLE GA 30503-2496 | CREDITOR ID: 317478-42<br>CITY OF GAINESVILLE<br>TAX OFFICE<br>GAINESVILLE GA 30503-2496 |
| CREDITOR ID: 265761-31<br>CITY OF GAINESVILLE<br>ATTN: STANLEY MIZE<br>2641 OLD FLOWERY BRANCH R<br>GAINESVILLE GA 30504 | CREDITOR ID: 265760-31<br>CITY OF GAINESVILLE<br>ATTN: CHRIS BIRD<br>201 SE 2ND AVE STE 201<br>GAINESVILLE FL 32601-5808 | CREDITOR ID: 245779-12<br>CITY OF GARLAND<br>PO BOX 461508<br>GARLAND, TX 75046-1508 |
| CREDITOR ID: 245780-12<br>CITY OF GASTONIA<br>PO BOX 8600<br>GASTONIA, NC 28053 | CREDITOR ID: 265762-31<br>CITY OF GASTONIA<br>ATTN: ANGIE LEDFORD<br>700 N BROAD ST<br>GASTONIA NC 28054-2513 | CREDITOR ID: 389-03<br>CITY OF GASTONIA<br>PO BOX 1748<br>GASTONIA NC 28052 |
| CREDITOR ID: 240074-06<br>CITY OF GASTONIA<br>TAX DEPT<br>PO BOX 1748<br>GASTONIA NC 28053 | CREDITOR ID: 245781-12<br>CITY OF GASTONIA TAX DEPT<br>ATTN SALLY BARKOWSKI<br>PO BOX 1748<br>GASTONIA, NC 28053 | CREDITOR ID: 391-03<br>CITY OF GEORGETOWN<br>DRAWER 939<br>PO BOX 1146<br>GEORGETOWN SC 29442 |
| CREDITOR ID: 245784-12<br>CITY OF GEORGETOWN<br>ATTN DEBRA BIVENS, REVENUES MGR<br>PO DRAWER 939<br>GEORGETOWN, SC 29442 | CREDITOR ID: 245782-12<br>CITY OF GEORGETOWN<br>100 COURT STREET<br>OFFICE OF CITY CLERK<br>PROPERTY TAX<br>GEORGETOWN KY 40324 | CREDITOR ID: 250475-12<br>CITY OF GEORGETOWN MUNI WATER/SEWER<br>PO BOX 640<br>GEROGETOWN, KY 40324 |
| CREDITOR ID: 390-03<br>CITY OF GEORGETOWN MUNI WATER/SEWER<br>ATTN ROBERT WILHITE, FIN DIR<br>PO BOX 640<br>GEORGETOWN KY 40324 | CREDITOR ID: 267459-14<br>CITY OF GEORGETOWN TAX ASSESSOR<br>ATTN: BOB MCGOWAN<br>100 MAIN ST<br>GEORGETOWN GA 39854-4403 | CREDITOR ID: 245785-12<br>CITY OF GLASGOW<br>126 EAST PUBLIC SQUARE<br>PO BOX 278<br>GLASGOW, KY 42142-0278 |
| CREDITOR ID: 397-03<br>CITY OF GLASGOW<br>PO BOX 666<br>GLASGOW KY 42141 | CREDITOR ID: 245786-12<br>CITY OF GOLDSBORO<br>DRAWER A<br>GOLDSBORO, NC 27533-9701 | CREDITOR ID: 245789-12<br>CITY OF GONZALES<br>120 SOUTH IRMA BLVD<br>GONZALES, LA 70737-3698 |
| CREDITOR ID: 401-03<br>CITY OF GONZALES<br>120 S. IRMA BLVD.<br>GONZALES LA 70737 | CREDITOR ID: 250721-12<br>CITY OF GONZALEZ UTILITIES<br>PO BOX 314<br>GONZALEZ, FL 32560-0314 | CREDITOR ID: 265763-31<br>CITY OF GRACEVILLE<br>ATTN: CHARLIE MARTIN<br>865 6TH AVE<br>GRACEVILLE FL 32440-2138 |
| CREDITOR ID: 317481-42<br>CITY OF GRAHAM<br>PO BOX 357<br>GRAHAM, NC 27253-0357 | CREDITOR ID: 245790-12<br>CITY OF GRAHAM<br>PO DRAWER 357<br>GRAHAM, NC 27253-0357 | CREDITOR ID: 240077-06<br>CITY OF GRAYMOOR DEVONDALE<br>P O BOX 22162<br>LOUISVILLE KY 40252-0162 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 409-03<br>CITY OF GREEN COVE SPRINGS<br>CITY HALL<br>229 WALNUT STREET<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 245793-12<br>CITY OF GREEN COVE SPRINGS<br>229 WALNUT STREET<br>GREEN COVE SPRINGS, FL 32043-3439 | CREDITOR ID: 250860-12<br>CITY OF GREENBURG MUNICIPAL WATER<br>PO BOX 568<br>GREENSBURG, IN 47240 |
| CREDITOR ID: 411-03<br>CITY OF GREENEVILLE<br>PO BOX 1690<br>GREENEVILLE TN 37744 | CREDITOR ID: 265765-31<br>CITY OF GREENSBORO<br>ATTN: BARBARA HICKS<br>2199 WHITE ST<br>GREENSBORO NC 27405-5211 | CREDITOR ID: 245796-12<br>CITY OF GREENSBORO<br>PO BOX 26120<br>GREENSBORO, NC 27402-6120 |
| CREDITOR ID: 265767-31<br>CITY OF GREENSBORO<br>ATTN: JERYL COVINGTON<br>401 PATTON AVE<br>GREENSBORO NC 27406-3705 | CREDITOR ID: 265768-31<br>CITY OF GREENSBORO<br>ATTN: SUE DAVIS<br>4235 HAMBURG MILL RD<br>SUMMERFIELD NC 27358-9208 | CREDITOR ID: 245795-12<br>CITY OF GREENSBORO<br>PO BOX 1170<br>GREENSOBRO, NC 27402 |
| CREDITOR ID: 265764-31<br>CITY OF GREENSBORO<br>ATTN: ALLAN WILLIAMS<br>201 N GREENE ST<br>GREENSBORO NC 27401-2410 | CREDITOR ID: 265766-31<br>CITY OF GREENSBORO<br>ATTN: DARRYL HICKS<br>5966 LAKE BRANDT RD<br>GREENSBORO NC 27455-8239 | CREDITOR ID: 403414-15<br>CITY OF GREENSBORO, NC<br>ATTN CHRISTOPHER S PAYNE TAX COLL<br>PO BOX 3136<br>GREENSBORO NC 27402-3136 |
| CREDITOR ID: 265769-31<br>CITY OF GREENVILLE<br>ATTN: DANIEL DURIG<br>360 S HUDSON ST<br>GREENVILLE SC 29601-1851 | CREDITOR ID: 245798-12<br>CITY OF GREENVILLE<br>PO BOX 158<br>GREENVILLE, AL 36037-0158 | CREDITOR ID: 240954-11<br>CITY OF GREENVILLE<br>ACCOUNT NO.: 1022<br>PO BOX 158<br>GREENVILLE, AL 36067 |
| CREDITOR ID: 250898-12<br>CITY OF GREENVILLE WATER DEPT<br>PO BOX 897<br>GREENVILLE, MS 38702-0897 | CREDITOR ID: 245801-12<br>CITY OF GREENWOOD<br>PO BOX 40<br>GREENWOOD, SC 29648-0040 | CREDITOR ID: 240083-06<br>CITY OF GREENWOOD<br>PO BOX 907<br>GREENWOOD MS 38935 |
| CREDITOR ID: 245800-12<br>CITY OF GREENWOOD<br>BUSINESS LICENSE<br>520 MONUMENT ST<br>GREENWOOD, SC 29648 | CREDITOR ID: 417-03<br>CITY OF GREENWOOD PUBLIC WORKS COMM<br>ATTN VICKIE GORHAM, ACCTS DIRECTOR<br>PO BOX 549<br>GREENWOOD SC 29648 | CREDITOR ID: 250902-12<br>CITY OF GREENWOOD PUBLIC WORKS COMM<br>ATTN VICKIE GORHAM, ACCTS DIRECTOR<br>PO BOX 549<br>GREENWOOD, SC 29648-0549 |
| CREDITOR ID: 245803-12<br>CITY OF GREER<br>106 S MAIN ST<br>GREER, SC 29650 | CREDITOR ID: 265770-31<br>CITY OF GREER<br>ATTN: WENDELL WOODWARD<br>650 GILLIAM RD<br>GREER SC 29651-6344 | CREDITOR ID: 265771-31<br>CITY OF GRIFFIN<br>ATTN: BRIANT KELLER<br>120 N HILL ST<br>GRIFFIN GA 30223-3327 |
| CREDITOR ID: 245804-12<br>CITY OF GRIFFIN<br>PO BOX T<br>GRIFFIN, GA 30224 | CREDITOR ID: 265772-31<br>CITY OF GROVETOWN<br>ATTN: ROBERT NEWMAN<br>103 OLD WRIGHTSBORO RD<br>GROVETOWN GA 30813-3015 | CREDITOR ID: 240085-06<br>CITY OF GUIN<br>C/O ALATAX INC BUSINESS LIC<br>3001 2ND AVENUE SOUTH<br>BIRMINGHAM AL 35233 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245806-12<br>CITY OF GULF BREEZE<br>PO BOX 640<br>GULF BREEZE, FL 32562-0640 | CREDITOR ID: 240956-11<br>CITY OF GULF SHORES<br>REVENUE DIVISION<br>ACCOUNT NO.: 12014-0001<br>PO BOX 4089<br>GULF SHORES, AL 36547-4089 | CREDITOR ID: 240086-06<br>CITY OF GULF SHORES<br>PO BOX 4089<br>GULF SHORES AL 36547-4089 |
| CREDITOR ID: 427-03<br>CITY OF GULF SHORES,<br>PO BOX 1229<br>GULF SHORES AL 36547-1229 | CREDITOR ID: 240087-06<br>CITY OF GULFPORT<br>1410 24TH AVENUE<br>GULFPORT MS 39501 | CREDITOR ID: 240088-06<br>CITY OF GULFPORT<br>2401 53RD STREETSOUTH<br>GULFPORT FL 33707 |
| CREDITOR ID: 265773-14<br>CITY OF GULFPORT<br>ATTN: AMELIA BORDEAUS<br>1410 24TH AVE<br>GULFPORT MS 39501-2067 | CREDITOR ID: 428-03<br>CITY OF GULFPORT<br>PO BOX 5187<br>GULFPORT FL 33737 | CREDITOR ID: 3064-04<br>CITY OF GULFPORT<br>5330 23RD AVENUE SOUTH<br>GULFPORT FL 33707 |
| CREDITOR ID: 245810-12<br>CITY OF GULFPORT MS<br>PO BOX JJ<br>GULFPORT, MS 39502-1080 | CREDITOR ID: 693-03<br>CITY OF GULFPORT, THE<br>ATTN: MARGARET MURDOCK<br>2309 15TH STREET<br>GULFPORT MS 39501 | CREDITOR ID: 245811-12<br>CITY OF HAINES CITY<br>PO BOX 1507<br>HAINES CITY, FL 33845-1507 |
| CREDITOR ID: 245812-12<br>CITY OF HALLANDALE<br>400 S FEDERAL HIGHWAY<br>HALLANDALE, FL 33009 | CREDITOR ID: 245813-12<br>CITY OF HALLANDALE BEACH<br>% FINANCE DEPARTMENT<br>400 SOUTH FEDERAL HIGHWAY<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 240091-06<br>CITY OF HALLANDALE BEACH<br>308 S DIXIE<br>HALLANDALE FL 33009 |
| CREDITOR ID: 245816-12<br>CITY OF HALTOM<br>PO BOX 14247<br>HALTOM CITY, TX 76117-0247 | CREDITOR ID: 434-03<br>CITY OF HALTOM CITY<br>5024 BROADWAY AVENUE<br>HALTOM CITY TX 76117 | CREDITOR ID: 245818-12<br>CITY OF HAMILTON<br>PO BOX 630314<br>DIVISION OF TAXATION<br>CINCINNATI, OH 45263-0314 |
| CREDITOR ID: 374279-44<br>CITY OF HAMILTON DIV OF TAXATION OXFORD<br>345 HIGH STREET<br>SUITE 410<br>HAMILTON, OH 45011 | CREDITOR ID: 245819-12<br>CITY OF HAMILTON DIVISION OF<br>TAXATION OXFORD<br>345 HIGH ST., STE 410<br>HAMILTON OH 45011 | CREDITOR ID: 245820-12<br>CITY OF HAMMOND<br>PO BOX 2788<br>HAMMOND, LA 70404 |
| CREDITOR ID: 436-03<br>CITY OF HAMMOND<br>UTILITY DEPT.<br>PO BOX 2788<br>HAMMOND LA 70404 | CREDITOR ID: 240096-06<br>CITY OF HAMPTON<br>COMMISSIONER OF THE REVENUE<br>P O BOX 636<br>HAMPTON VA 23669 | CREDITOR ID: 265775-14<br>CITY OF HAMPTON<br>ATTN: RUDY JOHNSON<br>22 LINCOLN ST FL 3<br>HAMPTON VA 23630-0001 |
| CREDITOR ID: 245821-12<br>CITY OF HAMPTON TREASURER<br>PO BOX 638<br>PROPERTY TAX<br>HAMPTON VA 23669-0638 | CREDITOR ID: 265774-14<br>CITY OF HAMPTON, TREASURER<br>TREASURERS OFFICE<br>ATTN DONNA DANGERFIELD,DEPUTY TREAS<br>1 FRANKLIN ST<br>HAMPTON VA 23669 | CREDITOR ID: 403483-15<br>CITY OF HAMPTON, VA<br>TREASURER'S OFFICE<br>ATTN DONNA DANGERFIELD<br>1 FRANKLIN STREET, SUITE 100<br>HAMPTON VA 23669 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245822-12<br>CITY OF HARRISON<br>INCOME TAX BUREAU<br>300 GEORGE STREET<br>HARRISON, OH 45030-1515 | CREDITOR ID: 265776-31<br>CITY OF HARTSELLE LANDFILL<br>ATTN: WAYNE JONES<br>100 LOVELADY ST NW<br>HARTSELLE AL 35640-1443 | CREDITOR ID: 245823-12<br>CITY OF HARTSVILLE<br>PO DRAWER 2467<br>HARTSVILLE, SC 29551-2497 |
| CREDITOR ID: 3007-04<br>CITY OF HARTSVILLE<br>PO BOX 2467<br>HARTSVILLE SC 29551 | CREDITOR ID: 240957-11<br>CITY OF HARTSVILLE<br>HOSPITALITY FEE<br>ACCOUNT NO.: NONE<br>PO DRAWER 2497<br>HARTSVILLE, SC 29551-2497 | CREDITOR ID: 240098-06<br>CITY OF HARTWELL<br>500 EAST HOWELL STREET<br>HARTWELL GA 30643 |
| CREDITOR ID: 442-03<br>CITY OF HARTWELL<br>ATTN JOAN HUGHES, FINANCE<br>500 E HOWELL ST<br>HARTWELL GA 30643 | CREDITOR ID: 317483-42<br>CITY OF HARTWELL<br>TOWN CLERK<br>HARTWELL, GA 30643 | CREDITOR ID: 251339-12<br>CITY OF HATTIESBURG WATER & SEWER<br>PO BOX 1897<br>HATTIESBURG, MS 39403 |
| CREDITOR ID: 444-03<br>CITY OF HAVELOCK<br>PO BOX 368<br>HAVELOCK NC 28532-0368 | CREDITOR ID: 245828-12<br>CITY OF HAVELOCK<br>PRIVILEGE LICENSE OFFICE<br>1 GOVERMENT DRIVE<br>HAVELOCK, NC 28532 | CREDITOR ID: 445-03<br>CITY OF HAW RIVER<br>PO BOX 103<br>HAW RIVER NC 27258 |
| CREDITOR ID: 240102-06<br>CITY OF HAZARD<br>LICENSE FEE DIVISION<br>HAZARD KY 41702-0420 | CREDITOR ID: 245831-12<br>CITY OF HAZARD KENTUCKY<br>OCCUPATIONAL TAX ADMINISTRAT<br>P.O. BOX 420<br>LICENSE FEE DIVISION<br>HAZARD, KY 41702 | CREDITOR ID: 251366-12<br>CITY OF HAZLEHURST WATER & SEWER<br>ATTN: LLOYD HILLIARD, SUPERINTENDEN<br>PO BOX 367<br>HAZLEHURST, MS 39083 |
| CREDITOR ID: 447-03<br>CITY OF HAZLEHURST WATER DEPARTMENT<br>PO BOX 367<br>HAZLEHURST MS 39083 | CREDITOR ID: 265777-31<br>CITY OF HEFLIN<br>ATTN: SCOTT LAMINICK<br>850 ROSS ST<br>HEFLIN AL 36264-1166 | CREDITOR ID: 240958-11<br>CITY OF HELENA<br>SALES & USE TAX<br>ACCOUNT NO.: 4340-001<br>PO BOX 613<br>HELENA, AL 35080-0613 |
| CREDITOR ID: 245833-12<br>CITY OF HELENA<br>PO BOX 369<br>HELENA, GA 31037-0369 | CREDITOR ID: 245834-12<br>CITY OF HELENA<br>PO BOX 613<br>HELENA, AL 35080-0613 | CREDITOR ID: 251452-12<br>CITY OF HELENA UTILITY BOARD<br>PO BOX 427<br>HELENA, AL 35080 |
| CREDITOR ID: 245836-12<br>CITY OF HENDERSON<br>ATTN: LISA EAVES, ACCT SUP<br>PO BOX 1434<br>WATER WORKS<br>HENDERSON, NC 27536 | CREDITOR ID: 265778-31<br>CITY OF HENDERSONVILLE<br>ATTN: DON SIDES<br>318 4TH AVE E<br>HENDERSONVILLE NC 28792-4428 | CREDITOR ID: 245838-12<br>CITY OF HENDERSONVILLE TAX COLL<br>PROPERTY TAX<br>PO BOX 1760<br>HENDERSONVILLE NC 28793-1760 |
| CREDITOR ID: 251468-12<br>CITY OF HENDERSONVILLE WATER/SEWER<br>PO BOX 1760<br>HENDERSONVILLE, NC 28793 | CREDITOR ID: 240108-06<br>CITY OF HIALEAH<br>OCCUPATIONAL LIC<br>PO BOX 918661<br>ORLANDO FL 32891-8661 | CREDITOR ID: 245841-12<br>CITY OF HIALEAH<br>PO BOX 110040<br>HIALEAH FL 33011 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 265779-31
CITY OF HIALEAH
ATTN: JUAN GUTIERREZ
501 PALM AVE
HIALEAH FL 33010-4719

CREDITOR ID: 245840-12
CITY OF HIALEAH
PLANNING & DEVELOPMENT DEPT
501 PALM AVENUE 2ND FLOOR
HIALEAH, FL 33010

CREDITOR ID: 251567-12
CITY OF HIALEAH WATER & SEWAGE DEPT
3700 W FOURTH AVE
HIALEAH, FL 33012-4298

CREDITOR ID: 265781-14
CITY OF HICKORY
ATTN: TIM INCH
76 N CENTER ST
HICKORY NC 28601-6213

CREDITOR ID: 265782-14
CITY OF HICKORY
ATTN: WARREN WOOD
76 N CENTER ST
HICKORY NC 28601-6213

CREDITOR ID: 265780-31
CITY OF HICKORY
ATTN: B GARY MCGEE
76 N CENTER ST
HICKORY NC 28601-6213

CREDITOR ID: 251576-12
CITY OF HICKORY
ATTN SAMUEL J SHAMES, ESQ
PO BOX 398
HICKORY, NC 28603-0398

CREDITOR ID: 245845-12
CITY OF HIGH POINT
PO BOX 230
HIGH POINT NC 27261-0230

CREDITOR ID: 265783-31
CITY OF HIGH POINT
ATTN: STEVE PENDRY
3748 KIVETT DR
HIGH POINT NC 27263-9415

CREDITOR ID: 462-03
CITY OF HIGH SPRINGS
110 N.W. 1ST AVENUE
HIGH SPRINGS FL 32643

CREDITOR ID: 245846-12
CITY OF HIGH SPRINGS
PO BOX 1008
HIGH SPRINGS, FL 32643-1008

CREDITOR ID: 318609-43
CITY OF HILLVIEW
ATTN MARK E EDISON, ESQ
298 PRAIRIE DRIVE
LOUISVILLE KY 40229-6127

CREDITOR ID: 245847-12
CITY OF HINESVILLE
ATTN BILLY EDWARDS, CITY MGR
115 E M L KING
HINESVILLE, GA 31313-3633

CREDITOR ID: 468-03
CITY OF HINESVILLE
115 EAST M. L. KING JR. DRIVE
HINESVILLE GA 31313

CREDITOR ID: 251666-12
CITY OF HIXSON UTILITY DISTRICT
PO BOX 1598
HIXSON, TN 37343-5598

CREDITOR ID: 245848-12
CITY OF HOLLY HILL
1065 RIDGEWOOD AVE
HOLLY HILL, FL 32117

CREDITOR ID: 265784-31
CITY OF HOLLY SPRINGS INC
ATTN: REUBEN PEGUEN
160 S MEMPHIS ST
HOLLY SPRINGS MS 38635-2921

CREDITOR ID: 473-03
CITY OF HOLLYWOOD
PO BOX 229045
HOLLYWOOD FL 33022

CREDITOR ID: 240112-06
CITY OF HOLLYWOOD
2600 HOLLYWOOD BLVD  ROOM 103
TREASURY DIV/OCC LICENSE
HOLLYWOOD FL 33020

CREDITOR ID: 245849-12
CITY OF HOLLYWOOD
TREASURY DIV/OCC LICENSE
2600 HOLLYWOOD BLVD, ROOM 103
HOLLYWOOD, FL 33020

CREDITOR ID: 245850-12
CITY OF HOLLYWOOD DEPT PARK
RECREATION & CULTURE
1940 HARRISON ST., STE 101
HOLLYWOOD FL 33020

CREDITOR ID: 374282-44
CITY OF HOLLYWOOD DEPT PARK REC & CULTUR
1940 HARRISON STREET
SUITE 101
HOLLYWOOD, FL 33020

CREDITOR ID: 404031-15
CITY OF HOLLYWOOD PUBLIC WORKS DEPT
C/O CITY ATTORNEY
ATTN TRACY A LYONS, ESQ
2600 HOLLYWOOD BLVD, SUITE 407
HOLLYWOOD FL 33020

CREDITOR ID: 474-03
CITY OF HOMESTEAD
CUSTOMER SERVICE
HOMESTEAD FL 33090

CREDITOR ID: 245851-12
CITY OF HOMESTEAD
711 NE 1ST ROAD
HOMESTEAD, FL 33030-6205

CREDITOR ID: 265785-31
CITY OF HOMESTEAD
ATTN: JIM SWARTZ
675 N FLAGLER AVE
HOMESTEAD FL 33030-6173

CREDITOR ID: 265786-31
CITY OF HOMEWOOD
ATTN: JOHN MACPHERSOM
175 CITATION CT
BIRMINGHAM AL 35209-6306

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                    **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 245853-12<br>CITY OF HOOVER<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0144 | CREDITOR ID: 245854-12<br>CITY OF HOPKINSVILLE<br>101 N MAIN ST<br>PO BOX 707<br>HOPKINSVILLE, KY 42241 | CREDITOR ID: 317488-42<br>CITY OF HOUSTON<br>P.O. BOX 548<br>HOUSTON, MS 38851 |
| CREDITOR ID: 384054-47<br>CITY OF HOUSTON<br>WATER DEPT<br>PO BOX 548<br>HOUSTON, MS 388514 | CREDITOR ID: 245856-12<br>CITY OF HOUSTON<br>BOBBIE H SANDERSON TAX COLLECTOR<br>PO BOX 548<br>HOUSTON MS 38851 | CREDITOR ID: 251915-12<br>CITY OF HUDSON UTILITIES<br>14334 OLD DIXIE HWY<br>HUDSON, FL 34667 |
| CREDITOR ID: 245858-12<br>CITY OF HUEYTOWN<br>PO BOX 3650<br>HUEYTOWN, AL 35023-3650 | CREDITOR ID: 240959-11<br>CITY OF HUEYTOWN<br>CITY CLERK & TREASURER<br>ACCOUNT NO.: 876-0001<br>PO BOX 3650<br>HUEYTOWN, AL 35023 | CREDITOR ID: 265787-31<br>CITY OF HUEYTOWN<br>ATTN: HOWARD B JONES<br>1318 HUEYTOWN RD<br>BESSEMER AL 35023-2415 |
| CREDITOR ID: 265788-31<br>CITY OF HUNTSVILLE<br>ATTN: BILL THOMAS<br>733 LANDESS CIR<br>MADISON AL 35756-8348 | CREDITOR ID: 245860-12<br>CITY OF HUNTSVILLE<br>FINANCE DIRECTOR<br>PO BOX 308<br>HUNTSVILLE AL 35804 | CREDITOR ID: 265789-31<br>CITY OF HUNTSVILLE<br>ATTN: JERRY GALLOWAY<br>120 HOLMES AVE NE<br>HUNTSVILLE AL 35801-4330 |
| CREDITOR ID: 487-03<br>CITY OF HUNTSVILLE<br>PO BOX 2048<br>HUNTSVILLE AL 35804 | CREDITOR ID: 405916-99<br>CITY OF HUNTSVILLE<br>C/O MICHAEL E LEE, ESQ<br>200 WEST SIDE SQUARE, SUITE 803<br>HUNTSVILLE AL 35801-4816 | CREDITOR ID: 488-03<br>CITY OF HURST<br>1505 PRECINCT LINE ROAD<br>HURST TX 76054 |
| CREDITOR ID: 246250-12<br>CITY OF HURST WATER DEPT<br>1505 N PRECINCT LINE R<br>HURST, TX 76054-3302 | CREDITOR ID: 252077-12<br>CITY OF IMMOKALEE WATER & SEWER<br>ATTN EVA J DEYO<br>1020 SANITATION RD<br>IMMOKALEE, FL 34142 | CREDITOR ID: 498-03<br>CITY OF INVERNESS<br>PO BOX 917529<br>LONGWOOD FL 32791 |
| CREDITOR ID: 245862-12<br>CITY OF INVERNESS<br>212 W MAIN STREET<br>INVERNESS, FL 34450-4801 | CREDITOR ID: 265794-14<br>CITY OF JACKSON<br>ATTN: RICK HILL<br>200 S PRESIDENT ST<br>JACKSON MS 39201-4307 | CREDITOR ID: 245865-12<br>CITY OF JACKSON<br>PO BOX 1595<br>JACKSON, MS 39215-1595 |
| CREDITOR ID: 265793-31<br>CITY OF JACKSON<br>ATTN: LEAL STEVENS<br>218 S PRESIDENT ST<br>JACKSON MS 39201-4307 | CREDITOR ID: 265791-31<br>CITY OF JACKSON<br>ATTN: DAN GAILLET<br>200 S PRESIDENT ST<br>JACKSON MS 39201-4307 | CREDITOR ID: 265790-14<br>CITY OF JACKSON<br>ATTN: CHARLES FARMER<br>314 E MAIN ST<br>JACKSON TN 38301-6226 |
| CREDITOR ID: 245864-12<br>CITY OF JACKSON<br>333 BROADWAY<br>JACKSON, KY 41339 | CREDITOR ID: 265795-31<br>CITY OF JACKSON<br>ATTN: TOM POUND<br>300 E WOODROW WILSON AVE<br>JACKSON MS 39216-4507 | CREDITOR ID: 265792-14<br>CITY OF JACKSON<br>ATTN: HENRY YOUNG<br>200 S PRESIDENT ST<br>JACKSON MS 39201-4307 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 245867-12
CITY OF JACKSON KENTUCKY
OCCUPATIONAL TAX ADMINISTRATOR
JACKSON, KY 41339

CREDITOR ID: 245868-12
CITY OF JACKSON PUBLIC WORK
PO BOX 23092
JACKSON, MS 39225-3092

CREDITOR ID: 240121-06
CITY OF JACKSON SIGN & LICENSE DIV
PO BOX 17
JACKSON MS 39205-0017

CREDITOR ID: 265811-31
CITY OF JACKSONVILLE
ATTN: THOMAS HAZOURI
117 W DUVAL ST STE 225
JACKSONVILLE FL 32202-5716

CREDITOR ID: 505-03
CITY OF JACKSONVILLE
PO BOX 1390
JACKSONVILLE TX 75766

CREDITOR ID: 265800-31
CITY OF JACKSONVILLE
ATTN: JEFF BECK
220 E BAY ST # 801
JACKSONVILLE FL 32202-3429

CREDITOR ID: 265808-31
CITY OF JACKSONVILLE
ATTN: MICHAEL WEINSTEIN
220 E BAY ST # 1400
JACKSONVILLE FL 32202-3429

CREDITOR ID: 265798-31
CITY OF JACKSONVILLE
ATTN: JANICE DAVIS
117 W DUVAL ST STE 225
JACKSONVILLE FL 32202-5716

CREDITOR ID: 245872-12
CITY OF JACKSONVILLE
PLANNING & DEVELOPMENT DIVISION
220 EAST BAY STREET
ROOM 100 CITY HALL ANNEX
JACKSONVILLE FL 32202-3325

CREDITOR ID: 265802-31
CITY OF JACKSONVILLE
ATTN: KENNETH M PINNIX
128 E FORSYTH ST STE 600
JACKSONVILLE FL 32202-3338

CREDITOR ID: 265796-31
CITY OF JACKSONVILLE
ATTN: BILL WATSON
930 N LIBERTY ST
JACKSONVILLE FL 32206-5629

CREDITOR ID: 265803-14
CITY OF JACKSONVILLE
ATTN: KERIN STORK
117 W DUVAL ST STE 375
JACKSONVILLE FL 32202-5725

CREDITOR ID: 265807-14
CITY OF JACKSONVILLE
ATTN: MARY ARDITTI
117 W DUVAL ST FL 3
JACKSONVILLE FL 32202-3700

CREDITOR ID: 265806-14
CITY OF JACKSONVILLE
ATTN: MARK MERRITT
117 W DUVAL ST STE M200
JACKSONVILLE FL 32202-5723

CREDITOR ID: 265805-14
CITY OF JACKSONVILLE
ATTN: LYNWOOD ROBERTS
231 E FORSYTH ST STE 100
JACKSONVILLE FL 32202-3380

CREDITOR ID: 265801-31
CITY OF JACKSONVILLE
ATTN: JIM OVERTON
231 E FORSYTH ST STE 270
JACKSONVILLE FL 32202-3361

CREDITOR ID: 265799-31
CITY OF JACKSONVILLE
ATTN: JEANNI FEWELL
128 E FORSYTH ST
JACKSONVILLE FL 32202-3366

CREDITOR ID: 265797-14
CITY OF JACKSONVILLE
ATTN: DEVIN REED
117 W DUVAL ST STE 335
JACKSONVILLE FL 32202-5717

CREDITOR ID: 240124-06
CITY OF JACKSONVILLE
320 CHURCH AVE SE
JACKSONVILLE AL 36265

CREDITOR ID: 245870-12
CITY OF JACKSONVILLE
231 E FORSYTH ST, STE 141
JACKSONVILLE, FL 32202

CREDITOR ID: 265809-31
CITY OF JACKSONVILLE
ATTN: RICHARD A HICKOK
231 E FORSYTH ST
JACKSONVILLE FL 32202-3361

CREDITOR ID: 265804-31
CITY OF JACKSONVILLE
ATTN: LORENZO WILLIAMS
555 W 44TH ST
JACKSONVILLE FL 32208-5102

CREDITOR ID: 399448-15
CITY OF JACKSONVILLE BEACH
BEACHES ENERGY SERVICES
ATTN SHEILA NIELSEN
11 NORTH THIRD STREET
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 245875-12
CITY OF JACKSONVILLE BEACH
UTILITIES DEPT
PO BOX 51389
JACKSONVILLE BEACH, FL 32240

CREDITOR ID: 501-03
CITY OF JACKSONVILLE BEACH
11 NORTH THIRD STREET
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 240125-06
CITY OF JACKSONVILLE NC
PO BOX 128
JACKSONVILLE NC 28541-0128

CREDITOR ID: 245874-12
CITY OF JACKSONVILLE, AL
330 NORTH CHURCH STREET
JACKSONVILLE, AL 36265

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245876-12<br>CITY OF JACKSONVILLE, NC<br>ATTN KELLY KINSEY<br>PO BOX 128<br>JACKSONVILLE NC 28541-0128 | CREDITOR ID: 245873-12<br>CITY OF JACKSONVILLE, TX<br>UTILITY BILLING DEPT<br>PO BOX 1390<br>JACKSONVILLE, TX 75766-1390 | CREDITOR ID: 245879-12<br>CITY OF JENNINGS<br>PO BOX 1249<br>JENNINGS, LA 70546 |
| CREDITOR ID: 245880-12<br>CITY OF JESUP<br>PO BOX 427<br>JESUP, GA 31598-0427 | CREDITOR ID: 515-03<br>CITY OF JOHNSON CITY<br>100 NORTH ROAN STREET<br>BOX 1636<br>JOHNSON CITY TN 37605 | CREDITOR ID: 253580-12<br>CITY OF KANNAPOLIS WATER & SEWER<br>PO BOX 1190<br>KANNAPOLIS, NC 28082-1190 |
| CREDITOR ID: 521-03<br>CITY OF KELLER<br>FINANCE DEPT<br>PO BOX 770<br>KELLER TX 76244 | CREDITOR ID: 245882-12<br>CITY OF KELLER<br>PO BOX 427<br>KELLER, TX 76244-0427 | CREDITOR ID: 265813-31<br>CITY OF KENNER<br>ATTN: RANDY CLEMENT<br>1803 MINOR ST<br>KENNER LA 70062-6245 |
| CREDITOR ID: 265812-31<br>CITY OF KENNER<br>ATTN: KEVIN SERVAT<br>1 W 38TH ST<br>KENNER LA 70062 | CREDITOR ID: 524-03<br>CITY OF KEY WEST<br>PO DRAWER 6100<br>KEY WEST FL 33041 | CREDITOR ID: 245884-12<br>CITY OF KEY WEST, FL<br>PO BOX 1409<br>KEY WEST, FL 33040 |
| CREDITOR ID: 525-03<br>CITY OF KILGORE<br>PO BOX 990<br>KILGORE TX 75663 | CREDITOR ID: 526-03<br>CITY OF KILLEEN<br>PO BOX 549<br>KILLEEN TX 76540 | CREDITOR ID: 240131-06<br>CITY OF KINGPORT FINANCIAL<br>SERVICES CENTER<br>424 BROAD STREET<br>KINGSPORT TN 37660-4208 |
| CREDITOR ID: 245886-12<br>CITY OF KINGS MOUNTAIN<br>PO BOX 429<br>KINGS MOUTAIN, NC 28086-0429 | CREDITOR ID: 3012-04<br>CITY OF KINGS MOUNTAIN<br>ATTN JEAN V WYTTE<br>NORTH PIEDMONT STREET<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 245887-12<br>CITY OF KINGSLAND<br>ATTN SANDY CHAMBLISS<br>PO BOX 250<br>KINGSLAND, GA 31548-0250 |
| CREDITOR ID: 531-03<br>CITY OF KINGSPORT<br>225 W. CENTER STREET<br>KINGSPORT TN 37660 | CREDITOR ID: 245892-12<br>CITY OF KINGSPORT WATER DEPT<br>CUSTOMER SERVICE CENTER<br>424 BROAD ST<br>KINGSPORT, TN 37660-4208 | CREDITOR ID: 532-03<br>CITY OF KINSTON<br>207 E. KING STREET<br>KINSTON NC 28502 |
| CREDITOR ID: 3013-04<br>CITY OF KINSTON<br>207 EAST KING ST.<br>KINSTON NC 28502 | CREDITOR ID: 265814-31<br>CITY OF KINSTON<br>ATTN: CHUCK CAULEY<br>PEACHTREE ST<br>KINSTON NC 28501 | CREDITOR ID: 265815-31<br>CITY OF KINSTON<br>ATTN: TAMMY KELLY<br>1791 NC HIGHWAY 11 55<br>KINSTON NC 28504-4755 |
| CREDITOR ID: 245893-12<br>CITY OF KINSTON<br>ATTN: CATHERINE GWYNA, FIN DIR<br>PO BOX 3049<br>KINSTON, NC 28502-3049 | CREDITOR ID: 403215-92<br>CITY OF KISSIMMEE<br>C/O DONALD T SMALLWOOD ESQ<br>KISSIMMEE CITY ATTORNEY<br>101 N CHURCH STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 245894-12<br>CITY OF LABELLE<br>ATTN DELIA VASQUEZ, FINANCE OFFICER<br>PO BOX 458<br>LABELLE, FL 33975 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245895-12<br>CITY OF LACY LAKEVIEW<br>PO DRAWER 154549<br>WACO, TX 76715-4549 | CREDITOR ID: 245896-12<br>CITY OF LAFAYETTE<br>REVENUE COLLECTION DIV<br>PO BOX 4024-C<br>LAFAYETTE, LA 70502-4024 | CREDITOR ID: 540-03<br>CITY OF LAFAYETTE<br>1314 WALKER ROAD<br>PO BOX 4017-C<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 245897-12<br>CITY OF LAGRANGE<br>PO BOX 430<br>LA GRANGE, GA 30241-0430 | CREDITOR ID: 245898-12<br>CITY OF LAKE CITY<br>PO BOX 1687<br>LAKE CITY, FL 32056-1687 | CREDITOR ID: 544-03<br>CITY OF LAKE CITY<br>150 NW ALCHUA AVENUE<br>PO BOX 1687<br>LAKE CITY FL 32056-1687 |
| CREDITOR ID: 240136-06<br>CITY OF LAKE WALES<br>ATTN CITY CLERK<br>P O BOX 1320<br>LAKE WALES FL 33859-1320 | CREDITOR ID: 245900-12<br>CITY OF LAKE WALES WATER DEPT<br>ATTN SYLVIA EDWARDS, FINANCE DIR<br>PO BOX 1320<br>LAKE WALES, FL 33859-1320 | CREDITOR ID: 245902-12<br>CITY OF LAKELAND<br>PO BOX 32006<br>LAKELAND, FL 33802-2006 |
| CREDITOR ID: 240137-06<br>CITY OF LAKELAND, FL<br>CITY HALL FINANCE DEPARTMENT<br>ATTN KEVIN B CROUSE, CITY TREASURER<br>228 S MASSACHUSETTS AVE<br>LAKELAND FL 33801-5086 | CREDITOR ID: 240137-06<br>CITY OF LAKELAND, FL<br>C/O CITY ATTORNEY<br>ATTN TIMOTHY J MCCAUSLAND<br>228 S MASSACHUSETTS AVENUE<br>LAKELAND FL 33801-5086 | CREDITOR ID: 245903-12<br>CITY OF LAKESITE<br>9201 ROCKY POINT RD<br>LAKESITE (SODDY) TN 37379 |
| CREDITOR ID: 550-03<br>CITY OF LANTANA<br>500 GREYNOLDS CIRCLE<br>LANTANA FL 33462 | CREDITOR ID: 3066-04<br>CITY OF LARGO<br>ATTN: ADMINISTRATION<br>201 HIGHLAND AVENUE<br>LARGO FL 33771 | CREDITOR ID: 245904-12<br>CITY OF LARGO<br>C/O CITY ATTORNEY<br>ATTN TAMMI BACH, ESQ<br>PO BOX 296<br>LARGO, FL 33779-0296 |
| CREDITOR ID: 265816-31<br>CITY OF LARGO<br>ATTN: JOE CARLINI<br>5100 150TH AVE N<br>CLEARWATER FL 33760-3502 | CREDITOR ID: 240139-06<br>CITY OF LARGO<br>C/O CITY ATTORNEY<br>ATTN TAMMI BACH, ESQ<br>PO BOX 296<br>LARGO FL 33779-0296 | CREDITOR ID: 240140-06<br>CITY OF LARGO ENVIROMENTAL SERVICES<br>5100 150TH AVENUE NORTH<br>ATTN KATHY KNABLE<br>CLEARWATER FL 33760 |
| CREDITOR ID: 245906-12<br>CITY OF LAUDERHILL<br>2000 CITY HALL DR<br>LAUDERHILL, FL 33313 | CREDITOR ID: 245907-12<br>CITY OF LAUREL<br>PO BOX 647<br>LAUREL, MS 39441 | CREDITOR ID: 240143-06<br>CITY OF LAURENS<br>126 EAST PUBLIC SQUARE<br>LAURENS SC 29360 |
| CREDITOR ID: 240144-06<br>CITY OF LAURENS<br>PO BOX 519<br>LAURENS SC 29360-0519 | CREDITOR ID: 245909-12<br>CITY OF LAURINBURG<br>PO BOX 249<br>303 WEST CHURCH STREET<br>LAURINBURG, NC 28352 | CREDITOR ID: 265818-31<br>CITY OF LAWRENCEBURG<br>ATTN: R JACOBS<br>20009 LIBERTY AVE<br>LAWRENCEBURG TN 38464 |
| CREDITOR ID: 265817-31<br>CITY OF LAWRENCEBURG<br>ATTN: BUDDY HOWELL<br>100 EZELL DR<br>LAWRENCEBURG TN 38464-3080 | CREDITOR ID: 265819-31<br>CITY OF LEBANON<br>ATTN: JAMES ARNOLD<br>321 HARTMAN DR<br>LEBANON TN 37087-2519 | CREDITOR ID: 265821-14<br>CITY OF LEEDS<br>ATTN: DONNIE WOMBLE<br>629 1ST AVE SE<br>LEEDS AL 35094-2106 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254604-12<br>CITY OF LEEDS WATER WORKS BOARD<br>PO BOX 100<br>LEEDS, AL 35094-0100 | CREDITOR ID: 560-03<br>CITY OF LEESBURG<br>223 SOUTH 5TH STREET<br>LEESBURG FL 34748 | CREDITOR ID: 245910-12<br>CITY OF LEESBURG<br>PO BOX 490630<br>LEESBURG, FL 34749-0630 |
| CREDITOR ID: 245911-12<br>CITY OF LEESBURG<br>PO BOX 491286<br>LEESBURG, FL 34749-1286 | CREDITOR ID: 399629-15<br>CITY OF LEESBURG, FL<br>C/O MCLIN & BURNSED<br>ATTN FRED A MORRISON, CITY ATTORNEY<br>PO BOX 491357<br>LEESBURG FL 34749-1357 | CREDITOR ID: 245913-12<br>CITY OF LEITCHFILED<br>TAX COLLECTOR<br>PO BOX 398<br>LEITCHFIELD KY 42755 |
| CREDITOR ID: 265822-31<br>CITY OF LENOIR<br>ATTN: REX WILSON<br>4262 DUG HILL RD<br>LENOIR NC 28645-6883 | CREDITOR ID: 245914-12<br>CITY OF LENOIR<br>PO BOX 958<br>LENOIR, NC 28645-0958 | CREDITOR ID: 3017-04<br>CITY OF LENOIR<br>LENOIR NC 28633 |
| CREDITOR ID: 265823-14<br>CITY OF LEWISBURG<br>ATTN: CONNIE W EDDE<br>131 E CHURCH ST<br>LEWISBURG TN 37091-2830 | CREDITOR ID: 265824-31<br>CITY OF LEWISBURG<br>ATTN: LARRY JONES<br>401 WOODSIDE ST<br>LEWISBURG TN 37091-2869 | CREDITOR ID: 245915-12<br>CITY OF LEXINGTON<br>28 W CENTER STREET<br>LEXINGTON, NC 27292 |
| CREDITOR ID: 265826-31<br>CITY OF LEXINGTON<br>ATTN: SIDENY BLANKENSHIP<br>677 S MAIN ST<br>LEXINGTON TN 38351-2401 | CREDITOR ID: 265825-31<br>CITY OF LEXINGTON<br>ATTN: DEAN JACKSON<br>54 MONROE AVE<br>LEXINGTON TN 38351-2170 | CREDITOR ID: 265827-31<br>CITY OF LEXINGTON<br>ATTN: WILLIAM HARD<br>109 MCKNIGHT DR<br>LEXINGTON TN 38351-2272 |
| CREDITOR ID: 245917-12<br>CITY OF LINCOLNTON<br>PO BOX 617<br>LINCOLNTON, NC 28093-0617 | CREDITOR ID: 245918-12<br>CITY OF LIVE OAK<br>101 SE WHITE AVE<br>LIVE OAK, FL 32064 | CREDITOR ID: 240148-06<br>CITY OF LIVE OAK<br>ATTN DEBORAH J DAVIS, FIN DIR<br>101 SE WHITE AVENUE<br>LIVE OAK FL 32064 |
| CREDITOR ID: 381098-47<br>CITY OF LIVINGSTON UTILITIES BD<br>CITY HALL<br>P O DRAWER W<br>LIVINGSTON, AL 35470 | CREDITOR ID: 570-03<br>CITY OF LIVINGSTON UTILITY BOARD<br>PO DRAWER W<br>LIVINGSTON AL 35470 | CREDITOR ID: 265828-31<br>CITY OF LOGANVILLE<br>ATTN: CHRIS YANCEY<br>4895 HIGHWAY 81<br>LOGANVILLE GA 30052-7363 |
| CREDITOR ID: 245919-12<br>CITY OF LONG BEACH<br>PO BOX 630<br>LONG BEACH, MS 39560-0929 | CREDITOR ID: 573-03<br>CITY OF LONGWOOD<br>155 W. WARREN AVENUE<br>LONGWOOD FL 32750 | CREDITOR ID: 245922-12<br>CITY OF LONGWOOD UTILITIES<br>PO BOX 520548<br>LONGWOOD, FL 32752-0548 |
| CREDITOR ID: 265829-31<br>CITY OF LORETTO<br>ATTN: KEITH SMITH<br>415 N MILITARY ST<br>LORETTO TN 38469-2331 | CREDITOR ID: 265830-31<br>CITY OF LOUISA<br>ATTN: RICHARD POST<br>335 INDUSTRIAL DR<br>LOUISA VA 23093-4130 | CREDITOR ID: 245923-12<br>CITY OF LUCEDALE<br>5126 MAIN STREET<br>LUCEDALE, MS 39452 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245924-12<br>CITY OF LUMBERTON<br>PO DRAWER 1388<br>LUMBERTON NC 28359-1388 | CREDITOR ID: 265831-31<br>CITY OF LYMAN<br>ATTN: KEITH BRADLEY<br>161 GROCE RD<br>LYMAN SC 29365-1738 | CREDITOR ID: 583-03<br>CITY OF LYNCHBURG<br>PO BOX 8000<br>LYNCHBURG VA 24505 |
| CREDITOR ID: 265832-14<br>CITY OF LYNCHBURG<br>ATTN: DONNA WITT<br>900 CHURCH ST STE 201<br>LYNCHBURG VA 24504-1629 | CREDITOR ID: 245926-12<br>CITY OF LYNN HAVEN<br>825 OHIO AVE<br>LYNN HAVEN, FL 32444-2351 | CREDITOR ID: 245927-12<br>CITY OF MACCLENNY<br>118 E MACCLENNY AVE<br>MACCLENNY, FL 32063-2120 |
| CREDITOR ID: 265834-31<br>CITY OF MADISON<br>ATTN: MARY HAWKINS<br>525 POST OAK RD<br>MADISON MS 39110-8449 | CREDITOR ID: 245929-12<br>CITY OF MADISON<br>109 SW RUTLEDGE STREET<br>MADISON, FL 32340 | CREDITOR ID: 240961-11<br>CITY OF MADISON<br>ACCOUNT NO.: 1302-1<br>PO BOX 99<br>MADISON, AL 35758 |
| CREDITOR ID: 240156-06<br>CITY OF MADISON<br>PO BOX 99<br>MADISON AL 35758 | CREDITOR ID: 240154-06<br>CITY OF MADISON<br>ATTN THOMAS P MOFFSES, SR<br>109 SW RUTLEDGE STREET<br>MADISON FL 32340 | CREDITOR ID: 265833-14<br>CITY OF MADISON<br>ATTN: CAMERON GROUNDS<br>100 HUGHES RD<br>MADISON AL 35758-1110 |
| CREDITOR ID: 245932-12<br>CITY OF MADISON WATER & SEWER BOARD<br>PO BOX 197<br>MADISON, AL 35758 | CREDITOR ID: 245933-12<br>CITY OF MADISON WATER DEPT<br>PO BOX 2522<br>MADISON, MS 39110 | CREDITOR ID: 245934-12<br>CITY OF MAGEE<br>123 NORTH MAIN<br>MAGEE, MS 39111 |
| CREDITOR ID: 590-03<br>CITY OF MAGEE<br>123 N. MAIN<br>MAGEE MS 39111 | CREDITOR ID: 245935-12<br>CITY OF MAITLAND<br>PO BOX 10157<br>NAPLES, FL 34101 | CREDITOR ID: 595-03<br>CITY OF MANDEVILE<br>3101 E. CAUSEWAY APP<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 245937-12<br>CITY OF MANDEVILLE<br>3101 EAST CAUSEWAY<br>MANDEVILLE, LA 70448-3511 | CREDITOR ID: 245938-12<br>CITY OF MANSFIELD<br>1305 E BROAD ST<br>MANSFIELD, TX 76063-1804 | CREDITOR ID: 245939-12<br>CITY OF MARCO ISLAND<br>PO BOX 2029<br>MARCO ISLAND, FL 34146 |
| CREDITOR ID: 404391-95<br>CITY OF MARCO ISLAND<br>950 NORTH COLLIER BLVD<br>SUITE 308<br>MARCO ISLAND FL 34145 | CREDITOR ID: 245940-12<br>CITY OF MARGATE<br>PO BOX 934459<br>MARGATE, FL 33093 | CREDITOR ID: 245941-12<br>CITY OF MARIANNA<br>PO BOX 936<br>MARIANNA, FL 32446-0936 |
| CREDITOR ID: 603-03<br>CITY OF MARION<br>PO BOX 700<br>MARION NC 28752 | CREDITOR ID: 245943-12<br>CITY OF MARION<br>WATER & SEWER DEPT<br>PO DRAWER 700<br>MARION, NC 28752 | CREDITOR ID: 265835-31<br>CITY OF MARION<br>ATTN: JOHN FINNEY<br>COLLINS ST<br>MARION SC 29571 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 3022-04<br>CITY OF MARION<br>200 NORTH MAIN STREET<br>MARION NC 28737 | CREDITOR ID: 265836-31<br>CITY OF MARYVILLE<br>ATTN: STEVE LAW<br>4541 WHEELER RD<br>LOUISVILLE TN 37777-5302 | CREDITOR ID: 606-03<br>CITY OF MASON<br>202 W MAIN STREET<br>MASON OH 45040 |
| CREDITOR ID: 245944-12<br>CITY OF MASON<br>MASON INCOME TAX OFFICE<br>202 WEST MAIN ST<br>MASON, OH 45040-1699 | CREDITOR ID: 265837-31<br>CITY OF MC EWEN<br>ATTN: HOUSTON HOWELL<br>199 SOUTH ST<br>MC EWEN TN 37101-4602 | CREDITOR ID: 265838-31<br>CITY OF MC MINNVILLE<br>ATTN: CARL DAVIS<br>103 BERNARD DR<br>MC MINNVILLE TN 37110-3252 |
| CREDITOR ID: 608-03<br>CITY OF MCALESTER<br>1ST & WASHINGTON<br>MCALESTER OK 74502 | CREDITOR ID: 265839-14<br>CITY OF MCCOMB<br>ATTN: SAM MIMS<br>115 3RD ST<br>MCCOMB MS 39648-4140 | CREDITOR ID: 245945-12<br>CITY OF MCCOMB<br>PO BOX 667<br>MCCOMB, MS 39649-0667 |
| CREDITOR ID: 245946-12<br>CITY OF MCDONOUGH<br>136 KEYS FERRY STREET<br>MCDONOUGH, GA 30253 | CREDITOR ID: 610-03<br>CITY OF MCDONOUGH<br>PO BOX 193<br>MCDONOUGH, GA 30253 | CREDITOR ID: 265841-31<br>CITY OF MCDONOUGH<br>ATTN: MICHAEL OKELLEY<br>8 DOGWOOD LN<br>MCDONOUGH GA 30253-5555 |
| CREDITOR ID: 265840-31<br>CITY OF MCDONOUGH<br>ATTN: MARY WILLIAM<br>345 SIMPSON ST<br>MCDONOUGH GA 30253-3417 | CREDITOR ID: 245949-12<br>CITY OF MCRAE CITY CLERK<br>PO BOX 157<br>MCRAE, GA 31055-0157 | CREDITOR ID: 245950-12<br>CITY OF MEBANE<br>106 E WASHINGTON STREET<br>MEBANE, NC 27302 |
| CREDITOR ID: 245951-12<br>CITY OF MEBANE TAX COLLECTOR<br>106 EAST WASHINGTON<br>PROPERTY TAX<br>MEBANE NC 27302-2645 | CREDITOR ID: 245952-12<br>CITY OF MELBOURNE<br>900 EAST STRAWBRIDGE AVENUE<br>MELBOURNE, FL 32901-4739 | CREDITOR ID: 615-03<br>CITY OF MELBOURNE<br>900 E. STRAWBRIDGE AVENUE<br>MELBOURNE FL 32901 |
| CREDITOR ID: 265845-14<br>CITY OF MEMPHIS<br>ATTN: JOSEPH LEE III<br>125 N MAIN ST STE 368<br>MEMPHIS TN 38103-2030 | CREDITOR ID: 265851-31<br>CITY OF MEMPHIS<br>ATTN: PETER ALFANSO<br>2685 SWEET MAPLE CV<br>MEMPHIS TN 38139-6561 | CREDITOR ID: 265850-31<br>CITY OF MEMPHIS<br>ATTN: PAUL PATTERSON<br>125 N MAIN ST STE 628<br>MEMPHIS TN 38103-2032 |
| CREDITOR ID: 265844-31<br>CITY OF MEMPHIS<br>ATTN: JIM NORTON<br>35 SAFFARANS AVE<br>MEMPHIS TN 38107-3636 | CREDITOR ID: 265846-31<br>CITY OF MEMPHIS<br>ATTN: LARRY MARTIN<br>1519 N BELLEVUE BLVD<br>MEMPHIS TN 38107-1344 | CREDITOR ID: 265842-14<br>CITY OF MEMPHIS<br>ATTN: DARRYL D ANDERSON<br>125 N MAIN ST STE 528<br>MEMPHIS TN 38103-2024 |
| CREDITOR ID: 265848-14<br>CITY OF MEMPHIS<br>ATTN: MARIE KIRK OWENS<br>125 N MAIN ST STE 301<br>MEMPHIS TN 38103-2030 | CREDITOR ID: 265847-14<br>CITY OF MEMPHIS<br>ATTN: LINDA MCKNIGHT<br>125 N MAIN ST STE 1B25<br>MEMPHIS TN 38103-2035 | CREDITOR ID: 265843-31<br>CITY OF MEMPHIS<br>ATTN: JERRY ROSS<br>289 SCOTT ST<br>MEMPHIS TN 38112-3911 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265849-31<br>CITY OF MEMPHIS<br>ATTN: MARY BAKER<br>125 N MAIN ST STE 468<br>MEMPHIS TN 38103-2030 | CREDITOR ID: 267945-31<br>CITY OF MERIDIAN<br>ATTN MONTY JACKSON OR R PARKER<br>601 24TH AVE<br>MERIDIAN MS 39301-5002 | CREDITOR ID: 245955-12<br>CITY OF MERIDIAN<br>PO BOX 231<br>MERIDIAN, MS 39302-0231 |
| CREDITOR ID: 616-03<br>CITY OF MERIDIAN<br>ATTN REBECCA PARKER<br>PO BOX 231<br>MERIDIAN MS 39302 | CREDITOR ID: 265852-14<br>CITY OF MERIDIAN INC<br>ATTN: WALLACE HEGGIE<br>601 24TH AVE<br>MERIDIAN MS 39301-5002 | CREDITOR ID: 265861-31<br>CITY OF MIAMI<br>ATTN: JOE MCMANUS<br>444 SW 2ND AVE FL 3<br>MIAMI FL 33130-1910 |
| CREDITOR ID: 265858-31<br>CITY OF MIAMI<br>ATTN: FRANK ROLLASON<br>49 NW 5TH ST STE 100<br>MIAMI FL 33128-1811 | CREDITOR ID: 265864-14<br>CITY OF MIAMI<br>ATTN: SCOTT SIMPSON<br>444 SW 2ND AVE FL 6<br>MIAMI FL 33130-1910 | CREDITOR ID: 265863-31<br>CITY OF MIAMI<br>ATTN: SARAH EATON<br>444 SW 2ND AVE FL 3<br>MIAMI FL 33130-1910 |
| CREDITOR ID: 265857-31<br>CITY OF MIAMI<br>ATTN: DANA NOWTINGHAM<br>200 S BISCAYNE BLVD<br>MIAMI FL 33131-2310 | CREDITOR ID: 265856-31<br>CITY OF MIAMI<br>ATTN: CLARENCE PATTERSON<br>1290 NW 20TH ST<br>MIAMI FL 33142-7720 | CREDITOR ID: 265865-14<br>CITY OF MIAMI<br>ATTN: VICTOR IGWE<br>444 SW 2ND ST APT 7<br>MIAMI FL 33130-1460 |
| CREDITOR ID: 245957-12<br>CITY OF MIAMI<br>PO BOX 31234<br>TAMPA, FL 33631-3234 | CREDITOR ID: 265859-31<br>CITY OF MIAMI<br>ATTN: FRED HOBSON<br>3851 RICKENBACKER CSWY<br>MIAMI FL 33149 | CREDITOR ID: 265854-31<br>CITY OF MIAMI<br>ATTN: ANA GELABERTSANCHEZ<br>444 SW 2ND AVE FL 3<br>MIAMI FL 33130-1910 |
| CREDITOR ID: 265853-31<br>CITY OF MIAMI<br>ATTN: ALBERT A DOMINGUEZ<br>444 SW 2ND AVE FL 4<br>MIAMI FL 33130-1910 | CREDITOR ID: 265860-14<br>CITY OF MIAMI<br>ATTN: GLENN MARCOS<br>444 SW 2ND ST FL 6<br>MIAMI FL 33130-1460 | CREDITOR ID: 265862-14<br>CITY OF MIAMI<br>ATTN: MONOHAR SURANA<br>300 BISCAYNE BOULEVARD WA<br>MIAMI FL 33131 |
| CREDITOR ID: 265855-31<br>CITY OF MIAMI<br>ATTN: BARBARA RODRIGUEZ- GOMEZ<br>444 SW 2ND AVE FL 2<br>MIAMI FL 33130-1910 | CREDITOR ID: 245959-12<br>CITY OF MIAMI PERMIT & ALARMS ORDIN<br>DETAIL MIAMI POLICE DEPARTMENT<br>400 NW 2ND AVENUE # 209<br>MIAMI FL 33128 | CREDITOR ID: 384055-47<br>CITY OF MILLBROOK<br>TAX DEPARTMENT<br>PO BOX C<br>MILLBROOK, AL 36054 |
| CREDITOR ID: 240962-11<br>CITY OF MILLBROOK<br>SALES TAX DEPT<br>ACCOUNT NO.: 0001832<br>PO BOX 630<br>MILLBROOK, AL 36054 | CREDITOR ID: 240169-06<br>CITY OF MILLBROOK<br>ATTN TERESA MERCER<br>PO BOX 630<br>3390 MAIN STREET<br>MILLBROOK AL 36054 | CREDITOR ID: 245961-12<br>CITY OF MILLBROOK TAX DEPT<br>PO BOX C<br>MILLBROOK, AL 36054 |
| CREDITOR ID: 245962-12<br>CITY OF MILLEDGEVILLE<br>PO BOX 1900<br>MILLEDGEVILLE, GA 31061 | CREDITOR ID: 622-03<br>CITY OF MILLEDGEVILLE<br>PO DRAWER 1900<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 623-03<br>CITY OF MILTON<br>ATTN DEWITT NOBLES<br>PO BOX 909<br>MILTON FL 32572-0909 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245964-12<br>CITY OF MILTON<br>PO BOX 909<br>MILTON, FL 32572-0909 | CREDITOR ID: 3025-04<br>CITY OF MILTON<br>ATTN: PICKED UP BY CITY<br>MILTON FL 32570 | CREDITOR ID: 265866-31<br>CITY OF MIRAMAR<br>ATTN: HONG GUO<br>13900 PEMBROKE RD<br>HOLLYWOOD FL 33027-3489 |
| CREDITOR ID: 245965-12<br>CITY OF MIRAMAR<br>2300 CIVIC CENTER PLACE<br>MIRAMAR, FL 33025 | CREDITOR ID: 245968-12<br>CITY OF MIRAMAR<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES ESQ<br>3107 STIRLING ROAD SUITE 300<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 245966-12<br>CITY OF MIRAMAR<br>6901 MIRAMAR PKWY<br>MIRAMAR FL 33023-6004 |
| CREDITOR ID: 256465-12<br>CITY OF MIRAMAR WATER & SEWER<br>6700 MIRAMAR PKY<br>MIRAMAR, FL 33023-4838 | CREDITOR ID: 265868-31<br>CITY OF MOBILE<br>ATTN: MIKE BLACK<br>324 UNIVERSITY BLVD S<br>MOBILE AL 36609-2909 | CREDITOR ID: 265867-31<br>CITY OF MOBILE<br>ATTN: LAURA CLARKE<br>205 GOVERNMENT ST<br>MOBILE AL 36602-2613 |
| CREDITOR ID: 240963-11<br>CITY OF MOBILE<br>ACCOUNT NO.: 001558<br>PO BOX 2745<br>MOBILE, AL 36652-2745 | CREDITOR ID: 245969-12<br>CITY OF MOBILE<br>CITY REVENUE OFFICER<br>PO BOX 2745<br>MOBILE, AL 36652 | CREDITOR ID: 245970-12<br>CITY OF MOBILE<br>REVENUE DEPARTMENT<br>PO BOX 949<br>MOBILE, AL 36652-0949 |
| CREDITOR ID: 240174-06<br>CITY OF MOBILE REV DEPT<br>PO BOX 949<br>MOBILE AL 36652-0949 | CREDITOR ID: 399622-15<br>CITY OF MOBILE, AL<br>ATTN CAROL CARR LITTLE, ESQ<br>PO BOX 1827<br>MOBILE AL 36633 | CREDITOR ID: 265869-14<br>CITY OF MONROE<br>ATTN: PATRICK ONYEMECHARA<br>316 BREARD ST<br>MONROE LA 71201-6706 |
| CREDITOR ID: 265870-14<br>CITY OF MONROE<br>ATTN: SHARON BONNER<br>300 SAINT JOHN ST<br>MONROE LA 71201-7395 | CREDITOR ID: 3026-04<br>CITY OF MONROE<br>PO BOX 725<br>MONROE GA 30655 | CREDITOR ID: 256599-12<br>CITY OF MONROE TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 1249<br>MONROE GA 30655-1249 |
| CREDITOR ID: 240176-06<br>CITY OF MONROEVILLE<br>PO BOX 147<br>MONROEVILLE, AL 36461-0147 | CREDITOR ID: 245972-12<br>CITY OF MONROEVILLE<br>PO BOX 674<br>MONROEVILLE, AL 36460-0674 | CREDITOR ID: 265871-14<br>CITY OF MONTGOMERY<br>ATTN: TOMMY MILLER<br>131 S PERRY ST<br>MONTGOMERY AL 36104-4243 |
| CREDITOR ID: 245974-12<br>CITY OF MONTGOMERY<br>PO BOX 830469<br>BIRMINGHAM, AL 35283-0001 | CREDITOR ID: 245973-12<br>CITY OF MONTGOMERY<br>10101 MONTGOMERY  ROAD<br>MONTGOMERY INCOME TAX OFFICE<br>MONTGOMERY OH 45242 | CREDITOR ID: 240979-11<br>CITY OF MONTGOMERY<br>SARAH G SPEAR, REVENUE COMMISSIONER<br>ACCOUNT NO.: 17028<br>PO BOX 4779<br>MONTGOMERY, AL 36102-4779 |
| CREDITOR ID: 240978-11<br>CITY OF MONTGOMERY<br>C/O COMPASS BANK<br>ACCOUNT NO.: 004901<br>PO BOX 830469<br>BIRMINGHAM, AL 35283-0469 | CREDITOR ID: 245976-12<br>CITY OF MONTICELLO<br>245 S MULBERRY STREET<br>MONTICELLO, FL 32344-1307 | CREDITOR ID: 240179-06<br>CITY OF MONTICELLO<br>PO BOX 533<br>MONTICELLO FL 32345-0533 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 3027-04
CITY OF MONTICELLO
CITY HALL
MONTICELLO FL 32344

CREDITOR ID: 240180-06
CITY OF MOODY
2900 DANIEL DR
MOODY AL 35004

CREDITOR ID: 240981-11
CITY OF MOODY
ACCOUNT NO.: NONE
2900 DANIEL DRIVE
MOODY, AL 35004

CREDITOR ID: 268014-31
CITY OF MORGAN CITY
ATTN: MURPHEY ARESENON
763 COTTONWOOD ST
MORGAN CITY LA 70380-2129

CREDITOR ID: 317501-42
CITY OF MORGANTON
PO BOX 3448
MORGANTON, NC 28680-3448

CREDITOR ID: 245979-12
CITY OF MORGANTON
ATTN SANDRA K GULLET
PO BOX 3448
MORGANTON, NC 28680-3448

CREDITOR ID: 638-03
CITY OF MORGANTON
201 W. MEETING STREET
MORGANTON NC 28680

CREDITOR ID: 3028-04
CITY OF MORGANTON
ATTN TERESA MASSEY
201 WEST MEETING STREET
MORGANTON NC 28655

CREDITOR ID: 245980-12
CITY OF MOULTRIE
PO BOX 3368
MOULTRIE, GA 31776

CREDITOR ID: 640-03
CITY OF MOUNT DORA
1250 N. HIGHLAND STREET
MOUNT DORA FL 32757

CREDITOR ID: 245982-12
CITY OF MOUNT DORA
ATTN DOTTIE KEMP, CUST SER SPVR
PO BOX 176
MT DORA, FL 32757-0176

CREDITOR ID: 245983-12
CITY OF MT HEALTHY
INCOME TAX BUREAU
7700 PERRY STREET
MT HEALTHY OH 45231

CREDITOR ID: 245984-12
CITY OF MT WASHINGTON
P O  BOX 285
MT WASHINGTON, KY 40047

CREDITOR ID: 265872-31
CITY OF MURFREESBORO
ATTN: JOEY SMITH
630 W MAIN ST
MURFREESBORO TN 37129-3586

CREDITOR ID: 265873-31
CITY OF MURFREESBORO
ATTN: TERRY TAYLOR
1725 S CHURCH ST
MURFREESBORO TN 37130-5599

CREDITOR ID: 245986-12
CITY OF MUSCLE SHOALS
ELECTRIC BOARD
PO BOX 2547
MUSCLE SHOLAS, AL 35662

CREDITOR ID: 642-03
CITY OF MUSCLE SHOALS
1000 AVALON STREET
MUSCLE SHOALS AL 35660

CREDITOR ID: 245987-12
CITY OF MYRTLE BEACH
PO BOX 2468
MYRTLE BEACH, SC 29578

CREDITOR ID: 240982-11
CITY OF MYRTLE BEACH
HOSPITALITY FEE
PO BOX 2468
MYRTLE BEACH, SC 29578

CREDITOR ID: 265874-31
CITY OF NATCHEZ
ATTN: LANCE WEBB
11 CEDAR LN
CHURCH HILL MS 39120-2135

CREDITOR ID: 649-03
CITY OF NATCHITOCHES
PO BOX 37
NATCHITOCHES LA 71458

CREDITOR ID: 245988-12
CITY OF NATCHITOCHES, LA
UTILITY DEPARTMENT
PO BOX 37
NATCHITOCHES, LA 71457

CREDITOR ID: 651-03
CITY OF NEPTUNE BEACH
CITY HALL
116 FIRST STREET
NEPTUNE BEACH FL 32266

CREDITOR ID: 245992-12
CITY OF NEW ORLEANS
1300 PERDIDO STREET
BUREAU OF THE TREASURY ROOM 1W40
PROPERT YTAX
NEW ORLEANS LA 70112

CREDITOR ID: 245996-12
CITY OF NEW ORLEANS
BUREAU OF TREASURY
PO BOX 60047
NEW ORLEANS, LA 70160-0047

CREDITOR ID: 265879-31
CITY OF NEW ORLEANS
ATTN: KARRI DECAY
1300 PERDIDO ST BSMT 5W06
NEW ORLEANS LA 70112-2128

CREDITOR ID: 246001-12
CITY OF NEW ORLEANS
ROOM 1W09 CITY HALL
DEPT OF FINANCE
NEW ORLEANS LA 70112

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

CREDITOR ID: 265878-14
CITY OF NEW ORLEANS
ATTN: ETTA REED MORRIS
CITY HALL RM 1W 15
NEW ORLEANS, LA 70112

CREDITOR ID: 246000-12
CITY OF NEW ORLEANS
PO BOX 61840
DEPARTMENT OF FINANCE
BUREAU OF REVENUE
NEW ORLEANS, LA 70161-1840

CREDITOR ID: 265882-14
CITY OF NEW ORLEANS
ATTN: TED MELSON
3800 ALVAR ST
NEW ORLEANS LA 70126-5504

CREDITOR ID: 265876-14
CITY OF NEW ORLEANS
ATTN: CLAUDE T MAUBERRET
1300 PERDIDO ST BSMT 4E01
NEW ORLEANS LA 70112-2128

CREDITOR ID: 265875-31
CITY OF NEW ORLEANS
ATTN: BETH JAMES
1515 POYDRAS ST FL 12
NEW ORLEANS LA 70112-3723

CREDITOR ID: 265883-14
CITY OF NEW ORLEANS
ATTN: WAYNE DELARGE
1300 PERDIDO ST BSMT 3
NEW ORLEANS LA 70112-2128

CREDITOR ID: 265880-31
CITY OF NEW ORLEANS
ATTN: MARLET COX BECNEL
1515 POYDRAS ST
NEW ORLEANS LA 70112-3723

CREDITOR ID: 265881-14
CITY OF NEW ORLEANS
ATTN: MTUMISHI ST JULIEN
618 BARONNE ST
NEW ORLEANS LA 70113-1004

CREDITOR ID: 265877-31
CITY OF NEW ORLEANS
ATTN: COLLETTE CREPPELL
1300 PERDIDO ST
NEW ORLEANS LA 70112-2128

CREDITOR ID: 240991-11
CITY OF NEW ORLEANS
DEPT. OF FINANCE-BUREAU OF REV.
ACCOUNT NO.: 102354222
PO BOX 61840
NEW ORLEANS, LA 70161-1840

CREDITOR ID: 317510-42
CITY OF NEW ORLEANS MUN 5
BUREAU OF THE TREASURY
NEW ORLEANS LA 70112

CREDITOR ID: 395541-15
CITY OF NEW ORLEANS REV COLL, LA
ATTN DERRICK MUSE, DPTY FIN DIR
CITY HALL ANNEX
NEW ORLEANS LA 70112

CREDITOR ID: 381060-47
CITY OF NEW ORLEANS SEWAGE & WATER
625 SAINT JOSEPH ST
NEW ORLEANS, LA 70165

CREDITOR ID: 655-03
CITY OF NEW ORLEANS SEWAGE & WATER
ATTN CYNTHIA JOSEPH, CR & COLL DEPT
625 SAINT JOSEPH STREET, ROOM 136
NEW ORLEANS LA 70165-6500

CREDITOR ID: 246002-12
CITY OF NEW ROADS
ATTN ADRIENNE JACKSON
PO BOX 280
NEW ROADS, LA 70760-0820

CREDITOR ID: 240992-11
CITY OF NEWBERRY
ACCOUNT NO.: NONE
PO BOX 538
NEWBERRY, SC 29108-0538

CREDITOR ID: 660-03
CITY OF NEWBERRY
1330 COLLEGE STREET
NEWBERRY SC 29108

CREDITOR ID: 246004-12
CITY OF NEWBERRY
ATTN MARIE M HICKMAN, FIN DIR
PO BOX 538
NEWBERRY SC 29108-0538

CREDITOR ID: 240191-06
CITY OF NEWBERRY
PO BOX 538
NEWBERRY SC 29108-0538

CREDITOR ID: 3029-04
CITY OF NEWBERRY
1 POWER HOUSE RD.
NEWBERRY SC 29108

CREDITOR ID: 662-03
CITY OF NEWPORT
WATER BILLING DIVISION
NEWPORT KY 41071

CREDITOR ID: 317512-42
CITY OF NEWPORT
PO BOX 1090
NEWPORT, KY 41071

CREDITOR ID: 246008-12
CITY OF NEWPORT NEWS
PO BOX 975
OFFICE OF THE TREASURER
NEWPORT NEWS, VA 23607-0975

CREDITOR ID: 246009-12
CITY OF NEWTON
PO BOX 550
NEWTON, NC 28658-0550

CREDITOR ID: 3030-04
CITY OF NEWTON
ATTN: CONNIE RUSSELL
411 NORTH MAIN AVENUE
NEWTON NC 28658

CREDITOR ID: 246010-12
CITY OF NORCROSS
ATTN RUDOLPH SMITH, FIN DIR
65 LAWRENCEVILLE STREET
NORCROSS, GA 30071-2556

CREDITOR ID: 664-03
CITY OF NORCROSS
65 LAWRENCEVILLE STREET
NORCROSS, GA 30071

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265886-14<br>CITY OF NORFOLK<br>ATTN: THOMAS W MOSS<br>810 UNION ST FL 1<br>NORFOLK VA 23510-2717 | CREDITOR ID: 265884-14<br>CITY OF NORFOLK<br>ATTN: SHARON MC DONALD<br>810 UNION ST<br>NORFOLK VA 23510-2717 | CREDITOR ID: 246013-12<br>CITY OF NORFOLK<br>COMMISSIONER OF THE REVENUE<br>PO BOX 2260<br>NORFOLK VA 23501-2260 |
| CREDITOR ID: 265885-14<br>CITY OF NORFOLK<br>ATTN: STEVEN DEMIK<br>800 E CY HALL AVE STE 600<br>NORFOLK VA 23510 | CREDITOR ID: 246012-12<br>CITY OF NORFOLK<br>3661 E VIRGINIA BEACH BLVD<br>NORFOLK VA 23502 | CREDITOR ID: 246016-12<br>CITY OF NORTH AUGUSTA<br>PO BOX 6400<br>NORTH AUGUSTA, SC 29861-6400 |
| CREDITOR ID: 240993-11<br>CITY OF NORTH AUGUSTA<br>ACCOUNT NO.: NONE<br>PO BOX 6400<br>NORTH AUGUSTA, SC 29861-6400 | CREDITOR ID: 667-03<br>CITY OF NORTH BAY VILLAGE<br>7903 EAST DRIVE<br>NORTH BAY VILLAGE FL 33141 | CREDITOR ID: 384056-47<br>CITY OF NORTH LAUDERDALE<br>701 SW 71ST AVE<br>NORTH LAUDERDALE, FL 33068 |
| CREDITOR ID: 407674-15<br>CITY OF NORTH LAUDERDALE, FLORIDA<br>C/O GOREN CHEROF DOODY & EZROL, PA<br>ATTN KERRY L EZROL ESQ<br>3099 EAST COMMERCIAL BLVD SUITE 200<br>FORT LAUDERDALE FL 33308 | CREDITOR ID: 670-03<br>CITY OF NORTH MIAMI BEACH<br>PO BOX 60427<br>NORTH MIAMI BEACH FL 33160 | CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>C/O NORTH MIAMI BEACH CITY ATTORNEY<br>17011 NE 19TH AVENUE<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 240196-06<br>CITY OF NORTH MIAMI BEACH<br>CITY ATTORNEY'S OFFICE<br>17011 NE 19TH AVE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427 | CREDITOR ID: 246021-12<br>CITY OF NORTH RICHLAND HILLS<br>UTILITY BILLING DEPARTMENT<br>PO BOX 820609<br>NORTH RICHLAND HILLS, TX 76182-0609 |
| CREDITOR ID: 265887-31<br>CITY OF NORTHPORT<br>ATTN: JAMES MCKINNY<br>3950 3RD ST S<br>NORTHPORT AL 35476-4753 | CREDITOR ID: 265888-31<br>CITY OF NORTHPORT<br>ATTN: RHONDA LANCASTER<br>3500 MCFARLAND BLVD<br>NORTHPORT AL 35476-3181 | CREDITOR ID: 240996-11<br>CITY OF NORTHPORT-528<br>LICENSE DEPT<br>ACCOUNT NO.: 003827-0001<br>PO DRAWER 569<br>NORTHPORT, AL 35476-0569 |
| CREDITOR ID: 381670-47<br>CITY OF NORWOOD<br>4645 MONTGOMERY ROAD<br>NORWOOD, OH 45212 | CREDITOR ID: 246023-12<br>CITY OF NORWOOD<br>EARNINGS TAX DEPT<br>LOCK BOX 00332<br>CINCINNATI OH 45264 | CREDITOR ID: 246024-12<br>CITY OF OAKLAND PARK<br>3650 NE 12TH AVE<br>OAKLAND PARK, FL 33334-4525 |
| CREDITOR ID: 683-03<br>CITY OF OCALA<br>310 S.E. 3RD STREET<br>OCALA FL 34471-2198 | CREDITOR ID: 246025-12<br>CITY OF OCALA<br>FINANCE & ADMINISTRATIVE SERVICE<br>PO BOX 1270<br>OCALA FL 34478-1270 | CREDITOR ID: 265889-14<br>CITY OF OCALA FINANCE<br>ATTN: SUSAN MILLER<br>151 SE OSCEOLA AVE<br>OCALA FL 34471-2148 |
| CREDITOR ID: 403384-99<br>CITY OF OCALA FLORIDA DBA<br>OCALA ELECTRIC UTILITY<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA M LAFLEUR<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 684-03<br>CITY OF OCEAN SPRINGS<br>PO BOX 1890<br>OCEAN SPRINGS MS 39566 | CREDITOR ID: 265890-31<br>CITY OF OCOEE<br>ATTN: SCOTT DANDERGRIFT<br>301 MAGUIRE ROAD EXT<br>OCOEE FL 34761-2677 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 246029-12
CITY OF OLDSMAR
100 STATE STREET WEST
OLDSMAR, FL 34677-3655

CREDITOR ID: 246030-12
CITY OF OPELIKA
PO BOX 2168
OPELIKA, AL 36803-2168

CREDITOR ID: 240997-11
CITY OF OPELIKA
ACCOUNT NO.: NONE
PO BOX 390
OPELIKA, AL 36803-0390

CREDITOR ID: 689-03
CITY OF OPELIKA
ATTN GARY FULLER, MAYOR
1010 AVENUE C
PO BOX 390
OPELIKA AL 36801

CREDITOR ID: 265891-31
CITY OF OPELIKA
ATTN: FRED LUMPKIN
3010 COLUMBUS PKWY
OPELIKA AL 36804-8319

CREDITOR ID: 246032-12
CITY OF OPELIKA REVENUE DEPT
PO BOX 390
OPELIKA, AL 36803-0390

CREDITOR ID: 265892-31
CITY OF OPELOUSAS
ATTN: KEN VIDRINE
1524 S MARKET ST
OPELOUSAS LA 70570-4847

CREDITOR ID: 246034-12
CITY OF OPELOUSAS
PO BOX 712
OPELOUSAS LA 70571-0712

CREDITOR ID: 246033-12
CITY OF OPELOUSAS
PO BOX 1879
OPELOUSAS, LA 70571-1879

CREDITOR ID: 246036-12
CITY OF OPP
PO BOX 610
OPP, AL 36467

CREDITOR ID: 246035-12
CITY OF OPP
PO BOX 311
OPP, AL 36467-0311

CREDITOR ID: 240998-11
CITY OF ORANGE BEACH
ACCOUNT NO.: 0000465
PO BOX 1159
ORANGE BEACH, AL 36561-1159

CREDITOR ID: 246037-12
CITY OF ORANGE BEACH
PO BOX 1159
ORANGE BEACH, AL 36561-1159

CREDITOR ID: 3034-04
CITY OF ORANGE PARK
1734 KINGSLEY AVENUE
ORANGE PARK FL 32073

CREDITOR ID: 240209-06
CITY OF ORANGEBURG
PROPERTY TAX
PO BOX 1183
ORANGEBURG SC 29116-1183

CREDITOR ID: 265899-31
CITY OF ORLANDO
ATTN: JOE STOKES
400 S ORANGE AVE
ORLANDO FL 32801-3360

CREDITOR ID: 265901-14
CITY OF ORLANDO
ATTN: KENT OLSON
CITY HALL
ORLANDO FL 32801

CREDITOR ID: 265904-31
CITY OF ORLANDO
ATTN: TOM LOTHROP
5100 L B MCLEOD RD
ORLANDO FL 32811-7407

CREDITOR ID: 265894-31
CITY OF ORLANDO
ATTN: BUDDY DYER
25155 WHEELER RD
CHRISTMAS FL 32709-9257

CREDITOR ID: 265896-14
CITY OF ORLANDO
ATTN: G MICHAEL MILLER
400 S ORANGE AVE
ORLANDO FL 32801-3360

CREDITOR ID: 246040-12
CITY OF ORLANDO
FISCAL MGMT DIV 7TH FLOOR
400 S ORANGE AVE
ORLANDO, FL 32801-2846

CREDITOR ID: 3068-04
CITY OF ORLANDO
4 SOUTH ORANGE AVE
ORLANDO FL 32801

CREDITOR ID: 265900-14
CITY OF ORLANDO
ATTN: KAREN WEAVER
1010 S WESTMORELAND DR
ORLANDO FL 32805-3853

CREDITOR ID: 265893-14
CITY OF ORLANDO
ATTN: BERYL DAVIS
400 S ORANGE AVE
ORLANDO FL 32801-3360

CREDITOR ID: 265902-31
CITY OF ORLANDO
ATTN: RICHARD BERNHARDT
CITY HSLL
ORLANDO FL 32801

CREDITOR ID: 697-03
CITY OF ORLANDO
400 SOUTH ORANGE AVENUE
ORLANDO FL 32801

CREDITOR ID: 265903-14
CITY OF ORLANDO
ATTN: ROBERT GARNER
CITY HALL
ORLANDO FL 32801

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 265898-14
CITY OF ORLANDO
ATTN: JEANINNE HENSON
CITY HALL
ORLANDO FL 32801

CREDITOR ID: 257776-12
CITY OF ORLANDO UTILITIES COMM
PO BOX 918056
ORLANDO FL 32891-8056

CREDITOR ID: 403245-79
CITY OF ORLANDO UTILITIES COMM
ATTN PAM REINEKE
500 SOUTH ORANGE AVE
ORLANDO FL 32801

CREDITOR ID: 246043-12
CITY OF ORMOND BEACH
GENERAL MAIL FACILITY
ORMAND BEACH, FL 32175-0277

CREDITOR ID: 240212-06
CITY OF ORMOND BEACH
DIV OF BLDG & GEN INSPECTIONS
PO BOX 277
ORMOND BEACH FL 32175-0277

CREDITOR ID: 698-03
CITY OF ORMOND BEACH
PO BOX 277
ORMOND BEACH FL 32175

CREDITOR ID: 699-03
CITY OF OVIEDO
400 ALEXANDRIA BLVD.
OVIEDO FL 32765

CREDITOR ID: 246044-12
CITY OF OVIEDO
ATTN CYNTHIA LINDSAY
400 ALEXANDRIA BLVD
OVIEDO, FL 32765

CREDITOR ID: 246045-12
CITY OF OWENBORO
PO BOX 638
PROPERTY TAX
OWENBORO KY 42302-0638

CREDITOR ID: 246046-12
CITY OF OWENSBORO
PO BOX 10003
OCCUPATIONAL LICENSE FEE DIVISION
OWENSBORO, KY 42302-9003

CREDITOR ID: 317517-42
CITY OF OWENSBORO
ATTN DAVID C FOWLER, ESQ
PO BOX 10003
OWENSBORO KY 42302-0638

CREDITOR ID: 265905-31
CITY OF OXFORD
ATTN: GLEN TAYLOR
559A HIGHWAY 7 S
OXFORD MS 38655-9712

CREDITOR ID: 246049-12
CITY OF OXFORD ELECTRIC DEPT
PO BOX 827
OXFORD, MS 38655

CREDITOR ID: 265906-31
CITY OF PAHOKEE
ATTN: KATHY NANCE
1001 RIM CANAL RD
PAHOKEE FL 33476-2523

CREDITOR ID: 246051-12
CITY OF PALATKA
201 NORTH 2ND STREET
PALATKA, FL 32177-3735

CREDITOR ID: 265907-31
CITY OF PALATKA
ATTN: SAM WILLIS
1010 OCEAN ST
PALATKA FL 32177-2243

CREDITOR ID: 705-03
CITY OF PALATKA
201 N. 2ND STREET
PALATKA FL 32177

CREDITOR ID: 265908-31
CITY OF PALM BAY
ATTN: CHRISTOPHER NORTON
5240 BABCOCK ST NE
MELBOURNE FL 32905-4692

CREDITOR ID: 257937-12
CITY OF PALM BEACH WATER UTILITY
PO BOX 24740
WEST PALM BEACH, FL 33416-6097

CREDITOR ID: 3069-04
CITY OF PALMETO
PALMETO CITY BUILDING
PALMETO FL 34220

CREDITOR ID: 246055-12
CITY OF PALMETTO
PALMETTO CITY BUILD
PALMETTO, FL 34220-1209

CREDITOR ID: 265909-31
CITY OF PALMETTO
ATTN: WILLIAM F GETTY
611 MAIN ST
PALMETTO GA 30268-1142

CREDITOR ID: 246056-12
CITY OF PALMETTO
PO BOX 1209
PALMETTO, FL 34220-1209

CREDITOR ID: 246057-12
CITY OF PANAMA CITY
PO BOX 1880
PANAMA CITY, FL 32402-1880

CREDITOR ID: 246058-12
CITY OF PANAMA CITY BCH
110 SO ARNOLD RD
PANAMA CITY BEACH, FL 32413

CREDITOR ID: 714-03
CITY OF PANAMA CITY BEACH
110 S. ARNOLD ROAD
PANAMA CITY BEACH FL 32413

CREDITOR ID: 246059-12
CITY OF PANAMA CITY BEACH
110 SOUTH ARNOLD ROAD
PANAMA CITY BEACH, FL 32413

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257991-12<br>CITY OF PANAMA CITY UTILITIES DEPT<br>PO BOX 2487<br>PANAMA CITY, FL 32402-2487 | CREDITOR ID: 265910-31<br>CITY OF PANAMA CTY BCH WST WTR<br>ATTN: STEVE FLOWERS<br>206 N GULF BLVD<br>PANAMA CITY FL 32413-2802 | CREDITOR ID: 246060-12<br>CITY OF PANCHATOULA<br>125 WEST HICKORY STREET<br>PROPERTY TAX DIVISION<br>PROPERTY TAX<br>PONCHATOULA, LA 70454-3215 |
| CREDITOR ID: 265911-31<br>CITY OF PASCAGOULA<br>ATTN: ELIZABETH A BENSEY<br>630 DELMAS AVE<br>PASCAGOULA MS 39567-4227 | CREDITOR ID: 246062-12<br>CITY OF PASS CHRISTIAN<br>PO BOX 0509<br>PASS CHRISTIAN, MS 39571-0509 | CREDITOR ID: 265912-31<br>CITY OF PEACHTREE<br>ATTN: SHERRI MC HUGH<br>191 MCINTOSH TRL<br>PEACHTREE CITY GA 30269-2128 |
| CREDITOR ID: 246063-12<br>CITY OF PEARL<br>PO BOX 54195<br>PEARL, MS 39288 | CREDITOR ID: 241000-11<br>CITY OF PELHAM<br>ACCOUNT NO.: 106238-0001<br>PO BOX 1238<br>PELHAM, AL 35476 | CREDITOR ID: 265913-14<br>CITY OF PELHAM<br>ATTN: MIKE MORGAN<br>3162 PELHAM PKWY<br>PELHAM AL 35124-2029 |
| CREDITOR ID: 246066-12<br>CITY OF PELL CITY<br>1905 FIRST AVENUE NORTH<br>PELL CITY, AL 35125 | CREDITOR ID: 729-03<br>CITY OF PELL CITY<br>1905 1ST AVENUE NORTH<br>PELL CITY AL 35125 | CREDITOR ID: 240227-06<br>CITY OF PEMBROKE PINES<br>10100 PINES BLVD<br>PEMBROKE PINES FL 33026 |
| CREDITOR ID: 246069-12<br>CITY OF PEMBROKE PINES<br>13975 PEMBROKE ROAD<br>PEMBROKE PINES, FL 33027 | CREDITOR ID: 246070-12<br>CITY OF PENSACOLA<br>PO BOX 12910<br>PENSACOLA, FL 32521-0044 | CREDITOR ID: 733-03<br>CITY OF PENSACOLA<br>180 GOVERNMENTAL CENTER<br>PO BOX 12910<br>PENSACOLA FL 32521 |
| CREDITOR ID: 246071-12<br>CITY OF PERRY<br>PO DRAWER 1907<br>PERRY, FL 32348 | CREDITOR ID: 738-03<br>CITY OF PERRY<br>224 SOUTH JEFFERSON<br>PERRY FL 32348 | CREDITOR ID: 265914-31<br>CITY OF PERRY<br>ATTN: WILLIAM E BRYNES<br>224 S JEFFERSON ST<br>PERRY FL 32347-3235 |
| CREDITOR ID: 246073-12<br>CITY OF PETAL<br>WATER DEPT<br>PO BOX 405<br>PETAL, MS 39465 | CREDITOR ID: 739-03<br>CITY OF PETAL<br>PO BOX 405<br>PETAL MS 39465 | CREDITOR ID: 265916-31<br>CITY OF PETERSBURG<br>ATTN: LEONARD MUSE<br>135 N UNION ST RM 304<br>PETERSBURG VA 23803-3237 |
| CREDITOR ID: 265915-31<br>CITY OF PETERSBURG<br>ATTN: CAROLE MATTHEWS<br>135 N UNION ST RM 1<br>PETERSBURG VA 23803-3237 | CREDITOR ID: 258448-12<br>CITY OF PHENIX CITY UTILITY<br>DEPT OF PUBLIC UTILITIES<br>PHENIX CITY, AL 36868-0760 | CREDITOR ID: 265917-31<br>CITY OF PICAYUNE<br>ATTN: BARBARA MCGREW<br>203 GOODYEAR BLVD<br>PICAYUNE MS 39466-4403 |
| CREDITOR ID: 268263-31<br>CITY OF PICAYUNE GAS & WATER DEPT<br>ATTN: BILLY MCQUEEN<br>101 WITTHAUER ST<br>PICAYUNE MS 39466-5212 | CREDITOR ID: 258502-12<br>CITY OF PICAYUNE UTILITY DEPT<br>203 GOODYEAR BLVD<br>PICAYUNE, MS 39466 | CREDITOR ID: 265918-31<br>CITY OF PICKENS<br>ATTN: MICHAEL TATE<br>270 E JONES AVE<br>PICKENS SC 29671-2335 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258512-12<br>CITY OF PICKENS WATER DEPT<br>PO BOX 217<br>PICKENS, SC 29671-0217 | CREDITOR ID: 318621-43<br>CITY OF PIKEVILLE<br>118 COLLEGE STREET<br>PIKEVILLE KY 41501 | CREDITOR ID: 246078-12<br>CITY OF PIKEVILLE<br>DIVISION OF TAX COLLECTION<br>118 COLLEGE ST<br>PIKEVILLE KY 41502-1228 |
| CREDITOR ID: 246080-12<br>CITY OF PINELLAS PARK<br>PO BOX 1337<br>PINELLAS PARK, FL 33780-1337 | CREDITOR ID: 246082-12<br>CITY OF PINEVILLE<br>PO BOX 3820<br>PINEVILLE, LA 71361-3820 | CREDITOR ID: 246083-12<br>CITY OF PLANO (UTILITIES)<br>PO BOX 861990<br>PLANO TX 75086-1990 |
| CREDITOR ID: 246084-12<br>CITY OF PLANT CITY<br>C/O KENNETH W BUCHMAN, ESQ<br>PO BOX C<br>PLANT CITY, FL 33564 | CREDITOR ID: 265919-31<br>CITY OF PLANT CITY<br>ATTN: BILL RUSSELL<br>1802 SPOONER DR<br>PLANT CITY FL 33563-1418 | CREDITOR ID: 246084-12<br>CITY OF PLANT CITY<br>C/O DENNIS LEVINE & ASSOCIATES, PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 SO BOULEVARD<br>TAMPA FL 33606-1901 |
| CREDITOR ID: 258618-12<br>CITY OF PLANT CITY UTILITY DEPT<br>PO BOX C<br>PLANT CITY, FL 33564 | CREDITOR ID: 246086-12<br>CITY OF PLANTATION<br>PO BOX 189044<br>PLANTATION, FL 33318-9044 | CREDITOR ID: 246085-12<br>CITY OF PLANTATION<br>400 N W 73RD AVE<br>PLANTATION, FL 33317 |
| CREDITOR ID: 246087-99<br>CITY OF PLAQUEMINE<br>C/O CANOVA & DELAHAYE LP<br>ATTN PHILLIP CANOVA, JR<br>58156 COURT STREET<br>PLAQUEMINE LA 70764-2708 | CREDITOR ID: 246087-99<br>CITY OF PLAQUEMINE<br>LIGHT & WATER PLANT<br>PO BOX 777<br>PLAQUEMINE LA 70764 | CREDITOR ID: 265920-31<br>CITY OF PLAQUEMINE<br>ATTN: LOISE ALLEN<br>58155 CAPTAIN T T HARRIS ST<br>PLAQUEMINE LA 70764-3127 |
| CREDITOR ID: 380998-47<br>CITY OF PLAQUEMINE LIGHT & WATER PLANT<br>PO BOX 777<br>PLAQUEMINE, LA 70764 | CREDITOR ID: 407462-99<br>CITY OF PLAQUEMINE/CITY LIGHT<br>AND WATER PLANT<br>C/O PINKSTON & PINKSTON PA<br>ATTN: D PINKSTON/G SCHLEGEL<br>PO BOX 4608<br>JACKSONVILLE FL 32201 | CREDITOR ID: 246090-12<br>CITY OF POMPANO BEACH<br>PO BOX 908<br>POMPANO BEACH, FL 33061 |
| CREDITOR ID: 240238-06<br>CITY OF POMPANO BEACH<br>OCCUPATIONAL LICENSE<br>PO DRAWER 1300<br>POMPANO BCH FL 33061 | CREDITOR ID: 246088-12<br>CITY OF POMPANO BEACH<br>FIRE PREVENTION<br>PO DRAWER 1300<br>POMPANO BEACH FL 33061 | CREDITOR ID: 246091-12<br>CITY OF PONCHATOULA<br>125 WEST HICKORY STREET<br>PONCHATOULA, LA 70454-0428 |
| CREDITOR ID: 317523-42<br>CITY OF PONCHATOULA<br>PROPERTY TAX DIVISION<br>PONCHATOULA LA 70454-3215 | CREDITOR ID: 756-03<br>CITY OF PONCHATOULA<br>125 W. HICKORY STREET<br>PONCHATOULA LA 70454 | CREDITOR ID: 246092-12<br>CITY OF PONTOTOC<br>116 NORTH MAIN STREET<br>PROPERTY TAX<br>PONTOTOC MS 38863 |
| CREDITOR ID: 246093-12<br>CITY OF PONTOTOC WATER<br>116 N MAIN ST<br>PONTOTOC, MS 38863 | CREDITOR ID: 265921-14<br>CITY OF POQUOSON<br>ATTN: GORDON HELSEL<br>500 CITY HALL AVE<br>POQUOSON VA 23662-1963 | CREDITOR ID: 246095-12<br>CITY OF PORT ORANGE UTILITY<br>1000 CITY CENTER CIRCLE<br>ATTN C/S<br>PORT ORANGE, FL 32129 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246096-12<br>CITY OF PORT ST LUCIE<br>121 SW PORT ST LUCIE BLVD<br>PORT ST LUCIE FL 34984-5099 | CREDITOR ID: 760-03<br>CITY OF PORT ST LUCIE<br>PO DRAWER 8987<br>PORT ST LUCIE FL 34985 | CREDITOR ID: 246097-12<br>CITY OF PORT ST LUCIE<br>PO BOX 8987<br>PORT ST LUCIE, FL 34984-5099 |
| CREDITOR ID: 240243-06<br>CITY OF PORT ST LUCIE<br>121 S W PORT ST LUCIE BLVD<br>PT ST LUCIE FL 34984-5099 | CREDITOR ID: 268757-14<br>CITY OF PORT ST LUCIE TAX COLLECTOR<br>ATTN: DEE SOOP<br>9340 S US HIGHWAY 1<br>PORT SAINT LUCIE FL 34952-4213 | CREDITOR ID: 265924-31<br>CITY OF PORTSMOUTH<br>ATTN: DOUGLAS SMITH<br>200 HIGH ST STE 200<br>PORTSMOUTH VA 23704-3721 |
| CREDITOR ID: 265925-14<br>CITY OF PORTSMOUTH<br>ATTN: JOHN F GROOK<br>801 CRAWFORD ST FL 5<br>PORTSMOUTH VA 23704-3822 | CREDITOR ID: 265926-31<br>CITY OF PORTSMOUTH<br>ATTN: LAMAR BROWN<br>801 CRAWFORD PKWY<br>PORTSMOUTH VA 23704-2301 | CREDITOR ID: 265922-14<br>CITY OF PORTSMOUTH<br>ATTN: A JAMES FILLION<br>801 CRAWFORD ST<br>PORTSMOUTH VA 23704-3822 |
| CREDITOR ID: 265923-31<br>CITY OF PORTSMOUTH<br>ATTN: C W MCCOY<br>2011 FREDERICK BLVD<br>PORTSMOUTH VA 23704-6112 | CREDITOR ID: 384057-47<br>CITY OF POWDER SPRINGS<br>PO BOX 46<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 762-03<br>CITY OF PRATTVILLE<br>PO BOX 680870<br>PRATTVILLE AL 36067-0609 |
| CREDITOR ID: 246102-12<br>CITY OF PRATTVILLE<br>PRATTVILLE WATER WORKS BOARD<br>PO BOX 680870<br>PRATTVILLE, AL 36068 | CREDITOR ID: 241002-11<br>CITY OF PRATTVILLE<br>ACCOUNT NO.: 0001657<br>PO BOX 680190<br>PRATTVILLE, AL 36068 | CREDITOR ID: 240241-06<br>CITY OF PRATTVILLE<br>BUSINESS LISCENSE DEPT<br>PO BOX 680190<br>PRATTVILLE AL 36068 |
| CREDITOR ID: 763-03<br>CITY OF PRESTONSBERG<br>2103 SOUTH LAKE DRIVE<br>PRESTONSBURG KY 41653-1446 | CREDITOR ID: 258847-12<br>CITY OF PRESTONSBURG UTILITY COM<br>2560 SOUTH LAKE DRIVE<br>PRESTONSBURG, KY 41653 | CREDITOR ID: 246103-12<br>CITY OF PRINCETON<br>206 NORTH JEFFERSON STREET<br>PROPERTY TAX<br>PRINCETON KY 42445 |
| CREDITOR ID: 766-03<br>CITY OF PRINCETON<br>PO BOX 608<br>PRINCETON KY 42445 | CREDITOR ID: 246104-12<br>CITY OF PRINCETON KY<br>CITY HALL<br>206 N JEFFERSON ST<br>PRINCETON, KY 42445 | CREDITOR ID: 773-03<br>CITY OF QUINCY<br>404 WEST JEFFERSON STREET<br>QUINCY FL 32351 |
| CREDITOR ID: 246106-12<br>CITY OF QUINCY<br>ATTN SHELLY ROBINSON, DIR CUST SVCE<br>404 WEST JEFFERSON STREET<br>QUINCY, FL 32351-2328 | CREDITOR ID: 265927-31<br>CITY OF QUINCY<br>ATTN: BRENT STAUFFER<br>300 N GF AND A DR<br>QUINCY FL 32351-3409 | CREDITOR ID: 246107-12<br>CITY OF RADCLIFF<br>PO DRAWER 519<br>RADCLIFF, KY 40159-0519 |
| CREDITOR ID: 265929-31<br>CITY OF RAINBOW CITY<br>ATTN: SUE GLIDEWELL<br>3700 RAINBOW DR<br>RAINBOW CITY AL 35906-6324 | CREDITOR ID: 259199-12<br>CITY OF RAINBOW CITY UTILITY BD<br>ATTN BRENDA WIMPEE, OFF MGR<br>3700 RAINBOW DRIVE<br>RAINBOW CITY, AL 35906-6324 | CREDITOR ID: 265930-31<br>CITY OF RALEIGH<br>ATTN: JACK DUNCAN<br>222 W HARGETT ST RM 608<br>RALEIGH NC 27601-1316 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240248-06<br>CITY OF RALEIGH<br>PRIVLEGE LICENSE SECTION<br>222 WEST HARGETT STREET<br>RALEIGH NC 27602 | CREDITOR ID: 246113-12<br>CITY OF RALEIGH POLICE DEPARTMENT<br>FALSE ALARM ORDINANCE PROGRAM<br>PO BOX 30609<br>RALEIGH, NC 27622 | CREDITOR ID: 395539-15<br>CITY OF RALEIGH, NC<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN D HESTER & T MCCORMICK, ESQ<br>PO BOX 590<br>RALEIGH NC 27602 |
| CREDITOR ID: 778-03<br>CITY OF RALEIGH, NC<br>PO BOX 9<br>RALEIGH NC 27602 | CREDITOR ID: 246110-12<br>CITY OF RALEIGH, NC<br>PO BOX 96084<br>CHARLOTTE, NC 28296-0084 | CREDITOR ID: 259297-12<br>CITY OF RAYMOND WATER DEPT<br>PO BOX 10<br>RAYMOND, MS 39154 |
| CREDITOR ID: 780-03<br>CITY OF RAYNE<br>801 THE BLVD.<br>RAYNE LA 70578 | CREDITOR ID: 246116-12<br>CITY OF RAYNE<br>ATTN LARRY T RICHARDS, ESQ<br>PO BOX 69<br>RAYNE, LA 70578-0069 | CREDITOR ID: 246118-12<br>CITY OF READING INCOME TAX BUREAU<br>1000 MARKET STREET<br>READING OH 45215-3283 |
| CREDITOR ID: 246119-12<br>CITY OF REFORM WATER & SEWER DEPT<br>PO BOX 489<br>REFORM AL 35481 | CREDITOR ID: 3039-04<br>CITY OF REFORM, AL<br>REFORM AL 35481 | CREDITOR ID: 246121-12<br>CITY OF REIDSVILLE<br>FINANCE DEPT<br>230 W MOREHEAD ST<br>REIDSVILLE, NC 27320-3855 |
| CREDITOR ID: 246120-12<br>CITY OF REIDSVILLE<br>230 W MERCHANT<br>REIDSVILLE, NC 27320-3855 | CREDITOR ID: 781-03<br>CITY OF REIDSVILLE<br>230 W. MOREHEAD STREET<br>REIDSVILLE NC 27320 | CREDITOR ID: 246122-12<br>CITY OF RICHLAND<br>PO BOX 180609<br>RICHLAND, MS 39218 |
| CREDITOR ID: 265935-14<br>CITY OF RICHMOND<br>ATTN: DAISY WEAVER<br>900 E BROAD ST, ROOM 1100<br>RICHMOND VA 23219-6115 | CREDITOR ID: 246126-12<br>CITY OF RICHMOND<br>PROPERTY TAX<br>PO BOX 26505<br>RICHMOND VA 23261-6505 | CREDITOR ID: 265940-14<br>CITY OF RICHMOND<br>ATTN: LEA MC CORMICK<br>900 E BROAD ST, STE 103<br>RICHMOND VA 23219-6115 |
| CREDITOR ID: 265939-14<br>CITY OF RICHMOND<br>ATTN: LANCE KRONZER<br>900 E BROAD ST, ROOM 806<br>RICHMOND VA 23219-6115 | CREDITOR ID: 265941-31<br>CITY OF RICHMOND<br>ATTN: LINDA CORBIN<br>3506 HOPKINS RD<br>RICHMOND VA 23234-2406 | CREDITOR ID: 265938-14<br>CITY OF RICHMOND<br>ATTN: JACKIE MICKEY<br>900 E BROAD ST, ROOM 100<br>RICHMOND VA 23219-6115 |
| CREDITOR ID: 265936-31<br>CITY OF RICHMOND<br>ATTN: DAVID WARD<br>3920 DOUGLASDALE RD<br>RICHMOND VA 23221-3804 | CREDITOR ID: 265934-31<br>CITY OF RICHMOND<br>ATTN: BETTY MITCHELL<br>900 E BROAD ST, ROOM 115<br>RICHMOND VA 23219-6115 | CREDITOR ID: 265931-31<br>CITY OF RICHMOND<br>ATTN ALBERT WHITE<br>1400 BRANDER STREET<br>RICHMOND VA 23224-2302 |
| CREDITOR ID: 265942-14<br>CITY OF RICHMOND<br>ATTN: ROBERT HERNDON<br>900 E BROAD ST, SUITE 802<br>RICHMOND VA 23219-6115 | CREDITOR ID: 786-03<br>CITY OF RICHMOND<br>900 E BROAD STREET<br>RICHMOND VA 23219 | CREDITOR ID: 265932-14<br>CITY OF RICHMOND<br>ATTN ANDREW ROUNTREE<br>900 E BROAD STREET, RM 1003<br>RICHMOND VA 23219-6115 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265937-14<br>CITY OF RICHMOND<br>ATTN: EUNICE WILDER<br>900 E BROAD ST, ROOM 107<br>RICHMOND VA 23219-6115 | CREDITOR ID: 399635-15<br>CITY OF RICHMOND PUBLIC UTILITIES<br>ATTN GLENDA BATTLE<br>600 E BROAD STREET, RM 712<br>RICHMOND VA 23219 | CREDITOR ID: 246129-12<br>CITY OF RIDGELAND<br>WATER DEPT<br>PO BOX 217<br>RIDGELAND, MS 39158 |
| CREDITOR ID: 788-03<br>CITY OF RIDGELAND<br>PO BOX 2171<br>RIDGELAND MS 39158 | CREDITOR ID: 265943-31<br>CITY OF RIDGELY<br>ATTN: AUBREY C WOOD JR<br>397 DILLARD ST<br>RIDGELY TN 38080-1523 | CREDITOR ID: 265944-14<br>CITY OF RIPLEY<br>ATTN: DONNA BUCKNER<br>110 S WASHINGTON ST<br>RIPLEY TN 38063-1530 |
| CREDITOR ID: 265945-31<br>CITY OF RIPLEY<br>ATTN: JOHN LAND<br>270 CLEVELAND ST<br>RIPLEY TN 38063-1238 | CREDITOR ID: 240257-06<br>CITY OF RIVIERA BEACH<br>600 W BLUE HERON BOULEVARD<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 246132-12<br>CITY OF RIVIERA BEACH<br>PO BOX 9757<br>RIVIERA BEACH, FL 33419-9757 |
| CREDITOR ID: 794-03<br>CITY OF ROANOKE<br>PO BOX 1395<br>ROANOKE AL 36274 | CREDITOR ID: 265946-14<br>CITY OF ROANOKE<br>ATTN: ELLEN FARMER<br>809 MAIN ST<br>ROANOKE AL 36274-1434 | CREDITOR ID: 265948-14<br>CITY OF ROANOKE<br>ATTN: SUSAN LAWER<br>215 CHURCH AVE SW STE 250<br>ROANOKE VA 24011-1512 |
| CREDITOR ID: 265947-14<br>CITY OF ROANOKE<br>ATTN: JEROME S HOWARD JR<br>MUNICIPAL BLDG RM 251<br>ROANOKE VA 24011 | CREDITOR ID: 240259-06<br>CITY OF ROANOKE RAPIDS<br>PO BOX 38<br>ROANOKE RAPIDS NC 27870-0038 | CREDITOR ID: 246134-12<br>CITY OF ROBERTSDALE<br>PO BOX 429<br>ROBERTSDALE, AL 36567 |
| CREDITOR ID: 246135-12<br>CITY OF ROCK HILL<br>PO BOX 11646<br>ROCK HILL, SC 29731-1164 | CREDITOR ID: 241003-11<br>CITY OF ROCK HILL<br>HOSPITALITY TAX CENTRAL COLLECTIONS<br>ACCOUNT NO.: NONE<br>PO BOX 11646<br>ROCK HILL, SC 29731-1646 | CREDITOR ID: 246137-12<br>CITY OF ROCKINGHAM<br>514 ROCKINGHAM ROAD<br>ROCKINGHAM, NC 28379 |
| CREDITOR ID: 265949-14<br>CITY OF ROCKINGHAM<br>ATTN: CHARLES THOMAS<br>371 NC HIGHWAY 65<br>REIDSVILLE NC 27320-8881 | CREDITOR ID: 246136-12<br>CITY OF ROCKINGHAM<br>ATTN LISA Y MOORE<br>514 ROCKINGHAM ROAD<br>ROCKINGHAM, NC 28379-3605 | CREDITOR ID: 265950-31<br>CITY OF ROCKY MOUNT<br>ATTN: STANLEY CURTIS<br>3031 WTR TRTMNT PLANT RD<br>ROCKY MOUNT NC 27801 |
| CREDITOR ID: 246140-12<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT, NC 27802-1180 | CREDITOR ID: 240265-06<br>CITY OF ROCKY MOUNT, NC<br>PO BOX 1180<br>ROCKY MOUNT, NC 27803-1180 | CREDITOR ID: 265953-31<br>CITY OF ROME<br>ATTN: JOHN JILES<br>6 W 6TH AVE<br>ROME GA 30161-3050 |
| CREDITOR ID: 265951-31<br>CITY OF ROME<br>ATTN: DALE FORD<br>200 VAUGHN RD NE<br>ROME GA 30161-5196 | CREDITOR ID: 240266-06<br>CITY OF ROSWELL<br>38 HILL STREET<br>SUITE 110<br>ROSWELL GA 30075 | CREDITOR ID: 317534-42<br>CITY OF ROSWELL<br>PROPERTY TAX DIVISION<br>ATLANTA, GA 30374-0588 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246142-12<br>CITY OF ROSWELL<br>PO BOX 740588<br>PROPERTY TAX DIVISION<br>PROPERTY TAX<br>ATLANTA GA 30374-0588 | CREDITOR ID: 246143-12<br>CITY OF ROXBORO<br>PO BOX 128<br>ROXBORO, NC 27573-0128 | CREDITOR ID: 805-03<br>CITY OF RUSSELLVILLE<br>JACKSON STREET<br>PO BOX 1148<br>RUSSELLVILLE AL 35653 |
| CREDITOR ID: 265954-31<br>CITY OF RUSSELLVILLE<br>ATTN: JOE MURRAY<br>1440 LAKE ELLIOTT R<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 260188-12<br>CITY OF RUSSELLVILLE UTILITIES<br>PO BOX 1148<br>RUSSELLVILLE, AL 35653 | CREDITOR ID: 265955-14<br>CITY OF RUSTON<br>ATTN: JEWETTE FARLEY<br>COURTHOUSE E TEXAS ST<br>RUSTON LA 71273 |
| CREDITOR ID: 265956-31<br>CITY OF RUTHERFORDTON<br>ATTN: KAREN ANDREWS<br>129 N MAIN ST<br>RUTHERFORDTON NC 28139-2596 | CREDITOR ID: 240268-06<br>CITY OF SALISBURY<br>PO BOX 479<br>WATER & SEWER DEPARTMENT<br>SALISBURY NC 28145-0479 | CREDITOR ID: 246145-12<br>CITY OF SALISBURY<br>PO BOX 987<br>SALISBURY, NC 28145-0987 |
| CREDITOR ID: 246146-12<br>CITY OF SAN ANGELO<br>PO BOX 5820<br>SAN ANGELO, TX 76902-5820 | CREDITOR ID: 265957-31<br>CITY OF SANDERSVILLE<br>ATTN: MICK MC LASTER<br>110 HOSPITAL CIR<br>SANDERSVILLE GA 31082-1802 | CREDITOR ID: 246147-12<br>CITY OF SANDERSVILLE<br>ATTN: DEBRA BLOUNT, CUST SRV SUP<br>PO BOX 71<br>SANDERSVILLE, GA 31082 |
| CREDITOR ID: 246148-12<br>CITY OF SANFORD<br>PO BOX 1558<br>SANFORD, NC 27331-1558 | CREDITOR ID: 246150-12<br>CITY OF SANFORD UTILITIES<br>ATTN: NANCY JERMYN, SUP<br>PO BOX 2847<br>SANFORD, FL 32772-2847 | CREDITOR ID: 265958-31<br>CITY OF SANIBEL<br>ATTN: HAROLD LAW JR<br>800 DUNLOP RD<br>SANIBEL FL 33957-4096 |
| CREDITOR ID: 246152-12<br>CITY OF SARASOTA UTILITIES<br>PO BOX 3439<br>SARASOTA, FL 34230-3439 | CREDITOR ID: 265962-31<br>CITY OF SAVANNAH<br>ATTN: TAFFANYE YOUNG<br>6 E BAY ST<br>SAVANNAH GA 31401-1225 | CREDITOR ID: 265959-31<br>CITY OF SAVANNAH<br>ATTN: CHARLES B KAMPER<br>1400 E PRESIDENT ST<br>SAVANNAH GA 31404-1012 |
| CREDITOR ID: 265960-31<br>CITY OF SAVANNAH<br>ATTN: DALE JERROLDS<br>300 SHELL ST<br>SAVANNAH TN 38372-1526 | CREDITOR ID: 265961-31<br>CITY OF SAVANNAH<br>ATTN: MICHAEL BROWN<br>2600 BULL ST<br>SAVANNAH GA 31401-9115 | CREDITOR ID: 246153-12<br>CITY OF SCOTT<br>PO BOX 517<br>SCOTT, LA 70583-0517 |
| CREDITOR ID: 246154-12<br>CITY OF SCOTTSDALE<br>7447 EAST INDIAN SCHOOL ROAD<br>SUITE 210<br>SCOTTSDALE AZ 85251 | CREDITOR ID: 246157-12<br>CITY OF SEBRING<br>PO BOX 9900<br>SEBRING, FL 33871-9931 | CREDITOR ID: 265963-31<br>CITY OF SELMA<br>ATTN: ROBERT BRIDGES<br>1706 SELMA AVE<br>SELMA AL 36703-3163 |
| CREDITOR ID: 246159-12<br>CITY OF SELMA<br>PO BOX 326<br>SELMA, AL 36702-0326 | CREDITOR ID: 246160-12<br>CITY OF SELMA ALABAMA<br>PO BOX 450<br>PROPERTY TAX<br>SELMA, AL 36702-0450 | CREDITOR ID: 260698-12<br>CITY OF SELMA WATER WORKS<br>1600 SELMA AVE<br>PO BOX 326<br>SELMA, AL 36702-0326 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 836-03<br>CITY OF SENECA<br>NORTH FIRST STREET<br>SENECA SC 29679 | CREDITOR ID: 246162-12<br>CITY OF SHARONVILLE<br>INCOME TAX OFFICE<br>11641 CHESTER ROAD<br>SHARONVILLE, OH 45246 | CREDITOR ID: 260851-12<br>CITY OF SHEFFIELD UTILITIES<br>PO BOX 580<br>SHEFFIELD, AL 35660 |
| CREDITOR ID: 246164-12<br>CITY OF SHELBY UTILITIES<br>PO BOX 207<br>SHELBY, NC 28151-0207 | CREDITOR ID: 246165-12<br>CITY OF SHELBYVILLE<br>CITY CLERK<br>315 WASHINGTON STREET<br>SHELBYVILLE KY 40065 | CREDITOR ID: 240277-06<br>CITY OF SHELBYVILLE<br>PO BOX 1289<br>CITY CLERK ADMINISTRATOR<br>SHELBYVILLE KY 40066-3289 |
| CREDITOR ID: 317538-42<br>CITY OF SHELBYVILLE<br>315 WASHINGTON STREET<br>SHELBYVILLE KY 40065 | CREDITOR ID: 246166-12<br>CITY OF SHELBYVILLE, KY<br>ATTN WENDY RUTLEDGE<br>PO BOX 1289<br>SHELBYVILLE, KY 40065 | CREDITOR ID: 317539-42<br>CITY OF SHEPHERDSVILLE<br>PO BOX 400<br>SHEPHERDSVILLE KY 40165-0400 |
| CREDITOR ID: 265964-31<br>CITY OF SHREVEPORT<br>ATTN: JIM HOLT<br>1731 KINGS HWY<br>SHREVEPORT LA 71103-4129 | CREDITOR ID: 265965-31<br>CITY OF SHREVEPORT<br>ATTN: LARRY B LANDRY<br>3205 BLANCHARD RD<br>SHREVEPORT LA 71103-2010 | CREDITOR ID: 246169-12<br>CITY OF SILVERTON INCOME TAX DEPT<br>6860 PLAINFIELD ROAD<br>SILVERTON OH 45236 |
| CREDITOR ID: 847-03<br>CITY OF SLIDELL<br>2045 SECOND STREET<br>SLIDELL LA 70459 | CREDITOR ID: 246170-12<br>CITY OF SLIDELL<br>ATTN: TIMOTHY MATHISON, CITY ATTNY<br>PO BOX 828<br>SLIDELL, LA 70459-0828 | CREDITOR ID: 240279-06<br>CITY OF SLIDELL<br>PO BOX 828<br>SLIDELL LA 70459-0828 |
| CREDITOR ID: 317540-42<br>CITY OF SMYRNA<br>TAX DEPT<br>SMYRNA GA 30081-0608 | CREDITOR ID: 246171-12<br>CITY OF SMYRNA<br>PO BOX 1226<br>SMYRNA, GA 30081-1226 | CREDITOR ID: 265966-31<br>CITY OF SMYRNA<br>ATTN: SCOTT STOKES<br>2190 ATLANTA RD SE<br>SMYRNA GA 30080-1518 |
| CREDITOR ID: 848-03<br>CITY OF SMYRNA<br>ATTN LEE MILLER<br>PO BOX 1226<br>SMYRNA GA 30081 | CREDITOR ID: 246172-12<br>CITY OF SMYRNA TAX DEPT<br>PO BOX 608<br>SMYRNA GA 30081-0608 | CREDITOR ID: 261202-12<br>CITY OF SMYRNA UTILITIES DEPT<br>PO BOX 697<br>SMYRNA, GA 30081-1226 |
| CREDITOR ID: 269227-16<br>CITY OF SMYRNA, GEORGIA<br>ATTN: SUSAN D. HIOTT, CITY CLERK<br>2800 KING STREET<br>PO BOX 1226<br>SMYRNA, GA 30081 | CREDITOR ID: 246176-12<br>CITY OF SOPCHOPPY<br>PO BOX 1219<br>SOPCHOPPY, FL 32358 | CREDITOR ID: 853-03<br>CITY OF SOPCHOPPY<br>PO BOX 98<br>SOPCHOPPY FL 32358 |
| CREDITOR ID: 265967-14<br>CITY OF SOUTH PORTLAND<br>ATTN: VANDIE SAUNDERS<br>436 FERRY ST<br>SOUTH BOSTON VA 24592-3238 | CREDITOR ID: 246178-12<br>CITY OF SPARTANBURG<br>PO BOX DRAWER 5495<br>SPARTANBURG, SC 29304 | CREDITOR ID: 241005-11<br>CITY OF SPARTANBURG<br>ACCOUNT NO.: NONE<br>PO BOX 5495<br>SPARTANBURG, SC 29304 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240284-06<br>CITY OF SPARTANBURG<br>PO BOX 1749<br>SPARTANBURG SC 29304-1749 | CREDITOR ID: 265968-31<br>CITY OF SPARTANBURG<br>ATTN: TIM KUETHER<br>141 ALABAMA ST<br>SPARTANBURG SC 29302-1501 | CREDITOR ID: 246179-12<br>CITY OF SPRINGDALE<br>11700 SPRINGDALE PARK<br>SPRINGDALE, OH 45246 |
| CREDITOR ID: 246180-12<br>CITY OF ST AUGUSTINE<br>ATTN CHRISTLE CHRYSTIE<br>PO BOX 210<br>ST AUGUSTINE, FL 32085-0210 | CREDITOR ID: 246182-12<br>CITY OF ST CLOUD<br>PO BOX 31304<br>TAMPA, FL 33631-3304 | CREDITOR ID: 240286-06<br>CITY OF ST CLOUD<br>1300 9TH ST<br>ST CLOUD FL 34769-3339 |
| CREDITOR ID: 404398-95<br>CITY OF ST CLOUD<br>PO BOX 701445<br>ST CLOUD FL 34770-1445 | CREDITOR ID: 246183-12<br>CITY OF ST MATTHEWS<br>DEPT #94082<br>LOUISVILLE, KY 40294 | CREDITOR ID: 318628-43<br>CITY OF ST MATTHEWS<br>P.O. BOX 7097<br>ST MATTHEWS KY 40257-0097 |
| CREDITOR ID: 240287-06<br>CITY OF ST MATTHEWS<br>3940 GRANDVIEW AVE  FL 3<br>ST MATTHEWS KY 40257-0097 | CREDITOR ID: 246188-12<br>CITY OF ST PETERSBURG<br>PO BOX 33034<br>ST PETERSBURG, FL 33733-8034 | CREDITOR ID: 240291-06<br>CITY OF ST PETERSBURG<br>P O BOX 2842<br>CENTRAL CASHIERS<br>ST PETERSBURG FL 33731 |
| CREDITOR ID: 246189-12<br>CITY OF STARKE<br>PO BOX C<br>STARKE, FL 32091-1287 | CREDITOR ID: 265969-14<br>CITY OF STARKVILLE<br>ATTN VIVIAN COLLIER<br>101 E LAMPKIN STREET<br>STARKVILLE MS 39759-2944 | CREDITOR ID: 404029-15<br>CITY OF STARKVILLE ELECTRIC DEPT<br>ATTN SHANE GRANTHAM<br>101 MEIGS DRIVE<br>PO BOX 927<br>STARKVILLE MS 39759 |
| CREDITOR ID: 246191-12<br>CITY OF STATESBORO<br>PO BOX 348<br>STATESBORO, GA 30459-0348 | CREDITOR ID: 265970-31<br>CITY OF STATESBORO<br>ATTN: WAYNE JOHNSON<br>302 BRIARWOOD RD<br>STATESBORO GA 30458-3870 | CREDITOR ID: 317542-42<br>CITY OF STATESBORO TAX COLLECTOR<br>TAX DEPT<br>STATESBORO GA 30459-0348 |
| CREDITOR ID: 265971-31<br>CITY OF STATESVILLE<br>ATTN: L F HUDSON<br>232 PUMPSTATION RD<br>STATESVILLE, NC 28687 | CREDITOR ID: 246193-12<br>CITY OF STATESVILLE<br>PO BOX 1111<br>STATESVILLE, NC 28687 | CREDITOR ID: 265972-14<br>CITY OF STAUNTON<br>ATTN: RAY ERGENBRIGHT<br>116 W BEVERLEY ST<br>STAUNTON VA 24401-4279 |
| CREDITOR ID: 3046-04<br>CITY OF STAURT<br>121 SOUTH WEST FLAGLER AVENUE<br>STUART FL 34994 | CREDITOR ID: 246194-12<br>CITY OF STEPHENVILLE<br>ATTN DONALD IVES, FIN DIR<br>298 W WASHINGTON STREET<br>STEPHENVILLE TX 76401-3499 | CREDITOR ID: 265974-31<br>CITY OF STUART<br>ATTN: FRANK DOOLITY<br>407 SE MARTIN LUTHER KING JR BLVD<br>STUART FL 34994-6212 |
| CREDITOR ID: 246196-12<br>CITY OF STUART<br>121 SW FLAGLER AVE<br>STUART, FL 34994-2139 | CREDITOR ID: 265973-31<br>CITY OF STUART<br>ATTN: DAVID PETERS<br>1002 SE PALM BEACH RD<br>STUART FL 34994-4074 | CREDITOR ID: 265975-31<br>CITY OF SULPHUR<br>ATTN: HERB OQUIN<br>3400 BAYOU DINDE RD<br>WESTLAKE LA 70669-8101 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241006-11
CITY OF SUMTER
ACCOUNT NO.: NONE
PO BOX 1449
SUMTER, SC 29151-1449

CREDITOR ID: 246198-12
CITY OF SUMTER
PO BOX 310
SUMTER, SC 29151-0310

CREDITOR ID: 246199-12
CITY OF SUNRISE
10770 WEST OAKLAND PARK BLVD
SUNRISE, FL 33351-6899

CREDITOR ID: 246201-12
CITY OF SUNRISE
FINANCE DEPARTMENT/TREASURY
PO BOX 452048
SUNRISE, FL 33345-9998

CREDITOR ID: 240299-06
CITY OF SUNRISE
3801 N UNIVERSITY DR #401
SUNRISE FL 33351

CREDITOR ID: 265976-31
CITY OF SYLVANIA
ATTN: TONY THOMPSON
624 FRIENDSHIP RD W
SYLVANIA GA 30467

CREDITOR ID: 265977-31
CITY OF SYLVESTER
ATTN: JIMMY FOWLER
206 E MARTIN LUTHER KING JR DR
SYLVESTER GA 31791-2501

CREDITOR ID: 265980-31
CITY OF TALLADEGA
ATTN: JAMES BRASHER
601 AL HIGHWAY 275
TALLADEGA AL 35160-3404

CREDITOR ID: 265978-31
CITY OF TALLADEGA
ATTN: BILL GOHEN
100 COURT ST N
TALLADEGA AL 35160-2014

CREDITOR ID: 262425-12
CITY OF TALLADEGA WATER & SEWER
100 COURT ST N
TALLADEGA, AL 35160-2014

CREDITOR ID: 265982-31
CITY OF TALLAHASSEE
ATTN: ILA JONES
2555 SHUMARD OAK BLVD
TALLAHASSEE FL 32399-7018

CREDITOR ID: 246203-12
CITY OF TALLAHASSEE
CITY HALL
TALLAHASSEE, FL 32301-1668

CREDITOR ID: 265984-31
CITY OF TALLAHASSEE
ATTN: THOMAS LEWIS
2295 PASCO ST
TALLAHASSEE FL 32310-0908

CREDITOR ID: 241007-11
CITY OF TALLAHASSEE
ACCOUNT NO. 001-0-314800-0
REV DIV BOX A-4
300 SOUTH ADAMS STREET
TALLAHASSEE, FL 32301-1731

CREDITOR ID: 894-03
CITY OF TALLAHASSEE
ELECTRIC SYSTEM CONTROL
400 E. VAN BUREN STREET
TALLAHASSEE FL 32301

CREDITOR ID: 265981-14
CITY OF TALLAHASSEE
ATTN: DARRYL TOMPSON
300 S ADAMS ST
TALLAHASSEE, FL 32301-1731

CREDITOR ID: 240301-06
CITY OF TALLAHASSEE
REV DIV BOX A4
300 S ADAMS ST
TALLAHASSEE FL 32301-1731

CREDITOR ID: 265983-31
CITY OF TALLAHASSEE
ATTN: RACHEL LAZARUS
642D MABRY ST
TALLAHASSEE FL 32304-3811

CREDITOR ID: 895-03
CITY OF TALLASSEE
214 BARNETT BLVD.
TALLASSEE AL 36078-1504

CREDITOR ID: 262443-12
CITY OF TALLASSEE MUNIC'L GAS/WATER
3 FREEMAN AVE
TALLASSEE, AL 36078-2035

CREDITOR ID: 246206-12
CITY OF TAMARAC
7525 NW 88TH AVENUE
TAMARAC, FL 33321-2401

CREDITOR ID: 240304-06
CITY OF TAMPA
OCCUPATIONAL LICENSE TAX DIV
PO BOX 2200
TAMPA FL 33601-2200

CREDITOR ID: 246210-12
CITY OF TAMPA
POLICE - EXTRA DUTY
315 E KENNEDY BLVD 050C2
TAMPA, FL 33602

CREDITOR ID: 265986-31
CITY OF TAMPA
ATTN: WILLIAM DOHERTY
102 E 7TH AVE
TAMPA FL 33602-2226

CREDITOR ID: 265985-14
CITY OF TAMPA
ATTN: CYNTHIA MILLER
306 E JACKSON ST
TAMPA FL 33602-5223

CREDITOR ID: 246209-12
CITY OF TAMPA
PO BOX 30191
TAMPA, FL 33630

CREDITOR ID: 240305-06
CITY OF TAMPA TAX COLLECTOR
2105 NEBRASKA AVENUE
GROUND FLOOR
TAMPA FL 33602

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                       CASE:   05-03817-3F1

CREDITOR ID: 246212-12
CITY OF TARPON SPRINGS
PO BOX 5004
TARPON SPRINGS, FL 34688-5004

CREDITOR ID: 240306-06
CITY OF TARPON SPRINGS OCCUPATIONAL
LICENSE
PO BOX 5004
TARPON SPRINGS FL 34688-5004

CREDITOR ID: 246214-12
CITY OF TAVARES
PO BOX 1068
TAVARES, FL 32778-1068

CREDITOR ID: 265987-31
CITY OF TENNILLE
ATTN: JIMMY LINDSEY SR
120 SMITH ST
TENNILLE GA 31089-1465

CREDITOR ID: 265988-31
CITY OF TENNILLE
ATTN: WILLIAM MITCHELL
121 TAYLOR ST
TENNILLE GA 31089-1483

CREDITOR ID: 246216-12
CITY OF THIBODAUX
PO BOX 5418
TAX AND LICENSE DEPT
THIBODAUX, LA 70302-5418

CREDITOR ID: 317543-42
CITY OF THIBODAUX
310 W 2ND STREET
THIBODAUX, LA 70301

CREDITOR ID: 246215-12
CITY OF THIBODAUX
310 WEST 2ND STREET
PROPERTY TAX
THIBODAUX LA 70301

CREDITOR ID: 265989-31
CITY OF THIBODAUX
ATTN: KERMIT KRAMER
1219 HENRY S THIBODAUX ST
THIBODAUX LA 70301

CREDITOR ID: 246217-12
CITY OF THOMASTON
PO BOX 672
THOMASTON GA 30266

CREDITOR ID: 246220-12
CITY OF THOMASVILLE
PO BOX 368
THOMASVILLE, NC 27361-0368

CREDITOR ID: 263000-12
CITY OF THOMASVILLE UTILITES
111 VICTORIA PLACE
THOMASVILLE, GA 31792

CREDITOR ID: 912-03
CITY OF THOMSON
309 MAIN STREET
THOMSON GA 30824

CREDITOR ID: 246221-12
CITY OF THOMSON
WATER & GAS DEPT
PO BOX 1017
THOMSON, GA 30824

CREDITOR ID: 246223-12
CITY OF TIFTON
ATTN JACQUELINE GURZ
PO BOX 229
TIFTON, GA 31793-0229

CREDITOR ID: 265990-31
CITY OF TIFTON
ATTN: ROY ENGRAM
80 OLD BROOKFIELD RD
TIFTON GA 31794

CREDITOR ID: 265991-31
CITY OF TIPTONVILLE
ATTN: DAVID GAM
130 S COURT ST
TIPTONVILLE TN 38079-1304

CREDITOR ID: 915-03
CITY OF TITUSVILLE
PO BOX 2909
TITUSVILLE FL 32781

CREDITOR ID: 240312-06
CITY OF TITUSVILLE
ATTN DWIGHT W SEVERS, ESQ
PO BOX 2806
TITUSVILLE FL 32781-2806

CREDITOR ID: 265992-31
CITY OF TITUSVILLE
ATTN: HILLARY ARENA
101 N SINGLETON AVE
TITUSVILLE FL 32796-2522

CREDITOR ID: 246226-12
CITY OF TITUSVILLE
PO BOX 2807
TITUSVILLE, FL 32781-2807

CREDITOR ID: 246227-12
CITY OF TRAVELERS REST
TREASURE OFFICE
6711 STATE PARK ROAD
TRAVELERS REST, SC 29690

CREDITOR ID: 917-03
CITY OF TRAVERSE CITY
400 BOARDMAN AVENUE
TRAVERSE CITY MI 49685

CREDITOR ID: 245502-12
CITY OF TROY
PO BOX 549
TROY, AL 36081-0549

CREDITOR ID: 246228-12
CITY OF TRUSSVILE
PO BOX 819
TRUSSVILLE, AL 35173

CREDITOR ID: 922-03
CITY OF TUSCALOOSA
PO BOX 2090
TUSCALOOSA AL 35403

CREDITOR ID: 265993-31
CITY OF TUSCALOOSA
ATTN: JIMMY JUNKIN
4010 KAULOOSA AVE
TUSCALOOSA AL 35401-7034

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265994-31<br>CITY OF TUSCALOOSA<br>ATTN: MAURICE SLEDGE<br>2201 UNIVERSITY BLVD<br>TUSCALOOSA AL 35401-1541 | CREDITOR ID: 246231-12<br>CITY OF TUSCALOOSA WATER & SEWER<br>ATTN TOMEKKA JOHNSON<br>2201 UNIVERSITY BLVD<br>TUSCALOOSA, AL 35401 | CREDITOR ID: 279450-14<br>CITY OF TUSCALOOSA, TAX COLLECTOR<br>ATTN:  BEVERLY MEGGS<br>714 GREENSBORO AVE., ROOM 124<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 265995-31<br>CITY OF TUSCUMBIA<br>ATTN: HOWARD KEETON<br>2015 MISSOURI ST<br>TUSCUMBIA AL 35674-4727 | CREDITOR ID: 246232-12<br>CITY OF UNION<br>PO BOX 987<br>UNION, SC 29379-0886 | CREDITOR ID: 265996-14<br>CITY OF UNION CITY<br>ATTN: DON THRONTON<br>408 S DEPOT ST<br>UNION CITY TN 38261-4850 |
| CREDITOR ID: 268915-14<br>CITY OF UNION TAX ASSESSOR<br>ATTN DENNIS RAKESTRAW<br>114 E BANKHEAD STREET<br>NEW ALBANY MS 38652-3932 | CREDITOR ID: 399724-15<br>CITY OF UNION, SC<br>C/O JOHNSON SMITH HUBBARD ET AL<br>ATTN KRISTIN BURNETT BARBER, ESQ<br>PO DRAWER 5587<br>SPARTANBURG SC 29304-5587 | CREDITOR ID: 263968-12<br>CITY OF UTILITIES BOARD<br>PO BOX 1395<br>ROANOKE, AL 36274 |
| CREDITOR ID: 246233-12<br>CITY OF VALDOSTA<br>PO BOX 1125<br>VALODSTA, GA 31603-1125 | CREDITOR ID: 265997-14<br>CITY OF VALDOSTA<br>ATTN: PETE TRYBANSKI<br>1022 MYRTLE ST<br>VALDOSTA GA 31601-4111 | CREDITOR ID: 934-03<br>CITY OF VERO BEACH<br>100 17TH STREET<br>PO BOX 1389<br>VERO BEACH FL 32960 |
| CREDITOR ID: 246235-12<br>CITY OF VERO BEACH<br>PO BOX 1750<br>VERO BEACH, FL 32961-1750 | CREDITOR ID: 404402-95<br>CITY OF VERO BEACH<br>PO BOX 1180<br>VERO BEACH FL 32961-1180 | CREDITOR ID: 240318-06<br>CITY OF VERO BEACH<br>PO BOX 1389<br>1053 20TH PLACE<br>VERO BEACH FL 32961-1389 |
| CREDITOR ID: 240319-06<br>CITY OF VESTAVIA HILLS<br>C/O ALA TAX INC<br>BUSINESS LICENSE<br>3001 2ND AVENUE SOUTH<br>BIRMINGHAM AL 35233 | CREDITOR ID: 246237-12<br>CITY OF VESTAVIA HILLS<br>PO BOX 660854<br>VESTAVIA HILLS AL 35266-0854 | CREDITOR ID: 265998-31<br>CITY OF VICKSBURG<br>ATTN: RONNIE BOUNDS<br>819 SOUTH ST<br>VICKSBURG MS 39180-3253 |
| CREDITOR ID: 381193-47<br>CITY OF VICKSBURG WATER & GAS ADMIN<br>ATTN TAMMYE CHRISTMAS, DIRECTOR<br>PO BOX 58<br>VICKSBURG, MS 39181-0058 | CREDITOR ID: 246240-12<br>CITY OF VIDALIA TAX DEPT<br>ATTN KIM M BARNES<br>PO BOX 280<br>VIDALIA, GA 30474-0280 | CREDITOR ID: 246241-12<br>CITY OF VIDALIA, GA<br>PO BOX 280<br>VIDALIA, GA 30475-0280 |
| CREDITOR ID: 937-03<br>CITY OF VILLA RICA<br>571 W. BANKHEAD HIGHWAY<br>VILLA RICA GA 30180 | CREDITOR ID: 246242-12<br>CITY OF VILLA RICA<br>ATTN: ROBERT ZELLNER, CITY MGR<br>571 WEST BANKHEAD HWY<br>VILLA RICA, GA 30180 | CREDITOR ID: 240323-06<br>CITY OF VILLA RICA<br>571 WEST BANKHEAD HWY<br>VILLA RICA GA 30180 |
| CREDITOR ID: 246244-12<br>CITY OF VILLE PLATTE<br>UTILITY DEPARTMENTS<br>ATTN MARY JENKINS<br>PO BOX 390<br>VILLEPLATTE, LA 70586 | CREDITOR ID: 317548-42<br>CITY OF VILLE PLATTE<br>PO BOX 390<br>VILLE PLATTE LA 70586-0390 | CREDITOR ID: 266002-14<br>CITY OF VIRGINIA BEACH<br>ATTN: JOHN T ATKINSON<br>2401 COURTHOUSE DR BLDG 1<br>VIRGINIA BEACH VA 23456-9120 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265999-31<br>CITY OF VIRGINIA BEACH<br>ATTN: CLARENCE WARNSTAFF<br>2405 COURTHOUSE DR BLDG 2<br>VIRGINIA BEACH VA 23456-9121 | CREDITOR ID: 266001-31<br>CITY OF VIRGINIA BEACH<br>ATTN: JAMES SARVER<br>3500 DAM NECK RD<br>VIRGINIA BEACH VA 23453-2617 | CREDITOR ID: 266004-31<br>CITY OF VIRGINIA BEACH<br>ATTN: WADE KYLE<br>3024 HOLLAND RD<br>VIRGINIA BEACH VA 23453-2610 |
| CREDITOR ID: 266003-31<br>CITY OF VIRGINIA BEACH<br>ATTN: KAREN LASLEY<br>2405 COURTHOUSE DR BLDG 2<br>VIRGINIA BEACH VA 23456-9121 | CREDITOR ID: 266005-31<br>CITY OF WALHALLA<br>ATTN: BILL WHITTMIRE<br>395 S CEDAR ST<br>WALHALLA SC 29691-2117 | CREDITOR ID: 318629-43<br>CITY OF WALKER<br>PO BOX 217<br>WALKER, LA 70785 |
| CREDITOR ID: 246246-12<br>CITY OF WALTERBORO<br>PO BOX 109<br>WALTERBORO, SC 29488 | CREDITOR ID: 951-03<br>CITY OF WALTERBORO<br>PO DRAWER 109<br>WALTERBORO SC 29488 | CREDITOR ID: 399447-15<br>CITY OF WALTERBORO UTILITIES DEPT<br>ATTN JEFFREY V LORD, FIN DIR<br>248 HAMPTON STREET<br>WALTERBORO SC 29488 |
| CREDITOR ID: 246248-12<br>CITY OF WARNER ROBINS<br>OCCUPATIONAL TAX DIVISION<br>PO BOX 1488<br>WARNER ROBINS, GA 31099-1468 | CREDITOR ID: 246247-12<br>CITY OF WARNER ROBINS<br>JOINTLY-OWNED GAS<br>C/O CITY ATTORNEY<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS, GA 31099 | CREDITOR ID: 246249-12<br>CITY OF WARNER ROBINS<br>PO BOX  1488<br>PROPERTY TAX<br>WARNER ROBINS GA 31099-1488 |
| CREDITOR ID: 3052-04<br>CITY OF WARNER ROBINS<br>PO BOX 1468<br>WARNER ROBINS GA 31099 | CREDITOR ID: 406186-15<br>CITY OF WARNER ROBINS UTILITY DEPT<br>C/O CITY ATTORNEY<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS GA 31099 | CREDITOR ID: 266006-31<br>CITY OF WARRENTON<br>ATTN: O B MCCORKLE<br>114 W MAIN ST<br>WARRENTON GA 30828-9709 |
| CREDITOR ID: 266007-31<br>CITY OF WATER VALLEY<br>ATTN: LARRY HART<br>BLACKMER ST<br>WATER VALLEY, MS 38965 | CREDITOR ID: 246251-12<br>CITY OF WATER VALLEY<br>PO BOX 888<br>WATER VALLEY, MS 38965 | CREDITOR ID: 246252-12<br>CITY OF WATER WORKS ANNISTON<br>131 W 11TH STREET<br>PO BOX 2268<br>ANNISTON, AL 36202 |
| CREDITOR ID: 957-03<br>CITY OF WAUCHULA<br>PO BOX 818<br>WAUCHULA FL 33873-0818 | CREDITOR ID: 246253-12<br>CITY OF WAUCHULA<br>ATTN JAMES A BRADDOCK, FIN DIR<br>PO BOX 818<br>WAUCHULA, FL 33873-0818 | CREDITOR ID: 958-03<br>CITY OF WAYCROSS<br>DRAWER 99<br>WAYCROSS GA 31502 |
| CREDITOR ID: 266008-31<br>CITY OF WAYCROSS<br>ATTN: SUNNY BLAND<br>2900 LAKEVIEW DR<br>WAYCROSS GA 31501-6075 | CREDITOR ID: 246254-12<br>CITY OF WAYCROSS<br>PO BOX 99<br>WAYCROSS, GA 31502-0099 | CREDITOR ID: 240328-06<br>CITY OF WAYCROSS UTILITY DEPT<br>ATTN SABRINA MCQUAIG<br>PO BOX 99<br>WAYCROSS GA 31502-0099 |
| CREDITOR ID: 246255-12<br>CITY OF WEST MELBOURNE<br>2285 MINTON ROAD<br>MELBOURNE, FL 32904-4928 | CREDITOR ID: 246256-12<br>CITY OF WEST MIAMI<br>904 SW 62ND AVENUE<br>MIAMI, FL 33144 | CREDITOR ID: 240331-06<br>CITY OF WEST PALM BEACH<br>POLICE DEPT ALARM DIVISION<br>PO BOX 1390<br>WEST PALM BEACH FL 33402 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246257-12<br>CITY OF WEST PALM BEACH<br>PO BOX 30000<br>TAMPA, FL 33630-3000 | CREDITOR ID: 246258-12<br>CITY OF WEST PALM BEACH<br>FINANCE DEPT COLLECTIONS<br>PO BOX 3366<br>WEST PALM BEACH FL 33402 | CREDITOR ID: 407727-15<br>CITY OF WEST PALM BEACH, FL<br>ATTN LISA M CONFORTE, ASST CTY ATTY<br>200 2ND STREET<br>PO BOX 3366<br>WEST PALM BEACH FL 33402 |
| CREDITOR ID: 266009-31<br>CITY OF WESTLAKE<br>ATTN: BRAD BAKER<br>1004 HILMA ST<br>WESTLAKE LA 70669-5437 | CREDITOR ID: 241009-11<br>CITY OF WESTMINSTER<br>ACCOUNT NO.: 59-3264623<br>PO BOX 399<br>WESTMINSTER, SC 29693 | CREDITOR ID: 967-03<br>CITY OF WESTMINSTER<br>PO BOX 399<br>WESTMINSTER SC 29693 |
| CREDITOR ID: 266010-31<br>CITY OF WESTON<br>ATTN: ERIC HERSH<br>2500 WESTON RD STE 101<br>FORT LAUDERDALE FL 33331-3639 | CREDITOR ID: 397786-75<br>CITY OF WESTWEGO  TAX COLLECTOR<br>419 AVENUE A<br>WESTWEGO, LA 70094 | CREDITOR ID: 317552-42<br>CITY OF WESTWEGO TAX COLLECTOR<br>CITY HALL<br>WESTWEGO, LA 70094-3644 |
| CREDITOR ID: 246264-12<br>CITY OF WETUMKPA<br>PO BOX 1180<br>WETUMKPA, AL 36092 | CREDITOR ID: 246265-12<br>CITY OF WETUMPKA<br>PO DRAWER 69<br>WETUMPKA, AL 36092 | CREDITOR ID: 246266-12<br>CITY OF WICHITA FALLS<br>PO BOX 1440<br>WICHITA FALLS, TX 76307-1440 |
| CREDITOR ID: 246267-12<br>CITY OF WILDWOOD<br>100 N MAIN STREET<br>WILDWOOD, FL 34785-4045 | CREDITOR ID: 266011-31<br>CITY OF WILDWOOD<br>ATTN: JEFF LAMPHERE<br>100 N MAIN ST<br>WILDWOOD FL 34785-4047 | CREDITOR ID: 975-03<br>CITY OF WILLISTON<br>ATTN MARK SCHIEFER, FIN DIR<br>PO DRAWER 160<br>WILLISTON FL 32696-0160 |
| CREDITOR ID: 266012-31<br>CITY OF WILMINGTON<br>ATTN: MILTON DANN<br>3436 RIVER RD<br>WILMINGTON NC 28412-6244 | CREDITOR ID: 977-03<br>CITY OF WILMINGTON<br>138 N. FOURTH STREET<br>WILMINGTON NC 28402 | CREDITOR ID: 246270-12<br>CITY OF WILMINGTON<br>PO BOX 9001<br>WILMINGTON, NC 28402-9001 |
| CREDITOR ID: 246271-12<br>CITY OF WILSON<br>PO BOX 2407<br>WILSON, NC 27894-2407 | CREDITOR ID: 978-03<br>CITY OF WILSON<br>PO BOX 10<br>WILSON NC 27894-0010 | CREDITOR ID: 266013-14<br>CITY OF WILSON<br>ATTN: GORDON BAKER<br>112 GOLDSBORO ST SW<br>WILSON NC 27893-4906 |
| CREDITOR ID: 266014-31<br>CITY OF WINCHESTER<br>ATTN: MARK SWAIM<br>3100 BERRYVILLE PIKE<br>WINCHESTER VA 22603-5810 | CREDITOR ID: 266015-31<br>CITY OF WINONA<br>ATTN: RICHARD HILL<br>400 STAFFORD WLS<br>WINONA MS 38967 | CREDITOR ID: 246272-12<br>CITY OF WINSTON SALEM<br>PO BOX 2756<br>WINSTON SALEM, NC 27102-2756 |
| CREDITOR ID: 266018-31<br>CITY OF WINSTON-SALEM<br>ATTN: JAN MCHARGUE<br>100 E 1ST ST # 131<br>WINSTON SALEM NC 27101-4000 | CREDITOR ID: 266016-14<br>CITY OF WINSTON-SALEM<br>ATTN: DENISE BELL<br>101 N MAIN ST STE 244<br>WINSTON SALEM NC 27101-4033 | CREDITOR ID: 266020-31<br>CITY OF WINSTON-SALEM<br>ATTN: PAUL NORBY<br>100 E 1ST ST # 201<br>WINSTON SALEM NC 27101-4000 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266019-14<br>CITY OF WINSTON-SALEM<br>ATTN: LISA KRAFT<br>100 E 1ST ST STE 3<br>WINSTON SALEM NC 27101-4000 | CREDITOR ID: 266023-31<br>CITY OF WINSTON-SALEM<br>ATTN: RUSSELL BYRD<br>100 E 1ST ST # 235<br>WINSTON SALEM NC 27101-4000 | CREDITOR ID: 266022-31<br>CITY OF WINSTON-SALEM<br>ATTN: REBECCA MCBRIDE<br>101 N MAIN ST # 357<br>WINSTON SALEM NC 27101-4033 |
| CREDITOR ID: 266017-14<br>CITY OF WINSTON-SALEM<br>ATTN: H P HIGGINS<br>100 E 1ST ST # 121<br>WINSTON SALEM NC 27101-4000 | CREDITOR ID: 240337-06<br>CITY OF WINTER GARDEN<br>251 WEST PLANT STREET<br>OCCUPATIONAL LICENSE<br>WINTER GARDEN FL 34787 | CREDITOR ID: 980-03<br>CITY OF WINTER GARDEN<br>8 N. HIGHLAND AVENUE<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 266024-31<br>CITY OF WINTER GARDEN<br>ATTN: JIM ERICSON<br>265 LAKEVIEW RD<br>WINTER GARDEN FL 34787-3032 | CREDITOR ID: 246274-12<br>CITY OF WINTER GARDEN<br>8 NORTH HIGHLAND AVENUE<br>WINTER GARDEN, FL 34787-2769 | CREDITOR ID: 240338-06<br>CITY OF WINTER HAVEN<br>OCCUPATIONAL LICENSE DIV<br>P O BOX 2277<br>WINTER HAVEN FL 33883 |
| CREDITOR ID: 266025-31<br>CITY OF WINTER HAVEN<br>ATTN: DAVID GREEN<br>451 3RD ST NW<br>WINTER HAVEN FL 33881-3402 | CREDITOR ID: 982-03<br>CITY OF WINTER PARK<br>PO BOX 1540<br>WINTER PARK FL 32790 | CREDITOR ID: 982-03<br>CITY OF WINTER PARK<br>C/O WINDERWEEDLE HAINES WARD ET AL<br>ATTN C BRENT MCCAGHREN, CITY ATTY<br>PO BOX 880<br>WINTER PARK FL 32790 |
| CREDITOR ID: 404404-95<br>CITY OF WINTER PARK UTILITIES<br>401 SOUTH PARK AVENUE<br>ATTN CUSTOMER SERVICE<br>WINTER PARK FL 32789 | CREDITOR ID: 246276-12<br>CITY OF WINTER PARK UTILITIES<br>PO BOX 30124<br>TAMPA, FL 33630-3124 | CREDITOR ID: 246277-12<br>CITY OF WINTERHAVEN<br>PO BOX 2277<br>WINTER HAVEN, FL 33883-2277 |
| CREDITOR ID: 266026-31<br>CITY OF WLLMSBURG PUBLIC WORKS<br>ATTN: JACK TUTTLE<br>401 LAFAYETTE ST<br>WILLIAMSBURG VA 23185-3617 | CREDITOR ID: 266027-31<br>CITY OF WNTR HVN CYPRSWD WASTE<br>ATTN: TERRY CARVER<br>3140 CYPRESSWOOD BLVD<br>WINTER HAVEN FL 33884-1283 | CREDITOR ID: 266028-31<br>CITY OF WRENS<br>ATTN: DANNY WILKSON<br>415 W WALKER ST<br>WRENS GA 30833-1363 |
| CREDITOR ID: 246278-12<br>CITY OF WYOMING INCOME TAX DEPART<br>800 OAK AVENUE<br>WYOMING OH 45215 | CREDITOR ID: 259022-12<br>CITY OF YAZOO PUBLIC SERVICE COMM<br>ATTN JIMMY WEVER, MGR<br>PO BOX 660<br>YAZOO CITY, MS 39194 | CREDITOR ID: 246279-12<br>CITY OF YORK<br>PO BOX 500<br>YORK, SC 29745 |
| CREDITOR ID: 266029-31<br>CITY OF YORK<br>ATTN: CINDY SPEAR<br>ECOLOGY LN<br>YORK, SC 29745 | CREDITOR ID: 241010-11<br>CITY OF YORK<br>HOSPITALITY TAX<br>ACCOUNT NO.: 59-3264623<br>PO BOX 500<br>YORK, SC 29745 | CREDITOR ID: 990-03<br>CITY OF ZACHARY<br>PO BOX 310<br>ZACHARY LA 70791-0310 |
| CREDITOR ID: 246280-12<br>CITY OF ZACHARY<br>ATTN: CHERYL HEATY, BILLING SUP<br>PO BOX 310<br>ZACHARY, LA 70791-0310 | CREDITOR ID: 374344-44<br>CITY OF* WALTERBORO<br>PO BOX 109<br>242 HAMPTON STREET<br>WALTERBORO SC 29488 | CREDITOR ID: 266030-31<br>CITY PARK MCGEE TENNIS CENTER<br>ATTN: TENATE HONANES<br>820 BEECHER CT SW<br>ATLANTA GA 30311-2602 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266031-31<br>CITY PIEDMONT WTR GAS SEWR BD<br>ATTN: LEE YOUNG<br>128 S CENTER AVE<br>PIEDMONT AL 36272-2062 | CREDITOR ID: 266032-31<br>CITY PLANNING<br>ATTN: JORGE GOMEZ<br>1700 CONVENTION CENTER DR<br>MIAMI FL 33139-1819 | CREDITOR ID: 266033-31<br>CITY SPRINGFIELD SEWER PLANT<br>ATTN: BRIAN MORRISON<br>530 LAWRENCE LN<br>SPRINGFIELD TN 37172-5543 |
| CREDITOR ID: 266034-31<br>CITY ST PETE CAPITAL IMPRV<br>ATTN: JOHN GREEN<br>1400 19TH ST N<br>SAINT PETERSBURG FL 33713-5729 | CREDITOR ID: 246281-12<br>CITY STAGES<br>1929 THIRD AVENUE NORTH, SUITE 900<br>BIRMINGHAM AL 35203 | CREDITOR ID: 246190-12<br>CITY STARKE OCCUPATIONAL LICENSE<br>PO BOX C<br>STARKE FL 32091 |
| CREDITOR ID: 266035-31<br>CITY TEMPLE WASTE WATER PLANT<br>ATTN: FRANK CARLSON<br>574 OAK SHADE RD<br>TEMPLE GA 30179 | CREDITOR ID: 246283-12<br>CITY TIRE INC<br>523 WEST ANDREWS AVE<br>HENDERSON NC 27536 | CREDITOR ID: 246284-12<br>CITY TREASURER<br>CITY OF LEITCHFIELD<br>PO BOX 398<br>LEITCHFIELD, KY 42754-0398 |
| CREDITOR ID: 266036-14<br>CITY TREASURERS OFFICE<br>ATTN: JOHN CORNWELL<br>207 W 2ND AVE<br>FRANKLIN VA 23851-1713 | CREDITOR ID: 241011-11<br>CITY TUSCALOOSA<br>ACCOUNT NO.: 703700<br>PO BOX 2089<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 246285-12<br>CITY UTILITIES DEPT<br>118 COLLEGE ST<br>PIKEVILLE KY 41501 |
| CREDITOR ID: 2141-07<br>CITY VIEW, LLC<br>PO BOX 78725<br>CHARLOTTE NC 28271-7040 | CREDITOR ID: 266037-31<br>CITY WEST MONROE COMMUNITY CTR<br>ATTN: LANA BULLOCK<br>400 S 5TH ST<br>WEST MONROE LA 71292-3422 | CREDITOR ID: 240336-06<br>CITY WILLISTON OCCUPATIONAL LICENSE<br>PO DRAWER 160<br>WILLISTON FL 32696 |
| CREDITOR ID: 266038-14<br>CITY WYNSBORO PRPERTY ASSESSOR<br>ATTN: BILLY VENSION<br>COURT HOUSE<br>WAYNESBORO TN 38485 | CREDITOR ID: 246286-12<br>CITYVIEW LLC<br>PO BOX 78725<br>C/O MICHAEL E CALANDRA<br>CHARLOTTE, NC 28271-7040 | CREDITOR ID: 381653-47<br>CIUFO, PAT<br>875 TROUTMAN ROAD<br>DELAWARE, OH 43015 |
| CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO<br>ATTN: BARBARA HOOD<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 246287-12<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO<br>ATTN: BARBARA HOOD<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 246288-12<br>CIVIL & MAGISTRATE COURT<br>RICHMOND COUNTY,  GA<br>530 GREENE ST RM 705<br>AUGUSTA GA 30911 |
| CREDITOR ID: 266039-31<br>CIVIL DRUG COURT<br>ATTN: FELICIA SCOTT<br>200 W 12TH ST<br>WEST PALM BEACH FL 33404-6822 | CREDITOR ID: 246289-12<br>CIVITAN INTERNATIONAL<br>BOX 130744<br>BIRMINHAM, AL 35213 | CREDITOR ID: 395625-65<br>CJ SALES<br>132 NE 17TH PLACE<br>OCALA, FL 34470 |
| CREDITOR ID: 246292-12<br>CJM FINANCIAL<br>PO BOX 724<br>ANKENY IA 50021 | CREDITOR ID: 246293-12<br>CJS CRAB COMPANY<br>22759 SW 117 PLACE<br>DUNNELLON, FL 34431 | CREDITOR ID: 374036-44<br>CJS SALES & SERVICE<br>132 NE 17TH PLACE<br>OCALA, FL 34470 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**      **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246291-12<br>CJ'S SALES & SERVICE<br>ATTN DUDLEY A HARGROVE, OWNER<br>132 NE 17TH PLACE<br>OCALA, FL 34470 | CREDITOR ID: 246294-12<br>CKAA<br>742 N ARLINGTON ROAD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 246295-12<br>CKS PACKAGING INC<br>ATTN MALCOLM MC CARN, ESQ<br>PO BOX 44386<br>ATLANTA, GA 30336-4386 |
| CREDITOR ID: 244305-12<br>CL MCBRIDE COMPANY INC<br>ATTN: ELIZABETH A ROSS, PRES<br>836 E MARKET STREET<br>LOUISVILLE, KY 40206 | CREDITOR ID: 256876-12<br>CLABAUGH, NANCY<br>1885 DESOTO DRIVE<br>DELEON SPRINGS, FL 32130 | CREDITOR ID: 246296-12<br>CLABBER GIRL BAKING CORP<br>ATTN LINDA FORSYTHE, CONTROLLER<br>PO BOX 150<br>TERRE HAUTE, IN 47808-0150 |
| CREDITOR ID: 406488-MS<br>CLACK, KEN<br>1124 WOODCREST AVE.<br>INVERNESS FL 34453 | CREDITOR ID: 266040-14<br>CLADWELL PARISH ASSESSOR<br>ATTN: BONITA BROOKS<br>201 MAIN ST STE 3<br>COLUMBIA LA 71418 | CREDITOR ID: 246297-12<br>CLAIBORNE ELEMENTARY<br>4700 DENHAM STREET<br>BATON ROUGE, LA 70805 |
| CREDITOR ID: 266041-14<br>CLAIBORNE TAX ASSESSOR<br>ATTN: DIANE DAVOUL<br>410 MARKET ST<br>PORT GIBSON MS 39150 | CREDITOR ID: 266042-14<br>CLAIBRNE PRISH TAX ASSSSOR OFF<br>ATTN: CLYDE C HIGHTOWER<br>508 E MAIN ST<br>HOMER LA 71040-3909 | CREDITOR ID: 382972-51<br>CLAIMSPRO<br>24370 NORTHWESTERN HWY<br>SOUTHFIELD, MI 48075 |
| CREDITOR ID: 246298-12<br>CLAIRE LANE<br>7595 BAYMEADOWS CIRCLE WEST #308<br>JACKSONVILLE FL 32256 | CREDITOR ID: 404406-95<br>CLAMP SWING PRICING COMPANY<br>PO BOX 2337<br>ALAMEDA CA 94501 | CREDITOR ID: 246300-12<br>CLAMP SWING PRICING COMPANY<br>8386 CAPWELL DR<br>OAKLAND, CA 94621 |
| CREDITOR ID: 404407-95<br>CLANTON ADVERTISER<br>PO BOX 1379<br>CLANTON AL 35046-1379 | CREDITOR ID: 246301-12<br>CLANTON ADVERTISER, THE<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 | CREDITOR ID: 405988-99<br>CLANTON ADVERTISER, THE<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 |
| CREDITOR ID: 246301-12<br>CLANTON ADVERTISER, THE<br>PO BOX 2153<br>DEPARTMENT 3157<br>BIRMINGHAM, AL 35287-3157 | CREDITOR ID: 266043-31<br>CLANTON COMMUNITY DEV PROGRAM<br>ATTN: OBIE LITTLETON<br>505 2ND AVE N<br>CLANTON AL 35045-3420 | CREDITOR ID: 246302-12<br>CLANTON KIWANIS CLUB<br>PO BOX 1056<br>CLANTON AL 35045 |
| CREDITOR ID: 2143-07<br>CLARA BOLDOG, AMERICANA EAST INVES<br>C/O DEBOER INTERNATIONAL INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 246305-12<br>CLARENCE HAYNES CIRCUIT CLERK<br>PO DRAWER 6137<br>TALLADEGA, AL 35161 | CREDITOR ID: 246310-12<br>CLARENCE NEWBORN REPAIR & ALIGNMENT<br>EXIT 5 I-20 HIGHWAY 100<br>TALLAPOSSA GA 30176 |
| CREDITOR ID: 381444-47<br>CLARENCE NEWBORN REPAIR AND ALIGNMENT<br>ATTN: CLARENCE NEWBORN, PRES<br>EXIT 5 I-20 HIGHWAY 100<br>TALLAPOSSA, GA 30176 | CREDITOR ID: 246312-12<br>CLARENCE S JONES JR<br>804 W MORGAN STREET<br>#W3B<br>RALEIGH, NC 27603 | CREDITOR ID: 246314-12<br>CLARENCES TRUCK REPAIR<br>3212 13TH AVENUE<br>PHENIX CITY, AL 36867 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 246315-12<br>CLARENDON FLAVOR ENGINEERING<br>PO BOX 21069<br>LOUISVILLE, KY 40221-0069 | CREDITOR ID: 246316-12<br>CLARION HOTEL CONFERENCE CENTER<br>2101 DIXIE CLIPPER RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 246317-12<br>CLARION HOTEL GREENSBORO<br>415 SOUTH SWING ROAD<br>GREENSBORO, NC 27409 |
| CREDITOR ID: 246321-12<br>CLARION LEDGER<br>201 SOUTH CONGRESS STREET<br>ATTN DON BURT<br>JACKSON, MS 39205 | CREDITOR ID: 384394-47<br>CLARION LEDGER<br>ATTN TOMMY EDWARDS<br>121 STOKES ROBERTSON RD<br>JACKSON, MS 39212 | CREDITOR ID: 404415-95<br>CLARION LEDGER<br>2339 NORTH PINE LEE DRIVE<br>JACKSON MS 39209 |
| CREDITOR ID: 404410-95<br>CLARION LEDGER<br>1435 ROCKDALE DR<br>%WILLIE BELT<br>JACKSON MS 39213 | CREDITOR ID: 246322-12<br>CLARION LEDGER<br>2109 TV ROAD<br>JACKSON, MS 39204 | CREDITOR ID: 246329-12<br>CLARION LEDGER<br>PO BOX 23074<br>JACKSON, MS 39225 |
| CREDITOR ID: 404416-95<br>CLARION LEDGER<br>290 STOKES ROBERTSON ROAD BOX 35<br>JACKSON MS 39212 | CREDITOR ID: 246320-12<br>CLARION LEDGER<br>1707 TANGLEWWOD DRIVE<br>CLINTON, MS 39056 | CREDITOR ID: 246319-12<br>CLARION LEDGER<br>123 MULLICAN PLACE<br>FLORENCE, MS 39073 |
| CREDITOR ID: 246323-12<br>CLARION LEDGER<br>64 SUNNY COVE<br>FLORENCE, MS 39073 | CREDITOR ID: 246328-12<br>CLARION LEDGER<br>PO BOX 1396<br>FLORENCE, MS 39073 | CREDITOR ID: 246325-12<br>CLARION LEDGER<br>BRIAN FRAZIER<br>225 OAK TREE LANE<br>BRANDON, MS 39042 |
| CREDITOR ID: 246326-12<br>CLARION LEDGER<br>C/O WILLIE BELT<br>PO BOX 11496<br>JACKSON, MS 39283-1496 | CREDITOR ID: 246327-12<br>CLARION LEDGER<br>DEBRA KING<br>201 SOUTH CONGRESS STREET<br>JACKSON, MS 39205 | CREDITOR ID: 246318-12<br>CLARION LEDGER<br>1070 FANTASY LN<br>CRYSTAL SPRINGS, MS 39059 |
| CREDITOR ID: 246324-12<br>CLARION LEDGER<br>6610 HIGHWAY 433 SOUTH<br>BETONIA MS 39040 | CREDITOR ID: 374353-44<br>CLARION LEDGER<br>PO BOX 180173<br>RICHLAND, MS 39218-0173 | CREDITOR ID: 407716-15<br>CLARK CONSULTING, INC.<br>ATTN SUSAN LINDER, SR VP<br>2121 SAN JACINTO STREET, SUITE 2200<br>DALLAS TX 75201-7906 |
| CREDITOR ID: 246333-12<br>CLARK COUNTY TREASURER<br>501 EAST COURT AVENUE<br>SUITE 125<br>PROPERTY TAX<br>JEFFERSONVILLE IN 47130-4029 | CREDITOR ID: 246335-12<br>CLARK DISTRIBUTING CO<br>PO BOX 1747<br>OWENSBORO KY 42302-1747 | CREDITOR ID: 399645-15<br>CLARK DISTRIBUTING CO<br>ATTN DON ERICKSON, VP<br>300 FREEHILL ROAD<br>HENDERSONVILLE TN 37075 |
| CREDITOR ID: 246336-12<br>CLARK DISTRIBUTING CO<br>PO BOX 3390<br>BOWLING GREEN KY 42101 | CREDITOR ID: 246334-12<br>CLARK DISTRIBUTING CO<br>145 MAPLE STREET<br>HENDERSONVILLE, TN 37075 | CREDITOR ID: 246337-12<br>CLARK DISTRIBUTING CO INC<br>140 FIELDVIEW DRIVE<br>VERSAILLES, KY 40383-1500 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246338-12<br>CLARK ELECTRIC SALES & SERVICE CO<br>4157 PARK BLVD<br>LOUISVILLE KY 40209 | CREDITOR ID: 246339-12<br>CLARK ENVIROMENTAL INC<br>755 PRAIRIE INDUSTRIAL PRKWY<br>MULBERRY FL 33860 | CREDITOR ID: 243399-12<br>CLARK, BETSY A<br>PO BOX 647<br>909 ST ANNE AVENUE<br>CHRISTMAS FL 32709 |
| CREDITOR ID: 315757-40<br>CLARK, CARL F.<br>300 RIVERSIDE DR<br>GREENWOOD, MS 38930 | CREDITOR ID: 246861-12<br>CLARK, CONNIE<br>620 WELLHOUSE DRIVE<br>JACKSONVILLE, FL 32220 | CREDITOR ID: 385201-54<br>CLARK, DONALD<br>82 DIXIE DR<br>CRAWFORDVILLE, FL 32327 |
| CREDITOR ID: 397968-76<br>CLARK, GREGORY<br>936 LINSLEY AVE.<br>STONE  MOUNTAIN, GA 30088 | CREDITOR ID: 390111-54<br>CLARK, JOYCE<br>197 GRIFFIN DRIVE<br>AMA, LA 70031 | CREDITOR ID: 393567-55<br>CLARK, JOYCE<br>C/O WARREN A FORSTALL JR, PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVENUE, SUITE 200<br>NEW ORLEANS LA 70119-5111 |
| CREDITOR ID: 389092-54<br>CLARK, KELLY<br>276 SE MURRAY TERRACE<br>LAKE CITY, FL 32025 | CREDITOR ID: 392982-55<br>CLARK, KELLY<br>C/O: ROD BOWDOIN, ESQUIRE<br>DARBY, PEELE, BOWDOIN, & PAYNE, P.A.<br>P. O. DRAWER 1707<br>LAKE CITY FL 32056 | CREDITOR ID: 390330-54<br>CLARK, LETRICA (MINOR)<br>2109 QUINCY STREET SOUTH<br>SAINT PETERSBURG, FL 33711 |
| CREDITOR ID: 391251-55<br>CLARK, LETRICA (MINOR)<br>C/O: JOEY W CHAMBERS<br>CHAMBERS LAW GROUP, P.A.<br>520 4TH STREET NORTH<br>ST.PETERSBURG FL 33701-2302 | CREDITOR ID: 400141-86<br>CLARK, LOUISE<br>2304 A LINCOLN ST.<br>DURHAM  NC 27707 | CREDITOR ID: 387945-54<br>CLARK, MYRTLE<br>1600 EDEN AVE<br>RICHMOND, VA 23231 |
| CREDITOR ID: 392735-55<br>CLARK, RICKIE<br>C/O: SUZANNE GOROWITZ<br>SADOW & GOROWITZ, P.A.<br>80 S.W. 8 SR-SUITE 1910<br>MIAMI FL 33130 | CREDITOR ID: 389328-54<br>CLARK, THELMA<br>500 SOUTH GRANT STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 391426-55<br>CLARK, THELMA<br>C/O: TERRENCE J. PAULK, ESQ.<br>TERRENCE J. PAULK, PC<br>501 SOUTH GRANT STREET<br>P O BOX 1315<br>FITZGERALD GA 31750-1315 |
| CREDITOR ID: 389878-54<br>CLARK, YVONNE<br>11 VALLEY DR<br>HOLLY HILL FL 32117-1843 | CREDITOR ID: 393419-55<br>CLARK, YVONNE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 246340-12<br>CLARK/BARDES INC<br>ATTN: ACCOUNTING DEPARTMENT<br>2121 SAN JACINTO SUITE 2200<br>DALLAS TX 75201 |
| CREDITOR ID: 246342-12<br>CLARKE SILVERGLATE CAMPBELL<br>WILLIAMS MONTGOMERY<br>799 BRICKELL PLAZA STE 900<br>MIAMI, FL 33131 | CREDITOR ID: 374355-44<br>CLARKE SILVERGLATE CAMPBELL WILLIAMS<br>MONTGOMERY<br>799 BRICKELL PLAZA STE 900<br>MIAMI, FL 33131 | CREDITOR ID: 246343-12<br>CLARKE TRANS SERVICE INC<br>22368 NETWORK PLACE<br>CHICAGO IL 60673-1223 |
| CREDITOR ID: 246344-12<br>CLARKE TRANSPORTATION SERVICES INC<br>PO BOX 310 STATION A<br>ETOBICOKE ON M9C 4V3<br>CANADA | CREDITOR ID: 374356-44<br>CLARKE, CHRISTOPHE,<br>932 SUMTER RD EAST<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 387668-54<br>CLARKE, DERRICK<br>6138 SW 194 AVENUE<br>PEMBROKE PINES FL 33025 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 374662-44
CLARKE, DERRICK A., JR
900 NW 203 STREET
MIAMI, FL 33169

CREDITOR ID: 248040-12
CLARKE, DERRICK A., JR
6138 NW 194TH AVENUE
PEMBROKE PINES, FL 33332

CREDITOR ID: 389433-54
CLARKE, ESTHER N
BUILDING 21 - APT. 201
10481 N W 7TH STREET
PEMBROKE PINES FL 33026

CREDITOR ID: 390160-54
CLARKE, MALYNNA
13206 EARLY RUN LANE
RIVERVIEW, FL 33569

CREDITOR ID: 393609-55
CLARKE, MALYNNA
C/O K.C. WILLIAMS III, ESQ
WILLIAM LAW ASSOCIATION, P.A.
PO BOX 18527
TAMPA FL 33679-8527

CREDITOR ID: 399831-84
CLARKE, MIRIAM L
C/O ABRAMSON & MAGIDSON, PA
ATTN JOHN M ABRAMSON, ESQ
930 N KROME AVENUE
HOMESTEAD FL 33030

CREDITOR ID: 400283-85
CLARKE, MIRIAM L
C/O JOHN. M. ABRAMSON, ESQUIRE
ABRAMSON & MAGIDSON, P.A.
930 N. KROME AVE.
SUITE 2A
HOMESTEAD FL 33030

CREDITOR ID: 259747-12
CLARKE, ROBERT
18104 SW 144 PLACE
MIAMI, FL 33177

CREDITOR ID: 406489-MS
CLARKE, RUSSELL S
7047 SENECA AVE
JACKSONVILLE FL 32210

CREDITOR ID: 388756-54
CLARKE, TRENTON
2514 12TH STREET SOUTH
SAINT PETERSBURG FL 33705

CREDITOR ID: 382458-51
CLARKE-BARDES
ATTN: JOSEPH A. THOMPSON
PO BOX 1909
JACKSONVILLE, FL 32004-1909

CREDITOR ID: 382456-51
CLARKE-BARDES
ATTN CATHY FISHER
2121 SAN JACINTO ST., STE 2200
DALLAS, TX 75201-7906

CREDITOR ID: 382459-51
CLARKE-BARDES
ATTN: BRUDE HLAVACEK
16 ANDORRA RD
PO BOX 9687
EDWARDS, CO 81632

CREDITOR ID: 246346-12
CLARKSDALE FAMILY MEDICAL CTR
551 MEDICAL DR
CLARKSDALE MS 38614

CREDITOR ID: 246347-12
CLARKSDALE PRESS REGISTER
PO BOX 1119
CLARKSDALE MS 38614

CREDITOR ID: 200-03
CLARKSDALE PUBLIC UTILITIES
416 THIRD STREET
CLARKSDALE MS 38614

CREDITOR ID: 246348-12
CLARKSDALE WATER & LIGHT DEPT
PO BOX 70-416 THIRD ST
CLARKSDALE, MS 38614-0070

CREDITOR ID: 389256-54
CLARKSON, JEANNA
P.O. BOX 426
BALDWIN FL 32234

CREDITOR ID: 315972-41
CLARKSVILLE 99-VA, LLC
PRINCIPAL NET LEASE INVESTORS, LLC
711 HIGH STREET
DES  MOINES IA 50392-0301

CREDITOR ID: 246349-12
CLARKSVILLE ELEC
PO BOX 31509
CLARKSVILLE TN 37040-0026

CREDITOR ID: 246350-12
CLARKSVILLE GAS & WATER DEPT
PO BOX 31329
CLARKSVILLE TN 37040-0023

CREDITOR ID: 246351-12
CLARKSVILLE LAKE CO CHAMBER OF COMM
PO BOX 1017
CLARKSVILLE VA 23927

CREDITOR ID: 406490-MS
CLARY JR., MATTHEW W.
882 WALLACE PATE DR
GEORGETOWN SC 29440

CREDITOR ID: 246352-12
CLASSIC CLEANERS
2641 SW COLLEGE ROAD
OCALA, FL 34474

CREDITOR ID: 246353-12
CLASSIC FOODS INC
PO BOX 6376
ANAHEIM, CA 92816

CREDITOR ID: 246354-12
CLASSIC LEASING INC
PO BOX 58877
LOUISVILLE, KY 40268

CREDITOR ID: 246355-12
CLASSIC SPORTS EVENTS INC
MR TOM MCDONALD CPA
91551 OVERSEAS HIGHWAY
TAVERNIER, FL 33070

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246356-12<br>CLASSIC TOUCH CARE WASH<br>795 E 49TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 246357-12<br>CLASSIC VUE EXTERIORS INC<br>3525 METAIRIE HGTS AVE<br>METAIRIE LA 70002 | CREDITOR ID: 390065-54<br>CLAUSON, WHITNEY L<br>737 NW 21ST LANE<br>OKEECHOBEE FL 34972 |
| CREDITOR ID: 246369-12<br>CLAXTON ENTERPRISE<br>PO BOX 218<br>24 SOUTH NEWTON STREET<br>CLAXTON, GA 30417-0218 | CREDITOR ID: 279349-36<br>CLAXTON POULTRY FARMS<br>C/O GREG TATUM<br>PO BOX 428<br>CLAXTON  GA 30417 | CREDITOR ID: 246370-12<br>CLAXTON POULTRY FARMS<br>PO BOX 428<br>CLAXTON, GA 30417-0428 |
| CREDITOR ID: 246371-12<br>CLAY CHALKVILLE HIGH SCHOOL<br>PO BOX 326<br>CLAY AL 35048 | CREDITOR ID: 246372-12<br>CLAY COUNTY BRANCH OF NAACP<br>PO BOX 1081<br>ORANGE PARK FL 32073 | CREDITOR ID: 246373-12<br>CLAY COUNTY CHAMBER COMMERCE<br>1734 KINGSLEY<br>ORANGE PARK, FL 32073 |
| CREDITOR ID: 246374-12<br>CLAY COUNTY SHERIFF<br>316 MAIN STREET<br>PROPERTY TAX<br>MANCHESTER KY 40962-1283 | CREDITOR ID: 266044-31<br>CLAY COUNTY TRANSFER<br>ATTN: RICK BRACKEN<br>1160 HINTON CENTER RD<br>HAYESVILLE NC 28904 | CREDITOR ID: 404418-95<br>CLAY COUNTY UTILITY AUTHORITY<br>782 FOXRIDGE CENTER DRIVE<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 246377-12<br>CLAY ELECTRIC COOP KEYSTONE<br>PO BOX 308<br>KEYSTONE HEIGHTS, FL 32656-0308 | CREDITOR ID: 204-03<br>CLAY ELECTRIC COOP, INC<br>ATTN CHARLES M HEAD III, ACCT SUPV<br>PO BOX 308<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 246378-12<br>CLAY HIGH SCHOOL<br>2025 HWY 16 WEST<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 381826-48<br>CLAY LACY AVIATION<br>ATTN BRIAN KIRKDOFFER<br>7435 VALJEAN AVE<br>VAN BYS CA 91406 | CREDITOR ID: 246379-12<br>CLAY MEDICAL SERVICES<br>910 FERRIS ST<br>GREEN COVE SPRINGS, FL 32043 | CREDITOR ID: 246380-12<br>CLAY OIL CORPORATION<br>42 SLEEPY HOLLOW ROAD<br>MIDDLEBURG, FL 32068-6865 |
| CREDITOR ID: 404419-95<br>CLAY TODAY<br>3801 UNIVERSITY BLVD W<br>JACKSONVILLE FL 32217 | CREDITOR ID: 246381-12<br>CLAY TODAY<br>C/O CIRCULATION DEPT<br>1560 - 1 KINGSLEY AVENUE<br>ORANGE PARK, FL 32217 | CREDITOR ID: 389089-54<br>CLAY, ERNEST<br>P O BOX 93405<br>LAKELAND, FL 33804 |
| CREDITOR ID: 392979-55<br>CLAY, ERNEST<br>C/O: LEONARD A. MCCUE, ESQUIRE<br>LEONARD  A. AND ASSOCIATES<br>524 9TH ST. WEST<br>BRANDON FL 34205-7737 | CREDITOR ID: 381340-47<br>CLAY, MARY<br>402 CHARLES AVENUE<br>BAKER, LA 70714 | CREDITOR ID: 389073-54<br>CLAY, SHEARON D<br>3651 STONEGATE CIRCLE<br>GULF SHORES, AL 36542 |
| CREDITOR ID: 246382-12<br>CLAYTON AREA CHAMBER OF COMMERCE<br>PO BOX 246<br>CLAYTON NC 27520 | CREDITOR ID: 246383-12<br>CLAYTON AUTO PARTS<br>10619 US HWY 70 WEST<br>CLAYTON, NC 27520 | CREDITOR ID: 246386-12<br>CLAYTON CONTRACTORS<br>RICKY WOOLBERT PRES<br>711 A N MAIN STREET<br>ROXBORO NC 27573 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246387-12<br>CLAYTON COUNTY BRD OF COMMISSIONERS<br>PO BOX 530101<br>ATLANTA GA 30353-0101 | CREDITOR ID: 240342-06<br>CLAYTON COUNTY COMMUNITY DEV BUS<br>OCCUPATIONAL TAX DIV<br>PO BOX 53101<br>ATLANTA GA 30353-0101 | CREDITOR ID: 205-03<br>CLAYTON COUNTY WATER AUTHORITY<br>1600 BATTLE CREEK ROAD<br>MORROW GA 30260-1721 |
| CREDITOR ID: 246390-12<br>CLAYTON CROSSINGS LLC<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 404420-95<br>CLAYTON CROSSINGS LLC<br>C BRANTLEY TILLMAN<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 384060-47<br>CLAYTON DISTRIBUTING CO, INC<br>ATTN CHARLES T REDD, PRESIDENT<br>PO BOX 623<br>AUSTELL, GA 30168 |
| CREDITOR ID: 246392-12<br>CLAYTON HIGH SCHOOL<br>PO BOX 962<br>CLAYTON NC 27520 | CREDITOR ID: 246394-12<br>CLAYTON NEWS STAR<br>PO BOX 157<br>CLAYTON, NC 27520-0157 | CREDITOR ID: 278864-30<br>CLAYTON RAWL FARMS INC<br>747 CALKSFERRY ROAD<br>LEXINGTON, SC 29072 |
| CREDITOR ID: 246396-12<br>CLAYTON SIGNS INC<br>ATTN ANDREW E WILLIS, PRES<br>5198 N LAKE DR<br>LAKE CITY, GA 30260 | CREDITOR ID: 246397-12<br>CLAYTON TIRE AND MUFFLER CENTER<br>9641 US 70W<br>CLAYTON NC 27520 | CREDITOR ID: 266046-31<br>CLAYTON WATER & WASTWATER CITY<br>ATTN: JERRY RICHARDS<br>25 ROBERTSON AIRPORT RD<br>CLAYTON AL 36016-4647 |
| CREDITOR ID: 385642-54<br>CLAYTON, CATHY<br>3668 11TH ST SW<br>VERO BEACH, FL 32968 | CREDITOR ID: 390930-55<br>CLAYTON, CATHY<br>C/PO DELL & SCHAEFER LAW OFFICES<br>ATTN STEVE RAYBURN, ESQ<br>2404 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 406491-MS<br>CLAYTON, GEORGE M.<br>P.O. BOX 408300<br>FT. LAUDERDALE FL 33340 |
| CREDITOR ID: 397867-76<br>CLAYTON, MARSHA<br>130 BROADWAY ST.<br>MONTGOMERY, AL 36110 | CREDITOR ID: 262463-12<br>CLAYTON, TAMMY<br>380 RUBY ELIZABETH DRIVE<br>GREER, SC 29651 | CREDITOR ID: 246398-12<br>CLEAN & COMPANY LLC<br>420 NORTH FIFTH STREET<br>FORD CENTRE SUITE 600<br>MINNEAPOLIS, MN 55401 |
| CREDITOR ID: 266047-31<br>CLEAN COMMUNITY COMM<br>ATTN: RUSSEL GAY<br>216 4TH ST E<br>TIFTON GA 31794-4422 | CREDITOR ID: 395626-65<br>CLEAN KING<br>2880 HARPER VALLEY DRIVE<br>COLLEGE PARK, GA 30349 | CREDITOR ID: 246400-12<br>CLEAN SOLUTIONS INC<br>PO BOX 7126<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 246402-12<br>CLEAN SWEEP OF ORLANDO<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 | CREDITOR ID: 395628-65<br>CLEAN SWEEP OF ORLANDO, INC<br>ATTN HARRY A COADY<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 | CREDITOR ID: 246403-12<br>CLEAN SWEEP PARKING MAINTENANCE<br>PO BOX 15031<br>SARASOTA, FL 34277-1031 |
| CREDITOR ID: 246404-12<br>CLEAN TEAM COMPANY<br>3655 PACIFIC HIGHWAY<br>SAN DIEGO, CA 92101 | CREDITOR ID: 266048-31<br>CLEAN WATER MANAGEMENT TR FUND<br>ATTN: BILL HOLMAN<br>6519 HAYSTACK RD<br>DOBSON NC 27017-6022 | CREDITOR ID: 399365-15<br>CLEANING SYSTEMS OF LOUISIANA, INC<br>ATTN HARRY COLE III, PRES<br>324 ALMEDIA ROAD<br>ST ROSE LA 70087 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246405-12<br>CLEANLOOK CHEMICAL CORP<br>14939 N W 27TH AVENUE<br>OPA LOCKA, FL 33054 | CREDITOR ID: 266049-31<br>CLEAR<br>ATTN: DAN MARBURY<br>52<br>LEEDS AL 35094 | CREDITOR ID: 246407-12<br>CLEAR CHANNEL RADIO<br>PO BOX 402607<br>ATLANTA, GA 30384-2607 |
| CREDITOR ID: 246408-12<br>CLEAR CHECK INC<br>135 INTERSTATE BLVD, SUITE 6<br>GREENVILLE, SC 29615 | CREDITOR ID: 246409-12<br>CLEAR CUT PROPERTY MAINTENANCE<br>PO BOX 230398<br>MONTGOMERY, AL 36123-0398 | CREDITOR ID: 266050-31<br>CLEAR REFLECTIONS OF FLORIDA<br>ATTN: DIANA MCBRIDE<br>8283 86TH AVE<br>LARGO FL 33777-3602 |
| CREDITOR ID: 266051-31<br>CLEAR ZONE LAND DEVELOPMENT<br>ATTN: ROBERT LINDSEY JR<br>7300 4TH ST<br>VERO BEACH FL 32968-9577 | CREDITOR ID: 246410-12<br>CLEARCHANNEL SYTEMS INC<br>9093 BELCHER ROAD<br>PINELLAS PARK FL 33782-4423 | CREDITOR ID: 246411-12<br>CLEARINGHOUSE<br>PO BOX 52107<br>PHOENIX, AZ 85072-2107 |
| CREDITOR ID: 246412-12<br>CLEARLAKE SQUARE<br>300 INTERNATIONAL PKWY STE 184<br>HEATHROW, FL 32746 | CREDITOR ID: 1199-07<br>CLEARLAKE SQUARE<br>C/O TRYCON INC<br>951 MARKET PROMENADE<br>LAKE MARY, FL 32746 | CREDITOR ID: 403467-99<br>CLEARVIEW INVESTMENTS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN: DAVID L POLLACK, ESQ<br>51ST FL - MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 403467-99<br>CLEARVIEW INVESTMENTS<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: ALAN M WEISS, ESQ<br>15 NORTH LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 246413-12<br>CLEARWOOD DR H S PTSA<br>130 CLEARWOOD DR<br>SLIDELL, LA 70458 | CREDITOR ID: 389647-54<br>CLEARY, JOANNA<br>4404 W PRICE AVE<br>TAMPA, FL 33611 |
| CREDITOR ID: 393301-55<br>CLEARY, JOANNA<br>C/O KINNEY, FERNANDEZ & BOIRE, PA<br>ATTN MANUEL J FERNANDEZ, ESQ<br>PO BOX 18055<br>TAMPA FL 33679 | CREDITOR ID: 392707-55<br>CLEATON, NATHAN<br>C/O: LARA GARDNER ZELSKI, ESQ.<br>P O BOX 501417<br>ATLANTA GA 31150 | CREDITOR ID: 246414-12<br>CLECO<br>PO BOX 69000<br>ALEXANDRIA, LA 71306-9000 |
| CREDITOR ID: 246415-12<br>CLEMENT COMMUNICATIONS<br>PO BOX 500<br>CONCORDVILLE, PA 19331-0500 | CREDITOR ID: 246416-12<br>CLEMENT FIRE & SAFETY CO INC<br>PO BOX 1044<br>SLIDELL, LA 70459 | CREDITOR ID: 374366-44<br>CLEMENT PAPPAS & CO INC<br>PO BOX 92219<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 246417-12<br>CLEMENT PAPPAS & CO INC<br>36643 TREASURY CENTER<br>CHICAGO, IL 60694-6600 | CREDITOR ID: 245369-12<br>CLEMENT, CHRISTY L<br>3641 ADOLPH STREET<br>JEFFERSON LA 70121 | CREDITOR ID: 387123-54<br>CLEMENT, JOSHUA<br>121 INTREPID DRIVE<br>BELLE CHASSE, LA 70037 |
| CREDITOR ID: 388663-54<br>CLEMENT, MARVA<br>127 SAXON STREET<br>BRUNSWICK GA 31525 | CREDITOR ID: 389747-54<br>CLEMENT, SUEANN<br>4902 MONROE HIGHWAY<br>PINEVILLE LA 71360 | CREDITOR ID: 393366-55<br>CLEMENT, SUEANN<br>C/O HUNTER & MORTON LAW OFFICES<br>ATTN HEIDEL A SCHNEIDER, ESQ<br>1916 GUS KAPLAN DRIVE<br>PO BOX 11710<br>ALEXANDRIA LA 71315-1710 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 244768-12
CLEMENTS, CATHERINE M
557 FRANCIS STREET
MARRERO LA 70094

CREDITOR ID: 246418-12
CLEMMIE HUDSON ARMSTRONG
627 TYNE AVENUE
CINCINNATI OH 45213

CREDITOR ID: 385455-54
CLEMONS, DIANNE
1472 WEST 37TH STREET
RIVIERA BEACH, FL 33404

CREDITOR ID: 390757-55
CLEMONS, DIANNE
C/O: ERIC CHESHIRE
CHESHIRE & GONZALEZ
324 DATURA ST.
STE 300
WEST PALM BEACH FL 33401

CREDITOR ID: 241012-11
CLEMSON CITY HALL
FINANCE DEPARTMENT
ACCOUNT NO.: 59-3264623
PO BOX 1566
CLEMSON, SC 29633-1566

CREDITOR ID: 246419-12
CLEMSON HEALTH CENTER
ATTN CLAIR A SKIPPER
885 TIGER BLVD
CLEMSON, SC 29631

CREDITOR ID: 266052-31
CLEMSON PARKS AND RECREATION
ATTN: STEVEN FIGUEROA
1020 BERKELEY DR
CLEMSON SC 29631-2342

CREDITOR ID: 246420-12
CLEO CORP
PO BOX 2121
MEPHIS, TN 38159

CREDITOR ID: 406492-MS
CLERC JR., GEORGE E.
P.O. BOX 724
WELAKA FL 32193

CREDITOR ID: 266053-14
CLERK CIRCUIT CRT BOARD OF COM
ATTN: ROBERT WILSON
1101 E 1ST ST
SANFORD FL 32771-1468

CREDITOR ID: 246422-12
CLERK OF CIRCUIT COURT
1800 W SAINT MARY AVE
PENSACOLA, FL 32501-1045

CREDITOR ID: 246424-12
CLERK OF CIRCUIT COURT
SUPPORT DIVISION
PO BOX 3079
SARASOTA FL 34230

CREDITOR ID: 246423-12
CLERK OF CIRCUIT COURT
PO BOX 418
CARROLLTON AL 35447

CREDITOR ID: 246425-12
CLERK OF CITY COURT
233 ST LOUIS ST  RM 251
BATON ROUGE LA 70802

CREDITOR ID: 246426-12
CLERK OF CLARK CTY COURTS
CITY-COUNTY BUILDING
501 E COURT AVE
JEFFERSONVILLE IN 47130

CREDITOR ID: 246431-12
CLERK OF COURT
LANCASTER COUNTY
PO BOX 1809
LANCASTER SC 29721

CREDITOR ID: 246436-12
CLERK OF COURT
UPSON COUNTY COURTHOUSE
PO BOX 889
THOMASTON GA 30286-0012

CREDITOR ID: 246429-12
CLERK OF COURT
COUNTY COURTHOUSE
114 COURTHOUSE STREET BOX 5
BLAIRSVILLE GA 30512-3003

CREDITOR ID: 246427-12
CLERK OF COURT
ATTN DOMESTIC RELATIONS
PO BOX 1359
CRESTVIEW, FL 32536-1359

CREDITOR ID: 246434-12
CLERK OF COURT
PO BOX 63
COVENT LA 70723

CREDITOR ID: 246437-12
CLERK OF COURT
YORK COUNTY SC
P O DRAWER 11746
ROCK HILL, SC 29731-9731

CREDITOR ID: 246432-12
CLERK OF COURT
OF ANDERSON COUNTY
PO BOX 8002
ANDERSON, SC 29622

CREDITOR ID: 246433-12
CLERK OF COURT
PO BOX 287
LAURENS, SC 29360-0287

CREDITOR ID: 246430-12
CLERK OF COURT
ESCAMBIA COUNTY
PO BOX 333
PENSACOLA FL 32591-0333

CREDITOR ID: 246428-12
CLERK OF COURT
CHESTER COUNTY SC
PO BOX DRAWER 580
CHESTER, SC 29706

CREDITOR ID: 246435-12
CLERK OF COURT
PO BOX 996
BENNETTSVILLE, SC 29512-0996

CREDITOR ID: 246438-12
CLERK OF COURT CHESTERFIELD
COUNTY
PO BOX 529
CHESTERFIELD SC 29709

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                                 CASE:   05-03817-3F1

CREDITOR ID: 246439-12
CLERK OF COURT CODE ENFORCEMENT
111 NW 1ST ST  STE 1750
MIAMI, FL 33128-1981

CREDITOR ID: 246440-12
CLERK OF COURT GREENVILLE
COUNTY SC
PO BOX 757
GREENVILLE, SC 29602

CREDITOR ID: 246441-12
CLERK OF COURT GREENVILLE CNTY SC
PO BOX 757
GREENVILLE, SC 29602

CREDITOR ID: 246442-12
CLERK OF COURT GREENWOOD CNTY
CHILD SUPPORT OFFICE
ROOM 103 COUNTY COURTHOUSE
528 MONUMENT STREET
GREENWOOD SC 29646

CREDITOR ID: 246443-12
CLERK OF COURT OF HAMPTON CNTY
PO BOX 7
HAMPTON, SC 29924

CREDITOR ID: 246444-12
CLERK OF COURT OF MADISON CTY
MADISON COUNTY COURTHOUSE
RANGE STREET
MADISON FL 32340

CREDITOR ID: 246445-12
CLERK OF COURT SPARTANBURG CO
PO BOX 3483
SPARTANBURG, SC 29304

CREDITOR ID: 246446-12
CLERK OF FAMILY COURT
C/O BOOKEEPING DEPARTMENT
ONE DORRANCE PLAZA
PROVIDENCE, RI 02903

CREDITOR ID: 246447-12
CLERK OF FLOYD CIRCUIT COURT
RM 235 CITY COUNTY BLVD
311 W FIRST ST    PO BOX 1056
NEW ALBANY IN 47150

CREDITOR ID: 246448-12
CLERK OF JUVENILE COURT
421 LOYOLA AVE
FINANCE DEPT
NEW ORLEANS, LA 70112-1108

CREDITOR ID: 246449-12
CLERK OF SUPERIOR COURT
800 E 4TH STREET
CHARLOTTE NC 28202

CREDITOR ID: 246452-12
CLERK OF SUPERIOR COURT OF
LOWNDES COUNTY CHILD SUPPORT
PO BOX 1349
VALDOSTA, GA 31603-1349

CREDITOR ID: 246450-12
CLERK OF SUPERIOR CRT GUILFORD CNTY
201 SOUTH EUGENE STREET
GREENSBORO NC 27401

CREDITOR ID: 384062-47
CLERK OF THE CIRCUIT COURT
MADISON COUNTY COURTHOUSE
PO BOX 237
MADISON, FL 32341

CREDITOR ID: 246453-12
CLERK OF THE CIRCUIT COURT
2 COURTHOUSE SQUARE
KISSIMMEE, FL 34741-5487

CREDITOR ID: 246454-12
CLERK OF THE CIRCUIT COURT
PO BOX 237
MADISON FL 32340

CREDITOR ID: 246455-12
CLERK OF THE CIRCUIT COURT
ATTN CHILD SUPPORT
PO BOX 43
DELAND, FL 32721-0043

CREDITOR ID: 246457-12
CLERK OF THE CIRCUIT CRT AUTAUGA CO
WHIT MONCRIEF CIRCUIT CLERK
PO BOX 681450
PRATTVILLE AL 36068

CREDITOR ID: 374369-44
CLERK OF THE CIRCUIT CT
DOMESTIC RELATIONS DIV
209 N FLORIDA ST
BUSHNELL, FL 33513

CREDITOR ID: 246458-12
CLERK OF THE CITY COURT
ACADIA PARISH
PO BOX 31
RAYNE LA 70578

CREDITOR ID: 246460-12
CLERK OF THE COURT
PO BOX 310
WETUMPKA, AL 36092

CREDITOR ID: 246459-12
CLERK OF THE COURT
801 FORREST AVE STE 202
GADSDEN, AL 35901

CREDITOR ID: 246461-12
CLERK OF THE COURTS
CODE ENFORCEMENT
111 NW 1ST STREET
SUITE 1750
MIAMI, FL 33128-1981

CREDITOR ID: 246462-12
CLERK OF THE FAMILY COURT
C/O BOOKEEPING DEPT
ONE DORRANCE PLAZA
PROVIDENCE, RI 02903

CREDITOR ID: 246463-12
CLERK OF THE SUPREME COURT
PO BOX 150
JEFFERSON CITY, MO 65102

CREDITOR ID: 246465-12
CLERK REGISTER
PO BOX 936
LIVINGSTON, AL 35470

CREDITOR ID: 374370-44
CLERK REGISTER
WHIT MONCRIEF CIRCUIT CLERK
P O BOX 681450
PRATTVILLE, AL 36068

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 246464-12
CLERK REGISTER
MONROE COUNTY COURTHOUSE
MONROEVILLE, AL 36460

CREDITOR ID: 246470-12
CLEUGHS FROZEN FOOD INC
PO BOX 30327
LOA ANGELES CA 90030-0327

CREDITOR ID: 240345-06
CLEVELAND COUNTY TAX COLLECTOR
PO BOX 370
SHELBY NC 28151-0370

CREDITOR ID: 266054-31
CLEVELAND COUNTY WASTE RECYCL
ATTN: SAM LOCKRIDGE
615 MARGRACE RD
KINGS MOUNTAIN NC 28086-3818

CREDITOR ID: 246473-12
CLEVELAND MARKETPLACE LTD
C/O LAT PURSER & ASSOC
6320-7 ST AUGUSTINE ROAD
JACKSONVILLE, FL 32217

CREDITOR ID: 389626-54
CLEVELAND, MARQUESHA (MINOR)
400 W. STEVEN'S CR.
GULFPORT, MS 39503

CREDITOR ID: 393285-55
CLEVELAND, MARQUESHA (MINOR)
C/O: JESSICA SIBLEY UPSHAW
JESSICA SIBLEY UPSHAW & ASSOCIATES
P. O. BOX 6607
GULFPORT MS 39506

CREDITOR ID: 269377-16
CLEVELAND, WILLIAM C.
BUIST, MOORE, ET AL.
PO BOX 999
CHARLESTON, SC 29402

CREDITOR ID: 385360-54
CLEVENGER, DENISE
305-525-7018
MIAMI, FL 33186

CREDITOR ID: 390668-55
CLEVENGER, DENISE
C/O LAW OFFICES OF STEVEN RUDIN, PA
ATTN STEVEN RUDIN, ESQ
9130 S DADELAND BLVD
MIAMI FL 33156

CREDITOR ID: 246474-12
CLIBURN TANK LINES INC
PO BOX 368
STAR MS 39167

CREDITOR ID: 405912-93
CLIFF BERRY INC
C/O TRANSWORLD SYSTEMS
5880 COMMERCE BLVD
ROHNERT PARK CA 94928-1651

CREDITOR ID: 266055-31
CLIFF BERRY INC
ATTN: DAN STONE
5218 SAINT PAUL ST
TAMPA FL 33619-6118

CREDITOR ID: 246475-12
CLIFF BERRY INC
ATTN JAMES F BRENNER, CFO
PO BOX 13079
FORT LAUDERDALE, FL 33316-0100

CREDITOR ID: 403468-99
CLIFFDALE CORNER
C/O BALLARD SPAHR ANDREWS ET AL
ATTN: DAVID L POLLACK
51ST FL - MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 403468-99
CLIFFDALE CORNER
C/O HOLLAND & KNIGHT LLP
ATTN: ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 246476-12
CLIFFDALE CORNER INC
PO BOX 53646
FAYETTEVILLE, NC 28305

CREDITOR ID: 1201-07
CLIFFDALE CORNER INC
PO BOX 53646
FAYETTEVILLE, NC 28305

CREDITOR ID: 2144-07
CLIFFDALE CORNER,INC
C/O RIDDLE COMMERCIAL PROPERTIES
238 NORTH MCPHERSON CHURCH ROAD
FAYETTEVILLE NC 28303

CREDITOR ID: 246477-12
CLIFFORD ARNETT
5671 SOUTH BOULEVARD DRIVE
HOMOSASA FL 34448

CREDITOR ID: 246481-12
CLIFFORDS TRUCK SERVICE
212 BLUE MEADOW CIRCLE
KATHLEEN, GA 31047

CREDITOR ID: 246482-12
CLIFTON G BEEKER JR
15741 SW 20 STREET
PEMBROKE PINES FL 33027

CREDITOR ID: 246484-12
CLIFTY FARMS
PO BOX 1146
PARIS TN 38242

CREDITOR ID: 246485-12
CLIMATIC CORP
PO BOX 530100
SC 000047
ATLANTA GA 30353-0100

CREDITOR ID: 266056-31
CLINCH VALLEY SOIL/WATER CONSV
ATTN: RAYMOND BELCHER
383 HIGHLAND DR STE 4
LEBANON VA 24266-4632

CREDITOR ID: 246486-12
CLINE HOSE & HYDRAULICS
PO BOX 3477
GREENVILLE, SC 29602-3477

CREDITOR ID: 389109-54
CLINE, KATHLEEN
7770 SE FEDERAL HWY
LOT #2
HOBE SOUND, FL 33455

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 392996-55
CLINE, KATHLEEN
C/O SIMON & D'ALEMBERTE, PL
ATTN R M SIMON/ G L DALEMBERT, ESQS
1001 BRICKELL BAY DRIVE
SUITE 1200
MIAMI FL 33131

CREDITOR ID: 246487-12
CLINICAL LABORATORY SERVICE
102 LINCOLN MEDICAL PARK
LINCOLNTON, NC 28092

CREDITOR ID: 390319-54
CLINKSCALES, BRENDA
1923 N. W. 58TH STREET
MIAMI FL 33142

CREDITOR ID: 266057-31
CLINTON COMMUNITY NATURE CTR
ATTN: PRENTISS COX
617 DUNTON RD
CLINTON MS 39056-4303

CREDITOR ID: 246488-12
CLINTON HOUSE COMPANY
C/O RMC REALTY COMPANIES LTD
ATTN ACCOUNTING DEPT.
1733 WEST FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 212-03
CLINTON NEWBERRY NATURAL GAS
PO DRAWER 511
CLINTON SC 29325-0511

CREDITOR ID: 246489-12
CLINTON SEASE FARM
404 OLDE FARM RD
LEXINGTON SC 29072-8781

CREDITOR ID: 246490-12
CLINTON-NEWBERRY
NATURAL GAS AUTHORITY
P O DRAWER 511
CLINTON, SC 29325

CREDITOR ID: 246491-12
CLIVENS CICERON
800 NW 125 STREET
MIAMI FL 33168

CREDITOR ID: 246492-12
CLOROX SALES CO - KPD
PO BOX 751754
CHARLOTTE, NC 28275-1754

CREDITOR ID: 279069-99
CLOROX SALES CO, THE
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN: DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 279069-99
CLOROX SALES CO, THE
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 279069-99
CLOROX SALES CO, THE
C/O DLA PIPER RUDNICK GRAY CARY US
ATTN:  MARK J. FRIEDMAN/SUSAN MAHER
6225 SMITH AVENUE
BALTIMORE MD 21209-3600

CREDITOR ID: 384064-47
CLOROX SALES CO-KPD
PO BOX 75601
CHARLOTTE, NC 28275-5601

CREDITOR ID: 381776-36
CLOROX SALES COMPANY, THE
ATTN: SYBIL SHAW
3655 BROOKSIDE PARKWAY, STE 300
ALPHARETTA GA 30022

CREDITOR ID: 244014-12
CLOSE, BRITTANY L
3548 STONELER ROAD
TALLAHASSEE FL 32303

CREDITOR ID: 246493-12
CLOSS DISTRIBUTING
226 STORMY CREEK LANE
BLYTHEWOOD, SC 29016

CREDITOR ID: 389127-54
CLOUD, SHIRLEY
3535 HENDRICKS AVENUE
JACKSONVILLE, FL 32207-3303

CREDITOR ID: 246494-12
CLOUGH PIKE ELEMENTARY
808 CLOUGH PIKE
CINCINNATI OH 45245

CREDITOR ID: 246495-12
CLOVER CLEANING & RESTORATION INC
2282 TYRONE ROAD
MIDDLEBURG, FL 32068

CREDITOR ID: 246496-12
CLOVERHILL BAKERY
CLOVERHILL PASTRY VEND CORP
PO BOX 885
BEDFORD PARK, IL 60499-0885

CREDITOR ID: 246497-12
CLOVERLEAF COLD STGE CO
2800 CLOVERLEAF CT
SIOUX CITY IA 51111

CREDITOR ID: 246498-12
CLOVERNOOK ELEMENTARY
1500 W GALBRAITH RD
STORE#1758
CINCINNATI OH 45231

CREDITOR ID: 387265-54
CLOVES, SUSAN
PO BOX 203
WAYNESVILLE, GA 31566

CREDITOR ID: 391850-55
CLOVES, SUSAN
C/O STEVEN L MORGAN, PC
ATTN STEVEN L. MORGAN, ESQ
509 G STREET
BRUNSWICK GA 31520

CREDITOR ID: 399482-82
CLOWER, RUSSELL B JR
141 WILMONT ROAD
GREENVILLE  MS 38701

CREDITOR ID: 259569-12
CLOWERS, RICHARD
9 PRIMROASE LANE
ASHEVILLE, NC 28805

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246500-12<br>CLS LABORATORY<br>2840 W AIRLINE HYW<br>SUITE C<br>LAPLACE LA 70068 | CREDITOR ID: 407668-93<br>CLUB BOULEVARD INVESTORS, LP<br>HARBOR GROUP, DURHAM PLAZA ASSOC<br>999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23501 | CREDITOR ID: 407669-93<br>CLUB BOULEVARD INVESTORS, LP<br>PO BOX 2680<br>NORFOLK VA 23501 |
| CREDITOR ID: 246501-12<br>CLUTCH EXCHANGE SERVICE INC<br>ATTN  ROBERT ODOM, PRES<br>3840 BROAD STREET<br>POWDER SPRINGS, GA 30127 | CREDITOR ID: 403291-83<br>CLYATT, CLYATT, & GOLDEN<br>3269 NORTH VALDOSTA RD. PO BOX 5799<br>VALDOSTA GA 31603-5799 | CREDITOR ID: 246502-12<br>CLYCE DISTRIBUTING CO<br>PO BOX 298<br>JOHNSON CITY, TN 37601 |
| CREDITOR ID: 244307-12<br>CM BRANDIES<br>3095 NE ROCKY FORD ROAD<br>MADISON FL 32340 | CREDITOR ID: 374038-44<br>CM PAULA COMPANY<br>PO BOX 711444<br>CINCINNATI OH 45271-1444 | CREDITOR ID: 246506-12<br>CMAC ENVIROMENTAL GROUP INC<br>PO BOX 5410<br>GLENCOE AL 35905 |
| CREDITOR ID: 246507-12<br>CMC REAL ESTATE PROGRAM<br>PO BOX 3506<br>1988 1 LTD 111<br>ANN ARBOR, MI 48106-3506 | CREDITOR ID: 2146-07<br>CMC REAL ESTATE PROGRAM 1988-1, LT<br>PO BOX 8649<br>ANN ARBOR MI 48106-8649 | CREDITOR ID: 246508-12<br>CME<br>12004 MOBILE AVE<br>GULFPORT, MS 39503 |
| CREDITOR ID: 246509-12<br>CMI DOORS<br>4-111 INKSBROOK DRIVE<br>WINNIPEG MB R2R 2V7<br>CANADA | CREDITOR ID: 246510-12<br>CMI ELECTRONICS<br>436 A HACKLE DR<br>MONTGOMERY, AL 36117 | CREDITOR ID: 266058-31<br>CMMNTY SCIAL WORK SLUTIONS INC<br>ATTN: NETTIE M HENDERSON<br>6616 COURT N<br>BIRMINGHAM AL 35228-1530 |
| CREDITOR ID: 246511-12<br>CMS COMMUNICATIONS<br>PO BOX 790051<br>ST LOUIS MO 63179-0051 | CREDITOR ID: 246512-12<br>CMS GILBRETH PACKAGING SYSTEMS<br>CULBRO MACHINE SYSTEMS<br>PO BOX 13669<br>PHILADELPHIA PA 19101 | CREDITOR ID: 246513-12<br>CMT MANUFACTURING<br>ATTN: CRAIG CANNON, PRES<br>5309 WEST BROADWAY BLVD, # 321<br>PLANTATION, FL 33317 |
| CREDITOR ID: 266059-31<br>CMVA/OUTDOOR FOUNDATION<br>ATTN: LESLIE GRAYSON<br>39395 JOHN MOSBY<br>ALDIE VA 20105 | CREDITOR ID: 246514-12<br>CN<br>PO BOX 71206<br>CHICAGO, IL 60694-1206 | CREDITOR ID: 403218-92<br>CNA GROUP LIFE ASSURANCE CO<br>C/O MS SARAH KNIPLING ESQ<br>PO BOX 946790<br>MAITLAND FL 32794-6790 |
| CREDITOR ID: 403219-92<br>CNA GROUP LIFE ASSURANCE COMPANY<br>C/O COMMISSIONER OF INSURANCE<br>3100 BROADWAY<br>KANSAS CITY MO 64111 | CREDITOR ID: 246515-12<br>CNA SURETY COMPANY<br>PO BOX 5077<br>SIOUX FALLS SD 57117-9954 | CREDITOR ID: 246516-12<br>CNCR<br>PO BOX 824<br>MOUNT HOLLY NC 28120-0824 |
| CREDITOR ID: 246517-12<br>CNH ENTERPRISE INC<br>4412 136TH AVENUE<br>HOLLAND MI 49424 | CREDITOR ID: 246518-12<br>CNI INC<br>PO BOX 253<br>ELLENTON FL 34222 | CREDITOR ID: 382460-51<br>CNI PAPERS<br>PO BOX 792<br>ATHENS, GA 30603 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404425-95<br>CNS INC<br>PO BOX 580920<br>MINNEAPOLIS MN 55458 | CREDITOR ID: 246519-12<br>CNS INC<br>NW 5314<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5314 | CREDITOR ID: 279152-33<br>CNS, INC.<br>C/O LINDQUIST & VENNUM PLLP<br>4200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402-2205 |
| CREDITOR ID: 405934-99<br>CNTY OF PASCO-BOARD OF COMMISSIONER<br>C/O ANTHONY M SALZANO, ESQ<br>WEST PASCO GOV'T CENTER<br>7530 LITTLE ROAD, STE 340<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 246520-12<br>CO INC<br>PO BOX 2328<br>GREENVILLE SC 29601 | CREDITOR ID: 246521-12<br>COACH COMP AMERICA<br>400 N CONGRESS AVE #110<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 246522-12<br>COACH USA<br>958 BIRDSONG ROAD<br>LAFAYETTE LA 70507 | CREDITOR ID: 246523-12<br>COAHOMA COUNTY JUSTICE COURT<br>144 RITCH<br>CLARKSDALE MS 38614 | CREDITOR ID: 317567-42<br>COAHOMA COUNTY TAX COLLECTOR<br>PO BOX 219<br>CLARKSDALE, MS 38614 |
| CREDITOR ID: 389650-54<br>COAKLEY, AUDREY<br>5305 FOXBORO RD.<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 393303-55<br>COAKLEY, AUDREY<br>C/O: RONALD F. BENNETT<br>RONALD F. BENNETT<br>348 EAST ADAMS ST<br>JACKSONVILLE FL 32202 | CREDITOR ID: 266060-31<br>COALITION STOP INC<br>ATTN: CHRISTINE SHERMAN<br>271 E MAUPIN RD<br>UNION CITY TN 38261-6242 |
| CREDITOR ID: 246525-12<br>COAST COCA COLA BOTTLING COMPANY<br>PO DRAWER E<br>GULFPORT, MS 39501 | CREDITOR ID: 246526-12<br>COAST ELEC POWER ASSN<br>PO BOX 2430<br>BAY SAINT LOUIS, MS 39521-2430 | CREDITOR ID: 214-03<br>COAST ELECTRIC POWER ASSN.<br>MAIN STREET & HIGHWAY 90<br>PO BOX 2430<br>BAY ST LOUIS MS 39520 |
| CREDITOR ID: 246527-12<br>COAST EMPIRE GAS<br>2003 E 24TH STREET PLACE<br>CHATTANOOGA TN 37407-1004 | CREDITOR ID: 215-03<br>COAST GAS<br>2003 E 24TH PLACE<br>CHATTANOGA TN 37407 | CREDITOR ID: 246528-12<br>COAST GAS DELRAY<br>14591 SOUTH MILITARY TRAIL<br>DELRAY BEACH, FL 33484 |
| CREDITOR ID: 246529-12<br>COAST GAS HUNTSVILLE<br>7206 GOVERNORS WEST<br>HUNTSVILLE AL 35806-2051 | CREDITOR ID: 216-03<br>COAST GAS OF CHATTANOOGA<br>PO BOX 7000<br>LEBANON MO 65536 | CREDITOR ID: 246530-12<br>COAST GAS OF FORT PIERCE<br>1001 SOUTH US 1<br>FT PIERCE, FL 34950 |
| CREDITOR ID: 246531-12<br>COAST GAS OF OLDSMAR<br>C/O TITAN PROPANE<br>ATTN MARCIA A SCOTT, COLLECTIONS<br>PO BOX 7000<br>LEBANON MO 65536 | CREDITOR ID: 246532-12<br>COAST SAFE & LOCK CO INC<br>PO BOX 66257<br>MOBILE, AL 36606-6257 | CREDITOR ID: 374376-44<br>COAST SAFE & LOCK CO, INC<br>ATTN BARKLEY MCLEOD<br>PO BOX 66257<br>MOBILE, AL 36606-6257 |
| CREDITOR ID: 246533-12<br>COAST SEAFOOD COMPANY<br>DEPT 4037<br>PO BOX 34936<br>SEATTLE, WA 98124-1936 | CREDITOR ID: 246534-12<br>COAST SEAFOOD USA<br>286 CONGRESS STREET<br>BOSTON MA 02210 | CREDITOR ID: 246535-12<br>COAST TO COAST<br>PO BOX 2418<br>NORTH HILLS CA 91393 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395629-65<br>COAST TO COAST SWEEPING<br>2654 KINGDOM AVENUE<br>MELBOURNE, FL 32934 | CREDITOR ID: 278865-30<br>COAST TROPICAL<br>PO BOX 530369<br>SAN DIEGO, CA 92153 | CREDITOR ID: 374377-44<br>COASTAL BERRY COMPANY<br>PO BOX 1570<br>WATSONVILLE CA 95077-1570 |
| CREDITOR ID: 246538-12<br>COASTAL BERRY COMPANY<br>480 W BEACH STREET<br>WATSONVILLE CA 95076 | CREDITOR ID: 384065-47<br>COASTAL BEVERAGE CO<br>PO BOX 1729<br>ELIZABETH CITY, NC 27909 | CREDITOR ID: 279165-33<br>COASTAL BEVERAGE LTD<br>ATTN JANE M KELLY, CONTROLLER<br>4747 PROGRESS AVENUE<br>NAPLES FL 34104 |
| CREDITOR ID: 246539-12<br>COASTAL BUSINESS MACHINES<br>9635 LIBERTY RD SUITE M<br>RANDALLSTOWN, MD 21133 | CREDITOR ID: 246540-12<br>COASTAL CARE CORPORATION MMHS<br>ATTN LOUISE BAIUNCO<br>PO BOX 417<br>STUART, FL 34995 | CREDITOR ID: 246541-12<br>COASTAL CAROLINA FAMILY PRACTICE<br>PO BOX 650<br>HERTFORD NC 27944 |
| CREDITOR ID: 246543-12<br>COASTAL COMMUNICATIONS<br>ATTN J HILTON SIZEMORE, REG MGR<br>PO BOX 2029<br>HINESVILLE, GA 31310-7029 | CREDITOR ID: 246542-12<br>COASTAL COMMUNICATIONS<br>PO BOX 1909<br>HINESVILLE, GA 31310-8909 | CREDITOR ID: 246544-12<br>COASTAL CONNECTIONS<br>3521 US HWY 17<br>WILLIAMSTON NC 27892 |
| CREDITOR ID: 246545-12<br>COASTAL CONSERVATION ASSOCIATION FL<br>3333 S ORANGE AVENUE<br>SUITE 103<br>ORLANDO FL 32806 | CREDITOR ID: 246546-12<br>COASTAL CONSTRUCTION & PETRO SVC<br>10901 GENERAL AVENUE<br>JACKSONVILLE FL 32220 | CREDITOR ID: 246547-12<br>COASTAL CONTAINER INC<br>2325 MID PINE CIRCLE<br>PENSACOLA FL 32514 |
| CREDITOR ID: 246548-12<br>COASTAL CONTAINERS OF JACKSONVILLE<br>406 DELMAR ROAD<br>JACKSONVILLE, NC 28540 | CREDITOR ID: 246549-12<br>COASTAL COURIER<br>PO BOX 498<br>HINESVILLE, GA 31310 | CREDITOR ID: 246550-12<br>COASTAL ELECTRIC CO OF FL<br>2759 ST JOHNS BLUFF RD<br>JACKSONVILLE, FL 32246 |
| CREDITOR ID: 246551-12<br>COASTAL EQUIPMENT SUPPLY INC<br>2803 WHISPER PINE DRIVE<br>GULF BREEZE FL 32561 | CREDITOR ID: 246552-12<br>COASTAL EQUIPMENT SYSTEMS INC<br>PO BOX 861420<br>ORLANDO FL 32886-1420 | CREDITOR ID: 246553-12<br>COASTAL LOCK & SAFE<br>7154 N UNIVERSITY DR # 298<br>TAMARAC, FL 33321 |
| CREDITOR ID: 246554-12<br>COASTAL PLAINS TRUCKING CO INC<br>PO BOX 907<br>MOULTRIE GA 31776 | CREDITOR ID: 266061-31<br>COASTAL REGIONAL SOLID WASTE<br>ATTN: ALLEN HARDISON<br>7400 OLD US HIGHWAY 70 W<br>NEW BERN NC 28562-8288 | CREDITOR ID: 246555-12<br>COASTAL TRAINING TECHNOLOGIES<br>PO BOX 846078<br>DALLAS TX 75284-6078 |
| CREDITOR ID: 246556-12<br>COASTAL TRUCK BROKERS LLC<br>PO BOX 3307<br>MIDSOUTH BANK<br>LAFAYETTE, LA 70502 | CREDITOR ID: 404427-95<br>COASTAL TRUCK BROKERS LLC<br>ATTN SCOTT J COMFAUX, CONTROLLER<br>PO BOX 485<br>CARENCRO LA 70520 | CREDITOR ID: 266063-31<br>COASTAL WATERWAY SERVICES<br>ATTN: JANICE STEELE<br>216 S VENETIAN WAY<br>PORT ORANGE FL 32127-5714 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400630-91<br>COATES, DARREN L<br>566 MANCHESTER DR<br>SLIDELL LA 70461 | CREDITOR ID: 374379-44<br>COATES, MYRA, B<br>2473 WESTWOOD ROAD<br>MECHANICSVILLE, VA 23111 | CREDITOR ID: 260797-12<br>COATES, SHANDRA<br>1224 MUMFORD DRIVE<br>BATON ROUGE, LA 70807 |
| CREDITOR ID: 385403-54<br>COATNEY, GLORIA<br>14718 CHANEL ROAD<br>JARREAU, LA 70749 | CREDITOR ID: 390710-55<br>COATNEY, GLORIA<br>C/O: FRANK FERRARA, ESQ.<br>FERRARA & FERRARA ATTORNEYS<br>P. O. BOX 159<br>WALKER LA 70785 | CREDITOR ID: 406493-MS<br>COATS JR., WILLIAM S.<br>261 SLATTEN SHOALS RD.<br>PELZER SC 29669 |
| CREDITOR ID: 266064-31<br>COBB COUNTY WALLACE PARK<br>ATTN: RICK HORTON<br>6289 PISGAH RD<br>AUSTELL GA 30168-5270 | CREDITOR ID: 217-03<br>COBB COUNTY WATER SYSTEM<br>660 SOUTH COBB DRIVE SE<br>MARIETTA GA 30060-3105 | CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061 |
| CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>C/O AWTREY & PARKER, PC<br>ATTN ROBERT B SILLIMAN, ESQ<br>250 LAWRENCE STREET<br>PO BOX 997<br>MARIETTA GA 30061 | CREDITOR ID: 246558-12<br>COBB EMC CORP<br>PO BOX 369<br>MARIETTA, GA 30061-0369 | CREDITOR ID: 2147-07<br>COBB INVESTMENT CO.<br>PO BOX 131209<br>BIRMINGHAM AL 35213 |
| CREDITOR ID: 246559-12<br>COBB TRUCK SHOP<br>1724 HIGHWAY 21 SOUTH<br>OXFORD, AL 36203 | CREDITOR ID: 245283-12<br>COBB, CHRIS<br>2102 FRISSELL AVENUE<br>APEX NC 27502 | CREDITOR ID: 393079-55<br>COBB, IVERA E SR<br>C/O: THOMAS R. EDWARDS, ESQ.<br>EDWARDS & EDWARDS<br>109 E. BRIDGE STREET<br>WETUMPKA AL 36092 |
| CREDITOR ID: 406494-MS<br>COBB, JACK L.<br>803 PHIFER RD.<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 386615-54<br>COBB, MELONEASE<br>4520 ASHMORE DR<br>TAMPA FL 33610 | CREDITOR ID: 406495-MS<br>COBB, RICHARD W.<br>622 MELLOWOOD VENIRE<br>ORLANDO FL 32835 |
| CREDITOR ID: 387988-54<br>COBB, ROBERT<br>110 NE 35 CT #1<br>POMPANO BEACH, FL 33064 | CREDITOR ID: 392269-55<br>COBB, ROBERT<br>C/O JONATHAN R FRIEDLAND, PA<br>ATTN JONATHAN R FRIEDLAND, ESQ<br>9130 S DADELAND BLVD, SUITE 1609<br>MIAMI FL 33156 | CREDITOR ID: 389237-54<br>COBB, SRIVERA E<br>260 TURNER RD<br>WETUMPKA AL 36092 |
| CREDITOR ID: 388088-54<br>COBBINS, VASHAWN<br>2609 SOUTH JOHNSON STREET<br>NEW ORLEANS, LA 70125 | CREDITOR ID: 246560-12<br>COBURG DAIRY<br>PO BOX 63448<br>NORTH CHARLESTON, SC 29419 | CREDITOR ID: 404428-95<br>COBURG DAIRY INC<br>PO BOX 601334<br>CHARLOTTE NC 28260-1334 |
| CREDITOR ID: 246561-12<br>COBURG DAIRY INC<br>ATTN RENEE WALLEY<br>PO BOX 63448<br>NORTH CHARLESTON, SC 29419 | CREDITOR ID: 246562-12<br>COBURN SUPPLY # 17<br>PO BOX 263437<br>BATON ROUGE, LA 70826-3437 | CREDITOR ID: 246563-12<br>COBURN'S BATON ROUGE<br>PO BOX 263437<br>BATON ROUGE LA 70826-3437 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246564-12<br>COBURN'S HAMMOND<br>PO BOX 263437<br>BATON ROUGE LA 70826-3437 | CREDITOR ID: 246566-12<br>COBURNS LAFAYETTE<br>PO BOX 263437<br>BATON ROUGE LA 70826-3437 | CREDITOR ID: 246567-12<br>COBY ELECTRONICS CORP<br>PO BOX 827696<br>PHILADELPHIA, PA 19182-7696 |
| CREDITOR ID: 246568-12<br>COBY MILLER'S LAWN CARE<br>ATTN COBY J MILLER, OWNER/PRESIDENT<br>6041 WEST PARK AVE<br>HOUMA, LA 70364 | CREDITOR ID: 246570-12<br>COCA COLA<br>PO BOX 404<br>ORANGEBURG, SC 29116 | CREDITOR ID: 246569-12<br>COCA COLA<br>8601 DUNWOODY PLACE  STE 700<br>ATLANTA GA 30350 |
| CREDITOR ID: 246571-12<br>COCA COLA BIRMINGHAM<br>PO BOX 2006<br>BIRMINGHAM, AL 35201 | CREDITOR ID: 246574-12<br>COCA COLA BOTTLING CO<br>PO BOX 11128<br>CHATTANOOGA, TN 37401 | CREDITOR ID: 246576-12<br>COCA COLA BOTTLING CO<br>PO BOX 988<br>BOWLING GREEN KY 42101 |
| CREDITOR ID: 246575-12<br>COCA COLA BOTTLING CO<br>PO BOX 751356<br>CHARLOTTE, NC 28275-1366 | CREDITOR ID: 246573-12<br>COCA COLA BOTTLING CO<br>1502 E CARROL ST<br>TULLAHOMA, TN 37388 | CREDITOR ID: 246577-12<br>COCA COLA BOTTLING CO TRISTATE DIV<br>2329 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 246579-12<br>COCA COLA BOTTLING CO-MEMPHIS TN<br>PO BOX 102677<br>ATLANTA, GA 30368-2677 | CREDITOR ID: 404429-95<br>COCA COLA BTLG CO - MEMPHIS TN<br>PO BOX 1000   DEPT 132<br>MEMPHIS TN 38148-0132 | CREDITOR ID: 399384-99<br>COCA COLA COMPANY, THE<br>C/O ST JOHN & WAYNE LLC<br>ATTN: TODD GALANTE/PAUL EVANGELISTA<br>TWO PENN PLAZA EAST<br>NEWARK NJ 07105 |
| CREDITOR ID: 246580-12<br>COCA COLA LAUREL<br>4100 COCA COLA PLAZA<br>CHARLOTTE NC 28211 | CREDITOR ID: 246581-12<br>COCA-COLA BOTTLING CO<br>3214 HILLSBOROUGH RD<br>DURHAM NC 27705 | CREDITOR ID: 397765-99<br>COCA-COLA BOTTLING CO UNITED-GULF C<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35222 |
| CREDITOR ID: 278717-12<br>COCA-COLA BOTTLING CO.<br>ATTN JULIE POLANIS, CREDIT MANAGER<br>TREASURY<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 278774-99<br>COCA-COLA BOTTLING CO. CONSOLIDATED<br>ATTN: JOYCE ROPER, CBA<br>MANAGER, CREDIT COLLECTIONS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 279350-36<br>COCA-COLA BOTTLING COMPANY UNITED<br>C/O ERIC STEADMAN<br>4600 EAST LAKE BLVD<br>PO BOX 2006<br>BIRMINGHAM  AL 35201 |
| CREDITOR ID: 403476-99<br>COCA-COLA COMPANY, THE<br>ATTN: JOHN LEWIS, ESQ<br>LITIGATION COUNSEL<br>PO BOX 1734<br>ATLANTA GA 30301 | CREDITOR ID: 403539-99<br>COCA-COLA COMPANY, THE<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: ALAN M WEISS, ESQ<br>15 N LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279124-32<br>COCA-COLA ENTERPRISES<br>ATTN:  DICK STITELER<br>521 LAKE KATHY DRIVE<br>BRANDON FL 33510 |
| CREDITOR ID: 395463-64<br>COCA-COLA ENTERPRISES<br>1411 HURON ST.<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 279115-99<br>COCA-COLA ENTERPRISES INC<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLEY D RUCKER, ESQ<br>832 GEORGIA AVE STE 1000<br>CHATTANOOGA TN 37402-2289 | CREDITOR ID: 389649-54<br>COCHRAN, CAROLYN<br>PO BOX 162<br>CAIRO, GA 39828 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389398-54<br>COCKING, CATHERINE<br>1108 DORIS AVE<br>TAVARES FL 34748 | CREDITOR ID: 393175-55<br>COCKING, CATHERINE<br>C/O J.W. CHALKLEY, III, ESQ.<br>CHALKLEY, SMITH & BRADSHAW<br>1130 SE 17TH STREET<br>OCALA FL 34471 | CREDITOR ID: 246582-12<br>COCKMAN'S LOCKSMITH SERVICE<br>1015 CAMELOT LANE<br>GRAHAM NC 27253 |
| CREDITOR ID: 387068-54<br>COCKRELL, DORIS<br>6659 COUNT RD. 75<br>ETHELSVILLE AL 35461 | CREDITOR ID: 392861-55<br>COCO, WILLIE<br>C/O: JEREMY J. SUIRE, ESQUIRE<br>THE GLENN ARMENTOR LAW CORPORATION<br>300 STEWART STREET<br>LAFAYETTE LA 70502-4305 | CREDITOR ID: 388957-54<br>COCO, WILLIE `<br>22 BELLEMIN LANE<br>GRAND COTEAU, LA 70541 |
| CREDITOR ID: 266065-31<br>COCOA DYAL WATER CITY OF<br>ATTN: GARY L HELLER<br>28400 STATE ROAD 520<br>CHRISTMAS FL 32709-8688 | CREDITOR ID: 246583-12<br>COCONUT CREEK HIGH SCHOOL<br>1400 NW 44TH AVENUE<br>COCONUT CREEK FL 33066 | CREDITOR ID: 266066-31<br>CODES COMPLIANCE DEPT<br>ATTN: STEVEN SHAPIRO<br>22 LINCOLN ST<br>HAMPTON VA 23669-3522 |
| CREDITOR ID: 266067-31<br>CODES ENFORCEMENT<br>ATTN: LEE GORMAN<br>423 COLLEGE ST<br>CARROLLTON GA 30117-3142 | CREDITOR ID: 242550-12<br>CODINA, ARMANDO M<br>THE CODINA GROUP INC<br>355 ALHAMBRA CIRCLE<br>SUITE 900<br>CORAL GABLES FL 33134 | CREDITOR ID: 246584-12<br>CODING PRODUCTS<br>ATTN GAIL JONES, ACCT RECV<br>PO BOX 75327<br>CHICAGO IL 60675-5327 |
| CREDITOR ID: 246589-12<br>COEX COFFEE INTERNATIONAL INC<br>2121 PONCE DE LEON BLVD<br>SUITE #930<br>CORAL GABLES, FL 33134 | CREDITOR ID: 266068-14<br>COFFEE CO TAX ASSESSORS O<br>ATTN: RALPH THANNE<br>101 PETERSON AVE N<br>DOUGLAS GA 31533-3715 | CREDITOR ID: 240346-06<br>COFFEE COUNTY PROBATE OFFICE<br>PO BOX 311247<br>ENTERPRISE AL 36331 |
| CREDITOR ID: 246593-12<br>COFFEE HEALTH GROUP<br>PO BOX 10005<br>FLORANCE AL 35630 | CREDITOR ID: 406496-MS<br>COFFEE SR, ERNEST R.<br>132 GOLDEN GROVE CIRCLE<br>PIEDMONT SC 39673 | CREDITOR ID: 266069-31<br>COFFEY GROUNDS INC<br>ATTN: JOHN COFFEY<br>64 HARRISON CT<br>PITTSBORO NC 27312-7102 |
| CREDITOR ID: 245314-12<br>COFFEY, CHRISTINA D<br>4787 WILLIAMSBURG GLADE ROAD<br>G VA 23185 | CREDITOR ID: 266070-14<br>COFFIE COUNTY TAX COMMISSIONER<br>ATTN: LOIA SMITH<br>101 PETERSON AVE N<br>DOUGLAS GA 31533-3715 | CREDITOR ID: 386226-54<br>COFFING, JOHN R<br>808 PINELAND AVENUE<br>VENICE FL 34292 |
| CREDITOR ID: 391364-55<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN PAUL PYSCZYNSKI, ESQUIRE<br>711 N WASHINGTON BLVD<br>SARASOTA FL 34236 | CREDITOR ID: 246594-12<br>COFFMAN COLEMAN ANDREWS & GROGAN PA<br>ATTN ERIC J HOLSHOUSER, ESQ<br>800 WEST MONROE STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 404430-95<br>COFFMAN, COLEMAN, ANDREWS & GROGAN<br>2065 HERSCHEL ST<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 406172-15<br>COFFRATH, JACQUELINE, CUSTODIAN<br>BRANDES GLBL<br>2505 WINSFORD LANE<br>CARMICHAEL CA 95608-5185 | CREDITOR ID: 374388-44<br>COFIELD, ERIC  L<br>6237 COBBLESTONE RD<br>ELM CITY, NC 27856 | CREDITOR ID: 374839-44<br>COFIELD, ERIC L<br>RAL DIV STORE# 804<br>6237 COBBLESTONE RD<br>ELM CITY, NC 27856 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 386962-54
COFIELD, STACEY
301 SOUTH CARNEY STREET
ATMORE AL 36502

CREDITOR ID: 279444-99
COHEN TODD KITE & STANFORD
ATTN: MONICA V KINDT
250 E FIFTH STREET, STE 1200
CINCINNATI OH 45202

CREDITOR ID: 386633-54
COHEN, JAMES (MINOR)
1815 NW 24TH CT
OCALA FL 34475

CREDITOR ID: 385323-54
COHENS, CARRIE
454 S. 8TH. ST.
IMMOKALEE, FL 34142

CREDITOR ID: 390630-55
COHENS, CARRIE
C/O: BRIAN C. VIGNESS, ESQUIRE
MORGAN COLLING & GILBERT
PO BOX 9504
FT. MYERS FL 33906-9504

CREDITOR ID: 246595-12
COIMEX INTERNATIONAL BRANDS INC
PO BOX 415095
BOSTON MA 02241-5005

CREDITOR ID: 382461-51
COINSTAR
1800 114TH AVENUE S.E.
BELLEVUE, WA 98004

CREDITOR ID: 406497-MS
COINTEPOIX, RENE A.
4063 72ND LANE
HYPOLUXO FL 33462

CREDITOR ID: 246596-12
COIT S C PLANO LLC
PO BOX 847663
DALLAS TX 75284-7663

CREDITOR ID: 387581-54
COKER, STEVE
41 W MCELHANEY RD
TAYLORS SC 29687

CREDITOR ID: 406498-MS
COKER, STEVE C
41 WEST MCELHANEY ROAD
TAYLORS SC 29687

CREDITOR ID: 266071-31
COLBERT COUNTY COMMISSIONERS
ATTN: JOHN BEDFORD
2750 HIGHWAY 20
TUSCUMBIA AL 35674-6005

CREDITOR ID: 257786-12
COLBERT, OSCAR
4300 FLAT SHOALS ROAD
APT 2004
UNION CITY, GA 30291

CREDITOR ID: 246597-12
COLBORNE CORPORATION
PO BOX 5020
LAKE FOREST, IL 60045-5020

CREDITOR ID: 381428-47
COLCLOUGH, BARBARA
4291 GRANADA DRIVE
SUMTER, SC 29154

CREDITOR ID: 246600-12
COLD CURTIAN
10613 INVERNESS ROAD
BELTON TX 76513

CREDITOR ID: 246601-12
COLD SNAP REFRIGERATION, HEATING,
COOLING
2196 MARY OWENS ROAD
COOLIDGE GA 31738

CREDITOR ID: 246602-12
COLE ELECTRIC MOTOR SERVICES INC
3980 MLK JR DRIVE
ATLANTA, GA 30336

CREDITOR ID: 406045-99
COLE FINE FOODS
C/O BROAD AND CASSEL
ATTN: ROY S KOBERT
390 NORTH ORANGE AVE, STE 1100
PO BOX 4961 (32802-4961)
ORLANDO FL 32801

CREDITOR ID: 382462-51
COLE MANAGED VISION
ATTN: JUDI HUGHMANIC
1925 ENTERPRISE PARKWAY
TWINSBURG, OH 44087

CREDITOR ID: 246603-12
COLE MANAGED VISION
COMBINED INSURANCE CO OF AMER
PO BOX 8500-53678
PHILADELPHIA, PA 19178-3678

CREDITOR ID: 246604-12
COLE PLUMBING INC
PO BOX 70427
1900 MT MEIGS RD
MONTGOMERY AL 36107

CREDITOR ID: 245019-12
COLE, CHARLES B
833 SQUIRREL HOLLOW ROAD
MONROE GA 30655-6067

CREDITOR ID: 390405-54
COLE, JOSHUA R
12134 PICALILLI  ST
ORLANDO FL 32837

CREDITOR ID: 386975-54
COLE, KEVIN
462 NEW  HOPE ROAD
RUTHERFORDTON NC 28139

CREDITOR ID: 386242-54
COLE, LAWRENCE
241 DARTMOUTH AVE.
SPRING HILL FL 34606

CREDITOR ID: 403644-94
COLE, SHERRY L. (BENE-SP)
202 DAVIS ST.
WEATHERFORD TX 76086

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 266072-31
COLEE PLACE INC
ATTN: EDAWRD J SMOKERS
912 E BROWARD BLVD
FORT LAUDERDALE FL 33301-2030

CREDITOR ID: 404432-95
COLEMAN COMPANY
PO BOX 930222
ATALNTA GA 31193-0222

CREDITOR ID: 377356-44
COLEMAN COMPANY
5550 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 407434-97
COLEMAN COMPANY INC, THE
ATTN: MARLYN ASH-POTTER, VP/CONTR
2111 E 37TH NORTH
WICHITA KS 67219

CREDITOR ID: 246607-12
COLEMAN COMPANY INC, THE
ATTN: MARLYN ASH-POTTER, VP/CONTR
5550 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 246608-12
COLEMAN ELECTRIC COMPANY
3508 LENOX AVE
JACKSONVILLE FL 32254

CREDITOR ID: 406499-MS
COLEMAN JR., REGGIE C.
PO BOX 97
ORANGE PARK FL 32067

CREDITOR ID: 246609-12
COLEMAN STORE EQUIPMENT INC
715 NOBLE ST
ANNISTON, AL 36201

CREDITOR ID: 388063-54
COLEMAN, ALFRED
6949 ASPEN SQUARE LANE APT. C-
ORLANDO, FL 32818

CREDITOR ID: 244560-12
COLEMAN, CARLOS D
231 JUNIPER COURT
PRATTVILLE AL 36067

CREDITOR ID: 244572-12
COLEMAN, CARLTON
210-E YESTER OAKS WAY EAST
GREENSBORO NC 27455

CREDITOR ID: 389276-54
COLEMAN, CATHY
1533 DRAKEWOOD LN
SCOTTSBURG IN 47170

CREDITOR ID: 393106-55
COLEMAN, CATHY
C/O: PHILIP CADE
SALES, TILLMAN & WALLBAUM
115 E SPRING STREET
ELSBY BLDG, STE 301
NEW ALBANY IN 47150

CREDITOR ID: 386792-54
COLEMAN, CHAD
10 SEMINOLE DR. APT #6
SHELBYVILLE KY 40065

CREDITOR ID: 387205-54
COLEMAN, CHARLIE M
213 MULBERRY STREET
JACKSONVILLE, FL 32208

CREDITOR ID: 391792-55
COLEMAN, CHARLIE M
C/O: CHARLIE FARAH, ESQ.
FARAH & FARAH, PA
10 WEST ADAMS STREET
JACKSONVILLE FL 32202

CREDITOR ID: 387262-54
COLEMAN, JUANA
3513 GLENDA ST
LITHIA SPRINGS, GA 30122

CREDITOR ID: 391847-55
COLEMAN, JUANA
C/O: J FRED IVESTER
J FRED IVESTER, ATTY
313 LAWRENCE ST NE
MARIETTA GA 30060

CREDITOR ID: 389112-54
COLEMAN, MARY E
2025 ATASCADERO CT
TALLAHASSEE, FL 32317

CREDITOR ID: 257651-12
COLEMAN, OLGA
4417 FLAGPOLE MTN ROAD
CHILDERSBURG, AL 35044

CREDITOR ID: 403645-94
COLEMAN, REGGIE C JR
PO BOX 8426
FLEMING ISLAND FL 32006

CREDITOR ID: 406500-MS
COLEMAN, RONALD
2209 CHERRY CREEK COURT
MONTGOMERY AL 36117

CREDITOR ID: 406501-MS
COLEMAN, SANDRA J.
5354 SHORE CREST DR.
JACKSONVILLE FL 32210

CREDITOR ID: 399743-84
COLEMAN, SHELLY
15207 RIVER PARK DRIVE
HOUSTON TX 77070

CREDITOR ID: 389462-54
COLEMAN, SHIRLEY
729 WILCOX RD
GREENVILLE MS 38701-8526

CREDITOR ID: 246606-12
COLE-PARMER INSTRUMENT CO
13927 COLLECTIONS CENTER DR
CHICAGO IL 60693

CREDITOR ID: 246610-12
COLERAIN HIGH SCHOOL
8801 CHEVIOT RD
CINCINNATI OH 45251

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 246611-12
COLES PARTY AND WEDDING RENTAL INC
2200 NORTH CAUSEWAY
MANDEVILLE LA 70471

CREDITOR ID: 246612-12
COLES PRESSURE WASHING
107 LOTT DRIVE
GREENVILLE MS 38701

CREDITOR ID: 246613-12
COLES QUALITY FOODS
1188 LAKESHORE DR
MUSKEGON, MI 49441-1691

CREDITOR ID: 279197-99
COLE'S QUALITY FOODS INC
C/O VARNUM RIDDERING SCHMIDT ET AL
ATTN: TIMOTHY J CURTIN, ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-3052

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS, INC.
C/O VARNUM, RIDDERING, SCHMIDT, ET AL
ATTN: TIMOTHY J. CURTIN, ESQ.
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS, INC.
1188 LAKESHORE DRIVE
MUSKEGON MI 49441-1691

CREDITOR ID: 246614-12
COLES SHEET METAL AND WELDING
PO BOX 26
EFFINGHAM SC 29541-0026

CREDITOR ID: 246605-12
COLE'S WEDDING & PARTY RENTAL INC
2310 6TH STREET
MANDEVILLE LA 70471

CREDITOR ID: 246615-12
COLGATE ORAL PHARMACEUTICALS
ATTN ANGELA FAZIO, CR MGR
1 COLGATE WAY
CANTON MA 02021

CREDITOR ID: 404433-95
COLGATE PALMOLIVE COMPANY
ATTN CUSTOMER ACCOUNTING
2233 LAKE PARK DR SUITE 300
SMYRNA GA 300808856

CREDITOR ID: 246616-12
COLGATE PALMOLIVE COMPANY
2233 LAKE PARK DR SUITE 300
SMYRNA GA 300808856

CREDITOR ID: 279214-35
COLGATE-PALMOLIVE CO
ATTN: CYNTHIA SMITH
2233 LAKE PARK DRIVE
SUITE 300
SMYRNA GA 30080

CREDITOR ID: 246617-12
COLGIN CO
ATTN KERRY THORNHILL, VP
2230 VALDINA
DALLAS TX 75207

CREDITOR ID: 266073-14
COLISEUM PLACE
ATTN: DOROTHY MICHELETE
1765 COLISEUM ST APT 319
NEW ORLEANS LA 70130-4747

CREDITOR ID: 266074-31
COLLECTION & RECYCLING CENTERS
ATTN: EDDIE TAYLOR
321 FOLK ST
POMARIA SC 29126-8919

CREDITOR ID: 374394-44
COLLECTON COUNTY TREASURER
PO BOX 8
WALTERBORO, SC 29488

CREDITOR ID: 246622-12
COLLEGE OF WILLIAM & MARY
FINANCIAL AID OFFICER
PO BOX 8795
WILLIAMSBURG VA 23187-8795

CREDITOR ID: 266075-14
COLLEGE PARK CITY OF
ATTN: SCOTT MILLER
3667 MAIN ST
ATLANTA GA 30337-2614

CREDITOR ID: 266076-31
COLLEGE PARK WATER & SEWA
ATTN: KEVIN HEMPHILL
2065 ENGLISH LN
ATLANTA GA 30337-1103

CREDITOR ID: 246623-12
COLLEGE PLAZA CORP
PO BOX 588
FARMVILLE VA 23901-0588

CREDITOR ID: 246624-12
COLLEGIATE FOOD PRODUCTS INC
105-C FLORIDA STREET
EAST BREWTON, AL 36426

CREDITOR ID: 246625-12
COLLEGIATE SPORTS NETWORK
TELESOUTH COMMUNICATIONS INC
6311 RIDGEWOOD ROAD
JACKSON, MS 39211

CREDITOR ID: 266077-31
COLLETON COUNTY SOLID WASTE
ATTN: JOHNY BARTLEY
22079 LOWCOUNTRY HWY
RUFFIN SC 29475

CREDITOR ID: 266078-31
COLLETON COUNTY SOLID WASTE
ATTN: RHONDA JONES
4020 HUDSON MILL RD
RUFFIN SC 29475

CREDITOR ID: 374395-44
COLLETON COUNTY TREASURER OFFICES
HOSPITALITY FEE
PO BOX 1449
SUMTER, SC 29151-1449

CREDITOR ID: 241013-11
COLLETON COUNTY TREASURER'S OFFICE
ACCOUNT NO.: NONE
PO BOX 8
WALTERBORO, SC 29488

CREDITOR ID: 2148-RJ
COLLETT MANAGEMENT LLC
PO BOX 36799
CHARLOTTE, NC 28236-6799

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 387427-54
COLLEY, MARIAN
2405 NW 179TH TERRACE
MIAMI, FL 33056

CREDITOR ID: 391973-55
COLLEY, MARIAN
C/O DOWNS BRILL WHITEHEAD
ATTN CRAIG DOWNS, ESQ
255 UNIVERSITY DRIVE
CORAL GABLES FL 33134

CREDITOR ID: 388910-54
COLLI, GUIDO
15527 SW 169TH LANE
MIAMI, FL 33187

CREDITOR ID: 399928-84
COLLIE, ANN
7968 PANAMA STREET
MIRAMAR FL 33023

CREDITOR ID: 400339-85
COLLIE, ANN
C/O BERNHEIM & DOLINSKY, PA
ATTN ROBERT M DOLINSKY, ESQUIRE
4000 HOLLYWOOD BLVD SOUTH, STE 525
HOLLYWOOD FL 33021

CREDITOR ID: 389656-54
COLLIE, LATOYA
902 CRESENT RIDGE RD
TUSCALOOSA, AL 35404

CREDITOR ID: 393308-55
COLLIE, LATOYA
C/O: BYRON FORD
LAW OFFICE OF BYRON FORD
P.O. BOX 1573
N. PORT AL 35476

CREDITOR ID: 406180-93
COLLIER ANESTHESIA, PA
ATTN: CELESTE
4949 TAMIAMI TRAIL N
SUITE 206
NAPLES FL 34103-3017

CREDITOR ID: 404434-95
COLLIER COUNTY PRODUCE INC
4206 MERCANTILE AVE
NAPLES FL 34104

CREDITOR ID: 246631-12
COLLIER COUNTY PRODUCE INC
PO BOX 7309
NAPLES, FL 34101

CREDITOR ID: 389155-54
COLLIER, EVELYN
832 W 4TH STREET
RIVIERA BEACH, FL 33404

CREDITOR ID: 385265-54
COLLIER, OLGA
660 NW 117TH STREET
APT 237
MIAMI, FL 33169

CREDITOR ID: 390573-55
COLLIER, OLGA
C/O GREGG A. SILVERSTEIN
SILVERSTEIN, SILVERSTEIN & SILVERSTEIN,
20801 BISCAYNE BLVD.
SUITE 504
AVENTURA FL 33180-1422

CREDITOR ID: 246635-12
COLLIERS DICKINSON INC
ONE INDEPENDENT DRIVE
24TH FLOOR
JACKSONVILLE, FL 32202

CREDITOR ID: 399294-15
COLLIERS KEENAN, INC
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT, ESQ
PO BOX 11889
COLUMBIA SC 29211

CREDITOR ID: 246636-12
COLLIERS KEENAN, INC
ATTN JOHN PEYRE SCURRY
1301 GERVAIS ST, SUITE 600
PO BOX 11610
COLUMBIA, SC 29211

CREDITOR ID: 404435-95
COLLINS & AIKMAN
ATTN TALISA SHIPMAN
701 MCCULLOUGH DRIVE
CHARLOTTE NC 28262

CREDITOR ID: 246637-12
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE, NC 28001

CREDITOR ID: 246638-12
COLLINS & STEPHENSON PAINTING INC
890 BETHANY ROAD
COVINGTON, GA 30016

CREDITOR ID: 246639-12
COLLINS AND SONS TIRE SERVICE INC
56 BAY STREET
PO BOX 88
BAXLEY GA 31515

CREDITOR ID: 278866-30
COLLINS BROTHERS PRODUCE
PO BOX 1025
FOREST PARK, GA 30298-1025

CREDITOR ID: 246641-12
COLLINS ELEMENTARY SCHOOL
9000 SPRUCE DR
FLORENCE KY 41042

CREDITOR ID: 246642-12
COLLINS HILL ATHLETIC ASSOCIATION
323 2133 LAWRENCEVILLE SUWANEE RD
#14
SUWANEE GA 30024

CREDITOR ID: 246643-12
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC
950 E PACES RD SUITE 900
ATLANTA, GA 30326

CREDITOR ID: 406502-MS
COLLINS SR., KENNETH
1173 HERITAGE ESTATES TRACE
JACKSONVILLE FL 32220

CREDITOR ID: 242405-12
COLLINS, ANITRA D
3453 TARPON DRIVE
JACKSONVILLE, FL 32277

CREDITOR ID: 389556-54
COLLINS, BEVERLY
4821 NORTH TONTI ST
NEW ORLEANS, LA 70117

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393228-55<br>COLLINS, BEVERLY<br>C/O WARREN A FORSTALL JR PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVENUE, SUITE 200<br>NEW ORLEANS LA 70119-5111 | CREDITOR ID: 406098-15<br>COLLINS, BOBBY JOE<br>222 EAST PARKINS MILL RD<br>GREENVILLE SC 29607 | CREDITOR ID: 386220-54<br>COLLINS, CHARLENE<br>2340 10TH COURT SOUTH, APT A-6<br>BHAM AL 35205 |
| CREDITOR ID: 389815-54<br>COLLINS, CLAUDE<br>4321 33RD AVENUE<br>MERIDIAN MS 39305 | CREDITOR ID: 388920-54<br>COLLINS, CYNTHIA<br>241 NW 147TH STREET<br>MIAMI, FL 33168 | CREDITOR ID: 392825-55<br>COLLINS, CYNTHIA<br>C/O: JUAN GONZALEZ<br>JUAN GONZALEZ, ESQ<br>1900 S. BAYSHORE DR.<br>COCONUT GROVE FL 33133 |
| CREDITOR ID: 406503-MS<br>COLLINS, EUGENE B.<br>8210 MCALPINE DR.<br>CHARLOTTE NC 28217 | CREDITOR ID: 385311-54<br>COLLINS, GLORIA<br>511 LOKEY STREET<br>TALLADEGA, AL 35160 | CREDITOR ID: 399483-82<br>COLLINS, GLORIA<br>731 ALEXANDER CROSSING<br>LOGANVILLE  GA 30052 |
| CREDITOR ID: 390619-55<br>COLLINS, GLORIA<br>C/O: CLARENCE DORTCH, III, ESQ.<br>DORTCH LAW OFFICES, LLC<br>110 NORTH ST. E.<br>TALLADEGA AL 35160 | CREDITOR ID: 407584-15<br>COLLINS, KATHERINE<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN D MALKOWSKI ESQ<br>5100 W KENNEDY BLVD #100<br>TAMPA FL 33609 | CREDITOR ID: 387353-54<br>COLLINS, KATHRINE<br>709 LIBERTY ST.<br>EUSTIS, FL 32726 |
| CREDITOR ID: 391926-55<br>COLLINS, KATHRINE<br>C/O: JOHN MALKOWSKI ESQ<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 397969-76<br>COLLINS, SHIRLEY<br>2208 MAHONEY AVE.<br>LEESBURG, FL 34748 | CREDITOR ID: 391671-55<br>COLLINS, VERA J<br>C/O: JOHN RAHAIM<br>RAHAIM, WATSON, DEARING, BERRY & MOORE,<br>3127 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 390409-54<br>COLLINS, VERA J<br>478 LOGAN AVE<br>ORANGE PARK FL 32065 | CREDITOR ID: 387254-54<br>COLLUMS, CHRISTY<br>PO BOX 1466<br>CALHOUN CITY, MS 38916 | CREDITOR ID: 406504-MS<br>COLLURA, ANTHONY J.<br>13120 WARDLINE RD.<br>HAMMOND LA 70401 |
| CREDITOR ID: 399809-84<br>COLOMBS, WENDY<br>PO BOX 770875<br>NEW ORLEANS LA 70177 | CREDITOR ID: 385662-54<br>COLON, ARLENE<br>9830 NE 2ND AVENUE<br>MIAMI SHORES, FL 33138 | CREDITOR ID: 390948-55<br>COLON, ARLENE<br>C/O WAXMAN LAW OFFICES<br>ATTN JEFFREY J WAXMAN, ESQ<br>9830 NORTHEAST 2ND AVENUE<br>MIAMI SHORES FL 33138 |
| CREDITOR ID: 385582-54<br>COLON, ELSY<br>385 SW 17TH AVE<br>HOMESTEAD, FL 33030 | CREDITOR ID: 390877-55<br>COLON, ELSY<br>C/O: PAOLA USQUELIS, ESQ.<br>BECKHAM & PROBINSKY, LLP.<br>633 N. KROME AVE.<br>HOMESTEAD FL 33030 | CREDITOR ID: 407553-15<br>COLON, EVELYN<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS ESQ<br>4700 MILLENIA BLVD SUITE 150<br>ORLANDO FL 32839 |
| CREDITOR ID: 404436-95<br>COLONIAL BANK<br>ONE COMMERCE ST  2ND FL<br>BIRMINGHAM AL 36104 | CREDITOR ID: 278074-23<br>COLONIAL BANK<br>ATTN: SHARON PATTERSON<br>PO BOX 1887<br>BIRMINGHAM AL 35201 | CREDITOR ID: 246644-12<br>COLONIAL BANK<br>ATTN MICHELLE ROWLAND<br>671 SOUTH PERRY STREET<br>3RD FLOOR<br>MONTGOMERY, AL 36104 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246645-12<br>COLONIAL BANK NA<br>15150 PRESTON ROAD<br>DALLAS TX 75248 | CREDITOR ID: 397094-67<br>COLONIAL BANK/FIRST FAMILY BANK<br>PO BOX 1090<br>EUSTIS, FL 32727 | CREDITOR ID: 246646-12<br>COLONIAL CHEMICAL SOLUTIONS INC<br>PO BOX 576<br>SAVANNAH, GA 31402-0576 |
| CREDITOR ID: 315763-40<br>COLONIAL DEVELOPMENT CO LLC<br>PO BOX 9005<br>MORGANTON, NC 28680-9005 | CREDITOR ID: 246648-12<br>COLONIAL FREIGHT SYSTEMS<br>PO BOX 22168<br>KNOXVILLE TN 37933-0168 | CREDITOR ID: 246649-12<br>COLONIAL GARDENS OF CLAXTON<br>107 W LIBERTY STREET<br>CLAXTON, GA 30417 |
| CREDITOR ID: 266079-31<br>COLONIAL PARK WATER ASSOCIATES<br>ATTN: DANNY BROWN<br>2621 LANNIE DR<br>HILLSBOROUGH NC 27278-9558 | CREDITOR ID: 2152-07<br>COLONIAL PROPERTIES RETAIL DIVISION<br>950 MARKET PROMENADE AVE, STE. 2200<br>LAKE MARY FL 32746 | CREDITOR ID: 246651-12<br>COLONIAL PROPERTIES SERVICES<br>ATTN CASHIER<br>ACCT NO 2063-63001<br>PO BOX 11687<br>BIRMINGHAM, AL 35202-1687 |
| CREDITOR ID: 266080-31<br>COLONIAL PROPERTIES TRUST<br>ATTN: ALISHA GREENE<br>204 HAWTHORNE GROVES BLVD<br>ORLANDO FL 32835-6845 | CREDITOR ID: 246652-12<br>COLONIAL PROPERTIES TRUST<br>PO BOX 55966<br>DEPT 301501<br>BIRMINGHAM, AL 35255-5966 | CREDITOR ID: 407769-15<br>COLONIAL REALTY LP<br>C/O FOSTER, LINDEMAN & KLINKBEIL,PA<br>ATTN WILLIAM M LINDEMAN, ESQ<br>PO BOX 3108<br>ORLANDO FL 32802 |
| CREDITOR ID: 246653-12<br>COLONIAL TRAILWAYS INC<br>PO BOX 6553<br>MOBILE AL 36606-4629 | CREDITOR ID: 278075-23<br>COLONY BANK OF FITZGERALD<br>ATTN: DEBBIE COBB<br>PO BOX 1029<br>FITZGERALD GA 31750 | CREDITOR ID: 384067-47<br>COLONY BANK OF FITZGERALD<br>ATTN ACCOUNT ANALYSIS<br>PO BOX 1029<br>FITZGERALD, GA 31750 |
| CREDITOR ID: 246654-12<br>COLONY POOL SUPPLY<br>502 W SULTANA DRIVE<br>FITZGERALD GA 31750 | CREDITOR ID: 246655-12<br>COLONY TIRE<br>PO BOX 30367<br>CHARLOTTE NC 28230-0367 | CREDITOR ID: 246656-12<br>COLOR CRAFT INC<br>84 ASHBURTON DRIVE<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 246657-12<br>COLOR WORLD PAINTING COMPANY<br>111 BOOTH CIRCLE<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 404437-95<br>COLORADO BOXED BEEF CO<br>PO BOX 538165<br>ATLANTA GA 30353-8165 | CREDITOR ID: 246658-12<br>COLORADO BOXED BEEF CO<br>PO BOX 932824<br>ATLANTA, GA 31193-2824 |
| CREDITOR ID: 399616-79<br>COLORADO BOXED BEEF COMPANY<br>ATTN: PATRICK LEAHY<br>PO BOX 899<br>WINTER HAVEN FL 33882-0899 | CREDITOR ID: 315710-99<br>COLORADO BOXED BEEF COMPANY<br>C/O SIMPSON LAW OFFICES LLP<br>ATTN: JAMES W MARTIN<br>ONE SECURITIES CENTRE, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 246659-12<br>COLORADO FAMILY SUPPORT<br>REGISTRY<br>PO BOX 2171<br>DENVER, CO 80201-2171 |
| CREDITOR ID: 246661-12<br>COLQUITT REGIONAL MEDICAL CTR<br>PO BOX 40<br>MOULTRIE, GA 31776-0040 | CREDITOR ID: 246662-12<br>COLSON BUSINESS SYSTEMS INC<br>PO BOX 2100<br>VALDOSTA, GA 31604-2100 | CREDITOR ID: 246663-12<br>COLSON CORPORATION INC<br>826 N SEGRAVE STREET<br>DAYTONA BEACH, FL 32114 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246664-12<br>COLSON PRINTING COMPANY<br>711 N OAK ST<br>VALDOSTA GA 31601-4599 | CREDITOR ID: 246665-12<br>COLTON MIDDLE SCHOOL<br>2300 ST CLAUDE AVENUE<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 400100-84<br>COLUCCI, DAVID<br>526 BAHIA CIRCLE TERRACE<br>OCALA FL 34472 |
| CREDITOR ID: 246666-12<br>COLUMBIA ACADEMY<br>1548 HWY 98 EAST<br>COLUMBIA MS 39429 | CREDITOR ID: 246673-12<br>COLUMBIA ELEMENTARY SCHOOL<br>401 MARY STREET<br>COLUMBIA MS 39429 | CREDITOR ID: 246674-12<br>COLUMBIA FLAG & DISPLAY LLC<br>ATTN JAMES C MCGEHEE, OWNER<br>1217 BROAD RIVER ROAD<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 395581-15<br>COLUMBIA GAS OF KENTUCKY, INC.<br>ATTN M MCBRIDE<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS OH 43215 | CREDITOR ID: 246675-12<br>COLUMBIA GAS OF KY<br>PO BOX 2200<br>LEXINGTON, KY 40595-2200 | CREDITOR ID: 225-03<br>COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE<br>COLUMBUS OH 43215 |
| CREDITOR ID: 246676-12<br>COLUMBIA GAS OF VIRGINIA<br>PO BOX 830005<br>BALTIMORE, MD 21283-0005 | CREDITOR ID: 395576-15<br>COLUMBIA GAS OF VIRGINIA, INC.<br>ATT M MCBRIDE<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS OH 43215 | CREDITOR ID: 246677-12<br>COLUMBIA HIGH SCHOOL<br>109 BROAD STREET<br>COLUMBIA MS 39429 |
| CREDITOR ID: 246678-12<br>COLUMBIA K 1ST PUBLIC SCHOOL<br>501 DALE ST<br>COLUMBIA, MS 39429 | CREDITOR ID: 246679-12<br>COLUMBIA LABORATORY SVCS/MTI<br>PO BOX 290190<br>FORT LAUDERDALE, FL 33329-0190 | CREDITOR ID: 246680-12<br>COLUMBIA MACHINE INC<br>ATTN RAEANN SMITH, CR MGR<br>107 GRAND BLVD<br>PO BOX 8950<br>VANCOUVER, WA 98668-8950 |
| CREDITOR ID: 246681-12<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 246682-12<br>COLUMBIA MIDDLE SCHOOL<br>611 OWENS STREET<br>COLUMBIA MS 39429 | CREDITOR ID: 227-03<br>COLUMBIA PROPANE<br>PO BOX 52269<br>JACKSONVILLE FL 32201 |
| CREDITOR ID: 229-03<br>COLUMBIA PROPANE<br>PO BOX 25224<br>RICHMOND VA 23260 | CREDITOR ID: 228-03<br>COLUMBIA PROPANE<br>4182 NORWICH<br>BRUNSWICK GA 31520 | CREDITOR ID: 246683-12<br>COLUMBIA PROPERTIES<br>PARTNERS V, LLC<br>BUILDING 1478 SUITE 200<br>1355 TERRELL MILL ROAD<br>MARIETTA GA 30067 |
| CREDITOR ID: 383997-47<br>COLUMBIA PROPERTIES INC<br>ATTN BARRY F ONEILL<br>1355 TERRELL MILL ROAD<br>BUILDING 1478 SUITE 200<br>MARIETTA, GA 30067 | CREDITOR ID: 246684-12<br>COLUMBIA PUBLIC SCHOOL 2ND & 3RD<br>913 WEST AVE<br>COLUMBIA MS 39429 | CREDITOR ID: 246685-12<br>COLUMBIA STARTER<br>AND ALTERNATOR SERVICE<br>610 LUMBERTON RD<br>COLUMBIA, MS 39429 |
| CREDITOR ID: 246686-12<br>COLUMBIA STREET MAGNET SCHOOL<br>1020 COLUMBIA ST<br>BOGALUSA, LA 70427 | CREDITOR ID: 246687-12<br>COLUMBIA TELECOMMUNICATIONS<br>174 MILBAR BLVD<br>FARMINGDALE, NY 11735 | CREDITOR ID: 266081-31<br>COLUMBIA WASTE<br>ATTN: ANTHONY FOURNIER<br>4390 FORREST DR<br>AUGUSTA GA 30907-1552 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 266082-31
COLUMBIA WASTE WATER SYSTEM
ATTN: MICHAEL ANDERSON
1244 TREATMENT PLANT RD
COLUMBIA TN 38401-5689

CREDITOR ID: 246688-12
COLUMBIAN COFFEE
& VENDING SERVICE
PO BOX 5548
HIGH POINT, NC 27262

CREDITOR ID: 246689-12
COLUMBIAN HOME PRODUCTS LLC
33282 TREASURY CENTER
CHICAGO IL 60694-3200

CREDITOR ID: 246690-12
COLUMBIAN PROGRESS
PO BOX 1171
COLUMBIA, MS 39429

CREDITOR ID: 246691-12
COLUMBIANA CITY HALL
107 MILDRED STREET
COLUMBIANA AL 35051

CREDITOR ID: 246692-12
COLUMBIANA CLINIC PC
MSC 10000105
PO BOX 830810
BIRMINGHAM AL 35283-0810

CREDITOR ID: 266083-31
COLUMBUS CNSLD GOVERNMENT
ATTN: LYNNETTE GROSS
420 10TH ST
COLUMBUS GA 31901-2856

CREDITOR ID: 382464-51
COLUMBUS COMMERCIAL DISPATCH
PO BOX 511
COLUMBUS, MS 39703

CREDITOR ID: 246693-12
COLUMBUS CONSOLIDATED GOVT
FINANCE DEPT
CENTRAL COLLECTIONS
PO BOX 1397
COLUMBUS GA 31902-1397

CREDITOR ID: 374400-44
COLUMBUS CONSOLIDATED GOVT FINANCE DEPT
CENTRAL COLLECTIONS
P O BOX 1397
COLUMBUS, GA 31902-1397

CREDITOR ID: 1211-RJ
COLUMBUS LIFE INSURANCE CO.
ATTN: MORTGAGE LOAN DEPT.
400 BROADWAY
CINCINNATI OH 45202

CREDITOR ID: 315764-40
COLUMBUS LIFE INSURANCE COMPANY
ATTN: MORTGAGE LOAN DEPT
400 BROADWAY
CINCINNATI, OH 45202

CREDITOR ID: 246695-12
COLUMBUS LIGHT & WATER
PO BOX 0949
COLUMBUS, MS 39703-0949

CREDITOR ID: 246696-12
COLUMBUS LOCK & KEY SERVICE
309 22ND STREET NORTH
COLUMBUS, MS 39701

CREDITOR ID: 246697-12
COLUMBUS OCCUPATIONAL MEDICINE
915 ALABAMA STREET
COLUMBUS, MS 39702

CREDITOR ID: 246698-12
COLUMBUS SHOW CASE COMPANY
PO BOX 640154
CINCINNATI, OH 45264-0154

CREDITOR ID: 246699-12
COLUMBUS WATER WORKS
ATTN LINDA SANDERS
PO BOX 1600
COLUMBUS GA 31902-1600

CREDITOR ID: 234-03
COLUMBUS WATER WORKS
PO BOX 1600
COLUMBUS GA 31902-1600

CREDITOR ID: 387705-54
COLVIN, RONALD L
1647 FOURAKER ROAD
JACKSONVILLE FL 32212

CREDITOR ID: 406505-MS
COLVIN, WILLIAM E.
5200 SAN JOSE BLVD.
JACKSONVILLE FL 32207

CREDITOR ID: 381679-47
COLWELL, SANDY
JAX DIV 171
12645 W. HWY 326
OCALA FL 34482

CREDITOR ID: 279352-36
COMBE INC
ATTN CAROL PIRONE OR J GUSMANO
1101 WESTCHESTER AVENUE
WHITE  PLAINS  NY 10604

CREDITOR ID: 404439-95
COMBE INC
1101 WESTCHESTER AVE
WHITE PLAINS NY 10604

CREDITOR ID: 246700-12
COMBE INC
PO BOX 500641
SAINT LOUIS, MO 63150-0641

CREDITOR ID: 266084-31
COMBINED UTILITIES INC
ATTN: LEROY HOWELL
9147 HIGHWAY 63 S
LUCEDALE MS 39452-3462

CREDITOR ID: 246701-12
COMBINED UTILITY SYSTEM
ATTN LINDA LESLEY
PO BOX 619
EASLEY, SC 29641-0619

CREDITOR ID: 246702-12
COMBS LOCK SERVICE
525 OAKHURST AVE
HAZARD KY 41701

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264911-12<br>COMBS, WILMETTE<br>124 STONEHAVEN TRAIL<br>PELHAM, AL 35124 | CREDITOR ID: 404440-95<br>COMBUSTION SERVICES INC<br>PO BOX 2647<br>PEACHTREE CITY GA 30269-0647 | CREDITOR ID: 246703-12<br>COMBUSTION SERVICES INC<br>420 D-BOB INDUSTRIAL<br>PEACHTREE, GA 30269 |
| CREDITOR ID: 246705-12<br>COMCAST<br>PO BOX 530098<br>ATLANTA, GA 30353-0098 | CREDITOR ID: 246704-12<br>COMCAST<br>5934 RICHARDS STREET<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 246706-12<br>COMEAUX HIGH SCHOOL<br>100 BLUEBIRD<br>LAFAYETTE, LA 70508 |
| CREDITOR ID: 248312-12<br>COMEAUX, DONALD<br>1048 BOUDREAUX ROAD<br>NEW IBERIA, LA 70560 | CREDITOR ID: 389677-54<br>COMER, DELORES<br>2020 FALMOUTH RD<br>MAITLAND, FL 32751 | CREDITOR ID: 393326-55<br>COMER, DELORES<br>C/O: RAE HIGHER<br>MORGAN, COLLING & GILBERT<br>20 N. ORANGE AVE. STE. 1600<br>ORLANDO FL 32802 |
| CREDITOR ID: 388791-54<br>COMER, URSULA<br>911 SECOND AVENUE<br>PO BOX 45<br>COLUMBUS, GA 31907 | CREDITOR ID: 392746-55<br>COMER, URSULA<br>C/O MARK A CASTO, PC<br>ATTN MARK A CASTO, ESQ<br>912 SECOND AVE.<br>P.O. BOX 45<br>COLUMBUS GA 31902 | CREDITOR ID: 404441-95<br>COMET AMERICAN MARKETING<br>P O BOX 905133<br>CHARLOTTE NC 28290-5133 |
| CREDITOR ID: 246707-12<br>COMET AMERICAN MARKETING<br>PO BOX 60380<br>CHARLOTTE, NC 28260-0380 | CREDITOR ID: 246708-12<br>COMFORT INN MILLEDGEVILLE<br>2595 N COLUMBIA STREET<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 246709-12<br>COMFORT INN NORTH<br>830 LEE ROAD<br>ORLANDO FL 32810 |
| CREDITOR ID: 246710-12<br>COMFORT MANAGEMENT SERVICE<br>1125 COMMERCIAL DRIVE<br>LEXINGTON KY 40505 | CREDITOR ID: 246711-12<br>COMFORT SUITES<br>10415 CENTRUM PKWY<br>PINEVILLE, NC 28134 | CREDITOR ID: 246712-12<br>COMITE CHRISTIAN ACADEMY<br>12250 GREENWELL SPRINGS ROAD<br>BATON ROUGE, LA 70814 |
| CREDITOR ID: 315765-40<br>COMKE INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 | CREDITOR ID: 246714-12<br>COMMANDER AIR<br>625 NEW WARRINGTON RD<br>PENSACOLA, FL 32506 | CREDITOR ID: 266086-14<br>COMMERCE AND INSUR TENN DEPT<br>ATTN: LINDA BIEK<br>500 JAMES ROBERTSON PKWY<br>NASHVILLE TN 37245-1220 |
| CREDITOR ID: 266085-14<br>COMMERCE AND INSUR TENN DEPT<br>ATTN: DAPHNEY D SMITH<br>500 JAMES ROBERTSON PKWY<br>NASHVILLE TN 37245-1220 | CREDITOR ID: 246715-12<br>COMMERCE FRESH MARKETING INC<br>3350 RODGERDALE ROAD<br>SUITE C<br>HOUSTON TX 77042-4114 | CREDITOR ID: 246716-12<br>COMMERCE INTERNATIONAL INC<br>4300-C LB MCLEOD RD<br>PAMELA J ATCITTY<br>ORLANDO, FL 32811 |
| CREDITOR ID: 246718-12<br>COMMERCE TRANSPORT & LOGISTICS INC<br>PO BOX 469<br>HOMER GA 30547-0469 | CREDITOR ID: 382467-51<br>COMMERCEQUEST<br>5481 W WATERS AVENUE #100<br>TAMPA, FL 33634-1205 | CREDITOR ID: 406213-G4<br>COMMERCEQUEST<br>5481 WEST WATERS AVE., SUITE 100<br>TAMPA FL 33634 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246717-12<br>COMMERCEQUEST, INC<br>ATTN ERIKA BRAGAN, VP FIN<br>5481 WEST WATERS AVENUE, SUITE 100<br>TAMPA FL 33634-1205 | CREDITOR ID: 246719-12<br>COMMERCIAL AIR CONDITIONING&HEATING<br>PO BOX 3835<br>VALDOSTA GA 31604-3835 | CREDITOR ID: 246720-12<br>COMMERCIAL BILLING SERVICE<br>PO BOX 2201<br>DECATURE AL 35609-2201 |
| CREDITOR ID: 246721-12<br>COMMERCIAL CAPITAL LENDING LLC<br>PO BOX 41047<br>BATON ROUGE LA 70835 | CREDITOR ID: 246722-12<br>COMMERCIAL CARRIER CORP<br>ATTN MILTON E JACOBS, VP/SEC/TREAS<br>PO DRAWER 67<br>AUBURNDALE FL 33896 | CREDITOR ID: 404442-95<br>COMMERCIAL CARRIER CORP<br>PO BOX 65944<br>CHARLOTTE NC 28265-0944 |
| CREDITOR ID: 246723-12<br>COMMERCIAL CLEANING<br>P M B 242<br>2200 WINTER SPRINGS BLVD SUITE 106<br>OVEIDO FL 32765 | CREDITOR ID: 246724-12<br>COMMERCIAL CLEANING SUPLIES<br>304 E BAKER ST<br>PLANT CITY FL 33566 | CREDITOR ID: 246725-12<br>COMMERCIAL COMMUNICATIONS COMPANY<br>2823 US 27 NORTH<br>SEBRING FL 33870 |
| CREDITOR ID: 246726-12<br>COMMERCIAL DISPATCH<br>PO BOX 511<br>COLUMBUS, MS 39703-0511 | CREDITOR ID: 246727-12<br>COMMERCIAL DISPATCH PUBLISHING CO<br>516 MAIN ST<br>COLUMBUS, MS 39701-5734 | CREDITOR ID: 246728-12<br>COMMERCIAL FACTORS OF ATLANTA<br>PO BOX 88780<br>ATLANTA, GA 30356-0088 |
| CREDITOR ID: 246729-12<br>COMMERCIAL GLASS<br>PO BOX 2733<br>SHELBY NC 28152 | CREDITOR ID: 395631-65<br>COMMERCIAL HOOD & TRAP<br>1641 SOUTH OCEAN DR,<br>FT. LAUDERDALE, FL 33316 | CREDITOR ID: 404443-95<br>COMMERCIAL HOOD & TRAP SERVICES INC<br>1200 NORTHEAST 48TH ST #3<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 246731-12<br>COMMERCIAL INDUSTRIAL LIGHTING<br>PO BOX 473393<br>CHARLOTTE, NC 28247-3393 | CREDITOR ID: 395632-65<br>COMMERCIAL INDUSTRIAL SERVICES<br>1940 N.W. 22ND<br>ST. POMPANO BEACH, FL 33069 | CREDITOR ID: 246732-12<br>COMMERCIAL INDUSTRIAL SERVICES INC<br>1940 NORTHWEST 22ND STREET<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 1213-07<br>COMMERCIAL LEASING ONE<br>C/O P. VASCONCELLOS<br>PO BOX 622<br>STOUGHTON MA 02072 | CREDITOR ID: 246733-12<br>COMMERCIAL LEASING ONE<br>#030212233<br>C/O MIDLAND LOAN SERVICES INC PNC L<br>1223 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | CREDITOR ID: 2155-07<br>COMMERCIAL LEASING TWO<br>C/O PEARL VASCONCELLOS<br>PO BOX 622<br>STOUGHTON MA 02072 |
| CREDITOR ID: 246734-12<br>COMMERCIAL LEASING TWO<br>C/O MIDLAND LOAN SERVICES INC<br>PNC LOCK BOX 771223 LOAN #30212234<br>1223 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | CREDITOR ID: 1214-07<br>COMMERCIAL LEASING TWO<br>C/O MIDLAND LOAN SERVICES INC<br>LOAN #3021<br>PNC LOCK BOX 771223<br>CHICAGO, IL 60677-1002 | CREDITOR ID: 246735-12<br>COMMERCIAL MAINT SERVICE INC<br>PO BOX 605<br>LAKE PARK GA 31636 |
| CREDITOR ID: 404444-95<br>COMMERCIAL MAINTENANCE COMPANY<br>816 WARDLOW RD<br>ASHBURN GA 31714 | CREDITOR ID: 246736-12<br>COMMERCIAL MAINTENANCE COMPANY<br>ATTN STEVE ROBBINS, PRESIDENT<br>709 EWING FARM ROAD<br>ASHBURN, GA 31714 | CREDITOR ID: 315975-41<br>COMMERCIAL MANAGEMENT ASSOC<br>6220 S. ORANGE BLOSSOM TRAIL,<br>SUITE 163<br>ORLANDO FL 32809 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2156-07<br>COMMERCIAL MANAGEMENT ASSOC.<br>SUITE 163<br>6220 S. ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32809 | CREDITOR ID: 246737-12<br>COMMERCIAL MANAGEMENT CORP<br>COAST PLAZA<br>4800 N FEDERAL HIGHWAY<br>SUITE 209A<br>BOCA RATON, FL 33431 | CREDITOR ID: 246738-12<br>COMMERCIAL MOTOR VEHICLE<br>1815 THOMASVILLE ROAD<br>TALLAHASSEE, FL 32303-5750 |
| CREDITOR ID: 246739-12<br>COMMERCIAL NET LEASE REALTY INC<br>PO BOX 992<br>ATTN HELEN COLLINS<br>ACCT # 100-00597<br>ORLANDO, FL 32802-0992 | CREDITOR ID: 1215-07<br>COMMERCIAL NET LEASE REALTY INC.<br>ATTN: HELEN COLLINS<br>PO BOX 992<br>ORLANDO FL 32802-0992 | CREDITOR ID: 315976-41<br>COMMERCIAL NET LEASE REALTY, INC.<br>450 S ORANGE AVENUE, SUITE 900<br>ORLANDO FL 32801 |
| CREDITOR ID: 2157-07<br>COMMERCIAL NET LEASE REALTY, INC.<br>450 S. ORANGE AVENUE, SUITE 900<br>ORLANDO FL 32801 | CREDITOR ID: 246741-12<br>COMMERCIAL OPENINGS<br>PO BOX 40667<br>RALEIGH NC 27629 | CREDITOR ID: 266087-31<br>COMMERCIAL PETROLEUM<br>ATTN: JERRY WILLIAMS<br>119 POND LN<br>GRIMESLAND NC 27837-9211 |
| CREDITOR ID: 246742-12<br>COMMERCIAL POWER SWEEPING &<br>SERVICES<br>P.O. BOX 6005<br>SUFFOLK, VA 23433 | CREDITOR ID: 246743-12<br>COMMERCIAL PROPERTY ASSC<br>PO BOX 6896<br>LOUISVILLE KY 40206-0896 | CREDITOR ID: 246744-12<br>COMMERCIAL SHUTTLE SERVICE<br>ATTN MELBA J COLLINS, PRES<br>PO BOX 50575<br>ALBANY, GA 31703-0575 |
| CREDITOR ID: 246745-12<br>COMMERCIAL SOLIDWASTE ASSESSMENT<br>CITRUS COUNTY UTILITIES<br>3600 W SOVEREIGN PATH  STE 127<br>LECANTO, FL 34461 | CREDITOR ID: 374405-44<br>COMMERCIAL SWEEPERS<br>ROUTE 15<br>BOX 4432<br>LAKE CITY, FL 32024-8926 | CREDITOR ID: 246746-12<br>COMMERCIAL SWEEPERS OF LAKE CITY<br>946 SW CANNON CREEK DRIVE<br>LAKE CITY FL 32024 |
| CREDITOR ID: 246747-12<br>COMMERCIAL VEHICLE SERVICE<br>225 BELLINGER LANE<br>GASTON SC 29053 | CREDITOR ID: 235-03<br>COMMERCIAL WATER & ENERGY<br>PO BOX 653709<br>MIAMI FL 33265 | CREDITOR ID: 246749-12<br>COMMERCIAL WORLD INC<br>231 ST JOE PLAZA DRIVE<br>PALM COAST, FL 32164 |
| CREDITOR ID: 397282-69<br>COMMERCIL POWER SWEEPING<br>PO BOX 6005<br>SUFFOLK, VA 23433 | CREDITOR ID: 246750-12<br>COMMISSION ON CONTINUING LAWYER<br>CCLC STATE BAR OF GA<br>104 MARIETTA STREET NW SUITE # 100<br>ATLANTA, GA 30303 | CREDITOR ID: 246751-12<br>COMMISSIONER OF AGRUICULTRUE &<br>INDUSTRIES<br>PO BOX 3336<br>MONTGOMERY, AL 36109-0336 |
| CREDITOR ID: 266088-14<br>COMMISSIONER OF FINANCE<br>ATTN: WILBUR BERRY<br>1 PUBLIC SQ<br>CLARKSVILLE TN 37040-3474 | CREDITOR ID: 240355-06<br>COMMISSIONER OF REVENUE<br>PO BOX 155<br>PRINCE GEORGE VA 23875-0155 | CREDITOR ID: 241014-11<br>COMMISSIONER OF REVENUE<br>ACCOUNT NO.: 56-0670665<br>PO BOX 155<br>PRINCE GEORGE, VA 23875-0155 |
| CREDITOR ID: 240352-06<br>COMMISSIONER OF REVENUE<br>COURTS AND OFFICE BUILDING<br>6489 MAIN ST #137<br>GLOUCESTER VA 23061-6102 | CREDITOR ID: 266089-14<br>COMMISSIONER OF REVENUE<br>ATTN: LOIS B JACOB<br>715 PRINCESS ANNE ST<br>FREDERICKSBURG VA 22401-5916 | CREDITOR ID: 246755-12<br>COMMISSIONER OF REVENUE<br>PO BOX 956<br>EMPORIA VA 23847-0956 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 240351-06
COMMISSIONER OF REVENUE
1 WEST MAIN STREET
FINCASTLE VA 24090

CREDITOR ID: 266090-14
COMMISSIONER OF REVENUE OFFICE
ATTN: MITCHELL W NUCKLES
900 CHURCH ST
LYNCHBURG VA 24504-1620

CREDITOR ID: 240357-06
COMMISSIONER OF THE REVENUE
PO BOX 2260
NORFOLK VA 23501

CREDITOR ID: 266091-31
COMMISSIONERS OF PUBLIC WORKS
ATTN: DAVID TUCK
202 WATER PLANT RD
GREENWOOD SC 29649-8674

CREDITOR ID: 246757-12
COMMODITY PLUS
S 7970 JAMIE LN
EAU CLAIRE WI 54701

CREDITOR ID: 405880-99
COMMODORE REALTY INC
C/O SAUL EWING LLP
ATTN: JOYCE A KUHNS, ESQ
100 SOUTH CHALES ST, 15TH FL
BALTIMORE MD 21201

CREDITOR ID: 1216-07
COMMODORE REALTY INC.
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 246760-12
COMMONEALTH OF MA
PO BOX 3607
BOSTON MA 02241-3607

CREDITOR ID: 315910-40
COMMONS AT CLIFF CREEK LTD, THE
ABRAXUS REAL ESTATE INC
6611 HILLCREST AVE #532
DALLAS, TX 75205-1301

CREDITOR ID: 381131-47
COMMONWEALTH BRANDS INC
PO BOX 641051
CINCINNATI, OH 45264-1051

CREDITOR ID: 384068-47
COMMONWEALTH BRANDS INC
DEPARTMENT 8034
CAROL STREAM, IL 60122-8034

CREDITOR ID: 315670-36
COMMONWEALTH BRANDS INC
C/O WYATT TARRANT & COMBS LLP
ATTN: ROBET J BROWN
250 WEST MAIN ST, STE 1600
LEXINGTON KY 40507

CREDITOR ID: 246761-12
COMMONWEALTH FINANCIAL MGMT
PO BOX 9577
BOWLING GREEN KY 42102-9577

CREDITOR ID: 397628-72
COMMONWEALTH INSURANCE COMPANY
C/O MARSH USA INC
PO BOX 100357
ATLANTA, GA 30384-0357

CREDITOR ID: 246762-12
COMMONWEALTH OF KENTUCKY
DIV OF UNEMPLOYMENT INSURANCE
PO BOX 948
FRANKFORT, KY 40602-0948

CREDITOR ID: 246763-12
COMMONWEALTH OF KENTUCKY
REVENUE CABINET
100 FAIR OAKS 5TH FLOOR
PO BOX 491
FRANKFORT, KY 40602

CREDITOR ID: 381721-15
COMMONWEALTH OF KENTUCKY REV DEPT
FINANCE & ADMINISTRATION CABINET
ATTN BRANDY L BAGBY
100 FAIR OAKS, 5TH FLOOR
PO BOX 5222
FRANKFORT KY 40602-0491

CREDITOR ID: 381721-15
COMMONWEALTH OF KENTUCKY REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 253829-12
COMMONWEALTH OF KY AGRICULTURE
DIVISION OF REGULATION & INSPECTION
107 CORPORATE DRIVE
FRANKFORT, KY 40601

CREDITOR ID: 269289-16
COMMONWEALTH OF KY PHARMACY BD
23 MILLCREEK PARK
FRANKFORT, KY 40601-9230

CREDITOR ID: 399726-15
COMMONWEALTH OF MA REV DEPT
ATTN ANNE CHAN OR WF CONNOR
PO BOX 9564
BOSTON MA 02114-9564

CREDITOR ID: 399726-15
COMMONWEALTH OF MA REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: THOMAS F REILLY, ESQ
ONE ASHBURTON PLACE, 20 TH FLOOR
BOSTON MA 20108

CREDITOR ID: 246765-12
COMMONWEALTH OF MA REV DEPT/CSE
PO BOX 9140
BOSTON MA 02205-9140

CREDITOR ID: 246766-12
COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE
BUREAU OF RECEIPTS & CONTROL CORP
DEPT 280404
HARRISBURG, PA 17128-0404

CREDITOR ID: 381954-15
COMMONWEALTH OF VA AGR & CONS SVCES
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: JERRY KILGORE, ESQ
900 E MAIN STREET
RICHMOND VA 23219

CREDITOR ID: 381954-15
COMMONWEALTH OF VA AGR & CONS SVCES
VDACS - STATE MILK COMMISSION
ATTN RODNEY L PHILLIPS
WASHINGTON BUILDING
1100 BANK STREET, SUITE 1019
RICHMOND VA 23219-3638

CREDITOR ID: 265201-01
COMMONWEALTH OF VA ENV QUALITY DEPT
629 EAST MAIN STREET
PO BOX 10009
RICHMOND VA 23240-0009

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246770-12<br>COMMONWEALTH OF VIRGINIA<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JERRY KILGORE, ESQ<br>900 E MAIN STREET<br>RICHMOND VA 23219 | CREDITOR ID: 246769-12<br>COMMONWEALTH OF VIRGINIA<br>PO BOX 6-L<br>DEPT OF TAXATION<br>RICHMOND, VA 23282-0001 | CREDITOR ID: 266092-31<br>COMMONWEALTH OF VIRGINIA<br>ATTN: STEPHEN B GEISSLER<br>300 MCLAWS CIR STE 200<br>WILLIAMSBURG VA 23185-5676 |
| CREDITOR ID: 240359-06<br>COMMONWEALTH OF VIRGINIA<br>DEPT OF ALCHOLIC BEVERAGE CONT<br>PO BOX 27491<br>RICHMOND VA 23261-7491 | CREDITOR ID: 246770-12<br>COMMONWEALTH OF VIRGINIA<br>STATE MILK COMMISSION<br>200 N 9TH ST, STE 915<br>RICHMOND, VA 23219-3414 | CREDITOR ID: 246767-12<br>COMMONWEALTH OF VIRGINIA<br>13 SOUTH THIRTEENTH STREET<br>RICHMOND, VA 23219 |
| CREDITOR ID: 246771-12<br>COMMONWEALTH OF VIRGINIA DEPT<br>EMERGENCY MGMT<br>10501 TRADE COURT ROAD<br>RICHMOND VA 23236-3713 | CREDITOR ID: 246772-12<br>COMMONWEALTH PUBLISHING CO INC<br>PO BOX 8050<br>GREENWOOD, MS 38935-8050 | CREDITOR ID: 269229-16<br>COMMONWEALTH SOAP & TOILETRIES<br>CST ENTERPRISES, LLC<br>661 QUEQUECHN STREET<br>FALL RIVER, MA 02721 |
| CREDITOR ID: 246773-12<br>COMMONWEALTH-JOURNAL<br>PO BOX 859<br>SOMERSET KY 42502-0859 | CREDITOR ID: 246774-12<br>COMMSERV INC<br>DBA/COMMUNICATIONS CO<br>PO BOX 210005<br>MONTGOMERY AL 36121 | CREDITOR ID: 246775-12<br>COMMSOUND<br>3330 PACIFIC AVENUE<br>SUITE 203<br>VIRGINIA BEACH VA 23451-2983 |
| CREDITOR ID: 382965-51<br>COMMUN-I-CARE<br>PO BOX 186<br>COLUMBIA, SC 29202-0186 | CREDITOR ID: 246776-12<br>COMMUNICATIONS SERVICE CENTER INC<br>PO BOX 4118<br>GREENVILLE SC 29608 | CREDITOR ID: 246777-12<br>COMMUNICATIONS SUPPLY CORP<br>DEPARTMENT AT 49946<br>ATLANTA, GA 31192-9946 |
| CREDITOR ID: 266093-31<br>COMMUNITY ACTION AGENCY<br>ATTN: JACQUELYN ROGERS<br>49 WILL CHITTY AVE<br>STEVENSON AL 35772-3753 | CREDITOR ID: 266094-31<br>COMMUNITY ACTION FOR IMPRV<br>ATTN: BARBARA SHAW<br>740 OLD FIELD RD<br>FRANKLIN GA 30217-4724 | CREDITOR ID: 266095-31<br>COMMUNITY ACTION SERVICE<br>ATTN: BETTY VAN HOOK<br>105 LONGVIEW DR<br>WARTBURG TN 37887-4205 |
| CREDITOR ID: 266097-14<br>COMMUNITY AFFAIRS GEORGIA DEPT<br>ATTN: NANCY DOVE<br>485 NEWTON BRIDGE RD<br>ATHENS GA 30607-1141 | CREDITOR ID: 266096-31<br>COMMUNITY AFFAIRS GEORGIA DEPT<br>ATTN: DAN VOLLINGER<br>30 W BROAD ST<br>CAMILLA GA 31730-1764 | CREDITOR ID: 278078-23<br>COMMUNITY BANK & TRUST<br>ATTN: LORRAINE BAILEY<br>PO BOX 1489<br>LAGRANGE GA 30241 |
| CREDITOR ID: 397180-67<br>COMMUNITY BANK & TRUST-HABER<br>PO BOX 1900<br>CORNELIA, GA 30531 | CREDITOR ID: 397182-67<br>COMMUNITY BANK AND TRUST<br>400 NORTH MAIN STREET<br>PO BOX 430<br>CORNELIA, GA 30531-0430 | CREDITOR ID: 397181-67<br>COMMUNITY BANK AND TRUST<br>PO BOX 250<br>LAGRANGE, GA 30241 |
| CREDITOR ID: 397179-67<br>COMMUNITY BANK AND TRUST<br>ATTN: CINDY STAVELY<br>474 NORTH MAIN STREET<br>CORNELIA, GA 30531 | CREDITOR ID: 246778-12<br>COMMUNITY CARE FAMILY CLINIC<br>1110 EAST GIBSON STREET<br>ARCADIA, FL 34266 | CREDITOR ID: 382956-51<br>COMMUNITY CARE RX<br>PO BOX 391180<br>CLEVELAND, OH 44139 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**            **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279116-80<br>COMMUNITY COFFEE COMPANY LLC<br>C/O KANTROW SPAHT WEAVER & BLITZER<br>ATTN: DAVID S RUBIN<br>445 N BOULEVARD, STE 300<br>PO BOX 2997<br>BATON ROUGE LA 70821-2997 | CREDITOR ID: 279146-33<br>COMMUNITY COFFEE COMPANY, LLC<br>PO BOX 791<br>BATON ROUGE LA 70821 | CREDITOR ID: 246780-12<br>COMMUNITY COFFEE LLC<br>PO BOX 60141<br>NEW ORLEANS, LA 70160-0141 |
| CREDITOR ID: 246781-12<br>COMMUNITY CONNECTIONS<br>PO BOX 16908<br>JACKSONVILLE FL 32245-6908 | CREDITOR ID: 266098-31<br>COMMUNITY DEV OUACHITA PARISH<br>ATTN: KAY HALEY<br>1900 MORTON ST<br>MONROE LA 71202-4934 | CREDITOR ID: 266099-31<br>COMMUNITY DEVELOPMENT<br>ATTN: DALE COBB<br>18 GOVERNMENT CENTER LN<br>VERONA VA 24482-2639 |
| CREDITOR ID: 266100-31<br>COMMUNITY DEVELOPMENT CORP OF<br>ATTN: WILLIAM GIBSON<br>2115 18TH STREET CT E<br>BRADENTON FL 34208-7765 | CREDITOR ID: 266101-31<br>COMMUNITY DEVELOPMENT DEP<br>ATTN: HAL MASON<br>315 S LAFAYETTE ST<br>SHELBY NC 28150-2317 | CREDITOR ID: 266102-31<br>COMMUNITY DEVELOPMENT DISTRICT<br>ATTN: BLAIR BAILEY<br>4475 BUCK LAKE RD<br>TALLAHASSEE FL 32317-7178 |
| CREDITOR ID: 246782-12<br>COMMUNITY DEVELOPMENT FOUNDATION<br>OF MARION COUNTY<br>PO BOX 2105<br>HAMILTON AL 35570 | CREDITOR ID: 246783-12<br>COMMUNITY ENVIRONMENTAL<br>CONTAINERS INC<br>PO BOX 236<br>PIERSON FL 32180-0236 | CREDITOR ID: 246784-12<br>COMMUNITY HEALTH CHARITIES<br>PO BOX 23932<br>JACKSONVILLE FL 32241 |
| CREDITOR ID: 246785-12<br>COMMUNITY MEDICAL CENTER<br>92 W RATLIFF ST SUITE A<br>LUCEDALE MS 39452 | CREDITOR ID: 246786-12<br>COMMUNITY MEDICAL CENTER LAB<br>PO BOX 1007<br>LUCEDALE, MS 39452 | CREDITOR ID: 246787-12<br>COMMUNITY MEMORIAL HEALTHCENTER<br>C/O MECKLENBURG GENERAL DISTRICT CO<br>PO BOX 306<br>BOYDTON VA 23917 |
| CREDITOR ID: 246788-12<br>COMMUNITY NATIONAL BANK<br>213 S JEFFERSON ST<br>STE 1007<br>% HALL ASSOCIATES INC<br>ROANOKE VA 24011-1714 | CREDITOR ID: 246789-12<br>COMMUNITY NEWSPAPER<br>6796 SW 62 AVENUE<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 246790-12<br>COMMUNITY NEWSPAPERS INC<br>PO BOX 792<br>ATHENS, GA 30603 |
| CREDITOR ID: 266103-31<br>COMMUNITY REDEVELOPMENT AGENCY<br>ATTN: HARRY G ADAMS<br>1700 MEDICAL LN<br>FORT MYERS FL 33907-1111 | CREDITOR ID: 266104-31<br>COMMUNITY REUSE ORGZTN<br>ATTN: TOM SOUTHARD<br>107 LEA WAY<br>OAK RIDGE TN 37830-6965 | CREDITOR ID: 382949-51<br>COMMUNITY RX ANTHEM PRES MGM<br>1351 WILLIAM HOWARD TAFT ROAD<br>CINCINNATI, OH 45206-1775 |
| CREDITOR ID: 266105-31<br>COMMUNITY SERVICES DEPARTMENT<br>ATTN: DAVID LYKINS<br>280 RIVERSIDE CIR<br>NAPLES FL 34102-1402 | CREDITOR ID: 266106-31<br>COMMUNITY SOLUTIONS NETWORK<br>ATTN: JUASNITA HAMILTON<br>2419 NE 8TH AVE<br>GAINESVILLE FL 32641-4851 | CREDITOR ID: 278079-23<br>COMMUNITY TRUST BANK<br>ATTN: BOOKKEEPER<br>DRAWER 90<br>HAZARD KY 41702 |
| CREDITOR ID: 246791-12<br>COMMUNITY TRUST BANK INC<br>101 VILLAGE LAND<br>HAZARD, KY 41701 | CREDITOR ID: 384104-47<br>COMMUNTIY PALS PROGRAM<br>ATTN EDNA KARR<br>3332 HUNTLEE DR<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 246792-12<br>COMP AIR SERVICE CO<br>13195 NW 38TH AVE<br>MIAMI FL 33054 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246793-12<br>COMPACT POWER SYSTEMS INC<br>7849 CANOGA AVENUE<br>CANOGA PARK CA 91303 | CREDITOR ID: 406506-MS<br>COMPAGNO, LARRY A<br>4405 DAVID DR<br>METAIRIE LA 70003 | CREDITOR ID: 382941-51<br>COMPANION HEALTH CARE<br>300 ARBOR LAKE DRIVE SUITE 800<br>COLUMBIA, SC 29223 |
| CREDITOR ID: 246794-12<br>COMPANY CARE<br>1895 KINGSLEY AVE STE 200<br>ORANGE PARK, FL 32073 | CREDITOR ID: 381303-47<br>COMPANY CARE @ PALMYRA MEDICAL CENTERS<br>PO BOX 1908<br>ALBANY, GA 31702-1908 | CREDITOR ID: 407430-97<br>COMPASS BANK<br>ATTN: T RAY SANDEFUR, SR VP<br>15 SOUTH 20TH ST, STE 1501<br>BIRMINGHAM AL 35233 |
| CREDITOR ID: 246796-12<br>COMPASS BANK<br>ATTN: BETTY NEWMAN<br>PO BOX 830941<br>BIRMINGHAM, AL 35282-8461 | CREDITOR ID: 278436-25<br>COMPASS BANK<br>ATTN: COMMERCIAL REAL ESTATE DEPT<br>PO BOX 295<br>MONTGOMERY AL 36101 | CREDITOR ID: 278080-23<br>COMPASS BANK<br>ATTN: KEELY WAGGONER MCGEE<br>PO BOX 10566<br>BIRMINGHAM AL 35296 |
| CREDITOR ID: 384069-47<br>COMPASS FOODS<br>EIGHT O CLOCK COFFEE<br>PO BOX 23438<br>NEWARK, NJ 07189-0438 | CREDITOR ID: 246797-12<br>COMPASS FOODS<br>5650 BRECKENRIDGE PARKWAY<br>ACOSTA TAMPA<br>ATTN SUSAN SHEREAR<br>TAMPA, FL 33610 | CREDITOR ID: 246798-12<br>COMPLETE BUS SYSTEMS INC<br>PO BOX 41601<br>PHILA PA 19101-1601 |
| CREDITOR ID: 246799-12<br>COMPLETE LABORATORY SERVICES<br>3824 EAST HIGHWAY 90<br>LAKE CITY, FL 32025 | CREDITOR ID: 246800-12<br>COMPLETE MOTOR SERVICES INC<br>PO BOX 719<br>GRIFFITFH IN 46319 | CREDITOR ID: 246801-12<br>COMPLETE SERVICE AND SUPPLY<br>PO BOX 636<br>PLANT CITY, FL 33564-0636 |
| CREDITOR ID: 246802-12<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 | CREDITOR ID: 246803-12<br>COMPLIENT CORPORATION<br>5971 POWERS AVENUE SUITE #8<br>JACKSONVILLE FL 32217 | CREDITOR ID: 246804-12<br>COMPORIUM COMMUNICATIONS<br>PO BOX 1042<br>ROCK HILL, SC 29731-7042 |
| CREDITOR ID: 246805-12<br>COMPORIUM COMMUNICATIONS<br>PO BOX 1299<br>FORT MILL, SC 29715 | CREDITOR ID: 246806-12<br>COMPORIUM TELCOM<br>PO BOX 470<br>ROCK HILL SC 29731 | CREDITOR ID: 382934-51<br>COMPSCRIPT<br>4000 TERMINAL TOWER<br>CLEVELAND, OH 44113 |
| CREDITOR ID: 403647-94<br>COMPTON, CHERYL A<br>24157 BALMORAL LN<br>BROOKSVILLE FL 34601 | CREDITOR ID: 389504-54<br>COMPTON, DELMA<br>925 WILLOW WIND CIRCLE<br>BARNSVILLE, GA 30204 | CREDITOR ID: 246807-12<br>COMPTON-PEACHEE CONSTRUCTION, INC<br>ATTN DUANE PEACHEE, VP<br>6205 NEW TAMPA HWY<br>LAKELAND, FL 33815 |
| CREDITOR ID: 397712-62<br>COMPTROLLER OF PUBLIC ACCOUNTS<br>UNCLAIMED PROPERTY SECTION<br>P.O. BOX 12019<br>AUSTIN  TX 78711-2019 | CREDITOR ID: 266107-14<br>COMPTROLLER OF TREASURY<br>ATTN: ROBERT GREEN<br>3300 BROWNS MILL RD<br>JOHNSON CITY TN 37604-4114 | CREDITOR ID: 266108-14<br>COMPTROLLER OF TREASURY TENN<br>ATTN: JOHN G MORGAN<br>600 CHARLOTTE AVE FL 1<br>NASHVILLE TN 37243-9034 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246808-12<br>COMPTROLLERS OFFICE<br>VIRGINIA WORKERS<br>COMPENSATION COMMISSION<br>1000 DMV DRIVE<br>RICHMOND VA 23220 | CREDITOR ID: 246809-12<br>COMPU KLEEN INC<br>PO BOX 189<br>ELMWOOD PARK NJ 07407 | CREDITOR ID: 246810-12<br>COMPUCOM SYSTEMS INC<br>PO BOX 951654<br>DALLAS, TX 75395-1654 |
| CREDITOR ID: 246811-12<br>COMPUTER & EQUIPMENT SALES INC<br>13979 HWY 18<br>RAYMIND MS 39154-0700 | CREDITOR ID: 246812-12<br>COMPUTER ASSOCIATES INT'L INC<br>DEPT 0730<br>PO BOX 120001<br>DALLAS TX 75312-0730 | CREDITOR ID: 246813-12<br>COMPUTER DISCOUNTERS<br>5416 VETERANS<br>METAIRIE LA 70003 |
| CREDITOR ID: 279056-99<br>COMPUTER LEASING CO OF MICHIGAN INC<br>C/O ERMAN TEICHER MILLER ET AL<br>ATTN: EARLE I ERMAN, ESQ<br>400 GALLERIA OFFICENTRE, STE 444<br>SOUTHFIELD MI 48034 | CREDITOR ID: 246814-12<br>COMPUTER LEASING CO OF MICHIGAN INC<br>166 HWY A1A STE E<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 381015-47<br>COMPUTER LEASING CO OF MICHIGAN INC<br>P O BOX 106007<br>ATLANTA, GA 30348-6007 |
| CREDITOR ID: 395419-64<br>COMPUTER LEASING CO OF MICHIGAN, INC<br>ATTN: COLIN ARMSTRONG<br>5150 PALM VALLEY ROAD, SUITE 208<br>PONTA VEDRA BEACH, FL 32082 | CREDITOR ID: 374412-44<br>COMPUTER LEASING COMPANY<br>DEPT 41 COMERICA LEASING CORP<br>DRAWER 67-042<br>DETROIT, MI 48267 | CREDITOR ID: 278738-28<br>COMPUTER LEASING COMPANY<br>OF MICHIGAN INC.<br>ATTN: COLIN ARMSTRONG<br>5150 PALM VALLEY ROAD, SUITE 208<br>PONTE VEDRA BEACH, FL 32082 |
| CREDITOR ID: 246815-12<br>COMPUTER LEASING OF MICHIGAN<br>C/O BANK OF AMERICA FL9-200-02-04<br>ATTN LINDA LEHMBECK<br>9000 SOUTHSIDE BLVD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 246816-12<br>COMPUTER PROCESS CONTROLS INC<br>PO BOX 905200<br>CHARLOTTE, NC 28290-5200 | CREDITOR ID: 393736-58<br>COMPUWARE SOFTWARE<br>DRAWER 64376<br>DETROIT, MI 48264-0376 |
| CREDITOR ID: 406214-G4<br>COMSYS AKA VENTURI<br>9428 BAYMEADOWS RD., SUITE 500<br>JACKSONVILLE FL 32256 | CREDITOR ID: 246818-12<br>COMTRAK LOGISTICS<br>PO BOX 750897<br>MEMPHIS TN 38175-0897 | CREDITOR ID: 404449-95<br>CONAGRA DAIRY FOODS<br>7350 WORLD COMMUNICATION DRIVE<br>OMAHA NE 68122 |
| CREDITOR ID: 246820-12<br>CONAGRA DAIRY FOODS<br>PO BOX 406993<br>ATLANTA, GA 30384-6993 | CREDITOR ID: 246821-12<br>CONAGRA FOODS<br>PO BOX 403323<br>ATLANTA, GA 30384 | CREDITOR ID: 246822-12<br>CONAGRA FOODS HAM BUS UNIT<br>C/O COOK FOODS<br>PO BOX 905297<br>CHARLOTTE, NC 28290-5297 |
| CREDITOR ID: 384070-47<br>CONAGRA FOODS INC<br>PO BOX 409232<br>ATLANTA, GA 30384-9232 | CREDITOR ID: 246823-12<br>CONAGRA FOODS INC<br>C/O GREG HELMS<br>NATIONAL ACCOUNT MANAGER<br>106 BERMUDA BAY CIRCLE<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 279175-99<br>CONAGRA FOODS INC<br>C/O MCGRATH NORTH MULLIN & KRATZ PC<br>ATTN: JAMES J NIEMEIER, ESQ<br>FIRST NATIONAL TOWER,STE 3700<br>1601 DODGE STREET<br>OMAHA NE 68102-1327 |
| CREDITOR ID: 404451-95<br>CONAGRA FOODS REFRIGERATED FOODS CO<br>2974 HARTLEY ROAD W<br>SUITE 1<br>ATTN RITA BELL<br>JACKSONVILLE FL 32257 | CREDITOR ID: 246824-12<br>CONAGRA FOODS REFRIGERATED FOODS CO<br>PO BOX 402771<br>ATLANTA, GA 30384 | CREDITOR ID: 384071-47<br>CONAGRA FROZEN FOODS<br>PO BOX 409232<br>ATLANTA, GA 30384-9232 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 404452-95
CONAGRA FROZEN FOODS
DENNIS JOYNER
605 MACEDONIA ROAD
SPRING HOPE NC 27882

CREDITOR ID: 246825-12
CONAGRA FROZEN FOODS
7350 WORLD COMMUNICATION DRIVE
ATTN WINN DIXIE TEAM
OMAHA, NE 68122

CREDITOR ID: 246827-12
CONAGRA GROCERY PRODUCTS CO
PO BOX 841809
DALLAS TX 75284-1809

CREDITOR ID: 404453-95
CONAGRA GROCERY PRODUCTS CO
ATTN DAVE FAIR
7000 W CENTER RD WC40
OMAHA NE 68106-2709

CREDITOR ID: 246826-12
CONAGRA GROCERY PRODUCTS CO
PO BOX 409626
ATLANTA, GA 30384

CREDITOR ID: 278688-99
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 246828-12
CONAGRA POULTRY FOODSERVICE
3615 COLLECTIONS  CENTER DR
CHICAGO IL 60693

CREDITOR ID: 384072-47
CONAGRA SNACK FOODS GROUP
NW 9488
PO BOX 1450
MINNEAPOLIS, MN 55485

CREDITOR ID: 246829-12
CONAGRA SNACK FOODS GROUP
PO BOX 1450
NW 9488
MINNEAPOLIS, MN 55485

CREDITOR ID: 404454-95
CONAGRA SNACK FOODS GROUP
7700 FRANCE AVE
SUITE 200
EDINA MN 55435

CREDITOR ID: 378305-15
CONAIR CORPORATION
ATTN A LUCAS & J DEOL
150 MILFORD ROAD
EAST WINDSOR NJ 08520

CREDITOR ID: 381976-36
CONAIR CORPORATION
ATTN: JATINDER DEOL
150 MILFORD RD
EAST WINDSOR NJ 08520

CREDITOR ID: 404455-95
CONAIR CORPORATION INC
CP SALES & MARKETING
PO BOX 612
PALM HARBOR FL 34682

CREDITOR ID: 246830-12
CONAIR CORPORATION INC
PO BOX 932059
ATLANTA, GA 31193-2059

CREDITOR ID: 242086-12
CONAWAY, ALTON D
PO BOX 856
THEODORE AL 36590

CREDITOR ID: 246835-12
CONCENTRA MEDICAL CENTER POM
PO BOX 198862
ATLANTA GA 30384-8862

CREDITOR ID: 246834-12
CONCENTRA MEDICAL CENTERS
PO DRAWER 100
HARVEY LA 70059-0100

CREDITOR ID: 246832-12
CONCENTRA MEDICAL CENTERS
PO BOX 75430
OKLAHOMA CITY, OK 73147-0430

CREDITOR ID: 246833-12
CONCENTRA MEDICAL CENTERS
PO BOX 82730
HAPEVILLE, GA 30354

CREDITOR ID: 246831-12
CONCENTRA MEDICAL CENTERS
PO BOX 18735
MEMPHIS TN 38181-0835

CREDITOR ID: 246836-12
CONCENTRA MEDICAL STR FTL
PO BOX 6068
FT LAUDERDALE, FL 33310

CREDITOR ID: 246837-12
CONCEPT IN CLEANING INC
6511 N W 41 TERRACE
COCONUT CREEK FL 33073-2057

CREDITOR ID: 246838-12
CONCEPTS
3318 ABERRONE PLACE
BUFORD GA 30519

CREDITOR ID: 246839-12
CONCEPTS COMMUNICATIONS CO
1030 INTERNATIONALE PARKWAY
WOODRIDGE IL 60517

CREDITOR ID: 404456-95
CONCHITA FOODS INC
7875 NW 77TH AVE
MIAMI FL 33166-7519

CREDITOR ID: 246841-12
CONCHITA FOODS INC
9115 NW 105TH WAY
MEDLEY, FL 33178

CREDITOR ID: 246842-12
CONCIRE CENTERS INC
ATTN JAMES H BINGHAM
MERCHANTS SQUARE
7335 GALL BLVD #2
ZEPHYRHILLS FL 33541

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315768-40<br>CONCIRE CENTERS INC<br>411 COMMERCIAL COURT STE E<br>VENICE, FL 34292 | CREDITOR ID: 246843-12<br>CONCORD ADVANTAGE II LP<br>C/O MILESTONE PROPERTIES INC<br>ATTN JOSEPH OTTO, VP<br>200 CONGRESS PARK DRIVE, SUITE 205<br>DELRAY BEACH FL 33445 | CREDITOR ID: 1218-07<br>CONCORD ADVANTAGE II LP<br>C/O FIRST UNION NATL BANK<br>PO BOX 861035<br>ORLANDO, FL 32886 |
| CREDITOR ID: 246844-12<br>CONCORD FOODS<br>ATTN ROBERT F MEALEY, CONTROLLER<br>10 MINUTEMAN WAY<br>BROCKTON, MA 02301 | CREDITOR ID: 278783-99<br>CONCORD-FUND IV RETAIL LP<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI/STEVEN FEIGENBAUM<br>845 THIRD AVE, 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 403201-99<br>CONCORD-FUND IV RETAIL LP<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKONVILLE FL 32207 |
| CREDITOR ID: 246845-12<br>CONCORDIA LUTHERN SCHOOL<br>6700 WESTBANK EXPWY<br>MARRERO, LA 70072 | CREDITOR ID: 246846-12<br>CONCORDIA PARISH<br>TAX COLLECTOR<br>4001 CARTER ST  RM 6<br>VIDALIA, LA 71373-3021 | CREDITOR ID: 266109-14<br>CONCORDIA PARISH ASSESSOR<br>ATTN: MONELLE M MOSELEY<br>4001 CARTER ST RM 3<br>VIDALIA LA 71373-3021 |
| CREDITOR ID: 266110-31<br>CONCRETE CONSERVATION INC<br>ATTN: JAMES M HUME<br>6525 GREENLAND RD<br>JACKSONVILLE FL 32258-2439 | CREDITOR ID: 246847-12<br>CONCRETE SURFACE INNOVATIONS INC<br>4495-304 ROOSEVELT BLVD<br>SUITE 337<br>JACKSONVILLE FL 32210 | CREDITOR ID: 246848-12<br>CONCUR TECHNOLOGIES<br>PO BOX 7555<br>SAN FRANCISCO, CA 94120 |
| CREDITOR ID: 246849-12<br>CONDAXIS COFFEE & TEA INC<br>1805 W BEAVER ST<br>JACKSONVILLE, FL 32209-7528 | CREDITOR ID: 389318-54<br>CONDE, JESSICA<br>5965 AURORA COURT<br>LAKE WORTH FL 33463 | CREDITOR ID: 393133-55<br>CONDE, JESSICA<br>C/O: SAMUEL ROGATINSKY<br>ROGATINSKY LAW PARTNERS, P. A.<br>103 NE 4TH STREET<br>FT. LAUDERDALE FL 33301 |
| CREDITOR ID: 388673-54<br>CONDE, SANDRA<br>1800 SANS SOUC<br>NORTH MIAMI FL 33181 | CREDITOR ID: 392713-55<br>CONDE, SANDRA<br>C/O: MERCEDED DE LOS SANTOS<br>DE LOS SANTOS & GUERRERO, P.A.<br>3191 CORAL WAY<br>SUITE 406<br>MIAMI FL 33145 | CREDITOR ID: 388653-54<br>CONDEMI, VERA<br>16302 NW 22ND STREET<br>PEMBROKE PINES FL 33028 |
| CREDITOR ID: 392703-55<br>CONDEMI, VERA<br>C/O: JASON BARNETT<br>LAW OFFICE OF JASON G. BARNETT, ESQ<br>1132 SOUTHEAST 2ND AVENUE<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 405904-93<br>CONDENTO, CATHERINE<br>ATTN: NIKKI M. KAVOUKLIS<br>114 SOUTH PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 405946-93<br>CONDENTO, CATHERINE<br>LAW OFFICE OF NIKKI M KAVOUKLIS<br>ATTN: NIKKI M KAVOUKLIS<br>114 S PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 389664-54<br>CONDENTO, CATHERINE<br>2525 HOLIDAY LAKE DR.<br>HOLIDAY, FL 34690 | CREDITOR ID: 246850-12<br>CONDITIONED AIR & POWER INC<br>11243-7 ST JOHNS INDUSTRIAL<br>PARKWAY S<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 388665-54<br>CONDOMINA, ONDINA<br>220 SW 67 COURT<br>MIAMI FL 33144 |
| CREDITOR ID: 392710-55<br>CONDOMINA, ONDINA<br>C/O: SUZANNE GOROWITZ<br>SADOW & GOROWITZ<br>80 S.W. 8TH STREET<br>STE 1910<br>MIAMI FL 33130 | CREDITOR ID: 246851-12<br>CONDON LAW FIRM<br>3842 -C LEEDS AVENUE<br>NORTH CHARLESTON SC 29405 | CREDITOR ID: 269270-16<br>CONDON, JR., J. JOSEPH<br>3842C LEEDS AVENUE<br>NORTH CHARLESTON, SC 29405 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

CREDITOR ID: 236-03
CONECUH MONROE CTYS GAS DIST
602 BELLEVILLE STREET
EVERGREEN AL 36401

CREDITOR ID: 403226-99
CONECUH SAUSAGE CO INC
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 246852-12
CONECUH SAUSAGE COMPANY INC
200 INDUSTRIAL PARK
PO BOX 327
EVERGREEN, AL 36401

CREDITOR ID: 246852-12
CONECUH SAUSAGE COMPANY INC
C/O THOMAS L WEBB LAW OFFICE
ATTN THOMAS L WEBB, ESQ
613 22ND AVENUE
PO BOX 308
MERIDIAN MS 39302-0308

CREDITOR ID: 279353-36
CONECUH SAUSAGE COMPANY, INC.
C/O THOMAS L. WEBB
613 22ND AVENUE
MERIDIAN  MS 39301

CREDITOR ID: 404457-95
CONEKOH CONSTRUCTION
2175 KINGSLEY AVE  STE 310
ORANGE PARK FL 32073

CREDITOR ID: 246853-12
CONEKOH CONSTRUCTION
1300 SHETTER AVE
# 42
JACKSONVILLE BEACH, FL 32250

CREDITOR ID: 385994-54
CONELY, SALLY
313 SE 3RD STREET
HALLENDALE, FL 33009-6471

CREDITOR ID: 391214-55
CONELY, SALLY
C/O: NEIL NARYANOFF, ESQUIRE
BERNSTEIN AND MARYANOFF
15055 SW 122ND AVE
MIAMI FL 33186

CREDITOR ID: 246854-12
CONFERENCE BOARD
845 THIRD AVE 2ND
NEW YORK NY 10022-6679

CREDITOR ID: 407523-15
CONFESSORE, GRACE
7310 NW 18TH STREET, BLDG 38
MARGATE FL 33063-6858

CREDITOR ID: 386235-54
CONGER, ROSA L
10935 NORTH AIRWAY LOOP
CITRUS SPRINGS FL 34434

CREDITOR ID: 246855-12
CONGOLONA KERSH
2350 ELM PARK DRIVE
BATON ROUGE LA 70807

CREDITOR ID: 381785-99
CONGRA FOODS INC
C/O DLA PIPER RUDNICK GRAY CARY US
ATTN: MARK J FRIEDMAN/SUSAN S MAHER
6225 SMITH AVENUE
BALTIMORE MD 21209

CREDITOR ID: 381785-99
CONGRA FOODS INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN: DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 381785-99
CONGRA FOODS INC
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 246856-12
CONGREGRATION B'NAI ISRAEL
3354 KLEINERT AVE
BATON ROUGE, LA 70806

CREDITOR ID: 246857-12
CONGRESS FINANCIAL CORPORATION
ATTN JOSEPH R BLASETTI
110 EAST BROWARD BOULEVARD
SUITE 2050
FORT LAUDERDALE, FL 33301

CREDITOR ID: 278052-22
CONGRESS FINANCIAL CORPORATION (FL)
AS COLLATERAL MONITORING AGENT
ATTN PORFOLIO MANAGER - WINN DIXIE
777 BRICKELL AVENUE, SUITE 808
MIAMI FL 33131

CREDITOR ID: 243972-12
CONKLIN, BRIAN P
886 TWIN LAKES DRIVE
SUMTER SC 29154

CREDITOR ID: 246858-12
CONLEY DESIGN GROUP INC
6363 NORTH STATE HWY 161
SUITE 375
IRVING, TX 75038

CREDITOR ID: 389144-54
CONLEY, DEBORAH
6130 LOT 1
BROOKSVILLE, FL 34601

CREDITOR ID: 393022-55
CONLEY, DEBORAH
C/O: NIKKI M KAVOUKLIS
LAW OFFICES OF NIKKI M. KAVOUKLIS, P.A.
114 SOUTH PINELLAS AVENUE
TARPON SPRINGS FL 34689

CREDITOR ID: 404458-95
CONNECT - TEK INC
153 TRADE ZONE DRIVE
RONKONKOMA NY 11779

CREDITOR ID: 246860-12
CONNECTICUT CCSPC
PO BOX 990032
HARTFORD, CT 06199-0032

CREDITOR ID: 246859-12
CONNECT-TEK INC
ATTN KAREN KEARNEY, PRES
39-20 24TH STREET
LONG ISLAND CITY, NY 11101

CREDITOR ID: 243505-12
CONNELL, BILL
812 CIRCLETRACE ROAD
MONROE NC 28110

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 245158-12
CONNELL, CHELSEA L
3401 E NORTH STREET
GREENVILLE SC 29615

CREDITOR ID: 385777-54
CONNELL, ROBIN
3866 WEST HIGHWAY 27
LINCOLNTON, NC 28092

CREDITOR ID: 391046-55
CONNELL, ROBIN
C/O RAVEN W. GREEN
HANCE & HANCE, P.A.
317 SOUTH STREET
P.O. BOX 1075
GASTONIA NC 28053

CREDITOR ID: 244686-12
CONNER, CARRIE
217 RANCHERO DRIVE
COLUMBIA SC 29223

CREDITOR ID: 406507-MS
CONNER, FREDERICK J
10301 WHITESTONE ROAD
RALEIGH NC 27615

CREDITOR ID: 389343-54
CONNER, JOHN
4545 COCHRAN MILL RD
FAIRBURN GA 30213

CREDITOR ID: 393152-55
CONNER, JOHN
C/O: JODI BRENNER GINSBERG ESQ.
PO BOX 88868
ATLANTA GA 30356

CREDITOR ID: 406508-MS
CONNER, ROY E.
2784 GREENDALE DRIVE
SARASOTA FL 34232

CREDITOR ID: 387096-54
CONNER, SIMON
3445 NW 205 STREET
OPA-LOCKA FL 33056

CREDITOR ID: 381133-47
CONNIE BROOKS
PO BOX 28
GORDON, AL 36343

CREDITOR ID: 246868-12
CONNIES DISPOSAL SERVICE INC
PO BOX 6581
RICHMOND, VA 23230

CREDITOR ID: 246869-12
CONNOISSEURS
ATTN CREDIT MANAGER
PO BOX 414346
BOSTON, MA 02241-4346

CREDITOR ID: 246870-12
CONNOLLY CONSULTING ASSOCIATES INC
FIVE HIGH RIDGE PARK
STAMFORD CT 06905

CREDITOR ID: 384073-47
CONNOLLY CONSULTING ASSOCIATES INC
WILTON CORPORATE PARK
50 DANBURY ROAD
WILTON, CT 06897

CREDITOR ID: 254515-12
CONNOR, LAVON
371 DUNBAR STREET
MOBILE, AL 36603

CREDITOR ID: 397868-76
CONNOR, TAY
7215 COCONUT WAY
VALE, NC 28168

CREDITOR ID: 246871-12
CONNORS BRUNSWICK INC
PO BOX 540
SCARBOROUGH ME 04070-0540

CREDITOR ID: 381786-99
CONOPCO INC
C/O DLA PIPER RUDNICK GRAY CARY US
ATTN: MARK J FRIEDMAN/SUSAN S MAHER
6225 SMITH AVENUE
BALTIMORE MD 21209-3600

CREDITOR ID: 381786-99
CONOPCO INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN: DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 381786-99
CONOPCO INC
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 246872-12
CONOVER CONSTRUCTION & ROOFING
1168 27TH STREET DRIVE SOUTHEAST
HICKORY, NC 28602

CREDITOR ID: 246873-12
CONRAD RICE MILL INC
ATTN: CHRIS R FICHTER, OFF MGR
PO BOX 10640
NEW IBERIA, LA 70562-6980

CREDITOR ID: 385995-54
CONRAD, JASON
6920 CROOKED FENCE DRIVE
LAKE WORTH, FL 33467

CREDITOR ID: 246874-12
CONROS CORPORATION
DEPARTMENT #228801
PO BOX 67000
DETROIT, MI 48267-2288

CREDITOR ID: 404459-95
CONROS CORPORATION
41 LESMILL RD
NORTH YORK ON M3B 2T3
CANADA

CREDITOR ID: 246875-12
CONSECO CAPITAL MGMT
LOAN #056020
DEPT #164101
PO BOX 67000
DETROIT MI 48267-1641

CREDITOR ID: 246881-12
CONSECO MORTGAGE CAPITAL INC
LOAN #0331072  DEPT 164101
PO BOX 67000
DETROIT MI 48267-1641

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246880-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOAN #0183173<br>DEPT #164101<br>PO BOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 246886-12<br>CONSECO MORTGAGE CAPITAL INC<br>PO BOX 67000<br>LOAN #0506033    DEPT #164101<br>DETROIT MI 48267-1641 | CREDITOR ID: 246882-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOAN #056039<br>DEPT #164101<br>PO BOX 67000<br>DETROIT MI 48267-1641 |
| CREDITOR ID: 246885-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOCKBOX #548  PO BOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 315769-40<br>CONSECO MORTGAGE CAPITAL INC<br>DEPT #164101  LN#01586010<br>PO BOX 67000<br>DETROIT, MI 48267-1641 | CREDITOR ID: 246879-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOAN #013031<br>DEPT #164101<br>PO BOX 67000<br>DETROIT MI 48267-1641 |
| CREDITOR ID: 246883-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOAN 0185006 DEPT 164101<br>P OBOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 246878-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOAN #011048<br>DEPT #164101<br>PO BOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 246884-12<br>CONSECO MORTGAGE CAPITAL INC<br>LOAN 056025<br>DEPT #164101<br>PO BOX 67000<br>DETROIT MI 48267-1641 |
| CREDITOR ID: 1219-07<br>CONSECO MORTGAGE CAPITAL INC.<br>DEPT #164101  LN#01586010<br>PO BOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 246887-12<br>CONSECO MORTGAGE CAPITOL INC<br>DEPT 164101<br>PO BOX 67000<br>DETRIOT MI 48267-1641 | CREDITOR ID: 266116-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: HARTLEY FREDRICKS<br>124 SHELL TOOMER PKWY<br>AUBURN AL 36830-0600 |
| CREDITOR ID: 266121-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: LARRY TUBBS<br>285 DEER RUN DR<br>CAMDEN AL 36726-3825 | CREDITOR ID: 266128-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: ROGER NICHOLAS<br>1546 GRIST RD<br>SELMA AL 36701-0664 | CREDITOR ID: 266124-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: MARTIN EVERSE<br>CONFEDERATE PKWY<br>MC CALLA AL 35111 |
| CREDITOR ID: 266127-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: PHIL EASTERWOOD<br>4325 AL HIGHWAY 128<br>ALEXANDER CITY AL 35010-6100 | CREDITOR ID: 266112-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: BRUCE TODD<br>305 BOLEN TOWER RD<br>JACKSON AL 36545 | CREDITOR ID: 266129-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: VICKIE ZINNER<br>22738 AZALEA AVE<br>FLORALA AL 36442-3501 |
| CREDITOR ID: 266125-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: MICHEAL STORM<br>13226 LAKE LURLEEN RD<br>COKER AL 35452-4111 | CREDITOR ID: 266123-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: MARK JACKSON<br>7966 AL HIGHWAY 227<br>GUNTERSVILLE AL 35976-8280 | CREDITOR ID: 266119-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: KENT WELBER<br>5105 NOLEN AVE SE<br>HUNTSVILLE AL 35801-1029 |
| CREDITOR ID: 266114-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: DONALD THORNTON<br>100 JERRY ADAMS DR<br>OPP AL 36467-6101 | CREDITOR ID: 266113-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: DAVID ODOM<br>19644 HIGHWAY 281<br>DELTA AL 36258-8702 | CREDITOR ID: 266126-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: PATSY H DIXON<br>26955 US HIGHWAY 43<br>GALLION AL 36742-3117 |
| CREDITOR ID: 266115-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: HANK PHILLIPS<br>250 CHATTAHOOCHEE STATE PARK RD<br>GORDON AL 36343-4935 | CREDITOR ID: 266118-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: JAMES RUSSELL<br>370 RICKWOOD PARK RD<br>WARRIOR AL 35180-3568 | CREDITOR ID: 266130-31<br>CONSERVATION & NATURAL RESOURC<br>ATTN: WILLIE A CAMPBELL<br>3921 BLADON RD<br>SILAS AL 36919-5535 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266131-31<br>CONSERVTION RECREATION VA DEPT<br>ATTN: JAY MAROON<br>101 N 14TH ST FL 11<br>RICHMOND VA 23219-3665 | CREDITOR ID: 246888-12<br>CONSOLACION MANDANAS<br>2824 CHATSWORTH ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 405970-99<br>CONSOLIDATED BISCUIT CO<br>C/O EASTMAN & SMITH LTD<br>ATTN: KENNETH C BAKER<br>PO BOX 10032<br>TOLEDO OH 43699-0032 |
| CREDITOR ID: 279000-32<br>CONSOLIDATED BISCUIT CO.<br>ATTN: BILL VARNEY<br>312 RADER ROAD<br>MCCOMB, OH 45858 | CREDITOR ID: 404460-95<br>CONSOLIDATED BISCUIT COMPANY<br>PO BOX 847<br>MC COMB OH 45858-0847 | CREDITOR ID: 246890-12<br>CONSOLIDATED CARBONIC<br>2914 US 301 NORTH<br>TAMPA FL 33619 |
| CREDITOR ID: 246891-12<br>CONSOLIDATED CONTAINER COMPANY<br>95 W CRESCENTVILLE ROAD<br>CINCINNATI OH 45246 | CREDITOR ID: 246892-12<br>CONSOLIDATED CONTAINER COMPANY LLC<br>PO BOX 13754<br>NEWARK, NJ 07188-0754 | CREDITOR ID: 246893-12<br>CONSOLIDATED ELEC DIST INC<br>PO BOX 5410<br>COVINGTON LA 70434 |
| CREDITOR ID: 246894-12<br>CONSOLIDATED ELECTRIC SUPPLY<br>PO BOX 616688<br>ORLANDO FL 32861-6688 | CREDITOR ID: 404461-95<br>CONSOLIDATED ELECTRICAL DIST<br>PO BOX 280179<br>TAMPA FL 33682-0179 | CREDITOR ID: 246895-12<br>CONSOLIDATED ELECTRICAL DIST<br>PO BOX 82899<br>TAMPA, FL 33682 |
| CREDITOR ID: 246896-12<br>CONSOLIDATED ELECTRICAL DISTRIB INC<br>CREDIT DEPT<br>PO BOX 1510<br>CARY NC 27512-1510 | CREDITOR ID: 246897-12<br>CONSOLIDATED ELECTRICAL DISTRIB INC<br>PO BOX 3225<br>LOUISVILLE KY 40201 | CREDITOR ID: 269231-16<br>CONSOLIDATED FREIGHT<br>C/O D&B RECEIVABLE MANAGEMENT SVCS<br>4836 BRECKSVILLE ROAD<br>PO BOX 523<br>RICHFIELD, OH 44286 |
| CREDITOR ID: 246898-12<br>CONSOLIDATED FREIGHTWAYS<br>PO BOX 730415<br>DALLAS TX 75275 | CREDITOR ID: 246899-12<br>CONSOLIDATED PIPE & SUPPLY CO. INC<br>DEPT 3147<br>PO BOX 2153<br>BIRMINGHAM AL 35204 | CREDITOR ID: 246900-12<br>CONSOLIDATED PLASTICS<br>8181 DARROW RD<br>TWINSBURG OH 44087-2375 |
| CREDITOR ID: 382924-51<br>CONSOLIDATED PRESCRIPTION SERVICES<br>3637 MEDINA ROAD, SUITE 325<br>MEDINA, OH 44256 | CREDITOR ID: 246901-12<br>CONSOLIDATED PUBLISHING CO<br>PO BOX 2234<br>ANNISTON, AL 36202 | CREDITOR ID: 246902-12<br>CONSOLIDATED TIRES INC<br>PO BOX 5884<br>GREENVILLE SC 29606 |
| CREDITOR ID: 266132-31<br>CONSOLIDATED WASTE INDUSTRIES<br>ATTN: STEPHEN E WITMER<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305-2234 | CREDITOR ID: 246903-12<br>CONSOLIDATED WATERWORKS DIST#1<br>PO BOX 630<br>HOUMA, LA 70361 | CREDITOR ID: 246904-12<br>CONSPEC MATERIAL OF ORLANDO INC<br>2456 N FORSYTH RD<br>ORLANDO FL 32807 |
| CREDITOR ID: 246905-12<br>CONSPEC MATERIALS<br>OF ORLANDO INC<br>5403 W CRENSHAW STREET<br>TAMPA FL 33634 | CREDITOR ID: 246906-12<br>CONSTABLE<br>ROOM 208<br>421 LOYOLA AVENUE<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 246908-12<br>CONSTANGY BROOKS & SMITH LLC<br>PO BOX 102476<br>ATLANTA, GA 30368 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404462-95<br>CONSTAR INTERNATIONAL<br>DEPT CH 10357<br>PALATINE IL 60055-0357 | CREDITOR ID: 246909-12<br>CONSTAR INTERNATIONAL<br>ATTN: JOHN ROCK, CREDIT MGR<br>PO BOX 116983<br>ATLANTA, GA 30368-6983 | CREDITOR ID: 382480-51<br>CONSTAR, INC.<br>5111 PHILLIP LEE DR., SW<br>ATLANTA, GA 30336 |
| CREDITOR ID: 246910-12<br>CONSTELLATION APARTMENTS<br>15 W COLLEGE DR<br>ARLINGTON HEIGHTS, IL 60004 | CREDITOR ID: 2160-07<br>CONSTELLATION APARTMENTS<br>15 W COLLEGE DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | CREDITOR ID: 238-03<br>CONSTELLATION ENERGY SOURCE<br>PO BOX 64486<br>BALTIMORE MD 21201 |
| CREDITOR ID: 246911-12<br>CONSTELLATION NEWENERGY<br>PO BOX 12948<br>FORT WAYNE, IN 46866-2948 | CREDITOR ID: 246912-12<br>CONSTRUCTION MATERIAL INC<br>PO BOX 4088<br>BATON ROUGE, LA 70821 | CREDITOR ID: 406084-97<br>CONSTRUCTION MATERIALS<br>ATTN: KENDRA ELMORE, CREDIT MGR<br>4350 NORTHERN BLVD<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 246913-12<br>CONSTRUCTION MATERIALS<br>ATTN: KENDRA ELMORE, CREDIT MGR<br>PO BOX 830767<br>BIRMINGHAM, AL 35283-0767 | CREDITOR ID: 246914-12<br>CONSTRUCTION MATERIALS INC<br>PO BOX 300990<br>HOUSTON TX 77230-0990 | CREDITOR ID: 246915-12<br>CONSTRUCTION TESTING AND<br>ENGINEERING<br>2821 CHESTNUT STREET<br>MONTGOMERY, AL 36107 |
| CREDITOR ID: 382917-51<br>CONSULCARE PRESCRIPTION NETWORK<br>6061 SOUTH WILLOW DRIVE, SUITE 125<br>GREENWOOD VILLAGE, CO 80111 | CREDITOR ID: 403292-83<br>CONSULTANTS IN DIAGNOSTIC IMAGING<br>3389 SHERIDAN ST., PMB285<br>HOLLYWOOD FL 33021 | CREDITOR ID: 382909-51<br>CONSULTEC, INC.<br>9040 ROSWELL ROAD<br>ATLANTA, GA 30350 |
| CREDITOR ID: 246918-12<br>CONSULTING & DIVERSIFIED SERVICES<br>PO BOX 6713<br>JACKSONVILLE, FL 32236-6713 | CREDITOR ID: 246919-12<br>CONSULTING SPECTRUM INC<br>DBA RESOURCE SPECTRUM<br>PO BOX 2195<br>GRAPEVINE, TX 76099-2195 | CREDITOR ID: 240360-06<br>CONSUMER FINANCE DIVISION<br>P O BOX 11905<br>COLUMBIA SC 29211 |
| CREDITOR ID: 2896-04<br>CONTAINER CO. OF AMERICA<br>3034 CHARLESTON HIGHWAY/PMB#F-179<br>WEST COLUMBIA SC 29172 | CREDITOR ID: 246922-12<br>CONTAINER COMPANY OF CAROLINA<br>PO BOX 9001099<br>LOUISVILLE, KY 40290-1099 | CREDITOR ID: 246921-12<br>CONTAINER COMPANY OF CAROLINA<br>1010 ROGERS BRIDGE ROAD<br>DUNCAN, SC 29334 |
| CREDITOR ID: 395492-64<br>CONTAINER RENTAL<br>PO BOX 547874<br>ORLANDO, FL 32854 | CREDITOR ID: 246923-12<br>CONTAINER RENTAL<br>2715 STATEN ROAD<br>ORLANDO, FL 32804 | CREDITOR ID: 259448-12<br>CONTI, RENE Z<br>2766 SW 129 AVENUE<br>MIRAMAR, FL 33027 |
| CREDITOR ID: 381264-47<br>CONTINENTAL AUTO & TRUCK SERVICE CENTER<br>985 SR 206 W<br>ST AUGUSTINE, FL 32086 | CREDITOR ID: 246926-12<br>CONTINENTAL BAKING<br>PO BOX 591<br>ROCKY MOUNT, NC 27802 | CREDITOR ID: 404464-95<br>CONTINENTAL BAKING<br>P O BO 26237<br>RICHMOND VA 23260 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384074-47<br>CONTINENTAL CUSTOM INGREDIENTS INC<br>DEPT 29-8035<br>CHICAGO, IL 60678-8035 | CREDITOR ID: 246927-12<br>CONTINENTAL CUSTOM INGREDIENTS INC<br>1631 SOUTH PRAIRIE DEIVE<br>SYCAMORE, IL 60178 | CREDITOR ID: 404466-95<br>CONTINENTAL FRAGRANCES LTD<br>770 FORREST SUITE B<br>BIRMINGHAM MI 48009 |
| CREDITOR ID: 246928-12<br>CONTINENTAL FRAGRANCES LTD<br>ATTN: DEBORAH J PETCHUL, CONTROLLER<br>750 STANDARD PARKWAY<br>AUBURN HILLS, MI 48326 | CREDITOR ID: 381863-99<br>CONTINENTAL MILLS<br>C/O PERKINS COIE LLP<br>ATTN: BRUCE MACINTYRE/J STEVENSON<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | CREDITOR ID: 404467-95<br>CONTINENTAL MILLS<br>P.O. BOX 88176<br>SEATTLE WA 98138 |
| CREDITOR ID: 246929-12<br>CONTINENTAL MILLS<br>PO BOX 34935<br>DEPT 510<br>SEATTLE, WA 98124-1935 | CREDITOR ID: 279354-36<br>CONTINENTAL MILLS INC<br>ATTN: MICHAEL CASTLE, VP<br>18125 ANDOVER PARK WEST<br>TUKWILA WA 98188-4704 | CREDITOR ID: 246930-12<br>CONTINENTAL SEASONING INC<br>PO BOX 629<br>TENANEXK NJ 07666-3712 |
| CREDITOR ID: 246931-12<br>CONTINENTAL TIRE NORTH AMERICA<br>PO BOX 60049<br>CHARLOTTE, NC 28260 | CREDITOR ID: 246932-12<br>CONTRACT FLOORING DESIGN<br>ATTN: KENNETH R BLIZZARD, VP<br>PO BOX 6128<br>KINSTON, NC 28501-6128 | CREDITOR ID: 382902-51<br>CONTRACT PHARMACY SERVICES<br>PO BOX 1223<br>ANNISTON, AL 36202 |
| CREDITOR ID: 246933-12<br>CONTRACT SWEEPERS & EQUIPMENT<br>ATTN WILLIAM S MILLER, CONTROLLER<br>561 SHORT STREET<br>COLUMBUS, OH 43215-5678 | CREDITOR ID: 246934-12<br>CONTRACTORS TOOL SERVICE<br>ATTN LISA CHAMBERS, VP<br>5409 EDGEWATER DRIVE<br>ORLANDO, FL 32810 | CREDITOR ID: 385696-54<br>CONTRERAS, ERIN (MINOR)<br>PO BOX 111901<br>HIALEAH FL 33011-1901 |
| CREDITOR ID: 390977-55<br>CONTRERAS, ERIN (MINOR)<br>C/O: ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 246935-12<br>CONTROL COMPONENTS<br>2275 LOWER WETUMPKA RD<br>MONTGOMERY, AL 36110 | CREDITOR ID: 246936-12<br>CONTROL ELECTRIC SUPPLY<br>ATTN ROBERT E DOUT, PRES<br>6270 EDGEWATER DRIVE, STE 3300<br>ORLANDO FL 32810 |
| CREDITOR ID: 395517-64<br>CONTROL MODULE, INC.<br>227 BRAINARD ROAD<br>ENFIELD, CT 06082 | CREDITOR ID: 246938-12<br>CONTROL TECH OF NE FLORIDA INC<br>1821 AZALEA DR<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 246939-12<br>CONTROLLER ORANGE COUNTY<br>PO BOX 38<br>ORLANDO FL 32802 |
| CREDITOR ID: 266133-14<br>CONTROLLERS DIVISION<br>ATTN: DALE LEJEUNE<br>617 N 3RD ST FL 6<br>BATON ROUGE LA 70802-5428 | CREDITOR ID: 246940-12<br>CONTROLS & WEIGHING SYSTEMS<br>PO BOX 549<br>BRANDON, FL 33509 | CREDITOR ID: 246941-12<br>CONVENIENCE KITS INTERNATIONAL<br>PO BOX 406<br>LYNBROOK, NY 11563 |
| CREDITOR ID: 404468-95<br>CONVENIENCE KITS INTERNATIONAL<br>P O BOX 57<br>CEDARHURST NY 11516 | CREDITOR ID: 246942-12<br>CONVENIENT GLASS SERVICE INC<br>901 US HIGHWAY 117 S BYP<br>GOLDSBORO NC 27530 | CREDITOR ID: 246943-12<br>CONVERGED COMMUNICATIONS<br>6316 GREENLAND RD<br>JACKSONVILLE, FL 32258 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 246944-12
CONVERGENT LABEL TECHNOLOGY
PO BOX 88651
MILWAUKEE, WI 53288-0651

CREDITOR ID: 387270-54
CONVERS, CONSUELO
430 GRAND BAY DR
APT 907
MIAMI, FL 33149

CREDITOR ID: 391854-55
CONVERS, CONSUELO
C/O: THEODORE H. ENFIELD, ENQUIRE
THEODORE H. ENFIELD, P.A.
19235 BISCAYNE BLVD
SUITE 105
AVENTURA FL 33180

CREDITOR ID: 246945-12
CONVERSE COLLEGE
FINANCIAL OFFICER
580 E MAIN ST
SPARTANBURG SC 29302

CREDITOR ID: 246946-12
CONVERTING INC
ATTN: DANIEL J BUBOLTZ, CR MGR
255 SPRING ST
CLINTONVILLE, WI 54929

CREDITOR ID: 246947-12
CONVEYORS PLUS INC
PO BOX 344
HOPE HULL, AL 36043

CREDITOR ID: 266134-14
CONVINGTON COUNTY
ATTN: LINDA MCRANEY
CHANCERY BUILDING
COLLINS MS 39428

CREDITOR ID: 246948-12
CONWAY ENTERPRISES INC
D/B/A CONWAY DIESEL SERVICE
ROUTE 3 BOX 196A
EVERGREEN, AL 36401

CREDITOR ID: 246819-12
CON-WAY SOUTHERN EXPRESS
CON-WAY TRANSPORTATION SERV
PO BOX 660240
DALLAS TX 75266-0240

CREDITOR ID: 246950-12
CONWAY TRANSPORTATION SERVICES
PO BOX 642080
PITTSBURGH PA 15264-2080

CREDITOR ID: 246951-12
CONWAY TRANSPORTATION SERVICES INC
PO BOX 660240
DALLAS TX 75266-0240

CREDITOR ID: 269230-16
CON-WAY TRANSPORTATION, INC.
C/O GARY L. BETHUNE
14435 NORTH 7TH STREET
SUITE 201
PHOENIX, AZ 85022

CREDITOR ID: 388251-54
CONWAY, ADOLPH
P.O. BOX 2672
OPELIKA AL 36803

CREDITOR ID: 404469-95
CONWOOD CO LP
PO BOX 75046
CHARLOTTE NC 28275-0001

CREDITOR ID: 246952-12
CONWOOD SALES CO., L.P.
ATTN: EDWARD J FOSTER
PO BOX 217
MEMPHIS, TN 38101-0217

CREDITOR ID: 279355-36
CONWOOD SALES CO., L.P.
C/O EDWARD J. FOSTER
PO BOX 217
MEMPHIS  TN 38101-0217

CREDITOR ID: 246953-12
CONYERS FAMILY PRACTICE
1080 GREEN ST SW
CONYERS, GA 30012

CREDITOR ID: 391667-55
CONYERS, GLORIA D
C/O: SUGGS  & KELLY, PA
500 TAYLOR ST
COLUMBIA SC 29201

CREDITOR ID: 386740-54
CONYERS, GLORIA D
1519 HIGHLAND AVE
CONWAY SC 29526

CREDITOR ID: 391693-55
CONYERS, JAMES
C/O: SCOTT P. WILLIAMS
THE LAW OFFICE OF SCOTT P WILLIAMS, PA
2816 EAST ROBINSON STREET
ORLANDO FL 32803

CREDITOR ID: 399950-84
CONYERS, MARY
64 KIRBY CT
HAVANA FL 32333

CREDITOR ID: 246954-12
COOK CARRIER SERVICES INC
PO BOX 355
LESSBURG GA 31763-0355

CREDITOR ID: 404470-95
COOK COUNTY ADVERTISER
606 NEWTON DRIVE
ADEL GA 31620

CREDITOR ID: 246955-12
COOK COUNTY ADVERTISER
700 BEAR CREEK ROAD
ADEL, GA 31620

CREDITOR ID: 246956-12
COOK COUNTY TAX COMMISSIONER
212 NORTH HUTCHINSON AVENUE
PROPERTY TAX
ADEL GA 31620-2400

CREDITOR ID: 317589-42
COOK COUNTY TAX COMMISSIONER
212 N HUTCHINSON AVE
ADEL GA 31620-2400

CREDITOR ID: 246957-12
COOK DISTRIBUTION CO
4050 LEE VANCE VIEW
COLORADO SPRINGS, CO 80918

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 246958-12
COOK FAMILY FOOD LIMITED
PO BOX 905297
CHARLOTTE NC 28290-0001

CREDITOR ID: 386460-54
COOK, BELINDA
327 KELLER AVENUE
BILOXI MS 39530

CREDITOR ID: 391513-55
COOK, BELINDA
C/O BYRD & WISER
ATTN MATTHEW G MESTAYER, ESQ
PO BOX 1939
BILOXI MS 39533

CREDITOR ID: 394221-56
COOK, CHRISTY
8149 CANDLEWOOD DRIVE
LARGO, FL 33773

CREDITOR ID: 394787-57
COOK, CHRISTY
C/O LOUIS C. CHRISTOPHER
4865 48TH AVENUE NORTH
ST. PETERSBURG FL 33714

CREDITOR ID: 387232-54
COOK, DIANE
413 ALABAMA STREET
HAMPTON, SC 29924

CREDITOR ID: 391820-55
COOK, DIANE
C/O: H. WOODROW GOODING, ESQUIRE
GOODING AND GOODING, P.A.
POST OFFICE BOX 1000
ALLENDALE SC 29810

CREDITOR ID: 403649-94
COOK, EDDIE B
203 LENTZ RD
BRANDON FL 33510

CREDITOR ID: 389231-54
COOK, EDWARD
40 HENRY COOK LANE
WETUMPKA AL 36092

CREDITOR ID: 386887-54
COOK, JOANN
8613 ELBA WAY
ORLANDO FL 32810

CREDITOR ID: 388444-54
COOK, JUDY
P O BOX 1028
WALTERBORO, SC 29488

CREDITOR ID: 392539-55
COOK, JUDY
C/O: JOHN E. PARKER
PETERS, MURDAUGH, PARKER & ELTZROTH
303 FIRST STREET, EAST
PO BOX 457
HAMPTON SC 29924

CREDITOR ID: 388787-54
COOK, MARY
6810 CANDLEWOOD DR. S.
JACKSONVILLE, FL 32244

CREDITOR ID: 392742-55
COOK, MARY
C/O: DEXTER VAN DAVIS
LUSTER & DAVIS, P.A.
255 LIBERTY STREET
SUITE A
JACKSONVILLE FL 32202

CREDITOR ID: 406509-MS
COOK, PHILLIP
490 GAINESVILLE HWY, APT E7
WINDER GA 30680

CREDITOR ID: 376937-44
COOK, SANDRA
RAL DIV  STORE #2066
704 WASHINGTON ST
GRAHAM, NC 27253

CREDITOR ID: 386306-54
COOK, TAMMY J
3114 N. 28TH
WACO TX 76708

CREDITOR ID: 387613-54
COOK, VERA
1614 GEORGIA AVENUE
WEST PALM BEACH FL 33401

CREDITOR ID: 246959-12
COOKE COMMUNICATIONS LLC
PO BOX 1800
KEY WEST, FL 33041-1800

CREDITOR ID: 246960-12
COOKE'S GLASS SERVICE INC
1147 COMMERCE ROAD
FOREST VA 24551

CREDITOR ID: 246961-12
COOKSEY STEEL COMPANY INC
PO BOX 391
TIFTON, GA 31793-0391

CREDITOR ID: 246962-12
COOL AIR INC
1441 RICE ST
ST PAUL MN 55117-3899

CREDITOR ID: 246963-12
COOL GEAR INTERNATIONAL
10 CORDAGE PARK CIRCLE
SUITE 212
PLYMOUTH MA 02360

CREDITOR ID: 243900-12
COOLEY, BRENDA H
4672 ROUNSAVILLE
LEAKESVILLE MS 39451

CREDITOR ID: 385142-54
COOLEY, DONALD
1640 INGRAM ROAD
ELMORE AL 36025

CREDITOR ID: 385142-54
COOLEY, DONALD
C/O GUY RODNEY WILLIS & ASSOCIATES
ATTN GUY R WILLIS, ESQ
PO DRAWER 1227
MILLBROOK AL 36054

CREDITOR ID: 390494-55
COOLEY, DONALD
C/O: HOPE AYERS
THE ANDERSON LAW FIRM, LLC
4121 CARMICHAEL RD., STE. 304
MONTGOMERY AL 36106

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246965-12<br>COOLING & HEATING INC<br>PO BOX 700<br>FORT WALTON BEACH FL 32549-0700 | CREDITOR ID: 246966-12<br>COOLING CENTER<br>3719 SCOTT FUTRELL DRIVE<br>CHARLOTTE, NC 28208 | CREDITOR ID: 404471-95<br>COOLING CENTER<br>3719 S I-85 SERVICE RD<br>CHARLOTTE NC 28208 |
| CREDITOR ID: 246964-12<br>COOL-VUE ALUMINUM<br>2008 SAINT FERDINAND ST<br>NEW ORLEANS LA 70117-6994 | CREDITOR ID: 246967-12<br>COOMBS HEATING & AIR CONDITIONING<br>307 W LAWSON<br>HAHIRA, GA 31632 | CREDITOR ID: 406510-MS<br>COONER, JERRY<br>417 MERRY WAY<br>PIKE RD. AL 36064 |
| CREDITOR ID: 374802-44<br>COONEY, EDWARD<br>POM DIV STORE STORE# 265<br>8845 RAMBLEWOOD DR. APT 1709<br>CORAL SPRINGS, FL 33071 | CREDITOR ID: 387745-54<br>COONEY, MARION<br>2393 NW 80TH STREET<br>MIAMI FL 33147 | CREDITOR ID: 246968-12<br>COOPER CITY HIGH SCHOOL<br>BAND PARENT ASSOC<br>5531 SW 94 AVENUE<br>COOPER CITY FL 33328 |
| CREDITOR ID: 246970-12<br>COOPER FAMILY MEDICAL CENTER<br>4305 DENNY AVENUE<br>HWY 90 E<br>PASCAGOULA, MS 39567 | CREDITOR ID: 246971-12<br>COOPER SMOLEN JOINT VENTURE<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 389819-54<br>COOPER, CAROL<br>600 SOUTH MADDOX ROAD<br>PERRY FL 32347 |
| CREDITOR ID: 390343-54<br>COOPER, DAE'ANARA (MINOR)<br>532 W 22ND STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 403454-93<br>COOPER, DAE'ANARA (MINOR)<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY OWENS, ESQ<br>815 S MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406511-MS<br>COOPER, DARRYL<br>4800 SE 188TH AVE.<br>FT. LAUDERDALE FL 33332 |
| CREDITOR ID: 406512-MS<br>COOPER, DEAN<br>8447 THREE CREEKS BLVD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 390419-54<br>COOPER, DORIS M<br>228 WELLS RD<br>CLINTON, MS 39056 | CREDITOR ID: 391821-55<br>COOPER, DORIS M<br>C/O: MARC E. BRAND, ATTORNEY AT LAW<br>MARC E. BRAND, ATTORNEY AT LAW<br>P. O. BOX 3508<br>JACKSON MS 39207-3508 |
| CREDITOR ID: 406513-MS<br>COOPER, JAMES L.<br>4605 LONG BOW RD. S.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406514-MS<br>COOPER, LEONARD H.<br>2437 CEDAR SHORES CIRCLE S.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 397800-75<br>COOPER, MICHAEL W MD<br>1101 AUDUBON AVE S-3<br>THIBODAUX, LA 70301 |
| CREDITOR ID: 392759-55<br>COOPER, RENATA D<br>C/O: BRANDY I. HATCH/LEGAL ASST.<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388804-54<br>COOPER, RENATA D<br>8050 ARLINGTON EXPRESSWAY<br>APT L1703<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 400476-87<br>COOPER, SAMUEL JR.<br>10984 BACALL RD WEST<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 260425-12<br>COOPER, SANTEE<br>PO BOX 188<br>MONCKS CORN, SC 29461 | CREDITOR ID: 389115-54<br>COOPER, TARA<br>PO BOX 743<br>CLAXTON, GA 30417 | CREDITOR ID: 393000-55<br>COOPER, TARA<br>C/O: BENJAMIN S. EICHHOLZ<br>BENJAMIN SHEFTALL EICHHOLZ, P.C.<br>PO BOX 10244<br>SAVANNAH GA 31412 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 388793-54
COOPER, TINA
8260 SW 6TH ST
NORTH LAUDERDALE, FL 33068

CREDITOR ID: 392748-55
COOPER, TINA
C/O  LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT. LAUDERDALE FL 33311

CREDITOR ID: 266135-31
COOPER/ASSOC LLC
ATTN: JIM MCNAUGHTON
5016 W CONCORD RD
BRENTWOOD TN 37027-6520

CREDITOR ID: 246972-12
COOPERATIVE BANK
PO BOX 366
ELIZABETHTOWN NC 28337

CREDITOR ID: 246973-12
COOPERATIVE GRADING SER
PO BOX 27686
RALEIGH NC 27611-7686

CREDITOR ID: 246974-12
COOPERATIVE PROPANE  INC
414 TWAIN CURVE
MONTGOMERY, AL 36117

CREDITOR ID: 246975-12
COOPERATIVE PROPANE MONTGOMERY
PO BOX 210397
MONTGOMERY AL 36121

CREDITOR ID: 246976-12
COOPERS BBQ AND CATERING
109 EAST DAVIE STREET
RALIEGH NC 27601

CREDITOR ID: 246977-12
COPACO MONTGOMERY
PO BOX 6369
COLUMBUS GA 31917-6369

CREDITOR ID: 390448-54
COPE, LINDA DIANE
1826 NW 43  ST
MIAMI, FL 33142

CREDITOR ID: 392593-55
COPE, LINDA DIANE
C/O: HOWARD GROSS
GROSS & TELISMAN, PA
12805 SW 84TH AVENUE RD
MIAMI FL 33156

CREDITOR ID: 391966-55
COPELAND, DAISY J
C/O: LARRY  D HARDAWAY ESQ
LARRY D HARDAWAY AND ASSOC
P.O. BOX 1066
310 E MAIN ST.
BARTOW FL 33831

CREDITOR ID: 387411-54
COPELAND, DAISY J
3215 PRIDE AVE
LAKELAND, FL 33801

CREDITOR ID: 389726-54
COPELAND, DEBBIE
9133 CHEVY LN
YOUNGSTOWN FL 32466

CREDITOR ID: 387056-54
COPELAND, KERI
1231 B TRICKHAM BRIDGE ROAD
BRANDON MS 39042

CREDITOR ID: 244103-12
COPENHAVER, BRUNHILDA
20750 NE 13TH COURT
MIAMI FL 33179

CREDITOR ID: 278867-30
COPES
PO BOX 7324
LANCASTER PA 17604

CREDITOR ID: 246978-12
COPIAH COUNTY COURIER
103 S RAGSDALE AVE
PO BOX 351
HAZLEHURST, MS 39083

CREDITOR ID: 246980-12
COPIAH MEDICAL ASSOCIATION
ATTN EDDIE MCCORMICK
213 CALDWELL DRIVE
HAZLEHURST, MS 39083

CREDITOR ID: 374428-44
COPLAND, WENDY, F
280 KENTUCKY DR
CLAYTON, NC 27520

CREDITOR ID: 385456-54
COPPOLA, TAMMY
108 FLAGLER PLAZA DRIVE
PALM COAST, FL 32137

CREDITOR ID: 390758-55
COPPOLA, TAMMY
C/O: GREGORY D. PRYSOCK
MORGAN, COLLING & GILBERT
815 SOUTH MAIN STREET
STE. 301
JAX FL 32207

CREDITOR ID: 387343-54
COPPOLA, THERESA
4402 MARTINIQUE COURT
#F3
COCONUT CREEK, FL 33066

CREDITOR ID: 391916-55
COPPOLA, THERESA
C/O CHARLES H COHEN, PA
ATTN CHARLES H COHEN, ESQ
2856 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 387537-54
COPSY, MARGARET
PO BOX 1842
BUNNELL FL 32110

CREDITOR ID: 392041-55
COPSY, MARGARET
C/O: STEWART L COLLING
MORGAN, COLLING & GILBERT PA
PO BOX 9504
FORT MYERS FL 33906

CREDITOR ID: 246982-12
CORA M POSEY
924 4TH AVENUE WEST
BIRMINGHAM AL 35204

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266137-31<br>CORAL GABLES CITY OF<br>ATTN: BETTY MARINO<br>2800 SW 72ND AVE<br>MIAMI FL 33155-2804 | CREDITOR ID: 266136-31<br>CORAL GABLES CITY OF<br>ATTN: ALBERTO DELGATO<br>285 ARAGON AVE<br>CORAL GABLES FL 33134-5008 | CREDITOR ID: 246984-12<br>CORAL SPRINGS FIRE DEPARTMENT<br>9551 W SAMPLE ROAD<br>CORAL SPRINGS, FL 33065 |
| CREDITOR ID: 246985-12<br>CORAL SPRINGS HIGH SCH GRANDSLAM<br>7201 WEST SAMPLE ROAD<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 1222-07<br>CORALWOOD SHOPPING CENTER<br>C/O WELSH COMPANIES SE INC.<br>12800 UNIVERSITY DRIVE, SUITE 250<br>FORT MYERS, FL 33907 | CREDITOR ID: 246986-12<br>CORBETT CRANE RENTAL INC<br>PO BOX 388<br>DAYTONA BEACH FL 32115 |
| CREDITOR ID: 246987-12<br>CORBETTS METAL FABRICATION<br>475 AIRPORT RD<br>PIKEVILLE, NC 27863 | CREDITOR ID: 388148-54<br>CORBIN, ANA<br>1902 OGBURN AVENUE<br>MOBILE AL 36605 | CREDITOR ID: 392381-55<br>CORBIN, ANA<br>C/O: NORMAN GALE, JR.<br>GALE & GALE, PC<br>917 WESTERN AMERICA CIRCLE<br>STE 205<br>MOBILE AL 36609 |
| CREDITOR ID: 391496-55<br>CORBY, PEGGY<br>C/O GEROD J HOOPER-BRUCE SCHEINER<br>PO BOX 60049<br>FORT MYERS, FL 33906 | CREDITOR ID: 246988-12<br>CORD CRAFTS INC<br>NW 5482<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5482 | CREDITOR ID: 246989-12<br>CORDELE CITY TAX COLLECTOR<br>PO BOX 569<br>PROPERTY TAX<br>CORDELE GA 31010-0569 |
| CREDITOR ID: 246990-12<br>CORDELE DAILY DISPATCH<br>PO BOX 1058<br>CORDELE, GA 31015-1058 | CREDITOR ID: 390460-54<br>CORDERO, NILDA E<br>706 WEDGE LANE<br>POINCIANA, FL 34759 | CREDITOR ID: 392974-55<br>CORDERO, NILDA E<br>C/O DRAPER LAW OFFICE<br>ATTN NICHOLAS  LAFOUNTAIN, ESQ<br>705 WEST EMMETT STREET<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 392261-55<br>CORDOBA, ANA C<br>C/O: ANDREW H DRUCKER  P.A.<br>1570 MADRUGA AVE<br>STE 216<br>CORAL GABLES FL 33146 | CREDITOR ID: 387979-54<br>CORDOBA, ANA C<br>700 SW 34TH AVE<br>MIAMI, FL 33145 | CREDITOR ID: 246991-12<br>CORDOVA COLLECTION LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 1223-07<br>CORDOVA COLLECTION LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 2161-07<br>CORDOVA COLLECTION, LTD<br>PO BOX 235000<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 246992-12<br>COREFACTS<br>14030 THUNDERBOLT PLACE<br>SUITE 700<br>CHANTILLY VA 20151 |
| CREDITOR ID: 244291-12<br>COREIL, C BRENT DISTRICT ATTORNEY<br>PO DRAWER 780<br>VILLE PLATTE, LA 70586-0780 | CREDITOR ID: 400638-91<br>CORELLA, PASQUALE J<br>P.O.BOX 5501<br>KEY WEST FL 33045 | CREDITOR ID: 246993-12<br>CORESTAFF SERVICES<br>PO BOX 60876<br>CHARLOTTE, NC 28260-0876 |
| CREDITOR ID: 246994-12<br>CORESTAFF STAFFING SERVICES<br>ATTN: PETRINE HANSEN, CRED SUPV<br>PO BOX 60799<br>CHARLOTTE, NC 28260-0799 | CREDITOR ID: 246995-12<br>CORETRANS<br>C/O KHIC<br>PO BOX 1738<br>LONDON, KY 40741 | CREDITOR ID: 406515-MS<br>COREY, THOMAS<br>4043 WINDSOR PARK DR. E<br>JACKSONVILLE FL 32224 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 247000-12
CORINE HURST SM
2311 GATEWAY DR RM 104
OPELIKA, AL 36801

CREDITOR ID: 393678-58
CORKY'S PACAKGE LIQUOR #1341-3
632 HWY 12
UNIVERSITY SQUARE
STARKSVILLE, MS 39759

CREDITOR ID: 243855-12
CORLEY, BRANDON
4911 C HWY 19 N
MERIDIAN MS 39307

CREDITOR ID: 386311-54
CORLEY, LESLIE
1023 DAN DRIVE
LAWRENCEBURG KY 40342

CREDITOR ID: 256430-12
CORLEY, MILTON
206 MEDFORD PLACE
JACKSONVILLE, FL 32225

CREDITOR ID: 386417-54
CORMIER, JUDITH
165 CENTER POINT ROAD
WEATHEFORD TX 76087

CREDITOR ID: 392856-55
CORNEILLE, GLOVER (MINOR)
C/O ROBERT P DISTEFANO, PA
ATTN ROBERT P DISTEFANO, ESQ
7471 W OAKLAND PK BLVD, SUITE 106
FORT LAUDERDALE, FL 33319

CREDITOR ID: 388952-54
CORNEILLE, GLOVER (MINOR)
5581 BOYNTON RISE LANE
BOYNTON BEACH, FL 33437

CREDITOR ID: 387602-54
CORNELIUS, TESS
4165 PEBBLE CREEK
VALDOSTA GA 31605

CREDITOR ID: 388574-54
CORNELIUS, WALTER
3762 CATALINA ROAD
PALM BEACH GARDENS FL 33410

CREDITOR ID: 392638-55
CORNELIUS, WALTER
C/O: WILLIAM L. CONTOLE
WIITALA & CONTOLE
PO BOX 14125
NORTH PALM BEACH FL 33408

CREDITOR ID: 247001-12
CORNER STONE ASSEMBLY OF GOD
3699 HWY 59
MANDEVILLE, LA 70471

CREDITOR ID: 393731-58
CORNER STORE CHRISTIAN
215 LAS GAVIOTAS BLVD.
CHESAPEAKE, VA 23322

CREDITOR ID: 395278-63
CORNERSTONE ASSOCIATES LLC
180 RAINBOW RD.
NORTH BARRINGTON, IL 60010

CREDITOR ID: 374435-44
CORNERSTONE CHRISTIAN ACADEMY
456 W FIFTH ST
LAPLACE, LA 70068

CREDITOR ID: 397199-67
CORNERSTONE CHRISTIAN CTR, INC
215 LAS GAVIOTAS BLVD.
CHESAPEAKE, VA 23322

CREDITOR ID: 247003-12
CORNERSTONE CHRISTIAN SCHOOL
24975 HWY 25
COLUMBIANA AL 35051

CREDITOR ID: 247004-12
CORNERSTONE COMMUNICATIONS
PO BOX 1315
LAURENS SC 29360

CREDITOR ID: 247005-12
CORNERSTONE SUPPLY INC
5860 OLD TIMUQUANA RD
JACKSONVILLE FL 32210

CREDITOR ID: 386801-54
CORNIBE, GLORIA
260 HEATHER DR
MANDEVILLE LA 70471

CREDITOR ID: 389896-54
CORNICK, MARTHA S
3113 SW 26TH DR.
GAINESVILLE, FL 32608

CREDITOR ID: 393435-55
CORNICK, MARTHA S
LAW OFFICE OF LAWRENCE J MARRAFFINO
ATTN LAWRENCE J MARRAFFINO,
3312 W. UNIVERSITY AVE.
STE. 2
GAINESVILLE FL 32607

CREDITOR ID: 382481-51
CORNIS, MIKE
1109 DUNCAN DRIVE
WINTER SPRINGS, FL 32708

CREDITOR ID: 406516-MS
CORNISH, M C
1109 DUNCAN DR
WINTER SPGS FL 32708

CREDITOR ID: 386037-54
CORNWALL, TILDA
87 THRASHER STREET
NORCROSS, GA 30071

CREDITOR ID: 389924-54
CORONADO, MARIA P
7780 SW 90TH STREET
APT L-6
MIAMI, FL 33156

CREDITOR ID: 247006-12
CORP CASH APPS GROUP
6750 DISCOVERY BLVD
MABLETON, GA 30126-4646

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 247007-12
CORP PROCURE DIST SERVICE
PO BOX 86
SDS 12 0805 DEPT #90491 A
MINNEAPOLIS MN 55486-0805

CREDITOR ID: 256187-12
CORPION, MICHAEL A
5090 NW 116TH CT
DORAL, FL 33178

CREDITOR ID: 247008-12
CORPORATE AIRCRAFT ASSOCIATION INC
137 NORTH POINTE CIRCLE
DAYTON NV 89403

CREDITOR ID: 247009-12
CORPORATE BILLING INC
SUBSIDIARY/FIRST AMERICAN BANK
%BAY LINES      PO BOX 1726
DECATUR AL 35602

CREDITOR ID: 247010-12
CORPORATE EXECUTIVE BOARD
3393 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 247011-12
CORPORATE EXPRESS
BOX 71598
CHICAGO IL 60694-1598

CREDITOR ID: 247013-12
CORPORATE EXPRESS
PO BOX 95230
CHICAGO, IL 60694

CREDITOR ID: 247012-12
CORPORATE EXPRESS
PO BOX 71307
CHICAGO, IL 60694-1307

CREDITOR ID: 247014-12
CORPORATE EXPRESS DOC & PRINT MGMT
BOX 95365
CHICAGO, IL 60694-5365

CREDITOR ID: 381823-48
CORPORATE FLEET SERVICES
ATTN RAY BROWN
PO BOX 19589
CHARLOTTE NC 28219

CREDITOR ID: 247016-12
CORPORATE MAILING SYSTEMS
ATTN: JOHN H TURNER, PRES
1839 PLANTSIDE DRIVE
LOUISVILLE, KY 40299

CREDITOR ID: 247017-12
CORPORATE OFFICE FURNITURE
PO BOX 2487
WOODSTOCK, GA 30188

CREDITOR ID: 247018-12
CORPORATE ONE SOURCE
PO BOX 41861
BATON ROUGE LA 70835-1861

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOC. 9
C/O WILLKIE FARR & GALLAGHER LLP
ATTN: ROBIN SPIEGEL
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOC. 9
50 ROCKEFELLER PLAZA, 2ND FLOO
C/O W. P. CAREY & CO.
NEW YORK NY 10020

CREDITOR ID: 2164-07
CORPORATE PROPERTY ASSOCIATES 6, L
C/O W.P. CAREY & CO.
50 ROCKEFELLER PLAZA, 2ND FLOOR
NEW YORK NY 10020

CREDITOR ID: 2164-07
CORPORATE PROPERTY ASSOCIATES 6, L
C/O WILLKIE FARR & GALLAGHER LLP
ATTN: ROBIN SPIEGEL
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 279452-99
CORPORATE PROPERTY ASSOCIATES 9
C/O WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN LIPKIN/ROBIN SPIGEL
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 247019-12
CORPORATE PROPERTY ASSOCIATES LTD
GENERAL POST OFFICE
PO BOX 29935
NEW YORK NY 10087-9935

CREDITOR ID: 247020-12
CORPORATE TESTING SOLUTIONS
311 SILVER CREEK RUN
LAWRENCEVILLE GA 30044

CREDITOR ID: 266138-31
CORPORATION FOR NAT CMNTY SVC
ATTN: BETTY PLATT
950 22ND ST N STE 428
BIRMINGHAM AL 35203-1134

CREDITOR ID: 266139-31
CORPORTION TO DVLOP COMMUNTIES
ATTN: COLEMAN BELL
2631 E LAKE AVE
TAMPA FL 33610-7750

CREDITOR ID: 247021-12
CORR WILLIAMS CIGARS
PO BOX 1469
MERIDIAN, MS 39301

CREDITOR ID: 247022-12
CORR WILLIAMS COMPANY
PO BOX 2570
JACKSON, MS 39207

CREDITOR ID: 247023-12
CORR WILLIAMS COMPANY
PO BOX 32
1522 HIGHWAY 98 EAST
COLUMBIA, MS 39429

CREDITOR ID: 266140-31
CORRECTION NORTH CAROLINA DEPT
ATTN: FRANK DAVIS
4003 FAYETTE RD
RAEFORD NC 28376

CREDITOR ID: 247025-12
CORRIGAN S CAMPBELL
12327 SONDRA COVE TRAIL NORTH
JACKSONVILLE FL 32225

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247026-12<br>CORRIGANS EXPRESS FREIGHT LLC INC<br>8900 BELLANCA AVENUE<br>LOS ANGELES, CA 90045 | CREDITOR ID: 247027-12<br>CORRIHER BEEF & SAUSAGE CO<br>ATTN: FRANK TADLOCK<br>PO BOX 133<br>LANDIS, NC 28088 | CREDITOR ID: 403148-89<br>CORRINO, MICHAEL J.<br>5345 NORTHSIDE DR.<br>MACON GA 31210 |
| CREDITOR ID: 406517-MS<br>CORRINO, MICHAEL J.<br>4354 SENTINEL PL NW<br>KENNESAW GA 30144 | CREDITOR ID: 247029-12<br>CORT FURNITURE RENTAL<br>3506 UNIVERSITY BLVD S<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 247031-12<br>CORTLAND COUNTY SUPPORT COLLEC UNIT<br>PO BOX 15311<br>ALBANY NY 12212-5311 |
| CREDITOR ID: 389826-54<br>CORTRIGHT, JAMES<br>5137 NORTH SCENIC HIGHWAY<br>LOT 8<br>LAKE WALES FL 33898 | CREDITOR ID: 374436-44<br>CORUJO, KATHLEEN, M<br>2812 BICKLEY DR.<br>APOPKA, FL 32712 | CREDITOR ID: 247033-12<br>CORVETTE AUTOMOTIVE<br>5712 PLAUCHE ST<br>HARAHAN, LA 70123 |
| CREDITOR ID: 387432-54<br>CORYRES, MARY<br>64 KIRBY CT<br>HAVANA, FL 32333 | CREDITOR ID: 386476-54<br>COSART, DALE<br>3326 YUKON DR.<br>PORT CHARLOTTE FL 33948 | CREDITOR ID: 389069-54<br>COSBY, MARY<br>12509 LIVEOAK DRIVE<br>LOUISVILLE, KY 40243 |
| CREDITOR ID: 247036-12<br>COSCO SIGNS INC<br>410 CHRISONYA LANE<br>LEXINGTON, NC 27295 | CREDITOR ID: 247037-12<br>COSGROVE ENTERPRISES<br>16000 NORTHWEST 49TH AVENUE<br>MIAMI, FL 33014 | CREDITOR ID: 404477-95<br>COSGROVE ENTERPRISES<br>13000 NW 38TH AVE<br>OPA LOCKA FL 33054-4520 |
| CREDITOR ID: 247038-12<br>COSMETIC ESSENCE INC<br>DEPARTMENT 294501<br>PO BOX 67000<br>DETROIT MI 48267-2945 | CREDITOR ID: 247039-12<br>COSMOPOLITAN EVANGELISTIC<br>BAPTIST CHURCH<br>4900 MITHRA STREET<br>NEW ORLEANS LA 70126 | CREDITOR ID: 384075-47<br>COSMOPOLITAN EVANGELISTIC BAPTIST CHURCH<br>4900 MITHRA STREET<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 381100-47<br>COSMOPOLITAN EVANGELISTIC BAPTIST CHURCH<br>5501 CAMERON BLVD # B<br>NEW ORLEANS, LA 70122 | CREDITOR ID: 247040-12<br>COSRICH GROUP INC<br>DEPT 1688-11<br>DENVER, CO 80291-1688 | CREDITOR ID: 374437-44<br>COSRICH GROUP INC<br>A DIVISION OF PMC INC<br>PO BOX 95554<br>CHICAGO, IL 60694-5554 |
| CREDITOR ID: 247041-12<br>COSTA NURSERY FARMS INC<br>135 S LASALLE  DEPT 4847<br>CHICAGO IL 60674-4847 | CREDITOR ID: 397760-73<br>COSTON, AYANNA<br>C/O ROBERT ROSENBERG<br>938 LAFAYETTE STREET, SUITE 200<br>NEW ORLEANS, LA 70123 | CREDITOR ID: 406518-MS<br>COTE, RENE<br>15462 SW 112TH TERRACE<br>MIAMI FL 33196 |
| CREDITOR ID: 247042-12<br>COTEAU ELEMENTARY<br>2414 COTEAU ROAD HWY 88<br>NEW IBERIA, LA 70560 | CREDITOR ID: 381156-47<br>COTNEY, KATRINA<br>760 NORTH TROPICAL TRAIL<br>MERRIT ISLAND, FL 32953 | CREDITOR ID: 394310-56<br>COTO, CARMEN<br>6560 RUSBET STREET<br>HOLLYWOOD, FL 33024 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 394802-57
COTO, CARMEN
C/O MICHAEL K BERGMA ESQ
2501 HOLLYWOOD BLVD
SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 247043-12
COTT BEVERAGES USA
12418 COLLECTIONS CENTER BLVD
CHICAGO, IL 60693

CREDITOR ID: 247044-12
COTTERMAN COMPANY
PO BOX 168
130 SELTZER RD
CROSWELL MI 48422-0168

CREDITOR ID: 389773-54
COTTIER, CAROL
23337 OSCAR ST
MANDEVILLE LA 70448

CREDITOR ID: 393387-55
COTTIER, CAROL
C/O: C.RAY MURRY, ESQ.
C. RAY MURRY, ATTY AT LAW, L.L.C
1009 NORTH CARNATION STREET
SUITE E
SLIDELL LA 70460

CREDITOR ID: 247045-12
COTTINGHAM PACKING CO
PO BOX 432
DILLON, SC 29536

CREDITOR ID: 244294-12
COTTINGHAM, C DAVID
STANDING TRUSTEE
PO DRAWER 020588
TUSCALOOSA, AL 35402

CREDITOR ID: 247046-12
COTTLE STRAWBERRY NURSERY, INC
ATTN RON E COTTLE, PRES
192 NED COTTLE LANE
FAISON, NC 28341

CREDITOR ID: 391892-55
COTTO, JORGE A
C/O STEVEN S FARBMAN, PA
ATTN STEVE S FARBMAN, ESQ
2219 HOLLYWOOD BLVD STE 102
HOLLYWOOD FL 33020

CREDITOR ID: 387310-54
COTTO, JORGE A
1620 NW 46TH AVE
APT 24
LAUDERHILL, FL 33319

CREDITOR ID: 266141-31
COTTON BROS LLC
ATTN: WILLIAM STRICKLAND
216 CHERRY HILL RD
MONROE GA 30656-2905

CREDITOR ID: 247047-12
COTTON BROS/BAKING CO
PO BOX 5405
ALEXANDRIA, LA 71307-5405

CREDITOR ID: 247048-12
COTTON BUDS INC
1240 N FEE ANA STREET
ANAHEIM, CA 92807

CREDITOR ID: 247049-12
COTTON INC
PO BOX 5405
ALEXANDRIA, LA 71307-5405

CREDITOR ID: 247050-12
COTTON PORT ELEMENTARY
950 LEMOINE STREET
COTTONPORT, LA 71327

CREDITOR ID: 406519-MS
COTTON, DON C.
5000 E. VENICE AVE.
VENICE FL 34292

CREDITOR ID: 385761-54
COTTON, ESTINE
1645 LINCOLN AVE
MARRERO, LA 70072

CREDITOR ID: 391035-55
COTTON, ESTINE
C/O: GAUDIN AND GAUDIN ATTY AT LAW
P.O. BOX 156
1088 FOURTH ST.
GRETNA LA 70053

CREDITOR ID: 279215-35
COTY LLC
ATTN: PAM GUNTER
PO BOX 1026
SANFORD NC 27330

CREDITOR ID: 247051-12
COTY US INC
PO BOX 70613
CHICAGO, IL 60673-0613

CREDITOR ID: 404480-95
COTY US INC
ATTN LOIS RICE
PO BOX 1063
SANFORD NC 27331-1026

CREDITOR ID: 269275-16
COUCH, JAMES
C/O LINDELL FARSON & PINCKET, PA
ATTN J MICHAEL LINDELL ESQ
12276 SAN JOSE BOULEVARD, SUITE 126
JACKSONVILLE, FL 32223-8630

CREDITOR ID: 269277-16
COUCH, JEREMIA
C/O LINDELL FARSON & PINCKET, PA
ATTN J MICHAEL LINDELL ESQ
12276 SAN JOSE BOULEVARD, SUITE 126
JACKSONVILLE, FL 32223-8630

CREDITOR ID: 406520-MS
COUCH, WARREN A
2803 GRANDE OAKS WAY
GREEN COVE SPRINGS FL 32043-3769

CREDITOR ID: 406010-15
COULES, LINDA L
3461 BAY RIDGE WAY
PORT CHARLOTTE FL 33953

CREDITOR ID: 399484-82
COULTER, DALE
1184 LINCOLN AVENUE
GLENDALE  OH 45246-3712

CREDITOR ID: 386312-54
COULTER, PHYLLIS
118 SOUTH LONNIE LANE
MILLWOOD KY 42762

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266142-31<br>COUNCIL OF PAST PRESIDENTS INC<br>ATTN: E B JOHNSON<br>1807-1 W 45TH ST<br>JACKSONVILLE FL 32209-3155 | CREDITOR ID: 387380-54<br>COUNCIL, KAREN<br>2640 NW 22ND AVENUE<br>MIAMI, FL 33167 | CREDITOR ID: 391946-55<br>COUNCIL, KAREN<br>C/O: DAVID S MAGRAM ESQ.<br>DAVID S. MAGRAM, P.A.<br>801 N.E. 167TH ST., 2ND FLOOR<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 247320-12<br>COUNTIES OF CULLMAN JEFFERSON<br>PO BOX 399<br>CULLMAN, AL 35056-0399 | CREDITOR ID: 247052-12<br>COUNTRY BOB'S<br>PO BOX 706<br>CENTRALIA, IL 62801 | CREDITOR ID: 247053-12<br>COUNTRY BOY FENCE<br>5860 RETHA RD<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 397235-67<br>COUNTRY BOY'S GARDEN<br>2917 WADE HAMPTON RD.<br>TAYLOR, SC 29687 | CREDITOR ID: 247054-12<br>COUNTRY CATERERS<br>674 EVERGREEN ROAD<br>FITZGERALD, GA 31750 | CREDITOR ID: 247055-12<br>COUNTRY CATERERS BBQ INC<br>6217 CR 21B<br>KEYSTONE HEIGHTS FL 32656 |
| CREDITOR ID: 247056-12<br>COUNTRY CHARM<br>2080 INDUSTRIAL DRIVE<br>GAINESVILLE GA 30504 | CREDITOR ID: 247057-12<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 1224-07<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 |
| CREDITOR ID: 247058-12<br>COUNTRY DAY SCHOOL<br>4455 NORTH BLVD<br>BATON ROUGE, LA 70806 | CREDITOR ID: 247059-12<br>COUNTRY DELITE FARMS LLC<br>PO BOX 932542<br>ATLANTA GA 31193 | CREDITOR ID: 247060-12<br>COUNTRY FRESH INC<br>2008 W W THORNE<br>HOUSTON TX 77073 |
| CREDITOR ID: 382001-36<br>COUNTRY GARDEN SILKS<br>WENDELL FINNER<br>206A 15TH AVE., SOUTH<br>JACKSONVILLE BEACH FL 32250-6324 | CREDITOR ID: 247061-12<br>COUNTRY GARDEN SILKS<br>PO BOX 802<br>NAHUNTA, GA 31553 | CREDITOR ID: 244-03<br>COUNTRY GAS OF MADISON COUNTY<br>PO BOX 128<br>OWENS CROSS ROADS AL 35763 |
| CREDITOR ID: 404481-95<br>COUNTRY GOURMET FOODS,LLC<br>PO BOX 3666<br>PITTSBURGH PA 15230-3666 | CREDITOR ID: 247062-12<br>COUNTRY GOURMET FOODS,LLC<br>PO BOX 200045<br>PITTSBURGH, PA 15251-0045 | CREDITOR ID: 247063-12<br>COUNTRY HEARTH BREAD<br>PO BOX 117<br>MURFREESBORO, TN 37133-0117 |
| CREDITOR ID: 247064-12<br>COUNTRY HEARTH INN FITZGERALD<br>125 STEWART WAY<br>FITZGERALD GA 31750 | CREDITOR ID: 247065-12<br>COUNTRY HOME BAKERS INC<br>PO BOX 99623<br>CHICAGO, IL 60690 | CREDITOR ID: 247066-12<br>COUNTRY INN & SUITES<br>ATTN: STEVE FONDA, GEN MGR<br>5155 CARMICHAEL ROAD<br>MONTGOMERY, AL 36106 |
| CREDITOR ID: 247067-12<br>COUNTRY INN & SUITES<br>960 WEST POINT COURT<br>LITHIA SRINGS GA 30122 | CREDITOR ID: 247068-12<br>COUNTRY MEAT PACKERS<br>1842 HWY 43 N<br>PELAHATCHIE, MS 39145 | CREDITOR ID: 247069-12<br>COUNTS SAUSAGE CO INC<br>PO BOX 390<br>PROSPERITY, SC 29127 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 389515-54
COUNTS, LAURA
365 CANAL ST. #2850
NEW ORLEANS, LA 70130

CREDITOR ID: 393188-55
COUNTS, LAURA
C/O: STUART SMITH, ESQ.
PPA LITIGATION GROUP
365 CANAL STREET
SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 266143-31
COUNTY AGENT
ATTN: MICHAEL SKIPPER
460 VANCE ST
LOUISVILLE MS 39339-9219

CREDITOR ID: 266144-31
COUNTY AGENT OFFICE
ATTN: JOHN HARRIS
201 W 2ND ST STE B
DERIDDER LA 70634-4021

CREDITOR ID: 266145-14
COUNTY ASSESOR OFFICE
ATTN: RUSSELL JONES
105 S MAIN ST STE A1
ROXBORO NC 27573-5541

CREDITOR ID: 247071-12
COUNTY CLERK CODE ENFORCEMENT
33 S W 2ND AVENUE
FLOOR # 10
MIAMI FL 33130

CREDITOR ID: 247070-12
COUNTY CLERK CODE ENFORCEMENT
111 NORTHWEST 1ST STREET
SUITE 1750
COUNTY CLERK DIVISION
MIAMI FL 33128-1981

CREDITOR ID: 247072-12
COUNTY COURT
WALTON COUNTY COURTHOUSE
DE FUNIAK SPRINGS, FL 32433

CREDITOR ID: 247073-12
COUNTY ELECTRIC SUPPLY
214A GARNER BUSINESS COURT
GARNER NC 27529

CREDITOR ID: 247074-12
COUNTY ELECTRIC SUPPLY CO
4311 A & B SOUTH BLVD
CHARLOTTE NC 28209

CREDITOR ID: 247075-12
COUNTY ELECTRIC SUPPLY CO LTD
PO BOX 16707
GREENSBORO NC 27416

CREDITOR ID: 374439-44
COUNTY FAIR FOODS
P O BOX 827
ARLINGTON TX 76004

CREDITOR ID: 247076-12
COUNTY LINE CHRISTIAN CHURCH
12711 CHATHAM ROAD
AXTON, VA 24054

CREDITOR ID: 266147-31
COUNTY LINE DRAINAGE DISTRICT
ATTN: DANA CLEMENT
12008 NE HIGHWAY 70
ARCADIA FL 34266-4267

CREDITOR ID: 256157-12
COUNTY MIAMI DADE FAIR & EXPOSITION
10901 CORAL WAY
MIAMI, FL 33165

CREDITOR ID: 256546-12
COUNTY MOBILE WATER & SEWER
PO BOX 489
THEODORE, AL 36590-0489

CREDITOR ID: 247077-12
COUNTY OF  HENRICO VIRGINIA
PO BOX 85526
RICHMOND, VA 23285-5526

CREDITOR ID: 404482-95
COUNTY OF  HENRICO VIRGINIA
PO BOX 27032
RICHMOND VA 23273-7032

CREDITOR ID: 266148-31
COUNTY OF ACCOMACK
ATTN: DAVID A FLUHART
23296 COURTHOUSE AVE
ACCOMAC VA 23301-1502

CREDITOR ID: 266149-31
COUNTY OF ACCOMACK
ATTN: DAVID FLUHART
23296 COURTHOUSE AVE
ACCOMAC VA 23301-1502

CREDITOR ID: 265219-14
COUNTY OF ADAMS
ATTN REYNOLDS ATKINS
306 STATE STREET
NATCHEZ MS 39120-3473

CREDITOR ID: 266150-14
COUNTY OF AIKEN
ATTN: MIKE REED
828 RICHLAND AVE W STE 1
AIKEN SC 29801-3834

CREDITOR ID: 266151-31
COUNTY OF AIKEN
ATTN: PHIL D ENGLAND
1680 RICHLAND AVE W
AIKEN SC 29801-3286

CREDITOR ID: 265233-31
COUNTY OF AIKEN PUBLIC SVC AUTH
ATTN RONALD L BIBB
70 PSA ROAD
BEECH ISLAND SC 29842-8839

CREDITOR ID: 266152-31
COUNTY OF ALACHUA
ATTN: RICHARD DRUMAND
10 SW 2ND AVE FL 3
GAINESVILLE FL 32601-6230

CREDITOR ID: 266153-31
COUNTY OF ALACHUA
ATTN: RICHARD WOLF
120 S MAIN ST
GAINESVILLE FL 32601-6213

CREDITOR ID: 241850-12
COUNTY OF ALACHUA TAX COLLECTOR
ATTN K NICOL BROOKS, ADMIN DIRECTOR
PROPERTY TAX
12 SOUTHEAST FIRST STREET
GAINESVILLE, FL 32601-6882

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 239854-06<br>COUNTY OF ALAMANCE<br>PROPERTY TAX COLLECTOR<br>124 WEST ELM STREET<br>GRAHAM NC 27253-2802 | CREDITOR ID: 266154-31<br>COUNTY OF ALBEMARLE<br>ATTN: HARRISON B RUE<br>300 E MAIN ST<br>CHARLOTTESVILLE VA 22902-5234 | CREDITOR ID: 266155-14<br>COUNTY OF ALCORN<br>ATTN: GREG YOUNGER<br>600 E WALDRON ST STE 1<br>CORINTH MS 38834-4870 |
| CREDITOR ID: 266156-14<br>COUNTY OF ALEXANDER<br>ATTN: LUTHER STOCKS<br>201 1ST SW<br>TAYLORSVILLE NC 28681 | CREDITOR ID: 266157-31<br>COUNTY OF AMITE<br>ATTN: MURRAY TONY<br>1763 S GEORGIA PACIFIC RD<br>GLOSTER MS 39638 | CREDITOR ID: 266159-14<br>COUNTY OF ANDERSON<br>ATTN: RITA DAVIS<br>100 S MAIN ST<br>ANDERSON SC 29624-1619 |
| CREDITOR ID: 266160-31<br>COUNTY OF ANDERSON<br>ATTN: VICTOR CARPENTER<br>101 S MAIN ST<br>ANDERSON SC 29624-1618 | CREDITOR ID: 266158-31<br>COUNTY OF ANDERSON<br>ATTN: BILL WEST<br>111 S MAIN ST<br>ANDERSON SC 29624-1618 | CREDITOR ID: 239860-06<br>COUNTY OF ANDERSON TREASURER<br>PO BOX 8002<br>ANDERSON SC 29622-8002 |
| CREDITOR ID: 266161-14<br>COUNTY OF ANSON<br>ATTN: STAN ZANCE<br>COURTHOUSE BSMT<br>WADESBORO NC 28170 | CREDITOR ID: 266162-31<br>COUNTY OF ANSON<br>ATTN: VANCE GULLEDGE<br>907 N WASHINGTON ST<br>WADESBORO NC 28170-1826 | CREDITOR ID: 266164-31<br>COUNTY OF ARLINGTON<br>ATTN: CARL NEWBY<br>4300 29TH ST S<br>ARLINGTON VA 22206-2211 |
| CREDITOR ID: 266165-31<br>COUNTY OF ARLINGTON<br>ATTN: CAROL SMITHERS<br>3111 S FERN ST<br>ARLINGTON VA 22202-2363 | CREDITOR ID: 266163-31<br>COUNTY OF ARLINGTON<br>ATTN: ALLEN CASSELL<br>3402 S GLEBE RD<br>ARLINGTON VA 22202-2325 | CREDITOR ID: 266166-14<br>COUNTY OF ARLINGTON<br>ATTN: GERALDINE M WHITING<br>1425 N COURT HOUSE RD<br>ARLINGTON VA 22201-2685 |
| CREDITOR ID: 266168-31<br>COUNTY OF ARLINGTON<br>ATTN: MIKE DAY<br>2770 S TAYLOR ST<br>ARLINGTON VA 22206-2220 | CREDITOR ID: 266167-14<br>COUNTY OF ARLINGTON<br>ATTN: GERALDINE M WHITING<br>2100 CLARENDON BLVD<br>ARLINGTON VA 22201-5447 | CREDITOR ID: 266169-31<br>COUNTY OF ATHENS-CLARKE<br>ATTN: BRAD GRIFFIN<br>120 W DOUGHERTY ST<br>ATHENS GA 30601-2613 |
| CREDITOR ID: 266170-31<br>COUNTY OF ATHENS-CLARKE<br>ATTN: HARRY NORTON<br>400 WILL HUNTER RD<br>ATHENS GA 30606-5117 | CREDITOR ID: 266173-31<br>COUNTY OF AUGUSTA-RICHMOND<br>ATTN: ROBB SHERMAN<br>1815 MARVIN GRIFFIN RD<br>AUGUSTA GA 30906-3811 | CREDITOR ID: 266171-14<br>COUNTY OF AUGUSTA-RICHMOND<br>ATTN: HARRISON SEARS<br>530 GREENE ST RM 102<br>AUGUSTA GA 30911-4438 |
| CREDITOR ID: 266172-31<br>COUNTY OF AUGUSTA-RICHMOND<br>ATTN: MACK HICKS<br>2760 PEACH ORCHARD RD<br>AUGUSTA GA 30906-2408 | CREDITOR ID: 266174-31<br>COUNTY OF AUGUSTA-RICHMOND<br>ATTN: WARREN SMITH<br>1 10TH ST STE 430<br>AUGUSTA GA 30901-0100 | CREDITOR ID: 266175-31<br>COUNTY OF AUTAUGA<br>ATTN: DAVID BUFKIN<br>511 W 4TH ST<br>PRATTVILLE AL 36067-2822 |
| CREDITOR ID: 266176-14<br>COUNTY OF AUTAUGA<br>ATTN TOMMY T RAY<br>218 N COURT ST<br>PRATTVILLE AL 36067-3004 | CREDITOR ID: 239864-06<br>COUNTY OF AUTAUGA<br>HEALTH DEPARTMENT<br>219 NORTH COURT STREET<br>PRATVILLE AL 36067 | CREDITOR ID: 266177-14<br>COUNTY OF AVERY<br>ATTN: MARY DANIELS<br>200 MONTEZUMA ST<br>NEWLAND NC 28657 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266179-14<br>COUNTY OF BAKER<br>ATTN: GARY BARBER<br>32 N 5TH ST<br>MACCLENNY FL 32063-2843 | CREDITOR ID: 266178-14<br>COUNTY OF BAKER<br>ATTN: DEBBIE PEARMAN<br>339 E MACCLENNY AVE<br>MACCLENNY FL 32063-2294 | CREDITOR ID: 266180-14<br>COUNTY OF BAKER<br>ATTN GENE H COLLECTOR<br>32 N 5TH STREET<br>MACCLENNY FL 32063-2843 |
| CREDITOR ID: 266181-14<br>COUNTY OF BALDWIN<br>ATTN: KYLE BAGGETT<br>312 COURTHOUSE SQ STE 15<br>BAY MINETTE AL 36507-4809 | CREDITOR ID: 266182-14<br>COUNTY OF BALDWIN<br>ATTN: WARREN LAYFIELD<br>121 N WILKINSON ST<br>MILLEDGEVILLE GA 31061-3368 | CREDITOR ID: 239865-06<br>COUNTY OF BALDWIN<br>HEALTH DEPARTMENT<br>PO BOX 369<br>ROBERTSDALE AL 36567-0369 |
| CREDITOR ID: 105-03<br>COUNTY OF BALDWIN - EL MEMBER CORP.<br>PO DRAWER H<br>SUMMERDALE AL 36580 | CREDITOR ID: 404024-15<br>COUNTY OF BARBOUR REV COMM OFFICE<br>ATTN BENELLE WARR<br>303 EAST BROAD STREET, ROOM 111<br>EUFAULA AL 36027 | CREDITOR ID: 266184-14<br>COUNTY OF BARNWELL<br>ATTN: JOHN ANGIL<br>57 WALL ST<br>BARNWELL SC 29812-1584 |
| CREDITOR ID: 266183-31<br>COUNTY OF BARNWELL<br>ATTN: CHARLES EUBANK<br>3287 HEALING SPRINGS RD<br>BLACKVILLE SC 29817 | CREDITOR ID: 266185-14<br>COUNTY OF BARNWELL<br>ATTN: SUZETTE C WILSON<br>5214 REYNOLDS RD<br>BLACKVILLE SC 29817-4622 | CREDITOR ID: 266186-31<br>COUNTY OF BATH<br>ATTN: PAUL DRESSLER<br>RR 619<br>WARM SPRINGS VA 24484 |
| CREDITOR ID: 266187-14<br>COUNTY OF BAY<br>ATTN: JOEY ROGERS<br>240 E 4TH ST<br>PANAMA CITY FL 32401-3111 | CREDITOR ID: 266189-14<br>COUNTY OF BAY<br>ATTN: PEGGY BRANNON<br>648 MULBERRY AVE<br>PANAMA CITY FL 32401-2640 | CREDITOR ID: 266188-31<br>COUNTY OF BAY<br>ATTN: JOHN WRAY<br>638 MULBERRY AVE<br>PANAMA CITY FL 32401-2640 |
| CREDITOR ID: 266192-14<br>COUNTY OF BEAUFORT<br>ATTN: JOY LOGAN<br>100 RIBAUT RD RM 165<br>BEAUFORT SC 29902-4453 | CREDITOR ID: 266190-31<br>COUNTY OF BEAUFORT<br>ATTN: BARBARA IVY<br>10 CEE CEE RD<br>SAINT HELENA ISLAND SC 29920-4820 | CREDITOR ID: 266193-14<br>COUNTY OF BEAUFORT<br>ATTN: PAULA B EDGERLY<br>100 RIBAUT RD<br>BEAUFORT SC 29902-4453 |
| CREDITOR ID: 266191-14<br>COUNTY OF BEAUFORT<br>ATTN: DADRAIN GREEN<br>539 WILLIAM HILTON PKWY<br>HILTON HEAD ISLAND SC 29928-3601 | CREDITOR ID: 243202-12<br>COUNTY OF BEAUFORT FAMILY COURT<br>PO BOX 1124<br>BEAUFORT SC 29901-1124 | CREDITOR ID: 243204-12<br>COUNTY OF BEAUFORT TREASURER<br>PROPERTY TAX<br>ATTN H J EVANS, JR<br>PO DRAWER 487<br>BEAUFORT SC 29901-0487 |
| CREDITOR ID: 239867-06<br>COUNTY OF BEAUFORT TREASURER<br>BUSINESS LICENSE<br>100 RIBAULT ROAD<br>BEAUFORT SC 29901 | CREDITOR ID: 243203-12<br>COUNTY OF BEAUFORT TREASURER<br>BUSINESS LICENSE<br>100 RIBAULT ROAD<br>BEAUFORT, SC 29901 | CREDITOR ID: 266194-14<br>COUNTY OF BEDFORD<br>ATTN: NORMA EDWARDS<br>122 E MAIN ST STE 101<br>BEDFORD VA 24523-2000 |
| CREDITOR ID: 266198-31<br>COUNTY OF BERKELEY<br>ATTN: MARK HEINZ<br>2111 RED BANK RD<br>CHARLESTON SC 29407 | CREDITOR ID: 266197-14<br>COUNTY OF BERKELEY<br>ATTN: CHUCK CHEARS<br>347 SANGAREE PKWY<br>SUMMERVILLE SC 29483-5318 | CREDITOR ID: 266196-14<br>COUNTY OF BERKELEY<br>ATTN: CAROLYN UMPHLETT<br>223 LIVE OAKS DR<br>MONCKS CORNER SC 29461 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266195-31<br>COUNTY OF BERKELEY<br>ATTN: CANDY KING<br>223 N LIVE OAK DR<br>MONCKS CORNER SC 29461-3707 | CREDITOR ID: 266199-14<br>COUNTY OF BIBB<br>ATTN: ALEX HABERSHAM<br>653 2ND ST<br>MACON GA 31201-2817 | CREDITOR ID: 266201-31<br>COUNTY OF BIBB<br>ATTN: JOHN H HISCOX<br>2015 FELTON AVE<br>MACON GA 31201-2404 |
| CREDITOR ID: 266200-14<br>COUNTY OF BIBB<br>ATTN: JAMES R DAVIS<br>275 2ND ST RM 200<br>MACON GA 31201-2761 | CREDITOR ID: 239869-06<br>COUNTY OF BIBB HEALTH DEPT<br>PO BOX 126<br>CENTREVILLE AL 35042 | CREDITOR ID: 266202-14<br>COUNTY OF BLOUNT<br>ATTN: DONNY B RAY<br>220 2ND AVE E STE 102<br>ONEONTA AL 35121-1702 |
| CREDITOR ID: 266203-14<br>COUNTY OF BOLUSIA<br>ATTN: MORGAN GILREATH<br>113 CANAL ST<br>NEW SMYRNA BEACH FL 32168-7003 | CREDITOR ID: 239879-06<br>COUNTY OF BOONE CLERK<br>PO BOX 874<br>BURLINGTON KY 41005-0047 | CREDITOR ID: 247078-12<br>COUNTY OF BOTETOURT TREASURER<br>PO BOX 100<br>PROPERTY TAX<br>FINCASTLE VA 24090-0100 |
| CREDITOR ID: 266204-31<br>COUNTY OF BRADFORD<br>ATTN: DONALD WISE<br>COUNTY RD 18<br>BROOKER FL 32622 | CREDITOR ID: 266205-14<br>COUNTY OF BRADFORD<br>ATTN: JIMMY ALVAREZ<br>925 N TEMPLE AVE<br>STARKE FL 32091-2138 | CREDITOR ID: 266206-14<br>COUNTY OF BRADLEY<br>ATTN: RAYMOND SWAFFORD<br>155 N OCOEE ST STE 102<br>CLEVELAND TN 37311-5068 |
| CREDITOR ID: 381641-47<br>COUNTY OF BREATHITT BD OF EDUCATION<br>PO BOX 750<br>JACKSON, KY 41339 | CREDITOR ID: 243883-12<br>COUNTY OF BREATHITT TAX COLLECTOR<br>PO BOX 2<br>JACKSON, KY 41339-0002 | CREDITOR ID: 266211-14<br>COUNTY OF BREVARD<br>ATTN: DENNIS OHARA<br>2725 JUDGE FRAN JAMIESON WAY<br>MELBOURNE FL 32940-6605 |
| CREDITOR ID: 266224-31<br>COUNTY OF BREVARD<br>ATTN: SCOTT HEIL<br>2262 HIGH DR<br>MIMS FL 32754-2016 | CREDITOR ID: 266219-14<br>COUNTY OF BREVARD<br>ATTN: ROD NORTHCUTT<br>1155 MALABAR RD NE, STE 8<br>PALM BAY FL 32907-3262 | CREDITOR ID: 266226-31<br>COUNTY OF BREVARD<br>ATTN: TOM JENKINS<br>2250 ADAMSON RD<br>COCOA FL 32926-2619 |
| CREDITOR ID: 266225-31<br>COUNTY OF BREVARD<br>ATTN: SCOTT LINKEN HOKER<br>800 PERIMETER RD<br>TITUSVILLE FL 32780-8213 | CREDITOR ID: 266222-31<br>COUNTY OF BREVARD<br>ATTN: RON VROL<br>3630 N COURTENAY PKWY<br>MERRITT ISLAND FL 32953-8103 | CREDITOR ID: 266221-14<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE FL 32781-2500 |
| CREDITOR ID: 266217-31<br>COUNTY OF BREVARD<br>ATTN: RICHARD W THOMPSON<br>580 MANOR DR<br>MERRITT ISLAND FL 32952-3741 | CREDITOR ID: 266216-31<br>COUNTY OF BREVARD<br>ATTN: RICHARD MARTENS<br>2725 JUDGE FRAN JAMIESON WAY<br>MELBOURNE FL 32940-6605 | CREDITOR ID: 266214-14<br>COUNTY OF BREVARD<br>ATTN: JIM FORD<br>400 SOUTH ST FL 5<br>TITUSVILLE FL 32780-7683 |
| CREDITOR ID: 266212-31<br>COUNTY OF BREVARD<br>ATTN: HENRY MINNEBOO<br>2725 JUDGE FRAN JAMIESON WAY<br>MELBOURNE FL 32940-6605 | CREDITOR ID: 266208-14<br>COUNTY OF BREVARD<br>ATTN: BONNIE HAILE<br>2575 N COURTENAY PKWY<br>MERRITT ISLAND FL 32953-4126 | CREDITOR ID: 266207-14<br>COUNTY OF BREVARD<br>ATTN: BARBARA MILLER<br>1450 N COURTENAY PKWY<br>MERRITT ISLAND FL 32953-4435 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266223-14<br>COUNTY OF BREVARD<br>ATTN: SCOTT ELLIS<br>400 SOUTH ST FL 3<br>TITUSVILLE FL 32780-7683 | CREDITOR ID: 266209-31<br>COUNTY OF BREVARD<br>ATTN: BRUCE MIA<br>2725 JUDGE FRAN JAMIESON WAY<br>MELBOURNE FL 32940-6605 | CREDITOR ID: 266218-31<br>COUNTY OF BREVARD<br>ATTN: RICK MECKES<br>2800 S HIGHWAY A1A<br>MELBOURNE BEACH FL 32951-2811 |
| CREDITOR ID: 266215-31<br>COUNTY OF BREVARD<br>ATTN: MICHAEL KNIGHT<br>5560 N US HIGHWAY 1<br>MELBOURNE FL 32940-7222 | CREDITOR ID: 266213-14<br>COUNTY OF BREVARD<br>ATTN: JIM FORD<br>1515 SARNO RD<br>MELBOURNE FL 32935-5209 | CREDITOR ID: 266210-31<br>COUNTY OF BREVARD<br>ATTN: COLLEEN DOSEK<br>931 BAREFOOT BLVD<br>SEBASTIAN FL 32976-7653 |
| CREDITOR ID: 239881-06<br>COUNTY OF BREVARD FIREPREV BUREAU<br>1040 S FLORIDA AVENUE<br>ROCKLEDGE FL 32955 | CREDITOR ID: 266239-14<br>COUNTY OF BROWARD<br>ATTN: NORMAN THABIT<br>115 S ANDREWS AVE STE 520<br>FORT LAUDERDALE FL 33301-1826 | CREDITOR ID: 266237-14<br>COUNTY OF BROWARD<br>ATTN: JUDITH M FINK<br>115 S ANDREWS AVE STE 218<br>FORT LAUDERDALE FL 33301-1817 |
| CREDITOR ID: 266238-31<br>COUNTY OF BROWARD<br>ATTN: MARY BETH BUSUTIL<br>1 N UNIVERSITY DR<br>FORT LAUDERDALE FL 33324-2038 | CREDITOR ID: 266235-14<br>COUNTY OF BROWARD<br>ATTN: JOHN PRYOR<br>115 S ANDREWS AVE STE 203<br>FORT LAUDERDALE FL 33301-1801 | CREDITOR ID: 266244-31<br>COUNTY OF BROWARD<br>ATTN: THERESA MCKINZY-GILLIS<br>2555 W COPANS RD<br>POMPANO BEACH FL 33069-1233 |
| CREDITOR ID: 266228-31<br>COUNTY OF BROWARD<br>ATTN: DAVID LEE<br>218 BRICKELL AVE<br>FORT LAUDERDALE FL 33301-1814 | CREDITOR ID: 266243-31<br>COUNTY OF BROWARD<br>ATTN: STEVE SOMERVILLE<br>218 BRICKELL AVE<br>FORT LAUDERDALE FL 33301-1814 | CREDITOR ID: 266227-31<br>COUNTY OF BROWARD<br>ATTN: DANIELA BANU<br>218 BRICKELL AVE<br>FORT LAUDERDALE FL 33301-1814 |
| CREDITOR ID: 266241-31<br>COUNTY OF BROWARD<br>ATTN: RALPH GORDON<br>2555 W COPANS RD<br>POMPANO BEACH FL 33069-1233 | CREDITOR ID: 266231-31<br>COUNTY OF BROWARD<br>ATTN: JACK TARDIF<br>3701 N STATE ROAD 7<br>FORT LAUDERDALE FL 33319-5609 | CREDITOR ID: 266229-14<br>COUNTY OF BROWARD<br>ATTN: EVAN A LUKIC<br>115 S ANDREWS AVE STE 520<br>FORT LAUDERDALE FL 33301-1826 |
| CREDITOR ID: 266232-31<br>COUNTY OF BROWARD<br>ATTN: JOE MARHEFKA<br>1200 S UNIVERSITY DR<br>PEMBROKE PINES FL 33025 | CREDITOR ID: 239874-06<br>COUNTY OF BROWARD<br>BOARD OF COUNTY COMMISSIONERS<br>BROWARD COUNTY DEPT OF<br>PLANNING & ENV PROTECT LAND USE<br>218 S.W. 1ST AVENUE<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 266240-14<br>COUNTY OF BROWARD<br>ATTN: PHILLIP C ALLEN<br>115 S ANDREWS AVE STE 513<br>FORT LAUDERDALE FL 33301-1817 |
| CREDITOR ID: 266233-31<br>COUNTY OF BROWARD<br>ATTN: JOHN KAY<br>1390 NE 50TH ST<br>POMPANO BEACH FL 33064-4921 | CREDITOR ID: 266236-14<br>COUNTY OF BROWARD<br>ATTN: JOSEPH ROSENHAGEN<br>115 S ANDREWS AVE<br>FORT LAUDERDALE FL 33301-1818 | CREDITOR ID: 266234-31<br>COUNTY OF BROWARD<br>ATTN: JOHN PISTOR<br>10300 NW 11TH MNR<br>CORAL SPRINGS FL 33071-6530 |
| CREDITOR ID: 266230-31<br>COUNTY OF BROWARD<br>ATTN: GARY L SMITH<br>115 S ANDREWS AVE STE 514<br>FORT LAUDERDALE FL 33301-1826 | CREDITOR ID: 266242-31<br>COUNTY OF BROWARD<br>ATTN: ROY REYNOLDS<br>2555 W COPANS RD<br>POMPANO BEACH FL 33069-1233 | CREDITOR ID: 239872-06<br>COUNTY OF BROWARD BD OF COMM<br>BROWARD ENVIRONMENTAL SVC<br>PO BOX 619002<br>POMPANO BEACH FL 33061-9002 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 239873-06
COUNTY OF BROWARD BD OF COMM
FINANCE DEPARTMENT
PO BOX 3977
WEST PALM BEACH FL 33402-3977

CREDITOR ID: 152-03
COUNTY OF BROWARD ENV SVCES
PO BOX 619002
POMPANO BEACH FL 33061-9002

CREDITOR ID: 381951-15
COUNTY OF BROWARD FINANCE DEPT, FL
REVENUE COLLECTION DIVISION
ATTN JUDY FINK OR HOLLIE HAWN, ESQ
GOVERNMENTAL CENTER ANNEX
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE FL 33301

CREDITOR ID: 239882-06
COUNTY OF BROWARD REV COLLECTOR
OCCUPATIONAL LICENSE
115 SOUTH ANDREWS AVENUE, ROOM A100
LAUDERDALE FL 33301

CREDITOR ID: 266245-14
COUNTY OF BRUNSWICK
ATTN: ALICE MAITLAND
228 N MAIN ST RM 104
LAWRENCEVILLE VA 23868-1823

CREDITOR ID: 266246-31
COUNTY OF BRUNSWICK
ATTN: LESLIE BELL
20 REFERENDUM DR NE
BOLIVIA NC 28422-7579

CREDITOR ID: 263459-12
COUNTY OF BRUNSWICK TREASURER
228 N MAIN ST RM 104
LAWRENCEVILLE VA 23868

CREDITOR ID: 266247-14
COUNTY OF BUCKINGHAM
ATTN: BARBARA GRIGG
RR 60
BUCKINGHAM VA 23921

CREDITOR ID: 318584-43
COUNTY OF BULLITT SHERIFF
PO BOX 205
SHEPHERDSVILLE, KY 40165-0205

CREDITOR ID: 244156-12
COUNTY OF BULLITT SHERIFF
PROPERTY TAX
PO BOX 205
SHEPHERDSVILLE KY 40165-0205

CREDITOR ID: 266248-14
COUNTY OF BULLOCH
ATTN: JOHN SCOTT
115 N MAIN ST
STATESBORO GA 30458-5706

CREDITOR ID: 266249-31
COUNTY OF BUNCOMBE
ATTN: ROBERT L CAMBY
49 MOUNT CARMEL RD
ASHEVILLE NC 28806-9763

CREDITOR ID: 239883-06
COUNTY OF BUNCOMBE TAX COLLECTOR
60 COURT PLAZA, ROOM 320
ASHEVILLE NC 28801-3571

CREDITOR ID: 266252-14
COUNTY OF BURKE
ATTN: LAURA GORDON
203 S GREEN ST
MORGANTON NC 28655-3524

CREDITOR ID: 266251-31
COUNTY OF BURKE
ATTN: DALE MEYER
2500 MARSH TRL
MORGANTON NC 28655

CREDITOR ID: 266253-14
COUNTY OF BURKE
ATTN: PAUL IAMS
200 AVERY AVE
MORGANTON NC 28655-3103

CREDITOR ID: 266250-14
COUNTY OF BURKE
ATTN: CYNTHIA MCMANUS
801 N LIBERTY ST
WAYNESBORO GA 30830-1258

CREDITOR ID: 266254-31
COUNTY OF BUTLER
ATTN: DENNIS MCCALL
108 PETTIBONE RD
GREENVILLE AL 36037-7136

CREDITOR ID: 244231-12
COUNTY OF BUTLER CIRCUIT COURT
PO BOX 236
GREENVILLE, AL 36037-0236

CREDITOR ID: 244232-12
COUNTY OF BUTLER COURTHOUSE
ATTN ALLEN W STEPHENSON CLERK
PO BOX 236
GRENNVILLE, AL 36037

CREDITOR ID: 244233-12
COUNTY OF BUTLER DISTRICT COURT
BUTLER COUNTY COURTHOUSE
PO BOX 236
GREENVILLE, AL 36037

CREDITOR ID: 244235-12
COUNTY OF BUTLER HEALTH DEPT
301 S THIRD STREET
HAMILTON OH 45011

CREDITOR ID: 239889-06
COUNTY OF BUTLER HEALTH DEPT
PO BOX 339
GREENVILLE AL 36037

CREDITOR ID: 244236-12
COUNTY OF BUTLER TAX COLLECTOR
ATTN BELLE G PEAVY
700 COURT SQUARE
GREENVILLE AL 36037-2308

CREDITOR ID: 317390-42
COUNTY OF BUTLER TAX COLLECTOR
700 COURT SQ
GREENVILLE, AL 36037-2308

CREDITOR ID: 317391-42
COUNTY OF BUTLER TREASURER
315 HIGH ST, 10TH FLOOR
HAMILTON OH 45011-6099

CREDITOR ID: 247079-12
COUNTY OF BUTTE
DEPT OF SOCIAL SERVICES
PO BOX 1108
OROVILLE CA 95965

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266255-14<br>COUNTY OF CALDWELL<br>ATTN: MAC CHANDLER<br>905 WEST AVE NW<br>LENOIR NC 28645-5138 | CREDITOR ID: 239891-06<br>COUNTY OF CALDWELL TREASURER<br>100 E MARKET STREET<br>PRINCETON KY 42445 | CREDITOR ID: 266257-31<br>COUNTY OF CALHOUN<br>ATTN: ELAINE GOLDEN<br>102 COURTHOUSE DR STE 104<br>SAINT MATTHEWS SC 29135-1479 |
| CREDITOR ID: 266256-14<br>COUNTY OF CALHOUN<br>ATTN: BARBARA A DAVIS<br>208 E CENTRAL AVE RM 107<br>BLOUNTSTOWN FL 32424-2204 | CREDITOR ID: 239892-06<br>COUNTY OF CALHOUN HEALTH DEPT<br>3400 MCCLELLAM BLVD<br>ANNISTON AL 36204-4699 | CREDITOR ID: 266258-31<br>COUNTY OF CAMDEN<br>ATTN: ORVILLE SAUNDERS<br>708 OLD STEEL RD<br>KINGSLAND GA 31548 |
| CREDITOR ID: 318589-43<br>COUNTY OF CAMDEN TAX COMMISSIONER<br>ATTN BRENDA S WAINRIGHT<br>208 E 4TH ST<br>PO BOX 698<br>WOODBINE, GA 31569-0698 | CREDITOR ID: 244404-12<br>COUNTY OF CAMDEN TAX COMMISSIONER<br>PROPERTY TAX<br>PO BOX 698<br>WOODBINE GA 31569-0698 | CREDITOR ID: 239893-06<br>COUNTY OF CAMPBELL FISCAL COURT<br>PO BOX 72958<br>NEWPORT KY 41072-0958 |
| CREDITOR ID: 266259-31<br>COUNTY OF CARROLL<br>ATTN: JAMES BAXLEY<br>1737 BANKHEAD HWY<br>CARROLLTON GA 30116-8642 | CREDITOR ID: 266260-14<br>COUNTY OF CARROLL<br>ATTN: SANDY FERGUSON<br>423 COLLEGE ST<br>CARROLLTON GA 30117-3142 | CREDITOR ID: 266261-31<br>COUNTY OF CARROLL<br>ATTN: TIM D WHITAKER<br>423 COLLEGE ST<br>CARROLLTON GA 30117-3142 |
| CREDITOR ID: 244701-12<br>COUNTY OF CARROLL TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN JEAN MATTHEWS<br>423 COLLEGE STREET, ROOM 401<br>CARROLLTON GA 30117-3142 | CREDITOR ID: 266262-14<br>COUNTY OF CARTER<br>ATTN: RENDAL LEWIS<br>CARTER COUNTY COURHOUSE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 239895-06<br>COUNTY OF CARTER CLERK<br>ATTN MARY GOUGE<br>801 E ELK AVE<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 244707-12<br>COUNTY OF CARTER CLERK<br>ATTN MARY GOUGE<br>801 E ELK AVE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 266263-14<br>COUNTY OF CARTERET<br>ATTN: VICKY LANDINGHAM<br>COURTHOUSE SQ<br>BEAUFORT NC 28516 | CREDITOR ID: 266264-14<br>COUNTY OF CASWELL<br>ATTN: THOMAS BERNARD<br>139 E CHURCH ST<br>YANCEYVILLE NC 27379 |
| CREDITOR ID: 240361-06<br>COUNTY OF CATAWBA<br>PO BOX 398<br>HICKORY, NC 28603 | CREDITOR ID: 266265-14<br>COUNTY OF CATAWBA<br>ATTN: JACKIE SPENCER<br>100 SOUTHWEST BLVD BLDG A<br>NEWTON NC 28658-3901 | CREDITOR ID: 239896-06<br>COUNTY OF CATAWBA TAX COLLECTOR<br>PO BOX 368<br>NEWTON NC 28658-0368 |
| CREDITOR ID: 266268-14<br>COUNTY OF CATOOSA<br>ATTN: JIM CALLAWAY<br>7696 NASHVILLE ST<br>RINGGOLD GA 30736-2303 | CREDITOR ID: 266267-31<br>COUNTY OF CATOOSA<br>ATTN: ED VICKREY<br>184 TIGER TRL<br>RINGGOLD GA 30736-2027 | CREDITOR ID: 266266-31<br>COUNTY OF CATOOSA<br>ATTN: DIANE POTEET<br>88 BEN HOLMES RD<br>RINGGOLD GA 30736-4048 |
| CREDITOR ID: 407538-15<br>COUNTY OF CHARLESTON<br>BANKRUPTCY DEPARTMENT<br>ATTN JANICE PORTER, BANKRUPTCY TECH<br>4045 BRIDGEVIEW DRIVE<br>NORTH CHARLESTON SC 29405 | CREDITOR ID: 245093-12<br>COUNTY OF CHARLOTTE SHERIFFS OFFICE<br>7474 UTILITIES ROAD<br>PUNTA GORDA FL 33982 | CREDITOR ID: 245095-12<br>COUNTY OF CHARLOTTE TAX COLLECTOR<br>PROPERTY TAX<br>CHARLOTTE COUNTY ADMIN CENTER<br>18500 MURDOCK CIRCLE<br>PORT CHARLOTTE, FL 33948-1068 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245096-12<br>COUNTY OF CHARLOTTE UTILITIES<br>PO BOX 516000<br>PUNTA GORDA, FL 33951-6000 | CREDITOR ID: 266269-14<br>COUNTY OF CHATHAM<br>ATTN: KIMBERLY H HORTON<br>COURTHOUSE ANX<br>PITTSBORO NC 27312 | CREDITOR ID: 266270-31<br>COUNTY OF CHATHAN<br>ATTN: STEVE TALBERT<br>290 BEAVER CREEK RD<br>APEX NC 27502-8012 |
| CREDITOR ID: 266271-14<br>COUNTY OF CHATTOOGA<br>ATTN: JIM PARKER<br>COX ST<br>SUMMERVILLE GA 30747 | CREDITOR ID: 407633-15<br>COUNTY OF CHEROKEE<br>ATTN VERNON L PRICE, TAX COLLECTOR<br>PO BOX 1983<br>GAFFNEY SC 29342-1983 | CREDITOR ID: 266272-14<br>COUNTY OF CHEROKEE<br>ATTN EDITH GARDNER<br>BAKER BLVD<br>GAFFNEY SC 29340 |
| CREDITOR ID: 266274-14<br>COUNTY OF CHEROKEE<br>ATTN: JOHN A ROBERTS<br>100 MAIN ST RM 2<br>CENTRE AL 35960-1510 | CREDITOR ID: 266273-31<br>COUNTY OF CHEROKEE<br>ATTN: JEFF WATKINS<br>130 E MAIN ST STE 108<br>CANTON GA 30114-2703 | CREDITOR ID: 239903-06<br>COUNTY OF CHEROKEE BUS LICENSE OFF<br>130 EAST MAIN STREET, SUITE 107<br>CANTON GA 30114 |
| CREDITOR ID: 265600-14<br>COUNTY OF CHEROKEE RAX COMM OFF<br>ATTN LINDA AKINS<br>7545 MAIN STREET<br>WOODSTOCK GA 30188-1615 | CREDITOR ID: 245183-12<br>COUNTY OF CHEROKEE WATER AUTHORITY<br>PO BOX 5000<br>CANTON GA 30114-5000 | CREDITOR ID: 265605-31<br>COUNTY OF CHESTER ECONOMIC DEV<br>ATTN GAIL HOYLE<br>140 MAIN STREET<br>CHESTER SC 29706-1860 |
| CREDITOR ID: 245204-12<br>COUNTY OF CHESTER FAMILY COURT<br>P O DRAWER 580<br>CHESTER, SC 29706 | CREDITOR ID: 245205-12<br>COUNTY OF CHESTER HOSPITAL<br>1 MEDICAL PARK DRIVE<br>CHESTER, SC 29706 | CREDITOR ID: 266275-14<br>COUNTY OF CHESTERFIELD<br>ATTN: JOSEPH A HORBAL<br>9901 LORI RD, RM 165<br>CHESTERFIELD VA 23832-6626 |
| CREDITOR ID: 266276-14<br>COUNTY OF CHESTERFIELD<br>ATTN: REBECA DICKSON<br>9901 LORI RD, RM 402<br>CHESTERFIELD VA 23832-6626 | CREDITOR ID: 263460-12<br>COUNTY OF CHESTERFIELD TREASURER<br>PO BOX 26725<br>RICHMOND, VA 23285-0089 | CREDITOR ID: 403558-15<br>COUNTY OF CHESTERFIELD TREASURER<br>ATTN L GLOVIER OR L THOMPSON<br>PO BOX 70<br>CHESTERFIELD VA 23832 |
| CREDITOR ID: 245258-12<br>COUNTY OF CHILTON<br>ATTN COURT COSTS<br>PO BOX 1946<br>CLANTON AL 35046 | CREDITOR ID: 245255-12<br>COUNTY OF CHILTON DISTRICT COURT<br>PO BOX 1946<br>CLANTON, AL 35045 | CREDITOR ID: 239905-06<br>COUNTY OF CHILTON HEALTH DEPT<br>PO BOX 1778<br>CLANTON AL 35046 |
| CREDITOR ID: 245257-12<br>COUNTY OF CHILTON TAX COLLECTOR<br>PROPERTY TAX<br>ATTN TIM LITTLE<br>PO BOX 1760<br>CLANTON AL 35046-1760 | CREDITOR ID: 266277-31<br>COUNTY OF CHOCTAW<br>ATTN: REBA LIDDELL<br>112 QUINN ST<br>ACKERMAN MS 39735 | CREDITOR ID: 266278-14<br>COUNTY OF CHOWAN<br>ATTN: LYNDA HENDERIX<br>113 E KING ST STE 102<br>EDENTON NC 27932-1957 |
| CREDITOR ID: 266279-31<br>COUNTY OF CITRUS<br>ATTN: SUSAN METCALFE<br>230 W GULF TO LAKE HWY<br>LECANTO FL 34461-9201 | CREDITOR ID: 197-03<br>COUNTY OF CITRUS<br>3600 W. SOVEREIGN PATH<br>LECANTO FL 34461 | CREDITOR ID: 245474-12<br>COUNTY OF CITRUS SHERIFFS OFFICE<br>1 DR MARTIN LUTHER KING JR AVE<br>INVERNESS FL 34450-4994 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 245475-12
COUNTY OF CITRUS TAX COLLECTOR
PROPERTY TAX
COUNTY COURTHOUSE ROOM 160
110 NORTH APOKA AVENUE
INVERNESS FL 34450-4245

CREDITOR ID: 282712-99
COUNTY OF CITRUS TAX COLLECTOR
ATTN JANICE A WARREN
210 N APOPKA AVE STE 100
INVERNESS FL 34450

CREDITOR ID: 245476-12
COUNTY OF CITRUS UTILITIES
PO BOX 641268
BEVERLY HILLS, FL 34464-1268

CREDITOR ID: 266280-14
COUNTY OF CLARKE
ATTN: DONNA SCHRIMPSHIRE
101 N ARCHUSA AVE
QUITMAN MS 39355-2317

CREDITOR ID: 266281-14
COUNTY OF CLARKE
ATTN: JAY DUKE
114 COURT ST
GROVE HILL AL 36451-3227

CREDITOR ID: 404044-15
COUNTY OF CLARKE TAX COMMISSIONER
ATTN NANCY B DENSON
PO BOX 1768
ATHENS GA 30603

CREDITOR ID: 266283-31
COUNTY OF CLAY
ATTN: MARGRET GREGORY
301 GREEN ST
CELINA TN 38551-4170

CREDITOR ID: 266285-14
COUNTY OF CLAY
ATTN: REHNAYE TALLEY
54 CHURCH ST STE 1
HAYESVILLE NC 28904

CREDITOR ID: 266282-14
COUNTY OF CLAY
ATTN: JIMMY WEEKS
477 HOUSTON ST
GREEN COVE SPRINGS FL 32043-2438

CREDITOR ID: 246376-12
COUNTY OF CLAY UTILITY AUTHORITY
3176 OLD JENNINGS ROAD
MIDDLEBURG, FL 32068-3907

CREDITOR ID: 318636-43
COUNTY OF CLAYTON  TAX COMMISSIONER
COURTHOUSE ANNEX 32ND FL
JONESBORO, GA 30236-3651

CREDITOR ID: 384059-47
COUNTY OF CLAYTON BRD COMMISSIONERS
PO BOX 530101
ATLANTA, GA 30353-0101

CREDITOR ID: 246384-12
COUNTY OF CLAYTON JUSTICE CRT
PO BOX 7
PITTSBORO MS 38951

CREDITOR ID: 266045-31
COUNTY OF CLAYTON PARKS & RECR
ATTN TROY STUBS
1935 MCDONOUGH RD
HAMPTON GA 30228-1588

CREDITOR ID: 317562-42
COUNTY OF CLAYTON TAX COMMISSIONER
ATTN TERRY L BASKIN
COURTHOUSE ANNEX 32ND FL
JONESBORO GA 30236-3651

CREDITOR ID: 246385-12
COUNTY OF CLAYTON WATER AUTHORITY
ATTN MORRIS D KELLY
1600 BATTLE CREEK ROAD
MORROW, GA 30260-4302

CREDITOR ID: 397787-75
COUNTY OF CLAYTON WATER AUTHORITY
1600 BATTLE CREEK ROAD
MORROW, GA 30260-4302

CREDITOR ID: 240344-06
COUNTY OF CLERMONT AUDITORS OFFICE
101 E MAIN ST
BATAVIA OH 45103-2961

CREDITOR ID: 246468-12
COUNTY OF CLERMONT CSEA
2400 CLERMONT CENTER DRIVE, STE 102
BATAVIA OH 45103

CREDITOR ID: 246466-12
COUNTY OF CLERMONT SEWER DIST
LOCATION 00515
CINCINNATI, OH 45264-0515

CREDITOR ID: 246469-12
COUNTY OF CLERMONT TREASURER
C/O DONALD W WHITE, PROSECUTING ATT
ATTN ALLAN L EDWARDS, ESQ
123 N THIRD STREET
BATAVIA OH 45103

CREDITOR ID: 406286-15
COUNTY OF CLERMONT TREASURER
ATTN ALLAN L EDWARDS
ASSISTAN TPROSECUTING ATTORNY
123 N THIRD STREET
BATAVIA OH 45103

CREDITOR ID: 246469-12
COUNTY OF CLERMONT TREASURER
PROPERTY TAX
ATTN J ROBERT TRUE, TREASURER
101 EAST MAIN STREET
BATAVIA OH 45103-2949

CREDITOR ID: 266286-31
COUNTY OF CLEVELAND
ATTN: KARLA HANES
823 W WARREN ST
SHELBY NC 28150-5063

CREDITOR ID: 246472-12
COUNTY OF CLEVELAND TAX COLLECTOR
PROPERTY TAX
ATTN BRENDA GARDNER
PO BOX 760
SHELBY NC 28151-0760

CREDITOR ID: 266287-14
COUNTY OF COAHOMA
ATTN: JUDY G NOLAND
115 1ST ST
CLARKSDALE MS 38614-4224

CREDITOR ID: 266288-14
COUNTY OF COBB
ATTN: CORPHY BISHOP
100 CHEROKEE ST
MARIETTA GA 30090-7000

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266289-31<br>COUNTY OF COBB<br>ATTN: MANUEL MATTHEWS<br>5175 S ATLANTA RD SE<br>SMYRNA GA 30080-7035 | CREDITOR ID: 317568-42<br>COUNTY OF COBB TAX COMMISSIONER<br>100 CHEROKEE ST, STE 250<br>MARIETTA GA 30090-7000 | CREDITOR ID: 246557-12<br>COUNTY OF COBB TAX COMMISSIONER<br>PROPERTY TAX<br>100 CHEROKEE STREET, SUITE 250<br>MARIETTA GA 30090-7000 |
| CREDITOR ID: 266291-31<br>COUNTY OF COCKE<br>ATTN: DON HURST<br>433 PROSPECT AVE<br>NEWPORT TN 37821-3544 | CREDITOR ID: 266290-14<br>COUNTY OF COCKE<br>ATTN: DELMAR WILLIAMSON<br>111 COURT AVE STE 112<br>NEWPORT TN 37821-3102 | CREDITOR ID: 266292-31<br>COUNTY OF COFFEE<br>ATTN: RENNIE BELL<br>1110 MADISON ST<br>MANCHESTER TN 37355-2224 |
| CREDITOR ID: 374386-44<br>COUNTY OF COFFEE REV COMMISSIONER<br>ATTN RONALD L BURNS, REVENUE COMM<br>PO BOX 311606<br>ENTERPRISE, AL 36331 | CREDITOR ID: 266293-31<br>COUNTY OF COLLETON<br>ATTN: JOHNNY BARTLEY<br>3288 GREENVILLE HWY<br>WALTERBORO SC 29488 | CREDITOR ID: 266296-14<br>COUNTY OF COLLIER<br>ATTN: GUY CARLTON<br>3301 TAMIAMI TRL E<br>NAPLES FL 34112-3969 |
| CREDITOR ID: 266301-14<br>COUNTY OF COLLIER<br>ATTN: TERESA ANDREASSI<br>1040 WINTERBERRY DR<br>MARCO ISLAND FL 34145-5427 | CREDITOR ID: 266295-14<br>COUNTY OF COLLIER<br>ATTN: GUY CARLTON<br>106 S 1ST ST STE 101<br>IMMOKALEE FL 34142-3900 | CREDITOR ID: 266294-14<br>COUNTY OF COLLIER<br>ATTN: DEBRA DEBEBLASIE<br>2800 HORSESHOE DR N<br>NAPLES FL 34104-6917 |
| CREDITOR ID: 266297-14<br>COUNTY OF COLLIER<br>ATTN: GUY CARLTON<br>735 8TH ST S<br>NAPLES FL 34102-6703 | CREDITOR ID: 266300-31<br>COUNTY OF COLLIER<br>ATTN: RON LEE<br>801 8TH AVE S<br>NAPLES FL 34102-6921 | CREDITOR ID: 266298-14<br>COUNTY OF COLLIER<br>ATTN: JIM MITCHEL<br>3301 TAMIAMI TRL E<br>NAPLES FL 34112-3969 |
| CREDITOR ID: 266299-14<br>COUNTY OF COLLIER<br>ATTN: PATTY SINGER<br>2384 IMMOKALEE RD<br>NAPLES FL 34110-1446 | CREDITOR ID: 246630-12<br>COUNTY OF COLLIER CLERK OF COURTS<br>PO BOX 413044<br>NAPLES FL 34101-3044 | CREDITOR ID: 246633-12<br>COUNTY OF COLLIER TAX COLLECTOR<br>PROPERTY TAX<br>COURTHOUSE COMPLEX, BUILDING C-1<br>NAPLES FL 34112-4997 |
| CREDITOR ID: 222-03<br>COUNTY OF COLLIER UTILITIES<br>2685 S HORSESHOE DR SUITE 103<br>NAPLES FL 34104 | CREDITOR ID: 246634-12<br>COUNTY OF COLLIER UTILITIES<br>2802 N. HORSESHOE DR<br>NAPLES, FL 34104 | CREDITOR ID: 384066-47<br>COUNTY OF COLLIER UTILITIES<br>2802 NO HORSESHOE DR<br>NAPLES, FL 33942 |
| CREDITOR ID: 399340-15<br>COUNTY OF COLLIER, FL<br>ATTN GUY CARLTON, TAX COLLECTOR<br>COURTHOUSE BUILDING C-1<br>3301 EAST TAMIAMI TRAIL<br>NAPLES FL 34112 | CREDITOR ID: 246660-12<br>COUNTY OF COLQUITT TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN CINDY S HARVIN<br>PO BOX 99<br>MOULTRIE GA 31776-0099 | CREDITOR ID: 266302-31<br>COUNTY OF COLUMBIA<br>ATTN JOHN MALDONADO<br>5776 CLARKS HILL RD<br>APPLING GA 30802-3017 |
| CREDITOR ID: 266303-14<br>COUNTY OF COLUMBIA<br>ATTN RAY WALKER<br>135 NE HERNANDO AVE STE 125<br>LAKE CITY FL 32055-4006 | CREDITOR ID: 403491-15<br>COUNTY OF COLUMBIA TAX COLLECTOR<br>ATTN RONNIE BRANNON OR MARSHA MOORE<br>135 NE HERNADO AVENUE, STE 125<br>LAKE CITY FL 32055 | CREDITOR ID: 246669-12<br>COUNTY OF COLUMBIA TAX COLLECTOR<br>PROPERTY TAX<br>135 NE HERNANDO AVENUE, SUITE 125<br>LAKE CITY FL 32055-4006 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246670-12<br>COUNTY OF COLUMBIA TAX COMMISSIONER<br>PROPERTY TAX<br>PO BOX 56<br>APPLING GA 30802-0056 | CREDITOR ID: 266304-14<br>COUNTY OF COLUMBUS<br>ATTN: DAYLE PARKER<br>5661 LORENZO RD<br>COLUMBUS GA 31904-3086 | CREDITOR ID: 266305-14<br>COUNTY OF COLUMBUS<br>ATTN: LULA HUFF<br>100 10TH ST<br>COLUMBUS GA 31901-2736 |
| CREDITOR ID: 246979-12<br>COUNTY OF COPIAH, TAX COLLECTOR<br>PROPERTY TAX<br>ATTN APRIL HOLLOWAY, TAX COLLECTOR<br>PO BOX 705<br>HAZELHURST MS 39083 | CREDITOR ID: 247117-12<br>COUNTY OF COVINGTON REVENUE COMM<br>PROPERTY TAX<br>ATTN JANICE D HART<br>ONE COURT SQUARE<br>ANDALUSIA AL 36420 | CREDITOR ID: 247132-12<br>COUNTY OF COWETA WATER & SEWER DEPT<br>230 EAST NEWNAN ROAD<br>NEWNAN, GA 30263 |
| CREDITOR ID: 247165-12<br>COUNTY OF CRAVEN FINANCE OFFICE<br>ATTN LINDA A LEDREW<br>406 CRAVEN STREET<br>NEW BERN, NC 28560 | CREDITOR ID: 266773-31<br>COUNTY OF CRAVEN GOVERNMENT<br>ATTN: GEORGE SAWYER<br>406 CRAVEN ST<br>NEW BERN NC 28560-4911 | CREDITOR ID: 247080-12<br>COUNTY OF CRAVEN TAX ADMINISTRATOR<br>PO BOX 1128<br>NEW BERN NC 28563-1128 |
| CREDITOR ID: 240362-06<br>COUNTY OF CRAVEN TAX ADMINISTRATOR<br>PO BOX 1128<br>NEW BERN NC 28563-1128 | CREDITOR ID: 266146-14<br>COUNTY OF CRAVEN TAX COLLECTN DEPT<br>ATTN RONALD ANTRY OR C JOHNSON<br>226 POLLOCK STREET<br>NEW BERN NC 28560-4943 | CREDITOR ID: 247208-12<br>COUNTY OF CRISP POWER COM<br>PO BOX 1218<br>CORDELE, GA 31015-1218 |
| CREDITOR ID: 251-03<br>COUNTY OF CRISP POWER COMMISSION<br>ATTN JEFF COUTURIER<br>201 SOUTH SEVENTH STREET<br>PO BOX 1218<br>CORDELE GA 31010 | CREDITOR ID: 247209-12<br>COUNTY OF CRISP TAX COMMISSIONER<br>PROPERTY TAX<br>210 SOUTH 7TH STREET, SUITE 201<br>CORDELE GA 31015-4295 | CREDITOR ID: 317621-42<br>COUNTY OF CRISP TAX COMMISSIONER<br>210 S 7TH ST, STE 201<br>CORDELE, GA 31015-4295 |
| CREDITOR ID: 407755-15<br>COUNTY OF CULLMAN<br>REVENUE COMMISSIONER<br>ATTN KAY D WILLIAMS-SMITH<br>PO BOX 220<br>CULLMAN AL 35056-0220 | CREDITOR ID: 407755-15<br>COUNTY OF CULLMAN<br>C/O FULLER & WILLINGHAM<br>ATTN DAN J WILLINGHAM, ESQ<br>413 1ST AVENUE SW<br>CULLMAN AL 35055 | CREDITOR ID: 266306-14<br>COUNTY OF CUMBERLAND<br>ATTN: GARRA ALEXANDRIA<br>117 DICK ST RM 527<br>FAYETTEVILLE NC 28301-5749 |
| CREDITOR ID: 266307-31<br>COUNTY OF CUMBERLAND<br>ATTN: THANENA S WILSON<br>245 PERSON ST<br>FAYETTEVILLE NC 28301-5733 | CREDITOR ID: 266308-31<br>COUNTY OF DALLAS<br>ATTN: LARRY FRIDAY<br>105 LAUDERDALE ST<br>SELMA AL 36701-4614 | CREDITOR ID: 407675-15<br>COUNTY OF DALLAS, AL, TAX COLLECTOR<br>ATTN TAMMY JONES KING, TAX COLLECT<br>PO BOX 987<br>SELMA AL 36702-0987 |
| CREDITOR ID: 266309-14<br>COUNTY OF DARE<br>ATTN: DON HUX<br>211 BUDLEIGH ST<br>MANTEO NC 27954-9637 | CREDITOR ID: 404520-95<br>COUNTY OF DARLINGTON<br>PO BOX 5732<br>FLORENCE SC 29502 | CREDITOR ID: 247606-12<br>COUNTY OF DARLINGTON<br>ATTN B D COPELAND OR T DICKERSON<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 266861-31<br>COUNTY OF DARLINGTON LANDFILL<br>ATTN: REX BROWN<br>1 PUBLIC SQ RM 210<br>DARLINGTON SC 29532-3213 | CREDITOR ID: 247608-12<br>COUNTY OF DARLINGTON TREASURER<br>PO BOX 1177<br>DARLINGTON, SC 29540 | CREDITOR ID: 247607-12<br>COUNTY OF DARLINGTON TREASURER<br>ONE PUBLIC SQUARE<br>ROOM 203<br>PROPERTY TAX<br>DARLINGTON SC 29532-3213 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266310-31 | CREDITOR ID: 266874-31 | CREDITOR ID: 255293-12 |
| COUNTY OF DAWSON | COUNTY OF DECATUR BD COMMISSIONERS | COUNTY OF DECATUR MAGISTRATE COURT |
| ATTN: LYNN TULLY | ATTN ALAN THOMAS | 912 SPRING CREEK RD |
| 86 HIGHWAY 53 W STE 100 | 122 W WATER ST | PO BOX 3 |
| DAWSONVILLE GA 30534-3435 | BAINBRIDGE GA 39817-3664 | BAINBRIDGE GA 39817 |
| | | |
| CREDITOR ID: 261859-12 | CREDITOR ID: 247870-12 | CREDITOR ID: 2898-04 |
| COUNTY OF DECATUR STATE COURT | COUNTY OF DECATUR TAX COMMISSIONER | COUNTY OF DEKALB |
| PO BOX 336 | PROPERTY TAX | ATTN: KEN WOODS |
| BAINBRIDGE GA 39818 | PO BOX 246 | PO BOX 1027 |
| | BAINBRIDGE GA 39818 | DECATUR GA 30031-1027 |
| | | |
| CREDITOR ID: 266315-31 | CREDITOR ID: 266319-14 | CREDITOR ID: 266317-31 |
| COUNTY OF DEKALB | COUNTY OF DEKALB | COUNTY OF DEKALB |
| ATTN: LIANE LEVETAN | ATTN: TOM SCOTT | ATTN: RAYMOND R WHITE |
| 4203 CLEVEMONT RD | 4380 MEMORIAL DR, STE 100 | 1300 COMMERCE DR RM 400 |
| ELLENWOOD GA 30294-1331 | DECATUR GA 30032-1239 | DECATUR GA 30030-3222 |
| | | |
| CREDITOR ID: 266316-14 | CREDITOR ID: 266313-31 | CREDITOR ID: 266312-31 |
| COUNTY OF DEKALB | COUNTY OF DEKALB | COUNTY OF DEKALB |
| ATTN: MIKE J BELL | ATTN: DARNELL ECOLHF | ATTN: D ERIC HANCOCK |
| 1300 COMMERCE DR | 4124 FLAKES MILL RD | 4664 FLAT BRIDGE RD |
| DECATUR GA 30030-3222 | DECATUR GA 30034-5847 | LITHONIA GA 30038-4232 |
| | | |
| CREDITOR ID: 266311-31 | CREDITOR ID: 266318-14 | CREDITOR ID: 266314-31 |
| COUNTY OF DEKALB | COUNTY OF DEKALB | COUNTY OF DEKALB |
| ATTN: CHRIS MORRIS | ATTN: ROBIN ROSE DAVID | ATTN: JEFF HUDGINS |
| 1807 CANDLER RD | 120 W TRINITY PL, SUITE 110 | 2746 LAURELWOOD RD |
| DECATUR GA 30032-4162 | DECATUR GA 30030-3304 | ATLANTA GA 30360-2040 |
| | | |
| CREDITOR ID: 266913-14 | CREDITOR ID: 274-03 | CREDITOR ID: 266914-31 |
| COUNTY OF DEKALB | COUNTY OF DEKALB | COUNTY OF DEKALB GOVERNMENT |
| ATTN: MARVIN DAVIS | PO BOX 1027 | ATTN: BERNON JONES |
| 1300 COMMERCE DR | DECATUR GA 30031-1027 | 3850 LANDGRAF CV |
| DECATUR GA 30030-3222 | | DECATUR GA 30034-4736 |
| | | |
| CREDITOR ID: 381930-15 | CREDITOR ID: 318656-43 | CREDITOR ID: 247903-12 |
| COUNTY OF DEKALB TAX COMM, GA | COUNTY OF DEKALB TAX COMMISSIONER | COUNTY OF DEKALB TAX COMMISSIONER |
| ATTN HACKWN L DEVOE | PO BOX 100004 | PROPERTY TAX |
| PO BOX 100004 | DECATUR, GA 30031-7004 | PO BOX 100004 |
| DECATUR GA 30031-7004 | | DECATUR GA 30031-7004 |
| | | |
| CREDITOR ID: 247902-12 | CREDITOR ID: 407679-15 | CREDITOR ID: 247904-12 |
| COUNTY OF DEKALB TREAS & ACCTG SVCS | COUNTY OF DEKALB, GA | COUNTY OF DEKALB-CHEROKEEY GAS DIST |
| PO BOX 1027 | TREASURY & ACCOUNTING DIVISION | 205 GRAND AVENUE NW |
| DECATUR, GA 30031-7001 | ATTN ROMEO KELLER | FOR PAYNE, AL 35967 |
| | PO BOX 1088 | |
| | DECATUR GA 30031 | |
| | | |
| CREDITOR ID: 266321-31 | CREDITOR ID: 266320-14 | CREDITOR ID: 266322-31 |
| COUNTY OF DESOTO | COUNTY OF DESOTO | COUNTY OF DESOTO |
| ATTN: DELMA ALLEN | ATTN: DEBBIE WIYGUL | ATTN: JUNE FISHER |
| 201 E OAK ST | 6569 HIGHWAY 305 N | 201 E OAK ST STE 204 |
| ARCADIA FL 34266-4451 | OLIVE BRANCH MS 38654-3044 | ARCADIA FL 34266-4451 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266323-31<br>COUNTY OF DICKENSON<br>ATTN: SCOTT MOORE<br>MAIN ST<br>CLINTWOOD VA 24228 | CREDITOR ID: 266324-31<br>COUNTY OF DILLON<br>ATTN: GENE BULTER<br>211 W HAMPTON ST<br>DILLON SC 29536-3333 | CREDITOR ID: 266325-14<br>COUNTY OF DINWIDDIE<br>ATTN: DEBRA M MARSTON<br>140 16 BOYDTON PLANKS RD<br>DINWIDDIE VA 23841 |
| CREDITOR ID: 266327-31<br>COUNTY OF DOUGHERTY<br>ATTN: ROY DOWNS<br>219 S WASHINGTON ST<br>ALBANY GA 31701-2841 | CREDITOR ID: 248452-12<br>COUNTY OF DOUGHERTY TAX COMMISSION<br>ATTN DENVER COLLINS-HOOTEN<br>PROPERTY TAX<br>PO BOX 1827<br>ALBANY GA 31702-1827 | CREDITOR ID: 240363-06<br>COUNTY OF DOUGLAS<br>8700 HOSPITAL DR<br>OCCUPATIONAL TAX OFFICE<br>DOUGLASVILLE GA 30134 |
| CREDITOR ID: 240411-06<br>COUNTY OF DOUGLAS TAX COMMISSIONER<br>ATTN GAY GOOLSBY, DEPUTY TAX COMM<br>PROPERTY TAX<br>PO BOX 1177<br>DOUGLASVILLE GA 30133-1177 | CREDITOR ID: 248588-12<br>COUNTY OF DUVAL HEALTH DEPARTMENT<br>900 UNIVERSITY BLVD N, STE 300 MC45<br>JACKSONVILLE FL 32211 | CREDITOR ID: 240413-06<br>COUNTY OF DUVAL TAX COLLECTOR<br>PROPERTY TAX<br>231 EAST FORSYTH STREET, SUITE 130<br>JACKSONVILLE FL 32202-3370 |
| CREDITOR ID: 266328-14<br>COUNTY OF DYER<br>ATTN: JANIE GREGSON<br>102 VOLUNTEER BLVD<br>DYERSBURG TN 38024-1855 | CREDITOR ID: 266329-14<br>COUNTY OF EARLY<br>ATTN: PETE BREEZE<br>117 RIVER ST<br>BLAKELY GA 39823-9675 | CREDITOR ID: 266330-14<br>COUNTY OF EDGEFIELD<br>ATTN: ARLEEN TRAXLER<br>129 COURTHOUSE SQ STE 203<br>EDGEFIELD SC 29824-1350 |
| CREDITOR ID: 248788-12<br>COUNTY OF EDGEFIELD WATER<br>PO BOX 416<br>EDGEFIELD, SC 29824 | CREDITOR ID: 248926-12<br>COUNTY OF ELMORE REVENUE COMMISS<br>PROPERTY TAX<br>ATTN WM M HARPER<br>PO BOX 1147<br>WETUMPKA AL 36092-0020 | CREDITOR ID: 266331-14<br>COUNTY OF EMANUEL<br>ATTN: SANDRA WRIGHT<br>101 S MAIN ST<br>SWAINSBORO GA 30401-3655 |
| CREDITOR ID: 249116-12<br>COUNTY OF ERIE SCU<br>ATTN TIMOTHY M KONICKI<br>95 FRANKLIN STREET, RM 728<br>BUFFALO NY 14202 | CREDITOR ID: 266332-14<br>COUNTY OF ESCAMBIA<br>ATTN: CHRIS JONES<br>213 W GARDEN ST<br>PENSACOLA FL 32502-5728 | CREDITOR ID: 249143-12<br>COUNTY OF ESCAMBIA CLERK OF COURT<br>COUNTY COURTHOUSE<br>PO BOX 333<br>PENSACOLA FL 32592-0333 |
| CREDITOR ID: 240418-06<br>COUNTY OF ESCAMBIA HEALTH DEPT<br>1115 AZALEA PLACE<br>BREWTON AL 36426 | CREDITOR ID: 249146-12<br>COUNTY OF ESCAMBIA TAX COLLECTOR<br>213 PALASOX PLACE<br>PENSACOLA, FL 32501 | CREDITOR ID: 317718-42<br>COUNTY OF ESCAMBIA TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427 |
| CREDITOR ID: 249149-12<br>COUNTY OF ESCAMBIA TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 407<br>BREWTON AL 36427 | CREDITOR ID: 249144-12<br>COUNTY OF ESCAMBIA UTILITIES<br>ATTN CHARLENE HALL, CSR<br>PO BOX 15311<br>PENSACOLA, FL 32514 | CREDITOR ID: 266333-31<br>COUNTY OF ETOWAH<br>ATTN: NINA HOWARD<br>596 GALLANT RD<br>ATTALLA AL 35954-5256 |
| CREDITOR ID: 266342-31<br>COUNTY OF FAIRFAX<br>ATTN: NANCY KRAKOVER<br>12000 GOVERNMENT CENTER P<br>FAIRFAX VA 22035 | CREDITOR ID: 266341-31<br>COUNTY OF FAIRFAX<br>ATTN: JOYCE DOUGHTY<br>12000 GOVERNMENT CENTER P<br>FAIRFAX VA 22035 | CREDITOR ID: 266336-14<br>COUNTY OF FAIRFAX<br>ATTN: CATHY MUSE<br>12000 GOVERNMENT CENTER P<br>FAIRFAX VA 22035 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266340-31<br>COUNTY OF FAIRFAX<br>ATTN: JOHN W WHITE<br>12055 GOVERNMENT CENTER P<br>FAIRFAX VA 22035 | CREDITOR ID: 266338-31<br>COUNTY OF FAIRFAX<br>ATTN: JAMES ZOOK<br>12055 GOVERNMENT CENTER P<br>FAIRFAX VA 22035 | CREDITOR ID: 266335-14<br>COUNTY OF FAIRFAX<br>ATTN: BARBARA SULLIVAN<br>2511 PARKERS LN<br>ALEXANDRIA VA 22306-3273 |
| CREDITOR ID: 266334-31<br>COUNTY OF FAIRFAX<br>ATTN: ALLEN HOGGE<br>9399 RICHMOND HWY<br>LORTON VA 22079-1899 | CREDITOR ID: 266337-14<br>COUNTY OF FAIRFAX<br>ATTN: EDWARD LONG<br>3340 WOODBURN RD<br>ANNANDALE VA 22003-1202 | CREDITOR ID: 266339-31<br>COUNTY OF FAIRFAX<br>ATTN: JOHN CHILDRESS<br>6901 ALLEN PARK RD<br>LORTON VA 22079-1132 |
| CREDITOR ID: 266343-14<br>COUNTY OF FANNIN<br>ATTN: JOHNIE BRADLEY<br>420 W MAIN ST STE 13<br>BLUE RIDGE GA 30513-8543 | CREDITOR ID: 266345-14<br>COUNTY OF FAUQUIER<br>ATTN: ROSS W DURSO<br>40 CULPEPER ST FL 2<br>WARRENTON VA 20186-3206 | CREDITOR ID: 266344-14<br>COUNTY OF FAUQUIER<br>ATTN: JOHN TUOHY<br>10 HOTEL ST<br>WARRENTON VA 20186-3208 |
| CREDITOR ID: 266346-31<br>COUNTY OF FLORENCE<br>ATTN: K G RUSTY SMITH JR<br>402 E CAMPGROUND<br>FLORENCE SC 29501 | CREDITOR ID: 249677-12<br>COUNTY OF FLORENCE TREASURER<br>PROPERTY TAX<br>PO BOX 100501<br>FLORENCE SC 29501-0501 | CREDITOR ID: 267234-14<br>COUNTY OF FLORIDA TAX COLLECTOR<br>ATTN HELEN MCENTIRE<br>1331 SOUTH BLVD, STE 101<br>CHIPLEY FL 32428-2220 |
| CREDITOR ID: 266348-14<br>COUNTY OF FLOYD<br>ATTN: WILLIAM MCWAHORTER<br>4 GOVERNMENT PLZ STE 10<br>ROME GA 30161-2803 | CREDITOR ID: 266347-14<br>COUNTY OF FLOYD<br>ATTN: GEORGE PEACH<br>4 GOVERNMENT PLZ STE 10<br>ROME GA 30161-2803 | CREDITOR ID: 263463-12<br>COUNTY OF FLOYD TREASURER<br>ATTN DARLENE S MCCOY, TREASURER<br>311 WEST FIRST STREET<br>NEW ALBANY IN 47150 |
| CREDITOR ID: 249948-12<br>COUNTY OF FORREST TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 1689<br>HATTIEBURG MS 39403 | CREDITOR ID: 266353-14<br>COUNTY OF FRANKLIN<br>ATTN: JUDY S CROOK<br>275 S MAIN ST STE 106<br>ROCKY MOUNT VA 24151-1758 | CREDITOR ID: 266352-14<br>COUNTY OF FRANKLIN<br>ATTN: JIM WRENN<br>215 E NASH ST STE 102<br>LOUISBURG NC 27549-2554 |
| CREDITOR ID: 266351-14<br>COUNTY OF FRANKLIN<br>ATTN: JAMES A HARRIS JR<br>MARKET ST CRTHUSE STE 203<br>APALACHICOLA FL 32320 | CREDITOR ID: 266355-31<br>COUNTY OF FRANKLIN<br>ATTN: PHILIP WILSON<br>203 CARROLL AVE SE<br>RUSSELLVILLE AL 35653-2313 | CREDITOR ID: 266350-14<br>COUNTY OF FRANKLIN<br>ATTN: C PHILLIP HAYES<br>1 S JEFFERSON ST RM 1<br>WINCHESTER TN 37398-2620 |
| CREDITOR ID: 266349-31<br>COUNTY OF FRANKLIN<br>ATTN: BETTY WEBB<br>40 ISLAND DR<br>EASTPOINT FL 32328-3216 | CREDITOR ID: 266356-31<br>COUNTY OF FRANKLIN<br>ATTN: TOM COUCH<br>5 W MASON ST<br>FRANKLINTON NC 27525-1335 | CREDITOR ID: 266354-14<br>COUNTY OF FRANKLIN<br>ATTN: LINDA MASSENGER<br>275 S MAIN ST STE 232<br>ROCKY MOUNT VA 24151-1758 |
| CREDITOR ID: 266357-31<br>COUNTY OF FREDERICK<br>ATTN: WELLINGTON H JONES<br>315 TASKER RD<br>STEPHENS CITY VA 22655-2220 | CREDITOR ID: 247082-12<br>COUNTY OF FRESNO<br>DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 24003<br>FRESNO CA 93779-4003 | CREDITOR ID: 266366-14<br>COUNTY OF FULTON<br>ATTN: RAY TAYLOR<br>141 PRYOR ST SW STE 7001<br>ATLANTA GA 30303-3468 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266364-31<br>COUNTY OF FULTON<br>ATTN: NICK AMMONS<br>141 PRYOR ST SW STE 6001<br>ATLANTA GA 30303-3468 | CREDITOR ID: 266362-14<br>COUNTY OF FULTON<br>ATTN: JOHN CUNNINGHAM<br>141 PRYOR ST SW STE 2052<br>ATLANTA GA 30303-3466 | CREDITOR ID: 266360-14<br>COUNTY OF FULTON<br>ATTN: EUGENE JAMES<br>141 PRYOR ST SW<br>ATLANTA GA 30303-3444 |
| CREDITOR ID: 266358-31<br>COUNTY OF FULTON<br>ATTN: BENJAMIN CROSBY<br>95 ACADEMY ST<br>ATLANTA GA 30303 | CREDITOR ID: 266365-31<br>COUNTY OF FULTON<br>ATTN: PAUL WILLIAMS<br>7520 COCHRAN RD<br>ATLANTA GA 30349-1015 | CREDITOR ID: 266363-31<br>COUNTY OF FULTON<br>ATTN: JOHNN INMAN<br>125 WILLIS MILL RD SW<br>ATLANTA GA 30311-1725 |
| CREDITOR ID: 266359-31<br>COUNTY OF FULTON<br>ATTN: D C MAUDLIN JR<br>141 PRYOR ST SW STE 6001<br>ATLANTA GA 30303-3468 | CREDITOR ID: 266361-31<br>COUNTY OF FULTON<br>ATTN: JOE JOHNSON JR<br>141 PRYOR ST SW STE 5001<br>ATLANTA GA 30303-3472 | CREDITOR ID: 266367-31<br>COUNTY OF FULTON<br>ATTN: STEVEN R CCOVER<br>141 PRYOR ST SW STE 5001<br>ATLANTA GA 30303-3472 |
| CREDITOR ID: 380-03<br>COUNTY OF FULTON<br>FINANCE DEPT.<br>141 PRYOR STREET<br>ATLANTA GA 30303 | CREDITOR ID: 399643-15<br>COUNTY OF FULTON FIN DEPT<br>WATER & SEWER BILLING & COLLECTIONS<br>ATTN MONICA DIXON<br>141 PRYOR STREET SW, SUITE 7001<br>ATLANTA GA 30303 | CREDITOR ID: 250150-12<br>COUNTY OF FULTON SEWER SURCHARGE<br>ATTN: SOYANNA MITCHELL/MONICA DIXON<br>141 PRYOR STREET, STE 7001<br>ATLANTA, GA 30303 |
| CREDITOR ID: 261860-12<br>COUNTY OF FULTON STATE COURT<br>185 CENTRAL AVENUE SW<br>ATLANTA, GA 30303 | CREDITOR ID: 403430-15<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN WILLIE RESPRESS<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA GA 30303 | CREDITOR ID: 266368-14<br>COUNTY OF GADSDEN<br>ATTN: GEORGE HAMILTON<br>3 S CALHOUN ST<br>QUINCY FL 32351-3170 |
| CREDITOR ID: 317753-42<br>COUNTY OF GADSDEN TAX COLLECTOR<br>ATTN W DALE SUMMERFORD<br>PO BOX 817<br>QUINCY FL 32353-0817 | CREDITOR ID: 266369-31<br>COUNTY OF GENEVA<br>ATTN: PAUL SHIPES<br>RR 1<br>GENEVA AL 36340-9801 | CREDITOR ID: 266370-14<br>COUNTY OF GILES<br>ATTN: GERALD DUNCAN<br>130 N MAIN ST<br>PEARISBURG VA 24134-1625 |
| CREDITOR ID: 266371-14<br>COUNTY OF GLADES<br>ATTN: JO ANN GREER<br>HWY 27 5TH ST RM 101<br>MOORE HAVEN FL 33471 | CREDITOR ID: 266372-31<br>COUNTY OF GLOUCESTER<br>ATTN: WESLEY D JONES<br>7385 JUSTICE DR<br>GLOUCESTER VA 23061 | CREDITOR ID: 250677-12<br>COUNTY OF GLOUCESTER<br>6489 MAIN STREET<br>GLOUCESTER, VA 23061 |
| CREDITOR ID: 250678-12<br>COUNTY OF GLOUCESTER TREASURER<br>COMMISSIONER OF THE REVENUE<br>6489 MAIN ST #137<br>GLOUCESTER VA 23061-6102 | CREDITOR ID: 266373-31<br>COUNTY OF GLYNN<br>ATTN: LORA SHIVER<br>1725 REYNOLDS ST<br>BRUNSWICK GA 31520-6433 | CREDITOR ID: 250685-12<br>COUNTY OF GLYNN FINANCE DEPT, GA<br>WATER AND SEWER<br>ATTN PHYLLIS MCNICOLL, FIN DIRECTOR<br>1725 REYNOLDS STREET, SUITE 300<br>BRUNSWICK, GA 31520 |
| CREDITOR ID: 250685-12<br>COUNTY OF GLYNN FINANCE DEPT, GA<br>C/O GLYNN COUNTY ATTORNEY<br>ATTN L WILLIAM WORLEY, ESQ<br>HISTORIC GLYNN COUNTY COURTHOUSE<br>701 G STREET, 2D FLOOR<br>BRUNSWICK GA 31520 | CREDITOR ID: 266374-14<br>COUNTY OF GOOCHLAND<br>ATTN: JEAN BRYANT<br>2938 RIVER RD W<br>GOOCHLAND VA 23063-3229 | CREDITOR ID: 266376-14<br>COUNTY OF GORDON<br>ATTN: WAYNE WALTERS<br>101 N PIEDMONT ST<br>CALHOUN GA 30701 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266375-14<br>COUNTY OF GORDON<br>ATTN: PEGGY SMITH<br>101 S PIEDMONT ST<br>CALHOUN GA 30701-2211 | CREDITOR ID: 266377-14<br>COUNTY OF GRADY<br>ATTN: SUSAN BENNETT<br>250 N BROAD ST STE 4<br>CAIRO GA 39828-4122 | CREDITOR ID: 266378-14<br>COUNTY OF GRANVILLE<br>ATTN: DANNY FAUCETTE<br>143 WILLIAMSBORO ST<br>OXFORD NC 27565-3328 |
| CREDITOR ID: 266380-31<br>COUNTY OF GREENSVILLE<br>ATTN: KATHY LITTLE<br>1750 E ATLANTIC ST<br>EMPORIA VA 23847-6584 | CREDITOR ID: 266381-14<br>COUNTY OF GREENSVILLE<br>ATTN: ROSA D DOYLE<br>1750 E ATLANTIC ST<br>EMPORIA VA 23847-6584 | CREDITOR ID: 266379-31<br>COUNTY OF GREENSVILLE<br>ATTN: CHIPPEL BROWN<br>1174 OLD HALIFAX RD<br>EMPORIA VA 23847 |
| CREDITOR ID: 266385-31<br>COUNTY OF GREENVILLE<br>ATTN: PHILIP WATERS<br>3769 N HIGHWAY 101<br>GREER SC 29651-5025 | CREDITOR ID: 266383-14<br>COUNTY OF GREENVILLE<br>ATTN: GUYTON THOMPSON<br>301 UNIVERSITY RDG<br>GREENVILLE SC 29601-3664 | CREDITOR ID: 266382-14<br>COUNTY OF GREENVILLE<br>ATTN: ANGELA ROACHE<br>301 UNIVERSITY RDG<br>GREENVILLE SC 29601-3664 |
| CREDITOR ID: 266384-31<br>COUNTY OF GREENVILLE<br>ATTN: GWEN KENNEDDY<br>301 UNIVERSITY RDG<br>GREENVILLE SC 29601-3664 | CREDITOR ID: 250883-12<br>COUNTY OF GREENVILLE FAMILY COURT<br>PO BOX 757<br>GREENVILLE SC 29602 | CREDITOR ID: 250884-12<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>MOTOR VEHICLES DEPARTMENT<br>PROPERTY TAX<br>PO BOX 225<br>GREENVILLE, SC 29602 |
| CREDITOR ID: 250885-12<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | CREDITOR ID: 318691-43<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE SUITE 700<br>GREENVILLE, SC 29601 | CREDITOR ID: 266386-14<br>COUNTY OF GRUNY<br>ATTN: JOANNE CHILDERS<br>1 CUMBERLAND ST<br>ALTAMONT TN 37301 |
| CREDITOR ID: 406108-15<br>COUNTY OF GUILFORD, NC, TAX DEPT<br>ATTN JAMES E ROLAND, ASST TAX COLL<br>PO BOX 3138<br>GREENSBORO NC 27402 | CREDITOR ID: 266387-14<br>COUNTY OF GULF<br>ATTN: SHIRLEY JENKINS<br>1000 CECIL G COSTIN SR BLVD<br>PORT SAINT JOE FL 32456-1653 | CREDITOR ID: 266388-14<br>COUNTY OF GWINNETT<br>ATTN: KATHERINE SHERRINGTON<br>75 LANGLEY DR<br>LAWRENCEVILLE GA 30045-6935 |
| CREDITOR ID: 266390-14<br>COUNTY OF GWINNETT<br>ATTN: STEVE PRUETT<br>75 LANGLEY DR<br>LAWRENCEVILLE GA 30045-6935 | CREDITOR ID: 266389-31<br>COUNTY OF GWINNETT<br>ATTN: PHIL MEES<br>6557 PLANT DR<br>NORCROSS GA 30092-2235 | CREDITOR ID: 384152-47<br>COUNTY OF GWINNETT<br>DEPT OF PUBLIC UTILITIES<br>684 WINDER HIGHWAY<br>LAWRENCEVILLE, GA 30045-5012 |
| CREDITOR ID: 266391-31<br>COUNTY OF HABERSHAM<br>ATTN: TAMMY CARTER<br>185B SCOGGINS DR<br>DEMOREST GA 30535-5355 | CREDITOR ID: 266392-31<br>COUNTY OF HABERSHAM<br>ATTN: TERRY PURCELL<br>8 COURTHOUSE SQ<br>CLARKESVILLE GA 30523 | CREDITOR ID: 266393-31<br>COUNTY OF HALE<br>ATTN: ADAM JONES<br>396 DOGWOOD LN<br>GREENSBORO AL 36744-5141 |
| CREDITOR ID: 266396-14<br>COUNTY OF HALIFAX<br>ATTN: PAM NORTON<br>FERRELL LN<br>HALIFAX NC 27839 | CREDITOR ID: 266394-14<br>COUNTY OF HALIFAX<br>ATTN: DANNY JACKSON<br>1030 CRAWFORD RD<br>HALIFAX VA 24558 | CREDITOR ID: 266395-14<br>COUNTY OF HALIFAX<br>ATTN: LINDA FOSTER<br>1030 COWFORD RD<br>HALIFAX VA 24558-3100 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 266407-31
COUNTY OF HAMILTON
ATTN: WILLIAM MC DONALD
1250 MARKET ST
CHATTANOOGA TN 37402-4440

CREDITOR ID: 266397-31
COUNTY OF HAMILTON
ATTN: BARRY BENNETT
1250 MARKET ST STE 2000
CHATTANOOGA TN 37402-4442

CREDITOR ID: 266405-31
COUNTY OF HAMILTON
ATTN: MARCIA HEATH
625 WALNUT ST FL 2
CHATTANOOGA TN 37402-1956

CREDITOR ID: 266404-14
COUNTY OF HAMILTON
ATTN: LOUIS S WRIGHT
123 E 7TH ST # 300
CHATTANOOGA TN 37402-1904

CREDITOR ID: 266401-31
COUNTY OF HAMILTON
ATTN: DANIEL SAIEED
317 OAK ST RM 202
CHATTANOOGA TN 37403-1902

CREDITOR ID: 266400-31
COUNTY OF HAMILTON
ATTN: CLEVELAND GRIMES
117 E 7TH ST
CHATTANOOGA TN 37402-1904

CREDITOR ID: 266398-14
COUNTY OF HAMILTON
ATTN: BILL BENNETT
6135 HERITAGE PARK DR
CHATTANOOGA TN 37416-3660

CREDITOR ID: 266406-31
COUNTY OF HAMILTON
ATTN: MICHAEL BENNETT
1600 CRABTREE RD
HIXSON TN 37343-1321

CREDITOR ID: 266403-14
COUNTY OF HAMILTON
ATTN: KIM CARTER
300 MAYFIELD ANX
CHATTANOOGA TN 37402

CREDITOR ID: 266399-14
COUNTY OF HAMILTON
ATTN: CARL F LEVI
210 COURTHOUSE
CHATTANOOGA TN 37402-2230

CREDITOR ID: 266402-31
COUNTY OF HAMILTON
ATTN: HAROLD ALSTON
9525 LOVELL RD
SODDY DAISY TN 37379-3977

CREDITOR ID: 251180-12
COUNTY OF HAMILTON TRUSTEE
C/O SPEARS MOORE REBMAN & WILLIAMS
ATTN SCOTT N BROWN JR, ESQ
PO BOX 1749
CHATTANOOGA, TN 37401-1749

CREDITOR ID: 407551-15
COUNTY OF HAMILTON, OH
BOARD OF COUNTY COMMISSIONERS
700 COUNTY ADMINISTRATION BLDG
138 EAST COURT STREET
CINCINNATI OH 45202-1232

CREDITOR ID: 407551-15
COUNTY OF HAMILTON, OH
C/O DALE H BERNARD
ASST PROSECUTING ATTORNEY
230 E 9TH STREET SUITE 4000
CINCINNATI OH 45202

CREDITOR ID: 266408-14
COUNTY OF HAMPTON
ATTN: IRA BROOKS
HWY 601 278 COURTHOUSE SQ
HAMPTON SC 29924

CREDITOR ID: 266410-14
COUNTY OF HANOVER
ATTN: T SCOTT HARRIS
7497 COUNTY COMPLEX RD
HANOVER VA 23069-1529

CREDITOR ID: 266409-31
COUNTY OF HANOVER
ATTN: RICHARD JOHNSON
7516 COUNTY COMPLEX RD
HANOVER VA 23069-1530

CREDITOR ID: 251250-12
COUNTY OF HARDIN WATER DIST
1400 ROGERSVILLE RD
RADCLIFF, KY 40159-0489

CREDITOR ID: 266411-14
COUNTY OF HARNETT
ATTN: L C OQUINN
729 S MAIN ST
LILLINGTON NC 27546-7681

CREDITOR ID: 266413-14
COUNTY OF HARRISON
ATTN: TRONYA ROSS
1801 23RD AVE
GULFPORT MS 39501-2902

CREDITOR ID: 266412-14
COUNTY OF HARRISON
ATTN: DAVID LAROSA
730 DR MARTIN LUTHER KING JR BLVD
BILOXI MS 39530-3854

CREDITOR ID: 266414-14
COUNTY OF HAWKINS
ATTN DON CINNAMON
110 E MAIN ST, STE 201
ROGERSVILLE TN 37857-3361

CREDITOR ID: 647-03
COUNTY OF HAWKINS
NATURAL GAS UTILITY DISTRICT
PO BOX 667
ROGERSVILLE TN 37857-3653

CREDITOR ID: 241327-12
COUNTY OF HAWKINS CLERK
ATTN A CARROLL JENKINS
110 EAST MAIN STREET
ROGERSVILLE TN 37857

CREDITOR ID: 317828-42
COUNTY OF HAWKINS TRUSTEE
110 E MAIN ST, STE 203
ROGERSVILLE TN 37857-3345

CREDITOR ID: 266417-31
COUNTY OF HAYWOOD
ATTN: MARK CLASBY
144 INDUSTRIAL PARK RD
WAYNESVILLE NC 28786-9708

CREDITOR ID: 266419-14
COUNTY OF HAYWOOD
ATTN: WILLIAM L HOWSE
1 N WASHINGTON AVE
BROWNSVILLE TN 38012-2561

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266418-31<br>COUNTY OF HAYWOOD<br>ATTN: NANCY CATES<br>100 BOYD AVE<br>BROWNSVILLE TN 38012-2608 | CREDITOR ID: 266415-14<br>COUNTY OF HAYWOOD<br>ATTN: DARE SIMPSON<br>1 N WASHINGTON AVE<br>BROWNSVILLE TN 38012-2561 | CREDITOR ID: 266416-31<br>COUNTY OF HAYWOOD<br>ATTN: KURT WADDELL<br>608 LANDFILL RD<br>BROWNSVILLE TN 38012-6900 |
| CREDITOR ID: 267560-14<br>COUNTY OF HEARD TAX ASSESSORS<br>ATTN LARRY PIKE OR S NOLEN<br>215 E CT SQUARE, RM 19<br>FRANKLIN GA 30217 | CREDITOR ID: 266423-31<br>COUNTY OF HENDERSON<br>ATTN: RON BLAIR<br>35 E WILSON ST<br>LEXINGTON TN 38351-1862 | CREDITOR ID: 266422-31<br>COUNTY OF HENDERSON<br>ATTN: JOYCE DAYTON<br>740 GLOVER ST<br>HENDERSONVILLE NC 28792-4433 |
| CREDITOR ID: 266420-14<br>COUNTY OF HENDERSON<br>ATTN: EDDIE MITCHEM<br>200 N GROVE ST STE 102<br>HENDERSONVILLE NC 28792-5027 | CREDITOR ID: 266421-31<br>COUNTY OF HENDERSON<br>ATTN: GARY TWEED<br>802 STONEY MOUNTAIN RD<br>HENDERSONVILLE NC 28791-1349 | CREDITOR ID: 251465-12<br>COUNTY OF HENDERSONVILLE TAX COLL<br>PROPERTY TAX<br>200 NORTH GROVE STREET, SUITE 66<br>HENDERSONVILLE, NC 28792-5027 |
| CREDITOR ID: 266424-31<br>COUNTY OF HENDRY<br>ATTN: EASTON BURCHARD<br>112 S LEE ST<br>LABELLE FL 33935-4625 | CREDITOR ID: 266425-31<br>COUNTY OF HENDRY<br>ATTN: FELIX DIAZ<br>475 S CABBAGE PALM ST<br>CLEWISTON FL 33440-8893 | CREDITOR ID: 266426-14<br>COUNTY OF HENDRY<br>ATTN: PEGGY HAMPTON<br>25 E HICKPOOCHEE AVE<br>LABELLE FL 33935-5015 |
| CREDITOR ID: 266432-31<br>COUNTY OF HENRICO<br>ATTN: JOHN R MARLLES<br>4301 E PARHAM RD<br>RICHMOND VA 23228-2745 | CREDITOR ID: 266431-14<br>COUNTY OF HENRICO<br>ATTN: JOHN A VITHOULKAS<br>4300 E PARHAM RD<br>RICHMOND VA 23228-2752 | CREDITOR ID: 266429-14<br>COUNTY OF HENRICO<br>ATTN: CLARENCE DANIEL<br>4300 E PARHAM RD<br>RICHMOND VA 23228-2752 |
| CREDITOR ID: 240365-06<br>COUNTY OF HENRICO<br>DEPARTMENT OF FINANCE<br>PO BOX 85080 LOCKBOX 4732<br>RICHMOND VA 23285-4732 | CREDITOR ID: 266430-14<br>COUNTY OF HENRICO<br>ATTN: EDWARD W TRICE<br>4300 E PARHAM RD<br>RICHMOND VA 23228-2752 | CREDITOR ID: 266428-31<br>COUNTY OF HENRICO<br>ATTN: BARB STROHMAN<br>8600 DIXON POWERS DR<br>RICHMOND VA 23228-2735 |
| CREDITOR ID: 266427-31<br>COUNTY OF HENRICO<br>ATTN: ARTHUR D PETRINI<br>PARHAM/HUNGARY SPRINGS RD<br>RICHMOND VA 23273-0001 | CREDITOR ID: 266434-31<br>COUNTY OF HENRICO<br>ATTN: VIRGIL HADELETT<br>3820 NINE MILE RD<br>RICHMOND VA 23223-4848 | CREDITOR ID: 266433-14<br>COUNTY OF HENRICO<br>ATTN: SAMUEL A DAVIS<br>4300 E PARHAM RD<br>RICHMOND VA 23228-2752 |
| CREDITOR ID: 453-03<br>COUNTY OF HENRY<br>533 HAMPTON ROAD<br>MC DONOUGH GA 30253 | CREDITOR ID: 266435-14<br>COUNTY OF HENRY<br>ATTN: KRISTINE C ALLUMS<br>101 COURT SQ STE C<br>ABBEVILLE AL 36310-2135 | CREDITOR ID: 384161-47<br>COUNTY OF HENRY<br>WATER AND SEWERAGE AUTH<br>1695 HWY 20 W<br>MCDONOUGH, GA 30253-9029 |
| CREDITOR ID: 397798-75<br>COUNTY OF HENRY<br>PUBLIC SERVICE AUTHORITY<br>PO BOX 69<br>COLLINSVILLE, VA 24078 | CREDITOR ID: 381455-47<br>COUNTY OF HENRY COMMISSIONER OF REV<br>PO BOX 1077<br>COLLINSVILLE, VA 24078 | CREDITOR ID: 381248-47<br>COUNTY OF HENRY PUBLIC SERV AUTH<br>PO BOX 69<br>COLLINSVILLE, VA 24078 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 240489-06
COUNTY OF HENRY TAX DEPT
ATTN ANDY PIPKIN, TAX COMMISSIONER
PO BOX 488
MCDONOUGH GA 30253

CREDITOR ID: 266436-31
COUNTY OF HERNANDO
ATTN: LARRY JENNINGS
20 N MAIN ST RM 262
HERNANDO FL 34442

CREDITOR ID: 457-03
COUNTY OF HERNANDO
PO BOX 10899
BROOKSVILLE FL 34603-0899

CREDITOR ID: 251538-12
COUNTY OF HERNANDO UTILITIES
PO BOX 30384
TAMPA, FL 33630-3384

CREDITOR ID: 266437-14
COUNTY OF HERTFORD
ATTN: WILDA LIVERMAN
704 N KING ST
WINTON NC 27986

CREDITOR ID: 266439-31
COUNTY OF HICKMAN
ATTN: MAC BRACE
769 HIGHWAY 50 E
CENTERVILLE TN 37033-5105

CREDITOR ID: 266438-31
COUNTY OF HICKMAN
ATTN: JAMIE NELMS
2220 SKYVIEW DR
CENTERVILLE TN 37033-9514

CREDITOR ID: 406016-15
COUNTY OF HIGHLANDS TAX COLLECTOR
ATTN FRED W PHILLIPS, FIELD DEPUTY
540 S COMMERCE AVENUE
SEBRING FL 33870

CREDITOR ID: 266457-31
COUNTY OF HILLSBOROUGH
COUNTY JUDGE
800 E TWIGGS ST STE 313
TAMPA FL 33602-3520

CREDITOR ID: 266450-31
COUNTY OF HILLSBOROUGH
ATTN: KEN STANCZYKOWSKI
520 TECO RD
RUSKIN FL 33570-5224

CREDITOR ID: 266453-14
COUNTY OF HILLSBOROUGH
ATTN: ROB TURNER
601 E KENNEDY BLVD FL 16
TAMPA FL 33602-4932

CREDITOR ID: 266445-14
COUNTY OF HILLSBOROUGH
ATTN: ERIC JOHNSON
601 E KENNEDY BLVD FL 26
TAMPA FL 33602-4932

CREDITOR ID: 266446-31
COUNTY OF HILLSBOROUGH
ATTN: HOOSHANG BOOSTANI
1410 N 21ST ST
TAMPA FL 33605-5313

CREDITOR ID: 266443-31
COUNTY OF HILLSBOROUGH
ATTN: CHRISTOPHER A DUNN
1900 E 9TH AVE
TAMPA FL 33605-3820

CREDITOR ID: 266452-14
COUNTY OF HILLSBOROUGH
ATTN: MIKE MERRILL
601 E KENNEDY BLVD FL 24
TAMPA FL 33602-4932

CREDITOR ID: 266454-31
COUNTY OF HILLSBOROUGH
ATTN: ROBERT HOUSEOLDER
10890 S MOBLEY RD
TAMPA FL 33626-1500

CREDITOR ID: 266456-31
COUNTY OF HILLSBOROUGH
ATTN: ROY NEAL
1167 N DOVER RD
DOVER FL 33527-5729

CREDITOR ID: 266455-31
COUNTY OF HILLSBOROUGH
ATTN: ROCKY GUERRA
10707 RHODINE RD
RIVERVIEW FL 33569-7703

CREDITOR ID: 266451-31
COUNTY OF HILLSBOROUGH
ATTN: MIKE KELLY
601 E KENNEDY BLVD FL 23
TAMPA FL 33602-4932

CREDITOR ID: 266449-31
COUNTY OF HILLSBOROUGH
ATTN: JOEL JACOBSON
4220 W TAMPA BAY BLVD
TAMPA FL 33614-7838

CREDITOR ID: 266448-31
COUNTY OF HILLSBOROUGH
ATTN: JERRY CAMPBELL
1900 E 9TH AVE
TAMPA FL 33605-3820

CREDITOR ID: 266447-31
COUNTY OF HILLSBOROUGH
ATTN: JADELL KERR
1410 N 21ST ST
TAMPA FL 33605-5313

CREDITOR ID: 266444-14
COUNTY OF HILLSBOROUGH
ATTN DOUG BELDON, TAX COLLECTOR
KAREN ISHAM, PARALEGAL SPECIALIST
601 E KENNEDY BLVD 14TH FLOOR
TAMPA FL 33602-4932

CREDITOR ID: 266441-31
COUNTY OF HILLSBOROUGH
ATTN: BERNARDO GARCIA
601 E KENNEDY BLVD FL 20
TAMPA FL 33602-4932

CREDITOR ID: 266440-31
COUNTY OF HILLSBOROUGH
ATTN: ARNOLD BECKEN
17316 DALE MABRY HWY N
LUTZ FL 33548-4761

CREDITOR ID: 266442-31
COUNTY OF HILLSBOROUGH
ATTN: BRUCE W MCCLENDON
601 E KENNEDY BLVD FL 18
TAMPA FL 33602-4932

CREDITOR ID: 266458-14
COUNTY OF HILLSBOROUGH
ATTN: STEPHAN J CASSIDY
601 E KENNEDY BLVD FL 26
TAMPA FL 33602-4932

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240494-06<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA FL 33610 | CREDITOR ID: 251637-12<br>COUNTY OF HILLSBOROUGH FIRE RESCUE<br>C/O BOARD OF COUNTY COMMISSIONER<br>PO BOX 1110<br>TAMPA FL 33601-1110 | CREDITOR ID: 251633-12<br>COUNTY OF HILLSBOROUGH PUBLIC<br>10061 EAST ADAMO DR<br>TAMPA, FL 33619 |
| CREDITOR ID: 251638-12<br>COUNTY OF HILLSBOROUGH TAX COLL<br>601 EAST KENNEDY BOULEVARD<br>COUNTY COURTHOUSE 14TH FLOOR<br>PROPERTY TAX<br>TAMPA FL 33602-4156 | CREDITOR ID: 467-03<br>COUNTY OF HILLSBOROUGH WATER DEPT<br>925 E TWIGGS STREET<br>TAMPA FL 33602 | CREDITOR ID: 266460-14<br>COUNTY OF HINDS<br>ATTN: MIKE BAINES<br>316 S PRESIDENT ST<br>JACKSON MS 39201-4801 |
| CREDITOR ID: 266459-14<br>COUNTY OF HINDS<br>ATTN: BILL BURROW<br>316 S PRESIDENT ST<br>JACKSON MS 39201-4801 | CREDITOR ID: 266462-14<br>COUNTY OF HOKE<br>ATTN: MICHAEL WOOD<br>227 N MAIN ST<br>RAEFORD NC 28376-2805 | CREDITOR ID: 266461-31<br>COUNTY OF HOKE<br>ATTN: DON RUSSELL<br>1210 ROCKFISH RD<br>RAEFORD NC 28376-8501 |
| CREDITOR ID: 266463-14<br>COUNTY OF HORRY<br>ATTN: JOHNNY C ALLEN<br>801 MAIN ST<br>CONWAY SC 29526-4343 | CREDITOR ID: 267589-14<br>COUNTY OF HORRY TREASURY DEPT<br>ATTN RUBY TYLER<br>107 HIGHWAY 57 N BOX 2<br>LITTLE RIVER SC 29566-7050 | CREDITOR ID: 266464-31<br>COUNTY OF HOUSTON<br>ATTN: MARY BEE BREWER<br>HOUSTON CNTY CRT HSE RM 6<br>ERIN TN 37061 |
| CREDITOR ID: 479-03<br>COUNTY OF HOUSTON<br>200 CARL VINSON PARKWAY<br>WARNER ROBINS GA 31088 | CREDITOR ID: 266467-31<br>COUNTY OF INDIAN RIVER<br>ATTN: JERRY LEBEAU<br>1550 9TH ST SW<br>VERO BEACH FL 32962-4311 | CREDITOR ID: 266468-31<br>COUNTY OF INDIAN RIVER<br>ATTN: MICHAEL FREY<br>1325 74TH AVE SW<br>VERO BEACH FL 32968-9430 |
| CREDITOR ID: 266466-14<br>COUNTY OF INDIAN RIVER<br>ATTN: CHARLES SEMBLER<br>925 14TH LN<br>VERO BEACH FL 32960-4736 | CREDITOR ID: 266465-14<br>COUNTY OF INDIAN RIVER<br>ATTN: CHARLES W SEMBLER<br>RIVER TAX COLLECTOR<br>PO BOX 1509<br>VERO BEACH FL 32961-1509 | CREDITOR ID: 381728-15<br>COUNTY OF INDIAN RIVER TAX COLL, FL<br>ATTN CHARLES W SEMBLER<br>PO BOX 1509<br>VERO BEACH FL 32961-1509 |
| CREDITOR ID: 492-03<br>COUNTY OF INDIAN RIVER UTILITIES<br>ATTN W ERIK OLSON, DIRECTOR<br>1840 25TH STREET<br>VERO BEACH, FL 32961 | CREDITOR ID: 384175-47<br>COUNTY OF INDIAN RIVER UTILITIES<br>PO BOX 1750<br>VERO BEACH, FL 32961 | CREDITOR ID: 266469-14<br>COUNTY OF IREDELL<br>ATTN: JOSEPH KEPCHIE<br>200 S CENTER ST<br>STATESVILLE NC 28677-5807 |
| CREDITOR ID: 266470-31<br>COUNTY OF IREDELL<br>ATTN: WILLIAM ALLISON<br>227 S CENTER ST<br>STATESVILLE NC 28677-5806 | CREDITOR ID: 266479-31<br>COUNTY OF JACKSON<br>ATTN: ROBERT ARMSTRONG<br>4412 WELCH AVE<br>MOSS POINT MS 39563-2836 | CREDITOR ID: 266477-31<br>COUNTY OF JACKSON<br>ATTN: KATHY HAMRICK<br>4809 COL VICKERY RD<br>OCEAN SPRINGS MS 39565-8700 |
| CREDITOR ID: 266475-31<br>COUNTY OF JACKSON<br>ATTN: FRED RATLEY<br>4487 LAFAYETTE ST<br>MARIANNA FL 32446-3417 | CREDITOR ID: 266471-31<br>COUNTY OF JACKSON<br>ATTN: AL GREEN<br>3530 WILEY RD<br>MARIANNA FL 32446-7951 | CREDITOR ID: 266480-31<br>COUNTY OF JACKSON<br>ATTN: TREAVEY CLAYTON<br>204 LIBERTY LN<br>SCOTTSBORO AL 35769-4133 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 266476-31
COUNTY OF JACKSON
ATTN: JOHN IVY
817 S BROAD ST
SCOTTSBORO AL 35768-2507

CREDITOR ID: 266474-14
COUNTY OF JACKSON
ATTN: ELIZABETH ALFORD
4445 LAFAYETTE ST RM 106
MARIANNA FL 32446-3468

CREDITOR ID: 266473-14
COUNTY OF JACKSON
ATTN: BETTY HATCHER
5386 CLIFF ST
GRACEVILLE FL 32440-1728

CREDITOR ID: 266472-14
COUNTY OF JACKSON
ATTN: BETTY HATCHER
4445 LAFAYETTE ST RM 107
MARIANNA FL 32446-3468

CREDITOR ID: 266481-14
COUNTY OF JACKSON
ATTN: WENDELL TAYLOR
8085 HIGHWAY 90
SNEADS FL 32460-2312

CREDITOR ID: 266478-31
COUNTY OF JACKSON
ATTN: MICHELLE BISHOP
3103 MAGNOLIA ST
PASCAGOULA MS 39567-4122

CREDITOR ID: 243430-12
COUNTY OF JAMES CITY
ATTN BETTY S PETTENGILL, TREASURER
PO BOX 8701
WILLIAMSBURG, VA 23187-8701

CREDITOR ID: 241015-11
COUNTY OF JAMES CITY
ATTN DALLAS PARKER
ACCOUNT NO: 209068
PO BOX 8701
WILLIAMSBURG, VA 23187-8701

CREDITOR ID: 266482-14
COUNTY OF JASPER
ATTN: PATTY ISHEE
HIGHWAY 503
PAULDING MS 39348

CREDITOR ID: 266488-14
COUNTY OF JEFFERSON
ATTN: KAREN TUCKER
1801 3RD AVE N
BESSEMER AL 35020-4940

CREDITOR ID: 266495-31
COUNTY OF JEFFERSON
ATTN: ZHALEH MCCULLERS
2121 8TH AVE N STE 1100
BIRMINGHAM AL 35203-4501

CREDITOR ID: 266486-14
COUNTY OF JEFFERSON
ATTN: J T SMALLWOOD
716 RICHARD ARRINGTON
BIRMINGHAM AL 35263-0001

CREDITOR ID: 266490-14
COUNTY OF JEFFERSON
ATTN: RANDY GODEKE
809 GREEN SPRINGS HWY
BIRMINGHAM AL 35209-4917

CREDITOR ID: 266494-14
COUNTY OF JEFFERSON
ATTN: TRAVIS HULSEY
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM AL 35203-0100

CREDITOR ID: 266493-31
COUNTY OF JEFFERSON
ATTN: TOMMY CLAGHORN
1701 40TH ST N
BIRMINGHAM AL 35217-4342

CREDITOR ID: 266489-14
COUNTY OF JEFFERSON
ATTN: LANETTE STALLINGS
1801 3RD AVE N STE 109
BESSEMER AL 35020-4907

CREDITOR ID: 266485-31
COUNTY OF JEFFERSON
ATTN: CYNTHIA DANIELS
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM AL 35203-0100

CREDITOR ID: 266483-14
COUNTY OF JEFFERSON
ATTN BARRY STEPHEN
JEFFERSON COUNTY COURTHOUSE
BIRMINGHAM AL 35217

CREDITOR ID: 266492-14
COUNTY OF JEFFERSON
ATTN: STEVE F SAYLER
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM AL 35203-0100

CREDITOR ID: 266487-31
COUNTY OF JEFFERSON
ATTN: JACK SWANN
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM AL 35203-0100

CREDITOR ID: 266484-31
COUNTY OF JEFFERSON
ATTN: BILL PETERS
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM AL 35203-0100

CREDITOR ID: 266491-31
COUNTY OF JEFFERSON
ATTN: RICHARD GREEN
7137 DISPOSAL PLANT RD
PINSON AL 35126-2716

CREDITOR ID: 507-03
COUNTY OF JEFFERSON
SEWER SERVICE FUND
BIRMINGHAM AL 35263-0034

CREDITOR ID: 239876-06
COUNTY OF JEFFERSON CLERK'S OFFICE
ATTN BOBBIE HOLSCLAW
PO BOX 33033
LOUISVILLE KY 40232

CREDITOR ID: 508-03
COUNTY OF JEFFERSON COMMISSION
PO BOX 830269
BIRMINGHAM AL 35283

CREDITOR ID: 252883-12
COUNTY OF JEFFERSON SEWER SVCE
ATTN KARON WITT, OFF SUPERV
BLVD N 800
716 RICHARD ARRINGTON JR
BIRMINGHAM, AL 35203-0123

CREDITOR ID: 266496-31
COUNTY OF JOHNSTON
ATTN: HAYWOOD PHTHISIC
309 E MARKET ST
SMITHFIELD NC 27577-3919

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 253320-12
COUNTY OF JOHNSTON SANITARY LANDFIL
PO BOX 2234
SMITHFIELD NC 27577

CREDITOR ID: 240515-06
COUNTY OF JOHNSTON TAX COLLECTOR
PO BOX 451
SMITHFIELD NC 27577

CREDITOR ID: 266498-31
COUNTY OF JONES
ATTN: SAL RAMOS
270 GA HIGHWAY 49
MACON GA 31211-7802

CREDITOR ID: 266497-14
COUNTY OF JONES
ATTN: RAMONA BLACKLEDGE
501 N 5TH AVE
LAUREL MS 39440-3410

CREDITOR ID: 239870-06
COUNTY OF KENTON
ATTN BILL AYLOR, COUNTY CLERK
PO BOX 1109
COVINGTON KY 41012

CREDITOR ID: 266500-14
COUNTY OF KNOX
ATTN: JOHN WERNER
400 W MAIN ST RM 630
KNOXVILLE TN 37902-2499

CREDITOR ID: 266501-14
COUNTY OF KNOX
ATTN: MIKE LOWE
400 MAIN AVE RN 418
KNOXVILLE TN 37902

CREDITOR ID: 266499-31
COUNTY OF KNOX
ATTN: DAVID HILL
400 W MAIN ST RM 403
KNOXVILLE TN 37902-2427

CREDITOR ID: 266502-31
COUNTY OF KNOX
ATTN: REBECCA GIBSON
400 W MAIN ST RM 345
KNOXVILLE TN 37902-3703

CREDITOR ID: 266503-14
COUNTY OF LAFAYETTE
ATTN: MARTHA H THORTON
300 N LAMAR BLVD STE 103
OXFORD MS 38655-3248

CREDITOR ID: 266506-31
COUNTY OF LAKE
ATTN: MICHAEL J PERRY
107 N LAKE AVE
TAVARES FL 32778-3119

CREDITOR ID: 266505-31
COUNTY OF LAKE
ATTN: JIM STIWENDER
13130 COUNTY LANDFILL RD
TAVARES FL 32778-9438

CREDITOR ID: 266504-14
COUNTY OF LAKE
ATTN: BUDDY W MOORE
229 CHURCH ST
TIPTONVILLE TN 38079-1162

CREDITOR ID: 239875-06
COUNTY OF LAKE
BOB MCKEE TAX COLLECTOR
PO BOX 327
TAVARES FL 32778-0327

CREDITOR ID: 266507-14
COUNTY OF LAMAR
ATTN: JOHNNY ROGERS
LAMAR CNTY CRT HS POND ST
VERNON AL 35592

CREDITOR ID: 266509-31
COUNTY OF LAMAR
ATTN: RICHARD MCCAREY
133 FORSYTH ST STE 5
BARNESVILLE GA 30204-1458

CREDITOR ID: 266508-31
COUNTY OF LAMAR
ATTN: KEITH SIMON
141 RAILROAD ST
STOCKBRIDGE GA 30281-3711

CREDITOR ID: 266511-31
COUNTY OF LANCASTER
ATTN: MAC MCDONALD
1150 LOCKWOOD LN
LANCASTER SC 29720-6217

CREDITOR ID: 266512-14
COUNTY OF LANCASTER
ATTN: R E ROWELL JR
101 N MAIN ST
LANCASTER SC 29720-2409

CREDITOR ID: 266510-14
COUNTY OF LANCASTER
ATTN: CHERYL MORGAN
116 W DUNLAP ST
LANCASTER SC 29720-2408

CREDITOR ID: 266514-14
COUNTY OF LAUDERDALE
ATTN: DAVE CARMICK
LAUDERDALE CNTY CURTHOUSE
RIPLEY TN 38063

CREDITOR ID: 266513-14
COUNTY OF LAUDERDALE
ATTN: DANNY HENRIX
200 S COURT ST
FLORENCE AL 35630-5610

CREDITOR ID: 317976-42
COUNTY OF LAURENS TAX COMMISSIONER
PO BOX 2099
DUBLIN GA 31040-2099

CREDITOR ID: 254506-12
COUNTY OF LAURENS TREASURER
PROPERTY TAX
PO BOX 1049
LAURENS SC 29360-1049

CREDITOR ID: 266519-31
COUNTY OF LEE
ATTN: MARY GIBBS
1500 MONROE ST
FORT MYERS FL 33901-5500

CREDITOR ID: 266520-14
COUNTY OF LEE
ATTN: PHILINDA YOUNG
2480 THOMPSON ST FL 3
FORT MYERS FL 33901-3074

CREDITOR ID: 266518-31
COUNTY OF LEE
ATTN: LLOYD WALL
1366 SAN SOUCI DR
FORT MYERS FL 33919-6384

**SERVICE LIST**

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266516-31<br>COUNTY OF LEE<br>ATTN: JOHN D BAILEY<br>HWY 58<br>JONESVILLE VA 24263 | CREDITOR ID: 266515-31<br>COUNTY OF LEE<br>ATTN: DORIAN GULLEDGE<br>17155 PINE RIDGE RD<br>FORT MYERS BEACH FL 33931-5312 | CREDITOR ID: 266517-14<br>COUNTY OF LEE<br>ATTN: LEROY BELK JR<br>201 W JEFFERSON ST STE B<br>TUPELO MS 38804-3913 |
| CREDITOR ID: 266521-31<br>COUNTY OF LEE<br>ATTN: SAM FREED<br>2180 W 1ST ST STE 208<br>FORT MYERS FL 33901-3220 | CREDITOR ID: 254579-12<br>COUNTY OF LEE ELECTRIC COOP<br>ATTN JEANETTE REPPERGER<br>PO BOX 3455<br>FT MYERS, FL 33918-3455 | CREDITOR ID: 254582-12<br>COUNTY OF LEE SHERIFFS OFFICE<br>FALSE ALARM REDUCTION UNIT<br>PO BOX 60557<br>FORT MYERS, FL 33906 |
| CREDITOR ID: 384211-47<br>COUNTY OF LEE UTILITIES<br>PO BOX 30738<br>TAMPA, FL 33630-3738 | CREDITOR ID: 254589-12<br>COUNTY OF LEE UTILITIES<br>PO BOX 2737<br>FT MYERS, FL 33902-2737 | CREDITOR ID: 254590-12<br>COUNTY OF LEE UTILITY BILLING<br>PO BOX 69<br>LEESBURG, GA 31763 |
| CREDITOR ID: 407493-15<br>COUNTY OF LEE, AL<br>ATTN OLINE W PRUE, REV COMMISSIONER<br>PO BOX 2413<br>OPELIKA AL 36803 | CREDITOR ID: 254611-12<br>COUNTY OF LEFLORE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN SARA KENRIGHT<br>PO BOX 1349<br>GREENWOOD MS 38935-1349 | CREDITOR ID: 266522-31<br>COUNTY OF LENOIR<br>ATTN: GARY ONEIL<br>201 E KING ST<br>KINSTON NC 28501-4917 |
| CREDITOR ID: 266525-31<br>COUNTY OF LEON<br>ATTN: EDGAR GRANT<br>7550 APALACHEE PKWY<br>TALLAHASSEE FL 32311-3448 | CREDITOR ID: 266524-31<br>COUNTY OF LEON<br>ATTN: BETH PERRIN<br>300 S ADAMS ST FL 4<br>TALLAHASSEE FL 32301-1737 | CREDITOR ID: 266523-14<br>COUNTY OF LEON<br>ATTN: ALLEN ROSENZWEIG<br>301 S MONROE ST STE 502<br>TALLAHASSEE FL 32301-1861 |
| CREDITOR ID: 404042-15<br>COUNTY OF LEON TAX COLLECTOR<br>ATTN DORIS MALOY<br>PO BOX 1835<br>TALLAHASSEE FL 32302-1835 | CREDITOR ID: 404042-15<br>COUNTY OF LEON TAX COLLECTOR<br>C/O LAW OFFICES OF PETER GUARISCO<br>ATTN: PETER GUARISCO, ESQ<br>3350 W LAKESHORE DRIVE<br>TALLAHASSEE FL 32312 | CREDITOR ID: 381727-15<br>COUNTY OF LEVY TAX COLLECTOR, FL<br>ATTN LINDA FUGATE<br>PO BOX 70<br>BRONSON FL 32621 |
| CREDITOR ID: 266526-14<br>COUNTY OF LEXINGTON<br>ATTN: SHELIA FULMER<br>212 S LAKE DR FL 4<br>LEXINGTON SC 29072-3437 | CREDITOR ID: 563-03<br>COUNTY OF LEXINGTON<br>PO BOX 1966<br>LEXINGTON SC 29071-1966 | CREDITOR ID: 254712-12<br>COUNTY OF LEXINGTON JOINT MUNICIPAL<br>WATER & SEWER COMMISSION<br>PO BOX 787<br>LEXINGTON, SC 29071-0787 |
| CREDITOR ID: 247084-12<br>COUNTY OF LEXINGTON TREASURER<br>212 SOUTH LAKE DRIVE<br>PROPERTY TAX<br>LEXINGTON SC 29072-3400 | CREDITOR ID: 240541-06<br>COUNTY OF LEXINGTON, SC<br>ATTN WILLIAM O ROWELL, TREASURER<br>212 S LAKE DR<br>LEXINGTON SC 29072-3499 | CREDITOR ID: 266527-14<br>COUNTY OF LIBERTY<br>ATTN: CAROL STRICKLAND<br>10818 NW STATE RD 20 1ST<br>BRISTOL FL 32321 |
| CREDITOR ID: 266528-31<br>COUNTY OF LIMESTONE<br>ATTN: BOB CHANDLER<br>1795-B HWY 72 E, STE 2<br>ATHENS AL 35611 | CREDITOR ID: 318006-42<br>COUNTY OF LIMESTONE REVENUE COMM<br>ATTN G BRIAN PATTERSON<br>100 S CLINTON STREET, SUITE A<br>ATHENS, AL 35611 | CREDITOR ID: 266532-14<br>COUNTY OF LINCOLN<br>ATTN: MARY J PORTER<br>112 MAIN AVE S STE 103<br>FAYETTEVILLE TN 37334-3032 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266530-14<br>COUNTY OF LINCOLN<br>ATTN: LEON HARMON<br>115 W MAIN ST<br>LINCOLNTON NC 28092-2601 | CREDITOR ID: 266529-31<br>COUNTY OF LINCOLN<br>ATTN: JOHN AVERY<br>OPTIMIST CLUB RD<br>DENVER NC 28037 | CREDITOR ID: 266533-31<br>COUNTY OF LINCOLN<br>ATTN: STEPHEN GILBERT<br>7533 S LITTLE EGYPT RD<br>STANLEY NC 28164-8730 |
| CREDITOR ID: 266531-14<br>COUNTY OF LINCOLN<br>ATTN: MADGE HUFFMAN<br>1 COURT SQ<br>LINCOLNTON NC 28093 | CREDITOR ID: 254775-12<br>COUNTY OF LINCOLN<br>115 W MAIN STREET<br>LINCOLN, NC 28092 | CREDITOR ID: 266535-14<br>COUNTY OF LOUDOUN<br>ATTN: H ROGER ZURN<br>1 HARRISON ST SE<br>LEESBURG VA 20175-3102 |
| CREDITOR ID: 266534-14<br>COUNTY OF LOUDOUN<br>ATTN: CATHERINE ASHBY<br>1 HARRISON ST SE<br>LEESBURG VA 20175-3102 | CREDITOR ID: 266536-31<br>COUNTY OF LOUISA<br>ATTN: BARLOW DELK<br>RR 33<br>LOUISA VA 23093 | CREDITOR ID: 240552-06<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 |
| CREDITOR ID: 580-03<br>COUNTY OF LOWNDES<br>UTILITIES DEPT.<br>PO  BOX 1349<br>VALDOSTA GA 31601 | CREDITOR ID: 266537-14<br>COUNTY OF LOWNDES TAX COLLECTOR<br>ATTN MARY ROBERTSON / SANDY SUMNER<br>300 N PATTERSON ST<br>VALDOSTA GA 31601-5519 | CREDITOR ID: 407629-15<br>COUNTY OF LOWNDES TAX COMMISSIONER<br>ATTN MARY NELL ROBERTSON<br>PO BOX 1409<br>VALDOSTA GA 31603 |
| CREDITOR ID: 255088-12<br>COUNTY OF LOWNDES UTILITIES DEPT<br>PO BOX 1349<br>VALDOSTA, GA 31601 | CREDITOR ID: 266539-14<br>COUNTY OF MADISON<br>ATTN KAY PACE<br>135 W CENTER ST<br>CANTON MS 39046-3706 | CREDITOR ID: 266544-14<br>COUNTY OF MADISON<br>ATTN: REBECCA DUNCAN<br>91 ALBANY AVE<br>DANIELSVILLE GA 30633 |
| CREDITOR ID: 266543-14<br>COUNTY OF MADISON<br>ATTN: RANDY O BANNON<br>100 NORTHSIDE SQ<br>HUNTSVILLE AL 35801-4800 | CREDITOR ID: 266541-14<br>COUNTY OF MADISON<br>ATTN: GERALD BARBER<br>135 W CENTER ST<br>CANTON MS 39046-3706 | CREDITOR ID: 266540-14<br>COUNTY OF MADISON<br>ATTN: DALE W STRONG<br>6084 HIGHWAY 53<br>HARVEST AL 35749-9538 |
| CREDITOR ID: 266538-31<br>COUNTY OF MADISON<br>ATTN: ALEX LEECH<br>111 SMITH LN<br>JACKSON TN 38301-9669 | CREDITOR ID: 266545-14<br>COUNTY OF MADISON<br>ATTN: WILMA ALLEN<br>MADISN CONTY COURTHSE 1<br>JACKSON TN 38301 | CREDITOR ID: 266539-14<br>COUNTY OF MADISON<br>C/O MONTGOMERY MCGRAW COLLINS ET AL<br>ATTN DON A MCGRAW JR, ESQ<br>3350 N LIBERTY STREET, SUITE A<br>PO BOX 1039<br>CANTON MS 39046 |
| CREDITOR ID: 266542-14<br>COUNTY OF MADISON<br>ATTN: GERALD BARBER<br>344 HIGHWAY 51<br>RIDGELAND MS 39157-3427 | CREDITOR ID: 407680-15<br>COUNTY OF MADISON<br>ATTN LYNDA HALL, TAX COLLECTOR<br>100 NORTHSIDE SQUARE<br>HUNTSVILLE AL 35801 | CREDITOR ID: 255256-12<br>COUNTY OF MADISON TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 113<br>CANTON MS 39046 |
| CREDITOR ID: 255256-12<br>COUNTY OF MADISON TAX COLLECTOR<br>C/O MONTGOMERY MCGRAW COLLINS ET AL<br>ATTN DON A MCGRAW JR, ESQ<br>3350 N LIBERTY STREET, SUITE A<br>PO BOX 1039<br>CANTON MS 39046 | CREDITOR ID: 255254-12<br>COUNTY OF MADISON TAX COLLECTOR<br>PROPERTY TAX<br>ATTN FRANCES C GINN<br>112 EAST PINCKNEY STREET, ROOM 102<br>MADISON FL 32340-2463 | CREDITOR ID: 593-03<br>COUNTY OF MANATEE<br>PO BOX 30061<br>TAMPA FL 33630 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266553-31<br>COUNTY OF MANATEE<br>ATTN: SAMUEL L LOVE<br>1112 MANATEE AVE W<br>BRADENTON FL 34205-7804 | CREDITOR ID: 266552-31<br>COUNTY OF MANATEE<br>ATTN: RITA MOONEY<br>1112 MANATEE AVE W<br>BRADENTON FL 34205-7804 | CREDITOR ID: 266548-14<br>COUNTY OF MANATEE<br>ATTN: DIANE FRENZ<br>1112 MANATEE AVE W<br>BRADENTON FL 34205-7804 |
| CREDITOR ID: 266547-31<br>COUNTY OF MANATEE<br>ATTN: DALTON COOK<br>3331 LENA RD<br>BRADENTON FL 34211-9458 | CREDITOR ID: 266546-31<br>COUNTY OF MANATEE<br>ATTN: CAROL CLARKE<br>1112 MANATEE AVE W FL 4<br>BRADENTON FL 34205-7804 | CREDITOR ID: 266551-31<br>COUNTY OF MANATEE<br>ATTN: LEN BRAMBLE<br>4410 66TH ST W<br>BRADENTON FL 34210-2611 |
| CREDITOR ID: 266550-14<br>COUNTY OF MANATEE<br>ATTN: KEN BURTON<br>819 301 BLVD W<br>BRADENTON FL 34205-7906 | CREDITOR ID: 266549-31<br>COUNTY OF MANATEE<br>ATTN: KAREN C FLEMINGS<br>202 6TH AVE E<br>BRADENTON FL 34208-1924 | CREDITOR ID: 255353-12<br>COUNTY OF MANATEE PUBLIC WORKS<br>C/O MANATEE COUNTY ATTORNEY<br>ATTN ROBERT M ESCHENFELDER, ESQ<br>PO BOX 1000<br>BRADENTON, FL 34206 |
| CREDITOR ID: 601-03<br>COUNTY OF MARION<br>463 EMERALD DR<br>OCALA FL 34472 | CREDITOR ID: 266554-14<br>COUNTY OF MARION<br>ATTN: DORIE BARRINEAU<br>6154 SW HIGHWAY 200<br>OCALA FL 34476-5520 | CREDITOR ID: 266556-14<br>COUNTY OF MARION<br>ATTN: JOYCE LETT<br>101 W COURT ST RM 102<br>MARION SC 29571 |
| CREDITOR ID: 266555-14<br>COUNTY OF MARION<br>ATTN: JANEANINE CAUSSEAUX<br>15956 E HIGHWAY 40<br>SILVER SPRINGS FL 34488-5144 | CREDITOR ID: 266557-14<br>COUNTY OF MARION<br>ATTN: THOMAS OLSON<br>503 SE 25TH AVE<br>OCALA FL 34471-9181 | CREDITOR ID: 384222-47<br>COUNTY OF MARION UTILITIES<br>1219 S PINE AVENUE<br>OCALA, FL 34474 |
| CREDITOR ID: 266558-14<br>COUNTY OF MARLBORO<br>ATTN: JENE MOORE<br>COURT HOUSE SQ<br>BENNETTSVILLE SC 29512 | CREDITOR ID: 266559-31<br>COUNTY OF MARLBORO<br>ATTN: ROBERT VAIL<br>214 E MARKET ST<br>BENNETTSVILLE SC 29512-3135 | CREDITOR ID: 266562-31<br>COUNTY OF MARSHALL<br>ATTN: MATT ARNOLD<br>2208 RINGOLD ST STE 1A<br>GUNTERSVILLE AL 35976-1571 |
| CREDITOR ID: 266560-14<br>COUNTY OF MARSHALL<br>ATTN: BETTY BYRD<br>103 S MARKET ST<br>HOLLY SPRINGS MS 38635-3030 | CREDITOR ID: 266561-14<br>COUNTY OF MARSHALL<br>ATTN: JOEY MASTERS<br>424 BLOUNT AVE STE 124<br>GUNTERSVILLE AL 35976-1122 | CREDITOR ID: 266563-14<br>COUNTY OF MARTIN<br>ATTN: JANET VIZZO<br>16550 SW WARFIELD BLVD<br>INDIANTOWN FL 34956-4407 |
| CREDITOR ID: 605-03<br>COUNTY OF MARTIN<br>PO BOX 9000<br>STUART FL 34995-9000 | CREDITOR ID: 266565-31<br>COUNTY OF MARTIN<br>ATTN: TED HASTALFI<br>2307 SE MONTEREY RD<br>STUART FL 34996-3331 | CREDITOR ID: 266564-14<br>COUNTY OF MARTIN<br>ATTN: LAUREL KELLY<br>100 SE OCEAN BLVD STE 300<br>STUART FL 34994-2207 |
| CREDITOR ID: 255619-12<br>COUNTY OF MARTIN TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 664<br>WILLIAMSTON NC 27892-0664 | CREDITOR ID: 240562-06<br>COUNTY OF MARTIN TAX COLLECTOR<br>ATTN LARRY O STEEN<br>PO BOX 9013<br>STUART FL 34995 | CREDITOR ID: 255623-12<br>COUNTY OF MARTIN UTILITIES DEPT<br>PO BOX 9000<br>STUART, FL 34995-9000 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2925-04<br>COUNTY OF MARTIN WASTE<br>1805 W MAIN STREET<br>WILLIAMSTON NC 27892 | CREDITOR ID: 266566-31<br>COUNTY OF MAURY<br>ATTN: LARRY CHUNN<br>1018 S GARDEN ST<br>COLUMBIA TN 38401-3722 | CREDITOR ID: 266568-14<br>COUNTY OF MECKLENBURG<br>ATTN: GERALD FOX<br>600 E 4TH ST<br>CHARLOTTE NC 28202-2816 |
| CREDITOR ID: 266573-31<br>COUNTY OF MECKLENBURG<br>ATTN: STEVE ELLIOTT<br>5631 WEST BLVD<br>CHARLOTTE NC 28208 | CREDITOR ID: 266569-14<br>COUNTY OF MECKLENBURG<br>ATTN: HARRY WEATHERLY JR<br>600 E 4TH ST FL 11<br>CHARLOTTE NC 28202-2816 | CREDITOR ID: 266567-31<br>COUNTY OF MECKLENBURG<br>ATTN: CARRIE SAUL<br>700 N TRYON ST<br>CHARLOTTE NC 28202-2222 |
| CREDITOR ID: 266571-14<br>COUNTY OF MECKLENBURG<br>ATTN: JOHN PETOSKEY<br>700 E STONEWALL ST<br>CHARLOTTE NC 28202-2778 | CREDITOR ID: 266572-14<br>COUNTY OF MECKLENBURG<br>ATTN: NEAL DIXON<br>700 N TRYON ST<br>CHARLOTTE NC 28202-2222 | CREDITOR ID: 266570-31<br>COUNTY OF MECKLENBURG<br>ATTN: JOHN BARRY<br>700 N TRYON ST STE 205<br>CHARLOTTE NC 28202-2222 |
| CREDITOR ID: 266574-31<br>COUNTY OF MECKLENBURG<br>ATTN: TERRY JONES<br>2219 TYVOLA RD<br>CHARLOTTE NC 28210-2922 | CREDITOR ID: 255960-12<br>COUNTY OF MECKLENBURG TREASURER<br>PROPERTY TAX<br>ATTN ROBERT GREGORY<br>PO BOX 250<br>BOYDTON VA 23917-0250 | CREDITOR ID: 266575-14<br>COUNTY OF MENDENHALL<br>ATTN: CHARLES BALDWIN<br>100 COURT ST<br>MENDENHALL MS 39114-3550 |
| CREDITOR ID: 266576-14<br>COUNTY OF MERIWETHER<br>ATTN: TAMMY IVY<br>124 N COURT SQ<br>GREENVILLE GA 30222 | CREDITOR ID: 240573-06<br>COUNTY OF MIAMI DADE FIRE RESCUE<br>FINANCE BUREAU<br>9300 NW 41ST STREET<br>MIAMI FL 33178-2414 | CREDITOR ID: 256158-12<br>COUNTY OF MIAMI DADE HEALTH DEPT<br>BLDG E, SUITE 130<br>7755 NW 48 STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 256160-12<br>COUNTY OF MIAMI DADE TAX COLLECTOR<br>PO BOX 025218<br>MIAMI, FL 33102-5218 | CREDITOR ID: 256162-12<br>COUNTY OF MIAMI DADE TAX COLLECTOR<br>PO BOX 31697<br>TAMPA, FL 33631-3697 | CREDITOR ID: 240571-06<br>COUNTY OF MIAMI DADE TAX COLLECTOR<br>140 WEST FLAGER STREET<br>FOURTEENTH FLOOR<br>PROPERTY TAX<br>MIAMI, FL 33130-1573 |
| CREDITOR ID: 256165-12<br>COUNTY OF MIAMI DADE WATER & SEWER<br>CUSTOMER RELATIONS, ROOM 247<br>3071 SOUTH WEST 38TH AVENUE<br>MIAMI, FL 33146-1520 | CREDITOR ID: 256166-12<br>COUNTY OF MIAMI DADE WATER & SEWER<br>PO BOX 026055<br>MIAMI FL 33102-6055 | CREDITOR ID: 617-03<br>COUNTY OF MIAMI DADE WATER & SEWER<br>PO BOX 020280<br>MIAMI FL 33102 |
| CREDITOR ID: 618-03<br>COUNTY OF MIAMI DADE WATER & SEWER<br>ATTN LINDA KENT<br>PO BOX 330316<br>MIAMI FL 33233 | CREDITOR ID: 266577-14<br>COUNTY OF MITCHELL<br>ATTN: ZUBA SLAGLE<br>239 CRIMSON LAUREL WAY<br>BAKERSVILLE NC 28705-9502 | CREDITOR ID: 239894-06<br>COUNTY OF MOBILE<br>ATTN CAROL R NORRIS,  LISC COMM<br>PO BOX 161009<br>MOBILE AL 36616 |
| CREDITOR ID: 256542-12<br>COUNTY OF MOBILE<br>PO BOX 2207<br>MOBILE, AL 36652-2207 | CREDITOR ID: 241141-11<br>COUNTY OF MOBILE<br>ACCOUNT NO.: 047029<br>PO BOX 2207<br>MOBILE, AL 36652-2207 | CREDITOR ID: 628-03<br>COUNTY OF MOBILE<br>PO BOX 489<br>THEODORE AL 36590-0489 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 376279-44<br>COUNTY OF MOBILE HUMAN RESOURCES<br>PO BOX 1906<br>MOBILE, AL 36633 | CREDITOR ID: 266582-31<br>COUNTY OF MONROE<br>ATTN: DENT PIERCE<br>1100 SIMONTON ST # 2-231<br>KEY WEST FL 33040-3110 | CREDITOR ID: 266578-31<br>COUNTY OF MONROE<br>ATTN: CLARK LAKE<br>300 MAGNOLIA ST<br>KEY LARGO FL 33037-4437 |
| CREDITOR ID: 266581-14<br>COUNTY OF MONROE<br>ATTN DANISE D HENRIQUEZ<br>1200 TRUMAN AVE STE 101<br>KEY WEST FL 33040-7270 | CREDITOR ID: 266588-14<br>COUNTY OF MONROE<br>ATTN: SANDRA CARILIE<br>500 WHITEHEAD ST<br>KEY WEST FL 33040-6581 | CREDITOR ID: 266586-14<br>COUNTY OF MONROE<br>ATTN: NANCY STOCKTON<br>301 S CHESTNUT ST<br>ABERDEEN MS 39730-3234 |
| CREDITOR ID: 266585-31<br>COUNTY OF MONROE<br>ATTN: LYNDA STUART<br>1201 WHITE ST # 102<br>KEY WEST FL 33040-3328 | CREDITOR ID: 266584-14<br>COUNTY OF MONROE<br>ATTN: LISA ERNEST CHERRY<br>1100 SIMONTON ST # 2-213<br>KEY WEST FL 33040-3110 | CREDITOR ID: 266583-31<br>COUNTY OF MONROE<br>ATTN: K MARLENE CONAWAY<br>2798 OVERSEAS HWY STE 400<br>MARATHON FL 33050-4277 |
| CREDITOR ID: 266580-14<br>COUNTY OF MONROE<br>ATTN: DAVE OWENS<br>1100 SIMONTON ST # 2-213<br>KEY WEST FL 33040-3110 | CREDITOR ID: 266579-31<br>COUNTY OF MONROE<br>ATTN: CURT WADDELL<br>608 LANDFILL RD<br>BROWNSVILLE TN 38012-6900 | CREDITOR ID: 266587-14<br>COUNTY OF MONROE<br>ATTN: SALAVTORE ZAPPULLA<br>1100 SIMONTON ST<br>KEY WEST FL 33040-3110 |
| CREDITOR ID: 266589-31<br>COUNTY OF MONROE<br>ATTN: TERESA AGUIAR<br>1100 SIMONTON ST # 2-268<br>KEY WEST FL 33040-3110 | CREDITOR ID: 256601-12<br>COUNTY OF MONROE REV COMISSIONER<br>ATTN FONDE MELTON, REV COMMISSIONER<br>MONROE COUNTY COURTHOUSE<br>65 NORTH ALABAMA AVENUE<br>MONROEVILLE, AL 36460-1809 | CREDITOR ID: 318136-42<br>COUNTY OF MONROE REV COMISSIONER<br>COURTHOUSE<br>MONROEVILLE AL 36460-1809 |
| CREDITOR ID: 256602-12<br>COUNTY OF MONROE SUPPORT COLLECTION<br>PO BOX 15326<br>ALBANY, NY 12212-5326 | CREDITOR ID: 318143-42<br>COUNTY OF MONROE TAX COLLECTOR<br>PO BOX 684<br>ABERDEEN, MS 39730 | CREDITOR ID: 266592-14<br>COUNTY OF MONTGOMERY<br>ATTN: SARAH G SPEAR<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 |
| CREDITOR ID: 266591-31<br>COUNTY OF MONTGOMERY<br>ATTN: HEATHER M HALL<br>755 ROANOKE ST<br>CHRISTIANSBURG VA 24073-3168 | CREDITOR ID: 266590-31<br>COUNTY OF MONTGOMERY<br>ATTN: GEORGE SPEACK<br>1852 TERMINAL RD<br>MONTGOMERY AL 36108-3116 | CREDITOR ID: 266593-31<br>COUNTY OF MOORE<br>ATTN: DOUG SANDERS<br>247 MAIN ST<br>LYNCHBURG TN 37352-8300 |
| CREDITOR ID: 256662-12<br>COUNTY OF MORGAN REV COMMISSIONER<br>ATTN AMANDA G SCOTT, CPA<br>PO BOX 696<br>DECATUR AL 35602 | CREDITOR ID: 404034-15<br>COUNTY OF MUSCOGEE TAX COMMISSIONER<br>ATTN L HUFF OR R CLOUATRE<br>PO BOX 1441<br>COLUMBUS GA 31902-1441 | CREDITOR ID: 266595-14<br>COUNTY OF NASH<br>ATTN: GENE ROUNTREE<br>120 W WASHINGTON ST<br>NASHVILLE NC 27856-1376 |
| CREDITOR ID: 266596-31<br>COUNTY OF NASH<br>ATTN: THOMAS SLEDGE<br>NASH COUNTY AG CTR<br>NASHVILLE NC 27856 | CREDITOR ID: 266598-14<br>COUNTY OF NASHVILLE<br>ATTN: DAVID MANNING<br>225 POLK AVE STE 250<br>NASHVILLE TN 37203-3500 | CREDITOR ID: 266599-31<br>COUNTY OF NASHVILLE<br>ATTN: RICHARD BERNHARDT<br>730 2ND AVE S<br>NASHVILLE TN 37210-2006 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 266597-14
COUNTY OF NASHVILLE
ATTN: CELIA KIRBY
222 3RD AVE N
NASHVILLE TN 37201-1604

CREDITOR ID: 266602-31
COUNTY OF NASSAU
ATTN: WALT GOSSIT CORRIDONOR
2290 S 8TH ST
FERNANDINA BEACH FL 32034-3097

CREDITOR ID: 266601-31
COUNTY OF NASSAU
ATTN: ROBERT MCINTYRE
US HGWY 1
CALLAHAN FL 32011

CREDITOR ID: 266600-14
COUNTY OF NASSAU
ATTN: GWENDOLINE MILLER
11 N 14TH ST
FERNANDINA BEACH FL 32034-5141

CREDITOR ID: 653-03
COUNTY OF NEW HANOVER
PO BOX 2135
WILMINGTON NC 28402

CREDITOR ID: 257135-12
COUNTY OF NEW HANOVER WATER/SEWER
PO BOX 580325
CHARLOTTE, NC 28258-0325

CREDITOR ID: 654-03
COUNTY OF NEW KENT
PO BOX 109
NEW KENT VA 23124-0109

CREDITOR ID: 257141-12
COUNTY OF NEW KENT TREASURER OFFICE
PROPERTY TAX
ATTN TAMI GREGORY, DPTY TREAS
PO BOX 109
NEW KENT, VA 23124-0109

CREDITOR ID: 266603-31
COUNTY OF NEWBERRY
ATTN: GEORGE STRANO
694 BRANNON RD
CHAPPELLS SC 29037

CREDITOR ID: 266604-31
COUNTY OF NEWBERRY
ATTN: JIM DUNAWAY
210 MAIN ST
WHITMIRE SC 29178-1320

CREDITOR ID: 266606-31
COUNTY OF NOTTOWAY
ATTN: RONNIE RORK
LIBESTOCK RD 614
BLACKSTONE VA 23824

CREDITOR ID: 266608-14
COUNTY OF OBION
ATTN: JIM THORPE
3 BILL BURNETT CIR
UNION CITY TN 38261-3700

CREDITOR ID: 266607-14
COUNTY OF OBION
ATTN: GAYLON LONG
1 BILL BURNETT CIR
UNION CITY TN 38261-3700

CREDITOR ID: 266609-31
COUNTY OF OCONEE
ATTN: MELISSA GRANT
298 PERRY WOOLBRIGHT RD
TOWNVILLE SC 29689-2529

CREDITOR ID: 266610-31
COUNTY OF OKALOOSA
ATTN: LARRY QUATTLABAUM
507 HIGHWAY 85 N
NICEVILLE FL 32578-1011

CREDITOR ID: 685-03
COUNTY OF OKALOOSA
GAS DISTRICT
PO BOX 548
VALPARAISO FL 32580-0548

CREDITOR ID: 257623-12
COUNTY OF OKALOOSA GAS DIST
PO BOX 548
VALPARAISO, FL 32580-0548

CREDITOR ID: 268176-14
COUNTY OF OKALOOSA TAX COLLECTOR
ATTN: CHRIS HUGHES
151C EGLIN PKWY NE
FORT WALTON BEACH FL 32548-4443

CREDITOR ID: 240616-06
COUNTY OF OKALOOSA TAX COLLECTOR
PO BOX 1387
NICEVILLE FL 32588-1387

CREDITOR ID: 257626-12
COUNTY OF OKALOOSA WATER
ATTN SUZIE D WINGATE
1804 LEWIS TURNER BLVD, SUITE 300
FT WALTON BEACH, FL 32547

CREDITOR ID: 266612-14
COUNTY OF OKEECHOBEE
ATTN: CELESTE SMITH
307 NW 5TH AVE STE B
OKEECHOBEE FL 34972-2571

CREDITOR ID: 266611-14
COUNTY OF OKEECHOBEE
ATTN: BILL SHERMAN
307 NW 5TH AVE STE A
OKEECHOBEE FL 34972-2571

CREDITOR ID: 257628-12
COUNTY OF OKEECHOBEE TAX COLLECTOR
PROPERTY TAX
307 NORTHWEST 5TH AVENUE, SUITE 8
OKEECHOBEE, FL 34972-2571

CREDITOR ID: 318187-42
COUNTY OF OKEECHOBEE TAX COLLECTOR
COUNTY COURTHOUSE
OKEECHOBEE FL 34972-2199

CREDITOR ID: 266613-14
COUNTY OF OKTIBBEHA
ATTN: PATRICIA KIGHT
101 E MAIN ST RM 103
STARKVILLE MS 39759-2926

CREDITOR ID: 266615-31
COUNTY OF ONSLOW
ATTN: BILL PRICE
604 COLLEGE ST
JACKSONVILLE NC 28540-5309

CREDITOR ID: 266614-14
COUNTY OF ONSLOW
ATTN: ALVIN BARRETT
615 COURT ST
JACKSONVILLE NC 28540-4753

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 266621-14
COUNTY OF ORANGE
ATTN: LISA SNEAD
109 CHURCH STREET ALY
ORLANDO FL 32801

CREDITOR ID: 266617-31
COUNTY OF ORANGE
ATTN: CHRIS TESTERMAN
201 S ROSALIND AVE FL 2
ORLANDO FL 32801-3527

CREDITOR ID: 266618-14
COUNTY OF ORANGE
ATTN: EARL WOOD
200 S ORANGE AVE # 1600
ORLANDO FL 32801-3410

CREDITOR ID: 266616-31
COUNTY OF ORANGE
ATTN: ANNA H LONG
800 MERCY DR STE 4
ORLANDO FL 32808-7850

CREDITOR ID: 266622-14
COUNTY OF ORANGE
ATTN: MARTHA O HAYNIE
201 S ROSALIND AVE
ORLANDO FL 32801-3527

CREDITOR ID: 266620-14
COUNTY OF ORANGE
ATTN: JOHN RICHARDSON
400 E SOUTH ST FL 2
ORLANDO FL 32801-2816

CREDITOR ID: 266623-31
COUNTY OF ORANGE
ATTN: MAURICE LAW
8750 WHITE RD
ORLANDO FL 32818-9003

CREDITOR ID: 266619-31
COUNTY OF ORANGE
ATTN: JAMES BECKER
5901 YOUNG PINE RD
ORLANDO FL 32829-7428

CREDITOR ID: 381143-47
COUNTY OF ORANGE BLACK HISTORY COMM
PO BOX 2129
ORLANDO, FL 32802-2129

CREDITOR ID: 257724-12
COUNTY OF ORANGE CONTROLLER
OFFICIAL RECORDS DEPARTMENT
PO BOX 38
ORLANDO FL 32802

CREDITOR ID: 257725-12
COUNTY OF ORANGE FIRE RESCUE DEPT
PO BOX 5879
WINTER PARK FL 32793-5879

CREDITOR ID: 257726-12
COUNTY OF ORANGE PUBLIC UTILITIES
PO BOX 850001
ORLANDO, FL 32885-0011

CREDITOR ID: 257727-12
COUNTY OF ORANGE SCU
PO BOX 15333
ALBANY, NY 12212-5333

CREDITOR ID: 257728-12
COUNTY OF ORANGE SHERIFFS OFFICE
OFF DUTY SERVICES UNIT
7003 PRESIDENTS DR, STE 300
ORLANDO, FL 32809

CREDITOR ID: 257730-12
COUNTY OF ORANGE TAX OFFICE
PO BOX 8181
HILLSBOROUGH NC 27278

CREDITOR ID: 692-03
COUNTY OF ORANGE UTILITIES
PO BOX 312
ORLANDO FL 32802

CREDITOR ID: 266624-14
COUNTY OF OSCEOLA
ATTN: MURRAY A BRONSON
17 VERNON AVE RM 136
KISSIMMEE FL 34741

CREDITOR ID: 258151-12
COUNTY OF OSCEOLA TAX COLLECTOR
ATTN PATSY HEFFNER
PO BOX 4222105
KISSIMMEE FL 34742-2105

CREDITOR ID: 266625-14
COUNTY OF PAGE
ATTN: CHARLES L CAMPBELL
101 S COURT ST
LURAY VA 22835-1248

CREDITOR ID: 266626-31
COUNTY OF PAGE
ATTN: WILLIAM ASHURE
101 S COURT ST
LURAY VA 22835-1248

CREDITOR ID: 266632-14
COUNTY OF PALM BEACH
ATTN: GARY NIKOLITS
301 N OLIVE AVE
WEST PALM BEACH FL 33401-4700

CREDITOR ID: 707-03
COUNTY OF PALM BEACH
PO BOX 24740
WEST PALM BEACH FL 33416-6097

CREDITOR ID: 266629-31
COUNTY OF PALM BEACH
ATTN: DAVID DALTON
12751 HAGEN RANCH RD
BOYNTON BEACH FL 33437-4129

CREDITOR ID: 266636-14
COUNTY OF PALM BEACH
ATTN: KEVIN SCHUMCHER
3551 S MILITARY TRL
LAKE WORTH FL 33463-8735

CREDITOR ID: 266638-14
COUNTY OF PALM BEACH
ATTN: RICHARD ROBERTS
301 N OLIVE AVE FL 7
WEST PALM BEACH FL 33401-4700

CREDITOR ID: 266634-14
COUNTY OF PALM BEACH
ATTN: JOHN DAME
301 N OLIVE AVE
WEST PALM BEACH FL 33401-4700

CREDITOR ID: 266630-31
COUNTY OF PALM BEACH
ATTN: DENNIS CONNOLLY
861 TONEY PENNA DR
JUPITER FL 33458-7538

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266628-31<br>COUNTY OF PALM BEACH<br>ATTN: BOB WEIL<br>5850 N JOG RD<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 266627-31<br>COUNTY OF PALM BEACH<br>ATTN: BARBARA ALTERMAN<br>340 OCEAN DR<br>NORTH PALM BEACH FL 33408-2021 | CREDITOR ID: 266637-31<br>COUNTY OF PALM BEACH<br>ATTN: PATRIC LYLEF<br>2956 PINEHURST DR<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 266635-31<br>COUNTY OF PALM BEACH<br>ATTN: JOHN LOWER<br>100 AUSTRALIAN AVE<br>WEST PALM BEACH FL 33406-1465 | CREDITOR ID: 266639-31<br>COUNTY OF PALM BEACH<br>ATTN: RICHARD WALESKY<br>3323 BELVEDERE RD<br>WEST PALM BEACH FL 33406-1522 | CREDITOR ID: 266633-14<br>COUNTY OF PALM BEACH<br>ATTN: JOHN CLARK<br>301 N OLIVE AVE<br>WEST PALM BEACH FL 33401-4700 |
| CREDITOR ID: 266640-31<br>COUNTY OF PALM BEACH<br>ATTN: VINCENT MUNN<br>22438 SW 7TH ST<br>BOCA RATON FL 33428-6045 | CREDITOR ID: 266631-31<br>COUNTY OF PALM BEACH<br>ATTN: EDWOOD BRADFORD<br>3323 BLVEDERE RD BLDG 502<br>LAKE WORTH FL 33467 | CREDITOR ID: 257942-12<br>COUNTY OF PALM BEACH SHERIFFS OFF<br>BURGLAR ALARM/ACCT UNIT<br>PO BOX 24681<br>WEST PALM BEACH, FL 33416 |
| CREDITOR ID: 266643-14<br>COUNTY OF PAMLICO<br>ATTN: TIMOTHY BUCK<br>202 MAIN ST<br>BAYBORO NC 28515 | CREDITOR ID: 266642-31<br>COUNTY OF PAMLICO<br>ATTN: RHODA SAWYER<br>102 N 4TH ST<br>BAYBORO NC 28515 | CREDITOR ID: 266641-14<br>COUNTY OF PAMLICO<br>ATTN: FRANK HEATH<br>107 N FRONT ST<br>HERTFORD NC 27944-1126 |
| CREDITOR ID: 266644-14<br>COUNTY OF PANOLA<br>ATTN: DAVID GARNER<br>151 PUBLIC SQ<br>BATESVILLE MS 38606-2220 | CREDITOR ID: 720-03<br>COUNTY OF PASCO<br>PO BOX 2139<br>NEW PORT RICHEY FL 34656-2139 | CREDITOR ID: 266645-31<br>COUNTY OF PASCO<br>ATTN: ROBERT J SIGMOND<br>7536 STATE ST<br>NEW PORT RICHEY FL 34654-5528 |
| CREDITOR ID: 406116-15<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 268236-31<br>COUNTY OF PASCO BLDG INSPECTIONS<br>ATTN: LEE MILLARD<br>13852 17TH ST<br>DADE CITY FL 33525 | CREDITOR ID: 318819-43<br>COUNTY OF PASCO TAX COLLECTOR<br>PO BOX 276<br>DADE CITY, FL 33526-0276 |
| CREDITOR ID: 258085-12<br>COUNTY OF PASCO UTILITY DEPT<br>PO BOX 2139<br>NEW PORT RICHEY, FL 34656-2139 | CREDITOR ID: 266646-14<br>COUNTY OF PASQUOTANK<br>ATTN: WILLIAM STEVENS<br>206 E MAIN ST<br>ELIZABETH CITY NC 27909-4424 | CREDITOR ID: 266647-14<br>COUNTY OF PATRICK<br>ATTN: JANET RORRER<br>106 RUCKER ST<br>STUART VA 24171-1619 |
| CREDITOR ID: 266648-31<br>COUNTY OF PAULDING<br>ATTN: COBY RUTLEDGE<br>1310 COPPERMINE RD<br>HIRAM GA 30141 | CREDITOR ID: 376560-44<br>COUNTY OF PAULDING COMM DEV & INSP<br>120 A EAST MEMORIAL DIVISION<br>DALLAS, GA 30132 | CREDITOR ID: 258194-12<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 |
| CREDITOR ID: 318293-42<br>COUNTY OF PAULDING TAX COMMISSIONER<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | CREDITOR ID: 268241-14<br>COUNTY OF PAULDING TAX COMMISSIONER<br>ATTN: J W WATSON III<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | CREDITOR ID: 258195-12<br>COUNTY OF PAULDING WATER<br>38 TOWER DRIVE<br>DALLAS, GA 30132 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258233-12<br>COUNTY OF PEARL RIVER TAX<br>PROPERTY TAX<br>PO BOX 509<br>POPLARVILLE, MS 39470 | CREDITOR ID: 266650-14<br>COUNTY OF PENDER<br>ATTN: HAROLD TRIPLETT<br>300 E FREMONT ST<br>BURGAW NC 28425-5112 | CREDITOR ID: 266649-31<br>COUNTY OF PENDER<br>ATTN: BEVERLY CASEY<br>332 TRANSFER STATION RD<br>HAMPSTEAD NC 28443 |
| CREDITOR ID: 266651-31<br>COUNTY OF PERRY<br>ATTN: ALBERT PAIGE<br>HWY 14<br>MARION AL 36756 | CREDITOR ID: 258386-12<br>COUNTY OF PERRY REVENUE DEPT<br>PROPERTY TAX<br>ATTN ELDORA ANDERSON, TAX COLLECTOR<br>PO BOX 95<br>MARION AL 36756 | CREDITOR ID: 266653-14<br>COUNTY OF PICKENS<br>ATTN: DAVID DAY<br>222 MCDANIEL AVE STE B8<br>PICKENS SC 29671-2556 |
| CREDITOR ID: 266652-14<br>COUNTY OF PICKENS<br>ATTN: BILL LANHAM<br>222 W MAIN ST<br>PICKENS SC 29671-2223 | CREDITOR ID: 266657-31<br>COUNTY OF PICKENS<br>ATTN: MARK BASSETT<br>222 MCDANIEL AVE STE B10<br>PICKENS SC 29671-2556 | CREDITOR ID: 266656-31<br>COUNTY OF PICKENS<br>ATTN: JOHN PRUETT<br>222 MCDANIEL AVE STE B10<br>PICKENS SC 29671-2556 |
| CREDITOR ID: 266654-31<br>COUNTY OF PICKENS<br>ATTN: ERNEST MACOBIE<br>4502 MOOREFIELD MEMORIAL HWY<br>PICKENS SC 29671-2714 | CREDITOR ID: 266655-14<br>COUNTY OF PICKENS<br>ATTN: FRED ANTHONY<br>222 MCDANIEL AVE STE B4<br>PICKENS SC 29671-2556 | CREDITOR ID: 258508-12<br>COUNTY OF PICKENS REVENUE COMM<br>PROPERTY TAX<br>PROBATE BUILDING<br>PO BOX 447<br>CARROLLTON AL 35447-0447 |
| CREDITOR ID: 258510-12<br>COUNTY OF PICKENS TREASURER<br>PROPERTY TAX<br>LOCKBOX OPERATION<br>PO BOX 1210<br>COLUMBIA SC 29202-1210 | CREDITOR ID: 240630-06<br>COUNTY OF PICKENS TREASURER<br>222 MCDANIEL AVE B6<br>PICKENS SC 29671-0252 | CREDITOR ID: 266658-14<br>COUNTY OF PIKE<br>ATTN: KURTIS BLAIR<br>PIKE COUNTY COURT HOUSE<br>TROY AL 36081 |
| CREDITOR ID: 258543-12<br>COUNTY OF PIKE REVENUE COMMISSIONER<br>PROPERTY TAX<br>ATTN CURTIS BLAIR<br>PIKE COUNTY COURTHOUSE<br>TROY, AL 36081 | CREDITOR ID: 266663-14<br>COUNTY OF PINELLAS<br>ATTN: ROBERT HICKS<br>315 COURT ST<br>CLEARWATER FL 33756-5165 | CREDITOR ID: 266664-31<br>COUNTY OF PINELLAS<br>ATTN: WILLIAM M DAVIS<br>512 S FORT HARRISON AVE<br>CLEARWATER FL 33756-5319 |
| CREDITOR ID: 266662-31<br>COUNTY OF PINELLAS<br>ATTN: PETER HESSLING<br>300 S GARDEN AVE<br>CLEARWATER FL 33756-5424 | CREDITOR ID: 266660-31<br>COUNTY OF PINELLAS<br>ATTN: CARL BARRON<br>201 ROGERS ST<br>CLEARWATER FL 33756-5206 | CREDITOR ID: 266659-31<br>COUNTY OF PINELLAS<br>ATTN: BRIAN K SMITH<br>14 S FORT HARRISON AVE<br>CLEARWATER FL 33756-5105 |
| CREDITOR ID: 266661-31<br>COUNTY OF PINELLAS<br>ATTN: MICHAEL RUDD<br>3095 114TH AVE N<br>SAINT PETERSBURG FL 33716-2006 | CREDITOR ID: 381747-15<br>COUNTY OF PINELLAS TAX COLL, FL<br>ATTN BETTY A GRAMLEY<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | CREDITOR ID: 384291-47<br>COUNTY OF PINELLAS UTILITIES<br>PO BOX 1780<br>CLEARWATER, FL 34617-1780 |
| CREDITOR ID: 407503-99<br>COUNTY OF PINELLAS, FL<br>C/O MANAGING ASSISTANT COUNTY ATTNY<br>ATTN: SARAH RICHARDSON<br>315 COURT STREET<br>CLEARWATER FL 33756 | CREDITOR ID: 407503-99<br>COUNTY OF PINELLAS, FL<br>ATTN: DIANE NELSON, TAX COLL<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | CREDITOR ID: 266665-14<br>COUNTY OF PITT<br>ATTN: MARY BRIGHT<br>560 W QUEEN ST<br>GRIFTON NC 28530-5000 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266667-14<br>COUNTY OF POLK<br>SARI E MEADOR PARALEGAL TO<br>ATTN: JOE G TEDDER, CFC<br>430 E MAIN ST<br>BARTOW FL 33831-1189 | CREDITOR ID: 266666-31<br>COUNTY OF POLK<br>ATTN: DAVID HAFER<br>1700 US HIGHWAY 17 S<br>BARTOW FL 33830-6633 | CREDITOR ID: 266668-14<br>COUNTY OF POLK<br>ATTN: MIKE KUSHNER<br>2010 E GEORGIA ST<br>BARTOW FL 33830-6709 |
| CREDITOR ID: 258682-12<br>COUNTY OF POLK UTILITIES DIV<br>PO BOX 2019<br>BARTOW, FL 33831-2019 | CREDITOR ID: 406104-15<br>COUNTY OF POLK, FL, TAX COLLECTOR<br>C/O JOE G TEDDER, TAX COLLECTOR<br>ATTN:  SARI E MEADOR, PARALEGAL<br>PO BOX 1189<br>BARTOW FL 33830 | CREDITOR ID: 266669-31<br>COUNTY OF POWHATAN<br>ATTN: BRADLEY ALLEN<br>3900 OLD PLANTATION DR<br>POWHATAN VA 23139 |
| CREDITOR ID: 266670-14<br>COUNTY OF POWHATAN<br>ATTN: SUSAN FORD<br>3834 OLD BUCKINGHAM RD<br>POWHATAN VA 23139-7051 | CREDITOR ID: 266671-14<br>COUNTY OF PRENTISS<br>ATTN: STEVE EATON<br>101 N MAIN ST RM B<br>BOONEVILLE MS 38829-3320 | CREDITOR ID: 263461-12<br>COUNTY OF PRINCE GEORGE TREASURER<br>PO BOX 175<br>PRINCE GEORGE, VA 23875-0175 |
| CREDITOR ID: 266675-14<br>COUNTY OF PUTNAM<br>ATTN: RHONDA CHAFFIN<br>300 E SPRING ST RM 1<br>COOKEVILLE TN 38501-3350 | CREDITOR ID: 266674-14<br>COUNTY OF PUTNAM<br>ATTN: KEN MAHAFFEY<br>323 SAINT JOHNS AVE<br>PALATKA FL 32177-4722 | CREDITOR ID: 266673-14<br>COUNTY OF PUTNAM<br>ATTN: KEN MAHAFFEY<br>1114 HIGHWAY 20 W<br>INTERLACHEN FL 32148 |
| CREDITOR ID: 240519-06<br>COUNTY OF PUTNAM TAX COLLECTOR<br>ATTN KEN MAHAFFEY, CFC<br>PO BOX 1339<br>PALATKA FL 32178 | CREDITOR ID: 266680-31<br>COUNTY OF RANDOLPH<br>ATTN: MELVIN ALLEN<br>1032 BONKEMEYER DR<br>ASHEBORO NC 27203 | CREDITOR ID: 266679-31<br>COUNTY OF RANDOLPH<br>ATTN: HAL JOHNSON<br>725 MCDOWELL RD<br>ASHEBORO NC 27205-7370 |
| CREDITOR ID: 266677-14<br>COUNTY OF RANDOLPH<br>ATTN: BENJAMIN CHAVIS<br>725 MCDOWELL RD<br>ASHEBORO NC 27205-7370 | CREDITOR ID: 266678-31<br>COUNTY OF RANDOLPH<br>ATTN: FRANK WILLIS<br>241 SUNSET DR<br>HIGH POINT NC 27262-3937 | CREDITOR ID: 266676-14<br>COUNTY OF RANDOLPH<br>ATTN: BEN CHAVIS<br>725 MCDOWELL RD<br>ASHEBORO NC 27205-7370 |
| CREDITOR ID: 266681-31<br>COUNTY OF RANKIN<br>ATTN: MIKE WALKER<br>339 RANDY AVE<br>BRANDON MS 39042-8928 | CREDITOR ID: 266682-14<br>COUNTY OF RAPPAHANNOCK<br>ATTN: BEVERLY ATKINS<br>262 GAY ST<br>WASHINGTON VA 22747 | CREDITOR ID: 247086-12<br>COUNTY OF RICHMOND<br>PO BOX 1644<br>ROCKINGHAM NC 28380 |
| CREDITOR ID: 266683-14<br>COUNTY OF RICHMOND<br>ATTN: PAT BURNETT<br>114 E FRANKLIN ST STE 106<br>ROCKINGHAM NC 28379-3699 | CREDITOR ID: 266685-31<br>COUNTY OF ROANOKE<br>ATTN: ANNE MARIE GREEN<br>1216 KESSLER MILL RD<br>SALEM VA 24153-1802 | CREDITOR ID: 266684-14<br>COUNTY OF ROANOKE<br>ATTN: ALFRED ANDERSON<br>5204 BERNARD DR STE 110<br>ROANOKE VA 24018-4345 |
| CREDITOR ID: 266686-31<br>COUNTY OF ROANOKE<br>ATTN: JOHN HUBBARD<br>1020 HOLLINS RD NE<br>ROANOKE VA 24012-8011 | CREDITOR ID: 266687-14<br>COUNTY OF ROCKDALE<br>ATTN: NOMAN WHEELER<br>922 COURT ST NE<br>CONYERS GA 30012-4540 | CREDITOR ID: 259867-12<br>COUNTY OF ROCKDALE TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN DANIEL G RAY<br>PO BOX 1497<br>CONYERS GA 30012-7597 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259864-12<br>COUNTY OF ROCKDALE WATER & SEWER<br>PO BOX 1378<br>CONYERS, GA 30012-1378 | CREDITOR ID: 318376-42<br>COUNTY OF ROWAN TAX COLLECTOR<br>ATTN TERRI MYERS<br>402 N MAIN ST<br>SALISBURY NC 28144-4341 | CREDITOR ID: 804-03<br>COUNTY OF RUSSELL<br>UTILITIES SYSTEM WATER AUTHORITY<br>PO BOX 970<br>PHENIX CITY AL 36868-0970 |
| CREDITOR ID: 260169-12<br>COUNTY OF RUSSELL CIRCUIT COURT<br>PO BOX 518<br>PHENIX CITY, AL 36868 | CREDITOR ID: 260171-12<br>COUNTY OF RUSSELL REVENUE COMM<br>PROPERTY TAX<br>PO BOX 669<br>PHENIX CITY AL 36868-0669 | CREDITOR ID: 260172-12<br>COUNTY OF RUSSELL WATER & SEWER<br>PO BOX 970<br>PHENIX CITY, AL 36868-0970 |
| CREDITOR ID: 260204-12<br>COUNTY OF RUTHERFORD<br>ATTN TAX OLLECTOR, PROPERTY TAX<br>PO BOX 143<br>RUTHERFORDTON NC 28139-0143 | CREDITOR ID: 266688-31<br>COUNTY OF RUTHERFORD<br>ATTN: FAYE SMITH<br>4040 MIDLAND RD<br>CHRISTIANA TN 37037-5102 | CREDITOR ID: 266692-31<br>COUNTY OF SAMPSON<br>ATTN: ROY WILSON<br>382 COUNTY COMPLEX RD<br>CLINTON NC 28328-4778 |
| CREDITOR ID: 266693-14<br>COUNTY OF SAMPSON<br>ATTN: SYVIA BLINSON<br>433 ROWAN RD<br>CLINTON NC 28328-4729 | CREDITOR ID: 266691-31<br>COUNTY OF SAMPSON<br>ATTN: LEE CANNADY<br>375 ROWAN RD<br>CLINTON NC 28328-4727 | CREDITOR ID: 266690-14<br>COUNTY OF SAMPSON<br>ATTN: GLENN SPELL<br>126 W ELIZABETH ST<br>CLINTON NC 28328-4022 |
| CREDITOR ID: 266689-31<br>COUNTY OF SAMPSON<br>ATTN: C WILSON SPENCER<br>84 COUNTY COMPLEX RD<br>CLINTON NC 28328-4773 | CREDITOR ID: 404032-15<br>COUNTY OF SANTA ROSA TAX COLLECTOR<br>ATTN CINDY GRIMES, SUPERV<br>PO BOX 7100<br>MILTON FL 32572 | CREDITOR ID: 266697-31<br>COUNTY OF SARASOTA<br>ATTN: ROXANNE WILLIAMSON<br>3900 SHAMROCK DR<br>VENICE FL 34293-5369 |
| CREDITOR ID: 266695-31<br>COUNTY OF SARASOTA<br>ATTN: JAMES LEY<br>101 S WASHINGTON BLVD<br>SARASOTA FL 34236-6940 | CREDITOR ID: 266694-31<br>COUNTY OF SARASOTA<br>ATTN: BOB SEIBEL<br>375 VENICE EAST BLVD<br>VENICE FL 34293-4129 | CREDITOR ID: 266696-31<br>COUNTY OF SARASOTA<br>ATTN: JERRY GRAY<br>1660 RINGLING BLVD FL 5<br>SARASOTA FL 34236-6870 |
| CREDITOR ID: 260460-12<br>COUNTY OF SARASOTA UTILITIES<br>PO BOX 2553<br>SARASOTA, FL 34230-2553 | CREDITOR ID: 266698-14<br>COUNTY OF SCOTLAND<br>ATTN: MARY-HELEN NORTON<br>212 BIGGS ST<br>LAURINBURG NC 28352-3819 | CREDITOR ID: 266699-14<br>COUNTY OF SEMINOLE<br>ATTN: KEVIN GRACE<br>1101 E 1ST ST<br>SANFORD FL 32771-1468 |
| CREDITOR ID: 381762-15<br>COUNTY OF SEMINOLE TAX COLL, FL<br>ATTN RAY VALDES & DONA GUERRA<br>1101 EAST FIRST STREET<br>PO BOX 630<br>SANFORD FL 32772 | CREDITOR ID: 260702-12<br>COUNTY OF SEMINOLE WATER & SEWER<br>PO BOX 958443<br>LAKE MARY, FL 32795-8443 | CREDITOR ID: 266700-31<br>COUNTY OF SEVIER<br>ATTN: JACK WATERS<br>750 RAINBOW RD<br>PIGEON FORGE TN 37862-2912 |
| CREDITOR ID: 266705-31<br>COUNTY OF SHELBY<br>ATTN: DARRYLL MAY<br>2599 AVERY AVE<br>MEMPHIS TN 38112-4818 | CREDITOR ID: 266709-31<br>COUNTY OF SHELBY<br>ATTN: MIKE OAKES<br>160 N MAIN ST # 350<br>MEMPHIS TN 38103-1866 | CREDITOR ID: 266711-31<br>COUNTY OF SHELBY<br>ATTN: ROBERT KELLY<br>504 HIGHWAY 70<br>COLUMBIANA AL 35051-9516 |

**SERVICE LIST**

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266712-14<br>COUNTY OF SHELBY<br>ATTN: SYBILLE NOBLE<br>160 N MAIN ST # 550<br>MEMPHIS TN 38103-1866 | CREDITOR ID: 266707-14<br>COUNTY OF SHELBY<br>ATTN: JAMES HUNSICKER<br>160 N MAIN ST # 801<br>MEMPHIS TN 38103-1866 | CREDITOR ID: 266702-14<br>COUNTY OF SHELBY<br>ATTN: BOB PATTERSON<br>160 N MAIN ST STE 250<br>MEMPHIS TN 38103-1866 |
| CREDITOR ID: 266713-31<br>COUNTY OF SHELBY<br>ATTN: TERRY EMERICK<br>125 N MAIN ST STE 468<br>MEMPHIS TN 38103-2030 | CREDITOR ID: 266708-14<br>COUNTY OF SHELBY<br>ATTN: JOHN FOWLKES<br>160 N MAIN ST # 850<br>MEMPHIS TN 38103-1866 | CREDITOR ID: 266703-14<br>COUNTY OF SHELBY<br>ATTN: BOBBIE J REYNOLDS<br>COURT HOUSE MAIN ST<br>COLUMBIANA AL 35051 |
| CREDITOR ID: 266701-14<br>COUNTY OF SHELBY<br>ATTN: ALEX DUDCHOCK<br>200 W COLLEGE ST<br>COLUMBIANA AL 35051-9734 | CREDITOR ID: 266710-14<br>COUNTY OF SHELBY<br>ATTN: MIKE SWIFT<br>160 N MAIN ST # 1150<br>MEMPHIS TN 38103-1866 | CREDITOR ID: 266704-31<br>COUNTY OF SHELBY<br>ATTN: CHARLES BROWN<br>1045 MULLINS STATION RD<br>MEMPHIS TN 38134-7723 |
| CREDITOR ID: 260866-12<br>COUNTY OF SHELBY WATER<br>PO BOX 70<br>WESTOVER, AL 35185-0070 | CREDITOR ID: 266715-14<br>COUNTY OF SPOTSYLVANIA<br>ATTN: LARRY K PRITCHETT<br>9104 COURTHOUSE RD<br>SPOTSYLVANIA VA 22553-1902 | CREDITOR ID: 266714-31<br>COUNTY OF SPOTSYLVANIA<br>ATTN: DAVID BECK<br>10900 HCC DR<br>FREDERICKSBURG VA 22408 |
| CREDITOR ID: 266716-14<br>COUNTY OF SPOTSYLVANIA<br>ATTN: TAMMY PETRIE<br>8800 COURTHOUSE RD<br>SPOTSYLVANIA VA 22553-2514 | CREDITOR ID: 866-03<br>COUNTY OF SPOTSYLVANIA<br>PO BOX C-9000<br>SPOTSYLVANIA VA 22553 | CREDITOR ID: 263465-12<br>COUNTY OF SPOTSYLVANIA, TREASURER<br>PO BOX 9000<br>SPOTSYLVANIA, VA 22553 |
| CREDITOR ID: 261617-12<br>COUNTY OF ST AUGUSTINE & ST JOHNS<br>CHAMBER OF COMMERCE<br>1 RIBERIA ST<br>ST AUGUSTINE, FL 32084 | CREDITOR ID: 261649-12<br>COUNTY OF ST CLAIR REVENUE COMM<br>PROPERTY TAX<br>ATTN ELIZABETH MEALER<br>1815 COGSWELL AVENUE, SUITE 205<br>PELL CITY AL 35125-1643 | CREDITOR ID: 268640-14<br>COUNTY OF ST JOHNS<br>ATTN: DENISE HOLLINGWORTH<br>1721 RACE TRACK RD<br>JACKSONVILLE FL 32259-4224 |
| CREDITOR ID: 268641-14<br>COUNTY OF ST JOHNS<br>ATTN: PAM HAMILTON<br>4030 LEWIS SPEEDWAY<br>SAINT AUGUSTINE FL 32084-8637 | CREDITOR ID: 268639-31<br>COUNTY OF ST JOHNS PUBLIC INSTR BD<br>ATTN: BILL YOUNG<br>208 SHORE DR<br>SAINT AUGUSTINE FL 32086-5734 | CREDITOR ID: 261692-12<br>COUNTY OF ST JOHNS SHERIFFS OFFICE<br>CRIME PREVENTION FUND<br>4015 LEWIS SPEEDWAY<br>ST AUGUSTINE FL 32084 |
| CREDITOR ID: 872-03<br>COUNTY OF ST JOHNS UTILITY DEPT<br>PO DRAWER 3006<br>ST AUGUSTINE FL 32085 | CREDITOR ID: 261694-12<br>COUNTY OF ST JOHNS UTILITY DEPT<br>ATTN: LEQUITIA KING, CUST SRV REP<br>PO BOX 3006<br>ST AUGUSTINE, FL 32085-3000 | CREDITOR ID: 240385-06<br>COUNTY OF ST JOHNS, FL<br>ATTN DENNIS W HOLLINGSWORTH<br>PO BOX 9001<br>ST AUGUSTINE FL 32085 |
| CREDITOR ID: 268644-31<br>COUNTY OF ST LUCIE<br>ATTN: KEN MASCARA<br>900 N ROCK RD<br>FORT PIERCE FL 34945-3483 | CREDITOR ID: 266717-14<br>COUNTY OF ST LUCIE<br>ATTN: DOROTHY J CONRAD<br>9340 S US HIGHWAY 1<br>PORT SAINT LUCIE FL 34952-4213 | CREDITOR ID: 261716-12<br>COUNTY OF ST LUCIE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN BARBARA BURTON<br>PO BOX 308<br>FORT PIERCE, FL 34954-0308 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261717-12<br>COUNTY OF ST LUCIE UTILITIES<br>PO DRAWER 728<br>2300 VIRGINIA AVE<br>FORT PIERCE, FL 34954-0728 | CREDITOR ID: 266718-31<br>COUNTY OF STAFFORD<br>ATTN: JEFFERY HARVEY<br>1300 COURTHOUSE RD<br>STAFFORD VA 22554-7232 | CREDITOR ID: 266719-14<br>COUNTY OF SULLIVAN<br>ATTN: JEANIE GAMMON<br>3258 HIGHWAY 126 STE 101<br>BLOUNTVILLE TN 37617-4566 |
| CREDITOR ID: 266720-31<br>COUNTY OF SUMTER<br>ATTN: LONNIE CASH<br>835 COUNTY RD 529<br>BUSHNELL FL 33513 | CREDITOR ID: 266721-14<br>COUNTY OF SURRY<br>ATTN: NORMA G ROACH<br>SURRY GOVERNMENT CTR<br>SURRY VA 23883 | CREDITOR ID: 262423-12<br>COUNTY OF TALLADEGA REVENUE COMMISS<br>PROPERTY TAX<br>PO BOX 1119<br>TALLADEGA AL 35161-1017 |
| CREDITOR ID: 266722-14<br>COUNTY OF TALLAPOOSA<br>ATTN: LINDA HARRIS<br>125 N BROADNAX ST RM 106<br>DADEVILLE AL 36853-1371 | CREDITOR ID: 262441-12<br>COUNTY OF TALLAPOOSA REVENUE COMM<br>PRPERTY TAX<br>ATTN LINDA HARRIS<br>125 NORTH BROADNAX ST, ROOM 106<br>DADEVILLE AL 36853-1371 | CREDITOR ID: 266723-14<br>COUNTY OF TARRANT<br>ATTN: JULIATTE TUBB<br>1001 MAIN ST<br>GREENSBORO AL 36744-1572 |
| CREDITOR ID: 262526-12<br>COUNTY OF TARRANT<br>TAX ASSESSOR/COLLECTOR<br>PO BOX 961018<br>PROPERTY TAX<br>FORT WORTH TX 76161-0018 | CREDITOR ID: 266724-14<br>COUNTY OF TATE<br>ATTN: EDWARD TAYLOR<br>201 S WARD ST<br>SENATOBIA MS 38668-2659 | CREDITOR ID: 266725-14<br>COUNTY OF TATE<br>ATTN: SUE SPEARS<br>201 S WARD ST<br>SENATOBIA MS 38668-2659 |
| CREDITOR ID: 406021-15<br>COUNTY OF TAYLOR<br>ATTN JACK TEDDER<br>PO BOX 30<br>PERRY FL 32348 | CREDITOR ID: 266727-14<br>COUNTY OF TAYLOR<br>ATTN: JACK TEDDER<br>108 N JEFFERSON ST<br>PERRY FL 32347-3246 | CREDITOR ID: 266726-31<br>COUNTY OF TAYLOR<br>ATTN: ANDY MCLEOD<br>587 E US HIGHWAY 27<br>PERRY FL 32347-3537 |
| CREDITOR ID: 266728-14<br>COUNTY OF TAZEWELL<br>ATTN: EMMA HAGY<br>101 E MAIN ST<br>TAZEWELL VA 24651-1071 | CREDITOR ID: 266729-14<br>COUNTY OF TISHOMINGO<br>ATTN: DANNY RYAN<br>1008 BATTLEGROUND DR<br>IUKA MS 38852-1020 | CREDITOR ID: 263239-12<br>COUNTY OF TOOMBS TAX COMMISSIONER<br>ATTN JULIE H REAVES TAX COMM<br>PROPERTY TAX<br>PO BOX 458<br>LYONS GA 30436-0458 |
| CREDITOR ID: 266730-14<br>COUNTY OF TROUP<br>ATTN: GARY S WOOD<br>900 DALLIS ST<br>LAGRANGE GA 30240-4441 | CREDITOR ID: 266731-14<br>COUNTY OF TUSCALOOSA<br>ATTN: DON ALLEN<br>714 GREENSBORO AVE # D-44<br>TUSCALOOSA AL 35401-1859 | CREDITOR ID: 381722-15<br>COUNTY OF TUSCALOOSA SPECIAL TAX BD<br>ATTN SANDRA HODO<br>PO BOX 20738<br>TUSCALOOSA AL 35402 |
| CREDITOR ID: 381958-15<br>COUNTY OF TUSCALOOSA TAX COLL, AL<br>ATTN PEYTON C COCHRANE<br>714 GREENSBORO AVENUE, ROOM 124<br>TUSCALOOSA AL 35401 | CREDITOR ID: 266735-31<br>COUNTY OF UNION<br>ATTN: JOHNNY GRIMMAZ<br>COUNTY RD 241<br>LAKE BUTLER FL 32054 | CREDITOR ID: 266734-14<br>COUNTY OF UNION<br>ATTN: DIANNE S WILKINS<br>210 W MAIN ST<br>UNION SC 29379-2215 |
| CREDITOR ID: 266732-31<br>COUNTY OF UNION<br>ATTN: DAVID BLOOM<br>STATE RD 121<br>LAKE BUTLER FL 32054 | CREDITOR ID: 266733-14<br>COUNTY OF UNION<br>ATTN: DEBBE KING<br>300 N MAIN ST<br>MONROE NC 28112-4726 | CREDITOR ID: 926-03<br>COUNTY OF UNION<br>PO BOX 38<br>MONROE NC 28111-0038 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266737-14<br>COUNTY OF UPSON<br>ATTN: TERY ROSS<br>111 W MAIN ST<br>THOMASTON GA 30286-3500 | CREDITOR ID: 266736-14<br>COUNTY OF UPSON<br>ATTN: JIM MCKENNLEY<br>116 W MAIN ST<br>THOMASTON GA 30286-3556 | CREDITOR ID: 266738-31<br>COUNTY OF VANCE, NC<br>PLANNING & DEVELOPMENT<br>ATTN JOYCE DICKERSON<br>156 CHURCH STREET, SUITE 003<br>HENDERSON NC 27536-5574 |
| CREDITOR ID: 247089-12<br>COUNTY OF VOLUSIA TAX COLLECTOR<br>123 WEST INDIANA AVENUE<br>ROOM 103<br>PROPERTY TAX<br>DELAND FL 32720-4602 | CREDITOR ID: 264263-12<br>COUNTY OF VOLUSIA WATER & SEWER<br>123 W INDIANA AVE<br>DELAND, FL 32720 | CREDITOR ID: 266739-14<br>COUNTY OF WAKULLA<br>ATTN: LUCINDA DANIEL<br>202 OCHLOCKONEE ST<br>CRAWFORDVILLE FL 32327-1985 |
| CREDITOR ID: 266740-31<br>COUNTY OF WALKER<br>ATTN: DAVID ASHBURN<br>91 INDUSTRIAL DR<br>CHICKAMAUGA GA 30707-3479 | CREDITOR ID: 407684-15<br>COUNTY OF WALKER, AL<br>REVENUE COMMISSIONER'S OFFICE<br>ATTN JERRY GUTHRIE, REV COMMISSION<br>1803 3RD AVENUE SUITE 102<br>JASPER AL 35501 | CREDITOR ID: 266741-31<br>COUNTY OF WARE<br>ATTN: JIMMY JEFFERS<br>3699 HARRIS RD<br>WAYCROSS GA 31503-0340 |
| CREDITOR ID: 266742-14<br>COUNTY OF WARREN<br>ATTN: JOHN H SMEDLEY SR<br>220 N COMMERCE AVE<br>FRONT ROYAL VA 22630-4412 | CREDITOR ID: 266744-14<br>COUNTY OF WARREN<br>ATTN: RICHARD HOLLAND<br>1009 CHERRY ST<br>VICKSBURG MS 39183-2539 | CREDITOR ID: 266743-14<br>COUNTY OF WARREN<br>ATTN: PAT SIMRALL<br>1009 CHERRY ST<br>VICKSBURG MS 39183-2539 |
| CREDITOR ID: 266746-14<br>COUNTY OF WARREN<br>ATTN: SUSAN BROWN<br>113 W MACON ST<br>WARRENTON NC 27589-1943 | CREDITOR ID: 266745-14<br>COUNTY OF WARREN<br>ATTN: SUSAN BROWN<br>101 S MAIN ST<br>WARRENTON NC 27589-1929 | CREDITOR ID: 266747-14<br>COUNTY OF WASHINGTON<br>ATTN: FRED W PARKER<br>174 E MAIN ST<br>ABINGDON VA 24210-2839 |
| CREDITOR ID: 266748-14<br>COUNTY OF WASHINGTON<br>ATTN: GENEVIEVE WALLACE<br>120 ADAMS ST<br>PLYMOUTH NC 27962-1341 | CREDITOR ID: 266749-31<br>COUNTY OF WASHINGTON<br>ATTN: MARK READER<br>205 ACADEMY DR NW<br>ABINGDON VA 24210-2635 | CREDITOR ID: 264443-12<br>COUNTY OF WASHINGTON TAX COMM, GA<br>PROPERTY TAX<br>ATTN CONNIE B TAPLEY, TAX COMM<br>PO BOX 469<br>SANDERSVILLE GA 31082-0469 |
| CREDITOR ID: 266750-31<br>COUNTY OF WATAUGA<br>ATTN: J V POTER<br>411 LANDFILL RD<br>BOONE NC 28607 | CREDITOR ID: 266751-14<br>COUNTY OF WATAUGA<br>ATTN: KELVIN BYRD<br>842 W KING ST STE 21<br>BOONE NC 28607-3485 | CREDITOR ID: 266752-14<br>COUNTY OF WAYNE<br>ATTN: NORMAN RICKS<br>224 E WALNUT ST<br>GOLDSBORO NC 27530-4850 |
| CREDITOR ID: 959-03<br>COUNTY OF WAYNE<br>PO BOX 227<br>GOLDSBORO NC 27534 | CREDITOR ID: 240784-06<br>COUNTY OF WAYNE TAX COLLECTOR<br>ATTN W DORTCH LANGSTON JR, TAX ATTY<br>PO BOX 1495<br>GOLDSBORO NC 27533 | CREDITOR ID: 264519-12<br>COUNTY OF WAYNE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN W DORTCH LANGSTON JR, ESQ<br>PO BOX 1495<br>GOLDSBORO NC 27533-1495 |
| CREDITOR ID: 406314-15<br>COUNTY OF WAYNE TAX COMMISSIONER<br>ATTN TIM WESTBERRY, BANKRUPTCY DEPT<br>PO BOX 287<br>JESUP GA 31598-0287 | CREDITOR ID: 406314-15<br>COUNTY OF WAYNE TAX COMMISSIONER<br>C/O SMITH & PHELPS<br>ATTN ROBERT B SMITH, ESQ<br>PO BOX 285<br>JESUP GA 31598 | CREDITOR ID: 266754-14<br>COUNTY OF WHITE<br>ATTN: CINDY CANNON<br>59 S MAIN ST STE C<br>CLEVELAND GA 30528-1376 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266753-14<br>COUNTY OF WHITE<br>ATTN: BRYAN PAYNE<br>59 S MAIN ST STE E<br>CLEVELAND GA 30528-1376 | CREDITOR ID: 269165-14<br>COUNTY OF WHITFIELD TAX COMMISSION<br>ATTN DANNY W SANE<br>300 W CRAWFORD ST<br>DALTON GA 30755 | CREDITOR ID: 266755-14<br>COUNTY OF WILCOX<br>ATTN: CLARISSA DEAR<br>12 WATER ST<br>CAMDEN AL 36726-2121 |
| CREDITOR ID: 266756-14<br>COUNTY OF WILSON<br>ATTN: RANDY FAIRCLOTH<br>113 NASH ST E<br>WILSON NC 27893-4053 | CREDITOR ID: 266757-14<br>COUNTY OF WISE<br>ATTN: JUDY K MILLER<br>618 VIRGINIA AVE NW<br>NORTON VA 24273-1915 | CREDITOR ID: 266758-14<br>COUNTY OF YALOBUSHA<br>ATTN: LINDA SHEFFIELD<br>33 MAIN ST<br>COFFEEVILLE MS 38922 |
| CREDITOR ID: 989-03<br>COUNTY OF YORK<br>PO BOX TR<br>YORKTOWN VA 23690 | CREDITOR ID: 247090-12<br>COUNTY OF YORK<br>ARLENE D POLLARD TREASURER<br>PO BOX TR<br>YORKTOWN, VA 23690 | CREDITOR ID: 266759-14<br>COUNTY OF YORK<br>ATTN: ANN BUNTON<br>2 S CONGRESS ST<br>YORK SC 29745-1867 |
| CREDITOR ID: 266760-14<br>COUNTY OF YORK<br>ATTN: ANNE BUNTON<br>2 S CONGRESS ST<br>YORK SC 29745-1867 | CREDITOR ID: 987-03<br>COUNTY OF YORK<br>NATURAL GAS AUTHORITY<br>PO BOX 11907<br>ROCK HILL SC 29731-1907 | CREDITOR ID: 265125-12<br>COUNTY OF YORK NATURAL GAS<br>PO BOX 11907<br>ROCK HILL, SC 29731-1907 |
| CREDITOR ID: 240791-06<br>COUNTY OF YORK SC , TREASURER<br>PO BOX 116<br>YORK SC 29745 | CREDITOR ID: 406133-15<br>COUNTY OF YORK TREASURER<br>ATTN PATTY LEDFORD<br>1070 HECKLE BLVD BOX 14<br>ROCK HILL SC 29732 | CREDITOR ID: 374440-44<br>COUNTY OF* HENRICO VIRGINIA<br>PO BOX 85526<br>RICHMOND, VA 23285-5526 |
| CREDITOR ID: 266761-14<br>COUNTY ROCKDALE FINANCE DEPT<br>ATTN: MIA WILSON DIR<br>958 MILSTEAD AVE NE<br>CONYERS GA 30012-4526 | CREDITOR ID: 266762-31<br>COUNTY SCHOOL ADM OFFICE<br>ATTN: LINDA WEBER<br>5937 COVE RD<br>ROANOKE VA 24019-2403 | CREDITOR ID: 266763-14<br>COUNTY TAX COLLECTOR<br>ATTN: DOROTHY WOOD<br>200 S MARBLE ST<br>ROCKMART GA 30153-2620 |
| CREDITOR ID: 381317-47<br>COUNTY TREASURER<br>PO BOX 1495<br>CONWAY, SC 29528 | CREDITOR ID: 247091-12<br>COUNTY WELDING EQUIP CO<br>ATTN: DEBRA ROBENHYMER<br>1701 NORTH POWERLINE ROAD<br>POMPANO BEACH, FL 33069-1624 | CREDITOR ID: 239862-06<br>COUNTYOF ATHENS CLARKE<br>BUSINESS TAX OFFICE<br>PO BOX 1748<br>ATHENS GA 30603 |
| CREDITOR ID: 223-03<br>COUNTYOF COLUMBIA<br>PO BOX 204660<br>AUGUSTA GA 30917-4660 | CREDITOR ID: 247092-12<br>COURIER HERALD<br>ATTN S DUBOSE PORTER, SEC/TREAS<br>COURT SQUARE STATION<br>DRAWER B<br>DUBLIN GA 31040 | CREDITOR ID: 247094-12<br>COURIER JOURNAL<br>330 N SUMMIT STREET<br>CRESCENT CITY, FL 32112 |
| CREDITOR ID: 247093-12<br>COURIER JOURNAL<br>1828 DARBY DR<br>FLORENCE, AL 35630 | CREDITOR ID: 403185-15<br>COURIER JOURNAL, INC<br>C/O L&L SERVICES, INC<br>ATTN LANNY L CARRUTHERS, VP<br>502 N MONTGOMERY AVENUE<br>SHEFFIELD AL 35660 | CREDITOR ID: 240369-06<br>COURIER TIMES INC<br>ATTN VICKIE CARVER<br>109 CLAYTON AVENUE<br>PO BOX 311<br>ROXBORO NC 27573-0311 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 247096-12
COURIER-TRIBUNE
PO BOX 340
ASHEBORO NC 27204-0340

CREDITOR ID: 406521-MS
COURSON, CHARLES
8229 PINE AVE.
MACCLENNY FL 32063

CREDITOR ID: 266764-14
COURT FOR 8TH JUDICIAL CIRCUIT
ATTN: JUDGE WYATT SAUNDERS
528 MONUMENT ST
GREENWOOD SC 29646-2643

CREDITOR ID: 247097-12
COURT TRUSTEE
PO BOX 513544
LOS ANGELES, CA 90051

CREDITOR ID: 400642-91
COURT, ERIC C
P.O. BOX 395
LADY LAKE FL 32158-0395

CREDITOR ID: 2048-07
COURTELIS, ALEC & SMITH, DONALD JR
DBA BROWARD ASSOC
703 WATERFORD WAY STE 800
MIAMI FL 33126-4677

CREDITOR ID: 247098-12
COURTESY CLEANING SERVICE INC
ATTN ANDREW M HOOK, PRES
PO BOX 42
NEW ALBANY, IN 47151-0042

CREDITOR ID: 247100-12
COURTNEY & CAMP
C/O ROBERT W CAMP, ESQ
PO BOX 529
JACKSON, MS 39205-0529

CREDITOR ID: 399656-83
COURTNEY & MORRIS APPRAISALS, INC
ATTN EDWARD N MORRIS JR, ESQ
3201 DAUPHIN STREET, SUITE C
MOBILE AL 36606

CREDITOR ID: 406523-MS
COURTNEY, JAMES
8437 130TH AVE. N.
LARGO FL 33773

CREDITOR ID: 406522-MS
COURTNEY, JAMES
2113 LAUREN DR.
LARGO FL 33774

CREDITOR ID: 406524-MS
COURTNEY, LINDA S.
8437 130TH AVE. N.
LARGO FL 33773

CREDITOR ID: 247107-12
COURTYARD BY MARRIOTT
10152 PALM RIVER ROAD
TAMPA, FL 33619

CREDITOR ID: 247108-12
COURTYARD BY MARRIOTT
ATLANTA SIX FLAGS
950 BOB ARNOLD BOULEVARD
LITHIA SPRINGS, GA 30122

CREDITOR ID: 247109-12
COURTYARD MARRIOT
ATTN: MIKE HART, VP & TREAS
JAX AIRPORT NORTHWEST
14668 DUVAL ROAD
JACKSONVILLE, FL 32218

CREDITOR ID: 399896-84
COUSIN, MONICA JANE
PO BOX 5934
SLIDELL LA 70469

CREDITOR ID: 390058-54
COUSINS, CHRISTOPHER
1151 CHEROKEE AVENUE
LEHIGH ACRES FL 33936

CREDITOR ID: 266765-31
COUTY OF BERRIEN
ATTN: CHARLES WAYNE BLANTON
909D N DAVIS ST
NASHVILLE GA 31639-1107

CREDITOR ID: 247110-12
COVAP
PO BOX 42510
CINCINNATI OH 45242-0510

CREDITOR ID: 247111-12
COVE PLAZA
231 ST JOE PLAZA DRIVE
SUITE 231
% ROBINSON REAL ESTATE INC
PALM COAST FL 32164

CREDITOR ID: 266766-31
COVENANT
ATTN: ANTHONY WILSON
700 SIENA PALM DR
KISSIMMEE FL 34747-4987

CREDITOR ID: 247113-12
COVENANT HOUSE OF STATESVILLE
502 S CENTER STREET
STATESVILLE NC 28677

CREDITOR ID: 247114-12
COVENANT TRANSPORT INC
PO BOX 841944
DALLAS TX 75284-1944

CREDITOR ID: 382890-51
COVENTRY HEALTH CARE
2815 COLISEUM CENTRE DRIVE STE 550
CHARLOTTE, NC 28217-4522

CREDITOR ID: 248300-12
COVER, DON
1290 ALEXANDRIA
LAVERNIA, TX 78121

CREDITOR ID: 247115-12
COVINGTON CATHOLIC SCHOOL
1600 DIXIE HWY
COVINGTON KY 41011

CREDITOR ID: 247116-12
COVINGTON CO HEALTH DEPT
DIV OF ENVIRONMENTAL HEALTH
PO BOX 186  AMANDA F LOWERY
ANDALUSIA AL 36420

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247118-12<br>COVINGTON DETROIT DIESEL ALLISON<br>PO BOX 530109<br>DEPT 00030<br>ATLANTA, GA 30353-0109 | CREDITOR ID: 247119-12<br>COVINGTON DIESEL INC<br>1815 STARITA RD<br>CHARLOTTE NC 28206 | CREDITOR ID: 247120-12<br>COVINGTON ELEMENTARY<br>325 S JACKSON ST<br>COVINGTON, LA 70433 |
| CREDITOR ID: 247121-12<br>COVINGTON HIGH SCHOOL<br>73030 LION DR<br>COVINGTON, LA 70433 | CREDITOR ID: 247122-12<br>COVINGTON NEWS INC<br>ATTN CHARLES HILL MORRIS<br>PO BOX 1249<br>COVINGTON, GA 30015 | CREDITOR ID: 404483-95<br>COVINGTON NEWS INC<br>1166 USHER STREET<br>COVINGTON GA 30014 |
| CREDITOR ID: 247123-12<br>COVINGTON POLICE DEPARTMENT<br>PO BOX 1059<br>COVINGTON LA 70434 | CREDITOR ID: 247124-12<br>COVINGTON PRESBYTERIAN CHURCH<br>PO BOX 819<br>COVINGTON, LA 70434 | CREDITOR ID: 247125-12<br>COVINGTON PUBLISHING CO<br>PO BOX 870<br>OPP, AL 36467-0870 |
| CREDITOR ID: 247126-12<br>COVINGTON SANITATION DIST NO 1<br>1045 EATON DRIVE<br>FT WRIGHT, KY 41017-9655 | CREDITOR ID: 266767-31<br>COVINGTON WSTE WTR TRTMNT<br>ATTN: GEORGE JAMISON<br>711 W PARK ST<br>COVINGTON VA 24426-2728 | CREDITOR ID: 390252-54<br>COVINGTON, GEORGE<br>1841 HEATHER SQUARE<br>APT H<br>ROCK HILL SC 29732 |
| CREDITOR ID: 266768-31<br>COW SLOUGH WATER CONTROL DST<br>ATTN: DALLAS TOWNSEND<br>12008 NE HIGHWAY 70<br>ARCADIA FL 34266-4267 | CREDITOR ID: 247127-12<br>COWABUNGA INC<br>3585 TROTTERS DRIVE<br>ALPHARETTA, GA 30004 | CREDITOR ID: 389397-54<br>COWAN, RICHARD T<br>5194 JAMAICA ROAD<br>COCOA FL 32927 |
| CREDITOR ID: 394213-56<br>COWANS, DALE H<br>841 FOX LANE<br>SAINT ROSE, LA 70087 | CREDITOR ID: 400397-85<br>COWANS, DALE H<br>C/O KENDALL R. MOSES, ESQUIRE<br>KENDALL R. MOSES, ATTORNEY<br>3409 WILLIAMS BLVD, SUITE B<br>KENNER LA 70065 | CREDITOR ID: 385209-54<br>COWARD, WILLIAM<br>C/O TIMOTHY O'BRIEN<br>PO BOX 12308<br>PENSACOLA, FL 32581 |
| CREDITOR ID: 247128-12<br>COWART INDUSTRIAL<br>AIR COMPRESSOR & GENERATOR<br>PO BOX 2345<br>VALDOSTA, GA 31604-2345 | CREDITOR ID: 389811-54<br>COWDEN, JOLITTLE<br>4081 PINE LOG DRIVE<br>MARIETTA GA 30064 | CREDITOR ID: 247129-12<br>COWETA CO SOLID WASTE MG<br>22 EAST BROAD ST<br>NEWMAN, GA 30263 |
| CREDITOR ID: 266769-14<br>COWETA COUNTY TAX ASSESSOR OFF<br>ATTN: MICKY ROGERS<br>37 PERRY ST<br>NEWNAN GA 30263-1938 | CREDITOR ID: 247133-12<br>COWETA OCCUPATIONAL MEDICINE<br>1755 HWY 34 E<br>SUITE 2400<br>NEWNAN, GA 30265 | CREDITOR ID: 248-03<br>COWETA-FAYETTE EL MEMBER CORP.<br>PO BOX 488<br>NEWNAN GA 30264 |
| CREDITOR ID: 247134-12<br>COWETA-FAYETTE EMC<br>SEDC<br>ATTN RICK OWENS<br>PO BOX 530812<br>ATLANTA, GA 30353-0812 | CREDITOR ID: 247135-12<br>COX COMMUNICATIONS<br>PO BOX 60837<br>NEW ORLEANS, LA 70160-0837 | CREDITOR ID: 390478-54<br>COX IV, JAMES H<br>1579 PHEASANT RUN RD<br>HARTSVILLE SC 29550 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247136-12<br>COX NORTH CAROLINA PUBLICATION<br>PROCESSING CENTER<br>ATTN HEATHER G ZIEGLER<br>PO BOX 1967<br>GREENVILLE, NC 27835-1967 | CREDITOR ID: 247137-12<br>COX OHIO PUBLISHING<br>PO BOX 640153<br>CINCINNATI, OH 45264-0153 | CREDITOR ID: 253436-12<br>COX OHIO PUBLISHING DBAJOURNAL NEWS<br>ATTN MARY SWAFFORD<br>45 S LUDLOW STREET<br>DAYTON OH 45402 |
| CREDITOR ID: 247138-12<br>COX PLUMBING LLC<br>3412 SHREVEPORT HWY<br>PINEVILLE, LA 71360 | CREDITOR ID: 247139-12<br>COX RETAIL MARKETING<br>8000 BELFORT PARKWAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 242503-12<br>COX, ARAN L<br>3651 MOON BAY CIRCLE<br>WELLINGTON FL 33414 |
| CREDITOR ID: 243321-12<br>COX, BENNY W<br>185 COX POND LANE<br>SPRING LAKE NC 28390 | CREDITOR ID: 385783-54<br>COX, BOBBI<br>1685 RODEO DR<br>TALLAHASSEE, FL 32311 | CREDITOR ID: 391053-55<br>COX, BOBBI<br>C/O HARRY J GRAHAM, PA<br>ATTN HARRY J GRAHAM, ESQ<br>211 EAST CELL STREET<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 406525-MS<br>COX, GENE<br>6216 KINGSGATE DR.<br>BURLINGTON KY 41005 | CREDITOR ID: 381501-47<br>COX, JOSEPH T<br>1533 MAIN STREET<br>BOX 189 A<br>NC SCHOOL OF THE ARTS<br>WINSTON SALEM, NC 27127 | CREDITOR ID: 403655-94<br>COX, MICHELLE<br>877 FOOTHILL RD<br>WINFIELD  AL 35595 |
| CREDITOR ID: 256286-12<br>COX, MICHELLE L<br>223 BRIGHTON WAY<br>CASSELBERRY FL 32707 | CREDITOR ID: 406526-MS<br>COX, ROBERT E.<br>3416 WILLOWBROOK<br>FT. WORTH TX 76133 | CREDITOR ID: 392791-55<br>COX, VICKIE<br>C/O RICHARD BROWNING, PC<br>ATTN RICHARD BROWNING, ESQ<br>PO BOX 160284<br>MOBILE AL 36616 |
| CREDITOR ID: 393088-55<br>COX, VICKIE W<br>C/O: J. STEPHEN LEGG<br>P.O. DRAWER 16207<br>MOBILE AL 36616 | CREDITOR ID: 389249-54<br>COX, VICKIE W<br>46040 STATE HWY 31 NORTH<br>BAY MINETTE AL 36507 | CREDITOR ID: 406527-MS<br>COX, W.R. (ROXIE E.)<br>4912 LOFTY PINES CR. W.<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 247141-12<br>COXCO INC<br>3603 PINE LANE SE<br>BESSEMER, AL 35022 | CREDITOR ID: 247140-12<br>COX'S WHOLESALE SEAFOOD<br>PO BOX 861006<br>ORLANDO, FL 32886-1006 | CREDITOR ID: 247142-12<br>COY FIELDS II<br>200 SANDERSON ROAD<br>NEWPORT NC 28570 |
| CREDITOR ID: 406528-MS<br>COYLE, JOHN<br>105 FINCH ST.<br>LA PLACE LA 70068 | CREDITOR ID: 386768-54<br>COZMA, PAUL<br>7534 OLD KINGS RD SOUTH<br>JACKSONVILLE FL 32217 | CREDITOR ID: 247143-12<br>COZZINI INC.<br>37245 EAGLE WAY<br>CHICAGO IL 60678-1372 |
| CREDITOR ID: 244318-12<br>CP FOODS<br>116 LANDRY LANE<br>THIBODAUX, LA 70301-6044 | CREDITOR ID: 247144-12<br>CPC BAKING BUSINESS<br>PO BOX 643544<br>PITTSBURGH, PA 15264-3544 | CREDITOR ID: 247145-12<br>CPC JANITORAL SERVICE<br>PO BOX 49033<br>SARASOTA FL 34230-6033 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR: WINN-DIXIE STORES, INC., ET AL.                    CASE: 05-03817-3F1

CREDITOR ID: 247146-12
CPG FINANCE I LLC
PO BOX 414092
BOSTON, MA 02241-4092

CREDITOR ID: 1225-07
CPG FINANCE I LLC
PO BOX 414092
BOSTON, MA 02241-4092

CREDITOR ID: 2165-07
CPG FINANCE I, LLC
% CGP PARTNERS, LP
103 EISENHOWER PARKWAY
ROSELAND NJ 07068

CREDITOR ID: 266770-31
CPI-ATLANTA INC
ATTN: GRACE UWIMFURA
5561 MEMORIAL DR STE L
STONE MOUNTAIN GA 30083-3237

CREDITOR ID: 374444-44
CPL DARRELL JOHNSON
4903 BUECHE ROAD
ERWINVILLE, LA 70729-2211

CREDITOR ID: 374445-44
CPL DARRELL JOHNSON
8903 BUECHE ROAD
BUECHE, LA 70729

CREDITOR ID: 1226-RJ
CPM ASSOCIATES LP
537 MARKET STREET, SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 247147-12
CPM ASSOCIATES LP
537 MARKET STREET, SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 278437-24
CPM ASSOCIATES, LP
C/O FLETCHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 407652-93
CPM ASSOCIATES, LP
MCCOMB ASSOCIATES
C/O FLETCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA GA 30339

CREDITOR ID: 278626-24
CPM ASSOCIATES, LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

CREDITOR ID: 247148-12
CPM COMPANY
PO BOX 522
ALTURAS, FL 33820

CREDITOR ID: 266771-31
CPR WASTE MANAGEMENT AUTHORITY
ATTN: ANDREW CHASIN
950 CLYDESWAY RD
LEBANON VA 24266

CREDITOR ID: 247149-12
CPW
12 INDUSTRIAL DRIVE
EXETER NH 03833

CREDITOR ID: 244309-12
CR LAURENCE CO INC
PO BOX 58923
LOS ANGELES CA 90058-0923

CREDITOR ID: 247150-12
CRABBY BEN SEAFOOD
PO BOX 90
MELROSE FL 32666

CREDITOR ID: 247151-12
CRABTREE COMMERCIAL TIRE CTR
608 MAIN ST
PALATKA FL 32177

CREDITOR ID: 386770-54
CRABTREE, KENNY
6532 BOBBOLINK RD
JACKSONVILLE FL 32219

CREDITOR ID: 391677-55
CRABTREE, KENNY
C/O MORGAN COLLING & GILBERT
ATTN HENRY MOWRY, ESQ
815 S MAIN STREET, SUITE 301
JACKSONVILLE FL 32207

CREDITOR ID: 406529-MS
CRABTREE, RONALD H.
1512 SUNDRIDGE RD.
ORLANDO FL 32808

CREDITOR ID: 247152-12
CRACKERS BAR- B- Q CATERING
1515 CR 210 WEST
ATTN PAM MURPHY
JACKSONVILLE, FL 32259

CREDITOR ID: 406530-MS
CRADDOCK, JAMES C.
5323 MAPLETON ST.
CLEMMONS NC 27012

CREDITOR ID: 247153-12
CRAFT EQUIPMENT CO
6801 ADAMO DR
TAMPA FL 33619-3419

CREDITOR ID: 387114-54
CRAFT, DONOVAN
5803 AMITY SPRINGS
CHARLOTTE, NC 28212

CREDITOR ID: 391710-55
CRAFT, DONOVAN
C/O: MARCIA WINTERS
HARRIS & GRAVES
P.O. BOX 11566
COLUMBIA SC 29211

CREDITOR ID: 247154-12
CRAFTMAN AUTO INTERIOR
5971 TROY HIGHWAY
MONTGOMERY, AL 36116

CREDITOR ID: 247155-12
CRAFTMASTER PRINTERS
ATTN KAYE HILL
687 N DEAN RD
AUBURN, AL 36830

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 407546-15
CRAGG-LESTER, NADINE
C/O COMPACT MEMBRANE SYS
325 WATER STREET
WILMINGTON DE 19804

CREDITOR ID: 247160-12
CRAIG TRUCKING LLC
PO BOX 465
ROANOKE, AL 36274

CREDITOR ID: 241937-12
CRAIG, ALISON A
6005 COUNTY ROAD 37
SELMA, AL 36701

CREDITOR ID: 252791-12
CRAIG, JASON M
106 PEERLESS AVENUE
CHATTANOOGA TN 37405

CREDITOR ID: 381258-47
CRAIG, SHARON
201-A KENNERLY DRIVE
INDIAN TRAIL, NC 28079

CREDITOR ID: 389540-54
CRAIG, TUESDAY
330 BUSINESS PARKWAY
ROYAL PALM BEACH, FL 33411

CREDITOR ID: 393212-55
CRAIG, TUESDAY
C/O: BRIAN K. KORTE, ESQ.
KANE & KANE, ATTORNEYS AT LAW
4800 NORTH FEDERAL HIGHWAY
SUITE 101
BOCARATON FL 33431

CREDITOR ID: 243031-12
CRAIN, BARBARA
10101 N ASHLEY STREET
TAMPA, FL 33612

CREDITOR ID: 406531-MS
CRAIN, LESTER
300 WELDON PARK DR.
MANDEVILLE LA 70471

CREDITOR ID: 406042-93
CRAMER & KRASSELT
ATTN: RICH MELIN
225 E ROBIINSON ST
ORLANDO FL 32801

CREDITOR ID: 247162-12
CRAMER KRASSELT DIRECTORY SERVICES
DEPARTMENT 975
MILWAUKEE, WI 53259-0975

CREDITOR ID: 387832-54
CRAMER, PATTIE
6215 SW 135TH AVE
MIAMI FL 33183

CREDITOR ID: 395371-64
CRAMER-KRASSELT
DEPARTMENT 975
ENFIELD, CT 06082

CREDITOR ID: 247163-12
CRANE AMERICA SERVICES
88048 EXPEDITE WAY
CHICAGO, IL 60695-0001

CREDITOR ID: 388973-54
CRANE, ELIZABETH
751 OLD MILL ROAD
RICHBURG, SC 29729

CREDITOR ID: 247164-12
CRAPANZANO BROTHER'S INC
3875 HWY 190 W
HAMMOND, LA 70403-9483

CREDITOR ID: 244416-12
CRAPPS, CAMERON T
1410 14TH STREET NW
CAIRO GA 39827

CREDITOR ID: 266772-31
CRATER PLANNING DST COMMISION
ATTN: DENNIS MORRIS
1964 WAKEFIELD AVE
PETERSBURG VA 23805-2114

CREDITOR ID: 254845-12
CRATTY, LISA A
119 LAKE SHORE DRIVE
ROCKAWAY, NJ 07866

CREDITOR ID: 247166-12
CRAVEN COUNTY PUBLICATIONS INC DBA
THE SHOPPER
PO BOX 12367
NEW BERN NC 28561-2367

CREDITOR ID: 394026-61
CRAWFORD & CO
PO BOX 105159
ATLANTA, GA 30348-5159

CREDITOR ID: 266774-31
CRAWFORD ENVIRONMENTAL
ATTN: ADAM FLORA
1727 ROANOKE RD
DALEVILLE VA 24083-2916

CREDITOR ID: 403293-83
CRAWFORD LEWIS, PLLC
PO BOX 105159
ATLANTA GA 30348-5159

CREDITOR ID: 394065-61
CRAWFORD LEWIS, PLLC
PO BOX 3656
BATON ROUGE, LA 70821

CREDITOR ID: 406140-15
CRAWFORD LEWIS, PLLC
ATTN JOHN M DELGADO, ESQ
450 LAUREL STREET, SUITE 1600
BATON ROUGE LA 70801

CREDITOR ID: 2166-07
CRAWFORD NORWOOD REALTORS INC
PO BOX 10767
GOLDSBORO, NC 27532-0767

CREDITOR ID: 247167-12
CRAWFORD NORWOOD REALTORS INC
PO BOX 10767
GOLDSBORO, NC 27532-0767

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247170-12<br>CRAWFORD SPRINKLER COMPANY<br>PO BOX 23207<br>COLUMBIA, SC 29224-3207 | CREDITOR ID: 247168-12<br>CRAWFORD SPRINKLER COMPANY<br>PO BOX 26207<br>RALEIGH, NC 27611-6207 | CREDITOR ID: 395635-65<br>CRAWFORD SPRINKLER COMPANY<br>1814 US HIGHWAY 70 SOUTHWEST<br>HICKORY, NC 28602 |
| CREDITOR ID: 247169-12<br>CRAWFORD SPRINKLER COMPANY<br>PO BOX 1430<br>HICKORY, NC 28603-1430 | CREDITOR ID: 247266-12<br>CRAWFORD, CRYSTAL<br>1728 DARK CORNERS ROAD<br>TALLASSEE AL 36078 | CREDITOR ID: 406532-MS<br>CRAWFORD, JAMES<br>416 FINCASTLE DR.<br>RALEIGH NC 27607 |
| CREDITOR ID: 406533-MS<br>CRAWFORD, JOHN T.<br>631 AMERBLEY CROSSING<br>FT. MILLS SC 29715 | CREDITOR ID: 387034-54<br>CRAWFORD, LOIS<br>2200 SANDELWOOD DR<br>FERN PARK FL 32730 | CREDITOR ID: 388617-54<br>CRAWFORD, LYNN<br>205 BLACK ROCK SCHOOL ROAD<br>CHERRYVILLE NC 28021 |
| CREDITOR ID: 392671-55<br>CRAWFORD, LYNN<br>C/O: JOSEPH ROBERTS<br>THE ROBERTS LAW FIRM PA<br>302 SOUTH YORK ST<br>GASTONIA NC 28053-2335 | CREDITOR ID: 256181-12<br>CRAWFORD, MICAHEL A<br>648 88TH AVENUE N<br>APT 7<br>ST PETRSBURGH FL 33702 | CREDITOR ID: 399485-82<br>CRAWFORD, MICHAEL<br>145 NW 3RD STREET<br>HOMESTEAD  FL 33030 |
| CREDITOR ID: 386766-54<br>CRAWFORD, RENEE<br>1524 BEACHVIEW DR<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 247171-12<br>CRAWIL ENTERPRISES INC<br>6653 POWERS AVE   STE#24<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 247172-12<br>CRAYEX CORPORATION<br>PO BOX 1673<br>PIQUE OH 45356-4673 |
| CREDITOR ID: 247173-12<br>CRAYMORCO INC<br>12319 SW 132ND CT<br>MIAMI, FL 33186 | CREDITOR ID: 247174-12<br>CRAZY ROGERS<br>NEW & USED OFICE FURNITURE EQ<br>1360 SOUTH FEDERAL HIGHWAY<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 2883-04<br>CRC<br>PO BOX 547878<br>ORLANDO FL 32854-7874 |
| CREDITOR ID: 247175-12<br>CRDU<br>PO BOX 4301<br>JACKSON, MS 39296-4301 | CREDITOR ID: 266775-31<br>CREAGHAN JIM & ASSOC<br>ATTN: JIM CREAGHAN<br>8738 QUARTERS LAKE RD<br>BATON ROUGE LA 70809-2194 | CREDITOR ID: 389717-54<br>CREAMER, JUDITH<br>3295 WARRINGTON DRIVE<br>BIRMINGHAM AL 35216 |
| CREDITOR ID: 386402-54<br>CREAR, KEVIN<br>2901 SOUTH GROVE<br>APT 161<br>FT WORTH TX 76104 | CREDITOR ID: 247176-12<br>CREATIV COMMUNICATION CORP<br>4602 DUNDAS DR<br>SUITE 200<br>GREENSBORO, NC 27408 | CREDITOR ID: 247177-12<br>CREATIVE BLOW MOLD TOOLING INC<br>2350C NORTHEAST INDEPENDENCE AVE<br>LEE'S SUMMIT MO 64064 |
| CREDITOR ID: 247178-12<br>CREATIVE CLEANING SERVICES INC<br>PO BOX 7501<br>CLEARWATER FL 33758-7501 | CREDITOR ID: 247179-12<br>CREATIVE DIST INC<br>135 S LASALLE  DEPT 2375<br>CHICAGO, IL 60674-2375 | CREDITOR ID: 247180-12<br>CREATIVE IMAGES<br>125 BOWENS MILLS RD<br>FITZGERALD GA 31750 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 247181-12
CREATIVE LEARNING
201 PERARD STREET
LAFAYETTE, LA 70503

CREDITOR ID: 374454-44
CREATIVE MANUFACTURING INC
FILE: 916032
P O BOX 961094
FORT WORTH TX 76161-1094

CREDITOR ID: 395436-64
CREATIVE PRODUCTS
PO BOX 14356
MILWAUKEE, WI 53259

CREDITOR ID: 380986-47
CREATIVE PRODUCTS SCREEN PRINTERS INC
3001 WEST GRANADA STREET
TAMPA, FL 33629

CREDITOR ID: 382484-51
CREATIVE PROMOTIONAL SOLUTION, INC
300 CHASTAIN BLVD, STE 335
KENNESAW, GA 30144

CREDITOR ID: 375076-44
CREDEUR, GLEN
NOL DIV STORE# 1405
392 WESTMEADE DRIVE
GRETNA, LA 70056

CREDITOR ID: 247185-12
CREDIT ACCEPTANCE CORPORATION
% HAYT HAYT & LANDAU
7765 S W 87 AVE SUITE 101
MIAMI, FL 33173

CREDITOR ID: 381636-47
CREDIT BUREAU SERVICES
PO BOX 1808
ALEXANDRIA, LA 71309-1808

CREDITOR ID: 247186-12
CREDIT SERVICE
812 NEWTON RD
VIRGINIA BEACH VA 23462

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON
11 MADISON AVE 9TH FLOOR
ACCOUNTING DEPT
ATTN ACCOUNTS RECEIVABLE IBD
NEW YORK, NY 10010

CREDITOR ID: 395279-63
CREDIT UNION 24
2473 CARE DRIVE, SUITE 1
TALLAHASSEE, FL 32308

CREDITOR ID: 385530-54
CREECH, DENISE
59 SAPHIRE LANE
LEESBURG, FL 34748

CREDITOR ID: 390829-55
CREECH, DENISE
C/O OFFICES OF WILLIAM D. ROTH, P.A
ATTN WILLIAM D. ROTH, ESQ.
PO BOX 9361
WINTER HAVEN FL 33883

CREDITOR ID: 263065-12
CREEHAN, TIM
2996 SCENIC HWY 98
DESTIN, FL 32541

CREDITOR ID: 247188-12
CREEKSIDE ATHLETIC ASSOCIATION
845 BROOKSTONE COURT
JACKSONVILLE FL 32259

CREDITOR ID: 247189-12
CREEKSIDE JUNIOR HIGH SCHOOL
65434 HIGHWAY 41
PEARL RIVER LA 70452

CREDITOR ID: 247190-12
CREEKSTONE FARMS PREMIUM BEEF LLC
35076 EAGLE WAY
CHICAGO IL 60678-1350

CREDITOR ID: 387255-54
CREEL, NANCY
142 DEER RUN RD
SUMMERVILLE, SC 29483

CREDITOR ID: 393250-55
CREME, NELLY DURAN
C/O SPENCER G. MORGAN LAW OFFICES
ATTN SPENCER G MORGAN, ESQ
44 W FLAGLER STREET, SUITE 2550
MIAMI FL 33130

CREDITOR ID: 389580-54
CREME, NELLY DURAN
7911 ABBOTT AVENUE, APT 1
MIAMI BEACH, FL 33141

CREDITOR ID: 389580-54
CREME, NELLY DURAN
C/O SPENCER MORGAN LAW OFFICES
ATTN SPENCER MORGAN, ESQ
COURTHOUSE TOWER, SUITE 600
44 WEST FLAGER STREET
MIAMI FL 33130

CREDITOR ID: 247191-12
CRENSHAW-SINGLETON PROPERTIES
1011 EAST MAIN STREET, SUITE 206
RICHMOND VA 23219

CREDITOR ID: 2167-RJ
CRENSHAW-SINGLETON PROPERTIES
1011 EAST MAIN STREET, SUITE 206
RICHMOND, VA 23219

CREDITOR ID: 247192-12
CREOLE ACADIAN DELIGHT BAKERY
315 JACKSON STREET
LAFAYETTE, LA 70501

CREDITOR ID: 406193-99
CRESCENT CENTER ASSOCIATES
C/O STUTSMAN & THAMES PA
ATTN: NINA M LAFLEUR
121 W FORSYTH ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 399723-15
CRESCENT CENTER ASSOCIATES, LLC
ATTN DAVID KIRK
556-M ARBOR HILL ROAD
KERNERSVILLE NC 27284

CREDITOR ID: 247194-12
CRESCENT CONCEPTS
1990 TROYER AVENUE
MEMPHIS TN 38114

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 247195-12
CRESCENT ELEMENTARY
62575 BAYOU RD
PLAQUEMINE, LA 70764

CREDITOR ID: 247196-12
CRESCENT INVESTMENT CORP
C/O PIEDMONT LAND CO
556-M ARBOR HILL ROAD
KERNERSVILLE, NC 27284

CREDITOR ID: 315981-41
CRESCENT INVESTMENT CORP
C/O PIEDMONT LAND CO
ATTN: JOAN MUNDAY
556-M ARBOR HILL ROAD
KERNERSVILLE, NC 27284

CREDITOR ID: 1229-07
CRESCENT INVESTMENT CORP.
C/O PIEDMONT LAND CO.
556-M ARBOR HILL ROAD
KERNERSVILLE NC 27284

CREDITOR ID: 393388-55
CRESPO, DOMINGO
C/O: BASIL A VALDIVIA
MORGAN, COLLING & GILBERT
P O BOX 4979
ORLANDO FL 32802

CREDITOR ID: 1230-07
CREST HAVEN LLC
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD, SUITE 600
MIAMI, FL 33140-2764

CREDITOR ID: 404487-95
CREST STEP ON INC
3504 OAK FOREST
HOUSTON TX 77018

CREDITOR ID: 247198-12
CREST STEP ON INC
ATTN DAVID C DUPONT, PRES
PO BOX 920706
HOUSTON, TX 77292-0706

CREDITOR ID: 247199-12
CRESTVIEW MARKETPLACE LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 404488-95
CRESTVIEW MEDICAL CLINIC
129 REDSTONE AVE
CRESTVIEW FL 32539

CREDITOR ID: 247200-12
CRESTVIEW MEDICAL CLINIC
550 WEST REDSTONE AVENUE, SUITE 200
CRESTVIEW, FL 32536

CREDITOR ID: 247201-12
CRESWELL ELEMENTARY SCHOOL
1309 E LEO ST
OPELOUSAS, LA 70570

CREDITOR ID: 247202-12
CRETE CARRIER CORP
ATTN DEAN TROESTER, CFO
PO BOX 81228
LINCOLN, NE 68501-1228

CREDITOR ID: 381884-30
CREWS & GARCIA INC
C/O BIANCHI MACRON LLP
ATTN: GERALD DICONZA
390 OLD COUNTRY ROAD
GARDEN CITY NY 11530

CREDITOR ID: 247203-12
CREWS & GARCIA INC
PO BOX 11795
TAMPA, FL 33680-1795

CREDITOR ID: 397700-99
CREWS & GARCIA INC
C/O BIANCI MACRON LLP
ATTN: GERARD DICONZA, ESQ
390 OLD COUNTRY ROAD
GARDEN CITY NY 11530

CREDITOR ID: 245323-12
CREWS, CHRISTINE
103 ELOISE STREET
MACCLENNY FL 32063

CREDITOR ID: 386143-54
CREWS, LINDA
428 E. MADISON ST
STARKE, FL 32091

CREDITOR ID: 381913-99
CRIIMI MAE SERVICES LIMITED PRTN
C/O VENABLE LLP
ATTN: G CROSS/L TANCREDIT/H FOLEY
1800 MERCANTILE BANK & TRUST BLDG
TWO HOPKINS PLAZA
BALTIMORE MD 21201

CREDITOR ID: 403470-99
CRIIMI MAE SRVS LTD PARTNERSHIP
C/O STUTSMAN & THAMES PA
ATTN: NINA  LAFLEUR/RICHARD THAMES
121 W FORSYTH STREET, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 247205-12
CRIME PREVENTION SECURITY SYSTEM
4701 SW 34TH STREET
GAINSEVILLE FL 32608

CREDITOR ID: 243419-12
CRIMM, BETTY
105 CEDAR AVENUE
ID# 240848
EUPORA, MS 39744

CREDITOR ID: 247206-12
CRIMSON ELECTRIC INC
PO BOX 403
GREER, SC 29652-0403

CREDITOR ID: 247207-12
CRIMSON TIDE SPORTS MARKETING
505 HOBBS RD
JEFFERSON CITY, MO 65109-6829

CREDITOR ID: 386134-54
CRISMAN, DOROTHY
165 CASSIA AVENUE
PALM BAY, FL 32909

CREDITOR ID: 266776-31
CRISP COUNTY CORDELE INDUSTRIA
ATTN: ZACK WADE
202 S 7TH ST
CORDELE GA 31015-4214

CREDITOR ID: 247210-12
CRISP REGIONAL HOSPITAL
PO BOX 5007
CORDELE, GA 31010-5007

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247211-12<br>CRISPIN G SENADOR JR<br>130 WOODCREST DRIVE<br>APT 217<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 406534-MS<br>CRIST, CARL W.<br>148 WATERS EDGE DR. N.<br>PONTE VEDRA FL 32082 | CREDITOR ID: 406535-MS<br>CRITCHLOW, JOHN<br>12511 CLASSIC DR.<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 382886-51<br>CRITERION ADVANTAGE<br>7047 E. GREENWAY PARKWAY, SUITE 360<br>SCOTTSDALE, AZ 85254 | CREDITOR ID: 247213-12<br>CRITTENDEN PRESS<br>PO BOX 191<br>MARION KY 42064-0191 | CREDITOR ID: 247215-12<br>CRITTER CONTROL<br>4450 W SUNRISE BLVD #123C<br>PLANTATION, FL 33313 |
| CREDITOR ID: 247214-12<br>CRITTER CONTROL<br>24400 SW 123RD AVENUE<br>MIAMI, FL 33032 | CREDITOR ID: 247216-12<br>CRITTER CONTROL OF FT MYERS<br>19381 GWYNN ROAD<br>N FT MYERS FL 33917 | CREDITOR ID: 392805-55<br>CRITTON, WILLIE J<br>C/O: ROBERT C. POGACHNIK<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 388875-54<br>CRITTON, WILLIE J<br>10 WEST ADAMS STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 247217-12<br>CRITZAS INDUSTRIES<br>ATTN JOHN E CRITZAS, PRESIDENT<br>4041 PARK AVENUE<br>ST LOUIS, MO 63110 | CREDITOR ID: 404489-95<br>CRITZAS INDUSTRIES<br>PO BOX 500727<br>ST LOUIS MO 63150-0727 |
| CREDITOR ID: 385412-54<br>CROCKER, PAUL<br>9825 MAIN ST<br>ZACHARY, LA 70791 | CREDITOR ID: 390719-55<br>CROCKER, PAUL<br>C/O: ALLEN M. POSEY, JR.<br>R. LAYNE ROYER, LTD.<br>4920 JAMESTOWN AVE.<br>BATON ROUGE LA 70898 | CREDITOR ID: 407605-93<br>CROCKETT<br>C/O W.L. SALTER, JR.<br>407 RANDOLPH DRIVE<br>PO BOX P<br>VIDALIA GA 30475 |
| CREDITOR ID: 247218-12<br>CROCKETT BROTHERS TOWING SERVICE<br>301 VERNON STREET<br>LA GRANGE GA 30240 | CREDITOR ID: 385542-54<br>CROCKETT, JAMES<br>PO BOX 113<br>SOPERTON, GA 30457 | CREDITOR ID: 390840-55<br>CROCKETT, JAMES<br>C/O: WL SALTER, JR.<br>W.L. SALTER, JR ATTORNEY AT LAW<br>PO DRAWER P<br>VIDALIA GA 30475-1040 |
| CREDITOR ID: 406536-MS<br>CROFT, DENNIS<br>P.O. BOX 60604<br>JACKSONVILLE FL 32236 | CREDITOR ID: 247219-12<br>CROFTON & SONS<br>ATTN: RICK BERNALDO, CFO<br>PO BOX 698<br>BRANDON, FL 33509 | CREDITOR ID: 243420-12<br>CROMARTIE, BETTY<br>2830 HIGHWAY 701 NORTH<br>ELIZABETHTOWN NC 28337 |
| CREDITOR ID: 243953-12<br>CRONIN, BRIAN<br>40 PHILLIPS AVENUE<br>PONTE VEDRA FL 32082 | CREDITOR ID: 397970-76<br>CRONIN, JEREMIAH<br>7111 142AV LOT 3<br>LARGO, FL 33771 | CREDITOR ID: 388593-54<br>CRONIN, KEITH<br>3122 BALDWIN AVENUE<br>SARASOTA FL 34232 |
| CREDITOR ID: 392651-55<br>CRONIN, KEITH<br>C/O: BRIAN SUTTER<br>WILKINS, FROHLICH, JONES, HEVIA, RUSSELL<br>18501 MURDOCK CIRCLE, 6TH FLR<br>PORT CHARLOTTE FL 33948 | CREDITOR ID: 406537-MS<br>CRONIN, ROBERT V.<br>3721 FALLON OAKS DR.<br>JACKSONVILLE FL 32277 | CREDITOR ID: 387743-54<br>CROOKS, DAMION<br>3901 NW 37TH TERRACE<br>LAUDERDALE LAKES FL 33309 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394078-56<br>CROOKS, ROBERT L<br>C/O ROBERT T WILLIAMS, SR.<br>200 EAST MAIN STREET<br>LEXINGTON, SC 29072 | CREDITOR ID: 389867-54<br>CROOMS, MARILYN<br>954 JOSIAH STREET<br>ST AUGUSTINE, FL 32095 | CREDITOR ID: 393406-55<br>CROOMS, MARILYN<br>C/O: J. ALFRED STANLEY, JR.<br>MEYERS, MOONEY, MEYERS, STANLEY & COLVIN<br>1904 UNIVERSITY BLVD. W.<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 385875-54<br>CROSBY, ARLENE<br>5608 NW 16TH STREET<br>LAUDERHILL, FL 33313 | CREDITOR ID: 391124-55<br>CROSBY, ARLENE<br>C/O BADER & STILLMAN<br>ATTN ELLIOTT BADER, ESQ<br>6100 WEST ATLANTIC BLVD<br>MARGATE FL 33063 | CREDITOR ID: 242627-12<br>CROSBY, ASHLEY K<br>6202 COLUMBINE DRIVE<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 386896-54<br>CROSBY, DANA<br>440 CROSSPARK DR.<br>APT 1010<br>PEARL MS 39208 | CREDITOR ID: 386184-54<br>CROSBY, LUCILLE<br>2424 SW 42 AVE, APT #2<br>FORT LAUDERDALE, FL 33317 | CREDITOR ID: 391340-55<br>CROSBY, LUCILLE<br>C/O: BRIAN R. KOPELOWITZ<br>TAYLOR HODKIN KOPELOWITZ & OSTROW, P.A.<br>350 E. LAS OLAS BLVD.<br>SUITE 1440<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 403419-83<br>CROSBY, RONNIE L.<br>PETERS MURDAUGH PARKER ELTZROTH<br>& DETRICK LAW FIRM<br>PO BOX 457<br>HAMPTON SC 29924-0457 | CREDITOR ID: 388813-54<br>CROSBY-BROWN, STEPHANIE<br>6807 BROOKLAWN DR<br>LOUISVILLE, KY 40216 | CREDITOR ID: 385553-54<br>CROSCHERE, LINDA<br>3217 SHIMMY LANE<br>TALLAHASSEE, FL 32308 |
| CREDITOR ID: 390852-55<br>CROSCHERE, LINDA<br>C/O RANDY VINCENT PELHAM ESQ<br>PELHAM & ANDREWS<br>1982 CAPITAL CIRCLE NE<br>TALLAHASSEE, FL 32308 | CREDITOR ID: 247220-12<br>CROSS & SONS<br>CROSS PLUMBING<br>2112 BRITT ROAD<br>DOUGLASVILLE, GA 30135 | CREDITOR ID: 2169-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES, CA 90084-2315 |
| CREDITOR ID: 247221-12<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES, CA 90084-2315 | CREDITOR ID: 2170-07<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 247222-12<br>CROSS CREEK PLAZA<br>LOCK BOX 1972<br>COLUMBUS OH 43260 |
| CREDITOR ID: 247223-12<br>CROSS GATES UTILITIES<br>350 N MILITARY RD<br>SLIDELL, LA 70461 | CREDITOR ID: 247224-12<br>CROSS MEDIA SERVICES INC<br>DEPT CH 17210<br>PALATINE, IL 60055-7210 | CREDITOR ID: 247225-12<br>CROSS ROOFING INC<br>POST OFFICE BOX 4181<br>MERIDIAN MS 39304-4181 |
| CREDITOR ID: 244979-12<br>CROSS, CHANEL M<br>8730 SCOTTDALE DRIVE<br>NEW ORLEANS LA 70127 | CREDITOR ID: 264409-12<br>CROSS, WANDA W<br>PO BOX 771859<br>MEMPHIS, TN 38177-1859 | CREDITOR ID: 247226-12<br>CROSSCOM NATIONAL INC<br>1994 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 403564-15<br>CROSSCOM NATIONAL LLC<br>ATTN ELI ORFANOS, CONTROLLER<br>1001 ASBURY DRIVE<br>BUFFALO GROVE IL 60089 | CREDITOR ID: 243850-12<br>CROSSE, BRANDI<br>5046 CHET DRIVE<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 315771-40<br>CROSSING JOINT VENTURE<br>C/O ACROSS ASSET MNGMT INC.<br>5644 WESTHEIMER ROAD<br>SUITE 405<br>HOUSTON, TX 77056-4002 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247227-12<br>CROSSING OF ORLANDO LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 407681-15<br>CROSSINGS OF ORLANDO, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 | CREDITOR ID: 407681-15<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK OR<br>W DOUGLAS PITTS, PRESIDENT<br>703 WATERFORD WAY SUITE 800<br>MIAMI FL 33126 |
| CREDITOR ID: 387777-54<br>CROSSLEY, LINDA<br>133515 SW 43RD CIR<br>OCALA, FL 34473 | CREDITOR ID: 392119-55<br>CROSSLEY, LINDA<br>C/O: ANDREW POZZUTO, ESQ.<br>ALAVI, BIRD & POZZUTO, P.A.<br>20 S. MAGNOLIA AVE.<br>OCALA FL 34474 | CREDITOR ID: 382485-51<br>CROSSMEDIA SERVICES, INC<br>C/O RICH MAY, PC<br>ATTN BOB TEDESCO ESQ<br>176 FEDERAL STREET 6TH FLOOR<br>BOSTON MA 02110-2223 |
| CREDITOR ID: 382485-51<br>CROSSMEDIA SERVICES, INC<br>ATTN MARY VANKOEVERING, CFO<br>225 N MICHIGAN AVENUE, STE 1500<br>CHICAGO, IL 60601 | CREDITOR ID: 266777-14<br>CROSSNORE TOWN HALL<br>ATTN: EDWARD VANCE<br>1 FOUNTAIN CIR<br>CROSSNORE NC 28616 | CREDITOR ID: 406538-MS<br>CROSSON, DAVID<br>16 RIDGEWOOD DR.<br>GREENVILLE SC 29615 |
| CREDITOR ID: 247228-12<br>CROUCH SUPPLY CO INC<br>PO BOX 163829<br>FORT WORTH, TX 76161-3829 | CREDITOR ID: 404490-95<br>CROUCH WRECKER SERVICE<br>823 SALVADORE RD<br>KENNER LA 70062 | CREDITOR ID: 247229-12<br>CROUCH WRECKER SERVICE<br>5012 SOLDIER STREET<br>METAIRIE, LA 70001 |
| CREDITOR ID: 385297-54<br>CROUCH, HOWARD<br>223 NORTH CENTRAL AVENUE<br>TIFTON, GA 31793 | CREDITOR ID: 251868-12<br>CROUCH, HOWARD<br>5012 SOLIDER STREET<br>METERIE, LA 70001 | CREDITOR ID: 390605-55<br>CROUCH, HOWARD<br>C/O: JOHN C. SPURLIN<br>SPURLIN & SPURLIN<br>224 N. CENTRAL AVE<br>P.O. BOX 7566<br>TIFTON GA 31793 |
| CREDITOR ID: 392050-55<br>CROUCH, JOAN<br>C/O: BRUCE FEIFER<br>FARAH & FARAH<br>10 W ADAMS ST, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 387549-54<br>CROUCH, JOAN `<br>10075 GATE PARKWAY NORTH, APT 1409<br>JACKSONVILLE FL 32246 | CREDITOR ID: 246862-12<br>CROUSO, CONNIE<br>C/O HEATHER CROUSO<br>5416 E MICHIGAN STREET<br>APT 7<br>ORLANDO, FL 32812-7829 |
| CREDITOR ID: 247230-12<br>CROWDER FAMILY JOINT VENTURE<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 247230-12<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER, GP<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501 | CREDITOR ID: 389557-54<br>CROWDER, PERNELL (MINOR)<br>2761 SIXMA ROAD<br>DELTONA, FL 32738 |
| CREDITOR ID: 393229-55<br>CROWDER, PERNELL JR (MINOR)<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID SWEAT OR L GRACIA, ESQS<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 241972-12<br>CROWE, ALLEAN M<br>2183 PACIFIC DRIVE<br>CLARKSVILLE, IN 47129 | CREDITOR ID: 386262-54<br>CROWE, CHARLES<br>4640 KUMQUAT STREET<br>COCOA FL 32926 |
| CREDITOR ID: 391382-55<br>CROWE, CHARLES<br>C/O: GABE BLUMENTHAL<br>BLUMENTHAL, SCHWARTZ, GARFINKEL & MANTIA, P.A<br>300 NORTH MAITLAND AVE<br>MAITLAND FL 32751 | CREDITOR ID: 245097-12<br>CROWE, CHARLOTTE<br>6794 ALA HWY 40<br>VALLEY HEAD AL 35989 | CREDITOR ID: 259907-12<br>CROWE, ROGER<br>1316 HILLSIDE DRIVE<br>ELIZABETHTON, TN 37643 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247231-12<br>CROWLEY CITY COURT<br>CITY OF CROWLEY LA<br>PO DRAWER 225<br>CROWLEY LA 70527 | CREDITOR ID: 247232-12<br>CROWLEY FOODS INC<br>PO BOX 8500-52758<br>PHILADELPHIA, PA 19178-2758 | CREDITOR ID: 382002-36<br>CROWLEY FOODS, LLC<br>ATTN JAMES F JULIAN<br>95 COURT STREET<br>PO BOX 549<br>BINGHAMTON NY 13901 |
| CREDITOR ID: 247233-12<br>CROWLEY HIGH SCHOOL<br>263 HENSGONS RD<br>CROWLEY, LA 70526 | CREDITOR ID: 247234-12<br>CROWLEY LINER SERVICES<br>PO BOX 2684<br>CAROL STREAM, IL 60132-2684 | CREDITOR ID: 247235-12<br>CROWLEY MIDDLE SCHOOL<br>401 W NORTHERN AVE<br>CROWLEY, LA 70526 |
| CREDITOR ID: 247236-12<br>CROWLEY POST SIGNAL<br>ATTN DON ANDREPONT, CONTROLLER<br>PO BOX 1589<br>CROWLEY, LA 70527-1589 | CREDITOR ID: 247237-12<br>CROWLEY RECREATION DEPT<br>PO BOX 1524<br>CROWLEY LA 70527-1524 | CREDITOR ID: 247238-12<br>CROWLEYS PLUMBING INC<br>PO BOX 1031<br>403 FOURTH ST<br>HARTSVILLE, SC 29550 |
| CREDITOR ID: 247239-12<br>CROWN COMPUTERS<br>12245 N GRASSY LAKE ROAD<br>CLERMONT FL 34715 | CREDITOR ID: 247240-12<br>CROWN CORK & SEAL COMPANY INC<br>C/O MELON BANK<br>DEPT AT 40026<br>ATLANTA, GA 31192-0026 | CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>ATTN: GARY S SHEARER<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599 |
| CREDITOR ID: 382486-51<br>CROWN CORK & SEAL USA, INC.<br>1 CROWN WAY<br>PHILADELPHIA, PA 19154-4599 | CREDITOR ID: 247241-12<br>CROWN EQUIPMENT CORPORATION<br>40 SOUTH WASHINGTON<br>NEW BREMEN, OH 45869 | CREDITOR ID: 247242-12<br>CROWN EQUIPMENT CORPORATION<br>PO BOX 641173<br>CINCINNATI, OH 45264-1173 |
| CREDITOR ID: 382003-36<br>CROWN HOLDINGS, INC.<br>GARY S. SHEARER<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154 | CREDITOR ID: 247243-12<br>CROWN INC<br>PO BOX 1753<br>YONKER, NY 10704 | CREDITOR ID: 247244-12<br>CROWN LIQUORS BROWARD IN<br>910 NW 10TH PL<br>ATT RAY BROOKS<br>FORT LAUDERDALE, FL 33311-6132 |
| CREDITOR ID: 1235-07<br>CROWN LIQUORS BROWARD INC<br>ATTN RAY BROOKS<br>910 NW 10TH PLACE<br>FORT LAUDERDALE, FL 33311-6132 | CREDITOR ID: 247245-12<br>CROWN OF LIFE LADIES GUILD<br>11721 MORRISON<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 406093-97<br>CROWN PRINCE<br>ATTN: CHRIS BRUNO, CFO<br>18581 RAILROAD STREET<br>CITY OF INDUSTRY CA 91748 |
| CREDITOR ID: 247246-12<br>CROWN PRINCE<br>ATTN: CHRIS BRUNO, CFO<br>DEPT 0103<br>LOS ANGELES, CA 90084-0103 | CREDITOR ID: 247247-12<br>CROWN PROCESSING COMPANY<br>PO BOX ONE<br>BELLFLOWER CA 90707 | CREDITOR ID: 247248-12<br>CROWN ROOFING INC<br>160 STANLEY COURT, SUITE A<br>LAWRENCEVILLE, GA 30045 |
| CREDITOR ID: 247249-12<br>CROWNE PLAZA HOTELS RESORTS<br>851 CONGAREE<br>GREENVILLE SC 29607 | CREDITOR ID: 247250-12<br>CRS BUILDING AUTOMATION SYSTEMS<br>PO BOX 1970<br>LINCOLNTON NC 28093 | CREDITOR ID: 247251-12<br>CRS INC<br>PO BOX 2046<br>3810 MONROE ANSONVILLE RD<br>MONROE NC 28111 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 247252-12
CRT PROPERTIES INC
PO BOX 538266
ATLANTA, GA 30353-8266

CREDITOR ID: 386940-54
CRUDUP, JANUS
4470 MOONEY LANE
GRANT FL 32949

CREDITOR ID: 390639-55
CRUEL, JOYCE A
314 C JAMES STREET
PANAMA CITY FL 32404

CREDITOR ID: 385332-54
CRUEL, JOYCE A
7745 BETTY LOUISE DRIVE
PANAMA CITY, FL 32404

CREDITOR ID: 390639-55
CRUEL, JOYCE A
C/O PITTMAN & PERRY, PA
ATTN H LAWRENCE PERRY, ESQUIRE
PO BOX 710
PANAMA CITY FL 32402

CREDITOR ID: 403658-94
CRUMLEY, MICHAEL
603 N PECAN STREET
CORDELE GA 31015

CREDITOR ID: 406539-MS
CRUMLY, ANNE L.
108 BLUE PINE LANE
WETUMPKA AL 36092

CREDITOR ID: 406540-MS
CRUMLY, LEE
631 BLUE PINE LANE
WETUMPKA AL 36092

CREDITOR ID: 386521-54
CRUMMER, ARTHUR
1133 SE 3RD STREET
CRYSTAL RIVER FL 34429

CREDITOR ID: 391556-55
CRUMMER, ARTHUR
C/O: WILLIAM BAUMANN
MORGAN COLLIN & GILBERT
101 E. KENNEDY BLVD.
SUITE 1790
TAMPA FL 33602

CREDITOR ID: 247253-12
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER, AL 35501

CREDITOR ID: 2171-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER, AL 35501

CREDITOR ID: 386680-54
CRUMP, CECIL
7223 MARGARET DR
HAYES VA 23072

CREDITOR ID: 388495-54
CRUMP, TONJA
2394 CORAL SPRINGS DRIVE
CORAL SPRINGS, FL 33065

CREDITOR ID: 392577-55
CRUMP, TONJA
C/O ROSEN & CHALIK, PA
ATTN JASON CHALIK, ESQ
300 NORTHWEST 82ND AVE, SUITE 414
PLANTATION FL 33324

CREDITOR ID: 247254-12
CRUSADE FOR CHILDREN
520 WEST CHESTNUT STREET
LOUISVILLE KY 40201

CREDITOR ID: 247256-12
CRUTCHFIELD
ATTN ANNE FELDS
1 CRUTCHFIELD PARK
CHARLOTTESVILLE, VA 22911-9097

CREDITOR ID: 247257-12
CRUZ BAKERY
4330 EAST 10TH LANE
HIALEAH, FL 33013

CREDITOR ID: 400142-86
CRUZ, AIDA
737 CREEKWATER TERRACE
LAKE MARY FL 32746

CREDITOR ID: 387105-54
CRUZ, DAISY
320 NW 23RD PLACE
MIAMI FL 33125

CREDITOR ID: 389180-54
CRUZ, EMILINDA
C/O FERNANDEZ & DIAZ, PA
ATTN DARIO D DIAZ ESQ
109 S MOODY AVENUE
TAMPA FL 33609

CREDITOR ID: 389180-54
CRUZ, EMILINDA
423 SOUTH MAY DELL DRIVE
TAMPA, FL 33619

CREDITOR ID: 389052-54
CRUZ, MARIA
6850 S. GATE BLVD APT #105
TAMARAC, FL 33321

CREDITOR ID: 392950-55
CRUZ, MARIA
C/O: SCHILLER, KESSLER & GOMEZ, PLC
7501 W. OAKLAND BLVD 2ND FLR
FT LAUDERDALE FL 33319

CREDITOR ID: 397971-76
CRUZ, MILAGROS
14750 SW 111 ST.
MIAMI, FL 33196

CREDITOR ID: 387919-54
CRUZ, ORLANDO
819 BAYOU AVENUE
STUART, FL 34994

CREDITOR ID: 392203-55
CRUZ, ORLANDO
C/O LAW OFFICE OF DAVID C CHAFIN PA
PO BOX 7159
PORT ST. LUCIE FL 34985-7159

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388724-54<br>CRUZ, REINA<br>P.O BOX 1682<br>WIMAUMA FL 33598 | CREDITOR ID: 385279-54<br>CRUZ, ROSA<br>10355 SW 40TH STREET<br>OLYMPIA HEIGHTS, FL 33165 | CREDITOR ID: 388823-54<br>CRUZ, ROSA<br>5300 CAMMANDER DR. APT 208<br>ORLANDO, FL 32808 |
| CREDITOR ID: 392774-55<br>CRUZ, ROSA<br>C/O: FRANK VERDI<br>THE LAW OFFICES OF FRANK VERDI<br>12958 N. DALE MABRY HIGHWAY<br>TAMPA FL 33618 | CREDITOR ID: 390587-55<br>CRUZ, ROSA<br>C/O: JOSE M. FRANCISCO, ESQ.<br>LAW OFFICES OF JOSE M. FRANCISCO<br>5040 NW 7TH ST, STE 900<br>MIAMI FL 33126 | CREDITOR ID: 387796-54<br>CRUZ, VLADIMIRO C<br>3191 TERRACE COURT<br>APT #N<br>NORCROSS GA 30092 |
| CREDITOR ID: 247258-12<br>CRYOVAC CORPORATION<br>PO BOX 464<br>100 ROGERS BRIDGE RD<br>DUNCAN SC 29334-0464 | CREDITOR ID: 247259-12<br>CRYOVAC SEALED AIR<br>PO BOX 406450<br>ATLANTA GA 30384-6450 | CREDITOR ID: 278739-28<br>CRYOVAC, INC.<br>GENERAL COUNSEL<br>100 ROGERS BRIDGE ROAD<br>DUNCAN, SC 29334 |
| CREDITOR ID: 1237-07<br>CRYSTAL BEACH ACQUISTION LP<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK, NY 10018 | CREDITOR ID: 247261-12<br>CRYSTAL BEACH ACQUISTION LP<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK, NY 10018 | CREDITOR ID: 247263-12<br>CRYSTAL CLEAN<br>102 RAILROAD AVE N<br>CRYSTAL SPRINGS, MS 39059 |
| CREDITOR ID: 247264-12<br>CRYSTAL CLEAN<br>PO BOX 11244<br>HICKORY NC 28603 | CREDITOR ID: 247265-12<br>CRYSTAL CLEAN SWEEPING INC<br>215 E FORD STREET, SUITE B1<br>RIDGELAND, MS 39157 | CREDITOR ID: 266778-31<br>CRYSTAL CLEAR MONITORING SVC<br>ATTN: DEXTER HOWARD<br>706 SCOTTS STORE RD<br>MOUNT OLIVE NC 28365-5905 |
| CREDITOR ID: 247272-12<br>CRYSTAL JANITORIAL SER<br>808 MARTIN LUTHER KG DR<br>NEWTON MS 39345 | CREDITOR ID: 247276-12<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>2200 LUCIEN WAY SUITE 350<br>MAITLAND, FL 32751-7019 | CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC.<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 |
| CREDITOR ID: 247280-12<br>CRYSTAL PACE<br>PO BOX 1342<br>CLYDE NC 28721 | CREDITOR ID: 247285-12<br>CRYSTAL SPRINGS WATER COMPANY<br>6750 DISCOVERY BOULEVARD<br>MABLETON, GA 30126 | CREDITOR ID: 247283-12<br>CRYSTAL SPRINGS WATER COMPANY<br>PO BOX 530578<br>ATLANTA, GA 30353 |
| CREDITOR ID: 247284-12<br>CRYSTAL SPRINGS WATER COMPANY<br>CORPORATE ACCT<br>5331 NW 35TH TERRACE<br>FT LAUDERDALE, FL 33309-6328 | CREDITOR ID: 244310-12<br>CS STEEN SYRUP MILL INC, THE<br>ATTN CHARLEY S STEEN, GM<br>PO BOX 339<br>ABBEVILLE, LA 70511-0339 | CREDITOR ID: 247288-12<br>CSC<br>PO BOX 13397<br>PHILADELPHIA, PA 19101-3397 |
| CREDITOR ID: 315772-40<br>CSFB 2000 FL1 CROWLEY LIMITED<br>BILL OHSLEN REAL ESTATE AST MG<br>LENNAR PARTNERS INC<br>MIAMI  BEACH, FL 33139 | CREDITOR ID: 2897-04<br>CSI<br>PO BOX 9001835<br>LOUISVILLE KY 40290 | CREDITOR ID: 247289-12<br>CSI SEARCH GROUP INC<br>PO BOX 931974<br>CLEVELAND, OH 44193 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 247290-12<br>CSI WASTE SERVICES<br>PO BOX 9001835<br>LOUISVILLE KY 40290-1835 | CREDITOR ID: 247291-12<br>CSL CAR WASH SYSTEMS<br>324 ALMEDIA ROAD<br>ST ROSE, LA 70087 | CREDITOR ID: 247292-12<br>CST ENTERPRISES LLC<br>661 QUEQUECHAN STREET<br>FALL RIVER, MA 02721 |
| CREDITOR ID: 406215-G4<br>CSX<br>500 WATER STREET, J180<br>JACKSONVILLE FL 32202 | CREDITOR ID: 395577-15<br>CSX CORPORATION<br>ATTN RUTH C SALTER<br>500 WATER STREET, 8TH FL J220<br>JACKSONVILLE FL 32202 | CREDITOR ID: 266779-31<br>CSX REALTY DEVELOPMENT<br>ATTN: JOHN H MCCLESKEY<br>540 A GRAND PRICE AMRCA<br>SAVANNAH GA 31412 |
| CREDITOR ID: 247295-12<br>CSX TRANSPORTATION<br>PO BOX 116651<br>ATLANTA GA 30368-6651 | CREDITOR ID: 247293-12<br>CSX TRANSPORTATION<br>CSX 1 BUILDING  1ST FLOOR<br>6737 SOUTHPOINT DR S<br>JACKSONVILLE FL 32216 | CREDITOR ID: 315773-40<br>CSX TRANSPORTATION<br>PO BOX 40545<br>JACKSONVILLE, FL 32203-0545 |
| CREDITOR ID: 406196-99<br>CSX TRANSPORTATION INC<br>C/O MCGUIREWOODS LLP<br>ATTN: JOHN H MADDOCK III<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219-4030 | CREDITOR ID: 406196-99<br>CSX TRANSPORTATION INC<br>C/O MCGUIRE WOODS LLP<br>ATTN: CHARLES L GIBBS II<br>BANK OF AMERICA TOWER<br>50 NORTH LAURA ST, STE 3300<br>JACKSONVILLE FL 32202-3661 | CREDITOR ID: 247297-12<br>CSXT NA 015652<br>PO BOX 532652<br>ATLANTA, GA 30353-2652 |
| CREDITOR ID: 404492-95<br>CSXT NA 015652<br>PO BOX 100235<br>ATLANTA GA 30384-0235 | CREDITOR ID: 247298-12<br>CSXT NA 073299<br>PO BOX 532652<br>ATLANTA, GA 30353-2652 | CREDITOR ID: 247300-12<br>CT COMMUNICATIONS INC<br>PO BOX 70526<br>CHARLOTTE, NC 28272-0526 |
| CREDITOR ID: 247301-12<br>CT CORPORATION SYSTEM<br>PO BOX 4349<br>CAROL STREAM IL 60197-4349 | CREDITOR ID: 374471-44<br>CT DRIVER<br>5973 RALSTON WAY<br>MONTGOMERY, AL 36116 | CREDITOR ID: 381019-47<br>CT DRIVER<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 247303-12<br>CT INNOVATIONS<br>11001 BLUEGRASS PARKWAY, STE 300<br>LOUISVILLE KY 40299 | CREDITOR ID: 247304-12<br>CT INNOVATIONS LLC<br>ATTN MARILYN FREIERMUTH, AR MGR<br>635 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 | CREDITOR ID: 404493-95<br>CT INNOVATIONS LLC<br>186 E KIRKHAM AVE<br>ST LOUIS MO 63119 |
| CREDITOR ID: 247305-12<br>CT JANET ELEMENTARY SCHOOL<br>2500 BENT TREE LANE<br>MARRERO, LA 70072 | CREDITOR ID: 247306-12<br>CTC ANALYTICAL SERVICES<br>PO BOX 711266<br>CINCINNATI, OH 45271-1266 | CREDITOR ID: 266780-31<br>CTL & ASSOC INC<br>ATTN: CRAIG LEDWELL<br>3717 STEEPLEGATE DR<br>TRINITY NC 27370-7832 |
| CREDITOR ID: 266781-31<br>CTL ASSOCIATES INC<br>ATTN: FLOYD PENNINGTON<br>207 GLEN ABBEY CT<br>MCDONOUGH GA 30253-4235 | CREDITOR ID: 265534-31<br>CTL DISTRIBUTION INC<br>ATTN: ROGER MCLELLAND<br>3825 HIGHWAY 30<br>SAINT GABRIEL LA 70776-4603 | CREDITOR ID: 265535-31<br>CTL ENGINEERING INC<br>ATTN: DON DEWEY<br>1500 E CLUB BLVD<br>DURHAM NC 27704-3444 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266783-31<br>CTL ENTERPRISES INC<br>ATTN: MANDA LAWSON<br>HIGHWAY 58 MAIN ST<br>ROSE HILL VA 24281 | CREDITOR ID: 266782-31<br>CTL ENTERPRISES INC<br>ATTN: CHARLES T LANDRY<br>53555 STONE ST<br>WHITE CASTLE LA 70788-4909 | CREDITOR ID: 266784-31<br>CTL ENTERPRISES LLC<br>ATTN: CLARENCE L LAMBERT<br>145 E ACADEMY ST<br>CANTON MS 39046-4546 |
| CREDITOR ID: 266785-31<br>CTL PRODUCTIONS INC<br>ATTN: MARIANA NIGH<br>1090 WINDERMERE WAY<br>VERO BEACH FL 32963-2389 | CREDITOR ID: 266786-31<br>CTL PUBLISHING<br>ATTN: LAUREN SMITH<br>6405 PADDINGTON CT<br>CENTREVILLE VA 20121-5918 | CREDITOR ID: 266787-31<br>CTL SYSTEMS INC<br>ATTN: CHARLES LONG<br>7112 FERNCLIFF RD<br>LIBERTY NC 27298-9318 |
| CREDITOR ID: 247308-12<br>CUBA NOSTALGIA INC<br>3361 SW 3RD AVENUE<br>SUITE 102<br>MIAMI FL 33145 | CREDITOR ID: 387947-54<br>CUBAS, MARITZA<br>9237 SW 4TH TERR<br>MIAMI, FL 33174 | CREDITOR ID: 392230-55<br>CUBAS, MARITZA<br>C/O: HARVEY D. FRIEDMAN<br>FRIEDMAN, RODMAN & FRANK, P.A.<br>3636 W. FLAGLER ST<br>MIAMI FL 33135 |
| CREDITOR ID: 269241-16<br>CUBELL, ELLIOTT S<br>105 FLORA MCDONALD LANE<br>CARY, NC 27511 | CREDITOR ID: 389577-54<br>CUBELLI, KAREN<br>4502 CEDAR SPRINGS RD<br>COLUMBIA, SC 29206 | CREDITOR ID: 374473-44<br>CUCUEL, CARLY, L<br>289 SW HAWK LANE<br>FT WHITE, FL 32038 |
| CREDITOR ID: 247309-12<br>CUDDLETOWN FRIENDS<br>12676 BURT ROAD<br>DETROIT, MI 48223 | CREDITOR ID: 390417-54<br>CUDJO WALKER, BETSY<br>2209 SE 15TH AVENUE<br>GAINESVILLE, FL 32641 | CREDITOR ID: 391781-55<br>CUDJO WALKER, BETSY<br>C/O: BRIAN HOGAN ESQ<br>LAW OFFICES OF BRIAN HOGAN, P.A.<br>3183 S. CONWAY RD<br>ORLANDO FL 32812 |
| CREDITOR ID: 247310-12<br>CUELLARS SAFE & LOCK CO INC<br>7 N ROSALIND AVE<br>ORLANDO, FL 32801 | CREDITOR ID: 381150-47<br>CUENCA, ESTATE OF ORBAEL R<br>1402 WEST DUVAL STREET<br>LANTANA, FL 33462 | CREDITOR ID: 390391-54<br>CUERVO, PEDRO CISNEROS<br>5950 SW 74 STREET, APT 407<br>MIAMI, FL 33143 |
| CREDITOR ID: 390391-54<br>CUERVO, PEDRO CISNEROS<br>C/O CHAVEZ & DE LEON, PA<br>ATTN JOHN DE LEON, ESQ<br>5975 SUNSET DRIVE, SUITE 605<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 387620-54<br>CUESTA, PETRA T<br>11401 NW 4 TERRA<br>MIAMI FL 33172 | CREDITOR ID: 392093-55<br>CUESTA, PETRA T<br>C/O: FRIEDMAN, RODMAN & FRANK, PA<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 |
| CREDITOR ID: 247311-12<br>CUETARA AMERICA CO<br>DBA CENTRAL FOODS AND PASTRIES<br>15907 NW 52ND AVENUE<br>MIAMI LAKES, FL 33014-6201 | CREDITOR ID: 247312-12<br>CUHACI & PETERSON ARCHITECTS<br>INC<br>1220 ALDEN RD<br>ORLANDO FL 32803-2546 | CREDITOR ID: 247314-12<br>CULINARY SERVICES<br>1380 BUSINESS CENTER DRIVE<br>CONYERS GA 30094 |
| CREDITOR ID: 241017-11<br>CULLAMAN COUNTY<br>ACCOUNT NO.: 9500C00872<br>402 ARNOLD STREET, SUITE 103<br>PO BOX 1206<br>CULLMAN, AL 35056-1206 | CREDITOR ID: 247315-12<br>CULLIGAN WATER TREATMENT<br>705 S. RIDGE AVE<br>TIFTON, GA 31794 | CREDITOR ID: 266788-31<br>CULLMAN CNTY PARKS RECREATION<br>ATTN: ROBBIE CAMP<br>305 4TH AVE NE<br>CULLMAN AL 35055-1906 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 247317-12
CULLMAN COUNTY REVENUE COMMISSIONER
PO BOX 2220
PROPERTY TAX
CULLMAN AL 35056-2220

CREDITOR ID: 247318-12
CULLMAN COUNTY SALES USE TAX RETURN
PO BOX 1206
402 ARNOLD ST SUITE 103
CULLMAN, AL 35056-1206

CREDITOR ID: 253-03
CULLMAN JEFFERSON GAS
PO BOX 399
CULLMAN AL 35056-0399

CREDITOR ID: 254-03
CULLMAN POWER
PO BOX 927
CULLMAN AL 35055-0927

CREDITOR ID: 247321-12
CULLMAN POWER BOARD
PO BOX 1680
CULLMAN, AL 35056-1680

CREDITOR ID: 247322-12
CULLMAN PRIMARY CARE
503 CLARK ST NE
CULLMAN, AL 35055

CREDITOR ID: 247323-12
CULLMAN TIMES
ATTN BRENDA SCOTT, BUSINESS MGR
300 4TH AVE SE
CULLMAN, AL 35055

CREDITOR ID: 386752-54
CULPEPPER, STEPHEN
300 ANGELA ST
PRATTVILLE AL 36067

CREDITOR ID: 403659-94
CULPEPPER, WILLIAM R
10340 HAMLET GLEN DRIVE
JACKSONVILLE FL 32221

CREDITOR ID: 247324-12
CULTURAL CENTER OF PONTE VEDRA BCH
30 EXECUTIVE WAY
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 266789-31
CULTURAL RSOURCES ECONOMIC DEV
ATTN: ROBERT J BURGERON
8026 MAIN ST FL 7
HOUMA LA 70360-3407

CREDITOR ID: 266790-31
CULTURE RCRTION TURISM LA DEPT
ATTN: PAM BREEUX
1051 N 3RD ST FL 3
BATON ROUGE LA 70802-5239

CREDITOR ID: 266791-31
CULTURED ENVIRONMENTS
ATTN: GERALD LAYDE
5107 HILL FARM DR NE
WOODSTOCK GA 30188-4031

CREDITOR ID: 404495-95
CUMA DISTRIBUTORS INC
8442 NW 72ND ST
MIAMI FL 33166

CREDITOR ID: 247325-12
CUMA DISTRIBUTORS INC
ATTN FERNANDO MARTINEZ, PRES
8575 NW 79 AVE, UNIT A
MIAMI, FL 33166

CREDITOR ID: 266792-31
CUMBERLAND CNTY SOLID WASTE
ATTN: CHARLES WITTING
771 WILKES RD
FAYETTEVILLE NC 28306-3041

CREDITOR ID: 247326-12
CUMBERLAND COUNTY
OFFICE OF TAX COLLECTOR
PO DRAWER 449
FAYETTEVILLE, NC 28302-0449

CREDITOR ID: 266793-31
CUMBERLAND COUNTY GOVERNMENT
ATTN: NATHAN BROCK
2 N MAIN ST STE 201
CROSSVILLE TN 38555-4583

CREDITOR ID: 247328-12
CUMBERLAND GAS & ICE INC
PO BOX 466
KINGLAND GA 31548

CREDITOR ID: 247330-12
CUMBERLAND PACKING CORP
ATTN JOE KHARGI OR PETER MARSHALL
2 CUMBERLAND STREET
BROOKLYN, NY 11205

CREDITOR ID: 247329-12
CUMBERLAND PACKING CORP
FOOD INGREDIENTS DIVISION
2 CUMBERLAND ST
BROOKLYN, NY 11205-1040

CREDITOR ID: 404496-95
CUMBERLAND SWAN
ATN BARBARA NASH CREDIT ANALYST
ONE SWAN DRIVE
SMYRNA TN 37167

CREDITOR ID: 247331-12
CUMBERLAND SWAN
DEPT 78141
PO BOX 78000
DETROIT, MI 48278-0141

CREDITOR ID: 382004-36
CUMBERLAND SWAN HOLDINGS, INC
WILLIAM LOWE
ONE SWAN DRIVE
SMYRNA TN 37167

CREDITOR ID: 266794-31
CUMBERLAND UTILITY DISTRICT
ATTN: DR JACKIE JACKSON
3201 HARRIMAN HWY
HARRIMAN TN 37748-4418

CREDITOR ID: 387824-54
CUMBERLAND, RICHARD
1080 CLEVELAND STREET
MELBOURNE FL 32935

CREDITOR ID: 392143-55
CUMBERLAND, RICHARD
C/O: DENNIS SMEJKAL
PARRISJ AND SMEJKAL
807 WEST MORSE BLVD
WINTER PARK FL 32789

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400143-86<br>CUMBY, RICHARD<br>5050 CAMILLE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 398158-77<br>CUMBY, ROBERT G<br>ATTN: JOHN T. MCKNIGHT<br>4501 E. NEW JESSUP HWY.<br>BRUNSWICK, GA 31520 | CREDITOR ID: 397972-76<br>CUMBY, ROBERT G<br>208 PINE ST.<br>ST.  SIMONS, GA 31522 |
| CREDITOR ID: 394273-56<br>CUMINALE, DALE<br>7678 ROCK PORT CIR<br>LAKE WORTH FL 33467 | CREDITOR ID: 384077-47<br>CUMMINGS STRIPING & SWEEPING<br>ATTN LARRY CUMMINGS<br>11239 GENERAL OTT ROAD<br>HAMMOND, LA 70403 | CREDITOR ID: 247332-12<br>CUMMINGS STRIPING & SWEEPING<br>ATTN LARRY CUMMINGS, OWNER<br>11239 GENERAL OTT ROAD<br>HAMMOND, LA 70403 |
| CREDITOR ID: 400425-85<br>CUMMINGS, BERNISHA<br>C/O JOHN MALKOWSKI<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 394252-56<br>CUMMINGS, BERNISHA<br>206 NICDICA<br>TAMPA, FL 33603 | CREDITOR ID: 385211-54<br>CUMMINGS, CATHY<br>1554 LAKESIDE DRIVE<br>JACKSON, MS 39225-3981 |
| CREDITOR ID: 390519-55<br>CUMMINGS, CATHY<br>C/O: VICKI SLATER, ESQ.<br>VICKI SLATER, ATTORNEY AT LAW<br>PO BOX 23981<br>JACKSON MS 39225 | CREDITOR ID: 374476-44<br>CUMMINGS, CONNIE, L<br>8049 DELTA DR<br>MILTON, FL 32583 | CREDITOR ID: 386089-54<br>CUMMINGS, KATHENE<br>9635 WHITESVILLE ROAD<br>FORTSON, GA 31808 |
| CREDITOR ID: 269613-19<br>CUMMINGS, KATINO<br>C/O MARIE MATTOX, PA<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 269436-18<br>CUMMINGS, KATINO<br>PO BOX 751<br>GREENVILLE FL 32331 | CREDITOR ID: 398018-76<br>CUMMINGS, KATINO<br>CUMMINGS (CRUMITY)<br>PO BOX 751<br>GREENVILLE, FL 32331 |
| CREDITOR ID: 388978-54<br>CUMMINGS, MARY<br>2407 BAYOU RD<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 392881-55<br>CUMMINGS, MARY<br>C/O: MELVIN CADE, ATTY<br>MELVIN N. CADE, ATTORNEY AT LAW<br>1739 ST BERNARD AVE<br>NEW ORLEANS LA 70116 | CREDITOR ID: 256255-12<br>CUMMINGS, MICHAEL R<br>8612 GLENDEVON COURT<br>RIVERDALE, GA 30274 |
| CREDITOR ID: 405973-15<br>CUMMINGS, MICHAEL RYAN<br>C/O SAVE-RITE GROCERIES<br>6335 HIGHWAY 85<br>RIVERDALE GA 30274 | CREDITOR ID: 247333-12<br>CUMMINS ALLISON CORP<br>PO BOX 339<br>MT PROSPECT IL 60056 | CREDITOR ID: 247334-12<br>CUMMINS ATLANTIC INC<br>PO BOX 65991<br>CHARLOTTE, NC 28265-0991 |
| CREDITOR ID: 247335-12<br>CUMMINS BRIDGEWAY LLC<br>PO BOX 67000<br>DEPARTMENT # 226801<br>DETROIT MI 48267-2268 | CREDITOR ID: 247337-12<br>CUMMINS MID-SOUTH<br>PO BOX 1000<br>DEPT 419<br>MEMPHIS, TN 38148-0419 | CREDITOR ID: 247338-12<br>CUMMINS SOUTH INC<br>ATTN JEANINE GILES, CR MGR<br>PO BOX 116595<br>ATLANTA, GA 30368-6595 |
| CREDITOR ID: 395638-65<br>CUMMINS SOUTH INC.<br>5125 HIGHWAY 85<br>ATLANTA, GA 30349 | CREDITOR ID: 404497-95<br>CUMMINS SOUTHEASTERN POWER INC<br>5912 E HILLSBOROUGH AVE<br>TAMPA FL 33610 | CREDITOR ID: 247339-12<br>CUMMINS SOUTHEASTERN POWER INC<br>ATTN BILLIE DON FLYNN, CREDIT MGR<br>PO BOX 11737<br>TAMPA, FL 33680 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 247340-12
CUMULUS BROADCASTING ALBANY
PO BOX 643096
CINCINNATI, OH 45264-3096

CREDITOR ID: 390482-54
CUNE, VIRGINIA MC
11130 VILLAS ON THE GREEN
RIVERVIEW, FL 33569

CREDITOR ID: 247341-12
CUNNINGHAM WHOLESALE
ATTN: RANDY L
PO BOX 32651
CHARLOTTE, NC 28232

CREDITOR ID: 403511-15
CUNNINGHAM, CAROL
C/O HARRIS & HELWIG, PA
ATTN ADRIA LYNN SYLVA, ESQ
6700 S FLORIDA AVENUE, SUITE 31
LAKELAND FL 33813

CREDITOR ID: 397761-73
CUNNINGHAM, CAROL B
1020 PARTRIDGE CIRCLE, APT 101
NAPLES, FL 34104

CREDITOR ID: 391795-55
CUNNINGHAM, SANDRA A
C/O: ROBERT RUBENSTEIN, ESQ.
LAW OFFICE OF ROBERT RUBENSTEIN, PA
9350 SOUTH DIXIE HWY. # 1110
MIAMI FL 33156

CREDITOR ID: 390418-54
CUNNINGHAM, SANDRA A
13815 NW 23RD AVE
OPA LOCKA, FL 33054

CREDITOR ID: 393066-55
CUPP, BENITA
C/O: ARTHUR BEAL
ARTHUR C. BEAL, JR.
1695 METROPOLITAN CIRCLE
SUITE 5
TALLAHASSEE FL 32308

CREDITOR ID: 247342-12
CURE STAFF
5757 ALPHA ROAD
SUITE # 603
DALLAS TX 75240

CREDITOR ID: 399486-82
CURELLA, BERNARD
3950 EAST DOUBLE J ACRES
ALVA FL 33920

CREDITOR ID: 247343-12
CURLEY SAMPSON
10542 JEFFERSON HWY APT 12
RIVER RIDGE LA 70123

CREDITOR ID: 247344-12
CURLIN INC
ATTN ROBERT J GESEMYER, PRES
6001 E COLUMBUS DRIVE
TAMPA, FL 33619

CREDITOR ID: 406541-MS
CURRENCE, ROBERT B.
212 SAVORY CR.
WILMINGTON NC 28403

CREDITOR ID: 373972-44
CURRINGTON, BRENDA
NOL DIV STORE# 1349
206 DEER TRACK DR
HAMILTON, AL 35570

CREDITOR ID: 247345-12
CURRY FORD LP
C/O HOLD THYSSEN INC
147 WEST LYMAN AVENUE # 100
ATTN MONROE BOOTH
WINTER PARK, FL 32789-4367

CREDITOR ID: 1239-07
CURRY FORD LP
C/O HOLD THYSSEN INC.
147 W LYMAN AVENUE, SUITE 100
WINTER PARK, FL 32789-4367

CREDITOR ID: 242920-12
CURRY, B W., III
PO BOX 51
HATTIESBURG, MS 39403

CREDITOR ID: 247833-12
CURRY, DEBORAH
3098 MARSHWINDS WAY
JACKSONVILLE, FL 32226

CREDITOR ID: 387614-54
CURRY, MURWIN L
8944 DEVONSHIRE BLVD.
JACKSONVILLE FL 32208

CREDITOR ID: 392090-55
CURRY, MURWIN L
C/O: TERRY BYRD
TERRY BYRD
4069 ATLANTIC BLVD.
JACKSONVILLE, FL 32207

CREDITOR ID: 262290-12
CURRY, SUSAN
1300 NORTHRIDGE DRIVE
LONGWOOD, FL 32750

CREDITOR ID: 388431-54
CURRY, VERESIA
910 ORWELL AVE
ORLANDO, FL 32809

CREDITOR ID: 392528-55
CURRY, VERESIA
C/O: CLEMENT HYLAND
MORGAN COLLING & GILBERT
POST OFFICE BOX 4979
20 N ORANGE AVE
ORLANDO FL 32802-4979

CREDITOR ID: 403446-93
CURRY, VERNESIA
C/O SANDRA FOX
MORGAN & MORGAN
20 N ORANGE AVENUE, 16TH FLOOR
ORLANDO FL 32802

CREDITOR ID: 406542-MS
CURTIN, GENE L.
9999 VINEYARD LAKE DR.
JACKSONVILLE FL 32256

CREDITOR ID: 404498-95
CURTIS COMPANY
P O BOX 210215
MONTGOMERY AL 36121

CREDITOR ID: 247346-12
CURTIS COMPANY
ATTN: LARRY A HUFFSTETTER
PO BOX 210215
886 PLANTATION WAY
MONTGOMERY, AL 36121-0215

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247347-12<br>CURTIS CONSTRUCTION COMPANY<br>PO BOX 991<br>KINSTON, NC 28502-0991 | CREDITOR ID: 247348-12<br>CURTIS DYNA FOG<br>PO BOX 297<br>17335 US 31 NORTH<br>WESTFIELD, IN 46074 | CREDITOR ID: 247349-12<br>CURTIS ENVIRONMENTAL SERVICES<br>ATTN: GINGER CURTIS<br>PO BOX 485<br>185 BELLE TERRE BLVD, SUITE D<br>LAPLACE, LA 70068 |
| CREDITOR ID: 247350-12<br>CURTIS FOUNTAIN JR<br>PO BOX 16275<br>PENSACOLA FL 32507 | CREDITOR ID: 247353-12<br>CURTIS J JOHNSON<br>12918 LAKE VENTANA DRIVE<br>TAMPA FL 33625 | CREDITOR ID: 247355-12<br>CURTIS PACKING CO<br>ATTN PAUL D HALE JR, CONTROLLER<br>PO BOX 1470<br>GREENSBORO, NC 27402-1470 |
| CREDITOR ID: 247356-12<br>CURTIS R HALL<br>105 RAY STREET<br>COOSADA AL 36020 | CREDITOR ID: 266795-31<br>CURTIS RAULAND CORPORATION<br>ATTN: RICHARD M FISCHER<br>176 SARASOTA CENTER BLVD<br>SARASOTA FL 34240-9257 | CREDITOR ID: 399792-84<br>CURTIS, KASIE (MINOR)<br>28 E.WILDBRIAR RD.<br>SANTA ROSA BEACH FL 32459 |
| CREDITOR ID: 400355-85<br>CURTIS, ROGER<br>C/O STUART E. GOLDENBERG, ESQ.<br>LICHTBLAU & GOLDENBERG, P.A.<br>631 U.S. HIGHWAY ONE<br>SUITE 306<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 247357-12<br>CURWOOD INC<br>22657 NETWORK PLACE<br>CHICAGO IL 60673-1226 | CREDITOR ID: 2172-07<br>CUSHMAN AND WAKEFIELD OF FLORIDA<br>800 N. MAGNOLIA, SUITE 450<br>ORLANDO FL 32803 |
| CREDITOR ID: 248597-12<br>CUSHMAN, DWAYNE<br>187 SE FALLON DRIVE<br>PORT SAINT LUCIE, FL 34984 | CREDITOR ID: 394012-61<br>CUSTARD INSURANCE ADJUSTERS, INC.<br>ATTN TAMMY R DEIBEL, COLLECTION MGR<br>PO BOX 921329<br>NORCROSS, GA 30010 | CREDITOR ID: 385388-54<br>CUSTER, GLENNIE-BONDEL<br>1127 WILSON NECK<br>YULEE, FL 32097 |
| CREDITOR ID: 390696-55<br>CUSTER, GLENNIE-BONDEL<br>C/O: GARY BAKER<br>GARY BAKER, ESQ.<br>P. O. BOX 1177<br>CALLAHAN FL 32011 | CREDITOR ID: 247358-12<br>CUSTOM CARTS<br>2007 51ST STREET<br>SARASOTA FL 34234 | CREDITOR ID: 393682-58<br>CUSTOM CLEANERS #1350-3<br>51 SPILLWAY ROAD<br>BRANDON, MS 39042 |
| CREDITOR ID: 247359-12<br>CUSTOM CLUTCH CO<br>3030 SW 4TH AVE<br>FORT LAUDERDALE FL 33315-3015 | CREDITOR ID: 247360-12<br>CUSTOM COMPANIES<br>ATTN TIM DRENNOR<br>PO BOX 94338<br>CHICAGO, IL 60678-4338 | CREDITOR ID: 247361-12<br>CUSTOM CONTROLS & PUMPS INC<br>P O DRAWER 490<br>SILVER SPRINGS FL 34489-0490 |
| CREDITOR ID: 247362-12<br>CUSTOM CRANE INC<br>7110A HWY 96N<br>SELMA NC 27576 | CREDITOR ID: 247363-12<br>CUSTOM DELIS EQUIPMENT CO INC<br>153 N RIVERSIDE DR<br>FORT WORTH, TX 76111-3911 | CREDITOR ID: 374482-44<br>CUSTOM DISPOSAL SERVICE<br>PO BOX 1088<br>ARDMORE OK 73402 |
| CREDITOR ID: 381353-47<br>CUSTOM DRIVE LINE & TRUCK REPAIR INC<br>2647 MORELAND AVE SE<br>ATLANTA, GA 30315 | CREDITOR ID: 374484-44<br>CUSTOM HEALTH CARE INC<br>PO BOX 827035<br>PHILADELPHIA, PA 19182-7035 | CREDITOR ID: 247365-12<br>CUSTOM HEALTH CARE INC<br>PO BOX 2127<br>BINGHAMTON, NY 13902-2127 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ¸Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384078-47<br>CUSTOM HEALTH CARE INC<br>ATTN TEENA M UTTER<br>2000 LENOX DRIVE, SUITE 202<br>LAWRENCEVILLE NJ 08648 | CREDITOR ID: 247366-12<br>CUSTOM METAL DESIGNS<br>PO BOX 783037<br>WINTER GARDEN, FL 34778-3037 | CREDITOR ID: 247367-12<br>CUSTOM OVERHEAD DOORS<br>PO BOX 18632<br>RALEIGH NC 27619 |
| CREDITOR ID: 247368-12<br>CUSTOM PUMP & CONTROLS INC<br>1840 RIVER OAKS ROAD<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 247369-12<br>CUSTOM SERVICES OF CENTRAL FL INC<br>ATTN PAMELA N. & WAYNE A. MARION<br>PO BOX 652<br>AUBURNDALE, FL 33823-0652 | CREDITOR ID: 247371-12<br>CUSTOM SIGN CO<br>PO BOX 970<br>BATESVILLE, MS 38606 |
| CREDITOR ID: 406216-G4<br>CUSTOM STAFFING<br>9995 GATE PARKWAY NORTH, SUITE 100<br>JACKSONVILLE FL 32246 | CREDITOR ID: 247372-12<br>CUSTOM STAFFING INC<br>OPERATION CENTER<br>PO BOX 60839<br>CHARLOTTE, NC 28260-0839 | CREDITOR ID: 247373-12<br>CUSTOM SUPPLIERS INC<br>PO BOX 570<br>LIVE OAK FL 32064-0570 |
| CREDITOR ID: 247374-12<br>CUSTOM TRANSPORTATION SERVICES INC<br>PO BOX 360566<br>BIRMINGHAM AL 35236 | CREDITOR ID: 247375-12<br>CUSTOM WIRE PRODUCTS<br>2060 51ST STREET<br>SARASOTA FL 34234 | CREDITOR ID: 247376-12<br>CUSTOMER DIRECT TRANSPORTATION LLC<br>PO BOX 993<br>MONTICELLO FL 32345 |
| CREDITOR ID: 395451-64<br>CUSTOMER MOTIVATORS<br>ATTN ACCOUNTS RECEIVABLE<br>6778 LANTANA ROAD, SUITE 3<br>LAKE WORTH, FL 33467 | CREDITOR ID: 266796-14<br>CUSTOMER SERVICE<br>ATTN: CJACK ELLIS<br>700 POPLAR ST<br>MACON GA 31201-2033 | CREDITOR ID: 399675-YY<br>CUSTOMIZED PROMOTIONAL RESOURCES INC<br>13794 N W 4TH STREET<br>SUITE 201<br>SUNRISE FL 33325 |
| CREDITOR ID: 266813-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: HUMBERTO YANES<br>8115 NW 33RD ST<br>MIAMI FL 33122-1005 | CREDITOR ID: 266798-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: ALISA SULLIVAN<br>820 CRAWFORD ST RM 200<br>VICKSBURG MS 39180-3226 | CREDITOR ID: 266804-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: CHARLES WOODY<br>2400 TERMINAL BLVD<br>RALEIGH NC 27623 |
| CREDITOR ID: 266802-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: CARL BROWN<br>5400 BEAR RD STE 100<br>ORLANDO FL 32827-4332 | CREDITOR ID: 266809-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: EVERETT MILLER<br>200 E BAY ST<br>CHARLESTON SC 29401-2611 | CREDITOR ID: 266841-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: RICHARD BRYANT<br>535 DELMAS AVE STE 2<br>PASCAGOULA MS 39567-4143 |
| CREDITOR ID: 266839-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: RAY SHRAUDER<br>1900 LEAHY RD<br>ORLANDO FL 32803-8136 | CREDITOR ID: 266800-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: ANITA TERRYMCDONALD<br>4341 INTL PKWY STE 600<br>ATLANTA GA 30354 | CREDITOR ID: 266828-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: MARILYN HAVENS<br>150 N ROYAL ST STE 3004<br>MOBILE AL 36602-3923 |
| CREDITOR ID: 266846-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: THOMAS WILKOWSKI<br>6601 NW 25TH ST STE 272<br>MIAMI FL 33122-2232 | CREDITOR ID: 266845-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: STEVEN HAUG<br>116 SPRINGBOK LN<br>WANDO SC 29492-7674 | CREDITOR ID: 266831-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: MYLES W KNIGHT<br>BLDG 83B<br>FORT BENNING GA 31905 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266848-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: VICKI LANFORD<br>101 TRADE ZONE DR STE 10A<br>WEST COLUMBIA SC 29170-3913 | CREDITOR ID: 266807-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: DAVID PEALER<br>3400 SW 60TH AVE<br>OCALA FL 34474-9477 | CREDITOR ID: 266819-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JOHN BABB<br>1901 CROSSBEAM DR<br>CHARLOTTE NC 28217-2823 |
| CREDITOR ID: 266852-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: ZACHARY SMITH<br>909 SE 1ST AVE STE 734<br>MIAMI FL 33131-3048 | CREDITOR ID: 266808-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: DON CARMODY<br>400 EDWARDS AVE STE B<br>HARAHAN LA 70123-4231 | CREDITOR ID: 266811-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: GARY MCCLAY<br>4321 COMMON ST<br>LAKE CHARLES LA 70607-4517 |
| CREDITOR ID: 266803-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: CHARLES WOODY<br>120 SOUTHCENTER CT STE 500<br>MORRISVILLE NC 27560-9136 | CREDITOR ID: 266824-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: LARRY SHERMAN<br>1100 RED CLEVELAND BLVD<br>SANFORD FL 32773-4201 | CREDITOR ID: 266823-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JULIAN WARREN JR<br>4501 WILLIAMSBURG RD<br>RICHMOND VA 23231-2700 |
| CREDITOR ID: 266822-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JUDITH MC KEE<br>5209 W HIGHWAY 98<br>PANAMA CITY FL 32401-1040 | CREDITOR ID: 266820-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JOHN MCKAY<br>FLTC BLDG 70<br>BRUNSWICK GA 31520 | CREDITOR ID: 266816-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JAMES WHITE<br>1 S A ST STE 102<br>PENSACOLA FL 32501-5575 |
| CREDITOR ID: 266815-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JAMES GROCCIA<br>2831 TALLEYRAND AVE<br>JACKSONVILLE FL 32206-3417 | CREDITOR ID: 266814-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JAMES BRANDON<br>532 N REGIONAL RD STE C<br>GREENSBORO NC 27409-9057 | CREDITOR ID: 266812-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: HENRY CHAMBERLAIN<br>400 REGAL CRUISE WAY<br>PALMETTO FL 34221-6614 |
| CREDITOR ID: 266806-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: DAVID BERRY<br>2850 WALL TRIANA HWY<br>HUNTSVILLE AL 35824-2700 | CREDITOR ID: 266805-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: CHARLES YOUNG<br>113 ARENDELL ST RM 124<br>MOREHEAD CITY NC 28557-4257 | CREDITOR ID: 266844-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: SEYMOR SCHOR<br>120 GEORGE J KING BLVD<br>CAPE CANAVERAL FL 32920-3302 |
| CREDITOR ID: 266842-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: ROBERT RICHTER<br>1 E BAY ST<br>SAVANNAH GA 31401-1224 | CREDITOR ID: 266840-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: RAYMOND W KELLEY<br>4341 INTL PKWY STE 600<br>ATLANTA GA 30354 | CREDITOR ID: 266838-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: RANDY BRUNGOT<br>4 E PORT RD STE 104<br>WEST PALM BEACH FL 33404-6902 |
| CREDITOR ID: 266836-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: RALPH WHITESIDE<br>322 KNAPP BLVD STE 124<br>NASHVILLE TN 37217-2557 | CREDITOR ID: 266834-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: PAUL MICHELL<br>16819 E MAIN ST RM 14<br>CUT OFF LA 70345-3901 | CREDITOR ID: 266833-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: PAUL A MICHEL<br>800 YOUNGS RD<br>MORGAN CITY LA 70380-2929 |
| CREDITOR ID: 266832-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: PATRICIA MOLETT<br>721 MEDICAL CENTER DR<br>WILMINGTON NC 28401-7574 | CREDITOR ID: 266830-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: MICHAEL SUMMERS<br>3150 TCHULAHOMA RD STE 1<br>MEMPHIS TN 38118-2730 | CREDITOR ID: 266797-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: ALISA SULLIVAN<br>100 INTERNATIONAL DR<br>JACKSON MS 39208-2306 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266826-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: LINDA SMITH<br>4371 NW 150TH STREET RD<br>OPA LOCKA FL 33054-2360 | CREDITOR ID: 266825-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: LEILA KATAJA<br>301 SIMONTON ST STE 105<br>KEY WEST FL 33040-6890 | CREDITOR ID: 266851-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: WILHELM GILL<br>5959 SHALLOWFORD RD<br>CHATTANOOGA TN 37421-2285 |
| CREDITOR ID: 266849-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: VICKI LANFORD<br>150 W PHILLIPS RD STE A<br>GREER SC 29650-4721 | CREDITOR ID: 266847-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: VAN CAPPS<br>1642 E 7TH AVE STE 300<br>TAMPA FL 33605-3706 | CREDITOR ID: 266850-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: VIRGINIA DABBS<br>423 CANAL ST<br>NEW ORLEANS LA 70130-2329 |
| CREDITOR ID: 266821-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JOHN QUEALY<br>1901 CROSSBEAM DR<br>CHARLOTTE NC 28217-2823 | CREDITOR ID: 266829-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: MICHAEL PERRON<br>22685 HOLIDAY PARK DR<br>STERLING VA 20166-4310 | CREDITOR ID: 266843-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: SCHUYLER LOVESTRAND<br>9012 HERRING ST<br>CAPE CANAVERAL FL 32920-3315 |
| CREDITOR ID: 266835-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: PHILIP PARVIN<br>5353 ESSEN LN STE 290<br>BATON ROUGE LA 70809-3590 | CREDITOR ID: 266810-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: GARY MC CLAY<br>150 MARINE ST<br>LAKE CHARLES LA 70601-5680 | CREDITOR ID: 266837-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: RALPH WHITESIDE<br>939 ARPORT SVC RD STE 116<br>NASHVILLE TN 37214 |
| CREDITOR ID: 266827-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: LUKE MCCORMICK<br>7681 BOSTON BLVD<br>SPRINGFIELD VA 22153-3137 | CREDITOR ID: 266799-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: ANGELA DOWNING<br>GEORGIA PRTS AUTH WHSE 27<br>SAVANNAH GA 31408 | CREDITOR ID: 266801-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: BRAD CAPONNI<br>110 N AIRLINE AVE<br>GRAMERCY LA 70052-3620 |
| CREDITOR ID: 266818-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JIM NORRIS<br>6125 INTERSTATE DR STE 11<br>SHREVEPORT LA 71109-7759 | CREDITOR ID: 266817-14<br>CUSTOMS BORDER PROTECTION BUR<br>ATTN: JEFFREY BALDWIN<br>1624 E 7TH AVE STE 101<br>TAMPA FL 33605-3769 | CREDITOR ID: 247378-12<br>CUT RATE BOX CO<br>ATTN RONALD B COHZ, PRES<br>PO BOX 11173<br>ATLANTA, GA 30310-0173 |
| CREDITOR ID: 406543-MS<br>CUTCLIFFE, WILLIAM B.<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 | CREDITOR ID: 247379-12<br>CUTLER AT ABBEVILLE LLC<br>13280 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 247380-12<br>CUTLER RIDGE MIDDLE SCHOOL<br>19400 GULFSTREAM ROAD<br>MIAMI, FL 33157 |
| CREDITOR ID: 389688-54<br>CUTLER, MARILYN<br>PO BOX 19<br>BILLINGSLEY, AL 36006 | CREDITOR ID: 374083-44<br>CUTRER, CARL G<br>JAX DIV STORE# 163<br>109 GREEN DRIVE<br>PALATKA, FL 32177 | CREDITOR ID: 245342-12<br>CUTSHAW, CHRISTOPHER<br>9516 FALLING CREEK ROAD<br>HUDDLESTON VA 24104 |
| CREDITOR ID: 247381-12<br>CUTTING EDGE LAWN CARE<br>ATTN DAN BIHN<br>4301 ST MARTINS PLACE<br>CINCINNATI OH 45211 | CREDITOR ID: 398019-76<br>CUYLER, REBECCA<br>CUYLER - 960 LEMON STREET<br>MONTICELLO, FL 32344 | CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>960 LEMON STREET<br>MONTICELLO FL 32344 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269614-19<br>CUYLER, REBECCA<br>ATTN: MARIE MATTOX, PA<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 397230-67<br>CVS CORPORATION<br>1 CVS DRIVE<br>WOONSOCKET, RI 02895 | CREDITOR ID: 383163-99<br>CVS EGL OVERSEAS MARATHON FL LLC<br>C/O SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQ<br>222 DELAWARE AVE.,STE 1200<br>PO BOX 1266<br>WILMINGTON DE 19899 |
| CREDITOR ID: 403209-92<br>CVS, INC.<br>C/O THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DRIVE STE 204<br>MONTGOMERY AL 36109 | CREDITOR ID: 247382-12<br>CWA GROUP INC<br>ATTN JON N CHRISTIAN<br>PO BOX 3179<br>MONTGOMERY, AL 36109 | CREDITOR ID: 381742-15<br>CWA GROUP, INC, THE<br>ATTN W TODD BALLARD, PRES<br>1211 NEWELL PARKWAY<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 386901-54<br>CWERNER, GEORGE<br>10555 GARDEN PALM COURT<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 247383-12<br>CXIMARE N MCCOY<br>1058 H LAUREN MCNEIL LOOP<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 382489-51<br>CYBERMATION<br>12020 SUNRISE VALLEY DRIVE, STE 100<br>RESTON, VA 20191 |
| CREDITOR ID: 247384-12<br>CYBERMATION USA INC<br>125 COMMERCE VALLEY WEST<br>8TH FLOOR<br>MARKHAM, ON L3T 7W4<br>CANADA | CREDITOR ID: 382490-51<br>CYCLONE COMMERCE<br>8388 E. HARTFORD DRIVE<br>SCOTTSDALE, AZ 85255 | CREDITOR ID: 247385-12<br>CYCLONE COMMERCE INC<br>PO BOX 120469<br>DEPT 0469<br>DALLAS TX 75312-0469 |
| CREDITOR ID: 247386-12<br>CYDMARIE CARRILLO<br>5667 CENTURY 21 BLVD<br>APT 430<br>ORLANDO FL 32807 | CREDITOR ID: 247387-12<br>CYNDERELLAS<br>ATTN MICHELLE WARREN<br>103 E CENTRAL AVENUE<br>FITZGERALD, GA 31750 | CREDITOR ID: 247388-12<br>CYNDI REYNOLDS<br>PAID THREW P CARD<br>2947 BAYSHORE POINT DRIVE<br>TAMPA FL 33611 |
| CREDITOR ID: 247389-12<br>CYNTHIA A CANAAN<br>CS DONALD S CANAAN<br>134 OSBURN CIRCLE<br>AUBURN AL 36830 | CREDITOR ID: 247390-12<br>CYNTHIA A HOWARD<br>5128 E GLYNN AVENUE<br>BRUNSWICK GA 31523 | CREDITOR ID: 247391-12<br>CYNTHIA A JOYCE<br>2077 FOXFIRE ROAD<br>MARTINSVILLE VA 24112 |
| CREDITOR ID: 247392-12<br>CYNTHIA BATES<br>11815 ALDE ROAD<br>#701<br>JACKSONVILLE FL 32246 | CREDITOR ID: 247393-12<br>CYNTHIA BROWN, MOTHER DENEKA BROWN<br>5232 TIMBERHAVEN LANE<br>NEW ORLEANS LA 70131 | CREDITOR ID: 247394-12<br>CYNTHIA FANN<br>2588 COHASSETT COURT<br>DECATUR GA 30034 |
| CREDITOR ID: 247395-12<br>CYNTHIA HOWELL<br>1856 TUSTENUGGEE COURT<br>BRYCEVILLE FL 32009 | CREDITOR ID: 247396-12<br>CYNTHIA L DISPAIN<br>RR 1 BOX 87<br>EASTANOLLEE GA 30538 | CREDITOR ID: 247397-12<br>CYNTHIA L ELDER<br>1932 FLEISCHMANN ROAD<br>TALLAHASSEE FL 32308-4517 |
| CREDITOR ID: 247398-12<br>CYNTHIA L SHIREMAN<br>4160 OLD EAGLE LAKE ROAD<br>BARTOW FL 33830 | CREDITOR ID: 247400-12<br>CYNTHIA M JONES<br>4822 ASHLAND DRIVE<br>TAMPA FL 33610 | CREDITOR ID: 247401-12<br>CYNTHIA MCDONALD<br>6725 EMERALD POINT CIRCLE<br>COLLEGE PARK GA 30349 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247402-12<br>CYNTHIA MILLER<br>1285 VALLARIS STREET<br>MOBILE AL 36608 | CREDITOR ID: 247404-12<br>CYNTHIA R LANGEL<br>6602 WOODSMERE WAY<br>FT PIERCE FL 34951 | CREDITOR ID: 247407-12<br>CYNTHIA W EARNHARDT<br>8386 CHACEVIEW COURT<br>CHARLOTTE NC 28269 |
| CREDITOR ID: 247408-12<br>CYNTORIA COMPTON<br>PO BOX 823<br>LECOMPTE, LA 71346 | CREDITOR ID: 247409-12<br>CYPRESS COVE ELEMENTARY SCHOOL<br>540 S MILITARY RD<br>SLIDELL, LA 70458 | CREDITOR ID: 247410-12<br>CYPRESS ELECTRICAL CONTRACTORS<br>1208 BERT STREET<br>LAPLACE LA 70068 |
| CREDITOR ID: 247411-12<br>CYPRESS GROVE SHOPPING CENTER<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVE STE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 247412-12<br>CYPRESS IMAGING APMC<br>PO BOX 2123<br>GRETNA LA 70054 | CREDITOR ID: 247413-12<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP<br>470 BILTMORE WAY  SUITE 100<br>ATTN LOURDES CARASA<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 1240-07<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP.<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES, FL 33134 | CREDITOR ID: 406169-15<br>CYPRESS RUN, LLC<br>ATTN LOURDES CARASA/FIRPO GARCIA<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 247414-12<br>CYPRESS SAWMILL, INC<br>ATTN CHARLES RICK JR, PRES<br>17015 EASTWOOD DRIVE<br>AMITE, LA 70422 |
| CREDITOR ID: 266853-31<br>CYPRESS-BLACK BAYOU REC&WTR CN<br>ATTN: MIKE KLING<br>135 CYPRESS PARK DR<br>BENTON LA 71006-8755 | CREDITOR ID: 247415-12<br>CYSTIC FIBROSIS<br>10350 DOWN LAKEVIEW CIRCLE<br>WINDERMERE FL 34786 | CREDITOR ID: 247416-12<br>CYSTIC FIBROSIS FOUNDATION<br>CLAUDIA WERNER ASSOCIATE EXECUTIVE<br>2121 CORPORATE SQUARE BLVD STE 170<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 247436-12<br>D FY INCE<br>C/O STATES ATTORNEYS OFFICE<br>330 EAST BAY STREET<br>5TH FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 247438-12<br>D JAY PETROLEUM<br>PO BOX 16<br>GAINESVILLE GA 30503-0016 | CREDITOR ID: 247417-12<br>D&B<br>PO BOX 75434<br>CHICAGO IL 60675-5434 |
| CREDITOR ID: 247418-12<br>D&B LOCKSMITH INC DBA<br>DAVID LYNCHS LOCKSMITH SERVICE<br>1002 GREEN STREET<br>PO BOX 1880<br>ROANOKE RAPIDS, NC 27870-5480 | CREDITOR ID: 403451-93<br>D&B RECEIVABLE MGMNT SRVS<br>4836 BRECKSVILLE RD<br>PO BOX 509<br>RICHFIELD OH 44286 | CREDITOR ID: 247419-12<br>D&D CLEANING SERVICE<br>120 C INDUSTRIAL PARKWAY<br>SARALAND AL 36571 |
| CREDITOR ID: 247420-12<br>D&D PRECISION PLASTICS<br>3700 70TH AVE N, SUITE C<br>PINELLAS PARK, FL 33781 | CREDITOR ID: 247428-12<br>D&D SAUCE COMPANY<br>355 FOREST DRIVE<br>JESUP, GA 31545 | CREDITOR ID: 247421-12<br>D&J CONSTRUCTION INC<br>3350 BURRIS RD, SUITE C<br>FORT LAUDERDALE, FL 33314-2250 |
| CREDITOR ID: 247421-12<br>D&J CONSTRUCTION INC<br>C/O SHELDON T SLATKIN, PA<br>ATTN SHELDON T SLATKIN ESQ<br>9900 WEST SAMPLE ROAD SUITE 400<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 247422-12<br>D&J CONSTRUCTION SERVICES INC<br>3734 SILVER STAR RD<br>ORLANDO, FL 32808-4628 | CREDITOR ID: 247423-12<br>D&J FLOOR WAXING & CARPET CLEANING<br>3361 HONEY LAKE ROAD<br>GREENVILLE FL 32331 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247429-12<br>D&J TIRE INC<br>PO BOX 1719<br>TIOGA LA 71477 | CREDITOR ID: 247424-12<br>D&R SUPPLY<br>1021 W LAUREL AVE<br>EUNICE LA 70535 | CREDITOR ID: 247425-12<br>D&S FOOD DISTRIBUTORS<br>PO BOX 421<br>CRESTWOOD KY 40014 |
| CREDITOR ID: 247447-12<br>D&S FOOD DISTRIBUTORS LLC<br>PO BOX 663<br>LOUISVILLE, KY 40201 | CREDITOR ID: 247426-12<br>D&S SHEET METAL WORKS INC<br>1117 CENTRAL AVE<br>METAIRIE, LA 70001-5754 | CREDITOR ID: 247427-12<br>D&T GLASS INC<br>5901 ASH STREET<br>FOREST PARK, GA 30297 |
| CREDITOR ID: 247452-12<br>D.P.F. ARCHITECTS<br>820  UNIVERSITY BLVD SUITE 2G<br>MOBILE AL 36609 | CREDITOR ID: 315985-41<br>D.S. PARTNERS<br>C/O THE BOSC GROUP, INC.<br>719 GRISWOLD AVE STE 2330<br>DETROIT MI 48226 | CREDITOR ID: 247454-12<br>DAC SERVICES<br>DEPT 130<br>PO BOX 21228<br>TULSA, OK 74121-1228 |
| CREDITOR ID: 247455-12<br>DACA LLC<br>2355 CLYDE DRIVE<br>CHAMBLEE GA 30341 | CREDITOR ID: 394107-56<br>DACOSTA, INDIA (MINOR)<br>C/O STEPHEN E. BAILEY<br>9008 SEMINOLE BOULEVARD<br>SEMINOLE, FL 33772 | CREDITOR ID: 266854-31<br>DADE COMMUNITY FOUNDATION<br>ATTN: RUTH SHACK<br>200 S BISCAYNE BLVD<br>MIAMI FL 33131-2310 |
| CREDITOR ID: 247456-12<br>DADE COUNTY ALUMINUM CORP<br>592 WEST 28TH STREET<br>HIALEAH FL 33010 | CREDITOR ID: 247457-12<br>DADE COUNTY CLERK<br>111 NW STREET<br>SUITE 1750<br>MIAMI FL 33128 | CREDITOR ID: 241025-11<br>DADE COUNTY TAX COLLECTOR<br>ACCOUNT NO.: NONE<br>140 WEST FLAGER STREET - ROOM 1205<br>MIAMI, FL 33130-1575 |
| CREDITOR ID: 247458-12<br>DADE COUNTY TAX COLLECTOR<br>140 WEST FLAGLER STREET<br>14TH FLOOR<br>MIAMI, FL 33130-1573 | CREDITOR ID: 374498-44<br>DADE COUNTY TAX COLLECTOR<br>140 W FLAGLER ST<br>ROOM 1208<br>MIAMI, FL 33130 | CREDITOR ID: 247459-12<br>DADE ENGINEERING CORP<br>558 W 18TH ST<br>HIALEAH, FL 33010 |
| CREDITOR ID: 247460-12<br>DADE PAPER CO<br>PO BOX 10327<br>WEST PALM BEACH, FL 33419-0327 | CREDITOR ID: 247461-12<br>DADE PAPER CO.<br>PO BOX 523666<br>MIAMI, FL 33152-3666 | CREDITOR ID: 388962-54<br>DAGLE, WILLIAM<br>7 RELIAN LANE<br>PALM COAST, FL 32137 |
| CREDITOR ID: 392866-55<br>DAGLE, WILLIAM<br>C/O RUE & ZIFFRA, PA<br>ATTN LUIS R GRACIA, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 386599-54<br>DAGRIN, RONALD<br>13929 SW 281ST.<br>TERRANCE HOMESTEAD FL 33033 | CREDITOR ID: 391606-55<br>DAGRIN, RONALD<br>C/O: R. CORY SCHNEPPER, ESQUIRE<br>LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.<br>9100  S. DADELAND BLVD.<br>SUITE 1010<br>MIAMI FL 33156 |
| CREDITOR ID: 278439-24<br>DAHLEM ENTERPRISE INC.<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205-3285 | CREDITOR ID: 1242-RJ<br>DAHLEM ENTERPRISES INC<br>3274 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0032 | CREDITOR ID: 247462-12<br>DAHLEM ENTERPRISES INC<br>3274 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0032 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406060-15<br>DAHLEM ENTERPRISES, INC<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 247463-12<br>DAHLEM REALTY COMPANY INC<br>SECTION #115<br>LOUISVILLE KY 40289 | CREDITOR ID: 247464-12<br>DAIGLE WELDING<br>8940 CH PT HWY<br>CHURCH POINT, LA 70525 |
| CREDITOR ID: 406544-MS<br>DAIGLE, STEVEN L<br>1604 MANSON AVE<br>METAIRIE LA 70001 | CREDITOR ID: 388770-54<br>DAIGREPONT, KELLY<br>P.O. BOX 178<br>MOREAUVILLE LA 71355 | CREDITOR ID: 247465-12<br>DAILY ADVANCE<br>PO BOX 588<br>ELIZABETH CITY, NC 27909-0588 |
| CREDITOR ID: 262794-12<br>DAILY ADVERTISER, THE<br>PO BOX 3268<br>LAFAYETTE, LA 70502 | CREDITOR ID: 247466-12<br>DAILY COMET<br>PO BOX 116753<br>ATLANTA, GA 30368-6753 | CREDITOR ID: 403455-93<br>DAILY COMMERCIAL<br>ATTN: PRISCILLA C PLUMMER<br>212 E MAIN STREET<br>LEESBURG FL 34748 |
| CREDITOR ID: 247467-12<br>DAILY COMMERCIAL<br>PO BOX 490007<br>LEESBURG, FL 34749-0007 | CREDITOR ID: 381935-15<br>DAILY COURIER, THE<br>ATTN JOYCE FERGUSON, BUS MGR<br>601 OAK STREET<br>PO BOX 1149<br>FOREST CITY NC 28043 | CREDITOR ID: 384080-47<br>DAILY COURIER, THE<br>FOREST CITY PUBLISHING CO INC<br>601 OAK STREET<br>PO BOX 1149<br>FOREST CITY, NC 28043 |
| CREDITOR ID: 247469-12<br>DAILY DISPATCH, THE<br>ATTN CAROLYN J WILLIAMS, BUS MGR<br>304 S CHESTNUT STREET<br>PO BOX 908<br>HENDERSON, NC 27536-0908 | CREDITOR ID: 247470-12<br>DAILY DISTRIBUTION<br>ATTN: KAMILLA R BOCREMA, OWNER<br>PO BOX 568<br>OOLTEWAH, TN 37363 | CREDITOR ID: 247471-12<br>DAILY EQUIPMENT COMPANY<br>ATTN WANDA SMITH, SEC/TREAS<br>PO BOX 98209<br>JACKSON, MS 39298-8209 |
| CREDITOR ID: 247473-12<br>DAILY HERALD<br>PO BOX 520<br>ROANOKE RAPIDS, NC 27870 | CREDITOR ID: 247472-12<br>DAILY HERALD<br>PO BOX 368<br>JONESBORO, GA 30237 | CREDITOR ID: 247474-12<br>DAILY IBERIAN<br>PO BOX 9290<br>DEPT A<br>NEW IBERIA, LA 70562-9290 |
| CREDITOR ID: 262796-12<br>DAILY IBERIAN, THE<br>WICK COMMUNICATION<br>PO BOX 9290 DEPT A<br>NEW IBERIA, LA 70562-9290 | CREDITOR ID: 262795-12<br>DAILY IBERIAN, THE<br>ATTN AMANDA SENECA<br>926 EAST MAIN STREET<br>NEW IBERIA, LA 70562 | CREDITOR ID: 247475-12<br>DAILY JOURNAL<br>PO BOX 547<br>SENECA SC 29679 |
| CREDITOR ID: 247476-12<br>DAILY JUICE PRODUCTS<br>1 DAILY WAY<br>VERONA PA 15147 | CREDITOR ID: 278868-30<br>DAILY JUICE PRODUCTS<br>ATTN SANDY NESTOR<br>1 DAILY WAY<br>VERONA, PA 15147 | CREDITOR ID: 247477-12<br>DAILY LEADER, THE<br>ATTN THERESA MILHDER, OFF MGR<br>PO BOX 551<br>BROOKHAVEN, MS 39602-0551 |
| CREDITOR ID: 247478-12<br>DAILY MOUNTAIN EAGLE<br>PO BOX 1469<br>JASPER, AL 35502-1469 | CREDITOR ID: 247479-12<br>DAILY NEWS<br>PO BOX 196<br>JACKSONVILLE, NC 28541-0196 | CREDITOR ID: 247480-12<br>DAILY NEWS<br>PO BOX 308<br>EDEN NC 27289-0308 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247482-12<br>DAILY NEWS<br>PO BOX 90012<br>BOWLING GREEN KY 42102-9012 | CREDITOR ID: 247481-12<br>DAILY NEWS<br>PO BOX 820<br>BOGALUSA, LA 70427 | CREDITOR ID: 262797-12<br>DAILY NEWS, THE<br>PO BOX 25146<br>RICHMOND, VA 23260-5146 |
| CREDITOR ID: 247484-12<br>DAILY PRESS<br>PO BOX 4394<br>CHICAGO, IL 60680-4394 | CREDITOR ID: 247483-12<br>DAILY PRESS<br>ATTN: SHERRY SMITH<br>7505 WARWICK BLVD<br>NEWPORT NEWS, VA 23607 | CREDITOR ID: 247485-12<br>DAILY RECORD<br>PO BOX 1448<br>DUNN, NC 28335-1448 |
| CREDITOR ID: 247486-12<br>DAILY SENTRY-NEWS<br>PO BOX 910<br>SLIDELL, LA 70459 | CREDITOR ID: 247487-12<br>DAILY STAR<br>PO BOX 1149<br>HAMMOND, LA 70404-1149 | CREDITOR ID: 247488-12<br>DAILY SUN, THE<br>1153 MAIN STREET<br>THE VILLAGES, FL 32159 |
| CREDITOR ID: 262799-12<br>DAILY SUN, THE<br>1100 MAIN STREET<br>LADY LAKE, FL 32159 | CREDITOR ID: 247489-12<br>DAILY WORLD<br>PO BOX 3268<br>LAFAYETTE LA 70502 | CREDITOR ID: 404505-95<br>DAIRY AMERICA<br>4974 EAST CLINTON WAY<br>#C 221<br>FRESNO CA 93727-1520 |
| CREDITOR ID: 381158-47<br>DAIRY BLOWMOLDING SPECIALISTS INC<br>5203 SILVERADO WAY<br>VALRICO, FL 33594 | CREDITOR ID: 247492-12<br>DAIRY BLOWMOLDING SPECIALISTS INC<br>1206-E US HWY 301<br>TAMPA, FL 33619 | CREDITOR ID: 247493-12<br>DAIRY FARMERS OF AMERICA<br>PO BOX 198262<br>ATLANTA, GA 30384-8262 |
| CREDITOR ID: 279321-35<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LLC<br>ATTN STEPHEN B SUTTON<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108-2684 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 247494-12<br>DAIRY FARMERS OF AMERICA INC<br>2637 COLLECTION CENTER<br>CHICAGO, IL 60693 |
| CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE, LC<br>ATTN STEPHEN B SUTTON ESQ<br>2345 GRAND BLVD SUITE 2800<br>KANSAS CITY MO 64108 | CREDITOR ID: 247495-12<br>DAIRY FRESH CORPORATION<br>PO DRAWER 9<br>COWARTS, AL 36321 | CREDITOR ID: 247496-12<br>DAIRY FRESH FOODS INC<br>21405 TROLLEY INDUSTRIAL DRIVE<br>TAYLOR MI 48180 |
| CREDITOR ID: 278772-29<br>DAIRY FRESH OF ALABAMA LLC<br>ATTN: JEANNE STEWART<br>ACCOUNTS RECEIVABLE<br>7572 HIGHWAY 49 NORTH<br>HATTIESBURG MS 39402 | CREDITOR ID: 247497-12<br>DAIRY FRESH OF LA<br>PO BOX 600<br>BAKER, LA 70704-0600 | CREDITOR ID: 247498-12<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH, FL 32175-4235 |
| CREDITOR ID: 1243-07<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH, FL 32175-4235 | CREDITOR ID: 247499-12<br>DAIRY STABILIZATION<br>PO BOX 631<br>BATON ROUGE, LA 70806 | CREDITOR ID: 247500-12<br>DAIRY STATE FOODS INC<br>6035 N BAKER RD<br>MILWAUKEE WI 53209-3701 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.     **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 247501-12<br>DAIRY VENTURES<br>12 DEERFIELD ROAD<br>CHESTERFIELD MO 63005 | CREDITOR ID: 399657-15<br>DAIRYAMERICA<br>C/O BAKER, MANOCK & JENSEN<br>ATTN ALBERT J BERRYMAN, ESQ<br>5260 N PALM AVENUE, SUITE 421<br>FRESNO CA 93704 | CREDITOR ID: 399657-15<br>DAIRYAMERICA<br>ATTN JEAN MCABEE, CONTROLLER<br>4974 E CLINTON WAY #C-221<br>FRESNO CA 93727 |
| CREDITOR ID: 247491-12<br>DAIRYAMERICA<br>PO BOX 31001-0813<br>PASADENA, CA 91110-0813 | CREDITOR ID: 247502-12<br>DAIRYLAND<br>2255 GRAY HIGHWAY<br>MACON, GA 31211 | CREDITOR ID: 404506-95<br>DAISY BRAND INC<br>P O BOX 891436<br>DALLAS TX 75389-1436 |
| CREDITOR ID: 247504-12<br>DAISY BRAND INC<br>PO BOX 671078<br>DALLAS, TX 75267-1078 | CREDITOR ID: 247505-12<br>DAIVA GIEDRAITYTE<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH FL 32541 | CREDITOR ID: 247506-12<br>DAJANA KOVACEV<br>2500 N FEDERAL HWY, APT 203<br>BOCA RATON FL 33431 |
| CREDITOR ID: 388992-54<br>DAJANI, HEATHER<br>14962 SW 143RD COURT<br>MIAMI, FL 33186 | CREDITOR ID: 247507-12<br>DAJON CORP OF MISSISSIPPI<br>INVESTMENT PROPERTIES<br>ATTN DAVID F FINE, PRES<br>335-337 DECATUR ST<br>NEW ORLEANS, LA 70130 | CREDITOR ID: 393728-58<br>DAKAR ENTERPRISES, INC.<br>11770 HAYNES BRIDGE ROAD STE.<br>ALPHERETTA CROSSING SHOPPING C<br>ALPHARETTA, GA 30004 |
| CREDITOR ID: 247508-12<br>DAKE DIVISION OF JSJ CORP<br>724 ROBBINS ROAD<br>GRAND HAVEN MI 49417 | CREDITOR ID: 386057-54<br>DAKE, DON<br>2324 LEE ROAD<br>NASHVILLE, TN 37013 | CREDITOR ID: 391255-55<br>DAKE, DON<br>C/O LAW OFFICES OF DAVID R HEIL, PA<br>ATTN DAVID R HEIL, ESQ<br>2324 LEE ROAD<br>WINTER PARK FL 32789 |
| CREDITOR ID: 397213-67<br>DAKER ENTERPRISES DBA PERFECT<br>ALPHERETTA CROSSING SHOPPING CTR<br>11770 HAYNES BRIDGE ROAD<br>ALPHARETTA, GA 30004 | CREDITOR ID: 247509-12<br>DAKOTA BRANDS INTERNATIONAL<br>2121 13TH ST NE<br>JAMESTOWN ND 58401 | CREDITOR ID: 384082-47<br>DAKOTA GROWERS PASTA CO<br>NW 7131<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7131 |
| CREDITOR ID: 247510-12<br>DAKOTA GROWERS PASTA CO<br>PO BOX 21<br>ATTN ACCTS RECEIVABLE<br>CARRINGTON, ND 58421-0021 | CREDITOR ID: 382491-51<br>DAKOTA WORLDWIDE<br>4801 81ST STREET, SUITE 105<br>BLOOMINGTON, MN 55437 | CREDITOR ID: 266855-31<br>DAKUPPA INC<br>ATTN: MIKE COUPE<br>321 BREAM AVE UNIT 304<br>FORT WALTON BEACH FL 32548-3152 |
| CREDITOR ID: 247512-12<br>DALAN TRUCKING<br>ATTN DAVID J BONGER<br>124 ROBIN RIDGE ROAD<br>PO BOX 5075<br>FITZGERALD, GA 31750 | CREDITOR ID: 247513-12<br>DALE A NICHOLS<br>4763 SW 69TH DRIVE<br>JASPER FL 32052 | CREDITOR ID: 247514-12<br>DALE CARNEGIE TRAINING<br>8641 BAYPINE RD STE 2<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 247515-12<br>DALE COUNTY CLERK<br>PO BOX 1350<br>OZARK AL 36361 | CREDITOR ID: 266856-14<br>DALE COUNTY TAX COMMISION OFF<br>ATTN: TOMMY LAVENDER<br>E COURT SQ<br>OZARK AL 36360 | CREDITOR ID: 247517-12<br>DALE E PICKLES<br>PO BOX 180<br>PINETTA FL 32350 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247518-12<br>DALE MEDICAL CENTER<br>100 HOSPITAL AVE<br>OZARK AL 36360 | CREDITOR ID: 247519-12<br>DALE R DEAN<br>529 NETTLES BLVD<br>JENSEN BEACH FL 34957-3338 | CREDITOR ID: 247520-12<br>DALE V GREER<br>8691 MOSS HAVEN ROAD<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 376545-44<br>DALE, PATTY<br>CHR DIV 2052<br>117 HONEYSUCKLE COURT<br>RUTHERFORDTON, NC 28139 | CREDITOR ID: 247521-12<br>DALES SAUCES<br>PO BOX 130684<br>BIRMINGHAM, AL 35213-0684 | CREDITOR ID: 382005-36<br>DALE'S SAUCES. INC<br>MICHAEL LEVINE<br>PO BOX 130684<br>BIRMINGHAM AL 35213 |
| CREDITOR ID: 247523-12<br>DALIA RAZMAITE<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH, FL 32541 | CREDITOR ID: 264372-12<br>DALL, WALTER<br>10021 CHEMSTRAND ROAD, LOT 8<br>PENSACOLA, FL 32514 | CREDITOR ID: 247524-12<br>DALLAS COUNTY CIRCUIT COURT<br>PO BOX 1148<br>SELMA, AL 36702 |
| CREDITOR ID: 247525-12<br>DALLAS COUNTY COURTHOUSE<br>CHERYL CURTIS STRONG CLERK DV CASES<br>PO BOX 1148<br>SELMA AL 36702 | CREDITOR ID: 247526-12<br>DALLAS COUNTY TAX COLLECTOR<br>PO BOX 987<br>PROPERTY TAX<br>SELMA AL 36702-0987 | CREDITOR ID: 257-03<br>DALLAS WATER UTILITIES<br>CITY HALL 1 A N<br>DALLAS TX 75277 |
| CREDITOR ID: 247528-12<br>DALRAIDA PROPERTIES INC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 247529-12<br>DALTILE<br>PO BOX 905444<br>CHARLOTTE, NC 28290-5444 | CREDITOR ID: 247530-12<br>DALTON AGENCY<br>1551 ATLANTIC BOULEVARD<br>SUITE 300<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 247531-12<br>DALTON ELEMENTARY SCHOOL<br>3605 ONTARIO ST<br>BATON ROUGE, LA 70805 | CREDITOR ID: 381495-47<br>DALTON, JAMES<br>2040 WELLS ROAD, APT 14-F<br>ORANGE PARK, FL 32073 | CREDITOR ID: 256070-12<br>DALTON, MERCEDES<br>2118 EAST DRIVE<br>DECATUR GA 30032 |
| CREDITOR ID: 388494-54<br>DALUSMA, SINDY<br>2690 47TH TERRACE SW<br>NAPLES, FL 34116 | CREDITOR ID: 392576-55<br>DALUSMA, SINDY<br>C/O ADAM BARON, PA LAW OFFICES<br>ATTN ADAM BARON, ESQ.M MORO<br>633 NE 167 STREET, SUITE 703<br>N MIAMI FL 33162 | CREDITOR ID: 386332-54<br>DALY, DEBRA A<br>4439 RAILROAD AVENUE<br>FORT MYERS FL 33905 |
| CREDITOR ID: 391427-55<br>DALY, DEBRA A<br>C/O: WILLIAM L. WELKER, ESQUIRE<br>WILLIAM L WELKER, ESQUIRE<br>3660 CENTRAL AVENUE<br>SUITE 4<br>FT. MYERS FL 33901 | CREDITOR ID: 392776-55<br>DAM, MARY ANN<br>C/O LAW OFFICES OF FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 388827-54<br>DAM, MARY ANN<br>1250 WILSHIRE CIRCLE<br>PEMBROKE PINES, FL 33027 |
| CREDITOR ID: 247533-12<br>DAMAR SUPPLY<br>PO BOX 88<br>MARBURY AL 36051-0088 | CREDITOR ID: 247534-12<br>DAMECO SUPPLY SALES<br>2208 LAKESHORE CIRCLE<br>VALDOSTA GA 31602 | CREDITOR ID: 406545-MS<br>DAMER, RONDALD G.<br>6302 COUNTY RT. 214<br>KEYSTONE HEIGHTS FL 32656 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247535-12<br>DAMERON PLUMBING AND HEATING INC<br>119 DUDLEY STREET<br>DANVILLE VA 24541 | CREDITOR ID: 247536-12<br>DAMON L GRANT<br>8990 SAVANNAH HIGHWAY<br>ADAMS RUN SC 29426 | CREDITOR ID: 247537-12<br>DAMP RID<br>PO BOX 848348<br>DALLAS, TX 75284-8348 |
| CREDITOR ID: 404509-95<br>DAMP RID<br>PO BOX 568395<br>ORLANDO FL 32856-8395 | CREDITOR ID: 266857-31<br>DAMPIER UTILITIES<br>ATTN: WAYNE DAMPIER<br>8305 KENWOOD RD<br>FORT PIERCE FL 34951-1372 | CREDITOR ID: 247538-12<br>DAN DEE IMPORTS<br>106 HARBOR DR<br>JERSEY CITY NJ 07305 |
| CREDITOR ID: 247539-12<br>DAN DENHAM<br>6100 S MCINTOSH ROAD<br>SARASOTA FL 33583 | CREDITOR ID: 247540-12<br>DAN MCCREEDY<br>9409 NW 143RD STREET<br>ALACHUA, FL 32615 | CREDITOR ID: 247542-12<br>DAN WILSON<br>9262 MONTORO DRIVE<br>CINCINNATI OH 45231 |
| CREDITOR ID: 247543-12<br>DANA BURCHFIELD<br>59 ANDERSON STREET<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 381331-47<br>DANA JOHNSON<br>2557 WEST FRANKLIN BLVD<br>GASTONIA, NC 28054 | CREDITOR ID: 247544-12<br>DANA N  WRIGHT<br>118 MEADOW DRIVE<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 247545-12<br>DANA R* KOLTER<br>1139 S 4TH STREET<br>LOUISVILLE KY 40203 | CREDITOR ID: 247546-12<br>DANA S BRIDGES<br>PO BOX 626<br>RINGGOLD GA 30736 | CREDITOR ID: 247547-12<br>DANA W JOHNSON<br>3199 LOOMIS STREET<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 247548-12<br>DANAHER POWER SOLUTIONS<br>PO BOX 98392<br>CHICAGO IL 60693 | CREDITOR ID: 386159-54<br>DANCY, SHARON A<br>401 NW 52ND STREET<br>MIAMI, FL 33127 | CREDITOR ID: 391325-55<br>DANCY, SHARON A<br>C/O: HERMAN M. KLEMICK<br>KLEMICK & GAMPEL, P.A.<br>1953 S.W. 27TH AVE.<br>MIAMI FL 33145 |
| CREDITOR ID: 247549-12<br>DANDEE FOODS<br>2178 WEST 21ST STREET<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 247550-12<br>DANDRE N WATSON<br>5710 N WST 4TH AVENUE<br>MIAMI FL 33127 | CREDITOR ID: 247551-12<br>DANDREA PRODUCE INC<br>PO BOX 184<br>LANDISVILLE, NJ 08326 |
| CREDITOR ID: 387300-54<br>DANDRIDGE, RITA<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387300-54<br>DANDRIDGE, RITA<br>6217 STONEVIEW<br>BAKER, LA 70714 | CREDITOR ID: 391884-55<br>DANDRIDGE, RITA<br>C/O: WARREN A. FORSTALL, JR.<br>LAW OFFICES OF WARREN A. FORSTALL, JR.<br>320 N. CARROLLTON AVE.<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 259993-12<br>DANDRIDGE, ROSE<br>328 CANTON ROAD<br>MILLBROOK, AL 36054 | CREDITOR ID: 388867-54<br>DANEIL, RASTOUS<br>1526 J.J. CLUB ROAD<br>DUBLIN GA 31021 | CREDITOR ID: 381122-47<br>DANELIAK, MARY<br>2305 ARBOR GLENN<br>HOOVER, AL 35244 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382492-51<br>DANELIAK, MICHAEL<br>1326 CAHABA RIVER PARC ROAD<br>BIRMINGHAM, AL 35243 | CREDITOR ID: 247552-12<br>DANFORTH SOUND SYSTEMS<br>648 FLORIDA CENTRAL PARKWAY<br>LONGWOOD FL 32750 | CREDITOR ID: 395640-65<br>DANFOSS<br>10946 GOLDEN W DR. SUITE 130<br>HUNT VALLEY, MD 21031 |
| CREDITOR ID: 247554-12<br>DANFOSS INC<br>PO BOX 7247-7080<br>PHILADELPHIA, PA 19170-7080 | CREDITOR ID: 247553-12<br>DANFOSS INC<br>AIR-CONDITIONING & REFRIG DIV<br>PO BOX 7247-7080<br>PHILADELPHIA, PA 19170-7080 | CREDITOR ID: 382493-51<br>DANFOSS INC.<br>7941 CORPORATE DRIVE<br>BALTIMORE, MD 21236 |
| CREDITOR ID: 394262-56<br>DANG, CHRIS<br>475 SW SHADY LANE<br>LAKE CITY FL 32024 | CREDITOR ID: 400650-91<br>DANGERFIELD, RODRIGUEZ<br>1956 ORCHARD PARK DR<br>OCOEE FL 34761 | CREDITOR ID: 247555-12<br>DANI MICHAILOVAS<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH FL 32541 |
| CREDITOR ID: 247556-12<br>DANIEL BYRD<br>2157 BLVD GRANADA SW<br>ATLANTA GA 30311 | CREDITOR ID: 278441-25<br>DANIEL G. KAMIN<br>PO BOX 10234<br>PITTSBURGH PA 15232 | CREDITOR ID: 315990-41<br>DANIEL G. KAMIN<br>490 SOUTH HIGHLAND AVE.<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 278442-24<br>DANIEL G. KAMIN CLARKSVILLE LLC<br>C/O KAMIN REALTY COMPANY<br>490 S. HIGHLAND STREET<br>PITTSBURGH PA 15206 | CREDITOR ID: 278627-24<br>DANIEL G. KAMIN CLARKSVILLE, LLC<br>HOLIDAY FENOGLIO FOWLER LP<br>37 FRANKLIN STREET<br>SUITE 400<br>BUFFALO NY 14202 | CREDITOR ID: 247560-12<br>DANIEL H BAREFOOT<br>1000 HUNTERS MTN PKWY 67<br>TROY AL 36079 |
| CREDITOR ID: 247563-12<br>DANIEL M BUSSELL<br>1400 FRANKLIN ROAD<br>STATESBORO, GA 30461 | CREDITOR ID: 266858-31<br>DANIEL SEXTON<br>10001 PINE CAMP RD<br>COEBURN VA 24230-6123 | CREDITOR ID: 247564-12<br>DANIEL TRUST CO<br>135 INTERSTATE BLVD SUITE 6B<br>GREENVILLE SC 29615 |
| CREDITOR ID: 247565-12<br>DANIEL TYSON<br>1005 REDOAK ROAD<br>PELANATCHIE MS 39145 | CREDITOR ID: 247566-12<br>DANIEL WALKER<br>439 RACE STREET<br>ELIZABETHON TN 37643 | CREDITOR ID: 247567-12<br>DANIEL WILSON<br>9262 MONTORO DRIVE<br>CINCINNATI OH 45231 |
| CREDITOR ID: 388290-54<br>DANIEL, ALEX<br>2319 CLOVERDALE DRIVE<br>ATLANTA GA 30316 | CREDITOR ID: 388157-54<br>DANIEL, ANGELA<br>8270 WEST OAKLAWN ROAD<br>BILOXI MS 39532-7710 | CREDITOR ID: 392388-55<br>DANIEL, ANGELA<br>C/O: RAY MITCHELL, PA<br>ATTORNEY AT LAW<br>429 PORTER AVENUE<br>OCEAN SPRINGS MS 39564 |
| CREDITOR ID: 387313-54<br>DANIEL, CORINE<br>PO BOX 80213<br>ATHENS, GA 30608 | CREDITOR ID: 385422-54<br>DANIEL, DOUGLAS<br>1600 JOSEPHINE ROAD<br>KEY WEST, FL 33040 | CREDITOR ID: 390727-55<br>DANIEL, DOUGLAS<br>C/O: MANUEL E GARCIA, ESQ.<br>LAW OFFICES OF MANUEL GARCIA, PA<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385798-54<br>DANIEL, KERRILYN<br>3101 SW 48TH AVE<br>HOLLYWOOD, FL 33023 | CREDITOR ID: 391063-55<br>DANIEL, KERRILYN<br>C/O: MICHAEL ROSENBERG<br>ROSENBERG & ROSENBERG,  PA<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 381215-47<br>DANIEL, MICHELE<br>2761 ARBOR AVENUE SE<br>ATLANTA, GA 30317 |
| CREDITOR ID: 261975-12<br>DANIEL, STEVE<br>208 LONGSTREET DRIVE<br>GREER SC 29650 | CREDITOR ID: 385932-54<br>DANIEL, SUSIE<br>1010 CHOCTAW RIDGE<br>PRATTVILLE, AL 36067 | CREDITOR ID: 391167-55<br>DANIEL, SUSIE<br>C/O: JOSEPH M SALOOM ESQ<br>ROUNTREE AND ASSOCIATES<br>448 SAINT LAKE DR.<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 399947-84<br>DANIEL, WONDA<br>PO BOX 328<br>CORTEZ FL 34215 | CREDITOR ID: 247568-12<br>DANIEL'S ELECTRIC MOTOR<br>SERVICE INC<br>3318 US HWY 29<br>DANVILLE VA 24540 | CREDITOR ID: 247572-12<br>DANIELS PAVING SERVICE<br>PO BOX 1223<br>CLARKSVILLE VA 23927 |
| CREDITOR ID: 247569-12<br>DANIEL'S STARTER & ALTERNATOR<br>311 MARKET ST<br>HAMMOND, LA 70401 | CREDITOR ID: 386635-54<br>DANIELS, BRYAN<br>730-C SPRINGRIDGE ROAD<br>CLINTON MS 39056 | CREDITOR ID: 386635-54<br>DANIELS, BRYAN<br>1005 COUNTRY CLUB DR<br>JACKSON MS 39209 |
| CREDITOR ID: 387459-54<br>DANIELS, ELAINE<br>1615 S FEDERAL HWY<br>LAKE WORTH FL 33460 | CREDITOR ID: 385908-54<br>DANIELS, KATE<br>4471 NW 77TH AVE<br>HOLLYWOOD, FL 33024 | CREDITOR ID: 386983-54<br>DANIELS, ODESSA<br>1895 N. TAMIAMI TR.<br>NORTH FORT MYERS FL 33903 |
| CREDITOR ID: 387219-54<br>DANIELS, SHIRLEY<br>558 WEST MELROSE CIRCLE<br>FORT LAUDERDALE, FL 33312 | CREDITOR ID: 391807-55<br>DANIELS, SHIRLEY<br>C/O JAN P OLIVER, PA<br>ATTN JAN P OLIVER, ESQ<br>1926 HOLLYWOOD BLVD, SUITE 301<br>HOLLYWOOD FL 33020 | CREDITOR ID: 247574-12<br>DANISCO USA INC<br>PO BOX 7247 8528<br>PHILADELPHIA, PA 19170 |
| CREDITOR ID: 404515-95<br>DANISCO USA INC<br>PO BOX 410051<br>KANSAS CITY MO 64141 | CREDITOR ID: 247573-12<br>DANISCO USA INC<br>PO BOX 60602<br>CHARLOTTE, NC 28260-0602 | CREDITOR ID: 247575-12<br>DANISE D HENRIQUEZ TAX COLLECTOR<br>PO BOX 1129<br>KEY WEST FL 33041-1129 |
| CREDITOR ID: 247576-12<br>DANKA FINANCIAL SERVICES<br>PO BOX 7247 0322<br>PHILADELPHIA PA 19170-0322 | CREDITOR ID: 247577-12<br>DANKA OFFICE IMAGING CO<br>ATTN LEE ACEVEDO<br>11401 16TH COURT N<br>ST PETERSBURG FL 33778 | CREDITOR ID: 404516-95<br>DANKA OFFICE IMAGING CO<br>9701 A INTL CT<br>ST PETERSBURG FL 33716 |
| CREDITOR ID: 387481-54<br>DANLEY, SCOTT M<br>925  GEORGE AVENUE<br>APOPKA FL 32703 | CREDITOR ID: 392004-55<br>DANLEY, SCOTT M<br>C/O: MITCHELL L. WYLE, ESQUIRE<br>MICHELL L WYLE, ESQUIRE<br>737  N. THORNTON AVENUE<br>ORLANDO FL 32803 | CREDITOR ID: 247578-12<br>DANNAKIA DUNN<br>609 W 3RD STREET<br>DONALDSONVILLE LA 70346 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247579-12<br>DANNON COMPANY<br>PO BOX 7247-6852<br>PHILADELPHIA, PA 19170-6852 | CREDITOR ID: 404517-95<br>DANNON COMPANY<br>TRADE MANEGMENT<br>6165 WEST DANNON WAY<br>WEST JORDAN UT 84088 | CREDITOR ID: 279217-35<br>DANNON COMPANY, INC<br>ATTN NEAL BRYCE, CR SUPERV<br>100 HILLSIDE AVE<br>WHITE PLAINS NY 10603-2863 |
| CREDITOR ID: 374526-44<br>DANNUNZIOS ITALIAN BREAD<br>1009 HIGHWAY 17 SOUTH<br>NORTH MYRTLE BEACH SC 29582 | CREDITOR ID: 247580-12<br>DANNY BROWN<br>3100 COTTON ROAD<br>AVON PARK FL 33825 | CREDITOR ID: 247581-12<br>DANNY C PRICE<br>874 11TH STREET NE<br>VERNON AL 35592 |
| CREDITOR ID: 247582-12<br>DANNY DUNN<br>4055 DEAN RD<br>PINSON AL 35126 | CREDITOR ID: 247583-12<br>DANNY E REYNOLDS<br>10730 CAMERON COURT # 301<br>DAVIE FL 33324 | CREDITOR ID: 247584-12<br>DANNYS WELDING<br>220 RIVER ST<br>DANVILLE VA 24540 |
| CREDITOR ID: 373570-44<br>D'ANTONI, ALBERT<br>4629 GRAMMER STREET<br>METAIRIE, LA 70001 | CREDITOR ID: 241875-12<br>D'ANTONI, ALBERT<br>6443 AVENUE A<br>NEW ORLEANS, LA 70124 | CREDITOR ID: 247585-12<br>DANUTA KOSTECKAJA<br>340 BROOKS STREET<br>FT WALTON BEACH FL 32548 |
| CREDITOR ID: 266859-31<br>DANVILLE CHURCH BASED TUTORIAL<br>ATTN: KENNETH LEWIS<br>117 SKYLARK DR<br>DANVILLE VA 24541-4137 | CREDITOR ID: 247586-12<br>DANVILLE CITY TAX COLLECTOR<br>PO BOX 3308<br>DIVISION OF CENTRAL COLLEC -R/E TAX<br>PROPERTY TAX<br>DANVILLE VA 24543-3308 | CREDITOR ID: 247587-12<br>DANVILLE POLICE DEPARTMENT<br>PO BOX 3300<br>DANVILLE, VA 24543 |
| CREDITOR ID: 247588-12<br>DANVILLE REGIONAL MEDICAL CENTER<br>142 S MAIN ST<br>DANVILLE VA 24541 | CREDITOR ID: 247589-12<br>DANVILLE REGISTER & BEE<br>PO BOX 25908<br>RICHMOND, VA 23260-5908 | CREDITOR ID: 247590-12<br>DANVILLE REGISTER BEE<br>PO BOX 331<br>DANVILLE VA 24543-0331 |
| CREDITOR ID: 388789-54<br>DAO, LY<br>188 NICOLE DRIVE<br>AVONDALE, LA 70094 | CREDITOR ID: 392744-55<br>DAO, LY<br>C/O: ALAN SCHOENBERGER<br>ALAN SCHOENBERGER, ESQ.<br>103344 CHEF MENTEUR HIGHWAY<br>COMMERCE PLAZA<br>NEW ORLEANS LA 70129 | CREDITOR ID: 247592-12<br>DAPHNE WILLIAMS<br>3258 NORTHWEST 204 TERRACE<br>MIAMI FL 33056 |
| CREDITOR ID: 247593-12<br>DARCI MYRICE<br>38335 COUNTY LINE ROAD<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 245335-12<br>DARDEN, CHRISTOPHER A<br>3432 WHITEOAK ROAD<br>THOMSON GA 30824 | CREDITOR ID: 247595-12<br>DARI<br>PO BOX 7657<br>GREENSBORO NC 27417-0657 |
| CREDITOR ID: 386425-54<br>DARIAS, CARLOS<br>2262 S.W. 17TH STREET<br>MIAMI FL 33145 | CREDITOR ID: 391489-55<br>DARIAS, CARLOS<br>C/O: DANIEL TROPP- 2ND ATTY<br>LOURDES CAMBOS 1ST ATTY<br>2600 SW THIRD AVE/ZALVIDAR<br>STE 300/ZALVIDAR<br>MIAMI/ZALVIDAR FL 33129 | CREDITOR ID: 247596-12<br>DARIO LOPEZ<br>1690 NW 191ST STREET<br>BAMBOO 1 APT #205<br>NORTH MIAMI FL 33179 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247597-12<br>DARIUS T ARCHIE<br>512 WISCONSIN AVENUE<br>MOBILE AL 36604 | CREDITOR ID: 247598-12<br>DARIUS V DINKINS<br>804 BALSAMWOOD LANE<br>KISSIMMEE FL 34743 | CREDITOR ID: 247599-12<br>DARLA OLIVER<br>7100 HUNTER FORREST DRIVE<br>HARRISON TN 37341 |
| CREDITOR ID: 247600-12<br>DARLENE D LASAGE<br>PO BOX 24343<br>NEW ORLEANS LA 70184 | CREDITOR ID: 247601-12<br>DARLENE E JOHNSON<br>1767 OAK POND COURT<br>OLDSMAR FL 34677 | CREDITOR ID: 247602-12<br>DARLENE LATERRADE<br>2121 TORRES DRIVE<br>ST BERNARD LA 70085 |
| CREDITOR ID: 247603-12<br>DARLENE SMITH<br>907 WEST CRAWFORD STREET<br>QUINCY FL 32351 | CREDITOR ID: 266860-31<br>DARLING 2 EXPORT IMPORT INC<br>ATTN: SANDRA MACKEY<br>484 NW 165TH STREET RD<br>MIAMI FL 33169-6461 | CREDITOR ID: 247605-12<br>DARLING M CARON<br>29 KNIGHT STREET<br>WILLIAMSTON SC 29697 |
| CREDITOR ID: 247935-12<br>DARLING, DELORIS<br>5417 RICHMOND AVENUE<br>COLUNBUS, GA 31904 | CREDITOR ID: 247609-12<br>DARNELL KEYS<br>5428 FALCON RIDGE DRIVE<br>FORT WORTH, TX 76112-1111 | CREDITOR ID: 247610-12<br>DARNELL PLUMBING CO<br>1490 JEAN ST<br>MONTGOMERY, AL 36107-3125 |
| CREDITOR ID: 245346-12<br>DARNELL, CHRISTOPHER<br>24 TODD TERRACE<br>LONG BEACH MS 39560 | CREDITOR ID: 390223-54<br>DARNELL, HEATHER<br>9795 S. 200 WEST<br>BUNKER HILL IN 46914 | CREDITOR ID: 393658-55<br>DARNELL, HEATHER<br>C/O: JOE KIRKLAND ESQ.<br>KINSEY,TROXEL,JOHNSON TAX ID:59-1699468<br>438 E. GOVERNMENT STREET<br>PENSACOLA FL 32591 |
| CREDITOR ID: 406546-MS<br>DARNELL, JERRY<br>5100 FOREST CREEK RD.<br>RALEIGH NC 27606 | CREDITOR ID: 247611-12<br>DARRAH J CHICK<br>1820 WILSON ROAD<br>NEWBERRY SC 29108 | CREDITOR ID: 247612-12<br>DARREL A HAWKINS<br>2643 ACRON STREET<br>KENNER LA 70062 |
| CREDITOR ID: 247613-12<br>DARRELL B HANES<br>229 JOHN T FARABEE LANE<br>LEXINGTON NC 27295 | CREDITOR ID: 247614-12<br>DARRELL DARDEN<br>4008 E HILDA CIRCLE<br>DECATUR GA 30035 | CREDITOR ID: 247616-12<br>DARREN WOLFF<br>2615 TAYLORSVILLE ROAD<br>LOUISVILLE KY 40205-2335 |
| CREDITOR ID: 247617-12<br>DARRICK Q ALSEPT<br>164 PAMELA DRIVE<br>MOUNT STERLING KY 40353 | CREDITOR ID: 247618-12<br>DARRICK R ONEAL<br>804 CENTRAL AVENUE<br>DUBLIN GA 31021-5799 | CREDITOR ID: 406547-MS<br>DARROW, DARAN<br>952 LONG LAKE DR.<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 406548-MS<br>DARROW, SUSAN<br>952 LONG LAKE DR.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 247619-12<br>DARRYL Q GRADY<br>1924 HINCKLEY ROAD<br>ORLANDO FL 32818-0536 | CREDITOR ID: 247620-12<br>DARSCO, INC<br>ATTN R D SMITH, PRES<br>120 STOCKTON STREET<br>JACKSONVILLE, FL 32204-1736 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387909-54<br>DARSEY, MIRNA<br>8849 NW 119TH ST<br>APT 206<br>HIALEAH GARDENS, FL 33018 | CREDITOR ID: 392192-55<br>DARSEY, MIRNA<br>C/O ALEXIS IZQUIERDO, PA<br>ATTN ALEXIS IZQUIERDO ESQ<br>102 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 404521-95<br>DART CONTAINER CORP<br>PO BOX 101102<br>ATLANTA GA 30392-1102 |
| CREDITOR ID: 247621-12<br>DART CONTAINER CORP<br>ATTN FRANCIS X LIESMAN, LEGAL DEPT<br>500 HOGSBACK ROAD<br>MASON MI 48854 | CREDITOR ID: 279218-35<br>DART CONTAINER CORPORATION<br>ATTN: PAUL<br>500 HOGSBACK RD<br>MASON MI 48854 | CREDITOR ID: 247622-12<br>DARTEK COMPUTER SUPPLY CORP<br>PO BOX 4135<br>NAPERVILLE IL 60567-4135 |
| CREDITOR ID: 388721-54<br>DARWENT, SHEILA<br>109 ROCK LAKE ROAD<br>LONGWOOD FL 32750 | CREDITOR ID: 247623-12<br>DASPIT ELEMENTARY SCHOOL<br>1103 DASPIT RD<br>NEW IBERIA, LA 70563 | CREDITOR ID: 382554-51<br>DATA 21<br>3510 TORRANCE BLVD, SUITE 300<br>TORRANCE, CA 90503 |
| CREDITOR ID: 247624-12<br>DATA 21 INC<br>3510 TORRANCE BLVD<br>SUITE 300<br>TORRANCE CA 90503 | CREDITOR ID: 247625-12<br>DATA LINK SYSTEMS & SERVICES<br>PO BOX 7163<br>ORANGE PARK, FL 32073 | CREDITOR ID: 247626-12<br>DATA RESOURCES INC<br>PO BOX 5827<br>JACKSONVILLE, FL 32247-5827 |
| CREDITOR ID: 397286-69<br>DATA SAVERS<br>600 NORTH ELLIS ROAD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 247627-12<br>DATA SPECIFICS CORP<br>3931 WOOD DUCK DR<br>SPRINGFIELD, IL 62707 | CREDITOR ID: 247628-12<br>DATA SUPPLIES INC<br>PO BOX 102413<br>ATLANTA GA 30368-0413 |
| CREDITOR ID: 247629-12<br>DATA SUPPORT CO INC<br>PO BOX 261338<br>ENCINO, CA 91426 | CREDITOR ID: 247630-12<br>DATACOM MARKETING<br>1 CHESTNUT ST SUITE 91<br>NASHUA NH 03060 | CREDITOR ID: 247631-12<br>DATAPROBE INC<br>11 PARK PLACE<br>PARAMUS NJ 07652 |
| CREDITOR ID: 247632-12<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 382555-51<br>DATASOURCE<br>1805 ARABIAN AVE<br>NAPERVILLE, IL 60565 | CREDITOR ID: 247634-12<br>DATAWAVE<br>145 ROUTE 46 WEST<br>WAYNE, NJ 07470 |
| CREDITOR ID: 399487-82<br>DATCHER, ARNGELETTA<br>2214 CRESTWELL ROAD<br>HARPERSVILLE  AL 35078 | CREDITOR ID: 385618-54<br>DAUGHERTY, KIMBERLY<br>1064 HORSESHOE CIRCLE<br>BYRAM, MS 39272 | CREDITOR ID: 390909-55<br>DAUGHERTY, KIMBERLY<br>C/O: RICHARD SWARTZ<br>SCHWARTZ & ASSOCIATES, P.A.<br>POST OFFICE BOX 3949<br>JACKSON MS 39207 |
| CREDITOR ID: 386640-54<br>DAUGHTRY, EVELYN<br>2960 HILLABEE RD<br>RAMER AL 36069 | CREDITOR ID: 392643-55<br>DAUGHTRY, JAMES R<br>C/O: ROBIN E. HUDSON<br>LAW OFFICE OF ROBIN E. HUDSON<br>PO BOX 6374<br>RALEIGH NC 27628 | CREDITOR ID: 388581-54<br>DAUGHTRY, JAMES R<br>106 MAPLE DRIVE<br>SMITHFIELD NC 27577 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

CREDITOR ID: 247635-12
DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA, WA 98513

CREDITOR ID: 404522-95
DAUKSCH FAMILY PARTNERSHIP
8323 16TH AVE NW
SEATTLE WA 98117

CREDITOR ID: 266862-31
DAUPHIN GATE NGHBORHOOD NETWRK
ATTN: DEE EDWARDS
3250 DAUPHIN ST
MOBILE AL 36606-4058

CREDITOR ID: 386715-54
DAVADI, ELISA
3032 S.W. 18TH ST
MIAMI FL 33145

CREDITOR ID: 391657-55
DAVADI, ELISA
C/O: HARVEY FRIEDMAN, ESQUIRE
FRIEDMAN, RODMAN & FRANK, P.A.
3636 WEST FLAGLER STREET
MIAMI FL 33135

CREDITOR ID: 247636-12
DAVAN FLOORS INC
PO BOX 87
HIGHLAND SPRINGS VA 23075

CREDITOR ID: 247637-12
DAVE BURGESS
4551 SE 193 PLACE
BURGESS SEAFOOD
YANKEETOWN FL 34498

CREDITOR ID: 247638-12
DAVE C LUTMAN
6182 POLKA ROAD
MAXVILLE FL 32234

CREDITOR ID: 247639-12
DAVE D HARRIS
6192 RALEIGH STREET, APT 308
ORLANDO FL 32835

CREDITOR ID: 247640-12
DAVE PEREZ
1653 YATES AVENUE
BRONX NY 10461

CREDITOR ID: 247643-12
DAVE WHITE
7451 NW 41 COURT
LAUDERHILL FL 33319

CREDITOR ID: 387055-54
DAVENPORT, CATHERINE
2761 BM MONTGOMERY STREET
HOMEWOOD AL 35209

CREDITOR ID: 400651-91
DAVENPORT, DENNIS R
310 GENTRY RUN
GREENWOOD SC 29649

CREDITOR ID: 386947-54
DAVENPORT, ROSE
756 MIMOSA BLVD B-1
ROSWELL GA 30075

CREDITOR ID: 247644-12
DAVE'S IMPORTS
6824 NORTH MAIN STREET
JACKSONVILLE FL 32208

CREDITOR ID: 395641-65
DAVE'S LAWN CARE
3904 LANDLINE ROAD
SELMA, AL 36701

CREDITOR ID: 397287-69
DAVE'S LAWN CARE A/K/A
A&W LAWN CARE
PO BOX 386
AUTAUGAVILLE, AL 36003

CREDITOR ID: 247646-12
DAVES LAWN SERVICE
3904 LANDLINE ROAD
DAVE CROCKER
SELMA, AL 36701

CREDITOR ID: 374546-44
DAVE'S LAWN SERVICE
ATTN DAVE CROCKER
3904 LANDLINE ROAD
SELMA, AL 36701

CREDITOR ID: 247645-12
DAVE'S POWER SWEEPING
8685 93RD AVENUE NORTH
SEMINOLE FL 33777

CREDITOR ID: 247647-12
DAVES TREE SERVICE
2828 E QUAIL CT
INVERNESS, FL 34452

CREDITOR ID: 247648-12
DAVES WELDING
7308 ST CLAUDE AVE SUITE H
ARABI LA 70032

CREDITOR ID: 374547-44
DAVE'S WELDING
7308 ST CLAUDE AVENUE, SUITE H
ARABI, LA 70032

CREDITOR ID: 374889-44
DAVES, FENA
CHR DIV STORE#1034
HEAD CASHIER
539 PETE MANN ROAD
BREVARD, NC 28712

CREDITOR ID: 386608-54
DAVEY, MARY
114 ANCHORAGE
FLAGLER BEACH FL 32136

CREDITOR ID: 391613-55
DAVEY, MARY
C/O: MIKE HOWARD
FREDERICK C. MORELLO, PA
118 ORANGE AVENUE
DAYTONA BEACH FL 32114

CREDITOR ID: 247649-12
DAVID A HEUERMANN
3431 LAKESHORE LANE
CLEARWATER FL 33761

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247650-12<br>DAVID B GOBER<br>3280 GRANDVIEW ROAD<br>MILLBROOK AL 36054 | CREDITOR ID: 247651-12<br>DAVID B LAHOOD<br>2637 RED LEAF DRIVE<br>LEXINGTON KY 40509 | CREDITOR ID: 247652-12<br>DAVID BROWN<br>1005 LANGSTON PARK DRIVE<br>HOPEWELL VA 23860 |
| CREDITOR ID: 247654-12<br>DAVID BUSBY<br>2800 OLD DAWSON RD<br>ALBANY GA 31707 | CREDITOR ID: 247655-12<br>DAVID C CLARK<br>PO BOX 90<br>PINKARD AL 36371 | CREDITOR ID: 247656-12<br>DAVID CREECH<br>1017 POPLAR CREEK TR<br>RALEIGH NC 27610 |
| CREDITOR ID: 247657-12<br>DAVID D WELLS<br>600 CHIEFTAIN<br>FAIRDALE KY 40118 | CREDITOR ID: 247658-12<br>DAVID DAVIDSON<br>PO BOX 557314<br>MIAMI FL 33255 | CREDITOR ID: 247659-12<br>DAVID DAVIS<br>1905 CHORKEE<br>DOTHAN AL 36303 |
| CREDITOR ID: 247660-12<br>DAVID DORMINEY<br>1655 CR 119<br>BRYCEVILLE FL 32009 | CREDITOR ID: 247661-12<br>DAVID E SHANKLE<br>100 KNOBB HILL ROAD<br>JOHNSON CITY TN 37601 | CREDITOR ID: 247664-12<br>DAVID F CAMPBELL<br>521 21 ST AVENUE SOUTH<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 247665-12<br>DAVID F CAMPBELL<br>521 21ST AVENUE SOUTH<br>BIRMINGHAM AL 35202 | CREDITOR ID: 247666-12<br>DAVID FULLER<br>PAID THREW P CARD<br>2414 BEALLSVILLE ROAD<br>MARIANNA PA 15345 | CREDITOR ID: 247667-12<br>DAVID G PITTMAN<br>120 N SUBER ROAD<br>GREER SC 29651 |
| CREDITOR ID: 247668-12<br>DAVID G WADE<br>7541 WOODFIELD ROAD<br>VALDOSTA GA 31601 | CREDITOR ID: 247669-12<br>DAVID H BURCHETTE<br>PO BOX 1723<br>LUMBERTON NC 28359 | CREDITOR ID: 247670-12<br>DAVID HAHN<br>2773 CR 4156<br>BUSHNELL FL 33513 |
| CREDITOR ID: 240377-06<br>DAVID HASTINGS<br>3925 HWY 190 W<br>HAMMOND, LA 70401 | CREDITOR ID: 247672-12<br>DAVID HOLCOMB<br>2080 SOUTH FRONTAGE RD<br>VICKSBURG MS 39180 | CREDITOR ID: 247673-12<br>DAVID I HAIRSTON<br>2202 ML KING DRIVE<br>COLUMBUS MS 39701 |
| CREDITOR ID: 247674-12<br>DAVID J BANNINGA<br>2627 EL CAPITAN DRIVE<br>SANFORD FL 32773 | CREDITOR ID: 266863-31<br>DAVID J BROWER LTD<br>ATTN: DAVID J BROWER<br>612 SHADYLAWN RD<br>CHAPEL HILL NC 27514-2009 | CREDITOR ID: 247675-12<br>DAVID J CRAFT<br>702 MEDIA TERRACE<br>SEBASTIAN FL 32958 |
| CREDITOR ID: 247676-12<br>DAVID J GIRARD<br>10636 GANDY BLVD #21<br>ST PETERSBURGH FL 33702-0140 | CREDITOR ID: 247677-12<br>DAVID J HAWES<br>2284 RIVER PARK CIRCLE, APT 1016<br>ORLANDO FL 32817 | CREDITOR ID: 247678-12<br>DAVID J MOEN<br>23291 GRUBBS ROAD<br>BROOKSVILLE FL 34601 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247679-12<br>DAVID J SAUNDERS<br>3815 WILLFORD STREET<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 247681-12<br>DAVID L COODY<br>3982 HOLSTON WAY<br>VALDOSTA GA 31601 | CREDITOR ID: 247682-12<br>DAVID L WOOD<br>22 MITCHELL ROAD<br>SPRING HOPE NC 27882-0980 |
| CREDITOR ID: 247683-12<br>DAVID L. DUKES<br>2700 MARY STREET, APT 83<br>SLIDELL LA 70458 | CREDITOR ID: 247684-12<br>DAVID LOBB<br>4025 EDEN LANE<br>LOUISVILLE KY 40216 | CREDITOR ID: 247685-12<br>DAVID M BUSH & ASSOCIATES INC<br>4191 SAN JUAN AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 247686-12<br>DAVID M CASCIO<br>2229 SPRUCEWOOD DRIVE<br>BATON ROUGE LA 70816-0580 | CREDITOR ID: 247687-12<br>DAVID M MEDLIN<br>604 OLD STAGE COACH ROAD<br>CAMDEN SC 29020 | CREDITOR ID: 247688-12<br>DAVID MCSWANE<br>30 ELLIOTT COURT<br>MARTINSVILLE IN 46151 |
| CREDITOR ID: 247690-12<br>DAVID MULKEY<br>1395 NEW HOPE ROAD<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 404524-95<br>DAVID OPPENHEIMER & COMPANY<br>PO BOX 66512<br>AMF O'HARE<br>CHICAGO IL 60666-0512 | CREDITOR ID: 278869-30<br>DAVID OPPENHEIMER & COMPANY<br>PO BOX 3409<br>BUFFALO, NY 14240-3409 |
| CREDITOR ID: 247694-12<br>DAVID P CATRON<br>3139 LONGVIEW DRIVE<br>COLLINSVILLE VA 24078 | CREDITOR ID: 247695-12<br>DAVID P MORROW<br>150 HOWELL CIRCLE, APT 150<br>GREENVILLE SC 29615 | CREDITOR ID: 247696-12<br>DAVID P ROGERS JR TRUSTEE<br>PO BOX 10848<br>BIRMINGHAM, AL 35202 |
| CREDITOR ID: 247697-12<br>DAVID PETERS<br>62 SHADY OAK COURT<br>DALLAS GA 30157 | CREDITOR ID: 247698-12<br>DAVID PETTWAY<br>5255 OAKRIDGE ROAD<br>VICKSBURG MS 39183 | CREDITOR ID: 247699-12<br>DAVID PORTER<br>6229 WEST FL CIRCLE<br>APOLLOBEACH FL 33572 |
| CREDITOR ID: 374564-44<br>DAVID PUGH<br>NOL DIV #1342<br>2605 BAY CIRCLE<br>TUPELO MS 38801 | CREDITOR ID: 247700-12<br>DAVID P LOGAN<br>5908 BELL RIDGE TRAIL<br>PENSACOLA FL 32526 | CREDITOR ID: 278443-24<br>DAVID R. KRUG & ASSOCIATES<br>W/D LEXINGTON LLC<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 |
| CREDITOR ID: 247701-12<br>DAVID RAANAN<br>3680 MOONBAY CIRCLE<br>WELLINGTON FL 33414 | CREDITOR ID: 247703-12<br>DAVID RITCEY<br>5105 4TH STREET EAST<br>BRADENTON FL 34203 | CREDITOR ID: 247705-12<br>DAVID S HARRISON<br>955 51ST STREET NORTH<br>UNIT 204<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 247706-12<br>DAVID SAUNDERS<br>2952 HADLEIGH COURT<br>CLEARWATER FL 33761 | CREDITOR ID: 247707-12<br>DAVID SHAWN LANGDON<br>265 SANDY LANE<br>SMITHFIELD NC 27577 | CREDITOR ID: 247708-12<br>DAVID SIMON ELECTRIC<br>370 AMANDA C<br>SHEPHERDSVILLE, KY 40165 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247709-12<br>DAVID SIMON ELECTRIC INC<br>PO BOX 91393<br>LOUISVILLE, KY 40291 | CREDITOR ID: 247710-12<br>DAVID SMITH<br>10019 DUNRAVEN DRIVE<br>CINCINNATI OH 45251 | CREDITOR ID: 266864-31<br>DAVID STPETERS HOME IMPRVS<br>ATTN: DAVID STPETER<br>1821 HAMMOCK MOSS DR<br>ORLANDO FL 32820-2233 |
| CREDITOR ID: 247711-12<br>DAVID T EDWARDS<br>1735 MOSAIC FOREST DRIVE<br>SEFFNER FL 33584 | CREDITOR ID: 247712-12<br>DAVID TATE<br>185 EAGLE LANE<br>PENDERGRASS GA 30567 | CREDITOR ID: 247713-12<br>DAVID UGALDE<br>14172 WEST HOFFMAN ROAD<br>HAMMOND LA 70403 |
| CREDITOR ID: 247714-12<br>DAVID V LARIZ JR<br>3354 FLAGER AVENUE<br>KET WEST FL 33040 | CREDITOR ID: 247715-12<br>DAVID VARTANIAN<br>4353 OTTER WAY<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 247716-12<br>DAVID W EDWARDS ATTORNEY AT LAW<br>PO BOX 458<br>PARIS, TN 38242 |
| CREDITOR ID: 247717-12<br>DAVID W GREENHOWARD<br>903 WOODSIDE CIRCLE<br>KISSIMMEE FL 34741 | CREDITOR ID: 247719-12<br>DAVID WALTERS<br>6350 60TH AVENUE NORTH<br>ST PETERSBURG FL 33709 | CREDITOR ID: 247035-12<br>DAVID, CORY<br>409 FLAGG ROAD<br>HOLLY SPRINGS NC 27540 |
| CREDITOR ID: 386890-54<br>DAVID, DANNIELLE<br>7305 HOLLAND PLACE NORTHWEST<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 394311-56<br>DAVID, DARRYL<br>4035 KINGSPORT ROAD<br>ORLANDO FL 32839 | CREDITOR ID: 390232-54<br>DAVID, JASON<br>15 CAMERON COVE<br>WETUMPKA AL 36092 |
| CREDITOR ID: 393663-55<br>DAVID, JASON<br>C/O: CATHY DONOHOE<br>LAW OFFICES OF DONOHOE & STAPLETON<br>ONE DEXTER AVE<br>MONTGOMERY AL 36104 | CREDITOR ID: 387972-54<br>DAVID, TANYA<br>15455 NE 6TH AVENUE<br>APT C-402<br>MIAMI, FL 33168 | CREDITOR ID: 392253-55<br>DAVID, TANYA<br>C/O: STEVEN LUBELL<br>LUBELL & ROSEN<br>18250 NW 2ND AVE<br>SUITE C<br>MIAMI FL 33169 |
| CREDITOR ID: 389598-54<br>DAVIDOW, JOEL<br>7900 SW 98TH TERR<br>MIAMI, FL 33156 | CREDITOR ID: 393264-55<br>DAVIDOW, JOEL<br>C/O: MITCHELL S. ZEIGER, ESQUIRE<br>LAW OFFICES OF MITCHELL S. ZEIGER<br>16625 SW 74TH CT. STE. A<br>VILLAGE OF PALMETTO BAY FL 33157 | CREDITOR ID: 247720-12<br>DAVID'S SIGNS<br>8048 HWY 19 N<br>COLLINSVILLE MS 39325 |
| CREDITOR ID: 247721-12<br>DAVIDSON COUNTY TAX COLLECTOR<br>ATTN JUDY L CAMPEN<br>PO BOX 1577<br>LEXINGTON NC 27293-1577 | CREDITOR ID: 247723-12<br>DAVIDSON D VERNON<br>430 LEYSWOOD DRIVE<br>GREENVILLE SC 29615 | CREDITOR ID: 266865-31<br>DAVIDSON HOUSING COALITION<br>ATTN: WILL BRADSHAW<br>212 GAMBLE ST<br>DAVIDSON NC 28036 |
| CREDITOR ID: 247724-12<br>DAVIDSON WATER INC<br>ATTN MARY PANGAN, OFF SUPERV<br>PO BOX 969<br>WELCOME, NC 27374-0969 | CREDITOR ID: 403254-92<br>DAVIDSON, EDNA<br>119 FIRETOWER ROAD<br>LEESBURG GA 31763 | CREDITOR ID: 386007-54<br>DAVIDSON, IRIS<br>C/O BROWN, TERRELL, HOGAN, ET AL<br>ATTN CARROLL CAYER<br>233 EAST BAY STREET, SUITE 804<br>JACKSONVILLE, FL 32202 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389054-54
DAVIDSON, NERIDA
8335 KELSO DR
PALM BEACH GARDENS FL 33418-6019

CREDITOR ID: 392952-55
DAVIDSON, NERIDA
C/O LAWRENCE S. KLITZMAN PA
LAW OFFICE OF
2200 NORTH COMMERCE PARKWAY
SUITE 206
WESTON FL 33326

CREDITOR ID: 388058-54
DAVIDSON, SCOTT
5400 CALLAWAY ST
PORT CHARLOTTE, FL 33981

CREDITOR ID: 247725-12
DAVIDSONS BROKERAGE
PO BOX 851
SALISBURY NC 28144

CREDITOR ID: 266866-31
DAVIE CMNTY REDEVELOPMENT AGCY
ATTN: WILL ALLEN
4700 SW 64TH AVE STE C
FORT LAUDERDALE FL 33314-4433

CREDITOR ID: 403497-93
DAVIE PLAZA LIMITED PARTNERSHIP
C/O ERIC S. KLEINMAN
KLEINMAN & ARRIZABALAGA, P.A
150 SE 2ND AVENUE, SUITE 1105
MIAMI FL 33131

CREDITOR ID: 315777-40
DAVIE PLAZA LP
7000 W PALMETTO PARK ROAD
SUITE 40
BOCA RATON, FL 33433

CREDITOR ID: 400144-86
DAVIES, GLEN
4480 US 1
MALABAR  FL 32950

CREDITOR ID: 247727-12
DAVIESS COUNTY SHERIFF
212 SAINT ANN STREET
PROPERTY TAX
OWENSBORO KY 42303-4148

CREDITOR ID: 318654-43
DAVIESS COUNTY SHERIFF
COUNTY SHERIFF
OWENSBORO, KY 42303-4148

CREDITOR ID: 247728-12
DAVIN J WATSON
2100 HIATUS ROAD
PEMBROKE PINES FL 33026

CREDITOR ID: 399416-99
DAVIS & FIELDS PC
ATTN: RICHARD DAVIS
PO BOX 2925
DAPHNE AL 36526

CREDITOR ID: 247729-12
DAVIS CHATMAN III
PO BOX 100544
IRONDALE AL 35210

CREDITOR ID: 247730-12
DAVIS CONCRETE PRODUCTS INC
PO BOX 697
PHENIX CITY, AL 36868-0697

CREDITOR ID: 247731-12
DAVIS EXPRESS INC
PO BOX 1276
STARKE, FL 32091-1276

CREDITOR ID: 247732-12
DAVIS INDUSTRIAL ELECTRIC,INC
PO BOX 1568
VALDOSTA, GA 31603-1568

CREDITOR ID: 247733-12
DAVIS MILL STATION
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
BUILDING 1478 SUITE 200
MARIETTA, GA 30067

CREDITOR ID: 247734-12
DAVIS SAFE & LOCK
3208 W TENNESSEE STREET
TALLAHASSEE, FL 32304

CREDITOR ID: 247735-12
DAVIS SLAUGHTER HOUSE
12381 CEDAR LAKE ROAD
BILOXI, MS 39532

CREDITOR ID: 247736-12
DAVIS TIRE & AUTO SERVICE
5758 TERRY ROAD
BYRAM MS 39272

CREDITOR ID: 404527-95
DAVIS TRANSFER CO INC
PO BOX 650
CARNESVILLE GA 30521

CREDITOR ID: 247737-12
DAVIS TRANSFER CO INC
PO BOX 1070
CHARLOTTE, NC 28208-1070

CREDITOR ID: 266867-14
DAVIS VIRGIE INCOME
ATTN: VIRGIE DAVIS
3000 HIGHWAY 1
LABADIEVILLE LA 70372-2409

CREDITOR ID: 247738-12
DAVIS WRECKER
407 INDUSTRIAL PARK RD
BROOKHAVEN MS 39601

CREDITOR ID: 241618-12
DAVIS, ADRIAN C
PO BOX 394
FRANKLIN, LA 70538

CREDITOR ID: 388259-54
DAVIS, ALLAN
220 PARK AVENUE - PLANTATION M
ROOM #216
THOMASVILLE GA 31792

CREDITOR ID: 406549-MS
DAVIS, ANDREW D.
P.O. BOX 19366
JACKSONVILLE FL 32245

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243390-12<br>DAVIS, BETH ANN<br>124 INGERSOLL LOOP<br>FT BENNING, GA 31905 | CREDITOR ID: 243522-12<br>DAVIS, BILLIE<br>201 MARRERO AVENUE<br>BRIDGE CITY LA 70094 | CREDITOR ID: 406550-MS<br>DAVIS, BILLY M.<br>7601 LA BARRINGTON BLVD.<br>POWELL TN 37849 |
| CREDITOR ID: 243848-12<br>DAVIS, BRANDALYN<br>PO BOX 482<br>SANDERSVILLE MS 39477 | CREDITOR ID: 393583-55<br>DAVIS, CHANTIL<br>C/O JEFFREY H WOLFSON LAW OFFICES<br>ATTN JEFFREY H WOLFSON, ESQ<br>633 S FEDERAL HWY, SUITE 300<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 390128-54<br>DAVIS, CHANTIL<br>20721 NW 17TH AVE #306<br>MIAMI, FL 33056 |
| CREDITOR ID: 394302-56<br>DAVIS, CURTIS<br>P.O. BOX 784<br>CARROLLTON GA 30117 | CREDITOR ID: 374522-44<br>DAVIS, DANIELLE<br>4642 HAUCK<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 392971-55<br>DAVIS, DAVON (MINOR)<br>C/O WILLIE J WALKER, ESQ<br>THE WALKER LAW OFFICES, P.A.<br>625 WEST UNION ST.<br>SUITE C<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 389079-54<br>DAVIS, DAVON (MINOR)<br>11501 HARTS ROAD APT. 103<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 247813-12<br>DAVIS, DEBBIE<br>5566 HWY 11 NORTH<br>GRIFTON, NC 28530 | CREDITOR ID: 403664-94<br>DAVIS, DEBORAH D<br>16105 CANTON CT<br>TAMPA FL 33647-0121 |
| CREDITOR ID: 390100-54<br>DAVIS, EARLENE<br>2319 CLEAVER ST<br>BRUNSWICK, GA 31520 | CREDITOR ID: 393556-55<br>DAVIS, EARLENE<br>C/O: BENJAMIN S. EICHHOLZ<br>THE LAW OFFICES OF BENJAMIN SHEFTALL  E<br>P.O. BOX 15639<br>SAVANNAH GA 31416 | CREDITOR ID: 385511-54<br>DAVIS, EDNA<br>PO BOX 1635<br>VARNVILLE, SC 29944 |
| CREDITOR ID: 390810-55<br>DAVIS, EDNA<br>C/O: PAUL DETRICK, ESQ.<br>PETERS, MURDAUGH,PARKER, ELTZROTH & DETR<br>123 WALTER ST.<br>P.O. BOX 1164<br>WALTERBORO SC 29488 | CREDITOR ID: 386539-54<br>DAVIS, EDWARD<br>11303 ASH RD<br>NORTHPORT AL 35476 | CREDITOR ID: 391569-55<br>DAVIS, EDWARD<br>C/O FRANK M. CAUTHEN, JR. P.C.<br>FRANK M. CAUTHEN, JR., ATTORNEY AT LAW<br>601 GREENSBORO AVENUE, STE 1-A<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 387418-54<br>DAVIS, ELEAST<br>2214 FRERET STREET<br>NEW ORLEANS, LA 70113-2404 | CREDITOR ID: 391970-55<br>DAVIS, ELEAST<br>C/O WARREN A FORSTALL JR, PLC<br>ATTN WARREN A FORSTALL JR, ESQ<br>320 N CARROLLTON AVENUE, SUITE 200<br>NEW ORLEANS LA 70119-5111 | CREDITOR ID: 389700-54<br>DAVIS, ELIZABETH<br>350 LIBERTY AVENUE #19<br>MOUNT DORA FL 32757 |
| CREDITOR ID: 393339-55<br>DAVIS, ELIZABETH<br>C/O: JOSEPH A. MOONEYHAM<br>THOMAS MONNEY<br>PO BOX 8359<br>GREENVILLE' SC 29604 | CREDITOR ID: 385934-54<br>DAVIS, ESTELLA<br>2754 CONTI STREET<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 391168-55<br>DAVIS, ESTELLA<br>C/O: ROBERT P. BLACKBURN<br>FRANK G. DESALVO<br>201 SOUTH GALVEZ ST.<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 406551-MS<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DR. WEST<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 389310-54<br>DAVIS, FELIX<br>1512 SPINDLEWHEEL DRIVE<br>THOMASVILLE GA 31792 | CREDITOR ID: 381289-47<br>DAVIS, FREEDA<br>175 SOUTH EAST 7TH STREET<br>DEERFIELD BEACH, FL 33351 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386194-54<br>DAVIS, GENEVA<br>1109 BERTDALE<br>MCCOMB, MS 39648 | CREDITOR ID: 385453-54<br>DAVIS, GLORIA<br>173 W.13TH STREET<br>RIVIERA BEACH, FL 33404 | CREDITOR ID: 390755-55<br>DAVIS, GLORIA<br>C/O: JOHN A. KOVARIK, ESQ.<br>JOHN A. KOVARIK, ESQ., P.A.<br>224 DATURA ST.<br>#1013<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 394241-56<br>DAVIS, HENRY<br>820 32ND ST. E<br>PALMETTO, FL 34221 | CREDITOR ID: 400418-85<br>DAVIS, HENRY<br>KALLINS, LITTLE, DELGADO & OPSTAL<br>ATTN SCOTT B KALLINS, ESQ<br>433 8TH AVE WEST<br>PALMETTO FL 34221 | CREDITOR ID: 387512-54<br>DAVIS, JAMES<br>132 SUGARHILL RD<br>MONROEVILLE AL 36460 |
| CREDITOR ID: 388551-54<br>DAVIS, JASHA (MINOR)<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 | CREDITOR ID: 392623-55<br>DAVIS, JASHA (MINOR)<br>C/O: EDWARD WIGGINS<br>FUNCHES & ASSOCIATES<br>1617 ROBINSON ST<br>JACKSON MS 39209 | CREDITOR ID: 387409-54<br>DAVIS, JOHN<br>350 NEWBERRY ST NW<br>AIKEN, SC 29801 |
| CREDITOR ID: 406552-MS<br>DAVIS, JOHN W.<br>12553 HIGHVIEW DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 403667-94<br>DAVIS, LARRY T<br>911 MADISON AVE<br>VALDOSTA GA 31602 | CREDITOR ID: 386928-54<br>DAVIS, LATANGI<br>206 WASHINGTON AVE<br>HAMMOND LA 70403 |
| CREDITOR ID: 406553-MS<br>DAVIS, LAURA J.<br>1048 BRANDYWINE ST.<br>JACKSONVILLE FL 32208 | CREDITOR ID: 388229-54<br>DAVIS, LEON<br>614 G. I. COURT<br>CLEVELAND MS 38732 | CREDITOR ID: 387407-54<br>DAVIS, MARIA T<br>2440 NW 35TH ST, APT NO 1811<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 387407-54<br>DAVIS, MARIA T<br>JO AMM HOFFMAN, MOORE BAISDEN ETAL<br>ATTN: STUART A NELSON, ESQ.<br>4403 W TRADEWINDS AVE<br>LAUDERDALE BY THE SEA FL 33308 | CREDITOR ID: 389119-54<br>DAVIS, MARINA M<br>3112 LANDTREE PLACE<br>ORLANDO, FL 32812 | CREDITOR ID: 393003-55<br>DAVIS, MARINA M<br>C/O: DAVID MALLEN<br>LAW OFFICE OF DAVID E. MALLEN, P.A.<br>P.O. BOX 2147<br>ORLANDO FL 32802 |
| CREDITOR ID: 376074-44<br>DAVIS, MARK T.<br>RAL DIV STORE# 1243<br>478 HOWARD RD. SOUTH EAST<br>THOMSON, GA 30824 | CREDITOR ID: 397869-76<br>DAVIS, MARKEETIA<br>1480 TRAXLER ROAD<br>UTICA, MS 39175 | CREDITOR ID: 388834-54<br>DAVIS, MARTHA A<br>246 W HIGHLANDER<br>HARVEST AL 35749 |
| CREDITOR ID: 388834-54<br>DAVIS, MARTHA A<br>737 NANCE ROAD<br>MADISON AL 35757 | CREDITOR ID: 256025-12<br>DAVIS, MELISSA A<br>3621 COLORADO AVENUE<br>KENNER LA 70065 | CREDITOR ID: 256043-12<br>DAVIS, MELODY<br>47383 BRITTANI LANE<br>ID# 138470<br>HAMMOND, LA 70401 |
| CREDITOR ID: 384241-47<br>DAVIS, MICHELLE<br>PO BOX 75739<br>JACKSON, MS 39282-5739 | CREDITOR ID: 387890-54<br>DAVIS, MIKE<br>PO BOX 235<br>MAYLENE, AL 35114 | CREDITOR ID: 392172-55<br>DAVIS, MIKE<br>C/O: JAMES V. GREEN<br>JAMES V. GREEN JR., P.C.<br>P. O. BOX 878<br>ALABASTER AL 35007 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387756-54<br>DAVIS, MINNIE<br>6616 36TH STREET<br>TUSCALOOSA AL 35401 | CREDITOR ID: 256792-12<br>DAVIS, MURIEL<br>5296 BOSQUE LANE UNIT 61<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 387957-54<br>DAVIS, PATRICIA A<br>1783 N CONGRESS<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 387957-54<br>DAVIS, PATRICIA A<br>C/O KELLER KELLER & CARACUZZO, PA<br>ATTN JOHN A CARACUZZO ESQ<br>224 DATURA STREET SUITE 1205<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 374581-44<br>DAVIS, REGENIA, A<br>569 FLINT HILL RD<br>BESSEMER, AL 35022 | CREDITOR ID: 387513-54<br>DAVIS, RONALD<br>14704 BEACON HILL<br>MIDLOTHIAN VA 23112 |
| CREDITOR ID: 388885-54<br>DAVIS, ROYAL<br>2506 JAMMES RD<br>APT 21<br>JACKSONVILLE FL 32210 | CREDITOR ID: 392812-55<br>DAVIS, ROYAL<br>C/O: MICHAEL RUDOLPH<br>HARRIS, GUIDI, ROSNER, & MORDECAI, P.A.<br>1837 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 260980-12<br>DAVIS, SHIRLEY<br>3448 DRAYTON CR<br>VALDOSTA, GA 31605 |
| CREDITOR ID: 386814-54<br>DAVIS, SHYNITA<br>4903 PARKTOWNE WAY 91<br>MONTGOMERY AL 36116 | CREDITOR ID: 386514-54<br>DAVIS, SONYA<br>1304 RIVER ROAD<br>PIEDMONT SC 29673 | CREDITOR ID: 391626-55<br>DAVIS, SONYA<br>C/O: THOMAS GAGNE<br>500 POINSETT HIGHWAY<br>GREENVILLE SC 29673 |
| CREDITOR ID: 391550-55<br>DAVIS, SONYA<br>C/O WADE MAX WILLIAMS ESQ.<br>THOMAS GAGNE<br>500 POINSETT HIGHWAY<br>GREENVILLE SC 29609 | CREDITOR ID: 374582-44<br>DAVIS, STEPHANIE,<br>1625 SANTA ANITA DR<br>LYNN HAVEN, FL 32444 | CREDITOR ID: 406555-MS<br>DAVIS, T. WAYNE<br>1910 SAN MARCO BLVD<br>JACKSON FL 32207 |
| CREDITOR ID: 392374-55<br>DAVIS, THELMA<br>C/O: RAYMOND L. CROWELL, ESQ.<br>SARTAIN, MCKAY & CROWELL<br>915 INTERSTATE RIDGE<br>STE. A<br>GAINESVILLE GA 30501 | CREDITOR ID: 262966-12<br>DAVIS, THOMAS E<br>9121 SW 201TH STREET<br>MIAMI, FL 33189 | CREDITOR ID: 388272-54<br>DAVIS, WILLIAM<br>639 RAMONA LANE<br>ORLANDO FL 32804 |
| CREDITOR ID: 388461-54<br>DAVIS, YVONNE<br>2715 CONNALLY DR<br>ATLANTA, GA 30311 | CREDITOR ID: 388450-54<br>DAVIS, YVONNE<br>7909 CEZANNE DR.<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 392545-55<br>DAVIS, YVONNE<br>C/O: KRISTENE R.BROWN<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 392556-55<br>DAVIS, YVONNE<br>C/O: ELDRIDGE SUGGS<br>THE SUGGS LAW FIRM<br>506 WEST EVANS ST.<br>P.O. DRAWER 591<br>FLORENCE SC 29503 | CREDITOR ID: 388558-54<br>DAVISON, ALBERTA<br>9370 HIGHWAY 21 NORTH<br>PETERMAN, AL 36471 | CREDITOR ID: 388024-54<br>DAVISON, AMANDA<br>927 NW 47TH ST<br>MIAMI, FL 33127 |
| CREDITOR ID: 392300-55<br>DAVISON, AMANDA<br>C/O MARK SCHIFFRIN, PA<br>ATTN MARK SCHIFFRIN, ESQ<br>4600 SHERIDAN STREET, SUITE 303<br>HOLLYWOOD FL 33021 | CREDITOR ID: 406556-MS<br>DAVIT, PETE A<br>617 WATAGA DR<br>LOUISVILLE KY 40206 | CREDITOR ID: 388797-54<br>DAWES, LINDA<br>C/O PARKS & PARKS, PA<br>ATTN SHERRY L PARKS, ESQ<br>9370 SW 72ND STREET, STE A-266<br>MIAMI FL 33173 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389544-54
DAWKINS, KATHY
8806 3RD AVE
JACKSONVILLE, FL 32208

CREDITOR ID: 393215-55
DAWKINS, KATHY
C/O: J. SCOTT NOONEY
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 247739-12
DAWN C HENDRY
1048 SW 1ST TERRACE
POMPANO BEACH FL 33060

CREDITOR ID: 374584-44
DAWN ENTERPRISES
712 BREAD & MILK STREET
COVENTRY, CT 06238-1052

CREDITOR ID: 247740-12
DAWN FARR
PO BOX  795
GLOVERVILLE SC 29828

CREDITOR ID: 382006-99
DAWN FOOD PRODUCTS
C/O BARNES & THORNBURG LLP
ATTN: WENDY D BREWER
11 SOUTH MERIDIAN ST
INDIANAPOLIS IN 46204-3535

CREDITOR ID: 247743-12
DAWN FOOD PRODUCTS
SECTION 215
LOUISVILLE KY 40289

CREDITOR ID: 247742-12
DAWN FOOD PRODUCTS
ATTN BOB LYSKO, DIR OF CREDIT
3333 SARGENT ROAD
JACKSON MI 49201

CREDITOR ID: 247741-12
DAWN FOOD PRODUCTS
215 45TH ST
MUNSTER, IN 46321

CREDITOR ID: 247744-12
DAWN FOOD PRODUCTS INC
PO BOX 14032
LOUISVILLE, KY 40214-0032

CREDITOR ID: 374586-44
DAWN FOODS PRODUCTS INC
2021 MICOR DR
JACKSON MI 49203

CREDITOR ID: 247745-12
DAWN FOODS PRODUCTS INC
3333 SARGENT  ROAD
JACKSON, MI 49201

CREDITOR ID: 381942-50
DAWN INVESTMENTS LIMITED
ATTN: MR. KENNETH RUSSELL
PO BOX 570
NASSAU,
BAHAMAS

CREDITOR ID: 247748-12
DAWN KIRBY
1027 30TH STREET SOUTH
APT J1
BIRMINGHAM AL 35205

CREDITOR ID: 247749-12
DAWN LYONS
4020 HAMBURG STREET
APT D
NEW ORLEANS LA 70122

CREDITOR ID: 247750-12
DAWN M BUFF
237 CLARENCE HENSON ROAD
RUTHERFORDTON NC 28139

CREDITOR ID: 247752-12
DAWN M WINMILL
5404 DELTONA BLVD
SPRINGHILL FL 34606

CREDITOR ID: 247753-12
DAWN SMITH
516 E LIBERASUX STREET
CHALMETTE LA 70043

CREDITOR ID: 247754-12
DAWNE S BROUGHMAN
9291 BIRMINGHAM DRIVE
PALM BEACH GARDENS FL 33410

CREDITOR ID: 264524-12
DAWSEY, WAYNE E
2753 KING COLD DR
JACKSONVILLE, FL 32209

CREDITOR ID: 374591-44
DAWSON, BETTY, O
2503 SOUTH RIDGE DRIVE
MIDLOTHIAN, VA 23112

CREDITOR ID: 406557-MS
DAWSON, CURTISS C.
929 MADEWOOD RD.
LA PLACE LA 70068

CREDITOR ID: 374592-44
DAWSON, KAREN, A
8442 NW 5 AVE
MIAMI, FL 33150

CREDITOR ID: 390197-54
DAWSON, RUFFIN
4701 ODIN ST
NEW ORLEANS, LA 70126

CREDITOR ID: 266868-14
DAY & DAY PA CPAS
ATTN: DOUGLAS DAY
2801 SW COLLEGE RD STE 13
OCALA FL 34474-4430

CREDITOR ID: 266869-31
DAY COUNTY WASTE MANAGEMENT
ATTN: RON HARROLD
8831 NW 58TH ST
HIALEAH FL 33018

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO, NC 28697

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2180-99<br>DAY PROPERTIES LLC<br>ATTN: CHARLES & LYNN DAY<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697 | CREDITOR ID: 2180-99<br>DAY PROPERTIES LLC<br>C/O MCELWEE FIRM PLLC<br>ATTN: ROBERT P LANEY, ESQ<br>906 MAIN STREET<br>NORTH WILKESBORO NC 08659 | CREDITOR ID: 244784-12<br>DAY, CATHY S<br>1995 NAVAHO AVENUE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 406558-MS<br>DAY, MICHAEL L.<br>500 CHRISTOPHER LANE<br>BURLESON TX 76028 | CREDITOR ID: 315784-40<br>DAYAN, DR RALPH<br>331 31ST AVENUE<br>SAN FRANCISCO, CA 94121 | CREDITOR ID: 1274-07<br>DAYAN, RALPH DR.<br>331 31ST AVENUE<br>SAN FRANCISCO CA 94121 |
| CREDITOR ID: 247758-12<br>DAYDENIS SERRANO<br>9759 SW 147TH PLACE<br>MIAMI FL 33196 | CREDITOR ID: 387305-54<br>DAYE, BARBARA<br>C/O LEE D. ANDREWS<br>PO BOX 21472<br>GREENSBORO, NC 27420 | CREDITOR ID: 247759-12<br>DAYHOFF LLC<br>802 N BELCHER ROAD<br>CLEARWATER, FL 33765 |
| CREDITOR ID: 247760-12<br>DAYMEL LUGO<br>350 E 5 STREET<br>APT 205<br>HIALEAH FL 33010 | CREDITOR ID: 247761-12<br>DAYMEL LUGO<br>350 E 5TH<br>APT 205<br>HIALEAH FL 33010 | CREDITOR ID: 247762-12<br>DAYS INN<br>1133 HWY 45 NORTH<br>COLUMBUS, MS 39705-3309 |
| CREDITOR ID: 247763-12<br>DAYS INN  MADISON<br>102 ARLINGTON DR<br>MADISON AL 35758 | CREDITOR ID: 247765-12<br>DAYS INN GREENVILLE<br>2701 HIGHWAY 82 EAST<br>GREENVILLE, MS 38701 | CREDITOR ID: 247766-12<br>DAYS INN LINCOLN<br>945 SPEED WAY INDUSTRIAL DR<br>LINCOLN, AL 35096 |
| CREDITOR ID: 247764-12<br>DAYS INN -OPELIKA<br>1014 ANAND AVE.  I-85 & HWY 280<br>OPELIKA, AL 36804 | CREDITOR ID: 407532-15<br>DAYS INN OXFORD<br>ATTN PETE KUMAR, GENERAL MANAGER<br>3 RECREATION DRIVE<br>OXFORD AL 36203 | CREDITOR ID: 247767-12<br>DAYS INN OXFORD<br>ATTN PETE KUMAR, GENERAL MANAGER<br>1 RECREATIONAL DRIVE<br>OXFORD, AL 36203 |
| CREDITOR ID: 247768-12<br>DAYS INN PLANT CITY<br>301 SOUTH FRONTAGE ROAD<br>PLANT CITY FL 33563 | CREDITOR ID: 247769-12<br>DAYS INN-CULLMAN<br>1841 FOURTH STREET SW<br>CULLMAN, AL 35055 | CREDITOR ID: 247757-12<br>DAY-TIMERS INC<br>PO BOX 27013<br>LEHIGH VALLEY, PA 18002-7013 |
| CREDITOR ID: 247756-12<br>DAY-TIMERS INC<br>ATTN JOSEPH H REUBER<br>PO BOX 27001<br>LEHIGH VALLEY, PA 18002-7001 | CREDITOR ID: 266870-31<br>DAYTONA BEACH CITY OF<br>ATTN: BILL BANKS<br>1 SHADY PL<br>DAYTONA BEACH FL 32114-6201 | CREDITOR ID: 266871-31<br>DAYTONA BEACH CITY OF<br>ATTN: CHRIS WALL<br>612 AUBREY LN<br>DAYTONA BEACH FL 32119-8563 |
| CREDITOR ID: 382556-51<br>DAYTONA BEACH JOURNAL<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120 | CREDITOR ID: 247772-12<br>DAYTONA BEACH NEWS JOURNAL<br>RAENAE MISCH<br>314 E VOLUSIA AVE<br>DELAND, FL 32724 | CREDITOR ID: 247771-12<br>DAYTONA BEACH NEWS JOURNAL<br>PENNY BURBAUGH<br>190 ROSE AVENUE<br>LAKE HELEN, FL 32744 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404530-95<br>DAYTONA BEACH NEWS JOURNAL<br>PO BOX 1336<br>DELAND FL 32721 | CREDITOR ID: 247770-12<br>DAYTONA BEACH NEWS JOURNAL<br>KAREN KASEY<br>416 W FRENCH AE<br>ORANGE CITY, FL 32763 | CREDITOR ID: 240379-06<br>DAYTONA BEACH SHORES<br>OCCUPATIONAL LICENSE<br>3050 S ATLANTIC AVENUE<br>DAYTONA BEACH SHORES FL 32118 |
| CREDITOR ID: 384085-47<br>DAYTONA BEVERAGE<br>406 OAK PLACE<br>C/O DAVID BENNETT<br>PORT ORANGE, FL 32127 | CREDITOR ID: 247774-12<br>DAYTONA BOLT AND NUT CO<br>3127 S RIDGEWOOD AVENUE<br>SOUTH DAYTONA, FL 32119 | CREDITOR ID: 247775-12<br>DAYTONA NEWS JOURNAL<br>PO BOX 104<br>LAKE COMBO, FL 32157 |
| CREDITOR ID: 247776-12<br>DAYTONA NEWS JOURNAL<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120 | CREDITOR ID: 247777-12<br>DAYTONA TIMES<br>PO BOX 1110<br>DAYTONA BEACH, FL 32115-1110 | CREDITOR ID: 397788-75<br>DB CONVEYOR SERVIES INC<br>12029 OLD BELDING ROAD<br>BELDING, MI 48809 |
| CREDITOR ID: 247430-12<br>DB DAVIS SUPPLY INC<br>1705 CREIGHTON AVENUE SE<br>DECATUR AL 35601 | CREDITOR ID: 247431-12<br>DBJ CORP<br>2507 GREENGATE DR<br>GREENSBORO NC 27406 | CREDITOR ID: 247778-12<br>DBK CONCEPTS INC<br>ATTN THOMAS MANN, CFO<br>12905 SW 129 AVENUE<br>MIAMI, FL 33186 |
| CREDITOR ID: 382557-51<br>DBK CONCEPTS INC<br>12905 SW 129 AVENUE<br>MIAMI, FL 33186 | CREDITOR ID: 247779-12<br>DBPR<br>1940 NORTH MONROE STREET<br>TALLAHASSEE, FL 32399-1021 | CREDITOR ID: 240381-06<br>DBPR<br>PO BOX 6300<br>TALLAHASSEE FL 32314-6300 |
| CREDITOR ID: 374597-44<br>DBPR/DABT<br>1940 NORTH MONROE STREET<br>TALLAHASSEE, FL 32399-1021 | CREDITOR ID: 407739-99<br>DBR ASSET MGMT IN AGENT FOR<br>NORTHWAY INVESTMENTS LLC<br>C/O GATTER & ASSOCIATES PA<br>ATTN: ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 407741-99<br>DBR ASSET MGMT IN AGENT FOR<br>IIIT WEST LLC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN: ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 |
| CREDITOR ID: 407740-99<br>DBR ASSET MGMT IN AGENT FOR<br>DIM VASTGOED<br>C/O GATTER & ASSOCIATES PA<br>ATTN: ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 407738-99<br>DBR ASSET MGMT IN AGENT FOR<br>BEDFORD AVENUE REALTY INC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN: ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 407737-99<br>DBR ASSET MGMT IN AGENT FOR<br>GALT OCEAN MARKETPLACE<br>C/O GLATTER & ASSOCIATES PA<br>ATTN: ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD,S TE 24<br>BOCA RATON FL 33486 |
| CREDITOR ID: 407736-99<br>DBR ASSET MGMT IN AGENT FOR<br>THREE LAKES PLAZA LC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN: ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 278444-24<br>DBT PORCUPINE WD3<br>HMG COINVESTMENT LLC<br>1125 S. 103RD STREET<br>SUITE 450<br>OMAHA NE 68124 | CREDITOR ID: 278628-24<br>DBT PORCUPINE WD3<br>MR. THOMAS G. HOTZ<br>SOF INVESTMENTS LP<br>1125 S. 103RD STREET<br>SUITE 450<br>OMAHA NE 68124 |
| CREDITOR ID: 247432-12<br>DC REEVES ELEMENTARY SCHOOL<br>18026 SISTER RD<br>PONCHATOULA, LA 70454 | CREDITOR ID: 247433-12<br>DC SPECIALIST INC<br>1941 NW 32ND ST, SUITE A<br>POMPANO BEACH, FL 33064 | CREDITOR ID: 247781-12<br>DC TECH INDUSTRY CORP<br>1608 YEAGER AVENUE<br>LA VERNE, CA 91750 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247782-12<br>DCH HEALTH SYSTEMS<br>809 UNIVERSITY BLVD E<br>TUSCALOOSA, AL 35401-2071 | CREDITOR ID: 247783-12<br>DCI<br>7111 N MAIN STREET<br>JACKSONVILLE, FL 32208-4793 | CREDITOR ID: 247784-12<br>DCI TRANSPORTATION LLC<br>PO BOX 89<br>SPARTA TN 38583-0089 |
| CREDITOR ID: 385958-54<br>D'COSTA, BARBARA<br>461 E 11TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 391187-55<br>D'COSTA, BARBARA<br>C/O: MR. SANTIAGE<br>LOURDES NUNEZ, P.A.<br>1839 SW 27TH AVE.<br>MIAMI FL 33145 | CREDITOR ID: 247785-12<br>DCS ELECTRONICS INC<br>ATTN DAVID SHAW, PRES<br>PO BOX 547<br>CALLAHAN, FL 32011 |
| CREDITOR ID: 266872-31<br>DD & R DEVELOPERS LLC<br>ATTN: DAVID FUNDERBURK<br>1621 STACK RD<br>MONROE NC 28112-9487 | CREDITOR ID: 247434-12<br>DD BEAN & SONS CO<br>PO BOX 348<br>JAFFREY NH 03452 | CREDITOR ID: 247786-12<br>DD COMMODITIES<br>PO BOX 359<br>STEPHEN, MN 56757 |
| CREDITOR ID: 247435-12<br>DD WILLIAMSON & CO INC<br>1184 SOLUTIONS CENTER<br>CHICAGO IL 60677-1001 | CREDITOR ID: 403422-93<br>DDI, INC.<br>PO BOX 19366<br>JACKSONVILLE FL 32245 | CREDITOR ID: 1253-RJ<br>DDR DOWNREIT LLC<br>DEPT 435<br>PO BOX 643474<br>PITTSBURGH, PA 15264-3474 |
| CREDITOR ID: 247790-12<br>DDR MDT CARILLON PLACE LLC<br>PO BOX 92472<br>CLEVELAND, OH 44193 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD OH 44122 | CREDITOR ID: 247791-12<br>DDW INC<br>911 N TENNESSEE STREET, SUITE 105<br>CARTERSVILLE, GA 30120 |
| CREDITOR ID: 391936-55<br>DE CASTANO, MARLEN<br>C/O ATTORNEYS TRIAL GROUP<br>ATTN MICHAEL MANGLARDI, ESQ<br>540 N SEMORAN BLVD<br>ORLANDO FL 32807 | CREDITOR ID: 387366-54<br>DE CASTANO, MARLEN<br>560 BRECKENRIDGE VILLAGE, APT 5<br>ALTAMONTE SPRINGS, FL 32714 | CREDITOR ID: 385664-54<br>DE FREITAS, AURORA MARIA<br>7668 SW 152 AVE #6<br>MIAMI, FL 33193 |
| CREDITOR ID: 247792-12<br>DE KALB REVENUE COMMISSIONER<br>206 GRAND AVENUE SOUTHWEST<br>SUITE 103<br>PROPERTY TAX<br>FORT PAYNE, AL 35967-1879 | CREDITOR ID: 266873-31<br>DE KALIB COUNTY PD<br>ATTN: SABRINA HARRIS<br>111 GRAND AVE SW STE 16<br>FORT PAYNE AL 35967-1991 | CREDITOR ID: 247793-12<br>DE LA RUE CASH SYSTEMS INC<br>PO BOX 116963<br>ATLANTA, GA 30368-6963 |
| CREDITOR ID: 251424-12<br>DE LEON, HECTOR A<br>5730 RACEWAY ROAD<br>LAKE WORTH, FL 33467 | CREDITOR ID: 247794-12<br>DE SANTIS PROVISIONS<br>ATTN: RANDALL DESANTIS, PRES<br>200 SARASOTA CENTER BLVD<br>SARASOTA, FL 34240 | CREDITOR ID: 399308-81<br>DE SILVA, MARGUERITE<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 399308-81<br>DE SILVA, MARGUERITE<br>4459 WOODLAND DRIVE, APT A<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 385888-54<br>DEADWYLER, JANIE<br>3512 VALLEY CHASE COURT<br>LITHONIA, GA 30038 | CREDITOR ID: 243425-12<br>DEAL, BETTY L<br>1244 HERITAGE ESTATES TRACE<br>JACKSONVILLE FL 32220 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 389555-54
DEAL, DANIEL K
C/O RICHARD W. RENO, ATTORNEY
PO BOX 368
CRAWFORDVILLE, FL 32326

CREDITOR ID: 386216-54
DEAL, RONALD
412 KELLY LANE
MILL SPRING NC 28756

CREDITOR ID: 247796-12
DEAN E DEHART
711 DODGE ST
EDEN NC 27288-4303

CREDITOR ID: 279219-35
DEAN FOODS
ATTN: ALEX D. MADRAZO
2515 MCKENNEY AVENUE
SUITE 1200
DALLAS TX 75201

CREDITOR ID: 240383-06
DEAN FOWLER JR
PO BOX 100501
FLORENCE SC 29501-0501

CREDITOR ID: 247798-12
DEAN MILK
PO BOX 932970
ATLANTA, GA 31193-2970

CREDITOR ID: 404531-95
DEAN MILK
PO BOX 790286
ST LOUIS MO 63179

CREDITOR ID: 247799-12
DEAN PRUITT
PO BOX 343
BREMEN, GA 30110

CREDITOR ID: 404532-95
DEAN SAUSAGE CO
C/O PLANTATION SALES
851 N DONNELLY STREET SUITE #3
MT DORA FL 32757

CREDITOR ID: 247800-12
DEAN SAUSAGE CO
PO DRAWER 750
ATTALLA, AL 35954

CREDITOR ID: 247802-12
DEAN SPECIALTY FOODS GROUP
PO BOX 19057
GREEN BAY WI 54307-9057

CREDITOR ID: 404533-95
DEAN SPECIALTY FOODS GROUP
ATTN MARSHA ADNEY
PO BOX 19057
GREEN BAY WI 54307-9057

CREDITOR ID: 279220-35
DEAN SPECIALTY FOODS GROUP
ATTN: BRAD CROSSMAN
PO BOX 19057
GREEN BAY WI 54307-9057

CREDITOR ID: 247801-12
DEAN SPECIALTY FOODS GROUP
21077 NETWORK PLACE
CHICAGO, IL 60673-1210

CREDITOR ID: 406281-15
DEAN SPECIALTY FOODS GROUP, LLC
C/O DEAN FOOD COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX

CREDITOR ID: 387958-54
DEAN, ALVIN
36 CHELETTE MANOR
LAKE WALES, FL 33853

CREDITOR ID: 392240-55
DEAN, ALVIN
C/O LAW OFFICES OF BURNETTI, PA
ATTN DOUGLAS K BURNETTI, ESQ
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801-4621

CREDITOR ID: 388182-54
DEAN, ANGELA
RT 5 BOX 6825
MADISON FL 32340

CREDITOR ID: 392402-55
DEAN, ANGELA
C/O: STEPHEN ANDREWS
STEPHEN M. ANDREWS
1296 TIMBERLAND RD
TALLAHASSEE FL 32312

CREDITOR ID: 399488-82
DEAN, APRIL D.
215 CLEVELAND AVENUE, SW
COLMAN  AL 35055

CREDITOR ID: 406559-MS
DEAN, GARY
P.O. BOX 100771
FT. LAUDERDALE FL 33310

CREDITOR ID: 385345-54
DEAN, RICHARD
417 LESLIE DRIVE
PORT ORANGE, FL 32127

CREDITOR ID: 390653-55
DEAN, RICHARD
C/O RUE & ZIFFRA, PA
ATTN LUIS R GRACIA, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 406119-15
DEAN, RICHARD R
18100 VARIETY LANE
CHARLOTTE NC 28278

CREDITOR ID: 386308-54
DEAN, TOMI F
5232 SAN JUAN AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 391412-55
DEAN, TOMI F
C/O: NOLAN S. WINN, ESQ.
NOLAN S. WINN, ESQ.
1611 MAYFAIR ROAD
SUITE 103
JACKSONVILLE FL 32207

CREDITOR ID: 248396-12
DEANE, DORIS
8517 DEERFIELD STREET
CHALMETTE, LA 70043

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 374598-44<br>DEANE, SUSAN,<br>107 PAQUIN DR<br>ST.CLOUD, FL 34769-7825 | CREDITOR ID: 247803-12<br>DEANNA CHAUVIN<br>1874 FAUSTINE COURT<br>LUTCHER LA 70071 | CREDITOR ID: 247804-12<br>DEANNA HADDON<br>4030 FEATHER DRIVE<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 247805-12<br>DEANNA L WILSON<br>10298 TRIPLE CROWN AVE<br>JACKSONVILLE FL 32257-4789 | CREDITOR ID: 247806-12<br>DEANNA R SPEARS<br>6718 NORTH COUNTY RD 67<br>SKIPPERVILLE AL 36374 | CREDITOR ID: 247807-12<br>DEANS OIL CO<br>PO BOX 100<br>WENDELL NC 27591-0100 |
| CREDITOR ID: 388475-54<br>DEANS, SARAH<br>1950 NW 191ST STREET<br>OPA LOCKA, FL 33056-2848 | CREDITOR ID: 392563-55<br>DEANS, SARAH<br>C/O CHARLES H COHEN, PA<br>ATTN CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 387001-54<br>DEARCE, GILBERT<br>P.O. BOX 1012<br>MINNELOA FL 34715 |
| CREDITOR ID: 388151-54<br>DEARNER, TOMMIE<br>11909 HALIFAX DR.<br>LOUISVILLE KY 40245 | CREDITOR ID: 392384-55<br>DEARNER, TOMMIE<br>C/O STEVE SCHWAGER<br>SCHWAGER, PHILLIPS & CUNNINGHAM<br>6010 BROWNSBORO PARK BLVD. SUI<br>LOUISVILLE, KY 40207 | CREDITOR ID: 256188-12<br>DEARTH, MICHAEL A<br>10227 COWLEY ROAD<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 404534-95<br>DEARYBURY OIL AND GAS CO INC<br>2558 SOUTHPORT RD<br>SPARTANBURG SC 29302-2982 | CREDITOR ID: 247808-12<br>DEARYBURY OIL AND GAS CO INC<br>PO BOX 75072<br>CHARLOTTE, NC 28275-5072 | CREDITOR ID: 247809-12<br>DEATRIS CAMERON<br>2889 AFAR AVENUE<br>NORTH PORT, FL 34286 |
| CREDITOR ID: 386909-54<br>DEAUGUSTINE, DONNA<br>P.O BOX 659<br>GRANITE FALLS NC 28630 | CREDITOR ID: 387597-54<br>DEBARTOLO, NICHOLAS<br>5 RUTH DR<br>PALM COAST FL 32164 | CREDITOR ID: 392080-55<br>DEBARTOLO, NICHOLAS<br>C/O: ROBERT W. ELTON, ESQ.<br>REVIS, ELTON & BLACKBURN, P.A<br>648 SOUTH RIDGEWOOD AVENUE<br>DAYTONA BEACH FL 32114 |
| CREDITOR ID: 1255-07<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC.<br>80 WEST WIEUCA ROAD, SUITE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 247810-12<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC<br>80 WEST WIEUCA RD  SUITE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 2182-07<br>DEBARY-STAFFORD ASSOCIATES,LP<br>80 W. WIEUCA ROAD<br>ATLANTA GA 30342 |
| CREDITOR ID: 247811-12<br>DEBBIE A GOMES<br>3036 ASTRAL LANE<br>HOLIDAY FL 34691 | CREDITOR ID: 247812-12<br>DEBBIE COOPER<br>105 CANTON AVENUE<br>RICHLAND MS 39218 | CREDITOR ID: 247814-12<br>DEBBIE GILLIS<br>729 MARYETHEL DRIVE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 247815-12<br>DEBBIE GRITTINI<br>339 NINE MILE ROAD<br>MAPLE NC 28454 | CREDITOR ID: 247817-12<br>DEBBIE M JONES<br>1018 HALL STREET<br>BAINBRIDGE GA 39817 | CREDITOR ID: 247818-12<br>DEBBIE PEARL<br>795 VINCENT DRIVE<br>MOUNT DORA FL 32757 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247820-12<br>DEBBIE TAYLOR<br>231 COLLEGE ST<br>PRATTVILLE AL 36067-3101 | CREDITOR ID: 247821-12<br>DEBBY ROBEY<br>6215 CINCINNATI PIKE<br>SADIEVILLE KY 40370 | CREDITOR ID: 374607-44<br>DEBELAK TECHNICAL SYSTEMS INC<br>W6390 QUALITY DRIVE<br>GREENVILLE WI 54942-8015 |
| CREDITOR ID: 247822-12<br>DEBERA A ASKEW<br>541 EVERGREEN RD<br>FITZGERALD GA 31750-9007 | CREDITOR ID: 386066-54<br>DEBETS, ANNE<br>26450 S.W. 187TH AVENUE<br>HOMESTEAD, FL 33031 | CREDITOR ID: 247824-12<br>DEBOER INC<br>PO BOX 694<br>WISCONSIN RAPIDS WI 54495-0694 |
| CREDITOR ID: 399840-84<br>DEBOLT, DAVID<br>7391 NE 90TH CT<br>BRONSON FL 32621 | CREDITOR ID: 400290-85<br>DEBOLT, DAVID<br>C/O SCOTT URICCHIO<br>MORGAN & MORGAN<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 247825-12<br>DEBORA J BELLAIRE<br>1545 DANGL ROAD<br>MUSKEGON MI 49442 |
| CREDITOR ID: 381557-47<br>DEBORAH A GRAYER<br>2409 CENTERGATE DRIVE, APT 203<br>MIRAMAR, FL 33025 | CREDITOR ID: 247827-12<br>DEBORAH A GRAYER<br>11831 SW 12TH STREET<br>PEMBROKE PINES FL 33025 | CREDITOR ID: 247829-12<br>DEBORAH ANGUS<br>128 LAKEWOOD DRIVE<br>CHAPIN SC 29036 |
| CREDITOR ID: 247830-12<br>DEBORAH BIGHIM<br>PO BOX 4735<br>FORT WALTON BEACH FL 32549 | CREDITOR ID: 247831-12<br>DEBORAH BILLINGS<br>11953 BROWN BRIDGE ROAD<br>COVINGTON GA 30016 | CREDITOR ID: 247832-12<br>DEBORAH BLAKELY<br>6504 N CHARINGWOOD DRIVE<br>MOBILE AL 36695 |
| CREDITOR ID: 247834-12<br>DEBORAH D DAVIS<br>311 SOUTH GALVEZ STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 247835-12<br>DEBORAH H BENTON<br>4424 SHORELINE DRIVE<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 247836-12<br>DEBORAH HALL<br>145 SPRING STREET<br>ROCKY MOUNT VA 24151 |
| CREDITOR ID: 247837-12<br>DEBORAH L STEBOR<br>3437 OVERLAND DRIVE<br>HOLIDAY FL 34691 | CREDITOR ID: 247839-12<br>DEBORAH M JERRY<br>5110 SANDY RIDGE<br>BATON ROUGE LA 70817 | CREDITOR ID: 247842-12<br>DEBORAH OLIVER<br>PO BOX 125-37<br>LAKE FOREST DRIVE<br>BIRCHWOOD TN 37308 |
| CREDITOR ID: 247843-12<br>DEBORAH ORVIN<br>1966 PARSONAGE ROAD<br>CHARLESTON SC 29414 | CREDITOR ID: 247845-12<br>DEBORAH REMINGTON<br>7112 BRECKEN PLACE<br>LITHONIA GA 30058 | CREDITOR ID: 247846-12<br>DEBORAH RUSSELL<br>108 CLAY STREET<br>LABELLE FL 33935 |
| CREDITOR ID: 247847-12<br>DEBORAH SAUNDERS<br>19622 NW 7TH COURT<br>MIAMI FL 33169 | CREDITOR ID: 247849-12<br>DEBORAH*ADAMS<br>PO BOX 1214<br>VACHERIE LA 70090 | CREDITOR ID: 406560-MS<br>DEBORD, DAVID E.<br>8220 WHITE SWAN COURT<br>ORLANDO FL 32836 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387990-54<br>DEBOSE, YAKENYA<br>1225 AMERICAN EAGLE LANE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 386720-54<br>DEBOYD, VICKY<br>36 COFFEE AVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 391660-55<br>DEBOYD, VICKY<br>C/O: MICHAEL BROUSSARD, ESQ.<br>FAGAN & BROUSSARD<br>1063 PARK AVE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 247850-12<br>DEBRA A SCHWARZKOPF<br>12512 QUEENSLAND LN<br>TAMPA FL 33625-0653 | CREDITOR ID: 247851-12<br>DEBRA A TERRELL<br>66 DELTA ROAD<br>TALLASSEE AL 36078 | CREDITOR ID: 247852-12<br>DEBRA A WILLIAMS<br>15955 N W 27TH AVENUE<br>OPALOCKA FL 33054-0680 |
| CREDITOR ID: 247853-12<br>DEBRA AUTH<br>2049 ONECCO COURT<br>CLERMONT FL 34711 | CREDITOR ID: 247854-12<br>DEBRA D WESS<br>5102 DONALD DRIVE<br>ALEXANDRIA LA 71302 | CREDITOR ID: 247855-12<br>DEBRA GUTIERREZ<br>324 ROUTH AVENUE<br>NEW SYMRNA BEACH FL 32170 |
| CREDITOR ID: 247860-12<br>DEBRA L MOATE<br>904 WILKINS DRIVE<br>MONROE GA 30655 | CREDITOR ID: 247861-12<br>DEBRA L SIVILS<br>908 E 19TH STREET<br>HOPKINSVILLE KY 42240 | CREDITOR ID: 247866-12<br>DEBRA WEAVER<br>3017 SANTA MARGARITA ROAD<br>WEST PALM BEACH FL 33411 |
| CREDITOR ID: 247868-12<br>DEBRO MFG CORP<br>37-01 31ST STREET<br>LONG ISLAND CITY NY 11101 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 386833-54<br>DECASTRO, NINA<br>328 JAMIE BLVD<br>AVONDALE LA 70094 |
| CREDITOR ID: 392709-55<br>DECASTRO, NINA<br>C/O: JEREMIAH A. SPRAGUE<br>FALCON LAW FIRM<br>5044 LAPALCO BLVD<br>MARRERO LA 70072 | CREDITOR ID: 247869-12<br>DECATUR COCA COLA<br>PO BOX 1687<br>DECATUR, AL 35601 | CREDITOR ID: 247871-12<br>DECATUR DAILY<br>ATTN JOE W PERRIN, CONTROLLER<br>PO BOX 2213<br>DECATUR, AL 35609-2213 |
| CREDITOR ID: 247872-12<br>DECATUR REALTY LLC<br>ATTN GINA C BRADFORD<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS, IN 46208-5728 | CREDITOR ID: 1256-RJ<br>DECATUR REALTY LLC<br>ATTN GINA C BRADFORD<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS, IN 46208-5728 | CREDITOR ID: 400659-91<br>DECKER, DAVID<br>20905 LOWRY DR<br>FAIRHOPE AL 36532 |
| CREDITOR ID: 403672-94<br>DECKER, WILLIAM<br>4250 N MONADNOCK RD<br>HERNANDO FL 34442 | CREDITOR ID: 402535-89<br>DECLUE, CHARLES<br>RT 2 BOX 142AA<br>CLEMONT FL 32711 | CREDITOR ID: 406561-MS<br>DECLUE, CHARLES<br>BOX 341<br>TAVERNIER FL 33070 |
| CREDITOR ID: 374619-44<br>DECOPAC<br>ATTN KANDY<br>5736 MAIN ST<br>MINNEAPOLIS MN 55432 | CREDITOR ID: 247874-12<br>DECOPAC<br>SDS 12-0871<br>PO BOX 86<br>MINNEAPOLIS MN 55486-0871 | CREDITOR ID: 247875-12<br>DECORATOR DEPOT<br>C/O ESCO & BENSON, LLC<br>ATTN PAUL D ESCO, ESQ<br>547 SOUTH LAWRENCE STREET<br>MONTGOMERY, AL 36104 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247876-12<br>DECOURDRIA R PINDER<br>409 NE 191 STREET<br>#107<br>NORTH MIAMI FL 33179 | CREDITOR ID: 388435-54<br>DECUIRE, LISA<br>1703 ROUSSELIN DR<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 392532-55<br>DECUIRE, LISA<br>C/O: DARYL DAIGLE<br>TAYLOR, WELLONS, POLITZ & DUHE, APLC<br>1515 POYDRAS ST., SUITE 1900<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 400546-88<br>DECUNZO, MARY<br>C/O JERAL FIEDELHOLTZ ESQ<br>270 QUASSAICK AVENUE<br>PO 4088<br>NEW WINDSOR NY 12553 | CREDITOR ID: 400049-84<br>DECUNZO, MARY<br>4260 SW 36TH STREET<br>HOLLYWOOD FL 33023 | CREDITOR ID: 247877-12<br>DEDGES LOCK & KEY SHOP<br>616 HAMILTON ST<br>JACKSONVILLE, FL 32205 |
| CREDITOR ID: 247878-12<br>DEE MARIA PLUMBING INC<br>4601 GEORGIA AVENUE<br>WEST PALM BEACH, FL 33405 | CREDITOR ID: 247879-12<br>DEEP SOUTH BLENDERS INC<br>PO BOX 752<br>METAIRE, LA 70004 | CREDITOR ID: 247880-12<br>DEEP SOUTH EQUIPMENT CO<br>PO BOX 415000<br>MSC 410633<br>NASHVILLE TN 37241-5000 |
| CREDITOR ID: 247881-12<br>DEEP SOUTH JEWISH VOICE<br>PO BOX 130052<br>BIRMINGHAM, AL 35213-0052 | CREDITOR ID: 279356-36<br>DEEP SOUTH PRODUCTS, INC.<br>C/O ROSE FLETCHER<br>P.O. BOX 1448<br>FITZGERALD GA 31750 | CREDITOR ID: 266875-31<br>DEER CREEK WATER CO INC<br>ATTN: PETER S FENN<br>106 CLEARWATER RD<br>LANDRUM SC 29356-9444 |
| CREDITOR ID: 247882-12<br>DEER PARK WATER<br>2767 EAST IMPERIAL HIGHWAY<br>%VERONICA VARELA<br>BREA, CA 92821 | CREDITOR ID: 404539-95<br>DEER PARK WATER<br>2000 WESTRIDGE DRIVE<br>IRVING TX 75038 | CREDITOR ID: 266876-31<br>DEERFIELD BCH PARKS RECREATION<br>ATTN: MARISA OSTANEK<br>2841 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442-7908 |
| CREDITOR ID: 2183-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 | CREDITOR ID: 247884-12<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>ATTN MR RICHARD SCHMALZ<br>BIRINGHAM, AL 35223 | CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRINGHAM, AL 35223 |
| CREDITOR ID: 388739-54<br>DEES, JOYCE C<br>106 MEAGAN DRIVE<br>TRUSSVILLE AL 35173 | CREDITOR ID: 381310-47<br>DEESE, CHARLES<br>PO BOX 1106<br>PERRY, FL 32348 | CREDITOR ID: 406562-MS<br>DEESE, ROBERT B.<br>907 GAMBIT PLACE<br>SEFFNER FL 33584 |
| CREDITOR ID: 266877-31<br>DEFEATING ODDS INC<br>ATTN: ANTITA S GOINGS<br>225 S OAK ST<br>BOSTON GA 31626-3685 | CREDITOR ID: 266878-31<br>DEFENCE CONTRACT MANAGEMENT CO<br>ATTN: RANDEL FRAIZER<br>10368 WALLACE ALLEY ST<br>KINGSPORT TN 37663-3977 | CREDITOR ID: 266881-14<br>DEFENSE FIN & ACCOUNTING SVC<br>ATTN: CAPT SIPPLE<br>2606 BROWN PELICAN AVE<br>TAMPA FL 33621-5547 |
| CREDITOR ID: 266885-14<br>DEFENSE FIN & ACCOUNTING SVC<br>ATTN: DFAS-BKSD/CC<br>DEBT MANAGEMENT OFFICE<br>PO BOX 182317<br>COLUMBUS OH 43218-2317 | CREDITOR ID: 266899-14<br>DEFENSE FIN & ACCOUNTING SVC<br>ATTN: LT S ELKINS<br>96 SUPPLY SQDRN BLDG 89<br>EGLIN A F B FL 32542 | CREDITOR ID: 266911-14<br>DEFENSE FIN & ACCOUNTING SVC<br>ATTN: TOGO D WEST JR<br>DFAS FT GORDON ACCOUNTS<br>AUGUSTA GA 30905 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 266889-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: JIM FARNELL
109 SAINT JOSEPH ST
MOBILE AL 36602-3605

CREDITOR ID: 266903-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: SHARON VOLGYI
FORT MCPHERSON BLDG 181
ATLANTA GA 30330

CREDITOR ID: 266883-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: CYNTHIA COX
1225 JUPITER ST
PATRICK AFB FL 32925-3339

CREDITOR ID: 266888-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: JERRY SMITH
236 MILLEDGEVILLE ST
WARNER ROBINS GA 31098-1663

CREDITOR ID: 266886-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: DOLLY WILEY
6490 SAUFLEY FIELD RD
PENSACOLA FL 32509-5223

CREDITOR ID: 266884-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: DAVID A WHALEY
BLDG 662
FORT EUSTIS VA 23604

CREDITOR ID: 266882-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: CHRISTINE COBB
MAN CMMNITY CTR BLDG 3392
COLUMBIA SC 29207

CREDITOR ID: 266880-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: BRENDA DALE
680 SEVENTH ST STE 104
COLUMBUS MS 39710-6804

CREDITOR ID: 266879-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: BEN ORR
DFAS OPLOC PE 130 A
PENSACOLA FL 32508

CREDITOR ID: 266908-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: STUART SULLIVAN TOM BRAD
3250 CATLIN AVE
QUANTICO VA 22134-5109

CREDITOR ID: 266907-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: STEVEN WATERS
1815 FORT MYER DR
ARLINGTON VA 22209-1820

CREDITOR ID: 266902-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: SGT EVANS
504 SHAW DR
SHAW A F B SC 29152-5030

CREDITOR ID: 266901-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: SANDY EWELL
1837 MORRIS ST STE 1401
NORFOLK VA 23511-3498

CREDITOR ID: 266900-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: RICHARD BOYD IV
69 DARLINGTON AVE
WILMINGTON NC 28403-1343

CREDITOR ID: 266898-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: LT JAMES PIERSON
1185 CANNON AVE # 107
GOLDSBORO NC 27531-2410

CREDITOR ID: 266894-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: LT COL BARBARA GILLCREST
345 DAVIS AVE W STE 310
BARKSDALE AFB LA 71110-2072

CREDITOR ID: 266893-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: LINDEN ACCURSO
DFASOR FVP 2500 LEAHY AVE
PENSACOLA FL 32501

CREDITOR ID: 266890-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: JOHN ADAMS
MC RECRUIT DEPOT BLDG 10
BEAUFORT SC 29902

CREDITOR ID: 266910-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: THOMAS R BLOOM
1931 JEFFERSON DAVIS HWY
ARLINGTON VA 22240-0001

CREDITOR ID: 266904-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: STANLEY PERRY
82 BAY SPRINGS RESOURCE R
DENNIS MS 38838

CREDITOR ID: 266887-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: HERSCHEL MOORE
REDSTONE ARSNAL BLDG 8027
HUNTSVILLE AL 35898-0001

CREDITOR ID: 266892-14
DEFENSE FIN & ACCOUNTING SVC
ATTN: JOHNNIE EUBANKS
BLDG 2801
FORT RUCKER AL 36362

CREDITOR ID: 266912-14
DEFENSE FINANCE AND ACCOUNTING SVC
ATTN: COLE LAUNSBERRY
2500 LEAHY AVE
ORLANDO FL 32893-0002

CREDITOR ID: 389262-54
DEFOOR, HUBERT
3471 STALLION COURT
POWDER SPRINGS GA 30127

CREDITOR ID: 393096-55
DEFOOR, HUBERT
C/O: THOMAS F. BROWN II
BURDINE & BROWN
2160 SATELLITE BLVD SUITE 100
DULUTH GA 30097-4074

CREDITOR ID: 385459-54
DEFRAND, SANTILIA
523 NW 17TH PLACE
FORT LAUDERDALE, FL 33311

CREDITOR ID: 390761-55
DEFRAND, SANTILIA
C/O ADAM BARON, PA LAW OFFICES
ATTN ADAM BARON, ESQ
633 NE 167 STREET, SUITE 703
NORTH MIAMI BEACH FL 33162

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247885-12<br>DEFUNIAK HERALD<br>PO BOX 1546<br>DE FUNIAK SPRINGS, FL 32435 | CREDITOR ID: 247886-12<br>DEFUNIAK SQUARE PARTNERS LTD<br>C/O VALPARAISO REALTY CO<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS LTD<br>C/O VALPARAISO REALTY CO<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 |
| CREDITOR ID: 247887-12<br>DEGESCH AMERICA INC<br>PO BOX 116<br>WEYERS CAVE VA 24486 | CREDITOR ID: 247888-12<br>DEGGY CORP<br>600 BRICKELL AVENUE<br>SUITE # 604<br>MIAMI, FL 33131 | CREDITOR ID: 389087-54<br>DEGRAAF, HEIDI<br>16901 OLD PIERCE RD<br>FAIRHOPE, AL 36532 |
| CREDITOR ID: 247889-12<br>DEGREE COMMERCIAL REFRIGERATION<br>PO BOX 697<br>HAWKINSVILLE, GA 31036 | CREDITOR ID: 389206-54<br>DEGROOT, ERNEST<br>400 SOUTH HARRISON AVENUE<br>GOODLAND IN 47948 | CREDITOR ID: 400146-86<br>DEGRUY, MALCOLM<br>30600 HWY 16 #606<br>DENHAM  SPRINGS  LA 70726 |
| CREDITOR ID: 279157-33<br>DEGUSSA CORPORATION<br>23700 CHAGRIN BLVD<br>BEACHWOOD OH 44122-5554 | CREDITOR ID: 380971-47<br>DEGUSSA FLAVORS & FRUIT SYSTEMS SALES<br>LOCATION 00557<br>10311 CHESTER ROAD<br>CINCINNATI, OH 45215 | CREDITOR ID: 380971-47<br>DEGUSSA FLAVORS & FRUIT SYSTEMS SALES<br>C/O DEGUSSA CORPORATION<br>ATTN KEVIN E MANN ESQ<br>23700 CHAGRIN BLVD<br>CLEVELAND OH 44122 |
| CREDITOR ID: 404540-95<br>DEGUSSA TEXTURANT SYSTEMS SALES LLC<br>P O BOX 932073<br>ATLANTA GA 31193-2073 | CREDITOR ID: 247891-12<br>DEGUSSA TEXTURANT SYSTEMS SALES LLC<br>22678 NETWORK PLACE<br>CHICAGO, IL 60673-1226 | CREDITOR ID: 247892-12<br>DEHARDIT PRESS<br>PO BOX 675<br>GLOUCESTER, VA 23061 |
| CREDITOR ID: 403459-99<br>DEHAVEN, JOANNE<br>C/O IURILLO & ASSOCIATES PA<br>ATTN: S C BEAVENS/C J IURILLO, ESQS<br>STERLING SQUARE<br>600 FIRST AVE NO, STE 308<br>ST PETERSBURG FL 33701 | CREDITOR ID: 386099-54<br>DEHAVEN, JOANNE<br>5511 OLIVER STREET SOUTH<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 391287-55<br>DEHAVEN, JOANNE<br>C/O CAMERLENGO & BROCKWELL<br>ATTN P HEATH BROCKWELL ESQ<br>4741 ATLANTIC BLVD SUITE D<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 391287-55<br>DEHAVEN, JOANNE<br>C/O IURILLO & ASSOCIATES, PA<br>ATTN CAMILLE J IURILLO ESQ<br>600 FIRST AVENUE NORTH, SUITE 308<br>ST PETERSBURG FL 33701 | CREDITOR ID: 247894-12<br>DEIDRE A KOERT<br>119 2ND STREET<br>ROSSVILLE GA 30741 | CREDITOR ID: 247895-12<br>DEIDRE D GORDON<br>2103 WINSLOW LANE<br>HUNTSVILLE AL 35816 |
| CREDITOR ID: 247897-12<br>DEIRDRE C ANDERSON<br>3101 INDIANA COURT<br>FORT PIERCE FL 34947 | CREDITOR ID: 247898-12<br>DEIRDRE M TILLIS<br>3501 APOLLO DRIVE<br>METAIRIA LA 70003 | CREDITOR ID: 247899-12<br>DEJUAN T MILLS<br>1128 OCALA ROAD<br>APT J-2<br>TALLAHASSEE FL 32304 |
| CREDITOR ID: 273-03<br>DEKALB CHEROKEE CTYS<br>PO BOX 376<br>FORT PAYNE AL 35967-0376 | CREDITOR ID: 403673-94<br>DEKKER, MICHAEL P<br>1123 HERON RD<br>KEY LARGO FL 33037 | CREDITOR ID: 385842-54<br>DEKOSTER, MATTIE<br>4929 DOLORES DR<br>ORLANDO, FL 32808 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 391096-55
DEKOSTER, MATTIE
C/O JACK B NICHOLS LAW OFFICES
ATTN JACK B NICHOLS, ESQ
801 N MAGNOLIA AVENUE, SUITE 414
ORLANDO FL 32803

CREDITOR ID: 1260-RJ
DEL FAIR INC
PO BOX 389229
CINCINNATI, OH 45238-9229

CREDITOR ID: 247905-12
DEL FAIR INC
PO BOX 389229
CINCINNATI, OH 45238-9229

CREDITOR ID: 2184-RJ
DEL FAIR, INC.
ATTN: JOHN P. MICHAEL
179 LAFAYETTE CIRCLE
CINCINNATI OH 45220

CREDITOR ID: 247906-12
DEL LABORATORIES INC
PO BOX 5500
NEW YORK, NY 10087-5500

CREDITOR ID: 404541-95
DEL LABORATORIES INC
PO BOX 9357
UNIONDALE NY 11553-9357

CREDITOR ID: 279221-35
DEL LABORATORIES, INC
ATTN: RUSSELL L DENTON
178 EAB PLAZA
PO BOX 9357
UNIONDALE NY 11553-9357

CREDITOR ID: 1261-07
DEL MAR SHOPPING CENTER
C/O STILES PROP MGMT.
300 SE 2ND STREET
FORT LAUDERDALE, FL 33301

CREDITOR ID: 247907-12
DEL MAR SHOPPING CENTER
C/O STILES PROP MGMT
300 SE 2ND ST
FT LAUDERDALE, FL 33301

CREDITOR ID: 381849-99
DEL MONTE CORPORATION
C/O REED SMITH LLP
ATTN: KURT F GWYNNE, ESQ
1201 N MARKET ST, STE 1500
WILMINGTON DE 19801

CREDITOR ID: 381849-99
DEL MONTE CORPORATION
C/O REED SMITH LLP
ATTN:ELENA PLAZAROU/ANDREW MORRISON
599 LEXINGTON AVE, 27TH FL
NEW YORK NY 10022

CREDITOR ID: 407562-15
DEL MONTE CORPORATION D/B/A
DEL MONTE FOODS
ATTN PATRICK E MURTHA
1075 PROGRESS STREET
PITTSBURGH PA 15212-5922

CREDITOR ID: 404542-95
DEL MONTE FOODS USA
MKTG SPEC DON LYMAN  LORRAINE SUGGS
5908 BRECKENRIDGE PARKWAY
TAMPA FL 33610

CREDITOR ID: 278697-99
DEL MONTE FOODS USA
ATTN: FRANK BUCKSTEIN
MANAGER CREDIT & COLLECTIONS
1336 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

CREDITOR ID: 247908-12
DEL MONTE FOODS USA
1336 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

CREDITOR ID: 278870-30
DEL MONTE FRESH PRODUCE
PO BOX 532011
ATLANTA, GA 30353-2011

CREDITOR ID: 381885-30
DEL MONTE FRESH PRODUCE NA
C/O MARTYN & ASSOCIATES
ATTN: MARK AMENDOLA
820 SUPERIOR AVE, NW, 10TH FL
CLEVELAND OH 44113

CREDITOR ID: 247910-12
DEL PACIFICO FROZEN FOODS INC
8410 NW 53RD TERRACE
SUITE 102
MIAMI FL 33143

CREDITOR ID: 382007-36
DEL PHARMACEUTICALS, INC
RUSSELL L DENTON
178 EAB PLAZA
PO BOX 9357
UNIONDALE NY 11553-9357

CREDITOR ID: 247911-12
DEL REY ENTERPRISES INC
ATTN CARMEN CHERENEK
2508 METAIRIE LAWN DR
METAIRIE, LA 70002

CREDITOR ID: 385758-54
DELACRUZ, TRINA
12604 DOUBLE BRIDLE COURT #103
TAMPA, FL 33624

CREDITOR ID: 387807-54
DELANCEY, SANDRA
4007 40TH AVENUE NORTH
SAINT PETERSBURG, FL 33714

CREDITOR ID: 392133-55
DELANCEY, SANDRA
C/O FRANK D. BUTLER
FRANK D. BUTLER, P.A.
8250 BRYAN DAIRY RD. STE. 110
LARGO FL 33777

CREDITOR ID: 260525-12
DELANCEY, SCARLETT
1084 HWY 15
PERKINSTIN, MS 39573

CREDITOR ID: 247912-12
DELAND BEACON
PO BOX 2397
DELAND, FL 32721-2397

CREDITOR ID: 247913-12
DELANE'S TRUCK BROKERAGE INC
PO BOX 2037
HAINES CITY FL 33845

CREDITOR ID: 258135-12
DELANEY, PATRICK
2859 SYBIL DRIVE
KINSTON, NC 28504

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 387303-54
DELAPAZ, LILLIAN
22 SW 7TH STREET, APT 1
HALLANDALE, FL 33009

CREDITOR ID: 391887-55
DELAPAZ, LILLIAN
C/O: BERNARD H. BUTTS
BERNARD H. BUTTS
1790 WEST 49TH STE 210
HIALEAH FL 33012

CREDITOR ID: 389065-54
DELARA, BEATRICE
8617 SW 148TH PLACE
MIAMI, FL 33193

CREDITOR ID: 392961-55
DELARA, BEATRICE
C/O: JOHN H RUIZ P.A
JOHN H RUIZ P.A.
5040 NW 7 STREET STE 920
MIAMI FL 33126

CREDITOR ID: 388059-54
DELAROSA, LOURDES
5377 WALKER RD
STONE MOUNTAIN, GA 30088

CREDITOR ID: 247914-12
DELASALLE HIGH SCHOOL
5300 ST CHARLES AVE
NEW ORLEANS, LA 70115

CREDITOR ID: 377261-44
DELAUNE, TAMMY
61172 HOLLIS LESLIE ROAD
ANGIE, LA 70426

CREDITOR ID: 247915-12
DELAWARE COUNTY SCU
PO BOX 15312
ALBANY NY 12212-5312

CREDITOR ID: 247916-12
DELAWARE STATE UNIVERSITY
FINANCIAL AID OFFICER
1200 N DUPONT HWY
DOVER DE 19901-2277

CREDITOR ID: 387922-54
DELEON, MARIA
3639 QUARTERS DECK COURT
KISSIMMEE, FL 34743

CREDITOR ID: 392206-55
DELEON, MARIA
C/O PENDAS LAW FIRM, PA
ATTN A M SCHROEDER/LOU PENDAS, ESQS
4700 MILLENIA BLVD, SUITE 150
ORLANDO FL 32839

CREDITOR ID: 278447-25
DEL-FAIR INC.
PO BOX 389229
CINCINNATI OH 45238-9229

CREDITOR ID: 278629-24
DEL-FAIR, INC.
USG ANNUITY & LIFE COMPANY
C/O ING INVESTMENT MANAGEMENT INC.
5780 POWERS FERRY ROAD NW
SUITE 300
ATLANTA GA 30327-4349

CREDITOR ID: 247212-12
DELGADO, CRISTIAN H
551 SW 9TH STREET
APT 2
MIAMI FL 33130

CREDITOR ID: 388532-54
DELGADO, DORA (MINOR)
18521 SW 268TH STREET
HOMESTEAD, FL 33032

CREDITOR ID: 387342-54
DELGADO, MYRIAN
6968 THICKET TRACE
LAKE WORTH, FL 33467

CREDITOR ID: 389082-54
DELGADO, WANDA
C/O EQUIRE LEGAL GROUP, PA
ATTN GREGORY C MAASWINKEL, ESQ
1920 E ROBINSON STREET
ORLANDO FL 32803

CREDITOR ID: 389082-54
DELGADO, WANDA
141 JERGO ROAD
WINTER PARK, FL 32792

CREDITOR ID: 392973-55
DELGADO, WANDA
C/O: JEFFREY BYRD
JEFFREY M. BYRD, P.A.
801 NORTH MAGNOLIA AVE
SUITE 405
ORLANDO FL 32803

CREDITOR ID: 397870-76
DELGADO, WILLIAM
51 BLAINE COURT
RUFFIN, SC 29475

CREDITOR ID: 393399-55
DELGATTO, BONNIE
C/O: PAUL ROSENBERG, ESQ
ROSENBERG & ROSENBERG,  PA
2501 HOLLYWOOD BLVD
SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 247917-12
DELHI JR HIGH SCHOOL
5280 FOLEY RD
CINCINNATI OH 45246

CREDITOR ID: 247918-12
DELHOMME INDUSTRIES INC
PO BOX 9662
NEW IBERIA LA 70562

CREDITOR ID: 247919-12
DELIA A PASQUALE
2091 GUADELOUPE DRIVE
WELLINGTON FL 33414

CREDITOR ID: 389484-54
DELINE, ERIC
3557 B ISBELLA
NORCROSS GA 30093

CREDITOR ID: 266918-14
DELINQUENT TAX COLLECTOR
ATTN: MICHAEL RALEY
57 WALL ST STE 121
BARNWELL SC 29812-1584

CREDITOR ID: 266915-14
DELINQUENT TAX COLLECTOR
ATTN: CHAPEL HURST
101 N MAIN ST
LANCASTER SC 29720-2409

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266919-14<br>DELINQUENT TAX COLLECTOR<br>ATTN: T P LOOPER<br>222 MCDANIEL AVE<br>PICKENS SC 29671-2759 | CREDITOR ID: 266917-14<br>DELINQUENT TAX COLLECTOR<br>ATTN: GLORIA HALLINGQUESP<br>102 COURTHOUSE DR STE 102<br>SAINT MATTHEWS SC 29135-1479 | CREDITOR ID: 266916-14<br>DELINQUENT TAX COLLECTOR<br>ATTN: DOROTHY COAX<br>102 COURT SQ<br>ABBEVILLE SC 29620-2402 |
| CREDITOR ID: 266920-14<br>DELINQUENT TAX OFFICE<br>ATTN: KAREN CANNON<br>180 N IRBY ST<br>FLORENCE SC 29501-3456 | CREDITOR ID: 247920-12<br>DELISLE ELEMENTARY SCHOOL<br>6303 W WITTMAN ROAD<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 247921-12<br>DELIZZA INC<br>ATTN: BRIAN HILL<br>3605 SANDY PLAINS ROAD, SUITE 240<br>PO BOX 415<br>MARIETTA, GA 30066 |
| CREDITOR ID: 406563-MS<br>DELL ANTONIA, DEAN<br>1 OAKWOOD DR.<br>WAYNE NJ 07470 | CREDITOR ID: 397702-99<br>DELL INC<br>C/O HUGHES & LUCE LLP<br>ATTN: SABRINA L STREUSAND, ESQ<br>111 CONGRESS AVENUE, STE 900<br>AUSTIN TX 78701 | CREDITOR ID: 384086-47<br>DELL MARKETING L P<br>C/O DELL USA LP<br>PO BOX 534118<br>ATLANTA, GA 30353-4118 |
| CREDITOR ID: 247924-12<br>DELL MARKETING LP<br>PO BOX 120001<br>DEPT 0729<br>DALLAS TX 75312-0729 | CREDITOR ID: 247923-12<br>DELL MARKETING LP<br>DEPT AT 40228<br>ATLANTA GA 31192-0228 | CREDITOR ID: 383211-15<br>DELL MARKETING, LP<br>C/O HUGHES & LUCE, LLP<br>ATTN SABRINA L STREUSAND, ESQ<br>111 CONGRESS AVENUE, SUITE 900<br>AUSTIN TX 78701 |
| CREDITOR ID: 247925-12<br>DELLA TERRA FARMS<br>PO BOX 25275<br>TAMPA, FL 33622 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>C/O BERGER SINGERMAN, PA<br>ATTN JORDI GUSO, ESQ<br>200 S BISCAYNE BLVD, SUITE 1000<br>MIAMI FL 33131-5308 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101 |
| CREDITOR ID: 397871-76<br>DELOACH, LILLIE<br>374 QUEEN JULIANNA LANE<br>JACKSON, MS 39209 | CREDITOR ID: 374012-44<br>DELOATCH, BRYAN S<br>RAL HUMAN RESOURCE DEPT<br>105 ANSLEY WALK LANE<br>APEX, NC 27539 | CREDITOR ID: 242391-12<br>DELOCH, ANGELA<br>1411 HARCO DRIVE<br>BATON ROUGE LA 70815 |
| CREDITOR ID: 247927-12<br>DELOIS COATS<br>1022 ANDREW ROAD<br>STARKVILLE, MS 39759 | CREDITOR ID: 247928-12<br>DELOIS FISHER<br>5930 SOUTH MAIN STREET<br>SALISBURY NC 28147 | CREDITOR ID: 382559-51<br>DELOITTE & TOUCHE<br>21550 OXNARD STREET, SUITE 1100<br>WOODLAND HILLS, CA 91367 |
| CREDITOR ID: 374633-44<br>DELOITTE & TOUCHE LLP<br>PO BOX 406838<br>ATLANTA, GA 30384-6838 | CREDITOR ID: 247930-12<br>DELOITTE & TOUCHE LLP<br>PO BOX 402901<br>ATLANTA, GA 30384-2901 | CREDITOR ID: 247929-12<br>DELOITTE & TOUCHE LLP<br>ATTN CPE REGISTRATION<br>ONE INDEPENDENT DRIVE, SUITE 2801<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 247932-12<br>DELOITTE CONSULTING<br>PO BOX 402901<br>ATLANTA, GA 30384-2901 | CREDITOR ID: 266921-31<br>DELORES BOYD<br>5567 SOUTHERN PINES CT<br>STONE MOUNTAIN GA 30087-5264 | CREDITOR ID: 247933-12<br>DELORES E BURTRAM<br>PO BOX 193<br>MARGARET AL 35112 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247934-12<br>DELORIS A STRAITE<br>PO BOX 201<br>WAXHAW NC 28173 | CREDITOR ID: 247936-12<br>DELORIS ERVIN<br>232 WILLOWBRANCH AVENUE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 247937-12<br>DELORIS J ROBINSON<br>4130 LEANARD CIRCLE W<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 247938-12<br>DELORIS L MALONE<br>5608 CORVAIR AVENUE<br>JACKSONVILLE FL 32244 | CREDITOR ID: 247939-12<br>DELORIS SARCIONE<br>PO BOX 648<br>HAMBURG NY 14075 | CREDITOR ID: 387011-54<br>DELP, BRADLEY E<br>209 FARM ROAD<br>SAINT GEORGE GA 31562 |
| CREDITOR ID: 247940-12<br>DELPHINE BEVERLY<br>7429 NEWBYS CROSSING DRIVE<br>RICHMOND VA 23235 | CREDITOR ID: 247941-12<br>DELPHINE MAXWELL<br>175 EUTAW DRIVE<br>STARKVILLE MS 39759 | CREDITOR ID: 385739-54<br>DELPIT, DIANNE E<br>6824 SEAGULL LANE APT F<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 391016-55<br>DELPIT, DIANNE E<br>C/O BRIAN H. MCMILLAN ESQ.<br>2475 CANAL STREET, STE 308<br>NEW ORLEANS LA 70119 | CREDITOR ID: 266922-31<br>DELRAY BEACH CITY OF<br>ATTN: ROBERT BARZINSKI<br>434 S SWINTON AVE<br>DELRAY BEACH FL 33444-3553 | CREDITOR ID: 266923-31<br>DELRAY BEACH CMNTY REDEVLPMNT<br>ATTN: DIANE COLONNA<br>104 W ATLANTIC AVE<br>DELRAY BEACH FL 33444-3662 |
| CREDITOR ID: 404544-95<br>DELRAY PLANTS INC<br>5700 SIMS ROAD<br>DELRAY BEACH FL 33484 | CREDITOR ID: 247942-12<br>DELRAY PLANTS INC<br>ATTN: RANDY GILDE, VP<br>955 OLD STATE ROAD 8<br>VENUS, FL 33960 | CREDITOR ID: 255154-12<br>DELROSARIO, LYDIA<br>5642 BYROM STREET<br>MILTON, FL 32570-5807 |
| CREDITOR ID: 388020-54<br>DELROSARIO, MORAYMA<br>430 NW 117TH STREET<br>MIAMI, FL 33168 | CREDITOR ID: 392296-55<br>DELROSARIO, MORAYMA<br>C/O: ALFREDO J. PEREZ<br>ALFREDO J. PEREZ<br>5040 NORTHWEST 7TH STREET<br>SUITE 750<br>MIAMI FL 33126 | CREDITOR ID: 247943-12<br>DELSHIRE ELEMENTARY<br>4402 GLENHAVEN RD<br>STORE1768<br>CINCINNATI OH 45238 |
| CREDITOR ID: 247944-12<br>DELTA AIR LINES INC<br>PO BOX 101212<br>ATLANTA GA 30392-1212 | CREDITOR ID: 384088-47<br>DELTA BEVERAGE GROUP<br>671 SOUTH ROWLETT ST<br>COLLIERVILLE  TN 38017 | CREDITOR ID: 247945-12<br>DELTA BEVERAGE GROUP<br>PO BOX 595<br>MEMPHIS, TN 38101 |
| CREDITOR ID: 404545-95<br>DELTA CARBONA L.P.<br>461 ROUTE 46 WEST<br>FAIRFIELD NJ 07004 | CREDITOR ID: 247946-12<br>DELTA CARBONA LP<br>ATTN TIMOTHY WELLS, PRES<br>376 HOLLYWOOD AVENUE, SUITE 208<br>FAIRFIELD, NJ 07004 | CREDITOR ID: 247947-12<br>DELTA DEMOCRAT TIMES<br>ATTN JOHN S CLARK<br>PO BOX 1618<br>GREENVILLE, MS 38701 |
| CREDITOR ID: 1263-RJ<br>DELTA INTEREST LLC<br>C/O PALMETTO BAY REALITY MAN L<br>PO BOX 8897<br>GREENVILLE, SC 29604 | CREDITOR ID: 247948-12<br>DELTA INTEREST LLC<br>C/O PALMETTO BAY REALITY MAN LLC<br>PO BOX 8897<br>GREENVILLE, SC 29604 | CREDITOR ID: 2186-RJ<br>DELTA INTERESTS<br>PO BOX 1806<br>GREENVILLE SC 29602 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384089-47<br>DELTA INVESTMENTS<br>C/O JSI REALTY GROUP<br>PO BOX 8897<br>GREENVILLE, SC 29604 | CREDITOR ID: 404546-95<br>DELTA INVESTMENTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 247950-12<br>DELTA NATURAL GAS<br>PO BOX 975<br>MIDDLESBORO, KY 40965-0975 |
| CREDITOR ID: 277-03<br>DELTA NATURAL GAS CO.<br>3617 LEXINGTON ROAD<br>WINCHESTER KY 40391-9797 | CREDITOR ID: 247951-12<br>DELTA P SYSTEMS INC<br>2090 SOUTH NOVA ROAD<br>SUITE AA-17<br>SOUTH DAYTONA FL 32119 | CREDITOR ID: 247952-12<br>DELTA PERSONNEL<br>2709 L & A ROAD<br>SUITE 200<br>METAIRIE LA 70001 |
| CREDITOR ID: 1264-RJ<br>DELTA PLAZA LLC<br>C/O CAMPBELL DELONG LLP<br>ATTN R BRITTAIN VIRDEN ESQ<br>PO BOX 1856<br>GREENVILLE MS 38702-1856 | CREDITOR ID: 1264-RJ<br>DELTA PLAZA LLC<br>ATTN GABRIEL JEIDEL, PRESIDENT<br>16 EAST 34TH STREET 16TH FLOOR<br>NEW YORK, NY 10016-4328 | CREDITOR ID: 247953-12<br>DELTA PLAZA LLC.<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH ST, 16TH FLOOR<br>NEW YORK NY 10016 |
| CREDITOR ID: 247954-12<br>DELTA PRIDE CATFISH INC<br>PO BOX 415000<br>MSC 30548<br>NASHVILLE, TN 37241-5000 | CREDITOR ID: 247955-12<br>DELTA SCALE INC<br>14200 SOUTH LAKES DR<br>CHARLOTTE, NC 28273 | CREDITOR ID: 247956-12<br>DELTA SYSTEMS<br>801 CLANTON ROAD<br>SUITE 105<br>CHARLOTTE NC 28217 |
| CREDITOR ID: 266924-31<br>DELTA WATER INC<br>ATTN: RODNEY DAVIS<br>31000 E BATES RD<br>HAMMOND LA 70403-8767 | CREDITOR ID: 247957-12<br>DELTATRAK INC<br>PO BOX 398<br>PLEASANTON CA 94566 | CREDITOR ID: 247958-12<br>DELTON L POWELL JR<br>5613 GA HWY 256<br>NORMAN PARK GA 31771 |
| CREDITOR ID: 315778-40<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVE<br>BRUCE STRUMPF INC S-305<br>CLEARWATER, FL 33756 | CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>BRUCE STRUMPF INC S-305<br>314 S. MISSOURI AVENUE<br>CLEARWATER FL 33756 | CREDITOR ID: 2187-07<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 247960-12<br>DELTONA WATER<br>PO BOX 31512<br>TAMPA, FL 33631-3512 | CREDITOR ID: 386495-54<br>DELVA, ELDA<br>760 PLACE CHATEAU<br>DELRAY BEACH FL 33444 | CREDITOR ID: 391537-55<br>DELVA, ELDA<br>C/O LISSA JOLIVERT-DORSEY, ESQ.<br>FINDLER AND FINDLER, PA<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 247961-12<br>DELVECCHIO O DAVIS<br>405 MORRISON STREET<br>ANDALUSIA AL 36420 | CREDITOR ID: 2188-07<br>DEM PARTNERSHIP<br>C/O KLEIN & HEUCHAN, INC.<br>2040 NE COACHMAN ROAD<br>CLEARWATER, FL 33765 | CREDITOR ID: 247963-12<br>DEM PARTNERSHIP<br>C/O KLEIN % HEUCHAN INC<br>2040 NE COACHMAN ROAD<br>CLEARWATER, FL 33765 |
| CREDITOR ID: 385887-54<br>DEMANNA, FRANCES<br>C/O LAW OFFICE OF LAURI J GOLDSTEIN<br>ATTN LAURI J GOLDSTEIN ESQ<br>160 NW CENTRAL PARK PLAZA #101<br>SAINT LUCIE WEST FL 34986-1825 | CREDITOR ID: 391135-55<br>DEMANNA, FRANCES<br>C/O: LAURI J. GOLDSTEIN, P.A.<br>A LAW OFFICE OF LAURI J. GOLDSTEIN, P.A.<br>1330 SOUTH FEDERAL HIGHWAY<br>STUART FL 34994 | CREDITOR ID: 247964-12<br>DEMARCUS HILL<br>RT 1 BOX 99C<br>PORTERVILLE MS 39352 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247965-12<br>DEMARIO MCNEAL<br>920 7TH STREET<br>BIRMINGHAM AL 35214 | CREDITOR ID: 247966-12<br>DEMCO<br>PO BOX 15659<br>BATON ROUGE, LA 70895-5659 | CREDITOR ID: 247967-12<br>DEMERT BRANDS<br>PO BOX 82163<br>TAMPA, FL 33682-2163 |
| CREDITOR ID: 404547-95<br>DEMERT BRANDS<br>PO BOX 370043<br>TAMPA FL 33697 | CREDITOR ID: 373860-44<br>DEMESYEUX, BERTHONY<br>POM DIV STORE# 259<br>1006 SE 3RD ST<br>BOYNTON BEACH, FL 33435 | CREDITOR ID: 247969-12<br>DEMETRIA MCWHITE<br>7523 CANAVERAL ROAD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 374638-44<br>DEMETRIA* MCWHITE<br>7252 CANAVERAL ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 247970-12<br>DEMETRIC T JOHNSON<br>922 E BROWN LEE STREET<br>APT 47<br>STARKE FL 32091 | CREDITOR ID: 266925-31<br>DEMOPOLIS WTR WORKS & SEWER BD<br>ATTN: A R TAYLOR<br>211 N WALNUT AVE<br>DEMOPOLIS AL 36732-2031 |
| CREDITOR ID: 381218-47<br>DEMOUCHET, CARLOTTA<br>220 MARGARET STREET, APT 49<br>BREAUX BRIDGE AL 70517 | CREDITOR ID: 387882-54<br>DEMPS, NEUTE<br>3352 WOODHILL DRIVE<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 399752-84<br>DEMPS, NUTE<br>3352 WOODHILL DRIVE<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 400226-85<br>DEMPS, NUTE<br>C/O SHERRY D. WALKER, ESQUIRE<br>SHERRY D. WALKER, P.A.<br>3627 METROPOLITAN BLVD.<br>SUITE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 385398-54<br>DEMPSTER, WINNIFRED<br>697 NE 36TH STREET<br>OAKLAND PARK, FL 33334 | CREDITOR ID: 390705-55<br>DEMPSTER, WINNIFRED<br>C/O DAVID BENENFELD LAW OFFICE<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, STE 310<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 247971-12<br>DEN TEK CORP<br>307 EXCELLENCE WAY<br>MARYVILLE, TN 37801 | CREDITOR ID: 247972-12<br>DENA F DRISKELL<br>3 COLIGNY COURT<br>GREENVILLE SC 29607 | CREDITOR ID: 247974-12<br>DENA J CLARK<br>141 ALDEN AVENUE<br>CHATTANOOGA TN 37405 |
| CREDITOR ID: 248844-12<br>DENBIN, ELAINE<br>C/O ALEX ROSS<br>12 BATH CLUB CIRCLE<br>NORTH REDINGTON BCH, FL 33708 | CREDITOR ID: 247975-12<br>DENHAM SPRINGS CITY/WARD TWO COURT<br>398 MAYOR HERBERT HOOVER AVE<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 247976-12<br>DENHAM SPRINGS ELEMENTARY<br>306 N RANGE AVE<br>DENHAM SPRINGS, LA 70726 |
| CREDITOR ID: 247978-12<br>DENISE DAVIS<br>403 HAIG STREET<br>PRICHARD AL 36610 | CREDITOR ID: 247979-12<br>DENISE DUNLAP<br>2082 WOODSIDE PARK DRIVE<br>WOODSTOCK GA 30188 | CREDITOR ID: 406564-MS<br>DENMARK, LAWRENCE J.<br>1005 WILSHIRE DR.<br>CARY NC 27511 |
| CREDITOR ID: 406565-MS<br>DENNEY, JERRY R<br>217 CROOKED COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 397824-76<br>DENNIE, DEONNA<br>37466 SOUTH PARK AVENUE<br>PRAIREVILLE, LA 70769 | CREDITOR ID: 247980-12<br>DENNIS GARAGE<br>PO BOX 1055<br>JASPER FL 32052 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

| DEBTOR:    WINN-DIXIE STORES, INC., ET AL. | | CASE:   05-03817-3F1 |
|---|---|---|
| CREDITOR ID: 247981-12<br>DENNIS GODFREY REPRESENTING ARTISTS<br>201 WEST 21ST STREET<br>SUITE 10G<br>NEW YORK, NY 10011 | CREDITOR ID: 247982-12<br>DENNIS JACKSON JR<br>206 HALSEY STREET<br>SUITE 1A<br>BREWTON AL 36426 | CREDITOR ID: 247983-12<br>DENNIS L LEWIS<br>ROUTE 2 BOX 324 - D<br>EVERGREEN AL 36401 |
| CREDITOR ID: 247984-12<br>DENNIS LAMANSKE<br>1630 SUPONIC AVE<br>SARASOTA FL 34232 | CREDITOR ID: 247985-12<br>DENNIS MADSEN<br>3357 S 6290 W<br>WEST VALLEY UT 84128-1357 | CREDITOR ID: 247986-12<br>DENNIS MCCUNE INC<br>240 SW 12TH AVE BAY#5<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 247989-12<br>DENNIS SHEEHAN<br>341 ROYAL TERN RD SOUTH<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 247991-12<br>DENNIS WELD SUPPLY INC<br>PO BOX 4572<br>MONTGOMERY, AL 36103-4572 | CREDITOR ID: 385969-54<br>DENNIS, ARRIE<br>1533 MAPEL STREET<br>LAKE PLACID, FL 33852 |
| CREDITOR ID: 391196-55<br>DENNIS, ARRIE<br>C/O: THOMAS J. DEBARI<br>HARBSMEIER, DEZAYAS, APPEL & HARDEN, L.L<br>5116 SOUTH LAKELAND DR.<br>LAKELAND FL 33813 | CREDITOR ID: 386380-54<br>DENNIS, KATHY<br>6425 DUNBAR ROAD<br>PENSACOLA FL 32505 | CREDITOR ID: 391461-55<br>DENNIS, KATHY<br>C/O: THOMAS UEBERSCHAER, ESQ.<br>THOMAS UEBERSCHAER, ESQ.<br>601 N. BAYLEN ST.<br>PENSACOLA FL 32501 |
| CREDITOR ID: 387372-54<br>DENNIS, PATRICIA<br>781 NW 42ND AVENUE, SUITE 345<br>MIAMI, FL 33126 | CREDITOR ID: 391940-55<br>DENNIS, PATRICIA<br>C/O: ROBERT POLOSKY ESQ<br>NUELL & POLSKY<br>782 N.W. 42ND AVENUE<br>SUITE 345<br>MIAMI FL 33126 | CREDITOR ID: 406566-MS<br>DENNIS, ROY L.<br>160 ESPERNZA WAY<br>PALM BEACH GARDENS FL 33418 |
| CREDITOR ID: 406567-MS<br>DENNIS, TOM<br>263 W. PALMETTO AVE.<br>LONGWOOD FL 32750 | CREDITOR ID: 403294-83<br>DENNIS,CORRY, PORTER & SMITH, LLP<br>3535 PIEDMONT RD STE 900<br>ATLANTA GA 30305 | CREDITOR ID: 247992-12<br>DENNY TRANSPORT<br>3435 INDUSTRIAL PKWY<br>JEFFERSONVILLE IN 47130 |
| CREDITOR ID: 240386-06<br>DENR-UST<br>1632 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1632 | CREDITOR ID: 243894-12<br>DENSON, BRENDA<br>2445<br>REGENT LANE<br>HOOVER, AL 35226 | CREDITOR ID: 386772-54<br>DENSON, JULIA<br>1809 HIGHLAND STREET<br>TALLEHASSEES FL 32310 |
| CREDITOR ID: 374817-44<br>DENT, ELLA M<br>8923 HICKCOCK DRIVE<br>BATON ROUGE, LA 70811 | CREDITOR ID: 385799-54<br>DENT, TIFFANY<br>13023 BENTWATER LANE<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 391064-55<br>DENT, TIFFANY<br>C/O: KRISTENE R. BROWN<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 397165-67<br>DENTAL ASSOCIATION OF ELLIS ISLE<br>1704 ELLIS AVENUE, SUITE 122<br>JACKSON, MS 39204 | CREDITOR ID: 247994-12<br>DENTAL CONCEPTS<br>PO BOX 3244<br>NEW YORK, NY 10116-3244 | CREDITOR ID: 247995-12<br>DENTON DAIRY PRODUCTS, INC<br>ATTN BUTLER A DENTON, PRES<br>PO BOX 839<br>CLEVELAND, MS 38732 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 374601-44<br>DENTON, DEBBIE<br>NOL DIV #1343<br>2341 JEFFERSON<br>HOULKA, MS 38850 | CREDITOR ID: 406568-MS<br>DENTON, JERRY<br>126 NEWFIELD STREET<br>ST. SIMONS ISLAND GA 31522 | CREDITOR ID: 388956-54<br>DENUNZIO, JOSEPH<br>15013 MARGAUX DRIVE<br>CLERMONT, FL 34711 |
| CREDITOR ID: 392860-55<br>DENUNZIO, JOSEPH<br>C/O TODD LONG, ESQ<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 247996-12<br>DENVER INSTRUMENT<br>ATTN JOELI SMOTHERMAN<br>6542 FIG STREET<br>ARVADA CO 80004-1042 | CREDITOR ID: 247997-12<br>DEONKENTRE GRACE<br>RT 3 BOX 127 D<br>DEKALB MS 39328 |
| CREDITOR ID: 266926-31<br>DEPARTMENT COMMUNITY DEV<br>ATTN: SANDRA E BAYLOR<br>1410 24TH AVE RM 217<br>GULFPORT MS 39501-2067 | CREDITOR ID: 266929-31<br>DEPARTMENT ENVIRONMENTAL QULTY<br>ATTN: WESLEY MOTLEY<br>5324 DISTRIBUTOR DR<br>RICHMOND VA 23225-6104 | CREDITOR ID: 266928-31<br>DEPARTMENT ENVIRONMENTAL QULTY<br>ATTN: STEVEN DIETRICH<br>3019 PETERS CREEK RD NW<br>ROANOKE VA 24019-2738 |
| CREDITOR ID: 266927-31<br>DEPARTMENT ENVIRONMENTAL QULTY<br>ATTN: FRANK DANIELS<br>5636 SOUTHERN BLVD<br>VIRGINIA BEACH VA 23462-2407 | CREDITOR ID: 266931-31<br>DEPARTMENT ENVMTL PROTECTION<br>ATTN: WANDA MITCHELL<br>3800 COMMONWEALTH BLVD<br>TALLAHASSEE FL 32303-3123 | CREDITOR ID: 266930-31<br>DEPARTMENT ENVMTL PROTECTION<br>ATTN: RICHARD CANTRELL<br>2295 VICTORIA AVE<br>FORT MYERS FL 33901-3884 |
| CREDITOR ID: 266932-14<br>DEPARTMENT INDUS RELATIONS<br>ATTN: JOE ALBERSON<br>3460A 3RD AVE S<br>BIRMINGHAM AL 35222-1712 | CREDITOR ID: 248000-12<br>DEPARTMENT OF ALCHOLIC BEVE CONTROL<br>CASHIERS OFFICE CONSENT OFFER<br>2901 HERMITAGE ROAD<br>RICHMOND VA 23220 | CREDITOR ID: 240390-06<br>DEPARTMENT OF BANKING AND<br>FINANCE 2990 BRANDYWINE RD<br>SUITE 200<br>ATLANTA GA 30341-5565 |
| CREDITOR ID: 240391-06<br>DEPARTMENT OF BUSINESS &<br>PROF REGULATION<br>PO BOX 6300<br>TALLAHASSEE FL 32314-6300 | CREDITOR ID: 397713-62<br>DEPARTMENT OF BUSINESS & INDUSTRY<br>UNCLAIMED PROPERTY DIVISION<br>2501 EAST SAHARA AVE., SUITE 304<br>LAS  VEGAS  NV 89104 | CREDITOR ID: 374650-44<br>DEPARTMENT OF BUSINESS & PROFESSIONAL<br>REGULATIONS COLLECTION SECTION<br>PO BOX 1093<br>TALLAHASSEE, FL 32302-1093 |
| CREDITOR ID: 248005-12<br>DEPARTMENT OF BUSINESS&PROFESSIONAL<br>1940 NORTH MONROE STREET<br>TALLAHASSEE FL 32399-0783 | CREDITOR ID: 248006-12<br>DEPARTMENT OF CHILD SUPPORT SVCS<br>COUNTY OF SANTA BARBARA<br>PO BOX 697<br>SANTA BARBARA CA 93102 | CREDITOR ID: 397715-62<br>DEPARTMENT OF COMMERCE<br>UNCLAIMED PROPERTY DIVISION<br>133 EAST 7TH STREET<br>ST.  PAUL  MN 55101 |
| CREDITOR ID: 397714-62<br>DEPARTMENT OF COMMERCE<br>DIVISION OF UNCLAIMED FUNDS<br>77 SOUTH HIGH STREET - 20TH FL.<br>COLUMBUS  OH 43266-0545 | CREDITOR ID: 248007-12<br>DEPARTMENT OF CORRECTIONS<br>2601 BLAIR STONE ROAD<br>TALLAHASSEE, FL 32399-2500 | CREDITOR ID: 248009-12<br>DEPARTMENT OF ENVIROMENTAL PROTECTN<br>STATE OF FLORIDA<br>PO BOX 3070<br>TALLAHASSEE FL 32315 |
| CREDITOR ID: 240393-06<br>DEPARTMENT OF ENVIRONMENTAL QUALITY<br>FINANCIAL SERVICE DIV<br>PO BOX 4311<br>BATON ROUGE, LA 70821-4311 | CREDITOR ID: 240395-06<br>DEPARTMENT OF HEALTH & HOSPITALS<br>FOOD & DRUG UNIT<br>6867 BLUEBONNET BLVD<br>BATON ROUGE LA 70810 | CREDITOR ID: 248013-12<br>DEPARTMENT OF HEALTH AND<br>HOSPITALS<br>DIVISION OF FISCAL MANAGEMENT<br>PO BOX 62898<br>NEW ORLEANS, LA 70162-2800 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248015-12<br>DEPARTMENT OF HUMAN SERVICES<br>PO BOX 280<br>GULFPORT MS 39502 | CREDITOR ID: 248016-12<br>DEPARTMENT OF MOTOR VEHICLES<br>MOTOR CARRIER SERVICES SECTION<br>PO BOX 27412   2300 W BROAD ST<br>RICHMOND, VA 23269-0001 | CREDITOR ID: 248017-12<br>DEPARTMENT OF PUBLIC SAFETY<br>OFFICE OF MOTOR VEHICLES<br>PO BOX 64886<br>BATON ROUGE LA 70896 |
| CREDITOR ID: 397717-62<br>DEPARTMENT OF REVENUE<br>UNCLAIMED PROPERTY DIVISION<br>MITCHELL BUILDING<br>HELENA  MT 59620 | CREDITOR ID: 397343-70<br>DEPARTMENT OF REVENUE<br>ADMINISTRATIVE HEARING OFFICE<br>ANDREW JACKSON STATE OFFICE BLDG.<br>NASHVILLE, TN 37242 | CREDITOR ID: 397720-62<br>DEPARTMENT OF REVENUE<br>UNCLAIMED PROPERTY UNIT<br>P.O. BOX 29026<br>PHOENIX  AZ 85038-9026 |
| CREDITOR ID: 397719-62<br>DEPARTMENT OF REVENUE<br>UNCLAIMED PROPERTY SECTION<br>P.O. BOX 91010<br>BATON  ROUGE  LA 70821-9010 | CREDITOR ID: 397718-62<br>DEPARTMENT OF REVENUE<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 448<br>OLYMPIA  WA 98507-0448 | CREDITOR ID: 397716-62<br>DEPARTMENT OF REVENUE<br>270 WASHINGTON ST., ROOM 404<br>ATLANTA  GA 30334 |
| CREDITOR ID: 266933-14<br>DEPARTMENT OF REVENUE<br>ATTN: KEVIN GEDDINGS<br>1333 MAIN ST<br>COLUMBIA SC 29201-6205 | CREDITOR ID: 266934-14<br>DEPARTMENT OF REVENUE<br>ATTN: STELLA LOCKLAIR<br>301 GERVAIS ST<br>COLUMBIA SC 29214-0001 | CREDITOR ID: 397721-62<br>DEPARTMENT OF STATE TREASURY<br>ESHEAT & UNCLAIMED PROPERTY<br>325 NORTH SALISBURY STREET<br>RALEIGH  NC 27603-1385 |
| CREDITOR ID: 241026-11<br>DEPARTMENT OF TAXATION<br>ATTN: CUSTOMER SERVICE<br>ACCOUNT NO.: 001224583-1<br>PO BOX 1115<br>RICHMOND, VA 23218-1115 | CREDITOR ID: 397722-62<br>DEPARTMENT OF THE TREASURY<br>UNCLAIMED PROPERTY<br>P.O. BOX 214<br>TRENTON NJ 08646-0214 | CREDITOR ID: 397723-62<br>DEPARTMENT OF TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 1435<br>PROVIDENCE  RI 02901-1435 |
| CREDITOR ID: 397725-62<br>DEPARTMENT OF TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>LANSING  MI 48922 | CREDITOR ID: 397724-62<br>DEPARTMENT OF TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 2478<br>RICHMOND  VA 23218 | CREDITOR ID: 266935-31<br>DEPARTMNT VETERANS AFFAIRS NCS<br>ATTN: CHIEF WAYNE SIMPSON<br>5101 RUSSELL RD<br>QUANTICO VA 22134-3903 |
| CREDITOR ID: 248018-12<br>DEPENDABLE DRUM CO INC<br>103 ADELAIDE DRIVE<br>GREENVILLE SC 29615 | CREDITOR ID: 248019-12<br>DEPENDABLE SHEET METAL COMPANY INC<br>2964 MILL STREET<br>MOBILE, AL 36607-1991 | CREDITOR ID: 389583-54<br>DEPESTRE, JENNIFER<br>3906 S. W 12TH CT<br>FORT LAUDERDALE, FL 33312 |
| CREDITOR ID: 393253-55<br>DEPESTRE, JENNIFER<br>C/O: STEVEN A. GOLDSTEIN, ESQUIRE<br>STEVEN A. GOLDSTEIN, ATTORNEY AT LAW<br>754 HERITAGE DRIVE<br>FORT LAUDERDALE FL 33326 | CREDITOR ID: 388984-54<br>DEPHILLIPS, ILEANA<br>17610 SW 118TH PLACE<br>MIAMI, FL 33177 | CREDITOR ID: 392886-55<br>DEPHILLIPS, ILEANA<br>C/O ERIC FELDMAN, PA<br>ATTN ERIC FEDMAN, ESQ<br>717 PONCE DE LEON BLVD<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 266936-31<br>DEPT OF CLOSED MANAGEMENT<br>ATTN: JEFF RICHARDSON<br>315 W MAIN ST STE 510<br>TAVARES FL 32778-3813 | CREDITOR ID: 1267-07<br>DEPT OF FINANCE STATE OF ALABAMA<br>PO BOX 1390<br>MONTGOMERY AL 36104 | CREDITOR ID: 248022-12<br>DEPT OF FINANCE STATE OF ALABAMA<br>PO BOX  1390<br>MONTGOMERY, AL 36104 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266937-31<br>DEPT OF HUMAN RESOURCES<br>ATTN: FAYE RYNER<br>125 E CHURCH ST STE B<br>SANDERSVILLE GA 31082-2429 | CREDITOR ID: 248024-12<br>DEPT OF HUMAN RESOURCES<br>PIKE COUNTY<br>PO BOX 966<br>TROY, AL 36081-0966 | CREDITOR ID: 248026-12<br>DEPT OF INDUSTRIAL RELATIONS<br>UNEMPLOYMENT COMP. AGENCY<br>649 MONROE STREET<br>MONTGOMERY, AL 36131-4220 |
| CREDITOR ID: 266941-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: CYNTHIA UNDERWOOD<br>50 N RIPLEY ST FL 4<br>MONTGOMERY AL 36130-1001 | CREDITOR ID: 266953-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: LISA MCKNIGHT<br>110 ELDER ST<br>BOAZ AL 35956 | CREDITOR ID: 266950-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: KLEOB LOFLIN<br>103 N PERRY ST<br>MONTGOMERY AL 36104-3728 |
| CREDITOR ID: 266954-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: MIKE REED<br>5462 ATLANTA HWY<br>MONTGOMERY AL 36109-3326 | CREDITOR ID: 266958-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: WAYNE REFS<br>2911 7TH AVE S<br>BIRMINGHAM AL 35233-2903 | CREDITOR ID: 266956-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: SANDRA ELLIS<br>1100 SPRING HILL AVE<br>MOBILE AL 36604-2716 |
| CREDITOR ID: 266952-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: LESTER THOMPSON<br>4446 SELMA HWY<br>MONTGOMERY AL 36108-4841 | CREDITOR ID: 266951-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: LARRY NUSS<br>20 CAMDEN BYP<br>CAMDEN AL 36726-1770 | CREDITOR ID: 266948-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: JIMMY ASKEW<br>18 ALABAMA AVE E<br>LAFAYETTE AL 36862-1745 |
| CREDITOR ID: 266946-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: JAMES E FRENCH<br>344 N OATES ST<br>DOTHAN AL 36303-4511 | CREDITOR ID: 266945-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: HENRY CHILDS<br>4410 4TH AVE S<br>BIRMINGHAM AL 35222-2805 | CREDITOR ID: 266944-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: H E GENE MONROE<br>50 N RIPLEY ST<br>MONTGOMERY AL 36130-1001 |
| CREDITOR ID: 266942-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: DWIGHT BUSH<br>235 COLLEGE ST<br>GADSDEN AL 35901-4134 | CREDITOR ID: 266940-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: ANGIE DESMOND<br>8 COURT SQ W STE B<br>CENTREVILLE AL 35042-2232 | CREDITOR ID: 266938-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: A M FRANKLIN<br>50 N RIPLEY ST STE 1115<br>MONTGOMERY AL 36130-1001 |
| CREDITOR ID: 266957-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: STEPHEN PARKER<br>615 FORREST AVE<br>BREWTON AL 36426-2518 | CREDITOR ID: 266949-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: JOE COYEN<br>GORDON PRSON BLDG RM 3140<br>MONTGOMERY AL 36130-0001 | CREDITOR ID: 266955-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: RONALD J BOWDEN<br>857 DOWNTOWNER BLVD<br>MOBILE AL 36609-5430 |
| CREDITOR ID: 266947-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: JERRY CHANEY<br>2909 S WILSON DAM HWY<br>MUSCLE SHOALS AL 35661-3753 | CREDITOR ID: 266939-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: ALICE MCKINNEY<br>760 CHESTNUT ST<br>GADSDEN AL 35901-4147 | CREDITOR ID: 266943-14<br>DEPT OF REVENUE ALABAMA<br>ATTN: ERNEST BROADHEAD<br>50 N RIPLEY ST<br>MONTGOMERY AL 36130-1001 |
| CREDITOR ID: 266960-14<br>DEPT OF TREASURY LOUISIANA<br>ATTN: JOSEPH VAUGHN<br>900 MURRAY ST RM B100<br>ALEXANDRIA LA 71301-7643 | CREDITOR ID: 266959-14<br>DEPT OF TREASURY LOUISIANA<br>ATTN: JOHN KENNEDY<br>STATE CAPITOL FL 3<br>BATON ROUGE LA 70804 | CREDITOR ID: 266961-31<br>DEPT OF WATER QUALITY CONTROL<br>ATTN: RONNY KELLY<br>1860 S JEFFERSON AVE<br>COOKEVILLE TN 38506-5564 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 397726-62
DEPT. OF BANKING & FINANCE
BUREAU OF UNCLAIMED PROPERTY
101 E. GAINES ST, FLETCHER BLDG.
TALLAHASSEE  FL 32399-0350

CREDITOR ID: 397727-62
DEPT. OF BUDGET & FINANCE
UNCLAIMED PROPERTY SECTION
P.O. BOX 150
HONOLULU  HI 96810-0150

CREDITOR ID: 374657-44
DEPUTY LEE VAN YOUNG JR
6401 CEDAR WOOD DRIVE
JACKSON, MS 39213

CREDITOR ID: 374658-44
DEPUTY LEE VAN YOUNG JR
PO BOX 24251
JACKSON, MS 39225-4251

CREDITOR ID: 248029-12
DEQ FINANCIAL SERVICES DIVISION
ATT ACC RECEIVABLE
PO BOX 4311
BATON ROUGE, LA 70821-4311

CREDITOR ID: 248030-12
DERAMUS SAUSAGE COMPANY
ATTN HERBERT MURRAY
1697 COUNTY RD 10
BOOTH, AL 36008

CREDITOR ID: 248031-12
DERBY CITY SEPTIC & DRAIN SVC INC
4807 DOVER ROAD
LOUISVILLE KY 40216

CREDITOR ID: 248032-12
DEREK C MILES
PO BOX 303
GUIN AL 35563

CREDITOR ID: 248033-12
DEREK D NELSON
31 ELMWOOD DRIVE
DESTREHAN LA 70047

CREDITOR ID: 248034-12
DEREK L MOWDY
4638 QUAIL RUN ROAD
MERIDIAN MS 39307

CREDITOR ID: 248036-12
DEREST MCKINNON
PO BOX 832
CLAXTON, GA 30417

CREDITOR ID: 248037-12
DERHAMTOWN ELEMENTARY
1101 AVENUE M
BOGALUSA, LA 70427

CREDITOR ID: 248038-12
DERICK M TRIPLETT
631 E CALL STREET
APT 412
TALLAHASSEE FL 32301

CREDITOR ID: 377849-45
DERIESTHAL, STEPHEN T.
1075 WATERFORD LANDING DR.
JACKSONVILLE, FL 32003

CREDITOR ID: 406569-MS
DERISO, CHARLES W.
3270 HIDDEN FOREST DR.
SNELLVILLE GA 30278

CREDITOR ID: 406570-MS
DERISO, GEORGE H
3943 CHICORA WOOD PL
JACKSONVILLE FL 32224

CREDITOR ID: 256044-12
DEROCHE, MELODY H
1332 NORTH AIRLINE AVENUE
GRAMERCY LA 70052

CREDITOR ID: 248039-12
DERREL S GRAHAM
PO BOX 491953
LEESBURG FL 34749

CREDITOR ID: 248041-12
DERRICK J SYDNOR
175 CHARLOTTE AVENUE
LACROSSE VA 23950

CREDITOR ID: 248042-12
DERRICK LAWN CARE SERVICE
2117 ABELWOOD RD
CHARLOTTE, NC 28216

CREDITOR ID: 248044-12
DERRIN GARON
1111 BERTHIER STREET
NEW ROADS, LA 70760

CREDITOR ID: 248045-12
DERRON J WHITE
5100 DUELING OAKS
MARRERO LA 70072

CREDITOR ID: 389759-54
DERRYBERRY, DELORSE
828 MISSION RIDGE RD
ROSSVILLE GA 30741

CREDITOR ID: 393376-55
DERRYBERRY, DELORSE
C/O: BRENT JAMES
HARRISS & HARTMAN LAW FIRM.
200 MCFARLAND BUILDING
P.O. DRAWER 220
ROSSVILLE GA 30741

CREDITOR ID: 248046-12
DERST BAKING COMPANY
ATTN HEATHER SMITH SR, VP FIN
PO BOX 22849
SAVANNAH, GA 31403

CREDITOR ID: 390935-55
DESADA, ANA G
C/O: JEFFREY R. DEUTSCH, ESQUIRE
JEFFREY R. DEUTSCH, P.A.
4770 BISCAYNE BLVD.
SUITE 1450
MIAMI FL 33137

CREDITOR ID: 385647-54
DESADA, ANA G
314 SW 194TH AVE
PEMBROKE PINES, FL 33029

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399883-84<br>DESAMOURS, JULI<br>1114 POND DR<br>#G<br>ORLANDO FL 32825 | CREDITOR ID: 400312-85<br>DESAMOURS, JULI<br>C/O MATTHEW M DONALDSON, ESQ.<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 248047-12<br>DESERAY A BALLARD<br>2483 EEON CIRCLE<br>APT 216<br>ORLANDO FL 32817 |
| CREDITOR ID: 248048-12<br>DESERT GROCERY WHOLESALE<br>42335 WASHINGTON STREET<br>SUITE # 340<br>PALM DESERT CA 92211 | CREDITOR ID: 248049-12<br>DESHAZO SERVICE COMPANY LLC<br>PO BOX 2725<br>COLUMBUS GA 31902-2725 | CREDITOR ID: 248050-12<br>DESI JONES<br>306 EAST CLUB DRIVE<br>APT # 306E<br>ST ROSE LA 70087 |
| CREDITOR ID: 248051-12<br>DESICO INTERNATIONAL<br>51 CRAIGWOOD RD  STE 100<br>SOUTH PLAINFIELD, NJ 07080 | CREDITOR ID: 381095-47<br>DESIGN SERVICE GROUP INC<br>ATTN RONALD HENSON II, PRES<br>362A GRANT ST<br>LONGWOOD, FL 32750 | CREDITOR ID: 266962-31<br>DESIGNED DEV & PRESERVATION<br>ATTN: YVONNE FORTUREBERRY<br>75 CALHOUN ST FL 3<br>CHARLESTON SC 29401-3540 |
| CREDITOR ID: 248052-12<br>DESIGNSHOP CONVENTION SVCS GRP INC<br>7503 EXCHANGE DRIVE<br>ORLANDO FL 32809 | CREDITOR ID: 386642-54<br>DESIR, NATHALIE<br>5852 LAKE UNDERHILL RD, APT #1<br>ORLANDO FL 32807 | CREDITOR ID: 391624-55<br>DESIR, NATHALIE<br>C/O: PAUL J. MORGAN<br>PAUL J. MORGAN & ASSOC<br>1099 WEST MORSE BLVD.<br>WINTER PARK FL 32789 |
| CREDITOR ID: 248053-12<br>DESISION MODELING INC<br>289 WEST MAIN STREET<br>GOSHEN NY 10924 | CREDITOR ID: 243032-12<br>DESKINS, BARBARA<br>1008 LOUISIANA AVENUE<br>SAINT CLOUD FL 34769-3572 | CREDITOR ID: 390439-54<br>DESORMIER, LUCILLE R.<br>3716 MEADOW CREST DRIVE<br>ALVARADO TX 76009 |
| CREDITOR ID: 248056-12<br>DESOTO MEMORIAL HOSPITAL<br>PO BOX 2177<br>ARCADIA, FL 34265 | CREDITOR ID: 387341-54<br>DESOUZA, LUCILLE<br>6406 SAGEWOOD DRIVE<br>ORLANDO, FL 32818 | CREDITOR ID: 391915-55<br>DESOUZA, LUCILLE<br>C/O: JEFFREY A. MILLER<br>SEIFERT, MILLER& SLUSHER, P.A.<br>401 WEST COLONIAL DRIVE<br>SUITE 6<br>ORLANDO FL 32802 |
| CREDITOR ID: 248057-12<br>DESPORTE'S AVE BAKERY<br>285 HOWARD AVE<br>BILOXI, MS 39530 | CREDITOR ID: 398020-76<br>DESSALINES, HUBERT<br>95 S TUNG STREET<br>MONTICELLO, FL 32344 | CREDITOR ID: 269615-19<br>DESSALINES, HUBERT<br>ATTN: MARIE MATTOX, PA<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 248058-12<br>DESSIE ROBINSON CLEMENTS<br>3440 REVERE ROAD S W<br>ATLANTA GA 30331 | CREDITOR ID: 406571-MS<br>DESSOFFY, DAVID<br>370 TURTLE DOVE DRIVE<br>ORANGE PARK FL 32073 | CREDITOR ID: 248059-12<br>DESTIN LOG<br>PO BOX 957<br>DESTIN, FL 32540-0957 |
| CREDITOR ID: 248060-12<br>DESTIN WATER USERS INC<br>PO BOX 308<br>DESTIN, FL 32540-0308 | CREDITOR ID: 383129-51<br>DESTINATION RX (AGELITY)<br>555 BROAD HOLLOW ROAD., SUITE 402<br>MELVILLE, NY 11747 | CREDITOR ID: 248061-12<br>DESTREHAN HIGH SCHOOL<br>1 WILDCAT LANE<br>DESTREHAN, LA 70047 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248062-12<br>DETRECH C BLACK<br>1058 WEST HARLEM AVENUE<br>HUEYTOWN AL 35023 | CREDITOR ID: 248063-12<br>DETROIT FORMING INC<br>DRAWER NO 641255<br>DETROIT, MI 48264-1255 | CREDITOR ID: 381052-47<br>DEUCE MCALLISTERS CATCH 22 FOUNDATION<br>PO BOX 231363<br>HARAHAN, LA 70183 |
| CREDITOR ID: 381864-99<br>DEUTSCHE BANK TRUST COMPANY AMERICA<br>C/O NIXON PEABODY LLP<br>ATTN: DENNIS DREBSKY/JOHN ROSENTHAL<br>437 MADISON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST COMPANY AMERICA<br>ATTN: S BERG<br>60 WALL STREET<br>NEW YORK NY 10005-2858 | CREDITOR ID: 388080-54<br>DEVANCE, ROBERT<br>100 WHITE STREET<br>HAMMOND, LA 70403 |
| CREDITOR ID: 392346-55<br>DEVANCE, ROBERT<br>C/O: ROBERT K. DEVANCE<br>PRO SE<br>100 WHITE ST.<br>HAMMOND LA 70403 | CREDITOR ID: 248064-12<br>DEVANE SURVEYING INC<br>PO BOX 1427<br>VALDOSTA, GA 31603-1427 | CREDITOR ID: 391518-55<br>DEVANE, JIMMIE<br>C/O: J. MICHAEL BASS<br>PO BOX 159<br>VALDOSTA GA 31603 |
| CREDITOR ID: 392880-55<br>DEVAUGHN, DONNA<br>C/O JOE WEINBERGER JR, ESQ<br>114 N MAIN STREET<br>PO BOX 1215<br>ROXBORO NC 27573 | CREDITOR ID: 388977-54<br>DEVAUGHN, DONNA<br>2222 HALIFAX ROAD<br>ROXBORO, NC 27573 | CREDITOR ID: 315780-40<br>DEVCON ENTERPRISES INC<br>CORPORATE CENTER WEST<br>433 SOUTH MAIN STREET STE 300<br>WEST HARTFORD, CT 06110 |
| CREDITOR ID: 282-03<br>DEVELOPERS DIVERSIFIED REALTY<br>34555 CHAGRIN BLVD.<br>CHAGRIN FALLS OH 44022 | CREDITOR ID: 279200-99<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>ATTN: ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 227042<br>BEACHWOOD OH 44122 | CREDITOR ID: 278775-99<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES CARR/ROBERT LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 248066-12<br>DEVELOPERS DIVERSIFIED-ALABAMA INC<br>PO BOX 931751<br>CLEVELAND, OH 44193 | CREDITOR ID: 266963-31<br>DEVELOPMENT AUTHORITY MISS<br>ATTN: LESTER MCMILLAN<br>6 DECATUR ST<br>NEWTON MS 39345 | CREDITOR ID: 266964-31<br>DEVELOPMENT ENGINEERING<br>ATTN: MONTYE BEAMER<br>123 W INDIANA AVE RM 202<br>DELAND FL 32720-4615 |
| CREDITOR ID: 384090-47<br>DEVELOPMENT MGMT INC<br>C/O DEVELOPMENT-MANAGEMENT INC<br>P O BOX 35349<br>CHARLOTTE, NC 28235-5349 | CREDITOR ID: 266965-14<br>DEVELOPMENT PERMITS<br>ATTN: JIMMY SLAY<br>PO BOX 687<br>MERIDIAN MS 39301-0687 | CREDITOR ID: 390485-54<br>DEVILA, OLGA DE<br>1903 SEATONHAM STREET<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 248069-12<br>DEVIN A ALPHONSO<br>7301 WEST JUDGE PEREZ DRIVE<br># 305<br>ARABI LA 70032 | CREDITOR ID: 248071-12<br>DEVIN M TUCKER<br>355 MONUMENT ROAD<br>APT# 19B1<br>JACKSONVILLE FL 32225 | CREDITOR ID: 248072-12<br>DEVIN W DEANE<br>66 WOODLAWN<br>TROUTVILLE VA 24175 |
| CREDITOR ID: 248073-12<br>DEWAR NURSERIES INC<br>625 W KEENE RD<br>APOPKA FL 32703-6952 | CREDITOR ID: 248074-12<br>DEWARS LAKE DEVELOPMENT LLC<br>365 SOUTH STREET<br>% LAMAR COMPANIES<br>MORRISTOWN NJ 07960 | CREDITOR ID: 2260-07<br>DEWELL, GEORGE<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 388829-54
DEWENTER, DOROTHA
330 KONTIKI DR
NAPLES, FL 34113

CREDITOR ID: 315824-40
DEWRELL, GEORGE
PO BOX 642
FORT WALTON BEACH, FL 32549

CREDITOR ID: 250438-12
DEWRELL, GEORGE
ATTN RAY DEWRELL
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 269259-16
DEWRELL, GEORGE L.
C/O MICHAEL D. WEINSTOCK
DEWRELL & WEINSTOCK
PO BOX 1510
FORT WALTON BEACH, FL 32549

CREDITOR ID: 269258-16
DEWRELL, GEORGE L.
C/O J. LADON DEWRELL
DEWRELL & WEINSTOCK
PO BOX 1510
FORT WALTON BEACH, FL 32549

CREDITOR ID: 269312-16
DEWRELL, MILDRED
C/O MICHAEL D. WEINSTOCK
DEWRELL & WEINSTOCK
PO BOX 1510
FORT WALTON BEACH, FL 32549

CREDITOR ID: 269311-16
DEWRELL, MILDRED
C/O J. LADON DEWRELL
DEWRELL & WEINSTOCK
PO BOX 1510
FORT WALTON BEACH, FL 32549

CREDITOR ID: 248075-12
DEWS DELIVERY SERVICE
15 AVOCET CT
LA PLACE, LA 70068

CREDITOR ID: 248076-12
DEX IMAGING INC
PO BOX 20488
TAMPA FL 33622-0488

CREDITOR ID: 248077-12
DEXTER GREEN
JACKSONVILLE SHERIFFS OFFICE
501 E BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 248078-12
DEXTER L REAVES
3549 RUTHERFORD ROAD
TAYLORS SC 29687

CREDITOR ID: 388501-54
DEXTER, CARLA
1070 GOLDENROD ROAD
WELLINGTON, FL 33414

CREDITOR ID: 392583-55
DEXTER, CARLA
C/O: STUART A NELSON
HOFFMAN, MOORE, BAISEN, NELSON & PEREZ
4403 WEST TRADEWINDS AVENUE
LAUDERDALE BY THE SEA FL 33308

CREDITOR ID: 389684-54
DEYONG, ROSE
12100 SEMINOLE LOT 337
LARGO, FL 33778

CREDITOR ID: 389684-54
DEYONG, ROSE
1120 LOT 337
LARGO, FL 33776

CREDITOR ID: 399944-84
DEYOUNG, ROSE
1120 LOT 337
LARGO FL 33776

CREDITOR ID: 389805-54
DEYOUNKS, EMILY
1657 W. 26TH STREET
RIVIERA BEACH FL 33404

CREDITOR ID: 247437-12
DGM ASSOCIATES INC
PO BOX 6052
POMPANO BEACH FL 33060-6052

CREDITOR ID: 248079-12
DH ELECTRIC
6251 OLD WHITEVILLE ROAD
LUMBERTON, NC 28358

CREDITOR ID: 248080-12
DH PACE OVERHEAD DOOR COMPANY
221 ARMOUR DRIVE
PO BOX 14107
ATLANTA GA 30324

CREDITOR ID: 381711-47
DHANMATTEE MOHAMMED
12243 SW 203TH STREET
MIAMI, FL 33177

CREDITOR ID: 248081-12
DHEC
8500 FARROW ROAD
BLDG 12 ROOM 200
COLUMBIA SC 29201

CREDITOR ID: 266966-14
DHH OFFICE MANAGING FINANCE
ATTN: KIMBERLY SILVIO
1201 CAPITOL ACCESS RD
BATON ROUGE LA 70802-4438

CREDITOR ID: 248083-12
DHH OPH NUTRITION SERVICES
VENDOR MANAGEMENT SERVICES
PO BOX 60630
NEW ORLEANS LA 70160

CREDITOR ID: 248084-12
DHHS ACCOUNTS RECEIVABLE
DIV OF MED ASSIST
325 N SALISBURY ST
RALEIGH, NC 27699-2022

CREDITOR ID: 403295-83
DHL EXPRESS
PO BOX 4723
HOUSTON TX 77210-4723

CREDITOR ID: 248086-12
DHL WORLDWIDE EXPRESS
22128 NETWORK PLACE
CHICAGO, IL 60673

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 388393-54
DHUET, TAMMY
2605 RIDGECREST
BATON ROUGE, LA 70802

CREDITOR ID: 392493-55
DHUET, TAMMY
C/O: ROBERT L. MANARD, ESQ.
MANARD & BUCK, P.A.
1100 POYDRAS ST #2610
NEW ORLEANS LA 70163-2610

CREDITOR ID: 248087-12
DI CARO ENTERPRISES INC
540 SOUTH MAIN ST
NORTH PEKIN IL 61554

CREDITOR ID: 248088-12
DIAGNEL FUMERO
2175 WEST 52TH STREET #103
HIALEAH, FL 33016

CREDITOR ID: 384091-47
DIAGRAPH CORPORATION
75 REMITTANCE DRIVE SUITE 1234
C/O NORTHERN TRUST CO
MARKING AND CODING GROUP
CHICAGO, IL 60675-1234

CREDITOR ID: 248089-12
DIAGRAPH CORPORATION
135 S LASALLE DEPT. 1158
CHICAGO, IL 60674-1158

CREDITOR ID: 248090-12
DIAL CORPORATION
ADVANTAGE SALES & MARKETING
ATTN DAVID CHRISTIANSEN
7900 BELFORT PARKWAY #100
JACKSONVILLE FL 32256

CREDITOR ID: 279223-35
DIAL CORPORATION
ATTN: NANCY JANASIAK
15501 N DIAL BLVD
SCOTTSDALE AZ 85260-1619

CREDITOR ID: 377324-44
DIAL CORPORATION, THE
PO BOX 751225
CHARLOTTE, NC 28275

CREDITOR ID: 262802-12
DIAL CORPORATION, THE
PO BOX 402219
ATLANTA, GA 30384-2219

CREDITOR ID: 248091-12
DIAL ONE HOUSE OF DOORS
850 SAMS AVE
HARAHAN, LA 70123

CREDITOR ID: 406572-MS
DIAL, CHARLES W.
1983 CANFIELD GLEN
LAWRENCEVILLE GA 30044

CREDITOR ID: 248093-12
DIAMANTE PAINT & BODY WORKS
1084 EAST 47 STREET
HIALEAH, FL 33013

CREDITOR ID: 248094-12
DIAMOND CLUB
PO BOX 6231
TITUSVILLE FL 32782

CREDITOR ID: 248095-12
DIAMOND D RANCH
5903-01 SOLOMON DRIVE
JACKSONVILLE FL 32234

CREDITOR ID: 248096-12
DIAMOND ELECTRICAL CONTRACTORS INC
2265 ST JOHNS BLUFF ROAD
JACKSONVILLE FL 32246

CREDITOR ID: 382560-51
DIAMOND H
ATTN: JIM STRATTON
100 N RUPERT STREET
FT. WORTH, TX 76107

CREDITOR ID: 248097-12
DIAMOND H RECOGNITION
100 N RUPERT STREET
FORT WORTH, TX 76107

CREDITOR ID: 384092-47
DIAMOND METAL CO INC
624 BEAUTYREST AVENUE
JACKSONVILLE, FL 32205

CREDITOR ID: 248098-12
DIAMOND METAL CO INC
5520 TYLER AVE
JACKSONVILLE, FL 32254

CREDITOR ID: 404553-95
DIAMOND OF CALIFORNIA
ATTN ACCOUNT RECIEVABLE
PO BOX 1727
STOCKTON CA 95201

CREDITOR ID: 248099-12
DIAMOND OF CALIFORNIA
21299 NETWORK PLACE
CHICAGO, IL 60673-1212

CREDITOR ID: 248100-12
DIAMOND WHOLESALE
245 WEST COMMERCIAL AVENUE
MOONACHIE NJ 07074

CREDITOR ID: 389059-54
DIAMOND, DOLORES
16431 NE 34 AVE
NORTH MIAMI BEACH, FL 33160

CREDITOR ID: 392955-55
DIAMOND, DOLORES
C/O DOUGLAS P JOHNSON & ASSOCIATES
ATTN DOUGLAS P JOHNSON, ESQ
2924 DAVIE ROAD, SUITE 202
DAVIE FL 33314

CREDITOR ID: 403240-92
DIAMOND, ROSS III, ESQ.
C/O DIAMOND HASSER & FROST
PO DRAWER 40600
MOBILE AL 36640

CREDITOR ID: 248101-12
DIANA P DORAS
1038 CHEROKEE ROAD
APT 2H
PORTSMOUTH VA 23701

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248103-12<br>DIANE ALLEY<br>250 MULLIGAN ROAD<br>SPARTANBURG SC 29302 | CREDITOR ID: 248104-12<br>DIANE BRUEGGER<br>15822 EAST WIND CIRCLE<br>SUNRISE FL 33326 | CREDITOR ID: 248105-12<br>DIANE E SWEET<br>7269 ALANA ROAD<br>ID# 94245<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 248106-12<br>DIANE EGERTON<br>809 GREENWILLOW WAY<br>LOUISVILLE KY 40223 | CREDITOR ID: 248107-12<br>DIANE ELLERBE<br>2120 MARSH POINT ROAD<br>NEPTUNE BEACH FL 32266 | CREDITOR ID: 248108-12<br>DIANE K CHAMBERY<br>22 PALM LN<br>PALM COAST FL 32164 |
| CREDITOR ID: 248109-12<br>DIANE L COLE<br>324 CORAL DRIVE<br>FT WALTON BEACH FL 32548 | CREDITOR ID: 248111-12<br>DIANE W FORD<br>PO BOX 138<br>TRAVELERS REST, SC 29690 | CREDITOR ID: 248112-12<br>DIANE WOODS<br>118 OAK COURT<br>FLORENCE AL 35633 |
| CREDITOR ID: 248113-12<br>DIANGELA F HYSMITH<br>2415 ELLIS STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 248114-12<br>DIANNA B PERRY<br>119 KNIGHT AVENUE<br>HUEYTOWN AL 35023 | CREDITOR ID: 248115-12<br>DIANNE GANCI<br>20-1 RIO GRANDE CIRCLE<br>FLORENCE KY 41042 |
| CREDITOR ID: 248116-12<br>DIARA BUIE<br>1919 BLVD DEPROVIDENCE<br>APT 85<br>BATON ROUGE LA 70816 | CREDITOR ID: 248117-12<br>DIARIO LAS AMERICAS<br>PO BOX 593177<br>MIAMI, FL 33159-3177 | CREDITOR ID: 248118-12<br>DIAZ FOODS<br>5501 FULTON INDUSTRIAL BLVD SW<br>ATLANTA, GA 30336 |
| CREDITOR ID: 279445-99<br>DIAZ WHOLESALE & MFG CO., INC<br>ATTN: M ERIC NEWBERG<br>5501 FULTON INDUSTRIAL<br>ATLANTA GA 30336 | CREDITOR ID: 279168-33<br>DIAZ WHOLESALE & MFG CO., INC.<br>D/B/A DIAZ FOODS<br>5501 FULTON INDUSTRIAL<br>ATLANTA GA 30336 | CREDITOR ID: 390428-54<br>DIAZ, CARLOS M<br>15011 SW 149TH STREET<br>MIAMI FL 33196 |
| CREDITOR ID: 386026-54<br>DIAZ, CARMEN<br>6780 CORAL WAY<br>MIAMI, FL 33155 | CREDITOR ID: 389449-54<br>DIAZ, DALILA<br>2313 W. 60TH ST<br>APT 105<br>HIALEAH FL 33016 | CREDITOR ID: 389064-54<br>DIAZ, LISETTE<br>45 SMYRNA DR.<br>DEBARY, FL 32713 |
| CREDITOR ID: 392960-55<br>DIAZ, LISETTE<br>C/O: STEPHEN H. MCNEILL<br>RICHARD B. TROUTMAN, P.A.<br>1101 N. KENTUCKY AVE<br>WINTER PARK FL 32789 | CREDITOR ID: 387741-54<br>DIAZ, MARCOS<br>2460 ROLLINS VIEW DR<br>SMYRNA GA 30080 | CREDITOR ID: 399783-84<br>DIAZ, MARIA<br>927 CATHERINE ST<br>KEY WEST FL 33040 |
| CREDITOR ID: 389620-54<br>DIAZ, MILAGROS<br>4307 RAVINNIA DRIVE<br>ORLANDO, FL 32809 | CREDITOR ID: 393282-55<br>DIAZ, MILAGROS<br>C/O TERE LOPEZ-PADILLA<br>BEST & ANDERSON, P.A.<br>1201 E. ROBINSON ST.<br>ORLANDO FL 32801-2115 | CREDITOR ID: 248119-12<br>DIAZTECA<br>PO BOX 4107<br>RIO RICO AZ 85648 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 248120-12
DICKENS POULARD
1556 A DORADO DRIVE
KISSIMMEE FL 34741

CREDITOR ID: 398159-77
DICKENS, JOSEPH L.
ATTN: CHARLES E. ROBINSON
P.O. BOX 4533
ROCKY  MOUNT, NC 27803

CREDITOR ID: 397973-76
DICKENS, JOSEPH L.
1235 PLANTERS ST.
ROCKY  MOUNT, NC 27801

CREDITOR ID: 259277-12
DICKENS, RAY
1130 LEE ROAD 57
AUBURN, AL 36830

CREDITOR ID: 266967-31
DICKENSON COUNTY PUB SVC AUTH
ATTN: HENRY A VANOVER
514 MAIN ST
HAYSI VA 24256

CREDITOR ID: 248121-12
DICKERSON'S GREENHOUSE
PO BOX 356
GOBLES, MI 49055

CREDITOR ID: 248122-12
DICKEY & MCCLELLAND LLC
322 ALABAMA STREET
SUITE B
MONTGOMERY AL 36104

CREDITOR ID: 248123-12
DICKEY MANUFACTURING CO
1315 E MAIN ST
SAINT CHARLES IL 60174-2395

CREDITOR ID: 406573-MS
DICKEY, JERRY A. (JENNY)
180 SHERRY LANE
FAIR PLAY SC 29643

CREDITOR ID: 386691-54
DICKEY, PATRICIA
801 E. WASHINGTON ST
BROOKHAVEN MS 39601

CREDITOR ID: 248124-12
DICKINSON AND GIBBON PA ATTYS
PO BOX 3979
1750 RINGLINGS BLVD
SARASOTA FL 34230

CREDITOR ID: 248125-12
DICKINSON BRANDS INC
31 EAST HIGH ST
EAST HAMPTON, CT 06424

CREDITOR ID: 1269-RJ
DICKINSON LOGAN TODD & BARBER
ATTN: COLLEEN HINES
PO BOX 18463
RALEIGH, NC 27619-8463

CREDITOR ID: 248126-12
DICKINSON LOGAN TODD & BARBER
PO BOX 18463
ATTN:COLLEEN HINES
RALEIGH, NC 27619-8463

CREDITOR ID: 405937-93
DICKINSON, JOANNE
C/O PANTER PANTER & SAMPEDRO, PA
ATTN MITCHELL J PANTER, ESQ
PANTER BUILDING
6950 N KENDALL DR
MIAMI FL 33156

CREDITOR ID: 389795-54
DICKSON, MARY B
416 AZALEA DR
ANDERSON SC 29625

CREDITOR ID: 248127-12
DICTAPHONE CORP
PO BOX 856120
LOUISVILLE, KY 40285-6120

CREDITOR ID: 248128-12
DICTATION EQUIPMENT CO
2217 2ND AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 248129-12
DIEGO F ARBOLEDA
6833 NW 173RD DRIVE
APT R106
MIAMI FL 33015

CREDITOR ID: 406288-15
DIEGUEZ, BRENDALIZ
C/O CREWS & BODIFORD, PA
ATTN BRYAN CREWS, ESQ
1137 EDGEWATER DRIVE
ORLANDO FL 32804

CREDITOR ID: 388774-54
DIEGUEZ, MAGALY
18310 NW 68TH AVENUE
APT D
HIALEAH FL 33015

CREDITOR ID: 248130-12
DIEHL INC
PO BOX 92373
CLEVELAND OH 44193

CREDITOR ID: 248131-12
DIESEL AIR SYSTEMS INC
4710 EDISON AVE
JACKSONVILLE, FL 32254-3798

CREDITOR ID: 248132-12
DIESEL ENGINE & EQUIPMENT REPAIR
PO BOX 26
BLAIRS VA 24527

CREDITOR ID: 248133-12
DIESEL SERVICES
PO BOX 796
CARENCRO LA 70520

CREDITOR ID: 248134-12
DIESEL TRUCK SERVICES INC
107 PEGASUS PARKWAY
LAGRANGE, GA 30240

CREDITOR ID: 397607-99
DIETZ & WATSON INC
C/O GRUENEBERG LAW GROUP LLC
ATTN: RUDI R GRUENEBERG, ESQ
704 EAST MAIN ST, BLDG E
MOORESTOWN NJ 08057

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ¸Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389378-54<br>DIEUVILLE, ROSELAINE<br>26812 SW 127 AVE<br>NARANJA FL 33032 | CREDITOR ID: 393169-55<br>DIEUVILLE, ROSELAINE<br>C/O: CORY SCHNEPPER<br>LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.<br>9100  S. DADELAND BLVD.<br>SUITE 1010<br>MIAMI FL 33156 | CREDITOR ID: 243839-12<br>DIGEROLAMO, BRADLEY<br>15726 HONEYWOOD AVE<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 386156-54<br>DIGGS, ANGELA<br>21 ABBOTT ANDREWS<br>APT 21<br>BRUNSWICK, GA 31520 | CREDITOR ID: 390266-54<br>DIGGS, LARITHA<br>10 BEDFORD FORREST DRIVE<br>SHARPSBURG GA 30277 | CREDITOR ID: 248135-12<br>DIGITAL 1 STOP<br>2445 NEVADA AVENUE NORTH<br>GOLDEN VALLEY, MN 55427 |
| CREDITOR ID: 399400-15<br>DIGITAL 1 STOP<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 248136-12<br>DIGITAL IMAGES<br>1300 EAST ATLANTIC BLVD<br>POMPANO BEACH, FL 33060 | CREDITOR ID: 389364-54<br>DIGMAN, CHARLES L<br>5680 FOUNTAIN LAKE CIRCLE<br>APT 204<br>BRADENTON FL 34207 |
| CREDITOR ID: 248137-12<br>DILA D FRANCIS<br>55 COVENTRY BLDG C<br>CENTURY VILLAGE FL 33417 | CREDITOR ID: 385769-54<br>DILEO, PHILIP<br>7936 FREE AVE<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 391041-55<br>DILEO, PHILIP<br>C/O KELLY B MATHIS, PA<br>ATTN KELLY B MATHIS, ESQ<br>225 WATER STREET, SUITE 1280<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 406574-MS<br>DILL, WILLIAM F. JR.<br>2111 IMPERIAL DRIVE NE<br>GAINESVILLE GA 30501 | CREDITOR ID: 243033-12<br>DILLENER, BARBARA<br>2025 RAYBEN DRIVE<br>JACKSONVILLE FL 32246 | CREDITOR ID: 248138-12<br>DILLER BROWN & ASSOC INC<br>4304 METRIC DRIVE<br>WINTER PARK FL 32792-6821 |
| CREDITOR ID: 258113-12<br>DILLINGHAM, PATRICIA<br>120 BRIGANTE PLACE<br>LAFAYETTE, LA 70508 | CREDITOR ID: 248140-12<br>DILLON ELECTRIC CO INC<br>PO BOX 14787<br>SURFSIDE BEACH, SC 29587 | CREDITOR ID: 248141-12<br>DILLON HERALD<br>PO BOX 1288<br>DILLON SC 29536-1288 |
| CREDITOR ID: 248142-12<br>DILLON SEWER SERVICE INC<br>PO BOX 9291<br>RICHMOND VA 23227 | CREDITOR ID: 248143-12<br>DILLON SUPPLY CO<br>PO BOX 2979<br>RALEIGH, NC 27602 | CREDITOR ID: 404556-95<br>DILLON SUPPLY CO<br>PO BOX 1111<br>RALEIGH NC 27602-1111 |
| CREDITOR ID: 248144-12<br>DILLS LOCKSMITH<br>PO BOX 8097<br>GREENWOOD SC 29649-8097 | CREDITOR ID: 248145-12<br>DILMAR OIL COMPANY INC<br>PO BOX 5629<br>FLORENCE SC 29502-5629 | CREDITOR ID: 2423-07<br>DILORENZO, MARC<br>1530 PALISADE AVENUE<br>SUITE 15F<br>FORT  LEE NJ 07024-1335 |
| CREDITOR ID: 397101-67<br>DIMA'S JEWELRY, INC<br>3275 CORAL WAY<br>MIAMI, FL 33165 | CREDITOR ID: 391535-55<br>DINET, ERNEST<br>C/O BRIAN O SUTTER<br>822 TAMIAMI TRAIL, #2<br>PORT CHARLOTTE, FLORIDA FL 33953 | CREDITOR ID: 397177-67<br>DING HOW RESTAURANT<br>5336 CEDAR PARK DR.<br>JACKSON, MS 39206 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248146-12<br>DINSMORE & SHOHL LLP<br>1400 PNC PLAZA<br>500 WEST JEFFERSON STREET<br>LOUISVILLE, KY 40202 | CREDITOR ID: 381360-47<br>DIOCELIS ROSABAL<br>6830 CABACAD DRIVE<br>BLDG 43 APT C<br>TAMPA, FL 33614 | CREDITOR ID: 399489-82<br>DIPAOLA, ELIZABETH<br>1315 SW 82 TERRACE<br>NORTH  LAUDERDALE  FL 33068 |
| CREDITOR ID: 387552-54<br>DIPROSPERO, LISA<br>1129 S.E. 17TH ST.<br>OCALA FL 34471 | CREDITOR ID: 388882-54<br>DIPROSPERO, LISA<br>77497 SW 153RD LANE<br>DUNNELLON FL 34432 | CREDITOR ID: 392810-55<br>DIPROSPERO, LISA<br>C/O JOSEPH SMITH, ESQUIRE<br>CHALKEY, SMITH AND FULLER<br>1130 SE 17TH STREET<br>OCALA FL 34471 |
| CREDITOR ID: 383125-51<br>DIRECT COMP RX<br>3316 W QUAIL AVENUE<br>PHOENIX, AZ 85027 | CREDITOR ID: 248147-12<br>DIRECT DOOR INC<br>350 TALL PINES ROAD<br>SUITE D<br>WEST PALM BEACH FL 33413 | CREDITOR ID: 248148-12<br>DIRECT MAT INC<br>PO BOX 2421<br>DALTON GA 30722-2421 |
| CREDITOR ID: 248149-12<br>DIRECT MERCHANTS CREDIT CARD BANK<br>C/O ERSKINE & FLEISHER<br>55 WESTON ROAD SUITE 300<br>FT LAUDERDALE, FL 33326 | CREDITOR ID: 248150-12<br>DIRECT SAFETY COMPANY<br>PO BOX 44989<br>MADISON, WI 53744-4989 | CREDITOR ID: 269235-16<br>DIRECT SHIPPERS ASSOCIATION, INC<br>C/O RONALD HOROWITZ<br>TINDALL PROFESSIONAL PLAZA<br>14 TINDALL ROAD<br>MIDDLETOWN, NJ 07748 |
| CREDITOR ID: 248151-12<br>DIRECT TV<br>PO BOX 60036<br>LOS ANGELES, CA 90060-0036 | CREDITOR ID: 248152-12<br>DIRECTNET INC<br>12202 AIRPORT WAY, SUITE 100<br>BROOMFIELD, CO 80021 | CREDITOR ID: 248153-12<br>DIRECTOR OF FINANCE DEPT OF<br>IND REL FIN<br>649 MONROE ST., RM 228<br>MONTGOMERY AL 36131-2250 |
| CREDITOR ID: 248155-12<br>DIRECTOR OF THE US PATENT<br>MAIL STOP 16<br>PO BOX 1450<br>TRADEMARK OFFICE<br>ALEXANDRIA VA 22313-1450 | CREDITOR ID: 266968-31<br>DIRECTORATE ENVMT & SAFETY<br>ATTN: TERRY HAZLE<br>BUILDING 4488 MARTIN RD<br>HUNTSVILLE AL 35898-0001 | CREDITOR ID: 248156-12<br>DIRECTV<br>PO BOX 60036<br>LOS ANGELES CA 90060-0036 |
| CREDITOR ID: 248157-12<br>DIRECTWIRELESS COM<br>130 KEYES COURT<br>SANFORD, FL 32773 | CREDITOR ID: 404557-95<br>DIRECTWIRELESS COM<br>280 SOUTH STATE ROAD 434<br>SUITE 1046<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 397974-76<br>DISABILITY ADVOCATES & COUNSELING<br>GROUP, INC.<br>ATTN WILLIAM CHAROUHIS<br>MIAMI CENTER, SUITE 2800<br>201 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131 |
| CREDITOR ID: 405954-15<br>DISCIPIO, FRANCIS J<br>1200 HARGER, APT 500<br>OAK BROOK IL 60523 | CREDITOR ID: 248158-12<br>DISCOUNT EQUIPMENT INT'L<br>3908 NORTH 29 AVENUE<br>HOLLYWOOD FL 33020 | CREDITOR ID: 397218-67<br>DISCOUNT FURNITURE CONNECTION<br>905 MEBANE OAKS RD<br>MEBANE, NC 27302 |
| CREDITOR ID: 285-03<br>DISCOUNT PROPANE<br>3804 S. ORLANDO DRIVE<br>SANFORD FL 32773 | CREDITOR ID: 248159-12<br>DISCOUNT PROPANE INC<br>546 S SHELL RD<br>DEBARY, FL 32713 | CREDITOR ID: 248161-12<br>DISCOVER BANK<br>C/O FLYNN LAVAR ESQ<br>5310 NW 33RD AVE SUITE 100<br>FT LAUDERDALE FL 33309 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 248160-12
DISCOVER BANK
55 WESTON RD
STE 300
C/O ANDREW D FLEISHER ESQUIRE
FORT LAUDERDALE, FL 33326

CREDITOR ID: 395281-63
DISCOVER BUSINESS SERVICES INC.
2500 LAKE COOK ROAD (2/3AA)
RIVERWOODS, IL 60015

CREDITOR ID: 395282-63
DISCOVER CARD SERVICES INC.
2500 LAKE COOK ROAD (2/3AA)
RIVERWOODS, IL 60015

CREDITOR ID: 279010-99
DISCOVER FINANCIAL SERVICES INC
ATTN: FRANK VYDRA ESQ
2500 LAKE COOK RD
RIVERWOODS IL 60015

CREDITOR ID: 279010-99
DISCOVER FINANCIAL SERVICES INC
C/O HOGAN & HARTSON LLP
ATTN: I S GREENE/D COPULSKY KAUFMAN
875 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 248162-12
DISH NETWORK
DEPT 0063
PALATINE, IL 60055-0063

CREDITOR ID: 248163-12
DISMAR CORPORATION
4415 MARLTON PIKE
PENNSAUKEN NJ 08109-4415

CREDITOR ID: 406575-MS
DISMUKE, JOSEPH
218 WESLAY RD.
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 262803-12
DISPATCH, THE
PO BOX 31564
TAMPA, FL 33631-3564

CREDITOR ID: 404558-95
DISPLAY SPECIALTIES
P O BOX 115
FT THOMAS KY 41075

CREDITOR ID: 248164-12
DISPLAY SPECIALTIES
PO BOX 640581
CINCINNATI, OH 45264-0581

CREDITOR ID: 399434-15
DISPLAY SPECIALTIES, INC.
ATTN LAUREN HARVEY
9 BEACON DRIVE
WILDER KY 41076

CREDITOR ID: 248165-12
DISTRIBUTED INTELLIGENCE SYSTEMS
725 PRIMERA BOULEVARD
SUITE 235
LAKE MARY FL 32746

CREDITOR ID: 374695-44
DISTRIBUTION SERVICES INC
PO BOX 932296
ATLANTA, GA 31193-2296

CREDITOR ID: 248166-12
DISTRIBUTOR TOOL X-CHANGE
2700 HAZEL HURST AVE
ORLANDO, FL 32804-3451

CREDITOR ID: 266969-14
DISTRICT ASSESSOR OFFICE
ATTN: THOMAS ARNOLD
225 MORGAN ST STE 104
NEW ORLEANS LA 70114-2375

CREDITOR ID: 248167-12
DISTRICT ATTORNEY
FAMILY SUPPORT DIVISION
PO BOX 3199
MERCED, CA 95344

CREDITOR ID: 248168-12
DISTRICT CIVIL COURT OF MONTGOMERY
PO BOX 1667
MONTGOMERY, AL 36102-1667

CREDITOR ID: 248170-12
DISTRICT COURT
MONROE COUNTY COURTHOUSE
MONROEVILLE, AL 36460

CREDITOR ID: 248171-12
DISTRICT COURT
PO BOX 518
PHENIX CITY AL 36868-0518

CREDITOR ID: 248169-12
DISTRICT COURT
JOHN HARPER STACY
BIBB COUNTY COURTHOUSE
CENTREVILLE, AL 35042

CREDITOR ID: 248173-12
DISTRICT COURT DV
JEFFERSON COUNTY RM500
716 RICH ARINGTON JR BLVD N
BIRMINGHAM, AL 35203

CREDITOR ID: 248174-12
DISTRICT COURT HOUSTON COUNTY
PO BOX 6406
ATTN JUDY BYRD
DOTHAN AL 36302

CREDITOR ID: 248175-12
DISTRICT COURT JEFFERSON CO -
506 COURTHOUSE ANNEX
BESSEMER, AL 35020

CREDITOR ID: 248176-12
DISTRICT COURT OF AUTAUGA COUNTY
PO BOX 681450
PRATTVILLE AL 36068

CREDITOR ID: 248177-12
DISTRICT COURT OF BALDWIN COUNTY
312 COURTHOUSE SQUARE
SMALL CLAIMS
BAY MINETTE AL 36507

CREDITOR ID: 248178-12
DISTRICT COURT OF DALLAS CNTY
PO BOX 1148
SELMA AL 36702-1148

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 248179-12
DISTRICT COURT OF LEE COUNTY
LEE COUNTY COURTHOUSE
2311 GATEWAY DR ROOM 104
OPELIKA, AL 36801

CREDITOR ID: 248180-12
DISTRICT COURT OF LOWNDES CTY
PO BOX 876
HAYNEVILLE, AL 36040

CREDITOR ID: 248181-12
DISTRICT COURT OF MOBILE
COUNTY DV
205 GOVERNMENT ST ROOM 317
MOBILE, AL 36644

CREDITOR ID: 248182-12
DISTRICT COURT OF MOBILE COUNTY
SMALL CLAIMS ROOM 317
205 GOVERMENT STREET
MOBILE AL 36644

CREDITOR ID: 248184-12
DISTRICT COURT OF PERRY COUNTY
SMALL CLAIMS
PO BOX 505
MARION, AL 36756

CREDITOR ID: 248185-12
DISTRICT COURT OF RANDOLPH CO
DV CASES
PO BOX 328
WEDOWEE, AL 36278

CREDITOR ID: 248186-12
DISTRICT COURT OF ST CLAIR COUNTY
SMALL CLAIMS
PO BOX 1569
ASHVILLE, AL 35953

CREDITOR ID: 248187-12
DISTRICT COURT OF TALLEDEGA CO
PO BOX 183
SYLACAUGA AL 35150

CREDITOR ID: 248189-12
DISTRICT COURT ST CLAIR COUNTY
COURTHOUSE
1815 COGSWELL AVE STE 217
PELL CITY, AL 35125

CREDITOR ID: 248190-12
DISTRICT COURT TUSCALOOSA CTY
PO BOX 2883
TUSCALOOSA, AL 35403

CREDITOR ID: 248191-12
DISTRICT CT OF BARBOUR CO SM
303 EAST BROAD ST RM 201
EUFAULA AL 36027

CREDITOR ID: 387149-54
DITARANTO, DON
1445 W.EUCHLID
DELAND, FL 32720

CREDITOR ID: 391734-55
DITARANTO, DON
C/O: TED MARRERO, JR., ESQ.
BOGIN, MUNNS & MUNNS
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 266970-31
DIVAS & DEANS DESIGN INC
ATTN: SHENEE SHOW
122 MEADOWSWEET DR
FAYETTEVILLE NC 28301-3209

CREDITOR ID: 248192-12
DIVERSCO INC
ATTN: RHONDA THOMPSON, CFO
PO BOX 711239
CINCINNATI, OH 45271-1239

CREDITOR ID: 406136-97
DIVERSCO INC
ATTN: RHONDA THOMPSON, CFO
PO BOX 5527
SPARTANBURG SC 29304

CREDITOR ID: 248193-12
DIVERSEY LEVER INC
FOOD DIVISION
75 REMITTANCE DR SUITE 1030
CHICAGO IL 60675-1030

CREDITOR ID: 248195-12
DIVERSIFED CITRUS MARKETING INC
PO BOX 658
LAKE HAMILTON, FL 33851-0658

CREDITOR ID: 383121-51
DIVERSIFIED
7760 FRANCE AVENUE SOUTH, SUITE 500
EDINA, MN 55435

CREDITOR ID: 248196-12
DIVERSIFIED AUTOMATION INC
13149 MIDDLETOWN INDUSTRIAL BLVD
LOUISVILLE KY 40223

CREDITOR ID: 248197-12
DIVERSIFIED BRANDS
PO BOX 198053
ATLANTA, GA 30384-8053

CREDITOR ID: 248198-12
DIVERSIFIED COLLECTION SERVICE
PO BOX 4003
ALAMEDA CA 94501

CREDITOR ID: 266971-14
DIVERSIFIED CONCEPTS
ATTN: STEVEN JONES
6791 DEER SPRINGS RD
KEYSTONE HEIGHTS FL 32656-8690

CREDITOR ID: 248199-12
DIVERSIFIED ENERGY
17220 US 421 SOUTH
DUNN, NC 28334

CREDITOR ID: 286-03
DIVERSIFIED ENERGY
PO BOX 1130
WHITEVILLE NC 28472

CREDITOR ID: 382563-51
DIVERSIFIED MAINTENANCE
5110 EISENHOWER BLVD, SUITE 250
TAMPA, FL 33634

CREDITOR ID: 405896-15
DIVERSIFIED MAINTENANCE SYSTEMS INC
C/O TRENAM KEMKER
ATTN RICHARD MCINTYRE, ESQ
PO BOX 1102
TAMPA FL 33601-1102

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248201-12<br>DIVERSIFIED PACKAGING PRODUCTS INC<br>1265 PINE HILL DRIVE<br>ANNAPOLIS, MD 21401 | CREDITOR ID: 248202-12<br>DIVERSIFIED SALES CO<br>PO BOX 2123<br>OLDSMAR, FL 34677-0038 | CREDITOR ID: 248203-12<br>DIVERSIFIED SOLUTIONS<br>11717 BURT ST   STE 104<br>OMAHA NE 68154 |
| CREDITOR ID: 248194-12<br>DIVERSI-PLAST PRODUCTS INC<br>PO BOX 86<br>SDS 12 1712 AVE<br>MINNEAPOLIS, MN 55486-1712 | CREDITOR ID: 266972-31<br>DIVISION OF AIR QUALITY<br>ATTN: JIM DOWYER<br>4403 REEDY CREEK RD<br>RALEIGH NC 27607-6445 | CREDITOR ID: 248204-12<br>DIVISION OF ALCOHOLIC BEVERAGES&TOB<br>ATTN QUOTA LICENSE APPLICATIONS<br>1940 NORTH MONROE STREET<br>TALLAHASSEE FL 32399-1021 |
| CREDITOR ID: 248206-12<br>DIVISION OF CHILD SUPPORT<br>PO BOX K199<br>RICHMOND, VA 23288-0001 | CREDITOR ID: 248205-12<br>DIVISION OF CHILD SUPPORT<br>ENFORCEMENT<br>PO BOX 570<br>RICHMOND, VA 23218-0570 | CREDITOR ID: 397728-62<br>DIVISION OF COLLECTIONS<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 942850<br>SACRAMENTO  CA 94250-5873 |
| CREDITOR ID: 248208-12<br>DIVISION OF LICENSING<br>PO BOX 6687<br>TALLAHASSEE FL 32314 | CREDITOR ID: 248210-12<br>DIVISION OF REGULATORY SERVICE<br>UNIV OF KY<br>103 REGULATORY SERVICES BLDG<br>LEXINGTON, KY 40546-0275 | CREDITOR ID: 397729-62<br>DIVISION OF STATE LANDS<br>UNCLAIMED PROPERTY DIVISION<br>775 SUMMER STREET, NE<br>SALEM  OR 97310 |
| CREDITOR ID: 381409-47<br>DIVISION OF WIC & COMMUNITY NUTRITION<br>COMMONWEALTH OF VA BLDG<br>210 W CHURCH STREET SUITE 340<br>ATTN GREGORY CHAPPELL<br>ROANOKE, VA 24011 | CREDITOR ID: 390361-54<br>DIVISION WINN-DIXIE CHARLOTTE<br>2401 NEVADA BLVD<br>CHARLOTTE, NC 28273 | CREDITOR ID: 248212-12<br>DIVISIONS INC<br>8333 ALEXANDRIA PIKE<br>ALEXANDRIA KY 41001 |
| CREDITOR ID: 374059-44<br>DIX, CALYBE<br>ORL DIV STORE# 676<br>11936 WHISPER CREEK DR.<br>BRANDON, FL 33569 | CREDITOR ID: 248213-12<br>DIXIE ACOUSTICAL CONT<br>1901 29TH AVE N<br>BIRMINGHAM, AL 35207-4937 | CREDITOR ID: 248214-12<br>DIXIE CENTRAL DISTRIBUTING CO INC<br>PO BOX 40<br>SUMTER, SC 29151 |
| CREDITOR ID: 248215-12<br>DIXIE CHILI<br>733 MONMOUTH ST<br>NEWPORT KY 41071 | CREDITOR ID: 248216-12<br>DIXIE CONSTRUCTION PRODUCTS INC<br>DEPT #GA00506<br>PO BOX 530111<br>ATLANTA GA 30353-0111 | CREDITOR ID: 248217-12<br>DIXIE EGG COMPANY<br>PO BOX 6933<br>JACKSONVILLE, FL 32236 |
| CREDITOR ID: 287-03<br>DIXIE ELECTRIC MEMBERSHIP CORP.<br>PO BOX 15659<br>BATON ROUGE LA 70895 | CREDITOR ID: 248218-12<br>DIXIE ELECTRIC MOTOR SERVICE INC<br>2115 FREEDOM DR   PO BOX 668944<br>CHARLOTTE, NC 28266 | CREDITOR ID: 248219-12<br>DIXIE FILTERS INC<br>7055-D AMWILER INDUSTRIAL DR<br>ATLANTA, GA 30360-2818 |
| CREDITOR ID: 248220-12<br>DIXIE FRESH INC<br>PO BOX 19217<br>TAMPA FL 33686-9217 | CREDITOR ID: 288-03<br>DIXIE GAS AND OIL<br>PO BOX 900<br>VERONA VA 24482 | CREDITOR ID: 248221-12<br>DIXIE GAS COMPANY INC<br>6901 IRON BRIDGE ROAD<br>PO BOX 34414<br>RICHMOND VA 23234-0414 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248222-12<br>DIXIE GLASS<br>815 W FIRST ST<br>THIBODAUX LA 70301 | CREDITOR ID: 381308-47<br>DIXIE GLASS & TRIM<br>2232 MARKET STREET<br>PASCAGOULA, MS 39567 | CREDITOR ID: 248223-12<br>DIXIE GLASS 1 INC<br>2234 EAST PASS ROAD<br>GULFPORT MS 39507 |
| CREDITOR ID: 248224-12<br>DIXIE GLASS CO INC<br>305 EMERALD LANE<br>HATTIESBURG MS 39401 | CREDITOR ID: 248225-12<br>DIXIE GLASS COMPANY<br>2425 TERRY RD<br>JACKSON MS 39204 | CREDITOR ID: 248226-12<br>DIXIE GLASS COMPANY #4009<br>4201 LAKELAND DRIVE<br>FLOWOOD MS 39232 |
| CREDITOR ID: 248227-12<br>DIXIE GLASS COMPANY OF PICAYUNE LC<br>424 MEMORIAL BLVD<br>PICAYUNE, MS 39466 | CREDITOR ID: 248228-12<br>DIXIE GROWERS<br>PO BOX 1686<br>PLANT CITY FL 33564-1686 | CREDITOR ID: 248229-12<br>DIXIE INDUSTRIAL SALES INC<br>PO BOX 1655<br>104 LAW ST<br>THOMASVILLE, GA 31799-1655 |
| CREDITOR ID: 2196-07<br>DIXIE LAND SC LLC<br>235 MOORE STREET<br>HACKENSACK NJ 07601 | CREDITOR ID: 248230-12<br>DIXIE LAWN CARE<br>5440 BOWLING GREEN RD<br>CANEYVILLE KY 42721 | CREDITOR ID: 248231-12<br>DIXIE LILY<br>PO BOX 132<br>TIFTIN, GA 31794 |
| CREDITOR ID: 248232-12<br>DIXIE LILY FOODS<br>DEPT AT 40067<br>ATLANTA, GA 31192-0067 | CREDITOR ID: 248233-12<br>DIXIE LOCK & SAFE INC<br>3801 E WASHINGTON RD<br>MARTINEZ, GA 30907 | CREDITOR ID: 248234-12<br>DIXIE LOCK & SAFE OF AIKEN<br>1006 OWENS ST<br>AIKEN SC 29803 |
| CREDITOR ID: 248235-12<br>DIXIE LOCK AND SAFE OF THOMSON<br>521 EAST HILL STREET<br>THOMSON, GA 30824 | CREDITOR ID: 248236-12<br>DIXIE LP GAS INC<br>3711 WASHINGTON ROAD<br>MARTINEZ, GA 30907 | CREDITOR ID: 248237-12<br>DIXIE PAPER COMPANY<br>3280 HUMPHRIES HILL ROAD<br>AUSTELL GA 30106 |
| CREDITOR ID: 315781-40<br>DIXIE PLAZA<br>7306 COLLECTION DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 404559-95<br>DIXIE PRODUCE<br>812 EAST 12TH STREET<br>CHATTANOOGA TN 37401 | CREDITOR ID: 248239-12<br>DIXIE PRODUCE<br>PO BOX 429<br>CHATTANOOGA TN 37401 |
| CREDITOR ID: 278872-30<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 54073<br>NEW ORLEANS, LA 70154-4073 | CREDITOR ID: 278873-30<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 23647<br>NEW ORLEANS, LA 70183 | CREDITOR ID: 278871-30<br>DIXIE PRODUCE CO, INC<br>ATTN DAN BISHOP, CFO<br>PO BOX 429<br>CHATTANOOGA, TN 37401 |
| CREDITOR ID: 404560-95<br>DIXIE RIVERSIDE<br>P O BOX 6326<br>AUGUSTA GA 30906 | CREDITOR ID: 248242-12<br>DIXIE RIVERSIDE<br>1815 WILKINSON RD<br>AUGUSTA, GA 30904 | CREDITOR ID: 248243-12<br>DIXIE RUBBER & BELTING COMPANY<br>PO BOX 3591<br>JACKSON MS 39207 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395504-64<br>DIXIE SALES & SERVICE<br>11251 PHILLIPS PARKWAY DR E<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 279505-29<br>DIXIE SALES & SERVICE COMPANY<br>ATTN: MARY WEAVER<br>PO BOX 74<br>HONORAVILLE AL 36042 | CREDITOR ID: 248245-12<br>DIXIE SEAL & STAMP<br>PO BOX 54616<br>ATLANTA, GA 30308-0616 |
| CREDITOR ID: 248246-12<br>DIXIELAND PRODUCE<br>PO BOX 310190<br>BIRMINGHAM AL 35231-0190 | CREDITOR ID: 386329-54<br>DIXON, ANTONELLI<br>608 SOUTH PARSON AVENUE<br>DELAND FL 32720 | CREDITOR ID: 400666-91<br>DIXON, CHARLES A<br>817 DOWNS AVE<br>GARDENDALE AL 35071 |
| CREDITOR ID: 385914-54<br>DIXON, CORINDA<br>880 OLEANDER WAY SOUTH<br>APT 1706<br>SOUTH PASADENA, FL 33707 | CREDITOR ID: 393092-55<br>DIXON, CYNTHIA L.<br>C/O: DAVID DEARING<br>RAHAIM, WATSON, DEARING, P.A.<br>4741 ATLANTIC BLVD.<br>SUITE D<br>JACKSONVILLE FL 32207 | CREDITOR ID: 390465-54<br>DIXON, CYNTHIA L.<br>4541 CAMBRIA ST<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 399490-82<br>DIXON, DOROTHY M.<br>222 WEST EUCLID AVENUE<br>DELAND  FL 32720 | CREDITOR ID: 250419-12<br>DIXON, GEORGE  L<br>101 PET ROCK CT<br>ID# 79040<br>CLAYTON, NC 27520 | CREDITOR ID: 389185-54<br>DIXON, JACQUELINE<br>4545 SE 57TH LANE<br>OCALA, FL 34480 |
| CREDITOR ID: 393048-55<br>DIXON, JACQUELINE<br>C/O: JOHN A. WILLIAMS<br>TRENAM, KEMKER SCHARF BARKIN FRYE O'NEIL<br>101 EAST KENNEDY BOULEVARD<br>SUITE 2700<br>TAMPA FL 33602 | CREDITOR ID: 387014-54<br>DIXON, JOSEPH<br>150 NE 23RD COURT<br>POMPANO BEACH FL 33060 | CREDITOR ID: 253480-12<br>DIXON, JUDITH W<br>4981 HARVEY GRANT ROAD<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 406576-MS<br>DIXON, JUDITH W.<br>4981 HARVEY GRANT RD.<br>ORANGE PARK FL 32003 | CREDITOR ID: 260793-12<br>DIXON, SHAMEKIA<br>177 WINCHESTER ROAD<br>APT 4<br>HUNTSVILLE, AL 35811 | CREDITOR ID: 248247-12<br>DJ KOENIG & ASSOCIATES INC<br>710 S RIDGEWOOD ROAD<br>RIDGELAND, MS 39157 |
| CREDITOR ID: 248248-12<br>DJKT ENTERPRISES<br>5096 TENNESSEE CAPITAL BLVD, STE 1<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 404561-95<br>DJKT ENTERPRISES<br>848 BLOUNTSTOWN HWY STE F<br>TALLAHASSEE FL 32304-2741 | CREDITOR ID: 248249-12<br>DKI OFFICE FURNITURE & SUPPLIES<br>PO BOX 8817<br>METAIRIE LA 70011-8817 |
| CREDITOR ID: 247451-12<br>DL LEE & SONS INC<br>HIGHWAY 32 EAST<br>PO BOX 206<br>ALMA, GA 31510 | CREDITOR ID: 240834-10<br>DL MARSHALL & ASSOC INC<br>PO BOX 11538<br>JACKSONVILLE FL 32239-1538 | CREDITOR ID: 240833-10<br>DL MARSHALL & ASSOC INC<br>6216 MICHELE ROAD<br>MACCLENNY FL 32063 |
| CREDITOR ID: 247440-12<br>DL PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 248250-12<br>DLB & ASSOCIATES<br>2812 FOREST BLVD<br>JACKSONVILLE FL 32246 | CREDITOR ID: 266973-31<br>DLG WATERSHED LLC<br>ATTN: TIMOTHY J GOODWIN<br>1833 FLAGLER AVE NE<br>ATLANTA GA 30309-2707 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278874-30<br>DLJ PRODUCE INC<br>P O BOX 2398<br>WEST COVINA, CA 91793 | CREDITOR ID: 278719-99<br>DLJ PRODUCE, INC.<br>ATTN: ALAN YOSHIDONE, CONTROLLER<br>PO BOX 2398<br>WEST COVINA CA 91793 | CREDITOR ID: 399491-82<br>DLLARAM, AMIN<br>778 JOLLY AVENUE SOUTH APT G-5<br>CLARKSTON  GA 30021 |
| CREDITOR ID: 399649-15<br>DLUBAK CORPORATION<br>ATTN BRENDA MUIR, CR MGR<br>PO BOX 510<br>BLAIRSVILLE PA 15717 | CREDITOR ID: 404562-95<br>DM DISTRIBUTORS & PUREYORS LLC<br>8750 NW 99TH ST<br>MEDLEY FL 33178-1474 | CREDITOR ID: 248253-12<br>DM DISTRIBUTORS & PUREYORS LLC<br>8750 NW 99 STREET<br>MEDLEY, FL 33178 |
| CREDITOR ID: 266974-14<br>DMA FINANCIAL OPERATIONS<br>ATTN: NINA GREASON<br>2383 PLAINFIELD DR<br>CONOVER NC 28613-9144 | CREDITOR ID: 248254-12<br>DMA INC<br>3123 MAY STREET<br>CHARLOTTE, NC 28217 | CREDITOR ID: 382564-51<br>DMG WORLD MEDIA, INC<br>45 BRAINTREE HILL PARK, SUITE 302<br>BRAINTREE, MA 02184 |
| CREDITOR ID: 248255-12<br>DMH PRIMARY CARE CLINICS<br>PO BOX 2177<br>ARCADIA, FL 34265-2177 | CREDITOR ID: 1270-07<br>DMI AGENT FOR IDR JR LLR JR<br>C/O DEVELOPMENT MANAGEMENT INC.<br>PO BOX 35349<br>CHARLOTTE, NC 28235-5349 | CREDITOR ID: 248256-12<br>DMI AGENT FOR IDR JR LLR JR&SRE TIC<br>PO BOX 35349<br>%DEVELOPMENT MANAGEMENT INC<br>CHARLOTTE NC 28235-5349 |
| CREDITOR ID: 248257-12<br>DNE WORLD FRUIT SALES<br>PO BOX 620000<br>ORLANDO, FL 32891-8318 | CREDITOR ID: 266975-31<br>DNR OPERATIONS<br>ATTN: JAMES HAMILTON<br>781 RED TOP MOUNTAIN RD SE<br>CARTERSVILLE GA 30121-7508 | CREDITOR ID: 384093-47<br>DNS ENTERPRISES INC<br>P O BOX 7<br>JAMESTOWN, NC 27282 |
| CREDITOR ID: 258171-12<br>DOAN, PAUL J<br>15333 CATAWBA CIRCLE SOUTH<br>ID# 202333<br>MATTHEW, NC 28104 | CREDITOR ID: 248259-12<br>DOANE PET CARE CO<br>PO BOX 402606<br>BANK OF AMERICA NA<br>ATLANTA, GA 30384-2606 | CREDITOR ID: 404563-95<br>DOANE PET CARE CO<br>ATTN DEDUCTION DEPARTMENT<br>PO BOX 281793<br>NASHVILLE TN 37228 |
| CREDITOR ID: 279114-99<br>DOANE PET CARE COMPANY<br>C/O BOULT CUMMINGS CONNERS & BERRY<br>ATTN: AUSTIN L MCMULLERN ESQ<br>1600 DIVISION ST STE 700<br>PO BOX 340025<br>NASHVILLE TN 37203 | CREDITOR ID: 279357-36<br>DOANE PET CARE COMPANY<br>BOULT CUMMINGS CONNERS & BERRY PLC<br>ATT AUSTIN L MCMULLEN<br>1600 DIVISION STREET, SUITE 700<br>PO BOX 340025<br>NASHVILLE  TN 37203 | CREDITOR ID: 248260-12<br>DOBBINS CO<br>PO BOX 68<br>TRUSSVILLE, AL 35173 |
| CREDITOR ID: 386091-54<br>DOBBINS, IRENE<br>16635 HWY 72 W<br>CROSS HILL, SC 29332 | CREDITOR ID: 386878-54<br>DOBBS, ASHLEY<br>916 VALINTINA DRIVE<br>DUNDEE FL 33838 | CREDITOR ID: 245286-12<br>DOBBS, CHRIS L<br>2012 W 2ND<br>#19H<br>LONG BEACH, MS 39560 |
| CREDITOR ID: 385892-54<br>DOBBS, ELLERY<br>1123 IVEY PARK LANE<br>NORCROSS, GA 30092 | CREDITOR ID: 405911-93<br>DOBI, MARIA BEHALF JONAS<br>C/O LAW OFFICES OF PAT J MCGINLEY<br>2265 LEE ROAD, STE 100<br>WINTER PARK FL 32789 | CREDITOR ID: 248261-12<br>DOBOY INC<br>36815 TREASURY CENTER<br>CHICAGO, IL 60694-6800 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 407437-15
DOBOY, INC
ATTN ROXANE CARROLL, CR SPECIALIST
869 SOUTH KNOWLES AVENUE
NEW RICHMOND WI 54017

CREDITOR ID: 404030-15
DOCK & DOOR SYSTEMS INC
ATTN URSULA GRASKA
6601 ADAMO DR
TAMPA FL 33619

CREDITOR ID: 248262-12
DOCK AND DOOR
PO BOX 850001
ORLANDO, FL 32885-0154

CREDITOR ID: 386649-54
DOCKERY, BRYAN
P O BOX 231
GREEN POND AL 35074

CREDITOR ID: 374838-44
DOCKINS, ERIC J
90 HOLLOWAY ROAD
MC DONOUGH, GA 30253

CREDITOR ID: 248264-12
DOCTORS CARE PA UPSTA
PO BOX 890790
CHARLOTTE, NC 28289

CREDITOR ID: 248265-12
DOCTORS CENTER
9857- 1 ST AUGUSTINE RD
JACKSONVILLE, FL 32257

CREDITOR ID: 248266-12
DOCTORS CLINIC OF MONROEVILLE
1772 SOUTH ALABAMA AVENUE
MONROEVILLE AL 36460

CREDITOR ID: 248267-12
DOCTORS MEMORIAL HOSPITAL
PO BOX 1847
PERRY, FL 32347-1847

CREDITOR ID: 248268-12
DOCTORS URGENT CARE CENTRE
PO BOX 41008
FAYETTEVILLE, NC 28309

CREDITOR ID: 248263-12
DOCTOR'S URGENT CARE CENTRE
PO BOX 41008
FAYETTEVILLE, NC 28309-1008

CREDITOR ID: 248269-12
DOCTORS WALK IN CLINIC
PO BOX  22997
TAMPA, FL 33622-2997

CREDITOR ID: 248270-12
DOCUPAK
3110 MOON STATION ROAD
SUITE 110
KENNESAW GA 30144

CREDITOR ID: 385554-54
DODD, LOUISE
4664 NORTH ANDREWS AVENUE
OAKLAND PARK, FL 33334

CREDITOR ID: 245065-12
DODDS, CHARLES W
220 BRALY DRIVE
SUMMERVILLE SC 29485

CREDITOR ID: 248271-12
DODIE A HALL
639 GARDENWALK BLVD
APT 1935
COLLEGE PARK GA 30349

CREDITOR ID: 248272-12
DODSON STREET ELEMENTARY
420 DODSON ST
NEW IBERIA, LA 70563

CREDITOR ID: 256189-12
DODSON, MICHAEL A
8969 OSTROM WAY
WEEKI WACHEE FL 34613-4481

CREDITOR ID: 386282-54
DODSON, TAMARA
4280 GONDOLIER ROAD
BROOKSVILLE FL 34609

CREDITOR ID: 256217-12
DOERMAN, MICHAEL
2830 WINDY WAY
CINCINNATI OH 45251

CREDITOR ID: 382565-51
DOGAN, DEDRA
4075 HADLEY DRIVE
LAKELAND, TN 38002

CREDITOR ID: 406577-MS
DOGAN, DEDRA N
86085 SHELTER ISLAND DRIVE
FERNANDINA BEACH FL 32034

CREDITOR ID: 248273-12
DOGWOOD PARK INVESTORS L L C
C/O VICTORY DEVELOPERS
506 45TH STREET  STE B-5
COLUMBUS, GA 31904

CREDITOR ID: 248274-12
DOL OSHA DEPT OF LABOR OCCUPATIONAL
SAFETY & HEALTH ADMIN
1141 MONTILMAR DR SUITE 1006
MOBILE, AL 36609

CREDITOR ID: 248275-12
DOLAN ELLZEY
2061 TOMCAT ROAD
PIEDMONT AL 36272

CREDITOR ID: 279167-33
DOLCO PACKAGING
2110 PATTERSON STREET
PO BOX 1005
DECATUR IN 46733-5005

CREDITOR ID: 279100-32
DOLCO PACKAGING
C/O PITNEY HARDIN LLP
ATTN PETER FORGOSH, ESQ
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279100-32<br>DOLCO PACKAGING<br>ATTN GREGORY MEYER<br>2110 PATTERSON STREET<br>PO BOX 1005<br>DECATUR IN 46733 | CREDITOR ID: 248276-12<br>DOLCO PACKAGING CORP<br>135 SOUTH LASALLE<br>DEPT 2868<br>CHICAGO, IL 60674-2876 | CREDITOR ID: 248277-12<br>DOLCO PACKAGING CORP<br>2876 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 399388-99<br>DOLCO PACKAGING, A TEKNI-PLEX CO<br>C/O PITNEY HARDIN LLP<br>ATTN: SCOTT A ZUBER, ESQ<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 | CREDITOR ID: 381376-47<br>DOLE CITRUS AND DECIDUOUS CO<br>PO BOX 100446<br>ATLANTA, GA 30384-0466 | CREDITOR ID: 397629-72<br>DOLE FOOD COMPANY INC.<br>ONE DOLE DRIVE<br>WESTLAKE VILLAGE, CA 91362-7300 |
| CREDITOR ID: 248278-12<br>DOLE FRESH FLOWERS<br>PO BOX 281204<br>ATLANTA GA 30384-1204 | CREDITOR ID: 248279-12<br>DOLE FRESH FLOWERS<br>2200 NW 70 AVE<br>MIAMI FL 33122 | CREDITOR ID: 383097-51<br>DOLE FRESH FRUIT COMPANY<br>1 DOLE DR.<br>WESTLAKE VILLAGE, CA 91362 |
| CREDITOR ID: 278875-30<br>DOLE FRESH FRUIT COMPANY<br>PO BOX 65797<br>CHARLOTTE, NC 28265-0797 | CREDITOR ID: 278876-30<br>DOLE FRESH VEGETABLES<br>91958 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 404565-95<br>DOLE FRESH VEGETABLES<br>PO BOX 91958<br>CHICAGO IL 60693 |
| CREDITOR ID: 248282-12<br>DOLE PACKAGED FOODS CO<br>PO BOX 371251<br>PITTSBURGH, PA 15251-7251 | CREDITOR ID: 279224-35<br>DOLE PACKAGED FOODS COMPANY<br>ATTN: CRAIG COMBS<br>ONE DOLE DRIVE<br>WESTLAKE VILLAGE CA 91362 | CREDITOR ID: 395447-64<br>DOLE SALAD<br>PO BOX 5132<br>WESTLAKE VILLAGE, CA 91359 |
| CREDITOR ID: 248283-12<br>DOLGENCORP INC<br>100 MISSION RIDGE<br>GOODLETTSVILLE TN 37072-2171 | CREDITOR ID: 248285-12<br>DOLLAR GENERAL<br>AP VENDOR RELATIONS<br>PO BOX 1087<br>GOODLETTSVILLE, TN 37072-2171 | CREDITOR ID: 384094-47<br>DOLLY MADISON<br>PO BOX 100435<br>ATLANTA, GA 30384 |
| CREDITOR ID: 290-03<br>DOLOMITE UTILITIES/AQUASOURCE UTLTY<br>DEPT AT 40265<br>ATLANTA GA 31192-0265 | CREDITOR ID: 248287-12<br>DOLPHIN CAPITAL CORP<br>PO BOX 605<br>MOBERLY, MO 65270-0605 | CREDITOR ID: 248288-12<br>DOLPHIN LNE INC<br>PO BOX 190996<br>MOBILE AL 36619 |
| CREDITOR ID: 384095-47<br>DOLPHIN PRODUCTS INC<br>ATTN: DAVID SCHENKLER, PRES<br>4770 BISCAYNE BLVD, STE 580<br>MIAMI, FL 33137 | CREDITOR ID: 404566-95<br>DOLPHIN PRODUCTS INC<br>600 NE 36TH ST STE 1721<br>MIAMI FL 33137 | CREDITOR ID: 248289-12<br>DOLPHIN PRODUCTS INC<br>4770 BISCAYNE BLVD  STE 580<br>MIAMI, FL 33137 |
| CREDITOR ID: 248290-12<br>DOMBROVSKI MEATS CO<br>ATTN: ERIN LOMMEL, OWNER<br>425 DEWEY STREET<br>PO BOX 308<br>FOLEY, MN 56329 | CREDITOR ID: 394035-61<br>DOMINGUE SZABO & ASSOCIATES, INC.<br>PO BOX 52115<br>LAFAYETTE, LA 70505-2115 | CREDITOR ID: 392516-55<br>DOMINGUE, COREY<br>C/O NICHOLAS P LAROCCA, JR, LTD<br>ATTN NICHOLAS P. LAROCCA JR, ESQ<br>607 BRASHEAR AVENUE<br>PO BOX 2466<br>MORGAN CITY LA 70381-2466 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

| DEBTOR:    WINN-DIXIE STORES, INC., ET AL. | | CASE:   05-03817-3F1 |
|---|---|---|

CREDITOR ID: 395570-15
DOMINGUE, KIRK & TAMMY
C/O NICHOLAS F LAROCCA JR, LTD
ATTN NICHOLAS F LAROCCA JR, ESQ
PO BOX 2466
MORGAN CITY LA 70381

CREDITOR ID: 406578-MS
DOMINGUEZ, B.R.
4101 SHAMROCK
ARLINGTON TX 76011

CREDITOR ID: 390104-54
DOMINGUEZ, JEANNETTE
337 NW 33RD STREET, APT 4
MIAMI, FL 33137

CREDITOR ID: 393560-55
DOMINGUEZ, JEANNETTE
C/O: CAROLYNN FRANK, ESQ.
FRIEDMAN, RODMAN, & FRANK PA
3636 WEST FLAGLER STREET
MIAMI FL 33135

CREDITOR ID: 389168-54
DOMINGUEZ, MERCEDES
300 CIRCLE DRIVE
HIALEAH, FL 33010

CREDITOR ID: 393038-55
DOMINGUEZ, MERCEDES
C/O: DANIEL DAVIDOVIC
ASNIS & SREBNICK, P.A.
44 WEST FLAGLER  SUITE 2250
MIAMI FL 33130

CREDITOR ID: 397975-76
DOMINGUEZ, PEDRO
5620 E. CUARTO AVE.
HIALEAH, FL 33013

CREDITOR ID: 248291-12
DOMINICK MASTRIANA
3200 HARTLEY ROAD
APT 267
JACKSONVILLE FL 32257

CREDITOR ID: 291-03
DOMINION VIRGINIA POWER
ONE JAMES RIVER PLAZA 16
PO BOX 26666
RICHMOND VA 23261

CREDITOR ID: 403236-79
DOMINION VIRGINIA POWER &
DOMINION NORTH CAROLINA POWER
ATTN: SHERRY R WARD
701 EAST CARY STREET, 18TH FL
RICHMOND VA 23219

CREDITOR ID: 248292-12
DOMINIQUE A RAINEY
2123 DIXIE AVENUE
SARASOTA FL 34234

CREDITOR ID: 248293-12
DOMINIQUE L CUFF
8700 NE 10 CT
MIAMI FL 33138

CREDITOR ID: 248294-12
DOMINIQUE N JONES
5521 RICKER ROAD
APT 401
JACKSONVILLE FL 32244

CREDITOR ID: 315714-36
DOMINO FOODS INC
ATTN: GENE B TARR
PO BOX 25008
WINSTON-SALEM NC 27114

CREDITOR ID: 399413-99
DOMINO FOODS INC
C/O BLANCO TACKLABERY ET AL
ATTN: GENE B TARR, ESQ
PO DRAWER 25008
WINSTON-SALEM NC 27114-5008

CREDITOR ID: 248295-12
DOMINO FOODS INC
PO BOX 751945
CHARLOTTE, NC 28275-1945

CREDITOR ID: 279225-35
DOMINO FOODS, INC
ATTN: JOHN KEARNEY
1100 KEY HIGHWAY EAST
BALTIMORE MD 21230-5180

CREDITOR ID: 248296-12
DOMINQUE HARRIS
PO BOX 75521
JACKSON MS 39282

CREDITOR ID: 248297-12
DOMONIQUE M CURRY
216 LANY CIRCLE
AUGUSTA GA 30901

CREDITOR ID: 266976-31
DOMUS ENGINEERING
ATTN: JOSE MIRABAL
19998 SW 380TH ST
HOMESTEAD FL 33034-6610

CREDITOR ID: 248298-12
DON A GRUBBS
1809 HUDSON ROAD
GREER SC 29650

CREDITOR ID: 248299-12
DON BRADFORD
236 LAKERIDGE DRIVE
JONESBROUGH TN 37659

CREDITOR ID: 248301-12
DON E BIGGERS III
2073 EDENWOOD DRIVE
HUEYTOWN AL 35023

CREDITOR ID: 248302-12
DON JOHNS INC
1312 W LAKE ST
CHICAGO IL 60607-1590

CREDITOR ID: 406218-G4
DON MARSHALL & ASSOCIATES
6216 MICHELE RD.
MACCLENNY FL 32063

CREDITOR ID: 248303-12
DON MEREDITH REPROGRAPHI
PO BOX 17421
LOUISVILLE KY 40217-0421

CREDITOR ID: 248304-12
DON MICHAEL CIGARS CLASSICS
ATTN ADRIAN GADD, PRES
4 BAYS CENTER, SUITE F
303 SOUTH TAMIAMI TRAIL
NOKOMIS, FL 34275

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248305-12<br>DON MIGUEL MEXICAN FOODS INC<br>PO BOX 3129<br>ANAHEIM, CA 92803 | CREDITOR ID: 248306-12<br>DON RICE COMMUNICATIONS<br>1840 PARK AVE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 248307-12<br>DON WOOD INC<br>6501 OLD WINTER GARDEN ROAD<br>ORLANDO FL 32835-1221 |
| CREDITOR ID: 248309-12<br>DONA JENKINS<br>1179 WEST KING STREET<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 262619-12<br>DONADELLE, TEJANA<br>4912 N 42ND STREET APT C<br>TAMPA, FL 33610-2223 | CREDITOR ID: 388991-54<br>DONAHUE, ASHLEY<br>1855 BLVD. DE PROVINCE<br>APT. 21<br>BATON ROUGE, LA 70816 |
| CREDITOR ID: 392893-55<br>DONAHUE, ASHLEY<br>C/O: CRAIG J. FONTENOT<br>MCKAY, WILLIAMSON, LUTGRING & COCHRAN, L<br>732 NORTH BOULEVARD<br>BATON ROUGE LA 70802 | CREDITOR ID: 406579-MS<br>DONAHUE, BRENDA J.<br>410 PINE AVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 248310-12<br>DONALD A HAY JR<br>115 HIDDEN VALLEY ROAD<br>BOILING SPRINGS SC 29316 |
| CREDITOR ID: 248313-12<br>DONALD D DUCHARME<br>320 S SURF ROAD<br>APT# 304<br>HOLLYWOOD FL 33019 | CREDITOR ID: 248314-12<br>DONALD D FOOTE<br>114 SWEET BAY ARBOR<br>YORKTOWN VA 23692 | CREDITOR ID: 248315-12<br>DONALD D WILSON<br>1003 HARVEST MOON DRIVE<br>SEFFNER FL 33584 |
| CREDITOR ID: 248316-12<br>DONALD E MARKS<br>PO BOX 571<br>JAMESTOWN NC 27282 | CREDITOR ID: 248318-12<br>DONALD F RUSSELL<br>10349 BUENA VENTURA DRIVE<br>BOCA RATON FL 33498 | CREDITOR ID: 248319-12<br>DONALD GEORGE WATSON<br>216 SUNRISE COURT<br>ALABASTER AL 35007 |
| CREDITOR ID: 248320-12<br>DONALD H JONES SR<br>ATTORNEY AT LAW<br>PO BOX 1104<br>MCCOMB MS 39648 | CREDITOR ID: 248321-12<br>DONALD HARRIS<br>699 NORTH SILVERLAKE ROAD<br>FOUNTAIN FL 32438 | CREDITOR ID: 248322-12<br>DONALD IRWIN<br>1858 HURRICANE RD<br>NEW MARKET AL 35761 |
| CREDITOR ID: 248324-12<br>DONALD J SKIDMORE<br>109 LINDA LANE<br>PALATKA FL 32177 | CREDITOR ID: 248325-12<br>DONALD JEN LOUIS<br>612 PEARL STREET<br>LAFAYETTE LA 70507 | CREDITOR ID: 248326-12<br>DONALD JOHNSON<br>409 POINESENTIA AVENUE<br>LEHIGH ARCES FL 33936 |
| CREDITOR ID: 248327-12<br>DONALD P KRILL<br>1264 COUNTY ROAD 52<br>ARITON AL 36311 | CREDITOR ID: 248328-12<br>DONALD P WUCKER<br>4321 POINT LA VISTA ROAD SOUTH<br>JACKSONVILLE FL 32207-6245 | CREDITOR ID: 403296-83<br>DONALD R. JONES, JR. ATTORNEY AT LAW, P.C.<br>2000 INTERSTATE PARK DRIVE STE.104<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 248329-12<br>DONALD T MORRIS<br>15048 NEEDSTAN LANE<br>BEAVERDAM VA 23015 | CREDITOR ID: 248330-12<br>DONALD VANDERGALIEN<br>8235 IRENE STREET<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 248331-12<br>DONALD W BOLING<br>3919 FAIRFILED DRIVE<br>MONTGOMERY AL 36109 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248332-12<br>DONALD W LAMBERT ATTORNEY AT LAW<br>PO BOX 1322<br>VERNON AL 35592 | CREDITOR ID: 248333-12<br>DONALD WILLIAMS<br>720 CHERRY PARK BLVD<br>CLINTON MS 39056 | CREDITOR ID: 406580-MS<br>DONALD, WILLIAM<br>524 WHITEHEAD COURT<br>FT. MILLS SC 29708 |
| CREDITOR ID: 248335-12<br>DONALDSON PAVEMENT MARKING<br>923 DAVIS DR<br>APEX NC 27502 | CREDITOR ID: 389675-54<br>DONALDSON, ANNIE<br>390 112TH AVE N, BLDG 3, APT 105<br>SAINT PETERSBURG, FL 33716 | CREDITOR ID: 393324-55<br>DONALDSON, ANNIE<br>C/O: DANELL DEBERG, ESQ.<br>DEBERG & DEBERG, P.A.<br>1915 TYRONE BLVD.<br>ST. PETERSBURG FL 33710 |
| CREDITOR ID: 243426-12<br>DONALDSON, BETTY L<br>1319 NORTHWEST 60TH STREET, APT 5<br>MIAMI FL 33142 | CREDITOR ID: 406581-MS<br>DONALDSON, PAUL<br>9131 CARTERS GROVE AVE.<br>MONTGOMERY AL 36116 | CREDITOR ID: 248336-12<br>DONALDSONVILLE CHIEF<br>PO BOX 309<br>DONALDSONVILLE, LA 70346 |
| CREDITOR ID: 248337-12<br>DONALDSONVILLE ELEMENTARY<br>38210 HWY 3089<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 248338-12<br>DONALDSONVILLE PRIMARY SCHOOL<br>38210 HIGHWAY 3089<br>DOANLDSONVILLE, LA 70346 | CREDITOR ID: 248339-12<br>DONALSONVILLE NEWS<br>PRINTERS AND PUBLISHERS<br>POST OFFICE BOX 338<br>DONALSONVILLE, GA 39845 |
| CREDITOR ID: 406582-MS<br>DONATO, JOE<br>6440 SW 25TH ST.<br>MIRAMAR FL 33023 | CREDITOR ID: 248340-12<br>DONCO INC<br>PO BOX 305<br>FAYETTEVILLE GA 30214 | CREDITOR ID: 248341-12<br>DONELLE NIXON<br>1565 SILKWOOD AVENUE<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 248342-12<br>DONGAN ELECTRIC MFG CO<br>2987 FRANKLIN<br>DETROIT, MI 48207-4277 | CREDITOR ID: 248343-12<br>DONIESHA R BRISBON<br>2621 JOLIET STREET<br>NEW ORLEANS LA 70118 | CREDITOR ID: 243609-12<br>DONIS, BLANCA E<br>885 SW 127 COURT<br>MIAMI FL 33184 |
| CREDITOR ID: 248344-12<br>DONN OVERBY<br>4615 NC HIGHWAY 65<br>REIDSVILLE NC 27320 | CREDITOR ID: 248345-12<br>DONNA A BAKER<br>7929 BAYSIDE VIEW DRIVE<br>ORLANDO FL 32819 | CREDITOR ID: 248347-12<br>DONNA BENNETT<br>1345 JONES ROAD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 248348-12<br>DONNA BLACKWELL<br>14 HURRICANE CIRCLE<br>PASS CHRISTIAN MS 39571 | CREDITOR ID: 248351-12<br>DONNA COWART<br>3620 CHERRY CREEK ROAD<br>CONYERS GA 30013 | CREDITOR ID: 248352-12<br>DONNA CROWE<br>4640 KUMQUAT STREET<br>COCOA FL 32926 |
| CREDITOR ID: 248353-12<br>DONNA DEVINE<br>19801 GLAZING GLOBE LANE<br>LUTZ FL 33558 | CREDITOR ID: 248354-12<br>DONNA DODSON<br>5726 BRADFORD LANE<br>TUSCALOOSA AL 35405 | CREDITOR ID: 248356-12<br>DONNA G BARR<br>PO BOX 808<br>FAIRDALE KY 40118 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248357-12<br>DONNA HINTON DAVIS<br>10150 WINSTON DRIVE NORTH<br>SEMMES AL 36575 | CREDITOR ID: 248358-12<br>DONNA HUGHES<br>525 FOXRUN TRAIL<br>APT J3<br>PEARL MS 39208 | CREDITOR ID: 248359-12<br>DONNA J ROGERS<br>309 A SHERI PLACE LANE<br>SODDY DAISY TN 37343-0133 |
| CREDITOR ID: 248360-12<br>DONNA JEAN SMITH<br>1481 N US HWY 1 NO 18<br>TITUSVILLE FL 32796 | CREDITOR ID: 248361-12<br>DONNA L TORTORICI<br>7040 CHANTILEER DRIVE<br>BOX SPRINGS GA 31801 | CREDITOR ID: 248363-12<br>DONNA M CROWE<br>4640 KUMQUAT STREET<br>COCOA FL 32926 |
| CREDITOR ID: 248364-12<br>DONNA M MOORE<br>6 CALICO STREET<br>WALTERBORO SC 29488 | CREDITOR ID: 248365-12<br>DONNA MOOREHEAD<br>4477 LIGUSTRUM WAY<br>ORLANDO FL 32839 | CREDITOR ID: 248366-12<br>DONNA R PENICK<br>1203 19TH PLACE SW<br>BIRMINGHAM AL 35211-0412 |
| CREDITOR ID: 248368-12<br>DONNA SKAGGS<br>11040 MOONLAKE ROAD<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 248369-12<br>DONNA SOLOMON<br>8154 OREGON STREET<br>JACKSONVILLE FL 32220 | CREDITOR ID: 248371-12<br>DONNA SUTTON<br>PO BOX 134<br>CLYDE NC 28721 |
| CREDITOR ID: 248372-12<br>DONNA TURNER<br>3605 HEMLOCK STREET<br>JACKSONVILLE FL 32218 | CREDITOR ID: 248374-12<br>DONNA VAUGHN<br>PO BOX 146<br>CLINCHFIELD GA 31013 | CREDITOR ID: 248376-12<br>DONNAK MOLONY<br>4001 36TH STREET<br>MERIDIAN MS 39307 |
| CREDITOR ID: 248377-12<br>DONNELL HILL<br>3252 MEADOW WALK LANE<br>MONTGOMERY AL 36116-0330 | CREDITOR ID: 248378-12<br>DONNELL L STEWART<br>301 N LAUREL<br>APT C<br>METAIRIE LA 70003 | CREDITOR ID: 248379-12<br>DONNELL MCDONALD<br>4670 NE 1ST AVENUE<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 386854-54<br>DONNELLY, JOANNE<br>2556 RUNNING OAK CT.<br>SPRING HILL FL 34608 | CREDITOR ID: 248380-12<br>DONNETTE MELTON<br>2511 OLIVER BRANCH WAY<br>ORLANDO FL 32817 | CREDITOR ID: 393721-58<br>DONNIE & WENDY BRADFORD<br>JOHNSON CITY HEALTH & FITNESS<br>PO BOX 4686<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 248381-12<br>DONNIE CONNER<br>102 BATTLEGROUND ROAD<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 248383-12<br>DONNY BERTRAND<br>108 THOMAS STREET<br>ABBEVILLE LA 70510 | CREDITOR ID: 248384-12<br>DONOVAN COFFEE CO<br>PO BOX 2168<br>BIRMINGHAM, AL 35201-2168 |
| CREDITOR ID: 393279-55<br>DONOVAN, KATHLEEN L<br>C/O KELLER KELLER & CARACUZZO, PA<br>ATTN J SCOTT KELLER, ESQ<br>224 DATURA STREET, SUITE 1205<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 389616-54<br>DONOVAN, KATHLEEN L<br>1645 RIPLEY RUN<br>WELLINGTON FL 33414-6180 | CREDITOR ID: 381295-47<br>DONS AUTO BODY REPAIR<br>2201 HIGHWAY 70 EAST<br>GARNER, NC 27529 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 248308-12
DON'S BEST SAUCE LLC
ATTN DON W STONEMAN, OWNER
PO BOX 1025
RIDGEWAY VA 24148

CREDITOR ID: 266977-31
DOODYCALLS LLC
ATTN: JACOB D'ANIELLO
5 BURKE CT
PALMYRA VA 22963-2036

CREDITOR ID: 406583-MS
DOOLITTLE, C W
7051 CYPRESS BRIDGE DR S
PONTE VEDRA FL 32082

CREDITOR ID: 374729-44
DOOR CONTROL INC
10330 CHEDOAK COURT
BLDG 300
JACKSONVILLE, FL 32218

CREDITOR ID: 248386-12
DOOR CONTROL INC
7111 N MAIN ST
JACKSONVILLE FL 32208-4731

CREDITOR ID: 248387-12
DOOR SYSTEMS INC
OF CHARLOTTE COUNTY
23375 JANICE AVE UNIT 12
PORT CHARLOTTE FL 33980

CREDITOR ID: 248388-12
DOORTECH INC
10256 SOUTH CHOCTAW DRIVE
BATON ROUGE, LA 70815-1295

CREDITOR ID: 248389-12
DOORTRON INC
601 SW 21 TERRACE SUITE 3
FT LAUDERDALE FL 33312

CREDITOR ID: 248390-12
DOORWAYS INC
PO BOX 3328
GULFPORT, MS 39506-3328

CREDITOR ID: 266978-31
DORAN DEVELOPMENT CORP LLC
ATTN: RICHARD J NOVEMBER
2114 SPENCER RD
RICHMOND VA 23230-2624

CREDITOR ID: 248391-12
DORAN SCALES INC
DEPT E
PO BOX 4769
CAROL STREAM IL 60197-4769

CREDITOR ID: 400669-91
DORBU, EMMANUEL
135 OSPREY COVE LN
PONTE VEDRA FL 32082

CREDITOR ID: 266979-31
DORCHESTER COUNTY SCHL DST 2
ATTN: PETE DUNLAP
405 N MAPLE ST STE 82
SUMMERVILLE SC 29483-3849

CREDITOR ID: 248392-12
DORCHESTER COUNTY TREASURER
PATSY G KNIGHT
PO BOX 338
ST GEORGE, SC 29477-0338

CREDITOR ID: 318658-43
DORCHESTER COUNTY TREASURER
201 JOHNSTON STREET
ST.GEORGE SC 29477

CREDITOR ID: 399848-84
DOREE, CLODINE (MINOR)
C/O MS. AUGUST
175 10 SW 119TH AVENUE
MIAMI FL 33177

CREDITOR ID: 400295-85
DOREE, CLODINE (MINOR)
C/O WILLIAM T BRADY, JR ESQ
IRIEL & ASSOCIATES, P.A.
80 SW 8TH STREET, SUITE 1720
MIAMI FL 33130

CREDITOR ID: 248393-12
DOREEN M OLIVERO
1843 VICKSBORO ROAD
LOT 20
HENDERSON NC 27536

CREDITOR ID: 404570-95
DOREL JUVENILLE GROUP
135 S LASALLE STREET
CHICAGO IL 60674-2154

CREDITOR ID: 248394-12
DOREL JUVENILLE GROUP
ATTN LUANNA BARKER, CREDIT MGR
2525 STATE STREET
COLUMBUS IN 47201

CREDITOR ID: 406036-15
DORFMAN, ALVIN M
1511 MANOR DRIVE NE
PALM BAY FL 32905

CREDITOR ID: 406584-MS
DORGAN, THOMAS
3081 MAGNOLIA COURT
EDGEWOOD KY 41017

CREDITOR ID: 248395-12
DORION EQUIPMENT SALES INC
PO BOX 5219
SLIDELL, LA 70469

CREDITOR ID: 248397-12
DORIS J FOX
4911 NE BELLVILLE ROAD
PINETTA FL 32350

CREDITOR ID: 248398-12
DORIS M DIXON
723 PALM STREET
MOBILE AL 36607

CREDITOR ID: 248400-12
DORIS RICHARDSON
4003 WHEELAND ROAD
LITTLE MOUNTAIN SC 29075

CREDITOR ID: 248401-12
DORIS RUSSELL
370 HEMENWAY STREET
# 318
MARLBORO MA 01752

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 248402-12
DORIS TURNER CIRCUIT CLERK
714 GREENSBORO AVE
2ND FLOOR
TUSCALOOSA AL 35401

CREDITOR ID: 389855-54
DORLUS, ESLY
4701 NW 13TH STREET
LAUDERHILL FL 33313

CREDITOR ID: 385686-54
DORMAN, CINDY
5329 PALMER BLVD.
SARASOTA, FL 34232

CREDITOR ID: 390966-55
DORMAN, CINDY
C/O: THOMAS S. HUDSON/ESQ.
HUDSON LAW ASSOCIATES, P.A.
6815 14ST WEST, STE. 107
BRADENTON FL 34207

CREDITOR ID: 253016-12
DORMAN, JERRY L
6065 BENTLEY DRIVE
BAKER, LA 70714

CREDITOR ID: 388610-54
DORMAN, JOANN
1816 FAIRFIELD DRIVE
PLANO TX 75074

CREDITOR ID: 385882-54
DORMAN, NOKOMAS
P.O.BOX 574822
ORLANDO, FL 32857

CREDITOR ID: 391130-55
DORMAN, NOKOMAS
C/O: TODD K. MINER, ESQUIRE
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 248405-12
DORMINY MEDICAL CENTER
ATTN ROBIN WEAVER
PO BOX 1447
FITZGERALD GA 31750

CREDITOR ID: 387393-54
DORN, STEPHANIE
1837 ROBIN ROAD
NORTH AUGUSTA, SC 29841

CREDITOR ID: 391956-55
DORN, STEPHANIE
C/O: RONALD A. MAXWELL
MAXWELL LAW FIRM P.C.
505 WEST AVE
PO BOX 7897
N. AUGUSTA SC 29861

CREDITOR ID: 248406-12
DOROTHY A DAVIS
4220 SUNSET DRIVE
JACKSON MS 39213

CREDITOR ID: 248407-12
DOROTHY A LUCKETT
4608 KATY DRIVE
NEW SMYRNA BEACH FL 32169

CREDITOR ID: 248408-12
DOROTHY ANDREW
2620 SHADY OAKS
TITUSVILLE FL 32796

CREDITOR ID: 248409-12
DOROTHY BIRO
7901 40TH AVE
NORTH LOT B-1
ST PETERSBURG FL 33708

CREDITOR ID: 248411-12
DOROTHY G WILBANKS
4419 FAGAN STREET
CHATTANOOGA TN 37410-0172

CREDITOR ID: 248412-12
DOROTHY GARNER
78 DAIRY ROAD
CLAYTON NC 27520

CREDITOR ID: 248413-12
DOROTHY H JOHNSON
1337 CARROLL HEIGHTS ROAD
ZEBULON NC 27597

CREDITOR ID: 248415-12
DOROTHY JEA PEATRY
5515 QUEEN CHRISTINA LANE
JACKSON MS 39209

CREDITOR ID: 248416-12
DOROTHY KELLY
165 E PLAINS PORT HUDSON ROAD
ZACHARY LA 70791

CREDITOR ID: 248417-12
DOROTHY M JACKSON
1017 ALBANY STREET
BRUNSWICK GA 31520

CREDITOR ID: 248418-12
DOROTHY MAE WILLIAMS
502A MILLER STREET
LAGRANGE GA 30240

CREDITOR ID: 248419-12
DOROTHY MCBRIANT
368 JEFFERSON AVENUE
APT 15
CAPE CANAVERAL FL 32920

CREDITOR ID: 248420-12
DOROTHY MOORE
2219 FAIRFAX STREET
HUNTSVILLE AL 35811

CREDITOR ID: 248421-12
DOROTHY OWENS
295 GLENCROSS AVENUE
HAMILTON OH 45013

CREDITOR ID: 248422-12
DOROTHY SKAGGS
725 MCCRAW ROAD
HERNDON KY 42236

CREDITOR ID: 397872-76
DORSETT, KIMBERLY
111 MELROSE LANE
DOTHAN, AL 36303

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279002-32<br>DORSEY & WHITNEY LLP<br>ATTN: CHRIS LENHART<br>50 SOUTH SIXTH STREET, SUITE 1500<br>MINNEAPOLIS  MN 55402 | CREDITOR ID: 248424-12<br>DORSEY MOTOR SALES INC<br>C/O LAW OFFICE OF CLEVELAND & COLEY<br>744 E MAIN STREET<br>PRATTVILLE, AL 36067 | CREDITOR ID: 397873-76<br>DORSEY, ANGELA<br>4021 WOODSEDGE CIRCLE APT C<br>PALMBEACH  GARDENS, FL 33410 |
| CREDITOR ID: 244665-12<br>DORSEY, CAROLYN<br>10736 KNOTTINGBY DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 245313-12<br>DORSEY, CHRISTINA A<br>PO BOX  183<br>GAINESVILLE GA 30501 | CREDITOR ID: 400260-85<br>DORSEY, PEGGY<br>C/O ESTRELLA GONZALEZ<br>GOLDFARB, GOLD, GONZALEZ & WALD, P.A.<br>100 SOUTHEAST 2ND STREET<br>SUITE 3900<br>MIAMI FL 33131 |
| CREDITOR ID: 399799-84<br>DORSEY, PEGGY<br>18830 SW 113TH AVE.<br>MIAMI FL 33157 | CREDITOR ID: 248425-12<br>DORSEYVILLE ELEMENTARY SCHOOL<br>P O BX 518<br>WHITE CASTLE, LA 70788 | CREDITOR ID: 381009-47<br>DORSON SPORTS INC<br>2120 SMITHTOWN AVENUE<br>RONKONKOA, NY 11779 |
| CREDITOR ID: 389687-54<br>DORTA, CARIDAD<br>791 SW 64TH AVE APT 8<br>MIAMI, FL 33144 | CREDITOR ID: 393333-55<br>DORTA, CARIDAD<br>C/O: ROBERT CORIROSSI<br>ROBERT CORIROSSI<br>GROVE PLAZA - SECOND FLOOR<br>2900 MIDDLE STREET<br>COCONUT GROVE FL 33133 | CREDITOR ID: 389743-54<br>DORVIL, CHARLEVENS<br>43 WEST FLAGLER STREET, SUITE<br>MIAMI FL 33130 |
| CREDITOR ID: 393363-55<br>DORVIL, CHARLEVENS<br>C/O MARK A. KAIRE ESQ.<br>MARK A. KAIRE, PA<br>44 WEST FLAGLER ST., SUITE 220<br>MIAMI FL 33130 | CREDITOR ID: 248426-12<br>DOSS ELECTRIC<br>PO BOX 652<br>MABEN MS 39750 | CREDITOR ID: 393578-55<br>DOSS, FORTUNA I<br>C/O: J SCOTT NOONEY<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 390123-54<br>DOSS, FORTUNA I<br>1321 DOLPHIN STREET<br>ORANGE PARK, FL 32073 | CREDITOR ID: 406585-MS<br>DOSS, GARY W.<br>8142 WYNLAKES BLVD.<br>MONTGOMERY AL 36117 | CREDITOR ID: 254854-12<br>DOSS, LISA G<br>30 EDGEWOOD DRIVE<br>SELMA AL 36701 |
| CREDITOR ID: 389821-54<br>DOSS, PAM<br>1011 SEITZ SUB<br>WEST POINT MS 39773 | CREDITOR ID: 248427-12<br>DOSTER WAREHOUSE<br>PO BOX 338<br>ROCHELLE, GA 31079-0338 | CREDITOR ID: 248428-12<br>DOT FOODS INC<br>ATTN HAL BROADWATER, CREDIT MGR<br>PO BOX 192<br>MT STERLING IL 62353 |
| CREDITOR ID: 248429-12<br>DOT TRUST FUND<br>1815 THOMASVILLE ROAD<br>TALLAHASSEE FL 32303-5750 | CREDITOR ID: 248430-12<br>DOTHAN GLASS CO<br>ATTN PEGGY R MILLS<br>PO BOX 1308<br>DOTHAN, AL 36302-1308 | CREDITOR ID: 248431-12<br>DOTHAN MARKETPLACE PARTNERS<br>HELMS ROARK INC<br>418 SCOTT STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 248432-12<br>DOTHAN MOBILE TRK MNT & REPAIR<br>PO BOX 8124<br>DOTHAN, AL 36304 | CREDITOR ID: 248433-12<br>DOTHAN SECURITY INC<br>PO BOX 830529<br>BIRMINGHAM, AL 35283 | CREDITOR ID: 244295-12<br>DOTSON, C E<br>1202 BUCKINGHAM DR<br>MONTGOMERY, AL 36116 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386607-54<br>DOTSON, LARRY<br>531 CLUB VIEW DR<br>JACKSON MS 39056 | CREDITOR ID: 391612-55<br>DOTSON, LARRY<br>C/O: CRAIG SESSUMS<br>JONES & FUNDERBURG<br>901 N STATE ST<br>JACKSON MS 39202 | CREDITOR ID: 388247-54<br>DOTSON, LYNDA S<br>754 SOUTH LEE<br>VALDOSTA GA 31601 |
| CREDITOR ID: 248434-12<br>DOTTLEY SPICE MART INC<br>5626 HIGHWAY 61 SOUTH<br>VICKSBURG MS 39180 | CREDITOR ID: 406586-MS<br>DOTY, JACKIE W.<br>611 COUNTY RD 40 W<br>PRATTVILLE AL 36067 | CREDITOR ID: 387808-54<br>DOTY, LINDA<br>3303 15TH ST W<br>LEHIGH ACRES, FL 33971 |
| CREDITOR ID: 387808-54<br>DOTY, LINDA<br>C/O VILES & BECKMAN, PA<br>ATTN MICHAEL L BECKMAN, ESQ<br>2075 W FIRST STREET, SUITE 100<br>FORT MYERS FL 33901 | CREDITOR ID: 392134-55<br>DOTY, LINDA<br>C/O VILES & ELLIS, PA<br>ATTN MICHAEL L BECKMAN, ESQ<br>2075 WEST FIRST ST.<br>PO BOX 2486<br>FORT MYERS FL 33902 | CREDITOR ID: 248435-12<br>DOUBERLY MELON SALES INC<br>13720 S W 4TH LANE<br>NEWBERRY, FL 32669 |
| CREDITOR ID: 248436-12<br>DOUBLE COLA BOTTLING<br>BOX 2550 RALEIGH ROAD<br>ROCKY MOUNT, NC 27803 | CREDITOR ID: 248437-12<br>DOUBLE COLA CO<br>537 MARKET ST #100<br>CHATTANOOGA, TN 37402-1229 | CREDITOR ID: 248438-12<br>DOUBLE D MEAT<br>ATTN T S STOGNER JR, PRES<br>11518 HWY 21 S<br>BOGALUSA, LA 70427 |
| CREDITOR ID: 248439-12<br>DOUBLE D SAUSAGE CO<br>11518 HWY 21 SOUTH<br>BOGALUSA, LA 70427 | CREDITOR ID: 279003-32<br>DOUBLE EAGLE DISTRIBUTING, INC.<br>ATTN: JOSEPH E. HORSFALL<br>50 LOCK ROAD<br>DEERFIELD BEACH FL 33442-1580 | CREDITOR ID: 384099-47<br>DOUBLE EAGLE NO ALCOHOL<br>50 LOCK ROAD<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 248440-12<br>DOUBLE ENVELOPE<br>PO BOX 532914<br>ATLANTA, GA 30353-2914 | CREDITOR ID: 248441-12<br>DOUBLE OAK FAMILY MEDICINE<br>101 MISSIONARY RIDGE, SUITE 100<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 404571-95<br>DOUBLE OAK FAMILY MEDICINE<br>5420 HWY 280 E STE 100<br>BIRMINGHAM AL 36102 |
| CREDITOR ID: 248442-12<br>DOUBLE TREE HOTEL<br>5780 MAJOR BLVD<br>ORLANDO FL 32819 | CREDITOR ID: 247268-12<br>DOUBLEDAY, CRYSTAL<br>719 FLAMINGO DRIVE<br>APOLLO BEACH FL 33572 | CREDITOR ID: 248443-12<br>DOUBLETREE GRAND KEY RESORT<br>3990 SOUTH ROOSEVELT BLVD<br>KEY WEST, FL 33040 |
| CREDITOR ID: 248444-12<br>DOUBLETREE PERSONNEL INC<br>PO BOX 10185<br>GOLDSBORO NC 27532 | CREDITOR ID: 248445-12<br>DOUDNEY SHEET METAL WORKS<br>3900 N FORSYTH ROAD<br>WINTER PARK, FL 32792 | CREDITOR ID: 248446-12<br>DOUG BELDEN TAX COLLECTOR CITY OF<br>HILLSBOROUGH<br>PO BOX 17290<br>TAMPA FL 33672-0920 |
| CREDITOR ID: 248447-12<br>DOUG BIVENS<br>517 HICKORY STREET<br>LANDIS NC 28088 | CREDITOR ID: 248448-12<br>DOUG HEDDEN ELECTRIC INC<br>5722 S FLAMINGO ROAD PMB 227<br>COOPER CITY, FL 33330-3206 | CREDITOR ID: 266980-31<br>DOUG MARTEL REAL ESTATE LLC<br>ATTN: DOUG MARTEL<br>PMB 361<br>PO BOX 77400<br>STEAMBOAT SPRINGS CO 80477-0000 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248450-12<br>DOUG MOREAU DISTRICT ATTORNEY<br>222 ST LOUIS STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 248451-12<br>DOUG YATES TOWING & RECOVERY LLC<br>2306 E 23RD STREET<br>CHATTANOOGA, TN 37407 | CREDITOR ID: 248453-12<br>DOUGHERTY EQUIPMENT CO INC<br>PO BOX 890175<br>CHARLOTTE, NC 28289-0175 |
| CREDITOR ID: 248454-12<br>DOUGHTON MFG CO<br>225 W TREMONT AVE<br>CHARLOTTE NC 28203-4996 | CREDITOR ID: 387048-54<br>DOUGHTY, JOSEPH<br>11475 GWYNFORD LANE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 248455-12<br>DOUGLAS A HARRELL<br>147 HOOD DRIVE<br>GOLDSBORO NC 27530 |
| CREDITOR ID: 248456-12<br>DOUGLAS ALLEN<br>1747 CLAYBURN CIRCLE<br>CINCINNATI OH 45240 | CREDITOR ID: 248457-12<br>DOUGLAS BANKS<br>1324 PINE BLOOM COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 248458-12<br>DOUGLAS BATTERY MANUFACTURING<br>ATTN: JERZMY M ROBINSON, CFO<br>PO BOX 538093<br>ATLANTA, GA 30353-8093 |
| CREDITOR ID: 406152-97<br>DOUGLAS BATTERY MANUFACTURING<br>ATTN: JERZMY M ROBINSON, CFO<br>2995 STARLIGHT DRIVE<br>WINSTON-SALEM NC 27107 | CREDITOR ID: 248459-12<br>DOUGLAS BYRD HIGH SCHOOL<br>1624 IRELAND DRIVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 248460-12<br>DOUGLAS COUNTY OCCUPATIONAL TAX<br>8700 HOSPTIAL DRIVE<br>DOUGLASVILLE, GA 30134 |
| CREDITOR ID: 248462-12<br>DOUGLAS CRUMPLER<br>3821 ENVIRON BLVD<br>#211<br>LAUDERHILL FL 33319 | CREDITOR ID: 248463-12<br>DOUGLAS E HAWKINS<br>3940 NW 19TH AVENUE<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 248465-12<br>DOUGLAS ENTERPRISES<br>PO BOX 750<br>DOUGLAS, GA 31534 |
| CREDITOR ID: 248466-12<br>DOUGLAS EQUIPMENT CO<br>7124 NW 72ND AVE<br>MIAMI FL 33166-2932 | CREDITOR ID: 248467-12<br>DOUGLAS HANCOCK<br>1228 RUTHBERN ROAD<br>DAYTONA FL 32114 | CREDITOR ID: 248468-12<br>DOUGLAS JORDAN, DIST<br>ATTN DOUGLAS JORDAN<br>41522 E I-55 SERVICE ROAD<br>HAMMOND, LA 70403 |
| CREDITOR ID: 248470-12<br>DOUGLAS M BURTON<br>1012 EASTDALE STREET<br>JACKSONVILLE FL 32211 | CREDITOR ID: 248471-12<br>DOUGLAS MACHINE INC<br>ATTN THOMAS WOSEPKA, CFO<br>3404 IOWA STREET<br>ALEXANDRIA MN 56308 | CREDITOR ID: 384100-47<br>DOUGLAS MEDICAL & SURGICAL GRP<br>PO BOX 2800<br>DOUGLAS, GA 31534 |
| CREDITOR ID: 248472-12<br>DOUGLAS MEDICAL & SURGICAL GRP<br>3025 BRECKNRIDGE BLVD # 120<br>DULUTH, GA 30096 | CREDITOR ID: 388358-54<br>DOUGLAS, CAROLYN<br>PO BOX 265<br>LAWTELL, LA 70550 | CREDITOR ID: 392023-55<br>DOUGLAS, CAROLYN<br>C/O: MILES MATT<br>MILES MATT<br>P.O. BOX 4405<br>LAFAYETTE LA 70502 |
| CREDITOR ID: 245339-12<br>DOUGLAS, CHRISTOPHER B<br>4627 LURLINE<br>NEW ORLEANS LA 70127 | CREDITOR ID: 245348-12<br>DOUGLAS, CHRISTOPHER E<br>5472 R JOHNSON ROAD<br>TOOMSUBA MS 39364 | CREDITOR ID: 374743-44<br>DOUGLAS, DEBORAH, J<br>7009 MOONLIT DRIVE<br>HOLLY SPRINGS, NC 27540 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 397874-76
DOUGLAS, JOHN
4424 JOHN PENN CIRCLE APT. G
CHARLOTTE, NC 28215

CREDITOR ID: 388452-54
DOUGLAS, PATRICIA
210 ANDERSON AVE
SELMA, AL 36701

CREDITOR ID: 388807-54
DOUGLAS, PATRICIA
1911 44 ST
SAINT PETERSBURG, FL 33711

CREDITOR ID: 392547-55
DOUGLAS, PATRICIA
C/O J. PARKE KEITH, ESQ.
WILLIAM T. FAILE, ATTY AT LAW
P. O. BOX 381
SELMA AL 36702-0381

CREDITOR ID: 392762-55
DOUGLAS, PATRICIA
C/O JOHN H. THOMPSON IV
300 31ST STREET NORTH #300
ST. PETERSBURG FL 33713

CREDITOR ID: 406079-93
DOUGLAS, SUZETTE
C/O JOEY CHAMBERS, ESQ.
520 4TH STREET NORTH
ST PETERSBURG FL 33701-2302

CREDITOR ID: 266981-31
DOUGLAS-COFFEE CNTY INDUS AUTH
ATTN: SARALYN STAFFORD
211 GASKIN AVE S
DOUGLAS GA 31533-0017

CREDITOR ID: 248475-12
DOUGS REFRIGERATION
2303 NW 134 ST
CITRA, FL 32113

CREDITOR ID: 248476-12
DOUMAK INC
36156 TREASURY CENTER
CHICAGO, IL 60694-6100

CREDITOR ID: 404573-95
DOUMAK INC
31323 NETWORK PLACE
CHICAGO IL 60673-1313

CREDITOR ID: 248477-12
DOUMAR ALLSWORTH CROSS ET AL
1177 SOUTHEAST THIRD AVENUE
FORT LAUDERDALE FL 33316

CREDITOR ID: 248478-12
DOUSSAN GAS AND SUPPLY LLC
ATTN: LEONARD B DOUSSAN III, CONTR
PO BOX 52407
NEW ORLEANS, LA 70152

CREDITOR ID: 388382-54
DOVE, JANIE
1091 SCR 109
LOUIN, MS 39338

CREDITOR ID: 392482-55
DOVE, JANIE
C/O THE TULLOS LAW FIRM, PA
ATTN MARK K TULLOS, ESQ
PO BOX 505
RALEIGH MS 39153

CREDITOR ID: 248479-12
DOVER CONE
ATTN RICHARD BRONOWICKI, DIR OF OP
4350 HARVESTER ROAD
BURLINGTON, ON L7R 3Y7
CANADA

CREDITOR ID: 248480-12
DOVER CONSULTING
236 POPLAR MILL ROAD
DEMOREST GA 30535

CREDITOR ID: 248481-12
DOVER INDUSTRIES LTD
3230 MAINWAY AVE
BURLINGTON ON L7M 1A5
CANADA

CREDITOR ID: 248482-12
DOVER PACKAGING
3230 MAINWAY AVENUE
BURLINGTON ON L7M 1A5
CANADA

CREDITOR ID: 266982-31
DOVER TOWN CITY HALL OF
ATTN: BARRY WALLACE
100 JACKSON ST
DOVER TN 37058-3015

CREDITOR ID: 389444-54
DOVER, EDDIE JR
4183 OAK TERRACE
GREENACRES FL 33463

CREDITOR ID: 399492-82
DOVER, TAMMY
PO BOX 521
HENRIETTA  NC 28076

CREDITOR ID: 248483-12
DOW FLOORING
ATTN DONALD O WARD, PRESIDENT
PO BOX 75464
TAMPA, FL 33675

CREDITOR ID: 241624-12
DOWD, ADRIAN R
PO BOX 666
NEWBERRY SC 29108

CREDITOR ID: 248484-12
DOWDLE GAS
PO BOX 9129
COLUMBUS MS 39705

CREDITOR ID: 248485-12
DOWDS BARBEQUE FLAVOR
PO BOX 666
NEWBERRY, SC 29108

CREDITOR ID: 406587-MS
DOWDY, KEVIN
129 BUNNY LANE
BAINBRIDGE GA 31717

CREDITOR ID: 390191-54
DOWDY, LOUISTINE
4714 DOGWOOD FARMS DRIVE
DECATUR, GA 30034

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 393632-55
DOWDY, LOUISTINE
C/O: ORLANDO MARRA, ESQ
MONTLICK & ASSOCIATES, P.C.
P.O. BOX 95406
ATLANTA GA 30347-0406

CREDITOR ID: 400019-84
DOWELL, RICKEY
12621 HIGHWAY 231 431 NORTH
MERIDIANVILLE AL 35759-1214

CREDITOR ID: 394781-57
DOWELL, RICKEY
C/O J. ZACH HIGGS, JR.
405 FRANKLIN STREET
HUNTSVILLE AL 35801

CREDITOR ID: 248486-12
DOWN EAST ENTERPRISES INC
1311 EAST NEW BERN ROAD
KINSTON, NC 28501-9501

CREDITOR ID: 248487-12
DOWN HOME MEDICAL
PO BOX 902
312 S WASHINGTON ST
MADISON, FL 32341-0902

CREDITOR ID: 406588-MS
DOWNES, DAN
902 JORYNES DR.
MONTGOMERY AL 36109

CREDITOR ID: 387209-54
DOWNING, SARA T
4363 MAPLEWOOD DR.
TRUSSVILLE, AL 35173

CREDITOR ID: 391797-55
DOWNING, SARA T
C/O CORY, WATSON, CROWDER ET AL
ATTN E CORY OR F J TAPLEY, ESQS
2131 MAGNOLIA AVENUE
BIRMINGHAM AL 35205

CREDITOR ID: 373841-44
DOWNS, BEBEE
RAL DIV 2045
331 LAWSON LN
ROCKINGHAM, NC 28379

CREDITOR ID: 393671-55
DOWNS, ERMINDA
C/O: HARVEY FRIEDMAN
FRIEDMAN, RODMAN & FRANK, PA
3636 WEST FLAGLER STREET
MIAMI FL 33135

CREDITOR ID: 390043-54
DOWNS, PATRICIA
3633 EAST KALEY AVE
ORLANDO FL 32812

CREDITOR ID: 248488-12
DOWNTOWN DESTIN S/C
C/O THE PELICAN GROUP INC
PO BOX 160403
MOBILE, AL 36616-1403

CREDITOR ID: 278451-25
DOWNTOWN DESTIN SHOPPING CENTER
THE PELICAN GROUP INC.
PO BOX 160403
MOBILE AL 36616-1403

CREDITOR ID: 266983-31
DOWNTOWN DEV AUTH OF RICHLAN
ATTN: J CLINT CASTLEBERRY
120 BROAD ST
RICHLAND GA 31825-1070

CREDITOR ID: 266984-14
DOWNTOWN DEV DST CY NEW ORLANS
ATTN: KIMBERLY WILLIAMSON
1010 COMMON ST STE 100
NEW ORLEANS LA 70112-2405

CREDITOR ID: 266985-14
DOWNTOWN DEVELOPMENT AUTHORITY
ATTN: JODY NEDERVELD
735 JEFFERSON ST STE 204
LAFAYETTE LA 70501-6909

CREDITOR ID: 397191-67
DOWNTOWN JIMMIE HALE MISSION
2330 2ND AVE. N
PO BOX 10472
BIRMINGHAM, AL 35202-0472

CREDITOR ID: 248489-12
DOWNTOWN ORLANDO PARTNERSHIP
17 SOUTH LAKE AVENUE
SUITE 201
ORLANDO FL 32801

CREDITOR ID: 266986-31
DOWNTOWN SALISBURY INC
ATTN: RANDY HEMANN
100 W INNES ST STE 202
SALISBURY NC 28144-4346

CREDITOR ID: 266987-31
DOWNTOWN STATESBORO DEVELOPMNT
ATTN: STEPHANE HOWELL
48B E MAIN ST
STATESBORO GA 30458-4844

CREDITOR ID: 248490-12
DOWNTOWN TWO LLC
PO BOX 900002
RALEIGH, NC 27675

CREDITOR ID: 2197-07
DOWNTOWN TWO LLC
C/O KAHN DEVELOPEMENT CO.
PO BOX 1608
COLUMBIA SC 29202

CREDITOR ID: 1272-07
DOWNTOWN TWO LLC
PO BOX 900002
RALEIGH, NC 27675

CREDITOR ID: 266988-31
DOWNTOWN WAYNESVILLE ASSO
ATTN: PATSY ROGERS
19 S MAIN ST
WAYNESVILLE NC 28786-6700

CREDITOR ID: 399493-82
DOWSE, RICHELLE D.
2509 4TH AVENUE
COLUMBUS  GA 31904

CREDITOR ID: 248491-12
DOYLE EILER
3813 TRAILVIEW DRIVE
CARROLLTON TX 75007

CREDITOR ID: 248492-12
DOYLE ENGINEERING GROUP
13649 MONFORT DRIVE
DALLAS TX 75240

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 248493-12
DOZIER ELEMENTARY
415 W PRIMEAUX
ERATH, LA 70533

CREDITOR ID: 387153-54
DOZIER, JEANETTE
2802 FLEETWOOD DR
FLORENCE, SC 29505

CREDITOR ID: 391738-55
DOZIER, JEANETTE
C/O: JOHN DEBERRY
JOHN S. DEBERRY, ATTORNEY AT LAW
ATTORNEY AT LAW
PO BOX 1422
FLORENCE SC 29503

CREDITOR ID: 315782-40
DPG FIVE FORKS VILLAGE LLC
DEPT 162403 JD1300
PO BOX 951701
CLEVELAND, OH 44193

CREDITOR ID: 382566-51
DPI TELECONNECT
2997 LBJ FREEWAY, SUITE 225
DALLAS, TX 75234

CREDITOR ID: 403544-99
DPJ COMPANY
C/O ROSENBERG & WEINBERG
ATTN: HERBERT WEINBERG
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

CREDITOR ID: 315783-40
DPJ COMPANY LP
145 ROSEMARY STREET
SUITE K
NEEDHAM, MA 02494

CREDITOR ID: 2198-RJ
DPJ COMPANY LP
145 ROSEMARY STREET, SUITE K
NEEDHAM MA 02494

CREDITOR ID: 382567-51
DPSI
4905 KORGER BLVD, SUITE 101
GREENSBORO, NC 27407

CREDITOR ID: 248496-12
DPSI
PO BOX 49003
GREENSBORO NC 27419

CREDITOR ID: 248497-12
DQCI SERVICES INC
ATTN THOMAS JANAS, PRES
5205 QUINCY STREET
MOUNDS VIEW, MN 55112

CREDITOR ID: 248498-12
DR BOB BROWN
5353 SOUTEL DRIVE
JACKSONVILLE FL 32219

CREDITOR ID: 248499-12
DR CHARLES DREW ELEMENTARY SCHOOL
3819 ST CLAUDE AVE
NEW ORLEANS, LA 70117

CREDITOR ID: 248500-12
DR FISH INC
PO BOX 9901
OAKLAND PARK, FL 33310

CREDITOR ID: 404574-95
DR G H TICHENOR ANTISEPTIC CO
PO BOX 53374
NEW ORLEANS LA 701533374

CREDITOR ID: 248501-12
DR GH TICHENOR ANTISEPTIC CO
ATTN: MARTHA GRUNING, CONTROLLER
PO BOX 29384
NEW ORLEANS, LA 70189

CREDITOR ID: 248502-12
DR I S F A JOHNSON EDUCAL FOUNDATIO
C/O SIMPSON COMMUNICATIONS
523 WESTPORT DRIVE
LONGWOOD FL 32750

CREDITOR ID: 248503-12
DR PEPPER OF WEST JEFFERSON
PO BOX 34
WEST JEFFERSON, NC 28694

CREDITOR ID: 278799-99
DR PEPPER/SEVEN UP INC
C/O RICHARD W WARD, ESQ
2527 FAIRMOUNT STREET
DALLAS TX 75201

CREDITOR ID: 247441-12
DR PLAZA LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA RATON, FL 33427

CREDITOR ID: 1241-07
DR PLAZA LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA RATON, FL 33427

CREDITOR ID: 248504-12
DR RALPH DAYAN
331 31ST AVENUE
SAN FRANCISCO CA 94121

CREDITOR ID: 248505-12
DR RAVI J PATEL
PO BOX 1870
1811 MANNING DR
VIDALIA GA 30474

CREDITOR ID: 403297-83
DR. LOUIS BLANDA
1211 COLLIDGE BLVD STE 100
LAFAYETTE LA 70503

CREDITOR ID: 403298-83
DR. SERGE THYS
ATTN: BRIDGETT 2151 - 45TH ST. STE. 204
WEST PALM BEACH FL 33407

CREDITOR ID: 403299-83
DR. TOMMY FOREST
602 N. LEWIS ST. STE 400
NEW ORLEANS LA 70563

CREDITOR ID: 248506-12
DRAEGER SAFETY INC
ATTN DAVID J TUCKER, SR
PO BOX 641556
PITTSBURG, PA 15264-1556

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388662-54<br>DRAFTS, REBECCA<br>113 ALLENDALE DRIVE<br>WEST COLUMBIA SC 29169 | CREDITOR ID: 266989-31<br>DRAINAGE DIST NO 4<br>ATTN: WAYNE ESPAT<br>495 VOTERS RD<br>SLIDELL LA 70461-3547 | CREDITOR ID: 248507-12<br>DRAINWORKS<br>PO BOX 40455<br>RALEIGH, NC 27629-0455 |
| CREDITOR ID: 404575-95<br>DRAKE BAKERIES<br>75 DEMAREST AVENUE<br>WAYNE NJ 07470 | CREDITOR ID: 248509-12<br>DRAKE BAKERIES INC<br>ONE BAKERS WAY<br>PO BOX 8000<br>BIDDFORD, ME 04005 | CREDITOR ID: 404576-95<br>DRAKE BAKERIES INC<br>100 DEMAREST DRIVE<br>WAYNE NJ 07470 |
| CREDITOR ID: 403425-15<br>DRAKE RENTAL<br>ATTN PHIL DRAKE, OWNER<br>235 EAST PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 1275-07<br>DRAKE RENTAL ACCOUNT<br>C/O PHIL DRAKE<br>106 PALMER STREET<br>FRANKLIN, NC 28734 | CREDITOR ID: 248510-12<br>DRAKE RENTAL ACCOUNT<br>C/O MR PHIL DRAKE<br>106 PALMER STREET<br>FRANKLIN, NC 28734 |
| CREDITOR ID: 387927-54<br>DRAKE, ANITA D<br>656 QUEEN JULIANNE LANE<br>JACKSON, MS 39209 | CREDITOR ID: 392211-55<br>DRAKE, ANITA D<br>C/O: GLEN W. HALL, ESQUIRE<br>STANFIELD, HALL & ASSOCIATES, P.L.L.C.<br>P. O. BOX 23969<br>JACKSON MS 39225-3969 | CREDITOR ID: 387138-54<br>DRAKE, ELZIRAH<br>9851 BEARCREEK ROAD #43<br>STERRETT, AL 35147 |
| CREDITOR ID: 391723-55<br>DRAKE, ELZIRAH<br>C/O: BYRON R. PERKINS<br>GORDON, SILBERMAN, WIGGINS & CHILDS<br>1400 SOUTHTRUST TOWER<br>BIRMINGHAM AL 35203-3204 | CREDITOR ID: 256032-12<br>DRAKE, MELISSA<br>2232 MAINE AVENUE<br>KENNER LA 70062 | CREDITOR ID: 266990-31<br>DRC - FLORIDA INC<br>ATTN: THOMAS M MARR SR<br>740 MUSEUM DR<br>MOBILE AL 36608-1940 |
| CREDITOR ID: 389868-54<br>DREAKFORD, COREEN<br>1851 NW 46TH AVE<br>APT F201<br>LAUDERHILL, FL 33313 | CREDITOR ID: 393407-55<br>DREAKFORD, COREEN<br>C/O: DENNIS A. KOLTUN, ESQUIRE<br>KOLTUN & LAZAR<br>7000 SW 97TH AVENUE<br>SUITE 210<br>MIAMI FL 33173 | CREDITOR ID: 248511-12<br>DREAMA FRANTZ<br>1109 YORKSHIRE DRIVE<br>CARY NC 27511 |
| CREDITOR ID: 392648-55<br>DREHER, DEBRA<br>C/O: DENISE DEVNEY<br>110 N. THIRD STREET<br>HAMILTON OH 45011 | CREDITOR ID: 388590-54<br>DREHER, DEBRA<br>3975 ROOSEVLET BLVD., APT 4<br>MIDDLETOWN OH 45044 | CREDITOR ID: 398031-77<br>DRESCHEL-KENNETT, CAROL<br>ATTN: J. HUGH GORDON, P.C.<br>1206 N. RODGE AVE.<br>TIFTON, GA 31794 |
| CREDITOR ID: 397825-76<br>DRESCHEL-KENNETT, CAROL<br>1751 TEN MILE ROAD<br>REBECCA, GA 31783 | CREDITOR ID: 248512-12<br>DRESSER INC WAYNE DIVISION<br>ATTN MARC GAINS, CREDIT MGR<br>3814 JARRET WAY<br>AUSTIN TX 76728 | CREDITOR ID: 393205-55<br>DREW, DELFORD L<br>C/O: MICHAEL P. MORAN, ESQ.<br>HARRELL & JOHNSON, P.A.<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 389533-54<br>DREW, DELFORD L<br>7077 BONNEVAL RD<br>SUITE 800<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 248513-12<br>DREWCILLA BASNIGHT<br>PO BOX 172<br>JAMESVILLE NC 27846 | CREDITOR ID: 244763-12<br>DREXEL, CATHERINE<br>ST DEPORRED<br>BROUSSARD LA 70518 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>C/O COOK PERKISS & LEW<br>ATTN: DAVID J COOK, ESQ<br>PO BOX 270<br>SAN FRANCISCO CA 94104-0270 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | CREDITOR ID: 279226-35<br>DREYER'S GRAND ICE CREAM HLDNGS CO<br>ATTN: ROBERT HOLLOWAY<br>555 12TH ST, STE 300<br>OAKLAND CA 94607 |
| CREDITOR ID: 248514-12<br>DRI<br>150 NORTH MICHIGAN AVENUE<br>SUITE 300<br>CHICAGO IL 60601 | CREDITOR ID: 399770-84<br>DRIER, GLORIA<br>10909 96 N<br>ZEBULON NC 27597 | CREDITOR ID: 394075-56<br>DRIGGERS, HARROLD<br>C/O KNIGHT LAW FIRM, P.A.<br>207 EAST THIRD NORTH STREET<br>SUMMERVILLE, SC 29484 |
| CREDITOR ID: 400247-85<br>DRIGGERS, HARROLD<br>C/O THOMAS H. HESSE<br>KNIGHT LAW FIRM<br>207 E THIRD ST<br>SUMMERVILLE SC 29483 | CREDITOR ID: 2199-07<br>DRINKARD DEVELOPMENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996 | CREDITOR ID: 266991-31<br>DRINKING WATER PROTECTION BUR<br>ATTN: ALTON BOOZER<br>2600 BULL ST<br>COLUMBIA SC 29201-1708 |
| CREDITOR ID: 315785-40<br>DRINKRH<br>PO BOX 996<br>CULLMAN, AL 35056-0996 | CREDITOR ID: 248517-12<br>DRIVE LINE SERVICE OF JAX<br>200 LANE AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 266992-31<br>DRIVER LICENSE OFFICE<br>ATTN: BARBARA BELONG<br>110 S US HIGHWAY 1 OFC<br>VERO BEACH FL 32962-3630 |
| CREDITOR ID: 248518-12<br>DRIVEWAY MAINTENANCE INC<br>1829 A NORTHWEST 29TH STREET<br>OAKLAND PARK, FL 33311 | CREDITOR ID: 374749-44<br>DROCARAS INTERNATIONAL INC<br>1301 NORTHWEST  89TH COURT<br>SUITE 218 219<br>MIAMI FL 33172 | CREDITOR ID: 248519-12<br>DRUCILLA COATS<br>617 FLEMING STREET<br>LAURENS SC 29360 |
| CREDITOR ID: 399835-84<br>DRUCK, WILLIAM<br>2926 NE JACKSONVILLE RD<br>OCALA FL 34479 | CREDITOR ID: 248520-12<br>DRUG & ALCOHOL TESTING AUTHORITY<br>381 DEERFIELD RD  STE 3<br>PO BOX 2796<br>BOONE NC 28607 | CREDITOR ID: 248521-12<br>DRUG FREE MANAGEMENT INC<br>225 TROY STREET<br>FT WALTON BEACH, FL 32548 |
| CREDITOR ID: 404577-95<br>DRUG FREE MANAGEMENT INC<br>123 STAFF DR<br>FT WALTON BEACH FL 32548 | CREDITOR ID: 248522-12<br>DRUG PACKAGE INC<br>ATTN HELEN L HANFF<br>DEPT 460<br>PO BOX 790044<br>ST LOUIS MO 63179-0044 | CREDITOR ID: 248524-12<br>DRUG SCREENS INC<br>RT 10 BOX 175<br>LAKE CITY FL 32025 |
| CREDITOR ID: 248523-12<br>DRUG SCREENS, INC<br>ATTN PATRICIA MURPHY, PRES<br>188 SW PONCE DE LEON AVE<br>LAKE CITY, FL 32025 | CREDITOR ID: 248525-12<br>DRUID GLASS CO<br>PO BOX 40087<br>TUSCALOOSA, AL 35404-0087 | CREDITOR ID: 388414-54<br>DRUMMOND, PATRICIA<br>6800 NW 39TH AVE, #193<br>COCONUT CREEK, FL 33073 |
| CREDITOR ID: 393471-55<br>DRUMMOND, PATRICIA L<br>C/O BADER, STILLMAN & ALDER, PL<br>ATTN ELLIOTT BADER, ESQ<br>6100 WEST ATLANTIC BLVD.<br>MARGATE FL 33063 | CREDITOR ID: 248526-12<br>DRY ICE SALES INC<br>2914 US HWY 301 NORTH<br>TAMPA FL 33619 | CREDITOR ID: 248527-12<br>DRY INC DBA DRY CLEANERS SECRET<br>ATTN REBECCA J HAMMOND, CONTROLLER<br>6932 SOUTHWEST MACADAM AVE, STE A<br>PORTLAND, OR 97219 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 266993-31<br>DRY RUN UTILITY DISTRICT<br>ATTN: J RONALD MURPHY<br>1006 LAKEVIEW DR<br>BUTLER TN 37640-7366 | CREDITOR ID: 390047-54<br>DRYE, JIMMY A<br>185 LYERLY POND RD<br>SALISBURY NC 28146 | CREDITOR ID: 248528-12<br>DRYSDALE L ALLEN<br>PO BOX 1364<br>BUSHNELL FL 33513 |
| CREDITOR ID: 247449-12<br>D'S ELECTRIC & SIGNS<br>PO BOX 4614<br>GREENVILLE MS 38704 | CREDITOR ID: 315774-40<br>DS PARTNERS LP<br>719 GRISWOLD AVENUE<br>SUITE 2330<br>DETROIT, MI 48226 | CREDITOR ID: 248529-12<br>DS RETAIL TECHNOLOGIES INC<br>1525 4TH AVENUE<br>SUITE 600<br>SEATTLE WA 98101 |
| CREDITOR ID: 383137-51<br>DS RETAIL TECHNOLOGIES, INC<br>316 OCCIDENTAL AVENUE S<br>SEATTLE, WA 98121 | CREDITOR ID: 382568-51<br>DS RETAIL TECHNOLOGIES, INC,<br>WHOLLY OWNED SUBSIDIARY<br>316 OCCIDENTAL AVE S.<br>SEATTLE, WA 98121 | CREDITOR ID: 399261-72<br>DS RETAIL TECHNOLOGIES, INC.<br>C/O CROSSMEDIA SERVICES, INC.<br>316 OCCIDENTAL AVENUE S<br>SEATTLE, WA 98121 |
| CREDITOR ID: 407510-97<br>DS WATER C/O SUNTORY WATER GROUP<br>ATTN: RON BENNETT<br>5660 NEW NORTHSIDE DRIVE<br>ATLANTA GA 30328 | CREDITOR ID: 384079-47<br>DS&S CO<br>PO BOX 74<br>HONORAVILLE, AL 36042 | CREDITOR ID: 247442-12<br>DS&S CO<br>1930 BLACKROCK RD<br>LUVERNE, AL 36049 |
| CREDITOR ID: 248530-12<br>DSA CLEANING SERVICE<br>4240 BRIARWOOD<br>INDEPENDENCE KY 41051 | CREDITOR ID: 248531-12<br>DSC INC<br>PO BOX 07366<br>FORT MYERS FL 33919 | CREDITOR ID: 248532-12<br>DSC SALES INC<br>PO BOX 2123<br>OLDSMAR, FL 34677-2123 |
| CREDITOR ID: 279005-32<br>DSC SALES, INC.<br>DIVERSIFIED SALES COMPANY<br>ATTN: LESLIE R. LIPSEY, PRESIDENT<br>PO BOX 2123<br>OLDSMAR FL 34677 | CREDITOR ID: 248533-12<br>DSI LABORATORIES<br>12700 WESTLINKS DR<br>FT MYERS, FL 33913-8017 | CREDITOR ID: 248534-12<br>DSI TECHNOLOGY ESCROW SERVICES<br>PO BOX 27131<br>NEW YORK, NY 10087-7131 |
| CREDITOR ID: 266994-31<br>DSM INC<br>ATTN: R W MULLINS<br>4900 FALLS OF NEUSE RD<br>RALEIGH NC 27609-5477 | CREDITOR ID: 247443-12<br>DSM NUTRITIONAL PRODUCTS INC<br>75 REMITTANCE DRIVE, SUITE 3043<br>CHICAGO, IL 60675-3043 | CREDITOR ID: 247444-12<br>DSPS<br>1329 BRIGHTLEAF BLVD, SUITE B-1<br>SMITHFIELD NC 27577 |
| CREDITOR ID: 248535-12<br>DSR MARKETING SYSTEMS INC<br>108 WILMOT RD SUITE 245<br>DEERFIELD IL 60015 | CREDITOR ID: 248536-12<br>DT GRANTHAM TRUCKING<br>PO BOX 94<br>GOLDSBORO NC 27530 | CREDITOR ID: 248537-12<br>DTA RECOVERY<br>5173 WARING ROAD # 38<br>SAN DIEGO CA 92120-2705 |
| CREDITOR ID: 248538-12<br>DTN CORPORATION<br>PO BOX 3546<br>OMAHA NE 68103-0546 | CREDITOR ID: 248539-12<br>DU PONT COMPANY<br>PO BOX 905552<br>CHARLOTTE NC 28290-5552 | CREDITOR ID: 387795-54<br>DUARTE, MAGDELENA<br>13930 SW 52ND TERRACE<br>MIAMI FL 33175 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 377047-44
DUBERRY, SHAWN
809 S W 8TH COURT
CAPE CORAL, FL 33991

CREDITOR ID: 400147-86
DUBIEL, TERESA A.
1605 RALEIGH AVE
HOLLEY  HILL  FL 32117

CREDITOR ID: 248540-12
DUBLIN LAURENS COUNTY
CHAMBER OF COMMERCE
PO BOX 818
DUBLIN, GA 31040

CREDITOR ID: 406589-MS
DUBNICK, RICHARD L.
10133 VINEYARD LAKE DRIVE E.
JACKSONVILLE FL 32256

CREDITOR ID: 248541-12
DUBOIS CHEMICALS
DEPT. 90301
PO BOX 67000
DETROIT MI 48267-0903

CREDITOR ID: 394230-56
DUBOUR, JOHN
850 NE 12 AVENUE
HALLANDALE, FL 33009

CREDITOR ID: 387453-54
DUBRAY, GRACE
2301 E KALEY AVE
ORLANDO FL 32806

CREDITOR ID: 391989-55
DUBRAY, GRACE
C/O CELIA MENDEZ, ESQ.
CELIA MENDEZ
P.O. BOX 1427
MAITLAND FL 32751

CREDITOR ID: 248542-12
DUBROC WELDING
2988 HWY 114
HESSMER, LA 71341

CREDITOR ID: 244780-12
DUBY, CATHY
8601 BEACH BLVD # 919
JACKSONVILLE, FL 32216

CREDITOR ID: 248543-12
DUCAT CELLERS INC
PO BOX 526303
MIAMI FL 33152-6303

CREDITOR ID: 400674-91
DUCHARME, DONALD D
1445 TYLER ST.
HOLLYWOOD FL 33020

CREDITOR ID: 393512-55
DUCHOW, MARY S
C/O STEVEN GODDARD
MORGAN, COLLING & GILBERT, P.A.
P.O. BOX 9504
FT. MYERS FL 33906

CREDITOR ID: 389996-54
DUCHOW, MARY S
2552 NE TURNER AVE
LOT 91
ARCADIA FL 34266

CREDITOR ID: 399494-82
DUCINVIL, THERAMENE C.
2541 SW 10TH STREET
BOYNTON  BEACH  FL 33426

CREDITOR ID: 248544-12
DUCK BARNES 60 MINIT CLEANERS
905 BAYTREE RD
VALDOSTA, GA 31602

CREDITOR ID: 1277-07
DUCKWORTH MORRIS REALTY
AS AGENT FOR ESSEX SQUARE INVESTING
PO BOX 1999
TUSCALOOSA, AL 35403-1999

CREDITOR ID: 248545-12
DUCKWORTH MORRIS REALTY
AS AGENTS FOR
ESSEX SQUARE INVESTING
PO BOX 1999
TUSCALOOSA, AL 35403-1999

CREDITOR ID: 406590-MS
DUCOTE, DAVID J
1628 MAPLEWOOD DRIVE
HARVEY LA 70058-3543

CREDITOR ID: 248546-12
DUCTBUSTERS
3785 SILVER STAR ROAD
ORLANDO FL 32808

CREDITOR ID: 266995-31
DUCWORTH WASTE WATER TREATMENT
ATTN: SCOTT HANKS
1408 COOLEY BRIDGE RD
BELTON SC 29627-9202

CREDITOR ID: 383143-99
DUDA GROUP OF PACA CREDITORS
C/O MEUERS LAW FIRM PL
ATTN: LAWRENCE H MEUERS
5395 PARK CENTRAL COURT
NAPLES FL 34109

CREDITOR ID: 388202-54
DUDIC, MUHAREM
752 87TH AVE N.
SAINT PETERSBURG FL 33702

CREDITOR ID: 392417-55
DUDIC, MUHAREM
C/O: JULIAN PIPER, ESQ
PIPER, LUDIN, HOWIE & WENER
5720 CENTRAL AVE
ST. PETERSBURG FL 33707

CREDITOR ID: 381673-47
DUDLEY A BARINGER MD
120 HEALTH PARK BLVD
ST AUGUSTINE, FL 32086

CREDITOR ID: 248547-12
DUDLEY C JACKSON INC
PO BOX 261
HELENA INDUSTRIAL PARK
HELENA, AL 35080

CREDITOR ID: 384141-47
DUDLEY, GEORGE W
1723 LAMAR HIGHWAY
DARLINGTON, SC 29532

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406591-MS<br>DUDLEY, LEATON C.<br>PO BOX 152<br>HARKERS ISLAND NC 28531 | CREDITOR ID: 391971-55<br>DUFECK, PATRICIA A<br>C/O BALES & WEINSTEIN<br>ATTN MICHAEL BLICKENSDERFER, ESQ<br>11300 FOURTH ST<br>SUITE 117<br>ST PETERSBURG FL 33716 | CREDITOR ID: 387420-54<br>DUFECK, PATRICIA A<br>5611 SOUTH DELILA POINT<br>HOMOSASSA, FL 34446 |
| CREDITOR ID: 248548-12<br>DUFEK SALES<br>12746 SHINNE COCK COURT<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 243690-12<br>DUFEK, BOB<br>DBA DUFEK SALES<br>12746 SHINNE COCK COURT<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 406592-MS<br>DUFEK, ROBERT H.<br>12746 SHINNECOCK CT.<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 393236-55<br>DUFFY, JANIE S<br>C/O: ALFRED CORRIERE<br>VANSANT, CORRIERE, & MCCLURE<br>PO BOX 346<br>ALBANY GA 31702-0346 | CREDITOR ID: 389564-54<br>DUFFY, JANIE S<br>99 NORTH MADISON ST.<br>PO BOX 3<br>ALBANY, GA 31702 | CREDITOR ID: 374791-44<br>DUFRENE, EDITH<br>NOL DIV STORE# 1534<br>28 DURFRENE LANE<br>TYLERTOWN, MS 39667 |
| CREDITOR ID: 256862-12<br>DUFRENE, NADINE<br>309 SOUTH JAMIE BLVD<br>AVONDALE, LA 70094 | CREDITOR ID: 248549-12<br>DUFROCQ ELEMENTARY<br>330 S 19TH<br>BATON ROUGE, LA 70806 | CREDITOR ID: 406593-MS<br>DUGGAR, BRUCE<br>8176 JAMAICA RD. SOUTH<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 248550-12<br>DUGGERS SEPTIC CLEANING<br>800 HANCOCK AVE<br>CORBIN, KY 40701 | CREDITOR ID: 388093-54<br>DUHE, ANDREW (MINOR)<br>904 AVE C<br>WESTWEGO, LA 70094 | CREDITOR ID: 260982-12<br>DUHE, SHIRLEY<br>8104 FERRARA DRIVE<br>HARAHAN, LA 70123-4437 |
| CREDITOR ID: 399262-69<br>DUKE ENERGY CORPORATION<br>526 S CHURCH<br>CHARLOTTE, NC 28242 | CREDITOR ID: 399289-15<br>DUKE ENERGY CORPORATION<br>ATTN YVONNE CRENSHAW<br>PO BOX 1244<br>CHARLOTTE NC 28201-1244 | CREDITOR ID: 248551-12<br>DUKE M HEMENWAY<br>3263 WARD PINEVIEW ROAD<br>LUCEDALE MS 39452 |
| CREDITOR ID: 297-03<br>DUKE POWER CO.<br>ATTN: YVONNE CRENSHAW<br>422 SOUTH CHURCH STREET<br>CHARLOTTE NC 28242 | CREDITOR ID: 248553-12<br>DUKE POWER COMPANY<br>PO BOX 70515<br>CHARLOTTE, NC 28272-0515 | CREDITOR ID: 399495-82<br>DUKE, HUGH<br>2001 WHITNEY AVENUE<br>ALBANY  GA 31707 |
| CREDITOR ID: 392054-55<br>DUKE, HUGH<br>C/O: BILLY C. MATHIS, JR.<br>BILLY C. MATHIS<br>411 WEST TIFT AVE<br>ALBANY GA 31701 | CREDITOR ID: 241876-12<br>DUKES, ALBERT<br>1522 SAVANAH PLACE, APT 305<br>DURHAM NC 27713 | CREDITOR ID: 244093-12<br>DUKESHIER, BRUCE<br>WINN DIXIE LOGISTICS % STEVE COKER<br>2819 WADE HAMPTON BLVD<br>TAYLORS SC 29687 |
| CREDITOR ID: 389827-54<br>DULITZ, GALEN<br>8320 WINDY PINES LANE<br>JACKSONVILLE FL 32244 | CREDITOR ID: 387148-54<br>DUMAY, EVELYN<br>1046 NW 6TH AVE. #1<br>FT. LAUDERDALE, FL 33311 | CREDITOR ID: 391733-55<br>DUMAY, EVELYN<br>C/O: MICHAEL AHEARN<br>LAW OFFICES OF MICHAEL G. AHEARN, PA<br>2850 N. ANDREWS AVE.<br>FT. LAUDERDALE FL 33311 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394296-56<br>DUMOVICH, JOE<br>533 WEST OCALA STREET<br>UMATILLA FL 32784 | CREDITOR ID: 377367-44<br>DUMPLIN SHOPPE<br>PO BOX 267<br>HAZLEHURST, GA 31539 | CREDITOR ID: 243034-12<br>DUNAHUGH, BARBARA<br>1543 RED BUD COURT<br>ORANGE PARK, FL 32073 |
| CREDITOR ID: 385394-54<br>DUNAY, ANTHONY J<br>9175 ADMIRAL ST.<br>BROOKSVILLE, FL 34613 | CREDITOR ID: 390701-55<br>DUNAY, ANTHONY J<br>C/O JAMES D. ARNOLD, JR., ESQ.<br>MORGAN, COLLING & GILBERT, TAMPA PA<br>101 E. KENNEDY BLVD., #1790<br>TAMPA FL 33602 | CREDITOR ID: 386112-54<br>DUNBAR, ARNETTE<br>6870 103RD STREET, APT 207<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 248554-12<br>DUNCAN ASPHALT SEALCOATING<br>PO BOX 695<br>GARDENDALE AL 35071 | CREDITOR ID: 381808-48<br>DUNCAN AVIATION INC<br>ATTN DOUG KVASSAY<br>PO BOX 81887<br>LINCOLN AIRPORT<br>LINCOLN NE 68501 | CREDITOR ID: 386754-54<br>DUNCAN, DANNY<br>234 N COUNTY LINE RD<br>SYLVESTER GA 31791 |
| CREDITOR ID: 385277-54<br>DUNCAN, DAVID<br>610 DOUGLAS ST #406<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 390585-55<br>DUNCAN, DAVID<br>C/O LAW OFFICES OF JOHN OCCHIPINTI<br>ATTN ARTHUR O'KEEFE, ESQ<br>111 VETERANS BLVD, SUITE 360<br>METAIRIE LA 70005 | CREDITOR ID: 406594-MS<br>DUNCAN, MARY<br>333 SIOUX DR.<br>ABITA SPRINGS LA 70420 |
| CREDITOR ID: 261976-12<br>DUNCAN, STEVE<br>2058 WAXMYRTLE COURT<br>ORANGE PARK, FL 32073 | CREDITOR ID: 385383-54<br>DUNCAN, SUSAN<br>7482 DEEPWOOD DR NORTH<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 390691-55<br>DUNCAN, SUSAN<br>C/O ELLIS W. PEETLUK, ESQ.<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 248555-12<br>DUNDEE AMERIGAS<br>1001 US HWY 27 N<br>DUNDEE, FL 33838-4155 | CREDITOR ID: 248556-12<br>DUNDEE MEDICAL WALK IN CLINIC PA<br>28055 HIGHWAY 27 SOUTH<br>DUNDEE, FL 33838 | CREDITOR ID: 248557-12<br>DUNDEE MEDICAL WALK IN DUN<br>13911 LAKESHORE BLVD, SUITE G<br>HUDSON, FL 34667 |
| CREDITOR ID: 245316-12<br>DUNHAM, CHRISTINA E<br>4750 MEADOW DRIVE<br>ST CLOUD FL 34772-0791 | CREDITOR ID: 244687-12<br>DUNIGAN, CARRIE<br>1812 WINNSBORO ROAD<br>BIRMINGHAM, AL 35213 | CREDITOR ID: 406595-MS<br>DUNLAP, LARRY<br>126 BIARCLIFF RD.<br>CENTRAL SC 29630 |
| CREDITOR ID: 256218-12<br>DUNLAP, MICHAEL<br>11121 SEVILLA COURT<br>CHARLOTTE NC 28226 | CREDITOR ID: 390490-54<br>DUNLAP, WYNONA G<br>3066 BAILEY TERRACE N.E.<br>PALM BAY FL 32905 | CREDITOR ID: 248558-12<br>DUNN FIRE DEPARTMENT<br>102 N POWELL AVE<br>DUNN, NC 28334 |
| CREDITOR ID: 406596-MS<br>DUNN, DAVID<br>419 CECIL RD.<br>WENDELL NC | CREDITOR ID: 406102-15<br>DUNN, JAMES T<br>3400 NORTH OCEAN DRIVE APT 907<br>WEST PALM BEACH FL 33404 | CREDITOR ID: 400542-88<br>DUNN, MARY<br>C/O CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 385382-54
DUNN, PATRICIA
66 STEVE CHASON ROAD
CRAWFORDVILLE, FL 32327

CREDITOR ID: 386206-54
DUNN, PATRICIA
4601 EVERGREEN LAKE ROAD
NAPLES FL 34112

CREDITOR ID: 391351-55
DUNN, PATRICIA
C/O: DALE E. KROUT, JR.
5051 CASTELLO DR., #202
NAPLES, FL 34103

CREDITOR ID: 390690-55
DUNN, PATRICIA
C/O: RICHARD W. RENO, P.A.
RICHARD W. RENO, P.A.
P. O. BOX 368
CRAWFORDVILLE FL 32326-0368

CREDITOR ID: 387362-54
DUNN, TAMI
PO BOX 802
NAPLES, FL 34106

CREDITOR ID: 381378-47
DUNN, VEOLA
PO BOX 691
LEHIGH ACRES, FL 33970

CREDITOR ID: 406597-MS
DUNN, WESLEY L
6556 VINTAGE RIDGE LN
FUQUAY VARINA NC 27526

CREDITOR ID: 248559-12
DUNNS FLORIST INC
814 EAST MAIN STREET
PRATTVILLE, AL 36067

CREDITOR ID: 248560-12
DUNNS PACKING CO
PO BOX 736
SPARTA, GA 31087

CREDITOR ID: 387398-54
DUNSON, CLARA
PO BOX 609123
ORLANDO, FL 32810

CREDITOR ID: 391960-55
DUNSON, CLARA
C/O: EBEN C. SELF
MORGAN, COLLING & GILBERT PA
PO BOX 9504
FORT MYERS FL 33906

CREDITOR ID: 248561-12
DUNSTAN BANAFOE
311 SOUTH LA SALLE STREET
APT 1-K
DURHAM NC 27705

CREDITOR ID: 385982-54
DUONG, THANH T
4833 TREVES STREET
NEW ORLEANS, LA 70129

CREDITOR ID: 373583-44
DUPLANTIS, ALFRED
5064 BAYOUSIDE DR
CHAUVIN, LA 70344

CREDITOR ID: 248562-12
DUPLICATOR SALES
831 EAST BROADWAY
LOUISVILLE KY 40204

CREDITOR ID: 266996-14
DUPLIN COUNTY
ATTN: GARY ROSE
118 DUPLIN ST
KENANSVILLE NC 28349

CREDITOR ID: 266997-31
DUPLIN COUNTY
ATTN: SONNY SIKES
260 AIRPORT RD
KENANSVILLE NC 28349-8951

CREDITOR ID: 266998-31
DUPLIN COUNTY RECYCLING CENTER
ATTN: HARRISON LANIER
148 NICODEMUS KORNEGAY LN
ALBERTSON NC 28508-9469

CREDITOR ID: 248563-12
DUPLIN COUNTY TAX COLLECTOR
PO BOX 968
KENANSVILLE NC 28349

CREDITOR ID: 248564-12
DUPONT DISTRIBUTION INC
425 YE OLE COUNTRY ROAD
LOTA, LA 70543

CREDITOR ID: 387943-54
DUPONT, PAM
P.O. BOX 270
GEORGETOWN, FL 32139

CREDITOR ID: 392226-55
DUPONT, PAM
C/O: TERRILL HILL
TERRILL L. HILL
700 REID ST
SUITE B
PALATKA FL 32177

CREDITOR ID: 243955-12
DUPREE, BRIAN
3611 CARRIAGE GLEN WAY
DACULA GA 30019

CREDITOR ID: 389219-54
DUPREE, LOUISE
5839 MAGNOLIA STREET NORTH
ST. PETERSBURG FL 33703

CREDITOR ID: 385270-54
DUPREE, ROCHELLE
9791 RIVERSIDE DRIVE
CORAL SPRINGS, FL 33071

CREDITOR ID: 390578-55
DUPREE, ROCHELLE
C/O LAW OFFICE OF LEE D SARKIN
ATTN LEE D SARKIN ESQ
855 SOUTH FEDERAL HWY SUITE 212
BOCA RATON FL 33432

CREDITOR ID: 315756-40
DUPUIS, CARL
PO BOX 1863
PANAMA  CITY, FL 32402

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 374854-44<br>DUPUY, EUGENE<br>NOL DIV STORE# 1588<br>3313 SUGARMILL ROAD<br>KENNER LA 70063 | CREDITOR ID: 406598-MS<br>DUPUY, EUGENE P<br>3313 SUGARMILL ROAD<br>KENNER LA 70065 | CREDITOR ID: 248565-12<br>DURACO INDUSTRIES INC<br>PO BOX 6127<br>JACKSON MS 39288-6127 |
| CREDITOR ID: 248566-12<br>DURAFLAME<br>PO BOX 60000<br>FILE 22215<br>SAN FRANCISCO CA 94160-2215 | CREDITOR ID: 248567-12<br>DURALINE IMAGING INC<br>PO BOX 1763<br>FLAT ROCK NC 28731 | CREDITOR ID: 385595-54<br>DURAN, AMERICA<br>5005 WILES RD #2/105<br>COCONUT CREEK, FL 33073 |
| CREDITOR ID: 390887-55<br>DURAN, AMERICA<br>C/O THOMAS & PEARL, PA<br>ATTN CHARLES MANCUSO, ESQ<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 385451-54<br>DURAN, ANA<br>7305 W 14TH AVE<br>HIALEAH, FL 33014 | CREDITOR ID: 390753-55<br>DURAN, ANA<br>C/O: LAWRENCE FRESHMAN, ATTY.<br>FRESHMAN, FRESHMAN, & TRAITZ, PA.<br>9155 S. DADELAND BLVD. #1014<br>MIAMI FL 33156 |
| CREDITOR ID: 250589-12<br>DURAN, GIOVANA D<br>PO BOX 173971<br>MIAMI LAKES, FL 33017 | CREDITOR ID: 386293-54<br>DURAND, LINDA<br>3320 MILWAUKEE AVENUE<br>W MELBOURNE FL 32904 | CREDITOR ID: 386293-54<br>DURAND, LINDA<br>C/O GRAY & CURRAN, LC<br>2200 S BABCOCK STREET<br>MELBOURNE FL 32901 |
| CREDITOR ID: 391404-55<br>DURAND, LINDA<br>C/O: ROBERT C. GRAY,P.A.<br>ROBERT C. GRAY ATTORNEY AT LAW<br>1674 W. HIBISCUS BOULEVARD<br>MELBOURNE FL 32901 | CREDITOR ID: 248568-12<br>DURDEN MEDICAL CLINIC<br>ATTN CHARLES H DURDEN MD<br>PO BOX 480<br>FITZGERALD, GA 31750-0480 | CREDITOR ID: 406599-MS<br>DURDEN, GEROUDE W.<br>1523 SHARON HILL DR.<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 376617-44<br>DURDEN, PICCOLA<br>ORL DIV STORE# 2314<br>4510 EVERGLADES ST<br>COCOA, FL 32927 | CREDITOR ID: 388802-54<br>DURDEN, WILLIAM<br>106 HILLCREST DR<br>POMONA PARK, FL 32181 | CREDITOR ID: 392757-55<br>DURDEN, WILLIAM<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 400681-91<br>DURDEN, WILLIAM R<br>151 LITTLE JOHN ST<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 248569-12<br>DURHAM & SONS INC<br>1973 GUAVA AVENUE<br>MELBOURNE, FL 32935 | CREDITOR ID: 266999-31<br>DURHAM CITY COUNTY PLANNING<br>ATTN: FRANK DUKE<br>101 CITY HALL PLZ<br>DURHAM NC 27701-3329 |
| CREDITOR ID: 248571-12<br>DURHAM COCA COLA BOTTLING CO<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 | CREDITOR ID: 315671-36<br>DURHAM COCA-COLA BOTTLING COMPANY<br>C/O LLEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>PO BOX 2627<br>DURHAM NC 27705 | CREDITOR ID: 248574-12<br>DURHAM HERALD SUN<br>2828 PICKETT ROAD<br>DURHAM, NC 27702 |
| CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK, VA 23501 | CREDITOR ID: 399392-99<br>DURHAM PLAZA ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES, PC<br>ATTN: PAUL K CAMPSEN, ESQ<br>150 MAIN STREET (23510)<br>PO BOX 3037<br>NORFOLK VA 23514 | CREDITOR ID: 267000-31<br>DURHAM SOLID WASTE OPER<br>ATTN: DAVID MCCARY<br>1833 CAMDEN AVE<br>DURHAM NC 27704-4615 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386375-54<br>DURHAM, CHRISTINE<br>536 CHEROKEE TRAIL<br>KELLER TX 76248-2333 | CREDITOR ID: 248355-12<br>DURHAM, DONNA<br>PO BOX 585253<br>ORLANDO, FL 32858-5253 | CREDITOR ID: 406600-MS<br>DURHAM, DOUGLAS<br>108 SOUTH 7TH ST.<br>EASLEY SC 29640 |
| CREDITOR ID: 377543-44<br>DURIO, TRACY<br>24879 HWY 1037<br>SPRINGFIELD, LA 70462 | CREDITOR ID: 248576-12<br>DURO BAG MFG<br>PO BOX 630115<br>CINCINNATI, OH 45263-0115 | CREDITOR ID: 248577-12<br>DURO FLEX RUBBER CO INC<br>13215 LAKELAND ROAD<br>SANTA FE SPRINGS CA 90670 |
| CREDITOR ID: 403464-99<br>DURO-BAG MANUFACTURING CO<br>C/O TAFT STETTINIUS ET AL<br>ATTN: RICHARD L FERRELL, ESQ<br>425 WALNUT ST, STE 1800<br>CINCINNATI OH 45202-3957 | CREDITOR ID: 248578-12<br>DURON PAINTS AND WALLCOVERINGS<br>PO BOX 651<br>BELTSVILLE MD 20704-0651 | CREDITOR ID: 388761-54<br>DURRANCE, DEBBIE<br>PO BOX 3632<br>MOULTRIE GA 31776-3632 |
| CREDITOR ID: 387785-54<br>DURRANCE, TIMOTHY<br>409 MASS. AVE<br>ST CLOUD FL 34769 | CREDITOR ID: 248579-12<br>DUSTIN E CHASTAIN<br>151 FOX RUN LANE<br>STANLEY NC 28164 | CREDITOR ID: 400537-88<br>DUTAIR, CLAUDETE M<br>C/O LINDA L SCHWICHTENBERG, PA<br>ATTN LINDA L SCHWICHTENBERG, ESQ<br>PO BOX 1567<br>ORLANDO FL 32802 |
| CREDITOR ID: 399951-84<br>DUTAIR, CLAUDETE M<br>1531 AMERICANA BLVD #13-H<br>ORLANDO FL 32839 | CREDITOR ID: 248583-12<br>DUTCH MAID BAKERY INC<br>50 PARK STREET<br>DORCHESTER MA 02122 | CREDITOR ID: 248584-12<br>DUTCH PACKING COMPANY<br>ATTN VICTOR R RODRIGUEZ, VP<br>4115 NW 28TH ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 248585-12<br>DUTCHY D MITCHELL<br>6119 PINENEEDLE DRIVE<br>COVINGTON GA 30014 | CREDITOR ID: 244948-12<br>DUTTON, CHAD<br>1221 KING ARTHUR CIRCLE<br>ALABASTER, AL 35007 | CREDITOR ID: 248586-12<br>DUVAL ASPHALT PRODUCTS<br>7544 PHILLIPS HWY<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 248587-12<br>DUVAL CONTAINER CO<br>PO BOX 41006<br>JACKSONVILLE FL 32203-1006 | CREDITOR ID: 248590-12<br>DUVAL ELECTRIC AND BREAKER SALES<br>9595 SUNBEAM CENTER DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 248591-12<br>DUVAL JANITOR SERVICE INC<br>ATTN TIMOTHY C KING, VP<br>4301 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 404581-95<br>DUVAL JANITOR SERVICE INC<br>P O BOX 8 ORTEGA STATION<br>JACKSONVILLE FL 32210-0008 | CREDITOR ID: 248592-12<br>DUVALL & ASSOCIATES<br>PO BOX 707<br>CLAYTON, GA 30525-0707 | CREDITOR ID: 376888-44<br>DUVALL, ROSEMARY<br>PO BOX 13297<br>EAST DUBLIN, GA 31027 |
| CREDITOR ID: 248593-12<br>DVDPLAY INC<br>750 UNIVERSITY AVENUE<br>SUITE 280<br>LOS GATOS CA 95032 | CREDITOR ID: 386041-54<br>DVORCHAK, ELEANOR<br>36346 MONROE DRIVE<br>ZEPHYRHILLS, FL 33541 | CREDITOR ID: 247445-12<br>DW MONTGOMERY COMPANY<br>608 MANATEE DRIVE<br>SATELLITE BEACH FL 32937 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247446-12<br>DW TRUCKING INC<br>7738 OTT WILLIAMS ROAD<br>CLERMONT FL 34711 | CREDITOR ID: 248594-12<br>DWANA S BETTS<br>841 SW 4TH AVENUE<br>POMPANO BEACH FL 33060 | CREDITOR ID: 248596-12<br>DWAYNE BALLARD<br>6958 NOBLE AVENUE<br>CINCINNATI OH 45239 |
| CREDITOR ID: 381413-47<br>DWAYNE L BROWN<br>1399 MARSH HEN DRIVE<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 248598-12<br>DWAYNE L LLOYD<br>7924 DAHLIA AVENUE<br>TAMPA FL 33619 | CREDITOR ID: 248599-12<br>DWIGHT D MYRICKS<br>1753 WILLOW WIND CIRCLE<br>BIRMINGHAM AL 35215 |
| CREDITOR ID: 247450-12<br>D-XPRESS LAWNS & MORE LLC<br>11809 US HIGHWAY 60E<br>LEWISPORT, KY 42351 | CREDITOR ID: 386210-54<br>DYALS, JOSEPH<br>2276 CIDAR TRACE CIRCLE<br>TAMPA FL 33613 | CREDITOR ID: 391354-55<br>DYALS, JOSEPH<br>C/O: BRIAN J. ANTHONY, ESQUIRE<br>BRIAN J. ANTHONY<br>816 W. DR. MLK JR. BLVD<br>TAMPA FL 33603 |
| CREDITOR ID: 264033-12<br>DYAR, VANN<br>21938 AL HWY 33<br>MOULTON, AL 35650 | CREDITOR ID: 374765-44<br>DYBA, KATHARINE, E<br>412 JENNIFER LANE<br>EUSTIS, FL 32726 | CREDITOR ID: 374766-44<br>DYCO<br>6951 NAUS WAY<br>BLOOMSBURG, PA 17815 |
| CREDITOR ID: 404583-95<br>DYCO INC<br>PO BOX 66<br>BERWICK PA 18603 | CREDITOR ID: 248600-12<br>DYCO INC<br>ATTN MIKE STEIN, CFO<br>6951 NAUS WAY<br>BLOOMSBURG, PA 17815 | CREDITOR ID: 248966-12<br>DYE, EMMIT<br>121 CR 2110<br>MERIDIAN, TX 76665 |
| CREDITOR ID: 385899-54<br>DYER, JUDY<br>1017 DRESDEN AVE<br>LOUISVILLE, KY 40215 | CREDITOR ID: 391142-55<br>DYER, JUDY<br>C/O: JOSEPH T PEPPER, ESQ<br>PEPPER LAW OFFICE<br>401 WEST MAIN ST<br>SUITE 710<br>LOUISVILLE KY 40202-2928 | CREDITOR ID: 248601-12<br>DYERS<br>233 S HAMILTON ST<br>EDEN NC 27288-5667 |
| CREDITOR ID: 389588-54<br>DYESS, H.R.<br>ATTN HOLLIS R DYESS<br>2042 NORTH DR<br>BILOXI, MS 39531 | CREDITOR ID: 388776-54<br>DYKHUIZEN, DOREEN<br>8681 OLIVERA STREET<br>NAVARRE FL 32566 | CREDITOR ID: 248602-12<br>DYLAN O PAYNES<br>5608 LEMONWOOD DRIVE<br>BATON ROUGE LA 70805 |
| CREDITOR ID: 248603-12<br>DYNA PRINT INC<br>PO BOX 3634<br>HOLLYWOOD FL 33083-3634 | CREDITOR ID: 248604-12<br>DYNA-LIFT INC<br>PO BOX 1348<br>MONTGOMERY, AL 36102-1348 | CREDITOR ID: 248605-12<br>DYNAMIC CHEMICAL PRODUCTS<br>PO BOX 960085<br>MIAMI FL 33296 |
| CREDITOR ID: 248606-12<br>DYNAMIC NUTRITIONAL LTD<br>1131A LESLIE STREET, SUITE 210<br>TORONTO, ON M3C 3L8<br>CANADA | CREDITOR ID: 248607-12<br>DYNAMIC SCAN INC<br>PO BOX 22544<br>WEST PALM BEACH, FL 33416 | CREDITOR ID: 404584-95<br>DYNAMIC SCAN INC<br>1401 ALLENDALE ROAD SUITE D<br>WEST PALM BEACH FL 33405 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248608-12<br>DYNAMIC SOLUTIONS<br>4791 GRESHAM CIRCLE<br>LILBURN, GA 30047 | CREDITOR ID: 248609-12<br>DYNO MERCHANDISE CORP<br>PO BOX 12055<br>NEWARK, NJ 07101 | CREDITOR ID: 404585-95<br>DYNO MERCHANDISE CORP<br>PO BOX 10409<br>POMPANO BEACH FL 330610409 |
| CREDITOR ID: 278877-30<br>DYSON FLORAL DISTRIBUTOR<br>PO BOX 83017<br>BATON ROUGE, LA 70809 | CREDITOR ID: 404586-95<br>DYSON FLORAL DISTRIBUTOR<br>6230 HOLLYFIELD DR<br>BATON ROUGE LA 70809 | CREDITOR ID: 248620-12<br>E M CAYENNE<br>JACKSONVILLE SHERIFFS OFFICE<br>501 W BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 248623-12<br>E SAM JONES DISTRIBUTOR INC<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 248624-12<br>E SMITH PLUMBING INC<br>1072 BELLE TERRE DRIVE<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 404587-95<br>E T BROWNE DRUG CO INC<br>P O BOX 11642<br>NEWARK NJ 07101-4642 |
| CREDITOR ID: 278453-24<br>E&A ACQUISITION TWO LP<br>900 BANK OF AMERICA PLAZA<br>1901 MAIN STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>OAKWOOD SQUARE<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, STE 900<br>ATLANTA GA 30305-1753 |
| CREDITOR ID: 248614-12<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C/O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 |
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP<br>D/B/A RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 |
| CREDITOR ID: 1279-07<br>E&A SOUTHEAST LP<br>C/O BALDWIN SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 248612-12<br>E&A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 248629-12<br>E&B GIFTWARE LLC<br>ATTN JOHN SERVIDIO, COLLECTION MGR<br>4 EXECUTIVE PLAZA<br>YONKERS NY 10701 | CREDITOR ID: 248630-12<br>E&E HOSIERY INC<br>10 WEST 33RD STREET<br>SUITE 702<br>NEW YORK NY 10001 | CREDITOR ID: 248613-12<br>E&M METAL FABRICATION<br>1375 HARDIN AVENUE<br>SARASOTA FL 34243 |
| CREDITOR ID: 248615-12<br>E&M SHEETMETAL INC<br>PO BOX 956<br>BRANDON, MS 39043 | CREDITOR ID: 404588-95<br>EADS TELECOM NORTH AMERICA<br>2811 INTERNET BLVD MS 2N5<br>FRISCO TX 75034-1851 | CREDITOR ID: 248631-12<br>EADS TELECOM NORTH AMERICA<br>PAID THREW P CARD<br>PO BOX 911790<br>DALLAS, TX 75391-1790 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:** **05-03817-3F1**

CREDITOR ID: 387445-54
EADS, DOUGLAS
PO BOX 91
GEORGETOWN IN 47122-9407

CREDITOR ID: 403510-15
EAGLE BRANDS, INC
ATTN MANUEL KADRE, ESQ
3201 NW 72 AVENUE
MIAMI FL 33122

CREDITOR ID: 248632-12
EAGLE BRANDS, INC
3201 MILAM DAIRY ROAD
MIAMI, FL 33122

CREDITOR ID: 279048-99
EAGLE CREEK COMMERCIAL COMPANY INC
C/O ICE MILLER
ATTN: H EFROYMSON/M BOGDANOWICZ
ONE AMERICAN SQUARE
BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 248633-12
EAGLE EYE DISTRIBUTORS
4050 E LINCOLN ROAD
IDAHO FALLS, ID 83401

CREDITOR ID: 248634-12
EAGLE FAMILY FOODS INC
21195 NETWOK PLACE
CHICAGO, IL 60673-1211

CREDITOR ID: 248635-12
EAGLE FINANCE CORP OF DELAWARE
1795 N BUTTERFIELD RD
LIBERTYVILLE, IL 60048

CREDITOR ID: 248636-12
EAGLE GLOBAL LOGISTICS
PO BOX 844650
DALLAS TX 75284-4650

CREDITOR ID: 248637-12
EAGLE HARBOR INVESTORS LLC
506 45TH ST SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 248638-12
EAGLE MOTOR FREIGHT
ATTN: JOE LIPINSKY, MGR
PO BOX 11224
MONTGOMERY, AL 36111-1224

CREDITOR ID: 248639-12
EAGLE MOTOR LINES
148 41ST AVENUE WEST
BIRMINGHAM AL 35207

CREDITOR ID: 381083-47
EAGLE ONE COURIER
1909 UNIVERSITY BLVD S, SUITE 202
JACKSONVILLE, FL 32216

CREDITOR ID: 248640-12
EAGLE PARTS INC
1411 MARVIN GRIFFIN RD
AUGUSTA GA 30906

CREDITOR ID: 248641-12
EAGLE PLASTICS & RUBBER CO
4809 COPPERFIELD DR
PO BOX 6145
GASTONIA, NC 28056

CREDITOR ID: 248642-12
EAGLE QUALITY PRODUCTS
411 N SAMHOUSTON PKWY E
SUITE 300
HOUSTON, TX 77060

CREDITOR ID: 267001-31
EAGLE WASTE MANGEMENT INC
ATTN: MONROE DUNN
1860 WALL RD
MONROE GA 30656-4888

CREDITOR ID: 248643-12
EAGLES CANCER UNIT AT GLENEAGLES
15326 STRATHEARN DRIVE
DELRAY BEACH FL 33446

CREDITOR ID: 385929-54
EAGLIN, GLENDA
128 ALDEN PLACE
NEW ORLEANS, LA 70119

CREDITOR ID: 391164-55
EAGLIN, GLENDA
C/O LAW OFFICE OF FORD T HARDY, JR.
ATTN FORD T HARDY, JR., ESQ
839 SAINT CHARLES AVENUE, SUITE 312
NEW ORLEANS LA 70130

CREDITOR ID: 381687-47
EALY, ALICIA I
1531 SPAIN STREET
NEW ORLEANS, LA 70117

CREDITOR ID: 384101-47
EAMES DOCK EQUIP SALES & SVCE, INC
ATTN BUSINESS MGR DEPT
PO BOX 505
GRIFFIN, GA 30224

CREDITOR ID: 397354-15
EAMES DOCK EQUIP SALES & SVCE, INC
ATTN THERESA OR JAMES EAMES
1274 HIGHWAY 124
HOSCHTON GA 30548

CREDITOR ID: 388406-54
EARDLEY, MARGO
300 BILL MOUCHET RD
STARR, SC 29684

CREDITOR ID: 392505-55
EARDLEY, MARGO
C/O EPPS & NELSON
ATTN SAMANTHA NELSON, ESQ
230 W WHITNER STREET
PO BOX 2167
ANDERSON SC 29622

CREDITOR ID: 248645-12
EARL DUKES BAR B QUE
PO BOX 2885
ORANGEBURG, SC 29116-2885

CREDITOR ID: 248646-12
EARL E BALLARD
1201 SOUTH H
HUGO OK 74743

CREDITOR ID: 248647-12
EARL J DOESCHER & CO
305 MEHLE AV DRAWER D
ARABI, LA 70032

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                         **CASE:** 05-03817-3F1

CREDITOR ID: 248648-12
EARL K WOOD TAX COLLECTOR
PO BOX 2551
ORLANDO FL 32802

CREDITOR ID: 248649-12
EARL MOHAN INSTALLATION
600 NORTH W 3RD COURT
HALLANDALE, FL 33009

CREDITOR ID: 248650-12
EARLINE BENSON
109 DESIREE DRIVE
CANTON MS 39046

CREDITOR ID: 248651-12
EARLY BYRUM LAWN SERVICE
PO BOX 401
HOUSTON, MS 38851

CREDITOR ID: 267002-31
EARLY LEARNING PROPERTY MGT
ATTN: AUDREY DONATELLI
5830 E PONCE DE LEON AVE
STONE MOUNTAIN GA 30083-1504

CREDITOR ID: 399768-84
EARLY, BENJAMIN (MINOR)
520 DOBBINS RD
ELLENBORO NC 28040

CREDITOR ID: 400238-85
EARLY, BENJAMIN (MINOR)
C/O RALPH W MEEKINS, ATTY
TEDDY & MEEKINS, P.L.L.C.
1219 FALLSTON ROAD
SHELBY NC 28150

CREDITOR ID: 248652-12
EARNEST L BRYANT
1976 LINCOLN AVENUE
HENDERSON NC 27536

CREDITOR ID: 248653-12
EARNEST MITCHELL
1656 LIZZE ROAD
MERIDIAN MS 39301

CREDITOR ID: 248654-12
EARNEST WILLIAMS JR
PO BOX 441
WALKER LA 70785

CREDITOR ID: 248655-12
EARNESTINE JEFFRIES
2424 CRYSTAL HILLS LP E
LAKELAND FL 33801

CREDITOR ID: 246586-12
EARP, CODY R
232 CEDAR VALLEY ROAD
HUDSON NC 28638

CREDITOR ID: 248656-12
EARTH PAK
PO BOX 102616
ATLANTA, GA 30368

CREDITOR ID: 384102-47
EARTHGRAINS COMPANY
PO BOX 956383
ST LOUIS, MO 63195-6383

CREDITOR ID: 404593-95
EARTHGRAINS COMPANY
WAS PO BOX 101583
CG'D 8-17-99 PER KIM ANDERSON
ATLANTA GA 30394

CREDITOR ID: 248658-12
EARTHGRAINS COMPANY
PO BOX 945624
ATLANTA, GA 30394-5624

CREDITOR ID: 248657-12
EARTHGRAINS COMPANY
111 CORPORATE OFFICE DR# 200
EARTH CITY, MO 63045

CREDITOR ID: 248659-12
EARTHSTONE INTERNATIONAL LLC
555 REPUBLIC DRIVE, SUITE 440
PLANO, TX 75024

CREDITOR ID: 279322-35
EAS
ATTN: MATTHEW J. STICKEL
KOHNER MANN & KAILAS
BAMABAS BUSINESS CENTER
4650 N. PORT WASHINGTON ROAD
MILWAUKEE WI 53212-1059

CREDITOR ID: 407591-15
EAS C/O ABBOTT LABORATORIES
C/O KOHNER MANN & KAILAS, SC
ATTN MATTHEW J STKICKEL ESQ
WA BLDG - BARNABAS BUSINESS CENTER
4650 N PORT WASHINGTON ROAD
MILWAUKEE WI 53212-1059

CREDITOR ID: 404594-95
EAS INC
555 CORPORATE CIRCLE
GOLDEN CO 80401

CREDITOR ID: 248660-12
EAS INC
PO BOX 5011
DENVER, CO 80217-5011

CREDITOR ID: 267003-31
EASLEY COMBINED UTILITIES
ATTN: PAT HINES
408 JORDAN RD
EASLEY SC 29640-1531

CREDITOR ID: 248661-12
EASLEY MECHANICAL INC
111 NEAL STREET
EASLEY, SC 29642

CREDITOR ID: 248662-12
EASLEY PROGRESS
PO BOX 709
EASLEY, SC 29641-0708

CREDITOR ID: 248663-12
EASLEY PUBLICATIONS
PO BOX 709
EASLEY, SC 29641-0709

CREDITOR ID: 390963-55
EASLEY, BLANCA I
C/O EVAN M. FELDMAN, ESQUIRE
LAW OFFICES OF EVAN M. FELDMAN
5975 SUNSET DRIVE
SOUTH MIAMI FL 33143

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 385682-54
EASLEY, BLANCA I
835 WEST LUCY STREET
APT 166
FLORIDA CITY, FL 33034

CREDITOR ID: 248664-12
EASON GRAHAM & SANDNER INC
PO BOX 530487
BIRMINGHAM, AL 35253

CREDITOR ID: 267004-31
EAST ALA REGIONAL PLG DEV COMM
ATTN: JAMES W CURTIS
1130 QUINTARD AVE STE 300
ANNISTON AL 36201-4685

CREDITOR ID: 248666-12
EAST ALABAMA HEALTHCARE AUTHORITY
DBA LAB OUTREACH INDUST HEALTH
PO BOX 627
OPELIKA AL 36803-0627

CREDITOR ID: 248665-12
EAST ALABAMA HEALTHCARE AUTHORITY
DBA EAMC TOXICOLOGY DEPT
PO BOX 627
OPELIKA AL 36803-0627

CREDITOR ID: 248667-12
EAST ALABAMA WATER DISTRICT
PO BOX 37
VALLEY AL 36854

CREDITOR ID: 241028-11
EAST BATON ROUGE
SALES TAX DIVISION-DEPT. OF FINANCE
PO BOX 2590
BATON ROUGE, LA 70821-2590

CREDITOR ID: 374777-44
EAST BATON ROUGE PARISH TAX COLLECTOR
PO BOX 70
PROPERTY TAX
BATON ROUGE, LA 70821-0070

CREDITOR ID: 248669-12
EAST BATON ROUGE SEWERAGE
4445 PLANK RD B-5
BATON ROUGE, LA 70805

CREDITOR ID: 2900-04
EAST BAY SANTITATION
5210 W. LINEBAUGH AVENUE
TAMPA FL 33624

CREDITOR ID: 267005-14
EAST BTON RUGE PARISH ASSESSOR
ATTN BARON WILSON
222 SAINT LOUIS ST
BATON ROUGE LA 70802-5817

CREDITOR ID: 248670-12
EAST CAROLINA UNIVERSITY
FINANCIAL AID OFFICER
EAST 5TH STREET
GREENVILLE NC 27858

CREDITOR ID: 267006-14
EAST CARROLL PARISH ASSESSOR
ATTN: GENEVA ODOM
400 1ST ST RM 10
LAKE PROVIDENCE LA 71254-2654

CREDITOR ID: 248671-12
EAST CEDAR CREEK FRESH WATER
PO BOX 309
MABANK, TX 75147-0309

CREDITOR ID: 248672-12
EAST CENTRAL TECHNICAL INSTITUTE
667 PERRY HOUSE ROAD
FITZGERALD GA 31750

CREDITOR ID: 267007-31
EAST CNTL FLA RGNAL PLG CUNCIL
ATTN: SANDRA GLENN
631 N WYMORE RD STE 100
MAITLAND FL 32751-4246

CREDITOR ID: 248673-12
EAST COAST FIXTURE & MILLWORK
PO BOX 5423
JACKSONVILLE FL 32247-5423

CREDITOR ID: 248674-12
EAST COAST INDUSTRIAL TIRE INC
PO BOX 12320
JACKSONVILLE FL 32209-2320

CREDITOR ID: 374778-44
EAST COAST INDUSTRIAL TIRE INC
8595 BEACH BLVD
SUITE 310
JACKSONVILLE, FL 32216

CREDITOR ID: 248675-12
EAST COAST MOTOR WORKS INC
ATTN HL SCHARBONEAU, PRES
3036 BRAVO COURT
ORANGE PARK, FL 32065

CREDITOR ID: 248676-12
EAST COAST TRANSPORT & LOGISTICS
PO BOX 1000
DEPT 340
MEMPHIS TN 38148-0340

CREDITOR ID: 248677-12
EAST COWETA HIGH SCHOOL
ATTN: PAM WALLACE, MEMBER
BASEBALL BOOSTER CLUB
155 TORREY PINES COURT
NEWNAN, GA 30265

CREDITOR ID: 404597-95
EAST ELEMENTARY SCHOOL
550 MATHILDA ST
EUNICE LA 70535

CREDITOR ID: 248678-12
EAST ELEMENTARY SCHOOL
550 BROTHER J ROAD
EUNICE, LA 70535

CREDITOR ID: 248679-12
EAST FORSYTH HIGH SCHOOL
2500 WEST MOUNTAIN STREET
KERNERSVILLE NC 27284

CREDITOR ID: 381192-47
EAST GEORGIA REGIONAL MEDICAL CENTER
P O BOX 1048
STATESBORO, GA 30458

CREDITOR ID: 248681-12
EAST JEFFERSON BASEBALL
ATTN CHAUNTELL IRWIN
850 SAMS AVENUE
HARAHAN, LA 70123

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248682-12<br>EAST JEFFERSON GENERAL HOSPITAL<br>PO BOX 8804<br>METAIRIE LA 70011 | CREDITOR ID: 267008-31<br>EAST JEFFERSON LEVEE DISTRICT<br>ATTN: R L DAIGLE<br>1135 LESAN DR<br>KENNER LA 70062-6831 | CREDITOR ID: 248683-12<br>EAST JEFFERSON MED HOSPITAL<br>FAMILY MEDICAL CENTER<br>PO BOX 54802<br>NEW ORLEANS LA 70154-4802 |
| CREDITOR ID: 248684-12<br>EAST JERUSALEM BAPTIST CHURCH<br>JERUSALEM AVE 1124<br>PICAYUNE, MS 39466 | CREDITOR ID: 248685-12<br>EAST MARION<br>527 EAST SCHOOL ROAD<br>COLUMBIA MS 39429 | CREDITOR ID: 381214-47<br>EAST MONTGOMERY BAND BOOSTER CLUB<br>PO BOX 1112<br>BISC, NC 27209 |
| CREDITOR ID: 248686-12<br>EAST NAPLES FIRE CONTROL&RESCUE DIS<br>4977 E TAMIAMI TRAIL<br>NAPLES FL 34112 | CREDITOR ID: 248687-12<br>EAST PARTNERS LTD<br>3838 OAKLAWN SUITE 810<br>DALLAS TX 75219 | CREDITOR ID: 2202-RJ<br>EAST PARTNERS LTD<br>3838 OAKLAWN, SUITE 810<br>DALLAS, TX 75219 |
| CREDITOR ID: 248688-12<br>EAST PENN MANUFACTURING CO INC<br>PO BOX 147<br>LYON STATION, PA 19536 | CREDITOR ID: 382008-36<br>EAST PENN MFG CO, INC<br>ATTN ROBERT A BASHORE OR C PRUITT<br>PO BOX 147<br>LYON STATION PA 19536-0147 | CREDITOR ID: 267009-31<br>EAST POINT CITY OF INC<br>ATTN: PASTY J HILL<br>2777 E POINT ST<br>ATLANTA GA 30344-3240 |
| CREDITOR ID: 248689-12<br>EAST POINT CYCLE & KEY, INC<br>ATTN NANCY JENKINS<br>PO BOX 90580<br>EAST POINT, GA 30364-0580 | CREDITOR ID: 248690-12<br>EAST SIDE FIRE PROTECTION<br>DIST #5<br>15094 OLD HAMMOND HWY<br>BATON ROUGE LA 70816 | CREDITOR ID: 248691-12<br>EAST ST JOHN ELEMENTARY<br>400 ORY DR<br>COMMUNITY PALS PROGRAM<br>LAPLACE, LA 70068 |
| CREDITOR ID: 248692-12<br>EAST ST JOHN HIGH SCHOOL<br>1 WILDCAT DR<br>RESERVE, LA 70084 | CREDITOR ID: 248693-12<br>EAST TENNESSEE STATE UNIVERSITY<br>OFFICE OF FINANCIAL AID<br>BOX 70722<br>JOHNSON CITY TN 37614-1710 | CREDITOR ID: 248694-12<br>EAST TENNESSEE TILE & MARBLE INC<br>PO BOX 3278 CRS<br>JOHNSON CITY TN 37602-3278 |
| CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 381946-50<br>EASTEND SHOPPING CENTRE LTD<br>C/O CARRIBBEAN MGMT & SALES LT<br>EAST BAY STREET<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 267010-31<br>EASTER SEAL FLORIDA INC<br>ATTN: MELISSA MURPHY<br>11400 OVERSEAS HWY<br>MARATHON FL 33050-3600 |
| CREDITOR ID: 267011-31<br>EASTERN EIGHT CMNTY DEV CORP<br>ATTN: ANI QUINBY<br>112 E MYRTLE AVE STE 309<br>JOHNSON CITY TN 37601-4644 | CREDITOR ID: 248697-12<br>EASTERN ENTERPRISES & CLEANING SVC<br>PO BOX 2488<br>SMITHFIELD NC 27577 | CREDITOR ID: 248698-12<br>EASTERN FINANCIAL FL CREDIT UNION<br>C/O J MAURICE FINKEL ESQ<br>28 W FLAGER STREET<br>SUITE 330<br>MIAMI FL 33130 |
| CREDITOR ID: 248699-12<br>EASTERN FISH CO<br>PO BOX 8500-51790<br>PHILADELPHIA, PA 19178-8500 | CREDITOR ID: 248700-12<br>EASTERN FOOD PRODUCTS INC<br>DEPT AT 49989<br>ATLANTA, GA 31192-9989 | CREDITOR ID: 248701-12<br>EASTERN FREIGHT FORWARDERS<br>PO BOX 9728<br>RIVIERA BEACH, FL 33404-9728 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248702-12<br>EASTERN KENTUCKY UNIVERSITY<br>FINANCIAL AID OFFICER<br>CPO 34-A<br>RICHMOND KY 40475-3101 | CREDITOR ID: 248703-12<br>EASTERN KENTUCKY UNIVERSITY OTI<br>EDUCATION CENTER<br>202 PERKINS BLDG<br>521 LANCASTER AVENUE<br>RICHMOND KY 40475-3102 | CREDITOR ID: 248704-12<br>EASTERN LOGISTICS<br>2016-C NEW GARDEN ROAD<br>GREENSBORO NC 27410 |
| CREDITOR ID: 267012-31<br>EASTERN PDMONT OUTREACH NETWRK<br>ATTN: JENNIFER MCNEILL<br>317 WENTWORTH CIR<br>MEBANE NC 27302-7191 | CREDITOR ID: 248705-12<br>EASTERN POULTRY<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-1806 | CREDITOR ID: 248706-12<br>EASTERN POULTRY DISTRIBUTORS INC<br>DEPT AT 49989<br>ATLANTA, GA 31192-9989 |
| CREDITOR ID: 248707-12<br>EASTERN PROGRESS<br>117 DONOVAN ANNEX<br>RICHMOND KY 40475-3113 | CREDITOR ID: 2204-07<br>EASTERN RETAIL HOLDINGS LP<br>622 EAST WASHINGTON ST., SUITE 300<br>ORLANDO FL 32801 | CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 |
| CREDITOR ID: 248708-12<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 | CREDITOR ID: 248709-12<br>EASTERN RIBBON & ROLL<br>1920 GUNN HWY<br>ODESSA FL 33556 | CREDITOR ID: 267013-31<br>EASTERN SHORE OF VIRGINIA ECON<br>ATTN: GREG MANTER<br>23372 FRONT ST<br>ACCOMAC VA 23301-1557 |
| CREDITOR ID: 248710-12<br>EASTERN TEA<br>1 ENGELHARD DRIVE<br>MONROE TOWNSHIP, NJ 08831 | CREDITOR ID: 267014-31<br>EASTERN WAYNE SANITARY DST<br>ATTN: EDDIE COLTRAIN<br>104 S CENTER ST<br>GOLDSBORO NC 27530-4849 | CREDITOR ID: 248711-12<br>EASTERN WIRE PRODUCTS INC<br>ATTN ROSETTA M LOUDERMILK, A/R<br>5301 WEST 5TH STREET<br>JACKSONVILLE, FL 32254-1623 |
| CREDITOR ID: 248712-12<br>EASTGATE CENTER LLC<br>110 DEER RIDGE RD<br>BRANDON, MS 39042 | CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 248713-12<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 279228-35<br>EASTMAN KODAK COMPANY<br>ATTN: KATHY SEDORE<br>343 STATE ST<br>ROCHESTER NY 14650 | CREDITOR ID: 407427-15<br>EASTMAN KODAK COMPANY<br>ATTN CAROL LUCIANO, 6035380<br>343 STATE STREET<br>ROCHESTER NY 14650-1121 | CREDITOR ID: 248715-12<br>EASTMAN KODAK COMPANY<br>PO BOX 640350<br>PITTSBURGH, PA 15264-0350 |
| CREDITOR ID: 404599-95<br>EASTMAN KODAK COMPANY<br>7988 COLLECTION CENTER DR<br>CHICAGO IL 60693-0079 | CREDITOR ID: 248714-12<br>EASTMAN KODAK COMPANY<br>1734 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1007 | CREDITOR ID: 404600-95<br>EASTMAN OUTDOORS INC<br>1009 MOMENTUM PLACE<br>CHICAGO IL 60689-5310 |
| CREDITOR ID: 248716-12<br>EASTMAN OUTDOORS INC<br>7395 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | CREDITOR ID: 386173-54<br>EASTMAN, CARROL<br>2901 SHELL ROAD, LOT 26<br>LAKE WALES, FL 33859 | CREDITOR ID: 248717-12<br>EASTSIDE ELEMENTARY<br>9735 LOCKHART RD<br>DENHAM SPRINGS, LA 70726 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248718-12<br>EASTSIDE UTILITY DISTRICT<br>PO BOX 22037<br>CHATTANOOGA, TN 37422 | CREDITOR ID: 248719-12<br>EASTWAY SHOPPING CENTER<br>6525 MORRISON BLVD<br>C/O ASTON PROPERTIES<br>CHARLOTTE, NC 28211-3486 | CREDITOR ID: 386498-54<br>EASTWOOD, ROSEMARY<br>13300 TAMIAMI TRAIL E.<br>LOT #143<br>NAPLES FL 34114 |
| CREDITOR ID: 391540-55<br>EASTWOOD, ROSEMARY<br>C/O: RICHARD I. CERVELLI<br>CERCELLI AND PIAZZI<br>1848 AIRPORT ROAD SOUTH<br>NAPLES FL 34112 | CREDITOR ID: 248720-12<br>EASY BAY SANITATION<br>PO BOX 9001571<br>LOUISVILLE, KY 40290-1571 | CREDITOR ID: 248721-12<br>EATEL<br>PO BOX 60838<br>NEW ORLEANS, LA 70160-0838 |
| CREDITOR ID: 248722-12<br>EATON PARK ELEMENTARY SCHOOL<br>1502 SYLVESTER<br>ABBEVILLE, LA 70510 | CREDITOR ID: 381717-47<br>EAU GALLIE CIVIC CENTER<br>1551 HIGHLAND AVE<br>EAU GALLIE, FL 32935 | CREDITOR ID: 388735-54<br>EAVES, MEGAN<br>22308 COUNTY ROAD 49<br>MUSCADINE AL 36269 |
| CREDITOR ID: 267015-31<br>EBARB WATER DISTRICT NO 1<br>ATTN: ROBERT DYBAS<br>23387 HWY 191<br>ZWOLLE LA 71486 | CREDITOR ID: 390055-54<br>EBERHART, DAVID D<br>1595 WEST 28TH STREET, APT D<br>JACKSONVILLE FL 32209 | CREDITOR ID: 391474-55<br>EBERT, CHRIS III<br>C/O: BERNIE BLAU<br>JOLLY, BLAU, KRIEGE & TURNER<br>3699 ALEXANDRIA PIKE<br>P.O. BOX 249<br>COLD SPRING KY 41076 |
| CREDITOR ID: 248723-12<br>EBI TRAUSCH<br>720 NORTHWESTERN AVENUE<br>AUDULBON IA 50025 | CREDITOR ID: 248724-12<br>EBINPORT ASSOC<br>PO BOX 4452<br>ROCK HILL, SC 29732-6452 | CREDITOR ID: 248616-12<br>EBLRTF<br>111 W MADISON STREET, ROOM G-68<br>TALLAHASSEE, FL 32399-1425 |
| CREDITOR ID: 248725-12<br>EBONIE L ROSS<br>80 PICKWICK COURT<br>JACKSON MS 39206 | CREDITOR ID: 248726-12<br>EBONY M PINKSTON<br>2835 KINGMAN DRIVE<br>PIKE ROAD AL 36064 | CREDITOR ID: 404601-95<br>EBR PARTNERSHIP<br>11670 CEDAR PARK AVE STE B<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 248729-12<br>EBR PARTNERSHIP<br>7732 GOODWOOD BLVD  STE V<br>BATON ROUGE, LA 70806 | CREDITOR ID: 383118-51<br>EBRX<br>250 EAST BROAD STREET, SUITE 600<br>COLUMBUS, OH 43215 | CREDITOR ID: 248730-12<br>EBS INC<br>615 E RIVER ST<br>ANDERSON SC 29624 |
| CREDITOR ID: 248731-12<br>EBS TECH CORP<br>1381 PEA POND RD<br>N BELLMORE NY 11710 | CREDITOR ID: 248732-12<br>ECCE PANIS INC<br>3B BRICK PLANT ROAD<br>EAST BRUNSWICK, NJ 08816-1649 | CREDITOR ID: 278455-25<br>ECDC<br>PO BOX 63535<br>NORTH CHARLESTON SC 29418-3535 |
| CREDITOR ID: 385928-54<br>ECHEVARRIA, MERCEDES J<br>13788 SW 21 TERRACE<br>MIAMI, FL 33175 | CREDITOR ID: 391163-55<br>ECHEVARRIA, MERCEDES J<br>C/O: LIDSKY & VACCARO, P.A.<br>145 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 392517-55<br>ECHEVARRIA, STACY (MINOR)<br>C/O ALAMO & O'TOOLE, PA<br>ATTN CHRISTOPHER J O'TOOLE, ESQ<br>100 NE 3RD AVENUE, SUITE 490<br>FORT LAUDERDALE FL 33301 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388420-54<br>ECHEVARRIA, STACY (MINOR)<br>660 TOMLINSON TERRACE<br>LAKE MARY, FL 32746 | CREDITOR ID: 383113-51<br>ECKERDS HEALTH SYSTEM<br>620 EPSILON DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 267016-31<br>ECKERICH LAND COMPANY<br>ATTN: MARVIN ECKERICH<br>852 TOWN MOUNTAIN RD<br>ASHEVILLE NC 28804-2938 |
| CREDITOR ID: 387519-54<br>ECKERLE, DELORA<br>17 TONI TERRACE<br>FORT THOMAS KY 41075 | CREDITOR ID: 392028-55<br>ECKERLE, DELORA<br>C/O: GREGORY SCHABELL<br>BUSALD FUNK ZEVELY, PSC<br>226 MAIN STREET<br>P.O. BOX 6910<br>FLORENCE KY 41022-6910 | CREDITOR ID: 248733-12<br>ECKER'S DELIVERY SERVICE INC<br>1719 SW 170 ST<br>NEWBERRY FL 32669 |
| CREDITOR ID: 248734-12<br>ECKERT COLD STORAGE CO<br>19901 N MCHENRY AVE<br>ESCALON CA 95320 | CREDITOR ID: 387074-54<br>ECKFORD, DOROTHY<br>3458 HWY 373<br>LOT 22<br>COLUMBUS MS 39705 | CREDITOR ID: 1289-07<br>ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK, NY 10004 |
| CREDITOR ID: 248735-12<br>ECKSTEIN PROPERTIES LLC<br>60 BROAD STREET<br>SUITE 3503<br>NEW YORK, NY 10004 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC.<br>PO BOX 468<br>NORTHPORT AL 35476 | CREDITOR ID: 248737-12<br>ECMC NW 7096<br>PO BOX 75848<br>ST PAUL, MN 55175-0848 |
| CREDITOR ID: 248738-12<br>ECO BIONICS<br>PO BOX 971335<br>DALLAS TX 75397-1335 | CREDITOR ID: 248739-12<br>ECO SMART TECHNOLOGIES<br>318 SEABOARD LANE SUITE 208<br>FRANKLIN TN 37067 | CREDITOR ID: 248740-12<br>ECO SYSTEMS ENVIRONMENTAL INC<br>PO BOX 110849<br>CARROLLTON TX 75011-0849 |
| CREDITOR ID: 248741-12<br>ECOLAB<br>PO BOX 70343<br>CHICAGO IL 60673-0343 | CREDITOR ID: 248743-12<br>ECOLAB INC<br>PO BOX 905327<br>CHARLOTTE, NC 28290-5327 | CREDITOR ID: 248742-12<br>ECOLAB INC<br>ATTN JEFFREY SHA<br>370 WABASHA STREET<br>ST PAUL, MN 55102-1390 |
| CREDITOR ID: 248744-12<br>ECOLAB PEST ELIMINATION DIV<br>PO BOX 6007<br>GRAND FORKS, ND 58206-6007 | CREDITOR ID: 248745-12<br>ECOLE CLASSIQUE<br>5236 GLENDALE ST<br>METAIRIE, LA 70006 | CREDITOR ID: 303-03<br>E-CON GAS<br>PO BOX 909<br>DAYTON TN 37321 |
| CREDITOR ID: 248746-12<br>ECONO LODGE<br>1655 COUNTY RD 437<br>CULLMAN, AL 35055 | CREDITOR ID: 267017-31<br>ECONOMIC & COMMUNITY DEV<br>ATTN: SHARON JACKSON<br>1000 45TH ST STE 6<br>WEST PALM BEACH FL 33407-2434 | CREDITOR ID: 267018-31<br>ECONOMIC DEV AUTH NORFOLK CY<br>ATTN: GEORGE W BRYAN<br>500 E MAIN ST STE 1500<br>NORFOLK VA 23510-2206 |
| CREDITOR ID: 267019-31<br>ECONOMIC DEV COUNCIL ST LUCIE<br>ATTN: DON ROOT<br>520 NW CALIFORNIA BLVD<br>PORT SAINT LUCIE FL 34986-2601 | CREDITOR ID: 267020-14<br>ECONOMIC DEVELOPMENT LA DEPT<br>ATTN: DANIEL KYLE<br>1600 N 3RD ST<br>BATON ROUGE LA 70802-5141 | CREDITOR ID: 267021-14<br>ECONOMIC DEVELOPMENT LA DEPT<br>ATTN: V GENE BUTLER<br>2415 QUAIL DR<br>BATON ROUGE LA 70808-0110 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248747-12<br>ECONOMIC ELECTRIC MOTORS<br>4075 NW 79 AVE<br>MIAMI, FL 33166-6519 | CREDITOR ID: 382631-51<br>ECONOMIC RESEARCH INSTITUTE<br>8575 164TH AVE NE, SUITE 100<br>REDMOND, WA 98052 | CREDITOR ID: 248749-12<br>ECONOMICAL WHOLESALE<br>6721 HWY 1 BOX 460<br>BELLE ROSE, LA 70341 |
| CREDITOR ID: 248750-12<br>ECONOMY GAS SYNERGY GAS<br>604 MERCURY STREET<br>RALEIGH NC 27603-2344 | CREDITOR ID: 309-03<br>ECONOMY PROPANE<br>57 SMALL STREET<br>PO BOX 1668<br>PITTSBORO NC 27312 | CREDITOR ID: 248751-12<br>ECOTECH ENVIRONMENTAL SERVICES INC<br>PO BOX 36557<br>LOUISVILLE, KY 40233-6557 |
| CREDITOR ID: 302-03<br>ECUA<br>PO BOX 18870<br>PENSACOLA FL 32523 | CREDITOR ID: 248752-12<br>ED DOUGLAS WHITE CATHOLIC HIGH<br>555 CARDINAL DR<br>THIBODAUX, LA 70301 | CREDITOR ID: 248753-12<br>ED EASLEY<br>3452 MONCURE MARBLE ROAD<br>TERRY MS 39170 |
| CREDITOR ID: 248754-12<br>ED FRASER MEMORIAL HOSPITAL<br>PO BOX 484<br>MACCLENNY FL 32063 | CREDITOR ID: 248755-12<br>ED GARRARD<br>4150 HIRAM LITHIA SPGS ROAD<br>POWER SPRINGS GA 30127 | CREDITOR ID: 248756-12<br>ED LESTER<br>2786 CLUB FOREST DRIVE<br>CONYERS GA 30013 |
| CREDITOR ID: 248757-12<br>ED PORTER CUSTOM COMMUNICATION<br>1695 SILVERWOOD STREET<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 380978-47<br>ED SMITH USA INC<br>36971 TREASURY CENTER<br>CHICAGO, IL 60694-6900 | CREDITOR ID: 399297-15<br>ED SMITH USA, INC FKA<br>NORTH COAST PROCESSING INC<br>C/O MARK G CLAYPOOL, ESQ<br>120 WEST TENTH STREET<br>ERIE PA 16501-1461 |
| CREDITOR ID: 404603-95<br>ED STREET DEV CO<br>401 E MAIN ST<br>JOHNSON CITY TN 37601-4813 | CREDITOR ID: 248758-12<br>ED STREET DEV CO<br>1913 SOUTH ROAN STREET, SUITE 105<br>JOHNSON CITY, TN 37601 | CREDITOR ID: 1290-RJ<br>ED STREET DEV CO.<br>1913 SOUTH ROAN STREET, SUITE 105<br>JOHNSON  CITY TN 37601-4813 |
| CREDITOR ID: 248760-12<br>EDDIE ADDICKS<br>1937 PINEBROOK STREET<br>ORANGEBURG SC 29118 | CREDITOR ID: 248762-12<br>EDDIE BATTLE<br>1604 GARDENIA STREET<br>ALBANY GA 31705 | CREDITOR ID: 248765-12<br>EDDIE G PAZMINO JR<br>5695 PURDY LANE<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 248766-12<br>EDDIE G SANCHEZ<br>200 78TH AVENUE N<br>APT 246<br>ST PETERSBURGH FL 33702 | CREDITOR ID: 248767-12<br>EDDIE J TIGNOR<br>6705 N 22ND STREET<br>TAMPA FL 33610 | CREDITOR ID: 248768-12<br>EDDIE L MOODY<br>120 HIDDEN BROOK COURT<br>COLLEGE PARK GA 30349 |
| CREDITOR ID: 248769-12<br>EDDIE R MCCALLISTER<br>113 SYCAMORE LANE<br>LAKE WYLIE SC 29710 | CREDITOR ID: 248770-12<br>EDDIE S FORRESTER<br>7440 FACTORY SHAOLS ROAD<br>AUSTELL GA 30168 | CREDITOR ID: 248771-12<br>EDDIE SMITH<br>66 SAUL ABRAM DRIVE<br>COLUMBIA MS 39429 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248772-12<br>EDDIE WILLIAMS<br>2009 1/2 GREEN STREET<br>JEANERETTE LA 70544 | CREDITOR ID: 248773-12<br>EDDIES FLOOR SERVICE INC<br>1620 TALLAPOOSA DRIVE<br>GENEVA FL 32732 | CREDITOR ID: 248774-12<br>EDDLEMAN TRUCKING CO<br>1120 POOLE RD<br>SALISBURY NC 28146 |
| CREDITOR ID: 248775-12<br>EDDY R HERNADEZ<br>6340 SLEEPY HOLLOW DRIVE<br>ORLANDO FL 32810 | CREDITOR ID: 248777-12<br>EDELWEISS PATISSERIE<br>19 BLAKE STREET<br>MEDFORD, MA 02155 | CREDITOR ID: 248778-12<br>EDEN & ASSOCIATES P C<br>1049 BROOKDALE STREET<br>SUITE B<br>MARTINSVILLE VA 24112 |
| CREDITOR ID: 267023-14<br>EDEN CITY OF INC<br>ATTN: PHIL PRICE<br>308 E STADIUM DR<br>EDEN NC 27288-3523 | CREDITOR ID: 267022-31<br>EDEN CITY OF INC<br>ATTN: DENNIS ASBURY<br>191 MEBANE BRIDGE RD<br>EDEN NC 27288-5346 | CREDITOR ID: 1291-07<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW  YORK, NY 10021 |
| CREDITOR ID: 248779-12<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW YORK, NY 10021 | CREDITOR ID: 385619-54<br>EDEN, NORA<br>1220 NW 188 ST<br>MIAMI, FL 33169 | CREDITOR ID: 390910-55<br>EDEN, NORA<br>C/O: VALYA M. WOLF, ESQUIRE<br>WOLF & PRAVATO, ATTORNEYS AT LAW<br>2000 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 278776-99<br>EDENS & AVANT<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES CARR/ROBERT LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 315787-40<br>EDENS & AVANT INC<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202-0528 | CREDITOR ID: 248780-12<br>EDENS & AVANT INC<br>% OLD CANTON RD SHOPPING CTR<br>PO BOX 528 **PREVIOUS ADDRESS**<br>COLUMBIA SC 29202-0528 |
| CREDITOR ID: 1292-07<br>EDENS & AVANT INC.<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 1293-07<br>EDENS & AVANT PROPERTIES LP<br>C/O MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP<br>PO BOX 528<br>% MAGEE SHOPPING CENTER<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 248785-12<br>EDGAR & SON TIRE REPAIR<br>4411 161 ROAD<br>LIVE OAK FL 32060 | CREDITOR ID: 248786-12<br>EDGAR MIGIROV<br>9017 ADMONT CT<br>LOUISVILLE KY 40220 | CREDITOR ID: 248787-12<br>EDGAR R FENNELL<br>6516 TODD ROAD<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 267024-14<br>EDGEFIELD COUNTY COURT HOUSE<br>ATTN: WILLIAM GILCHRIST<br>129 COURTHOUSE SQ STE 202<br>EDGEFIELD SC 29824-1350 | CREDITOR ID: 267025-14<br>EDGEFIELD COUNTY TAX ASSESSOR<br>ATTN: SALLY FOX<br>129 COURTHOUSE SQ<br>EDGEFIELD SC 29824-1351 | CREDITOR ID: 312-03<br>EDGEFIELD COUNTY WATER/SEWER<br>PO BOX 416<br>EDGEFIELD SC 29824 |
| CREDITOR ID: 248789-12<br>EDGEHILL MOTOR SERVICE<br>PO BOX 2079<br>JOHNSON CITY TN 37605-2079 | CREDITOR ID: 267026-31<br>EDGETWN CNTY SOLID WASTE MGMNT<br>ATTN: DANNY BAGLEY<br>1601 COLONIAL RD<br>PINETOPS NC 27864 | CREDITOR ID: 267027-31<br>EDGEWATER POINT LLC<br>ATTN: JOHN PITTMAN<br>604 APACHE ST NW<br>HARTSELLE AL 35640-1702 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 248790-12
EDI ELECTGRICAL DISTRIBUTORS
PO BOX 35623
CHARLOTTE NC 28235

CREDITOR ID: 248791-12
EDILIA SERIZE
1150 W 79 STREET
APT 112A
HIALEAH FL 33014-0358

CREDITOR ID: 267028-31
EDISTO ISLAND OPEN LAND TRUST
ATTN: WILLIAM F THOMPSON JR
806B OYSTER PARK DR
EDISTO ISLAND SC 29438-6837

CREDITOR ID: 248792-12
EDITH C JONES
115 ASCOT DRIVE
GREER SC 29651

CREDITOR ID: 248793-12
EDITH FELTMAN
2622 GROVE VIEW DRIVE
WINTER GARDEN FL 34787

CREDITOR ID: 248794-12
EDLONG CORPORATION
PO BOX 5940
DPET 20-1092
CAROL STREAM, IL 60197-5940

CREDITOR ID: 248795-12
EDMEYER INC
ATTN ERNA MAXWELL, OP MGR
1760 LIVINGSTON AVE WEST
ST PAUL, MN 55118

CREDITOR ID: 389077-54
EDMONDS, ROSE
2807 INDEPENDENT CHURCH ROAD
EMPORIA, VA 23847

CREDITOR ID: 389077-54
EDMONDS, ROSE
501 SUITER STREET APT C
EMPORIA, VA 23847

CREDITOR ID: 407678-15
EDMONDS, TYLER (MINOR)
C/O ANDERSON & HOWELL, PA
ATTN ROBERT H ELLIS ESQ
2029 N THIRD STREET
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 248796-12
EDMORE R FRANKLIN
5641 NORGATE DRIVE
NEW ORLEANS LA 70127

CREDITOR ID: 247270-12
EDN, CRYSTAL
8881 SW 49TH COURT
COOPER CITY FL 33328

CREDITOR ID: 248797-12
EDNA BROWN
4037 MITCHELL MILL ROAD
RALEIGH NC 27616

CREDITOR ID: 248798-12
EDNA C PARKER
112 N HARRIS STREET
CHINA GROVE NC 28023

CREDITOR ID: 248799-12
EDNA G WHITWORTH
1845 HIGHLAND AVENUE SOUTH
BLDG 6 APT 4
CLEARWATER FL 33756

CREDITOR ID: 248801-12
EDNA PALITO
11249 ISLE OF WATERBRIDGE
# 204
ORLANDO FL 32837

CREDITOR ID: 397288-69
EDS (ALABAMA MEDICAID)
301 TECHNACENTER DR
MONTGOMERY, AL 36124-4035

CREDITOR ID: 397289-69
EDS (GEORGIA MEDICAID)
809 OAK ST
MCRAY, GA 31055

CREDITOR ID: 248802-12
EDS LAWNMOWER INC
599 WEST 28 STREET
HIALEAH, FL 33010

CREDITOR ID: 248759-12
ED'S LOCK & KEY SERVICE
BOX 3131
BOONE NC 28607-3131

CREDITOR ID: 395388-64
EDS SOLUTIONS CONSULTING
222 WEST ADAMS
CHICAGO, IL 60606

CREDITOR ID: 248803-12
EDS SUPPLY CO INC
3011 SOUTH HICKORY STREET
PO BOX 72996
CHATTANOOGA TN 37407

CREDITOR ID: 389779-54
EDSON, MARGARET
13 ARMADILLO TRAIL
LAKE PLACID FL 33852

CREDITOR ID: 393389-55
EDSON, MARGARET
C/O BURNETTI, PA
ATTN RAYMOND F AYRES, II; ESQ
211 SOUTH FLORIDA AVE.
LAKELAND FL 33801-4621

CREDITOR ID: 248804-12
EDUARDO BAQUERO
12740 SW 20TH STREET
MIRAMAR FL 33027

CREDITOR ID: 248805-12
EDUARDO PADRON
7500 SW 38 STREET
MIAMI FL 33155

CREDITOR ID: 267029-31
EDUCARE KRTIVE KIDS CONNECTION
ATTN: TINA M WYNN
72158 E 6TH ST
COVINGTON LA 70433

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 248806-12
EDUCATION DEBT SERVICES INC
WAGE GARNISHMENT
PO BOX 6198
INDIANAPOLIS IN 46206-6198

CREDITOR ID: 248807-12
EDUCATIONAL RECOVERY SERVICES
PO BOX 32500
COLUMBUS, OH 43232-0500

CREDITOR ID: 248808-12
EDWARD CHAMPAGNE
PO BOX 628
BOURG LA 70343

CREDITOR ID: 248809-12
EDWARD D TALBOT
1110 MAIN STREET
TITUSVILLE FL 32796

CREDITOR ID: 404604-95
EDWARD DON & COMPANY
135 SO LASALLE ST DEPT #2562
CHICAGO IL 60674-2562

CREDITOR ID: 248810-12
EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 248813-12
EDWARD J HARRIS
26720 RACQUET CIRCLE
LEESBURG FL 34748

CREDITOR ID: 248815-12
EDWARD WINDOM
7237 WINDSOR
MERIDIAN MS 39305

CREDITOR ID: 248816-12
EDWARDLEE JONES
RT 1 BOX 205
PORTERVILLE MS 39352

CREDITOR ID: 248817-12
EDWARDS EQUIPMENT SALES INC
PO BOX 19459
321 CITATION COURT WEST
BIRMINGHAM AL 35211

CREDITOR ID: 248818-12
EDWARDS MANUFACTURING
ATTN KARL HEROLD, CONTROLLER
1316 TECH BLVD
TAMPA FL 33619

CREDITOR ID: 248819-12
EDWARDS ORNAMENTAL IRON WORKS
1252 W BEAVER STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 248820-12
EDWARDS SYSTEMS TECHNOLOGY
PO BOX 277752
ATLANTA GA 30384-7752

CREDITOR ID: 248821-12
EDWARDS TECHNICAL SALES CO INC
4335 STEVE REYNOLDS BLVD
NORCROSS GA 30093

CREDITOR ID: 404605-95
EDWARDS WHOLESALE
P O BOX 622470
ORLANDO FL 32862-2470

CREDITOR ID: 248822-12
EDWARDS WHOLESALE
ATTN KARL HEROLD
1316 TECH BLVD
TAMPA FL 33619

CREDITOR ID: 248823-12
EDWARDS WOOD PRODUCTS INC
PO BOX 65593
CHARLOTTE NC 28265-0593

CREDITOR ID: 406295-15
EDWARDS, ANITA BURNS
LESSER, LESSER, LANDY & SMITH PA
ATTN JOSHUA D FERRARO, ESQ
375 S COUNTRY ROAD, SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 390873-55
EDWARDS, AVAH RUTH
C/O LESSER LESSER LANDY & SMITH, PA
ATTN C REID BIERER, ESQ
375 S COUNTY ROAD, SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 394096-56
EDWARDS, BARBARA
16 ROSEGARDEN STREET
TAYLORS, SC 29687

CREDITOR ID: 389642-54
EDWARDS, BARBARA
906 MONROE DR
ATLANTA, GA 30308

CREDITOR ID: 393296-55
EDWARDS, BARBARA
C/O: MACKENZIE G. ARCHENBOLD, ESQ.
LAW OFFICES OF PARHAM, SMITH & DODSON LL
PO BOX 2800
GREENVILLE SC 29602

CREDITOR ID: 394261-56
EDWARDS, BETTY
16731 US HIGHWAY 301
DADE CITY FL 33523

CREDITOR ID: 392602-55
EDWARDS, BOBBIE
C/O IRBY LAW FIRM LLC
ATTN RUSSELL IRBY, ESQ
257 WEST BROAD STREET
PO BOX 910
EUFAULA AL 36072

CREDITOR ID: 243932-12
EDWARDS, BRETT M
13201 GULF LANE
MADEIRA BEACH FL 33708

CREDITOR ID: 247255-12
EDWARDS, CRUSHANA A
3812 N JOHNSON STREET
NEW ORLEANS LA 70117

CREDITOR ID: 390396-54
EDWARDS, EDDIE G
803 WEST CANYON COURT
MONTGOMERY AL 36110

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251407-12<br>EDWARDS, HEATHER<br>107 GREENLEAF LANE<br>THOMASVILLE, GA 31792 | CREDITOR ID: 389772-54<br>EDWARDS, JAY<br>6020 PINEHURST DR<br>SPRING HILL FL 34606 | CREDITOR ID: 393386-55<br>EDWARDS, JAY<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 389963-54<br>EDWARDS, JUDY<br>2200 NW 204TH STREET<br>MIAMI, FL 33056 | CREDITOR ID: 393486-55<br>EDWARDS, JUDY<br>C/O: MICHAEL K BREGMAN ESQ<br>ROSENBERG & ROSENBERG, PA<br>2501 HOLLYWOOD BLVD<br>SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 389407-54<br>EDWARDS, KAREN<br>155 STONE STEWART ROAD<br>HULL GA 30646 |
| CREDITOR ID: 381277-47<br>EDWARDS, MARGARET G DBA<br>MARGARETS REPORTING SERVICES<br>PO BOX 396<br>BRUNSWICK, GA 31521 | CREDITOR ID: 385698-54<br>EDWARDS, MILDRED<br>1502 HERITAGE LANE<br>HOLLY HILL, FL 32117 | CREDITOR ID: 390979-55<br>EDWARDS, MILDRED<br>C/O: MR. PAPPAS<br>PAPPAS, RUSSELL & PEPE<br>213 SILVER BEACH AVE.<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 386884-54<br>EDWARDS, QUINTIN<br>2500 HOLLYWOOD BLVD #110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 391700-55<br>EDWARDS, QUINTIN<br>C/O: PAUL S ROSENBERG<br>ROSENBERG & ROSENBERG, PA<br>2501 HOLLYWOOD BLVD., STE 110<br>HOLLYWOOD FL 33021 | CREDITOR ID: 385578-54<br>EDWARDS, RUTH<br>500 EXECUTIVE CENTER DRIVE<br>APT 1F<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 262989-12<br>EDWARDS, THOMAS R<br>1513 COUNTRYSIDE DRIVE<br>GREENSBORO, NC 27405 | CREDITOR ID: 263195-12<br>EDWARDS, TOMMY<br>CLARION LEDGER<br>121 STOKES ROBERTSON RD<br>JACKSON, MS 39212 | CREDITOR ID: 389944-54<br>EDWARDS, TOUNGLA<br>278 ROSEVELT DRIVE<br>ORMOND BEACH, FL 32174 |
| CREDITOR ID: 393476-55<br>EDWARDS, TOUNGLA<br>C/O: W CLAY MITCHELL, JR<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 404606-95<br>EDY'S GRAND ICE CREAM<br>PO BOX 75846<br>CHARLOTTE NC 28275-0846 | CREDITOR ID: 248825-12<br>EDY'S GRAND ICE CREAM<br>PO BOX 406247<br>ATLANTA, GA 30384-6247 |
| CREDITOR ID: 278713-99<br>EDY'S GRAND ICE CREAM<br>ATTN: FRED POMERANTZ, CR MANAGER<br>PO BOX 406247<br>ATLANTA GA 30384-6247 | CREDITOR ID: 374804-44<br>EDY'S ICE CREAM<br>PO BOX 406247<br>ATLANTA, GA 30384-6247 | CREDITOR ID: 248826-12<br>EDYTHE DAVIS<br>300 AIRLINE ROAD<br>APT E4<br>COLUMBUS MS 39702 |
| CREDITOR ID: 248617-12<br>EE LYON ELEMENTARY<br>1615 NORTH FLORIDA STREET<br>COVINGTON, LA 70433 | CREDITOR ID: 248827-12<br>EFESOS PROPERTIES NV INC<br>9000 SOUTHWEST 152 STREET<br>SUITE 106<br>%ORION INVESTMENT & MANAGEMENT<br>MIAMI, FL 33157 | CREDITOR ID: 407752-99<br>EFESOS PROPERTIES NV INC AND<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN: KENNETH G M MATHER<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 |
| CREDITOR ID: 248828-12<br>EFI SERVICES<br>5720 HEEBE STREET<br>HARAHAN LA 70123 | CREDITOR ID: 248829-12<br>EGAN ELEMENTARY SCHOOL<br>PO BOX 219<br>EGAN, LA 70531 | CREDITOR ID: 267030-31<br>EGAN WATER CORPORATION<br>ATTN: KENNY WEBB<br>290 PLANT RD<br>EGAN LA 70531-3817 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386979-54<br>EGAN, JOHN<br>1102 SAEGER AVE<br>FORT PIERCE FL 34982 | CREDITOR ID: 248830-12<br>EGBERT E BLENMAN<br>202 HUNTERS CHASE<br>BYRON GA 31008 | CREDITOR ID: 385833-54<br>EGGERS, LIBBY<br>PO BOX 67<br>ZIONVILLE, NC 28698 |
| CREDITOR ID: 248831-12<br>EGIDIJU MISKINIS<br>135 MIRACLE STRIP PKWY<br>FT  WALTON BEACH FL 32541 | CREDITOR ID: 256219-12<br>EGINS, MICHAEL<br>2795 RIGGS DRIVE<br>EAST POINT GA 30344 | CREDITOR ID: 387656-54<br>EGLAUS, ROSELIE<br>1825 SW 36TH TERRACE<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 392100-55<br>EGLAUS, ROSELIE<br>C/O: PAUL ROSENBERG<br>ROSENBERG & ROSENBERG, PA<br>2501 HOLLYWOOD BLVD., STE 110<br>HOLLYWOOD FL 33021 | CREDITOR ID: 248832-12<br>EGLE MILEVICIUTE<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH FL 32541 | CREDITOR ID: 390139-54<br>EHIRIM, BUCHI (MINOR)<br>4121 SWEETSPRINGS TERRACE<br>POWDER SPRINGS, GA 30127 |
| CREDITOR ID: 248833-12<br>EHP<br>A FIRST ADVANTAGE CORPORATION<br>ATTN THOMAS HANKARD, COLLECTIONS<br>100 CARILLION PKWY<br>ST PETERSBURG FL 33716 | CREDITOR ID: 390222-54<br>EHRMAN, VIRGINIA<br>10660 1ST STREET NORTH<br>ST. PETERSBURG FL 33716 | CREDITOR ID: 393657-55<br>EHRMAN, VIRGINIA<br>C/O: MICHELE GUINDON, ESQ.<br>PAWLOWEKI & GUIDON, PA<br>1718 E 7TH STREET STE 201<br>TAMPA FL 33605 |
| CREDITOR ID: 248464-12<br>EHRMANN, DOUGLAS<br>213 ROSEBUD APT C<br>METAIRIE, LA 70005 | CREDITOR ID: 248834-12<br>EHS CORPORATION<br>1501 RIVER OAKS RD W<br>HARAHAN, LA 70123 | CREDITOR ID: 403403-15<br>EHSTER, RICHARD J<br>1901 EDGEWATER DR<br>MOUNT DORA FL 32757 |
| CREDITOR ID: 406601-MS<br>EHSTER, RICHARD J.<br>1901 EDGEWOOD DR.<br>MT. DORA FL 32757 | CREDITOR ID: 248835-12<br>EIC JACKSONVILLE LP<br>C/O EQUITY INVESTMENT GROUP LLC<br>PO BOX 13228<br>FORT WAYNE IN 46867 | CREDITOR ID: 248836-12<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>111 E WAYNE ST  STE 500<br>FT WAYNE, IN 46804 |
| CREDITOR ID: 1296-RJ<br>EIG HAMPTON SQUARE LLC<br>C/O EQUITY INVESTMENT GROUP<br>PO BOX 13228<br>FORT WAYNE, IN 46867-3228 | CREDITOR ID: 248837-12<br>EIG HAMPTON SQUARE LLC<br>%EQUITY INVESTMENT GROUP<br>PO BOX 13228<br>FT WAYNE IN 46867-3228 | CREDITOR ID: 256018-12<br>EILAND, MELANIE LISA<br>2709 WILSON AVE<br>PASCAGOULA, MS 39567 |
| CREDITOR ID: 386819-54<br>EILAND, TOMMY<br>132 M. FRYFOGLE LANE<br>LUCEDALE MS 39452 | CREDITOR ID: 382627-51<br>EILER, DOYLE<br>3813 TRAILVIEW DRIVE<br>CARROLLTON, TX 75007 | CREDITOR ID: 315865-40<br>EISENBAUM, MARLA, HELENE & WAYNE<br>CORPORATE CENTER WEST<br>433 S MAIN STREET, SUITE 310<br>WEST HARTFORD, CT 06110 |
| CREDITOR ID: 406602-MS<br>EISENMAN, ROBERT B.<br>106 TRENTWOOD<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 248618-12<br>EJ BROOKS CO<br>PO BOX 15018<br>NEWARK NJ 07192 | CREDITOR ID: 248619-12<br>EJ GAY MIDDLE SCHOOL<br>57955 ST LOUIS RD<br>PLAQUEMINE, LA 70764 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 245372-12
EJMA, CHRYSTAL
117 C LAFAYETTE BLVD
WILLIAMSBURG, VA 23188

CREDITOR ID: 248839-12
EL ALZAR TRADING INC
5719 NW 159TH STREET
MIAMI LAKES, FL 33014

CREDITOR ID: 267031-31
EL JOBEAN WATER ASSN INC
ATTN: MARY EDWARD
14410 PAMBAR AVE
PORT CHARLOTTE FL 33953-6046

CREDITOR ID: 248840-12
EL MIRASOL INC
ATTN GUILLERMO GAMA, PRES
4008 AIRPORT ROAD
PLANT CITY, FL 33567

CREDITOR ID: 248841-12
EL NUEVO DIA ORLANDO INC
4780 N ORANGE BLOSSOM TRAIL
ORLANDO, FL 32810

CREDITOR ID: 248842-12
EL PAISA FOOD CORP
14260 S W 142ND STREET
#101-102
MIAMI, FL 33186

CREDITOR ID: 248843-12
ELADIO AYALA
1028 GAUCHO CIRCLE
DELTONA FL 32725

CREDITOR ID: 394085-56
ELAINE JACKSON, SANDRA
6018 SW 58TH STREET
MIAMI, FL 33143

CREDITOR ID: 400282-85
ELAINE JACKSON, SANDRA
C/O MICHAEL ANTHONY REMY, P.A.
LAW OFFICES MICHAEL ANTHONY REMY, P.A.
2121 PONCE DE LEON BLVD
SUITE 550
CORAL GABLES FL 33134

CREDITOR ID: 248845-12
ELAINE M DUNN
12550 SHOAL CREEK ROAD
ASHVILLE AL 35953

CREDITOR ID: 248846-12
ELAINE M WHITE
1135 NOVA TER
TITUSVILLE FL 32796-1912

CREDITOR ID: 248848-12
ELAINE MCQUEEN
11 SPRING DRIVE PLACE
OCALA FL 34472

CREDITOR ID: 248849-12
ELAINE V HORNE
4325 OLD CUSSETA ROAD, LOT 12
COLUMBUS GA 31903

CREDITOR ID: 269287-16
ELAN, KENNETH
LAW OFFICES OF KENNETH ELAN
217 BROADWAY, SUITE 606
NEW YORK, NY 10007

CREDITOR ID: 248850-12
ELANDA D ERVIN
100 CRESTDALE AVENUE
CENTRAL SC 29630

CREDITOR ID: 248851-12
ELDER HIGH SCHOOL
3900 VINCENT AVENUE
CINCINNATI OH 45205

CREDITOR ID: 388795-54
ELDER, WILLIS
106 EARLY ST
BROOKSVILLE, FL 34601

CREDITOR ID: 392750-55
ELDER, WILLIS
C/O: JOHN VITOLA
JOHN VITOLA
P.O. BOX 626
218 SOUTH BROAD ST.
BROOKSVILLE FL 34605-0626

CREDITOR ID: 248852-12
ELDO RAY ESTES
536 W 111TH STREET
# 86
NEW YORK NY 10025

CREDITOR ID: 248853-12
ELDON
PO BOX 92026
CHICAGO, IL 60675-2026

CREDITOR ID: 248854-12
ELDRED H CARSON
515 37TH STREET COURT W
PALMETTO FL 34221

CREDITOR ID: 248855-12
ELDRIDGE SEILER AND SON PRODUCE
7711 NW US HIGHWY 441
OCALA FL 34475

CREDITOR ID: 248856-12
ELEANOR ELLIOTT
11956 SOUTHRIDGE LANE
FT MILL SC 29708

CREDITOR ID: 248858-12
ELEANOR LESANE
2820 PINE SPRINGS DRIVE
FAYETTEVILLE NC 28306

CREDITOR ID: 248859-12
ELEANOR M O SHAUGHNESSY
18659 SHAUNA MANOR DRIVE
BOCA RATON FL 33496

CREDITOR ID: 248860-12
ELEANOR MCCAIN MAGNET
5712 S CLAIBORNE AVE
NEW ORLEANS, LA 70125

CREDITOR ID: 248861-12
ELEANOR N SANTANA
1289 WATERVIEW COURT
FORT LAUDERDALE FL 33326

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267032-31<br>ELECTRIC BOARD OF THE CITY OF<br>ATTN: D CLEMENT<br>732 HERRING CROSS RD<br>RUSSELLVILLE AL 35654-7676 | CREDITOR ID: 248863-12<br>ELECTRIC MOBILITY<br>1 MOBILITY PLAZA<br>SEWELL, NJ 08080 | CREDITOR ID: 248864-12<br>ELECTRIC MOTOR SHOP<br>PO BOX 1885<br>WAKE FOREST, NC 27588-1885 |
| CREDITOR ID: 248865-12<br>ELECTRIC PLANT BOARD<br>PO BOX 608<br>PRINCETON KY 42445-0608 | CREDITOR ID: 404609-95<br>ELECTRIC PRO OF MISSISSIPPI INC<br>PO BOX 16984<br>JACKSON MS 39236 | CREDITOR ID: 248866-12<br>ELECTRIC PRO OF MISSISSIPPI INC<br>PO BOX 7090<br>JACKSON, MS 39282 |
| CREDITOR ID: 248867-12<br>ELECTRIC SUPPLY & EQUIPMENT COMPANY<br>PO BOX 601118<br>CHARLOTTE, NC 28260-1118 | CREDITOR ID: 248868-12<br>ELECTRIC SUPPLY OF TAMPA<br>PO BOX 151657<br>TAMPA FL 33684-1657 | CREDITOR ID: 248869-12<br>ELECTRICAL CONSTRUCTIONS INC<br>1851 GUAVA DRIVE<br>EDGEWATER, FL 32141 |
| CREDITOR ID: 248870-12<br>ELECTRO DESIGN ENGINEERING INC<br>2730 SOUTH FALKENBURG ROAD<br>RIVERVIEW FL 33569 | CREDITOR ID: 248872-12<br>ELECTRONIC CONTROL SERVICES CORP<br>10721 KIM LANE<br>HUDSON, FL 34669 | CREDITOR ID: 248873-12<br>ELECTRONIC LABEL TECHNOLOGY INC<br>DEPT 58<br>TULSA, OK 74182 |
| CREDITOR ID: 248874-12<br>ELECTRONIC PRODUCTION REPAIR INC<br>ATTN MARK L MULLINS, PRES<br>PO BOX 6381<br>LAKELAND, FL 33807 | CREDITOR ID: 248875-12<br>ELECTROSTATIC PAINTING SERVICE<br>GEORGE BRUNSON<br>456 PINE RIDGE DRIVE<br>MADISON MS 39110 | CREDITOR ID: 248877-12<br>ELECTROTECH CONTRACTING INC<br>PO BOX 2257<br>CHESTERFIELD VA 23832 |
| CREDITOR ID: 248876-12<br>ELECTROTECH CONTRACTING INC<br>11200 IRON BRIDGE ROAD<br>CHESTER VA 23831 | CREDITOR ID: 248878-12<br>ELECTROTEST INC<br>4805 B SOUTH TRYON STREET<br>CHARLOTTEE NC 28217 | CREDITOR ID: 248879-12<br>ELENA H GALVAN<br>4943 SW 158 WAY<br>MIRAMAR FL 33027 |
| CREDITOR ID: 315788-40<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE  TERRACE, FL 33617-3004 | CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC.<br>10912 N. 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 248881-12<br>ELFERS SQUARE SHOPPING CENTER<br>6137 STATE ROAD 54<br>NEW PORT RICHEY FL 34653-6004 |
| CREDITOR ID: 248882-12<br>ELFRIEDE GLENN<br>9464 WINDFIELD RD<br>MONTGOMERY AL 36117 | CREDITOR ID: 406603-MS<br>ELIAS, DAVID<br>267 HUNTING HOLLOW RD.<br>SIX MILE SC 29681 | CREDITOR ID: 388862-54<br>ELIAS, HECTOR<br>1320 SE 2 STREET #3<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 248883-12<br>ELIJAH GREEN<br>200 RITTEN HOUSE ROAD<br>APT 8B<br>MYRTLE BEACH SC 29588 | CREDITOR ID: 1298-07<br>ELIOT PROPERTIES<br>C/O M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 248884-12<br>ELIOT PROPERTIES<br>C/O M & P SHOPPING CTR<br>ATTN ELIOT M ARNOVITZ<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 248885-12
ELIOT SMITH
325 MARSHSIDE DRIVE NORTH
ST AUGUSTINE FL 32080

CREDITOR ID: 248886-12
ELIRIA THOMPSON & FRANKIE THOMPSON
114 SHEKEL DRIVE
APT C
LAFAYETTE LA 70508

CREDITOR ID: 248888-12
ELISE BECKSTED
5327 POPPY STREET
ZEPHYRHILLS FL 33541

CREDITOR ID: 400148-86
ELISEO, ESTHER
2450 BROOKS CT. SW
SMYRNA  GA 30082

CREDITOR ID: 278878-30
ELITE EXPORTS INC SA
1665 NW 102 AVENUE, SUITE 101
MIAMI, FL 33172

CREDITOR ID: 248890-12
ELITE FLOOR CARE
41184 ADELLE DRIVE
HAMMOND LA 70403

CREDITOR ID: 248891-12
ELITE REFRIGERATION INC
385 NEAL/ DAVIS ROAD
RINGGOLD, VA 24586

CREDITOR ID: 403300-83
ELITE REPORTING OF SOUTH FLORIDA, INC.
707 SOUTHEAST 3RD AVENUE, 6TH FLOOR
FORT LAUDERDALE FL 33316

CREDITOR ID: 248892-12
ELITE RESOURCES INC
ATTN KIM MCDONALD, VP
PO BOX 410302
CHARLOTTE, NC 28241

CREDITOR ID: 248893-12
ELITE SPICE INC
PO BOX 8500 (S-1025)
PHILADELPHIA PA 19178-1025

CREDITOR ID: 248894-12
ELITE TRANSPORTATION
61 LINCOLN HIGHWAY
SUITE 10
SOUTH KEARNY, NJ 07032

CREDITOR ID: 248895-12
ELIZA E BAKER
PO BOX 391
SANDERSON FL 32087

CREDITOR ID: 248896-12
ELIZABETH DIEHL
130 CHARLESTON CIRCLE
ROSWELL GA 30076

CREDITOR ID: 248897-12
ELIZABETH GONZALEZ
4721 AGUILA PLACE
ORLANDO FL 32826

CREDITOR ID: 248898-12
ELIZABETH HOLLAND
558 CO RD 420
TYLER AL 36785

CREDITOR ID: 248900-12
ELIZABETH PIERCE
7789 MOSLEY CROSSING
DOLLINSVILLE MS 39325

CREDITOR ID: 248904-12
ELIZABETHTON ELECTRIC SY
PO BOX 790
ELIZABETHTON, TN 37644-0790

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
C/O ED STREET DEVELOPMENT
1913 S ROAN STREET, SUITE 105
JOHNSON CITY TN 37601

CREDITOR ID: 315789-40
ELIZABETHTOWN COMMERCIAL PROPERTY
PO BOX 2713
ELIZABETHTOWN, KY 42702-2713

CREDITOR ID: 399411-99
ELK BANKIER CRISTU & BAKST LLP
ATTN: MICHAEL R BAKST
222 LAKEVIEW AVE, STE 1330
WEST PALM BEACH FL 33401

CREDITOR ID: 248907-12
ELKINS CONSTRUCTORS INC
PO BOX 2396
JACKSONVILLE FL 32203

CREDITOR ID: 404610-95
ELKINS ELECTRICAL & CONSTRUCTION
117 COFFEE ST W
TALLADEGA AL 35160

CREDITOR ID: 248908-12
ELKINS ELECTRICAL & CONSTRUCTION
ATTN BILLY RAY ELKINS
34953 AL HIGHWAY 21
TALLADEGA, AL 35160

CREDITOR ID: 278459-25
ELKMONT ASSOCIATES
ATTN: MR. JAMES L. POINDEXTER
C/O POINDEXTER ENTERPRISES
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 248909-12
ELKMONT ASSOCIATES
PO BOX 28
C/O JAMES POINDEXTER
ELKIN, NC 28621-0028

CREDITOR ID: 248911-12
ELLER DIESEL TRUCK & TRAILER REPAIR
1020 PEELER RD
SALISBURY NC 28144

CREDITOR ID: 387583-54
ELLINGTON, NORMA JEAN
2061 ROOKERY BAY DR. #2206
NAPLES FL 34114

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 248912-12
ELLIOTS
1371 SW 8TH ST  BAY 6
POMPANO BEACH, FL 33069

CREDITOR ID: 248913-12
ELLIOTT J WILLIAMS
3109 CAMBRIA CT
ORLANDO FL 32825

CREDITOR ID: 244121-12
ELLIOTT, BRYCE C
7665 WILLOW BASTIC COURT
TALLAHASSEE FL 32312-0672

CREDITOR ID: 386347-54
ELLIOTT, CLARISSA
119 SIOUX AVENUE
INTERLACHEN FL 32148

CREDITOR ID: 400237-85
ELLIOTT, NANCY
C/O EDUARDO LATOUR, ESQ.
LATOUR &  ASSOCIATES, P.A.
135 EAST LEMON ST.
TARPON SPRINGS FL 34689

CREDITOR ID: 399309-81
ELLIOTT, NANCY
201 N. 69TH AVENUE
HOLLYWOOD, FL 33024

CREDITOR ID: 406604-MS
ELLIOTT, WANDA S.
1080 NW 106 TERRACE
PEMBROKE PINES FL 33026

CREDITOR ID: 248914-12
ELLIOTTS COOLERS & FREEZERS INC
2109 EDISON AVENUE
JACKSONVILLE FL 32205

CREDITOR ID: 248915-12
ELLIOTTS SEATING
2052 MORELAND AVE SE
ATLANTA, GA 30316-3257

CREDITOR ID: 248916-12
ELLIOTTS STORE EQUIPMENT
2109 EDISON AVENUE
JACKSONVILLE FL 32204

CREDITOR ID: 395415-64
ELLIS & ASSOCIATES
414 SW 140TH TERRACE
NEWBERRY, FL 32669

CREDITOR ID: 393681-58
ELLIS ISLE DENTAL CLINIC #2620-2
1704 ELLIS AVE., SUITE 122
JACKSON, MS 39204

CREDITOR ID: 397162-67
ELLIS ISLE PACKAGE STORE
1770 ELLIS AVE, SUITE 108
JACKSON, MS 39204

CREDITOR ID: 248917-12
ELLIS K PHELPS & CO
2152 SPRINT BLVD
APOPKA, FL 32703

CREDITOR ID: 399708-53
ELLIS ROAD SITE
475 S ELLIS ROAD
JACKSONVILLE FL 32205

CREDITOR ID: 385377-54
ELLIS, DAZZNEE M
1614 STANDISH ST. UNIT 9D
SALISBURY, NC 28144

CREDITOR ID: 390685-55
ELLIS, DAZZNEE M
C/O: MICHAEL DORAN
DORAN, SHELBY, PETHEL AND HUDSON, P.A.
122 N. LEE ST.
SALISBURY NC 28144

CREDITOR ID: 399878-84
ELLIS, HENRY
8327 METTO RD.
JACKSONVILLE FL 32244

CREDITOR ID: 389187-54
ELLIS, INEZ
5014 SW 21 STREET
HOLLYWOOD, FL 33023

CREDITOR ID: 393050-55
ELLIS, INEZ
C/O: ROBERT J. FENSTERSHEIB
ROBERT J. FENSTERSHEIB, P.A.
520 WEST HALLANDALE BEACH BLVD
HALLANDALE FL 33009

CREDITOR ID: 390152-54
ELLIS, JERRY
866 CATLETT RD
CANTON, MS 39046

CREDITOR ID: 389012-54
ELLIS, MABEL
C/O THE DELLUTRI LAW GROUP, PA
ATTN AMANDA WIGGINS ESQ
1436 ROYAL PALM SQUARE BLVD
FORT MYERS FL 33919

CREDITOR ID: 389012-54
ELLIS, MABEL
1266 SLASH PINE CIRCLE, APT 112
PUNTA GORDA FL 33950

CREDITOR ID: 392913-55
ELLIS, MABEL
C/O: AMANDA WIGGINS, ESQ
THE DELLUTRI LAW GROUP
1436 ROYAL PALM SQUARE BLVD.
FORT MYERS FL 33907

CREDITOR ID: 406605-MS
ELLIS, MALLARD A.
5308 AMSTERDAM PLACE
RALEIGH NC 27606

CREDITOR ID: 387698-54
ELLIS, MICHAEL
1704 WILLIAMS STREET
JASPER AL 35501

CREDITOR ID: 389879-54
ELLIS, RONDY
501 SOUTHWICK  STREET
JESUP, GA 31545

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393420-55<br>ELLIS, RONDY<br>C/O: WILBUR D. OWENS, ESQUIRE<br>LEWIS, OWENS & MULHERIN<br>PO BOX 13368<br>SAVANNAH GA 31416-3368 | CREDITOR ID: 389487-54<br>ELLISON, RONALD<br>201 MONROE AVENUE #8<br>MAITLAND FL 32751 | CREDITOR ID: 387440-54<br>ELLUTT, DEVONTAY (MINOR)<br>2446 NW 52ND AVENUE<br>LAUDERHILL, FL 33313 |
| CREDITOR ID: 248918-12<br>ELM HILL MEATS<br>PO BOX 429<br>1001 ELM HILL ROAD<br>LENOIR CITY TN 37771-0429 | CREDITOR ID: 248919-12<br>ELMA J TURNER<br>6250 LYNWOOD DRIVE<br>FOREST PARK GA 30297 | CREDITOR ID: 248920-12<br>ELMAR INDUSTRIES INC<br>PO BOX 245<br>DEPEW NY 14043-0245 |
| CREDITOR ID: 248921-12<br>ELMER A DEAL & SONS INC<br>PLUMBING CONTRACTORS<br>585 INDUSTRY DRIVE<br>HENDERSON, NC 27537 | CREDITOR ID: 248922-12<br>ELMER CANDY CORPORATION<br>ATTN ROBERT J BAROUSSE JR<br>PO BOX 788<br>PONCHATOULA LA 70454-0788 | CREDITOR ID: 248923-12<br>ELMER'S FINE FOODS, INC<br>ATTN ALAN J EHMER, PRES<br>PO BOX 3117<br>NEW ORLEANS, LA 70177 |
| CREDITOR ID: 404611-95<br>ELMER'S PRODUCTS INC<br>22593 NETWORK PLACE<br>CHICAGO IL 60673 | CREDITOR ID: 248924-12<br>ELMER'S PRODUCTS INC<br>PO BOX 8500-53882<br>PHILADELPHIA, PA 19178-3882 | CREDITOR ID: 399720-53<br>ELMORE<br>117 HIGHLAND AVENUE<br>GREER SC 29651 |
| CREDITOR ID: 248927-12<br>ELMORE COUNTY SM CLAIMS COURT<br>PO BOX 310<br>WETUMPKA AL 36092 | CREDITOR ID: 246585-12<br>ELMORE, CODY A<br>1431 7TH STREET<br>TUSCALOOSA AL 35401 | CREDITOR ID: 248928-12<br>ELMORE'S AUTO & TRUCK REPAIR<br>20 STUMPFIELD RD<br>PENSACOLA FL 32503-7496 |
| CREDITOR ID: 386458-54<br>ELMS, HARRIET<br>30424 PINE RIDGE LANE<br>BROOKSVILLE FL 34602 | CREDITOR ID: 391512-55<br>ELMS, HARRIET<br>C/O: TERESA P. WILLIAMS, P. A.<br>TERESA P. WILLIAMS, P. A.<br>2790 SUNSET POINT ROAD<br>CLEARWATER FL 33759 | CREDITOR ID: 243225-12<br>ELNEGOMI, BEDOR A<br>3110 A YANCEYVILLE STREET<br>GREENSBORO NC 27405 |
| CREDITOR ID: 248929-12<br>ELOISE M KNIGHT<br>931 PRENTISS AVENUE<br>YAZOO MS 39194 | CREDITOR ID: 248930-12<br>ELORE ENTERPRISES INC<br>7224 NW 25TH ST<br>MIAMI FL 33122-1701 | CREDITOR ID: 381706-47<br>ELSA HIDALGO<br>1661 WYNDCLIFF DRIVE<br>WELLINGTON, FL 33414 |
| CREDITOR ID: 397976-76<br>ELSEA, LISA ANN<br>824 N VALLEYWOOD CIR<br>HIXSON TN 37343-2447 | CREDITOR ID: 269450-18<br>ELSEA, LISA ANN<br>10805 WORLEY ROAD<br>SODDY-DAISY TN 37379 | CREDITOR ID: 269619-19<br>ELSEA, LISA ANN<br>PATRICK, BEARD, SCHULMAN & JACOWAY<br>ATTN R JONATHON GUTHRIE, ESQ<br>537 MARKET ST. SUITE 202<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 398162-77<br>ELSEA, LISA ANN<br>ATTN R SCHULMAN &  R GUTHRI<br>537 MARKET ST SUITE 202<br>CHATTANOOGA, TN 37402 | CREDITOR ID: 248931-12<br>ELSIE LUGO<br>303 MIAMI PLACE<br>KISSIMMEE FL 34759-0422 | CREDITOR ID: 278787-99<br>ELSTON/LEETSDALE LLC<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI/STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1300-07<br>ELSTON/LEETSDALE LLC<br>C/O TERRANOVA CORP.<br>801 AUTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 403206-99<br>ELSTON/LEETSDALE LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 248934-12<br>ELSTON/LEETSDALE LLC<br>% TERRANOVA CORP<br>801 AUTHUR GODFREY ROAD<br>SUITE 600<br>MIAMI BEACH, FL 33140 |
| CREDITOR ID: 248933-12<br>ELSTON'S INC<br>4861 62ND AVE N<br>PINELLAS PARK, FL 33781 | CREDITOR ID: 382625-51<br>ELT<br>708 WEST KENOSHA<br>BROKEN ARROW, OK 74012-8913 | CREDITOR ID: 248936-12<br>ELVA TAULBEE<br>3820 MAJESTIC PALM WAY<br>DELRAY BEACH FL 33445 |
| CREDITOR ID: 248938-12<br>ELVIRA JONES<br>920 COLYER STREET<br>ORLANDO FL 32805-2612 | CREDITOR ID: 248939-12<br>ELVIS E SANTACRUZ<br>20508 MACON PARKWAY<br>ORLANDO FL 32833 | CREDITOR ID: 248940-12<br>ELVIS SERVICES CO<br>2200 EXECUTIVE AVE<br>MYRTLE BEACH SC 29577 |
| CREDITOR ID: 245350-12<br>ELWELL, CHRISTOPHER<br>7711 DOE RUN<br>ORLANDO FL 32810 | CREDITOR ID: 256220-12<br>ELY, MICHAEL<br>1254 MIDWAY DRIVE<br>CANTONMANT, FL 32533 | CREDITOR ID: 248941-12<br>ELYSIAN FIELDS ELEMENTARY<br>701 HIBERNIA PLACE<br>HOUMA, LA 70363 |
| CREDITOR ID: 245375-12<br>EMBA, CHUCK E<br>9304 TELEGRAPH WIRE COURT<br>GLEN ALLEN VA 23060 | CREDITOR ID: 248943-12<br>EMBASSY SUITES<br>670 VERDAE BLVD<br>GREENVILLE SC 29607 | CREDITOR ID: 248942-12<br>EMBASSY SUITES<br>300 TALLAPOOSA ST<br>MONTGOMERY, AL 36104 |
| CREDITOR ID: 393277-55<br>EMBERY, JANNIE MAE<br>C/O: EMIL JACZYNSKI, ESQ.<br>LAW OFFICES OF EMIL JACZYNSKI, P.A.<br>500 S.E. 17 STREET, STE 200<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 390473-54<br>EMBERY, JANNIE MAE<br>714 NW 2ND AVE<br>DEERFIELD, FL 33441 | CREDITOR ID: 381242-47<br>EMBRY RIDDLE AERONAUTICAL UNIVERSITY<br>FINANCIAL AID OFFICER<br>600 S CLYDE MORRIS BLVD<br>DAYTONA BEACH, FL 32114 |
| CREDITOR ID: 248945-12<br>EMBUTIDOS PALACIOS USA INC<br>350 NE 75TH ST<br>MIAMI, FL 33138 | CREDITOR ID: 406005-15<br>EMBUTIDOS PALACIOS, USA<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON FL 33432 | CREDITOR ID: 399332-79<br>EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 |
| CREDITOR ID: 278740-28<br>EMC CORPORATION<br>ATTN TOM CIMENO, SUITE 900<br>6200 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA, FL 33607 | CREDITOR ID: 248946-12<br>EMC CORPORATION<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-3550 | CREDITOR ID: 248947-12<br>EMCO OF HAMMOND<br>ATTN CLAUDETTE WATSON<br>8900 S CHOCTAW<br>BATON ROUGE LA 70815 |
| CREDITOR ID: 248948-12<br>EMEDCO<br>PO BOX 369<br>BUFFALO, NY 14240-0369 | CREDITOR ID: 248949-12<br>EMEKA I KWENTOH & THOMAS F TALTY<br>2015 FIRST AVENUE NORTH<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 267033-31<br>EMERGENCY MANAGEMENT AGENCY<br>ATTN: DAVID MOORE<br>201 N MAIN ST<br>PEARSON GA 31642-9215 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 248950-12
EMERGENCY SERVICES
C/O ROANOKE CITY GEN DIST CT
315 W CHURCH AVE SW 2ND FLOOR
ROANOKE VA 24011

CREDITOR ID: 248951-12
EMERGI CARE CLINIC PC
ATTN MONICA SHELTON, OFF MGR
32 15TH STREET
TUSCALOOSA, AL 35401

CREDITOR ID: 267034-31
EMERSON PUBLIC WORKS
ATTN: RAYMOND PATRICK
193 PUCKETT RD SE
EMERSON GA 30137-2264

CREDITOR ID: 248952-12
EMERSON WHITEFIELD
PO BOX 1276
KENNER LA 70063-1276

CREDITOR ID: 406606-MS
EMERSON, ROBERT D.
1304 KINGSTON RIDGE DR.
CARY NC 27511

CREDITOR ID: 248953-12
EMERY CORMIER
73638 DIAMONHEAD NORTH
DIAMONDHEAD MS 39525

CREDITOR ID: 248954-12
EMILY J COOK
2011 FORT MANDEN
MONROE NC 28110

CREDITOR ID: 248955-12
EMILY J KEELING
1011 LEIGH TERRACE
BARDSTOWN KY 40004

CREDITOR ID: 248959-12
EMMA L ADAMS
2345 SONNY MIXON ROAD
SLOCOMB AL 36375

CREDITOR ID: 248960-12
EMMA MACON
144 NORTHSIDE DRIVE
STARKVILLE MS 39759

CREDITOR ID: 248961-12
EMMANUEL BAPTIST CHURCH
401 HOLCOMB BLVD
OCEAN SPRINGS, MS 39564

CREDITOR ID: 248962-12
EMMANUEL CEDENO
PO BOX 1459
NOCATEE FL 34268

CREDITOR ID: 248963-12
EMMANUEL DEOSSA
9207 ROUNDWOOD COURT
TAMPA FL 33615

CREDITOR ID: 406607-MS
EMMANUEL JR., PATRICK G.
4214 GARIBALDI AVE.
JACKSONVILLE FL 32210

CREDITOR ID: 248964-12
EMMARITA JENSEN
24 N ADAMS STREET
BEVERLY HILLS FL 34465

CREDITOR ID: 248965-12
EMMETT HOOKFIN
1722 FERN STREET
NEW ORLEANS LA 70118

CREDITOR ID: 248967-12
EMMPAK FOODS
PO BOX 198323
ATLANTA, GA 30384-8323

CREDITOR ID: 248968-12
EMPIRE BEEF COMPANY
171 WEIDNER ROAD
ROCHESTER, NY 14624

CREDITOR ID: 384107-47
EMPIRE DIST CO
2960 YONKERS ROAD
RALEIGH, NC 27604

CREDITOR ID: 248969-12
EMPIRE DISTRIBUTOR INC FL
5474 JETPORT INDUSTRIAL BLVD
TAMPA FL 33634

CREDITOR ID: 384108-47
EMPIRE DISTRIBUTORS
PO BOX 43166
ATLANTA, GA 30378

CREDITOR ID: 248971-12
EMPIRE EQUIPMENT COMPANY
307-C HIGHWAY 117 SOUTH BYPASS
GOLDSBORO NC 27530

CREDITOR ID: 248972-12
EMPIRE GAS INC OF CORBIN
4140 SOUTH LAUREL ROAD
LONDON KY 40741

CREDITOR ID: 319-03
EMPIRE GAS OF HAZARD (KY)
12270 KY HWY 15 NORTH
CHAVIES KY 41727-8628

CREDITOR ID: 384109-47
EMPIRE MARKETING AND MANUFACTURING
ATTN: RON WALLACE
3722 BRIGHT AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 248973-12
EMPIRE MARKETING AND MANUFACTURING
4120 HAINES STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 248974-12
EMPIREGAS OF HAZARD
12270 KENTUCKY HWY 15 NORTH
CHAVIES KY 41727

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383110-51<br>EMPLOYEE BENEFIT MGMT SVCES<br>PO BOX 21367<br>BILLINGS, MT 59104 | CREDITOR ID: 384110-47<br>EMPLOYEE HEALTH PROGRAMS<br>BANK OF AMERICA<br>PO BOX 404064<br>ATLANTA, GA 30384404064 | CREDITOR ID: 383103-51<br>EMPLOYEE HLTH INS MGMT, INC.<br>26711 NORTHWESTERN HWY<br>STE 400<br>SOUTHFIELD, MI 48034-2154 |
| CREDITOR ID: 383096-51<br>EMPLOYER HEALTH OPTIONS<br>2801 WEST AVENUE T<br>TEMPLE, TX 76504 | CREDITOR ID: 248976-12<br>EMPLOYERS GROUP<br>PO BOX 15013<br>LOS ANGELES CA 90015 | CREDITOR ID: 397632-72<br>EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 |
| CREDITOR ID: 248977-12<br>EMPLOYMENT DEVELOPMENT DEPT<br>ACCT SERVICES GROUP MIC 28<br>PO BOX 826880<br>SACRAMENTO CA 94280 | CREDITOR ID: 248978-12<br>EMPLOYMENT GUIDE<br>PO BOX 7162<br>CHARLOTTE, NC 28241 | CREDITOR ID: 248979-12<br>EMPLOYMENT GUIDE LLC<br>PO BOX 22846<br>TAMPA FL 33622-2846 |
| CREDITOR ID: 248980-12<br>EMPLOYMENT PRACTICES SOLUTIONS INC<br>502 N CARROLL AVENUE<br>SUITE 100<br>SOUTHLAKE, TX 76092-6449 | CREDITOR ID: 248982-12<br>EMPLOYMENT TODAY<br>PO BOX 625<br>FARMINGTON MI 48332 | CREDITOR ID: 248984-12<br>EMPORIA COMBINED COURT<br>201 SOUTH MAIN STREET<br>PO BOX 511<br>EMPORIA VA 23847 |
| CREDITOR ID: 248985-12<br>EMPRESS INTERNATIONAL LTD<br>ATTN GRACE BISCHOFF<br>10 HARBOR PARK DR<br>PORT WASHINGTON, NY 11050-4602 | CREDITOR ID: 399625-15<br>EMPRESS INTERNATIONAL, LTD<br>ATTN MAGDALENA K BROWN, CR MGR<br>2 MONUMENT SQUARE, 8TH FL<br>PORTLAND ME 04101 | CREDITOR ID: 248986-12<br>EMSCO GROUP<br>PO BOX 151<br>GIRARD, PA 16417-0151 |
| CREDITOR ID: 267035-31<br>ENAS NEEDY FOUNDATION<br>ATTN: CHRISTENA ENA<br>2501 NW 1ST ST<br>BOYNTON BEACH FL 33435-1725 | CREDITOR ID: 248987-12<br>ENCHANTE ACCESSORIES INC<br>4 E 34TH STREET<br>4TH & 5TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 384111-47<br>ENCO ELECTRONIC SYSTEMS<br>5775 MONTGOMERY HWY<br>SUITE 4<br>DOTHAN, AL 36303 |
| CREDITOR ID: 262806-12<br>ENCORE GROUP INC, THE<br>PO BOX 847186<br>BOSTON, MA 02284-7186 | CREDITOR ID: 380954-47<br>ENCORE PROMOTIONS DIVISION OF BRADSHAW<br>FILE 70028<br>LOS ANGELES, CA 90074-0028 | CREDITOR ID: 404615-95<br>ENERGIZER BATTERY INC<br>HEATHER BREWER @ ACOSTA SALES & MAR<br>5650 BRECKENRIDGE PKWY  STE 301<br>TAMPA FL 33610 |
| CREDITOR ID: 248989-12<br>ENERGIZER BATTERY INC<br>23145 NETWORK PLACE<br>CHICAGO, IL 60673-1231 | CREDITOR ID: 267036-31<br>ENERGY ENVIRONMENT TECH INC<br>ATTN: JACK LOCKE<br>305 HIGH BRANCH WAY<br>ROSWELL GA 30075-6711 | CREDITOR ID: 248990-12<br>ENERGY SYSTEMS INC<br>PO BOX 232<br>ODESSA FL 33556 |
| CREDITOR ID: 248991-12<br>ENERGY SYSTEMS SOUTHEAST LLC<br>3700 COLONNADE PARKWAY<br>SUITE 400<br>BIRMINGHAM AL 35243 | CREDITOR ID: 248992-12<br>ENERGY TAX SOLUTIONS INC<br>1310 WALLWOOD DRIVE<br>BRANDON FL 33510 | CREDITOR ID: 248993-12<br>ENERGY UNITED-ELECTRIC<br>PO BOX 1831<br>STATESVILLE, NC 28687-1831 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248995-12<br>ENERSYS INC<br>PO BOX 601164<br>CHARLOTTE NC 28260 | CREDITOR ID: 248996-12<br>ENGEDI SPECIALTIES<br>ATTN: CARL F HOLMBERG, PRES<br>8547 SW US HWY 27<br>FORT WHITE, FL 32038 | CREDITOR ID: 2214-07<br>ENGEL REALTY INC.<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 |
| CREDITOR ID: 406608-MS<br>ENGEL, THOMAS W.<br>105 OAKWOOD<br>WEATHERFORD TX 76086 | CREDITOR ID: 387479-54<br>ENGEN, WANDA<br>160 BENJA ROAD<br>REIDSVILLE NC 27320 | CREDITOR ID: 248998-12<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474 |
| CREDITOR ID: 403301-83<br>ENGINEERING ANALYTICS, INC.<br>2455 S.W. 27TH AVE. STE. 230<br>MIAMI FL 33145 | CREDITOR ID: 248999-12<br>ENGINEERING SYSTEMS TECHNOLOGY INC<br>2400 WEST 84TH STREET, SUITE 9<br>HIALEAH, FL 33016 | CREDITOR ID: 403696-94<br>ENGLERT, GREGORY S<br>740 LAFAYETTE ST<br>LAPLACE LA 70068 |
| CREDITOR ID: 404616-95<br>ENGLEWOOD ELECTRICAL SUPPLY<br>PO BOX 1067 FILE 91997<br>CHARLOTTE NC 28201 | CREDITOR ID: 249000-12<br>ENGLEWOOD ELECTRICAL SUPPLY<br>PO BOX 530409<br>ATLANTA, GA 30353 | CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 249001-12<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO PC<br>PO BOX 2347<br>ATTN SCOTT GOLDSMITH<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 322-03<br>ENGLEWOOD WATER DISTRICT<br>PO BOX 1399<br>ENGLEWOOD FL 34295-1399 | CREDITOR ID: 249003-12<br>ENGLISH GARDENS LTD<br>150 FOSTER CIRCLE<br>BOONE NC 28607 |
| CREDITOR ID: 249004-12<br>ENGLISH VILLAGE LLC<br>ATTN MIKE PETERS  MANG MEMBER<br>2906 NORTH STATE STREET SUITE 201<br>JACKSON, MS 39216 | CREDITOR ID: 407579-99<br>ENGLISH, AMANDA<br>C/O HARRELL & HARRELL<br>ATTN: GREGORY J SCHLAX<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 407579-99<br>ENGLISH, AMANDA<br>C/O HELD & ISRAEL ATTYS AT LAW<br>ATTN KIMBERLY HELD ISRAEL ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 390127-54<br>ENGLISH, AMANDA (MINOR)<br>8436 VINNING ST<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 239871-06<br>ENGLISH, BILL<br>JUDGE OF PROBATE<br>PO BOX 2266<br>OPELIKA AL 36803-2266 | CREDITOR ID: 406609-MS<br>ENGLISH, CLARENCE<br>109 MAYFAIR DR.<br>TAYLORS SC 29687 |
| CREDITOR ID: 389752-54<br>ENGLISH, KENNETH<br>204 NE BARLEY RD<br>LEE FL 32059 | CREDITOR ID: 393371-55<br>ENGLISH, KENNETH<br>C/O: GUS VINCENT SOTO<br>1284 B TIMBERLANE RD<br>TALLAHASSEE FL 32312 | CREDITOR ID: 387884-54<br>ENGLISH, MILDRED<br>201 MURPHY AVE.<br>JACKSONVILLE, AL 36265 |
| CREDITOR ID: 392166-55<br>ENGLISH, MILDRED<br>C/O: PATRICK P. HUGHES, ESQUIRE<br>PATRICK P. HUGHES, ESQUIRE<br>1000 QUINTARD AVE., STE. 303<br>P. O. BOX 2627<br>ANNISTON AL 36202 | CREDITOR ID: 277133-21<br>ENGLISH, MILDRED<br>C/O LAW OFFICES OF PATRICK P HUGHES<br>ATTN PATRICK P HUGHES ESQ<br>1000 QUINTARD AVENUE SUITE 303<br>PO BOX 2627<br>ANNISTON AL 36202 | CREDITOR ID: 393501-55<br>ENGLISH, SANDRA K<br>C/O: THOMAS THOBURN, ESQ.<br>96 WILLARD STREET<br>SUITE # 206<br>COCOA FL 32922 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389980-54<br>ENGLISH, SANDRA K<br>208 EAST MAIN STREET<br>BELMONT OH 43718 | CREDITOR ID: 381689-47<br>ENGRAM, VERONICA J<br>121 VALLEY DRIVE NORTH<br>ALAXADIA, AL 36250 | CREDITOR ID: 374831-44<br>ENGROBA, TERRI, E<br>12685 WESTPORT CIR<br>WELLINGTON, FL 33414 |
| CREDITOR ID: 383087-51<br>ENHANCED PHARMACY CARE<br>345 EDGEWOOD TERRACE DRIVE<br>JACKSON, MS 39206 | CREDITOR ID: 387689-54<br>ENNIS, JESSICA<br>P.O BOX 112<br>JACKSONS GAP AL 36861 | CREDITOR ID: 382605-51<br>ENNIS, RODNEY<br>11190 LAKEVIEW DRIVE<br>UNION, KY 41091 |
| CREDITOR ID: 249005-12<br>ENOE ESQQUIVEL<br>1085 W 60TH STREET<br>HIALEAH FL 33012 | CREDITOR ID: 249006-12<br>ENON ELEMENTARY SCHOOL<br>14058 HWY 16<br>FRANKLINTON, LA 70438 | CREDITOR ID: 249007-12<br>ENRIKA A ANDREWS<br>8000 BUFFALO ROAD<br>NEW ORLEANS LA 70128 |
| CREDITOR ID: 404617-95<br>ENTEGEE ENGINEERING TECHNICAL<br>DRAWER C S 198768<br>ATLANTA GA 30384-8768 | CREDITOR ID: 249009-12<br>ENTEGEE ENGINEERING TECHNICAL<br>PO BOX 4410<br>BOSTON, MA 02211 | CREDITOR ID: 249011-12<br>ENTERGY<br>PO BOX 61825<br>NEW ORLEANS, LA 70161-1825 |
| CREDITOR ID: 249012-12<br>ENTERGY<br>PO BOX 64001<br>NEW ORLEANS, LA 70164-4001 | CREDITOR ID: 249010-12<br>ENTERGY<br>PO BOX 61009<br>NEW ORLEANS, LA 70161-1009 | CREDITOR ID: 397681-99<br>ENTERGY GULF STATES INC<br>C/O WARNER STEVENS LLP<br>ATTN: MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 |
| CREDITOR ID: 397682-99<br>ENTERGY LOUISIANA INC<br>C/O WARNER & STEVENS LLP<br>ATTN: MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | CREDITOR ID: 323-03<br>ENTERGY LOUISIANA, INC.<br>639 LOYOLA AVENUE<br>PO BOX 61000<br>NEW ORLEANS LA 70112 | CREDITOR ID: 397683-99<br>ENTERGY MISSISSIPPI INC<br>C/O WARNER & STEVENS LLP<br>ATTN: MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 |
| CREDITOR ID: 324-03<br>ENTERGY MISSISSIPPI, INC.<br>PO BOX 61000<br>NEW ORLEANS LA 70161 | CREDITOR ID: 397684-99<br>ENTERGY NEW ORLEANS INC<br>C/O WARNER & STEVENS LLP<br>ATTN:MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | CREDITOR ID: 325-03<br>ENTERGY NEW ORLEANS, INC.<br>639 LOYOLA AVENUE<br>PO BOX 61000<br>NEW ORLEANS LA 70161 |
| CREDITOR ID: 249013-12<br>ENTERGY/NEW ORLEANS PS<br>PO BOX 61966<br>NEW ORLEANS, LA 70160-1966 | CREDITOR ID: 249014-12<br>ENTERPRISE<br>PO BOX 387<br>WILLIAMSTON, NC 27892-0387 | CREDITOR ID: 267037-31<br>ENTERPRISE DEVELOPMENT<br>ATTN: ARTHUR OSTHEIMER<br>6680 W MAIN ST<br>HOUMA LA 70360-2416 |
| CREDITOR ID: 404618-95<br>ENTERPRISE FLEET SERVICES<br>PO BOX 10699<br>JACKSONVILLE FL 32247-0699 | CREDITOR ID: 249015-12<br>ENTERPRISE FLEET SERVICES<br>PO BOX 351659<br>JACKSONVILLE, FL 32235 | CREDITOR ID: 249016-12<br>ENTERPRISE GROUP<br>PO BOX 75146<br>CHARLOTTE NC 28275 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249017-12<br>ENTERPRISE HIGH SCHOOL YEARBOOK<br>500 EAST WATTS STREET<br>ENTERPRISE AL 36330 | CREDITOR ID: 249018-12<br>ENTERPRISE JOURNAL<br>PO BOX 2009<br>MCCOMB, MS 39649-2009 | CREDITOR ID: 249019-12<br>ENTERPRISE LEASING CO<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 351659<br>JACKSONVILLE, FL 32235 |
| CREDITOR ID: 249020-12<br>ENTERPRISE LEASING CORPORATION<br>5501 W SPRUCE STREET<br>TAMPA FL 33607 | CREDITOR ID: 249021-12<br>ENTERPRISE MOUNTAINEER<br>PO BOX 129<br>220 N MAIN STREET<br>WAYNESVILLE NC 28786-0129 | CREDITOR ID: 249022-12<br>ENTERPRISE PRODUCTS OPERATING L P<br>PO BOX 972866<br>DALLAS, TX 75397-2866 |
| CREDITOR ID: 249023-12<br>ENTERPRISE RECOVERY SYSTEMS INC<br>2400 S WOLF RD STE 200<br>ATTN GARNISHMENT DEPT<br>WESTCHESTER, IL 60154 | CREDITOR ID: 249025-12<br>ENTERPRISE RENT A CAR<br>5105 JOHNSON ROAD<br>COCONUT CREEK, FL 33073 | CREDITOR ID: 249027-12<br>ENTERPRISE RENT A CAR<br>ATTN ACC RECEIVABLE<br>130 UNIVERSITY PARK DR # 235<br>WINTER PARK, FL 32792-4428 |
| CREDITOR ID: 249028-12<br>ENTERPRISE RENT A CAR<br>ATTN ACCTS RECEIVABLE<br>2150 N STATE RD 7<br>LAUDERDALE LAKES FL 33313 | CREDITOR ID: 249024-12<br>ENTERPRISE RENT A CAR<br>300 ARBOR LAKE DRIVE<br>SUITE 1300<br>COLUMBIA SC 29223 | CREDITOR ID: 249026-12<br>ENTERPRISE RENT A CAR<br>6800 NORTH  DALE MABRY<br>HIGHWAY# 158<br>ATTN ACCTS RECEIVABLE<br>TAMPA, FL 33614 |
| CREDITOR ID: 381075-47<br>ENTERPRISE SECURITY SYSTEMS INC<br>10809 SOUTHERN LOOP BLVD, SUITE 13<br>PINEVILLE, NC 28134 | CREDITOR ID: 249029-12<br>ENTERPRISE SPECIALTY PRODUCTS INC<br>PO BOX 488<br>LAURENS SC 29360 | CREDITOR ID: 249030-12<br>ENTERPRISE WATER WORKS BOARD<br>PO BOX 311000<br>ENTERPRISE, AL 36331-1000 |
| CREDITOR ID: 385688-54<br>ENTREKIN, JAMES D<br>2502 ROBIN ST<br>SLIDELL, LA 70460 | CREDITOR ID: 390968-55<br>ENTREKIN, JAMES D<br>C/O: MICHAEL HINGLE, ESQUIRE<br>MICHAEL HINGLE & ASSOCIATES, LLC<br>220 GAUSE BLVD, STE. 200<br>SLIDELL LA 70458 | CREDITOR ID: 249031-12<br>ENTROPY UNLIMITED INC<br>PO BOX 12293<br>TALLAHASSEE, FL 32317 |
| CREDITOR ID: 387347-54<br>ENTZMINGER, JACQUELINE<br>C/O ROBERT RUBENSTEIN, PA<br>ATTN ROBERT RUBENSTEIN, ESQ<br>9350 S DIXIE HIGHWAY, SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 387347-54<br>ENTZMINGER, JACQUELINE<br>19350 NW 32ND AVENUE<br>MIAMI, FL 33056 | CREDITOR ID: 391920-55<br>ENTZMINGER, JACQUELINE<br>C/O OFFICES OF ROBERT RUBENSTEIN<br>ATTN ROBERT RUBENSTEIN ESQ<br>9350 S. DIXIE HWY SUITE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 388509-54<br>ENVILLE, IRENE<br>925 WINSOR AVENUE<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 392589-55<br>ENVILLE, IRENE<br>C/O: MR. STEVEN C. SIMON, ESQUIRE<br>ROSENTHAL & LEVY<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 267045-31<br>ENVIRNMENT CNSRVTION TENN DEPT<br>ATTN: DOYE ROLLAND<br>2484 PARK PLUS DR<br>COLUMBIA TN 38401-4511 |
| CREDITOR ID: 267063-31<br>ENVIRNMENT CNSRVTION TENN DEPT<br>ATTN: RALPH GRINDSTAFF<br>3650 OLD SAM HOUSTON SCHOOL RD<br>MARYVILLE TN 37804-5644 | CREDITOR ID: 267049-31<br>ENVIRNMENT CNSRVTION TENN DEPT<br>ATTN: HENRY LAMB<br>175 SHEPARD CEMETERY LN<br>HOLLOW ROCK TN 38342-1875 | CREDITOR ID: 267056-31<br>ENVIRNMENT CNSRVTION TENN DEPT<br>ATTN: LORNA SMITH<br>3193 HIGHWAY 126<br>BLOUNTVILLE TN 37617-4734 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

CREDITOR ID: 267051-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: JEFF PLATT
310 TELLICO ST S
MADISONVILLE TN 37354-1187

CREDITOR ID: 267054-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: JIM TEEPLE
301 W MAIN ST
WOODBURY TN 37190-1100

CREDITOR ID: 267058-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: MARK HALBACK
1245 DAVY CROCKETT PARK R
LIMESTONE TN 37681

CREDITOR ID: 267046-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: GARY REEVES
111 MURPHREE AVE
CENTERVILLE TN 37033-1418

CREDITOR ID: 267044-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: DONNA MONROE
2425 HIGHWAY 75
BLOUNTVILLE TN 37617-6350

CREDITOR ID: 267043-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: DOLE BRYANT
4000 BURGESS FALLS AVE
SPARTA TN 38583-6661

CREDITOR ID: 267042-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: BOBBY J RAINES
160 STATE CIR
LAKE CITY TN 37769-5110

CREDITOR ID: 267040-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: BARRY STEPHANS
401 CHURCH ST FL 9
NASHVILLE TN 37219-2213

CREDITOR ID: 267039-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: ANN LOVELL
401 CHURCH ST
NASHVILLE TN 37219-2213

CREDITOR ID: 267038-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: ALAN RATHER
210 S MAIN ST
ASHLAND CITY TN 37015-1624

CREDITOR ID: 267066-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: THEDA YOUNG
90 REDOUBT LN
NEW JOHNSONVILLE TN 37134-3413

CREDITOR ID: 267065-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: STAN VOYD
540 MCCALLIE AVE STE 550
CHATTANOOGA TN 37402-2067

CREDITOR ID: 267064-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: SELINA CUNNINGHAM
401 CHURCH ST FL 12
NASHVILLE TN 37219-2213

CREDITOR ID: 267062-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: PAUL E DAVIS
401 CHURCH ST FL 6
NASHVILLE TN 37219-2213

CREDITOR ID: 267061-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: PAT WRIGHT
1020 JACKSON HILL RD
BURNS TN 37029-5040

CREDITOR ID: 267060-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: MILTON H HAMILTON
401 CHURCH ST
NASHVILLE TN 37219-2213

CREDITOR ID: 267059-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: MICHAEL APPLE
401 CHURCH ST FL 5
NASHVILLE TN 37219-2213

CREDITOR ID: 267055-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: KENNY DANIEL
328 CEDAR FOREST RD
LEBANON TN 37090-7678

CREDITOR ID: 267053-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: JIM HARRISON
984 JOHN HOWELL RD
POCAHONTAS TN 38061-4640

CREDITOR ID: 267050-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: JAN TEEPLE
20 W SECOND ST
CROSSVILLE TN 38555-4411

CREDITOR ID: 267048-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: GEORGE ROSS
HWY 57 S
PICKWICK DAM TN 38365

CREDITOR ID: 267067-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: WAYNE BOLMAR
600 JAMES ROBERTSON PKWY
NASHVILLE TN 37243-1200

CREDITOR ID: 267041-31
ENVIRNMENT CNSRVTION TENN DEPT
ATTN: BOB WELLS
401 DUNBAR CAVE RD
CLARKSVILLE TN 37043-5725

CREDITOR ID: 267071-31
ENVIRNMNTAL PRTECTION FLA DEPT
ATTN: BOBBY COOLEY
160 W GOVERNMENT ST
PENSACOLA FL 32502-5735

CREDITOR ID: 267090-31
ENVIRNMNTAL PRTECTION FLA DEPT
ATTN: NEIL KALIN
6591 SW 160TH AVE
FORT LAUDERDALE FL 33331-4601

CREDITOR ID: 267092-31
ENVIRNMNTAL PRTECTION FLA DEPT
ATTN: RANDY RUNNELS
130 TERRA CEIA RD
TERRA CEIA FL 34250

CREDITOR ID: 267086-31
ENVIRNMNTAL PRTECTION FLA DEPT
ATTN: KEITH LAAKKONES
3266 N SAILBOAT AVE
CRYSTAL RIVER FL 34428-6205

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267072-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: BRIAN STARFORD<br>170 CENTURY BLVD<br>BARTOW FL 33830-7700 | CREDITOR ID: 267080-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: ERNIE FREY<br>1195 S CONGRESS AVE<br>WEST PALM BEACH FL 33406-5114 | CREDITOR ID: 267070-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: BILL HALSTEAD<br>14495 HARLEE RD<br>PALMETTO FL 34221-9620 |
| CREDITOR ID: 267069-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: ANNE BIRCH<br>3701 N STATE ROAD 7<br>FORT LAUDERDALE FL 33319-5609 | CREDITOR ID: 267068-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: ALICE PARNER<br>3800 COMMONWEALTH BLVD<br>TALLAHASSEE FL 32303-3123 | CREDITOR ID: 267091-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: NORMA GARCIA<br>5882 S SEMORAN BLVD<br>ORLANDO FL 32822-4817 |
| CREDITOR ID: 267089-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: MELISSA MEEKER<br>400 N CONGRESS AVE<br>WEST PALM BEACH FL 33401-2912 | CREDITOR ID: 267088-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: LARRY MYERS<br>4626 LANDSFIELD RD<br>CALLAHAN FL 32011 | CREDITOR ID: 267087-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: KEVIN MC GINLY<br>750 S MILITARY TRL<br>WEST PALM BEACH FL 33415-3963 |
| CREDITOR ID: 267085-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: JOSEPH BAKKER<br>2051 E PAUL DIRAC DR<br>TALLAHASSEE FL 32310-3760 | CREDITOR ID: 267084-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: JOHN RUDDELL<br>2600 BLAIRSTONE RD # 350<br>TALLAHASSEE FL 32399-6542 | CREDITOR ID: 267083-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: JAMES PETERSON<br>25633 COUNTY ROAD 448A<br>MOUNT DORA FL 32757-9708 |
| CREDITOR ID: 267082-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: GARY SHAFFER<br>2353 JENKS AVE<br>PANAMA CITY FL 32405-4389 | CREDITOR ID: 267079-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: DEBORAH HOFFARD<br>3900 COMMONWEALTH BLVD<br>TALLAHASSEE FL 32399-6575 | CREDITOR ID: 267078-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: DAVID ROACH<br>1314 MARCINSKI RD<br>JUPITER FL 33477-9427 |
| CREDITOR ID: 267076-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: DANNY PAUL<br>2309 RIVER RIDGE RD<br>DELAND FL 32720-4302 | CREDITOR ID: 267075-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: CHICK MC INCIRE<br>12549 STATE PARK DR<br>CLERMONT FL 34714-8667 | CREDITOR ID: 267074-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: CECIL DAVIS<br>19950 NUGENT ST<br>ORLANDO FL 32833-5502 |
| CREDITOR ID: 267073-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: CAPT JAMES RIES<br>29 ACADEMY DR<br>HAVANA FL 32333-4695 | CREDITOR ID: 267093-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: RICH ROLLO<br>201 SELMA AVE<br>ENGLEWOOD FL 34223-3443 | CREDITOR ID: 267077-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: DARRELL KRAUSE<br>18730 W NEWBERRY RD<br>NEWBERRY FL 32669-2192 |
| CREDITOR ID: 267094-31<br>ENVIRNMNTAL PRTECTION FLA DEPT<br>ATTN: ROBERT REPENING<br>13960 STRINGFELLOW RD<br>BOKEELIA FL 33922-2312 | CREDITOR ID: 249032-12<br>ENVIRO SAFE CARPET CLEANING<br>PO BOX 1702<br>RACELAND, LA 70394 | CREDITOR ID: 267106-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: JOHN MORRIS<br>1611 MAIL SERVICE CTR<br>RALEIGH NC 27699-1611 |
| CREDITOR ID: 267101-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: GREG GODARD<br>1309 S WESLEYAN BLVD<br>ROCKY MOUNT NC 27803-4506 | CREDITOR ID: 267110-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: WILLIAM G ROSS JR<br>512 N SALISBURY ST<br>RALEIGH NC 27604-1170 | CREDITOR ID: 267109-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: LONNIE BURRUS<br>159 WATER PLANT RD<br>OCRACOKE NC 27960 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267108-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: LESLIE SMOTHERS<br>589 RACCOON RD STE 203<br>WAYNESVILLE NC 28786-3429 | CREDITOR ID: 267107-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: KEITH JENKINS<br>220 SARDIS RD<br>ASHEVILLE NC 28806-8504 | CREDITOR ID: 267105-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: JIMMY OVERTON<br>4401 REEDY CREEK RD<br>RALEIGH NC 27607-6445 |
| CREDITOR ID: 267104-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: JESSICA MILES<br>PARKER LINCLN BL 2728<br>RALEIGH NC 27605 | CREDITOR ID: 267103-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: JEFF HIGGINS<br>209 E ELM ST RM 8<br>YADKINVILLE NC 27055-8258 | CREDITOR ID: 267100-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: GARY HUNT<br>1639 MAIL SERVICE CTR<br>RALEIGH NC 27699-1639 |
| CREDITOR ID: 267099-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: DONNA MOFFITT<br>151 NC HIGHWAY 24 BLDG II<br>MOREHEAD CITY NC 28557-2518 | CREDITOR ID: 267098-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: CAROL TURNER<br>971 W KING ST<br>BOONE NC 28607-3468 | CREDITOR ID: 267097-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: BILL MEYER<br>401 OBERLIN RD<br>RALEIGH NC 27605-1358 |
| CREDITOR ID: 267095-31<br>ENVIROMENT AND NATURAL RESOURC<br>ATTN: ALAN KLIMEK<br>512 N SALISBURY ST<br>RALEIGH NC 27604-1170 | CREDITOR ID: 267111-31<br>ENVIROMENTAL DRILLING & CONTG<br>ATTN: BELINDA BARKER<br>2378 LEE HWY<br>MOUNT SIDNEY VA 24467-2203 | CREDITOR ID: 267112-31<br>ENVIROMENTAL ELEMENTS CORP<br>ATTN: JACK HILBERT<br>516 TOM SAWYER LN<br>CRESTVIEW FL 32536-5265 |
| CREDITOR ID: 249033-12<br>ENVIROMENTAL INVESTIGATIONS INC<br>2101 GATEWAY CENTRE BLVD<br>SUITE 200<br>MORRISVILLE NC 27560 | CREDITOR ID: 267113-31<br>ENVIROMENTAL QUALITY MISS DEPT<br>ATTN: CHARLES CHISOLM<br>2380 HIGHWAY 80 W<br>JACKSON MS 39204-2312 | CREDITOR ID: 267114-31<br>ENVIROMENTAL QUALITY MISS DEPT<br>ATTN: F E THOMPSON<br>2423 N STATE ST<br>JACKSON MS 39216-4504 |
| CREDITOR ID: 267115-31<br>ENVIROMENTAL QUALITY MISS DEPT<br>ATTN: JAMES CRAWFORD<br>2380 HIGHWAY 80 W<br>JACKSON MS 39204-2312 | CREDITOR ID: 267116-31<br>ENVIROMENTAL QUALITY MISS DEPT<br>ATTN: LLOYD SHARP<br>3002C BIENVILLE BLVD<br>OCEAN SPRINGS MS 39564-4354 | CREDITOR ID: 267117-31<br>ENVIROMENTAL REAGENT SERVICE<br>ATTN: MARIA HAWTHORNE<br>4650 SW 51ST ST STE 704<br>FORT LAUDERDALE FL 33314-5535 |
| CREDITOR ID: 399677-YY<br>ENVIROMENTAL RESOURCE SOLUTIONS INC<br>1597 THE GREENS WAY<br>SUITE 200<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 267118-31<br>ENVIROMENTAL SERVICES<br>ATTN: ANITA LARGENT<br>1660 RINGLING BLVD<br>SARASOTA FL 34236-6870 | CREDITOR ID: 249034-12<br>ENVIROMENTAL SPECIALTIES INC<br>1301 EDWARDS AVENUE<br>HARAHAN LA 70123 |
| CREDITOR ID: 267119-31<br>ENVIRONMENTAL CONTROL CO INC<br>ATTN: TIM CAGLE<br>9059 MADISON BLVD<br>MADISON AL 35758-3109 | CREDITOR ID: 249036-12<br>ENVIRONMENTAL CONTROL INDUSTS INC<br>2431 S W 56TH TERRACE<br>HOLLYWOOD FL 33023 | CREDITOR ID: 267120-31<br>ENVIRONMENTAL DEF FOUNDATION<br>ATTN: WALTER KEITH FRANKLIN<br>6511 65TH WAY<br>WEST PALM BEACH FL 33409-7126 |
| CREDITOR ID: 267121-31<br>ENVIRONMENTAL DEPT-SEPTIC<br>ATTN: FALI KAPADIA<br>1 S PUBLIC SQ STE 215<br>MURFREESBORO TN 37130-3634 | CREDITOR ID: 267122-31<br>ENVIRONMENTAL EPIDEMIOLOG<br>ATTN: DR BILL TYNAN<br>1912 MAIL SERVICE CTR<br>RALEIGH NC 27699-1912 | CREDITOR ID: 267123-31<br>ENVIRONMENTAL HEALTH<br>ATTN: HUGH F GIYBEIG<br>217 NE FRANKLIN ST<br>LAKE CITY FL 32055-2981 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249037-12<br>ENVIRONMENTAL HEALTH TESTING LLC<br>PO BOX 850001<br>ORLANDO FL 32885-0341 | CREDITOR ID: 249038-12<br>ENVIRONMENTAL INVESTIGATIONS INC<br>2101 GATEWAY CENTRE BLVD<br>SUITE 200<br>MORRISVILLE, NC 27560 | CREDITOR ID: 249039-12<br>ENVIRONMENTAL MANAGEMENT SVC INC<br>PO BOX 15369<br>HATTIESBURG MS 39404-5369 |
| CREDITOR ID: 380990-47<br>ENVIRONMENTAL MGMT SVCS OF SOUTH FL INC<br>1200 NE 48TH ST #3  *PREV ADDRESS*<br>ATTN: ALAN SPURLIN<br>POMPANO BEACH, FL 33064 | CREDITOR ID: 384112-47<br>ENVIRONMENTAL MGMT SVCS OF SOUTH FL INC<br>1940 NORTHWEST 22ND STREET<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 267128-31<br>ENVIRONMENTAL MGT ALA DEPT<br>ATTN: SCOTT BROWN<br>4171 COMMANDERS DR<br>MOBILE AL 36615-1421 |
| CREDITOR ID: 267127-31<br>ENVIRONMENTAL MGT ALA DEPT<br>ATTN: JAMES W WARR<br>1400 COLISEUM BLVD<br>MONTGOMERY AL 36110-2400 | CREDITOR ID: 267126-31<br>ENVIRONMENTAL MGT ALA DEPT<br>ATTN: J A BLOCH<br>1445 FEDERAL DR<br>MONTGOMERY AL 36107-1123 | CREDITOR ID: 267125-31<br>ENVIRONMENTAL MGT ALA DEPT<br>ATTN: FREDDIE THOMAS<br>2715 SANDLIN RD SW<br>DECATUR AL 35603-1333 |
| CREDITOR ID: 249041-12<br>ENVIRONMENTAL PARTNERS<br>PO BOX 9001666<br>LOUISVILLE KY 40290-1666 | CREDITOR ID: 267146-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: SAM T WINDHAM<br>540 S MORRIS AVE<br>MONTGOMERY AL 36115-2600 | CREDITOR ID: 267138-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: FRED BURNSIDE<br>61 FORSYTH ST STE 16T90<br>ATLANTA GA 30303-8931 |
| CREDITOR ID: 267135-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: DEBORAH BALSAMO<br>MD C 267-01 109 TW 86<br>DURHAM NC 27711-0001 | CREDITOR ID: 45-01<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 4<br>ATLANTA FEDERAL CENTER<br>61 FORSYTH STREET, SW<br>ATLANTA GA 30303-3104 | CREDITOR ID: 267148-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: TONY ROBERTS<br>3003 KNIGHT ST STE 122<br>SHREVEPORT LA 71105-2500 |
| CREDITOR ID: 44-01<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 3<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | CREDITOR ID: 43-01<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 6<br>FOUNTAIN PLACE 12TH FLOOR, STE 1200<br>1445 ROSS AVENUE<br>DALLAS TX 75202-2733 | CREDITOR ID: 46-01<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3507 |
| CREDITOR ID: 42-01<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | CREDITOR ID: 267150-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: WARREN ARTHUR<br>215 BOBBIE ST STE 100<br>BOSSIER CITY LA 71112-2201 | CREDITOR ID: 267140-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: JIMMY I PALMER JR<br>61 FORSYTH ST SW FL 14<br>ATLANTA GA 30303-8931 |
| CREDITOR ID: 267136-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: DR LESTER GRANT<br>HWY 54 & ALEXANDER DR<br>DURHAM NC 27711-0001 | CREDITOR ID: 267133-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: CAROL BROWNER<br>79 TW ALEXANDRA DR<br>DURHAM NC 27710-0001 | CREDITOR ID: 267131-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: BILL LAXTON<br>4930 CHIN PAGE RD<br>DURHAM NC 27703-8400 |
| CREDITOR ID: 267130-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: BEVERLY ETHERIDGE<br>707 FLORIDA ST STE B-21<br>BATON ROUGE LA 70801-1713 | CREDITOR ID: 267129-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: ANGELA BLANKS<br>1921 JEFFERSON DAVIS HWY<br>ARLINGTON VA 22202-4504 | CREDITOR ID: 267149-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: TRAE WATSON<br>RTP-FINANCIAL MGMT CENTER<br>DURHAM NC 27711-0001 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267147-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: SUSAN HELBERT<br>1100 WILSON BLVD STE 950<br>ARLINGTON VA 22209-2297 | CREDITOR ID: 267145-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: RUSSL RIGHT<br>960 COLLEGE STATION RD<br>ATHENS GA 30605-2720 | CREDITOR ID: 267144-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: LISA FISHER<br>4182 FORSYTH RD<br>MACON GA 31210-4806 |
| CREDITOR ID: 267143-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: JOHN VANDENBERG<br>104 MASON FARM RD<br>CHAPEL HILL NC 27514-4512 | CREDITOR ID: 267139-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: JENNETTE BROWN<br>1921 JEFFERSON DAVIS HWY<br>ARLINGTON VA 22202-4504 | CREDITOR ID: 41-01<br>ENVIRONMENTAL PROTECTION AGENCY<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20460 |
| CREDITOR ID: 267137-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: ELIZABETH PORTER<br>8940 FALLING CREEK CT<br>ANNANDALE VA 22003-4108 | CREDITOR ID: 267151-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: WILLIAM G LAXTON<br>109 TW ALEXANDER DR<br>RESEARCH TRIANGLE PA NC 27709 | CREDITOR ID: 267134-31<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: CHARLES HOOPER<br>980 COLLEGE STATION RD<br>ATHENS GA 30605-2720 |
| CREDITOR ID: 267154-31<br>ENVIRONMENTAL PROTECTION DIV<br>ATTN: PATRICIA KITCHENS<br>2640 SHURLING DR<br>MACON GA 31211-2629 | CREDITOR ID: 267153-31<br>ENVIRONMENTAL PROTECTION DIV<br>ATTN: HAROLD REHEIS<br>205 JESSE HILL JR DR SE<br>ATLANTA GA 30334-9033 | CREDITOR ID: 267152-31<br>ENVIRONMENTAL PROTECTION DIV<br>ATTN: BRIAN BAKER<br>6555 ABERCORN ST STE 130<br>SAVANNAH GA 31405-5722 |
| CREDITOR ID: 384113-47<br>ENVIRONMENTAL PUMPING<br>AND DRAIN SERVICES<br>PO BOX 15036<br>HATTIESBURG, MS 39404-5036 | CREDITOR ID: 249042-12<br>ENVIRONMENTAL PUMPING & DRAIN SVCS<br>PO BOX 15036<br>HATTIESBURG MS 39404-5036 | CREDITOR ID: 267158-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: DR MIKED MCDANIEL<br>602 N 5TH ST<br>BATON ROUGE LA 70802-5312 |
| CREDITOR ID: 267163-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: MICHAEL DUPLECHIAN<br>MERRYVILLE HWY<br>MERRYVILLE LA 70653 | CREDITOR ID: 267164-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: THOMAS BICKHAM<br>7290 BLUEBONNET BLVD<br>BATON ROUGE LA 70810-1611 | CREDITOR ID: 267157-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: DIANE WALKER<br>3519 PATRICK ST STE 265<br>LAKE CHARLES LA 70605-1730 |
| CREDITOR ID: 267162-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: MAURA BOUTTE<br>100 ASMA BLVD STE 151<br>LAFAYETTE LA 70508-3862 | CREDITOR ID: 267155-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: BOB PAUL<br>402 RAINBOW DR<br>PINEVILLE LA 71360-6978 | CREDITOR ID: 267161-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: KIRK CORMIER<br>804 N 31ST ST<br>MONROE LA 71201-3945 |
| CREDITOR ID: 267156-14<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: DARRYL SERIO<br>7290 BLUEBONNET BLVD<br>BATON ROUGE LA 70810-1611 | CREDITOR ID: 267160-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: JOHNELL ELMER<br>3945 N I 10 SERVICE RD W<br>METAIRIE LA 70002-6880 | CREDITOR ID: 267159-31<br>ENVIRONMENTAL QUALITY LA DEPT<br>ATTN: JIM HASLETT<br>8000 G S R I RD BLDG 402<br>BATON ROUGE LA 70820-7403 |
| CREDITOR ID: 267165-31<br>ENVIRONMENTAL QUALITY MANAGEME<br>ATTN: MITZI MILLER<br>10801 FOX PARK LN<br>KNOXVILLE TN 37931-1920 | CREDITOR ID: 267166-31<br>ENVIRONMENTAL RECOVERY SYSTEMS<br>ATTN: RODERICK LIFE<br>1107 CEDAR ST<br>BRUNSWICK GA 31520-2608 | CREDITOR ID: 249043-12<br>ENVIRONMENTAL RESOURCE ANALYSTS INC<br>AUBURN TECHNOLOGY PARK<br>2975 BROWN COURT<br>AUBURN AL 36830 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 249044-12
ENVIRONMENTAL RESOURCES MANAGEMENT
33 SW 2ND AVE
WATER AND SEWER DIV
STE 500
MIAMI FL 33130-1540

CREDITOR ID: 249047-12
ENVIRONMENTAL TECHNOLOGY CORP
6748 WARNER ROAD
MADISON OH 44057

CREDITOR ID: 249049-12
ENVIROSAFE CONSULTING & INVESTIGATS
17 SE COURT SQUARE
SUITE 204
GRAHAM NC 27253

CREDITOR ID: 249050-12
ENVIROVAC
194 COUNTY HWY 373
HALEYVILLE, AL 35565

CREDITOR ID: 249051-12
ENZYME DEVELOPMENT
21 PENN PLAZA, STE 1102
360 WEST 31ST STREET
NEW YORK, NY 10001-2727

CREDITOR ID: 383178-53
EPC
1900 9TH AVE
TAMPA FL 33605

CREDITOR ID: 383179-53
EPCRA REPORTING CENTER
PO BOX 3348
MERRIFIELD VA 22116

CREDITOR ID: 249052-12
EPES TRANSPORT SYSTEMS INC
ATTN W BROOKS LOTT
PO BOX 35605
GREENSBORO, NC 27425

CREDITOR ID: 249053-12
EPHRAIM MCDOWELL REGIONAL MED CTR
217 S THIRD ST
DANVILLE KY 40422

CREDITOR ID: 249054-12
EPI DE FRANCE BAKERY
1757 TULLIE CIRCLE NE
ATLANTA, GA 30329-2305

CREDITOR ID: 249055-12
EPIPHANY DAY SCHOOL
120 JEFFERSON ST
NEW IBERIA, LA 70560

CREDITOR ID: 249056-12
EPISCOPAL HIGH SCHOOL
4455 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 249057-12
EPISCOPAL SCHOOL
3200 WOODLAND RIDGE
BATON ROUGE, LA 70816

CREDITOR ID: 249058-12
EPISCOPAL SCHOOL OF ACADIANA
PO BOX 380
CADE, LA 70519

CREDITOR ID: 249059-12
EPOCA INC
35 COTTERS LANE
EAST BRUNSWICK, NJ 08816

CREDITOR ID: 381272-47
EPOCH ENTERPRISES
2010 W ANKLAM RD
TUCSON, AZ 85745

CREDITOR ID: 249060-12
EPPERSON AND COMPANY
PO BOX 106039
ATLANTA, GA 30348-6039

CREDITOR ID: 249061-12
EPPERSON CRANES
PO BOX 523065
MIAMI, FL 33152-3065

CREDITOR ID: 406610-MS
EPPERSON, JAMES G.
18152 MONGA DR.
COVINGTON LA 70433

CREDITOR ID: 387079-54
EPPERSON, MICHAEL
1610 LUND AVE
KISSIMMEE FL 34744

CREDITOR ID: 384361-47
EPPINETT, SONYA
PO BOX 161
FRENCH SETTLEMENT, LA 70733

CREDITOR ID: 249062-12
EPSOM SALT PLUS INC
1 MADISON STREET
E RUTHERFORD, NJ 07073

CREDITOR ID: 398212-74
EPSTEIN BECKER & GREEN
ATTN: MITCHELL S. ALLEN
SUITE 2700
945 EAST PACES FERRY ROAD
ATLANTA GA 30327

CREDITOR ID: 400685-91
EPSTEIN, STEPHEN C
701 TARRY TOWN TR
PORT ORANGE FL 32127

CREDITOR ID: 249064-12
EQUINOX SERVICES LLC
PO BOX 9533
JACKSON, MS 39286

CREDITOR ID: 249065-12
EQUINOX SYSTEMS & SERVICES CORP
PO BOX 31213
JACKSON, MS 39286

CREDITOR ID: 249066-12
EQUIPMENT BROKERS/RJ TRAUSCH IND
720 NORTHWESTERN AVE
AUDUBON IA 50025

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249067-12<br>EQUISERVE<br>4229 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | CREDITOR ID: 2216-07<br>EQUITY INVESTMENT GROUP<br>ONE BUCKHEAD PLAZA SUITE 1560<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305-8842 | CREDITOR ID: 249069-12<br>EQUITY ONE<br>C/O BRUNSWICK GEN DIST COURT<br>202 N MAIN STREET<br>LAWRENCEVILLE, VA 23868 |
| CREDITOR ID: 249070-12<br>EQUITY ONE (DELTA) INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315791-40<br>EQUITY ONE (HUNTERS CREEK) INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 249073-12<br>EQUITY ONE (POINTE ROYALE) INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 316010-41<br>EQUITY ONE (SUMMERLIN) INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>ATTN: BARBARA MILLER (PROP MGR)<br>MIAMI, FL 33101-9170 | CREDITOR ID: 249075-12<br>EQUITY ONE (WEST LAKE) INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 249076-12<br>EQUITY ONE ALPHA INC<br>%EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 249077-12<br>EQUITY ONE COMMONWEALTH INC<br>%EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 249078-12<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 404624-95<br>EQUITY ONE MONUMENT POINTE INC<br>1676 NE MIAMI GARDENS DR<br>(FORMERLY MONUMENT POINTE) STORE#54<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 249079-12<br>EQUITY ONE MONUMENT POINTE INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 249080-12<br>ERA-LEADER<br>PO DRAWER F<br>1137 MAIN ST<br>FRANKLINTON, LA 70438 | CREDITOR ID: 387222-54<br>ERAZO, MILAGROS<br>5 SOUTHERN CROSS LANE<br>#207<br>BOYNTON BEACH, FL 33436 | CREDITOR ID: 391810-55<br>ERAZO, MILAGROS<br>C/O: ANGELA KIRK, ESQ.<br>ANGELA KIRK, P.A.<br>18 N.E. SECOND AVENUE<br>DANIA BEACH FL 33004 |
| CREDITOR ID: 249081-12<br>ERB INDUSTRIES INC<br>PO BO 1237<br>WOODSTOCK GA 30188-1237 | CREDITOR ID: 249082-12<br>ERB SAFETY<br>PO BOX 1237<br>WOODSTOCK GA 30188-1237 | CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>C/O COX CASTLE & NICHOLSON LLP<br>ATTN RANDALL W BLACK, ESQ<br>2049 CENTURY PARK EAST, SUITE 2800<br>LOS ANGELES CA 90067 |
| CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 385683-54<br>ERBY, DENISE<br>28820 MOTEREY DR<br>SOUTHFIELD, MI 48076 | CREDITOR ID: 400220-15<br>ERBY, DENISE<br>C/O MORGAN & MORGAN, PA<br>ATTN WILLIAM R DANIEL, ESQ<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 390964-55<br>ERBY, DENISE<br>C/O: WILLIAM R. DANIEL, ESQUIRE<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 | CREDITOR ID: 392627-55<br>ERGLE, EDWARD O<br>C/O: JAMES B. WALL, ESQUIRE<br>BURNSIDE, WALL, DANIEL, ELLISON & REVELL<br>454 GREENE STREET<br>AUGUSTA GA 30901 | CREDITOR ID: 388555-54<br>ERGLE, EDWARD O<br>110 EAST WOODLAWN AVE<br>NORTH AUGUSTA, SC 29841 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249084-12<br>ERIC B ALLIGOOD<br>100 AZALEA COURT<br>GREENVILLE SC 29615 | CREDITOR ID: 249085-12<br>ERIC BATTLE<br>3495 BRAMBLEVINE CIR<br>LITHONIA GA 30058 | CREDITOR ID: 249086-12<br>ERIC BUTLER<br>PO BOX 2352<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 249087-12<br>ERIC C EMBRY<br>3209 MARSTON PLACE<br>LEXINGTON KY 40503 | CREDITOR ID: 249088-12<br>ERIC E BROYARD III<br>3200 BLANCHARD DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 249089-12<br>ERIC HOPKINS<br>650 WEST POPE ROAD<br>APT 224<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 249090-12<br>ERIC J LATAXES<br>3427 SINCLAIR DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 249091-12<br>ERIC K BURCH<br>447 CLARA FOOTE ROAD<br>BRAXTON MS 39044 | CREDITOR ID: 249092-12<br>ERIC KLEINMAN<br>3070 GRANDVIEW AVENUE<br>CLEARWATER FL 33759 |
| CREDITOR ID: 249093-12<br>ERIC L BRACKEN<br>5513 CASINO DRIVE<br>HOLIDAY FL 34690 | CREDITOR ID: 249094-12<br>ERIC LEE<br>420 N W 10TH STREET<br>MIAMI FL 33136 | CREDITOR ID: 249095-12<br>ERIC LIGE<br>3979 ARDMORE AVENUE<br>CINCINNATI OH 45229 |
| CREDITOR ID: 249096-12<br>ERIC M BURKHARDT<br>219 5TH STREET<br>CHALMETTE LA 70043 | CREDITOR ID: 249097-12<br>ERIC MADDOX<br>JACKSONVILLE SHERIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 249098-12<br>ERIC POLK<br>490 STONE MOUNTAIN  LITHONIA ROAD<br>APT# 59<br>STONE MOUNTAIN GA 30087 |
| CREDITOR ID: 249099-12<br>ERIC R KIRCHBERG<br>1120 YARNELL AVENUE<br>LAKE WALES FL 33853 | CREDITOR ID: 249100-12<br>ERIC S GULLO<br>21720 NW 8TH COURT<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 249101-12<br>ERIC S LIGHT<br>1551 SAN RITTENBERG BLVD<br>APT 107<br>CHARLESTON SC 29407 |
| CREDITOR ID: 249102-12<br>ERIC S ROTHMAN<br>19608 SEDGEFIELD TERRACE<br>BOCA RATON FL 33498 | CREDITOR ID: 249103-12<br>ERIC SCHROEDER<br>718 KELLY RD<br>WILMINGTON NC 28409 | CREDITOR ID: 249104-12<br>ERIC T MANN<br>729 HICKORY NUT ROAD<br>MONROE GA 30655 |
| CREDITOR ID: 249105-12<br>ERIC T RONDO<br>10668 CR 771<br>WEBSTER FL 33597 | CREDITOR ID: 249107-12<br>ERICA E ESPINOZA<br>2761 NORTHWEST 1ST STREET<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 249108-12<br>ERICA HOOD<br>5115 TREECREST PKWY<br>STONE MOUNTAIN GA 30035 |
| CREDITOR ID: 249109-12<br>ERICA L GROSSMAN<br>843 CAMPUS CIRCLE<br>TALLAHASSEE FL 32304 | CREDITOR ID: 249110-12<br>ERICA M SANDERS<br>5 LINNET LOOP<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 249111-12<br>ERICA MORGAN<br>2121 E PEMBROKE AVENUE<br>3A<br>HAMPTON VA 23664 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249112-12<br>ERICA RENFROW<br>154 BOLING ROAD<br>UTICA KY 42376 | CREDITOR ID: 249113-12<br>ERICA SANTONI<br>4038 KILLIAN DRIVE<br>ORLANDO FL 32822 | CREDITOR ID: 388487-54<br>ERICHSEN, BRIDGET<br>7414 FAIRFAX DRIVE<br>PORT RICHEY, FL 34668-5719 |
| CREDITOR ID: 392572-55<br>ERICHSEN, BRIDGET<br>C/O: PETER WANSBORO<br>THE WANSBORO LAW FIRM, P.A.<br>5943 FLORIDA AVE<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 249114-12<br>ERICKA M HOTEIT<br>9819 BAY STREET<br>TAMPA FL 33635 | CREDITOR ID: 254121-12<br>ERICKSON, KRISTOPHER<br>240 GRANDE VISTA STREET<br>DEBARRY, FL 32713 |
| CREDITOR ID: 249115-12<br>ERICKSONS FORK LIFTS INC<br>PO BOX 688<br>ALBANY GA 31702-0688 | CREDITOR ID: 249117-12<br>ERIK M HERN<br>2963 KENILWICK DRIVE N<br>CLEARWATER FL 33761 | CREDITOR ID: 249118-12<br>ERIK VANDERHEIJDEN<br>248 PINEWOOD PLACE<br>DAHLONEGA GA 30533 |
| CREDITOR ID: 249119-12<br>ERIKA N NELSON<br>13349 3RD STREET<br>FT MYERS FL 33905 | CREDITOR ID: 249120-12<br>ERIKA ROBINSON<br>4130 CAUSEWAY BLVD, LOT 3<br>TAMPA FL 33619 | CREDITOR ID: 249121-12<br>ERIKA WISE<br>371 SHILOH STREET<br>PROSPERITY SC 29127 |
| CREDITOR ID: 249123-12<br>ERIN D COWANS<br>3225 HUNTER PARK CIRCLE<br>APT H<br>FT WORTH TX 76116 | CREDITOR ID: 249124-12<br>ERIN L HELMS<br>7822 TEMPLE AVENUE<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 249125-12<br>ERIN L KAKOWSKI<br>600 STERTHAUS AVENUE<br># 102<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 249126-12<br>ERIN M WALL<br>4477 MIDWAY ROAD<br>GRETNA VA 24457 | CREDITOR ID: 388717-54<br>ERISTE, HATEM<br>102 BRIDGEPORT WAY<br>KISSIMMEE FL 34758 | CREDITOR ID: 392732-55<br>ERISTE, HATEM<br>C/O: RICARD MANNO<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 243234-12<br>ERLANGER, BEH<br>PO BOX 670<br>CHATTANOOGA, TN 37401 | CREDITOR ID: 249127-12<br>ERLE D FIELDS<br>2800 SW WILISTON ROAD<br>APT 1017<br>GAINESVILLE FL 32608 | CREDITOR ID: 386278-54<br>ERMEL, CARLA<br>P.O. BOX 86<br>CEDAR KEY FL 32625 |
| CREDITOR ID: 249129-12<br>ERNEST COFFEE<br>214 SHERWOOD DRIVE<br>BELTON SC 29627 | CREDITOR ID: 249130-12<br>ERNEST DAVIS<br>7182 ASPEN PL<br>BATON ROUGE LA 70812 | CREDITOR ID: 249131-12<br>ERNEST E TYLER<br>101 PERRY LANE<br>HAMMOND LA 70403 |
| CREDITOR ID: 249132-12<br>ERNEST P PALMER MD PA<br>PO BOX 428<br>WAUCHULA, FL 33873 | CREDITOR ID: 249133-12<br>ERNESTINE RAY<br>30 BRENT CIRCLE<br>CARTERSVILLE GA 30120 | CREDITOR ID: 249134-12<br>ERNESTINE WARD<br>C/O RAYNEISHA WARD<br>7332 WOOD HILL PARK DRIVE<br>APT 1226<br>ORLANDO FL 32818 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249135-12<br>ERNST & YOUNG<br>BANK OF AMERICA CHIC 91251<br>LOCKBOX 91251 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 403473-99<br>ERNST PROPERTIES INC<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LEFLEUR/RICHARD THAMES<br>121 W FORSYTH STREET, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279471-99<br>ERNST PROPERTIES INC<br>C/O HERRICK FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ<br>2 PARK AVE<br>NEW YORK NY 10016 |
| CREDITOR ID: 279471-99<br>ERNST PROPERTIES INC<br>C/O MILLING BENSON WOODWARD LP<br>ATTN: DAVID CONROY, ESQ<br>909 POYDRAS ST, STE 2300<br>NEW ORLEANS LA 70112-1010 | CREDITOR ID: 279472-99<br>ERNST PROPERTIES INC<br>C/O MILLING BENSON WOODWARD LLP<br>ATTN: DAVID CONROY, ESQ<br>909 POYDRAS ST STE 2300<br>NEW ORLEANS LA 70112-1010 | CREDITOR ID: 315799-40<br>ERNST PROPERTIES, INC<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW  ORLEANS, LA 70130-6078 |
| CREDITOR ID: 249136-12<br>ERNST PROPERTIES, INC<br>601 POYDRAS STREET SUITE 2300<br>PAN AMERICAN LIFE CENTER<br>NEW ORLEANS LA 70130-6078 | CREDITOR ID: 381093-47<br>ERO MAINTENANCE INC<br>ATTN MARK C ERIE, PRES<br>2929 FLORIDA BLVD<br>BATON ROUGE, LA 70802 | CREDITOR ID: 249138-12<br>EROL A STEWART<br>4901 SW 165 AVENUE<br>MIRAMAR FL 33027 |
| CREDITOR ID: 388916-54<br>ERS WINN-DIXIE HEADQUART<br>5400 FULTON  INDUSTRIAL PARK<br>ATLANTA, GA 30302 | CREDITOR ID: 390074-54<br>ERS WINN-DIXIE HEADQUART<br>7595 CENTURION PARKWAY<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 316014-41<br>ERVIN BARD<br>1100 ALTA LOMA ROAD SUITE 16-B<br>LOS  ANGELES CA 90069 |
| CREDITOR ID: 249140-12<br>ERVIN R GIBBS JR<br>2509 11TH AVENUE E<br>BRADENTON FL 34208 | CREDITOR ID: 249141-12<br>ERVIN R HARTFORD<br>2039 6TH STREET<br>NEW ORLEANS LA 70115 | CREDITOR ID: 278460-24<br>ERVIN R. BARD AND SUSANNE BARD<br>1100 ALTA LOMA ROAD<br>SUITE 1204<br>LOS ANGELES CA 90069 |
| CREDITOR ID: 406611-MS<br>ERVIN, JERRY<br>101 LYME COURT<br>GARNER NC 27529 | CREDITOR ID: 249142-12<br>ERWIN C AUGUSTE<br>784 W EVANSTON CIRCLE<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 243927-12<br>ERWIN, BRENT W<br>104 TIFFANY COURT<br>MT WASHINGTON KY 40047 |
| CREDITOR ID: 381642-47<br>ESCARSEGA, ANGELICA L<br>4554 MEXICANA ROAD<br>DALLAS, TX 75212 | CREDITOR ID: 387646-54<br>ESCOBEDO, PABLA<br>6701 CONCH COURT<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 315801-40<br>ESCROW SPECIALISTS<br>ATTN PAYMENTS PROCESSING DEPT<br>PO BOX 3287<br>OGDEN, UT 84409 |
| CREDITOR ID: 403241-92<br>ESDALE JR, R GRAHM ESQ<br>C/O BEASLEY ALLEN CROW ET AL<br>PO BOX 4160<br>MONTGOMERY AL 36103 | CREDITOR ID: 267167-31<br>ESG OPERATIONS INC<br>ATTN: JOHN CLAY SYKES<br>794 BRENTMEAD DR<br>LAWRENCEVILLE GA 30044-6077 | CREDITOR ID: 249150-12<br>ESHA RESEARCH INC<br>PO BOX 13028<br>SALEM OR 97309-3028 |
| CREDITOR ID: 248622-12<br>ESI FREIGHT INC<br>JFK INTL AIRPORT BLDG 9, SUITE 250<br>JAMAICA, NY 11430 | CREDITOR ID: 382597-51<br>ESKILL<br>600 SUFFOLK STREET, 4TH FLOOR<br>LOWELL, MA 01854-3629 | CREDITOR ID: 249151-12<br>ESKILL CORPORATION<br>600 SUFFOLK STREET<br>LOWELL, MA 01854 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387579-54<br>ESKRIDGE, GORDON<br>629 W OCEAN AVE<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 392072-55<br>ESKRIDGE, GORDON<br>C/O: LYLE MASNIKOFF<br>MASNIKOFF & STERNBERG, P.A.<br>560 VILLAGE BLVD. SUITE 345<br>WEST PALM BCH FL 33409 | CREDITOR ID: 388162-54<br>ESPINOSA, ANGEL<br>158 ACATULCO DRIVE<br>KISSIMMEE FL 34743 |
| CREDITOR ID: 392392-55<br>ESPINOSA, ANGEL<br>C/O: KAREN M MARCELL<br>GARFINKEL TRIAL GROUP<br>300 NORTH MAITLAND AVENUE<br>PO BOX 948242<br>MAITLAND FL 32794-8242 | CREDITOR ID: 374850-44<br>ESPINOSA, CANDIA, A<br>2713 WEST ABERDEEN DRIVE<br>MONTGOMERY, AL 36116 | CREDITOR ID: 386058-54<br>ESPINOSA, GLORIA<br>3761 PRAIRIE FOX LANE, APT #12<br>ORLANDO, FL 32812 |
| CREDITOR ID: 391256-55<br>ESPINOSA, GLORIA<br>C/O CREWS & BODIFORD, PA<br>ATTN BRYAN W CREWS, ESQ<br>1137 EDGEWATER DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 386967-54<br>ESPINOSA, HERMES<br>6120 SW 147TH PLCAE CIRCLE<br>MIAMI FL 33193 | CREDITOR ID: 387040-54<br>ESPINOZA, KENNETH<br>1122 GRINNEL ST<br>KEY WEST FL 33040 |
| CREDITOR ID: 386484-54<br>ESPINOZA, RODOLFO<br>6208 RALEIGH ST., APT 620<br>ORLANDO FL 32835 | CREDITOR ID: 389788-54<br>ESPINOZA, RODOLFO<br>8027 EQUITATION COURT<br>ORLANDO FL 32818 | CREDITOR ID: 393392-55<br>ESPINOZA, RODOLFO<br>C/O: FRANCIS MENDEZ<br>MORELAND & MENDEZ<br>202 LOOKOUT PLACE<br>MAITLAND FL 32751 |
| CREDITOR ID: 258115-12<br>ESPOLONG, PATRICIA<br>148 14TH CT NW<br>FAYETTE, AL 35555 | CREDITOR ID: 249152-12<br>ESPOSITO JEWELRY INC<br>225 DUPONT DRIVE<br>PROVIDENCE RI 02907 | CREDITOR ID: 403302-83<br>ESQUIRE DEPOSITION SERVICES, LLC<br>200 E. ROBINSON STE. 450<br>ORLANDO FL 32801 |
| CREDITOR ID: 316015-41<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ<br>480 GRAND CONCOURSE SUITE 1 B<br>BRONX, NY 10451 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 249155-12<br>ESSARY HEATING & AIR INC<br>60 ESSARY LANE<br>SEMINARY, MS 39479 |
| CREDITOR ID: 267168-14<br>ESSEX COUNTY TAX OFFICE<br>ATTN: GARY ALLAN<br>321 PRINCE ST<br>TAPPAHANNOCK VA 22560 | CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 | CREDITOR ID: 244094-12<br>ESSICK, BRUCE<br>2305 DUNMORE COURT<br>HIGH POINT NC 27263 |
| CREDITOR ID: 249156-12<br>ESSIE P SAMPSON<br>5342 BURBANK STREET<br>COLUMBUS GA 31907 | CREDITOR ID: 249157-12<br>EST SERVICE<br>90 FIELDSTONE COURT<br>CHESHIRE CT 06410-1212 | CREDITOR ID: 267169-14<br>ESTATE LCAL GOVERNMENT FIN DIV<br>ATTN: JANCE BURKE<br>413 N SALISBURY ST<br>RALEIGH NC 27603-1361 |
| CREDITOR ID: 407409-93<br>ESTATE OF NORMA J MCCAHAN<br>ATTN: JOHN K MCCAHAN III<br>2537 CREEKVIEW CIRCLE<br>OVIEDO FL 32765 | CREDITOR ID: 249167-12<br>ESTELLA M REVELS<br>605 PITTMAN STREET<br>CONWAY SC 29526 | CREDITOR ID: 249168-12<br>ESTELLA M WILLIAMS<br>7213 BUNKER HILL ROAD<br>NEW ORLEANS LA 70127 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249170-12<br>ESTELLE ELEMENTARY<br>2800 BARATARIA BLVD<br>MARRERO, LA 70072 | CREDITOR ID: 249171-12<br>ESTELLE L BOYD<br>4795 KALMIA CR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 392723-55<br>ESTEPP, ELIZABETH DIANE<br>C/O AL COCHRAN ESQ.<br>COCHRAN LAW FIRM, PA<br>1617 E. NORTH STREET<br>GREENVILLE SC 29607 |
| CREDITOR ID: 388692-54<br>ESTEPP, ELIZABETH DIANE<br>106 CARDINAL DR<br>TAYLORS SC 29687 | CREDITOR ID: 249173-12<br>ESTER POPE<br>219 NEW RIVER ROAD<br>CONWAY SC 29527 | CREDITOR ID: 389582-54<br>ESTER, LATRICIA<br>3344 GENTILLY BLVD<br>NEW ORLEANS, LA 70122 |
| CREDITOR ID: 393252-55<br>ESTER, LATRICIA & SCHOENFELD ET AL<br>C/O SCHOENFELD SCHOENFELD ET AL<br>ATTN ROBERT MORLAS SCHOENFELD, ESQ<br>810 UNION STREET, SUITE 324<br>NEW ORLEANS LA 70112 | CREDITOR ID: 249174-12<br>ESTES EXPRESS LINES<br>PO BOX 25612<br>RICHMOND, VA 23260-5612 | CREDITOR ID: 381358-47<br>ESTES SIGN COMPANY<br>PO BOX 4457<br>LYNCHBURG, VA 24502 |
| CREDITOR ID: 406613-MS<br>ESTES, CALVIN E<br>331 SHAKLEFORD RD<br>TEMPLE GA 30179 | CREDITOR ID: 249176-12<br>ESTHER PRICE CANDIES CORP<br>1709 WAYNE AVENUE<br>DAYTON, OH 45410-1797 | CREDITOR ID: 249177-12<br>ESTHER WILLIAMS<br>312 CALLCO TRAIL<br>AUGUSTA GA 30907 |
| CREDITOR ID: 406614-MS<br>ESTILL, GARI L<br>3109 CANOE ST.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 389818-54<br>ESTIMABLE, ELOISE<br>8680 M NW 21ST STREET<br>SUNRISE FL 33322 | CREDITOR ID: 374853-44<br>ESTRABAO, LUIS, A<br>2993 WEST 80 ST APT #19<br>HIALEAH, FL 33016 |
| CREDITOR ID: 249178-12<br>ESTRELLA ENGINEERING INC<br>1726 KINGSLEY AVENUE<br>SUITE 21<br>ORANGE PARK FL 32073 | CREDITOR ID: 249179-12<br>ESTRELLA FREIGHT SERVICE<br>PO BOX 608<br>CROWLEY TX 76036 | CREDITOR ID: 249180-12<br>ESTUARY CORPORATION<br>PO BOX 19366<br>JACKSONVILLE, FL 32245-9366 |
| CREDITOR ID: 248625-12<br>ET BROWNE DRUG CO INC<br>ATTN GERMAINE HALAS, CONTROLLER<br>440 SYLVAN AVE<br>PO BOX 1613<br>ENGLEWOOD CLIFFS, NJ 07632 | CREDITOR ID: 249182-12<br>ETHEL LEDAY<br>1056 RACHEL DRIVE<br>VILLE PLATTE LA 70586 | CREDITOR ID: 381411-47<br>ETHICS OFFICER ASSOCIATION<br>30 CHURCH STREET<br>SUITE 331<br>BELMONT, MA 02478 |
| CREDITOR ID: 384116-47<br>ETHICS OFFICER ASSOCIATION<br>411 WAVERLEY OAKS STE 324<br>WALTHAM, MA 02452 | CREDITOR ID: 249185-12<br>ETO STERILIZATION INC<br>28 NARRAGANSETT AVENUE<br>JAMESTOWN, RI 02835 | CREDITOR ID: 249186-12<br>ETOWAH COUNTY HEALTH DEPT<br>PO BOX 555<br>GADSDEN AL 35902-0555 |
| CREDITOR ID: 249187-12<br>ETOWAH COUNTY REVENUE COMMISSIONER<br>800 FORREST AVENUE<br>PROPERTY TAX<br>GADSEN AL 35901-3663 | CREDITOR ID: 249188-12<br>ETOWAH COUNTY SMALL CLAIMS COURT<br>801 FORREST AVE  STE 202<br>GADSDEN, AL 35901 | CREDITOR ID: 267170-31<br>ETOWAH WATER & SEWER AUTHORITY<br>ATTN: SANDY ADAMS<br>1162 HIGHWAY 53 E<br>DAWSONVILLE GA 30534-4013 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388661-54<br>EUBANK, CHARLES<br>6114 HIALEAH STREET<br>ORLANDO FL 32808 | CREDITOR ID: 392708-55<br>EUBANK, CHARLES<br>C/O: WADE B. COYE<br>WADE B. COYE, P.A.<br>730 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 386010-54<br>EUBANKS, DEDRA<br>1412 FOY STREET, APT F<br>NEW ORLEANS, LA 70122 |
| CREDITOR ID: 391227-55<br>EUBANKS, DEDRA<br>C/O  MURRAY LAW FIRM<br>ATTN DAMON A KIRIN, ESQ<br>LL&E TOWER, SUITE 2550<br>909 POYDRAS STREET<br>NEW ORLEANS LA 70112-4000 | CREDITOR ID: 393620-55<br>EUBANKS, NELLIE G<br>C/O WELT & RHEAUME, PA<br>ATTN JEFFREY WELT, ESQ<br>4770 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 390179-54<br>EUBANKS, NELLIE G<br>5021 NW 16TH COURT<br>LAUDERHILL, FL 33313 |
| CREDITOR ID: 249190-12<br>EUFAULA BARBOUR COUNTY C O C<br>PO BOX 697<br>EUFAULA AL 36072-0697 | CREDITOR ID: 249191-12<br>EUFAULA TRIBUNE<br>PO BOX 628<br>EUFAULA, AL 36072-0628 | CREDITOR ID: 328-03<br>EUFAULA WATER WORKS & SEWER BOARD<br>PO BOX 26<br>EUFAULA AL 36072-0026 |
| CREDITOR ID: 249193-12<br>EUGENE JOHNSON<br>807 ACADEMY STREET<br>APT 7A<br>KANNAPOLIS NC 28081-9528 | CREDITOR ID: 249194-12<br>EUGENE LINDSEY JR<br>5752 COLLEGE LANE<br>JACKSONVILLE FL 32211 | CREDITOR ID: 249196-12<br>EUGENE PASQUALE<br>2091 GUADELOUPE DRIVE<br>WELLINGTON FL 33414 |
| CREDITOR ID: 407701-15<br>EUGENE, RUTH<br>537 SW 2ND PL APT 1<br>POMPANO FL 33060 | CREDITOR ID: 249199-12<br>EULA KNOWLES<br>1249 FANN SCHOOL ROAD<br>SALEMBURG NC 28385 | CREDITOR ID: 249200-12<br>EULA LEWIS<br>3033 A THROUGHFARE ROAD<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 249201-12<br>EULACTOL USA INC<br>7100 W CAMINO REAL #119<br>BOCA RATON, FL 33433 | CREDITOR ID: 249202-12<br>EUNICE CHAVIS<br>5440 TIMBER CHASE COURT<br>ORLANDO, FL 32811 | CREDITOR ID: 249204-12<br>EUNICE COMMUNITY MED CTR<br>400 MOOSA BLVD<br>EUNICE, LA 70535 |
| CREDITOR ID: 249205-12<br>EUNICE ELEMENTARY<br>451 S 9TH ST<br>EUNICE, LA 70535 | CREDITOR ID: 249206-12<br>EUNICE HIGH SCHOOL STUDENT COUNCIL<br>301 BOBCAT DR<br>EUNICE, LA 70535 | CREDITOR ID: 249207-12<br>EUNICE JUNIOR HIGH<br>900 W OAK<br>EUNICE LA 70535 |
| CREDITOR ID: 249208-12<br>EUNICE LIONS CLUB<br>PO BOX 63<br>EUNICE, LA 70535 | CREDITOR ID: 404631-95<br>EUNICE LIONS CLUB<br>941 N 4TH ST<br>EUNICE LA 70535 | CREDITOR ID: 249209-12<br>EUNICE NEWS<br>ATTN DON ANDREPORT, CONTROLLER<br>PO BOX 989<br>EUNICE, LA 70535-0989 |
| CREDITOR ID: 315803-40<br>EUPORA SHOPPING CENTER<br>C/O MACON GRAVLEE<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 267171-31<br>EUREKA COMMUNITY<br>ATTN: KENNETH STUART<br>551 3RD ST<br>CHESTER SC 29706-2667 | CREDITOR ID: 404632-95<br>EUREKA COMPANY<br>1201 E BELL STREET<br>BLOOMINGTON IL 617016902 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249211-12<br>EUREKA COMPANY<br>PO BOX 730497<br>DALLAS, TX 75373 | CREDITOR ID: 249212-12<br>EURO FOOD CONCEPTS INC<br>3605 SANDY PLAINS RD STE 240<br>BOX 415<br>MARIETTA, GA 30066 | CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS, LA 70163 |
| CREDITOR ID: 249213-12<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS ST SUITE 2525<br>NEW ORLEANS, LA 70163 | CREDITOR ID: 249214-12<br>EVA HABAN<br>715 NORTH MAIN STREET<br>BARBOURVILLE KY 40906 | CREDITOR ID: 249215-12<br>EVA L JOHNSON<br>13016 BISCAY STREET<br>NEW ORLEANS LA 70129 |
| CREDITOR ID: 249216-12<br>EVACHECKS TREE SERVICE<br>PO BOX 1585<br>LAKE CITY FL 32235 | CREDITOR ID: 249217-12<br>EVAN COOPER<br>2906 MEDINAH<br>WESTON FL 33332 | CREDITOR ID: 249218-12<br>EVAN H ROBINSON<br>1960 PEYTON DRIVE<br>PENSACOLA FL 32503-3353 |
| CREDITOR ID: 249219-12<br>EVAN L BURDETTE<br>1561 LULING STREET<br>MOBILE AL 36604 | CREDITOR ID: 249220-12<br>EVAN W SATTERFIELD<br>205 WOODSTONE DRIVE<br>UNIT A3<br>ATHENS GA 30605 | CREDITOR ID: 241038-11<br>EVANGELINE<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 1554<br>PO BOX 367<br>VILLE PLATTE, LA 70586-0367 |
| CREDITOR ID: 249221-12<br>EVANGELINE ELEMENTARY<br>610 E BUTCHER SWITCH RD<br>LAFAYETTE, LA 70507 | CREDITOR ID: 316018-41<br>EVANGELINE LIFE INSURANCE CO<br>ATTN CECIL LITTLE<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 249223-12<br>EVANGELINE MILES<br>C/O LENESHA MILES<br>448 OLD BUENA VISTA ROAD 3<br>COLUMBUS GA 31906 |
| CREDITOR ID: 267172-14<br>EVANGELINE PARISH ASSESSOR<br>ATTN: DIRK DEVILLE<br>200 COURT ST STE 103<br>VILLE PLATTE LA 70586-4463 | CREDITOR ID: 267173-14<br>EVANGELINE PARISH SCHL BD SYS<br>ATTN: MICHAEL VEILLON<br>405 W MAGNOLIA ST<br>VILLE PLATTE LA 70586-4413 | CREDITOR ID: 267174-31<br>EVANGELINE PARISH SOLID<br>ATTN: JAMES BERTHELOT<br>4718 PINE POINT RD<br>VILLE PLATTE LA 70586-8651 |
| CREDITOR ID: 317731-42<br>EVANGELINE PARISH TAX COLLECTOR<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 392571-55<br>EVANOFF, NIKOLINA G<br>C/O: MICHAEL BREGMAN<br>ROSENBERG & ROSENBERG,  PA<br>2501 HOLLYWOOD BLVD<br>SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 388485-54<br>EVANOFF, NIKOLINA G<br>1831 SAABAL PALM DRIVE<br>APT 102<br>FORT LAUDERDALE, FL 33324 |
| CREDITOR ID: 404633-95<br>EVANS FOOD PRODUCTS COMPANY<br>135 S LASALLE STREET<br>DEPT 4714<br>CHICAGO IL 60674-4714 | CREDITOR ID: 249227-12<br>EVANS FOOD PRODUCTS COMPANY<br>4714 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 249228-12<br>EVANS PLUMBING AND A/C INC<br>PO BOX 175<br>HAMILTON MS 39746 |
| CREDITOR ID: 385983-54<br>EVANS, CAROL<br>29503 SOUTH SATSUMA ROAD<br>LIVINGSTON, LA 70754 | CREDITOR ID: 391207-55<br>EVANS, CAROL<br>C/O WILLIAM D GRIMLEY LTD<br>ATTN WILLIAM D GRIMLEY, ESQ<br>2051 SILVERSIDE DRIVE, SUITE 130<br>BATON ROUGE LA 70808 | CREDITOR ID: 386253-54<br>EVANS, CHARLES<br>108 RAY DR<br>SMITHFIELD NC 27577 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391378-55<br>EVANS, CHARLES<br>C/O JOHN  T. ORCUTT<br>6616 SIX FORKS RD.<br>SUITE #203<br>RALEIGH NC 27615 | CREDITOR ID: 386824-54<br>EVANS, CLYDE<br>159 LINDEN ST.<br>CLERMONT FL 34711 | CREDITOR ID: 407513-93<br>EVANS, DARRYL<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD<br>SUITE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 247858-12<br>EVANS, DEBRA J<br>1506 CENTRAL AVENUE EAST<br>STEINHATCHEE, FL 32359 | CREDITOR ID: 386612-54<br>EVANS, DONNA<br>4303 NE 17TH TERRANCE<br>GAINESVILLE FL 32609 | CREDITOR ID: 391615-55<br>EVANS, DONNA<br>C/O AVERA & AVERA, PA<br>ATTN LYNNE SHIGO, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602 |
| CREDITOR ID: 381513-47<br>EVANS, ERIN E<br>101 BEAR CAMP RD<br>IRWINTON, GA 31042 | CREDITOR ID: 384114-47<br>EVANS, ERIN E<br>RR 1 BOX 265<br>CENTER OSSIPEE, NH 03814 | CREDITOR ID: 386107-54<br>EVANS, GLORIA JEAN<br>5139 CARRIBEAN BLVD<br>#826<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 391293-55<br>EVANS, GLORIA JEAN<br>C/O BRETT K FINDLER ESQ<br>FINDLER & FINDLER<br>3 HARVARD CIRCLE<br>SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 386094-54<br>EVANS, HEATHER<br>508 WHALEYS LAKE DRIVE<br>JONESBORO, GA 30238 | CREDITOR ID: 391283-55<br>EVANS, HEATHER<br>C/O: DANIEL F. ASHLEY<br>LAW OFFICES OF DANIEL F. ASHLEY<br>137 W MILL STREET, SUITE A<br>JONESBORO GA 30236 |
| CREDITOR ID: 399803-84<br>EVANS, JOHNNY<br>2053 31ST WAY<br>SARASOTA FL 34234 | CREDITOR ID: 400264-85<br>EVANS, JOHNNY<br>C/O TONY TURNER<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 | CREDITOR ID: 390398-54<br>EVANS, JOHNNY J<br>3851 KENTUCKY ST<br>GARY IN 46409 |
| CREDITOR ID: 391442-55<br>EVANS, JOHNNY J<br>C/O: OMBUDSMAN<br>TWCC<br>6900 ANDERSON BLVD.#200<br>FORT WORTH TX 76104 | CREDITOR ID: 406615-MS<br>EVANS, KEITH<br>11051 N.W. 29TH ST.<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 253901-12<br>EVANS, KEVIN<br>156 BRANDYWINE DR<br>EDEN, NC 27288 |
| CREDITOR ID: 259150-12<br>EVANS, R<br>665 EASLEY ROAD<br>EDEN, NC 27288 | CREDITOR ID: 386865-54<br>EVANS, RICHARD<br>102 FORE ST<br>GULFPORT MS 39503 | CREDITOR ID: 406616-MS<br>EVANS, SAMUEL W.<br>777 GLADES RD.<br>BOCA RATON FL 33431 |
| CREDITOR ID: 377035-44<br>EVANS, SHARON<br>CHR DIV #1023<br>1177 HARTWELL HIGHWAY<br>ELBERTON, GA 30635 | CREDITOR ID: 387554-54<br>EVANS, TAMIKA<br>2055 HOLMES DRIVE<br>MOBILE AL 36605 | CREDITOR ID: 392055-55<br>EVANS, TAMIKA<br>C/O: JOHN L. MOORE, IV<br>LAW OFFICE OF JOHN L. MOORE, IV<br>1050 DAUPHIN STREET<br>MOBILE AL 36604 |
| CREDITOR ID: 249229-12<br>EVELYN CARMAN<br>181 SW 94 TERRACE<br>PLANTATION FL 33324 | CREDITOR ID: 249230-12<br>EVELYN CHATMAN<br>914 ROC WAY<br>STONE MOUNTAIN GA 30083 | CREDITOR ID: 249231-12<br>EVELYN COLLIER<br>832 4TH STREET<br>RIVIERA BEACH FL 33404 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                        **CASE:**   05-03817-3F1

CREDITOR ID: 249232-12
EVELYN GLENN
1740 2ND STREET NE
CENTER POINT AL 35215

CREDITOR ID: 249234-12
EVELYN M RICH
5480 MARION AVENUE
KANNAPLOIS NC 28081

CREDITOR ID: 249236-12
EVELYN SADLER
812 PECAN AVENUE
WACO TX 76704

CREDITOR ID: 249237-12
EVELYN TATE
1814 LOCHWOOD DRIVE
STORE# 2039
GREENSBORO NC 27406

CREDITOR ID: 249238-12
EVELYN TAYLOR
4987 WESTWOOD DRIVE
CENTRAL SC 29630

CREDITOR ID: 249239-12
EVENFLO CO
ATTN TERESA MILEY, CREDIT MGR
707 CROSSROADS COURT
NORTHWOODS BUSINESS CNTR II
VANDALIA, OH 45377

CREDITOR ID: 384119-47
EVENFLO CO
PO BOX 73658
CLEVELAND, OH 44193-0001

CREDITOR ID: 249240-12
EVENING NEWS
PO BOX 867
221 SPRING STREET
JEFFERSONVILLE IN 47131-0867

CREDITOR ID: 399347-15
EVENING POST PUBLISHING DBA
THE POST AND COURIER
ATTN HAROLD CLARK OR DEBBIE GARNER
134 COLUMBUS STREET
CHARLESTON SC 29403

CREDITOR ID: 249243-12
EVERBANK CHARITY GOLF TOURNAMENT
8201 CYPRESS PLAZA DRIVE
JACKSONVILLE, FL 32256

CREDITOR ID: 279229-35
EVERCARE
ATTN: THOMAS MANNION
3440 PRESTON RIDGE ROAD
SUITE 650
ALPHARETTA GA 30005-3820

CREDITOR ID: 407563-15
EVERCARE COMPANY, THE
F/K/A HELMAC PRODUCTS CORP
C/O SUTHERLAND ASBILL & BRENNAN LLP
ATTN RICHARD G MURPHY, JR, ESQ
1275 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004

CREDITOR ID: 249244-12
EVERETT L DANIEL
417 PLANTATION GROVE LANE
ST AUGUSTINE FL 32086

CREDITOR ID: 388316-54
EVERETT, ALSHAIL
9 W. ADAMS STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 392438-55
EVERETT, ALSHAIL
C/O: ROBERT POGACHNIK, ESQ
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 254822-12
EVERETT, LINDA R
16305 DANNE ROAD
FAIRHOPE, AL 36532

CREDITOR ID: 385679-54
EVERETTE, ELNORA
1700 N. CODY RD
MOBILE, AL 36618

CREDITOR ID: 249245-12
EVERFRESH FOOD CORP
501 HURON BLVD
MINNEAPOLIS, MN 55414-3114

CREDITOR ID: 249246-12
EVERGLADES ELECTRIC SUPPLY INC
841 E PROSPECT ROAD
FT LAUDERDALE FL 33334

CREDITOR ID: 404635-95
EVERGREEN BROKERAGE
PO DRAWER 500
EVERGREEN AL 36401

CREDITOR ID: 249247-12
EVERGREEN BROKERAGE
PO BOX 945959
ATLANTA, GA 30394-5959

CREDITOR ID: 249248-12
EVERGREEN FUNDING CORPORATION
ATTN SCOTT R MCARRON, PRES
PO BOX 1024
ADDISON TX 75001

CREDITOR ID: 249249-12
EVERGREEN JR HIGH SCHOOL
5000 W MAIN ST
HOUMA, LA 70360

CREDITOR ID: 249250-12
EVERGREEN PACKAGING EQUIPMENT
PO BOX 99244
CHICAGO, IL 60693

CREDITOR ID: 249251-12
EVERGREEN PRESBYTERIAN MINISTRIES
PO BOX  72360
BOSSIER  CITY LA 71172

CREDITOR ID: 249252-12
EVERGREEN TRANSPORTATION
PO BOX 410
EVERGREEN AL 36401-0410

CREDITOR ID: 382592-51
EVERHART, ROBIN
3029 RIVERSIDE AVENUE
JACKSONVILLE, FL 32205

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249242-12<br>EVER-NEED SHEET METAL SHOP<br>2427 B HWY 123<br>PO BOX 15260<br>GREENVILLE, SC 29610-5260 | CREDITOR ID: 249253-12<br>EVERSON SPICE CO<br>PO BOX 6311<br>MICHELLE HALE<br>LONG BEACH, CA 90806-6311 | CREDITOR ID: 249254-12<br>EVIE D OGLESBY<br>393 SEMINOLE RIDGE<br>ORRVILLE AL 36767 |
| CREDITOR ID: 248626-12<br>EW JAMES INC<br>ATTN LEE ANN JAMES<br>1308-14 NAILING DRIVE<br>UNION CITY, TN 38261 | CREDITOR ID: 249255-12<br>EWALD SPRING & RADIATOR<br>225 E BRECKINRIDGE ST<br>LOUISVILLE KY 40203-2325 | CREDITOR ID: 249256-12<br>EWC CAREER PLANNING & PLACEMENT OFF<br>1745 KINGS ROAD<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 249257-12<br>EXACT INC<br>5285 RAMONA BLVD<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 249259-12<br>EXAMEN INC<br>DEPT CH 17314<br>PALATINE, IL 60055-7314 | CREDITOR ID: 249260-12<br>EXAMINATION MANAGEMENT SERVICES INC<br>OCCUPATIONAL HEALTH TESTING DIV<br>PO BOX 910465<br>DALLAS, TX 75391-0465 |
| CREDITOR ID: 249261-12<br>EXCALIBUR SEASONING CO LTD<br>PO BOX 1047<br>PEKIN, IL 61554 | CREDITOR ID: 395540-15<br>EXCALIBUR SEASONING CO, LTD<br>ATTN TOM HORNSTEIN, COO<br>1800 RIVERWAY DRIVE<br>PEKIN IL 61554 | CREDITOR ID: 249262-12<br>EXCEL CORP<br>PO BOX 198323<br>ATLANTA GA 30384-8323 |
| CREDITOR ID: 249263-12<br>EXCEL IMPORTING<br>100 ANDREWS ROAD<br>HICKSVILLE, NY 11801 | CREDITOR ID: 249264-12<br>EXCEL PRINTING<br>1102 SOUTH COLLINS STREET<br>PLANT CITY, FL 33563 | CREDITOR ID: 2227-07<br>EXCEL REALTY PARTNERS LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 |
| CREDITOR ID: 1319-07<br>EXCEL REALTY PARTNERS LP<br>ACCT# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 249266-12<br>EXCEL REALTY PARTNERS LP<br>LEASE# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 249265-12<br>EXCEL REALTY PARTNERS LP<br>LEASE# 880288<br>4536 COLLECTIONS CENTER DRIVE<br>CHCAGO IL 60693 |
| CREDITOR ID: 249267-12<br>EXCEL VENTURE GROUP<br>PO BOX 770994<br>ORLANDO FL 32877 | CREDITOR ID: 249268-12<br>EXCELINE<br>THE GENLYTE GROUP<br>ATTN KIMBERLY WILSON<br>PO BOX 827902<br>PHILADELPHIA, PA 19182 | CREDITOR ID: 249269-12<br>EXCELL AIR CONDITIONING<br>605-2 WHITNEY AVE<br>LANTANA FL 33462 |
| CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462 | CREDITOR ID: 249271-12<br>EXCELL REFRIGERATION OF SC INC<br>359 RIVERCHASE WAY<br>LEXINGTON, SC 29072 | CREDITOR ID: 249272-12<br>EXCELLENCE IN MOTIVATION INC<br>1118 MOMENTUM PLACE<br>CHICAGO, IL 60689-5311 |
| CREDITOR ID: 404636-95<br>EXCESS MANAGEMENT SYSTEMS<br>709-A SILVER PALM AVENUE<br>MELBOURNE FL 32901 | CREDITOR ID: 249273-12<br>EXCESS MANAGEMENT SYSTEMS INC<br>ATTN: DOLORES MILLER<br>3143 SKYWAY CIRCLE<br>MELBOURNE, FL 32934 | CREDITOR ID: 249274-12<br>EXCESS SPACE RETAIL SERVICES, INC<br>C/O PLATZER, SWERGOLD, KARLIN ET AL<br>ATTN DANA HONG<br>PLAZA 1000 AT MAIN STREET, STE 208<br>VOORHEES NJ 08043 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249274-12<br>EXCESS SPACE RETAIL SERVICES, INC<br>ATTN MICHAEL S WIENER, PRES & CEO<br>ONE HOLLOW LANE, SUITE 112<br>LAKE SUCCESS, NY 11042 | CREDITOR ID: 249275-12<br>EXCHANGE CLUB OF BATON ROUGE<br>8054 SUMMA AVE STE D<br>BATON ROUGE, LA 70809 | CREDITOR ID: 249276-12<br>EXCHANGE CLUB OF FLORENCE<br>PO BOX 742<br>FLORENCE, AL 35631 |
| CREDITOR ID: 269243-16<br>EXE TECHNOLOGIES, INC<br>C/O ARTHUR I. NAVARRO<br>GODWIND, GRUBER, LLP<br>RENNAISANCE TOWER<br>1201 ELM STREET, SUITE 1700<br>DALLAS, TX 75270-2084 | CREDITOR ID: 269244-16<br>EXE TECHNOLOGIES, INC.<br>C/O JACKQUELYN STRICKLAND<br>8777 N STEMMONS FWY<br>DALLAS, TX 75247-3702 | CREDITOR ID: 249277-12<br>EXECUTIVE GIFT SERVICE<br>12 AZALEA CT<br>METAIRIE, LA 70005 |
| CREDITOR ID: 249278-12<br>EXECUTIVE HARDWARE<br>750 WEST MCNAB ROAD<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 249279-12<br>EXECUTIVE INN<br>710 SOUTH STATE STREET<br>CLARKSDALE MS 38614 | CREDITOR ID: 267175-14<br>EXECUTIVE OFFICE COMMONWEALTH<br>ATTN: WALTER KUCHARSKI<br>101 N 14TH ST FL 8<br>RICHMOND VA 23219-3665 |
| CREDITOR ID: 267176-14<br>EXECUTIVE OFFICE STATE OF NC<br>ATTN: DAVID MCKOY<br>116 W JONES ST<br>RALEIGH NC 27603-1300 | CREDITOR ID: 249280-12<br>EXECUTIVE PRESS INC<br>PO BOX 21639<br>CONCORD, CA 94521-0639 | CREDITOR ID: 249281-12<br>EXECUTIVE SALES COMPANY INC<br>PO BOX 811836<br>BOCA RATON, FL 33481 |
| CREDITOR ID: 249282-12<br>EXEL TRANSPORTATION SERVICES INC<br>PO BOX 844711<br>DALLAS, TX 75284-4711 | CREDITOR ID: 249283-12<br>EXETER PROD & STORAGE CO<br>215 THAMES ROAD WEST<br>EXETER ON N0M 1S3<br>CANADA | CREDITOR ID: 249284-12<br>EXIGENT INC<br>2310 WADE HAMPTON BLVD<br>GREENVILLE, SC 29615 |
| CREDITOR ID: 387633-54<br>EXILUS, MARIE<br>3603 OBERON AVE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 392096-55<br>EXILUS, MARIE<br>C/O: MICHAEL GOLDSTEIN<br>BRUCE A. GLOTZER PA<br>5295 TOWN CENTER RD STE 201<br>BOCA RATON FL 33486-1080 | CREDITOR ID: 267177-31<br>EXIT SOUTH DEVELOPERS<br>ATTN: LARRY LIVINGSTON<br>41 G ST<br>DALEVILLE AL 36322-5211 |
| CREDITOR ID: 249285-12<br>EXOPACK<br>PO BOX 402910<br>ATLANTA GA 30384-2910 | CREDITOR ID: 249286-12<br>EXPANETS<br>PO BOX 173868<br>DENVER CO 80217-3868 | CREDITOR ID: 249287-12<br>EXPANETS DIRECT<br>119 MARKETRIDGE DR<br>RIDGELAND MS 39157-6028 |
| CREDITOR ID: 249288-12<br>EXPERIOR ASSESSMENTS LLC<br>1260 ENERGY LANE<br>ST PAUL MN 55108 | CREDITOR ID: 404638-95<br>EXPERT COMMUNICATIONS INC<br>4070 AMANDA LANE<br>CUMMING GA 30040 | CREDITOR ID: 249289-12<br>EXPERT COMMUNICATIONS INC<br>ATTN: TOM GINTHER, PRES<br>15829 WESTBROOK ROAD<br>ALPHARETTA, GA 30004 |
| CREDITOR ID: 249290-12<br>EXPERT DIESEL<br>4700 OAKES RD<br>FT LAUDERDALE FL 33314 | CREDITOR ID: 249291-12<br>EXPERT-MED<br>400 ANDALUSIA AVENUE<br>ORMOND BEACH FL 32174 | CREDITOR ID: 249292-12<br>EXPOSURE SALES<br>PO BOX 50312<br>EUGENE OR 97405 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249293-12<br>EXPRESS BADGING SERVICES<br>1980 N ATLANTIC AVENUE<br>SUITE 723<br>COCOA BEACH, FL 32931 | CREDITOR ID: 397164-67<br>EXPRESS CHECK ADVANCE<br>5959 SHALLOWFORD RD, SUITE 40<br>CHATTANOOGA, TN 37421 | CREDITOR ID: 249294-12<br>EXPRESS DELIVERY SERVICES, LLC<br>ATTN DON HEIL, CFO<br>15556 PERKINS ROAD<br>BATON ROUGE, LA 70810 |
| CREDITOR ID: 383076-51<br>EXPRESS SCRIPTS-MED ADVANTAGE<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS, MO 63043 | CREDITOR ID: 249295-12<br>EXPRESS SERVICES INC<br>PO BOX 730039<br>DALLAS, TX 75373-0039 | CREDITOR ID: 404639-95<br>EXPRESS SERVICES INC<br>PO BOX 268951<br>OKLAHOMA CITY OK 73126-8951 |
| CREDITOR ID: 249296-12<br>EXTENDED STAY AMERICA #102<br>5020 ARMOUR ROAD<br>COLUMBUS GA 31904 | CREDITOR ID: 249297-12<br>EXTENDED STAY AMERICA #328<br>1200 FAU RESEARCH PARK BOULEVARD<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 249298-12<br>EXTENDED STAY AMERICA #884<br>6961 LENOIR AVENUE<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 399436-15<br>EXTENDED STAY SUITES<br>ATTN S NELSON OR F BLEVINS<br>1401 SW 15TH STREET<br>POMPANO BEACH FL 33069 | CREDITOR ID: 249299-12<br>EXTENDEDSTAY FT L'DALE CY CR<br>1401 SW 15TH STREET<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 249300-12<br>EXTRA INC<br>1601-K OVERBROOK ROAD<br>RICHMOND, VA 23220 |
| CREDITOR ID: 249301-12<br>EXXON AIRWORLD CARD CENTER<br>PO BOX 502125<br>ST LOUIS, MO 63150-2125 | CREDITOR ID: 249302-12<br>EXXON CHEMICAL<br>DEPT AT 40161<br>ATLANTA, GA 31192-0161 | CREDITOR ID: 406220-G4<br>EXXON MOBILE CHEMICAL COMPANY<br>729 PITTSFORD PALMYRA RD<br>MACEDON NY 14502 |
| CREDITOR ID: 374868-44<br>EXXON MOBILE CHEMICAL COMPANY<br>DEPT. AT40161<br>ATLANTA, GA 31192-0161 | CREDITOR ID: 279358-36<br>EXXONMOBIL CHEMICAL COMPANY<br>C/O DENNIS H. MOON<br>13501 KATY FREEWAY<br>HOUSTON  TX 77079-1398 | CREDITOR ID: 249303-12<br>EXXONMOBIL OIL CORPORATION<br>(MOBIL)<br>PO BOX 75024<br>CHICAGO, IL 60675-5024 |
| CREDITOR ID: 397173-67<br>EYELINE OPTICAL EAST, INC.<br>3111 HWY 80 EAST<br>PEARL, MS 39208 | CREDITOR ID: 393676-58<br>EYELINE VISION CARE #2620-8<br>1770 ELLIS AVE., SUITE 138<br>JACKSON, MS 39204 | CREDITOR ID: 249304-12<br>EYLISA L BROWN<br>7 E CROMWELL ALLEY<br>CHARLESTON SC 29401 |
| CREDITOR ID: 315856-40<br>EYSTER, JOHN C & BARRAN, E LEE<br>PO BOX 1663<br>DECATUR, AL 35602-1663 | CREDITOR ID: 248627-12<br>EZ CLEAN INC<br>PO BOX 308<br>CENTRAL SC 29630 | CREDITOR ID: 249305-12<br>EZ E HASSAN<br>1102 SW 9TH STREET<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 267178-14<br>EZ FILE INC<br>ATTN: TAMMY KILGORE<br>715 DALE ST<br>KINGSPORT TN 37660-4419 | CREDITOR ID: 248628-12<br>EZ INTERNATIONAL INC<br>4230 NORTH OAKLAND<br>PO BOX 290<br>MILWAUKEE, WI 53211 | CREDITOR ID: 249306-12<br>EZEKIEL BROOKS<br>2832 NORWICH DRIVE<br>MONTGOMERY AL 36116 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                    **CASE:**   05-03817-3F1

CREDITOR ID: 249307-12
EZRA H PEELER
5777 DENOVA
BATON ROUGE LA 70812

CREDITOR ID: 385940-54
EZURUIKE, NENEOMA (MINOR)
1401 PEACHTREE STREET, N.W. SU
ATLANTA, GA 30309

CREDITOR ID: 389134-54
EZURUIKE, UZOMA
1401 PEACHTREE STREET N.W. SUI
ATLANTA, GA 30309

CREDITOR ID: 393012-55
EZURUIKE, UZOMA
C/O: LAWRENCE L BUDDOO
BUDDOO AND ASSOCIATES, P.C.
1401 PEACHTREE ST, NW # 500
ATLANTA GA 30309

CREDITOR ID: 249308-12
EZY TIME FOOD
PO BOX 1587
HATTIESBURG MS 39403

CREDITOR ID: 381750-15
EZY TIME FOOD PRODUCTS BLENDCO INC
ATTN CHARLEY MCCAFFREY, PRES
8 JM TATUM INDUSTRIAL DRIVE
HATTIESBURG MS 39401

CREDITOR ID: 249309-12
EZZELL ELECTRICAL COMPONENTS
PO DRAWER 9
GODWIN, NC 28344

CREDITOR ID: 404641-95
F P I DETECTIVE AGENCY INC
1784 W 38TH PLACE
HIALEAH FL 33012

CREDITOR ID: 249321-12
F&L SALES
110 N CAUSEWAY BLVD
METAIRIE LA 70001

CREDITOR ID: 2228-07
F&M DEVELOPMENTS, LTD
2600 E SOUTH BLVD, SUITE 230
MONTGOMERY AL 36116

CREDITOR ID: 249310-12
F&M REALTY
ATTN ROBIN JEWEL
PO BOX 11148
MONTGOMERY, AL 36111

CREDITOR ID: 249322-12
F&S ENGRAVING
1620 W CENTRAL ROAD
MOUNT PROSPECT IL 60056

CREDITOR ID: 267179-14
F&S PREMIUM
ATTN RITA ARRINGTON
312 SAINT JOHNS AVE
PALATKA FL 32177-4723

CREDITOR ID: 242796-12
F, BROWN, AUDREY
12151 79TH AVENUE NORTH
SEMINOLE FL 33772

CREDITOR ID: 403303-83
F. ALLEN JOHNSTON, M.D.
2930 CANAL STREET SUITE 301
NEW ORLEANS LA 70119

CREDITOR ID: 382591-51
F5/DELL
401 ELLIOTT AVENUE WEST
SEATTLE, WA 98119

CREDITOR ID: 249323-12
FA KOURI PLUMBING INC
1102 S UNION STREET
SUITE 1
OPELOUSAS, LA 70570

CREDITOR ID: 249313-12
FA MANAGEMENT SOLUTIONS INC
C/O SHAFRITZ & DINKIN, ESQS
1 SE 4TH AVENUE, SUITE 212
DELRAY FL 33483

CREDITOR ID: 249325-12
FABRI KAL CORP
DEPARTMENT 77602
DETROIT, MI 48277-0001

CREDITOR ID: 384121-47
FABRI KAL CORPORATION
22978 NETWORK PLACE
CHICAGO, IL 60673-1229

CREDITOR ID: 279359-36
FABRI-KAL CORPORATION
ATTN HOWARD W  LYNCH, CR MGR
PLASTICS PLACE
KALAMAZOO  MI 49001

CREDITOR ID: 374872-44
FABRIZZI, LESLEY, A
26113 TATTERSALL LANE
PORT CHARLOTTE, FL 33983

CREDITOR ID: 249324-12
FAB-X/METALS INC
PO BOX 7127
2207 N CHURCH ST
ROCKY MOUNT NC 27804-7127

CREDITOR ID: 249326-12
FAC FOOD SERVICE LOGISTICS
ATTN W B COBB, AR MGR
1600 NORTH WESLEYAN BLVD
PO BOX 6097
ROCKY MOUNT NC 27802-6097

CREDITOR ID: 249327-12
FACILITEC
3851 CLEARVIEW COURT
GURNEE, IL 60031

CREDITOR ID: 267180-31
FACILITIES & RECREATION
ATTN: MICHAEL STEARMAN
2214 BATES AVE
EUSTIS FL 32726-3906

CREDITOR ID: 249328-12
FACILITY MAINTENANCE INC
PO BOX 664
CAMILLA, GA 31730

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 249329-12
FACING OUR FUTURES
653-1 W 8TH STREET
JACKSONVILLE FL 32209

CREDITOR ID: 249330-12
FACTORY DIRECT INC
6601 ADAMO DR
TAMPA FL 33619

CREDITOR ID: 393729-58
FACTORY HOME DÉCOR, INC.
C/O CUSTOM TREE, INC.
PO BOX 863
JEFFERSON, GA 30549-0839

CREDITOR ID: 381601-47
FACTS PAPER CO INC
727 E PAULDING RD
FT WAYNE, IN 46816

CREDITOR ID: 249331-12
FAEP
PO BOX 551001
JACKSONVILLE, FL 32255

CREDITOR ID: 407416-15
FAGAN, MICHAEL
9 MANISTEE LANE
EAST ISLIP NY 11730

CREDITOR ID: 386214-54
FAGAN, MICHAEL
15181 VAN BUREN
RIVERSIDE CA 92504

CREDITOR ID: 279430-99
FAGEL HABER LLC
ATTN: CLINTON HANSEN/DENNIS QUAID
55 EAST MONROE 40TH FL
CHICAGO IL 60603

CREDITOR ID: 249311-12
FAI RED WILLOW LLC
CURSOR PROPERTIES RENT ACCOUNT
GENERAL POST OFFICE
PO BOX 26785
NEW YORK NY 10087-6785

CREDITOR ID: 249312-12
FAI TYRONE LLC
CURSOR PROPERTIES RENT ACCOUNT
GENERAL POST OFFICE
PO BOX 26785
NEW YORK, NY 10087-6785

CREDITOR ID: 400688-91
FAILE, JERRY D
1325 SEWANNE AVE
FLORENCE SC 29501

CREDITOR ID: 406617-MS
FAIN, CHARLES E.
3457 BIRKHEAD DR.
LEXINGTON KY 40503

CREDITOR ID: 394036-61
FAIN, MAJOR & BRENNAN, PC
100 GLENRIDGE POINT PARKWAY STE 500
ATLANTA, GA 30342

CREDITOR ID: 267181-31
FAIR TRADERS EXPORT & IMPORTS
ATTN: VERNON BACCHAS
198 NW 152ND LN
HOLLYWOOD FL 33028-1817

CREDITOR ID: 385659-54
FAIR, DAMEION (MINOR)
47 HILLARD STREET
APT 328
ATLANTA, GA 30312

CREDITOR ID: 386618-54
FAIRBANKS, JOSEPH
1980 71ST AVENUE NORTH
SAINT PETERSBURG FL 33702

CREDITOR ID: 249332-12
FAIRCHILD PUBLICATIONS
CIRCULATION DEPT RF
7 WEST 34TH STREET 4TH FLOOR
NEW YORK NY 10001

CREDITOR ID: 388163-54
FAIRCHILD, MICHAEL
108 SWEET BAY COURT
CLAYTON NC 27520

CREDITOR ID: 392393-55
FAIRCHILD, MICHAEL
C/O YOUNCE HOPPER VTIPIL & BRADFORD
ATTN JANE BEST OR D VTIPIL, ESQS
BTI BUILDING, SUITE 800
4300 SIX FORKS ROAD
RALEIGH NC 27609

CREDITOR ID: 404643-95
FAIRCLOTH DECORATORS LLC
414 MISSION RD
ORLANDO FL 32811-1691

CREDITOR ID: 249333-12
FAIRCLOTH DECORATORS LLC
4690 SW HAMMOCK CREEK DRIVE
PALM CITY, FL 34990

CREDITOR ID: 267182-31
FAIRFAX COUNTY PARK AUTHORITY
ATTN: MICHAEL KANE
12055 GOVERNMENT CENTER P
FAIRFAX VA 22035

CREDITOR ID: 267183-31
FAIRFAX COUNTY WATER AUTHORITY
ATTN: CHARLIE CROWDER JR
12015 JOHN DONNELLY ST
HERNDON VA 20170-2443

CREDITOR ID: 267184-31
FAIRFAX COUNTY WATER AUTHORITY
ATTN: ROBERT BARRETT
4400 HENNINGER CT
CHANTILLY VA 20151-2927

CREDITOR ID: 267185-14
FAIRFIELD COUNTY ADM
ATTN: NORMA W BRANHAM
115A S CONGRESS ST
WINNSBORO SC 29180-1103

CREDITOR ID: 249334-12
FAIRFIELD INN DOTHAN
3038 ROSS CLARK CIRCLE
DOTHAN AL 36301

CREDITOR ID: 249335-12
FAIRFIELD INN PENSACOLA
7325 N DAVIS HWY
PENSACOLA FL 32504

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249336-12<br>FAIRFIELD INN SIX FLAGS<br>976 WEST POINTE COURT<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 249337-12<br>FAIRFIELD KINDERGARTEN CENTER<br>4641 BACH LANE<br>FAIRFIELD OH 45014 | CREDITOR ID: 249338-12<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 404644-95<br>FAIRFIELD PARTNERS LP<br>ARONOV REALTY MANAGEMENT<br>P O BOX 23500<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 397193-67<br>FAIRFIELD PARTNERS, LTD DBA<br>FLINTRIDGE CENTER<br>PO BOX 235000<br>MONTGOMERY, AL 36123 | CREDITOR ID: 249339-12<br>FAIRFIELD WEST<br>4700 RIVER RD<br>STORE#1775<br>HAMILTON OH 45011 |
| CREDITOR ID: 249340-12<br>FAIRHOPE PUBLIC UTILITIES<br>PO BOX 830743<br>BIRMINGHAM, AL 35283-0743 | CREDITOR ID: 267186-31<br>FAIRINGTON FOREST INC<br>ATTN: HARRY HARTMAN<br>7117 FAIRINGTON CIR<br>HIXSON TN 37343-2412 | CREDITOR ID: 381426-47<br>FAIRLAND PEGGY BRIDGES<br>605 14TH STREET<br>HARTSVILLE, SC 29550 |
| CREDITOR ID: 267187-31<br>FAIRMOUNT UTILITIES 2<br>ATTN: ROGER E MILLER<br>3625 VALERIE BLVD<br>SEBRING FL 33870-7814 | CREDITOR ID: 404646-95<br>FAIRVIEW PARK HOSPITAL<br>PO BOX 402873<br>ATLANTA GA 30384-2873 | CREDITOR ID: 249341-12<br>FAIRVIEW PARK HOSPITAL<br>PO BOX 1408<br>DUBLIN, GA 31040 |
| CREDITOR ID: 267188-31<br>FAIRVIEW WASTE WATER TREA<br>ATTN: JASON DAUGHDRTY<br>7223 CCC RD<br>FAIRVIEW TN 37062-8210 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE, FL 32203-0297 | CREDITOR ID: 249342-12<br>FAIRWAY FORMS & PRINTING<br>ATTN: CHRIS W COBB, PRES<br>4700 LEBANON ROAD<br>CHARLOTTE, NC 28227 |
| CREDITOR ID: 404647-95<br>FAIRWAY FORMS & PRINTING INC<br>4400 MORRIS PARK DR  STE N<br>CHARLOTTE NC 28227 | CREDITOR ID: 397605-99<br>FAISON-WATERFORD LAKES VILLAGE LTD<br>C/O ICE MILLER<br>ATTN: H EFROYMSON/M BOGDANOWICZ<br>ONE MAERICAN SQUARE<br>BOX 82001<br>INDIANAPOLIS IN 46282-0002 | CREDITOR ID: 249343-12<br>FAITH ACADEMY<br>10469 AIRLINE HWY<br>GONZALES, LA 70737 |
| CREDITOR ID: 249344-12<br>FAITH L PETERS<br>123 MILITARY BLVD<br>ORMAND BEACH FL 32174 | CREDITOR ID: 249345-12<br>FAITH LUTHERAN SCHOOL<br>300 COLONIAL CLUB DR<br>HARAHAN, LA 70123 | CREDITOR ID: 267189-31<br>FAJC AGAPE ANON CMNITY OTREACH<br>ATTN: LEDENA HARRIS<br>95 E LAWN DR<br>COVINGTON GA 30016-6821 |
| CREDITOR ID: 256265-12<br>FALANGA, MICHAEL T<br>16545 NW 10 ST<br>PEMBROKE PINES FL 33028 | CREDITOR ID: 278879-30<br>FALCON FARMS<br>PO BOX 52-6545<br>MIAMI, FL 33152-6545 | CREDITOR ID: 279360-36<br>FALCON FARMS<br>C/O JAIRO RENGIFO<br>2330 NW 82ND AVE<br>DORAL FL 33122-1511 |
| CREDITOR ID: 403431-15<br>FALCON FARMS, INC.<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS<br>ATTN ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 249347-12<br>FALCON PACKAGING OF GA<br>PO BOX 39<br>COVINGTON, OH 45318-0039 | CREDITOR ID: 249348-12<br>FALCON RICE MILL INC<br>ATTN: CHARLES D TRAHAN, VP<br>PO DRAWER 771<br>CROWLEY, LA 70526 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 249350-12
FALCON TRANSPORT INC
ATTN CAREY FUSSELL, EXEC VP
PO BOX 11415
LANCASTER PA 17605-1415

CREDITOR ID: 404648-95
FALCON TRANSPORT INC
PO BOX 411
BIRD IN HAND PA 17505-0411

CREDITOR ID: 407589-15
FALERO, ALBERT
C/O ED SMITH, PA
ATTN ED SMITH, ESQ
2699 LEE ROAD, SUITE 510
WINTER PARK FL 32789

CREDITOR ID: 407589-15
FALERO, ALBERT
102 HUDSON LANE
ORLANDO FL 32751

CREDITOR ID: 256279-12
FALGOUST, MICHELLE A
7009 BLANKE STREET
METAIRIE LA 70003

CREDITOR ID: 249351-12
FALISHA REDD
PO BOX 122
TERRY MS 39170

CREDITOR ID: 373701-44
FALKENBERRY, ANN
3130 BELL OAKS CIRCLE
APT E
MONTGOMERY, AL 36116-3183

CREDITOR ID: 267190-31
FALL CREEK FALLS UTILITY DST
ATTN: N C SIMMONS
RR 3 BOX 242
PIKEVILLE TN 37367-9321

CREDITOR ID: 249352-12
FALLA FOOD SALES
9361 SW 57TH TERRACE
MIAMI FL 33173

CREDITOR ID: 249353-12
FALSE ALARM REDUCTION UNIT
PO BOX 14216
CINCINNATI OH 45209

CREDITOR ID: 249354-12
FALSE ALARM REDUCTION UNIT LCSO
PO BOX 60557
FORT MYERS, FL 33906

CREDITOR ID: 249355-12
FALSE RIVER ACADEMY
201 MAJOR PARKWAY
NEW ROADS, LA 70760

CREDITOR ID: 249356-12
FAMILY BRANDS INTL LLC
PO BOX 429
1001 ELM HILL RD
LENOIR CITY, TN 37771

CREDITOR ID: 249357-12
FAMILY CENTRAL INC
840 SW 81 AVE
N LAUDERDALE FL 33068

CREDITOR ID: 249358-12
FAMILY CHRISTIAN ACADEMY
8919 WORLD MINISTRY AVE
BATON ROUGE, LA 70817

CREDITOR ID: 267191-31
FAMILY CONNECTION OF MACON AND
ATTN: ALBERT STOKES
653 2ND ST STE 204
MACON GA 31201-0812

CREDITOR ID: 249360-12
FAMILY COURT
180 NORTH IRBY ST
MSC R CITY COUNTY COMPLEX
FLORENCE, SC 29501

CREDITOR ID: 249361-12
FAMILY COURT
PO BOX 1667
MONTGOMERY, AL 36102-1667

CREDITOR ID: 249359-12
FAMILY COURT
147 W MAIN STREET
KINGSTREE SC 29556

CREDITOR ID: 249362-12
FAMILY COURT OF CHARLESTON CO
CLERK OF COURT - BOX 934
CHARLESTON, SC 29402

CREDITOR ID: 249363-12
FAMILY COURT OF JEFFERSON CTY
120 2ND CT N
BIRMINGHAM AL 35204-4718

CREDITOR ID: 249364-12
FAMILY COURT OF SUMTER
108 N MAGNOLIA STREET
SUMTER, SC 29150

CREDITOR ID: 249365-12
FAMILY COURT OF THE FIFTH
JUDICIAL CIRCUIT
PO BOX 192
COLUMBIA, SC 29202-0192

CREDITOR ID: 400441-81
FAMILY DOLLAR
C/O TODD NORMAN, ESQ
37 NORTH ORANGE AVE, STE 200
ORLANDO FL 32801

CREDITOR ID: 400441-81
FAMILY DOLLAR
PO BOX 1017
CHARLOTTE NC 28201

CREDITOR ID: 267192-31
FAMILY INTRVNTION RSURCE MODEL
ATTN: ALICE B WALKER
650 WALKERTOWN RD
BURGAW NC 28425-4306

CREDITOR ID: 249366-12
FAMILY LIFE CHRISTIAN ACADEMY
2223 DULLES DR
LAFAYETTE, LA 70506

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

CREDITOR ID: 249367-12
FAMILY MEDICAL CENTER INC
PO BOX 4618
GREENVILLE, MS 38704-4618

CREDITOR ID: 249368-12
FAMILY MEDICINE
ATTN MARY C HAMMOND, MD
PO BOX 1059
PICKENS, SC 29671

CREDITOR ID: 249369-12
FAMILY PHOTO & VIDEO
1961 CONEY ISLAND AVENUE
BROOKLYN NY 11223

CREDITOR ID: 249370-12
FAMILY PLAYHOUSE
PO BOX 5088
ALEXANDRIA LA 71307

CREDITOR ID: 249371-12
FAMILY SUPPORT REGISTRY
PO BOX 105730
ATLANTA, GA 30348-5730

CREDITOR ID: 249372-12
FAMILY SUPPORT TRUSTEE
PO BOX 7622
SAN FRANCISCO, CA 94120-7622

CREDITOR ID: 249373-12
FAMOUS FOODS EXPRESS CORP
PO BOX 112
SHARON, MA 02067

CREDITOR ID: 249374-12
FAMU FOUNDATION
LEE HALL
SUITE 203
TALLAHASSEE, FL 32307-3100

CREDITOR ID: 382589-51
FANFARE ADCART
25300 RYE CANYON RD
VALENCIA, CA 91355

CREDITOR ID: 382588-51
FANFARE CASH REGISTER RECEIPT
25300 RYE CANYON RD
VALENCIA, CA 91355

CREDITOR ID: 386508-54
FANN, CYNTHIA
2588 COHASSETT COURT
DECATUR GA 30034

CREDITOR ID: 391546-55
FANN, CYNTHIA
C/O: MARK A. SEGAL, ESQ.
ORLANDO & KOPELMAN PC
315 WEST PONCE DE LEON AVE
SUITE 400
DECATUR GA 30030

CREDITOR ID: 406618-MS
FANT, WAVERLY F.
1261 ALDERMAN RD. EAST
JACKSONVILLE FL 32211

CREDITOR ID: 249376-12
FANTASIA ACCESSORIES LTD
31 W 34TH STREET
NEW YORK, NY 10001

CREDITOR ID: 249377-12
FANTASY FARMS
2761 NW 82ND AVE
MIAMI FL 33122-1041

CREDITOR ID: 267193-14
FANTASY MOBILE HOME INC
ATTN: MARY FRICKES
424 BLOUNT AVE
GUNTERSVILLE AL 35976-1102

CREDITOR ID: 249378-12
FARBERWARE
PO BOX 1036
CHARLOTTE, NC 28201-1036

CREDITOR ID: 249379-12
FARBEST TALLMAN FOODS CORP
PO BOX 48073
NEWARK, NJ 07101-4873

CREDITOR ID: 249380-12
FARCO PLASTICS SUPPLY INC
DEPT 2
11701 US HIGHWAY 19 NORTH
CLEARWATER, FL 33764-7492

CREDITOR ID: 256277-12
FARDINK, MICHELE N
15625 74TH ST NORTH
LOXAHATCHEE FL 33470

CREDITOR ID: 249381-12
FARIBAULT FOODS
3380 CAMPBELL MITHUN TOWER
22 SOUTH NINTH STREET
MINNEAPOLIS MN 55402-3820

CREDITOR ID: 249382-12
FARIBAULT FOODS INC
NW 9380
PO BOX 1450
MINNEAPOLIS MN 55485

CREDITOR ID: 392076-55
FARINAS, JUANA
C/O: MARCOS R. GONZALEZ ESQ.
GONZALEZ & PORCHER, P.A.
2328 10TH AVE N
SUITE 600
LAKE WORTH FL 33461

CREDITOR ID: 269237-16
FARLEY, DONALD J
HALL, FARLEY, ET AL
702 WEST IDAHO STREET, SUITE 700
KEY FINANCIAL CENTER
BOISE, ID 83702

CREDITOR ID: 404649-95
FARLEYS & SATHERS CANDY CO INC
PO BOX 28
ROUND LAKE MN 56167

CREDITOR ID: 249383-12
FARLEYS & SATHERS CANDY CO INC
ATTN RITA DOEDEN, CR MGR
1657 SOLUTIONS CENTER
CHICAGO, IL 60677-1006

CREDITOR ID: 404650-95
FARM FRESH FOOD SUPPLIER INC
HWY 16 RT 4 BOX 287
AMITE LA 70422

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249384-12<br>FARM FRESH FOOD SUPPLIER INC<br>ATTN: LIONEL DUFOUR, PRES<br>32451 HIGHWAY 16<br>AMITE, LA 70422 | CREDITOR ID: 249385-12<br>FARM OP INC<br>315 E NEW MARKET ROAD<br>IMMOKALEE FL 34143-3088 | CREDITOR ID: 249386-12<br>FARM WEY PRODUCE INC<br>728 SOUTH NEW YORK AVE<br>LAKELAND, FL 33815 |
| CREDITOR ID: 387694-54<br>FARM, CATHERINE<br>167 EVERGREEN WAY<br>FITZGERALD GA 31750 | CREDITOR ID: 259920-12<br>FARM, ROLANDS<br>BETTY JO ROLAND<br>RT 2 BOX 2545<br>NASHVILLE, GA 31639 | CREDITOR ID: 249387-12<br>FARMER FRESH PRODUCE<br>13000 CARRIERE CT<br>NEW ORLEANS, LA 70128 |
| CREDITOR ID: 391678-55<br>FARMER, ELIZABETH A<br>C/O: JOSEPH B. ROBERTS<br>THE ROBERTS LAW FIRM. P.A.<br>302 SOUTH YORK STREET<br>GASTONIA NC 28053 | CREDITOR ID: 386774-54<br>FARMER, ELIZABETH A<br>1511 BOYD RD.<br>GASTONIA NC 28052 | CREDITOR ID: 249388-12<br>FARMERS COOPERATIVE<br>PO BOX 390<br>MADISON FL 32341 |
| CREDITOR ID: 397633-72<br>FARMERS FOODS OF NC, INC.<br>428 DODD STREET<br>CHASE CITY, VA 23924 | CREDITOR ID: 249389-12<br>FARMERS MARKETING CO-OP INC<br>ATTN ACCOUNTING DEPT<br>3921 FT DENAUD ROAD<br>LABELLE FL 33935 | CREDITOR ID: 249390-12<br>FARMERS MEAT CENTER CO<br>RT 1 HWY 321 N<br>YORK, SC 29745 |
| CREDITOR ID: 249391-12<br>FARMINGTON FOODS<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 404651-95<br>FARMINGTON FOODS<br>135 LASALLE DEPT 4806<br>CHICAGO IL 60674-4806 | CREDITOR ID: 249392-12<br>FARMLAND FOODS INC<br>CUSTOMER ACCTS<br>PO BOX 802266<br>KANSAS CITY, MO 64180-0266 |
| CREDITOR ID: 249393-12<br>FARMVILLE HERALD<br>PO BOX 307<br>FARMVILLE, VA 23901-0307 | CREDITOR ID: 315805-40<br>FARMVILLE PARTNERS LLC<br>2619 FLOYD AVENUE<br>SUITE 100<br>RICHMOND, VA 23220 | CREDITOR ID: 249395-12<br>FARNAM COMPANIES INC<br>BIN #205<br>MILWAUKEE WI 53288 |
| CREDITOR ID: 376765-44<br>FARNELL, RICHARD<br>JAX DIVISION STORE 159<br>303 OAK GROVE ISLAND RD.<br>BRUNSWICK, GA 31523 | CREDITOR ID: 374879-44<br>FARNELL, RICHARD, M<br>303 OAK GROVE ISLAND RD.<br>BRUNSWICK, GA 31523 | CREDITOR ID: 406619-MS<br>FARNEY, FRED<br>2746 CHAPPARAL DR.<br>MELBOURNE FL 32934 |
| CREDITOR ID: 243841-12<br>FARR, BRADLEY N<br>2605 NE 20TH AVENUE<br>CAPE CORAL FL 33909 | CREDITOR ID: 389853-54<br>FARR, CEDRIC T<br>1426 WINDEL STREET<br>JACKSONVILLE FL 32209 | CREDITOR ID: 243733-12<br>FARRAR, BONITA C<br>835 POWELL DRIVE<br>SOUTH HILL VA 23970 |
| CREDITOR ID: 385675-54<br>FARRAR, LINDA<br>1549 WOODY DRIVE<br>JACKSON, MS 39212 | CREDITOR ID: 390959-55<br>FARRAR, LINDA<br>C/O: BRENT E. SOUTHERN<br>THE LAW OFFICES OF BRENT E. SOUTHERN<br>855 SOUTH PEAR ORCHARD RD.<br>SUITE 502<br>RIDGELAND MS 39158 | CREDITOR ID: 389419-54<br>FARREL, LINDA<br>7400 CONSTITUTION CIRCLE<br>APT 105<br>FORT MYERS FL 33912 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 385563-54
FARRELL, SHIRLEY
364 CANAL STREET, SUITE 2850
NEW ORLEANS, LA 70130

CREDITOR ID: 390860-55
FARRELL, SHIRLEY
C/O BLAINE M. HEBERT, ESQ
LAW OFFICES OF BLAINE HERBERT
7577 WESTBANK EXPRESSWAY
MARRERO LA 70072

CREDITOR ID: 249396-12
FARREYS WHOLESALE HDW CO
1850 NE 146TH ST
MIAMI, FL 33181-1424

CREDITOR ID: 388651-54
FARRINGTON, BARBARA
190 SE CELESTIA COURT
PORT SAINT LUCIE FL 34983

CREDITOR ID: 386851-54
FARSOUN, KATHY
1564 UNIVERSITY LANE
COCOA FL 32922

CREDITOR ID: 269314-16
FARUQI, NADEEM
FARUQI & FARUQI, LLP
320 EAST 39TH STREET
NEW YORK, NY 10016

CREDITOR ID: 374880-44
FASHION SEAL UNIFORMS
10055 SEMINOLE BLVD.
SEMINOLE, FL 33772-2539

CREDITOR ID: 249397-12
FASHION SEAL UNIFORMS
PO BOX 932058
ATLANTA, GA 31193-2058

CREDITOR ID: 249398-12
FASONS SAUSAGE INC
2241 GREENSBORO HWY
QUINCY, FL 32351

CREDITOR ID: 249399-12
FAST INDUSTRIES INC
1850 SPECTRUM BLVD
FORT LAUDERDALE FL 33309

CREDITOR ID: 249400-12
FAST SIGNS OF PEMBROKE PINES
ATTN EDWARD M DOBIN, VP
8374 PINES BOULEVARD
PEMBROKE PINES, FL 33024

CREDITOR ID: 249401-12
FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987-0978

CREDITOR ID: 249402-12
FASTENER SALES & ENG
7901 NATIONAL TURNPIKE BOX 144
LOUISVILLE KY 40214-4903

CREDITOR ID: 249403-12
FASTENERS FOR RETAIL INC
ATTN AMY BATES, CREDIT MANAGER
PO BOX 74049
CLEVELAND, OH 44191-4049

CREDITOR ID: 279230-35
FASTENERS FOR RETAIL, INC.
ATTN: C/O AMY L. BATES
28900 FOUNTAIN PARKWAY
CLEVELAND OH 44139-4337

CREDITOR ID: 249404-12
FASTENING SOLUTIONS INC
PO BOX 11407
BIRMINGHAM AL 35246-0419

CREDITOR ID: 249405-12
FASTENING SYSTEM SERVICE
11425 SAINTS ROAD
JACKSONVILLE FL 32246

CREDITOR ID: 404652-95
FASTNERS FOR RETAIL INC
PO BOX 73234-N
CLEVELAND OH 44193

CREDITOR ID: 249406-12
FASTNERS FOR RETAIL INC
PO BOX 74049
CLEVELAND, OH 44191-4049

CREDITOR ID: 249407-12
FASTSIGNS
4011 CAPITAL BLVD SUITE 129
RALEIGH NC 27604

CREDITOR ID: 386263-54
FATER, CYNTHIA
9021 ST. CLAIR LANE
PORT RICKERY FL 34668

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
C/O BARRY J. VOODRE
2100 COUNTRY CLUB RD.
SANFORD FL FL 32771

CREDITOR ID: 262811-12
FATHERS TABLE LLC, THE
2100 COUNTRY CLUB ROAD
SANFORD, FL 32771

CREDITOR ID: 377029-44
FATU, SHANNON
861 SPRINGDALE CIRCLE
PALM SPRINGS, FL 33461

CREDITOR ID: 249408-12
FAUCET PARTS OF AMERICA
ATTN: LEONARD E BOLTZ SR
652 HOLCOMBE AVE
MOBILE, AL 36606

CREDITOR ID: 399847-84
FAUCETT, BEN
1851 PINETA COVE DRIVE
MIDDLEBURG FL 32068

CREDITOR ID: 249409-12
FAULDING CONSUMER INC
100 WEST CYPRESS CREEK RD
STE 885
FT LAUDERDALE FL 33309

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386496-54<br>FAULK, ARETHA<br>PO BOX 1561<br>WAUCHULA FL 33873 | CREDITOR ID: 391538-55<br>FAULK, ARETHA<br>C/O: HAROLD BARKER, ESQ.<br>DICESARE & DAVIDSON & BAKER, P.A.<br>PO BOX 7160<br>LAKELAND FL 33807 | CREDITOR ID: 397875-76<br>FAULK, DONALD<br>2243 RONEY RD.<br>DOTHAN, AL 36303 |
| CREDITOR ID: 406620-MS<br>FAULK, ERTLE E. (BARBARA H.)<br>111 WITHERSPOON COURT<br>WARNER ROBINS GA 31088 | CREDITOR ID: 249410-12<br>FAULTLESS STARCH/BON AMI COMPANY<br>ATTN TRACY DUARTE<br>PO BOX 872460<br>KANSAS CITY, MO 64187-2460 | CREDITOR ID: 404653-95<br>FAULTLESS STARCH/BON AMI COMPANY<br>PO BOX 412421<br>KANSAS CITY MO 64141-2421 |
| CREDITOR ID: 390143-54<br>FAUNI, ELISEO UIRAY<br>17356 SW 33RD CT<br>MIRAMAR, FL 33029 | CREDITOR ID: 267194-31<br>FAUQUIER SOLID WASTE<br>ATTN: ELLIS BINDHAN<br>6438 COLLEGE ST<br>WARRENTON VA 20187-8820 | CREDITOR ID: 262968-12<br>FAUSETT, THOMAS MD<br>707 N PARRISH ST<br>ADEL, GA 31620 |
| CREDITOR ID: 407720-15<br>FAUST, MARY ELLEN<br>12330 LA ROCK<br>AMITE LA 70422 | CREDITOR ID: 386722-54<br>FAUST, ROBERT<br>2217 VENTURA DR<br>CHALMETTE LA 70043 | CREDITOR ID: 389735-54<br>FAVALORA, ROBERT<br>4928 MEADOW DALE STREET<br>METAIRIE LA 70006 |
| CREDITOR ID: 406621-MS<br>FAVERO, TOM<br>3043 EGRET TERRACE<br>SAFETY HARBRO FL 34695 | CREDITOR ID: 389347-54<br>FAVORS, MARVEYO<br>4725 EMRALD FOREST WAY #1901<br>ORLANDO FL 32811 | CREDITOR ID: 393156-55<br>FAVORS, MARVEYO<br>C/O: LAWRENCE HORNSBY<br>HORNSBY LAW<br>1936 LEE ROAD, SUITE 100<br>WINTER PARK FL 32789 |
| CREDITOR ID: 388758-54<br>FAVRE, DEBBIE<br>11 MCBETH ROAD<br>CARRIERE MS 39426 | CREDITOR ID: 249411-12<br>FAWWAL & FAWWAL P C<br>312 NORTH 18TH STREET<br>BESSEMER AL 35020 | CREDITOR ID: 264804-12<br>FAYARD, WILLIAM<br>1240 B 35TH STREET<br>GULFPORT, MS 39501 |
| CREDITOR ID: 249412-12<br>FAYE STACY<br>7535 COUNTY ROAD 41<br>FLORENCE AL 35633 | CREDITOR ID: 381412-47<br>FAYE STROWBRIDGE<br>1330 LACLEDE AVENUE<br>#237<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 260338-12<br>FAYED, SALMEN T<br>PO BOX 1106<br>ROANOKE RAPIDS, NC 27870 |
| CREDITOR ID: 249413-12<br>FAYETTE COUNTY PUBLIC SCHOOLS<br>PO BOX 14529<br>DEPARTMENT OF TAX COLLECTOR<br>LEXINGTON, KY 40512-4529 | CREDITOR ID: 249415-12<br>FAYETTEVILLE AMERIGAS<br>PO BOX 25699<br>FAYETTEVILLE, NC 28314 | CREDITOR ID: 249416-12<br>FAYETTEVILLE OBSERVER<br>ATTN JILL KOONCE, CR MGR<br>458 WHITFIELD STREET<br>PO BOX 849<br>FAYETTEVILLE, NC 28302 |
| CREDITOR ID: 335-03<br>FAYETTEVILLE PUBLIC WORKS COMM<br>PO BOX 7000<br>FAYETTEVILLE NC 28302 | CREDITOR ID: 249418-12<br>FAYGO BEVERAGES INC<br>PO BOX 64514<br>DETROIT MI 48264-0001 | CREDITOR ID: 267195-31<br>FAZILATS NORTH AMERICAN IMP<br>ATTN: ABULUL R FAZILAT<br>5605 GEN WASHINGTON DR<br>ALEXANDRIA VA 22312 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249314-12<br>FB PURNELL SAUSAGE CO<br>3659 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 249419-12<br>FBIRA<br>7820 ARLINGTON EXPWY STE 200<br>JACKSONVILLE FL 32211 | CREDITOR ID: 249420-12<br>FCCJ NORTH CAMPUS<br>MCCS 501 W STATE STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 249421-12<br>FCR<br>4700 MIDDLE AVENUE<br>SARASOTA, FL 34234 | CREDITOR ID: 249422-12<br>FCS INC<br>PO BOX 21649<br>ST PETERSBURG FL 33742 | CREDITOR ID: 240421-06<br>FDACS<br>PO BOX 6700<br>TALLAHASSEE FL 32314-6720 |
| CREDITOR ID: 383181-53<br>FDEP<br>7825 BAYMEADOWS WAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 383180-53<br>FDEP<br>3804 COCONUT PALM DR<br>TAMPA FL 33619 | CREDITOR ID: 249424-12<br>FDS BANK BURDINES<br>C/O SOBO & MOSELLE<br>PO BOX 19359<br>PLANTATION FL 33318 |
| CREDITOR ID: 256072-12<br>FEARINGTON, MERCER<br>9900 VETERANS MEMORIAL DRIVE<br>TALLAHASSEE, FL 32309 | CREDITOR ID: 249425-12<br>FEASTER OIL CORP<br>PO BOX 689<br>MONROEVILLE AL 36461 | CREDITOR ID: 384120-47<br>FEB DISTRIBUTING CO INC<br>PO BOX 10140<br>GULFPORT MS 39500 |
| CREDITOR ID: 406622-MS<br>FECKE, JOSEPH<br>101 WOODHAVEN WAY<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 403702-94<br>FECKE, KEITH J<br>325 WESTWOOD DR.<br>MANDEVILLE LA 70471 | CREDITOR ID: 406623-MS<br>FECKE, KEITH J<br>325 WESTWOOD DR.<br>MANDEVILLE LA 70471 |
| CREDITOR ID: 400690-91<br>FECKE, KEITH J<br>325 WESTWOOD DR.<br>MANDEVILLE LA 70471 | CREDITOR ID: 395502-64<br>FED EX<br>PO BOX 1140<br>MEMPHIS, TN 38101 | CREDITOR ID: 388389-54<br>FEDALEN, WILLIAM<br>5440 COPPEDGE AVENUE<br>JACKSONVILLE, FL 32277 |
| CREDITOR ID: 392490-55<br>FEDALEN, WILLIAM<br>C/O LESLIE SCOTT JEAN-BART, ATTY<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 383073-51<br>FEDERAL BLACK LUNG PROGRAM<br>PO BOX 828<br>LANHAM-SEABROOCK, MD 20703 | CREDITOR ID: 249427-12<br>FEDERAL COMMUNICATIONS COMMISSION<br>WIRELESS BUREAU APPLICATIONS<br>PO BOX 358130<br>PITTSBURGH PA 15251-5130 |
| CREDITOR ID: 249426-12<br>FEDERAL COMMUNICATIONS COMMISSION<br>PO BOX 358994<br>PITTSBURGH PA 15251-5994 | CREDITOR ID: 279192-99<br>FEDERAL EXPRESS CORPORATION<br>C/O PEPE & HAZARD LLP<br>ATTN: CHARLES J FILARDI JR<br>30 JELIFF LANE<br>SOUTHPORT CT 06890-1436 | CREDITOR ID: 407677-15<br>FEDERAL EXPRESS CORPORATION<br>ATTN REVENUE RECOVERY/BANKRUPTCY<br>CINDY D MEACHAM<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS TN 38132 |
| CREDITOR ID: 384122-47<br>FEDERAL FISHERIES INC<br>PO BOX 107<br>LITHIA, FL 33547 | CREDITOR ID: 249428-12<br>FEDERAL FISHERIES, INC<br>ATTN NAHEEM M FRANCISE<br>PO BOX 107<br>LITHIA, FL 33547 | CREDITOR ID: 397290-69<br>FEDERAL GOV MEDICARE PROGRAM<br>PALMETTO GOV BENEFITS ADMINS<br>2300 SPRINGDALE DRIVE, BLDG 1 GM/219<br>CAMDEN, SC 29020 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 249429-12
FEDERAL HEATH SIGN COMPANY LLC
PO BOX 678203
DALLAS, TX 75267-8203

CREDITOR ID: 382585-51
FEDERAL LIAISON SERVICES
12001 N CENTRAL EXPRESSWAY, STE 700
DALLAS, TX 75243-3729

CREDITOR ID: 249430-12
FEDERAL LIAISON SERVICES INC
12377 MERIT DRIVE
SUITE 1100
DALLAS TX 75243

CREDITOR ID: 249431-12
FEDERAL MFG CO
PO BOX 04215
MILWAUKEE, WI 53204-0215

CREDITOR ID: 249432-12
FEDERATED GROUP INC
PO BOX 92346
CHICAGO IL 60675-2346

CREDITOR ID: 406624-MS
FEDERICO, VINCENT
4600 KENT AVE.
METAIRE LA 70006

CREDITOR ID: 269376-16
FEDERMAN, WILLIAM B.
FEDERMAN & SHERWOOD
120 NORTH ROBINSON
SUITE 2720
OKLAHOMA CITY, OK 73102

CREDITOR ID: 249435-12
FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

CREDITOR ID: 249434-12
FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

CREDITOR ID: 249433-12
FEDEX
PO BOX 1140
MEMPHIS TN 38101-1140

CREDITOR ID: 249436-12
FEDEX CUSTOM CRITICAL
PO BOX 371627
PITTSBURGH PA 15251-7627

CREDITOR ID: 404006-15
FEDEX FREIGHT
ATTN BRADY MOORE
DELIVERY CODE 2259
PO BOX 840
HARRISON AR 72602-0840

CREDITOR ID: 249438-12
FEDEX FREIGHT EAST
PO BOX 406708
ATLANTA, GA 30384-6708

CREDITOR ID: 249437-12
FEDEX FREIGHT EAST
4103 COLLECTION CENTER DR
CHICAGO IL 60693

CREDITOR ID: 249439-12
FEDNER LAGUERRE
215 NW 101ST STREET
MIAMI SHORES, FL 33150

CREDITOR ID: 249440-12
FEEDSTUFFS
PO BOX 4293
CAROL STREAM IL 60197

CREDITOR ID: 243216-12
FEENSTRA, BECKY
1431 BROADSTONE ROAD
BANNER ELK, NC 28604

CREDITOR ID: 387739-54
FEGAN, BOB
2930 SLIPPY ROCK AVE
ORLANDO FL 32826

CREDITOR ID: 385247-54
FEIN, GAIL
1710 NW 187TH STREET
MIAMI, FL 33056

CREDITOR ID: 390556-55
FEIN, GAIL
C/O MARC A KAUFMAN & ASSOCS
ATTN MARC A KAUFMAN, ESQ
LAS OLAS CENTRE II, SUITE 970
350 EAST LAS OLAS BLVD
FORT LAUDERDALE FL 33301

CREDITOR ID: 388832-54
FEKETE, SONJA E
2403 KELLY DR.
SEBASTIAN FL 32958

CREDITOR ID: 377032-44
FELDER, SHARITA Y
6527 INTERLAKEN AVENUE
BIRMINGHAM, AL 35212

CREDITOR ID: 403703-94
FELDMAN, BARRY
233 SOUTH FEDERAL HWY, APT 323
BOCA RATON FL 33432

CREDITOR ID: 249441-12
FELICIA D BITTLE
PO BOX 171
ROCKINGHAM NC 28379

CREDITOR ID: 249442-12
FELICIA D JONES
1085 STALLS LANE
ROBERSONVILLE NC 27871

CREDITOR ID: 249443-12
FELICIA NASH
225 LAKE STREET
GREENVILLE MS 38701

CREDITOR ID: 249445-12
FELICIA R NIXON
4062 WILLOW STREET
OCHLOCKNEE GA 31773

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 389552-54
FELICIANO, ISIDRO
1103 SE 3RD STREET
ANTLERS, OK 74523

CREDITOR ID: 393224-55
FELICIANO, ISIDRO
C/O GERALD R. PASTORE ESQ
GARFINKEL TRIAL GROUP ATTYS AT LAW
300 NORTH MAITLAND AVE
MAITLAND FL 32751-4724

CREDITOR ID: 394258-56
FELICIANO, THOMAS
5808 NW 15 STREET
MARGATE FL 33063

CREDITOR ID: 249446-12
FELIPE CASANOVA
133 E 15TH STREET
HIALEAH FL 33010

CREDITOR ID: 249447-12
FELISHA OTTS
1560 COOPER HILL ROAD
APT E
BIRMINGHAM AL 35210

CREDITOR ID: 249448-12
FELIX SASAKI
132 N CORTEZ CIRCLE D
MARGATE FL 33068

CREDITOR ID: 374221-44
FELIX, CHRISTINE
ORL DIV STORE# 2250
PO BOX  551145
ORLANDO, FL 32855-1145

CREDITOR ID: 249449-12
FELIXS SEAFOOD GRILL
2701 EASTERN BLVD
MONTGOMERY, AL 36117

CREDITOR ID: 249450-12
FELLOW LEWIS
719 N GARNETT STREET
HENDERSON NC 27536

CREDITOR ID: 394013-61
FELTON, CARLE A JR, ESQ
231 E ADAMS STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 385430-54
FELTON, JUTTA
3508 DEER TRACE
LITHONIA, GA 30038

CREDITOR ID: 264809-12
FEMC, WILLIAM G
1626 TUSCALOOSA
HOLLY HILL, FL 32117

CREDITOR ID: 249451-12
FENCO INC
PO BOX 428
2210 COUNTY HWY A
THREE LAKES WI 54562

CREDITOR ID: 249452-12
FENCO SUPPLY CO INC
3017 OAKLAND AVE
JOHNSON CITY TN 37601

CREDITOR ID: 249453-12
FENDERS WRECKER SERVICE INC
927 PARK AVENUE
NEWPORT KY 41071

CREDITOR ID: 249454-12
FENNELL CONTAINER CO INC
PO BOX 9001011
LOUISVILLE, KY 40290-1011

CREDITOR ID: 3083-04
FENNELL CONTAINER CO.
141 FENNELL RD.
NORTH CHARLESTON SC 29418

CREDITOR ID: 399496-82
FENNELL-JOHNSON, KRISTAL
70 B VIRGINIA STREET
SATELLITE  BEACH  FL 32937

CREDITOR ID: 406625-MS
FENNEMAN, GLEN E.
11085 E. US HIGHWAY 90
LEE FL 32059

CREDITOR ID: 269232-16
FEREBEE, DAVID B.
DAVID B. FEREBEE, PA
503 EAST MONROE STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 387551-54
FERGISON, WANDA
ROUTE 5  BOX 4895A
LAKE BUTLER FL 32054

CREDITOR ID: 392052-55
FERGISON, WANDA
C/O: BRIAN J. SGANGA
PO BOX 2649
LAKE CITY FL 32056

CREDITOR ID: 249455-12
FERGUSON ENTERPRISES INC
FEI# 15
PO BOX 100286
ATLANTA GA 30384-0284

CREDITOR ID: 246307-12
FERGUSON, CLARENCE M
557 RIDGE PARK DRIVE
MONTGOMERY AL 36117

CREDITOR ID: 248410-12
FERGUSON, DOROTHY
PO BOX 52
MORAVIAN FALLS, NC 28654

CREDITOR ID: 387315-54
FERGUSON, EULA
11125 NW 11TH ST
MIAMI, FL 33168

CREDITOR ID: 391896-55
FERGUSON, EULA
C/O: ROBERT FENSTERSHEIB, ESQUIRE
FENSTERSHEIB & FOX
2100 NORTHEAST 164TH STREET
NORTH MIAMI BEACH FL 33162

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393211-55<br>FERGUSON, GRACE R<br>C/O JOSEPH R. MCMAHON  III ESQ<br>3801 N CAUSEWAY BLVD STE 201<br>METARIE LA 70002 | CREDITOR ID: 389539-54<br>FERGUSON, GRACE R<br>3443 ESPLANADE APT 411<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 387994-54<br>FERGUSON, MIESHA (MINOR)<br>605 SW 79TH TERRACE<br>POMPANO BEACH, FL 33068 |
| CREDITOR ID: 389006-54<br>FERGUSON, RITA<br>C/O LAW OFFICES OF GEORGE DOUGLAS<br>ATTN GEORGE DOUGLAS ESQ<br>700 CENTURY PARK SOUTH, SUITE 223<br>BIRMINGHAM AL 35226 | CREDITOR ID: 392906-55<br>FERGUSON, RITA<br>C/O GEORGE C. DOUGLAS JR ESQ<br>700 CENTURY PARK S STE 223<br>BIRMINGHAM AL 35226 | CREDITOR ID: 249456-12<br>FERGUSONBOX<br>2500 CINDY LANE<br>CHARLOTTE NC 28269 |
| CREDITOR ID: 259195-12<br>FERIA, RAFAEL<br>14260 SW 57 LN<br>UNIT 2 103<br>MIAMI, FL 33183 | CREDITOR ID: 385571-54<br>FERLAND, ALLELI<br>725 HWY 96<br>BONAIRE, GA 31005 | CREDITOR ID: 390866-55<br>FERLAND, ALLELI<br>C/O: BLAKE J SMITH<br>NELSON & SMITH, LLP<br>688 WALNUT STREET, SUITE 103<br>MACON GA 31201 |
| CREDITOR ID: 381576-47<br>FERN PARK INC<br>230 FERN PARK BLVD<br>FERN PARK, FL 32730 | CREDITOR ID: 387017-54<br>FERNANDES, KEVIN<br>1700 KNOTTING HILL DRIVE<br>ORLANDO FL 32835 | CREDITOR ID: 388619-54<br>FERNANDEZ, ESTHER<br>1644 PALM BEACH. LAKES BLVD.<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 392672-55<br>FERNANDEZ, ESTHER<br>C/O: ELI A. FRANKS, PA/561-478-2500<br>ROSENTHAL & LEVY<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 387025-54<br>FERNANDEZ, FRANCO A<br>2075 SW 122ND AVENUE<br>APT 109<br>MIAMI FL 33175 | CREDITOR ID: 269278-16<br>FERNANDEZ, JOAN<br>C/O WILLIAM J. MOORE<br>1648 OSCEOLA STREET<br>JACKSONVILLE, FL 32204 |
| CREDITOR ID: 387825-54<br>FERNANDEZ, ROBERTO<br>11674 NW 89TH AVE<br>HIALEAH GARDENS FL 33018 | CREDITOR ID: 385616-54<br>FERNANDEZ, SILVIA<br>171 NW 97 AVE<br>MIAMI, FL 33172 | CREDITOR ID: 390907-55<br>FERNANDEZ, SILVIA<br>C/O: LOURDES CAMBO<br>LAW OFFICES OF LOURDES CAMBO<br>1241 S.W. 27TH AVE.<br>MIAMI FL 33145 |
| CREDITOR ID: 390182-54<br>FERNANDEZ, YARA<br>9310 FOUNTAINBLEAU BLVD<br>MIAMI, FL 33172 | CREDITOR ID: 393623-55<br>FERNANDEZ, YARA<br>C/O LAW OFFICES OF JOHN H RUIZ, PA<br>ATTN JOHN H RUIZ, ESQ<br>5040 NW 7 STREET, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 387875-54<br>FERNANDEZ, YRMA<br>3235 SW 63RD AVE<br>MIAMI, FL 33155 |
| CREDITOR ID: 392157-55<br>FERNANDEZ, YRMA<br>C/O: SIMON, SCHINDLER & SANDBERG<br>2650 BISCAYNE BLVD<br>MIAMI FL 33137 | CREDITOR ID: 249458-12<br>FERNANDINA BEACH NEWS LEADER<br>PO BOX 766<br>FERNADINA BEACH FL 32034 | CREDITOR ID: 249457-12<br>FERNANDINA BEACH NEWS LEADER<br>511 ASH STREET<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 336-03<br>FERNANDINA BEACH PUBLIC UTILITIES<br>PO BOX 418<br>FERNANDINA BEACH FL 32035-0418 | CREDITOR ID: 249459-12<br>FERNDALE CONFECTIONERY USA<br>13428 MAXELLA AVENUE # 752<br>MARINA DEL REY, CA 90292 | CREDITOR ID: 249460-12<br>FERRAN SERVICES & CONTRACTING<br>530 GRAND STREET<br>ORLANDO, FL 32805-4795 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246981-12<br>FERRAND, CORA<br>2719 JONQUIL STREET<br>NEW ORLEANS LA 70122 | CREDITOR ID: 404656-95<br>FERRANIA USA INC<br>7557 COLLECTION CTR DR<br>CHICAGO IL 60693 | CREDITOR ID: 249461-12<br>FERRANIA USA INC<br>DEPT #960122<br>OKLAHOMA CITY, OK 73196-0122 |
| CREDITOR ID: 387565-54<br>FERRANTE, RAMONA<br>6691 SE 190TH COURT<br>MORRISTON FL 32668 | CREDITOR ID: 392064-55<br>FERRANTE, RAMONA<br>C/O DAVID HILL<br>DAVID HILL<br>2537 SE 17TH STREET<br>OCALA FL 34471 | CREDITOR ID: 249462-12<br>FERRARA PAN CANDY<br>7301 WEST HARRISON STREET<br>FOREST PARK IL 60130 |
| CREDITOR ID: 249463-12<br>FERRARA PAN CANDY CO<br>PO BOX 88257<br>CHICAGO, IL 60680-1257 | CREDITOR ID: 338-03<br>FERRELL GAS<br>412 E 16TH AVE<br>CORDELE GA 31015 | CREDITOR ID: 249465-12<br>FERRELL GAS<br>510 CORPORATE CENTER DRIVE<br>RALEIGH, NC 27607 |
| CREDITOR ID: 249466-12<br>FERRELL GAS<br>708 N FORREST STREET<br>VALDOSTA, GA 31601-4142 | CREDITOR ID: 341-03<br>FERRELL GAS<br>14 SAVANNAH HIGHWAY #23<br>BEAUFORT SC 29906 | CREDITOR ID: 339-03<br>FERRELL GAS<br>PO BOX 1019<br>BARDSTOWN KY 40004 |
| CREDITOR ID: 249464-12<br>FERRELL GAS<br>180 B VICTORY DRIVE<br>TIFTON, GA 31794 | CREDITOR ID: 337-03<br>FERRELL GAS<br>1421 NW 53RD AVENUE<br>GAINESVILLE FL 32653 | CREDITOR ID: 340-03<br>FERRELL GAS<br>111-A DAVE WARLICK DRIVE<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 249477-12<br>FERRELLGAS<br>PO BOX 1047<br>SMITHFIELD, NC 27577 | CREDITOR ID: 249478-12<br>FERRELLGAS<br>PO BOX 173808<br>DENVER, CO 80217-3808 | CREDITOR ID: 249475-12<br>FERRELLGAS<br>PO BOX 1019<br>MT WASHINGTON, KY 40047 |
| CREDITOR ID: 249470-12<br>FERRELLGAS<br>1421 NW 53RD AVE<br>GAINESVILLE, FL 32606-2204 | CREDITOR ID: 249474-12<br>FERRELLGAS<br>505 CARDWELL STREET<br>ELIZABETH CITY NC 27909 | CREDITOR ID: 249473-12<br>FERRELLGAS<br>412 EAST 16TH AVENUE<br>SUITE B<br>CORDELE GA 31015 |
| CREDITOR ID: 249479-12<br>FERRELLGAS<br>PO BOX 53<br>EDENTON, NC 27932 | CREDITOR ID: 249467-12<br>FERRELLGAS<br>111-A DAVE WARLICK DR<br>LINCOLNTON, NC 28092-4411 | CREDITOR ID: 249471-12<br>FERRELLGAS<br>26 JOE KENNEDY BLVD, SUITE 1<br>STATESBORO, GA 30458 |
| CREDITOR ID: 249472-12<br>FERRELLGAS<br>4103 BANDY BLVD<br>FT PIERCE FL 34981-4790 | CREDITOR ID: 249469-12<br>FERRELLGAS<br>14 SAVANNAH HWY #23<br>BEAUFORT, SC 29906 | CREDITOR ID: 249468-12<br>FERRELLGAS<br>126 E VANCE ST<br>ZEBULON NC 27597 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 249480-12
FERRELLGAS CO
3232 SE DIXIE HWY
STUART FL 34997-5239

CREDITOR ID: 407419-15
FERRELLGAS, INC.
ATTN LENORE MULLIKIN, RCC 40
ONE LIBERTY PLAZA
LIBERTY MO 64068

CREDITOR ID: 386725-54
FERRER, ELOY
2580 W. 60TH STREET.
APT 205
HIALEAH FL 33016

CREDITOR ID: 391662-55
FERRER, ELOY
C/O: ROBERT A.  FELDMAN, ESQ.
LAW OFFICES OF ROBERT FELDMAN, P.A.
2931 CORAL WAY, SUITE 201
MIAMI FL 33145

CREDITOR ID: 404657-95
FERRERO USA INC
BURDETTE BECKMANN INC
516 DOUGLAS AVENUE, SUITE 1102
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 249481-12
FERRERO USA INC
ATTN JOHN GIFFORD
600 COTTONTAIL LANE
SOMERSET NJ 08873

CREDITOR ID: 249482-12
FERRY TRANSPORTATION INC
PO BOX 61051
NEW ORLEANS, LA 70151-1051

CREDITOR ID: 406626-MS
FERRY, JOHN E
1054 LOST CREEK RD
JACKSONVILLE FL 32220

CREDITOR ID: 249483-12
FES SYSTEMS INC
PO BOX 13383
NEWARK NJ 07101-3383

CREDITOR ID: 249484-12
FESCO FIRE SUPPRESION EQUIP
868 S 21ST STREET
LOUISVILLE, KY 40210

CREDITOR ID: 249485-12
FESTO CORPORATION
PO BOX 1355
BUFFALO NY 14240

CREDITOR ID: 249486-12
FETCH EXPRESS
ATTN: DAVID POE, OWNER
PO BOX 26921
TAMPA, FL 33623

CREDITOR ID: 404658-95
FETCH LOGISITICS
169 MCNAIR RD
WILLIAMSVILLE NY 14221

CREDITOR ID: 249487-12
FETCH LOGISTICS
ATTN: WILLIAM WILCOX, VP
25 NORTHPOINTE PARKWAY, SUITE 200
AMHERST, NY 14228

CREDITOR ID: 406134-97
FETCH LOGISTICS
ATTN: ROBERT R CLOSE II, PRES
25 NORTHPONTE PKWY, STE 200
AMHERST NY 14228

CREDITOR ID: 374891-44
FETTEROLF, HALLYE A
25120 AVENUE B
PAISLEY, FL 32767

CREDITOR ID: 267196-14
FEW JOSEPH MASON ET AL
ATTN: JOSEPH MASON
2750 PINE ST
DULUTH GA 30096-2780

CREDITOR ID: 249488-12
FEWTEK INC
PO BOX 5178
LARGO, FL 33779

CREDITOR ID: 404659-95
FEWTEK INC
PO BOX 1858
DUNEDIN FL 34697

CREDITOR ID: 397634-72
FF ACQUISITION, LLC
11840 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

CREDITOR ID: 249489-12
FFE TRANSPORTATION
PO BOX 671252
DALLAS, TX 75267-1252

CREDITOR ID: 395535-15
FFE TRANSPORTATION SERVICES, INC
ATTN JONI CUNNINGHAM
PO BOX 655888
DALLAS TX 75265

CREDITOR ID: 249315-12
FH TAUSSIG INC
111 BROOK ST
SCARSDALE NY 10583-5192

CREDITOR ID: 385967-54
FIALLEGA, LOURDES
2312 BRYAN STREET
KISSIMMEE, FL 34741

CREDITOR ID: 391195-55
FIALLEGA, LOURDES
C/O: JULIO C. MARTINEZ, JR.
ATTORNEYS TRIAL GROUP
903 NORTH MAIN STREET
KISSIMMEE FL 34744

CREDITOR ID: 245351-12
FICHERA, CHRISTOPHER
2200 S OCEAN LANE
#1209
FT LAUDERDALE FL 33316

CREDITOR ID: 389365-54
FICKAS, DOLORES
P.O BOX 734
LIVERMORE KY 42352

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387558-54<br>FICKEY, EDSEL<br>1684 RICE AVE.<br>TITUSVILLE FL 32796 | CREDITOR ID: 392058-55<br>FICKEY, EDSEL<br>C/O: SCOTT J. URICCHIO, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>20 N. ORANGE AVE., 16TH FLOOR<br>P.O. BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 249490-12<br>FICPA<br>PO BOX 850001<br>ORLANDO FL 32885-0158 |
| CREDITOR ID: 406627-MS<br>FICQUETTE, STEVE<br>2346 OLANDER ST.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 278461-24<br>FIDELITY ASSET MANAGEMENT CO. LLC<br>STEPHANIE YOUNG, PROPERTY MANAGER<br>3240 OFFICE POINT PLACE<br>SUITE 202<br>LOUISVILLE KY 40220 | CREDITOR ID: 278081-23<br>FIDELITY FEDERAL BANK & TRUST<br>ATTN: BOOKKEEPER<br>PO BOX 989<br>WEST PALM BEACH FL 33402 |
| CREDITOR ID: 278741-28<br>FIDELITY LEASING, INC.<br>ATTN: MIKE O'HARE; GEN SCHEURER<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 278742-28<br>FIDELITY LEASING, INC.<br>PO BOX 8500-9805<br>PHILADELPHIA, PA 19178-9805 | CREDITOR ID: 249491-12<br>FIDELITY NATIONAL TITLE AGENCY<br>C/O MARK A BRUNGER<br>260 THREE LINCOLN CENTRE<br>5430 LBJ FREEWAY<br>DALLAS, TX 75240 |
| CREDITOR ID: 249492-12<br>FIELD CONTAINER CO LP<br>4775 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 249493-12<br>FIELD PACKING CO<br>PO BOX 1877<br>OWENSBORO KY 42302-1877 | CREDITOR ID: 249494-12<br>FIELD PACKING COMPANY<br>PO BOX 20003<br>OWENSBORO KY 42304 |
| CREDITOR ID: 249495-12<br>FIELD TRIP FACTORY<br>ATTN SUSAN SINGER, PRES<br>2211 NORTH ELSTON, SUITE 304<br>CHICAGO, IL 60614 | CREDITOR ID: 404660-95<br>FIELD TRIP FACTORY<br>1735 NORTH PAULINA<br>SUITE 413<br>CHICAGO IL 60622 | CREDITOR ID: 279361-36<br>FIELDALE FARM CORPORATION<br>C/O SUSAN RUSHING<br>P.O. BOX 558<br>BALDWIN , GA 30511 |
| CREDITOR ID: 249496-12<br>FIELDALE FARMS CORP<br>PO BOX 558<br>BALDWIN, GA 30511 | CREDITOR ID: 249497-12<br>FIELDCREST CANNON<br>STATON BLVD.<br>GREENVILLE NC 27834 | CREDITOR ID: 315806-40<br>FIELDER PLAZA SHOPPING CENTER<br>PO BOX 660394<br>ACCT# 1910 919132<br>DALLAS, TX 75266-0394 |
| CREDITOR ID: 382583-51<br>FIELDER, HARVEY G.<br>1015 BRIARWOOD DRIVE<br>CLINTON, MS 39056 | CREDITOR ID: 315807-40<br>FIELDER-303 PARTNERS LTD<br>3838 OAKLAWN<br>SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 374894-44<br>FIELDS, KIM N<br>PO BOX 1718<br>KINGSLAND, GA 31548 |
| CREDITOR ID: 388786-54<br>FIELDS, MICHAEL<br>334 JOSANNA STREET, APT 101<br>JACKSON, MS 39202 | CREDITOR ID: 392741-55<br>FIELDS, MICHAEL<br>C/O: JARRET NICHOLS<br>THE GIBSON LAW FIRM<br>PO BOX 3493<br>JACKSON MS 39207 | CREDITOR ID: 249498-12<br>FIELDSTONE MEATS OF AL<br>PO BOX 1014<br>ONEONTA, AL 35121-1014 |
| CREDITOR ID: 249499-12<br>FIESTA GAS GRILLS LLC.<br>MSC 30165<br>PO BOX 415000<br>NASHVILLE, TN 37241-5000 | CREDITOR ID: 404661-95<br>FIESTA GAS GRILLS LLC.<br>PO BOX 30165<br>NASHVILLE TN 37241-0165 | CREDITOR ID: 382237-51<br>FIFTH DIMENSION, THE<br>YEOMANS DRIVE<br>BUCKINGHAMSHIRE,  MK14 5LS<br>ENGLAND |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267197-31<br>FIFTH LOUISIANA DISTRICT<br>ATTN: BOBBY COWENS<br>8 GILLESPIE ST<br>VIDALIA LA 71373-4253 | CREDITOR ID: 267198-31<br>FIFTH LOUISIANA LEVEE DISTRICT<br>ATTN: REYNOLD MINSKY<br>222 N CEDAR ST<br>TALLULAH LA 71282-3813 | CREDITOR ID: 278082-23<br>FIFTH THIRD BANK<br>ATTN: MATTHEW J. ZECK<br>38 FOUNTAIN SQUARE PLAZA, MD 10905E<br>CORPORATE TREASURY MANAGEMENT<br>CINCINNATI OH 45263 |
| CREDITOR ID: 395284-63<br>FIFTH THIRD BANK<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI, OH 45263 | CREDITOR ID: 395285-63<br>FIFTH THIRD PROCESSING SOLUTIONS<br>FKA MIDWEST PAYMENT SYSTEMS INC.<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI, OH 45263 | CREDITOR ID: 249500-12<br>FIFTH WARD ELEMENTARY<br>158 PANTHER DRIVE<br>RESERVE, LA 70084 |
| CREDITOR ID: 267199-31<br>FIFTH WARD GRAVITY DRAING DIST<br>ATTN: RAUL BOUCHOUX<br>502 HIGHWAY 308<br>THIBODAUX LA 70301-5754 | CREDITOR ID: 249501-12<br>FIGARO COMPANY<br>3601 EXECUTIVE BLVD<br>MESQUITE TX 75149-2711 | CREDITOR ID: 389658-54<br>FIGERO, ELIZABETH<br>818 NW 4TH STREET APT 2<br>MIAMI, FL 33132 |
| CREDITOR ID: 393309-55<br>FIGERO, ELIZABETH<br>C/O: ROBERT J FENSTERSHEIB P.A.<br>FENSTORSHEIB & FOX PA<br>520 W. HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 | CREDITOR ID: 385387-54<br>FIGUERAO, KREISTEN<br>714 SE 3RD ROAD<br>DANIA, FL 33004 | CREDITOR ID: 390695-55<br>FIGUERAO, KREISTEN<br>C/O: STEVEN D. ELIAS, P.A.<br>LAW OFFICES OF STEVEN D. ELIAS, P.A.<br>2400 EAST COMMERCIAL BLVD.<br>SUITE 820<br>FORT LAUDERDALE FL 33308 |
| CREDITOR ID: 388642-54<br>FIGUEROA, ENRICO<br>10336 FOX TRAIL<br>APT 1305<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 392692-55<br>FIGUEROA, ENRICO<br>C/O: LORRAINE POWERS<br>JO ANN HOFFMAN, MOORE, BAISDEN, NELSON &<br>4403 W. TRADEWINDS AVENUE<br>LAUDERDALE-BY-THE-SEA FL 33308 | CREDITOR ID: 386383-54<br>FIGUEROA, ISRAEL<br>2291 NW 98TH AVENUE<br>SUNRISE FL 33322 |
| CREDITOR ID: 391464-55<br>FIGUEROA, ISRAEL<br>C/O: MARIO PEREZ, ESQ<br>JO ANN HOFFMAN, FRIED, MOORE & BAISDEN,<br>4403 WEST TRADEWINDS AVE.<br>LAUDERDALE-BY-THE-SEA FL 33308 | CREDITOR ID: 389479-54<br>FIGUEROA, JORGE<br>4500 WEST 19TH CT<br>APT. D-237<br>MIAMI FL 33012 | CREDITOR ID: 400353-85<br>FIGUEROA, ROMAN<br>C/O MR. SCOT LABOURDETTE, ESQUIRE<br>LABOURDETTE LAW FIRM, LLC<br>1100 POYDRAS ST, STE 2900<br>NEW ORLEANS LA 70163 |
| CREDITOR ID: 394153-56<br>FIGUEROA, ROMAN<br>C/O LABOURDETTE LAW FIRM, LLC<br>ATTN SCOT J LABOURDETTE, ESQ<br>1100 POYDRAS STREET, SUITE 290<br>NEW ORLEANS, LA 70163 | CREDITOR ID: 399954-84<br>FIGUEROA, ROMAN<br>C/O SCOT LABOURDETTE<br>1100 POYDRAS STREET, SUITE 290<br>NEW ORLEANS LA 70163 | CREDITOR ID: 386526-54<br>FIGURA, JOSEPH<br>31642 N CORBIN ROAD<br>WALKER LA 70785 |
| CREDITOR ID: 385590-54<br>FIKE, JULIE LYNN<br>1906 NE 22ND AVE<br>CAPE CORAL, FL 33909 | CREDITOR ID: 389061-54<br>FILES, DONALD<br>315 PROFIT, APT D<br>MARRERO, LA 70072 | CREDITOR ID: 389061-54<br>FILES, DONALD<br>C/O LAW OFFICES OF ROBERT M BECNEL<br>ATTN ROBERT M BECNEL ESQ<br>425 WEST AIRLINE HWY SUITE B<br>LAPLACE LA 70068 |
| CREDITOR ID: 392957-55<br>FILES, DONALD & GAUDIN, PIERRE<br>C/O GAUDIN & GAUDIN<br>ATTN PIERRE F GAUDIN, ESQ<br>1088 FOURTH STREET (70053)<br>PO BOX 156<br>GRETNA LA 70054 | CREDITOR ID: 259577-12<br>FILGROVE, RICHARD<br>5 WOODHAVEN DRIVE<br>CLARKSHILL, SC 29821 | CREDITOR ID: 399357-15<br>FILING SOURCE INC<br>ATTN CANDACE E BOBECK, PRES<br>7529 SALISBURY ROAD<br>JACKSONVILLE FL 32256 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249502-12<br>FILING SOURCE INC<br>PO BOX 551467<br>JACKSONVILLE, FL 32255-1467 | CREDITOR ID: 397291-69<br>FILING SOURCE, INC.<br>5211 FAIRMONT<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 279191-12<br>FILING SOURCE, INC.<br>ATTN: JACK BOBECK<br>7529 SALISBURY ROAD<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 279231-35<br>FILIPPO BERIO<br>ATTN: BRIAN W. DUFFY<br>255 ROUTE 17 SOUTH<br>HACKENSACK NJ 07601 | CREDITOR ID: 249503-12<br>FILIPPO BERIO SALOV NA CORP<br>PO BOX 23346<br>NEWARK, NJ 07189-3346 | CREDITOR ID: 384123-47<br>FILLINGHAM ROOFING & SHEET METAL INC<br>ATTN: F M FILLINGHAM, PRES<br>441 N LANE AVENUE<br>PO BOX 61886<br>JACKSONVILLE, FL 32236-1886 |
| CREDITOR ID: 249504-12<br>FILLINGHAM ROOFING&SHEET METAL INC<br>PO BOX 61886<br>JACKSONVILLE FL 32236-1886 | CREDITOR ID: 249505-12<br>FILMART<br>ATTN JUDITH LEFKOWITZ<br>4111 GLENWOOD RD<br>BROOKLYN, NY 11210-2024 | CREDITOR ID: 406628-MS<br>FILOSA, PHILLIP J<br>2944 WEST VERBENA PLACE<br>BEVERLY HILLS FL 34465 |
| CREDITOR ID: 389086-54<br>FILS, GERTRUDE<br>1165 NW 127TH ST<br>MIAMI, FL 33168 | CREDITOR ID: 392977-55<br>FILS, GERTRUDE<br>C/O RONALD RODMAN<br>FRIEDMAN, RODMAN & FRANK, PA<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | CREDITOR ID: 249506-12<br>FILTRATION SOLUTIONS INC<br>ATTN P PATRICIA FRASER, OFF MGR<br>4361 CHARLOTT HWY, SUITE 301<br>LAKE WILIE, SC 29710 |
| CREDITOR ID: 249507-12<br>FIMCOR INTERNATIONAL INC<br>2762 TRACY BLVD<br>TRACY, CA 95376 | CREDITOR ID: 278698-99<br>FIN TECH<br>ATTN DOUG WILHELM<br>4720 W CYPRESS STREET<br>TAMPA FL 33607 | CREDITOR ID: 267200-14<br>FINANCE<br>ATTN: SHERRY DEVRITS<br>120 MORRIS ST<br>DURHAM NC 27701-3230 |
| CREDITOR ID: 267201-14<br>FINANCE & ADM MISS DEPT<br>ATTN: TERESA PLANCH<br>501 N WEST ST<br>JACKSON MS 39201-1001 | CREDITOR ID: 267207-14<br>FINANCE ALABAMA DEPT OF<br>ATTN: JOSEPH LAMAR<br>770 WASHINGTON AVE<br>MONTGOMERY AL 36104-3819 | CREDITOR ID: 267205-14<br>FINANCE ALABAMA DEPT OF<br>ATTN: JERRY CARPENTER<br>777 S LAWRENCE ST STE 200<br>MONTGOMERY AL 36104-5075 |
| CREDITOR ID: 267203-14<br>FINANCE ALABAMA DEPT OF<br>ATTN: DRAYTON NABERS JR<br>600 DEXTER AVE STE 105N<br>MONTGOMERY AL 36130-3024 | CREDITOR ID: 267202-14<br>FINANCE ALABAMA DEPT OF<br>ATTN: CINDY WRIGHT<br>64 N UNION ST STE 200A<br>MONTGOMERY AL 36130-3020 | CREDITOR ID: 267208-14<br>FINANCE ALABAMA DEPT OF<br>ATTN: ROBERT CHILDREE<br>100 N UNION ST<br>MONTGOMERY AL 36104-3719 |
| CREDITOR ID: 267209-14<br>FINANCE ALABAMA DEPT OF<br>ATTN: WILLIAM NEWTON<br>11 S UNION ST # 237<br>MONTGOMERY AL 36130-2102 | CREDITOR ID: 267218-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: RICHARD ROGNEHAUGH<br>312 8TH AVE N # R<br>NASHVILLE TN 37243-0001 | CREDITOR ID: 267216-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: MAUREEN ABBEY<br>312 8TH AVE N<br>NASHVILLE TN 37243-0001 |
| CREDITOR ID: 267217-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: MONICA HODGES<br>312 8TH AVE N # 21<br>NASHVILLE TN 37243-0001 | CREDITOR ID: 267215-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: DAVE GOETZ<br>FIRST FL STATE CAPITL BLG<br>NASHVILLE TN 37243 | CREDITOR ID: 267214-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: COM PAULA FLOWERS<br>500 JAMES ROBERTSON PKWY<br>NASHVILLE TN 37245-1220 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267213-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: CLYDE PHILLIPS<br>312 8TH AVE N FL 14<br>NASHVILLE TN 37243-0001 | CREDITOR ID: 267212-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: CHUCK PITT<br>901 5TH AVE N # 911<br>NASHVILLE TN 37243-1100 | CREDITOR ID: 267210-14<br>FINANCE AND ADM TENN DEPT<br>ATTN: BILL MACDONALD<br>511 UNION ST STE 500<br>NASHVILLE TN 37219-1733 |
| CREDITOR ID: 249508-12<br>FINANCE DEPARTMENT<br>CLEMSON CITY HALL<br>PO BOX 1566<br>CLEMSON, SC 29633-1566 | CREDITOR ID: 267219-14<br>FINANCE DEPT-ACCOUNTS PAYABLE<br>ATTN: KAREN HARRELL<br>326 PUJO ST<br>LAKE CHARLES LA 70601-4269 | CREDITOR ID: 249509-12<br>FINANCE OFFICER<br>PO BOX 51530<br>WARREN COUNTY SCHOOLS<br>BOWLING GREEN, KY 42102-9019 |
| CREDITOR ID: 249510-12<br>FINANCIAL BUSINESS EQUIPMENT INC<br>1304 S W 160 AVE PMB #425<br>FORT LAUDERDALE FL 33326 | CREDITOR ID: 249511-12<br>FINANCIAL CREDIT LLC<br>C/O RODOLFO J MIRO<br>PO BOX 9065<br>BRANDON, FL 33509 | CREDITOR ID: 267220-14<br>FINANCIAL CRIMES ENFORCEMENT<br>ATTN: MARY MESSELI<br>2070 CHAIN BRIDGE RD<br>VIENNA VA 22182-2536 |
| CREDITOR ID: 406157-15<br>FINANCIAL INFORMATION TECH, INC<br>ATTN GLENN W JONES JR, CFO<br>4720 W CYPRESS STREET<br>TAMPA FL 33607 | CREDITOR ID: 267221-14<br>FINANCIAL MANAGEMENT SERVICE<br>ATTN: CHARLES A WILSON<br>190 VULCAN RD<br>BIRMINGHAM AL 35209-4702 | CREDITOR ID: 249512-12<br>FINANCIAL SUPERMARKETS INC<br>PO BOX 1900<br>CORNELIA, GA 30531-1900 |
| CREDITOR ID: 269246-16<br>FINANCIAL SYSTEMS INNOVATION, LLC,<br>C/O JONATHAN T. SUDER<br>FRIEDMAN, SUDER & COOKE<br>TINDALL SQUARE WAREHOUSE #1<br>604 EAST 4TH STREET, SUITE 200<br>FORT WORTH, TX 76102 | CREDITOR ID: 267222-31<br>FINANCING & INV COMM GA STATE<br>ATTN: ANGELA DENNIS<br>2 MARTIN LUTHER KING JR D<br>ATLANTA GA 30334 | CREDITOR ID: 249513-12<br>FINAZZLE CORPORATION USA<br>3088 PROCESS DRIVE<br>NORCROSS, GA 30071 |
| CREDITOR ID: 387616-54<br>FINCANNON, MICHAEL<br>6412 PINEBROOK DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 406629-MS<br>FINCH, GARY W.<br>240 VOLUSIA DR.<br>WINTER HAVEN FL 33884 | CREDITOR ID: 387447-54<br>FINCH, JAMES C<br>3777 GLOVER LANE<br>APOPKA FL 32703 |
| CREDITOR ID: 391986-55<br>FINCH, JAMES C<br>C/O: THOMAS MOONEY<br>MEYERS, MOONEY, MEYERS, STANLEY & COLVIN<br>1904 UNIVERSITY BLVD. W.<br>JACKSONVILLE FL 32217 | CREDITOR ID: 249514-12<br>FINCHVILLE FARMS<br>PO BOX 56<br>FINCHVILLE, KY 40022 | CREDITOR ID: 407593-15<br>FINDLER AND FINDLER, P.A.<br>ATTN SANDRA L MCAULEY ESQ<br>3 HARVARD CIRCLE SUITE 100<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 374899-44<br>FINE DISTRIBUTING INC<br>PO BOX 30384<br>TAMPA FL 33630-3384 | CREDITOR ID: 393711-58<br>FINE FURNITURE WAREHOUSE (#424)<br>2100 COLUMBIANA ROAD<br>ATTN: JIM WARR<br>BIRMINGHAM, AL 35216 | CREDITOR ID: 388572-54<br>FINE, MAXINE<br>171 MEADOWS DRIVE<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 392637-55<br>FINE, MAXINE<br>C/O: JASON GOLDSTONE<br>GOODMARK,GOODMARK & GOLDSTONE PA<br>400 EXECUTIVE CENTER DRIVE<br>SUITE 110<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 383070-51<br>FINGER LAKES BC/BS<br>150 EAST MAIN STREET<br>ROCHESTER, NY 14647 | CREDITOR ID: 380983-47<br>FINGRS MFG<br>PO BOX 30957<br>LOS ANGELES, CA 90030-0957 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 249515-12
FINISHMASTER INC
PO BOX 532587
ATLANTA, GA 30353-2587

CREDITOR ID: 269276-16
FINK, JEFFREY P.
ROBBINS, UMEDA & FINK, LLP
1010 SECOND AVENUE
SUITE 2360
SAN DIEGO, CA 92101

CREDITOR ID: 385495-54
FINK, LISA
73 BRIARBUE LANE
PALM COAST, FL 32164

CREDITOR ID: 276800-21
FINK, LISA
C/O RUE & ZIFFRA, PA
ATTN DAVID L SWEAT, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 386582-54
FINLEY, ABIGAIL
P.O. BOX 41256
BATON ROUGE LA 70835-1256

CREDITOR ID: 391595-55
FINLEY, ABIGAIL
C/O: JOHN F. MCKAY
7465 EXCHANGE PLACE
BATON ROUGE LA 70806

CREDITOR ID: 406630-MS
FINLEY, HAROLD D.
RT 2 BOX 2627
MELROSE FL 32666

CREDITOR ID: 397826-76
FINLEY, SHALIKA
1414 COOPER AVENUE, E-6
ANNISTON, AL 36201

CREDITOR ID: 386085-54
FINN, LOIS
3100 N. 24  AVE.  BLDG 2, APT
HOLLYWOOD, FL 33020

CREDITOR ID: 391278-55
FINN, LOIS
C/O: COHN, PARKER & COHN, PA
1152 N. UNIVERSITY DRIVE
SUITE 201
PEMBROKE PINES FL 33024

CREDITOR ID: 386457-54
FINN, TASHA
10255 COUNTY RD. LOT 20
FAIRHOPE AL 36532

CREDITOR ID: 406221-G4
FINTECH
4720 W. CYPRESS STREET, STE. 100
TAMPA FL 33607

CREDITOR ID: 249516-12
FINUF SIGN CO
PO BOX 211570
AUGUSTA, GA 30917-1570

CREDITOR ID: 315848-40
FIORELLA III, JACK
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM, AL 35242

CREDITOR ID: 1477-07
FIORELLA, JACK  III
3800 CORPORATE WOODS DR., SUITE 100
BIRMINGHAM AL 35242

CREDITOR ID: 389208-54
FIORELLO, CAROL
134 W
SEBRING FL 33872

CREDITOR ID: 249517-12
FIORENTINO AND ASSOCIATES
50 NORTH LAURA STREET
SUITE 2750
JACKSONVILLE FL 32202

CREDITOR ID: 374810-44
FIORETTI, ELIZABETH
7097 S THRESHOLD PT
HOMOSASSA, FL 34446

CREDITOR ID: 394263-56
FIORILLO, CHRIS
1681 C.R 57
PRATTVILLE AL 36067

CREDITOR ID: 249518-12
FIORUCCI FOODS INC
PO BOX 631390
BALTIMORE, MD 21263-1390

CREDITOR ID: 374900-44
FIRC KEY BISCAYNE LTD
2299 DOUGLAS RD 4TH FL
MIAMI FL 33145

CREDITOR ID: 397635-72
FIRE FIGHTER
PO BOX 888
LAND O' LAKES, FL 34639

CREDITOR ID: 249520-12
FIRE FIGHTERS EQUIPMENT
PO BOX 60189
JACKSONVILLE, FL 32236-0189

CREDITOR ID: 249521-12
FIRE GUARD PROTECTION SYSTEMS
PO BOX 240201
ECLECTIC, AL 36024

CREDITOR ID: 249522-12
FIRE SAFE EXTINGUISHER SERVICES
1188 COUNTRYSIDE DRIVE
RINGGOLD VA 24586

CREDITOR ID: 249523-12
FIRE SAFETY INC
PO BOX 1304
VALDOSTA, GA 31603-1304

CREDITOR ID: 249524-12
FIRE SPRINKLER LTD
15355 PATRICK HENRY HIGHWAY
AMEILIA VA 23002-4711

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249525-12<br>FIRE TECH SERVICES INC<br>820 GREENBRIER CIRCLE, SUITE 9<br>CHESAPEAKE VA 23320 | CREDITOR ID: 249526-12<br>FIREHOUSE FULL GOSPEL<br>PO BOX 19740<br>NEW ORLEANS, LA 70179 | CREDITOR ID: 249527-12<br>FIREMASTER<br>PO BOX 121019<br>DEPARTMENT 1019<br>DALLAS, TX 75312-1019 |
| CREDITOR ID: 249528-12<br>FIRESTONE TIRE & SERVICE CENTER LA<br>3521 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002 | CREDITOR ID: 388285-54<br>FIRESTONE, AMBER<br>3123 QUAILHILL DRIVE<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 249529-12<br>FIRM STRATEGIES<br>4404 - D STUART ANDREW BLVD<br>CHARLOTTE, NC 28217 |
| CREDITOR ID: 267223-31<br>FIRST AFRICAN CMNTY DEV CORP<br>ATTN: DENNIS DAE<br>3303 HUNTERS PACE DR<br>LITHONIA GA 30038-2892 | CREDITOR ID: 249530-12<br>FIRST AMERICAN CARRIERS INC<br>ATTN WILLIAM BENJAMIN COBB<br>PO BOX 6097<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 249531-12<br>FIRST AMERICAN TITLE COMPANY<br>10350 ORMSBY PARK PLACE, SUITE 105<br>LOUISVILLE, KY 40223 |
| CREDITOR ID: 249532-12<br>FIRST AMERICAN TITLE INSURANCE CO<br>3563 PHILLIPS HIGHWAY<br>BUILDING E SUITE 504<br>JACKSONVILLE FL 32202 | CREDITOR ID: 249533-12<br>FIRST AMERICAN TITLE INSURANCE CO<br>ATTN ACCOUNT RECEIVABLE DEPT<br>25400 US HIGHWAY 19 NORTH<br>SUITE # 135<br>CLEARWATER FL 33763 | CREDITOR ID: 400556-79<br>FIRST AMERICAN TITLE INSURANCE CO<br>ATTN: STEVE NELSON<br>5775 GLENRIDGE DRIVE NE<br>STE A-240<br>ATLANTA GA 30328-5351 |
| CREDITOR ID: 278083-23<br>FIRST BANK<br>ATTN: PEARL<br>P.O. BOX 1237<br>CLEWISTON FL 33440 | CREDITOR ID: 249535-12<br>FIRST BAPTIST CHRISTIAN SCHOOL<br>414 NORTH MECKLENBURG AVENUE<br>SOUTH HILL, VA 23970 | CREDITOR ID: 249534-12<br>FIRST BAPTIST CHRISTIAN SCHOOL<br>201 W CONVENT<br>LAFAYETTE, LA 70501 |
| CREDITOR ID: 249537-12<br>FIRST BAPTIST CHURCH AT NEW ROADS<br>824 WEST MAIN ST<br>NEW ROADS, LA 70760 | CREDITOR ID: 249538-12<br>FIRST BAPTIST CHURCH BAY ST LOUIS<br>141 MAIN ST<br>BAY ST LOUIS, MS 39520 | CREDITOR ID: 249539-12<br>FIRST BAPTIST CHURCH CROWLEY<br>228 E 4TH ST<br>CROWLEY, LA 70526 |
| CREDITOR ID: 249540-12<br>FIRST BAPTIST CHURCH DAY CARE<br>210 N LAUREL ST<br>AMITE, LA 70422 | CREDITOR ID: 249541-12<br>FIRST BAPTIST CHURCH JAMIE BLVD<br>360 S JAMIE BLVD<br>AVONDALE, LA 70094 | CREDITOR ID: 249542-12<br>FIRST BAPTIST CHURCH NICHOLSON<br>PO BOX 74 NICHOLSON<br>NICHOLSON, MS 39463 |
| CREDITOR ID: 249543-12<br>FIRST BAPTIST CHURCH OF LULING<br>PO BOX 155<br>LULING, LA 70070 | CREDITOR ID: 249544-12<br>FIRST BAPTIST CHURCH OF PARKER<br>1323 DOVER ROAD<br>PANAMA CITY FL 32404 | CREDITOR ID: 249545-12<br>FIRST BAPTIST CHURCH PLAQUEMINE<br>24525 ORY AVE<br>PLAQUEMINE, LA 70764 |
| CREDITOR ID: 249546-12<br>FIRST BAPTIST CHURCH ST ROSE<br>PO BOX 219<br>ST ROSE, LA 70087 | CREDITOR ID: 249547-12<br>FIRST BAPTIST CHURCH YOUTH MINISTRY<br>602 WASHINGTON AVE<br>OCEAN SPRINGS, MS 39564 | CREDITOR ID: 249548-12<br>FIRST CAPITAL CORPORATION<br>E C COMMERCIAL CORPORATION<br>A DIVISION OF 1ST CAPITAL CORP<br>PO BOX 740490<br>ATLANTA GA 30374-0490 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 249549-12
FIRST CARE OCCUPATIONAL HEALTH
2330 UNIVERSITY BOULEVARD, STE 501
TUSCALOOSA, AL 35401

CREDITOR ID: 384124-47
FIRST CHOICE DISTRIBUTION INC
PO BOX 1523
NORCROSS GA 30091-1523

CREDITOR ID: 249550-12
FIRST CHOICE FOOD DISTRIBUTORS
1717 NORTHWEST 79TH AVENUE
MIAMI, FL 33126

CREDITOR ID: 404665-95
FIRST CHOICE FOOD DISTRIBUTORS
5541 N W 74 AVE
MIAMI FL 33166

CREDITOR ID: 267224-31
FIRST CIRCLE INC
ATTN: ARTHUR L FLETCHER
940 MASSACHUSETTS AVE
PENSACOLA FL 32505-3803

CREDITOR ID: 249551-12
FIRST CITIZENS
CASH MANAGEMENT
PO BOX 29
COLUMBIA, SC 29202

CREDITOR ID: 249552-12
FIRST CLASS LIVERY SERVICES, INC
5440 MING DRIVE
BELLE ISLE, FL 32812

CREDITOR ID: 381749-15
FIRST CLASS LIVERY SERVICES, INC
ATTN: SCOTT WORKMAN
5440 MING DRIVE
ORLANDO FL 32812

CREDITOR ID: 381526-47
FIRST COAST MANUFACTURERS ASSOCIATION
4215 SOUTHPOINT BLVD
SUITE 140
JACKSONVILLE, FL 32216

CREDITOR ID: 249554-12
FIRST COAST PALLET INC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 315672-36
FIRST COAST PALLET INC
C/O RICHARD K JONES & ERIC L HEARN
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 406129-97
FIRST COAST PALLET INC
ATTN: CHRIS SPENCE, VP
502 BAYVIEW DRIVE
YULEE FL 32097

CREDITOR ID: 249554-12
FIRST COAST PALLET INC
ATTN: CHRIS SPENCE, VP
PO BOX 1647
YULEE, FL 32041

CREDITOR ID: 374904-44
FIRST COAST PALLETS INC
PO BOX 1647
YULEE, FL 32041

CREDITOR ID: 249555-12
FIRST COAST PROMOTIONS
3948 SUNBEAM RD STE 5
JACKSONVILLE FL 32257

CREDITOR ID: 249556-12
FIRST COAST TALENT AGENCY
851 N MARKET STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 381134-47
FIRST COLLECTION SERVICES
10925 OTTER CREEK E BLVD
MABEVALE, AR 72103

CREDITOR ID: 249557-12
FIRST COMMERCIAL BANK
PO BOX 2571
HUNTSVILLE AL 35804

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 383065-51
FIRST COMMUNITY HEALTH
188 SPARKMAN DRIVE
HUNTSVILLE, AL 35804

CREDITOR ID: 249558-12
FIRST DATA CORP
IPS/VALUELINK
PO BOX 2021
ENGLEWOOD, CO 80150-2021

CREDITOR ID: 249559-12
FIRST EMANUEL BAPTIST CHURCH
1829 CARONDELET ST
NEW ORLEANS, LA 70130

CREDITOR ID: 267225-31
FIRST FLIGHT DEVELOPMENT LLC
ATTN: MICHAEL PUGH
29 FAIRWAY DR
KITTY HAWK NC 27949-3849

CREDITOR ID: 267226-31
FIRST FOUNDATION
ATTN: JEREMIAH TILLMAN
236 HARRISON ST
PETERSBURG VA 23803-4252

CREDITOR ID: 249560-12
FIRST GULF BANK
PO BOX 6789
GULF SHORES AL 36547

CREDITOR ID: 382990-51
FIRST HEALTH RX
4300 COX ROAD
GLEN ALLEN, VA 23060

CREDITOR ID: 403271-83
FIRST HEALTH SERVICES CORPORATION
4240 COX ROAD
GLEN ALLEN VA 23060

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 249561-12
FIRST HEARTLAND TITLE AGENCY LLC
PO BOX 844
ELIZEBETHTOWN, KY 42702-0644

CREDITOR ID: 381692-47
FIRST HELP URGENT CARE CLINIC
320 1ST STREET SOUTH
WINTER HAVEN, FL 33880

CREDITOR ID: 249562-12
FIRST LIGHT
4715 KIMS POINT ROAD
CUMMINGS, GA 30041

CREDITOR ID: 249563-12
FIRST MANAGEMENT SERVICES
333 UNION ST  STE 400
NASHVILLE TN 37201

CREDITOR ID: 249564-12
FIRST NATIONAL BANK
PO BOX 400
101 E BRIDGE STREET
ATTN MARK WEBB LN# 603 27 29
GRANBURY, TX 76048

CREDITOR ID: 1323-RJ
FIRST NATIONAL BANK
101 E. BRIDGE STREET
PO BOX 400
GRANBURY, TX 76048

CREDITOR ID: 381202-47
FIRST NATIONAL BANK OF MANCHESTER
ATTN CHECK COLLECTION KAY SMITH
120 TOWN SQUARE
MANCHESTER, KY 40962

CREDITOR ID: 278084-23
FIRST NATIONAL BANK OF WAUCHULA
ATTN: BOOKKEEPER
PO BOX 966
WAUCHULA FL 33873

CREDITOR ID: 397135-67
FIRST NAT'L BANK OF TALLADEGA
PO BOX 797
TALLADEGA, AL 35161

CREDITOR ID: 267227-31
FIRST PARTNERS
ATTN: CHARLES FIELD
324 59TH ST
FAIRFIELD AL 35064-2030

CREDITOR ID: 249565-12
FIRST PENTECOSTAL CHURCH
384 ROBERT BLVD
SLIDELL, LA 70458

CREDITOR ID: 249566-12
FIRST PIEDMONT CORP
PO DRAWER 1069
CHATHAM, VA 24531-1069

CREDITOR ID: 249567-12
FIRST PRESBYTERIAN CHURCH
401 FIFTH AVE
PICAYUNE, MS 39466

CREDITOR ID: 249568-12
FIRST QUALITY HYGIENIC INC
PO BOX 7777-W3880
PHILADELPHIA, PA 19175-3880

CREDITOR ID: 279139-33
FIRST QUALITY HYGIENIC, INC.
CLINTON COUNTY INDUSTRIAL PARK
PO BOX 330
MCELHATTAN PA 17748

CREDITOR ID: 249569-12
FIRST QUALITY PRODUCTS
PO BOX 330
MCELHATTAN, PA 17748

CREDITOR ID: 267228-14
FIRST RATE FINANCE
ATTN: BETTY TODD
11 W BOYCE ST
MANNING SC 29102-3205

CREDITOR ID: 2229-07
FIRST REPUBLIC CORP OF AMERICA
302 5TH AVENUE
NEW YORK, NY 10001-3604

CREDITOR ID: 249570-12
FIRST REPUBLIC CORP OF AMERICA
302 5TH AVE
NEW YORK, NY 10001-3604

CREDITOR ID: 383062-51
FIRST RX
PO BOX 152539
TAMPA, FL 33684

CREDITOR ID: 1325-07
FIRST SECURITY BANK
ATTN MS MILDRED GRAY (LAND LESSOR)
9118 TINGLE CUT OFF ROAD
DORA AL 35062

CREDITOR ID: 1326-07
FIRST SECURITY BANK NATIONAL
ORLANDO 99-FL LLC
2800 W. MARCH LANE STE 360
STOCKTON CA 95219

CREDITOR ID: 315809-40
FIRST SECURITY BANK NATL ASSOC
ATTN: CORP TRUST SERVICES
ACCT# 0510922115
SALT LAKE CITY, UT 84111

CREDITOR ID: 1327-07
FIRST SECURITY BANK NATL ASSOC.
TALLAHASSEE 99-FL LLC
C/O JAMARCO REALTY LLC
KLEIN & SOLOMAN LLP
275 MADISON AVE 11TH FLR
NEW YORK NY 10016

CREDITOR ID: 400553-07
FIRST SECURITY BANK, NATIONAL ASSOC
ATTN VAL T. ORTON TRUSTEES
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 249571-12
FIRST SERVICES CORP
ATTN LEIGH PORTER, BUS MGR
4648 OLD WINTER GARDEN RD
ORLANDO, FL 32811-1784

CREDITOR ID: 249572-12
FIRST SOUTHERN NATIONAL BANK
PO BOX 725
RICHMOND, KY 40476-0725

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278085-23<br>FIRST STATE BANK<br>ATTN: KELLIE TYRON<br>PO BOX 1579<br>KEY WEST FL 33041 | CREDITOR ID: 397111-67<br>FIRST STATE BANK OF THE KEYS<br>1201 SIMONTON STREET<br>KEY WEST, FL 33040 | CREDITOR ID: 267229-31<br>FIRST STOP COMMUNITY DEV<br>ATTN: LOUIS BATES<br>927 W MAIN ST<br>AVON PARK FL 33825-3311 |
| CREDITOR ID: 249573-12<br>FIRST TEE SEAFOODS INC<br>PO BOX 630339<br>OJUS, FL 33163 | CREDITOR ID: 249574-12<br>FIRST UNION MANAGEMENT INC<br>%LANDAU & HEYMAN<br>120 S RIVERSIDE PLAZA  STE1605<br>CHICAGO IL 60606 | CREDITOR ID: 249575-12<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 1329-07<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE NC 28260 | CREDITOR ID: 1331-07<br>FIRST UNION NATIONAL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE, NC 28260-1654 | CREDITOR ID: 249576-12<br>FIRST UNION NATIONAL BANK OF FL<br>% FRIEDMAN & GREENBERG<br>9675 WEST BROWARD BLVD<br>PLANTATION FL 33324 |
| CREDITOR ID: 249577-12<br>FIRST UNION NATIONAL BANK OF FL<br>9675 WEST BROWARD BOULEVARD<br>C/O FRIEDMAN & GREENBERG PA<br>PLANTATION FL 33324 | CREDITOR ID: 249579-12<br>FIRST UNION NATL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE, NC 28260-1654 | CREDITOR ID: 1332-07<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 249580-12<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 249581-12<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #81-5114272<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1335-07<br>FIRST UNION WHOLESALE LOCKBOX<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 1334-07<br>FIRST UNION WHOLESALE LOCKBOX<br>LOAN#82 5999870<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 249584-12<br>FIRST UNITED METHODIST HAMMOND<br>2200 RUE DENISE<br>HAMMOND, LA 70403 | CREDITOR ID: 267230-31<br>FIRST UTILITY DST HARDEN CNTY<br>ATTN: JOHN THOMAS<br>7075 HIGHWAY 57<br>COUNCE TN 38326-3426 |
| CREDITOR ID: 2230-07<br>FIRST WASHINGTON MANAGEMENT<br>4350 EAST-WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 | CREDITOR ID: 2231-07<br>FIRST WASHINGTON REALTY<br>4350 EAST WEST HIGHWAY<br>BETHESDA MD 20814 | CREDITOR ID: 278462-24<br>FIRST WASHINGTON REALTY INC.<br>7027 THREE CHOPT ROAD<br>SUITE 210<br>RICHMOND VA 23226 |
| CREDITOR ID: 1336-RJ<br>FIRST WESTGATE MALL LP<br>PO BOX 671402<br>DALLAS, TX 75267-1402 | CREDITOR ID: 2232-RJ<br>FIRST WESTGATE MALL, LP<br>C/O RADIANT PARTNERS LLC<br>1212 AVE. OF AMERICAS, 18TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 249586-12<br>FIRST YEARS INC<br>PO BOX 845986<br>BOSTON, MA 02284-5986 |
| CREDITOR ID: 385961-54<br>FIRVIDA, JULIA<br>8976 SW GRAND CANAL DRIVE<br>MIAMI, FL 33174 | CREDITOR ID: 391190-55<br>FIRVIDA, JULIA<br>C/O: JOSE L. LARRAZ, ESQUIRE<br>JULIO R. MORE & ASSOCIATES, P.A.<br>5005 E. 8TH AVE, STE 100<br>HIALEAH FL 33013 | CREDITOR ID: 249588-12<br>FISCHER CONNECTORS<br>PO BOX 932936<br>ATLANTA GA 31193-2936 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 249587-12
FISCHER CONNECTORS
1735 FOUNDERS PARKWAY
SUITE 100
ALPHARETTA, GA 30004

CREDITOR ID: 249589-12
FISCHER PACKING CO
PO BOX 35640
LOUISVILLE KY 40232-5640

CREDITOR ID: 256236-12
FISCHER, MICHAEL K
3420 W HILLSBORO BLVD
APT 202
COCONUT CREEK, FL 33073

CREDITOR ID: 406631-MS
FISCHER, ROBERT B.
2021 CHERRY HILL CHURCH RD
S. BOSTON VA 24592

CREDITOR ID: 249590-12
FISH HOUSE FOODS
3285 CORPORATE VIEW
VISTA, CA 92081

CREDITOR ID: 406095-15
FISHELSON, ROBERT S & CHERYN L TTEE
FISHELSON REV TRUST U/A DTD 11-3-88
W4541 GOLF COURSE DRIVE
FOND DU LAC WI 54935-9590

CREDITOR ID: 249591-12
FISHER CAPESPAN USA LLC
6700 COTE DE LIESSE  STE 301
ST LAURENT QC H4T 2B5
CANADA

CREDITOR ID: 249596-12
FISHER SCIENTIFIC
DEPT CH 10119
ACCT # 408852-001
PALATINE, IL 60055-0119

CREDITOR ID: 249595-12
FISHER SCIENTIFIC
ACCT 887050-001
PO BOX 360153
PITTSBURGH PA 15250-6153

CREDITOR ID: 249593-12
FISHER SCIENTIFIC
ACCT 211120-001
PO BOX 360153
PITTSBURGH PA 15250-6153

CREDITOR ID: 249598-12
FISHER SCIENTIFIC
PO BOX 360153
ACCT# 818050-001
PITTSBURGH, PA 15250-6153

CREDITOR ID: 249592-12
FISHER SCIENTIFIC
ACCT #264998-001
DEPT CH 10119
PALATINE IL 60055-0119

CREDITOR ID: 249594-12
FISHER SCIENTIFIC
ACCT 466890-001
DEPT CH 10119
PALATINE IL 60055-0119

CREDITOR ID: 249599-12
FISHER SCIENTIFIC CO
ACCT 811967-001
DEPT CH 10119
PALATINE IL 60055-0119

CREDITOR ID: 387608-54
FISHER, GEORGIA
1032 FLEMING AVE
LAKELAND FL 33815

CREDITOR ID: 392086-55
FISHER, GEORGIA
C/O W JOHN GADD
SMITH, FEDDELER, SMITH & MILES P.A.
832 S. FLORIDA AVE.
P.O. DRAWER 1089
LAKELAND FL 33802

CREDITOR ID: 400695-91
FISHER, JAMES A
1510 EAST FORK DR
SALISBURY NC 28146

CREDITOR ID: 390059-54
FISHER, JENNIFER
2442 SWEETBRIAR CIRCLE
LENOIR NC 28645

CREDITOR ID: 407683-15
FISHER, JOAN
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
160 NW CENTRAL PARK PLAZA, SUITE 10
SAINT LUCIE WEST FL 34986-1825

CREDITOR ID: 254767-12
FISHER, LILLIE
PO BOX 512
ROPER, NC 27970

CREDITOR ID: 382594-51
FISHER, WILLIAM
517 SPRING POINT COURT
SIMPSONVILLE, SC 29681

CREDITOR ID: 249600-12
FISHKIND & ASSOCIATES INC
11869 HIGH TECH AVENUE
ORLANDO FL 32817

CREDITOR ID: 249602-12
FISHKING PROCESSORS INC
PO BOX 512545
LOS ANGELES, CA 90051-0545

CREDITOR ID: 249601-12
FISHKING PROCESSORS INC
1320 NEWTON STREET
LOS ANGELES, CA 90021

CREDITOR ID: 249603-12
FISHMARKET INC
1032 WEST MARKET STREET
LOUISVILLE KY 40202

CREDITOR ID: 279232-35
FISKARS BRANDS
ATTN: KYLE HODEL
2537 DANIELS STREET
MADISON WI 53718

CREDITOR ID: 249604-12
FISKARS BRANDS INC
PO BOX 802587
CHICAGO, IL 60680-2587

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404668-95 | CREDITOR ID: 403536-15 | CREDITOR ID: 374908-44 |
| FISKARS BRANDS INC | FISKARS BRANDS, INC. | FISKARS INC |
| DRAWER #290 | ATTN ROB HANUS, CR MGR | PO BOX 802587 |
| MILWAUKEE WI 53278-0001 | 2537 DANIELS STREET | CHICAGO, IL 60680-2587 |
| | MADISON WI 53718 | |
| CREDITOR ID: 389520-54 | CREDITOR ID: 393192-55 | CREDITOR ID: 249605-12 |
| FITENI, ESTHER | FITENI, ESTHER | FITONAT USA |
| 4219 CARLOS COURT | C/O VINCENT L. ANDERSON, ESQUIRE | 2500 NW 107 AVENUE |
| SPRING HILL, FL 34607 | LAW OFFICES OF SABATO DEVITO | SUITE 304 |
| | PARK PLACE, SUITE C-114 | MIAMI, FL 33172 |
| | 5327 COMMERCIAL WAY | |
| | SPRING HILL FL 34606 | |
| CREDITOR ID: 406632-MS | CREDITOR ID: 249606-12 | CREDITOR ID: 249607-12 |
| FITTS, GORDON M. | FITZGERALD BEN HILL CHAMBER OF COMM | FITZGERALD BEN HILL LANDFILL |
| 136 ESSEX DR. | 805 SOUTH GRANT STREET | 544 CAMP BROOKLYN RD |
| PAWLEYS ISLAND SC | FITZGERALD GA 31750 | FITZGERALD, GA 31750 |
| CREDITOR ID: 249608-12 | CREDITOR ID: 343-03 | CREDITOR ID: 389317-54 |
| FITZGERALD CONTRACTORS | FITZGERALD WTR LGT & BOND COMM | FITZGERALD, ELENA |
| PO BOX 1161 | 200 NORTH HOOKER STREET | 127 BUENA VALE RD |
| FITZGERALD GA 31750 | PO DRAWER F | GASTONIA NC 28056 |
| | FITZGERALD GA 31750 | |
| CREDITOR ID: 393132-55 | CREDITOR ID: 402585-89 | CREDITOR ID: 406634-MS |
| FITZGERALD, ELENA | FITZGERALD, JOHN D. | FITZGERALD, JOHN D. |
| C/O: ROBERT WHITT | 20508 DEEP COVE CT. | 6016 LAQUINTA CIRCLE |
| LAW OFFICE OF ROBERT C. WHITT | CORNELIUS NC 28031 | EDMOND OK 73003 |
| 601 S. MAIN STREET | | |
| MOUNT HOLLY NC 28120 | | |
| CREDITOR ID: 406633-MS | CREDITOR ID: 406635-MS | CREDITOR ID: 407754-15 |
| FITZGERALD, JOHN D. | FITZGERALD, JOHN F. | FITZGERALD-BEN HILL LANDFILL |
| 6016 LA QUINTA CIRCLE | 214 ARROWHEAD DR. | C/O JAY SHERRELL SMITH & BRADDY, PC |
| EDMOND OK 73003 | MONTGOMERY AL 36117 | ATTN JOHN E SMITH, III, ESQUIRE |
| | | PO BOX 308 |
| | | FITZGERALD GA 31750-0308 |
| CREDITOR ID: 407754-15 | CREDITOR ID: 398204-77 | CREDITOR ID: 397876-76 |
| FITZGERALD-BEN HILL LANDFILL | FITZGERALD-MARHOLD, MAUREEN | FITZGERALD-MARHOLD, MAUREEN |
| 544 CAMP BROOKLYN ROAD | ATTN: EEOC /RICHARD MYERS | 3024 WILDERNESS BLVD EAST |
| FITZGERALD GA 31750 | TAMPA/9340 NORTH 56YH STREET,SUITE 220-A | PARRISH, FL 34219 |
| | TEMPLE  TERRACE, FL 33617 | |
| CREDITOR ID: 269621-19 | CREDITOR ID: 249610-12 | CREDITOR ID: 388571-54 |
| FITZGERALD-MARHOLD, MAUREEN | FITZPATRICK PLUMBING INC | FITZPATRICK, STEP |
| C/O EEOC | PO BOX 12117 | 610 FITZPATRICK RD |
| ATTN RICHARD MYERS | FORT PIERCE, FL 34979-2117 | PRESTONSBURG KY 41653 |
| 9340 N 56YH STREET, SUITE 220A | | |
| TEMPLE TERRACE FL 33617 | | |
| CREDITOR ID: 392636-55 | CREDITOR ID: 249611-12 | CREDITOR ID: 249612-12 |
| FITZPATRICK, STEP | FIVE ACES TRANSPORT INC | FIVE STAR FOOD SERVICE |
| C/O: RONNIE SLONE | 16865 NORTHWEST 84 COURT | PO BOX 1341 |
| ATTORNEY AT LAW | MIAMI LAKES FL 33016 | VALDOSTA, GA 31603-1341 |
| P.O. BOX 909 | | |
| PRESTONSBURG KY 41653 | | |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249614-12<br>FIVE STAR STAFFING INC<br>3235 OMNI DRIVE<br>CINCINNATI, OH 45245 | CREDITOR ID: 249613-12<br>FIVE STAR STAFFING INC<br>2943 EAST COLONIAL DRIVE<br>ORLANDO, FL 32803-5036 | CREDITOR ID: 249615-12<br>FKI LOGISTEX<br>PO BOX 60627<br>CHARLOTTE, NC 28260-0627 |
| CREDITOR ID: 267231-31<br>FL ASSOC RESOURCE CONSERVATION<br>ATTN: JOHN ADAMS<br>5230 WILLING ST<br>MILTON FL 32570-4971 | CREDITOR ID: 249316-12<br>FL COMBS PE CONSULTING ENGINEER<br>101 RIGGS DRIVE<br>CLEMSON, SC 29631-1425 | CREDITOR ID: 249616-12<br>FL HOSPITAL HEARTLAND<br>PO BOX 862306<br>ORLANDO, FL 32886-2306 |
| CREDITOR ID: 249617-12<br>FLA ORTHOPEDICS INC<br>PO BOX 277810<br>MIRAMAR, FL 33027-7810 | CREDITOR ID: 399678-YY<br>FLA ORTHOPEDICS INC<br>2881 CORPORATE WAY<br>MIRAMAR FL 33025 | CREDITOR ID: 249618-12<br>FLA PUB UTILS/FERNANDINA BEACH<br>PO BOX 7005<br>MARIANNA, FL 32447-7005 |
| CREDITOR ID: 249619-12<br>FLA SENTINEL BULLETIN<br>PO BOX 3363<br>TAMPA, FL 33601 | CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>ATLANTA, GA 30305 | CREDITOR ID: 249620-12<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>LOAN# 1024582401 REF: W DIXIE LLC<br>ATLANTA, GA 30305 |
| CREDITOR ID: 249621-12<br>FLAG OFFICE PRODUCTS INC<br>915 S HULL ST<br>MONTGOMERY AL 36104-5139 | CREDITOR ID: 249622-12<br>FLAGER COUNTY TAX COLLECTOR<br>PO BOX 846<br>PROPERTY TAX<br>BUNNELL FL 32110-0846 | CREDITOR ID: 390006-54<br>FLAGGE, ANTOINETTE<br>733 CARROLLWOOD VILLAGE DR.<br>#152<br>GRETNA LA 70056 |
| CREDITOR ID: 317737-42<br>FLAGLER COUNTY TAX COLLECTOR<br>PO BOX 846<br>BUNNELL FL 32110-0846 | CREDITOR ID: 267232-31<br>FLAGLER COUNTY UTILITY REGLTRY<br>ATTN: ARTHUR SIRKIN<br>2285 E MOODY BLVD STE 209<br>BUNNELL FL 32110-8623 | CREDITOR ID: 2233-07<br>FLAGLER RETAIL ASSOC., LTD<br>DBA PARKH<br>C/O TERRANOVA CORP.<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI BEACH FL 33140 |
| CREDITOR ID: 403203-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 249623-12<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 |
| CREDITOR ID: 278785-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI/STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 406636-MS<br>FLAHERTY, ED<br>5318 1ST ST. EAST<br>BRADENTON FL 34203 | CREDITOR ID: 247158-12<br>FLAIM, CRAIG J<br>14 N EUGENIA COURT<br>HOMOSASSA FL 34446-0443 |
| CREDITOR ID: 260400-12<br>FLAKE, SANDRA L<br>100 WELCHMAN AVENUE<br>GOOSE CREEK, SC 29445 | CREDITOR ID: 249624-12<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 404669-95<br>FLAMINGO EAST LTD<br>P O BOX 402097<br>MIAMI BEACH FL 33140-2097 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 249625-12
FLAN RICO
405 EAST 149TH STREET
GARDENA, CA 90248

CREDITOR ID: 249626-12
FLANDERS PRECISIONAIRE
PO BOX 538262
ATLANTA, GA 30353-8262

CREDITOR ID: 249627-12
FLANDERS PROVISION CO
1104 GILMORE ST
WAYCROSS, GA 31501

CREDITOR ID: 249628-12
FLASHER SIGN CO
1675 HWY 39
SOMERSET, KY 42503

CREDITOR ID: 269247-16
FLASK CORPORATION
ATTN: JOHN H.O. LAGATTA
50 WEST LIBERTY STREET
SUITE 1080
RENO NV 89501

CREDITOR ID: 249629-12
FLAVOR & FRAGRANCE SPECIALITIE
3 INDUSTRIAL AVENUE
MAHWAH NJ 07430

CREDITOR ID: 249630-12
FLAVOR MATERIALS INTERNATIONAL
10 D ENGELHARD AVE
AVENEL, NJ 07001

CREDITOR ID: 278880-30
FLAVOR PIC TOMATO CO INC
BUILDING 1
420 FINLEY AVE W
BIRMINGHAM, AL 35204

CREDITOR ID: 249632-12
FLAVORCHEM
1525 BROOK DRIVE
DOWNER GROVE IL 60515

CREDITOR ID: 404048-15
FLAV-O-RICH, INC
ATTN TERESA SMITH
221 HAL ROGERS PARKWAY
LONDON KY 40741

CREDITOR ID: 381886-99
FLAVOR-PAC TOMATO CO INC
C/O LAW OFFICES OF KEATON & ASSOC
ATTN: MARY E GARDNER
1278 W NORTHWEST HWY, STE 903
PALATINE IL 60067

CREDITOR ID: 315687-36
FLAVOR-PIC TOMATO CO INC & YAKIMA-
ROCHE FRUIT SALES INC
C/O KEATON'S & ASSOCIATES PC
ATTN: MARY E GARDNER
1278 W NORTHWEST HWY, STE 903
PALATINE IL 60067

CREDITOR ID: 279093-30
FLAVOR-PIC TOMATO CO., INC.
C/O PODVEY, MEANOR, CATENACCI ET AL
ATTN:  ROBERT K. SCHEINBAUM ESQ
1 RIVERFRONT PLAZA STE 800
NEWARK NJ 07102

CREDITOR ID: 249633-12
FLAVORS FROM FLORIDA
PO BOX 641621
PITTSBURG, PA 15264-1621

CREDITOR ID: 395442-64
FLAVORX
8120 WOODMONT AVE
SUITE 600
BETHESDA, MD 20814

CREDITOR ID: 249634-12
FLAVORX INC
ATTN RICHARD LEVIN, EXEC VP
8120 WOODMONT AVE STE 600
BETHESDA, MD 20814

CREDITOR ID: 249635-12
FLEET AIR TECHNOLOGIES INC
PO BOX 158
HARTSELLE, AL 35640

CREDITOR ID: 404671-95
FLEET BUSINESS CREDIT CORP
135 S LASALLE DEPT 8210
CHICAGO IL 60674-8210

CREDITOR ID: 249636-12
FLEET BUSINESS CREDIT CORP
8210 INNOVATION WAY
CHICAGO, IL 60682-0082

CREDITOR ID: 278746-28
FLEET BUSINESS CREDIT, LLC
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO, IL 60606

CREDITOR ID: 278747-28
FLEET CAPITAL LEASING-TECHNY FIN
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO, IL 60606

CREDITOR ID: 278748-28
FLEET LEASING CORPORATION
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO, IL 60606

CREDITOR ID: 249637-12
FLEET MAINTENANCE OF NW FL INC
638 D ANCHORS STREET
FORT WALTON BEACH FL 32548

CREDITOR ID: 269248-16
FLEET NATIONAL BANK
C/O JONATHAN K. MOORE
LAMM, RUBENSTONE, ET AL.
4 GREENWOOD SQUARE, SUITE 200
PO BOX 8544
BENSALEM, PA 19020-8544

CREDITOR ID: 249638-12
FLEET SERVICES INC
PO BOX 23787
JACKSON MS 39225

CREDITOR ID: 249639-12
FLEET TIRE & DIESEL
PO BOX 291652
PORT ORANGE, FL 32129-1652

CREDITOR ID: 249640-12
FLEET TRUCK REPAIR
PO BOX 2321
WEST COLUMBIA SC 29171

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 249641-12<br>FLEETCOR TECHNOLOGIES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0928 | CREDITOR ID: 249642-12<br>FLEETPRIDE<br>PO BOX 281811<br>ATLANTA, GA 30384-1811 | CREDITOR ID: 249643-12<br>FLEETWING CORPORATION<br>PO BOX 22<br>LAKELAND, FL 33802-0022 |
| CREDITOR ID: 406637-MS<br>FLEETWOOD, LEWIS N.<br>601 W. SYLVAN DR., #813<br>BRANDON FL 33510 | CREDITOR ID: 249645-12<br>FLEISCHMANNS VINEGAR COMPANY INC<br>PO BOX 67000<br>DEPT 276401<br>DETROIT, MI 48267-2764 | CREDITOR ID: 404672-95<br>FLEISCHMANN'S YEAST INC<br>PO BOX 2024<br>NORTH SUBURBAN IL 60132-2024 |
| CREDITOR ID: 249644-12<br>FLEISCHMANN'S YEAST INC<br>4783 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 249646-12<br>FLEMING FLOOR COVERING<br>2350 INDIAN RIDGE ESTATES DRIVE<br>MOBILE, AL 36695 | CREDITOR ID: 249647-12<br>FLEMING FRIED & BONDER LLC<br>1230 PEACHTREE ST NE #3750<br>ATLANTA GA 30309-3590 |
| CREDITOR ID: 249648-12<br>FLEMING ISLAND HIGH SCHOOL<br>2233 VILLAGE SQUARE PARKWAY<br>ORANGE PARK FL 32003 | CREDITOR ID: 243957-12<br>FLEMING, BRIAN E<br>3650 POTOMAC DRIVE<br>EAST POINT GA 30344 | CREDITOR ID: 250080-12<br>FLEMING, FREDDIE L<br>RT 6 BOX 520- A12<br>LAKE CITY, FL 32025 |
| CREDITOR ID: 386014-54<br>FLEMING, TERESA<br>803 64TH AVE<br>MERIDIAN, MS 39307 | CREDITOR ID: 385856-54<br>FLEMING, ZENA<br>949 AMAROSE<br>ORLANDO, FL 32811 | CREDITOR ID: 391106-55<br>FLEMING, ZENA<br>C/O: JOHN MALKOWSKI ESQ<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 400150-86<br>FLEMMING, JR., GLENN<br>C/O BACHARACH ESQ., 115 NORTHEAST 6TH AVE<br>GAINESVILLE FL 32601 | CREDITOR ID: 393458-55<br>FLEMMINGS, OLIVIA H<br>C/O JOSEPH WHITELOCK, PA<br>ATTN JOSEPH C WHITELOCK, ESQ<br>3245 FIFTH AVENUE NORTH<br>ST. PETERSBURG FL 33713 | CREDITOR ID: 389920-54<br>FLEMMINGS, OLIVIA H<br>2451 QUEBEO AVENUE SOUTH<br>SAINT PETERSBURG, FL 33701 |
| CREDITOR ID: 249649-12<br>FLENTS PRODUCTS CO INC<br>11750 12TH AVENUE SOUTH<br>BURNSVILLE, MN 55337 | CREDITOR ID: 404673-95<br>FLENTS PRODUCTS CO INC<br>5401 SOUTH GRAHAM STREET<br>ST CHARLES MI 48655 | CREDITOR ID: 259832-12<br>FLESSES, ROBIN<br>221 HANOVER CT<br>BOWLING GREEN KY 42101 |
| CREDITOR ID: 403548-99<br>FLETCHER BRIGHT COMPANY<br>C/O MILLER & MARTIN PLLC<br>ATTN: CATHERINE A HARRISON, ESQ<br>STE 800, 1170 PEACHTREE ST NE<br>ATLANTA GA 30309-7649 | CREDITOR ID: 249651-12<br>FLETCHER HEATING & A/C<br>1171 BOWENS MILL HWY<br>FITZGERALD GA 31750 | CREDITOR ID: 399497-82<br>FLETCHER, IAN<br>999 SW 16TH AVENUE<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 388208-54<br>FLETCHER, PATRICIA<br>605 E. COLLEGE PARK DR<br>DOUGLAS GA 31533 | CREDITOR ID: 392420-55<br>FLETCHER, PATRICIA<br>C/O CHARLES B. RICE<br>CHAMBERS & RICE<br>P.O. BOX 536<br>HOMERVILLE GA 31634 | CREDITOR ID: 249652-12<br>FLEX PACK USA INC<br>6321 EMPEROR DRIVE<br>SUITE 201<br>ORLANDO FL 32809 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407751-97<br>FLEXI USA INC<br>ATTN: ULRICH WUEBKER<br>147 CIRCLE FREEWAY DR<br>CINCINNATI OH 45246 | CREDITOR ID: 249653-12<br>FLEXI USA INC<br>ATTN: ULRICH WUEBKER<br>PO BOX 632154<br>CINCINNATI, OH 45263-2154 | CREDITOR ID: 249654-12<br>FLEXIBLE PACKAGING<br>15 GRUMBACHER ROAD<br>YORK, PA 17402 |
| CREDITOR ID: 249655-12<br>FLEXION MATERIAL HANDLING INC<br>PO BOX 23702<br>NEW ORLEANS, LA 70183-0702 | CREDITOR ID: 249656-12<br>FLEXOCRAFT INC<br>PO BOX 490042<br>COLLEGE PARK GA 30349 | CREDITOR ID: 249657-12<br>FLEXON<br>BUNCHER INDUSTRIAL PARK<br>AVENUE C BUILDING 20-A<br>LEETSDALE, PA 15056-1376 |
| CREDITOR ID: 249658-12<br>FLEXSOL PACKSGING CORP<br>36015 EAGLE WAY<br>CHICAGO IL 60678-1360 | CREDITOR ID: 406638-MS<br>FLICK, DOUGLAS D<br>4534 BEACON DRIVE W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 404674-95<br>FLIGELS UNIFORM CO<br>4229 MONROE ROAD<br>CHARLOTTE NC 28205 |
| CREDITOR ID: 249659-12<br>FLIGELS UNIFORM CO<br>PO BOX 220625<br>CHARLOTTE, NC 28222-0625 | CREDITOR ID: 381806-48<br>FLIGHTWORKS INC<br>500 TOWNPARK LANE, STE 350<br>KENNESAW GA 30144-3707 | CREDITOR ID: 1340-07<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE, AL 35804 |
| CREDITOR ID: 249660-12<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE, AL 35804 | CREDITOR ID: 249661-12<br>FLINT ELECTRIC MEMBERSHIP CORP<br>C/O DANIEL, LAWSON, TUGGLE ET AL<br>ATTN WILLIAM R JERLES, JR, ESQ<br>PO BOX 89<br>PERRY  GA 31069 | CREDITOR ID: 249661-12<br>FLINT ELECTRIC MEMBERSHIP CORP<br>PO BOX 308<br>REYNOLDS, GA 31076-0308 |
| CREDITOR ID: 249662-12<br>FLINT HILLS RESOURCES LP<br>PO BOX 2917<br>WICHITA KS 67201 | CREDITOR ID: 249663-12<br>FLINT RIVER BROKERAGE SERVICES INC<br>952 N MAPLE STREET<br>ALBANY GA 31705 | CREDITOR ID: 249664-12<br>FLINT RIVER TRANSPORATION INC<br>PO BOX 50545<br>ALBANY GA 31703-0545 |
| CREDITOR ID: 249665-12<br>FLINTS WRECKER SERVICE<br>6442 HIGHWAY 60 EAST<br>LAKE WALES FL 33898 | CREDITOR ID: 249666-12<br>FLOODS CLEANING SERVICES<br>PO BOX 651127<br>VERO BEACH FL 32965 | CREDITOR ID: 249667-12<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003 |
| CREDITOR ID: 249668-12<br>FLOORGRAPHICS INC<br>PO BOX 828009<br>PHILADELPHIA PA 19182 | CREDITOR ID: 382603-51<br>FLOORGRAPHICS, INC<br>5 VAUGHN DR, STE 311<br>PRINCETON, NJ 08540 | CREDITOR ID: 249669-12<br>FLORA G DEMARRIAS<br>1100 ORANGE AVENUE<br>GREENCOVE SPRINGS FL 32043 |
| CREDITOR ID: 404675-95<br>FLORAL MERCHANDISING SYSTEMS<br>1325 E 79TH ST<br>MINNEAPOLIS MN 55425-1124 | CREDITOR ID: 249670-12<br>FLORAL MERCHANDISING SYSTEMS<br>1325 AMERICAN BLVD EAST<br>MINNEAPOLIS, MN 55425-1124 | CREDITOR ID: 249671-12<br>FLORAL PRODUCTS<br>PO BOX 226<br>WATAUGA, TN 37694-0226 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249672-12<br>FLORAL SEASONS CORP<br>4633 SW 11ST<br>MIAMI, FL 33134 | CREDITOR ID: 384125-47<br>FLORAL SENSE INC<br>16794 N KENDALL DR STE#155<br>MIAMI, FL 33196 | CREDITOR ID: 404676-95<br>FLORAL SENSE INC<br>15720 SW 72 ST  #134<br>MIAMI FL 33193 |
| CREDITOR ID: 249674-12<br>FLORALIFE INC<br>PO BOX 88030<br>SLOT# 88030<br>CHICAGO, IL 60680 | CREDITOR ID: 249675-12<br>FLORALINE DISPLAY PRODUCTS<br>38160 WESTERN PARKWAY<br>WILLOUGHBY, OH 44094 | CREDITOR ID: 269249-16<br>FLORALINE DISPLAY PRODUCTS CORP<br>C/O MELISSA K. COVER<br>TAFT, STETTINIUS & HOLLISTER, LLP<br>425 WALNUT STREET<br>SUITE 1800<br>CINCINNATI, OH 45202-3957 |
| CREDITOR ID: 385579-54<br>FLORANE-BATTAGLIA, MICHELLE<br>91110 ATRES DR.<br>CHALMETTE, LA 70043 | CREDITOR ID: 390874-55<br>FLORANE-BATTAGLIA, MICHELLE<br>C/O: GLENN E. DIAZ<br>CARLOS ZELAYA, II<br>2200 JACKSON BOULEVARD<br>CHALMETTE LA 70043 | CREDITOR ID: 249676-12<br>FLORAS GLASS & MIRROR<br>PO BOX 908<br>ROCKY MOUNT NC 27802-0908 |
| CREDITOR ID: 249678-12<br>FLORENCE ELEMENTARY<br>STORE 1701<br>103 CENTER ST<br>FLORENCE KY 41042 | CREDITOR ID: 249679-12<br>FLORENCE HYDRAULICS LLC<br>BOX 13407<br>FLORENCE, SC 29504-3407 | CREDITOR ID: 267233-14<br>FLORENCE LOWER TAX ASSESSORS<br>ATTN: PENNY ALTAN<br>345 S RON MCNAIR BLVD<br>LAKE CITY SC 29560-3434 |
| CREDITOR ID: 315812-40<br>FLORENCE MARKETPLACE INVESTORS<br>C/O SEABOARD ASSET MGMT CO<br>720 SOUTH COIT STREET<br>FLORENCE, SC 29501 | CREDITOR ID: 249681-12<br>FLORENCE MORNING NEWS<br>PO BOX 100528<br>FLORENCE, SC 29501 | CREDITOR ID: 249682-12<br>FLORENCE THOMAS<br>4236 PEPPERTREE LANE<br>DALLAS, TX 75211 |
| CREDITOR ID: 242393-12<br>FLORES, ANGELITA<br>PO BOX 1699<br>IMMOKALEE, FL 34143 | CREDITOR ID: 387706-54<br>FLORES, ANNA<br>6914 SECOND STREET<br>JUPITER FL 33458 | CREDITOR ID: 244596-12<br>FLORES, CAROL<br>2523 HARVARD ROAD<br>OCEAN SPRINGS MS 39564 |
| CREDITOR ID: 391816-55<br>FLORES, JUANA REBECCA<br>C/O: MR. JEFFREY S. KRAMER, ESQUIRE<br>KRAMER & RASSNER, P.A.<br>7700 N. KENDALL DR., STE. 510<br>MIAMI FL 33156 | CREDITOR ID: 387228-54<br>FLORES, JUANA REBECCA<br>16909 N. BAY RD.<br>BLDG 1 APT. 321<br>MIAMI, FL 33160 | CREDITOR ID: 404677-95<br>FLORI DESIGN<br>26753 CR 44A<br>EUSTIS FL 32726 |
| CREDITOR ID: 249685-12<br>FLORI DESIGN<br>PO BOX 518<br>MT DORA, FL 32756-0518 | CREDITOR ID: 249687-12<br>FLORIDA AIR TECHNOLOGIES INC<br>1137 SW 7TH ROAD<br>OCALA, FL 34474 | CREDITOR ID: 249689-12<br>FLORIDA AQUATIC MGMT INC<br>PO BOX 1315<br>PALM HARBOR, FL 34682-1315 |
| CREDITOR ID: 249690-12<br>FLORIDA ASSOC OF FOOD PROTECTION FL<br>AG FOOD SAFETY FOOD & SAFETY INSP<br>3125 CONNER BLVD<br>TALLAHASSEE FL 32399-1650 | CREDITOR ID: 374923-44<br>FLORIDA ASSOCIATION FOR FOOD PROTECTION<br>PO BOX 160032<br>ALTAMONTE, FL 32716-0032 | CREDITOR ID: 381348-47<br>FLORIDA ATLANTIC UNIVERSITY<br>2912 COLLEGE AVENUE<br>DAVIE, FL 33314 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249692-12<br>FLORIDA ATLANTIC UNIVERSITY 1 FLA<br>INSTITUTE FOR SAFETY & CONSTRUCTION<br>1515 W COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 249693-12<br>FLORIDA AVENUE ELEMENTARY<br>342 FLORIDA AVE<br>SLIDELL, LA 70458 | CREDITOR ID: 249694-12<br>FLORIDA BANKERS ASSOCIATION<br>PO BOX 11117<br>TALLAHASSEE, FL 32302-3117 |
| CREDITOR ID: 249695-12<br>FLORIDA BAPTIST CHILDRENS HOME<br>PO BOX 8190<br>LAKELAND FL 33802 | CREDITOR ID: 249696-12<br>FLORIDA BAR<br>650 APALACHEE PARKWAY<br>TALLAHASSEE, FL 32399-2300 | CREDITOR ID: 249697-12<br>FLORIDA BAR<br>PO BOX 30381<br>TAMPA FL 33630-3381 |
| CREDITOR ID: 249698-12<br>FLORIDA BEARINGS INC.<br>ATTN PATTI MARCHETTI, SECY/TREAS<br>PO DRAWER 370690<br>MIAMI FL 33137-0690 | CREDITOR ID: 249699-12<br>FLORIDA BELTING CO INC<br>PO BOX 105774<br>ATLANTA GA 30348-5774 | CREDITOR ID: 248014-12<br>FLORIDA BOARD OF PHARMACY<br>4052 BALD CYPRESS WAY<br>BIN C-04<br>TALLAHASSEE FL 32399-3254 |
| CREDITOR ID: 390456-54<br>FLORIDA BROWNING FERRIS INDUSTRIES<br>1475 SW 4TH AVENUE<br>DELRAY BEACH, FL 33444-2274 | CREDITOR ID: 249701-12<br>FLORIDA BULK SALES INC<br>PO BOX 2644<br>EATON PARK, FL 33840-2644 | CREDITOR ID: 249702-12<br>FLORIDA CABINETRY & MILLWORK<br>4180 N W 10TH AVENUE<br>OAKLAND PARK, FL 33309 |
| CREDITOR ID: 249703-12<br>FLORIDA CARBONIC<br>2914 US 301 NORTH<br>TAMPA FL 33619 | CREDITOR ID: 249704-12<br>FLORIDA CARTER CORPORATION<br>12095 PHILIPS HIGHWAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 249705-12<br>FLORIDA CHAMBER OF COMMERCE<br>PO BOX 11309<br>TALLAHASSEE, FL 32302-3309 |
| CREDITOR ID: 249706-12<br>FLORIDA COCA COLA BOTTLING<br>PO BOX 102519<br>ATLANTA, GA 30368-0519 | CREDITOR ID: 278687-99<br>FLORIDA COCA-COLA<br>ATTN DICK STITELER<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>PO BOX 30000<br>ORLANDO FL 32891-0001 | CREDITOR ID: 249708-12<br>FLORIDA COMFORT INC<br>5913-1 ST AUGUSTINE RD<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 249709-12<br>FLORIDA COMMUNITY COLLEGE AT<br>501 WEST STATE STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 404679-95<br>FLORIDA CRYSTALS FOOD CORP<br>ONE NORTH CLEMATIS STREET<br>SUITE 310<br>PO BOX 4709<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 249710-12<br>FLORIDA CRYSTALS FOOD CORP<br>PO BOX 4671<br>WEST PALM BEACH, FL 33402 |
| CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>ATTN: ERIK J. BLOMQVIST<br>ONE NORTH CLEMATIS STREET<br>SUITE 200<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 406195-99<br>FLORIDA CRYSTALS FOOD CORPORATION<br>C/O BLANCO TACKABERY ET AL<br>ATTN: GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 404680-95<br>FLORIDA CRYSTALS INC<br>DOMINO FOODS<br>1100 EAST KEY HIGHWAY<br>GAIL WAGNER<br>BALTIMORE MD 21230 |
| CREDITOR ID: 249711-12<br>FLORIDA CRYSTALS INC<br>PO BOX 281827<br>ATLANTA, GA 30384-1827 | CREDITOR ID: 249712-12<br>FLORIDA DAIRY PRODUCTS ASSOC<br>2558 B CAPITAL MEDICAL BLVD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 383182-53<br>FLORIDA DEP<br>400 N. CONGRESS AVE<br>WEST PALM BEACH FL 33416 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403449-92<br>FLORIDA DEPARTMENT OF BUSINESS &<br>PROFESSIONAL REGULATION<br>ATTN ROBERT BRANDEWIE ADMIN<br>1940 N MONROE STREET<br>TALLAHASSEE FL 32399 | CREDITOR ID: 249739-12<br>FLORIDA DETROIT DIESEL<br>PO BOX 16595<br>JACKSONVILLE, FL 32245-6595 | CREDITOR ID: 249740-12<br>FLORIDA DICKENS ASSOCIATES<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 |
| CREDITOR ID: 404014-15<br>FLORIDA DICKENS ASSOCIATES<br>ATTN WILLIAM L PIERPOINT<br>PO BOX 5005<br>RANCHO MIRAGE CA 92270 | CREDITOR ID: 2234-07<br>FLORIDA DICKENS ASSOCIATES<br>C/O PALISADES CAPITAL LTD, INC,<br>16680 CUMBRE VERDE COURT<br>PACIFIC PALISADES CA 90272 | CREDITOR ID: 407777-99<br>FLORIDA DICKENS ASSOCIATES LTD<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 249741-12<br>FLORIDA DIETETIC ASSOCIATION<br>1982-C CAPITAL CIRCLE NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 249744-12<br>FLORIDA DOOR SOLUTIONS<br>1148 MILL RUN CIRCLE<br>APOPKA FL 32703 | CREDITOR ID: 249745-12<br>FLORIDA DRUG & PARAMEDICAL<br>1114  EAST JEFFERSON STREET<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 249746-12<br>FLORIDA DRUG SCREENING<br>2191 JULIAN AVE<br>STE 2<br>PALM BAY FL 32905 | CREDITOR ID: 384126-47<br>FLORIDA EAST COAST RAILWAY<br>PO BOX 863029<br>ORLANDO, FL 32886-3029 | CREDITOR ID: 404682-95<br>FLORIDA EAST COAST RAILWAY<br>FLORIDA EXPRESS CARRIERS INC<br>P O BOX 863038<br>ORLANDO FL 32886 |
| CREDITOR ID: 249747-12<br>FLORIDA EAST COAST RAILWAY<br>PO BOX 2637<br>JACKSONVILLE, FL 32209-2637 | CREDITOR ID: 249748-12<br>FLORIDA ELECTRIC<br>1128 ATLANTA AVE<br>ORLANDO FL 32806 | CREDITOR ID: 249749-12<br>FLORIDA ELECTRIC MOTOR<br>6350 NORTHEAST 4TH COURT<br>MIAMI, FL 33138-2208 |
| CREDITOR ID: 395414-64<br>FLORIDA ENVIRONMENTAL ENGINEERING INC<br>NORTHEAST DISTRICT AIR PROGRAMS<br>`7825 BAYMEADOWS WAY, SUITE 8200<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 249751-12<br>FLORIDA EQUESTRIAN CELEBRATION<br>701 RIVERSIDE PARK PLACE<br>SUITE 310<br>JACKSONVILLE FL 32204 | CREDITOR ID: 249752-12<br>FLORIDA EQUIPMENT SERVICE INC<br>6712 HIGHWAY AVE<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 249753-12<br>FLORIDA FARM BUREAU FEDERATION<br>STATE LEGISLATIVE OFFICE<br>315 S CALHOUN ST  STE 315<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 249754-12<br>FLORIDA FAVORIT FERTILIZER<br>1607 W OLIVE<br>LAKELAND, FL 33801 | CREDITOR ID: 249755-12<br>FLORIDA FELLOWSHIP FOUNDATION<br>%KEN STAFFORD VICE CHAIRMAN<br>PO BOX 3926 SUN TRUST BANK<br>TALLAHASSEE FL 32315 |
| CREDITOR ID: 249756-12<br>FLORIDA FFA FOUNDATION<br>5000 FIRETOWER RD<br>HAINES CITY FL 33844 | CREDITOR ID: 249757-12<br>FLORIDA FIRE & SOUND INC<br>637 TRIUMPH COURT<br>ORLANDO FL 32805 | CREDITOR ID: 249759-12<br>FLORIDA FISH & WILDLIFE CNSRVTN<br>SALTWATER LICENSE SECTION<br>PO BOX 6150<br>TALLAHASSEE FL 32314 |
| CREDITOR ID: 249763-12<br>FLORIDA FOOD TANKERS, INC.<br>P.O. BOX 1427<br>LAKE WALES FL 33859-1427 | CREDITOR ID: 249764-12<br>FLORIDA FORK LIFT SUPPLY INC<br>ATTN MC SCHELLINGER JR, PRESIDENT<br>5080 BEAVER ST W<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 278882-30<br>FLORIDA FRESH INTERNATIONAL INC<br>PO BOX 901348<br>HOMESTEAD, FL 33090 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249766-12<br>FLORIDA GARDEN PRODUCTS<br>PO BOX 622708<br>OVIEDO, FL 32762-2708 | CREDITOR ID: 374936-44<br>FLORIDA GOVERNMENTAL UTILITY<br>1805 CR9510 STE C<br>NAPLES, FL 34116 | CREDITOR ID: 381184-47<br>FLORIDA GOV'L UTILITY AUTH<br>1320 HOMESTEAD ROAD N<br>LEHIGH ARCES, FL 33936-6016 |
| CREDITOR ID: 381092-47<br>FLORIDA GOV'L UTILITY AUTH<br>871 TOWNE CENTER DR<br>KISSIMMEE, FL 34759-3495 | CREDITOR ID: 249769-12<br>FLORIDA GOV'L UTILITY AUTHORITY<br>C/O NABORS GIBLIN & NICKERSON PA<br>ATTN: HEATHER J ENCINOSA<br>1500 MAHAN DRIVE<br>SUITE 200<br>TALLAHASSEE FL 32308 | CREDITOR ID: 249769-12<br>FLORIDA GOV'L UTILITY AUTHORITY<br>1805 CR 9510, STE C<br>NAPLES, FL 34116 |
| CREDITOR ID: 348-03<br>FLORIDA GOVT UTILITY AUTHORITY<br>1805 COUNTY ROAD 951<br>NAPLES FL 34116 | CREDITOR ID: 249770-12<br>FLORIDA GUARANTEED LOAN PROGRAM<br>ADMINSTRATIVE WAGE GARNISHMENT<br>PO BOX 277412<br>ATLANTA, GA 30384-7412 | CREDITOR ID: 249771-12<br>FLORIDA HARDWARE LLC<br>ATTN FRED G RIGGS, CR MGR<br>PO BOX 6759<br>JACKSONVILLE, FL 32236-6759 |
| CREDITOR ID: 384127-47<br>FLORIDA HOSP CENTRA CARE<br>ATTN CORPORATE BILLING<br>901 LAKE DESTINY DRIVE SUITE 400<br>MAITLAND, FL 32751 | CREDITOR ID: 393995-61<br>FLORIDA HOSPITAL WATERMAN<br>PO BOX 333<br>EUSTIS, FL 32727-0333 | CREDITOR ID: 249773-12<br>FLORIDA HOSPITAL-HEARTLAND<br>4200 SUN N LAKE BLVD<br>SEBRING FL 33871-9400 |
| CREDITOR ID: 249774-12<br>FLORIDA HYDRONICS INC<br>2929 EDISON AVE<br>JACKSONVILLE FL 32254-4313 | CREDITOR ID: 249775-12<br>FLORIDA INDEPENDENT TRUCK REPAIR<br>2709 MEADOW LANE<br>FORT MYERS, FL 33901 | CREDITOR ID: 381135-47<br>FLORIDA INDUS BATTERY SERVICES INC<br>2699 W 79TH ST BAY 8<br>HIALEAH FL 33016-0000 |
| CREDITOR ID: 249777-12<br>FLORIDA INDUSTRIAL PRODUCTS<br>PO BOX 5137<br>TAMPA, FL 33675-5137 | CREDITOR ID: 249778-12<br>FLORIDA INDUSTRIAL SCALE CO<br>929 LONGDALE AVE<br>LONGWOOD FL 32750 | CREDITOR ID: 249779-12<br>FLORIDA INSTITUTE OF CERTIFIED<br>PUBLIC ACCOUNTANTS<br>PO BOX 850001<br>ORLANDO FL 32885-0158 |
| CREDITOR ID: 249781-12<br>FLORIDA INTERNATIONAL UNIVERSITY<br>UNIVERSITY PARK GPA 260<br>MIAMI, FL 33199 | CREDITOR ID: 249780-12<br>FLORIDA INTERNATIONAL UNIVERSITY<br>CAREER SERVICES<br>BISCAYNE BAY CAMPUS WUC 255<br>NORT MIAMI FL 33181 | CREDITOR ID: 249782-12<br>FLORIDA JANITOR SUPPLY CO<br>2699 WEST 79 STREET #3<br>HIALEAH FL 33016 |
| CREDITOR ID: 249783-12<br>FLORIDA JEWISH DIRECTORY<br>3840 W HILLSBORO BLVD<br>SUITE 187<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 249784-12<br>FLORIDA KEYS AQUEDUCT COMM<br>PO BOX 1479<br>KEY WEST, FL 33041-1479 | CREDITOR ID: 350-03<br>FLORIDA KEYS EL COOP ASSN. INC.<br>PO BOX 377<br>TAVERNIER FL 33070 |
| CREDITOR ID: 404685-95<br>FLORIDA KEYS ELEC COOP ASSOC<br>PO BOX 700377<br>TAVERNIER FL 33070 | CREDITOR ID: 249785-12<br>FLORIDA KEYS ELEC COOP INC<br>ATTN SHAWN P MULHOLLAND<br>91605 OVERSEAS HIGHWAY<br>PO BOX 377<br>TAVERNIER, FL 33070-0377 | CREDITOR ID: 249786-12<br>FLORIDA KEYS SPRING WATER CORP<br>PO BOX 431545<br>BIG PINE KEY, FL 33043 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 249787-12
FLORIDA LABOR LAW POSTER SERVICE
422 ELMWOOD DRIVE # 14
LANSING, MI 48917-2460

CREDITOR ID: 267239-31
FLORIDA LAND DEVELOPMENT
ATTN: RAYMOND E WILES JR
9280 17TH AVE NW
BRADENTON FL 34209-8153

CREDITOR ID: 249788-12
FLORIDA LASER ALIGNMENT
400 NORTH 4TH STREET
PALATKA, FL 32177

CREDITOR ID: 249789-12
FLORIDA LEGISLATURE
LEGISLATIVE LOBBYIST REGESTRAT
ROOM G-68
111 WEST MADISON STREET
TALLAHASSEE, FL 32399-1425

CREDITOR ID: 249790-12
FLORIDA LIFT SYSTEMS INC
PO BOX 850001
ORLANDO FL 32885-0127

CREDITOR ID: 374940-44
FLORIDA LOTTERY
3926 SW ARCHER ROAD
GAINESVILLE FL 32608

CREDITOR ID: 23-02
FLORIDA LOTTERY
JACKSONVILLE DISTRICT OFFICE
ATTN DEREK DODD, DISTRICT MANAGER
8595 BEACH BOULEVARD, #301
JACKSONVILLE FL 32216-4662

CREDITOR ID: 267240-31
FLORIDA MANAGED CARE INSTITUTE
ATTN: KATHY SHELTON
101 N MONROE ST STE 900
TALLAHASSEE FL 32301-1546

CREDITOR ID: 383058-51
FLORIDA MEDICAID
PO BOX 13000
TALLAHASSEE, FL 32317-3000

CREDITOR ID: 249792-12
FLORIDA MEDICAL CLINIC
ATTN: COLLEEN CUFFE, CFO
38135 MARKET SQUARE
ZEPHYRHILLS, FL 33540

CREDITOR ID: 394005-61
FLORIDA MEDICAL RECORD SERVICE
405 ST. PETERSBURG DR. E. STE 6
OLDSMAR, FL 34677

CREDITOR ID: 267241-31
FLORIDA NATL GUARD
ATTN: SGT ALEX RUSHING
753 7TH ST
CHIPLEY FL 32428-1932

CREDITOR ID: 249794-12
FLORIDA PERMA PAVE LLC
5591 HALIFAX AVENUE
FT MYERS, FL 33912

CREDITOR ID: 249795-12
FLORIDA PEST CONTROL & CHEMICAL CO
PO BOX 5369
GAINESEVILLE FL 32627-5369

CREDITOR ID: 249796-12
FLORIDA PHYSICIANS MEDICAL GROUP
PO BOX 538600
ORLANDO, FL 32853-8600

CREDITOR ID: 249797-12
FLORIDA POULTRY FEDERATION
4508 OAK FAIR BLVD STE 290
TAMPA, FL 33610-7349

CREDITOR ID: 249798-12
FLORIDA POWER & LIGHT
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

CREDITOR ID: 351-03
FLORIDA POWER & LIGHT CO.
PO BOX 029100
MIAMI FL 33102

CREDITOR ID: 403246-79
FLORIDA POWER & LIGHT COMPANY
ATTN: RACHEL S BUDKE, ESQ
LAW DEPT
700 UNIVERSE BLVD
JUNE BEACH FL 33408

CREDITOR ID: 249799-12
FLORIDA POWER AND LIGHT
9250 W FLAGER STREET
MIAMI FL 33174

CREDITOR ID: 352-03
FLORIDA POWER CORP.
3201 34TH STREET SOUTH
PO BOX 14042
SAINT PETERSBURG FL 33733

CREDITOR ID: 374941-44
FLORIDA POWER SOLUTIONS
P O BOX 677
MULBERRY, FL 33860

CREDITOR ID: 249800-12
FLORIDA POWER SOURCE
1280 INDUSTRIAL PARK ROAD
MULBERRY FL 33860

CREDITOR ID: 249801-12
FLORIDA POWERTRAIN & HYDRAULICS INC
PO BOX 6307
JACKSONVILLE, FL 32236-6307

CREDITOR ID: 407610-15
FLORIDA PUBLIC UTILITIES CO
ATTN JULIE PETTY, CUSTOMER RELATION
401 S DIXIE HWY
WEST PALM BEACH FL 33401

CREDITOR ID: 249802-12
FLORIDA PUBLIC UTILITIES CO
PO BOX 530969
DEBARY FL 32753-0969

CREDITOR ID: 353-03
FLORIDA PUBLIC UTILITIES CO.
401 SOUTH DIXIE HIGHWAY
PO 3395
WEST PALM BEACH FL 33402

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                              **CASE:**   05-03817-3F1

CREDITOR ID: 404686-95
FLORIDA PUBLIC UTILITIES COMPANY
PO BOX 3395
WEST PALM BEACH FL 33402-3395

CREDITOR ID: 249803-12
FLORIDA PUBLIC UTILITIES COMPANY
PO BOX 7005
MARIANNA, FL 32447-7005

CREDITOR ID: 249804-12
FLORIDA RADIO RENTAL INC
2700 DAVIE ROAD
DAVIE FL 33314-1211

CREDITOR ID: 2905-04
FLORIDA RECYCLING
605 HIGHWAY 66 WEST
SEBRING FL 33872

CREDITOR ID: 249805-12
FLORIDA RECYCLING
3817 COLLECTIONS CENTER DR
CHICAGO, IL 60693

CREDITOR ID: 249806-12
FLORIDA RECYCLING SERVICES
7770 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 381123-47
FLORIDA RECYCLING SERVICES
1099 MILLER DR
ALTAMONTE SPRINGS, FL 32701

CREDITOR ID: 2907-04
FLORIDA REFUSE
ATTN MELODEE SHORES
3820 MAINE AVENUE
LAKELAND, FL 33801

CREDITOR ID: 249807-12
FLORIDA REFUSE SERVICE INC
PO BOX 9001599
LOUISVILLE, KY 40290-1599

CREDITOR ID: 249808-12
FLORIDA RETAIL FEDERATION
227 SOUTH ADAMS STREET
TALLAHASSEE FL 32301-1720

CREDITOR ID: 249809-12
FLORIDA RETAIL FEDERATION
PO BOX 10024
ATTN  ELAINE MANN
TALLAHASSEE, FL 32302-2024

CREDITOR ID: 403216-92
FLORIDA RETAIL FEDERATION, INC.
C/O BRYANT MILLER & OLIVE PA
ATTN MICHAEL S DAVIS ESQ
201 N FRANKLIN STREET STE 2700
TAMPA FL 33607

CREDITOR ID: 249810-12
FLORIDA RETIRED EDUCATORS FOUNDATON
100 FIRST AVENUE SOUTH
SUITE 460
ST PETERSBURG FL 33701

CREDITOR ID: 249811-12
FLORIDA RIMS CONFERENCE
PO BOX 806
PALMETTO FL 34221

CREDITOR ID: 249812-12
FLORIDA ROCK INDUSTRIES
155 E 21ST STREET
JACKSONVILLE, FL 32201

CREDITOR ID: 249813-12
FLORIDA ROCK INDUSTRIES INC
PO BOX 4667
ATTN DIRECTOR OF CORP PURCHASING
JACKSONVILLE FL 32201

CREDITOR ID: 267287-31
FLORIDA RURAL WATER ASSN
ATTN: THERESA HOLLINGSWORTH
2970 WELLINGTON CIR
MICCOSUKEE FL 32309-6885

CREDITOR ID: 249814-12
FLORIDA SALES UNLIMTED
ATTN: RANDY FRONTZ, PRES
545 EAST 4TH STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 249815-12
FLORIDA SOUND ENGINEERING CO INC
ATTN DIANA COLE, VP
2061 EMERSON STREET, SUITE B
JACKSONVILLE FL 32207

CREDITOR ID: 249816-12
FLORIDA STAR
PO BOX 40629
JACKSONVILLE, FL 32203-0629

CREDITOR ID: 395480-64
FLORIDA STATE LOTTERY COMMISSION
250 MARRIOTT DRIVE
TALLAHASSEE, FL 32301

CREDITOR ID: 395532-64
FLORIDA STATE UNIVERSITY
A3900 UNIVERSITY CENTER
TALLAHASSEE, FL 32306-2430

CREDITOR ID: 249820-12
FLORIDA STATE UNIVERSITY
OFFICE OF THE REGISTRAR
A3900 UNIVERSITY CENTER
TALLAHASSEE FL 32306-2430

CREDITOR ID: 249819-12
FLORIDA STATE UNIVERSITY
FINANCIAL AID OFFICER
A1500 UNIVERSITY CENTER
TALLAHASSEE FL 32306-2430

CREDITOR ID: 249818-12
FLORIDA STATE UNIVERSITY
A4400 UNIVERSITY CENTER
FINANCIAL AID OFFICER
TALLAHASSEE FL 32306-2430

CREDITOR ID: 249821-12
FLORIDA STRAWBERRY FESTIVAL
P O DRAWER 1869
PLANT CITY FL 33564-1869

CREDITOR ID: 249822-12
FLORIDA SURPLUS LINES SVC OFFICE
PO BOX 850001
ORLANDO FL 32885-0287

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249823-12<br>FLORIDA TAX WATCH INC<br>PO BOX 10209<br>TALLAHASSEE, FL 32302-0209 | CREDITOR ID: 249824-12<br>FLORIDA TECHNICAL PRODUCTS INC<br>1777 SHOAL CREEK CIRCLE<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 249825-12<br>FLORIDA TIME CLOCK<br>10387 GANDY BLVD NORTH<br>SUITE 102D<br>ST PETERSBURG FL 33702 |
| CREDITOR ID: 249828-12<br>FLORIDA TIMES UNION<br>758 BLACKROCK RD<br>%IRENE FOWLER<br>YULEE, FL 32097 | CREDITOR ID: 249831-12<br>FLORIDA TIMES UNION<br>ONE RIVERSIDE AVE<br>PO BOX 2602<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 249830-12<br>FLORIDA TIMES UNION<br>DEPT ADV-LDR<br>PO BOX 45008<br>JACKSONVILLE, FL 32232-5008 |
| CREDITOR ID: 249832-12<br>FLORIDA TIMES UNION<br>PO BOX 613<br>PALTKA, FL 32178 | CREDITOR ID: 249829-12<br>FLORIDA TIMES UNION<br>C/O CIRCULATION ACCOUNTING<br>ONE RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 249826-12<br>FLORIDA TIMES UNION<br>1605 N TEMPLE ST<br>STARKE, FL 32091 |
| CREDITOR ID: 249827-12<br>FLORIDA TIMES UNION<br>223-2 US HWY 17 SOUTH<br>YULEE FL 32097 | CREDITOR ID: 249833-12<br>FLORIDA TIRE SUPPLY CO INC<br>ATTN CHRIS S BROWN, PRES<br>120 RECKER HIGHWAY<br>AUBURNDALE, FL 33823 | CREDITOR ID: 249834-12<br>FLORIDA TODAY<br>PO BOX 331289<br>NASHVILLE TN 37203-7512 |
| CREDITOR ID: 249835-12<br>FLORIDA TODAY PAYMENT CENTER<br>PO BOX 419000<br>MELBOURNE, FL 32941-9000 | CREDITOR ID: 249836-12<br>FLORIDA TRANSCOR INC<br>PO BOX 16793<br>JACKSONVILLE FL 32245-6793 | CREDITOR ID: 249837-12<br>FLORIDA TREND<br>PO BOX 1997<br>MARION, OH 43306 |
| CREDITOR ID: 249838-12<br>FLORIDA TRUCK PARTS INC<br>1447 PICKETVILLE ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 249839-12<br>FLORIDA TRUCKING ASSOCIATION<br>350 EAST COLLEGE AVENUE<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 267288-31<br>FLORIDA WATER INC<br>ATTN: JIM JOHNSON<br>140 HOPE ST<br>LONGWOOD FL 32750-5141 |
| CREDITOR ID: 249840-12<br>FLORIDA WATER PROCESSING CO<br>1086 NW 53RD STREET<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 249841-12<br>FLORIDA WATER SERVICES<br>PO BOX 609520<br>ORLANDO FL 32860-9520 | CREDITOR ID: 249842-12<br>FLORIDA WIRE & RIGGING WORKS<br>3320 VINEYARD RD  STE  E<br>ORLANDO, FL 32811 |
| CREDITOR ID: 249843-12<br>FLORIDA-GEORGIA DIST CO<br>502 CASSAT AVE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 404687-95<br>FLORIDAS NATURAL GROWERS<br>PO BOX 1111<br>LAKE WALES FL 33859 | CREDITOR ID: 249844-12<br>FLORIDAS NATURAL GROWERS<br>PO BOX 116030<br>ATLANTA, GA 30368-6030 |
| CREDITOR ID: 279006-32<br>FLORIDA'S NATURAL GROWERS<br>A DIVISION OF CITRUS WORLD, INC.<br>ATTN: FAYE HARRIS<br>20205 U.S. HIGHWAY 27 NORTH<br>PO BOX 1111<br>LAKE WALES FL 33859 | CREDITOR ID: 404688-95<br>FLORIMEX INC<br>2673 PALMER PLACE<br>WESTON FL 33332 | CREDITOR ID: 249845-12<br>FLORIMEX INC<br>4795 NORTHWEST 72ND AVENUE<br>MIAMI, FL 33166 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249846-12<br>FLORIN & ROEBIG P A<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 | CREDITOR ID: 249847-12<br>FLORIN L TRUTAN<br>4543 BURNS ROAD<br>LILBURN GA 30047 | CREDITOR ID: 249848-12<br>FLORIST TRANSWORLD DELIVERY<br>36419 TREASURY CENTER<br>CHICAGO, IL 60694 |
| CREDITOR ID: 249849-12<br>FLORISTS TRANSWORLD DELIVERY (FTD)<br>PO BOX 79001<br>DETROIT, MI 48279-0775 | CREDITOR ID: 246358-12<br>FLOT, CLAUDE A JR<br>7110 THORNLEY DRIVE<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 249851-12<br>FLOW TECHNOLOGY INC<br>PO BOX 8889<br>JACKSONVILLE FL 32239-8889 |
| CREDITOR ID: 249852-12<br>FLOWER CONNECTION<br>ATTN LIA ZYGMONT, OWNER<br>1487 NATIONAL HWY<br>THOMASVILLE, NC 27360 | CREDITOR ID: 249853-12<br>FLOWER GARDEN<br>PO BOX 7651<br>HIGH POINT NC 27264 | CREDITOR ID: 249854-12<br>FLOWERS & BALLONS INC<br>325 CLEVELAND AVENUE<br>BOGART GA 30622 |
| CREDITOR ID: 384128-47<br>FLOWERS BAKERIES<br>SCAN BASED TRADING AGREEMENT<br>PO BOX 75295<br>CHARLOTTE, NC 28275 | CREDITOR ID: 249856-12<br>FLOWERS BAKING CO<br>PO BOX 100829<br>ATLANTA, GA 30384 | CREDITOR ID: 249855-12<br>FLOWERS BAKING CO<br>P.O. BOX 1219<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 374944-44<br>FLOWERS BAKING CO OF<br>P O BOX 100826<br>ATLANTA, GA 30384 | CREDITOR ID: 249860-12<br>FLOWERS BAKING CO OF BATON ROUGE<br>PO BOX 951578<br>DALLAS, TX 75395-1578 | CREDITOR ID: 249861-12<br>FLOWERS BAKING CO OF BRADENTON INC<br>PO BOX 20539<br>BRADENTON FL 34203-0539 |
| CREDITOR ID: 404689-95<br>FLOWERS BAKING CO OF JAMESTOWN<br>P O BOX 819<br>JAMESTOWN NC 27282-0819 | CREDITOR ID: 249863-12<br>FLOWERS BAKING CO OF JAMESTOWN<br>PO BOX 75224<br>CHARLOTTE, NC 28275 | CREDITOR ID: 249868-12<br>FLOWERS BAKING CO. OF MORRISTOWN<br>PO BOX 751151<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 249870-12<br>FLOWERS BAKING CO. OF WV<br>PO BOX 75099<br>CHARLOTTE NC 28275 | CREDITOR ID: 249865-12<br>FLOWERS BAKING COMPANY<br>PO BOX 2548<br>OPELIKA, AL 36801 | CREDITOR ID: 384129-47<br>FLOWERS BAKING COMPANY<br>PO BOX 101770<br>ATLANTA, GA 30392 |
| CREDITOR ID: 249867-12<br>FLOWERS BAKING COMPANY OF MEMPHIS<br>PO BOX 100817<br>ATLANTA GA 30384 | CREDITOR ID: 397792-75<br>FLOWERS BAKING COMPANY OF THOMASVILLE<br>P O BOX 100826<br>ATLANTA, GA 30384 | CREDITOR ID: 249871-12<br>FLOWERS BAKING OF MORRISTOWN<br>PO BOX 1774<br>MORRISTOWN, TN 37814 |
| CREDITOR ID: 249872-12<br>FLOWERS BY JANICE<br>6609 JEFFERSON HWY<br>HARAHAN, LA 70123-5018 | CREDITOR ID: 249873-12<br>FLOWERS BY PAT<br>948 EDGEWOOD AVE S<br>JACKSONVILLE, FL 32205-5341 | CREDITOR ID: 249874-12<br>FLOWERS BY THE NEUSE<br>231 NC HWY 42 E<br>CLAYTON NC 27520 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249875-12<br>FLOWERS DISTRIBUTING CO<br>PO BOX 100829<br>ATLANTA GA 30384 | CREDITOR ID: 249876-12<br>FLOWERS FOODS<br>1925 FLOWERS CIRCLE<br>THOMASVILLE GA 31757 | CREDITOR ID: 381841-99<br>FLOWERS FOODS INC & AFFILIATES<br>C/O KILPATRICK STOCKTON LLP<br>ATTN: TODD C MEYERS, ESQ<br>1100 PEACHTREE ST, NE, STE 2800<br>ATLANTA GA 30309-4530 |
| CREDITOR ID: 384130-47<br>FLOWERS FOODS SPECIALTY<br>PO BOX 102276<br>ATLANTA, GA 30368-2276 | CREDITOR ID: 249877-12<br>FLOWERS FOODS SPECIALTY<br>PO BOX 532012<br>ATLANTA, GA 30353-2012 | CREDITOR ID: 397688-99<br>FLOWERS INC BALLOONS<br>C/O BEGNAUD & MARSHALL LLP<br>ATTN: DARREL BEGNAUD, ESQ<br>250 N MILLEDGE AVENUE<br>PO BOX 8085<br>ATHENS GA 30603 |
| CREDITOR ID: 397688-99<br>FLOWERS INC BALLOONS<br>C/O MORRIS JAMES HITCHENS ET AL<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVE, 10TH FL<br>PO BOX 2306<br>WILMINGTON DE 19899 | CREDITOR ID: 249878-12<br>FLOWERS INC BALLOONS<br>325 CLEVELAND ROAD<br>BOGART, GA 30622 | CREDITOR ID: 244822-12<br>FLOWERS, CECELIA C<br>10450 SW 170 STREET<br>MIAMI FL 33157 |
| CREDITOR ID: 399498-82<br>FLOWERS, JANICE F.<br>6800 FRANKFORD AVENUE<br>BIRMINGHAM AL 35212 | CREDITOR ID: 279008-32<br>FLOWERSFOODS<br>ATTN: MISSY WILSON<br>SHARED SERVICES CENTER<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792-8132 | CREDITOR ID: 249879-12<br>FLOYD A FOGHT<br>1901 EAGLE STREET<br>ST BERNARD LA 70085 |
| CREDITOR ID: 249880-12<br>FLOYD COUNTY CLERK<br>235 CITY COUNTY BUILDING<br>NEW ALBANY IN 47150 | CREDITOR ID: 267289-31<br>FLOYD COUNTY PUBLIC SVC<br>ATTN: ELWOOD HOLDEN<br>169 PSA RD NW<br>FLOYD VA 24091-2350 | CREDITOR ID: 381400-47<br>FLOYD FOSTER<br>PO BOX 1535<br>BRANDON, MS 39043 |
| CREDITOR ID: 249881-12<br>FLOYD LOVELAND<br>6641 BRANCH ROAD<br>HAYES VA 23072 | CREDITOR ID: 389329-54<br>FLOYD, CAIRO<br>56387 HWY 51<br>AMITE LA 70422 | CREDITOR ID: 385933-54<br>FLOYD, CORA<br>1454 NW 2ND AVE<br>FLORIDA CITY, FL 33034 |
| CREDITOR ID: 389978-54<br>FLOYD, HELEN K<br>P.O. BOX 293<br>PONCE DE LEON FL 32455 | CREDITOR ID: 393499-55<br>FLOYD, HELEN K<br>C/O: ROGER SHERMAN, P.A.<br>MILLSAP & SHERMAN, P.A.<br>601 NORTH BAYLEN STREET<br>PENSACOLA FL 32501 | CREDITOR ID: 399499-82<br>FLOYD, JIMMIE<br>2366 N.W. 85TH STREET<br>MIAMI FL 33147 |
| CREDITOR ID: 253496-12<br>FLOYD, JUDY W<br>PO BOX 206<br>NEWBERRY SC 29108 | CREDITOR ID: 389162-54<br>FLOYD, MARCIA<br>2531 CANTERBURY DRIVE SOUTH<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 393033-55<br>FLOYD, MARCIA<br>C/O: DONALD SMITH, ESQUIRE<br>DESANTIS, GASKILL, SMITH & SHENKMAN, P.A<br>11891 U.S. HIGHWAY ONE<br>P.O. BOX 14127<br>NORTH PALM BEACH FL 33408-0127 |
| CREDITOR ID: 406639-MS<br>FLOYD, ROGER B.<br>1216 VETERANS DRIVE EXT.<br>MARION SC 28752 | CREDITOR ID: 249882-12<br>FLOYDS PAINT & BODY SHOP INC<br>198 HAROLD G CLARKE PKWY<br>FORSYTH GA 31029 | CREDITOR ID: 249883-12<br>FLU CENTRAL<br>3333 SOUTH WADSWORTH BLVD<br>SUITE D318<br>LAKEWOOD CO 80227 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249884-12<br>FLU-AIR SYSTEMS INC<br>PO BOX 90968<br>HOUSTON TX 77290-0968 | CREDITOR ID: 249885-12<br>FLUDDS SECURITY INC<br>1212 W EVANS ST<br>FLORENCE, SC 29501-3322 | CREDITOR ID: 391001-55<br>FLUGENCE, REGINA Z<br>C/O: W. GLENN SOILEAU, ESQUIRE<br>W. GLENN SOILEAU, ATTORNEY<br>1454 EAST BRIDGE STREET<br>POST OFFICE BOX 344<br>BREAUX BRIDGE LA 70517 |
| CREDITOR ID: 385723-54<br>FLUGENCE, REGINA Z<br>1205 A CHESS BROUSSARD RD<br>BREAUX BRIDGE, LA 70517 | CREDITOR ID: 385723-54<br>FLUGENCE, REGINA Z<br>C/O LAW OFFICE OF W GLENN SOILEAU<br>ATTN W GLENN SOILEAU, ESQ<br>1454 EAST BRIDGE STREET<br>PO BOX 344<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 249886-12<br>FLUID POWER COMPONENTS<br>6730 SUEMAC PLACE<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 249887-12<br>FLUID POWER SALES INC<br>PO BOX 1325<br>LYNN HAVEN FL 32444-6125 | CREDITOR ID: 249888-12<br>FLUID POWER SOUTH INC<br>PO BOX 81010<br>CHAMBLEE GA 30366-1010 | CREDITOR ID: 249889-12<br>FLUID PRODUCTS CO INC<br>10759 BREN ROAD EAST<br>MINNETONKA, MN 55343 |
| CREDITOR ID: 399500-82<br>FLUKER, CELIEA<br>2300 10TH CT. SOUTH<br>BIRMINGHAM  AL 35205 | CREDITOR ID: 244854-12<br>FLUKER, CELIEA F<br>1312 13TH AVE NW<br>CHILDERSBURG AL 35044 | CREDITOR ID: 242841-12<br>FLUKERS, AVA E<br>2612 NE 22ND AVENUE<br>OCALA FL 34470 |
| CREDITOR ID: 249890-12<br>FMC TECHNOLOGIES INC<br>PO BOX 945615<br>ATLANTA GA 30394-5615 | CREDITOR ID: 249891-12<br>FMI<br>PO BOX 7127<br>ROCKY MOUNT NC 27804-7127 | CREDITOR ID: 249317-12<br>FMI<br>LOCKBOX 4316<br>PO BOX 85080<br>RICHMOND VA 23285-4316 |
| CREDITOR ID: 249892-12<br>FMI FOODPACE<br>ATTN KARRY LA VIOLETTE<br>655 15TH STREET SUITE 700<br>WASHINGTON DC 20005 | CREDITOR ID: 249893-12<br>FMI PUBLICATIONS<br>PO BOX 631104<br>BALTIMORE MD 21263 | CREDITOR ID: 249894-12<br>FMP EQUIPMENT CORP<br>PO BOX 14069<br>GREENSBORO NC 27415-4069 |
| CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 |
| CREDITOR ID: 249896-12<br>FMW ENTERPRISES<br>231 GIBBS ROAD<br>MOORESVILLE, NC 28117-9128 | CREDITOR ID: 400698-91<br>FOCHT, WILLIAM A<br>2428 FALLS RIVER DR<br>LITHIA SPRING GA 30122 | CREDITOR ID: 249897-12<br>FOCUS FOODS INC<br>130 PARK PLACE CT<br>GREENVILLE, SC 29607 |
| CREDITOR ID: 249898-12<br>FOCUS ON RESULTS<br>PO BOX 1120<br>CLOVER SC 29710 | CREDITOR ID: 249899-12<br>FOCUS SOLUTIONS<br>1821 LEFTHAND CIRCLE<br>BUILDING A<br>LONGMONT CO 80501 | CREDITOR ID: 249900-12<br>FOCUSED CONTROL PROCESSES INC<br>3741 QUINBY ISLAND COURT<br>JACKSONVILLE, FL 32224-7675 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249901-12<br>FOELL PACKING CO<br>PO BOX 2340<br>SANFORD, NC 27331-2340 | CREDITOR ID: 404693-95<br>FOELL PACKING CO<br>3117 W 47TH ST<br>CHICAGO IL 60632-2996 | CREDITOR ID: 243039-12<br>FOGG, BARBARA<br>5 ATLANTIC AVENUE<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 406640-MS<br>FOLDS, TIMOTHY O.<br>846 GLEN RIDGE DRIVE<br>LILBURN GA 30247 | CREDITOR ID: 249902-12<br>FOLEY & LARDNER<br>PO BOX 240<br>JACKSONVILLE, FL 32201-0240 | CREDITOR ID: 399329-74<br>FOLEY & LARDNER LLP<br>ONE INDEPENDENT DRIVE, STE 1300<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 397771-74<br>FOLEY & LARDNER, LLP<br>ATTN: BRADLEY R. JOHNSON<br>ONE INDEPENDENT DRIVE, STE 1300<br>JACKSONVILLE FL 32202 | CREDITOR ID: 399429-99<br>FOLEY & MANSFIELD PLLP<br>ATTN: JAMES J LOTZ<br>5454 MADISON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 249903-12<br>FOLEY HIGH SCHOOL<br>ONE PRIDE PLACE<br>FOLEY AL 36535 |
| CREDITOR ID: 406641-MS<br>FOLEY JR., JOHN<br>4331 SAN JOSE LANE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405960-15<br>FOLEY PARTNERS, LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PARKWAY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405960-15<br>FOLEY PARTNERS, LLC<br>C/O ENGEL REALTY COMPANY, INC<br>ATTN GUY S CLIFTON<br>PO BOX 187<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 245189-12<br>FOLEY, CHERYL G<br>5701 HAINES ROAD, LOT 226<br>ST PETERSBURG FL 33714 | CREDITOR ID: 249904-12<br>FOLGER AUTOMOTIVE<br>416 TYVOLA ROAD<br>CHARLOTTE NC 28227 | CREDITOR ID: 249905-12<br>FOLKES ELECTRICAL CONSTRUCTION CO<br>206 HALEY ROAD<br>ASHLAND VA 23005 |
| CREDITOR ID: 393537-55<br>FOLKES, JACKUELYN MACK<br>C/O LAW OFFICE OF FRANKLIN KREUTZER<br>ATTN FRANKLIN KREUTZER, ESQ<br>3041 NW 7TH ST, SUITE 100<br>MIAMI FL 33125 | CREDITOR ID: 1344-07<br>FOLMAR & ASSOCIATES<br>C/O PARK FOREST<br>PO BOX 16765<br>MOBILE, AL 36616 | CREDITOR ID: 278465-25<br>FOLMAR & ASSOCIATES<br>ATTN: ELAINE BARNES<br>PO BOX 16765<br>MOBILE, AL 36616 |
| CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>C/O DELTA SQUARE<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 249909-12<br>FOLSOM ELEMENTARY SCHOOL<br>82144 HWY 25<br>FOLSOM, LA 70437 | CREDITOR ID: 394000-61<br>FOLSOM, MD, ROBERT J.<br>19 BALD EAGLE DR. STE H<br>MARCO ISLAND, FL 34145 |
| CREDITOR ID: 249910-12<br>FONDA GROUP<br>PO BOX 500990<br>ST LOUIS MO 63160-0990 | CREDITOR ID: 267290-31<br>FONDA SMITH DEV & FIN LLC<br>ATTN: FONDA SMITH<br>1097 KINGSWAY DR<br>LITHONIA GA 30058-6113 | CREDITOR ID: 389757-54<br>FONT, JOHNNIE<br>19268 GOURDON LANE<br>PORT VINCENT LA 70726 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                    **CASE:**   05-03817-3F1

CREDITOR ID: 249911-12
FONTAINE TRUCK
BOX 98922
CHICAGO IL 60693-8922

CREDITOR ID: 249912-12
FONTAINE TRUCK EQUIPMENT
2490 PINSON VALLEY PARKWAY
BIRMINGHAM AL 35217

CREDITOR ID: 389409-54
FONTAINE, FRANCKLIN
13300 ALEXANDRA DR.
#307
MIAMI FL 33004

CREDITOR ID: 393178-55
FONTAINE, FRANCKLIN
C/O JEFFREY R DEUTSCH, PA
ATTN JEFFREY R DEUTSCH, ESQ
4770 BISCAYNE BLVD, SUITE 1450
MIAMI FL 33137

CREDITOR ID: 249913-12
FONTAINEBLEAU HIGH SCHOOL
100 BULLDOG DR
MANDEVILLE, LA 70471

CREDITOR ID: 249914-12
FONTAINEBLEAU JR HIGH SCHOOL
100 HURRICANE ALLEY
MANDEVILLE, LA 70471

CREDITOR ID: 373586-44
FONTAN, ALFREDO P
POM DIV STORE# 0388
14347 SW 135TH  AVENUE
MIAMI, FL 33186

CREDITOR ID: 406642-MS
FONTANILLE, PERRY J
2633 CRESTWAY ROAD
MARRERO LA 70072

CREDITOR ID: 388374-54
FONTENOT, DONNA
721 RICHARD STREET
EUNICE, LA 70535

CREDITOR ID: 392475-55
FONTENOT, DONNA
C/O: JONATHAN C. VIDRINE
WEST & VIDRINE
P.O. DRAWER 1019
VILLE PLATTE LA 70586

CREDITOR ID: 386572-54
FONTENOT, JOSEPH
P.O BOX 567
FRENCH SETTLEMENT LA 70733

CREDITOR ID: 264222-12
FONTENOT, VIRGINIA
525 37TH AVENUE NORTH
ST PETERSBURG, FL 33704

CREDITOR ID: 249915-12
FOOD & DAIRY RESEARCH ASSOC
PO BOX 608
COMMERCE GA 30529-0608

CREDITOR ID: 249916-12
FOOD EQUIPMENT SALES INC
ATTN RANDY S ALLEN, PRES
PO BOX 43
SHELBY, NC 28151

CREDITOR ID: 269255-16
FOOD LION, LLC
ATTN: REAL ESTATE DEPARTMENT
PO BOX 1330
2110 EXECUTIVE DRIVE
SALISBURY, NC 28145-1330

CREDITOR ID: 397198-67
FOOD LION, LLC
ATTN: LEGAL DEPT
PO BOX 1330
2110 EXECUTIVE DRIVE
SALISBURY, NC 28145-1330

CREDITOR ID: 249917-12
FOOD MARKETING CO-ORDINATORS
800 HINGHAM ST SUITE 101
ROCKLAND, MA 02370

CREDITOR ID: 249918-12
FOOD MARKETING GROUP
700 FAIRFIELD AVENUE
STAMFORD CT 06902

CREDITOR ID: 249921-12
FOOD MARKETING INSTITUTE
PO BOX 85080
LOCK BOX #4317
RICHMOND VA 23285-4317

CREDITOR ID: 249920-12
FOOD MARKETING INSTITUTE
LOCK BOX 4403
PO BOX 85050
RICHMOND, VA 23285-4403

CREDITOR ID: 249919-12
FOOD MARKETING INSTITUTE
655 15TH ST NW
STE 700
WASHINGTON, DC 20005

CREDITOR ID: 406222-G4
FOOD PARTNERS
975 EAST TOWER
1300 EYE STREET NW
WASHINGTON DC 20005

CREDITOR ID: 374956-44
FOOD PARTNERS LLC, THE
ATTN: MATTHEW S MORRIS
1250 EYE STREET, NW, STE 850
WASHINGTON DC 20005

CREDITOR ID: 381362-47
FOOD SAFETY AND INSPECTION SERVICE FPC
USDA BILLING COLLECTION
21526 NETWORK PLACE
CHICAGO, IL 60673-1215

CREDITOR ID: 384131-47
FOOD SAFETY AND INSPECTION SERVICE FPC
PO BOX 9001
ST LOUIS, MO 63197-9001

CREDITOR ID: 249923-12
FOOD SAFETY SOLUTIONS
PO BOX44323
ATLANTA, GA 30336

CREDITOR ID: 249924-12
FOOD SUPPLIES
355 RAYETTE ROAD
UNIT # 10
CONCORD ON L4K 2G2
CANADA

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249925-12<br>FOODS OF NEW MEXICO<br>3041 UNIVERSITY BLVD SE<br>ALBUQUERQUE, NM 87106 | CREDITOR ID: 256276-12<br>FOODS, MICHELE<br>1600 167TH STREET  SUITE #3<br>CALUMET CITY, IL 60409 | CREDITOR ID: 397637-72<br>FOODTOWN OF KY, INC.<br>398 SOUTHLAND DRIVE<br>LEXINGTON, KY 40503 |
| CREDITOR ID: 392944-55<br>FOOTE, NANCY FINLEY<br>C/O PAUL BERNARDINI LAW OFFICES<br>ATTN PAUL BERNARDINI, ESQ<br>PO BOX 2200<br>DAYTONA BEACH FL 32115-2200 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>624 NORTH YOUNG ST<br>ORMOND BEACH, FL 32174 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>C/O LAW OFFICE OF PAUL A BERNARDINI<br>ATTN PAUL A BERNARDINI, ESQ<br>PO BOX 2200<br>DAYTONA BEACH FL 32115-2200 |
| CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE, SC 29602-3305 | CREDITOR ID: 2235-07<br>FOOTHILLS PARTNERSHIP<br>PO BOX 3305<br>GREENVILLE SC 29602 | CREDITOR ID: 249926-12<br>FOOTHILLS PARTNERSHIP<br>C/O W R MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE, SC 29602-3305 |
| CREDITOR ID: 249927-12<br>FOP LODGE #1<br>2988 WINEWWOD ROAD<br>BIRMINGHAM AL 35215 | CREDITOR ID: 249928-12<br>FOR SALE BY OWNER<br>ATTN HARRIET EUDY, GP<br>PO BOX 538<br>LIVE OAK, FL 32060 | CREDITOR ID: 386707-54<br>FORBES, PATRICIA N<br>7142 LINMAR CIR<br>ORLANDO FL 32818 |
| CREDITOR ID: 406643-MS<br>FORBUS, DAVID L.<br>103 BRIARCREST LANE<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 387037-54<br>FORCIER, DEBRA<br>P.O BOX 688<br>GAINESVILLE FL 32601 | CREDITOR ID: 383149-99<br>FORD BOWLUS DUSS MORGAN ETAL<br>ATTN: M BOWLUS/K SCHNAUSS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 249929-12<br>FORD HARRISON LLP<br>225 WATRE STREET, SUITE 710<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 249931-12<br>FORD MOTOR CREDIT COMPANY<br>C/O SOLOMON & GINSBERG PA<br>PO BOX 3275<br>TAMPA, FL 33601 | CREDITOR ID: 249932-12<br>FORD MOTOR CREDIT COMPANY<br>PO BOX 187<br>% APPOMATTOX GEN DIST COURT<br>APPOMATTOX VA 24522 |
| CREDITOR ID: 249930-12<br>FORD MOTOR CREDIT COMPANY<br>C/O MICHAEL INGINO ESQ<br>1333 S UNIVERSITY DR  STE 201<br>PLANTATION, FL 33324 | CREDITOR ID: 392178-55<br>FORD, ANDREA V<br>C/O: KIRK A. WILLIAMS, ESQUIRE<br>KIRK A. WILLIAMS, ESQUIRE<br>P. O. BOX  826<br>BAKER LA 70704 | CREDITOR ID: 387895-54<br>FORD, ANDREA V<br>5518 E CENTRAL AVE.<br>ZACHARY, LA 70791 |
| CREDITOR ID: 385611-54<br>FORD, CHANELLE<br>215 MEADOWBROOK COVE<br>LYON, MS 38645 | CREDITOR ID: 390902-55<br>FORD, CHANELLE<br>C/O: WILLIAM E. TRUSTY<br>TRUSTY LAW FIRM<br>PO BOX 921<br>BATESVILLE MS 38606 | CREDITOR ID: 389625-54<br>FORD, FLOSSIE<br>2153 NW 49TH STREET<br>MIAMI, FL 33127 |
| CREDITOR ID: 393284-55<br>FORD, FLOSSIE<br>C/O: ROBERT RUBENSTEIN, ESQUIRE<br>ROBERT RUBENSTEIN, P.A.<br>9350 S. DIXIE HIGHWAY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 387903-54<br>FORD, LINDA<br>6313 UNDINE WAY<br>ORLANDO, FL 32818 | CREDITOR ID: 392186-55<br>FORD, LINDA<br>C/O: FRANKLIN T. WALDEN, ESQ.<br>FRANKLIN T. WALDEN, ESQ.<br>1936 LEE RD., SUITE 100<br>WINTER PARK FL 32789 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256033-12<br>FORD, MELISSA<br>5105 DOWER AVENUE<br>ALBANY GA 31705 | CREDITOR ID: 400151-86<br>FORD, MYRTICE<br>4933 CAMPFOR AVE.<br>SARASOTA  FL 34231 | CREDITOR ID: 392059-55<br>FORD, NADINE A<br>C/O STEWART COLLING<br>MORGAN COLLING & GILBERT<br>P.O. BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 387559-54<br>FORD, NADINE A<br>8706 GUAVA  ST<br>YALAHA FL 34797 | CREDITOR ID: 386548-54<br>FORD, RICKY<br>5668 BLUEBERRY COURT<br>LAUDERHILL FL 33313 | CREDITOR ID: 391575-55<br>FORD, RICKY<br>C/O: PAUL S ROSENBERG, ESQUIRE<br>ROSENBERG & ROSENBERG,  PA<br>2501 HOLLYWOOD BLVD<br>SUITE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 388865-54<br>FORD, RONNALD M<br>3400 NW 30TH STREEET<br>APT 5<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 389438-54<br>FORD, SONDY<br>6800 MCFARLAND BLVD LOT 13<br>NORTHPORT AL 35476 | CREDITOR ID: 387601-54<br>FORD, TERESA<br>119 COLEMAN TRAIL<br>TRAVELERS REST SC 29690 |
| CREDITOR ID: 392082-55<br>FORD, TERESA<br>C/O: JOSEPH FRANCIS<br>HOWARD, HOWARD, FRANCIS, & REID<br>111 PETIGRU STREET<br>PO BOX 10383<br>GREENVILLE SC 29603 | CREDITOR ID: 406644-MS<br>FORDHAM, STEPHEN<br>2800 WESTWICK COURT<br>RALEIGH NC 27615 | CREDITOR ID: 385610-54<br>FORE, CHERYL<br>1955 LABAWYN LANE E5<br>ATLANTA, GA 30318 |
| CREDITOR ID: 390901-55<br>FORE, CHERYL<br>C/O: DOUG POWELL<br>HINTON & POWELL<br>3340 PEACHTREE ROAD, NORTHEAST<br>2800 TOWER PLACE<br>ATLANTA GA 30326 | CREDITOR ID: 385267-54<br>FOREHAND, CARL<br>626 SOUTH 11TH STREET<br>QUINCY, FL 32351 | CREDITOR ID: 390575-55<br>FOREHAND, CARL<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, STE B<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 406645-MS<br>FOREHAND, CHERYL<br>1900 MELROSE PLANATATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 249933-12<br>FOREIGN CANDY CO<br>SDS 12-1920<br>PO BOX 86<br>MINNEAPOLIS MN 55486-1920 | CREDITOR ID: 386807-54<br>FOREMAN, BRENT<br>713 BETHEL CHURCH ROAD<br>SEMINARY MS 39479 |
| CREDITOR ID: 249934-12<br>FOREMOST MACHINE BUILDERS INC<br>23 SPIELMAN RD<br>FAIRFIELD NJ 07004-3488 | CREDITOR ID: 249935-12<br>FOREMOST-MCKESSON INC<br>PO BOX 1203<br>SHREVEPORT, LA 71163-1203 | CREDITOR ID: 249936-12<br>FOREST CITY GLASS<br>151 WILKIE STREET<br>FOREST CITY, NC 28043 |
| CREDITOR ID: 359-03<br>FOREST CTR UTILS/AZALEA MGT.<br>PO BOX 9527<br>ASHEVILLE NC 28815 | CREDITOR ID: 249938-12<br>FOREST FLAVORS INTERNATIONAL INC<br>PO BOX 444<br>GLASGOW, KY 42142 | CREDITOR ID: 249939-12<br>FOREST HILLS UTILITIES<br>1518 US HWY 19<br>HOLIDAY FL 34691 |
| CREDITOR ID: 360-03<br>FOREST HILLS UTILITIES INC.<br>1518 U.S. HIGHWAY 19<br>HOLIDAY FL 34691 | CREDITOR ID: 315814-40<br>FOREST HILL-WD LTD<br>2880 LBJ FREEWAY<br>SUITE 500<br>DALLAS, TX 75234 | CREDITOR ID: 384132-47<br>FOREST LAKES SHOPPING PLAZA<br>3705 TAMPA ROAD UNIT 1A<br>% DEBOER INTERNATIONAL, INC<br>OLDSMAR, FL 34677 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:  05-03817-3F1**

CREDITOR ID: 361-03
FOREST LAKES SHOPPING PLAZA
2402 W. CLEVELAND STREET
TAMPA FL 33609

CREDITOR ID: 249940-12
FOREST LAKES SHOPPING PLAZA
C/O DEBOER INTERNATIONAL INC
2402 W CLEVELAND STREET
TAMPA, FL 33609

CREDITOR ID: 267292-31
FOREST PARK CITY OF
ATTN: VERNARD KENDRICK
5230 JONES RD
FOREST PARK GA 30297-2609

CREDITOR ID: 267291-31
FOREST PARK CITY OF
ATTN: STEVE PEARSON
785 FOREST PKWY
FOREST PARK GA 30297-2204

CREDITOR ID: 249941-12
FOREST PRODUCTS
PO BOX 21359
SARASOTA FL 34276

CREDITOR ID: 267359-31
FOREST SERVICE
ATTN: LYNN NEFF
2500 SHREVEPORT HWY
PINEVILLE LA 71360-4046

CREDITOR ID: 267318-31
FOREST SERVICE
ATTN: DICK ROSEMIER
20 WORK CENTER RD
WHITMIRE SC 29178-9250

CREDITOR ID: 267308-31
FOREST SERVICE
ATTN: CHARLES MILLER
123 WOODLAND DR
MURPHY NC 28906-3145

CREDITOR ID: 267345-31
FOREST SERVICE
ATTN: JERRI MARR
17147 E HIGHWAY 40
SILVER SPRINGS FL 34488-5849

CREDITOR ID: 267315-31
FOREST SERVICE
ATTN: DAVE WILSON
1 MILE INSIDE AIKEN BRRCD
AIKEN SC 29803

CREDITOR ID: 267299-31
FOREST SERVICE
ATTN: BILLY WOODY
HWY 70 S
GREENEVILLE TN 37743

CREDITOR ID: 267373-31
FOREST SERVICE
ATTN: R E VANN
1133 MASSEY BRANCH RD
ROBBINSVILLE NC 28771-7899

CREDITOR ID: 267367-31
FOREST SERVICE
ATTN: OLIN MASON
1205 N MAIN AVE
ERWIN TN 37650-9168

CREDITOR ID: 267305-31
FOREST SERVICE
ATTN: CARL C TRETTIEN
2730 SAVANNAH HWY
CHARLESTON SC 29414-5329

CREDITOR ID: 267374-31
FOREST SERVICE
ATTN: RICHARD ROSEMIER
3557 WHITMIRE HWY
UNION SC 29379-7611

CREDITOR ID: 267307-31
FOREST SERVICE
ATTN: CASSIUS CASH
6050 APPALACHIAN HWY
BLUE RIDGE GA 30513-4283

CREDITOR ID: 267349-31
FOREST SERVICE
ATTN: JIM THORSEN
40929 STATE ROAD 19
UMATILLA FL 32784-9326

CREDITOR ID: 267322-31
FOREST SERVICE
ATTN: EARL STEWART
2309 HIGHWAY 46
HEFLIN AL 36264-1044

CREDITOR ID: 267297-31
FOREST SERVICE
ATTN: BEN KIZER
1001 PISGAH HWY
PISGAH FOREST NC 28768-9705

CREDITOR ID: 267298-31
FOREST SERVICE
ATTN: BILL DAMON
5162 VALLEYPOINTE PKWY
ROANOKE VA 24019-3050

CREDITOR ID: 267386-31
FOREST SERVICE
ATTN: TIMOTHY BOND
106 OLD HIGHWAY 6
NATCHITOCHES LA 71457-7142

CREDITOR ID: 267328-31
FOREST SERVICE
ATTN: ERIN BRONK
2010 FLAT MOUNTAIN RD
HIGHLANDS NC 28741-8773

CREDITOR ID: 267296-31
FOREST SERVICE
ATTN: BARNIE GANT
1199 MADISON RD
EATONTON GA 31024-5923

CREDITOR ID: 267295-31
FOREST SERVICE
ATTN: ANNEMARIE DOWNEY
810A E MADISON ST
COVINGTON VA 24426-6352

CREDITOR ID: 267294-31
FOREST SERVICE
ATTN: ALVIN WOMACK
3288 HIGHWAY 79
HOMER LA 71040-5204

CREDITOR ID: 267293-31
FOREST SERVICE
ATTN: ALAN POLK
1181 HIGHWAY 515
BLAIRSVILLE GA 30512

CREDITOR ID: 267327-31
FOREST SERVICE
ATTN: EMMANUEL HUDSON
9901 HIGHWAY 5
BRENT AL 35034-3801

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267326-31<br>FOREST SERVICE<br>ATTN: ELIZABETH MERZ<br>3714 HIGHWAY 16<br>MARION VA 24354-4097 | CREDITOR ID: 267323-31<br>FOREST SERVICE<br>ATTN: EDWARD DANIEL<br>8214 U S HIGHWAY 61<br>SAINT FRANCISVILLE LA 70775-6670 | CREDITOR ID: 267321-31<br>FOREST SERVICE<br>ATTN: DOUG JONES<br>9416 DARDEN DR<br>WISE VA 24293-5900 |
| CREDITOR ID: 267319-31<br>FOREST SERVICE<br>ATTN: DON NEIL<br>654 FRONTAGE DR W<br>WIGGINS MS 39577-8131 | CREDITOR ID: 267317-31<br>FOREST SERVICE<br>ATTN: DAVID WILSON<br>4931 BROAD RIVER RD<br>COLUMBIA SC 29212-3530 | CREDITOR ID: 267314-31<br>FOREST SERVICE<br>ATTN: DADID CARTER<br>3473 HIGHWAY 35 S<br>FOREST MS 39074-8811 |
| CREDITOR ID: 267309-31<br>FOREST SERVICE<br>ATTN: CHUCK TAYLOR<br>1954 AIRPORT RD<br>ATLANTA GA 30341-4956 | CREDITOR ID: 267304-31<br>FOREST SERVICE<br>ATTN: CANDICE ALLEN<br>4400 UNICOI DR<br>UNICOI TN 37692-6504 | CREDITOR ID: 267302-31<br>FOREST SERVICE<br>ATTN: BRYCE J STOKES<br>520 DEVALL DR<br>AUBURN AL 36849-5418 |
| CREDITOR ID: 267301-31<br>FOREST SERVICE<br>ATTN: BOBBY J SEBASTIAN<br>5325 HIGHWAY 8<br>BENTLEY LA 71407-2945 | CREDITOR ID: 267300-31<br>FOREST SERVICE<br>ATTN: BOB JACOBS<br>1720 PEACHTREE ST NW<br>ATLANTA GA 30309-2449 | CREDITOR ID: 267356-31<br>FOREST SERVICE<br>ATTN: KATHLENE ATKINSON<br>1755 CLEVELAND HWY<br>GAINESVILLE GA 30501-1300 |
| CREDITOR ID: 267354-31<br>FOREST SERVICE<br>ATTN: JORGE HERSEL<br>125 NATIONAL FOREST ROAD<br>TUSKEGEE AL 36083 | CREDITOR ID: 267353-31<br>FOREST SERVICE<br>ATTN: JON BLOODWORTH<br>405 PEACOCK ST<br>COCHRAN GA 31014-1558 | CREDITOR ID: 267350-31<br>FOREST SERVICE<br>ATTN: JOE BUNNETTE<br>250 RANGER STATION RD<br>TELLICO PLAINS TN 37385-5804 |
| CREDITOR ID: 267348-31<br>FOREST SERVICE<br>ATTN: JIM SMALLS<br>109 MOLINEAU RD<br>EDINBURG VA 22824-9656 | CREDITOR ID: 267346-31<br>FOREST SERVICE<br>ATTN: JERRY WINDHAM<br>806 E VILLANOW ST<br>LA FAYETTE GA 30728-2609 | CREDITOR ID: 267344-31<br>FOREST SERVICE<br>ATTN: JEROME THOMAS<br>HWY 283<br>EDGEFIELD SC 29824 |
| CREDITOR ID: 267343-31<br>FOREST SERVICE<br>ATTN: JAMES NOXTTELO<br>RR 1<br>BENTON TN 37307-9801 | CREDITOR ID: 267341-31<br>FOREST SERVICE<br>ATTN: JAMES GRANSKOG<br>701 LOYOLA AVE RM 10034<br>NEW ORLEANS LA 70113-1912 | CREDITOR ID: 267339-31<br>FOREST SERVICE<br>ATTN: JAMES BURTON<br>HWY 171 S<br>LEESVILLE LA 71446 |
| CREDITOR ID: 267337-31<br>FOREST SERVICE<br>ATTN: GRADY NOAH<br>200 HIGHWAY 197 N<br>CLARKESVILLE GA 30523 | CREDITOR ID: 267336-31<br>FOREST SERVICE<br>ATTN: GLEN GAINES<br>HIGHWAY 33 N<br>DOUBLE SPRINGS AL 35553 | CREDITOR ID: 267335-31<br>FOREST SERVICE<br>ATTN: GERRY FARMER<br>100 W CAPITOL ST STE 1141<br>JACKSON MS 39269-1602 |
| CREDITOR ID: 267333-31<br>FOREST SERVICE<br>ATTN: GARY L TAYLOR<br>RR 5<br>ANDALUSIA AL 36420-9805 | CREDITOR ID: 267331-31<br>FOREST SERVICE<br>ATTN: GARRY BENNETT<br>RR 1 BOX 1<br>MEADVILLE MS 39653 | CREDITOR ID: 267330-31<br>FOREST SERVICE<br>ATTN: FRANK YERBY<br>9671 HIGHWAY 84<br>WINNFIELD LA 71483-7525 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267381-31<br>FOREST SERVICE<br>ATTN: STEPHANIE DUSHONT<br>3220 E LEE HWY<br>NEW MARKET VA 22844-3225 | CREDITOR ID: 267380-31<br>FOREST SERVICE<br>ATTN: SHERYL MADDUX<br>246 HIGHWAY 91<br>ELIZABETHTON TN 37643-6016 | CREDITOR ID: 267379-31<br>FOREST SERVICE<br>ATTN: ROGER MULLAND<br>98 SCHENCK DR<br>BREVARD NC 28712 |
| CREDITOR ID: 267377-31<br>FOREST SERVICE<br>ATTN: ROBERT E LEE<br>968 HIGHWAY 15 S<br>LAUREL MS 39443-4720 | CREDITOR ID: 267376-31<br>FOREST SERVICE<br>ATTN: ROB DOUDRICK<br>23332 HIGHWAY 67<br>SAUCIER MS 39574-8787 | CREDITOR ID: 267375-31<br>FOREST SERVICE<br>ATTN: RICK LINT<br>9912 HIGHWAY 28<br>BOYCE LA 71409-9644 |
| CREDITOR ID: 267371-31<br>FOREST SERVICE<br>ATTN: PAUL BRADLEY<br>19 E BYPASS<br>BURNSVILLE NC 28714-3303 | CREDITOR ID: 267370-31<br>FOREST SERVICE<br>ATTN: PATRICK R SHERIDAN<br>HWY 220 S<br>HOT SPRINGS VA 24445 | CREDITOR ID: 267368-31<br>FOREST SERVICE<br>ATTN: ORLANDO SUTTON<br>1015 S PINCKNEY ST<br>MC CLELLANVILLE SC 29458-9724 |
| CREDITOR ID: 267366-31<br>FOREST SERVICE<br>ATTN: NANCY SORAN<br>REVEL BLDG HWY 20<br>BRISTOL FL 32321 | CREDITOR ID: 267365-31<br>FOREST SERVICE<br>ATTN: MICHAEL WILKINS<br>90 SLOAN RD<br>FRANKLIN NC 28734-9064 | CREDITOR ID: 267364-31<br>FOREST SERVICE<br>ATTN: MICHAEL MCGREGOR<br>368 ASHE NURSERY RD<br>BROOKLYN MS 39425-9704 |
| CREDITOR ID: 267362-31<br>FOREST SERVICE<br>ATTN: MICHAEL B CRANE<br>112 ANDREW PICKENS CIR<br>MOUNTAIN REST SC 29664-9629 | CREDITOR ID: 267361-31<br>FOREST SERVICE<br>ATTN: MICHAEL ANDERSON<br>109 LAWING DR<br>NEBO NC 28761-9827 | CREDITOR ID: 267360-31<br>FOREST SERVICE<br>ATTN: MARSHA KEARNEY<br>325 JOHN KNOX RD STE F100<br>TALLAHASSEE FL 32303-4160 |
| CREDITOR ID: 267358-31<br>FOREST SERVICE<br>ATTN: LAUREN HILLMAN<br>141 E FISHER AVE<br>NEW BERN NC 28560-8468 | CREDITOR ID: 267357-31<br>FOREST SERVICE<br>ATTN: LARRY P RANGER<br>20380 HIGHWAY 61 N<br>ROLLING FORK MS 39159-5014 | CREDITOR ID: 267387-31<br>FOREST SERVICE<br>ATTN: TONY TOOK<br>1001 NORTH ST E<br>TALLADEGA AL 35160-2504 |
| CREDITOR ID: 267385-31<br>FOREST SERVICE<br>ATTN: THOMAS HORNER<br>789 NC HIGHWAY 24 27 E<br>TROY NC 27371-8331 | CREDITOR ID: 267384-31<br>FOREST SERVICE<br>ATTN: TERRY BOWERMAN<br>4900 ASHEVILLE HWY<br>GREENEVILLE TN 37743-2231 | CREDITOR ID: 267311-31<br>FOREST SERVICE<br>ATTN: CINDY SCHISSER<br>155 SHERWOOD FOREST RD<br>WYTHEVILLE VA 24382-1401 |
| CREDITOR ID: 267388-31<br>FOREST SERVICE<br>ATTN: VICTOR GAINES<br>GEORGE WASH NAT FRST<br>HOT SPRINGS VA 24445 | CREDITOR ID: 267389-31<br>FOREST SERVICE<br>ATTN: WILL METZ<br>US HWY 90 E<br>OLUSTEE FL 32072 | CREDITOR ID: 267334-31<br>FOREST SERVICE<br>ATTN: GEORGE COULICK<br>2800 OCOEE ST N<br>CLEVELAND TN 37312-5374 |
| CREDITOR ID: 267312-31<br>FOREST SERVICE<br>ATTN: CYNTHIA HOLLAND<br>148 PARKERSBURG TPKE<br>STAUNTON VA 24401 | CREDITOR ID: 267355-31<br>FOREST SERVICE<br>ATTN: KARA CHADRICK<br>27 RANGER LN<br>NATURAL BRIDGE STATI VA 24579 | CREDITOR ID: 267303-31<br>FOREST SERVICE<br>ATTN: C COLLINS<br>400 WALMART WAY STE C<br>DAHLONEGA GA 30533-0829 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 267383-31
FOREST SERVICE
ATTN: STEVE PARSONS
101 N MAIN ST
HARRISONBURG VA 22802-3838

CREDITOR ID: 267320-31
FOREST SERVICE
ATTN: DOT WILLIAMS
57 TAFF DR
CRAWFORDVILLE FL 32327-2138

CREDITOR ID: 267363-31
FOREST SERVICE
ATTN: MICHAEL CHANG
3250 CAPITAL CIR SW
TALLAHASSEE FL 32310-8723

CREDITOR ID: 267338-31
FOREST SERVICE
ATTN: JAIME MARQUIS
3170 WAYAH RD
FRANKLIN NC 28734-8120

CREDITOR ID: 267342-31
FOREST SERVICE
ATTN: JAMES HUNT
2424 MAGNOLIA AVE
BUENA VISTA VA 24416-3026

CREDITOR ID: 267340-31
FOREST SERVICE
ATTN: JAMES GOODER
2946 CHESTNUT ST
MONTGOMERY AL 36107-3010

CREDITOR ID: 267306-31
FOREST SERVICE
ATTN: CASHES CASH
6050 APPALACHIAN HWY
BLUE RIDGE GA 30513-4283

CREDITOR ID: 267352-31
FOREST SERVICE
ATTN: JOHN RAMEY
106A ZILLICOA ST
ASHEVILLE NC 28801-1079

CREDITOR ID: 2908-04
FOREST WOODS UTILITY
136 BYRM BUSINESS CENTER DRIVE
JACKSON MS 39215

CREDITOR ID: 249942-12
FOREST WOODS UTILITY COMPANY INC
PO BOX 720157
JACKSON, MS 39272

CREDITOR ID: 267390-31
FORESTRY COMMISSION MISS
ATTN: PHILLIP WILSON
1063 BUCKATUNNA MOUNT ZION RD
WAYNESBORO MS 39367-9108

CREDITOR ID: 256297-12
FORET, MICKEY
7001 VALLEY VIEW ROAD
EDINA MN 55439

CREDITOR ID: 394313-56
FORHOLT, JOSEPH (MINOR)
5299 OLIVET DR
DADE CITY, FL 33523

CREDITOR ID: 404696-95
FORKLIFT TIRE OF FLORIDA
PO BOX 2981
JACKSONVILLE FL 32201-2981

CREDITOR ID: 249943-12
FORKLIFT TIRE OF FLORIDA
PO BOX 6985
JACKSONVILLE, FL 32236

CREDITOR ID: 407572-15
FORLINI, TERESA
45-15 41ST
SUNNYSIDE NY 11104

CREDITOR ID: 249945-12
FORMAX INC
1295 RELIABLE PKWY
CHICAGO IL 60686

CREDITOR ID: 388644-54
FORNEY, SHANE
690 GREENHILL FARMS DRIVE
RUTHERFORDTON NC 28139

CREDITOR ID: 392694-55
FORNEY, SHANE
C/O: RICHARD SMITH
LAW OFFICES OF LEE & SMITH, P.A.
P.O. BOX 2229
SPARTANBURG SC 29304

CREDITOR ID: 390246-54
FORQUER, MARY
624 ASHFORD ROAD
CANTONMENT FL 32533

CREDITOR ID: 393670-55
FORQUER, MARY
C/O: BRETT VIGODSKY, ESQ.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECH
P. O. BOX 12308
316 S. BAYLEN ST.  SUITE 600
PENSACOLA FL 32581

CREDITOR ID: 249946-12
FORREST COUNTY CIRCUIT CLERK
PO BOX 992
HATTIESBURG MS 39403-0992

CREDITOR ID: 249947-12
FORREST COUNTY JUSTICE COURT
316 FORREST ST
HATTIESBURG MS 39401

CREDITOR ID: 374962-44
FORREST, MARSHALL D
1702 FOXHALL LANE
GREENSBORO, NC 27410

CREDITOR ID: 388092-54
FORRESTIER, LINDA
305 APT. A MARTIN LUTHER KING
RAYNE, LA 70578

CREDITOR ID: 392353-55
FORRESTIER, LINDA
C/O: BRETT A. STEFANSKI
EDWARDS, STEFANSKI, & ZAUNBRECHER, LLP
125 E. HUTCHINSON
PO DRAWER 730
CROWLEY LA 70527-0730

CREDITOR ID: 259151-12
FORSCHNER, R H
PO BOX 30460
HARTFORD, CT 06150

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399501-82<br>FORSHEE, LAWANDA<br>1142 NW 12TH STREET<br>HOMESTEAD  FL 33030 | CREDITOR ID: 317743-42<br>FORSYTH COUNTY TAX COLLECTOR<br>PO BOX 1070<br>CHARLOTTE NC 28201-1070 | CREDITOR ID: 385217-54<br>FORSYTH, EDWARD<br>704 N PECAN ST.<br>HOMELAND, GA 31537 |
| CREDITOR ID: 390525-55<br>FORSYTH, EDWARD<br>C/O: JOSEPH T. LANDER<br>LANDER LAW FIRM<br>PO BOX 2007<br>CROSS CITY FL 32628 | CREDITOR ID: 249952-12<br>FORT DEARBORN COMPANY<br>DEPT 77-6700<br>CHICAGO IL 60678-6700 | CREDITOR ID: 249951-12<br>FORT DEARBORN COMPANY<br>35007 EAGLE WAY<br>CHICAGO, IL 60678-1350 |
| CREDITOR ID: 249954-12<br>FORT HILL NATURAL GAS<br>PO BOX 189<br>EASLEY, SC 29641-0189 | CREDITOR ID: 249953-12<br>FORT HILL NATURAL GAS<br>311 S PENDLETON STREET<br>EASLEY, SC 29640 | CREDITOR ID: 267392-31<br>FORT LAUDERDALE CITY OF<br>ATTN: WILLIE WASHINGTON<br>1320 W BROWARD BLVD<br>FORT LAUDERDALE FL 33312-1643 |
| CREDITOR ID: 267391-31<br>FORT LAUDERDALE CITY OF<br>ATTN: MIKE JUST<br>1765 SE ST 18<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 267393-31<br>FORT MEYER MILITARY COMMUNITY<br>ATTN: EDNA BARBER<br>204 LEE AVE<br>FT MYER VA 22211-1103 | CREDITOR ID: 249955-12<br>FORT MILL FORD INC<br>PO BOX 37<br>FORT MILL SC 29716 |
| CREDITOR ID: 249956-12<br>FORT MILL HIGH SCHOOL<br>225 MUNN ROAD<br>FORT MILL SC 29715 | CREDITOR ID: 406074-93<br>FORT PIERCE UTILITIES AUTHORITY<br>ATTN; WILLIAM S ABRAMOWICZ<br>206 S 6TH STREET<br>PO BOX 3191<br>FORT PIERCE FL 34948 | CREDITOR ID: 249958-12<br>FORT WALTON BCH MED CTR<br>PO BOX 402939<br>ATLANTA GA 30384-2939 |
| CREDITOR ID: 267397-31<br>FORT WALTON BEACH CITY OF<br>ATTN: LARRY MCDONALD<br>203 HOLLYWOOD BLVD NW<br>FORT WALTON BEACH FL 32548-4725 | CREDITOR ID: 267396-31<br>FORT WALTON BEACH CITY OF<br>ATTN: AL JORDAN<br>17 1ST ST SE<br>FORT WALTON BEACH FL 32548-5868 | CREDITOR ID: 267398-14<br>FORT WALTON BEACH CITY OF<br>ATTN: REED SILVERBOARD<br>107 MIRACLE STRIP PKWY SW<br>FORT WALTON BEACH FL 32548-6614 |
| CREDITOR ID: 249960-12<br>FORTENBERRY DIESEL SERVICE<br>1177 HWY 98 EAST<br>MCCOMB MS 39648 | CREDITOR ID: 247277-12<br>FORTENBERRY, CRYSTAL M<br>159 PLEASANT HILL CHURCH ROAD<br>LUCEDALE MS 39452 | CREDITOR ID: 391596-55<br>FORTICH, MARIO<br>C/O: JUAN LUCAS ALVAREZ<br>ALVAREZ & RODRIGUEZ<br>757 N. W. 27 AVE.<br>SUITE 203<br>MIAMI FL 33125 |
| CREDITOR ID: 279405-99<br>FORTIS BENEFIST INSURANCE COMPANY<br>ATTN: CATHERINE JANIK<br>LEGAL DEPARTMENT<br>PO BOX 3050<br>MILWAUKEE WI 53201 | CREDITOR ID: 385640-54<br>FORTS, MINNIE J<br>404 CATIVO DR SW<br>ATLANTA, GA 30311 | CREDITOR ID: 249961-12<br>FORUM PUBLISHING GROUP<br>PO BOX 8547<br>CHICAGO, IL 60680-8547 |
| CREDITOR ID: 249962-12<br>FOSS FOOD TECHNOLOGY<br>7682 EXECUTIVE DRIVE<br>EDEN PRAIRIE MN 55344 | CREDITOR ID: 249963-12<br>FOSS NORTH AMERICA INC<br>7682 EXECUTIVE DR<br>EDEN PRAIRIE, MN 55344 | CREDITOR ID: 381801-99<br>FOSTER & LINDEMAN PA<br>ATTN: WILLIAM LINDEMAN<br>PO BOX 3108<br>ORLANDO FL 32802-3108 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249964-12<br>FOSTER FARMS<br>DEPT # 33334<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3334 | CREDITOR ID: 404697-95<br>FOSTER FARMS<br>FILE #81227<br>PO BOX 60000<br>SAN FRANCISCO CA 94160-1227 | CREDITOR ID: 249965-12<br>FOSTER HYDRAULICS INC<br>7800 JOHNSONTOWN ROAD<br>LOUISVILLE KY 40272 |
| CREDITOR ID: 249966-12<br>FOSTER LAKE & POND MGMT<br>183 DONMOOR CT<br>PO BOX 1294<br>GARNER NC 27529-1294 | CREDITOR ID: 315688-36<br>FOSTER POULTRY FARMS<br>C/O SUZANNE KOCH<br>PO BOX 198<br>LIVINGSTON CA 95334 | CREDITOR ID: 392221-55<br>FOSTER, ANGELA A<br>C/O LYONS, PIPES & COOK<br>ATTN DAVID J MALONEY, ESQ<br>601 CHURCH ST<br>MOBILE AL 36602 |
| CREDITOR ID: 387938-54<br>FOSTER, ANGELA A<br>225 FIRST CT<br>MOBILE, AL 36603 | CREDITOR ID: 244112-12<br>FOSTER, BRYAN J<br>PO BOX 301<br>BAY MINETTE AL 36507 | CREDITOR ID: 245352-12<br>FOSTER, CHRISTOPHER J<br>120 MAYFIRE DRIVE<br>AMERICUS, GA 31709 |
| CREDITOR ID: 390025-54<br>FOSTER, DOMINIQUE<br>19721 RIVERLINE DR EAST<br>SAUCIER MS 39574 | CREDITOR ID: 256755-12<br>FOSTER, ELIZABETH<br>15 SOUTHERN CROSS CIRCLE<br>#202<br>BOYTON BEACH, FL 33436 | CREDITOR ID: 374952-44<br>FOSTER, FLOYD<br>NOL DIV STORE# 1350<br>GROCERY SUPERVISOR<br>PO BOX 1535<br>BRANDON, MS 39043 |
| CREDITOR ID: 389568-54<br>FOSTER, JOEANN<br>810 E. MAGNOLIA<br>LEESBURG, FL 34748 | CREDITOR ID: 393240-55<br>FOSTER, JOEANN<br>C/O: N. BROOK NUTTER, ESQ.<br>LAW OFFICES OF LORENZO, TISON, GRANT & N<br>4601 NORTH AMERICA AVE.<br>TAMPA FL 33603 | CREDITOR ID: 388982-54<br>FOSTER, MICHELLE<br>4740 ATLANTIC BLVD., SUITE D<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 392884-55<br>FOSTER, MICHELLE<br>C/O: P. HEATH BROCKWELL, ESQ.<br>CAMERLENGO & BROCKWELL, P.L.<br>4741 ATLANTIC BLVD.<br>SUITE D<br>JACKSONVILLE FL 32207 | CREDITOR ID: 256926-12<br>FOSTER, NATASHA T<br>711 W ALAPAHA STREET<br>FITZGERALD, GA 31750 | CREDITOR ID: 258140-12<br>FOSTER, PATRICK H<br>1079 MURRAY DRIVE<br>JACKSONVILLE, FL 32205 |
| CREDITOR ID: 387521-54<br>FOSTER, ROBIN<br>321 13TH STREET SW<br>BIRMINGHAM AL 35211 | CREDITOR ID: 394156-56<br>FOSTER, RODRICK<br>1807 EAST SEWARD ST<br>TAMPA FL 33604 | CREDITOR ID: 260814-12<br>FOSTER, SHAON<br>1601 CLEARY AVENUE<br>METAIRIE, LA 70001 |
| CREDITOR ID: 249967-12<br>FOTOBALL USA INC<br>6740 COBRA WAY<br>SAN DIEGO CA 92121 | CREDITOR ID: 267399-31<br>FOUNDATION INC<br>ATTN: MICHAEL COOK<br>100 FARM RD<br>SUMMERTOWN TN 38483-8003 | CREDITOR ID: 249968-12<br>FOUNTAIN COLUMBUS ASSOC LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CTR DR  STE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 381850-99<br>FOUNTAIN COLUMBUS ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES<br>ATTN: PAUL K CAMPSEN, ESQ<br>150 WEST MAIN ST (23510)<br>PO BOX 3037<br>NORFOLK VA 23514 | CREDITOR ID: 242626-12<br>FOUNTAIN, ASHLEY<br>5280 RAYMOND ROAD<br>JACKSON MS 39213 | CREDITOR ID: 400232-85<br>FOUNTAIN, BOBBIE<br>C/O D CARLTON ENFINGER PA<br>ATTN D CARLTON ENFINGER, ESQ<br>232 E 5TH AVENUE<br>TALLAHASSEE FL 32303 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399759-84<br>FOUNTAIN, BOBBIE<br>2401 JIM LEE RD.<br>TALLAHASSEE FL 32301 | CREDITOR ID: 381551-47<br>FOUNTAIN, JESSICA<br>512 PLEASANTVIEW<br>HARTSVILLE, SC 29550 | CREDITOR ID: 406646-MS<br>FOUNTAIN, LEROY<br>31542 LAWRENCE ST., BOX 14<br>SORENTO FL 32776 |
| CREDITOR ID: 400152-86<br>FOUNTAIN, VERONICA<br>251 TURNBULL RD.<br>BEATRICE  AL 36425 | CREDITOR ID: 267400-31<br>FOUNTINS RTRMENT CMMNITIES INC<br>ATTN: PETER BROOKS<br>1255 PASADENA AVE S<br>SAINT PETERSBURG FL 33707-6203 | CREDITOR ID: 1348-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O REPUBLIC BANK/CASH MGMT<br>PO BOX 33006<br>ST PETERSBURG, FL 33733-8006 |
| CREDITOR ID: 404698-95<br>FOUR FLORIDA SHOPPING CENTERS<br>PO BOX 910344<br>DALLAS TX 75391-0344 | CREDITOR ID: 2238-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O CATHY MCCALL<br>7667-B LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 2239-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O KATHIE MCCALL<br>7661 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 1347-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O CHRISTINE TAYLOR<br>7753 LAKE WORTH RD<br>LAKE WORTH FL 33467 | CREDITOR ID: 249970-12<br>FOUR FLORIDA SHOPPING CENTERS<br>PROPERTIES LP<br>PO BOX 910344<br>DALLAS, TX 75391-0344 | CREDITOR ID: 249969-12<br>FOUR FLORIDA SHOPPING CENTERS<br>% REPUBLIC BANK/CASH MNGMT<br>PO BOX 33006<br>ST PETERSBURG, FL 33733-8006 |
| CREDITOR ID: 249971-12<br>FOUR PAWS PRODUCTS<br>FILE 98770 PO BOX 1067<br>CHARLOTTE NC 28201-1067 | CREDITOR ID: 249972-12<br>FOUR SEASONS TRADING CO<br>PO BOX 788<br>EPHRATA PA 17522 | CREDITOR ID: 249973-12<br>FOUR STAR MEAT CO INC<br>ATTN ROBERT YERBOROUGH, CEO<br>PO BOX 3374<br>BATON ROUGE, LA 70821-3374 |
| CREDITOR ID: 404700-95<br>FOUR STAR MEAT CO INC<br>10571 HIGHWAY 16  PO BOX 429<br>AMITE LA 70422-0429 | CREDITOR ID: 249974-12<br>FOURAKER ELECTRONICS INC<br>204 EAST GORDON STREET<br>VALDOSTA, GA 31601 | CREDITOR ID: 249975-12<br>FOURNIER<br>6694 COLUMBIA PARK DRIVE<br>SUITE 1<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 249976-12<br>FOWERS BAKING OF JMSTWN<br>P.O. BOX 75224<br>CHARLOTTE NC 28275 | CREDITOR ID: 389820-54<br>FOWLE, JOANNE<br>454 COLLEEN AVE N E<br>PALM BAY FL 32907 | CREDITOR ID: 404701-95<br>FOWLER & SONS INC<br>105 RUPERT DRIVE STE 2<br>RALEIGH NC 27603 |
| CREDITOR ID: 249977-12<br>FOWLER & SONS INC<br>PO BOX 1172<br>FUQUAY VARINA, NC 27526-2607 | CREDITOR ID: 399650-15<br>FOWLER & SONS, INC<br>ATTN CHERYL OWENS<br>105 RUPERT DRIVE # 2<br>RALEIGH NC 27603 | CREDITOR ID: 247797-12<br>FOWLER JR, DEAN<br>PO BOX 100501<br>FLORENCE, SC 29501-0501 |
| CREDITOR ID: 249978-12<br>FOWLER MEASLE & BELL LLP<br>300 WEST VINE STREET<br>SUITE 600<br>LEXINGTON, KY 40507-1660 | CREDITOR ID: 249979-12<br>FOWLER PRODUCTS COMPANY<br>PO BOX 932409<br>ATLANTA GA 31193-2409 | CREDITOR ID: 249980-12<br>FOWLER WATERPROOFING SUPPLY<br>ATTN W S FOWLER, PRES<br>3335 MONTREAL STATION<br>TUCKER, GA 30084 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 403304-83
FOWLER WHITE BOGGS BANKER
2201 SECOND STREET, 5TH FLOOR
FORT MYERS FL 33901

CREDITOR ID: 394058-61
FOWLER WHITE BOGGS BANKER
ATTN JOE ISABEL, CONTROLLER
501 E KENNEDY BLVD, STE 1700
TAMPA, FL 33602

CREDITOR ID: 403305-83
FOWLER WHITE BOGGS BANKER
PO BOX 1438
TAMPA FL 33601

CREDITOR ID: 403306-83
FOWLER WHITE BOGGS BANKER
PO BOX 210
ST. PETERSBURG FL 33731

CREDITOR ID: 243980-12
FOWLER, BRIANNA J
1004 PADDOCK CLUB DRIVE
PANAMA CITY FL 32407

CREDITOR ID: 389798-54
FOWLER, MICHELLE
525 27TH AVENUE SOUTH
APT A
SAINT PETERSBURG FL 33705

CREDITOR ID: 256863-12
FOWLER, NADINE
104 SMITH DRIVE
GAINESVILLE, GA 30501

CREDITOR ID: 389342-54
FOWLER, RUTH
8253 FIRETOWER RD
JACKSONVILLE FL 32210

CREDITOR ID: 400254-85
FOWLER, SANDY
C/O VALERIE V. VIE
DONOVAN, CHAMBERS, P.C.
8440 COURTHOUSE SQUARE EAST
SUITE A
DOUGLASVILLE GA 30134

CREDITOR ID: 394080-56
FOWLER, SANDY
220-B VICTORY DRIVE
DALLAS, GA 30132

CREDITOR ID: 406647-MS
FOWLER, TOM
2726 GARRETT NICHOLAS LOOP
KISSIMMEE FL 34746-3593

CREDITOR ID: 402595-89
FOWLER, TOM
709 DROMEDARY DR.
POINCIANA FL 34759

CREDITOR ID: 249981-12
FOX DIST
PO BOX 2412
SHELBY, NC 28150

CREDITOR ID: 249982-12
FOX EXPRESS
9306 N 11TH STREET B
TAMPA, FL 33612

CREDITOR ID: 249984-12
FOX GLASS CO INC
3038 JOHN YOUNG PKWY STE 7
ORLANDO, FL 32804

CREDITOR ID: 404702-95
FOX PROTECTIVE SERVICES INC
ATTN BRIAN FOX, PRESIDENT
4905 W LAUREL STREET, SUITE 301
TAMPA FL 33607-3838

CREDITOR ID: 249985-12
FOX PROTECTIVE SERVICES INC
PO BOX 593485
ORLANDO, FL 32859-3485

CREDITOR ID: 382335-51
FOX, DENNIS
7733 ROYAL CREST DR
JACKSONVILLE FL 32256-2345

CREDITOR ID: 256199-12
FOX, MICHAEL B
1651 SW 127TH AVENUE
APT A-412
PEMBROKE PINES FL 33027-2189

CREDITOR ID: 386487-54
FOX, SUSAN
5277 NE 15TH TERRACE
POMPANO BEACH FL 33064

CREDITOR ID: 391531-55
FOX, SUSAN
C/O: VANCE MOORE, ESQ.
JO ANN HOFFMAN, FRIED, MOORE & BAISDEN,
4403 WEST TRADEWINDS AVE.
LAUDERDALE-BY-THE-SEA FL 33308

CREDITOR ID: 387969-54
FOX, SUZANNE
762 PAW PAW ROAD
MANCHESTER, KY 40962

CREDITOR ID: 392250-55
FOX, SUZANNE
C/O LAW OFFICES OF CARL A SHORT II
ATTN CARL A SHORT II, ESQ
209-A MAIN STREET
PO BOX 463
MANCHESTER KY 40962-0463

CREDITOR ID: 249986-12
FOXPOINT FARMS
6705 BEST ORCHID LANE
LEESBURG FL 34748

CREDITOR ID: 406648-MS
FOY, ALLEN
317 QUEENS FERRY LANE
CLAYTON GA 27520

CREDITOR ID: 249987-12
FP MAILING SOLUTIONS
PO BOX 4272
CAROL STREAM, IL 60197-4272

CREDITOR ID: 249318-12
FPI DETECTIVE AGENCY INC
551 W 51ST PLACE, FOURTH FL
HIALEAH, FL 33012

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 370-03<br>FPL ENERGY SERVICES<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188 | CREDITOR ID: 249989-12<br>FPL ENERGY SERVICES<br>PO BOX 25426<br>MIAMI, FL 33102 | CREDITOR ID: 405899-15<br>FPL FOOD LLC DBA<br>SHAPIRO PACKING COMPANY INC<br>1301 NEW SAVANNAH ROAD<br>AUGUSTA GA 30901 |
| CREDITOR ID: 405899-15<br>FPL FOOD LLC DBA<br>C/O HUGHES HUBBARD & REED LLP<br>ATTN DANIEL S LUBELL, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 279509-99<br>FPL LAW DEPARTMENT<br>ATTN: RACHEL S BUDKE<br>700 UNIVERSE BLVD<br>JUNO BEACH FL 33408 | CREDITOR ID: 249990-12<br>FPS TECHNOLOGIES INC<br>PO BOX 310219<br>BIRMINGHAM AL 35231-0219 |
| CREDITOR ID: 249319-12<br>FR DRAKE CO<br>1410 GENICOM DR<br>WAYNESBORO VA 22980 | CREDITOR ID: 395286-63<br>FRACTAL ASTECH<br>3771 SWAN RIDGE CIRCLE N<br>MEMPHIS, TN 38122 | CREDITOR ID: 395647-65<br>FRACTAL ASTECH<br>7015 SW MCEWAN RD<br>OSWEGO, OR 97035 |
| CREDITOR ID: 406649-MS<br>FRADY, BILL<br>323 HUNTCLIFF DR.<br>TAYLORS SC 29687 | CREDITOR ID: 406650-MS<br>FRADY, LYMAN D.<br>135 FOXWOOD DR.<br>AIKEN SC 29801 | CREDITOR ID: 249991-12<br>FRAKKO INC<br>PO BOX 222821<br>WEST PALM BEACH, FL 33422-2821 |
| CREDITOR ID: 241619-12<br>FRALEY, ADRIAN<br>45200 MEYERS EST ROAD<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 249992-12<br>FRAN J ST PIERRE<br>PO BOX 931<br>GRAMERCY, LA 70052 | CREDITOR ID: 249993-12<br>FRAN LAFRANCE<br>4009 BANK STREET<br>BAY ST LOUIS MS 39520 |
| CREDITOR ID: 249994-12<br>FRANCES C LUCAS<br>1141 WOODSMERE PKWY<br>ROCKLEDGE FL 32955 | CREDITOR ID: 249995-12<br>FRANCES CREWS<br>1029 HURON STREET<br>JACKSONVILLE FL 32254 | CREDITOR ID: 249996-12<br>FRANCES FLORIST<br>ATTN: LOY E EUBANKS, PRES<br>7020 BROAD STREET<br>DOUGLASVILLE, GA 30134 |
| CREDITOR ID: 249997-12<br>FRANCES M HARDEN<br>11110 KEY WOODLEY DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 249999-12<br>FRANCESCO J DICRISTINA<br>2722 PAKENHAM DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 250000-12<br>FRANCINA JOHNSON<br>13 SUMNER STREET<br>GREENVILLE SC 29601 |
| CREDITOR ID: 250001-12<br>FRANCINE DELERY<br>4927 EVANGELINE DRIVE<br>NEW ORLEANS LA 70127 | CREDITOR ID: 388295-54<br>FRANCIOS, LUCKSON<br>622 SOUTH PINES STREET<br>LAKE WORTH FL 33460 | CREDITOR ID: 387710-54<br>FRANCIQUE, JEAN<br>636 CANBY CIRCLE<br>OCOEE FL 34761 |
| CREDITOR ID: 250003-12<br>FRANCIS CARRINGTON<br>PO BOX 1328<br>EUREKA CA 95502 | CREDITOR ID: 250004-12<br>FRANCIS FOODSERVICE<br>3048 WHITEHORSE ROAD<br>GREENVILLE SC 29611 | CREDITOR ID: 250005-12<br>FRANCIS MARION UNIVERSITY<br>PO BOX 100547<br>FLORENCE SC 29501-0547 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278883-30<br>FRANCIS PRODUCE CO<br>ATTN: STEVE FRANCIS<br>3048 WHITE HORSE RD<br>GREENVILLE, SC 29611-6056 | CREDITOR ID: 250006-12<br>FRANCIS PRODUCE CO<br>3048 WHITE HORSE RD<br>GREENVILLE SC 29611-6056 | CREDITOR ID: 250007-12<br>FRANCIS TARVER<br>1223  AVENUE G<br>HAINES CITY FL 33844 |
| CREDITOR ID: 243863-12<br>FRANCIS, BRANDY<br>2067 EVEREST STREET<br>DELTONA FL 32738 | CREDITOR ID: 393547-55<br>FRANCIS, DONALD J<br>C/O A M  KARRE' & K K GAUTREAUX<br>RABALAIS HANNA & HEBERT<br>701 ROBLEY DR., STE 210<br>LAFAYETTE LA 70503 | CREDITOR ID: 390486-54<br>FRANCIS, DONALD J<br>213 CELINE STREET<br>CARENCRO, LA 70520 |
| CREDITOR ID: 390486-54<br>FRANCIS, DONALD J<br>C/O LAW OFC OF KAY KARRE' GAUTREAUX<br>ATTN KAY KARRE' GAUTREAUX ESQ<br>405 WEST CONVENT STREET<br>LAFAYETTE LA 70501 | CREDITOR ID: 400333-85<br>FRANCIS, ERSKINE<br>C/O MILLARD D. COLLINS, ESQUIRE<br>CADE, COLLINS & GOBERT, LLC<br>2139 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS LA 70117 | CREDITOR ID: 394125-56<br>FRANCIS, ERSKINE<br>13442 DWYER BLVD<br>NEW ORLEANS, LA 70129 |
| CREDITOR ID: 388979-54<br>FRANCIS, IDA<br>406 SW 15TH AVE<br>DELRAY BEACH, FL 33444-1438 | CREDITOR ID: 397877-76<br>FRANCIS, LEONA<br>200 BINFORD DR.<br>HUNTSVILLE, AL 35805 | CREDITOR ID: 256861-12<br>FRANCIS, NADINE A<br>5313 NW 90TH AVENUE<br>SUNRISE, FL 33351 |
| CREDITOR ID: 250008-12<br>FRANCISCO C GOMEZ<br>4555 SW 2 STREET<br>MIAMI FL 33134 | CREDITOR ID: 250009-12<br>FRANCISCO MILLAN<br>7420 W 20TH AVENUE<br># 345<br>HIALEAH FL 33016 | CREDITOR ID: 387956-54<br>FRANCK, SUZETTE<br>13605 NE 6 AVE<br>MIAMI, FL 33161 |
| CREDITOR ID: 392239-55<br>FRANCK, SUZETTE<br>C/OADAM BARON PA LAW OFFICES<br>ATTN ADAM BARON, ESQ/M MORO<br>633 NE 167 STREET, SUITE 703<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 250010-12<br>FRANCO MANUFACTURING CO INC<br>PO BOX 10534<br>NEWARK NJ 07193-0534 | CREDITOR ID: 385251-54<br>FRANCOSKIAS, ELENI<br>4 QUEENSBURY DR.<br>GREENVILLE, SC 29617 |
| CREDITOR ID: 390560-55<br>FRANCOSKIAS, ELENI<br>C/O: W. BENJAMIN MCCLAIN<br>W. BENJAMIN MCCLAIN, JR., P.A.<br>PO BOX 10402, FS<br>GREENVILLE SC 29603 | CREDITOR ID: 250012-12<br>FRANK A MILLER<br>7910 PEMBROKE ROAD<br>MIRAMAR FL 33023 | CREDITOR ID: 250013-12<br>FRANK CELI<br>1517 79TH AVENUE NORTH<br>ST PETERSBURG FL 33702 |
| CREDITOR ID: 404703-95<br>FRANK D BOREN AND GAIL F BOREN<br>FRANK BOREN<br>341 DEERHAVEN LANE<br>FRIDAY HARBOR WA 98250 | CREDITOR ID: 250014-12<br>FRANK D BOREN AND GAIL F BOREN<br>C/O KEY BANK WA -31-99-0371<br>95 SECOND STREET<br>PO BOX 310<br>FRIDAY HARBOR, WA 98250 | CREDITOR ID: 250015-12<br>FRANK DAVIS PRODUCTIONS<br>333 DOVER STREET<br>SLIDELL, LA 70458 |
| CREDITOR ID: 250016-12<br>FRANK E LIST<br>881 HONEYSUCKLE WAY<br>LOUISVILLE KY 40213-0313 | CREDITOR ID: 250017-12<br>FRANK GILL & JEFFREY W MCDONALD LAW<br>3715 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 250018-12<br>FRANK LEDERER<br>850 WILKINSON TRACE ROAD<br>BOWLING GREEN KY 42103 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250020-12<br>FRANK LOMONACO<br>5084 5TH PLACE<br>VERO BEACH FL 32968 | CREDITOR ID: 250023-12<br>FRANK P DORRIS POST # 145<br>6449 VETERANS MEMORIAL PARKWAY<br>DOUGLASVILLE GA 30134-1337 | CREDITOR ID: 250024-12<br>FRANK PETRASSI<br>4103 PALACE COURT<br>LILBURN GA 30046 |
| CREDITOR ID: 250025-12<br>FRANK RHOM<br>260 AVIATION DRIVE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 250026-12<br>FRANK SANDARELLI<br>6623 TAILFEATHER WAY<br>BRADENTON FL 34203 | CREDITOR ID: 250027-12<br>FRANK W GUILFORD JR TRUSTEE<br>TRUST UNDER THE WILL OF<br>VICTORIA FASCELL<br>2222 PONCE DE LEON BLVD PENTHS<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 383148-99<br>FRANK WEINBERG & BLACK, PL<br>ATTN: DAVID BLACK<br>7805 SW 6TH COURT<br>PLANTATION FL 33324 | CREDITOR ID: 250029-12<br>FRANK WELCH & SONS CO<br>1703 S MAIN ST<br>MT AIRY, NC 27030-5529 | CREDITOR ID: 241575-12<br>FRANK, ADAM<br>4085 SANFORD AVENUE<br>SANFORD, FL 32773 |
| CREDITOR ID: 389981-54<br>FRANK, KAREN<br>1240 4TH TERRACE<br>#101<br>VERO BEACH FL 32962 | CREDITOR ID: 393502-55<br>FRANK, KAREN<br>C/O: RONALD ROSEN, ESQ.<br>ROSEN & ROSEN<br>4000 HOLLYWOOD BLVD.<br>SUITE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 250030-12<br>FRANKEE M RAGSDALE<br>7060 HWY 1<br>BRACEY VA 23919 |
| CREDITOR ID: 250031-12<br>FRANKFORD CANDY & CHOCOLATE CO<br>PO BOX 8500 (S-1050)<br>PHILADELPHIA, PA 19178-1050 | CREDITOR ID: 381791-99<br>FRANKFORD DALLAS LLC<br>C/O REED & REED<br>ATTN: DIANE G REED<br>501 N COLLEGE STREET<br>WAXAHACHIE TX 75165 | CREDITOR ID: 278466-24<br>FRANKFORD DALLAS LLC<br>2761 E. TRINITY MILLS ROAD, APT 114<br>CARROLTON TX 75006 |
| CREDITOR ID: 371-03<br>FRANKFORT ELECTRIC & WATER<br>317 W. SECOND STREET<br>FRANKFORT KY 40602 | CREDITOR ID: 267401-31<br>FRANKLIN CITY WATER WORKS<br>ATTN: EDDY WOODARD<br>405 HILLSBORO RD<br>FRANKLIN TN 37065 | CREDITOR ID: 250034-12<br>FRANKLIN COLLECTION SERVICES<br>PO BOX 4237<br>TUPELO, MS 38803 |
| CREDITOR ID: 250035-12<br>FRANKLIN CONNECTIONS LP<br>PO BOX 200076<br>DBA AZAR NUT COMPANY<br>HOUSTON, TX 77216-0076 | CREDITOR ID: 250036-12<br>FRANKLIN COUNTY<br>SALES TAX DIVISION<br>PO BOX 3989<br>MUSCLE SHOALS, AL 35662 | CREDITOR ID: 267402-31<br>FRANKLIN COUNTY CLERKS OFFICE<br>ATTN: KENDALL WADE<br>33 MARKET ST RM 203<br>APALACHICOLA FL 32320-2310 |
| CREDITOR ID: 267403-14<br>FRANKLIN COUNTY FINANCE DEPT<br>ATTN: JOYCE MILLER<br>401 2ND AVE SW<br>WINCHESTER TN 37398-1707 | CREDITOR ID: 250038-12<br>FRANKLIN COUNTY MUNICIPAL COURT<br>CLERKS OFFICE CIVIL DIV<br>375 S HIGH STREET 3RD FLOOR<br>COLUMBUS OH 43215-4520 | CREDITOR ID: 250039-12<br>FRANKLIN COUNTY NEWSPAPERS<br>PO BOX 2153<br>DEPARTMENT 4050<br>BIRMINGHAM AL 35287-4050 |
| CREDITOR ID: 267404-31<br>FRANKLIN COUNTY SOLID WASTE<br>ATTN: JOHN DEMOLL<br>487 JOYCE LN<br>WINCHESTER TN 37398-3327 | CREDITOR ID: 267405-14<br>FRANKLIN COUNTY TAX COLLECTOR<br>ATTN: JAMES A HARRIS JR<br>33 MARKET ST RM 202<br>APALACHICOLA FL 32320-2310 | CREDITOR ID: 250040-12<br>FRANKLIN COUNTY TAX COLLECTOR<br>PO BOX 503<br>PROPERTY TAX<br>LOUISBURG NC 27549-0503 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 250042-12
FRANKLIN COUNTY TREASURER
275 SOUTH MAIN STREET
COURTHOUSE
PROPERTY TAX
ROCKY MOUNT VA 24151-1706

CREDITOR ID: 250043-12
FRANKLIN COVEY
PO BOX 31456
SALT LAKE CITY UT 84131-0456

CREDITOR ID: 250044-12
FRANKLIN D BURFORD III
5251 FAIRHAVEN AVENUE
SPRINGHILL FL 34608

CREDITOR ID: 250045-12
FRANKLIN FOUNDATION HOSPITAL
ATTN GARY MARTI, CFO
PO BOX 577
1501 HOSPITAL AVE
FRANKLIN, LA 70538

CREDITOR ID: 250046-12
FRANKLIN JR HIGH
525 MORRIS ST
FRANKLIN, LA 70538

CREDITOR ID: 250047-12
FRANKLIN LOWENTHAL
420 DEAN CREEK LANE
ORLANDO FL 32825

CREDITOR ID: 250049-12
FRANKLIN MEMORIAL HOSPITAL
PO BOX 569
C/O FRANKLIN CO GEN DIST COURT
ROCKY MOUNT VA 24151

CREDITOR ID: 250050-12
FRANKLIN NEWS POST
PO BOX 250
ROCKY MOUNT, VA 24151

CREDITOR ID: 267406-14
FRANKLIN PARISH ASSESSOR
ATTN: J W DEAN
6552 MAIN ST
WINNSBORO LA 71295-2701

CREDITOR ID: 262815-12
FRANKLIN PRESS INC, THE
ATTN: RALPH W MORRIS, PUBLISHER
PO BOX 350
FRANKLIN, NC 28734

CREDITOR ID: 267407-31
FRANKLIN RECREATION PARK
ATTN: ROBERT HUNT
1288 GEORGIA RD
FRANKLIN NC 28734-5822

CREDITOR ID: 250051-12
FRANKLIN REGIONAL MED CENTER
100 HOSPITAL DR
LOUISBURG, NC 27549

CREDITOR ID: 250052-12
FRANKLIN SENIOR HIGH
1401 CYNTHIA ST.
FRANKLIN, LA 70538

CREDITOR ID: 267408-31
FRANKLIN STREET MALL OFFICE
ATTN: WAYNE TAPY
1420 N TAMPA ST
TAMPA FL 33602-2927

CREDITOR ID: 250053-12
FRANKLIN SUPPLY
PO BOX 1151
FRANKLIN, LA 70538

CREDITOR ID: 267409-14
FRANKLIN TAX ASSESSOR COUNTY
ATTN: JACKY WARHURST
410 JACKSON AVE N
RUSSELLVILLE AL 35653-2363

CREDITOR ID: 250054-12
FRANKLIN TIMES
PO BOX 119
LOUISBURG, NC 27549-0119

CREDITOR ID: 392896-55
FRANKLIN, BETTY MAE
C/O: DARREL D. RYLAND
LAW OFFICE OF DARREL D. RYLAND
P.O. DRAWER 1469
MARKSVILLE LA 71351

CREDITOR ID: 399310-81
FRANKLIN, BETTY MAE
PO BOX 74
BATCHELOR, LA 70715

CREDITOR ID: 389041-54
FRANKLIN, JOSEPHINE
805 SOUTH LAUREL ST
AMITE, LA 70422

CREDITOR ID: 392939-55
FRANKLIN, JOSEPHINE
C/O SIMPSON & SIMPSON
ATTN WILLIAM PAUL SIMPSON, ESQ
PO BOX 1017
AMITE LA 70422

CREDITOR ID: 403237-92
FRANKLIN, SAMUEL H
C/O LIGHTFOOD FRANKLIN & WHITE LLC
400 20TH STREET NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 250055-12
FRANKLINTON ELEMENTARY SCHOOL
902 CLEVELAND ST
FRANKLINTON, LA 70438

CREDITOR ID: 250056-12
FRANKLINTON HIGH SCHOOL
1 DEMON CIRCLE
FRANKLINTON, LA 70438

CREDITOR ID: 250057-12
FRANKLINTON JR HIGH SCHOOL
617 MAIN ST
FRANKLINTON, LA 70438

CREDITOR ID: 250058-12
FRANKLINTON PRIMARY SCHOOL
610 T W BARKER
FRANKLINTON, LA 70438

CREDITOR ID: 404705-95
FRANKS TRAILER TRANSPORT
1561 NE 32 CT
POMPANO BEACH FL 33064

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250059-12<br>FRANKS TRAILER TRANSPORT<br>2760 PINELILY LANE<br>COCOA, FL 32926 | CREDITOR ID: 385918-54<br>FRANKS, CHARLOTTE<br>2335 NW 16 COURT<br>FT LAUDERDALE, FL 33064 | CREDITOR ID: 391154-55<br>FRANKS, CHARLOTTE<br>C/O: RAMONA L. TOLLEY<br>GILMAN & ASSOCIATES, P.A.<br>400 SOUTHEAST 9TH ST.<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 262295-12<br>FRANKS, SUSAN<br>8718 DESTINY COVE DRIVE<br>LOUISVILLE, KY 40229 | CREDITOR ID: 389985-54<br>FRANSISCO, JIM<br>285-A MAIN BLVD.<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 252673-12<br>FRANTZ, JAMES M<br>757 DEEPCREED ROAD<br>ASHLAND, PA 17921 |
| CREDITOR ID: 406651-MS<br>FRASER III, JOSEPH<br>507 DEER RUNWAY<br>WOODSTOCK GA 30189 | CREDITOR ID: 256101-12<br>FRASER, MERRIATTE C<br>507 DEER RUN WAY<br>WOODSTOCK, GA 30189 | CREDITOR ID: 250060-12<br>FRASIER TIRE SERVICE INC<br>1613 BLUFF ROAD<br>COLUMBIA SC 29201 |
| CREDITOR ID: 250062-12<br>FRATERNAL ORDER OF POLICE<br>C/O CHARLOTTE - MECKLENBERG FOB #9<br>5237 ALBEMARLE ROAD # 203<br>CHARLOTTE NC 28212 | CREDITOR ID: 250061-12<br>FRATERNAL ORDER OF POLICE<br>5530 BEACH BOULEVARD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 250063-12<br>FRATERNAL ORDER OF POLICE DIST#7<br>2400 FORSYTH RD  STE 209<br>ORLANDO, FL 32807 |
| CREDITOR ID: 388053-54<br>FRAYLER, PATRICIA<br>4305 REFLECTIONS BLVD<br>APT 104<br>SUNRISE, FL 33351 | CREDITOR ID: 392323-55<br>FRAYLER, PATRICIA<br>C/O: JESSE LIEBERMAN ESQ<br>JESSE LIEBERMAN PA<br>10 FAIRWAY DRIVE<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 245315-12<br>FRAYNE, CHRISTINA D<br>3848 DURHAM ROAD<br>GREER SC 29651 |
| CREDITOR ID: 389118-54<br>FRAYSON, CHARLENE (MINOR)<br>P.O BOX 456<br>GRETNA, FL 32332 | CREDITOR ID: 394040-61<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | CREDITOR ID: 384136-47<br>FRAZIER & GARDNER ELEC<br>ATTN: CHARLES P BRIGHTWELL III,PRES<br>333 E JEFF DAVIS AVE<br>MONTGOMERY, AL 36104-5003 |
| CREDITOR ID: 250064-12<br>FRAZIER & GARDNER ELECTRIC CO INC<br>ATTN BARBARA A CHESSER, OFF MGR<br>333 E JEFF DAVIS AVENUE<br>MONTGOMERY, AL 36104-5003 | CREDITOR ID: 250065-12<br>FRAZIER & ROBERTS PLLC<br>POST OFFICE DRAWER 1170<br>PASCAGOULA, MS 39568-1170 | CREDITOR ID: 250066-12<br>FRAZIER PACKAGING<br>1431 S OCEAN BLVD #98<br>POMPANO BEACH FL 33062 |
| CREDITOR ID: 374983-44<br>FRAZIER PACKAGING<br>15 MAGEE AVENUE<br>LAVALLETTE, NJ 08735 | CREDITOR ID: 389852-54<br>FRAZIER, BILLY JR<br>160 BELL CIRCLE NE<br>CAIRO GA 39828 | CREDITOR ID: 245325-12<br>FRAZIER, CHRISTINE<br>11226 ANDY DRIVE<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 394295-56<br>FRAZIER, DAVID<br>9334 ROAN LANE<br>LAKE PARK FL 33403 | CREDITOR ID: 385261-54<br>FRAZIER, MATHEW<br>1319 ROSCOMARE AVENUE<br>ORLANDO, FL 32806 | CREDITOR ID: 390569-55<br>FRAZIER, MATHEW<br>C/O: W. TODD LONG, ESQUIRE<br>THE LAW OFFICE OF TODD LONG<br>20 NORTH ORANGE AVE.<br>SUITE 610<br>ORLANDO FL 32801 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 384239-47
FRAZIER, MICHAEL D
8815 N ATLANTIC AVE, APT 2-C
CAPE CANAVERAL, FL 32920

CREDITOR ID: 387835-54
FRAZIER, SAMUEL
14300 HENSEL #145
TAMPA FL 33613

CREDITOR ID: 386424-54
FRAZIER, TONYA
2823 STACIE DRIVE
VIOLET LA 70092

CREDITOR ID: 386441-54
FRAZIER, VICKIE
224 QUEENSLAND CIRCLE
FITZGERALD GA 31750

CREDITOR ID: 391499-55
FRAZIER, VICKIE
C/O: BRUCE EDWARDS
BRUCE EDWARDS
802 E. WARD ST
P O BOX 248
DOUGLAS GA 31534

CREDITOR ID: 250067-12
FRAZIERS AUTO SALES
1301 MOULTON ROAD
LOUISBURG NC 27549

CREDITOR ID: 250068-12
FRED ANDREWS
PO BOX 1022
FLORENCE SC 29503

CREDITOR ID: 250069-12
FRED ARBANAS INC
PO BOX 880
GRANDVIEW, MO 64030

CREDITOR ID: 250070-12
FRED BROCK
1414 HAMILTON MULBERRY GROVE
CATAULA GA 31804

CREDITOR ID: 250071-12
FRED BUSCH FOODS
PO BOX 3307
OSHKOSH WI 54903

CREDITOR ID: 250072-12
FRED H WILLIAMS CO
PO BOX 1047
HIRAM, GA 30141-1047

CREDITOR ID: 250073-12
FRED HESSDOERFER
4488 BENT CREEK DRIVE
CINCINNATI OH 45244

CREDITOR ID: 250074-12
FRED HINKLE
PO BOX 21197
JACKSON MS 39289

CREDITOR ID: 250075-12
FRED LARKIN
8951 ROLLING HILLS DRIVE
TUSCALOOSA AL 35405

CREDITOR ID: 250076-12
FRED PRYOR SEMINARS
P BOX 410498
KANSAS CITY, MO 64141-0498

CREDITOR ID: 250077-12
FRED TIDWELL
4210 STANHOPE CIRCLE
MARIETTA GA 30062

CREDITOR ID: 250078-12
FREDDIE G EVANS
1201 W 27TH STREET
RIVIERA BEACH FL 33404

CREDITOR ID: 250079-12
FREDDIE GADDIS
4700 I-20 FRONTAGE ROAD
BOLTON MS 39041

CREDITOR ID: 250082-12
FREDDIES PLASTICS
PO BOX 550737
TAMPA, FL 33655-0737

CREDITOR ID: 250083-12
FREDERICK A DOUGLASS SR H S
3820 ST CLAUDE AVE
NEW ORLEANS, LA 70117

CREDITOR ID: 250084-12
FREDERICK J RITZ
1951 SE 32ND STREET
CAPE CORAL FL 33904

CREDITOR ID: 250085-12
FREDERICK L LASTER
8218 ETON COURT
JONESBORO GA 30238

CREDITOR ID: 243897-12
FREDERIKSEN, BRENDA
305 16TH AVENUE
OCOEE FL 34761

CREDITOR ID: 383144-99
FREDRIC BURESH, PA
ATTN: FREDRIC BURESH
800 SE THIRD AVENUE, 4THFL
FT LAUDERDALE FL 33316

CREDITOR ID: 250086-12
FREDRIC E MICHELS
310 W LIBERTY SUITE 412
LOUISVILLE KY 40202

CREDITOR ID: 250088-12
FREDRICK DENSON
PO BOX 464
CRESCENT FL 32112

CREDITOR ID: 315658-99
FREDRIKSON & BYRON PA
ATTN: JOHN M KONECK, ESQ
200 SOUTH SIXTH ST, STE 4000
MINNEAPOLIS MN 55402-1425

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

CREDITOR ID: 250090-12
FREDS EXCAVATING & CRANE
PO BOX 585948
ORLANDO FL 32858-5948

CREDITOR ID: 250091-12
FREEDOM ENC COMMUNICATIONS
PO BOX 3003
JACKSONVILLE, NC 28541

CREDITOR ID: 267410-31
FREEDOM FOUNDATION INC
ATTN: BURT STAUFFER
5072 DOWNING ST
ORLANDO FL 32839-5328

CREDITOR ID: 250092-12
FREEDS BAKERY
135 SO LASALLE ST
CHICAGO, IL 60674-5208

CREDITOR ID: 250093-12
FREEMAN AUTO
C/O BRUNSWICK GEN DIST COURT
202 N MAIN STREET
LAWRENCEVILLE VA 23868

CREDITOR ID: 250094-12
FREEMAN COMPANIES
PO BOX 650036
DALLAS TX 75265-0036

CREDITOR ID: 250095-12
FREEMAN GAS
PO BOX 14835
GREENVILLE, SC 29610-4835

CREDITOR ID: 250096-12
FREEMAN SHEET METAL INC
ATTN: GLADYS B FREEMAN, PRES
1402 18TH STREET
TUSCALOOSA, AL 35401

CREDITOR ID: 244113-12
FREEMAN, BRYAN P
1185 BONNYMEDE DRIVE
TITUSVILLE FL 32796

CREDITOR ID: 394161-56
FREEMAN, EDWARD
4400 NW 19TH STREET
APT K404
LAUDERHILL FL 33313

CREDITOR ID: 406144-15
FREEMAN, FANNIE
C/O CHIKOVSKY, BEN & SCHAFER
ATTN FRED CHIKOVSKY, ESQ
1720 HARRISON STREET, SUITE 7A
HOLLYWOOD FL 33020

CREDITOR ID: 386350-54
FREEMAN, JOHN
2511 RUSK COURT
DELTONA FL 32738

CREDITOR ID: 389302-54
FREEMAN, MICHAEL
35 AIKEN CT
COVINGTON GA 30014

CREDITOR ID: 259214-12
FREEMAN, RALEIGH L
5700 BELL ROAD LOT 76
MONTGOMERY, AL 36116

CREDITOR ID: 403713-94
FREEMAN, ROBERT M
8818 S.E. 68TH WAY
OKEECHOBEE FL 34974

CREDITOR ID: 388801-54
FREEMAN, ROSE
1006 LILYWHITE ST
TAMPA, FL 33605

CREDITOR ID: 392756-55
FREEMAN, ROSE
C/O ABRAHAMSON, UITERWYK & BARNES
ATTN CHRISTOPHER PAVLIK, ESQ
900 WEST PLATT STREET
TAMPA FL 33601

CREDITOR ID: 279362-36
FREEZER QUEEN
C/O HARRIS BEACH, LLP
ATTN WENDY KINSELLA
ONE PARK PLACE, 4TH FLOOR
300 S STATE STREET
SYRACUSE  NY 13202

CREDITOR ID: 404707-95
FREEZER QUEEN FOODS INC
PO BOX 8000
DEPT 350
BUFFALO NY 14267

CREDITOR ID: 250098-12
FREIGHT ALL KINDS INC
PO BOX 5187
DENVER, CO 80217

CREDITOR ID: 250099-12
FREIGHTLINER OF SOUTHERN AL INC
PO BOX 6569
DOTHAN AL 36302

CREDITOR ID: 386976-54
FREIL, JERRY W
1379 WHITLOW RD.
CORDOVA AL 35550

CREDITOR ID: 250100-12
FREMONT BEEF CO
PO BOX 908
FREMONT, NE 68026-0908

CREDITOR ID: 250101-12
FRENCH AWNING & SCREEN CO
4514 S MCRAVEN ROAD
JACKSON MS 39204

CREDITOR ID: 267411-14
FRENCH EMBASSEY-COMM
ATTN: DAVID CUGNETTI
1395 BRICKELL AVE
MIAMI FL 33131-3300

CREDITOR ID: 250102-12
FRENCH MARKET ICE SERVICE INC
2240 DECATUR STREET
NEW ORLEANS LA 70117

CREDITOR ID: 250103-12
FRENCH SETTLEMENT ELEMENTARY SCHOOL
15810 HWY 16
FRENCH SETTLEMENT, LA 70733

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 267412-31
FRENCH SETTLEMENT WATER CO
ATTN: WILLIAM EDRINGTON III
8755 GOODWOOD BLVD
BATON ROUGE LA 70806-7916

CREDITOR ID: 385831-54
FRENCH, DONNA
4928 AVENUE D
SAINT AUGUSTINE, FL 32084

CREDITOR ID: 391089-55
FRENCH, DONNA
C/O: LLOYD S MANUKIAN
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 386956-54
FRENCH, ROSE
147 FOX LANE
DAVENPORT FL 33837

CREDITOR ID: 389912-54
FRERICKS, JEFFREY
11013 WIZARD WAY
ORLANDO, FL 32836

CREDITOR ID: 393451-55
FRERICKS, JEFFREY
C/O: DOMINIC BOCCO
DOMINIC BOCCO JR. ESQUIRE
2220 HILLCREST ST.
ORLANDO FL 32803

CREDITOR ID: 250104-12
FRES-CO SYSTEM USA
PO BOX 827019
PHILADELPHIA, PA 19182-7019

CREDITOR ID: 404708-95
FRESH EXPRESS INC ATLANTA
PO BOX 932479
ATLANTA GA 30354

CREDITOR ID: 278884-30
FRESH EXPRESS INC ATLANTA
LOCKBOX 932479
ATLANTA, GA 31193-2479

CREDITOR ID: 250106-12
FRESH EXPRESS RALEIGH
PO BOX 85000-53488
PHILADELPHIA PA 19178-3488

CREDITOR ID: 381887-30
FRESH EXPRESSED INCORPORATED
ATTN: DEESA BALASINGAM
PO BOX 80599
SALINAS CA 93912-0599

CREDITOR ID: 404709-95
FRESH FROZEN FOODS
P O BOX 215
JEFFERSON GA 30549-0215

CREDITOR ID: 250107-12
FRESH FROZEN FOODS
DEPT AT952040
ATLANTA, GA 31192-2040

CREDITOR ID: 381734-15
FRESH FROZEN FOODS LLC
ATTN LARRY M HICKS, CFO
PO BOX 215
JEFFERSON GA 30549

CREDITOR ID: 278885-30
FRESH GOURMET
DRAWER CS 198372
ATLANTA, GA 30384-8372

CREDITOR ID: 250109-12
FRESH KIST PRODUCE LLC
PO BOX 3617
SALINAS CA 93912

CREDITOR ID: 278886-30
FRESH START PRODUCE SALES INC
5353 WEST ATLANTIC AVE
EXECUTIVE SQ STE 403-404
DELRAY BEACH, FL 33484-8166

CREDITOR ID: 250112-12
FRESHCO INC
3503 S US HWY 1 #15
FT PIERCE FL 34982

CREDITOR ID: 278887-30
FRESHOUSE II LLC
PO BOX 883
RIVERHEAD, NY 11901

CREDITOR ID: 250114-12
FRESHWATER ELEMENTARY
1025 COCKERHAM RD
DENHAM SPRINGS LA 70726

CREDITOR ID: 250115-12
FREUDENBERG HOUSEHOLD PRODUCTS
ATTN MARY JAY, CREDIT MGR
PO BOX 73181
CHICAGO, IL 60673-7181

CREDITOR ID: 404710-95
FREUDENBERG HOUSEHOLD PRODUCTS
2021 WEST ST
RIVER GROVE IL 601711901

CREDITOR ID: 389714-54
FREW, LEDA
4057 NORTH LIGHT DRIVE
NAPLES FL 34112

CREDITOR ID: 393349-55
FREW, LEDA
C/O: FRANK PIAZZA
FRANK PIAZZA
1617 HENDRY ST.
STE.309
FT. MYERS FL 33901

CREDITOR ID: 389104-54
FRICKEY, DOROTHY
675 E. I-10 SERVICE RD
SLIDELL, LA 70461

CREDITOR ID: 392992-55
FRICKEY, DOROTHY
C/O: TAMMY M NICK ESQ
NICK LAW FIRM L.C.
676 E I-10 SERVICE RD
SLIDELL LA 70461

CREDITOR ID: 399658-15
FRICKEY, DOROTHY S & FARRELL J
C/O NICK LAW FIRM LC
ATTN TAMMY M NICK ESQ
676 E I-10 SERVICE RD
SLIDELL LA 70461

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 405974-15
FRIDAY, JAMES C
129 GLENEAGLES DRIVE
NICEVILLE FL 32578

CREDITOR ID: 406652-MS
FRIDAY, LORENZO
16420 PLANTATION WOODS DR.
CHARLOTTE NC 28278

CREDITOR ID: 407753-15
FRIDMAN, ELIZABETH (MINOR)
C/O BERNHEIM & DOLINSKY, PA
ATTN ROBERT DOLINSKY, ESQUIRE
4000 HOLLYWOOD BLVD SOUTH, STE 525
HOLLYWOOD FL 33021

CREDITOR ID: 407753-15
FRIDMAN, ELIZABETH (MINOR)
C/O LANA FRIDMAN, PARENT/GUARDIAN
11961 SW 20TH STREET
MIRAMAR FL 33025

CREDITOR ID: 400251-85
FRIED, GLORIA J
C/O WILLIAM P. KEENAN, P.A.
WILLIAM P. KEENAN
1718 PEACHTREE ST NW
SUITE 596 SOUTH
ATLANTA GA 30309-2454

CREDITOR ID: 399786-84
FRIED, GLORIA J
900 MOULTRIE RD
ALBANY GA 31705

CREDITOR ID: 278888-30
FRIEDAS INC
4465 CORPORATE CENTER DRIVE
LOS ALAMITOS, CA 90720-2561

CREDITOR ID: 382011-36
FRIEDA'S INC
TOM KIERAN
4465 CORPORATE CENTER DR
LOS ALAMITOS CA 90720-2561

CREDITOR ID: 243943-12
FRIEDMAN, BRIAN A
3419 CHERRY RIDGE ROAD
LYNN HAVEN FL 32444

CREDITOR ID: 250117-12
FRIENDS CATERERS
48090 TIN CAN ALLEY
TICKFAW, LA 70466

CREDITOR ID: 267413-31
FRIENDS MISSISSIPPI LIBRARY
ATTN: MARY WAGGONER
338 COMMERCE ST
WEST POINT MS 39773-2923

CREDITOR ID: 267414-31
FRIENDS OF WARNER PARKS
ATTN: ELENOR WILLIS
50 VAUGHN RD
NASHVILLE TN 37221-3706

CREDITOR ID: 377842-36
FRIENDSHIP DAIRIES INC
C/O PHILLIPS LYTLE LLP
ATTM ANGELA Z MILLER, ESQ
3400 HSBC CENTER
BUFFALO NY 14203

CREDITOR ID: 250118-12
FRIENDSHIP DAIRIES INC
PO BOX 6546
CHURCH STREET STATION
NEW YORK, NY 10249-0003

CREDITOR ID: 377842-36
FRIENDSHIP DAIRIES INC
ATTN JOSEPH MURGOLO/DOUGLAS GERBOSI
ONE JERICHO PLAZA, SUITE 107
JERICHO NY 11753-1668

CREDITOR ID: 374760-44
FRIESEN, DUSTIN
NOL DIV STORE# 1570
500 WEST ASH
EUNICE, LA 70535

CREDITOR ID: 248581-12
FRIESEN, DUSTIN
500 WEST ASH
EUNICE, LA 70535

CREDITOR ID: 250119-12
FRISCH'S RESTAURANTS INC
2800 GILBERT AVE
CINCINNATI OH 45206

CREDITOR ID: 250120-12
FRITO LAY INC
P O BOX 660059
DALLAS TX 75266-0059

CREDITOR ID: 397690-99
FRITO-LAY INC
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 397690-99
FRITO-LAY INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN: DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 397690-99
FRITO-LAY INC
C/O DLA PIPER RUDNICK GRAY CARY US
ATTN: MARK J FRIEDMAN/SUSAN S MAHER
625 SMITH AVENUE
BALTIMORE MD 21209-3600

CREDITOR ID: 389748-54
FRITTS, ELIZABETH
117 MOSSEY BROOK DR.
STOCKBRIDGE GA 30281

CREDITOR ID: 393367-55
FRITTS, ELIZABETH
C/O GEORGE & WALLACH, LLP
ATTN A WALLACH OR E FRITTS, ESQS
637 MAIN STREET
PO BOX 488
FOREST PARK GA 30298-0488

CREDITOR ID: 249320-12
FRO LLC VII
C/O JAMESM HASTINGS, CPA
305 PIPING ROCK DR
SILVER SPRINGS, MD 20905

CREDITOR ID: 250121-12
FRO LLC VIII
%JAMES HASTINGS
305 PIPING ROCK DR
SILVER SPRING, MD 20905

CREDITOR ID: 250122-12
FRONEX COMMODITIES INC
PO BOX 907155
GAINESVILLE GA 30501

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385250-54<br>FRONGELLO, SHARON<br>213 LAKEVIEW DRIVE, APT 102<br>WESTON, FL 33326 | CREDITOR ID: 390559-55<br>FRONGELLO, SHARON<br>C/O WINSTON & CLARK, PA<br>ATTN BRADLEY WINSTON, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 250123-12<br>FRONT END SERVICES CORP<br>C/O HAYNES AND BOONE, LLP<br>ATTN: STACEY JERNIGAN<br>901 MAIN STREET., SUITE 3100<br>DALLAS TX 75202-3789 |
| CREDITOR ID: 250123-12<br>FRONT END SERVICES CORP<br>ATTN TINA STRICKLAND<br>1100 FOUNTAIN PKWY<br>GRAND PRAIRIE, TX 75050 | CREDITOR ID: 279500-99<br>FRONT END SERVICES CORPORATION<br>C/O HAYNES AND BOONE LLP<br>ATTN: JUDITH ELKIN<br>399 PARK AVENUE<br>NEW YORK NY 10002-4614 | CREDITOR ID: 279500-99<br>FRONT END SERVICES CORPORATION<br>C/O HAYNES AND BOONE, LLP<br>ATTN: STACEY JERNIGAN<br>901 MAIN STREET., SUITE 3100<br>DALLAS TX 75202-3789 |
| CREDITOR ID: 267415-31<br>FRONT ROYAL TOWN OF<br>ATTN: PAUL CARRUAL<br>400 KENDRICK LN<br>FRONT ROYAL VA 22630-2908 | CREDITOR ID: 267416-31<br>FRONT ROYAL WASTE WATER PLANT<br>ATTN: TIM FRISTOE<br>MANASSAS EXTENDED AVE<br>FRONT ROYAL VA 22630 | CREDITOR ID: 279067-32<br>FRONT-END SERVICES CORPORATION<br>C/O HAYNES AND BOONE, LLP<br>901 MAIN STREET, STE 3100<br>DALLAS TX 75202-3789 |
| CREDITOR ID: 240841-10<br>FRONTIER COMM OF ALABAMA<br>P O BOX 20919<br>ROCHESTER NY 14602-0919 | CREDITOR ID: 374992-44<br>FRONTIER COMM OF GEORGIA<br>PO BOX 20919<br>ROCHESTER, NY 14602-0919 | CREDITOR ID: 250126-12<br>FRONTIER COMM OF LAMAR COUNTY<br>PO BOX 20919<br>ROCHESTER NY 14602-0919 |
| CREDITOR ID: 250125-12<br>FRONTIER COMM OF LAMAR COUNTY<br>CARRIER ACCESS SERVICES<br>14450 BURNHAVEN DR<br>BURNSVILLE MN 55337-0108 | CREDITOR ID: 250127-12<br>FRONTIER COMM OF THE SOUTH<br>PO BOX 20919<br>ROCHESTER, NY 14602-0919 | CREDITOR ID: 250128-12<br>FROST SCHOOL<br>19672 LA HWY 42<br>LIVINGSTON, LA 70754 |
| CREDITOR ID: 250129-12<br>FROST SCHOOL<br>2065 MISTYHILL<br>STORE#1764<br>CINCINNATI OH 45240 | CREDITOR ID: 387986-54<br>FROST, ANGELA<br>47 FEIL STONEWAY<br>JACKSONVILLE, AL 36265 | CREDITOR ID: 392267-55<br>FROST, ANGELA<br>C/O: LORI BROWN-JAMES, ESQUIRE<br>WILSON, DILLON, PUMROY & JAMES, L.L.C.<br>1431 LEIGHTON AVE<br>ANNISTON AL 36207 |
| CREDITOR ID: 399451-15<br>FROST, ANGELOU<br>C/O WILSON DILLON PUMROY & JAMES<br>ATTN ALLISON L HODGINS<br>PO BOX 2333<br>AMISTON AL 36202 | CREDITOR ID: 378300-15<br>FROZEN SPECIALTIES, INC<br>ATTN CFO<br>1465 TIMBERWOLF DRIVE<br>HOLLAND OH 43528 | CREDITOR ID: 279009-32<br>FROZEN SPECIALTIES, INC.<br>ATTN: KENNETH C. DIPPMAN<br>1465 TIMBERWOLF DRIVE<br>PO BOX 220<br>HOLLAND OH 43528 |
| CREDITOR ID: 278889-30<br>FROZSUN FOODS INC<br>PO BOX 51327<br>LOS ANGELES, CA 90051-5627 | CREDITOR ID: 404712-95<br>FROZSUN FOODS INC<br>166 E LA JOLLA ST<br>PLACENTIA CA 92870 | CREDITOR ID: 399648-15<br>FROZSUN FOODS INCORPORATED<br>C/O FROZSUN, INC<br>ATTN LEGAL DEPT, PETER GWOSDOF, ESQ<br>701 W KIMBERLY AVENUE, SUITE 210<br>PLACENTIA CA 92870 |
| CREDITOR ID: 269271-16<br>FRUCHTER, JACK G.<br>ABRAHAM, FRUCHTER & TWERSKY<br>ONE PENN PLAZA<br>SUITE 2805<br>NEW YORK, NY 10119 | CREDITOR ID: 250131-12<br>FRUIT OF THE EARTH INC<br>PO BOX 152044<br>IRVING, TX 75015-2044 | CREDITOR ID: 250132-12<br>FRUIT PATCH SALES LLC<br>38773 ROAD 48<br>DINUBA, CA 93618 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250133-12<br>FRYDMAN CONSULTING CORPORATION<br>C/O ISAAC FRYDMAN<br>200 WEST 108TH STREET #11B<br>NEW YORK, NY 10025 | CREDITOR ID: 406223-G4<br>FRYDMAN CONSULTING CORPORATION<br>200 WEST 108TH ST.<br>NEW YORK NY 10025 | CREDITOR ID: 406653-MS<br>FRYERS, GERALD<br>3773 AVON CT<br>CLERMONT FL 34711-5724 |
| CREDITOR ID: 404714-95<br>FSI/MFP INC<br>DBA MATLAW FOOD PRODUCTS<br>135 FRONT AVE<br>WEST HAVEN CT 06316 | CREDITOR ID: 250134-12<br>FSI/MFP INC<br>PO BOX 92400<br>CLEVELAND, OH 44193 | CREDITOR ID: 267417-31<br>FT LAUDERDALE CITY OF<br>ATTN: MIKE JUST<br>1765 SE 18TH ST<br>FORT LAUDERDALE FL 33316-3007 |
| CREDITOR ID: 250135-12<br>FT LAUDERDALE EMPLYOMENT GUIDE<br>PO BOX 20024<br>TAMPA FL 33622 | CREDITOR ID: 250136-12<br>FT LAUDERDALE MARRIOTT NORTH<br>6650 NORTH ANDREWS AVENUE<br>FT LAUDERDALE FL 33309 | CREDITOR ID: 382333-51<br>FT LAUDERDALE SUN SENTINEL<br>200 EAST LAS OLAS BLVD<br>FORT LAUDERDALE, FL 33301 |
| CREDITOR ID: 250137-12<br>FT MYERS NEWS-PRESS<br>2442 DR ML KING JR BLVD<br>FT MYERS, FL 33901 | CREDITOR ID: 250138-12<br>FT PIERCE AMERIGAS<br>3301 OLEANDER AVE<br>FT PIERCE, FL 34982 | CREDITOR ID: 2909-04<br>FT.PIERCE SOLID WASTE<br>52 SAVANAH ROAD<br>FT. PIERCE FL 34982 |
| CREDITOR ID: 250139-12<br>FTC INC<br>PO BOX 567<br>KINGSTREE, SC 29556 | CREDITOR ID: 240845-10<br>FTC INC<br>PO BOX 3883<br>SUMTER, SC 29151-3883 | CREDITOR ID: 240844-10<br>FTC INC<br>P O BOX 773<br>SUMTER SC 29151-0773 |
| CREDITOR ID: 381922-15<br>FTD INC<br>ATTN TIFFANY HARE, CR MGR<br>3113 WOODCREEK DR<br>DOWNERS GROVE IL 60515 | CREDITOR ID: 278814-99<br>FTI CONSULTING<br>ATTN: MICHAEL EISENBAND<br>3 TIMES SQUARE 11TH FL<br>NEW YORK NY 10036 | CREDITOR ID: 267418-31<br>FTSCLANT<br>ATTN: CAPT KEVIN O'BRIEN<br>9727 AVIONICS LOOP<br>NORFOLK VA 23511-2124 |
| CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>C/O POST HEYMANN & KOFFLER, LLP<br>ATTN WILLIAM W POST, ESQ<br>TWO JERICO PLAZA, WING A, STE 111<br>JERICO NY 11753 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 | CREDITOR ID: 397241-68<br>FU/WD ATLANTA, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| CREDITOR ID: 397242-68<br>FU/WD OPA LOCKA, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 250140-12<br>FUCHS LUBRICANTS CO<br>135 S LASALLE STREET<br>DEPT # 1000<br>CHICAGO IL 60674-1000 | CREDITOR ID: 387598-54<br>FUDGE, WILLIE<br>P O BOX 1061<br>MADISON FL 32340 |
| CREDITOR ID: 392081-55<br>FUDGE, WILLIE<br>C/O: PAUL (FRED) HARTSFIELD, JR<br>4913 NORTH MONROE STREET<br>TALLAHASSEE FL 32303 | CREDITOR ID: 250141-12<br>FUELMASTERS<br>PO BOX 90<br>ABILENE TX 79604 | CREDITOR ID: 390268-54<br>FUENTES, ERIK<br>1505 CHATTAHOOCHEE AVENUE<br>LOT #35<br>ATLANTA GA 30318 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 247746-12
FUERST, DAWN
640 LAKE KATHRYN CIRCLE
CASSELBERRY, FL 32707

CREDITOR ID: 390017-54
FUERTES, NANCY
371 NW 134TH AVENUE
PLANTATION FL 33325

CREDITOR ID: 385942-54
FUHS, DIANA
6332 SW SHERWOOD AVENUE
HOBE SOUND, FL 33455

CREDITOR ID: 391173-55
FUHS, DIANA
C/O: REID BIERER
LESSER, LESSER,  LANDY & GREENE, P.A.
375 S. COUNTY RD.
SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 250142-12
FUJI PHOTO FILM USA INC
PO BOX 120480
DEPT 0480
DALLAS TX 75312-0480

CREDITOR ID: 250143-12
FUJI VEGETABLE OIL INC
PO BOX 281099
ATLANTA, GA 30384-1099

CREDITOR ID: 404716-95
FUJICOLOR PROCESSING INC
P O BOX 40140
NEWARK NJ 07101

CREDITOR ID: 250144-12
FUJICOLOR PROCESSING INC
PO BOX 777
PHILADELPHIA, PA 19175-2044

CREDITOR ID: 382332-51
FUJITSU CONSULTING
1000 SHERBROOKE STREET W, STE 1400
MONTREAL, CA H3A 3R2
CANADA

CREDITOR ID: 374995-44
FULCHER, MARGARET R
4916 NW FORLANO ST
PORT ST LUCIE, FL 34983

CREDITOR ID: 388757-54
FULGHUM, CHANNON
2355 46TH AVE WEST
APT 14
BRADENTON FL 34207

CREDITOR ID: 390088-54
FULGHUM, GRACE
1510 W. ARIENA ST.
LAKELAND, FL 33803

CREDITOR ID: 250145-12
FULL HOUSE PAINTING & RENOVATIONS
830 SELIN CIRCLE
PORT ORANGE FL 32127

CREDITOR ID: 250146-12
FULLEI FRESH
400 NORTHEAST 67TH STREET
MIAMI, FL 33138

CREDITOR ID: 250147-12
FULLER PAVING COMPANY
608 COLONIAL HEIGHTS ROAD
KINGSPORT TN 37663

CREDITOR ID: 387050-54
FULLER, BARBARA
2096 CASA DE ORO
NAVARRE FL 32566

CREDITOR ID: 389033-54
FULLER, CASSANDRA
3534 SHERBROOK WAY
ATLANTA, GA 30310

CREDITOR ID: 385873-54
FULLER, DOROTHY M
1331 W. 2ND ST
RIVIERA BEACH, FL 33404

CREDITOR ID: 391121-55
FULLER, DOROTHY M
C/O AMEEN & DRUCKER, PA
ATTN GARY J DRUCKER, ESQ
3111 UNIVERSITY DRIVE, SUITE 901
CORAL SPRINGS FL 33065

CREDITOR ID: 392546-55
FULMORE, CRYSTAL (MINOR)
C/O  FINDLER & FINDLER, PA
ATTN BRETT K FINDLER, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 388451-54
FULMORE, CRYSTAL (MINOR)
1631 WEST 34TH ST
RIVERIA BEACH, FL 33404

CREDITOR ID: 250154-12
FULTON CNTY WATER & SEWER REV. FUND
BIG CREEK WATER RECLAMATION PLANT
1030 MARIETTA HWY
ATTN DAVID CROSS
ROSWELL GA 30075

CREDITOR ID: 250149-12
FULTON COUNTY SCU
PO BOX 15317
ALBANY NY 12212-5317

CREDITOR ID: 250153-12
FULTON COUNTY TAX COMMISSIONER
PO BOX 105052
PROPERTY TAX
ATLANTA GA 30348-5052

CREDITOR ID: 250148-12
FULTON COUNTY WATER SEWER REV FUND
DEPT OF PUBLIC WORKS
ATTN CHARLES A EDWARDS, JR
1030 MARIETTA HWY
ROSWELL GA 30075

CREDITOR ID: 250155-12
FULTON PAPER COMPANY
PO BOX 100225
ATLANTA, GA 30384-0225

CREDITOR ID: 381-03
FULTONDALE GAS BD
PO BOX 699
FULTONDALE AL 35068-0699

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250156-12<br>FULTONDALE YOUTH BASEBALL SOFTBALL<br>PO BOX 816<br>FULTONDALE AL 35068 | CREDITOR ID: 250157-12<br>FULWOODS TIRE SERVICE INC<br>PO BOX 169<br>GASTON SC 29053 | CREDITOR ID: 250158-12<br>FUN 4 ALL CORP<br>16 WEST 19TH STREET<br>11TH FLOOR<br>NEW YORK NY 10011 |
| CREDITOR ID: 393702-58<br>FUN ADVENTURE #2198<br>3101 E. OAKLAND AVE.<br>JOHNSON CITY, TN 37601 | CREDITOR ID: 250159-12<br>FUN SERVICE / FUNTASTIC EVENTS INC<br>22959 COLLRIDGE DRIVE<br>LAND O LAKES FL 34639 | CREDITOR ID: 250160-12<br>FUNAI CORPORATION<br>PO BOX 1101<br>FDR STATION<br>NEW YORK NY 10150-1101 |
| CREDITOR ID: 250161-12<br>FUNDAMENTAL TOO<br>2381 PHILMONT AVENUE<br>HUNTINGTON VALLEY, PA 19006 | CREDITOR ID: 403260-92<br>FUNERBURG, ESKINE R.<br>1916 FIRST AVENUE NORTH<br>PELL CITY AL 35125 | CREDITOR ID: 250162-12<br>FUNK SOFTWARE INC<br>222 THIRD STREET<br>CAMBRIDGE MA 02142 |
| CREDITOR ID: 389960-54<br>FUNK, MARIA R<br>670 BLUEBERRY DRIVE<br>WELLINGTON, FL 33411 | CREDITOR ID: 250163-12<br>FUNKE FILTERS INC<br>PO BOX 30097<br>CINCINNATI, OH 45230-0097 | CREDITOR ID: 250164-12<br>FUNNY BAGEL FOOD COMPANY INC<br>12000 BISCAYNE BLVD SUITE 104<br>MIAMI, FL 33181 |
| CREDITOR ID: 250165-12<br>FUQUAY VARINA ATHLETIC ASSOCIATION<br>525 NORTH MAIN STREET<br>FUQUAY VARINA NC 27526-1941 | CREDITOR ID: 250166-12<br>FUQUAY VARINA HIGH SCHOOL<br>ATTN KIM ECKSTEIN<br>201 BENGAL BLVD<br>FUQUAY VARINA NC 27256 | CREDITOR ID: 250167-12<br>FUQUAY VARINA INDEPENDENT<br>ATN DONNA BASS, BUS MGR<br>PO BOX 669<br>FUQUAY VARINA, NC 27526 |
| CREDITOR ID: 267419-31<br>FUQUAY VRINA CMNTY DVELOPEMENT<br>ATTN: JOAN E BURTON<br>504 BURTON ST<br>FUQUAY VARINA NC 27526-1608 | CREDITOR ID: 250168-12<br>FURLONGS SECURITY<br>3344 ATL HWY<br>MONTGOMERY, AL 36109 | CREDITOR ID: 395287-63<br>FURLONG'S SECURITY<br>3344 ATLANTA HWY.<br>MONTGOMERY, AL 36109-2702 |
| CREDITOR ID: 381661-47<br>FURMAN, ALISON<br>850 NE 212TH TER<br>UNIT 2<br>NORTH MIAMI BEACH, FL 33179 | CREDITOR ID: 388169-54<br>FURNISS, SUSAN<br>3025 MUDCREEK ROAD<br>CORNELIA GA 30531 | CREDITOR ID: 392396-55<br>FURNISS, SUSAN<br>C/O: MAUREEN PROCTOR<br>PROCTOR AND KOLE<br>229 PINEWOOD DRIVE<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 244666-12<br>FURR, CAROLYN<br>615 IRENE AVENUE<br>KANNAPOLIS, NC 28083 | CREDITOR ID: 278467-24<br>FURR'S INC<br>1708 AVENUE G<br>LUBBOCK TX 79408 | CREDITOR ID: 387522-54<br>FURTADO, RON<br>50989 US HIGHWAY 27<br>DAVENPORT FL 33897 |
| CREDITOR ID: 392029-55<br>FURTADO, RON<br>C/O: CARL FEDDELER, ESQ.<br>SMITH, FEDDLER<br>P.O. DRAWER 1089<br>LAKELAND FL 33802 | CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917 | CREDITOR ID: 250170-12<br>FUSECO<br>PO BOX 224107<br>DALLAS, TX 75222-4107 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 374997-44<br>FUSSELL, DONNA L<br>7594 CAHONE CT<br>MACCLENNY, FL 32063 | CREDITOR ID: 406654-MS<br>FUTCH, KEN<br>5779 SWAMP FOX RD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 250171-12<br>FUTURE FINANCE COMPANY INC<br>C/O VIRGINIA BEACH GEN DIST COURT<br>MUNICIPAL CENTER COURTROOM B<br>VIRGINIA BEACH, VA 23456 |
| CREDITOR ID: 250172-12<br>FUTURE FOOD INC<br>PO BOX 702725<br>DALLAS TX 75370 | CREDITOR ID: 250173-12<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | CREDITOR ID: 279164-33<br>FUTURE FOODS, INC.<br>1420 VALWOOD PKWY, SUITE 164<br>CARROLLTON TX 75006 |
| CREDITOR ID: 279091-30<br>FUTURE FOODS, LTD<br>ATTN: MICHAEL K AUSTIN<br>1420 VALWOOD PKWY STE 164<br>CARROLLTON TX 75006 | CREDITOR ID: 250174-12<br>FUTURE IMAGE<br>PO BOX 56<br>KENNER, LA 70063 | CREDITOR ID: 250175-12<br>FUTURE MEDIA CONCEPTS<br>6303 BLUE LAGOON DRIVE<br>SUITE 105<br>MIAMI FL 33126 |
| CREDITOR ID: 250176-12<br>FUTURE SECURITY<br>3473 SATELLITE BLVD<br>SUITE 115<br>DULUTH GA 30096-8691 | CREDITOR ID: 267420-31<br>FUTURE WINGS COMMUNITY DEV CTR<br>ATTN: AVRIL MYERS<br>1600 CRYSTAL LAKE DR<br>PORTSMOUTH VA 23701-3632 | CREDITOR ID: 404717-95<br>FUTURISTIC FOODS INC<br>1273 19TH STREET LANE NW<br>HICKORY NC 28601 |
| CREDITOR ID: 250177-12<br>FUTURISTIC FOODS INC<br>ATTN: MICHAEL SCARPULLA, PRES<br>3 ATLANTIS TERRACE<br>FREEHOLD, NJ 07728 | CREDITOR ID: 250178-12<br>FUZZYS BARBEQUE CO<br>408 WEST END BLVD<br>MADISON, NC 27025 | CREDITOR ID: 250179-12<br>FW PARTNERS LTD<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 |
| CREDITOR ID: 250180-12<br>FWI 16 LLC<br>314 S MISSOURI AVE<br>STE305<br>C/O BRUCE STRUMPF, INC<br>CLEARWATER, FL 33756 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>314 S. MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 250181-12<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVENUE<br>SUITE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 1357-07<br>FWI 23 LLC<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 250183-12<br>FWI 5 LLC<br>%BRUCE STRUMPF INC<br>314 S MISSOURI AVE STE 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 404720-95<br>G E CAPITAL<br>ATLANTA GA 30374-0434 | CREDITOR ID: 250203-12<br>G FIVE INC<br>297 H GARLINGTON ROAD<br>GREENVILLE, SC 29615 | CREDITOR ID: 404721-95<br>G FIVE INC<br>297 B GARLINGTON RD<br>GREENVILLE SC 29615 |
| CREDITOR ID: 250184-12<br>G&B OIL COMPANY<br>PO BOX 811<br>ELKIN NC 28621-0811 | CREDITOR ID: 250185-12<br>G&E TIRE CENTER<br>1217 W DANVILLE ST<br>SOUTH HILL VA 23970-3503 | CREDITOR ID: 250212-12<br>G&G GO FERS DELIVERY SERVICE<br>PO BOX 70351<br>ALBANY GA 31708 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250186-12<br>G&G PETROLEUM SERVICES<br>PO BOX 794<br>TUCKER, GA 30085-0794 | CREDITOR ID: 250213-12<br>G&G REPAIRS<br>340 DISTRICT LINE ROAD<br>CORDELE GA 31015 | CREDITOR ID: 397638-72<br>G&K FOODS, INC.<br>1141 EMORY FOLMAR BLVD<br>MONTGOMERY, AL 36110 |
| CREDITOR ID: 250187-12<br>G&K SERVICES<br>1141 EMORY FOLMAR BLVD<br>MONTGOMERY, AL 36110 | CREDITOR ID: 250188-12<br>G&K SERVICES OF BATON ROUGE<br>ATTN: CHARLES F BOWLER, GEN MGR<br>PO BOX 4856<br>JACKSON, MS 39296 | CREDITOR ID: 250189-12<br>G&M ELECTRIC CO<br>PO BOX 19063<br>NEW ORLEANS, LA 70179-0063 |
| CREDITOR ID: 250190-12<br>G&M ELECTRIC SALES INC<br>417-419 N CLAIRBORNE AVE<br>NEW ORLEANS LA 70112 | CREDITOR ID: 250191-12<br>G&M ELECTRICAL &PLUMBING WHOLESALER<br>69650 ALA HWY 77<br>TALLADEGA AL 35160 | CREDITOR ID: 384137-47<br>G&M FOOD EQUIPMENT SALES & SERVICE<br>PO BOX 7704<br>SPANISH FORT, AL 36577-7704 |
| CREDITOR ID: 381007-47<br>G&M FOOD EQUIPMENT SALES & SERVICE<br>9071 CLIFFS LANDING ROAD<br>BAY MINETTE, AL 36507 | CREDITOR ID: 250193-12<br>G&P TRUCKING CO INC<br>ATTN NANCY S GLENN<br>PO BOX 651427<br>CHARLOTTE, NC 28265-1427 | CREDITOR ID: 250194-12<br>G&S LAWN CARE INC<br>1400 PINE PRARIE<br>SARASOTA, FL 34240 |
| CREDITOR ID: 250214-12<br>G&S PLATE FREEZER SERVICE LLC<br>745 LUCAS LANE<br>JEFFERSON WI 53549 | CREDITOR ID: 250215-12<br>G&S WINDOW CLEANING SERV<br>PO BOX 1623<br>BIRMINGHAM, AL 35201 | CREDITOR ID: 250195-12<br>G&W REALTY ASSOC LP<br>C/O EASLAN CAPITAL INC<br>30 PATEWOOD DR, SUITE 180<br>GREENVILLE SC 29615 |
| CREDITOR ID: 383184-53<br>GA EPD<br>4244 INDUSTRIAL PARKWAY #104<br>ATLANTA GA 30354 | CREDITOR ID: 250217-12<br>GA FLORIDA POWER SWEEP<br>PO BOX 3506<br>VALDOSTA, GA 31604 | CREDITOR ID: 267421-31<br>GA QUICK START<br>ATTN: MAULLIS COSSKI<br>100 BRINSON RD # B<br>VIDALIA GA 30474-3102 |
| CREDITOR ID: 403309-83<br>GAB<br>4360 CHAMBLEE DUNWOODY RD. STE 540<br>ATLANTA GA 30366-0705 | CREDITOR ID: 403307-83<br>GAB<br>3000 HIGHWOODS BLVD STE 215<br>RALEIGH NC 27604 | CREDITOR ID: 403308-83<br>GAB<br>4080 WOODCOCK DR. STE 219<br>JACKSONVILLE FL 32207-2723 |
| CREDITOR ID: 403310-83<br>GAB<br>PO BOX 13868<br>SAVANNAH GA 31406 | CREDITOR ID: 394033-61<br>GAB<br>5 HARVARD CIRCLE STE 102<br>W PALM BEACH, FL 33409-1979 | CREDITOR ID: 394025-61<br>GAB<br>710 21ST AVE. N. STE F<br>MYRTLE BEACH, SC 29577-7419 |
| CREDITOR ID: 403313-83<br>GAB ROBINS<br>4620 NORTH STATE ROAD 7 SUITE 200<br>FT. LAUDERDALE FL 33319-5866 | CREDITOR ID: 403312-83<br>GAB ROBINS<br>3500 N. STATE RD. 7 STE 200<br>FT. LAUDERDALE FL 33319-5866 | CREDITOR ID: 403311-83<br>GAB ROBINS<br>3500 N. CAUSEWAY BLVD STE 175<br>METAIRIE LA 7000 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250219-12<br>GAB ROBINS NORTH AMERICA INC<br>PO BOX 7247-7162<br>PHILADELPHIA PA 19170-7162 | CREDITOR ID: 243978-12<br>GAB, BRIAN T<br>3020 MAUREEN LANE<br>MERAUX LA 70075 | CREDITOR ID: 250220-12<br>GABLE ENTERPRISES<br>6511 BRADLEY RD<br>MARIANNA FL 32446-0390 |
| CREDITOR ID: 250221-12<br>GABRIEL FIRE & SECURITY INC<br>PO BOX 10365<br>PENSACOLA FL 32524-0365 | CREDITOR ID: 246331-12<br>GABRIEL, CLARISSA<br>1064 NW 37TH STREET<br>MIAMI, FL 33127 | CREDITOR ID: 386186-54<br>GABRIEL, LARRY<br>3856 DEERWOOD LANE<br>HARVEY, LA 70058 |
| CREDITOR ID: 261824-12<br>GABRIEL, STANLEY L<br>642 SMITHSONIA RD<br>WINTERVILLE, GA 30683 | CREDITOR ID: 2248-07<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA, FL 33614 | CREDITOR ID: 250222-12<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA, FL 33614 |
| CREDITOR ID: 391506-55<br>GADDIS, ROWENA<br>C/O: WILLIAM CONWAY<br>CONWAY & MARTIN<br>PO BOX 757<br>GULFPORT MS 39502-0757 | CREDITOR ID: 392788-55<br>GADDIS, ROWENA<br>C/O: WARREN CONWAY<br>CONWAY & MARTIN<br>PO BOX 757<br>GULFPORT MS 39502-0757 | CREDITOR ID: 250223-12<br>GADDY ENTERPRISES<br>179 GEORGE ST<br>LYNCHBURG, VA 24502 |
| CREDITOR ID: 406655-MS<br>GADDY, CLIFTON E<br>5617 PARTRIDGE DR.<br>RALEIGH NC 27609 | CREDITOR ID: 382612-51<br>GADDY, NANCY<br>24 BRANDY BRANCH COURT<br>HORSE SHOE, NC 28742 | CREDITOR ID: 406656-MS<br>GADDY, NANCY H<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 250224-12<br>GADOT BIO CHEMICAL IND<br>PO BOX 4690<br>GRAND CENTRAL STATION, NY 10163 | CREDITOR ID: 250225-12<br>GADSDEN COUNTY TIMES<br>ATTN: WENDY ISBELL<br>PO BOX 790<br>QUINCY, FL 32353-0790 | CREDITOR ID: 250226-12<br>GADSDEN TIMES<br>PO BOX 116362<br>ATLANTA, GA 30368-6362 |
| CREDITOR ID: 387701-54<br>GADSDEN, MARION<br>175 B DORCHESTER MANOR BLVD<br>NORTH CHARLESTON SC 29420 | CREDITOR ID: 388496-54<br>GADSDEN, MARTHA E<br>2437 NW 98TH STREET<br>MIAMI, FL 33147 | CREDITOR ID: 388496-54<br>GADSDEN, MARTHA E<br>5620 NW 18 AVE<br>MIAMI, FL 33142 |
| CREDITOR ID: 250227-12<br>GADSEN COUNTY TAX COLLECTOR<br>PO BOX 817<br>PROPERTY TAX<br>QUINCY, FL 32353-0817 | CREDITOR ID: 250228-12<br>GAFFIN INDUSTRIALL SERVICES INCORP<br>PO BOX 1637<br>RIVERVIEW FL 33568-1637 | CREDITOR ID: 384-03<br>GAFFNEY BOARD OF PUBLIC WORKS<br>PO BOX 64<br>GAFFNEY SC 29342-0064 |
| CREDITOR ID: 250229-12<br>GAFFNEY FAMILY PHYSICIANS<br>101 PROFESSIONAL PARK<br>GAFFNEY, SC 29340 | CREDITOR ID: 250230-12<br>GAFFNEY LEDGER INC<br>ATTN: GINA D POOLE, CONTROLLER<br>PO BOX 670<br>GAFFNEY, SC 29342-0670 | CREDITOR ID: 390200-54<br>GAFFNEY, MINNIE<br>64B GLENWOOD SCHOOL RD<br>ROME GA 30165 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**      **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393638-55<br>GAFFNEY, MINNIE<br>C/O MILES GAMMAGE<br>MUNDY AND GAMMAGE<br>216 MAIN STREET<br>PO BOX 930<br>CEDARTOWN GA 30125 | CREDITOR ID: 256222-12<br>GAGANIS, MICHAEL<br>11149 102ND TERRACE<br>LARGO FL 33778 | CREDITOR ID: 403714-94<br>GAGE, JOANNE R.<br>3817 N BRAMPTON ISLAND COURT<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>C/O HELD & ISRAEL<br>ATTN KOMBERLY HEL ISRAEL, ESQ,<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>C/O HARRELL & HARRELL<br>ATTN: GREGORY J SCHLAX<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>640 SEABROOK COVE RD<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>C/O HELD & ISRAEL<br>ATTN KOMBERLY HEL ISRAEL, ESQ,<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 390932-55<br>GAGNON, CHRISTINA<br>C/O ROBERT F KULIK<br>ROBERT F. KULIK, PA<br>2141 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 403715-94<br>GAGNON, ROBERT G<br>5210 ECHO PINES CIRCLE EAST<br>FT PIERCE FL 34951 |
| CREDITOR ID: 397878-76<br>GAGNON, ROGER<br>5316 53RD AVE. E, G-5<br>BRADENTON, FL 34203-5641 | CREDITOR ID: 250231-12<br>GAIL A METOYER<br>4906 LAUREL STREET<br>NEW ORLEANS LA 70115 | CREDITOR ID: 250232-12<br>GAIL FREDERICK<br>1264 REID DRIVE<br>NEW SMYRNA FL 32168 |
| CREDITOR ID: 385605-54<br>GAILLARD, BEVERLY<br>45 TRIMBLE LN<br>WHATLEY, AL 36482 | CREDITOR ID: 390896-55<br>GAILLARD, BEVERLY<br>C/O FREDERICK GILMORE<br>GILMORE & GILMORE<br>116 COURT STREET<br>POB 729<br>GROVE HILL AL 36451 | CREDITOR ID: 393154-55<br>GAINES, MARTHA J<br>C/O MARK ZIMMERMAN, ESQ.<br>JAMES, ZIMMERMAN, & PAUL LLP<br>431 E. NEW YORK AVE.<br>DELAND FL 32721-0208 |
| CREDITOR ID: 390558-55<br>GAINES, REBECCA<br>C/O SMITH VANTURE & KUVEIKIS, LLP<br>ATTN CHARLES E VANTURE, ESQ<br>232 E 5TH AVENUE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 267422-31<br>GAINESVILLE COMMUNITY DEV CY<br>ATTN THOMAS D SAUNDERS<br>306 NE 6TH AVE RM 229A<br>GAINESVILLE FL 32601-5476 | CREDITOR ID: 267423-31<br>GAINESVILLE REGIONAL UTILITIES<br>ATTN: PAUL ALCANTAR<br>201 NW 10TH AVE<br>GAINESVILLE FL 32601-4238 |
| CREDITOR ID: 385-03<br>GAINESVILLE REGIONAL UTILITIES<br>ATTN KIMBERLY OLIVIER<br>PO BOX 147117, STATION A136<br>GAINESVILLE FL 32614-7117 | CREDITOR ID: 250234-12<br>GAINESVILLE REGIONAL UTILITIES<br>301 SOUTHEAST 4TH AVENUE<br>GAINESVILLE, FL 32601 | CREDITOR ID: 250235-12<br>GAINESVILLE SUN<br>ADVERTISING DEPT<br>PO BOX 915007<br>ORLANDO, FL 32891-5007 |
| CREDITOR ID: 250236-12<br>GAINESVILLE SUN<br>PO BOX 147147<br>GAINESVILLE, FL 32614-7147 | CREDITOR ID: 382337-51<br>GAINESVILLE SUN & OCALA STAR BANNER<br>ATTN MELODY DAY, CR MGR<br>PO BOX 490<br>OCALA FL 34478 | CREDITOR ID: 382338-51<br>GAINESVILLE TIMES<br>ATTN VICKEY JAMES, CR MGR<br>345 GREEN STREET NW<br>GAINESVILLE, GA 30503 |
| CREDITOR ID: 245355-12<br>GAINEY, CHRISTOPHER M<br>6017 FRANCINE DRIVE<br>JACKSONVILLE, FL 32234 | CREDITOR ID: 389938-54<br>GAITAN, MASSIEL (MINOR)<br>10752 SW 7TH STREET<br>MIAMI, FL 33174 | CREDITOR ID: 250237-12<br>GAITHER MACHINE AND FAB<br>PO BOX 202<br>201 PILGRIM LANE<br>MUNFORD, AL 36268 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 267424-31
GAITOR & ASSOCIATES INC
ATTN: RANDY G GAITOR
1341 PONDEROSA DR
THOMSON GA 30824-4505

CREDITOR ID: 250238-12
GALAXY NUTRITIONAL FOODS INC
PO BOX 30158
DEPT FL 15811
TAMPA, FL 33630-3158

CREDITOR ID: 250239-12
GALDERMA
22113 NETWORK PLACE
CHICAGO, IL 60673-1221

CREDITOR ID: 404724-95
GALDERMA
P O BOX 99062
FT WORTH TX 76199

CREDITOR ID: 250240-12
GALDWELL GLASS CO
PO BOX 634
LENOIR, NC 28645

CREDITOR ID: 386168-54
GALE, LONDA
10960 BEACH BLVD
LOT 65
JACKSONVILLE, FL 32246

CREDITOR ID: 394317-56
GALEANO, ROTCIV
1772 NW 47TH STREET
MIAMI FL 33142

CREDITOR ID: 243103-12
GALILA, BARZOHAR
9150 BLIND PASS ROAD
APT 104
SARASOTA FL 34242-2942

CREDITOR ID: 250241-12
GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND, OH 44194-4845

CREDITOR ID: 2249-07
GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND, OH 44194-4845

CREDITOR ID: 2250-07
GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC., SUITE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA TN 37421

CREDITOR ID: 278630-24
GALILEO CMBS T1 HL TX LP
MERRILL LYNCH MORTGAGE LENDING INC.
FOUR WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 381956-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA TN 37421-6000

CREDITOR ID: 387693-54
GALINDO, IVELISSE
PO BOX 774
GONZALES LA 70707

CREDITOR ID: 406657-MS
GALLAGHER, ALBERT J.
11745 NW 12TH ST.
PEMBROKE PINES FL 33026

CREDITOR ID: 251443-12
GALLAGHER, HELEN
242 GROVE STREET
CLIFTON, NJ 07013

CREDITOR ID: 406658-MS
GALLAGHER, JOHN D.
P.O. BOX 213
FELDA FL 33930

CREDITOR ID: 386295-54
GALLAGHER, RUTH M
967 COUNTY ROAD 77
CLANTON AL 35045

CREDITOR ID: 391405-55
GALLAGHER, RUTH M
C/O: RUSSELL R. STEWART
RUSSELL R. STEWART
900 E. FOURTH STREET
PANAMA CITY, FL 32402

CREDITOR ID: 250242-12
GALLARD-SCHLESINGER CHEM MFG
245 NEWTOWN ROAD
SUITE 305
PLAINVIEW NY 11803

CREDITOR ID: 397879-76
GALLEGOS, RICARDO
4769 S. TEXAS AVENUE, APT B
ORLANDO, FL 32839

CREDITOR ID: 387991-54
GALLER, SCOTT
1214 LARK PLACE
ORLANDO, FL 32803

CREDITOR ID: 392270-55
GALLER, SCOTT
C/O: JOSEPH SHAUGHNESSY, ESQUIRE
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 259331-12
GALLIANO, REBECCA
727 AVENUE A
MARRERO, LA 70072

CREDITOR ID: 264810-12
GALLIMORE, WILLIAM
125 ELLSWORTH PLACE
CARY, NC 27511

CREDITOR ID: 250243-12
GALLIPOT
2020 SILVER BELL RD
ST PAUL MN 55122

CREDITOR ID: 407632-15
GALLIVAN WHITE & BOYD, PA
ATTN J EDWARD HERREN JR
55 BEATTLE PLACE SUITE 1200
GREENVILLE SC 29603

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 394056-61
GALLIVAN, WHITE & BOYD, PA
PO BOX 10589
GREENVILLE, SC 29603

CREDITOR ID: 250244-12
GALLO WINE COMPANY OF LA INC
PO BOX 10127
JEFFERSON, LA 70181-0127

CREDITOR ID: 385520-54
GALLO, LEDA
2205 W 14TH ST
PANAMA CITY, FL 32401

CREDITOR ID: 390528-55
GALLO, LEDA
C/O SYFRETT & DYKES LAW OFFICES PA
ATTN R OR C SYFRETT, ESQS
311 MAGNOLIA AVE
PO BOX 1186
PANAMA CITY FL 32402-1186

CREDITOR ID: 406659-MS
GALLOGLY, WILLIAM
1778 STERN WHEEL DR.
JACKSONVILLE FL 32223

CREDITOR ID: 389401-54
GALLON, JOYCE
3620 E. ELLICOTT
TAMPA FL 33610

CREDITOR ID: 393176-55
GALLON, JOYCE
C/O LAW OFFICES OF BURNETTI, PA
ATTN .LINA LOPEZ, ESQ
9950 PRINCESS PALM AVENUE, STE 101
TAMPA FL 33629

CREDITOR ID: 250245-12
GALLOWAY TOWING SERVICE INC
6250 W 21ST CT
HIALEAH, FL 33016

CREDITOR ID: 250246-12
GALLS INCORPORATED
DEPARTMENT 8069
CAROL STREAM, IL 60122-8069

CREDITOR ID: 250247-12
GALLUP & STRIBLING ORCHIDS INC
3450 VIA REAL
CARPINTERIA CA 93013

CREDITOR ID: 242592-12
GALMER, ARVIA
111 CLEARFIELD DRIVE
GAFFNEY SC 29341

CREDITOR ID: 261795-12
GALOFARA, STACY
412 AUDUBON CIRCLE
BRANDON, MS 39047

CREDITOR ID: 1362-07
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC.
1 FINANCIAL PLAZA, SUITE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 250248-12
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC
1 FINANCIAL PLAZA SUITE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 246303-12
GALVAGNI, CLARE T
720 7TH AVENUE N
APT 9
ST PETERSBURG FL 33701

CREDITOR ID: 250249-12
GALVEZ PRIMARY SCHOOL
16093 HENDERSON BAYOU
PRAIRIEVILLE, LA 70769

CREDITOR ID: 250250-12
GAMAL CARMONA
16514 NW 89TH COURT
MIAMI FL 33018

CREDITOR ID: 267425-31
GAMBAY LLP
ATTN: JOHN SIMMERMAN
105 MAGENS CT W
SWANSBORO NC 28584-8045

CREDITOR ID: 255530-12
GAMBINO, MARK
PO BOX 2418
DAPHNE, AL 36526

CREDITOR ID: 250251-12
GAMBINO'S BAKERIES & FOOD GROUP INC
C/O ADAMS & REESE LLP
ATTN CONRAD MEYER IV, ESQ
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS LA 70139

CREDITOR ID: 250251-12
GAMBINO'S BAKERIES & FOOD GROUP INC
PO BOX 857
KENNER, LA 70063

CREDITOR ID: 397977-76
GAMBLE, BRODERICK ET AL
2635-23RD STREET
TUSCALOOSA, AL 35401

CREDITOR ID: 398163-77
GAMBLE, BRODERICK ET. AL.
C/O C BROOKS  & T BRAXTON
2705 FOURTH AVENUE S
BIRMINGHAM, AL 35233

CREDITOR ID: 269622-19
GAMBLE, BRODERICK ET. AL.
ATTN: CHARLES I. BROOKS
TONI J BRAXTON
2705 FOURTH AVENUE S.
BIRMINGHAM AL 35233

CREDITOR ID: 399502-82
GAMBLE, MARVA
5280 LAS VERDES CIRCLE
DELRAY  BEACH  FL 33484

CREDITOR ID: 244823-12
GAMBLIN, CECIL ANTHONY
2229 PEACOCK LANE
BIRMINGHAM AL 35223

CREDITOR ID: 399503-82
GAMBREL, KATHY
421 SANDLIME ROAD
WINTER  GARDEN  FL 34787

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 250252-12
GANDHI FAMILY
8553 RUPP FARM DRIVE
W CHESTER, OH 45069

CREDITOR ID: 250253-12
GANDY ASSOCIATES
3904 HALL OAKS CT
VALRICO, FL 33594

CREDITOR ID: 250254-12
GANDY GLASS COMPANY
911 WOODROW WILSON STREET
PLANT CITY FL 33563

CREDITOR ID: 392780-55
GANLEY, ROBYN C
C/O: MICHAEL T KEOUGH
8207 STATE ROAD 52
HUDSON FL 34667

CREDITOR ID: 388833-54
GANLEY, ROBYN C
7254 MAHAFFEY DRIVE
NEW PORT RICHEY FL 34653

CREDITOR ID: 385181-54
GANNETT, GLORIA
2604 13TH AVENUE W
BRADENTON, FL 34205

CREDITOR ID: 377300-44
GANTT, TERESA
CHARLOTTE DIV ASSOC
STORE# 2079
2290 EMPIRE STREET
NEWTON, NC 28658

CREDITOR ID: 388029-54
GANTT, TIFFANY
320 FARBON ROAD APT Q-12
ATLANTA, GA 30331

CREDITOR ID: 250255-12
GARAGE EQUIPMENT
14800 SW 136 STREET
MIAMI FL 33196

CREDITOR ID: 385302-54
GARAY, DOMITILA
480 NW 46TH TERR
PLANTATION, FL 33317

CREDITOR ID: 390610-55
GARAY, DOMITILA
C/O: JOSE NEGRONI
LAW OFFICES OF GREGORY MONALDI PA
600 S. PINE ISLAND RD., #203
PLANTATION FL 33324

CREDITOR ID: 399812-84
GARAYUA, ANGEL
PO BOX 842
APOPKA FL 32712

CREDITOR ID: 3086-04
GARBAGE DISPOSAL SERVICES
ATTN: PAUL SIZEMORE
4062 SECTION HOUSE ROAD
HICKORY NC 28601

CREDITOR ID: 387961-54
GARCES, ANA MARIA
10711 SW 142ND AVE
MIAMI, FL 33186

CREDITOR ID: 392243-55
GARCES, ANA MARIA
LAW OFFICES OFROBERT RUBENSTEIN, PA
ATTN ROBERT RUBENSTEIN, E
9350 S. DIXIE HIGHWAY
SUITE 1110
MIAMI FL 33156

CREDITOR ID: 387847-54
GARCIA, AIMEE
7825 SW 82ND ST. #J-309
MIAMI, FL 33143

CREDITOR ID: 400256-85
GARCIA, ALEXANDRE
C/O RICHARD DOLAN, ESQ.
MORALES, DOLAN & CERINO, P.A.
166 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 399791-84
GARCIA, ALEXANDRE
C/O MORALES, DOLAN & CERINO, P
166 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 400446-87
GARCIA, ALIXANDRE
C/O MORALES, DOLAN & CERINO, P
166 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 400517-88
GARCIA, ALIXANDRE
C/O RICHARD DOLAN, ESQ.
166 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 399621-15
GARCIA, AMERICA ORTEGA & ALBERT
C/O MARVIN S SCHULMAN, PA
ATTN MARVIN S SCHULMAN, ESQ
2800 WESTON ROAD, SUITE 201
WESTON FL 33331

CREDITOR ID: 403195-99
GARCIA, AMERICA ORTEGA & ALBERT
C/O MARVIN S SCHULMAN PA
ATTN: MARVIN S SCHULMAN
2800 WESTON RD, STE 201
WESTON FL 33331

CREDITOR ID: 399621-15
GARCIA, AMERICA ORTEGA & ALBERT
13370 SW 46TH LANE
MIAMI FL 33175

CREDITOR ID: 387231-54
GARCIA, BARBARA
6352 SW 34TH STREET
MIAMI, FL 33135

CREDITOR ID: 391819-55
GARCIA, BARBARA
C/O: DAVID MOLIVER
THE LAW OFFICES OF DAVID MOLIVER
1110 BRICKELL AVE. STE. 407
MIAMI FL 33131

CREDITOR ID: 375006-44
GARCIA, BARBARA M
9062 SW 148 CT
MIAMI, FL 33196

CREDITOR ID: 243960-12
GARCIA, BRIAN
9062 SW 148 COURT
MIAMI, FL 33196

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 385497-54
GARCIA, DELIA
302 SOUTH 12TH STREET
LANTANA, FL 33462

CREDITOR ID: 390797-55
GARCIA, DELIA
C/O LAW OFFICES OF BRIAN T SCHER
ATTN BRIAN T SCHER, ESQ
515 N FLAGLER DRIVE, SUITE 801
WEST PALM BEACH FL 33401

CREDITOR ID: 389341-54
GARCIA, ESTHER
2521 CLEVELAND ST
APT 207
HOLLYWOOD FL 33020

CREDITOR ID: 393151-55
GARCIA, ESTHER
C/O: STEVE ROSENBERG
ROSENBERG & ROSENBERG, P.A.
2501 HOLLYWOOD BLVD STE 110
HOLLYWOOD FL 33020-6631

CREDITOR ID: 387566-54
GARCIA, ESTRELLA
4545 E. 4TH AVE
HIALEAH FL 33013

CREDITOR ID: 392065-55
GARCIA, ESTRELLA
C/O: DAVID H. LEVINE, ESQUIRE
LEVINE,BUSH
9100 S. DADELAND BLVD.
SUITE 1010
MIAMI FL 33156

CREDITOR ID: 390016-54
GARCIA, HELMER
4428 SOUTHWEST 136TH PLACE
MIAMI FL 33175

CREDITOR ID: 385985-54
GARCIA, HOPE
C/O LEEDS COLBY PARIS ET AL
ATTN JACK PARIS, ESQ
2400 S DIXIE HWY, SUITE 100
MIAMI, FL 33133

CREDITOR ID: 386192-54
GARCIA, ISABEL
940 NW 44 AVE, APT 105
MIAMI, FL 33145

CREDITOR ID: 391343-55
GARCIA, ISABEL
C/O: RANDY WEBER
777 BRICKELL AVE, SUITE 1114
MIAMI FL 33131

CREDITOR ID: 385273-54
GARCIA, JUAN
10549 SW 73RD TERRACE
MIAMI, FL 33173

CREDITOR ID: 390581-55
GARCIA, JUAN
C/O: GARCIA & DUARTE- VIERA, P.A.
8550 N.W. 33RD ST.
SUITE 200
MIAMI FL 33122

CREDITOR ID: 388814-54
GARCIA, MIRIAM
901 SW 9TH AVENUE
MIAMI, FL 33130

CREDITOR ID: 388806-54
GARCIA, MIRIAM
16592 NW 16TH STREET
PEMBROKE PINES, FL 33024

CREDITOR ID: 392761-55
GARCIA, MIRIAM
C/O: JEROME WOLFSON
JEROME H. WOLFSON, P.A.
3399 S.W. 3RD AVE.
MIAMI FL 33145

CREDITOR ID: 392767-55
GARCIA, MIRIAM
C/O: DAVID SAMPEDRO
PANTER, PANTER & SAMPEDRO, P.A.
6950 N. KENDALL DR
MIAMI FL 33156

CREDITOR ID: 389655-54
GARCIA, ROSA
1907 GALLERRIA LANE, APT 1708
SMYRNA, GA 30080

CREDITOR ID: 388760-54
GARCIA, SETH
2405 MACON DR
ATLANTA GA 30315

CREDITOR ID: 387820-54
GARCIA, SUSAN
2580 NORTH LAKEFRONT DRIVE
HERNANDO FL 34442

CREDITOR ID: 399442-15
GARCIOVIEDO, CONNIE
C/O STEVEN A FEINMAN LAW OFFICES
ATTN STEVEN A FEINMAN, ESQ
8530 STATE ROAD 84
DAVIE FL 33324

CREDITOR ID: 250256-12
GARD SPECIALISTS CO INC
PO BOX 157
EAGLE RIVER WI 54521

CREDITOR ID: 250257-12
GARDEN CITY W-D LLC
PO BOX 2628
WILMINGTON NC 28402

CREDITOR ID: 250258-12
GARDENBURGER INC
ATTN RICHARD D WERBLIN, CORP CONTR
15615 ALTON PARKWAY, SUITE 350
IRVINE CA 92618

CREDITOR ID: 250259-12
GARDENS PARK PLAZA  219
505 S FLAGLER DR STE 1010
WEST PALM BEACH, FL 33401-5923

CREDITOR ID: 2251-07
GARDENS PARK PLAZA 219
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST ESQ
222 LAKEVIEW AVENUE SUITE 1330
WEST PALM BEACH, FL 33401

CREDITOR ID: 392401-55
GARDINER, MARY REGINA
C/O THE GLENN ARMENTOR LAW CORP
ATTN RICHARD E SMITH, ESQ
300 STEWART STREET
LAFAYETTE LA 70501

CREDITOR ID: 388179-54
GARDINER, MARY REGINA
299 STEWART STREET
LAFAYETTE LA 70501

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 387740-54
GARDINER, OMAR
10227 EASTMAR COMMONS BLVD APT 1922
ORLANDO FL 32825

CREDITOR ID: 250260-12
GARDNER PAINT SERVICES
PO BOX 5096
JOHNSON CITY, TN 37602

CREDITOR ID: 394260-56
GARDNER, BARBARA
379 KIMZEY RD
HORSE SHOE, NC 28742

CREDITOR ID: 386004-54
GARDNER, JOHN A.
5034 PALMER AVE
JACKSONVILLE, FL 32210-3245

CREDITOR ID: 406660-MS
GARDNER, JOHN A.
14049 N. BAYSHORE DRIVE
MADERIA BEACH FL 33708

CREDITOR ID: 250261-12
GARDNER/WATSON ICE
ATTN WOODY WATSON OR SELENA HAWKINS
PO BOX 1704
TUPELO, MS 38802

CREDITOR ID: 250262-12
GARETT L GRAINGER
5607 HARREL AVENUE
ORLANDO FL 32809

CREDITOR ID: 386965-54
GARETT, CHADD
2340 ECON CIRCLE
APT 173
ORLANDO FL 32817

CREDITOR ID: 385264-54
GARGONE, PHILLIP
C/O TODD M LADOUCEUR, PA
ATTN TODD M LADOUCER, ESQ
4286 WOODBINE ROAD, SUITE A
PACE FL 32571

CREDITOR ID: 390572-55
GARGONE, PHILLIP
C/O O' GWEN L. KING
O'GWEN L. KING
1622 NORTH NINTH AVENUE
PENSACOLA FL 32503

CREDITOR ID: 392569-55
GARIBIAN, ODETEE A
C/O: CHRISTINA MCDONALD
STEINGER, ISCOE & PHILIPS, P.A.
1645 PALM BEACH LAKES BLVD,
9TH FLR,
WEST PALM BEACH FL 33401

CREDITOR ID: 388482-54
GARIBIAN, ODETEE A
8741 MAN O WAR ROAD
PALM BEACH GARDENS, FL 33418

CREDITOR ID: 256266-12
GARIS, MICHAEL T
3911 KING DRIVE
BRANDON FL 33511

CREDITOR ID: 250263-12
GARLAND RUIZ
809 N LESTER AVENUE
METAIRIE LA 70003

CREDITOR ID: 250264-12
GARLAND SALES INC
MILBERG FACTORS INC
99 PARK AVENUE
NEW YORK NY 10016

CREDITOR ID: 375008-44
GARLAND SALES INC
PO BOX 1870
DALTON, GA 30720-1870

CREDITOR ID: 387156-54
GARLAND, MARY
1625 SE 10TH AVENUE
#906
FT. LAUDERDALE, FL 33316

CREDITOR ID: 391741-55
GARLAND, MARY
C/O: ROBERT J. FENSTERSHEIB
ROBERT J. FENSTERSHEIB  P.A.
520 W. HALLANDALE BEACH BLVD.
HALLANDALE FL 33009

CREDITOR ID: 250265-12
GARLINGTON COMPANY ARCHITECTS
5367 ORTEGA BLVD
JACKSONVILLE FL 32210

CREDITOR ID: 406661-MS
GARMON, JOHN R.
13810 SUTTON PARK DR. N. #1124
JACKSONVILLE FL 32224

CREDITOR ID: 402604-89
GARMON, JOHN R.
4974 NW. 48TH AVE.
COCONUT BEACH FL 33073

CREDITOR ID: 250266-12
GARNER LUMLEY ELECTRIC SUPPLY
PO BOX 1288
HATTIESBURG MS 39403

CREDITOR ID: 244581-12
GARNER, CARMEN A
974 GALLATIN COURT
CINCINNATI OH 45240

CREDITOR ID: 406662-MS
GARNER, RONALD A.
1493 SCARLETT WAY
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 407746-15
GARNER, STEVE R
PO BOX 844
RISON AR 71665

CREDITOR ID: 250267-12
GARNETTE MCGAUGHY
3621 EAST 144TH STREET
CLEVELAND OH 44120

CREDITOR ID: 250268-12
GARNIER
7644 COLLECTIONS CENTER DR
BANK OF AMERICA
CHICAGO, IL 60693

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406663-MS<br>GAROFALO, NATALE<br>805 RUE DE LA PAIX<br>HAMMOND LA 70403 | CREDITOR ID: 250269-12<br>GAROLD FAYARD<br>3 METAIRIE COURT<br>METAIRIE, LA 70001 | CREDITOR ID: 375011-44<br>GAROLD FAYARD<br>7245 REGENT STREET, APT 5<br>NEW ORLEANS, LA 70124 |
| CREDITOR ID: 406664-MS<br>GAROUTTE, JOHN W.<br>2324 STONEGATE DR.<br>WELLINGTON FL 33414 | CREDITOR ID: 250270-12<br>GARRARDS SAUSAGE INC<br>3263 ROSE SHARON ROAD<br>DURHAM, NC 27712 | CREDITOR ID: 250271-12<br>GARRATT CALLAHAN CO<br>111 ROLLINS RD<br>MILLBRAE, CA 94030 |
| CREDITOR ID: 250272-12<br>GARRELL L LEWIS<br>1624 HADEL DRIVE<br>MARRERO LA 70072 | CREDITOR ID: 250273-12<br>GARRETT M COOPER<br>228 MAGNOLIA AVENUE<br>SEBRING FL 33872 | CREDITOR ID: 250274-12<br>GARRETT M KEITH<br>8625 95TH COURT<br>VERO BEACH FL 32967 |
| CREDITOR ID: 250276-12<br>GARRETT TRUCK SERVICE<br>1000 GARRETT CIRCLE<br>ANNISTON AL 36207 | CREDITOR ID: 381391-47<br>GARRETT, BRIAN<br>8704 LONGBOROUGH WAY<br>LOUISVILLE, KY 40299 | CREDITOR ID: 244956-12<br>GARRETT, CHADD M<br>301 S LAKESHORE BLVD<br>HOWEY FL 34737 |
| CREDITOR ID: 246499-12<br>GARRETT, CLOVIS<br>8803 NUNDY AVENUE<br>GIBSONTON, FL 33534 | CREDITOR ID: 385853-54<br>GARRETT, DALLAS<br>1204 SOUTH 19TH AVENUE<br>HOLLYWOOD, FL 33020 | CREDITOR ID: 389977-54<br>GARRETT, EDIE<br>4513 PIPLINE RD LOT 03<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 393498-55<br>GARRETT, EDIE<br>C/O: RUSSELL R. STEWART<br>RUSSELL R. STEWART<br>P.O. BOX 2542<br>900 E. FOURTH STREET<br>PANAMA CITY FL 32402 | CREDITOR ID: 403719-94<br>GARRETT, LOWELL C<br>14007 MILLHOPPER RD.<br>GAINESVILLE FL 32653 | CREDITOR ID: 250277-12<br>GARRETTS DISCOUNT GOLF CARTS<br>PO BOX 1914<br>FOUNTAIN INN SC 29644 |
| CREDITOR ID: 390269-54<br>GARRISON, ROBERT<br>1205 SPRINGWOOD LANE<br>ROCK HILL SC 29730 | CREDITOR ID: 256237-12<br>GARRITANO, MICHAEL K<br>9750 TUMBLELAKE COURT<br>LAS VEGAS NV 89117 | CREDITOR ID: 250278-12<br>GARRY ADAMS<br>462 SOUTH 4TH STREET<br>MEIDINGER TOWER SUITE 1730<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 381477-47<br>GARTEN, ETHEL<br>1124 GREENVIEW DRIVE<br>BEDFORD, VA 24523 | CREDITOR ID: 250280-12<br>GARTNER INC<br>PO BOX 911319<br>DALLAS TX 75391-1319 | CREDITOR ID: 387778-54<br>GARTSIDE, TANNA<br>141 W. WISCONSIN AVE.<br>DELAND, FL 32720 |
| CREDITOR ID: 250281-12<br>GARVIN D CULP<br>RT 1 BOX 272<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 250282-12<br>GARY A FADER<br>4250 RANDOLPH WAY #314<br>PALM BEACH GARDEN FL 33410 | CREDITOR ID: 250283-12<br>GARY A LINE<br>6655 SE FLORAL TERRACE<br>HOBE SOUND FL 33455 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 250284-12
GARY A MOORE
1328 LAKEVIEW ROAD
CLEARWATER FL 33756

CREDITOR ID: 382329-51
GARY BITNER PUBLIC RELATIONS, INC
5310 NW 33RD AVE, STE 218
FORT LAUDERDALE, FL 33309

CREDITOR ID: 250285-12
GARY C HANKINS
525 THIRD AVENUE NW
ALICEVILLE AL 35442

CREDITOR ID: 250286-12
GARY CHEW
102 MILLSTONE WAY
SIMPSONVILLE SC 29681

CREDITOR ID: 250287-12
GARY FURNISH
3326 MCEVER PARK CIRCLE
ACWORTH GA 30101

CREDITOR ID: 250288-12
GARY GOLLWITZER
30 ALOE STREET
ALVA FL 33920

CREDITOR ID: 250289-12
GARY HOLDEN
12636 SE 50TH STREET
WEBSTER FL 33597

CREDITOR ID: 250290-12
GARY J NORIEA
2805 ST MARIE STREET
MERAUX LA 70075

CREDITOR ID: 250291-12
GARY K DIXON
604-B E LEMON STREET
FITZGERALD GA 31750

CREDITOR ID: 250292-12
GARY K HATHORN
104 WELLINGTON CIRCLE
BOSSIER CITY LA 71111

CREDITOR ID: 250294-12
GARY LEAKE
3445 BETTERTON LANE
CHARLOTTE NC 28269

CREDITOR ID: 250296-12
GARY MCBRAYER
28 NORTH PLEASANT AVE
RIDGEWOOD NJ 07450

CREDITOR ID: 250297-12
GARY PITTS
3536 BOLEAIR DRIVE
ATLANTA GA 30332

CREDITOR ID: 250299-12
GARY S LEWIS
10722 LAPLACIDA DRIVE
UNIT B - 3
CORAL SPRING FL 33065

CREDITOR ID: 250300-12
GARY S TRONCONE
9207 AXMINSTER DRIVE
LOUISVILLE KY 40299

CREDITOR ID: 2252-07
GARY SOLOMON & COMPANY
C/O W DIXIE,LLC
3139 NORTH LINCOLN AVENUE
CHICAGO IL 60657

CREDITOR ID: 250302-12
GARY V DECKER
6191 S W 39 STREET
PALM CITY FL 34990

CREDITOR ID: 250303-12
GARY W ADAMS
4301 ROCKMART DRIVE
KENNESAW GA 30144

CREDITOR ID: 250304-12
GARY W GOINS
6931 MT ZION ROAD
FRANKFORT KY 40601

CREDITOR ID: 250305-12
GARY WASMER
3520 MILL CREEK LANE
MARRIETTA GA 30060

CREDITOR ID: 250308-12
GARY WILSON
137 ERWIN CHAPEL ROAD
DUNN NC 28334

CREDITOR ID: 386981-54
GARY, HELEN
1403 SOUTH JANCKE AVENUE
COVINGTON LA 70433

CREDITOR ID: 399504-82
GARY, KAREN
1183 RAMBLEWOOD DRIVE
GULF  BREEZE  FL 32563

CREDITOR ID: 250309-12
GARYS LAWN CARE
PO BOX 733
HOPKINSVILLE, KY 42241-0733

CREDITOR ID: 250310-12
GARYVILLE MAGNET SCHOOL
240 HWY 54
GARYVILLE, LA 70051

CREDITOR ID: 392953-55
GARZA, SAN JUANA
C/O: LAURI J. GOLDSTEIN
LAW OFFICE OF LAURI J. GOLDSTEIN, P.A.
1330 S FEDERAL HWY
STUART FL 34994

CREDITOR ID: 389056-54
GARZA, SAN JUANA
C/O LAW OFFICE OF LAURI J GOLDSTEIN
ATTN LAURI J GOLDSTEIN ESQ
160 NW CENTRAL PARK PLAZA #101
SAINT LUCIE WEST FL 34986-1825

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387492-54<br>GASCON, ERIN<br>1220 PARK ISLAND DRIVE<br>NEW ORLEANS LA 70122 | CREDITOR ID: 244207-12<br>GASKIN, BURNELL<br>11400 WILL STUTLEY<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 246304-12<br>GASKINS, CLARENCE<br>2305 SANDERFORD ROAD<br>RALEIGH, NC 27610 |
| CREDITOR ID: 400274-85<br>GASKINS, ELIZABETH<br>C/O F. W. (CHIP) AUMAN, III<br>LUCAS, AUMAN & WARR<br>644 S. FOURTH STREET<br>P. O. DRAWER 2527<br>HARTSVILLE SC 29551 | CREDITOR ID: 399819-84<br>GASKINS, ELIZABETH<br>2648 MCKENZIE RD<br>MCBEE SC 29101 | CREDITOR ID: 385549-54<br>GASKINS, LINNETTE<br>312 MONROE DR<br>WEST PALM BEACH, FL 33405 |
| CREDITOR ID: 390847-55<br>GASKINS, LINNETTE<br>C/O KELLER, KELLER, & CARACUZZO P.A<br>ATTN SCOTT KELLER, ESQ<br>224 DATURA STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 389339-54<br>GASKINS, LISA<br>756 N. MOOR AVE.<br>SAINT PETERSBURG FL 33702 | CREDITOR ID: 250311-12<br>GASPAR PALACIOS<br>1551 NW 26TH STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 391003-55<br>GASPER, CHESTER J<br>C/O: NEIL WILLIAMS<br>WILLIAMS, WILLIAMS & MONTGOMERY, P.A.<br>PO BOX 113<br>109 ERLANGER STREET<br>POPLARVILLE MS 39470 | CREDITOR ID: 390382-54<br>GASPER, CHESTER J<br>41 MATTHEW ROAD<br>CARRIERE, MS 39426 | CREDITOR ID: 391599-55<br>GASSMAN, THERESA<br>C/O MORRIS, CARY & ANDREWS, LLC<br>ATTN TRACY W CARY, ESQ<br>170 EAST MAIN STREET<br>DOTHAN AL 36302 |
| CREDITOR ID: 407690-15<br>GAST, JOYCE C<br>10435 OWENSMOUTH<br>CHATSWORKTH CA 91311-2147 | CREDITOR ID: 385304-54<br>GASTIN, BENNETT<br>1839 EDITH STREET<br>PALM BAY, FL 32907 | CREDITOR ID: 390612-55<br>GASTIN, BENNETT<br>C/O: GRAY M. CAMFIELD<br>LAW OFFICE OF GARY M. CAMFIELD<br>1528 PALM BAY RD. NE<br>SUITE 4<br>PALM BAY FL 32905 |
| CREDITOR ID: 267427-14<br>GASTON COUNTY<br>ATTN: JUDY BINGHAM<br>212 W MAIN AVE<br>GASTONIA NC 28052-4112 | CREDITOR ID: 267426-14<br>GASTON COUNTY<br>ATTN: JAN MAHANNAH<br>401 N HIGHLAND ST STE 107<br>GASTONIA NC 28052-2109 | CREDITOR ID: 267428-31<br>GASTON COUNTY LAND USE<br>ATTN: DANNY GARRETT<br>212 W MAIN AVE<br>GASTONIA NC 28052-4112 |
| CREDITOR ID: 250312-12<br>GASTON COUNTY TAX COLLECTOR<br>PO BOX 1578<br>GASTONIA NC 28053-1578 | CREDITOR ID: 250314-12<br>GASTON GAZETTE<br>PO BOX 1538<br>GASTONIA, NC 28053 | CREDITOR ID: 267429-31<br>GASTON RURAL COMMUNITY WTR DST<br>ATTN: DONALD SHARP<br>1133 MACK ST<br>GASTON SC 29053-8714 |
| CREDITOR ID: 250315-12<br>GASTON SPRINKLER INC<br>PO BOX 1095<br>DALLAS NC 28034 | CREDITOR ID: 390120-54<br>GASTON, KENNETH<br>10691 MCLAURIN ROAD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 393575-55<br>GASTON, KENNETH<br>C/O: GRAYLING E. BRANNON<br>LAW OFFICES OF GRAYLING E. BRANNON,<br>1536 JEFFERSON ST. N<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 399735-84<br>GASTON, LORI D<br>146 HOWELL FERRY ROAD<br>LUCEDALE MS 39452 | CREDITOR ID: 250316-12<br>GATE FUEL SERVICE INC<br>PO BOX 40505<br>JACKSONVILLE FL 32203-0505 | CREDITOR ID: 250317-12<br>GATEKEEPER SYSTEMS<br>9331 IRVINE BLVD<br>IRVINE CA 92618 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1364-07<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE, FL 32245 | CREDITOR ID: 250318-12<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE, FL 32245 | CREDITOR ID: 395430-64<br>GATES UP<br>35400 BASELINE LANE<br>DADE CITY, FL 33525 |
| CREDITOR ID: 375023-44<br>GATES UP RX<br>35400 BASELINE LANE<br>DADE CITY, FL 33525 | CREDITOR ID: 250319-12<br>GATES UP, INC<br>ATTN RUTH REID, PRES<br>35400 BASELINE LANE<br>DADE CITY, FL 33525 | CREDITOR ID: 373818-44<br>GATES, BARRETT<br>RAL DIV STORE MANANGER<br>415 TERRY LANE<br>KEYSVILLE, VA 23947 |
| CREDITOR ID: 245026-12<br>GATES, CHARLES D<br>1708 ATLANTA COURT<br>LAKELAND FL 33803 | CREDITOR ID: 389176-54<br>GATES, DON<br>1915 WAXWING DRIVE<br>CANTONMENT, FL 32533 | CREDITOR ID: 406665-MS<br>GATES, KEVIN<br>404 NORTH ASTER TRACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 267430-31<br>GATEWAY LANDFILL<br>ATTN: ERIC HILDRETH<br>1028 SHOPE RIDGE RD<br>RINGGOLD GA 30736-7408 | CREDITOR ID: 250320-12<br>GATEWAY TIRE & SERVICE CENTER<br>3109 HWY 82 EAST<br>GREENVILLE FL 32331 | CREDITOR ID: 390174-54<br>GATHERS, CHRISTOPHER<br>26003 SW 139TH COURT<br>NARANJA, FL 33032 |
| CREDITOR ID: 389703-54<br>GATLIN, CHRISTINE<br>8160 APRIL ST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 393342-55<br>GATLIN, CHRISTINE<br>C/O: MICHAEL RUDOLPH, ESQUIRE<br>HARRIS, GUIDI, ROSNER, & MORDECAI, P.A.<br>1837 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 382340-51<br>GATOR BOWL ASSOC., INC<br>ONE GATOR BOWL BLVD<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 2253-07<br>GATOR CARRIAGE PARTNERS LTD<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 384139-47<br>GATOR FINER FOODS INC & COMMERCIAL<br>BUSINESS FINANCE<br>PO BOX 1209<br>WINTER PARK, FL 32790 | CREDITOR ID: 380989-47<br>GATOR FINER FOODS INC AND COMMERCIAL<br>230 SUNPORT LANE, SUITE 550<br>ORLANDO, FL 32809 |
| CREDITOR ID: 250323-12<br>GATOR HAMMOCK<br>PO BOX 360 HWY 29<br>FELDA, FL 33930 | CREDITOR ID: 1366-07<br>GATOR JACARANDA LTD<br>ATTN: WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 250324-12<br>GATOR JACARANDA LTD<br>ATTN WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>N MIAMI BEACH, FL 33162 |
| CREDITOR ID: 250325-12<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163 RD STREET<br>N MIAMI BEACH, FL 33162 | CREDITOR ID: 1367-07<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 404727-95<br>GATOR MAINTENANCE & SWEEPING<br>1108 HERITAGE ESTATE TRC<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 395648-65<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD<br>JACKSONVILLE, FL 32234 | CREDITOR ID: 250327-12<br>GATOR PAVING<br>PO BOX 3514<br>FREDERICKSBURG, VA 22402 | CREDITOR ID: 384061-47<br>GATOR RADIO NETWORK<br>C/O CLEAR CHANNEL BROADCASTING, INC<br>2500 MAITLAND CENTER PKWAY, STE 407<br>MAITLAND FL 32751-4722 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250328-12<br>GATORLAND LOGISTICS LLC<br>127A LINCOLN LANE<br>THIBODAUX LA 70301 | CREDITOR ID: 400154-86<br>GATTERI, LUCY<br>7001 INTERBAY BLVD.<br>TAMPA FL 33616 | CREDITOR ID: 241608-12<br>GATTI, ADELLA G<br>2305 COUNTY ROAD 81<br>FAYETTE AL 35555 |
| CREDITOR ID: 250329-12<br>GATTOS TIRES & AUTO SERVICE<br>510 N COCOA BLVD<br>COCOA FL 32922-7562 | CREDITOR ID: 250330-12<br>GATX<br>2797 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 278749-28<br>GATX TECHNOLOGY SERVICES CORP<br>ATTN: MICHAEL WILKINSON<br>1 CIT DRIVE<br>LIVINGSTON, NJ 07039 |
| CREDITOR ID: 385791-54<br>GAUDET, ENOS<br>1720 N CONGRESS AVENUE<br>APT. B408<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 391057-55<br>GAUDET, ENOS<br>C/O KYLE SILVERMAN<br>COHEN, NORRIS, SCHERRER, WEINBERGER & WO<br>712 U.S. HIGHWAY ONE<br>SUITE 400<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 386144-54<br>GAUDY, BARA<br>6315 NW 29 PLACE<br>MARGATE, FL 33063 |
| CREDITOR ID: 391316-55<br>GAUDY, BARA<br>C/O ARONBERG & ARONBERG<br>ATTN DAVID ARONBERG, ESQ<br>2160 WEST ATLANTIC AVENUE, 2D FLOOR<br>DELRAY BEACH FL 33445 | CREDITOR ID: 262817-12<br>GAUNAURD GROUP INC, THE<br>12099 NW 98 AVENUE<br>HIALEAH GARDENS, FL 33018 | CREDITOR ID: 394041-61<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 245035-12<br>GAUTHIER, CHARLES<br>1913 CYPRESS CREEK ROAD<br>APT # 325<br>RIVER RIDGE, LA 70123 | CREDITOR ID: 390216-54<br>GAUTHREAUX, TAMARA<br>PO BOX 2965<br>BAY ST. LEWIS MS 39521 | CREDITOR ID: 393651-55<br>GAUTHREAUX, TAMARA<br>C/O MAGER A VARNADO<br>ATTN MAGER A VARNADO, ESQ<br>P.O. BOX 1807<br>GULFPORT MS 39502 |
| CREDITOR ID: 245036-12<br>GAUTREAUX, CHARLES<br>232 WILLOWBROOK DRIVE<br>GRENTA, LA 70056 | CREDITOR ID: 404728-95<br>GAVINA & SONS<br>2369 E 51ST ST<br>VERNON CA 90058 | CREDITOR ID: 250331-12<br>GAVINA & SONS<br>2700 FRUITLAND AVENUE<br>VERNON, CA 90058 |
| CREDITOR ID: 250332-12<br>GAY M VAMPRAN<br>218 S HICKORY STREET<br>GRAMERCY LA 70052 | CREDITOR ID: 385593-54<br>GAY, ANITA<br>3347 NORTH BROOKE LANE<br>TALLAHASSEE, FL 32309 | CREDITOR ID: 390885-55<br>GAY, ANITA<br>C/O SHERRY D WALKER, PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, SUITE B<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 243041-12<br>GAY, BARBARA<br>7842 HOLIDAY ROAD SOUTH<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 388749-54<br>GAY, JESSICA<br>6427 DAKOTA DR.<br>BROOKSVILLE FL 34602 | CREDITOR ID: 388081-54<br>GAY, THERIA<br>1559 STONELEIGH WAY<br>STONE MOUNTAIN, GA 30088 |
| CREDITOR ID: 392347-55<br>GAY, THERIA<br>C/O: GENET M. HOPEWELL<br>HOPEWELL & JACKSON<br>3576 COVINGTON HIGHWAY<br>SUITE 210<br>DECATUR GA 30032 | CREDITOR ID: 250333-12<br>GAYLE BATTERY DISTRIBUTORS<br>16555 PLANK ROAD<br>BAKER LA 70714 | CREDITOR ID: 250334-12<br>GAYLE H GRAY MIDDLE SCHOOL<br>10400 US 42 U<br>UNION KY 41091 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250335-12<br>GAYLE MOHLER<br>5855 NE 165TH TERRACE<br>SILVER SPRINGS FL 34488 | CREDITOR ID: 250336-12<br>GAYLE WALLACE<br>25 LORI LANE<br>SPRINGVILLE AL 35146 | CREDITOR ID: 249154-12<br>GAZALEH, ESSA B<br>1564 KINGSLEY AVENUE<br>ORANGE PARK, FL 32073 |
| CREDITOR ID: 250337-12<br>GAZETTE JOURNAL<br>PO BOX 2060<br>GLOUCESTER VA 23061 | CREDITOR ID: 243205-12<br>GAZETTE, BEAUFORT<br>PO BOX 399<br>BEAUFORT, SC 29901-0399 | CREDITOR ID: 263047-12<br>GAZETTE, TIFTON<br>PO BOX 708<br>TIFTON, GA 31793 |
| CREDITOR ID: 250196-12<br>GB FOODS INC<br>12824 1/2 HEMPSTEAD RD, SUITE A<br>HOUSTON, TX 77092 | CREDITOR ID: 250339-12<br>GCR TIRE CENTER<br>3340 VANDERBILT ROAD<br>SUITE 110<br>BIRMINGHAM, AL 35217 | CREDITOR ID: 250341-12<br>GCR TRUCK TIRE CENTERS<br>2275 W FAIRVIEW AVE<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 250340-12<br>GCR TRUCK TIRE CENTERS<br>1530 S MONROE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 250342-12<br>GCR WAYCROSS TIRE CENTER<br>2623 KNIGHT AVENUE<br>WAYCROSS GA 31503 | CREDITOR ID: 250343-12<br>GCS SERVICE INC<br>PO BOX 18688<br>INDIANAPOLIS IN 46218 |
| CREDITOR ID: 3088-04<br>GDS<br>ATTN: MS. MILLER<br>PO BOX 1097<br>CONOVER NC 28613 | CREDITOR ID: 3087-04<br>GDS<br>ATTN: CARRIE HOLMAN<br>300 BROOK HOLLOW ROAD<br>BOONE, NC 28607 | CREDITOR ID: 3089-04<br>GDS COLLECTION<br>ATTN: SONJA SCOTT<br>141 FAIRGROUND ROAD<br>FOREST CITY NC 28043 |
| CREDITOR ID: 250344-12<br>GDS INC<br>PO BOX 9001706<br>LOUISVILLE, KY 40290-1706 | CREDITOR ID: 250345-12<br>GDS INC ASHEVILLE<br>ATTN CHRISTI INGLE, CREDIT/COLLECT<br>1070 RIVERSIDE DRIVE<br>ASHVILLE NC 28804 | CREDITOR ID: 397793-75<br>GDS INC HENDERSONVILLE<br>PO BOX 9001707<br>LOUISVILLE, KY 40290-1707 |
| CREDITOR ID: 250346-12<br>GDS INC HICKORY<br>PO BOX 9001705<br>LOUSIVILLE, KY 40290-1705 | CREDITOR ID: 250347-12<br>GDS INC NEW BERN<br>PO BOX 9001706<br>LOUISVILLE, KY 40290-1706 | CREDITOR ID: 3090-04<br>GDS SOLID WASTE SOLUTIONS<br>ATTN: MARSH WHITE<br>1070 RIVERSIDE DRIVE<br>ASHEVILLE NC 28804-3016 |
| CREDITOR ID: 250348-12<br>GE BETZ INC<br>PO BOX 281729<br>ATLANTA GA 30384-1729 | CREDITOR ID: 278751-28<br>GE CAPITAL<br>GE COMMERCIAL EQUIPT FINANCING<br>ATTN PAUL HERINGSLAKE, VP<br>160 INTERNATIONAL PARKWAY, STE 120<br>HEATHROW, FL 32746 | CREDITOR ID: 250355-12<br>GE CAPITAL<br>PO BOX 802585<br>ACCT # 3551416-001<br>CHICAGO IL 60680-2585 |
| CREDITOR ID: 381767-15<br>GE CAPITAL<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | CREDITOR ID: 397639-72<br>GE CAPITAL<br>PO BOX 532617<br>ATLANTA, GA 30353-2617 | CREDITOR ID: 250350-12<br>GE CAPITAL<br>PO BOX 640387<br>PITTSBURGH, PA 15264-0387 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250197-12<br>GE CAPITAL<br>PO BOX 740434<br>ATLANTA, GA 30374-0434 | CREDITOR ID: 250349-12<br>GE CAPITAL<br>PO BOX 747016<br>PITTSBURGH, PA 15274-7016 | CREDITOR ID: 250356-12<br>GE CAPITAL BAF<br>PO BOX 402363<br>ATLANTA GA 30384-2363 |
| CREDITOR ID: 397640-72<br>GE CAPITAL COMMERCIAL<br>EQUIPMENT FINANCE<br>1000 WINDWARD CONCOURSE, SUITE 403<br>ALPHARETTA, GA 30005 | CREDITOR ID: 381792-99<br>GE COMMERCIAL FINANCE BUS PROP CORP<br>F/K/A GE CAPITAL BUS ASSET FUNDING<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN: MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 250198-12<br>GE CUSTOMIZED AUTO CREDIT<br>C/O MONTAGUE PITTMAN & VARNADO<br>PO DRAWER 1975<br>HATTIESBURG MS 39403-1975 |
| CREDITOR ID: 250199-12<br>GE LIFE & ANNUITY<br>C/O CLARK CONSULTING<br>2121 SAN JACINTO STREET, SUITE 2200<br>DALLAS TX 75201 | CREDITOR ID: 404729-95<br>GE POLYMERSHAPES<br>FAULKNER PLASTICS<br>4168 COLLECTIONS DR<br>CHICAGO IL 60693 | CREDITOR ID: 250359-12<br>GE POLYMERSHAPES<br>BUSINESS UNIT 6008<br>4168 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 250360-12<br>GE SUPPLY<br>PO BOX 100275<br>ATLANTA GA 30384 | CREDITOR ID: 250200-12<br>GE SUPPLY<br>ATTN TOM COLLINS<br>PO BOX 840040<br>DALLAS, TX 75284 | CREDITOR ID: 250361-12<br>GEAC ENTERPRISE SOLUTIONS INC<br>NW 5421<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5421 |
| CREDITOR ID: 404730-95<br>GEAC ENTERPRISE SOLUTIONS INC<br>PO BOX 102573<br>ATLANTA GA 30368-0573 | CREDITOR ID: 250362-12<br>GEAN JONES<br>4387 NEW FOREST HWY<br>DOUGLAS GA 31533 | CREDITOR ID: 250363-12<br>GEARHEART TRUCK SERVICE<br>PO BOX 938<br>HW RIVER, NC 27258 |
| CREDITOR ID: 250364-12<br>GEARY PORTER & DONOVAN P C<br>PO BOX 700248<br>DALLAS, TX 75370-0248 | CREDITOR ID: 386390-54<br>GEBRETATIOS, MEAZA<br>4102 SKIPPER RD APT. 116<br>TAMPA FL 33613 | CREDITOR ID: 391468-55<br>GEBRETATIOS, MEAZA<br>C/O: TONY A. TURNER, ESQ.<br>TURNER, BODIE & PATTERSON, P.A.<br>PO BOX 55548<br>ST. PETERSBURG FL 33732-5548 |
| CREDITOR ID: 243533-12<br>GEDDINGS, BILLY M<br>3065 BRITTON ROAD<br>SUMTER SC 29150 | CREDITOR ID: 387842-54<br>GEE, MICHAEL<br>8626 HANDICARE ST<br>PENSACOLA, FL 32514 | CREDITOR ID: 392146-55<br>GEE, MICHAEL<br>C/O: FRED GANT<br>ALLBRITTON AND GANT<br>322 WEST CERVANTES ST.<br>PENSACOLA FL 32501 |
| CREDITOR ID: 250365-12<br>GEHA TRAINING<br>GOLDEN ISLES PARKWAY ROUTE 2<br>BOX 1140<br>HAWKINSVILLE GA 31036 | CREDITOR ID: 250366-12<br>GEHA TRAINING FUND<br>C/O MELINDA SCARBOROUGH<br>1343 CROOKED TREE CT SW<br>LILBURN GA 30047-2433 | CREDITOR ID: 250367-12<br>GEHR DEVELOPMENT FLORIDA LLC<br>C/O SUNTRUST BANK<br>PO BOX 918983<br>ACCT# 10000023602187<br>ORLANDO, FL 32891-8983 |
| CREDITOR ID: 278781-99<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI/STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 403199-99<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 389708-54<br>GEHRES, RUSSELL<br>7108 SANTA BARBARA STREET<br>PENSACOLA FL 32526 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

CREDITOR ID: 393345-55
GEHRES, RUSSELL
C/O MARK J. PROCTOR, ESQ.
PO BOX 12308
PENSACOLA FL 32581

CREDITOR ID: 250368-12
GEHRING MONTGOMERY
710 LOUIS DRIVE
WARMINSTER PA 18974

CREDITOR ID: 250369-12
GEI INC
938 WEST PROSPECT ROAD
OAKLAND PARK FL 33309

CREDITOR ID: 375026-44
GEI INC
555 EAST STANFORD STREET
BARTOW, FL 33830

CREDITOR ID: 250370-12
GELINDA W JOHNSON
PO BOX 193
LUTCHER LA 70071

CREDITOR ID: 406666-MS
GELLHAUS, DONALD F.
6108 R. MANSLICK RD.
LOUISVILLE KY 40219

CREDITOR ID: 406667-MS
GELLHAUS, GREGORY D
15011 BIRCHAM RD
LOUISVILLE KY 40245

CREDITOR ID: 390217-54
GELNAW, KAREN
1160 HANCOCK CREEK SOUTH BLVD.
CAPE CORAL FL 33903

CREDITOR ID: 393652-55
GELNAW, KAREN
C/O: STEPHANIE BRUNNER
PRIOR ATTY: STACY NORTH
1003 DEL PRADO BLVD #300
CAPE CORAL FL 33990

CREDITOR ID: 315818-40
GEM BIG BETHEL LLC
C/O ELLIS-GIBSON DEVELP GROUP
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 278469-24
GEM NICKERSON LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
207 BUSINESS PARK DRIVE
SUITE 101
VIRGINIA BEACH VA 23462

CREDITOR ID: 250371-12
GEM NICKERSON LLC
207 BUSINESS PARK DR STE 101
VIRGINIA BEACH VA 23462

CREDITOR ID: 2254-RJ
GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT G
1081 19TH STREET, SUITE 203
VIRGINIA BEACH VA 23451-5600

CREDITOR ID: 375028-44
GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 278632-25
GEM NICKERSON, LLC
PRINCIPAL MUTUAL LIFE INSURANCE CO
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 278631-24
GEM NICKERSON, LLC
FIRST COASTAL BANK
ATTN: MARSHA GLENN
2101 PARKS AVENUE
VIRGINIA BEACH VA 23451

CREDITOR ID: 1369-RJ
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVEL GROUP
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 250372-12
GEM WARWICK LLC
% ELLIS-GIBSON DEVEL GROUP
1081 19TH STREET SUITE 203
VIRGINIA BEACH VA 23451-5600

CREDITOR ID: 2696-RJ
GEM WARWICK LLC
207 BUSINESS PARK DRIVE #101
VIRGINA BEACH VA 23462

CREDITOR ID: 388967-54
GEMMITI, TONI
200 MAIN ST APT 24
DUNEDIN, FL 34698

CREDITOR ID: 392871-55
GEMMITI, TONI
C/O: C.A. SULLIVAN, ESQ.
MCFARLAND, GOULD, LYONS, SULLIVAN &HOGAN
311 S. MISSOURI AVE.
CLEARWATER FL 33756

CREDITOR ID: 250373-12
GEMS
PO BOX 80094
CONYERS, GA 30013

CREDITOR ID: 250374-12
GEN PAK CORP
PO BOX 65753
CHARLOTTE NC 28265

CREDITOR ID: 394095-56
GENDRAW, MICKIE S
4780 BURNSDALE TRACE
APR D
MONTGOMERY, AL 36108

CREDITOR ID: 394095-56
GENDRAW, MICKIE S
69A SUMMER STREET APT 3
DORCHESTER MA 02125-3449

CREDITOR ID: 250376-12
GENE GUERINO
12331 CARRIGAN COURT
HUNTERSVILLE NC 28078

CREDITOR ID: 250378-12
GENE HYDE LOGISTICS INC
PO BOX 3797
LAKELAND, FL 33802

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250379-12<br>GENE KNECHT<br>1409 CALDER STREET<br>GRETNA LA 70053 | CREDITOR ID: 267431-14<br>GENERAL ACCOUNTING OFFICE<br>ATTN: MERLE COURTNEY<br>5029 CORPORATE WOODS DR<br>VIRGINIA BEACH VA 23462-4376 | CREDITOR ID: 250380-12<br>GENERAL AMERICAN<br>C/O CLARK CONSULTING<br>2121 SAN JACINTO STREET<br>SUITE 2200<br>DALLAS TX 75201 |
| CREDITOR ID: 250381-12<br>GENERAL CONTROLS INC<br>PO BOX 5768<br>LAKELAND, FL 33807 | CREDITOR ID: 267432-31<br>GENERAL COUNSEL S OFFICE<br>ATTN: RICHARD A MUALLANEY<br>117 W DUVAL ST STE 480<br>JACKSONVILLE FL 32202-5721 | CREDITOR ID: 250382-12<br>GENERAL DE SOLUBLES SA<br>345 SHADOW MOUNTAIN, APT 301<br>EL PASO, TX 79912 |
| CREDITOR ID: 250383-12<br>GENERAL DYNAMICS AVIATION SVCS<br>PO BOX 730349<br>DALLAS, TX 75373-0349 | CREDITOR ID: 1370-RJ<br>GENERAL ELECTRIC BUS ASSETS FUNDING<br>C/O MORITT HOCK HAMROFF & HOROWITZ<br>ATTN: MARC L. HAMROFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 1370-RJ<br>GENERAL ELECTRIC BUS ASSETS FUNDING<br>ATTN: KATHERINE MACKINNON<br>10900 NE 4TH STREET<br>BELLEVUE, WA 98004 |
| CREDITOR ID: 278752-28<br>GENERAL ELECTRIC CAPITAL<br>PO BOX 740441<br>ATLANTA, GA 30374-0441 | CREDITOR ID: 1371-07<br>GENERAL ELECTRIC CAPITAL BUSINESS<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA, GA 30384-2363 | CREDITOR ID: 250385-12<br>GENERAL ELECTRIC CAPITAL BUSINESS<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA, GA 30384-2363 |
| CREDITOR ID: 278753-28<br>GENERAL ELECTRIC CAPITAL CORP<br>GE COMMERCIAL EQUIPT FINANCING<br>ATTN PAUL HERINGSLAKE, VP<br>160 INTERNATIONAL PARKWAY STE 120<br>HEATHROW, FL 32746 | CREDITOR ID: 278754-28<br>GENERAL ELECTRIC CAPITAL CORP<br>WILLIAM S THEIS, VP REG SALES MGR<br>COMMERCIAL EQUIPMENT FINANCING<br>2385 EXECUTIVE CENTER DRIVE STE 200<br>BOCA RATON FL 33431 | CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORPORATIO<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN: MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 397770-99<br>GENERAL ELECTRIC CO, GE CONSUMER<br>& INDUSTRIAL (FKA GE LIGHTING)<br>C/O PITNEY HARDIN LLP<br>ATTN: RICHARD M METH, ESQ<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 | CREDITOR ID: 250387-12<br>GENERAL ELECTRIC COMPANY<br>2292 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 250386-12<br>GENERAL ELECTRIC COMPANY<br>2328 POINT MALLARD DR SE<br>ATTN JOSEPH GRAY<br>DECATUR AL 35601-2223 |
| CREDITOR ID: 279162-33<br>GENERAL ELECTRIC COMPANY<br>GE CONSUMER & INDUSTRIAL<br>C/O DEHAAN & BACH<br>11256 CORNELL PARK DRIVE STE 500<br>CINCINNATI OH 45242 | CREDITOR ID: 404731-95<br>GENERAL ELECTRIC COMPANY<br>ATTN JOSIE BROWN 328H<br>1975 NOBLE RD NELA PARK<br>EAST CLEVELAND OH 44112 | CREDITOR ID: 382326-51<br>GENERAL ELECTRIC CONSUMER PRODUCTS<br>1975 NOBLE ROAD<br>CLEVELAND, OH 44112-6300 |
| CREDITOR ID: 250388-12<br>GENERAL ENGINEERING<br>PO BOX 93763<br>PASADENA CA 91109-3763 | CREDITOR ID: 250389-12<br>GENERAL FAMILY DENTISTS<br>C/O PETERSBURG GEN DIST COURT<br>35 EAST TABB STREET<br>PETERSBURG, VA 23803 | CREDITOR ID: 250390-12<br>GENERAL FOAM<br>3321 E PRINCESS ANNE ROAD<br>NORFOLK VA 23502 |
| CREDITOR ID: 250391-12<br>GENERAL HAULING SERVICE<br>1440 NW 21ST ST<br>PO BOX 420854<br>MIAMI, FL 33242-0854 | CREDITOR ID: 250392-12<br>GENERAL INJECTABLES & VACCINES INC<br>PO BOX 223028<br>PITTSBURGH, PA 15251-2028 | CREDITOR ID: 250393-12<br>GENERAL MACHINERY CO INC<br>PO BOX 830811   DRAWER 910<br>BIRMINGHAM AL 35283-0811 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278471-25<br>GENERAL MANAGEMENT SERVICES<br>204 SO TEMPLE AVENUE<br>FAYETTE AL 35555 | CREDITOR ID: 250394-12<br>GENERAL MERCHANDISE DIST COUNCIL<br>1275 LAKE PLAZA DRIVE<br>COLORADO SPRINGS CO 80906-3583 | CREDITOR ID: 250395-12<br>GENERAL MILL SUPPLIES<br>PO BOX 23587<br>NEW ORLEANS LA 70183-3587 |
| CREDITOR ID: 381890-30<br>GENERAL MILLS<br>ATTN: MARK PENDER<br>NUMBER ONE GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426 | CREDITOR ID: 397695-99<br>GENERAL MILLS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397695-99<br>GENERAL MILLS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 |
| CREDITOR ID: 397695-99<br>GENERAL MILLS INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 250396-12<br>GENERAL MILLS INC<br>PO BOX 101412<br>ATLANTA, GA 30392-0001 | CREDITOR ID: 384140-47<br>GENERAL PERSONNEL CONSULTANTS OF ORLANDO<br>PO BOX 863454<br>ORLANDO, FL 32886-3454 |
| CREDITOR ID: 383055-51<br>GENERAL PRESCRIPTION PROGRAM<br>127 EAST 59TH STREET<br>NEW YORK, NY 10022 | CREDITOR ID: 250398-12<br>GENERAL PRODUCE INC<br>16 FOREST PKWY BLDG M<br>FOREST PARK, GA 30297 | CREDITOR ID: 250399-12<br>GENERAL REPAIR<br>199 BOBWHITE DRIVE<br>CORDELE GA 31015 |
| CREDITOR ID: 381227-47<br>GENERAL REPAIR TRUCK TRAILER & TOWING<br>ATTN: CARL ELANIER, OWNER<br>401 HARRIS STREET<br>CORDALE, GA 31015 | CREDITOR ID: 250400-12<br>GENERAL REVENUE CORPORATION<br>WAGE WITHHOLDING UNIT<br>PO BOX 429597<br>CINCINNATI, OH 45242-9597 | CREDITOR ID: 250401-12<br>GENERAL REVENUE DEPARTMENT<br>AWG DEPARTMENT<br>PO BOX 495999-1AWG<br>CINCINNATI, OH 45249-5999 |
| CREDITOR ID: 250402-12<br>GENERAL ROOFING<br>PO BOX 932894<br>ATLANTA GA 31193-2894 | CREDITOR ID: 381176-47<br>GENERAL RUBBER & PLASTICS OF LOUISVILLE<br>PO BOX 17204<br>LOUISVILLE, KY 40217-0204 | CREDITOR ID: 267433-31<br>GENERAL SERVICES TENN DEPT<br>ATTN: DAVID STAMPS<br>630 HART LN<br>NASHVILLE TN 37216-2625 |
| CREDITOR ID: 267434-14<br>GENERAL SERVICES TENN DEPT<br>ATTN: JAMES WEAVER<br>316 NANCY LYNN LN<br>KNOXVILLE TN 37919-6013 | CREDITOR ID: 250404-12<br>GENERAL SESSIONS COURT CLERK<br>140 ADAMS ROOM 106<br>MEMPHIS TN 38173 | CREDITOR ID: 250405-12<br>GENERAL THERAPEUTICS INC<br>100 ROSE AVE<br>HEMPSTEAD, NY 11550 |
| CREDITOR ID: 250406-12<br>GENERAL TRAILER SERVICES INC<br>PO BOX 8<br>ELLENWOOD GA 30294 | CREDITOR ID: 250407-12<br>GENERAL TRANSMISSION SUPPLIES INC<br>PO BOX 608<br>LEXINGTON NC 27293-0608 | CREDITOR ID: 250408-12<br>GENERAL TRUCK EQUIP & TRAILER<br>PO BOX 6954<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 383049-51<br>GENESIS HEALTH PLAN OF OHIO<br>515 NORTH 6TH STREET<br>ST LOUIS, MO 63101 | CREDITOR ID: 250409-12<br>GENESYS CONFERENCING<br>DEPARTMENT 0938<br>DENVER CO 80256 | CREDITOR ID: 250410-12<br>GENEX LP<br>191 WAUKEGAN ROAD<br>NORTHFIELD IL 60093 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250411-12<br>GENI TRANSPORT<br>PO BOX 712107<br>CINCINNATI OH 45271-2107 | CREDITOR ID: 250413-12<br>GENOA ASSOCIATES LLC<br>POST OFFICE BOX 919<br>GOLDSBORO, NC 27533 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO, NC 27533 |
| CREDITOR ID: 400528-88<br>GENOVESE, BETTY<br>C/O WAYNE B. MUMPHREY, ESQ.<br>9061 W JUDGE PEREZ DR<br>CHALMETTE LA 70044-0090 | CREDITOR ID: 250414-12<br>GENPAK LLC<br>PO BOX 651765<br>CHARLOTTE NC 28265 | CREDITOR ID: 389605-54<br>GENTILE, LORI<br>409 WEST OBERLIN PLACE<br>DUNNELLON, FL 34434 |
| CREDITOR ID: 250415-12<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 250416-12<br>GENTLE BEN CLEANING SYSTEMS OF THE<br>CAROLINAS INC<br>711 CASON STREET<br>BELMONT NC 28012 | CREDITOR ID: 395450-64<br>GENTRONICS<br>12-14 ADAMS DRIVE<br>DADE CITY, FL 33525 |
| CREDITOR ID: 406668-MS<br>GENTRY, ROBERT<br>7404 ENGELMAN CT<br>FORT WORTH TX 76137 | CREDITOR ID: 376924-44<br>GENUSA, SALVADOR J<br>NDP<br>P. O. BOX 412<br>INDEPENDENCE, LA 70443 | CREDITOR ID: 250418-12<br>GEOGRAPHIC DATA TECHNOLOGY<br>PO BOX 3506<br>BOSTON MA 02241-3506 |
| CREDITOR ID: 267450-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: MELISSA SCHOMODY<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267456-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: SUSAN HASELTINE<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267453-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: R LIDWIN<br>USGS 516 NATIONAL CENTER<br>RESTON VA 20192-0001 |
| CREDITOR ID: 267446-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: KAREN SIDERELIS<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267441-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: GAIL MORAN<br>BLDG 201 STNNIS SPACE CTR<br>BAY SAINT LOUIS MS 39529-0001 | CREDITOR ID: 267454-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: RICH CALNAN<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |
| CREDITOR ID: 267455-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: ROBERT KIDD<br>1912 6TH ST<br>TUSCALOOSA AL 35401-1723 | CREDITOR ID: 267451-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: NICK LANCASTER<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267449-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: LINDA GUNDERSEN<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |
| CREDITOR ID: 267448-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: KAYE COOK<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267447-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: KATE JOHNSON<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267445-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: JOHN HAINES<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |
| CREDITOR ID: 267444-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: JIM QUICK<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267443-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: GLADYS COTTER<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267439-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: CAROL COOPER<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267437-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: BYRON WILLIAMS<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267435-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: BILL LEITH<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267452-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: PETER LYTTLE<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |
| CREDITOR ID: 267436-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: BRENDA PIERCE<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 267440-31<br>GEOLOGICAL SURVEY US DEPT<br>ATTN: DEBBIE MCLEAN<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 250420-12<br>GEORGE A ISRAEL JR INC<br>PO BOX 41106<br>JACKSONVILLE FL 32203-1106 |
| CREDITOR ID: 250421-12<br>GEORGE A MULL<br>120 FLINT AVENUE<br>MORGANTON NC 28655 | CREDITOR ID: 250422-12<br>GEORGE A MUNNINGS<br>2361 DUNHILL AVENUE<br>MIRAMAR FL 33025 | CREDITOR ID: 250425-12<br>GEORGE BRYAN<br>804 AVENUE C<br>MCCOMB, MS 39648 |
| CREDITOR ID: 250426-12<br>GEORGE C WALKER &<br>WILLIAM M WALKER<br>C/O JOHN STEWART WALKER CO<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 316032-41<br>GEORGE C. WALKER, JR.<br>C/O JOHN STEWART WALKER COMPAN<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 1377-07<br>GEORGE CHEN FORMOSA DEVELOPERS<br>7836 W. ORLP BRONSON HIGHWAY<br>KISSIMMEE, FL 34747 |
| CREDITOR ID: 250427-12<br>GEORGE CHEN FORMOSA DEVELOPERS INC<br>7836 W ORLP BRONSON HWY<br>KISSIMMEE, FL 34747 | CREDITOR ID: 250428-12<br>GEORGE COGER JR<br>2715 COLESCREEK ROAD<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 250429-12<br>GEORGE CONSTANTIN JR<br>1425 SALLIE AVENUE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 250431-12<br>GEORGE COUNTY TAX COLLECTOR<br>5130 MAIN STREET<br>SUITE B<br>PROPERTY TAX<br>LUCEDALE MS 39452 | CREDITOR ID: 250432-12<br>GEORGE COUNTY TIMES<br>ATTN: O G SELLERS<br>PO BOX 238<br>LUCEDALE, MS 39452 | CREDITOR ID: 250433-12<br>GEORGE COX ELEMENTARY<br>2630 BELLE CHASE HWY<br>GRETNA, LA 70056 |
| CREDITOR ID: 250434-12<br>GEORGE D GRISOLI<br>314 GIACOMO STREET<br>NORCO LA 70079-0215 | CREDITOR ID: 404735-95<br>GEORGE D MCCOY<br>FEDI VENDOR<br>2521 VIRGINIAN COLONY<br>LA PLACE LA 70068 | CREDITOR ID: 316033-41<br>GEORGE D. ZAMIAS<br>C/O GDZ MANAGEMENT<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 |
| CREDITOR ID: 316034-41<br>GEORGE DEWELL<br>P.O BOX 642<br>FORT  WALTON  BEACH FL 32549 | CREDITOR ID: 375040-44<br>GEORGE DINWIDDIE DISTRIBUTING CO<br>6514 DEANE HILL DRIVE<br>KNOXVILLE TN 37919 | CREDITOR ID: 250441-12<br>GEORGE E DELALLO COMPANY INC<br>101 LINCOLN HIGHWAY EAST<br>JEANNETTE, PA 15644 |
| CREDITOR ID: 250442-12<br>GEORGE E MARTIN<br>4220 DAVINCI AVENUE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 250443-12<br>GEORGE ELLIOTT<br>200 SAINT JOHN ROAD<br>ELIZABETHTOWNE KY 42701 | CREDITOR ID: 250444-12<br>GEORGE ELLIOTT<br>710 CLIFFORD DRIVE<br>ELIZABETHTOWNE KY 42701 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250445-12<br>GEORGE FOREST<br>6251 RUSSELL LANE<br>GLYNN LA 70736 | CREDITOR ID: 250446-12<br>GEORGE GALDERISI<br>6134 SEA BREEZE DRIVE<br>PORT RICHEY FL 34668 | CREDITOR ID: 250447-12<br>GEORGE H BROADWAY<br>2883 HILLABEE ROAD<br>RAMER AL 36069 |
| CREDITOR ID: 250448-12<br>GEORGE HARRIS<br>934 WHITE OAK COVE<br>LAWRENCEVILLE GA 30044 | CREDITOR ID: 250450-12<br>GEORGE J TEASLEY<br>444 CLEARWATER WAY<br>MONROE GA 30655 | CREDITOR ID: 250451-12<br>GEORGE J TYSON<br>13038 LITEWOOD DRIVE<br>HUDSON FL 34669 |
| CREDITOR ID: 250452-12<br>GEORGE JOHNSON<br>5405 SABLE BAY POINT<br>ATLANTA GA 30349 | CREDITOR ID: 250453-12<br>GEORGE LOHR<br>7017 SUNSET<br>PANAMA CITY BEACH FL 32407 | CREDITOR ID: 267457-31<br>GEORGE MCCULLER SEPTIC SEWERS<br>ATTN: GEORGE MCCULLER<br>2605 49TH ST<br>VERO BEACH FL 32967-1291 |
| CREDITOR ID: 250454-12<br>GEORGE MOON<br>7210 THORNMEADOW LANE<br>CYPRESS TX 77433 | CREDITOR ID: 250455-12<br>GEORGE O ALVARADO<br>933 NW 7TH STREET<br>WILLISTON FL 32696 | CREDITOR ID: 250456-12<br>GEORGE PEARCE<br>7618 SUE ELLEN DRIVE<br>PORT RICHEY FL 34668 |
| CREDITOR ID: 250457-12<br>GEORGE PEKICH<br>14566 SW 43RD CT ROAD<br>OCALA FL 34473 | CREDITOR ID: 267458-31<br>GEORGE R CASTILLO<br>41 MARLBOROUGH RD<br>SHALIMAR FL 32579-1038 | CREDITOR ID: 250458-12<br>GEORGE R CHABY INC<br>PO BOX 29368<br>PHILADELPHIA, PA 19125 |
| CREDITOR ID: 250459-12<br>GEORGE S EDWARDS CO<br>SUBSIDIARY OF RAWSON & CO INC<br>PO BOX 4873<br>HOUSTON TX 77210-4873 | CREDITOR ID: 250460-12<br>GEORGE S KASTNER<br>11621 SW 175TH COURT<br>DUNNELLON FL 34432 | CREDITOR ID: 250462-12<br>GEORGE W LESTER 2ND<br>PO BOX 4782<br>MARTINSVILLE VA 24115-4782 |
| CREDITOR ID: 250463-12<br>GEORGE W LOPER<br>2494 CANTON HWY<br>CUMMING GA 30040 | CREDITOR ID: 383046-51<br>GEORGE WASHINGTON UNIVERSITY<br>25 BLACKSTONE VALLEY PLAZA<br>LINCOLN, RI 02865 | CREDITOR ID: 250464-12<br>GEORGE WATSON<br>216 SUNRISE COURT<br>ALABASTER AL 35007 |
| CREDITOR ID: 404737-95<br>GEORGE WESTON BAKERIES INC<br>4116 SILVER STAR ROAD<br>ORLANDO FL 32808 | CREDITOR ID: 279456-99<br>GEORGE WESTON BAKERIES INC<br>C/O GIBBONS DEL DEO DOLAN ET AL<br>ATTN: GERALDINE E PONTO, ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5497 | CREDITOR ID: 250466-12<br>GEORGE WESTON BAKERIES INC<br>PO BOX 532992<br>ATLANTA, GA 30353-2992 |
| CREDITOR ID: 279363-36<br>GEORGE WESTON BAKERIES, INC<br>C/O CHRIS DEMETRIOU<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA  NJ 07512 | CREDITOR ID: 241788-12<br>GEORGE, AL<br>10261 MANORVILLE DRIVE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 381267-47<br>GEORGE, DANIEL R<br>7675 MELISSA COURT N<br>JACKSONVILLE FL 32210 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 394068-61
GEORGE, HARTZ , LUNDEEN, ET AL
ATTN CHARLES M HARTZ
4800 LEJUNE RD
CORAL GABLES, FL 33146

CREDITOR ID: 401802-15
GEORGE, HARTZ, LUNDEEN, ET AL
ATTN SANDY R TOPKIN, ESQ
2866 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 381523-47
GEORGE, JEREMY
JAX DIV STORE# 2223
9851 NORTH ELKCAM BLVD
CITRUS SPRINGS FL 34433

CREDITOR ID: 258139-12
GEORGE, PATRICK
782 DONAV AVENUE
PALM BAY, FL 32907

CREDITOR ID: 258870-12
GEORGE, PRINCE
PO BOX 155
PRINCE GEORGE, VA 23875

CREDITOR ID: 406669-MS
GEORGE, RONALD
341 PINEY POINT CIRCLE
BRACEY VA 23919

CREDITOR ID: 406075-93
GEORGE, RONALD RADCLIFF
341 PINEY POINT CR
BRACEY VA 23919

CREDITOR ID: 250467-12
GEORGES FOODS LLC
PO BOX 60249
CHARLOTTE NC 28260-0249

CREDITOR ID: 250468-12
GEORGES GLASS TINTING
2847 S JEFFERSON STREET
MARIANNA FL 32448

CREDITOR ID: 380963-47
GEORGES INC
ATTN GARY LINKER, CR MGR
PO DRAWER G
SPRINGDALE, AR 72765-2030

CREDITOR ID: 250469-12
GEORGES LAWN & TREE CARE
1760 JEFFERSON AVENUE
GEORGE HUTSON
KINGSPORT, TN 37664

CREDITOR ID: 397294-69
GEORGE'S LAWN & TREE CARE
1760 JEFFERSON AVENUE
KINGSPORT, TN 37664

CREDITOR ID: 250470-12
GEORGES PLUMBING SERVICE INC
PO BOX 500031
MARATHON FL 33050-0031

CREDITOR ID: 387968-54
GEORGES, MARION C
8950 SE 170TH AVE RD
OCKLAWAHA, FL 32179

CREDITOR ID: 250471-12
GEORGESON SHAREHOLDER
PO BOX 691759
CINCINNATI OH 45269-1759

CREDITOR ID: 250472-12
GEORGESON SHAREHOLDER COMMUNICATION
36758 TREASURY CENTER
CHICAGO IL 60694-6700

CREDITOR ID: 384142-47
GEORGETOWN CLE
600 NEW JERSEY AVENUE NW
WASHINGTON, DC 20001-2022

CREDITOR ID: 250474-12
GEORGETOWN COMMUNITY HOSPITAL
1140 LEXINGTON ROAD
GEORGETOWN KY 40324

CREDITOR ID: 250476-12
GEORGETOWN NEWS GRAPHIC
1481 CHERRY BLOSSOM WAY
GEORGETOWN, KY 40324

CREDITOR ID: 250479-12
GEORGIA ASSOC OF CHAIN DRUGSTORES
1447 PEACHTREE STREET NE
SUITE 504
ATLANTA GA 30309

CREDITOR ID: 250480-12
GEORGIA BOARD OF REGISTERED
ENVIRONMENTAL HEALTH PROFESSIONALS
PO BOX 157
HAWKINSVILLE GA 31036

CREDITOR ID: 250481-12
GEORGIA CHAMBER OF COMMERCE
PO BOX 102676
ATLANTA GA 30368-0676

CREDITOR ID: 250482-12
GEORGIA CLINIC PC
1861 PEELER ROAD
DUNWOODY GA 30338

CREDITOR ID: 279041-99
GEORGIA CROWN DISTRIBUTING CO
C/O PAGE SCRANTOM SPROUSE ET AL
ATTN: LEE CHAMPION, ESQ
1111 BAY AVE, 3RD FL
PO BOX 1199
COLUMBUS GA 31902-1199

CREDITOR ID: 250483-12
GEORGIA CROWN DISTRIBUTING COMPANY
PO BOX 7908
COLUMBUS, GA 31908

CREDITOR ID: 250484-12
GEORGIA DAIRY PRODUCTSN ASSOC
PO BOX 801
MACON, GA 31202-0801

CREDITOR ID: 404740-95
GEORGIA DEPT OF LABOR
PO BOX 38008
ATLANTA GA 30334-0008

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                          **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 250496-12<br>GEORGIA DEPT OF LABOR<br>PO BOX 740234<br>ATLANTA, GA 30374-0234 | CREDITOR ID: 395413-64<br>GEORGIA DEPT OF NATURAL RESOURCES<br>2 MARTIN LUTHER KING JR DRIVE, SE<br>SUITE 1252 EAST TOWER<br>ATLANTA, GA 30334 | CREDITOR ID: 241058-11<br>GEORGIA DEPT OF REVENUE<br>ACCOUNT NO.: 200-038458<br>PO BOX 740398<br>ATLANTA, GA 30374-0398 |
| CREDITOR ID: 241056-11<br>GEORGIA DEPT OF REVENUE<br>DEPT OF REVENUE<br>ACCOUNT NO.: 301-137540<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 250501-12<br>GEORGIA DEPT OF REVENUE<br>CENTRALIZED TAXPAYER ACCTNG<br>PO  BOX 105499<br>ATLANTA GA 30348-5499 | CREDITOR ID: 250500-12<br>GEORGIA DEPT OF REVENUE<br>1800 CENTURY BLVD<br>CENTURY CENTER BLDG SUITE 18301<br>ATTN DIANE FLEMMIN COMPLIANCE DIV<br>ATLANTA, GA 30345 |
| CREDITOR ID: 250502-12<br>GEORGIA DEPT OF REVENUE SALES TAX<br>MOTOR FUEL TAX UNIT<br>PO BOX 105088<br>ATLANTA GA 30348 | CREDITOR ID: 375056-44<br>GEORGIA DEPT OF REVENUE-1<br>SALES & USE TAX DIVISION<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 250503-12<br>GEORGIA DOOR PARTS<br>PO BOX 224<br>WINSTON, GA 30187 |
| CREDITOR ID: 267460-31<br>GEORGIA ECNMIC DEVELOPERS ASSN<br>ATTN: CULLEN C LARSON<br>285 PEACHTREE CENTER AVE NE<br>ATLANTA GA 30303-1229 | CREDITOR ID: 267461-31<br>GEORGIA ENVMTL FACILITIES AUTH<br>ATTN: PAUL BURKS<br>100 PEACHTREE ST NE 2090<br>ATLANTA GA 30303 | CREDITOR ID: 250504-12<br>GEORGIA FLORIDA BURGLAR ALARM<br>PO BOX 2747<br>THOMASVILLE, GA 31799-2747 |
| CREDITOR ID: 250505-12<br>GEORGIA FLORIDA POWER SWEEP<br>PO BOX 3506<br>VALDOSTA GA 31604-3506 | CREDITOR ID: 250506-12<br>GEORGIA FORD<br>1008 ROYAL GARDEN #1<br>LOUISVILLE KY 40214 | CREDITOR ID: 250507-12<br>GEORGIA GAS DISTRIBUTORS INC<br>6000 LAKE FOREST DR NW STE#230<br>ATLANTA, GA 30328 |
| CREDITOR ID: 250508-12<br>GEORGIA GODSEY<br>122 AKRON STREET<br>KANNAPOLIS NC 28083 | CREDITOR ID: 250509-12<br>GEORGIA INCOME TAX DIVISION<br>PO BOX 740397<br>ATLANTA GA 30374-0397 | CREDITOR ID: 250510-12<br>GEORGIA INSTITUTE OF<br>TECHNOLOGY<br>PO BOX 93686<br>ATLANTA GA 30377-0686 |
| CREDITOR ID: 24-02<br>GEORGIA INSURANCE & SAFETY FIRE<br>COMMISSIONER'S OFFICE<br>ATTN JOHN W OXENDINE, COMMISSIONER<br>WEST TOWER, SUITE 704<br>TWO MARTIN LUTHER KING, JR DRIVE<br>ATLANTA GA 30334 | CREDITOR ID: 267462-14<br>GEORGIA INSURANCE DEPARTMENT<br>ATTN: JOHN W OXENDINE<br>200 PIEDMONT AVE SE<br>ATLANTA GA 30334-9032 | CREDITOR ID: 250511-12<br>GEORGIA INSURANCE DEPARTMENT<br>SEVENTH FLOOR WEST TOWER<br>FLOYD BLD<br>2 MARTIN LUTHER KING JR DRIVE<br>ATLANTA, GA 30334 |
| CREDITOR ID: 250512-12<br>GEORGIA INTERNATIONAL DISTRIBUTERS<br>ATTN: MORRIS, PRES<br>199 LEE AVENUE, # 206<br>BROOKLYN, NY 11211 | CREDITOR ID: 16-02<br>GEORGIA LOTTERY CORPORATION<br>ATTN M DEFRANCISCO, PRES & CEO<br>250 WILLIAMS STREET, SUITE 3000<br>ATLANTA GA 30303 | CREDITOR ID: 383042-51<br>GEORGIA MEDICAID<br>1720 PEACHTREE STREET NW STE 200<br>ATLANTA, GA 30309 |
| CREDITOR ID: 250514-12<br>GEORGIA MILL SUPPLY INC<br>PO BOX 903<br>921 WEST 12TH STREET<br>ALMA GA 31510 | CREDITOR ID: 250515-12<br>GEORGIA NATURAL GAS CO<br>PO BOX 659411<br>SAN ANTONIO, TX 78265-9411 | CREDITOR ID: 375059-44<br>GEORGIA NUT COMPANY<br>PO BOX 689812<br>MILWAUKEE WI 53268-9812 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250516-12<br>GEORGIA NUT COMPANY INC<br>1441 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 267463-14<br>GEORGIA OFFICE OF TREASURY<br>ATTN: W DANIEL EBERSOLE<br>200 PIEDMONT AVE SE<br>ATLANTA GA 30334-9032 | CREDITOR ID: 250517-12<br>GEORGIA PACIFIC CORP<br>ATTN BILL THORNTON<br>4902 EISENHOWER BLVD #215<br>TAMPA FL 33634 |
| CREDITOR ID: 404741-95<br>GEORGIA PACIFIC CORP<br>ACOSTA SALES<br>PO BOX 22889<br>TAMPA FL 33622 | CREDITOR ID: 278704-99<br>GEORGIA PACIFIC CORP.<br>ATTN: BOB MOON, CREDIT MANAGER<br>PO BOX 102487<br>ATLANTA GA 30368-2487 | CREDITOR ID: 381063-47<br>GEORGIA PACKAGING INC<br>PO BOX 930900<br>ATLANTA, GA 31193 |
| CREDITOR ID: 250518-12<br>GEORGIA POWER<br>PO BOX 105537<br>BIN 80002<br>ATLANTA GA 30348 | CREDITOR ID: 381955-15<br>GEORGIA POWER COMPANY<br>ATTN DAUNDRA FLETCHER<br>BIN 80002<br>PO BOX 4545<br>ATLANTA GA 30302 | CREDITOR ID: 394-03<br>GEORGIA POWER COMPANY<br>PO BOX 4545<br>ATLANTA GA 30302 |
| CREDITOR ID: 250519-12<br>GEORGIA POWER COMPANY<br>96 ANNEX<br>ATLANTA, GA 30396-0001 | CREDITOR ID: 250520-12<br>GEORGIA PUMP INC<br>6289 BANKHEAD HIGHWAY<br>BUILDING 16<br>AUSTELL, GA 30168 | CREDITOR ID: 250521-12<br>GEORGIA ROOTER<br>3766 CHAPEL HILL ROAD<br>DOUGLASVILLE, GA 30135 |
| CREDITOR ID: 250522-12<br>GEORGIA SELF INSURERS<br>GUARANTY TRUST FUND<br>PO BOX 7159<br>ATLANTA GA 30357-0159 | CREDITOR ID: 250523-12<br>GEORGIA SELF INSURERS ASSOCIATION<br>235 PEACHTREE ST  STE 900<br>ATLANTA, GA 30303 | CREDITOR ID: 250524-12<br>GEORGIA SOUND COMMUNICATIONS<br>1941 SAVAGE ROAD<br>SUITE 200G<br>CHARLESTON, SC 29407 |
| CREDITOR ID: 404742-95<br>GEORGIA SPICE COMPANY<br>3600 ATLANTA INDUSTRIAL PKW NW<br>ATLANTA GA 30331 | CREDITOR ID: 250525-12<br>GEORGIA SPICE COMPANY<br>PO BOX 101292<br>ATLANTA, GA 30392-1292 | CREDITOR ID: 267482-14<br>GEORGIA STATE FING & INV COMM<br>ATTN GENA ABRAHAM<br>2 M LUTHER KING JR DR SE, STE 1002<br>ATLANTA GA 30334-9000 |
| CREDITOR ID: 395481-64<br>GEORGIA STATE LOTTERY COMMISSION<br>250 WILLIAMS, SUITE 3000<br>ATLANTA, GA 30303 | CREDITOR ID: 250526-12<br>GEORGIA STEEL SUPPLY CO<br>PO BOX 93786<br>ATLANTA, GA 30377-0786 | CREDITOR ID: 250527-12<br>GEORGIA SUBSEQUENT INJURY TRUST FND<br>PO BOX 100111<br>ATLANTA GA 30384 |
| CREDITOR ID: 381209-47<br>GEORGIA TECH CONTINUING EDUCATION<br>PO BOX 93686<br>ATLANTA, GA 30377-0686 | CREDITOR ID: 250528-12<br>GEORGIA TIMES UNION<br>3675 COMMUNITY RD<br>BRUNSWICK GA 31520 | CREDITOR ID: 262821-12<br>GEORGIA TIMES UNION, THE<br>ATTN NATHANIEL PHILLIP BOGGS<br>1416 E PARK AVENUE<br>VALDOSTA, GA 31602 |
| CREDITOR ID: 250529-12<br>GEORGIA WIC BRANCH<br>VENDOR MANAGEMENT SECTION<br>2 PEACHTREE STREET NW SUITE 10-476<br>ATLANTA, GA 30303 | CREDITOR ID: 382014-36<br>GEORGIA-PACIFIC CORPORATION<br>ATTN ERICH L MCINNIS<br>133 PEACHTREE STREET NE<br>PO BOX 105605<br>ATLANTA GA 30348-5605 | CREDITOR ID: 250531-12<br>GEOSCIENCE & MATERIAL ENGINEER<br>PO BOX 1689<br>OLDSMAR FL 34677 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381783-15<br>GEOSCIENCE ENGINEERS, LLC<br>ATTN EUGENE G OR PAMELA WARDLAW<br>PO BOX 9144<br>JACKSON MS 39286 | CREDITOR ID: 250417-12<br>GEOSCIENCE ENGINEERS, LLC<br>PO BOX 9144<br>JACKSON, MS 39286 | CREDITOR ID: 248070-12<br>GERAGHTY, DEVIN C<br>1713 STATE STREET<br>NEW ORLEANS LA 70118-6121 |
| CREDITOR ID: 250532-12<br>GERALD ARIEUX<br>2008 KINGBIRD BLVD<br>POYDRAS LA 70085 | CREDITOR ID: 250533-12<br>GERALD EBERS<br>270 WEST 1ST STREET<br>RESERVE LA 70084 | CREDITOR ID: 250534-12<br>GERALD J SODERSTRUM<br>210 ANGELLE DRIVE<br>HOUMA LA 70360 |
| CREDITOR ID: 250535-12<br>GERALD KILPATRICK<br>6015 YOSEMITE AVENUE<br>CINCINNATI OH 45237 | CREDITOR ID: 250536-12<br>GERALD LOWE<br>PO BOX 322<br>MORAVIAN FALLS NC 28654 | CREDITOR ID: 250537-12<br>GERALD MUGAR<br>15975 SW 2 STREET<br>SUNRISE FL 33326-0224 |
| CREDITOR ID: 250538-12<br>GERALD P FOLEY<br>354 COBBLESTONE DRIVE<br>SPRING HILL FL 34606 | CREDITOR ID: 250540-12<br>GERALD WILSON<br>1701 FOURTH AVENUE WEST<br>BIRMINGHAM AL 35208 | CREDITOR ID: 385172-54<br>GERALD, ARLENE<br>5969 ROSMAN CT.<br>WEST PALM BEACH, FL 33413 |
| CREDITOR ID: 261025-12<br>GERALD, SHUNTA<br>77 MAYPOP LANE<br>DECATUR, GA 30035 | CREDITOR ID: 250541-12<br>GERALDINE BASS<br>8535 STERLING DRIVE<br>MOBILE AL 36695 | CREDITOR ID: 250542-12<br>GERALDINE M DICKS<br>1775 HARRISON STREET<br># 108<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 250543-12<br>GERARD FILS AIME<br>453 NE 99TH STREET<br>MIAMI, FL 33138 | CREDITOR ID: 250544-12<br>GERARDS BAKERY LLC<br>4226 WELD COUNTY ROAD # 22<br>LONGMONT, CO 80504 | CREDITOR ID: 250545-12<br>GERBER PRODUCTS COMPANY<br>ATTN: JEFF KIPPE<br>445 STATE STREET<br>FREEMONT, MI 49413 |
| CREDITOR ID: 250545-12<br>GERBER PRODUCTS COMPANY<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN J CARR & A PAK, ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 404743-95<br>GERBER PRODUCTS COMPANY<br>CROSSMARK<br>3728 PHILLIPS HWY  STE 45<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406125-97<br>GERBER PRODUCTS COMPANY<br>ATTN: JEFFREY J KIPPE, ASSOC DIR<br>200 KIMBALL DRIVE<br>PARSIPPANY NJ 07054 |
| CREDITOR ID: 389992-54<br>GERENA, MARIA<br>2759 CULLENS ROAD<br>OCOEE FL 34761 | CREDITOR ID: 393509-55<br>GERENA, MARIA<br>C/O: CHRISTOPHER COSTELLO<br>PAGE & EICHENBLATT, PA<br>214 E. LUCERNE CIRCLE<br>ORLANDO FL 32801 | CREDITOR ID: 250546-12<br>GERMAN BALTAZAR<br>130 2ND DR<br>CHINA GROVE NC 28023 |
| CREDITOR ID: 389121-54<br>GEROME, LENA<br>2324 LEE ROAD<br>WINTER PARK, FL 32789 | CREDITOR ID: 393004-55<br>GEROME, LENA<br>C/O LAW OFFICES OF DAVID R HEIL PA<br>ATTN DAVID R HEIL, ESQ<br>2324 LEE RD<br>WINTER PARK FL 32789 | CREDITOR ID: 250547-12<br>GERRARD TIRE CO INC<br>PO BOX 790010<br>CHARLOTTE, NC 28206 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250548-12<br>GERRI WYNN DYE<br>1567 LINCOLN ROAD<br>LOT 2<br>ONEONTA AL 35121 | CREDITOR ID: 243898-12<br>GERSTNER, BRENDA<br>811 S LAKESIDE PLACE<br>LANTANA FL 33462 | CREDITOR ID: 250549-12<br>GERTRUDE B GUNCKEL<br>3267 GLEN EAGLE LANE<br>KENNER LA 70065 |
| CREDITOR ID: 250550-12<br>GERTRUDE BAILEY<br>16025 77TH ROAD<br>LIVE OAK FL 32060 | CREDITOR ID: 250551-12<br>GERTRUDE HAWK INGREDIENTS INC<br>PO BOX 642460<br>PITTSBURGH, PA 15264-2460 | CREDITOR ID: 250553-12<br>GERTRUDE MCDONALD<br>5880 RIDGEWOOD ROAD<br>#M-108<br>JACKSON MS 39211 |
| CREDITOR ID: 389491-54<br>GERTRUDE, BEAN<br>4804 BEAULAH CH RD<br>MATTHEWS NC 28104 | CREDITOR ID: 256223-12<br>GERVAIS, MICHAEL<br>13049 THIRD STREET<br>FT MYERS FL 33905 | CREDITOR ID: 250554-12<br>GESSNER PRODUCTS CO<br>PO BOX 389<br>AMBLER, PA 19002-0389 |
| CREDITOR ID: 250555-12<br>GET MOTIVATED SEMINARS INC<br>4710 EISENHOWER BLVD<br>SUITE C 4<br>TAMPA FL 33634 | CREDITOR ID: 389246-54<br>GETER, MIKE<br>1707 DOVE LOOP ROAD<br>#1302<br>GRAPEVINE TX 76051 | CREDITOR ID: 404744-95<br>GETRONICS<br>PO BOX 25376<br>TAMPA FL 33622-5376 |
| CREDITOR ID: 250556-12<br>GETRONICS<br>PO BOX 95561<br>CHICAGO, IL 60694-0001 | CREDITOR ID: 241861-12<br>GETZ, ALAN C<br>207 DOVERWOOD ROAD<br>FERN PARK FL 32730 | CREDITOR ID: 264306-12<br>GETZAN, W.A.<br>PAIS THREW P - CARD<br>11531 SEDGEMOORE DR E<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 406670-MS<br>GETZAN, WILLIAM A<br>11531 SEDGEMORE DR E<br>JACKSONVILLE FL 32223 | CREDITOR ID: 250557-12<br>GEVIONE C JOHNSON<br>5628 WELLS CIRCLE<br>STONE MOUNTAIN GA 30087 | CREDITOR ID: 250201-12<br>GF GARDNER & ASSOCIATES<br>106 SUGALOCH COVE<br>JACKSON, MS 39211 |
| CREDITOR ID: 250558-12<br>GFA BRANDS INC<br>PO BOX 397<br>HOWARD B SEIFERAS<br>CRESSKILL, NJ 07626-0397 | CREDITOR ID: 279365-36<br>GFA BRANDS, INC.<br>C/O ROBERT M. HARRIS<br>P.O. BOX 397<br>CRESSKILL  NJ 07626-0397 | CREDITOR ID: 384143-47<br>GFA SALES & SERVICE<br>616 PEBBLEBROOK ROAD SE<br>MABLETON, GA 30126-2608 |
| CREDITOR ID: 250559-12<br>GFA SALES & SERVICE<br>2450 BROOKS COURT SOUTH<br>SMYRNA, GA 30082 | CREDITOR ID: 250202-12<br>GFI SERVICE INC<br>632 ALF VAN BRACKLE ROAD<br>LENOX, GA 31637 | CREDITOR ID: 404746-95<br>GH LEIDENHEIMER BAKING CO LTD<br>1501 SIMON BOLIVAR AVE<br>NEW ORLEANS LA 70113 |
| CREDITOR ID: 250560-12<br>GH LEIDENHEIMER BAKING CO LTD<br>PO BOX 95411<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 250204-12<br>GHI OF WEST PALM BEACH LLC<br>ATTN FLORIAN GHITAS, PRESIDENT<br>3140 SW 118TH TERRACE<br>DAVIE, FL 33325 | CREDITOR ID: 250562-12<br>GHIRARDELLI CHOCOLATE<br>DEPT 01602<br>SAN FRANCISCO, CA 94139 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388594-54<br>GIACCONE, BILL<br>74 TRIBUNE ST<br>METAIRIE LA 70001 | CREDITOR ID: 392652-55<br>GIACCONE, BILL<br>C/O FRANK A BRUNO, ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 | CREDITOR ID: 259524-12<br>GIAMETTA, RHODONNA<br>PO BOX 6332<br>BILOXI, MS 39540 |
| CREDITOR ID: 389573-54<br>GIANASSI, MARK<br>2201 MARINA BAY DRIVE, APT 201<br>FORT LAUDERDALE, FL 33312 | CREDITOR ID: 389573-54<br>GIANASSI, MARK<br>C/O MOULIS & ASSOCIATES PA<br>ATTN MIKE MOULIS, ESQ<br>1100 LEE WAGENER BLVD, SUITE 312<br>FORT LAUDERDALE FL 33315 | CREDITOR ID: 393244-55<br>GIANASSI, MARK<br>C/O LESLIE DUBERSTEIN GLENN, ESQ<br>370 W CAMINI GARDENS BLVD, STE 300<br>BOCA RATON FL 33432 |
| CREDITOR ID: 386873-54<br>GIANNA, JOSH<br>8325 101ST AVE<br>VERO BEACH FL 32967 | CREDITOR ID: 388824-54<br>GIANNELI, MARIA<br>6248 NE 2ND TERRACE<br>FORT LAUDERDALE, FL 33334 | CREDITOR ID: 388824-54<br>GIANNELI, MARIA<br>5248 NE 2ND TERRACE<br>FORT LAUDERDALE, FL 33334 |
| CREDITOR ID: 407639-93<br>GIANNELLI, MARIA<br>C/O FINIZIO & FINIZIO PA<br>ATTN: JAMIE J FINIZIO-BASCOMBE<br>106 SOUTHEAST 9TH ST<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 387172-54<br>GIANNETTO, PHILLIP<br>168 CENTRAL AVE.<br>ROCKINGHAM, NC 28379 | CREDITOR ID: 391758-55<br>GIANNETTO, PHILLIP<br>C/O: GOODWIN LAW OFFICES<br>GEORGE WAYNE GOODWIN<br>BOX 1533<br>ROCKINGHAM NC 28380 |
| CREDITOR ID: 387139-54<br>GIBBS, EUGENE<br>3605 STUART STREET<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 391724-55<br>GIBBS, EUGENE<br>C/O: ERIC S. BLOCK, ESQ.<br>LAW OFFICES OF ERIC S. BLOCK, PA<br>5150 BELFORT ROAD<br>BLDG. 600, SUITE B<br>JACKSONVILLE FL 32256 | CREDITOR ID: 406671-MS<br>GIBBS, JOHNNIE G.<br>802 WOODBERRY DR.<br>EVANS GA 30909 |
| CREDITOR ID: 400155-86<br>GIBBS, SUE<br>5478 WHITEHALL RD.<br>IULA  GA 30554 | CREDITOR ID: 250563-12<br>GIBSON GREETINGS<br>PO BOX 641517<br>PITTSBURGH, PA 15264-1517 | CREDITOR ID: 404747-95<br>GIBSON GREETINGS<br>DEPT AT 40218<br>ATLANTA GA 31192-0218 |
| CREDITOR ID: 373695-44<br>GIBSON, ANITA<br>1107 SCHOOL STREET<br>COCOA, FL 32922 | CREDITOR ID: 247271-12<br>GIBSON, CRYSTAL<br>PO BOX 2083<br>UMATILLA FL 32784 | CREDITOR ID: 381682-47<br>GIBSON, DANNY<br>8922 EATON AVENUE<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 249161-12<br>GIBSON, ESTATE OF JUDY R<br>PO BOX 151<br>WALKERTOWN, NC 27051 | CREDITOR ID: 393242-55<br>GIBSON, YVONNE GOLDEN<br>C/O: RABUN JONES ESQ<br>DYER, DYER, JONES & DANIELS, P.A.<br>149 NORTH EDISON STREET<br>P.O. DRAWER 560<br>GREENVILLE MS 38702-0560 | CREDITOR ID: 389570-54<br>GIBSON, YVONNE GOLDEN<br>1117 BOYD STREET<br>GREENVILLE, MS 38701 |
| CREDITOR ID: 381117-47<br>GIDDENS SECURITY CORPORATION<br>PO BOX 37459<br>JACKSONVILLE, FL 32236-7459 | CREDITOR ID: 243899-12<br>GIDDENS, BRENDA<br>JAX DIVISION STORE# 84<br>EMP ID# 36201<br>JACKSONVILLE FL 32202 | CREDITOR ID: 387848-54<br>GIGURE, VERONICA R<br>230 MEEHAN AVE<br>PALM BAY, FL 32907 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406672-MS<br>GIL, FRANK<br>3713 GALLO DR.<br>ST. BERNARD LA 70043 | CREDITOR ID: 388879-54<br>GIL, RAMON<br>5317 GARDEN AVENUE<br>WEST PALM BEACH FL 33405 | CREDITOR ID: 392807-55<br>GIL, RAMON<br>C/O: CARLOS HERNANDEZ, ESQ.<br>PALLO, MARKS & HERNANDEZ, P.A.<br>4800 RIVERSIDE DR., STE. 101<br>PALM BCH GDNS FL 33420 |
| CREDITOR ID: 250564-12<br>GILBARCO INC<br>12249 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 250565-12<br>GILBERT C HINSON<br>4962 PEBBLE BEACH AVENUE<br>SARASOTA FL 34234 | CREDITOR ID: 250566-12<br>GILBERT CARRERAS<br>D/B/A GIL'S TRCKNG<br>229 MORNINGSIDE LOOP<br>VALRICO FL 33594 |
| CREDITOR ID: 250567-12<br>GILBERT EGGS<br>P O DRAWER 239<br>FORESST, MS 39074 | CREDITOR ID: 394226-56<br>GILBERT, BETTY<br>1009 COUNTY RD 444<br>FIVE POINTS AL 36855 | CREDITOR ID: 400156-86<br>GILBERT, GLENN<br>2121 WINDY HILL<br>MARIETTA  GA 30060 |
| CREDITOR ID: 387323-54<br>GILBERT, PATRICIA A<br>4011 36TH CT APT 6F<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 391901-55<br>GILBERT, PATRICIA A<br>C/O: DAN W. MOSES, ESQUIRE<br>THE LAW OFFICES OF DAN W. MOSES<br>ONE SOUTH OCEAN BLVD STE 317<br>BOCA RATON FL 33429 | CREDITOR ID: 259967-12<br>GILBERT, RONNIE T<br>PO BOX 4598<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 250568-12<br>GILCHRIST SAUSAGE CO<br>ATTN JONNIE M THOMPSON, PRES<br>6266 NE JACKSONVILLE ROAD<br>OCALA, FL 34479 | CREDITOR ID: 250569-12<br>GILCO TRUCKING<br>400 E 33RD STREET<br>CHARLOTTE NC 28205 | CREDITOR ID: 250570-12<br>GILCO TRUCKING CO<br>PO BOX 27474<br>SALT LAKE CITY UT 84127-0474 |
| CREDITOR ID: 250571-12<br>GILDA INDUSTRIES INC<br>2525 WEST 4TH AVE<br>HIALEAH, FL 33010 | CREDITOR ID: 250572-12<br>GILES CONSTRUCTION<br>1471 COUNTY RD 55<br>CLANTON, AL 35046 | CREDITOR ID: 404748-95<br>GILES ENTERPRISES INC<br>2750 GUNTER PARK DR W<br>MONTGOMERY AL 36121-0247 |
| CREDITOR ID: 250573-12<br>GILES ENTERPRISES INC<br>PO BOX 210247<br>MONTGOMERY, AL 36121-0247 | CREDITOR ID: 244673-12<br>GILES, CAROLYNE<br>511 AVENUE H<br>LOT 2<br>GREENWOOD, MS 38930 | CREDITOR ID: 386734-54<br>GILES, DARRYL<br>215 EAST BLACK STREET<br>ROCK HILL SC 29731 |
| CREDITOR ID: 391663-55<br>GILES, DARRYL<br>C/O: DAVID VANCE BENSON<br>ELROD, JONES, LEADER &BENSON, P.A.<br>216 EAST BLACK STREET<br>PO OFFICE DRAWER 11091<br>ROCK HILL SC 29731 | CREDITOR ID: 250574-12<br>GILL MANUFACTURING INC<br>ATTN HOWARD L GILL, VP<br>PO BOX 769<br>DAVENPORT, FL 33836-0769 | CREDITOR ID: 250575-12<br>GILL MECHANICAL SERVICES INC<br>1232 W KEMPER ROAD<br>SUITE 285<br>CINCINNATI, OH 45240 |
| CREDITOR ID: 243445-12<br>GILL, BEVERLY E<br>216 S FAIRBARN DRIVE<br>DELTONA FL 32725 | CREDITOR ID: 403268-92<br>GILL, FRANK<br>3713 GALLO DRIVE<br>CHALMETTE-ST BERNARD LA 70043 | CREDITOR ID: 386021-54<br>GILLARD, RAYMOND<br>8261 AIRLINE HWY<br>LOT 28<br>BATON ROUGE, LA 70815 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386208-54<br>GILLENS, WILLIE<br>16 SOUTH LAKE AVENUE<br>ORLANDO FL 32801 | CREDITOR ID: 391352-55<br>GILLENS, WILLIE<br>C/O: IRV MEYERS, ESQUIRE<br>MEYERS,MOONEY, PA<br>17 SOUTH LAKE AVENUE<br>ORLANDO FL 32801-2797 | CREDITOR ID: 405978-15<br>GILLESPIE, WILLARD J, TOMPKINS,<br>WANDA J & PAOLETTI, SHIRLEY A<br>1120 N V STREET<br>PENSACOLA FL 32505 |
| CREDITOR ID: 404749-95<br>GILLETTE COMPANY<br>PRUDENTIAL TWR BLDG/EVE ADAMS<br>800 BOYLSTON ST 26TH FL<br>BOSTON MA 21998004 | CREDITOR ID: 250576-12<br>GILLETTE COMPANY<br>PO BOX 100800<br>ATLANTA, GA 30384-0800 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>C/O POPPER & GRAFTON<br>ATTN: SAMUEL R. GRAFTON<br>225 WEST 34TH STREET<br>NEW YORK NY 10122 |
| CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199 | CREDITOR ID: 278700-99<br>GILLETTE COMPANY<br>ATTN: MARY TRAHAN, CREDIT MANAGER<br>PO BOX 100800<br>ATLANTA, GA 30384-0800 | CREDITOR ID: 406673-MS<br>GILLEY, JAMES C.<br>24 TURTLEBACK TR.<br>PONTE VEDRA FL 32082 |
| CREDITOR ID: 250577-12<br>GILLIAM CANDY BRANDS<br>PO BOX 1060<br>PADUCAH KY 42002 | CREDITOR ID: 389190-54<br>GILLIAM, CARMINA<br>PO BOX 3343<br>SAINT AUGUSTINE, FL 32085 | CREDITOR ID: 393051-55<br>GILLIAM, CARMINA<br>C/O: LIZ SEAY LEGAL ASSITANT<br>FARAH, FARAH, & ABBOTT, P.A.<br>1301 PLANTATION ISLAND DRIVE<br>SUITE 206A<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 406674-MS<br>GILLIE II, DOUGLAS H.<br>4973 HUNTSMEN PLACE<br>FONTANA CA 92336 | CREDITOR ID: 250578-12<br>GILLIOM AUDIOLOGY<br>2051 ART MUSEUM DRIVE SUITE 130<br>JACKSONVILLE FL 32207 | CREDITOR ID: 397978-76<br>GILLS, SYLVESTER<br>1330 BUCKINGHAM DR.<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 398164-77<br>GILLS, SYLVESTER<br>ATTN GEORGE B AZAR<br>PO BOX 2028<br>MONTGOMERY, AL 36102 | CREDITOR ID: 391484-55<br>GILLS, SYLVESTER<br>C/O: PAUL C. BARTLEY<br>AZAR & AZAR<br>260 WASHINGTON AVE<br>P.O. BOX 2028<br>MONTGOMERY AL 36102 | CREDITOR ID: 388410-54<br>GILMARTIN, ANDREW R<br>1975 IRONDALE RD<br>NORTH PORT, FL 34287 |
| CREDITOR ID: 386070-54<br>GILMORE, SADIE<br>1390 GLASS MILL RD<br>OPELIKA, AL 36801 | CREDITOR ID: 391267-55<br>GILMORE, SADIE<br>C/O ROBERT SIMMS THOMPSON, PC<br>ATTN TIFFANY N JOHNSON, ESQ<br>308 NORTH ELM STREET<br>PO BOX 830780<br>TUSKEGEE AL 36083 | CREDITOR ID: 402613-89<br>GILREATH JR., HAROLD L.<br>2054 RIVERSIDE AVE.<br>APT. 4107<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 406675-MS<br>GILREATH JR., HAROLD L.<br>2720 FOREST CIRCLE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 250579-12<br>GILSTER MARY LEE CORP<br>PO BOX 227<br>CHESTER, IL 62233-0227 | CREDITOR ID: 250580-12<br>GILSTRAP & ASSOCIATES WD AWARDS<br>8499 LILLY LAKE ROAD<br>MELROSE FL 32666 |
| CREDITOR ID: 406676-MS<br>GILSTRAP, WALTER H.<br>101 CARMEN WAY<br>EASLEY SC 29642 | CREDITOR ID: 267483-31<br>GIM BUILDING & UTILITY INC<br>ATTN: JIM BLANKENSHIP<br>1605 W SCOTT ST<br>PENSACOLA FL 32501-1237 | CREDITOR ID: 250581-12<br>GINA HAYES GINA'S KICKIN KAROAKE<br>182 THRASHER LANE<br>OCILLA GA 31774 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                    **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 250582-12<br>GINA M HIOLLADAY<br>9604 TAVIENER DRIVE<br>BOCA RATON FL 33496 | CREDITOR ID: 250583-12<br>GINA RESTINA<br>PO BOX 1266<br>TITUSVILLE FL 32781 | CREDITOR ID: 250586-12<br>GINA SMITH<br>9710 LORALINDA DRIVE<br>CINCINNATI OH 45251 |
| CREDITOR ID: 406677-MS<br>GINGERICH, ROGER<br>3810 NW 3 TERR.<br>POMPANO BEACH FL 33064 | CREDITOR ID: 388100-54<br>GINN, LINDA<br>2914 LAGNEY DRIVE<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 392358-55<br>GINN, LINDA<br>C/O JAMES GLOBER ESQ.<br>2119 RIVERSIDE AVE, SUITE 200<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 381866-99<br>GINNIE VAN KESTEREN PA<br>ATTN: GINNIE VAN KESTEREN<br>111 SECOND AVE NE, STE 706<br>ST PETERSBURGH FL 33701 | CREDITOR ID: 250587-12<br>GINTARE KEBLYTE<br>135 MIRACLE STRIP PKWY<br>FORT WALTON BEACH, FL 32541 | CREDITOR ID: 244764-12<br>GIORDANO, CATHERINE<br>8745 BELTER DRIVE<br>ORLANDO FL 32817 |
| CREDITOR ID: 386748-54<br>GIORDANO, RICHARD<br>6250 PALM TRACE LANDING DRIVE<br>APT 205<br>DAVIE FL 33314 | CREDITOR ID: 405941-93<br>GIORDANO, RICHARD<br>C/O DAVID M BENENFELD, P.A.<br>ATTN: DAVID M BENEFELD, EDQ<br>5950 W OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 403721-94<br>GIORDANO, RICHARD G<br>8951 SW 52 CT<br>COOPER CITY FL 33328 |
| CREDITOR ID: 255163-12<br>GIORGIANNI, LYNN<br>3081 ISSER LANE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 250588-12<br>GIORGIO FOOD INC<br>PO BOX 13700-1167<br>PHILADELPHIA, PA 19191-1167 | CREDITOR ID: 250590-12<br>GIOVANNI SANDOVAL<br>14028 SOUTHWEST 90TH TERRACE<br>MIAMI FL 33186 |
| CREDITOR ID: 250591-12<br>GIOVANNIO M ANDERSON<br>294 WRIGHT AVENUE<br>APT 297<br>GRETNA LA 70056 | CREDITOR ID: 399506-82<br>GIPSON, ANNIE<br>5540 GRANTS FERRY ROAD<br>BRANDON  MS 39047 | CREDITOR ID: 388989-54<br>GIPSON, CLARA<br>3865 NARROW LANE ROAD<br>MONTGOMERY, AL 36111 |
| CREDITOR ID: 392891-55<br>GIPSON, CLARA<br>C/O LARRY R SASSER LLC<br>ATTN LARRY R SASSER, ESQ<br>7020 FAIN PARK DRIVE, SUITE 3<br>MONTGOMERY AL 36117 | CREDITOR ID: 253146-12<br>GIPSON, JOANNA G<br>12850 STRICKLAND LANDING COURT<br>PERRY, FL 32348 | CREDITOR ID: 387364-54<br>GIRALDO, TARYN D<br>6021 NW 5 STREET<br>MIAMI, FL 33126 |
| CREDITOR ID: 391934-55<br>GIRALDO, TARYN D<br>C/O- KEITY MENESES, CASE MANAGER<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 392862-55<br>GIRDZUS, JAMES<br>C/O: KENDALL C. DUNSON, ESQUIRE<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS &<br>P. O. BOX 4160<br>MONTGOMERY AL 36103 | CREDITOR ID: 250592-12<br>GIRL SCOUTS OF SOUTH CENTRAL AL<br>145 COLISEUM BLVD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 250593-12<br>GIRLS ON THE RUN<br>2610 COUNTESS OF EGMONT STREET<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 388033-54<br>GIROUARD, RITA<br>109 CANTAL DR<br>APT A<br>LAFAYETTE, LA 70507 | CREDITOR ID: 245037-12<br>GIRTMAN, CHARLES<br>2825 TANGLEWOOD DRIVE<br>WESLEY CHAPEL FL 33543 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 404750-95
GISCO DOCK
1029 BAYSTREET
BRUNSWICK GA 31520

CREDITOR ID: 250594-12
GISCO DOCK
221 MAGNOILA AVE
ST SIMONS ISLAND, GA 31522-4323

CREDITOR ID: 250595-12
GISEL E VELEZ
4291 NW 9TH AVENUE
#105
POMPANO BEACH FL 33064-0200

CREDITOR ID: 250596-12
GISELA FOULK
500 S CHAFFEE ROAD, LOT 87
JACKSONVILLE FL 32221

CREDITOR ID: 376818-44
GISEVIUS, ROBERT
8850 GERVAIS STREET
NEW ORLEANS, LA 70127

CREDITOR ID: 384328-47
GISEVIUS, ROBERT
70306 ABITA AVENUE
MANDEVILLE, LA 70471

CREDITOR ID: 385442-54
GITZ, LOURENA
35 O.K
HARAHAN, LA 70123

CREDITOR ID: 390745-55
GITZ, LOURENA
C/O: BENJAMIN J. BIRDSALL, ESQUIRE
BIRDSALL LAW FIRM, INC.
918 POYDRAS ST.
2ND FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 250597-12
GIUMARRA COMPANIES
FILE NO 12262
LOS ANGELES CA 90074-2262

CREDITOR ID: 404751-95
GIUMARRA VINEYARDS CORP
P O BOX 2407
BAKERSFIELD CA 93303

CREDITOR ID: 250598-12
GIUMARRA VINEYARDS CORP
PO BOX 1969
BAKERSFIELD, CA 93303

CREDITOR ID: 250599-12
GIVAUDAN FLAVORS
PO BOX 73767
CHICAGO, IL 60673-7767

CREDITOR ID: 250600-12
GIVE AND GO PREPARED FOODS USA INC
21961 NETWORK PLACE
CHICAGO IL 60673-1219

CREDITOR ID: 386852-54
GJESVOLD, LORI
3318 MCGEHEE RD
MONTGOMERY AL 36111

CREDITOR ID: 250205-12
GJR LAWN & TURF SERVICE
14940 SOUTHWEST 248TH STREET
HOMESTEAD, FL 33032

CREDITOR ID: 250206-12
GK SERVICES
3735 CORPOREX PK DR
TAMPA, FL 33619

CREDITOR ID: 250601-12
GLA LLC
% RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 250602-12
GLACIER SALES INC
PO BOX 2646
YAKIMA, WA 98907

CREDITOR ID: 406678-MS
GLADDEN, RUPERT
4734 ROYAL AVE.
JACKSONVILLE FL 32205

CREDITOR ID: 250603-12
GLADE SCHOOL
3328 HWY ST
LAPLACE, LA 70068

CREDITOR ID: 267484-31
GLADES COUNTY SOLID WASTE
ATTN: TIM SMITH
11990 W SR 78
MOORE HAVEN FL 33471

CREDITOR ID: 397794-75
GLADES GAS COMPANY
804 N PARROT AVE
OKEECHOBEE, FL 34972

CREDITOR ID: 250605-12
GLADES GENERAL HOSPITAL
1201 SOUTH MAIN STREET
BELLE GLADE, FL 33430

CREDITOR ID: 250606-12
GLADWELLS FLORIST INC
5975-7 WILSON BLVD
JACKSONVILLE, FL 32210

CREDITOR ID: 250607-12
GLADYS C FERNANDEZ
88 E 59TH STREET
HIALEAH FL 33013

CREDITOR ID: 250608-12
GLADYS H NORMAN
104 COUNT GREGORY
KNIGHTDALE NC 27545

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250609-12<br>GLADYS N RAY<br>3617 TWIN OAK LANE<br>LOUISVILLE KY 40219 | CREDITOR ID: 250610-12<br>GLADYS WINGATE<br>3737 FRONTERA CIRCLE<br>PENSACOLA FL 32505 | CREDITOR ID: 250611-12<br>GLAFIRA E BARREDO<br>351 PALM WAY 302<br>PEMBROKE PINES FL 33025 |
| CREDITOR ID: 386513-54<br>GLAGOLA, EMMA<br>2386 CHESTNUT LOG DR.<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 389269-54<br>GLAGOLA, EMMA<br>1325 PINE RIDGE DR<br>SAVANNAH GA 31406 | CREDITOR ID: 391549-55<br>GLAGOLA, EMMA<br>C/O MURPHY & CLAY<br>ATTN JACK E CLAY, ESQ<br>8337 OFFICE PARK DRIVE<br>PO BOX 1323<br>DOUGLASVILLE GA 30133 |
| CREDITOR ID: 250612-12<br>GLASGOW DAILY TIMES<br>PO BOX 1179<br>GLASGOW, KY 42142-1179 | CREDITOR ID: 250613-12<br>GLASGOW ELECTRIC PLANT BOARD<br>100 MALLORY DR<br>GLASGOW KY 42142-1809 | CREDITOR ID: 250614-12<br>GLASGOW URGENT CLINIC INC<br>411 S L ROGERS WELLS RD<br>GLASGOW KY 42141-1191 |
| CREDITOR ID: 250615-12<br>GLASGOW WATER CO<br>PO BOX 819<br>GLASGOW, KY 42142-0819 | CREDITOR ID: 250616-12<br>GLASS DOCTOR OF ORLANDO<br>PO BOX 720786<br>ORLANDO, FL 32872 | CREDITOR ID: 250617-12<br>GLASS INC<br>210 GRAND AVE<br>MERIDIAN MS 39301 |
| CREDITOR ID: 250618-12<br>GLASS ONION PRODUCTIONS INC<br>1665 LINKSIDE COURT NORTH<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 250619-12<br>GLASS SPECIALTIES INC<br>119 MAIN STREET<br>PINEVILLE LA 71360 | CREDITOR ID: 400221-85<br>GLASS, TINA<br>C/O ALFRED DEUTSCHMAN, ESQ.<br>ALFRED L. DEUTSCHMAN, P.A.<br>217 N. APOPKA AVENUE<br>INVERNESS FL 34450 |
| CREDITOR ID: 399737-84<br>GLASS, TINA<br>PO BOX 6456<br>OCALA FL 34478 | CREDITOR ID: 250620-12<br>GLASSDOCTOR<br>PO BOX 1144<br>VALDOSTA GA 31601 | CREDITOR ID: 382015-36<br>GLAXOSMITHKLINE<br>GREGORY AJ CREIGHAN<br>PO BOX 1467<br>PITTSBURG PA 15230 |
| CREDITOR ID: 406305-G5<br>GLAXOSMITHKLINE - GSK<br>ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 | CREDITOR ID: 250621-12<br>GLAZER CO OF LOUISIANA<br>111 RIVERBEND BOULEVARD<br>ST. ROSE, LA 70087 | CREDITOR ID: 384144-47<br>GLAZER WHOLESALE<br>111 RIVERBEND BLVD<br>ST ROSE, LA 70087 |
| CREDITOR ID: 400712-91<br>GLAZNER, PHIL<br>921 OLD MILL RUN<br>ORMOND BEACH FL 32174-6160 | CREDITOR ID: 406679-MS<br>GLEASON, JEFFREY P<br>2814 ST JOHNS AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 385893-54<br>GLEMAUD, DGENANE<br>2110 N 38TH AVE<br>HOLLYWOOD, FL 33021 |
| CREDITOR ID: 391137-55<br>GLEMAUD, DGENANE<br>C/O BARRY ALAN WILEN, ESQ<br>EMERALD HILLS EXECUTIVE PLAZA<br>4601 SHERIDANT STREET, SUITE 208<br>HOLLYWOOD FL 33021 | CREDITOR ID: 250622-12<br>GLEN A POWELL<br>5470 MCCRARY ROAD<br>SEMMES AL 36575 | CREDITOR ID: 267485-31<br>GLEN ARBOR OF CAROLINAS LLC<br>ATTN: KATIE WILLSON<br>2000 GLEN ARBOR CT<br>AIKEN SC 29801-2006 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250623-12<br>GLEN ESTE HIGH SCHOOL<br>4342 GE WITHAMSVILLE RD<br>CINCINNATI OH 45245 | CREDITOR ID: 267486-31<br>GLEN HILLS UTLTY DIST OF TENNE<br>ATTN: CHRIS MEYERS<br>201 ASHEVILLE HWY<br>GREENEVILLE TN 37743-4603 | CREDITOR ID: 250625-12<br>GLEN OAKS HIGH<br>6650 CEDAR GROVE<br>BATON ROUGE, LA 70812 |
| CREDITOR ID: 250626-12<br>GLEN RAPP DBA/MASTER PLUMBING<br>PO BOX 1146<br>SANFORD, NC 27331 | CREDITOR ID: 250627-12<br>GLEN ROSE TRANSPORTATION<br>MANAGEMENT INC<br>PO BOX 7329<br>GLEN ROSE TX 76043 | CREDITOR ID: 250628-12<br>GLENDA A SLAY<br>PO BOX 807<br>HIGHLAND CITY FL 33846 |
| CREDITOR ID: 250630-12<br>GLENDA BOYLES<br>551 TOWER ROAD<br>VALE NC 28168 | CREDITOR ID: 250631-12<br>GLENDA MEADE<br>21250 NW 14 PLACE<br>APT # 202<br>MIAMI FL 33169 | CREDITOR ID: 381268-47<br>GLENDA MOORE & RICHARD MOORE<br>1348 CRINE BLVD<br>CAIRO, GA 39828 |
| CREDITOR ID: 250632-12<br>GLENDA SMITH<br>652 BUCK SWAMP ROAD<br>BRUNSWICK GA 31523 | CREDITOR ID: 250633-12<br>GLENDA WHITTINGTON<br>2495 WEST ORANGE ROAD<br>DELAND FL 32724 | CREDITOR ID: 250634-12<br>GLENDALE ELEMENTARY SCHOOL<br>900 W DEAN ST<br>EUNICE, LA 70535 |
| CREDITOR ID: 250635-12<br>GLENDALE ELEMENTARY SCHOOL<br>930 CONGRESS AVE<br>CINCINNATI OH 45246 | CREDITOR ID: 250636-12<br>GLENN A TRENT INC TIRE & WRECKER CO<br>PO BOX 11735<br>LYNCHBURG VA 24506 | CREDITOR ID: 250637-12<br>GLENN BURDETTE<br>36 CLAREMORE AVENUE<br>GREENVILLE SC 29607 |
| CREDITOR ID: 250639-12<br>GLENN HOUSER<br>3521 20TH AVENUE NE<br>HICKORY NC 28601 | CREDITOR ID: 387099-54<br>GLENN, IVORY S<br>8090 ATLANTIC BLVD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 386483-54<br>GLENN, SUBRENA<br>111 FOREST STREET<br>GREER SC 29651 |
| CREDITOR ID: 391528-55<br>GLENN, SUBRENA<br>C/O: ALAN COCHRAN<br>COCHRAN LAW FIRM, P.A.<br>1617 EAST NORTH STREET<br>GREENVILLE SC 29607 | CREDITOR ID: 250640-12<br>GLENNA DRAKE<br>657 AGUSTA ROAD<br>WINTER HAVEN FL 33884 | CREDITOR ID: 250641-12<br>GLENNS SEWER & DRAIN<br>1914 HWY 1185<br>COTTONPORT, LA 71327 |
| CREDITOR ID: 278472-25<br>GLENWAY ASSOCIATES<br>C/O DDRD DOWN REIT LLC<br>PO BOX 643474<br>DEPT. 295<br>PITTSBURGH PA 15264-3474 | CREDITOR ID: 278633-25<br>GLENWAY ASSOCIATES<br>STAR BANK NATIONAL ASSOCIATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 1038<br>ML 9105<br>CINCINNATI OH 45201 | CREDITOR ID: 250642-12<br>GLENWOOD COOPERATIVE INC<br>PO BOX 545<br>NAPOLEONVILLE LA 70390-0545 |
| CREDITOR ID: 1381-07<br>GLENWOOD MIDWAY CO. LLC<br>SUITE 306<br>16740 BIRKDALE COMMONS PARKWAY<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 250644-12<br>GLIDDEN COMPANY<br>STORE #0264<br>6259 SOUTH BOULEVARD<br>CHARLOTTE, NC 28217 | CREDITOR ID: 405903-15<br>GLIDDEN COMPANY, THE DBA ICI PAINTS<br>ATTN MICHAEL C ROCK<br>15885 W SPRAGUE ROAD HQW, RM A105<br>STRONGSVILLE OH 44136 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                              **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 2261-07<br>GLIMCHER DEVELOPMENT CORP.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 250645-12<br>GLIMCHER PROPERTIES LIMITED<br>C/O FIRSTSTAR BANK<br>PO BOX 641973<br>CINCINNATI, OH 45264-1973 | CREDITOR ID: 1382-07<br>GLIMCHER PROPERTIES LIMITED<br>C/O FIRSTSTAR BANK<br>PO BOX 641973<br>CINCINNATI, OH 45264-1973 |
| CREDITOR ID: 2263-07<br>GLIMCHER PROPERTIES LIMITED PTNRSH<br>NEWBERRY SQUARE SHOPPING CENTER<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 278473-24<br>GLIMCHER PROPERTIES LP<br>20 S. THIRD STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 278634-24<br>GLIMCHER PROPERTIES LP<br>MERRILL LYNCH CAPITAL<br>222 N. LASALLE STREET<br>16TH FLOOR<br>CHICAGO IL 60601 |
| CREDITOR ID: 385224-54<br>GLISSON, ELIZABETH<br>11811 CREEK BLVD.<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 390532-55<br>GLISSON, ELIZABETH<br>C/O LAW OFFICES OF DAVID SACKS<br>ATTN DAVID B SACKS, ESQ<br>1824 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406680-MS<br>GLOAD, JAMES R.<br>2386 HOPE LANE<br>LAKE PARK FL 33410 |
| CREDITOR ID: 250647-12<br>GLOBAL BERRY FARMS<br>2241 TRADE CENTER WAY STE A<br>NAPLES, FL 34109 | CREDITOR ID: 250648-12<br>GLOBAL COMPUTER SUPPLIES<br>PO BOX 5133<br>CHICAGO IL 60680-5133 | CREDITOR ID: 250649-12<br>GLOBAL DOCUGRAPHIX SALES<br>PO BOX 5707<br>SHREVEPORT LA 71135-5707 |
| CREDITOR ID: 250650-12<br>GLOBAL EQUIPMENT CO<br>PO BOX 5200<br>SUWANEE GA 30024 | CREDITOR ID: 250651-12<br>GLOBAL EQUIPMENT SERVICES<br>ATTN GUS HARRIS, VP<br>PO BOX 48592<br>ST PETERSBURG, FL 33743-8592 | CREDITOR ID: 250652-12<br>GLOBAL FLUID CONNECTORS<br>13170 NW 43RD AVE<br>OPA LOCKA, FL 33054 |
| CREDITOR ID: 250653-12<br>GLOBAL FRESH IMPORT & EXPORT<br>PO BOX 19261<br>SPRINGFIELD IL 62794 | CREDITOR ID: 250654-12<br>GLOBAL IMAGING SYSTEMS INC<br>PO BOX 740423<br>ATLANTA GA 30374-0423 | CREDITOR ID: 250655-12<br>GLOBAL LAUNDRIES INC<br>2664 WEST 79TH STREET<br>HIALEAH FL 33016 |
| CREDITOR ID: 250656-12<br>GLOBAL MATERIAL TECHNOLOGIES INC<br>5134 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 404752-95<br>GLOBAL MATERIAL TECHNOLOGIES INC<br>135 SOUTH LASALLE STREET<br>DEPT 5134<br>CHICAGO IL 60674-5134 | CREDITOR ID: 250657-12<br>GLOBAL MERCHANDISE LLC<br>12802 NORTH SCOTTSDALE ROAD<br>SCOTTSDALE AZ 85254 |
| CREDITOR ID: 382344-51<br>GLOBAL NETXCHANGE<br>333 BUSH STREET, 18TH FLOOR<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 267487-31<br>GLOBAL PROFESSIONAL DEV<br>ATTN: DOMINIC BAUMA<br>2900 CHAMBLEE TUCKER RD<br>ATLANTA GA 30341-4100 | CREDITOR ID: 250658-12<br>GLOBAL SECURITY INC<br>12995 SW 132 COURT<br>MIAMI, FL 33186 |
| CREDITOR ID: 267488-31<br>GLOBAL SERVICE INTEGRATION LLC<br>ATTN: VINCE GUTHRIE<br>2316 LAWRENCE ST<br>ATLANTA GA 30344-2525 | CREDITOR ID: 382325-51<br>GLOBAL TRADING, INC.<br>PO BOX 26809<br>GREENVILLE, SC 29616 | CREDITOR ID: 250660-12<br>GLORIA A FRANCISQUINI<br>543 NW 35TH STREET<br>MIAMI FL 33127 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250661-12<br>GLORIA A RIVAS<br>1513 RIVER REACH DR   APT #239<br>ORLANDO FL 32828 | CREDITOR ID: 250662-12<br>GLORIA ALVAREZ<br>910 N DANCER WAY<br>CASSELBERRY FL 32707 | CREDITOR ID: 250663-12<br>GLORIA E TROVER<br>10700 GAYTON ROAD<br>RICHMOND VA 23233 |
| CREDITOR ID: 250665-12<br>GLORIA ELIZABETH ROBERTS<br>1479 WILD IRIS LANE<br>ORANGE PARK, FL 32003 | CREDITOR ID: 250664-12<br>GLORIA ELIZABETH ROBERTS<br>PAID THREW P CARD<br>1757 BUTTONBUSH WAY<br>ORANGE PARK FL 32003 | CREDITOR ID: 250667-12<br>GLORIA LAFOY<br>4217 STONEHILL LANE<br>TUSCALOOSA AL 35405 |
| CREDITOR ID: 250668-12<br>GLORIA MEDLEY<br>3068 CALDER DRIVE<br>JACKSONVILLE FL 32250 | CREDITOR ID: 250669-12<br>GLORIA ROUSE<br>6002 COBLE CHURCH ROAD<br>LIBERTY NC 27298 | CREDITOR ID: 250670-12<br>GLORIA SIMMONS<br>22006 BELGRADE<br>PANAMA CITY BEACH FL 32413 |
| CREDITOR ID: 250671-12<br>GLORIA TORRES<br>8902 N W 145 LANE<br>MIAMI FL 33018 | CREDITOR ID: 250672-12<br>GLORIA WHATLEY<br>PO BOX 456<br>LUCEDALE MS 39452 | CREDITOR ID: 250673-12<br>GLORINE FRAZIER<br>11421 MANATEE DRIVE<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 384145-47<br>GLORY FOODS INC<br>PO BOX 714717<br>COLUMBUS, OH 43271-4717 | CREDITOR ID: 250674-12<br>GLORY FOODS INC<br>PO BOX 633796<br>CINCINNATI, OH 45263-3796 | CREDITOR ID: 250675-12<br>GLORY TRANSPORTATION<br>ATTN TOM DOTY, PRES<br>PO BOX 8757<br>FAYETTEVILLE, AR 72703 |
| CREDITOR ID: 250676-12<br>GLOUCESTER CHAMBER OF COMMERCE<br>BOX 296<br>GLOUCESTER VA 23061 | CREDITOR ID: 398-03<br>GLOUCESTER CO UTILITIES DEPT.<br>6489 MAIN STRET<br>GLOUCESTER VA 23061 | CREDITOR ID: 404754-95<br>GLOUCESTER COUNTY<br>PO BOX 337<br>GLOUCESTER VA 23061-0337 |
| CREDITOR ID: 250679-12<br>GLOUCESTER MATHEWS GAZETTE JOURNAL<br>PO BOX 2060<br>GLOUCESTER, VA 23061 | CREDITOR ID: 267489-31<br>GLOUCESTER WATER<br>ATTN: LAWRENCE DAME<br>8214 RESERVOIR RIDGE RD<br>GLOUCESTER VA 23061 | CREDITOR ID: 373685-44<br>GLOVER, ANGELA<br>4027 61ST STREET WEST<br>BRADENTON FL 34209 |
| CREDITOR ID: 386520-54<br>GLOVER, CEDRIC<br>425 FIELDSTONE COURT<br>MONTGOMERY AL 36117 | CREDITOR ID: 391555-55<br>GLOVER, CEDRIC<br>C/O: C. BRANDON GLASS<br>C. BRANDON GLASS, ATTY AT LAW<br>2300 10TH COURT SOUTH<br>BIRMINGHAM AL 35205 | CREDITOR ID: 389887-54<br>GLOVER, CLAUDIA<br>PO BOX 1357<br>CRAWFORDVILLE, FL 32326 |
| CREDITOR ID: 393427-55<br>GLOVER, CLAUDIA<br>C/O RICHARD W RENO, PA<br>ATTN RICHARD W RENO, ESQ<br>PO BOX 368<br>CRAWFORDVILLE FL 32326-0368 | CREDITOR ID: 406681-MS<br>GLOVER, DEAN<br>2507 GREENMOOR PLACE<br>TAMPA FL 33618 | CREDITOR ID: 375089-44<br>GLOVER, JENNIFER<br>3574 WILLIAMS AVE #6<br>MIAMI, FL 33133 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250681-12<br>GLOVERS LOCK SERVICE<br>514 KRAFT STREET<br>CLARKSVILLE TN 37042-5515 | CREDITOR ID: 250680-12<br>GLOVERS LOCK SERVICE<br>305 NORTH DR<br>HOPKINSVILLE KY 42240 | CREDITOR ID: 240464-06<br>GLYNN COUNTY FIANCE DEPARTMENT<br>OCCUPATION TAX DIVISION<br>1725 REYNOLDS STREET<br>SUITE 300<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 240465-06<br>GLYNN COUNTY TAX COMMISSIONER<br>PO BOX 1259<br>PROPERTY TAX<br>BRUNSWICK GA 31521-1259 | CREDITOR ID: 404755-95<br>GLYNN COUNTY WATER & SEWER<br>P O BOX 20854<br>ST SIMONS ISLAND GA 31522-0854 | CREDITOR ID: 399-03<br>GLYNN COUNTY WATER & SEWER<br>1725 REYNOLDS STREET<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 250686-12<br>GLYNN ENTERPRISES LLC<br>PO BOX 751554<br>% ZIFF PROPERTIES INC<br>CHARLOTTE, NC 28275-1554 | CREDITOR ID: 397084-67<br>GLYNN TEACHERS FEDERAL CREDIT<br>3650 COMMUNITY ROAD<br>BRUNSWICK, GA 31520 | CREDITOR ID: 250207-12<br>GM ZEIGLER APIARIES<br>PO BOX 94<br>STOCKTON GA 31649 |
| CREDITOR ID: 250687-12<br>GMAC COMMERCIAL CREDIT LLC FOR<br>WE GO LLC<br>PO BOX 403058<br>ATLANTA GA 30384-3058 | CREDITOR ID: 380967-47<br>GMAC COMMERCIAL CREDIT LLC FOR WE GO LLC<br>PO BOX 403058<br>ATLANTA, GA 30384-3058 | CREDITOR ID: 381917-15<br>GMAC COMMERCIAL FINANCE LLC<br>ATTN CRAIG GALLETTO, ASST VP<br>1290 AVENUE OF THE AMERICAS, 3RD FL<br>NEW YORK NY 10104 |
| CREDITOR ID: 278053-22<br>GMAC COMMERCIAL FINANCE LLC<br>SYNDICATION AGENT<br>ATTN ROBERT BRANDOW, DIRECTOR<br>1290 AVENUE OF THE AMERICAS, 3RD FL<br>NEW YORK NY 10104 | CREDITOR ID: 278474-24<br>GMAC COMMERCIAL MORTGAGE<br>200 WITMER ROAD<br>HORSHAM PA 19044-8015 | CREDITOR ID: 381099-47<br>GME ENGINEERING CONSULTANTS<br>1200 WOODRUFF ROAD, SUITE C-23<br>GREENVILLE, SC 29607 |
| CREDITOR ID: 256224-12<br>GMIET, MICHAEL<br>8021 THOMPSON MILL ROAD<br>WAKE FOREST NC 27587 | CREDITOR ID: 407637-15<br>GNP GROUP OF PINEVILLE LLC<br>ATTN ELIZABETH FLEMING, OFFICE MGR<br>6428 BANNINGTON ROAD SUITE B<br>CHARLOTTE NC 28226 | CREDITOR ID: 382343-51<br>GNX<br>333 BUSH STREET, 18TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| CREDITOR ID: 382628-51<br>GNX (GLOBAL NETXCHANGE)<br>333 BUSH STREET, 18TH FLOOR<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 250688-12<br>GO GO DELIVERY SERVICE LLC<br>21950 COUNTY ROAD 49<br>ATTN: JIM BECK<br>SILVERHILL, AL 36576 | CREDITOR ID: 399508-82<br>GO, WAH HONG<br>12620 SW 113 COURT<br>MIAMI  FL 33176 |
| CREDITOR ID: 391994-55<br>GOAD, CHARLOTTE A<br>C/O HARRIS AND RIVIERE<br>ATTN LESLIE C RIVIERE, ESQ<br>OLD HYDE PARK<br>304 SOUTH FIELDING AVENUE<br>TAMPA FL 33606-2225 | CREDITOR ID: 387465-54<br>GOAD, CHARLOTTE A<br>8917 NO ROAD, LOT 68<br>JACKSONVILLE FL 32210 | CREDITOR ID: 250689-12<br>GOBLE BASFORD<br>5454 MOFFATT ROAD<br>MOBILE, AL 36618 |
| CREDITOR ID: 390051-54<br>GODAIL, CHARLES<br>1209 MINNESOTA AVE<br>KENNER LA 70062 | CREDITOR ID: 397880-76<br>GODDIN, RANDY<br>P.O. BOX 1643<br>CLANTON, AL 35046 | CREDITOR ID: 398075-77<br>GODDIN, RANDY<br>ATTN: WILLIAM P. BOGGS<br>P.O. BOX 597<br>CLANTON, AL 35046 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315849-40<br>GODFREY, JACK M & PETER<br>PO DRAWER G<br>MADILL OK 73446 | CREDITOR ID: 259763-12<br>GODFREY, ROBERT<br>364 CEDAR LAKE DRIVE<br>CALERA, AL 35040 | CREDITOR ID: 390321-54<br>GODINEZ, DANIEL<br>5541 PLUM COURT<br>COLLEGE PARK GA 30349 |
| CREDITOR ID: 250690-12<br>GODWIN ROAD SERVICE<br>PO BOX 3233<br>PHENIX CITY AL 36868-3233 | CREDITOR ID: 397827-76<br>GODWIN, JANICE<br>79 ANDREWS DRIVE<br>CAMILLA, GA 31730 | CREDITOR ID: 398033-77<br>GODWIN, JANICE<br>ATTN: MICHAEL L. BANKSTON<br>P.O. BOX 385<br>CAMILLA, GA 31730 |
| CREDITOR ID: 406077-93<br>GODWIN, PATRICIA<br>C/O KOLTUN & LAZAR, PA<br>ATTN SCOTT A LAZAR, ESQ<br>SUNSET INTERNATIONAL WEST<br>7000 SW 97TH AVE, STE 210<br>MIAMI FL 33173 | CREDITOR ID: 250691-12<br>GOETZE'S CANDY CO<br>3900 E MONUMENT ST<br>BALTIMORE MD 21205-2980 | CREDITOR ID: 406682-MS<br>GOFF, WARREN S.<br>2783 HIDDEN FOREST CT.<br>MARIETTA GA 30066 |
| CREDITOR ID: 385583-54<br>GOFFAR, KATHLEEN<br>PO BOX 6034<br>GAINESVILLE, FL 32627 | CREDITOR ID: 390878-55<br>GOFFAR, KATHLEEN<br>C/O: MICHAEL J. MAJOR<br>THE MAJOR LAW FIRM<br>1622 NW 19TH LANE<br>GAINESVILLE FL 32605 | CREDITOR ID: 389290-54<br>GOGGINS, CAROL<br>1004 10TH AVENUE<br>COLUMBUS MS 39701 |
| CREDITOR ID: 393117-55<br>GOGGINS, CAROL<br>C/O: BENNIE TURNER<br>P.O. DRAWER 1500<br>WEST POINT MS 39773-1500 | CREDITOR ID: 385532-54<br>GOINS, FRANCES<br>603 N OAKLAND ST<br>DALLAS, NC 28034 | CREDITOR ID: 250692-12<br>GOJO INDUSTRIES INC<br>PO BOX 931105<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 267490-31<br>GOLBY RASONER CHAPTER AMER SOC<br>ATTN: PAT GRANT<br>5330 MOELLER AVE<br>SARASOTA FL 34233-3267 | CREDITOR ID: 384146-47<br>GOLD COAST BEVERAGE DIST<br>1751 NW 12 AVENUE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 250693-12<br>GOLD COAST COMMODITIES<br>PO BOX 3<br>BRANDON, MS 39043 |
| CREDITOR ID: 384147-47<br>GOLD COAST EAGLE DIST<br>2150 47TH STREET<br>SARASOTA, FL 34230 | CREDITOR ID: 279011-32<br>GOLD COAST EAGLE DISTRIBUTING<br>ATTN: JOHN W. SAPUTO<br>2150 47TH STREET<br>SARASOTA FL 34234 | CREDITOR ID: 404756-95<br>GOLD DOLLAR PRODUCTS INC<br>PO BOX 13345<br>MEMPHIS TN 38113-0345 |
| CREDITOR ID: 250694-12<br>GOLD DOLLAR PRODUCTS INC<br>ATTN: SANDRA ABRAHAM, PRES<br>PO BOX 17826<br>MEMPHIS, TN 38187 | CREDITOR ID: 404757-95<br>GOLD KIST INC<br>ATTN SHERRY HAMRICK<br>244 PERIMETER CENTER PARKWAY<br>ATLANTA GA 30346-2397 | CREDITOR ID: 250695-12<br>GOLD KIST INC<br>PO BOX 116223<br>ATLANTA, GA 30368-6223 |
| CREDITOR ID: 279012-32<br>GOLD KIST INC.<br>ATTN: BARBARA M. GOETZ, ATTY.<br>244 PERIMETER CENTER PARKWAY, N.E.<br>ATLANTA GA 30346-2397 | CREDITOR ID: 250696-12<br>GOLD LEAF PUBLISHERS<br>PO BOX 1167<br>ZEBULON, NC 27597-1167 | CREDITOR ID: 250697-12<br>GOLD STANDARD MULTI MEDIA INC AR<br>320 WEST KENNEDY BLVD<br>SUITE 400<br>TAMPA, FL 33606 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250698-12<br>GOLD STAR CHILI, INC<br>650 LUNKEN PARK DRIVE<br>CINCINNATI OH 45226 | CREDITOR ID: 278475-24<br>GOLDBERG KOHN<br>ADAM M. LASER, ESQ<br>55 E. MONROE STREET<br>SUITE 3700<br>CHICAGO IL 60603 | CREDITOR ID: 269308-16<br>GOLDBERG, MICHAEL<br>GLANCY, BINKOW & GOLDBERG, LLP<br>1801 AVENUE OF THE STARS<br>SUITE 311<br>LOS ANGELES, CA 90067 |
| CREDITOR ID: 250699-12<br>GOLDEN DONUT INC<br>625 MANCHESTER EXPRESSWAY<br>COLUMBUS, GA 31904 | CREDITOR ID: 250700-12<br>GOLDEN EAGLE FUNDING LLC<br>PO BOX 905<br>PONTE VEDRA BEACH, FL 32004 | CREDITOR ID: 250701-12<br>GOLDEN EAGLE SYRUP<br>PO BOX 690<br>FAYETTE AL 35555-0690 |
| CREDITOR ID: 406122-97<br>GOLDEN FLAKE SNACK FOODS INC<br>ATTN: MARK MCCUTCHEON, PRES<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN: FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 | CREDITOR ID: 250703-12<br>GOLDEN GATE FIRE CONTROL&RESCUE DIS<br>4741 GOLDEN GATE PARKWAY<br>NAPLES FL 34116-6901 |
| CREDITOR ID: 395651-65<br>GOLDEN TRIANGLE<br>35 SIR HENRY DRIVE<br>COLUMBIA, MS 39705 | CREDITOR ID: 250704-12<br>GOLDEN TRIANGLE REALTY INC<br>C/O BRENNER REAL ESTATE GROUP<br>1500 WEST CYPRESS CREEK RD, STE 409<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 267491-31<br>GOLDEN TRIANGLE REGIONAL SOLD WASTE<br>ATTN: HON KENNY DILL<br>2505 OLD WEST POINT RD<br>STARKVILLE MS 39759-7500 |
| CREDITOR ID: 250705-12<br>GOLDEN TRIANGLE SERVICES<br>2920 PINERIDGE AVENUE<br>CINCINNATI, OH 45208 | CREDITOR ID: 2912-04<br>GOLDEN WASTE<br>PO BOX 9001099<br>LOUISVILLE KY 40290 | CREDITOR ID: 245284-12<br>GOLDEN, CHRIS<br>PO BOX 435<br>BALDWIN FL 32234 |
| CREDITOR ID: 406683-MS<br>GOLDEN, CLAYTON T.<br>1917 HUNTING RIDGE RD.<br>RALEIGH NC 27615 | CREDITOR ID: 250706-12<br>GOLDENROD DAIRY FOODS<br>PO BOX 400<br>MADISONVILLE KY 42431 | CREDITOR ID: 395288-63<br>GOLDER ASSOCIATES<br>ATTN: MARK JORDANA<br>8933 WESTERN WAY, SUITE 12<br>JACKSONVILLE, FL 32236 |
| CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA, GA 30368-0609 | CREDITOR ID: 250708-12<br>GOLDIE L SAUNDERS<br>4867 GADARA ROAD<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 250709-12<br>GOLDING FARMS FOODS INC<br>6061 GUN CLUB RD<br>WINSTON SALEM, NC 27103 |
| CREDITOR ID: 250710-12<br>GOLDKIST POULTRY<br>PO BOX 1000<br>LIVEOAK FL 32064 | CREDITOR ID: 243606-12<br>GOLDMAN, BLAKE A<br>PO BOX  28<br>ADDIS LA 70710 | CREDITOR ID: 250711-12<br>GOLDMARK FOODS INC<br>96 FRENEAU AVENUE<br>MATAWAN NJ 07747 |
| CREDITOR ID: 393713-58<br>GOLD'S GYM<br>5636 CYPRESS GARDENS BLVD<br>WINTER HAVEN, FL 33884 | CREDITOR ID: 250712-12<br>GOLDSBORO AMERIGAS<br>PO BOX 980<br>GOLDSBORO, NC 27533-0980 | CREDITOR ID: 407673-93<br>GOLDSBORO ASSOCIATES<br>AFI MANAGEMENT<br>NEW IBERIA ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 250713-12
GOLDSBORO HIGH SCHOOL
901 E BEECH ST
GOLDSBORO NC 27530

CREDITOR ID: 250714-12
GOLDSBORO NEON SIGN INC
PO BOX 1811
GOLDSBORO, NC 27533

CREDITOR ID: 250715-12
GOLDSBORO NEWS ARGUS
PO BOX 10629
GOLDSBORO, NC 27532-0629

CREDITOR ID: 388704-54
GOLDSBY, LOTHARIO
1817 BURNTWOOD DRIVE EAST
MOBILE AL 36609

CREDITOR ID: 406112-15
GOLDSTEIN FAMILY REVOCABLE TRUST
ATTN LAWRENCE GOLDSTEIN
5299 GARNEBY LANE
NORCROSS GA 30092

CREDITOR ID: 267492-31
GOLDSTON GULF SANITARY DST
ATTN: JOHNNY CLARK
14480 HIGHWAY 421
GULF NC 27256

CREDITOR ID: 250716-12
GOLF CART WORLD LLC
1229 N COLLINS BLVD
COVINGTON LA 70433

CREDITOR ID: 269309-16
GOLLA, MICHAEL
2117 WOODBURN LOOP SOUTH
LAKELAND, FL 33813

CREDITOR ID: 388460-54
GOLOMB, SALLY
728 FELDER AVE
MONTGOMERY, AL 36106

CREDITOR ID: 392555-55
GOLOMB, SALLY
C/O: LEWIS B HICKMAN JR. ESQ
LEWIS B HICKMAN ATTORNEY AT LAW
915 SOUTH HULL ST
MONTGOMERY AL 36104

CREDITOR ID: 388583-54
GOMES, MARILYN
104 SOTO ST.
INTERLACHEN FL 32148

CREDITOR ID: 392645-55
GOMES, MARILYN
C/O: AVERA & AVERA
P O BOX 2519
GAINESVILLE FL 32602-2519

CREDITOR ID: 387997-54
GOMEZ, ADE
5857 SW 22NS STREET
APT 5
MIAMI, FL 33155

CREDITOR ID: 392275-55
GOMEZ, ADE
C/O: RICHARD KUPER
RICHARD KUPER
226 E FLAGLER STREET, STE 200
MIAMI FL 33131

CREDITOR ID: 385964-54
GOMEZ, INGRID
420 NW 51 AVE
MIAMI, FL 33126

CREDITOR ID: 391192-55
GOMEZ, INGRID
C/O G WALTER ARAUJO PA LAW OFFICES
ATTN G WALTER ARAUJO, ESQ
102 E 49 STREET
HIALEAH FL 33013

CREDITOR ID: 257587-12
GOMEZ, OFELIA
2450 S W 138TH AVENUE
MIAMI, FL 33175

CREDITOR ID: 279366-36
GONNELLA FROZEN PRODUCTS
C/O RONALD LUCCHESI
1117 E. WILEY ROAD
SCHAUMBERG  IL 60173

CREDITOR ID: 250717-12
GONNELLA FROZEN PRODUCTS
ATTN JENNIFER SMOLZER
1117 E WILEY RD
SCHAUMBURG IL 60173

CREDITOR ID: 242593-12
GONNELLI, ASA A
205 LOCHBERRY PLACE
LONGWOOD FL 32779

CREDITOR ID: 387324-54
GONZALE, PAULINA
6419 DANTE LANE
ORLANDO, FL 32809

CREDITOR ID: 391902-55
GONZALE, PAULINA
C/O: JUAN LOPEZ PALMER
1516 E HILLCREST ST STE 305
ORLANDO FL 32803

CREDITOR ID: 384318-47
GONZALEA, RICARDO M
7810 NW 189TH STREET
MIAMI, FL 33015

CREDITOR ID: 250718-12
GONZALES MIDDLE SCHOOL
1502 WEST ORICE ROTH RD
GONZALES LA 70737

CREDITOR ID: 250719-12
GONZALES PRIMARY SCHOOL
521 NORTH BURNSIDE ST
GONZALES, LA 70737

CREDITOR ID: 388288-54
GONZALES, ANGELA
3421 SW 122ND COURT
MIAMI FL 33175

CREDITOR ID: 242634-12
GONZALES, ASHY-BROWN
C/O GMAC COMMERICAL MORTGAGE
PO BOX 740988
ATLANTA, GA 30374-0988

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ¸Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 406163-15
GONZALES, ESTATE OF MIRTA
C/O DEPENA & DEPENA, PA
ATTN FRANK DEPENA, ESQ
1810 JACKSON STREET
FORT MYERS FL 33901

CREDITOR ID: 385238-54
GONZALES, MARIA
1971 NE 1ST LN
BOYNTON BEACH, FL 33435

CREDITOR ID: 390546-55
GONZALES, MARIA
C/O GONZELEZ PORCHER GARCIA ET AL
ATTN ANDY M CUSTER, ESQ
2328 10TH AVENUE NORTH, SUITE 600
LAKE WORTH FL 33461

CREDITOR ID: 380945-47
GONZALEZ & TAPANES FOODS DBA SANTA FE
868 NORTHWEST 21 TERRACE
MIAMI, FL 33137

CREDITOR ID: 402-03
GONZALEZ UTILITIES
PO BOX 314
GONZALEZ FL 32560-0314

CREDITOR ID: 250720-12
GONZALEZ&TAPANES FOODS DBA SANTA FE
868 NORTHWEST 21 TERRACE
MIAMI FL 33137

CREDITOR ID: 389492-54
GONZALEZ, BONIFACIA
6178 SHERWOOD LANE N WAY
#14
WEST PALM BEACH FL 33415

CREDITOR ID: 388602-54
GONZALEZ, BRIGITTE
4231 LITTLE OSPREY DRIVE
TALLAHASSEE FL 32303

CREDITOR ID: 393098-55
GONZALEZ, BRIGITTE
C/O CARL CARRILLO, PA
ATTN CARL CARRILLO, ESQ
106 NW 2ND AVENUE
GAINESVILLE FL 32601-3315

CREDITOR ID: 385341-54
GONZALEZ, DIGNA
4387 NW THAMES ST
MIAMI, FL 33125

CREDITOR ID: 390649-55
GONZALEZ, DIGNA
C/O: ROBERT POLSKY, ESQ.
NUELL & POLSKY
782 N.W. 42ND AVENUE
SUITE 345
MIAMI FL 33126

CREDITOR ID: 389139-54
GONZALEZ, DIGNORA
977 SW 7TH STREET, APT 2 REAR
MIAMI, FL 33130

CREDITOR ID: 393018-55
GONZALEZ, DIGNORA
C/O: JOSE FRANCISCO ESQ
LAW OFFICES OF JOSE M FRANCISCO
5040 NW ST  STE 900
MIAMI FL 33126

CREDITOR ID: 374887-44
GONZALEZ, FELIX
POM DIV STORE# 278
200 NW 87 AVE J206
MIAMI, FL 33172

CREDITOR ID: 394140-56
GONZALEZ, FELIX P
1369 NW 159TH AVE
PEMBROKE PINES FL 33028

CREDITOR ID: 399509-82
GONZALEZ, GISSELLE
6444 REEF CIRCLE
TAMPA  FL 33625

CREDITOR ID: 386397-54
GONZALEZ, IVAN
1320 N 70TH TERRACE
HOLLYWOOD FL 33024

CREDITOR ID: 387503-54
GONZALEZ, IVAN
1320 NORTH 70TH TERRACE
HOLLYWOOD FL 33024

CREDITOR ID: 391472-55
GONZALEZ, IVAN
C/O: GARY JUDA
COHEN & JUDA, P. A.
8211 W. BROWARD BOULEVARD
SUITE 310
PLANTATION FL 33324

CREDITOR ID: 389178-54
GONZALEZ, JACQUELINE
3702 SWING WAY STREET
APT 203
TAMPA, FL 33614

CREDITOR ID: 389441-54
GONZALEZ, JOSE
1882 MURRELL ROAD
APT. P60
ROCKLEDGE FL 32955

CREDITOR ID: 393288-55
GONZALEZ, JUANA M
C/O LAW OFFICES OF JOSE M FRANCISCO
5040 NW 7TH ST STE 900
MIAMI FL 33126

CREDITOR ID: 389629-54
GONZALEZ, JUANA M
1112 SW 65TH AVE
MIAMI, FL 33144

CREDITOR ID: 389151-54
GONZALEZ, LINDERIA
15249 MARKHAM
CLERMONT, FL 34714

CREDITOR ID: 393025-55
GONZALEZ, LINDERIA
C/O: DENNIS M. JANSSEN, P.A.
DENNIS M. JANSSEN, P.A.
1219 W. DIXIE AVE.
LEESBURG FL 34748

CREDITOR ID: 375096-44
GONZALEZ, MELISSA M
2323 LENA LANE
WEST PALM BEACH, FL 33415

CREDITOR ID: 392142-55
GONZALEZ, PABLO
C/O DAVID SNYDER LAW OFFICES
ATTN DAVID SNYDER, ESQ
2340 S DIXIE HIGHWAY
MIAMI FL 33133

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389988-54<br>GONZALEZ, ROGELIO<br>1000 NW 24TH COURT<br>MIAMI FL 33125 | CREDITOR ID: 388010-54<br>GONZALEZ, SILVIA<br>9401 SW 4TH ST.<br>MIAMI, FL 33172 | CREDITOR ID: 392287-55<br>GONZALEZ, SILVIA<br>C/O: JOSHUA J. HERTZ, ESQUIRE<br>LAW OFFICES OF JOSHUA J. HERTZ, P.A.<br>600 BRICKELL AVE, SUITE 701<br>MIAMI FL 33131 |
| CREDITOR ID: 403255-92<br>GONZALEZ, VERONICA<br>3330 KENTUCKY STREET<br>KENNER LA 70065 | CREDITOR ID: 393528-55<br>GONZALEZ, WESLEY<br>C/O: JACK KELLER<br>PAUL J. MORGAN<br>1099 WEST MORSE BLVD.<br>WINTER PARK FL 32789 | CREDITOR ID: 397881-76<br>GONZELEZ, GISELLE<br>6444 REEF CIRCLE<br>TAMPA, FL 33625 |
| CREDITOR ID: 250722-12<br>GOOCHLAND CIRCUIT COURT<br>PO BOX 196<br>GOOCHLAND VA 23063 | CREDITOR ID: 267493-14<br>GOOCHLAND COUNTY ADM<br>ATTN: GREGORY K WOLFREY<br>2938 RIVER RD W<br>GOOCHLAND VA 23063-3229 | CREDITOR ID: 250723-12<br>GOOD COMPANY<br>PO BOX 5968<br>KINGSPORT TN 37663-5968 |
| CREDITOR ID: 404759-95<br>GOOD HUMOR BREYERS ICE CREAM<br>NORTHERN TRUST BANK<br>PO BOX 92134<br>CHICAGO IL 60675-2134 | CREDITOR ID: 278694-99<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN: CRAIG STARGARDT, CR MANAGER<br>PO BOX 75604<br>CHARLOTTE, NC 28275-5604 | CREDITOR ID: 250724-12<br>GOOD HUMOR BREYERS ICE CREAM<br>PO BOX 75604<br>CHARLOTTE, NC 28275-5604 |
| CREDITOR ID: 250725-12<br>GOOD L CORP<br>ATTN JERE BROWN & BETSY GOODELL<br>5382 MURFREESBORO ROAD<br>PO BOX 337<br>LA VERGNE, TN 37086-0337 | CREDITOR ID: 250726-12<br>GOOD LIFE GAMES INC<br>18860 US HWY 19<br>SUITE 151<br>CLEARWATER, FL 33764 | CREDITOR ID: 399679-YY<br>GOOD LIFE MEDIA INC<br>186 S 5TH STREET<br>LAKE MARY FL 32746 |
| CREDITOR ID: 250727-12<br>GOOD OLD DAYS FOODS<br>PO BOX 191470<br>LITTLE ROCK, AR 72219 | CREDITOR ID: 406684-MS<br>GOOD, JOSEPH R<br>PO BOX 551242<br>JACKSONVILLE FL 32255 | CREDITOR ID: 376831-44<br>GOOD, ROBERT M<br>JAX DIV  STORE# 2311<br>712 VENTERS STREET<br>PORT ORANGE, FL 32127 |
| CREDITOR ID: 397882-76<br>GOODEN, KENNETH<br>6970 REMINGTON ESTATES DR.<br>MOBILE, AL 36618 | CREDITOR ID: 315826-40<br>GOODINGS SUPERMARKETS INC<br>PO BOX 691329<br>ORLANDO, FL 32869-1329 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802 |
| CREDITOR ID: 243903-12<br>GOODLETT, BRENDA M<br>102 TYLER COURT<br>BARDSTOWN KY 40004 | CREDITOR ID: 243410-12<br>GOODLOE, BETTIE<br>905 BUNKERVIEW DRIVE<br>APOLLO BEACH FL 33572 | CREDITOR ID: 278726-27<br>GOODMAN & CO. INVESTMENT COUNSEL<br>ATTN CHRISTY YIP<br>SCOTIA PLAZA 55TH FLOOR<br>40 KING STREET WEST<br>TORONTO  ON M5H 4A9<br>CANADA |
| CREDITOR ID: 243578-12<br>GOODMAN, BITNER<br>5310 NW 33RD AVENUE<br>SUITE 218<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 388771-54<br>GOODMAN, JOYCE<br>1250 SKIPPER RD<br>APT 310<br>TAMPA FL 33613 | CREDITOR ID: 250729-12<br>GOODMARK FOODS INC<br>PO BOX 65068<br>CHARLOTTE NC 28265-0001 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250730-12<br>GOODNIGHT BROTHERS<br>PO BOX 287<br>BOONE, NC 28607 | CREDITOR ID: 387388-54<br>GOODSELL, GERALDINE<br>626 GUM ST<br>FLORALA, AL 36442 | CREDITOR ID: 391952-55<br>GOODSELL, GERALDINE<br>C/O D JAMES DUPLECHIN LLC<br>ATTN D JAMES DUPLECHIN<br>24147 FIFTH AVENUE<br>PO BOX 224<br>FLORALA AL 36442 |
| CREDITOR ID: 387238-54<br>GOODSON, ESSIE<br>520 CEDAR RIDGE RD<br>DARLINGTON, SC 29540 | CREDITOR ID: 397217-67<br>GOODWILL INDUSTRIES OF NORTH G<br>2201 GLENWOOD AVE<br>ATLANTA, GA 30316 | CREDITOR ID: 250731-12<br>GOODWIN BROTHERS INC<br>PO BOX 55<br>319 JEFFERSON STREET<br>MONTGOMERY, AL 36101-0055 |
| CREDITOR ID: 241930-12<br>GOODWIN, ALFREDIA<br>3636 JUDY STREET<br>COLUMBIA SC 29223 | CREDITOR ID: 388468-54<br>GOODWIN, CATHERINE<br>600 LAEK GEORGE<br>LAKE ALFRED, FL 33850 | CREDITOR ID: 381592-47<br>GOODWIN, CHRIS<br>4 BIRD OF PARADISE DRIVE<br>PALM COAST, FL 32137 |
| CREDITOR ID: 400229-85<br>GOODWIN, PATRICIA<br>C/O SAMUEL MAPLES<br>1804 7TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 399756-84<br>GOODWIN, PATRICIA<br>115 BUCKSHOOT LANE<br>ODENVILLE AL 35120 | CREDITOR ID: 250732-12<br>GOODY PRODUCTS, INC.<br>PO BOX 75173<br>CHICAGO IL 60675-5173 |
| CREDITOR ID: 250733-12<br>GOODYEAR AUTO SERVICE CENTER<br>2575 W COLONIAL DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 250734-12<br>GOODYEAR MILLER TIRE COMPANY<br>PO BOX 1893<br>WAYCROSS GA 31502 | CREDITOR ID: 250735-12<br>GOODYEAR TIRE & RUBBER CO<br>PO BOX 277348<br>ATLANTA, GA 30384 |
| CREDITOR ID: 406685-MS<br>GOODYEAR, GORDON L<br>1049 BUCKBEAN BRANCH LN W<br>JACKSONVILLE FL 32259 | CREDITOR ID: 381367-47<br>GOOLSBY, ELLEN<br>831 RICE ROAD APT # 197<br>RIDGELAND, MS 39157 | CREDITOR ID: 246483-12<br>GORDEN, CLIFTON<br>5706 NORTHWEST 68 TERRACE<br>TAMARAC FL 33321 |
| CREDITOR ID: 250736-12<br>GORDON INDUSTRIES INC<br>41351 CROWN DR EXT<br>PONCHATOULA LA 70454 | CREDITOR ID: 406686-MS<br>GORDON JR, WILLIAM R<br>821 EAGLE POINT DRIVE<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 250737-12<br>GORDON K KONRAD<br>PO BOX 10890<br>JEFFERSON, LA 70181 |
| CREDITOR ID: 250738-12<br>GORDON LYONS<br>105 CREEKWOOD DRIVE<br>BRANDON MS 39047 | CREDITOR ID: 385972-54<br>GORDON, ALFREDA<br>5339 PASTEUR BLVD<br>NEW ORLEANS, LA 70122 | CREDITOR ID: 385560-54<br>GORDON, LAURA<br>1603 DUPREE ROAD<br>PINEVILLE, LA 71360 |
| CREDITOR ID: 390858-55<br>GORDON, LAURA<br>C/O: D. BEAU SYLVESTER<br>TANNEHILL & SYLVESTER, L.L.P.<br>2900 MILITARY HWY.<br>P. O. BOX 3246<br>PINEVILLE LA 71360 | CREDITOR ID: 403729-94<br>GORDON, LLEWELLYN<br>7658 WEXFORD CLUB DR. E<br>JACKSONVILLE FL 32256-0233 | CREDITOR ID: 376715-44<br>GORDON, RAY<br>16 CRANFORD ROAD<br>GOOSE CREEK, SC 29445 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385743-54<br>GORDON, SYLVIA<br>9401 NW 80TH STREET<br>TAMARAC, FL 33321 | CREDITOR ID: 391020-55<br>GORDON, SYLVIA<br>C/O THOMAS & PEARL, PA<br>ATTN BRIAN PEARL, ESQ<br>2404 NE 9TH ST<br>FT LAUDERDALE FL 33304 | CREDITOR ID: 385269-54<br>GORDON, TONETTE<br>3009 CARVER STREET<br>MIMS, FL 32754 |
| CREDITOR ID: 390577-55<br>GORDON, TONETTE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL STIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 245038-12<br>GORE, CHARLES<br>4040 FIRST NATIONAL BLDG<br>LEXINGTON KY 40507 | CREDITOR ID: 382323-51<br>GORE, CURTIS<br>827 SUMMIT OAKS<br>SAVAGE, MN 55378 |
| CREDITOR ID: 395408-64<br>GORE, CURTIS M.<br>7533 LAKERIDGE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 250739-12<br>GORMAN CO INC<br>DEPT AT 40004<br>ATLANTA GA 31192 | CREDITOR ID: 388131-54<br>GORMAN, NANCY<br>837 FLICKER PLACE<br>MURRELLS INLET SC 29576-7742 |
| CREDITOR ID: 392373-55<br>GORMAN, NANCY<br>C/O: GENE M. CONNELL, JR.<br>KELAHER, CONNELL, & CONNOR<br>P O DRAWER 14547<br>SURFSIDE BEACH SC 29587 | CREDITOR ID: 386405-54<br>GORRELL, PEGGY<br>844 ECHO VALLEY ROAD<br>AUBURN KY 42206 | CREDITOR ID: 391477-55<br>GORRELL, PEGGY<br>C/O: PHIL RICH<br>HUGHES COLEMAN<br>200 SOUTH 7TH STREET<br>SUITE 110<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 382018-36<br>GORTON'S INC<br>DIANE J AMERO<br>128 ROGERS ST<br>GLOUCHESTER MA 01930 | CREDITOR ID: 404760-95<br>GORTONS OF GLOUCESTER<br>ACOSTA SALES AND MARKETING CO<br>PO BOX 22889<br>TAMPA FL 33610 | CREDITOR ID: 250740-12<br>GORTONS OF GLOUCESTER<br>PO BOX 101483<br>ATLANTA, GA 30392-1483 |
| CREDITOR ID: 250741-12<br>GOSHEN HIGH SCHOOL<br>6707 GOSHEN RD<br>STORE#1769<br>GOSHEN, OH 45122 | CREDITOR ID: 250742-12<br>GOSHEN MIDDLE SCHOOL<br>6792 GOSHEN ROAD<br>GOSHEN OH 45122 | CREDITOR ID: 315828-40<br>GOSHEN STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 |
| CREDITOR ID: 250744-12<br>GOSHEN TOWNSHIP<br>PO BOX 267<br>GOSHEN OH 45122 | CREDITOR ID: 390352-54<br>GOSS, BOBBY JR<br>229 ROGERS AVE<br>GREENVILLE SC 29617 | CREDITOR ID: 406687-MS<br>GOSS, RAY W.<br>1399 NATURE TRAIL<br>JACKSONVEILL FL 36265 |
| CREDITOR ID: 244110-12<br>GOSSETT, BRYAN A<br>423 DOGWOOD DRIVE<br>GREENWOOD SC 29646 | CREDITOR ID: 387471-54<br>GOSSETT, LORRIE<br>224 PASEO DEL VOLCAN<br>LOT #822<br>ALBEQUEQUE NM 87121 | CREDITOR ID: 385308-54<br>GOTAY, FRANCISCO<br>820 E. 35TH S.<br>HIALEAH, FL 33013 |
| CREDITOR ID: 390616-55<br>GOTAY, FRANCISCO<br>C/O MORALES, DOLAN & CERINO, PA<br>ATTN FRANK A CERINO, ESQ<br>166 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 250745-12<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
ATTN LYNN KIRK, MGR
24 E COTA STREET
SANTA BARBARA, CA 93101

CREDITOR ID: 400718-91
GOULD, DALE
1385 PALM VIEW RD
SARASOTA FL 34240

CREDITOR ID: 264800-12
GOURLEY, WILLIAM DEAN
7084 BRUCE ACADEMY CT
MECHANICSVILLE, VA 23111

CREDITOR ID: 250746-12
GOURMET AWARD FOODS
DEPT 0727
PO BOX 120001
DALLAS, TX 75312-0727

CREDITOR ID: 404762-95
GOURMET AWARD FOODS MID ATLANTIC
DEPT AT 40084
ATLANTA GA 31192

CREDITOR ID: 278693-99
GOURMET AWARD FOODS MID ATLANTIC
ATTN: MARK KELLUM, NAT'L ACT MNGR
4055 DEERPARK BOULEVARD
ELKTON, FL 32033

CREDITOR ID: 250747-12
GOURMET AWARD FOODS MID ATLANTIC
4055 DEERPARK BOULEVARD
ELKTON, FL 32033

CREDITOR ID: 250748-12
GOURMET AWARD FOODS MW_GL
DEPT CH 10003
ATTN AMY SHATTUCK
PALATINE IL 60055-0003

CREDITOR ID: 404763-95
GOURMET AWARD FOODS SOUTH EAST
DEPT 40195
ATLANTA GA 31192-0195

CREDITOR ID: 250749-12
GOURMET AWARD FOODS SOUTH EAST
DEPT 40091
ATLANTA, GA 31192-0195

CREDITOR ID: 404764-95
GOURMET BOUTIQUE
144-02 158TH STREET
JAMAICA NY 11434

CREDITOR ID: 250750-12
GOURMET BOUTIQUE
W510591
PO BOX 7777
PHILADELPHIA, PA 19175-0591

CREDITOR ID: 250751-12
GOURMET CLUB
20 POTASH ROAD
OAKLAND, NJ 07436-3126

CREDITOR ID: 250752-12
GOURMET COOKIES & MORE CORP
7307 SANDSCOVE COURT SUITE #2
WINTER PARK, FL 32792

CREDITOR ID: 250753-12
GOURMET EXPRESS
ATTN KEVIN SCULLY, SR VP
DEPT 4281-E
PO BOX 4281
HOUSTON, TX 77210-4281

CREDITOR ID: 404765-95
GOURMET EXPRESS
PO BOX 847414
DALLAS TX 75284-7414

CREDITOR ID: 250754-12
GOURMET FUSION FOODS INC
3016 EAST 44TH ST
VERNON CA 90058

CREDITOR ID: 267494-31
GOVERNMENTAL COMPLEX MAINT
ATTN: JERRY MEYERS
201 S 2ND ST
ALBEMARLE NC 28001-5741

CREDITOR ID: 267495-31
GOVERNORS CAY DEVELOPMENT LLC
ATTN: GARY SPEELMAN
2380 DARTS COVE WAY
MOUNT PLEASANT SC 29466-8119

CREDITOR ID: 267496-31
GOVERNORS OFFICE OF RURAL DEV
ATTN: TY BROMELL
150 3RD ST # 713
BATON ROUGE LA 70801-1303

CREDITOR ID: 389076-54
GOWDY, SHIELLA
1781 DIXSALE AVE
LOUISVILLE, KY 40210

CREDITOR ID: 392970-55
GOWDY, SHIELLA
C/O: R. DALE WARREN
R. DALE WARREN ATTORNEY AT LAW
730 WEST MAIN STREET
SUITE 200
LOUISVILLE KY 40202

CREDITOR ID: 250755-12
GOYA FOODS
ATTN BENITO RIVACOBA, CONTROLLER
PO BOX 226110
MIAMI, FL 33122

CREDITOR ID: 279367-36
GOYA FOODS, INC.
C/O TONY SANCHEZ
100 SEAVIEW DRIVE
SECAUCUS  NJ 07096-1592

CREDITOR ID: 250208-12
GP THOMPSON ENTERPRISES
PO BOX 70
UNION SPRINGS AL 36089-0070

CREDITOR ID: 406113-15
GPC MANAGEMENT, INC
ATTN KATHLEEN E RYNBECK, VP
1305 E PLANT STREET
WINTER GARDEN FL 34787

CREDITOR ID: 250756-12
GPS REFRIGERATION INC
ATTN: PETRICA SIRDE, VP
1945 WILEY STREET
HOLLYWOOD, FL 33020

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250757-12<br>GPX INC<br>PO BOX 500573<br>ST LOUIS MO 63150-0573 | CREDITOR ID: 269261-16<br>GPX, INC<br>C/O JEFF E. RUBIN<br>TALANOFF, RUBIN & RUBIN<br>GABLES ONE TOWER, SUITE 881<br>1320 SOUTH DIXIE HIGHWAY<br>CORAL GABLES, FL 33146 | CREDITOR ID: 250758-12<br>GR RIVER RABBITRY & PROC<br>RT 1 BOX 228<br>MAGNOLIA KY 42757 |
| CREDITOR ID: 250759-12<br>GRABERT & SON MOTOR SERVICE<br>PO BOX 1044<br>HOUMA, LA 70361 | CREDITOR ID: 250760-12<br>GRACE A PATTERSON<br>114 URSA STREET<br>ORANGE PARK FL 32073 | CREDITOR ID: 250761-12<br>GRACE CHURCH OF GOD<br>2002 HOPKINS AVENUE<br>NORWOOD OH 45212 |
| CREDITOR ID: 267497-31<br>GRACE DEVELOPMENT CORP<br>ATTN: MICHAEL GRACE<br>11112 STONEPATH LN<br>CHARLOTTE NC 28277-0119 | CREDITOR ID: 250762-12<br>GRACE F TRAEGER<br>8015 MACTAVISH WAY E<br>JACKSONVILLE FL 32244 | CREDITOR ID: 250763-12<br>GRACE KING HIGH SCHOOL<br>4301 GRACE KING PLACE<br>METAIRIE, LA 70002 |
| CREDITOR ID: 250764-12<br>GRACE LUTHERAN CHURCH<br>5800 CANAL BLVD<br>NEW ORLEANS, LA 70124 | CREDITOR ID: 250765-12<br>GRACE MEMORIAL BAPTIST CHURCH<br>58516 PEARL ACRES RD<br>SLIDELL, LA 70461 | CREDITOR ID: 388083-54<br>GRACE, ALICE<br>2321 LAUDERDALE COURT<br>ORLANDO, FL 32805 |
| CREDITOR ID: 389060-54<br>GRACE, ELONE<br>1440 JEFFERSON DR<br>COLUMBUS, GA 31907 | CREDITOR ID: 392956-55<br>GRACE, ELONE<br>C/O: BENJAMIN LAND<br>BUCHANAN LAND L.L.P.<br>1425 WYNNTON RD<br>COLUMBUS GA 31902 | CREDITOR ID: 389265-54<br>GRACE, MARGARET<br>2203 NORTH GORDON STREET<br>PLANT CITY FL 33566 |
| CREDITOR ID: 393099-55<br>GRACE, MARGARET<br>C/O: GUY SMITH, ESQ.<br>SMITH, FEDDELER, SMITH & MILES, P.A.<br>832 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33802-1089 | CREDITOR ID: 393624-55<br>GRACE, MARY LATIMORE<br>C/O WOLFSON & GROSSMAN, PA<br>ATTN RICHARD WOLFSON, ESQ<br>11900 BISCAYNE BLVD, SUITE 760<br>MIAMI FL 33181 | CREDITOR ID: 390183-54<br>GRACE, MARY LATTIMORE<br>19741 NW 14TH AVE<br>MIAMI, FL 33169 |
| CREDITOR ID: 250766-12<br>GRADY A SMITH<br>1912 RIVERBEND ROAD<br>ARLINGTON TX 76014 | CREDITOR ID: 381320-47<br>GRADY COUNTY LIVESTOCK SHOW COMMITTEE<br>CAIRIO HIGH FFA CHAPTER<br>CAIRO HIGH SCHOOL<br>CAIRO GA 39828 | CREDITOR ID: 250768-12<br>GRADY COUNTY TAX COMMISSIONER<br>250 NORTH BROAD<br>BOX 12<br>PROPERTY TAX<br>CAIRO GA 39828 |
| CREDITOR ID: 317764-42<br>GRADY COUNTY TAX COMMISSIONER<br>250 N BROAD BOX 12<br>CAIRO GA 39828 | CREDITOR ID: 385408-54<br>GRADY, JAMES<br>700 STARKEY RD<br>APT.724<br>LARGO, FL 33771 | CREDITOR ID: 390715-55<br>GRADY, JAMES<br>C/O: TONY GRIFFITH<br>TANNEY, ENO, TANNEY, GRIFFITH & INGRAM,<br>29605 U. S. 19 N., SUITE 210<br>CLEARWAER FL 33761 |
| CREDITOR ID: 244598-12<br>GRAFF, CAROL<br>6600 S W 45TH STREET<br>MIAMI FL 33155 | CREDITOR ID: 2266-07<br>GRAHAM AND COMPANY<br>2200 WOODCREST PLACE<br>SUITE 210<br>BIRMINGHAM, AL 35209 | CREDITOR ID: 250769-12<br>GRAHAM AND COMPANY<br>2200 WOODCREST PL STE 210<br>BIRMINGHAM, AL 35209 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381821-48<br>GRAHAM BROTHERS CONSTRUCTION<br>COMPANY<br>ATTN MARK LAKE, CHIEF PILOT<br>PO BOX 3099<br>EAST DUBLIN GA 31027 | CREDITOR ID: 404767-95<br>GRAHAM PACKAGING COMPANY<br>PO BOX 7777 W7810<br>PHILADELPHIA PA 19175 | CREDITOR ID: 250770-12<br>GRAHAM PACKAGING COMPANY<br>PO BOX 64510<br>BALTIMORE, MD 21264-4510 |
| CREDITOR ID: 388002-54<br>GRAHAM, AISHA<br>808 OCEAN ST<br>KISSIMMEE, FL 34744 | CREDITOR ID: 392278-55<br>GRAHAM, AISHA<br>C/O ROBERT GRAHAM<br>LAW OFFICES OF GRAHAM WOODS, PL<br>1510 E COLONIAL DR, SUITE 303<br>ORLANDO FL 32803 | CREDITOR ID: 406688-MS<br>GRAHAM, BRUCE K<br>80 ARLINGTON DRIVE<br>SHELBYVILLE KY 40065-9022 |
| CREDITOR ID: 397979-76<br>GRAHAM, DAVID<br>671 PARKWAY DRIVE<br>CHESTER, SC 29706 | CREDITOR ID: 247973-12<br>GRAHAM, DENA<br>PO BOX 1011<br>KILLEN, AL 35645 | CREDITOR ID: 391979-55<br>GRAHAM, ELIZABETH<br>C/O: THOMAS L. CALDWELL, ESQ.<br>RUE & ZIFFRA, P.A.<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 |
| CREDITOR ID: 397883-76<br>GRAHAM, IDA<br>1987 CORNER CIRCLE<br>LITHONIA, GA 30058 | CREDITOR ID: 385380-54<br>GRAHAM, JAN<br>2024 EVAS CREEK DRIVE<br>MARTINEZ, GA 30907 | CREDITOR ID: 390688-55<br>GRAHAM, JAN<br>C/O: A. JACK HINTON, ESQ.<br>HINTON & POWELL<br>3340 PEACHTREE ROAD, NORTHEAST<br>2800 TOWER PLACE<br>ATLANTA GA 30326 |
| CREDITOR ID: 387320-54<br>GRAHAM, KATHERINE D<br>2715 RED LION SQUARE<br>WINTER PARK, FL 32792 | CREDITOR ID: 385825-54<br>GRAHAM, LISA<br>1985 ALAMANDA DRIVE<br>NORTH MIAMI BEACH, FL 33181 | CREDITOR ID: 391083-55<br>GRAHAM, LISA<br>C/O: VICTOR M. GONZALEZ, ESQ,.<br>SNYDER & GONZALEZ, P.A.<br>1558 NE 162ND STREET<br>STE A<br>NORTH MIAMI FL 33162 |
| CREDITOR ID: 386533-54<br>GRAHAM, NANCY<br>144 E 1ST ST<br>STEDMAN NC 28391-9009 | CREDITOR ID: 406023-15<br>GRAHAM, NANCY & ALLEN, BRUCE<br>C/O BRUCE ALLEN, ESQ<br>1000 WILDWOOD DRIVE<br>FAYETEVILLE NC 28304 | CREDITOR ID: 387314-54<br>GRAHAM, PERLENE M<br>79 NE 183RD TERRACE<br>MIAMI, FL 33055 |
| CREDITOR ID: 391895-55<br>GRAHAM, PERLENE M<br>C/O RONALD W JABARA, ESQ<br>CONCORD BLDG, 11TH FLOOR<br>66 WEST FLAGLER STREET<br>MIAMI FL 33130 | CREDITOR ID: 393078-55<br>GRAHAM, TIMOTHY F<br>C/O: CASEY CARLSON, ESQ.<br>CARLSON & MEISSNER<br>250 BELCHER RD. N. - STE 102<br>CLEARWATER FL 33765 | CREDITOR ID: 389236-54<br>GRAHAM, TIMOTHY F<br>9923 57TH WAY NORTH<br>PINELLAS PARK FL 33782 |
| CREDITOR ID: 250773-12<br>GRAINGER<br>DEPT C-PAY- 0W0<br>PALATINE, IL 60038-0002 | CREDITOR ID: 250771-12<br>GRAINGER<br>DEPT 384 #831655543<br>PALATINE, IL 60038-0001 | CREDITOR ID: 250775-12<br>GRAINGER INDUSTRIAL SUPPLY<br>DEPT 637-830779617<br>PALATINE IL 60038 |
| CREDITOR ID: 382346-51<br>GRAINGER INDUSTRIAL SUPPLY<br>1820 TAMPA EAST BLVD.<br>TAMPA, FL 33619 | CREDITOR ID: 250774-12<br>GRAINGER INDUSTRIAL SUPPLY<br>384-862729431<br>PALATINE, IL 60038-0001 | CREDITOR ID: 404768-95<br>GRAMERCY ELEMENTARY<br>601 E SECOND ST<br>GRAMERCY LA 70052-5610 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 250776-12
GRAMERCY ELEMENTARY
601 E SECOND STREET
GRAMERCY, LA 70052

CREDITOR ID: 250777-12
GRAMERCY UTILITY SYSTEM
PO BOX 340
GRAMERCY, LA 70052-0340

CREDITOR ID: 404-03
GRAMERCY UTILITY SYSTEM
PO DRAWER 340
GRAMERCY LA 70052

CREDITOR ID: 267498-14
GRANADA PREMIUM FINANCE INC
ATTN: CARMEN PAZRON
4075 SW 83RD AVE
MIAMI FL 33155-4251

CREDITOR ID: 2267-07
GRANADA VILLAGE, LTD
ATTN: CRAIG PHELAN
PO BOX 698
KETCHUM ID 83340

CREDITOR ID: 269262-16
GRANADA VILLAGE, LTD.
ATTN: JAMES D. HIGSON
19 BAY ISLAND
NEWPORT BEACH, CA 92661

CREDITOR ID: 269263-16
GRANADA VILLAGE, LTD.
C/O STEVEN H. SUNSHINE
18881 VON KARMAN SUITE 1500
IRVINE, CA 92612

CREDITOR ID: 393053-55
GRANADO, CHRISTIAN (MINOR)
C/O TACHER AND PROFETA, PA
ATTN MARIO TACHER, ESQ
479 NW 27TH AVE
MIAMI FL 33125

CREDITOR ID: 389192-54
GRANADO, CHRISTIAN (MINOR)
9674 NW 5TH STREET
LOT 223
MIAMI, FL 33150

CREDITOR ID: 392328-55
GRANADO, ROMINA P
C/O: HERMAN KLEMICK
KLEMICK & GAMPEL, P.A.
1953 SW  27TH AVE.
MIAMI FL 33145

CREDITOR ID: 388061-54
GRANADO, ROMINA P
2760 SW 32ND AVE
MIAMI, FL 33133

CREDITOR ID: 405951-15
GRAND MAISON LTD PENSION PLAN
C/O MARTIN GROOTHUIS
11234 LAURIE DR
STUDIO CITY CA 91604-3877

CREDITOR ID: 250778-12
GRAND MARAIS ELEMENTARY
3319 COLLEGE RD
JEANERETTE, LA 70544

CREDITOR ID: 250779-12
GRAND PRAIRIE ELEMENTARY
669 HWY 363
WASHINGTON, LA 70589

CREDITOR ID: 250780-12
GRAND PRODUCTS INC
18855 E SAN JOSE AVENUE
CITY OF INDUSTRY CA 91748

CREDITOR ID: 250781-12
GRAND STRAND WATER & SEWER
PO BOX 2308
CONWAY SC 29528-2308

CREDITOR ID: 381952-15
GRAND TRAVERSE PACKAGING
ATTN JAMES E KIRBY
3820 CASS ROAD
TRAVERSE CITY MI 49684

CREDITOR ID: 373671-44
GRANDIN, ANDREW M
2243 LAKEWORTH AVENUE
LAKEWORTH, FL 33463

CREDITOR ID: 250782-12
GRANITE QUA SUBURBAN PROPANE
PO BOX 248
GRANITE QUARRY, NC 28072

CREDITOR ID: 382632-51
GRANITE TELECOMMUNICATIONS
234 COPELAND STREET
QUINCY, MA 02169

CREDITOR ID: 381023-47
GRANITE TELECOMMUNICATIONS
PO BOX 9664
MANCHESTER, NH 03108-9664

CREDITOR ID: 250783-12
GRANNYS KITCHENS LTD
178 INDUSTRIAL PARK DR
FRANKFORT, NY 13340

CREDITOR ID: 250784-12
GRANT FRUIT PROCESSING
ATTN: CHARLES M HUTCHINS, PRES
8484 HIGHWAY 165
POLLOCK, LA 71467

CREDITOR ID: 267499-14
GRANT PARISH ASSESSOR
ATTN: MARK NEWTON
200 MAIN ST
COLFAX LA 71417-1859

CREDITOR ID: 385626-54
GRANT, ANTHONY
13400 SW 265TH TERRACE
HOMESTEAD FL 33032

CREDITOR ID: 387301-54
GRANT, DEBRAH
2317 NW 94TH ST
MIAMI, FL 33142

CREDITOR ID: 391885-55
GRANT, DEBRAH
C/O ALAN TELISMAN, ESQUIRE
GROSS & TELISMAN, PA
12805 SW 84TH AVENUE RD
MIAMI FL 33156

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 406689-MS
GRANT, JAMES
153 COCKATIEL DR.
JACKSONVILLE FL 32225

CREDITOR ID: 389648-54
GRANT, KATRINA
743 GOLDEN SUNSHINE CIRCLE
ORLANDO, FL 32807

CREDITOR ID: 393302-55
GRANT, KATRINA
C/O: PETE PLACENCIA, ESQ
BOGIN, MUNNS & MUNNS
P.O. BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 399827-84
GRANT, KAWANDA
65 TURNER PLACE
MONTGOMERY AL 36109

CREDITOR ID: 385923-54
GRANT, KIMBERLY
632 IRIS LANE
MONTGOMERY, AL 36107

CREDITOR ID: 256361-12
GRANT, MIKE
220 LAUREL MEADOWS DRIVE WEST
COLUMBIA, SC 29169

CREDITOR ID: 406051-15
GRANT, ROBERT L.
5458 GOLF POINTE DRIVE
SARASOTA FL 34243

CREDITOR ID: 387541-54
GRANT, ROBIN
1139 CAVESPRINGS ROAD
DOUGLASVILLE GA 30134

CREDITOR ID: 392044-55
GRANT, ROBIN
C/O: JACK E. CLAY
MURPHY & CLAY
P.O. BOX 1323
DOUGLASVILLE GA 30133

CREDITOR ID: 387686-54
GRANT, TAMARA
30 NW 9TH AVE
DELRAY BEACH FL 33444

CREDITOR ID: 384148-47
GRANTHAM DISTRIBUTING CO
2685 HANSROB RD
ORLANDO, FL 32804-3317

CREDITOR ID: 250785-12
GRANTS LICK ELEMENTARY
170 W CLAY RIDGE RD
STORE#1703
ALEXANDRIA KY 41001

CREDITOR ID: 404769-95
GRAPEVINE TRADING COMPANY
PO BOX 458
SPRINGBORO OH 45066

CREDITOR ID: 250787-12
GRAPEVINE TRADING COMPANY
PO BOX 643607
PITTSBURGH, PA 15264-3607

CREDITOR ID: 250788-12
GRAPHIC ALTERNATIVES
5540 OLD NATIONAL HWY
SUITE 6
COLLEGE PARK GA 30349

CREDITOR ID: 250789-12
GRAPHIC CONTROLS LLC
PO BOX 94781
CLEVELAND OH 44101

CREDITOR ID: 404770-95
GRAPHIC ENTERPRISES INC
PO BOX 3080
NORTH CANTON OH 44720-8080

CREDITOR ID: 250790-12
GRAPHIC ENTERPRISES INC
DEPT 33141
PO BOX 39000
SAN FRANCISCO, CA 94139-3141

CREDITOR ID: 250791-12
GRAPHIC TECHNOLOGY INC
301 GARDNER DRIVE
NEW CENTURY, KS 66031

CREDITOR ID: 250792-12
GRAPHICAL CONTROLS INC
207 E ROBERTSON ST
STE F
BRANDON, FL 33511

CREDITOR ID: 250793-12
GRAPHICS PRODUCTS, INC
PO BOX 4030
BEAVERTON, OR 97076-4030

CREDITOR ID: 388218-54
GRASSET, LUISA
3855 SW 79TH AVE
MIAMI FL 33155

CREDITOR ID: 250794-12
GRASSLAND DAIRY PRODUCTS INC
BOX 68-9921
MILWAUKEE, WI 53268-9921

CREDITOR ID: 399618-79
GRAT FISH COMPANY
ATTN: PATRICK LEAHY
PO BOX 899
WINTER HAVEN FL 33882-0899

CREDITOR ID: 376779-44
GRAVES, RICK
ORH DIV 2330
899 BRUNSWICK LANE
ROCKLEDGE, FL 32955

CREDITOR ID: 250795-12
GRAVITEC DEVELOPMENT
6415 LONG BOW TRAIL NW
WALKER MN 56484

CREDITOR ID: 267500-31
GRAVITY DISTRICT 1
ATTN: EARL BROWN
8098 FLORIDA BLVD
DENHAM SPRINGS LA 70726-7803

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2268-07<br>GRAVLEE DEVELOPMENT<br>204 SOUTH TEMPLE AVE.<br>FAYETTE AL 35555-2714 | CREDITOR ID: 278476-25<br>GRAVLEE, MACON W. JR.<br>PO BOX 310<br>FAYETTE AL 35555 | CREDITOR ID: 250796-12<br>GRAVYMASTER CO INC.<br>16 BUSINESS PARK DR<br>BRANFORD, CT 06405-2924 |
| CREDITOR ID: 1388-07<br>GRAY - WHITE LLC<br>C/O THE LAFAYETTE LIFE INS. CO.<br>ATTN: MORTGAGE LOAN #8091<br>PO BOX 7007<br>LAFAYETTE, IN 47903 | CREDITOR ID: 250798-12<br>GRAY - WHITE LLC<br>C\O THE LAFAYETTE LIFE INS CO<br>ATTN MORTGAGE LOAN #8091<br>PO BOX 7007<br>LAFAYETTE, IN 47903 | CREDITOR ID: 404772-95<br>GRAY & COMPANY<br>135 SOUTH LASALLE<br>DEPT 4234<br>CHICAGO IL 60674-4234 |
| CREDITOR ID: 250797-12<br>GRAY & COMPANY<br>4234 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 250799-12<br>GRAY AUTOMOTIVE PRODUCTS<br>PO BOX 803870<br>KANSAS CITY, MO 64180-3870 | CREDITOR ID: 250800-12<br>GRAY HARRIS & ROBINSON<br>301 EAST PINE STREET<br>SUITE 1400<br>ORLANDO FL 32801 |
| CREDITOR ID: 250801-12<br>GRAY LINK PORTA-PHONE INC<br>PO BOX 4029<br>TALLAHASSEE FL 32315-4029 | CREDITOR ID: 399330-74<br>GRAY ROBINSON<br>PO BOX 3068<br>ORLANDO FL 32802 | CREDITOR ID: 399422-99<br>GRAY ROBINSON PA<br>ATTN: DONALD NOHRR<br>PO BOX 1870<br>MELBOURNE FL 32902 |
| CREDITOR ID: 246863-12<br>GRAY, CONNIE J<br>11444 SEXTON BEND ROAD<br>TUSCALOOSA AL 35406-0924 | CREDITOR ID: 386693-54<br>GRAY, DANIEL<br>1906 PONCE DE LEON<br>MIAMI FL 32259 | CREDITOR ID: 406690-MS<br>GRAY, DANNIE R<br>10226 SARAH FRANCES LANE<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 381546-47<br>GRAY, DONALD W<br>3204 MATTIA COURT<br>CHARLOTTE, NC 28270 | CREDITOR ID: 385912-54<br>GRAY, JACQUELINE<br>636 N. JOHNSON<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 391151-55<br>GRAY, JACQUELINE<br>C/O: MR. MICHAEL HINGLE, ESQUIRE<br>MICHAEL HINGLE & ASSOCIATES, LLC<br>201 ST. CHARLES AVE., STE 2521<br>NEW ORLEANS LA 70170 |
| CREDITOR ID: 387044-54<br>GRAY, JENNIFER<br>7973 WOODLAND HILLS DR..<br>SEMMES AL 36575 | CREDITOR ID: 406691-MS<br>GRAY, JOHN D.<br>3662 STONE CREEK PARKWAY<br>FT. WORTH TX 76137 | CREDITOR ID: 386798-54<br>GRAY, LARRY<br>9120 FITZWALTER ROAD<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 381628-47<br>GRAY, LATEEFAH A<br>15945 WEST BUNCH PARK DR<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 387425-54<br>GRAY, LYNNE I<br>3 EATON CT<br>GREENACRES, FL 33463 | CREDITOR ID: 256747-12<br>GRAY, MILDRED V<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE, AL 35005 |
| CREDITOR ID: 1621-07<br>GRAY, MRS MILDRED V<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE, AL 35005 | CREDITOR ID: 385666-54<br>GRAY, PRISCILLA<br>4322 NOLAN RD<br>GONZALES, LA 70737 | CREDITOR ID: 390952-55<br>GRAY, PRISCILLA<br>C/O: MICHAEL A. BETTS, ESQUIRE<br>MICHAEL A. BETTS, ATTORNEY AT LAW<br>171 DEL ORLEANS AVE, STE. B<br>DENHAM SPRINGS LA 70726 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388575-54<br>GRAY, TINA V<br>5768 HIGHWAY 451<br>HAZARD KY 41701 | CREDITOR ID: 250802-12<br>GRAYBAR<br>12444 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 406137-15<br>GRAYBAR ELECTRIC COMPANY<br>ATTN HECTOR BERROTERAN<br>1563 JESSIE STREET<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 404773-95<br>GRAYBAR ELECTRIC COMPANY<br>CALLER BOX 7300<br>NORCROSS GA 30091 | CREDITOR ID: 250805-12<br>GRAYBAR ELECTRIC COMPANY<br>PO BOX 840458<br>DALLAS, TX 75284 | CREDITOR ID: 250804-12<br>GRAYBAR ELECTRIC COMPANY<br>PO BOX 403062<br>ATLANTA GA 30384-3062 |
| CREDITOR ID: 250806-12<br>GRAYBAR ELECTRIC COMPANY INC<br>ATTN FELIX KIRKLAND, FIN MGR<br>PO BOX 403052<br>ATLANTA, GA 30384 | CREDITOR ID: 403221-92<br>GRAYBEAL, MIKE<br>C/O OGLETREE DEAKINS NASH ET AL<br>ATTN DONALD COCKRILL ESQ<br>300 NORTH MAIN STREET<br>GREENVILLE SC 29602 | CREDITOR ID: 247828-12<br>GRAYER, DEBORAH A<br>2409 CENTERGATE DRIVE<br>APT# 203<br>MIRAMAR, FL 33025 |
| CREDITOR ID: 250807-12<br>GRAYSON COUNTY NEWS GAZETTE<br>PO BOX 305<br>LEITCHFIELD KY 42754-0305 | CREDITOR ID: 250808-12<br>GRAYSON COUNTY TREASURER<br>OCCUPATIONAL LICENSE<br>PO BOX 4160<br>LEITCHFIELD, KY 42755 | CREDITOR ID: 386632-54<br>GRAYSON, BECKIE<br>244 LIVE OAK RD LOT #5<br>CAIRO GA 39827 |
| CREDITOR ID: 391623-55<br>GRAYSON, BECKIE<br>C/O STEVEN B. KELLEY, ESQ.<br>WHITEHURST, BLACKBURN, WARREN & KELLEY<br>809 SOUTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 395546-15<br>GRAYSON, ILENE DBA<br>APARTMENT ARRANGEMENTS<br>2507-A STOCKBRIDGE DRIVE<br>CHARLOTTE NC 28210 | CREDITOR ID: 375927-44<br>GRAYSON, LINDA<br>MTG DIV STORE# 448<br>6720 WOLKE CT<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 250809-12<br>GRAYSVILLE WATER & GAS<br>PO BOX 130<br>GRAYSVILLE, AL 35073 | CREDITOR ID: 243042-12<br>GRAZIANO, BARBARA<br>PO BOX 726<br>KEY WEST FL 33041 | CREDITOR ID: 267501-31<br>GRDN INDOOR AIR QUALITY<br>ATTN: DAVE BERNIER<br>4673 E HIGHWAY 20<br>NICEVILLE FL 32578-9796 |
| CREDITOR ID: 403189-99<br>GRE CORALWOOD LP<br>C/O BERGER SINGERMAN PA<br>ATTN: ARTHUR J SPECTOR, ESQ<br>350 EAST LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 1389-07<br>GRE CORALWOOD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN: NORMA JEANE G. RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 |
| CREDITOR ID: 397641-72<br>GREAT AMERICAN LEASING CORPORATION<br>625 FIRST STREET SE<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406-0609 | CREDITOR ID: 250812-12<br>GREAT AMERICAN SEAFOOD IMPORTS CO<br>2900 AYERS AVENUE<br>LOS ANGELES CA 90023 | CREDITOR ID: 384149-47<br>GREAT BAY DISTRIBUTORS NON ALCOHOLIC<br>2310 STARLEY ROAD<br>TAMPA, FL 33771 |
| CREDITOR ID: 250813-12<br>GREAT CIRCLE LEARNING<br>PO BOX 5159<br>MARCO ISLAND, FL 34145 | CREDITOR ID: 250815-12<br>GREAT DANE TRAILERS<br>DRAWER CS198006<br>ATLANTA, GA 30384 | CREDITOR ID: 250814-12<br>GREAT DANE TRAILERS<br>5231 WEST BEAVER STREET<br>JACKSONVILLE FL 32254 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 315711-99
GREAT FISH COMPANY LLC, THE
C/O SIMPSON LAW OFFICES LLP
ATTN: JAMES W MARTIN
ONE SECURITIES CENTER, STE 300
3490 PIEDMONT ROAD, NE
ATLANTA GA 30305

CREDITOR ID: 262822-12
GREAT FISH COMPANY, THE
PO BOX 918833
ORLANDO, FL 32891-8833

CREDITOR ID: 2269-07
GREAT HALL REALTY, LLC
1125 S. 103RD ST., SUITE 450
OMAHA NE 68124-6019

CREDITOR ID: 316039-41
GREAT HALL REALTY,LLC
1125 S. 103RD ST. SUITE 450
OMAHA NE 68103

CREDITOR ID: 250817-12
GREAT LAKES CHEESE COMPANY INC
PO BOX 73266-N
CLEVELAND OH 44193

CREDITOR ID: 404774-95
GREAT LAKES KRAUT CO L L C
FILE *98222
PO BOX 1067
CHARLOTTE NC 28201-1067

CREDITOR ID: 250818-12
GREAT LAKES KRAUT CO L L C
DEPT 7001
CAROL STREAM, IL 60122-7001

CREDITOR ID: 384150-47
GREAT LAKES KRAUT CO LLC
DEPARTMENT 7001
CAROL STREAM, IL 60122-7001

CREDITOR ID: 250819-12
GREAT LAKES KRAUT CO LLC
C/O BANK OF AMERICA ILLINOIS
PO BOX 98222
CHCIAGO, IL 60693

CREDITOR ID: 250820-12
GREAT LAKES TRADING INC
PO BOX 432
TRAVERSE CITY MI 49685

CREDITOR ID: 1391-07
GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD W
JACKSONVILLE, FL 32217

CREDITOR ID: 250821-12
GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET SERV
3733 UNIVERSITY BLVD W
SUITE 202
JACKSONVILLE, FL 32217

CREDITOR ID: 250822-12
GREAT OUTDOORS
2747 STATE STREET
WAYCROSS GA 31501

CREDITOR ID: 397796-75
GREAT OUTDOORS
3672 NABERS DRIVE
WAYCROSS, GA 31503

CREDITOR ID: 250823-12
GREAT SENECA FINANCIAL CORP
C/O PRINCE GEORGE GEN DIST COURT
PO BOX 187
PRINCE GEORGE VA 23875

CREDITOR ID: 267502-31
GREAT SKY MT NT HY ASSC
ATTN: TERRY L MADDOX
9275 TREEMONT RD
TOWNSEND TN 37882-4227

CREDITOR ID: 1392-07
GREAT SOUTH MGMT LLC
MSC# 410577
PO BOX 4105000
NASHVILLE TN 37241-5000

CREDITOR ID: 250825-12
GREAT SOUTHERN LOGISTICS
3656 CHATTANOOGA RD
TUNNEL HILL GA 30755

CREDITOR ID: 278635-24
GREAT WESTERN SAVINGS
2300 GLADES ROAD, #A120
BOCA RATON FL 33432

CREDITOR ID: 403504-15
GREATAMERICA LEASING CORPORATION
ATTN SHARON KEYS
PO BOX 609
CEDAR RAPIDS IA 52406-0609

CREDITOR ID: 250826-12
GREATAMERICAN LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

CREDITOR ID: 250827-12
GREATER BATON ROUGE FOOD BANK
PO BOX 2996
BATON ROUGE LA 70821-2996

CREDITOR ID: 250828-12
GREATER BAY CAPITAL
ACCOUNTS RECEIVABLE
PO BOX 7777
SAN FRANCISCO, CA 94120-7777

CREDITOR ID: 250829-12
GREATER BELHAVEN NEIGHBORHOOD FOUND
PO BOX 55545
JACKSON MS 39296

CREDITOR ID: 267504-31
GREATER BIRMINGHM CONVENTION B
ATTN: SANDRA LINDSAY
5900 MESSER AIRPORT HWY
BIRMINGHAM AL 35212-1057

CREDITOR ID: 267503-31
GREATER BIRMINGHM CONVENTION B
ATTN: JIM SMITHER
2200 9TH AVE N
BIRMINGHAM AL 35203-1100

CREDITOR ID: 267505-31
GREATER CHARLESTON EMPOWERMENT
ATTN: SIDNEY E DAVIS
75 CALHOUN ST FL 3
CHARLESTON SC 29401-3540

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 404776-95
GREATER CINCINNATI WATER WORKS
DEPT 1845
CINCINNATI OH 45274-1845

CREDITOR ID: 250830-12
GREATER CINCINNATI WATER WORKS
PO BOX 741845
CINCINNATI, OH 45274

CREDITOR ID: 250831-12
GREATER COLUMBIA CHAMBER OF COMMERC
PO BOX 1360
COLUMBIA SC 29202-1360

CREDITOR ID: 250832-12
GREATER EMANUEL TEMPLE
1150 WEST GALBRAITH ROAD
CINCINNATI, OH 45231

CREDITOR ID: 250833-12
GREATER EVENTS INC
MINORITY CHAMBER OF COMMERCE
8339 NW 12TH STREET
MIAMI FL 33126

CREDITOR ID: 250834-12
GREATER FT LAUDERDALE CHAMBER COMM
512 NE 3 AVE
FT LAUDERDALE FL 33301

CREDITOR ID: 375113-44
GREATER GRACE APOSTOLIC CHURCH
P O BOX 4409
BILOXI, MS 39535

CREDITOR ID: 250836-12
GREATER HALL
CHAMBER OF COMMERCE
PO BOX 374
GAINESVILLE, GA 30503-0374

CREDITOR ID: 250838-12
GREATER KING SOLOMON FGBC
6739 CARVER DR
MARRERO, LA 70072

CREDITOR ID: 250839-12
GREATER MIAMI CHAMBER OF COMMERCE
1601 BISCAYNE BLVD
MIAMI FL 33132-1260

CREDITOR ID: 250841-12
GREATER NEW BETHEL BAPTIST CHURCH
17025 NW 22ND AVE
MIAMI FL 33066

CREDITOR ID: 267506-14
GREATER NEW HOPE APOSTOLI
ATTN: JAMES ANDERSON
3004 N 22ND ST
TAMPA FL 33605-1914

CREDITOR ID: 250842-12
GREATER OMAHA PACKING
DEPT CH 10909
PALATINE, IL 60055-0909

CREDITOR ID: 250843-12
GREATER PINE ISLAND WATER ASSN
5281 PINE ISLAND RD
BOKELLIA, FL 33922

CREDITOR ID: 250844-12
GREATER PLANT CITY CHAMBER OF COMM
106 N EVERS ST
PO DRAWER CC
PLANT CITY FL 33564-9021

CREDITOR ID: 250845-12
GREATER PLANTATION CHAMBER OF COMM
7401 NW 4 ST
PLANTATION FL 33317

CREDITOR ID: 250846-12
GREATER PLEASANT GREEN BAPTIST
PO BOX 1103
ABBEVILLE, LA 70511

CREDITOR ID: 250847-12
GREATER POMPANO BCH CHAMBER OF COMM
2200 E ATLANTIC BLVD
POMPANO BEACH FL 33062

CREDITOR ID: 250848-12
GREATER RALEIGH CHAMBER OF COMMERCE
PO BOX 2978
ATTN ACCOUNTS RECEIVABLE
RALEIGH NC 27602-2978

CREDITOR ID: 250849-12
GREATER ST STEPHEN FULL GOSPEL
9661 LAKE FOREST BLVD
NEW ORLEANS, LA 70127

CREDITOR ID: 267507-31
GREATER UNIVERSITY LAND CO
ATTN: TROY SVENDSON
5310 WHITEHAVEN ST
BATON ROUGE LA 70808-8674

CREDITOR ID: 250850-12
GRECIAN DELIGHT FOODS INC
6389 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 387628-54
GREELY, KIYOMI
1406 SYCAMORE
PICAYUNE MS 39466

CREDITOR ID: 250851-12
GREEN BAY DRESSED BEEF
DIV OF AMERICAN FOODS GROUP
PO BOX 1450 WF# 7732
MINNEAPOLIS, MN 55485-7732

CREDITOR ID: 250852-12
GREEN CIRCLE GROWERS INC
NATIONAL CITY BANK
PO BOX 73689-N
CLEVELAND OH 44193-0988

CREDITOR ID: 267508-31
GREEN COVE SPRINGS CITY OF
ATTN: MIKE NULL
1277 HARBOR RD
GREEN COVE SPRINGS FL 32043-8729

CREDITOR ID: 267509-31
GREEN HARBOR CO
ATTN: MARY K CHILLENWORTH
257 GRANADA RD
WEST PALM BEACH FL 33401-8017

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 267510-31
GREEN LEVEL TOWN OF
ATTN: ALGENE TARPLEY
2501 GREEN LEVEL CHURCH R
BURLINGTON NC 27217

CREDITOR ID: 262823-12
GREEN MACHINE INC, THE
PO BOX 783036
WINTER GARDEN, FL 34778-3036

CREDITOR ID: 250853-12
GREEN MOUNTAIN COFFEE ROASTERS INC
PO BOX 30988
HARTFORD, CT 06150-0988

CREDITOR ID: 279013-32
GREEN MOUNTAIN WOOD PRODUCTS
ATTN: CHIP ADAMS
44 HULL STREET
PO BOX 99
RANDOLPH VT 05060

CREDITOR ID: 250854-12
GREEN MOUNTAIN WOOD PRODUCTS INC
PO BOX 99
RANDOLPH, VT 05060

CREDITOR ID: 404777-95
GREEN MOUNTIAN WOOD PRODUCTS INC
PO BOX 421
RANDOLPH VT 05060

CREDITOR ID: 250855-12
GREEN PARK ELEMENTARY
1409 N UPLAND ST
METAIRIE, LA 70003

CREDITOR ID: 250857-12
GREEN T LINDON ELEMENTARY
603 AVENUE B
YOUNGSVILLE, LA 70592

CREDITOR ID: 386052-54
GREEN, BETTY
1560 NW 47 AVE
LAUDERHILL, FL 33313

CREDITOR ID: 391252-55
GREEN, BETTY
C/O BOONE & DAVIS
ATTN JASON A DEITCH, ESQ
2311 N ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 385494-54
GREEN, BRENDA
908 RANCHO DRIVE
FAYETTEVILLE, NC 28307

CREDITOR ID: 390794-55
GREEN, BRENDA
C/O: CHARLES M BRITTAIN, ATTY
MITCHELL, BREWER, RICHARDSON, ADAMS, BUR
P.O. BOX 2917
FAYETTEVILLE NC 28302

CREDITOR ID: 387041-54
GREEN, CARLOS
4770 FIRESIDE DRIVE W
JACKSONVILLE FL 32210

CREDITOR ID: 406692-MS
GREEN, CAROL R
138 MILBROOK CIR
TAYLORS SC 29687

CREDITOR ID: 394128-56
GREEN, DIAMOND (MINOR)
3130 NW 2ND STREET
FORT LAUDERDALE, FL 33311

CREDITOR ID: 394743-57
GREEN, DIAMOND (MINOR)
C/O JOSEPH M MAUS, PA
ATTN JOSEPH M MAUS, ESQ
750 E SAMPLE ROAD, SUITE 2-102
POMPANO BEACH FL 33064

CREDITOR ID: 386805-54
GREEN, DONNY
5689 PINEHILL LANE
JACKSONVILLE FL 32244

CREDITOR ID: 386963-54
GREEN, FELICIA
5485 TIMBERLEAF BLVD, APT 1310
ORLANDO FL 32811

CREDITOR ID: 390411-54
GREEN, GARY P
169 COUNTY ROAD 279
SELMA AL 36701

CREDITOR ID: 400233-85
GREEN, GLENDA
C/O STEPHEN GOETZMAN
9400 N CENTRAL EXP STE 307
DALLAS TX 75231

CREDITOR ID: 399760-84
GREEN, GLENDA
1225 EAST WESTVIEW COURT
#111
SPOKANE WA 99218

CREDITOR ID: 386704-54
GREEN, JANICE
195 MCCOLLOUGH RD
DRY PRONG LA 71423

CREDITOR ID: 385946-54
GREEN, JOSEPHINE
4641 DALE ST
NEW ORLEANS, LA 70126

CREDITOR ID: 391178-55
GREEN, JOSEPHINE
C/O VALTEAU HARRIS KOENIG & MAYER
ATTN STEVEN M KOENIG, ESQ
210 BARONNE STREET, SUITE 1410
NEW ORLEANS LA 70112

CREDITOR ID: 389673-54
GREEN, JOYCE
1011 HIGH ST
WILDWOOD, FL 34785

CREDITOR ID: 393323-55
GREEN, JOYCE L
C/O BRENT C MILLER PA LAW OFFICE
ATTN BRENT C MILLER, ESQ
205 E BURLEIGH BLVD
TAVARES FL 32778

CREDITOR ID: 385145-54
GREEN, LARRY
610 BOOTH ROAD
MONTGOMERY, AL 36108

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 390497-55
GREEN, LARRY
C/O: JACOB FULLER
J. DOYLE FULLER, LLC
2851 ZELDA RD.
MONTGOMERY AL 36106

CREDITOR ID: 387941-54
GREEN, MARSHA
405 REED STREET
VILLE PLATTE, LA 70586

CREDITOR ID: 392224-55
GREEN, MARSHA
C/O: MARCUS L. FONTENOT
LAW OFFICES OF MARCUS FONTENOT
P.O. BOX 528
VILLE PLATTE LA 70586

CREDITOR ID: 390045-54
GREEN, MARY
P.O BOX 1060
VARNVILLE SC 29944

CREDITOR ID: 256100-12
GREEN, MERRIAN
1103 EAST STREET
APT B
THOMASVILLE NC 27360

CREDITOR ID: 390190-54
GREEN, PAULA
9278-1 DERBY ACRES LANE
JACKSONVILLE, FL 32220

CREDITOR ID: 393631-55
GREEN, PAULA
C/O: J. SCOTT NOONEY, ESQUIRE
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 385671-54
GREEN, PHYLISS
9233 SW 8 ST
BOCA RATON, FL 33428

CREDITOR ID: 390956-55
GREEN, PHYLISS
C/O NEUFELD KLEINBERG & PINKIERT
ATTN DAVID KLEINBERG, ESQ
2641 NE 207TH STREET
AVENTURA FL 33180

CREDITOR ID: 386231-54
GREEN, ROBERT
P.O. BOX 290911
TAMPA FL 33687

CREDITOR ID: 385909-54
GREEN, SHIRLEY
2799 OXFORD DR
DECATUR, GA 30034

CREDITOR ID: 386045-54
GREEN, SHIRLEY
SOUTH DERBIGNY ST
NEW ORLEANS, LA 70125

CREDITOR ID: 391148-55
GREEN, SHIRLEY
C/O: JOHN FOY, ESQ.
FOY & ASSOCIATES
1720 PEACHTREE STREET, N.W.
ATLANTA GA 30309

CREDITOR ID: 391247-55
GREEN, SHIRLEY
C/O: MAX M CHOTTO
MAX M CHOTTO A PROFESSIONAL LAW CORP
12 WESTBANK EXPRESSWAY
GRETNA LA 70053

CREDITOR ID: 386182-54
GREEN, TOMEKIA
3754 18TH TERRACE SOUTH
SAINT PETERSBURG, FL 33711

CREDITOR ID: 391338-55
GREEN, TOMEKIA
C/O: DANIEL ROMANELLO, ESQUIRE
JORGENSEN, ROMANELLO & GIBBONS,  P.A.
4455 CENTRAL AVE
ST. PETERSBURG FL 33713

CREDITOR ID: 388627-54
GREEN, UNDRA
339 MCDOWELL CIRCLE
JACKSON MS 39204

CREDITOR ID: 392679-55
GREEN, UNDRA
C/O: PETER CORSON
PETER CORSON
P.O. BOX 3138
RIDGELAND MS 39158-3138

CREDITOR ID: 388604-54
GREEN, WILLIE
PO BOX 43
EDGEMOOR SC 29712

CREDITOR ID: 392661-55
GREEN, WILLIE
C/O: SCOTT M. ANDERSON
ANDERSON LAW FIRM, P.A.
111 EAST NORTH STREET
GREENVILLE SC 29604

CREDITOR ID: 386404-54
GREEN, ZINA
1050 NE 65TH LANE
BRUNSON FL 32621

CREDITOR ID: 391476-55
GREEN, ZINA
C/O LAW OFFICE OF CHARLES H LEO PA
PO BOX 2089
ORLANDO FL 32802-2089

CREDITOR ID: 393568-55
GREENALL, LYDIA
C/O LAW OFFICE OF GEORGE DOUGLAS JR
ATTN GEORGE C. DOUGLAS, JR, ESQ
700 CENTURY PARK SOUTH SUITE 223
BIRMINGHAM AL 35226

CREDITOR ID: 405921-99
GREENBAUM ROWE SMITH ET AL
ATTN: THOMAS DENITZIO
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODRIDGE NJ 07095-0988

CREDITOR ID: 250859-12
GREENBRIAR ELEMENTARY SCHOOL
12203 CANTERBURY DRIVE
BATON ROUGE, LA 70814

CREDITOR ID: 250861-12
GREENCO BEVERAGE CO INC
ATTN: MARGARET BRACK, BOOKKEEPER
PO BOX 2328
GREENVILLE, SC 29601

CREDITOR ID: 250862-12
GREENE & COOPER
2210 GREENE WAY
PO BOX 200067
LOUISVILLE KY 40250-0067

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267511-31<br>GREENE CO PLNG & COMNTY DVLPMT<br>ATTN: NICHOLAS HAHN<br>40 CELT RD<br>STANARDSVILLE VA 22973-3001 | CREDITOR ID: 250863-12<br>GREENE CO TAX ADMINISTRATOR<br>229 KINGOLD BLVD<br>SUITE B<br>SNOW HILL NC 28580 | CREDITOR ID: 267512-14<br>GREENE COUNTY TAX COLLECTOR<br>ATTN: BRNEDA GOREE<br>GREEN COUNTY COURT HOUSE<br>EUTAW AL 35462 |
| CREDITOR ID: 250865-12<br>GREENE PUBLISHING INC<br>ATTN EMERALD KINSLEY<br>PO DRAWER 772<br>MADISON, FL 32341 | CREDITOR ID: 386190-54<br>GREENE, DAREENE<br>760 UNION ST<br>SPARTANBURG, SC 29306 | CREDITOR ID: 391342-55<br>GREENE, DAREENE<br>C/O J ROGER POOLE ESQ<br>J ROGER POOLE ATTORNEY AT LAW<br>215 MAGNOLIA STREET<br>SPARTANBURG SC 29306 |
| CREDITOR ID: 400390-85<br>GREENE, DOREENE<br>C/O J ROGER POOLE ESQ<br>J ROGER POOLE ATTORNEY AT LAW<br>215 MAGNOLIA STREET<br>SPARTANBURG SC 29306 | CREDITOR ID: 400012-84<br>GREENE, DOREENE<br>760 UNION ST<br>SPARTANBURG SC 29306 | CREDITOR ID: 399828-84<br>GREENE, PHYLISS<br>9233 SW 8 ST<br>BOCA RATON FL 33428 |
| CREDITOR ID: 399639-15<br>GREENE, PHYLISS<br>C/O DAVID KLEINBERG ESQ<br>2641 NE 207TH ST<br>AVENTURA FL 33180 | CREDITOR ID: 260143-12<br>GREENE, RUBY<br>615 B EAST OGLETHORPE<br>SAVANNAH, GA 31401 | CREDITOR ID: 267513-31<br>GREENES SMALL HOME IMPRVS<br>ATTN: CHRIS S GREENE<br>7636 ROARING SPRINGS RD<br>GLOUCESTER VA 23061-4265 |
| CREDITOR ID: 250866-12<br>GREENEVILLE LIGHT & POWER SYS<br>PO BOX 1690<br>GREENEVILLE, TN 37744-1690 | CREDITOR ID: 250867-12<br>GREENEVILLE SQ. SHOPPING CTR<br>C/O FLECHER BRIGHT CO<br>ATTN: KATHY GOSSETT<br>537 MARKET STREET SUITE 400<br>CHATTANOOGA TN 37402 | CREDITOR ID: 250868-12<br>GREENEVILLE SUN<br>PO BOX 1630<br>GREENEVILLE, TN 37744-1630 |
| CREDITOR ID: 410-03<br>GREENEVILLE WATER COMMISSION<br>PO BOX 368<br>GREENEVILLE TN 37744 | CREDITOR ID: 2270-07<br>GREENGOLD CO LLC<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | CREDITOR ID: 389875-54<br>GREENHOUSE, CONSTANCE<br>5009 HENRI DRIVE, BUILDING B<br>NEW ORLEANS, LA 70129 |
| CREDITOR ID: 393416-55<br>GREENHOUSE, CONSTANCE<br>C/O SILVESTRI & MASSICOT<br>ATTN MICHOLLE WALKER MORDOCK, ESQ<br>3914 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 385472-54<br>GREENHOUSE, EARL<br>C/O GREENHOUSE LAW OFFICE<br>ATTN NORRIS J GREENHOUSE, ESQ<br>213 N MAIN STREET<br>PO BOX 444<br>MARKSVILLE LA 71351 | CREDITOR ID: 385472-54<br>GREENHOUSE, EARL<br>385 ANDRES STREET<br>MARKSVILLE, LA 71351 |
| CREDITOR ID: 390773-55<br>GREENHOUSE, EARL<br>C/O: NORRIS J. GREENHOUSE<br>GREENHOUSE LAW OFFICE, LLC<br>P. O BOX 444<br>2134 N. MAIN ST.<br>MARKSVILLE LA 71351 | CREDITOR ID: 403463-99<br>GREENLAND TRUST<br>C/O MOWREY & BIGGINS PA<br>ATTN: RONALD A MOWREY/JASON H EGAN<br>515 NORTH ADAMS STREET<br>TALLAHASSEE FL 32301-1111 | CREDITOR ID: 250869-12<br>GREENLEAF FARMS<br>2153 ROCKY HOCK ROAD<br>EDENTON NC 27932 |
| CREDITOR ID: 278891-30<br>GREENLEAF WHOLESALE FLORIST<br>ATTN TRACY BRYANT, CR SVCES<br>PO BOX 537<br>BRIGHTON CO 80601 | CREDITOR ID: 250870-12<br>GREENLEAF WHOLESALE FLORIST<br>2801 TCHOUPITOULAS ST<br>NEW ORLEANS LA 70115 | CREDITOR ID: 250871-12<br>GREENS A/C & REFRIGERATION INC<br>PO BOX 973<br>541 NORTH BEACH STREET<br>DAYTONA BEACH FL 32115 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250872-12<br>GREENS ENERGY SERVICES INC<br>PO BOX 570008<br>ORLANDO, FL 32857-0008 | CREDITOR ID: 250873-12<br>GREENS KING<br>PO BOX 28196<br>ATTN KEITH WILLIAMS<br>JACKSONVILLE, FL 32226 | CREDITOR ID: 250858-12<br>GREEN'S OYSTERS & SEAFOOD INC<br>PO BOX 3130<br>SHALLOTTE NC 28459 |
| CREDITOR ID: 404778-95<br>GREENS R US<br>RT 2 BOX 1505<br>GLEN ST MARY FL 32040 | CREDITOR ID: 278892-30<br>GREENS R US<br>16150 CREWS ROAD<br>GLEN ST MARY, FL 32040 | CREDITOR ID: 382322-51<br>GREENSBORO<br>200 EAST MARKET<br>GREENSBORO, NC 27420 |
| CREDITOR ID: 413-03<br>GREENSBURG MUNIE WATER/SEWAGE<br>314 NORTH MICHIGAN<br>GREENSBURG IN 47240 | CREDITOR ID: 250875-12<br>GREENSVILLE MEMORIAL HOSPITAL<br>% EMPORIA GENERAL DISTRICT CRT<br>315 SOUTH MAIN ST<br>EMPORIA VA 23847 | CREDITOR ID: 250876-12<br>GREENSWEEP LAWN CARE<br>PO BOX 14142<br>HUNTSVILLE AL 35815 |
| CREDITOR ID: 250877-12<br>GREENTOUCH ENTERPRISES INC<br>ATTN LARRY BROTHERTON JR, PRES<br>4626 GLEASON AVENUE<br>SARASOTA, FL 34242-1311 | CREDITOR ID: 250878-12<br>GREENVIEW DATA INC<br>PO BOX 1586<br>ANN ARBOR MI 48106 | CREDITOR ID: 250879-12<br>GREENVIEW REGIONAL HOSPITAL<br>PO BOX 402775<br>ATLANTA, GA 30384-2775 |
| CREDITOR ID: 1393-07<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>PO BOX 1263<br>BEAUFORT, SC 29901-1263 | CREDITOR ID: 250880-12<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>POST OFFICE BOX 1263<br>BEAUFORT, SC 29901-1263 | CREDITOR ID: 315829-40<br>GREENVILLE COMPRESS CO<br>PO BOX 218<br>GREENVILLE, MS 38702-0218 |
| CREDITOR ID: 1394-RJ<br>GREENVILLE COMPRESS CO.<br>PO BOX 218<br>GREENVILLE MS 38702-0218 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 |
| CREDITOR ID: 278477-25<br>GREENVILLE COMPRESS COMPANY<br>ATTN: KENNETH BRANTLEY<br>SECRETARY-TREASURER<br>PO BOX 218<br>GREENVILLE MS 38702 | CREDITOR ID: 250882-12<br>GREENVILLE COUNTY ALARM BILLING<br>4 MCGEE STREET<br>GREENVILLE, SC 29601-2297 | CREDITOR ID: 250886-12<br>GREENVILLE DIESEL SERVICE INC<br>PO BOX 4558<br>GREENVILLE MS 38704-4558 |
| CREDITOR ID: 250887-12<br>GREENVILLE ELEMENTARY<br>1645 N FOSTER DR<br>BATON ROUGE, LA 70806 | CREDITOR ID: 250888-12<br>GREENVILLE GROCERY LLC<br>C/O J P METZ CO INC<br>1990 M ST NW    STE 650<br>WASHINGTON, DC 20036 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O J. P. METZ CO. INC.<br>1990 M STREET, NW, SUITE 650<br>WASHINGTON DC 20036 |
| CREDITOR ID: 2271-07<br>GREENVILLE GROCERY LLC<br>C/O J.P. METZ CO., INC.<br>ATTN: DANIEL M<br>1990 M STREET, N.W.<br>SUITE 650<br>WASHINGTON, DC 20036 | CREDITOR ID: 250889-12<br>GREENVILLE HEALTH CORPORATION<br>CENTER FOR HEALTH OCCUPATIONAL SERV<br>1020 GROVE ROAD<br>GREENVILLE, SC 29605 | CREDITOR ID: 250890-12<br>GREENVILLE INDUS RUBBER & GASKET CO<br>PO BOX 4469<br>GREENVILLE SC 29608 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ‑Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250891-12<br>GREENVILLE MEMORIAL HOSPITAL<br>875 WEST FARIS ROAD<br>GREENVILLE SC 29605 | CREDITOR ID: 250893-12<br>GREENVILLE NEWS<br>PO BOX 507<br>GREENVILLE AL 36037 | CREDITOR ID: 250892-12<br>GREENVILLE NEWS<br>305 S MAIN STREET<br>PO BOX 1688<br>GREENVILLE, SC 29602 |
| CREDITOR ID: 262824-12<br>GREENVILLE NEWS, THE<br>305 SOUTH MAIN STREET<br>PO BOX 1689<br>GREENVILLE, SC 29602 | CREDITOR ID: 250894-12<br>GREENVILLE NEWSPAPERS<br>DEPT 5072<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-5072 | CREDITOR ID: 404779-95<br>GREENVILLE NEWSPAPERS<br>103 HICKORY ST<br>GREENVILLE AL 36037 |
| CREDITOR ID: 405984-99<br>GREENVILLE NEWSPAPERS<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 250895-12<br>GREENVILLE PAINT AND GLASS COMPANY<br>PO BOX 1225<br>GREENVILLE MS 38702-1225 | CREDITOR ID: 250896-12<br>GREENVILLE TECHNICAL COLLEGE<br>PO BOX 5616<br>BUSINESS OFFICE<br>GREENVILLE SC 29606-5616 |
| CREDITOR ID: 250897-12<br>GREENVILLE UTILITES COM<br>PO BOX 1847<br>GREENVILLE NC 27835-1847 | CREDITOR ID: 250899-12<br>GREENVILLE WATER SYSTEM<br>PO BOX 687<br>GREENVILLE, SC 29602-0687 | CREDITOR ID: 250900-12<br>GREENVILLE WATER WKS & SEWER<br>PO BOX 483<br>GREENVILLE, AL 36037 |
| CREDITOR ID: 406693-MS<br>GREENWALT, PAUL D.<br>668 POST OAK CIRCLE, UNIT 104<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 250901-12<br>GREENWELL SPRINGS YOUTH RIDERS<br>PO BOX 445<br>GREENWELL SPRINGS, LA 70739 | CREDITOR ID: 400720-91<br>GREENWELL, CHRISTOPHER C<br>207 OLMSTEAD DR<br>TITUSVILLE FL 32780-0572 |
| CREDITOR ID: 389987-54<br>GREENWICH, LORENZO<br>10705 AQUARIUS LN<br>ROYAL PALM BEAC FL 33411 | CREDITOR ID: 393506-55<br>GREENWICH, LORENZO<br>C/O: JOHN ABRAMSON<br>ABRAMSON AND MAGIDSON<br>800 BRICKELL AVENUE<br>SUITE 904<br>MIAMI FL 33131 | CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 |
| CREDITOR ID: 250903-12<br>GREENWOOD COMMONS ASSOCIATES<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 250905-12<br>GREENWOOD COUNTY TAX COLLECTOR<br>528 MONUTMENT STREET<br>SUITE 101<br>PROPERTY TAX<br>GREENWOOD SC 29646-2634 | CREDITOR ID: 250906-12<br>GREENWOOD GLASS COMPANY<br>203 MAXWELL AVENUE<br>GREENWOOD SC 29646 |
| CREDITOR ID: 382348-51<br>GREENWOOD INDEX JOURNAL<br>PO BOX 1018<br>GREENWOOD, SC 29648 | CREDITOR ID: 250907-12<br>GREENWOOD LEFLORE HOSP<br>1401 RIVER RD<br>GREENWOOD, MS 38935-1410 | CREDITOR ID: 404780-95<br>GREENWOOD PACKING PLANT<br>C/O CAROLINA PRIDE FOODS INC<br>ATTN MARK LITTS, CONTROLLER<br>PO BOX 188<br>GREENWOOD SC 29648-0188 |
| CREDITOR ID: 250908-12<br>GREENWOOD PACKING PLANT<br>PO BOX 751645<br>CHARLOTTE NC 28275 | CREDITOR ID: 250910-12<br>GREER CITIZEN<br>ATTN WALTER M BURCH, CO-OWNER<br>PO BOX 70<br>GREER, SC 29652-0070 | CREDITOR ID: 250911-12<br>GREER COMM OF PUBLIC WORKS<br>PO BOX 216<br>GREER, SC 29652-0216 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250912-12<br>GREER EQUIPMENT CO INC<br>PO BOX 480<br>ABITA SPRINGS LA 70420-0480 | CREDITOR ID: 250913-12<br>GREER EQUIPMENT, INC<br>ATTN ROBERT D GREER, PRES<br>PO BOX 480<br>ABITA SPRINGS, LA 70420 | CREDITOR ID: 1397-07<br>GREER PLAZA INC.<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI FL 33161 |
| CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI, FL 33161 | CREDITOR ID: 387763-54<br>GREER, PATTY L<br>4501 WIMBLEDON WAY<br>WILLIAMSBURG, VA 23188 | CREDITOR ID: 250915-12<br>GREERS SUPPLY CO INC<br>2401 - A PLANTATION ROAD<br>ROANOKE, VA 24012 |
| CREDITOR ID: 245039-12<br>GREEVER, CHARLES H<br>107 MAGAZINE STREET<br>DALLAS GA 30157 | CREDITOR ID: 250917-12<br>GREG CRANE<br>602 W TALLASSEE STREET<br>WETUMPKA AL 36092 | CREDITOR ID: 250919-12<br>GREG D SMITH<br>5940 MCKASKLE DR<br>FT WORTH TX 76119 |
| CREDITOR ID: 250920-12<br>GREG HAYES<br>2324 FOREST GLEN DRIVE<br>JACKSON MS 39213 | CREDITOR ID: 250921-12<br>GREG HINDS<br>117 HEATHERWOOD BLVD<br>LAKE WALES FL 33853 | CREDITOR ID: 250922-12<br>GREG MALLEY<br>4647 MAYHEW<br>CINCINNATI OH 45238 |
| CREDITOR ID: 250926-12<br>GREGG IND<br>5048 VIENNA DR<br>WAUNAKEE WI 53597-9746 | CREDITOR ID: 267514-31<br>GREGORY & ASSOCIATES<br>ATTN: BETH OUSLEY<br>17 POPLAR CIR<br>GULFPORT MS 39507-4005 | CREDITOR ID: 250927-12<br>GREGORY ASHCRAFT<br>1304 EAST WASHINGTON STREET<br>ORLANDO FL 32801 |
| CREDITOR ID: 250928-12<br>GREGORY D MATHIS<br>730 NE 173 TER<br>MIAMI FL 33162 | CREDITOR ID: 250929-12<br>GREGORY D SPICER<br>JACKSONVILLE SHERIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 250930-12<br>GREGORY E ALLISON<br>607 FOUNDRY ROAD<br>GREENWOOD SC 29646 |
| CREDITOR ID: 250931-12<br>GREGORY E BROWN<br>9002 BERENS STREET<br>JACKSONVILLE FL 32210 | CREDITOR ID: 387275-54<br>GREGORY JACKSON, JR. (MINOR)<br>5124 CLARION HAMMOCK DR<br>ORLANDO, FL 32808 | CREDITOR ID: 387275-54<br>GREGORY JACKSON, JR. (MINOR)<br>417 W. ALFRED STREET, SUITE 7<br>ORLANDO, FL 32808 |
| CREDITOR ID: 250933-12<br>GREGORY L ADAMS JR<br>1037 KNOX AVENUE<br>MONESSEN PA 15062 | CREDITOR ID: 250934-12<br>GREGORY L JOHNSON<br>2335 EAGLE POINT COURT<br>LAWRENCEVILLE GA 30044 | CREDITOR ID: 250935-12<br>GREGORY L KENION<br>108 IRON HORSE TRAIL<br>HARVEST AL 35749 |
| CREDITOR ID: 250936-12<br>GREGORY M TART<br>8773 N SALEMBURG HWY<br>ROSEBORO NC 28382 | CREDITOR ID: 250938-12<br>GREGORY POOLE<br>PO BOX 60457<br>CHARLOTTE NC 28260 | CREDITOR ID: 250939-12<br>GREGORY REHKAMP<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250940-12<br>GREGORY SALISBURY POWER PRODUCTS<br>PO BOX 18007<br>MEMPHIS, TN 38181-0007 | CREDITOR ID: 389421-54<br>GREGORY, ELINOR M<br>8892 SE SANDRIDGE AVE<br>HOBE SOUND FL 33455 | CREDITOR ID: 406694-MS<br>GREGORY, FRANCES M.<br>10 WILDWOOD RD.<br>GREENVILLE SC 29615 |
| CREDITOR ID: 389890-54<br>GREGORY, JENNIE<br>1020 WINTERBERRY LANE<br>ORLANDO, FL 32811 | CREDITOR ID: 393430-55<br>GREGORY, JENNIE<br>C/O DAMON WEISS, ESQ.<br>GARFINKEL TRIAL GROUP<br>300 NORTH MAITLAND AVENUE<br>MAITLAND FL 32751 | CREDITOR ID: 250942-12<br>GREGORYS SAFE & LOCK COMPANY<br>17 WEST 10TH STREET<br>ANNISTON AL 36201 |
| CREDITOR ID: 250943-12<br>GREGORYS TRAILER SERVICE INC<br>417 CHAPEL ROAD<br>GREER SC 29651 | CREDITOR ID: 404049-15<br>GREGORY-SALISBURY POWER PRODUCTS<br>ATTN PEGGY R STEVENS<br>PO BOX 18007<br>MEMPHIS TN 38181 | CREDITOR ID: 250944-12<br>GREIF INC<br>PO BOX 53241<br>ATLANTA, GA 30353-2416 |
| CREDITOR ID: 384373-47<br>GREMILLION, STEPHEN J<br>306 SOUTH MARSHALL<br>BUNKIE, LA 71322 | CREDITOR ID: 382636-51<br>GRESHAM, GRADY<br>324 PARKSIDE DRIVE<br>SIMPSONVILLE, SC 29681 | CREDITOR ID: 250945-12<br>GRETA MARSHALL<br>890 NW 213TH LANE<br>APT 103<br>MIAMI FL 33169 |
| CREDITOR ID: 250946-12<br>GRETCHEN H HOFAKER<br>PAID THREW P CARD<br>7596 CENTURION PARKWAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 250947-12<br>GRETNA UNITED METHODIST PRESCHOOL<br>1309 WHITNEY AVENUE<br>GRETNA, LA 70056 | CREDITOR ID: 250948-12<br>GREYDON INC<br>204 ST CHARLES WAY<br>UNIT  3E<br>YORK PA 17402 |
| CREDITOR ID: 375127-44<br>GREYSTAR PRODUCTS INC<br>1140 SOUTH ROCKEFELLER AVENUE<br>ONTARIO, CA 91761 | CREDITOR ID: 250949-12<br>GREYSTAR PRODUCTS INC<br>PO BOX 3907<br>TUSTIN, CA 92781 | CREDITOR ID: 420-03<br>GREYSTONE POWER CORPORATION<br>ATTN GARY MILLER, CEO<br>4040 BANKHEAD HIGHWAY<br>PO BOX 897<br>DOUGLASVILLE GA 30133 |
| CREDITOR ID: 250950-12<br>GREYSTONE POWER CORPORATION<br>PO BOX 897<br>DOUGLASSVILLE, GA 30133-0897 | CREDITOR ID: 389319-54<br>GRICE, GLADYS<br>108 PINEWOOD DR<br>GOLDSBORO NC 27534 | CREDITOR ID: 393134-55<br>GRICE, GLADYS<br>C/O J. CHRISTOPHER BRANTLEY<br>BRANTLEY, JENKINS, RIDDLE, HARDEE & HARD<br>601 N. SPENCE AVENUE<br>PO BOX 11050<br>GOLDSBORO NC 27532 |
| CREDITOR ID: 391009-55<br>GRIER, COREY<br>C/O HARPER, WALDON & CRAIG<br>ATTN J BLAIR CRAIG, II, ESQ<br>900 CIRCLE 75 PARKWAY, STE 1040<br>ATLANTA GA 30339 | CREDITOR ID: 395475-64<br>GRIFFEN ENTERPRISES<br>PO BOX 530401<br>ATLANTA, GA 30302 | CREDITOR ID: 2913-04<br>GRIFFIIN IND., INC.<br>4413 TANNER CHURCH ROAD<br>ELLENWOOD GA 30294 |
| CREDITOR ID: 395652-65<br>GRIFFIN<br>PO BOX 530401<br>ATLANTA, GA 30353-0401 | CREDITOR ID: 250951-12<br>GRIFFIN HOLDINGS<br>PO BOX 269031<br>OKLAHOMA CITY, OK 73126-9031 | CREDITOR ID: 250953-12<br>GRIFFIN INDUSTRIES<br>PO BOX 237<br>HOLDEN LA 70744 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250952-12<br>GRIFFIN INDUSTRIES<br>1299 PRISOCK ROAD<br>JACKSON, MS 39272 | CREDITOR ID: 395654-65<br>GRIFFIN INSULATION<br>552 OEMLER LOOP<br>SAVANAH, GA 31410 | CREDITOR ID: 250955-12<br>GRIFFIN INSULATION INC<br>8880 130TH AVENUE NORTH<br>WEST PALM BEACH, FL 33412 |
| CREDITOR ID: 375128-44<br>GRIFFIN PERSONNEL GROUP<br>2299 TECHNOLOGY DRIVE<br>SUITE # 200<br>O' FALLEN, MO 63366 | CREDITOR ID: 389494-54<br>GRIFFIN, ALFRED<br>1340 GARDEN RD.<br>MARRERO, LA 70072 | CREDITOR ID: 393182-55<br>GRIFFIN, ALFRED<br>C/O LAW OFFICES JACOBS & SARRAT<br>ATTN DARLEEN M JACOBS, ESQ.<br>823 ST LOUIS STREET<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 388312-54<br>GRIFFIN, ANGELA<br>11311 SW 200TH STREET<br>BUILDING D  APT 313<br>MIAMI, FL 33157 | CREDITOR ID: 392434-55<br>GRIFFIN, ANGELA<br>C/O: SPENCER G. MORGAN<br>44 W. FLAGLER STREET<br>SUTIE # 2550<br>MIAMI FL 33130 | CREDITOR ID: 397884-76<br>GRIFFIN, DEBBIE<br>211 9TH COURT SOUTH<br>BESSEMER, AL 35020 |
| CREDITOR ID: 400157-86<br>GRIFFIN, FRITZ<br>159 N. PINE DRIVE<br>MADISON  MS 39110 | CREDITOR ID: 386148-54<br>GRIFFIN, GALE<br>520 SW 2ND AVE<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 406695-MS<br>GRIFFIN, JAMES<br>4073 WILLY RD.<br>GAINESVILLE GA 30506 |
| CREDITOR ID: 387287-54<br>GRIFFIN, JAMES<br>1317 LAKE AVENUE<br>APT C214<br>METAIRIE, LA 70005 | CREDITOR ID: 391872-55<br>GRIFFIN, JAMES<br>C/O: BEN E. CLAYTON, ESQUIRE<br>THE LAW OFFICES OF BEN E. CLAYTON<br>1425 FREMAUX AVE. SUITE C<br>SLIDELL LA 70458 | CREDITOR ID: 389727-54<br>GRIFFIN, KATHERINE<br>135 ROCK HUMP ROAD<br>SALISBURY NC 28147 |
| CREDITOR ID: 406696-MS<br>GRIFFIN, RAYMOND<br>403 FRANCES ST.<br>HAHIRA GA 31632 | CREDITOR ID: 389744-54<br>GRIFFIN, ROSEMARY<br>154 LINCOLN AVE<br>FITZGERALD GA 31750 | CREDITOR ID: 387802-54<br>GRIFFIN, TAMARA<br>72302 W. CASHEW COURT<br>EUSTIS, FL 32736 |
| CREDITOR ID: 392128-55<br>GRIFFIN, TAMARA<br>C/O  BRENT C. MILLER, ESQ<br>ATTN THOMPAS D. HIPPELHEUSER, ESQ.<br>205 EAST BURLEIGH BOULEVARD<br>TAVARES FL 32778 | CREDITOR ID: 389001-54<br>GRIFFIN, WALTER<br>1122 HWY 652<br>RACELAND, LA 70394 | CREDITOR ID: 392902-55<br>GRIFFIN, WALTER<br>C/O MICHAEL ZERLIN & ROBERT LOUQUE<br>LAW OFFICE OF MICHAEL S. ZERLIN<br>123 E SEVENTH ST<br>THIBODAUX LA 70301 |
| CREDITOR ID: 267515-31<br>GRIFFITH CREEK UTILITY DI<br>ATTN: LINDA RAMSEY<br>6684 HIGHWAY 108<br>WHITWELL TN 37397-6945 | CREDITOR ID: 375130-44<br>GRIFFITH LABORATORIES USA INC<br>DEPT 70192<br>CHICAGO, IL 60673-0192 | CREDITOR ID: 250956-12<br>GRIFFITH LABORATORIES USA INC<br>PO BOX 905556<br>CHARLOTTE NC 28290-5556 |
| CREDITOR ID: 250957-12<br>GRIFFITH PAVING<br>10461 SOUTHLAND DRIVE<br>BONITA SPRINGS FL 34135 | CREDITOR ID: 250958-12<br>GRIFFITH SALES COMPANY<br>2485 REGENTS WALK<br>GERMANTOWN, TN 38138 | CREDITOR ID: 387076-54<br>GRIFFITH, PRISCILLA<br>3270 SOUTH SEMORAN BLVD<br>#15<br>ORLANDO FL 32822 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                          CASE:    05-03817-3F1

CREDITOR ID: 393219-55
GRIFFITHS, ROSE MARIE
C/O VEREBAY & ASSOCS
ATTN LAYNE VEREBAY, ESQ
888 SE 3RD AVENUE, SUITE 400
FORT LAUDERDALE FL 33316

CREDITOR ID: 390471-54
GRIFFITHS, ROSE MARIE
1401 NW 103RD STREET, APT 137
MIAMI, FL 33147

CREDITOR ID: 389993-54
GRIGGS, TOMMY
27 CREEKRIDGE ROAD
EDGEFIELD SC 29824

CREDITOR ID: 393510-55
GRIGGS, TOMMY
C/O NIMMONS & MALCHOW
ATTN LELAND MALCHOW, ESQ
460 GREENE STREET
AUGUSTA GA 30901

CREDITOR ID: 388880-54
GRILLAUD, WILLIAM
399 EXECUTIVE CTR DR, STE 110
WEST PALM BEACH FL 33401

CREDITOR ID: 392808-55
GRILLAUD, WILLIAM
C/O: GOODMAN
GOODMARK, GOODMARK & GOLDSTONE, P.A.
400 EXECUTIVE CENTER DR
#110
WEST PALM BEACH FL 33401

CREDITOR ID: 250959-12
GRIMBALL & CABANISS CHARLESTON
C/O GRIMBALL & CABANISS
ATTN WARREN MOISE, ESQ
473 SAVANNAH HIGHWAY
CHARLESTON SC 29407

CREDITOR ID: 250959-12
GRIMBALL & CABANISS CHARLESTON
PO BOX 816
CHARLESTON SC 29407

CREDITOR ID: 406697-MS
GRIMBALL, THOMAS P.
RT 4 1027 DRIFTWOOD LANE
ANDERSON SC 29624

CREDITOR ID: 250960-12
GRIMES PRODUCE COMPANY
PO BOX 2367
PLANT CITY FL 33564-2367

CREDITOR ID: 395655-65
GRINNELL
5352 HIGHWAY AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 395291-63
GRINNELL FIRE PROTECTION SYSTEMS
2724 CHANDALAR PLACE DR
PELHAM, AL 35124

CREDITOR ID: 395471-64
GRINNELL FIRE/ MOB
116 FLORIDA STREET
RIVERRIDGE, LA 70123

CREDITOR ID: 395472-64
GRINNELL FIRE/JACKSON
DEPT. CH 10156
PALATINE, IL 60094-4515

CREDITOR ID: 395473-64
GRINNELL/SIMPLEX - BR
DEPT CH 10320
BATON ROUGE, LA 70816

CREDITOR ID: 406698-MS
GRINSTEAD, JEFFERY S.
460 GOTTS HYDRO ROAD S.
BOWLING GREEN KY 42103

CREDITOR ID: 250961-12
GRIPPO FOODS INC.
6750 COLERAIN AVENUE
CINCINNATI OH 45239-5589

CREDITOR ID: 250962-12
GRIPPO POTATO CHIPS
PO BOX 570
GRAY, KY 40734

CREDITOR ID: 243851-12
GRISSOM, BRANDI
116 KAREN LANE
LUCEDALE MS 39452

CREDITOR ID: 406699-MS
GRISSOM, JOHN
7818 LIVE OAK LANE
LEESBURG FL 34788

CREDITOR ID: 250963-12
GRIST GREENS CO
801 MORSE AVE
SCHAUMBURG IL 60193

CREDITOR ID: 250964-12
GRO RITE ENTERPRISES INC
ATTN: WILLIAM C CANNON, OWNER
2913 MUMPHREY RD
CHALMETTE, LA 70043

CREDITOR ID: 250965-12
GROEB FARMS INC
10464 BRYAN HWY
PO BOX 269
ONSTEAD, MI 49265

CREDITOR ID: 250966-12
GROGAN'S FARM INC
ROUTE 2  24-B  HWY 51 N
ARLINGTON KY 42021

CREDITOR ID: 250967-12
GROLEE ELEMENTARY SCHOOL
1540 W GROLEE ST
OPELOUSAS, LA 70570

CREDITOR ID: 250968-12
GROMARK COMMUNICATIONS LLC
ACCOUNTS RECEIVABLE
420 DISTRIBUTION CIRCLE
FAIRFIELD OH 45014

CREDITOR ID: 406700-MS
GROOVER JR., JAMES
1714 SHAREVIEW DR.
JACKSONVILLE FL 32118

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389315-54
GROS, CHERYL
4404 BAYOU DESFAMILES
MARRERO LA 70072

CREDITOR ID: 246621-12
GROSOSS, COLLEEN
13247 COMPANION CIRCLE S
JACKSONVILLE FL 32224

CREDITOR ID: 381550-47
GROSS, ASHAUNTA D
PO BOX 42
266 S HICKORY
LUTCHER, LA 70071

CREDITOR ID: 250969-12
GROTE COMPANY INC
ATTN BRUCE HOHL, CFO
DEPT L-1021
COLUMBUS, OH 43260

CREDITOR ID: 250970-12
GROTT THE LOC DOC
1112 WINCHESTER RD
LEXINGTON, KY 40505

CREDITOR ID: 250971-12
GROUNDSHAKER TRUCKING
12503 PALMDALE COURT
TAMPA, FL 33625

CREDITOR ID: 395656-65
GROUP 1/SERVIDIAN
3307 NW 55 STREET
FT. LAUDERDALE, FL 33309

CREDITOR ID: 403523-93
GROVE, ANTONETTA
C/O JURALDINE BATTLE-HODGE
207 MONTGOMERY ST, STE 215
MONTGOMERY AL 36104

CREDITOR ID: 250973-12
GROVER P ART
PO BOX 186
WALTON KY 41094

CREDITOR ID: 250974-12
GRT AD SERVICES
1383 NORTH KILLIAN DRIVE
LAKE PARK, FL 33403

CREDITOR ID: 250975-12
GRUBB & ELLIS
REAL PROPERTY ADMINISTRATION
3333 PEACHTREE ROAD
3RD FLOOR
ATLANTA, GA 30326

CREDITOR ID: 278478-24
GRUBB & ELLIS MANAGEMENT SVCS INC
CAL BUIKEMA, PROPERTY MANAGER
3030 N. ROCKY POINT DRIVE
SUITE 560
TAMPA FL 33607

CREDITOR ID: 2272-07
GRUBB & ELLIS MGT SERVICES, INC.
3030 N. ROCKY POINT DRIVE, STE. 560
TAMPA FL 33607

CREDITOR ID: 389701-54
GRUBB, BETTY
5911 NW 17TH STREET
OCALA FL 34482

CREDITOR ID: 393340-55
GRUBB, BETTY
C/O: J.W. TEX CHALKLEY, III, ESQ.
CHALKLEY, SMITH & FULLER
1130 SE 17TH STREET
OCAL FL 34471

CREDITOR ID: 403733-94
GRUBBS, JOHN L
9897 MONTCLAIR CIRCLE
APOPKA FL 32703

CREDITOR ID: 387080-54
GRUBE, NANCY
1216 CREEK SIDE CIRCLE
ROCKLEDGE FL 32955

CREDITOR ID: 279017-32
GRUENBERG LAW GROUP, LLC
ATTN: RUDI R. GRUENBERG
MANAGING MEMBER
BUILDING E
704 EAST MAIN STREET
MOORESTOWN NJ 08057

CREDITOR ID: 389525-54
GRULLON, DELIA
PO BOX 997283
MIAMI  FL 33299-7283

CREDITOR ID: 393197-55
GRULLON, DELIA
C/O: STANLEY G. SWINDERSKI
STANLEY G. SWIDERSKI, PA
3990 SHERIDAN STREET #212
HOLLYWOOD FL 33021

CREDITOR ID: 279018-32
GRUMA CORPORATION
ATTN: SALVADOR ELIAS
1159 COTTONWOOD LANE, SUITE 200
IRVING TX 75038

CREDITOR ID: 250976-12
GRUNSKIS LLC
D/B/A INDUSTRIAL CLEANING EQUIPMENT
ATTN: DIANE GRUNSKIS
2600 NW 55TH COURT STE #230
FORT LAUDERDALE, FL 33309

CREDITOR ID: 406701-MS
GRUNWALD, CARL
5597 RANCHES ROAD
LAKE WORTH FL 33463

CREDITOR ID: 267516-31
GS COMMUNITIES
ATTN: RICK SUMEREL
102 LAKEWAY DR
WEST END NC 27376

CREDITOR ID: 250977-12
GS II BROOK HIGHLAND LLC
PO BOX 73153
DEPT 554000554001
CLEVELAND, OH 44193

CREDITOR ID: 1398-07
GS II BROOK HIGHLAND LLC
DEPT 554000554001
PO BOX 73153
CLEVELAND, OH 44193

CREDITOR ID: 1399-07
GS II JACKSONVILLE REGIONAL
PO BOX 73153
CLEVELAND, OH 44193

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250978-12<br>GS II JACKSONVILLE REGIONAL LLC<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 250979-12<br>GSC TECHNOLOGIES CORPORATION<br>PO BOX 820<br>CHAMPLAIN, NY 12919 | CREDITOR ID: 250980-12<br>GSMA SYSTEMS INC<br>2730 KIRBY AVENUE NORTHEAST<br># 5<br>PALM BAY FL 32905 |
| CREDITOR ID: 250982-12<br>GST CORPORATION<br>PO BOX 2121<br>INTERMODAL BUSINESS UNIT<br>MEMPHIS, TN 38159 | CREDITOR ID: 250216-12<br>G-T HYDRAULICS SERVICE<br>PO BOX 751<br>METAIRIE LA 70004 | CREDITOR ID: 250210-12<br>GT MICHELLI CO INC<br>130 BROOKHOLLOW<br>HARAHAN, LA 70123 |
| CREDITOR ID: 250984-12<br>GTI<br>PO BOX 410211<br>KANSAS CITY, MO 64141 | CREDITOR ID: 267517-14<br>GTS INC<br>ATTN: MATTHEW GREEN<br>124 NEWNAN ST<br>CARROLLTON GA 30117-3226 | CREDITOR ID: 386969-54<br>GUANTE, GUILLERMO<br>700 NW 141ST AVE #205<br>MIRIMAR FL 33018 |
| CREDITOR ID: 386110-54<br>GUARAGNO, LAURI<br>1105 SOUTH M STREET<br>LAKE WORTH, FL 33462 | CREDITOR ID: 391296-55<br>GUARAGNO, LAURI<br>C/O: JENNIFER LABBE, P.A.<br>319 CLEMATIS STREET<br>SUITE 701<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 250985-12<br>GUARANTEED ROOF SYSTEMS<br>642 KRISTEN DRIVE<br>CHICKAMAUGA GA 30707 |
| CREDITOR ID: 250986-12<br>GUARANTY GLASS<br>1312 EAST MAIN STREET<br>VILLE PLATTE LA 70586 | CREDITOR ID: 250987-12<br>GUARDIA CARE SERVICES<br>215 W BRECKINRIDGE STREET<br>LOUISVILLE, KY 40203 | CREDITOR ID: 250988-12<br>GUARDIAN FUELING TECHNOLOGIES INC<br>PO BOX 58120<br>JACKSONVILLE FL 32241-8120 |
| CREDITOR ID: 250989-12<br>GUARDIAN INTERNATIONAL INC<br>3880 NORTH 28TH TERRACE<br>HOLLYWOOD, FL 33020 | CREDITOR ID: 250990-12<br>GUARDIAN LOCK & SAFE<br>917 ROCK CREEK AVENUE<br>PENSACOLA FL 32505 | CREDITOR ID: 250991-12<br>GUARDIAN PLUMBING<br>PO BOX 506<br>LAURINBURG NC 28352 |
| CREDITOR ID: 250992-12<br>GUARDIAN WASTE GROUP INC<br>PO BOX 627<br>HUDSON, NC 28638 | CREDITOR ID: 250993-12<br>GUARDSMARK LLC<br>ATTN CARY M MCDANIEL, ASST TREAS<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-3000 | CREDITOR ID: 397642-72<br>GUARDSMARK, LLC<br>22 SOUTH SECOND STREET<br>MEMPHIS, TN 38103-2695 |
| CREDITOR ID: 386034-54<br>GUARINO, GLORIA<br>3632 HUNTERS HILL DRIVE<br>IRONDALE, AL 35210 | CREDITOR ID: 375383-44<br>GUARINO, JAMES<br>ORL DIV SARASOTA OFFICE<br>1705 N ALEXANDER RD<br>TAMPA, FL 33603 | CREDITOR ID: 388626-54<br>GUDIEL, MARIA<br>921 WEST 79TH ST.<br>HIALEAH FL 33014 |
| CREDITOR ID: 392678-55<br>GUDIEL, MARIA<br>C/O: L BARRY KEYFETZ, ESQUIRE<br>44 WEST FLAGLER, SUITE 2400<br>MIAMI FL 33180 | CREDITOR ID: 395409-64<br>GUE, GEORGE T. JR.<br>593 LAKE POINT DRIVE<br>YANCEYVILLE, NC 27379 | CREDITOR ID: 389711-54<br>GUENETTE, JOSEPH<br>5160 BULLARD STREET<br>NORTH PORT FL 34287 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                          **CASE:** 05-03817-3F1

CREDITOR ID: 393348-55
GUENETTE, JOSEPH
C/O: TERRI CROMLEY
CARLSON & MEISSNER
1103 14TH ST WEST
BRADENTON FL 34205

CREDITOR ID: 391438-55
GUENTHER, JEFF
C/O: BERNARD FOX
2407 ASHLAND AVENUE
CINCINNATI OH 45206

CREDITOR ID: 386349-54
GUENTHER, JEFF
11 LAUB RD.
AMELIA OH 45102

CREDITOR ID: 250994-12
GUERNSEY BEL INC
BOX 98489
CHICAGO IL 60693

CREDITOR ID: 257488-12
GUERRERO, NURIJ
10890 SW 34TH STREET
MIAMI, FL 33165

CREDITOR ID: 244855-12
GUERRIER, CELINE
1170 NE 132TH
MIAMI FL 33161

CREDITOR ID: 250995-12
GUESLY GERMAIN
2156 52ND TERRACE SW
NAPLES FL 34116

CREDITOR ID: 250996-12
GUESTHOUSE SUITES
4020 INDEPENDENCE DRIVE
HUNTSVILLE AL 35816

CREDITOR ID: 389612-54
GUFFEY, DELORES
107 SUBLIMITY CT
HAZEL GREEN, AL 35750-8975

CREDITOR ID: 393274-55
GUFFEY, DELORES
C/O: DON T TERRELL
DON TEMPLE TERRELL, ATTORNEY AT LAW
2322 COUNTRY CLUB AVENUE
HUNTSVILLE AL 35816

CREDITOR ID: 388031-54
GUIDO, YAMILETH
16530 SW 96TH TERRACE
MIAMI, FL 33196

CREDITOR ID: 392305-55
GUIDO, YAMILETH
C/O: ROBERT RUBENSTEIN, ESQUIRE
LAW OFFICE OF ROBERT RUBESTEIN
HIALEAH FL 33010

CREDITOR ID: 243964-12
GUIDROZ, BRIAN K
BOX 7272 DABADIE ROAD
VENTRESS LA 70783

CREDITOR ID: 386225-54
GUIDY, LENA
P.O BOX 495
GONZALEZ FL 32560

CREDITOR ID: 250999-12
GUILFORD COUNTY TAX DEPT
PO BOX 698
HIGH POINT, NC 27261-0698

CREDITOR ID: 1352-07
GUILFORD, FRANK W JR, TRUSTEE
TRUST UNDER VICTORIA FASCELL WILL
400 UNIVERSITY DRIVE STE 200
CORAL GABLES, FL 33134

CREDITOR ID: 2243-07
GUILFORD, FRANK W. JR.
PENTHOUSE SUITE
2222 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

CREDITOR ID: 388119-54
GUILLEN, ALVIN
1512 NE 174TH STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 392367-55
GUILLEN, ALVIN
C/O: RICHARD ZALDIVAR
LAW OFFICES OF RICHARD ZALDIVAR
2600 SW 3RD AVE.
SUITE 300
MIAMI FL 33129

CREDITOR ID: 387722-54
GUILLORY, CANDICE
333 LAPRARIE RD
MARKSVILLE LA 71351

CREDITOR ID: 256249-12
GUILLORY, MICHAEL O
401 EAST LASALLE
VILLE PLATTE LA 70586

CREDITOR ID: 251000-12
GUILLOT NEWS CO
2013 ARAMIS DRIVE
MERAUX, LA 70075

CREDITOR ID: 245120-12
GUILLOT, CHASE J
2617 ARIZONIA DRIVE
MARRERO LA 70072

CREDITOR ID: 251001-12
GUILLOT'S PLUMBING SERVICE
PO BOX 449
MARKSVILLE, LA 71351

CREDITOR ID: 243859-12
GUIMOND, BRANDON J
316 PACTOLUS ROAD
KINGSPORT TN 37663

CREDITOR ID: 315831-40
GUIN SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 278480-25
GUIN SQUARE LLC
C/O LEDRUE GRAVLEE
PO BOX 310
FAYETTE AL 35555

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 278636-25
GUIN SQUARE, LLC,
WEBSTER'S MARKET INC.
ATTN: JOE WEBSTER
BOX 508
GUIN AL 35563

CREDITOR ID: 423-03
GUIN WATERWORKS & SEWER BOARD
PO BOX 249
GUIN AL 35563

CREDITOR ID: 385615-54
GUINDAZOLA, ROBIN
265 SUNFEST DRIVE
NORTH AUGUSTA, SC 29841

CREDITOR ID: 390906-55
GUINDAZOLA, ROBIN
C/O: MS CAROL A. MCCURRY
MCCURRY LAW FIRM
1735 AUGUSTA ROAD
WEST COLUMBIA SC 29169

CREDITOR ID: 385515-54
GUISE, CATHERINE
751 GLENN CROSS DR.
APT. 48
JACKSON, MS 39206

CREDITOR ID: 390814-55
GUISE, CATHERINE
C/O BYRD, GIBBS & MARTIN, PLLC
ATTN ISAAC BYRD JR, ESQ
PO BOX 19
JACKSON MS 39205

CREDITOR ID: 391883-55
GUITIERREZ, MARTHA R
C/O: MIGUEL MONTALVO, ESQUIRE
MIGUEL MONTALVO, ATTORNEY AT LAW
1312 NORTH 15TH ST., SUITE 2
IMMOKALEE FL 34142

CREDITOR ID: 387299-54
GUITIERREZ, MARTHA R
132 ANHINGA
APT 004
IMMOKALEE, FL 34142

CREDITOR ID: 251003-12
GUIXENS FOOD GROUP INC
5800 NW 32ND COURT
MIAMI, FL 33142

CREDITOR ID: 251004-12
GULF ATLANTIC EQUIPMENT CO INC
PO BOX 10758
JACKSONVILLE, FL 32247-0758

CREDITOR ID: 251005-12
GULF BREEZE FILTERS SALES
PO BOX 789
OSPREY FL 34229-0789

CREDITOR ID: 251006-12
GULF CASTERS & EQUIPMENT
PO BOX 91466
MOBILE AL 36691-1466

CREDITOR ID: 251007-12
GULF COAST AIR CONDITIONING&REFRIG
7460 E COUNTRYHIGHLANDS DR
FLORAL CITY FL 34436

CREDITOR ID: 251009-12
GULF COAST COCA-COLA BTL
PO BOX 11407 D 0589
BIRMINGHAM, AL 35246-0589

CREDITOR ID: 251008-12
GULF COAST COCA-COLA BTL
1314 ERASTE LANDRY ROAD
LAFAYETTE, LA 70506

CREDITOR ID: 251012-12
GULF COAST COURIER INC
ATTN BOBBI M DICKEY, PRES
PO BOX 1462
GULF BREEZE, FL 32562

CREDITOR ID: 251013-12
GULF COAST ELECTRIC MOTOR SER
PO BOX 1322
PENSACOLA, FL 32591-1322

CREDITOR ID: 251015-12
GULF COAST FLEET MAINTENANCE
3751 INDUSTRIAL PARK DRIVE
MOBILE, AL 36693

CREDITOR ID: 251016-12
GULF COAST FLEET MAINTENANCE
PO BOX 18725
PENSACOLA FL 32523

CREDITOR ID: 251014-12
GULF COAST FLEET MAINTENANCE
2719 NORTH P STREET
PENSACOLA, FL 32505

CREDITOR ID: 251017-12
GULF COAST FLOOR CARE INC
19106 SHELDON STREET
ORLANDO FL 32833

CREDITOR ID: 251018-12
GULF COAST IMMEDIATE CARE
CENTER
345 MIRACLE STRIP PKWY SW
FT WALTON BEACH FL 32548

CREDITOR ID: 251019-12
GULF COAST LIFT TRUCK CO INC
PO BOX 76033
TAMPA FL 33675

CREDITOR ID: 251020-12
GULF COAST NEWSPAPERS
ATTN ANGELA KING, BUS MGR
PO BOX 509
ROBERTSDALE, AL 36567

CREDITOR ID: 397644-72
GULF COAST OFFICE PRODUCTS
5801 RIVER OAKS ROAD SOUTH
NEW ORLEANS, LA 70123

CREDITOR ID: 251023-12
GULF COAST OFFICE PRODUCTS INC
PO BOX 7247-0322
PHILADELPHIA PA 19170-0322

CREDITOR ID: 251021-12
GULF COAST OFFICE PRODUCTS INC
11825 SUN BELT COURT
BATON ROUGE, LA 70809

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251024-12<br>GULF COAST PANAMA JACK<br>1411 MOYLAN RD<br>PANAMA CITY BEACH, FL 32407 | CREDITOR ID: 278893-30<br>GULF COAST PRODUCE INC<br>PO BOX 1020<br>DOVER, FL 33527 | CREDITOR ID: 2273-07<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS, LA 70184-4087 |
| CREDITOR ID: 251025-12<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS, LA 70184-4087 | CREDITOR ID: 251026-12<br>GULF COAST THERMO KING<br>7802 US HWY 301 N<br>TAMPA, FL 33637 | CREDITOR ID: 251027-12<br>GULF COAST TRANSPORT<br>PO BOX 851307<br>MESQUITE, TX 75185-1307 |
| CREDITOR ID: 251028-12<br>GULF COAST TRUCK & TRAILER INC<br>8230 FIRE TOWER ROAD<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 251029-12<br>GULF CONTROLS CORP<br>PO BOX 15100<br>TAMPA FL 33684 | CREDITOR ID: 251030-12<br>GULF DIST CO INC BEER<br>3378 MOFFET ROAD<br>MOBILE, AL 36607 |
| CREDITOR ID: 251031-12<br>GULF DIST OF MISSISSIPPI<br>920 W COUNTY LINE RD<br>JACKSON, MS 39213 | CREDITOR ID: 251032-12<br>GULF ELECTRIC MOTORS<br>ATTN DEBRA CALCAGNI, PRES<br>PO BOX 41614<br>SAINT PETERSBURG FL 33743-1614 | CREDITOR ID: 425-03<br>GULF ENVIRONMENTAL SERVICES<br>1910 S TAMIAMI TRAIL# A<br>ESTERO FL 33928 |
| CREDITOR ID: 251033-12<br>GULF ENVIRONMENTAL SVC<br>19910 S TAMIAMI TRL # A<br>ESTERO FL 33928-4140 | CREDITOR ID: 251034-12<br>GULF ICE SYSTEMS INC<br>PO BOX 15151<br>PENSACOLA FL 32514-0151 | CREDITOR ID: 251035-12<br>GULF MED OCCUP<br>FAMILY HEALTH CENTER<br>PO BOX 789<br>OCEAN SPRINGS, MS 39566 |
| CREDITOR ID: 251036-12<br>GULF POWER<br>1230 EAST 15TH STREET<br>PANAMA CITY FL 32402 | CREDITOR ID: 251038-12<br>GULF POWER COMPANY<br>ONE ENERGY PLACE<br>PENSACOLA, FL 32520-0714 | CREDITOR ID: 251039-12<br>GULF REFRIGERATION SUPPLY INC<br>8920 SABAL INDUSTRIAL BOULEVARD<br>TAMPA FL 33619 |
| CREDITOR ID: 251040-12<br>GULF SHORES SERVICE CENTER<br>PO BOX 4958<br>GULF SHORES AL 36547 | CREDITOR ID: 251041-12<br>GULF SHORES WATER WORKS<br>PO BOX 1229<br>GULF SHORES, AL 36547-1229 | CREDITOR ID: 251042-12<br>GULF SOUTH PEST CONTROL<br>ATTN ROLAND GLEASON, PRESIDENT<br>313 RIVER VILLAGE<br>DESTREHAN, LA 70047 |
| CREDITOR ID: 251043-12<br>GULF SOUTH URGENT CARE<br>852 HIGHWAY 90<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 251044-12<br>GULF STATES DOOR<br>PO BOX 9173<br>MOBILE, AL 36691 | CREDITOR ID: 251045-12<br>GULF STATES ENGINEERING CO INC<br>PO BOX 52511<br>LAFAYETTE, LA 70505-2511 |
| CREDITOR ID: 251046-12<br>GULF STATES PAPER CORP<br>214 CONOVER BLVD S E<br>CONOVER NC 28613 | CREDITOR ID: 251047-12<br>GULF TOOL CO OF LA INC<br>BOX 475<br>HARVEY LA 70059 | CREDITOR ID: 251048-12<br>GULF VIEW PARTNERSHIP<br>777 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251049-12<br>GULFPORT HIGH SCHOOL<br>100 PERRY ST<br>GULFPORT, MS 39507 | CREDITOR ID: 251050-12<br>GULFPORT PLAZA CENTER INC<br>ATTN HADI ADAMS, PRES<br>10341 BARRY DRIVE<br>LARGO, FL 33774 | CREDITOR ID: 251051-12<br>GULFSIDE SUPPLY INC<br>PO BOX 116466<br>ATLANTA GA 30368-6466 |
| CREDITOR ID: 251052-12<br>GULFSTREAM<br>PO BOX 2206<br>SAVANNAH, GA 31402-2206 | CREDITOR ID: 251053-12<br>GULFTEL COMMUNICATIONS<br>PO BOX 830954<br>BIRMINGHAM, AL 35283-0954 | CREDITOR ID: 240849-10<br>GULFTEL COMMUNICATIONS<br>P O BOX 1987<br>FOLEY AL 36536-1987 |
| CREDITOR ID: 406702-MS<br>GULL, FRANKLIN<br>3705 KNOBCREST PLACE<br>VALRICO FL 33594 | CREDITOR ID: 406703-MS<br>GULLEDGE JR., JOEL E.<br>1312 CHESTNUT RD.<br>MANSFIELD TX 76063 | CREDITOR ID: 398591-78<br>GULLEDGE, BARBARA<br>1723 TREASURE CAY DRIVE<br>MANSFIELD, TX 76063 |
| CREDITOR ID: 402630-89<br>GULLEDGE, JOEL E JR (DECEASED)<br>C/O BARBARA GULLEDGE, EXECUTOR<br>1723 TREASURE CAY DRIVE<br>MANSFIELD TX 76063 | CREDITOR ID: 391777-55<br>GULLION, RUBEN JOSEPH<br>C/O: JOHN M. MCKAY, ESQ.<br>MCKAY LAW FIRM<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 | CREDITOR ID: 387191-54<br>GULLION, RUBEN JOSEPH<br>89B CARRIAGE LANE<br>DESTREHAN, LA 70047 |
| CREDITOR ID: 2276-07<br>GUMBERG ASSET MGMT CORP.<br>REF: PROMENADE SHOPS<br>3200 N. FEDERAL HIGHWAY<br>FORT LAUDERDALE FL 33306-1064 | CREDITOR ID: 386688-54<br>GUMMERT, MICHAEL<br>355 OVERVIEW DR.<br>COLUMBUS MS 39702 | CREDITOR ID: 375137-44<br>GUN BARREL HOT SAUCE<br>C/O LOUANN GEISLER<br>13021 STATE HWY 198  STE 123<br>MABANK TX 75147 |
| CREDITOR ID: 251054-12<br>GUN CLUB SHOPPING CENTER<br>3621 SOUTH FEDERAL HWY<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 407715-15<br>GUNDERSON, HAROLD<br>C/O DENNIS LEVINE & ASSOCIATES, PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 SO BOULEVARD<br>TAMPA FL 33606-1901 | CREDITOR ID: 407715-15<br>GUNDERSON, HAROLD<br>C/O PHIL SLOTNICK, ESQ<br>9950 PRINCESS PALM AVENUE, STE 101<br>TAMPA FL 33619 |
| CREDITOR ID: 400322-85<br>GUNDERSON, JENNIFER<br>C/O PHILIP SLOTNICK, ESQ<br>9950 PRINCESS PALM AVE STE 101<br>TAMPA FL 33619-8370 | CREDITOR ID: 400322-85<br>GUNDERSON, JENNIFER<br>C/O DENNIS LEVINE & ASSOCIATES, PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 SO BOULEVARD<br>TAMPA FL 33606-1901 | CREDITOR ID: 399898-84<br>GUNDERSON, JENNIFER<br>2228 VALRICO FOREST DRIVE<br>VALRICO FL 33594 |
| CREDITOR ID: 382639-51<br>GUNLICKS, MARK<br>615 SWEETWATER BRANCH LANE<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 393315-55<br>GUNN, JWARREN (MINOR)<br>C/O: CARL REYNOLDS, P. A.<br>SHERRIS & REYNOLDS, PA<br>34 E PINE ST<br>ORLANDO FL 32802 | CREDITOR ID: 390344-54<br>GUNN, JWARREN (MINOR)<br>4625 EDGEMOOR STREET<br>ORLANDO, FL 32811 |
| CREDITOR ID: 384151-47<br>GUNNOE MEATS-DELI<br>3989 CIFAX RD<br>GOODE, VA 24556 | CREDITOR ID: 251055-12<br>GUNNOE MEATS-DELI<br>RT.1 BOX 100<br>GOODE, VA 24556 | CREDITOR ID: 248812-12<br>GURGANUS, EDWARD<br>21260 BLACK CREEK ROAD<br>ID# 81241<br>FRANKLIN, VA 23851 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386547-54<br>GUSTAFSON, DAVID<br>4638 SHERRY LANE<br>HIXSON TN 37343 | CREDITOR ID: 391574-55<br>GUSTAFSON, DAVID<br>C/O: HERBERT THORNBERRY<br>POOLE, THORNBURY & MORGAN<br>732 CHERRY STREET<br>CHATTANOOGA TN 37402-1960 | CREDITOR ID: 382019-36<br>GUSTAFSON'S , LLC<br>JIMMY PARRISH<br>GRONEK & LATHAM LLP<br>390 NORTH ORANGE AVE, SUITE 600<br>ORLANDO FL 32801 |
| CREDITOR ID: 251056-12<br>GUSTAFSONS DAIRY<br>PO BOX 338<br>GREEN COVE SPRINGS, FL 32043-0338 | CREDITOR ID: 403191-99<br>GUSTAFSON'S LLC<br>C/O GRONEK & LATHAM LLP<br>ATTN: R SCOTT SHUKER/JIMMY PARRISH<br>390 N ORANGE AVE, STE 600<br>PO BOX 3353 (32802)<br>ORLANDO FL 32801 | CREDITOR ID: 394144-56<br>GUSTAVE, JHONY<br>825 NW 155TH LANE<br>#109<br>MIAMI FL 33169 |
| CREDITOR ID: 251057-12<br>GUSTAVO O ESTRADA<br>719 POST OFFICE ST #E<br>GALVESTON TX 77550-5209 | CREDITOR ID: 251058-12<br>GUSTO PACKING CO<br>2125 ROCHESTER DR<br>MONTGOMERY, IL 60538 | CREDITOR ID: 406704-MS<br>GUTHRIE, WILLIAM W.<br>P.O. BOX 429<br>MONTREAT NC 28757 |
| CREDITOR ID: 406705-MS<br>GUTIERREZ JR., MARTIN<br>680 WHISTLER POINT<br>WHITTIER NC 28789 | CREDITOR ID: 388012-54<br>GUTIERREZ, MARTHA<br>28 ELM LANE<br>RIVERDALE, GA 30296 | CREDITOR ID: 400291-85<br>GUTIERREZ, MARTHA R<br>C/O MIGUEL MONTALVO, ESQUIRE<br>MIGUEL MONTALVO, ATTORNEY AT LAW<br>1312 NORTH 15TH ST., SUITE 2<br>IMMOKALEE FL 34142 |
| CREDITOR ID: 399841-84<br>GUTIERREZ, MARTHA R<br>132 ANHINGA<br>APT 004<br>IMMOKALEE FL 34142 | CREDITOR ID: 386017-54<br>GUTIRREZ, JAEL<br>9025 SW 148TH STREET<br>MIAMI, FL 33186 | CREDITOR ID: 391231-55<br>GUTIRREZ, JAEL<br>C/O ROSEN & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>300 NORTHWEST 82ND AVE, SUITE 414<br>PLANTATION FL 33324 |
| CREDITOR ID: 406706-MS<br>GUTSHALL, DAVID W.<br>7167 CURLEW ROAD<br>SARASOTA FL 34241 | CREDITOR ID: 251059-12<br>GUTTENPLAN'S FROZEN DOUGH DBA<br>GUTTENPLAN'S BAKERY, INC<br>C/O COFACE NA, INC AS AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 388972-54<br>GUTTORMSEN, FRANCES<br>1000 VENETIAN WAY<br>MIAMI, FL 33139 |
| CREDITOR ID: 392876-55<br>GUTTORMSEN, FRANCES<br>C/O: JOE RINALDI<br>DOWNS & ASSOCIATES<br>1 SOUTHWEST 129TH AVENUE<br>SUITE 304<br>PEMBROKE PINES FL 33027 | CREDITOR ID: 251061-12<br>GUY M BEATY CO INC<br>PO BOX 628<br>TRAVELERS REST, SC 29690 | CREDITOR ID: 251062-12<br>GUYS TOWING SERVICE INC<br>PO BOX 60816<br>LAFAYETTE LA 70596-0816 |
| CREDITOR ID: 386043-54<br>GUYTON, PATRICIA A<br>17431 NW 42 AVE<br>CAROL CITY, FL 33055 | CREDITOR ID: 391245-55<br>GUYTON, PATRICIA A<br>C/O: EVAN M FELDMAN ESQ<br>EVAN M. FELDMAN<br>5975 SUNSET DR.<br>STE. 604<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 389916-54<br>GUZMAN, NANCY<br>8129 WOODSWARD DRIVE<br>ORLANDO, FL 32817 |
| CREDITOR ID: 393454-55<br>GUZMAN, NANCY<br>C/O: TODD E COPELAND, ESQ<br>TODD E. COPELAND & ASSOCIATES, P.A.<br>338 N. MAGNOLIA AVE<br>SUITE B<br>ORLANDO FL 32801 | CREDITOR ID: 387143-54<br>GUZZONE, CATHY<br>68 CAT CAY COURT<br>DANIA, FL 33004 | CREDITOR ID: 391728-55<br>GUZZONE, CATHY<br>C/O: PAUL S. ROSENBERG ESQ.<br>ROSENBERG & ROSENBERG,  PA<br>2501 HOLLYWOOD BLVD STE 110<br>HOLLYWOOD FL 33020-6631 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250211-12<br>GW CARVER PRIMARY SCHOOL<br>518 WEST OAK ST<br>GONZALES, LA 70737 | CREDITOR ID: 315673-36<br>GWALTNEY OF SMITHFIELD LTD<br>C/O JEAN D MOODY<br>501 NORTH CHURCH STREET<br>PO BOX 447<br>SMITHFIELD VA 23430 | CREDITOR ID: 251063-12<br>GWALTNEY OF SMITHFIELD LTD<br>PO BOX 403225<br>ATLANTA, GA 30384-3225 |
| CREDITOR ID: 404785-95<br>GWALTNEY OF SMITHFIELD LTD<br>PO BOX 65458<br>CHARLOTTE NC 28265-0458 | CREDITOR ID: 397766-99<br>GWALTNEY OF SMITHFIELD LTD<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX, JR<br>BANK OF AMERICA CORP CNTR<br>100 N TYRON ST, STE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 251064-12<br>GWEN GEORGE<br>10261 MANORVILLE DRIVE<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 251065-12<br>GWEN M CARPENTER<br>127 ALLEN DALE LANE<br>LINCOLNTON NC 28092 | CREDITOR ID: 240473-06<br>GWENDOLYN M MILLER CFC<br>TAX COLLECTOR<br>PO BOX 708<br>FERNANDINA BCH FL 32034-0708 | CREDITOR ID: 251067-12<br>GWENDOLYN VARNADO<br>1655 PAUL MORPHY STREET<br>NEW ORLEANS LA 70119-2249 |
| CREDITOR ID: 381225-47<br>GWINNETT COUNTY DEPT OF PUBLIC UTILITIES<br>75 LANGLEY DR<br>LAWRENCEVILLE, GA 30245-6940 | CREDITOR ID: 251069-12<br>GWINNETT COUNTY DEPT OF PUBLIC UTLS<br>684 WINDER HIGHWAY<br>LAWRENCEVILLE GA 30045-5012 | CREDITOR ID: 251072-12<br>GWINNETT DAILY POST<br>PO BOX 603<br>LAWRENCEVILLE GA 30046 |
| CREDITOR ID: 315832-40<br>GWINNETT PRADO LP<br>NORTH BRIDGES SHOPPING CENTER<br>PO BOX 957209<br>DULUTH, GA 30136-7209 | CREDITOR ID: 316042-41<br>GWINNETT PRADO, L.P.<br>C/O BROGDON CONSULTING, INC.<br>P. O. BOX 988<br>DULUTH GA 30096 | CREDITOR ID: 243852-12<br>GWYNN, BRANDI N<br>1652 TOWNWOOD COURT<br>CHARLOTTESVILLE VA 22901 |
| CREDITOR ID: 251074-12<br>H H DOORS AND HARDWARE<br>PO BOX 7043<br>DOTHAN AL 36302-7043 | CREDITOR ID: 267518-31<br>H & H LAND DEVELOPMENT CORP<br>ATTN: BOBBY HOLCOMB JR<br>232 POLLY DR<br>BYRON GA 31008-5232 | CREDITOR ID: 375146-44<br>H & H PLUMBING<br>8308 FAIRVIEW RD<br>MINT HILL, NC 28227 |
| CREDITOR ID: 251077-12<br>H & M AUTO BODY REPAIRS INC<br>2675 SW 69/70 COURT<br>MIAMI FL 33155 | CREDITOR ID: 251078-12<br>H & M FOOD EQUIPMENT<br>1418 LEONA ST<br>DOTHAN AL 36303 | CREDITOR ID: 251079-12<br>H & O TRANSPORT INC<br>PO BOX 357<br>CAMPBELLSVILLE, KY 42719 |
| CREDITOR ID: 251080-12<br>H & S ACE HARDWARE<br>5416 PRESTON HWY<br>LOUISVILLE KY 40213 | CREDITOR ID: 251082-12<br>H & S SUPPLY CO INC<br>528 NORTH MAIN STREET<br>MOULTRIE, GA 31768 | CREDITOR ID: 251083-12<br>H & S WHOLESALERS INC<br>PO BOX 1495<br>SUMTER, SC 29150 |
| CREDITOR ID: 251085-12<br>H B TAYLOR CO<br>4830 SOUTH CHRISTIANA AVE<br>CHICAGO, IL 60632 | CREDITOR ID: 316043-41<br>H C PLUNKETT<br>% BATESVILLE SECURITY BANK<br>TMAS 7300228 P O BOX 690<br>ATTN: BRENDA PHILLIPS<br>BATESVILLE, MS 38606 | CREDITOR ID: 316044-41<br>H C PLUNKETT<br>P O BOX 5306<br>JACKSON, MS 39296-5306 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251089-12<br>H C SCHMIEDING PRODUCE CO INC<br>PO BOX 369<br>SPRINGSDALE, AR 72765-0369 | CREDITOR ID: 251090-12<br>H E S CONVENTION SERVICES<br>4407 VINELAND RD<br>D-12<br>ORLANDO, FL 32811 | CREDITOR ID: 251091-12<br>H H FRANZ COMPANY<br>3201 FALLS CLIFF ROAD<br>BALTIMORE, MD 21211 |
| CREDITOR ID: 251092-12<br>H H SCALE COMPANY<br>2105 7TH STREET RD<br>LOUISVILLE KY 40208-1006 | CREDITOR ID: 251093-12<br>H HASSEY<br>261 JACKSON BEND RD<br>COOSADA, AL 36020 | CREDITOR ID: 251095-12<br>H L BOURGEOIS HIGH SCHOOL<br>1 RESERVATION DR<br>GRAY, LA 70359 |
| CREDITOR ID: 375148-44<br>H L CONSTRUCTION & RENOVATION<br>68417 JANICE AVE<br>COVINGTON, LA 70433 | CREDITOR ID: 251096-12<br>H M MILLER & ASSOCIATES<br>PO BOX 13188<br>MILWAUKEE WI 53213-0188 | CREDITOR ID: 251097-12<br>H M NOEL INC<br>PO BOX 273787<br>TAMPA, FL 33688-3787 |
| CREDITOR ID: 267519-31<br>H N P DEVELOPMENT INC<br>ATTN: HARVEY N PETTY<br>305 S MAGNOLIA AVE<br>TAMPA FL 33606-2361 | CREDITOR ID: 251098-12<br>H O TRERICE CO<br>PO BOX 78000<br>DEPT #78254<br>DETROIT MI 48278-0254 | CREDITOR ID: 251100-12<br>H O TUGWELL CO<br>2648 ROME DRIVE<br>BATON ROUGE, LA 70814-2326 |
| CREDITOR ID: 375149-44<br>H P HOOD INC<br>P O BOX 4066<br>BOSTON, MA 02211 | CREDITOR ID: 404787-95<br>H P HOOD INC   (LACTAID)<br>ADVANTAGE SALES & MARKETING<br>5908 BRECKENRIDGE PKWY<br>TAMPA FL 33610 | CREDITOR ID: 1404-07<br>H R ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH FL 33480 |
| CREDITOR ID: 251104-12<br>H S TRUCK REPAIR<br>1709 TRANSMITTER RD<br>PANAMA CITY FL 32404 | CREDITOR ID: 404788-95<br>H SMITH PACKING CORP<br>PO BOX 189<br>BLAINE ME 04734-0189 | CREDITOR ID: 251105-12<br>H SMITH PACKING CORP<br>ATTN JASON BARNES, CONTROLLER<br>55 N STREET, SUITE C<br>PRESQUE ISLE, ME 04769 |
| CREDITOR ID: 404789-95<br>H T HACKNEY CO<br>2001 W GOVERNMENT ST<br>PENSACOLA FL 32501 | CREDITOR ID: 251108-12<br>H T HACKNEY CO<br>PO BOX 1398<br>JOHNSON CITY TN 37605 | CREDITOR ID: 251111-12<br>H T HACKNEY COMPANY<br>PO BOX 13170<br>PENSACOLA FL 32591 |
| CREDITOR ID: 251110-12<br>H T HACKNEY COMPANY<br>3500 NE 4TH STREET<br>GAINESVILLE FL 32609 | CREDITOR ID: 251112-12<br>H V MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO, NC 27420-0847 | CREDITOR ID: 251113-12<br>H&C COFFEE<br>P.O. BOX 12345<br>ROANOKE, VA 24024-2345 |
| CREDITOR ID: 251114-12<br>H&E EQUIPMENT SERVICES LLC<br>PO BOX 261150<br>BATON ROUGE, LA 70826-1150 | CREDITOR ID: 251073-12<br>H&H DISTRIBUTING CO<br>PO BOX 307<br>URBANNA, VA 23175 | CREDITOR ID: 251075-12<br>H&H PLUMBING INC<br>8308 FAIRVIEW RD<br>MINT HILL, NC 28227 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 251076-12
H&L CONSTRUCTION & RENOVATION INC
68417 JANICE AVE
COVINGTON, LA 70433

CREDITOR ID: 251115-12
H&R REIT
3625 DUFFERIN STREET
SUITE 500
DOWNSVIEW ON M3K 1N4
CANADA

CREDITOR ID: 251084-12
H&T SEAFOOD INC
5598 LINDBERGH LN
BELL, CA 90201

CREDITOR ID: 2282-07
H.P.M. LTD PARTERSHIP
ATTN: JACK O'ROURKE
3618 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

CREDITOR ID: 267520-31
H2O CONSERVATION INC
ATTN: KIM NOLAND
14622 PADDOCK DR
WEST PALM BEACH FL 33414-7822

CREDITOR ID: 384154-47
H2O TRANSPORT INC
7738 OTT WILLIAMS ROAD
CLERMONT, FL 34714

CREDITOR ID: 251117-12
H2O TRANSPORT, INC
ATTN DANIEL G WALKER, PRES
7738 OTT WILLIAMS ROAD
CLERMONT FL 34714

CREDITOR ID: 431-03
H2O UTILITY SERVICES
1817 U.S. HIGHWAY 19
HOLIDAY FL 34691

CREDITOR ID: 251118-12
HAAS AUTO PARTS & MACHINE
4326 BISHOP LANE
LOUISVILLE KY 40218-4543

CREDITOR ID: 382643-51
HAAS PUBLISHING COMPANIES, INC DBA
DISTIBUTECH
3139 CAMPUS DRIVE, SUITE 900
NORCROSS, GA 30071

CREDITOR ID: 244766-12
HAAS, CATHERINE L
8489 RAMPART ROAD
JACKSONVILLE, FL 32244

CREDITOR ID: 251119-12
HABASIT BELTING INC
BOX 101606
ATLANTA GA 30392-1606

CREDITOR ID: 251120-12
HABERSHAM COUNTY MEDICAL CENTER
PO BOX 37
DEMOREST, GA 30535

CREDITOR ID: 251121-12
HABERSHAM COUNTY TAX COMMISSIONER
555 MONROE STREET
UNIT 25 BOX 6
PROPERTY TAX
CLARKESVILLE GA 30523-7815

CREDITOR ID: 386790-54
HABERSHAM, MELISSA
807 NW 2ND STREET. APT 2
FORT LAUDERDALE FL 33311

CREDITOR ID: 384155-47
HABETZ ROOF SERVICE INC
4217 ROBERTS COVE ROAD
RAYNE, LA 70578

CREDITOR ID: 251122-12
HABETZ ROOF SERVICE, INC
ATTN SANDRA B HABETZ, OFF MGR
4217 ROBERTS COVE ROAD
RAYNE, LA 70578

CREDITOR ID: 388181-54
HABIB, AMIN
1000 ALEXANDER DRIVE, APT #103
CANTON GA 30114

CREDITOR ID: 390311-54
HABIBI, MARINA
4730 CUMBERLAND COVE CT
JACKSONVILLE FL 32257

CREDITOR ID: 251123-12
HABITAT FOR HUMANITY OF MARTIN CNTY
183 SW MONTEREY ROAD
STUART FL 34994

CREDITOR ID: 251124-12
HAC ENTERPRISES INC
1156 CHOPPIN ROAD
POLLOK, TX 75969

CREDITOR ID: 251125-12
HACH COMPANY
2207 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 405910-93
HACKBARTH DELIVERY SERVICE INC
C/O WHITNEY & RICHARDSON
150 PINTAIL ST
SAINT ROSE LA 70087

CREDITOR ID: 251126-12
HACKBARTH DELIVERY SERVICE, INC
ATTN SHANNON WOODS, AR MGR
DEPT 1201
PO BOX 2153
BIRMINGHAM, AL 35287-1201

CREDITOR ID: 386700-54
HACKER, TINA
309 WEST ROSE LANE
LADY LAKE FL 32159

CREDITOR ID: 391652-55
HACKER, TINA
C/O: JON E. BENEZETTE
JON E. BENEZETTE
516 N. PENINSULA DRIVE
DAYTONA BEACH FL 32118

CREDITOR ID: 251127-12
HADASSAH
600 THREE ISLANDS BLVD #1411- B
HALLANDALE BEACH FL 33009

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251128-12<br>HADDAS INTERNATIONAL<br>5000 WYOMING<br>SUITE #111<br>DEARBORN, MI 48126 | CREDITOR ID: 1406-07<br>HADDCO PROPERTIES LTD PARTNERS<br>C/O ATLANTIC COMMERCIAL PROPER<br>8761 PERIMETER PARK BLVD.<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 251129-12<br>HADDCO PROPERTIES LTD PARTNERSHIP<br>C/O ATLANTIC COMMERCIAL PROPER<br>8761 PERIMETER PARK BLVD, SUITE 200<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 240575-06<br>HADDOCK, MICKEY<br>LICENSE COMMISSIONER<br>P O BOX 1059<br>FLORENCE AL 35631 | CREDITOR ID: 269265-16<br>HADDON HOUSE FOOD PRODUCTS, INC.<br>250 OLD MARLTON PIKE<br>MEDFORD, NJ 08055 | CREDITOR ID: 399850-84<br>HADER, CHARLES<br>4566 OLD TRAIL RD<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 385556-54<br>HADLEY, STEPHEN<br>PO BOX 420177<br>KISSIMMEE, FL 34741 | CREDITOR ID: 390854-55<br>HADLEY, STEPHEN<br>C/O: TODD E. COPELAND, ESQUIRE<br>TODD E. COPELAND & ASSOCIATES, P.A.<br>338 NORTH MAGNOLIA AVE<br>SUITE D<br>ORLANDO FL 32801 | CREDITOR ID: 251131-12<br>HAE REPAIR<br>PO BOX 1623<br>VALDOSTA GA 31603-1623 |
| CREDITOR ID: 391608-55<br>HAGE, ANTOINE J<br>C/O: PAUL SUSS<br>PAUL SUSS<br>20826 WEST DIXIE HIGHWAY<br>AVENTURA FL 33180 | CREDITOR ID: 386603-54<br>HAGE, ANTOINE J<br>1615 ARTHUR STREET<br>APT 2<br>NORTH MIAMI FL 33020-0364 | CREDITOR ID: 386654-54<br>HAGEE, JANE<br>1104 HERETICK AVE<br>HOPEWELL VA 23860 |
| CREDITOR ID: 391633-55<br>HAGEE, JANE<br>C/O: STEPHEN HARPER<br>KERNS, KASTENBAUM & REINHARDT<br>1809 STAPLES MILL ROAD<br>SUITE 300<br>RICHMOND VA 23230 | CREDITOR ID: 251132-12<br>HAGEMEYER NORTH AMERICA INC<br>PO BOX 932297<br>ATLANTA GA 31193-2297 | CREDITOR ID: 244016-12<br>HAGGINS, BRITTANY N<br>4113 SUNNY GLEN DRIVE<br>LAKELAND FL 33813 |
| CREDITOR ID: 400158-86<br>HAGINS, TERRY<br>5516 BRYCE LANE<br>CALLAHAN  FL 32011 | CREDITOR ID: 389017-54<br>HAGLER, AURLINDA<br>9801 WESTFIELD RD<br>BIRMINGHAM, AL 35217 | CREDITOR ID: 392918-55<br>HAGLER, AURLINDA<br>C/O: PAUL LANING<br>LANING & LANING, ATTORNEY AT LAW<br>2100 FIRST AVENUE NORTH<br>SUITE 400<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 267521-31<br>HAGUE WATER TREATMENT BREVA<br>ATTN: DAN AVERILL<br>441 N HARBOR CITY BLVD<br>MELBOURNE FL 32935-6861 | CREDITOR ID: 390165-54<br>HAHN, RICHARD<br>14444-B CANALVIEW DRIVE<br>DELRAY BEACH, FL 33484 | CREDITOR ID: 251133-12<br>HAHN-MASON AIR SYSTEMS INC<br>PO BOX 31248<br>CHARLOTTE NC 28231-1248 |
| CREDITOR ID: 251134-12<br>HAIDAR RUBAYU<br>231 MOJAVE COURT<br>APT 9<br>JACKSONVILLE FL 32216 | CREDITOR ID: 387902-54<br>HAIDAR, MOUNIR<br>6570 N.W. 24TH COURT<br>MARGATE, FL 33063 | CREDITOR ID: 392185-55<br>HAIDAR, MOUNIR<br>C/O: DANIEL SANTANIELLO<br>LUKS AND SANTANIELLO, LLC<br>515 LAS OLAS BLVD.<br>FT. LAUDERDALE FL 33001 |
| CREDITOR ID: 387128-54<br>HAIGE, HARRY<br>1200 NORTH SHORE DRIVE NE<br>#509<br>ST. PETERSBURG, FL 33731 | CREDITOR ID: 387128-54<br>HAIGE, HARRY<br>C/O WARREN KNAUST KNAUST & ASSOC<br>2167 5TH AVE<br>ST. PETERSBURG, FL 33713-8013 | CREDITOR ID: 387359-54<br>HAILES, TOMACENA<br>203 SHORT STREET<br>ELLISVILLE, MS 39437 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391932-55<br>HAILES, TOMACENA<br>C/O MR. JERRY GILBREATH, ESQUIRE<br>JERRY GILBREATH, ATTORNEY<br>P.O. BOX 1772<br>LAUREL MS 39441 | CREDITOR ID: 399510-82<br>HAILEY, JOHN L.<br>3501 DAYTON BOULEVARD  APT D-4<br>CHATTANOOGA  TN 37415 | CREDITOR ID: 388790-54<br>HAILSTOCK, ODIS<br>911 SECOND AVE<br>COLUMBUS, GA 31901 |
| CREDITOR ID: 392745-55<br>HAILSTOCK, ODIS<br>C/O MARK A CASTO, PC<br>ATTN MARK A CASTO, ESQ<br>912 SECOND AVENUE<br>P. O. BOX 45<br>COLUMBUS GA 31901 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 251135-12<br>HAIN CELESTIAL GROUP INC<br>PO BOX 32028<br>HARTFORD, CT 06150-2028 |
| CREDITOR ID: 251136-12<br>HAINES & CO<br>PO BOX 2117<br>NORTH CANTON OH 44720-0117 | CREDITOR ID: 267522-31<br>HAINES CITY CITY OF<br>ATTN: TROY CASSIDY<br>2003 ANGLE AVE<br>HAINES CITY FL 33844 | CREDITOR ID: 388516-54<br>HAINES, DARIESHA (MINOR)<br>2268 NW 51 TERRACE<br>MIAMI, FL 33142 |
| CREDITOR ID: 387430-54<br>HAINEY, BETTY<br>116 POLK DRIVE<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 391976-55<br>HAINEY, BETTY<br>C/O REBECCA LEONARD<br>LAW OFFICES OF REBECCA INGRAM LEONARD<br>782 NW 42ND AVE.<br>SUITE 330<br>MIAMI FL 33126 | CREDITOR ID: 397166-67<br>HAIR STATION, THE<br>1770 ELLIS AVENUE, SUITE 162<br>JACKSON, MS 39204 |
| CREDITOR ID: 389653-54<br>HAIR, LAURA<br>1021 S. PARK AVE #715<br>TITUSVILLE, FL 32780 | CREDITOR ID: 393306-55<br>HAIR, LAURA<br>C/O ROSEN & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>300 NORTHWEST 82ND AVE, SUITE 414<br>PLANTATION FL 33324 | CREDITOR ID: 251137-12<br>HAIRE PLUMBING COMPANY INC<br>PO BOX 58147<br>FAYETTEVILLE NC 28305-8147 |
| CREDITOR ID: 251138-12<br>HAISLIP RAGAN GREEN STARKIE&WATSON<br>REGISTERED PROFESSINAL REPORTERS<br>PO BOX 62<br>MONTGOMERY AL 36101 | CREDITOR ID: 387289-54<br>HAJI DATOO, NADIA A<br>1516 ARBOR DR<br>DULUTH, GA 30096 | CREDITOR ID: 385558-54<br>HAJJ, WAJI<br>7170 N FEDERAL HWY<br>BOCA RATON, FL 33487 |
| CREDITOR ID: 390856-55<br>HAJJ, GHAZI<br>C/O: ELLIS & GED, ATTORNEYS AT LAW<br>ELLIS & GED , P.A.<br>7171 N. FEDERAL HIGHWAY<br>BOCA RATON FL 33487 | CREDITOR ID: 251139-12<br>HAJOCA CORP<br>DEPT AT 40004<br>ATLANTA GA 31192-0004 | CREDITOR ID: 381048-47<br>HAKALA & ASSOCIATES INC<br>5700 ST AUGUSTINE RD STE 208<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 389360-54<br>HAKE, HAROLD<br>3418 NE 175TH STREET ROAD<br>CITRA FL 32113 | CREDITOR ID: 393161-55<br>HAKE, HAROLD<br>C/O: JOSEPH E. SMITH, ESQUIRE<br>CHALKLEY, SMITH & BRADSHAW<br>THE CHALKLEY BUILDING<br>1130 SE 17TH STREET<br>OCALA FL 34471 | CREDITOR ID: 251142-12<br>HAKIM L BROWN<br>4725 HAPPYHILL ROAD<br>EBRO FL 32437 |
| CREDITOR ID: 251143-12<br>HAKIM S WASHINGTON<br>612 E MILLBROOK ROAD<br>RALEIGH NC 27609 | CREDITOR ID: 242388-12<br>HAKIM, ANEESHA<br>8824 LEAFY CREEK DRIVE<br>RICHMOND VA 23237 | CREDITOR ID: 251144-12<br>HAL PAUL ENTERPRIZES INC<br>6700 S FLORIDA AVENUE # 17<br>LAKELAND FL 33813 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403498-15<br>HALE PLUMBING INC<br>ATTN JAMES K HALE, PRES<br>910 PARK AVE<br>ROANOKE RAPIDS NC 27870 | CREDITOR ID: 397885-76<br>HALE, TOMEKA<br>2 OAKVIEW DRIVE<br>SYLACAUGA, AL 35150 | CREDITOR ID: 385227-54<br>HALE, VENITA<br>2930 GASLIGHT DR<br>SOUTH DAYTONA, FL 32119 |
| CREDITOR ID: 390535-55<br>HALE, VENITA<br>C/O KOLODINSKY, SEITZ & TRESHER<br>ATTN RICK TRESHER, ESQ<br>647 S RIDGEWOOD AVE<br>DAYTONA BEACH FL 32115-0471 | CREDITOR ID: 394160-56<br>HALE, VERONICA Y<br>8202 ANGLERS POINTE DRIVE, APT 8202<br>TAMPA FL 33637 | CREDITOR ID: 251145-12<br>HALEY WARD<br>414 HAGLER ROAD<br>DOTHAN AL 36301 |
| CREDITOR ID: 389914-54<br>HALEY, CAROLYN<br>806 GREEN RIDGE DR<br>RALEIGH, NC 27609 | CREDITOR ID: 381745-15<br>HALEY, PATRICIA<br>C/O WATSON JIMMERSON GIVHAN ET AL<br>ATTN ERIC J ARTRIP, ESQ<br>PO BOX 18368<br>HUNTSVILLE AL 35804 | CREDITOR ID: 388949-54<br>HALEY, PATRICIA<br>107 BEECHNUT DRIVE<br>NEW MARKET, AL 35761 |
| CREDITOR ID: 392853-55<br>HALEY, PATRICIA<br>C/O: M. CLAY MARTIN, ESQUIRE<br>WATSON, JIMMERSON, GIVHAN & MARTIN, P.C.<br>203 GREENE STREET<br>PO BOX 46<br>HUNTSVILLE AL 35804 | CREDITOR ID: 251146-12<br>HALEYLAURE CORNELSON<br>3220 BASIN CENTRAL ROAD<br>LUCEDALE MS 39452 | CREDITOR ID: 251147-12<br>HALF HITCH TACKLE CO INC<br>ATTN DONNA HOLMES<br>2206 THOMAS DRIVE<br>PANAMA CITY, FL 32408 |
| CREDITOR ID: 251149-12<br>HALINA SOOKOORALI<br>6760 SCOTT STREET<br>HOLLYWOOD FL 33024 | CREDITOR ID: 251151-12<br>HALL EXPRESS<br>PO BOX 45098<br>ATLANTA GA 30320 | CREDITOR ID: 406707-MS<br>HALL JR., ROBERT J.<br>833 6TH STREET<br>PORT ORANGE FL 32119 |
| CREDITOR ID: 2284-07<br>HALL PROPERTIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 251153-12<br>HALL PROPERTIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 2285-07<br>HALL PROPERTIES, INC.<br>4928 ARAPALDOE AVENUE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 407730-15<br>HALL, ANGELA<br>C/O DONALD L MAYEUX, PLC<br>ATTN DONALD L MAYEUX, ESQUIRE<br>PO BOX 1460<br>EUNICE LA 70535 | CREDITOR ID: 385660-54<br>HALL, BARBARA<br>741 E 7TH ST.<br>HIALEAH, FL 33010 | CREDITOR ID: 390946-55<br>HALL, BARBARA<br>C/O: CULLEN J. LANE, ESQUIRE<br>LAW OFFICES OF MEDVIN, TROPP & ASSOC.<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 244683-12<br>HALL, CARRIE A<br>HC 71 BOX 154 SYNDER LOOP ROAD<br>GRAYSVILLE TN 37338 | CREDITOR ID: 386857-54<br>HALL, CHRISTIE<br>2285 MARSH HAWK LANE, #8304<br>ORANGE PARK FL 32003 | CREDITOR ID: 403736-94<br>HALL, CYNTHIA R<br>135 COURTS OF HAMPTON<br>HAMPTON GA 30228 |
| CREDITOR ID: 398166-77<br>HALL, DELORES<br>ATTN: ROBERT J.  SLOTKIN<br>P. O. BOX 16598<br>FT.  LAUDERDALE, FL 33318 | CREDITOR ID: 397980-76<br>HALL, DELORES<br>980 ORIENTHAL BOULEVARD<br>OPA  LOCKA, FL 33054 | CREDITOR ID: 269627-19<br>HALL, DELORES<br>C/O ROBERT J SLOTKIN LAW OFFICES<br>ATTN ROBERT J SLOTKIN, ESQ<br>2101 NORTH ANDREWS AVE, SUITE 400<br>FT LAUDERDALE FL 33311 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386908-54<br>HALL, EARE<br>85002 HALLS LANE<br>YULEE FL 32097 | CREDITOR ID: 388139-54<br>HALL, EDDIE<br>5420 LOIS DRIVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 392377-55<br>HALL, EDDIE<br>C/O MERRILL TUNSIL, ESQ.<br>MERRILL TUNSIL<br>P.O. BOX 2113<br>LAKE CITY FL 32056 |
| CREDITOR ID: 375041-44<br>HALL, GEORGE<br>13994 DUNLAP HALL RD<br>WALKER LA 70785 | CREDITOR ID: 250932-12<br>HALL, GREGORY<br>550 N COLLIERVILLE ARLINGTON ROAD<br>COLLIERVILLE, TN 38017 | CREDITOR ID: 400521-88<br>HALL, JOEY<br>C/O HENDRIK S. SNOW, ESQUIRE<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 |
| CREDITOR ID: 389410-54<br>HALL, JOHN R<br>6100 W. ROBINSON ST.<br>ORLANDO FL 32835 | CREDITOR ID: 386249-54<br>HALL, LANCE<br>8701 THORNWOOD DRIVE<br>TAMPA FL 33615 | CREDITOR ID: 391376-55<br>HALL, LANCE<br>C/O MICHAEL MEKSTRAITIS, ESQ.<br>MICHAEL MEKSTRAITIS PA<br>102 S. WESTLAND AVENUE<br>TAMPA FL 33606 |
| CREDITOR ID: 376229-44<br>HALL, MICHELLE<br>CHR DIV 2056<br>1222 HIGH SHOALS RD<br>LINCOLNTON, NC 28092 | CREDITOR ID: 397352-15<br>HALL, RODGER D<br>5797 SELLERS RD<br>MARIANNA FL 32446 | CREDITOR ID: 394038-61<br>HALL, RODGERS, MILLIKAN & CROOM, PLLC<br>1225 CRESCENT GREEN, STE 100<br>CARY, NC 27511 |
| CREDITOR ID: 259908-12<br>HALL, ROGER D<br>5797 SELLERS ROAD<br>MARIANNA, FL 32446 | CREDITOR ID: 386438-54<br>HALL, SHERRI<br>2345 WALDREP LOOP<br>LEIGHTON AL 35646 | CREDITOR ID: 391497-55<br>HALL, SHERRI<br>C/O H. THOMAS HEFLIN, JR.<br>LAW OFFICES OF H. THOMAS HEFLIN, JR<br>120 SOUTH MAIN STREET<br>P.O. BOX 149<br>TUSCUMBIA AL 35674 |
| CREDITOR ID: 264813-12<br>HALL, WILLIAM H<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 2684-07<br>HALL, WILLIAM H<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 385467-54<br>HALL, WILLIAM S<br>601 N. NEWNAN ST<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 385467-54<br>HALL, WILLIAM S<br>601 N. NEWNAN ST<br>APT 506<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 251157-12<br>HALLANDALE COMMUNITY COUNCIL<br>SCHOLARSHIP<br>PO BOX 249<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 375155-44<br>HALLANDALE COMMUNITY COUNCIL SCHOLARSHIP<br>PO BOX 249<br>HALLANDALE BEACH, FL 33009 |
| CREDITOR ID: 251158-12<br>HALLANDALE JEWISH CENTER<br>416 NE 8TH AVE<br>HALLANDALE, FL 33009 | CREDITOR ID: 385607-54<br>HALLGREN, ZELDA<br>1835 SW PARK LANE<br>FT. LAUDERDALE, FL 33315 | CREDITOR ID: 399399-15<br>HALLGREN, ZELDA & WALTER<br>C/O RONES & NAVARRO<br>ATTN LAWRENCE J NAVARRO, ESQ<br>16105 NE 18TH AVE<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 251155-12<br>HALL-ING REFUSE CO INC<br>PO BOX 9001099<br>LOUISVILLE KY 40290-1099 | CREDITOR ID: 251154-12<br>HALL-ING REFUSE CO INC<br>PO BOX 50003<br>ALBANY GA 31703-0003 | CREDITOR ID: 381226-47<br>HALLMAN, MIMI & MICHAEL<br>1147 PARKINS MILL ROAD<br>GREENVILLE, SC 29607 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393674-12<br>HALLMARK<br>3110 HAYES ROAD<br>SUITE 300<br>HOUSTON, TX 77082 | CREDITOR ID: 382020-36<br>HALLMARK CARDS<br>DOUG ALDERMAN<br>2501 MCGEE<br>BOX 419580<br>KANSAS CITY MO 64141-6580 | CREDITOR ID: 384156-47<br>HALLMARK FAMILY PHYSICIANS INC<br>PO BOX 3300<br>LENOIR, NC 28645 |
| CREDITOR ID: 383094-51<br>HALLMARK MARKETING CORPORATION<br>2501 MCGEE<br>KANSAS CITY, MO 64141-6580 | CREDITOR ID: 251161-12<br>HALLMARK MARKETING INC<br>PO BOX 73627<br>CHICAGO, IL 60673-7627 | CREDITOR ID: 375156-44<br>HALLMARK REFINING CORP<br>1743 CEDARDALE ROAD<br>MT VERNON WA 98273 |
| CREDITOR ID: 245066-12<br>HALLMARK, CHARLES W<br>706 31 STREET<br>PHENIX CITY AL 36867 | CREDITOR ID: 256210-12<br>HALLMARK, MICHAEL D<br>6207 NEW CASTLE ROAD<br>MORRIS AL 35116 | CREDITOR ID: 251156-12<br>HALL-NAMIE PACKING CO<br>PO BOX 11488<br>CHICKASAW, AL 36671-0488 |
| CREDITOR ID: 399511-82<br>HALLOCK, PAULA M.<br>PO BOX 937<br>NICHOLSON  MS 39463 | CREDITOR ID: 251162-12<br>HALLS GARAGE<br>1500 MOHAWK ROAD<br>GLADYS VA 24554 | CREDITOR ID: 251163-12<br>HALLS PUMP REPAIR & SUPPLY INC<br>3010 W BEAVER STREET<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 251164-12<br>HALLS TOWING SERVICE INC<br>1161 WEEMS STREET<br>JACKSON MS 39208 | CREDITOR ID: 404790-95<br>HALLS WHOLESALE FLORIST<br>5655 MIDDLE RD<br>THEODORE AL 36582 | CREDITOR ID: 278894-30<br>HALLS WHOLESALE FLORIST<br>PO BOX 897<br>THEODORE, AL 36590 |
| CREDITOR ID: 406708-MS<br>HALLYBURTON, RICHARD<br>PO BOX 1364<br>TAYLORS SC 29687 | CREDITOR ID: 402200-90<br>HALLYBURTON, RICHARD<br>PO BOX 1364<br>TAYLORS SC 29687 | CREDITOR ID: 251166-12<br>HALPERN ENTERPRISES<br>5269 BUFORD HWY<br>ATLANTA, GA 30340 |
| CREDITOR ID: 315835-40<br>HALPERN ENTERPRISES INC<br>ATTN A/R MANAGER<br>5269 BUFORD HIGHWAY<br>ATLANTA, GA 30340 | CREDITOR ID: 1410-07<br>HALPERN ENTERPRISES INC.<br>ATTN: A/R MANAGER<br>5269 BUFORD HIGHWAY<br>ATLANTA GA 30340 | CREDITOR ID: 267523-14<br>HAMBLEN COUNTY GOVERNMENT<br>ATTN: LINDA WILDER<br>511 W 2ND NORTH ST<br>MORRISTOWN TN 37814-3964 |
| CREDITOR ID: 256227-12<br>HAMBLEN, MICHAEL<br>3555 S WHWY 314A<br>OCKLAWAHA FL 32179 | CREDITOR ID: 256228-12<br>HAMBRICK, MICHAEL<br>3016 VERDIN AVENUE<br>CINCINNATI OH 45211 | CREDITOR ID: 389075-54<br>HAMBY, BRITTANY<br>1000 E WASHINGTON STREET<br>GREENVILLE, SC 29607-7947 |
| CREDITOR ID: 392969-55<br>HAMBY, BRITTANY<br>C/O FULTON & BARR, PA<br>ATTN ANDREW C BARR, ESQ<br>PO BOX 17947<br>GREENVILLE SC 29606-7947 | CREDITOR ID: 400725-91<br>HAMEED, MOHAMED A<br>2709 JEFFERY DR<br>ORLANDO FL 32835 | CREDITOR ID: 389522-54<br>HAMERLING, ROBERT<br>320 SEAVIEW COURT<br>UNIT 1102<br>MARCO ISLAND, FL 34145 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ،Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 393194-55
HAMERLING, ROBERT
C/O MARK S. WEINSTEIN, ESQ.
GROVER, WEINSTEIN & TROP, PA
777 ARTHUR GODFREY RD., 2ND FL
MIAMI BEACH FL 33140

CREDITOR ID: 251169-12
HAMILTON BEACH PROCTOR SILEX
1524 RELIABLE PARKWAY
CHICAGO, IL 60686-1656

CREDITOR ID: 404791-95
HAMILTON BEACH PROCTOR SILEX
4421 WATERFRONT DRIVE
GLEN ALLEN VA 23060

CREDITOR ID: 251170-12
HAMILTON CITY EDUCATIONAL
11083 HAMILTON AVENUE
CINCINNATI, OH 45231

CREDITOR ID: 240480-06
HAMILTON COUNTY CLERK
RM 201
HAMILTON COUNTY COURTHOUSE
CHATTANOOGA TN 37402

CREDITOR ID: 251175-12
HAMILTON COUNTY COURT OF GEN SESSIN
CIVIL DIV RM 111 COURTS BUILDING
600 MARKET STREET
CHATTANOOGA TN 37402-1911

CREDITOR ID: 251176-12
HAMILTON COUNTY COURTHOUSE
138 EAST COURT STREET
COUNTY ADMINISTRATIVE BUILDING
RECORDING FEES
CINCINNATI OH 45202

CREDITOR ID: 267524-14
HAMILTON COUNTY FINANCE ADM
ATTN: LOUIS WRIGHT
117 E 7TH ST
CHATTANOOGA TN 37402-1904

CREDITOR ID: 251177-12
HAMILTON COUNTY MUNICIPAL
COURT-CIVIL DIV  ROOM 115
HAMILTON COUNTY COURTHOUSE
1000 MAIN STREET
CINCINNATI OH 45202

CREDITOR ID: 317804-42
HAMILTON COUNTY TREASURER
COUNTY ADMINISTRATION BLD RM 409
CINCINNATI, OH 45202-1215

CREDITOR ID: 251179-12
HAMILTON COUNTY TREASURER
700 COUNTY ADMINISTRATION BLDG
138 EAST COURT ST
CINCINNATI OH 45202-1232

CREDITOR ID: 251181-12
HAMILTON LOCK & SAFE
2725 S W 125TH STREET
ARCHER, FL 32618

CREDITOR ID: 404792-95
HAMILTON LOCK & SAFE
1425  W 94TH STREET
GAINESVILLE FL 32606

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 251182-12
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N CENTRAL EXPRESSWAY
SUITE 860
DALLAS, TX 75206

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 435-03
HAMILTON WATER WORKS & SEWER
PO BOX 268
HAMILTON AL 35570

CREDITOR ID: 406709-MS
HAMILTON, CHARLES H.
849 BELAIR DR.
ROCK HILL SC 29732

CREDITOR ID: 247034-12
HAMILTON, CORY A
5600 BOCA RATON # 157
FT WORTH TX 76112

CREDITOR ID: 406710-MS
HAMILTON, GLEN S.
2303 SOUTHBROOK DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 385419-54
HAMILTON, JANIE
23839 PLANK ROAD
ZACHARY, LA 70791

CREDITOR ID: 390724-55
HAMILTON, JANIE
C/O: ROBERT W. MORGAN
ROBERT W. MORGAN
1940 HIGHWAY 1, NORTH
PORT ALLEN LA 70767

CREDITOR ID: 406711-MS
HAMILTON, JIMMY
PO BOX 780356
TALLASSEE FL 36078

CREDITOR ID: 399512-82
HAMILTON, LOUIS
17005 OLIVE DRIVE
LIVINGSTON  LA 70754

CREDITOR ID: 399513-82
HAMILTON, MELISSA
302 8TH AVE, NE,  APT 5
TUSCALOOSA  AL 35404

CREDITOR ID: 388275-54
HAMILTON, MELISSA
550 RAMSWAY
TUCKER GA 30084

CREDITOR ID: 406712-MS
HAMILTON, NEIL
4284 WESLEY WOODS DR.
ROCK HILL SC 29732

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387369-54<br>HAMILTON, OLIVIA<br>6034 CHERRYWOOD DRIVE<br>COLUMBUS, GA 31907 | CREDITOR ID: 391938-55<br>HAMILTON, OLIVIA<br>C/O MARK A CASTO, PC<br>ATTN MARK A CASTO, ESQ<br>PO BOX 45<br>COLUMBUS GA 31902 | CREDITOR ID: 388489-54<br>HAMILTON, SCHAE<br>3383 NORTHSIDE DR<br>KEY WEST, FL 33040 |
| CREDITOR ID: 392574-55<br>HAMILTON, SCHAE<br>C/O: MITCHELL J. COOK<br>MITCHELL J. COOK P.A.<br>3706 NORTH ROOSEVELT BLVD<br>SUITE I<br>KEY WEST FL 33040 | CREDITOR ID: 267525-31<br>HAMLET WASTE WTR TRTMNT PLANT<br>ATTN: JAMES CROKE<br>790 FREEMAN MILL RD<br>HAMLET NC 28345-7000 | CREDITOR ID: 381088-47<br>HAMLETT ASSOCIATES INC<br>ATTN DAN DONOVAN, CFO<br>3704 SECURITY MILLS RD<br>CLIMAX NC 27233 |
| CREDITOR ID: 374124-44<br>HAMM, CATHY<br>ORL DIV 612<br>P.O. BOX 1223<br>AUBURNDALE, FL 33823 | CREDITOR ID: 399311-81<br>HAMM, DEBORAH P.,<br>401 ANDES AVENUE<br>ORLANDO, FL 32807 | CREDITOR ID: 392510-55<br>HAMM, HARVEY L<br>C/O: SCOTT R. MCMILLEN, ESQ.<br>MCMILLEN, REINHART & VOGHT, P.A.<br>111 N. ORANGE AVE., STE. 1450<br>ORLANDO FL 32801 |
| CREDITOR ID: 388413-54<br>HAMM, HARVEY L<br>110 NORTH ORANGE AVE, SUITE 14<br>ORLANDO, FL 32801 | CREDITOR ID: 251183-12<br>HAMMER CORPORATION<br>4215 WENDELL DR SW<br>STE 203<br>ATLANTA, GA 30336 | CREDITOR ID: 251184-12<br>HAMMERDALE INC<br>% R ALEX SMITH<br>P O DRAWER 3308<br>MERIDIAN, MS 39303 |
| CREDITOR ID: 405981-99<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELR, JR<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 377515-44<br>HAMMOCK, TONI<br>ORL DIV #2330<br>1109 W HIGHLAND DRIVE<br>COCOA, FL 32922 | CREDITOR ID: 251185-12<br>HAMMOND CITY TAX COLLECTOR<br>PO BOX 2788<br>PROPERTY TAX DIVISION<br>PROPERTY TAX<br>HAMMOND LA 70404-2788 |
| CREDITOR ID: 251187-12<br>HAMMOND DECORATING CENTER<br>203 MARKET STREET<br>HAMMOND, LA 70401 | CREDITOR ID: 251188-12<br>HAMMOND ELECTRONICS INC<br>PO BOX 740982<br>ATLANTA GA 30374-0982 | CREDITOR ID: 251189-12<br>HAMMOND FRENCH MARKET SEAFOOD<br>109 N CYPRESS ST<br>HAMMOND LA 70401 |
| CREDITOR ID: 406713-MS<br>HAMMOND JR., WALTER<br>4476 OAKDALE<br>VININGS LANDING<br>SMYRNA GA 30080 | CREDITOR ID: 2288-07<br>HAMMOND TARLETON PROPERTIES<br>PO BOX 6102<br>GREENVILLE SC 29606-6102 | CREDITOR ID: 386033-54<br>HAMMOND, EVELYN<br>1217 LAKELAND DR<br>CONWAY, SC 29526-3659 |
| CREDITOR ID: 406714-MS<br>HAMMOND, FRED W.<br>310 SWEETWATER RIDGE<br>BURNSVILLE NC 28714 | CREDITOR ID: 377036-44<br>HAMMOND, SHARON<br>1209 S KIRKMAN ROAD, APT 1132<br>ORLANDO, FL 32811 | CREDITOR ID: 406715-MS<br>HAMMOND, WALTER B.<br>307 THREE SKILLET RD.<br>SPRINGTOWN TX 76082 |
| CREDITOR ID: 2289-07<br>HAMMONTON PARTNERS<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 251190-12<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 241569-12<br>HAMPEL, ADAM A<br>3413 BAUERWOOD<br>CINCINNATI OH 45251 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 251191-12
HAMPTON
47 FISHERMAN LANE
GREENVILLE SC 29615

CREDITOR ID: 267526-31
HAMPTON CONSULTING GROUP INC
ATTN: SHERYL HAMPTON
8684 CHARLESTON HWY
BOWMAN SC 29018-8835

CREDITOR ID: 251192-12
HAMPTON COUNTY GUARDIAN
PO BOX 625
HAMPTON SC 29924

CREDITOR ID: 251193-12
HAMPTON COUNTY TREASURER
PO BOX 638
HAMPTON VA 23669-0638

CREDITOR ID: 278895-30
HAMPTON FARMS
ATTN: WILLIAM E MCKEON, CFO
PO BOX 149
SEVERN, NC 27877

CREDITOR ID: 251195-12
HAMPTON FARMS
PO BOX 149
SEVERN NC 27877

CREDITOR ID: 269266-16
HAMPTON FOODS
C/O TERRY HAMPTON
PO BOX 2460
FRISCO, TX 75034

CREDITOR ID: 251197-12
HAMPTON HYDRAULICS INC
90 EAST 4TH STREET
ORLANDO, FL 32824

CREDITOR ID: 381055-47
HAMPTON INN
ATTN R DOYLE PARNISH, SECY/ TREAS
12318 WAKE UNION CHURCH RD
WAKE FOREST, NC 27587

CREDITOR ID: 384157-47
HAMPTON INN
6371 DOUGLAS BLVD
I-20 EXIT 36
DOUGLASVILLE, GA 30135

CREDITOR ID: 251200-12
HAMPTON INN
2108 HWY 441 SOUTH
DUBLIN GA 31021

CREDITOR ID: 251203-12
HAMPTON INN
6400 INTERSTATE DR
TUSCALOOSA, AL 35453

CREDITOR ID: 251202-12
HAMPTON INN
480 EAST MIRACLE STRIP PKWY
MARY ESTHER FL 32569

CREDITOR ID: 251201-12
HAMPTON INN
4690 SALISBURY RD
JACKSONVILLE FL 32256

CREDITOR ID: 251199-12
HAMPTON INN
1520 13TH AVENUE DRIVE S E
HICKORY NC 28602

CREDITOR ID: 251198-12
HAMPTON INN
123 N CONGRESS AVENUE
BOX 358
BOYNTON BEACH FL 33426

CREDITOR ID: 251204-12
HAMPTON INN AND SUITES PINEVILLE
401 TOWN CENTRE BOULEVARD
PINEVILLE, NC 28134

CREDITOR ID: 251205-12
HAMPTON INN CLAYTON
100 HAMPTON DRIVE
GARNER, NC 27529

CREDITOR ID: 251206-12
HAMPTON INN COLUMBUS
5585 WHITESVILLE RD
COLUMBUS GA 31904

CREDITOR ID: 251207-12
HAMPTON INN COLUMBUS MS
2015 MILITARY RD
COLUMBUS MS 39701

CREDITOR ID: 251208-12
HAMPTON INN GREENVILLE MS
2701 HWY 82E
GREENVILLE MS 38701

CREDITOR ID: 381058-47
HAMPTON INN JACKSONVILLE I 10 WEST
711 CHAFFEE POINT BLVD
JACKSONVILLE, FL 32221

CREDITOR ID: 251209-12
HAMPTON INN PRATTVILLE MGMPR
2585 COBBS HILL PLACE
PRATTVILLE, AL 36066

CREDITOR ID: 251210-12
HAMPTON INN WOODRUFF
15 PARK WOODRUFF DRIVE
GREENVILLE, SC 29607

CREDITOR ID: 262825-12
HAMPTON QUARDIAN, THE
PO BOX 625
HAMPTON, SC 29924

CREDITOR ID: 267527-31
HAMPTON ROAD SANITATION DST
ATTN: JIM PINE
110 LAUREL HILL RD
URBANNA VA 23175

CREDITOR ID: 251211-12
HAMPTON ROADS BAKING CO LLC
PO BOX 75290
CHARLOTTE NC 28275

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267528-14<br>HAMPTON ROADS PARTNERSHIP<br>ATTN: JAMES L EASON<br>101 W MAIN ST<br>NORFOLK VA 23510-1646 | CREDITOR ID: 251212-12<br>HAMPTON TRAINING SCHOOL FOR NURSES<br>C/O HAMPTON GENERAL DIST COURT<br>236 NORTH KING STREET<br>COURTROOM A<br>HAMPTON VA 23669 | CREDITOR ID: 251213-12<br>HAMPTON UNIVERSITY SCHL OF PHARMACY<br>KITTRELL HALL<br>HAMPTON VA 23668 |
| CREDITOR ID: 390329-54<br>HAMPTON, JALISA (MINOR)<br>C/O DONALD L. MAYEUX<br>PO BOX 1460, 211 N. 2ND STREET<br>EUNICE, LA 70535 | CREDITOR ID: 251214-12<br>HAMPTON'S BODY SHOP INC<br>169 BOONE DOCKS ST<br>BOONE NC 28607 | CREDITOR ID: 393668-55<br>HAMRICK, JESSIE MAE<br>C/O BYRD & WISER<br>ATTN MATHEW MESTAYER, ESQ<br>PO BOX 1939<br>BIXOLI MS 39533 |
| CREDITOR ID: 267530-14<br>HANAUER REALTY ADVISORS<br>ATTN: MITCHELL SILVERMAN<br>1401 FORUM WAY<br>WEST PALM BEACH FL 33401-2325 | CREDITOR ID: 267529-14<br>HANAUER REALTY ADVISORS<br>ATTN: JEFF FARRELL<br>5010 W KENNEDY BLVD<br>TAMPA FL 33609-1839 | CREDITOR ID: 241620-12<br>HANCE, ADRIAN H<br>204 MARION STREET<br>LAURENS SC 29360 |
| CREDITOR ID: 406716-MS<br>HANCE, JAMES<br>117 COTTONWOOD CIRCLE<br>LYNN HAVEN FL 32444 | CREDITOR ID: 251215-12<br>HANCLE*CHEATHAM<br>1962 6TH ST EXT<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 403560-15<br>HANCOCK BANK<br>ATTN WILLIAM P WESSLER, ESQ<br>1624 24TH AVENUE<br>PO BOX 175<br>GULFPORT MS 39502 |
| CREDITOR ID: 278086-23<br>HANCOCK BANK<br>ATTN: MARTY REGAN<br>PO BOX 4019<br>GULFPORT MS 39502 | CREDITOR ID: 251216-12<br>HANCOCK BANK<br>ATTN ELAINE MCGARRH<br>PO BOX 4019<br>GULFPORT, MS 39502-9903 | CREDITOR ID: 403315-83<br>HANCOCK BANK- EMPLOYEE RELATIONS DEPARTMENT<br>PO BOX 4019<br>GULFPORT MS 39502 |
| CREDITOR ID: 267531-31<br>HANCOCK CNTY WTR SWER MNTNNCCE<br>ATTN: EDDIE RENZ<br>3082 LONGFELLOW RD<br>BAY SAINT LOUIS MS 39520-8602 | CREDITOR ID: 251218-12<br>HANCOCK HIGH SCHOOL<br>7084 STENNIS AIRPORT DR<br>KILN, MS 39556 | CREDITOR ID: 251219-12<br>HANCOCK LOCK & KEY<br>418 16TH STREET<br>GULFPORT MS 39507 |
| CREDITOR ID: 394137-56<br>HANCOCK, MARISSA<br>1142 GROVE ST<br>CLEARWATER, FL 33755 | CREDITOR ID: 394745-57<br>HANCOCK, MARISSA<br>C/O TIMOTHY F PRUGH ESQ<br>1009 WEST PLATT STREET<br>TAMPA FL 33606 | CREDITOR ID: 400341-85<br>HANCOCK, MARISSA<br>C/O PRUGH HOLLIDAY & KARATINOS, PL<br>ATTN TIMOTHY F PRUGH, ESQ<br>1009 WEST PLATT STREET<br>TAMPA FL 33606 |
| CREDITOR ID: 256034-12<br>HANCOCK, MELISSA K<br>1625 SPUNKY HOLLOW ROAD<br>REMLAP AL 35133-0514 | CREDITOR ID: 251220-12<br>HAND ARENDALL LLC LAWYERS<br>PO BOX 123<br>MOBILE, AL 36601 | CREDITOR ID: 251221-12<br>HAND HELD FOOD GROUP<br>PO BOX 905334<br>CHARLOTTE, NC 28290-5334 |
| CREDITOR ID: 406717-MS<br>HAND, DAWN<br>1948 CALUMET PKY<br>PRATTVILLE AL 36066 | CREDITOR ID: 406718-MS<br>HAND, LAWRENCE<br>14006 FRONT BEACH RD.<br>PANAMA CITY FL 32241-3 | CREDITOR ID: 251222-12<br>HANDEYS ELECTRONIC CTR<br>PO BOX 2326<br>MONTGOMERY, AL 36102-2326 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382647-51<br>HANDI-FOIL CORPORATION<br>135 EAST HINTZ RD<br>WHEELING, IL 60090-6035 | CREDITOR ID: 404795-95<br>HANDI-FOIL CORPORATION<br>DEPT 3150<br>135 S LASALLE<br>CHICAGO IL 60674-3150 | CREDITOR ID: 251223-12<br>HANDI-FOIL CORPORATION<br>3150 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 251224-12<br>HANDLEY HIGH SCHOOL ATHLETICS<br>PO BOX 1393<br>ROANOKE AL 36274 | CREDITOR ID: 388193-54<br>HANDLEY, ANDY<br>6235 WELLESLEY DR<br>BRADENTON FL 34207 | CREDITOR ID: 392410-55<br>HANDLEY, ANDY<br>C/O: R.A. PATTERSON, III, ESQUIRE<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 |
| CREDITOR ID: 390063-54<br>HANDLEY, MERLE<br>309 BELMONT<br>WARNER ROBINS GA 31088 | CREDITOR ID: 267532-31<br>HANDS ALONG THE NILE DEV SVCS<br>ATTN: HARRY EBERTS<br>1601 N KENT ST STE 1014<br>ARLINGTON VA 22209-2105 | CREDITOR ID: 267533-31<br>HANDS EXTNDED LOVE IMPOWERMENT<br>ATTN: IDA HALLIBURTON<br>1301 1/2 N HARVEY ST<br>HAMMOND LA 70401-1914 |
| CREDITOR ID: 251225-12<br>HANDTMANN INC<br>1692 BARCLAY BLVD<br>BUFFALO GROVE IL 60089-4523 | CREDITOR ID: 269267-16<br>HANDY CORPORATION<br>C/O DAVID BEST<br>BEST COLLECTION AGENCY, INC.<br>PO BOX 2376<br>NEWPORT NEWS, VA 23609 | CREDITOR ID: 407444-93<br>HANDY, SHARON Y<br>7 NANCY LANE APT B<br>AIKEN SC 29803 |
| CREDITOR ID: 385469-54<br>HANES, THOMAS<br>7011 DAYTON BLVD.<br>LOT #10<br>HIXSON, TN 37343 | CREDITOR ID: 390770-55<br>HANES, THOMAS<br>C/O: JOHN MARK GRIFFIN, ESQ.<br>HOUSTON, WARREN, AND GRIFFIN<br>707 GEORGIA AVE, STE# 402<br>CHATTANOOGA TN 37402 | CREDITOR ID: 399514-82<br>HANEY, CATRINA<br>409 E JUNIOR HIGH ROAD  APT 24<br>GAFFNEY  SC 29340 |
| CREDITOR ID: 387963-54<br>HANEY, REX<br>384 N SAVAGE<br>CRESTVIEW, FL 32536 | CREDITOR ID: 392245-55<br>HANEY, REX<br>C/O VINCE BRUNER AND ASSOCS<br>ATTN R THURSBY OR V BRUNER, ESQS<br>3201 W HIGHWAY 98<br>PANAMA CITY FL 32401 | CREDITOR ID: 259582-12<br>HANEY, RICHARD<br>1620 HILLVIEW DRIVE<br>ELIZABETHTON, TN 37643 |
| CREDITOR ID: 381142-47<br>HANKINS JOHNSON EDUCATION FOUNDATION<br>PO BOX 5289<br>ORLANDO, FL 32801 | CREDITOR ID: 247354-12<br>HANKINS, CURTIS L<br>517 HIGHTOWER STREET<br>VALDOSTA, GA 31601 | CREDITOR ID: 389528-54<br>HANKINS, MARION<br>PO BOX 235<br>BRAXTON, MS 39044 |
| CREDITOR ID: 393200-55<br>HANKINS, MARION<br>C/O: JAMIE K. MCBRIDE<br>JAMIE K. MCBRIDE, ATTY AT LAW<br>5 OLD RIVER PLACE<br>SUITE 205<br>JACKSON MS 39202 | CREDITOR ID: 386270-54<br>HANKINS, SARAH<br>1650 DURANGO STREET<br>PORT ST. LUCIE FL 34952 | CREDITOR ID: 391389-55<br>HANKINS, SARAH<br>C/O: J. MICHAEL BRENNAN, ESQUIRE<br>LAW OFFICES OF J. MICHAEL BRENNAN<br>715 DELAWARE AVENUE<br>FT. PIERCE FL 34950 |
| CREDITOR ID: 382648-51<br>HANLEY, DENNIS<br>25 GARDNER ROAD<br>EPSOM AUCKLAND,<br>NEW ZEALAND | CREDITOR ID: 395401-64<br>HANLEY, DENNIS<br>10012 RANDALLSTOWN LANE<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 388810-54<br>HANN, SHARON<br>612 BRIARCLIFF DR<br>VALRICO, FL 33594 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392765-55<br>HANN, SHARON<br>C/O HOLLAND & LAMOUREUX<br>207 WEST MORGAN STREET<br>BRANDON FL 33510 | CREDITOR ID: 251227-12<br>HANNAH CROSLIN<br>4897 VELVA WAY<br>LILBURN GA 30047 | CREDITOR ID: 386379-54<br>HANNAH, JUNE<br>4800 BROOKDALE AVE. #160<br>WICHIATA FALLS TX 76310 |
| CREDITOR ID: 391460-55<br>HANNAH, JUNE<br>C/O: RICHARD BELL<br>RICHARD BELL<br>P.O. BOX 1529<br>NORMAN OK 73070 | CREDITOR ID: 404796-95<br>HANOVER FOODS CORP<br>PO BOX 334<br>HANOVER PA 17331 | CREDITOR ID: 279369-36<br>HANOVER FOODS CORPORATION<br>C/O STEVEN E. ROBERTSON<br>P.O. BOX 334<br>HANOVER  PA 17331 |
| CREDITOR ID: 251228-12<br>HANOVER FOODS CORPORATION<br>ATTN STEVEN E ROBERTSON, TREASURER<br>PO BOX 334<br>HANOVER PA 17331 | CREDITOR ID: 251229-12<br>HANOVER GENERAL DISTRICT COURT 3<br>PO BOX 176<br>HANOVER VA 23069 | CREDITOR ID: 267534-31<br>HANOVER PARKS & RECREATION<br>ATTN: BRAD ASHLEY<br>13017 TAYLOR COMPLEX LN<br>ASHLAND VA 23005-7453 |
| CREDITOR ID: 387511-54<br>HANSARD, DORIS<br>1004 ELK FORREST TRAIL<br>JONESBORO GA 30238 | CREDITOR ID: 392025-55<br>HANSARD, DORIS<br>C/O: MARK A. SKIBIEL, ESQ.<br>MARK A. SKIBIEL, P.A.<br>P O BOX 874<br>JONESBORO GA 30236 | CREDITOR ID: 393612-55<br>HANSBERRY, CARLA Y<br>C/O: BRIAN R. KOPELOWITZ<br>TAYLOR HODKIN KOPELOWITZ & OSTROW, P.A.<br>350 EAST LAS OLAS BLVD.<br>SUITE 1440<br>FT. LAUDERDALE FL 33301 |
| CREDITOR ID: 390164-54<br>HANSBERRY, CARLA Y<br>1624 NW 4TH AVENUE<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 251230-12<br>HANSEA LTD INC<br>PO BOX 284<br>ANACORTES WA 98221 | CREDITOR ID: 400160-86<br>HANSELMAN, ANDREA<br>9430 DOMINICAN DR.<br>CUTLER  RIDGE  FL 33189 |
| CREDITOR ID: 381309-47<br>HANSEN PAINT AND METAL SHOP<br>2620 CHESTNUT ST<br>LOUISVILLE, KY 40211 | CREDITOR ID: 385916-54<br>HANSEN, JULISSA<br>10 WEST ADAMS STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 391153-55<br>HANSEN, JULISSA<br>C/O: COURTNEY JAMES FRENCH<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 251231-12<br>HANSON MEDICAL SYSTENS INC<br>1964 HOWELL BRANCH ROAD<br>SUITE 103<br>WINTER PARK FL 32792 | CREDITOR ID: 251232-12<br>HANSON MEMORIAL HIGH<br>903 ANDERSON ST<br>FRANKLIN, LA 70538 | CREDITOR ID: 251233-12<br>HANTOVER INC<br>PO BOX 411646<br>KANSAS CITY, MO 64141-1646 |
| CREDITOR ID: 251234-12<br>HAPPY APPLE COMPANY<br>PO BOX 1038<br>WASHINGTON, MO 63090 | CREDITOR ID: 251235-12<br>HAPPY EGG DEALERS INC<br>PO BOX 5887<br>TAMPA, FL 33675-5887 | CREDITOR ID: 251236-12<br>HAPPY PIES CORP<br>1776 WEST 38TH PLACE<br>HIALEAH FL 33012 |
| CREDITOR ID: 251238-12<br>HARAHAN ELEMENTARY SCHOOL<br>6723 JEFFERSON HWY<br>HARAHAN, LA 70123 | CREDITOR ID: 251239-12<br>HARAHAN ROTARY CLUB<br>PO BOX 23037<br>HARAHAN, LA 70183-0037 | CREDITOR ID: 267535-14<br>HARALSON COUNTY<br>ATTN: BARBARA RIDLEY<br>4276 GEORGIA HIGHWAY 120<br>BUCHANAN GA 30113-4900 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385879-54<br>HARALSON, GWENDOLYN<br>504 NW 19 AVE<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 391127-55<br>HARALSON, GWENDOLYN<br>C/O THOMAS & PEARL PA<br>ATTN BRIAN PEARL, ESQ<br>2404 NE 9TH STREET<br>FT LAUDERDALE FL 33304 | CREDITOR ID: 251240-12<br>HARBOR SEAFOOD INC<br>969 LAKEVILLE ROAD<br>NEW HYDE PARK, NY 11040 |
| CREDITOR ID: 251241-12<br>HARCROS CHEMICALS INC<br>PO BOX 74583<br>BR 0033<br>CHICAGO, IL 60690 | CREDITOR ID: 2914-04<br>HARDEE COUNTY DISPOSAL<br>1075 N.W. KNOLLWOOD<br>WAUCHULA FL 33873 | CREDITOR ID: 251243-12<br>HARDEE COUNTY SHERIFFS OFFICE<br>LARRY BENAVIDES<br>900 EAST SUMMIT STREET<br>WAUCHULA FL 33873 |
| CREDITOR ID: 251245-12<br>HARDEE COUNTY SHERIFFS OFFICE<br>MANUEL ZUNIGA<br>900 EAST SUMMIT STREET<br>WAUCHULA, FL 33873 | CREDITOR ID: 251244-12<br>HARDEE COUNTY SHERIFFS OFFICE<br>LYLE HART<br>900 EAST SUMMIT STREET<br>WAUCHULA FL 33873 | CREDITOR ID: 251242-12<br>HARDEE COUNTY SHERIFFS OFFICE<br>JULIE BRIDGES<br>900 EAST SUMMIT STREET<br>WAUCHULA FL 33873 |
| CREDITOR ID: 406719-MS<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406720-MS<br>HARDEMAN, RODNEY J<br>6029 FRANCINE DRIVE<br>JACKSONVILLE FL 32234 | CREDITOR ID: 389179-54<br>HARDEN, ANNIE<br>11810 SW 196TH STREET<br>MIAMI, FL 33157 |
| CREDITOR ID: 393044-55<br>HARDEN, ANNIE<br>C/O: JAMES S. ROBERTSON, III, ESQ.<br>THE COCHRAN FIRM - MIAMI<br>100 SE SECOND ST, SUITE 3350<br>MIAMI FL 33131-2151 | CREDITOR ID: 251510-12<br>HARDEN, HERB<br>504 HENRY STREET<br>AIKEN, SC 29803 | CREDITOR ID: 403742-94<br>HARDEN, JOHN F.<br>229 NORTH OCEAN TRACE ROAD<br>ST. AUGUSTINE FL 32080 |
| CREDITOR ID: 406721-MS<br>HARDEN, JOHN F.<br>1304 CLOVER HILL RD.<br>MANSFIELD TX 76063 | CREDITOR ID: 399515-82<br>HARDEN, JONTAVIA<br>2740 TWIN BROOKS DRIVE APT 4<br>ATLANTA GA 30319 | CREDITOR ID: 406722-MS<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 386442-54<br>HARDEN, MELISSA<br>5236 CHERRY RIDGE DRIVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 391500-55<br>HARDEN, MELISSA<br>C/O JEFFERY GILBERT & BEVERLY BATES<br>3151 MAPLE DRIVE NE STE 225<br>ATLANTA GA 30305 | CREDITOR ID: 406723-MS<br>HARDEN, OTIS<br>1844 COLONIAL DR.<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 390464-54<br>HARDEN, RICHARD M<br>3197 COUNTY ROAD 218<br>#39<br>MIDDLEBURG FL 32068 | CREDITOR ID: 251247-12<br>HARDENS WELDING & REPAIR<br>PO BOX 301<br>DOTHAN, AL 36302-0301 | CREDITOR ID: 245397-12<br>HARDER, CINDY J<br>106 N COLONIAL DRIVE<br>HOPEWELL VA 23860 |
| CREDITOR ID: 398613-78<br>HARDESTY, STEVEN<br>225 SHILLINGS CHASE DRIV<br>APEX, NC 27539 | CREDITOR ID: 251248-12<br>HARDIN COUNTY CLERK<br>PO BOX 1030<br>ELIZABETHTOWN KY 42702-1030 | CREDITOR ID: 267536-31<br>HARDIN COUNTY SOLID WASTE<br>ATTN: RANDY ETHERIDGE<br>1020 HARLEM ST<br>SAVANNAH TN 38372-1432 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 439-03
HARDIN COUNTY WATER DISTRICT 1
1400 ROGERSVILLE ROAD
RADCLIFF KY 40159

CREDITOR ID: 406724-MS
HARDIN, ALLEN
3396 LYON DR.
LEXINGTON KY 40513

CREDITOR ID: 244606-12
HARDIN, CAROL M
949 BERTHA STREET
JACKSONVILLE FL 32218

CREDITOR ID: 406725-MS
HARDIN, JEFF
125 BENJAMIN AVE.
GREER SC 29651

CREDITOR ID: 251251-12
HARDING UNIVERSITY
FINANCIAL AID OFFICER
BOX 10766
SEARCY AR 72149-0001

CREDITOR ID: 251252-12
HARDINS BAKERY
PO BOX 100829
ATLANTA GA 30384

CREDITOR ID: 403450-93
HARDISON, KATHERINES AS GAL
WILLIAM KYLE HARDISON
C/O TURNER PADGETT GRAHAM ET AL
ATTN: PATRICK W CARR, ESQ
GATEWAY CNTR, STE 200, 40 CALHOUN S
CHARLESTON SC 29413

CREDITOR ID: 392177-55
HARDISON, WILLIAM KYLE (MINOR)
C/O: RONNIE L. CROSBY
LANIER LAW FIRM
450 SUMMERS AVE.
PO DRAWER 2789
ORANGEBURG SC 29116

CREDITOR ID: 390336-54
HARDISON, WILLIAM KYLE (MINOR)
589 HODGES DRIVE
ORANGEBURG, SC 29118

CREDITOR ID: 404797-95
HARDISON'S CAROLINA BBQ
29301 US HWY 64
JAMESVILLE NC 27846

CREDITOR ID: 251253-12
HARDISON'S CAROLINA BBQ
ATTN: JERRY HARDISON, PRES
29606 US HWY 64
JAMESVILLE, NC 27846

CREDITOR ID: 251254-12
HARDRIVES INC
2101 SOUTH CONGRESS AVENUE
DELRAY BEACH, FL 33445-7398

CREDITOR ID: 251255-12
HARDWARE IMAGINATION INC
4300 NW 37TH AVE
MIAMI FL 33142

CREDITOR ID: 406726-MS
HARDWICK, RUSSELL T
392 GLADE PARK DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 251256-12
HARDY CHEVROLET PONTIAC BUICK
PO BOX 560
1249 CHARLES HARDY PARKWAY
DALLAS, GA 30157

CREDITOR ID: 251257-12
HARDY FARMS
RT 2 BOX 2120
HAWKINSVILLE GA 31036

CREDITOR ID: 251258-12
HARDY S SAUCES  LTD
PO BOX 225
ESTHERWOOD, LA 70534

CREDITOR ID: 387163-54
HARDY, BARBARA
3705 HOLLY RIDGE CIRCLE
MOBILE, AL 36693

CREDITOR ID: 391749-55
HARDY, BARBARA
C/O: STUART Y. LUCKIE, ESQ.
DIAMOND, HASSER & FROST
1325 DAUPHIN ST.
P.O. DRAWER 40600
MOBILE AL 36604

CREDITOR ID: 381584-47
HARDY, ELICIA
4158 WINDCROSS LN
ORLANDO, FL 32839

CREDITOR ID: 385835-54
HARDY, GLORIA
139 BRIARWOOD DRIVE
MONTGOMERY, AL 36110

CREDITOR ID: 397886-76
HARDY, LAKIA
2891 DELOWE DRIVE
EAST  POINT, GA 30344

CREDITOR ID: 386429-54
HARGETT, ETHELRENE
900 HABERSHAM ROAD
VALDOSTA GA 31602

CREDITOR ID: 391492-55
HARGETT, ETHELRENE
C/O LAW OFC OF DETRIA CARTER POWELL
ATTN DETRIA CARTER POWELL, ESQ
107 WEST MOORE STREET
PO BOX 1342
VALDOSTA GA 31603

CREDITOR ID: 391492-55
HARGETT, ETHELRENE
900 HABERSHAM ROAD
VALDOSTA GA 31602

CREDITOR ID: 386036-54
HARGRETT, CLARETHA
2760 SOMERSET DR APT #410
LAUDERDALE LAKES, FL 33311

CREDITOR ID: 391241-55
HARGRETT, CLARETHA
C/O: MARIA PRUNSKIS
MARIA PRUNSKIS, ESQ.
2501 EAST COMMERCIAL BOULEVARD
SUITE 216
FORT LAUDERDALE FL 33308-4131

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404799-95<br>HARKER HEIGHTS WATER DEPT<br>901 S ANN BLVD<br>HARKER HEIGHT TX 76548-1256 | CREDITOR ID: 251260-12<br>HARKER HEIGHTS WATER DEPT<br>305 MILLERS CROSSING<br>HARKER HEIGHT, TX 76548 | CREDITOR ID: 382649-51<br>HARMON & ASSOCIATES<br>2 JERICHO PLAZA<br>NEW YORK, NY 11753 |
| CREDITOR ID: 251261-12<br>HARMON INC<br>PO BOX 74794<br>CHICAGO, IL 60694 | CREDITOR ID: 386090-54<br>HARMON, ANNA<br>2054 WINDHAM HOLLOW COURT<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 391281-55<br>HARMON, ANNA<br>C/O BARNES BARNES & COHEN, PA<br>ATTN CHALMERS BARNES, ESQ<br>2426-1 MAYPAT RD<br>JACKSONVILLE FL 32233 |
| CREDITOR ID: 391281-55<br>HARMON, ANNA<br>C/O BARNES BARNES & COHEN, PA<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 386682-54<br>HARMON, JOHN<br>1143 GREENBRIAR ST<br>JACKSON MS 39211 | CREDITOR ID: 267537-31<br>HARMONY COMMUNITY DEV DST<br>ATTN: GREG BUTTERFIELD<br>210 N UNIVERSITY DR<br>CORAL SPRINGS FL 33071-7394 |
| CREDITOR ID: 375167-44<br>HARMONY FOODS CORP<br>DEPT 2445<br>LOS ANGELES CA 90084-2445 | CREDITOR ID: 375418-44<br>HARNAGE, JANET<br>JAX DIV STORE# 129<br>330 ST.AUGUSTINE S. DR.<br>ST. AUGUSTINE, FL 32086 | CREDITOR ID: 251264-12<br>HAROLD BATTLE<br>1604 GARDENIA STREET<br>ALBANY GA 31705 |
| CREDITOR ID: 251265-12<br>HAROLD E WEBB<br>PO BOX 38209<br>RICHMOND VA 23231-0409 | CREDITOR ID: 316046-41<br>HAROLD G  BAGWELL<br>PO BOX 1700<br>ATTN: BETH COLE<br>GARNER NC 27529 | CREDITOR ID: 267538-31<br>HAROLD J ALTMAN<br>RR 2 BOX 1204<br>BAXLEY GA 31513 |
| CREDITOR ID: 251267-12<br>HAROLD KELLER ELEMENTARY PTG<br>5301 IRVING ST<br>METAIRIE, LA 70003 | CREDITOR ID: 251269-12<br>HAROLD LEMOINE JR<br>16211 SHETLAND AVENUE<br>GREENWELL SPRING LA 70739 | CREDITOR ID: 251270-12<br>HAROLD M POLLACK<br>7234 HAVILAND CIRCLE<br>BOYNTON BEACH FL 33437 |
| CREDITOR ID: 251271-12<br>HAROLD MURPHY<br>5971 DAVE STREET<br>NEWAYGO MI 49337 | CREDITOR ID: 251272-12<br>HAROLD REGISTER<br>1678 BEDIE RD<br>CHIPLEY, FL 32428 | CREDITOR ID: 267539-31<br>HAROLD STANFORD HOME IMPR<br>ATTN: HAROLD STANFORD<br>1081 SANDERS AVE SE<br>ATLANTA GA 30316-1558 |
| CREDITOR ID: 404800-95<br>HAROLD'S CAJUN DRESSING MIX<br>406 BUTCHER SWITCH RD<br>LAFAYETTE LA 70507 | CREDITOR ID: 251275-12<br>HAROLD'S CAJUN DRESSING MIX<br>%KRAMER DUHON<br>17512 RIVER HILL DR<br>DALLAS, TX 75287 | CREDITOR ID: 397297-69<br>HAROLD'S CLEAN SWEEP & LAWN SERVICE<br>315 FAT WALL ROAD<br>MARION, NC 28752 |
| CREDITOR ID: 399263-72<br>HAROLD'S LAWN CARE<br>315 FAT WALL ROAD<br>MARION, NC 28752 | CREDITOR ID: 399626-15<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | CREDITOR ID: 381112-47<br>HAROLDS LAWN SERVICE AND CLEAN SWEEP<br>315 FAT WALL RD<br>MARION, NC 28752 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 251276-12
HAROLD'S SHOE MOBILE
12726 SNYDER STREET
JACKSONVILLE, FL 32256

CREDITOR ID: 388773-54
HARP, KAREN
439 PREWITT ROAD
SHAW MS 38773

CREDITOR ID: 251278-12
HARPER CORP
DBA TXF PRODUCTS
PO BOX 915194
DALLAS, TX 75391

CREDITOR ID: 251279-12
HARPER LEATHER GOODS INC
1519 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 251280-12
HARPER MCCAUGHAN ELEMENTARY SCHOOL
301 JEFF DAVIS AVE
LONG BEACH, MS 39560

CREDITOR ID: 399312-81
HARPER SPANN, LOSSIE
1246 RUTHLAND STREET
OPA LOCKA, FL 33054

CREDITOR ID: 373692-44
HARPER, ANGIE
CHR DIV STORE #2024
30339 RED HILL RD
ALBEMARLE, NC 28001

CREDITOR ID: 242471-12
HARPER, APRIL
1815 HUNT CLUB STREET
FORT WALTON BEACH, FL 32547

CREDITOR ID: 243035-12
HARPER, BARBARA E
3563 FOXHAVE DRIVE
GLOUCESTER VA 23061

CREDITOR ID: 406727-MS
HARPER, GRAME M.
13612 MARSH HARBOR DR.
JACKSONVILLE FL 32225

CREDITOR ID: 392928-55
HARPER, KEVIN T
C/O: GREGORY SHOWERS
KWALL, SHOWERS &  COLEMAN, P.A.
133  NORTH  FORT HARRISON  AVE
CLEARWATER FL 33755

CREDITOR ID: 389027-54
HARPER, KEVIN T
15201 SW 43RD TERRACE RD.
OCALA, FL 34473

CREDITOR ID: 386316-54
HARPER, MICHAEL
123 FOREST DRIVE
JEFFERSONVILLE IN 47130

CREDITOR ID: 385981-54
HARPER, SHARKEVEA
15981 SW 302 TERRACE
HOMESTEAD, FL 33033

CREDITOR ID: 391206-55
HARPER, SHARKEVEA
C/O COHEN & COHEN, PA
ATTN KEITH GOLDBLUM, ESQ
2525 NORTH STATE ROAD 7 (441)
HOLLYWOOD FL 33021-3206

CREDITOR ID: 385962-54
HARPER, UTOPIA
1250 NW 79TH STREET
APT 1-207
MIAMI, FL 33147

CREDITOR ID: 391191-55
HARPER, UTOPIA
C/O LAW OFFICES OF D HELFAND PA
710 BRICKELL AVE SUITE 3260
MIAMI FL 33131

CREDITOR ID: 406728-MS
HARPER, WAYNE J.
105 CRESTWOOD DRIVE
SAFETY HARBOR FL 34695

CREDITOR ID: 388172-54
HARPER, WILLIAM
263 CORAL ROAD
VENICE FL 34293

CREDITOR ID: 392071-55
HARPER, WILLIAM
C/O: ALAN RUBIN
ATTORNEY AT LAW
231 SOUTH 5TH STREET
SUITE 200
LOUISVILLE KY 40202

CREDITOR ID: 393075-55
HARPER, WILLIAM A
C/O: ALAN S. RUBIN
ATTORNEY AT LAW
231 SOUTH 5TH STREET
SUITE 200
LOUISVILLE KY 40202

CREDITOR ID: 267540-31
HARPETH VALLEY UTILITIES DST
ATTN: RICHARD GRAVES
1068 TODD PREIS DR
NASHVILLE TN 37221-2478

CREDITOR ID: 387937-54
HARPSTER, AMETHYST
255 WISPERING WOODS LANE, APT 1
ST. AUGUSTINE, FL 32084

CREDITOR ID: 392220-55
HARPSTER, AMETHYST
C/O: STACI LOPEZ
FARAH, FARAH AND ABBOTT
1301 PLANTATION DRIVE
SUITE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 400162-86
HARRALSON, ANNIE
410 MCMURPHY ST.
CANTON  MS 39046

CREDITOR ID: 251281-12
HARRELL SIGN CO
512 PERSHING ROAD
RALEIGH, NC 27608

CREDITOR ID: 392487-55
HARRELL, BENJAMIN (MINOR)
C/O WILLIAM C BURN LAW OFFICES
ATTN WILLIAM C BURN, ESQ
25 ATLANTA STREET, SUITE F
MARIETTA GA 30060-1990

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388386-54<br>HARRELL, BENJAMIN (MINOR)<br>3026 MILLSTONE COURT<br>AUSTELL, GA 30106 | CREDITOR ID: 243392-12<br>HARRELL, BETH H<br>838 OLD LOUISVILLE RD<br>HARLEM, GA 30814 | CREDITOR ID: 381171-47<br>HARRELSON CONSTRUCTION<br>PO BOX 1463<br>CONWAY, SC 29528 |
| CREDITOR ID: 397797-75<br>HARRIGAN REFRIG & AIR CONDITIONING INC<br>2106 W NORTH BEND ROAD<br>CINCINNATI, OH 45224 | CREDITOR ID: 399516-82<br>HARRINGTON, ALBERTHA<br>220 HOLMES BLVD,  APT C-2<br>TERRYTOWN  LA 70056 | CREDITOR ID: 251282-12<br>HARRIS COUNTY<br>CHILD SUPPORT DIVISION<br>1115 CONGRESS<br>HOUSTON, TX 77002 |
| CREDITOR ID: 267541-31<br>HARRIS COUNTY<br>ATTN: CHRIS BRINK<br>125 BARNES MILL RD<br>HAMILTON GA 31811-5410 | CREDITOR ID: 267542-14<br>HARRIS COUNTY<br>ATTN: SARAH MC DOWELL<br>102 N COLLEGE ST<br>HAMILTON GA 31811-6031 | CREDITOR ID: 251283-12<br>HARRIS FREEMAN & CO LP<br>DEPT 2412<br>LOS ANGELES, CA 90084-2412 |
| CREDITOR ID: 404801-95<br>HARRIS FREEMAN & CO LP<br>3110 E MIRLOMA AVENUE<br>ANAHEIM CA 92806 | CREDITOR ID: 251284-12<br>HARRIS INC<br>PO BOX 1595<br>HENDERSON, NC 27536 | CREDITOR ID: 406729-MS<br>HARRIS JR, ARTHUR W<br>506 BOLING ROAD<br>TAYLORS SC 29687 |
| CREDITOR ID: 406730-MS<br>HARRIS JR, HARVEY C.<br>2001 JUDSON CT.<br>VIRGINIA BEACH VA 23456 | CREDITOR ID: 383039-51<br>HARRIS METHODIST HEALTH PLAN<br>611 RYAN PLAZA, SUITE 1500<br>ARLINGTON, TX 76011 | CREDITOR ID: 251285-12<br>HARRIS OVERHEAD DOOR<br>PO BOX 11011<br>MONTGOMERY, AL 36111-1011 |
| CREDITOR ID: 251286-12<br>HARRIS TRANSPORT COMPANY<br>ATTN C R HIGHLANDS, VP COLLECTIONS<br>PO BOX 529<br>MONROE, NC 28111 | CREDITOR ID: 251287-12<br>HARRIS WHOLESALE INC<br>420 CIVIC BLVD<br>RALEIGH, NC 27610 | CREDITOR ID: 404802-95<br>HARRIS WHOLESALE INC<br>420 CIVIC BLVD<br>RALEIGH NC 27610-2967 |
| CREDITOR ID: 387959-54<br>HARRIS, ADRIANA<br>4643 GULFSTREAM RD<br>LAKE WORTH, FL 33461 | CREDITOR ID: 392241-55<br>HARRIS, ADRIANA<br>C/O: DAVID J. GLATTHORN, ESQUIRE<br>DAVID J. GLATTHORN, P.A.<br>506 A DATURA ST.<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 388282-54<br>HARRIS, AMOS<br>282 GREENBRIAR RD<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 389026-54<br>HARRIS, ANNIE<br>3914 GRAND PINES DR<br>DECATUR, GA 30034 | CREDITOR ID: 389188-54<br>HARRIS, BEATRICE<br>2421 SW 3 STREET<br>DAVIE, FL 33312 | CREDITOR ID: 243217-12<br>HARRIS, BECKY<br>68 SANJAY LANE<br>LEESBURG FL 34748 |
| CREDITOR ID: 243299-12<br>HARRIS, BENIE<br>81 TYSON COURT<br>OVIEDO FL 32765 | CREDITOR ID: 402205-90<br>HARRIS, BENJAMIN L.<br>2539 HYDE PARK RD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406731-MS<br>HARRIS, BENJAMIN L.<br>3014 HIDDEN OAKS DRIVE<br>MIDDLEBURG FL 32068 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400079-84<br>HARRIS, BETTY<br>16731 US HIGHWAY 301<br>DADE CITY FL 33523 | CREDITOR ID: 400340-85<br>HARRIS, CARA<br>C/O ASHLEY R. WREN<br>SULLIVAN & ASSOCIATES<br>1644 BLANDING BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 386335-54<br>HARRIS, CARL<br>1929 ROTHBURRY DR.<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 387575-54<br>HARRIS, CELETHA<br>2254 COPELAND ROAD MILL DR.<br>VALDOSTA GA 31601 | CREDITOR ID: 381646-47<br>HARRIS, CYNTHIA D<br>10452 DURANT RD<br>BAY MINETTE, AL 36507 | CREDITOR ID: 391783-55<br>HARRIS, D-NEI T<br>C/O WILLIAM RUGGIERO LAW OFFICES<br>ATTN WILLIAM RUGGIERO<br>200 EAST BROWARD BLVD, SUITE 1100<br>FT. LAUDERDALE FL 33301 |
| CREDITOR ID: 387196-54<br>HARRIS, D-NEI T<br>10421 SW 179TH ST<br>MIAMI, FL 33157 | CREDITOR ID: 386750-54<br>HARRIS, JAMES<br>1660 OLD CARTERSVILLE ROAD<br>DALLAS GA 30132 | CREDITOR ID: 394233-56<br>HARRIS, KATHLEEN<br>11289 REED ISLAND DRIVE<br>JACKSONVILLE, FL 32225 |
| CREDITOR ID: 400412-85<br>HARRIS, KATHLEEN<br>C/O KRISTENE R. BROWN<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406732-MS<br>HARRIS, LARRY W.<br>946 SOUTH LAKESHORE DR.<br>VALDOSTA GA 31605 | CREDITOR ID: 385973-54<br>HARRIS, LATOSHA<br>2010 BELEAFONTE LANE<br>ORLANDO, FL 32811 |
| CREDITOR ID: 391198-55<br>HARRIS, LATOSHA<br>C/O MICHAEL UDOWYCHENKO<br>LAW FIRM OF PARRISH & UDOWYCHENKO<br>116 AMERICA ST<br>ORLANDO FL 32803 | CREDITOR ID: 388784-54<br>HARRIS, MAKIA<br>1401 3RD STREET APT 82<br>NORTHPORT, AL 35476 | CREDITOR ID: 392739-55<br>HARRIS, MAKIA<br>C/O BOHANAN & BELT, PC<br>ATTN RALPH BOHANAN JR, ESQ<br>2151 HIGHLAND AVENUE, SUITE 310<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 390489-54<br>HARRIS, MARGARET FAYE<br>728 NW 15TH WAY<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 394171-56<br>HARRIS, MARQUETTE A<br>353 NE 76TH STREET<br>MIAMI FL 33138 | CREDITOR ID: 392813-55<br>HARRIS, MICHAEL W<br>C/O: MARY FRANCES FALLAW, ESQUIRE<br>GENTLE,PICKENS,ELIASON,TURNER & RITONDO<br>TWO NORTH 20TH BUILDING 2NORTH<br>20TH STREET, SUITE 1200<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 388892-54<br>HARRIS, MICHAEL W<br>5622 COUNTY ROAD 26<br>HOPE HULL, AL 36043 | CREDITOR ID: 256282-12<br>HARRIS, MICHELLE<br>1100 INDIAN TRAL ROAD<br>APT 2611<br>NORCROSS, GA 30093 | CREDITOR ID: 406733-MS<br>HARRIS, ROY C.<br>2312 DREYFUS COURT<br>GARNER NC 25729 |
| CREDITOR ID: 385632-54<br>HARRIS, RUTH<br>7913 MARQUIS STREET<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 390924-55<br>HARRIS, RUTH<br>C/O RICHARD J GARRETT, ESQ<br>3729 ULLOA STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387218-54<br>HARRIS, SACHIOUS<br>140 GILBERT STREET<br>SAINT AUGUSTINE, FL 32084 |
| CREDITOR ID: 391806-55<br>HARRIS, SACHIOUS<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 388455-54<br>HARRIS, SARITA<br>1880 NW 152ND ST<br>MIAMI, FL 33179 | CREDITOR ID: 392550-55<br>HARRIS, SARITA<br>C/O DAVID M BENEFELD, PA.<br>ATTN DAVID M. BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400320-85<br>HARRIS, SHERITA<br>C/O TERRENCE S ZIEGLER ESQ<br>THE BAGERT LAW FIRM<br>650 POYDRAS STREET STE 2708<br>NEW ORLEANS LA 70130 | CREDITOR ID: 394110-56<br>HARRIS, SHERITA<br>3022 OLIVER WHITE<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 386596-54<br>HARRIS, SHERRY<br>11641 HWY 58<br>GEORGETOWN TN 37336 |
| CREDITOR ID: 391604-55<br>HARRIS, SHERRY<br>C/O RICHARD WAGNER<br>WAGNER, NELSON & WEEKS<br>701 MARKET STREET<br>SUITE 1418<br>CHATTANOOGA TN 37402 | CREDITOR ID: 388512-54<br>HARRIS, SOPHIA<br>3269 4TH AVENUE SOUTH<br>SAINT PETERSBURG, FL 33712 | CREDITOR ID: 392592-55<br>HARRIS, SOPHIA<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN MALKOWSKI, ESQ<br>5100 W KENNEDY BLVD #100<br>TAMPA FL 33609 |
| CREDITOR ID: 385465-54<br>HARRIS, SUE<br>1140 MORGAN ROAD<br>TEMPLE, GA 30179 | CREDITOR ID: 390767-55<br>HARRIS, SUE<br>C/O ROY E. BARNES ESQUIRE<br>THE BARNES LAW GROUP<br>PO BOX 489<br>MARIETTA GA 30061 | CREDITOR ID: 388454-54<br>HARRIS, SYLVIA<br>4709 ALMOND WILLOW DR<br>ORLANDO, FL 32808 |
| CREDITOR ID: 392549-55<br>HARRIS, SYLVIA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 262931-12<br>HARRIS, THERESA<br>501 A B MARTIN ROAD<br>JEANERETTE, LA 70544 | CREDITOR ID: 406734-MS<br>HARRIS, THOMAS<br>4819 WEST LAKE WAY<br>DOUGLASVILLE GA 30155 |
| CREDITOR ID: 251288-12<br>HARRISON COUNTY DISTRICT CLERK<br>CHILD SUPPORT<br>PO BOX 1119<br>MARSHALL, TX 75671-1119 | CREDITOR ID: 251292-12<br>HARRISON COUNTY TAX COLLECTOR<br>PO BOX 448<br>PROPERTY TAX<br>BILOXI, MS 39533-0448 | CREDITOR ID: 251294-12<br>HARRISON CRANE SERVICE<br>2440 N W 37TH ST<br>MIAMI FL 33142-5364 |
| CREDITOR ID: 267544-31<br>HARRISON PAT WATERWAY DISTRICT<br>ATTN: STONE BAREFIELD<br>HWY 35<br>MOUNT OLIVE MS 39119 | CREDITOR ID: 267543-31<br>HARRISON PAT WATERWAY DISTRICT<br>ATTN: CHRIS BOWEN<br>6081 U S HIGHWAY 49<br>HATTIESBURG MS 39401-7225 | CREDITOR ID: 251295-12<br>HARRISON UNIFORMS<br>PO BOX 632893<br>CINCINNATI OH 45263-2893 |
| CREDITOR ID: 388268-54<br>HARRISON, ANDREW<br>678 CRAWFORD STREET<br>ORANGEBURG SC 29115 | CREDITOR ID: 388294-54<br>HARRISON, ANDREW<br>30025  WILLIAM HARDY RHODUS RO<br>HOLDEN LA 70744 | CREDITOR ID: 382874-51<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES AND MARKETING<br>PO BOX 50312<br>EUGENE, OR 97405 |
| CREDITOR ID: 244308-12<br>HARRISON, C O<br>585 NEEB RD<br>CINCINNATI OH 45233 | CREDITOR ID: 388624-54<br>HARRISON, LOIS<br>1799 S. MIDWEST BLVD.<br>MIDWEST CITY OK 73110 | CREDITOR ID: 392677-55<br>HARRISON, LOIS<br>C/O: JOHN FORBES<br>1800 S MIDWEST BLVD<br>MIDWEST CITY OK 73110 |
| CREDITOR ID: 386491-54<br>HARRISON, MARIA<br>9079 HANNAH LANE<br>BILOXI MS 39532 | CREDITOR ID: 391534-55<br>HARRISON, MARIA<br>C/O: RAY MITCHELL<br>RAY MITCHELL<br>429 PORTER AVE.<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 381707-47<br>HARRISON, RANDALL W<br>1231 THOREAU<br>BATON ROUGE, LA 70808 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386025-54<br>HARRISON, REBECCA<br>6769 HARBOR TERRACE<br>CHATTANOOGA, TN 37416 | CREDITOR ID: 385326-54<br>HARRISON, ROBIN<br>1124 AVENUE K<br>ORMOND BEACH, FL 32174 | CREDITOR ID: 390633-55<br>HARRISON, ROBIN<br>C/O DAVID B. RUSSELL, ESQ.<br>PAPPAS, RUSSELL & PEPE<br>213 SILVER BEACH AVE.<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 392682-55<br>HARRISON, STEPHEN<br>C/O CHAPPELL, SMITH & ARDEN, PA<br>ATTN WILLIAM L SMITH II, ESQ<br>PO BOX 12330<br>COLUMBIA SC 29211 | CREDITOR ID: 381330-47<br>HARRISON, STEPHEN<br>640 WESTWOOD DRIVE<br>LEXINGTON, SC 29073 | CREDITOR ID: 388811-54<br>HARRISON, THOMAS<br>8210 W. BROWARD BLVD. SUITE 42<br>PLANTATION, FL 33324 |
| CREDITOR ID: 392766-55<br>HARRISON, THOMAS<br>C/O WINSTON & CLARK, PA<br>ATTN BRADLEY WINSTON, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 385987-54<br>HARROLD, ASHANTE L<br>4389 COUNCILL COURT<br>ORLANDO, FL 32811 | CREDITOR ID: 315838-40<br>HARRY B LUCAS MGMNT CORP<br>2828 TRINITY MILLS STE 10<br>CARROLLTON, TX 75006 |
| CREDITOR ID: 251296-12<br>HARRY KUFLIK<br>5124 COUNTRY LANE<br>ARCHDALE NC 27263 | CREDITOR ID: 251298-12<br>HARRY LEE SHERIFF & TAX COLLECTOR<br>PO BOX 248<br>GRETNA, LA 70054-0248 | CREDITOR ID: 251299-12<br>HARRY LEE SHERIFF & TAX PARISH<br>PO BOX 627<br>METAIRIE, LA 70004-0627 |
| CREDITOR ID: 251300-12<br>HARRY T STOUT LOCKSMITH<br>302 PARKWAY<br>ELIZABETHTON TN 37643 | CREDITOR ID: 251301-12<br>HARRY WELLS<br>2810 B HERRING BLVD<br>DURHAM NC 27704 | CREDITOR ID: 251303-12<br>HART INDUSTRIAL CLINIC<br>2850 TATE BLVD SE<br>HICKORY, NC 28602 |
| CREDITOR ID: 251305-12<br>HART TRANSPORTATION INC<br>ATTN: RENEE ROLING, ACCTS REC MGR<br>PO BOX 6219<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 244096-12<br>HART, BRUCE<br>56 BAUCUM ROAD<br>CARRIERE MS 39426-0262 | CREDITOR ID: 245321-12<br>HART, CHRISTINE A<br>1535 BLANDING BLVD, APT 1311<br>MIDDLEBURG FL 32068-7876 |
| CREDITOR ID: 264815-12<br>HART, WILLIAM H<br>140 ORCHID AVENUE<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 406735-MS<br>HART, WILLIAM V.<br>1705 LEESTOWN RD., APT. 703<br>LEXINGTON KY 40511 | CREDITOR ID: 383209-15<br>HARTFORD INSURANCE CO, SUBROGEE<br>TO MAXINE POWELL-DACOSTA<br>C/O CHERYL L BLOCKER, ESQ<br>BAYPORT PLAZA, SUITE 1100<br>3000 BAYPORT DRIVE<br>TAMPA FL 33607 |
| CREDITOR ID: 251306-12<br>HARTFORD SOUTH INC<br>PO BOX 593515<br>ORLANDO, FL 32859-3515 | CREDITOR ID: 251307-12<br>HARTLAGE FENCE COMPANY<br>7911 THIRD ST RD<br>LOUISVILLE, KY 40214 | CREDITOR ID: 387177-54<br>HARTLEY, LORI<br>3512 ATCHEFSON ST.<br>SAINT AUGUSTINE, FL 32095 |
| CREDITOR ID: 391763-55<br>HARTLEY, LORI<br>C/O LLOYD MANUKIAN<br>FARAH AND FARAH, P.A.<br>93-B ORANGE STREET<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 393037-55<br>HARTLEY, SPARKAL D<br>C/O MORGAN COLLING & GILBERT PA<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 389167-54<br>HARTLEY, SPARKAL D<br>3014 ANTIQUE OAK CIRCLE<br>WINTER PARK, FL 32792 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406736-MS<br>HARTMAN, CARROLL<br>13995 SW 99 AVE.<br>MIAMI FL 33176 | CREDITOR ID: 389353-54<br>HARTMAN, JEREMY<br>1612 E. GREENBRIER DR<br>MOBILE AL 36605 | CREDITOR ID: 406737-MS<br>HARTMAN, LOUIS E.<br>10400 S. TAMIAMI TRAIL<br>VENICE FL 34287 |
| CREDITOR ID: 251308-12<br>HARTNESS INTERNATIONAL<br>ATTN CATHY FALLS<br>PO BOX 26509<br>GREENVILLE SC 29616-1509 | CREDITOR ID: 375183-44<br>HARTNESS INTERNATIONAL<br>PO BOX 75441<br>CHARLOTTE, NC 28275-0441 | CREDITOR ID: 251309-12<br>HARTS FORKLIFT SERVICE<br>PO BOX 688<br>FITZGERALD, GA 31750 |
| CREDITOR ID: 251310-12<br>HARTS SCALE COMPANY LLC<br>1211 FAIRDALE ROAD<br>FAIRDALE KY 40118 | CREDITOR ID: 386132-54<br>HARTSFIELD, CARLA<br>4206 W. GREEN ST<br>TAMPA, FL 33607 | CREDITOR ID: 251311-12<br>HARTWELL FAMILY PRACTICE<br>229 ATHENS ST<br>HARTWELL, GA 30643 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 386428-54<br>HARTWICK, DEBBIE<br>86 PLEASENT HILL ROAD<br>MOUNT OLIVE MS 39119 | CREDITOR ID: 391491-55<br>HARTWICK, DEBBIE<br>C/O TERRELL STUUBBS<br>ATTN TERRELL STUBBS, ESQ<br>P.O. BOX 157<br>MENDENHALL MS 39114 |
| CREDITOR ID: 404803-95<br>HARTZ MOUNTAIN CORP<br>ATTN PATRICIA ABBONDANTE<br>400 PLAZA DRIVE<br>SECAUCUS NJ 70940000 | CREDITOR ID: 251313-12<br>HARTZ MOUNTAIN CORP<br>PO BOX 18429<br>NEWARK, NJ 07191 | CREDITOR ID: 279370-36<br>HARTZ MOUNTAIN CORPORATION, THE<br>ATTN JOHN RUSSAK CR MGR<br>400 PLAZA DRIVE<br>SECAUCUS NJ 07094-3688 |
| CREDITOR ID: 251314-12<br>HARTZ TRUCK LINE INC<br>PO BOX 618<br>THIEF RIVER FALLS MN 56701 | CREDITOR ID: 406738-MS<br>HARTZ, BARBARA C.<br>7136 BEECHRIDGE TRAIL<br>TALLAHASSEE FL 32312 | CREDITOR ID: 251315-12<br>HARVARD DRUG GROUP<br>31778 ENTERPRISE DR<br>LIVONIA, MI 48150 |
| CREDITOR ID: 315691-36<br>HARVARD DRUG GROUP LLC<br>C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN: STEPHEN E GLAZEK<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226 | CREDITOR ID: 251316-12<br>HARVEST CHRISTIAN ACADEMY<br>43052 YOKUM RD<br>HAMMOND, LA 70403 | CREDITOR ID: 251317-12<br>HARVEST MEAT COPMANY<br>PO BOX 850001<br>ORLANDO FL 32885-1265 |
| CREDITOR ID: 251318-12<br>HARVEST TIME FOODS<br>PO BOX 98<br>AYDEN, NC 28513-0098 | CREDITOR ID: 251319-12<br>HARVEST TRADING GROUP INC<br>175 DERBY STREET<br>SUITE 40<br>HINGHAM MA 02043 | CREDITOR ID: 399517-82<br>HARVEST, KHENDLE<br>5512 GANTRY DRIVE<br>MONTGOMERY  AL 36108 |
| CREDITOR ID: 251320-12<br>HARVEY & ASSOCIATES INC<br>PO BOX 818<br>FOUNTAIN INN SC 29644-0818 | CREDITOR ID: 251321-12<br>HARVEY BOWLIN SR<br>REVENUE COMMISIONER<br>PO BOX 1017<br>TALLADEGA AL 35161 | CREDITOR ID: 251322-12<br>HARVEY KINDERGARTEN<br>3400 6TH ST<br>HARVEY, LA 70058 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251323-12<br>HARVEY L GORDON<br>1450 AUGUSTA DRIVE<br>STARKVILLE MS 39759 | CREDITOR ID: 251324-12<br>HARVEY LAWRENCE<br>10380 OLD PORT GIBSON ROAD<br>EDWARDS MS 39066 | CREDITOR ID: 2292-RJ<br>HARVEY LINDSAY COMMERCIAL<br>REAL ESTATE<br>999 WATERSIDE DRIVE, SUITE 1400<br>NORFOLK, VA 23510 |
| CREDITOR ID: 1415-RJ<br>HARVEY LINDSAY COMMERCIAL REAL<br>999 WATERSIDE DRIVE, SUITE 1400<br>NORFOLK VA 23510 | CREDITOR ID: 251325-12<br>HARVEY LINDSAY COMMERCL REAL ESTATE<br>999 WATERSIDE DR STE 1400<br>NORFOLK VA 23510 | CREDITOR ID: 251326-12<br>HARVEY SHUSTA<br>4438 WINDING RIVER DRIVE<br>VALRICO FL 33594 |
| CREDITOR ID: 251327-12<br>HARVEY W HERRING<br>7426 GRANNY VALLEY ROAD<br>GLOUCESTER VA 23061 | CREDITOR ID: 388403-54<br>HARVEY, CHELSEA<br>3401 JACKSON BLVD.<br>FORT LAUDERDALE, FL 33312 | CREDITOR ID: 392502-55<br>HARVEY, CHELSEA<br>C/O: SCOTT E. EDGETT<br>SCOTT E EDGETT, P.A.<br>700 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 400163-86<br>HARVEY, DORIS<br>2604 FRANKLIN UPPER<br>NEW ORLEANS LA 70117 | CREDITOR ID: 389423-54<br>HARVEY, JASON<br>3351 BERKELEY BLVD<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 259633-12<br>HARVEY, RICK<br>23279 NW 200TH LANE<br>HIGH SPRINGS, FL 32643 |
| CREDITOR ID: 381926-15<br>HARVIN CHOICE MEATS INC<br>ATTN PRESIDENT<br>300 MCCRAYS MILL ROAD<br>SUMTER SC 29150 | CREDITOR ID: 251328-12<br>HARVIN CHOICE MEATS INC<br>ATTN SEP D HARVIN III, PRES<br>PO BOX 939<br>SUMTER, SC 29151-0939 | CREDITOR ID: 269342-16<br>HARWOOD, ROBERT I.<br>WECHSLER, HARWOOD, LLP<br>488 MADISON AVENUE 8TH FLR<br>NEW YORK, NY 10022 |
| CREDITOR ID: 251329-12<br>HASBRO INC<br>PO BOX 281480<br>ATLANTA, GA 30384-1480 | CREDITOR ID: 279371-36<br>HASBRO, INC<br>ATTN JUDITH A SMITH<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET RI 02862-0200 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN: RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>PO BOX 681<br>MCCOMB, MS 39648-0681 | CREDITOR ID: 241783-12<br>HASEGAWA, AKIHIDE<br>105 A WEST CARR STREET<br>CARRBORO, NC 27510 | CREDITOR ID: 394051-61<br>HASSELL, MOORHEAD & CARROLL<br>149 SOUTH RIDGEWOOD AVENUE, SUITE 3<br>PO BOX 2229<br>DAYTONA BEACH, FL 32115 |
| CREDITOR ID: 375449-44<br>HASSEN, JEFF<br>ORL DIV #613<br>4605 9TH AVE E<br>BRADENTON, FL 34208 | CREDITOR ID: 247671-12<br>HASTINGS, DAVID<br>3925 HWY 190 W<br>HAMMOND, LA 70401 | CREDITOR ID: 251331-12<br>HASTY COMMUNICATIONS,INC<br>PO BOX 870<br>TIFTON, GA 31793-0870 |
| CREDITOR ID: 251333-12<br>HASTYS COMMUNICATIONS INC<br>PO BOX 870<br>1515 REBEL RD<br>TIFTON GA 31793 | CREDITOR ID: 240853-10<br>HASTY'S COMMUNICATIONS OF FL INC<br>ATTN PRISCILLA GRAHAM<br>7033 COMMONWELATH AVE, SUITE 6<br>JACKSONVILLE FL 32220 | CREDITOR ID: 381243-47<br>HASTY'S COMMUNICATIONS OF FLORIDA INC<br>7033 COMMONWELATH AVE, SUITE 6<br>JACKSONVILLE, FL 32220 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389358-54<br>HATCHEL, JEFFREY DAVID<br>6759 COLTRANE MILL RD<br>GREENSBORO NC 27406 | CREDITOR ID: 406739-MS<br>HATCHER JR., JAMES G.<br>2400 HUNTERHILL DR.<br>ARLINGTON TX 76012 | CREDITOR ID: 385180-54<br>HATCHER, PAUL W<br>330 CHAPEL RD<br>GARDENDALE, AL 35071 |
| CREDITOR ID: 397887-76<br>HATCHETT, JULIE<br>312 WHEELER<br>SYLACAUGA, AL 35150 | CREDITOR ID: 390287-54<br>HATLEY, JAMES B<br>851 STOWE LANE<br>GASTONIA NC 28056 | CREDITOR ID: 251334-12<br>HATTIESBURG AMERICAN<br>PO BOX 1608<br>HATTIESBURG, MS 39403-1111 |
| CREDITOR ID: 251335-12<br>HATTIESBURG BEVERAGE COMPANY INC<br>ATTN JENNY L DOEBLER, CONTROLLER<br>1000 W 63RD STREET<br>PO BOX 1932<br>HATTIESBURG MS 39403 | CREDITOR ID: 267545-31<br>HATTIESBURG CITY OF INC<br>ATTN: MIKE SMITH<br>900 JAMES ST<br>HATTIESBURG MS 39401-4012 | CREDITOR ID: 251336-12<br>HATTIESBURG COCA COLA CO<br>PO BOX 11407<br>DRAWER 1027<br>BIRMINGHAM, AL 35246-1027 |
| CREDITOR ID: 251337-12<br>HATTIESBURG DIESEL INC<br>PO BOX 1491<br>HWY 49 NORTH<br>HATTIESBURG MS 39403 | CREDITOR ID: 251338-12<br>HATTIESBURG HEALTH CLINIC<br>PO BOX 60062<br>NEW ORLEANS, LA 70160-0062 | CREDITOR ID: 377058-44<br>HATTOK, SHERRY<br>MTG DIV 525<br>5601 ASHWOOD DR<br>ANNISTON, AL 36206 |
| CREDITOR ID: 375187-44<br>HAUER CUSTOM MANUFACTURING<br>447 OLD SWEDE ROAD<br>DOUGLASSVILLE, PA 19518 | CREDITOR ID: 389309-54<br>HAUGEN, JULIE<br>3803 S. FLEMINGO TERRACE<br>HOMOSASSA FL 34448 | CREDITOR ID: 393128-55<br>HAUGEN, JULIE<br>C/O: R.A. PATTERSON, III<br>MORGAN COLLING & GILBERT<br>SUITE 1790<br>101 E. KENNEDY BLVD.<br>TAMPA FL 32802-4979 |
| CREDITOR ID: 406065-15<br>HAUGEN, SUSAN H<br>411 LA FORET DRIVE<br>MORGANTON NC 28655 | CREDITOR ID: 376522-44<br>HAULING, PAT<br>183 FERRANTE LANE<br>HAMMOND, LA 70401 | CREDITOR ID: 251340-12<br>HAVANA BOYS INC<br>1832 HARRISON STREET<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 386935-54<br>HAVERFIELD, GARY<br>5510 58TH WAY NORTH<br>APT 205<br>KENNETH CITY FL 33709 | CREDITOR ID: 391704-55<br>HAVERFIELD, GARY<br>C/O: DENNIS PALSO<br>710-94TH AVENUE NORTH<br>SUITE 309<br>ST. PETE FL 33702 | CREDITOR ID: 384158-47<br>HAWAIIAN TROPIC<br>PO BOX 116132<br>ATLANTA, GA 30368613 |
| CREDITOR ID: 404804-95<br>HAWAIIAN TROPIC<br>ATTN DONNA TU<br>PO BOX 5111<br>DAYTONA BEACH FL 334425111 | CREDITOR ID: 251342-12<br>HAWAIIAN TROPIC<br>TANNING RESEARCH LABS DEPT 160<br>PO BOX 265111<br>DAYTONA BEACH, FL 32126 | CREDITOR ID: 246363-12<br>HAWES, CLAUDIA<br>2352 SANTA ANITA DRIVE<br>SACRAMENTO, CA 95825 |
| CREDITOR ID: 267546-31<br>HAWK SWAMP LLC<br>ATTN: WILLIAM AGRICLA<br>3670 S FLETCHER AVE<br>FERNANDINA BEACH FL 32034-4365 | CREDITOR ID: 382652-51<br>HAWKEYE INFORMATION SYSTEMS<br>PO BOX 21667<br>FT. COLLINS, CO 80522 | CREDITOR ID: 251343-12<br>HAWKINS CO GAS UTILITY<br>202 PARK BLVD<br>ROGERSVILLE, TN 37857 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267547-31<br>HAWKINS COUNTY CONVENIENCE CTR<br>ATTN: LEO MAHONEY<br>260 ENSOR RD<br>CHURCH HILL TN 37642-5154 | CREDITOR ID: 251344-12<br>HAWKINS FLOWERS<br>135 N LIME AVE<br>SARASOTA FL 34237 | CREDITOR ID: 243043-12<br>HAWKINS, BARBARA<br>69 GREEN BRIAR DRIVE<br>COTTONWOOD AL 36320 |
| CREDITOR ID: 245191-12<br>HAWKINS, CHERYL<br>1869 BLACKSGATE EAST<br>PROSPERITY SC 29127 | CREDITOR ID: 247816-12<br>HAWKINS, DEBBIE<br>9220 OLD HWY 70<br>COVE CITY, NC 28523 | CREDITOR ID: 389272-54<br>HAWKINS, GARY<br>245 CLEARVIEW CIRCLE<br>TRAVELERS REST SC 29690 |
| CREDITOR ID: 393104-55<br>HAWKINS, GARY<br>C/O: CAROL JEAN HAYES<br>870 CLEVELAND STR<br>SUITE 2D<br>GREENVILLE SC 29601 | CREDITOR ID: 385864-54<br>HAWKINS, JAMES R<br>190 CAMBRIDGE WAY<br>COVINGTON, GA 30016 | CREDITOR ID: 397888-76<br>HAWKINS, JOAN<br>12204 DOVE HOLLOW DR<br>DENHAM  SPRINGS, LA 70726 |
| CREDITOR ID: 251345-12<br>HAY DISTRIBUTING INC<br>620 G GRIFFIN ROAD<br>CHARLOTTE, NC 28217 | CREDITOR ID: 388960-54<br>HAY, MARY<br>PO BOX 154298<br>IRVING, TX 75015 | CREDITOR ID: 251346-12<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI, FL 33135-0940 |
| CREDITOR ID: 2294-07<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI, FL 33135-0940 | CREDITOR ID: 251347-12<br>HAYDEL REALTY COMPANY INC<br>ATTN CECILIA ROBERT<br>PO BOX 26194<br>NEW ORLEANS LA 70186-6194 | CREDITOR ID: 315839-40<br>HAYDEL REALTY COMPANY INC<br>PO BOX 26194<br>NEW ORLEANS, LA 70186-6194 |
| CREDITOR ID: 251348-12<br>HAYDEN MOORE<br>103 D EMBARK COURT<br>GLASGOW KY 42141 | CREDITOR ID: 278481-24<br>HAYES & MARTOHUE, PA<br>DEBORAH L. MARTOHUE, ESQ.<br>5959 CENTRAL AVENUE<br>SUITE 104<br>ST. PETERSBURG FL 33710 | CREDITOR ID: 251349-12<br>HAYES ALUMINUM INC<br>201 OLD FERRY RD<br>CHAPIN SC 29036 |
| CREDITOR ID: 267548-31<br>HAYES CREEK WATER<br>ATTN: ROMONA MOULDER<br>703 SUMMIT ST<br>WINONA MS 38967-2003 | CREDITOR ID: 251350-12<br>HAYES ELEMENTARY<br>901 HOADLEY AVE<br>STORE#1775<br>HAMILTON OH 45015 | CREDITOR ID: 395423-64<br>HAYES FOOD  PRODUCTS<br>PO BOX 121<br>GREENVILLE, SC 29602 |
| CREDITOR ID: 251351-12<br>HAYES FOOD PRODUCTS INC<br>ATTN MICHAEL E RODDEY, VP<br>PO BOX 121<br>GREENVILLE, SC 29602-0121 | CREDITOR ID: 251352-12<br>HAYES TESTING LABORATORY INC<br>2521 HOLLOWAY ROAD<br>LOUISVILLE KY 40299 | CREDITOR ID: 381640-47<br>HAYES, ANDREA M<br>817 ACORN LN<br>PORT ORANGE, FL 32127 |
| CREDITOR ID: 390118-54<br>HAYES, BARBARA<br>C/O SCOTT W. ZIRKLE<br>PO BOX 2807<br>ORLANDO, FL 32804 | CREDITOR ID: 245008-12<br>HAYES, CHARISSA D<br>PO BOX 73227<br>BATON ROUGE LA 70874 | CREDITOR ID: 247102-12<br>HAYES, COURTNEY<br>760 PITTS ROAD<br>SUMTER, SC 29154 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390453-54<br>HAYES, ERICA T<br>339 PARK ROW #C2<br>LONG BEACH MS 39560 | CREDITOR ID: 381637-47<br>HAYES, LARRY<br>643 EASTWOOD CT<br>LAKE WALES FL 33853 | CREDITOR ID: 394079-56<br>HAYES, LEEHENRY<br>53 NORTHTOWN DR.<br>APT 31 I<br>JACKSON MS 39211 |
| CREDITOR ID: 387828-54<br>HAYES, MAKEBA<br>3925 DELROSA DRIVE<br>JACKSON MS 39206 | CREDITOR ID: 389354-54<br>HAYES, MAUREEN<br>5312 REDRAC STREET<br>JACKSONVILLE FL 32205 | CREDITOR ID: 389062-54<br>HAYES, REBECCA<br>7505 NORTH BLVD<br>FORT PIERCE, FL 34951 |
| CREDITOR ID: 392958-55<br>HAYES, REBECCA<br>C/O JOHN T KENNEDY, PA<br>ATTN JOHN T KENNEDY, ESQ<br>477 SE RIVERSIDE DRIVE<br>STUART FL 34994 | CREDITOR ID: 388508-54<br>HAYGOOD, MAXINE<br>1060 GOLFVIEW AVENUE, APT 48<br>BARTOW, FL 33830 | CREDITOR ID: 390080-54<br>HAYGOOD, SHERRI<br>173 BENITA DRIVE<br>PALATKA, FL 32177 |
| CREDITOR ID: 393536-55<br>HAYGOOD, SHERRI<br>C/O: JOSEPH R. BRYANT, ESQ<br>JOSEPH R. BRYANT, P.A.<br>202 S. MOODY AVE.<br>TAMPA FL 33609 | CREDITOR ID: 279502-99<br>HAYNES AND BOONE LLP<br>ATTN: MARK ELMORE<br>901 MAIN ST, STE 3100<br>DALLAS TX 75202-3789 | CREDITOR ID: 251353-12<br>HAYNES MIDDLE SCHOOL<br>1416 METAIRIE RD<br>METAIRIE, LA 70005 |
| CREDITOR ID: 399844-84<br>HAYNES, ALFRED<br>3705 JUDY LYNN CT<br>COLLEGE PARK GA 30349 | CREDITOR ID: 269234-16<br>HAYNES, DELOIS<br>702 NORTH CHERRY STREET<br>MCCOMB, MS 39648 | CREDITOR ID: 385151-54<br>HAYNES, JULIE<br>1054 TAYLOR ROAD<br>UTICA, MS 39175 |
| CREDITOR ID: 385151-54<br>HAYNES, JULIE<br>C/O VARNER PARKER & SESSUMS, PA<br>ATTN DAVID M SESSUMS, ESQ<br>1110 JACKSON STREET<br>PO BOX 1237<br>VICKSBURG MS 39181 | CREDITOR ID: 390502-55<br>HAYNES, JULIE<br>C/O: DAVID SESSUMS, ESQ.<br>VARNER, PARKER & SESSUMS<br>1110 JACKSON STREET<br>PO BOX 1237<br>VICKSBURG MS 39181-1237 | CREDITOR ID: 392141-55<br>HAYNES, LILLIE R<br>C/O: RICHARD A. STICKING<br>RICHARD SICKING PA<br>1313 PONCE DE LEON BLVD.<br>SUITE 201<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 387818-54<br>HAYNES, LILLIE R<br>181 SW HUDSON STREET<br>MADISON FL 32340 | CREDITOR ID: 256014-12<br>HAYNES, MEL<br>6732 S WOLFF COURT<br>LITTLETON CO 80128 | CREDITOR ID: 382653-51<br>HAYNES, MICHAEL<br>7635 KICKLITER LANE<br>LAND OF LAKES, FL 34639 |
| CREDITOR ID: 406740-MS<br>HAYNES, MICHAEL R<br>7635 KICKLITER LANE<br>LAND OF LAKES FL 34639 | CREDITOR ID: 386685-54<br>HAYNIE, JAMES<br>P.O BOX 1558<br>LAURENS SC 29360 | CREDITOR ID: 251354-12<br>HAYNSWORTH SINKLER BOYD P A<br>PO BOX 340<br>CHARLESTON SC 29402-0340 |
| CREDITOR ID: 399428-99<br>HAYNSWORTH SINKLER BOYD PA<br>ATTN: WILLIAM H SHORT<br>PO BOX 11889<br>COLUMBIA SC 29211-1889 | CREDITOR ID: 385648-54<br>HAYS, RUTH<br>PO BOX 364<br>NEWTON, MS 39345 | CREDITOR ID: 390936-55<br>HAYS, RUTH<br>C/O: BARBARA JOHNSON MEEKS<br>STAMPS & STAMPS<br>PO BOX 2916<br>JACKSON MS 39207-2916 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406741-MS<br>HAYS, WALLACE W.<br>5855 PIPER GLEN BLVD.<br>JACKSONVILLE FL 32222 | CREDITOR ID: 385281-54<br>HAYSE, MARY<br>6207 CHARTEE DRIVE<br>ANNISTON, AL 36206 | CREDITOR ID: 390589-55<br>HAYSE, MARY J<br>C/O JON E LEWIS, ESQ<br>315 FRANK NELSON BUILDING<br>205 NORTH 20TH STREET<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 397219-67<br>HAYSLETT, JEFFREY & ELIZABETH<br>6593 BREEZEWOOD BLVD<br>MYRTLE BEACH, SC 29588 | CREDITOR ID: 251355-12<br>HAYWOOD COUNTY TAX COLLECTOR<br>PO BOX 31009<br>CHARLOTTE, NC 28231-1009 | CREDITOR ID: 399421-99<br>HAYWOOD DENNY & MILLER LLP<br>ATTN: ROBERT LEVIN<br>PO BOX 51429<br>DURHAM NC 51429 |
| CREDITOR ID: 251356-12<br>HAYWOOD REGIONAL MEDICAL<br>PO BOX 369<br>CLYDE, NC 28721-0369 | CREDITOR ID: 251357-12<br>HAZ MAT<br>PO BOX 37392<br>CHARLOTTE NC 28237 | CREDITOR ID: 251358-12<br>HAZARD HERALD-VOICE<br>PO BOX 869<br>HAZARD, KY 41702-0869 |
| CREDITOR ID: 251359-12<br>HAZARD JACKSON CLINICS<br>PO BOX 719<br>HAZARD KY 41701 | CREDITOR ID: 251361-12<br>HAZEL BARTHOLOMEW<br>183 ARLINGTON ROAD<br>WEST PALM BEACH FL 33405 | CREDITOR ID: 251362-12<br>HAZEL E CLARK<br>3102 E 26TH AVENUE<br>TAMPA FL 33605 |
| CREDITOR ID: 2296-07<br>HAZEL PARK ASSOCIATES<br>C/O I. REISS & SON<br>200 EAST 61 STREET, STE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 251364-12<br>HAZEL PLUMBING COMPANY<br>PO BOX 812<br>NEWBERRY, SC 29108 | CREDITOR ID: 389501-54<br>HAZELLIEF, THOMAS<br>5287 COTTON ST<br>GRACEVILLE, FL 32440 |
| CREDITOR ID: 406162-15<br>HAZELLIEF, THOMAS<br>C/O LAW OFFICES OF JOHN E BYRD JR &<br>JOSEPH LEWIS<br>ATTN JOSEPH W LEWIS ESQ<br>PO BOX 536<br>DOTHAN AL 36302 | CREDITOR ID: 393187-55<br>HAZELLIEF, THOMAS<br>C/O J BYRD JR & J LEWIS LAW OFFICE<br>ATTN JOSEPH W LEWIS, ESQ<br>211 WEST MAIN STREET<br>PO BOX 536<br>DOTHAN AL 36302 | CREDITOR ID: 251365-12<br>HAZELS SIGNS<br>201 A SCHOOL DR<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 386451-54<br>HAZEUR, CEDRIC<br>521 MAIN ST.<br>BAY SAINT LOUIS MS 39520 | CREDITOR ID: 391508-55<br>HAZEUR, CEDRIC<br>C/O  LEONARD A WASHOFSKY, ESQ<br>1510 VETERANS MEMORIAL BLDG, 2D FL<br>METAIRIE LA 70005 | CREDITOR ID: 251367-12<br>HBDC/EWC BOOKSTORE<br>1658 KINGS ROAD<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 384153-47<br>HC BRILL COMPANY INC<br>ATTN STEPHANIE OWENS, AR SUPERV<br>1912 MONTREAL ROAD<br>TUCKER, GA 30084 | CREDITOR ID: 251368-12<br>HC BRILL COMPANY INC<br>PO BOX 920077<br>ATLANTA, GA 30392-0077 | CREDITOR ID: 251369-12<br>HCA HEALTH SERVICES OF VA<br>C/O HENRICO COUNTY GEN DIST CT<br>PO BOX 27032<br>RICHMOND VA 23273 |
| CREDITOR ID: 251370-12<br>HCA PALMYRA MEDICAL CENTERS<br>PO BOX 402968<br>ATLANTA, GA 30384-2968 | CREDITOR ID: 251371-12<br>HCA PALMYRA MEDICAL CENTERS BUS OFF<br>PO BOX 1908<br>ALBANY GA 31702 | CREDITOR ID: 251372-12<br>HCR INC<br>PO BOX 149<br>LEWISTOWN MT 59457-0149 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385849-54<br>HEABERLIN, MYONG CHA<br>2003 SCENIC RD<br>TALLAHASSEE, FL 32303-3421 | CREDITOR ID: 406742-MS<br>HEAD, ROBERT J.<br>1500 BISHOP ESTATES ROAD, VILLA 27B<br>JACKSONVILLE FL 32259 | CREDITOR ID: 402209-90<br>HEAD, ROBERT J.<br>5735 SALERNO ROAD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 251373-12<br>HEADLAND-DELOWE SHOPPING CTR<br>C\O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ONE BUCKHEAD PLAZA   STE 1855<br>ATLANTA GA 30305 | CREDITOR ID: 251374-12<br>HEADLEY PLUMBING CO, INC<br>ATTN THOMAS HADLEY JR, PRES<br>5520 MAIN STREET<br>MILLBROOK, AL 36054-4902 | CREDITOR ID: 243969-12<br>HEALEY, BRIAN M<br>1537 PIERCE AVENUE<br>NIGARA FALLS NY 14301 |
| CREDITOR ID: 251375-12<br>HEALTH & HUMAN SERVICES COMMISSION<br>ATN ACCOUNTING<br>PO BOX 13247<br>AUSTIN TX 78711-3247 | CREDITOR ID: 267549-31<br>HEALTH & HUMAN SVCS NC DEPT<br>ATTN: ALLEN KLIMEK<br>2728 CAPITAL BLVD RM 242<br>RALEIGH NC 27604-1546 | CREDITOR ID: 267558-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: WAYNE FANNING<br>1362 MCMILLAN AVE STE 300<br>CHARLESTON SC 29405-2048 |
| CREDITOR ID: 267556-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: ROBERT JACKSON<br>613 S MAIN ST<br>GREENWOOD SC 29646-3245 | CREDITOR ID: 267555-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: R WAYNE DAVIS<br>8500 FARROW RD<br>STATE PARK SC 29147 | CREDITOR ID: 267554-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: MYRA REECE<br>206 BEAUFORT ST NE<br>AIKEN SC 29801-4476 |
| CREDITOR ID: 267553-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: JAN BROWN<br>1705 N OAK ST STE 2<br>MYRTLE BEACH SC 29577-3580 | CREDITOR ID: 267552-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: DON G CAMPBELL<br>235 ULMER RD<br>BLUFFTON SC 29910-7235 | CREDITOR ID: 267551-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: DAPHNE NEEL<br>8231 PARKLANE RD<br>COLUMBIA SC 29223-4903 |
| CREDITOR ID: 267550-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: BARNEY HARMON<br>975 N CHURCH ST<br>SPARTANBURG SC 29303-2712 | CREDITOR ID: 267557-31<br>HEALTH AND ENVMTL CTRL DEPT SC<br>ATTN: TOMMY ROGERS<br>2404 N MAIN ST STE 200<br>ANDERSON SC 29621-3275 | CREDITOR ID: 251376-12<br>HEALTH ASSESSMENTS INC<br>711 MILLER STREET EXT<br>SUITE 2<br>STATESBORO, GA 30458-4308 |
| CREDITOR ID: 251377-12<br>HEALTH CARE DIRECT SERVICES<br>3837 NORTH DALE BLVD STE 354-H<br>TAMPA, FL 33624 | CREDITOR ID: 251378-12<br>HEALTH CARE LOGISTICS INC<br>ATTN SHERYL KRAFT<br>PO BOX 25<br>CIRCLEVILLE OH 43113-0025 | CREDITOR ID: 383031-51<br>HEALTH CHOICE SELECT BLD BNK<br>369 OFFICE PLAZA, SUITE 100<br>TALLAHASSEE, FL 32301 |
| CREDITOR ID: 2297-07<br>HEALTH FACILITIES CREDIT CORP<br>5750 RUFE SNOW DR #130<br>RICHLAND  HILLS TX 76180 | CREDITOR ID: 394002-61<br>HEALTH INFORMATION SERVICES, INC.<br>PO BOX 83150<br>PHOENIX, AZ 85071-3150 | CREDITOR ID: 383027-51<br>HEALTH LINK<br>830 SOUTH GLOSTER STREET<br>TUPELO, MS 38801 |
| CREDITOR ID: 383024-51<br>HEALTH NET PLUS (RX CARE)<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879 | CREDITOR ID: 251379-12<br>HEALTH OCCUPATIONS ACADEMY<br>RUTHERFORD HIGH SCHOOL<br>1000 SCHOOL AVENUE<br>PANAMA CITY FL 32404 | CREDITOR ID: 383018-51<br>HEALTH PARTNERS OF ALABAMA<br>TWO PERIMETER PARK S, SUITE 200 W<br>BIRMINGHAM, AL 35243 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383015-51<br>HEALTH PARTNERS/PHARMACARE<br>695 GEORGE WASHINGTON HWY<br>LINCOLN, RI 02865 | CREDITOR ID: 251380-12<br>HEALTH PLUS CHIROPRACTIC CNTR<br>200 N MAIN ST<br>ATMORE, AL 36502 | CREDITOR ID: 383011-51<br>HEALTH REACH RX<br>445 HUTCHINSON AVENUE, SUITE 300<br>COLUMBUS, GA 43235 |
| CREDITOR ID: 251381-12<br>HEALTH RESEARCH ASSOCIATES<br>ATTN BRUCE HATFIELD, EXEC VP<br>PO BOX 1233<br>KENNESAW, GA 30156-8233 | CREDITOR ID: 383008-51<br>HEALTH RESEARCH ASSOCIATES, INC.<br>DBA PHARMACY RESO<br>PO BOX 1233<br>KENNESAW, GA 30156 | CREDITOR ID: 395374-64<br>HEALTH RESOURCE PUBLISHING COMPANY<br>PO BOX 1233<br>KENNESAW, GA 30156 |
| CREDITOR ID: 395429-64<br>HEALTH RESOURCES<br>1597 BRIAR OAK DRIVE<br>NEW FAIRFIELD, CT 06812 | CREDITOR ID: 404805-95<br>HEALTH TECH INC<br>PO BOX 345<br>TOTOWA NJ 07511-0345 | CREDITOR ID: 251383-12<br>HEALTH TECH INC<br>15 JACKSON ROAD<br>TOTOWA, NJ 07512 |
| CREDITOR ID: 383003-51<br>HEALTH TRANS LLC AKA HT LLC<br>ATTN ANGELA PAULS<br>6061 SOUTH WILLOW DRIVE SUITE 125<br>GREENWOOD VILLAGE, CO 80111 | CREDITOR ID: 382654-51<br>HEALTHCARE CONSULTANTS<br>PHARMACY STAFFING<br>PO BOX 915726<br>LONGWOOD, FL 32791-5726 | CREDITOR ID: 279457-99<br>HEALTHCARE CONSULTANTS CENTRAL FL<br>C/O MATEER & HARBERT PA<br>ATTN: DAVID LANDIS, ESQ<br>225 EAST ROBINSON ST, STE 600<br>PO BOX 2854<br>ORLANDO FL 32802-2854 |
| CREDITOR ID: 279457-99<br>HEALTHCARE CONSULTANTS CENTRAL FL<br>C/O ZEICHNER ELLMAN & KRAUSE LLP<br>ATTN: STUART KRAUSE, ESQ<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 407556-15<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854 | CREDITOR ID: 383000-51<br>HEALTHCARE DELIVERY SYSTEMS<br>9700 NORTH 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258 |
| CREDITOR ID: 251385-12<br>HEALTHCARE FINANCIAL SERVICES LLC<br>1765 LELIA DRIVE<br>JACKSON, MS 39216 | CREDITOR ID: 382996-51<br>HEALTHEASE /TAMPA GENERAL<br>6800 N DALEMABRY HWY, SUITE 270-299<br>TAMPA, FL 33614 | CREDITOR ID: 251387-12<br>HEALTHFIRST<br>ATTN JEAN KIRTON<br>4140 LAKE WORTH ROAD<br>LAKE WORTH, FL 33461 |
| CREDITOR ID: 251388-12<br>HEALTHGROUP OF ALABAMA<br>PO BOX 7187<br>HUNTSVILLE, AL 35807 | CREDITOR ID: 278755-28<br>HEALTHGUARD FINANCE CORPORATION<br>GENERAL COUNSEL<br>HEALTHGUARD INTERNATIONAL<br>255 N WASHINGTON STREET # 202<br>ROCKVILLE, MD 20850-1756 | CREDITOR ID: 251389-12<br>HEALTHGUARD FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY UT 84189-0750 |
| CREDITOR ID: 395426-64<br>HEALTHGUARD INTERNATIONAL<br>255 NORTH WASHINGTON STREET<br>ROCKVILLE, MD 20850 | CREDITOR ID: 251390-12<br>HEALTHMARK REGIONAL MEDICAL CENTER<br>PO BOX 1326<br>DEFUNIAK SPRINGS, FL 32435 | CREDITOR ID: 382993-51<br>HEALTHNET ARIZONA<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 |
| CREDITOR ID: 382986-51<br>HEALTHNET ARIZONA<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879 | CREDITOR ID: 269269-16<br>HEALTHNET FEDERAL SERVICES<br>PO BOX 8997<br>MADISON, WI 53708-8997 | CREDITOR ID: 403568-93<br>HEALTHNET OF ARIZONA<br>950 N FINANCE CENTER DR<br>TUCSON AZ 85710 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404806-95<br>HEALTHTEX DIST CORP<br>3701 NW 37 AVE<br>MIAMI FL 33142 | CREDITOR ID: 251391-12<br>HEALTHTEX DIST CORP<br>3555 NW 41ST ST<br>MIAMI, FL 33142 | CREDITOR ID: 404807-95<br>HEALTHTRANS LLC<br>6061 SOUTH WILLOW DRIVE<br>SUITE 125<br>GREENWOOD VILLAGE CO 80111 |
| CREDITOR ID: 251392-12<br>HEALTHTRANS LLC<br>PO BOX 5225<br>DENVER, CO 80217-5225 | CREDITOR ID: 251393-12<br>HEALTHWORKS<br>PO BOX 60062<br>NEW ORLEANS, LA 70160-0062 | CREDITOR ID: 404808-95<br>HEALTHWORKS LLC<br>5909 HWY 49<br>HATTIESBURG MS 39401 |
| CREDITOR ID: 251394-12<br>HEALTHWORKS LLC<br>PO BOX 538022<br>ATLANTA, GA 30353-8022 | CREDITOR ID: 267559-31<br>HEALTHY AIR QUALITY INC<br>ATTN: A J HALAVACS<br>2720 NE 59TH ST<br>FORT LAUDERDALE FL 33308-2730 | CREDITOR ID: 251395-12<br>HEALY WHOLESALE<br>PO BOX 36157<br>FAYETTEVILLE, NC 28303-1157 |
| CREDITOR ID: 389651-54<br>HEARD, JAY<br>3641 NW 193RD STREET<br>OPA-LOCKA, FL 33056 | CREDITOR ID: 393304-55<br>HEARD, JAY<br>C/O CHARLES H. COHEN, PA<br>ATTN CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 254539-12<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 |
| CREDITOR ID: 385522-54<br>HEARN, PATRICK<br>236 KENT DR.<br>HOMEWOOD, AL 35209 | CREDITOR ID: 390823-55<br>HEARN, PATRICK<br>C/O: M. LOGAN DOSS<br>SIMMS & ASSOCIATES<br>2015 1ST AVE. N.<br>SUITE 400<br>BIRMINGHAM AL 35203 | CREDITOR ID: 267561-31<br>HEART GA ALTMAHA RGNAL DEV CTR<br>ATTN: RAFAEL NAIL<br>331 W PARKER ST<br>BAXLEY GA 31513-0674 |
| CREDITOR ID: 251396-12<br>HEARTLAND COMMERCIAL SWEEPING<br>PO BOX 583<br>ELIZABETHTOWN, KY 42702-0583 | CREDITOR ID: 251397-12<br>HEARTLAND EXPRESS INC<br>2777 HEARTLAND DR<br>CORALVILLE, IA 52241 | CREDITOR ID: 251398-12<br>HEAT SEAL LLC<br>PO BOX 73994-N<br>CLEVELAND, OH 44193-0517 |
| CREDITOR ID: 375193-44<br>HEAT SEALING EQUIP CO<br>PO BOX 73994-N<br>CLEVELAND, OH 44193-0517 | CREDITOR ID: 251399-12<br>HEATH WHITE<br>382 CORD 607<br>HANCEVILLE AL 35077 | CREDITOR ID: 386015-54<br>HEATH, BENICA<br>2456 NW 87TH STREET<br>MIAMI, FL 33147 |
| CREDITOR ID: 391230-55<br>HEATH, BENICA<br>C/O: BOLTON & GROSS<br>801 N.E. 167TH ST  2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 243446-12<br>HEATH, BEVERLY<br>389 GLYNN HOLLOW CIRCLE<br>COLUMBIANA AL 35051 | CREDITOR ID: 251402-12<br>HEATHER BARBER<br>895 BRADDOCK COURT<br>BALDWIN FL 32234 |
| CREDITOR ID: 251403-12<br>HEATHER BRIDGEMAN<br>2176 COURTLAND ROAD<br>PETERSBURG VA 23805 | CREDITOR ID: 251405-12<br>HEATHER E DAIGLE<br>880 HWY 190<br>EUNICE LA 70535 | CREDITOR ID: 251406-12<br>HEATHER E ROE<br>821 CALEDON COURT<br>GREENVILLE SC 29615 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 251409-12
HEATHER L GARCIA
244 W LAFAYETTE STREET
WINTER GARDEN FL 34787

CREDITOR ID: 251410-12
HEATHER L GROUT
2210 FREEDOM AVENUE
MIMS FL 32754

CREDITOR ID: 251411-12
HEATHER LAEMMLE
PO BOX 102
DAY FL 32013

CREDITOR ID: 251412-12
HEATHER M FORAN
PO BOX 511
RICHLAND SC 29675-0511

CREDITOR ID: 251413-12
HEATHER M RENZO
125 QUAIL RIDGE ROAD
SENECA SC 29678

CREDITOR ID: 251414-12
HEATHER PAGINGTON
913 59TH AVENUE DRIVE EAST
BRADENTON FL 34203

CREDITOR ID: 251416-12
HEATHER SISSON
831 S ORLANDO AVENUE
COCOA BEACH FL 32931

CREDITOR ID: 251417-12
HEATHER WILLIAMS
615978 RIVER ROAD
CALLAHAN FL 32011

CREDITOR ID: 251418-12
HEATHERINGTON MACHINE
PO BOX 547933
ORLANDO FL 32854-7933

CREDITOR ID: 1419-07
HEATHROW SQUARE LLC
ATTN:  LEIGH RUSHING
12121 WILSHIRE BLVD #512
LOS  ANGELES, CA 90025

CREDITOR ID: 251419-12
HEATHROW SQUARE LLC
12121 WILSHIRE BLVD # 512
ATTN LEIGH RUSHING
LOS ANGELES, CA 90025

CREDITOR ID: 251420-12
HEATHROW WOMENS CLUB CHARITIES INC
PO BOX 950145
LAKE MARY, FL 32795-0145

CREDITOR ID: 251421-12
HEAVE HO CRANE
PO BOX 392
MILTON LA 70558

CREDITOR ID: 251422-12
HEAVY DUTY PARTS & EQUIP
PO BOX 66315
BATON ROUGE LA 70896-6315

CREDITOR ID: 399882-84
HEBERT, BENJI
1534 COURT ST
LOT #1
PORT ALLEN LA 70767

CREDITOR ID: 386061-54
HEBERT, DONNA
PO BOX 18482
WEST PALM BEACH, FL 33416

CREDITOR ID: 391259-55
HEBERT, DONNA
C/O: BRIAN F. LABVIOK, P.A.
LABOVICK, LABOVICK & WALD  P.A.
935 MILITARY TRAIL
SUITE 102
JUPITER FL 33458

CREDITOR ID: 385378-54
HEBERT, KATHRYN
2504 MERAUX LN APT C
VIOLET, LA 70092

CREDITOR ID: 390686-55
HEBERT, KATHRYN
C/O ANDRY & ANDRY
ATTN BRETT F WILLIE, ESQ
710 CARONDELET STREET
NEW ORLEANS LA 70130

CREDITOR ID: 387263-54
HEBERT, MARLENE
24639 PECAN PLACE
PLAQUEMINE, LA 70764

CREDITOR ID: 391848-55
HEBERT, MARLENE
C/O JOSEPH W GREENWALD JR ESQ
GREENWALD LAW FIRM LLC
401 MARKET STREET
SHREVEPORT LA 71101

CREDITOR ID: 378307-15
HEBERT, MARLENE A & NOLAN
C/O GREENWALD LAW FIRM LLC
ATTN JOSEPH W GREENWALD JR, ESQ
401 MARKET STREET, SUITE 1200
SHREVEPORT LA 71101

CREDITOR ID: 406743-MS
HEBERT, SHANNON W
17710 CULPS BLUFF
BATON ROUGE LA 70817

CREDITOR ID: 388747-54
HECHEVARRIA, MERCEDES
11225 SW 43 TER
MIAMI FL 33165

CREDITOR ID: 2298-07
HECHT PROPERTIES LTD
C/O SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD., SUITE 8
CORAL GABLES FL 33134-5200

CREDITOR ID: 251423-12
HECHT RUBBER CORP
6161 PHILLIPS HWY
JACKSONVILLE FL 32216-5920

CREDITOR ID: 244600-12
HECKARD, CAROL
1947 TUMBLEWEED DRIVE
HOLIDAY FL 34690

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251425-12<br>HECTOR S SUCO<br>7450 SW 34 STREET<br>MIAMI FL 33155 | CREDITOR ID: 251426-12<br>HEDSTROM CORPORATION<br>36541 TREASURY CENTER<br>CHICAGO, IL 60694-6500 | CREDITOR ID: 404809-95<br>HEDSTROM CORPORATION<br>21200 NETWORK PLACE<br>CHICAGO IL 60673-1212 |
| CREDITOR ID: 251427-12<br>HEEKIN MALIN & WENZEL PA<br>PO BOX 477<br>JACKSONVILLE, FL 32201 | CREDITOR ID: 251428-12<br>HEFCO<br>PO BOX 188<br>ROSWELL GA 30077-0188 | CREDITOR ID: 395513-64<br>HEFFRON, KATHY<br>8742 CAROUSEL PARK CIRCLE<br>CINCINNATI, OH 45251 |
| CREDITOR ID: 406081-15<br>HEFFRON, KATHY<br>C/O NEWMAN & MEEKS<br>ATTN ROBERT B NEWMAN, ESQ<br>617 VINE STRRET, SUITE 1401<br>CINCINNATI OH 45202 | CREDITOR ID: 267562-31<br>HEFLIN ASSOCIATES INC<br>ATTN: WILLIE HEFLIN<br>50 BURNEY ST<br>LINEVILLE AL 36266-4514 | CREDITOR ID: 251429-12<br>HEIDELBERG DIST CO INC<br>1518 DALTON STREET<br>CINCINNATI OH 45214 |
| CREDITOR ID: 406744-MS<br>HEIDENREICH, JERRY<br>3124 BEACON HILL STREET<br>EDMOND OK 73034 | CREDITOR ID: 251430-12<br>HEIDI J BAXTER<br>2210 ANGEL ROAD SE<br>PALM BAY FL 32909 | CREDITOR ID: 251432-12<br>HEIDI M DODGE<br>109 HIGHWAY 313<br>COLUMBIANA AL 35051 |
| CREDITOR ID: 406745-MS<br>HEIER, WAYNE J.<br>8705 STEAMBOAT LANE<br>RIVER RIDGE LA 70123 | CREDITOR ID: 389232-54<br>HEIL, STEVE<br>9407 OLD 3RD ST ROAD<br>LOUISVILLE KY 40272 | CREDITOR ID: 393074-55<br>HEIL, STEVE<br>C/O: WAYNE DAUB<br>ATTORNEY AT LAW<br>200 HART BLOCK BUILDING<br>730 W. MAIN STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 384098-47<br>HEILMAN, DOROTHY<br>3 WILKSBORO PLACE<br>PALM COAST, FL 32164 | CREDITOR ID: 385903-54<br>HEIMAN, TERRIE<br>C/O LAW OFFICE OF JOEL & ASSOCIATES<br>ATTN ANGELA MALONEY<br>ATTN W A WILLIAMS, ESQ<br>1753 PEACHTREE STREET<br>ATLANTA GA 30309 | CREDITOR ID: 391145-55<br>HEIMAN, TERRIE<br>C/O: KELLI FLANIGAN (CASE MANAGER)<br>JOEL & ASSOCIATES<br>1753 PEACHTREE ST.<br>ATLANTA GA 30309 |
| CREDITOR ID: 388728-54<br>HEINE, GRADY<br>3378 AMY ST<br>PAULINA LA 70763 | CREDITOR ID: 375196-44<br>HEINEMANNS BAKERIES<br>36415 TREASURY CENTER<br>CHICAGO, IL 60694-6400 | CREDITOR ID: 251433-12<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 279137-33<br>HEINEMANNS, INC.<br>C/O ARNSTEIN & LEHR LLP<br>ATTN:  KONSTANTINOS ARMIROS<br>120 SOUTH RIVERSIDE PLAZA, STE 1200<br>CHICAGO IL 60606-3910 | CREDITOR ID: 241978-12<br>HEINKEL, ALLEN E<br>3214 25TH STREET SW<br>LEHIGH FL 33971 | CREDITOR ID: 406746-MS<br>HEINRICH JR., EDWIN P.<br>7016 BROOKVALE RD.<br>FT. WORTH TX 76132 |
| CREDITOR ID: 251434-12<br>HEINTZELMANS TRUCK CT.<br>2424 N JOHN YOUNG PKY<br>ORLANDO FL 32804-4106 | CREDITOR ID: 404811-95<br>HEINZ FROZEN FOOD CO<br>ACOSTA SALEA<br>5650 BRECKENRIDGE PK DR SUITE 301<br>ATTN JOANN PARRISH<br>TAMPA FL 33610 | CREDITOR ID: 251435-12<br>HEINZ FROZEN FOOD CO<br>DEPT AT 40076<br>ATLANTA, GA 31192-0076 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403461-99<br>HEINZ FROZEN FOOD DIV OF HJ HEINZ C<br>C/O LAW OFFICES OF KEATON & ASSOC<br>ATTN: MARY E GARDNER<br>1278 WEST NORTHWEST HWY, STE 903<br>PALATINE IL 6067 | CREDITOR ID: 381891-30<br>HEINZ NORTH AMERICA<br>ATTN: ALEX KALEIDA<br>HEINZ 57 CENTER<br>357 6TH AVENUE<br>PITTSBURGH PA 15222-2530 | CREDITOR ID: 404812-95<br>HEINZ NORTH AMERICA<br>ACOSTA SALES<br>5650 BRECKENRIDGE PK DR SUITE 301<br>ATTN JOANN PARRISH<br>TAMPA FL 33610 |
| CREDITOR ID: 251436-12<br>HEINZ NORTH AMERICA<br>PO BOX 371605<br>PITTSBURGH, PA 15251-7605 | CREDITOR ID: 387478-54<br>HEISHMAN, REBECCA<br>2000 BRENT PLACE<br>PALM HARBOR FL 34683 | CREDITOR ID: 387478-54<br>HEISHMAN, REBECCA<br>C/O JOHNSON GILBERT & ROMARIK, PA<br>ATTN FRANK JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 |
| CREDITOR ID: 392003-55<br>HEISHMAN, REBECCA<br>C/O: FRANK R. JOHNSON, ESQ.<br>JOHNSON, GILBERT & ROMARIK, P.A.<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176-6665 | CREDITOR ID: 269239-16<br>HELD, EDWIN W JR<br>FISCHETTE, OWEN, ET AL<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE, FL 32207-9073 | CREDITOR ID: 251437-12<br>HELEN B KNIGHT<br>3013 BAYOU ROAD<br>ST BERNARD LA 70085 |
| CREDITOR ID: 251438-12<br>HELEN BALAS<br>4657 MAPLE STREET<br>MACCLENNY FL 32063 | CREDITOR ID: 251439-12<br>HELEN C HEMBREE<br>253 NANCY DRIVE<br>HARTWELL GA 30643 | CREDITOR ID: 251440-12<br>HELEN COX JR HIGH SCHOOL<br>2200 LAPALCO<br>HARVEY, LA 70058 |
| CREDITOR ID: 251441-12<br>HELEN E BURRIS CHAPTER 13 TRUSTEE<br>PO BOX 1757<br>MEMPHIS, TN 38101-1757 | CREDITOR ID: 251442-12<br>HELEN G SMITH<br>214 JEFFERSON STREET<br>LAGRANGE GA 30240 | CREDITOR ID: 251444-12<br>HELEN HENDERSON<br>128 LAMAR STREET<br>LUCEDALE MS 39452 |
| CREDITOR ID: 251445-12<br>HELEN HENDRICKS<br>173 ETHARIDGE DRIVE<br>PRINCETON KY 42445 | CREDITOR ID: 251446-12<br>HELEN HENRY<br>809 MT OLIVE CHURCH ROAD<br>NEWTON NC 28658 | CREDITOR ID: 251447-12<br>HELEN P PARRISH TRUSTEE<br>PO BOX 791119<br>BALTIMORE MD 21279-1119 |
| CREDITOR ID: 251448-12<br>HELEN R HULON<br>207 OLD ROCKWELL RD<br>CHINA GROVE NC 28023 | CREDITOR ID: 251449-12<br>HELEN V GOLDEN<br>PO BOX 5483<br>COLUMBUS GA 31906 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>III RIVERCHASE OFFICE PLAZA STE 102<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 251451-12<br>HELENA MARKETPLACE LLC<br>III RIVERCHASE OFFICE PLAZA STE 102<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 252787-12<br>HELGESTAD, JASON<br>4163 REDUAK LANE<br>IRONSTATION NC 28080 | CREDITOR ID: 251453-12<br>HELIUM EXPRESS, INC.<br>1211 STATE STREET<br>NEW ALBANY IN 47150 |
| CREDITOR ID: 389553-54<br>HELLAWELL, IRENE<br>360 RUTH JENNINGS DRIVE<br>DEBARY, FL 32713 | CREDITOR ID: 393225-55<br>HELLAWELL, IRENE<br>C/O: MARK A. ZIMMERMAN<br>JAMES & ZIMMERMAN<br>431 EAST NEW YORK AVE<br>PO BOX 208<br>DELAND FL 32721-0208 | CREDITOR ID: 278896-30<br>HELLER BROS<br>PO BOX 770249<br>WINTER GARDEN, FL 34777-0249 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264374-12<br>HELLERSTEIN, WALTER<br>UNIVERSITY OF GEORGIA LAW SCHOOL<br>HERTY DRIVE<br>ATHENS, GA 30602-6012 | CREDITOR ID: 251455-12<br>HELLO DIRECT INC<br>DEPT CH 17200<br>PALATINE IL 60055-7200 | CREDITOR ID: 384160-47<br>HELMAC PRODUCTS CORP<br>P O BOX 931621<br>ATLANTA, GA 31193-1621 |
| CREDITOR ID: 251456-12<br>HELMAC PRODUCTS CORP<br>3440 PRESTON RIDGE, SUITE 650<br>ALPHARETTA, GA 30005 | CREDITOR ID: 251457-12<br>HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36104-1149 | CREDITOR ID: 394271-56<br>HELMS, CAROL<br>2471 21ST STREET<br>SARASOTA FL 34234 |
| CREDITOR ID: 385697-54<br>HELMS, CHRISTINE<br>1314 ROLLINS AVE<br>CHARLOTTE, NC 28205 | CREDITOR ID: 390978-55<br>HELMS, CHRISTINE<br>C/O THE OLIVE LAW FIRM, PA<br>ATTN LEE OLIVE, ESQ<br>200 QUEENS RD.<br>SUITE 200<br>CHARLOTTE NC 28204 | CREDITOR ID: 240827-10<br>HELMS, CLIFF<br>NOL DIV<br>160 RIVER OAKS DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 386323-54<br>HELMS, CYNTHIA<br>119 HARRIS FARMS ROAD<br>MOORESVILLE NC 28115 | CREDITOR ID: 391422-55<br>HELMS, CYNTHIA<br>C/O: BEN THOMAS<br>THOMAS, GODLEY, & CHILDERS. PA<br>525 NORTH TYRON ST<br>CHARLOTTE NC 28202 | CREDITOR ID: 406747-MS<br>HELMS, NORMAN C<br>160 RIVER OAKS DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 251458-12<br>HELP AIR CONDITIONING & HEATING SVC<br>1309 DEALERS AVENUE<br>NEW ORLEANS LA 70123 | CREDITOR ID: 251459-12<br>HELP DESK INSTITUTE<br>6385 CORPORATE DR   STE 301<br>COLORADO SPRINGS, CO 80919 | CREDITOR ID: 251460-12<br>HELPING HANDS OUTREACH ORGANIZATION<br>6624 E ABERDEEN DRIVE<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 267563-31<br>HELPING KIDS COPE INC<br>ATTN: JENNIFER F DOZIER<br>341 FIELDCREST DR<br>NASHVILLE TN 37211-4365 | CREDITOR ID: 386915-54<br>HELTON, DENISE<br>505 LOUIS PIERNAS DR.<br>BAY SAINT LOUIS MS 39520 | CREDITOR ID: 382021-36<br>HELUVA GOOD LLC<br>ATTN JAMES F JULIAN<br>6551 PRATT RD<br>PO BOX 410<br>SODUS NY 14551 |
| CREDITOR ID: 251461-12<br>HELUVA GOOD LLC<br>PO BOX 8500-52893<br>PHILADELPHIA, PA 19178-2893 | CREDITOR ID: 404813-95<br>HELUVA GOOD LLC<br>PO BOX 410<br>SODUS NY 14551 | CREDITOR ID: 391757-55<br>HEMBY, MERLE<br>C/O DAVID S VAN EVERY LAW OFFICES<br>ATTN DAVID S VAN EVERY, ESQ<br>PO BOX 761<br>COLUMBUS MS 39703 |
| CREDITOR ID: 251462-12<br>HEMPHILL SERVICES INC<br>PO BOX 698<br>PLEASANT GROVE, AL 35127 | CREDITOR ID: 388066-54<br>HEN, MARGARITA<br>8524 SW 92ND STREET, SUITE B9<br>MIAMI, FL 33156 | CREDITOR ID: 392334-55<br>HEN, MARGARITA<br>C/O: SHARON L. AZOULAY<br>MARTIN & AZOULAY LLC<br>8525 SW 92ND STREET<br>STE B-9<br>MIAMI FL 33156 |
| CREDITOR ID: 386398-54<br>HENDERSHOT, JOHN<br>3524 SOUTH DRIVE<br>FT.WORTH TX 76109 | CREDITOR ID: 406192-99<br>HENDERSON CORPORATION<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA M LAFLEUR<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 251463-12<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK, FL 32790 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 2299-07
HENDERSON CORPORATION
PO BOX 150
WINTER PARK, FL 32790

CREDITOR ID: 317830-42
HENDERSON COUNTY TAX COLLECTOR
200 N GROVE ST STE 66
HENDERSONVILLE NC 28792-5027

CREDITOR ID: 382655-51
HENDERSON DAILY DISPATCH
304 S. CHESTNUT STREET
HENDERSON, NC 27536

CREDITOR ID: 251464-12
HENDERSON PLUMBING & MECH CONT
105 SPRUCE ST
UNION SC 29379-1548

CREDITOR ID: 406748-MS
HENDERSON SR., PHILLIP
118 MALLARD RD.
MELROSE FL 32666

CREDITOR ID: 388125-54
HENDERSON, ADDISO
5500 S. FREEWAY
FORT WORTH TX 76115

CREDITOR ID: 243354-12
HENDERSON, BERNICE R
500 W COUNTYLINE ROAD
AA BRANCH HOUSE 1
TOUGALOO MS 39174

CREDITOR ID: 243412-12
HENDERSON, BETTIE SHAW
7905 BRAMBLE WOOD DRIVE
APT 2-B
LANSING MI 48917

CREDITOR ID: 389619-54
HENDERSON, DAVID
829 WELLINGTON WAY
MADISON, MS 39110

CREDITOR ID: 385609-54
HENDERSON, JACKIE
531 AZALEA ST
HINESVILLE, GA 31313

CREDITOR ID: 390900-55
HENDERSON, JACKIE
C/O ARNOLD STAFFORD RANDOLPH ET AL
ATTN MALCOLM G SCHAEFER, ESQ
PO BOX 339
HINESVILLE GA 31310

CREDITOR ID: 252648-12
HENDERSON, JAMES
12729 LYTER LANE
FAIRHOPE, AL 36532

CREDITOR ID: 315852-40
HENDERSON, JAMES S
PO BOX 9909
GREENWOOD, MS 38930-1757

CREDITOR ID: 385895-54
HENDERSON, JARVEZ J (MINOR)
1938 WINGFIELD CIRCLE
JACKSON, MS 39209

CREDITOR ID: 391138-55
HENDERSON, JARVEZ J (MINOR)
C/O: JASON K. MERCHANT, ESQUIRE
MERCHANT LAW FIRM, P.A.
POST OFFICE BOX 22826
JACKSON MS 39225

CREDITOR ID: 393143-55
HENDERSON, LATONYA
C/O: JOHN D. MCMAHAN
MCMAHAN LAW FIRM
323 HIGH STREET
CHATTANOOGA TN 37403

CREDITOR ID: 399519-82
HENDERSON, LATONYA R.
4520 DELASHMITT RD. #106
HIXSON  TN 37343

CREDITOR ID: 406749-MS
HENDERSON, LUTHER S.
1004 W. LAKE MARION ROAD
HAINES CITY FL 33844

CREDITOR ID: 389970-54
HENDERSON, MADLYN
P.O. BOX 1664
INTERLACHEN FL 32148

CREDITOR ID: 400389-85
HENDERSON, PAULINE
C/O PAUL R. CAVONIS, ESQUIRE
DELOACH & HOFSTRA, P.A.
8640 SEMINOLE BOULEVARD
P.O. BOX 3390
SEMINOLE FL 33775

CREDITOR ID: 394205-56
HENDERSON, PAULINE
1008 3RD AVE SW
LARGO, FL 33770

CREDITOR ID: 394778-57
HENDERSON, PAULINE
C/O DE LOACH & HOSTRA, PA
ATTN PAUL R CAVONIS, ESQ
8640 SEMINOLE BOULEVARD
PO BOX 3390
SEMINOLE FL 33775

CREDITOR ID: 260984-12
HENDERSON, SHIRLEY
PO BOX 339
SANDY SPRINGS, SC 29677

CREDITOR ID: 388656-54
HENDERSON, VETINA
7301 E. BRAINERD ROAD
APT. E-14
CHATTANOOGA TN 37421

CREDITOR ID: 392705-55
HENDERSON, VETINA
C/O: GARY STARNES
ATTORNEY AT LAW
736 GEPRGOA AVEMIE
SUITE 404
CHATTANOOGA TN 37402

CREDITOR ID: 387750-54
HENDERSON, WILLIAM
14899 AGUILA AVENUE
FORT PIERCE FL 34951

CREDITOR ID: 392103-55
HENDERSON, WILLIAM
C/O: KEITH PALLO, ESQ.
PALLO & ASSOC
4800 RIVERSIDE DRIVE, STE. 101
PALM BEACH GDNS FL 33410

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265142-12<br>HENDERSON, YVONNE R<br>149 CYPRESS CT<br>GRAY, LA 70359 | CREDITOR ID: 407420-15<br>HENDERSONVILLE TIMES NEWS<br>C/O TIMES-NEWS<br>ATTN GEORGE BAYLOR, CR MGR<br>PO BOX 490<br>HENDERSONVILLE NC 28793 | CREDITOR ID: 404814-95<br>HENDERSONVILLE TIMES NEWS<br>PO BOX 490<br>HENDERSONVILLE NC 28793 |
| CREDITOR ID: 251466-12<br>HENDERSONVILLE TIMES NEWS<br>ATTN GEORGE L BAYLOR, CREDIT MGR<br>PO BOX 31564<br>TAMPA, FL 33631-3564 | CREDITOR ID: 382656-51<br>HENDERSONVILLE TIMES-NEWS<br>1717 FOUR SEASONS BLVD<br>HENDERSONVILLE, NC 28793 | CREDITOR ID: 251467-12<br>HENDERSONVILLE TIRE CO<br>PO BOX 1430<br>HENDERSONVILLE, NC 28793-1430 |
| CREDITOR ID: 243510-12<br>HENDLEY, BILL<br>133 SHANK STREET<br>HENDERSON, NC 27536 | CREDITOR ID: 387812-54<br>HENDRICKSON, SCOTT<br>PO BOX 7848<br>GULF SHORES, AL 36547 | CREDITOR ID: 392138-55<br>HENDRICKSON, SCOTT<br>C/O: JAMES D. PATTERSON<br>EARL P. UNDERWOOD<br>PO BOX 969<br>FAIRHOPE AL 36533 |
| CREDITOR ID: 400164-86<br>HENDRIETH, TAMIKO<br>725 SOUTH MADISON STREET<br>QUINCY  FL 32351 | CREDITOR ID: 405878-93<br>HENDRIKS, SHIRLEY P<br>112 WOODRIDGE LANE<br>OAK RIDGE TN 37830-8242 | CREDITOR ID: 251469-12<br>HENDRIX SERVICE & EQUIPMENT<br>PO BOX 642<br>BAXLEY, GA 31515-0642 |
| CREDITOR ID: 406750-MS<br>HENDRIX, ALAN<br>3005 MANOR COURT N<br>DENTON TX 76205 | CREDITOR ID: 389994-54<br>HENDRIX, CHRIS<br>4917 BRADLEY LANE<br>ARLINGTON TX 76017 | CREDITOR ID: 247747-12<br>HENDRY, DAWN<br>1141 SW 12TH AVENUE<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 404816-95<br>HENGXING NORTH AMERICA INC<br>201 COMMERCIAL AVE #4<br>PALISADES PARK NJ 07650 | CREDITOR ID: 251472-12<br>HENGXING NORTH AMERICA, INC<br>ATTN WANG FENGSHENG, VP<br>172 BARON LANE<br>EAST BRUNSWICK, NJ 08816 | CREDITOR ID: 251473-12<br>HENKEL ADHESIVE CORP<br>PO BOX 752112<br>CHARLOTTE, NC 28275 |
| CREDITOR ID: 279372-36<br>HENKEL CONSUMER ADHESIVES<br>C/O DAVE WIENGANDT<br>32150 JUST IMAGINE DR.<br>AVON  OH 44011 | CREDITOR ID: 404817-95<br>HENKEL CONSUMER ADHESIVES INC<br>32150 JUST IMAGINE DRIVE<br>AVON OH 44011 | CREDITOR ID: 251474-12<br>HENKEL CONSUMER ADHESIVES INC<br>PO BOX 752112<br>CHARLOTTE, NC 28275 |
| CREDITOR ID: 251475-12<br>HENLEY LOTTERHOS & HENLEY PLLC<br>PO BOX 389<br>JACKSON, MS 39205-0389 | CREDITOR ID: 1491-07<br>HENLEY, JOHN T. ET AL<br>C/O HAMPTON DEVELOPMENT CO.<br>ATTN: MR. GOODE<br>GREENVILLE SC 29616 | CREDITOR ID: 2338-07<br>HENLEY, JOHN T. ET AL<br>3736 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 |
| CREDITOR ID: 387914-54<br>HENLEY, QUANTISHA<br>13870 SW 268TH ST<br>APT 204<br>NARANJA, FL 33032 | CREDITOR ID: 392198-55<br>HENLEY, QUANTISHA<br>C/O: HERMAN M. KLEMICK, ESQUIRE<br>LAW OFFICES OF KLEMICK & GAMPEL, P.A.<br>1953 S. W. 27TH AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 251476-12<br>HENNESSEY CAPITAL LLC<br>PO BOX 67000<br>DEPT #261701<br>DETROIT, MI 48267-2617 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                        CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 251477-12<br>HENNINGSEN COLD STORAGE<br>PO BOX 4000<br>MAIL STOP 32<br>PORTLAND, OR 97208 | CREDITOR ID: 251478-12<br>HENRICO COUNTY TREASURER<br>PO BOX 26487<br>DEPARTMENT OF FINANCE<br>PROPERTY TAX<br>RICHMOND VA 23261-6487 | CREDITOR ID: 251479-12<br>HENRICO DOCTORS HOSPITAL<br>PO BOX 402478<br>ATLANTA GA 30384 |
| CREDITOR ID: 251480-12<br>HENRIETTA BURRIS<br>1228 CHERRYVALE DRIVE<br>SUMTER SC 29150 | CREDITOR ID: 251481-12<br>HENRIETTA CABLE<br>1102 VISTA TERRACE DRIVE<br>MONTGOMERY AL 36110 | CREDITOR ID: 251482-12<br>HENRIETTA HAGENBAUGH<br>150 S ROSSMORE AVENUE<br>LOS ANGELES CA 90004 |
| CREDITOR ID: 251483-12<br>HENRY CLIBURN<br>695 DOROTHY LANE<br>JACKSON MS 39272 | CREDITOR ID: 375204-44<br>HENRY COUNTY COMMISSIONER OF THE REVENUE<br>P O BOX 1077<br>COLLINSVILLE, VA 24078 | CREDITOR ID: 251486-12<br>HENRY COUNTY PUBLIC SRVC AUTHRTY<br>ATTN BENNY SUMMERAL, GEN MGR<br>PO BOX 69<br>COLLINSVILLE VA 24078 |
| CREDITOR ID: 381616-47<br>HENRY COUNTY RECORD<br>C/O LARRY STANFORD<br>220 COVINGTON STREET<br>MCDONOUGH, GA 30253 | CREDITOR ID: 317838-42<br>HENRY COUNTY TREASURER<br>PO BOX 218<br>COLLINSVILLE, VA 24078-0218 | CREDITOR ID: 251490-12<br>HENRY COUNTY WATER & SEWERAGE AUTH<br>1695 HWY 20 W<br>MCDONOUGH GA 30253-9029 |
| CREDITOR ID: 381249-47<br>HENRY COUNTY WATER AND SEWERAGE AUTH<br>533 HAMPTON ROAD<br>MCDONOUGH, GA 30253 | CREDITOR ID: 251491-12<br>HENRY D DEFIELDS<br>503 HORSE HOUSE RD<br>COWARD SC 29530-5072 | CREDITOR ID: 251492-12<br>HENRY FORD JUNIOR HIGH<br>435 S JAMIE BLVD<br>WESTWEGO, LA 70094 |
| CREDITOR ID: 267564-31<br>HENRY FORK WASTE TRTMNT FCILTY<br>ATTN: JAMES KIRBY<br>4014 RIVER RD<br>HICKORY NC 28602-9152 | CREDITOR ID: 251493-12<br>HENRY HOLLAND<br>9849 RIDGECREEK ROAD<br>BOCARATON FL 33496 | CREDITOR ID: 251494-12<br>HENRY JAMES BAR B QUE<br>11246 N MAIN STREET<br>SUITE 202<br>ARCHDALE NC 27263 |
| CREDITOR ID: 251495-12<br>HENRY KRONBACH FLORIDA TIMES UNION<br>PO BOX 1897<br>YULEE FL 32041 | CREDITOR ID: 251496-12<br>HENRY OCCUPATIONAL MEDICINE<br>PO BOX 2495<br>MCDONOUGH, GA 30253-1736 | CREDITOR ID: 381149-47<br>HENRY, CATHERINE P<br>6825 SW 45 LANE, UNIT 3<br>MIAMI, FL 33155 |
| CREDITOR ID: 406751-MS<br>HENRY, DAVID F<br>129 NATURES WAY<br>PONTE VEDRA BEACH FL 32082-4617 | CREDITOR ID: 395396-64<br>HENRY, DAVID F.<br>192 NATURES WAY<br>PONTE VEDRA BEACH, FL 32080 | CREDITOR ID: 402667-89<br>HENRY, JOHN<br>2030 BEACH AVE.<br>ATLANTIC BEACH FL 32233 |
| CREDITOR ID: 406752-MS<br>HENRY, JOHN<br>1609 REGATTA DR<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 393267-55<br>HENRY, SAMUEL D<br>C/O EARL M JOHNSON JR, ESQ<br>200 WEST FORSYTH STREET, SUITE 1401<br>JACKSONVILLE FL 32202 | CREDITOR ID: 389602-54<br>HENRY, SAMUEL D<br>1379 DOMAS DRIVE<br>JACKSONVILLE, FL 32211 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407635-15<br>HENRY, WILLIAM J<br>15111 W 143RD TERR<br>OLATHE KS 66062 | CREDITOR ID: 251497-12<br>HENRY'S LOCK & KEY SERVICE INC<br>PO BOX 0280<br>704B SEABOARD ST<br>MYRTLE BEACH SC 29578-0280 | CREDITOR ID: 251498-12<br>HENSCHEL STEINAU INC<br>300 GRAND AVE<br>ENGLEWOOD NJ 07631 |
| CREDITOR ID: 315692-36<br>HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN: ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | CREDITOR ID: 389807-54<br>HENSLER, DAVID<br>4732 CORONADO WAY SOUTH<br>GULFPORT FL 33707 | CREDITOR ID: 386955-54<br>HENSLEY, HARRY<br>19393 AIRPORT RD<br>ANDALUSIA AL 36421 |
| CREDITOR ID: 385693-54<br>HENSON, DAW JR<br>PO BOX 563<br>BARBOURVILLE, KY 40906 | CREDITOR ID: 390974-55<br>HENSON, DAW JR<br>C/O: D. RANDALL JEWELL, ESQ.<br>JEWELL LAW FIRM<br>P.O. DRAWER 670<br>BARBOURVILLE KY 40906 | CREDITOR ID: 249158-12<br>HENSON, ESTATE OF DEXTER<br>3132 OLD HICKORY TR<br>FORT WORTH, TX 76140 |
| CREDITOR ID: 250638-12<br>HENTZ, GLENN<br>1525 CR 85<br>COFFEEVILLE, MS 38922 | CREDITOR ID: 269299-16<br>HENZEL, MARC S.<br>LAW OFFICES OF MARC S. HENZEL<br>273 MONTGOMERY AVENUE<br>SUITE 202<br>BALA CYNWYD, PA 19004 | CREDITOR ID: 393070-55<br>HEPPELL, ROBERT S<br>C/O: LARRY GOLDSTEIN, ESQ.<br>7601 38TH AVE. NORTH<br>ST. PETERSBURG FL 33710 |
| CREDITOR ID: 389226-54<br>HEPPELL, ROBERT S<br>7600 38 AVE N<br>ST PETERSBURG FL 33710 | CREDITOR ID: 251499-12<br>HERALD<br>PO BOX 11707<br>W MAIN STREET<br>ROCK HILL, SC 29731 | CREDITOR ID: 251501-12<br>HERALD<br>PO BOX 1288<br>DILLION SC 29536 |
| CREDITOR ID: 251502-12<br>HERALD - TRIBUNE<br>PO BOX 911364<br>ORLANDO, FL 32891-1364 | CREDITOR ID: 251503-12<br>HERALD ADVOCATE PUBLISHING CO<br>ATTN DENISE MOYE<br>PO BOX 338<br>WAUCHULA, FL 33873-0338 | CREDITOR ID: 251504-12<br>HERALD LEADER<br>PO BOX 40<br>FITZGERALD, GA 31750-0040 |
| CREDITOR ID: 262828-12<br>HERALD LEADER, THE<br>ATTN: TIM ANDERSON, PUBLISHER<br>PO BOX 40<br>FITZGERALD, GA 31750 | CREDITOR ID: 251506-12<br>HERALD LEDGER<br>PO BOX 747<br>EDDYVILLE KY 42038 | CREDITOR ID: 251505-12<br>HERALD LEDGER<br>PO BOX 1250<br>PADUCAH, KY 42002 |
| CREDITOR ID: 251507-12<br>HERALD SUN PAPERS<br>PO BOX 2092<br>DURHAM, NC 27702-2092 | CREDITOR ID: 381037-47<br>HERALD, THE<br>PO BOX 921<br>BRADENTON, FL 34206-0921 | CREDITOR ID: 262827-12<br>HERALD, THE<br>ATTN ELIZABETH WILLIAMS<br>PO BOX 2242<br>RALEIGH, NC 27602-2242 |
| CREDITOR ID: 404045-15<br>HERALD-JOURNAL<br>ATTN GEORGE L BAYLOR<br>189 W MAIN ST<br>SPARTANBURG SC 29306 | CREDITOR ID: 251508-12<br>HERB DANIELS TRUCK & AUTO CENTER<br>486 N WASHINGTON AVE<br>TITUSVILLE FL 32796 | CREDITOR ID: 251509-12<br>HERB FAYER<br>774 TUXEDO TERRACE<br>SEBASTIAN FL 32958 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 381146-47
HERBERT ERDHEIM
7667 GRANVILLE DRIVE
TARAMAC, FL 33321

CREDITOR ID: 251511-12
HERBERT N VAN DYKE
1520 16TH CIRCLE SE
LARGO FL 33771

CREDITOR ID: 381069-47
HERBERT S HILLER CORPORATION
ATTN GEORGE SONIAT, CR MGR
PO BOX 91508
MOBILE, AL 36691-1508

CREDITOR ID: 278482-24
HERBERT SINGER
C/O BEN FITZGERALD REAL
ESTATE SERVICES LLC
1300 PINECREST DRIVE EAST
MARSHALL TX 75670

CREDITOR ID: 251512-12
HERBERT SINGER
11731 CHAPARAL STREET
LOS ANGELES CA 90049

CREDITOR ID: 262829-12
HERBERT STANLEY CO, THE
38617 EAGLE WAY
CHICAGO, IL 60678

CREDITOR ID: 251513-12
HERBERT TURNER
515 9TH STREET SW
LIVE OAK FL 32064

CREDITOR ID: 386367-54
HERBERT, LYNN
1535 EUKA MILL RD
KEYSVILLE VA 23947

CREDITOR ID: 391451-55
HERBERT, LYNN
C/O: ROBERT FLAX
ATTORNEY AT LAW
8 S. SHEPPARD STREET
RICHMOND VA 23219

CREDITOR ID: 404820-95
HERBONICS INC
PO BOX 901506
HOMESTEAD FL 33090-1506

CREDITOR ID: 251514-12
HERBONICS INC
20025 SW 270TH STREET
HOMESTEAD, FL 33031

CREDITOR ID: 385760-54
HEREZI, CHEYENNE
2813 PRIMROSE CT
ORLANDO, FL 32803

CREDITOR ID: 391034-55
HEREZI, CHEYENNE
C/O: FRANK VERDI
LAW OFFICES OF FRANK VERDI
12958 N. DALE MABRY HWY.
TAMPA FL 33618

CREDITOR ID: 387823-54
HERGENROETHER, MYRNA
3309 OVER CREEK COURT
MIDLOTHIAN VA 23112

CREDITOR ID: 386576-54
HERGENROEYHER, MYRNA
3309 OVERCREEK LANE
MIDLOTHIAN VA 23112

CREDITOR ID: 397091-67
HERITAGE BANK, THE
ATTN: BRANCH ADMINISTRATOR SVP
PO BOX 1009
HINESVILLE, GA 31310

CREDITOR ID: 251515-12
HERITAGE BRANDS INSIGHT
PHARMACEUTICALS
ATTN:  CREDIT DEPT
246 FEDERAL RD  STE CL41
BROOKFIELD CT 06804

CREDITOR ID: 380961-47
HERITAGE BRANDS INSIGHT PHARMACEUTICALS
246 FEDERAL RD  STE CL41
ATTN:  CREDIT DEPT
BROOKFIELD, CT 06804

CREDITOR ID: 384162-47
HERITAGE BRANDS INSIGHT PHARMACEUTICALS
ATTN IRENE T MORRIS, A/R MGR
550 TOWNSHIP LINE ROAD
BLUE BELL PA 19422-2726

CREDITOR ID: 251516-12
HERITAGE BUILDERS
1015 CHESTNUT STREET
BOWLING GREEN KY 42101-2609

CREDITOR ID: 251517-12
HERITAGE COMMUNITY BANK
19540 VALDOSTA HIGHWAY
VALDOSTA, GA 31602

CREDITOR ID: 1423-07
HERITAGE COMMUNITY BANK
19540 VALDOSTA HIGHWAY
VALDOSTA, GA 31602

CREDITOR ID: 375211-44
HERITAGE CONSUMBER PRODUCTS
PO BOX 3943
BOSTON, MA 02241-3943

CREDITOR ID: 2300-07
HERITAGE CROSSING ASSOCIATES
PO BOX 18706
RALEIGH, NC 27619-8706

CREDITOR ID: 251519-12
HERITAGE CRYSTAL CLEAN
PO BOX 68123
INDIANAPOLIS IN 46268

CREDITOR ID: 251520-12
HERITAGE FOOD SERVICE EQUIPMENT
PO BOX 8710
FORT WAYNE IN 46898-8710

CREDITOR ID: 251521-12
HERITAGE FOODS
PO BOX 54720
LOS ANGELES, CA 90054-0720

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406299-15<br>HERITAGE FOODS LLC<br>ATTN JACK P NOENICKX, VP<br>4002 WEST WESTMINSTER<br>SANTA ANA CA 92703 | CREDITOR ID: 267565-31<br>HERITAGE FOUND OF FRANK CTY<br>ATTN: MARY PEARCE<br>HISTORIC PO AT FIVE PINTS<br>FRANKLIN TN 37064 | CREDITOR ID: 315674-36<br>HERITAGE MINT LTD<br>C/O JEFF OR CRAIG WRIGHT<br>PO BOX 13760<br>SCOTTSDALE AZ 85267 |
| CREDITOR ID: 315674-36<br>HERITAGE MINT LTD<br>C/O LANG & BAKER, PLC<br>ATTN SUZANNE WEATHERMON, ESQ<br>8233 VIA PASEO DEL NORTE, STE C-100<br>SCOTTSDALE AZ 85258 | CREDITOR ID: 251522-12<br>HERITAGE MINT LTD<br>ATTN: MARY GRANT<br>PO BOX 13750<br>SCOTTSDALE, AZ 85267-3750 | CREDITOR ID: 406224-G4<br>HERITAGE MINT, LTD<br>8241 EAST GELDING DRIVE<br>SCOTTSDALE AZ 85260 |
| CREDITOR ID: 1425-07<br>HERITAGE PROP INVESTMENT LTD P<br>GROUP #37 - #03721781<br>PO BOX 3165<br>BOSTON, MA 02241-3165 | CREDITOR ID: 375212-44<br>HERITAGE PROP INVESTMENT LTD PARTNERSHIP<br>P O BOX 3165  GROUP # 37<br># 03721781<br>BOSTON, MA 02241-3165 | CREDITOR ID: 2301-07<br>HERITAGE PROP. INVEST. LIMITED PAR<br>C/O HERITAGE REALTY MANAGEMENT<br>131 DARTMOUTH STREET<br>BOSTON MA 02116-5134 |
| CREDITOR ID: 251530-12<br>HERITAGE PROPANE<br>PO BOX 6<br>HICKORY NC 28603 | CREDITOR ID: 455-03<br>HERITAGE PROPANE<br>1548 STATE ROAD 44 WEST<br>LEESBURG FL 34748-8705 | CREDITOR ID: 251529-12<br>HERITAGE PROPANE<br>9307 BACHMAN RD<br>ORLANDO, FL 32824 |
| CREDITOR ID: 251527-12<br>HERITAGE PROPANE<br>605 S HIGHLAND<br>MOUNT DORA, FL 32757 | CREDITOR ID: 251526-12<br>HERITAGE PROPANE<br>3817 S TRYON STREET<br>CHARLOTTE, NC 28217 | CREDITOR ID: 251525-12<br>HERITAGE PROPANE<br>ATTN CHRIS LEE, DIST MGR<br>2730 W STATE RD 46<br>SANFORD, FL 32771 |
| CREDITOR ID: 251524-12<br>HERITAGE PROPANE<br>13800 62ND STREET NORTH<br>CLEARWATER, FL 33760-3620 | CREDITOR ID: 251528-12<br>HERITAGE PROPANE<br>7 OLD KINGS ROAD NORTH, SUITE 12<br>PALM COAST, FL 32137 | CREDITOR ID: 251531-12<br>HERITAGE PROPERTY INVESTMENT TRUST<br>8318 PINEVILLE MATTHEWS ROAD<br>SUITE 266<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 251532-12<br>HERITAGE PUBLISHING INC<br>7563 PHILLIPS HIGHWAY<br>BUILDING 100 SUITE 110<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 1426-07<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN, MA 01815 | CREDITOR ID: 251533-12<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN, MA 01815 |
| CREDITOR ID: 2302-RJ<br>HERITAGE SQUARE ASSOC<br>3 PALL MALL PLACE<br>GREENSBORO, NC 27455 | CREDITOR ID: 278483-24<br>HERITAGE SQUARE ASSOCIATES<br>112 N. MAIN STREET<br>DURHAM NC 27702 | CREDITOR ID: 278637-24<br>HERITAGE SQUARE ASSOCIATES<br>NCNB-NATIONAL BANK OF NC<br>ATTN: LOAN ADMINISTRATION<br>1630 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20009 |
| CREDITOR ID: 251535-12<br>HERITAGE TECO PROPANE<br>605 S HIGHLAND STREET<br>MT DORA, FL 32757 | CREDITOR ID: 251536-12<br>HERMAN CLARK & MARY ALICE CLARK<br>933 RIDGE AVENUE N W<br>ATLANTA GA 30318-8307 | CREDITOR ID: 251537-12<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 |

**SERVICE LIST**

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 387933-54
HERMANSON, PAULINE
3088 WESTLAND ROAD
BROOKSVILLE, FL 34601

CREDITOR ID: 392216-55
HERMANSON, PAULINE
C/O: CATHRYN L. CROWLEY
REZENDES & TREZISE
BATTERYMARCH PARK II
QUINCY MA 02169

CREDITOR ID: 389068-54
HERNANDEZ, ANNA
445 FOUNTAIN CIRCLE APT# 260
KISSIMEE, FL 34741

CREDITOR ID: 392965-55
HERNANDEZ, ANNA
C/O: JOSE L. BENSON
BOGIN, MUNNS & MUNNS
P.O. BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 242816-12
HERNANDEZ, AURORA
381 BRITTANY CIRCLE
CASSELBERRY FL 32707

CREDITOR ID: 392147-55
HERNANDEZ, BEATRIZ CASTILLO (MINOR)
C/O  MAGRO LAW FIRM, PA
ATTN JAMY MAGRO, ESQ
405 6TH STREET S, FL 2
ST PETERSBURG FL 33701-4434

CREDITOR ID: 387843-54
HERNANDEZ, BEATRIZ CASTILLO (MINOR)
217 OKALOOSA AVE
TAMPA, FL 33604

CREDITOR ID: 243901-12
HERNANDEZ, BRENDA
324 W JONES ST APT 117
FUQUAY VARINA NC 27586-1874

CREDITOR ID: 399949-84
HERNANDEZ, CELESTINA
1256 NW 79TH STREET
APT 203
MIAMI FL 33147

CREDITOR ID: 386123-54
HERNANDEZ, CHRISTINA
18701 NE 3RD COURT, APT 125
NORTH MIAMI BEACH, FL 33179

CREDITOR ID: 391305-55
HERNANDEZ, CHRISTINA
C/O BERNSTEIN & MARYANOFF
ATTN JACK BERNSTEIN, ESQ
15055 SW 122ND AVENUE
MIAMI FL 33186

CREDITOR ID: 405900-93
HERNANDEZ, CHRISTINA
C/O BAKER & RECK
ATTN ROBERT F RECK JR, ESQ, STE 705
2500 E HALLANDALE BEACH BLVD
HALLANDALE BEACH FL 33009

CREDITOR ID: 387236-54
HERNANDEZ, EULALIA
9320 W. FLAGLER STREET, #201
MIAMI, FL 33174

CREDITOR ID: 249233-12
HERNANDEZ, EVELYN
2815 OAK VALLEY LANE APT A
CHARLOTTE NC 28205

CREDITOR ID: 386174-54
HERNANDEZ, FRANCISCA C
PO BOX 5098
IMMOKALEE, FL 34143

CREDITOR ID: 386174-54
HERNANDEZ, FRANCISCA C
1006 WARDEN LANE
IMMOKALEE, FL 34142

CREDITOR ID: 385845-54
HERNANDEZ, JORGE
10250 NW 80TH CT.
APT 701
HIALEAH GARDENS, FL 33016

CREDITOR ID: 391099-55
HERNANDEZ, JORGE
C/O J M PEREZ JR LAW OFFICES
ATTN J M PEREZ JR, ESQ
1801 SW 3RD AVENUE, 6TH FLOOR
MIAMI FL 33129

CREDITOR ID: 393163-55
HERNANDEZ, JUNE N
C/O: MICHAEL B. FORBES
WORKERS COMPENSATION LEGAL CLINIC OF LA
806 E. MORRIS AVE.
HAMMOND LA 70403

CREDITOR ID: 389368-54
HERNANDEZ, JUNE N
58159 HIGHWAY 438
ANGIE LA 70426

CREDITOR ID: 390381-54
HERNANDEZ, KAREN S
1613 37TH ST.
ORLANDO, FL 32839

CREDITOR ID: 390969-55
HERNANDEZ, KAREN S
C/O BOGIN, MUNNS & MUNNS
ATTN MICHAEL H  TRUAX, ESQ
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 406753-MS
HERNANDEZ, LAURA
820 BUGLE BRANCH WAY
JACKSONVILLE FL 32259

CREDITOR ID: 388944-54
HERNANDEZ, LOURDES
711 TUSCALUCA ST
WEST PALM BEACH, FL 33405

CREDITOR ID: 392847-55
HERNANDEZ, LOURDES
C/O JEFFREY M FRIEDMAN ESQ
VASSALLO & BILOTTA
1630 S CONGRESS AVE STE 201
PALM SPRINGS FL 33461

CREDITOR ID: 387295-54
HERNANDEZ, LUIS
2160 SW 60 CT
MIAMI, FL 33155

CREDITOR ID: 391879-55
HERNANDEZ, LUIS
C/O PHILLIP J. GOLDSTEIN
LAW OFFICES OF PHILLIP J. GOLDSTEIN,P.A.
9210 SW 72ND ST
BLDG 5 - STE 101
MIAMI FL 33173

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                    **CASE:**   05-03817-3F1

CREDITOR ID: 388306-54
HERNANDEZ, MANUEL
18610 N.W. 51 AVE
CAROL  CITY FL 33055

CREDITOR ID: 399520-82
HERNANDEZ, MANUEL
6914 N COOLIDGE AVENUE
TAMPA FL 33614

CREDITOR ID: 386938-54
HERNANDEZ, MARIA
PO BOX 782
SOUTH BAY FL 33493

CREDITOR ID: 388959-54
HERNANDEZ, MAYRELIS
3231 SW 90TH AVENUE
MIAMI, FL 33165

CREDITOR ID: 392863-55
HERNANDEZ, MAYRELIS
C/O: BRETT L. BORROW, ESQUIRE
MUSTELL & BORROW
4100 N.E. 2ND AVE., SUITE 202
MIAMI FL 33137

CREDITOR ID: 385678-54
HERNANDEZ, MILDRED
12779 WOODBURY OAKS DRIVE
ORLANDO, FL 32828

CREDITOR ID: 390961-55
HERNANDEZ, MILDRED
C/O DAVID R HEIL PA
ATTN DAVID R HEIL, ESQ
2324 LEE ROAD
WINTER PARK FL 32789

CREDITOR ID: 259511-12
HERNANDEZ, REY
8941 NW 21 ST
HOLLYWOOD, FL 33024

CREDITOR ID: 385535-54
HERNANDEZ, ROXANA
2420 SW 3RD ST
MIAMI, FL 33135-1411

CREDITOR ID: 390832-55
HERNANDEZ, ROXANA
C/O: FRANK CARRILLO, ESQ.
CARRILLO & CARRILLO, P.A.
3663 S.W. 8TH STREET
SUITE 214
MIAMI FL 33135

CREDITOR ID: 260137-12
HERNANDEZ, RUBEN
913 STALLION WAY
VALRICO, FL 33594

CREDITOR ID: 385742-54
HERNANDEZ, RUBY
3650 NW 17TH STREET
MIAMI, FL 33125

CREDITOR ID: 391019-55
HERNANDEZ, RUBY
C/O: ERNESTO S MEDINA, ESQ.
ERNESTO S MEDINA
525 N.W. 27 AVE #100
MIAMI FL 33125

CREDITOR ID: 388748-54
HERNANDEZ, THERESA
2654 STONEHAVEN DRIVE
FAYETTEVILLE NC 28306

CREDITOR ID: 386114-54
HERNANDEZ, WENDY
1438 W. BROWARD ST
LANTANA, FL 33462

CREDITOR ID: 404823-95
HERNANDO CNTY UTILITIES
PO BOX 10899
BROOKSVILLE FL 34603

CREDITOR ID: 251540-12
HERNANDO COUNTY TAX COLLECTOR
20 NORTH MAIN STREET
ROOM 112
PROPERTY TAX
BROOKSVILLE FL 34601-2817

CREDITOR ID: 267566-14
HERNANDO COUNTY TAX COLLECTORS
ATTN: LEONA BECHTELHEIMER
20 N MAIN ST RM 112
BROOKSVILLE FL 34601-2893

CREDITOR ID: 384026-47
HERNDON, C HAYNE
PO BOX 3528
HAINES CITY, FL 33845-3528

CREDITOR ID: 387691-54
HERNSTROM, PAULA
1634 SOUTHWIND DRIVE
BRANDON FL 33510

CREDITOR ID: 251541-12
HEROD ELEMENTARY
120 ODEA ST
ABBEVILLE, LA 70510

CREDITOR ID: 251542-12
HEROLD LOUIS
799 BRICKELL PLAZA, SUITE 900
MIAMI FL 33131

CREDITOR ID: 389446-54
HERREN, WILLIAM B
10300 LEWIS SPUR
TUSCALOOSA AL 35406

CREDITOR ID: 385937-54
HERRERA, DULCE
6024 GULF ROAD WEST
JACKSONVILLE, FL 32244

CREDITOR ID: 391170-55
HERRERA, DULCE
C/O: J. SCOTT NOONEY, ATTORNEY
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 388622-54
HERRERA, MARIA
C/O LAW OFFICE OF RAUL DE LA HERIA
ATTN RAUL DE LA HERIA, ESQ
770 NW 35TH AVENUE
MIAMI FL 33125

CREDITOR ID: 392675-55
HERRERA, MARIA
C/O: PAUL BERSACH, ESQ.
DE LA HERIA & ASSOCIATES
2100 CORAL WAY
STE 500
MIAMI FL 33145

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251543-12<br>HERRING ENTERPRISES LLC<br>DBA KRISPY KREME<br>PO BOX 1966<br>MYRTLE BEACH, SC 29578 | CREDITOR ID: 251544-12<br>HERRING SHEET METAL INC<br>1220 B 53RD STREET<br>MANGONIA PARK, FL 33407 | CREDITOR ID: 251545-12<br>HERRING TRUCKING<br>301 MAYWOOD DRIVE<br>PETAL MS 39465 |
| CREDITOR ID: 243973-12<br>HERRING, BRIAN P<br>1788 THOMASVILLE ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 244097-12<br>HERRING, BRUCE<br>442 HARE AVENUE<br>AUBURN AL 36830 | CREDITOR ID: 399521-82<br>HERRING, WILLIAM<br>1023 LEE ROAD 169<br>OPELIKA AL 36801 |
| CREDITOR ID: 251546-12<br>HERRINGTON LAWN SERVICE<br>339 JC PRESTAGE ROAD<br>PELAHATCHIE, MS 39145 | CREDITOR ID: 404824-95<br>HERSHEY CHOCOLATE USA<br>CREDIT ADMINISTRATION<br>PO BOX 819<br>HERSHEY PA 170330819 | CREDITOR ID: 251547-12<br>HERSHEY CHOCOLATE USA<br>PO BOX 198510<br>ATLANTA, GA 30384-8510 |
| CREDITOR ID: 279373-36<br>HERSHEY FOODS CORPORATION<br>C/O KLEHR, HARRISON, HARVEY, ET AL<br>ATTN: M R. BRANZBURG, C HOCHSTADTER<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102-5003 | CREDITOR ID: 267567-31<br>HERTFORD COUNTY REGISTER DEEDS<br>ATTN: KATHLEEN WRIGHT<br>701 N KING ST<br>WINTON NC 27986 | CREDITOR ID: 251548-12<br>HERTIAGE PROPANE<br>1548 SR 44 WEST<br>LEESBURG, FL 34748-8705 |
| CREDITOR ID: 251549-12<br>HERTZ EQUIPMENT RENTAL<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | CREDITOR ID: 404825-95<br>HESCO<br>PO BOX 402063<br>ATLANTA GA 30384-2063 | CREDITOR ID: 251550-12<br>HESCO<br>PO BOX K<br>WAVERLY, FL 33877 |
| CREDITOR ID: 403501-15<br>HESLIN, REBECCA<br>120 NORTH YORK STREET<br>BUSHNELL FL 33513 | CREDITOR ID: 403501-15<br>HESLIN, REBECCA<br>C/O KINNEY FERNANDEZ & BOIRE, PA<br>ATTN ROB K ROY, ESQ<br>PO BOX 18055<br>TAMPA FL 33679 | CREDITOR ID: 400245-85<br>HESLIN, REBECCA<br>C/O ROB K. ROY<br>KINNEY, FERNANDEZ & BOIRE, P.A.<br>PO BOX 18055<br>TAMPA FL 33679 |
| CREDITOR ID: 387201-54<br>HESLIN, REBECCA (MINOR)<br>2221 BURNS ST<br>LAKELAND, FL 33801 | CREDITOR ID: 400165-86<br>HESLOP-THORNEY, BEVERLY<br>732 NW 103RD TERRACE, #201<br>HOLLYWOOD FL 33026 | CREDITOR ID: 251551-12<br>HESS MACHINE INTL<br>PO BOX 639<br>EPHRATA PA 17522 |
| CREDITOR ID: 386351-54<br>HESS, GUS<br>1158 SAWYERWOOD DRIVE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 406754-MS<br>HESS, HOWARD E.<br>4738 BALMORAL WAY<br>MARIETTA GA 30068 | CREDITOR ID: 381087-47<br>HESTER AND ASSOCIATES INC<br>ATTN WAYNE A HESTER, PRES<br>2910 LINDEN AVENUE<br>BIRMINGHAM, AL 35209 |
| CREDITOR ID: 251552-12<br>HESTER HEATH ELEMENTARY SCHOOL<br>4810 HIGHWAY 167 NORTH<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 406755-MS<br>HESTER, LARRY E<br>3562 LAKE BAYSHORE DRIVE<br>CONDO #K202<br>BRADENTON FL 34205 | CREDITOR ID: 388136-54<br>HESTER, PATRICIA<br>3511 38TH STREET<br>MERIDIAN MS 39305 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392375-55<br>HESTER, PATRICIA<br>C/O: WILL PARKER<br>THE HAMILTON LAW FIRM<br>PO BOX 5733<br>MERIDIAN MS 39302 | CREDITOR ID: 388634-54<br>HESTER, TRICIA<br>P.O. BOX 3254<br>MERIDIAN MS 39303-3254 | CREDITOR ID: 392685-55<br>HESTER, TRICIA<br>C/O: WILL PARKER<br>THE HAMILTON LAW FIRM<br>911 26TH AVE<br>PO BOX 1511<br>MERIDIAN MS 39302-1511 |
| CREDITOR ID: 251553-12<br>HESTERS AUTO ELECTRIC SERVICE<br>218 N BAINBRIDGE ST<br>MONTGOMERY, AL 36104 | CREDITOR ID: 406756-MS<br>HETTINGER, ROBERT A.<br>6741 SW 10TH STREET<br>HOLLYWOOD FL 33023 | CREDITOR ID: 251554-12<br>HEUER CUSTOM MANUFACTURING<br>447 OLD SWEDE ROAD<br>DOUGLASSVILLE, PA 19518 |
| CREDITOR ID: 242590-12<br>HEVIA, ARTURO<br>1355 WEST 53RD STREET, APT 306<br>HIALEAH FL 33012 | CREDITOR ID: 251555-12<br>HEWITT ASSOCIATES LLC<br>PO BOX 95135<br>CHICAGO, IL 60694-5135 | CREDITOR ID: 251556-12<br>HEWITT ENVIRONMENTAL<br>PO BOX 490697<br>LEESBURG FL 34749 |
| CREDITOR ID: 382657-51<br>HEWITT INVESTMENT GROUP<br>ATTN: WESTON TOMPKINS<br>3350 RIVERWOOD PARKWAY, SUITE 80<br>ATLANTA, GA 30339 | CREDITOR ID: 251557-12<br>HEWLETT PACKARD<br>FILE NO 3756<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-3756 | CREDITOR ID: 251558-12<br>HEYWARD BICKLEY<br>370 CRYSTAL LAKE DRIVE<br>CHAPIN SC 29036 |
| CREDITOR ID: 267568-31<br>HFE FOUNDATION<br>ATTN: DEREK M GRUENHAGEN<br>189 SEA PARK BLVD<br>SATELLITE BEACH FL 32937-2115 | CREDITOR ID: 381397-47<br>HFT QUALITY CONSTRUCTION & MAINTENANCE<br>2280 SW 70TH AVENUE, UNIT 1 - 2<br>DAVIE, FL 33317 | CREDITOR ID: 251560-12<br>HI DIRECT ADVANCED LIGHTING INC<br>NW 5229<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5229 |
| CREDITOR ID: 251561-12<br>HI RISE SAFETY SYSTEMS INC<br>6490 GRIFFIN ROAD<br>DAVIE FL 33314 | CREDITOR ID: 251562-12<br>HI TECH PHARMACAL CO<br>ATTN MARGARET SANTORUFO, VP<br>369 BAYVIEW AVE<br>AMITYVILLE, NY 11701 | CREDITOR ID: 251563-12<br>HI TECH PLASTICS INC / CHEMCOM INC<br>ATTN BERNARD E DAHLIN, PRES<br>PO BOX 143<br>NICHOLS, WI 54152 |
| CREDITOR ID: 251568-12<br>HIALEAH ELECTRIC MOTOR REPAIR<br>ATTN PATTI MARCHETTI, SECY/TREAS<br>PO DRAWER 370690<br>MIAMI, FL 33137 | CREDITOR ID: 1429-07<br>HIALEAH FEE COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE, STE. 2<br>MIAMI BEACH, FL 33139 | CREDITOR ID: 251569-12<br>HIALEAH FEE COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE<br>SUITE 2<br>MIAMI BEACH, FL 33139 |
| CREDITOR ID: 381363-47<br>HIALEAH MIAMI LAKES SENIOR HIGH SCHOOL<br>BASEBALL BOOSTER CLUB<br>7977 W 12 AVE<br>HIALEAH, FL 33014 | CREDITOR ID: 1430-07<br>HIALEAH PROMENADE LIMITED PART<br>C/O STERLING CENTRE CORP MGT SERV<br>1 N. CLEMATIS STREET<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 375219-44<br>HIALEAH PROMENADE LIMITED PARTNERSHIP<br>C/O STERLING CENTRECORP MGT SERV<br>1 N CLEMATIS STREET<br>STE 305<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 251573-12<br>HIALEAH RADIATOR CORP<br>1002 E 29 STREET<br>HIALEAH FL 33013 | CREDITOR ID: 390149-54<br>HIBBERT, DIANNE<br>2660 NW 62ND TERRACE<br>SUNRISE, FL 33313 | CREDITOR ID: 393599-55<br>HIBBERT, DIANNE<br>C/O: JEFFREY S. MARKS<br>JEFFREY S. MARKS<br>2499 GLADES ROAD<br>BOCA RATON FL 33431 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251574-12<br>HIBERNIA<br>NATIONAL ACCTS DEPT<br>PO BOX 54100<br>NEW ORLEANS, LA 70154-4100 | CREDITOR ID: 278087-23<br>HIBERNIA BANK<br>ATTN: ANGELA TAM<br>PO BOX 61540<br>NEW ORLEANS LA 70161 | CREDITOR ID: 251575-12<br>HIBERNIA BANK<br>1312 S BURNSIDE<br>GONZALES LA 70737 |
| CREDITOR ID: 400434-15<br>HIBERNIA NATIONAL BANK<br>NATIONAL ACCOUNTS DEPARTMENT<br>ATTN GIATANA WHITE, ASST VP<br>313 CARONDELET STREET, 6TH FLOOR<br>NEW ORLEANS LA 70130 | CREDITOR ID: 406757-MS<br>HICKERSON, FRED<br>1712 GALEOP DR.<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 251577-12<br>HICKORY FARMS<br>ATTN: MARK J WAGNER, VP/FIN & CFO<br>PO BOX 72328<br>CLEVELAND, OH 44192-0328 |
| CREDITOR ID: 407439-15<br>HICKS, LAURIE<br>C/O PRUGH HOLLIDAY & KARATINOS, PL<br>ATTN TIMOTHY F PRUGH, ESQ<br>1009 WEST PLATT STREET<br>TAMPA FL 33606 | CREDITOR ID: 406758-MS<br>HICKS, LAWRENCE M.<br>1105 MIDDLE COVE<br>PLANO TX 75023 | CREDITOR ID: 397981-76<br>HICKS, LOUISE<br>2602 KRISTIE ROAD<br>DOTHAN, AL 36303 |
| CREDITOR ID: 269628-19<br>HICKS, LOUISE<br>ATTN: YVONNE GABRIELSON<br>707 W. MAIN STREET<br>DOTHAN AL 36301 | CREDITOR ID: 390095-54<br>HICKS, OLENE<br>ROUTE 2<br>BOX 45<br>DOZIER, AL 36028-9237 | CREDITOR ID: 393551-55<br>HICKS, OLENE<br>C/O: JOHN F. JONES<br>JONES & JONES, P.C.<br>530 EAST THREE NOTCH STREET<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 277240-21<br>HICKS, OLENE<br>C/O JONES & JONES, PC<br>ATTN JOHN F JONES JR, ESQ<br>530 EAST THREE NOTCH STREET<br>PO BOX 1128<br>ANDALUSIA AL 36420 | CREDITOR ID: 388047-54<br>HICKS, QUEEN<br>C/O OFFICE OF DONALD RAY COLEMAN JR<br>ATTN DONALD RAY COLEMAN JR ESQ<br>400 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388047-54<br>HICKS, QUEEN<br>8179 GABAXIE DR<br>JACKSONVILLE, FL 32244 |
| CREDITOR ID: 392318-55<br>HICKS, QUEEN<br>C/O: DONALD RAY COLEMAN, JR; P.A.<br>ATTORNEY AT LAW<br>400 E. DUVAL ST<br>JACKSONVILLE FL 32202 | CREDITOR ID: 398021-76<br>HICKS, SHARON<br>4740 ADAMS ROAD<br>HIXSON, TN 37343 | CREDITOR ID: 399379-15<br>HICKS, SHARON<br>C/O BURNETTE DOBSON & HARDEMAN<br>ATTN ANITA B HARDEMAN, ESQ<br>713 CHERRY STREET<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 269629-19<br>HICKS, SHARON<br>ATTN: HARRY BURNETTE<br>713 CHERRY STREET<br>CHATTANOOGA TN 37402 | CREDITOR ID: 400739-91<br>HICKS, SUSAN V<br>899 COLDWATER CREEK CIRCLE<br>NICEVILLE FL 32578 | CREDITOR ID: 389671-54<br>HICKS, THOMAS<br>745 AMBER LANE<br>ATLANTIC BEACH, FL 32233 |
| CREDITOR ID: 393322-55<br>HICKS, THOMAS<br>C/O FARAH FARAH & ABBOTT PA<br>ATTN BRANDY I HATCH<br>10 WEST ADAMS ST 3RD FLR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 263481-12<br>HICKS, TRENT<br>1101 MARSHALL FARMS ROAD<br>OCOEE, FL 34761 | CREDITOR ID: 404826-95<br>HICO HELIUM & BALLOONS<br>PO BOX 44483<br>ATLANTA GA 30336 |
| CREDITOR ID: 278897-30<br>HICO HELIUM & BALLOONS<br>PO BOX 1665<br>POWDER SPRINGS, GA 30127 | CREDITOR ID: 279234-35<br>HICO HELIUM & BALLOONS<br>ATTN: NORMAN THIEM, MNG PRTN<br>3230 HOPELAND INDUSTRIAL DRIVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 382658-51<br>HI-CONE DIV/ILLINOIS TOOL WORKS, INC<br>PO BOX 92776<br>CHICAGO, IL 60675 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 251565-12
HI-CONE DIVISION
ILLINOIS TOOL WORKS INC
PO BOX 92776
CHICAGO IL 60675-2776

CREDITOR ID: 251579-12
HID DIRECT ADVANCED LIGHTING INC
NW 5229
PO BOX 1450
MINNEAPOLIS MN 55485-5229

CREDITOR ID: 267569-31
HIDEAWAY ROAD SEWERAGE DST 1
ATTN: LEON SIVILS
200 BALBOA DR
MONROE LA 71203-4114

CREDITOR ID: 251580-12
HIEB CONCRETE PRODUCTS INC
70 MCDANIELS RD
SHELBYVILLE KY 40065

CREDITOR ID: 251581-12
HIEN PHAM
732 DIVINE CIRCLE
ORLANDO FL 32828

CREDITOR ID: 279440-99
HIERSCHE HAYWARD DRAKELEY & URBACH
ATTN: KRISTA BATES/RUSSELL MILLS
15303 DALLAS PKWY, STE 700
ADDISON TX 75001

CREDITOR ID: 387483-54
HIGGINBOTHAM, TINA
9 NE FERRY ROAD
FORT WALTON BEACH FL 32548

CREDITOR ID: 392006-55
HIGGINBOTHAM, TINA
C/O: CAMERON D SIMPSON
CAMERON SIMPSON
152 EGLIN PARKWAY NE
P.O. BOX 1658
FT WALTON BEACH FL 32549

CREDITOR ID: 251582-12
HIGGINS LOCK & KEY SERVICE
2420 BATTLEGROUND AVE
GREENSBORO NC 27408

CREDITOR ID: 406120-15
HIGGINS, JOHN R & ELIZABETH
2051 W 110TH PLACE
CHICAGO IL 60643

CREDITOR ID: 387354-54
HIGGINS, SAVONIA
100 SW 14TH AVE
FORT LAUDERDALE, FL 33312

CREDITOR ID: 391927-55
HIGGINS, SAVONIA
C/O MARK J MILLER, PA
ATTN MARK J MILLER, ESQ
1600 S FEDERAL HWY, SUITE 1101
POMPANO BEACH FL 33062

CREDITOR ID: 251583-12
HIGGS & EMERSON
405 FRANKLIN STREET
HUNTSVILLE, AL 35801

CREDITOR ID: 251584-12
HIGH COUNTRY BANK
149 JEFFERSON ROAD
BOONE, NC 28607

CREDITOR ID: 251585-12
HIGH COUNTRY MEDIA
ATTN JEANNIE KAHLE
PO BOX 1815
BOONE, NC 28607

CREDITOR ID: 251586-12
HIGH PLAZA CENTER,INC
16812 DALLAS PARKWAY
DALLAS, TX 75248

CREDITOR ID: 251587-12
HIGH POINT AUDIOLOGICAL ASSOC
1008 HUTTON LANE
SUITE 107
HIGH POINT NC 27262

CREDITOR ID: 251588-12
HIGH POINT CHAMBER OF COMMERCE
PO BOX 5025
HIGH POINT, NC 27262-5025

CREDITOR ID: 251589-12
HIGH POINT ENTERPRISE
ATTN KATHY MCKINNEY
PO BOX 1009
HIGH POINT, NC 27261

CREDITOR ID: 251590-12
HIGH POINT REFRIGERATION &
HEATING
PO BOX 896
HIGH POINT, NC 27261-0896

CREDITOR ID: 381459-47
HIGH POINT SPRINKLER INC
PO BOX 2478
HIGH POINT, NC 27261-2478

CREDITOR ID: 251591-12
HIGH QUALITY FURNITURE
4198 EAST 11TH AVENUE
HIALEAH, FL 33013

CREDITOR ID: 251592-12
HIGH SPRINGS HERALD
PO BOX 745
HIGH SPRINGS, FL 32655

CREDITOR ID: 406105-97
HIGH SPRINGS MEDICAL CENTER PA
ATTN: EDWARD S MCINTYRE, PRES
105 NW SANTA FE BLVD
HIGH SPRINGS FL 32643

CREDITOR ID: 251593-12
HIGH SPRINGS MEDICAL CENTER PA
ATTN: EDWARD S MCINTYRE, PRES
PO BOX 834
HIGH SPRINGS, FL 32655

CREDITOR ID: 251595-12
HIGHER EDUCATION STUDENT ASSISTANCE
PO BOX 529
NEWARK NJ 07101-0529

CREDITOR ID: 406759-MS
HIGHFILL, RICHARD
2602 SHERWOOD DR.
VALDOSTA GA 31602

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251596-12<br>HIGHLAND ASSOCIATES LP<br>ATTN T J O'NEIL<br>1900 THE EXCHANGE SUITE 180<br>ATLANTA, GA 30339 | CREDITOR ID: 1431-07<br>HIGHLAND ASSOCIATES LP<br>ATTN:  T. J. O'NEIL<br>1900 THE EXCHANGE, SUITE 180<br>ATLANTA, GA 30339 | CREDITOR ID: 251597-12<br>HIGHLAND BAPTIST CHRISTIAN CHURCH<br>602 VICTORY DR<br>NEW IBERIA, LA 70563 |
| CREDITOR ID: 267570-31<br>HIGHLAND BUILDING INSPECTOR<br>ATTN: JAMES WHITELAW<br>COURT HOUSE ANNES MAIN ST<br>MONTEREY VA 24465 | CREDITOR ID: 1432-07<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE, NC 28260-1084 | CREDITOR ID: 2303-07<br>HIGHLAND COMMONS BOONE LLC<br>ASTON PROPERTIES INC.<br>6525 MORRISON BLVD., SUITE 300<br>CHARLOTTE NC 28211 |
| CREDITOR ID: 251598-12<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE, NC 28260-1084 | CREDITOR ID: 267571-14<br>HIGHLAND COUNTY TREASURERS OFF<br>ATTN: LOIS WHITE<br>1 MAIN AND SPRUCE<br>MONTEREY VA 24465 | CREDITOR ID: 251599-12<br>HIGHLAND ELEMENTARY<br>1341 DUCK AVE<br>EUNICE, LA 70535 |
| CREDITOR ID: 1433-07<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH, PA 15264-3342 | CREDITOR ID: 251600-12<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH, PA 15264-3342 | CREDITOR ID: 407595-15<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 251601-12<br>HIGHLAND PARTNERS<br>PO BOX 13660<br>NEWARK, NJ 07188-0660 | CREDITOR ID: 251602-12<br>HIGHLAND PORK COMPANY<br>355 FOOD CENTER DRIVE<br>SUITE A-23<br>BRONZ NY 10474 | CREDITOR ID: 251603-12<br>HIGHLAND ROOFING CO<br>4007 PRODUCE ROAD<br>LOUISVILLE KY 40218 |
| CREDITOR ID: 251604-12<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA, GA 30384-9824 | CREDITOR ID: 1434-07<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA, GA 30384-9824 | CREDITOR ID: 278484-25<br>HIGHLAND SQUARE<br>C/O GRUBB & ELLIS MANAGEMENT<br>PO BOX 550928<br>TAMPA FL 33655-0928 |
| CREDITOR ID: 251605-12<br>HIGHLAND VINEYARD<br>4154 VAL DEL ROAD<br>HAHIRA GA 31632 | CREDITOR ID: 251606-12<br>HIGHLANDS COUNTY TAX COLLECTOR<br>540 SOUTH COMMERCE AVENUE<br>PROPERTY TAX<br>SEBRING FL 33870-3867 | CREDITOR ID: 251607-12<br>HIGHLANDS UTILITIES CORP<br>720 US 27 SOUTH<br>LAKE PLACID, FL 33852-9515 |
| CREDITOR ID: 251608-12<br>HIGHLIGHT INDUSTRIES INC<br>2694 PRAIRIE ST SW<br>WYOMING MI 49509 | CREDITOR ID: 260853-12<br>HIGHSMITH, SHEILA<br>697 CAMP JOHNSON ROAD<br>ORANGE PARK, FL 32065 | CREDITOR ID: 251594-12<br>HIGH-TECH COMMUNICATIONS INC<br>PO BOX 54904<br>NEW ORLEANS, LA 70154 |
| CREDITOR ID: 381070-47<br>HIGHVIEW PAINTING AND STRIPING CO INC<br>PO BOX 19917<br>LOUISVILLE, KY 40259 | CREDITOR ID: 251610-12<br>HIGHWAY 58 VOLUNTEER FIRE DEPT INC<br>PO BOX 310<br>HARRISON, TN 37341 | CREDITOR ID: 251611-12<br>HIGHWAY EQUIPMENT & SUPPLY CO<br>PO BOX 547189<br>ORLANDO FL 32854 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251612-12<br>HIGHWAY STAR<br>10700 STRINGFELLOW RD  PMB #138<br>BOKEELIA FL 33922 | CREDITOR ID: 375222-44<br>HIGHWAY STAR<br>P O BOX 7152<br>FT MYERS, FL 33911 | CREDITOR ID: 389790-54<br>HILBERT, DONNA<br>345 HILLSIDE AVE<br>DAVENPORT FL 33897 |
| CREDITOR ID: 393393-55<br>HILBERT, DONNA<br>C/O: DANIEL DECICCIO<br>DECICCIO & JOHNSON<br>652 W MORSE BOULEVARD<br>WINTER PARK FL 32789 | CREDITOR ID: 251614-12<br>HILCO<br>6602 STONINGTON DR N<br>TAMPA FL 33647 | CREDITOR ID: 251615-12<br>HILCO REAL ESTATE LLC<br>5 REVERE DRIVE<br>SUITE 320<br>ATTN SCOTT PETERMAN<br>NORTHBROOK, IL 60062 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>7421 CARMEL EXECUTIVE PARK, STE 214<br>CHARLOTTE, NC 28226 | CREDITOR ID: 251616-12<br>HILDEBRAN ASSOCIATES<br>%RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK STE 214<br>CHARLOTTE NC 28226 | CREDITOR ID: 382659-51<br>HILEX<br>101 EAST CAROLINA AVE<br>HARTSVILLE, SC 29550 |
| CREDITOR ID: 404828-95<br>HILEX POLY CO LLC<br>PO BOX 281728<br>ATLANTA GA 30384-1728 | CREDITOR ID: 251617-12<br>HILEX POLY CO LLC<br>PO BOX 32849<br>CHARLOTTE, NC 28232-2849 | CREDITOR ID: 251618-12<br>HILL & BROOKS COFFEE CO INC<br>PO BOX 6219<br>MOBILE, AL 36660-6219 |
| CREDITOR ID: 267572-14<br>HILL BAUCOM & ASSOC INC<br>ATTN: CATHY HILL<br>1351 E SANDPIPER CIR<br>HOLLYWOOD FL 33026-2807 | CREDITOR ID: 251619-12<br>HILL HILL CARTER FRANCO<br>COLE & BLACK PC<br>PO BOX 116<br>MONTGOMERY, AL 36101-0116 | CREDITOR ID: 394017-61<br>HILL HILL CARTER FRANCO COLE & BLACK, PC<br>PO BOX 116<br>MONTGOMERY, AL 36101-0116 |
| CREDITOR ID: 398213-74<br>HILL HILL CARTER FRANCO ET AL<br>ATTN: RANDALL MORGAN<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 251620-12<br>HILL HOSPITAL OF SUMTER<br>751 DERBY DR<br>YORK, AL 36925 | CREDITOR ID: 397243-68<br>HILL LANES INC.<br>ATTN: ROBERT BIER<br>525 ROUTE 9 NORTH<br>HOPELAWN, NJ 08861 |
| CREDITOR ID: 251623-12<br>HILL PHOENIX<br>PO BOX 404183<br>ATLANTA, GA 30384-4183 | CREDITOR ID: 251621-12<br>HILL PHOENIX<br>ATTN JOHN A LABOTT, ASST CONTROLLER<br>1925 RUFFIN MILL ROAD<br>COLONIAL HEIGHTS, VA 23834 | CREDITOR ID: 251624-12<br>HILL PHOENIX INC<br>PO BOX 102936<br>ATLANTA GA 30368-2936 |
| CREDITOR ID: 251625-12<br>HILL TIRE CENTERS<br>1208 HAMPTON STREET<br>WALTERSBORO SC 29488 | CREDITOR ID: 279186-34<br>HILL, ALAN<br>437 MADISON AVENUE<br>34TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 241877-12<br>HILL, ALBERT<br>425 NW 1ST TERRACE, APT 204<br>DEERFIELD FL 33441 |
| CREDITOR ID: 242105-12<br>HILL, AMANDA<br>4223 COUNTY RD 15<br>MAPLESVILLE, AL 36750 | CREDITOR ID: 388135-54<br>HILL, ANGELA T<br>PO BOX 4345<br>LONGVIEW TX 75606 | CREDITOR ID: 389589-54<br>HILL, CECILE<br>1934 SANTUC/CARLISLE HIGHWAY<br>UNION, SC 29379 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393257-55<br>HILL, CECILE<br>C/O THOMAS WHITE IV<br>WHITE, DIAMADUROS, DIAMADUROS ATTORNEYS<br>108 W. SOUTH ST.<br>UNION SC 29379 | CREDITOR ID: 247260-12<br>HILL, CRYSTAL A<br>2706 CARRIE LANE<br>VALRICO FL 33594 | CREDITOR ID: 389465-54<br>HILL, DAKOTA<br>7094 SHADY PINE COURT<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 387714-54<br>HILL, ELLA<br>4675 ROANAKE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 385943-54<br>HILL, LATISHA<br>704 17TH ST<br>PHOENIX CITY, AL 36868 | CREDITOR ID: 391174-55<br>HILL, LATISHA<br>C/O PATRICK J ARAGUEL JR & ASSOCS<br>ATTN PATRICK J ARAGUEL JR, ESQ<br>14 SEVENTH STREET<br>COLUMBUS GA 31901 |
| CREDITOR ID: 387900-54<br>HILL, LESTER<br>1595 HIGHLAN DRIVE<br>JACKSON, MS 39204 | CREDITOR ID: 392183-55<br>HILL, LESTER<br>C/O: EDNA JONES-STRINGER<br>STRINGER & ASSOCIATES<br>PO BOX 11353<br>JACKSON MS 39283-1353 | CREDITOR ID: 392507-55<br>HILL, NORWERT SR<br>C/O: DOUGLAS R. PLYMALE, ESQ<br>DAVID L. BROWNE & JAMES R. DUGAN, II<br>3500 N. HULLEN ST.<br>METAIRIE LA 70002 |
| CREDITOR ID: 388408-54<br>HILL, NORWERT SR<br>772 OPAL BENNETT ROAD<br>AMITE, LA 70422 | CREDITOR ID: 389543-54<br>HILL, RACHEL B<br>1268 CLAY STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 259590-12<br>HILL, RICHARD M<br>7638 OLD HAMMOND HWY<br>BATON ROUGE, LA 70809 |
| CREDITOR ID: 399313-81<br>HILL, SR., NORWERT<br>772 OPAL BENNETT ROAD<br>AMITE, LA 30422 | CREDITOR ID: 404829-95<br>HILLANDALE FARMS<br>P O BOX 1716<br>BUSHNELL FL 33513 | CREDITOR ID: 407733-99<br>HILLANDALE FARMS INC<br>C/O MOSELEY PRICHARD ET AL<br>ATTN: R K JONES/E L HEARN ESQS<br>501 WEST BAY ST<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 279429-99<br>HILLANDALE FARMS INC<br>C/O SMITH HULSEY & BUSEY<br>ATTN: JAMES H POST<br>225 WATER ST STE 1800<br>JACKSONVILLE FL 32202 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>ATTN JO N WARD<br>PO BOX 2109<br>LAKE CITY, FL 32056-2109 |
| CREDITOR ID: 251627-12<br>HILLCREST SHOPPING CENTER<br>PO BOX 26785<br>C/O CURSOR PROPERTIES RENT ACCT<br>GENERAL POST OFFICE<br>NEW YORK, NY 10087-6785 | CREDITOR ID: 2304-07<br>HILLCREST SHOPPING CENTRE INC.<br>130 BLOOR STREET W., SUITE 1200<br>TORONTO ON M5S1N5<br>CANADA | CREDITOR ID: 267573-31<br>HILLIARD HENRY WATER CTRL DST<br>ATTN: JOE MARLIN HILLIARD<br>5500 FLAGHOLE RD<br>CLEWISTON FL 33440-7771 |
| CREDITOR ID: 251628-12<br>HILLIARD MIDDLE SENIOR HIGH SCHOOL<br>ONE FLASHES AVE<br>HILLIARD FL 32046 | CREDITOR ID: 248449-12<br>HILLIS, DOUG<br>7701 TIMBERLIN PARK BLVD<br>APT 516<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 251629-12<br>HILLMAN FASTENER<br>PO BOX 532582<br>ATLANTA, GA 30353-2582 |
| CREDITOR ID: 251630-12<br>HILLMAN GROUP INC<br>ATTN PATRICIA DECLUSIN<br>8990 KYRENE RD<br>TEMPE AZ 85284 | CREDITOR ID: 381188-47<br>HILLS FLORAL GROUP<br>PO BOX 776<br>LOUISVILLE, KY 40203 | CREDITOR ID: 386322-54<br>HILLS, JOANN<br>1248 JEANETTE CIRCLE<br>MADISON FL 32340 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 391421-55
HILLS, JOANN
C/O WILLIAM R. PURSELL, ESQ.
WILLIAM R. PURSELL, ESQ., INC.
1882 CAPITAL CIRCLE N.E.
SUITE 205
TALLAHASSEE FL 32308

CREDITOR ID: 388180-54
HILLS, NORWERT
772 OPAL BENNETT RD
AMITE LA 70422

CREDITOR ID: 389345-54
HILLS, PATRICIA
1632 1/2 PAILET AVENUE
HARVEY LA 70058

CREDITOR ID: 393153-55
HILLS, PATRICIA
C/O JOHN FOX
JOHN FOX & ASSOCIATES
3903 CANAL STREET
NEW ORLEANS LA 70119

CREDITOR ID: 466-03
HILLSBORO GAS
5307 E. HANNA AVENUE
TAMPA FL 33610

CREDITOR ID: 251631-12
HILLSBORO SHEET METAL
ATTN LEO A LORENZO, PRES
4113 NEBRASKA AVENUE
TAMPA, FL 33603-4325

CREDITOR ID: 1437-07
HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO. INC.
3501 PGA BLVD.
PALM BEACH, FL 33410

CREDITOR ID: 251632-12
HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD
SUITE 201
PALM BEACH, FL 33410

CREDITOR ID: 404830-95
HILLSBOROUGH CNTY PUBLIC
925 E TWIGGS ST
TAMPA FL 33602-3553

CREDITOR ID: 251634-12
HILLSBOROUGH COMMUNITY COLLEGE
ATTN DOT HANKINS, FIN AID OFFICER
PO BOX 31127
TAMPA FL 33631

CREDITOR ID: 251639-12
HILLSIDE VINEYARD & BERRY FARM
ATTN BETTY G DODD, OWNER
24783 HWY 19 N
KOSCIUSKO, MS 39090-6725

CREDITOR ID: 267574-31
HILLSVILLE CIVIITANS
ATTN: RANDY RIDGE
3765 NELSON RD
SOPHIA NC 27350-8267

CREDITOR ID: 251640-12
HILLYARD KENTUCKY
DEPT 8078
CAROL STREAM IL 60122-8078

CREDITOR ID: 251641-12
HILTI INC
PO BOX 382002
PITTSBURGH, PA 15250-8002

CREDITOR ID: 381120-47
HILTON GARDEN INN
650 TINSLEY WAY
ROCK HILL, SC 29730

CREDITOR ID: 251642-12
HILTON GARDEN INN PINEVILLE
425 TOWNE CENTRE BOULEVARD
PINEVILLE, NC 28134

CREDITOR ID: 251643-12
HILTON JACKSONVILLE RIVERFRONT
ATTN JIM GRAULICH, CONTROLLER
1201 RIVERPLACE BOULEVARD
JACKSONVILLE, FL 32207

CREDITOR ID: 251644-12
HILTON NORTH RALEIGH
3415 WAKE FOREST RD
RALEIGH NC 27609-7330

CREDITOR ID: 251645-12
HILTON OF NEW ORLEANS
901 AIRLINE HWY
KENNER LA 70062

CREDITOR ID: 390012-54
HILTON, RANDY
P.O BOX 101
FUNSTON GA 31753

CREDITOR ID: 386960-54
HILTON, ROY W
7001 HAVENWOOD DRIVE
RALEIGH NC 27616

CREDITOR ID: 251646-12
HILTONS GREENHOUSE
4784 GRACE CHAPEL ROAD
GRANITE FALLS, NC 28630

CREDITOR ID: 1438-07
HILYARD MANOR ASSOCIATES LLP
C/O AARON J. EDELSTEIN
36 ISLAND AVENUE
SUITE #56
MIAMI BEACH, FL 33139

CREDITOR ID: 251647-12
HILYARD MANOR ASSOCIATES LLP
C/O AARON J EDELSTEIN
36 ISLAND AVE SUITE #56
MIAMI BEACH, FL 33139

CREDITOR ID: 251648-12
HIMMEL HAIR CARE PRODUCTS LLC
PO BOX 846095
BOSTON MA 02284

CREDITOR ID: 251649-12
HIMMEL NUTRITION
PO BOX 845449
BOSTON, MA 02284-5449

CREDITOR ID: 389989-54
HINCHMAN, DEBRA
525 MARINO DRIVE
NORCO LA 70079

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393508-55<br>HINCHMAN, DEBRA<br>C/O DANIEL BECNEL, III<br>DANIEL BECNEL, III, ATTY AT LAW<br>425 W AIRLINE HWY, SUITE B<br>LAPLACE LA 70068 | CREDITOR ID: 251650-12<br>HINDS COUNTY DISTRICT ATTORNEY<br>PO BOX 22747<br>JACKSON MS 39225 | CREDITOR ID: 251651-12<br>HINDS COUNTY HEALTH DEPT<br>PO BOX 20<br>JACKSON MS 39213 |
| CREDITOR ID: 251652-12<br>HINDS COUNTY JUSTICE COURT CLERK<br>PO BOX 3490<br>JACKSON MS 39207 | CREDITOR ID: 406761-MS<br>HINDS, JOHN W.<br>1841 WESTON CIRCLE<br>ORANGE PARK FL 32003 | CREDITOR ID: 251655-12<br>HINES NUT COMPANY<br>990 SOUTH ST PAUL<br>DALLAS, TX 75201 |
| CREDITOR ID: 243944-12<br>HINES, BRIAN A<br>1020 TURTLE CREEK DRIVE<br>OVIEDO FL 32765 | CREDITOR ID: 403507-15<br>HINES, MOLLIE<br>C/O PATE LLOYD & COCHRUN LLP<br>ATTN KAREN FARLEY/GORDON PATE, ESQS<br>PO BOX 10448<br>BIRMINGHAM AL 35202-0448 | CREDITOR ID: 385300-54<br>HINES, MOLLIE<br>4704 COURT S<br>BIRMINGHAM, AL 35208 |
| CREDITOR ID: 390608-55<br>HINES, MOLLIE<br>C/O: KAREN D. FARLEY, ESQUIRE<br>PATE, LLOYD, FUSTON & COCHRON, LLP<br>300 NORTH 21ST STREET<br>SUITE  400<br>BIRMINGHAM AL 35203 | CREDITOR ID: 387660-54<br>HINES, TERRY<br>PO BOX 1601<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 387141-54<br>HINKEL, DAVID<br>2508 PIRATE DRIVE<br>CHALMETTE, LA 70043 |
| CREDITOR ID: 391726-55<br>HINKEL, DAVID<br>C/O: MICHELLE GAUDIN<br>GAUDIN & LONGORIA, L.L.C.<br>858 CAMP STREET<br>NEW ORLEANS LA 70130 | CREDITOR ID: 251656-12<br>HINKLE CHAIR COMPANY INC<br>PO BOX 410<br>SPRINGFIELD TN 37172 | CREDITOR ID: 251657-12<br>HINKLE METAL'S & SUPPLY INC<br>PO BOX 11441<br>BIRMINGHAM, AL 35202 |
| CREDITOR ID: 399438-15<br>HINKLE, KATHY<br>C/O JON E LEWIS, ESQ<br>315 FRANK NELSON BUILDING<br>205 NORTH 20TH STREET<br>BIRMINGHAM AL 35203 | CREDITOR ID: 403753-94<br>HINKLE, LORINDA K (BENE-SP)<br>4295 SKATES CIRCLE<br>FT MYERS FL 33905 | CREDITOR ID: 404831-95<br>HINSDALE FARMS<br>DEPT 77-6533<br>CHICAGO IL 60678-6533 |
| CREDITOR ID: 251658-12<br>HINSDALE FARMS<br>ATTN MILTON SMITH, PRES<br>DEPT 77-6533<br>CHICAGO, IL 60678-6533 | CREDITOR ID: 251659-12<br>HINSON SALES COMPANY INC<br>PO BOX 616<br>UNION SPRINGS, AL 36089 | CREDITOR ID: 386827-54<br>HINSON, CHARLES M<br>107 EAST WENDYWAY<br>GOLDSBORO NC 27530 |
| CREDITOR ID: 406762-MS<br>HINSON, ROBERT E<br>600 N PARAHAM<br>CLOVER SC 29710 | CREDITOR ID: 406763-MS<br>HINSON, ROGER A.<br>251 RIVER FALLS DR.<br>DUNCAN SC 29334 | CREDITOR ID: 251660-12<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA, FL 32739-0423 |
| CREDITOR ID: 278898-30<br>HINTON FARMS<br>1839 DOVER ROAD N<br>DOVER, FL 33527 | CREDITOR ID: 382983-51<br>HIP OF FLA<br>7 WEST 34TH STREET<br>NEW YORK, NY 10001 | CREDITOR ID: 406764-MS<br>HIPPLE, ROBERT W.<br>5101 HILL GROVE RD<br>CORYDON IN 47112 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278485-24<br>HIRAM 99-GA LLC<br>C/O PRINCIPAL NET LEASE INVESTS LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0301 | CREDITOR ID: 388476-54<br>HIRD, DAVID<br>5080 SW 64TH AVE<br>FORT LAUDERDALE, FL 33314 | CREDITOR ID: 251662-12<br>HIRE A FIRE TRUCK<br>15 MITCHELL AVENUE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 399522-82<br>HIRSCH, CATHERINE<br>520 E. MCNAB ROAD<br>POMPANO BEACH FL 33060 | CREDITOR ID: 406765-MS<br>HIRSHBERG, JEFFERY<br>320 CHARLEMAGNE CIRCLE<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 387312-54<br>HISE, MYRA<br>12940 SW 14TH CT<br>DAVIE, FL 33325 |
| CREDITOR ID: 391894-55<br>HISE, MYRA<br>C/O GREGORY E MONALDI, PA<br>ATTN GREGORY E MONALDI, ESQ<br>600 SOUTH PINE ISLAND, SUITE 203<br>PLANTATION FL 33324 | CREDITOR ID: 251663-12<br>HISPAMER DISTRIBUTORS INC<br>RAFAEL VILLAZON<br>350 NE 75 ST<br>MIAMI, FL 33138 | CREDITOR ID: 267575-31<br>HISPANIC AMERICAN CENTER FOR E<br>ATTN: ANTHONY GUERRERO<br>3097 PRESIDENTIAL DR<br>ATLANTA GA 30340-3914 |
| CREDITOR ID: 251664-12<br>HISPANIC APOSTOLADO<br>5850 FLORIDA BLVD<br>BATON ROUGE, LA 70806 | CREDITOR ID: 267576-31<br>HISPANIC COUNCIL RESOURCES/DEV<br>ATTN: BENITA RAMIREZ<br>14306 LOUISA ST<br>WOODBRIDGE VA 22191-2531 | CREDITOR ID: 251665-12<br>HISPANIC HERITAGE COUNCIL INC<br>5040 NW 7 STREET<br>SUITE 690<br>MIAMI FL 33126 |
| CREDITOR ID: 251566-12<br>HI-SPEED CHECKWEIGHER CO<br>22673 NETWORK PLACE<br>CHICAGO, IL 60673-1226 | CREDITOR ID: 267577-31<br>HISTORIC 1908 CRTHUSE FNDATION<br>ATTN: SHIRLEY GORDAN<br>W MAIN ST<br>INDEPENDENCE VA 24348 | CREDITOR ID: 267578-31<br>HISTORIC MASASSAS INC<br>ATTN: TRICIA DAVIS<br>9431 WEST ST<br>MANASSAS VA 20110-5507 |
| CREDITOR ID: 267579-31<br>HISTORICAL COORDINATOR<br>ATTN: DARRELL HARKEY<br>211 W WATER ST<br>LINCOLNTON NC 28092-2639 | CREDITOR ID: 390308-54<br>HITE, MARGIE<br>3476 FIVE FORK RD<br>FREEMAN VA 23856 | CREDITOR ID: 251667-12<br>HLB TROPICAL FOOD USA INC<br>324 SOUTH UNIVERSITY DRIVE<br>PLANTATION FL 33324 |
| CREDITOR ID: 278486-24<br>HMG COINVESTMENT LLC<br>THOMAS G HOTZ, MANAGING PARTNER<br>1125 S. 103RD STREET<br>SUITE 450<br>OMAHA NE 68124 | CREDITOR ID: 251668-12<br>HMI DISTRIBUTORS<br>PO BOX 710877<br>CINCINNATI OH 45271-0877 | CREDITOR ID: 251669-12<br>HMN SERVICES<br>PO BOX 277<br>LUTZ, FL 33548-0277 |
| CREDITOR ID: 251099-12<br>HO TUGWELL CO<br>ATTN: MYRT TUQWELL, PRES<br>2648 ROME DRIVE<br>BATON ROUGE, LA 70814-2326 | CREDITOR ID: 406766-MS<br>HO, HOANG<br>601 CARDIFF<br>IRVINE CA 92606 | CREDITOR ID: 375232-44<br>HOBART<br>1141 WEST MCNAB ROAD<br>POMPANO BEACH, FL 33069-4795 |
| CREDITOR ID: 251676-12<br>HOBART<br>PO BOX 210968<br>MONTGOMERY, AL 36121-0968 | CREDITOR ID: 375234-44<br>HOBART<br>4324 RHODA DR<br>BATON ROUGE BRANCH<br>BATON ROUGE, LA 70816-4136 | CREDITOR ID: 393754-58<br>HOBART<br>PO BOX 905047<br>CHARLOTTE, NC 28290 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.            **CASE:** 05-03817-3F1

CREDITOR ID: 395294-63
HOBART
3019 5TH AVENUE
COLUMBUS, AL 31904

CREDITOR ID: 251672-12
HOBART
3186 MERCER UNIVERSITY DR
MACON GA 31204-5166

CREDITOR ID: 251670-12
HOBART
1011 N FLOWOOD DR
JACKSON, MS 39232

CREDITOR ID: 251674-12
HOBART
6737 THIRLANE RD
ROANOKE, VA 24019

CREDITOR ID: 251675-12
HOBART
PO BOX 1228
ARDEN, NC 28704

CREDITOR ID: 251673-12
HOBART
ATTN HAROLD W LEWIS, PRES
444 SOUTH WALNUT STREET
FLORENCE, AL 35630

CREDITOR ID: 251671-12
HOBART
140 INDUSTRIAL BLVD
PENSACOLA, FL 32505-2202

CREDITOR ID: 375233-44
HOBART
1262 HUTSON DR
MOBILE, AL 36609-1311

CREDITOR ID: 395298-63
HOBART (JACKSON MS)
1011 N FLOWOOD DR
JACKSON, MS 39208-9533

CREDITOR ID: 395299-63
HOBART (MTG)
725 OLIVER ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 251681-12
HOBART CORP
9100 NW 7 AVE
MIAMI, FL 33150

CREDITOR ID: 251680-12
HOBART CORP
7392 INDUSTRY DR
CHARLESTON, SC 29418

CREDITOR ID: 251679-12
HOBART CORP
6020 PONDERS CT
ROPER CENTER
GREENVILLE SC 29615-4601

CREDITOR ID: 251678-12
HOBART CORP
1141 WEST MCNAB ROAD
POMPANO BEACH, FL 33069-4795

CREDITOR ID: 395304-63
HOBART CORP (LAF)
208 INDUSTRIAL PARKWAY
LAFAYETTE, LA 70508-3210

CREDITOR ID: 381301-47
HOBART CORPORATION
4400 MENDENHALL RD, SUITE 1
MEMPHIS, TN 38141-6722

CREDITOR ID: 251697-12
HOBART CORPORATION
PO BOX 81066
3904 NORTH PEACHTREE ROAD
CHAMBLEE, GA 30366-1066

CREDITOR ID: 251693-12
HOBART CORPORATION
8041-C ARROWRIDGE BOULEVARD
CHARLOTTE, NC 28224

CREDITOR ID: 251688-12
HOBART CORPORATION
3810 CONSUMER ST
RIVIERA BEACH, FL 33404-1719

CREDITOR ID: 395300-63
HOBART CORPORATION
2115 CHAPMAN RD, STE 101
CHATTANOOGA, TN 37421

CREDITOR ID: 395306-63
HOBART CORPORATION
708 LAKESIDE DRIVE
MOBILE, AL 36693

CREDITOR ID: 395662-65
HOBART CORPORATION
701 RIDGE AVENUE
TROY, OH 45374-0001

CREDITOR ID: 395661-65
HOBART CORPORATION
7775 RAMONA BLVD WEST
JACKSONVILLE, FL 32221

CREDITOR ID: 251696-12
HOBART CORPORATION
PO BOX 55490
2418 PALUMBO DRIVE
LEXINGTON KY 40509-5490

CREDITOR ID: 251699-12
HOBART CORPORATION
PO BOX 93852
CHICAGO, IL 60673-0001

CREDITOR ID: 406289-99
HOBART CORPORATION
C/O GUNSTER YOAKLEY & STEWART PA
ATTN: CHRISTIAN A PETERSEN, ESQ
500 EAST BROWARD BLVD, STE 1400
FORT LAUDERDALE FL 33394

CREDITOR ID: 395496-64
HOBART CORPORATION
3186 MERCER UNIVERSITY
MACON, GA 31204

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279020-32<br>HOBART CORPORATION<br>ATTN: CATHY BICE<br>701 RIDGE AVENUE<br>TROY OH 45374 | CREDITOR ID: 279151-33<br>HOBART CORPORATION<br>C/O CATHY L. BICE<br>701 S. RIDGE AVENUE<br>TROY OH 45374-0001 | CREDITOR ID: 251694-12<br>HOBART CORPORATION<br>911 LIVE OAK DR STE 4<br>SUITE 108<br>CHESAPEAKE, VA 23320-2500 |
| CREDITOR ID: 251691-12<br>HOBART CORPORATION<br>5424 W WATERS AVE<br>TAMPA, FL 33634-1294 | CREDITOR ID: 251690-12<br>HOBART CORPORATION<br>4324 RHODA DR<br>BATON ROUGE BRANCH<br>BATON ROUGE, LA 70816-4136 | CREDITOR ID: 251689-12<br>HOBART CORPORATION<br>414 INTERSTATE COURT<br>SARASOTA, FL 34240 |
| CREDITOR ID: 251687-12<br>HOBART CORPORATION<br>245 RIVERCHASE PKY E STE K<br>BIRMINGHAM, AL 35244-2816 | CREDITOR ID: 251685-12<br>HOBART CORPORATION<br>1650 ELM HILL PIKE<br>SUITE 3<br>NASHVILLE TN 37210 | CREDITOR ID: 251684-12<br>HOBART CORPORATION<br>1340-A OLD DAIRY DRIVE<br>PO BOX 1580<br>COLUMBIA, SC 29201 |
| CREDITOR ID: 251683-12<br>HOBART CORPORATION<br>13 W GATE BLVD<br>SAVANNAH GA 31405 | CREDITOR ID: 251682-12<br>HOBART CORPORATION<br>1262 HUTSON DR<br>MOBILE, AL 36609-1311 | CREDITOR ID: 251698-12<br>HOBART CORPORATION<br>PO BOX 905047<br>CHARLOTTE, NC 28290-5047 |
| CREDITOR ID: 251695-12<br>HOBART CORPORATION<br>9777-100 SATELLITE BLVD<br>ORLANDO, FL 32837 | CREDITOR ID: 395303-63<br>HOBART CORPORATION<br>ATTN ANITA CLUTTER/CATHY BICE<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | CREDITOR ID: 375235-44<br>HOBART MFG COMPANY<br>9100 NW 7  AVE<br>MIAMI, FL 33150 |
| CREDITOR ID: 395295-63<br>HOBART MOBILE<br>1262 HUTSON DRIVE<br>MOBILE, AL 36609-1311 | CREDITOR ID: 251701-12<br>HOBART R HELMAN MD PA<br>8620 S TAMIAMI TRAIL SUITE F<br>SARASOTA FL 34238 | CREDITOR ID: 251702-12<br>HOBART SALES<br>1836 VOLUNTEER PARKWAY<br>PO BOX 635<br>BRISTOL, TN 37621 |
| CREDITOR ID: 251707-12<br>HOBART SALES & SERVICE<br>PO BOX 64666<br>FAYETTEVILLE, NC 28306-0666 | CREDITOR ID: 251706-12<br>HOBART SALES & SERVICE<br>PO BOX 4380<br>COLUMBUS, GA 31904-8134 | CREDITOR ID: 395309-63<br>HOBART SALES & SERVICE<br>3186 MERCER UNIVERSITY<br>MACON, GA 31204 |
| CREDITOR ID: 251705-12<br>HOBART SALES & SERVICE<br>PO BOX 33686<br>RALEIGH, NC 27636 | CREDITOR ID: 251704-12<br>HOBART SALES & SERVICE<br>6020 PONDERS CT<br>GREENVILLE SC 29615 | CREDITOR ID: 251703-12<br>HOBART SALES & SERVICE<br>2195 COMMERCIAL CT<br>EVANSVILLE IN 47720 |
| CREDITOR ID: 251709-12<br>HOBART SALES & SERVICES<br>DBA MUSSER FOOD EQUIPMENT INC<br>3186 MERCER UNIVERSITY<br>MACON, GA 31204 | CREDITOR ID: 251708-12<br>HOBART SALES & SERVICES<br>5661 DIVISION DR<br>FT MYERS, FL 33905 | CREDITOR ID: 381101-47<br>HOBART SALES AND SERVICE<br>LR PRICE EQUIP CO INC<br>2603 GREENGATE DRIVE<br>PO BOX 16051<br>GREENSBORO, NC 27406 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251711-12<br>HOBART SALES AND SERVICE<br>KL MOBLEY EQUIPMENT INC<br>PO BOX 33686<br>RALEIGH, NC 27636 | CREDITOR ID: 251710-12<br>HOBART SALES AND SERVICE<br>1739 KELLY RD<br>RICHMOND VA 23230 | CREDITOR ID: 395310-63<br>HOBART SERVICE<br>701 S RIDGE AVENUE<br>TROY, OH 45374 |
| CREDITOR ID: 384163-47<br>HOBART SERVICE NINE EQUIPMENT CO INC<br>423 CRAWFORD AVENUE<br>AUGUSTA, GA 30904 | CREDITOR ID: 381166-47<br>HOBART, CHARLOTTE<br>8041 C  ARROWRIDGE  BLVD<br>CHARLOTTE, NC 28273 | CREDITOR ID: 395497-64<br>HOBART/BIRMINGHAM<br>245 RIVERCHASE PKWY EAST<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 395498-64<br>HOBART/FLORANCE<br>1262 HUTSON DRIVE<br>MOBILE, AL 36609-1311 | CREDITOR ID: 395499-64<br>HOBART/JACKSON<br>1011 N FLOWOOD DR<br>JACKSON, MS 39208-9533 | CREDITOR ID: 395500-64<br>HOBART/MEMPHIS<br>4400 MENDENHALL, SUITE 1<br>MEMPHIS, TN 38141 |
| CREDITOR ID: 387663-54<br>HOBBS, JAMES G<br>37 MCDONOUGH ROAD<br>DUNLAP TN 37327 | CREDITOR ID: 390089-54<br>HOBBS, LISA<br>700 S. WASHINGTON AVE.<br>TITUSVILLE, FL 32780 | CREDITOR ID: 393544-55<br>HOBBS, LISA<br>C/O: KARLA T. TORPY, ESQUIRE<br>GRAHAM, MOLETTEIRE & TORPY, P.A.<br>10 SUNTREE PLACE<br>MELBOURNE FL 32940 |
| CREDITOR ID: 262469-12<br>HOBBS, TAMMY<br>2721 WHITEOAK ROAD<br>THOMSON, GA 30824 | CREDITOR ID: 251712-12<br>HOBE SOUND<br>CHAMBER OF COMMERCE<br>PO BOX 1507<br>HOBE SOUND, FL 33475-1507 | CREDITOR ID: 1439-07<br>HOBE SOUND S C COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 251713-12<br>HOBE SOUND S C COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 251714-12<br>HOBE'S OLD FASHIONED CURED HAM<br>PO BOX 350<br>WILKESBORO NC 28697 | CREDITOR ID: 278638-24<br>HOB-LOB LIMITED PARTNERSHIP<br>7707 SW 44TH STREET<br>OKLAHOMA CITY OK 73179 |
| CREDITOR ID: 267580-31<br>HOBUCKEN COMMUNITY DEVELOPMENT<br>ATTN: ANNETTE JONES<br>69 LOWLAND RD<br>HOBUCKEN NC 28537 | CREDITOR ID: 400167-86<br>HODGE, CAROL ANN<br>680 S 6TH ST., APT 39<br>MACCLENNY  FL 32063 | CREDITOR ID: 403755-94<br>HODGE, CHARLES B<br>13111 SUBURBAN TERRACE<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 400743-91<br>HODGE, CHARLES B<br>17325 PROMENADE DR.<br>CLERMONT FL 34711 | CREDITOR ID: 400744-91<br>HODGE, MICKEY O<br>339 HIGH RIDGE<br>WETUMPKA AL 36093 | CREDITOR ID: 470-03<br>HODGES BONDED WAREHOUSE<br>PO BOX 9099<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 243428-12<br>HODGES, BETTY MAE<br>295 KALMIA LANE<br>BOONE NC 28607 | CREDITOR ID: 250449-12<br>HODGES, GEORGE<br>95 SPRING STREET<br>ROCKY MOUNT, VA 24151 | CREDITOR ID: 389305-54<br>HODGES, KENNETH<br>2332 HIGHWAY 253<br>DONALSONVILLE GA 39845 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389751-54<br>HODGES, KENNETH<br>509 GORDON AVENUE, APT. B-32<br>BAINBRIDGE GA 39819 | CREDITOR ID: 393370-55<br>HODGES, KENNETH<br>C/O LAW OFFICES OF MELINDA KATZ<br>ATTN MELINDA KATZ, ESQ<br>210 SOUTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 256229-12<br>HODGES, MICHAEL<br>JACKSONVILLE SHERRIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 388447-54<br>HODGES, NICOLE<br>5580 NW 61 STREET<br>COCONUT CREEK, FL 33073 | CREDITOR ID: 392542-55<br>HODGES, NICOLE<br>C/O RICK S JACOBS, PA<br>ATTN RICK S JACOBS, ESQ<br>1600 SOUTH FEDERAL HWY, SUITE 1101<br>POMPANO BEACH FL 33062 | CREDITOR ID: 406767-MS<br>HODOVANICH, ROBERT<br>340 NE 30TH ST.<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 251715-12<br>HOEKSEMA ENTERPRISES, INC DBA<br>GILLIARDS TRUCK SERVICE<br>ATTN RICK HOEKSEMA, PRES<br>2740 INDUSTRIAL PARK DRIVE<br>LAKELAND FL 33801 | CREDITOR ID: 406768-MS<br>HOFF, SUZANNE<br>313 BROWNWOOD CT<br>MONTGOMERY AL 36117 | CREDITOR ID: 251716-12<br>HOFFMAN BEVERAGE CO<br>5464 GREENWICH ROAD<br>VIRGINIA BEACH VA 23462-6599 |
| CREDITOR ID: 251717-12<br>HOFFMAN ELEMENTARY<br>2622 S PREIER ST<br>NEW ORLEANS, LA 70125 | CREDITOR ID: 243931-12<br>HOFFMAN, BRETT A<br>421 MCNEIL STREET<br>GASTONIA NC 28054 | CREDITOR ID: 397889-76<br>HOFFMAN, JOHN<br>733 45TH ST.<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 403757-94<br>HOFFMAN, JOSEPH P<br>1 REBECCA CT<br>HOMOSASSA FL 34446 | CREDITOR ID: 386964-54<br>HOFFMAN, KRISTINE<br>914 SUN KEY COURT<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 387623-54<br>HOFFMAN, NORMA<br>3418 NE 175TH RD<br>CITRA FL 32113 |
| CREDITOR ID: 386016-54<br>HOFMANN, HELEN<br>7098 WEST CHRISTIAN DRIVE<br>NEW PALESTINE, IN 46163 | CREDITOR ID: 259668-12<br>HOFMANN, RITCHIE<br>PO BOX 1033<br>GONZALES, LA 70707 | CREDITOR ID: 382660-51<br>HOGAN & HARTSON LLP<br>ATTN: EVAN MILLER<br>553 13TH ST NW<br>WASHINGTON, DC 20004-1109 |
| CREDITOR ID: 251718-12<br>HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555 THIRTEENTH STREET NW<br>WASHINGTON, DC 20004-1109 | CREDITOR ID: 251719-12<br>HOGAN DEVELOPMENT CO<br>ATTN: DONYA  CLARK<br>PO BOX 7606<br>LOUISVILLE, KY 40257-0606 | CREDITOR ID: 406769-MS<br>HOGAN, DAVID<br>2195 WINDSOR DRIVE<br>MERRITT ISLAND FL 32952 |
| CREDITOR ID: 390390-54<br>HOGELIN, MARY ANN<br>631 HOLLY HILL RD<br>CENTREVILLE, AL 35042 | CREDITOR ID: 391297-55<br>HOGELIN, MARY ANN<br>C/O: MICHAEL MURPHY<br>MICHAEL L. MURPHY<br>44 COURT SQUARE EAST<br>CENTREVILLE AL 35042 | CREDITOR ID: 387470-54<br>HOHREITER, KATHY<br>941 GILLHAM<br>FORT WORTH TX 76114 |
| CREDITOR ID: 2305-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON, GA 30126-0663 | CREDITOR ID: 251720-12<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON, GA 30126 | CREDITOR ID: 386701-54<br>HOLCOMB, CAIN<br>1773 SE COOLIDGE TRAIL<br>LEE FL 32059 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391653-55<br>HOLCOMB, CAIN<br>C/O JAMES RADLOFF<br>RADLOFF & RADLOFF<br>2051 ART MUSEUM DRIVE<br>SUITE 200<br>JACKSONVILLE FL 32207 | CREDITOR ID: 259768-12<br>HOLCOMBE, ROBERT<br>5026 OAKDALE DRIVE<br>DOUGLASVILLE, GA 30135 | CREDITOR ID: 251721-12<br>HOLDEN CROSSING SHOPPING CNTR<br>3800 A SOUTH HOLDEN ROAD<br>GREENSBORO NC 27406 |
| CREDITOR ID: 244260-12<br>HOLDEN, BYRON<br>2700 13TH STREET N E<br>HICKORY NC 28601 | CREDITOR ID: 406770-MS<br>HOLDEN, CHARLES L.<br>8213 HEATHROW PL<br>MONTGOMERY AL 36117 | CREDITOR ID: 397828-76<br>HOLDEN, ROBERT<br>8601 CARILLIAN PLACE<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 390002-54<br>HOLDEN-MCCUDDY, TRISHA<br>1610 SOUTH ORANGE BLOSSOM TRAI<br>ORLANDO FL 32805 | CREDITOR ID: 393517-55<br>HOLDEN-MCCUDDY, TRISHA<br>C/O ALAN B GARFINKEL<br>GARFINKEL TRIAL GROUP<br>300 N. MAITLAND AVE<br>MAITLAND FL 32751 | CREDITOR ID: 251722-12<br>HOLDER ELECTRIC SUPPLY<br>PO BOX 2368<br>GREENVILLE SC 29602-2368 |
| CREDITOR ID: 406771-MS<br>HOLDER JR, GEORGE T<br>1920 CALVIN DRIVE<br>DULUTH GA 30097-5113 | CREDITOR ID: 392976-55<br>HOLDER, CORRINE (MINOR)<br>C/O ROSEN SWITKES CABRERA ET AL<br>ATTN REGINA FRANCO-MURPHEY, ESQ<br>PENTHOUSE SOUTHEAST<br>407 LINCOLN ROAD<br>MIAMI BEACH FL 33139 | CREDITOR ID: 389085-54<br>HOLDER, CORRINE (MINOR)<br>6649 SW 8TH ST<br>PEMBROKE PINES, FL 33024 |
| CREDITOR ID: 390098-54<br>HOLDER, DAVID<br>509 SANDY OAK DR.<br>PENSACOLA, FL 32506 | CREDITOR ID: 393554-55<br>HOLDER, DAVID<br>C/O: RANDLE D THOMPSON, ESQ.<br>KERRIGAN, ESTESS, RANKIN & MCLEOD, LLP<br>P. O. BOX 12009<br>PENSACOLA FL 32591 | CREDITOR ID: 253078-12<br>HOLDRIDGE, JIM<br>573 IAN COURT<br>CASTLEROCK CO 80108 |
| CREDITOR ID: 243511-12<br>HOLEMAN, BILL<br>1033 HWY 399<br>BEATTYVILLE KY 41311 | CREDITOR ID: 251726-12<br>HOLIDAY INN<br>630 ASSEMBLY STREET<br>COLUMBIA, SC 29201 | CREDITOR ID: 251728-12<br>HOLIDAY INN<br>PO BOX 564<br>HWY 231 US 29 TROY EXIT<br>TROY AL 36081 |
| CREDITOR ID: 251725-12<br>HOLIDAY INN<br>3260 US HIGHWAY 98 NORTH<br>LAKELAND FL 33805 | CREDITOR ID: 251729-12<br>HOLIDAY INN<br>PO BOX 711<br>WILLIAMSTON, NC 27892 | CREDITOR ID: 251727-12<br>HOLIDAY INN<br>PO BOX 37888<br>JACKSONVILLE, FL 32236 |
| CREDITOR ID: 251724-12<br>HOLIDAY INN<br>150 PARK AVE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 251723-12<br>HOLIDAY INN<br>14670 DUVAL ROAD<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 251730-12<br>HOLIDAY INN AIRPORT<br>2929 WILLIAMS BLVD<br>KENNER LA 70062 |
| CREDITOR ID: 251731-12<br>HOLIDAY INN BAY MEADOWS<br>9150 BAYMEADOWS ROAD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 251732-12<br>HOLIDAY INN COLUMBUS<br>1200 HWY 45 NORTH<br>COLUMBUS MS 39705 | CREDITOR ID: 251733-12<br>HOLIDAY INN EXP HOTEL & SUITES<br>520 JOHN B WILSON COURT<br>LAWRENCEVILLE, GA 30045 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381377-47<br>HOLIDAY INN EXPRESS<br>260 CAHABA VALLEY RD<br>PELHAM, AL 35124 | CREDITOR ID: 251736-12<br>HOLIDAY INN EXPRESS<br>HWY 231 @ US 29<br>TROY AL 36081 | CREDITOR ID: 251735-12<br>HOLIDAY INN EXPRESS<br>ATTN KISH KANJI, GM<br>4675 SALISBURY ROAD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 251737-12<br>HOLIDAY INN EXPRESS CAROWINDS<br>3560 LAKEMONT BLVD<br>FORT MILL SC 29715 | CREDITOR ID: 251738-12<br>HOLIDAY INN EXPRESS HOTEL & SUITES<br>2102 NORTH PARK ROAD<br>PLANT CITY FL 33566 | CREDITOR ID: 251739-12<br>HOLIDAY INN EXPRESS ORLANDO EAST<br>8750 EAST COLONIAL DRIVE<br>ORLANDO FL 32817 |
| CREDITOR ID: 251740-12<br>HOLIDAY INN EXPRESS/CLAYTON GARNER<br>105 LEONE CT<br>EXIT 312 I-40 & HWY 42<br>GARNER, NC 27529 | CREDITOR ID: 251741-12<br>HOLIDAY INN I -95 FAYETTEVILLE<br>1944 CEDAR CREEK ROAD<br>FAYETTEVILLE NC 28312 | CREDITOR ID: 251742-12<br>HOLIDAY INN MELBOURNE BEACH<br>2605 NORTH A1A<br>MELBOURNE FL 32903 |
| CREDITOR ID: 251743-12<br>HOLIDAY INN NEWNAN<br>6 HERRING ROAD<br>NEWNAN, GA 30265 | CREDITOR ID: 251744-12<br>HOLIDAY INN OF JACKSONVILLE AIRPORT<br>I-95 AT AIRPORT ROAD<br>PO BOX 18409<br>JACKSONVILLE FL 32229-0409 | CREDITOR ID: 251745-12<br>HOLIDAY INN SELECT OF HICKORY<br>1385 LENOIR RHYNE BLVD<br>HICKORY NC 28602 |
| CREDITOR ID: 251746-12<br>HOLIDAY TENT RENTALS<br>1990 HIGHWAY 44<br>EUSTIS FL 32726 | CREDITOR ID: 400168-86<br>HOLLAMON, RACHEL<br>9020 NW 24TH PLACE<br>SUNRISE  FL 33322 | CREDITOR ID: 251747-12<br>HOLLAND & KNIGHT LLP<br>PO BOX 32092<br>LAKELAND, FL 33802-2092 |
| CREDITOR ID: 251748-12<br>HOLLAND INDUSTRIAL<br>PO BOX 987<br>518 W MONTGOMERY STREET<br>HENDERSON NC 27356 | CREDITOR ID: 251749-12<br>HOLLAND MANUFACTURING<br>5861 51ST STREET<br>KENOSHA WI 53144 | CREDITOR ID: 251750-12<br>HOLLAND MANUFACTURING CO INC<br>PO BOX 5568<br>DOTHAN AL 36302-5568 |
| CREDITOR ID: 251751-12<br>HOLLAND SWEETENER CO NA, INC<br>ATTN KEN DOOLEY, PRES<br>BLDG 11 SUITE 260<br>1640 POWERS FERRY RD<br>MARIETTA, GA 30067 | CREDITOR ID: 384164-47<br>HOLLAND SWEETNER NORTH AMERICA INC<br>1640 POWERS FERRY ROAD<br>BLDG 11 SUITE 260<br>MARIETTA, GA 30067 | CREDITOR ID: 241576-12<br>HOLLAND, ADAM<br>1628 GLEN OAK LANE<br>LUTZ FL 33549 |
| CREDITOR ID: 385413-54<br>HOLLAND, CHANDLER (MINOR)<br>1209 ARMSTRONG CIRCLE<br>RALEIGH, NC 27610 | CREDITOR ID: 387746-54<br>HOLLAND, MATTHEW<br>6839 WAVERLY STREET<br>YOUNGSTOWN FL 32466 | CREDITOR ID: 388588-54<br>HOLLAND, STACY<br>1102 NORTHVIEW DRIVE<br>SANFORD NC 27330 |
| CREDITOR ID: 386092-54<br>HOLLANDE, JOSHUA<br>4953 GUN CLUB RD<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 278899-30<br>HOLLAR & GREENE PRODUCE CO INC<br>PO BOX 3500<br>BOONE, NC 28607-3500 | CREDITOR ID: 386999-54<br>HOLLAR, SHERRI<br>6023 CRYSTAL DRIVE<br>LOT #189<br>COLUMBUS GA 31907 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 251753-12
HOLLEY C MCKENZIE
1413 KELLY DRIVE
PELHAM AL 35124

CREDITOR ID: 385630-54
HOLLEY, JULIUS
699 WEST JUDGE PEREZ DRIVE, SU
CHALMETTE, LA 70044-0428

CREDITOR ID: 390921-55
HOLLEY, JULIUS
C/O LAW OFFICE OF FRANK D IPPOLITO
ATTN FRANK D IPPOLITO ESQ
700 WEST JUDGE PEREZ DRIVE #101
PO BOX 428 (70044)
CHALMETTE LA 70043

CREDITOR ID: 392286-55
HOLLEY, SHAWN MARIE
C/O: BARRY E. NEWMAN, ESQ.
SPOHRER, WILNER MAXWELL & MATHEWS
701 W. ADAMS ST.
JACKSONVILLE FL 32204

CREDITOR ID: 388009-54
HOLLEY, SHAWN MARIE
700 W. ADAMS STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 384165-47
HOLLEY-NAVARRE WATER SYS
8574 TURKEY BLUFF RD
NAVARRE, AL 32566-2444

CREDITOR ID: 251755-12
HOLLIES LOCKSMITH SERVICE INC
3328 S E 60-ST BOX 26
QUAIL HOLLOW
MADISON FL 32340

CREDITOR ID: 384166-47
HOLLIFIELD FARMS INC
72 HOLLIFIELD RD
COVINGTON, GA 30209

CREDITOR ID: 245042-12
HOLLINGSWORTH, CHARLES
2031 WINONA AVENUE
MONTGOMERY, AL 36107

CREDITOR ID: 389197-54
HOLLINGSWORTH, JOYCE
13271 SW 53RD STREET
MIRAMAR, FL 33027

CREDITOR ID: 393058-55
HOLLINGSWORTH, JOYCE
C/O BRUCE J FREEDMAN LAW OFFICES
ATTN BRUCE H FREEDMAN, ESQ
300 NW 82ND AVENUE, SUITE 415
PLANTATION FL 33324

CREDITOR ID: 406772-MS
HOLLINGSWORTH, STEVEN
14532 64TH WAY N.
PALM BEACH GARDENS FL 33418

CREDITOR ID: 388750-54
HOLLINS, REGINA
418 WEST HAL MCRAE
AVON PARK FL 33825

CREDITOR ID: 251757-12
HOLLIS JONES
1126 STONEBROOK LANE
BREMEN GA 30110

CREDITOR ID: 400169-86
HOLLON, BRENDA
1537 ARMOURY DRIVE, P.O. BOX 681
JACKSON  KY 41339

CREDITOR ID: 251758-12
HOLLOWAY CREDIT SOLUTIONS LLC
PO BOX 230609
MONTGOMERY, AL 36123-0609

CREDITOR ID: 251759-12
HOLLOWAY DOBSON & BACHMAN INC ATTYS
ONE LEADERSHIP SQUARE
211 NORTH ROBINSON
SUITE 900
OKLAHOMA CITY OK 73102-7102

CREDITOR ID: 251760-12
HOLLOWAY HOUSE INC
ATTN CAMERON N ECK, CFO
PO BOX 50126
INDIANAPOLIS, IN 46250

CREDITOR ID: 373986-44
HOLLOWAY, BRIDGETTE
NOL DIV STORE# 1339
40091 MCDUFFIE CNTY RD
HAMILTON, MS 39746

CREDITOR ID: 256023-12
HOLLOWAY, MELFORD E
211 GRAVES STREET
REIDSVILLE, NC 27320

CREDITOR ID: 406773-MS
HOLLOWAY, THOMAS E.
3557 HERITAGE RD. E.
JACKSONVILLE FL 32277

CREDITOR ID: 251761-12
HOLLY L RICHARDS
7608 W ROSEDALE DRIVE
HOMOSASSA FL 34448

CREDITOR ID: 251762-12
HOLLY M JONES
718 HIGHLAND CREST LOOP
LAKE WALES FL 33853

CREDITOR ID: 251764-12
HOLLY SQ ASSOCIATES
PO BOX 400
COLONIAL HEIGHTS VA 23834

CREDITOR ID: 251765-12
HOLLYWOOD DOOR CO
1118 CENTRAL AVE    PO BOX 395
METAIRIE LA 70004-0395

CREDITOR ID: 251766-12
HOLMAN INC
PO BOX 60332
JACKSONVILLE FL 32236

CREDITOR ID: 267581-31
HOLMES COUNTY DEVELOPMENT COMM
ATTN: JYL EICKMANN
106 E BYRD AVE
BONIFAY FL 32425-3004

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**    **WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:**    **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262831-12<br>HOLMES GROUP, THE<br>PO BOX 538123<br>ATLANTA, GA 30353-8123 | CREDITOR ID: 251767-12<br>HOLMES STAMP & SIGN<br>ATTN: BOB CRAFT, PRES<br>PO BOX 5274<br>JACKSONVILLE, FL 32247 | CREDITOR ID: 251768-12<br>HOLMES STAMP COMPANY<br>PO BOX 5274<br>JACKSONVILLE, FL 32247 |
| CREDITOR ID: 251769-12<br>HOLMES TRANSPORT INC<br>1800 16TH STREET NW<br>SHEFFIELD AL 35660 | CREDITOR ID: 385854-54<br>HOLMES, BERNADETTE MARIE<br>431 S JEFF DAVIS PKWY<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 391105-55<br>HOLMES, BERNADETTE MARIE<br>C/O ENOW AND ASSOCIATES<br>ATTN MICHAEL E ENOW<br>234 LOYOLA AVENUE, STE 1010<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 387415-54<br>HOLMES, CONNIE<br>PO BOX 365<br>PLATTEVILLE, LA 70393 | CREDITOR ID: 393046-55<br>HOLMES, DANA S<br>C/O: COHN, PARKER & COHN, PA<br>1152 N. UNIVERSITY DRIVE<br>SUITE 201<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 389182-54<br>HOLMES, DANA S<br>2059 SUN TREE DRIVE<br>CLEARWATER, FL 33763 |
| CREDITOR ID: 247570-12<br>HOLMES, DANIELLE P<br>102 PHILLIP CT<br>GOLDSBORO, NC 27530 | CREDITOR ID: 389351-54<br>HOLMES, LEROY<br>RT.5 BOX 6860<br>MADISON FL 32340 | CREDITOR ID: 393158-55<br>HOLMES, LEROY<br>C/O: PROCTOR & KOLE<br>LAURA FULLERTON LOPEZ<br>229 PINEWOOD DRIVE<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 387189-54<br>HOLMES, SANDRA<br>420 RIVEROAKS DR.<br>OSTEEN, FL 32764 | CREDITOR ID: 391775-55<br>HOLMES, SANDRA<br>C/O: SCOTT W. ZIRKLE, ESQ.<br>BOGIN, MUNNS & MUNNS<br>2601 TECHNOLOGY DR.<br>ORLANDO FL 32804 | CREDITOR ID: 385566-54<br>HOLMES, YOLANDA D<br>15120 JACKSON ST<br>MIAMI, FL 33176 |
| CREDITOR ID: 390862-55<br>HOLMES, YOLANDA D<br>C/O: ALAN TELISMAN, ESQUIRE<br>GROSS & TELISMAN<br>12805 S.W. 84TH AVE RD<br>MIAMI FL 33156 | CREDITOR ID: 393260-55<br>HOLNESS, TIANDRA (MINOR)<br>C/O: LAYNE VEREBAY<br>LAYNE VEREBAY, P.A.<br>888 SE 3RD AVE, STE. 400<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 389593-54<br>HOLNESS, TIANDRA (MINOR)<br>8840 ANDORRA DRIVE<br>MIRAMAR, FL 33025 |
| CREDITOR ID: 251770-12<br>HOLOX LTD<br>CALLER 6100<br>NORCROSS GA 30091-6100 | CREDITOR ID: 243699-12<br>HOLSCLAW, BOBBIE<br>JEFFERSON COUNTY CLERKS OFFICE<br>PO BOX 33033<br>LOUISVILLE KY 40232 | CREDITOR ID: 386485-54<br>HOLSEY, MAGALINE<br>2221 WESTOVER DRIVE<br>EAST POINT GA 30344 |
| CREDITOR ID: 251771-12<br>HOLSTON DISTRIBUTING CO<br>310 LAFE COX DR<br>JOHNSON CITY, TN 37604 | CREDITOR ID: 406774-MS<br>HOLSTON, MARK<br>300 N.W. 204TH AVENUE<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 251772-12<br>HOLSUM BAKERS OF MIAMI<br>8700 NW 77TH COURT<br>MIAMI, FL 33166 |
| CREDITOR ID: 251773-12<br>HOLT NEY ZATCOFF & WASSERMAN LLP<br>100 GALLERIA PARKWAY<br>SUITE 600<br>ATLANTA, GA 30339-5911 | CREDITOR ID: 387814-54<br>HOLT, PATTY<br>2401 NORTH OCEAN BLVD<br>FORT LAUDERDALE, FL 33305 | CREDITOR ID: 392140-55<br>HOLT, PATTY<br>C/O: HUGO A RODRIGUEZ, ESQ<br>LAW OFFICES OF JASON BARNETT<br>1132 SE 2ND AVENUE<br>FT LAUDERDALE FL 33316 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406018-15<br>HOLT, SUSAN<br>C/O J BENJAMIN BURNS, PC<br>ATTN J BENJAMIN BURNS, ESQ<br>PO BOX 1573<br>COLUMBUS GA 31902 | CREDITOR ID: 406018-15<br>HOLT, SUSAN<br>1912 KITTRELL DRIVE<br>PHENIX CITY AL 36870 | CREDITOR ID: 381829-48<br>HOLTHOUSE CARLIN ET AL LLP<br>ATTN ROBIN M PAULE<br>4550 E THOUSAND OAKS BLVD #200<br>WESTLAKE VILLAGE CA 91362 |
| CREDITOR ID: 388233-54<br>HOLTON, AMBER<br>6111 MOREE LANE<br>ALBANY GA 31705 | CREDITOR ID: 405972-15<br>HOLTON, SONYA DENISE<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, STE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 251774-12<br>HOLY CROSS SCHOOL<br>4950 DAUPHINE ST<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 251775-12<br>HOLY FAMILY CATHOLIC CHURCH<br>155 HOLY FAMILY LANE<br>LULING, LA 70070 | CREDITOR ID: 251776-12<br>HOLY GHOST CATHOLIC SCHOOL<br>2035 TOLEDANO ST<br>NEW ORELANS, LA 70115 | CREDITOR ID: 251777-12<br>HOLY GHOST SCHOOL<br>507 N OAK ST<br>HAMMOND, LA 70401 |
| CREDITOR ID: 251778-12<br>HOLY ROSARY CHURCH<br>8594 MAIN ST<br>HOUMA, LA 70363 | CREDITOR ID: 251779-12<br>HOLY SAVIOR CATHOLIC SCHOOL<br>201 CHURCH ST<br>LOCKPORT, LA 70374 | CREDITOR ID: 251780-12<br>HOLY TRINITY EV LUTHERAN CHURCH<br>505 COWAN RD<br>GULFPORT, MS 39507 |
| CREDITOR ID: 251781-12<br>HOLY TRINITY SCHOOL<br>5411 MOELLER AVE<br>STORE#1753<br>NORWOOD OH 45212 | CREDITOR ID: 251782-12<br>HOLY TRINITY SCHOOL KY<br>10 CHESAPEAKE<br>NEWPORT KY 41071 | CREDITOR ID: 406775-MS<br>HOLZ, LOGAN<br>666 KILCHURN DR.<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 387436-54<br>HOLZENDORF, SABRINA<br>1705 ELLIS STREET<br>BRUNSWICK, GA 31520 | CREDITOR ID: 391980-55<br>HOLZENDORF, SABRINA<br>C/O R MICHAEL PATRICK, ESQ<br>1706 ELLIS STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 251783-12<br>HOMADE FOODS<br>PO BOX 505<br>BAGDAD, FL 32530-0505 |
| CREDITOR ID: 375243-44<br>HOM-ADE FOODS<br>PO BOX 505<br>BAGDAD, FL 32530-0505 | CREDITOR ID: 389250-54<br>HOMAN, STEPHANIE<br>50420 PHILLIPSVILLE<br>BAY MINETTE AL 36507 | CREDITOR ID: 251784-12<br>HOME CITY ICE<br>5709 HARRISON AVENUE<br>CINCINNATI, OH 45248 |
| CREDITOR ID: 404835-95<br>HOME DEPOT<br>PO BOX 9903<br>MACON GA 31297-9903 | CREDITOR ID: 407728-93<br>HOME DEPOT<br>C/O PRO CONSULTING SERVICES INC<br>COLLECTIONS DIV<br>PO BOX 66768<br>HOUSTON TX 77266-6768 | CREDITOR ID: 251786-12<br>HOME DEPOT<br>PO BOX 9055<br>DES MOINES, IA 50368-9055 |
| CREDITOR ID: 251785-12<br>HOME DEPOT<br>PO BOX 7247-7491<br>PHILADELPHIA PA 19170-7491 | CREDITOR ID: 251787-12<br>HOME DEPOT CREDIT SERVICE<br>PO BOX 6029<br>THE LAKES, NV 88901-6029 | CREDITOR ID: 375244-44<br>HOME LUMBER & INDUST SUPPLY<br>1050 E 25TH ST<br>HIALEAH, FL 33013 |

**SERVICE LIST**

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:**   **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251788-12<br>HOME LUMBER & INDUSTRIAL SUPPLY<br>ATTN: JOEL KOKIEL, PRES<br>1050 E 25TH STREET<br>HIALEAH, FL 33013 | CREDITOR ID: 250097-12<br>HOME MARKET FOODS INC<br>FREEZER QUEEN FOODS INC<br>ATTN STEVEN SMITH, GENERAL MGR<br>975 FUHRMANN BLVD<br>BUFFALO NY 14203 | CREDITOR ID: 251789-12<br>HOME OF MAXAM PRODUCTS<br>3920 SOUTH WALTON WALKER BLVD<br>DALLAS, TX 75236-1510 |
| CREDITOR ID: 404836-95<br>HOME STYLE FOODS<br>PO BOX 383<br>ANDALUSIA AL 36420 | CREDITOR ID: 251790-12<br>HOME STYLE FOODS<br>PO BOX 2053<br>STOCKBRIDGE, GA 30281 | CREDITOR ID: 251791-12<br>HOMECARE LABS<br>PO BOX 7247-7959<br>PHILADELPHIA, PA 19170-7959 |
| CREDITOR ID: 251792-12<br>HOMELAND CREAMERY LLC<br>6506 BOWMAN DAIRY ROAD<br>JULIAN, NC 27283 | CREDITOR ID: 251793-12<br>HOMESTEAD HOSPITAL<br>PO BOX 025440<br>MIAMI, FL 33102-5440 | CREDITOR ID: 403316-83<br>HOMESTEAD HOSPITAL/CORRESPONDENCE DEPT.<br>160 N.W. 13TH STREET<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 251794-12<br>HOMESTEAD PLAZA<br>4725 S W 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 2306-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 251795-12<br>HOMESTEAD POLE BEAN COOPERATIVE INC<br>PO BOX 322248<br>HOMESTEAD, FL 33032-1548 |
| CREDITOR ID: 251796-12<br>HOMESTEAD STUDIO SUITES HOTEL<br>JACKSONVILLE/SOUTHEAST<br>4693 SALISBURY ROAD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 251797-12<br>HOMESTEAD VILLAGE<br>12 PERIMETER PARK SOUTH<br>BIRMINGHAM PERIMETER PARK SOUTH<br>BIRMINGHAM, AL 35243 | CREDITOR ID: 251798-12<br>HOMESTYLE CHILI<br>PO BOX 491<br>LONDON KY 40741 |
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN: LEE P MORGAN<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 251799-12<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HWY<br>ATHENS, GA 30606 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 |
| CREDITOR ID: 267582-31<br>HOMEWOOD CY ST SANITATION DEPT<br>ATTN: DAVID MCASHE<br>187 CITATION CT<br>BIRMINGHAM AL 35209-6306 | CREDITOR ID: 251800-12<br>HOMOSASSA ASSOC<br>6700 N W BROKEN SOUND PKWY<br>SUITE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 1443-07<br>HOMOSASSA ASSOCIATION<br>6700 NW BROKEN SOUND PKWY, STE. 201<br>BOCA RATON, FL 33487 |
| CREDITOR ID: 251801-12<br>HOMOSASSA SPECIAL WATER<br>PO BOX 195<br>HOMOSASSA, FL 34487-0195 | CREDITOR ID: 389466-54<br>HONE, JOHN<br>5324 16TH ST W.<br>BRADENTON FL 34207 | CREDITOR ID: 267583-31<br>HONEA PATH TOWN OF INC<br>ATTN: THOMAS BROCK<br>109 SANDERS ST<br>HONEA PATH SC 29654-1844 |
| CREDITOR ID: 397279-69<br>HONEA, CHARLES<br>451 PRATE FARM ROAD<br>SENECA, SC 29678 | CREDITOR ID: 384041-47<br>HONEA, CHARLES R<br>451 PRATER FARM RD<br>SENECA, SC 29678 | CREDITOR ID: 381124-47<br>HONEA, CHARLES R<br>265 SHOAL CREEK CHURCH RD<br>LAVONIA, GA 30553 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251802-12<br>HONEY BARN<br>793 REED LANE<br>SIMPSONVILLE, KY 40067 | CREDITOR ID: 404837-95<br>HONEY DEW PRODUCTS INC<br>PO BOX 800<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 251803-12<br>HONEY DEW PRODUCTS INC<br>PO BOX 14130<br>RALEIGH, NC 27620 |
| CREDITOR ID: 251804-12<br>HONEY DO LIST LLC<br>11105 BROOK BEND COURT<br>LOUISVILLE KY 40229 | CREDITOR ID: 251805-12<br>HONEY HOLDING  LTD/DBA HOYTS<br>HONEY FARM<br>PO BOX 203047<br>HOUSTON TX 77216-3047 | CREDITOR ID: 251806-12<br>HONEY ISLAND ELEMENTARY<br>500 S MILITARY RD<br>SLIDELL, LA 70461 |
| CREDITOR ID: 400519-88<br>HONEYCUTT, JOSHUA<br>C/O D. BLAYNE HONEYCUTT<br>506 FLORIDA BOULEVARD<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 251807-12<br>HONEYTREE ENTERPRISES INC<br>6718 COLUMBIA AVENUE<br>LAKE WORTH FL 33467 | CREDITOR ID: 395663-65<br>HONEYWELL<br>4936 LENOIR AVE,<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 251808-12<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>ATTN STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 | CREDITOR ID: 251810-12<br>HONEYWELL INC<br>PO BOX 5114<br>CAROL STREAM, IL 60197-5114 | CREDITOR ID: 251809-12<br>HONEYWELL INC<br>11200 INDUSTRIPLEX BLVD<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 381644-47<br>HONEYWELL INTERNATIONAL INC<br>PO BOX 905132<br>CHARLOTTE, NC 28290-5132 | CREDITOR ID: 381934-15<br>HONEYWELL INTERNATIONAL, INC<br>C/O HONEYWELL SECURITY MONITORING<br>ATTN JENNIFER HARRIGAN<br>2441 WARRENVILLE RD, STE 600<br>LISLE IL 60532 | CREDITOR ID: 251811-12<br>HONOURS GOLF WGV-LLC<br>2 WORLD GOLF PLACE<br>ST AUGUSTINE, FL 32092 |
| CREDITOR ID: 251812-12<br>HONTZAS BROTHERS FOODS INC<br>PO BOX 12841<br>BIRMINGHAM, AL 35202-2841 | CREDITOR ID: 256230-12<br>HOOD, MICHAEL<br>611 MEADOW DRIVE<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 247857-12<br>HOOFKIN, DEBRA<br>C/O TAMIA HOOFKIN<br>4425 CESSNACT COURT<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 388918-54<br>HOOFKIN, KENNETH<br>365 CANAL ST. #2850<br>NEW ORLEANS, LA 70130 | CREDITOR ID: 392823-55<br>HOOFKIN, KENNETH<br>C/O: STUART SMITH, ESQ.<br>PPA LITIGATION GROUP<br>365 CANAL STREET<br>SUITE 2850<br>NEW ORLEANS LA 70130 | CREDITOR ID: 386889-54<br>HOOFKIN, EMMETT<br>2643 ST. PHILLIP STREET<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 406776-MS<br>HOOKS, HARLAN<br>303 NEUSE RIDGE DR.<br>CLAYTON NC 27520 | CREDITOR ID: 406777-MS<br>HOOKS, RODNEY<br>4715 CARDINAL BLVD<br>RALEIGH NC 27604 | CREDITOR ID: 241607-12<br>HOOLEY, ADELE<br>14 PRESTON DRIVE<br>STATESBORO GA 30458 |
| CREDITOR ID: 385402-54<br>HOOPER, ANNETTE<br>3313 GILMORE STREET<br>FERNANDINA BEACH, FL 32034 | CREDITOR ID: 390709-55<br>HOOPER, ANNETTE<br>C/O THE WALKER LAW OFFICES, PA<br>ATTN LAFONDA GIBSON, ESQ<br>625 WEST UNION STREET, SUITE 3<br>JACKSONVILLE FL 32202 | CREDITOR ID: 374741-44<br>HOOPER, DOUGLAS M<br>CHR DIV<br>3802 BRIDGEWOOD LANE<br>CHARLOTTE, NC 28226 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251813-12<br>HOOPERS<br>PO BOX 1787<br>MERIDIAN, MS 39302 | CREDITOR ID: 251815-12<br>HOOSIER FREIGHT CORP<br>875 CENTRAL COURT<br>NEW ALBANY, IN 47150 | CREDITOR ID: 243896-12<br>HOOTEN, BRENDA F<br>PO BOX 41<br>GRADY AL 36036 |
| CREDITOR ID: 251816-12<br>HOOVER HIGH SCHOOL BASEBALL<br>PO BOX 360483<br>HOOVER AL 35236 | CREDITOR ID: 267584-31<br>HOOVER PARKS & REC PARK MAINTE<br>ATTN: RANDAL MARTIN<br>300 MUNICIPAL DR<br>BIRMINGHAM AL 35216-5511 | CREDITOR ID: 406778-MS<br>HOOVER, CHRISTOPHER<br>132 DEER CREEK DR.<br>ALEDO TX 76008 |
| CREDITOR ID: 251817-12<br>HOPE ASSEMBLY OF GOD CHURCH<br>1401 JOE YENNIE BLVD<br>KENNER LA 70065 | CREDITOR ID: 251818-12<br>HOPE E JOHNSON<br>2570 NW 155TH STREET<br>MIAMI FL 33054 | CREDITOR ID: 251819-12<br>HOPE FANNIEL<br>215 6TH AVENUE NW<br>CAIRO GA 39828 |
| CREDITOR ID: 251820-12<br>HOPE N MATTHEWS<br>C/O COMPANION ANIMAL HOSPITAL<br>605 N HOUSTON AVENUE<br>LIVE OAK FL 32064 | CREDITOR ID: 251821-12<br>HOPE N WILSON<br>177 CAROL AVENUE<br>FLORENCE MS 39073 | CREDITOR ID: 251822-12<br>HOPEWELL COMBINED COURT<br>100 EAST BROADWAY<br>HOPEWELL VA 23860 |
| CREDITOR ID: 251823-12<br>HOPEWELL NEWS<br>516 E RANDOLPH RD<br>PO BOX 481<br>HOPEWELL, VA 23860 | CREDITOR ID: 251824-12<br>HOPINSVILLE WATER ENVIROMENT<br>PO BOX 628<br>HOPINSVILLE, KY 42241-0628 | CREDITOR ID: 406047-15<br>HOPKINS MANUFACTURING<br>ATTN SARTAH COTTE, ACCTG MGR<br>428 PEYTON<br>EMPORIA KS 66801 |
| CREDITOR ID: 251825-12<br>HOPKINS MANUFACTURING CORP<br>ATTN SARAH COTTE<br>PO BOX 411674<br>KANSAS CITY, MO 64141 | CREDITOR ID: 400170-86<br>HOPKINS, CELESTE<br>5954 DEER LANE<br>COCOA  FL 32926 | CREDITOR ID: 406779-MS<br>HOPKINS, ROBERT<br>106 FRANKLIN CT.<br>SUMMERVILLE SC 29483 |
| CREDITOR ID: 3075-04<br>HOPKINSVILLE CITY SANITATION<br>101 NORTH MAIN STREET<br>HOPKINSVILLE KY 42241 | CREDITOR ID: 477-03<br>HOPKINSVILLE ELECTRIC SYSTEM<br>1820 E. NINTH STREET<br>HOPKINSVILLE KY 42241 | CREDITOR ID: 251826-12<br>HOPKINSVILLE ELECTRIC SYSTEM<br>PO BOX 728<br>HOPKINSVILLE, KY 42241 |
| CREDITOR ID: 251827-12<br>HOPKINSVILLE MILL CO<br>PO BOX 669<br>HOPKINSVILLE, KY 42241-0669 | CREDITOR ID: 478-03<br>HOPKINSVILLE WATER ENVIROMENT<br>PO BOX 628<br>HOPKINSVILLE KY 42241-0628 | CREDITOR ID: 251828-12<br>HOPPER ELECTRIC SUPPLY INC<br>1805 US 41 NORTH<br>INVERNESS FL 34450 |
| CREDITOR ID: 406780-MS<br>HOPPER, RONALD D<br>1557 GARDEN CIRCLE<br>BURLINGTON NC 27217 | CREDITOR ID: 400171-86<br>HOPSON, BEATRICE<br>4510 BELLSLAKE, APT. A<br>CINCINNATI  OH 45244 | CREDITOR ID: 251829-12<br>HORIZON CARRIERS<br>PO BOX 365<br>NORMANGEE TX 77871 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251830-12<br>HORIZON GAS<br>13325-A TAMIAMI TRAIL<br>NORTH PORT FL 34287 | CREDITOR ID: 382661-51<br>HORIZON NATIONAL CONTRACT SERVICES<br>ATTN: JOHN WISNIEWSKI<br>151 BODMAN PLACE<br>RED BANK, NJ 07701 | CREDITOR ID: 384167-47<br>HORIZON NATIONAL CONTRACT SERVICES LLC<br>PO BOX 828951<br>PHILADELPHIA, PA 19182-8951 |
| CREDITOR ID: 251832-12<br>HORIZON ORGANIC DAIRY INC<br>DEPT 0306<br>DENVER, CO 80256-0306 | CREDITOR ID: 382022-36<br>HORIZON ORGANIC DAIRY, INC<br>SUSANNE WILLEY<br>6311 HORIZON LANE<br>LONGMONT CO 80503 | CREDITOR ID: 251833-12<br>HORMEL FINANCIAL SERVICES CORP<br>PO BOX 905137<br>CHARLOTTE, NC 28290-5137 |
| CREDITOR ID: 404839-95<br>HORMEL FINANCIAL SERVICES CORP<br>1 HORMEL PLACE<br>AUSTIN MN 55912 | CREDITOR ID: 279374-36<br>HORMEL FOODS CORP<br>ATTN FORD H SYMONDS, CR MGR<br>1 HORMEL PLACE<br>AUSTIN  MN 55912-3680 | CREDITOR ID: 395441-64<br>HORMEL FOODS CORPORATION<br>1 HORMEL PLACE<br>AUSTIN, MN 55912 |
| CREDITOR ID: 387317-54<br>HORN, JULIE<br>811 PLANTERS POINT<br>CANTON, MS 39046 | CREDITOR ID: 393385-55<br>HORN, TED<br>C/O: THOMAS HOGAN<br>HOGAN & HOGAN<br>301 EAST CHURCH ST<br>HAMMOND LA 70401 | CREDITOR ID: 251834-12<br>HORNBUCKLE WHOLESALE FLORIST<br>PO BOX 37<br>OMEGA GA 31775-0037 |
| CREDITOR ID: 278489-24<br>HORNE PROPERTIES INC.<br>11863 KINGSTON PIKE<br>KNOXVILLE TN 37922 | CREDITOR ID: 406781-MS<br>HORNE, CHARLES<br>7354 JONAS ROAD SE<br>FT. MYERS FL 33912 | CREDITOR ID: 381460-47<br>HORNE, DANIEL<br>2450 MEMORIAL BLVD<br>KINGSPORT, TN 37664 |
| CREDITOR ID: 389615-54<br>HORNE, GENE<br>206 S. 7TH AVE<br>WAUCHULA, FL 33873 | CREDITOR ID: 393278-55<br>HORNE, GENE<br>GOLDSTEIN, BUCKLEY, CECHMAN,RICE &<br>ATTN B A ROTH/ A P MOLLE, ESQS<br>PO BOX 2366<br>FORT MYERS FL 33902-2366 | CREDITOR ID: 406782-MS<br>HORNE, WASHINGTON<br>4153 OLD MILL COVE TRAIL WEST<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 404840-95<br>HORNELL BREWING<br>ALLEN FLAVOR<br>23 PROGRESS STREET<br>EDISON NJ 08820 | CREDITOR ID: 251835-12<br>HORNELL BREWING<br>5 DAKOTA DRIVE, SUITE 205<br>LAKE SUCCESS, NY 11042 | CREDITOR ID: 315675-36<br>HORNELL BREWING CO INC<br>C/O SILLER WILK LLP<br>ATTN: ERIC J SNYDER<br>675 THIRD AVENUE<br>NEW YORK NY 10017 |
| CREDITOR ID: 375251-44<br>HORNER, SIDNEY H<br>EMPLOYEE<br>3716 SE 15TH PLACE<br>CAPE CORAL, FL 33904 | CREDITOR ID: 279436-99<br>HOROWITZ, RONALD<br>14 TINDALL ROAD<br>TINDALL PROFESSIONAL PLAZA<br>MIDDLETOWN NJ 07748 | CREDITOR ID: 267585-14<br>HORRISON ACCEPTANCE INC<br>ATTN: DARRYL PIERCE<br>3604 W HIGHWAY 390<br>PANAMA CITY FL 32405-2724 |
| CREDITOR ID: 267586-31<br>HORRY CNTY SLID WASTE AUTH INC<br>ATTN: LARRY LEWIS<br>511 JASON BLVD<br>MYRTLE BEACH SC 29577-6761 | CREDITOR ID: 267588-31<br>HORRY COUNTY COUNCIL ON AGING<br>ATTN: CATHY CRAFT<br>9533 HIGHWAY 90<br>LONGS SC 29568-6256 | CREDITOR ID: 251837-12<br>HORRY COUNTY TREASURER OFFICE<br>BUSINESS LICENSE DEPT<br>PO BOX 419  CENTRAL PROCESS CTR<br>LONGS, SC 29568 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385786-54<br>HORSFORD, SHIRLEY<br>745 NW 5TH CT<br>HALLANDALE, FL 33009 | CREDITOR ID: 391056-55<br>HORSFORD, SHIRLEY<br>C/O BOONE & DAVIS, ATTORNEY AT LAW<br>ATTN JASON A DEITCH, ESQ<br>2311 N. ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 403272-92<br>HORSLEY, KEVIN & CHARIDEE<br>1515 COUNTY ROAD 469<br>CULLMAN AL 35057 |
| CREDITOR ID: 316113-41<br>HORSMAN, ROBERT G<br>90 ELM LANE<br>SHREWSBURY, NJ 07702 | CREDITOR ID: 243928-12<br>HORSMANN, BRENT W<br>1112 ABINGTON STREET<br>COCOA FL 32922 | CREDITOR ID: 251838-12<br>HORTENSIA RODRIQUEZ<br>3310 SW 40TH AVENUE<br>HOLLYWOOD FL 33023 |
| CREDITOR ID: 251839-12<br>HORTON FRUIT COMPANY<br>4701 JENNINGS LN<br>LOUISVILLE KY 40218-2925 | CREDITOR ID: 2308-07<br>HORTON PROPERTIES LLC<br>19 W. HARGETT STREET #512<br>RALEIGH NC 27601 | CREDITOR ID: 385625-54<br>HORTON, CLARA<br>1162 MAIN ST<br>MUNFORDVILLE, KY 42765 |
| CREDITOR ID: 390917-55<br>HORTON, CLARA<br>C/O: ROBERT A. YOUNG, ESQ.<br>ENGLISH, LUCAS, PRIEST & OWSLEY<br>PO BOX 770<br>1101 COLLEGE STREET<br>BOWLING GREEN KY 42102-0770 | CREDITOR ID: 406783-MS<br>HORTON, DAN<br>1451 LE BARON AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 388674-54<br>HORTON, LUCILLE<br>RT. 1 BOX 200<br>MCRAE GA 31055 |
| CREDITOR ID: 392714-55<br>HORTON, LUCILLE<br>C/O: JILES M. BARFIELD, ESQ.<br>DURDEN, KAUFOLD, RICE & BARFIELD<br>3110 FIRST STREET EAST 30474<br>P O BOX 1935<br>VIDALIA GA 30475-1935 | CREDITOR ID: 388299-54<br>HORTON, MARICEL<br>926 PRESTON CREEK DRIVE<br>MCDONOUGH GA 30253 | CREDITOR ID: 388112-54<br>HORTON, MARY<br>7988 ALTON WENTWORTH ROAD<br>GREENVILLE FL 32331-9609 |
| CREDITOR ID: 392362-55<br>HORTON, MARY<br>C/O: PAUL ANDERSON<br>ANDERSON & CULLITON<br>2984 WELLINGTON CIRCLE W<br>TALLAHASSEE FL 32308 | CREDITOR ID: 399523-82<br>HORTON, ROBERT<br>172 CHASE CREEK CIRCLE<br>PELHAM AL 35124 | CREDITOR ID: 386815-54<br>HORTON, STACY<br>6200 JUMPING GULLY ROAD<br>VALDOSTA GA 31601 |
| CREDITOR ID: 404841-95<br>HOSA INTERNATIONAL<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | CREDITOR ID: 251840-12<br>HOSA INTERNATIONAL<br>PO BOX 014019<br>MIAMI, FL 33101 | CREDITOR ID: 389678-54<br>HOSEY, SHENA<br>7741 SIMMS AVE<br>NEW ORLEANS, LA 70127 |
| CREDITOR ID: 393327-55<br>HOSEY, SHENA<br>C/O: SIDNEY TORRES<br>LAW OFFICES OF SIDNEY D. TORRES, III, AP<br>8301 WEST JUDGE PEREZ DR.<br>SUITE 303<br>CHALMETTE LA 70043 | CREDITOR ID: 404842-95<br>HOSHIZAKI SOUTHEASTERN DIST CTR INC<br>5589 COMMONWEALTH AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 251841-12<br>HOSHIZAKI SOUTHEASTERN DIST CTR INC<br>PO BOX 550980<br>TAMPA, FL 33655-0980 |
| CREDITOR ID: 251842-12<br>HOSIER REFRIGERATION&INDUSTRAIL SPL<br>PO BOX 2318<br>BALTIMORE MD 21203 | CREDITOR ID: 251843-12<br>HOSIERY MILLS INDUSTRY<br>140 58TH STREET<br>BROOKLYN, NY 11220 | CREDITOR ID: 244604-12<br>HOSKINS, CAROL L<br>2818 60 ST NO<br>ST PETERSBURG FL 33710 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251844-12<br>HOSPICE OF RUTHERFORD COUNTY<br>PO BOX 336<br>FOREST CITY NC 28043 | CREDITOR ID: 375252-44<br>HOST COMMUNICATIONS<br>546 EAST MAIN STREET<br>LEXINGTON, KY 40508 | CREDITOR ID: 251845-12<br>HOST COMMUNICATIONS<br>PO BOX 2195<br>TALLAHASSEE FL 32316-2195 |
| CREDITOR ID: 251846-12<br>HOST COMMUNICATIONS INC<br>ATTN SHEILA GRIGSBY<br>546 EAST MAIN STREET<br>LEXINGTON, KY 40508 | CREDITOR ID: 251847-12<br>HOT CHIX BUFFALO WING SAUCE<br>691 FUGUE DR<br>UNIT 7070<br>ELLIJAY, GA 30540 | CREDITOR ID: 251848-12<br>HOT MIX TRANSPORTS INC<br>13264 EVA DRIVE<br>ANDALUSIA, AL 36420 |
| CREDITOR ID: 251849-12<br>HOT SHOT STEAM CLEANING<br>ATTN JOHN P HUTCHINGS, OWNER<br>PO BOX 242<br>LAKE COMO, FL 32157-0242 | CREDITOR ID: 376821-44<br>HOTOPP, ROBERT H<br>NOL DIV STORE# 1367<br>JITNEY JUNGLE<br>411 BEAVER CREEK DRIVE<br>RIDGELAND, MS 39157 | CREDITOR ID: 251850-12<br>HOTSY OF SOUTH GEORGIA<br>PO BOX 3775<br>VALDOSTA, GA 31603 |
| CREDITOR ID: 397645-72<br>HOUCHENS INDUSTRIES, INC.<br>ATTN: JIMMIE GIPSON<br>900 CHURCH STREET<br>BOWLING GREEN, KY 42101 | CREDITOR ID: 400172-86<br>HOUEY, KEYONIA<br>537 ESTELLE RD.<br>GAFFNEY  SC 29341 | CREDITOR ID: 387175-54<br>HOUGH, CARNELL<br>C/O RICHARD A. LAWRENCE<br>PO BOX 4633<br>MONTGOMERY, AL 36103 |
| CREDITOR ID: 385475-54<br>HOUGH, JACQUELINE<br>1209 KENT ROAD<br>RALEIGH, NC 27603 | CREDITOR ID: 390776-55<br>HOUGH, JACQUELINE<br>C/O: FRANK D. LAWRENCE III<br>MARCARI, RUSSOTTO & SPENCER, P.C.<br>6801 PLEASANT PINES DR;<br>SUITE 101<br>RALEIGH NC 27613 | CREDITOR ID: 389705-54<br>HOUK, REGINA<br>2702 EAST LAMAR ALEXANDER PARK<br>MARYVILLE TN 37804 |
| CREDITOR ID: 381328-47<br>HOUMA COURIER<br>PO BOX 2717<br>HOUMA, LA 70361 | CREDITOR ID: 251851-12<br>HOUMA COURIER<br>PO BOX 116668<br>ATLANTA, GA 30368-6668 | CREDITOR ID: 251852-12<br>HOUMA JUNIOR HIGH SCHOOL<br>315 ST CHARLES ST<br>HOUMA, LA 70360 |
| CREDITOR ID: 267590-31<br>HOUSE NUMBERING<br>ATTN: GEORGE S SOUDERES<br>201 S WALL ST<br>NATCHEZ MS 39120-3427 | CREDITOR ID: 251853-12<br>HOUSE OF BEVERAGES<br>PO BOX 2126<br>DANVILLE VA 24541 | CREDITOR ID: 267591-31<br>HOUSE OF CHANGE CMNTY DEV CORP<br>ATTN: BENJAMIN CLARK<br>875 FLINT RIVER RD<br>JONESBORO GA 30238-4317 |
| CREDITOR ID: 375253-44<br>HOUSE OF LADDERS SOUTH FLA<br>4711 N DIXIE HWY  UNIT E<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 251854-12<br>HOUSE OF LADDERS SOUTH FLA INC<br>ATTN: LYNN DISCUILB.  VP<br>4711 N DIXIE HWY, UNIT E<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 251855-12<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 890663<br>CHARLOTTE, NC 28289 |
| CREDITOR ID: 404843-95<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 651544<br>CHARLOTTE NC 28265 | CREDITOR ID: 267592-31<br>HOUSE OF RECOVERY INC<br>ATTN: SUSIE JONES<br>3152 US HIGHWAY 17 S<br>CHOCOWINITY NC 27817-8930 | CREDITOR ID: 381180-47<br>HOUSE OF TROPHIES<br>1050 CASSAT AVE<br>JACKSONVILLE, FL 32205-6493 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 404844-95
HOUSE-AUTRY MILLS INC
PO BOX 460
ATTN: CHRIS CRYER
FOUR OAKS NC 27524

CREDITOR ID: 251856-12
HOUSE-AUTRY MILLS INC
PO BOX 890106
CHARLOTTE, NC 28289-0106

CREDITOR ID: 251857-12
HOUSEHOLD FINANCE CORPORATION
C/O ROLFE & LOBELLO PA
PO BOX 40546
JACKSONVILLE, FL 32203

CREDITOR ID: 388531-54
HOUSEHOLDER, SUSAN
800 HIBISCUS AVE
POMPANO BEACH, FL 33064

CREDITOR ID: 388531-54
HOUSEHOLDER, SUSAN
800 HIBISCUS AVE
APT 3
POMPANO BEACH, FL 33062

CREDITOR ID: 403388-92
HOUSER, TREENA
499 SANDIFER ROAD
YORK SC 29746

CREDITOR ID: 267593-31
HOUSING 2010 - MOSS POINT
ATTN: MARVA F TANNER
5000A MORRIS ST
MOSS POINT MS 39563-2848

CREDITOR ID: 267594-31
HOUSING AUTHORITY OF THE TOWN
ATTN: KAYLEEN BAKER
117 N MAIN ST
NEWELLTON LA 71357-9659

CREDITOR ID: 267595-31
HOUSING FUND CENTRAL ALABAMA
ATTN: MICHELE JENKINS-UTOMI
1731 1ST AVE N STE 120
BIRMINGHAM AL 35203-2056

CREDITOR ID: 1444-07
HOUSTON CENTRE LLC
PO BOX 1382
DOTHAN, AL 36302

CREDITOR ID: 251858-12
HOUSTON CENTRE LLC
PO BOX 1382
DOTHAN, AL 36302

CREDITOR ID: 2309-07
HOUSTON CENTRE, LLC
C/O SCOTT MARCUM
PO BOX 1382
DOTHAN AL 36302

CREDITOR ID: 251859-12
HOUSTON CHRONICLE
110 MORGAN ROAD
SULPHUR, LA 70663

CREDITOR ID: 251860-12
HOUSTON COUNTY CIRCUIT COURT
COURT COST ONLY
P O DRAWER 6406
DOTHAN AL 36302

CREDITOR ID: 251862-12
HOUSTON COUNTY TAX COMMISSIONER
PO BOX 69
PROPERT YTAX
PERRY GA 31069-0069

CREDITOR ID: 251863-12
HOUSTON FLORIST
PO BOX 326
MILLBROOK AL 36054-0326

CREDITOR ID: 375254-44
HOUSTON HARVEST GIFT PRODUCTS LLC
3698 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 251864-12
HOUSTON HEALTHCARE
PO BOX 2886
WARNER ROBINS, GA 31099

CREDITOR ID: 251865-12
HOUSTON NEWSPAPER
PO BOX 629
HOUSTON, MS 38851

CREDITOR ID: 251866-12
HOUSTON SEAFOOD CORP
PO BOX 571206
HOUSTON, TX 77257-1206

CREDITOR ID: 406784-MS
HOUSTON, CLYDE L.
6506 FERBER RD.
JACKSONVILLE FL 32211

CREDITOR ID: 247161-12
HOUSTON, CRAIG W
36980 N CORBIN
WALKER LA 70785

CREDITOR ID: 389976-54
HOUSTON, DARIN
12520 S.E. 54TH AVENUE
BELLEVIEW FL 34420

CREDITOR ID: 393497-55
HOUSTON, DARIN
C/O: SCOTT MILLER, ESQUIRE
HURLEY, ROGNER, MILLER, COX AND WARANCH
200 SOUTH ORANGE AVENUE
SUITE 2000
ORLANDO FL 32801

CREDITOR ID: 387426-54
HOUSTON, KIOSHA
930 SE 9TH PLACE
GAINESVILLE, FL 32602

CREDITOR ID: 254805-12
HOUSTON, LINDA
PO BOX 1014
CRAWFORDVILLE, FL 32326

CREDITOR ID: 263200-12
HOUSTON, TOMMY L
114 BROOKSIDE DRIVE
MANDEVILLE LA 70471-3202

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 406785-MS
HOUSTON, TOMMY L.
114 BROOKSIDE DRIVE
MANDESVILLE LA 70471

CREDITOR ID: 315704-36
HOWARD & HOWARD ATTORNEY'S PC
ATTN: LISA S GRETCHKO
39400 WOODWARD AVE, STE 101
BLOOMFIELD HILLS MI 48304

CREDITOR ID: 251867-12
HOWARD BAER INC
PO BOX 101029
NASHVILLE, TN 37224-1029

CREDITOR ID: 251869-12
HOWARD D GODWIN
PO BOX 2307
HIGH SPRINGS FL 32655

CREDITOR ID: 251870-12
HOWARD D PRITCHARD
PO BOX 441
COLLETTSVILLE NC 28611

CREDITOR ID: 251871-12
HOWARD GOLDBERG
618 LAKESCAPE COURT
ORLANDO FL 32828

CREDITOR ID: 389991-54
HOWARD III, JESSE M.
3340 CEMENT VALLEY ROAD
MIDLOTHIAN TX 76065

CREDITOR ID: 251873-12
HOWARD J PACK
185 HOLSTON CIRCLE
INMAN SC 29349

CREDITOR ID: 251874-12
HOWARD L HOWARD
2813 MILAN STREET
NEW ORLEANS LA 70115

CREDITOR ID: 251875-12
HOWARD R EVANS & ASSOCIATES PC
C/O RENEE PUNTURO
1851 PEELER ROAD SUITE B
ATLANTA GA 30338

CREDITOR ID: 251876-12
HOWARD SERVICES INC
PO BOX 5637
JACKSONVILLE FL 32247-5637

CREDITOR ID: 251877-12
HOWARD STEEL INC
3528 N GRAHAM ST
CHARLOTTE NC 28206

CREDITOR ID: 251878-12
HOWARD TIRE SERVICE
102 HIGHWAY 47 S
COLUMBIANA AL 35051

CREDITOR ID: 239855-06
HOWARD, ALBERT O.
JUDGE OF PROBATE
PO BOX 700
PHENIX CITY AL 36868

CREDITOR ID: 389080-54
HOWARD, BETTYE
3554 FAIRBURN PLACE
ATLANTA, GA 30331

CREDITOR ID: 243523-12
HOWARD, BILLIE
8 BLACKSTONE DRIVE
GREENVILLE, SC 29617

CREDITOR ID: 407514-93
HOWARD, BRENDA
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD
SUITE 1790
TAMPA FL 33602

CREDITOR ID: 388998-54
HOWARD, BRENDA
4613 NORTH WEBSTER
TAMPA, FL 33610

CREDITOR ID: 392899-55
HOWARD, BRENDA
C/O: DARYL ROMANO, ESQ.
THE ROMANO LAW FIRM, PA.
PO BOX 1867
TAMPA FL 33601

CREDITOR ID: 385716-54
HOWARD, BRENDA S
7911 CAREY RD
LITHIA, FL 33547

CREDITOR ID: 390996-55
HOWARD, BRENDA S
C/O MORGAN, COLLING & GILBERT, PA
ATTN ANDREA J KELLY, CASE MANAGER
101 E KENNEDY BLVD, SUITE 1790
TAMPA FL 33602

CREDITOR ID: 243961-12
HOWARD, BRIAN
4008 OPHIE DRIVE
MARIETTA GA 30066

CREDITOR ID: 388691-54
HOWARD, CATHY
8095 LE HAVRE DRIVE NORTH
JACKSONVILLE FL 32277

CREDITOR ID: 393375-55
HOWARD, CHARLIE
C/O: CRAIG GIBBS
1200 RIVERPLACE BLVD SUITE 810
JACKSONVILLE FL 32207

CREDITOR ID: 245302-12
HOWARD, CHRISTI
11377 KLEIN ROAD
GULFPORT MS 39503

CREDITOR ID: 374228-44
HOWARD, CHRISTOPHER
NOL DIV OFFICE
3609 LAPLACE STREET
CHALMETTE, LA 70043

CREDITOR ID: 385778-54
HOWARD, DENISE
3612 WILLIAM AVE
CORAL GABLES, FL 33133

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 391047-55
HOWARD, DENISE
C/O: TODD ROSEN
JOSEPHS, JACK AND MIRANDA
2950 SW 27TH AVE.
STE. 100
MIAMI FL 33133

CREDITOR ID: 388387-54
HOWARD, LEVONNE
PO BOX 81
SHARON, MS 39163

CREDITOR ID: 392488-55
HOWARD, LEVONNE
C/O CRAWLEY LAW OFFICES
ATTN MICHAEL CRAWLEY STEELE, ESQ
PO BOX 1695
KOSCIUSKO MS 39090

CREDITOR ID: 256211-12
HOWARD, MICHAEL D
16100 NW 17TH PLACE
MIAMI FL 33054-0213

CREDITOR ID: 403764-94
HOWARD, RAMENA
5757 OAK LAKE TRAIL
OVIEDO FL 32765

CREDITOR ID: 406786-MS
HOWARD, TERRY
114 SADDLEHORN COURT
WOODSTOCK GA 30188

CREDITOR ID: 377540-44
HOWARD, TRACY S
19741 NW 33RD AVENUE
MIAMI, FL 33167

CREDITOR ID: 251879-12
HOWARDS LOCKSMITH SERVICE
604 PARK STREET
BOWLING GREEN KY 42101

CREDITOR ID: 251880-12
HOWARDS WRECKER SERVICE
2465 VENTURA PLACE
SMYRNA GA 30080

CREDITOR ID: 1445-07
HOWELL MILL VILLAGE SHOPPING CENTER
C/O MCW - RC GA HOWELL MILL VILLAGE
PO BOX 534247
ATLANTA, GA 30353-4247

CREDITOR ID: 251881-12
HOWELL MILL VLGE SHPG CT
C/O MCW - RC GA HOWELL MILL VILLAGE
PO BOX 534247
ATLANTA, GA 30353-4247

CREDITOR ID: 251882-12
HOWELL PARK ELEMENTARY SCHOOL
6125 WINBOURNE AVE
BATON ROUGE, LA 70805

CREDITOR ID: 244601-12
HOWELL, CAROL
1208 TAYLOR ROAD
SANDUSKY, OH 44870

CREDITOR ID: 403766-94
HOWELL, CARRIE K.
548 CREIGHTON ROAD
ORANGE PARK FL 32003-7005

CREDITOR ID: 244827-12
HOWELL, CECIL
106 N FIRST NECK ROAD
JOHNSONVILLE SC 29555

CREDITOR ID: 386423-54
HOWELL, JOHNNY
PO BOX 3432
HOLIDAY FL 34690

CREDITOR ID: 391488-55
HOWELL, JOHNNY
C/O: JOSEPH ROOTH
PALSO & ROOTH, PA
750 94TH AVENUE N1
#208
ST. PETERSBURG FL 33702

CREDITOR ID: 399758-84
HOWELL, KAREEN
C/O JACOBS & STRAUS, PA
ATTN GERI SUE STAUS ESQ
1098 NW BOCA RATON BLVD
BOCA RATON FL 33432

CREDITOR ID: 400231-85
HOWELL, KAREEN
C/O GERI SUE STRAUS, ESQ.
JACOBS & STRAUS, P. A.
1098 N. W. BOCA RATON BLVD.
BOCA RATON FL 33432

CREDITOR ID: 251883-12
HOWELL'S BUSINESS PRODUCTS
PO BOX 534
TAYLORS, SC 29687-0534

CREDITOR ID: 406787-MS
HOWLAND, AMY F
1525 MAPLE LEAF LANE
ORANGE PARK FL 32073

CREDITOR ID: 406788-MS
HOWLAND, DONALD W
1525 MAPLE LEAF LANE
ORANGE PARK FL 32073

CREDITOR ID: 406789-MS
HOWLE, KENNETH A.
7120 WADE RD.
AUSTELL GA 30168

CREDITOR ID: 244587-12
HOWLETT, CARMICHAEL E
3120 VIRGINIA AVENUE
LOUISVILLE KY 40212

CREDITOR ID: 385883-54
HOWZE, MELISSA
39885 JOHN LANIER RD
PINE GROVE, LA 70453

CREDITOR ID: 391131-55
HOWZE, MELISSA
C/O MCKAY LAW FIRM
ATTN JOHN F MCKAY, ESQ
7465 EXCHANGE PLACE
BATON ROUGE LA 70806

CREDITOR ID: 251884-12
HOY P HODGES
923 COLLEGE ST
BOWLING GREEN KY 42101

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260583-12<br>HOYT, SCOTT<br>4846 PLANTERS WALK<br>DOUGLASVILLE, GA 30135 | CREDITOR ID: 400757-91<br>HOYT, TERRY S<br>4846 PLANTERS WALK<br>APT 2903<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 251885-12<br>HP HOOD CROWLEY NY<br>PO BOX 34844<br>NEWARK, NJ 71894 |
| CREDITOR ID: 251101-12<br>HP HOOD INC (LACTAID)<br>PO BOX 4066<br>BOSTON, MA 02211 | CREDITOR ID: 382023-36<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET & HARVEY LANE<br>SUFFIELD CT 06078-2498 | CREDITOR ID: 251886-12<br>HP HYDRAULICS INC<br>PO BOX 1668<br>THOMASVILLE, NC 27361-1668 |
| CREDITOR ID: 251887-12<br>HPC WADE GREEN LLC<br>3838 OAK LAWN<br>SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 1446-07<br>HPC WADE GREEN LLC<br>3838 OAK LAWN<br>SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 251888-12<br>HPP INDUSTRIAL SALES<br>4111 BROWNS LANE<br>LOUISVILLE, KY 40220 |
| CREDITOR ID: 251889-12<br>HR ADVANTAGE<br>GALLAGHER BENEFIT SERVICES INC<br>TWO PIERCE PLACE<br>ITASCA IL 60143-3141 | CREDITOR ID: 251102-12<br>HR LEWIS PETROLEUM CO<br>ATTN JERRY STAPP, VP<br>PO BOX 40763<br>JACKSONVILLE, FL 32203-0763 | CREDITOR ID: 251103-12<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 251890-12<br>HR SOCIETY FOR HUMAN RESOURCE MGMNT<br>PO BOX 791139<br>BALTIMORE MD 21279-1139 | CREDITOR ID: 251891-12<br>HR SUNBELT COFFEE & WATER SERVICE<br>2985 MERCURY ROAD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 251892-12<br>HRDQ<br>2002 RENAISSANCE BLVD<br># 100<br>KING OF PRUSSIA, PA 19406-2756 |
| CREDITOR ID: 267596-31<br>HRSD<br>ATTN: ANDY NELSON<br>515 BACK CREEK RD<br>SEAFORD VA 23696-2001 | CREDITOR ID: 251893-12<br>HRSD<br>PO BOX 1651<br>NORFOLK, VA 23501-1651 | CREDITOR ID: 251894-12<br>HRUBS<br>PO BOX 1453<br>NORFOLK, VA 23501-1453 |
| CREDITOR ID: 267597-31<br>HRWTF INC<br>ATTN: MARK HALEY<br>231 HUMMEL ROSS RD<br>HOPEWELL VA 23860-3134 | CREDITOR ID: 267598-31<br>HS & MUN INC<br>ATTN: MICHAEL DANIEL<br>736 EMERALD FOREST CIR<br>LAWRENCEVILLE GA 30044-5851 | CREDITOR ID: 251895-12<br>HSBC BUSINESS SOLUTIONS<br>PO BOX 5219<br>CAROL STREAM, IL 60197-5219 |
| CREDITOR ID: 251896-12<br>HSBC/PEGASUS HOME FASHIONS<br>PO BOX 7777-W8720<br>PHILADELPHIA PA 19175 | CREDITOR ID: 251897-12<br>HT HACKNEY<br>PO BOX 351<br>TAMPA, FL 33601 | CREDITOR ID: 251109-12<br>HT HACKNEY CO<br>PO BOX 486<br>MORROW, GA 30260 |
| CREDITOR ID: 251107-12<br>HT HACKNEY CO<br>PO BOX 238<br>KNOXVILLE, TN 37901 | CREDITOR ID: 251106-12<br>HT HACKNEY CO<br>PO BOX 13170<br>PENSACOLA, FL 32591 | CREDITOR ID: 381837-99<br>HT HACKNEY CO, THE<br>ATTN: KYLE DUGGER<br>502 S GAY ST, STE 300<br>KNOXVILLE TN 37902 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251898-12<br>HT HACKNEY COMPANY<br>PO BOX 589<br>ATHENS, TN 37371 | CREDITOR ID: 404846-95<br>HT LLC<br>6061 SOUTH WILLOW DRIVE<br>SUITE 125<br>GREENWOOD VILLAGE CO 80111 | CREDITOR ID: 251900-12<br>HT LLC<br>PO BOX 5225<br>DENVER, CO 80217-5225 |
| CREDITOR ID: 251899-12<br>HT LLC<br>8547 EAST ARAPAHOE ROAD<br>SUITE J305<br>GREENWOOD VILLAGE CO 80112-1430 | CREDITOR ID: 251901-12<br>HTC<br>PO BOX 1819<br>CONWAY, SC 29528-1819 | CREDITOR ID: 243053-12<br>HUANG, BARBARA N<br>8904 SW 109TH AVENUE<br>MIAMI FL 33176 |
| CREDITOR ID: 251902-12<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 | CREDITOR ID: 251903-12<br>HUB GROUP ASSOC<br>PO BOX 530163<br>ATLANTA GA 30353 | CREDITOR ID: 251904-12<br>HUB GROUP ASSOCIATES<br>PO BOX 532083<br>ATLANTA, GA 30353-2083 |
| CREDITOR ID: 251905-12<br>HUB OIL COMPANY INC<br>PO BOX 877<br>207 DIAMOND AVE NW<br>ROCKY MOUNT VA 24151-0877 | CREDITOR ID: 251906-12<br>HUB WATER CO INC<br>PO BOX 428<br>TROUTVILLE, VA 24175-0428 | CREDITOR ID: 251907-12<br>HUBBARD HOUSE<br>PO BOX 4909<br>JACKSONVILLE, FL 32201 |
| CREDITOR ID: 381474-47<br>HUBBARD HOUSE QUEENS HARBOUR LADIES<br>GOLF ASSCO GOLF HOLE SPONSER<br>13698 BROMLEY DRIVE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 387643-54<br>HUBBARD, DAWN<br>6380 APT G. CHASEWOOD DR S.<br>JUPITER FL 33458 | CREDITOR ID: 251908-12<br>HUBBARDS RADIATOR SVC<br>423 CASSAT AVE<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 384138-47<br>HUBBLE, GARRY L<br>649 COURT STREET<br>PORT ALLEN, LA 70767 | CREDITOR ID: 251909-12<br>HUBER TIRE<br>3215 INDUSTRIAL PKWY<br>JEFFERSONVILLE, IN 47130 | CREDITOR ID: 404847-95<br>HUBERT COMPANY<br>9555 DRY FORK RD<br>HARRISON OH 45030 |
| CREDITOR ID: 251910-12<br>HUBERT COMPANY<br>PO BOX 631642<br>CINCINNATI, OH 45263-1642 | CREDITOR ID: 251911-12<br>HUBERT E PETTY<br>3543 STONE CREEK CIRCLE<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 381467-47<br>HUCKLEBERRY NOTARY BONDING INC<br>PO BOX 940489<br>MAITLAND, FL 32794-0489 |
| CREDITOR ID: 267599-31<br>HUDSON BRANCH TREATMENT PLANT<br>ATTN: ALAN SIZEMORE<br>1000 WESTBROOK DR<br>MONROEVILLE AL 36460 | CREDITOR ID: 315841-40<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE, FL 33617-3004 | CREDITOR ID: 251913-12<br>HUDSON TECHNOLOGIES CO<br>PO BOX 33132<br>HARTFORD, CT 06150-3132 |
| CREDITOR ID: 251914-12<br>HUDSON TRANSPORTATION  INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0323 | CREDITOR ID: 484-03<br>HUDSON UTILITIES<br>14334 OLD DIXIE HIGHWAY<br>HUDSON FL 34667 | CREDITOR ID: 251916-12<br>HUDSON WATER WORKS INC<br>ATTN DURWOOD HORAK<br>14309 OLD DIXIE HWY<br>HUDSON, FL 34667-1133 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**    **CASE:   05-03817-3F1**

CREDITOR ID: 406790-MS
HUDSON, BOBBY R.
9101 NEW TOWNE DR.
MATHEWS SC 28105

CREDITOR ID: 387243-54
HUDSON, CLEMMIE
RT. 1 BOX 110
MADISON, FL 32340

CREDITOR ID: 391832-55
HUDSON, CLEMMIE
C/O CAMINEZ, BROWN & HARDEE, PA
ATTN JON D CAMINEZ, ESQ
JEFFERSON SQUARE CENTER
1307 S JEFFERSON STREET
MONTICELLO FL 32344

CREDITOR ID: 389969-54
HUDSON, DAVID
2843 PIERCE RD
GAINESVILLE, GA 30507

CREDITOR ID: 406791-MS
HUDSON, GARY L.
428 VILLAGE GREEN DR. S., APT. 2605
NASHVILLE TN 32256

CREDITOR ID: 388411-54
HUDSON, VERA
16273 ROCKFORD SCHOOL RD
HURT, VA 24563

CREDITOR ID: 400758-91
HUDSON, WILLIAM L
10021 LARKSPUR DR.
OOLTEWAH TN 37363

CREDITOR ID: 397890-76
HUDSON,TONY
RT. 4 BOX 2277
MADISON, FL 32340

CREDITOR ID: 251917-12
HUDSPETH WOOD PRODUCTS INC
DBA JIMS OIWER SWEEPER
PO BOX 270
MANTEE, MS 39751

CREDITOR ID: 388191-54
HUEY, RICHARD
PO BOX 955
OCILLA GA 31774

CREDITOR ID: 382664-51
HUEY, ROBERT
900 MAYAPPLE TERRACE
JACKSONVILLE, FL 32259

CREDITOR ID: 406792-MS
HUEY, ROBERT E
900 MAYAPPLE TERRACE
JACKSONVILLE FL 32259

CREDITOR ID: 406069-15
HUFF, SALLY A
650 NORTH 9TH STREET
CARLISLE IA 50047

CREDITOR ID: 387539-54
HUFF, TERESA
166 PATRICIA DRIVE
SMITHFIELD NC 27577

CREDITOR ID: 392043-55
HUFF, TERESA
YOUNCE, HOPPER, VTIPIL & BRADFORD
ATTN ROBERT C YOUNCE, JR, ESQ
BTI BLDG, SUITE 800
4300 SIX FORKS ROAD
RALEIGH NC 27609

CREDITOR ID: 406793-MS
HUFFMAN, DEAMES
1014 CATHEY RD.
CHARLOTTE NC 25214

CREDITOR ID: 386354-54
HUFFMAN, ROMA
7739 VILLAGE WAY DRIVE
HIXSON TN 37343

CREDITOR ID: 251918-12
HUFFY BICYCLE COMPANY
DEPARTMENT L 2077
COLUMBUS OH 43260

CREDITOR ID: 389395-54
HUFSTETLER, RICK
2036 2ND ST. SOUTH EAST
MOULTRIE GA 31768

CREDITOR ID: 393173-55
HUFSTETLER, RICK
C/O TERRENCE J. PAULK, ESQ
TERRENCE J. PAULK, LAW OFFICES
501 SOUTH GRANT STREET
FITZGERALD GA 31750

CREDITOR ID: 315842-40
HUGGINS & WALKER INC
337 WESTOVER DR
CLARKSDALE, MS 38614

CREDITOR ID: 406794-MS
HUGGINS, ERIC S
3826 MARK LANE
DOUGLASVILLE GA 30135

CREDITOR ID: 375266-44
HUGH E CURLIN INC
1914 BEACHWAY RD
ST 2 E
JACKSONVILLE FL 32207-2362

CREDITOR ID: 251920-12
HUGH E CURLIN INC
3947 BOULEVARD CENTER DRIVE
SUITE 10
JACKSONVILLE, FL 32207

CREDITOR ID: 251921-12
HUGH H BRANCH
PO BOX 598
PAHOKEE FL 33476-0598

CREDITOR ID: 251922-12
HUGH MCGHEE SR
601 STAGE COACH ROAD
QUITMAN GA 31643

CREDITOR ID: 251923-12
HUGHES & LANE P A
4190 BELFORT ROAD
SUITE 351
JACKSONVILLE FL 32216

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279107-32<br>HUGHES & LUCE, LLP<br>ATTN:  SABRINA L. STREUSAND<br>111 CONGRESS AVENUE, SUITE 900<br>AUSTIN TX 78701 | CREDITOR ID: 251924-12<br>HUGHES COMPANY<br>RT 1 BOX 59<br>EUTAW, AL 35462 | CREDITOR ID: 267600-31<br>HUGHES COVE<br>ATTN: HOWARD SCHARLIN<br>3338 DEVON RD<br>MIAMI FL 33133-5902 |
| CREDITOR ID: 251925-12<br>HUGHES INDUSTRIAL LAKELAND<br>PO BOX 105837<br>ATLANTA, GA 30348-5837 | CREDITOR ID: 251926-12<br>HUGHES MONTGOMERY WATER / SEWER<br>PO BOX 105837<br>ATLANTA GA 30348-5837 | CREDITOR ID: 251927-12<br>HUGHES ORLANDO PLUMBING<br>MIAMI IRRIGATION PUMPS<br>PO BOX 105837<br>ATLANTA, GA 30348-5837 |
| CREDITOR ID: 267601-31<br>HUGHES REID INVESTMENTS<br>ATTN: REID HUGHES<br>433 SILVER BEACH AVE<br>DAYTONA BEACH FL 32118-4883 | CREDITOR ID: 404848-95<br>HUGHES SUPPLY INC<br>JACKSONVILLE ELECTRIC<br>PO BOX 105837<br>ATLANTA GA 30348-5837 | CREDITOR ID: 251928-12<br>HUGHES SUPPLY INC<br>PO BOX 101888<br>ATLANTA, GA 30392-1888 |
| CREDITOR ID: 388657-54<br>HUGHES, ANTHONY<br>849 DAVIS ST.<br>PRATTVILLE AL 36067 | CREDITOR ID: 244328-12<br>HUGHES, CABLE W<br>737 CLUB POND ROAD<br>HENDERSON NC 27537 | CREDITOR ID: 246996-12<br>HUGHES, COREY A<br>3009 FABLE DRIVE<br>MERAUX LA 70075 |
| CREDITOR ID: 406795-MS<br>HUGHES, FLOYD<br>870 KEMPER CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 385445-54<br>HUGHES, JEAN<br>1485 DUNN SHORTCUT ROAD<br>CONWAY, SC 29527 | CREDITOR ID: 390747-55<br>HUGHES, JEAN<br>C/O KELAHER CONNELL & CONNOR PC<br>ATTN GENE M CONNELL JR, ESQ<br>PO DRAWER 14547<br>SURFSIDE BEACH SC 29587 |
| CREDITOR ID: 256233-12<br>HUGHES, MICHAEL J<br>1164 BIG CREEK ROAD<br>JACKSON MS 39212 | CREDITOR ID: 387736-54<br>HUGHES, ROSETTA<br>3915 51ST AVE N<br>SAINT PETERSBURG FL 33714 | CREDITOR ID: 389934-54<br>HUGHES, RUTHIE GLOVER<br>PO BOX 90<br>BRADLEY, FL 33835 |
| CREDITOR ID: 260603-12<br>HUGHES, SCOTTY<br>1560 -E COOPER HILL ROAD<br>BIRMINGHAM, AL 35210 | CREDITOR ID: 262544-12<br>HUGHES, TAWANDIA<br>1810 NW 52ND AVE #2<br>LAUDERHILL, FL 33313 | CREDITOR ID: 400259-85<br>HUGHES, THERESA<br>C/O MORRIS, CARY & ANDREWS, LLC<br>ATTN TRACY W CARY, ESQ<br>170 EAST MAIN STREET<br>DOTHAN AL 36302 |
| CREDITOR ID: 389877-54<br>HUGHES, VIOLA<br>3333 NW 59TH ST<br>MIAMI, FL 33147 | CREDITOR ID: 393418-55<br>HUGHES, VIOLA<br>C/O: BARRY STEIN, ESQ.<br>DE CARDENAS, FREIXAS, STEIN & ZACHARY<br>14 NORTHEAST FIRST AVENUE<br>SUITE 704<br>MIAMI FL 33182 | CREDITOR ID: 385772-54<br>HUGHLEY, GABRIEL<br>1030 IROQUIS AVE<br>FORT LAUDERDALE, FL 33312-7361 |
| CREDITOR ID: 391043-55<br>HUGHLEY, GABRIEL<br>C/O: HOWARD B. HERSKOWITZ<br>HOWRD B. HERSKOWITZ<br>PO BOX 22010<br>FT LAUDERDALE FL 33335 | CREDITOR ID: 400760-91<br>HUGUENIN, LARRY B<br>738 KNOLLVIEW BLVD<br>ORMOND BEACH FL 32174-4634 | CREDITOR ID: 279022-32<br>HUHTAMAKI AMERICAS INC<br>ATTN JONATHAN BEALS, CR MGR<br>9201 PACKAGING DRIVE<br>DE SOTO KS 66018 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279375-36<br>HUHTAMAKI AMERICAS, INC.<br>C/O JONATHAN BEALS<br>9201 PACKAGING DRIVE<br>DESOTO  KS 66018 | CREDITOR ID: 251929-12<br>HUHTAMAKI CONSUMER PACKING<br>7884 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 251930-12<br>HUHTAMAKI FOODSERVICE INC<br>5639 COLLECTIONS CENTER DRIVE<br>RETAIL BUSINESS UNIT<br>CHICAGO, IL 60693 |
| CREDITOR ID: 251931-12<br>HUHTAMAKI PACKAGING INC<br>5487 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 382665-51<br>HUHTAMAKI PACKAGING, INC.<br>9201 PACKAGE DRIVE<br>DESOTO, KS 66018 | CREDITOR ID: 251932-12<br>HUISH DETERGENTS INC<br>ATTN MANDY SEXTON, A/R SUPERV<br>PO BOX 25057<br>SALT LAKE CITY, UT 84125 |
| CREDITOR ID: 407506-97<br>HUISKEN MEAT COMPANY<br>ATTN: WAYNE D COURTNEY<br>1825 7TH STREET NW<br>ROCHESTER MN 55901 | CREDITOR ID: 251933-12<br>HUISKEN MEAT COMPANY<br>ATTN JAMES R HANSON, PRES<br>1825 7TH STREET NW<br>ROCHESTER, MN 55901 | CREDITOR ID: 386334-54<br>HUKLE, MAXINE<br>2318 ALLEN DRIVE<br>LEXINGTON KY 40505 |
| CREDITOR ID: 389579-54<br>HULME, JAMES<br>1252 YELLOWSTONE DRIVE<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 393249-55<br>HULME, JAMES<br>C/O BORDEN R HALLOWES, ESQ<br>95337 MACKINAS CIRCLE<br>FERNANDINA BCH FL 32034 | CREDITOR ID: 388246-54<br>HULSEY, MARTHA<br>14138 OLD GREENSBORO RD<br>TUSCALOOSA AL 35405 |
| CREDITOR ID: 263447-12<br>HULSEY, TRAVIS A DIRECTOR<br>716 RICHARD ARRINGTON JR BLVD<br>SUITE A - 100<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 267602-14<br>HUMAN RESOURCES GEORGIA DEPT<br>ATTN: KAREN HARDY<br>225 W LINE ST STE 6<br>CALHOUN GA 30701-1837 | CREDITOR ID: 267603-14<br>HUMAN SERVICES MISS DEPT<br>ATTN: FRANK READY PHD<br>429 MISSISSIPPI ST<br>JACKSON MS 39201-1004 |
| CREDITOR ID: 267604-31<br>HUMAN SERVICES TENNESSEE DEPT<br>ATTN: BILL ELLISON<br>5619 HIGHWAY 90<br>CLAIRFIELD TN 37715-3632 | CREDITOR ID: 267605-31<br>HUMAN SERVICES TENNESSEE DEPT<br>ATTN: STAN BOYD<br>540 MCCALLIE AVE STE 550<br>CHATTANOOGA TN 37402-2067 | CREDITOR ID: 382979-51<br>HUMANA<br>500 W. MAIN STREET<br>LOUISVILLE, KY 40202 |
| CREDITOR ID: 267606-31<br>HUMANITAS<br>ATTN: BRIDGET VINSON<br>4118 FRANKLIN AVE<br>NEW ORLEANS LA 70122-6008 | CREDITOR ID: 400173-86<br>HUMBERT, CHERI<br>996 DECKWITCH STREET<br>ATLANTA  GA 30314 | CREDITOR ID: 406796-MS<br>HUMMEL, CHARLES J<br>9455 LITA ROAD WEST<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 382666-51<br>HUMMINGBIRD<br>1 SPARKS AVENUE<br>TORONTO, ON M2H 2W1<br>CANADA | CREDITOR ID: 251934-12<br>HUMMINGBIRD COMMUNICATIONS<br>PO BOX 8500-3885<br>PHILADELPHIA, PA 19178-3885 | CREDITOR ID: 392395-55<br>HUMPHREY, SHARON<br>C/O: COLETTE A. OLDMIXON<br>SMITH & OLDMIXON<br>PO BOX 393<br>POPLARVILLE MS 39470 |
| CREDITOR ID: 267607-14<br>HUMPHREYS CNTY REGISTER DEEDS<br>ATTN: SHIRLEY FIELD<br>102 THOMPSON ST STE 3<br>WAVERLY TN 37185-2157 | CREDITOR ID: 406006-93<br>HUMPHRIES, ETAL<br>7000 NORTH MAIN STREET<br>LOT 94<br>JACKSONVILLE FL 32208 | CREDITOR ID: 251935-12<br>HUNGER RELATED EVENTS<br>C/O TASTE OF THE NFL XIV<br>5275 EDINA INDUSTRIAL BLVD # 106<br>EDINA, MN 55439 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 403428-15
HUNT, BRANDON BY
TAMMY HUNT AS PARENT & GUARDIAN
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 403426-15
HUNT, CHANLER BY
TAMMY HUNT AS PARENT & GUARDIAN
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 399734-84
HUNT, MARK
POMPANO BEACH FL 33064

CREDITOR ID: 403427-15
HUNT, MICHAEL
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 403429-15
HUNT, MICHAEL JR BY
TAMMY HUNT AS PARENT & GUARDIAN
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 388115-54
HUNT, NANCY
12 VANADA DRIVE
NEPTUNE NJ 07753

CREDITOR ID: 406797-MS
HUNT, SCOTT B.
4348 CROOKED CREEK DRIVE
JACKSONVILLE FL 32224

CREDITOR ID: 385617-54
HUNT, TAMMY
1541 ALISON DR
WEST PALM BEACH, FL 33409

CREDITOR ID: 403460-99
HUNT, TAMMY
C/O IURILLO & ASSOCIATES PA
ATTN: S C BEAVENS/C J JURILLO, ESQS
STERLING SQUARE
600 FIRST AVE NO, STE 308
ST PETERSBURG FL 33701

CREDITOR ID: 390908-55
HUNT, TAMMY
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FL
WEST PALM BEACH FL 33401

CREDITOR ID: 251936-12
HUNTER FARMS
1900 NORTH MAIN STREET
HIGH POINT NC 27262

CREDITOR ID: 403317-83
HUNTER MEDICAL SYSTEMS, INC.
PO BOX 73230
METAIRIE LA 70033-3230

CREDITOR ID: 251937-12
HUNTER SMITH & DAVIS LLP
PO BOX 3740
KINGSPORT, TN 37664

CREDITOR ID: 400762-91
HUNTER, ANTHONY W
610 TERESA DRIVE
LAKE PARK GA 31636

CREDITOR ID: 243337-12
HUNTER, BERNARD A
145 KENNEDY DRIVE
HAYNEVILLE AL 36040

CREDITOR ID: 397829-76
HUNTER, GENEVA
6711 CHAR LANE
NEW PORT RICHEY, FL 34653

CREDITOR ID: 385229-54
HUNTER, GIGI
PO BOX 233
HAINES CITY, FL 33845

CREDITOR ID: 390537-55
HUNTER, GIGI
C/O: DESIREE E. BANNASCH, ESQ.
DESIREE E. BANNASCH, P.A.
232 HILLCREST ST., STE. B
ORLANDO FL 32801

CREDITOR ID: 389765-54
HUNTER, SELINA
1506 MOBILE AVE
HOLLY HILL FL 32117

CREDITOR ID: 393379-55
HUNTER, SELINA
C/O: MICHAEL KOLLER
120 E. GRANADA BLVD.
ORMOND BEACH FL 32176

CREDITOR ID: 407564-15
HUNTER, STILL JR
33 BARBER COURT SUITE 109
BIRMINGHAM AL 35209

CREDITOR ID: 407564-15
HUNTER, STILL JR
C/O BALCH & BINGHAM LLP
ATTN THOMAS G AMASON III, ESQ
1901 6TH AVENUE NORTH SUITE 2600
BIRMINGHAM AL 35203

CREDITOR ID: 385867-54
HUNTER, TERESA
20158 NW 35TH AVENUE
OPA-LOCKA, FL 33056

CREDITOR ID: 385867-54
HUNTER, TERESA
C/O RUBIN & RUBIN, PA
ATTN DEBRA E RUBIN, ESQ
11900 BISCAYNE BLVD, SUITE 502
NORTH MIAMI FL 33181

CREDITOR ID: 404849-95
HUNTERS LIVER MUSH CO
46 POTEAT DR
MARION NC 28752

CREDITOR ID: 251938-12
HUNTERS LIVER MUSH CO
98 POTEAT RD
MARION, NC 28752

CREDITOR ID: 385248-54
HUNTLEY, CAROLIE
9242 ADAMS AVE
JACKSONVILLE, FL 32208

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390557-55<br>HUNTLEY, CAROLIE<br>C/O RICHARD C. WATSON, ESQ.<br>RAHAIM, WATSON, DEARING, BERRY & MOORE,<br>3127 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 385963-54<br>HUNTLEY, CRYSTAL<br>12221 SPOTSWOOD<br>RIVERVIEW, FL 33569 | CREDITOR ID: 279424-99<br>HUNTON & WILLIAMS LLP<br>ATTN: CRAIG V RASILE<br>1111 BRICKELL AVE STE 2500<br>MIAMI FL 33131 |
| CREDITOR ID: 388084-54<br>HUNTON, ALANA<br>53056 CROSSOVER ROAD<br>INDEPENDENCE, LA 70443 | CREDITOR ID: 251939-12<br>HUNTSVILLE HOSPITAL<br>101 SIVLEY RD<br>HUNTSVILLE AL 35801 | CREDITOR ID: 251940-12<br>HUNTSVILLE TIMES<br>PO BOX 7069 WS<br>HUNTSVILLE, AL 35807 |
| CREDITOR ID: 404850-95<br>HUNTSVILLE TIMES<br>PO BOX 1487 W S<br>HUNTSVILLE AL 35807 | CREDITOR ID: 382148-51<br>HUNTSVILLE TIMES, THE<br>ATTN DICKIE KING, CR MGR<br>PO BOX 7069 WS<br>HUNTSVILLE, AL 35807 | CREDITOR ID: 251941-12<br>HUNTSVILLE UTILITIES<br>PO BOX 2048<br>HUNTSVILLE, AL 35895 |
| CREDITOR ID: 267608-31<br>HUNTSVILLE WATER POLLUTION<br>ATTN: THOMAS LOVELADY<br>1800 VERMONT RD SW<br>HUNTSVILLE AL 35802-2064 | CREDITOR ID: 251942-12<br>HURLEY & KOORT P L C<br>2727 MCRAE ROAD<br>RICHMOND VA 23235 | CREDITOR ID: 385405-54<br>HURNS, DWIGHT (MINOR)<br>3209 NW 52 STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 390712-55<br>HURNS, DWIGHT (MINOR)<br>C/O LAW OFFICES OF KADE & VITAL PA<br>ATTN JONATHAN KANE, ESQ<br>6190 NW 11TH STREET<br>SUNRISE FL 33313 | CREDITOR ID: 406798-MS<br>HURST, ERNEST G.<br>680 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 388428-54<br>HURST, MONICA<br>751 SMITH STORE ROAD<br>CONYERS, GA 30094 |
| CREDITOR ID: 392526-55<br>HURST, MONICA<br>C/O: JOHN FOY<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 | CREDITOR ID: 386916-54<br>HURST, RUDOLPH<br>4508 AUTUMN WINDS WAY<br>TALLAHASSEE FL 32303 | CREDITOR ID: 389217-54<br>HURST, WAYNE<br>1305 WILLOW ROAD<br>MONTICELLO FL 32344 |
| CREDITOR ID: 399764-84<br>HURSTING, JOEL<br>550 SW 6TH AVENUE<br>BOCA RATON FL 33486 | CREDITOR ID: 406799-MS<br>HURT, MICHAEL<br>4430 BUTTONBUSH GLEN DR.<br>LOUISVILLE KY 40241 | CREDITOR ID: 406800-MS<br>HURTADO DE MENDOZA, ORLANDO<br>8181 LOCH LOMOND LANE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 387101-54<br>HURTADO, KEVEN (MINOR)<br>14303 DAKE LANE, APT 1102<br>TAMPA FL 33613 | CREDITOR ID: 2311-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI, FL 33137 | CREDITOR ID: 251943-12<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI, FL 33137 |
| CREDITOR ID: 251944-12<br>HUS LAUNDRY SYSTEMS INC<br>118 JACKSON ROAD, SUITE 9<br>JACKSONVILLE FL 32225 | CREDITOR ID: 251945-12<br>HUSMAN POTATO CHIPS<br>PO BOX 640723<br>PITTSBURGH, PA 15264-0723 | CREDITOR ID: 403546-99<br>HUSSMAN CORPORATION<br>C/O SHUTTS & BOWEN LLP<br>ATTN: ANDREW M BRUMBY<br>PO BOX 4956<br>ORLANDO FL 32801 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393755-58<br>HUSSMAN REFRIGERATION<br>LB# 2410 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 403547-99<br>HUSSMAN SERVICES CORPORATION<br>C/O SHUTTS & BOWEN LLP<br>ATTN: ANDREW M BRUMBY<br>PO BOX 4956<br>ORLANDO FL 32802-4956 | CREDITOR ID: 395312-63<br>HUSSMANN<br>125 JAMES DR. WEST<br>ST ROSE, LA 70087 |
| CREDITOR ID: 404851-95<br>HUSSMANN CORP<br>9216 PALM RIVER RD  STE 201<br>TAMPA FL 33619 | CREDITOR ID: 251946-12<br>HUSSMANN CORP<br>LB #2410 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | CREDITOR ID: 395667-65<br>HUSSMANN SERVICES CORPORATION<br>2410 COLLECTIONS CTR DR<br>CHICAGO, IL 60963 |
| CREDITOR ID: 390263-54<br>HUSTED, LISA<br>404 19TH AVE NORTH WEST<br>RUSKIN FL 33570 | CREDITOR ID: 251947-12<br>HUSTON TIRE CO INC<br>PO BOX 304<br>FAYETTEVILLE NC 28302-0304 | CREDITOR ID: 243890-12<br>HUSTON, BREE<br>C/O KIMBERLY HUSTON<br>903 50TH STREET EAST<br>BRADENTON, FL 34208 |
| CREDITOR ID: 406801-MS<br>HUTCH, KENNETH W.<br>7029 BROOK GREEN TERRACE<br>MATHEWS SC 28104 | CREDITOR ID: 256104-12<br>HUTCHENS, MERRILL D<br>551 SUNDOWN TRAIL<br>CASSELBERRY FL 32707 | CREDITOR ID: 386151-54<br>HUTCHINS, LASHAWN<br>1525 SW 12TH AVENUE, APT 2<br>DANIA BEACH, FL 33304 |
| CREDITOR ID: 391320-55<br>HUTCHINS, LASHAWN<br>C/O  THOMAS & PEARL, PA<br>ATTN MARK TUDINO, ESQ<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 262413-12<br>HUTCHINS, TABITHA<br>399 SOUTH HAMPTON CLUB WAY<br>ST AUGUSTINE, FL 32092 | CREDITOR ID: 390452-54<br>HUTCHINSON, MARY J<br>P.O BOX 665 V<br>JASPER FL 32052 |
| CREDITOR ID: 389722-54<br>HUTCHINSON, SUSAN<br>17877 LA 42<br>LIVINGSTON LA 70754--100 | CREDITOR ID: 251948-12<br>HUTCHISON HAYES SEPARATORS-HOUSTON<br>PO BOX 2965<br>HOUSTON TX 77252-2965 | CREDITOR ID: 390331-54<br>HUTSON, KEITH (MINOR)<br>637 BROUILLY DR.<br>KENNER LA 70065 |
| CREDITOR ID: 387502-54<br>HUTSON, KENNETH<br>726 OJAI AVENUE<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 392019-55<br>HUTSON, KENNETH<br>C/O: MELISSA WEIGNER<br>2503 WEST SWANN AVE.<br>TAMPA FL 33609-4017 | CREDITOR ID: 406802-MS<br>HUTTON, RANDALL L<br>13816 DEER CHASE PL<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 260892-12<br>HUTTON, SHEREKA<br>1842 SOUTHLAND DRIVE<br>CLEVELAND, MS 38732 | CREDITOR ID: 407709-15<br>HUX, STACEY<br>C/O LAW OFFICE OF LAURI J GOLDSTEIN<br>ATTN LAURI J GOLDSTEIN ESQ<br>160 NW CENTRAL PARK PLAZA #101<br>SAINT LUCIE WEST FL 34986-1825 | CREDITOR ID: 1405-07<br>HV MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO, NC 27420-0847 |
| CREDITOR ID: 251949-12<br>HY KO PRODUCTS CO<br>7370 NORTHFIELD RD<br>WALTON HILLS, OH 44146-6106 | CREDITOR ID: 251950-12<br>HY SPEED CLEANING PRODUCTS INC<br>301 CHESTERFIELD RD<br>CASTLE HAYNE NC 28429 | CREDITOR ID: 251951-12<br>HYDE PARK INSULATION CO<br>319 N 36TH STREET<br>LOUISVILLE KY 40212 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315843-40<br>HYDE PARK PLAZA<br>C/O REGENCY CENTERS LP<br>LEASE# 14123<br>PO BOX 644019<br>PITTSBURGH, PA 15264-4019 | CREDITOR ID: 388230-54<br>HYDE, ALSEY<br>4945 COUNTY ROAD 54 WEST<br>NOTASULGA AL 36866 | CREDITOR ID: 251953-12<br>HYDRA POWER SYSTEMS INC<br>MAIL STOP 95<br>PO BOX 5087<br>PORTLAND OR 97208 |
| CREDITOR ID: 251954-12<br>HYDRAULIC & PNEUMATIC SALES<br>11100 PARK CHARLOTTE BLVD<br>PO BOX 410587<br>CHARLOTTE NC 28241 | CREDITOR ID: 251955-12<br>HYDRAULIC HOSE & CYLINDER<br>617 SOUTH EVERS STREET<br>PLANT CITY FL 33566 | CREDITOR ID: 251956-12<br>HYDRAULIC SUPPLY COMPANY<br>4301 NORTHWEST 36TH STREET<br>MIAMI SPRINGS FL 33166 |
| CREDITOR ID: 251957-12<br>HYDRO CORRECT FLOW INC<br>PO BOX 915081<br>LONGWOOD, FL 32791 | CREDITOR ID: 267609-31<br>HYDRO MANAGEMENT SERVICES INC<br>ATTN: NADINE BLACKWELL<br>293 CARDWELL RD<br>MAYODAN NC 27027-8043 | CREDITOR ID: 251958-12<br>HYDRO STAT INC<br>ATTN RICHARD NICKELS, COO<br>1111 SW 1ST WAY<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 395416-64<br>HYDROLOGIC ASSOCIATES USA INC.<br>109 BAYBERRY ROAD<br>ALTAMONTE SPRINGS, FL 32714 | CREDITOR ID: 251959-12<br>HYDROSERVE TECHNOLOGIES INC<br>1999 - E PARKER COURT<br>STONE MOUNTAIN GA 30087 | CREDITOR ID: 251960-12<br>HYGENIC CORP<br>PO BOX 1818<br>AKRON OH 44309-1818 |
| CREDITOR ID: 251961-12<br>HYGRADE PCG<br>3526 SANCTUARY BOULEVARD<br>JACKSONVILLE FL 32250 | CREDITOR ID: 375279-44<br>HYLAND FILTER SERVICE<br>610 LOCUST LANE<br>LOUISVILLE, KY 40217 | CREDITOR ID: 251962-12<br>HYLAND FILTER SERVICE (OWENSBORO)<br>PO BOX 608<br>OWENSBORO, KY 42302 |
| CREDITOR ID: 251964-12<br>HYMAN PHELPS MCNAMARA PC<br>700 13TH STREET NW<br>SUITE 1200<br>WASHINGTON DC 20005 | CREDITOR ID: 251965-12<br>HYPERION SOLUTIONS CORPORATION<br>DEPT 33389<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3389 | CREDITOR ID: 251966-12<br>I & E SERVICES INC<br>3102 KIOWA AVE<br>FORT WORTH, TX 76114 |
| CREDITOR ID: 404852-95<br>I & K DISTRIBUTING CO INC<br>PO BOX 369<br>DELPHOS OH 45833 | CREDITOR ID: 251968-12<br>I C S C<br>PO BOX 26958<br>NEW YORK NY 10087-6958 | CREDITOR ID: 278900-30<br>I KUNIK COMPANY<br>2000 INDUSTRIAL DRIVE<br>MCALLEN, TX 78504 |
| CREDITOR ID: 251971-12<br>I O S CAPITAL<br>PO BOX 740540<br>ATLANTA GA 30374-0540 | CREDITOR ID: 375280-44<br>I P M SOUTHEAST<br>PO BOX 2754<br>DAVENPORT, FL 33836 | CREDITOR ID: 2312-RJ<br>I REISS & COMPANY<br>200 EAST 61ST STREET<br>SUITE 29F<br>NEW YORK, NY 10021 |
| CREDITOR ID: 251973-12<br>I REISS & COMPANY<br>200 EAST 61ST STREET SUITE 29F<br>NEW YORK, NY 10021 | CREDITOR ID: 1451-RJ<br>I REISS AND CO AS AGENT FOR<br>SWEETWATER PARTNERS LP<br>200 EAST 61ST STREET<br>SUITE 29F<br>NEW YORK, NY 10021 | CREDITOR ID: 251974-12<br>I REISS AND CO AS AGENT FOR<br>SWEETWATER PARTNERS LP<br>200 EAST 61ST STREET SUITE 29F<br>NEW YORK, NY 10021 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251967-12<br>I&K DISTRIBUTING CO INC<br>PO BOX 711016<br>CINCINNATI, OH 45271-1016 | CREDITOR ID: 251975-12<br>I&R LOGISTICS<br>PO BOX 2491<br>SIOUX CITY, IA 51106 | CREDITOR ID: 251976-12<br>I-75 WRECKER SERVICE & GARAGE<br>3719 MADISON HIGHWAY<br>VALDOSTA GA 31601 |
| CREDITOR ID: 251978-12<br>IAAO<br>36970 EAGLE WAY<br>CHICAGO, IL 60678-1369 | CREDITOR ID: 251979-12<br>IAN INTERNATIONAL INC<br>3350 NW 60 STREET<br>MIAMI, FL 33142 | CREDITOR ID: 251980-12<br>IAN T MCINTOSH<br>2227 4TH AVENUE NORTH<br>IRONDALE AL 35210 |
| CREDITOR ID: 390272-54<br>IANNACCUNE, CARLA J<br>2425 CARYING WAY BLVD<br>UNIT 108<br>PORT CHARLOTTE FL 33952 | CREDITOR ID: 243423-12<br>IBACH, BETTY J<br>2127 KONA DRIVE<br>HOLIDAY FL 34691 | CREDITOR ID: 406803-MS<br>IBBETSON JR., HENRY<br>5400 SW 160 AVE.<br>FT. LAUDERDALE FL 33331 |
| CREDITOR ID: 251981-12<br>IBC HOLSUM BAKERS<br>8700 NW 77TH COURT<br>MIAMI, FL 33166 | CREDITOR ID: 404853-95<br>IBC MERITA WONDER<br>301 S I-85<br>CHARLOTTE NC 28208 | CREDITOR ID: 251982-12<br>IBC MERITA WONDER<br>PO BOX 668648<br>CHARLOTTE, NC 28266-8648 |
| CREDITOR ID: 251983-12<br>IBC WONDER BREAD HOSTESS CAKE<br>PO BOX 8369<br>COLUMBUS, OH 43201-0369 | CREDITOR ID: 375283-44<br>IBC WONDER BREAD HOSTESS CAKE<br>PO BOX 60223<br>ST LOUIS, MO 63160 | CREDITOR ID: 251984-12<br>IBERIA FOODS OF FL<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 |
| CREDITOR ID: 251986-12<br>IBERIA MEDICAL CENTER<br>PO BOX 13338<br>NEW IBERIA, LA 70562-3338 | CREDITOR ID: 251985-12<br>IBERIA MEDICAL CENTER<br>2315 EAST MAIN STREET<br>NEW IBERIA, LA 70560-4031 | CREDITOR ID: 251987-12<br>IBERIA MIDDLE SCHOOL<br>ATTN MICHAEL BONIN<br>613 WEEKS ISLAND<br>NEW IBERIA, LA 70560 |
| CREDITOR ID: 267610-14<br>IBERIA PARISH ASSESSOR<br>ATTN: RICKY HUVAL<br>300 S IBERIA ST STE B100<br>NEW IBERIA LA 70560-4543 | CREDITOR ID: 251988-12<br>IBERIA PARISH CAREER CENTER<br>618 RECREATION DR<br>NEW IBERIA, LA 70560 | CREDITOR ID: 394011-61<br>IBERIA PARISH CLERK OF COURTS<br>PO DRAWER 12010<br>NEW IBERIA, LA 70562-2010 |
| CREDITOR ID: 267611-31<br>IBERIA PARISH GOVERNMENT<br>ATTN: JOSEPH GONALES<br>200 PARKER ST RM 300<br>NEW IBERIA LA 70563-3100 | CREDITOR ID: 251989-12<br>IBERIA PARISH SCH BOARD<br>PO BOX 9770<br>SALES & USE TAX DIV<br>NEW IBERIA, LA 70562-9770 | CREDITOR ID: 251990-12<br>IBERIA PARISH SHERIFF<br>IBERIA PARISH COURTHOUSE<br>300 IBERIA ST SUITE 120<br>NEW IBERIA, LA 70560-4584 |
| CREDITOR ID: 317895-42<br>IBERIA PARISH SHERIFF & TAX COLLECTOR<br>300 IBERIA STREET, SUITE 120<br>NEW IBERIA LA 70560-4584 | CREDITOR ID: 278088-23<br>IBERIA SAVINGS BANK<br>ATTN: BOOKKEEPER<br>PO BOX 12440<br>NEW IBERIA LA 70562 | CREDITOR ID: 241069-11<br>IBERIA SCHOOL BOARD<br>SALES & USE TAX DEPT.<br>ACCT NOS: 9129 & 3399<br>PO BOX 9770<br>NEW IBERIA, LA 70562-9770 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251991-12<br>IBERIA SHERIFF &TAX COLLECTOR<br>300 IBERIA STREET<br>SUITE 120<br>PROPERTY TAX<br>NEW IBERIA, LA 70560-4584 | CREDITOR ID: 251992-12<br>IBERIA TRUCK REPAIR INC<br>PO BOX 9979<br>NEW IBERIA LA 70562-9979 | CREDITOR ID: 404855-95<br>IBERIA WORLD FOODS CORP<br>7850 NW 80TH ST<br>STE 6<br>MEDLEY FL 33166 |
| CREDITOR ID: 251993-12<br>IBERIA WORLD FOODS CORP<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | CREDITOR ID: 279023-32<br>IBERIA WORLD FOODS CORPORATION<br>ATTN: LYDIA GREENSTEIN, CR. MGR.<br>12300 NW 32ND AVENUE<br>MIAMI FL 33167 | CREDITOR ID: 278901-30<br>IBERTRADE<br>747 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10017 |
| CREDITOR ID: 241070-11<br>IBERVILE PARISH<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 1234-00<br>PO BOX 355<br>PLAQUEMINE, LA 70765-0355 | CREDITOR ID: 251996-12<br>IBERVILLE PARISH<br>PO BOX 355<br>SALES TAX DEPARTMENT<br>PLAQUEMINE, LA 70765-0355 | CREDITOR ID: 267612-14<br>IBERVILLE PARISH ASSESSOR<br>ATTN: JAMES H DUPONT<br>58050 MERIAM ST<br>PLAQUEMINE LA 70764-2717 |
| CREDITOR ID: 251997-12<br>IBERVILLE SIGN & DESIGN<br>57945 MERIAM STREET<br>PLAQUEMINE LA 70764 | CREDITOR ID: 382695-51<br>IBM<br>NORTH CASTLE DRIVE<br>ARMONK, NY 10504 | CREDITOR ID: 252000-12<br>IBM<br>PO BOX 945684<br>ATLANTA GA 30394-5684 |
| CREDITOR ID: 251999-12<br>IBM<br>PO BOX 7247-0276<br>PHILADELPHIA PA 19170-0276 | CREDITOR ID: 251998-12<br>IBM<br>PO BOX 534186<br>ATLANTA, GA 30353-4186 | CREDITOR ID: 252002-12<br>IBM   LOCKBOX/ WACHOVIA BANK<br>91222 COLLECTIONS DR<br>CHICAGO IL 60693-1222 |
| CREDITOR ID: 252005-12<br>IBM CORPORATION<br>PO BOX 676673<br>DALLAS, TX 75267-6673 | CREDITOR ID: 405888-15<br>IBM CORPORATION<br>ATTN B H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 30181 | CREDITOR ID: 252004-12<br>IBM CORPORATION<br>PO BOX 534151<br>ATLANTA, GA 30353-4151 |
| CREDITOR ID: 252003-12<br>IBM CORPORATION<br>LOCK BOX 643600<br>PITTSBURGH, PA 15264-3600 | CREDITOR ID: 278757-28<br>IBM CREDIT CORPORATION (LESSOR)<br>ATTN: LEE LORENZ<br>315 E. ROBINSON STREET<br>ORLANDO, FL 32801 | CREDITOR ID: 407536-15<br>IBM CREDIT, LLC<br>ATTN BEVERLY SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60181 |
| CREDITOR ID: 252006-12<br>IBM DIRECT<br>PO BOX 643701<br>PITTSBURGH, PA 15264-3701 | CREDITOR ID: 252007-12<br>IBM GLOBAL SERVICES<br>PO BOX 91222<br>CHICAGO IL 60693-1222 | CREDITOR ID: 252008-12<br>IBM POS USERS GROUP INC<br>8421 LORRAINE DR<br>STRONGSVILLE OH 44149 |
| CREDITOR ID: 252009-12<br>IBM STORE SYSTEMS USER GROUP<br>8421 LORRAINE DRIVE<br>STRONGSVILLE OH 44149 | CREDITOR ID: 244759-12<br>IBOLD, CATHERINE B<br>3512 EDLINGHAM COURT<br>ORLANDO, FL 32812 | CREDITOR ID: 252010-12<br>IBP INC<br>PO BOX 915137<br>DALLAS TX 75391-5137 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252011-12<br>ICAN<br>133 BROTHERS RD<br>EASLEY SC 29640 | CREDITOR ID: 252012-12<br>ICARD TOWNSHIP<br>PO BOX 436<br>HILDEBRAN, NC 28637-0436 | CREDITOR ID: 267613-31<br>ICARE INC<br>ATTN: KOBBY CARRENA<br>931 HIGHWAY 80 W UNIT 23<br>JACKSON MS 39204-3906 |
| CREDITOR ID: 384171-47<br>ICC BUSINESS CREDIT BLUEGRASS<br>ATTN LANGFRED W WHITE, PRES<br>32700 US HIGHWAY 19 NORTH<br>PALM HARBOR, FL 34684 | CREDITOR ID: 252013-12<br>ICE CREAM DISTRIBUTORS INC<br>6230 OLD LAGRANGE ROAD<br>CRESTWOOD, KY 40014 | CREDITOR ID: 252014-12<br>ICE SYSTEMS INC<br>PO BOX 11126<br>HAUPPAUGE, NY 11788 |
| CREDITOR ID: 252015-12<br>ICEBRAND SEAFOODS MAINE INC<br>PO BOX 17533<br>PORTLAND ME 04112-8533 | CREDITOR ID: 279024-32<br>ICEMILLER<br>LEGAL AND BUSINESS ADVISORS<br>ATTN: BEN CAUGHEY<br>ONE AMERICAN SQUARE<br>BOX 82001<br>INDIANAPOLIS IN 46282-0200 | CREDITOR ID: 252016-12<br>ICHIA<br>ATTN CLAIMS DEPT<br>PO BOX 33730<br>INDIANAPOLIS IN 46203-0730 |
| CREDITOR ID: 252017-12<br>ICI PAINTS<br>PO BOX 905066<br>CHARLOTTE, NC 28290-5066 | CREDITOR ID: 395437-64<br>ICICLE SEAFOODS<br>PO BOX 79003<br>SEATTLE, WA 98119-7903 | CREDITOR ID: 406225-G4<br>ICICLE SEAFOODS<br>4019-21ST AVE. WEST<br>SEATTLE WA 98119 |
| CREDITOR ID: 315693-36<br>ICICLE SEAFOODS INC<br>C/O GRAHAM & DUNN PC<br>ATTN: MARK D NORTHRUP<br>2801 ALASKAN WAY, STE 300<br>SEATTLE WA 98121 | CREDITOR ID: 252019-12<br>ICLE<br>PO BOX 1885<br>ATHENS GA 30603-1885 | CREDITOR ID: 252020-12<br>ICM<br>% DIANA HORNER<br>1004 SEVIER ST<br>KNOXVILLE TN 37920 |
| CREDITOR ID: 252021-12<br>ICM / A DIV OF RUG DOCTOR LP<br>PO BOX 9089<br>KNOXVILLE TN 37940-0089 | CREDITOR ID: 252022-12<br>ICOS LLC<br>ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 382712-51<br>ICS<br>3026 HARFORD HIGHWAY, SUITE 1<br>DOTHAN, AL 36302 |
| CREDITOR ID: 252023-12<br>ICS LOGISTICS INC<br>2625 W 5TH ST<br>PO BOX 41064<br>JACKSONVILLE FL 32203 | CREDITOR ID: 252024-12<br>ICS TYLER<br>21709 NETWORK PLACE<br>CHICAGO IL 60673-1217 | CREDITOR ID: 252025-12<br>ICX GROUP INC<br>4720 SALISBURY ROAD<br>SUITE 200<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 252026-12<br>IDAHO CHILD SUPPORT RECEIPTING<br>PO BOX 70008<br>BOISE, ID 83707-0108 | CREDITOR ID: 252027-12<br>IDAHO FRESH PAK INCORPORATED<br>ATTN RICHARD A NELSON, CONTROLLER<br>ONE POTATO PLACE<br>PO BOX 130<br>LEWISVILLE, ID 83431-0130 | CREDITOR ID: 397730-62<br>IDAHO STATE TAX COMMISSION<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 36<br>BOISE  ID 83722-2240 |
| CREDITOR ID: 252028-12<br>IDEA NUOVA INC<br>302 FIFTH AVENUE<br>NEW YORK NY 10001 | CREDITOR ID: 252029-12<br>IDEAL SHIELD<br>ATTN MICA D CRAWFORD, CONTROLLER<br>2525 CLARK STREET<br>DETROIT, MI 48209 | CREDITOR ID: 252030-12<br>IDEAVILLAGE<br>21 LAW DRIVE<br>FAIRFIELD NJ 07004 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 252031-12
IDELA Z CABALLERO
628 HIGHLAND AVENUE
LAKE WORTH FL 33346

CREDITOR ID: 403390-15
IDELLE LABS
ATTN PAUL S LEVY, CR MGR
ONE HELEN OF TROY PLAZA
EL PASO TX 79912

CREDITOR ID: 404856-95
IDELLE LABS LTD RETAIL DIVISION
JP MORGAN CHASE BANK
PO BOX 201388
HOUSTON TX 77216-1388

CREDITOR ID: 252032-12
IDELLE LABS LTD RETAIL DIVISION
PO BOX 849114
DALLAS, TX 75284-9114

CREDITOR ID: 252033-12
IDENTICARD SYSTEMS INC
PO BOX 409582
ATLANTA GA 30384

CREDITOR ID: 252034-12
IDEXX DIST CORP
PO BOX 101327
ATLANTA, GA 30392-1327

CREDITOR ID: 252035-12
IDN - ACME INC
PO DRAWER 13748
NEW ORLEANS, LA 70185

CREDITOR ID: 381287-47
IDN ARMSTRONGS INC
PO BOX 277959
ATLANTA, GA 30384

CREDITOR ID: 252036-12
IDS
PO BOX 250013
MONTGOMERY AL 36125-0013

CREDITOR ID: 385710-54
IERVASI, CARMEN
1170 WACO BLVD
PALM BAY, FL 32909

CREDITOR ID: 390990-55
IERVASI, CARMEN
C/O DAVID W. ARTHUR
MORGAN & BARBARY
730 EAST STRAWBRIDGE AVE
SUITE 200
MELBOURNE FL 32901

CREDITOR ID: 252037-12
IESI ALEXANDRIA HAULING
1515 ENGLAND DRIVE
ALEXANDRIA, LA 71303-4109

CREDITOR ID: 404858-95
IESI OF AVOYELLES
ATTN PURNELL BLACKMAN
PO BOX 469
MARKSVILLE LA 71351

CREDITOR ID: 252038-12
IESI OF AVOYELLES
PO BOX 650231
DALLAS, TX 75265-0231

CREDITOR ID: 252039-12
IEVA NEVERAUSKAITE
135 MIRACLE STRIP PKWY
FT WALTON BEACH FL 32541

CREDITOR ID: 404859-95
IFCO SYSTEMS
PO BOX 207
HOMELAND FL 33847

CREDITOR ID: 381001-47
IFCO SYSTEMS NA
PO BOX 849729
DALLAS TX 75284-9729

CREDITOR ID: 279376-36
IFCO SYSTEMS, NA
ATTN MARIO PRATTS, CREDIT MGR
6829 FLINTLOCK ROAD
HOUSTON  TX 77040

CREDITOR ID: 252041-12
IFM EFECTOR INC
PO BOX 8538-307
PHILADELPHIA PA 19171-0307

CREDITOR ID: 252042-12
IGEL CASHIO
631 GARDENIA STREET
LAPLACE, LA 70068

CREDITOR ID: 242587-12
IGELHARTE, ARTHUR T
221 LAKE MARINA DRIVE
NEW ORLEANS LA 70124

CREDITOR ID: 387311-54
IGLESIAS, MARTHA
420 W. 17TH STREET, #211
HIALEAH, FL 33010

CREDITOR ID: 391893-55
IGLESIAS, MARTHA
C/O: THEODORE Z. DEUTSCH
THEODORE Z. DEUTSCH, P.A.
WESTLAND EXECUTIVE OFFICE PARK
1790 W. 49TH ST. STE. 304
HIALEAH FL 33012

CREDITOR ID: 388051-54
IGLESIAS, VANESSA M
10030 SW 50TH TERRACE
MIAMI, FL 33165

CREDITOR ID: 400314-85
IGLESIAS, VANESSA M (MINOR)
C/O SILVIA SIRVEN, ESQ.
LAW OFFICES OF SYLVIA M SIRVEN
8360 WEST FLAGLER STREET
SUITE 203A
MIAMI FL 33144

CREDITOR ID: 252043-12
IGLOO CORPORATION
PO BOX 99912
CHICAGO, IL 60696-7712

CREDITOR ID: 404860-95
IGLOO CORPORATION
PO BOX 93158
CHICAGO IL 60673

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252044-12<br>IGNATIUS PRICE&WILLIAM K ABELL ESQ<br>PO BOX 201<br>MONTGOMERY AL 36101 | CREDITOR ID: 252045-12<br>IGO HOME PRODUCTS<br>23500 MERCANTILE ROAD, SUITE A<br>BEACHWOOD, OH 44122 | CREDITOR ID: 252046-12<br>IGOR VARESKIC<br>1517 OXFORD ROAD<br>MAITLAND FL 32751 |
| CREDITOR ID: 407418-15<br>IHNS, JUERGEN RICHARD<br>8898 SCENIC HILLS DR<br>PENSACOLA FL 32514 | CREDITOR ID: 1453-07<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 252047-12<br>III T WEST LLC MARCO ISLAND MRKT PL<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>SUITE 2001<br>FORT LAUDERDALE FL 33394 |
| CREDITOR ID: 387934-54<br>III, ANDREW CARTER (MINOR)<br>8 PANCERA  DR.<br>CRAWFORDVILLE, FL 32327 | CREDITOR ID: 386401-54<br>III, CHRIS EBERT<br>3452 REITMAN RD<br>ALEXANDRIA KY 41001 | CREDITOR ID: 389267-54<br>III, ERNIE SILCOX<br>113 BARDIN RANCHETTE RD<br>PALATKA FL 32177 |
| CREDITOR ID: 399876-84<br>III, JAMES WALKER<br>C/O HENDRIK S. SNOW, ESQ<br>2029 AIRPORT BLVD, SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 252048-12<br>IIMARAS RASYTINIS<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH FL 32541 | CREDITOR ID: 382860-51<br>IKON<br>ATTN SHARI HULLET OR BILL SMITH<br>4780 N ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32810 |
| CREDITOR ID: 397646-72<br>IKON<br>4780 N ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32810 | CREDITOR ID: 399339-15<br>IKON FINANCIAL SERVICES<br>ATTN D SYKES, BANKR ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208-3708 | CREDITOR ID: 252050-12<br>IKON FINANCIAL SERVICES<br>PO BOX 740541<br>ATLANTA, GA 30374-0541 |
| CREDITOR ID: 407533-15<br>IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN KEITH CLEMENTS, BANKRUPTCY<br>5400 BOWMAN ROAD<br>MACON GA 31210 | CREDITOR ID: 404861-95<br>IKON OFFICE SOLUTIONS<br>P O BOX 905923   **PREVIOUS ADDRESS<br>FLORIDA DISTRICT<br>CHARLOTTE NC 28290-5923 | CREDITOR ID: 252053-12<br>IKON OFFICE SOLUTIONS<br>PO BOX 802558<br>GREAT LAKES DISTRICT<br>CHICAGO IL 60680-2558 |
| CREDITOR ID: 252052-12<br>IKON OFFICE SOLUTIONS<br>FLORIDA DISTRICT<br>PO BOX 532521<br>ATLANTA, GA 30353-2521 | CREDITOR ID: 252051-12<br>IKON OFFICE SOLUTIONS<br>4780 N ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32810 | CREDITOR ID: 278759-28<br>IKON OFFICE SOLUTIONS INC<br>GENERAL COUNSEL<br>CORPORATE HEADQUARTERS<br>70 VALLEY STREAM PARKWAY<br>MALVERN, PA 19355-1407 |
| CREDITOR ID: 404862-95<br>ILD TELECOMMUNICATIONS INC<br>8401 DATAPOINT DRIVE<br>8401 DATAPOINT DRIVE<br>ATTN ACCOUNTS RECEIVABLE<br>SAN ANTONIO TX 78229 | CREDITOR ID: 252054-12<br>ILD TELECOMMUNICATIONS INC.<br>ATTN ACCT REC<br>5000 SAWGRASS VILLAGE CIRCLE STE 30<br>PONTE VEDRA, FL 32082 | CREDITOR ID: 252055-12<br>ILLINGWORTH ENGINEERING<br>ATTN MICHAEL L FLETCHALL, PRES<br>6855 PHILLIPS PARKWAY DR S<br>JACKSONVILLE, FL 32256-1565 |
| CREDITOR ID: 252056-12<br>ILLINOIS DEPARTMENT OF REVENUE CSE<br>POST ACTION DIVISION<br>PO BOX 19085<br>SPRINGFIELD, IL 62794-9085 | CREDITOR ID: 397647-72<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 252057-12<br>ILLINOIS STUDENT ASST PROGRAM<br>ATTN RECOVERY SERVICE<br>PO BOX 904<br>DEERFIELD, IL 60015 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385215-54<br>ILNICKI, WALTER<br>2670 WINCHESTER AVE<br>PHILADELPHIA, PA 19152 | CREDITOR ID: 390523-55<br>ILNICKI, WALTER<br>C/O: NEAL L. O'TOOLE<br>NEAL L. O'TOOLE, ESQ.<br>P. O. BOX 50<br>BARTOW FL 33831-0050 | CREDITOR ID: 402371-15<br>ILNICKI, WALTER & BARBARA<br>C/O LILLY, O'TOOLE & BROWN, LLP<br>ATTN HOWARD I KAY, ESQ<br>815 STATE ROAD 60 EAST<br>LAKE WALES FL 33853 |
| CREDITOR ID: 252058-12<br>IMAGE DEPOT<br>10118 WOODBERRY ROAD<br>TAMPA, FL 33619 | CREDITOR ID: 403318-83<br>IMAGE SOUTH/OPEN MRI ON 280<br>2737 HWY. 280 STE. 111<br>BIRMINGHAM AL 35223 | CREDITOR ID: 252059-12<br>IMAGING SOLUTIONS & SERVICES INC<br>1845 MORIAH WOODS BLVD, SUITE 7<br>MEMPHIS, TN 38117 |
| CREDITOR ID: 382714-51<br>IMAGING TECHNOLOGIES<br>4613 PHILIPS HIGHWAY<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 252060-12<br>IMAGING TECHNOLOGIES<br>ATTN: JACK ELLIS, DIV CONTROLLER<br>PO BOX 13426<br>ATLANTA, GA 30324 | CREDITOR ID: 252061-12<br>IMAGISTICS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193 |
| CREDITOR ID: 252062-12<br>IMAGISTICS INTERNATIONAL INC<br>PO BOX 11407<br>MOE<br>BIRMINGHAM, AL 35246-0284 | CREDITOR ID: 252064-12<br>IMATION TECHNOLOGY GROUP LLC<br>4538 MOUNTAIN BROOK LANE WEST<br>JACKSONVILLE FL 32224 | CREDITOR ID: 404864-95<br>IMC BAY MINETTE FAMILY<br>2101 A HAND AVE<br>BAY MINETTE AL 36507 |
| CREDITOR ID: 252065-12<br>IMC BAY MINETTE FAMILY<br>2305 HAND AVENUE<br>BAY MINETTE, AL 36507 | CREDITOR ID: 252066-12<br>IMC INDUSTRIAL MEDICAL CLINIC<br>PO BOX 11984<br>BIRMINGHAM, AL 35202 | CREDITOR ID: 388599-54<br>IMEL, PATRICIA<br>2523 CLUBHOUSE RD<br>MOBILE AL 36605 |
| CREDITOR ID: 392115-55<br>IMEL, PATRICIA<br>C/O: JAMES P. MEADOR<br>YORK, LEGG & MEADOR<br>ONE HOUSTON STREET<br>P.O. DRAWER 15207<br>MOBILE AL 36616 | CREDITOR ID: 392655-55<br>IMEL, PATRICIA<br>C/O: JAY A. YORK, ESQ.<br>JAY A. YORK, ESQ.<br>P. O. DRAWER 16207<br>3290 DAUPHIN STREET, STE. 200<br>MOBILE AL 36616 | CREDITOR ID: 252067-12<br>IMMACULATA CONCEPTION ELEMENTARY<br>601 AVENUE  C<br>MARRERO, LA 70072 |
| CREDITOR ID: 252068-12<br>IMMACULATA HIGH SCHOOL<br>537 AVENUE D<br>MARRERO, LA 70072 | CREDITOR ID: 252069-12<br>IMMACULATE CONCEPTION CHURCH<br>ATTN VIVIAN LEAL<br>4497 WEST FIRST AVENUE<br>HIALEAH FL 33012 | CREDITOR ID: 252070-12<br>IMMACULATE HEART OF MARY SCHOOL<br>6360 PINES BLVD<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 252071-12<br>IMMEDIATE CARE CENTER #11<br>DEPT 86276 POB 36370<br>LOUISVILLE KY 40233-6370 | CREDITOR ID: 252072-12<br>IMMEDIATE CARE INC<br>PO BOX 2828<br>CARROLLTON, GA 30112-2828 | CREDITOR ID: 252073-12<br>IMMEDIATE CARE P C<br>9280 HIGHWAY 5 SUITE E<br>DOUGLASVILLE GA 30134 |
| CREDITOR ID: 252074-12<br>IMMEDIATE CARE PC<br>949 PINEY FOREST RD<br>DANVILLE, VA 24540 | CREDITOR ID: 252075-12<br>IMMOKALEE AMERIGAS<br>211 JEROME DRIVE<br>IMMOKALEE, FL 34142-3837 | CREDITOR ID: 252076-12<br>IMMOKALEE DISPOSAL CO<br>120 W JEFFERSON AVE<br>IMMOKALEE, FL 34142 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 491-03<br>IMMOKALEE WATER & SEWER<br>1020 SANITATION ROAD<br>IMMOKALEE FL 34142 | CREDITOR ID: 267614-31<br>IMMOKALEE WATER & SEWER DST<br>ATTN: EVA DEYO<br>1020 SANITATION RD<br>IMMOKALEE FL 34142-4238 | CREDITOR ID: 252078-12<br>IMOGENE LOWE<br>1407 FAIRFIELD AVENUE<br>CHARLESTON SC 29407 |
| CREDITOR ID: 252079-12<br>IMPACT ABSORBENT TECHNOLOGIES<br>PO BOX 1131<br>ATASCADERO CA 93423 | CREDITOR ID: 404865-95<br>IMPACT CONFECTIONS INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVE<br>SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 252080-12<br>IMPACT CONFECTIONS INC<br>888 GARDEN OF THE GODS RD<br>COLORADO SPRINGS, CO 80907 |
| CREDITOR ID: 252081-12<br>IMPACT GSA<br>126 DEVONWOOD LN<br>STE 101<br>DEVON PA 19333 | CREDITOR ID: 252082-12<br>IMPACT OF HATTIESBURG<br>PO BOX 103<br>BRANDON, MS 39043-0103 | CREDITOR ID: 267615-31<br>IMPERIAL CALCASIEU RESOURCE CO<br>ATTN: MICHAEL PERRY<br>317 STATE ST STE 1<br>JENNINGS LA 70546-5327 |
| CREDITOR ID: 1454-07<br>IMPERIAL CHRISTINA SHOPPING CENTER<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE, STE. 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 252083-12<br>IMPERIAL CHRISTINA SHOPPING CT<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVE STE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 384172-47<br>IMPERIAL DISTRIBUTING INC<br>ATTN CAROLYN DUNLAP, CR MGR<br>8016 HIGHWAY 90 A<br>SUGAR LAND TX 77487 |
| CREDITOR ID: 375290-44<br>IMPERIAL DISTRIBUTING INC<br>DEPT AT 40078<br>ATLANTA, GA 31192-0078 | CREDITOR ID: 252084-12<br>IMPERIAL DISTRIBUTING INC<br>DEPT 0868<br>PO BOX 120001<br>DALLAS, TX 75312-0868 | CREDITOR ID: 252085-12<br>IMPERIAL MOTOR PARTS<br>1930 S COMBEE RD<br>LAKELAND FL 33801-6854 |
| CREDITOR ID: 252086-12<br>IMPERIAL OFFICE PRODUCTS<br>855 N CONKLIN ST<br>FARMINGDALE, NY 11735 | CREDITOR ID: 252087-12<br>IMPERIAL TOY CORP<br>PO BOX 21068<br>LOS ANGELES, CA 90021-0068 | CREDITOR ID: 404867-95<br>IMPERIAL TRADING CO<br>PO BOX 54050<br>NEW ORLEANS LA 70154-4050 |
| CREDITOR ID: 252088-12<br>IMPERIAL TRADING CO<br>PO BOX 676659<br>DALLAS, TX 75267-6659 | CREDITOR ID: 403234-79<br>IMPERIAL TRADING COMPANY INC<br>ATTN: KEITH BEBA<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | CREDITOR ID: 252089-12<br>IMPERIALS HOTEL & CONFERENCE CENTER<br>8298 N WICKHAM ROAD<br>MELBOURNE FL 32940 |
| CREDITOR ID: 252090-12<br>IMPEX SYSTEM GROUP<br>2801 NW 3RD AVENUE<br>MIAMI FL 33127 | CREDITOR ID: 267616-31<br>IMPLANT GEN DNTISTRY TAMPA BAY<br>ATTN: SCARLETT TATUM<br>15950 BAY VISTA DR<br>CLEARWATER FL 33760-3119 | CREDITOR ID: 381141-47<br>IMPORTS UNLIMITED INC/STUART FIN COR<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 |
| CREDITOR ID: 404868-95<br>IMPRIMIS HEALTHCARE<br>301 NW 84TH AVENUE<br>PLANTATION FL 33324 | CREDITOR ID: 252092-12<br>IMPRIMIS HEALTHCARE<br>1911 N PINE ISLAND ROAD<br>PLANTATION, FL 33322 | CREDITOR ID: 267617-31<br>IMPROVE WATER ASSOCIATION INC<br>ATTN: JEWEL MCKENZIE<br>214 SAWMILL RD<br>SANDY HOOK MS 39478-9425 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387251-54<br>IMRICH, CANDISE<br>3434 BLANDING BLVD<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 391839-55<br>IMRICH, CANDISE<br>C/O: EARL B HOOTEN, II ESQ<br>C THOMAS STRICKLAND & ASSOCIATES<br>1725 BLANDING BOULEVARD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 251970-12<br>IMS EQUIPMENT CO<br>3389 SHERIDAN STREET<br>HOLLYWOOD, FL 33021 |
| CREDITOR ID: 252093-12<br>IMSCO INC<br>PO BOX 68<br>TAYLORS, SC 29687-0947 | CREDITOR ID: 252094-12<br>IN HOUSE REPAIRED SUN<br>7580 NW 74TH AVENUE<br>MEDLEY, FL 33166 | CREDITOR ID: 252095-12<br>IN KEE MOON<br>1710 MCDOWELL COURT<br>LAWRENCEVILLE GA 30044 |
| CREDITOR ID: 252096-12<br>IN ZONE BRANDS INC<br>PO BOX 532890<br>ATLANTA GA 30353-2890 | CREDITOR ID: 252097-12<br>INA BOWEN<br>1901 ADAMS STREET<br>CONOVER NC 28613 | CREDITOR ID: 388894-54<br>INC. WINN-DIXIE LOGISTICS<br>PO DRAWER B<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 256045-12<br>INC/MUZAK, MELODY<br>PO BOX 522170<br>MIAMI, FL 33152-2170 | CREDITOR ID: 252098-12<br>INCITE VISUAL COMMUNICATIONS<br>PO BOX 1017<br>MILFORD, OH 45150 | CREDITOR ID: 402709-89<br>INCLAN, GARY<br>301 HICKORY DR.<br>LONGWOOD FL 32750 |
| CREDITOR ID: 406804-MS<br>INCLAN, GARY<br>2806 TUPELO COURT<br>LONGWOOD FL 32779 | CREDITOR ID: 252099-12<br>INCREDIBLE DISTRIBUTING CORP<br>PO BOX 19446<br>HOUSTON TX 77224 | CREDITOR ID: 252100-12<br>INDALCO FOOD CORP<br>ATTN CARLOS RUIZ DE LUQUE, PRES<br>15908 NW 48TH AVENUE<br>MIAMI, FL 33014 |
| CREDITOR ID: 252101-12<br>INDECK POWER EQUIPMENT CO<br>1111 S WILLIS AVENUE<br>WHEELING, IL 60090 | CREDITOR ID: 252102-12<br>INDEMAX INC<br>PO BOX 544<br>SPARTA, NJ 07871-0544 | CREDITOR ID: 262837-12<br>INDEPENDANT, THE<br>ATTN DONNA BASS, BUS MGR<br>PO BOX 669<br>FUQUAY VARINA, NC 27526 |
| CREDITOR ID: 252103-12<br>INDEPENDENCE - RICHMOND<br>2500 WACO STREET<br>RICHMOND VA 23294 | CREDITOR ID: 407658-93<br>INDEPENDENCE CROSSING<br>BLANCHARD & CALHOUN REAL ESTATE<br>FIRST UNION WHOLESALE LOCK BOX<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 252105-12<br>INDEPENDENCE CROSSING LLC<br>C/O LE AND CLARK ERWIN<br>742 BOST RD<br>MORGANTON NC 28655 |
| CREDITOR ID: 407654-93<br>INDEPENDENCE CROSSING, LLC<br>BLANCHARD & CALHOUN<br>699 BROAD STREET, SUITE 400<br>AUGUSTA GA 30901 | CREDITOR ID: 252106-12<br>INDEPENDENCE KINSTON<br>100 MAYPATCH RD<br>STE D<br>JACKSONVILLE NC 28546 | CREDITOR ID: 252107-12<br>INDEPENDENCE MIDDLE<br>300 WEST SECOND STREET<br>INDEPENDENCE, LA 70443 |
| CREDITOR ID: 381944-50<br>INDEPENDENCE SHOPPING CENTRE LTD<br>C/O JOHN MORLEY<br>PO BOX N-1110<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 | CREDITOR ID: 384173-47<br>INDEPENDENCE SQUARE<br>1420 COURT ST<br>ALBA CONSULTING CORP<br>CLEARWATER, FL 34616-6147 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
ALBA CONSULTING CORP
1420 COURT STREET
CLEARWATER, FL 33756

CREDITOR ID: 384174-47
INDEPENDENT GLASS CO, INC
2047 BELL ST
MONTGOMERY, AL 36104-2941

CREDITOR ID: 252109-12
INDEPENDENT GLASS CO, INC
ATTN MARGIE GIVENS, OFF MGR
2047 BELL STREET
MONTGOMERY, AL 36104-2941

CREDITOR ID: 252110-12
INDEPENDENT MESSENGER
PO BOX 530
CHATHAM VA 24531

CREDITOR ID: 252111-12
INDEPENDENT PORTABLE WELDING
1646 EAST BOY SCOUT ROD
HIXSON TN 37343

CREDITOR ID: 252112-12
INDEPENDENT ROOFING SYSTEMS INC
5090 MCRAVEN ROAD
JACKSON, MS 39204

CREDITOR ID: 252113-12
INDEPENDENT SAVINGS PLAN CO
6420 BENJAMIN ROAD
C/O MICHAEL GINSBERG ESQ
TAMPA, FL 33634

CREDITOR ID: 252114-12
INDEPENDENT WELDER
PO BOX 61032
JACKSONVILLE FL 32236-1032

CREDITOR ID: 252115-12
INDEX JOURNAL CO
PO BOX 1018
GREENWOOD, SC 29648-1018

CREDITOR ID: 404870-95
INDIA BEVERAGES OF FLORIDA INC
8442 N W 72ND ST
MIAMI FL 33166000

CREDITOR ID: 252116-12
INDIA BEVERAGES OF FLORIDA INC
ATTN FERNANDO MARTINEZ, PRES
8575 NW 79 AVE, SUITE A
MIAMI, FL 33166

CREDITOR ID: 252117-12
INDIAN BAYOU SCHOOL
1603 LA HWY 700
RAYNE, LA 70578

CREDITOR ID: 2313-07
INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 252118-12
INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 278902-30
INDIAN HILLS PRODUCE INC
ATTN JOHN M TOTH, PRES
PO BOX 120099
CLERMONT, FL 34712-0099

CREDITOR ID: 252119-12
INDIAN HILLS PRODUCE INC
PO BOX 120099
CLERMONT FL 34712-0099

CREDITOR ID: 252120-12
INDIAN NATION WHOLESALE CO
PO BOX 70
DURANT OK 74701

CREDITOR ID: 317900-42
INDIAN RIVER COUNTY TAX COLLECTOR
COUNTY COURTHOUSE
VERO BEACH, FL 32961-1509

CREDITOR ID: 252122-12
INDIAN RIVER COUNTY UTILITIES
PO BOX 628242
ORLANDO, FL 32862-8242

CREDITOR ID: 252123-12
INDIAN RIVER SELECT LLC
3503 SOUTH US HWY 1
#15
FORT PIERCE, FL 34982

CREDITOR ID: 404872-95
INDIAN RIVER TRANSPORT
P O BOX 2119
WINTER HAVEN FL 33883-2119

CREDITOR ID: 252124-12
INDIAN RIVER TRANSPORT
ATTN: ANN WALDENMEYER, CONTR
2580 EXECUTIVE ROAD
WINTER HAVEN, FL 33884-1163

CREDITOR ID: 315844-40
INDIAN TRAIL SQUARE LLC
1020 INDUSTRY ROAD
SUITE 40
LEXINGTON, KY 40505

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE LLC
ATTN DAHLEM REALTY
1020 INDUSTRY ROAD STE 40
LEXINGTON KY 40505

CREDITOR ID: 252127-12
INDIAN VILLAGE
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
BLDG 1478 SUITE 200
MARIETTA, GA 30067

CREDITOR ID: 315845-40
INDIAN VILLAGE GROUP INC
ATTN DAVID SHIN
PO BOX 921686
NORCROSS, GA 30092

CREDITOR ID: 252128-12
INDIAN VILLAGE GROUP INC
PO BOX 921686
ATTN DAVID SHIN
NORCROSS GA 30092

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1457-07<br>INDIAN VILLAGE GROUP INC.<br>ATTN: DAVID SHIN<br>PO BOX 921686<br>NORCROSS GA 30092 | CREDITOR ID: 375293-44<br>INDIANA AMERICAN WATER<br>P O BOX 2555<br>DECATUR, IL 62525-2555 | CREDITOR ID: 252129-12<br>INDIANA AMERICAN WATER CO.<br>PO BOX 6062<br>INDIANAPOLIS IN 46206-6062 |
| CREDITOR ID: 252130-12<br>INDIANA CARTON COMPANY<br>PO BOX 68<br>BREMEN, IN 46506 | CREDITOR ID: 35-02<br>INDIANA DEPARTMENT OF INSURANCE<br>ATTN: JIM ATTERHOLT, ACTING COMMISS<br>311 W. WASHINGTON STREET, STE. 3000<br>INDIANAPOLIS IN 46204-2787 | CREDITOR ID: 5-02<br>INDIANA DEPARTMENT OF REVENUE<br>ATTN: TOM F. OBSITNIK, COMMISSIONER<br>INDIANA GOVERNMENT CTR. NORTH<br>100 NORTH SENATE AVENUE, ROOM N248<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 252131-12<br>INDIANA DEPARTMENT OF REVENUE<br>WITHHOLDING<br>PO BOX 7222<br>INDIANAPOLIS, IN 46207-7222 | CREDITOR ID: 252132-12<br>INDIANA DEPT OF WORKFORCE<br>DEVELOPMENT<br>CALLER #7054<br>INDIANAPOLIS, IN 46207-7054 | CREDITOR ID: 252133-12<br>INDIANA PACKERS CORPORATION<br>PO BOX 667004<br>INDIANAPOLIS, IN 46266 |
| CREDITOR ID: 252134-12<br>INDIANA STATE CHEMIST<br>175 SOUTH UNIVERSITY<br>PURDUE UNIVERSITY<br>WEST LAFAYETTE IN 47907-2063 | CREDITOR ID: 252135-12<br>INDIANA STATE EGG BOARD<br>PURDUE UNIVERSITY<br>1026 POULTRY SCIENCE BLDG<br>WEST LAFAYETTE IN 47907-1026 | CREDITOR ID: 395482-64<br>INDIANA STATE LOTTERY COMMISSION<br>402 W WASHINGTON STREET, ROOM 189<br>INDIANAPOLIS, IN 46204 |
| CREDITOR ID: 252137-12<br>INDIANA UNIVERSITY SOUTHEAST<br>4201 GRANT LINE ROAD<br>NEW ALBANY IN 47150-6405 | CREDITOR ID: 252138-12<br>INDIANA UTILITIES CORPORATION<br>ATTN ROBERT M STULTS<br>123 W CHESTNUT STREET<br>CORYDON, IN 47112-1159 | CREDITOR ID: 494-03<br>INDIANA UTILITY CORP.<br>123 WEST CHESTNUT STREET<br>CORYDON IN 47112 |
| CREDITOR ID: 252139-12<br>INDIANA WORKERS COMPENSATION BOARD<br>402 W WASHINGTON ST<br>ROOM W196<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 252140-12<br>INDIANAPOLIS LIFE INS CO<br>PO BOX 773<br>%AMERUS CAPITAL MGMT GROUP INC<br>LOAN# 25625-ILI<br>DES MOINES IA 50303-0773 | CREDITOR ID: 315846-40<br>INDIANAPOLIS LIFE INS CO<br>C/O AMERUS CAPITAL MGMT GROUP INC<br>PO BOX 773<br>DES MOINES, IA 50303-0773 |
| CREDITOR ID: 1458-RJ<br>INDIANAPOLIS LIFE INS CO.<br>C/O AMERUS CAPITAL MGMT. GROUP INC.<br>PO BOX 773<br>DES MOINES IA 50303-0773 | CREDITOR ID: 2315-RJ<br>INDIANAPOLIS LIFE INSURANCE CO.<br>C/O ORION INVMT AND MGMT LTD C<br>9000 SW 152ND STREET, SUITE 106<br>MIAMI FL 33157 | CREDITOR ID: 316053-41<br>INDIANAPOLIS LIFE INSURANCE CO.<br>304 AIRPORT RD SUITE A<br>BENTONVILLE AR 72712 |
| CREDITOR ID: 278491-25<br>INDIANAPOLIS LIFE INSURANCE COMPANY<br>PO BOX 527<br>BENTONVILLE AR 72712 | CREDITOR ID: 278490-24<br>INDIANAPOLIS LIFE INSURANCE COMPANY<br>304 AIRPORT ROAD<br>SUITE A<br>BENTONVILLE AR 72712 | CREDITOR ID: 252142-12<br>INDIANAPOLISE LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITILAND, FL 32794-1483 |
| CREDITOR ID: 267618-31<br>INDIGO LAKES<br>ATTN: KEN SAUNDRY JR<br>14875 INDIGO LAKES CIR<br>NAPLES FL 34119-4822 | CREDITOR ID: 267619-31<br>INDOOR AIR QUALITY CONSULTING<br>ATTN: ROBERT G KLAPETZKY<br>7864 SE COURTNEY TER<br>HOBE SOUND FL 33455-2084 | CREDITOR ID: 267620-31<br>INDOOR AIR QUALITY ENGINEERING<br>ATTN: EDWARD O'NEAL<br>6819 CARMELLE DR<br>FORT MYERS FL 33919-6915 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 267621-31
INDOOR AIR QUALITY SPECIALISTS
ATTN: ERIC T MILLER
3252 WINESAP RD
KINGSPORT TN 37663-2922

CREDITOR ID: 267622-31
INDOOR AIR QUALITY SYSTEMS
ATTN: VERNON A TEPLY JR
4586 WHIMBREL PL
WINTER PARK FL 32792-6358

CREDITOR ID: 2316-07
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD, FL 32771

CREDITOR ID: 252143-12
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD, FL 32771

CREDITOR ID: 267623-14
INDUS DEV BOARD CTY SULLIVAN
ATTN: JAMES SIMMONS
3425 HIGHWAY 126 STE 1
BLOUNTVILLE TN 37617-4524

CREDITOR ID: 267624-31
INDUSRTRIAL DEVELEMENT BOARD
ATTN: PAULA SMITH
710 20TH ST N
BIRMINGHAM AL 35203-2216

CREDITOR ID: 252144-12
INDUSTRIAL AIR SYSTEMS &
VENTILATION INC
2601 E HENRY AVE., BLDG C
TAMPA FL 33610

CREDITOR ID: 375296-44
INDUSTRIAL AIR SYSTEMS & VENTILATION INC
2601 E HENRY AVENUE
BLDG C
TAMPA, FL 33610

CREDITOR ID: 252145-12
INDUSTRIAL BATTERY & CHARGER INC
ATTN TERRY K EARNHARDT, PRES
PO BOX 560978
CHARLOTTE, NC 28256-0978

CREDITOR ID: 252146-12
INDUSTRIAL CLEANING EQUIPMENT&SUPLY
2600 N W 55TH COURT
SUITE 230
FT LAUDERDALE FL 33309

CREDITOR ID: 395670-65
INDUSTRIAL CLEANING SERVICES
1331 S DIXIE HWY WEST, SUITE 1A
POMPANO BEACH, FL 33069

CREDITOR ID: 252147-12
INDUSTRIAL CLEANING SERVICES
1951 N W 21ST STREET
POMPANO BEACH, FL 33069

CREDITOR ID: 267625-31
INDUSTRIAL DEV AUTH HLFAX CNTY
ATTN: SCOTT MORRIS
515 BROAD ST
SOUTH BOSTON VA 24592-3225

CREDITOR ID: 267626-31
INDUSTRIAL DEV BD SCOTT COUNTY
ATTN: JAMES SWANN
19422 ALBERTA ST
ONEIDA TN 37841-3347

CREDITOR ID: 267627-31
INDUSTRIAL DEVELOPMENT BOARD
ATTN: LARRY ELKINS
403 E MAIN ST
ROGERSVILLE TN 37857-3367

CREDITOR ID: 267628-31
INDUSTRIAL DEVELOPMENT BOARD O
ATTN: CLAYTON KELLY
600 N MONTGOMERY AVE
SHEFFIELD AL 35660-2834

CREDITOR ID: 252148-12
INDUSTRIAL DISPOSAL COMPANY
PO BOX 9001825
LOUISVILLE KY 40290-1825

CREDITOR ID: 252149-12
INDUSTRIAL DRIVES & BELTING CO
PO BOX 99
COLUMBUS GA 31902

CREDITOR ID: 252150-12
INDUSTRIAL ELECTRIC
11223 OLD BATON ROUGE HWY
HAMMOND, LA 70403

CREDITOR ID: 252151-12
INDUSTRIAL ELECTRIC TESTING INC
11321 W DISTRIBUTION AVE
JACKSONVILLE, FL 32256

CREDITOR ID: 382715-51
INDUSTRIAL ELECTRICAL TESTING INC.
11321 WEST DISTRIBUTION AVENUE
JACKSONVILLE, FL 32256

CREDITOR ID: 252152-12
INDUSTRIAL ELECTRONIC SUPPLY
PO BOX 3902
SHREVEPORT LA 71133-3902

CREDITOR ID: 252154-12
INDUSTRIAL HEALTH COUNCIL
3513 7TH AVE S
BIRMINGHAM, AL 35222

CREDITOR ID: 252155-12
INDUSTRIAL HEALTH NETWORK
1118 ROSS CLARK CR SUITE 900
DOTHAN AL 36301

CREDITOR ID: 404874-95
INDUSTRIAL HOSE & HYDRAULICS
2450 N POWERLINE RD
POMPANO BEACH FL 33069

CREDITOR ID: 252156-12
INDUSTRIAL HOSE & HYDRAULICS
PO BOX 667737
POMPANO BEACH, FL 33066

CREDITOR ID: 252157-12
INDUSTRIAL MEDICAL DAPHNE
PO BOX 82
MOBILE, AL 36601-0082

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252158-12<br>INDUSTRIAL MEDICAL FOLEY<br>PO BOX 1334<br>FOLEY AL 36633-1334 | CREDITOR ID: 404875-95<br>INDUSTRIAL MEDICAL WEST<br>PO BOX 712<br>THEODORE AL 36590-0712 | CREDITOR ID: 252159-12<br>INDUSTRIAL MEDICAL WEST<br>PO BOX 11984<br>BIRMINGHAM, AL 35202 |
| CREDITOR ID: 252160-12<br>INDUSTRIAL METAL FABRICATORS<br>ATTN: JIM CHAMBERS, OWNER<br>10432 ANDERSON ROAD<br>EASLEY, SC 29640 | CREDITOR ID: 252161-12<br>INDUSTRIAL PIPE & SUPPLY<br>PO BOX 1521<br>GAINESVILLE GA 30503-1521 | CREDITOR ID: 252162-12<br>INDUSTRIAL PROCESS CONTROL INC<br>PO BOX 93338<br>LAKELAND, FL 33804-3338 |
| CREDITOR ID: 404876-95<br>INDUSTRIAL RAILROAD MAINTENANCE<br>P O BOX 300<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 252163-12<br>INDUSTRIAL RAILROAD MAINTENANCE<br>C/O BROOKSGREENBLATT LLC<br>PO BOX 2671<br>BATON ROUGE, LA 70821-2671 | CREDITOR ID: 252164-12<br>INDUSTRIAL REPAIR SERVICE INC<br>2650 BUSINESS DR<br>CUMMING GA 30040 |
| CREDITOR ID: 252165-12<br>INDUSTRIAL SCALES OF GA<br>PO BOX 46<br>MABLETON GA 30126 | CREDITOR ID: 252166-12<br>INDUSTRIAL SUPPLY SOLUTIONS<br>PO BOX 1866<br>CHARLESTON WV 25327 | CREDITOR ID: 252167-12<br>INDUSTRIAL VENTILATION & HEAT<br>PO BOX 7698<br>JACKSONVILLE FL 32238-7698 |
| CREDITOR ID: 267629-31<br>INDUSTRL DVLPMNT BRD SYLACAUGA<br>ATTN: S B PINKERTON<br>17TH W FORT WILLIAMS ST<br>SYLACAUGA AL 35150 | CREDITOR ID: 252168-12<br>INDUSTRY DISTRIBUTION<br>ATTN JORMA OLSSON, PRES<br>1011 6TH AVENUE SOUTH<br>LAKE WORTH, FL 33460 | CREDITOR ID: 252169-12<br>INDUSTRY INSULATION INC<br>PO BOX 1647<br>ALBANY, GA 31702 |
| CREDITOR ID: 252170-12<br>INFERNO ASSOCIATES INC<br>249 STONE RD<br>SLIDELL LA 70460 | CREDITOR ID: 252171-12<br>INFINITE ENERGY<br>PO BOX 91-7914<br>ORLANDO, FL 32891-7914 | CREDITOR ID: 495-03<br>INFINITE ENERGY INC.<br>PO BOX 917215<br>ORLANDO FL 32801 |
| CREDITOR ID: 252172-12<br>INFINITE HERBS LLC<br>1180 E HALLANDALE BEACH BLVD<br>MIAMI FL 33009 | CREDITOR ID: 278903-30<br>INFINITE HERBS LLC<br>ATTN: GREGO BERLIAVSKY<br>1180 E HALLANDALE BEACH BLVD, STE C<br>HALLANDALE, FL 33009 | CREDITOR ID: 252173-12<br>INFINITY FIRE PROTECTION<br>PO BOX 14128<br>RELEIGH, NC 27620 |
| CREDITOR ID: 400442-81<br>INFO EXPERTS INC<br>ATTN: MIKE NELLAMS<br>111 W SPRING VALLEY RD, STE 150<br>RICHARDSON TX 75081 | CREDITOR ID: 400442-81<br>INFO EXPERTS INC<br>C/O JAMES A BLEDSOE JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1818<br>JACKSONVILLE FL 32207 | CREDITOR ID: 403319-83<br>INFOCOPY SYSTEMS, INC.<br>2054 WEEMS ROAD BUILDING D<br>TUCKER GA 30084 |
| CREDITOR ID: 403320-83<br>INFOCOPY SYSTEMS, INC.<br>8095 NW 98 STREET<br>MIAMI FL 33016 | CREDITOR ID: 252174-12<br>INFOCUS LEARNING SYSTEMS<br>1216 FLAMINGO PARKWAY<br>LIBERTYVILLE IL 60048 | CREDITOR ID: 252175-12<br>INFORMATICA<br>2100 SEAPORT BOULEVARD<br>REDWOOD CITY, CA 94063 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279189-16<br>INFORMATIKA PUBLICATIONS<br>C/O MAURICE ANDERSON<br>100 WALNUT STREET<br>CHAMPLAIN NY 12919 | CREDITOR ID: 252176-12<br>INFORMATION BUILDERS INC<br>PO BOX 7247-7482<br>PHILADELPHIA, PA 19170-7482 | CREDITOR ID: 406227-G4<br>INFORMATION BUILDERS, INC.<br>TWO PENN PLAZA<br>NEW YORK NY 10121-2898 |
| CREDITOR ID: 404877-95<br>INFORMATION RESOURCES INC<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | CREDITOR ID: 397648-72<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CR REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | CREDITOR ID: 252177-12<br>INFORMATION RESOURCES INC<br>6984 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 393733-58<br>INFOSYS<br>BANK OF AMERICA LOCKBOX<br>3998 COLLECTIONS<br>CHICAGO, IL 60693 | CREDITOR ID: 406228-G4<br>INFOSYS TECHNOLOGIES<br>HOSUR ROAD<br>ELECTRONICS CITY<br>BANGALORE 560 100<br>INDIA | CREDITOR ID: 252178-12<br>INFOSYS TECHNOLOGIES LIMITED<br>BANK OF AMERICA LOCKBOX SERVICE<br>3998 COLLECTIONS CENTER DRIVE<br>INFOSYS TECHNOLOGIES<br>CHICAGO, IL 60693 |
| CREDITOR ID: 252179-12<br>ING USA ANNUITY & LIFE INSURANCE CO<br>909 LOCUST STREET<br>DES MOINES IA 50309 | CREDITOR ID: 252180-12<br>INGEBORG RUIZ<br>12091 WEST OKEECHOBEE ROAD<br>HIALEAH FL 33018 | CREDITOR ID: 252181-12<br>INGENICO INC<br>PO BOX 930727<br>ATLANTA, GA 31193-0727 |
| CREDITOR ID: 406068-15<br>INGENICO, INC<br>ATTN CHARLES K KOVACH, VP FIN<br>1003 MANSELL ROAD<br>ROSWELL GA 30076 | CREDITOR ID: 252182-12<br>INGERSOLL RAND CO<br>AIR SOLUTIONS GROUP<br>PO BOX 75817<br>CHARLOTTE, NC 28275 | CREDITOR ID: 397891-76<br>INGLE, AMANDA<br>C/O SAJU, MASSEY & DUFFY<br>ATTN MICHAEL MASSEY, ESQ<br>4421 NW BLITCHTON RD, PMB 417<br>OCALA FL 34482 |
| CREDITOR ID: 397891-76<br>INGLE, AMANDA<br>7791 SE 196 TERRACE<br>MORRISTON, FL 32668 | CREDITOR ID: 390209-54<br>INGLE, SHELLY<br>15207 RIVER PARK DRIVE<br>HOUSTON TX 77070 | CREDITOR ID: 252183-12<br>INGLENOOK K8<br>18762 REMLAP DRIVE<br>REMLAP, AL 35133-3214 |
| CREDITOR ID: 391321-55<br>INGRAHEM, GERIANNE A<br>C/O: ALEX DASZKAL, ESQ.<br>GOLDMAN, DASZKAL, CUTLER, BOLTON & KIRBY<br>1630 W. HILLSBORO BLVD.<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 386153-54<br>INGRAHEM, GERIANNE A<br>5525 GRAND PALM CIRCLE<br>DELRAY BEACH, FL 33484 | CREDITOR ID: 404878-95<br>INGRAM ENTERTAINMENT INC<br>PO BOX 651493<br>CHARLOTTE NC 28265 |
| CREDITOR ID: 399337-15<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | CREDITOR ID: 252184-12<br>INGRAM ENTERTAINMENT INC<br>ATTN RHEA WRAY<br>TWO INGRAM BLVD<br>LAVERGNE, TN 37089 | CREDITOR ID: 241565-12<br>INGRAM, ADA<br>23261 US HWY 80<br>OPELIKA AL 36804 |
| CREDITOR ID: 406805-MS<br>INGRAM, CORDELL M.<br>431  SAYBROOK DRIVE<br>RICHMOND VA 23236 | CREDITOR ID: 254788-12<br>INGRAM, LINDA & CALVIN<br>3804 AMMONS STREET<br>ANNISTON AL 36201-1436 | CREDITOR ID: 403777-94<br>INGRAM, WALLACE S<br>4353 TAFT DRIVE<br>EVANS GA 30809 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252185-12<br>INGRID FREEMAN CLAXTON<br>4222 EAGLES VIEW LANE<br>JACKSONVILLE, FL 32277 | CREDITOR ID: 252186-12<br>INJOY INC<br>4725 RIVER GREEN PARKWAY<br>DULUTH GA 30096 | CREDITOR ID: 252187-12<br>INKJET INC<br>PO BOX 847501<br>DALLAS, TX 75284-7501 |
| CREDITOR ID: 252188-12<br>INLAND CONTAINER CORP<br>PO BOX 102368 ANX 68<br>ATLANTA, GA 30368-0001 | CREDITOR ID: 382724-51<br>INLAND PAPERBOARD & PACKAGING<br>129 ZINKER RD.<br>LEXINGTON, SC 29072 | CREDITOR ID: 403537-99<br>INLAND REAL ESTATE GROUP INC, THE<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 403537-99<br>INLAND REAL ESTATE GROUP INC, THE<br>C/O GRONEK & LATHAM LLP<br>ATTN: R SCOTT SHUKER/JIMMY PARRISH<br>390 N ORANGE AVE, STE 600<br>PO BOX 3353<br>ORLANDO FL 32801 | CREDITOR ID: 381795-99<br>INLAND SOUTHEAST BRIDGEWATER LLC<br>C/O THE INLAND REAL ESTATE GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381795-99<br>INLAND SOUTHEAST BRIDGEWATER LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 381795-99<br>INLAND SOUTHEAST BRIDGEWATER LLC<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 381797-99<br>INLAND SOUTHEAST COUNTRYSIDE LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381797-99<br>INLAND SOUTHEAST COUNTRYSIDE LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 |
| CREDITOR ID: 381797-99<br>INLAND SOUTHEAST COUNTRYSIDE LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 397699-99<br>INLAND SOUTHEAST GRANT PRAIRIE LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 397699-99<br>INLAND SOUTHEAST GRANT PRAIRIE LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK  IL 60523 |
| CREDITOR ID: 397699-99<br>INLAND SOUTHEAST GRANT PRAIRIE LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 381788-99<br>INLAND SOUTHEAST LAKE OLYMPIA LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 381788-99<br>INLAND SOUTHEAST LAKE OLYMPIA LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 381788-99<br>INLAND SOUTHEAST LAKE OLYMPIA LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 381790-99<br>INLAND SOUTHEAST ST CLOUD LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381790-99<br>INLAND SOUTHEAST ST CLOUD LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 |
| CREDITOR ID: 381790-99<br>INLAND SOUTHEAST ST CLOUD LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 381799-99<br>INLAND SOUTHEAST WEST CHESTER LLC<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 381799-99<br>INLAND SOUTHEAST WEST CHESTER LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 381799-99<br>INLAND SOUTHEAST WEST CHESTER LLC<br>C/O THE INLAND REAL ESTATE GROUP<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 404879-95<br>INLINE PLASTICS CORP<br>P O BOX 713<br>SHELTON CT 06484-0713 | CREDITOR ID: 252191-12<br>INLINE PLASTICS CORP<br>DEPARTMENT #194801<br>PO BOX 67000<br>DETROIT, MI 48267-1948 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397892-76<br>INLOW, TYLER A.<br>1639 MITCHELL STREET, APT. D.<br>BAINBRIDGE, GA 39819 | CREDITOR ID: 252192-12<br>INMAN CAMPOBELLO<br>WATER DISTRICT<br>PO BOX 99<br>INMAN, SC 29349 | CREDITOR ID: 497-03<br>INMAN-CAMPOBELLO WATER DISTRICT<br>5 PROSPECT STREET<br>INMAN SC 29349 |
| CREDITOR ID: 389691-54<br>INMON, DONNA F<br>C/O BOONE & DAVIS, PA<br>ATTN MICHAEL DAVIS, ESQ<br>2311 N ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 393334-55<br>INMON, DONNA F<br>C/O: ROBERT AUERBACH<br>1890 UNIVERSITY DR<br>SUITE 306<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 389691-54<br>INMON, DONNA F<br>900 B SW 80TH AVENUE<br>NORTH LAUDERDALE, FL 33068 |
| CREDITOR ID: 403181-15<br>INNER PARISH SECURITY CORP<br>ATTN MARK LETO SR, OWNER<br>43222 PECAN RIDGE DRIVE<br>HAMMOND LA 70403 | CREDITOR ID: 252193-12<br>INNER-PARISH SECURITY CORP<br>43222 PECAN RIDGE DRIVE<br>HAMMOND, LA 70403 | CREDITOR ID: 252194-12<br>INNO PAK INC<br>2358 RELIABLE PARKWAY<br>CHICAGO, IL 60686 |
| CREDITOR ID: 404880-95<br>INNOSEAL SYSTEMS INC<br>1041 STERLING ROAD<br>SUITE 106<br>HERNDON VA 20170-3841 | CREDITOR ID: 252195-12<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | CREDITOR ID: 252196-12<br>INNOVATIVE CLEANING SYSTEMS INC<br>PO BOX 2142<br>DOTHAN AL 36302 |
| CREDITOR ID: 252197-12<br>INNOVATIVE CONCEPTS & EQUIPMENT<br>ATTN BRIAN GILBERT, PRESIDENT<br>1880 OLD DIXIE HWY<br>VERO BEACH FL 32960 | CREDITOR ID: 252198-12<br>INNOVATIVE OFFICE PRODUCTS INC<br>100 KUEBLER ROAD<br>EASTON PA 18040 | CREDITOR ID: 267630-31<br>INNOVATIVE PAYMENTS SYSTEMS<br>ATTN: GIBBS MORGAN<br>1655 E SEMORAN BLVD<br>APOPKA FL 32703-5624 |
| CREDITOR ID: 252199-12<br>INNOVIA FILMS INC<br>PO BOX 933069<br>ATLANTA, GA 31193-3069 | CREDITOR ID: 252200-12<br>INPACO CORPORATION<br>DEPARTMENT L - 1943<br>COLUMBUS, OH 43260-1943 | CREDITOR ID: 252201-12<br>INSECT-O-CUTOR INC<br>1641 LEWIS WAY<br>STONE MOUNTAIN GA 30083-1489 |
| CREDITOR ID: 252202-12<br>INSIGHT OUT OF  CHAOS<br>220 E 23RD ST  STE 600<br>NEW YORK, NY 10010 | CREDITOR ID: 382024-36<br>INSIGHT PHARMACEUTICALS/HERITAGE BRANDS<br>IRENE T MORRIS<br>550 TOWNSHIP LINE ROAD<br>SUITE 300<br>BLUE BELL PA 19422-2726 | CREDITOR ID: 252203-12<br>INSOOK HWANG<br>1327 GOLF COURSE WAY<br>DAVENPORT FL 33837 |
| CREDITOR ID: 267631-31<br>INSPECTION DEPARTMENT INC<br>ATTN: LARRY TROTTER<br>146 N CHURCH ST<br>ASHEBORO NC 27203-5436 | CREDITOR ID: 267632-31<br>INSPECTIONS FOR WHITE COUNTY<br>ATTN: EDWARD NIX<br>59 S MAIN ST<br>CLEVELAND GA 30528-1376 | CREDITOR ID: 252204-12<br>INSTA PRO BUSINESS SYSTEMS INC<br>1431 CANTON MART RD<br>JACKSON, MS 39211 |
| CREDITOR ID: 252205-12<br>INSTAFF PERSONNEL<br>DRAWER 211  PO BOX 11407<br>BIRMINGHAM, AL 35246-0211 | CREDITOR ID: 252206-12<br>INSTALLERS EDGE INC<br>1021 INDUSTRIAL BLVD<br>LOUISVILLE KY 40219 | CREDITOR ID: 252207-12<br>INSTEL POWER PRODUCTS<br>PO BOX 6511<br>GREENVILLE SC 29606 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382976-51<br>INSTIL HEALTH SOLUTIONS<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 | CREDITOR ID: 252208-12<br>INSTITUTE FOR PARALEGAL<br>PO BOX 3187<br>EAU CLAIRE WI 54702 | CREDITOR ID: 252209-12<br>INSTITUTE FOR PROFESSIONALS IN TAXA<br>600 NORTHPARK TOWN CENTER<br>1200 ABERNATHY RD N E STE L-2<br>ATLANTA GA 30328 |
| CREDITOR ID: 252210-12<br>INSTITUTE OF INTERNAL AUDITORS<br>247 MAITLAND AVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 252211-12<br>INSTITUTE OF MANAGEMENT ACCOUNTANTS<br>10 PARAGON DRIVE<br>MONTVALE NJ 07645-1760 | CREDITOR ID: 252212-12<br>INSTORE MEDIA CORPORATION<br>PO BOX 43505<br>510 WHARTON CIRCLE SW<br>ATLANTA, GA 30336 |
| CREDITOR ID: 252213-12<br>INSTRUMENT SPECIALTIES INC<br>3885 ST JOHNS PARKWAY<br>SANFORD FL 32771 | CREDITOR ID: 404881-95<br>INSURANCE EXAMINERS INC<br>PO BOX 590048<br>BIRMINGHAM AL 35259 | CREDITOR ID: 252214-12<br>INSURANCE EXAMINERS INC<br>PO BOX 360595<br>BIRMINGHAM, AL 35236 |
| CREDITOR ID: 252215-12<br>INSURANCE SERVICE OFFICE INC<br>GENERAL POST OFFICE<br>PO BOX 27508<br>NEW YORK NY 10087-7508 | CREDITOR ID: 382971-51<br>INSURX, INC.<br>4700 ROCKSIDE ROAD, SUITE 200<br>INDEPENDENCE, OH 44131 | CREDITOR ID: 267633-31<br>INTEGERITY UTILITY SVC INC<br>ATTN: AARON COATS<br>840 POLEMAN RD<br>SHREVEPORT LA 71107-3206 |
| CREDITOR ID: 252216-12<br>INTEGRATED BRANDS INC<br>ATTN ANTHONY DELPIANO, CONTROLLER<br>4175 VETERANS HWY, 3RD FL<br>RONKONKOMA, NY 11779 | CREDITOR ID: 252217-12<br>INTEGRATED INDUSTRIAL SERVICES<br>2634 NICHOLAS CIR W<br>JACKSONVILLE FL 32207-4755 | CREDITOR ID: 278780-99<br>INTEGRATED PAYMENT SYSTEMS<br>C/O FRANK/GECKER LLP<br>ATTN: JOSEPH D FRANK/MICAH KROHN<br>325 N LASALLE ST, STE 625<br>CHICAGO IL 60610 |
| CREDITOR ID: 397610-99<br>INTEGRATED PAYMENTS SERVICES INC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: ANUSIA GAYER/BRUCE NATHAN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 375304-44<br>INTEGRATED SUPPLY NETWORK<br>ATTN ROBIN JACKSON, A/R MGR<br>PO BOX 538243<br>ATLANTA, GA 30353-8242 | CREDITOR ID: 407417-15<br>INTEGRATED SUPPLY NETWORK<br>ATTN ROBIN JACKSON, A/R MGR<br>PO BOX 90009<br>LAKELAND FL 33804 |
| CREDITOR ID: 252218-12<br>INTEGRATED SUPPLY NETWORK<br>ATTN ROBIN JACKSON, A/R MGR<br>PO BOX 538243<br>ATLANTA, GA 30353-8243 | CREDITOR ID: 267634-31<br>INTEGRATED WASTE ANALYSTS INC<br>ATTN: MICHAEL P KURVC<br>509 QUEENSFERRY RD<br>CARY NC 27511-6319 | CREDITOR ID: 252219-12<br>INTEGRI TIME SOLUTIONS INC<br>PO BOX 922218<br>SYLMAR CA 91392-2218 |
| CREDITOR ID: 267635-31<br>INTEGRITY HOME IMPR<br>ATTN: RON HIGHT<br>319 S LAKE AVE<br>LAKELAND FL 33801-5438 | CREDITOR ID: 375305-44<br>INTEGRITY PRODUCTS INC<br>4016 BISHOP LN<br>LOUISVILLE KY 40218 | CREDITOR ID: 252220-12<br>INTELLICON SOLUTIONS INC<br>8933 WESTERN WAY<br>SUITE 17<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 252221-12<br>INTELLITECH COMPUTERS<br>PO BOX 990<br>GOLDENROD FL 32733 | CREDITOR ID: 252222-12<br>INTELOGICA<br>PO BOX 130<br>3993 TYRONE BLVD, STE 608<br>ST PETERSBURG, FL 33709 | CREDITOR ID: 406229-G4<br>INTELOGICA CORP<br>3993 TYRONE BLVD., BOX 130, 608<br>ST. PETERBURG FL 33709 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399644-15<br>INTELOGICA, INC<br>ATTN MAURICE BRAZEAU, VP<br>1555 E FLAMINGO ROAD, SUITE 440<br>LAS VEGAS NV 89119 | CREDITOR ID: 315706-36<br>INTEPLAST GROUP LTD<br>C/O HOLLAND & KNIGHT<br>ATTN: BARBRA PARLIN<br>195 BROADWAY<br>NEW YORK NY 10007 | CREDITOR ID: 315712-36<br>INTEPLAST GROUP LTD<br>ATTN MITCHELL A FRIED, CR MGR<br>9 PEACH TREE ROAD<br>LIVINGSTON NJ 07039 |
| CREDITOR ID: 252223-12<br>INTEPLAST GROUP LTD<br>PO BOX 1067<br>FILE 91256<br>CHARLOTTE, NC 28201 | CREDITOR ID: 382968-51<br>INTEQ GROUP<br>1100 CENTENNIAL BLVD, SUITE 180<br>RICHARDSNO, TX 75081 | CREDITOR ID: 252224-12<br>INTER PACIFIC CORPORATION<br>2257 COLBY AVENUE<br>LOS ANGELES CA 90064 |
| CREDITOR ID: 252225-12<br>INTERAMERICAN QUALITY FOODS<br>306 W RHAPSODY<br>SAN ANTONIO, TX 78216 | CREDITOR ID: 252226-12<br>INTERBAKE FOODS INC<br>PO BOX 23133<br>NEWARK NJ 07189-3133 | CREDITOR ID: 252227-12<br>INTERCALL<br>PO BOX 281866<br>ATLANTA, GA 30384-1866 |
| CREDITOR ID: 1464-07<br>INTERCHANGE ASSOCIATES INC<br>190 SOUTH SYKES CREEK PKWY., STE. 4<br>MERRITT ISLAND, FL 32952 | CREDITOR ID: 252228-12<br>INTERCHANGE ASSOCIATES INC<br>190 SOUTH SYKES CREEK PARKWAY<br>SUITE 4<br>MERRITT ISLAND, FL 32952 | CREDITOR ID: 252229-12<br>INTERCOASTAL GROUP<br>4632 MIDDLEBROOK ROAD<br>SUITE 2<br>ORLANDO, FL 32811 |
| CREDITOR ID: 252230-12<br>INTERCON<br>405 - C TWO MILE PIKE<br>GOODLETTSVILLE, TN 37072 | CREDITOR ID: 252231-12<br>INTERCON ASSOCIATES INC<br>ATTN JOSEPH GOIS JR, VP OF FIN<br>95 ALLENS CREEK RD BLDG 2 SUITE 200<br>ROCHESTER, NY 14618 | CREDITOR ID: 252232-12<br>INTEREST PROMOTIONS INC<br>5315 VOGES ROAD<br>MADISON WI 53718 |
| CREDITOR ID: 252233-12<br>INTERESTED PARENT INC<br>8400 HAYNE BLVD<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 252234-12<br>INTERFAITH ASSISTANCE MINISTRY<br>PO BOX 2562<br>210 EHRINGHAUS ST<br>HENDERSONVILLE NC 28793-2562 | CREDITOR ID: 252235-12<br>INTERLOK CEILINGS & TILE<br>2022 THOMAS ST<br>HOLLYWOOD, FL 33020 |
| CREDITOR ID: 384176-47<br>INTERMARK FOODS<br>1355 NW 97TH AVENUE<br>MIAMI, FL 33172 | CREDITOR ID: 252236-12<br>INTERMARK FOODS<br>8272 NORTHWEST 14TH STREET<br>MIAMI, FL 33126 | CREDITOR ID: 375308-44<br>INTERMARKET TECHNOLOGY INC<br>18 COMMERCE ROAD<br>FAIRFIELD, NJ 07004 |
| CREDITOR ID: 382964-51<br>INTERMOUNTAIN HEALTH CARE<br>36 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 252237-12<br>INTERMOUNTAIN PUBLISHING CO<br>PO BOX 999<br>JACKSON KY 41339-0999 | CREDITOR ID: 252248-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 57<br>BENSALEM, PA 19020 |
| CREDITOR ID: 252241-12<br>INTERNAL REVENUE SERVICE<br>IRS<br>MEMPHIS TN 37501-0030 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN: ALBERTO GONZALES, ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 397259-70
INTERNAL REVENUE SERVICE
ATTN T BLAND, SBSE:CS:INSOLVENCY
STOP 5730, GROUP 4, TERRITORY 5
400 WEST BAY STREET, SUITE 35045
JACKSONVILLE, FL 32202-4437

CREDITOR ID: 267649-14
INTERNAL REVENUE SERVICE
ATTN: CHARLIE BRANTLEY
801 TOM MARTIN DR
BIRMINGHAM AL 35211-6426

CREDITOR ID: 267646-14
INTERNAL REVENUE SERVICE
ATTN: CAROL SHAW
810 TOM MARTIN DR
BIRMINGHAM AL 35211-4448

CREDITOR ID: 267645-14
INTERNAL REVENUE SERVICE
ATTN: CARL SCHNEIDER
120 BARNARD ST RM A102
SAVANNAH GA 31401-3699

CREDITOR ID: 267644-14
INTERNAL REVENUE SERVICE
ATTN: CANDRE MARTIN
401 W PEACHTREE ST NW
ATLANTA GA 30308-3510

CREDITOR ID: 267643-14
INTERNAL REVENUE SERVICE
ATTN: C K HEFFNER JR
210 1ST ST SW
ROANOKE VA 24011-1605

CREDITOR ID: 267642-14
INTERNAL REVENUE SERVICE
ATTN: BRUCE THOMAS
7850 SW 6TH CT
FORT LAUDERDALE FL 33324-3202

CREDITOR ID: 267641-14
INTERNAL REVENUE SERVICE
ATTN: BOBBY WINGARD
3007 KNIGHT ST STE 100
SHREVEPORT LA 71105-2525

CREDITOR ID: 267640-14
INTERNAL REVENUE SERVICE
ATTN: BOB STARKEY
1835 ASSEMBLY ST STE 466
COLUMBIA SC 29201-2430

CREDITOR ID: 267639-14
INTERNAL REVENUE SERVICE
ATTN: BOB JOHNSON
401 W PEACHTREE ST NW
ATLANTA GA 30308-3510

CREDITOR ID: 267638-14
INTERNAL REVENUE SERVICE
ATTN: BETTY MARTIN
3303 U S HIGHWAY 29
DANVILLE VA 24540-1413

CREDITOR ID: 267637-14
INTERNAL REVENUE SERVICE
ATTN: ANDY HOWARD
125 W ROMANA ST STE 300
PENSACOLA FL 32502-5857

CREDITOR ID: 267636-14
INTERNAL REVENUE SERVICE
ATTN: ALYSSA BURGMAN
921 N NOVA RD STE B
DAYTONA BEACH FL 32117-4121

CREDITOR ID: 267673-14
INTERNAL REVENUE SERVICE
ATTN: JOHN C WENDORFF
600 S MAESTRI PL
NEW ORLEANS LA 70130-3414

CREDITOR ID: 267672-14
INTERNAL REVENUE SERVICE
ATTN: JIM HUFF
MAIN & CHURCH ST RM 317
TUPELO MS 38801

CREDITOR ID: 267671-14
INTERNAL REVENUE SERVICE
ATTN: JIM CHASE
651 W 14TH ST STE F
PANAMA CITY FL 32401-2251

CREDITOR ID: 267670-14
INTERNAL REVENUE SERVICE
ATTN: JAN WATTLY
500 JESSE JEWELL PKWY SE
GAINESVILLE GA 30501-3779

CREDITOR ID: 267669-14
INTERNAL REVENUE SERVICE
ATTN: JAMES E KEETON JR
801 BROADWAY
NASHVILLE TN 37203-3816

CREDITOR ID: 267667-14
INTERNAL REVENUE SERVICE
ATTN: JACK PETRIE
400 N 8TH ST
RICHMOND VA 23240-1005

CREDITOR ID: 267666-14
INTERNAL REVENUE SERVICE
ATTN: HUGH DAVIS JR
5333 GETWELL RD
MEMPHIS TN 37501-0001

CREDITOR ID: 267665-14
INTERNAL REVENUE SERVICE
ATTN: HOWARD SWARTS
600 S MAESTRI PL
NEW ORLEANS LA 70130-3414

CREDITOR ID: 267664-14
INTERNAL REVENUE SERVICE
ATTN: HAROLD WOODBURY
903 GATEWAY BLVD
HAMPTON VA 23666-6419

CREDITOR ID: 267663-14
INTERNAL REVENUE SERVICE
ATTN: HARDING WYCOFF
806 GOVERNORS DR SW
HUNTSVILLE AL 35801-5162

CREDITOR ID: 267662-14
INTERNAL REVENUE SERVICE
ATTN: GREG COLE
2426 LEE HWY STE 210
BRISTOL VA 24202-5967

CREDITOR ID: 267661-14
INTERNAL REVENUE SERVICE
ATTN: GRADY ACKERMAN
6635 AAA DR
CHARLOTTE NC 28212-8259

CREDITOR ID: 267660-14
INTERNAL REVENUE SERVICE
ATTN: GLENN MISINCO
600 NORTH AVE BLDG C
MACON GA 31211-1449

CREDITOR ID: 267659-14
INTERNAL REVENUE SERVICE
ATTN: GEORGE TOMLINSON
10353 GOODMAN RD
MINERAL WELLS MS 38654-4313

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267658-14<br>INTERNAL REVENUE SERVICE<br>ATTN: FRED DICKE<br>22 N FRONT ST<br>MEMPHIS TN 38103-2162 | CREDITOR ID: 267657-14<br>INTERNAL REVENUE SERVICE<br>ATTN: ERVIN RAMOS<br>51 SW 1ST AVE STE 705<br>MIAMI FL 33130-1608 | CREDITOR ID: 267656-14<br>INTERNAL REVENUE SERVICE<br>ATTN: ED CARTIN<br>200 GRANBY ST STE 529<br>NORFOLK VA 23510-1827 |
| CREDITOR ID: 267655-14<br>INTERNAL REVENUE SERVICE<br>ATTN: DENNIS CARANNA<br>100 W CAPITOL ST STE 624A<br>JACKSON MS 39269-1602 | CREDITOR ID: 267654-14<br>INTERNAL REVENUE SERVICE<br>ATTN: DENISE BROOKE<br>777 GLOUCESTER ST STE 202<br>BRUNSWICK GA 31520-7067 | CREDITOR ID: 267653-14<br>INTERNAL REVENUE SERVICE<br>ATTN: DAVID WARREN<br>205 S WALNUT ST STE A<br>FLORENCE AL 35630-5721 |
| CREDITOR ID: 267651-14<br>INTERNAL REVENUE SERVICE<br>ATTN: DANIEL L BLACK JR<br>401 W PEACHTREE ST NW<br>ATLANTA GA 30308-3510 | CREDITOR ID: 267650-14<br>INTERNAL REVENUE SERVICE<br>ATTN: CRAIG BALLINGER<br>600 S MAESTRI PL STOP 17<br>NEW ORLEANS LA 70130-3414 | CREDITOR ID: 267693-14<br>INTERNAL REVENUE SERVICE<br>ATTN: VIRGINIA ORTEGO<br>921 MOSS ST STE 2030<br>LAKE CHARLES LA 70601-5392 |
| CREDITOR ID: 267692-14<br>INTERNAL REVENUE SERVICE<br>ATTN: TAMAR GIDNEY<br>2201 CANTU CT STE 215<br>SARASOTA FL 34232-6255 | CREDITOR ID: 267691-14<br>INTERNAL REVENUE SERVICE<br>ATTN: SUE TYSON<br>202 W ADAMS ST STE 2<br>DOTHAN AL 36303-4402 | CREDITOR ID: 267690-14<br>INTERNAL REVENUE SERVICE<br>ATTN: SHIRLEY SMITH<br>1100 MAIN ST STE 116<br>LYNCHBURG VA 24504-1700 |
| CREDITOR ID: 267689-14<br>INTERNAL REVENUE SERVICE<br>ATTN: SHAWN BAIRD<br>2209 5TH ST N<br>COLUMBUS MS 39705-2211 | CREDITOR ID: 267688-14<br>INTERNAL REVENUE SERVICE<br>ATTN: SAL BARRETTA<br>5205 LEESBURG PIKE<br>BAILEYS CROSSROADS VA 22041-3899 | CREDITOR ID: 267687-14<br>INTERNAL REVENUE SERVICE<br>ATTN: ROBRET WHITAKER<br>15521 OAK LN<br>GULFPORT MS 39503-2697 |
| CREDITOR ID: 267686-14<br>INTERNAL REVENUE SERVICE<br>ATTN: ROBERTA DAVIS<br>6800 SOUTHPOINT PKWY<br>JACKSONVILLE FL 32216-6257 | CREDITOR ID: 267685-14<br>INTERNAL REVENUE SERVICE<br>ATTN: RICHARD F MORAN<br>801 TOM MARTIN DR<br>BIRMINGHAM AL 35211-6426 | CREDITOR ID: 267684-14<br>INTERNAL REVENUE SERVICE<br>ATTN RICHARD BYRD JR<br>2888 WOODCOCK BLVD STE 1<br>ATLANTA GA 30341-4002 |
| CREDITOR ID: 267683-14<br>INTERNAL REVENUE SERVICE<br>ATTN: RAY F HOWARD<br>600 S MAESTRI PL STOP 6<br>NEW ORLEANS LA 70130-3414 | CREDITOR ID: 267682-14<br>INTERNAL REVENUE SERVICE<br>ATTN: R POHO<br>129 W HIBISCUS BLVD<br>MELBOURNE FL 32901-3006 | CREDITOR ID: 267681-14<br>INTERNAL REVENUE SERVICE<br>ATTN: PEGGY BOGADI<br>JEWEL MCMULLEN 770<br>ATLANTA GA 30341 |
| CREDITOR ID: 267680-14<br>INTERNAL REVENUE SERVICE<br>ATTN: PAT RYAN<br>4300 CAROLINA AVE<br>RICHMOND VA 23222-1414 | CREDITOR ID: 267679-14<br>INTERNAL REVENUE SERVICE<br>ATTN: OTIS MONGETMERY<br>2400 HERODIAN WAY SE<br>SMYRNA GA 30080-8581 | CREDITOR ID: 267678-14<br>INTERNAL REVENUE SERVICE<br>ATTN: MAGGIE F HOUSTON<br>320 FEDERAL PL RM 209<br>GREENSBORO NC 27401-2718 |
| CREDITOR ID: 267677-14<br>INTERNAL REVENUE SERVICE<br>ATTN: M WALKER<br>615C JEFFERSON DAVIS HWY<br>FREDERICKSBURG VA 22401-4437 | CREDITOR ID: 267676-14<br>INTERNAL REVENUE SERVICE<br>ATTN: KEN KUMAR<br>400 N 8TH ST RM 980<br>RICHMOND VA 23240-1005 | CREDITOR ID: 267675-14<br>INTERNAL REVENUE SERVICE<br>ATTN: KEN HARDY<br>109 S HIGHLAND AVE RM 103<br>JACKSON TN 38301-6104 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267674-14<br>INTERNAL REVENUE SERVICE<br>ATTN: JUNI DAVIS<br>3904 OLEANDER DR STE 200<br>WILMINGTON NC 28403-6717 | CREDITOR ID: 252246-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 2502<br>MEMPHIS, TN 38101-2502 | CREDITOR ID: 399661-99<br>INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES - STOP 5720<br>400 W BAY ST, STE 35045<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 252249-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 660264<br>DALLAS TX 75266-0264 | CREDITOR ID: 252247-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 47-421<br>ATLANTA, GA 30362-0421 | CREDITOR ID: 252245-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 24017<br>FRESNO CA 93779-4017 |
| CREDITOR ID: 252244-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 219420<br>KANSAS CITY, MO 64121 | CREDITOR ID: 252242-12<br>INTERNAL REVENUE SERVICE<br>PO BOX 105421<br>ATLANTA, GA 30348-5421 | CREDITOR ID: 252240-12<br>INTERNAL REVENUE SERVICE<br>ACS<br>PO BOX 145566<br>CINCINNATI OH 45250-9943 |
| CREDITOR ID: 252239-12<br>INTERNAL REVENUE SERVICE<br>7850 SW 6TH COURT STOP 5290<br>PLANTATION FL 33324 | CREDITOR ID: 252238-12<br>INTERNAL REVENUE SERVICE<br>5333 GETWELL ROAD<br>MEMPHIS TN 38118 | CREDITOR ID: 252250-12<br>INTERNAL REVENUE SERVICE - ACS<br>PO BOX 149047<br>AUSTIN, TX 78714 |
| CREDITOR ID: 241071-11<br>INTERNAL REVENUE SERVICES<br>ACCOUNT NO.: 59-3652949<br>PO BOX 105421<br>ATLANTA, GA 30348-5421 | CREDITOR ID: 252251-12<br>INTERNATION SPORTS PROPERTIES INC<br>140 CLUB OAKS COURT<br>WINSTON-SALEM, NC 27104 | CREDITOR ID: 252252-12<br>INTERNATIONAL ASSN OF<br>WORKFORCE PROFESSION<br>6701 AIRLINE DRIVE<br>METAIRIE LA 70003 |
| CREDITOR ID: 252253-12<br>INTERNATIONAL BAKERS  SVC<br>3839 PROGRESS DR<br>SOUTH BEND, IN 46628-1519 | CREDITOR ID: 397110-67<br>INTERNATIONAL BANKING, 1ST STATE BK<br>1770 INDIAN TRAIL ROAD<br>NORCROSS, GA 30093 | CREDITOR ID: 252254-12<br>INTERNATIONAL BIOPRODUCTS<br>PO BOX 0746<br>BOTHELL WA 98041-0746 |
| CREDITOR ID: 405889-15<br>INTERNATIONAL BUSINESS MACHINE CORP<br>ATTN BEVERLY SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60181 | CREDITOR ID: 252257-12<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION<br>PO BOX 7247-0276<br>PHILADELPHIA PA 19170 | CREDITOR ID: 252255-12<br>INTERNATIONAL BUSINESS MACHINES COR<br>91222 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-1222 |
| CREDITOR ID: 252258-12<br>INTERNATIONAL CATASTROPHE SOLUTIONS<br>4000 WENDELL DRIVE<br>ATLANTA, GA 30336 | CREDITOR ID: 252259-12<br>INTERNATIONAL COATINGS INC<br>2925 LUCY LANE<br>FRANKLIN PARK IL 60131 | CREDITOR ID: 252260-12<br>INTERNATIONAL COFFEE WHSE OF<br>MIAMI INC<br>3600 MW 59TH STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 252261-12<br>INTERNATIONAL COLD STORAGE<br>21709 NETWORK PLACE<br>CHICAGO, IL 60673-1217 | CREDITOR ID: 382961-51<br>INTERNATIONAL COMMUNITY ALLIANCE<br>PO BOX 2381<br>RANCHO CORDOVA, CA 95741 | CREDITOR ID: 252263-12<br>INTERNATIONAL CUP SOLLER LLC<br>PO BOX 651503<br>CHARLOTTE NC 28265-1503 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 252264-12
INTERNATIONAL DAIRY DELI
PO BOX 5528
313 PRICE PLACE SUITE 202
ATTN BAKERY ASSOCIATION
MADISON, WI 53705-0528

CREDITOR ID: 252265-12
INTERNATIONAL DAIRY FOODS ASSO
1250 H STREET NW SUITE 900
WASHINGTON, DC 20005

CREDITOR ID: 252266-12
INTERNATIONAL DATA
PO BOX 218
BLOOMINGTON IN 47402

CREDITOR ID: 252267-12
INTERNATIONAL DRUG DETECTION LLC
200 HICKORY AVENUE
HARAHAN LA 70123

CREDITOR ID: 267694-31
INTERNATIONAL ENVIRONMENTAL RE
ATTN: LAURA REIFSCHNEIDER
556 JESSMYTH DR
LONGBOAT KEY FL 34228-2608

CREDITOR ID: 381802-48
INTERNATIONAL JET MANAGEMENT
ATTN ALEX MACK
23950 WIND SOCK DRIVE, STE 1600
DULLES VA 20166

CREDITOR ID: 381825-48
INTERNATIONAL JET TRADERS
ATTN MARCELO ABELLO
916 NE 62ND STREET
FORT LAUDERDALE FL 33334

CREDITOR ID: 404885-95
INTERNATIONAL LASER GROUP
PO BOX K
TARZANA CA 91356

CREDITOR ID: 252268-12
INTERNATIONAL LASER GROUP
PO BOX 686
WOODLAND HILLS, CA 91365-0686

CREDITOR ID: 252269-12
INTERNATIONAL MULTIFOODS
135 S LASALLE
DEPT 1913
CHICAGO, IL 60674-1913

CREDITOR ID: 252270-12
INTERNATIONAL MULTIFOODS CORP
DEPT CH 14073
PALATINE IL 60055-4073

CREDITOR ID: 399653-15
INTERNATIONAL OUTSOURCING SERVICES
ATTN TRISHA BRIDGES
1600 W BLOOMFIELD RD, SUITE A
BLOOMINGTON IN 47403

CREDITOR ID: 252271-12
INTERNATIONAL PAPER
PO BOX 120978
DALLAS, TX 75312-0978

CREDITOR ID: 382955-51
INTERNATIONAL PHARMACY MANAGEMENT
110 12TH STREET NORTH
BIRMINGHAM, AL 35203

CREDITOR ID: 252272-12
INTERNATIONAL REFRIGERATED DOOR CO
1850 WAMBOLT STREET
UNIT 9
JACKSONVILLE, FL 32202

CREDITOR ID: 252273-12
INTERNATIONAL RISK MNGMNT INSTITUTE
12222 MERIT DRIVE
SUITE 1450
DALLAS TX 75251-2276

CREDITOR ID: 252274-12
INTERNATIONAL SEC & INVES, INC
ATTN TERRY W UPCHURCH, PRES
988 DERBYSHIRE DRIVE
KISSIMMEE FL 34758

CREDITOR ID: 252275-12
INTERNATIONAL SENSOR TECHNOLOGY
3 WHATNEY
IRVINE CA 92618

CREDITOR ID: 252276-12
INTERNATIONAL SOCIETY OF TECHNICAL
ENVIROMENTAL PROFESSIONAL INC
PO BOX 38070
TALLAHASSEE, FL 32315-8070

CREDITOR ID: 252277-12
INTERNATIONAL SPECIALTY SUPPLY
820 E 20TH ST
COOKEVILLE TN 38501

CREDITOR ID: 252279-12
INTERNATIONAL WINES INC
288 SNOW DRIVE
HOMEWOOD, AL 35209

CREDITOR ID: 404887-95
INTERNET COMMERCE CORPORATION
PO BOX 26908   GPO
NEW YORK NY 10087-6908

CREDITOR ID: 252280-12
INTERNET COMMERCE CORPORATION
ATTN CRAIG WRIGHT
6801 GOVERNORS LAKE PKWY, SUITE 110
NORCROSS GA 30071

CREDITOR ID: 382730-51
INTERSOURCE
2850 EAST CAMELBACK, SUITE 110
PHOENIX, AZ 85016

CREDITOR ID: 252283-12
INTERSTATE BATTERIES
2207 SOUTH FORBES DRIVE
MONTGOMERY, AL 36110

CREDITOR ID: 252282-12
INTERSTATE BATTERIES
1501 MECHANICAL BLVD
GARNER, NC 27529-2536

CREDITOR ID: 252285-12
INTERSTATE BATTERY
OF KENTUCKIANA
1450 SO WOERNER AVENUE
CLARKSVILLE IN 47129

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 252286-12
INTERSTATE BATTERY OF SOUTHERN FL
3136 JOHN P CURCI DRIVE
BAY # 3
PEMBROKE PARK FL 33009

CREDITOR ID: 395671-65
INTERSTATE BATTERY SYSTEM
4100 N POWERLINE RD, SUITE U-1
POMPANO BEACH, FL 33073

CREDITOR ID: 252287-12
INTERSTATE BILLING
%JIMMY GOLDEN
DEPT 1265      PO BOX 2153
BIRMINGHAM AL 35287-1265

CREDITOR ID: 252288-12
INTERSTATE BILLING SERVICE INC
DEPT 1265
PO BOX 2153
BIRMINGHAM, AL 35287-1265

CREDITOR ID: 252289-12
INTERSTATE BRANDS
747 HUDEPOHL STREET
CINCINNATI, OH 45203

CREDITOR ID: 252294-12
INTERSTATE BRANDS CORP
PO BOX 421494
KANSAS CITY MO 64141

CREDITOR ID: 252293-12
INTERSTATE BRANDS CORP
PO BOX 2497
FLORENCE, SC 29503-2497

CREDITOR ID: 252292-12
INTERSTATE BRANDS CORP
PO BOX 10663
BIRMINGHAM, AL 35203

CREDITOR ID: 252291-12
INTERSTATE BRANDS CORP
PO BOX 100435
ATLANTA, GA 30384-0435

CREDITOR ID: 252290-12
INTERSTATE BRANDS CORP
8071 WALES RD
NORTHWOOD OH 43619

CREDITOR ID: 252297-12
INTERSTATE BRANDS CORPORATION
PO BOX 30000
ORLANDO, FL 32891-9998

CREDITOR ID: 252295-12
INTERSTATE BRANDS CORPORATION
BUTTERNUT BREAD
PO BOX 691589
CINCINNATI, OH 45269-1589

CREDITOR ID: 252298-12
INTERSTATE BRANDS INC
747 W FIFTH STREET
CINCINNATI, OH 45203

CREDITOR ID: 252299-12
INTERSTATE BRANDS MERITA
3100 NORTHWEST DRIVE
KNOXVILLE, TN 37921

CREDITOR ID: 252301-12
INTERSTATE BRANDS/MERITA
PO BOX 28489
JACKSONVILLE, FL 32226-8489

CREDITOR ID: 252302-12
INTERSTATE BUILDING CONTRACTORS
445 SOUTH HIGHWAY 27
SOMERSET KY 42501

CREDITOR ID: 252303-12
INTERSTATE FOOD PROCESSING CORP
PO BOX 26762
SALT LAKE CITY, UT 84126

CREDITOR ID: 252304-12
INTERSTATE GLASS INC
PO BOX 809
SMITHFIELD NC 27577

CREDITOR ID: 252305-12
INTERSTATE NATIONLEASE INC
PO BOX 1668
ALBANY, GA 31702-1668

CREDITOR ID: 252306-12
INTERSTATE OIL CO
PO BOX 967
MONTGOMERY, AL 36101-0967

CREDITOR ID: 404888-95
INTERSTATE PROMOTIONS INC
2312 VONDRON ROAD
MADISON WI 53718

CREDITOR ID: 252307-12
INTERSTATE PROMOTIONS INC
5315 VOGES ROAD
MADISON, WI 53718

CREDITOR ID: 252308-12
INTERSTATE SCREW CORP
ATTN ROLANDO FERNANDEZ
475 W 18TH ST
HIALEAH, FL 33010

CREDITOR ID: 375314-44
INTERSTATE SERVICE CENTER
144 ALABAMA HWY 186
TUSKGEE, AL 36083

CREDITOR ID: 384177-47
INTERSTATE SIGN CO INC
1990 ROCKFORD STREET
MOUNT AIRY, NC 27030-5202

CREDITOR ID: 405994-97
INTERSTATE SIGN CO INC
ATTN: RICK SHELTON, PRES
1990 ROCKFORD STREET
MOUNT AIRY NC 27030-5202

CREDITOR ID: 252309-12
INTERSTATE SIGN CO, INC
ATTN JOHN K RICHARDSON, CONTROLLER
1990 ROCKFORD STREET
MOUNT AIRY, NC 27030-5202

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252310-12<br>INTERSTATE TRUCK & AUTO SERVICE<br>140 SUNN SAND RD<br>SPARTANBURG SC 29303 | CREDITOR ID: 1465-07<br>INTERWEST CAPITAL CORPORATION<br>ATTN: SHILOH HALL, ASST. V.P.<br>8910 UNIVERSITY CENTER LANE<br>SAN DIEGO CA 92122 | CREDITOR ID: 252311-12<br>INTERWEST CAPITAL CORPORATION<br>ATT SHILOH HALL ASST VICE PRESIDENT<br>8910 UNIVERSITY CENTER LANE<br>SUITE 580<br>SAN DIEGO, CA 92122 |
| CREDITOR ID: 252312-12<br>INTESOURCE<br>2850 E CAMELBACK RD STE 110<br>PHOENIX AZ 85016 | CREDITOR ID: 1466-07<br>INTRACOASTAL MALL LLC<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD., SUITE 450<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 252313-12<br>INTRACOASTAL MALL LLC<br>%RAM REALTY SERVICES<br>3399 PGA BLVD  STE 450<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 252314-12<br>INTRALOX INC<br>PO BOX 50699<br>NEW ORLEANS LA 70150-0699 | CREDITOR ID: 252315-12<br>INTRASTATE CARRIERS INC<br>2015 SILVER STAR ROAD<br>ORLANDO FL 32804 | CREDITOR ID: 252316-12<br>INVENSYS APV SYSTEMS<br>5100 RIVER ROAD<br>SCHILLER PARK IL 60176 |
| CREDITOR ID: 404889-95<br>INVERNESS MEDICAL INC<br>PO BOX 11108<br>DEPARTMENT #555<br>WINSTON SALEM NC 27116 | CREDITOR ID: 252317-12<br>INVERNESS MEDICAL INC<br>PO BOX 846047<br>BOSTON, MA 02284-6047 | CREDITOR ID: 252319-12<br>INVESCO LP<br>C/O W. C. WILBUR & CO<br>POL BOX 5225<br>NORTH CHARLESTON, SC 29405 |
| CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O W. C. WILBUR & CO.<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | CREDITOR ID: 252318-12<br>INVESCO LP<br>C/O ECDC INC<br>105 SOUTH CEDAR STREET SUITE E<br>SUMMERVILLE, SC 29406 | CREDITOR ID: 278492-25<br>INVESCO, LP<br>W. C. WILBUR & CO.<br>PO BOX 5225<br>NORTH CHARLESTON SC 29406 |
| CREDITOR ID: 278639-24<br>INVESCO, LP<br>JEFFERSON PILOT LIFE INSURANCE CO<br>ATTN MORTGAGE LOAN DEPT (3640)<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 381948-50<br>INVESTMENT CO. LTD<br>C/O FRANKLIN BUTLER<br>PO BOX N-71<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 252320-12<br>INVIROMENTALISTS / 063<br>PO BOX 403447<br>PC063<br>ATLANTA GA 30384-3447 |
| CREDITOR ID: 278493-24<br>INWOOD NATIONAL BANK<br>ATTN: MIKE HARTLEY<br>SENIOR VICE PRESIDENT<br>7621 INWOOD ROAD<br>DALLAS TX 75209 | CREDITOR ID: 252321-12<br>IOAN B BANTCHEV<br>730 WRIGHT COURT<br>DELAND FL 32720 | CREDITOR ID: 252322-12<br>IOANIS A LORENTZOS<br>4937 FLORA AVENUE<br>HOLIDAY FL 34690 |
| CREDITOR ID: 252323-12<br>IOLA JOHNSON<br>113 OAK MONT COVE<br>YAZOO CITY MS 39194 | CREDITOR ID: 252324-12<br>IOS CAPITAL<br>PO BOX 740541<br>ATLANTA GA 30374-0541 | CREDITOR ID: 252325-12<br>IOS LLC<br>ATTN DATA SERVICES DIVISION<br>1600  BLOOMFIELD ROAD, SUITE A<br>BLOOMINGTON, IN 47403 |
| CREDITOR ID: 404890-95<br>IOTA ELEMENTARY SCHOOL<br>P O BOX 919<br>IOTA LA 70535 | CREDITOR ID: 252326-12<br>IOTA ELEMENTARY SCHOOL<br>470 W KENNEDY<br>IOTA, LA 70543 | CREDITOR ID: 252327-12<br>IOTA HIGH SCHOOL<br>456 SOUTH 5TH ST<br>IOTA, LA 70543 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

CREDITOR ID: 252328-12
IOTA MIDDLE SCHOOL
426 S FIFTH ST
IOTA, LA 70543

CREDITOR ID: 382735-51
IP MONITOR
15 GAMELIN BLVD, SUITE 500
GATINEAU, QC J8Y 1V4
CANADA

CREDITOR ID: 252329-12
IPC SUPPLY INC
PO BOX 1987
ANDERSON, SC 29622

CREDITOR ID: 1468-07
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
2727 PACES FERRY RD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 1469-07
IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD
SUITE 1
ATLANTA, GA 30339

CREDITOR ID: 252331-12
IPF/CAPITAL LIMITED PARTNERSP
C/O INFINITY PROPERTY MGMT CORP
2727 PACES FERRY ROAD SUITE 1-1650
PACE WEST BLDG ONE
ATLANTA, GA 30339

CREDITOR ID: 252332-12
IPF/HEIGHTS LIMITED PARTNERSHP
C/O SPECTRUM REALTY ADVISORS
5871 GLENRIDGE DR SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 394077-56
IPOCK, BARBIE
1922 HOPKINS AVE, #14
NORWOOD, OH 45212

CREDITOR ID: 394718-57
IPOCK, BARBIE
C/O T. TOD MOLLAUN, ESQ.
906 MAIN ST.
SUITE 500
CINCINNATI OH 45202

CREDITOR ID: 252335-12
IQ PARTNERS
8004 STRANDHILL ROAD
HUNTERSVILLE NC 28078

CREDITOR ID: 252336-12
IQ PARTNERS INC
9211 N TRYON STREET
SUITE 4 BOX 112
CHARLOTTE NC 28262

CREDITOR ID: 252337-12
IRA BRUMFIELD
709 HARVARD STREET
CLEVELAND, MS 38732

CREDITOR ID: 252338-12
IRA/KEOGH SERVICES CO
NATIONAL DISTRIBUTION CENTER
2000 S LOGAN STREET
DENVER, CO 80210

CREDITOR ID: 252339-12
IRACAR FOOD DISTRIBUTORS
ATTN CARLOS JURE, PRES
2134 NW 24TH AVENUE
MIAMI, FL 33142

CREDITOR ID: 243044-12
IRBY, BARBARA
6422 BETTS AVENUE
CINCINNATI OH 45224

CREDITOR ID: 317901-42
IREDELL COUNTY TAX COLLECTOR
C/O 1ST CITIZEN BANK
CHARLOTTE, NC 28230-0548

CREDITOR ID: 252340-12
IREDELL COUNTY TAX COLLECTOR
PO BOX 30548
C/O 1ST CITIZEN BANK
PROPERTY TAX
CHARLOTTE NC 28230-0548

CREDITOR ID: 252341-12
IREDELL GARAGE DOOR CO INC
1115 GARNER BAGNAL BLVD
STATESVILLE NC 28677

CREDITOR ID: 252342-12
IRENE ROARK
7127 GAMBLE ROAD
GEORGETOWN TN 37336

CREDITOR ID: 252343-12
IRIS A BENADI
250 SW 11TH AVENUE
APT 14
HALLANDALE FL 33009

CREDITOR ID: 252344-12
IRIS A VALENTIN
6901 NW 76 COURT
TAMARAC FL 33321

CREDITOR ID: 390348-54
IRIZARRY, CESAR JR
5100 ROSAMOND DRIVE
ORLANDO FL 32808

CREDITOR ID: 386167-54
IRIZARRY, JUDITH
390 112TH AVENUE NORTH APT #6202
SAINT PETERSBURG, FL 33716

CREDITOR ID: 252345-12
IRMA MEKLY
5862 SW 102 LANE
OCALA FL 34481

CREDITOR ID: 252346-12
IRMA PECORARO
740 PARKWAY AVENUE
JEFFERSON LA 70121

CREDITOR ID: 252347-12
IRMINA H MACHIN
2527 W 65 STREET
HIALEAH FL 33016

CREDITOR ID: 381074-47
IRON MOUNTAIN OFF SITE DATA PROTECTION
PO BOX 911862
DALLAS, TX 75391-1862

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 384178-47
IRON MOUNTAIN OFF SITE DATA PROTECTION
PO BOX 27129
NEW YORK, NY 10087-7129

CREDITOR ID: 252350-12
IRON MOUTAIN SECURE SHREDDING
PO BOX 915004
DALLAS TX 75391-5004

CREDITOR ID: 375319-44
IRON OUT INC
PO BOX 5233
INDIANAPOLIS, IN 46255-5233

CREDITOR ID: 252351-12
IRON OUT INC
4025 RELIABLE PARKWAY
CHICAGO, IL 60686-0040

CREDITOR ID: 278089-23
IRONSTONE BANK
ATTN: PAT CIOTOLA
10865 HAYNES BRIDGE ROAD
ALPHARETTA GA 30022

CREDITOR ID: 252353-12
IRS
PO BOX 145566
CINCINNATI, OH 45214

CREDITOR ID: 252354-12
IRS AUTOMATED COLLECTION SERVICES
PO BOX 24017
FRESNO CA 93776

CREDITOR ID: 2320-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA, GA 30392-1384

CREDITOR ID: 2319-07
IRT PARTNERS LP
C/O IRT PROPERTY COMPANY
1696 N. E. MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 252357-12
IRT PARTNERS LP
PO BOX 281372
ATLANTA, GA 30384-1372

CREDITOR ID: 252355-12
IRT PARTNERS LP
PO BOX 101384
STORE# 2383
ATLANTA GA 30392-1384

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI , FL 33101-9170

CREDITOR ID: 375322-44
IRT PARTNERS LP EQUITY ONE REALTY & MGMT
PO BOX 01-9170
MIAMI, FL 33101-9170

CREDITOR ID: 252358-12
IRT PARTNERS LP EQUITY ONE RLTY&
MANAGEMENT
PO BOX 01-9170
MIAMI FL 33101-9170

CREDITOR ID: 2321-07
IRT PARTNERS, LP
EQUITY ONE REALTY, & MGMT. FL.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 404893-95
IRT PROPERTY COMPANY
200 GALLERIA PARKWAY STE 1400
ATLANTA GA 30339

CREDITOR ID: 2322-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 252359-12
IRT PROPERTY COMPANY
PO BOX 945793
ATLANTA, GA 30394-5793

CREDITOR ID: 387752-54
IRVIN, NELSON
2913 LUCINDA LANE
FORT WORTH TX 76115

CREDITOR ID: 403321-83
IRVING NACHAMKIN
31 CHARTER OAK DRIVE
NEWTOWN SQUARE PA 19073

CREDITOR ID: 404894-95
IRVING TISSUE INC
C/O ACOSTA
PO BOX 551708
JACKSONVILLE FL 32216

CREDITOR ID: 252360-12
IRVING TISSUE INC
PO BOX 71568
CHICAGO, IL 60694-1568

CREDITOR ID: 244950-12
IRWIN, CHAD
FLORENCE POLICE DEPT
8100 EWING BLVD
FLORENCE KY 41094

CREDITOR ID: 400174-86
IRWIN, JANET
9875 JERDIK DRIVE NW
MOORE  HAVEN  FL 33471

CREDITOR ID: 387211-54
IRWIN, THOMAS
9001 LAKE CHARITY DRIVE
MAITLAND, FL 32751

CREDITOR ID: 391799-55
IRWIN, THOMAS
C/O: CLEMENT HYLAND
MORGAN, COLLING & GILBERT
P.O. BOX 4979
ORLANDO FL 32802

CREDITOR ID: 252361-12
ISAAC CARRERO
2238 FILLMORE STREET
HOLLYWOOD FL 33020

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245109-12<br>ISABELLA, CHARLOTTE R<br>727 GROVE PARK BLVD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 386913-54<br>ISABELLE, ELAINE J<br>25 S. HARRISON ST<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 252362-12<br>ISAIAH DEVON HARRIS<br>2800 EDGEWOOD AVENUE W<br>JACKSONVILLE FL 32209-2317 |
| CREDITOR ID: 252363-12<br>ISCO INC<br>PO BOX 3362<br>OMAHA NE 68103-0362 | CREDITOR ID: 387316-54<br>ISHMAEL, DEBORAH<br>6343 WEST COUNTY 476<br>BUSHNELL, FL 33513 | CREDITOR ID: 391897-55<br>ISHMAEL, DEBORAH<br>C/O: THOMAS D. HIPPELHEUSER<br>LAW OFFICES OF BRENT C. MILLER, P.A.<br>205 E. BURLEIGH BLVD<br>TAVARES FL 32778 |
| CREDITOR ID: 388149-54<br>ISLAM, SHEIKH<br>426 ALMOND ST<br>CLERMONT FL 34711 | CREDITOR ID: 392383-55<br>ISLAM, SHEIKH<br>C/O: RONALD H. WATSON<br>MERRITT AND WATSON<br>1500 EAST ORANGE AVENUE<br>EUSTIS FL 32726 | CREDITOR ID: 252364-12<br>ISLAND DIRECTORY COMPANY<br>PO BOX 944<br>PONTE VEDRA, FL 32004 |
| CREDITOR ID: 252365-12<br>ISLAND LINCOLN MERCURY<br>1850 EAST MERRITT CAUSEWAY<br>MERRITT ISLAND, FL 32952 | CREDITOR ID: 1473-07<br>ISLAND PLAZA LLC<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI, FL 33139 | CREDITOR ID: 252367-12<br>ISLAND TRUCKING<br>6402 NW 74TH AVENUE<br>BLDG B<br>MIAMI FL 33166 |
| CREDITOR ID: 252368-12<br>ISLANDER NEWS<br>ATTN: ANNE OWENS, PRES<br>104 CRANDON BLVD, STE 301<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 267697-31<br>ISLE OF WIGHT COUNTY OF<br>ATTN: JONATHON HARTLEY<br>17140 MONU CIR STE 301<br>ISLE OF WIGHT VA 23397 | CREDITOR ID: 267696-14<br>ISLE OF WIGHT COUNTY OF<br>ATTN: JANICE HARDIFOM<br>17140 MONU CIR STE 101<br>ISLE OF WIGHT VA 23397 |
| CREDITOR ID: 267695-14<br>ISLE OF WIGHT COUNTY OF<br>ATTN: BERYL H PERRY JR<br>17110 MONUMENT CIR 100<br>ISLE OF WIGHT VA 23397 | CREDITOR ID: 252369-12<br>ISMAIL F SABY<br>14 A -7TH AVENUE<br>KEY WEST FL 33040 | CREDITOR ID: 404895-95<br>ISN INTEGRATED SUPPLY NETWORK<br>P O BOX 116755<br>ATLANTA GA 30368-6755 |
| CREDITOR ID: 252370-12<br>ISN INTEGRATED SUPPLY NETWORK<br>PO BOX 538243<br>ATLANTA, GA 30353-8243 | CREDITOR ID: 243693-12<br>ISON, BOB<br>PO BOX 20406<br>ATLANTA, GA 30325 | CREDITOR ID: 267698-31<br>ISOTHERMAL PLANNING & DEV COMM<br>ATTN: PAUL D HUGHES<br>111 W COURT ST<br>RUTHERFORDTON NC 28139-2804 |
| CREDITOR ID: 252371-12<br>ISP ALIGINATES INC<br>PO BOX 846312<br>DALLAS TX 75284-6312 | CREDITOR ID: 252372-12<br>ISP TECHNOLOGIES<br>PO BOX 846312<br>DALLAS, TX 75284-6312 | CREDITOR ID: 1474-07<br>ISRAM REALTY & MANAGEMENT INC<br>C/O ISRAM ESCROW/FOREST EDGE<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 405881-99<br>ISRAM REALTY & MANAGEMENT INC<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A KUHNS, ESQ<br>100 SOUTH CHARLES ST, 15TH FL<br>BALTIMORE MD 21201 | CREDITOR ID: 2324-07<br>ISRAM REALTY & MANAGEMENT, INC.<br>ATTN: MS. SIONA HAYOUN<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE FL 33009 | CREDITOR ID: 252373-12<br>ISRAM REALTY & MANAGEMNET INC<br>C/O ISRAM ESCROW/FOREST EDGE<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 267699-14
ISSL
ATTN: LAUREN MANSON
1730 CASEY KEY DR
PUNTA GORDA FL 33950-8552

CREDITOR ID: 385242-54
ISTIBAN, SUAD
2150 S.W. 16TH AVENUE
MIAMI, FL 33145

CREDITOR ID: 390550-55
ISTIBAN, SUAD
C/O MARC BRUMER
BRUMER & BRUMER, P.A.
1 SE 3RD AVE.,
SUITE 2900
MIAMI FL 33131

CREDITOR ID: 403778-94
ISTRE, MICHAEL J
7651 GATE PARKWAY, APT 603
JACKSONVILLE FL 32256

CREDITOR ID: 406806-MS
ISTRE, MICHAEL J
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

CREDITOR ID: 252374-12
IT INTEGRATED SOLUTIONS INC
PO BOX 210605
MONTGOMERY AL 36121

CREDITOR ID: 384169-47
I-TECH PERSONNEL SERVICES, INC
ATTN MARCO H TRAN, PRES
622 CASSAT AVENUE, SUITE 13
JACKSONVILLE, FL 32205

CREDITOR ID: 252375-12
ITEM
PO BOX 1677
SUMTER, SC 29150-1677

CREDITOR ID: 252376-12
ITR OF GEORGIA INC
3346 SUITE B MONTREAL STATION
TUCKER GA 30084

CREDITOR ID: 382736-51
ITRADE
2600 KITTY HAWK ROAD, SUITE 115
LIVERMORE, CA 94550

CREDITOR ID: 380958-47
ITRADE NETWORK INC
DEPT CH 17307
PALATINE, IL 60055-7307

CREDITOR ID: 406230-G4
ITRADE NETWORK INC.
2600 KITTY HAWK RD, #115
LIVERMORE CA 84550

CREDITOR ID: 403779-94
ITTNER, CURTIS
789 BOSTWICK DRIVE
KEY LARGO FL 33037

CREDITOR ID: 397649-72
ITW GALE WRAP
75 REMITTANCE DR STE 1643
CHICAGO, IL 60675-1643

CREDITOR ID: 252377-12
ITW INSULATED PRODUCTS
36103 TREASURY CENTER
CHICAGO IL 60694-6100

CREDITOR ID: 252378-12
ITW STRETCH PACKAGING SYS
75 REMITTANCE DR STE 1643
CHICAGO, IL 60675-1643

CREDITOR ID: 404896-95
IVA RAYMER
8110 WINDSOR LAKES DRIVE
LOUISVILLE KY 40214

CREDITOR ID: 252381-12
IVAN L GOLDSTEIN
2203 LAUDERDALE ROAD
LUOISVILLE KY 40205-1627

CREDITOR ID: 252382-12
IVAN NICHOLS
313 TIDEWATER CIRCLE
JACKSONVILLE, FL 32211

CREDITOR ID: 252383-12
IVAN PUSHKASH
4306 CHICOPA STREET
NORTH PORT FL 34287

CREDITOR ID: 252379-12
IV-D CASHIER
DEPT HUMAN SERV
PO BOX 1098
AUGUSTA, ME 04332

CREDITOR ID: 407776-99
IVEY ELECTRIC COMPANY
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 252384-12
IVEY ELECTRIC COMPANY
PO BOX 211
SPARTANBURG, SC 29304

CREDITOR ID: 252385-12
IVEYS TIRE SERVICE
900 N JEFFERSON STREET
MILLEDGEVILLE GA 31061

CREDITOR ID: 252386-12
IVEYS TOWING & TRANSPORT INC
2216 AUBURN RD
RALEIGH, NC 27610

CREDITOR ID: 252387-12
IVIANA SANTOS
1345 WEST 41ST STREET 6
HIALEAH FL 33012

CREDITOR ID: 243739-12
IVINS, BONNIE J
3207 DRS LAKE DRIVE
ORANGE PARK FL 32073

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 245068-12<br>IVINS, CHARLES W<br>PO BOX 303<br>ETOWAH NC 28729 | CREDITOR ID: 385183-54<br>IVISION WINN-DIXIE ATLANTA D<br>5400 FULTON INDUSTRIAL BLVD<br>ATLANTA, GA 30302 | CREDITOR ID: 385184-54<br>IVISION WINN-DIXIE ORLANDO D<br>3015 COASTLINE DR.<br>ORLANDO, FL 32808 |
| CREDITOR ID: 252388-12<br>IVORY CLEANERS<br>201 US HIGHWAY 1<br>JUPITER, FL 33477 | CREDITOR ID: 387932-54<br>IVORY, SAM<br>504 HAROLD DRIVE<br>LAFAYETTE, LA 70546 | CREDITOR ID: 392215-55<br>IVORY, SAM<br>C/O: ROBERT E. MORGAN<br>ROBERT E. MORGAN<br>616 BROAD ST.<br>LAKE CHARLES LA 70602-1019 |
| CREDITOR ID: 252389-12<br>IWANNA INC<br>PO BOX 15228<br>ASHEVILLE, NC 28813 | CREDITOR ID: 252390-12<br>IWANNA OF SOUTH CAROLINA<br>PO BOX 5398<br>GREENVILLE, SC 29606 | CREDITOR ID: 252391-12<br>IWANTA<br>725 EAST MARTINTOWN ROAD<br>NORTH AUGUSTA, SC 29841 |
| CREDITOR ID: 252392-12<br>IWANTA AKIEN AUGUSTA<br>725 EAST MARTINTOWN RD<br>NORTH AUGUSTA, SC 29841 | CREDITOR ID: 252393-12<br>IYANA S BANKS<br>205 MARCUS PHILL ROAD<br>APT O<br>AMERICUS GA 31709 | CREDITOR ID: 389313-54<br>IZZARD, WILLIAM<br>185 DAVISON RIDGE ROAD<br>YORK SC 29745 |
| CREDITOR ID: 267700-31<br>J & A MERAUX INC<br>ATTN: RITA GUE<br>8301 W JUDGE PEREZ DR<br>CHALMETTE LA 70043-1656 | CREDITOR ID: 267701-31<br>J & C INNOVATIONS FOUNDATIONS<br>ATTN: TELETHIA BARRETT<br>311 S HAWTHORNE ST APT 26<br>MOUNT HOLLY NC 28120-1670 | CREDITOR ID: 404897-95<br>J & J SNACK FOODS CORP<br>ATT MARY<br>6000 CENTRAL HWY<br>PENNSAUKEN NJ 81090000 |
| CREDITOR ID: 252397-12<br>J & J SPORTS<br>108 W PINCKNEY ST<br>MADISON FL 32340 | CREDITOR ID: 252402-12<br>J & M FLOORS AND MORE INC<br>PO BOX 361033<br>MELBOURNE FL 32936 | CREDITOR ID: 404898-95<br>J & P MACHINE SHOP INC<br>P O BOX 219<br>MONTGOMERY AL 36101-0219 |
| CREDITOR ID: 252407-12<br>J A SEXAUER<br>PO BOX 5494<br>MT LAUREL NJ 08054-5494 | CREDITOR ID: 404900-95<br>J A WRIGHT & CO<br>600 DUNBAR ST<br>KEENE NH 34310000 | CREDITOR ID: 252410-12<br>J AND M LAWN CARE<br>461 CARYS SHOP ROAD<br>DRAKES BRANCH VA 23937 |
| CREDITOR ID: 252411-12<br>J B ELLIS LOCKSMITH<br>110 GRIGG STREET<br>SHELBY NC 28150 | CREDITOR ID: 252413-12<br>J B LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE, LA 70004-0518 | CREDITOR ID: 252414-12<br>J B MARTIN MIDDLE SCHOOL<br>PO BOX 1468<br>PARADIS, LA 70080 |
| CREDITOR ID: 252415-12<br>J B MATHEWS CO<br>2036 APEX COURT<br>APOPKA FL 32703 | CREDITOR ID: 252417-12<br>J C BELL TRUSTEE<br>LOCK PO BOX 871<br>HATTIESBURG, MS 39403-0871 | CREDITOR ID: 252418-12<br>J C ELLIS ELEMENTARY<br>801 BROCKENBRAUGH COURT<br>METARIRIE, LA 70005 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252419-12<br>J C FUENTES<br>2244 SE 26 LANE<br>HOMESTEAD, FL 33035 | CREDITOR ID: 252420-12<br>J C GOOSIE<br>2660 EMERALD LAKE COURT<br>KISSIMMEE FL 34744 | CREDITOR ID: 316054-41<br>J C PACE LTD<br>420 THROCKMORTON STREET<br>SUITE 710<br>ATTN: AUSTIN YATES<br>FORT  WORTH TX 76102-3724 |
| CREDITOR ID: 375335-44<br>J C POTTER SAUSAGE CO<br>PO BOX 689<br>DURANT OK 74702-0689 | CREDITOR ID: 267702-31<br>J D A L GROUP LLC<br>ATTN: JAMES E DAVIS<br>2323 GREEN FOREST DR # A<br>CHATTANOOGA TN 37406-2609 | CREDITOR ID: 252421-12<br>J D ESCO INC<br>ELECTRICAL CONTRACTOR<br>3107 25TH AVE UNIT A<br>TUSCALOOSA, AL 35401 |
| CREDITOR ID: 267703-31<br>J DOOLEYS SWG SHIFT<br>ATTN: JEANNE DOOLEY<br>1145 ZONOLITE RD NE STE 2<br>ATLANTA GA 30306-2017 | CREDITOR ID: 252423-12<br>J F GAUTHIER SCHOOL<br>2214 BOBOLINK ST<br>ST BERNARD, LA 70085 | CREDITOR ID: 252424-12<br>J F PHILLIPS<br>3420 LAVERNE DRIVE<br>MOBILE AL 36618 |
| CREDITOR ID: 252425-12<br>J G VAN HOLTEN & SON INC<br>PO BOX 66<br>WATERLOO, WI 53594-0066 | CREDITOR ID: 252427-12<br>J H ROUTH PACKING CO<br>PO BOX 2253<br>SANDUSKY OH 44871-2253 | CREDITOR ID: 252428-12<br>J H WILLIAMS MIDDLE SCHOOL<br>1105 PRAIRIE AVE<br>ABBEVILLE, LA 70510 |
| CREDITOR ID: 252429-12<br>J HERBERT CORP<br>ATTN: MARY M SELBACK, SEC/TREAS<br>1751 S JOHN YOUNG PKWY<br>KISSIMMEE, FL 34741-6392 | CREDITOR ID: 252430-12<br>J I BARREN ELEMENTARY<br>3655 HOLLOWAY RD<br>PINEVILLE, LA 71360 | CREDITOR ID: 267704-31<br>J J CHRETIEN & COMPANY<br>ATTN: JOHN J CHRETIEN<br>360 SE MIZNER BLVD # 3301<br>BOCA RATON FL 33432-6055 |
| CREDITOR ID: 252431-12<br>J J GALLEHER CO INC<br>2796 SUMMERDALE DRIVE NORTH<br>CLEARWATER FL 33761 | CREDITOR ID: 404901-95<br>J J H SERVICES INC<br>2252 KILLINGTON DR<br>HARVEY LA 70058 | CREDITOR ID: 252434-12<br>J J MECHANICAL INC<br>4006 BROOK STREET<br>LOUISVILLE KY 40214 |
| CREDITOR ID: 252435-12<br>J JONES C/O MICHAEL T JONES<br>1106 OLA ALABAMA ROAD<br>MABLETON GA 30126 | CREDITOR ID: 375337-44<br>J L CLARK<br>12871 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 252436-12<br>J L CLARK<br>PO BOX 71517<br>CHICAGO IL 60694-1517 |
| CREDITOR ID: 252438-12<br>J L W PRODUCE INC<br>PO BOX 2004<br>JESSUP MD 20794-2004 | CREDITOR ID: 252440-12<br>J LEEK ASSOCIATES INC<br>PO BOX 50395<br>ALBANY, GA 31703 | CREDITOR ID: 267705-31<br>J LOVE LEARNING CENTER INC<br>ATTN: PHYLLIS SPENCER<br>409 ELAM ST<br>BIRMINGHAM AL 35228-2707 |
| CREDITOR ID: 252441-12<br>J M INDUSTRIAL SLAES INC<br>46264 MORRIS ROAD<br>HAMMOND LA 70401 | CREDITOR ID: 252442-12<br>J M SCHNEIDER INC<br>LOCK BOX 924<br>BUFFALO, NY 14240 | CREDITOR ID: 404902-95<br>J M SMUCKER COMPANY<br>C/O CROSSMARK<br>8375 DIX ELLIS TRAIL<br>SUITE 104<br>JACKSONVILLE FL 32256 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252444-12<br>J M SWANK CO<br>LOCK BOX 99013<br>CHICAGO IL 60693-9013 | CREDITOR ID: 381803-48<br>J MESINGER CORPORATE JET SALES INC<br>ATTN JOSH MESINGER<br>3025 47TH STREET, STE D2<br>BOULDER CO 80307 | CREDITOR ID: 252445-12<br>J P DOOLITTLE ENTERPRISES<br>4613 KELLYWOOD DRIVE<br>GLEN ALLEN VA 23060 |
| CREDITOR ID: 267706-14<br>J P MORGAN INVESTMENT MGT<br>ATTN: MARIN HIGHTOWER<br>1180 W PEACHTREE ST NW<br>ATLANTA GA 30309-3407 | CREDITOR ID: 252446-12<br>J P SULLIVAN & CO<br>PO BOX 449<br>AYER MA 01432 | CREDITOR ID: 267707-31<br>J P UTILITY DISTRICT INC<br>ATTN: JERRY ADAMS<br>2280 HIGHWAY 29 S<br>ELLISVILLE MS 39437-5625 |
| CREDITOR ID: 407600-15<br>J PARK INVESTMENT CLUB<br>C/O R KATHY TYRONE, AS AGENT<br>1-A WEST STREET<br>MADISON NJ 07940 | CREDITOR ID: 252447-12<br>J PHILLIP APPAREL INC<br>2101 17TH STREET<br>SARASOTA FL 34234 | CREDITOR ID: 252449-12<br>J R TRACTOR & TRAILER REPAIR<br>PO BOX 8736<br>GREENSBORO NC 27419 |
| CREDITOR ID: 252450-12<br>J RAYMOND CONSTRUCTION CORP<br>465 W WARREN AVENUE<br>LONGWOOD FL 32750-4002 | CREDITOR ID: 252451-12<br>J ROBERT JOHNSON MD<br>7736 HWY 20 WEST SUITE 1<br>HUNTSVILLE AL 35806 | CREDITOR ID: 252452-12<br>J S DISMUKE CO INC<br>PO BOX 1049<br>JOHNS ISLAND SC 29457 |
| CREDITOR ID: 252453-12<br>J STEPHEN SMITH<br>5 OLD RIVER PLACE<br>SUITE 107<br>JACKSON MS 39202 | CREDITOR ID: 252454-12<br>J STRICKLAND & CO<br>PO BOX 840<br>MEMPHIS TN 38101 | CREDITOR ID: 252456-12<br>J T WADE SHEET METAL INC<br>PO BOX 396<br>EDEN NC 27288-0396 |
| CREDITOR ID: 252457-12<br>J W MOORE PRINTING<br>3011 CARRIER ST<br>MEMPHIS TN 38116 | CREDITOR ID: 252458-12<br>J W OUTFITTERS<br>3102 OAKCLIFF INDUSTRIAL STREET<br>ATLANTA GA 30340 | CREDITOR ID: 252459-12<br>J W VAUGHN CO INC<br>PO BOX 2288<br>GREENVILLE, SC 29602-2288 |
| CREDITOR ID: 252460-12<br>J WORTH BAKER COMPANY<br>1620 N RIVERSIDE E DRIVE<br>INDIANAPOLIS IN 46202 | CREDITOR ID: 252462-12<br>J&B COMMERCIAL FLOORS<br>ATTN DIXIE LUSK<br>1200 TILDEN AVENUE<br>APOPKA, FL 32703-6497 | CREDITOR ID: 252461-12<br>J&B COMMERCIAL FLOORS<br>1200 SOUTH TILDEN AVE<br>APOPKA FL 32703 |
| CREDITOR ID: 393743-58<br>J&B DISPOSAL, INC.<br>2076 HIGHLANDS ROAD<br>FRANKLIN, NC 28734 | CREDITOR ID: 252394-12<br>J&D PRODUCE<br>PO BOX 200677<br>HOUSTON, TX 77216-0677 | CREDITOR ID: 252463-12<br>J&D SPRINKLER CO INC<br>710 W MAIN STREET<br>CLAYTON SC 27520 |
| CREDITOR ID: 252464-12<br>J&H LANDSCAPING<br>PO BOX 2631<br>VALDOSTA, GA 31604 | CREDITOR ID: 252465-12<br>J&J CLEARING & GRADING INC<br>5476 NANSEMOND PARKWAY<br>SUFFOLK VA 23435 | CREDITOR ID: 384179-47<br>J&J FOODS<br>181 SOUTH HWY 27<br>SOMERSET, KY 42501 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252466-12<br>J&J GENERAL  MAINTENANCE<br>PO BOX 521<br>KENANSVILLE NC 28349 | CREDITOR ID: 252467-12<br>J&J LOGISTICS LLC<br>ATTN JENNIFER AGUILLARD<br>PO BOX 1437<br>SCOTT, LA 70583 | CREDITOR ID: 404903-95<br>J&J LOGISTICS LLC<br>109 B PARK WEST DRIVE<br>SUITE 2<br>SCOTT LA 70583 |
| CREDITOR ID: 252468-12<br>J&J SERVICES<br>1534 COUNTY ROAD 16<br>HEADLAND AL 36345 | CREDITOR ID: 384180-47<br>J&J SNACK FOODS CORP<br>PO BOX 7777-W2855<br>PHILADELPHIA, PA 19175 | CREDITOR ID: 252396-12<br>J&J SNACK FOODS CORP<br>PO BOX 7777-W2855<br>PHILADELPHIA, PA 19175 |
| CREDITOR ID: 406135-15<br>J&J SNACK SALES CORP<br>ATTN I IRIZARRY OR H MCLAUGHLIN<br>6000 CENTRAL HIGHWAY<br>PENNSAWKEN NJ 08081 | CREDITOR ID: 405964-15<br>J&J SNACK SALES CORP<br>ATTN IRIS IRIZARRY/HARRY MCLAUGHLIN<br>6000 CENTRAL HIGHWAY<br>PENNSAUKEN NJ 08081 | CREDITOR ID: 397118-67<br>J&J SUPERMARKETS-KY, LLC<br>916A LAFAYETTE ROAD<br>ROSSVILLE, GA 30741 |
| CREDITOR ID: 252398-12<br>J&J TELEPHONE INC<br>ATTN: RODNEY JONES, PRES<br>3925 ANDREWS STREET EAST<br>TUSCALOOSA, AL 35405 | CREDITOR ID: 375331-44<br>J&J TELEPHONE SERVICE<br>3925 ANDREWS STREET EAST<br>TUSCALOOSA, AL 35405 | CREDITOR ID: 252469-12<br>J&J TIRE & SERVICE CENTER INC<br>1101 N PACE BLVD<br>PENSACOLA FL 32505-6807 |
| CREDITOR ID: 252399-12<br>J&J TOWING<br>5613 N W 8TH ST<br>MARGATE, FL 33063 | CREDITOR ID: 384181-47<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | CREDITOR ID: 252400-12<br>J&L ELECTRIC SIGNS<br>1312 WASHINGTON STREET NW<br>HUNTSVILLE, AL 35801 |
| CREDITOR ID: 252401-12<br>J&L LAND HOLDINGS LLC<br>314 E ANDERSON STREET<br>ATTN JACK L LIBERTY III<br>ORLANDO, FL 32801 | CREDITOR ID: 252470-12<br>J&M BOILER COMBUSTION<br>6225 BENEFIT DR<br>CONTROL SERVICE<br>BATON ROUGE LA 70809-4249 | CREDITOR ID: 252471-12<br>J&M MARKERS INC<br>411 NORTH 9TH STREET<br>GADSDEN AL 35901 |
| CREDITOR ID: 384182-47<br>J&P MACHINE SHOP INC<br>3445 LOWER WETUMPKA ROAD<br>MONTGOMERY, AL 36110-1728 | CREDITOR ID: 252472-12<br>J&R KOOLER STRIPS<br>35333 BEND ROAD<br>DENHAM SPRINGS LA 70706 | CREDITOR ID: 252473-12<br>J&S LAWN AND PRESSURE WASHING<br>1311 E HOME AVE<br>HARTSVILLE, SC 29550 |
| CREDITOR ID: 384183-47<br>J&T SERVICE CENTER INC<br>ATTN: JAMES A RAWLAND, PRES<br>2170 THOMSON HIGHWAY<br>LINCOLNTON, GA 30817 | CREDITOR ID: 252404-12<br>J&T SERVICE CENTER INC<br>2170 THOMSON HIGHWAY<br>LINCOLNTON, GA 30817 | CREDITOR ID: 403322-83<br>J. GORDON ROTHWELL, PA<br>560 - 1ST AVENUE NORTH<br>ST. PETERSBURG FL 33701 |
| CREDITOR ID: 278991-32<br>J. J. KELLER & ASSOCIATES, INC.<br>ATTN: SCOTT C. BURMEISTER<br>3003 W. BREEZEWOOD LANE<br>PO BOX 368<br>NEENAH WI 54957-0368 | CREDITOR ID: 252474-12<br>J.A. HERNANDEZ ELEMENTARY<br>1400 WILLOW STREET<br>FRANKLIN, LA 70538 | CREDITOR ID: 394006-61<br>J.A. STILL CORPORATION<br>4390 S. COTTONWOOD LANE<br>BOLIVAR, MO 65613 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 316055-41 | CREDITOR ID: 267708-31 | CREDITOR ID: 252475-12 |
| J.D. TRULY | J2 DEVELOPMENT INC | JA KING & COMPANY INC |
| 1833 N. BROADWAY | ATTN: JEFF WATERS | PO BOX 21225 |
| ROCKPORT TX 78382 | 4545 SEQUOIA CIR | GREENSBORO NC 27420-1225 |
| | DACULA GA 30019 | |
| | | |
| CREDITOR ID: 252406-12 | CREDITOR ID: 384185-47 | CREDITOR ID: 399624-15 |
| JA PIPER ROOFING CO | JA WRIGHT & CO | JA WRIGHT & CO |
| BOX 8456 | PO BOX 74576 | ATTN JULIE HULL, FIN/OP MGR |
| GREENVILLE, SC 29604 | CHICAGO, IL 60690-8576 | 60 DUNBAR STREET |
| | | KEENE NH 03431 |
| | | |
| CREDITOR ID: 252478-12 | CREDITOR ID: 260817-12 | CREDITOR ID: 385435-54 |
| JAAMAL SMITH | JABBAR, SHARI | JABOT, DEBBIE |
| 925 N TAYLOR | 7161 NE 105 AVENUE | 1019 WINDING WATERS CIT |
| COVINGTON LA 70433 | BRONSON, FL 32621 | WINTER SPRINGS, FL 32708 |
| | | |
| CREDITOR ID: 390739-55 | CREDITOR ID: 278905-30 | CREDITOR ID: 386684-54 |
| JABOT, DEBBIE | JAC VANDENBERG INC | JACILLA, CAROL |
| C/O JACK B NICHOLS LAW OFFICES | S WESTCHESTER EXECUTIVE PARK | 14321 HERRING HOLLOW |
| ATTN JACK NICHOLS, ESQ | 100 CORPORATE BLVD | SPRINGHILL FL 34609 |
| 801 N MAGNOLIA AVENUE, SUITE 414 | YONKERS, NY 10701 | |
| ORLANDO FL 32803 | | |
| | | |
| CREDITOR ID: 391647-55 | CREDITOR ID: 252480-12 | CREDITOR ID: 240501-06 |
| JACILLA, CAROL | JACINTH GIENCKE-CARLISLE | JACK A STEPHENS SHERIFF |
| C/O: JOE ROOTH, ESQUIRE | 7319 POTTSBURG DRIVE | PO BOX 168 |
| ROOTH LAW FIRM, PA | JACKSONVILLE, FL 32216 | PARISH OF ST BERNARD |
| 6014 US HWY 19 | | CHALMETTE LA 70044-0168 |
| SUITE 501 | | |
| NEW PORT RITCHIE FL 34652 | | |
| | | |
| CREDITOR ID: 375341-44 | CREDITOR ID: 252482-12 | CREDITOR ID: 252483-12 |
| JACK A STEPHENS SHERIFF | JACK BECKER DISTRIBUTORS | JACK CAIN |
| 2831 TALLYRAND AVENUE | PO BOX 37589 | STRIPING- PAINTING |
| JACKSONVILLE, FL 32206 | JACKSONVILLE FL 32236-7589 | 667 E MAIN STREET |
| | | NEW IBERIA LA 70560 |
| | | |
| CREDITOR ID: 252485-12 | CREDITOR ID: 252486-12 | CREDITOR ID: 267709-31 |
| JACK DONKER | JACK E GWYNES | JACK GRIFFITH & ASSOCIATES |
| 15500 W BEAVER STREET | JACKSONVILLE SHERRIFS OFFICE | ATTN: JACK GRIFFITH |
| BALDWIN FL 32234 | 501 E BAY STREET | 512 CRUISE ST |
| | JACKSONVILLE FL 32202 | CORINTH MS 38834-4813 |
| | | |
| CREDITOR ID: 252488-12 | CREDITOR ID: 252489-12 | CREDITOR ID: 252490-12 |
| JACK IVEY SIGNS | JACK L REYNOLDS | JACK M SKEETER RAY |
| 1704 WESTTOWN ROAD | 870 PINE SHADOW DRIVE | CONCRETE CONTRACTOR |
| PO BOX 3469 | DALLAS GA 30157 | 636 DUFILHO ROAD |
| ALBANY, GA 31706 | | OPELOUSAS LA 70570 |
| | | |
| CREDITOR ID: 316057-41 | CREDITOR ID: 252491-12 | CREDITOR ID: 252492-12 |
| JACK M. GODFREY& PETER GODFREY | JACK PAGEAND ASSOCIATES | JACK RAMSEY |
| DRAWER G | 3447 RIDGEOAK WAY | 109 ROBERT LINCOLN COURT |
| MR.GODFREY | FARMERS BRANCH TX 75234 | ELIZABETHTON TN 37643 |
| MADILL OK 73446 | | |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252495-12<br>JACK STRIEGER<br>511 W PENN ROAD<br>LEHIGH ACRES FL 33936 | CREDITOR ID: 252496-12<br>JACK VINSON<br>503 MACK DRIVE<br>VALDOSTA GA 31602 | CREDITOR ID: 264908-12<br>JACK, WILLY<br>2831 SUMERSET APT 114<br>FORT LAUDERDALE, FL 33305 |
| CREDITOR ID: 252498-12<br>JACKIE CALHOUN CLERK<br>SM COURT<br>1100 FAIRHOPE AVE<br>FAIRHOPE, AL 36532 | CREDITOR ID: 252499-12<br>JACKIE DEVINE<br>160 DOVER COURT<br>MT WASHINGTON KY 40047 | CREDITOR ID: 252501-12<br>JACKIE GRIFFIN<br>2920 COTTAGE PLACE<br>APT B<br>GREENSBORO, NC 27455 |
| CREDITOR ID: 252500-12<br>JACKIE GRIFFIN<br>120 YESTER OAKS WAY EAST<br>APT C<br>GREENSBORO NC 27455 | CREDITOR ID: 252502-12<br>JACKIE KELLUM<br>8416 SOUTH MEMORIAL PARKWAY<br>HUNTSVILLE AL 35802 | CREDITOR ID: 252503-12<br>JACKIE MCKAY<br>PO BOX 19384<br>PANAMA CITY BEACH FL 32417 |
| CREDITOR ID: 252504-12<br>JACKIE N CALHOUN CLERK<br>312 COURTHOUSE SQUARE<br>STE 10<br>BAY MINETTE, AL 36507 | CREDITOR ID: 252505-12<br>JACKS HOUSE OF FLOWERS<br>214 SPRATT STREET<br>FORT MILL SC 29715 | CREDITOR ID: 252497-12<br>JACK'S LOCK & KEY<br>1242 NORTH PINETREE BLVD<br>THOMASVILLE, GA 31792 |
| CREDITOR ID: 252506-12<br>JACKS RESTAURANT<br>ATTN WALKER MEAD, OWNER<br>1593 COUNTY ROAD 437A<br>CULLMAN AL 35055 | CREDITOR ID: 252507-12<br>JACKS TRUCK STOP<br>PO BOX 178<br>CULLMAN, AL 35056-0178 | CREDITOR ID: 252508-12<br>JACKS TRUCK STOP RESTAURANT<br>ATTN WALKER MEAD<br>1593 COUNTY ROAD 437<br>CULLMAN, AL 35055 |
| CREDITOR ID: 252509-12<br>JACKSON ADVOCATE<br>PO BOX 3708<br>JACKSON, MS 39207-3708 | CREDITOR ID: 267710-31<br>JACKSON ASSISTANCE CENTRE<br>ATTN: RUDY COLLINS<br>362 CARRIAGE HOUSE DR<br>JACKSON TN 38305-2222 | CREDITOR ID: 252512-12<br>JACKSON ELEC MEM CORP<br>PO BOX 100<br>JEFFERSON, GA 30549-0100 |
| CREDITOR ID: 499-03<br>JACKSON ELECTRIC MEMBER CORP.<br>PO BOX 38<br>JEFFERSON GA 30549 | CREDITOR ID: 381923-15<br>JACKSON EMC<br>ATTN GENE DEAL<br>PO BOX 100<br>JEFFERSON GA 30549 | CREDITOR ID: 252515-12<br>JACKSON GREASE TRAP SERVICE<br>PO BOX 23643<br>HARAHAN, LA 70183 |
| CREDITOR ID: 252516-12<br>JACKSON HIRSH<br>700 ANTHONY TRAIL<br>NORTHBROOK IL 60062-2542 | CREDITOR ID: 381658-47<br>JACKSON INDEPENDENT SCHOOL DISTRICT<br>940 HIGHLAND AVENUE<br>JACKSON, KY 41339 | CREDITOR ID: 252517-12<br>JACKSON INDUSTRIAL<br>PO BOX 4856<br>JACKSON MS 39296 |
| CREDITOR ID: 315850-40<br>JACKSON JUNCTION LTD<br>PO BOX 641625<br>CINCINNATI, OH 45264-1625 | CREDITOR ID: 316058-41<br>JACKSON JUNCTION LTD.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 267711-31<br>JACKSON MEDICAL EDUCATION DST<br>ATTN: JIMMY WARE<br>1510 N STATE ST<br>JACKSON MS 39202-1647 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252519-12<br>JACKSON MITCHELL INC<br>ATTN ROGER W VORSE, CONTROLLER<br>PO BOX 934<br>TURLOCK, CA 95381-0934 | CREDITOR ID: 252520-12<br>JACKSON MUNICIPAL WATERWORKS<br>333 BROADWAY<br>JACKSON, KY 41339 | CREDITOR ID: 267712-31<br>JACKSON REDEVELOPMENT AUTH<br>ATTN: WILLIE MOTT<br>218 S PRESIDENT ST FL 3<br>JACKSON MS 39201-4307 |
| CREDITOR ID: 252521-12<br>JACKSON TOUR & TRAVEL INC<br>1801 CRANE RIDGE DRIVE<br>JACKSON MS 39216 | CREDITOR ID: 252522-12<br>JACKSON TRAILER & EQUIPMENT LLC<br>PO BOX 6366<br>PEARL MS 39288-6366 | CREDITOR ID: 252523-12<br>JACKSON TRUCK & TRAILER REPAIR<br>PO BOX 10215<br>JEFFERSON, LA 70181-0215 |
| CREDITOR ID: 252524-12<br>JACKSON WHOLESALE CO<br>PO BOX 634<br>JACKSON, KY 41339-0634 | CREDITOR ID: 399524-82<br>JACKSON, AHMOND<br>560 PASCO COURT<br>TALLAHASSEE  FL 32303 | CREDITOR ID: 386273-54<br>JACKSON, BARBARA<br>BOX 5294<br>HOLIDAY ISLAND<br>HERTFORD NC 27944 |
| CREDITOR ID: 243301-12<br>JACKSON, BENJAMIN A<br>8828 BARCO LANE<br>JACKSONVILLE FL 32222 | CREDITOR ID: 243340-12<br>JACKSON, BERNARD<br>409 E EVANSTON CIRCLE<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 387442-54<br>JACKSON, CAROL<br>1141 NORTH ROBERTSON<br>NEW ORLEANS, LA 70130 |
| CREDITOR ID: 391983-55<br>JACKSON, CAROL<br>C/O: RICHARD J FERNANDEZ<br>RICHARD J. FERNANDEZ<br>3900 NORTH CAUSEWAY BLVD<br>605 ONE LAKEWAY CENTER<br>METAIRIE LA 70002 | CREDITOR ID: 385638-54<br>JACKSON, CHAKITA<br>1337 HANCOCK BRIDGE PARKWAY<br>CAPE CORAL, FL 33990 | CREDITOR ID: 406807-MS<br>JACKSON, CHARLES V.<br>PO BOX 249<br>DADE CITY FL 33526 |
| CREDITOR ID: 390307-54<br>JACKSON, DEBORAH<br>5300 EVERGREEN LANE<br>CAMILLA GA 31730 | CREDITOR ID: 385479-54<br>JACKSON, ELEANOR<br>2331 ST. ANTHONY ST.<br>NEW ORLEANS, LA 70119-1531 | CREDITOR ID: 390779-55<br>JACKSON, ELEANOR<br>C/O: DAVID BERNBERG<br>DAVID W. BERNBERG, LLC<br>612 GRAVIER ST.<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 387026-54<br>JACKSON, FREDERICK DEWITT<br>5220 CRANE POINT DR.<br>CHARLOTTE NC 28227 | CREDITOR ID: 315819-40<br>JACKSON, GENE A & MILDRED A<br>PO BOX 249<br>HAVELOCK, NC 28532-0249 | CREDITOR ID: 391860-55<br>JACKSON, GREGORY JR. (MINOR)<br>C/O LAW OFFICES OF PAUL LEE<br>ATTN MATTHEW H LEE<br>418 W. ALFRED ST STE 7<br>TAVARNES FL 32778 |
| CREDITOR ID: 392612-55<br>JACKSON, HAYDON (MINOR)<br>C/O: CHARLES H LEO P.A.<br>LAW OFFICES OF CHARLES H LEO P.A.<br>1114 E RIDGEWOOD ST<br>P.O. BOX 2089<br>ORLANDO FL 32803 | CREDITOR ID: 388536-54<br>JACKSON, HAYDON (MINOR)<br>111 GRAHAM ROAD<br>FERN PARK, FL 32730 | CREDITOR ID: 386985-54<br>JACKSON, JAMES<br>316 GREETREE DR<br>ROCK HILL SC 29730 |
| CREDITOR ID: 389716-54<br>JACKSON, JAMES<br>41126 GATOR LANE<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 393350-55<br>JACKSON, JAMES<br>C/O: WILLA RUSSELL, ESQ.<br>WILLA RUSSELL, ESQ.<br>2575 ULMERTON ROAD<br>SUITE 230<br>CLEARWATER FL 33762-0369 | CREDITOR ID: 385935-54<br>JACKSON, JANIE<br>1150 NW 57TH STREET<br>MIAMI, FL 33127 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390110-54<br>JACKSON, JOANN<br>1824 MONROE AVE SW<br>BIRMINGHAM, AL 35211 | CREDITOR ID: 393566-55<br>JACKSON, JOANN<br>C/O THE DUFFEE FIRM LLC<br>ATTN CECIL DUFFEE III, ESQ<br>2015 2ND AVENUE N, SUITE 400<br>BIRMINGHAM AL 35203 | CREDITOR ID: 391648-55<br>JACKSON, JOHNNY L<br>C/O: BRUCE EDWARDS ATTORNEY AT LAW<br>802 EAST WARD ST.<br>DOUGLAS GA 31534 |
| CREDITOR ID: 390406-54<br>JACKSON, JOHNNY L<br>302 S MONITOR DRIVE<br>FITZGERALD GA 31750 | CREDITOR ID: 406808-MS<br>JACKSON, KENNETH M.<br>RT. 2 BOX 318-1<br>RUSSELLVILLE KY 42276 | CREDITOR ID: 397982-76<br>JACKSON, LATONYA<br>5717 CRENSHAW DRIVE<br>HOPE  MILLS, NC 28348 |
| CREDITOR ID: 385805-54<br>JACKSON, LAUREN (MINOR)<br>1947 NEW HAVEN RD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 388271-54<br>JACKSON, MARQUES<br>2205 ORANGE CENTER BLVD<br>APT 19<br>ORLANDO FL 32805 | CREDITOR ID: 391419-55<br>JACKSON, MARY H<br>C/O: RUFUS ALLDREDGE<br>GAMBRELL & ASSOCIATES<br>P.O. DRAWER 8299<br>BILOXI MS 39535 |
| CREDITOR ID: 386320-54<br>JACKSON, MARY H<br>141 BRIARFIELD AVENUE<br>BULOXI MS MS 39531 | CREDITOR ID: 406809-MS<br>JACKSON, R. WAYNE<br>6020 FOREST GREEN RD.<br>PENSACOLA FL 32505 | CREDITOR ID: 388826-54<br>JACKSON, RENEE<br>PO BOX 673174<br>MARIETTA, GA 30006 |
| CREDITOR ID: 388826-54<br>JACKSON, RENEE<br>PO BOX 673147<br>MARIETTA, GA 30006 | CREDITOR ID: 399525-82<br>JACKSON, ROSETTA<br>1717 6TH PLACE NW<br>BIRMINGHAM  AL 35215 | CREDITOR ID: 386579-54<br>JACKSON, RUTH<br>3675 GASLIGHT CURVE APT. 4<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 397983-76<br>JACKSON, RUTH<br>3675 GAS LIGHT CURVE<br>APT 4<br>MONTGOMERY, AL 36116 | CREDITOR ID: 391593-55<br>JACKSON, RUTH<br>C/O: BARRY LEAVELL<br>ATTORNEY AND COUNSELLOR AT LAW<br>205 MADISON AVE<br>MONTGOMERY AL 36104 | CREDITOR ID: 400354-85<br>JACKSON, TERRY<br>C/O JONATHAN ISRAEL 296-9400<br>HARRELL AND HARRELL, P.A.<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 387309-54<br>JACKSON, TIFFANY<br>1800 KINGSLEY AVE, APT 43<br>ORANGE PARK, FL 32073 | CREDITOR ID: 391891-55<br>JACKSON, TIFFANY<br>C/O: J. SCOTT NOONEY<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 399526-82<br>JACKSON, TORSHA<br>2543 RUSSELL LANE<br>MONTGOMERY  AL 36117 |
| CREDITOR ID: 391729-55<br>JACKSON, VIRITTI D<br>C/O: CHARLES E. EARNHARDT<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 387144-54<br>JACKSON, VIRITTI D<br>800 BROWARD RD<br>APT A102<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 403183-15<br>JACKSON'S GREASE TRAP SERVICES<br>ATTN BOBBIE BREAUX, OFF MGR<br>PO BOX 1007<br>KENNER LA 70063-1007 |
| CREDITOR ID: 252525-12<br>JACKSONS PLUMBING SUPPLY<br>1343 OLD CASTLEBERRY RD<br>BREWTON, AL 36426 | CREDITOR ID: 403249-92<br>JACKSONVILLE<br>15500 W BEAVER STREET<br>JACKSONVILLE FL 32234 | CREDITOR ID: 252526-12<br>JACKSONVILLE ADVOCATE THE<br>1284 WEST 20TH STREET<br>JACKSONVILLE FL 32209 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252527-12<br>JACKSONVILLE AIRPORT AUTHORITY<br>PO BOX 18018<br>JACKSONVILLE FL 32229-4018 | CREDITOR ID: 252528-12<br>JACKSONVILLE AREA CHAPTER ACFE<br>2314 NORTH FORK ROAD<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 252530-12<br>JACKSONVILLE BAR ASSOCIATION<br>1301 RIVERPLACE BLVD STE 730<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 252531-12<br>JACKSONVILLE BEACHES WOMANS CLUB<br>PO BOX 50203<br>JACKSONVILLE FL 32250 | CREDITOR ID: 252533-12<br>JACKSONVILLE BUSINESS JOURNAL<br>PO BOX 36609<br>CHARLOTTE, NC 28254 | CREDITOR ID: 252532-12<br>JACKSONVILLE BUSINESS JOURNAL<br>1200 RIVERPLACE BLVD, SUITE 201<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 252535-12<br>JACKSONVILLE CHILDRENS CHORUS<br>PO BOX  41103<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 267713-31<br>JACKSONVILLE CTRS & PLAYGROUND<br>ATTN: KENNETH GRAHAM<br>1133 IONIA ST<br>JACKSONVILLE FL 32206-5125 | CREDITOR ID: 382740-51<br>JACKSONVILLE FLORIDA TIMES UNION<br>1 RIVERSIDE AVE<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 252538-12<br>JACKSONVILLE FREE PRESS<br>PO BOX 43580<br>JACKSONVILLE, FL 32203-3580 | CREDITOR ID: 252540-12<br>JACKSONVILLE HIGH SCHOOL<br>1000 GEORGE DOUTHIT DRIVE<br>JACKSONVILLE, AL 36265 | CREDITOR ID: 252541-12<br>JACKSONVILLE HUMANE SOCIETY<br>8464 BEACH BLVD<br>JACKOSONVILLE FL 32216 |
| CREDITOR ID: 252544-12<br>JACKSONVILLE JEWISH CENTER<br>3662 CROWN POINT RD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 252545-12<br>JACKSONVILLE MACK SALES & SERV<br>1986 WEST BEAVER ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 252546-12<br>JACKSONVILLE MARRIOTT<br>4670 SALISBURY RD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 252547-12<br>JACKSONVILLE MUSEUM OF MODERN ART<br>333 NORTH LAURA STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 252548-12<br>JACKSONVILLE PORT AUTHORITY<br>2831 TALLYRAND AVENUE<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 252552-12<br>JACKSONVILLE SHERIFFS OFFICE<br>T O DUDLEY<br>501 E BAY STREET<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 252551-12<br>JACKSONVILLE SHERIFFS OFFICE<br>N L LENNON<br>501 E BAY STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 252550-12<br>JACKSONVILLE SHERIFFS OFFICE<br>GLEN MORNINGSTAR<br>501 E BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 252553-12<br>JACKSONVILLE SOUND & COMMUNICATION<br>5021 STEPP AVENUE<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 375356-44<br>JACKSONVILLE SOUND COMMUNICATIONS INC<br>P O BOX 551629<br>JACKSONVILLE, FL 32255 | CREDITOR ID: 252555-12<br>JACKSONVILLE SPECIALTY ADVERTISING<br>2727 ATLANTIC BOULEVARD<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 403323-83<br>JACKSONVILLE SPINE CENTER, PA<br>13400 SUTTON PARK DR. S. STE 1301<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 252556-12<br>JACKSONVILLE SPORTS & ENT COMP<br>300 A PHILIP RANDOLPH BLVD<br>JACKSONVILLE FL 32202 | CREDITOR ID: 252557-12<br>JACKSONVILLE SUNS BASEBAL CLUB<br>PO BOX 4756<br>JACKSONVILLE FL 32201 | CREDITOR ID: 252559-12<br>JACKSONVILLE TRADING CO<br>PO BOX 14377<br>JACKSONVILLE, FL 32238-4377 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 252560-12
JACKSONVILLE TRANSPORTATION
AUTHORITY
100 NORTH MYRTLE AVE
JACKSONVILLE, FL 32203

CREDITOR ID: 384187-47
JACKSONVILLE TRANSPORTATION GROUP LLC
GATOR CITY TAXI & SHUTTLE
PO BOX 9231
JACKSONVILLE, FL 32208

CREDITOR ID: 252562-12
JACKSONVILLE TROJANS AAU BASKETBALL
C/O 724 E 57TH STREET
JACKSONVILLE FL 32208

CREDITOR ID: 252563-12
JACKSONVILLE URBAN LEAGUE
903 W UNION ST
JACKSONVILLE FL 32204

CREDITOR ID: 503-03
JACKSONVILLE WATER & SEWER
ATTN MICHAEL RINKER, OFF SUPERV
330 CHURCH AVENUE SE
JACKSONVILLE AL 36265-2651

CREDITOR ID: 393185-55
JACKSONVILLE WINN-DIXIE LOGISTICS
C/O: JOHN A. SHIPLEY, ESQ.
SEARCY,DENNEY, SCAROLA, BARNHART & SHIP
2139 PALM BEACH LAKES
WEST PALM BEACH FL 33402

CREDITOR ID: 252564-12
JACKSONVILLE YOUTH SANCTUARY
ATTN DEBBIE HALL
390 PARK STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 252565-12
JACKSONVILLE YOUTH SOCCER CLUB
PO BOX 57065
JACKSONVILLE FL 32241

CREDITOR ID: 252566-12
JACKSONVILLE ZOO
8605 ZOO PARKWAY
EXZOOBERATION SPONSORSHIP
JACKSONVILLE FL 32218

CREDITOR ID: 252567-12
JACKSONVILLE ZOOLOGICAL SOCIETY
DEVELOPMENT OFFICE
8605 ZOO PARKWAY
JACKSONVILLE, FL 32218

CREDITOR ID: 248935-12
JACKSONVILLES SHERIFFS OFFICE
ATTN ELTON G BRYANT
501 E BAY STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 252568-12
JACKY W MCCLUSKY
550 OLD COOSA VALLEY ROAD
JACKSONVILLE FL 32210

CREDITOR ID: 252569-12
JACLYNN DEAN
13173 SHEE LEE PLACE
GONZALES LA 70737

CREDITOR ID: 389995-54
JACO, LINDA
1221 RICHLAND AVENUE
JACKSON MS 39208

CREDITOR ID: 393511-55
JACO, LINDA
C/O: JOHN G JONES, ESQ
JOHN G. JONES
PO BOX 13960
JACKSON MS 39236-3960

CREDITOR ID: 252570-12
JACOB A BUCHER
6211 SHERMAN TERRACE
MASON OH 45040

CREDITOR ID: 252571-12
JACOB B BROWN
7712 WILLIAM PLACE
JONESBORO GA 30236

CREDITOR ID: 241894-12
JACOB, ALCUS J
3337 MAGELLAN STREET
NEW ORLEANS LA 70114

CREDITOR ID: 387408-54
JACOB, BETTY
6847 RHODE ISLAND DR. WEST
JACKSONVILLE, FL 32209

CREDITOR ID: 241407-12
JACOBI, AARIN N
505 WILLOW STREET
HERTFORD NC 27944

CREDITOR ID: 394113-56
JACOBO, LINDA
4350 TROUT RIVER BLVD.
JACKSONVILLE, FL 32208

CREDITOR ID: 400324-85
JACOBO, LINDA
C/O D. SCOTT CRAIG
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 267714-31
JACOBS ENGINEERING GROUP INC
ATTN: DON BOWKER
160 2ND ST NE # 160
CLEVELAND TN 37311-5309

CREDITOR ID: 387424-54
JACOBS, MARGARETE
3960 OAKS CLUB HOUSE DR
BLDG #78, APT #408
POMPANO BEACH, FL 33069

CREDITOR ID: 395572-15
JACOBS, MOLLY
C/O REID & ZOBEL, PA
ATTN: CRAIG R ZOBEL, ESQ
ESPERANTE BLDG, SUITE 310
222 LAKEVIEW AVENUE
WEST PALM BEACH FL 33401

CREDITOR ID: 395572-15
JACOBS, MOLLY
4481 WELLINGTON SHORE DRIVE
WELLINGTON, FL 33467

CREDITOR ID: 406810-MS
JACOBS, RAYMOND
1075 FOUR POINT RD.
DULAC LA 70353

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386566-54 | CREDITOR ID: 391585-55 | CREDITOR ID: 252572-12 |
| JACOBS, VIRGINIA | JACOBS, VIRGINIA | JACOBSON SINAI ACADEMY |
| 266 HENRY STREET | C/O SUSAN J MAGER, ESQ | 18801 NE 22ND AVENUE |
| MARIETTA GA 30060 | HAYS & ASSOCIATES | NORTH MIAMI BEACH FL 33180 |
| | PO BOX 451009 | |
| | ATLANTA GA 31145-1009 | |
| | | |
| CREDITOR ID: 386455-54 | CREDITOR ID: 252573-12 | CREDITOR ID: 252574-12 |
| JACOBSON, CRAIG | JACOBUS P VANDERMERWE | JACQUELINE B GORDON |
| 1500 PLANTATION OAKS DRIVE | 318 C STADIUM DRIVE | 804 W HOLLYWOOD STREET |
| TROPHY CLUB TX 76262 | TALLAHASSEE FL 32304 | TAMPA FL 33604 |
| | | |
| CREDITOR ID: 252575-12 | CREDITOR ID: 252576-12 | CREDITOR ID: 252577-12 |
| JACQUELINE BACON | JACQUELINE BESS | JACQUELINE BOLDEN |
| 8859 OLD KINGS ROAD S | C/O JOSHUA BESS | 2589 EASTERN AVENUE |
| # 618 | 6303 THUMPER STREET | CINCINNATI OH 45202 |
| JACKSONVILLE FL 32257 | JACKSONVILLE FL 32210 | |
| | | |
| CREDITOR ID: 252578-12 | CREDITOR ID: 381570-47 | CREDITOR ID: 252579-12 |
| JACQUELINE D GREENE | JACQUELINE S FLOWERS | JACQUELYN DUNCAN |
| 3616-1 COLLEGE PLACE | PO BOX 702 | 775 BOSTON COMMON DRIVE |
| JACKSONVILLE FL 32205 | SPARKS, GA 31647 | COLLEGE PARK, GA 30343 |
| | | |
| CREDITOR ID: 252580-12 | CREDITOR ID: 252581-12 | CREDITOR ID: 315676-36 |
| JACQUELYN L ALLEN | JACQUELYN W BRADLEY | JADE DRUG COMPANY |
| 12303 SOUTH US 441 | 113 PINE FOREST BOULEVARD | C/O WILLIAM F HARMEYER & ASSOCIATES |
| MICANOPY, FL 32667 | SUMMERVILLE SC 29483 | ATTN: WILLIAM F HARMEYER |
| | | 475 ARENA TOWER ONE |
| | | 7322 SOUTHWEST FREEWAY |
| | | HOUSTON TX 77074 |
| | | |
| CREDITOR ID: 404908-95 | CREDITOR ID: 384188-47 | CREDITOR ID: 406128-97 |
| JADE HEALTH & BEAUTY INC | JADE HEALTH & BEAUTY INC | JADE HEALTH & BEAUTY INC |
| PO BOX 4291 | PO BOX 201534 | ATTN: SUSAN DODSON, SEC/TREAS |
| HOUSTON TX 77210-4291 | DALLAS, TX 75320-1534 | 18923 FREEPORT DRIVE |
| | | MONTGOMERY TX 77356 |
| | | |
| CREDITOR ID: 252582-12 | CREDITOR ID: 252583-12 | CREDITOR ID: 252584-12 |
| JADE HEALTH & BEAUTY INC | JADECO | JAEMI L HYNES |
| PO BOX 2179 | PO BOX 948 | 1915 AVESTA DRIVE |
| SPRING, TX 77383 | MANGO, FL 33550-0948 | APT# 923 |
| | | ORLANDO FL 32826 |
| | | |
| CREDITOR ID: 392244-55 | CREDITOR ID: 387962-54 | CREDITOR ID: 267715-31 |
| JAEN, ANA ROSA | JAEN, ANA ROSA | JAF ENTERPRISES |
| C/O ROBBINS & REYNOLDS, PA | 781 SE 6TH PLACE | ATTN: DORIAN MACKSON |
| ATTN MARC J REYNOLDS, ESQ | HIALEAH, FL 33010 | 3406 GLENVIEW CIR SW |
| 9200 SOUTH DADELAND BLVD, SUITE 614 | | ATLANTA GA 30331-2410 |
| MIAMI FL 33156 | | |
| | | |
| CREDITOR ID: 252585-12 | CREDITOR ID: 252586-12 | CREDITOR ID: 375369-44 |
| JAGNET | JAHNA DAHN | JAIME COOK |
| ONE ALLTEL PLACE | 6179 E JACKSON STREET | 5650 MONROE SMITH ROAD |
| JACKSONVILLE, FL 32202 | BAY ST LOUIS, MS 39520 | JACKSONVILLE, FL 32222 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252587-12<br>JAIME WALLACE<br>4218 KEY BISCAYNE LANE<br># 128<br>WINTER PARK FL 32792 | CREDITOR ID: 252588-12<br>JAIME WINGATE<br>PO BOX 613<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 252589-12<br>JAIMIE COOK<br>5650 MONROE SMITH ROAD<br>JACKSONVILLE FL 32222 |
| CREDITOR ID: 252590-12<br>JAINAN J ALVARADO<br>1015 SIMONTON STREET<br># 44<br>KEY WEST FL 33040 | CREDITOR ID: 252591-12<br>JAIRO HERNANDEZ<br>6267 BENT PINE DRIVE # 1120B<br>ORLANDO, FL 32822 | CREDITOR ID: 252592-12<br>JAKE M FOSTER<br>2429 ALLEN STREET<br>OWENSBORO KY 42303 |
| CREDITOR ID: 252593-12<br>JAKES CRAB SHACK<br>ATTN ROXYANN L FOLSE, OWNER<br>346 TWIN OAKS DRIVE<br>RACELAND, LA 70394 | CREDITOR ID: 252594-12<br>JAKS HARDWARE<br>2401 W BEAVER ST<br>JACKSONVILLE FL 32209-7408 | CREDITOR ID: 252595-12<br>JALISSA V HOLLIS<br>10107 ARDEN AVENUE<br>TAMPA FL 33612 |
| CREDITOR ID: 252596-12<br>JAMAL A GORDEN<br>279 CHARLIE HARRIS LOOP<br>QUNICY FL 32352 | CREDITOR ID: 397763-99<br>JAMARCO REALTY LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN: SOLOMON J JASKIEL<br>275 MADISON AVE, 11TH FL<br>NEW YORK NY 10016 | CREDITOR ID: 397244-68<br>JAMARCO REALTY, LLC<br>ATTN: JOHN P. MANES<br>144 JUNE ROAD<br>NORTH SALEM, NY 10560 |
| CREDITOR ID: 252597-12<br>JAMERSON INVESTMENTS<br>2517-B EAST COLONIAL DR<br>ORLANDO, FL 32803-3359 | CREDITOR ID: 2327-07<br>JAMERSON INVESTMENTS<br>2517-B EAST COLONIAL DRIVE<br>ORLANDO, FL 32803-3359 | CREDITOR ID: 252598-12<br>JAMES A CAMPBELL<br>1601 SAILING CLUB ROAD<br>CAMDEN SC 29020 |
| CREDITOR ID: 252599-12<br>JAMES A CORTRIGHT<br>5137 SCENIC HWY<br>LOT 8<br>LAKE WALES FL 33898 | CREDITOR ID: 252600-12<br>JAMES A HOLDERFEILD<br>5503 SHANNON AVENUE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 252601-12<br>JAMES A LAMPKIN<br>1298 MONTERY ROAD<br>PEARL MS 39208 |
| CREDITOR ID: 375373-44<br>JAMES A MASSEY<br>1501 KITTY HAWK DRIVE<br>GULF BREEZE, FL 32561 | CREDITOR ID: 252602-12<br>JAMES A MCCAIN<br>8513 HEATHER RUN DRIVE N<br>JACKSONVILLE FL 32256 | CREDITOR ID: 252603-12<br>JAMES A MILLER<br>1201 SW BROOKER STREET<br>MADISON FL 32340 |
| CREDITOR ID: 252604-12<br>JAMES ALLEN FISHER<br>1510 EAST FORK DRIVE<br>SALISBURY, NC 28146 | CREDITOR ID: 316059-41<br>JAMES AND CAROLYN SELL<br>449 FAIRRIDGE ROAD<br>JOHNSON  CITY, TN 37604 | CREDITOR ID: 252606-12<br>JAMES AUSTIN COMPANY<br>PO BOX 827<br>MARS, PA 16046-0827 |
| CREDITOR ID: 252607-12<br>JAMES B BERTHELOT<br>1426 COTTONWOOD DRIVE<br>ID# 196966<br>DENHAM SPRINGS, LA 70726 | CREDITOR ID: 252608-12<br>JAMES B HUDSON<br>4140 LEGION ROAD<br>HOPE MILLS NC 28348 | CREDITOR ID: 252609-12<br>JAMES B SULLVAN<br>282 C F WARD ROAD<br>LUCEDALE MS 39452 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252610-12<br>JAMES BOND<br>7805 STREET BLVD EXT<br>MERIDIAN MS 39305 | CREDITOR ID: 252611-12<br>JAMES BROWN<br>3223 LEONIDAS<br>NEW ORLEANS LA 70118 | CREDITOR ID: 252612-12<br>JAMES BROWN TRUCKING<br>6908 CHAPMAN RD M<br>LITHONIA, GA 30058 |
| CREDITOR ID: 252613-12<br>JAMES BUCKHOLZ<br>2135 OLD RINGGOLD ROAD<br>CHATTANOOGA TN 37404-0213 | CREDITOR ID: 252614-12<br>JAMES C FLAUGH<br>1956 NEPTUNE DRIVE<br>AUGUSTA GA 30906 | CREDITOR ID: 252615-12<br>JAMES C HENSON<br>7314 HIGH BLUFF ROAD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 252616-12<br>JAMES C NICHOLS<br>3143 PEPPERTREE DRIVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 252617-12<br>JAMES C RUCKREIGLE<br>2715 RIVERA DRIVE<br>TITUSVILLE FL 32780 | CREDITOR ID: 375377-44<br>JAMES C* RUCKREIGLE<br>2715 RIVERA DRIVE<br>TITUSVILLE, FL 32780 |
| CREDITOR ID: 252618-12<br>JAMES CARL WATSON<br>4404 JOHNSON POND ROAD<br>APEX NC 27539 | CREDITOR ID: 252621-12<br>JAMES CLARKE<br>4413 PINE VILLA CIRCLE<br>PACE, FL 32571 | CREDITOR ID: 252622-12<br>JAMES CRYSTAL RADIO GROUP<br>6600 N ANDREWS AVENUE<br>SUITE 160<br>FT LAUDERDALE FL 33309 |
| CREDITOR ID: 252623-12<br>JAMES D BUSH<br>95 BROOKCLIFF COURT<br>TEMPLE GA 30179 | CREDITOR ID: 252624-12<br>JAMES D MCCRAW<br>3819 MICHAELANN AVENUE<br>GADSDEN, AL 35904 | CREDITOR ID: 252625-12<br>JAMES D UNDERWOOD<br>785 HOOK STREET<br>CLERMONT FL 34711 |
| CREDITOR ID: 252626-12<br>JAMES DAYTON<br>3160 BOULDER AVENUE<br>PENSACOLA FL 32526 | CREDITOR ID: 252627-12<br>JAMES E CRAIG JR M A I<br>2060 SPILLWAY ROAD<br>BRANDON MS 39047 | CREDITOR ID: 252628-12<br>JAMES E FOY<br>329 GARDINER DRIVE<br>AUBURN, AL 36830 |
| CREDITOR ID: 252629-12<br>JAMES E MAYS<br>3626 GAYLORD PLACE<br>MONTGOMERY AL 36105 | CREDITOR ID: 252630-12<br>JAMES E MCNIEL<br>8509 CLAMSHELL AVENUE<br>OCEANSPRING MS 39564 | CREDITOR ID: 252631-12<br>JAMES E NOBLE<br>1328 NW 17TH STREET<br>CAPE CORAL FL 33993 |
| CREDITOR ID: 252632-12<br>JAMES E SUNDBERG<br>151 N NOBHILL ROAD<br># 165<br>PLANTATION FL 33324 | CREDITOR ID: 252633-12<br>JAMES E VONSICK<br>PO BOX 3145<br>LOUISVILLE KY 40201-3145 | CREDITOR ID: 252634-12<br>JAMES EADY<br>1427 COUNTY ROAD 51<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 252635-12<br>JAMES FULLWOOD<br>626 ST CLAIR STREET<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 252636-12<br>JAMES G KING<br>406 CEMETARY ROAD<br>PIEDMONT SC 29673 | CREDITOR ID: 252637-12<br>JAMES G ODOM<br>2365 W NAUTILUS DRIVE<br>CITRUS SPRINGS FL 34434 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:**    WINN-DIXIE STORES, INC., ET AL.                                                                                    **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 252638-12<br>JAMES G TENNEY<br>493 WURST ROAD<br>OCOEE FL 34761 | CREDITOR ID: 252639-12<br>JAMES GILES<br>102 RIVERVIEW RD<br>APT 4<br>GREENWOOD MS 38930-4173 | CREDITOR ID: 252640-12<br>JAMES GRIFFIN JR<br>RT 1 BOX 307-C<br>DALEVILLE MS 39326 |
| CREDITOR ID: 252641-12<br>JAMES GUARINO<br>1705 N ALEXANDER ROAD<br>TAMPA FL 33603 | CREDITOR ID: 252643-12<br>JAMES H CORBAN<br>1395 PINE TREE LANE<br>TERRY MS 39170 | CREDITOR ID: 267716-31<br>JAMES H DIEHL WATER FILTRATION<br>ATTN: JAMES H DIEHL<br>5100 PASSAGE RD<br>STEPHENS CITY VA 22655-5254 |
| CREDITOR ID: 252645-12<br>JAMES H WRIGHT<br>203 E PINE STREET<br>LAFAYETTE LA 70501 | CREDITOR ID: 252646-12<br>JAMES HARRIS<br>1660 OLD CARTERSVILLE RD<br>EMP ID# 39<br>DALLAS GA 30132 | CREDITOR ID: 252647-12<br>JAMES HAWKINS<br>355 OAK STREET WEST<br>ALEXANDER CITY, AL 35010 |
| CREDITOR ID: 252649-12<br>JAMES HERRING<br>800 PATETOWN ROAD<br>GOLDSBORO NC 27530 | CREDITOR ID: 252650-12<br>JAMES HILL<br>JACKSONVILLES SHERRIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 252651-12<br>JAMES HOLDEN<br>333 NORTH MAIN STREET<br>CHINA GROVE NC 28023 |
| CREDITOR ID: 252652-12<br>JAMES HOLLAND<br>619 W KILBORNE<br>GASTONIA, NC 28052 | CREDITOR ID: 252653-12<br>JAMES HUNTER<br>2517 NW COUNTY ROAD 150<br>QUINCY FL 32351 | CREDITOR ID: 252654-12<br>JAMES HURN<br>2015 MOSBY ROAD<br>APT E-1<br>MERIDIAN MS 39307 |
| CREDITOR ID: 252655-12<br>JAMES J JARRELL<br>1033 MELSON AVENUE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 403324-83<br>JAMES J. GUERRA, MD, FACS<br>1706 MEDICAL BLVD. STE. 201<br>NAPLES FL 34110 | CREDITOR ID: 252656-12<br>JAMES JACKSON & PHYLLIS JACKSON<br>7852 PHEBUS DRIVE<br>BATON ROUGE LA 70812 |
| CREDITOR ID: 252657-12<br>JAMES JACKSON JR<br>6825 BLUFF ROAD<br>HOPKINS SC 29061 | CREDITOR ID: 252658-12<br>JAMES JOHNSON<br>6850 N US HWY 1 #5206<br>COCOA FL 32927 | CREDITOR ID: 252659-12<br>JAMES JORDAN<br>PO BOX 1688<br>CHIEFLAND FL 32644 |
| CREDITOR ID: 406811-MS<br>JAMES JR, FRANK L<br>5927 MYRTLE HILL DRIVE W<br>LAKELAND FL 33811 | CREDITOR ID: 252660-12<br>JAMES K HAWKINS<br>1553 CHATTANOOGA VALLY ROAD<br>FLINTSTONE GA 30725 | CREDITOR ID: 252661-12<br>JAMES KENNEDY<br>14 ST TROPEZ DRIVE<br>NAPLES FL 34112 |
| CREDITOR ID: 252662-12<br>JAMES KIRK<br>1252 NORTHSHORE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 252663-12<br>JAMES L HENLEY<br>STANDING CHAPTER 13 TRUSTEE<br>PO BOX 788<br>MEMPHIS TN 38101-0788 | CREDITOR ID: 252664-12<br>JAMES L MCKNIGHT<br>167 EAST SIDE<br>ACKERMAN MS 39735 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252665-12<br>JAMES L MILLER JR<br>2612 BELLWOOD DRIVE<br>BRANDON FL 33511 | CREDITOR ID: 252666-12<br>JAMES L VILLA INC<br>PO BOX 1945<br>OLDSMAR, FL 34677-0035 | CREDITOR ID: 252667-12<br>JAMES LESLEY<br>118 OAK GROVE PARK ROAD<br>DALLAS NC 28034 |
| CREDITOR ID: 252668-12<br>JAMES LEWIS SCHOOL<br>4972 BRITTANY CT<br>NEW ORLEANS LA 70115 | CREDITOR ID: 252669-12<br>JAMES LOREN & ASSOCIATES P A<br>320 S STATE ROAD 7<br>SUITE 300<br>PLANTATION FL 33317 | CREDITOR ID: 252670-12<br>JAMES LOVE<br>399 WEST 6TH AVENUE<br>FROSTPROOF FL 33843 |
| CREDITOR ID: 252671-12<br>JAMES LOVETT<br>561 MYRICK STRENGTH FORD ROAD<br>LAUREL MS 39443 | CREDITOR ID: 252672-12<br>JAMES M ANDREWS<br>215 NORTH WOODLAWN AVENUE<br>LAKE CITY IA 51449 | CREDITOR ID: 252674-12<br>JAMES M PLEASANTS CO<br>PO BOX 16706<br>GREENSBORO, NC 27416-6706 |
| CREDITOR ID: 241072-11<br>JAMES M. GILLIE<br>COMMISSIONER OF REVENUE<br>ACCOUNT NO.: NONE<br>PO BOX 480<br>DANVILLE, VA 24543 | CREDITOR ID: 252676-12<br>JAMES MCCOLLUM&STEPHANIE WHITTERAKR<br>9 JASON COURT<br>STAFFORD VA 22554 | CREDITOR ID: 252677-12<br>JAMES MCDONALD<br>6 VERONESE DRIVE<br>GREENVILLE SC 29609 |
| CREDITOR ID: 252678-12<br>JAMES MORRISON<br>121 ACRES COURT<br>PICKENS SC 29671 | CREDITOR ID: 252679-12<br>JAMES MWAHUKI<br>2700 MEADOW RIDGE<br>MARIETTA GA 30066 | CREDITOR ID: 252680-12<br>JAMES N BERGERON<br>429 GIACOMO STREET<br>NORCO LA 70079 |
| CREDITOR ID: 252681-12<br>JAMES O BROWNE<br>5652 MIRADA DRIVE<br>HOLIDAY FL 34690 | CREDITOR ID: 252682-12<br>JAMES ODELL SALES<br>306 BELTON AVE<br>MOUNT HOLLY, NC 28120-1402 | CREDITOR ID: 252683-12<br>JAMES ODUM<br>737 HAZEL PLACE<br>TERRYTOWN LA 70056 |
| CREDITOR ID: 252684-12<br>JAMES P DUNCAN<br>63 WELCOME WOOD DRIVE<br>NEWNAN, GA 30263 | CREDITOR ID: 252685-12<br>JAMES P KENNEDY<br>310 SPRING RIDGE DRIVE<br>DALLAS GA 30157 | CREDITOR ID: 252686-12<br>JAMES PARNELL<br>9124 ARBOR GLEN LANE<br>CHARLOTTE NC 28210 |
| CREDITOR ID: 252687-12<br>JAMES PARRISH FLOWER LAND INC<br>PO BOX 4529<br>ROCK HILL SC 29732-4529 | CREDITOR ID: 252688-12<br>JAMES PATTERSON<br>824 SHAWN COURT<br>HIGHLAND SPRINGS, VA 23075 | CREDITOR ID: 252689-12<br>JAMES R CHERRY<br>154 ADRIAN ROAD<br>SALISBURY NC 28146-7170 |
| CREDITOR ID: 252690-12<br>JAMES R HILTON<br>PO BOX 101<br>FUNSTON, GA 31753 | CREDITOR ID: 252691-12<br>JAMES R HUXEN<br>6880 JEFFERSON HWY<br>HARAHAN LA 70123 | CREDITOR ID: 252692-12<br>JAMES R NIX<br>235 TWIN PEAKS DRIVE<br>MINERAL BLUFF GA 30559 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252693-12<br>JAMES R SMITH<br>117 ANDYS DRIVE<br>HAZELGREEN AL 35750 | CREDITOR ID: 252694-12<br>JAMES R THORNTON<br>118 E URQUHART<br>CHALMETTE LA 70043 | CREDITOR ID: 252695-12<br>JAMES R TURBEVILLE JR<br>36 PEACHTREE CIRCLE<br>COLUMBIA SC 29206 |
| CREDITOR ID: 252696-12<br>JAMES RANEY<br>165 SHIRLEEN DR<br>PONCHATOULA LA 70454 | CREDITOR ID: 252697-12<br>JAMES ROACH<br>70 RYECLIFF DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 399680-YY<br>JAMES S FORRESTER MD PA<br>PO BOX 459<br>STANLEY NC 28164 |
| CREDITOR ID: 316060-41<br>JAMES S HENDERSON<br>P O BOX 9909<br>ATTN: HENDERSON INVESTMENT<br>GREENWOOD MS 38930-1757 | CREDITOR ID: 252700-12<br>JAMES SANDERS<br>320 QUEEN JULIANNA LANE<br>STORE# 1248<br>JACKSON MS 39209 | CREDITOR ID: 252701-12<br>JAMES SAULS<br>35 E TIMBERLINE DRIVE<br>BLUE GRASS, IA 52726 |
| CREDITOR ID: 252702-12<br>JAMES SCHULZE<br>4192 DOWINGS CREEK ROAD<br>HAYESVILLE NC 28904 | CREDITOR ID: 252703-12<br>JAMES SHIELDS<br>605 S COLLEGE STREET<br>DALLAS NC 28034 | CREDITOR ID: 252704-12<br>JAMES SMALLS<br>5031 N WOODBRIDGE TRAIL<br>STONE MOUNTAIN, GA 30088 |
| CREDITOR ID: 252705-12<br>JAMES SPERRY<br>2037 PLUMB LANE<br>BATAVIA OH 45103-8715 | CREDITOR ID: 252706-12<br>JAMES STAPLETON<br>PO BOX 721<br>BROOKSVILLE MS 39739 | CREDITOR ID: 252707-12<br>JAMES STEPHENS MONTESSORI SCHOOL<br>1500 DR MARTIN LUTHER KING<br>VILLE PLATTE, LA 70586 |
| CREDITOR ID: 252708-12<br>JAMES STOKER<br>RT 1 BOX 136<br>STEWART, MS 39767 | CREDITOR ID: 375399-44<br>JAMES TENNEY<br>493 WURST ROAD<br>OCOEE, FL 34761 | CREDITOR ID: 252709-12<br>JAMES TIRE SERVICE<br>2806 W CHURCH<br>HAMMOND LA 70401 |
| CREDITOR ID: 252711-12<br>JAMES V WARD<br>1795 HWY 140 E<br>UTICA KY 42376 | CREDITOR ID: 252712-12<br>JAMES W CLARK JR<br>4413 PINE VILLA CIRCLE<br>PACE FL 32571 | CREDITOR ID: 252713-12<br>JAMES WARD<br>85 FAIRWINDS DRIVE<br>COVINGTON, GA 30016 |
| CREDITOR ID: 252714-12<br>JAMES WEBB<br>PISTOL CLUB ROAD<br>EASLEY, SC 29640 | CREDITOR ID: 385575-54<br>JAMES, ALICE<br>2206 WHEELER ST #2<br>HOUSTON TX 77004-5232 | CREDITOR ID: 390870-55<br>JAMES, ALICE<br>C/O: KENY M. CHARBONNET, ESQUIRE<br>CHARBONNET LAW FIRM, LLC.<br>3750 SOUTH CLAIBORNE AVE<br>NEW ORLEANS LA 70125-4695 |
| CREDITOR ID: 373617-44<br>JAMES, AMANDA<br>2628 OUSLEYDALE ROAD<br>HARTSVILLE, SC 29550 | CREDITOR ID: 242585-12<br>JAMES, ARTHUR L<br>4268 FRANCIS ROAD<br>JACKSONVILLE FL 32209 | CREDITOR ID: 243700-12<br>JAMES, BOBBIE J<br>2704 VALLEY ROAD, LOT 26<br>MERIDIAN MS 39307 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243702-12<br>JAMES, BOBBY G<br>560 COAN ROAD<br>LOCUST GROVE, GA 30248 | CREDITOR ID: 386918-54<br>JAMES, BRIAN<br>1436 MURRAY RD.<br>JACKSONVILLE FL 32205 | CREDITOR ID: 394150-56<br>JAMES, CATHERINE<br>8290 NW 155THE STREET<br>TRENTON FL 32693 |
| CREDITOR ID: 385828-54<br>JAMES, DESIREE<br>400 EAST BOYER STREET, APT C<br>TARPON SPRINGS, FL 34689 | CREDITOR ID: 391086-55<br>JAMES, DESIREE<br>C/O STEVEN STAVRAKIS, ESQ<br>29 N PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 390388-54<br>JAMES, GEORGE A<br>612 LAMAR AVE. F<br>HATTIESBURG, MS 39402 |
| CREDITOR ID: 391204-55<br>JAMES, GEORGE A<br>C/O JAY L. JERNIGAN<br>JAY L. JERNIGAN, PA<br>PO BOX 427<br>HATTIESBURG MS 39403 | CREDITOR ID: 400768-91<br>JAMES, JOHN J<br>2225 SOUTHBROOK DR.<br>ORANGE PARK FL 32003 | CREDITOR ID: 389427-54<br>JAMES, JOHNNY<br>2965 COUNTY ROAD 55<br>NOTASULGA AL 36866 |
| CREDITOR ID: 397893-76<br>JAMES, JOSEPH<br>274 DONDANVILLE ROAD<br>ST.  AUGUSTINE, FL 32080 | CREDITOR ID: 389431-54<br>JAMES, LAWRENCE<br>11804 BISCAYNE BLVD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 393180-55<br>JAMES, LAWRENCE<br>C/O JONATHAN ISRAEL, ESQUIRE<br>HARRELL & JOHNSON<br>1809 ART MUSEUM DR.<br>#203<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 385990-54<br>JAMES, MIA<br>814 SOUTH SAINT CLARE DR<br>FLORENCE, SC 29501 | CREDITOR ID: 391213-55<br>JAMES, MIA<br>C/O: ROBERT V. YOUNG<br>YOUNG & ASSOCIATES, PC<br>1518 S. MEADORS FARM RD.<br>FLORENCE SC 29505 | CREDITOR ID: 387448-54<br>JAMES, MICHAEL<br>5502 MYRTLE DRIVE<br>FORT PIERCE FL 34982 |
| CREDITOR ID: 389296-54<br>JAMES, MIRIAM<br>PO BOX 291<br>BELLE GLADE FL 33430 | CREDITOR ID: 393122-55<br>JAMES, MIRIAM<br>C/O: JOHN ABRAMSON<br>ABRAMSON & MAGIDSON, P.A.<br>930 N. KROME AVE.<br>SUITE 2A<br>HOMESTEAD FL 33030 | CREDITOR ID: 386139-54<br>JAMES, MONIQUE M<br>608 MANCHESTER LANE<br>LA PLACE, LA 70068 |
| CREDITOR ID: 387284-54<br>JAMES, OLIVIA<br>1536 45TH STREET<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 389720-54<br>JAMES, PATRICIA A<br>304 E. PLILER PERCISE ROAD<br>LONGVIEW TX 75605 | CREDITOR ID: 259777-12<br>JAMES, ROBERT<br>87 MARGENGO ROAD<br>LACROSS, VA 23950 |
| CREDITOR ID: 388206-54<br>JAMES, RONALD<br>1468 SOUTH LEE STREET<br>MADISON FL 32340 | CREDITOR ID: 389601-54<br>JAMES, ROSEMARY<br>2187 SHARP CT APT 101<br>FERN PARK, FL 32730 | CREDITOR ID: 393266-55<br>JAMES, ROSEMARY<br>C/O: NICOLE BENJAMIN<br>BENJAMIN, CERTAIN & LOMAX, P.A.<br>1510 E. COLONIAL DRIVE STE 203<br>ORLANDO FL 32803 |
| CREDITOR ID: 388730-54<br>JAMES, TIMOTHY<br>4747 FRENCH STREET<br>JACKSONVILLE FL 32205 | CREDITOR ID: 386103-54<br>JAMES-SMITH, JULANDAS<br>10820 NAPLES CT. S<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 391291-55<br>JAMES-SMITH, JULANDAS<br>C/O: ANA R. LEIMBACH<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 252715-12<br>JAMIE BOYD<br>7925 MERRILL ROAD, APT 409<br>JACKSONVILLE, FL 32277 | CREDITOR ID: 252716-12<br>JAMIE L ARTETE<br>1950 71ST STREET<br>APT# 26<br>MIAMI BEACH FL 33141 | CREDITOR ID: 252717-12<br>JAMIE L BURLESON<br>1100 STONEGATE DRIVE<br>LOT 125<br>AUBURN AL 36832 |
| CREDITOR ID: 252718-12<br>JAMIE L HELMS<br>1801 QUEEN AVENUE<br>SEBRING FL 33875-0607 | CREDITOR ID: 252719-12<br>JAMIE L PETRY<br>6981 PLAYPARK TRAIL<br>JACKSONVILLE FL 32244 | CREDITOR ID: 252720-12<br>JAMIE L SMITH<br>PO BOX 1065<br>HIGH SPRINGS FL 32655 |
| CREDITOR ID: 252721-12<br>JAMIE P HARRIGAN<br>6100 MCINTOSH ROAD<br>SARASOTA FL 34238 | CREDITOR ID: 252722-12<br>JAMIE S LEMOINE<br>6343 GURLEY STREET<br>INVERNESS FL 34450 | CREDITOR ID: 406812-MS<br>JAMIESON, GEORGE T.<br>2568 LORDS LANE<br>SARASOTA FL 34231 |
| CREDITOR ID: 252723-12<br>JAMILA BROWN<br>8724 LAUDERDALE TOOMSUBA ROAD<br>LAOUDERDALE, MS 39335 | CREDITOR ID: 252724-12<br>JAMISON DOOR CO<br>PO BOX 1274<br>HAGERSTOWN, MD 21741-1274 | CREDITOR ID: 386950-54<br>JAMISON, RICK<br>490 POMONA RD<br>APOPKA FL 32712 |
| CREDITOR ID: 386826-54<br>JAMISON, TERRY<br>2759 A  EAST MCHENRY ROAD<br>SAUCIER MS 39574 | CREDITOR ID: 252725-12<br>JAMM DISTRIBUTING INC<br>4847 TIMBER RIDGE DRIVE<br>PACE, FL 32571 | CREDITOR ID: 267717-31<br>JANDA HOLDINGS INC<br>ATTN: JON SALYARDS<br>2385 HOPEWELL RD<br>ALPHARETTA GA 30004 |
| CREDITOR ID: 243740-12<br>JANDREAU, BONNIE<br>3125 TILDEN ROAD S E<br>PALM BAY FL 32909 | CREDITOR ID: 252727-12<br>JANE DAWSON<br>4131 QUINCY STREET<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 252728-12<br>JANE WHITE<br>92 CENTERLINE ROAD<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 252729-12<br>JANEEN BETAU<br>1964 ACORN RUN WEST<br>ORANGE PARK FL 32073 | CREDITOR ID: 252731-12<br>JANET ANDERSON<br>1715 RAVENWOOD CIRCLE<br>KISSIMMEE FL 34741 | CREDITOR ID: 252732-12<br>JANET B WRIGHT<br>939 LAKESIDE DRIVE<br>VALDOSTA GA 31602 |
| CREDITOR ID: 252733-12<br>JANET BLACKBURN<br>136 CEMETARY DRIVE<br>JONESVILLE, NC 28642 | CREDITOR ID: 252734-12<br>JANET D RADER<br>2346 SW 17TH AVENUE APT A<br>FORT LAUDERDALE FL 33315 | CREDITOR ID: 252735-12<br>JANET L CHENOWETH<br>450 LEE ROAD 621<br>OPELIKA AL 36804 |
| CREDITOR ID: 252736-12<br>JANET L DUBOSE<br>2020 CHAVERS ROAD<br>CANTONMENT FL 32533 | CREDITOR ID: 252737-12<br>JANET L MCCARTY<br>600 C 36TH AVENUE N<br>MYRTLE BEACH SC 29477 | CREDITOR ID: 252738-12<br>JANET MUNOZ<br>2841 ARRENDONDA DRIVE<br>DELTONA, FL 32738 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252739-12<br>JANET PIMENTEL<br>1801 SW 136 WAY<br>MIRAMAR FL 33027 | CREDITOR ID: 252740-12<br>JANET SCOTT<br>PO BOX 2009<br>JACKSON, MS 39215 | CREDITOR ID: 252741-12<br>JANET SINGLETARY<br>RAL DIV - STORE #883<br>RALEIGH NC 27601 |
| CREDITOR ID: 252742-12<br>JANET SMITH<br>2969 SUMMERFIELD DRIVE<br>LEXINGTON KY 40511 | CREDITOR ID: 252743-12<br>JANET VALDES<br>1640 WALDEN LANE<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 252744-12<br>JANET Y MCKINNEY<br>1717 DURHAM STREET<br>LOT 98<br>BURLINGTON NC 27217 |
| CREDITOR ID: 252476-12<br>JA'NET YVETTE ROBINSON<br>PO BOX 475<br>HAMMOND, LA 70404 | CREDITOR ID: 252745-12<br>JANI KING MIAMI INC<br>4000 HOLLYWOOD BLVD 695-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 252746-12<br>JANI KING OF NEW ORLEANS<br>122 WEST PINE STREET<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 252747-12<br>JANI KING OF TAMPA BAY<br>ATTN DAWN EGLINTON, COLL MGR<br>2469 SUNSET POINT RD, SUITE 250<br>CLEARWATER, FL 33765 | CREDITOR ID: 240503-06<br>JANICE A WARREN CFC<br>CITRUS CITY TAX COLLECTOR<br>210 N APOPKA AVENUE<br>SUITE 100<br>INVERNESS FL 34450 | CREDITOR ID: 252749-12<br>JANICE CALDWELL<br>PO BOX 524<br>HAZELWOOD NC 28738 |
| CREDITOR ID: 252750-12<br>JANICE D HALL<br>32 HILLCREST DRIVE<br>AUSTELL GA 30168 | CREDITOR ID: 252751-12<br>JANICE F ROGERS<br>311 GIBSON STREET<br>MARION SC 29571 | CREDITOR ID: 252752-12<br>JANICE HOGAN<br>94 BILL HART ROAD<br>NEWNAN GA 30265 |
| CREDITOR ID: 252753-12<br>JANICE HOLLY<br>1603 TIMBERLANDE CIRCLE<br>GREENACRES FL 33463 | CREDITOR ID: 252755-12<br>JANICE JASMIN<br>1001 AMES BLVD<br>MARRERO LA 70072 | CREDITOR ID: 252756-12<br>JANICE JOHNSON<br>434 SHERWOOD GREENS<br>STONE MOUNTAIN GA 30087 |
| CREDITOR ID: 252757-12<br>JANICE KERR<br>2759 LAVENDAR<br>NEW ORLEANS LA 70117 | CREDITOR ID: 381609-47<br>JANICE PATRICK<br>8001 RIDGEWOOD AVENUE<br>CAPE CANAVERAL, FL 32920 | CREDITOR ID: 252758-12<br>JANICE WIMPEY<br>499 CHARLESTON LANE<br>LAWRENCEVILLE GA 30045 |
| CREDITOR ID: 252759-12<br>JANIS B STREETT<br>175 EVENTIDE DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 252760-12<br>JANIS HAWKINS<br>524 OAK STREET<br>MARRERO, LA 70072 | CREDITOR ID: 252761-12<br>JANIS JACOBS<br>320 FOX RUN DRIVE<br>MERIDIAN MS 39305 |
| CREDITOR ID: 385316-54<br>JANITELLI, LOUIS<br>2130 NW 91ST WAY<br>SUNRISE, FL 33322 | CREDITOR ID: 390624-55<br>JANITELLI, LOUIS<br>C/O STEVEN C. SIMON<br>ROSENTHAL & WEISSMAN, P.A.<br>1645 PALM BEACH LAKES BLVD.,<br>SUITE 350<br>WEST PALM BEACH FL 33401-2289 | CREDITOR ID: 406151-97<br>JANITEX RUG SRV CORP DBA MATWORKS<br>ATTN: BRIAN HOGAN<br>11900 OLD BALTIMORE PIKE<br>BELTSVILLE MD 20705 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399527-82<br>JANNEY, EVERETT<br>81 LANCER TRAIL<br>RIDGEWAY VA 24148 | CREDITOR ID: 253156-12<br>JANNEY, JODY<br>180 HARRY RD<br>ID# 82149<br>STONEVILLE NC 27048 | CREDITOR ID: 406813-MS<br>JANNEY, MARVIN<br>180 HARRY ROAD<br>STONEVILLE NC 27048 |
| CREDITOR ID: 252762-12<br>JANPAK OF JACKSONVILLE<br>7780-4 WESTSIDE INDUSTRIAL<br>JACKSONVILLE FL 32219 | CREDITOR ID: 252763-12<br>JANTZEN LOCK & SAFE CO<br>276 MEETING ST<br>CHARLESTON SC 29401-1531 | CREDITOR ID: 267718-31<br>JANUARY ENVIRONMENTAL SERVICES<br>ATTN: CHRIS JANUARY<br>91 VAN BUREN ST<br>NASHVILLE TN 37208-1717 |
| CREDITOR ID: 387069-54<br>JANVIER, FABIENNE<br>535 NE 157TH TERRACE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 386874-54<br>JANVIER, SOKOLSKY<br>3500 CONNOR AVENUE<br>PINE HILLS FL 32808 | CREDITOR ID: 252764-12<br>JANYCE ARP<br>630 W GARDEN FARM ROAD<br>ROSSWELLE GA 30741 |
| CREDITOR ID: 252765-12<br>JAPLAR SCHAUER<br>4500 APLINE AVENUE<br>CINCINNATI OH 45242-7497 | CREDITOR ID: 388472-54<br>JARAMILLO, ANA<br>C/O ANA M. VELIZ<br>PENTHOUSE 1120 999 PONCE DE LE<br>CORAL GABLES, FL 33134 | CREDITOR ID: 392561-55<br>JARAMILLO, ANA<br>C/O ANA M VELIZ PA LAW OFFICES<br>ATTN ANA M VELIZ, ESQ<br>PENTHOUSE 1120<br>999 PONCE DE LEON BLVD<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 392561-55<br>JARAMILLO, ANA<br>9037 W SUNRISE BLVD<br>PLANTATION FL 33322 | CREDITOR ID: 407554-15<br>JARAMILLO, EMILSE<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS ESQ<br>4700 MILLENIA BLVD SUITE 150<br>ORLANDO FL 32839 | CREDITOR ID: 252754-12<br>JARBOE, JANICE<br>6229 MARIE<br>CINCINNATI, OH 45224 |
| CREDITOR ID: 387696-54<br>JARCZEWSKI, WOJTEK<br>9 TAHITI ROAD<br>MARCO ISLAND FL 34145 | CREDITOR ID: 389785-54<br>JARCZYNSKI, DANIEL<br>740 NORTH WOODLAND BLVD<br>DELAND FL 32720 | CREDITOR ID: 381356-47<br>JARDEN HOME BRANDS<br>2205 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0022 |
| CREDITOR ID: 252766-12<br>JARED M WALTON<br>2630 BOBCAT TR<br>TITUSVILLE FL 32780 | CREDITOR ID: 252767-12<br>JARED STRINGER<br>65 MASONITE LAKE ROAD<br>LAUREL MS 39443 | CREDITOR ID: 252768-12<br>JARET INTERNATIONAL<br>PO BOX 752077<br>CHARLOTTE NC 28275-2077 |
| CREDITOR ID: 252769-12<br>JAROSLAV KARMAZIN JANITORIAL SVCS<br>230 WILSHIRE DRIVE<br>CASSELBERRY FL 32707 | CREDITOR ID: 252770-12<br>JARRAD C ASHE<br>313 KUX AVENUE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 252771-12<br>JARRARD KEIL<br>777 W LANCASTER ROAD, APT A26<br>ORLANDO FL 32809 |
| CREDITOR ID: 388948-54<br>JARREAU, ASHLEY<br>7805 BENNETT DRIVE<br>VENTRESS, LA 70783 | CREDITOR ID: 392852-55<br>JARREAU, ASHLEY<br>C/O: LONNY GUIDROZ<br>WARD, CARRIERE & GUIDROZ, L.L.C.<br>2312 FALSE RIVER DR #C<br>NEW ROADS LA 70760-2508 | CREDITOR ID: 386522-54<br>JARREAU, CHAD<br>3278 REDBUD STREET<br>ZACHARY LA 70714 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391557-55<br>JARREAU, CHAD<br>C/O JEWELLE WELCH<br>JEWELL (TREY) WELCH<br>9214 INTERLINE AVE<br>BATON ROUGE LA 70809 | CREDITOR ID: 248958-12<br>JARREAU, EMMA<br>405 WEST END<br>NEW ROADS, LA 70760 | CREDITOR ID: 385809-54<br>JARRELL, SHARON<br>5490 NE 116TH AVENUE<br>BRONSON, FL 32621 |
| CREDITOR ID: 391070-55<br>JARRELL, SHARON<br>C/O: ROBERT D SURRENCY<br>ROBERT D SURRENCY, ATTY AT LAW<br>200 NE 1ST STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 252772-12<br>JARRETT WELDING CO<br>954 GOODYEAR BLVD<br>DANVILLE VA 24541-2144 | CREDITOR ID: 404904-95<br>JA-RU INC<br>PO BOX 1510<br>JACKSONVILLE FL 32656 |
| CREDITOR ID: 252477-12<br>JA-RU INC<br>PO BOX 5970<br>JACKSONVILLE, FL 32247-5970 | CREDITOR ID: 279142-33<br>JA-RU, INC<br>C/O HELD & ISRAEL<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 33207-9073 | CREDITOR ID: 279142-33<br>JA-RU, INC<br>ATTN KENNETH T KOCHAN, CFO<br>4030 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 404915-95<br>JASCO PRODUCTS COMPANY<br>ATTN CREDIT DEPT<br>311 NW 122ND STREET<br>OKLAHOMA CITY OK 73114 | CREDITOR ID: 252773-12<br>JASCO PRODUCTS COMPANY<br>PO BOX 26525<br>OKLAHOMA CITY, OK 73126 | CREDITOR ID: 244782-12<br>JASKIEWICA-FINK, CATHY<br>16103 FARMALL DRIVE<br>HUNTERSVILLE, NC 28078 |
| CREDITOR ID: 385646-54<br>JASMIN, JOANN<br>PO BOX 653<br>VACHERIE, LA 70090 | CREDITOR ID: 390934-55<br>JASMIN, JOANN<br>C/O: ERICKA SCHEXNAYDER BRIGNAC,<br>ERICKA SCHEXNAYDER BRIGNAC, L.L.C.<br>PO BOX 323<br>ST. JAMES LA 70086 | CREDITOR ID: 252774-12<br>JASON  PRIDHAN<br>3725 E RYAN STREET<br>INVERNESS FL 34453 |
| CREDITOR ID: 252775-12<br>JASON A DAWSON<br>1044 25TH STREET SW<br>NAPLES FL 34117-0434 | CREDITOR ID: 252776-12<br>JASON ADAMS<br>912 KENNEDY COURT<br>PARIS, KY 40361 | CREDITOR ID: 252777-12<br>JASON ARIGONI<br>13676 CORONADO DRIVE<br>SPRING HILL, FL 34609 |
| CREDITOR ID: 382578-51<br>JASON BRANNON LAWN CARE<br>1102 N. KNIGHT STREET<br>PLANT CITY, FL 33566 | CREDITOR ID: 252779-12<br>JASON BUNK<br>134 N W CURRY STREET<br>PORT SAINT LUCIE FL 34983 | CREDITOR ID: 252780-12<br>JASON CHAPPELL<br>53 BRECKENRIDGE DRIVE<br>POWDER SPRINGS GA 30127-6708 |
| CREDITOR ID: 252781-12<br>JASON CLARK<br>3126 AMANDA CIRCLE<br>PANAMA CITY FL 32404 | CREDITOR ID: 252782-12<br>JASON D FIELDS<br>882 BARNETT HWY<br>BREWTON AL 36426 | CREDITOR ID: 252783-12<br>JASON D HARDIN<br>245 TREVA COURT, APT 39<br>MT WASHINGTON KY 40047 |
| CREDITOR ID: 252784-12<br>JASON E THOMAS<br>183 TEAKWOOD CIRCLE<br>MIDDLEBURG FL 32068-0784 | CREDITOR ID: 252785-12<br>JASON G MONTALBANO<br>3609 PLAZA DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 252786-12<br>JASON HACKLE<br>899 NE IVY DRIVE<br>LEE FL 32059 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399681-YY<br>JASON HELGESTAD<br>2542 SOUTH LANE TR<br>LINCOLNTON NC 28092 | CREDITOR ID: 252788-12<br>JASON JACOBS<br>132 DOCKSIDE TERRACE<br>DENTON NC 27239 | CREDITOR ID: 252789-12<br>JASON L COLE<br>2505 WILLOW BROOK CIRCLE<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 252790-12<br>JASON M AKERS<br>152 MALLORY DRIVE<br>LAGRANGE GA 30241-6383 | CREDITOR ID: 252792-12<br>JASON N JIVIDEN<br>5300 18TH COURT SOUTHWEST<br>NAPLES FL 34116 | CREDITOR ID: 252793-12<br>JASON N HUGHES<br>2326 GADSDEN STREET<br>COLUMBIA SC 29201 |
| CREDITOR ID: 252794-12<br>JASON P HARVEY<br>1455 CLASSIC OAK COURT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 252795-12<br>JASON P SANTOLA<br>5717 GARRETT DRIVE<br>HIXSON TN 37343 | CREDITOR ID: 252796-12<br>JASON R LOYLESS<br>287 GRANDVIEW ROAD<br>OZARK AL 36360 |
| CREDITOR ID: 252797-12<br>JASON R PURYEAR<br>307 MULLEN ROAD<br>BUNN NC 27508 | CREDITOR ID: 252798-12<br>JASON REED<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 | CREDITOR ID: 252800-12<br>JASON SMITH<br>4403 BURNINGTREE MTN CIRCLE<br>DECATUR AL 35603 |
| CREDITOR ID: 252801-12<br>JASON STRAYHAM PLUMBING CO<br>11850 OLD HIGHWAY 67<br>BILOXI, MS 39532 | CREDITOR ID: 252802-12<br>JASON WILLIAMS<br>2204 MUMPHREY ROAD<br>CHALMETTE, LA 70043 | CREDITOR ID: 252803-12<br>JASON YOUNG<br>2529 OLEANDER DRIVE<br>WILMINGTON NC 28403 |
| CREDITOR ID: 252804-12<br>JASONS DELI<br>THIRD COAST MANAGEMENT INC<br>515 RUTILE DR<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 252805-12<br>JASPER FAMILY PRACTICE<br>PO BOX 1474<br>JASPER, AL 35502 | CREDITOR ID: 404917-95<br>JASPER PRODUCTS LLC<br>3877 EAST 27TH STREET<br>JOPLIN MO 64804 |
| CREDITOR ID: 252806-12<br>JASPER PRODUCTS LLC<br>PO BOX 503776<br>ST LOUIS, MO 63150-3776 | CREDITOR ID: 252807-12<br>JASPER WATER WORKS & SEWER BD INC<br>ATTN DIANNE GADDY<br>PO BOX 1348<br>JASPER, AL 35502-1348 | CREDITOR ID: 267719-31<br>JASPER WATERWORKS AND SEWER BD<br>ATTN: JURY BRYANT<br>1607 8TH AVE<br>JASPER AL 35501-4536 |
| CREDITOR ID: 389505-54<br>JASSO, JOAQUIN<br>2411 CEDAR TRACE DRIVE<br>TAMPA, FL 33613 | CREDITOR ID: 389505-54<br>JASSO, JOAQUIN<br>2411 CEDAT TRACE<br>TAMPA, FL 33613 | CREDITOR ID: 252808-12<br>JAUNITA WYANT<br>2810 CALIFORNIA BLVD<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 394243-56<br>JAVINS, PAUL<br>315 NW 13TH STREET<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 385951-54<br>JAWORSKI, FLORIAN<br>401 SHANGRI LA CIRCLE<br>EDGEWATER, FL 32132 | CREDITOR ID: 252809-12<br>JAX HEARING AND NOISE CONTROL INC<br>PO BOX 23867<br>JACKSONVILLE FL 32241-3867 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252810-12 | CREDITOR ID: 252811-12 | CREDITOR ID: 252812-12 |
| JAXPORT EXPRESS INC | JAY B ROUPE | JAY BRAZZEL JR |
| GATOR CITY TAXI & SHUTTLE | 12 SARATOGA ST | 20405 NW 25TH COURT |
| PO BOX 9231 | SUMTER SC 29150 | CAROL CITY FL 33056 |
| JACKSONVILLE FL 32208 | | |
| | | |
| CREDITOR ID: 252813-12 | CREDITOR ID: 252814-12 | CREDITOR ID: 252815-12 |
| JAY ELECTRIC | JAY HARRELL SMITH SR | JAY N WEBSTER |
| PO BOX 830812 | 215 PETHEL ROAD | 3940 BAKER PLAZA DRIVE |
| DRAWER 950 | CHINA GROVE, NC 28023 | APT G 45 |
| BIRMINGHAM AL 35283-0812 | | COLUMBUS, GA 31903 |
| | | |
| CREDITOR ID: 315853-40 | CREDITOR ID: 316061-41 | CREDITOR ID: 267720-14 |
| JAY SCHUMUNSKY TRUST | JAY SHUMINSKY TRUST | JAYCO INC |
| C/O QUINE & ASSOCIATES | C/O QUINE & ASSOCIATES | ATTN: JAMES LOVER |
| PO BOX 833009 | P.O. BOX 833009 | 7120 HIGHWAY 908 |
| RICHARDSON, TX 75083-3009 | ATTN: S. CHAPMAN | GRESHAM SC 29546-5084 |
| | RICHARDSON TX 75083-3009 | |
| | | |
| CREDITOR ID: 252816-12 | CREDITOR ID: 252817-12 | CREDITOR ID: 245207-12 |
| JAYS SERVICE SHOP | JAYSON PARSHALL | JAZOWSKI, CHESTER D |
| 4391 HWY 231 | 5607 GREATPINE LANE N | 711 S W 30TH AVENUE |
| UNION GROVE AL 35175 | JACKSONVILLE, FL 32244 | FORT LAUDERDALE FL 33312 |
| | | |
| CREDITOR ID: 384186-47 | CREDITOR ID: 252412-12 | CREDITOR ID: 2326-07 |
| JB HUNT TRANSPORT INC | JB HUNT TRANSPORT INC | JB LEVERT LAND CO INC |
| ATTN CLARK WOODS, SR MGR MARKETING | PO BOX 1067 | PO BOX 518 |
| 615 JB HUNT CORPORATE DRIVE | FILE #98545 | METAIRE, LA 70004-0518 |
| LOWELL NC 72745 | CHARLOTTE, NC 28201-1067 | |
| | | |
| CREDITOR ID: 252818-12 | CREDITOR ID: 315847-40 | CREDITOR ID: 252819-12 |
| JB SYSTEMS | JC PACE LTD | JCK EXPRESS |
| 1334 GREENVILLE ROAD | 420 THROCKMORTON STREET | PO BOX 33662 |
| LAGRANGE GA 30241 | SUITE 710 | CLEVELAND OH 44133 |
| | FORT WORTH, TX 76102-3724 | |
| | | |
| CREDITOR ID: 252820-12 | CREDITOR ID: 267721-31 | CREDITOR ID: 252822-12 |
| JCOM SKY MEDIA | JD LOHMAN INCORP | JDN REALTY AL INC |
| 181 COOPER AVE | ATTN: J D LOHMAN | SUITE 400 |
| # 112 | 174 TURNBERRY CIR | 359 EAST PACES FERRY RD NE |
| TONAWANDA NY 14150 | NEW SMYRNA BEACH FL 32168-7989 | ATLANTA, GA 30305 |
| | | |
| CREDITOR ID: 315854-40 | CREDITOR ID: 1480-RJ | CREDITOR ID: 1483-RJ |
| JDN REALTY CORP | JDN REALTY CORP. | JDN REALTY CORPORATION |
| ACCT# 190260-JD1766 | ACCT# 190260-JD1766 | DEPT 320 |
| PO BOX 532614  DEPT 260 | PO BOX 532614 DEPT 260 | PO BOX 532614 |
| ATLANTA, GA 30353-2614 | ATLANTA GA 30353-2614 | ATLANTA, GA 30353-2614 |
| | | |
| CREDITOR ID: 1481-RJ | CREDITOR ID: 278494-24 | CREDITOR ID: 252826-12 |
| JDN REALTY CORPORATION | JDN REALTY CORPORATION | JDN REALTY CORPORATION |
| DEPT 307 ACCT# 190307-JD1868 | SUITE 400 | PO BOX 532614 |
| PO BOX 532614 | 359 EAST PACES FERRY ROAD, NE | DEPT 320 |
| ATLANTA GA 30353-2614 | ATLANTA GA 30305 | ACCT# 190320-JD1321 |
| | | ATLANTA, GA 30353-2614 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1482-RJ<br>JDN REALTY CORPORATION<br>DEPT 318<br>PO BOX 532614<br>ATLANTA GA 30353-2614 | CREDITOR ID: 252827-12<br>JE MATADI DRESS CO INC<br>D/B/A GENESIS BRANDS<br>PO BOX 4918<br>HOUSTON TX 77210-4918 | CREDITOR ID: 252828-12<br>JE SNIPES CONSTRUCTION CO INC<br>PO BOX 1707<br>MONTGOMERY, AL 36102-1707 |
| CREDITOR ID: 407696-15<br>JEA<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279462-99<br>JEA<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA M LAFLEUR, ESQ<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 252829-12<br>JEA<br>PO BOX 44297<br>JACKSONVILLE, FL 32231-4297 |
| CREDITOR ID: 252830-12<br>JEAN BUMGARDNER<br>3987 RODDY ROAD<br>CATAWBA SC 29704 | CREDITOR ID: 252831-12<br>JEAN CHILDS<br>217 W 8TH STREET<br>NEWTON NC 28658 | CREDITOR ID: 252832-12<br>JEAN CRAWFORD<br>16 CHICKSAW STREET<br>PANACEA FL 32327 |
| CREDITOR ID: 252833-12<br>JEAN G GULSBY<br>108 W 9TH STREET<br>BAY MINETTE AL 36507 | CREDITOR ID: 252834-12<br>JEAN HUTCHERSON<br>PO BOX 455<br>ALEXANDER CITY AL 35011 | CREDITOR ID: 252835-12<br>JEAN KARAS<br>341 FURNACE DUCK ROAD<br>UNIT 62<br>CORTLANDT MANOR NY 10567 |
| CREDITOR ID: 252836-12<br>JEAN L SCOTT<br>2199 NE GINGER TERRACE<br>JENSEN BEACH, FL 34957 | CREDITOR ID: 252837-12<br>JEAN MCDANIEL GARAGE<br>PO BOX 680948<br>FORT PAYNE AL 35968-1610 | CREDITOR ID: 252838-12<br>JEAN R HOUSE<br>753 PERIMETER PARK CIRCLE<br>ST AUGUSTINE FL 32084 |
| CREDITOR ID: 244783-12<br>JEAN, CATHY LOUIS<br>126 BUTTONWOOD CIRCLE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 387717-54<br>JEAN, DUKENS ST.<br>5226 TIMBERTOP LANE<br>CHARLOTTE NC 28215 | CREDITOR ID: 387605-54<br>JEAN, RELIN<br>18098 NE 19TH AVE.<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 392084-55<br>JEAN, RELIN<br>C/O HELEN ALYSANDRATOS<br>ROSEN & ROSEN, P.A.<br>4000 HOLLYWOOD BLVD<br>SUITE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 385466-54<br>JEAN-DAVIS, GLORIA<br>19601 SWW117TH AVE.<br>MIAMI, FL 33157 | CREDITOR ID: 390768-55<br>JEAN-DAVIS, GLORIA<br>C/O: DAVID L. MAGIDSON, ESQ.<br>LEGAL CENTER OF HOMESTEAD<br>930 N. KROME AVE.<br>SUITE 2-A<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 252839-12<br>JEANEE J ROBERTS CLERK<br>OF COURT<br>FAMILY COURT DIV HORRY COUNTY<br>PO BOX 677<br>CONWAY SC 29528 | CREDITOR ID: 252840-12<br>JEANERETTE ELEMENTARY<br>600 IRA ST<br>JEANERETTE, LA 70544 | CREDITOR ID: 252841-12<br>JEANETTE H BARWICK<br>PO BOX 1998<br>TIFTON GA 31794 |
| CREDITOR ID: 252842-12<br>JEANETTE J COOK<br>640 MORNINGSIDE DRIVE<br>ROCK HILL SC 29730 | CREDITOR ID: 252843-12<br>JEANETTE M FOLDS<br>8240 GARDENVIEW COURT<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 252844-12<br>JEANETTE SMITH<br>78 ESTEP LANE<br>MANCHESTER KY 40962 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252845-12<br>JEANETTE Y MCCRAW<br>613 W HILLSDALE DRIVE<br>JACKSON MS 39209 | CREDITOR ID: 252846-12<br>JEANIE BRYANT<br>6724 CLEAR CREEK CIRCLE<br>TRUSSVILLE AL 35173 | CREDITOR ID: 252848-12<br>JEANIE JORDAN<br>274 PINEWOOD DRIVE<br>RADCLIFF KY 40160 |
| CREDITOR ID: 252849-12<br>JEANINE A MCKABA<br>8726 ROLLING BROOK LANE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 388103-54<br>JEAN-JACQUES, AGATHE<br>831 NW 141ST STREET<br>MIAMI, FL 33168 | CREDITOR ID: 392359-55<br>JEAN-JACQUES, AGATHE<br>C/O: JOHN T. INCORVIA<br>JOHN INCORVIA, P.A.<br>655 N.W. 128 ST<br>MIAMI FL 33168 |
| CREDITOR ID: 388079-54<br>JEAN-LOUIS, SIMONE<br>515 NW 124TH STREET<br>MIAMI, FL 33168 | CREDITOR ID: 252850-12<br>JEANMARD GOODLY<br>148 PARKWAY NORTH<br>SLIDELL LA 70458 | CREDITOR ID: 252851-12<br>JEANNE KRAMER<br>2525 ELIZABETH COURT<br>VIOLET LA 70092 |
| CREDITOR ID: 252852-12<br>JEANNERET & ASSOCIATES INC<br>ATTN: RICHARD JEANNERET, PH.D<br>601 JEFFERSON, SUITE 3900<br>2<br>HOUSTON TX 77002 | CREDITOR ID: 252853-12<br>JEANNETTE FOOTE<br>345 CROSSFIELD ROAD<br>GASTON SC 29053 | CREDITOR ID: 252854-12<br>JEANNETTE OLGVIN<br>762 NAHA DRIVE<br>TARAWA TERRACE NC 28543 |
| CREDITOR ID: 252855-12<br>JEANNIE S WILCOX<br>4456 CROWN COURT CIRCLE<br>LENOIR NC 28645 | CREDITOR ID: 252856-12<br>JEANNINE KEMP<br>630 BLAINE CIRCLE<br>QUITMAN GA 31643 | CREDITOR ID: 252857-12<br>JEANNOT LAURENT<br>5319 JOG LANE<br>DELRAY BEACH FL 33484 |
| CREDITOR ID: 387173-54<br>JEANPIERRE, MISSILIA<br>1420 NE 18TH STREET APT #1<br>FORT LAUDERDALE, FL 33305 | CREDITOR ID: 391759-55<br>JEANPIERRE, MISSILIA<br>C/O: DOUGLAS L. BATES ESQ<br>KOPPEL & BATES<br>8211 WEST BROWARD BLVD STE 230<br>PLANTATION FL 33324 | CREDITOR ID: 390654-55<br>JEANSONNE, BENAY L (MINOR)<br>C/O: JERRY L. LAVESPERE, JR.<br>1805 JACKSON STREET<br>ALEXANDRIA LA 71301 |
| CREDITOR ID: 390480-54<br>JEANSONNE, LEE M<br>890 JEF MCNEIL ROAD<br>CENTERPOINT, LA 71323 | CREDITOR ID: 252858-12<br>JEFF BENNITT & ASSOCIATES LLC<br>PO BOX 393063<br>BIRMINGHAM AL 35238 | CREDITOR ID: 267722-14<br>JEFF DAVIS COUNTY OF<br>ATTN: BRENDA J GRAHAM<br>14 JEFF DAVIS ST STE 104<br>HAZLEHURST GA 31539-6217 |
| CREDITOR ID: 252859-12<br>JEFF DAVIS ELEMENTARY SCHOOL<br>340 ST MARY BOULEVARD<br>BILOXI, MS 39531 | CREDITOR ID: 252860-12<br>JEFF E DECKER<br>15425 CR 455<br>MONTEVDE FL 34756 | CREDITOR ID: 252861-12<br>JEFF FORBRICK<br>5510 CREEK POINT DRIVE<br>HICKORY NC 28601 |
| CREDITOR ID: 252862-12<br>JEFF HAMMOND<br>14995 DRY GROVE ROAD<br>RAYMOND MS 39154 | CREDITOR ID: 252863-12<br>JEFF HITER<br>2510 RIVER ROAD<br>CINCINNATI OH 45204 | CREDITOR ID: 252864-12<br>JEFF J FREEMAN<br>10433 SOARING EAGLE DRIVE<br>RIVERVIEW FL 33569 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252865-12<br>JEFF K OSBORNE<br>6916 SILVERMILL DRIVE<br>TAMPA FL 33635 | CREDITOR ID: 252866-12<br>JEFF SHOOK<br>220 LAUREL MEADOWS DRIVE<br>WEST COLUMBIA SC 29169 | CREDITOR ID: 252868-12<br>JEFF WALLACE<br>610 HWY 1206<br>DEVILLE, LA 71328 |
| CREDITOR ID: 252869-12<br>JEFF WYATT CIRCUIT CLERK COUNTY OF<br>ST. CLAIR<br>PO BOX 1589<br>ASHVILLE AL 35953 | CREDITOR ID: 406814-MS<br>JEFFCOAT, TROY V<br>1105 CHARTER OAK DR.<br>TAYLORS SC 29687 | CREDITOR ID: 252870-12<br>JEFFEREY HAYMER<br>545 DEBBIE DRIVE<br>YAZOO CITY, MS 39194 |
| CREDITOR ID: 252871-12<br>JEFFEREY RASBERRY<br>500 CATALINA ROAD<br># 101<br>COCOA BEACH FL 32952 | CREDITOR ID: 388225-54<br>JEFFERS, ALVIN<br>1601 NW 15TH CT<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 387619-54<br>JEFFERS, ERIC<br>910 SW 29TH WAY<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 392092-55<br>JEFFERS, ERIC<br>C/O: RICHARD BERMAN ESQ.<br>4300 N. UNIVERSITY DRIVE<br>SUITE D200<br>LAUDERHILL FL 33351 | CREDITOR ID: 389546-54<br>JEFFERS, VIRGIA<br>C/O BARBARA G MASON LAW OFFICES<br>ATTN BARBARA G MASON, ESQ<br>535 HALIFAX STREET<br>PO BOX 1242<br>EMPORIA VA 23847 | CREDITOR ID: 389546-54<br>JEFFERS, VIRGIA<br>766 TAYLOR FERRY ROAD<br>BOYDTON, VA 23917 |
| CREDITOR ID: 393217-55<br>JEFFERS, VIRGIA<br>C/O BARBARA  G MASON LAW OFFICES<br>ATTN BARBARA G MASON, ESQ<br>535 HALIFAX STREET<br>PO BOX 1242<br>EMPORIA VA 23847 | CREDITOR ID: 384190-47<br>JEFFERSON BOTTLING CO/BIG SHOT 7-UP<br>PO BOX 62774<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 267723-31<br>JEFFERSON CNTY CMMT ECONOMIC<br>ATTN: DORIS WILKERSON<br>2817 WALLACE COVINGTON CI<br>BIRMINGHAM AL 35211 |
| CREDITOR ID: 375459-44<br>JEFFERSON CNTY DEPT OF REVENUE<br>PO BOX 830710<br>BIRMINGHAM, AL 38283-0710 | CREDITOR ID: 252874-12<br>JEFFERSON COMMUNITY ACTION<br>HEAD START<br>1221 ELMWOOD BLVD  STE 402<br>JEFFERSON LA 70123 | CREDITOR ID: 241074-11<br>JEFFERSON COUNTY<br>DEPARTMENT OF REVENUE<br>ACCOUNT NO.: JC51  007540 ST-001063<br>PO BOX 830710<br>BIRMINGHAM, AL 35283 |
| CREDITOR ID: 252875-12<br>JEFFERSON COUNTY ATTORNEY<br>600 WEST JEFFERSON STREET<br>2ND FLOOR<br>LOUISVILLE, KY 40202 | CREDITOR ID: 252876-12<br>JEFFERSON COUNTY CIRCUIT CIVIL CRT<br>RM 400 CV CASES<br>716 N RICHARD ARRINGTON JR BLVD<br>BERMINGHAM AL 35203 | CREDITOR ID: 240506-06<br>JEFFERSON COUNTY DEPT OF HEALTH<br>1400 SIXTH AVENUE S<br>BIRMINGHAM AL 35233 |
| CREDITOR ID: 252879-12<br>JEFFERSON COUNTY DEPT OF HEALTH<br>ATTN ENVIRONMENTAL HEALTH<br>PO BOX 2648<br>BIRMINGHAM AL 35202 | CREDITOR ID: 252881-12<br>JEFFERSON COUNTY HEALTH DEPARTMENT<br>PO BOX 2648<br>BIRMINGHAM AL 35202-2648 | CREDITOR ID: 252884-12<br>JEFFERSON COUNTY SHERIFF<br>PO BOX 70300<br>PROPERTY TAX<br>LOUISVILLE KY 40270-0300 |
| CREDITOR ID: 252885-12<br>JEFFERSON COUNTY SOLID WASTE DEPT<br>1591 S WAUKEENAH STREET<br>MONTICELLO, FL 32344 | CREDITOR ID: 267724-14<br>JEFFERSON COUNTY TAX COLLECTOR<br>ATTN: LOIS H HUNTER<br>170 N JEFFERSON ST<br>MONTICELLO FL 32344-1935 | CREDITOR ID: 252888-12<br>JEFFERSON COUNTY TAX COLLECTOR<br>716 RICHARD ARRINGTON JR BLVD NORTH<br>COURTHOUSE ROOM 160<br>PROPERTY TAX<br>BIRMINGHAM, AL 35203-0100 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252886-12<br>JEFFERSON COUNTY TAX COLLECTOR<br>170 NORTH JEFFERSON STREET<br>PROPERTY TAX<br>MONTICELLO FL 32344-1935 | CREDITOR ID: 267725-31<br>JEFFERSON DAVIS CNTRL WTRWRKS<br>ATTN: LEE J CLEMENT<br>20263 HIGHWAY 99<br>WELSH LA 70591-6306 | CREDITOR ID: 252889-12<br>JEFFERSON ELEMENTARY<br>4440 JEFFERSON HWY<br>JEFFERSON, LA 70121 |
| CREDITOR ID: 267727-31<br>JEFFERSON PARISH<br>ATTN: RANDY P SCHULER<br>1221 ELMWOOD PARK BLVD<br>NEW ORLEANS LA 70123-2355 | CREDITOR ID: 267726-31<br>JEFFERSON PARISH<br>ATTN: R P SCHULER<br>1221 ELMWOOD PARK BLVD<br>NEW ORLEANS LA 70123-2355 | CREDITOR ID: 509-03<br>JEFFERSON PARISH DEPT. OF WATER<br>PO BOX 10007<br>JEFFERSON LA 70181 |
| CREDITOR ID: 267729-14<br>JEFFERSON PARISH INC<br>ATTN: NANCY CASSAGNE<br>200 DERBIGNY ST # 911<br>GRETNA LA 70053-5850 | CREDITOR ID: 267728-14<br>JEFFERSON PARISH INC<br>ATTN: LAWERENCE CHEHARDY<br>200 DERBIGNY ST<br>GRETNA LA 70053-5850 | CREDITOR ID: 252891-12<br>JEFFERSON PARISH POOLED CASH<br>1887 AMES BLVD<br>MARRERO LA 70072 |
| CREDITOR ID: 375464-44<br>JEFFERSON PARISH SHERIFFS<br>SHERIFF AND TAX COLLECTOR<br>P O BOX 277<br>GRETNA, LA 70054 | CREDITOR ID: 375466-44<br>JEFFERSON PARISH SHERIFFS OFFICE<br>PO BOX 277<br>GRETNA, LA 70054 | CREDITOR ID: 318739-43<br>JEFFERSON PARISH TAX COLLECTOR<br>P.O. BOX 130<br>GRETNA, LA 70054 |
| CREDITOR ID: 380979-47<br>JEFFERSON PILOT COMMUNICATIONS CO/<br>WBTV, INC<br>ATTN SARAH AKERS, CREDIT ADM<br>ONE JULIAN PRICE PLACE<br>CHARLOTTE, NC 28208 | CREDITOR ID: 397236-67<br>JEFFERSON SMURFIT<br>ATTN: GENERAL COUNSEL<br>2002 EAST 18TH STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 267730-31<br>JEFFERSON TAYLOR MADISON<br>ATTN: JAMES BROOKS<br>1313 SW GREENVILLE HILLS RD<br>GREENVILLE FL 32331-3109 |
| CREDITOR ID: 252895-12<br>JEFFERSON TIMES<br>PO BOX 1634<br>SPARTANBURG, SC 29304 | CREDITOR ID: 252896-12<br>JEFFERSON TROPHIES & AWARDS<br>3820 AIRLINE DRIVE<br>METAIRIE LA 70001 | CREDITOR ID: 252897-12<br>JEFFERSON VARIETY STORE INC<br>239 IRIS AVE<br>JEFFERSON, LA 70121 |
| CREDITOR ID: 267731-31<br>JEFFERSON WEST LEVEE DISTRICT<br>ATTN: HARRY CAHILL<br>7001 RIVER RD<br>MARRERO LA 70072-1200 | CREDITOR ID: 242534-12<br>JEFFERSON, ARIELL A<br>5852 SOUTH OAK DRIVE<br>MARRERO LA 70072 | CREDITOR ID: 386394-54<br>JEFFERSON, DIEDRA<br>300 BOOTH CALLAWAY ROAD<br>APT 101<br>HURST TX 76053 |
| CREDITOR ID: 385460-54<br>JEFFERSON, EZRA<br>206 DEFENSE AVE.<br>SANDSTON, VA 23150 | CREDITOR ID: 390762-55<br>JEFFERSON, EZRA<br>C/O: G. A. KALBAUGH, JR.<br>KALBAUGH, PFUND & MESSERSMITH, P.C.<br>901 MOOREFIELD PARK DRIVE<br>SUITE 200<br>RICHMOND VA 23236 | CREDITOR ID: 388397-54<br>JEFFERSON, MATTIE<br>6203 PAMELA DR.<br>HUNTSVILLE, AL 35806 |
| CREDITOR ID: 252898-12<br>JEFFERSON-PILOT LIFE<br>INSURANCE COMPANY<br>ATTN DEE CURTIS MORTGAGE LN DP<br>PO BOX 20407<br>GREENSBORO, NC 27420 | CREDITOR ID: 2333-07<br>JEFFERSON-PILOT LIFE INS. CO.<br>ATTN: MIKE SOLOMON<br>PO BOX 20407<br>GREENSBORO NC 27420 | CREDITOR ID: 1484-07<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN: DEE CURTIS<br>PO BOX 20407<br>GREENSBORO, NC 27420 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252899-12<br>JEFFERSONVILLE SEWAGE<br>PO BOX 1149<br>JEFFERSONVILLE, IN 47131-1149 | CREDITOR ID: 252900-12<br>JEFFERY A BOYKIN<br>407 EMPIRE ROAD<br>MONTGOMERY AL 36110 | CREDITOR ID: 252901-12<br>JEFFERY A LITTLE<br>5229 MANNING ROAD<br>CHARLOTTE NC 28269 |
| CREDITOR ID: 252902-12<br>JEFFERY A SMITH<br>80 BROOKE LANE<br>ANNISTON AL 36207 | CREDITOR ID: 252904-12<br>JEFFERY HARPER<br>257 MILLS LANE<br>NEW ALBANY IN 47150 | CREDITOR ID: 252905-12<br>JEFFERY L BONENRAKE<br>409 AZALEA DRIVE<br>WALTERBORO SC 29488 |
| CREDITOR ID: 252906-12<br>JEFFERY L* MOORE<br>180 PARADISE TRAIL<br>GUYTON, GA 31312 | CREDITOR ID: 252907-12<br>JEFFERY MILLS<br>150 10TH STREET NE, APT 505<br>ATLANTA GA 30309 | CREDITOR ID: 252908-12<br>JEFFERY O LANCASTER<br>410 MAGNOLIA AVENUE<br>SOUTH PITTSBURG TN 37380 |
| CREDITOR ID: 252909-12<br>JEFFERY S CANIPE<br>2403 DAVIS PARK ROAD<br>GASTONIA NC 28052 | CREDITOR ID: 393724-58<br>JEFFREY & ELIZABETH HAYSLETT<br>6593 BREEZEWOOD BLVD.<br>MYRTLE BEACH, SC 29588 | CREDITOR ID: 252910-12<br>JEFFREY A BIRD<br>142 MAGNOLIA RIDGE<br>LE FL 32327 |
| CREDITOR ID: 252911-12<br>JEFFREY A MARTIN<br>4192 OAKLAND DRIVE<br>MARGANTON NC 28655 | CREDITOR ID: 252912-12<br>JEFFREY A MELLERSON<br>498 NW 165ST ROAD<br>APT D202<br>MIAMI FL 33169 | CREDITOR ID: 252913-12<br>JEFFREY B COOPER<br>621 HORRY STREET NE<br>AIKEN SC 29801 |
| CREDITOR ID: 252914-12<br>JEFFREY B LITTLE<br>2725 CONIFER DRIVE APT A<br>RALEIGH NC 27606 | CREDITOR ID: 385690-54<br>JEFFREY BROWN, JR. (MINOR)<br>13973 S.W 151 CT.<br>MIAMI, FL 33196 | CREDITOR ID: 252915-12<br>JEFFREY D THORNTON<br>1609 LANDERS SWINK ROAD<br>ECLECTIC AL 36024 |
| CREDITOR ID: 252916-12<br>JEFFREY DAVIS<br>187 COUNTY ROAD 313<br>MAPLESVILLE AL 36750 | CREDITOR ID: 252917-12<br>JEFFREY E FAIR<br>1209 HARVEST HOME COURTYARD<br>RUSKIN FL 33575 | CREDITOR ID: 252918-12<br>JEFFREY E FRIEDERICH<br>4417 NORTH PENNYCRESS PLACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 375471-44<br>JEFFREY HALL<br>765 MARYETHEL DRIVE<br>MONTGOMERY, AL 36109 | CREDITOR ID: 252919-12<br>JEFFREY M HINKLE<br>176 BIEDA STREET<br>SANFORD FL 32773 | CREDITOR ID: 252920-12<br>JEFFREY R HARTWELL<br>PO BOX 1293<br>WELAKA FL 32193 |
| CREDITOR ID: 252921-12<br>JEFFREY RICHARDSON<br>PO BOX 393<br>SOUTH MIAMI, FL 33243 | CREDITOR ID: 252922-12<br>JEFFREY S KNAFELC<br>109 FAIRWAY OAKS DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 252923-12<br>JEFFREY WALDO<br>PO BOX 4237<br>TUPELO, MS 38803-9902 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385443-54<br>JEFFREY, WANNA<br>7819 PEPPER CIR EAST<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 390746-55<br>JEFFREY, WANNA<br>C/O: ROBERT GRAHAM<br>SELLINGER & SELLINGER, P.A.<br>1510 E. COLONIAL DRIVE<br>STE. 303<br>ORLANDO FL 32803 | CREDITOR ID: 252924-12<br>JEFFREY'S BEER & WINE<br>ATTN: CATHY NICHOLS, OFF MGR<br>1950 NORTH GREENE STREET<br>GREENVILLE, NC 27834 |
| CREDITOR ID: 252925-12<br>JEFFRY H HULLETT<br>11515 CHAPPARELL ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 252926-12<br>JEHNANE AUGUSTIN<br>1788 SW 43RD AVENUE<br>FORT LAUDERDALE FL 33317 | CREDITOR ID: 252927-12<br>JEL MAR<br>ATTN RICK EDMONDS<br>135 S LASALLE DEPT 1108<br>CHICAGO, IL 60674-1108 |
| CREDITOR ID: 404922-95<br>JEL SERT COMPANY<br>P O BOX 94173<br>CHICAGO IL 60690 | CREDITOR ID: 252928-12<br>JEL SERT COMPANY<br>3739 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 279398-36<br>JEL SERT COMPANY, THE<br>RONALD L. MOTSINGER<br>P.O. BOX 261<br>WEST  CHICAGO  IL 60186-0261 |
| CREDITOR ID: 252929-12<br>JELLY BELLY CANDY COMPANY<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVENUE<br>SUITE 1102<br>ALTAMONTE SPRINGS, FL 32714 | CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 | CREDITOR ID: 252930-12<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 |
| CREDITOR ID: 252931-12<br>JEM LAWN<br>4545 LESLIE AVENUE<br>CINCINNATI OH 45242 | CREDITOR ID: 375477-44<br>JEMCO MEDICAL INTERNATNL<br>21011 JOHNSON STREET<br>SUITE 120<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 252932-12<br>JENA MEDICAL SERVICES<br>926 SAXON BLVD<br>ORANGE CITY, FL 32763 |
| CREDITOR ID: 252933-12<br>JENKINS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | CREDITOR ID: 252934-12<br>JENKINS & CHARLAND<br>2011 SOUTH 25TH STREET, SUITE 211<br>FORT PIERCE FL 34947 | CREDITOR ID: 278495-24<br>JENKINS & GILCHRIST<br>MARK VOWELL, ESQ.<br>1445 ROSS AVENUE<br>SUITE 3200<br>DALLAS TX 75202 |
| CREDITOR ID: 399314-81<br>JENKINS (MINOR), FREDRICKA<br>2912 WINDEMERE OAKS LANE, #101<br>RIVERVIEW, FL 33569 | CREDITOR ID: 252935-12<br>JENKINS FOODS INC<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | CREDITOR ID: 252936-12<br>JENKINS FOODS LLC<br>14245 BIRWOOD STREET<br>DETROIT, MI 48238 |
| CREDITOR ID: 252937-12<br>JENKINS GAS & OIL CO<br>1103 MARINE BLVD<br>JACKSONVILLE, NC 28540 | CREDITOR ID: 511-03<br>JENKINS GAS & OIL CO., INC.<br>4458 U.S. HIGHWAY 70 W.<br>PRINCETON NC 27569 | CREDITOR ID: 385890-54<br>JENKINS, ANNETTE<br>1620 INVERNESS DRIVE<br>FAYETTEVILLE, NC 28304 |
| CREDITOR ID: 373720-44<br>JENKINS, ANTHONY<br>2008 WINNERS CIRCLE<br>CANTONMENT, FL 32533 | CREDITOR ID: 265463-31<br>JENKINS, BERTRAM<br>PO BOX 3148<br>BELLAIRE TX 77402 | CREDITOR ID: 243902-12<br>JENKINS, BRENDA<br>2538 BIRK DRIVE<br>JASPER, IN 47546 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390066-54<br>JENKINS, BRUCE<br>5531 SUNNYACRES DRIVE<br>JACKSONVILLE FL 32209 | CREDITOR ID: 385517-54<br>JENKINS, DARLENE<br>7237 CONNANGHT<br>MARRERO, LA 70072 | CREDITOR ID: 390816-55<br>JENKINS, DARLENE<br>C/O PIERRE F. GAUDIN, ESQ.<br>GAUDIN & GAUDIN<br>PO BOX 156<br>GRETNA LA 70053 |
| CREDITOR ID: 389486-54<br>JENKINS, EDWARD<br>4301 CONFEDERATE POINT RD APT<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406815-MS<br>JENKINS, ERNEST L.<br>108 WEST ISLAND DRIVE<br>OAK ISLAND NC 28465 | CREDITOR ID: 385427-54<br>JENKINS, FREDRICKA (MINOR)<br>2912 WINDEMERE OAKS LANE<br>APT 101<br>RIVERVIEW, FL 33569 |
| CREDITOR ID: 390732-55<br>JENKINS, FREDRICKA (MINOR)<br>C/O PERSONAL INJURY LAW CENTER, PA<br>ATTN KENNETH W MASTRILLI, ESQ<br>4263 HENDERSON BLVD<br>TAMPA FL 33629 | CREDITOR ID: 385707-54<br>JENKINS, HENRY<br>521 HENSON ST<br>MIDFIELD, AL 35228 | CREDITOR ID: 390988-55<br>JENKINS, HENRY<br>C/O: C. BRANDON GLASS<br>C. BRANDON GLASS<br>2300 10TH COURT SOUTH<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 375691-44<br>JENKINS, KATHY<br>STORE# 2628<br>34 VICTORY RD<br>LAUREL, MS 39443 | CREDITOR ID: 406816-MS<br>JENKINS, MARK S.<br>1908 FOXGLOVE LANE<br>FLEMING ISLAND FL 32003 | CREDITOR ID: 393570-55<br>JENKINS, MARY G<br>C/O LAW OFFICES OF JOHN M ROBIN, PA<br>ATTN  JOHN M ROBIN, ESQ<br>PO BOX 1830<br>COVINGTON LA 70434 |
| CREDITOR ID: 390116-54<br>JENKINS, MARY G<br>1100 COWAN RD<br>GULFPORT, MS 39507 | CREDITOR ID: 389122-54<br>JENKINS, ROSALIE<br>PO BOX 3545<br>LAKE CITY, FL 32055 | CREDITOR ID: 260791-12<br>JENKINS, SHAMEKA<br>272 NE 43RD STREET<br>POMPANO BEACH, FL 33064 |
| CREDITOR ID: 406817-MS<br>JENKINS, WILLIS<br>3025 WOODLAND CHURCH RD.<br>YOUNGSVILLE NC 27596 | CREDITOR ID: 252938-12<br>JENNA GOSSETT<br>423 DOGWOOD DRIVE<br>GREENWOOD SC 29646 | CREDITOR ID: 252939-12<br>JENNA L HENDERSON<br>5629 MIKE HILL ROAD<br>WALLACE SC 29596 |
| CREDITOR ID: 252940-12<br>JENNA R SJOHOLM<br>179 BLAIR ROAD<br>MADISON AL 35757 | CREDITOR ID: 252941-12<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 | CREDITOR ID: 244765-12<br>JENNETTE, CATHERINE<br>1250 W GRAN BAY PKWY<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 252942-12<br>JENNIE FOTOVICH<br>1894 SW STATE ROAD 14<br>APT# 4<br>MADISON FL 32340 | CREDITOR ID: 252943-12<br>JENNIE O FOODS INC<br>PO BOX 93447<br>CHICAGO, IL 60673-0001 | CREDITOR ID: 395446-64<br>JENNIE-O<br>PO BOX 778<br>WILMAR, MN 56201 |
| CREDITOR ID: 382025-36<br>JENNIE-O TURKEY STORE<br>ATTN FORD SYMONDS, CR MGR<br>1 HORMEL PLACE<br>AUSTIN MN 55912-3680 | CREDITOR ID: 252944-12<br>JENNIFER A MCGOWAN<br>2011 WHITE OAK LANE<br>LOUISVILLE KY 40216 | CREDITOR ID: 252945-12<br>JENNIFER BRINSON<br>3110 GRAYSTONE LANE, APT 1806<br>ALBANY GA 31721 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252946-12<br>JENNIFER C BAKER<br>11315 142ND STREET<br>LIVE OAK FL 32060 | CREDITOR ID: 252947-12<br>JENNIFER C BARBOUR<br>125 PONCE DE LEON DRIVE<br>ORMOND BEACH FL 32176 | CREDITOR ID: 252948-12<br>JENNIFER E CORREA<br>11971 ALDEN TRACE BLVD N<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 252949-12<br>JENNIFER E GREENE<br>1052 HARLAN LANE, LOT 5<br>VILLA RICA GA 30180 | CREDITOR ID: 252951-12<br>JENNIFER FOTOVICH<br>742 MARTIN LAKES DRIVE EAST<br>JACKSONVILLE FL 32220 | CREDITOR ID: 252950-12<br>JENNIFER FOTOVICH<br>4115 ALDER COURT<br>LOVELAND CO 80538 |
| CREDITOR ID: 252952-12<br>JENNIFER FOWLER<br>2610 4TH AVENUE<br>PHENIX AL 36867 | CREDITOR ID: 252953-12<br>JENNIFER FRAZIER<br>436 NW 15 WAY<br>APT F<br>FT LAUDERDALE FL 33311-8853 | CREDITOR ID: 252954-12<br>JENNIFER HUTCHINSON<br>2117 GLENWOOD HAMMOCK ROAD<br>DELAND FL 32720-0380 |
| CREDITOR ID: 252955-12<br>JENNIFER J SMITH<br>140 KIRBY LANE<br>MADISON AL 35757 | CREDITOR ID: 252956-12<br>JENNIFER K BARTON<br>12115 BALFOUR CT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 252957-12<br>JENNIFER K KEARSE<br>3136 MARTIN LUTHER KING JR DRIVE<br>APT #E-7<br>ATLANTA GA 30311 |
| CREDITOR ID: 252958-12<br>JENNIFER K WHITE<br>6047 PERNECIA STREET<br>JACKSONVILLE FL 32244 | CREDITOR ID: 252959-12<br>JENNIFER KIRBY<br>55 LAKESIDE DRIVE<br>ROANOKE AL 36274 | CREDITOR ID: 252960-12<br>JENNIFER L GONZALEZ<br>9920 DEAN COVE LANE<br>ORLANDO FL 32825 |
| CREDITOR ID: 252961-12<br>JENNIFER L HASTRY<br>299 S W GREENRIDGE LANE<br>LAKE CITY FL 32025 | CREDITOR ID: 252962-12<br>JENNIFER L HOUSTON<br>1230 HALL ROAD, APT 305<br>NORTH FORT MYERS FL 33903 | CREDITOR ID: 252963-12<br>JENNIFER L KRUMMEL<br>1391 13TH STREET<br>SARASOTA FL 34236 |
| CREDITOR ID: 252964-12<br>JENNIFER L LITTLE<br>1014 3RD AVENUE N WEST<br>ALABASTER AL 35007 | CREDITOR ID: 252965-12<br>JENNIFER L MCGOWAN<br>29395 SW 197 AVENUE<br>HOMESTEAD FL 33030 | CREDITOR ID: 252966-12<br>JENNIFER L OWENS<br>13427 BEALL AVENUE<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 252967-12<br>JENNIFER L PLASMAN<br>19541 OAK FOREST DRIVE<br>FORT MYERS FL 33912 | CREDITOR ID: 252968-12<br>JENNIFER L STARNES<br>90 COLLINS II ROAD<br>HAVANA FL 32333 | CREDITOR ID: 252969-12<br>JENNIFER M CRENSHAW<br>1313 ROCKY RIDGE BLVD<br>DOUGLASVILLE GA 30134 |
| CREDITOR ID: 252970-12<br>JENNIFER M DENNY<br>2400 E JACKSON STREET<br>PENSACOLA FL 32505-0755 | CREDITOR ID: 252971-12<br>JENNIFER MACKENZIE<br>2175 SUMMER ROAD<br>MOULTRIE GA 31768 | CREDITOR ID: 252972-12<br>JENNIFER MAYBERRY<br>188 HEATH ROAD<br>BLUFF CITY TN 37618 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252973-12<br>JENNIFER OSKOIAN- NIEVES<br>9320 NW 20TH STREET<br>PEMBROKE PINES, FL 33021 | CREDITOR ID: 252974-12<br>JENNIFER S NUNEZ<br>3504 FENELON DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 252975-12<br>JENNIFER SABAN<br>152 WEST ROAD<br>ANGIER NC 27501 |
| CREDITOR ID: 252976-12<br>JENNIFER THREATT<br>1125 WOODWINDS DRIVE<br>WAXHAW, NC 28173 | CREDITOR ID: 252977-12<br>JENNIFER WHITE<br>6047 PERNECIA STREET<br>JACKSONVILLE FL 32244 | CREDITOR ID: 252978-12<br>JENNIFER ZAYAS<br>1113 ERROL PLACE CIRCLE<br>APOPKA FL 32712 |
| CREDITOR ID: 252979-12<br>JENNIFER ZIBART<br>984 DRAKEWOOD DRIVE<br>ORANGE PARK FL 32064 | CREDITOR ID: 252980-12<br>JENNINGS DAILY NEWS<br>PO BOX 910<br>JENNINGS, LA 70546 | CREDITOR ID: 267732-31<br>JENNINGS INC CITY OF<br>ATTN: TERRY DUHON<br>324 N BROADWAY ST<br>JENNINGS LA 70546-5371 |
| CREDITOR ID: 241927-12<br>JENNINGS, ALFRED J<br>248 SMALLBROOK DRIVE<br>MONTGOMERY AL 36116 | CREDITOR ID: 375729-44<br>JENNINGS, KENNETH<br>NOL DIV #1337<br>5149 OLD HWY 24 EAST<br>MAGNOLIA, MS 39652 | CREDITOR ID: 252981-12<br>JENNINGS-DILL INC<br>PO BOX 6066<br>GREENVILLE, SC 29606-6066 |
| CREDITOR ID: 383166-99<br>JENNIS & BOWEN<br>ATTN: CHAD BOWEN/DAVID JENNIS<br>400 N ASHLEY DRIVE, STE 2540<br>TAMPA FL 33602 | CREDITOR ID: 279098-32<br>JENNIS & BOWEN PL<br>ATTN: DAVID S. JENNIS<br>400 N ASHLEY DRIVE, STE 2540<br>TAMPA FL 33602 | CREDITOR ID: 252982-12<br>JENNY CRIBB<br>5051 COOK ROAD<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 252983-12<br>JENNY M MARTIN<br>37 NORTH BEND STREET<br>PERU NY 12972 | CREDITOR ID: 252985-12<br>JENNY MINOR<br>206 BERGEN AVENUE<br>APEX NC 27502 | CREDITOR ID: 252986-12<br>JENNY R WILKERSON<br>992 BORDERLINE ROAD<br>HAZEL GREEN AL 35750 |
| CREDITOR ID: 252987-12<br>JENNYFER T BOSCHULTE<br>1150 B DENT COURT<br>FT CAMPBELL KY 42223 | CREDITOR ID: 406818-MS<br>JENSCHKE, SCOTT<br>7632 SOUTHSIDE BLVD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 252988-12<br>JENSCO INC<br>PO BOX 330358<br>ATLANTIC BEACH FL 32233-0358 |
| CREDITOR ID: 390115-54<br>JENSEN, TAINALE<br>1401 NE 32ND PLACE<br>POMPANO BEACH, FL 33064 | CREDITOR ID: 406170-15<br>JENSEN-POULIN, TAINALE<br>C/O HARRY M HAUSMAN LAW OFFICE<br>ATTN HARRY M HAUSMAN, ESQ<br>235 N UNIVERSITY DRIVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 406170-15<br>JENSEN-POULIN, TAINALE<br>1401 NE 32ND PLACE<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 267733-31<br>JENSENS INC<br>ATTN: DON CATANIA<br>4353 ERIE DR<br>LITTLE RIVER SC 29566-7325 | CREDITOR ID: 252989-12<br>JEREL A BAILEY<br>5900 TOWNSEND ROAD<br># 432<br>JACKSONVILLE FL 32244 | CREDITOR ID: 252990-12<br>JEREL A WILLIAMS<br>138 HASKINS LANE<br>RED OAK VA 23964-1111 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252991-12<br>JEREMIAH B SENSING<br>226 SABRINA COURT<br>JACKSONVILLE NC 28540 | CREDITOR ID: 252992-12<br>JEREMIAH L GIECK<br>630 W RICH AVENUE<br>DELAND FL 32725 | CREDITOR ID: 252993-12<br>JEREMIAH PLAGEMAN<br>923 B S COLONIAL COURT<br>INDINA HARBOUR BEACH FL 32937 |
| CREDITOR ID: 252994-12<br>JEREMIAH WARD<br>106 GRUBB CIRCLE<br>LIVINGSTON AL 35470 | CREDITOR ID: 252995-12<br>JEREMIAH WOOD ESQ<br>LICATA & ASSOCIATES CO LPA<br>6480 ROCKSIDE WOODS BLVD<br>SUITE 390<br>INDEPENDENCE OH 44131 | CREDITOR ID: 252996-12<br>JEREMY CULBRETH<br>10400 WULF ROAD<br>SEMMES AL 36575 |
| CREDITOR ID: 252997-12<br>JEREMY DUNCAN<br>340 HARPERS LAKE DRIVE<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 267734-31<br>JEREMY LA MARCH HARD CORE DIV<br>ATTN: JEREMY LA MARCH<br>7796 SE COURTNEY TER<br>HOBE SOUND FL 33455-2049 | CREDITOR ID: 252998-12<br>JEREMY LEMOINE<br>PO BOX 7<br>MAUREPAS, LA 70449 |
| CREDITOR ID: 252999-12<br>JEREMY S GHOLSTON<br>324 S CONGRESS AVENUE<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 253001-12<br>JERMAINE T HARRIS<br>70 NE 36 COURT #74<br>OAKLAND PARK FL 33334 | CREDITOR ID: 406819-MS<br>JERNIGAN, LINVELL<br>913 LINDA AVE<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 386198-54<br>JERNIGAN, LLOYD L<br>1330 OTTO POLK ROAD<br>FROST PROOF FL 33843 | CREDITOR ID: 253002-12<br>JEROME APRIL<br>11021 SW 172 TERRACE<br>MIAMI FL 33157 | CREDITOR ID: 267735-31<br>JEROME E KERN SR<br>ATTN: JEROME E KERN<br>6246 ROOSEVELT RD<br>NORTON VA 24273-4512 |
| CREDITOR ID: 253003-12<br>JEROME GRANT<br>DBA KBJ MAINTENANCE<br>2102 ORCHARD DR<br>APOPKA FL 32712 | CREDITOR ID: 315855-40<br>JEROME H & FAITH PEARLMAN TRUST<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA  MONICA, CA 90402 | CREDITOR ID: 253004-12<br>JEROME H & FAITH PEARLMAN TRUST II<br>828 WOODACRES ROAD<br>C/O JEROME H AND FAITH PERLMAN<br>SANTA MONICA CA 90402 |
| CREDITOR ID: 253005-12<br>JEROME MYLES<br>483 WILLOWSPRING LANE<br>ROCK HILL SC 29730 | CREDITOR ID: 253006-12<br>JERRY ALLEN KENNEDY<br>2633 SOUTHVIEW PLACE<br>VESTAVIA HILLS AL 35216 | CREDITOR ID: 253007-12<br>JERRY BRADLEY<br>406 EAST H STREET<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 267736-31<br>JERRY C MAHAN JR<br>ATTN: JERRY MAHAN<br>191 MARGUERITA DR<br>WEST PALM BEACH FL 33415-1927 | CREDITOR ID: 253008-12<br>JERRY DAVIS<br>7720 PLANTATION DRIVE<br>FLORENCE KY 41042 | CREDITOR ID: 253009-12<br>JERRY ELLIS<br>866 CATLETT ROAD<br>CANTON MS 39046 |
| CREDITOR ID: 253010-12<br>JERRY EMORY<br>400 COLLETON ROAD<br>RALEIGH NC 27610 | CREDITOR ID: 253011-12<br>JERRY HAMM CHEVROLET INC<br>2600 PHILIPS HWY<br>JACKSONVILLE, FL 32247 | CREDITOR ID: 253012-12<br>JERRY HIGGINS TIRE & AUTO SER<br>PO BOX 1388<br>MONTGOMERY, AL 36102-1388 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253014-12<br>JERRY JOHNSON<br>5510 24TH STREET<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 253013-12<br>JERRY JOHNSON<br>5420 BUCK SHOT ROAD<br>PLANT CITY FL 33565 | CREDITOR ID: 253015-12<br>JERRY JONES<br>3468 APT B NORMAN<br>MONTGOMERY AL 36105 |
| CREDITOR ID: 253017-12<br>JERRY P OWEN CLERK<br>CLEBURNE CO COURTHOUSE<br>120 VICKERY ST RM 202<br>HEFLIN, AL 36264 | CREDITOR ID: 253018-12<br>JERRY R SHROWDER<br>1710 CR 119<br>BRYCEVILLE FL 32009 | CREDITOR ID: 253019-12<br>JERRY STEWART<br>RT 14 BOX 350<br>LAKE CITY FL 32024 |
| CREDITOR ID: 253020-12<br>JERRY W THOMAS<br>626 TATE DRIVE<br>PANAMA CITY FL 32404 | CREDITOR ID: 253022-12<br>JERRYS AUTOMOTIVE REPAIR INC<br>5101 HWY 42<br>HATTIESBURG, MS 39401 | CREDITOR ID: 253021-12<br>JERRY'S PLUMBING CO<br>1708 EAST CANAL ST<br>PICAYUNE MS 39466 |
| CREDITOR ID: 253023-12<br>JERSEY FRUIT<br>PO BOX 350<br>RICHWOOD NJ 08074 | CREDITOR ID: 253024-12<br>JERUE TRUCK BROKER INC<br>PO BOX 9007<br>BARTOW, FL 33831 | CREDITOR ID: 253025-12<br>JESCO INC<br>CONSTRUCTION ENGINEERING<br>PO BOX 789<br>FULTON MS 38843-0789 |
| CREDITOR ID: 259839-12<br>JESELNIK, ROBIN R<br>121 PECOS LANE<br>HEPHZIBAH, GA 30815 | CREDITOR ID: 253026-12<br>JESHAINAH BROWN<br>1331 SPRINGS STREET<br>APT C<br>CHARLOTTE NC 28206 | CREDITOR ID: 253027-12<br>JESSE BARNES<br>3217 JACQUELINE DRIVE<br>ALBANY, GA 31705 |
| CREDITOR ID: 267737-31<br>JESSE DAVIS PK DOUGLASVILLE GA<br>ATTN: CHARLES THOMAS<br>7775 MALONE ST<br>DOUGLASVILLE GA 30134-1232 | CREDITOR ID: 404933-95<br>JESSE JONES LLC<br>PO BOX 890202<br>CHARLOTTE NC 28289-0202 | CREDITOR ID: 253028-12<br>JESSE JONES LLC<br>PO BOX 7067<br>FREDERICKSBURG, VA 22404-7067 |
| CREDITOR ID: 253029-12<br>JESSE M ROBBINS<br>12949 YELLOW BLUFF ROAD<br>JACKSONVILLE FL 32226 | CREDITOR ID: 253030-12<br>JESSE MOORE<br>PO BOX 195<br>NATALBANY, LA 70451 | CREDITOR ID: 253031-12<br>JESSICA A AQUINO<br>214 CAPEHART DRIVE<br>ORLANDO FL 32807 |
| CREDITOR ID: 253032-12<br>JESSICA A NEWSOME<br>930 S BLVD APT 133<br>EDMOND OK 73034 | CREDITOR ID: 253033-12<br>JESSICA ATKINS<br>1956 FIELD BAY ROAD<br>CARYVILLE FL 32427 | CREDITOR ID: 253034-12<br>JESSICA L LOCKETT<br>2570 NW 16TH STREET<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 253035-12<br>JESSICA L ODOR<br>122 COLONY DRIVE<br>BUTLER KY 41006 | CREDITOR ID: 253036-12<br>JESSICA L PHIPPS<br>9351 PEONY STREET<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 253037-12<br>JESSICA M BRYANT<br>3128 49TH STREET N<br>ST PETERSBURG FL 33710 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL. **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 253038-12<br>JESSICA PAGE NORMAN<br>4802 51ST STREET W<br>BRADENTON FL 34210 | CREDITOR ID: 253039-12<br>JESSICA R MATHESON<br>316 JOHN WARD ROAD<br>SUGAR GROVE NC 28679 | CREDITOR ID: 253040-12<br>JESSICA R WHITE<br>19739 COUNTY ROAD 12S<br>FOLEY AL 36535 |
| CREDITOR ID: 253041-12<br>JESSICA T SEALS<br>970 DIXON ROAD<br>APT C-1<br>JACKSON MS 39209 | CREDITOR ID: 253042-12<br>JESSICA V SHAW<br>71 SHAW LANE<br>CHESTERFIELD SC 29709 | CREDITOR ID: 253043-12<br>JESSIE M MITCHELL<br>2312 BRECKINRIDGE ROAD<br>JACKSON MS 39204 |
| CREDITOR ID: 253044-12<br>JESSIE ORTIZ<br>6750 RAMONA BLVD, APT 36<br>JACKSONVILLE FL 32205 | CREDITOR ID: 253045-12<br>JESUP CITY TAX COMMISSIONER<br>PO BOX 427<br>PROPERTY TAX<br>JESUP GA 31598-0427 | CREDITOR ID: 253046-12<br>JESUP VICTORY INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 253047-12<br>JESUS CHRIST THE ROCK EVAGELISTIC<br>CHURCH<br>PO BOX 1192<br>HARVEY LA 70059 | CREDITOR ID: 253048-12<br>JESUS HUERTAS<br>45 BARRON CHAPEL<br>PINEVILLE, LA 71360 | CREDITOR ID: 253049-12<br>JESUS MARTINEZ<br>12125 ESSEX PLACE<br>GULFPORT MS 39503 |
| CREDITOR ID: 253050-12<br>JESUS PALACIO<br>1301 S MAIN ST<br>BELLE GLADE FL 33430 | CREDITOR ID: 381203-47<br>JESUS PALACIO MD PA<br>PO BOX 885<br>SOUTH BAY, FL 33493 | CREDITOR ID: 253051-12<br>JESUS PENA<br>824 WALNUT STREET<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 392521-55<br>JESUS, RAMONITA DE<br>C/O LUIS F. VEGA ALICEA<br>LUIS F. VEGA ALICEA, P.A.<br>874 TOWNE CENTER DRIVE<br>KISSIMMEE FL 34759 | CREDITOR ID: 390445-54<br>JESUS, RAMONITA DE<br>575 HUMMINGBIRD CT<br>KISSIMMEE, FL 34758 | CREDITOR ID: 381814-48<br>JET EFFECT<br>ATTN BRIAN PANNING<br>3250 AIRFLITE WAY<br>LONG BEACH CA 90807-5312 |
| CREDITOR ID: 253053-12<br>JET PLASTICS<br>941 N EASTERN AVENUE<br>LOS ANGELES, CA 90063-1395 | CREDITOR ID: 381811-48<br>JETQUEST<br>3700 AIRPORT RD, STE 406<br>BOCA RATON FL 33431-6423 | CREDITOR ID: 400276-85<br>JETSON, JAMES<br>C/O HENDRIK S. SNOW, ESQUIRE<br>JAMES A. JOHNSON, P. C.<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 |
| CREDITOR ID: 253054-12<br>JEVIC TRANSPORTATION INC<br>PO BOX 13031<br>NEWARK, NJ 07188 | CREDITOR ID: 253055-12<br>JEWELLEAN WELLS<br>7141 WAYSIDE DRIVE<br>NEW ORLEANS, LA 70128-2531 | CREDITOR ID: 253056-12<br>JEWISH ARTS FOUNDATION<br>230 ROYAL PALM WAY<br>PALM BEACH FL 33480 |
| CREDITOR ID: 253057-12<br>JEWISH CIVIC PRESS<br>924 VALMONT STREET<br>NEW ORLEANS, LA 70175-5500 | CREDITOR ID: 253058-12<br>JEWISH COMMUNITY CENTER<br>10129 HALEY RD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 253059-12<br>JEWISH HOSP HEALTHCARE SERVICE<br>DEPT 1500<br>PO BOX 950210<br>LOUISVILLE, KY 40295-0210 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253060-12<br>JEWISH HOSPITAL INC<br>PO BOX 1370<br>LOUISVILLE KY 40201 | CREDITOR ID: 400547-88<br>JEZINA, DOLORES<br>C/O JOSE A. NEGRONI, ESQ.<br>600 S. PINE ISLAND RD. #203<br>PLANTATION FL 33324 | CREDITOR ID: 400415-85<br>JEZINA, DOLORES<br>C/O GREGORY E MONALDI LAW OFFICES<br>ATTN JOSE A NEGRONI, ESQ<br>600 S PINE ISLAND ROAD, SUITE 203<br>PLANTATION FL 33324 |
| CREDITOR ID: 248857-12<br>JEZOREK, ELEANOR<br>20 CELESTIAL WAY<br>APT# 205<br>JUNO BEACH, FL 33408 | CREDITOR ID: 253061-12<br>JFC INTERNATIONAL<br>1925 NORTH NORCROSS RUCKER RD<br>ATLANTA, GA 30071 | CREDITOR ID: 253062-12<br>JFE SHOJI TRADE AMERICA INC<br>DEPT CH 17173<br>PALATINE, IL 60055-7173 |
| CREDITOR ID: 253679-12<br>JFE SHOJI TRADE AMERICA INC FKA<br>KAWASHO INTERNATIONAL USA INC<br>ATTN MARK SHIRLOFF<br>45 BROADWAY, 18TH FLOOR<br>NEW YORK NY 10006 | CREDITOR ID: 252422-12<br>JFFONTENOT ELECTRICAL CNTRCTORS LLC<br>21159 HWY 38 EAST<br>KENTWOOD LA 70444 | CREDITOR ID: 253063-12<br>JFG CONTRACTING GLASS & MIRROR<br>281 ENTERPRISE DRIVE<br>VALDOSTA GA 31601 |
| CREDITOR ID: 253064-12<br>JFK MEDICAL CENTER<br>5301 SOUTH CONGRESS AVE<br>ATLANTIS FL 33462 | CREDITOR ID: 253065-12<br>JGB ENTERPRISES INC<br>PO BOX 209<br>LIVERPOOL, NY 13088-0209 | CREDITOR ID: 253066-12<br>JHENA R NIGHTENGALE<br>239 W WESTLAKE AVENUE<br>COLUMBIA SC 29203 |
| CREDITOR ID: 253067-12<br>JIF PAK MANUFACTURING INC<br>1451 ENGINEER ST STE A<br>VISTA CA 92083 | CREDITOR ID: 253068-12<br>JILES R HANDS<br>2621 LANDFILL ROAD<br>MONROEVILLE AL 36460 | CREDITOR ID: 253069-12<br>JILG<br>PEGGY LAROCHE JILG<br>841 PRUDENTIAL DRIVE<br>C/O AETNA  MAIL CODE F713<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 253070-12<br>JILL M FRANCHER<br>PO BOX 868998<br>TUSCALOOSA AL 35486 | CREDITOR ID: 253071-12<br>JILL M SZYMCZAK<br>1611 SCOTTSDALE DRIVE<br>ARLINGTON TX 76018 | CREDITOR ID: 253072-12<br>JILL THOMPSON<br>4607 ATTERBERRY COURT, APT 1<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 253073-12<br>JIM DAY DISTRIBUTING CO<br>BOX 45<br>JEFF, KY 41751 | CREDITOR ID: 253074-12<br>JIM DIMEO WELDING SERVICE<br>1019 GASTON AVE<br>GASTONIA NC 28052 | CREDITOR ID: 253075-12<br>JIM E JOHNSON II<br>4165 SUMMIT CROSSING DRIVE<br>DECATUR GA 30034 |
| CREDITOR ID: 253076-12<br>JIM HINTON OIL CO OF GA INC<br>PO BOX 38<br>VALDOSTA GA 31603-0038 | CREDITOR ID: 253077-12<br>JIM HOLDRIDGE<br>573 IAN COURT<br>CASTLE ROCK, CO 80108 | CREDITOR ID: 253079-12<br>JIM HOUSE & ASSOCIATES INC<br>PO BOX 320129<br>BIRMINGHAM AL 35232 |
| CREDITOR ID: 253080-12<br>JIM HUGES<br>213 COTTONWOOD<br>GRETNA LA 70056 | CREDITOR ID: 253081-12<br>JIM LAURSEN<br>2300 NORTH LINCOLN PARK WEST<br>SUITE 1127<br>C/O BELDEN STRATFORD<br>CHICAGO IL 60614 | CREDITOR ID: 253082-12<br>JIM MCDONALD<br>6 VERONESE DRIVE<br>GREENVILLE, SC 29609 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253083-12<br>JIM R GERMATA<br>427 TRACE VIEW ROAD<br>MADISON MS 39110 | CREDITOR ID: 253084-12<br>JIM TWITTY<br>1131 SW 111TH WAY<br>DAVIE, FL 33324 | CREDITOR ID: 253085-12<br>JIM VALVANO KIDS KLASSIC<br>512 S MANGUM STREET<br>SUITE 400<br>DURHAM NC 27701 |
| CREDITOR ID: 253086-12<br>JIM WARFIELD ELECTRIC OF TEXAS INC<br>PO BOX 560425<br>DALLAS, TX 75356-0425 | CREDITOR ID: 253087-12<br>JIM WEIRAUCH<br>1310 NOE COURT<br>NEPTUNE BEACH FL 32266 | CREDITOR ID: 253088-12<br>JIM WHITEHEAD TIRE CO<br>PO BOX 6263<br>AUGUSTA, GA 30906 |
| CREDITOR ID: 253089-12<br>JIM WILLIAMS FENCE COMPANY<br>934 EAST ROSE STREET<br>LAKELAND, FL 33801 | CREDITOR ID: 253090-12<br>JIM WRIGHT<br>1908 HEMLOCK PLACE<br>CLAYTON NC 27520 | CREDITOR ID: 253092-12<br>JIMARCUS S VICKERS<br>2621 RIPPEE ROAD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 253093-12<br>JIMBO'S JUMBOS INC<br>PO BOX 465<br>EDENTON NC 27932 | CREDITOR ID: 386808-54<br>JIMENEZ, BETHANN<br>6563 HARRIETTS BLUFF RD.<br>WOODBINE GA 31569 | CREDITOR ID: 391688-55<br>JIMENEZ, BETHANN<br>C/O BACON LAW FIRM<br>ATTN GARY A BACON, ESQ<br>100 MARINERS DRIVE, SUITE C<br>KINGSLAND GA 31548 |
| CREDITOR ID: 399761-84<br>JIMENEZ, CONSOELO<br>415-1/2 NORTH CHICAGO ST.<br>LOS ANGELES CA 90033 | CREDITOR ID: 400234-85<br>JIMENEZ, CONSOELO<br>C/O FRANKLYN DEL RIO, ESQUIRE<br>LAW OFFICES OF DARRIGO & DIAZ, P.A.<br>4503 NORTH ARMENIA AVENUE<br>SUITE 101<br>TAMPA FL 33603 | CREDITOR ID: 386705-54<br>JIMENEZ, JOSE<br>2850 SW 38 COURT<br>MIAMI FL 33134 |
| CREDITOR ID: 385437-54<br>JIMENEZ, MIGEALIA<br>150 NW 135 TH AVE<br>MIAMI, FL 33182 | CREDITOR ID: 390741-55<br>JIMENEZ, MIGEALIA<br>C/O STOKES & GONZALEZ, PA<br>ATTN JACINTO J GONZALEZ, ESQ<br>169 EAST FLAGLER STREET, SUITE 1420<br>MIAMI FL 33131 | CREDITOR ID: 256190-12<br>JIMMENEZ, MICHAEL A<br>440 LUCKYTOWN ROAD<br>ELMORE AL 36025 |
| CREDITOR ID: 393719-58<br>JIMMIE HAIL MISSION<br>P.O.BOX 10472/2330 2ND AVE. N.<br>BIRMINGHAM, AL 35202 | CREDITOR ID: 253094-12<br>JIMMIE HATCHER<br>BOX 382<br>KENTWOOD LA 70444 | CREDITOR ID: 253095-12<br>JIMMIE R JONES<br>92 PRICKETT TRAIL<br>JACKSONVILLE AL 36265 |
| CREDITOR ID: 253097-12<br>JIMMIES FIRESTONE SERVICE CTR<br>RT 1 BOX 3329-F<br>MADISON FL 32340 | CREDITOR ID: 253098-12<br>JIMMY A ARDON<br>128 WEST SHORE DRIVE<br>SUMMERLAND KEY FL 33042 | CREDITOR ID: 253099-12<br>JIMMY CARMOUCHE<br>PO BOX 85<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 253100-12<br>JIMMY FULLER<br>14301 BACK VALLEY ROAD<br>SALE CREEK TN 37373 | CREDITOR ID: 253101-12<br>JIMMY JUDD<br>1304 HENDREN CIR<br>RALEIGH NC 27610-4938 | CREDITOR ID: 253102-12<br>JIMMY MATTHEWS<br>2302 N OLD GEORGETOWN ROAD<br>FLORENCE SC 29530 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:**    WINN-DIXIE STORES, INC., ET AL.                                                                    **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 253103-12<br>JIMMY R KNIGHT JR<br>15833 BERMUDA STREET<br>ORLANDO FL 32828 | CREDITOR ID: 253104-12<br>JIMMY RODRIGUEZ<br>1352 SW 7 STREET #4<br>MIAMI FL 33135 | CREDITOR ID: 253105-12<br>JIMMY RYALS<br>2429 MADRID DRIVE<br>AUGUSTA, GA 30906 |
| CREDITOR ID: 253107-12<br>JIMMY VERNON<br>124 SHADY HILLS CIRCLE<br>CALERA, AL 35040 | CREDITOR ID: 253108-12<br>JIMMY WRIGHT<br>2177 CHAFFEE ROAD SOUTH<br>JACKSONVILLE FL 32221 | CREDITOR ID: 253109-12<br>JIMMY* HAYDON<br>520 HUNTERS LANE<br>BARDSTOWN, KY 40004 |
| CREDITOR ID: 253110-12<br>JIMMYS PLUMBING & REPAIR<br>1730 JACKSON LAKE RD<br>HIGH POINT, NC 27263-9737 | CREDITOR ID: 253091-12<br>JIM'S AUTO SERVICE & TOWING<br>5693 SARAH AVE<br>SARASOTA FL 34233 | CREDITOR ID: 253111-12<br>JIMS TANK SERVICE<br>PO BOX 281431<br>MEMPHIS TN 38168 |
| CREDITOR ID: 253113-12<br>JJ CASSONE<br>ATTN MARY LOU CASSONE, VP<br>202 S REGENT STREET<br>PORT CHESTER, NY 10537 | CREDITOR ID: 253114-12<br>JJ CRANE INC OF SARASOTA<br>1263 WAGON WHEEL DRIVE<br>SARASOTA FL 34240 | CREDITOR ID: 252433-12<br>JJ KELLER & ASSOCIATES INC<br>ATTN SCOTT C BURMEISTER<br>PO BOX 548<br>NEENAH, WI 54957-0548 |
| CREDITOR ID: 384193-47<br>JJ TAYLOR DIST TAMPA BAY<br>5102 S 16TH AVENUE<br>TAMPA, FL 33619 | CREDITOR ID: 253115-12<br>JJB INTERNATIONAL INC<br>21 OLD KINGS ROAD NORTH<br>SUITE B211<br>PALM COAST FL 32137 | CREDITOR ID: 395314-63<br>JJH SERVICES<br>2252 KILLINGTON DR<br>HARVEY, LA 70058 |
| CREDITOR ID: 252432-12<br>JJH SERVICES INC<br>PO BOX 471<br>HARVEY, LA 70059-0471 | CREDITOR ID: 375541-44<br>JJSLC<br>P O BOX 752089<br>CHARLOTTE, NC 28275-2089 | CREDITOR ID: 384194-47<br>JJSLC<br>PO BOX 0318<br>SKILLMAN NJ 8558 |
| CREDITOR ID: 253116-12<br>JJSLC<br>PO BOX 751059<br>CHARLOTTE, NC 28275 | CREDITOR ID: 404937-95<br>JJSLC<br>CLIFTON CHOLMONDELEY<br>199 GRANDVIEW ROAD<br>SKILLMAN NJ 08558 | CREDITOR ID: 267738-31<br>JK ENTERPRISES<br>ATTN: JOHN TIMMEY<br>1141 ETOWAH VALLEY LN<br>WOODSTOCK GA 30189-2480 |
| CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | CREDITOR ID: 253117-12<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | CREDITOR ID: 252437-12<br>JL ROGERS & CALLCOTT ENG INC<br>ATTN ACCT RECEIVABLE<br>PO BOX 5655<br>GREENVILLE, SC 29606-5655 |
| CREDITOR ID: 253118-12<br>JLB/JAB LP<br>C/O BELMONT INVESTMENT CORP<br>600 HAVERFORD AVENUE<br>SUITE G101<br>HAVERFORD PA 19041 | CREDITOR ID: 381234-47<br>JM INDUSTRIAL SALES INC<br>PO BOX 2245<br>HAMMOND LA 70404 | CREDITOR ID: 252443-12<br>JM SMUCKER COMPANY<br>DEPT AT 952091<br>ATLANTA, GA 31192-2091 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279291-35<br>JM SMUCKER COMPANY, THE<br>ATTN: BRUCE JONES<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | CREDITOR ID: 253119-12<br>JM SMUCKER LLC RIPON<br>135 S LASALLE DEPT 4708<br>CHICAGO, IL 60674-4708 | CREDITOR ID: 253120-12<br>JM SOLESBEE CONSTRUCTION CO INC<br>PO BOX 3541<br>SPARTANBURG SC 29304 |
| CREDITOR ID: 253121-12<br>JMAR ENTERPRISES<br>PO BOX 6902<br>SPRINGHILL FL 34611 | CREDITOR ID: 253122-12<br>JMB BROS INC<br>PO BOX 639<br>PLANT CITY, FL 33564 | CREDITOR ID: 253123-12<br>JMG PARTNERS LLC<br>FOUR RIVERCHASE RIDGE<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 253124-12<br>JMS DEVELOPMENT CO<br>C/O NORTHERN TRUST BANK<br>18909 N E 29TH AVENUE<br>AVENTURA FL 33180 | CREDITOR ID: 253125-12<br>JMS LABS LIMITED<br>3020 HOLCOMB BRIDGE RD<br>NORCROSS GA 30071 | CREDITOR ID: 1488-07<br>JNB COMPANY OF VIRGINIA LLC<br>C/O ATLANTIC DEVELOPMENT & ACQUIS<br>6912 THREE CHOPT ROAD<br>RICHMOND, VA 23226 |
| CREDITOR ID: 253126-12<br>JNB COMPANY OF VIRGINIA LLC<br>%ATLANTIC DEVELOPMENT & ACQUIST LLC<br>6912 THREE CHOPT RD<br>RICHMOND, VA 23226 | CREDITOR ID: 253127-12<br>JNM FABRICATION INC<br>2677 NW 10TH STREET<br>STE 11<br>OCALA, FL 34475 | CREDITOR ID: 253128-12<br>JO A PARKER<br>1001 MILDRED ST<br>FINCASTLE VA 24090-3749 |
| CREDITOR ID: 253129-12<br>JO ELSBERRY<br>7314 SOUTH LAKE JOANA DRIVE<br>PANAMA CITY FL 32404 | CREDITOR ID: 253130-12<br>JO MCDOWELL<br>2601 LONGLEAK DRIVE<br>SUMTER SC 29154 | CREDITOR ID: 253132-12<br>JOAN B CHILDS<br>220 LAUREL MEADOWS DRIVE<br>WEST COLUMBIA SC 29169 |
| CREDITOR ID: 253133-12<br>JOAN C RUSSELBURG<br>4263 LOSCO ROAD<br>APT 1421<br>JACKSONVILLE FL 32257 | CREDITOR ID: 253134-12<br>JOAN D MCCALLISTER<br>3311 NW 64 COURT<br>COCONUT CREEK FL 33073 | CREDITOR ID: 253135-12<br>JOAN F OTT<br>1901 SAGE COURT<br>COLUMBUS GA 31909 |
| CREDITOR ID: 253136-12<br>JOAN HOOVEN<br>3119 CORONET COURT<br>SPRING HILL FL 34609 | CREDITOR ID: 253137-12<br>JOAN M SEELEY<br>6156 SAINT GALLEN AVE<br>MOBILE AL 36608 | CREDITOR ID: 253138-12<br>JOAN MAINS<br>6 ROSE COURT<br>LOUISVILLE KY 40208 |
| CREDITOR ID: 253139-12<br>JOAN WALKER<br>352 BOUNDS STREET<br>JACKSON MS 39206 | CREDITOR ID: 375545-44<br>JOAN WILSON<br>10076 MANISTIC WAY<br>CINCINNATI, OH 45251 | CREDITOR ID: 253140-12<br>JOANN ADAMS<br>1264 GONDOLA COURT<br>BOYNTON BEACH FL 33426 |
| CREDITOR ID: 253141-12<br>JOANN AUGILLARD<br>PO BOX 870664<br>NEW ORLEANS LA 70187 | CREDITOR ID: 253142-12<br>JOANN C ARMSTRONG<br>18 CRANE STREET<br>BRUNSWICK, GA 31523 | CREDITOR ID: 253143-12<br>JOANN L DIPPELL<br>4304 NE 17 TERRACE<br>GAINESVILLE FL 32609 |

SERVICE LIST

## Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253144-12<br>JOANN MAXIE<br>34655 SKYLARK DRIVE<br>APT# 724<br>UNION CITY CA 94587 | CREDITOR ID: 253147-12<br>JOANNA H SWEAR<br>187 BLAIR<br>BRANDON MS 39042 | CREDITOR ID: 253148-12<br>JOANNE DONOHUE<br>1971 BRANTLEY DRIVE<br>CLERMONT FL 34711 |
| CREDITOR ID: 253149-12<br>JOANNE E STALLARD<br>20 COCO PLUM DRIVE<br>APT# 1<br>MARATHON FL 33050 | CREDITOR ID: 253150-12<br>JOANNE PERCIVAL<br>5056 COLUMBIA ROAD<br>MARTINEZ GA 30907 | CREDITOR ID: 253151-12<br>JOANNE THOMPSON<br>PO BOX 37<br>EDWARDS, MS 39066 |
| CREDITOR ID: 253152-12<br>JOB FINDER PUBLICATIONS<br>PO BOX 964<br>KINGSPORT TN 37662 | CREDITOR ID: 253153-12<br>JOB NEWS<br>PO BOX 632896<br>CINCINNATI, OH 45263-2896 | CREDITOR ID: 253154-12<br>JOBSINTHEMONEY.COM INC<br>7300 WEST RIM DRIVE<br>AUSTIN TX 78731 |
| CREDITOR ID: 381201-47<br>JOC FOODS DISTRIBUTORS<br>10782 SW 188 ST<br>MIAMI, FL 33157 | CREDITOR ID: 381401-47<br>JOCELYN HALL<br>1261 ROCK SPRINGS DRIVE<br>MELBOURNE, FL 32940 | CREDITOR ID: 253155-12<br>JOCLEGN PATTERSON<br>2284 LEE ROAD 27<br>OPELIKA AL 36801 |
| CREDITOR ID: 253158-12<br>JOE CHAMBERS<br>362 WEST MADISON STREET<br>LOMBARD IL 60148 | CREDITOR ID: 375550-44<br>JOE GUIDRY & SONS TIRES &<br>P O BOX 414<br>RAYNE, LA 70578 | CREDITOR ID: 253160-12<br>JOE GUIDRY & SONS, INC<br>ATTN ANNETTE D GUIDRY<br>PO BOX 414<br>RAYNE, LA 70578 |
| CREDITOR ID: 404940-95<br>JOE HILLMAN PLUMBING<br>2930 NW 17TH TER<br>OAKLAND PARK FL 33311 | CREDITOR ID: 253161-12<br>JOE HILLMAN PLUMBING<br>2280 SW 70TH AVENUE, SUITE 1 & 2<br>DAVIE, FL 33317 | CREDITOR ID: 253162-12<br>JOE L ALCOKE<br>1315 S GLENBURNIE RD  STE #20<br>NEW BERN NC 28562 |
| CREDITOR ID: 253163-12<br>JOE LEE COMPANY<br>654 VIRGINIA RD<br>EDENTON, NC 27932 | CREDITOR ID: 253164-12<br>JOE LEIATAUA<br>309 RIVERDALE DRIVE<br>COLUMBUS MS 39702 | CREDITOR ID: 253165-12<br>JOE PRICE<br>2601 DUNCAN CHAPEL ROAD<br>COURT RIDGE #G-101<br>GREENVILLE SC 29617 |
| CREDITOR ID: 375552-44<br>JOE ROBBINS<br>P O BOX 364<br>BOSTIC, NC 28018 | CREDITOR ID: 253166-12<br>JOE ROMAN<br>1406 SE 14TH STREET<br>FT LAUDERDALE, FL 33316 | CREDITOR ID: 253167-12<br>JOE ROUTHIER & BRENDA ROUTHIER<br>6590 BYHAN ROAD<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 253168-12<br>JOE RUCKER JR<br>728 BOULDER PLACE<br>STATESVILLE, NC 28625 | CREDITOR ID: 253170-12<br>JOEL A CATZ<br>908 PRIMROSE STREET<br>LAKE PLACID FL 33852 | CREDITOR ID: 253171-12<br>JOEL ANDERSON<br>39329 BROOKFIELD DR<br>PONCHATOULA LA 70454-4877 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253172-12<br>JOEL FULP<br>519 ASHLEY LANE<br>BUFFALO JUNCTION VA 24529 | CREDITOR ID: 253173-12<br>JOEL GANAS<br>ROUTE 1 BOX 3140<br>RAY CITY, GA 31645 | CREDITOR ID: 253174-12<br>JOEL M CROMBIE<br>1334 STEPHENS AVENUE<br>BATON ROUGE LA 70808 |
| CREDITOR ID: 253176-12<br>JOEL ROSS<br>CITADEL REALTY GROUP<br>1500 BROADWAY SUITE 812<br>NEW YORK NY 10036 | CREDITOR ID: 253177-12<br>JOEL STAFF<br>263 KNIGHT PARKER ROAD<br>MERIDIAN MS 39301 | CREDITOR ID: 253179-12<br>JOELLYN GIEGER<br>1790 BON SEJOUR STREET<br>LUTCHR LA 70071 |
| CREDITOR ID: 397163-67<br>JOE'S SUPER DISCOUNT DRUGS<br>1770 ELLIS AVE.<br>JACKSON, MS 39204 | CREDITOR ID: 253180-12<br>JOEY BAUDOIN<br>1068 HARRY HUVAL ROAD<br>BREAUX BRIDGE, LA 70517 | CREDITOR ID: 253181-12<br>JOEY HALL<br>1520 ALBATROSS DRIVE<br>MOBILE AL 36605 |
| CREDITOR ID: 253182-12<br>JOEY OYSTERS INC<br>ATTN FRANK S BELLACIA, CEO<br>PO BOX 904<br>AMITE, LA 70422-0904 | CREDITOR ID: 375559-44<br>JOHANNA FOODS INC<br>PO BOX 18997<br>NEWARK, NJ 07191-8997 | CREDITOR ID: 253184-12<br>JOHANNA FOODS INC<br>PO BOX 32175<br>HARTFORD, CT 06150 |
| CREDITOR ID: 384195-47<br>JOHANNA FOODS, INC<br>ATTN RICHARD COOK, VP/CFO<br>PO BOX 272<br>FLEMINGTON NJ 08822-0272 | CREDITOR ID: 253185-12<br>JOHANNE MONTES<br>6821 PARK STREET<br>HOLLYWOOD FL 33024 | CREDITOR ID: 253186-12<br>JOHANNES DIEDERICKS<br>1824 TROY SMITH ROAD<br>MONROE, GA 30656 |
| CREDITOR ID: 253187-12<br>JOHANSON TRANSPORTATION CO<br>CORPORATE OFFICE<br>PO BOX 2645<br>FRESNO CA 93745 | CREDITOR ID: 253188-12<br>JOHN A BOWDEN<br>4315 OGLETHORPE ROAD<br>MONTGOMERY, AL 36109 | CREDITOR ID: 253189-12<br>JOHN A KOONS LOCKSMITHS<br>ATTN RONI MEIERS, OFF MGR<br>3635 FOWLER STREET<br>FORT MYERS FL 33901 |
| CREDITOR ID: 253190-12<br>JOHN A SHAW ELEMENTARY SCHOOL<br>2518 ARTS ST<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 253191-12<br>JOHN B BARBEE<br>333 17TH STREET<br>SUITE K<br>VERO BEACH FL 32960 | CREDITOR ID: 253192-12<br>JOHN B CHASE II<br>PO BOX 3035<br>EUREKA NC 27830 |
| CREDITOR ID: 253193-12<br>JOHN B SANFILIPPO & SON INC<br>2533 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 404942-95<br>JOHN B SANFILIPPO & SON INC<br>135 S LASALLE DEPT #2533<br>CHICAGO IL 60674-2533 | CREDITOR ID: 279377-36<br>JOHN B. STANFILIPPO & SON, INC.<br>C/O PUNI NAGPAL<br>2299 BUSSE ROAD<br>ELK GROVE  VILLAGE  IL 60007 |
| CREDITOR ID: 1489-RJ<br>JOHN BENETTI ASSOCIATES<br>C/O ANDERLINI FINKELSTEIN EMERICK ET AL<br>ATTN: DAVID G. FINKELSTEIN, ESQ.<br>400 S. EL CAMINO REAL, SUITE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 269280-99<br>JOHN BENETTI ASSOCIATES<br>C/O ANDERLINI FINKELSTEIN ET AL<br>ATTN: DAVID G. FINKELSTEIN<br>400 SOUTH EL CAMINO REAL , STE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 278496-24<br>JOHN BENETTI ASSOCIATES<br>ATTN: DAVID G FINKELSTEIN, ESQ.<br>ANDERLINI, FINKELSTEIN, EMERICK<br>400 SOUTH EL CAMINO REAL, SUITE 700<br>SAN MATEO CA 94402 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**  **WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:**  **05-03817-3F1**

CREDITOR ID: 1489-RJ
JOHN BENETTI ASSOCIATES
C/O JOHN BENETTI
80 MOUNT VERNON LANE
ATHERTON, CA 94025

CREDITOR ID: 253194-12
JOHN BENETTI ASSOCIATES
C/O JOHN BENETTI
80 MOUNT VERNON LANE
ATHERTON, CA 94025

CREDITOR ID: 253195-12
JOHN BODLE
11495 LIVE OAK DR
TUSCALOOSA AL 35405

CREDITOR ID: 267739-31
JOHN BUDREVIC HOME IMPRVS
ATTN: JOHN BUDREVIC
315 FLORIDA AVE
BROOKSVILLE FL 34601-2038

CREDITOR ID: 316063-41
JOHN C EYSTER AND E LEE BARRAN
PO BOX 1663
ATTN: JOHN EYSTER
DECATUR, AL 35602-1663

CREDITOR ID: 253197-12
JOHN C MCALEER III
STANDING TRUSTEE
PO BOX 1884
MOBILE, AL 36633

CREDITOR ID: 253198-12
JOHN CLANCY ELEMENTARY
2100 MAINE AVE
KENNER, LA 70062

CREDITOR ID: 253199-12
JOHN CODY BRACKWELL
841 B CONGRESS STREET
JACKSON MS 39202

CREDITOR ID: 253200-12
JOHN COLLIER
3190 WESTWOOD DRIVE
TITUSVILLE FL 32796

CREDITOR ID: 404944-95
JOHN COPES FOOD PRODUCTS INC
PO BOX 419
RHEEMS PA 17570-0419

CREDITOR ID: 253201-12
JOHN COPES FOOD PRODUCTS INC
PO BOX 7324
LANCASTER, PA 17604

CREDITOR ID: 315677-36
JOHN COPE'S FOOD PRODUCTS INC
C/O LEISAWITZ HELLER ET AL
ATTN: EDEN R BUCHER
BERKSHIRE COMMONS, STE 400
2201 RIDGEWOOD ROAD
WYOMISSING PA 19610

CREDITOR ID: 253202-12
JOHN CURTIS CHRISTIAN SCHOOL
10125 JEFFERSON HWY
RIVER RIDGE, LA 70123-2496

CREDITOR ID: 253203-12
JOHN D BRUSH & CO DBA SENTRY GROUP
PO BOX 911303
DALLAS TX 75391-1303

CREDITOR ID: 253204-12
JOHN D WEATHERLY
1688 ALETHA MANOR
MIDDLEBURG FL 32068

CREDITOR ID: 253205-12
JOHN DAIGLE FLORIDA TIMES UNION
621 ST JOHNS AVE
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 253206-12
JOHN DEERE LANDSCAPES
PO BOX 23994
TAMPA FL 33623-3994

CREDITOR ID: 253207-12
JOHN DI FATTA
300 COBLE DRIVE
LONGWOOD FL 32779

CREDITOR ID: 375568-44
JOHN DIBERT ELEMENTARY
4217 ORLEANS AVE
NEW ORLEANS, LA 70119

CREDITOR ID: 253208-12
JOHN E ANDERSON
1801 ART MUSEUM DRIVE
3RD FLOOR
JACKSONVILLE, FL 32207

CREDITOR ID: 253209-12
JOHN E PARSONS
7878 N MAIN STREET
APT 4M
JONESBORO, GA 30236

CREDITOR ID: 253210-12
JOHN E PORTER
PO BOX 7541
JACKSONVILLE FL 32238

CREDITOR ID: 253212-12
JOHN E REID AND ASSOC INC
250 S WACKER DR  STE 1200
ATTN SEMINAR DIVISION
CHICAGO IL 60606

CREDITOR ID: 253213-12
JOHN E TUCKER ESQ
PO BOX 320001
FLOWOOD, MS 39232-0001

CREDITOR ID: 253214-12
JOHN EDWARDS CO
PO BOX 118
INDIAN TRAIL, NC 28079-0118

CREDITOR ID: 253215-12
JOHN EHRET HIGH SCHOOL
4300 PATRIOT ST
MARRERO, LA 70072

CREDITOR ID: 381893-30
JOHN F COPE CO
C/O LEISAWITZ HELLER ET AL
ATTN: EDEN R BUCHER
2201 RIDGEWOOD RD, STE 400
WYOMISSING PA 10601-1193

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

CREDITOR ID: 253216-12
JOHN FOLSE & CO
PO BOX 970817
DALLAS TX 75397

CREDITOR ID: 269281-16
JOHN G. EMERSON
EMERSON, POYNTER, LLP
2228 COTTONDALE LANE
SUITE 100
LITTLE ROCK, AR 72202-2037

CREDITOR ID: 253217-12
JOHN GARTRELL & WANDA GARTRELL
434 SHERWOOD GREENS
STONE MOUNTAIN GA 30087

CREDITOR ID: 253218-12
JOHN GARTRELL III
C/O WANDA GARTRELL
434 SHERWOOD GREENS
STONE MOUNTAIN GA 30087

CREDITOR ID: 253219-12
JOHN GLASS
2705 INVERNESS CLIFFS
BIRMINGHAM, AL 35242

CREDITOR ID: 253220-12
JOHN H BODLE
2398 COUNTY ROAD 36
AKRON AL 35441

CREDITOR ID: 253221-12
JOHN H DASBURG
2 SOUTH BISCAYNE BLVD
SUITE 3663
MIAMI, FL 33131

CREDITOR ID: 406114-15
JOHN H DIXON REVOCABLE TRUST
DTD 12/17/1991
ATTN JOHN H DIXON, TRUSTEE
2701 ST MARY'S ST
RALEIGH NC 27609

CREDITOR ID: 253222-12
JOHN H MURCOTT INC
200 CABOT ST
WEST BABYLON, NY 11704-1112

CREDITOR ID: 253223-12
JOHN H SHIELDS
MJ ASSOCIATES
PO BOX 5930
HUNTSVILLE AL 35814

CREDITOR ID: 316065-41
JOHN H. O. LAGATTA
50 WEST LIBERTY STREET
STE 1080
RENO NV 89501

CREDITOR ID: 253225-12
JOHN HENRY CO
ATTN A W PIKE, CONTROLLER
PO BOX 17099
LANSING, MI 48901-7099

CREDITOR ID: 253226-12
JOHN HERRIN
1421 SE 19TH TERRACE
CAPE CORAL, FL 33990

CREDITOR ID: 381820-48
JOHN HOPKINSON & ASSOCIATES LTD
ATTN JUSTIN JONES
PO BOX 309
1 MILE W HIGHWAY 22
WATER VALLEY GOLF COURSE RD
WATER VALLEY AB T0M 2E0
CANADA

CREDITOR ID: 253227-12
JOHN J COOKE
PO BOX 362
SANDERSVILLE GA 31082

CREDITOR ID: 253228-12
JOHN J HODGES
RT 5 BOX 3209
STARKE FL 32091

CREDITOR ID: 267740-14
JOHN J HUGHES EA
ATTN: JOHN J HUGHES
17728 SE 115TH CT
SUMMERFIELD FL 34491-7818

CREDITOR ID: 253229-12
JOHN J JERUE TRANSPORTATION INC
ATTN BRENDA KOON, CR MGR
PO BOX 9007
BARTOW FL 33831-9007

CREDITOR ID: 253230-12
JOHN J SIMPSON
115 EAST SONATA CIRCLE
PANAMA CITY BEACH FL 32413

CREDITOR ID: 406231-G4
JOHN J. VOGT
203 WEST 17TH STREET
SANDFORD FL 32771

CREDITOR ID: 253232-12
JOHN JAMES AUDUBON ELEMENTARY
200 W LOYOLA DR
KENNER, LA 70065

CREDITOR ID: 253233-12
JOHN JENNINGS
101 BATHURST LANE
SIMPSONVILLE SC 29681

CREDITOR ID: 267741-31
JOHN K KELLY GRAND BAYOU RESER
ATTN: DONALD G HORTON
620 RUSH ST
COUSHATTA LA 71019-9255

CREDITOR ID: 267742-31
JOHN KNIGHT - ENCORE IMP
ATTN: JOHN KNIGHT
7001 SW 66TH ST
CORAL GABLES FL 33143-3009

CREDITOR ID: 253234-12
JOHN KNOX
2185 QUAIL HOLLOW PLACE
CINCINNATI OH 45240

CREDITOR ID: 253235-12
JOHN KOONS LOCKSMITHS
3635 FOWLER STREET
FORT MEYERS, FL 33901

CREDITOR ID: 253236-12
JOHN L & ASSOCIATES INC
ATTN CINDY WINGARD, OFF MGR
PO BOX 1388
PELHAM, AL 35124-5388

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 253237-12
JOHN L ORY CAM
182 W 5TH ST
LAPLACE, LA 70068

CREDITOR ID: 253238-12
JOHN L WALSTON
C/O EMPORIA GEN DIST COURT
315 S MAIN STREET
EMPORIA VA 23847

CREDITOR ID: 253239-12
JOHN LEE PAINT CO INC
ATTN ALICIA T KILLOUGH, SEC/TREAS
34 COLISEUM BLVD
MONTGOMERY, AL 36109

CREDITOR ID: 375572-44
JOHN M MANESS
619 WOODLAWN COURT
DANVILLE, VA 24541

CREDITOR ID: 375576-44
JOHN M WARD
15935 HGENVILLE AVENUE
BATON ROUGE, LA 70817

CREDITOR ID: 253240-12
JOHN MCDONOGH HIGH SCHOOL
2426 ESPLANADE AVE
NEW ORLEANS, LA 70119

CREDITOR ID: 253241-12
JOHN MIDDLETON INC
418 WEST CHURCH ROAD
KING OF PRUSSIA, PA 19406

CREDITOR ID: 384196-47
JOHN MIDDLETON INC
PO BOX 7777 W7900
PHILADELPHIA, PA 19175

CREDITOR ID: 279025-32
JOHN MIDDLETON INC.
ATTN: DAN ZIEGLER, CONTROLLER
418 WEST CHURCH ROAD
KING OF PRUSSIA PA 19406-3150

CREDITOR ID: 253242-12
JOHN MONK
3521 CLINTWOOD ROAD
MIDLOTHIAN VA 23112

CREDITOR ID: 253243-12
JOHN MORRELL & CO
12743 COLLECTIONS CENTER DRIVE
CHICAGO IL 60609

CREDITOR ID: 253244-12
JOHN MORRELL & COMPANY
PO BOX 905152
CHARLOTTE NC 28290-0001

CREDITOR ID: 253245-12
JOHN MULLIM
11213 ANDREA DRIVE
JACKSONVILLE FL 32218

CREDITOR ID: 253246-12
JOHN MURPHY
148 EGRET CIRCLE
WEST PALM BEACH FL 33413

CREDITOR ID: 253247-12
JOHN N CROSS
11444 TOWNSEND BYRD ROAD
COLLINSVILLE MS 39325

CREDITOR ID: 253248-12
JOHN O BUTLER CO
4635 W FOSTER AVE
CHICAGO, IL 60630

CREDITOR ID: 253249-12
JOHN OBIOL ATTORNEY AT LAW
124 ST MARYS STREET
RALEIGH NC 27605-1809

CREDITOR ID: 253250-12
JOHN OLIVER PAXTON
UNITED MEDICAL RECOVERY LLC
PO BOX 22685
JACKSON, MS 39225

CREDITOR ID: 253251-12
JOHN OPASINSKI
1551 SOUTH 1ST STREET
#202
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 253252-12
JOHN P CHARLTON II
101 W GREENBRIAR
OSCEOLA AR 72370

CREDITOR ID: 253253-12
JOHN P JONES
409 S 14TH STREET
FREDERICK OK 73542

CREDITOR ID: 253256-12
JOHN PAYNTER
3503 SHANNON ROAD
ALBANY GA 31721

CREDITOR ID: 253257-12
JOHN Q ADAMS MID SCHOOL
5525 HENICAN PLACE
METAIRIE, LA 70003

CREDITOR ID: 253258-12
JOHN Q BULLARD ASSOC INC
1448 TULLIE ROAD NE
ATLANTA GA 30329

CREDITOR ID: 253259-12
JOHN R COX
1817 BROWNSBORO ROAD
LOUISVILLE KY 40206

CREDITOR ID: 253260-12
JOHN R GREMILLION
13076 PATIN DYKE ROAD
VENTRESS LA 70783

CREDITOR ID: 253261-12
JOHN R MCCORMICK
5459 BRACKIN ROAD
DONALSONVILLE GA 39845

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253262-12 | CREDITOR ID: 253263-12 | CREDITOR ID: 253264-12 |
| JOHN R SKIPPER III | JOHN R WHITE CO | JOHN R WILKINSON |
| 7001 W JOSEPHINE ROAD | ATTN JANICE WOODARD | 1840 RAINBOW CIRCLE |
| LAKE PLACID FL 33852-0340 | 3701 8TH AVE N | DANVILLE VA 24540 |
| | PO BOX 10043 | |
| | BIRMINGHAM, AL 35202 | |
| CREDITOR ID: 253265-12 | CREDITOR ID: 253266-12 | CREDITOR ID: 375585-44 |
| JOHN RANDOLPH HOSP INC | JOHN REID AND ASSOCIATES INC | JOHN RITZENTHALER COMPANY |
| C/O PRINCE GEORGE CO GEN | 250 SOUTH WACKER DRIVE | 40 PORTLAND ROAD |
| PO BOX 187 | SUITE 1200 | WEST CONSHOHOCKEN, PA 19428-0812 |
| PRINCE GEORGE, VA 23875 | CHICAGO IL 60606 | |
| CREDITOR ID: 253267-12 | CREDITOR ID: 253268-12 | CREDITOR ID: 253270-12 |
| JOHN RITZENTHALER COMPANY | JOHN SEVIER MIDDLE SCHOOL | JOHN SMITH |
| PO BOX 821639 | 1200 WATEREE STREET | 2300 16TH STREET SOUTH |
| PHILADELPHIA, PA 19182 | KINGSPORT TN 37660 | ST PETERSBURG FL 33705 |
| CREDITOR ID: 253269-12 | CREDITOR ID: 253271-12 | CREDITOR ID: 278497-24 |
| JOHN SMITH | JOHN STEADMAN | JOHN STEWART WALKER COMPANY |
| 13532 TAMIAMI TRAIL | 1212 FLORIDA STREET | GEORGE C. WALKER JR. |
| NORTH PORT FL 34287 | KEY WEST FL 33040 | 3211 OLD FOREST ROAD |
| | | LYNCHBURG VA 24501 |
| CREDITOR ID: 253272-12 | CREDITOR ID: 316066-41 | CREDITOR ID: 253274-12 |
| JOHN STEWART WALKER INC | JOHN T HENLEY ET AL | JOHN TIPPLE |
| 3211 OLD FOREST RD | 3736 SOUTH MAIN STREET | 1306 LONDON COMPANY WAY |
| LYNCHBURG, VA 24501-2325 | HOPE MILLS NC 28348 | WILLIAMSBURG VA 23185 |
| CREDITOR ID: 253275-12 | CREDITOR ID: 253276-12 | CREDITOR ID: 253277-12 |
| JOHN W CORE III | JOHN W HOLLOMAN | JOHN W MCCREE JR |
| 393 WOOD ROAD | 7145 CR 139 | 179 CONLEY CIR |
| DUNN NC 28334 | WILDWOOD FL 34785 | MONTGOMERY AL 36110 |
| CREDITOR ID: 253278-12 | CREDITOR ID: 253279-12 | CREDITOR ID: 253280-12 |
| JOHN W PERKINS | JOHN W PERRY | JOHN W ROBINSON |
| 4924 STOKES COURT | 3859 LESS DRIVE | 224D CARRIAGE RUN COURT |
| LOUISVILLE KY 40218 | COLUMBUS GA 31907-0310 | EMPORIA VA 23847 |
| CREDITOR ID: 253281-12 | CREDITOR ID: 381296-47 | CREDITOR ID: 253282-12 |
| JOHN W WAGUESPACK | JOHN W WOODS | JOHN WHITESIDE |
| 7373 JEFFERSON HWY, APT 33 | 8499 RUCKMAN AVENUE | 1532 NORTHLAND DRIVE |
| HARAHAN LA 70123 | JACKSONVILLE, FL 32221 | CAYCE, SC 29033 |
| CREDITOR ID: 253283-12 | CREDITOR ID: 253284-12 | CREDITOR ID: 253285-12 |
| JOHN WILLIAM MORRISON | JOHN WINTERS | JOHN WOOLEY CLERK OF COURT |
| 1710 AMOS STREET | 1984 COLONIEL DRIVE | 200 OHIO AVE S |
| REIDSVILLE NC 27320 | GREEN COVE SPRINGS FL 32043 | SUWANNE COUNTY COURTHOUSE |
| | | LIVE OAK FL 32060-3239 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253286-12<br>JOHN WRIGHT<br>1557 NW 7TH TERRACE<br>POMPANO BEACH, FL 33060 | CREDITOR ID: 253287-12<br>JOHN ZIDIAN COMPANY<br>PO BOX 951322<br>CLEVELAND, OH 44193 | CREDITOR ID: 253288-12<br>JOHNATHAN E BROOKS<br>1559 TOMMY STREET<br>PENSACOLA FL 32534-0102 |
| CREDITOR ID: 253289-12<br>JOHNATHAN H BROWN<br>710 5TH AVENUE NE<br>JACKSONVILLE AL 36265 | CREDITOR ID: 253290-12<br>JOHNATHAN KIMES<br>6302 PATTERSON ROAD<br>SNOW CAMP NC 27349 | CREDITOR ID: 253291-12<br>JOHNETTA J THOMAS<br>313 EASTVIEW DRIVE<br>AUGUSTA GA 30901-1020 |
| CREDITOR ID: 253292-12<br>JOHNNIE BEHLIN<br>PO BOX 1009<br>VARNVILLE SC 29944 | CREDITOR ID: 253293-12<br>JOHNNIE L HENDERSON<br>322 FILLMORE STREET<br>GARY IN 46403 | CREDITOR ID: 253294-12<br>JOHNNIE L REVELS<br>7549 ASPEN RIDGE ROAD<br>PINSON AL 35126 |
| CREDITOR ID: 253295-12<br>JOHNNY PENDERGRAFT<br>2212 OLD HWY ONE<br>APEX, NC 27502 | CREDITOR ID: 253296-12<br>JOHNNY ROGERS JUDGE OF PROBATE<br>LAMAR COUNTY COURTHOUSE<br>PO BOX 338<br>VERNON AL 35592-0338 | CREDITOR ID: 381577-47<br>JOHNNY'S LOCKSMITH & ALARMS<br>ATTN BRENDA JONES, OWNER<br>615 E ANDREW JOHNSON HWY<br>GREENEVILLE, TN 37745 |
| CREDITOR ID: 253297-12<br>JOHNNYS QUALITY FOOD INC<br>7837 E SAINT BERNARD HWY<br>SAINT BERNARD LA 70085-9201 | CREDITOR ID: 395579-15<br>JOHNNY'S QUALITY FOODS INC<br>ATTN JOSEPH J MANGANO SR, PRES<br>7837 E ST BERNARD HWY<br>ST BERNARD LA 70085 | CREDITOR ID: 278906-30<br>JOHNNY'S QUALITY FOODS INC<br>7837 E SAINT BERNARD HWY<br>SAINT BERNARD, LA 70085-9201 |
| CREDITOR ID: 253298-12<br>JOHNNYS WRECKER SERVICE INC<br>5484 HIGHWAY 42<br>HATTIESBURG MS 39401 | CREDITOR ID: 267743-31<br>JOHNS GENERAL IMPROVEMENTS<br>ATTN: JOHN TURNER<br>3225 JAY LYNN DR<br>GREENSBORO NC 27406-9282 | CREDITOR ID: 404951-95<br>JOHNS SEAFOOD COMPANY<br>300 SALA AVENUE<br>WESTSEGO LA 70094 |
| CREDITOR ID: 253299-12<br>JOHNS SEAFOOD COMPANY<br>ATTN FRANK J PANEPINTO, OFF MGR<br>1709 LAKE SALVADOR DRIVE<br>HARVEY, LA 70058 | CREDITOR ID: 239844-06<br>JOHNS, ADRIAN T.<br>JUDGE OF PROBATE<br>PO BOX 459<br>BAY MINETTE AL 36507-0459 | CREDITOR ID: 381266-47<br>JOHNS, CARL<br>6120 OLD CAMPBELLTON ROAD<br>ATLANTA, GA 30331 |
| CREDITOR ID: 386647-54<br>JOHNS, DARLENE<br>1312 S. 10TH ST<br>FORT PIERCE FL 34946 | CREDITOR ID: 391628-55<br>JOHNS, DARLENE<br>C/O: KELLY CAMBRON<br>LEWEN, REICH & MANCINI<br>4285 SW MARTIN HIGHWAY<br>SANDS COMMERCE CENTER<br>PALM CITY FL 34990 | CREDITOR ID: 406820-MS<br>JOHNS, DEAN<br>10109 DAYLILLY COURT<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 385631-54<br>JOHNS, DEBBIE<br>5212 BOWLING GREEN DR<br>FORT PIERCE, FL 34951 | CREDITOR ID: 390922-55<br>JOHNS, DEBBIE<br>C/O: FRANK DIGIACOMO, ESQ.<br>LAW OFFICE OF FRANK DIGIACOMO, P.A.<br>2440 S.E. FEDERAL HWY<br>SUITE D<br>STUART FL 34994 | CREDITOR ID: 406821-MS<br>JOHNS, DENNIS<br>353 DUNSTER COURT<br>ORANGE PARK FL 32073 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 386711-54
JOHNS, JUDY
736 LOUELLA STREET
NEW SMYRNA BEACH FL 32168

CREDITOR ID: 253300-12
JOHNSON & ELDER, INC
ATTN EDWARD LEE JOHNSON, PRES
PO BOX 87
SEDLEY, VA 23878

CREDITOR ID: 278708-99
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 253301-12
JOHNSON & JOHNSON INC
PO BOX 157
MADISON, FL 32341

CREDITOR ID: 382026-36
JOHNSON & JOHNSON SALES AND LOGISTICS CO
TONI-MARIE MCLEAN
199 GRANDVIEW ROAD
SKILLMAN NJ 08558-9418

CREDITOR ID: 399445-15
JOHNSON & JOHNSON SALES/LOGISTIC CO
DIV JOHNSON & JOHNSON CONSUMER CO
C/O PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKHOUSE, ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 253302-12
JOHNSON & SONS STEEL
1525 ALDUC CT
MONTGOMERY, AL 36110

CREDITOR ID: 253303-12
JOHNSON BROTHERS  NON ALCOHOLIC
PO BOX 13489
TAMPA, FL 33681-3489

CREDITOR ID: 375593-44
JOHNSON BROTHERS LIQUOR CO
ATTN JAIME J GARCIA, JR
4520 S CHURCH AVE
TAMPA FL 33681-3489

CREDITOR ID: 381097-47
JOHNSON BROTHERS WINE INC
203 PARKER DRIVE
PELHAM, AL 35124

CREDITOR ID: 384197-47
JOHNSON BROTHERS WINE INC OF AL
3311 9TH AVENUE
HUNTSVILLE, AL 35805

CREDITOR ID: 384197-47
JOHNSON BROTHERS WINE INC OF AL
C/O PHILLIPS & POTACH, PA
ATTN STEVEN G POTACH, ESQ
5420 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402

CREDITOR ID: 253304-12
JOHNSON C SMITH UNIVERSITY
FINANCIAL AID OFFICER
100 BEATTIES FORD ROAD
CHARLOTTE NC 28216

CREDITOR ID: 267745-31
JOHNSON CITY OF
ATTN: TOM RECKER
857 RIVERVIEW DR
JOHNSON CITY TN 37601-3803

CREDITOR ID: 267744-14
JOHNSON CITY CITY OF
ATTN: JAMES CRUMLEY
601 E MAIN ST
JOHNSON CITY TN 37601-4879

CREDITOR ID: 397222-67
JOHNSON CITY HEALTH & FITNESS
PO BOX 4686
JOHNSON CITY, TN 37602

CREDITOR ID: 253305-12
JOHNSON CITY POWER BOARD
PO BOX 2058
JOHNSON TN 37605-2058

CREDITOR ID: 253306-12
JOHNSON CITY PRESS
PO BOX 1717
JOHNSON CITY, TN 37605-1717

CREDITOR ID: 267746-14
JOHNSON CONSULTS
ATTN: PHILLIP JOHNSON
6750 ROYAL PALM BLVD
POMPANO BEACH FL 33063-7253

CREDITOR ID: 404953-95
JOHNSON CONTROLS
1000 COBB PLACE BLVD
BLDG 200 STE 200
KENNESAW GA 30144

CREDITOR ID: 253309-12
JOHNSON CONTROLS
PO BOX 93107
CHICAGO, IL 60673-3107

CREDITOR ID: 253308-12
JOHNSON CONTROLS
PO BOX 905240
CHARLOTTE NC 28290-0001

CREDITOR ID: 240511-06
JOHNSON COUNTY TAX COLLECTOR
P O BOX 34129
CHARLOTTE NC 28234-4129

CREDITOR ID: 279428-99
JOHNSON HEARN VINEGAR ET AL
ATTN: JEAN WINBORNE BOYLES
PO BOX 1776
RALEIGH NC 27602

CREDITOR ID: 253312-12
JOHNSON HILLIARD INC
1100 EAST INDUSTRY DRIVE
KINGSPORT TN 37662

CREDITOR ID: 406822-MS
JOHNSON JR, HUGH T
103 CATHEDRAL WAY
CARY NC 27513

CREDITOR ID: 383158-99
JOHNSON POPE BOKOR RUPPEL & BURNS
ATTN: MICHAEL MARKHAM
PO BOX 1368
CLEARWATER FL 33757

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253314-12<br>JOHNSON SUPPLY<br>2905 INDUSTRIAL DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 388287-54<br>JOHNSON, ALBERTA<br>12426 COWLING RD LOT 4<br>ROBERTSDALE AL 36567 | CREDITOR ID: 388200-54<br>JOHNSON, ALICE<br>22620 SW 113RD COURT<br>MIAMI FL 33170 |
| CREDITOR ID: 392415-55<br>JOHNSON, ALICE<br>C/O AMIE GOLDBERG<br>GOLDBERG & DOHAN<br>777 BRICKELL AVENUE, STE 1210<br>MIAMI FL 33131 | CREDITOR ID: 388529-54<br>JOHNSON, ANITA<br>13190 WALES STREET<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 392607-55<br>JOHNSON, ANITA<br>C/O BERNARD L CHARBONNET ESQ<br>2140 RUE ROYALE<br>AT WASHINGTON SQUARE<br>NEW ORLEANS LA 70116 |
| CREDITOR ID: 389470-54<br>JOHNSON, ANTHONY<br>3121 JUSTINE AVENUE<br>LAKELAND FL 33805 | CREDITOR ID: 406034-15<br>JOHNSON, ARCHIE<br>C/O CAMINEZ BROWN & HARDEE, PA<br>ATTN JON D CAMINEZ<br>1307 S JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 406823-MS<br>JOHNSON, ARTHUR H.<br>1284 ARLINGWOOD AVENUE<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 242817-12<br>JOHNSON, AURORA K<br>PO BOX 481<br>VINCENT AL 35178 | CREDITOR ID: 385489-54<br>JOHNSON, AYANA (MINOR)<br>615 LAKE MOBILE DRIVE<br>ALTAMONTE SPRINGS, FL 32701 | CREDITOR ID: 390789-55<br>JOHNSON, AYANA (MINOR)<br>C/O RICHARD B TROUTMAN, PA<br>ATTN STEPHEN H MCNEI LL, ESQ<br>1101 N KENTUCKY AVENUE<br>WINTER PARK FL 32789 |
| CREDITOR ID: 381147-47<br>JOHNSON, BARBARA<br>22220 SW 107 AVENUE<br>MIAMI, FL 33170 | CREDITOR ID: 402221-90<br>JOHNSON, BERT P.<br>4850 COUNTRY MEADOWS BLVD<br>SARASOTA FL 34235 | CREDITOR ID: 406824-MS<br>JOHNSON, BERT P.<br>4850 COUNTRY MEADOWS BLVD<br>SARASOTA FL 34235 |
| CREDITOR ID: 381928-15<br>JOHNSON, BETTY<br>C/O STULCE & YANTIS<br>ATTN ARNOLD A STULCE JR, ESQ<br>736 GEORGIA AVENUE SUITE 100<br>CHATTANOOGA TN 37402 | CREDITOR ID: 389042-54<br>JOHNSON, BETTY<br>21260 BRINSON AVE<br>PORT CHARLOTTE, FL 33952 | CREDITOR ID: 389042-54<br>JOHNSON, BETTY<br>C/O TUMARKIN & RUHL, PA<br>ATTN RICHARD RUHL ESQ<br>210 WOOD STREET<br>PONTA GORDA FL 33950 |
| CREDITOR ID: 373875-44<br>JOHNSON, BETTY<br>PO BOX 238 CLANCIE ROAD<br>SHACKLEFORDS, VA 23156 | CREDITOR ID: 392940-55<br>JOHNSON, BETTY<br>C/O: RENE SUAREZ, ESQ.<br>TUMARKIN, SUAREZ & RUHL, P.A.<br>210 WOOD STREET<br>PUNTA GORDA FL 33950 | CREDITOR ID: 385365-54<br>JOHNSON, BETTY L<br>620 CLIFT RD<br>SODDY DAISY, TN 37379 |
| CREDITOR ID: 390673-55<br>JOHNSON, BETTY L<br>C/O: ARNOLD A STULCE JR., ATTY<br>STULCE & YANTIS ATTYS<br>736 GEORGIA AVE<br>SUITE 100<br>CHATTANOOGA TN 37402 | CREDITOR ID: 391744-55<br>JOHNSON, BRENDEN (MINOR)<br>C/O: LEON BRAUN, JR,P.A.<br>BRAUN & BRAUN, L.L.P.<br>103 MEMORIAL DRIVE<br>HINESVILLE GA 31313 | CREDITOR ID: 390332-54<br>JOHNSON, BRENDEN (MINOR)<br>320 BOWEN MILL ROAD<br>DOUGLAS, GA 31533 |
| CREDITOR ID: 393210-55<br>JOHNSON, BRIANNA N<br>C/O: EDWARD P.BROWN, ESQUIRE<br>KITTRELL & ROWAN, L.L.C.<br>P. O. BOX 264<br>MOBILE AL 36601 | CREDITOR ID: 389537-54<br>JOHNSON, BRIANNA N<br>299 SAINT FRANCIS ST.<br>MOBILE, AL 36602 | CREDITOR ID: 244437-12<br>JOHNSON, CANDACE L<br>657 WILSON STREET<br>KANNAPOLIS NC 28083 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 386310-54
JOHNSON, CARL J
P.O BOX 985
PIKEVILLE KY 41502

CREDITOR ID: 389253-54
JOHNSON, CAROL
7005 CHRISTOPHER ST.
WEATHERFORD TX 76086

CREDITOR ID: 244691-12
JOHNSON, CARRIE W
220 BEAVER RIDGE DRIVE
YOUNGSVILLE NC 27596

CREDITOR ID: 381415-47
JOHNSON, CHARLES W & CRYSTAL G
14018 HOLLINGS STREET
JACKSONVILLE, FL 32218

CREDITOR ID: 385219-54
JOHNSON, CHRISTA
PO BOX 226
PINELAND, FL 33945

CREDITOR ID: 390527-55
JOHNSON, CHRISTA
C/O: CHRISTA JOHNSON, PRO SE
PRO SE
FEDERAL PRISON
TALLAHASSEE FL 32301

CREDITOR ID: 399398-15
JOHNSON, CHRISTINE
C/O SHERRY D WALKER PA
ATTN SHERRY D WALKER, ESQ
1637 METROPOLITAN BLVD
TALLAHASSEE FL 32308

CREDITOR ID: 389663-54
JOHNSON, CLARA
93 MORNINGSIDE DR
ALBANY, GA 31705

CREDITOR ID: 393314-55
JOHNSON, CLARA
C/O: JAY BRIMBERRY ESQ
BRIMBERRY, KAPLAN & BRIMBERRY, PC
PO BOX 1085
ALBANY GA 31702-1085

CREDITOR ID: 389125-54
JOHNSON, CRISTINE
4260 MAGNOLIA RD
TALLAHASSEE, FL 32309

CREDITOR ID: 390284-54
JOHNSON, DANA
3199 LOOMAS STREET
LINCOLNTON NC 28092

CREDITOR ID: 385978-54
JOHNSON, DANIELLE
1099 POYDRAS STREET
NEW ORLEANS, LA 70163

CREDITOR ID: 391202-55
JOHNSON, DANIELLE
C/O LABOURDETTE LAW FIRM, LLC
ATTN SCOT LABOURDETTE, ESQ
1100 POYDRAS STREET, SUITE 2900
NEW ORLEANS LA 70163

CREDITOR ID: 387053-54
JOHNSON, DARRELL
1140 WALLER RD
MINTER AL 36761

CREDITOR ID: 381223-47
JOHNSON, DARRELL
8903 BUECHE ROAD
BUECHE, LA 70729

CREDITOR ID: 389242-54
JOHNSON, DAVID
3235 BERNATH DR
MILTON FL 32583

CREDITOR ID: 247680-12
JOHNSON, DAVID
26 EDGEWOOD DRIVE
WARE SHOALS, SC 29692

CREDITOR ID: 393083-55
JOHNSON, DAVID
C/O: WILLIAM THAMES, ESQ.
LOZIER, TIPTON, THAMAS
P.O. BOX 408
PENSACOLA FL 32592

CREDITOR ID: 247893-12
JOHNSON, DEIDRA
2035 WINIFRED STREET
MONTGOMERY AL 36108

CREDITOR ID: 385239-54
JOHNSON, DEZRA (MINOR)
939 BROOKSIDE CT
JONESBORO, GA 30238

CREDITOR ID: 390547-55
JOHNSON, DEZRA (MINOR)
C/O: CALVIN D. LOWERY, ESQ.
CALVIN D. LOWERY, ATTORNEY AT LAW
5150 OLD NATIONAL HWY. STE A
COLLEGE PARK GA 30349

CREDITOR ID: 399528-82
JOHNSON, DORIS
150 WOODWAY DRIVE
JACKSON  MS 39206

CREDITOR ID: 400090-84
JOHNSON, DOUG
21 DAN DOUGS PLACE
GREER SC 29651

CREDITOR ID: 389429-54
JOHNSON, DREW B
2022 EAST UNAKA AVENUE
JOHNSON CITY TN 37601

CREDITOR ID: 394208-56
JOHNSON, EMMA A
8841 BUNKER HILL ROAD
NEW ORLEANS, LA 70127

CREDITOR ID: 400393-85
JOHNSON, EMMA A
C/O RODERICK T. MORRIS
RODERICK T. MORRIS, ATTY & COUNSELOR AT
8000 CROWDER BLVD, STE D-2
NEW ORLEANS LA 70127

CREDITOR ID: 249375-12
JOHNSON, FANNIE
569 DOT GATOR ROAD
DALEVILLE, MS 39326

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389196-54
JOHNSON, FREDDIE
C/O PROVOSTY, SADLER, DELAUNAY
P.O. BOX 1791
ALEXANDRIA, LA 71309-1791

CREDITOR ID: 393057-55
JOHNSON, FREDDIE
C/O: JAMES W STANDLEY ESQ
PROVOSTY, SADLER & DELAUNAY
P.O. DRAWER 1791
ALEXANDRIA LA 71309-1791

CREDITOR ID: 386468-54
JOHNSON, GELINDA
P.O. BOX 193
LUTCHER LA 70071

CREDITOR ID: 391519-55
JOHNSON, GELINDA
C/O: MUHAMMAD & SAVOIE
MUHAMMAD & SAVOIE
2475 CANAL ST. STE. 306
NEW ORLEANS LA 70119-6580

CREDITOR ID: 387304-54
JOHNSON, GEORGE
876 PARK BROOK TRAIL
BIRMINGHAM, AL 35215

CREDITOR ID: 385980-54
JOHNSON, GLORIA J
696 SW 5TH STREET APT 3
BELLE GLADE, FL 33430

CREDITOR ID: 391205-55
JOHNSON, GLORIA J
C/O GERALD PIKEN PA & ASSOCIATES
1500 NE 162ND STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 385920-54
JOHNSON, GRACE
5924 BEECHCRAFT STREET
NEW ORLEANS, LA 70126

CREDITOR ID: 391156-55
JOHNSON, GRACE
C/O: CARTER WRIGHT, ESQ.
CARTER B WRIGHT ATTY AT LAW
201 HOLIDAY BLVD
SUITE 204
COVINGTON LA 70433

CREDITOR ID: 407410-15
JOHNSON, GREG
2525 OLD FARM ROAD #2136
HOUSTON TX 77063

CREDITOR ID: 393600-55
JOHNSON, JACQUELINE KENNEDY
C/O: RONALD MONROE, ESQ.
RONALD L. MONROE, ATTORNEY AND COUNSELOR
701 SOUTH PETERS ST.
NEW ORLEANS LA 70130

CREDITOR ID: 390150-54
JOHNSON, JACQUELINE KENNEDY
2515 ANNUNCIATION STREET
NEW ORLEANS, LA 70130

CREDITOR ID: 389143-54
JOHNSON, JAMES
2040 CONSTANTINE
MARRERO, LA 70072

CREDITOR ID: 393021-55
JOHNSON, JAMES
C/O CHERYL ANN MCANESPY-SMITH, ESQ
1732 4TH STREET SUITE A
HARVEY LA 70058

CREDITOR ID: 393005-55
JOHNSON, JAMIE D
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 389124-54
JOHNSON, JAMIE D
460 W OAKRIDGE RD, #328
ORLANDO, FL 32809

CREDITOR ID: 385706-54
JOHNSON, JASON
232 CLUBVIEW DR.
JACKSON, MS 39209

CREDITOR ID: 390987-55
JOHNSON, JASON
C/O: S. MALCOLM O. HARRISON, ESQ.
HARRISON & FLOWERS, PLLC
100 W. AMITE STREET
JACKSON MS 39200

CREDITOR ID: 390208-54
JOHNSON, JEANNA
1200 SANDY BEACH RD.
LOT 5
AZLE TX 76020

CREDITOR ID: 393647-55
JOHNSON, JEANNA
C/O: SCOTT HILTON
HILLISRD SND ASSOC
3710 RAWLINS
SUITE 1410
DALLAS TX 75219

CREDITOR ID: 389457-54
JOHNSON, JOHN
2103 OLD VICKSBURG ROAD
CLINTON MS 39056

CREDITOR ID: 403256-92
JOHNSON, JOYCE
4439 W 44TH STREET
APT 107
OAKLAND PARK FL 33309

CREDITOR ID: 389294-54
JOHNSON, KEITH
4013 E. EAST OVER
FORT WORTH TX 76119

CREDITOR ID: 390354-54
JOHNSON, KENNETH JR
3371 NW 194TH TERR
OPA-LOCKA FL 33056

CREDITOR ID: 390462-54
JOHNSON, LANETTE I
3829 NW 27 ST
LAUDERDALE LAKES, FL 33311

CREDITOR ID: 390166-54
JOHNSON, LARRY
1172 AUTUMN HILL COURT
STONE MOUNTAIN, GA 30083

CREDITOR ID: 397894-76
JOHNSON, LAURA
1986 WRIGHTS WAY
JONESBORO, GA 30236

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387225-54<br>JOHNSON, LORETTA<br>4810 NW 19TH ST<br>LAUDERHILL, FL 33313 | CREDITOR ID: 391813-55<br>JOHNSON, LORETTA<br>C/O: STEVEN BLOOM<br>25 SE 2ND AVE<br>SUITE 705<br>MIAMI FL 33131 | CREDITOR ID: 256267-12<br>JOHNSON, MICHAEL T<br>2035 11TH STREET S<br>ST PETERSBURG FL 33705 |
| CREDITOR ID: 256283-12<br>JOHNSON, MICHELLE<br>421 SOFT SHADOW LANE<br>DEBARY, FL 32713 | CREDITOR ID: 384243-47<br>JOHNSON, MIKE<br>6103 9TH AVENUE WEST<br>BRANDENTON, FL 34209 | CREDITOR ID: 387758-54<br>JOHNSON, MILLIE<br>3403 GLENN STREET<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 392108-55<br>JOHNSON, MILLIE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 389892-54<br>JOHNSON, NICHELLE<br>11899 BISCAYNE BLVD,SUITE 760.<br>MIAMI, FL 33181 | CREDITOR ID: 393432-55<br>JOHNSON, NICHELLE<br>C/O: RICHARD GROSSMAN, ESQ.<br>LAW OFFICES OF WOLFSON & GROSSMAN, PA.<br>11900 BISCAYNE BLVD. #760<br>MIAMI FL 33181-2733 |
| CREDITOR ID: 394132-56<br>JOHNSON, PATRICIA<br>4201 ROCKINGHAM RD.<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 387915-54<br>JOHNSON, PATRICIA<br>P O BOX 689<br>MADISON, FL 32340 | CREDITOR ID: 392199-55<br>JOHNSON, PATRICIA<br>C/O JON D CAMINEZ, PA<br>ATTN JON D CAMINEZ, ESQ<br>1307 JEFFERSON STREET<br>MONTICELLO FL 32344 |
| CREDITOR ID: 406826-MS<br>JOHNSON, ROBERT<br>114 TOWHEE DR.<br>SUMMERVILLE SC 29485 | CREDITOR ID: 406827-MS<br>JOHNSON, ROBERT L.<br>6403 OAK DR.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 279501-99<br>JOHNSON, RUSSELL R<br>3734 BYFIELD PLACE<br>RICHMOND VA 23233 |
| CREDITOR ID: 260254-12<br>JOHNSON, S C<br>PO BOX 100549<br>ATLANTA, GA 30384-0549 | CREDITOR ID: 400176-86<br>JOHNSON, SANDRA<br>1331 NW 19TH AVE.<br>MIAMI  FL 33167 | CREDITOR ID: 260825-12<br>JOHNSON, SHARRON L<br>3616 GRAND AVE 5<br>MIAMI, FL 33133 |
| CREDITOR ID: 386744-54<br>JOHNSON, SHEILA<br>254 EDNA MOORE ROAD<br>EASTMAN GA 31023 | CREDITOR ID: 387510-54<br>JOHNSON, SHIRLEY<br>5400 PARKER HENDERSON<br>LOT 164<br>FORT WORTH TX 76119 | CREDITOR ID: 387462-54<br>JOHNSON, SYLVIA<br>180 S. BAGGETT CIRCLE<br>BREWTON AL 36426 |
| CREDITOR ID: 387322-54<br>JOHNSON, TAREAKA (MINOR)<br>1380 NW 58TH TERRACE<br>MIAMI, FL 33142 | CREDITOR ID: 391900-55<br>JOHNSON, TAREAKA (MINOR)<br>C/O: CULLEN J. LANE, ESQUIRE<br>MEDVIN, TROPP & ASSOCIATES<br>4112 AURORA ST.<br>CORAL GABLES FL 33146 | CREDITOR ID: 263115-12<br>JOHNSON, TINA<br>799 OLD HIGHWAY 16<br>CANTON, MS 39046 |
| CREDITOR ID: 391737-55<br>JOHNSON, TREVIS (MINOR)<br>C/O: JOHN GEORGE, ESQ.<br>JOHN GEORGE, ESQ.<br>315 SE 7TH STREET<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 387152-54<br>JOHNSON, TREVIS (MINOR)<br>9730 BAHAMA STREET<br>MIAMI, FL 33189 | CREDITOR ID: 390169-54<br>JOHNSON, WANDA<br>9533 DEVONSHIRE BLVD<br>JACKSONVILLE, FL 32218 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393615-55<br>JOHNSON, WANDA<br>C/O J SCOTT NOONEY ESQ.<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 388933-54<br>JOHNSON, WILLIAM<br>1908 SURREY COURT<br>COLUMBIA, SC 29203 | CREDITOR ID: 392837-55<br>JOHNSON, WILLIAM<br>C/O: CLINCH BELSER<br>BELSER & BELSER, P.A.<br>P.O. BOX 96<br>COLUMBIA SC 29202 |
| CREDITOR ID: 395580-15<br>JOHNSONDIVERSEY FOOD GROUP<br>ATTN MILES LULE, CREDIT ANALYST<br>8310 16TH STREET, MS 4880<br>PO BOX 902<br>STURTEVANT WI 53177 | CREDITOR ID: 253311-12<br>JOHNSONDIVERSEY FOOD GROUP<br>1589 PAYSHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 253316-12<br>JOHNSONS CRANE SERVICE INC<br>1735 NORTH LANE AVENUE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 253317-12<br>JOHNSONS GIANT FOODS NO 4<br>1700 E MEIGHAN BLVD<br>GADSEN AL 35903 | CREDITOR ID: 253315-12<br>JOHNSON'S SAUSAGE FACTORY INC<br>RON JOHNSON - CONTACT PERSON<br>PO BOX 488<br>MAURICE, LA 70555 | CREDITOR ID: 253318-12<br>JOHNSONS WRECKER SERVICE INC<br>500 WILMER AVE<br>ORLANDO, FL 32808 |
| CREDITOR ID: 404955-95<br>JOHNSONVILLE SAUSAGE<br>P O BOX 2088 DEPT 3864<br>MILWAUKEE WI 53201-2088 | CREDITOR ID: 253319-12<br>JOHNSONVILLE SAUSAGE, LLC<br>ATTN JOY KRUGEL, CREDIT MGR<br>PO BOX 786<br>SHEBOYGAN WI 53082-0786 | CREDITOR ID: 399432-99<br>JOHNSTON HARRIS GERDE & JELKS PA<br>ATTN: JERRY GERDE<br>239 E 4TH ST<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 253323-12<br>JOHNSTON STREET ELEMENTARY SCHOOL<br>400 JOHNSTON STREET<br>NEW IBERIA, LA 70560 | CREDITOR ID: 406267-93<br>JOHNSTON, ASHLEY<br>185 RUDDERS CROSSING<br>NEWNAN GA 30263 | CREDITOR ID: 387651-54<br>JOHNSTON, CHARLES<br>1102 BIG CREEK RE<br>JACKSON MS 39212 |
| CREDITOR ID: 245027-12<br>JOHNSTON, CHARLES D<br>8118 GLYNNWOOD DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 406828-MS<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT.<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 388370-54<br>JOHNSTON, PHYLLIS<br>1726 HILL ST.<br>EDGEWATER, FL 32132 |
| CREDITOR ID: 277356-21<br>JOHNSTON, PHYLLIS<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 377638-44<br>JOHNSTON, VERONICA<br>ORL DIV STORE# 734<br>619 CEDAR GROVE DR.<br>BRANDON, FL 33511 | CREDITOR ID: 406829-MS<br>JOHNSTON, WILLIAM A.<br>3427 LAKE RADGETT DRIVE<br>LAND-O-LAKE FL 34639 |
| CREDITOR ID: 253324-12<br>JOHNSTONE PANAMA CITY<br>1911 CAULEY AVENUE<br>PANAMA CITY BEACH FL 32407 | CREDITOR ID: 253338-12<br>JOHNSTONE SUPPLY<br>PO BOX 555399<br>ORLANDO, FL 32855 | CREDITOR ID: 253337-12<br>JOHNSTONE SUPPLY<br>PO BOX 3190<br>PENSACOLA FL 32516-3190 |
| CREDITOR ID: 253333-12<br>JOHNSTONE SUPPLY<br>702 FARMERS MARKET ROAD<br>FT PIERCE, FL 34982 | CREDITOR ID: 253329-12<br>JOHNSTONE SUPPLY<br>3801 1ST AVENUE NORTH<br>BIRMINGHAM, AL 35222-1303 | CREDITOR ID: 404957-95<br>JOHNSTONE SUPPLY<br>11221 ST JOHNS IND PKWY<br>JACKSONVILLE FL 32246 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 253328-12
JOHNSTONE SUPPLY
3650 W SPRUCE ST
TAMPA, FL 33607-2505

CREDITOR ID: 253327-12
JOHNSTONE SUPPLY
2720 22ND AVENUE
GULFPORT MS 39501

CREDITOR ID: 253326-12
JOHNSTONE SUPPLY
1620 FOREST AVENUE
PO BOX 6310
MONTGOMERY AL 36106-0310

CREDITOR ID: 253325-12
JOHNSTONE SUPPLY
11710 CENTRAL PKWY
JACKSONVILLE, FL 32224

CREDITOR ID: 253336-12
JOHNSTONE SUPPLY
ATTN HAROLD C PETIT JR, PRESIDENT
PO BOX 23716
HARAHAN, LA 70183-0716

CREDITOR ID: 253335-12
JOHNSTONE SUPPLY
PO BOX 1430
DOTHAN AL 36302-1430

CREDITOR ID: 253334-12
JOHNSTONE SUPPLY
825-A  PROGRESS CENTER AVE
LAWRENCEVILLE GA 30043

CREDITOR ID: 253332-12
JOHNSTONE SUPPLY
610 ATLANTIS ROAD
MELBOURNE, FL 32904

CREDITOR ID: 253331-12
JOHNSTONE SUPPLY
6041 # 9 SIESTA LANE
PORT RICHEY, FL 34668

CREDITOR ID: 253330-12
JOHNSTONE SUPPLY
522 PARK STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 253339-12
JOHNSTONE SUPPLY OF MIAMI
PO BOX 4683
HIALEAH, FL 33014-4683

CREDITOR ID: 387687-54
JOHNSTONE, WAYNE
1192 N STATE ROAD SEVEN, APT 515
LAUDERHILL FL 33313

CREDITOR ID: 315694-36
JOHNSVILLE SAUSAGE LLC
C/O JOY KRUGEL
PO BOX 786
SHEBOYGAN WI 53082

CREDITOR ID: 253340-12
JOHNWALLIC CAREY
23 DYLAN DRIVE
FLORENCE MS 39073

CREDITOR ID: 253341-12
JOILETTE COWEN
4081 PINE LOG DRIVE
MARIETTA, GA 30064

CREDITOR ID: 395673-65
JOINER SWEEPING & LANDSCAPING
2225 CARTER ROAD
ST. AUGUSTINE, FL 32084

CREDITOR ID: 406830-MS
JOINER, JAMES A.
323 SOUGH GLEN ARVEN AVE.
TEMPLE TERRACE FL 33617

CREDITOR ID: 406831-MS
JOINER, LARRY
11050 WOODEHM DR. WEST
JACKSONVILLE FL 33218

CREDITOR ID: 267747-31
JOINT PUBLC SRVC AUTH OF WYTHE
ATTN: ROGER REPASS
169 KENTON RUN
WYTHEVILLE VA 24382-3858

CREDITOR ID: 253343-12
JOINTLY OWNED NATURAL GAS
PO BOX 1545
WARNER ROBINS, GA 31099-1545

CREDITOR ID: 253344-12
JOKEBED MILFORT
1248 NW 8 COURT
MIAMI FL 33136

CREDITOR ID: 253345-12
JOLANTA PILAT
146 CALHOUN AVENUE
DESTIN FL 32541

CREDITOR ID: 253346-12
JOLEN INC
PO BOX 458
FAIRFIELD, CT 06824

CREDITOR ID: 253347-12
JOLETTE J FRANKOVITCH
3655 BRIAN COURT
COCOA FL 32926-0443

CREDITOR ID: 387817-54
JOLLY, RICHARD
6621 POWDER HORN CT
EIGHT MILE AL 36613-9007

CREDITOR ID: 253348-12
JOLO FARMS INC
13661 DEERING BAY DR
MIAMI, FL 33158

CREDITOR ID: 253349-12
JOLYS METAL WORKS INC
ATTN GREG K SMITH, PRES
PO BOX 29041
NEW ORLEANS, LA 70189-0041

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253131-12<br>JO-MAR'S FLORIST<br>125 NORTH POINSETT HWY<br>TRAVERLERS REST SC 29690 | CREDITOR ID: 253350-12<br>JON BARRY & ASSOCIATES<br>PO BOX 127<br>CONCORD, NC 28026 | CREDITOR ID: 253351-12<br>JON BREWER<br>600 OAKLAND STREET<br>KINGS MOUNTAIN NC 28086 |
| CREDITOR ID: 253352-12<br>JON DONAIRE<br>07428 COLLECTION CTR DR<br>CHICAGO, IL 60693 | CREDITOR ID: 253353-12<br>JON MAR CABINETRY<br>401 N MEADOW STREET<br>METAIRIE LA 70003 | CREDITOR ID: 253354-12<br>JON NEAL<br>13810 HWY 22<br>BOLTON MS 39401 |
| CREDITOR ID: 253355-12<br>JONAH C PEARL<br>632 RAINTREE DRIVE<br>MATTHEWS NC 28105 | CREDITOR ID: 253356-12<br>JONATHAN C RAYMOND<br>725 HALLOWELL CIRCLE<br>ORLANDO FL 32828 | CREDITOR ID: 253357-12<br>JONATHAN D WHITE<br>3142 JOREE LANE<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 253358-12<br>JONATHAN J KROPIK<br>4852 ELMWOOD STREET<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 253359-12<br>JONATHAN L CARDENAS<br>9409 N ALBANY STREET<br>TAMPA FL 33612 | CREDITOR ID: 253360-12<br>JONATHAN M LEWIS<br>1351 HWY 56 EAST<br>LOUISBURG NC 27549 |
| CREDITOR ID: 253361-12<br>JONATHAN P FREEMAN<br>5303 BELTRAM DRIVE<br>ZEPHYRHILLS FL 33542-4644 | CREDITOR ID: 253362-12<br>JONATHAN P PIERCE<br>PO BOX 146<br>TENNGA GA 30751 | CREDITOR ID: 253363-12<br>JONATHAN PHAN<br>126 SHREBROOK DRIVE<br>GREENWOOD SC 29646 |
| CREDITOR ID: 253364-12<br>JONATHAN W BAILEY<br>4708 800 ENERGY CENTER BLVD<br>NORTHPORT AL 35473 | CREDITOR ID: 253365-12<br>JONATHAN W COKER<br>1293 EAGLE NEST ROAD<br>DUDLEY NC 28333 | CREDITOR ID: 253366-12<br>JONATHAN W DOUGHERTY<br>1251 MARINA POINT<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 267748-31<br>JONES & JONES DEVELOPMENT CO<br>ATTN: LINDA JONES<br>201 MAGNOLIA CT<br>MCDONOUGH GA 30252-4172 | CREDITOR ID: 399315-81<br>JONES (MINOR), CHELSEY<br>4124 ANNUNCIATION STREET<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 384198-47<br>JONES COUNTRY MEAT INC<br>THOMASVILLE RD<br>CLIMAX, GA 31734 |
| CREDITOR ID: 253369-12<br>JONES DAIRY FARM<br>PO BOX 808<br>FORT ATKINSON, WI 53538-0808 | CREDITOR ID: 382027-36<br>JONES DAIRY FARM<br>MATTHEW J. STICKEL<br>KOHNER MANN & KAILAS<br>4650 N. PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | CREDITOR ID: 253370-12<br>JONES GARRARD<br>4150 HIRAM LITHIA ROAD<br>POWDER SPRINGS GA 30127 |
| CREDITOR ID: 253371-12<br>JONES GLASS & RADIATOR LLC<br>45285 CRAPANZANO ROAD<br>HAMMOND, LA 70401 | CREDITOR ID: 253372-12<br>JONES HEATING & AIR CONDITIONING<br>PO BOX 535<br>PIKEVILLE NC 27863 | CREDITOR ID: 406832-MS<br>JONES JR., HUBERT<br>7496 NC HWY, #42<br>RALEIGH NC 27613 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253373-12<br>JONES MCLEOD, INC<br>ATTN LANDY CLENDERON<br>PO BOX 1688<br>BIRMINGHAM, AL 35201-1688 | CREDITOR ID: 253374-12<br>JONES MOTOR LOGISTICS<br>PO BOX 700<br>SPRING CITY PA 19475 | CREDITOR ID: 253375-12<br>JONES ONSLOW ELECTRIC<br>ATTN LARABEE L PADRICK, CCOO<br>259 WESTERN BLVD<br>JACKSONVILLE, NC 28546-5797 |
| CREDITOR ID: 253376-12<br>JONES STEPHEN CORPORATION<br>ATTN RICK CARTER/AMANDA LOGAN<br>DEPT 3200<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-3200 | CREDITOR ID: 405959-15<br>JONES WALKER<br>ATTN A BRUNS OR W BACKSTROM JR ESQS<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS LA 70170 | CREDITOR ID: 253377-12<br>JONES WALKER WAETCHER<br>POITEVENT CARRERE & DENEGRE<br>201 ST CHARLES AVE<br>NEW ORLEANS LA 70170-5100 |
| CREDITOR ID: 373572-44<br>JONES, ALBERT E<br>MTG DIV STORE# 583<br>5525 POPLAR SPGS DR<br>MERIDIAN, MS 39305 | CREDITOR ID: 385235-54<br>JONES, ALFREDA<br>1500 CONGRESS AVE<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 390543-55<br>JONES, ALFREDA<br>C/O: JOHN W. CARROLL<br>JOHN W. CARROLL, P.A.<br>11380 PROSPERITY FARMS RD<br>SUITE 216A<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 388120-54<br>JONES, ALICE F<br>3519 WAKEFIELD COURT<br>ARLINGTON TX 76015 | CREDITOR ID: 394102-56<br>JONES, ANDREA<br>2826 15TH AVENUE S<br>SAINT PETERSBURG, FL 33712 | CREDITOR ID: 400311-85<br>JONES, ANDREA<br>C/O MIKE BLICKENSDERFER<br>BALES & WEINSTEIN, P.A.<br>1715 N. WESTSHORE BLVD STE 190<br>TAMPA FL 33607 |
| CREDITOR ID: 394102-56<br>JONES, ANDREA<br>C/O BALES WEINSTEIN<br>ATTN MICHAEL C BLICKENSDERFER ESQ<br>11300 FOURTH STREET NORTH, STE 117<br>ST PETERSBURG FL 33716 | CREDITOR ID: 397895-76<br>JONES, BEVERLY<br>8601 OLD PASCAGOULA RD<br>THEODORE, AL 36852 | CREDITOR ID: 243531-12<br>JONES, BILLY<br>36 FRANCES WAY<br>CARTERSVILLE GA 30120 |
| CREDITOR ID: 243858-12<br>JONES, BRANDON H<br>1310 BUTTERNUT DRIVE<br>HOPEWELL VA 23860 | CREDITOR ID: 243963-12<br>JONES, BRIAN<br>164 SHRINERS KNOLL COURT<br>NEWBERRY, SC 29108 | CREDITOR ID: 244591-12<br>JONES, CAROL A<br>620 KECK ROAD<br>HAW RIVER NC 27258 |
| CREDITOR ID: 404043-15<br>JONES, CATHERINE<br>C/O JOHNSON & ASSOCIATES LAW OFFICE<br>ATTN GRETA JOHNSON, ESQ<br>815 S WEST STREET<br>JACKSON MS 39201 | CREDITOR ID: 386406-54<br>JONES, CATHERINE<br>3552 DALE CIR<br>PEARL MS 39208 | CREDITOR ID: 393016-55<br>JONES, CHELSEY (MINOR)<br>C/O: J. BART KELLY, III<br>THE LAW OFFICE OF RODERICK ALVENDIA, LLC<br>4431 CANAL STREET<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 389137-54<br>JONES, CHELSEY (MINOR)<br>4124 ANNUNCIATION STREET<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 275651-21<br>JONES, CHELSEY BY<br>C/O LAW OFFICES OF ALVENDIA & KELLY LLC<br>ATTN: J BART KELLY, III, ESQ<br>4431 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 275651-21<br>JONES, CHELSEY BY<br>MICHELLE WOOLRIDGE<br>4124 ANNUNCIATION STREET<br>NEW ORLEANS LA 70115 |
| CREDITOR ID: 406833-MS<br>JONES, DANNY<br>201 COLTS GATE DR.<br>CARY NC 27511 | CREDITOR ID: 406834-MS<br>JONES, DAVID<br>115 RIVERS ROAD CIRCLE<br>PIEDMONT SC 29673 | CREDITOR ID: 385436-54<br>JONES, DENISE<br>4836 VIRGILIA<br>NEW ORLEANS, LA 70127 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390740-55<br>JONES, DENISE<br>C/O: KRIS P. KIEFER, ESQ.<br>KIEFER & KIEFER<br>2121 AIRLINE DRIVE<br>METAIRIE LA 70001 | CREDITOR ID: 389040-54<br>JONES, DIANE<br>4312 HANGING MOSS DRIVE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 392938-55<br>JONES, DIANE<br>C/O THE BROWN LAW FIRM, PLC<br>ATTN THOMAS R BROWN, ESQ<br>6550 ST AUGUSTINE ROAD, SUITE 104<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 385848-54<br>JONES, ELICIA SHOWNTAY<br>3116 ANGELIQUE DR<br>VIOLET, LA 70092 | CREDITOR ID: 391101-55<br>JONES, ELICIA SHOWNTAY<br>C/O: DARLENE JACOBS<br>JACOBS & SARRAT<br>823 ST. LOUIS STREET<br>NEW ORLEANS LA 70112 | CREDITOR ID: 386437-54<br>JONES, FRANCES<br>5814 SHINDLER DR.<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 403786-94<br>JONES, GARY B<br>3628 SHADY WOODS STREET SOUTH<br>JACKSONVILLE FL 32224 | CREDITOR ID: 406171-15<br>JONES, GLEN HARVEY<br>40 GRANT ST<br>FROSTBURG MD 21532 | CREDITOR ID: 406835-MS<br>JONES, HAROLD D.<br>23 MAGNOLIA LANE<br>WILDWOOD FL 32785 |
| CREDITOR ID: 155985-09<br>JONES, ILONA H<br>HAUPTSTRASSE II<br>RECHTEUBACH  97848<br>GERMANY | CREDITOR ID: 386191-54<br>JONES, IRENE<br>616 PINE STREET<br>AUBURNDALE, FL 33823 | CREDITOR ID: 406836-MS<br>JONES, JACK P.<br>5028 BELLAIRE DR. S<br>FORT WORTH TX 76109 |
| CREDITOR ID: 404035-15<br>JONES, JAMES R<br>1032 BLUE LAKE DR<br>FORT WORTH TX 76103 | CREDITOR ID: 385926-54<br>JONES, JANET<br>910 DIVISION STREET<br>FERNANDINA BEACH, FL 32034 | CREDITOR ID: 391161-55<br>JONES, JANET<br>C/O: DANIEL MCCRANIE, ESQ.<br>DANIEL I. MCCRANIE, P.A.<br>26 SOUTH FIFTH ST.<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 390031-54<br>JONES, JERRY<br>234 EDGEWOOD CHURCH ROAD<br>MEBANE NC 27302 | CREDITOR ID: 406837-MS<br>JONES, JOSEPH K.<br>1130 ALDERMAN RD.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 393311-55<br>JONES, JUANITA T<br>C/O: RON LOFTIN, ESQ<br>CRAIG GIBBS<br>1200 RIVERPLACE BOULEVARD<br>STE. 810<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 389660-54<br>JONES, JUANITA T<br>6628 VAN GUNDY RD<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 388498-54<br>JONES, KENYETTA<br>525 NW 29 AVE<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 392580-55<br>JONES, KENYETTA<br>C/O: MR. JAVIER RODRIGUEZ, ESQUIRE<br>ALVAREZ & RODRIGUEZ<br>757 N. W. 27 AVE.<br>SUITE 203<br>MIAMI FL 33125 |
| CREDITOR ID: 400178-86<br>JONES, KIMA<br>7914 W. HAVERNE STREET<br>NEW ORLEANS  LA 70126 | CREDITOR ID: 385944-54<br>JONES, LAMONICA<br>2432 IDAHO AVENUE<br>KENNER, LA 70065 | CREDITOR ID: 391175-55<br>JONES, LAMONICA<br>C/O: DAVID F NAPOLEON<br>THE NAPOLEON LAW FIRM<br>201 ST. CHARLES AVE<br>STE 2537<br>NEW ORLEANS LA 70170 |
| CREDITOR ID: 388178-54<br>JONES, LAUREN<br>6383 HARNESS WAY<br>PINSON AL 35126 | CREDITOR ID: 393332-55<br>JONES, LEROY<br>C/O: KALVIN S. ROCKEFELLER<br>ROCKEFELLER CALVIN ATTORNEY<br>PO BOX 2354<br>TUSCALOSA AL 35403 | CREDITOR ID: 390459-54<br>JONES, LINDA M<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1234 9TH STREET NORTH<br>ST PETERSBURG FL 33705 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 392963-55
JONES, LINDA M
C/O: PUZZANGHERA LAW OFFICES
1234 9TH STREET NORTH
ST. PETERSBURG FL 33705

CREDITOR ID: 390459-54
JONES, LINDA M
836 34TH AVENUE SOUTH
SAINT PETERSBURG, FL 33705

CREDITOR ID: 386413-54
JONES, LISA
1302 GEORGIA AVENUE
MONROE NC 28112

CREDITOR ID: 391482-55
JONES, LISA
C/O: FREDERICK D. POISSON JR
POISSON POISSON BOWER & CLODFELTER
300 EAST WADE STREET
WADESBORO NC 28170

CREDITOR ID: 390099-54
JONES, MAMIE
5070 HIGHWAY 80 WEST
JACKSON, MS 39209

CREDITOR ID: 393555-55
JONES, MAMIE
C/O: GLEN HALL
STANFIELD HALL & ASSOCIATES
745 CARLISLE ST
SUITE 23969
JACKSON MS 39202-2415

CREDITOR ID: 399838-84
JONES, MARIA
168 SUMERLIN RD
HIGHLAND HOME AL 36041-3908

CREDITOR ID: 400289-85
JONES, MARIA
C/O CATHY R DONOHOE
DONOHOE & STAPLETON, LLC
2781 ZELDA RD.
MONTGOMERY RD. AL 36106

CREDITOR ID: 387712-54
JONES, MARTIN
2405 NW 135 STREET, APT 239
MIAMI FL 33167

CREDITOR ID: 385731-54
JONES, MARY
1718 AMERICA STREET
DONALDSONVILLE, LA 70346

CREDITOR ID: 394177-56
JONES, MARY
5101 AVENUE D
SAINT AUGUSTINE, FL 32095

CREDITOR ID: 394759-57
JONES, MARY
C/O RICHARD A. STAGGARD, ESQUIRE
1301 PLANTATION ISLAND DRIVE
SUITE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 391010-55
JONES, MARY
C/O: AMY E. COUNCE
AMY E COUNCE
7959 PALM PARK LANE
BATON ROUGE LA 70809

CREDITOR ID: 256019-12
JONES, MELANY B
113 PINE CONE ROAD
WAYNESBORO, GA 30830

CREDITOR ID: 389999-54
JONES, MORRIS
BOX 1161
SWEETWATER TX 79556

CREDITOR ID: 256801-12
JONES, MURRAY
593 WETUMPKA STREET
PRATTVILLE, AL 36067

CREDITOR ID: 400179-86
JONES, NICK
3611 GENTILLY BLVD., APT. 8
GENTILLY  LA 70122

CREDITOR ID: 386376-54
JONES, OLIVER W
4404 WILHELM ST
FT WORTH TX 76119

CREDITOR ID: 376501-44
JONES, PAMELA
ORL DIV STORE# 618
1425 SE PEAR DR.
ARCADIA, FL 34266

CREDITOR ID: 258174-12
JONES, PAUL
2919 BRITTANY BLUFF DRIVE
ORANGE PARK, FL 32073

CREDITOR ID: 400775-91
JONES, PAULETTE P
7830 A VAN ZYUEDEN RD
MERIDIAN MS 39305

CREDITOR ID: 394143-56
JONES, PHYLLIS
413 HIGHWOOD SOUTH
JACKSON, MS 39209

CREDITOR ID: 400347-85
JONES, PHYLLIS
C/O MELVIN PACE, ESQUIRE
THE PACE LAW FIRM, INC.
310 EDGEWOOD TERRACE
SUITE A
JACKSON MS 39206

CREDITOR ID: 386954-54
JONES, REGINA
1411 SOUTH CENTRAL AVE
APOPKA FL 32703

CREDITOR ID: 393455-55
JONES, ROGER E
C/O: GENE M. CONNELL
KELAHER, CONNELL & CONNOR, PA
PO DRAWER 14547
SURFSIDE BEACH SC 29587

CREDITOR ID: 389917-54
JONES, ROGER E
1729 RADIO LANE
CONWAY, SC 29527

CREDITOR ID: 389917-54
JONES, ROGER E
C/O KELAHER CONNELL & CONNOR PC
ATTN GENE M CONNELL JR, ESQ
PO BOX 14547
SURFSIDE BEACH SC 29587

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390243-54<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 389130-54<br>JONES, ROSA<br>1470 TIMBERLANE RD, STE 124<br>TALLAHASSEE, FL 32312 | CREDITOR ID: 393009-55<br>JONES, ROSA<br>C/O: JEREMY E COHEN ESQ<br>JEREMY E COHEN ATTORNEY AT LAW<br>1471 TIMBERLANE RD STE 124<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 397896-76<br>JONES, ROY<br>552 SPRINWOOD DR.<br>FOREST PARK, GA 30297 | CREDITOR ID: 406838-MS<br>JONES, SAM C.<br>5850 ZEBULONE RD.<br>MACON GA 31210 | CREDITOR ID: 377043-44<br>JONES, SHAUN E<br>POM DIV STORE# 725<br>PO BOX 1652<br>FT MYERS, FL 33902 |
| CREDITOR ID: 400040-84<br>JONES, STACIE<br>2101 LOWSON BLVD.<br>DELRAY BEACH FL 33445 | CREDITOR ID: 400409-85<br>JONES, STACIE<br>C/O THEODORE L. DISALVO<br>KOGAN & DISALVO, P.A.<br>7900 GLADES RD.<br>SUITE 330<br>BOCA RATON FL 33434 | CREDITOR ID: 386196-54<br>JONES, STSACY<br>2101 LOWSON BLVD.<br>DELRAY BEACH, FL 33445 |
| CREDITOR ID: 385568-54<br>JONES, TAUSHA<br>10568 LEGION ST<br>CONVENT, LA 70723 | CREDITOR ID: 390863-55<br>JONES, TAUSHA<br>C/O: FRED R. DEFRANCESCH<br>FRED R. DEFRANCESCH ATTORNEY AT LAW<br>2810 W. AIRLINE HWY.<br>P. O. BOX 1566 (70069)<br>LAPLACE LA 70068 | CREDITOR ID: 390178-54<br>JONES, TENECSHA<br>753 DR. THOMAS DRIVE<br>MOBILE, AL 36610 |
| CREDITOR ID: 393619-55<br>JONES, TENECSHA<br>C/O: WILLIAM T. EILAND, ESQ.<br>EILAND & RITCHIE, LLC<br>PO BOX 190609<br>MOBILE AL 36619 | CREDITOR ID: 262704-12<br>JONES, TERRELL J<br>7801 CAXTON CIRCLE EAST<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 386179-54<br>JONES, THERESA M<br>20307 BALD PATE ROAD<br>ALTOONA, FL 32702 |
| CREDITOR ID: 389839-54<br>JONES, TIM<br>PO BOX 190<br>AVONDALE ESTATES GA 30002 | CREDITOR ID: 389142-54<br>JONES,JR., JOSEPH<br>5344 PALMER AVE<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 389142-54<br>JONES,JR., JOSEPH<br>5644 PALMER AVE<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 253378-12<br>JONESBORO HIGH SCHOOL<br>ATT COACH LARRY MORTONSON<br>7728 MOUNT ZION BLVD<br>JONESBORO, GA 30236 | CREDITOR ID: 267749-31<br>JONESBOROUGH RECREATION DEPART<br>ATTN: KAYANN VANCE<br>1523 PERSIMMON RIDGE RD<br>JONESBOROUGH TN 37659-5243 | CREDITOR ID: 517-03<br>JONES-ONSLOW ELEC MEMBER CORP.<br>259 WESTERN BOULEVARD<br>JACKSONVILLE NC 28546 |
| CREDITOR ID: 253379-12<br>JONETTE ROBERTS<br>1261 LAKE CIRCLE<br>ORANGEBURG, SC 29115 | CREDITOR ID: 253380-12<br>JONI T MORGAN DIST<br>LIVINGSTON PARISH NEWS<br>PO BOX 2493<br>DENHAM SPRINGS, LA 70727-2493 | CREDITOR ID: 253381-12<br>JONI WHITE<br>PO BOX 96<br>LAKE COMO FL 32157 |
| CREDITOR ID: 253382-12<br>JONNIE ANDERSON<br>1720 GLEN LAUREL DRIVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 253383-12<br>JONTHAN H ODST<br>390 SADDLE CREEK<br>ROSWELL GA 30076 | CREDITOR ID: 253384-12<br>JOON CHON<br>11335 BOXFORD PLACE<br>ALPHARETTA GA 30022 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381430-47<br>JOPLIN, JAY<br>135 OLD FURNACE ROAD<br>ID# 77848<br>ROCKY MOUNT, VA 24151 | CREDITOR ID: 253385-12<br>JOQUONDA JENKINS<br>1215 BENOIST FARMS ROAD #106<br>WEST PALM BEACH, FL 33411 | CREDITOR ID: 253386-12<br>JORDAN B CULLER<br>4934 COLONIAL CIRCLE<br>TRINITY NC 27370 |
| CREDITOR ID: 253387-12<br>JORDAN C KEEL<br>1963 OLD MUNFOREVILLE ROAD<br>GLASGOW KY 42141 | CREDITOR ID: 253388-12<br>JORDAN DAVID<br>ATTN JONATHAN BELL, PRES<br>400 BABYLON RD<br>HORSHAM PA 19044 | CREDITOR ID: 390235-54<br>JORDAN III, LOUIS A<br>10220 DOUGLAS OAK CIR<br>APT. 202<br>TAMPA FL 33610 |
| CREDITOR ID: 404961-95<br>JORDAN MANUFACTURING COMPANY INC<br>PO BOX 67000<br>DETROIT MI 48267-0098 | CREDITOR ID: 253389-12<br>JORDAN MANUFACTURING COMPANY INC<br>721 N FIRST STREET<br>MONTICELLO, IN 47960 | CREDITOR ID: 242560-12<br>JORDAN, ARNETTA P<br>4500 GATEWAY DRIVE<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 243513-12<br>JORDAN, BILL<br>192 LEE ROAD # 213<br>PHENIX CITY AL 36870 | CREDITOR ID: 389053-54<br>JORDAN, DAVID<br>38072 HENRY ROAD<br>TRLR 11<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 392951-55<br>JORDAN, DAVID<br>C/O PENNINGTON & MARTINEZ<br>ATTN TIMOTHY J MARTINEZ, ESQ<br>4707 BLUEBONNET BLVD, SUITE A<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 386135-54<br>JORDAN, DENISE<br>3991 NW 30 TER APT 3<br>LAUDERDALE LAKES, FL 33309 | CREDITOR ID: 391312-55<br>JORDAN, DENISE<br>C/O: JOHN W. CONNESS<br>LAW OFFICES OF JOHN W. CONNESS<br>315 N. E. 3RD AVE<br>SUITE 201<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 397953-76<br>JORDAN, ELIZABETH<br>3613 TROUT AVENUE<br>FRUITLAND  PARK, FL 34731 |
| CREDITOR ID: 388676-54<br>JORDAN, JAMIE<br>6649 KENWOOD DR<br>NORTH PORT FL 34287 | CREDITOR ID: 392715-55<br>JORDAN, JAMIE<br>C/O: BRIAN O. SUTTER<br>ALL INJURIES LAW FIRM OF BRIAN O. SUTTER<br>822 TAMIAMI TRAIL #2<br>PORT CHARLOTTE FL 33953 | CREDITOR ID: 387278-54<br>JORDAN, JOSEPH<br>225 NW 1ST TERRACE<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 391863-55<br>JORDAN, JOSEPH<br>C/O SAM THANKACHEN, PA<br>ATTN SAM THANKACHEN, ESQ<br>446 W HILSBORO BLVD<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 388497-54<br>JORDAN, MELODY<br>1853 TEMPLE TERRACE<br>MELBOURNE, FL 32940 | CREDITOR ID: 388729-54<br>JORDAN, MONIQUE<br>3335 AVENUE A<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 253390-12<br>JORDANS TOWING & RECOVERY<br>802 HIGHWAY 231 S<br>TROY AL 36081-3167 | CREDITOR ID: 387850-54<br>JORGENSEN, NIEL A<br>661 BLANDING BLVD., APT #366<br>ORANGE PARK, FL 32073 | CREDITOR ID: 382747-51<br>JORGES, ANTONIA<br>8330 WEST 18TH LANE<br>HIALEAH, FL 33014 |
| CREDITOR ID: 406839-MS<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 | CREDITOR ID: 375614-44<br>JOSE D RANGEL<br>585 W 51 PLACE<br>APT B - 11<br>HIALEAH, FL 33012 | CREDITOR ID: 253391-12<br>JOSE GONZALEZ<br>12035 CAROLINA WOODS LANE<br>ORLANDO, FL 32824 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381283-47<br>JOSE H PORQUEZ MD PC<br>PO BOX 191<br>MONROE, GA 30655 | CREDITOR ID: 375619-44<br>JOSEPH  LEDOUX<br>742 HWY 758<br>EUNICE, LA 70535 | CREDITOR ID: 253392-12<br>JOSEPH CAMPBELL<br>C/O MARY O DIXON<br>566 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 253393-12<br>JOSEPH D DUNN<br>13031 JEWELSTONE WAY<br>ORLANDO, FL 32828 | CREDITOR ID: 253395-12<br>JOSEPH DOYLE<br>1452 WOODS RD<br>PAMPLICO SC 29583 | CREDITOR ID: 253396-12<br>JOSEPH E  DAVIDSON<br>18720 LONE DOVE LANE<br>CLERMONT FL 34715 |
| CREDITOR ID: 253397-12<br>JOSEPH E DICRESCE<br>2420 SW 81 AVENUE<br># 104<br>DAVIE FL 33324 | CREDITOR ID: 375623-44<br>JOSEPH E* DAVIDSON<br>18720 LONE DOVE LANE<br>CLERMONT, FL 34715 | CREDITOR ID: 253398-12<br>JOSEPH ENTERPRISES<br>ATTN LARRY WONG, CONTROLLER<br>425 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 |
| CREDITOR ID: 375625-44<br>JOSEPH FIORETTI<br>7097 S THRESHOLD PT<br>HOMOSASSA, FL 34446 | CREDITOR ID: 267750-31<br>JOSEPH H BOSLEY JR LLC<br>ATTN: JOSEPH BOSLEY JR<br>20 GARDENER LN<br>FRONT ROYAL VA 22630-8552 | CREDITOR ID: 253399-12<br>JOSEPH J DAVIES SCHOOL<br>4101 MISTROT DR<br>MERAUX, LA 70075 |
| CREDITOR ID: 253400-12<br>JOSEPH J EDWARDS<br>10 PINETREE CIRCLE<br>VALDOSTA GA 31601 | CREDITOR ID: 253401-12<br>JOSEPH JONES<br>10942 WILKLEE DRIVE<br>CHARLOTTE NC 28277-2072 | CREDITOR ID: 253402-12<br>JOSEPH K ANDERSON<br>262 FELLS ROAD<br>ESSEX FELLS NJ 07021 |
| CREDITOR ID: 253403-12<br>JOSEPH KARLIK<br>339 DOGWOOD CT<br>KINGSLAND GA 31548 | CREDITOR ID: 253404-12<br>JOSEPH L DAVIS<br>PO BOX 343<br>203 JONES STREET<br>SEABOARD NC 27876 | CREDITOR ID: 253405-12<br>JOSEPH L HOYLE<br>11219 BONDURANT DRIVE<br>RICHMOND VA 23236 |
| CREDITOR ID: 253406-12<br>JOSEPH L MARSHALL<br>4321 EMPRESS STREET<br>PALM BEACH GARDENS FL 33461 | CREDITOR ID: 253407-12<br>JOSEPH L MORSE GERIATRIC CENTER<br>ATTN JOYCE NEWMAN<br>4847 FRED GLADSTONE DRIVE<br>WEST PALM BEACH, FL 33417 | CREDITOR ID: 253409-12<br>JOSEPH MCGEE<br>6758 CANDLEWOOD DRIVE<br>FAYETTEVILLE, NC 28314 |
| CREDITOR ID: 253410-12<br>JOSEPH P CARPENTER<br>1111 SIDNEY STREET<br>METAIRIE LA 70005 | CREDITOR ID: 278907-30<br>JOSEPH P SULLIVAN & CO<br>PO BOX 449<br>AYER, MA 01432-0449 | CREDITOR ID: 253412-12<br>JOSEPH PALMER<br>322 SAVANNA STREET<br>JACKSON MS 39212 |
| CREDITOR ID: 253413-12<br>JOSEPH ROACH<br>6310 ESSEX COURT<br>NEW ORLEANS LA 70131 | CREDITOR ID: 253414-12<br>JOSEPH S CROSBY<br>1244 DEEB STREET<br>PEARL MS 39208 | CREDITOR ID: 253415-12<br>JOSEPH S MAGGIORE ELEMENTARY SCHOOL<br>2504 MAINE STREET<br>METAIRIE, LA 70003 |