EXHIBIT A
SERVICE LIST
(J THROUGH Z)

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253416-12<br>JOSEPH S SABO<br>1410 ALCAZAR WAY SOUTH<br>ST PETERSBURG FL 33705 | CREDITOR ID: 253417-12<br>JOSEPH S SMITH<br>132 TYRON ROAD<br>SUMMERVILLE SC 29485 | CREDITOR ID: 253420-12<br>JOSEPH STERLING<br>172 PIETY<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 253421-12<br>JOSEPH WILLIAMS<br>612 PARK AVENUE #8<br>HOPKINSVILLE KY 42240 | CREDITOR ID: 381620-47<br>JOSEPH WRIGHT<br>2281 SHERMAN CIRCLE SOUTH<br>B-210<br>MIRAMAR, FL 33025 | CREDITOR ID: 246629-12<br>JOSEPH, COLLIE<br>118 ESTATE COURT<br>JACKSON MS 39211 |
| CREDITOR ID: 387253-54<br>JOSEPH, ELEANOR<br>6020 W. ROBINSON ST.<br>ORLANDO, FL 32825 | CREDITOR ID: 391841-55<br>JOSEPH, ELEANOR<br>C/O: MR. JOHN C MITCHELL, ESQUIRE<br>JOHN C. MITCHELL, PA<br>2699 LEE RD<br>SUITE 405<br>WINTER PARK FL 32789 | CREDITOR ID: 385896-54<br>JOSEPH, ERIKA<br>2426 JAMIE CT<br>VIOLET, LA 70092 |
| CREDITOR ID: 394201-56<br>JOSEPH, JAMIE (MINOR)<br>22 LARKSPUR LANE<br>LAFAYETTE, LA 70507 | CREDITOR ID: 400386-85<br>JOSEPH, JAMIE (MINOR)<br>C/O ROBERT T. HUGHES<br>ROBERT T. HUGHES<br>PO BOX 791006<br>NEW ORLEANS LA 70179 | CREDITOR ID: 385643-54<br>JOSEPH, JASON<br>2701 WETON LANE<br>ORLANDO, FL 32810 |
| CREDITOR ID: 390931-55<br>JOSEPH, JASON<br>C/O: SCOTT W ZIRKLE, ESQ<br>BOGIN, MUNNS & MUNNS<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 389962-54<br>JOSEPH, JOANNA<br>11240 NW 12TH AVE<br>MIAMI, FL 33168 | CREDITOR ID: 393485-55<br>JOSEPH, JOANNA<br>C/O: JACK G BERNSTEIN ESQ<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 |
| CREDITOR ID: 385313-54<br>JOSEPH, MADELINE<br>5993 WINEGARD ROAD<br>ORLANDO, FL 32809 | CREDITOR ID: 390621-55<br>JOSEPH, MADELINE<br>C/O: TIMOTHY SELLINGER, ESQ.<br>SELLINGER & SELLINGER, P.A.<br>1144 CLIFTON AVENUE<br>CLIFTON NJ 07013 | CREDITOR ID: 389948-54<br>JOSEPH, MARION<br>1466 MARAIS STREET<br>NEW ORLEANS, LA 70116-1847 |
| CREDITOR ID: 407421-15<br>JOSEPH, MARION<br>2304 BIENVILLE STREET, APT A<br>NEW ORLEANS LA 70119 | CREDITOR ID: 389948-54<br>JOSEPH, MARION<br>1531 N. VILLERE<br>NEW ORLEANS, LA 70116 | CREDITOR ID: 407421-15<br>JOSEPH, MARION<br>C/O WARREN A FORSTALLJR, PLC<br>ATTN WARREN A FORSTALL JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 400315-85<br>JOSEPH, STELLA<br>C/O WILLIAM MCFARLANE<br>MCFARLANE & DOLAN<br>10394 WEST SAMPLE RD.<br>SUITE 201<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 392584-55<br>JOSEPH, STELLA (MINOR)<br>C/OMCFARLANE & DOLAN LAW OFFICE<br>ATTN WILLIAM J MCFARLANE, ESQ<br>10394 WEST SAMPLE ROAD, SUITE 201<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 388502-54<br>JOSEPH, STELLA (MINOR)<br>2601 NW 52ND AVENUE<br>LAUDERHILL, FL 33133 |
| CREDITOR ID: 385627-54<br>JOSEPH-EL, ELLEN<br>5010 SW 19 STREET<br>WEST HOLLYWOOD, FL 33023 | CREDITOR ID: 390918-55<br>JOSEPH-EL, ELLEN<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>200 E BROWARD BLVD, SUITE 100<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 253422-12<br>JOSEPHINE PELTIER<br>282 HWY 304<br>THIBODAUX LA 70301 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ⋅Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253423-12<br>JOSEPHINE WHITE<br>338 SAUNDERS ROAD SE<br>PALM BAY FL 32909 | CREDITOR ID: 381396-47<br>JOSEY & YOUNG DIST<br>PO BOX 1857<br>CHESTER, SC 29705 | CREDITOR ID: 253424-12<br>JOSH BULLOCKS BBQ SAUCE<br>149 NORTH FRANKLIN ST<br>ROCKY MOUNT, NC 27803 |
| CREDITOR ID: 253425-12<br>JOSH S RUSSELL<br>5 JOE IVERSTINE PLACE<br>HAMMOND LA 70401 | CREDITOR ID: 253426-12<br>JOSH WILLIAMSON<br>412 A OAK STREET<br>GREENVILLE, AL 36037 | CREDITOR ID: 253427-12<br>JOSHA L STINES<br>4720 GOLDINE ROAD<br>MONROE NC 28110 |
| CREDITOR ID: 253428-12<br>JOSHUA A BRAME<br>1122 EDWARD STREET<br>HENDERSON NC 27536 | CREDITOR ID: 253429-12<br>JOSHUA BUTLER ELEMENTARY<br>300 4TH ST<br>WESTWEGO, LA 70094 | CREDITOR ID: 253430-12<br>JOSHUA C ARMSTRONG<br>206 B SOUTHFIELDS ROAD<br>PANAMA CITY BEACH FL 32413 |
| CREDITOR ID: 253431-12<br>JOSHUA DAVIS<br>1611 S IRBY STREET<br>FLORENCE, SC 29505 | CREDITOR ID: 253432-12<br>JOSHUA E KOCH<br>700 BILL SHAW ROAD<br>SPRING LAKE NC 28309 | CREDITOR ID: 375634-44<br>JOSHUA M BRIGHT<br>1406 INDIA ROAD<br>OPELIKA, AL 36801 |
| CREDITOR ID: 375635-44<br>JOSHUA MASON<br>910 STEEP HILLS ROAD<br>BELMONT, NC 28012 | CREDITOR ID: 253433-12<br>JOSHUA PALMER<br>701 HILLSIDE VILLAGE<br>ATLANTA, GA 30317 | CREDITOR ID: 253434-12<br>JOSIE E BECKER ELEMENTARY<br>6525 SIMPSON AVE<br>CINCINNATI OH 45239 |
| CREDITOR ID: 253435-12<br>JOURDAN S GUIDER<br>2115 AUDUBON AVENUE<br>COLUMBIA SC 29223 | CREDITOR ID: 253437-12<br>JOURNAL RECORD<br>ATTN HORACE MOORE<br>PO DRAWER 1477<br>HAMILTON, AL 35570 | CREDITOR ID: 262840-12<br>JOURNAL, THE<br>PO BOX 369<br>WILLIAMSTON, SC 29697 |
| CREDITOR ID: 387730-54<br>JOURNEY, CHARLES<br>7002 NW 93RD AVENUE<br>TAMARAC FL 33321 | CREDITOR ID: 253438-12<br>JOWANNA S BURTON<br>185 TAYLOR TOWN ROAD<br>ABBEVILLE SC 29620 | CREDITOR ID: 387506-54<br>JOWERS, BONNIE<br>109 LITTLE LN<br>WRAY GA 31798-4013 |
| CREDITOR ID: 392022-55<br>JOWERS, BONNIE<br>C/O: BRUCE EDWARDS<br>802 EAST WARD STREET<br>P O BOX 248<br>DOUGLAS GA 31534 | CREDITOR ID: 381235-47<br>JOY DAUZAT & HOLY FAMILY MEDICAL CLINIC<br>4218 HIGHWAY 1192<br>MARKSVILLE, LA 71351 | CREDITOR ID: 253439-12<br>JOY J THOMAS<br>6020 INDRIO ROAD 17<br>FT PIERCE FL 34951 |
| CREDITOR ID: 253440-12<br>JOY MARKLAND<br>127 LITTLE STONEY CRK<br>ELIZABETHTON TN 37643 | CREDITOR ID: 253441-12<br>JOY WATHEN<br>2337 THISTLEDAWN DRIVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 243979-12<br>JOY, BRIAN T<br>6090 WOODBURY ROAD<br>BOCA RATON FL 33433 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253442-12<br>JOYCE BELL<br>ATLANTA CONSTITUTION<br>1204 TOLEDO DRIVE SUITE C<br>ALBANY GA 31705-3821 | CREDITOR ID: 253443-12<br>JOYCE BRADLEY BABIN TRUSTEE<br>PO BOX 55161<br>LITTLE ROCK, AR 72215-5161 | CREDITOR ID: 253444-12<br>JOYCE D GOODWIN<br>910 ORCHARD KNOB AVENUE<br>CHATTANOOGA TN 37406 |
| CREDITOR ID: 253445-12<br>JOYCE DAYTON CORP<br>PO BOX 1630<br>DAYTON OH 45401 | CREDITOR ID: 253446-12<br>JOYCE PORTER BEHALF OF ERICA PORTER<br>4302 GREENWOOD LANE<br>BAKER LA 70714 | CREDITOR ID: 392606-55<br>JOYCE, MAE L<br>C/O: HERMAN KLEMICK<br>KLEMICK & GAMPEL, P.A.<br>1953 S.W. 27TH AVE.<br>MIAMI FL 33145 |
| CREDITOR ID: 388528-54<br>JOYCE, MAE L<br>6528 N.W. 14TH AVENUE<br>MIAMI, FL 33147 | CREDITOR ID: 253447-12<br>JOYCO USA<br>6330 MANOR LANE<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 253448-12<br>JOYE HILTON<br>1088 CASSIE LYNN DRIVE<br>MANNING, SC 29102 |
| CREDITOR ID: 253449-12<br>JOYFUL THE CLOWN<br>220 CROSS PARK DRIVE<br>#J116<br>JACKSON, MS 39208 | CREDITOR ID: 381522-47<br>JOYNER, BARBARA<br>JAX DIV STORE# 77<br>311 LOBELIA RD.<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 253450-12<br>JP PRODUCTS LC<br>DBA POMERANTZ<br>ATTN BONNIE BRYANT, VP<br>409 W 76TH ST<br>DAVENPORT, IA 52806 |
| CREDITOR ID: 315858-40<br>JPI INC<br>PO BOX 32352<br>LOUISVILLE, KY 40232 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 269283-16<br>JPMORGAN CHASE BANK, NA,<br>C/O ARTHUR A. ROUSE<br>WYATT, TARRANT & COMBS, LLP<br>500 WEST JEFFERSON STREET<br>SUITE 2700<br>LOUISVILLE, KY 40202 | CREDITOR ID: 252448-12<br>JR FREEMAN CRANE SERVICE<br>514 WELCOME BETHESDA RD<br>LEXINGTON, NC 27295 |
| CREDITOR ID: 253451-12<br>JR THOMAS<br>4423 PLEASANT FOREST DRIVE<br>DECATUR GA 30034 | CREDITOR ID: 390944-55<br>JR., DAMEION FAIR (MINOR)<br>C/O: MS. PHINIA ATEN, ESQ.<br>PHINIA ATEN & ASSOCIATES<br>142 MITCHELL ST<br>SUITE 238<br>ATLANTA GA 30303 | CREDITOR ID: 399918-84<br>JR., SAMUEL COOPER<br>10984 BACALL RD WEST<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 253453-12<br>JRN TRUCKING<br>2816 BROOKHAVEN DRIVE<br>SANFORD NC 27330 | CREDITOR ID: 253454-12<br>JRS CELLARS INC<br>JOSE R SUSO VICTOR SERRANO<br>7601 NW 68TH STREET<br>BAY 118<br>MIAMI, FL 33166 | CREDITOR ID: 253455-12<br>JRS CELLARS INC SOFT DRINKS<br>7601 NW 68 STREET BAY 118<br>MIAMI, FL 33146 |
| CREDITOR ID: 253452-12<br>JR'S JACK EQUIPMENT REPAIR<br>4513 CLEMENTS ROAD<br>LAKELAND, FL 33811 | CREDITOR ID: 381080-47<br>JRT CUSTOM CLIMATES INC<br>4876 LORI STREET<br>VALDOSTA, GA 31605 | CREDITOR ID: 253456-12<br>JRT REALTY GROUP - TIAA<br>CORPORATE PLAZA OF DEERWOOD<br>8663 BAYPINE ROAD<br>SUITE 115<br>JACKSONVILLE, FL 32256 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1492-RJ<br>JRT REALTY GROUP - TIAA<br>CORPORATE PLAZA OF DEERWOOD<br>8663 BAYPINE ROAD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 253457-12<br>JS JR INC.<br>D/B/A JOHNSTONE SPLY GARNER<br>2905 INDUSTRIAL DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 253458-12<br>JT COMMERCIAL SERVICE<br>PO BOX 230217<br>MONTGOMERY, AL 36123 |
| CREDITOR ID: 395503-64<br>JT LA MAINT SERVICE<br>PO BOX 1093<br>KENNER, LA 70063-1093 | CREDITOR ID: 380973-47<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | CREDITOR ID: 407691-15<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN A TODESCO, SR, PRESIDENT<br>8401 DRURY ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 375339-44<br>JT LOUISIANA CONST. AND MAINT INC<br>PO BOX 1093<br>ATTN JOHN TODESCO SR<br>KENNER, LA 70063-1093 | CREDITOR ID: 252455-12<br>JT LOUISIANA CONSTRUCTION & MAINT<br>PO BOX 1093<br>% JOHN TODESCO SR<br>KENNER LA 70063-1093 | CREDITOR ID: 253459-12<br>JUAN A RODRIGUEZ<br>C/O CHI CHI RODRIGUEZ MGMT GROUP IN<br>3916 CLOCK POINTE TRAIL<br>SUITE 101<br>STOW, OH 44224 |
| CREDITOR ID: 253460-12<br>JUAN AGUDO<br>9458 N MILITARY DRIVE<br>PALM BEACH FL 33410 | CREDITOR ID: 253461-12<br>JUAN BARTOLOME<br>8270 SW 27TH STREET<br>MIAMI, FL 33155 | CREDITOR ID: 253462-12<br>JUAN C OCAMPO<br>PAID THREW P CARD<br>2487 SW 177TH AVENUE<br>MIRAMAR, FL 33029-5136 |
| CREDITOR ID: 253463-12<br>JUAN LOPEZ<br>3042 SW 16 TERRACE<br>ID# 159562<br>MIAMI FL 33145 | CREDITOR ID: 253464-12<br>JUAN M JORRO<br>5440 SW 116 AVENUE<br>MIAMI FL 33165 | CREDITOR ID: 375644-44<br>JUANA HERNANDEZ<br>4987 HOLLY VILLAGE<br>APT C7<br>LIBURN, GA 30047 |
| CREDITOR ID: 375645-44<br>JUANITA C KING<br>210 DATES AVENUE # 16<br>FT WALTON BEACH, FL 32548 | CREDITOR ID: 375646-44<br>JUANITA COLLIER<br>3397 HUNTERS CHASE WAY<br>LITHONIA, GA 30038 | CREDITOR ID: 375647-44<br>JUANITA HABISIREITNGER<br>42116 JAMIE ROAD<br>ID# 190358<br>PRAIRIEVILLE, LA 70769 |
| CREDITOR ID: 253466-12<br>JUANITA L BURRISS<br>343 BODEGA BAY ROAD<br>WILMINGTON NC 28412 | CREDITOR ID: 253467-12<br>JUANITA W STEVENS<br>2208 OHIO STREET<br>KANNAPOLIS NC 28083 | CREDITOR ID: 253468-12<br>JUANITA WRIGHT<br>1202 HAVERHILL DRIVE<br>GREENSBORO NC 27405 |
| CREDITOR ID: 390385-54<br>JUARBE, KATHLEEN D<br>1800 NW 24 AVE APT 916<br>MIAMI, FL 33125 | CREDITOR ID: 391108-55<br>JUARBE, KATHLEEN D<br>C/O: HOWARD P. GROSS, ESQUIRE<br>GROSS & TELISMAN, PA<br>12805 SW 84TH AVENUE RD<br>MIAMI FL 33156 | CREDITOR ID: 386355-54<br>JUAREZ, JUSTO<br>6629 DEWBURY<br>N. RICHLAND HIL TX 76180 |
| CREDITOR ID: 253469-12<br>JUBILATIONS INC<br>1536 GARDNER BLVD<br>BUILDING 7 STE 8<br>COLUBUS, MS 39702 | CREDITOR ID: 253470-12<br>JUBILEE SERVICES INC<br>PO BOX 309<br>MONTROSE AL 36559 | CREDITOR ID: 385327-54<br>JUDD, JACQUELINE<br>PO BOX 538<br>DUNEDIN, FL 34697 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390634-55<br>JUDD, JACQUELINE<br>C/O: ROBERT F. KEMP, ESQ.<br>EATON & KEMP<br>3626 NORTH HALL STREET<br>SUITE 704<br>DALLAS TX 75219 | CREDITOR ID: 406840-MS<br>JUDD, RICHARD C<br>724 EAGLE POINT DRIVE<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 253471-12<br>JUDE GARRETT<br>5155 ELM RIDGE DRIVE<br>BATON ROUGE LA 70817 |
| CREDITOR ID: 253472-12<br>JUDE O CAMBRE<br>3579 REDWOOD LANE<br>PAULINA LA 70763 | CREDITOR ID: 253475-12<br>JUDGE OF PROBATE<br>WALKER COUNTY COURTHOUSE<br>JASPER AL 35502 | CREDITOR ID: 269284-16<br>JUDGSON-ATKINSON CANDIES<br>C/O C.H BLANTON JR KOSTO&ROTELLA PA<br>SUITE 1028-BLACKSTONE BUILDING<br>233 EAST BAY STREET<br>PO BOX 4759<br>JACKSONVILLE, FL 32201 |
| CREDITOR ID: 267751-31<br>JUDICARY CRTS OF THE STATE ALA<br>ATTN: DON DANIELS<br>3320 FLORENCE BLVD<br>FLORENCE AL 35634-2540 | CREDITOR ID: 267752-31<br>JUDICIARY COURTS CMNWLTH OF VA<br>ATTN: WILLIAM LOGAN<br>116 S COURT ST STE F<br>LURAY VA 22835-1200 | CREDITOR ID: 253476-12<br>JUDITH BIELSKYTE<br>146 C CALHOUN AVENUE<br>DESTIN FL 32541 |
| CREDITOR ID: 253477-12<br>JUDITH C RILEY<br>2104 INNER CASS CIRCLE<br>SARASOTA FL 34231 | CREDITOR ID: 253478-12<br>JUDITH G WILSON<br>4545 DELESPINE ROAD<br>COCOA BEACH FL 32927 | CREDITOR ID: 253479-12<br>JUDITH L CANO<br>14019 BEACH BLVD<br>LOT 946<br>JACKSONVILLE BEACH FL 32250-1556 |
| CREDITOR ID: 253481-12<br>JUDITH WHITEHEAD<br>6512 B NW 11 AVENUE<br>MIAMI FL 33150 | CREDITOR ID: 253482-12<br>JUDSON BAPTIST CHURCH<br>32470 WALKER NORTH RD<br>WALKER, LA 70785 | CREDITOR ID: 253483-12<br>JUDTH C PODNER<br>10412 125TH AVENUE N<br>LARGO FL 33773 |
| CREDITOR ID: 253484-12<br>JUDTH RECORE<br>8 PINERIDGE TRAIL<br>LOT 21<br>PHENIX CITY AL 36869-5649 | CREDITOR ID: 253485-12<br>JUDY A BISHOP<br>1700 SW 99TH AVENUE<br>MIRAMAR FL 33025 | CREDITOR ID: 375649-44<br>JUDY A SHORE<br>3586 EDDIE PAGE ROAD<br>PERRY FL 32347 |
| CREDITOR ID: 375650-44<br>JUDY A SHORE<br>3586 PAGE ROAD<br>PERRY, FL 32347 | CREDITOR ID: 253486-12<br>JUDY BYRD CLERK<br>HOUSTON COUNTY DISTRICT COURT<br>P O DRAWER 6406<br>DOTHAN, AL 36302 | CREDITOR ID: 253488-12<br>JUDY E SIMS<br>6464 DRAKE MANOR<br>AUSTELL GA 30168 |
| CREDITOR ID: 253489-12<br>JUDY JAMES<br>PO BOX 92<br>MADISON FL 32340-0092 | CREDITOR ID: 253490-12<br>JUDY JERRELL<br>RT 22 BOX 2621<br>LAKE CITY FL 32024 | CREDITOR ID: 253491-12<br>JUDY LATHAM<br>374 TARLTON LANE<br>YORK SC 29745 |
| CREDITOR ID: 253492-12<br>JUDY M VANPAY<br>301 LULLWATER DRIVE<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 253493-12<br>JUDY MERRIOT<br>6113 DUNNETT COURT<br>ORLANDO FL 32809 | CREDITOR ID: 253494-12<br>JUDY MILLER<br>4146 NW 66 TERR<br>GAINESVILLE FL 32606 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278498-24<br>JUDY R. STREET<br>C/O JOSEPH B. LYLE, ESQ<br>GREEN & HALE, PC<br>126 EDGEMONT AVENUE<br>BRISTOL TN 37621 | CREDITOR ID: 278640-21<br>JUDY R. STREET<br>GE BUSINESS ASSET FUNDING CORP<br>ATTN: KATHERINE MACKINNON<br>10900 NE 4TH STREET<br>SUITE 500<br>BELLEVUE WA 98004 | CREDITOR ID: 381709-47<br>JUDY RAGAS<br>PO BOX 657<br>PRAIRIEVILLE, LA 70769 |
| CREDITOR ID: 253495-12<br>JUDY RHODES<br>3917 SAVANNAH GROVE ROAD<br>EFFINGHAM SC 29541 | CREDITOR ID: 240518-06<br>JUDY W FLOYD<br>P O BOX 206<br>NEWBERRY SC 29108 | CREDITOR ID: 382749-51<br>JUDY, ANTOINETTE<br>13798 84TH TERRACE NORTH<br>SEMINOLE, FL 33776 |
| CREDITOR ID: 403790-94<br>JUDY, ANTOINETTE M<br>2108 PELICAN COURT<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 406841-MS<br>JUDY, ANTOINETTE M.<br>7598 RED CRANE LN<br>JACKSONVILLE FL 32256 | CREDITOR ID: 393675-58<br>JUDY'S SHOES<br>340 W MONTICELLO ST<br>BROOKHAVEN, MS 39601 |
| CREDITOR ID: 253497-12<br>JULA TRUST<br>PO BOX 1566<br>CROWLEY, LA 70527-1566 | CREDITOR ID: 2340-RJ<br>JULA TRUST<br>919 W. SECOND STREET<br>CROWLEY LA 70526 | CREDITOR ID: 1493-RJ<br>JULA TRUST<br>PO BOX 1566<br>CROWLEY, LA 70527-1566 |
| CREDITOR ID: 403382-99<br>JULA TRUST LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN: TERESA SADUTTO, ESQ<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | CREDITOR ID: 387647-54<br>JULAIO, ROCIO SANCHEZ<br>4371 FOXTRAIL LINE<br>WESTON FL 33331 | CREDITOR ID: 392099-55<br>JULAIO, ROCIO SANCHEZ<br>C/O: DAVID M. BENENFELD, P.A.<br>5950 WEST OAKLAND PARK BLVD.<br>SUITE 310<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 385293-54<br>JULES-DESIR, CARINE<br>2216 QUEENS WAY ROAD<br>ORLANDO, FL 32808 | CREDITOR ID: 390601-55<br>JULES-DESIR, CARINE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 253498-12<br>JULIA A MESSICK<br>1417 VAUGHN ROAD<br>BURLINGTON, NC 27217 |
| CREDITOR ID: 253500-12<br>JULIA B NORTH<br>VSI ENTERPRISES INC<br>5801 GOSHEN SPRINGS RD<br>NORCROSS GA 30071 | CREDITOR ID: 387217-54<br>JULIAN, MARIE<br>7800 EDWARDS STREET<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 391805-55<br>JULIAN, MARIE LOPEZ<br>C/O FRANK D IPPOLITO LAW OFFICE<br>ATTN FRANK D IPPOLITO, ESQ<br>700 WEST JUDGE PEREZ DR, SUITE 101<br>PO BOX 428<br>CHALMETTE LA 70044-0428 |
| CREDITOR ID: 253501-12<br>JULINGTON CREEK BASEBALL<br>1232 CREEK BEND ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 253502-12<br>JULIO DALVAREZ<br>693 ABERDEEN LANE<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 253503-12<br>JULIO F RODRIGUEZ<br>313 NE 48 STREET<br>FT LAUDERDALE FL 33334 |
| CREDITOR ID: 253504-12<br>JULIO PRIETO<br>8287 SW 128TH STREET<br>#105<br>MIAMI FL 33156-0590 | CREDITOR ID: 267753-31<br>JUNALUSKA SANITARY DIST<br>ATTN: TED UNDERWOOD<br>CHAMBERS MOUNTAIN RD<br>CLYDE NC 28721 | CREDITOR ID: 375665-44<br>JUNE BURCHFIELD<br>74 BRIDGE DRIVE<br>DOUGLASVILLE, GA 30134 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253505-12<br>JUNE H MILLER<br>UNION COUNTY CHILD SUPPORT<br>PO BOX 703<br>UNION SC 29379 | CREDITOR ID: 397984-76<br>JUNE, TRACY<br>38 EMBASSY CIR #E<br>MONTGOMERY AL 36108-1416 | CREDITOR ID: 398169-77<br>JUNE, TRACY<br>ATTN: DAVID MIDDLEMAS<br>3120 AMSOUTH/HARBERT PLAZA , 1901 6TH AVENUE<br>BIRMINGHAM, AL 35203 |
| CREDITOR ID: 392793-55<br>JUNE, TRACY<br>C/O: DAVIS MIDDLEMAS<br>SOUTHLAW, P.C.<br>3120 AMSOUTH/HARBERT PLAZA<br>1901 SIXTH AVE. NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 390441-54<br>JUNEAU, TERRY A<br>5125 WARWICK DRIVE<br>MARRERO LA 70072 | CREDITOR ID: 253506-12<br>JUNG MCCLEARY<br>211 LAUREL LANDING BLD<br>KINGSLAND GA 31548 |
| CREDITOR ID: 385702-54<br>JUNG, MR. JAN<br>2251 NW 41ST AVE APT #102<br>LAUDERHILL, FL 33313 | CREDITOR ID: 390983-55<br>JUNG, MR. JAN<br>C/O: MARCELO R GOMEZ, ESQ.<br>LAW OFFICES OF GOMEZ &  SCHILLER, P.A.<br>7501 W OAKLAND PARK BLVD<br>SUITE 201<br>FT LAUDERDALE FL 33319 | CREDITOR ID: 253507-12<br>JUNIOR AUXILARY OF YAZOO CITY<br>PO BOX 165<br>YAZOO CITY MS 39191 |
| CREDITOR ID: 253508-12<br>JUNIOR LEAGUE OF JACKSONVILLE<br>2165 PARK ST<br>JACKSONVILLE FL 32204 | CREDITOR ID: 253509-12<br>JUNIOR LEAGUE OF MARTIN COUNTY<br>733 COLORADO AVENUE<br>STUART, FL 34994 | CREDITOR ID: 253510-12<br>JUNIOR LEAGUE OF MONTGOMERY<br>3570 CARTER HILL ROAD<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 253511-12<br>JUNIOR LEAGUE OF RALEIGH<br>4020 BARRETT DRIVE<br>SUITE 104<br>RALEIGH NC 27609 | CREDITOR ID: 267754-14<br>JUPITER INLET DISTRICT<br>ATTN: PATRICIA MAGROGAN<br>400 N DELAWARE BLVD<br>JUPITER FL 33458-3960 | CREDITOR ID: 407599-15<br>JUPITER MEDICAL CENTER<br>C/O DR SIMON<br>701 N LAKE BLVD SUITE 208<br>N PALM BEACH FL 33408 |
| CREDITOR ID: 253512-12<br>JUPITER MEDICAL CENTER LIVE<br>1210 S OLD DIXIE HWY<br>JUPITER FL 33458-7205 | CREDITOR ID: 315859-40<br>JUPITER PALM ASSOC<br>7000 W PALMETTO PARK ROAD<br>SUITE 203<br>BOCA RATON, FL 33433 | CREDITOR ID: 1494-07<br>JUPITER PALM ASSOC.<br>7000 W. PALMETTO PARK RD., STE. 203<br>BOCA RATON FL 33433 |
| CREDITOR ID: 403496-93<br>JUPITER PALMS ASSOCIATES<br>C/O ERIC S. KLEINMAN<br>KLEINMAN & ARRIZABALAGA, P.A<br>150 SE 2ND AVENUE, SUITE 1150<br>MIAMI FL 3313 | CREDITOR ID: 242404-12<br>JURGELEIT, ANITA W<br>3102 CARVINS COVE ROAD<br>SALEM VA 24153 | CREDITOR ID: 253514-12<br>JURGITA RUTKAUSKAITE<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH FL 32541 |
| CREDITOR ID: 279026-32<br>JUST BORN<br>ATTN: SUSAN SZILAGYI<br>SENIOR FINANCIAL ANALYST<br>1300 STEFKO BOULEVARD<br>BETHLEHEM PA 18017-6672 | CREDITOR ID: 404970-95<br>JUST BORN INC<br>1300 STEFKO BLVD<br>BETHLEHEM PA 18017-6672 | CREDITOR ID: 253515-12<br>JUST BORN INC<br>PO BOX 642214<br>PITTSBURGH, PA 15264-2214 |
| CREDITOR ID: 253516-12<br>JUST PLUMBING<br>PO BOX 1548<br>YORKTON VA 23692 | CREDITOR ID: 253517-12<br>JUST VERNS MAINT & REPAIR<br>1299 ARROW COURT<br>RANGER, GA 30734 | CREDITOR ID: 253518-12<br>JUSTICE COURT<br>104 FELIX LONG DR<br>STARKVILLE MS 39759 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 253519-12
JUSTICE COURT CLERK COUNTY OF
JEFFERSON DAVIS
PO BOX 1407
PRENTISS MS 39474

CREDITOR ID: 253520-12
JUSTICE COURT CLERK COUNTY OF
LAFAYETTE
713 JACKSON AVENUE
OXFORD MS 38655

CREDITOR ID: 253521-12
JUSTICE COURT OF HARRISON COUNTY
1620 23RD AVE
GULFPORT MS 39501

CREDITOR ID: 253522-12
JUSTICE COURT OF LOWNDES CTY
11 AIRLINE ROAD
COLUMBUS MS 39702

CREDITOR ID: 267755-14
JUSTICE DEPARTMENT GAMING DIV
ATTN: ANNE L NEEB
365 CANAL ST STE 2730
NEW ORLEANS LA 70130-1160

CREDITOR ID: 253523-12
JUSTICE OF THE PEACE
NINTH WARD JUSTICE COURT
1006 SINGLETARY ROAD
NEW ROADS LA 70760

CREDITOR ID: 253524-12
JUSTICE OF THE PEACE COURT
PO BOX 395
LORANGER, LA 70446

CREDITOR ID: 253525-12
JUSTICE OF THE PEACE DAVID SELLERS
612 AVENUE G
KENTWOOD, LA 70444

CREDITOR ID: 253526-12
JUSTIN A JOHNSON
10750 BAREBERRY DRIVE
HAMPTON GA 30228-0326

CREDITOR ID: 253527-12
JUSTIN A STACEY
443 JOHNSON STREET
GARDENDALE AL 35071

CREDITOR ID: 253528-12
JUSTIN BISHOP
3407 TIMBER CREEK DRIVE
JACKSON MS 39272

CREDITOR ID: 253529-12
JUSTIN BURKHARDT
909 EAST JOSEPHINE STREET
CHALMETTE LA 70043

CREDITOR ID: 253530-12
JUSTIN D STROTHER
1712 LOCHAMY LANE
JACKSONVILLE FL 32259

CREDITOR ID: 393723-58
JUSTIN DODGE CHRYSLER JEEP, LLC
1114 S. WALL STREET
CALHOUN, GA 30701

CREDITOR ID: 253531-12
JUSTIN E GIRARD
1928 SEATTLE SLEW DRIVE
HELENA AL 35080

CREDITOR ID: 253532-12
JUSTIN H STARNES
1030G HIGHWAY 331 SOUTH
DEFUNIAK SPRINGS FL 32435

CREDITOR ID: 253533-12
JUSTIN J GENTILE
3703 KNOBCREST PLACE
VALRICO FL 33594

CREDITOR ID: 253534-12
JUSTIN L SCHEAR
105 BLAKE COURT
STOCKBRIDGE GA 30281

CREDITOR ID: 253535-12
JUSTIN R HADWIN
7310 COLONY PARK DRIVE
BIRMINGHAM AL 35243

CREDITOR ID: 253536-12
JUSTIN STEADHAM
4925 ROCK HILL ROAD
COLLEGE PARK GA 30337

CREDITOR ID: 253537-12
JUSTIN SUZARRA
4208 CINDY AVENUE
NAPLES FL 34112

CREDITOR ID: 253538-12
JUSTIN W CAUDILL
104 SOUTH RIDGE ROAD
RICHLAND MS 39218

CREDITOR ID: 253539-12
JUSTINE RICHIE
RT 27 BOX 230
LAKE CITY FL 32024

CREDITOR ID: 253540-12
JUTTA TRANSPORTATION SERVICES
PO BOX 217
COLT NECK NJ 07722

CREDITOR ID: 253541-12
JW HUNT PRODUCE CO INC
PO BOX 4530
PLANT CITY FL 33563-0026

CREDITOR ID: 1495-07
JWV (LA) LLC
DBA SUNSHINE SQUARE
C/O JW PROPERTIES INC.
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 253543-12
K & B RENTAL AND LEASING
6021 NC 50 NORTH
BENSON NC 27504

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253544-12<br>K J & G BOX COMPANY INC<br>PO BOX 931772<br>ATLANTA, GA 31193-1772 | CREDITOR ID: 253545-12<br>K & I CREATIVE PLASTICS INC<br>582 NIXON STREET<br>JACKSONVILLE FL 32204-3010 | CREDITOR ID: 253546-12<br>K & J HEAVY DUTY REPAIR<br>582 JACKSONVILLE HIGHWAY<br>FITZGERALD GA 31750 |
| CREDITOR ID: 253547-12<br>K & K FOOD EQUIPMENT SERVICE<br>125 GAYLE AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 253548-12<br>K & M GLASS CO<br>109 SEMINOLE DR<br>HUNTSVILLE, AL 35805 | CREDITOR ID: 253549-12<br>K & N MOBILE DISTRIBUTION SYS<br>4909 RONDO DRIVE<br>FT WORTH TX 76106 |
| CREDITOR ID: 253550-12<br>K & S SPRINKLER COMPANY, INC.<br>P.O. BOX 1700<br>LENOIR NC 28645 | CREDITOR ID: 253551-12<br>K & T PLUMBING INC<br>154 CR 301<br>HOUSTON MS 38851 | CREDITOR ID: 253552-12<br>K & W AUDIO VISUAL AND CAMERA INC<br>1309 WEST EDGEWOOD AVENUE<br>JACKSONVILLE, FL 32208 |
| CREDITOR ID: 1496-07<br>K B PROPERTIES INC.<br>PO BOX 4899<br>PINEHURST NC 28374 | CREDITOR ID: 253556-12<br>K E M EXPRESS COMPANY<br>C/O SCOTT ALLEN & ASSOCIATES<br>2637 E ATLANTIC BLVD<br>SUITE 142<br>POMPANO BEACH FL 33062 | CREDITOR ID: 2342-07<br>K G B ASSOCIATES #2<br>C/O BEVERLY CARMEL RETIREMENT<br>8757 BURTON WAY<br>LOS ANGELES CA 90048 |
| CREDITOR ID: 253557-12<br>K JACOBS TRANSPORTATION LLC<br>ATTN KELLY JACOBS JR OR M JACOBS<br>PO BOX 1266<br>MCDONOUGH, GA 30253-1266 | CREDITOR ID: 253558-12<br>K&F CEILING & FLOORING<br>851 N W 134TH AVENUE<br>PEMBROKE PINES, FL 33028 | CREDITOR ID: 253559-12<br>K&M TRUCKING<br>9024 HWY 107 S<br>COTTONPORT LA 71327 |
| CREDITOR ID: 267756-14<br>K&R ASSC<br>ATTN: BARVINDER SREHEJA<br>3923 OLD LEE HI WAY ST63C<br>FAIRFAX VA 22030 | CREDITOR ID: 253561-12<br>K.I.C. INC<br>PO BOX 3874<br>GREENVILLE, SC 29608-3874 | CREDITOR ID: 407663-93<br>K-2 ASSOC, LLC<br>CENTREX PROPERTIES<br>PO BOX 10369<br>GOLDSBORO NC 27402 |
| CREDITOR ID: 253562-12<br>K2 LICENSING & PROMOTIONS INC<br>88035 EXPEDITE WAY<br>CHICAGO, IL 60695-0001 | CREDITOR ID: 381867-99<br>K-2 PROPERTIES LLC<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN: MARGARET R WESTBROOK, ESQ<br>TWO HANOVER SQUARE, STE 1900<br>434 LAFAYETTE ST MALL, PO BOX 1070<br>RALEIGH NC 27602-1070 | CREDITOR ID: 253563-12<br>KAESER BLAIR INCORPORATED<br>4236 GRISSOM DRIVE<br>BATAVIA, OH 45103 |
| CREDITOR ID: 253564-12<br>KAHLE SNOW REMOVAL<br>208 ASSISIVIEW<br>CINCINNATI OH 45238 | CREDITOR ID: 253565-12<br>KAHN & ASSOCIATES<br>614 SOUTH CARROLLTON AVENUE<br>NEW ORLEANS, LA 70118 | CREDITOR ID: 375671-44<br>KAHN & ASSOCIATES<br>KAHN AND ASSOCIATES<br>1412 MILAN STREET<br>NEW ORLEANS, LA 70115 |
| CREDITOR ID: 256678-12<br>KAHN, MORRIS L<br>1412 MILAN STREET<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 253566-12<br>KAI BACH<br>7751 GREENBORO DR<br>W MELBOURNE FL 32904 | CREDITOR ID: 382952-51<br>KAISER PERMANENTE<br>25 BLACKSTONE VALLEY PLACE<br>PO BOX 519<br>LINCOLN, RI 02865 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404972-95<br>KAL KAN FOODS INC<br>BOX 530151<br>ATLANTA GA 30353-0151 | CREDITOR ID: 253567-12<br>KAL KAN FOODS INC<br>ATTN ALTHEA GEORGES, CUSTOMER MGR<br>PO BOX 402821<br>ATLANTA, GA 30384-2821 | CREDITOR ID: 407570-15<br>KAL KAN FOODS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUSTOMER MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 |
| CREDITOR ID: 375386-44<br>KALENA, JAMES<br>POM DIV STORE# 741<br>27072 CAPISTRANO DR<br>PUNTA GORDA, FL 33955 | CREDITOR ID: 400779-91<br>KALER, RONNIE Z<br>1100 SW TAMARROW PL<br>STUART FL 34997 | CREDITOR ID: 253568-12<br>KALEY N BRAY<br>500 NEWELL HILL ROAD<br>115D<br>LEESBURG FL 34748 |
| CREDITOR ID: 253569-12<br>KALLAM OIL & GAS CO<br>201 S DALTON ST<br>MADISON, NC 27025-2111 | CREDITOR ID: 519-03<br>KALLAM OIL AND GAS<br>201 SOUTH DALTON STREET<br>MADISON NC 27025 | CREDITOR ID: 253570-12<br>KALLE USA INC<br>8 BARTLES CORNER RD SUITE 102<br>FLEMINGTON NJ 08822 |
| CREDITOR ID: 253571-12<br>KALLIVAYALIL & ASSOCIATES INC<br>9951 ATLANTIC BLVD  SUITE 217<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406842-MS<br>KALLIVAYALIL, MICHAEL K.<br>8106 JAMICA RD. N.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 253572-12<br>KALMAN FLOOR CO INC<br>1202 BERGEN PARKWAY   STE 110<br>EVERGREEN CO 80439 |
| CREDITOR ID: 253573-12<br>KALSEC<br>PO BOX 50511<br>KALAMAZOO, MI 49005-0511 | CREDITOR ID: 253574-12<br>KALSEE<br>PO BOX 50511<br>KALAMAZOO MI 49005-0511 | CREDITOR ID: 253575-12<br>KALUSTYANS<br>PO BOX 34126<br>NEWARK, NJ 07189-0126 |
| CREDITOR ID: 404973-95<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>PO BOX 11407<br>DRAWER 221<br>BIRMINGHAM AL 35246 | CREDITOR ID: 395542-15<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>ATTN MICHAEL CONDON<br>1 WATERSIDE CROSSING<br>WINDSOR CT 06095 | CREDITOR ID: 253576-12<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>PO BOX 74566<br>CHICAGO, IL 60690-8566 |
| CREDITOR ID: 381121-47<br>KAMBLE CO TRANSPORTATION SERVICES INC<br>ATTN: BYRON K LEE, PRES & CEO<br>5125 N 16TH STREET, SUITE A214<br>PHOENIX, AZ 85016 | CREDITOR ID: 253577-12<br>KAMBLE CO TRANSPORTATION SVCS INC<br>5125 N 16TH STREET<br>SUITE A214<br>PHOENIX AZ 85016 | CREDITOR ID: 255194-12<br>KAMENSTEIN, M<br>PO BOX 19360A<br>NEWARK, NJ 07195-9360 |
| CREDITOR ID: 253578-12<br>KAMFES 2004 CONFERENCE<br>PO BOX 1464<br>FRANKFORT KY 40602 | CREDITOR ID: 399383-99<br>KAMIN ENTITIES<br>C/O SEYFARTH SHAW LLP<br>ATTN: RICHARD  LAUTER/SARA LORBER<br>55 EAST MONROE ST, STE 4200<br>CHICAGO IL 60601-5803 | CREDITOR ID: 316069-41<br>KAMIN REALTY CO.<br>P.O. BOX 10234<br>PITTSBURGH PA 15232 |
| CREDITOR ID: 278500-25<br>KAMIN REALTY COMPANY<br>DANIEL G. KAMIN<br>PO BOX 10234<br>PITTSBURGH PA 15232 | CREDITOR ID: 278641-24<br>KAMIN REALTY COMPANY<br>MODERN WOODMEN OF AMERICA<br>MISSISSIPPI RIVER AT 17TH STREET<br>ROCK ISLAND IL 61201 | CREDITOR ID: 2343-07<br>KAMIN REALTY, LLC<br>400 WEST STREET 2ND FLR<br>FORT LEE NJ 07024 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247557-12<br>KAMIN, DANIEL G<br>PO BOX 10234<br>SHADYSIDE STATION<br>PITTSBURGH, PA 15232-0234 | CREDITOR ID: 2176-07<br>KAMIN, DANIEL G.<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 1245-07<br>KAMIN, DANIEL G.<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 |
| CREDITOR ID: 1246-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 389460-54<br>KAMINSKI, JAREK<br>8090 ATLANTIC BLVD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 256239-12<br>KAMPHAUS, MICHAEL<br>8341 CHARING LANE<br>GLEN ALLEN VA 23059 |
| CREDITOR ID: 253579-12<br>KANE INDUSTRIES CORPORATION<br>1250 GRAVES AVENUE<br>OXNARD, CA 93030 | CREDITOR ID: 387726-54<br>KANE, CHRISTINE<br>2708 56TH STREET SOUTH<br>GULFPORT FL 33707 | CREDITOR ID: 243305-12<br>KANOSKI, BENJAMIN J<br>2042 GEORGIANA STREET<br>LARGO FL 33774 |
| CREDITOR ID: 399407-99<br>KANTROW SPAHT WEAVER & BLITZER<br>ATTN: DAVID S RUBIN<br>PO BOX 2997<br>BATON ROUGE LA 70821-2997 | CREDITOR ID: 388308-54<br>KANU, MARCIA<br>4552 SUNFLOWER DRIVE<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 279235-35<br>KAO BRANDS COMPANY<br>ATTN: RONALD P LYNCH<br>2535 SPRING GROVE AVENUE<br>CINCINNATI OH 45214 |
| CREDITOR ID: 253581-12<br>KAO BRANDS COMPANY<br>ATTN RONALD P LYNCH, MGR<br>1434 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1004 | CREDITOR ID: 253582-12<br>KAP ALABAMA SECURITY<br>PO BOX 653<br>THEODORE, AL 36590 | CREDITOR ID: 253583-12<br>KAPASI GLASS MART INC<br>398 W MAIN ST<br>SPARTANBURG SC 29301 |
| CREDITOR ID: 385415-54<br>KAPELKA, CHARLOTTE J<br>309 INLET RD<br>EUFAULA, AL 36027 | CREDITOR ID: 390720-55<br>KAPELKA, CHARLOTTE J<br>C/O: J. KARL TRUCKS, ESQUIRE<br>J. KARL TRUCKS, P.A.<br>319 MAGNOLIA AVE.<br>P.O. DRAWER 789<br>PANAMA CITY FL 32401 | CREDITOR ID: 253584-12<br>KAPLAN ELEMENTARY SCHOOL<br>608 N ELEAZAR AVE<br>KAPLAN, LA 70548 |
| CREDITOR ID: 253585-12<br>KAPLAN HIGH SCHOOL<br>200 E PIRATE LN<br>KAPLAN, LA 70548 | CREDITOR ID: 253586-12<br>KAPOOR & ASSOCIATES<br>1447 PEACH TREE STREET<br>SUITE 600<br>ATLANTA GA 30309 | CREDITOR ID: 387385-54<br>KARAKA, ZARI<br>6741 WINDY RUSH RD<br>CHARLOTTE, NC 28226 |
| CREDITOR ID: 391950-55<br>KARAKA, ZARI<br>C/O: JOHN MCCRACHREN ESQ.<br>THE OLIVE LAW FIRM<br>CHARLOTTE NC 28204 | CREDITOR ID: 249163-12<br>KARAMESIC, ESTATE OF NERMINA<br>1057 GRIFFIN STREET<br>STONE MOUNTAIN GA 30083 | CREDITOR ID: 253587-12<br>KARAVAN DOORS, INC<br>PO BOX 569<br>FAYETTEVILLE, GA 30214-0569 |
| CREDITOR ID: 265382-31<br>KAREFFT, ANDREW<br>ATTN: KAREFFT ANDREW<br>13356 SW 52ND ST<br>HOLLYWOOD FL 33027-5456 | CREDITOR ID: 253588-12<br>KAREN A DAWSON<br>8442 NW 5TH AVENUE<br>MIAMI, FL 33150 | CREDITOR ID: 253589-12<br>KAREN A POOLE<br>17843 38TH ROAD NORTH<br>LOXAHATCHEE, FL 33470 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253590-12<br>KAREN BORIS<br>955 S GROVE BLVD<br>APT 63<br>KINGSLAND GA 31548 | CREDITOR ID: 253591-12<br>KAREN CAMPBELL<br>8610 LONE STAR ROAD<br>JACKSONVILLE, FL 32211-5187 | CREDITOR ID: 253592-12<br>KAREN CARTER<br>4559 HWY 17 N LOT #31<br>BRUNSWICK GA 31523 |
| CREDITOR ID: 253593-12<br>KAREN DAISE YOUNG<br>PO BOX 558<br>LOBECO SC 29931 | CREDITOR ID: 253594-12<br>KAREN EPPERSON<br>507 BOSTIA ROAD<br>CHINA GROVE NC 28023 | CREDITOR ID: 253595-12<br>KAREN I NORMAN<br>8945 MARLEE ROAD<br>JACKSONVILLE FL 32222 |
| CREDITOR ID: 253596-12<br>KAREN K MCGHEE<br>1113 BOWLING GREEN DRIVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 253597-12<br>KAREN L CONLEY<br>6546 W GUMDROP COURT<br>HOMOSASSA FL 34446 | CREDITOR ID: 253598-12<br>KAREN M FLETCHER<br>1419 OLD RR BED ROAD<br>MADISON AL 35757 |
| CREDITOR ID: 253599-12<br>KAREN MAHONE<br>2105 ECTOR COVE N W<br>KENNESAW GA 30152 | CREDITOR ID: 253600-12<br>KAREN MARSH<br>308 COTTON MILL COURT<br>CHESAPEAKE VA 23323 | CREDITOR ID: 253601-12<br>KAREN OSTEEN<br>PO BOX 595<br>CROSS CITY FL 32628 |
| CREDITOR ID: 253602-12<br>KAREN PHIPPS<br>18851 TICINO LANE<br>LAND O LAKES FL 34639-1234 | CREDITOR ID: 253603-12<br>KAREN R BREEDLOVE<br>812 SOUTH CAROLINA AVENUE<br>APT B<br>HENDERSON NC 27536 | CREDITOR ID: 253604-12<br>KAREN WELLS<br>PO BOX 8888<br>INNIS LA 70747 |
| CREDITOR ID: 253606-12<br>KAREN WRIGHT<br>9136 RUFF ROAD<br>YOUNGSTOWN FL 32405 | CREDITOR ID: 253605-12<br>KAREN WRIGHT<br>2115 POWERS FERRY ROAD #F<br>MARIETTA GA 30067 | CREDITOR ID: 253607-12<br>KARI B NEAL<br>823 FRANKLIN LANE<br>HENDERSON NC 27537 |
| CREDITOR ID: 253608-12<br>KARIN  ST ROMAIN<br>2716 BRADBURY DR<br>MERAUX, LA 70075 | CREDITOR ID: 253609-12<br>KARL KAUMAN<br>15330 CEMETRY ROAD<br>FT MYERS FL 33905 | CREDITOR ID: 253610-12<br>KARLA P VASQUEZ<br>13040 SOUTHWEST 261 TERRACE<br>HOMESTEAD FL 33032 |
| CREDITOR ID: 406067-15<br>KARLICK, ARTHUR W<br>1454 NW 17 AVENUE<br>MIAMI FL 33125 | CREDITOR ID: 407411-15<br>KARLIN FOODS CORP<br>C/O KARLIN FOOD PRODUCTS, INC<br>ATTN MITCHELL KARLIN, PRESIDENT<br>1845 OAK STREET<br>NORTHFIELD IL 60093 | CREDITOR ID: 253611-12<br>KARLIN FOODS CORP<br>ATTN MITCHELL KARLIN, PRESIDENT<br>135 S LASALLE, DEPT 3729<br>CHICAGO, IL 60674-3729 |
| CREDITOR ID: 269240-16<br>KARMIN, ELIZABETH A<br>AKIN GUMP<br>ROBERT S STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20036-1564 | CREDITOR ID: 253612-12<br>KAROLIS PAULAUSKAS<br>135 MIRACLE STRIP PKWY<br># 204<br>FORT WALTON BEACH FL 32548 | CREDITOR ID: 253613-12<br>KARON CATO<br>829 AYESHIRE CIRCLE NW<br>ATLANTA GA 30318 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253614-12<br>KARON SCARBOROUGH<br>20125 OLD SCARBOROUGH<br>SAUCIER, MS 39574 | CREDITOR ID: 248800-12<br>KARR, EDNA<br>3332 HUNTLEE DR<br>COMMUNITY PALS PROGRAM<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 253615-12<br>KARRIE COCK<br>8551 NORTHWEST 132ND PLACE<br>CHIEFLAND FL 32626 |
| CREDITOR ID: 253616-12<br>KARRIERS INC<br>PO BOX 12417<br>GRAND FOLKS ND 58208-2417 | CREDITOR ID: 388844-54<br>KARSTEDT, LEANNE<br>109 GROVE AVE.<br>PERRY FL 32348 | CREDITOR ID: 253617-12<br>KARY'S ROUX<br>214 SE RAILROAD ST<br>VILLE PLATTE, LA 70586 |
| CREDITOR ID: 388809-54<br>KASARIAN, SALPIE<br>5610 NW 114TH PLACE<br>MIAMI, FL 33178 | CREDITOR ID: 392764-55<br>KASARIAN, SALPIE<br>C/O HERSCHER & HERSCHER, PA<br>ATTN LARRY HERSCHER, ESQ<br>1550 MADRUGA AVE. STE 120<br>CORAL GABLES FL 33146 | CREDITOR ID: 253619-12<br>KASCO MEAT<br>CHARLES ARTHRELL<br>1569 TOWER GROVE AVE<br>ST LOUIS, MO 63110 |
| CREDITOR ID: 253620-12<br>KASEY J MOORE<br>4634 SEATTLE STREET<br>COCOA FL 32927 | CREDITOR ID: 404976-95<br>KASHI<br>PO BOX 8557<br>LAJOLLA CA 92038-8557 | CREDITOR ID: 253621-12<br>KASHI<br>21487 NETWORK PLACE<br>CHICAGO, IL 60673-1214 |
| CREDITOR ID: 278813-99<br>KASHI COMPANY<br>C/O WARNER STEVENS LLP<br>ATTN: MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | CREDITOR ID: 253622-12<br>KASIE L CLINE<br>509 S 8TH STREET<br>DUNDEE FL 33838 | CREDITOR ID: 253624-12<br>KASIM INTERNATIONAL CORP<br>7170 NORTHWEST 50TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 253625-12<br>KASON SOUTHERN CORP<br>31-B AMLAJACK BL<br>SHENANDOAH, GA 30265 | CREDITOR ID: 253626-12<br>KASON SOUTHWEST CORP<br>57 AMLAJACK BLVD<br>SHENANDOAH, GA 30265 | CREDITOR ID: 315659-99<br>KASS SHULER SOLOMON ET AL<br>ATTN: LARRY FOYLE<br>1505 N FLORIDA AVE<br>PO BOX 800<br>TAMPA FL 33601 |
| CREDITOR ID: 389542-54<br>KATANICK, IRVIN<br>1370 SOUTH OCEAN BLVD<br>FORT LAUDERDALE, FL 33305 | CREDITOR ID: 393214-55<br>KATANICK, IRVIN<br>C/O: JOSEPH NUSBAUM, ESQ.<br>LAW OFFICE OF MITCH SHEA<br>7000 W. PALMETTO PARK RD.<br>SUITE 300<br>BOCA RATON FL 33433 | CREDITOR ID: 243248-12<br>KATES, BELINDA S<br>126 BOWEN ROAD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 253627-12<br>KATHERINE DREXEL ELEMENTARY SCHOOL<br>409 S DEPORRES STREET<br>BROUSSARD, LA 70518 | CREDITOR ID: 253628-12<br>KATHERINE DUCKER<br>4525 GREENHILL STREET<br>PORT ST JOHN, FL 32927 | CREDITOR ID: 253629-12<br>KATHERINE JAXON<br>PAID THREW P CARD<br>695 FRUITCOVE ROAD<br>JACKSONVILLE, FL 32259 |
| CREDITOR ID: 253630-12<br>KATHERINE JONES<br>3127 PHOENIX AVE<br>APT 171<br>JACKSONVILLE FL 32206 | CREDITOR ID: 253631-12<br>KATHERINE KENDRICK<br>990 LOVEJOY TERRACE<br>ODENVILLE AL 35120 | CREDITOR ID: 253632-12<br>KATHERINE L FRYFOGLE<br>3214 HWY 613S<br>LUCEDALE MS 39452 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 253633-12
KATHERINE TRACY
5471 EULA AVENUE
CINCINNATI, OH 45248

CREDITOR ID: 253634-12
KATHLEEN A SCHMALING
1730 58TH STREET N
ST PETERSBURG FL 33710-5747

CREDITOR ID: 253635-12
KATHLEEN DIBENNEDETTO
2856 TENNIS CLUB DRIVE
# 203
WEST PALM BEACH, FL 33417

CREDITOR ID: 253636-12
KATHLEEN M ARBUCKLE
1408 BRIGHTWELL DRIVE
HOLIDAY FL 34690

CREDITOR ID: 253637-12
KATHLEEN PLEMONS
2918 BARBARA ROAD
COLUMBUS, GA 31907

CREDITOR ID: 253638-12
KATHLEEN RATH
9207 SOLIDER CREEK ROAD
LILLIAN, AL 36549-5705

CREDITOR ID: 253639-12
KATHLEEN REGINALDI
4181 JAYDEE DRIVE
MISM, FL 32754

CREDITOR ID: 253640-12
KATHLEEN ROBINSON
122 PRINSTON DRIVE
SALTILLO MS 38866

CREDITOR ID: 253641-12
KATHLEEN S SPENCER
6545 WOODMERE DRIVE
WALKERTOWN NC 27051

CREDITOR ID: 253643-12
KATHLEEN WILKES
214 NORTHAMTON
ALBANY GA 31701

CREDITOR ID: 253644-12
KATHRYN E TORRES
4105 BERRY ROAD
GRANT FL 32949

CREDITOR ID: 253645-12
KATHRYN L BRINGLE
STANDING TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102

CREDITOR ID: 253646-12
KATHRYN SUE PAKER
801 N PARK AVENUE
DUNN NC 28334

CREDITOR ID: 253647-12
KATHY BAER
112 LANGDON STREET
SOMERSET, KY 42501

CREDITOR ID: 253648-12
KATHY BENSHOFF
121 CORNFIELD ROAD
INMAN SC 29349

CREDITOR ID: 253649-12
KATHY BROTHERS
122 COLONY DRIVE
KINGS MOUNTAIN NC 28086

CREDITOR ID: 253650-12
KATHY C JONES
44 10TH STREET SW
CAIRO GA 39828

CREDITOR ID: 253651-12
KATHY D SCOTT
PO BOX 561
GASTON NC 27832

CREDITOR ID: 253652-12
KATHY DANIELS
517 WILLIAMS STREET
WAYCROSS, GA 31501

CREDITOR ID: 253653-12
KATHY DUCKER
4525 GREENHILL STREET
PORT ST JOHN FL 32927

CREDITOR ID: 253654-12
KATHY FERGUSON
255 BOBWHITE LANE
BLUE SPRINGS MS 38828

CREDITOR ID: 253655-12
KATHY HUNT
1338 ZION CHURCH ROAD
SANFORD NC 27330

CREDITOR ID: 253656-12
KATHY J LAWRENCE
4542 GULFSTREAM DRIVE
NAPLES FL 34112

CREDITOR ID: 253657-12
KATHY JENNETTE
1250 WEST GRAN BAY PARKWAY
JACKSONVILLE FL 32258

CREDITOR ID: 253658-12
KATHY M NEWTON
8002 DORSETT DRIVE
NEW ORLEANS LA 70128

CREDITOR ID: 253659-12
KATHY OBRYAN
537 LEGRANDE HWY
HORSE CAVE, KY 42749

CREDITOR ID: 253660-12
KATHY REDENIUS
23602 HARDWOOD COURT
LUTZ FL 33559

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253661-12<br>KATHY SWISHER<br>PO BOX 42<br>ST JAMES CITY, FL 33956 | CREDITOR ID: 253662-12<br>KATIA DEL VALLE<br>1631 SW 13 STREET<br>MIAMI FL 33145 | CREDITOR ID: 253663-12<br>KATIE M BAKER<br>2716 RALPH AVENUE<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 253664-12<br>KATIE R BLANKENSHIP<br>881 IVANHOE DRIVE<br>FLORENCE SC 29505 | CREDITOR ID: 253665-12<br>KATIES INC<br>PO BOX 11661<br>ROCK HILL, SC 29731 | CREDITOR ID: 253666-12<br>KATINA CRUMITY<br>PO BOX 751<br>GREENVILLE FL 32331 |
| CREDITOR ID: 253667-12<br>KATRICE D BRAKE<br>3201 ARTHURWOOD PLACE<br>RICHMOND VA 23223 | CREDITOR ID: 253668-12<br>KATRINA FOSTER<br>1131 SOUTH COLLEGE STREET<br>APT# 132<br>AUBURN AL 36832 | CREDITOR ID: 253669-12<br>KATRINA L BUTLER<br>6855 CHAMPLAIN ROAD<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 253670-12<br>KATRINA N JOHNSON<br>1490 NW 35 STREET<br>MIAMI FL 33142 | CREDITOR ID: 253671-12<br>KATRINA PRANDI<br>6730 HOOD STREET<br>HOLLYWOOD FL 33024 | CREDITOR ID: 253672-12<br>KATRINA WILLIAMS<br>1078 DAVIS BEND COURT<br>LAWRENCEVILLE GA 30043 |
| CREDITOR ID: 399405-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN: THOMAS LEANSE/DUSTIN P BRANCH<br>2029 CENTURY PARK EAST, STE 2600<br>LOS ANGELES CA 90067-3012 | CREDITOR ID: 243530-12<br>KATTENHORN, BILLY D<br>505 CYPRESS STATION<br>APT 1804<br>HOUSTON TX 77090 | CREDITOR ID: 253673-12<br>KATZ KUTTER ALDERMAN BRYANT & YON<br>AKERMEN SENTERFITT<br>PO BOX 4906<br>ORLANDO FL 32802-4906 |
| CREDITOR ID: 253674-12<br>KATZ KUTTER HAIGLER ALDERMAN ET AL<br>106 E COLLEGE AVE  12TH FL<br>TALLAHASSEE FL 32301 | CREDITOR ID: 407413-15<br>KATZ, DAVID J & MARDI S<br>132 INVERNESS LANDE<br>SCHERERVILLE IN 46375 | CREDITOR ID: 400780-91<br>KATZ, HERBERT R<br>1220 N.E. 20TH AVE.<br>OCALA FL 34470 |
| CREDITOR ID: 253675-12<br>KAUFFS TRANSPORTATION SYSTEM<br>1440 53RD STREET<br>MANGONIA PARK FL 33407 | CREDITOR ID: 253676-12<br>KAUFMAN<br>C/O CIT REC<br>BOX 1036<br>CHARLOTTE NC 28201 | CREDITOR ID: 253677-12<br>KAUFMAN DICKSTEIN & GRUNSPAN PA<br>WACHOVIA FINANCIAL CENTER<br>200 S BISCAYNE BLVD<br>MIAMI, FL 33131-2354 |
| CREDITOR ID: 399654-15<br>KAUFMAN DICKSTEIN, PA<br>C/O BERGER SINGERMAN, PA<br>ATTN JORDI GUSO, ESQ<br>200 S BISCAYNE BLVD, SUITE 1000<br>MIAMI FL 33131-5308 | CREDITOR ID: 399654-15<br>KAUFMAN DICKSTEIN, PA<br>ATTN EDWARD A KAUFMAN, PRES<br>200 SOUTH BISCAYNE BLVD, SUITE 4650<br>MIAMI FL 33131-2358 | CREDITOR ID: 375693-44<br>KAUFMAN MILLER DICKSTEIN &<br>WACHOVIA FINANCIAL CENTER<br>200 S BISCAYNE BLVD<br>MIAMI, FL 33131-2354 |
| CREDITOR ID: 406843-MS<br>KAUFOLD, HOWARD C.<br>P.O. BOX 4729<br>DOWLING PARK FL 32060 | CREDITOR ID: 406844-MS<br>KAUS, JAMES JOHN<br>7403 FONTANA RIDGE LANE<br>RALEIGH NC 27613 | CREDITOR ID: 243284-12<br>KAUTZ, BEN<br>2320 SEABURY DRIVE<br>CROFTON MD 21114 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2918-04<br>KAV KAN CORP.<br>PO BOX 325<br>DANVILLE VA 24083 | CREDITOR ID: 400180-86<br>KAVIN, LAURIE L.<br>7883 NW 11TH PLACE<br>PLANTATION  FL 33322 | CREDITOR ID: 375695-44<br>KAWASHO INTERNATIONAL<br>DEPT CH 17173<br>PALATINE, IL 60055-7173 |
| CREDITOR ID: 404979-95<br>KAWASHO INTERNATIONAL USA INC<br>45 BROADWAY  18TH FL<br>NEW YORK NY 10006 | CREDITOR ID: 253680-12<br>KAY D CARDEN<br>983 VINTON WOODS DRIVE<br>FOREST PARK GA 30297 | CREDITOR ID: 253681-12<br>KAY HOME PRODUCTS INC<br>1418 MOMENTUM PLACE<br>CHICAGO, IL 60689-5311 |
| CREDITOR ID: 406845-MS<br>KAY, GEORGE R.<br>603 HEDGEWOOD TERRACE<br>GREER SC 29651 | CREDITOR ID: 406846-MS<br>KAY, WILLIAM S. (PATRICIA S.)<br>1647 SILVERWOOD DR.<br>FORT MILLS SC 29715 | CREDITOR ID: 253682-12<br>KAYLA J ZIEGLER<br>595 PARKWAY ROAD<br>BALSAM GROVE NC 28708 |
| CREDITOR ID: 253683-12<br>KAYLIE E JACOB<br>PO BOX 453<br>RESERVE LA 70084 | CREDITOR ID: 404980-95<br>KAYSER-ROTH CORPORATION<br>PO BOX 277270<br>ATLANTA GA 30384-7270 | CREDITOR ID: 253684-12<br>KAYSER-ROTH CORPORATION<br>ATTN TODD HOWARD, CFO<br>PO BOX 890879<br>CHARLOTTE, NC 28289-0879 |
| CREDITOR ID: 253685-12<br>KAZ INC<br>PO BOX 414866<br>BOSTON, MA 02241-4866 | CREDITOR ID: 253686-12<br>KAZMIER & ASSOCIATES INC<br>6575 B INDUSTRIAL WAY<br>ALPHARETTA GA 30004 | CREDITOR ID: 253553-12<br>KB PROPERTIES INC<br>PO BOX 4899<br>PINEHURST, NC 28374 |
| CREDITOR ID: 380999-47<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE, SC 29502-5533 | CREDITOR ID: 253687-12<br>KC PETROLEUM INC<br>ATTN KEVIN CORMIER, PRES<br>650 TALLEYRAND AVENUE<br>PO BOX 60742<br>JACKSONVILLE, FL 32236-0742 | CREDITOR ID: 253555-12<br>KC PHARMACEUTICALS INC<br>ATTN PAUL KANTIKO, VP FIN<br>3201 PRODUCER WAY<br>POMONA, CA 91768-3901 |
| CREDITOR ID: 382751-51<br>KCHM<br>4068 CATTLEMAN ROAD<br>SARASOTA, FL 34233 | CREDITOR ID: 397652-72<br>KCR LIMITED, INC.<br>CLAY COUNTY SHOPPING CENTER<br>MANCHESTER, KY 40962 | CREDITOR ID: 253688-12<br>KDC SECURITY SYSTEMS<br>PO BOX 681844<br>PRATTVILLE AL 36068 |
| CREDITOR ID: 253689-12<br>KDM P O P SOLUTIONS<br>10450 N MEDALLION DRIVE<br>CINCINNATI OH 45241 | CREDITOR ID: 253690-12<br>KDM POP SOLUTIONS GROUP<br>PO BOX 641075<br>CINCINNATI, OH 45264-1075 | CREDITOR ID: 406232-G4<br>KEANE (FORMERLY METRO INFORMATION SERVICES)<br>7650 W. COURTNEY CAMPBELL, SUITE 100<br>TAMPA FL 33607 |
| CREDITOR ID: 253691-12<br>KEANE INC<br>PO BOX 99851<br>CHICAGO, IL 60690-7651 | CREDITOR ID: 385565-54<br>KEARNEY, DONOVAN (MINOR)<br>3328 FOREST MILL CIRCLE<br>RALEIGH, NC 27616 | CREDITOR ID: 279027-32<br>KEATON & ASSOCIATES, P.C.<br>ATTN MICHAEL J KEATON, SUITE 903<br>1278 WEST NORTHWEST HIGHWAY<br>PALATINE IL 60067 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279089-22<br>KEATON & ASSOCIATES, PC<br>ATTN: MARY E. GARDNER<br>1278 W NORTHWEST HWY, STE 903<br>PALATINE IL 60067 | CREDITOR ID: 253692-12<br>KEATON TIRE REPAIR<br>PO BOX 829<br>MONTICELLO, FL 32345 | CREDITOR ID: 387357-54<br>KEATON, BRIDGET<br>1214 LABELLE STREET<br>APT 3<br>JACKSONVILLE, FL 32205 |
| CREDITOR ID: 391930-55<br>KEATON, BRIDGET<br>C/O FARAH & FARAH, PA<br>ATTN STEPHEN LANKES, ESQUIRE<br>1534 KINGSLEY AVENUE<br>ORANGE PARK FL 32073 | CREDITOR ID: 390404-54<br>KECK, BRENDA TERRELL<br>3575 HARRIS RD.<br>BURLINGTON NC 27215 | CREDITOR ID: 253693-12<br>KEEBLER CO<br>PO BOX 102522<br>ATLANTA GA 30368-2522 |
| CREDITOR ID: 253694-12<br>KEEBLER COMPANY<br>PO BOX 73342<br>CHICAGO IL 60673-1733 | CREDITOR ID: 404982-95<br>KEEBLER COMPANY<br>CFS DEDUCTIONS<br>745 LARCH AVENUE<br>ELMHURST IL 60126 | CREDITOR ID: 253695-12<br>KEEBLER COMPANY<br>PO BOX 73451<br>CHICAGO IL 60673-7451 |
| CREDITOR ID: 278695-99<br>KEEBLER COMPANY<br>ATTN: DAN GILROY<br>PO BOX 73451<br>CHICAGO, IL 60673-7451 | CREDITOR ID: 279474-99<br>KEEBLER COMPANY<br>C/O WARNER STEVENS LLP<br>ATTN: MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE ST<br>FORT WORTH TX 76102 | CREDITOR ID: 386563-54<br>KEEBLER, FREDERICK<br>10307 S.W. LETTUCE LAKE AVENUE<br>LOT 77<br>ARCADIA FL 34269 |
| CREDITOR ID: 389295-54<br>KEEBLER, FREDERICK<br>1300 N. RIVER ROAD<br>LOT C108<br>VENICE FL 34293 | CREDITOR ID: 393121-55<br>KEEBLER, FREDERICK<br>C/O: ALEX LANCASTER<br>LANCASTER AND EURE<br>711 NORTH WASHINGTON BLVD.<br>US 301<br>SARASOTA FL 34230 | CREDITOR ID: 245030-12<br>KEEFFE, CHARLES E<br>554 S GARLAND ROAD<br>MCKENIZE AL 36456 |
| CREDITOR ID: 385620-54<br>KEEL, LORETTA<br>6029 BECKER<br>MARRERO, LA 70072 | CREDITOR ID: 385620-54<br>KEEL, LORETTA<br>C/O BECKWITH LAW FIRM<br>ATTN BRIAN C BECKWITH ESQ<br>301 HUEY P LONG AVENUE<br>GRETNA LA 70053 | CREDITOR ID: 390911-55<br>KEEL, LORETTA<br>C/O: LESTER J. WALDMANN, ESQUIRE<br>LESTER J. WALDMANN<br>301 HUEY P. LONG AVENUE<br>GRETNA LA 70053 |
| CREDITOR ID: 253696-12<br>KEELCO INC<br>ATTN OWNER<br>14476 DUVAL PLACE WEST, SUITE 202<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 404983-95<br>KEELCO INC<br>11855 NORTH MAIN ST UNIT #10<br>JACKSONVILLE FL 32218 | CREDITOR ID: 253697-12<br>KEEMAN PETROLEUM CO INC<br>PO BOX 10<br>VALDOSTA, GA 31603-0010 |
| CREDITOR ID: 244602-12<br>KEENER, CAROL<br>14000 TEAKWOOD CT<br>ID# 76172<br>DISPUTANTA, VA 23842 | CREDITOR ID: 392688-55<br>KEENER, CAROL<br>C/O: TIM HEALY<br>1506 WILLOW LAWN DRIVE<br>SUITE 212<br>RICHMOND VA 23230 | CREDITOR ID: 253698-12<br>KEEP BATON ROUGE BEAUTIFUL INC<br>PO BOX 80006<br>BATON ROUGE LA 70898 |
| CREDITOR ID: 267757-31<br>KEEP CVINGTON NEWTON BEAUTIFUL<br>ATTN: CONNIE WALLER<br>1113 USHER ST NW<br>COVINGTON GA 30014-2439 | CREDITOR ID: 267758-31<br>KEEP IT GREEN IRR & LANDSCAPE<br>ATTN: PATRICK JENNINGS<br>1000 NW 12TH AVE<br>BOCA RATON FL 33486-2110 | CREDITOR ID: 267759-31<br>KEEP TEN BAUTIFUL UNIV MEMPHIS<br>ATTN: EDITH HELLER<br>976 W PARK LOOP STE 113<br>MEMPHIS TN 38152-4110 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388309-54<br>KEEPLER, WILLIAM<br>1180 OLD SMITHFIELD ROAD<br>GOLDSBORO NC 27530 | CREDITOR ID: 253699-12<br>KEEPRITE REFRIGERATION<br>ATTN: D TEETER, PRES<br>PO BOX 2020<br>159 ROY BLVD<br>BRANTFORD, ON N3T 5Y6<br>CANADA | CREDITOR ID: 383161-99<br>KEGLER BROWN HILL & RITTER<br>ATTN: STEWART CUPPS<br>CAPITOL SQUARE, STE 1800<br>65 EAST STATE ST<br>COLUMBUS OH 43215-4294 |
| CREDITOR ID: 253700-12<br>KEISHA DUDLEY<br>135 BAMBOO ROAD #4<br>PALM BEACH FL 33404 | CREDITOR ID: 253701-12<br>KEISHA HARLEY<br>1715 DUNBARTON DRIVE<br>LITHONIA GA 30058 | CREDITOR ID: 253702-12<br>KEISHA TAYLOR<br>3606 ALBERMARK ROAD<br>JACKSON, MS 39213 |
| CREDITOR ID: 253703-12<br>KEITH  BRIGNAC<br>43408 BRITTANY STREET<br>ID# 184532<br>SORRENTO, LA 70778 | CREDITOR ID: 253705-12<br>KEITH C TALBOT<br>2104 ABADIE AVENUE<br>MATAIRIE LA 70003 | CREDITOR ID: 253706-12<br>KEITH CHEATHAM<br>829 S CIRCLE DRIVE<br>APT 108 D<br>COLORADO SPRINGS CO 80910 |
| CREDITOR ID: 253707-12<br>KEITH HODGES<br>3304 SYDNEY ROAD<br>PLANT CITY FL 33566 | CREDITOR ID: 253708-12<br>KEITH J PHILLIPS<br>1040 SUNNYBROOK ROAD<br>MIAMI FL 33136 | CREDITOR ID: 253709-12<br>KEITH K WILLIS<br>3108 PHILIP STREET<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 253710-12<br>KEITH L BOHANNON<br>195 AIRPORT PLACE<br>HIGHLAND SPRINGS VA 23075-2137 | CREDITOR ID: 253711-12<br>KEITH M RUTLEDGE<br>3427 SINCLAIR DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 253712-12<br>KEITH MCLAIN<br>20021 ADOLPHUS ROAD<br>COVINGTON LA 70435 |
| CREDITOR ID: 253713-12<br>KEITH REIVES TRUCKING CO INC<br>PO BOX 1055<br>SILER CITY NC 27344 | CREDITOR ID: 253714-12<br>KEITH T BOUCHILLON<br>3553 MCFARLAND<br>RAYMOND MS 39154 | CREDITOR ID: 385357-54<br>KEITH, JUNE<br>411 TRUMAN AVE<br>KEY WEST, FL 33040 |
| CREDITOR ID: 390665-55<br>KEITH, JUNE<br>C/O: MANUEL E. GARCIA, ESQUIRE<br>MANUEL E. GARCIA, ESQUIRE<br>515 WHITEHEAD ST.<br>KEY WEST FL 33040 | CREDITOR ID: 253715-12<br>KEJUAN A TOLLIVER<br>11743 CATALPA DRIVE<br>BATON ROUGE LA 70815 | CREDITOR ID: 253716-12<br>KEKYA M SANFORD<br>3203 SINGLETARY DRIVE<br>APT 260 B<br>BAKER, LA 70714 |
| CREDITOR ID: 253717-12<br>KELEEN YATES<br>2846 SPANISH OAKS DRIVE<br>LILBURN GA 30047 | CREDITOR ID: 253718-12<br>KELL RADIATOR SERVICE<br>8789 GURLEY RD<br>DOUGLASVILLE, GA 30134 | CREDITOR ID: 385949-54<br>KELLAM, CLAY<br>PO BOX 3524<br>WINTER HAVEN, FL 33885 |
| CREDITOR ID: 253719-12<br>KELLER CROSSING LP<br>C/O POB MONTGOMERY & COMPANY<br>SUITE 380<br>5550 LBJ FREEWAY<br>DALLAS TX 75240 | CREDITOR ID: 253720-12<br>KELLER CROSSING TEXAS LP<br>PO BOX 931850<br>%BVT MANAGEMENT SERVICES INC<br>ATLANTA, GA 31193-1850 | CREDITOR ID: 2344-RJ<br>KELLER CROSSING TEXAS, LP<br>% BVT MGMT SERVICES, INC.<br>3350 RIVERWOOD PKWY STE 1500<br>ATLANTA GA 30339 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278642-24<br>KELLER CROSSING TEXAS, LP<br>COMERICA BANK - TEXAS<br>1601 ELM STREET<br>DALLAS TX 75201 | CREDITOR ID: 406847-MS<br>KELLER, BRADLEY T.<br>1660 BEAR CROSSING CIRCLE<br>APOKA FL 32703 | CREDITOR ID: 256234-12<br>KELLERMAN, MICHAEL J<br>3401 ETHELWOOD DRIVE<br>LOUISVILLE KY 40299 |
| CREDITOR ID: 253721-12<br>KELLERS CREAMERY HOTEL BAR FOODS<br>PO BOX 8500 4155<br>PHILADELPHIA, PA 19178-4155 | CREDITOR ID: 253722-12<br>KELLERS LOCKSMITH SERVICE<br>2403 LANGLEY AVE<br>PENSACOLA FL 32504-8922 | CREDITOR ID: 388195-54<br>KELLETT, NAN<br>105 ARTILLERY ROAD<br>TAYLORS SC 29687 |
| CREDITOR ID: 253723-12<br>KELLEY<br>7036 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 403424-15<br>KELLEY & ABIDE CO, INC<br>ATTN GREG ABIDE, PRES<br>4401 EUPHROSINE STREET<br>NEW ORLEANS LA 70125 | CREDITOR ID: 253724-12<br>KELLEY & ABIDE COMPANY INC<br>PO BOX 13516<br>NEW ORLEANS, LA 70185-3516 |
| CREDITOR ID: 253725-12<br>KELLEY FOODS OF AL INC<br>PO BOX 708<br>ELBA, AL 36323 | CREDITOR ID: 399333-15<br>KELLEY, BESSIE<br>C/O PERRIN LANDRY DELAUNAY ET AL<br>ATTN SCOTT A DARTEZ, ESQ<br>PO BOX 53597<br>LAFAYETTE LA 70505 | CREDITOR ID: 399333-15<br>KELLEY, BESSIE<br>273 MONARCH DRIVE, APT G20<br>HOUMA LA 70364 |
| CREDITOR ID: 387043-54<br>KELLEY, DARLENE<br>151-B STONEYBROOKS PL<br>MARTINEZ GA 30907 | CREDITOR ID: 386279-54<br>KELLEY, GLADYS D<br>ROUTE 1 BOX 460<br>MADISON FL 32340 | CREDITOR ID: 391396-55<br>KELLEY, GLADYS D<br>C/O: PAUL ANDERSON, ESQ.<br>2984 WELLINGTON CIRCLE WEST<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 251268-12<br>KELLEY, HAROLD<br>6517 VEDA CIRCLE<br>BESSEMER, AL 35022 | CREDITOR ID: 253726-12<br>KELLEY-CLARKE CO<br>PO BOX C-34010<br>SEATTLE, WA 98124-4010 | CREDITOR ID: 253727-12<br>KELLEYLYN BUTLER<br>1456 FLO ZECHMAN DRIVE<br>PINESVILLE GA 31313 |
| CREDITOR ID: 253728-12<br>KELLI A STRICKLAND<br>123 BLUFF ROAD<br>JESUP GA 31545-4444 | CREDITOR ID: 253729-12<br>KELLI DELLINGER & KATHRYN DELLINGER<br>1187 OAK GROVE CHURCH ROAD<br>LINCOLNTON, NC 28092 | CREDITOR ID: 382028-36<br>KELLOGG COMPANY<br>MICHAEL D WARNER<br>WARNER STEVENS LLP<br>1700 CITY CENTER TOWER II,<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 |
| CREDITOR ID: 253730-12<br>KELLOGG SALES COMPANY<br>PO BOX 905193<br>CHARLOTTE NC 28290-9051 | CREDITOR ID: 404984-95<br>KELLOGG SALES COMPANY<br>JEAN DRENTH/KELLOGG FIN EXCHANGE<br>PO BOX 3600<br>BATTLE CREEK MI 490163600 | CREDITOR ID: 278707-99<br>KELLOGG SALES COMPANY<br>ATTN: JUAN MOSPEK, CREDIT MANAGER<br>PO BOX 905193<br>CHARLOTTE, NC 28290-9051 |
| CREDITOR ID: 279473-99<br>KELLOGG SALES COMPANY<br>ATTN: WARNER STEVENS LLP<br>ATTN: MICHAEL WARNER/DAVID COHEN<br>1700 CITY CENTER TOWER II<br>301 COMMERCE ST<br>FORT WORTH TX 76102 | CREDITOR ID: 382590-51<br>KELLOGG'S<br>1 KELLOGG SQUARE<br>BATTLE CREEK, MI 49016 | CREDITOR ID: 253731-12<br>KELLY A KENT<br>10781 LOCKWOOD DRIVE<br>GRAND BAY AL 36541 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253732-12<br>KELLY B LEWIS<br>17600 NW 5 AVE  APT 1005<br>MIAMI FL 33169 | CREDITOR ID: 253733-12<br>KELLY BERRY<br>159 RIPLEY STREET<br>CHURCH HILL, TN 37642 | CREDITOR ID: 381594-47<br>KELLY CARR<br>313 BRADFORD DRIVE<br>SALISBURY, NC 28146 |
| CREDITOR ID: 253734-12<br>KELLY COLLINS & GENTRY INC<br>1700 N ORANGE AVENUE<br>SUITE 400<br>ORLANDO FL 32804 | CREDITOR ID: 253735-12<br>KELLY GRAHAM<br>4410 NW 32 PLACE<br>GAINESVILLE FL 32606 | CREDITOR ID: 253736-12<br>KELLY L BUTLER<br>3909 CEDAR BLUFF ROAD<br>SOUTHPORT FL 32409 |
| CREDITOR ID: 253737-12<br>KELLY M ADAMS<br>1211 MONTEVALLO AVENUE<br>DOTHAN AL 36301 | CREDITOR ID: 253738-12<br>KELLY MICHAEL<br>14406 OAK MEADOWS<br>GONZALES LA 70737 | CREDITOR ID: 253739-12<br>KELLY R THOMAS<br>5008 FAIRCLOTH STREET<br>PACE FL 32571 |
| CREDITOR ID: 253740-12<br>KELLY REFRIGERATION SYSTEMS INC<br>PO BOX 540117<br>ORLANDO, FL 32854-0117 | CREDITOR ID: 253741-12<br>KELLY RIGDON<br>109 HAMILTON COURT<br>BARDSTOWN KY 40004 | CREDITOR ID: 253742-12<br>KELLY SEASHORE RANCH<br>7500 FIRST COAST HIGHWAY<br>AMELIA ISLAND FL 32034 |
| CREDITOR ID: 253743-12<br>KELLY SERVICE @ CENTRAPAK<br>555 ROCKHOUSE ROAD<br>ASHBURN, GA 31714 | CREDITOR ID: 253744-12<br>KELLY SERVICES, INC<br>PO BOX 530437<br>ATLANTA, GA 30353-0437 | CREDITOR ID: 400439-15<br>KELLY SERVICES, INC<br>ATTN SANDY MCFARLAND<br>999 W BIG BEAVER ROAD<br>TROY MI 48084 |
| CREDITOR ID: 253745-12<br>KELLY WATSON<br>3381 SKY TERRA DRIVE<br>MOBILE, AL 36618 | CREDITOR ID: 253746-12<br>KELLY WATSON FERRIS<br>6239 BRECKENRIDGE LANE<br>HAMILTON OH 45011 | CREDITOR ID: 399529-82<br>KELLY, ALVAN<br>4601 POINT MILLIGAN ROAD<br>QUINCY  FL 32352 |
| CREDITOR ID: 385622-54<br>KELLY, BESSIE<br>135 BANKS AVENUE<br>HOUMA, LA 70363 | CREDITOR ID: 390914-55<br>KELLY, BESSIE<br>C/O: WARREN PERRIN, ESQUIRE<br>PERRIN, LANDRY, DELAUNAY, DARTE & OUELLE<br>PO BOX 53597<br>LAFAYETTE LA 70505 | CREDITOR ID: 243447-12<br>KELLY, BEVERLY<br>2206 TAILWATER ROAD<br>NEWTON NC 28658 |
| CREDITOR ID: 391997-55<br>KELLY, BRENDA L<br>C/O: RAY STOESS, JR.<br>125 SOUTH SEVENTH STREET<br>SUTIE 205<br>LOUISVILLE KY 40202 | CREDITOR ID: 387468-54<br>KELLY, BRENDA L<br>8608 BLUEBELL DRIVE<br>LOUISVILLE KY 40219 | CREDITOR ID: 244951-12<br>KELLY, CHAD J<br>903 N 58TH AVENUE<br>PENSACOLA FL 32506 |
| CREDITOR ID: 386170-54<br>KELLY, CHRISTAL<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 | CREDITOR ID: 391331-55<br>KELLY, CHRISTAL<br>C/O: EDWARD WIGGINS<br>FUNCHES & ASSOCIATES<br>1617 ROBINSON ST<br>JACKSON MS 39209 | CREDITOR ID: 385868-54<br>KELLY, JOANNE<br>565 CONCORD AVE<br>TITUSVILLE, FL 32780 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391116-55<br>KELLY, JOANNE<br>C/O STEPHEN G. CHARPENTIER<br>CHILDRESS & CHARPENTIER, P.A.<br>2285 WEST EAU GALLIE BOULEVARD<br>MELBOURNE FL 32935 | CREDITOR ID: 389907-54<br>KELLY, KADEEN<br>3476 FOXCROFT ROAD<br>UNIT 101<br>MIRAMAR, FL 33025 | CREDITOR ID: 393446-55<br>KELLY, KADEEN<br>C/O MR. ELIO PEREZ<br>DELL & SCHAEFER, P.A.<br>2404 HOLLYWOOD BLVD.<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 394067-61<br>KELLY, KRONENBERG, GILMARTIN, ET AL<br>8201 PETERS RD. STE 4000<br>FT LAUDERDALE, FL 33324 | CREDITOR ID: 407500-15<br>KELLY, OLLIE<br>C/O MORGAN COLLING & GILBERT, PA<br>ATTN JOSEPH SHAUGHNESSY, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 389926-54<br>KELLY, PATRICIA<br>5238 NW 24TH CT #2<br>MIAMI, FL 33142 |
| CREDITOR ID: 393464-55<br>KELLY, PATRICIA<br>C/O: CARL A. BROGAN<br>CARL A. BROGAN ATTORNEY AT LAW<br>7740 SOUTHWEST 104TH STREET<br>SUITE 203<br>MIAMI FL 33156 | CREDITOR ID: 262975-12<br>KELLY, THOMAS J<br>418 ALABAMA ROAD<br>LEHIGH ACRES, FL 33936 | CREDITOR ID: 253747-12<br>KELLY'S FOOD INC<br>PO BOX 491<br>JOHNSON CITY TN 37605 |
| CREDITOR ID: 253748-12<br>KELLYS TIRE CO LLC<br>316 E LOVE ST<br>TROY AL 36081 | CREDITOR ID: 253749-12<br>KELRON LOGISTICS<br>1355 MEYERSIDE DRIVE<br>MISSISSAUGA, ON L5T 1C9<br>CANADA | CREDITOR ID: 253750-12<br>KELSEY CONSTRUCTION<br>PO BOX 431769<br>BIG PINE KEY  FL 33043-1769 |
| CREDITOR ID: 253751-12<br>KELSEY ELECTRIC MOTOR<br>PO BOX 5432<br>HUNTSVILLE, AL 35814-5432 | CREDITOR ID: 298569-39<br>KELVIN J CLAXTON<br>PO BOX 2274<br>BUNNELL FL 32110 | CREDITOR ID: 253752-12<br>KELVIN V WILLIAMS<br>1409 TARA ROAD<br>CHARLESTON SC 29407 |
| CREDITOR ID: 253753-12<br>KEMAL T GASPER<br>4526 MATADOR DRIVE<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 253754-12<br>KEMCO KISER EQUIP MGMT CO INC<br>PO BOX 11107<br>MONTGOMERY AL 36111 | CREDITOR ID: 1498-RJ<br>KEMOR PROPERTIES INC<br>C/O THE RAINES GROUP<br>1200 MOUNTIAN CREEK ROAD #100<br>CHATTANOOGA, TN 37405 |
| CREDITOR ID: 253755-12<br>KEMOR PROPERTIES INC<br>C/O THE RAINES GROUP<br>1200 MOUNTIAN CREEK ROAD #100<br>CHATTANOOGA, TN 37405 | CREDITOR ID: 278502-24<br>KEMOR PROPERTIES INC.<br>ATTN: BILL RAINES<br>C/O THE RAINES GROUP<br>1200 MOUNTAIN CREEK ROAD<br>#100<br>CHATTANOOGA TN 37405 | CREDITOR ID: 278643-24<br>KEMOR PROPERTIES, INC<br>FARM BUREAU LIFE INSURANCE CO<br>ATTN REAL ESTATE/COMM MORTGAGE MGR<br>5400 UNIVERSITY AVENUE<br>WEST DES MOINES IA 50266 |
| CREDITOR ID: 243959-12<br>KEMP, BRIAN G<br>PO BOX 146<br>BOWLING GREEN FL 33834-0146 | CREDITOR ID: 389049-54<br>KEMP, PATRICIA<br>2115 ELKAHATCHEE ROAD<br>ALEXANDER CITY, AL 35010 | CREDITOR ID: 392947-55<br>KEMP, PATRICIA<br>C/O: DAINE SHARPE<br>E. DAINE SHARPE, P.C.<br>134 N. BROADNAX ST.<br>DADEVILLE AL 36853-1303 |
| CREDITOR ID: 1349-07<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 315815-40<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 382029-36<br>KEMPS LLC<br>ATTN STEVE CARLSON, CR MGR<br>2929 UNIVERSITY AVE SE<br>PO BOX 9481<br>MINNEAPOLIS MN 55440-9481 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253756-12<br>KEN & KAREN CLEAPOR<br>1118 GLYN OAKS DRIVE<br>BOILING SPRINGS SC 29316 | CREDITOR ID: 253757-12<br>KEN ALLEN<br>3767 MOTE ROAD<br>COLUMBUS GA 31907 | CREDITOR ID: 253758-12<br>KEN BLANCHARD COMPANIES<br>125 STATE PLACE<br>ESCONDIDO, CA 92029 |
| CREDITOR ID: 381839-99<br>KEN BURTON JR,MANATEE CNTY TAX COLL<br>ATTN: SUSAN D PROFANT<br>PO BOX 25300<br>819 US 301 BLVD WEST<br>RADENTON FL 34206-5300 | CREDITOR ID: 253759-12<br>KEN GHEORGE<br>10940 LAKEVIEW DRIVE<br>CORAL SPRINGS, FL 33071 | CREDITOR ID: 253760-12<br>KEN GUIDRY ELECTRIC INC<br>8443 ROBERTS COVE ROAD<br>RAYNE LA 70578 |
| CREDITOR ID: 253762-12<br>KEN ROBINSON OF FLORIDA INC<br>PO BOX 101084<br>ATLANTA, GA 30392-1084 | CREDITOR ID: 407697-15<br>KEN ROBINSON OF FLORIDA, A DIVISION<br>OF WHITE ELECTRICAL CONSTRUCTION CO<br>ATTN SAM I DUBOSE, CORP SECRETARY<br>3225 EAST 4TH AVENUE<br>TAMPA FL 33605 | CREDITOR ID: 397300-69<br>KENAN ADVANTAGE GROUP INC.<br>4895 DRESSLER ROAD NW, SUITE 100<br>CANTON, OH 44718 |
| CREDITOR ID: 253764-12<br>KENAN TRANSPORT COMPANY<br>PO BOX 60827<br>CHARLOTTE NC 28260 | CREDITOR ID: 253765-12<br>KENCO SIGN AND AWNING DIV<br>1539 GARDEN AVE<br>HOLLY HILL, FL 32117 | CREDITOR ID: 253766-12<br>KENDA LOGISTICS<br>1087 NW CR 150<br>MADISON FL 32340 |
| CREDITOR ID: 253767-12<br>KENDA S MURVINE<br>1738 DOUBLOON DRIVE<br>HOLIDAY FL 34690 | CREDITOR ID: 253768-12<br>KENDALL BONNER<br>5001 SCHINDLER DRIVE<br>NEW ORLEANS LA 70127 | CREDITOR ID: 253769-12<br>KENDALL D JONES<br>1424 TARRANT HUFFMAN DRIVE<br>BIRMINGHAM AL 35217 |
| CREDITOR ID: 253770-12<br>KENDALL ELECTRICAL<br>1148 JVL COURT<br>SUITE 180<br>MARIETTA GA 30066 | CREDITOR ID: 253771-12<br>KENDALL G PORTIS<br>2727 EASTPOINT STREET<br>EASTPOINT GA 30344 | CREDITOR ID: 253772-12<br>KENDALL J SANDERS<br>15034 FINLEY ROAD<br>WILMER AL 36587 |
| CREDITOR ID: 253774-12<br>KENDALL WHITE<br>2308 FOURTH AVENUE<br>JACKSONVILLE FL 32208-0143 | CREDITOR ID: 406183-15<br>KENDALL, RICHARD<br>PO BOX 63<br>GULF BREEZE FL 32562 | CREDITOR ID: 388545-54<br>KENDALL, ROBERT<br>370 NE 45TH CT<br>FORT LAUDERDALE, FL 33334-6047 |
| CREDITOR ID: 253775-12<br>KENDRA BROWN<br>4005 HODGDON CORNERS DRIVE<br>LITHONIA GA 30038 | CREDITOR ID: 253777-12<br>KENDRAKA N JONES<br>2500 HOLBROOK TERRACE<br>BESSEMER AL 35020 | CREDITOR ID: 385143-54<br>KENDRICK, DEBBIE<br>264 MELODY LANE<br>LOUISVILLE, KY 40229-5002 |
| CREDITOR ID: 390495-55<br>KENDRICK, DEBBIE<br>C/O: SCOTT M. MILLER, ESQ.<br>PRIDDY, ISENBERG, MILLER & MEADE, PLLC<br>429 W MUHAMMAD BLVD SUITE 800<br>LOUISVILLE KY 40202 | CREDITOR ID: 397897-76<br>KENDRICK, SHANDREKA<br>16465 NW 37TH COURT<br>OPA LOCKA, FL 33054 | CREDITOR ID: 253778-12<br>KENILWORTH MIDDLE SCHOOL<br>7600 BOONE AVE<br>BATON ROUGE, LA 70808 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267760-31<br>KENLY WASTE WATER TREATMENT<br>ATTN: ED TEMPLE<br>HGWY 301 S<br>KENLY NC 27542 | CREDITOR ID: 253779-12<br>KENNARD L MING<br>6308 SWEETWATER DRIVE EAST<br>LAKELAND FL 33811 | CREDITOR ID: 389207-54<br>KENNARD, EDWARD<br>5460 NW 40TH TERR<br>COCONUT CREEK FL 33073 |
| CREDITOR ID: 393065-55<br>KENNARD, EDWARD<br>C/O: RICHARD SICKING<br>RICHARD SICKING, ESQ.<br>1313 PONCE  DE LEON BLVD.<br>SUITE 300<br>CORAL GABLES FL 33134 | CREDITOR ID: 397898-76<br>KENNEBREW, WILLIAM<br>1522 SOUTH COURT STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 383151-99<br>KENNEDY COVINGTON LOBDELL ET AL<br>ATTN: AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FL<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 253780-12<br>KENNEDY ENGINE COMPANY INC<br>980 MOTSIE ROAD<br>BILOXI, MS 39532 | CREDITOR ID: 253781-12<br>KENNEDY EQUIPMENT CO INC<br>PO BOX 4380<br>COLUMBUS, GA 31914-8134 | CREDITOR ID: 253782-12<br>KENNEDY MACHINE SHOP<br>51 PROCTOR RD<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 387929-54<br>KENNEDY, ALMA<br>1451 LONGBAY ROAD<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 392213-55<br>KENNEDY, ALMA<br>C/O: RONALD SHOLES, ATTY.<br>RONALD E. SHOLES, PA.<br>PO BOX 8690<br>JACKSONVILLE FL 32239 | CREDITOR ID: 389734-54<br>KENNEDY, CONNIE<br>20 LITTLE CREEK CIRCLE<br>CHELSEA AL 35043 |
| CREDITOR ID: 381140-47<br>KENNEDY, JEAN<br>3600 OLD BRADENTON ROAD<br>SARASOTA, FL 34234 | CREDITOR ID: 392104-55<br>KENNEDY, MARK A<br>C/O: EDWARD MAYER<br>ATTORNEY AT LAW<br>SUITE 490, STARKS BUILDING<br>LOUISVILLE KY 40201 | CREDITOR ID: 387751-54<br>KENNEDY, MARK A<br>8 ROYAL COURT<br>LOUISVILLE KY 40214 |
| CREDITOR ID: 390102-54<br>KENNEDY, MARY<br>9881 POINTE VIEW DRIVE<br>JONESBORO, GA 30238 | CREDITOR ID: 393558-55<br>KENNEDY, MARY<br>C/O: CRAIG D. MILLER, ESQ.<br>KAUFMAN, MILLER & SILVERTSEN<br>8215 ROSWELL ROAD<br>BUILDING 800<br>ATLANTA GA 30350 | CREDITOR ID: 393610-55<br>KENNEDY, MARY A<br>C/O: STEPHEN H NELSON<br>LAW OFFICES OF NELSON & FREEDLANDER<br>777 BRICKELL AVENUE<br>SUITE 1200<br>MIAMI FL 33131 |
| CREDITOR ID: 390162-54<br>KENNEDY, MARY A<br>2171 NW 29TH AVE<br>FORT LAUDERDALE, FL 33313 | CREDITOR ID: 393594-55<br>KENNEDY, PAMELA S<br>C/O MALONEY STROHMEYER, LLP<br>DAVID J MALONEY, ESQ<br>601 CHURCH STREET<br>MOBILE AL 36602 | CREDITOR ID: 390141-54<br>KENNEDY, PAMELA S<br>PO BOX 991<br>GRAND BAY, AL 36541 |
| CREDITOR ID: 382752-51<br>KENNEDY, PAUL<br>22226 CLIFF AVENUE SOUTH #204<br>DES MOINES, WA 98198 | CREDITOR ID: 389965-54<br>KENNEDY, RENEE<br>5 SUMMIT STREET<br>CARTERSVILLE, GA 30120 | CREDITOR ID: 399530-82<br>KENNEDY, SHIRVEY<br>2 PINEYWOOD COURT<br>THOMASVILLE  NC 27360 |
| CREDITOR ID: 392085-55<br>KENNEDY, STACY R<br>C/O: DELOS BURKS<br>STEWART, BURKS, CARROLL AND PATCH<br>111 EAST CANAL ST<br>PICATUNE MS 39466 | CREDITOR ID: 387607-54<br>KENNEDY, STACY R<br>502 S. CURRAN AVE<br>PICAYUNE MS 39466 | CREDITOR ID: 386452-54<br>KENNELL, HAROLD<br>PO BOX 66376<br>MOBILE AL 36660 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388561-54<br>KENNEREY, WILLA<br>234 34TH AVENUE DRIVE EAST<br>BRADENTON, FL 34203 | CREDITOR ID: 392630-55<br>KENNEREY, WILLA<br>C/O: SUSAN FISCHER<br>STEVEN G. LAVELY<br>101 RIVERFRONT BLVD, STE 120<br>BRANDENTON FL 34205 | CREDITOR ID: 382030-36<br>KENNESAW FRUIT & JUICE<br>LISA<br>1300 SW FIRST COURT<br>PAMPANO BEACH FL 33069 |
| CREDITOR ID: 253783-12<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 253784-12<br>KENNETH A CALL<br>736 CASTLEWOOD STREET<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 253785-12<br>KENNETH A DAVIS<br>6293 JOSEPH WAY<br>NORCROSS GA 30093 |
| CREDITOR ID: 253786-12<br>KENNETH A MOORE<br>1926 NW 83 TERRACE<br>MIAMI FL 33147 | CREDITOR ID: 253787-12<br>KENNETH BEASON<br>5284 BURNEY MILL ROAD<br>TROY NC 27371 | CREDITOR ID: 253788-12<br>KENNETH C AUSTIN<br>PO BOX 776<br>CIRCUIT CLERK<br>FLORENCE AL 35631 |
| CREDITOR ID: 253789-12<br>KENNETH C JOHNSON<br>7129 ONXY DRIVE N<br>ST PETERSBURGH FL 33702 | CREDITOR ID: 240520-06<br>KENNETH CITY<br>OCCUPATIONAL LICENSE TAX<br>6000 54TH AVE N<br>KENNETH CITY FL 33709 | CREDITOR ID: 1499-07<br>KENNETH CITY PARTNERS<br>ATTN ROBERT S ISON<br>PO BOX 20406<br>ATLANTA GA 30325 |
| CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA, GA 30325 | CREDITOR ID: 253792-12<br>KENNETH D BARNES<br>4065 COFFEY HOLLAR LANE<br>LENOIR NC 28645 | CREDITOR ID: 253793-12<br>KENNETH D TRESSLER<br>4054 REX DRIVE<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 253796-12<br>KENNETH DONALDSON<br>1903 LONGWOOD COURT<br>LAPLACE LA 70068 | CREDITOR ID: 253797-12<br>KENNETH G LYN<br>7210 FAIR WAY BLVD<br>MIRAMAR FL 33025 | CREDITOR ID: 253798-12<br>KENNETH G SALMON<br>3726 SW 69TH WAY<br>MIRAMAR, FL 33023 |
| CREDITOR ID: 253799-12<br>KENNETH GLOVER<br>9018 HIGHLAND PASS<br>FAIRBURN GA 30213 | CREDITOR ID: 253800-12<br>KENNETH J LANDRY<br>8424 FAIRFAX DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 253801-12<br>KENNETH J LAYTON INC<br>ATTN KENNETH J LAYTON, PRESIDENT<br>PO BOX 1205<br>ROCKINGHAM, NC 28380 |
| CREDITOR ID: 253801-12<br>KENNETH J LAYTON INC<br>C/O DEANE, WILLIAMS & DEANE<br>ATTN KELLY J WILLIAMS, ESQ<br>PO BOX 1416<br>ROCKINGHAM NC 28380 | CREDITOR ID: 253802-12<br>KENNETH J REYES<br>8307 COUNTRY SQUARE COURT<br>TAMPA FL 33615 | CREDITOR ID: 395676-65<br>KENNETH J. LAYTON, INC.<br>PO BOX 1205<br>ROCKINGHAM, NC 28380 |
| CREDITOR ID: 381683-47<br>KENNETH L JONES<br>1071 EDGEWOOD AVENUE SOUTH<br>APT 105<br>JACKSONVILLE, FL 32205-5382 | CREDITOR ID: 253803-12<br>KENNETH POLITE<br>101 W ANDERSON STREET<br>APT B<br>SAVANAH GA 31401 | CREDITOR ID: 253804-12<br>KENNETH R ANDREWS INC<br>21266 PURPLE SAGE LANE<br>BOCA RATON FL 33428 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253805-12<br>KENNETH R LEWIS<br>1172 LESLIE PLACE<br>LITHONIA, GA 30058 | CREDITOR ID: 253806-12<br>KENNETH R WARNER<br>15407 SCHNEBELEN AVENUE<br>BATON ROUGE LA 70816 | CREDITOR ID: 253807-12<br>KENNETH S FUSSELL<br>76386 HWY 51<br>KENTWOOD LA 70444 |
| CREDITOR ID: 253808-12<br>KENNETH S WOJNAR<br>3023 DARLINGTON DRIVE<br>HOLIDAY FL 34691 | CREDITOR ID: 253809-12<br>KENNETH W HOLMAN<br>812 CALOOSA TR<br>CASSELBERRY FL 32707 | CREDITOR ID: 253810-12<br>KENNETH WARREN<br>1454 DIANNE DRIVE<br>JACKSON MS 39204 |
| CREDITOR ID: 253811-12<br>KENNETH WASHINGTON JR<br>644 GROVEWOOD DRIVE<br>GRETNA LA 70056 | CREDITOR ID: 253812-12<br>KENNY D SHEPPARD<br>50 DEAR TRACE TRAIL<br>WETUMKA AL 36092 | CREDITOR ID: 253813-12<br>KENNY M FRANTZ<br>7506 NW 18TH DRIVE<br>PEMBROKE PINES FL 33024 |
| CREDITOR ID: 253814-12<br>KENNY P BRAZAN<br>13241 PLUM STREET<br>VACHERIE LA 70090 | CREDITOR ID: 253815-12<br>KENNY STIREWALT<br>1385 OLD CRESS ROAD<br>SALISBURY, NC 28144 | CREDITOR ID: 253816-12<br>KENNYS TRUCK TRAILER & WELDING INC<br>PO BOX 52321<br>1215 S MOCK ROAD<br>ALBANY, GA 31703 |
| CREDITOR ID: 253817-12<br>KENON L WOODS JR<br>131-A HILARY CIRCLE<br>CHARLOTTE NC 28217 | CREDITOR ID: 253818-12<br>KENS AUTO SALES<br>7016 HWY 160<br>LITT CARR, KY 41834 | CREDITOR ID: 253819-12<br>KENS BAR-B-QUE OF MADISON<br>PO BOX 205<br>MADISON FL 32340 |
| CREDITOR ID: 253763-12<br>KEN'S FOODS INC<br>ATTN PATRICK CONDRY, CR MGR<br>PO BOX 849<br>MARLBORO MA 01752 | CREDITOR ID: 404986-95<br>KEN'S FOODS INC<br>ACOSTA SALES AND MARKETING<br>5650 BRECKENRIDGE DRIVE, SUITE 301<br>TAMPA FL 33610 | CREDITOR ID: 253820-12<br>KENSINGTON PARK UTILITIES<br>AQUASOURCE<br>ATTN DIANNA STIEGLER<br>8374 MARKET STREET<br>PO BOX 419<br>BRADENTON, FL 34202 |
| CREDITOR ID: 253821-12<br>KENT AIR CONDITIONING SERVICES INC<br>PO BOX 5685<br>TAMPA, FL 33675 | CREDITOR ID: 389270-54<br>KENT, CAROL<br>490 DURHAM Q<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 393102-55<br>KENT, CAROL<br>C/O: VANCE MOORE<br>4403 WEST TRADEWINDS AVENUE<br>LAUDERDALE BY THE SEA FL 33308 |
| CREDITOR ID: 388864-54<br>KENT, RICHARD<br>8350 NOROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 253822-12<br>KENTON COUNTY FISCAL COURT<br>PO BOX 792<br>COVINGTON, KY 41012-0792 | CREDITOR ID: 253823-12<br>KENTON COUNTY SHERIFF<br>PO BOX 18903<br>PROPERTY TAX<br>ERLANGER KY 41018-0903 |
| CREDITOR ID: 317944-42<br>KENTON COUNTY SHERIFF<br>PO BOX 188070<br>ERLANGER KY 41018-8070 | CREDITOR ID: 253825-12<br>KENTUCKY ACCOUNTS SVC OF DANVILLE<br>PO BOX 636<br>DANVILLE KY 40423-0636 | CREDITOR ID: 253826-12<br>KENTUCKY AMERICAN WATER CO<br>PO BOX 70824<br>CHARLOTTE, NC 28272 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404989-95<br>KENTUCKY AMERICAN WATER CO<br>PO BOX 580491<br>CHARLOTTE NC 28258-0491 | CREDITOR ID: 253827-12<br>KENTUCKY ASSIGNED CLAIMS PLAN<br>9200 SHELBYVILLE RD  STE<br>SUITE 605<br>LOUISVILLE KY 40222 | CREDITOR ID: 403269-83<br>KENTUCKY CABINET FOR HEALTH<br>AND FAMILY SERVICES<br>ATTN: GRADDY W. JOHNSON, ESQ.<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621 |
| CREDITOR ID: 403270-83<br>KENTUCKY DEPARTMENT FOR<br>MEDICAID SERVICES<br>ATTN: MR. FRED CULBERTSON<br>DIVISION OF ADMIN AND FIN MGMT<br>275 EAST MAIN STREET, 6W-C<br>FRANKFORT KY 40621-0001 | CREDITOR ID: 7-02<br>KENTUCKY DEPARTMENT OF REVENUE<br>ATTN: MARK TREESH, COMMISSIONER<br>200 FAIR OAKS LANE<br>FRANKFORT KY 40620 | CREDITOR ID: 241090-11<br>KENTUCKY DEPT OF REVENUE<br>ACCOUNT NO.: 911736<br>FRANKFORT, KY 40620-0003 |
| CREDITOR ID: 253830-12<br>KENTUCKY INDIVIDUAL SELF INSURERS<br>GUARANTY FUND<br>PO BOX 1495<br>FRANKFORT KY 40602-1495 | CREDITOR ID: 253831-12<br>KENTUCKY LAND TITLE AGENCY INC<br>ATTN: RONALD G MULLEN, PRES<br>2362 GRANDVIEW DRIVE<br>FT MITCHELL, KY 41017 | CREDITOR ID: 21-02<br>KENTUCKY LOTTERY CORPORATION<br>ATTN: ARTHUR L. GLEASON, JR.<br>PRESIDENT AND CEO<br>1011 WEST MAIN STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 382948-51<br>KENTUCKY MEDICAID<br>275 EAST MAIN STREET<br>FRANKFORT, KY 40621-0001 | CREDITOR ID: 31-02<br>KENTUCKY OFFICE OF INSURANCE<br>ATTN: MARTIN J. KOETTERS, EXECU DIR<br>215 W. MAIN STREET<br>FRANKFORT KY 40601 | CREDITOR ID: 253832-12<br>KENTUCKY PETROLEUM RECYCLING INC<br>6911 GRADE LN<br>LOUISVILLE, KY 40213 |
| CREDITOR ID: 253833-12<br>KENTUCKY POULTRY FEDERATION<br>PO BOX 21829<br>LEXINGTON KY 40522-1829 | CREDITOR ID: 253834-12<br>KENTUCKY RETAIL FEDERATION INC<br>512 CAPITOL AVE<br>FRANKFORT KY 40601 | CREDITOR ID: 241092-11<br>KENTUCKY REVENUE CABINET<br>ACCOUNT NO.: 014165<br>FRANKFORT, KY 40620-0003 |
| CREDITOR ID: 253835-12<br>KENTUCKY REVENUE CABINET<br>HDQ<br>FRANKFORT, KY 40619 | CREDITOR ID: 253836-12<br>KENTUCKY RIVER MEDICAL CENTER<br>PO BOX 72<br>JACKSON KY 41339 | CREDITOR ID: 399682-YY<br>KENTUCKY RIVER MEDICAL CENTER<br>540 JETTS DRIVE<br>JACKSON KY 41339 |
| CREDITOR ID: 253837-12<br>KENTUCKY SCALE CO INC<br>520 VEECHDALE ROAD<br>SIMPSONVILLE KY 40067 | CREDITOR ID: 253838-12<br>KENTUCKY SPECIALTY MEAT<br>1402 HOPKINSVILLE STREE<br>PRINCETON, KY 42445 | CREDITOR ID: 253839-12<br>KENTUCKY STANDARD NEWS<br>PO BOX 639<br>BARDSTOWN, KY 40004 |
| CREDITOR ID: 253853-12<br>KENTUCKY STATE TREAS ENVIRONMENTAL<br>SUPPORT SECTION<br>275 EAST MAIN STREET<br>FRANKFORT KY 40621-0001 | CREDITOR ID: 253849-12<br>KENTUCKY STATE TREASURER<br>TRANSP CABINET/DIV OF MOTOR CARRIER<br>PO BOX 2004<br>FRANKFORT, KY 40602-2004 | CREDITOR ID: 253845-12<br>KENTUCKY STATE TREASURER<br>KENTUCKY REVENUE CABINET<br>FRANKFORT, KY 40620-0003 |
| CREDITOR ID: 253843-12<br>KENTUCKY STATE TREASURER<br>DEPT OF ALCOHLOIC BEVERAGE CNT<br>1003 TWILIGHT TRAIL<br>FRANKFORT KY 40601-8400 | CREDITOR ID: 253841-12<br>KENTUCKY STATE TREASURER<br>275 E MAIN ST  HS2WD - D<br>FRANKFORT, KY 40621 | CREDITOR ID: 253848-12<br>KENTUCKY STATE TREASURER<br>PO BOX 491<br>100 FAIR OAKS  5TH FLOOR<br>FRANKFORT KY 40602 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 253844-12
KENTUCKY STATE TREASURER
EMERGENCY RESPONSE COMMISION
EOC BOONE CENTER
FRANKFORT, KY 40601-6168

CREDITOR ID: 241093-11
KENTUCKY STATE TREASURER
TRANSPORTATION CABINET DIVISION
OF MOTOR CARRIER
ACCOUNT NO.: 4571
PO BOX 2004
FRANKFORT KY 40602-2004

CREDITOR ID: 253842-12
KENTUCKY STATE TREASURER
ATTN: CREDIT CARD SECTION
DIV OF TOLL FACILITIES
643 TETON TRAIL
FRANKFORT KY 40622-0001

CREDITOR ID: 253850-12
KENTUCKY STATE TREASURER
TREY GRAYSON SECRETARY STATE
PO BOX 718
FRANKFORT KY 40602-0718

CREDITOR ID: 253852-12
KENTUCKY STATE TREASURER DIV OF
WASTE MANAGEMENT
14 REILLY ROAD
FRANKFORT KY 40601

CREDITOR ID: 253851-12
KENTUCKY STATE TREASURER DIV OF
TOLL FAC
ATTN CREDIT CARD SECTION
643 TETON TRAIL
FRANKFORT KY 40622

CREDITOR ID: 253854-12
KENTUCKY STATE TREASURER OFFICE OF
HOUSING BUILDING & CONSTRUCTION
101 SEA HERO ROAD SUITE 100
ATTN HAZARDOUS MATERIALS SECTION
FRANKFORT, KY 40601-5405

CREDITOR ID: 253856-12
KENTUCKY UTILITIES CO
PO BOX 14242
LEXINGTON, KY 40512

CREDITOR ID: 404991-95
KENTUCKY UTILITIES CO
P O BOX 14101
LEXINGTON KY 40512-4101

CREDITOR ID: 523-03
KENTUCKY UTILITIES CO.
ONE QUALITY STREET
LEXINGTON KY 40507

CREDITOR ID: 253857-12
KENTUCKY WORKERS COMPENSATION
FUNDING COMMISSION
PO BOX 1128
FRANKFORT, KY 40602-1128

CREDITOR ID: 267761-31
KENTWOOD COMMUNITY DEVELO
ATTN: SANDY REED
204 AVENUE E
KENTWOOD LA 70444-2516

CREDITOR ID: 253858-12
KENYA D WOOTEN
1977 MARSHALL PLACE
JACKSON MS 39213-4450

CREDITOR ID: 253859-12
KENYA WASHINGTON
12429 KINGSTON DRIVE
BATON ROUGE LA 70807

CREDITOR ID: 253860-12
KENYATTA ALFORD
318 23RD AVENUE
MERIDIAN MS 39301

CREDITOR ID: 253861-12
KEONI S BOWERS
426 WHEATFIELD COURT
ORANGE PARK FL 32003

CREDITOR ID: 253862-12
KEOSHA M KEMP
89 HILLARD
APT F
ATLANTA GA 30312-0157

CREDITOR ID: 386903-54
KEOUGH, ANN
7607 CHASTA ROAD
MICCO FL 32976

CREDITOR ID: 253863-12
KEOWEE COURIER
PO BOX 528
WALHALLA, SC 29691

CREDITOR ID: 387396-54
KEPLER, KRIS
13 SEABRIDGE DR
ORMOND BEACH, FL 32176

CREDITOR ID: 391959-55
KEPLER, KRIS
C/O BOGIN, MUNNS & MUNNS
ATTN MARK A MATOVINA, ESQ
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 392258-55
KEPPLER, MYRTLE E
C/O JAMES N POWERS, PA
ATTN STEVEN E EARLE ESQ
120 E ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 387976-54
KEPPLER, MYRTLE E
2796 APT  D CURRY FORD ROAD
ORLANDO, FL 32806

CREDITOR ID: 253864-12
KERA REYNA
271 GRANDWOOD, APT 3
PATTERSON LA 70392

CREDITOR ID: 387592-54
KERANEN, STACY SHAWN
215 4TH AVENUE
HOUSTON MS 38851

CREDITOR ID: 253865-12
KERBBY PARTNERSHIP
C/O HOBBY PROPERTIES
4312 LEAD MINE RD
RALEIGH, NC 27612

CREDITOR ID: 1500-07
KERBBY PARTNERSHIP
C/O HOBBY PROPERTIES
4312 LEAD MINE RD
RALEIGH, NC 27612

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392437-55<br>KERCADO, ALEX IVAN<br>C/O: KELLY K. CARRON<br>GORDON & DONER PA<br>4114 NORTHLAKE BLVD., STE 200<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 388315-54<br>KERCADO, ALEX IVAN<br>2600 DONALD RD<br>WEST PALM BEACH, FL 33406 | CREDITOR ID: 253866-12<br>KERCO INC<br>PO BOX 1888<br>548 S MAIN ST<br>MADISONVILLE KY 42431-0038 |
| CREDITOR ID: 253867-12<br>KERIMA MCINTOSH & PAUL B MCINTOSH<br>19211-A COUNTY ROAD 33<br>FAIRHOPE AL 36532 | CREDITOR ID: 399531-82<br>KERKHOFF, JENNIFER A.<br>3430 MARSTON DRIVE<br>ORLANDO  FL 32812 | CREDITOR ID: 253869-12<br>KERN COUNTY<br>DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 2147<br>BAKERSFIELD, CA 93303 |
| CREDITOR ID: 267762-31<br>KERNERSVILLE PUBLIC WORKS<br>ATTN: DAVID HAMLIN<br>720 MCKAUGHAN ST<br>KERNERSVILLE NC 27284-3147 | CREDITOR ID: 253870-12<br>KERNS BEVERAGES LLC<br>PO BOX 514738<br>LOS ANGELES, CA 9005014738 | CREDITOR ID: 406300-15<br>KERNS BEVERAGES, LLC<br>ATTN JACK NOENICKX, TREAS<br>4002 WEST WESTMINSTER<br>SANTA ANA CA 92703 |
| CREDITOR ID: 253871-12<br>KERNS KITCHEN INC<br>408 PRODUCTION CT<br>LOUISVILLE KY 40299 | CREDITOR ID: 253872-12<br>KERR CONCENTRATES<br>PO BOX 2535<br>SPOKANE, WA 99220 | CREDITOR ID: 253873-12<br>KERR GROUP INC<br>PO BOX 930296<br>ATLANTA, GA 31193-0296 |
| CREDITOR ID: 243310-12<br>KERR, BENJAMIN W<br>PO BOX 704<br>WALKER LA 70785 | CREDITOR ID: 253874-12<br>KERRI L MOCKLIN<br>10616 CARTHAGE STREET<br>RIVER RIDGE LA 70123 | CREDITOR ID: 253875-12<br>KERRI W SMITH<br>768 LAKESIDE DRIVE<br>CARRIERE MS 39426 |
| CREDITOR ID: 393718-58<br>KERRINGTON GROUP, THE<br>PO BOX 16225<br>FERNANDINA BEACH FL 32035-3121 | CREDITOR ID: 253877-12<br>KERRY FOOD INGREDIENTS<br>BOX 409141<br>ATLANTA, GA 30384-9141 | CREDITOR ID: 253878-12<br>KERRY PREPARD FOODS MARKETS<br>FILE #98489<br>CHICAGO IL 60693-8489 |
| CREDITOR ID: 253879-12<br>KERRY SEASONINGS<br>PO BOX 409141<br>ATLANTA, GA 30384-9141 | CREDITOR ID: 253880-12<br>KERRY SPECIALTY PRODUCTS DIV<br>FILE 98489<br>CHICAGO, IL 60693-8489 | CREDITOR ID: 269337-16<br>KERSEY, RAY L.<br>127 ALLIED ROAD<br>ARABI, GA 31712 |
| CREDITOR ID: 253881-12<br>KERSHAW AUTOMATION<br>PO BOX 1068<br>OLDSMAR FL 34677 | CREDITOR ID: 253882-12<br>KERSHAW COUNTY TREASURER<br>PO BOX 622<br>PROPERTY TAX<br>CAMDEN SC 29020-0622 | CREDITOR ID: 253883-12<br>KES ENTERPRISES<br>8626 W FARM ROAD 64<br>WILLARD, MO 65781 |
| CREDITOR ID: 375742-44<br>KES SCIENCE & TECHNOLOGY<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | CREDITOR ID: 253884-12<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | CREDITOR ID: 253885-12<br>KESIA GRAY<br>5780 HWY 55 EAST<br>CLOVER SC 29710 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253886-12<br>KESSLER REFRIGERATION<br>ATTN: SANDRA STEPHENS, VP<br>214 16TH ST NW<br>ROANOKE, VA 24017-5516 | CREDITOR ID: 387216-54<br>KESSLER, INA<br>6805 PAXTON RD<br>BOX 20<br>VICKSBURG, MS 39180 | CREDITOR ID: 391804-55<br>KESSLER, INA<br>C/O: DAVID M. SESSUMS, ESQUIRE<br>PO BOX 1237<br>VICKSBURG MS 39181 |
| CREDITOR ID: 253887-12<br>KEVEN L FREEMAN JR<br>734 MOSBY STREET APT A<br>RICHMOND VA 23223 | CREDITOR ID: 253888-12<br>KEVIN A BROWN JR<br>3028 DRYADES STREET<br>NEW ORLEANS LA 70115 | CREDITOR ID: 253889-12<br>KEVIN A SMITH<br>11000 WAYCROSS AVENUE<br>LOUISVILLE KY 40229 |
| CREDITOR ID: 241094-11<br>KEVIN A. WILSON<br>COMMISSIONER OF REVENUE<br>6489 MAIN ST #137<br>GLOUCESTER VA 23061-6102 | CREDITOR ID: 253890-12<br>KEVIN B BUTLER<br>10329 OHIO AVENUE<br>THONOTOSASSA FL 33592 | CREDITOR ID: 253891-12<br>KEVIN BAKER<br>436 HOLLY HEDGE DRIVE<br>MADISON MS 39110 |
| CREDITOR ID: 253892-12<br>KEVIN BYRD<br>110 APPALOOSA LANE<br>GREENWOOD, SC 29646 | CREDITOR ID: 253893-12<br>KEVIN C BOUCHILLON<br>3553 MCFARLAND ROAD<br>RAYMOND MS 39159 | CREDITOR ID: 253894-12<br>KEVIN C HARDIN<br>355 S 8TH STREET<br>APT # 40<br>COOS BAY OR 97420 |
| CREDITOR ID: 253895-12<br>KEVIN D FINCHER<br>1812 WINNSBORO ROAD<br>BIRMINGHAM, AL 35213 | CREDITOR ID: 253896-12<br>KEVIN D GLASS<br>9801 WILSON AVENUE<br>SEMINOLE FL 33776-0159 | CREDITOR ID: 253897-12<br>KEVIN D HALL<br>110 NEWBOLD ROAD<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 253898-12<br>KEVIN D LANE<br>5023 SW 91ST DRIVE<br>GAINESVILLE FL 32608 | CREDITOR ID: 375744-44<br>KEVIN D* HALL<br>110 NEWBOLD ROAD<br>JACKSONVILLE, NC 28540 | CREDITOR ID: 253899-12<br>KEVIN DICKENS INTERIOR VINYL ART<br>5514 COMMONWEALTH AVE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 253900-12<br>KEVIN E REGTUYT<br>3137 SE 10TH AVENUE<br>CAPE CORAL FL 33904 | CREDITOR ID: 253902-12<br>KEVIN GUTHRIE<br>10804 PEACEFUL HARBOR DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 253903-12<br>KEVIN J GAROUTTE<br>PO BOX 454<br>LOXAHATCHEE, FL 33470 |
| CREDITOR ID: 253904-12<br>KEVIN L HURNEY<br>12817 THIRD ISLE<br>HUDSON FL 34667-0791 | CREDITOR ID: 253905-12<br>KEVIN M CHIASSON<br>1901 LAFAYETTE STREET<br>APT 508<br>GRETNA LA 70053 | CREDITOR ID: 253906-12<br>KEVIN M WALKER<br>1683 E RIVER ROAD<br>LOUISBURG NC 27549 |
| CREDITOR ID: 253907-12<br>KEVIN PEEPLES<br>12577 SOUTH 010 SONES ROAD<br>FLORAL CITY FL 34436 | CREDITOR ID: 253908-12<br>KEVIN R CHAMBERS<br>2075 RODERICK CIRCLE<br>FRANKLIN TN 37064 | CREDITOR ID: 253909-12<br>KEVIN R DELGADO<br>PO BOX 1017<br>VARNVILLE SC 29944 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253910-12<br>KEVIN R MANUEL<br>220 PRIEST<br>AVONDALE LA 70094 | CREDITOR ID: 253911-12<br>KEVIN REMMER<br>1951 VAUGHT ROAD<br>GALIVANTS FERRY, SC 29544 | CREDITOR ID: 253912-12<br>KEVIN S LILLIE<br>1405 PRAIRE LAKE BLVD<br>OCOEE FL 34761 |
| CREDITOR ID: 253913-12<br>KEVIN S WOOD<br>425 J C HAMILTON ROAD<br>JESUP GA 31545 | CREDITOR ID: 253914-12<br>KEVIN T HAGGERTY<br>6030 NW 63 PLACE<br>PARKLAND FL 33067 | CREDITOR ID: 253915-12<br>KEVIN TOTENO<br>169 CARL BALL LANE<br>KINSTON NC 28504 |
| CREDITOR ID: 253916-12<br>KEVIN WRIGHT<br>200 TODD BRANCH ROAD<br>COLUMBIA, SC 29223 | CREDITOR ID: 375754-44<br>KEVIN* PEEPLES<br>12577 SOUTH 010 SONES ROAD<br>FLORAL CITY, FL 34436 | CREDITOR ID: 253917-12<br>KEY BISCAYNE CHAMBER OF COMMERCE<br>87 W MCINTYRE<br>KEY BISCAYNE, FL 33149 |
| CREDITOR ID: 253918-12<br>KEY BISCAYNE FOURTH OF JULY COMMITE<br>PO BOX 490835<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 253919-12<br>KEY DISTRIBUTORS INC<br>DEPT 66794<br>EL MONTE, CA 91735-6794 | CREDITOR ID: 381733-15<br>KEY EQUIPMENT FINANCE, DIV OF<br>KEY CORPORATE CAPITAL INC<br>ASSIGNEE OF STORAGETEK<br>ATTN SAL BOSCIA<br>1000 SOUTH MCCASLIN BLVD<br>SUPERIOR CO 80027 |
| CREDITOR ID: 253920-12<br>KEY KRAFT LOCKSMITH<br>106 WALTERS STREET<br>MANCHESTER KY 40962 | CREDITOR ID: 253921-12<br>KEY LARGO HEALTH CENTER<br>102900 OVERSEAS HIGHWAY STE 8<br>KEY LARGO, FL 33037 | CREDITOR ID: 253922-12<br>KEY LIME INC<br>PO BOX 2002<br>SMYRNA, GA 30081-2002 |
| CREDITOR ID: 253923-12<br>KEY OIL COMPANY<br>PO BOX 402246<br>ATLANTA GA 30384-2246 | CREDITOR ID: 267764-31<br>KEY WEST CITY OF<br>ATTN: DAVID FERNANDEZ<br>5701 COLLEGE RD<br>KEY WEST FL 33040-4311 | CREDITOR ID: 267763-31<br>KEY WEST CITY OF<br>ATTN: CHARLES STEVENSON<br>604 SIMONTON ST<br>KEY WEST FL 33040-6834 |
| CREDITOR ID: 253925-12<br>KEY WEST FAMILY MEDICAL CENTER<br>1446 KENNEDY DRIVE<br>KEY WEST, FL 33040 | CREDITOR ID: 253926-12<br>KEY WEST IN A SHELL<br>P.O. BOX 4143<br>KEY WEST FL 33041 | CREDITOR ID: 253927-12<br>KEY WEST KEY LIME PIE CO<br>PO BOX 4143<br>KEY WEST, FL 33041 |
| CREDITOR ID: 253928-12<br>KEY WEST PHYS MNG INC<br>29755 OVERSEAS HIGHWAY<br>BIG PINE KEY, FL 33043 | CREDITOR ID: 253929-12<br>KEY WEST PLUMBING INC<br>1804 SEIDENBERG AVE<br>KEY WEST, FL 33040 | CREDITOR ID: 253930-12<br>KEY WEST SUBURBAN PROPANE<br>PO BOX 1477<br>KEY WEST FL 33041-1477 |
| CREDITOR ID: 253931-12<br>KEY WEST WELDING & FAB<br>PO BOX 2658<br>FLAGLER STATION<br>KEY WEST FL 33040 | CREDITOR ID: 385737-54<br>KEY, BRUCE<br>601 BETHLEHEM RD<br>MAUK, GA 31058 | CREDITOR ID: 391014-55<br>KEY, BRUCE<br>C/O GARY O BRUCE, PC<br>ATTN GARY O BRUCE, ESQ<br>912 SECOND AVENUE<br>COLUMBUS GA 31901 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387596-54<br>KEY, CHANTIEL<br>100 GREENFIELD CIR<br>ALABASTER AL 35007 | CREDITOR ID: 387431-54<br>KEY, SHACOYA<br>903 43RD STREET<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 391977-55<br>KEY, SHACOYA<br>C/O: MARCELO GOMEZ<br>SCHILLER, KESSLER & GOMEZ, PLC<br>7501 W. OAKLAND BLVD 2ND FLR<br>FT LAUDERDALE FL 33319 |
| CREDITOR ID: 253932-12<br>KEYBOARD ADVERTISING SPECIALTIES<br>ATTN: JACK MARTIN<br>901 FLEMING STREET<br>KEY WEST, FL 33040 | CREDITOR ID: 253933-12<br>KEYS CONSORTIUM<br>93911 OVERSEAS HWY<br>TAVERNIER, FL 33070 | CREDITOR ID: 253934-12<br>KEYS ENERGY SERVICES<br>PO BOX 6048<br>KEY WEST, FL 33041-6048 |
| CREDITOR ID: 253935-12<br>KEYS LOCKSMITH INC<br>137 JORDAN PLAZA<br>ELIZABETH CITY, NC 27909 | CREDITOR ID: 253936-12<br>KEYS PAINT CO<br>735 MEECE BRIDGE RD<br>TAYLORS SC 29687 | CREDITOR ID: 253937-12<br>KEYS PAINTING & CONSTRUCTION CO<br>JEFFREY KEY<br>735 MEECE BRIDGE ROAD<br>TAYLOR, SC 29687 |
| CREDITOR ID: 253938-12<br>KEYS PRINTING<br>PO BOX 8<br>GREENVILLE, SC 29602 | CREDITOR ID: 253939-12<br>KEYS SANITARY SERVICE<br>PO BOX 345<br>TAVERNIER, FL 33070-0345 | CREDITOR ID: 385389-54<br>KEYS, JACQUELINE<br>11646 BISCAYNE DRIVE<br>BATON ROUGE, LA 70814 |
| CREDITOR ID: 253940-12<br>KEYSOURCE MEDICAL INC<br>7820 PALACE DR<br>CINCINNATI OH 45249 | CREDITOR ID: 253941-12<br>KEYSTONE HEIGHTS HIGH SCHOOL<br>900 SOUTHWEST ORCHID AVENUE<br>KEYSTONE HEIGHTS, FL 32656 | CREDITOR ID: 253942-12<br>KEYSTONE PRETZEL BAKERY<br>124 WEST AIRPORT ROAD<br>LITITZ PA 17543 |
| CREDITOR ID: 389654-54<br>KHABEER, MUSHEERAH<br>777 NW 155 LANE<br>PENTHOUSE 22<br>MIAMI, FL 33169 | CREDITOR ID: 393307-55<br>KHABEER, MUSHEERAH<br>C/O: MIRCHELL GROSS, ESQ<br>BOLTON & GROSS<br>801 N.E. 167TH ST  2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 245354-12<br>KHADAROO, CHRISTOPHER<br>11500 SUMMIT WEST BLVD<br># 37A<br>TEMPLE TERRACE FL 33617 |
| CREDITOR ID: 392408-55<br>KHAIAL, SHADIA<br>C/O: RICKY GORDON, ESQ.<br>RICKY D. GORDON, P.A.<br>2856 UNIVERSITY DRIVE<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 392533-55<br>KHAJA, RAZIUDDIN S<br>C/O: LAURA ZEBERSKY<br>ZEBERSKY & PAYNE, LLP<br>4000 HOLLYWOOD BLVD.<br>SUITE 400N<br>HOLLYWOOD FL 33021 | CREDITOR ID: 388436-54<br>KHAJA, RAZIUDDIN S<br>9626 NW 49TH CT<br>SUNRISE, FL 33351 |
| CREDITOR ID: 253943-12<br>KHALID MOKHTAR<br>5115 OLD CANTON ROAD<br>APT K-12<br>JACKSON MS 39211 | CREDITOR ID: 387245-54<br>KHAN, DEOKIE<br>713 SW 79TH TERRACE<br>NORTH LAUDERDALE, FL 33068 | CREDITOR ID: 391833-55<br>KHAN, DEOKIE<br>C/O LAW OFFICES OF CUBIT & CUBIT PA<br>ATTN THOMAS M CUBIT, ESQ<br>727 NE 3RD AVENUE, SUITE 201<br>FORT LAUDERDALE FL 33304 |
| CREDITOR ID: 385254-54<br>KHAN, ZORINA<br>890 NW 210TH STREET<br>APT 206<br>MIAMI, FL 33169 | CREDITOR ID: 390563-55<br>KHAN, ZORINA<br>C/O: DARRYN L. SILVERSTEIN<br>SILVERSTEIN, SILVERSTEIN & SILVERSTEIN,<br>20801 BISCAYNE BLVD.<br>SUITE 504<br>AVENTURA FL 33180-1422 | CREDITOR ID: 406092-15<br>KHANI, FRED-SANDI<br>4390 CASPER CT<br>HOLLYWOOD FL 3302 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385290-54<br>KHANI, VERONA<br>5860 SW 63RD AVE<br>MIAMI, FL 33143 | CREDITOR ID: 390598-55<br>KHANI, VERONA<br>C/O: H. C. PALMER, III<br>H.C. PALLMER, III<br>147 ALHAMBRA CIRCLE<br>SUITE 212<br>MIAMI FL 33134 | CREDITOR ID: 253944-12<br>KHEAA<br>PO BOX 9001780<br>LOUISVILLE, KY 40290-1780 |
| CREDITOR ID: 253945-12<br>KHOA LE<br>875 WINDEMERE OAK WAY ROAD<br>LILBURN GA 30047 | CREDITOR ID: 253946-12<br>KHS ANKER LABELERS USA<br>4100 US HWY #1 SOUTH<br>EDGEWATER, FL 32141 | CREDITOR ID: 253947-12<br>KHS BARTELT INC<br>PO BOX 890868<br>CHARLOTTE, NC 28289-0868 |
| CREDITOR ID: 253948-12<br>KHS INC<br>880 BAHCALL CT<br>PO BOX 1508<br>WAUKESHA, WI 53187-1508 | CREDITOR ID: 253949-12<br>KHS KISTERS<br>5767 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 2346-07<br>KHSC LTD<br>C/O BEER WELLS REAL ESTATE SER<br>11311 N. CENTRAL EXPRESSWAY ST<br>DALLAS TX 75243 |
| CREDITOR ID: 390338-54<br>KIBLER, AARON (MINOR)<br>1878 S. LANE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 253950-12<br>KI-BONG UM MD<br>PO BOX 625<br>ROBERSONVILLE, NC 27871 | CREDITOR ID: 382755-51<br>KICHLER, BENITA<br>720 CLUBSIDE DRIVE<br>ROSWELL, GA 30076 |
| CREDITOR ID: 253951-12<br>KID CARE<br>DEPARTMENT #294501<br>PO BOX 67000<br>COSMETIC ESSENCE INC<br>DETROIT MI 48267-2945 | CREDITOR ID: 269219-16<br>KIDWELL, BILLY RAY<br>5064 SILVER BELL DRIVE<br>PORT CHARLOTTE, FL 33948 | CREDITOR ID: 253952-12<br>KIELY JEREMIAH BARBERIS PA INC<br>D860405<br>ORLANDO FL 32886-0405 |
| CREDITOR ID: 398214-74<br>KIESEWETTER WISE KAPLAN PRATHER PLC<br>ATTN S HYMOWITZ OR P PRATHER, ESQS<br>3725 CHAMPION HILLS DR, STE 3000<br>MEMPHIS TN 38125 | CREDITOR ID: 253953-12<br>KIESEWETTER WISE KAPLAN SCHWIMMER<br>3725 CHAMPION HILLS DRIVE, STE 3000<br>MEMPHIS, TN 38125 | CREDITOR ID: 406848-MS<br>KIGHT, CHARLES<br>76 BAYTREE LANE<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 390201-54<br>KIGHT, ERMER<br>9735 YAWN ROAD<br>DADE CITY FL 33525 | CREDITOR ID: 253954-12<br>KIK INTERNATIONAL INC<br>DEPT CH 14106<br>PALATINE, IL 60055-1406 | CREDITOR ID: 404993-95<br>KIK INTERNATIONAL INC<br>PO BOX 911305<br>DALLAS TX 75391-1305 |
| CREDITOR ID: 381748-15<br>KIK INTERNATIONAL INC<br>ATTN SHARON MOHR, VP & TREAS<br>33 MACINTOSH BLVD<br>CONCORD ON L4K 4L5<br>CANADA | CREDITOR ID: 299002-39<br>KIKKOMAN INTERATIONAL INC<br>ATTN: KEIJI YAMAZAKI, TREAS<br>50 CALIFORNIA ST, STE 3600<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 253955-12<br>KIKKOMAN INTERNATIONAL<br>ATTN: KEIJI YAMAZAKI, TREAS<br>PO BOX 1067<br>CHARLOTTE, NC 28201-1067 |
| CREDITOR ID: 406849-MS<br>KILGORE, JOHN<br>7258 SHELL ROAD<br>WINSTON GA 30187 | CREDITOR ID: 390468-54<br>KILGORE, PEGGY L<br>6457 BASS LANE<br>MILTON FL 32570 | CREDITOR ID: 253956-12<br>KILGOUR SCHOOL<br>1339 HERSCHEL AVE<br>CINCINNATI OH 45208 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 403525-15
KILKENNY, STEVEN JAMES
1340 SHORE DRIVE
ANCHORAGE AK 99515-3203

CREDITOR ID: 267765-14
KILL DEVIL HILLS TOWN OF INC
ATTN: BEVERLY GIST
102 TOWN HALL DR
KILL DEVIL HILLS NC 27948

CREDITOR ID: 253957-12
KILLEN MARTEPLACE LLC
110 WEST TENNESSEE ST
FLORENCE, AL 35631

CREDITOR ID: 381332-47
KILLOUGH, BOB
19255 SW TUALASAUM DRIVE
TUALATIN, OR 97062

CREDITOR ID: 388150-54
KILPATRICK, ALVIN
RTE 1 BOX 230
MCRAE GA 31055

CREDITOR ID: 387674-54
KILPATRICK, MICHAEL
100 TREASURE CAY DRIVE, APT 20
FORT PIERCE FL 34947

CREDITOR ID: 253958-12
KIM BECK
14420 BIRCH STREET
HUDSON FL 34667

CREDITOR ID: 253959-12
KIM DEFRANZO
9009 WESTERN LAKE DRIVE #205
JACKSONVILLE FL 32256

CREDITOR ID: 253960-12
KIM GIBERSON
113 SIMMS ROAD
AUBURNDALE FL 33823

CREDITOR ID: 253961-12
KIM HICKS
206 CANOVA DRIVE
AUBURNDALE FL 33823

CREDITOR ID: 253962-12
KIM L JULIER
11941 NW 30TH PLACE
SUNRISE, FL 33323

CREDITOR ID: 253964-12
KIM MOUNTS
10543 LEADER LANE
ORLANDO FL 32825

CREDITOR ID: 253966-12
KIM PAGE
1102 CARRINGTON RIDGE
STOCKRIDGE, GA 30281

CREDITOR ID: 253967-12
KIMBALL MIDWEST
PO BOX 714048
CINCINNATI, OH 45271-4048

CREDITOR ID: 253968-12
KIMBERLEE C STEWART
341 MOUTAIN VIEW COURT
BEDFORD TX 76021

CREDITOR ID: 253969-12
KIMBERLIE L RIDDLE
4978 - D MITCHELL BRIDGE ROAD
DALTON GA 30721

CREDITOR ID: 253970-12
KIMBERLY A JONES
2959 SANIBEL BLVD
ST JAMES CITY FL 33956

CREDITOR ID: 253971-12
KIMBERLY A KEENER
46211 OLD CARNEY ROAD
BAY MINETTE AL 36507-7501

CREDITOR ID: 253972-12
KIMBERLY ARRINGTON
2345-5TH STREET NW
BIRMINGHAM AL 35215

CREDITOR ID: 253973-12
KIMBERLY B FULTINEER
1530 GODDARD AVENUE
LOUISVILLE KY 40204-1500

CREDITOR ID: 253974-12
KIMBERLY BRAGG
1047 WEAVER DRIVE
OVIEDO FL 32765

CREDITOR ID: 253975-12
KIMBERLY BRANDON
2102 HOUSTON AVENUE
VALDOSTA GA 31602

CREDITOR ID: 404995-95
KIMBERLY CLARK
PO BOX 915003
DALLAS TX 28290-5216

CREDITOR ID: 278689-99
KIMBERLY CLARK
ATTN TED C BANKER,  SR CR MGR
PO BOX 915003
DALLAS, TX 75391-5003

CREDITOR ID: 253977-12
KIMBERLY D DAVIS
1068B FARRAGUT ROAD
KEY WEST FL 33040

CREDITOR ID: 253978-12
KIMBERLY E BUCHANAN
3200 S 7TH STREET
LOT 124
FT PIERCE FL 34982

CREDITOR ID: 253979-12
KIMBERLY E DAVIS
619 B W NOBLE AVENUE
BUSHNELL FL 33513

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253980-12<br>KIMBERLY E DICKENSON<br>2027 N POINTE ALEXIS DR<br>TARPON SPRINGS, FL 34689 | CREDITOR ID: 253981-12<br>KIMBERLY HARSEY<br>5407 JACKSON AVENUE<br>ORANGE PARK FL 32065 | CREDITOR ID: 253982-12<br>KIMBERLY HESS<br>565 PONTIUS ROAD<br>CINCINNATI, OH 45233 |
| CREDITOR ID: 253983-12<br>KIMBERLY KLOEPPEL<br>5230 WILBUR ROAD<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 253984-12<br>KIMBERLY L TACKETT<br>22 PARTRIDGE CIRCLE<br>LADYS ISLAND SC 29907 | CREDITOR ID: 253985-12<br>KIMBERLY M MORGAN<br>1699 STATESBORO PLACE CIRCLE<br>APT 10S<br>STATESBORO GA 30458 |
| CREDITOR ID: 253986-12<br>KIMBERLY M SPICE<br>5409 CHARBAR DRIVE<br>PENSACOLA FL 32526 | CREDITOR ID: 253987-12<br>KIMBERLY MCCAFFREY<br>233 LAMPKIN MT ROAD<br>VICKSBURG MS 39183 | CREDITOR ID: 253988-12<br>KIMBERLY P MOORE<br>8520 WRIGHT ROAD<br>KANNAPOLIS NC 28081 |
| CREDITOR ID: 253989-12<br>KIMBERLY RAMSEY<br>3262 A OLD LAUDERDALE LIZ<br>LAUDERDALE MS 39335 | CREDITOR ID: 253990-12<br>KIMBERLY ROBERTS<br>8700 SOUTHSIDE BLVD # 204<br>JACKSONVILLE FL 32256 | CREDITOR ID: 253991-12<br>KIMBERLY S BROWN<br>717 FAIRHAVEN ST NE<br>PALM BAY, FL 32907 |
| CREDITOR ID: 253992-12<br>KIMBERLY SCRIVEN<br>10366 SONG SPARROW LANE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 253993-12<br>KIMBERLY VORIS<br>1024 EDWIN ROAD<br>VILLE PLATTE LA 70586 | CREDITOR ID: 375769-44<br>KIMBERLY-CLARK #38-97911-211<br>PO BOX 915003<br>DALLAS, TX 75391-5003 |
| CREDITOR ID: 382031-36<br>KIMBERLY-CLARK CORP<br>TED C BANKER<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | CREDITOR ID: 253994-12<br>KIMBERLY-MOORE INC<br>2923 INDIAN HILL DR<br>JACKSONVILLE FL 32257-5722 | CREDITOR ID: 388292-54<br>KIMBRO, ALPHONSO B<br>3386 MT. ZION RD #625<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 253995-12<br>KIMBROUGH LAWN CARE<br>1903 JACKSON AVE NORTH<br>ATTN: GARY KIMBROUGH<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 253996-12<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEWY HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 528-03<br>KIMCO REALITY<br>3333 NEW HYDE PARK DRIVE<br>NEW HYDE PARK NY 11042 | CREDITOR ID: 253997-12<br>KIMCO REALTY CORP<br>5684 WEST SAMPLE ROAD<br>MARGATE FL 33073 | CREDITOR ID: 2348-07<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD. STE 100<br>P.O. BOX 5020<br>NEW  HYDE  PARK NY 11042-0020 |
| CREDITOR ID: 278832-99<br>KIMCO REALTY CORPORATION<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN: NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600 | CREDITOR ID: 253999-12<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

CREDITOR ID: 254001-12
KIMLEY HORN AND ASSOCIATES INC
PO BOX 932520
ATLANTA GA 31193-2520

CREDITOR ID: 267766-31
KIMPER CNTY SLID WASTE GARBAGE
ATTN: JAMES GRANGER
MAIN STREET COURT HOUSE
DE KALB MS 39328

CREDITOR ID: 254002-12
KIMS PROCESSING PLANT
% JOHN WONG
417 THIRD STREET
CLARKSDALE, MS 38614

CREDITOR ID: 406850-MS
KIMSEY, DON L.
P.O. BOX 546
ANNA MARIA FL 34216

CREDITOR ID: 254003-12
KINA JOHNSON
249 JEFFREY DRIVE
MONTGOMERY AL 36108

CREDITOR ID: 243974-12
KINARD, BRIAN R
3029 WATERSEDGE LANE
FLORENCE SC 29501

CREDITOR ID: 386973-54
KINCAID, CHERYL
10664 SHORE DRIVE
BOCA RATON FL 33428

CREDITOR ID: 406851-MS
KINCHELOE, CECIL
PO BOX 120375
TYLER  TX 75712

CREDITOR ID: 385429-54
KINDINIS, ANNA
623 PALM AVE
TARPON SPRINGS, FL 34689

CREDITOR ID: 390734-55
KINDINIS, ANNA
C/O: NIKKI KAVOUKLIS
NIKKI KAUVKLIS
114 SOUTH PINELLAS AVE
TARPON SPRINGS FL 34689

CREDITOR ID: 254004-12
KINDRED HEALTHCARE INC
PO BOX 1133
BLOUNTVILLE TN 37617-1133

CREDITOR ID: 389020-54
KINDRED, GEORGE
113 POCOHANTAS ST
FRANKLIN, VA 23851

CREDITOR ID: 392921-55
KINDRED, GEORGE
C/O ROERT L. MILLS
RUTTER, MILLS, LLP
160 W. BRAMBLETON AVE.
NORFOLK VA 23510

CREDITOR ID: 254005-12
KING & QUEEN GEN DISTRICT COURT
PO BOX 86
KING QUEEN COURTHOUSE VA 23085-0086

CREDITOR ID: 254006-12
KING & SPALDING
PO BOX 116133
ATLANTA, GA 30368-6133

CREDITOR ID: 404996-95
KING & SPALDING
191 PEACHTREE STREET
ATLANTA GA 30303-1763

CREDITOR ID: 375772-44
KING & SPALDING LLP - ATLANTA
193 PEACHTREE STREET
ATLANTA GA 30303

CREDITOR ID: 254007-12
KING ARTHUR FLOUR COMPANY
PO BOX 4508
BOSTON, MA 02212-4508

CREDITOR ID: 254008-12
KING COLLEGE
FINANCIAL AID OFFICER
1350 KING COLLEGE RD
BRISTOL TN 37620

CREDITOR ID: 393694-58
KING ENTERTAINMENT
C/O MOVIE GALLERY US, INC.
900 WEST MAIN STEET
DOTHAN, AL 36301

CREDITOR ID: 397096-67
KING ENTERTAINMENT, INC.
ATTN: ERIC SMITH
215 E MAIN ST
HAVELOCK NC 28532-2215

CREDITOR ID: 267768-31
KING GEORGE COUNTY OF
ATTN: JACK GREENE
10459 COURTHOUSE DR STE 104
KING GEORGE VA 22485-3865

CREDITOR ID: 267767-14
KING GEORGE COUNTY OF
ATTN: ALICE MOORE
10459 COURTHOUSE DR
KING GEORGE VA 22485-3865

CREDITOR ID: 254009-12
KING LOAN
200 22ND AVENUE
MERIDIAN MS 39301

CREDITOR ID: 254010-12
KING RETAIL SOLUTIONS INC
ATTN PAUL R GERMANI, CONTROLLER
PO BOX 21910
EUGENE, OR 97402

CREDITOR ID: 384203-47
KING SEAFOODS INC
PO BOX 107
MOUNT HOLLY, NJ 08060

CREDITOR ID: 404997-95
KING SEAFOODS INC
2 COMMERCE PLACE
MOUNT HOLLY NJ 08060

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 254012-12
KING TRUCK CENTER
1406 SANDLAKE RD
ORLANDO FL 32809

CREDITOR ID: 385947-54
KING, ANNETTE
4312 NORTHPOINTE WAY
PENSACOLA, FL 32514

CREDITOR ID: 391179-55
KING, ANNETTE
C/O CHRISTOPHER P JANES, PA
ATTN CHRISTOPHER P JANES, ESQ
1015 NORTH 12TH AVENUE
PENSACOLA FL 32501

CREDITOR ID: 373728-44
KING, ANTONIETTE
1870 N W 121ST STREET
MIAMI, FL 33167

CREDITOR ID: 387302-54
KING, BEVERLY
876 SINCLAIR STREET
JACKSONVILLE, FL 32205

CREDITOR ID: 391886-55
KING, BEVERLY
C/O: J. SCOTT NOONEY, ATTORNEY
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 243742-12
KING, BONNIE
1202 ACARRIN DRIVE
TALLAHASSEE FL 32311

CREDITOR ID: 243921-12
KING, BRENNA
163 JAMES ROAD
RUSSELLVILLE, AL 35653

CREDITOR ID: 389326-54
KING, BRYAN
12720 HAVEN LN
DINWIDDIE VA 23841-2467

CREDITOR ID: 387081-54
KING, DAMIEN
4443 CENTENNIAL DR.
ORLANDO FL 32808

CREDITOR ID: 389532-54
KING, DEBORAH
194 HALSTEAD LANE
CAIRO, GA 31728

CREDITOR ID: 393204-55
KING, DEBORAH
C/O: JOSEPH D. WEATHERS, P.C.
WEATHERS LAW OFFICE
P. O. BOX 68
MOULTRIE GA 31776-0068

CREDITOR ID: 387018-54
KING, ERIKA
1080 NORTH FISKE BLVD.
APT B8
COCOA FL 32922

CREDITOR ID: 389428-54
KING, FREDERICKA
2581 NW 56TH AVE, APT G
LAUDERHILL FL 33313

CREDITOR ID: 389531-54
KING, GARY
194 HALSTEAD LANE
CAIRO, GA 31728

CREDITOR ID: 393203-55
KING, GARY
C/O: JOSEPH D. WEATHERS, P.C.
WEATHERS LAW OFFICE
P. O. BOX 68
MOULTRIE GA 31776-0068

CREDITOR ID: 386922-54
KING, JEAN
301 SOUTH OXFORD DR.
ENGLEWOOD FL 34223

CREDITOR ID: 386530-54
KING, JUDY
559 CAIRO ROAD
CAMILLA GA 31730

CREDITOR ID: 391563-55
KING, JUDY
C/O JUDY HICKS VARNELL
525 WEST BROAD AVENUE
ALBANY GA 31701

CREDITOR ID: 385673-54
KING, JULIE
2835 WARDMAN AVENUE
NEW SMYRNA BEACH, FL 32168

CREDITOR ID: 390957-55
KING, JULIE
C/O RUE & ZIFFRA, PA
ATTN DAVID SWEAT, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 406852-MS
KING, LARRY
19734 CALLAWAY HILLS LANE
DAVIDSON NC 28036

CREDITOR ID: 386300-54
KING, LARRY E
P O BOX  1201
DAVIDSON NC 28036

CREDITOR ID: 391408-55
KING, LARRY E
C/O: WILLIAM ACTON
WILLIAM D. ACTON, ATTORNEY AT LAW
831 EAST MOREHEAD ST
SUITE# 245
CHARLOTTE NC 28202

CREDITOR ID: 388870-54
KING, LINDA
611 GRAVIER ST
NEW ORLEANS, LA 70130

CREDITOR ID: 392800-55
KING, LINDA
C/O: DAVID W. BERNBERG, ESQ.
DAVID W. BERNBERG, LLC
612 GRAVIER ST.
NEW ORLEANS LA 70130

CREDITOR ID: 392364-55
KING, MARTHA A
C/O: J. HELMS
JEFFREY HELMS, PA
PO BOX 537
HOMERVILLE GA 31634

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388114-54<br>KING, MARTHA A<br>3805 SHERWOOD DRIVE<br>VALDOSTA GA 31606 | CREDITOR ID: 376181-44<br>KING, MELINDA<br>NOL DIV STORE #1534<br>335 RIVER BEND RD<br>COLUMBIA, MS 39429 | CREDITOR ID: 256240-12<br>KING, MICHAEL<br>711 S RAMA AVENUE<br>LECANTO FL 34461 |
| CREDITOR ID: 387181-54<br>KING, PAUL<br>PO BOX 276<br>MORRISTON, FL 32668 | CREDITOR ID: 391767-55<br>KING, PAUL<br>C/O DANIEL A AMAT ESQ.<br>SIMS, AMAT, STAKENBORG, & HENRY, P.A.<br>118 SW FORT KING ST.<br>P.O. BOX 3188<br>OCALA FL 34478 | CREDITOR ID: 392361-55<br>KING, PHILIP J<br>C/O DAN HIGHTOWER, PA<br>ATTN DANIEL HIGHTOWER, ESQ<br>7 E SILVER SPRINGS BLVD  #300<br>PO BOX 700<br>OCALA FL 34478-0700 |
| CREDITOR ID: 388111-54<br>KING, PHILIP J<br>1380 TAURUS CT.<br>MERRITT ISLAND FL 32953 | CREDITOR ID: 385988-54<br>KING, ROBERT<br>2327 ASHLEY RD<br>CHARLOTTE, NC 28208 | CREDITOR ID: 391211-55<br>KING, ROBERT<br>C/O MICHAEL J BEDNARIK LAW OFFICES<br>ATTN MICHAEL J BEDNARIK, ESQ<br>2004 PARK DRIVE<br>CHARLOTTE NC 28204 |
| CREDITOR ID: 375775-44<br>KINGDOM CONNECTION<br>3139 SOUTH PRESTON ST<br>LOUISVILLE KY 40213 | CREDITOR ID: 267769-31<br>KINGDOMS INN<br>ATTN: RODNEY G MARTIN SR<br>1004 LONSWAY CIR<br>ANTIOCH TN 37013-5522 | CREDITOR ID: 254015-12<br>KINGFISHER INC<br>PO BOX 47<br>LULING, LA 70070-0047 |
| CREDITOR ID: 2349-RJ<br>KINGFISHER INC<br>PO BOX 47<br>LULING, LA 70070-0047 | CREDITOR ID: 278644-24<br>KINGFISHER, INC.<br>INDUSTRIAL DEVELOPMENT BOARD OF THE<br>PARISH OF ST. CHARLES - LOUISIANA<br>THE COURTHOUSE<br>HAHNVILLE LA 70057 | CREDITOR ID: 267770-31<br>KINGS CHILDREN OUTREACH<br>ATTN: ROBERT JOSEPH SR<br>5865 COMISH DR<br>BATON ROUGE LA 70805-2022 |
| CREDITOR ID: 254016-12<br>KINGS CO SCU<br>PO BOX 15358<br>ALBANY, NY 12212-5358 | CREDITOR ID: 254017-12<br>KINGS COLLEGE<br>OFFICE OF REGISTRATION & RECORDS<br>1350 KINGS COLLEGE ROAD<br>BRISTOL, TN 37620-2699 | CREDITOR ID: 254018-12<br>KINGS DAUGHTERS HOSPITAL<br>823 GRAND AVE<br>YAZOO, MS 39194 |
| CREDITOR ID: 254013-12<br>KING'S DAUGHTERS MEDICAL CENTER<br>PO BOX 948<br>427 HWY 51 N<br>BROOKHAVEN, MS 39602-0948 | CREDITOR ID: 254019-12<br>KINGS DELIGHT LTD<br>PO BOX 116539<br>ATLANTA GA 30368 | CREDITOR ID: 254020-12<br>KING'S FOOD PRODUCTS<br>ATTN STEPHANIE FAHRNER, VP<br>12 NORTH 35TH STREET<br>BELLEVILLE, IL 62226 |
| CREDITOR ID: 254020-12<br>KING'S FOOD PRODUCTS<br>C/O GREENSFELDER HEMKER & GALE, PC<br>ATTN J PATRICK BRADLEY, ESQ<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE (SWANSEA) IL 62226 | CREDITOR ID: 315695-36<br>KING'S FOOD PRODUCTS<br>C/O DONALD M SAMSON<br>226 WEST MAIN STREET<br>BELLEVILLE IL 62220 | CREDITOR ID: 254014-12<br>KING'S HAWAIIAN BAKERY WEST<br>PO BOX 31001-1636<br>PASADENA, CA 91110-1636 |
| CREDITOR ID: 267771-31<br>KINGS KIDS WORLDWIDE OUTREACH<br>ATTN: DIANE BRADFORD-HUNT<br>109 N 9TH ST STE A<br>HAINES CITY FL 33844-4313 | CREDITOR ID: 254021-12<br>KINGS MOUNTAIN HERALD<br>PO BOX 769<br>KINGS MOUNTAIN, NC 28086-0769 | CREDITOR ID: 254022-12<br>KINGSBRIDGE INTERNATIONAL<br>20417 NORDHOFF ST<br>CHATSWORTH, CA 91311 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                          **CASE:**  05-03817-3F1

CREDITOR ID: 254023-12
KINGSMILL AUTO SERVICE
1732 BENEFIT STREET
NEW ORLEANS LA 70122

CREDITOR ID: 254024-12
KINGSPORT PUBLISHING
PO BOX 4807
JOHNSON CITY, TN 37602-4807

CREDITOR ID: 254025-12
KINGSTON-MIAMI TRADING
ATTN CHRISTINE CHA-FONG, CEO
280 NE 2ND STREET
MIAMI, FL 33132

CREDITOR ID: 254026-12
KINKOS
750 SE MAYNARD ROAD
CARY NC 27511

CREDITOR ID: 254027-12
KINKOS INC
PO BOX 672085
DALLAS TX 75267-2085

CREDITOR ID: 397899-76
KINLAW, CORA
11243 235TH ROAD
LIVE  OAK, FL 32060

CREDITOR ID: 254028-12
KINLEY ANTOINE
3942 WD JUDGE DRIVE
APT # 76
ORLANDO FL 32808

CREDITOR ID: 385634-54
KINLEY, LUPE L
1530 DECATUR AVE
DAYTONA BEACH, FL 32114

CREDITOR ID: 390925-55
KINLEY, LUPE L
C/O: ALLAN L ZIFFRA
RUE & ZIFFRA, P.A.
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 393649-55
KINNARD, LOUISE M.
C/O: LETO COPELEY
PATTERSON, HARKAVY & LAWRENCE
EUROPA CENTER
100 EUROPA DRIVE, STE 250
CHAPILL HILL NC 27517

CREDITOR ID: 390214-54
KINNARD, LOUISE M.
945 DRY CREEK RD.
LILLINGTON NC 27546

CREDITOR ID: 254029-12
KINNETT DAIRIES INC
777 MEMORIAL DR SE
ATLANTA GA 30316-1186

CREDITOR ID: 387476-54
KINNEY, THERESA
21448 MCDOWELL RD
SAUCIER MS 39574

CREDITOR ID: 392002-55
KINNEY, THERESA
C/O: TOMMY DULIN
DULIN AND DULIN
P.O. BOX 820
GULFPORT MS 39502

CREDITOR ID: 254030-12
KINNEY-JOHNSON FABRICATORS INC
715 GANTT AVE
SARASOTA FL 34232-2709

CREDITOR ID: 254031-12
KINSEY CRANE & SIGN COMPANY INC
ATTN FRANK C KINSEY, VP
2401 JOHNSON AVENUE NW
ROANOKE VA 24017

CREDITOR ID: 254032-12
KINSTON ATHLETIC CLUB
ATTN LISA WILSON TREASURER
PO BOX 484
KINSTON AL 36453

CREDITOR ID: 245197-12
KIPP, CHERYL V
PO BOX 382
WILSONVILLE AL 35186

CREDITOR ID: 254033-12
KIR AUGUSTA 1 044 LLC
P O BO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 1505-07
KIR AUGUSTA 1 044 LLC
PO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 254034-12
KIR COLERAIN 017 LLC
C/O KIMCO REALTY CORP
PO BOX 5020
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 1506-RJ
KIR COLERAIN 017 LLC
C/O KIMCO REALTY CORP
PO BOX 5020
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 383217-15
KIR COLERAIN 017, LLC
C/O MORGAN, LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 254035-12
KIRBY LESTER INC
PO BOX 112092
STAMFORD, CT 06911-2092

CREDITOR ID: 254036-12
KIRBY RENTAL SERVICE
411 HAMES AVE
ORLANDO FL 32805

CREDITOR ID: 254037-12
KIRBY RENTAL SERVICES & SALES
8711 PHILLIPS HWY
JACKSONVILLE, FL 32256

CREDITOR ID: 389044-54
KIRBY, CINDY
PO BOX 3211
LAKE CITY, FL 32056

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392942-55<br>KIRBY, CINDY<br>C/O FARAH & FARAH, PA<br>ATTN STEPHEN A LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 | CREDITOR ID: 399532-82<br>KIRBY, CONNIE<br>40127 BABIN ROAD<br>PONCHATOULA  LA 70454 | CREDITOR ID: 393525-55<br>KIRBY, CYNTHIA D<br>C/O: WAYNE HAIG<br>ATTORNEY AT LAW<br>811 THIRTEENTH STREET SW<br>P.O. BOX 4642<br>ROANOKE VA 24015 |
| CREDITOR ID: 390014-54<br>KIRBY, CYNTHIA D<br>210 REDWOOD RD<br>GLADE HILL VA 24092 | CREDITOR ID: 397830-76<br>KIRBY, DRUANN<br>108 SAWMILL ROAD<br>WILLIAMSBURG, VA 23188 | CREDITOR ID: 254039-12<br>KIRK D EVANS<br>518 S JEFFERSON AVENUE<br>APT 504<br>COVINGTON LA 70433 |
| CREDITOR ID: 254040-12<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET<br>SUITE 100<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 | CREDITOR ID: 254041-12<br>KIRK METAIRIE WINN-DIXIE LLC<br>% LYNN KIRK<br>1209 1/2 DE LA VINA ST<br>SANTA BARBARA CA 93101 |
| CREDITOR ID: 399533-82<br>KIRK, ANTHONY CALEB<br>230 HILLSBORO LANE<br>HELENA  AL 35080 | CREDITOR ID: 385870-54<br>KIRK, CARIETHA<br>2215 CAFFIN AVE<br>NEW ORLEANS, LA 70117-2702 | CREDITOR ID: 391118-55<br>KIRK, CARIETHA<br>C/O MCDONOUGH & MCDONOUGH, PA<br>ATTN BRENT MCDONOUGH, ESQ<br>1615 POYDRAS STREET, SUITE 850<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 390475-54<br>KIRK, EVELYN S<br>320 EAST MUSTANG<br>CROWLEY TX 76036 | CREDITOR ID: 267772-14<br>KIRKLAND ENTPS LTD PARTNR<br>ATTN: LESLIE E KIRKLAND<br>3935 SAINT MARKS RD<br>DURHAM NC 27707-5014 | CREDITOR ID: 386917-54<br>KIRKLAND, ALFRED G<br>417 WESLEYAN PLACE<br>OWENSBORO KY 42303 |
| CREDITOR ID: 386155-54<br>KIRKLAND, BERNELL<br>222 KINCHAFOONEE CREEK<br>LEESBURG, GA 31763 | CREDITOR ID: 385153-54<br>KIRKLAND, CHRISTINA<br>8355 LEE RD #390<br>LOT 61<br>OPELIKA, AL 36804 | CREDITOR ID: 390505-55<br>KIRKLAND, CHRISTINA<br>C/O: LARRY G. COOPER , JR.<br>LAW OFFICE OF LARRY G. COOPER, JR.<br>P.O. BOX 1868<br>AUBURN AL 36831-1868 |
| CREDITOR ID: 254043-12<br>KIRKLYN JAMES<br>365 NORTH EMERALD DRIVE, APT 36<br>VISTA CA 92083 | CREDITOR ID: 403257-92<br>KIRKPATRICK, CAROL<br>BOX 6<br>BIG FALLS MN 56627 | CREDITOR ID: 246503-12<br>KIRKPATRICK, CLYDE E<br>4803 CHURCHILL DRIVE<br>JACKSONVILLE FL 32208-1847 |
| CREDITOR ID: 388582-54<br>KIRKPATRICK, MARG<br>25 LAKE LARRY DRIVE<br>TIFTON GA 31794 | CREDITOR ID: 392644-55<br>KIRKPATRICK, MARG<br>C/O: HUGH GORDON, ESQ<br>J. HUGH GORDON, PC<br>1206 NORTH RIDGE AVE<br>TIFTON GA 31794 | CREDITOR ID: 375778-44<br>KIRK'S NATURAL PRODUCTS<br>7329 W HARRISON ST<br>FOREST PARK, IL 60130 |
| CREDITOR ID: 254042-12<br>KIRK'S NATURAL PRODUCTS<br>1 W INDUSTRIAL ROAD<br>ADDISION IL 60101 | CREDITOR ID: 254044-12<br>KIRSCHNER & LEGLER P A<br>300A WHARFSIDE WAY<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 254045-12<br>KIRT HARTSEIL<br>1141 SW 12TH AVENUE<br>POMPANO BEACH, FL 33069 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267773-31<br>KISATCHIE DELTA REG PLANNING<br>ATTN: JAMES WILLIAMS<br>1611 ARNOLD DR<br>ALEXANDRIA LA 71303-5636 | CREDITOR ID: 254815-12<br>KISER, LINDA M<br>631 E CALL STREET<br># 212<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 254046-12<br>KISSIMEE UTILITY AUTHORITY<br>PO BOX 850001<br>ORLANDO, FL 32885-0087 |
| CREDITOR ID: 405000-95<br>KISSIMEE UTILITY AUTHORITY<br>PO BOX 423219<br>KISSIMMEE FL 34742-3219 | CREDITOR ID: 533-03<br>KISSIMMEE UTILITY AUTHORITY<br>ATTN KATHLEEN WILSON<br>PO BOX 423219<br>KISSIMMEE FL 34742-3219 | CREDITOR ID: 254047-12<br>KISSIMMEE VALLEY LIVESTOCK SHOW &<br>FAIR<br>1901 E IRLO BRONSON HWY<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 375781-44<br>KISSIMMEE VALLEY LIVESTOCK SHOW & FAIR<br>1901 E IRLO BRONSON HWY<br>KISSIMMEE, FL 34744 | CREDITOR ID: 534-03<br>KISSIMMEE-ST CLOUD<br>ATTN JOHN O KEEFE, BR MGR<br>PO BOX 450038<br>KISSIMMEE FL 34744-0038 | CREDITOR ID: 254048-12<br>KISSIMMEE-ST CLOUD GAS<br>1200 E CARROLL STREET<br>KISSIMMEE, FL 34744-1421 |
| CREDITOR ID: 405001-95<br>KISSIMMEE-ST CLOUD GAS<br>PO BOX 450038<br>KISSIMMEE FL 34744 | CREDITOR ID: 406853-MS<br>KISTEL JR., JOHN<br>1108 PAWNEE PLACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 254049-12<br>KISTERSKAYAT INC<br>5767 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 406854-MS<br>KISTLER, ZANNY F.<br>334 SCOTTSDALE DRIVE<br>WILMINGTON NC 28411 | CREDITOR ID: 254050-12<br>KIT LUNCEFORD<br>625 MT VIEW ROAD<br>BLUFF CITY, TN 37618 | CREDITOR ID: 394287-56<br>KIT, DIANNA<br>MARK T. TISCHHAUSER, ESQ`<br>3134 NORTH BOULEVARD<br>TAMPA, FL 33603 |
| CREDITOR ID: 394800-57<br>KIT, DIANNA<br>C/O MARK T. TISCHHAUSER<br>3134 NORTH BOULEVARD<br>TAMPA FL 33605 | CREDITOR ID: 254051-12<br>KITCHEN EQUIPMENT & SUPPLY CO<br>4148 BARRANCAS AVE<br>PENSACOLA, FL 32507 | CREDITOR ID: 406855-MS<br>KITCHENS JR., BENARD O.<br>4968 RED PINE CT.<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 254052-12<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 | CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 |
| CREDITOR ID: 406044-99<br>KITE REALTY GROUPT TRUST<br>C/O BROAD AND CASSEL<br>ATTN: ROY S KOBERT<br>390 NORTH ORANGE AVE, STE 1100<br>PO BOX 496 (32802-4961)<br>ORLANDO FL 32801 | CREDITOR ID: 406856-MS<br>KITRICK, WILLIAM<br>3477 CARAMBOLA CIRCLE SOUTH<br>COCONUT CREEK FL 33066 | CREDITOR ID: 254053-12<br>KITTRICH CORPORATION<br>14555 ALONDRA BLVD<br>LAMIRADA, CA 90638 |
| CREDITOR ID: 254054-12<br>KIVETT INDUSTRIAL SUPPLY<br>400 INTERSTATE DRIVE<br>ARCHDALE NC 27263 | CREDITOR ID: 254055-12<br>KIWANIS CLUB OF LITTLE HAVANA<br>701 SW 27TH AVENUE, SUITE 900<br>TAMPA, FL 33135 | CREDITOR ID: 254056-12<br>KIWANIS OF KEY BISCAYNE<br>240 CRANDON BLVD<br>SUITE 104<br>KEY BISCAYNE FL 33149 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254057-12<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND BEACH, FL 32176 | CREDITOR ID: 399636-15<br>KL MOBLEY EQUIPMENT, INC<br>ATTN JOSEPH DEAN, GM<br>PO BOX 33686<br>RALEIGH NC 27636 | CREDITOR ID: 388242-54<br>KLAMCZYNSKI, AMY C<br>568 BRECKENRIDGE VILLAGE<br>#7<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 395677-65<br>KLEEN AIR<br>4510 HELTON DR.<br>FLORENCE, AL 35630-6237 | CREDITOR ID: 254058-12<br>KLEEN AIR RESEARCH INC<br>ATTN A W PATE, VP<br>4510 HELTON DRIVE<br>FLORENCE, AL 35630-6237 | CREDITOR ID: 395316-63<br>KLEEN-AIR RESEARCH<br>4502 HUNTSVILLE ROAD<br>FLORENCE, AL 35630 |
| CREDITOR ID: 387887-54<br>KLEIMANN, ESSY<br>14363 SW 96TH LANE<br>MIAMI, FL 33186 | CREDITOR ID: 392169-55<br>KLEIMANN, ESSY<br>C/O: J. H. ZIDELL, ESQ.<br>J. H. ZIDELL, P.A.<br>300 71ST ST.<br>SUITE 605<br>MIAMI BEACH FL 33141 | CREDITOR ID: 254059-12<br>KLEIN BROTHERS<br>1101 W BROADWAY ST<br>LOUISVILLE, KY 40203-2032 |
| CREDITOR ID: 390483-54<br>KLEIN, ELEANOR R<br>5980 SHORE BLVD S, APT 810<br>GULFPORT FL 33710 | CREDITOR ID: 406857-MS<br>KLEIN, HENRY W.<br>4226 PATIO PLACE<br>MONTGOMERY AL 36109 | CREDITOR ID: 264894-12<br>KLEIN, WILLIS<br>4041 WESTPORT RD<br>LOUISVILLE, KY 40207 |
| CREDITOR ID: 254060-12<br>KLEINPETER FARMS DAIRY<br>14444 AIRLINE HIGHWAY<br>BATON ROUGE, LA 70817 | CREDITOR ID: 315678-99<br>KLEINPETER FARMS DAIRY LLC<br>C/O SCHANEVILLE & BARINGER<br>ATTN: DALE R BARINGER<br>918 GOVERNMENT STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 389834-54<br>KLEINPETER, JOANN<br>PO BOX 836<br>DECATUR MS 39327 |
| CREDITOR ID: 392943-55<br>KLEINZ, ERIC W<br>C/O STEINBERG & LINN, PA<br>ATTN DAVID LINN, ESQ<br>DAVID R. LINN<br>1777 TAMIAMI TRAIL STE. 103<br>PORT CHARLOTTE FL 33948 | CREDITOR ID: 389045-54<br>KLEINZ, ERIC W<br>2200 TAYLOR RD<br>PUNTA GORDA, FL 33950 | CREDITOR ID: 381598-47<br>KLEISVIER SIEIRA<br>11924 HATCHER CIRCLE<br>ORLANDO, FL 32837 |
| CREDITOR ID: 254061-12<br>KLEMENT SAUSAGE CO INC<br>ATTN ROGER G KLEMENT, CO PRES<br>207 E LINCOLN AVE<br>MILWAUKEE, WI 53207 | CREDITOR ID: 279176-99<br>KLEMENT SAUSAGE COMPANY<br>C/O HOWARD SOLOCHEK & WEBER SC<br>ATTN: BRYAN M BECKER, ESQ<br>324 E WISCONSIN AVE, STE 1100<br>MILWAUKEE WI 53202 | CREDITOR ID: 279176-99<br>KLEMENT SAUSAGE COMPANY<br>C/O TAPLIN ASSOCIATES<br>ATTN: RONALD SCOTT KANIUK, ESQ<br>350 FIFTH AVE, STE 2418<br>NEW YORK NY 10118 |
| CREDITOR ID: 279180-34<br>KLEMENT SAUSAGE COMPANY INC<br>C/O BRYAN M BECKER, ESQ<br>HOWARD SOLOCHEK & WEBER SC<br>324 EAST WISCONSIN AVE, STE 1100<br>MILWAUKEE WI 53202 | CREDITOR ID: 279179-34<br>KLEMENT SAUSAGE COMPANY INC<br>C/O RONALD SCOTT KANIUK, ESQ<br>TAPLIN & ASSOCIATES<br>350 FIFTH AVE, STE 2418<br>NEW YORK NY 10118 | CREDITOR ID: 406858-MS<br>KLENOTICH, RICHARD A<br>2013 WOODFIELD CIRCLE<br>WEST MELBOURNE FL 32904 |
| CREDITOR ID: 389344-54<br>KLETT, EVA<br>3811 NW 35TH ST<br>COCONUT CREEK FL 33066 | CREDITOR ID: 254062-12<br>KLIEBERT'S ALUMINUM<br>14295 KLIEBERT LANE<br>HAMMOND, LA 70403 | CREDITOR ID: 254063-12<br>KLIKLOK CORPORATION<br>5224 SNAPFINGER WOODS DRIVE<br>DECATUR, GA 30035 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 385524-54
KLINE, KARL
112 CLAUSE LANE
LAFAYETTE, LA 70507

CREDITOR ID: 390825-55
KLINE, KARL
C/O: HARRY K. BURDETTE
THE GLENN ARMENTOR LAW CORPORATION
300 STEWART STREET
LAFAYETTE LA 70502-4305

CREDITOR ID: 406859-MS
KLINE, MELVIN
2831 ALTA VISTA COURT
LOUISVILLE KY 40206

CREDITOR ID: 254064-12
KLINKE BROS CO
2450 SCAPER COVE
MEMPHIS, TN 38114

CREDITOR ID: 262990-12
KLINNER, THOMAS R MD
9203 LEE HIGHWAY, SUITE 9
OOLTEWAH, TN 37363

CREDITOR ID: 254065-12
KLLM INC
PO BOX 905378
CHARLOTTE, NC 28290-5378

CREDITOR ID: 381963-15
KLM, LLC DBA SERVPRO OF BILOXI
OCEAN SPRINGS, GULFPORT, SERVPRO OF
PASCAGOULA
ATTN TINA MURRAY, OWNER
10390 LEMOYNE BLVD
D'IBERVILLE MS 39540

CREDITOR ID: 254066-12
KLOCKNER BARTELT
PO BOX 33006
ST PETERSBURG FL 33733-8006

CREDITOR ID: 385386-54
KLOOS, HELEN
919 DOBELL TERRACE N.W.
PORT CHARLOTTE, FL 33952

CREDITOR ID: 390694-55
KLOOS, HELEN
C/O: BRUCE SCHEINER
ASSOCIATES & BRUCE L SCHEINER PERSONAL I
4020 EVANS AVENUE
FT. MYERS FL 33901

CREDITOR ID: 402751-89
KLOPFER, HAL C.
12401 GATELY OAKS LANE EAST
JACKSONVILLE FL 32225

CREDITOR ID: 406860-MS
KLOPFER, HAL C.
338 RALEIGH PLACE
OVIEDO FL 32765-6231

CREDITOR ID: 254067-12
KLOSTERMAN BAKING COMPANY INC
LOCK BOX # 771637
1637 SOLUTIONS CENTER
CHICAGO, IL 60677-1006

CREDITOR ID: 406861-MS
KLUCHIN, STEPHEN E
825 OAKLAWN DRIVE
METAIRIE LA 70005

CREDITOR ID: 387073-54
KLUGH, DENISE
84 WOODLAWN PARK
GREENWOOD SC 29649

CREDITOR ID: 254068-12
KLUMB LUMBER COMPANY
MCS#0909
PO BOX 11407
BIRMINGHAM AL 35246-0906

CREDITOR ID: 393068-55
KLUTSCH, EMIL C
C/O: DAVID COHEN, ESQ.
DAVID COHEN PA
1550 NE MIAMI GARDENS DRIVE
KISLAKL NAT'L BANK, SUITE 407
N MIAMI BEACH FL 33179

CREDITOR ID: 389221-54
KLUTSCH, EMIL C
2910 S W 64 AVE
MIAMI FL 33155

CREDITOR ID: 2352-07
KMART
REAL ESTATE DEPARTMENT
3100 WEST BIG BEAVER RD
TROY MI 48184

CREDITOR ID: 393706-58
K-MART
3100 WEST BIG BEAVER ROAD
TROY, MI 48084-3163

CREDITOR ID: 397229-67
KMART # 9224
3100 WEST BIG BEAVER ROAD
TROY  MI, MI 48084

CREDITOR ID: 375782-44
KMART CORPORTION
12664 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 254069-12
KMART CORPORTION
K MART #3615-DEPT P
PO BOX 4771
CAROL STREAM IL 60197-4771

CREDITOR ID: 1510-07
KMART CORPORTION
12664 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-7019

CREDITOR ID: 279441-99
KMART MANAGEMENT CORPORATION
C/O DYKEMA GOSSETT PLLC
ATTN: BRENDAN G BEST, ESQ
400 RENAISSANCE CENTER
DETROIT MI 48243-1668

CREDITOR ID: 254070-12
KMS INC
811 E WATERMAN
WICHITA KS 67202

CREDITOR ID: 405003-95
KMS INC
1155 N WASHINGTON
WICHITA KS 67214

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399769-84<br>KNABB, JOAN<br>50 SOUTH BOWARD ROAD<br>LECANTO FL 34461 | CREDITOR ID: 400239-85<br>KNABB, JOAN<br>C/O DENNIS L. FINCH<br>DENNIS L FINCH<br>307 NE 36TH AVE , SUITE 2<br>OCALA FL 34470 | CREDITOR ID: 254071-12<br>KNAUSS SNACK FOOD COMPANY<br>W 510321<br>PO BOX 7777<br>PHILADELPHIA PA 19175-0321 |
| CREDITOR ID: 278908-30<br>KNC PRODUCE<br>15050 SILVER SMITH CIRCLE<br>BROOKSVILLE, FL 34609 | CREDITOR ID: 245349-12<br>KNEPPER, CHRISTOPHER E<br>3813 GATHERING DRIVE<br>ORLANDO FL 32817 | CREDITOR ID: 254073-12<br>KNIGHT TRANSPORTATION<br>PO BOX 29897<br>PHOENIX, AZ 85038-9897 |
| CREDITOR ID: 244399-12<br>KNIGHT, CALVIN G<br>1735 YARDBROUGH STREET<br>MONTGOMERY AL 36110 | CREDITOR ID: 244400-12<br>KNIGHT, CALVIN G<br>1745 YARDBROUGH STREET<br>MONTGOMERY, AL 36610 | CREDITOR ID: 387484-54<br>KNIGHT, CYNTHIA<br>1260 MCLENDON DR.<br>DECATUR GA 30033 |
| CREDITOR ID: 397831-76<br>KNIGHT, ROBERT<br>1119 STEVEN PATRICK AVENUE<br>INDIAN HARBOUR  BEACH, FL 32937 | CREDITOR ID: 269491-18<br>KNIGHT, ROBERT<br>2200 BABCOCK STREET<br>MELBOURNE FL 32901 | CREDITOR ID: 391651-55<br>KNIGHT, ROBERT<br>C/O: ROBERT C. GRAY,P.A.<br>1674 W. HIBISCUS BOULEVARD<br>MELBOURNE FL 32901 |
| CREDITOR ID: 259938-12<br>KNIGHT, RONALD C<br>105 KELLY MILL ROAD<br>STUART, VA 24171 | CREDITOR ID: 386229-54<br>KNIGHT, SALLY<br>13266 WEBSTER STREET<br>BROOKSVILLE FL 34613 | CREDITOR ID: 387564-54<br>KNIGHT, STEPHENIE<br>23494 HASSIE JOHNS RD.<br>SANDERSON FL 32087 |
| CREDITOR ID: 392062-55<br>KNIGHT, STEPHENIE<br>C/O: HENRY MOWRY, ESQUIRE<br>MORGAN, COLLING & GILBERT, P.A.<br>815 SOUTH MAIN STREET<br>STE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 254074-12<br>KNIGHTDALE CROSSING LLC<br>C/O CASTONE ADVISORS<br>9255 TOWNE CENTRE DRIVE<br>SUITE 520<br>SAN DIEGO, CA 92122 | CREDITOR ID: 384204-47<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>2ND FLOOR<br>MORRISTOWN, NJ 07960 |
| CREDITOR ID: 405004-95<br>KNIGHTDALE CROSSING LLC<br>C/O ROSAMUND PROPERTY COMPANY<br>PO BOX 17287<br>RALEIGH NC 27619 | CREDITOR ID: 406862-MS<br>KNIGHTON JR., FRANK E.<br>5449 SUTTLEMYRE LANE<br>HICKORY NC 28601 | CREDITOR ID: 406863-MS<br>KNIGHTON, THOMAS R.<br>2674 REDLAND RD.<br>WARUMPKA AL 36093 |
| CREDITOR ID: 254075-12<br>KNIGHTS MECHANICAL LLC<br>4250 LEITCHFIELD ROAD<br>CECILIA, KY 42724 | CREDITOR ID: 254076-12<br>KNIGHTS OF COLUMBUS HALL<br>4021 TRENTON STREET<br>METAIRIE, LA 70001 | CREDITOR ID: 254077-12<br>KNIGHTS PIPING<br>335 GLEN STREET<br>SUMMERVILLE SC 29483 |
| CREDITOR ID: 403325-83<br>KNIGHTS PROPERTY DAMAGE APPRAISERS<br>PDA JACKSONVILLE 230 ARLINGTON RD.<br>N JACKSONVILLE FL 32211 | CREDITOR ID: 254078-12<br>KNIGHTS TIRE SERVICE<br>PO BOX 4487<br>MERIDIAN, MS 39307 | CREDITOR ID: 245062-12<br>KNISLEY, CHARLES S<br>105 CARLTON COURT<br>ANDERSON SC 29621-0331 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254079-12<br>KNOGO CORPORATION<br>PO BOX 32754<br>HARTFORD, CT 06150-2754 | CREDITOR ID: 405005-95<br>KNOGO CORPORATION<br>350 WIRELESS BLVD<br>HAUPPAUGE NY 11788-3907 | CREDITOR ID: 388448-54<br>KNOTT, CHARLES<br>934 GARDEN WALK BLVD, APT 1107<br>ATLANTA, GA 30349 |
| CREDITOR ID: 392543-55<br>KNOTT, CHARLES<br>C/O: HILLMAN J TOOMBS<br>HILLMAN J. TOOMBS AND ASSOCIATES, P.C.<br>6338 CHURCH STREET<br>RIVERDALE GA 30274 | CREDITOR ID: 254080-12<br>KNOTTS TRADING & SUPPLY<br>314 S COLLINS ST<br>PLANT CITY FL 33566-5534 | CREDITOR ID: 405006-95<br>KNOUSE FOODS INC<br>CROSSMARK<br>3728 PHILLIPS HYW STE 45<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 254081-12<br>KNOUSE FOODS INC<br>PO BOX 640743<br>PITTSBURGH, PA 15264-0743 | CREDITOR ID: 279236-35<br>KNOUSE FOODS, INC<br>ATTN: KELLIE RAUB<br>800 PEACH GLEN - IDAVILLE RD<br>PEACH GLEN PA 17375-0001 | CREDITOR ID: 393698-58<br>KNOWLEDGE BASED SOLUTIONS<br>1420 COURSE VIEW DRIVE<br>FLEMING ISLAND, FL 32003-7274 |
| CREDITOR ID: 397900-76<br>KNOWLES, DWIGHT<br>3088 SOUTHEAST 18TH AVENUE<br>GAINESVILLE, FL 32641 | CREDITOR ID: 406292-15<br>KNOWLES, VANDA<br>7525 NW 61 TERRACE #301<br>PARKLAND FL 33067 | CREDITOR ID: 389584-54<br>KNOWLES, VICTORIA<br>1921 DOFFER LANE<br>NORTH PALM BEACH, FL 33408 |
| CREDITOR ID: 393254-55<br>KNOWLES, VICTORIA<br>C/O: ARTHUR B CAVATARO ESQ<br>FETTERMAN & ASSOCIATES<br>648 U. S. HIGHWAY #1<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 267774-31<br>KNOX COUNTY FILTRATION PLANT<br>ATTN: CHARLES PALMER<br>1239 JENKINS LN<br>KNOXVILLE TN 37922-4132 | CREDITOR ID: 254083-12<br>KNOX COUNTY FISCAL COURT<br>OCCUPATIONAL TAX OFFICE<br>PO BOX 177<br>BARBOURVILLE, KY 40906 |
| CREDITOR ID: 254084-12<br>KNOX COUNTY HOSPITAL<br>PO BOX 160<br>BARBOURVILLE KY 40906 | CREDITOR ID: 254085-12<br>KNOX COUNTY SHERIFF<br>401 COURT SQUARE<br>PROPERTY TAX<br>BARBOURVILLE KY 40906-1461 | CREDITOR ID: 267775-31<br>KNOX COUNTY SOLID WASTE<br>ATTN: JOHN EVANS<br>1514 W EMORY RD<br>POWELL TN 37849-5341 |
| CREDITOR ID: 267776-31<br>KNOX LAND & WATER CONSERVANCY<br>ATTN: TIM GANGAWARE<br>2915 ISLAND HOME AVE<br>KNOXVILLE TN 37920-2738 | CREDITOR ID: 254086-12<br>KNOXVILLE COCA COLA<br>PO BOX 102677<br>ATLANTA, GA 30368-2677 | CREDITOR ID: 267777-31<br>KNOXVILLE OFFICE BOMB ARSENALS<br>ATTN: ROBERT POLLARD<br>719 LOCUST ST<br>KNOXVILLE TN 37902-2512 |
| CREDITOR ID: 254088-12<br>KOALA CORP<br>DEPT 1607<br>DENVER CO 80291-1607 | CREDITOR ID: 254087-12<br>KOALA CORP<br>7881 SOUTH WHEELING COURT<br>ENGLEWOOD, CO 80112 | CREDITOR ID: 405008-95<br>KOALA CORP<br>11600 E 53RD AVE UNIT D<br>DENVER CO 80239 |
| CREDITOR ID: 254089-12<br>KOALA DIVISION<br>DEPT 1607<br>DENVER, CO 80291-1607 | CREDITOR ID: 385952-54<br>KOBY-HILL, JOYCE<br>60 SPARROW DR<br>ROYAL PALM BEACH, FL 33411 | CREDITOR ID: 391181-55<br>KOBY-HILL, JOYCE<br>C/O GREGG R WEXLER, ESQ<br>1663 S CONGRESS AVENUE<br>WEST PALM BEACH FL 33406 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254090-12<br>KOCH AIR CONDITIONING<br>PO BOX 1167<br>EVANSVILLE, IN 47706-1167 | CREDITOR ID: 254091-12<br>KOCH EQUIPMENT LLC<br>1414 W 29TH STREET<br>KANSAS CITY MO 64108-9793 | CREDITOR ID: 254092-12<br>KOCH FOODS OF CUMMING<br>DEPT 77-52459<br>CHICAGO IL 60678-2459 |
| CREDITOR ID: 254093-12<br>KOCH SUPPLIES INC<br>12240 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 254094-12<br>KOCHER LUMBER CO<br>PO BOX 210427<br>MONTGOMERY, AL 36121-0427 | CREDITOR ID: 386399-54<br>KOCUREK, DEBBIE J<br>1412 FILMORE<br>WICHITA FALLS TX 76309 |
| CREDITOR ID: 406864-MS<br>KOEN, EMMETT K.<br>1200 TRAILWOOD DR.<br>HURST TX 76053 | CREDITOR ID: 254095-12<br>KOENIG & ASSOCIATES INC<br>55 OCEAN LANE DRIVE SUITE 4020<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 254096-12<br>KOGER EQUITY<br>PO BOX 538266<br>ACCT# 648015<br>ATLANTA, GA 30353-8266 |
| CREDITOR ID: 1512-RJ<br>KOGER EQUITY<br>PO BOX 538266<br>ACCT# 648015<br>ATLANTA, GA 30353-8266 | CREDITOR ID: 377072-44<br>KOHL, SIDNEY<br>340 ROYAL POINIANNA WAY  #305<br>PALM BEACH, FL 33480 | CREDITOR ID: 389471-54<br>KOKAL, DEANN<br>1301 HARRY SUTTON ROAD<br>MELBOURNE FL 32901 |
| CREDITOR ID: 389084-54<br>KOLBJONSEN, GUYLAINE<br>9831 SW 47TH ST<br>MIAMI, FL 33165 | CREDITOR ID: 392975-55<br>KOLBJONSEN, GUYLAINE<br>C/O JAIME E. SUAREZ, ESQ.<br>LAW OFFICES OF JAIME E. SUAREZ, P.A.<br>351 NW LE JEUNE ROAD<br>SUITE 201<br>MIAMI FL 33126 | CREDITOR ID: 382756-51<br>KOLDENHOVEN & ASSOCIATES DBA<br>THE CHRISTENSEN GROUP<br>4395 SAINT JOHNS PKWY<br>SANFORD, FL 32771-5381 |
| CREDITOR ID: 385639-54<br>KOLODNY, IZAK<br>2219 53RD ST SOUTH<br>GULFPORT, FL 33711 | CREDITOR ID: 390928-55<br>KOLODNY, IZAK<br>C/O: DELANO S. STEWART<br>STEWART & TWINE, P.A.<br>601 E. TWIGGS ST, 4TH FLOOR<br>TAMPA FL 33602 | CREDITOR ID: 405922-99<br>KONDOS & KONDOS LAW OFFICES<br>ATTN: ANJEL K AVANT, ESQ<br>1595 N CENTRAL EXPRESSWAY<br>RICHARDSON TX 75080 |
| CREDITOR ID: 388808-54<br>KONEAKCIU, RODIANA<br>2401 55TH S.W.<br>NAPLES, FL 34116 | CREDITOR ID: 392763-55<br>KONEAKCIU, RODIANA<br>C/O: JACK B. WOODARD, ESQUIRE<br>LAW OFFICES OF WOODARD & NORTH<br>9350 SOUTH DIXIE HIGHWAY<br>SUITE 1540<br>MIAMI FL 33156 | CREDITOR ID: 254098-12<br>KONICA MINOLTA BUS SOLUTIONS USA IN<br>PO BOX 911316<br>DALLAS TX 75391-1316 |
| CREDITOR ID: 254097-12<br>KONICA MINOLTA BUSINESS SOLUTION<br>PO BOX 7247-0322<br>PHILADELPHIA, PA 19170-0322 | CREDITOR ID: 382032-36<br>KONICA MINOLTA PHOTO IMAGING INC<br>C/O FOX ROTHSCHILD LLP<br>ATTN: JOSHUA KLEIN, ESQ<br>2000 MARKET ST, 10TH FL<br>PHILADELPHIA PA 19103-3291 | CREDITOR ID: 254099-12<br>KONICA PHOTO IMAGING<br>ATTN: NADIA DANIEL - CREDIT DEPT<br>725 DARLINGTON AVENUE<br>MAHWAH, NJ 07430 |
| CREDITOR ID: 405009-95<br>KONICA PHOTO IMAGING<br>PO BOX 90355<br>CHICAGO IL 60696-0355 | CREDITOR ID: 278760-28<br>KONICA PHOTO IMAGING<br>ATTN: PAUL GORDON<br>725 DARLINGTON AVENUE<br>MAHWAH, NJ 07430 | CREDITOR ID: 382757-51<br>KONICA PHOTO IMAGING, INC.<br>725 DARLINGTON AVE.<br>MAHWAH, NJ 07430 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278761-28<br>KONICA USA INC.<br>ATTN: PAUL GORDON<br>725 DARLINGTON AVENUE<br>MAHWAH, NJ 07430 | CREDITOR ID: 2353-07<br>KONOVER PROPERTY TRUST, INC.<br>%KIMCO REALTY CORPORATION<br>PO BOX 5020 3333 NEW HYDE PARK<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 315827-40<br>KONRAD, GORDON K<br>PO BOX 10890<br>JEFFERSON, LA 70181 |
| CREDITOR ID: 2265-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 387165-54<br>KONTIS, HELEN<br>2175 NE 51ST COURT<br>FORT LAUDERDALE, FL 33334 | CREDITOR ID: 391751-55<br>KONTIS, HELEN<br>C/O: LAWRENCE J. BOHANNON<br>LAWRENCE J. BOHANNON, ESQ.<br>1141 SE 2ND AVE<br>FT. LAUDERDALE FL 33316 |
| CREDITOR ID: 254100-12<br>KOOL DOWN INC<br>ATTN: DANIEL PERKINS<br>PO BOX 2705<br>ORMOND BEACH, FL 32175 | CREDITOR ID: 254101-12<br>KOORSEN PROTECTION SERV.<br>2719 N ARLINGTON AVE<br>INDIANAPOLIS, IN 46218-3322 | CREDITOR ID: 254102-12<br>KOPYKAKE<br>3699 W 240TH ST<br>TORRANCE CA 90505-6003 |
| CREDITOR ID: 254103-12<br>KORFHAGE BROS GREENHOUSE<br>3406 SHANKS LN<br>LOUISVILLE KY 40216-3105 | CREDITOR ID: 254104-12<br>KORGE & KORGE<br>ATTN THOMAS J KORGE<br>230 PALERMO AVENUE<br>CORAL GABLES, FL 33134 | CREDITOR ID: 392129-55<br>KORNBACHER, WILLIE MAY<br>C/O: GAIL HORNE RAY, ESQ.<br>GAIL HORNE RAY, ESQ.<br>1822 N. ACADIAN THRUWAY WEST<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 387803-54<br>KORNBACHER, WILLIE MAY<br>5222 HOLLYWOOD ST<br>APT 272<br>BATON ROUGE, LA 70805 | CREDITOR ID: 406865-MS<br>KORNEGAY, CHARLES E.<br>1708 LOUELLA COURT<br>HURST TX 76054 | CREDITOR ID: 388296-54<br>KORNEGAY, PERRY<br>402 BROGDEN ST<br>DUDLEY NC 28333 |
| CREDITOR ID: 390193-54<br>KORTJOHN, OLIVER<br>530 SAN CLEMENTE<br>NORTH PORT, FL 34287 | CREDITOR ID: 393634-55<br>KORTJOHN, OLIVER<br>C/O: KEN GERBER<br>THE GERBER LAW GROUP PA<br>5432 BEE RIDGE RD<br>STE 120<br>SARASOTA FL 34233 | CREDITOR ID: 389450-54<br>KOTEE, KAWA SAYE<br>5723 HOLLY BELL DRIVE, APT 6<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 2354-RJ<br>KOTIS PROPERTIES<br>PO BOX 9296<br>GREENSBORO, NC 27429-9296 | CREDITOR ID: 393120-55<br>KOULENTIS, MARY<br>C/O CARLSON & MEISSNER LAW OFFICES<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 405918-99<br>KOURI, GERARD JR<br>10021 PINES BLVD, STE 202<br>PEMBROKE PINES FL 33024-6191 |
| CREDITOR ID: 386222-54<br>KOVAC, TERRY<br>1202 FAIRLANE SW<br>CANTON OH 44710 | CREDITOR ID: 391361-55<br>KOVAC, TERRY<br>C/O: ALEX LANCASTER, ESQ.<br>LANCASTER & EURE, PA<br>PO DRAWER 4257<br>SARASOTA FL 34230 | CREDITOR ID: 387838-54<br>KOVALCHUCK, AKSANA<br>5505 CHAMBERS WAY<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 392144-55<br>KOVALCHUCK, AKSANA<br>C/O COKER, MYERS, SCHICKEL ET AL<br>ATTN T GUESS OR C SORENSON, ESQS<br>136 E BAY STREET<br>JACKSONVILLE FL 32201 | CREDITOR ID: 386595-54<br>KOVALYCSIK, JEAN<br>5336 SW LEEWARD LANE<br>PALM CITY FL 34990 | CREDITOR ID: 391603-55<br>KOVALYCSIK, JEAN<br>C/O: PHILLIP THOMPSON<br>MICHAEL CELESTE, ESQ./ PHILIP G. THOMPSO<br>580 VILLAGE BLVD.<br>SUITE 315<br>WEST PALM BEACH FL 33409 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                              **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 254106-12<br>KOZAK BEVERAGE INC<br>PO BOX 2049<br>PETERSBURG VA 23804 | CREDITOR ID: 394210-56<br>KOZEMSKI, CLINTON<br>8704 CHRAMING KNOLL LANE<br>TAMPA FL 33635 | CREDITOR ID: 387798-54<br>KOZERO, TERRY<br>62284 PINEMEADOW RD.<br>AMITE LA 70422 |
| CREDITOR ID: 392126-55<br>KOZERO, TERRY<br>C/O: PAUL BILLINGSLEY<br>PAUL L. BILLINGSLEY, LTD.<br>1000 NORTH MORRISON BLVD.<br>SUITE E<br>HAMMOND LA 70401 | CREDITOR ID: 388348-54<br>KOZLOWSKI, JUANITA<br>C/O TIMOTHY O'BRIEN<br>PO BOX 12308<br>PENSACOLA, FL 32581 | CREDITOR ID: 382033-36<br>KOZY SHACK ENTERPRISES, INC<br>SUZANNE CRUSE<br>83 LUDY ST<br>PO BOX 9011<br>HICKSVILLE NY 11802-9011 |
| CREDITOR ID: 254107-12<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 | CREDITOR ID: 405010-95<br>KOZY SHACK INC<br>3985 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 381832-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN: JOHN KOZYAK/LAURE ISICOFF<br>2525 PONCE DE LEON, 9TH FL<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 254108-12<br>KPMG LLP<br>PO BOX 120001<br>DEPT 0572<br>DALLAS, TX 75312-0572 | CREDITOR ID: 254109-12<br>KPMG LLP<br>PO BOX 190<br>ATTN ROBERTA WHISENANT<br>JACKSONVILLE, FL 32201-0190 | CREDITOR ID: 2355-RJ<br>KPT COMMUNITIES LLC<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 278646-24<br>KPT COMMUNITIES LLC<br>WASHINGTON MUTUAL BANK FA<br>ATTN PORTFOLIO ADMIN<br>555 DIVIDEND DRIVE, SUITE 150<br>MAILSTOP 3545PMTX<br>COPPELLO TX 75019 | CREDITOR ID: 278645-24<br>KPT COMMUNITIES LLC<br>TRIANGLE BANK<br>ATTN: MR. EDWARD O. WESSELL<br>4300 GLENWOOD AVENUE<br>RALEIGH NC 27612 | CREDITOR ID: 383218-15<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 254111-12<br>KPT COMMUNTIES LLC<br>3333 NEW HYDE PARK ROAD<br>SUITE 100<br>LEASE ID# SNCW0931-LWINNDI01<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1515-RJ<br>KPT COMMUNITIES LLC<br>3333 NEW HYDE PARK ROAD<br>SUITE 100<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 254112-12<br>KPT PROPERTIES LP<br>PO BOX 5020<br>3333 NEW HYDE ROAD<br>% KIMCO REALITY CORPORATION<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 405011-95<br>KPT PROPERTIES LP<br>ATTN LAKE POINTE<br>P O BOX 601202<br>STORE #223<br>CHARLOTTE NC 28260-1202 | CREDITOR ID: 254113-12<br>KRACK CORPORATION<br>2392 COLLECTIONS CENTER DRIVE<br>BANK OF AMERICA<br>CHICAGO IL 60693 | CREDITOR ID: 278681-99<br>KRAFT<br>(KRAFT FOODS, KRAFT PIZZA, NABISCO)<br>ATTN: SANDRA SCHIRMANG, DIR OF CRE<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 |
| CREDITOR ID: 375789-44<br>KRAFT FOODS<br>22541 NETWORK PLACE<br>CHICAGO, IL 60673 | CREDITOR ID: 397691-99<br>KRAFT FOODS GLOBAL INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397691-99<br>KRAFT FOODS GLOBAL INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 397691-99<br>KRAFT FOODS GLOBAL INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 254114-12<br>KRAFT GENERAL FOODS INC<br>22541 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | CREDITOR ID: 405012-95<br>KRAFT GENERAL FOODS INC<br>4000 JOHNS CREEK COURT<br>SUITE 300<br>SUWANNEE GA 30024 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254115-12<br>KRAFT PIZZA CO<br>50 NEW COMMERCE BOULEVARD<br>WILKES BARRE, PA 18762 | CREDITOR ID: 405013-95<br>KRAFT PIZZA CO<br>PO BOX 905098<br>CHARLOTTE NC 28290-5098 | CREDITOR ID: 382758-51<br>KRAGE, MICHAEL<br>365 INDIGO PLACE NW<br>ISSAQUAH, WA 98027 |
| CREDITOR ID: 403326-83<br>KRAMER & RASSNER, P.A.<br>7700 N. KENDALL DR. STE. 510<br>MIAMI FL 33156 | CREDITOR ID: 406866-MS<br>KRAMER JR, CALVIN<br>2525 ELIZABETH CT<br>VIOLET LA 70092 | CREDITOR ID: 254116-12<br>KRAUSS CO OF FLORIDA<br>6110 126TH AVENUE NORTH<br>LARGO FL 33773-1854 |
| CREDITOR ID: 254117-12<br>KRAUTH ELECTRIC CO INC<br>4742 ALLMOND AVE<br>LOUISVILLE KY 40209 | CREDITOR ID: 2356-07<br>KRAVITZ FAMILY TRUST<br>2796 CASIANO ROAD<br>LOS ANGELES CA 90077-1524 | CREDITOR ID: 254118-12<br>KRB MUSIC<br>1980 E 116TH STREET<br>SUITE 345<br>CARMEL IN 46032 |
| CREDITOR ID: 386101-54<br>KREBS, KELLY M<br>S9 ARAPAHO DRIVE<br>PENSACOLA, FL 32507 | CREDITOR ID: 391289-55<br>KREBS, KELLY M<br>C/O: WILLIAM S. MEADOR, ESQUIRE<br>EMANUEL, SHEPHARD, AND CONDON, ATTYS AT<br>P.O. DRAWER 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 394280-56<br>KREBS, PAUL<br>5754 DOLPHIN DR<br>ORLANDO FL 32822 |
| CREDITOR ID: 254119-12<br>KRETSCHMAR REALTY INC<br>1231 SOUTH MAIN STREET<br>ATTN MAL KRETSCHMAR<br>GREENVILLE, MS 38701 | CREDITOR ID: 254120-12<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 2357-07<br>KRG WATERFORD LAKES, LLCIV, LP<br>ATTN:DIRECTOR OF ASSET MANAGEM<br>30 S MERIDIAN, STE 1100<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 250937-12<br>KRIEG, GREGORY P<br>5440 NW 55 BLVD # 103<br>COCONUT CREEK, FL 33073 | CREDITOR ID: 403800-94<br>KRIEG, JEFFREY A<br>5119 NW 58TH TERR<br>CORAL SPRINGS FL 33067 |
| CREDITOR ID: 387546-54<br>KRIEGHAUSER, DONNA<br>12242 PARKWOOD STREET<br>HUDSON FL 34669 | CREDITOR ID: 254122-12<br>KRIS G RENO<br>209 BENSON ROAD<br>GARDENDALE AL 35071 | CREDITOR ID: 254123-12<br>KRIS R MIKELL<br>201 TIMBERLINE ROAD<br>STATESBORO GA 30461 |
| CREDITOR ID: 254124-12<br>KRISP-PAK CO INC<br>835 SOUTHAMPTON AVE<br>NORFOLK VA 23510-1015 | CREDITOR ID: 375792-44<br>KRISPY KREME<br>1354 GOVERNMENT STREET<br>MOBILE AL 36602 | CREDITOR ID: 254132-12<br>KRISPY KREME<br>PO BOX 2201<br>MYRTLE BEACH, SC 29578 |
| CREDITOR ID: 254131-12<br>KRISPY KREME<br>PO BOX 1966<br>MTRTLE BEACH, SC 29578 | CREDITOR ID: 254127-12<br>KRISPY KREME<br>1644 GORDON HIGHWAY<br>AUGUSTA, GA 30906 | CREDITOR ID: 254125-12<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384205-47<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>3615 E LAKE AVENUE<br>TAMPA, FL 33610 | CREDITOR ID: 254133-12<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | CREDITOR ID: 405014-95<br>KRISPY KREME<br>1444 WEST TENNESSEE STREET<br>TALLAHASSEE FL 32304 |
| CREDITOR ID: 254136-12<br>KRISPY KREME BAKERY<br>PO BOX 863260<br>ORLANDO, FL 32886 | CREDITOR ID: 254135-12<br>KRISPY KREME BAKERY<br>515 SOUTH IRBY<br>FLORENCE, SC 29501 | CREDITOR ID: 254138-12<br>KRISPY KREME DONUT CO<br>PO BOX 569<br>AUGUSTA, GA 30901 |
| CREDITOR ID: 254141-12<br>KRISPY KREME DOUGHNUT CO<br>2800 PIO NONO AVE<br>MACON, GA 31206 | CREDITOR ID: 254139-12<br>KRISPY KREME DOUGHNUT CO<br>719 E CENTER ST<br>KINGSPORT, TN 37660 | CREDITOR ID: 384206-47<br>KRISPY KREME DOUGHNUT CO<br>980 VOLUSIA AVENUE<br>DAYTONA BEACH, FL 32014 |
| CREDITOR ID: 254145-12<br>KRISPY KREME DOUGHNUT CORP<br>400 N SLAPPEY BLVD<br>ALBANY, GA 31701 | CREDITOR ID: 254144-12<br>KRISPY KREME DOUGHNUT CORP<br>3095 ROSS CLARKK CIRCLE<br>DOTHAN, AL 36301 | CREDITOR ID: 254143-12<br>KRISPY KREME DOUGHNUT CORP<br>1990 NEW PATTON CHAPEL ROAD<br>BIRMINGHAM, AL 35226 |
| CREDITOR ID: 254142-12<br>KRISPY KREME DOUGHNUT CORP<br>1400 MCFARLAND BLVD E<br>TUSCALOOSA, AL 35405 | CREDITOR ID: 254146-12<br>KRISPY KREME DOUGHNUT CORP<br>465 W 23RD STREET<br>PANAMA CITY, FL 32405 | CREDITOR ID: 405016-95<br>KRISPY KREME DOUGHNUT CORP<br>8601 FIRST AVENUE N<br>BIRMINGHAM AL 35206 |
| CREDITOR ID: 279237-35<br>KRISPY KREME DOUGHNUT CORP<br>ATTN: JOHN BURDETTE<br>PO BOX 83<br>WINSTON-SALEM NC 27102 | CREDITOR ID: 254147-12<br>KRISPY KREME DOUGHNUTS<br>310 NW 13TH ST<br>GAINESVILLE, FL 32601 | CREDITOR ID: 278833-99<br>KRISPY KREME DOUGHNUTS CORP<br>C/O ALLMAN SPRY LEGGETT & CRUMPLER<br>ATTN: LEGGETT R BRADFORD, ESQ<br>380 KNOLLWOOD ST, STE 700<br>WINSTON-SALEM NC 27113-5129 |
| CREDITOR ID: 278833-99<br>KRISPY KREME DOUGHNUTS CORP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: PAUL TRAUB/WENDY MARCARI<br>655 THIRD AVENUE, 21ST FLR<br>NEW YORK NY 10017 | CREDITOR ID: 254149-12<br>KRISPY KREME HATTIESBURG<br>PO BOX 15877<br>HATTIESBURG, MS 39404-5877 | CREDITOR ID: 254150-12<br>KRIST SEVEARANCE<br>2515 ST JOHN AVENUE<br>PALATKA FL 32177 |
| CREDITOR ID: 254151-12<br>KRISTAL M VAUGHAN<br>PO BOX 432<br>SOUTH HILL VA 23970 | CREDITOR ID: 254152-12<br>KRISTEN C WILLIAMS<br>2300 WESTGATE STREET, APT 94<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 254153-12<br>KRISTEN L HATHAWAY<br>35091 WASHINGTON LOOP ROAD<br>PUNTA GORDA FL 33982 |
| CREDITOR ID: 254154-12<br>KRISTEN L MOSS<br>2177 ROCKY FORD ROAD<br>KITTRELL NC 27544 | CREDITOR ID: 254155-12<br>KRISTEN VALENTINE<br>7887 RED CLOVER COURT<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 254156-12<br>KRISTIE C THOMAS<br>12072 TIERCE PATTON ROAD<br>NORTHPORT, AL 35475 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254157-12<br>KRISTIN A BROOKS<br>152 HENSON DRIVE<br>HUNTSVILLE AL 35811 | CREDITOR ID: 254158-12<br>KRISTIN M WOODRUFF<br>16434 LANCASHIRE DRIVE<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 254159-12<br>KRISTINA STRICKER<br>942 CANNOCK STREET<br>GROVETOWN, GA 30813 |
| CREDITOR ID: 254160-12<br>KRISTOFER A FARRIS<br>4005 HOLLYHEAD CIRCLE SOUTH<br>LAKELAND FL 33811 | CREDITOR ID: 386668-54<br>KRISTOFF, PAM<br>85 PINE STREET<br>APT 2<br>BAXLEY GA 31513 | CREDITOR ID: 391643-55<br>KRISTOFF, PAM<br>C/O: THOMAS CHAMBERS III<br>PO BOX 536<br>HOMERVILLE GA 31634 |
| CREDITOR ID: 254161-12<br>KRISTOPHER J MCLAWHORN<br>286 LIVE OAK ROAD<br>DORCHESTER SC 29437 | CREDITOR ID: 254162-12<br>KRISTOPHER L ROBERTSON<br>142 LURE AVENUE<br>JACKSON MS 39272 | CREDITOR ID: 254164-12<br>KRISTY L WOODS<br>1507 CELIA DRIVE<br>COLUMBUS GA 31907 |
| CREDITOR ID: 254165-12<br>KRISTY M BOYSTER<br>8005 FORMBY STREET<br>RIVERVIEW FL 33568 | CREDITOR ID: 254166-12<br>KRM SALES, INC<br>ATTN NELDA MURPHY, PRES<br>3430 HIGHWAY 186<br>PO BOX 8<br>GOOD HOPE, GA 30641 | CREDITOR ID: 390083-54<br>KROEPLIN, MARION<br>5370 SPRING HILL DRIVE<br>SPRING HILL, FL 34606 |
| CREDITOR ID: 393539-55<br>KROEPLIN, MARION<br>C/O DIECIDUE LAW FIRM<br>ATTN JENNIFER B DIECIDUE ESQ<br>1275 KASS CIRCLE<br>SPRINGHILL FL 34606 | CREDITOR ID: 406012-15<br>KROESCHELL, WILLIAM O<br>272 MOORING LINE DRIVE<br>NAPLES FL 34102 | CREDITOR ID: 397653-72<br>KROGER LP I<br>PO BOX 46234<br>CINCINNATI, OH 45246 |
| CREDITOR ID: 254167-12<br>KROGER REAL ESTATE DEPT<br>PO BOX 46234<br>CINCINNATI OH 45246 | CREDITOR ID: 390424-54<br>KROGMAN, DONALD W<br>5 OCEAN AVENUE<br>BARNEGAT NJ 08005 | CREDITOR ID: 244953-12<br>KROMER, CHAD R<br>7096 MAYFIELD TERRACE<br>ENGLEWOOD FL 34224 |
| CREDITOR ID: 254168-12<br>KRONES INC<br>ATTN KAY DENIG, ACCTG MGR<br>DEPARTMENT 0779<br>MILWAUKEE WI 53259-0779 | CREDITOR ID: 254169-12<br>KRONOS INC<br>PO BOX 845748<br>BOSTON MA 02284-5748 | CREDITOR ID: 395553-15<br>KROPP HOLDINGS, INC<br>AVCARD DIVISION<br>ATTN ROBERT W PODGURSKI, CR OP MGR<br>4 NORTH PARK DRIVE, SUITE 412<br>HUNT VALLEY MD 21030 |
| CREDITOR ID: 254171-12<br>KRP ENTERPRISES INC<br>8517 NORTH DIXIE DRIVE, SUITE 900<br>DAYTON, OH 45414 | CREDITOR ID: 254170-12<br>KRP ENTERPRISES INC<br>8517 N DIXIE DRIVE, SUITE 900<br>DAYTON OH 45414 | CREDITOR ID: 397654-72<br>KRR, INC.<br>ATTN: HARRELL RUSHING<br>8 VILLAGE DRIVE<br>MADISON, MS 39110 |
| CREDITOR ID: 243840-12<br>KRUEBBE, BRADLEY M<br>3106 FENELON STREET<br>CHALMETTE LA 70043 | CREDITOR ID: 254172-12<br>KRUEGER FOOD LABORATORIES INC<br>711 CONCORD AVENUE<br>CAMBRIDGE MA 02138 | CREDITOR ID: 375796-44<br>KRUEGER MADDUX GREENHOUSES<br>5222 DELHI ROAD<br>CINCINNATI OH 45238 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386211-54<br>KRUEGER, VALERIE<br>214 NE CAMELOT DRIVE<br>PORT ST. LUCIE FL 34983 | CREDITOR ID: 391355-55<br>KRUEGER, VALERIE<br>C/O. GRALL, FANORO & GLENN<br>P.O. BOX 690218<br>VERO BEACH FL 32969 | CREDITOR ID: 2178-RJ<br>KRUG, DAVID R.<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 |
| CREDITOR ID: 259568-12<br>KRUG, RICHARD C<br>WHITE HARBOUR PLUMBING INC<br>23306 WHITE HARBOUR RD<br>SENECA, SC 29672 | CREDITOR ID: 399534-82<br>KRUKOWSKI, VERONICA<br>640 COUNTY ROAD 209<br>JEMISON AL 35085 | CREDITOR ID: 387482-54<br>KRUMM, JULIE<br>4211 HATTON ROGERS LN APT 4<br>NORTH FORT MYERS FL 33903-7811 |
| CREDITOR ID: 392005-55<br>KRUMM, JULIE<br>C/O: PETER BURKERT<br>BURKERT & HART<br>2205 MCGREGOR BLVD<br>FT MYERS FL 33901 | CREDITOR ID: 407664-93<br>KRUSCH PROPERTIES, LLC<br>BROWN INVESTMENT PROPERTIES<br>ATTN: BARBARA BECK<br>PO BOX 930<br>GREENSBORO NC 27402 | CREDITOR ID: 267778-31<br>KRUSE ENVIRONMENTAL INC<br>ATTN: PHILLIP KRUSE<br>12996 LINDEN DR<br>BROOKSVILLE FL 34609-3534 |
| CREDITOR ID: 384329-47<br>KRUSE, ROBERT<br>JAX DIV 172<br>923 MERCEDES DRIVE LOT 5<br>ALBANY, GA 31705 | CREDITOR ID: 254173-12<br>KRYSHER DELZER INC<br>6137 STATE RD 54<br>NEW PORT RICHEY FL 34653-6004 | CREDITOR ID: 254174-12<br>KRYSTAL D WELDON<br>5836 SAND KEY LANE<br>WESLEY CHAPEL FL 33544 |
| CREDITOR ID: 254175-12<br>KRYSTAL KNOTT<br>987 E NORTHSIDE DRIVE<br>SPT 12-2B<br>JACKSON MS 39206 | CREDITOR ID: 254176-12<br>KRYSTAL Y DAWES<br>221 WESTPORT DRIVE<br>COLUMBIA SC 29223 | CREDITOR ID: 253560-12<br>K-TRON AMERICA<br>PO BOX 612<br>BELLMAWR, NJ 08099 |
| CREDITOR ID: 386531-54<br>KUCERA, BETTY<br>2229 OAKWOOD ST<br>PANAMA CITY FL 32408 | CREDITOR ID: 391564-55<br>KUCERA, BETTY<br>C/O: RANDY PELHAM<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 384046-47<br>KUEHLE, CHRISTOPHER J<br>4554 ARCH CREEK DRIVE S<br>JACKSONVILLE, FL 30225 |
| CREDITOR ID: 387168-54<br>KUGELMANN, DAVID<br>2220 PHILO STREET<br>WEST PALM BEACH, FL 33409 | CREDITOR ID: 391754-55<br>KUGELMANN, DAVID<br>C/O: MATTHEW HAYNES ESQ.<br>CHAMBLEE JOHNSON & HAYNES PA<br>1615 FORUM PLACE<br>SUITE 500<br>WEST PALM  BEACH FL 33401 | CREDITOR ID: 254178-12<br>KUHN FLOWERS<br>PO BOX 477705<br>JACKSONVILLE, FL 32247 |
| CREDITOR ID: 254177-12<br>KUHN FLOWERS<br>3802 BEACH BLVD<br>JACKSONVILLE, FL 32207-4757 | CREDITOR ID: 250233-12<br>KUIPER, GAIL<br>2555 SW 31ST STREET<br>GAINSVILLE, FL 32608 | CREDITOR ID: 390085-54<br>KUNDTZ, TERRI<br>1255 HOLLOW AY<br>AUBURNDALE, FL 33823 |
| CREDITOR ID: 393541-55<br>KUNDTZ, TERRI<br>C/O SMITH, FEDDELER, SMITH & MILES<br>ATTN H G SMITH OR M G CAPRON, ESQS<br>PO DRAWER 1089<br>LAKELAND FL 33802-1089 | CREDITOR ID: 254179-12<br>KUNZLER & COMPANY INC<br>ATTN: ROBERT BECHTEL<br>PO BOX 4747<br>LANCASTER, PA 17604-4747 | CREDITOR ID: 381589-47<br>KUREMSKY, WENDY<br>11186 TERWILLIGERS HILL CRT<br>CINCINNATI, OH 45249 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 406867-MS
KURRAS, JAY B.
4724 DEVON LANE
JACKSONVILLE FL 32210

CREDITOR ID: 254180-12
KURT HASSELHORST
328 VALLEY LANE
FRANKLIN NC 28734

CREDITOR ID: 254181-12
KURT T KLINKER
11602 WATERLILY COURT
ORLANDO FL 32837

CREDITOR ID: 254182-12
KURT WEISS GREENHOUSES INC
PO BOX 641
95 MAIN ST
CENTER MORICHES, NY 11934

CREDITOR ID: 267779-31
KURTZ CABINETS HM IMPROVMENTS
ATTN: KEN KURTZ
430 MAXWELL ST
CHESAPEAKE VA 23322-1602

CREDITOR ID: 406868-MS
KURTZ JR., DAVID H.
3024 CEDAR RUN
WILLIAMSBURG VA 23085

CREDITOR ID: 387485-54
KUSEK, JOHN
P. O. BOX 351757
PALM COAST FL 32135

CREDITOR ID: 392007-55
KUSEK, JOHN
C/O: DAVID SPAIN, ESQ.
MORGAN, COLLING, GILBERT
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 394200-56
KUYKENDALE, DALE
85 DEBARRY AVE #2064
ORANGE PARK, FL 32073

CREDITOR ID: 400384-85
KUYKENDALE, DALE
C/O SCOTT NOONEY
LAW OFFICES OF SCOTT NOONEY
3535 HENDRICKS AVE.
JAX. FL 32207

CREDITOR ID: 389697-54
KUZMESKI, PAUL W
1 AVOCADO LANE #121
EUSTIS, FL 32726

CREDITOR ID: 254183-12
KV FLOORING INC
3261 RUCKRIEGL PKY
LOUISVILLE KY 40299

CREDITOR ID: 397651-72
K-VA-T FOOD STORES, INC.
329 NORTH MAIN STREET
GRUNDY VA 24614

CREDITOR ID: 399535-82
KWENTOH, EMECKA
613 REBECCA ROAD
BIRMINGHAM  AL 35206

CREDITOR ID: 254184-12
KWIK KAR LUBE & TUNE
6620 CROWLEY ROAD
EDGECLIFF TX 76134

CREDITOR ID: 254185-12
KWIK KOPY PRINTING
2107 WEST THOMAS
HAMMOND LA 70401

CREDITOR ID: 254186-12
KWIK WIRING & SYSTEMS INC
803 1/2 HICKORY AVENUE
HARAHAN LA 70123-3110

CREDITOR ID: 254187-12
KY AG EXP STATION
JOE COLLINS S-225
AG SCIENCE CENTER  NORTH
LEXINGTON, KY 40546-0091

CREDITOR ID: 254188-12
KYANA PACKAGING & INDUS SUPPLY
ATTN; KIMBERLY A OSBORNE
11003 DECIMAL DRIVE
LOUISVILLE KY 40299-2419

CREDITOR ID: 254189-12
KYANA PACKAGING & INDUSTRIAL SUPPLY
SECTION 158
LOUISVILLE, KY 40289

CREDITOR ID: 254190-12
KYLE A HUNTER
1643 VAMADA STREET SE
PALM BAY FL 32909

CREDITOR ID: 254192-12
KYLE C BOWEN
2521 14TH COURT SOUTHEAST
WINTER HAVEN FL 33884

CREDITOR ID: 254193-12
KYLE C ROLAND
814 KING STREET
HELENA AL 35080

CREDITOR ID: 254194-12
KYLE D EVERETT
PO BOX 43
ST AMANT LA 70774

CREDITOR ID: 254195-12
KYLE I JACKSON
415 MICHELLE LINNEA DR
CHARLOTTE NC 28262

CREDITOR ID: 254196-12
KYLE J BUZZELL
7325 SOUTH NC 87
GRAHAM NC 27253

CREDITOR ID: 254197-12
KYLE P GILMOUR
17402 PARRISH GROVE
DADE CITY FL 33523

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392660-55<br>KYLE, MARTY VINZNAT<br>C/O: GUS V. SOTO<br>1284 B TIMBERLANE RD.<br>TALLAHASSEE FL 32312 | CREDITOR ID: 388603-54<br>KYLE, MARTY VINZNAT<br>8818 CROSSWAY<br>TALLAHASSEE FL 32310 | CREDITOR ID: 254198-12<br>KYLES FRIENDLY SERVICE<br>127 BLUE BELL RD<br>GREENSBORO NC 27406-5301 |
| CREDITOR ID: 254199-12<br>KYLE'S ROD & ROOTER, INC<br>ATTN KYLE STERLING SMITH, PRESIDENT<br>2139 COUNTY LINE RD<br>DOTHAN, AL 36305 | CREDITOR ID: 386031-54<br>KYLES, CLARENCE<br>1890 S. MT. PLEASANT AVE<br>MONROEVILLE, AL 36460 | CREDITOR ID: 391238-55<br>KYLES, CLARENCE<br>C/O: CHARLES JAMES, ESQUIRE<br>COCHRANE, CHERRY, GIVENS & SMITH, P.C.<br>306 NORTH MAIN STREET<br>TUSKEGEE AL 36083 |
| CREDITOR ID: 254200-12<br>KYRIAKI STEIN<br>512 BEDFORD AVENUE<br>WESTON, FL 33326 | CREDITOR ID: 254201-12<br>KYSOR PANEL SYSTEMS<br>PO BOX 951613<br>DALLAS, TX 75395-1613 | CREDITOR ID: 405017-95<br>KYSOR WARREN<br>PO BOX 891015<br>DALLAS TX 75389-1015 |
| CREDITOR ID: 254202-12<br>KYSOR WARREN<br>PO BOX 951606<br>DALLAS, TX 75395-1606 | CREDITOR ID: 254203-12<br>KYWAINE L TOWNSEND<br>PO BOX 675<br>MARIETTA SC 29661 | CREDITOR ID: 536-03<br>L & B PROPERTY MANAGEMENT<br>801 EXECUTIVE PARK DRIVE<br>MOBILE AL 36606 |
| CREDITOR ID: 254204-12<br>L & B PROPERTY MANAGEMENT<br>PO BOX 160247<br>MOBILE, AL 36609 | CREDITOR ID: 254205-12<br>L & F AUTOMATION<br>125 JOHNS POND LN<br>MOORESVILLE, NC 28115 | CREDITOR ID: 254207-12<br>L & H TRUCK  SERVICE INC<br>6242 OLD MONTGOMERY HIGHWAY<br>TUSCALOOSA AL 35405 |
| CREDITOR ID: 405019-95<br>L & M COMPANIES INC<br>2925 HUNTLEIGH DR  STE 204<br>RALEIGH NC 27604 | CREDITOR ID: 254210-12<br>L & M COMPANIES INC<br>PO BOX 890474<br>CHARLOTTE NC 28289-0474 | CREDITOR ID: 254211-12<br>L & P FINANCIAL SERVICES<br>PO BOX 198747<br>ATLANTA, GA 30384-8747 |
| CREDITOR ID: 254213-12<br>L A BENSON CO INC<br>PO BOX 2137<br>BALTIMORE MD 21203 | CREDITOR ID: 267780-14<br>L B ENTERPRISES INC<br>ATTN: R KEITH TOWNSEND<br>201 GOVERNMENT AVE SW<br>HICKORY NC 28602-2954 | CREDITOR ID: 254214-12<br>L B TRANSFER INC<br>PO BOX 396<br>OCHLOCKNEE GA 31773 |
| CREDITOR ID: 254215-12<br>L E LICHFORD<br>PO BOX 10125<br>LYNCHBURG, VA 24506 | CREDITOR ID: 254216-12<br>L EGGS<br>PO BOX 751348<br>CHARLOTTE, NC 28275-1348 | CREDITOR ID: 405020-95<br>L EGGS<br>531 NORTHRIDGE PARK DR<br>ATTN RICKIE WISHON<br>RURAL HALL NC 27045 |
| CREDITOR ID: 254219-12<br>L H MARRERO MIDDLE SCHOOL<br>4100 7TH ST<br>MARRERO, LA 70072 | CREDITOR ID: 254223-12<br>L L HODGE MACHINE WORKS INC<br>PO BOX 1451<br>700 N COURT ST<br>MONTGOMERY AL 36104 | CREDITOR ID: 254224-12<br>L LEO JUDICE<br>PO BOX 237<br>SCOTT, LA 70583 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267781-31<br>L LEV ENTERPRISES INC<br>ATTN: CHARLES D HUGGINS<br>5514 SUN VALLEY DR<br>PENSACOLA FL 32505-2137 | CREDITOR ID: 390661-55<br>L LOTT, RACHEL (MINOR)<br>C/O: T. PATTON YOUNGBLOOD, JR.<br>LAW OFFICES OF T. PATTON YOUNGBLOOD<br>337 PLANT AVE.<br>TAMPA FL 33606-2332 | CREDITOR ID: 254225-12<br>L M HYDRAULICS<br>PO BOX 846<br>VALDOSTA GA 31603-0846 |
| CREDITOR ID: 254226-12<br>L O L LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL GABLES, FL 33143 | CREDITOR ID: 254227-12<br>L PUGH & ASSOCIATES INC<br>ATTN LARRY E PUGH, PRES<br>10108 NORTH PALAFOX HWY<br>PENSACOLA, FL 32534-1269 | CREDITOR ID: 254228-12<br>L R SYSTEMS<br>LASITS ROHLINE SERVICE INC<br>PO BOX 487<br>103 FORD DR<br>NEW LENOX IL 60451 |
| CREDITOR ID: 405021-95<br>L W GATEWOOD WHOLESALE GROCERY<br>912 E SECOND ST<br>FOREST MS 39074 | CREDITOR ID: 254230-12<br>L W RICHARDSON FLOOR COVERING INC<br>819 NEW FRANKLIN ROAD<br>LAGRANGE GA 30240 | CREDITOR ID: 254231-12<br>L W RUPPEL ELEMENTARY<br>2820 MT KENNEDY DR<br>MARRERO, LA 70072 |
| CREDITOR ID: 1521-07<br>L W SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 254233-12<br>L W T INC<br>PO BOX 300<br>GREER, SC 29652-0300 | CREDITOR ID: 397102-67<br>L&E JEWELRY<br>11241-D SW 40TH STREET<br>MIAMI, FL 33165 |
| CREDITOR ID: 254206-12<br>L&H DISTRIBUTOR<br>ATTN LARRY HAYNES<br>PO BOX 23002<br>JACKSON, MS 39225 | CREDITOR ID: 254234-12<br>L&J GENERAL INTERNATION<br>(EL SEMBRADOR)<br>2424 NW 46TH STREET<br>MIAMI, FL 33142 | CREDITOR ID: 254208-12<br>L&J GENERAL INTERNATIONAL<br>ATTN HADY HERNANDEZ, ACCT REC SPVR<br>2424 NW 46TH ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 254209-12<br>L&L DISTRIBUTORS INC<br>ATTN: R. MARCHESIELLO, PRES<br>1511 NORTH POWERLINE ROAD<br>POMPANO BEACH, FL 33069-1690 | CREDITOR ID: 278909-30<br>L&M COMPANIES INC<br>PO BOX 890474<br>CHARLOTTE, NC 28289-0474 | CREDITOR ID: 254212-12<br>L&R FARMS INC<br>1236 WAYNE POULTRY RD<br>PENDERGRASS, GA 30567 |
| CREDITOR ID: 381895-30<br>L&R FARMS INC<br>C/O SMITH GILLIAM ET AL<br>ATTN BRAD J PATTEN<br>PO BOX 1098<br>GAINESVILLE GA 30503 | CREDITOR ID: 395317-63<br>L. PUGH & ASSOCIATES<br>10108 N. PALAFOX HWY.<br>PENSACOLA, FL 32505 | CREDITOR ID: 2360-07<br>L.R.S. COMPANY<br>903 UNIVERSITY BLVD., N.<br>JACKSONVILLE FL 32211-5527 |
| CREDITOR ID: 267782-14<br>LA 3RD DIST JUDGE S OFF<br>ATTN: SUE BUTLER<br>100 W TEXAS AVE<br>RUSTON LA 71270-4474 | CREDITOR ID: 254235-12<br>LA AUTENTICA FOODS, INC<br>ATTN FABRICE RIVIERE, PRES<br>989 SE 11 PLACE<br>HIALEAH, FL 33010 | CREDITOR ID: 384207-47<br>LA AUTENTICA FOODS, INC<br>989 SE 11 PLACE<br>HIALEAH, FL 33010 |
| CREDITOR ID: 254236-12<br>LA BONITA OLE INC<br>1617 W PLATT STREET<br>TAMPA, FL 33606 | CREDITOR ID: 254237-12<br>LA BREA BAKERY INC<br>PO BOX 7537<br>VAN NUYS CA 91409-7537 | CREDITOR ID: 254238-12<br>LA CAJUN CLASSIC<br>ATTN: LISA CROW, ACCOUNTING<br>PO BOX 1236<br>BENTON, LA 71006 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267783-31<br>LA COOPERATIVE EXTENSION SVCS<br>ATTN: CAROLYN LEPERI<br>8201 W JUDGE PEREZ DR<br>CHALMETTE LA 70043-1611 | CREDITOR ID: 386126-54<br>LA CRUZ, SIXTA DE<br>760 NW 106TH AVENUE<br>MIAMI, FL 33172 | CREDITOR ID: 391307-55<br>LA CRUZ, SIXTA DE<br>C/O RICHARD S WOLFSON, ESQ<br>WOLFSON & GROSSMAN, P.A.<br>11900 BISCAYNE BLVD<br>SUITE 760<br>MIAMI FL 33181 |
| CREDITOR ID: 254239-12<br>LA DEPT OF REVENUE<br>1555 POYDRAS ST STE 900<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 254240-12<br>LA DEPT OF REVENUE & TAXATION<br>PO BOX 80519<br>BATON ROUGE LA 70898-0519 | CREDITOR ID: 254241-12<br>LA DONA FOODS INC<br>PO BOX 138503<br>HIALEAH, FL 33013 |
| CREDITOR ID: 254242-12<br>LA EQUIPMENT SERVICE & SALES<br>PO BOX 131<br>MILLBROOK AL 36054 | CREDITOR ID: 254243-12<br>LA ESPANOLA PRODUCTS<br>ATTN: MAYRA GRABIEL<br>PO BOX 450954<br>MIAMI, FL 33245-0954 | CREDITOR ID: 405022-95<br>LA ESPANOLA PRODUCTS<br>928 NORTHWEST 7TH AVENUE<br>MAYRA GRABIEL<br>MIAMI FL 33136 |
| CREDITOR ID: 267784-14<br>LA FAYETTE CITY OF<br>ATTN: JOHNIE ARNOLD<br>207 S DUKE ST<br>LA FAYETTE GA 30728-2907 | CREDITOR ID: 254244-12<br>LA FERNEY INC<br>2642 SULLIVAN GARDENS PKWY<br>KINGSPORT, TN 37660 | CREDITOR ID: 375810-44<br>LA FINE CAJUN FOODS INC<br>PO BOX 453<br>RAYNE LA 70578 |
| CREDITOR ID: 397104-67<br>LA GARDENIA CORPORATION<br>11425 SW 41 ST STREET<br>MIAMI, FL 33165 | CREDITOR ID: 2336-07<br>LA GATTA, JOHN H.O.<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 | CREDITOR ID: 267785-31<br>LA GRANGE CITY OF<br>ATTN: ANNE WESTMORELAND<br>1514 OLD HUTCHINSON MILL<br>LAGRANGE GA 30240 |
| CREDITOR ID: 2361-07<br>LA GRANGE MARKETPLACE<br>% REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 254245-12<br>LA MURCIANA, INC<br>ATTN MARIA SAEZ & JOSE SAEZ, PRES<br>5534 NW 72ND AVENUE<br>MIAMI, FL 33166 | CREDITOR ID: 254246-12<br>LA OCCUPATIONAL HEALTH SERVICES<br>PO BOX 11767<br>ALEXANDRIA, LA 71315-1767 |
| CREDITOR ID: 254247-12<br>LA OFFICE OF STUDENT FINANCL ASSIST<br>PO BOX 60052<br>NEW ORLEANS LA 70160-0052 | CREDITOR ID: 254248-12<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503 | CREDITOR ID: 2362-07<br>LA PETITE ROCHE GEN PTNRSHP<br>111 CENTER STREET SUITE 1510<br>LITTLE  ROCK AR 72201 |
| CREDITOR ID: 254249-12<br>LA PRINTANIERE MONTESSORI SCHOOL<br>5064 PERKINS ROAD<br>BATON ROUGE LA 70808 | CREDITOR ID: 254250-12<br>LA QUINTA INN & SUITES<br>0597 AIRPORT<br>4730 W SPRUCE STREET<br>TAMPA FL 33607 | CREDITOR ID: 254251-12<br>LA QUINTA INN & SUITES<br>0974 TAMPA/LAKELAND<br>1024 CREVASSE STREET<br>LAKELAND FL 33809 |
| CREDITOR ID: 402086-15<br>LA QUINTA INN ORLANDO/WINTER PARK<br>ATTN OJASH N JARIWALA<br>626 LEE ROAD<br>ORLANDO FL 32810 | CREDITOR ID: 254252-12<br>LA QUINTA INN&SUITES 598 PENSACOLA<br>7750 NORTH DAVIS HWY<br>PENSACOLA FL 32514 | CREDITOR ID: 254253-12<br>LA QUINTA INN&SUITES/ PINELLAS PRK<br>7500 HWY 19 NORTH<br>PINELLAS PARK FL 33781 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 254254-12
LA QUINTA LOUISVILLE
4125 PRESTON HIGHWAY
LOUISVILLE KY 40213

CREDITOR ID: 254255-12
LA QUINTA ORLANDO WINTERPARK
ATTN ROBERT GEDCON, ASST GM
626 LEE ROAD
ORLANDO, FL 32810

CREDITOR ID: 254256-12
LA ROCHE INDUSTRIES INC
ATTN WILLIAM CHAREST, CR MGR
1100 JOHNSON FERRY RD, SUITE 690
ATLANTA, GA 30342

CREDITOR ID: 405023-95
LA ROCHE INDUSTRIES INC
DEPT AT49929
ATLANTA GA 31192-9929

CREDITOR ID: 390399-54
LA ROSA, JUAN DE
504 S.W. 23RD ST. APT #113
GRAND PRAIRIE TX 75051

CREDITOR ID: 391469-55
LA ROSA, JUAN DE
C/O: HARRIS & HARRIS, PC
5300 BEE CAVE RD.
STE.200
AUSTIN TX 78746

CREDITOR ID: 267786-31
LA ROSE LLC
ATTN: SCOTT ROSENFIELD
1609 VAN COUVER ST
WINCHESTER VA 22601-3228

CREDITOR ID: 254257-12
LA SEGUNDA
ATTN: RAYMOND MORE
2512 N 15TH ST
TAMPA, FL 33605-3406

CREDITOR ID: 390393-54
LA TORRES, NORMA DE
47 NW 47TH AVE
APT 10
MIAMI, FL 33126

CREDITOR ID: 391345-55
LA TORRES, NORMA DE
C/O LAW OFFICES OF KIRSHNER & GROFF
5901 SOUTHWEST 74TH STREET
MIAMI FL 33143

CREDITOR ID: 254258-12
LA TORTILLERIA INC
PO BOX 10428
WINSTON SALEM, NC 27108

CREDITOR ID: 405024-95
LA TORTILLERIA INC
2046 ALTHEA STREET
WINSTON SALEM NC 27107

CREDITOR ID: 267787-31
LA VERGNE CITY OF
ATTN: ROBIN GRUBB
294 SANDHILL RD
LA VERGNE TN 37086-2417

CREDITOR ID: 254259-12
LA VISION
195 WEST PIKE ST
SUITE 201
LAWRENCEVILLE, GA 30045

CREDITOR ID: 254261-12
LAB SAFETY SUPPLY
ACCOUNT# 5347564
PO BOX 5004
JANESVILLE WI 53547-5004

CREDITOR ID: 403395-15
LAB SAFETY SUPPLY
ATTN TAMMY BRADLEY
401 S WRIGHT RD
JANESVILLE WI 53546

CREDITOR ID: 254267-12
LAB SAFETY SUPPLY INC
ACCOUNT #5432215
PO BOX 5004
JANESVILLE, WI 53547-5004

CREDITOR ID: 254262-12
LAB SAFETY SUPPLY INC
ACCOUNT # 5497102
PO BOX 5004
JANESVILLE WI 53547-5004

CREDITOR ID: 254269-12
LAB SAFETY SUPPLY INC
ACCOUNT #6044903
PO BOX 5004
JANESVILLE, WI 53547-5004

CREDITOR ID: 389578-54
LABBE, CRYSTAL W
3612 OLD JEANERETTE ROAD
NEW IBERIA, LA 70563

CREDITOR ID: 393248-55
LABBE, CRYSTAL W & SCHOENFELD ET AL
C/O SCHOENFELD, SCHOENFELD ET AL
ATTN ROBERT MORLAS SCHOENFELD, ESQ
810 UNION STREET, SUITE 324
NEW ORLEANS LA 70112

CREDITOR ID: 254270-12
LABEL SYSTEMS
155 INTERNATIONAL
GOLF PARKWAY
ST AUGUSTINE FL 32095

CREDITOR ID: 254271-12
LABEL SYSTEMS INTERNATIONAL
PO BOX 187
ST AUGUSTINE, FL 32085-0187

CREDITOR ID: 254272-12
LABEL TECHNIQUE SOUTHEAST INC
3377 BILL METZGER LANE
PENSACOLA, FL 32514

CREDITOR ID: 406869-MS
LABLANC, JOSEPH
17230 HWY 79
MINDEN LA 71055

CREDITOR ID: 388303-54
LABONTE, PAULINE
50 REGINA BLVD.
BEVERLY HILLS FL 34465

CREDITOR ID: 254273-12
LABOR FINDERS OF VALDOSTA
PO BOX 4745
TAMPA, FL 33677-4745

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267789-14<br>LABOR LCNSING RGLATION SC DEPT<br>ATTN: FRED E STUART<br>3600 FOREST DR STE 101<br>COLUMBIA SC 29204-4057 | CREDITOR ID: 267790-14<br>LABOR LOUISIANA DEPARTMENT<br>ATTN: JOHN HERRING<br>1028 ENTERPRISE BLVD<br>LAKE CHARLES LA 70601-5432 | CREDITOR ID: 254274-12<br>LABOR READY SOUTHEAST INC<br>PO BOX 740435<br>ATLANTA GA 30374-0435 |
| CREDITOR ID: 254275-12<br>LABOR SOLUTIONS INTERNATIONAL INC<br>11075 SOUTH STATE STREET, SUITE 9A<br>SANDY UT 84070 | CREDITOR ID: 254277-12<br>LABREE'S BAKERY<br>PO BOX 555<br>OLD TOWN, ME 04468 | CREDITOR ID: 386359-54<br>LACAZE, DONNA<br>MS. MARIA LOSAVIO,LOSAVIO LAW<br>P.O. BOX 12420<br>ALEXANDRIA LA 71315-2420 |
| CREDITOR ID: 391445-55<br>LACAZE, DONNA<br>C/O: MARIA LOSAVIO<br>FLOURNOY, DOGGETT & LOSAVIO<br>900 FOISY AVE<br>ALEXANDRIA LA 71309 | CREDITOR ID: 254278-12<br>LACHAUNA S LENZY<br>837 FAIRBORN ROAD<br>CINCINNATI OH 45240 | CREDITOR ID: 390251-54<br>LACKEY, CHERYL<br>6050 MELLOW TR<br>MARIANNA FL 32446 |
| CREDITOR ID: 397227-67<br>LACK'S STORES, INC<br>PO BOX 2088<br>VICTORIA, TX 77902 | CREDITOR ID: 389947-54<br>LACONDRATA, MARGARITA<br>4374 CANAL 9 ROAD<br>WEST PALM BEACH, FL 33406 | CREDITOR ID: 254279-12<br>LACOSTE ELEMENTARY SCHOOL<br>1101 E JUDGE PEREZ DR<br>CHALMETTE, LA 70043 |
| CREDITOR ID: 389322-54<br>LACOSTE, DAVID<br>1595 OLD COLUMBUS RD.<br>BOWDON GA 30108 | CREDITOR ID: 393137-55<br>LACOSTE, DAVID<br>C/O: JOHN DUFOUR<br>VAN PELT & DUFOUR<br>527 NEWMAN STREET<br>CARROLLTON GA 30117 | CREDITOR ID: 374126-44<br>LADD, CATHY<br>NOL DIV #1340<br>P.O. BOX 66<br>EUPORA, MS 39744 |
| CREDITOR ID: 383186-53<br>LADEQ<br>PO BOX 4312<br>BATON ROUGE LA 70821 | CREDITOR ID: 254280-12<br>LADEX L L C<br>DEPARTMENT #288501<br>PO BOX 67000<br>DETROIT MI 48267-2885 | CREDITOR ID: 254281-12<br>LADIES LEUKEMIA LEAGUE<br>PO BOX 9355<br>METAIRIE LA 70055 |
| CREDITOR ID: 386446-54<br>LADNER, LYNN<br>12371 ACY LADNER ROAD<br>PASS CHRISTIAN MS 39571 | CREDITOR ID: 391504-55<br>LADNER, LYNN<br>C/O: JASON EMBRY<br>DAVIS & FENDER<br>P.O. DRAWER 6829<br>GULFPORT MS 39506 | CREDITOR ID: 254282-12<br>LADY HICO<br>308 2ND AVENUE NORTH<br>BIRMINGHAM AL 35204 |
| CREDITOR ID: 254283-12<br>LADYBUGS MAINTENANCE INC<br>ATTN DOUG L TERRO, SEC/TREAS<br>PO BOX 60351<br>LAFAYETTE LA 70596-0351 | CREDITOR ID: 254284-12<br>LADYBUGS PARKING LOT SWEEP<br>4300 CAMERON STREET<br>LAFAYETTE, LA 70506 | CREDITOR ID: 254285-12<br>LAFARGUE ELEMENTARY<br>3366 HWY 107<br>EFFIE, LA 71331 |
| CREDITOR ID: 254286-12<br>LAFAVORS BODY SHOP & TOWING<br>ROUTE 1 BOX 180<br>HELENA GA 31037 | CREDITOR ID: 254287-12<br>LAFAYETTE CHRISTIAN ACADEMY<br>223 STONE AVE<br>LAFAYETTE, LA 70507 | CREDITOR ID: 267792-31<br>LAFAYETTE CITY PARISH CONSOL<br>ATTN: STEPHEN RAINEY<br>1210 WALKER RD<br>LAFAYETTE LA 70506-1120 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 267791-14
LAFAYETTE CITY PARISH CONSOL
ATTN: DALE DUPRE
705 W UNIVERSITY AVE
LAFAYETTE LA 70506-3543

CREDITOR ID: 254289-12
LAFAYETTE CONSOLIDATED GOVERMENT
PO BOX 4308
LAFAYETTE, LA 70502

CREDITOR ID: 254288-12
LAFAYETTE CONSOLIDATED GOVERMENT
PROPERTY TAX
ATTN LISA CHIASSON, CUST SERV ADMIN
PO BOX 4024
LAFAYETTE LA 70502

CREDITOR ID: 375817-44
LAFAYETTE CONSOLIDATED GOVERNMENT
ATTN LISA CHIASSON
PO BOX 4024
LAFAYETTE, LA 70502-4024

CREDITOR ID: 382759-51
LAFAYETTE DAILY ADVERTISER
PO BOX 3268
LAFAYETTE, LA 70502

CREDITOR ID: 254291-12
LAFAYETTE HIGH SCHOOL
3000 W CONGRESS ST
LAFAYETTE, LA 70506

CREDITOR ID: 254292-12
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE, IN 47903

CREDITOR ID: 1523-07
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE, IN 47903

CREDITOR ID: 254293-12
LAFAYETTE LOCKSMITH SERVICE INC
411 KALLSTE SALOOM ROAD
LAFAYETTE, LA 70508

CREDITOR ID: 254294-12
LAFAYETTE MIDDLE SCHOOL
1301 W UNIVERSITY AVE
YOUNGSVILLE LA 70506

CREDITOR ID: 267793-14
LAFAYETTE PARISH ASSESSOR
ATTN: ELLIS DUPLEIX
1010 LAFAYETTE ST
LAFAYETTE LA 70501-6859

CREDITOR ID: 254295-12
LAFAYETTE PARISH DISTRICT ATTORNEY
PO BOX 3306
LAFAYETTE, LA 70502

CREDITOR ID: 254297-12
LAFAYETTE PARISH SHERIFF & TAX COLL
PO BOX 92590
PROPERTY TAX
LAFAYETTE LA 70509-2590

CREDITOR ID: 254298-12
LAFAYETTE PARISH SHERIFF DEPT
ATTN GARNISHMENTS
P O DRAWER 3508
LAFAYETTE LA 70502

CREDITOR ID: 254299-12
LAFAYETTE POLICE DEPT
ATN ALARM ENFORCEMENT
PO BOX 4308
LAFAYETTE LA 70502

CREDITOR ID: 267794-14
LAFAYTT CNTY TX ASSESSR CLLECT
ATTN: MARTHA THORTON
300 N LAMAR BLVD STE 103
OXFORD MS 38655-3248

CREDITOR ID: 254300-12
LAFE TROPICAL FOOD
868 NW 21 TERR
MIAMI, FL 33127

CREDITOR ID: 406870-MS
LAFEVER, DAN G
2401 NEVADA BLVD
CHARLOTTE NC 28273

CREDITOR ID: 400790-91
LAFEVER, DAN G
2401 NEVADA BLVD
CHARLOTTE NC 28273

CREDITOR ID: 406871-MS
LAFFERTY, RUSSELL A.
121 CHOO CHOO LANE
VALRICO FL 33594

CREDITOR ID: 254301-12
LAFLEURS SAFE AND LOCK
222 E PINHOOK ROAD
LAFAYETTE LA 70501

CREDITOR ID: 388123-54
LAFONTAINE, ALVIN
12171 KENT AVENUE
GULFPORT MS 39503

CREDITOR ID: 406268-15
LAFONTAINE, GENEVIEVE
C/O LABOUDETTE LAW FIRM, LLC
ATTN SCOT J LABOURDETTE, ESQ
1100 POYDRAS STREET, SUITE 2900
NEW ORLEANS LA 70163

CREDITOR ID: 267795-31
LAFOUNTAIN LAND DEVELOPMENT
ATTN: PATRISHA LAFOUNTAIN
5012 W CYPRESS ST
TAMPA FL 33607-3804

CREDITOR ID: 267797-14
LAFOURCHE PARISH ASSESSORS OFF
ATTN: MIKE H MARTIN
403 SAINT LOUIS ST
THIBODAUX LA 70301-3136

CREDITOR ID: 267796-14
LAFOURCHE PARISH ASSESSORS OFF
ATTN: MICHAEL MARTAIN
HWY 1
GALLIANO LA 70354

CREDITOR ID: 254302-12
LAFOURCHE PARISH SCH BRD
PO BOX 997
SALES TAX DEPT
THIBODAUX, LA 70302-0997

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241099-11<br>LAFOURCHE PARISH SCHOOL BOARD<br>SALES & USE TAX DEPT.<br>PO BOX 997<br>THIBODAUX, LA 70302-0997 | CREDITOR ID: 267798-14<br>LAFOURCHE PARISH SCHOOL BOARD<br>ATTN: ELMO BROUSSARD<br>805 E 7TH ST<br>THIBODAUX LA 70301-3606 | CREDITOR ID: 254303-12<br>LAFOURCHE PARISH WATER<br>PO BOX 399<br>LOCKPORT, LA 70374-0399 |
| CREDITOR ID: 381336-47<br>LAFRANCE MOBLEY<br>20701 NW 17TH AVENUE<br>APT 104<br>MIAMI, FL 33050 | CREDITOR ID: 406872-MS<br>LAGARD, KAREN<br>71 CORAL STREET<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 2337-07<br>LAGATTA, JOHN<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 |
| CREDITOR ID: 389681-54<br>LAGOS, JOELA M<br>2430 NW 33RD ST<br>MIAMI, FL 33142 | CREDITOR ID: 393329-55<br>LAGOS, JOSELA M<br>C/O SUAREZ & ASSOCIATES PA<br>ATTN JAIME SUAREZ<br>351 NW LEJUNE ROAD, STE 201<br>MIAMI FL 33126 | CREDITOR ID: 254304-12<br>LAGRANGE DAILY NEWS<br>PO BOX 6306<br>SPARTANBURG, SC 29304 |
| CREDITOR ID: 254305-12<br>LAGRANGE ELEMENTARY<br>2129 CHATSWORTH RD<br>FRANKLIN, LA 70538 | CREDITOR ID: 254306-12<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 |
| CREDITOR ID: 254307-12<br>LAHOMA GRAHAM<br>106 RENEE LANE<br>SYLVESTER GA 31791 | CREDITOR ID: 246598-12<br>LAICHE, COLBY M<br>3576 NICOLE STREET<br>PAULINA LA 70763 | CREDITOR ID: 254308-12<br>LAIDLAW CORPORATION<br>ATTN: TIMOTHY ALLEN, VP CFO<br>PO BOX 60200<br>SAINT LOUIS, MO 63160-0001 |
| CREDITOR ID: 405026-95<br>LAIDLAW CORPORATION<br>ATTN KATHY<br>6625 N SCOTTSDALE RD<br>SCOTTSDALE AZ 85250 | CREDITOR ID: 390267-54<br>LAINE, LESLIE<br>12902 COLLEGE HILL DRIVE<br>HUDSON FL 34667 | CREDITOR ID: 389301-54<br>LAING, MARGARET<br>3641 HIGHWAY 1950<br>LOT 420<br>PERRY FL 32348 |
| CREDITOR ID: 393125-55<br>LAING, MARGARET<br>C/O: KARL T. GREEN<br>HARDESTY, TYDE AND GREEN, PA<br>4004 ALTANTIC BLVD.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 254309-12<br>LAIRD CLINIC<br>103 DOCTORS PARK<br>STARKVILLE MS 39759 | CREDITOR ID: 254310-12<br>LAIRD PLASTICS INC<br>PO BOX 751298<br>CHARLOTTE, NC 28275-1298 |
| CREDITOR ID: 254311-12<br>LAISVYDAS BLIUJUS<br>135 MIRACLE STRIP PKWY<br>APT# 204<br>FORT WALTON BEACH FL 32541 | CREDITOR ID: 389098-54<br>LAITAILLE, KERREN<br>5280 20TH PLACE SW<br>NAPLES, FL 34116 | CREDITOR ID: 392987-55<br>LAITAILLE, KERREN<br>C/O: MARC SHAPIRO<br>LAW OFFICE OF MARC SHAPIRO<br>720 GOODLETTE RD., NORTH<br>SUITE 304<br>NAPLES FL 34102 |
| CREDITOR ID: 254312-12<br>LAKE APOPKA NATURAL GAS DISTRICT<br>PO BOX 783007<br>WINTER GARDEN, FL 34778-3007 | CREDITOR ID: 405027-95<br>LAKE APOPKA NATURAL GAS DISTRICT<br>PO BOX 771275<br>WINTER GARDEN FL 34777-1275 | CREDITOR ID: 254313-12<br>LAKE ASBURY ELEMENTARY SCHOOL<br>2901 SANDRIDGE ROAD<br>GREEN COVE SPRINGS FL 32043 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 267799-31
LAKE BARCROFT WATERSHED
ATTN: LEONARD A ALNE
6234 LAKEVIEW DR
FALLS CHURCH VA 22041-1322

CREDITOR ID: 267801-31
LAKE BORGNE BASIN LEVEE DIST
ATTN: ROBERT TURNER
3701 BARTOLO DR
MERAUX LA 70075

CREDITOR ID: 267800-31
LAKE BORGNE BASIN LEVEE DIST
ATTN: GEORGE LOPEZ
6136 E SAINT BERNARD HWY
VIOLET LA 70092-2902

CREDITOR ID: 267802-31
LAKE BORNGE BASIN LEVEE DST
ATTN: DAN CALUDA
3616 BAYOU RD
SAINT BERNARD LA 70085-4404

CREDITOR ID: 254314-12
LAKE CASTLE PARENTS CLUB
1322 WOODMERE DRIVE
MADISONVILLE, LA 70471

CREDITOR ID: 267803-31
LAKE CHARLES CITY OF
ATTN: GENE MEVIS
4331 BROAD ST
LAKE CHARLES LA 70615-3905

CREDITOR ID: 254315-12
LAKE COUNTRY AREA AGENCY ON AGING
1105 WEST DANVILLE STREET
SOUTH HILL VA 23970

CREDITOR ID: 267804-14
LAKE COUNTY PROPERTY APPRAISER
ATTN: BARBARA A WILSON
912 AVENIDA CENTRAL
LADY LAKE FL 32159-5704

CREDITOR ID: 254316-12
LAKE COUNTY TAX COLLECTOR
PO BOX 327
PROPERTY TAX
TAVARES FL 32778-0327

CREDITOR ID: 254317-12
LAKE CUMBERLAND MEDICAL ASSOC
350 HOSPITAL WAY
SOMERSET, KY 42503

CREDITOR ID: 262842-12
LAKE DOCTORS INC, THE
3523 STATE ROAD 419
WINTER SPRINGS, FL 32708

CREDITOR ID: 254319-12
LAKE FOREST MONTESSORI SCHOOL
8258 LAKE FOREST
NEW ORLEANS, LA 70126

CREDITOR ID: 254320-12
LAKE HARBOR MIDDLE SCHOOL
1700 VIOLA STREET
MANDEVILLE, LA 70448

CREDITOR ID: 403327-83
LAKE HEALTH CARE CENTER. INC.
910 MT. HOMER RD.
EUSTIS FL 32726-6398

CREDITOR ID: 2363-07
LAKE JACKSON TRADING POST
151 SAWGRASS CORNERS DRIVE, SUITE 2
PONTE VEDRA BEACH, FL 32082-1929

CREDITOR ID: 267805-31
LAKE JAMES POINTE DEVELOPMENT
ATTN: ROBERT G MORRIS
1341 FOREST LAKE HEIGHTS DR
NEBO NC 28761-9554

CREDITOR ID: 267806-31
LAKE LOTUS PARK
ATTN: BILL MCCOMBS
1153 LAKE LOTUS PARK RD
ALTAMONTE SPRINGS FL 32714-3550

CREDITOR ID: 254322-12
LAKE MARY HIGH SCHOOL COLOR GUARD
1765 TORRINGTON CIRCLE
LONGWOOD, FL 32750

CREDITOR ID: 254323-12
LAKE MARY LIMITED PARTNERSHIP
C/O EQUITY INVESTMENT GROUP
111 EAST WAYNE STREET STE 500
FORT WAYNE, IN 46802

CREDITOR ID: 254324-12
LAKE PARK AREA CHAMBER OF COMMERCE
VISITORS CENTER
PO BOX 278
LAKE PARK GA 31636

CREDITOR ID: 254325-12
LAKE PARK ELEMENTARY
410 3RD STREET
LAKE PARK, FL 33403

CREDITOR ID: 381896-30
LAKE PLACID GROVES LLC
C/O JENNIS & BOWEN
ATTN: DAVID S JENNIS
400 N ASHLEY DR, STE 2540
TAMPA FL 33602

CREDITOR ID: 278910-30
LAKE PLACID GROVES LLC
PO BOX 1005
LAKE PLACID, FL 33862-1005

CREDITOR ID: 254327-12
LAKE SHORE HOSPITAL INC
C/O JOSEPH W MAY
2699 STIRLING ROAD
SUITE A-302
FT LAUDERDALE, FL 33312

CREDITOR ID: 254328-12
LAKE STREET PUBLISHING
ATTN LAURA L TURNER, OWNER
330 N SUMMIT ST
CRESCENT CITY, FL 32112

CREDITOR ID: 254329-12
LAKE SUN PROPERTIES LTD
55 E MONROE
STE 1890
C/O ATLAS PARTNERS LLC
CHICAGO, IL 60603

CREDITOR ID: 1527-07
LAKE SUN PROPERTIES LTD
ATTN ROGER F RUTTENBERG,GEN PARTNER
55 E MONROE, STE 1890
CHICAGO, IL 60603-2390

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267807-31<br>LAKE WORTH COMMUNITY DEV CORP<br>ATTN: RONNA FELBER<br>1701 WINGFIELD ST<br>LAKE WORTH FL 33460-5583 | CREDITOR ID: 254330-12<br>LAKE WORTH HIGH SCHOOL<br>1701 LAKE WORTH ROAD<br>LAKE WORTH FL 33460 | CREDITOR ID: 242628-12<br>LAKE, ASHLEY<br>26 PLANTATION CREEK ROAD<br>FORTSON GA 31808 |
| CREDITOR ID: 389592-54<br>LAKE, PATRICIA<br>818 SW TUSTENUGGEE AVE<br>LAKE CITY, FL 32025 | CREDITOR ID: 389592-54<br>LAKE, PATRICIA<br>RT 6 BOX 456<br>LAKE CITY, FL 32025 | CREDITOR ID: 254331-12<br>LAKEITHA ADAMS<br>1761 MARIA DRIVE<br>JACKSON MS 39204 |
| CREDITOR ID: 254332-12<br>LAKELAND ALL STARS<br>1444 COVEY CIRCLE SOUTH<br>LAKELAND FL 33809 | CREDITOR ID: 2364-07<br>LAKELAND ASSOCIATES, L.P.<br>314 S MISSOURI AVE  STE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 254333-12<br>LAKELAND COAST GAS<br>2228 E MAIN STREET<br>LAKELAND, FL 33801-2470 |
| CREDITOR ID: 267808-31<br>LAKELAND DOWNTOWN DEV AUTH<br>ATTN: ANNE FURR<br>228 S MASSACHUSETTS AVE<br>LAKELAND FL 33801-5012 | CREDITOR ID: 254334-12<br>LAKELAND LEDGER PUBLISHING<br>PO BOX 913004<br>ORLANDO FL 32891-3004 | CREDITOR ID: 254335-12<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD, PA 19317-0999 |
| CREDITOR ID: 254336-12<br>LAKELAND RUBBER STAMP CO INC<br>PO BOX 372<br>LAKELAND, FL 33802-0372 | CREDITOR ID: 254337-12<br>LAKEPOINT FAMILY MED CENTER<br>3303 S SEMORAN BLVD<br>ORLANDO, FL 32822 | CREDITOR ID: 385173-54<br>LAKES LC, YDB THREE<br>1991 NE 163RD STREET<br>NORTH MIAMI, FL 33141 |
| CREDITOR ID: 384209-47<br>LAKESHORE CLINIC PC<br>1026 SOUTH EUFAULA AVE<br>EUFAULA, AL 36027 | CREDITOR ID: 405028-95<br>LAKESHORE CLINIC PC<br>836 W WASHINGTON<br>EUFAULA AL 36027 | CREDITOR ID: 405029-95<br>LAKESHORE INC USA<br>1030 VICTORY TRAIL RD<br>GAFFNEY SC 29340 |
| CREDITOR ID: 406014-97<br>LAKESHORE INC USA<br>ATTN: ROSEMARY HERR, CONTR<br>2350 FOURTH AVENUE<br>JORDAN STATION ON L0R 1S0<br>CANADA | CREDITOR ID: 278911-30<br>LAKESHORE INC USA<br>PO BOX 612<br>LEWISTON, NY 14092-0612 | CREDITOR ID: 254342-12<br>LAKESIDE FAMILY PRACTICE<br>PO BOX 6<br>CRESCENT CITY, FL 32112 |
| CREDITOR ID: 254343-12<br>LAKESIDE FOOD SALES INC<br>ATTN: TODD CHROMON<br>1358 BUSCH PARKWAY<br>BUFFALO GROVE IL 60089 | CREDITOR ID: 405030-95<br>LAKESIDE FOODS INC<br>BOX 78203<br>MILWAUKEE WI 53278-0203 | CREDITOR ID: 254344-12<br>LAKESIDE FOODS INC<br>BOX 88933<br>MILWAUKEE, WI 53288-0933 |
| CREDITOR ID: 406145-15<br>LAKESIDE FOODS, INC<br>ATTN CAROL A GLAESER<br>808 HAMILTON STREET<br>PO BOX 1327<br>MANITOWOC WI 54221-1327 | CREDITOR ID: 405031-95<br>LAKESIDE MILLS INC<br>P O BOX 1070<br>YELTON MILLING DIV<br>CHARLOTTE NC 28201-1070 | CREDITOR ID: 254345-12<br>LAKESIDE MILLS, INC<br>DEPT CODE 196<br>PO BOX 32849<br>CHARLOTTE NC 28232-2849 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381929-15<br>LAKESIDE MILLS, INC<br>ATTN BRYAN KING<br>PO BOX 230<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 254346-12<br>LAKESIDE OCCUPATION MEDICAL<br>ATTN DEBRA TAUCHER<br>1400 EAST BAY DRIVE<br>LARGO, FL 33771 | CREDITOR ID: 254347-12<br>LAKEVIEW FARMS INC<br>ATTN: RONALD MOENING, PRES<br>PO BOX 631379<br>CINCINNATI, OH 45263-1379 |
| CREDITOR ID: 254348-12<br>LAKEWOOD ASSOCIATES LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 278507-24<br>LAKEWOOD ASSOCIATES LTD<br>701 BRICKELL AVENUE<br>SUITE 1400<br>MIAMI FL 33131 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 |
| CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 254349-12<br>LAKEWOOD CENTER<br>WALK FOR LAKEWOOD<br>8400 LA AMISTAD COVE<br>LAKE FERN FL 32730 | CREDITOR ID: 254350-12<br>LAKEWOOD ELEMENTARY<br>501 E HEATHER DR<br>LULING, LA 70070 |
| CREDITOR ID: 254351-12<br>LAKISHA T KORNEGAY<br>251 WHITETAIL CIRCLE<br>HINESVILLE GA 31313 | CREDITOR ID: 406873-MS<br>LALLEMENT, JAMES C.<br>488 GOLDEN WOOD WAY<br>WEST PALM BEACH FL 33414 | CREDITOR ID: 381390-47<br>LALUMIERE, PHILIPPE L<br>2678 NW 65TH AVE<br>MARGATE, FL 33063 |
| CREDITOR ID: 406874-MS<br>LAM, TAI T.<br>5501 UNIVERSITY CLUB BLVD, APT # 168<br>JACKSONVILLE FL 32277-1448 | CREDITOR ID: 267809-31<br>LAMAR CNTY WATER & FIRE<br>ATTN: HAROLD SUDDITH<br>1813 COUNTY RD 9<br>VERNON AL 35592 | CREDITOR ID: 254352-12<br>LAMAR COUNTY TAX COLLECTOR<br>PO BOX # 1170<br>VERNON, AL 35592-1170 |
| CREDITOR ID: 317966-42<br>LAMAR COUNTY TAX COLLECTOR<br>PO BOX 492<br>VERNON AL 35592-0492 | CREDITOR ID: 254354-12<br>LAMAR COUNY GAS DISTRICT<br>PO BOX 572<br>VERNON AL 35592 | CREDITOR ID: 254355-12<br>LAMAR GOODMAN<br>247 GEEN MERRITT ROAD<br>WRAY, GA 31798 |
| CREDITOR ID: 267810-31<br>LAMAR PARK WATER & SEWER ASSN<br>ATTN: CARL HODGES<br>2137 OAK GROVE RD<br>HATTIESBURG MS 39402-1461 | CREDITOR ID: 254356-12<br>LAMAR WILKINSON<br>2015 WOODBERRY RUN DRIVE<br>SNELLVILLE GA 30078 | CREDITOR ID: 385597-54<br>LAMARTINA, JOSEPH WAYNE<br>2350 KERRIDALE ST<br>DELTONA, FL 32725 |
| CREDITOR ID: 390889-55<br>LAMARTINA, JOSEPH WAYNE<br>C/O T A VAUGHAN/K C MAXWELL<br>CITY CENTRE BLDG, SUITE 500<br>205 EAST CENTRAL BLVD<br>ORLANDO FL 32801 | CREDITOR ID: 254357-12<br>LAMB FOUNDATION OF NC INC<br>5908 MARSAILLES COURT<br>CHARLOTTE, NC 28277 | CREDITOR ID: 254358-12<br>LAMB GROUP LLC<br>PO BOX 638<br>LUMBERTON, NC 28359 |
| CREDITOR ID: 254359-12<br>LAMB WESTON INC<br>PO BOX 70075<br>CHICAGO, IL 60673-0075 | CREDITOR ID: 254360-12<br>LAMB WESTON, INC<br>PO BOX 905249<br>CHARLOTTE, NC 28290-5249 | CREDITOR ID: 405032-95<br>LAMB WESTON, INC.<br>ATTN LESLIE BEACH<br>599 SOUTH RIVERSHORE LANE<br>EAGLE ID 83616-4979 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387634-54<br>LAMBERSON, BRANDON<br>306 50TH AVENUE PLAZA EAST<br>BRADENTON FL 34203 | CREDITOR ID: 389216-54<br>LAMBERT, BILLY<br>8380 SHADY ESTATES CR<br>NEW SALISBURY IN 47161 | CREDITOR ID: 387508-54<br>LAMBERT, GLENN<br>451 SW 165TH STREET<br>OCALA FL 34473 |
| CREDITOR ID: 387504-54<br>LAMBERT, LINDA<br>15042 MAPLE TREE DRIVE<br>NAPLES FL 34114 | CREDITOR ID: 388384-54<br>LAMBERT, RICHARD<br>8019 GREEN CASTLE DRIVE<br>CHARLOTTE, NC 28210 | CREDITOR ID: 392485-55<br>LAMBERT, RICHARD<br>C/O: LARRY E. PRICE<br>PRICE, SMITH, HARGETT, PETHO & ANDERSON<br>1430 ELIZABETH AVENUE<br>CHARLOTTE NC 28204 |
| CREDITOR ID: 392817-55<br>LAMBETH, CARL<br>C/O: MICHAEL F. SUTTON<br>MORGAN, COLLING & GILBERT<br>20 N. ORANGE AVE<br>P.O. BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 381897-30<br>LAMB-WESTON<br>C/O MARTYN & ASSOCIATES<br>ATTN: MARK AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 | CREDITOR ID: 254361-12<br>LAMENDA SIMMONS<br>76 ROCKY SPRINGS ROAD<br>TYLERTOWN MS 39667 |
| CREDITOR ID: 254362-12<br>LAMI PRODUCTS COMPANY<br>543 DAVISVILLE ROAD<br>WILLOW GROVE, PA 19090 | CREDITOR ID: 254363-12<br>LAMM RUBENSTONE TOTARO & DAVID LLC<br>IRONEES CO<br>PO BOX 8544<br>BENSALEM PA 19020-8544 | CREDITOR ID: 254364-12<br>LAMON CROCKETT<br>6703 PATTERSON DRIVE<br>NEW ORLEANS LA 70131 |
| CREDITOR ID: 254365-12<br>LAMONT KIRKPATRICK<br>8554 MOSS POINTE TRAIL S<br>JACKSONVILLE FL 32244 | CREDITOR ID: 391625-55<br>LAMOUR, JOEL<br>C/O: PAUL E. SUSS ESQ.<br>20826 W. DIXIE HWY<br>AVENTURA FL 33180 | CREDITOR ID: 389689-54<br>LAMOUREUX, STEVEN<br>50 NE 35TH CT, APT 7<br>POMPANO BEACH, FL 33064 |
| CREDITOR ID: 254366-12<br>LAMP SALES UNLIMITED INC<br>PO BOX 23456<br>JACKSONVILLE, FL 32241 | CREDITOR ID: 388323-54<br>LAMPO, LINDA<br>PO BOX 162<br>ABITA SPRINGS LA 70420 | CREDITOR ID: 279101-32<br>LAMSON, DUGAN AND MURRAY LLP<br>19306 REGENCY PARKWAY DRIVE<br>OMAHA NE 68314-3743 |
| CREDITOR ID: 406875-MS<br>LAMUN, ROBERT E. (JOYCE)<br>3410 N. CITRUS CIRCLE<br>TAMPA FL 32798 | CREDITOR ID: 267811-31<br>LANCASTER CITY ADMINISTRATION<br>ATTN: TERESA MEEKS<br>216 S CATAWBA ST<br>LANCASTER SC 29720-2465 | CREDITOR ID: 267812-31<br>LANCASTER CNTY WTR SWER TRTMNT<br>ATTN: MARK E KNIGHT<br>7864 RIVER RD<br>FORT MILL SC 29715-9693 |
| CREDITOR ID: 2365-RJ<br>LANCASTER COMMUNITY INVESTORS<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | CREDITOR ID: 385663-54<br>LANCASTER, BETTY<br>837 N LAKESHORE BLVD<br>LAKE WALES, FL 33898 | CREDITOR ID: 390949-55<br>LANCASTER, BETTY<br>C/O: E. BLAKE PAUL<br>PETERSON & MYERS, P.A.<br>P.O. BOX 24628<br>LAKELAND FL 33803 |
| CREDITOR ID: 254368-12<br>LANCE INC<br>PO BOX 473517<br>CHARLOTTE, NC 28247-3517 | CREDITOR ID: 254370-12<br>LANCE L STEWART ATTORNEY<br>6791 SIWELL RD<br>STE C<br>JACKSON MS 39272 | CREDITOR ID: 403223-92<br>LANCE W. SHINDER, ESQ.<br>LANCE W SHINDER PA<br>2300 GLADES ROAD<br>BOCA RATON FL 33431 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406876-MS<br>LANCE, CLYDE W.<br>P.O. BOX 305<br>WASHINGTON GA 30673 | CREDITOR ID: 387526-54<br>LANCE, FRANCES<br>1917 JULIAN RIDGE ROAD<br>CHATTANOOGA TN 37421 | CREDITOR ID: 392033-55<br>LANCE, FRANCES<br>C/O ROBERT HARRISS<br>HARRISS & HARTMAN LAW FIRM<br>200 MCFARLAND BUILDING<br>P.O. DRAWER 220<br>ROSSVILLE GA 30741 |
| CREDITOR ID: 315679-36<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE NC 28202 | CREDITOR ID: 254371-12<br>LANCER P SMITH<br>6917 FALLS CHURCH COURT<br>SPANISH FORT AL 36527 | CREDITOR ID: 406877-MS<br>LANCLOS, JOE L.<br>841 OLD SCHOOL ROAD<br>ARNAUDVILLE LA 70512 |
| CREDITOR ID: 1531-07<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BCH, FL 32937 | CREDITOR ID: 254372-12<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BEACH, FL 32937 | CREDITOR ID: 254373-12<br>LAND DEVELOPMENT ANALYSIS INC<br>91 W WIEUCA ROAD<br>ATLANTA, GA 30342 |
| CREDITOR ID: 267813-31<br>LAND MANAGEMENT & DESIGN LLC<br>ATTN: CHARLES D JONES<br>17A ROYAL ST SE<br>LEESBURG VA 20175-3015 | CREDITOR ID: 267814-31<br>LAND MANAGEMENT & DEVELOPMENT<br>ATTN: DAN MIKKELSON<br>217 S MAIN ST<br>SALISBURY NC 28144-4943 | CREDITOR ID: 267815-31<br>LAND MUNICIPAL SOLID WASTE<br>ATTN: HAROLD GILLESPIE<br>4244 INTERNATIONAL PKWY<br>ATLANTA GA 30354-3906 |
| CREDITOR ID: 254374-12<br>LAND O FROST INC<br>PO BOX 353<br>LANSING, IL 60438-0353 | CREDITOR ID: 254375-12<br>LAND O LAKES INC<br>PO BOX 409564<br>ATLANTA, GA 30384-9564 | CREDITOR ID: 405033-95<br>LAND O LAKES INC<br>CROSSMARK<br>8375 DIX ELLIS TRAIL #104<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 267816-31<br>LAND OF SKY REGIONAL COUNCIL<br>ATTN: JIM STOKOE<br>25 HERITAGE DR<br>ASHEVILLE NC 28806-1914 | CREDITOR ID: 279028-32<br>LAND O'LAKES, INC.<br>DAIRY FOODS CREDIT DEPARTMENT<br>ATTN: SIMON SANCHEZ<br>SENIOR CREDIT ANALYST<br>PO BOX 64101<br>ST. PAUL MN 55164-0101 | CREDITOR ID: 267817-31<br>LAND TRUST OF VIRGINIA<br>ATTN: JIM RICH<br>1461 ATOKA RD<br>MARSHALL VA 20115-3504 |
| CREDITOR ID: 243036-12<br>LAND, BARBARA E<br>18824 NE 2ND AVENUE<br>MIAMI, FL 33179 | CREDITOR ID: 406878-MS<br>LAND, RONALD H.<br>306 WELLINGTON DR.<br>MOOSE SC 29369 | CREDITOR ID: 254377-12<br>LANDAMERICA<br>10550 DEERWOOD PARK BLVD<br>SUITE 309<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 254378-12<br>LANDAMERICA FINANCIAL GROUP INC<br>ATTN DEBORAH GOODMAN<br>3350 RIVERWOOD PARKWAY<br>SUITE 1895<br>ATLANTA, GA 30339 | CREDITOR ID: 254379-12<br>LANDER CO<br>PO BOX 827035<br>PHILADELPHIA PA 19182-7035 | CREDITOR ID: 267818-31<br>LANDFILL COUNTY OF FLUVANNA<br>ATTN: FRITZ FRANKIE<br>RR 6<br>FORK UNION VA 23055 |
| CREDITOR ID: 267819-31<br>LANDFILL MANAGEMENT INC<br>ATTN: TOMMY HENDRIX<br>109 LANDFILL RD<br>LELAND MS 38756 | CREDITOR ID: 254380-12<br>LANDING STATION<br>C/O E & A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1532-07<br>LANDING STATION<br>C/O E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254381-12<br>LANDIS PLASTICS INC<br>PO BOX 633485<br>CINCINNATI OH 45263-3485 | CREDITOR ID: 406879-MS<br>LANDIS, HAMLIN A<br>5913 BRUSHWOOD CT<br>RALEIGH NC 27612 | CREDITOR ID: 375830-44<br>LANDMARK<br>PO BOX 549<br>SHELBYVILLE KY 40066 |
| CREDITOR ID: 254382-12<br>LANDMARK COMMUNITY NEWSPAPERS<br>PO BOX 1118<br>SHELBYVILLE, KY 40066-1118 | CREDITOR ID: 405034-95<br>LANDMARK COMMUNITY NEWSPAPERS<br>PO BOX 549<br>SHELBYVILLE KY 40066-0549 | CREDITOR ID: 315861-40<br>LANDMARK ENTERPRISES<br>C/O DENNIS COLEMAN<br>(REALTY & INVESTMENT)<br>PO BOX 9306<br>COLUMBUS, MS 39705 |
| CREDITOR ID: 254384-12<br>LANDMARK SIGN CO INC<br>723 NORTH PERRY STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 385354-54<br>LANDON, NORMAN<br>1008 NE 10TH STREET<br>HALLANDALE, FL 33009 | CREDITOR ID: 390662-55<br>LANDON, NORMAN<br>C/O: EDWARD H ZEBERSKY<br>ZEBERSKY & PAYNE, LLP<br>4000 HOLLYWOOD BLVD.<br>SUITE 400N<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 407608-15<br>LAND-O-SUN DAIRIES, LLC<br>D/B/A PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 385800-54<br>LANDRIN, JOHANNY<br>6790 SW 113 PL<br>MIAMI, FL 33173 | CREDITOR ID: 391065-55<br>LANDRIN, JOHANNY<br>C/O ILANA D RUIZ, PA<br>ATTN ILIANA D RUIZ, ESQ<br>9100 SOUTH DADELAND BLVD, SUITE 402<br>MIAMI FL 33156 |
| CREDITOR ID: 394059-61<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>3822 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS, LA 70122-4565 | CREDITOR ID: 254385-12<br>LANDRY MIDDLE SCHOOL<br>108 TIGER CIRCLE<br>HAHNVILLE, LA 70057 | CREDITOR ID: 248385-12<br>LANDRY, DONZETTA L<br>PO BOX 2146<br>C/O DENTON COUNTY CHILD SUPPORT<br>DENTON, TX 76202 |
| CREDITOR ID: 385156-54<br>LANDRY, EDDIE<br>2207 CARMEL DR<br>LAFAYETTE, LA 70501 | CREDITOR ID: 395549-15<br>LANDRY, EDDIE<br>C/O L CLAYTON BURGESS LAW OFFICES<br>ATTN G SHELLY MATURIN II<br>PO DRAWER 5250<br>LAFAYETTE LA 70502 | CREDITOR ID: 390506-55<br>LANDRY, EDDIE<br>C/O: MR. KIM HAYES<br>KIM HAYES PLC<br>P.O. DRAWER 369<br>CROWLEY LA 70527 |
| CREDITOR ID: 406880-MS<br>LANDRY, IRVIN L<br>19426 CHAMPIONS CIR<br>GULPORT MS 39503 | CREDITOR ID: 399316-81<br>LANDRY, JR, RAY<br>PO BOX 811<br>LIVONIA, LA 70755 | CREDITOR ID: 387419-54<br>LANDRY, LINDA K<br>91 EARL DUBUISSON ROAD<br>CARRIERE, MS 39426 |
| CREDITOR ID: 385635-54<br>LANDRY, RAY JR<br>PO BOX 811<br>LIVONIA, LA 70755 | CREDITOR ID: 390926-55<br>LANDRY, RAY JR<br>C/O: DENISE A. VINET<br>VINET & VINET<br>11817 BRICKSOME AVE<br>SUITE A<br>BATON ROUGE LA 70816 | CREDITOR ID: 386551-54<br>LANDRY, TAMMY<br>2757 ERIN DRIVE<br>MARRERO LA 70072 |
| CREDITOR ID: 395678-65<br>LANDSCAPE ARTS, INC.<br>PO BOX 22653<br>CHATTANOOGA, TN 37422 | CREDITOR ID: 254387-12<br>LANDSCAPE PLUS<br>4104 W WHITE ROAD, SUITE 103<br>PO BOX 445<br>OAKWOOD, GA 30566 | CREDITOR ID: 254388-12<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY<br>SUITE 203<br>MYRTLE BEACH, SC 29577 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                          **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1533-07<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY<br>SUITE 203<br>MYRTLE BEACH, SC 29577 | CREDITOR ID: 254389-12<br>LANDSTAR INWAY INC<br>12793 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 395554-15<br>LANDSTAR LIGON<br>ATTN DAWN BOWERS, MGR<br>13410 SUTTON PARK DRIVE S<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 254390-12<br>LANDSTAR LIGON INC<br>DRAWER CS 100733<br>ATLANTA, GA 30384-0733 | CREDITOR ID: 254391-12<br>LANDSTAR LOGISTICS<br>PO BOX 8500 54302<br>PHILADELPHIA, PA 19178-4302 | CREDITOR ID: 395555-15<br>LANDSTAR RANGER<br>ATTN DAWN BOWERS, MGR<br>13410 SUTTON PARK DR SOUTH<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 254392-12<br>LANDSTAR RANGER INC<br>PO BOX 8500-54293<br>PHILADELPHIA, PA 19178-4293 | CREDITOR ID: 254393-12<br>LANDTRONICS INC<br>BOX 241266<br>CHARLOTTE, NC 28224-8224 | CREDITOR ID: 395680-65<br>LANDTRONICS, INC.<br>5970 OLD PINEVILLE ROAD<br>CHARLOTTE, NC 28217 |
| CREDITOR ID: 254394-12<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 | CREDITOR ID: 279239-35<br>LANE LIMITED<br>ATTN: RE JONES<br>2280 MOUNTAIN INDUSTRIAL BLVD<br>TUCKER GA 30084 | CREDITOR ID: 254395-12<br>LANE MEMORIAL HOSPITAL<br>6300 MAIN STREET<br>ZACHARY LA 70791 |
| CREDITOR ID: 395318-63<br>LANE POWELL SPEARS LUBERSKY LLP<br>1420 FIFTH AVENUE, SUITE 4100<br>SEATTLE, WA 98101-2338 | CREDITOR ID: 254397-12<br>LANE SANITARY SYSTEMS<br>398 RAILROAD COURT<br>MILPITAS CA 95035 | CREDITOR ID: 394042-61<br>LANE, ALTON & HORST, LLC<br>175 S. 3RD ST.<br>COLUMBUS, GA 33215-5100 |
| CREDITOR ID: 389024-54<br>LANE, ERICA<br>5312 FALLING WATER<br>ORLANDO, FL 32818 | CREDITOR ID: 392925-55<br>LANE, ERICA<br>C/O W. TODD LONG<br>MORGAN, COLLING & GILBERT<br>P.O. BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 385233-54<br>LANE, LARRY<br>11823 CARMAL LAKES DRIVE<br>CHARLOTTE, NC 28226 |
| CREDITOR ID: 390541-55<br>LANE, LARRY<br>C/O TANIA L. LEON<br>TANIA L. LEON, ESQ.<br>725 E. TRADE ST., STE. 105<br>CHARLOTTE NC 28202 | CREDITOR ID: 406881-MS<br>LANEY, MATTHEW V<br>3059 BRIDGESTONE DR.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 393072-55<br>LANG, RICHARD A<br>C/O: STANLEY PRAGER<br>MALCA & PRAGER, PA<br>866 S DIXIE HWY<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 254399-12<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTTA, PROP MGR<br>PO BOX 1088<br>VALDOSTA, GA 31603-1361 | CREDITOR ID: 405035-95<br>LANGDALE TIRE CO<br>LONGLEAF PROPERTY MANAGEMENT<br>PO BOX 1088<br>VALDOSTA GA 31603 | CREDITOR ID: 2366-07<br>LANGDALE TIRE CO<br>LONGLEAF PROPERTY MANAGEMENT<br>P.O. BOX 1088<br>VALDOSTA GA 31603 |
| CREDITOR ID: 388134-54<br>LANGFORD, AMANDA<br>846 BUIE BODENHEIMER RD<br>THOMASVILLE NC 27360-7732 | CREDITOR ID: 390286-54<br>LANGFORD, LARRY<br>6335 THISTLE BROOK LANE<br>BROOKSVILLE, FL 34602 | CREDITOR ID: 406882-MS<br>LANGFORD, STEVE A.<br>5507 INGLEWOOD<br>ARLINGTON TX 76016 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392426-55<br>LANGLEY, LULA<br>C/O JONATHAN TABOR<br>TABOR & CHHABRA, P.A.<br>120 N. CONGRESS ST.<br>SUITE 430<br>JACKSON MS 39201 | CREDITOR ID: 387279-54<br>LANGLEY, PATRICK<br>1801 MISSISSIPPI AVENUE<br>KENNER, LA 70062 | CREDITOR ID: 391864-55<br>LANGLEY, PATRICK<br>C/O: JAMES E. SHIELDS, SR.<br>SHIELDS & SHIELDS<br>30 NEW ENGLAND COURT<br>GRETNA LA 70053 |
| CREDITOR ID: 399536-82<br>LANGLEY-KINLOCK, EVETTA<br>5045 PALM HILL DRIVE, # 298<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 254400-12<br>LANGLINAIS BAKING CO<br>815 SO ST ANTOINE STREE<br>LAFAYETTE, LA 70501 | CREDITOR ID: 386949-54<br>LANGORIA, ELENA G<br>7330 W. 12TH AVENUE<br>HIALEAH FL 33010 |
| CREDITOR ID: 1535-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 | CREDITOR ID: 406883-MS<br>LANGSTON, DICKIE<br>313 MORNING GLORY TRL<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 387057-54<br>LANGSTON, DORIS<br>8687 S ANTHION WAY<br>HOPE SOUND FL 33455 |
| CREDITOR ID: 386339-54<br>LANHAM, JAMES<br>207 HARBOR POINTE DRIVE<br>BRUNSWICK GA 31523 | CREDITOR ID: 254402-12<br>LANIER GLASS COMPANY<br>25 HILLTOP DR<br>GAINESVILLE, GA 30501 | CREDITOR ID: 254403-12<br>LANIER HEALTHCARE DIVISION<br>PO BOX 951282<br>DALLAS TX 75395-1282 |
| CREDITOR ID: 254404-12<br>LANIER WORLDWIDE,INC<br>PO BOX 105533<br>LANIER VOICE PRODUCTS<br>ATLANTA, GA 30348 | CREDITOR ID: 254405-12<br>LANITA CHERYL STOUT<br>908 TUMLIN TR<br>LAWRENCEVILLE, GA 30045 | CREDITOR ID: 386384-54<br>LANMON, MICHAEL<br>7762 SABLE<br>N. RICHLAND HIL TX 76180 |
| CREDITOR ID: 254406-12<br>LANNING TIRE SALES INC<br>1235 N LIME AVE<br>SARASOTA, FL 34237-2807 | CREDITOR ID: 254407-12<br>LANNIS WHITE<br>3552 CAMELIA STREET<br>ZACHARY LA 70791 | CREDITOR ID: 389135-54<br>LANOUX, LYNETTE<br>54002 HARTS RD.<br>CALLAHAN, FL 32011 |
| CREDITOR ID: 393013-55<br>LANOUX, LYNETTE<br>C/O: DENORA A. BUBEN<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 406884-MS<br>LANPHAR, KENNETH<br>3329 RANKIN DR.<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 254408-12<br>LANTANA SQUARE SHOPPING CENTER LTD<br>%SOUTHEAST PROPERTIES<br>1645 SE 3RD CT<br>DEERFIELD FL 33441 |
| CREDITOR ID: 278509-24<br>LANTANA SQUARE SHOPPING CENTER LTD<br>C/O SOUTHEAST PROPERTIES<br>1645 SE 3RD COURT<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 278648-24<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>POWER TEAM INC. D/B/A<br>GOOD STUFF FURNITURE<br>600 N. CONGRESS AVENUE<br>DELRAY BEACH FL 33435 | CREDITOR ID: 278647-25<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>AMSOUTH BANK<br>PO BOX 588001<br>ORLANDO FL 32858 |
| CREDITOR ID: 241287-12<br>LANTEC FINANCIAL FEDERAL CRDT UNION<br>C/O HIDAY & RICKE P A<br>PO BOX 550858<br>JACKSONVILLE FL 32255 | CREDITOR ID: 254409-12<br>LANTECH INC<br>3257 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0032 | CREDITOR ID: 248887-12<br>LANTIGUA, ELISA J<br>30251 BALSAM BLVD<br>PUNTA GORDA, FL 33982 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 389015-54
LANTIGUA, NA'TORRIEA
1370 NW 193 TERRACE
MIAMI, FL 33169

CREDITOR ID: 392916-55
LANTIGUA, NA'TORRIEA
C/O: BRYANT E ESQUENAZI, ESQ
JAY HALPERN & ASSOCIATES, P.A.
150 ALHAMBRA CIRCLE STE 1100
CORAL GABLES FL 33134

CREDITOR ID: 247896-12
LANZA, DEIFILIA I
7191 WEST 24 AVENUE
APT 45
HIALEAH, FL 33016

CREDITOR ID: 254410-12
LAPALCO VILLAGE SHOP CEN
7809 AIRLINE HWY SU 309
METAIRIE, LA 70003

CREDITOR ID: 2368-07
LAPALCO VILLAGE SHOPPING CENTER
7809 AIRLINE HWY SU 309
METAIRIE, LA 70003

CREDITOR ID: 254411-12
LAPDESK INC
PO BOX 891500
DALLAS TX 75389-1500

CREDITOR ID: 267820-31
LAPISH SIDING & HOME IMPRV
ATTN: MELVIN LAPISH
126 DAYTONA CIR
UNION GROVE NC 28689-9259

CREDITOR ID: 254412-12
LAPLACE ELEMENTARY
393 GREENWOOD DR
LAPLACE, LA 70068

CREDITOR ID: 388449-54
LAPORTE, ELIZABETH
615 EAST MARTIN STREET
KISSIMMEE, FL 34744

CREDITOR ID: 392544-55
LAPORTE, ELIZABETH
C/O: JULIO C MARTINEZ, JR
ATTORNEYS TRIAL GROUP
903 N MAIN STREET
KISSIMMEE FL 34744

CREDITOR ID: 254413-12
LAQISIA S ALLEN
601 SAUNDERS AVENUE
APT #L6
HINESVILLE GA 31313

CREDITOR ID: 254414-12
LAQUINTA INN & SUITES
501 S PEARSON RD
PEARL MS 39208

CREDITOR ID: 254415-12
LARAMIE FLORIDA SHORES LTD
PO BOX 6006
% CB RICHARD ELLIS
HICKSVILLE NY 11802-6006

CREDITOR ID: 254416-12
LARAMIE RIVER BAY LIMITED PRTNRSHP
PO BOX 6006
RIVER BAY PLAZA
C/O RICHARD ELLIS
HICKSVILLE NY 11802-6006

CREDITOR ID: 1537-07
LARAMIE RIVER BAY LP
RIVER BAY PLAZA
PO BOX 6006
HICKSVILLE, NY 11802-6006

CREDITOR ID: 254417-12
LAREICE DALE
RT 1 BOX 181
PORTERVILLE MS 39352

CREDITOR ID: 254418-12
LARHONDA JOHNSON
63 MONTICELLO CIRCLE
COLUMBUS MS 39702

CREDITOR ID: 385801-54
LARIOS, MILAGROS E
9430 SW 167TH STREET
MIAMI, FL 33157

CREDITOR ID: 391066-55
LARIOS, MILAGROS E
C/O: MERCEDES D. BLASON
EDWARD F. DEVARONA
2150 CORAL WAY, 4TH FLOOR
MIAMI FL 33145

CREDITOR ID: 389333-54
LARISCY, RANDALL
608 HAMLIN ST
NOKOMIS FL 34275

CREDITOR ID: 393145-55
LARISCY, RANDALL
C/O: WILLIAM M. BAUMANN
MORGAN COLLING & GILBERT
101 E. KENNEDY BLVD
SUITE 1790
TAMPA FL 33602

CREDITOR ID: 254419-12
LARISSA LAKE JUNE LP
6300 INDEPENDENCE PKWY STE A-1
PLANO, TX 75023

CREDITOR ID: 1538-RJ
LARISSA LAKE JUNE LP
6300 INDEPENDENCE PARKWAY
SUITE A-1
PLANO, TX 75023

CREDITOR ID: 403442-15
LARISSA LAKE JUNE, LTD, A TEXAS LP
C/O LOOPER REED & MCGRAW
ATTN THOMAS H KEEN ESQ
4100 THANKSGIVING TOWER
1601 ELM STREET
DALLAS TX 75201

CREDITOR ID: 254420-12
LARITA HUDSON
3780 UNIVERSITY CLUB BLVD
#3202
JACKSONVILLE FL 32277

CREDITOR ID: 254421-12
LARK DUNTON
618 QUEENS VIEW COURT
HAMPTON VA 23669

CREDITOR ID: 254422-12
LARK EQUIPMENT INC
11940 ALPHARETTA HWY BLDG 21
ALPHARETTA GA 30004

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388830-54 | CREDITOR ID: 392778-55 | CREDITOR ID: 254425-12 |
| LARKINS, TORY | LARKINS, TORY | LARRY ALLEWALT |
| 2236 HIGHLAND STREET SOUTH | C/O: ANDREW STINNETTE | 346 OAK CREST DRIVE |
| SAINT PETERSBURG, FL 33705 | ANDREW STINNETTE, P.A. | SHELBYVILLE KY 40065 |
| | 597 MAIN ST. | |
| | DUNEDIN FL 34698 | |
| CREDITOR ID: 254426-12 | CREDITOR ID: 254428-12 | CREDITOR ID: 254429-12 |
| LARRY BAKER | LARRY D BRISTER JR | LARRY D BROWN |
| JACKSONVILLE SHERIFFS OFFICE | 3266 C COVINTON DRIVE | 5813 WOODGATE ROAD |
| 501 E BAY STREET | DECATUR GA 30032 | MOBILE AL 36609 |
| JACKSONVILLE FL 32202 | | |
| CREDITOR ID: 254430-12 | CREDITOR ID: 254431-12 | CREDITOR ID: 254432-12 |
| LARRY D MCNEILL | LARRY D WAYE JR | LARRY DOZIER CIRCUIT CLERK |
| 302 WEST N STREET | 4569 POORHOUSE ROAD | PO BOX 310 |
| ERWIN NC 28339 | VICTORIA VA 23974 | WETUMPKA, AL 36092 |
| CREDITOR ID: 254433-12 | CREDITOR ID: 254434-12 | CREDITOR ID: 254435-12 |
| LARRY E BRADSHAW | LARRY GAINEY | LARRY HALL |
| 1606 SIGMON STREET | 525 DAUGHERTY ROAD | 3315 7TH STREET |
| LINCOLNTON NC 28092 | CHINA GROVE, NC 28023 | MERIDIAN MS 39301 |
| CREDITOR ID: 254436-12 | CREDITOR ID: 254437-12 | CREDITOR ID: 254438-12 |
| LARRY J JOHNSON | LARRY K JERNIGAN | LARRY K JONES |
| PO BOX 68 | 8300 PLAZA GATE LN 1181 | 2931 GA HWY 33 SOUTH |
| UTICA MS 39175 | JACKSONVILLE FL 32217 | SYLVESTER GA 31791 |
| CREDITOR ID: 254439-12 | CREDITOR ID: 254440-12 | CREDITOR ID: 254441-12 |
| LARRY KEESEY | LARRY MCMAHON | LARRY MILLER ROOFING INC |
| 118 TERRELL LANE | 3388 MARKDALE COURT | 520 FOUNTAIN PARKWAY |
| LOUISBURG NC 27549 | CINCINNATI OH 45248 | GRAND PRAIRIE TX 75050 |
| CREDITOR ID: 254443-12 | CREDITOR ID: 254444-12 | CREDITOR ID: 254445-12 |
| LARRY O HALLBERG | LARRY PUCKETT CHEVROLET | LARRY SELDEN |
| 855 ELKHORN COURT | PO BOX 680280 | 721 FIFTH AVENUE |
| UNIT 516 | PRATTVILLE AL 36068 | SUITE 64D |
| MARCO ISLAND, FL 34145 | | NEW YORK, NY 10022 |
| CREDITOR ID: 254446-12 | CREDITOR ID: 254447-12 | CREDITOR ID: 254448-12 |
| LARRY SHOAFF | LARRY TATE | LARRY W HILL |
| 2394 NW 7TH COURT | 582 CAMPFIELD CH RD | 1063 MULBERRY ROAD |
| DELRAY BEACH, FL 33445 | ELLENBORO, NC 28040 | NATHALIE VA 24577 |
| CREDITOR ID: 254449-12 | CREDITOR ID: 254450-12 | CREDITOR ID: 389279-54 |
| LARRY WILLIAMS | LARRY WILLIAMS PLUMBING HEATING&AC | LARSEN, BARBARA |
| 8159 CESPERDES AVENUE | 1051 GRECADE STREET | 3744 W LOUISIANNA STATE DR. |
| JACKSONVILLE FL 32217 | GREENSBORO NC 27408 | KENNER LA 70065 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 241914-12
LARSON, ALEXANDER N
PO BOX 715
UMATILLA FL 32784-0715

CREDITOR ID: 254451-12
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 407463-99
LASALLE BANK NAT'L ASSOC, AS TTEE
HOLDERS OF BEAR STEARNS COMM MORTG
C/O MCKENNA LONG & ALDRIDGE LLP
ATTN: B SUMMER CHANDLER/D N STERN
303 PEACHTREE ST, STE 5300
ATLANTA GA 30308

CREDITOR ID: 254452-12
LASALLE ELEMENTARY
8000 LASALLE AVE
BATON ROUGE, LA 70806

CREDITOR ID: 254453-12
LASCO REALTY LLC
PO BOX 418
KESWICK VA 22947

CREDITOR ID: 2370-RJ
LASCO REALTY LLC
PO BOX 418
KESWICK, VA 22947

CREDITOR ID: 278511-25
LASCO REALTY LLC
ATTN: ROBERT SCHWAGERL
PO BOX 418
KESWICK, VA 22947

CREDITOR ID: 278649-25
LASCO REALTY, LLC
PEOPLES NATIONAL BANK
PO BOX 1658
DANVILLE VA 24543

CREDITOR ID: 254454-12
LASER LIFE
1625 WILLIAMS DRIVE NE
SUITE 206
MARIETTA, GA 30066

CREDITOR ID: 254455-12
LASER NETWORKING INC
PO BOX 95888
CHICAGO, IL 60694

CREDITOR ID: 399727-15
LASER NETWORKING, INC
ATTN RHONDA COCHENOUR
9850 PELHAM RD
TAYLOR MI 48180

CREDITOR ID: 375851-44
LASERNET
PO BOX 95888
CHICAGO, IL 60694

CREDITOR ID: 254456-12
LASHANIKA FELTS
18111 NW 6 COURT
MIAMI, FL 33161

CREDITOR ID: 254457-12
LASHAUN HARRIS
21360 NW 9TH PL
APT 101
MIAMI FL 33169

CREDITOR ID: 254458-12
LASHONDA M LATHAM
1965 CHARLESTON HOUSE WAY, APT 3302
HOLLY HILL FL 32117

CREDITOR ID: 259253-12
LASHOUTO, RANDY
29819 IVY WHIDDON ROAD
INDEPENDENCE, LA 70443

CREDITOR ID: 406885-MS
LASKEY, RICHARD J.
2425 FOUR SEASONS DR.
OKEECHOBEE FL 33472

CREDITOR ID: 389876-54
LASONDE, SUSAN
4208 FLORA ST.
HOLIDAY, FL 34691

CREDITOR ID: 393417-55
LASONDE, SUSAN
C/O FRANCOISE HAASCH
LAW OFFICES OF FRANCOISE M. HAASCH
PO BOX 614
PALM HARBOR FL 34682

CREDITOR ID: 254459-12
LASSETER PLUMBING COMPANY, INC
865 NE 130TH ST
NORTH MIAMI, FL 33161-4943

CREDITOR ID: 397985-76
LASSETER, CHRIS
420 EAST PARK AVENUE
TALLAHASSEE, FL 32301-1541

CREDITOR ID: 2371-07
LASSITER PROPERTIES
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

CREDITOR ID: 254460-12
LAT PURSER & ASSOCIATES INC
C/O GVA LAT PURSER&ASSOCIATES INC
4530 PARK ROAD SUITE 300
CHARLOTTE, NC 28209

CREDITOR ID: 384210-47
LAT PURSER & ASSOCIATES INC
6320 ST AUGUSTINE ROAD, SUITE 7
JACKSONVILLE, FL 32217

CREDITOR ID: 254461-12
LATANIA MIXON
1624 CAMBRIDGE DRIVE
LAPLACE, LA 70068

CREDITOR ID: 254462-12
LATANYA HARDY
3616 AUDUBON RD
MONTGOMERY AL 36116

CREDITOR ID: 254463-12
LATANYA K CROSBY
5926 LETITIA STREET
COLUMBIA SC 29203

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254464-12<br>LATASHA D MOORE<br>14348 ALSEN HEIGHTS PARKWAY<br>BATON ROUGE LA 70807 | CREDITOR ID: 392068-55<br>LATHAM, CHRISTINA L<br>C/O: BRIAN K. MCDUFFIE, ESQ.<br>HARRIS, GUIDI, ROSNER, DUNLAP, RUDOLPH,<br>1837 HENDRICKS AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 400182-86<br>LATIMER, MAXINE<br>2820 N.E. 18TH DR.<br>GAINESVILLE  FL 32609 |
| CREDITOR ID: 267821-31<br>LATIN AMERICAN COALITION OF N<br>ATTN: JULIO DURAN<br>7523 MCWHORTER PL APT 102<br>ANNANDALE VA 22003-5265 | CREDITOR ID: 254465-12<br>LATINO COMMUNICATIONS INC<br>PO BOX 12876<br>WINSTON SALEM, NC 27117 | CREDITOR ID: 375856-44<br>LATINO INTERNATIONAL<br>672 N SEMORAN BLVD SUITE 304<br>ORLANDO, FL 32807 |
| CREDITOR ID: 254466-12<br>LATINO INTERNATIONAL NEWS INC<br>ATTN: RUDOLPH PEREZ, PUBL/PRES<br>672 N SEMORAN BLVD, STE 304<br>ORLANDO, FL 32807 | CREDITOR ID: 254467-12<br>LATISHA VAUGHN<br>110 E LAFAYETTE STREET<br>SALISBURY NC 28144 | CREDITOR ID: 254468-12<br>LATONYA FRASIER<br>3214 UNIVERSITY DR<br>LANCASTER SC 29720 |
| CREDITOR ID: 254469-12<br>LATORI GRIFFIN<br>19200 NW 5TH PLACE<br>MIAMI FL 33169 | CREDITOR ID: 246840-12<br>LATORRE, CONCETTA<br>4824 CYPRESS WOODS DRIVE<br>APT 169<br>ORLANDO, FL 32811 | CREDITOR ID: 254470-12<br>LATORRIA WHEELER<br>1515 4TH AVENUE<br>APT G3<br>MOULTRIE, GA 31768 |
| CREDITOR ID: 254471-12<br>LATOUR & LLERAS PA<br>230 NW 76TH<br>SUITE A<br>GAINESVILLE FL 32607 | CREDITOR ID: 254472-12<br>LATOYA DAY<br>5060 ROSAMOND DRIVE<br># 2910<br>ORLANDO FL 32808 | CREDITOR ID: 254473-12<br>LATRESE A PERKINS<br>324 NORTHSIDE CR<br>JACKSON MS 39209 |
| CREDITOR ID: 254474-12<br>LATRICE D SPURLEY<br>1314 BROCKETT WAY<br>CLARKSTON GA 30021 | CREDITOR ID: 254475-12<br>LATRINA LARRY<br>20074 DENTVILLE ROAD<br>HAZELHURST MS 39083 | CREDITOR ID: 243414-12<br>LATSIS, BETTY ANN<br>105 BROOKHIGHLAND COVE<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 389545-54<br>LATSON, SHIRLEY<br>5865 HAVERHILL ROAD<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 393216-55<br>LATSON, SHIRLEY<br>C/O: CATHERINE CAUCCI<br>CATHERINE E. CAUCCI, P.A.<br>P. O. BOX 221463<br>WEST PALM BEACH FL 33422 | CREDITOR ID: 387548-54<br>LATTIMORE, HAZEL<br>5613 SW 19TH STREET<br>HOLLYWOOD FL 33023 |
| CREDITOR ID: 392049-55<br>LATTIMORE, HAZEL<br>C/O: RONALD ROSEN<br>ROSEN&ROSEN<br>4000 HOLLYWOOD BLVD. SUITE 725<br>HOLLYWOOD FL 33021 | CREDITOR ID: 254476-12<br>LAUDERDALE CO ENVIRONMENTAL HEALTH<br>PO BOX 5464<br>MERIDIAN, MS 39301 | CREDITOR ID: 254478-12<br>LAUDERDALE COUNTY JUSTICE<br>COURT<br>PO BOX 5126<br>MERIDIAN MS 39302 |
| CREDITOR ID: 254480-12<br>LAUDERDALE COUNTY TAX COLLECTOR<br>PO BOX 5205<br>PROPERTY TAX<br>MERIDIAN MS 39302-5205 | CREDITOR ID: 267822-14<br>LAUDERDALE COUNTY TAX COLLECTR<br>ATTN: STANLEY SHANNON<br>501 CONSTITUTION AVE<br>MERIDIAN MS 39301-5106 | CREDITOR ID: 267823-14<br>LAUDERHILL CITY CLERKS OFFICE<br>ATTN: JUDITH HIGGINS<br>2100 NW 55TH WAY<br>FORT LAUDERDALE FL 33313-3055 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                   CASE:   05-03817-3F1

CREDITOR ID: 2372-07
LAUDERHILL MALL
1267 NW 40TH AVE
LAUDERHILL, FL 33313

CREDITOR ID: 385861-54
LAUR, MIMMA
2850 NE 11TH TERRACE
POMPANO BEACH, FL 33064

CREDITOR ID: 391112-55
LAUR, MIMMA
C/O: ELIO E PEREZ
DELL & SCHAEFER, P.A.
2404 HOLLYWOOD BLVD.
HOLLYWOOD FL 33020

CREDITOR ID: 254482-12
LAURA  BAUGHMAN
7275 NORKA DRIVE
JACKSONVILLE FL 32210

CREDITOR ID: 254483-12
LAURA A COOMES
5303 ROLLING MEADOW DRIVE
GREENSBORO, NC 27406

CREDITOR ID: 381329-47
LAURA ARBUCKLE
8440 FLAMEVINE AVE NORTH
LARGO, FL 33377

CREDITOR ID: 381487-47
LAURA COFFIN
1055 CHATFORD ROAD
JACKSONVILLE, FL 32207

CREDITOR ID: 375861-44
LAURA COWART
PO BOX 541
STARKE, FL 32091

CREDITOR ID: 254484-12
LAURA E CHASTAIN
7008 GREEN VALLEY LANE
RIVERDALE GA 30274

CREDITOR ID: 254485-12
LAURA E LONG
2816 HWY 210
SOUTH LILLINGTON, NC 27546

CREDITOR ID: 254486-12
LAURA FRANKLIN
221 E EDGEFIELD DRIVE
SUMMERVILLE SC 29483

CREDITOR ID: 254487-12
LAURA LEE
150 LAS PALMAS BLVD N
FT MYERS FL 33903

CREDITOR ID: 254488-12
LAURA MCPHERSON
3643 WOODGREEN DRIVE
LINCOLNTON NC 28092

CREDITOR ID: 254489-12
LAURA NUTICCHANI
22177 HARDWICK DRIVE
CINCINNATI OH 45238

CREDITOR ID: 254490-12
LAURA REEMS
2 EASTBERRY COURT
GROVETOWN GA 30813

CREDITOR ID: 254491-12
LAURA S KORESSEL
7212 CHURCHHILL PARK DRIVE
#148
LOUISVILLE KY 40220

CREDITOR ID: 254492-12
LAURA SOWARD
1281 PARKWAY AVENUE
COVINGTON KY 41011

CREDITOR ID: 254493-12
LAURA T FLORES
308 MEREDITH SQUARE
COLUMBIA SC 29223

CREDITOR ID: 254494-12
LAURA T SPIVEY
1055 N FEDERAL HWY
FT LAUDERDALE FL 33304

CREDITOR ID: 254495-12
LAURA TWEEDELL
1669 PEEKSVILLE ROAD
LOCUST GROVE GA 30248

CREDITOR ID: 375863-44
LAURA* REEMS
2 EASTBERRY COURT
GROVETOWN, GA 30813

CREDITOR ID: 254496-12
LAURAS LEAN BEEF
PO BOX 633771
CINCINNATI, OH 45263-3771

CREDITOR ID: 405044-95
LAURAS LEAN BEEF
2285 EXECUTIVE DRIVE
SUITE 200
LEXINGTON KY 40505

CREDITOR ID: 278992-80
LAURA'S LEAN BEEF
C/O WYATT TARRANT & COMBS LLP
ATTN: JOHN P BRICE, ESQ
250 W MAIN ST STE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 1542-RJ
LAUREATE CAPITAL
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 278650-24
LAUREATE CAPITAL CORPORATION
ROYAL MACCABEES LIFE INSURANCE CO
C/O ROYAL INVESTMENT MANAGEMENT CO
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8135

CREDITOR ID: 254498-12
LAUREN C CROOK
3161 LA RESERVE DRIVE
PONTE VEDRA FL 32082

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254499-12<br>LAUREN N BARKER<br>7286 W DUNKLIN STREET<br>DUNNELLON FL 34433 | CREDITOR ID: 254500-12<br>LAUREN N JOHNSON<br>UN OF CN 429 RUSSELL<br>STORRS CT 06269 | CREDITOR ID: 267824-31<br>LAURENS CNTY WTR & SEWER COMM<br>ATTN: JACK EARLE<br>3850 HIGHWAY 221 S<br>LAURENS SC 29360-7444 |
| CREDITOR ID: 254501-12<br>LAURENS COMM OF PUBLIC WORKS<br>PO BOX 349<br>LAURENS, SC 29360-0349 | CREDITOR ID: 554-03<br>LAURENS COMMISSION OF PUBLIC WORKS<br>ATTN IRVIN D SATTERFIELD, TREAS<br>PO BOX 580476<br>LAURENS SC 29360-0349 | CREDITOR ID: 254502-12<br>LAURENS COUNTY ADVERTISE<br>PO BOX 490<br>LAUREN, SC 29360 |
| CREDITOR ID: 254503-12<br>LAURENS COUNTY HEALTH CARE SYSTEM<br>PO DRAWER 976<br>CLINTON SC 29325 | CREDITOR ID: 254504-12<br>LAURENS COUNTY HOSPITAL<br>PO BOX 1499<br>LAURENS, SC 29360-1499 | CREDITOR ID: 254507-12<br>LAURENS ELECTRIC COOP INC<br>PROTEC SERVICES<br>ATTN KEITH AVERY<br>PO BOX 161630<br>BOILING SPRINGS SC 29316 |
| CREDITOR ID: 254508-12<br>LAURIE DAVIS<br>10901 BURNT MILL ROAD, APT 1109<br>JACKSONVILLE FL 32256 | CREDITOR ID: 254509-12<br>LAURIE EPPS<br>2131 FAIRWAY VILLAS LANE SOUTH<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 254510-12<br>LAURIE M DAVIS<br>10901 BURNT MILL ROAD<br>APT 1109<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 254512-12<br>LAURINBURG EXCHANGE<br>PO BOX 1634<br>SPARTANBURG SC 29304 | CREDITOR ID: 254513-12<br>LAURINBURG EXCHANGE<br>PO BOX 459<br>LAURINBURG NC 28353-0459 | CREDITOR ID: 246917-12<br>LAVERGNE, CONSUELO R<br>2080 HINES RD<br>JENNINGS LA 70546 |
| CREDITOR ID: 254514-12<br>LAVERGNE'S TRUCK & TRAILER SHOP<br>9499 HWY 182<br>OPELOUSAS, LA 70570 | CREDITOR ID: 387308-54<br>LAVERY, ELAINE<br>1669 LAKEVIEW LANE<br>APT A<br>DUNEDIN, FL 34698 | CREDITOR ID: 391890-55<br>LAVERY, ELAINE<br>C/O GEORGE R BREZINA, JR., PA<br>ATTORNEY & COUNSELOR AT LAW<br>1915 N. DALE MABRY HIGHWAY<br>SUITE 300<br>TAMPA FL 33607 |
| CREDITOR ID: 406886-MS<br>LAVIGNE, KEITH<br>45 O K AVE<br>HARAHAN LA 70123 | CREDITOR ID: 389574-54<br>LAVINE, SHERRI<br>3101 LOT 2 LOREAUVILLE RD<br>LOUREAUVILLE, LA 70563 | CREDITOR ID: 393245-55<br>LAVINE, SHERRI<br>C/O: RICHARD R. KENNEDY, ESQUIRE<br>LAW OFFICES OF RICHARD R. KENNEDY<br>PO BOX 3243<br>LAFAYETTE LA 70502-3243 |
| CREDITOR ID: 254516-12<br>LAVONNE BODIFORD<br>27120 SW 135 AVE<br>NARANJA FL 33032 | CREDITOR ID: 254517-12<br>LAW & COMPANY<br>100 ARNOLD MILL WAY<br>SUITE A<br>WOODSTOCK, GA 30188 | CREDITOR ID: 254518-12<br>LAW MD VINCENT<br>PO BOX 268<br>ALEXANDER CITY AL 35011 |
| CREDITOR ID: 407557-15<br>LAW OFFICE OF BARBARA H GORMLEY, PA<br>ATTN BARBARA H GORMLEY ESQ<br>2831 RINGLING BLVD SUITE 214E<br>SARASOTA FL 34237 | CREDITOR ID: 407501-99<br>LAW OFFICE OF DANIEL MARKIND<br>ATTN: JOHANNA MARKIND<br>1500 WALNUT ST, STE 1100<br>PHILADELPHIA PA 19102 | CREDITOR ID: 406056-93<br>LAW OFFICE OF DONALD B WALKER<br>ATTN: DONALD B WALKER<br>4045 CASCADE ROAD, SW<br>ATLANTA GA 30331-7241 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 254520-12
LAW OFFICES BOGGS &FISHEL
209 E FOURTH STREET
PANAMA CITY FL 32401

CREDITOR ID: 254521-12
LAW OFFICES OF BARRY SEROTA & ASSOC
3715 VENTURA DRIVE
ARLINGTON HTS IL 60004

CREDITOR ID: 269292-16
LAW OFFICES OF BRIAN M. FELOISE, PC
261 OLD YORK ROAD
SUITE 423
JENKINTOWN, PA 19046

CREDITOR ID: 254522-12
LAW OFFICES OF J C OSTEEN
2900 PARK AVE EAST
SUITE A
TALLAHASSEE FL 32301

CREDITOR ID: 254523-12
LAW OFFICES OF NEIL F MARKVA
SPRINGFIELD PROFESSIONAL PARK
8322-A TRAFORD LANE
SPRINGFIELD VA 22152

CREDITOR ID: 254524-12
LAW PUBLICATION
4213 WILEY POST RD
ADDISON TX 75001

CREDITOR ID: 254525-12
LAW TECH LLC
220 EAST FORSYTH STREET
SOUTH SUITE
JACKSONVILLE FL 32202

CREDITOR ID: 245040-12
LAW, CHARLES H
219 NEWBOLD STREET
LINCOLNTON NC 28092

CREDITOR ID: 256931-12
LAW, NATHAN A
219 MEADOW LARK DRIVE
BRANDON, MS 39047

CREDITOR ID: 387244-54
LAWHON, VERONICA
3425 GREENVILLE STREET
COCOA, FL 32926

CREDITOR ID: 254526-12
LAWLER ELEMENTARY SCHOOL
326 WEST 10TH STREET
NEWPORT KY 41071

CREDITOR ID: 403393-92
LAWLEY, BRENDA
PO BOX 1778
ALEXANDER CITY AL 35011

CREDITOR ID: 397833-76
LAWLEY, MICHELLE
P. O. BOX 382
THORSBY, AL 35171

CREDITOR ID: 398035-77
LAWLEY, MICHELLE
ATTN: WILLIAM P. BOGGS
P.O. BOX 597
CLANTON, AL 35046

CREDITOR ID: 397330-69
LAWN AUTH LAWNCARE & LANDSCAPING
PO BOX 1025
JACKSON, SC 29831

CREDITOR ID: 381265-47
LAWN AUTHORITY LAWNCARE & LANDSCAPING
PO BOX 1025
JACKSON, SC 29831

CREDITOR ID: 254528-12
LAWN CARE UNLIMITED
11068 ASHBURN ROAD
CINCINNATI, OH 45240

CREDITOR ID: 254529-12
LAWN MAINTENANCE
PRO BORING
915 SILVER PALM WAY
APOLLO BEACH, FL 33572

CREDITOR ID: 254530-12
LAWN MASTER
PO BOX 6456
RALEIGH, NC 27628-6456

CREDITOR ID: 397301-69
LAWN MASTER
555 DYNAMIC DRIVE
GARNER, NC 27529

CREDITOR ID: 254531-12
LAWNDALE VILLAGE
EDENS & AVANT FINANCING LP
% EDENS & AVANT PROPERTIES LP
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 254532-12
LAWNSCAPING INC
1705 BOWERS DRIVE
MELBOURNE, FL 32935

CREDITOR ID: 254534-12
LAWRENCE & NESTER DIST CO
PO BOX 657
SOUTH HILL, VA 24541

CREDITOR ID: 254533-12
LAWRENCE & NESTER DIST CO
PO BOX 2366
DANVILLE, VA 24541

CREDITOR ID: 254535-12
LAWRENCE C MACQUIRTER
304 BRADY ROAD
AMERICUS GA 31709

CREDITOR ID: 254536-12
LAWRENCE COUNTY JUSTICE COURT
PO BOX 903
MONTICELLO MS 39654

CREDITOR ID: 254537-12
LAWRENCE D CROCKER ELEMENTARY
2300 GENERAL TAYLOR ST
NEW ORLEANS, LA 70115

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 254538-12
LAWRENCE D MELVIN
12042 SIMMONS ROAD
JACKSONVILLE FL 32218

CREDITOR ID: 254540-12
LAWRENCE M SPENCER
506 SOUTH TENT STREET
BESSEMER CITY NC 28016

CREDITOR ID: 254541-12
LAWRENCE R JACKSON
PO BOX 216
WINSTON GA 30187-0021

CREDITOR ID: 406887-MS
LAWRENCE SR., RONNEY T.
203 18TH ST. NW
BRADENTON FL 33505

CREDITOR ID: 389099-54
LAWRENCE, BABBETTE
21330 NW 9TH PLACE. APT #207
MIAMI, FL 33169

CREDITOR ID: 392988-55
LAWRENCE, BABBETTE
C/O IVAN A. SCHERTZER, ESQ.
LAW OFFICES OF IVAN A. SCHERTZER
1190 NE 163RD STREET
STE. 347
N. MIAMI BEACH FL 33162

CREDITOR ID: 386024-54
LAWRENCE, HERDIE
855 STATION VIEW RUN
LAWRENCEVILLE, GA 30043

CREDITOR ID: 391235-55
LAWRENCE, HERDIE
C/O THE DAN-FODIO LAW GROUP, PC
ATTN MUSA DAN-FODIO ESQ
900 NORTH HAIRSTON ROAD SUITE A-1
STONE MOUNTAIN GA 30083

CREDITOR ID: 387984-54
LAWRENCE, LINDA
1761 NW 46TH AVE
APT D303
LAUDERHILL, FL 33311

CREDITOR ID: 392265-55
LAWRENCE, LINDA
C/O: MARK R MCCOLLEM P.A.
MARK R MCCOLLEM P.A.
106 SOUTHEAST 9TH ST.
FT LAUDERDALE FL 33316

CREDITOR ID: 389147-54
LAWRENCE, MARGIE
166 WENDY HILL COVE
RAYMOND, MS 39154

CREDITOR ID: 393023-55
LAWRENCE, MARGIE
C/O: R CONNER MCALLISTER
LAW OFFICE OF R. CONNER MCALLISTER
PO BOX 911
JACKSON MS 39205-0911

CREDITOR ID: 386721-54
LAWRENCE, VERNAL
560 NW 199TH STREET
MIAMI FL 33169

CREDITOR ID: 391661-55
LAWRENCE, VERNAL
C/O SLOOTSKY & GOLDSTEIN, PA
ATTN A SCOTT GOW, ESQ
2701  W OAKLAND PARK BLVD, STE 100
FORT LAUDERDALE FL 33311

CREDITOR ID: 254542-12
LAWSON NEWS DISTRIBUTORS
PO BOX 489
ELBERTA, AL 36530

CREDITOR ID: 254543-12
LAWSON PRODUCTS INC
2689 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 386115-54
LAWSON, ARIALE D
610 5TH ST, APT #6
WEST PALM BEACH, FL 33401

CREDITOR ID: 391300-55
LAWSON, ARIALE D
C/O: JOSEPH P. D'AMBROSIO, ESQ
LAW OFFICE OF JOSEPH P. D'AMBROSIO, P.A.
2255 GLADES RD
#236W
BOCA RATON FL 33431

CREDITOR ID: 394087-56
LAWSON, FALONDA
4214 BRITTANY ROAD
ORLANDO, FL 32808

CREDITOR ID: 400286-85
LAWSON, FALONDA
C/O PETER SHAPIRO
LAW  OFFICES  OF PETER  A.  SHAPIRO, PA
211  EAST  LIVINGSTON  STREET
ORLANDO FL 32801

CREDITOR ID: 406888-MS
LAWSON, HOLLAND J.
116 RICHFIELD TERRACE
GREER SC 29651

CREDITOR ID: 254544-12
LAWTON BROS INC
ATTN DAVID  LAWTON, PRES
PO BOX 547635
ORLANDO FL 32854-7635

CREDITOR ID: 399839-84
LAX, CHARLENE
P.O. BOX 136
DELTA LA 71233

CREDITOR ID: 406889-MS
LAY, JERRY
10457 SW 49 PLACE
COOPER CITY FL 33328

CREDITOR ID: 254545-12
LAYMAN CANDY CO
P.O. BOX 1015
SALEM, VA 24153

CREDITOR ID: 382764-51
LAZARAN, FRANK
46 GREENSWARD LANE
SUGARLAND, TX 77479

CREDITOR ID: 254546-12
LAZARO DIAZ
1000 W 39 PL
HIALEAH FL 33012

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406890-MS<br>LAZARON, FRANK<br>409 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 381580-47<br>LAZAROU, ROBERT<br>191 GULF STREAM CIRCLE<br>ROYAL PALM BEACH, FL 33411 | CREDITOR ID: 254547-12<br>LBH, INC.<br>PO BOX 569<br>MADISONVILLE, KY 42431 |
| CREDITOR ID: 254548-12<br>LCCH INT'L INC<br>ROBERT GUERRA<br>7822 NW 72 AVENUE<br>MIAMI FL 33166 | CREDITOR ID: 382945-51<br>LDI PHARMACY BENEFIT MGMT<br>300 SOUTH GRAND BOULEVARD<br>ST. LOUIS, MO 63103 | CREDITOR ID: 267825-31<br>LDTB DEVELOPMENT CO LLC<br>ATTN: LINWOOD C THORNTON II<br>8825 NC HIGHWAY 27 E<br>BENSON NC 27504-6409 |
| CREDITOR ID: 254549-12<br>LE BLANC & THERIOT EQUIPMENT CO INC<br>ATTN DAVID G LAMBERT, SEC/TREAS<br>PO BOX 612<br>METAIRIE, LA 70004-0612 | CREDITOR ID: 390387-54<br>LE CLAIR, CHRISTINA M<br>5609 18TH AVE SOUTH<br>ORLANDO, FL 33707 | CREDITOR ID: 391176-55<br>LE CLAIR, CHRISTINA M<br>C/O: JAMES ARNOLD ESQ.<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 |
| CREDITOR ID: 254550-12<br>LE JEUNE BAKERY<br>PO BOX 367<br>JEANERETTE, LA 70544 | CREDITOR ID: 254551-12<br>LEA & PERRINS<br>PO BOX 7247-8131<br>PHILADELPHIA, PA 19170-8131 | CREDITOR ID: 405046-95<br>LEA & PERRINS<br>CROSSMARK<br>3728 PHILLIPS HWY  STE 45<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 279240-35<br>LEA & PERRINS, INC<br>ATTN: DENISE SCHRADIN<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 | CREDITOR ID: 254552-12<br>LEADERSHIP JACKSONVILLE INC<br>4049 WOODCOCK DRIVE<br>SUITE 200<br>JACKSONVILLE FL 32207 | CREDITOR ID: 381807-48<br>LEADING EDGE AVIATION SOLUTIONS LLC<br>C/O WINGS AVIATION INT'L INC<br>777 FRANKLIN AVE<br>FRANKLIN LAKES NJ 07417 |
| CREDITOR ID: 254553-12<br>LEAF CHRONICLE<br>PO BOX 30099<br>200 COMMERCE STREET<br>CLARKSVILLE TN 37040-0002 | CREDITOR ID: 254554-12<br>LEAH SCHAEFER<br>140 HOLLIS DRIVE<br>ORANGE PARK FL 32073 | CREDITOR ID: 267826-14<br>LEAKE COUNTY BOARD SUPERVISORS<br>ATTN: SHEILA JOHNSON<br>101 COURT SQ STE 123<br>CARTHAGE MS 39051-4163 |
| CREDITOR ID: 244767-12<br>LEAKE, CATHERINE<br>2680 VALLEY ROAD, APT 1<br>SMYRNA GA 30080 | CREDITOR ID: 406891-MS<br>LEAKE, SCOTT R.<br>3104 SUNNY MEADOWS COURT<br>ARLINGTON TX 76016 | CREDITOR ID: 385865-54<br>LEAMON, LAJUNE<br>PO BOX 1396<br>DAPHNE, AL 36526 |
| CREDITOR ID: 407604-93<br>LEAMON, LEJUNE<br>C/O MALONEY STROHMEYER LLP<br>ATTN DAVID J MALONEY, ESQ<br>601 CHURCH STREET<br>MOBILE AL 36602 | CREDITOR ID: 254555-12<br>LEANIN TREE<br>6055 LONGBOW DRIVE<br>BOULDER CO 80301 | CREDITOR ID: 254556-12<br>LEAREY TECHNICAL CENTER<br>5410 N 20TH STREET<br>TAMPA FL 33610 |
| CREDITOR ID: 254557-12<br>LEARFIELD COMMUNICATIONS INC<br>505 HOBBS RD<br>ATTN ACCOUNTING<br>JEFFERSON CITY, MO 65109-6829 | CREDITOR ID: 399623-15<br>LEARNSOMETHING, INC<br>ATTN DUANE DAUNT, CORP CONTROLLER<br>2457 CARE DRIVE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 395516-64<br>LEARNSOMETHING.COM<br>2457 CARE DRIVE<br>TALLAHASSEE, FL 32308 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254559-12<br>LEAS TIRE & AUTOMOTIVE<br>30671 HWY 16 N<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 278912-30<br>LEASA INDUSTRIES CO INC<br>C/O ROJAS SANTOS STOKES & GARCIA LLP<br>ATTN CRAIG STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 | CREDITOR ID: 254560-12<br>LEASA INDUSTRIES CO INC<br>2450 NW 76 ST<br>MIAMI FL 33147 |
| CREDITOR ID: 278912-30<br>LEASA INDUSTRIES CO INC<br>ATTN GEORGE YAP, OWNER<br>2450-2460 NW 76 STREET<br>MIAMI, FL 33147 | CREDITOR ID: 399612-64<br>LEASE 1<br>400 LOCUST STREET<br>DES MOINES IA 50309-2331 | CREDITOR ID: 254561-12<br>LEASE 1 INC<br>ATTN MAC F4030-070<br>800 WALNUT<br>DES MOINES IA 50309 |
| CREDITOR ID: 254564-12<br>LEASE I INC<br>PO BOX 6434<br>CAROL STREAM, IL 60197-6434 | CREDITOR ID: 254563-12<br>LEASE I INC<br>PO BOX 14546<br>DES MOINES IA 50306-3546 | CREDITOR ID: 387531-54<br>LEASE, LORRAINE<br>745 SIR RICHARD RD.<br>TALLAHASSEE FL 32310 |
| CREDITOR ID: 392037-55<br>LEASE, LORRAINE<br>C/O: STEPHEN ANDREWS ESQ.<br>1296 TIMBERLANE RD.<br>TALLAHASSEE FL 32312 | CREDITOR ID: 406158-15<br>LEASE, SHIRLEY<br>1485 FRONT STREET, APT 114<br>EAST MEADOW NY 11554 | CREDITOR ID: 254565-12<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147 |
| CREDITOR ID: 2373-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147 | CREDITOR ID: 315862-40<br>LEATHERWOOD CROSSING INC<br>PO BOX 4782<br>MARTINSVILLE, VA 24115 | CREDITOR ID: 399431-99<br>LEATHERWOOD WALKER TODD & MANN PC<br>ATTN: SEANN GRAY TZOUVELEKAS<br>PO BOX 87<br>300 EAST MCBEE AVE, STE 500<br>GREENVILLE SC 29602-0087 |
| CREDITOR ID: 406892-MS<br>LEBLANC, MICHAEL F<br>105 CALLEY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 254567-12<br>LEBOEUF LAMB GREENE & MACRAE<br>50 N LAURA ST STE 2800<br>JACKSONVILLE, FL 32202-3650 | CREDITOR ID: 388369-54<br>LEBRON, ELIZABETH<br>1736 E RAVENWOOD CIRCLE<br>APT E<br>KISSIMMEE, FL 34741 |
| CREDITOR ID: 392470-55<br>LEBRON, ELIZABETH<br>C/O: JIM JIMENEZ<br>J. JIMENEZ & ASSOCIATES, PA<br>9753 S. ORANGE BLOSSOM TRAIL<br>SUITE 101<br>ORLANDO FL 32837 | CREDITOR ID: 254568-12<br>LECG LLC<br>5 HOUSTON CENTER<br>1401 MCKINNEY<br>SUITE 2300<br>HOUSTON, TX 77010 | CREDITOR ID: 254000-12<br>LECKIE, KIMERLY R<br>3140 RAULERSON ROAD<br>ST AUGUSTINE, FL 32092-0552 |
| CREDITOR ID: 254569-12<br>LECKMAN ENTERPRISES<br>318 WAYNE DRIVE<br>HOPKINSVILLE, KY 42240 | CREDITOR ID: 386079-54<br>LECOQ, ROSALIE<br>2903 CLEVELAND HEIGHTS BLVD<br>LAKELAND, FL 33803 | CREDITOR ID: 391274-55<br>LECOQ, ROSALIE<br>C/O: KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 243026-12<br>LEDBETTER, BARBARA A<br>PO BOX 2298 STATION ROAD<br>HENDERSONVILLE NC 28793 | CREDITOR ID: 389683-54<br>LEDBETTER, DARWIN<br>15396 ELAINE ROAD<br>COVINGTON, LA 70435 | CREDITOR ID: 387677-54<br>LEDBETTER, JENNIFER<br>246 DAVIDSON CREEK ROAD<br>YORK SC 29745 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 375718-44
LEDBETTER, KEN
NOL DIV #1349
JITNEY JUNGLE
605 COUNTY HWY 152
HAMILTON AL 35570

CREDITOR ID: 254570-12
LEDFORD DISTRIBUTORS
124 POWDER SPRINGS DRIVE
DUNCAN, SC 29334

CREDITOR ID: 402236-90
LEDFORD, DONALD J.
1805 SHOAL CREE CIRCLE
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 406893-MS
LEDFORD, DONALD J.
RR 3 BOX 429 C
HORTENSE GA 31543

CREDITOR ID: 406894-MS
LEDFORD, DONALD K.
3383 BUELAH VISTA CT
ORANGE PARK FL 32003-1447

CREDITOR ID: 254571-12
LEDGER
PO BOX 913004
ORLANDO FL 32891-3004

CREDITOR ID: 254572-12
LEDGER-ENQUIRER
PO BOX 2747
COLUMBUS, GA 31902-2747

CREDITOR ID: 256050-12
LEDOUX, MELVIN
730 FIFTH STREET
JENNINGS, LA 70546

CREDITOR ID: 254573-12
LEE & CATES GLASS INC
PO BOX 41146
JACKSONVILLE FL 32203-1146

CREDITOR ID: 254574-12
LEE & DAVIS SAUSAGE
4776 ALBANY HWY
WAYCROSS, GA 31503

CREDITOR ID: 254577-12
LEE A SANDERS
1511 TWIN OAKS DRIVE
CLINTON MS 39056

CREDITOR ID: 403410-83
LEE ARNOLD & ASSOCIATES INC
D/B/A COLLIERS ARNOLD
4350 W CYPRESS STREET, SUITE 300
TAMPA FL 33607

CREDITOR ID: 254578-12
LEE BROWN
9531 GREYTHRONE PLACE
MONTGOMERY AL 36116

CREDITOR ID: 267827-14
LEE COUNTY APPRAISAL DEPT
ATTN: ALICE HODGE
215 S NIGHT ST
OPELIKA AL 36803

CREDITOR ID: 558-03
LEE COUNTY ELECTRIC COOP INC.
PO BOX 3455
NORTH FORT MYERS FL 33918

CREDITOR ID: 407464-99
LEE COUNTY ELECTRIC COOPERATIVE INC
C/O HENDERSON FRANKLIN ET AL
ATTN: JOHN A NOLAND, ESQ
PO BOX 280
FORT MYERS FL 33902-0280

CREDITOR ID: 254580-12
LEE COUNTY FAMILY COURT
PO BOX 387
BISHOPVILLE SC 29010

CREDITOR ID: 240537-06
LEE COUNTY SHERIFFS OFFICE
PO BOX 60557
FALSE ALARM REDUCTION UNIT
FORT MYERS FL 33906

CREDITOR ID: 240538-06
LEE COUNTY TAX COLLECTOR
PO BOX 1549
FT MEYRS FL 33902-1549

CREDITOR ID: 254587-12
LEE COUNTY TAX COMMISSIONER
PO BOX 9
PROPERTY YTAX
LEESBURG GA 31763-0009

CREDITOR ID: 267828-14
LEE COUNTY TAX OFFICE
ATTN: BETTY JOHNSON
100 STARKSVILLE AVE N
LEESBURG GA 31763-4548

CREDITOR ID: 375877-44
LEE COUNTY UTILITIES
P O BOX 30738
TAMPA, FL 33630-3738

CREDITOR ID: 254588-12
LEE COUNTY UTILITIES
7401 COLLEGE PARKWAY
FT MYERS, FL 33907

CREDITOR ID: 254591-12
LEE FIELDS
2406 AVALON ROAD
COLUMBUS GA 31907

CREDITOR ID: 392112-55
LEE GRIFFIN, MS. JIMMIE
C/O: MICHAEL K BREGMAN ESQ
ROSENBERG & ROSENBERG,  PA
2501 HOLLYWOOD BLVD
SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 387761-54
LEE GRIFFIN, MS. JIMMIE
260 SW 56TH AVENUE
BUILDING 9  APT 107
MARGATE, FL 33068

CREDITOR ID: 254592-12
LEE HECHT HARRISON LLC
DEPT CH # 10544
PALATINE IL 60055-0544

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254593-12<br>LEE J SMITH<br>801 SW 141 ST AVENUE<br>APT 204<br>PEMBROKE PINES FL 33027 | CREDITOR ID: 254594-12<br>LEE KERMODE<br>813 GREENVIEW DRIVE<br>APOLLO BEACH FL 33572 | CREDITOR ID: 254595-12<br>LEE MEMORIAL HEALTH SYS<br>PO BOX 2147<br>FT MYERS, FL 33902 |
| CREDITOR ID: 254596-12<br>LEE OFFICE EQUIP CO<br>PO BOX 428<br>VALDOSTA GA 31603-0428 | CREDITOR ID: 254597-12<br>LEE PRINTING INC<br>1641 LANDON AVE<br>JACKSONVILLE FL 32207-8699 | CREDITOR ID: 254598-12<br>LEE ROAD JUNIOR HIGH SCHOOL<br>79131 HIGHWAY 40<br>COVINGTON, LA 70435 |
| CREDITOR ID: 254600-12<br>LEE STREET ELEMENTARY<br>500 LEE ST<br>NEW IBERIA, LA 70560 | CREDITOR ID: 405048-95<br>LEE VAN YOUNG<br>6401 CEDAR WOOD DRIVE<br>JACKSON MS 39213 | CREDITOR ID: 241570-12<br>LEE, ADAM C<br>615 INDUSTRIAL DRIVE<br>RICHLAND MS 39218 |
| CREDITOR ID: 389136-54<br>LEE, BETTY<br>1058 NW 55TH TERRACE<br>MIAMI, FL 33122 | CREDITOR ID: 393015-55<br>LEE, BETTY<br>C/O: DAVID L. PERKINS, ESQ.<br>HOFFMAN, LARIN & AGNETTI, P.A.<br>909 N. MIAMI BEACH BLVD STE201<br>MIAMI FL 33162 | CREDITOR ID: 406294-15<br>LEE, CALYN JOSEPH<br>UNIF TRANS MIN ACT FL<br>C/O LYNDEN S WORDELL, CUSTODIAN<br>4911 SW BIMINI CIRCLE NORTH<br>PALM CITY FL 34990 |
| CREDITOR ID: 381359-47<br>LEE, CATHERNIE<br>500 CHAFFEE ROAD SOUTH, LOT 128<br>JACKSONVILLE, FL 32221-1180 | CREDITOR ID: 386012-54<br>LEE, CHARLOTTE R<br>1515 PRINCESS ANNE LANE<br>POCOMOKE CITY, MD 21851 | CREDITOR ID: 387097-54<br>LEE, CHERYL<br>14052 WEST PARSLEY DRIVE<br>APT. 2<br>MADEIRA BEACH FL 33708 |
| CREDITOR ID: 386832-54<br>LEE, CHRIS<br>1102 BUSAC<br>JACKSONVILLE FL 32221 | CREDITOR ID: 385820-54<br>LEE, DANA E<br>44425 TRAYLORS RD<br>ROBERT, LA 70455 | CREDITOR ID: 388383-54<br>LEE, ESTHER<br>100 NW 8TH AVE.<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 392483-55<br>LEE, ESTHER<br>C/O: KEVIN B. DENNIS<br>MOSKOWITZ & DENNIS, PLLC.<br>3111 STIRLING RD. STE C-303<br>FT.LAUDERDALE FL 33312 | CREDITOR ID: 400795-91<br>LEE, FRED<br>3883 TIMUCUA TRAIL<br>JACKSONVILLE FL 32277 | CREDITOR ID: 251408-12<br>LEE, HEATHER H<br>2338 LEE ROAD<br>OPELIKA, AL 36804 |
| CREDITOR ID: 389672-54<br>LEE, IVORE<br>1136 NE 15TH AVE<br>FT. LAUDERDALE, FL 33304 | CREDITOR ID: 389536-54<br>LEE, JASPER<br>618 WEBSTER STREET<br>KENNER, LA 70062 | CREDITOR ID: 393208-55<br>LEE, JASPER<br>C/O: JACQUELINE CAMPBELL<br>JACQUELINE CAMPBELL<br>1013 N CAUSEWAY BLVD<br>METARIE LA 70001 |
| CREDITOR ID: 406895-MS<br>LEE, JOHN D.<br>2931 MUSCADINE TRAIL<br>GAINESVILLE GA 30506 | CREDITOR ID: 386741-54<br>LEE, KENNETH<br>P.O BOX 1123<br>MADISON FL 32341 | CREDITOR ID: 386771-54<br>LEE, LINDA<br>5309 VALUABLE ST<br>ALBANY GA 31705 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 254602-12
LEEANN SANDERSON
7150 PEGGY MAC LANE
NEW PORT RICHEY FL 34653

CREDITOR ID: 406897-MS
LEEDER, JAMES
7312 CLARK RD.
LAKE CLARKE SHORES FL 33406

CREDITOR ID: 254603-12
LEEDS NEWS
ATTN BRENDA SCOTT, BUSINESS MGR
8024 PARKWAY DRIVE
LEEDS, AL 35094

CREDITOR ID: 405049-95
LEEDS NEWS
720 PARKWAY DR SE
LEEDS AL 35094

CREDITOR ID: 559-03
LEEDS WATER WORKS BOARD
ATTN CARLA C FORD
PO BOX 100
LEEDS AL 35094-0100

CREDITOR ID: 262301-12
LEEK, SUSAN
1053 LOOP ROAD
CLAYTON, NC 27520

CREDITOR ID: 406898-MS
LEEMON, HARVEY L.
33 MEADOWVIEW ROAD
WEST CHESTERFIELD NH 03466

CREDITOR ID: 254605-12
LEER LIMITED PARTNERSHIP
BOX 59710
MILWAUKEE WI 53259-0710

CREDITOR ID: 254606-12
LEES ELECTRIC CO INC
PO BOX 531
PETAL, MS 39465

CREDITOR ID: 254599-12
LEE'S SAUSAGE COMPANY, INC
ATTN W H LEE JR, PRES
1054 NEESES HIGHWAY
ORANGEBURG, SC 29115-9593

CREDITOR ID: 1545-07
LEESBURG BANSAL LLC
C/O RAM REALTY SERVICES INC
ATT DAVID GOLDSTEIN
7650 COURTNEY CAMPBELL CAUSEWAY
SUITE 920
TAMPA, FL 33607

CREDITOR ID: 254607-12
LEESBURG BANSAL LLC
C/O RAM REALTY SERVICES INC
ATT DAVID GOLDSTEIN SUITE 920
7650 COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607

CREDITOR ID: 382766-51
LEESBURG DAILY
ATTN PRISCILLA C PLUMMER, CRD MGR
212 E. MAIN STREET
LEESBURG, FL 34748

CREDITOR ID: 254608-12
LEETTA BOSTICK
2750 ELMORE ROAD
WETUMPKA, AL 36092

CREDITOR ID: 261035-12
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD
SUITE 800
CORAL GABLES, FL 33134-5200

CREDITOR ID: 1845-07
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD, STE 800
CORAL  GABLES, FL 33134-5200

CREDITOR ID: 388696-54
LEFEBVRE, SHARON
703 W. GIBBSON ST
ARCADIA FL 34266

CREDITOR ID: 254609-12
LEFLERS ELECTRONICS INC
PO BOX 789
HARRISBURG NC 28075

CREDITOR ID: 254610-12
LEFLORE COUNTY CIVIL JUSTICE COURT
PO BOX 8056
GREENWOOD, MS 38935-8056

CREDITOR ID: 254612-12
LEFT COAST LEARNING
440 COLOMA STREET STE A
SAUSALITO CA 94965

CREDITOR ID: 254613-12
LEFT LANE TRUCKIN
108 BAUERSFIELD STREET
HAMLET NC 28345

CREDITOR ID: 389148-54
LEFTENANT, DONNA
315 KNOLL RIDGE COURT
ALPHARETTA, GA 30022

CREDITOR ID: 386029-54
LEFTENANT, LA'JEANA (MINOR)
238 PIERRM DR
FAYETTEVILLE, NC 28303

CREDITOR ID: 389138-54
LEGAGNEAUR, FRANCINE
1497 NW 32 STREET
MIAMI, FL 33142

CREDITOR ID: 393017-55
LEGAGNEAUR, FRANCINE
C/O LAWRENCE E ZIEPER, PA
ATTN L ZIEPER OR T SHERMAN, ESQS
4770 BISCAYNE BLVD, SUITE 1430
MIAMI FL 33137

CREDITOR ID: 390192-54
LEGAKIN, STELLA
4835 100TH WAY NORTH
SAINT PETERSBURG, FL 33708

CREDITOR ID: 393633-55
LEGAKIN, STELLA
C/O JOHN MALKOWSKI, ESQUIRE
KENNEDY LAW GROUP
5100 W. KENNEDY BLVD.
SUITE 100
TAMPA FL 33609

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254614-12<br>LEGALSPAN INC<br>1325 N FIESTA BLVD. #4<br>GILBERT AZ 85233 | CREDITOR ID: 390249-54<br>LEGER, RUSSELL J<br>90 NORTH LUKE STREET<br>APT 103A<br>LAFAYETTE LA 70506 | CREDITOR ID: 387942-54<br>LEGERME, MULHOUSE<br>5010 NW 15TH COURT<br>LAUDERHILL, FL 33313 |
| CREDITOR ID: 392225-55<br>LEGERME, MULHOUSE<br>C/O ROBERT P DISTEFANO PA<br>ATTN ROBERT P DISTEFANO, ESQ<br>7471 W OAKLAND PARK BLVD, STE 106<br>FT LAUDERDALE FL 33319 | CREDITOR ID: 254615-12<br>LEGGETT & PLATT INC  FINANCIAL SVCS<br>PO BOX 198747<br>ATLANTA GA 30384-8747 | CREDITOR ID: 254616-12<br>LEGIER & MATERNE<br>1100 POYDRAS STREET<br>34TH FLOOR<br>NEW ORLEANS, LA 70163 |
| CREDITOR ID: 254617-12<br>LEGION PARK MIDDLE SCHOOL<br>710 WILLIAMS AVE<br>HOUMA, LA 70364 | CREDITOR ID: 267829-14<br>LEGISLATIVE AUDITOR LOUISIANA<br>ATTN: DANIEL G KYLE<br>STATE CAPITOL BUILDING<br>BATON ROUGE LA 70804 | CREDITOR ID: 392448-55<br>LEGRAND, ERICA M<br>C/O CRAIG GOLDENFARB, PA<br>ATTN CRAIG GOLDENFARB ESQ<br>2090 PALM BEACH LAKES BL STE 402<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 388333-54<br>LEGRAND, ERICA M<br>1317 PARKWAY COURT<br>GREENACRES, FL 33413 | CREDITOR ID: 394139-56<br>LEGRAND, SARA K (MINOR)<br>1317 PARKWAY COURT<br>GREENACRES, FL 33413 | CREDITOR ID: 394746-57<br>LEGRAND, SARA K (MINOR)<br>C/O CRAIG GOLDENFARB, PA<br>ATTN CRAIG GOLDENFARB ESQ<br>2090 PALM BEACH LAKES BLVD STE 402<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 400344-85<br>LEGRAND, SARA K (MINOR)<br>C/O CRAIG GOLDENFARB, PA<br>ATTN CRAIG GOLDENFARB, ESQ<br>2090 PALM BEACH LAKES BLVD STE 402<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 385844-54<br>LEGUR, GERMANY (MINOR)<br>806 E MOWRY DR APT 319<br>HOMESTEAD, FL 33030 | CREDITOR ID: 391098-55<br>LEGUR, GERMANY (MINOR)<br>C/O: WILLIAM T. BRADY<br>ISRIEL & ASSOCIATES<br>80 SW 8TH STREET, SUITE 1720<br>MIAMI FL 33130 |
| CREDITOR ID: 254618-12<br>LEHIGH SAFETY SHOE CO<br>ATTN THOMAS J BATTISTA, GEN CR MGR<br>PO BOX 371958<br>PITTSBURGH, PA 15250-7958 | CREDITOR ID: 1546-07<br>LEHMBERG CROSSING LLC<br>C/O MIDLAND LOAN SVC INC<br>1223 SOLUTIONS CENTER LB 77122<br>CHICAGO, IL 60677-1002 | CREDITOR ID: 254619-12<br>LEHMBERG CROSSING LLC<br>C/O MIDLAND LOAN SVC INC<br>1223 SOLUTIONS CENTER LB 771223<br>CHICAGO, IL 60677-1002 |
| CREDITOR ID: 398215-74<br>LEHR MIDDLEBROOKS PRICE & VREELAND<br>ATTN: J. KELLAM WARREN<br>2021 THIRD AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 254620-12<br>LEHR MIDDLEBROOKS PRICE&VREELAND PC<br>2021 3RD AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 399376-15<br>LEIDENHEIMER BAKING CO.<br>ATTN ROBERT J WHANN IV, PRES<br>1501 SIMON BOLIVAR AVENUE<br>NEW ORLEANS LA 70113 |
| CREDITOR ID: 254621-12<br>LEIF I BABOORAM<br>3465 RUDOLF ROAD<br>APT 2<br>LAKE WORTH FL 33461 | CREDITOR ID: 267830-31<br>LEIGH ENTERPRISES LP<br>ATTN: FRANK LEIGH<br>824 7TH ST N<br>COLUMBUS MS 39701-3404 | CREDITOR ID: 381668-47<br>LEIGHANN WESTMORELAND<br>4650 KUDZU LANE<br>MORGANTON, NC 28655 |
| CREDITOR ID: 254622-12<br>LEIGHTONS HONEY INC<br>1203 COMMERCE AVE<br>HAINES CITY, FL 33844 | CREDITOR ID: 256287-12<br>LEIN, MICHELLE L<br>6948 ARLEX DR S<br>JACKSONVILLE FL 32211 | CREDITOR ID: 254623-12<br>LEINER HEALTH PRODUCTS INC<br>901 EAST 233RD STREET<br>ATTN CHERYL CROTINGER<br>CARSON CA 90745-6204 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 561-03
LEITCHFIELD WATER SEWER & GAS
PO BOX  398
LEITCHFIELD KY 42754-0398

CREDITOR ID: 403328-83
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
THIRD FLOOR 801 BROAD STREET
CHATTANOOGA TN 37402-2621

CREDITOR ID: 381315-47
LEJEUNE PLUMBING
PO BOX 211
JEANERETTE, LA 70544

CREDITOR ID: 254625-12
LEK LLESHI CLEANING SERVICE COMPANY
5724 ST AUGUSTINE ROAD
JACKSONVILLE FL 32207

CREDITOR ID: 254626-12
LEKEYSHA N MILLER
832 WHITE BLVD, APT 502
MCCOMB, MS 39648

CREDITOR ID: 254627-12
LELA POWE
PO BOX 341
LUCEDALE MS 39452

CREDITOR ID: 254628-12
LELAND O'NEAL PLUMBING & BACKFLOW
8111 BURDELL DR
COLUMBIA, SC 29209

CREDITOR ID: 254629-12
LELAND SCHULTZ
ATLANTA CONSTITUTION
151 WINDINGWAY
LEESBURG, GA 31763

CREDITOR ID: 405051-95
LELAND SCHULTZ
827 W OGLETHORPE BLVD
ALBANY GA 31701

CREDITOR ID: 254630-12
LEMART SIMPSON
612 SOUTH 4TH STREET
WILMINGTON NC 28401

CREDITOR ID: 390221-54
LEMM, MARLENE
822 DOGWOOD DRIVE
CASSELBERRY FL 32707

CREDITOR ID: 393656-55
LEMM, MARLENE
C/O: TIM STANTON, ESQ.
P.O. BOX 758
WINTER PARK FL 32790-0758

CREDITOR ID: 388126-54
LEMONDS, MARGIE A
1432 WHIPPOORWILL WAY
AZLE TX 76020

CREDITOR ID: 391857-55
LEMOS, MARIA CRISTINA
C/O: ROBERT ROSELLI
ROSELLI & ROSELLI
3471 NORTH FEDERAL HIGHWAY
SUITE 600
FT. LAUDERDALE FL 33306

CREDITOR ID: 390420-54
LEMOS, MARIA CRISTINA
1007 SW 30 ST
FORT LAUDERDALE, FL 33315

CREDITOR ID: 254631-12
LEMUEL J DIAL
709 2ND AVENUE
BESSEMER AL 35020

CREDITOR ID: 254633-12
LENA JENKINS
1610 ALAN DRIVE
EUSTIS FL 32726

CREDITOR ID: 254634-12
LENA TREGRE
PO BOX 113
MORGANZA LA 70759

CREDITOR ID: 388951-54
LENHART, HILDA
26117 NW COUNTY RD.167
FOUNTAIN, FL 32438

CREDITOR ID: 392855-55
LENHART, HILDA
C/O: DANA ZHUKOVA
ZHUKOVA LAW, LLC
191 BROOKS ST, SE
FORT WALTON BEACH FL 32548

CREDITOR ID: 254635-12
LENK TRANSPORTATION INC
PO BOX 726
BRENTON HARBOR MI 49023

CREDITOR ID: 278513-24
LENNAR ALABAMA PARTNERS INC.
1601 WASHINGTON AVENUE
SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 254636-12
LENNIE THORNTON
122 MELROSE CIRCLE
FLORENCE MS 39073

CREDITOR ID: 388196-54
LENO, AMANDA
630 N. CARPENTER AVE
ORANGE CITY FL 32763

CREDITOR ID: 392412-55
LENO, AMANDA
C/O: DAVID RICKEY, ESQ.
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 382767-51
LENOIR NEWS
123 PENNTON AVENUE
LENOIR, NC 28645

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL GA 30076

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 407764-99
LENOIR PARTNERS LLC
C/O ROSEN LAW GROUP LLC
ATTN: MITCHELL S ROSEN, ESQ
ATLANATA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 254640-12
LENOIR W ARNOLD
605 B MCMATHMILL ROAD
AMERICUS GA 31709

CREDITOR ID: 254641-12
LENORE M DAVISON
10617 JUMPER CT
NEW PORT RICHEY FL 34655

CREDITOR ID: 267831-31
LENOWISCO PLANNING DST COMM
ATTN: RON FLANARY
6913 DUFF PATT RD
DUFFIELD VA 24244-9774

CREDITOR ID: 254642-12
LENSCRAFTERS
PO BOX 631537
CINCINNATI, OH 45263-1537

CREDITOR ID: 254643-12
LENZE CORPORATION
PO BOX 31112
HARTFORD CT 06150-1112

CREDITOR ID: 254644-12
LEO & SON SIGNWORKS
1941 LOWER HUNTERS TRACE
LOUISVILLE, KY 40216

CREDITOR ID: 254645-12
LEO E RICHARDS ROOFING &SHEET METAL
ATTN BEVERLY BROWN
2518 DIXIE HWY
LOUISVILLE KY 40216-5202

CREDITOR ID: 254646-12
LEO F MILANO
2206 N FOSTER DRIVE
BATON ROUGE LA 70801

CREDITOR ID: 375890-44
LEO R RICHARDSQ
2518 DIXIE HIGHWAY
LOUISVILLE, KY 40216

CREDITOR ID: 247399-12
LEO, CYNTHIA
8059 CARISBROOK COURT
JACKSONVILLE, FL 32244

CREDITOR ID: 254648-12
LEON COUNTY HUMANE SOCIETY
FUR BALL
413 TIMBERLANE ROAD
TALLAHASSEE FL 32312

CREDITOR ID: 254650-12
LEON D HARTLEY
175 HARTLEY LANE
LEESBURG GA 31763

CREDITOR ID: 392581-55
LEON, NADIA (MINOR)
C/O: FORD T HARDY ESQ.
FORD T HARDY, JR, ATTORNEY AT LAW
839 ST CHARLES AVENUE
SUITE 312
NEW ORLEANS LA 70130

CREDITOR ID: 390340-54
LEON, NADIA (MINOR)
7123 MARTIN DR
NEW ORLEANS, LA 70126

CREDITOR ID: 388166-54
LEON, PEDRO
19754 SW 133RD COURT
MIAMI FL 33177

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET:  #3900
JACKSONVILLE FL 32202

CREDITOR ID: 254651-12
LEONARD BRUSH & CHEMICAL CO
ATTN W TERRY ADAMS, PRES
1450 MELLWOOD AVENUE
LOUISVILLE, KY 40206-1748

CREDITOR ID: 254652-12
LEONARD M KALER
1760 SW SPRINGFIELD COURT
PALM CITY FL 34990

CREDITOR ID: 2375-07
LEONARD R. SETZER
C/O L.R.S. CO.
903 UNIVERSITY BLVD. N.
JACKSONVILLE FL 32211

CREDITOR ID: 254654-12
LEONARD SIGLER
18046 S W 29TH STREET
MIRAMAR, FL 33029

CREDITOR ID: 381835-99
LEONARD STREET AND DEINARD
ATTN: LARRY RICKE
150 SOUTH FIFTH STREET, STE 2300
MINNEAPOLIS MN 55402

CREDITOR ID: 254655-12
LEONARD TRUCKING
2577 SADNET LANE
NORTH PORT FL 34287

CREDITOR ID: 390314-54
LEONARD, HARRISON
2280 PASS RD #14
BILOXI MS 39531

CREDITOR ID: 387088-54
LEONARD, JOHN-CURTI
36537 EMERALDA AVE.
LEESBURG FL 34788

CREDITOR ID: 387709-54
LEONARD, KATHY
2609 NORTH PARKWAY
ATLANTA GA 30341

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 392341-55<br>LEONARD, MARTHA D<br>C/O TIERNAN W. LUCK, III<br>207 MONTGOMERY STREET<br>SUITE 425<br>MONTGOMERY AL 36104 | CREDITOR ID: 388074-54<br>LEONARD, MARTHA D<br>206 MONTGOMERY STREET, SUITE 4<br>MONTGOMERY, AL 36104 | CREDITOR ID: 254656-12<br>LEONOR BRITO<br>11232 S W 129 COURT<br>MIAMI FL 33186 |
| CREDITOR ID: 382768-51<br>LEOSTREAM<br>7 NEW ENGLAND EXECUTIVE PARK, 2D FL<br>BURLINGTON, MA 01803 | CREDITOR ID: 254657-12<br>LEOSTREAM CORP<br>950 WINTER STREET<br>SUITE 2400<br>WALTHAM MA 02451 | CREDITOR ID: 383187-53<br>LEPC - DISTRICT 4<br>6850 BELTFORD OAKS PLACE<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 397901-76<br>LEPKOSKY, JOLENE<br>1708 HIGH AVENUE,<br>METAIRIE, LA 70001 | CREDITOR ID: 269379-16<br>LERACH, WILLIAM S.<br>LERACH, COUGHLIN, ET AL<br>401 B STREET<br>SUITE 1700<br>SAN DIEGO, CA 92101-4297 | CREDITOR ID: 254658-12<br>LEROY BOMAR<br>230 CLEVELAND CHAPEL ROAD<br>SPARTANBURG SC 29303 |
| CREDITOR ID: 254659-12<br>LEROY HILL COFFEE COMPANY<br>3278 HALLS MILL RD<br>PO BOX DRAWER 6219<br>MOBILE, AL 36606-0219 | CREDITOR ID: 254660-12<br>LEROY SHEPPARD JR<br>8030 OLD KINGS ROAD, APT 39<br>JACKSONVILLE FL 32217 | CREDITOR ID: 254661-12<br>LEROY THURMAN III<br>183 HICKORY ROAD<br>RIDGELAND MS 39157 |
| CREDITOR ID: 267832-31<br>LEROY WTR FIRE PRCTECTION AUTH<br>ATTN: GENE ETHEREDGE<br>26123 HWY 43<br>LEROY AL 36548 | CREDITOR ID: 254662-12<br>LES MOORE<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 | CREDITOR ID: 254663-12<br>LES SERVICES INC<br>425 RUE LAURIER C P 460<br>SAINTE CROIX QC G0S 2H0<br>CANADA |
| CREDITOR ID: 254664-12<br>LESAFFRE YEAST CORPORATION<br>DEPARTMENT 59932<br>MILWAUKEE, WI 53259-0932 | CREDITOR ID: 395431-64<br>LESCO<br>PO BOX 1414<br>LAND O'LAKES, FL 34639 | CREDITOR ID: 254665-12<br>LESCO MEDISEARCH<br>PO BOX 1414<br>LAND O'LAKES, FL 34639-1414 |
| CREDITOR ID: 385334-54<br>LESEMANN, JEFFREY<br>1314 BANK STREET<br>NEW IBERIA, LA 70560 | CREDITOR ID: 407717-15<br>LESEMANN, JEFFREY<br>C/O JOHN HAAS WEINSTEIN, APLC<br>ATTN TOM ST GERMAIN, ESQ<br>407 S UNION STREET<br>OPELOUSAS LA 70570 | CREDITOR ID: 385334-54<br>LESEMANN, JEFFREY<br>C/O JOHN HAAS WEINSTEIN, APLC<br>ATTN TOM ST GERMAIN, ESQ<br>407 S UNION STREET<br>OPELOUSAS LA 70570 |
| CREDITOR ID: 390641-55<br>LESEMANN, JEFFREY<br>C/O: THOMAS A. GIBSON<br>ROBISON, CURPHEY & O'CONNELL<br>FOUR SEAGATE<br>NINTH FLOOR<br>TOLEDO OH 43609 | CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | CREDITOR ID: 388154-54<br>LESENE, RAGUEL<br>5213 WALLIS ROAD<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 397902-76<br>LESENE, RAGUEL<br>1387 WESTCHESTER DR. WEST<br>WEST PALM BCH., FL 33417 | CREDITOR ID: 398205-77<br>LESENE, RAGUEL<br>ATTN: FCHR<br>2009 APALACHEE PARKWAY, SUITE 100<br>TALLAHASSEE, FL 32301-4857 | CREDITOR ID: 375896-44<br>LESHEA HANIBLE<br>C/O SCOTT PERRILLOUX PA<br>PO DRAWER #639<br>AMITE, LA 70422 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254666-12<br>LESLEE A SUNDERLAND<br>370 WILL CLARK ROAD<br>PERRY FL 32347 | CREDITOR ID: 254667-12<br>LESLIE A GILLIAM<br>1304 LOVELADY LEWIS ROAD<br>SODDY DAISY TN 37379 | CREDITOR ID: 254668-12<br>LESLIE A ST ANN<br>511 S WALNUT STREET<br>MUNDELEIN IL 60060 |
| CREDITOR ID: 254669-12<br>LESLIE COOK<br>2011 FORT MANDEN DRIVE<br>MONROE NC 28110 | CREDITOR ID: 254671-12<br>LESLIE DAIGLE<br>541 IDA STREET<br>EUNICE LA 70535 | CREDITOR ID: 254672-12<br>LESLIE DUNN<br>PO BOX 2144<br>KNIGHTDALE NC 27545 |
| CREDITOR ID: 254673-12<br>LESLIE DURR<br>505 DODGE AVENUE<br>JEFFERSON, LA 70121 | CREDITOR ID: 254674-12<br>LESLIE F REYNOLDS<br>244 SONIAT AVENUE<br>HARAHAN LA 70123 | CREDITOR ID: 254675-12<br>LESLIE O'NEAL<br>11541 VILLA GRAND, APT 808<br>FT MEYERS FL 33913 |
| CREDITOR ID: 254676-12<br>LESLIE R FARROW<br>3021 WELLBROOKE ROAD<br>LOUISVILLE KY 40205 | CREDITOR ID: 254677-12<br>LESSIE MOORE ELEMENTARY<br>207 GRIFFITH STREET<br>PINEVILLE LA 71360 | CREDITOR ID: 254678-12<br>LESTER F SMITH ESQUIRE<br>721 AVIGNON DRIVE<br>BLDG 10 SUITE D<br>RIDGELAND, MS 39157 |
| CREDITOR ID: 254679-12<br>LESTER J EBRIGHT<br>4722 BEACON DRIVE<br>SARASOTA FL 34232-5220 | CREDITOR ID: 254680-12<br>LESTER LYN<br>204 DALEWOOD COURT<br>DEBARY FL 32713 | CREDITOR ID: 399683-YY<br>LESTER THOMAS PAVING INC<br>1821 HARVEY STREET<br>CHARLOTTE NC 28206 |
| CREDITOR ID: 254681-12<br>LESTER W GILBERT<br>3811 N.W. 192ND ST.<br>CAROL CITY FL 33055 | CREDITOR ID: 242594-12<br>LESTER, ASAAD R<br>2128 OAKDALE CIRCLE<br>DOTHAN AL 36303 | CREDITOR ID: 385289-54<br>LESTINA, DARLENE<br>9803 PINEWAY<br>TAMPA, FL 33635 |
| CREDITOR ID: 390597-55<br>LESTINA, DARLENE<br>C/O: RICHARD MULHOLLAND<br>RICHARD MULHOLLAND & ASSOCIATES<br>337 S. PLANT AVE.<br>TAMPA FL 33606 | CREDITOR ID: 254682-12<br>LET US PLAY JUNIOR 2K<br>1225 SELVA MARINA CIRCLE<br>ATLANTIC BEACH, FL 32233 | CREDITOR ID: 254683-12<br>LETHA M CARRUTH<br>245 RANKIN ROAD, LOT 30<br>JASPER, TN 37347-0024 |
| CREDITOR ID: 254684-12<br>LETHA WEST<br>1019 ROLLING STREET<br>ELIZABETHTOWN NC 28337 | CREDITOR ID: 406899-MS<br>LETHERWOOD, CHARLES L.<br>517 COUNTY DOWNS RD.<br>MONTGOMERY AL 36109 | CREDITOR ID: 254685-12<br>LETITIA O LOCKETT<br>4360 STONE RIDGE CIRCLE<br>TRUSSVILLE AL 35173 |
| CREDITOR ID: 254686-12<br>LETITIA TRICE<br>8062 SIERRA CT<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 385226-54<br>LETO, SONYA<br>3930 SOUTH ROSEVELT BLVD.<br>APT 403 NORTH<br>KEY WEST, FL 33040 | CREDITOR ID: 390534-55<br>LETO, SONYA<br>C/O: MANUEL E. GARCIA, ESQ.<br>MANUEL E. GARCIA, ESQ.<br>515 WHITEHEAD ST.<br>KEY WEST FL 33040 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254687-12<br>LETRICE BENNETT<br>1650 W CARDINAL DRIVE<br>MOBILE AL 36605 | CREDITOR ID: 254688-12<br>LEUKEMIA & LYMPHOMA SOCIETY<br>105 W 4TH STREET, SUITE 900<br>CINCINNATI OH 45202 | CREDITOR ID: 267833-31<br>LEV GUR PROPERTIES INC<br>ATTN: SAM GURFINKEL<br>89008940 TAFT ST<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 267834-31<br>LEV INC<br>ATTN: DANIEL LEVICK<br>10952 SW 65TH AVE<br>OCALA FL 34476-4887 | CREDITOR ID: 267835-31<br>LEVEE BOARD SHOP<br>ATTN: THOMAS SPENCER<br>1051 BAILEY RD<br>TUNICA MS 38676-9415 | CREDITOR ID: 267836-31<br>LEVEE JAMES ANNENBERG INVESTOR<br>ATTN: JAMES A LEVEE<br>7117 VALENCIA DR<br>BOCA RATON FL 33433-7405 |
| CREDITOR ID: 254689-12<br>LEVEE LIFT INC<br>PO BOX 660228<br>INDIANAPOLIS, IN 46266-0228 | CREDITOR ID: 267837-31<br>LEVEE PLNTN BED & BREAKFAST<br>ATTN: BETSY PERRY<br>1300 PLANTATION RD<br>TUNICA MS 38676-9219 | CREDITOR ID: 267838-31<br>LEVEE RUN FARM<br>ATTN: LEAN M HINES<br>802 GRENADA BLVD EXT<br>GREENWOOD MS 38930-2609 |
| CREDITOR ID: 267839-31<br>LEVEE VIEW ESTATES INC<br>ATTN: DREW LANCERS<br>144 INGERSOL RD APT 5<br>BENOIT MS 38725-9756 | CREDITOR ID: 406900-MS<br>LEVEE, TERRY J<br>3046 NAUTILUS RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 267840-31<br>LEVEL PLAINS TOWN OF<br>ATTN: PAT WAMBOLS<br>1708 JOE BRUER RD<br>DALEVILLE AL 36322-5244 |
| CREDITOR ID: 383154-99<br>LEVENFELD PEARLSTEIN, LLC<br>ATTN: WILLIAM S SCHWARTZ<br>211 WAUKEGAN ROAD<br>SUITE 300<br>NORTHFIELD IL 60093 | CREDITOR ID: 400797-91<br>LEVENSTEIN, SONIA L<br>647 PALERMO AVE<br>CORAL GABLES FL 33134 | CREDITOR ID: 254690-12<br>LEVENTE GAGYI<br>5501 SW 44TH TERRACE<br>FORT LAUDERDALE FL 33313 |
| CREDITOR ID: 254691-12<br>LEVI GRAVES<br>6709 VENTWOOD DRIVE<br>CLIMAX NC 27233 | CREDITOR ID: 267841-31<br>LEVI LEVERITT<br>770 WATERVIEW DR<br>LAGRANGE GA 30240-9116 | CREDITOR ID: 254692-12<br>LEVI MILTON ELEMENTARY SCHOOL<br>PO BOX 187<br>WALKER, LA 70785 |
| CREDITOR ID: 387327-54<br>LEVINSTONE, THERESA<br>7307 CHESTNUT TREE LANE<br>LOUISVILLE, KY 40291 | CREDITOR ID: 381503-47<br>LEVINUS, STEVEN<br>332 E ORANGE ST<br>ALTAMINTE SPRINGS, FL 32701 | CREDITOR ID: 389165-54<br>LEVISON, KIE-SHA<br>C/O ALVA PAYTON TAYLOR LAW OFFICE<br>ATTN ALVA PAYTON TAYLOR, ESQ<br>PO BOX 268<br>YAZOO CITY MS 39194 |
| CREDITOR ID: 389165-54<br>LEVISON, KIE-SHA<br>214 LINCOLN STREET<br>YAZOO CITY, MS 39194 | CREDITOR ID: 254693-12<br>LEVLAD INC<br>9200 MASON AVENUE<br>CHATSWORTH, CA 91311 | CREDITOR ID: 381862-99<br>LEVY & DRONEY PC<br>ATTN: ROSS G FINGOLD<br>74 BATTERSON PARK RD<br>FARMINGTON CT 06032 |
| CREDITOR ID: 254694-12<br>LEVY COUNTY BOARD OF ED<br>PO DRAWER 129<br>BRANSON FL 32621 | CREDITOR ID: 267842-14<br>LEVY COUNTY TAX COLLECTOR<br>ATTN: LINDA FUGATE<br>55 SW MAIN ST<br>WILLISTON FL 32696-2526 | CREDITOR ID: 388365-54<br>LEVY, JUDITH<br>755 SW 148TH AVENUE APT 1106<br>SUNRISE, FL 33325 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392466-55 | CREDITOR ID: 406901-MS | CREDITOR ID: 385589-54 |
| LEVY, JUDITH | LEVY, MICHAEL | LEVY, THEODORE B |
| C/O SCHULER & HALVORSON, PA | 2970 HUCKLEBERRY HILL | 501 SE 6TH AVENUE APT #308 |
| ATTN JOSEPH GRAVES, ESQ | FORT MILL SC 29715 | FORT LAUDERDALE, FL 33301 |
| 1615 FORUM PLACE, STE. 4-D | | |
| BARRISTERS BUILDING | | |
| WEST PALM BEACH FL 33401 | | |
| | | |
| CREDITOR ID: 387707-54 | CREDITOR ID: 400798-91 | CREDITOR ID: 400183-86 |
| LEWANDOWSKI, BEA | LEWIN, ALAN F | LEWIS (MINOR), KEIONDA LEI |
| 1555 CARLISLE DRIVE | 2049 S W 35 AVE | 601 SYCAMORE ST., BAY |
| CASSELBERRY FL 32708 | DELRAY BEACH FL 33445 | ST.  LOUIS  MO 39520 |
| | | |
| CREDITOR ID: 254696-12 | CREDITOR ID: 254697-12 | CREDITOR ID: 254698-12 |
| LEWIS B SHIRLEY | LEWIS BAKERY | LEWIS BROTHERS BAKERIES |
| 2709 LAWLAND DRIVE | 500 NORTH FULTON AVE. | 500 N FULTON AVENUE |
| RICHMOND, VA 23294 | EVANSVILLE IN 47710 | EVANSVILLE, IN 47710 |
| | | |
| CREDITOR ID: 2921-04 | CREDITOR ID: 400799-91 | CREDITOR ID: 254699-12 |
| LEWIS DISPOSAL | LEWIS JR, VINCENT J. | LEWIS LAWN EQUIPMENT INC |
| 613 S. MAIN ST. | PO BOX 537 | 4121 TROY HWY |
| WRENS GA 30833 | BLAIRSVILLE GA 30514 | MONTGOMERY AL 36116 |
| | | |
| CREDITOR ID: 254700-12 | CREDITOR ID: 254701-12 | CREDITOR ID: 254702-12 |
| LEWIS LOCKSMITH | LEWIS LONGMAN & WALKER PA | LEWIS MACHINING & ENGINEERING |
| 802 W 24TH STREET | 9428 BAYMEADOWS ROAD | PO BOX 1102 |
| LUMBERTON NC 28358 | SUITE 625 | 1816 S PATTERSON ST |
| | JACKSONVILLE, FL 32256 | VALDOSTA, GA 31603-1102 |
| | | |
| CREDITOR ID: 254703-12 | CREDITOR ID: 254704-12 | CREDITOR ID: 254705-12 |
| LEWIS NURSERY & FARMS INC | LEWIS PETZOLD | LEWIS R DRUSS PA |
| 3500 NC HWY 133 | 9926 EARLSTON STREET | 7805 S W 6TH COURT |
| ROCKY POINT NC 28457 | ORLANDO, FL 32817 | PLANTATION FL 33324-3203 |
| | | |
| CREDITOR ID: 254706-12 | CREDITOR ID: 254707-12 | CREDITOR ID: 254708-12 |
| LEWIS STOKES SANITATION | LEWIS SYSTEMS & SERVICE CO INC | LEWIS WOOLDRIGE |
| PO BOX 237 | 3702 BOREN DR | 222 LEATHERWOOD PL |
| HILLIARD, FL 32046-0237 | GREENSBORO, NC 27407 | BEDFORD, VA 24523 |
| | | |
| CREDITOR ID: 387675-54 | CREDITOR ID: 386794-54 | CREDITOR ID: 243051-12 |
| LEWIS, APRIL | LEWIS, BARBARA | LEWIS, BARBARA |
| 131 E. 27TH ST | 273441 MURREHA ROAD | 3902 BAHAMA DRIVE |
| APT 6 | HILLIARD FL 32046 | HOPKINSVILLE, KY 42240 |
| RIVIERA BEACH FL 33404 | | |
| | | |
| CREDITOR ID: 391683-55 | CREDITOR ID: 397903-76 | CREDITOR ID: 392908-55 |
| LEWIS, BARBARA | LEWIS, CHRISTINE | LEWIS, FRANCINE B |
| C/O LAW OFFICES OF DAVID SACKS | 66 SAWGRASS MANOR DRIVE | C/O THOMAS & PEARL, PA |
| ATTN DAVID SACKS, ESQ | NEWNAN, GA 30265 | ATTN B PEARL OR C MANCUSO, ESQS |
| 1824 ATLANTIC BLVD | | 2404 NE 9TH STREET |
| JACKSONVILLE FL 32207 | | FORT LAUDERDALE FL 33304 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 390458-54
LEWIS, FRANCINE B
6410 NORTHWEST COURT
MIAMI, FL 33150

CREDITOR ID: 250089-12
LEWIS, FREDRICK R
2317 FISHING COURT
FUQUAY VARIAN, NC 27526

CREDITOR ID: 386843-54
LEWIS, JAMES
15091 SE 103RD TERRACE
SUMMERFIELD FL 34491

CREDITOR ID: 387667-54
LEWIS, JANA
8563 ZOAR ROAD
BAXLEY GA 31513

CREDITOR ID: 386546-54
LEWIS, JOHN
114 COUNTRY PLACE
TEMPLE GA 30179

CREDITOR ID: 391740-55
LEWIS, KEIONDA LEI (MINOR)
C/O: MAGER A. VARNADO, JR., ESQUIRE
MAGER A. VARNADO, JR., ESQUIRE
1300 25TH AVENUE, SUITE 105
P. O. BOX 1914
GULFPORT MS 39502

CREDITOR ID: 399317-81
LEWIS, KEIONDA LEI (MINOR)
601 SYCAMORE ST., BAY
ST. LOUIS, MS 39520

CREDITOR ID: 388234-54
LEWIS, LORENZO
3737 COUNTRY LANE
LAKELAND FL 33810

CREDITOR ID: 389055-54
LEWIS, LOUISE T
1739 ST. BERNARD AVENUE
NEW ORLEANS, LA 70116

CREDITOR ID: 394222-56
LEWIS, MARIA
4272 OAK ST
MARIANNA, FL 32448

CREDITOR ID: 394788-57
LEWIS, MARIA
ATTN JON CAMINEZ, ESQ
1307 SO JEFFERSON STREET
MONTICELLO FL 32344

CREDITOR ID: 400401-85
LEWIS, MARIA
C/O JON CAMINEZ, ESQUIRE
CAMINEZ, BROWN & HARDEE, P.A.
1307 SO. JEFFERSON STREET
MONTICELLO FL 32344

CREDITOR ID: 392538-55
LEWIS, MARY DRAKE
C/O TOWNSEND AND BLOOM, P.L.L.C.
ATTN STEPHEN D. BLOOM, ESQ
300 SOUTH MAIN ST.
EMPORIA VA 23847-2048

CREDITOR ID: 388443-54
LEWIS, MARY DRAKE
474 REGIES RD
EMPORIA, VA 23847

CREDITOR ID: 406307-93
LEWIS, MELVIN DAVID
2164 GEORGIA HWY 147
REIDSVILLE GA 30499

CREDITOR ID: 387535-54
LEWIS, PATTIE
352 PINE LAND RD
MAPLETON GA 30059

CREDITOR ID: 392040-55
LEWIS, PATTIE
C/O: CHARLES MORRIS
P.O. BOX 47
POWDER SPRINGS GA 30127

CREDITOR ID: 386728-54
LEWIS, PAUL
832 BURR STREET
OPELOUSAS LA 70570

CREDITOR ID: 389935-54
LEWIS, ROBERT
714 LAKE AVE
METAIRIE, LA 70002

CREDITOR ID: 393469-55
LEWIS, ROBERT
C/O LABOURDETTE LAW FIRM, LLC
ATTN SCOT J LABOURDETTE, ESQ
1100 POYDRAS STREET, STE 2900
NEW ORLEANS LA 70163

CREDITOR ID: 385749-54
LEWIS, ROBERT D
4096 KENWOOD DRIVE
HAMILTON, OH 45015

CREDITOR ID: 391024-55
LEWIS, ROBERT D
C/O: GEORGE N. JONSON, ESQ.
LAW OFFICES HOLBROCK & JONSON
315 SOUTH MONUMENT AVE
POST OFFICE BOX 687
HAMILTON OH 45012

CREDITOR ID: 388553-54
LEWIS, SHANDANELL
4601 MAC AUTHOR BLVD
NEW ORLEANS, LA 70131

CREDITOR ID: 392624-55
LEWIS, SHANDANELL
C/O: TIM L. FIELDS
LAW OFFICES OF TIM L. FIELDS
7611 MAPLE STREET STE. C
NEW ORLEANS LA 70118

CREDITOR ID: 260886-12
LEWIS, SHEMEKA L
102 E MORTON STREET
FRANKLIN, VA 23851

CREDITOR ID: 385170-54
LEWIS, TERRY (MINOR)
PO BOX 28101
JACKSONVILLE, FL 32226

CREDITOR ID: 385999-54
LEWIS, TIFFANY
401 PLANTATION DR
CHALMETTE, LA 70043

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391218-55<br>LEWIS, TIFFANY<br>C/O HAROLD L EHRENBERG<br>HAROLD L. EHRENBERG<br>2113 VETERANS BLVD.<br>METAIRIE LA 70002 | CREDITOR ID: 388544-54<br>LEWIS, TIJUANA<br>321 WESTBROOK RD.<br>CARROLLTON, GA 30116 | CREDITOR ID: 392619-55<br>LEWIS, TIJUANA<br>C/O: GRAYLIN C. WARD, ESQUIRE<br>WARD LAW OFFICE<br>GRAYLIN C WARD<br>27 E BROAD ST.<br>NEWNAN GA 30263 |
| CREDITOR ID: 406902-MS<br>LEWIS, VINCENT<br>PO BOX 537<br>BLAIRSVILLE GA 30514 | CREDITOR ID: 269378-16<br>LEWIS, WILLIAM<br>C/O J. MICHAEL CONAWAY<br>PO BOX 1631<br>DOTHEN, AL 36302 | CREDITOR ID: 254709-12<br>LEXCOM TELEPHONE<br>PO BOX 1269<br>LEXINGTON, NC 27293-1269 |
| CREDITOR ID: 254710-12<br>LEXICON RELOCATION SYSTEM<br>815 SOUTH MAIN STREET<br>FOURTH FLOOR<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 278514-24<br>LEXINGTON 1991 PARTNERSHIP<br>16955 VIA DEL CAMPO<br>SAN DIEGO CA 92127 | CREDITOR ID: 267844-31<br>LEXINGTON COUNTY CITY WATER AN<br>ATTN: WILLIAM C BULL<br>2546 TWO NOTCH RD<br>LEXINGTON SC 29072-8998 |
| CREDITOR ID: 405052-95<br>LEXINGTON COUNTY JOINT MUNICIPAL<br>PO BOX 1966<br>LEXINGTON SC 29071-1966 | CREDITOR ID: 267845-31<br>LEXINGTON COUNTY PUBLIC WORKS<br>ATTN: JOHN FECHTEL<br>440 BALL PARK RD<br>LEXINGTON SC 29072-2240 | CREDITOR ID: 382769-51<br>LEXINGTON DISPATCH<br>30 EAST FIRST AVENUE<br>LEXINGTON, NC 27292 |
| CREDITOR ID: 254713-12<br>LEXINGTON FAYETTE CO H D<br>333 WALLER AVE 4TH FLOOR<br>LEXINGTON, KY 40504-2915 | CREDITOR ID: 254714-12<br>LEXINGTON FAYETTE COUNTY<br>PO BOX 14078<br>DIVISION OF REVENUE<br>LEXINGTON, KY 40512-4078 | CREDITOR ID: 254715-12<br>LEXINGTON HERALD LEADER CO<br>ATTN DAVID L HARBOLT<br>PO BOX 6433<br>CAROL STREAM, IL 60197-6433 |
| CREDITOR ID: 397655-72<br>LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 254716-12<br>LEXINGTON MEDICAL CENTER CHAPI<br>PO BOX 100272<br>COLUMBIA SC 29202-3272 | CREDITOR ID: 254717-12<br>LEXINGTON MEDICAL CNTR OCCUPATIONAL<br>300 WEST DUNBAR RD<br>WEST COLUMBIA SC 29170 |
| CREDITOR ID: 254718-12<br>LEXINGTON MEMORIAL HOSPITAL<br>PO BOX 1817<br>LEXINGTON, NC 27293-0181 | CREDITOR ID: 254719-12<br>LEXINGTON MUSIC & SOUND<br>PO BOX 633501<br>CINCINNATTI OH 45263-3501 | CREDITOR ID: 395682-65<br>LEXIS NEXIS<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 |
| CREDITOR ID: 375911-44<br>LEXIS-NEXIS<br>ATTN NANCY J AUCOIN/M VIOLET<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 403244-12<br>LEXIS-NEXIS<br>ATTN MELISSA VIOLET<br>BANKRUPTCY DEPARTMENT<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | CREDITOR ID: 249258-12<br>LEXISNEXIS EXAMEN INC<br>3831 NORTH FREEWAY BLVD, STE 200<br>SACRAMENTO CA 95834 |
| CREDITOR ID: 406287-15<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN G COUNSEL OR M CLARK, ASST GC<br>9443 SPRINGBORO PIKE<br>DAYTON OH 45342 | CREDITOR ID: 254720-12<br>LEXISNEXIS PEOPLEWISE<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 390194-54<br>LEYVA, MARIA<br>1150 SW 118TH TERRACE<br>DAVIE, FL 33325 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393635-55<br>LEYVA, MARIA<br>C/O LANDAU & SEGAL, PA<br>ATTN MATHEW D  LANDAU, ESQ<br>2131 HOLLYWOOD BLVD, SUITE 503<br>HOLLYWOOD FL 33020 | CREDITOR ID: 388800-54<br>LEZAMA, MARIA<br>645 UNITED ST 32<br>MIAMI, FL 33040 | CREDITOR ID: 392755-55<br>LEZAMA, MARIA<br>C/O: BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 |
| CREDITOR ID: 254721-12<br>LF LIMITED LP & WALNUT STREET PRTNR<br>C/O COLLIERS CAUBLE CO<br>1349 W PEACHTREE STREET SUITE 1100<br>ATLANTA GA 30309 | CREDITOR ID: 254217-12<br>LFUCG<br>PO BOX 13057<br>LEXINGTON, KY 40512 | CREDITOR ID: 318761-43<br>LFUCG<br>P O BOX 1333<br>LEXINGTON KY 40588-1333 |
| CREDITOR ID: 254218-12<br>LH HAYWARD & CO<br>PO BOX 23751<br>HARAHAN, LA 70183-0751 | CREDITOR ID: 403412-15<br>LH HAYWARD & COMPANY, LLC<br>ATTN RICHARD V HAYWARD, PRES<br>5401 TOLER STREET<br>HARAHAN LA 70123 | CREDITOR ID: 403329-83<br>LHC GROUP<br>ATTN: THOMAS L. BURLEIGH<br>420 W. PINHOOK<br>LAFAYETTE LA 70503 |
| CREDITOR ID: 267846-31<br>LHM SERVICES INC<br>ATTN: LINDA H MCCRAE<br>945 N LAKE ADAIR BLVD<br>ORLANDO FL 32804-6205 | CREDITOR ID: 254723-12<br>LIANA WILLIAMS<br>632 LABARRE ROAD<br>JEFFERSON LA 70121 | CREDITOR ID: 382034-36<br>LIBBEY<br>JAYSON A ZIELINSKI<br>PO BOX 10060<br>300 MADISON AVE<br>TOLEDO OH 43699-0060 |
| CREDITOR ID: 254724-12<br>LIBBEY GLASS<br>PO BOX 93864<br>CHICAGO, IL 60673-3864 | CREDITOR ID: 405053-95<br>LIBBEY GLASS<br>8419 NW 53RD TERR #111<br>MIAMI FL 33166 | CREDITOR ID: 403479-15<br>LIBBEY GLASS INC<br>ATTN JOHN SHAFFER, CREDIT DEPT<br>300 MADISON AVENUE<br>PO BOX 10060<br>TOLEDO OH 43699-0060 |
| CREDITOR ID: 1550-07<br>LIBBY CROSS STATION ENTERPRISE<br>ATTN: RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | CREDITOR ID: 254725-12<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | CREDITOR ID: 254726-12<br>LIBBY R ADAMS<br>159 ALBERMARLE AVENUE<br>PEARL MS 39208 |
| CREDITOR ID: 406903-MS<br>LIBBY, LEWIS G.<br>6000 SAN JOSE BLVD. 1B<br>JACKSONVILLE FL 32217 | CREDITOR ID: 267847-31<br>LIBERTY CHESNE FINGERVILLE<br>ATTN: GREG MIKOTA<br>1485 HIGHWAY 11 W<br>CHESNEE SC 29323-9704 | CREDITOR ID: 267848-31<br>LIBERTY CNTY SOLID WASTE AUTH<br>ATTN: DAVE SAPP<br>625 ROGERS PASTURE RD<br>FLEMING GA 31309 |
| CREDITOR ID: 254728-12<br>LIBERTY GOLD FRUIT CO INC<br>PO BOX 200110<br>DALLAS, TX 75320-0110 | CREDITOR ID: 254729-12<br>LIBERTY LOCKSMITH<br>321 GLEN BRIDGE ROAD<br>ARDEN NC 28704 | CREDITOR ID: 403387-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O HEDRICK DEWBERRY ET AL<br>ATTN: JEFFREY C REGAN<br>50 NORTH LAURA ST, STE 1600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 254730-12<br>LIBERTY REGIONAL MED CENTER<br>PO BOX 919<br>462 E G MILES PKWY<br>HINESVILLE, GA 31310 | CREDITOR ID: 267849-31<br>LIBERTY SEBRING INC<br>ATTN: PUNIT SHAH<br>798 NINA DR<br>SAINT PETERSBURG FL 33715-2038 | CREDITOR ID: 254731-12<br>LIBIN V ABRAHAM<br>9315 CHARBER CIRCLE<br>CHATTANOOGA TN 37421 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382770-51<br>LIBMAN COMPANY<br>220 N. SHELDON<br>ARCOLA, IL 61910 | CREDITOR ID: 262845-12<br>LIBMAN COMPANY, THE<br>ATTN: JOHN D ROSS, CONTR<br>5167 EAGLE WAY<br>CHICAGO, IL 60678-1051 | CREDITOR ID: 254732-12<br>LICENSE OFFICE<br>PO BOX 190<br>COLUMBIANA AL 35051 |
| CREDITOR ID: 254733-12<br>LICHTENSTEIN CONSULTING ENGINEERS<br>2700 WEST CYPRESS CREEK ROAD<br>SUITE D140<br>FT LAUDERDALE FL 33309 | CREDITOR ID: 386172-54<br>LIDDELL, DEMICHAEL (MINOR)<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 | CREDITOR ID: 391333-55<br>LIDDELL, DEMICHAEL (MINOR)<br>C/O: EDWARD WIGGINS<br>FUNCHES & ASSOCIATES<br>1617 ROBINSON ST<br>JACKSON MS 39209 |
| CREDITOR ID: 254734-12<br>LIDDYS MACHINE SHOP<br>825 DORA ST<br>JACKSONVILLE, FL 32204-2305 | CREDITOR ID: 254735-12<br>LIDIA RODRIGUEZ<br>3035 NW 15TH AVENUE<br>MIAMI, FL 33142 | CREDITOR ID: 375917-44<br>LIDO DISTRIBUTING INC<br>JAMES STEVENSON<br>P O BOX 818<br>SARASOTA FL 34230-0818 |
| CREDITOR ID: 387973-54<br>LIEBEL, MICHAEL<br>205 20TH STREET N., SUITE 629<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 392254-55<br>LIEBEL, MICHAEL<br>PATRICK J BALLARD ATTORNEY AT LAW<br>ATTN PATRICK J BALLARD, ESQ<br>2214 SECOND AVE NORTH STE 100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 279437-99<br>LIEBMANN CONWAY OLEJNICZAK JERRY<br>ATTN: JEROME E SMYTH<br>231 S ADAMS ST<br>PO BOX 23200<br>GREEN BAY WI 54305-3200 |
| CREDITOR ID: 244553-12<br>LIED, CARLA J<br>15515 OLNEY LANE<br>SPRING HILL, FL 34610 | CREDITOR ID: 245268-12<br>LIEN, CHIU LAN<br>643 IDLEWILD CIRCLE, APT 7<br>BIRMINGHAM AL 35205 | CREDITOR ID: 254736-12<br>LIF REALTY TRUST<br>106 ACCESS RD<br>CAIL REALTY ATTN M CAIL<br>NORWOOD, MA 02062-5294 |
| CREDITOR ID: 1551-RJ<br>LIF REALTY TRUST<br>CAIL REALTY<br>ATTN: M CAIL<br>106 ACCESS RD<br>NORWOOD, MA 02062-5294 | CREDITOR ID: 254737-12<br>LIFE INSURANCE CO OF GEORGE<br>C/O COLLIERS CAUBLE  ATTN JEAN HILT<br>1349 W PEACHTREE STREET NE<br>TWO MIDTOWN PLAZA STE 1100<br>ATLANTA, GA 30309-2956 | CREDITOR ID: 1552-07<br>LIFE INSURANCE CO OF GEORGE<br>C/O COLLIERS CAUBLE<br>ATTN: JEAN<br>1349 W PEACHTREE STREET NE<br>ATLANTA, GA 30309-2956 |
| CREDITOR ID: 254738-12<br>LIFE INSURANCE COMPANY OF GEORGIA<br>%ENGEL REALTY COMPANY INC<br>951 EIGHTEENTH ST SOUTH STE 200<br>BIRMINGHAM AL 35205 | CREDITOR ID: 2376-07<br>LIFE INSURANCE COMPANY OF GEORGIA<br>5780 POWERS FERRY RD NW<br>ATLANTA GA 30327 | CREDITOR ID: 403330-83<br>LIFE NET MEDICAL TRANSPORT<br>563 W 500 S SUITE 330<br>BOUNTIFUL UT 84010 |
| CREDITOR ID: 254739-12<br>LIFE OF PARTY FAMILY ENTERTAINMENT<br>PO BOX 17171<br>RALEIGH NC 27619 | CREDITOR ID: 254740-12<br>LIFE SAFE SERVICES<br>5971 POWERS AVENUE<br>SUITE 108<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 254741-12<br>LIFE SAFETY EQUIPMENT CO INC<br>ATTN: SONDRA E MCDANIEL, PRES<br>124 W SWANNANOA STREET<br>PO BOX 1294<br>LIBERTY, NC 27298 |
| CREDITOR ID: 267850-31<br>LIFE TOOLS COMMUNITY DEVELOPME<br>ATTN: DAVID A DIVINE<br>270 HALEHAVEN DR<br>DOUGLASVILLE GA 30134-7262 | CREDITOR ID: 254743-12<br>LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750 | CREDITOR ID: 407449-15<br>LIFECLINIC INTERNATIONAL, INC<br>ATTN STEVE HALPERIN, COO/CFO<br>255 N WASHINGTON STREET, SUITE 202<br>ROCKVILLE MD 20850 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382771-51<br>LIFECLINIC.COM CORPORATION<br>255 N WASHINGTON STREET, SUITE 202<br>ROCKVILLE, MD 20850 | CREDITOR ID: 254744-12<br>LIFEFORCE LABS LLC<br>920 BRITT CT<br>SUITE 124<br>ALTAMONTE SPRINGS, FL 32701 | CREDITOR ID: 254742-12<br>LIFE-LIKE PRODUCTS, INC<br>ATTN BARRY T FINN, CR MGR<br>1600 UNION AVENUE<br>BALTIMORE MD 21211 |
| CREDITOR ID: 405054-95<br>LIFE-LIKE PRODUCTS, INC<br>PO BOX 73228<br>BALTIMORE MD 21273-0228 | CREDITOR ID: 382772-51<br>LIFE-PRO<br>10730 PACIFIC STREET, SUITE 248<br>OMAHA, NE 68114 | CREDITOR ID: 382773-51<br>LIFESCAN, INC.<br>1000 GILBRALTAR DR.<br>MILPITAS, CA 95035 |
| CREDITOR ID: 254745-12<br>LIFESCREEN<br>15772 85TH AVENUE N<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 254746-12<br>LIFESTAR<br>2244 S OLIVE STREET<br>DENVER, CO 80224 | CREDITOR ID: 382774-51<br>LIFETIME HOAN CORPORATION<br>ONE MERRICK AVE.<br>WESTBURY, NY 11590 |
| CREDITOR ID: 254747-12<br>LIFETIME HOAN CORPORATION<br>PO BOX 19415<br>NEWARK, NJ 07195-9415 | CREDITOR ID: 254748-12<br>LIFO PRO INC<br>10730 PACIFIC STREET<br>SUITE 248<br>OMAHA NE 68114 | CREDITOR ID: 269304-16<br>LIFSHITZ, MEL E.<br>BERNSTEIN, LIEBHARD & LIFSHITZ, LLP<br>10 EAST 40TH STREET<br>22ND FLOOR<br>NEW YORK, NY 10016 |
| CREDITOR ID: 254749-12<br>LIFT POWER INC<br>PO BOX 37370<br>JACKSONVILLE FL 32236-7370 | CREDITOR ID: 254750-12<br>LIFT STATIONS R US<br>PO BOX 161918<br>MIAMI FL 33116 | CREDITOR ID: 254751-12<br>LIFTER ENTERPRISES<br>18425 NW 2ND AVE<br>MIAMI, FL 33169 |
| CREDITOR ID: 2378-07<br>LIFTER REALTY<br>17760 NW 2ND AVE., STE 200<br>MIAMI FL 33169 | CREDITOR ID: 2078-07<br>LIFTER, BENNET M.<br>LIFTER ENTERPRISES<br>17760 NW SECOND AVE., SUITE 200<br>MIAMI FL 33169 | CREDITOR ID: 254752-12<br>LIGHT BULB DEPOT 5 LLC<br>PO BOX 2363<br>SARASOTA, FL 34230-2363 |
| CREDITOR ID: 267851-31<br>LIGHT ROAD DEVELOPMENT CO<br>ATTN: DR ARUN SAHI<br>503 BAY POINTE CV<br>BRANDON MS 39047-8631 | CREDITOR ID: 250019-12<br>LIGHT, FRANK<br>KINGSPORT POLICE DEPT<br>200 SHELBY STREET<br>KINGSPORT, TN 37660 | CREDITOR ID: 374973-44<br>LIGHT, FRANK<br>2450 MEMORIAL BLVD<br>KINGSPORT, TN 37664 |
| CREDITOR ID: 247103-12<br>LIGHTBODY, COURTNEY<br>3921 N W 46 WAY<br>LAUDERDALE LAKES FL 33319 | CREDITOR ID: 390296-54<br>LIGHTFOOT, KENNETH<br>701 RIVER PLACE DRIVE<br>APT 1111<br>ARLINGTON TX 76006 | CREDITOR ID: 254753-12<br>LIGHTHOUSE BAPTIST CHURCH<br>30997 HORSESHOE ROAD N<br>INDEPENDENCE, LA 70443 |
| CREDITOR ID: 254754-12<br>LIGHTHOUSE DISPATCH INC<br>2045 WILOW ROAD<br>GAINESVILLE GA 30507 | CREDITOR ID: 254755-12<br>LIGHTNING STRIKES<br>3600 ROOSEVELT BLVD<br>TRUSSVILLE, AL 35235 | CREDITOR ID: 254756-12<br>LIGHTOLIER<br>PO BOX 643517<br>PITTSBURGH PA 15264-3517 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 254757-12
LIGON ELECTRIC SUPPLY
PO BOX 5098
WINSTON SALEM NC 27113-5098

CREDITOR ID: 385968-54
LIGON, CHRISTINE
5710 NW 74TH #103
COCONUT CREEK, FL 33073

CREDITOR ID: 388317-54
LIIKALA, TERESA
2803 W. EARLINGTON
ORLANDO, FL 32805

CREDITOR ID: 392439-55
LIIKALA, TERESA
C/O: ELIZABETH GILLHAM
MORGAN, COLLING & GILBERT PA
PO BOX 9504
FORT MYERS FL 33906

CREDITOR ID: 386250-54
LIKAR, DARLENE
124 ESPERANZA GR ROAD
EAST PALATKA FL 32131

CREDITOR ID: 254758-12
LIL DRUG STORE PRODUCTS
ATTN: JULIE MCLAUGHLIN, CR MGR
1201 CONTINENTAL PLACE NE
CEDAR RAPIDS, IA 52402

CREDITOR ID: 254759-12
LILA M PAYNE
4116 SHADY VILLA
LOUISVILLE KY 40219

CREDITOR ID: 254760-12
LILES GAVIN COSTANTINO & MURPHY
ONE ENTERPRISE CENTER
225 WATER STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 388584-54
LILES, LEROY
79 LAKESIDE
DR
EUFAULA AL 36027

CREDITOR ID: 254761-12
LILIAN GUEVARRA
4378 SW 141 AVENUE
DAVIE FL 33330

CREDITOR ID: 256093-12
LILLARD, MERIEM S
PO BOX 844
HIGH SPRINGS FL 32643

CREDITOR ID: 254762-12
LILLIAN BIGHAM
4289 N WEASEL TRAIL
LINCOLN MI 48742-9655

CREDITOR ID: 254763-12
LILLIAN CIRINO
22743 BELTRESS DRIVE
LAND O LAKES FL 34639

CREDITOR ID: 254764-12
LILLIAN HARMON
506 SPANN AVENUE
CROWLEY, LA 70526

CREDITOR ID: 254765-12
LILLIAN HOBGOOD
8127 HIGHWAY 49
BUFFALO JUNCTION VA 24529

CREDITOR ID: 254766-12
LILLIE C FREEMAN
1115 NORTH ROYAL
#85
BOGALUSA LA 70427

CREDITOR ID: 254768-12
LILLIE MAE AIKEN
1978 OLD DOUGLAS MILL ROAD
ABBEVILLE SC 29620

CREDITOR ID: 254769-12
LILLIE PRESCOTT
142 MACKAY DRIVE
BRUNSWICK, GA 31525

CREDITOR ID: 254770-12
LILLIE WILLIAMS
1950 HATHCOX STREET
MOBILE, AL 36617

CREDITOR ID: 375061-44
LILLIE, GERALDINE
1324 MARIGNY BLVD
MANDEVILLE, LA 70448

CREDITOR ID: 267852-31
LILLINGTON PUBLIC WORKS DEPT
ATTN: GROVER A SMITH
311 DUNCAN ST
LILLINGTON NC 27546-9462

CREDITOR ID: 397834-76
LILLY, JEANNETTE
341 MERCURY AVENUE 203
PALM  BAY, FL 32909

CREDITOR ID: 397904-76
LILLY, JEANNETTE
340 MERCURY AVENUE
PALM  BAY, FL 32909

CREDITOR ID: 386597-54
LILLY, SAMUEL J
407 MARCIA DR
GOLDSBORO NC 27530

CREDITOR ID: 391605-55
LILLY, SAMUEL J
C/O: J. CHRISTOPHER BRANTLEY
BRANTLEY, JENKINS, RIDDLE HARDEE & HARDE
PO BOX 11050
GOLDSBORO NC 27532

CREDITOR ID: 254771-12
LILY CARBO
351 PINEVIEW ROAD
MONTICELLO FL 32344-9403

CREDITOR ID: 407583-37
LIMAGE, FEDLIN
620 SW 69TH WAY
PEMBROKE PINES FL 33023

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 375921-44<br>LIME-O-SOL<br>PO BOX 3058<br>CAROL STREAM IL 60132-3058 | CREDITOR ID: 254773-12<br>LIMESTONE COUNTY REVENUE COMMIS<br>100 S CLINTON STREET<br>1ST FLOOR<br>ATHENS AL 35611 | CREDITOR ID: 387072-54<br>LIMOGES, JOEY<br>163 CANDY LANE<br>VILLE PLATTE LA 70586 |
| CREDITOR ID: 245054-12<br>LIMPERIS, CHARLES N<br>743 BRITTANY PARK BLVD<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 381512-47<br>LINARES, HEATHER L<br>1019 W BRODDOCK ST<br>TAMPA, FL 33603 | CREDITOR ID: 254774-12<br>LINCOLN CLINICAL LAB<br>D B A TAYLOR DIAGNOSTICS<br>2816 VEACH RD   SUITE 102<br>OWENSBORO KY 42303 |
| CREDITOR ID: 254776-12<br>LINCOLN COUNTY JUSTICE COURT CLERK<br>PO BOX 767<br>BROOKHAVEN, MS 39602 | CREDITOR ID: 254780-12<br>LINCOLN ELEMENTARY SCHOOL<br>1429 AMES BLVD<br>MARRERO LA 70072 | CREDITOR ID: 254781-12<br>LINCOLN EMERGENCY GROUP LLC<br>PO BOX 400<br>SAN ANTONIO, TX 78292-0400 |
| CREDITOR ID: 267853-14<br>LINCOLN PARISH ASSESSOR<br>ATTN: PAM JONES<br>100 E TEXAS AVE<br>RUSTON LA 71270-4428 | CREDITOR ID: 254782-12<br>LINCOLN SNACKS CO<br>4510 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 405056-95<br>LINCOLN SNACKS CO<br>PO BOX 19587<br>NEWARK NJ 07195-0587 |
| CREDITOR ID: 2379-07<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG, MS 39401 | CREDITOR ID: 397153-67<br>LINCOLN SQUARE PHARMACY<br>2800 LINCOLN ROAD<br>HATTIESBURG, MS 39401 | CREDITOR ID: 254785-12<br>LINCOLN TRUCK & AUTO SERVICE<br>76038 AL HWY 77<br>LINCOLN, AL 35096 |
| CREDITOR ID: 254786-12<br>LINCOLN TRUST COMPANY<br>6312 SOUTH FIDDLERS GREEN CIRCLE<br>SUITE 400 E  ACCT# 65080211 TERM E<br>CUSTODIAN FBO JOHN C STROUGO<br>ENGLEWOOD, CO 80111 | CREDITOR ID: 1554-07<br>LINCOLN TRUST COMPANY<br>6312 SOUTH FIDDLERS GREEN CIRC<br>SUITE 400 E  ACCT# 65080211 TE<br>ENGLEWOOD CO 80111 | CREDITOR ID: 2380-07<br>LINCOLN TRUST COMPANY, CUSTODIAN<br>FBO JOHN C. STROUGO<br>6312 S. FIDDLERS GREEN CIRCLE<br>ENGLEWOOD, CO 80111 |
| CREDITOR ID: 254787-12<br>LINDA  LANDRY<br>16618 PAINT AVENUE<br>GREEN WELL SPRINGS, LA 70739 | CREDITOR ID: 254789-12<br>LINDA & DELORES CLEANING<br>7300 MEIR HENRY ROAD<br>PENSACOLA FL 32506 | CREDITOR ID: 254790-12<br>LINDA A CALLAWAY<br>15618 85TH ROAD NORTH<br>LOXAHATCHEE, FL 33470 |
| CREDITOR ID: 254791-12<br>LINDA A HAGAN<br>6919 JACKMAN BLVD<br>WINTER PARK FL 32792-0751 | CREDITOR ID: 254792-12<br>LINDA B LEVER<br>121 GRADDICK ROAD<br>BLYTHEWOOD SC 29016 | CREDITOR ID: 254793-12<br>LINDA BLASSINGAME<br>854 WEST BRIAR COURT<br>MOBILE AL 36609 |
| CREDITOR ID: 254795-12<br>LINDA CROSSLAND<br>2929 CYPRESS LAWN DRIVE<br>MARRERO, LA 70072 | CREDITOR ID: 254796-12<br>LINDA CURRY<br>1422 OLEANDER DRIVE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 254797-12<br>LINDA D INGRAM<br>11324 A BRANTLEY ROAD<br>O'BRIEN FL 32071 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254798-12<br>LINDA D MARTIN<br>5015 BRIARWOOD COURT<br>PHENIX CITY, AL 36867 | CREDITOR ID: 254799-12<br>LINDA DADYE<br>260 N W 106TH STREET<br>MIAMI FL 33150 | CREDITOR ID: 254800-12<br>LINDA DAVID<br>7907 NW 74TH AVENUE<br>TAMARAC, FL 33321 |
| CREDITOR ID: 254801-12<br>LINDA DYER<br>12529 DAWN VISTA DRIVE<br>RIVERVIEW, FL 33569 | CREDITOR ID: 254802-12<br>LINDA GORE TRUSTEE<br>PO BOX 2153 DEPT 5080<br>BIRMINGHAM, AL 35287-5080 | CREDITOR ID: 254803-12<br>LINDA HAYES<br>PO BOX 385<br>STOVALL NC 27582 |
| CREDITOR ID: 254804-12<br>LINDA HONEYCUTT<br>315 W 13TH STREET<br>KANNAPOLIS NC 28081 | CREDITOR ID: 254806-12<br>LINDA HOWLEY<br>308 TOBACCO LANE<br>CLAYTON NC 27520 | CREDITOR ID: 254807-12<br>LINDA HUTCHINSON<br>715 GILCHRIST ROAD<br>BROWNS SUMMIT NC 27214 |
| CREDITOR ID: 254808-12<br>LINDA J FORBES<br>517 WARREN STREET<br>APT B<br>WILLIAMSTON NC 27892 | CREDITOR ID: 254809-12<br>LINDA J GIBBS<br>1304 PINE LAKE ROAD<br>ORLANDO, FL 32808-6323 | CREDITOR ID: 254810-12<br>LINDA J ROGERS<br>10147 PINEVIEW DRIVE<br>FOLEY AL 36535 |
| CREDITOR ID: 254811-12<br>LINDA J SMITH<br>1744 MIXON SCHOOL ROAD<br>OZARK, AL 36360 | CREDITOR ID: 254812-12<br>LINDA J SMITH<br>1803 MARTIN LUTHER KING JR BLVD #623<br>HOUMA LA 70360-1277 | CREDITOR ID: 254813-12<br>LINDA L POLK<br>5053 CALUMET<br>FT WORTH TX 76119 |
| CREDITOR ID: 254814-12<br>LINDA LANGE<br>2680 WILLOW WOOD DRIVE<br>MULBERRY FL 33860 | CREDITOR ID: 254816-12<br>LINDA M SMITH<br>2402 PONTIAC DR<br>TALLAHASSEE FL 32301-6643 | CREDITOR ID: 254817-12<br>LINDA MACK<br>C/O LAWANDA MACK<br>RT 1 BOX 65 C<br>LAURINBURG NC 28352 |
| CREDITOR ID: 254818-12<br>LINDA MCNEALY<br>219 WILLIAMS ROAD<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 254819-12<br>LINDA MOORE<br>3223 NORTH SHORE DRIVE<br>TOOMSUBA MS 39364 | CREDITOR ID: 254820-12<br>LINDA OWENS<br>1502 S MICHIGAN<br>BLDG 6 APT 11<br>JOPLIN MO 64804-0835 |
| CREDITOR ID: 254821-12<br>LINDA PONDER<br>348 NEW LIBERTY CHURCH ROAD<br>MT OLIVE, MS 39119 | CREDITOR ID: 254823-12<br>LINDA S BARR<br>207 B OLD ZION CEMETERY ROAD<br>LOGANVILLE GA 30052 | CREDITOR ID: 254824-12<br>LINDA S MULLENIX<br>722 CRYSTAL CREEK DRIVE<br>AUSTIN TX 78746 |
| CREDITOR ID: 254825-12<br>LINDA SHEPHERD<br>PO BOX 395<br>MORRIS, AL 35116 | CREDITOR ID: 254826-12<br>LINDA SULLIVAN<br>9458 HWY 456<br>OWENSBORO KY 42301 | CREDITOR ID: 254827-12<br>LINDA V DEFRANCISCO<br>PO BOX 1390<br>HOMASASSA SPRINGS FL 34447 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254828-12<br>LINDA WILBOURN<br>3315 MERIDIAN STREET, LOT 7<br>HUNTSVILLE AL 35811 | CREDITOR ID: 254829-12<br>LINDA WILLIAMS<br>167 EAST LINDSLEY ROAD<br>CEDAR GROVE, NJ 07009 | CREDITOR ID: 254830-12<br>LINDA ZAJAC<br>180 PRESTWICK COURT<br>BOWLING GREEN, KY 42103 |
| CREDITOR ID: 254831-12<br>LINDE GAS LLC<br>PO BOX 534109<br>ATLANTA, GA 30353-4109 | CREDITOR ID: 381657-47<br>LINDEMANN PRODUCE INC<br>PO BOX 41330<br>RENO, NV 89504-5330 | CREDITOR ID: 387582-54<br>LINDH, FLORENCE<br>479 LOGAN COURT<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 245398-12<br>LINDLER, CINDY<br>633 OXNER ROAD<br>NEWBERRY SC 29108 | CREDITOR ID: 254832-12<br>LINDLEY MILLS INC<br>7763 LINDLEY MILL ROAD<br>GRAHAM NC 27253 | CREDITOR ID: 254833-12<br>LINDSAY N BARBAY<br>7541 PATRICIA STREET<br>ARABI LA 70032 |
| CREDITOR ID: 375186-44<br>LINDSAY, HARVEY<br>999 WATERSIDE DR  STE 1400<br>NORFOLK, VA 23510 | CREDITOR ID: 387404-54<br>LINDSAY, SHARHONDA<br>5403 WILLIAM GRANT WAY<br>APT 301<br>TAMPA FL 33610 | CREDITOR ID: 387926-54<br>LINDSEY, ALBERT<br>64 JACKSON STREET NE, APT L<br>ATLANTA, GA 30312 |
| CREDITOR ID: 392210-55<br>LINDSEY, ALBERT<br>C/O JAMES G STEWART, ESQ<br>1497 JOHN ROBERT DRIVE, SUITE C<br>MORROW GA 30260 | CREDITOR ID: 242813-12<br>LINDSEY, AURIETTE<br>4817 STATE STREET<br>PENSACOLA FL 32506 | CREDITOR ID: 386639-54<br>LINDSEY, DANNY<br>8732 HAMMOND WOOD RD S<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 387330-54<br>LINDSEY, JULIE<br>8343 PRINCETON SQUARE BLVD E<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 391905-55<br>LINDSEY, JULIE<br>C/O: SCOTT CRAIG<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 254834-12<br>LINDT & SPRUNGLI INC<br>PO BOX 710350<br>CINCINNATI, OH 45271-0350 |
| CREDITOR ID: 374617-44<br>LINEBERRY, DEBRA T<br>RAL DIV 987<br>1832 HARVEYS CREEK ROAD<br>MONETA, VA 24121 | CREDITOR ID: 247865-12<br>LINEBERRY, DEBRA T<br>1832 HARVEYS CREEK ROAD<br>MONETA, VA 24121 | CREDITOR ID: 254835-12<br>LINETTE DRAKE<br>702 12TH AVENUE SOUTH<br>ST PETERSBURG, FL 33701 |
| CREDITOR ID: 254836-12<br>LINK SNACKS INC<br>PO BOX 397<br>MINONG, WI 54859 | CREDITOR ID: 405058-95<br>LINK SNACKS INC<br>ATTN A/R<br>P O BOX 397<br>MINONG WI 54859 | CREDITOR ID: 381165-47<br>LINKAMERICA ATLANTA<br>ATTN DAN GRIMM, A/R CREDIT MGR<br>2627 EAST 21ST STREET<br>TULSA OK 74114-1749 |
| CREDITOR ID: 254837-12<br>LINKAMERICA TRANSPORTATION<br>PO BOX 26485<br>OKLAHOMA OK 73126-0485 | CREDITOR ID: 389286-54<br>LINKER, WILLIAM<br>918 PACKARD AVE.<br>LOUISVILLE KY 40217 | CREDITOR ID: 393113-55<br>LINKER, WILLIAM<br>C/O: ROBERT HEUKE, JR<br>STOUT & HEUKE<br>200 HIGH RISE DRIVE<br>SUITE 252<br>LOUISVILLE KY 40213 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406904-MS<br>LINKOUS, HAROLD D.<br>1204 CORBETT RD.<br>CLAYTON NC 27520 | CREDITOR ID: 248469-12<br>LINN, DOUGLAS<br>818 DUNDEE DRIVE<br>WINTER SPRINGS, FL 32708 | CREDITOR ID: 254838-12<br>LINPRO INVESTMENTS INC<br>C/O PRECISE PROPERTY<br>6761 WEST INDIAN TOWN ROAD<br>SUITE 29<br>JUPITER, FL 33458 |
| CREDITOR ID: 1555-07<br>LINPRO INVESTMENTS INC<br>C/O PRECISE PROPERTY<br>6761 WEST INDIAN TOWN ROAD<br>JUPITER, FL 33458 | CREDITOR ID: 407774-99<br>LINPRO INVESTMENTS INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 381017-47<br>LINSEY FOOD LTD<br>4248 14TH AVENUE<br>MARKHAM , ON L3R OJ3<br>CANADA |
| CREDITOR ID: 381174-47<br>LINTON, TARYN<br>2821 LAWSON LANE<br>CANTONMENT, FL 32533 | CREDITOR ID: 254839-12<br>LINX TECHNOLOGIES LIMITED<br>13306 LAKEFRONT DRIVE<br>EARTH CITY, MO 63045 | CREDITOR ID: 381045-47<br>LION HEART AVIATION GROUP INC<br>PO BOX 1495<br>NIXA, MO 65714 |
| CREDITOR ID: 254840-12<br>LION PLUMBING SUPPLY INC<br>ATTN: PAUL GENTILE, PRESIDENT<br>PO BOX 680730<br>MIAMI, FL 33168-0730 | CREDITOR ID: 254841-12<br>LION RAISINS<br>12073 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 392354-55<br>LIPICCOLO, AGNES I<br>C/O: GAUDIN & LONGORIA, LLC<br>858 CAMP ST.<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 397905-76<br>LIPSCOMB, STACY<br>734 SPRING LAKE DR.<br>DESTIN, FL 32541 | CREDITOR ID: 267854-31<br>LIPTRAP AQUATICS<br>ATTN: ROY LIPTRAP<br>7728 E ALLEN DR<br>INVERNESS FL 34450-2644 | CREDITOR ID: 254842-12<br>LIQUID SAMPLING SYSTEMS<br>PO BOX 165<br>CEDAR RAPIDS IA 52406 |
| CREDITOR ID: 254843-12<br>LIQUID WASTE<br>ATTN RONNIE OAKS, PRES<br>PO BOX 19664<br>CHARLOTTE, NC 28219-9664 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 386388-54<br>LIQUORI, DEBORAH<br>PO BOX 723<br>LACANTO FL 34460 |
| CREDITOR ID: 254844-12<br>LISA A BRAJA<br>929 SPRING CIRCLE<br>APT# 202<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 254846-12<br>LISA A LAGUARDIA<br>2625 DEL CREST DRIVE<br>ORLANDO FL 32817 | CREDITOR ID: 254847-12<br>LISA BROUDREAUX<br>3610 PRESTON PLACE<br>NEW ORLEANS, LA 70131 |
| CREDITOR ID: 254848-12<br>LISA BROWN<br>8574 TRUEVINE ROAD<br>GLADE HILL VA 24092 | CREDITOR ID: 254849-12<br>LISA D LANDRY<br>3660 SR 580 W LOT 1<br>OLDSMAR FL 34677-4444 | CREDITOR ID: 254850-12<br>LISA DANIELLE HUTCHERSON<br>5600 MARAM COURT<br>RALEIGH, NC 27609 |
| CREDITOR ID: 254851-12<br>LISA DAVIS<br>211 NORTH ROAD<br>EURU MS 38841 | CREDITOR ID: 254852-12<br>LISA FITTER<br>5816 SADDLE TRAIL LANE<br>LAKE WORTH FL 33467 | CREDITOR ID: 254853-12<br>LISA FORRESTER<br>118 MOTTINGHILL COURT<br>SIMPSONVILLE, SC 29681 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254855-12<br>LISA H GRAY<br>13697 CRYSTAL LAKE DRIVE<br>COKER AL 35452-0136 | CREDITOR ID: 254856-12<br>LISA HARLOW<br>PO BOX 12<br>CASSADAGA FL 32706 | CREDITOR ID: 254857-12<br>LISA J LEVITZ<br>15500 CARRIAGE COURT<br>DAVIE FL 33331 |
| CREDITOR ID: 254858-12<br>LISA JAN FRASHER<br>8540 HUNTINGDON RIDGE LANE<br>ID# 739<br>MONTGOMERY, AL 36117 | CREDITOR ID: 254859-12<br>LISA JIMENEZ<br>2711 ASPERITY LANE<br>SNELLVILLE GA 30039-4447 | CREDITOR ID: 254860-12<br>LISA K BOST<br>409 SOUTH CORRELL STREET<br>LANDIS NC 28088 |
| CREDITOR ID: 254861-12<br>LISA K STANTON<br>2516 IOLA AVENUE #2<br>NORWOOD OH 45212 | CREDITOR ID: 254862-12<br>LISA K WILSON<br>8522 BONITA ISLE DRIVE<br>LAKE WORTH FL 33467 | CREDITOR ID: 254863-12<br>LISA KAY CHACON<br>529 CHANCEY DRIVE<br>CS #93-11377-FM<br>FOLKSTON, GA 31537 |
| CREDITOR ID: 254864-12<br>LISA L WATSON<br>852 BRAD DRIVE<br>BIRMINGHAM AL 35235 | CREDITOR ID: 254865-12<br>LISA M CARLIN<br>3731 161 TERRACE NORTH<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 254866-12<br>LISA M HALL<br>10932 OLD BICYCLE ROAD<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 254867-12<br>LISA M MASTRUSERIO<br>5286 BOOMER ROAD<br>CINCINNATI OH 45247 | CREDITOR ID: 254868-12<br>LISA M THAMES<br>505 MANDALAY ROAD<br>PENSACOLA FL 32507 | CREDITOR ID: 254869-12<br>LISA MARIE HUDSON<br>19691 SE 15TH PLACE<br>MORRISTON, FL 32668 |
| CREDITOR ID: 254870-12<br>LISA MCKINNEY<br>150 26TH STREET SW<br>HICKORY NC 28602 | CREDITOR ID: 254871-12<br>LISA PARK SCHOOL<br>6639 WILLIE LOU AVE<br>HOUMA, LA 70364 | CREDITOR ID: 254872-12<br>LISA RODRIGUEZ<br>707 ALINE STREET<br>LA PLACE LA 70068 |
| CREDITOR ID: 254873-12<br>LISA WESTRA<br>3662 WOOD WALK BLVD<br>LAKE WORTH FL 33467 | CREDITOR ID: 254874-12<br>LISA ZINIS<br>12130 QUEENSBURY LANE<br>HOUSTON, TX 77024 | CREDITOR ID: 254875-12<br>LISBON MAINTENANCE CO<br>1500 LISBON BRIDGE RD<br>GARLAND, NC 28441-8430 |
| CREDITOR ID: 254876-12<br>LISETTE GORDILLO<br>5920 NW 110 DRIVE<br>HIALEAH FL 33012 | CREDITOR ID: 1556-07<br>LISETTE STANISH AS TRUSTEE<br>1405 SW 107TH AVE SUITE 301-B<br>MIAMI FL 33174 | CREDITOR ID: 254878-12<br>LISHA PERKINS<br>RT 2 BOX 571<br>ID# 300682<br>MABEN, MS 39750 |
| CREDITOR ID: 392727-55<br>LISONBEE, ALLYN<br>C/O: SCOTT WILLIAMS<br>7901 NORTH ORANGE AVENUE<br>ORLANDO FL 32801 | CREDITOR ID: 254879-12<br>LISSETTE E MEDINA<br>4144 FOREST DRIVE<br>WESTON, FL 33332 | CREDITOR ID: 254880-12<br>LISY CORP<br>3400 NW 67TH STREET<br>MIAMI FL 33147 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254881-12<br>LISY CORPORATION<br>3400 NW 67TH ST<br>MIAMI, FL 33147 | CREDITOR ID: 278515-25<br>LITCHFIELD INVESTMENT RIVERWOOD LLC<br>C/O THE MITCHELL COMPANY<br>PO BOX 16036<br>MOBILE AL 36616 | CREDITOR ID: 278651-24<br>LITCHFIELD INVESTMENT RIVERWOOD LLC<br>GMAC COMMERCIAL MORTGAGE SCRTS INC<br>SERIES 1998-C2<br>200 WITMER ROAD<br>HORSHAM PA 19044 |
| CREDITOR ID: 375946-44<br>LITCHFIELD INVESTMENTS RIVERWOOD LLC<br>% MITHCELL COMPANY<br>P O BOX 160306<br>MOBILE, AL 36616 | CREDITOR ID: 267855-31<br>LITERACY EDCATN ABLITY PROGRAM<br>ATTN: PEGGY CRAWFORD<br>1440 CENTRAL AVE<br>MEMPHIS TN 38104-4822 | CREDITOR ID: 254883-12<br>LITHO PRINTING INC<br>1501 S BLOUNT ST<br>PO BOX 26344<br>RALEIGH NC 27611-6344 |
| CREDITOR ID: 254884-12<br>LITHOGRAFIX COMPANY INC<br>333 POINT SAN BRUNO BLVD<br>SOUTH SAN FRANCISCO, CA 94080 | CREDITOR ID: 254885-12<br>LITHOTYPE CO<br>PO BOX 2885<br>SOUTH SAN FRANCISCO CA 94083-2885 | CREDITOR ID: 375947-44<br>LITHOTYPE CO<br>333 POINT SAN BRUNO BLVD<br>SOUTH SAN FRANCISCO, CA 94080 |
| CREDITOR ID: 381183-47<br>LITIGATION SOLUTIONS INC<br>901 MAIN STREET, SUITE C 121<br>DALLAS, TX 75202 | CREDITOR ID: 267856-31<br>LITOS COUNTER TOPS & HM IMPRV<br>ATTN: JOSE GOMEZ<br>2425 ADAMS AVE<br>DELTONA FL 32738-3001 | CREDITOR ID: 254886-12<br>LITTER CONTROL INC<br>PO BOX 101<br>GRAYSON GA 30017 |
| CREDITOR ID: 254887-12<br>LITTLE CREEK ELECTRONICS INC<br>PO BOX 13710<br>GREENSBORO NC 27415 | CREDITOR ID: 254888-12<br>LITTLE CROW FOODS<br>PO BOX 1038<br>WARSAW IN 46581-1038 | CREDITOR ID: 254889-12<br>LITTLE GIANT PUMP CO<br>DEPT# 960005<br>OKLAHOMA CITY OK 73196-0005 |
| CREDITOR ID: 254890-12<br>LITTLE MIAMI YOUNG MARINES<br>361 REDBIRD DRIVE<br>LOVELAND OH 45140 | CREDITOR ID: 254891-12<br>LITTLE OAK MIDDLE SCHOOL<br>59241 REBEL DR<br>SLIDELL, LA 70461 | CREDITOR ID: 254892-12<br>LITTLE PIGS BAR B Q LLC<br>110 BUTLER RD<br>MAULDIN, SC 29662 |
| CREDITOR ID: 567-03<br>LITTLE RIVER<br>530 SOUTH WHITE STREET<br>WAKEFOREST NC 27587 | CREDITOR ID: 254893-12<br>LITTLE RIVER CORP<br>PO BOX 160<br>117 ASH STREET<br>SPRING HOPE NC 27882-0160 | CREDITOR ID: 267857-31<br>LITTLE RIVER WATERSHED ASSN TH<br>ATTN: PHIL NUMMERT<br>1004 E LAMAR ALEXANDER PKWY<br>MARYVILLE TN 37804-5132 |
| CREDITOR ID: 267858-31<br>LITTLE ROCK COMMUNITY DEV CORP<br>ATTN: S M NELSON<br>2890 RANGELINE RD<br>SELMA AL 36701 | CREDITOR ID: 254894-12<br>LITTLE ROCK LOGISTICS INC<br>4300 W 65TH STREET<br>LITTLE ROCK AR 72209 | CREDITOR ID: 267859-31<br>LITTLE SILVER CREEK LLC<br>ATTN: MARTY ROBERTS<br>26162 FIRETOWER RD<br>MOUNT HERMON LA 70450-3618 |
| CREDITOR ID: 400008-84<br>LITTLE, JAY<br>C/O LAWRENCE & ASSOCIATES PA<br>ATTN CHADWICK J LAWRENCE, ESQ<br>920 WEST EMMETT<br>KISSIMMEE FL 34741 | CREDITOR ID: 400008-84<br>LITTLE, JAY<br>1620 COLUMBIA ARMS CIRCLE<br>KISSIMMEE FL 34741 | CREDITOR ID: 385818-54<br>LITTLE, JIMMIE SR<br>419 SQUIRE DR.<br>GAINESVILLE, FL 32607 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 391078-55
LITTLE, JIMMIE SR
C/O JOHN J PATINO PA LAW OFFICES
ATTN JOHN J PATINO, ESQ
PO BOX 720685
ORLANDO FL 32872

CREDITOR ID: 390117-54
LITTLE, LOUISE
RT 1 BOX 16A
COUNCIL, NC 38434

CREDITOR ID: 393571-55
LITTLE, LOUISE
C/O: GREG JONES, ESQ.
GREG JONES & ASSOCIATES
PO BOX 3030
ELIZABETHTOWN NC 28337

CREDITOR ID: 387617-54
LITTLE, WILLIE
33 RAILROAD STREET
COTTONWOOD AL 36320

CREDITOR ID: 392091-55
LITTLE, WILLIE
C/O BRYAN S BLACKWELL, PC
ATTN BRYAN S BLACKWELL, ESQ
279 WEST MAIN STREET, SUITE 5
DOTHAN AL 36301

CREDITOR ID: 254895-12
LITTLEFORD DAY INC
BOX #771022
1022 SOLUTIONS CENTER
CHICAGO IL 60677-1000

CREDITOR ID: 388693-54
LITTLEJOHN, SHAUN
3684 CAULDER AVE
SPARTANBURG SC 29306

CREDITOR ID: 392724-55
LITTLEJOHN, SHAUN
C/O: CHARLES HODGE ESQ.
HODGE LAW FIRM
25298 MAGNOLIA STREET
SPARTANBURG SC 29304

CREDITOR ID: 254896-12
LIUZZA PRODUCE FARM INC
PO BOX 774
TICKFAW, LA 70466

CREDITOR ID: 254897-12
LIVE OAK ELEMENTARY
ACADIA AND HALLE ST
WAGGAMAN, LA 70094

CREDITOR ID: 254898-12
LIVE OAK GAS CO INC
PO BOX A
LIVE OAK FL 32060-0056

CREDITOR ID: 254899-12
LIVE OAK PRESCHOOL
809 W MAIN ST
NEW IBERIA, LA 70560

CREDITOR ID: 406905-MS
LIVERNOIS, RONNIE J
10841 OLD PLANK RD
JACKSONVILLE FL 32220

CREDITOR ID: 254900-12
LIVERPOOL GROUP INC
DBA INTERNASTIONAL DESSERT PALACE
PO BOX 540896
CITY OF OPA LOCKA, FL 33054

CREDITOR ID: 405060-95
LIVERPOOL GROUP INC
1094 ALI BABA AVENUE
OPA LOCKA FL 33054

CREDITOR ID: 405929-99
LIVERPOOL GROUP INC DBA INT'L
DESSERT PALACE
C/O GERARD M KOURI JR PA
ATTN: GERARD M KOURI JR, ESQ
10021 PINES BLVD, STE 202
PEMBROKE PINES FL 33024-6191

CREDITOR ID: 403813-94
LIVERSEDGE, LINDA L
500 SW 43RD PLACE
OCALA FL 34474

CREDITOR ID: 254901-12
LIVESEY ALL FREIGHT SYSTEMS INC
508 EAST BROADWAY
MISSOULA, MT 59802

CREDITOR ID: 267860-31
LIVIGSTON PARRISH SEWER DST 2
ATTN: JAMES CLARK
8437 LOCKHART RD
DENHAM SPRINGS LA 70726-8303

CREDITOR ID: 267861-31
LIVING IN WESTPORT SENIOR
ATTN: SUSAN KENNY
3801 PGA BLVD STE 805
PALM BEACH GARDENS FL 33410-2757

CREDITOR ID: 267862-31
LIVING WORD COMMUNITY DEV CORP
ATTN: CLINTON GLADNEY
3018 OLD MCDUFFIE RD
AUGUSTA GA 30906-9555

CREDITOR ID: 267863-14
LIVINGSTON ASSESSORS OFFICE
ATTN: JEFFREY G TAYLOR
COURT HOUSE
LIVINGSTON LA 70754

CREDITOR ID: 254904-12
LIVINGSTON PAR SCH BOARD
PO BOX 1030
SALES & USE TAX DEPT
LIVINGSTON, LA 70754-1030

CREDITOR ID: 267864-14
LIVINGSTON PARISH COUNCIL
ATTN: JEFF TAYLOR
133 ASPEN SQ STE F
DENHAM SPRINGS LA 70726-5322

CREDITOR ID: 241100-11
LIVINGSTON PARISH SCHOOL BOARD
SALES & USE TAX DEPT.
PO BOX 1030
LIVINGSTON, LA 70754-1030

CREDITOR ID: 254905-12
LIVINGSTON SHERIFF & TAX COLLECTOR
PO BOX 370
PROPERTY TAX
LIVINGSTON LA 70754-0370

CREDITOR ID: 386972-54
LIVINGSTON, JOSEPH
252 PYBUS STREET
COTTONWOOD AL 36320

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388987-54<br>LIVINGSTON, KATRINA<br>5302 ROLIND DRIVE<br>MONTGOMERY, AL 36108 | CREDITOR ID: 254906-12<br>LIVONIA HIGH SCHOOL<br>PO BOX 549<br>LEVONIA, LA 70755 | CREDITOR ID: 241895-12<br>LIZABE, ALDANA V<br>10328 BOCA ENTRAOA BLVD, APT 126<br>BOCA RATON FL 33428 |
| CREDITOR ID: 254907-12<br>LIZBETH SOTO<br>10742 PALAISEAU COURT<br>ORLANDO FL 32825 | CREDITOR ID: 254909-12<br>LIZIE DEYOUNG<br>760 HANNON ROAD<br>INMAN SC 29349 | CREDITOR ID: 254910-12<br>LIZOTTES WELDING INC<br>3303 TYRONE BOULEVARD<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 1517-07<br>LJ MELODY & COMPANY<br>C/O BANK ONE<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 315863-40<br>LJ VENTURES LLC<br>C/O JP PROPERTIES INC<br>ATTN: SUSAN BELL<br>ATLANTA, GA 30319 | CREDITOR ID: 389864-54<br>LLE WINN-DIXIE JACKSONVI<br>15500 W. BEAVER ST.<br>JACKSONVILLE, FL 32234 |
| CREDITOR ID: 385850-54<br>LLINAS, MARIA<br>1420 NW 47TH AVENUE<br>COCONUT CREEK, FL 33063 | CREDITOR ID: 391102-55<br>LLINAS, MARIA<br>C/O ERIK SANTANA, ESQ.<br>LAW OFFICES CYTRYN AND SANTANA, P.A.<br>8100 NORTH UNIVERSITY DR<br>SUITE 202<br>TAMARAC FL 33321 | CREDITOR ID: 254911-12<br>LLOYD & MCDANIEL PLC<br>PO BOX 23200<br>SUITE 200<br>LOUISVILLE, KY 40223-0200 |
| CREDITOR ID: 254913-12<br>LLOYD POWELL<br>10051 TAYLOR FIELD RD<br>JACKSONVILLE FL 32222 | CREDITOR ID: 254914-12<br>LLOYD T ALLEN III<br>1 SOUTH<br>SOUTH HILL VA 23970 | CREDITOR ID: 399796-84<br>LLOYD, CHANTELL<br>5010 NW 22ND STREET<br>FORT LAUDERDALE FL 33313 |
| CREDITOR ID: 400258-85<br>LLOYD, CHANTELL<br>C/O STEVE K MARKS, PA<br>ATTN STEVE K MARKS, ESQ<br>1600 SOUTH FEDERAL HWAY, SUITE 801<br>POMPANO BEACH FL 33062 | CREDITOR ID: 388682-54<br>LLOYD, CURTIS<br>14 SW 13TH AVE<br>DELRAY BEACH FL 33444 | CREDITOR ID: 392718-55<br>LLOYD, CURTIS<br>C/O: JAMES R COLLINS, JR<br>LEWEN, REICH & MANCINI<br>4285 SW MARTIN HIGHWAY<br>SANDS COMMERCE CENTER<br>PALM CITY FL 34990 |
| CREDITOR ID: 250295-12<br>LLOYD, GARY II<br>2726 PAINE LANE<br>ORLANDO, FL 32826 | CREDITOR ID: 375016-44<br>LLOYD, GARY, II<br>ORL DIV STORE# 2383<br>2726 PAINE LANE<br>ORLANDO, FL 32826 | CREDITOR ID: 387793-54<br>LLOYD, MEGHAN<br>3167 CRESTWOOD CIRCLE<br>SAINT CLOUD FL 34769 |
| CREDITOR ID: 254915-12<br>LLOYD'S BARBEQUE COMPANY<br>PO BOX 120845<br>DEPT 0845<br>DALLAS, TX 75312-0845 | CREDITOR ID: 405062-95<br>LLOYD'S BARBEQUE COMPANY<br>1455 MENDOTA HEIGHTS RD<br>ATTN ACCT REC<br>ST PAUL MN 55120 | CREDITOR ID: 397656-72<br>LLOYDS OF LONDON<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 |
| CREDITOR ID: 254916-12<br>LLOYDS WELDING & SON LLC<br>SAM LLOYD<br>PO BOX 1661<br>COVINGTON, LA 70434 | CREDITOR ID: 267865-31<br>LMP BARGE RENTALS LLC<br>ATTN: MICHAEL PATTERSON<br>603 TECHEVIEW DR<br>BERWICK LA 70342-3129 | CREDITOR ID: 254917-12<br>LMS INTELLIBOUND INC<br>ATTN REBECCA W HOLDERRAND, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278516-24<br>LN PIEDMART VILLAGE LLC<br>ATTN: AL JOHNSTON<br>LEASING MANAGER<br>4475 RIVER GREEN PARKWAY<br>SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 1558-RJ<br>LN PIEDMONT VILLAGE LLC<br>ATTN: AL JOHNSTON LEASING MANAGER<br>4475 RIVER GREEN PARKWAY<br>DULUTH, GA 30009 | CREDITOR ID: 254919-12<br>LNK INTERNATIONAL INC<br>ATTN ROBERT KORLOWSKI, CONTROLLER<br>60 ARKAY DRIVE<br>HAUPPAUGE, NY 11788 |
| CREDITOR ID: 254921-12<br>LOAD KING MANUFACTURING CO<br>PO BOX 40606<br>JACKSONVILLE, FL 32203-0606 | CREDITOR ID: 254920-12<br>LOAD KING MANUFACTURING CO<br>PO BOX 116798<br>ATLANTA, GA 30368-6798 | CREDITOR ID: 254922-12<br>LOBBY TOOLS INC<br>1310 CHOWKEEBIN NENE<br>TALLAHASSEE, FL 32301 |
| CREDITOR ID: 251060-12<br>LOBMAN, GUY E<br>1426 S HIGHLAND AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 254923-12<br>LOBO PRODUCTS<br>2905 OLD WHIGHAM ROAD<br>BAINBRIDGE, GA 39817 | CREDITOR ID: 254924-12<br>LOBSERVATEUR<br>PO BOX 1010<br>LA PLACE, LA 70069-1010 |
| CREDITOR ID: 405063-95<br>LOBSERVATEUR<br>PO BOX 818<br>BOGALUSA LA 70429-0818 | CREDITOR ID: 254925-12<br>LOBSTER HARVEST<br>ATTN: TERESA BRODRICK, VP<br>PO BOX 1865<br>GRAPEVINE, TX 76099-1865 | CREDITOR ID: 254926-12<br>LOBSTER POUND INC<br>1213 N CENTRAL AVE<br>KISSIMMEE, FL 34741 |
| CREDITOR ID: 254927-12<br>LOBSTER TRAP CO INC<br>PO BOX 3007<br>BOURNE, MA 02532-0708 | CREDITOR ID: 388852-54<br>LOCK, REUBEN<br>1360 N. W. 193RD TERRACE<br>NORTH MIAMI FL 33169 | CREDITOR ID: 385509-54<br>LOCKARNO, VICTOR<br>4700 REDWOOD ST<br>NEW ORLEANS, LA 70127 |
| CREDITOR ID: 279029-32<br>LOCKE LIDDELL & SAPP LLP<br>ATTN: THOMAS H. GRACE<br>3400 CHASE TOWER<br>600 TRAVIS STREET<br>HOUSTON TX 77002-3095 | CREDITOR ID: 245326-12<br>LOCKHART, CHRISTINE<br>103 CANTON AVENUE<br>RICHLAND MS 39218 | CREDITOR ID: 397906-76<br>LOCKHART, PAULETTE<br>837 N.W. 10TH TERRACE, #2<br>FORT  LAUDERDALE, FL 33311 |
| CREDITOR ID: 390317-54<br>LOCKHART, WILLIAM<br>124 BOMAR ROAD<br>GREER SC 29651 | CREDITOR ID: 254928-12<br>LOCKPORT LOWER ELEMENTARY<br>1421 CRESCENT AVE<br>LOCKPORT, LA 70374 | CREDITOR ID: 254929-12<br>LOCKPORT MIDDLE SCHOOL<br>720 MAIN STREET<br>LOCKPORT, LA 70374 |
| CREDITOR ID: 254930-12<br>LOCKPORT UPPER ELEMENTARY<br>201 SCHOOL ST<br>LOCKPORT, LA 70374 | CREDITOR ID: 2382-07<br>LOCKWOOD ASSOC OF GA LP<br>80 W WIEUCA RD STE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 1559-07<br>LOCKWOOD ASSOC OF GA LTD PTR<br>80 WEST WIEUCA RD SUITE 302<br>ATLANTA GA 30342 |
| CREDITOR ID: 254932-12<br>LOCUST CORNER ELEMENTARY<br>3431 LOCUSTCORNER RD<br>STORE#1777<br>CINCINNATI OH 45245 | CREDITOR ID: 254933-12<br>LODGE MANUFACTURING CO<br>PO BOX 380<br>SOUTH PITTSBURG, TN 37380-0380 | CREDITOR ID: 392829-55<br>LODOLCE, JASON L<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB T COOK, ESQ<br>81990 OVERSEAS HIGHWAY, 3D FLOOR<br>ISLAMORADA FL 33036-0529 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388924-54<br>LODOLCE, JASON L<br>122 PELICAN RD.<br>TAVERNIER, FL 33030 | CREDITOR ID: 254934-12<br>LOFTHOUSE FOODS<br>21140 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | CREDITOR ID: 388006-54<br>LOFTIN, ALYCE<br>326 NW 7TH COURT<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 392283-55<br>LOFTIN, ALYCE<br>C/O MARK J MILLER, PA<br>ATTN MARK J MILLER, ESQ<br>1600 S FEDERAL HWY, SUITE 1101<br>POMPANO  BEACH FL 33062 | CREDITOR ID: 385874-54<br>LOFTIN, JENNIFER<br>55 NARROWLOOP RD<br>DEATSVILLE, AL 36022 | CREDITOR ID: 391123-55<br>LOFTIN, JENNIFER<br>C/O TOM WRIGHT, ESQ<br>430  SOUTH DECATUR STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 254935-12<br>LOFTON STAFFING SERVICE<br>NEW ORLEANS STAFFING<br>PO BOX 54745<br>NEW ORLEANS LA 70154-4745 | CREDITOR ID: 267866-31<br>LOFTSVILLE INC<br>ATTN: TIM CLEMMONS<br>338 1ST AVE N<br>SAINT PETERSBURG FL 33701-3811 | CREDITOR ID: 254936-12<br>LOG HOUSE FOODS, INC<br>SDS 12-0870<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0870 |
| CREDITOR ID: 404012-15<br>LOG HOUSE FOODS, INC<br>ATTN LARAE ROGERS, CONTROLLER<br>700 BERKSHIRE LANE N<br>PLYMOUTH MN 55441 | CREDITOR ID: 405064-95<br>LOG HOUSE FOODS, INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVENUE, SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 375952-44<br>LOGAN & CO., INC.<br>546 VALLEY ROAD<br>UPPER MONTCLAIR, NJ 07043 |
| CREDITOR ID: 254937-12<br>LOGAN C FITZPATRICK<br>5805 FINCASTLE DRIVE<br>MARASSAS VA 20112 | CREDITOR ID: 254938-12<br>LOGEN/PDQ PHARMACEUTICAL<br>31778 ENTERPRISE DR<br>LIVONIA MI 48150 | CREDITOR ID: 254939-12<br>LOGISTICAL TRANSPORTATION CO<br>PO BOX 40001<br>JACKSONVILLE FL 32203 |
| CREDITOR ID: 254940-12<br>LOGIX<br>9143 PHILLIPS HIGHWAY<br>SUITE 540<br>JACKSONVILLE FL 32256-1366 | CREDITOR ID: 382775-51<br>LOGIX3<br>9143 PHILIPS HIGHWAY, SUITE 540<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 254941-12<br>LOGO CHAIR DBA LOGO INC<br>ATTN SHEA POPE, REGIONAL SALES MGR<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 |
| CREDITOR ID: 381044-47<br>LOGO INC<br>ATTN WILLIAM MCCAULEY, PRES<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 | CREDITOR ID: 386163-54<br>LOGSDON, GARY<br>C/O ENGLISH, LUCAS, PRIEST & O<br>P.O. BOX 770<br>BOWLING GREEN, KY 42102-0070 | CREDITOR ID: 391327-55<br>LOGSDON, GARY<br>C/O: KURT W. MAIER<br>ENGLISH, LUCAS, PRIEST & OWSLEY<br>PO BOX 770<br>1101 COLLEGE STREET<br>BOWLING GREEN KY 42102-0770 |
| CREDITOR ID: 391865-55<br>LOHSE, JONATHAN (MINOR)<br>C/O BORDEN R HALLOWES LAW OFFICE<br>ATTN BORDEN R HALLOWES, ESQ<br>95337 MACKINAS CIRCLE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 387280-54<br>LOHSE, JONATHAN (MINOR)<br>95337 MACKINAS CIRCLE<br>FERNANDINA BEACH, FL 32034 | CREDITOR ID: 254942-12<br>LOIS CRAWFORD<br>2200 SANDALWOOD DRIVE<br>FERN PARK FL 32730 |
| CREDITOR ID: 254944-12<br>LOIS M JOESEPH<br>PO BOX 163<br>LUTCHER LA 70071 | CREDITOR ID: 254945-12<br>LOIS MYERS<br>14238 BOND STREET<br>HUDSON FL 34667 | CREDITOR ID: 254946-12<br>LOIS RINGO & SHAPIRO & SHAPIRO<br>1500 LOBDELL AVENUE<br>SUITE B<br>BARON ROUGE LA 70806 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254947-12<br>LOIS ROBERSON<br>4522 BRANTLEY ROAD<br>ZEBULON NC 27597 | CREDITOR ID: 254948-12<br>LOIS RODRIGUEZ<br>PO BOX 110431<br>HIALEAH, FL 33011-0431 | CREDITOR ID: 254949-12<br>LOIS SCEARCE<br>1595 N ATLANTIC AVENUE<br>#106<br>COCOA BEACH FL 32931 |
| CREDITOR ID: 254950-12<br>LOIS WILOWSKE<br>1040 SW 11TH STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 1520-07<br>LOL LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL GABLES, FL 33143 | CREDITOR ID: 254951-12<br>LOMA SYSTEMS INC<br>21539 NETWORK PLACE<br>CHICAGO IL 60673-1215 |
| CREDITOR ID: 256244-12<br>LOMANGINO, MICHAEL<br>2814 JUNIPER TREE DRIVE<br>EDGEWATER FL 32141 | CREDITOR ID: 388921-54<br>LOMBARDO, EMMA<br>125 JACKSON CIR<br>PT ORANGE, FL 32137 | CREDITOR ID: 392826-55<br>LOMBARDO, EMMA<br>C/O EDWARD S. DONINI<br>EDWARD S. DONINI, ESQ.<br>P. O. BOX 605<br>NEW SMYRNA BCH. FL 32170 |
| CREDITOR ID: 254952-12<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 406906-MS<br>LONDON, LAWRENCE A.<br>1504 RAYFORD ROAD<br>HENDERSON TS 75652 | CREDITOR ID: 393699-58<br>LONE STAR ANTIQUE MALL INC & RAESZ,<br>RICKY & RONNIE<br>ATTN RICKY C RAESZ, AS PRES & INDIV<br>2290 W HICKS ROAD, BLDG 7-1<br>FORT WORTH, TX 76131 |
| CREDITOR ID: 254953-12<br>LONE STAR BEVERAGE COMPANY LLC<br>PO BOX 910205<br>DALLAS, TX 75391-0205 | CREDITOR ID: 254954-12<br>LONE STAR CONSOLIDATED FOODS<br>PO BOX 225979<br>DALLAS, TX 75222-5979 | CREDITOR ID: 261985-12<br>LONE STAR PAINT<br>PO BOX 473307<br>ATTN STEVE THOMLEY<br>CHARLOTTE NC 28247 |
| CREDITOR ID: 254955-12<br>LONG & ASSOCIATES<br>PO BOX 12623<br>ALEXANDRIA LA 71315 | CREDITOR ID: 254956-12<br>LONG AVENUE ELEMENTARY<br>1100 LONG AVE<br>BOGALUSA, LA 70427 | CREDITOR ID: 254957-12<br>LONG BEACH HIGH SCHOOL<br>300 E OLD PASS RD<br>LONG BEACH, MS 39560 |
| CREDITOR ID: 384213-47<br>LONG BEVERAGE INC<br>ATTN: RODNEY LONG, PRES<br>PO BOX 450<br>MORRISVILLE, NC 27560-0450 | CREDITOR ID: 267867-31<br>LONG COUNTY BD COMMISSIONERS<br>ATTN: CHIEF BEVERLY JOHNSON<br>49 MCDONALD ST<br>LUDOWICI GA 31316-4500 | CREDITOR ID: 267868-14<br>LONG COUNTY TAX COMMISSION<br>ATTN: LILLIAN G SIMMONS<br>LONG COUNTY COURTHOUSE<br>LUDOWICI GA 31316 |
| CREDITOR ID: 406907-MS<br>LONG JR., LEWIS M.<br>228 CANDLEBERRY CR.<br>GOOSE CREEK SC 29445 | CREDITOR ID: 254958-12<br>LONG WHOLESALE<br>PO BOX 70<br>MERIDIAN, MS 39302-0070 | CREDITOR ID: 403247-99<br>LONG WHOLESALE INC DBA CCC BEAUTY<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 279378-36<br>LONG WHOLESALE, INC<br>C/O THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 406908-MS<br>LONG, BOBBIE L.<br>215 OAK KNOLL TERRACE<br>ANDERSON SC 29625 | CREDITOR ID: 389414-54<br>LONG, BOBBY<br>9950 US HIGHWAY 98<br>LOT D-13<br>DESTIN FL 32550 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406909-MS<br>LONG, DENNIS<br>7217 OLD BARN ROAD<br>MONTGOMERY AL 36117 | CREDITOR ID: 388201-54<br>LONG, DOTTIE<br>6529 STANLEY CIR<br>MILTON FL 32570 | CREDITOR ID: 392416-55<br>LONG, DOTTIE<br>C/O WHIBBS & WHIBBS, PA<br>ATTN J DONOVAN WHIBBS, ESQ<br>105 EAST GREGORY SQUARE<br>PENSACOLA FL 32502 |
| CREDITOR ID: 254959-12<br>LONGHORN BOOSTER CLUB<br>PO BOX 2335<br>LABELLE FL 33975 | CREDITOR ID: 381305-47<br>LONGWOOD UTILITIES OF ALTAMONTE SPRINGS<br>PO BOX 160609<br>ALTAMONTE SPRINGS FL 32716-0609 | CREDITOR ID: 254961-12<br>LONNIE GARNER<br>114 KORNEGAY DRIVE<br>DUDLEY NC 28333 |
| CREDITOR ID: 254962-12<br>LONNIE L WIDDER<br>5570 TURNSTONE DRIVE SW<br>CONYERS GA 30094 | CREDITOR ID: 254963-12<br>LOOMIS FARGO & CO<br>DEPT AT 40331<br>ATLANTA, GA 31192-0331 | CREDITOR ID: 254964-12<br>LOOMIS FARGO & COMPANY<br>2500 CITYWEST BLVD, SUITE 900<br>HOUSTON TX 77042 |
| CREDITOR ID: 382776-51<br>LOOMIS FARGO & COMPANY<br>3650 MORRIS FARM DRIVE, UNIT 1D<br>GREENSBORO, NC 27409 | CREDITOR ID: 254965-12<br>LOOPS NURSERY & GREENHOUSE<br>ATTN DAVID W LOOP, PRES<br>2568 OLD MIDDLEBURG RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 278913-30<br>LOOPS NURSERY & GREENHOUSE<br>2568 OLD MIDDLEBURG RD<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 267869-31<br>LOOXAHOMA WATER ASSOCIATION<br>ATTN: DANNIE LEWERF<br>3805 LOOXAHOMA TYRO RD<br>SENATOBIA MS 38668-5501 | CREDITOR ID: 400491-87<br>LOPEZ, ALBERTO<br>2285 SW 18TH STREET<br>MIAMI FL 33145 | CREDITOR ID: 389422-54<br>LOPEZ, AZZIE<br>3551 CARTERHILL ROAD F207<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 386581-54<br>LOPEZ, JOSE<br>101 WHEATFIELD LANE<br>CLAYTON NC 27520 | CREDITOR ID: 391594-55<br>LOPEZ, JOSE<br>C/O: JOHN CONSTANTINOU<br>CONSTANTINOU LAW FIRM<br>120 EAST PARRISH STREET<br>STE 300<br>DURHAM NC 27701 | CREDITOR ID: 386559-54<br>LOPEZ, JUAN<br>1016 MCCULLY CT<br>OVIEDO FL 32765 |
| CREDITOR ID: 386945-54<br>LOPEZ, JUAN<br>4518 SILVER STAR ROAD<br>APT G162<br>ORLANDO FL 32808 | CREDITOR ID: 387306-54<br>LOPEZ, JUDITH<br>14842 148TH CR.<br>MIAMI, FL 33196 | CREDITOR ID: 391889-55<br>LOPEZ, JUDITH<br>C/O KOLTUN & LAZAR<br>ATTN DENNIS A KOLTUN, ESQ<br>7000 SW 97TH AVENUE<br>SUITE 210<br>MIAMI FL 33173 |
| CREDITOR ID: 385956-54<br>LOPEZ, LEE<br>854 SAN REMO DR<br>WESTON, FL 33326 | CREDITOR ID: 391185-55<br>LOPEZ, LEE<br>C/O: JUSTIN G. MORGAN, ESQ.<br>THE LAW OFFICES OF JUSTIN G. MORGAN, P.A<br>WESTON TOWN CENTER<br>1792 BELL TOWER LANE<br>WESTON FL 33326 | CREDITOR ID: 389639-54<br>LOPEZ, LISSETTE<br>ROUTE 3<br>BOX 716<br>LABELLE, FL 33935 |
| CREDITOR ID: 407686-15<br>LOPEZ, MANUEL<br>C/O SIMON & D'ALEMBERTE, RL<br>ATTN RONALD M SIMON ESQ<br>1001 BRICKELL BAY DRIVE, STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 387140-54<br>LOPEZ, NICOLAZA<br>2891 KRAFT DRIVE<br>DELTONA, FL 32738 | CREDITOR ID: 391725-55<br>LOPEZ, NICOLAZA<br>C/O CLAY W. SCHACHT, ESQ.<br>WOOTEN, HONEYWELL, KIMBROUGH, GIBSON<br>P. O. BOX 568188<br>ORLANDO FL 32856-8188 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385493-54<br>LOPEZ, ROSE<br>1102 GRAYSON DRIVE<br>ORLANDO, FL 32825 | CREDITOR ID: 390793-55<br>LOPEZ, ROSE<br>C/O: JEFFREY M. BYRD, P.A.<br>801 N. MAGNOLIA AVE., STE. 405<br>ORLANDO FL 32803 | CREDITOR ID: 387878-54<br>LOPEZ, SOL LUIS<br>C/O 1110 BRICKELL AVENUE<br>SUITE 514<br>MIAMI, FL 33131 |
| CREDITOR ID: 392160-55<br>LOPEZ, SOL LUIS<br>LAW OFFICES ALLAN STEPHEN ZAMREN<br>C/O ALLAN STEPHEN ZAMREN, ESQ<br>44 WEST FLAGLER STREET<br>SUITE 2225<br>MIAMI FL 33130 | CREDITOR ID: 388841-54<br>LOPEZ, VICTORIA<br>3025 MAY STREET<br>FORT WORTH TX 76110 | CREDITOR ID: 392785-55<br>LOPEZ, VICTORIA<br>C/O: DANIEL MORRIS<br>6333 FOREST PARK  SUITE 222<br>DALLAS TX 75235 |
| CREDITOR ID: 388094-54<br>LOPICCOLO, AGNES I<br>2228 ROYAL ST.<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 388094-54<br>LOPICCOLO, AGNES I<br>C/O GAUDIN & LONGORIA, LLC<br>ATTN SALVADOR G LONGORIA, ESQ<br>858 CAMP STREET<br>NEW ORLEANS LA 70130 | CREDITOR ID: 388548-54<br>LOPICCOLO, ANNA<br>7218 WEST JUDGE PEREZ DRIVE<br>ARABI, LA 70032 |
| CREDITOR ID: 385815-54<br>LOPRENA, RODNEY<br>999 SORIA AVENUE<br>ORLANDO, FL 32835 | CREDITOR ID: 391075-55<br>LOPRENA, RODNEY<br>C/O BRYAN CREWS, ESQ<br>CREWS & BODIFORD, P.A.<br>1137 EDGEWATER DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 254966-12<br>LORA KILBURN<br>5 ORCHARD DRIVE<br>FLORENCE, KY 41042 |
| CREDITOR ID: 254967-12<br>LORANCE PEACE BUILDER<br>11 ROBERTSON RD<br>TAYLORS, SC 29687 | CREDITOR ID: 254968-12<br>LORANGER HIGH SCHOOL<br>21408 OVERMIER RD<br>LORANGER, LA 70446 | CREDITOR ID: 406910-MS<br>LORBACHER, KENNETH<br>1306 CLAYMORE DR.<br>GARNER NC 27592 |
| CREDITOR ID: 254969-12<br>LORD'S SAUSAGE & COUNTRY HAM, INC<br>ATTN WAYNE LORD, PRES<br>PO BOX 1000<br>DEXTER, GA 31019 | CREDITOR ID: 254970-12<br>LOREAL JOSEPH<br>45 TICKNOR DRIVE<br>COLUMBUS GA 31903 | CREDITOR ID: 407504-99<br>LOREAL PARIS<br>ATTN: PATRICK ACKERMAN<br>35 BROADWAY ROAD<br>CRANBURY NJ 08512 |
| CREDITOR ID: 279238-35<br>L'OREAL PARIS<br>ATTN: PATRICK ACKERMAN<br>575 5TH AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 254971-12<br>LOREAL RETAIL<br>ATTN I & C DEPT<br>35 BROADWAY ROAD<br>CRANBURY, NJ 08512 | CREDITOR ID: 405066-95<br>LOREAL RETAIL<br>CROSSMARK<br>8375 DIX ELLIS TRAIL STE 104<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 254972-12<br>LOREAUVILLE ELEMENTARY PTC<br>PO BOX 425<br>LOREAUVILLE, LA 70552 | CREDITOR ID: 400096-84<br>LOREDO, REGULO<br>5831 SW 9TH, APT 5A<br>MIAMI FL 33144 | CREDITOR ID: 400536-88<br>LOREDO, REGULO J<br>C/O MICHAEL SREBNICK<br>44 WEST FLAGLER  SUITE 2250<br>MIAMI FL 33130 |
| CREDITOR ID: 254973-12<br>LORELLEN MCKNIGHT<br>14404 S W 293RD TERRACE<br>LEISURE CITY, FL 33033 | CREDITOR ID: 388082-54<br>LORENTE, YOSIEL<br>3594 SHERIDAN STREET, SUITE 20<br>HOLLYWOOD, FL 33021 | CREDITOR ID: 392348-55<br>LORENTE, YOSIEL<br>C/O: BRUCE BOTSFORD<br>BOTSFORD & WHITE, LLC<br>3595 SHERIDAN STREET STE. 208<br>HOLLYWOOD FL 33021 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385594-54<br>LORENZ, AVRAHAM<br>3690 INVERRARY DR<br>FORT LAUDERDALE, FL 33314 | CREDITOR ID: 390886-55<br>LORENZ, AVRAHAM<br>C/O: MICHAEL K. BREGMAN, ESQUIRE<br>ROSENBERG & ROSENBERG<br>2501 HOLLYWOOD BLVD STE 110<br>HOLLYWOOD FL 33020-6631 | CREDITOR ID: 254974-12<br>LORENZO F GOMEZ<br>3548 UNIQUE CIRCLE<br>FT MEYERS FL 33908 |
| CREDITOR ID: 254975-12<br>LORENZO FRIDAY JR<br>16420 PLANTATION WOODS DRIVE<br>CHARLOTTE NC 28278-8821 | CREDITOR ID: 386093-54<br>LORENZO, PETER<br>PO BOX 160745<br>HIALEAH FL 33016-0013 | CREDITOR ID: 391282-55<br>LORENZO, PETER<br>C/O SHUSTER & SABEN LLC<br>ATTN RICHARD SHUSTER ESQ<br>4770 BISCAYNE BLVD SUITE 1030<br>MIAMI FL 33137 |
| CREDITOR ID: 254977-12<br>LORETTA A FIELDS<br>PO BOX 1877<br>BELLGLADE FL 33430 | CREDITOR ID: 254976-12<br>LORETTA A FIELDS<br>608 S W 9TH STREET<br>BELL GLADE FL 33430 | CREDITOR ID: 243359-12<br>LORFILS, BERTHA<br>1050 NW 155TH LANE<br>APT 201<br>MIAMI FL 33169 |
| CREDITOR ID: 254978-12<br>LORI A BISHOP<br>PO BOX 375<br>WILSONVILLE AL 35186 | CREDITOR ID: 254979-12<br>LORI A DAVIS<br>500 GREENTREE DRIVE<br>APT G 31<br>COLUMBUS MS 39702 | CREDITOR ID: 254980-12<br>LORI M OSCARSON<br>3301 QUEENS COVE LOOP<br>WINTER HAVEN FL 33881 |
| CREDITOR ID: 254981-12<br>LORI PLUMMER<br>10026 SWITCH YARD ROAD<br>BESSEMER CITY NC 28016 | CREDITOR ID: 254982-12<br>LORI STINSON<br>1167 BUTLER ROAD<br>GAMALIEL, KY 42140 | CREDITOR ID: 254983-12<br>LORIE A GOUDE<br>33 LINEBERGER STREET<br>LOWELL NC 28098 |
| CREDITOR ID: 254984-12<br>LORILLARD TOBACCO<br>ATTN BOB TABONE<br>PO BOX 24725<br>JACKSONVILLE FL 32241-4725 | CREDITOR ID: 382035-36<br>LORILLARD TOBACCO COMPANY<br>KENNETH CHERRY<br>714 GREEN VALLEY RD<br>GREENSBORO NC 27408 | CREDITOR ID: 254985-12<br>LORILLARD TOBACCO COMPANY<br>PO BOX 60433<br>CHARLOTTE NC 28260-0433 |
| CREDITOR ID: 254987-12<br>LORNA S ALDERSON<br>3021 CARDINAL DRIVE<br>DELRAY BEACH FL 33444 | CREDITOR ID: 254988-12<br>LORRAINE WALTERS<br>PO BOX 116<br>WINSTON GA 30187 | CREDITOR ID: 254989-12<br>LOS ANDES BAKERY<br>ATTN EZEQUIEL OR BLANCA MURCIA<br>5241 NEW PEACHTREE ROAD, SUITE J<br>CHAMBLEE, GA 30341 |
| CREDITOR ID: 405067-95<br>LOS ANDES BAKERY<br>5341 NEW PEACHTREE RD STE J<br>CHAMBLEE GA 30341 | CREDITOR ID: 389754-54<br>LOSADA, JOSE<br>8601 WILLINGTON LOOP<br>KISSIMMEE FL 34747 | CREDITOR ID: 393373-55<br>LOSADA, JOSE<br>C/O: ERIC CURT, ESQ.<br>GARFINKEL TRIAL GROUP<br>300 NORTH MAITLAND AVENUE<br>MAITLAND FL 32751 |
| CREDITOR ID: 387788-54<br>LOSCIUTO, LEANN<br>1300 MANSON SMITH AVE<br>METAIRIE LA 70003 | CREDITOR ID: 247859-12<br>LOSEE, DEBRA L<br>2487 WOODSIDE DRIVE<br>CLAYTON, NC 27520 | CREDITOR ID: 248043-12<br>LOSEE, DERRICK<br>2847 WOODSIDE DRIVE<br>CLAYTON, NC 27520 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　　　　**CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388519-54<br>LOSTAGLIA, TRACY<br>917 POYDRAS STREET<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 392598-55<br>LOSTAGLIA, TRACY<br>C/O: BENJAMIN J. BIRDSALL, III<br>BIRDSALL LAW FIRM, INC.<br>918 POYDRAS ST.<br>2ND FLOOR<br>NEW ORLEANS LA 70112 | CREDITOR ID: 389088-54<br>LOTITO, CHRISTOPHER<br>332 NW 70TH AVE. STE. 103<br>PLANTATION, FL 33317 |
| CREDITOR ID: 392978-55<br>LOTITO, CHRISTOPHER<br>LAW OFFICES OF ROBERT E GLUCK, PA<br>ATTN ROBERT E GLUCK, ESQ<br>333 NW 70TH AVENUE<br>SUITE 103<br>PLANTATION FL 33317 | CREDITOR ID: 386180-54<br>LOTT, EMILY<br>109 LATHAN RD<br>APT 27<br>WARNER ROBINS, GA 31088 | CREDITOR ID: 406911-MS<br>LOTT, JIMMY N.<br>2600 MICHIGAN AVE., #440C<br>PENSACOLA FL 32526 |
| CREDITOR ID: 385353-54<br>LOTT, RACHEL L (MINOR)<br>5911 S. DALE MABRY HWY<br>TAMPA, FL 33614 | CREDITOR ID: 385353-54<br>LOTT, RACHEL L (MINOR)<br>7903 BAHIA AVE<br>TAMPA, FL 33619 | CREDITOR ID: 385186-54<br>LOTTE DIVISION   WINN-DIXIE CHAR<br>2401 NEVADA BLVD<br>CHARLOTTE, NC 28273 |
| CREDITOR ID: 267879-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: THOMAS DELACENSERIE<br>2830 WINKLER AVE STE 118<br>FORT MYERS FL 33916-9301 | CREDITOR ID: 267878-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: MIKE PURCELL<br>1911 N US HIGHWAY 301<br>TAMPA FL 33619-2642 | CREDITOR ID: 267877-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: MICHAEL SURLES<br>8595 BEACH BLVD STE 301<br>JACKSONVILLE FL 32216-4690 |
| CREDITOR ID: 267876-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: LUANN MACHISE<br>1241 STATE ROAD 436 STE 181<br>CASSELBERRY FL 32707-6443 | CREDITOR ID: 267875-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: GAIL JERNIGAN<br>6601 N DAVIS HWY STE 55<br>PENSACOLA FL 32504-6242 | CREDITOR ID: 267874-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: DURWOOD BASS<br>4600 140TH AVE N STE 210<br>CLEARWATER FL 33762-3815 |
| CREDITOR ID: 267873-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: DORIS OSTEEN<br>3926 SW ARCHER RD<br>GAINESVILLE FL 32608-2342 | CREDITOR ID: 267872-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: DAVID JASNY<br>6301 HAZELTINE NATIONAL D<br>ORLANDO FL 32822 | CREDITOR ID: 267871-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: CONNIE JOHNSON<br>3440 N HARBOR CITY BLVD<br>MELBOURNE FL 32935-5713 |
| CREDITOR ID: 267870-14<br>LOTTERY FLORIDA DEPARTMENT OF<br>ATTN: ALLEN JAGGARD<br>901 NORTHPOINT PKWY<br>WEST PALM BEACH FL 33407-1951 | CREDITOR ID: 254991-12<br>LOTTIE SAWYR<br>4702 ESTRADA LANE<br>MIMS FL 32754 | CREDITOR ID: 386147-54<br>LOTUSO, THEOLIA<br>1217 MARYLAND AVENUE<br>KENNER, LA 70062 |
| CREDITOR ID: 405068-95<br>LOT-VAC SWEEPING SERVICE<br>1900 CHATFIELD RD<br>SHELBY NC 28150 | CREDITOR ID: 254992-12<br>LOU A ELLIS<br>10419 TANTON ROAD<br>PENSACOLA FL 32506 | CREDITOR ID: 254993-12<br>LOU BACHRODT CHEVROLET INC<br>1801 WEST ATLANTIC BLVD<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 254994-12<br>LOU CALIFANO<br>295 WEST NAOMI  DRIVE, UNIT 1<br>NAPLES, FL 34104 | CREDITOR ID: 254995-12<br>LOU L BURFIEND<br>1423 POWHATON<br>ORLANDO FL 32825 | CREDITOR ID: 267880-14<br>LOUDON CNTY PRP ASSESSORS OFF<br>ATTN: DOYLE E ARP<br>101 MULBERRY ST STE 201<br>LOUDON TN 37774-1479 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 267881-31
LOUDOUN CO VOTER REGISTRATION
ATTN: JUDY BROWN
26 FAIRFAX ST SE STE C
LEESBURG VA 20175-3621

CREDITOR ID: 254996-12
LOUDOUN COMMUNICATIONS INC
585 FACTORY SHOALS RD
AUSTELL GA 30168

CREDITOR ID: 267882-31
LOUDOUN COUNTY SANITATION AUTH
ATTN: RODDY MOE
21254 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-6102

CREDITOR ID: 254997-12
LOUIE EMLER
414 WEST RANKIN STREET
COLUMBIA MS 39429

CREDITOR ID: 254998-12
LOUIS A SCARUFFI
2426 ROOSEVELT BLVD
KENNER LA 70062

CREDITOR ID: 254999-12
LOUIS C GUILLORY
171 RANCH ROAD
OPELOUSAS LA 70570

CREDITOR ID: 255000-12
LOUIS ENTERPRISES
LOUIS N CASTRINOS
5728 LITTLE RIVER RD
HANIRA, GA 31632

CREDITOR ID: 255001-12
LOUIS FOODS
731 EAST MCMILLAN STREET
CINCINNATI, OH 45206

CREDITOR ID: 2383-07
LOUIS PERLIS
P.O. BOX 1097
CORDELE GA 31010

CREDITOR ID: 255002-12
LOUIS PRYOR SUPPLY COMPANY
1927 LIMBUS AVE
SARASOTA FL 34243-3907

CREDITOR ID: 255003-12
LOUIS PRYOR SUPPLY INC
2487 N JOHN YOUNG PKY
ORLANDO, FL 32804-4194

CREDITOR ID: 375972-44
LOUIS PRYOR SUPPLY INC
ATTN SHERYL L STEVENSON
2487 N JOHN YOUNG PKY
ORLANDO, FL 32804-4194

CREDITOR ID: 255004-12
LOUIS VILLANO
783 ASHLEY DRIVE
CHASKA MN 55318

CREDITOR ID: 246359-12
LOUIS, CLAUDE JEAN
812 COCHRAN DRIVE
TALLAHASSEE FL 32301

CREDITOR ID: 389372-54
LOUIS, HUBERS
1342 NE 144TH STREET
NORTH MIAMI FL 33161

CREDITOR ID: 393166-55
LOUIS, HUBERS
C/O: MICHAEL S. ELSTEIN ESQ.
LAW OFFICE OF MICHAEL S ELSTEIN AND ASSO
2400 WEST CYPRESS CREEK ROAD,
STE 105
FT LAUDERDALE FL 33309

CREDITOR ID: 385715-54
LOUIS, INNOCIA L
3710 NW 32ND ST
#305
LAUDERDALE LAKES, FL 33311

CREDITOR ID: 390995-55
LOUIS, INNOCIA L
C/O GREG MONALDI & ASSOCIATES
ATTN STACY L FEINSTEIN, ESQ
200 SE 9TH STREET
FORT LAUDERDALE FL 33316-1020

CREDITOR ID: 394072-56
LOUIS, LUC
1561 NE 31ST STREET
POMPANO BEACH, FL 33064

CREDITOR ID: 391481-55
LOUIS, LUC
C/O: L. ANTON REBALKO, ESQUIRE
L. ANTON REBALKO PA
3111 UNIVERSITY DR.
#725 FL. SUNSHINE TOWERS.
CORAL SPRINGS FL 33065

CREDITOR ID: 391658-55
LOUIS, MARC A
C/O: LYLE MASNIKOFF
LEWEN, REICH & MANCINI
560 VILLAGE BLVD
SUITE 345
WEST PALM BEACH FL 33409

CREDITOR ID: 392345-55
LOUIS, SIMONE J
C/O: DAVID T. ZIEPER
LAURENCE EDWARD ZIEPER, P. A.
4770 BISCAYNE BLVD.
SUITE 1430
MIAMI FL 33137

CREDITOR ID: 392335-55
LOUIS, YOLETTE J
C/O LAW OFFICE OF CRAIG DERNIS, PA
ATTN CRAIG DERNIS ESQ
2450 NE MIAMI GARDENS DR 2ND FLOOR
AVENTURA FL 33180

CREDITOR ID: 388067-54
LOUIS, YOLETTE J
1034 S. MILITARY TRAIL
DEERFIELD BEACH, FL 33442

CREDITOR ID: 255005-12
LOUISA A PAEZ
580 8 STREET NE
NAPLES FL 34120

CREDITOR ID: 267883-14
LOUISA COUNTY TREASURY
ATTN: GLORIA LANE
1 WOLFOLK
LOUISA VA 23093

CREDITOR ID: 255006-12
LOUISANA DEPT OF AGRICULTURE
PO BOX 91081
BATON ROUGE, LA 70821

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267884-14<br>LOUISANA OFFICE GROUP BENEFITS<br>ATTN: HUBERT LINCECUM<br>5825 FLORIDA BLVD<br>BATON ROUGE LA 70806-4248 | CREDITOR ID: 267885-31<br>LOUISANAN ENVMTL ACTION NETWRK<br>ATTN: MARYLEE ORR<br>2610 WASHINGTON ST<br>MONROE LA 71201-6542 | CREDITOR ID: 255007-12<br>LOUISE BOWLING<br>3011 TAYLOR BLVD<br>LOUISVILLE, KY 40208-1156 |
| CREDITOR ID: 255008-12<br>LOUISE CBICI MEM HOSP<br>C/O SUFFOLK GEN DIST COURT<br>150 N MAIN ST GODWIN COURT BLD<br>SUFFOLK, VA 23434 | CREDITOR ID: 255009-12<br>LOUISE COLEMAN<br>5207 MARTIN LUTHER KING JR BLVD<br>BRUNSWICK, GA 31520 | CREDITOR ID: 255010-12<br>LOUISE CURRY<br>1612 LONGLEAF DRIVE<br>CHARLOTTE NC 28210 |
| CREDITOR ID: 255011-12<br>LOUISE DUTRO<br>PO BOX 634<br>CENTERVILLE AL 35042 | CREDITOR ID: 255012-12<br>LOUISE F HUNLEY<br>12123 EVANS STREET<br>CINCINNATI OH 45249 | CREDITOR ID: 241103-11<br>LOUISIAN DEPT. OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE, LA 70821-3138 |
| CREDITOR ID: 255013-12<br>LOUISIANA ASSN OF SELF INSURED EMPL<br>PO BOX 4151<br>BATON ROUGE, LA 70821-4151 | CREDITOR ID: 255014-12<br>LOUISIANA AUTO & TRUCK REPAIR<br>PO BOX 70<br>GROSSE TETE, LA 70740 | CREDITOR ID: 255015-12<br>LOUISIANA BOARD OF PHARMACY<br>5615 CORPORATE BLVD SUITE 8E<br>BATON ROUGE, LA 70808-2537 |
| CREDITOR ID: 267886-14<br>LOUISIANA BOARD TAX APPEALS<br>ATTN: EVELYN G GRAVEL<br>1111 S FOSTER DR BLDG A<br>BATON ROUGE LA 70806-7238 | CREDITOR ID: 278712-99<br>LOUISIANA COA-COLA<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>1314 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 255016-12<br>LOUISIANA COCA COLA<br>PO BOX 932767<br>ATLANTA, GA 31193-2767 |
| CREDITOR ID: 405069-95<br>LOUISIANA COCA COLA<br>PO BOX 54145<br>NEW ORLEANS LA 70154 | CREDITOR ID: 267887-31<br>LOUISIANA COUNCIL OF NATI<br>ATTN: DURELL TUBERTILLE<br>9435 MANSFIELD RD STE 4A<br>SHREVEPORT LA 71118-3859 | CREDITOR ID: 255018-12<br>LOUISIANA DEPARTMENT OF<br>AGRICULTURE<br>PO BOX 631<br>BATON ROUGE LA 70821-0631 |
| CREDITOR ID: 255019-12<br>LOUISIANA DEPARTMENT OF INSURANCE<br>INSURANCE PREMIUM TAX DIVISION<br>PO BOX 94214<br>BATON ROUGE LA 70804-9214 | CREDITOR ID: 255021-12<br>LOUISIANA DEPARTMENT OF LABOR<br>OFFICE OF REGULATORY SERVICES<br>PO BOX 94050<br>BATON ROUGE, LA 70804-9050 | CREDITOR ID: 255020-12<br>LOUISIANA DEPARTMENT OF LABOR<br>1001 N 23RD STREET<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 |
| CREDITOR ID: 269294-16<br>LOUISIANA DEPARTMENT OF REV &  TAX<br>C/O CURTIS NELSON, JR.<br>617 NORTH 3RD STREET<br>BATON ROUGE, LA 70802 | CREDITOR ID: 269297-16<br>LOUISIANA DEPARTMENT OF REV & TAX<br>C/O ROBERT G. PUGH<br>PUGH, PUGH & PUGH, LLP<br>333 TEXAS STREET, SUITE 2100<br>SHREVEPORT, LA 71101-5302 | CREDITOR ID: 269296-16<br>LOUISIANA DEPARTMENT OF REV & TAX<br>C/O KIMBERLY ROBINSON<br>617 NORTH 3RD STREET<br>BATON ROUGE, LA 70802 |
| CREDITOR ID: 269295-16<br>LOUISIANA DEPARTMENT OF REV & TAX<br>C/O HERBERT B. HINES<br>617 NORTH 3RD STREET<br>BATON ROUGE, LA 70802 | CREDITOR ID: 255022-12<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 3138<br>BATON ROUGE, LA 70821-3138 | CREDITOR ID: 241104-11<br>LOUISIANA DEPARTMENT OF REVENUE<br>ACCOUNT NO.: 280959801<br>PO BOX 3138<br>BATON ROUGE, LA 70821-3138 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397342-70<br>LOUISIANA DEPARTMENT OF REVENUE<br>617 NORTH THIRD STREET<br>BATON ROUGE, LA 70802 | CREDITOR ID: 6-02<br>LOUISIANA DEPARTMENT OF REVENUE<br>ATTN: CYNTHIA BRIDGES, SECRETARY<br>617 N. 3RD STREET<br>BATON ROUGE LA 70804 | CREDITOR ID: 255024-12<br>LOUISIANA DEPARTMENT OFFICE<br>OF MOTOR VEHICLES<br>PO BOX 64886<br>BATON ROUGE LA 70896-4886 |
| CREDITOR ID: 255025-12<br>LOUISIANA DEPT OF AGRICULTURE<br>PO BOX 631<br>BATON ROUGE, LA 70821 | CREDITOR ID: 240547-06<br>LOUISIANA DEPT OF AGRICULTURE &<br>FORESTRY<br>PO BOX 91081<br>BATON ROUGE LA 70821-9081 | CREDITOR ID: 375978-44<br>LOUISIANA DEPT OF AGRICULTURE & FORESTRY<br>PO BOX 91081<br>BATON ROUGE, LA 70821-9081 |
| CREDITOR ID: 381130-47<br>LOUISIANA DEPT OF ECONOMIC DEVELOPMENT<br>BUSINESS INCENTIVE DIV<br>101 FRANCE STREET<br>BATON ROUGE, LA 70802-6263 | CREDITOR ID: 255028-12<br>LOUISIANA DEPT OF PUBLIC SFTY&CORCT<br>LIQUEFIED PETROLEUM GAS COMM<br>PO BOX 66209<br>BATON ROUGE LA 70896-6209 | CREDITOR ID: 255029-12<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>WITHHOLDING TAX SECTION<br>BATON ROUGE, LA 70821-0201 |
| CREDITOR ID: 255030-12<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 91011<br>BATON ROUGE LA 70821-9011 | CREDITOR ID: 255031-12<br>LOUISIANA DEPT OF REVENUE &<br>TAXATION<br>PO BOX 91017<br>BATON ROUGE, LA 70821-9017 | CREDITOR ID: 255032-12<br>LOUISIANA DEPT OF TRANSPORTATION<br>AND DEVELOPMENT<br>PO BOX 94042<br>BATON ROUGE LA 70804-9042 |
| CREDITOR ID: 240549-06<br>LOUISIANA DEPT OF WILDLIFE&FISHERIE<br>PO BOX 98000<br>BATON ROUGE, LA 70898-9000 | CREDITOR ID: 241106-11<br>LOUISIANA DEPT. OF REVENUE<br>NEW ORLEANS EXHIBITION HALL TAX<br>ACCOUNT NO.: 6032593900<br>PO BOX 91205<br>BATON ROUGE, LA 70821-9205 | CREDITOR ID: 254260-12<br>LOUISIANA FISH FRY PRODUCTS<br>ATTN KRISTINE DOOLEY, MGR<br>5267 PLANK ROAD<br>BATON ROUGE, LA 70805 |
| CREDITOR ID: 255035-12<br>LOUISIANA FISH FRY PRODUCTS<br>5267 PLANK ROAD<br>BATON ROUGE, LA 70805 | CREDITOR ID: 255037-12<br>LOUISIANA LIFT AND EQUIPMENT<br>PO BOX 3869<br>SHREVEPORT LA 71133-3869 | CREDITOR ID: 397304-69<br>LOUISIANA LOTTERY<br>55 LAUREL STREET<br>BATON ROUGE, LA 70801 |
| CREDITOR ID: 15-02<br>LOUISIANA LOTTERY CORPORATION<br>ATTN: CHARLES R. DAVIS, PRESIDENT<br>555 LAUREL STREET<br>BATON ROUGE LA 70801-1813 | CREDITOR ID: 255038-12<br>LOUISIANA MAILING SYSTEMS INC<br>ATTN NORA TICE, OFFICE MGR<br>3625 FLORIDA AVENUE<br>KENNER, LA 70065 | CREDITOR ID: 382940-51<br>LOUISIANA MEDICAID<br>PO BOX 91030<br>BATON ROUGE, LA 70821-9030 |
| CREDITOR ID: 381284-47<br>LOUISIANA OCCUPATIONAL HEALTH SERVICES<br>PO BOX 13440<br>ALEXANDRIA, LA 71315-3440 | CREDITOR ID: 255039-12<br>LOUISIANA OCCUPATIONAL HEALTH SVCS<br>PO BOX 11767<br>ALEXANDRIA LA 71315-1767 | CREDITOR ID: 375986-44<br>LOUISIANA OFFICE PRODS<br>P O BOX 23851<br>HARAHAN, LA 70183-0851 |
| CREDITOR ID: 255040-12<br>LOUISIANA OFFICE PRODUCTS<br>210 EDWARDS AVENUE<br>HARAHAN, LA 70123 | CREDITOR ID: 255042-12<br>LOUISIANA RETAILERS ASSOC<br>PO BOX 44034<br>BATON ROUGE, LA 70804-4034 | CREDITOR ID: 255043-12<br>LOUISIANA RIGHT TO WORK COMM<br>3113 VALLEY CREEK DR<br>PO BOX 80258<br>BATON ROUGE LA 70898-0258 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267888-31<br>LOUISIANA RURAL WATER ASSN<br>ATTN: PATRICK CRATER<br>1325 3RD AVE<br>KINDER LA 70648-3420 | CREDITOR ID: 255044-12<br>LOUISIANA SCHOOL FOR THE DEAF<br>2888 BRIGHTSIDE LANE<br>BATON ROUGE, LA 70821 | CREDITOR ID: 255045-12<br>LOUISIANA SEAFOOD EXCHANGE<br>428 JEFFERSON HWY<br>JEFFERSON, LA 70121-2515 |
| CREDITOR ID: 255046-12<br>LOUISIANA SECOND INJURY BOARD<br>PO BOX 44187<br>BATON ROUGE, LA 70804-4187 | CREDITOR ID: 267889-14<br>LOUISIANA SERVE CMMSSN LTENANT<br>ATTN: KAY S BAILEY<br>263 3RD ST STE 610B<br>BATON ROUGE LA 70801-1300 | CREDITOR ID: 395531-64<br>LOUISIANA STATE UNIVERSITY<br>208 COATES<br>BATON ROUGE, LA 70803 |
| CREDITOR ID: 255048-12<br>LOUISIANA TESTING & INSPECTION INC<br>PO BOX 2934<br>LAFAYETTE LA 70502 | CREDITOR ID: 255049-12<br>LOUISIANA TRANSPORTATION INC<br>PO BOX 33298<br>DETROIT MI 48232 | CREDITOR ID: 267890-31<br>LOUISIANA UTILITY CONS LLC<br>ATTN: DAVID VILLNEUVE<br>12247 MORGANFIELD AVE<br>BATON ROUGE LA 70818-2614 |
| CREDITOR ID: 255050-12<br>LOUISIANA WATER CO<br>PO BOX 69000<br>BATON ROUGE, LA 70896-6396 | CREDITOR ID: 575-03<br>LOUISIANA WATER CO.<br>448 EAST MAIN STREET<br>NEW IBERIA LA 70560 | CREDITOR ID: 405074-95<br>LOUISIANA WEEKLY<br>PO BOX 53008<br>NEW ORLEANS LA 70153-3008 |
| CREDITOR ID: 255051-12<br>LOUISIANA WEEKLY<br>PO BOX 8628<br>NEW ORLEANS, LA 70182 | CREDITOR ID: 255052-12<br>LOUISO LAWN CARE & LANDSCAPE INC<br>456 WOODWICK COURT<br>CINCINNATI OH 45255 | CREDITOR ID: 255053-12<br>LOUISVILLE CHORUS<br>6303 FREN VALLEY PASS<br>LOUISVILLE KY 40228 |
| CREDITOR ID: 255054-12<br>LOUISVILLE COURIER JOURNAL<br>PO BOX 630537<br>CINCINNATI, OH 45263-0537 | CREDITOR ID: 405075-95<br>LOUISVILLE COURIER JOURNAL<br>PREVIOUSLY  THE COURIER-JOURNAL<br>PO BOX 740031<br>525 W BROADWAY ST<br>LOUISVILLE KY 40201-7431 | CREDITOR ID: 255055-12<br>LOUISVILLE CROWN<br>PO BOX 991399<br>LOUISVILLE, KY 40269 |
| CREDITOR ID: 255056-12<br>LOUISVILLE DEFENDER INC<br>PO BOX 2557<br>1720 DIXIE HWY<br>LOUISVILLE, KY 40201-2557 | CREDITOR ID: 255057-12<br>LOUISVILLE GAS & ELECTRIC CO<br>PO BOX 35590<br>LOUISVILLE, KY 40232-5590 | CREDITOR ID: 405076-95<br>LOUISVILLE GAS & ELECTRIC CO<br>220 WEST MAIN ST<br>PO BOX 32000<br>LOUISVILLE KY 40232 |
| CREDITOR ID: 399439-15<br>LOUISVILLE GAS & ELECTRIC COMPANY<br>ATTN C MICHAEL COOPER<br>820 WEST BROADWAY<br>LOUISVILLE KY 40202 | CREDITOR ID: 255059-12<br>LOUISVILLE NEWSPAPERS INC<br>PO BOX 469<br>LOUISVILLE, MS 39339 | CREDITOR ID: 255060-12<br>LOUISVILLE TESTING LABORATORY<br>1401 WEST CHESTNUT<br>LOUISVILLE KY 40203-1705 |
| CREDITOR ID: 255061-12<br>LOUISVILLE WATER<br>550 SOUTH 3RD STREET<br>LOUISVILLE, KY 40202 | CREDITOR ID: 578-03<br>LOUISVILLE WATER<br>PO BOX 32460<br>LOUISVILLE KY 40232 | CREDITOR ID: 255062-12<br>LOUISVILLE/JEFFERSON COUNTY<br>REVENUE COMMISSION<br>PO BOX 35420<br>LOUISVILLE, KY 40232-5410 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382777-51<br>LOUK, MARY<br>707 GREEN BELT DRIVE<br>SUGARLAND, TX 77478 | CREDITOR ID: 255063-12<br>LOURDES FERNANDEZ<br>6842 SW 148 AVENUE<br>MIAMI, FL 33193 | CREDITOR ID: 255064-12<br>LOURDES GUTIERREZ<br>6338 SW 42 TERRACE<br>MIAMI FL 33155 |
| CREDITOR ID: 245044-12<br>LOVE, CHARLES K<br>9929 ARJAY ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 244706-12<br>LOVEJOY, CARSON<br>4950 KUDZU LANE<br>MORGANTON, NC 28655 | CREDITOR ID: 264401-12<br>LOVEJOY, WANDA<br>4950 KUDZU LANE<br>MORGANTON, NC 28655 |
| CREDITOR ID: 255065-12<br>LOVELACE GAS SERVICE<br>10606 E COLONIAL DRIVE<br>ORLANDO, FL 32817-4497 | CREDITOR ID: 255066-12<br>LOVELESS SANITATION<br>742 EAST TODD RD<br>SCIENCE HILL KY 42553 | CREDITOR ID: 389222-54<br>LOVETT, JEANETTE<br>110 PALM PLACE<br>DAYTONA BEACH FL 32114 |
| CREDITOR ID: 393069-55<br>LOVETT, JEANETTE<br>C/O: PAUL MORGAN, ESQ.<br>MORGAN & VAN DINGENEN, P.A.<br>1099 WEST MORSE AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 255067-12<br>LOVETTE COMPANY<br>PO BOX 1510<br>3200 STATESVILLE ROAD<br>NORTH WILKESBORO, NC 28659-1510 | CREDITOR ID: 375988-44<br>LOVING COMMUNICATIONS<br>110 YOUNGBLOOD DR<br>ST SIMONS FL 31522 |
| CREDITOR ID: 255068-12<br>LOW COUNTRY BALER SERVICES INC<br>PO BOX 71328<br>CHARLESTON HEIGHTS SC 29415-1328 | CREDITOR ID: 267891-31<br>LOWCOUNTRY REGIONAL COMMUNITY<br>ATTN: WAYNE R BATTLE<br>250 E RAILROAD ST<br>ESTILL SC 29918 | CREDITOR ID: 255069-12<br>LOWE ELECTRIC CO<br>PO BOX 4767<br>MACON GA 31208 |
| CREDITOR ID: 244173-12<br>LOWE, BUNNIE A<br>762 N WESTMORLAND DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 261924-12<br>LOWE, STEPHANIE E<br>7551 LASALLE BLVD<br>MIRAMAR, FL 33023 | CREDITOR ID: 255070-12<br>LOWELL DACK<br>7080 SW 55TH TERRACE<br>MIAMI FL 33155 |
| CREDITOR ID: 255071-12<br>LOWELL E BARMORE<br>507 S JASMINE AVENUE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 255072-12<br>LOWELL J HOPLER<br>1108 CLAIRBORNE STREET<br>HOLIDAY FL 34690 | CREDITOR ID: 255073-12<br>LOWELL MCRANEY<br>107 CLINTON BLVD<br>APT# C - 5<br>CLINTON, MS 39056 |
| CREDITOR ID: 375990-44<br>LOWELL PACKING COMPANY<br>PO BOX 220<br>FITZGERALD GA 31750-0220 | CREDITOR ID: 255074-12<br>LOWEN CORPORATION<br>PO BOX 1528<br>HUTCHINSON KS 67504-1528 | CREDITOR ID: 279131-32<br>LOWENSTEIN SANDLER PC<br>ATTN:  B. NATHAN & A. L. GAYER<br>1251 AVENUE OF THE AMERICAS<br>18TH FLOOR<br>NEW YORK NY 10020 |
| CREDITOR ID: 267892-31<br>LOWER CHTTHCHEE RGONAL DEV CTR<br>ATTN: PATRICIA CULLEN<br>1428 2ND AVE<br>COLUMBUS GA 31901-2124 | CREDITOR ID: 255075-12<br>LOWER KEYS PLUMBING<br>1014 WHITE STREET<br>KEY WEST FL 33040 | CREDITOR ID: 255076-12<br>LOWER NINTH WARD NEIGHBORHOOD CNCL<br>1616 CAFFIN AVENUE<br>NEW ORLEANS LA 70117 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 255077-12
LOWERY FABRICATING
ATTN KENDALL OR VERNON LOWERY
1650 KRISTI CIRCLE
BIRMINGHAM, AL 35243

CREDITOR ID: 255078-12
LOWERY PRIMARY SCHOOL
1200 ST PATRICK STREET
DONALDSONVILLE, LA 70346

CREDITOR ID: 388981-54
LOWERY, BARBARA
6439 FABLEWOODS DR. EAST
JACKSONVILLE, FL 32244

CREDITOR ID: 400246-85
LOWERY, BARBARA
C/O FARAH, FARAH, & ABBOTT, PA
ATTN BRIAN M FLAHERTY, ESQ
10 WEST ADAMS STREET, 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 392883-55
LOWERY, BARBARA
C/O FARAH, FARAH, & ABBOTT, PA
ATTN BRIAN M FLAHERTY, ESQ
10 WEST ADAMS STREET, 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 388896-54
LOWERY, VERA
NOT GIVEN
MONTGOMERY AL 36102

CREDITOR ID: 255079-12
LOWES
PO BOX 530954
ATLANTA, GA 30353-0954

CREDITOR ID: 255080-12
LOWES COMPANIES INC
PO BOX 281791
ATLANTA, GA 30384-1791

CREDITOR ID: 255081-12
LOWES HOME CENTER INC
3250 EAST FRANKLIN BLVD
ATTN DAWN DAVIS
GASTONIA NC 28054

CREDITOR ID: 255082-12
LOWES IMPROVEMENT
4040 OLD FIELD CROSSING DRIVE
JACKSONVILLE FL 32223

CREDITOR ID: 255084-12
LOWNDES COUNTY DEPT FAMILY
CHILDREN SERVICES
PO BOX 5166
VALDOSTA, GA 31603-5166

CREDITOR ID: 255086-12
LOWNDES COUNTY TAX COLLECTOR
PO BOX 1077
PROPERTY TAX
COLUMBUS MS 39703

CREDITOR ID: 279510-99
LOWNDES DROSDICK ET AL
ATTN: ZACHARY J BANCROFT
450 S ORANGE AVE, STE 800 (32801)
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 394004-61
LOWRANCE REPORTING SERVICE, LLC
9410 GINHOUSE LANE
CHARLOTTE, NC 28277

CREDITOR ID: 385160-54
LOWRY, BRENDA
12323 3RD STREET
SANTA FE, TX 77510

CREDITOR ID: 390509-55
LOWRY, BRENDA
C/O: MICHAEL L. ROBERTS, ESQ.
CUSIMANO, KEENER, ROBERTS, KIMBERLEY & M
153 SOUTH 9TH STREET
GADSDEM AL 35901

CREDITOR ID: 388184-54
LOWRY, VALERIE
2010 ROSWELL ROAD
APT 22A7
MARIETTA GA 30068

CREDITOR ID: 255089-12
LOXAHATCHEE RIVER DISTRICT
PO BOX 8800
JUPITER, FL 33468-8800

CREDITOR ID: 267893-31
LOXAHTCHEE GROVES WTR CTRL DST
ATTN: CLETE J SAUNIER
101 W D RD
LOXAHATCHEE FL 33470-4866

CREDITOR ID: 388098-54
LOZANO, YOLANDA
3655 SW 96TH STREET
PALM CITY, FL 34991

CREDITOR ID: 392356-55
LOZANO, YOLANDA
C/O: ERIC PINTALUGA, ESQ.
KANNER & PINTALUGA, P.A.
5124 HOLLYWOOD BLVD
HOLLYWOOD FL 33021

CREDITOR ID: 255090-12
LOZIER CORPORATION
PO BOX 3577
OMAHA NE 68103-0577

CREDITOR ID: 267894-31
LP SANITATION
ATTN: PAMELA CASPERSON
10800 NE 128TH AVE
OKEECHOBEE FL 34972-2341

CREDITOR ID: 255091-12
LPI CALHOUN INC
C/O PRINCIPAL MUTUAL LIFE INS
LOAN# 750403
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 2384-07
LPI CALHOUN, INC
3000 CORPORATE CENTER DR
SUITE 300
MORROW GA 30260

CREDITOR ID: 255092-12
LPI COLUMBUS INC
C/O PRINCIPAL MUTUAL LIFE INS
LOAN # 750401
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 2385-07
LPI COLUMBUS, INC.
3000 CORPORATE CENTER DRIVE
SUITE 300
MORROW GA 30260

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255093-12<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133-1900 | CREDITOR ID: 255094-12<br>LPI MILLEDGEVILLE INC<br>C/O PRINCIPAL MUTUAL LIFE INS<br>LOAN # 750402<br>PO BOX 10387<br>DES MOINES IA 50306-0387 |
| CREDITOR ID: 2386-07<br>LPI MILLEDGEVILLE, INC<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 | CREDITOR ID: 407665-93<br>LPI WAYCROSS INC.<br>AMERICAN RESIDENTIAL EQUITIES, INC.<br>848 BRICKELL AVENUE, PENTHOUSE<br>MIAMI FL 33131 | CREDITOR ID: 407666-93<br>LPI WAYCROSS, INC.<br>LASSITER PROPERTIES<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 |
| CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 255095-12<br>LPS<br>6 CONSULTANT PLACE<br>SUITE 200A<br>DURHAM, NC 27707 | CREDITOR ID: 255096-12<br>LPS GROUP<br>1050 E PIEDMONT ROAD<br>SUITE E-134<br>MARIETTA, GA 30062 |
| CREDITOR ID: 255097-12<br>LR NELSON CORPORATION<br>PO BOX 95805<br>CHICAGO, IL 60694-5805 | CREDITOR ID: 255098-12<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 | CREDITOR ID: 255099-12<br>LSI NORTH AMERICA LTD<br>5230 FINCH AVENUE EAST<br>UNIT 5<br>SCARBOROUGH ON M1S 4Z9<br>CANADA |
| CREDITOR ID: 255100-12<br>LSQ FUNDING GROUP<br>NEWPORT INTL OF TIERRA VERDE<br>PO BOX 102432<br>ATLANTA GA 30368-2432 | CREDITOR ID: 255102-12<br>LSQ FUNDING GROUP LC<br>%BRAVO FOODS<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 | CREDITOR ID: 255101-12<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 |
| CREDITOR ID: 255103-12<br>LSQ FUNDING GROUP LLC<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 | CREDITOR ID: 255104-12<br>LTI SERVICE INCORPORATED<br>PO BOX 6302<br>DOTHAN AL 36302 | CREDITOR ID: 386518-54<br>LUBIN, LEE<br>2280 NW 95TH TERRACE<br>MIAMI FL 33147 |
| CREDITOR ID: 391554-55<br>LUBIN, LEE<br>C/O: RICHARD E. ZALDIVAR, P.A.<br>LAW OFFICES OF RICHARD ZALDIVAR<br>2600 SW 3RD AVE, STE #300<br>MIAMI FL 33129 | CREDITOR ID: 255105-12<br>LUBRICATION ENGINEERS<br>PO BOX 16025<br>WICHITA, KS 67216-6025 | CREDITOR ID: 267895-31<br>LUCAS UNDERGROUND UTILITIES<br>ATTN: RONNIE LUCAS<br>2922 S MILITARY HWY STE B<br>CHESAPEAKE VA 23323-5822 |
| CREDITOR ID: 267896-31<br>LUCAS WASTEWATER PLANT<br>ATTN: JOSEPHINE LOSTON<br>11301 E KINGS HWY<br>SHREVEPORT LA 71115-3716 | CREDITOR ID: 243967-12<br>LUCAS, BRIAN<br>4475 HICKORY STREET<br>MACCLENNY FL 32063-7341 | CREDITOR ID: 390850-55<br>LUCAS, CHRISTOPHER<br>C/O: JOSEPH S. GILLIN, JR.<br>JOSEPH S. GILLIN, JR., ESQUIRE<br>P.O. BOX 2556<br>MELBOURNE FL 32902-2556 |
| CREDITOR ID: 255106-12<br>LUCEDALE MARKETPLACE LLC<br>PO BOX 2153<br>DEPT 3344<br>ATTN WHOLESALE LOCKBOX<br>BIRMINGHAM, AL 35287-2153 | CREDITOR ID: 388077-54<br>LUCERO, ANALIA R<br>14725 SW 123RD AVENUE<br>MIAMI, FL 33186 | CREDITOR ID: 392343-55<br>LUCERO, ANALIA R<br>C/O DAVID M. SHENKMAN, PA<br>ATTN DAVID M SHENKMAN, ESQ<br>2701 S BAYSHORE DRIVE, SUITE 602<br>MIAMI FL 33133 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 255107-12
LUCIAN W NOLAN
2741 WINDHAM DRIVE
WEST COLUMBIA SC 29170

CREDITOR ID: 389737-54
LUCIER, THURL
712 AVENUE D
BROWNWOOD TX 76801

CREDITOR ID: 255108-12
LUCILA DISTRIBUTION CORP
4300 SOUTHWEST 75TH AVENUE
MIAMI, FL 33155

CREDITOR ID: 255110-12
LUCILLE HOPSON
1124 OLD SCHOOL ROAD
CLARKSVILLE VA 23927

CREDITOR ID: 255111-12
LUCILLE P PRINGLE
1848 TODD STREET
NEWTON NC 28658

CREDITOR ID: 387786-54
LUCKIE, SHAWN
333 VINE AVENUE
UPLAND CA 91786

CREDITOR ID: 255113-12
LUCKS FOOD EQUIPMENT CO
PO BOX 34402
CHARLOTTE NC 28234-4402

CREDITOR ID: 1563-07
LUCY COMPANY OF SOUTH CAROLINA
C/O GRUBB & ELLIS WILSON/KIBLER
PO BOX 11312
COLUMBIA, SC 29211

CREDITOR ID: 255114-12
LUCY COMPANY OF SOUTH CAROLINA LLC
PO BOX 11312
% GRUBB & ELLIS WILSON/KIBLER
COLUMBIA, SC 29211

CREDITOR ID: 375996-44
LUCY RODRIGUEZ
5429 NW 169TH STREET
MIAMI, FL 33055

CREDITOR ID: 375995-44
LUCY RODRIGUEZ
4930 PALM AVENUE
HIALEAH, FL 33012

CREDITOR ID: 255115-12
LUCY RODRIGUEZ
PO BOX 172284
HIALEAH, FL 33017-2284

CREDITOR ID: 255116-12
LUCY TAYLOR
2603 EAST NORTH AVENUE
ANDERSON SC 29625

CREDITOR ID: 387339-54
LUCY, BETTY
1563 VAN DORN ST
MOBILE, AL 36605

CREDITOR ID: 391914-55
LUCY, BETTY
C/O YORK, LEGG & MEADOR
ATTN J STEPHEN LEGG, ESQ
PO DRAWER 16207
MOBILE AL 36616

CREDITOR ID: 255117-12
LUCYNDIAH N CROSS
PO BOX 3003
JACKSON MS 39207-0920

CREDITOR ID: 255118-12
LUDLOW COATED PRODUCTS
GEORGIA PACKAGING INC
DEPT CH14044
PALATINE, IL 60055-4044

CREDITOR ID: 255119-12
LUDLOW ELEMENTARY
512 OAK ST
LUDLOW KY 41016

CREDITOR ID: 375997-44
LUDLOW MIDDLE SCHOOL
150 ADELA STREET
LUDLOW, KY 41016

CREDITOR ID: 255120-12
LUFFMAN SALT INC
PO BOX 18062
GREENSBORO NC 27419-8062

CREDITOR ID: 386990-54
LUGO, NIDYA
2966 NW 26 ST
MIAMI FL 33142

CREDITOR ID: 255121-12
LUHEC REFRIGERATION
5791 NW 37TH AVE
MIAMI, FL 33142

CREDITOR ID: 255122-12
LUIGINO'S INC
1314 RELIABLE PARKWAY
CHICAGO, IL 60686

CREDITOR ID: 382036-36
LUIGINO'S INC
ATTN SEAN BRENNAN, CR MGR
525 LAKE AVENUE SOUTH
PO BOX 16630
DULUTH MN 55802

CREDITOR ID: 405078-95
LUIGINO'S INC
3167 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 407611-15
LUIGINO'S, INC.
C/O FRYBERGER LAW FIRM
ATTN: SHAWN M DUNLEVY
302 N SUPERIOR STREET, #700
DULUTH  MN 55802

CREDITOR ID: 407611-15
LUIGINO'S, INC.
PO BOX 16630
DULUTH MN 55816

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255123-12<br>LUIS A MARTINEZ<br>11400 4TH STREET N<br>ST PETERSBURG FL 33716 | CREDITOR ID: 255124-12<br>LUIS A MENCHACA<br>1490 NW 29 STREET<br>MIAMI FL 33142-0662 | CREDITOR ID: 255125-12<br>LUIS A SILVA<br>1475 NE 131 STREET<br>NORTH MIAMI BEACH FL 33161-0442 |
| CREDITOR ID: 255126-12<br>LUIS BARRERA<br>734 STEEL BRANCH DRIVE<br>CANTON, GA 30115 | CREDITOR ID: 255127-12<br>LUIS RODRIGUEZ<br>696 NW 129 WAY<br>PEMBROKE PINES FL 33028 | CREDITOR ID: 255128-12<br>LUIS RODRIGUEZ<br>PO BOX 110431<br>ID# 173203<br>HIALEAH FL 33011-0431 |
| CREDITOR ID: 255130-12<br>LUIS ROSAS<br>1430 MONDON HILL ROAD<br>BROOKSVILLE FL 34601 | CREDITOR ID: 388526-54<br>LUIS, MIRIAM<br>11410 SW 35TH LANE<br>MIAMI, FL 33165 | CREDITOR ID: 392604-55<br>LUIS, MIRIAM<br>C/O: JOSE M. FRANCISCO<br>LAW OFFICES OF JOSE FRANCISCO<br>5040 NW 76TH STREET STE. 900<br>MIAMI FL 33126 |
| CREDITOR ID: 255132-12<br>LUKE D TAYLOR<br>519 CHESTNUT STREET<br>GEORGETOWN KY 40324 | CREDITOR ID: 267897-31<br>LUKE INVESTMENTS INC<br>ATTN: EMRE URALLI<br>6135 NW 45TH TER<br>POMPANO BEACH FL 33073-1954 | CREDITOR ID: 255133-12<br>LUKE R DECKER<br>461 12TH AVENUE N<br>ST PETERSBURGH FL 33701 |
| CREDITOR ID: 243912-12<br>LUKE, BRENDA S<br>379 MCDONALD ROAD<br>PRESTON, MS 39354 | CREDITOR ID: 243968-12<br>LUKE, BRIAN<br>PO BOX 254<br>MAUREPAS LA 70447 | CREDITOR ID: 242327-12<br>LUKZ, AMI<br>2204 PERIDOT PARKWAY<br>STOCKBRIDGE, GA 32801 |
| CREDITOR ID: 255134-12<br>LULA ROBERTSON<br>960 REBEL DRIVE<br>BATON ROUGE LA 70806 | CREDITOR ID: 255135-12<br>LULING ELEMENTARY SCHOOL<br>904 SUGARHOUSE RD<br>LULING, LA 70070 | CREDITOR ID: 267898-14<br>LUMPKIN ASSESSORS<br>ATTN: STEVE GOOCH<br>25 SHORT ST STE B<br>DAHLONEGA GA 30533-0542 |
| CREDITOR ID: 406912-MS<br>LUMPKIN, HASKEL L.<br>4140 FLOYD DR.<br>BATON ROUGE LA 70808 | CREDITOR ID: 261981-12<br>LUMPKIN, STEVE<br>5666 DIANE DRIVE<br>MOBILE, AL 36618 | CREDITOR ID: 395684-65<br>LUNDIN ROOFING LLC<br>1301 COMMERCIAL DRIVE<br>PORT ALLEN, LA 70767-3227 |
| CREDITOR ID: 243743-12<br>LUNDRIGAN, BONNIE<br>2610 N E 10TH TERRACE<br>POMPANO BEACH FL 33064 | CREDITOR ID: 406913-MS<br>LUNDY, FRANK W<br>2505 HERITAGE DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 399982-84<br>LUNDY, LADAVIUS<br>600 S WASHINGTON AVE, APT 24<br>MOBILE AL 36603-1453 |
| CREDITOR ID: 387486-54<br>LUNDY, SANDRA<br>810 NE HIGHWAY 41<br>WILLISTON FL 32696 | CREDITOR ID: 392008-55<br>LUNDY, SANDRA<br>C/O: LANCE AVERA, ESQ.<br>AVERA & AVERA<br>P O BOX 2519<br>GAINESVILLE FL 32602-2519 | CREDITOR ID: 406914-MS<br>LUNN, RAYMOND<br>200 ROSEDOWN WAY<br>MANDEVILLE LA 70471 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 255138-12
LUQUIRE
PO BOX 211328
MONTGOMERY, AL 36121

CREDITOR ID: 255139-12
LURLEEN B WALLACE JR COLLEGE
ATTN FINANCIAL AID OFFICE
1735 EAST BY-PASS
ANDALUSIA AL 36420

CREDITOR ID: 387684-54
LUSHAJ, DRITA
400 ROME DR
APT E217
PALM SPRINGS FL 33461

CREDITOR ID: 400804-91
LUSSIER, KATHERINE A
9164 STARPASS DR.
JACKSONVILLE FL 32256

CREDITOR ID: 255140-12
LUTCHER ELEMENTARY
2461 KING AVENUE
LUTCHER, LA 70071

CREDITOR ID: 405080-95
LUTCHER ELEMENTARY
P O BOX P
LUTCHER LA 70071

CREDITOR ID: 255141-12
LUTCHER HIGH DUGOUT CLUB
PO BOX 245
LUTCHER LA 70071

CREDITOR ID: 244793-12
LUTGENS, DAVID
2337 CEDAR SHORES CIRCLE
JACKSONVILLE, FL 32210

CREDITOR ID: 385738-54
LUTGENS, SARA (MINOR)
44142 WILLOW LANE
CALLAHAN, FL 32011

CREDITOR ID: 391015-55
LUTGENS, SARA (MINOR)
C/O J. SCOTT NOONEY
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 255142-12
LUTHER J DOBBS
1961 ALTON ROAD
LOT 905 N
IRONDALE AL 35210

CREDITOR ID: 264606-12
LUTHER, WENDI
C/O WINN DIXIE PHARMACY
640 OLLIE AVENUE
CLANTON, AL 35045

CREDITOR ID: 376003-44
LUTHERAN BROTHERHOOD
ATTN INVESTMENT DIVISION
200 E NEW ENGLAND AVE STE 200
WINTER PARK, FL 32789

CREDITOR ID: 255143-28
LUTHERAN BROTHERHOOD
ATTN: DEAN L. BULSEY
ATTN INVESTMENT DIVISION
625 FOURTH AVE SOUTH
MINNEAPOLIS, MN 55415

CREDITOR ID: 395685-65
LUTHER'S LAWN & LANDSCAPING
5739 CONNELL RD
PLANT CITY, FL 33567

CREDITOR ID: 255144-12
LUTHERS LAWN AND LANDSCAPING
5739 CONNELL RD
PLANT CITY, FL 33567

CREDITOR ID: 255145-12
LUTRELL PENTON
23350 MITCHELL ROAD
PICAYUNE MS 39466

CREDITOR ID: 406915-MS
LUTTRULL, JERRY D
1712 POPLAR DR
ORANGE PARK FL 32073

CREDITOR ID: 255146-12
LUTZ LITTLE LEAGUE
17101 TIFFANY LAKE PLACE
LUTZ FL 33549

CREDITOR ID: 279379-36
LUVEL
C/O CHARLES R. TERRY
P.O. BOX 1229
KOSCIUSKO  MS 39090

CREDITOR ID: 255147-12
LUVEL DAIRY INC
PO BOX 1229
KOSIUSKO, MS 39090

CREDITOR ID: 405081-95
LUVEL DAIRY INC
GARY HOLLIS
DRAWER J  601-969-1307
KOSIUSKO MS 39090

CREDITOR ID: 255148-12
LUWANDA BLALOCK AS MOTHER OF
BRITTANY BRYANT
6959 SONORA DR NORTH
JACKSONVILLE FL 32244

CREDITOR ID: 255149-12
LUXEMBOURG CHEESE FACTORY,INC
12495 N PLEASANT HILL RD
ORANGEVILLE IL 61060-9758

CREDITOR ID: 255150-12
LUZ CERELLA
1726 NW 6TH ST
MIAMI FL 33125

CREDITOR ID: 255151-12
LUZ PINEDA-AGUILAR
6751 NW 182 STREET #103
MIAMI FL 33015

CREDITOR ID: 376005-44
LUZ* CERELLA
2241 SW 11TH STREET
MIAMI, FL 33135

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254229-12<br>LW GATEWOOD WHOLESALE GROCERY<br>PO DRAWER C<br>FOREST, MS 39074 | CREDITOR ID: 255152-12<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 2359-07<br>LW SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA, SC 29223 | CREDITOR ID: 255153-12<br>LWVCA EDUCATION FUND<br>103 WILIAM HOWARD TAFT ROAD<br>CINCINNATI OH 45219 | CREDITOR ID: 386309-54<br>LYDICK, JUDY<br>1004 HOMEVIEW DR.<br>LOUISVILLE KY 40215 |
| CREDITOR ID: 255155-12<br>LYKES MEATS GROUP INC<br>PO BOX 198198<br>ATLANTA, GA 30384-8198 | CREDITOR ID: 405082-95<br>LYKES MEATS GROUP INC<br>4611 LYKES ROAD<br>PLANT CITY FL 33567 | CREDITOR ID: 255156-12<br>LYKINS OIL COMPANY<br>PO BOX 633722<br>CINCINNATI, OH 45263-3722 |
| CREDITOR ID: 405083-95<br>LYKINS OIL COMPANY<br>ACCOUNTS RECEIVABLE<br>PO BOX 690692<br>CINCINNATI OH 45269-0692 | CREDITOR ID: 406080-15<br>LYKINS OIL COMPANY<br>ATTN LINDA BLOCK OR ROBERT MANNING<br>5163 WOLFPEN PLEASANT HILL ROAD<br>MILFORD OH 45150 | CREDITOR ID: 267899-31<br>LYMAN LAKE LODGE<br>ATTN: MITCH TURNER<br>200 LYMAN LODGE RD<br>LYMAN SC 29365-9564 |
| CREDITOR ID: 376989-44<br>LYNCH, SCOTT W<br>12 N HENDRY AVENUE<br>FT MEADE, FL 33841 | CREDITOR ID: 385793-54<br>LYNCH, SHEILA<br>1203 W. 20TH STREET<br>SANFORD, FL 32771 | CREDITOR ID: 391059-55<br>LYNCH, SHEILA<br>C/O: BARBARA COWHERD<br>BAILEY & MYERS, P. A.<br>100 E. SYBELIA AVE., #375<br>MAITLAND FL 32751 |
| CREDITOR ID: 267900-31<br>LYNCHBURG RDVLPMENT HSING AUTH<br>ATTN: EDWARD MC CAIN<br>918 COMMERCE ST<br>LYNCHBURG VA 24504-1602 | CREDITOR ID: 255157-12<br>LYNDA ELDER<br>4829 EMPIRE CHURCH ROAD<br>GROVELAND, FL 34736 | CREDITOR ID: 255158-12<br>LYNDA PERRY<br>5510 24TH STREET<br>ZEPHYRHILLS FL 33542 |
| CREDITOR ID: 255159-12<br>LYNDSEY A DRAKE<br>1417 MIDAGE LANE<br>SANDSTON VA 23150 | CREDITOR ID: 255160-12<br>LYNETTE DAZSI<br>747 BERNICE COURT<br>ORLANDO FL 32825 | CREDITOR ID: 255161-12<br>LYNETTE THIBODEAUX<br>2618 S MIRO STREET<br>NEW ORLEANS LA 70125 |
| CREDITOR ID: 255162-12<br>LYNN F KELLER<br>82 EMILY LANE<br>CRAWFORDVILLE FL 32327-0520 | CREDITOR ID: 267901-31<br>LYNN HAVEN CITY OF<br>ATTN: BOB OLSON<br>1308 ILLINOIS AVE<br>LYNN HAVEN FL 32444-2652 | CREDITOR ID: 255164-12<br>LYNN KELLEY<br>11948 MCPHERSON LANDING ROAD<br>TUSCALOOSA AL 35405 |
| CREDITOR ID: 255165-12<br>LYNN M SAVAGE<br>210 ALABAMA AVENUE<br>SELMA AL 36701 | CREDITOR ID: 255166-12<br>LYNN MAYERS GREAT LAKES GLADS<br>652 S PARHAM RD<br>BRONSON, MI 49028 | CREDITOR ID: 255167-12<br>LYNN MILSTEAD<br>603 EAST 23RD STREET<br>KANNAPOLIS NC 28083 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255168-12<br>LYNN ROBERTS & ASSOCIATES INC<br>ATTN ROBERT C SUNDMACHER, VP<br>1769 BLOUNT ROAD, SUITE 109<br>POMPANO BEACH FL 33069 | CREDITOR ID: 255169-12<br>LYNN SMITH<br>2056 DR INN ROAD<br>LINCOLNTON NC 28092 | CREDITOR ID: 406916-MS<br>LYNN, DAVID<br>608 CAPE COURT<br>ROCK HILL SC 29732 |
| CREDITOR ID: 255170-12<br>LYNNE VAN HOUSE<br>19898 AUGUSTA HWY<br>ROUND O SC 29474 | CREDITOR ID: 255171-12<br>LYNNETTE OTT<br>13042 NAVARRE SW<br>BEACH CITY OH 44608 | CREDITOR ID: 255172-12<br>LYNORA E SNIDER<br>13882 MARTINIQUE DRIVE<br>SEMINOLE FL 33776 |
| CREDITOR ID: 267902-31<br>LYON STATION SANITARY DISTRICT<br>ATTN: HELEN WALKER<br>1546 S CAMPUS DR<br>CREEDMOOR NC 27522-7380 | CREDITOR ID: 398216-74<br>LYONS PIPES & COOK<br>ATTN: JAY MINUS<br>2 N. ROYAL STREET<br>MOBILE AL 36602 | CREDITOR ID: 394050-61<br>LYONS PIPES & COOK PC<br>PO BOX 2727<br>MOBILE, AL 36652-2727 |
| CREDITOR ID: 255173-12<br>LYONS PIPES & COOK, PC<br>ATTN D CONSTANTINE & C THURBER<br>2 NORTH ROYAL STREET<br>PO BOX 2727<br>MOBILE, AL 36652-2727 | CREDITOR ID: 388331-54<br>LYONS, EDWARD<br>203  DEBRA DRIVE<br>WARNER ROBINS, GA 31088 | CREDITOR ID: 385904-54<br>LYONS, TONYA<br>5674 LONGBOW DRIVE<br>STONE MOUNTAIN, GA 30087 |
| CREDITOR ID: 374886-44<br>LYTELL, FELICITY<br>42149 GREG DRIVE # 86<br>HAMMOND, LA 70403 | CREDITOR ID: 405085-95<br>M & M MARS<br>ATTN HEIDI HANN<br>MASTERFOODS USA<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 405086-95<br>M & P REYNOLDS ENTERPRISES INC<br>1411 SW 12TH AVE   STE C<br>POMPANO FL 33069 |
| CREDITOR ID: 255185-12<br>M ANN ANDERSON<br>ATTORNEY AT LAW & CERTIFIED MEDIATO<br>PO BOX 93<br>PILOT MOUNTAIN NC 27041 | CREDITOR ID: 388339-54<br>M EXPRESS, J &<br>127 GLASGOW LANE<br>MOCKSVILLE, NC 27028 | CREDITOR ID: 255187-12<br>M FREEDMAN & ASSOCIATES<br>5500 EAST WASHINGTON BLVD<br>SUITE A & B<br>CITY OF COMMERCE CA 90040 |
| CREDITOR ID: 405087-95<br>M G NEWELL COMPANY INC<br>929 US HIGHWAY 301 SOUTH<br>TAMPA FL 33619 | CREDITOR ID: 405088-95<br>M H ZEIGLER & SONS LLC<br>1513 N BROAD STREET<br>LANSDALE PA 19446 | CREDITOR ID: 279242-35<br>M JACOBS & SONS<br>30375 NORTHWESTERN HWY<br>FARMINGTON HILLS MI 48334-3233 |
| CREDITOR ID: 279323-35<br>M JACOBS & SONS<br>ATTN DAVID LUBIN, CFO<br>PO BOX 9069<br>FARMINGTON HILLS MI 48333 | CREDITOR ID: 405089-95<br>M KAMENSTEIN<br>PO BOX 198135<br>ATLANTA GA 30384 | CREDITOR ID: 255196-12<br>M LICHT & SON INC<br>PO BOX 507<br>KNOXVILLE, TN 37901-0507 |
| CREDITOR ID: 255198-12<br>M MATT DURAND<br>1021 EMILE ROAD<br>ST MARTINVILLE LA 70582-7017 | CREDITOR ID: 278915-30<br>M RICHARD & SON<br>PO BOX 66<br>SUNSET, LA 70584-0066 | CREDITOR ID: 384430-29<br>M RICHARD & SON INC<br>C/O BRUCE GAUDIN, ESQ<br>100 WEST BELLEVUE ST<br>OPELOUSAS LA 70570 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ᴢZukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 255200-12
M ROTHMAN AND CO INC
50 WILLIAMS DR
RAMSEY NJ 07446

CREDITOR ID: 405090-95
M W POLAR FOODS
PO BOX 469
NORWALK CA 90651-0469

CREDITOR ID: 255175-12
M&E MANUFACTURING CO, INC
ATTN JEFF WEINBERGER, PRES
29 PROGRESS STREET
KINGSTON, NY 12402

CREDITOR ID: 255176-12
M&E MFG CO INC
BOX 1548 PROGRESS ST
KINGSTON, NY 12402

CREDITOR ID: 255204-12
M&F MAINTENANCE & REPAIRS INC
PO BOX 35724
PANAMA CITY, FL 32412-5724

CREDITOR ID: 255205-12
M&J CARTAGE LLC
540 DEADWOOD AVENUE, SUITE 211
RAPID CITY SD 57702

CREDITOR ID: 255183-12
M&J ELECTRIC
322 TOMPKINS RD
MOULTRIE GA 31768

CREDITOR ID: 255206-12
M&J ENTERPRISES INC DBA ALABAMA
FIRES EX
PO BOX 2114
ALBERTVILLE AL 35950

CREDITOR ID: 399721-53
M&J SOLVENTS
1577 MARIETTA ROAD
ATLANTA GA 31779

CREDITOR ID: 377384-44
M&M COMPANY OF SOUTHERN
PO BOX 73445
METAIRIE, LA 70033-3445

CREDITOR ID: 255177-12
M&M ELECTRIC MOTOR SERVICE
674 S MCDONOUGH ST
MONTGOMERY, AL 36104-5812

CREDITOR ID: 255207-12
M&M FLOOR AND BUILDING MAINTENANCE
1636 OAKLEY DRIVE
BATON ROUGE LA 70806

CREDITOR ID: 255208-12
M&M GLOBAL BRANDS
7930 DEERING AVENUE
CANOGA PARK, CA 91304

CREDITOR ID: 255541-12
M&M LAWN CARE
ATTN: MARK WESLEY, OWNER
476 E TODD RD
SCIENCE HILL, KY 42553

CREDITOR ID: 255178-12
M&M MARS
ATTN ALTHEA GEORGES, CUSTOMER MGR
PO BOX 100593
ATLANTA, GA 30384-0593

CREDITOR ID: 407569-15
M&M MARS - MASTERFOODS USA
ATTN ALTHEA GEORGES, CUSTOMER MGR
800 HIGH STREET
HACKETTSTOWN NJ 07840

CREDITOR ID: 255209-12
M&M METALWORKS INC
1728 21ST STREET
GULFPORT, MS 39501

CREDITOR ID: 255203-12
M&M PROVISIONS
ATTN STEVE MCCOY, PRES
266 ENTERPRISE DRIVE
HOUMA, LA 70360

CREDITOR ID: 255184-12
M&M TIRE SERVICE CO
PO BOX 311332
BIRMINGHAM, AL 35231

CREDITOR ID: 255210-12
M&N FOOD PRODUCTS
ATTN: JOE IMPASTATO, PRES
PO BOX 938
LACOMBE, LA 70445

CREDITOR ID: 2389-07
M&P INVESTMENT COMPANY
1230 GRANT BUILDING
ATTN: BETH HOFFMAN
PITTSBURGH PA 15219

CREDITOR ID: 255179-12
M&P REYNOLDS ENTERPRISES INC
1900 NW 32 STREET
POMPANO BEACH, FL 33064

CREDITOR ID: 255180-12
M&P SHOPPING CENTER
LAKE SHORE VILLAGE
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL RD
ATLANTA, GA 30360-1700

CREDITOR ID: 1565-07
M&P SHOPPING CENTER
5025 WINTERS CHAPEL RD
LAKE SHORE VILLAGE
ATLANTA, GA 30360-1700

CREDITOR ID: 255181-12
M&S SIGNS INC
ATTN SUZIE BOATWRIGHT, PRES
102 DRENNEN RD, SUITE C-9
ORLANDO FL 32806

CREDITOR ID: 255211-12
M&T BANK
PO BOX 8000
DEPT 219
BUFFALO NY 14267

CREDITOR ID: 242797-12
M, JOSEY, AUDREY
2836 FAIRBROOK STREET
IRVING TX 75062

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 | CREDITOR ID: 397305-69<br>M/Z LAWN & LANDSCAPE<br>5103 CIRCLE DRIVE<br>SHELBY, NC 28152 | CREDITOR ID: 255213-12<br>M/Z LAWN SERVICE<br>5103 CIRCLE DRIVE<br>SHELBY, NC 28152 |
| CREDITOR ID: 255214-12<br>MAAS POLISHING SYSTEMS<br>7101 ADAMS ST BLDG #3<br>WILLOWBROOK IL 60527 | CREDITOR ID: 255215-12<br>MAASSEN OIL COMPANY<br>PO BOX 877<br>612 N BREVARD AVE<br>ARCADIA FL 34265-0877 | CREDITOR ID: 385262-54<br>MAATOUK, CHARO<br>451 MONUMENT ROAD<br>APT 704<br>JACKSONVILLE, FL 32225 |
| CREDITOR ID: 390570-55<br>MAATOUK, CHARO<br>C/O: RICHARD A. STAGGARD<br>ANDERSON & HOWELL PA<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 373804-44<br>MABE, BARBARA<br>RAL DIV 825<br>173 SUGARLOAF ROAD<br>ELIZABETHTOWN, NC 28337 | CREDITOR ID: 387100-54<br>MABE, NOLAN<br>621 HOWELL COURT<br>DUNEDIN FL 34698 |
| CREDITOR ID: 255216-12<br>MABIS HEALTHCARE INC<br>28690 NORTH BALLARD DR<br>LAKE FOREST, IL 60045 | CREDITOR ID: 384216-47<br>MABIS HEALTHCARE INC<br>DEPT 77-3321<br>CHICAGO, IL 60678-3321 | CREDITOR ID: 255217-12<br>MABLE JOHNSON<br>PO BOX 167<br>CANTONMENT FL 32533 |
| CREDITOR ID: 399836-84<br>MABRY, PAULA C<br>3737 VICTORIA DR<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 400287-85<br>MABRY, PAULA C<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>2328 10TH AVE N, SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 397762-73<br>MABRY, TIKI<br>500 RIDGEWOOD ROAD #503<br>JACKSON, MS 39211 |
| CREDITOR ID: 255218-12<br>MAC ARTHUR KELLY<br>3867 DORIS DRIVE<br>PACE FL 32571 | CREDITOR ID: 255219-12<br>MAC FOODS<br>PO BOX 102894<br>ATLANTA, GA 30368-2894 | CREDITOR ID: 255220-12<br>MAC PAPER<br>3350 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 255221-12<br>MAC PAPERS INC<br>PO BOX 860166<br>ORLANDO, FL 32886-0166 | CREDITOR ID: 255222-12<br>MAC TOOLS DISTRIBUTOR<br>JEFFREY SMITH<br>170 LONGWOOD LANE<br>NEWNAN, GA 30263 | CREDITOR ID: 255223-12<br>MAC TRAILER LEASING DBA PLM TRAILER<br>PO BOX 827211<br>PHILADELPHIA, PA 19182-7211 |
| CREDITOR ID: 407642-15<br>MAC TRAILER LEASING LLC<br>D/B/A PLM TRAILER LEASING<br>ATTN KARA PETERSON, CREDIT SUPER<br>1 MAYNARD DRIVE<br>PARK RIDGE NJ 07656 | CREDITOR ID: 279132-32<br>MACCO & STERN LLP<br>ATTN:  RICHARD L. STERN<br>135 PINELAWN ROAD<br>SUITE 120 SOUTH<br>MELVILLE NY 11747 | CREDITOR ID: 388161-54<br>MACDONALD, LORRAINE<br>1763 SW 6TH DRIVE<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 392391-55<br>MACDONALD, LORRAINE<br>C/O: MELBA J. GRIFFITH, ESQ.<br>LAW OFFICE OF MELBA GRIFFITH<br>COMMERCE EXECUTIVE CENTER<br>1975 SUNRISE BLVD, SUITE 523<br>FT.LAUDERDALE FL 33304 | CREDITOR ID: 387556-54<br>MACEDO, MARIA<br>504 SW 1ST COURT<br>POMPANO BEACH FL 33060 | CREDITOR ID: 392057-55<br>MACEDO, MARIA<br>C/O: RODRIGO SAAVEDRA, JR.<br>3000 N FEDERAL HIGHWAY<br>BLDG TWO, SUITE 200<br>FT. LAUDERDALE FL 33306 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381230-47<br>MACHADO FENCE<br>3525 NW 98 ST<br>MIAMI, FL 33147 | CREDITOR ID: 386161-54<br>MACHADO, MARIA<br>4440 NW 9 ST. #1<br>MIAMI, FL 33125 | CREDITOR ID: 391326-55<br>MACHADO, MARIA<br>C/O AAA LEGAL SERVICES, INC<br>ATTN RAUL A MONTANER, ESQ<br>13780 SW 56TH, SUITE 100<br>MIAMI FL 33175 |
| CREDITOR ID: 392306-55<br>MACHADO, MARIA TEREZA<br>C/O: ARNOLD HESSEN<br>HESSEN,SCHIMER AND DE CASTRO, P.A<br>3191 CORAL WAY, PH2<br>MIAMI FL 33145 | CREDITOR ID: 390436-54<br>MACHADO, MARIA TEREZA<br>4520 NW 4TH STREET<br>MIAMI, FL 33126 | CREDITOR ID: 389966-54<br>MACHADO, NORMA<br>9965 SW 50 STREET<br>MIAMI, FL 33173 |
| CREDITOR ID: 393487-55<br>MACHADO, NORMA<br>C/O LEEDS COLBY PARIS ET AL<br>ATTN JACK PARIS, ESQ<br>2400 S DIXIE HIGHWAY STE 100<br>MIAMI FL 33133 | CREDITOR ID: 255224-12<br>MACHINE & WELDING SUPPLY<br>PO BOX 1708<br>DUNN NC 28335-1708 | CREDITOR ID: 394168-56<br>MACIAS, MARTA<br>10328 NW 127 ST<br>HIALEAH, FL 33018 |
| CREDITOR ID: 394755-57<br>MACIAS, MARTA<br>C/O CARLOS M RIPPES ESQ<br>24 EAST 5TH  ST., STE. 2E<br>HIALEAH FL 33010 | CREDITOR ID: 400362-85<br>MACIAS, MARTA<br>C/O CARLOS M RIPPES LAW OFFICES<br>ATTN CARLOS M RIPPES, ESQ<br>24 EAST 5TH  STREET, SUITE 2E<br>HIALEAH FL 33010 | CREDITOR ID: 267905-31<br>MACINTOSH COUNTY DEV AUTH<br>ATTN: W FRED STRAGLES<br>103 FORT KING GEORGE DR<br>DARIEN GA 31305 |
| CREDITOR ID: 255225-12<br>MACK LLC DBA KRISPY KREME<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 | CREDITOR ID: 405092-95<br>MACK LLC DBA KRISPY KREME<br>11910 SUNBELT COURT<br>SUITE B<br>BATON ROUGE LA 70809 | CREDITOR ID: 255226-12<br>MACK MCKINLEY JR<br>PO BOX 1417<br>KEY LARGO FL 33037 |
| CREDITOR ID: 255227-12<br>MACK PRODUCE<br>314 E LEMON ST<br>PO BOX 363<br>FITZGERALD, GA 31750 | CREDITOR ID: 385838-54<br>MACK, BRENDA<br>3402 DARLINGTON ROAD<br>HOLIDAY, FL 34691 | CREDITOR ID: 391093-55<br>MACK, BRENDA<br>C/O: JOHN D. MALKOWSKI<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 397987-76<br>MACK, DON<br>824 ALDINE STREET<br>CENTREVILLE, AL 35042 | CREDITOR ID: 390081-54<br>MACK, JACKUELYN<br>2426 NW 43RD STREET<br>MIAMI, FL 33142 | CREDITOR ID: 393239-55<br>MACK, JOE ANN<br>C/O: ROBERT CORIROSSI<br>ROBERT G. CORIROSS, P.A.<br>GROVE PLAZA - SECOND FLOOR<br>2900 MIDDLE STREET<br>COCONUT GROVE FL 33133 |
| CREDITOR ID: 389567-54<br>MACK, JOE ANN<br>110 N. KING DR.<br>SEBRING, FL 33870 | CREDITOR ID: 391679-55<br>MACK, MERLENE<br>C/O: MICHAEL P. SULLIVAN<br>SULLIVAN & ASSOCIATES<br>1644 BLANDING BLVD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 385621-54<br>MACK, PAMELA<br>9701 CHEF MENTEUR<br>NEW ORLEANS, LA 70127 |
| CREDITOR ID: 390913-55<br>MACK, PAMELA<br>C/O VALTEAU, HARRIS, KOENIG & MAYER<br>ATTN J NELSON MAYER, III, ESQ<br>1410 FIRST NBC BUILDING<br>210 BARONNE STREET<br>NEW ORLEANS LA 70112 | CREDITOR ID: 388818-54<br>MACK, SANDRA<br>2700 NW 56 AVE, APT #E112<br>LAUDERHILL, FL 33313 | CREDITOR ID: 392769-55<br>MACK, SANDRA<br>C/O ROSEN & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>300 NORTHWEST 82ND AVE, SUITE 414<br>PLANTATION FL 33324 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394228-56<br>MACK, SHADYIS<br>2912 CONCORD ST<br>ORLANDO, FL 32805 | CREDITOR ID: 400405-85<br>MACK, SHADYIS<br>C/O PETE PLACENCIA<br>BOGIN, MUNNS & MUNNS<br>P.O. BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 381772-15<br>MACKAY ENVELOPE COMPANY, LLC<br>ATTN SUSAN RAUSCH, CORP CR MGR<br>2100 ELM STREET SE<br>MINNEAPOLIS MN 55414-2597 |
| CREDITOR ID: 255228-12<br>MACKAY ENVELOPE CORP<br>PO BOX 86  SDS 12-0824<br>MINNEAPOLIS, MN 55486-0824 | CREDITOR ID: 260406-12<br>MACKEY, SANDRA<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA, GA 30327 | CREDITOR ID: 2538-07<br>MACKEY, SANDRA<br>3590 CLOUDLAND DRIVE NW<br>ATLANTA, GA 30327 |
| CREDITOR ID: 255230-12<br>MACKOUL<br>DISTRIBUTORS INC<br>PO BOX 3847<br>JACKSONVILLE, FL 32206-0906 | CREDITOR ID: 255231-12<br>MACKS LIVER MUSH<br>PO BOX 27<br>POLKVILLE, NC 28136 | CREDITOR ID: 405093-95<br>MACKS LIVER MUSH<br>6126 MCKEE RD<br>SHELBY NC 28150 |
| CREDITOR ID: 244440-12<br>MACLENNAN, CANDY<br>550 TAYLOR ROAD<br>DELAND FL 32720 | CREDITOR ID: 373712-44<br>MACLEOD, ANNE MARIE<br>JAX DIV STORE# 8<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 255232-12<br>MACON  TELEGRAPH & NEWS<br>PO BOX 4167<br>MACON, GA 31208 |
| CREDITOR ID: 267906-14<br>MACON COUNTY TAX ASSESSORS OFF<br>ATTN: SYLVESTER DUMAS<br>121 CHEATHAM ST<br>OGLETHORPE GA 31068-9103 | CREDITOR ID: 255233-12<br>MACON COUNTY TAX COLLECOTR<br>5 WEST MAIN STREET<br>ANNEX BUILDING<br>PROPERTY TAX<br>FRANKLIN NC 28734-3005 | CREDITOR ID: 318021-42<br>MACON COUNTY TAX COLLECTOR<br>ANNEX BLDG<br>FRANKLIN NC 28734-3005 |
| CREDITOR ID: 255234-12<br>MACON GRAVLEE<br>C/O GENERAL MGMT SERVICES<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 278517-25<br>MACON W. GRAVLEE JR.<br>PO BOX 310<br>FAYETTE AL 35555 | CREDITOR ID: 388425-54<br>MACON, GAIL<br>1541 E 18TH ST<br>JACKSONVILLE, FL 32206 |
| CREDITOR ID: 392523-55<br>MACON, GAIL<br>C/O TYLER F. TYGART<br>TYLER F. TYGART, P.A.<br>1300 RIVERPLACE BLVD<br>SUITE 601<br>JACKSONVILLE FL 32207 | CREDITOR ID: 400299-85<br>MACON, HEATHER L<br>C/O BUCHER FIRM PC<br>ATTN STEPHEN BUCHER, ESQ<br>3782 ASHLEY PHOSPHATE RD<br>NORTH CHARLESTON SC 29418 | CREDITOR ID: 400527-88<br>MACON, HEATHER L<br>C/O STEPHEN BUCHER<br>3782 ASHLEY PHOSPHATE RD<br>NORTH CHARLESTON SC 29418 |
| CREDITOR ID: 267907-31<br>MACON-BIBB CNTY PLG ZNING COMM<br>ATTN: VERNON B RYLE III<br>682 CHERRY ST STE 1000<br>MACON GA 31201-7383 | CREDITOR ID: 255235-12<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK, NJ 07195-0157 | CREDITOR ID: 403532-15<br>MACRO 4, INC<br>ATTN SCOTT MATEO<br>35 WATERVIEW BLVD<br>PARSIPPANY NJ 07054 |
| CREDITOR ID: 382786-51<br>MACRO4<br>35 WATERVIEW BLVD<br>PARIPPANY, NJ 07054-0292 | CREDITOR ID: 382787-51<br>MACROVISION<br>900 NATIONAL PARKWAY, SUITE 125<br>SCHAUMBURG, IL 60173-5108 | CREDITOR ID: 255236-12<br>MACS SEWER AND DRAIN SERVICE<br>2215 D WEST PALMETTO STREET<br>FLORENCE SC 29501 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381232-47<br>MACS SHEET METAL & MECHANICAL SVCS INC<br>817 JAMES LEE RD   PO BOX 3028<br>FT WALTON BEACH, FL 32547 | CREDITOR ID: 255238-12<br>MACTEC ENGINEERING & CONSULTING INC<br>7477 COLLECTIN CENTER DRIVE<br>CHICAGO IL 60693-0076 | CREDITOR ID: 255239-12<br>MAD HATTER MUFFLERS & TIRES<br>ATTN CHUCK OR HARRIETTE WALKER<br>960 SOUTH DIXIE HWY WEST<br>POMPANO BEACH, FL 33060 |
| CREDITOR ID: 255240-12<br>MADASA TRADING CO<br>319 BUSINESS LANE<br>STE 500<br>ASHLAND VA 23005 | CREDITOR ID: 244574-12<br>MADDEN, CARLTON<br>707 WILD CIRCLE<br>CLARKSTON GA 30021 | CREDITOR ID: 386553-54<br>MADDEN, CLIFFORD<br>5607 MARIE COURT<br>ORLANDO FL 32818 |
| CREDITOR ID: 393669-55<br>MADDEN, CLIFFORD<br>C/O: SCOTT URICCHIO, ESQUIRE<br>MORGAN, COLLING & GILBERT PA<br>PO BOX 9504<br>FORT MYERS FL 33906 | CREDITOR ID: 406917-MS<br>MADDEN, JAMES A.<br>767 PENLAND RD.<br>LAWRENCE SC 29360 | CREDITOR ID: 255241-12<br>MADDOX METAL WORKS INC<br>4116 BRONZE WAY<br>DALLAS, TX 75237-1092 |
| CREDITOR ID: 255243-12<br>MADDUX SUPPLY CO<br>PO BOX 4219<br>GREENVILLE, SC 29608 | CREDITOR ID: 255242-12<br>MADDUX SUPPLY CO<br>PO BOX 20487<br>GREENSBORO, NC 27420-0487 | CREDITOR ID: 255244-12<br>MADDUX SUPPLY COMPANY DUS<br>PO BOX 2934<br>DURHAM NC 27705 |
| CREDITOR ID: 255245-12<br>MADELINE J DELANEY<br>300 89TH AVENUE NE<br>ST PETERSBURGH FL 33702 | CREDITOR ID: 255246-12<br>MADER ELECTRIC MOTORS<br>18161 N TAMIAMI TRL<br>NORTH FORT MYERS FL 33903-1301 | CREDITOR ID: 255247-12<br>MADISON ARMORED CAR<br>826 3RD AVENUE SOUTH<br>NASHVILLE TN 37210 |
| CREDITOR ID: 255248-12<br>MADISON COUNTY CLERK COURTHOUSE<br>ATTN DV COURT<br>100 N SIDE SQUARE<br>HUNTSVILLE AL 35801 | CREDITOR ID: 255249-12<br>MADISON COUNTY CLERK COURTHOUSE<br>ATTN SM COURT<br>100 NORTH SIDE SQUARE<br>HUNTSVILLE, AL 35801 | CREDITOR ID: 255250-12<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQUARE<br>PROPERTY TAX<br>HUNTSVILLE, AL 35801-4800 |
| CREDITOR ID: 255251-12<br>MADISON COUNTY JUSTICE COURT<br>175 N UNION ST<br>CANTON MS 39046 | CREDITOR ID: 255253-12<br>MADISON COUNTY MEMORIAL HOSPITAL<br>201 EAST MARION STREET<br>MADISON FL 32340 | CREDITOR ID: 241107-11<br>MADISON COUNTY SALES TAX<br>MADISON COUNTY COURTHOUSE<br>ACCOUNT NO.: 950<br>100 NORTH SIDE SQUARE<br>HUNTSVILLE, AL 35801-4820 |
| CREDITOR ID: 267908-31<br>MADISON COUNTY SOIL & WATER CO<br>ATTN: KATHY WALKER<br>819 COOK AVE NW STE 137<br>HUNTSVILLE AL 35801-5983 | CREDITOR ID: 318022-42<br>MADISON COUNTY TAX COLLECTOR<br>112 E PINCKNEY ST RM 102<br>MADISON, FL 32340-2463 | CREDITOR ID: 255257-12<br>MADISON FAULKNER<br>762 WHIPPOOR DRIVE<br>BRANDON MS 39047 |
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>101 OAKLEY ST PO BOX 959<br>EVANSVILLE IN 47706 | CREDITOR ID: 403518-98<br>MADISON LIQUIDITY INVESTORS LLC<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PAARK KS 66202 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255258-12 | CREDITOR ID: 1567-RJ | CREDITOR ID: 255259-12 |
| MADISON MALL SHOPPING CTR INC | MADISON MALL SHOPPING CTR INC | MADISON MESSENGER THE |
| C/O MARX REALTY & IMP CO INC | C/O MARX REALTY & IMP CO INC | PO BOX 508 |
| 708 THIRD AVE  15TH FLOOR | 708 THIRD AVE., 15TH FLOOR | MADISON NC 27025 |
| NEW YORK, NY 10017 | NEW YORK, NY 10017 | |

| | | |
|---|---|---|
| CREDITOR ID: 399728-98 | CREDITOR ID: 267909-14 | CREDITOR ID: 267910-14 |
| MADISON NICHE OPPORTUNITIES LLC | MADISON PARISH ASSESSOR | MADISON PARISH CLERK OF COURT |
| ATTN KRISTY STARK | ATTN: JIM SEVIER | ATTN: CAROLYN CALDWELL |
| 6310 LAMAR AVE STE 120 | 100 N CEDAR ST | 100 N CEDAR ST RM 2 |
| OVERLAND PARK KS 66202 | TALLULAH LA 71282-3826 | TALLULAH LA 71282-3840 |

| | | |
|---|---|---|
| CREDITOR ID: 255260-12 | CREDITOR ID: 255261-12 | CREDITOR ID: 255262-12 |
| MADISON PLUMBING | MADISON STATION E&A LLC | MADISON STATION PROPERTIES LLC |
| PO BOX 147 | PO BOX 528 | ATTN JOHN STRATTON II |
| MADISON FL 32341-0147 | COLUMBIA SC 29202 | 6360 I-55 NORTH, SUITE 210 |
| | | JACKSON, MS 39211 |

| | | |
|---|---|---|
| CREDITOR ID: 255262-12 | CREDITOR ID: 255263-12 | CREDITOR ID: 267911-31 |
| MADISON STATION PROPERTIES LLC | MADISON VILLAGE SHOPPING CENTER | MADISON WEST UTILITY DIST |
| C/O PHELPS DUNBAR LLP | DEPT 77 6879 | ATTN: TONYA COWAN |
| ATTN DOUGLAS C NOBLE, ESQ | CHICAGO IL 60678-6879 | 443 LIVERTON BUNTON RD |
| 111 E CAPITOL STREET, SUITE 600 | | FLORA MS 39071 |
| PO BOX 23066 | | |
| JACKSON MS 39225-3066 | | |

| | | |
|---|---|---|
| CREDITOR ID: 388736-54 | CREDITOR ID: 248286-12 | CREDITOR ID: 394318-56 |
| MADISON, CEDRICK | MADISON, DOLLY | MADISON, SHARON |
| 4320 SUNBEAM ROAD | P.O. BOX 100435 | 1712 LARKWOOD DRIVE |
| APT 124 | ATLANTA, GA 30384 | MOBILE AL 36618 |
| JACKSONVILLE FL 32257 | | |

| | | |
|---|---|---|
| CREDITOR ID: 403217-98 | CREDITOR ID: 405095-95 | CREDITOR ID: 255264-12 |
| MADISON/PRAMERICA OPPORTUNITIES LLC | MADISONVILLE ELEMENTARY | MADISONVILLE ELEMENTARY |
| ATTN KRISTY STARK | 113 CS OWENS ROAD | 113 OLD SCHOOL RD |
| 6310 LAMAR AVE | MADISONVILLE LA 70447 | MADISONVILLE, LA 70447 |
| OVERLAND PARK KS 66202 | | |

| | | |
|---|---|---|
| CREDITOR ID: 255265-12 | CREDITOR ID: 255266-12 | CREDITOR ID: 405096-95 |
| MADISONVILLE JUNIOR HIGH | MADIX INC | MADIX INC |
| 108 CEDAR | PO BOX 933174 | PO BOX 671292 |
| MADISONVILLE, LA 70447 | ATLANTA, GA 31193-3174 | DALLAS TX 75389-0148 |

| | | |
|---|---|---|
| CREDITOR ID: 255267-12 | CREDITOR ID: 279243-35 | CREDITOR ID: 255268-12 |
| MADIX MANUFACTURING | MADIX STORE FIXTURES | MADLYN A CHANDLER |
| PO BOX # 890148 | ATTN: DAVID PAYNE | 1376 KURT CIRCLE |
| DALLAS TX 75389-0148 | 500 AIRPORT RD | AUBURN, AL 36830 |
| | TERRELL TX 75160 | |

| | | |
|---|---|---|
| CREDITOR ID: 255269-12 | CREDITOR ID: 255270-12 | CREDITOR ID: 255271-12 |
| MADOCIAROC BONNER | MADORAH KISER | MAE NOILES |
| 917 42ND AVE | 356 PIONEER LANE | 3757 ALDINGTON DRIVE |
| APT D-6 | ANDERSON SC 29625 | JACKSONVILLE FL 32210 |
| MERIDIAN MS 39307 | | |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:    05-03817-3F1

CREDITOR ID: 400805-91
MAFFETT, GEOFFREY A.
8649 AUTUMN GREEN DRIVE
JACKSONVILLE FL 32256

CREDITOR ID: 256246-12
MAFFETT, MICHAEL
120 SAGEWOOD ROAD
GREENWOOD SC 29646

CREDITOR ID: 262303-12
MAGADDINO, SUSAN
1477 DOLPHIN STREET N
ORANGE PARK, FL 32073

CREDITOR ID: 255273-12
MAGARITA MONATEZ
1143 NW 37TH STREET
MIAMI, FL 33142

CREDITOR ID: 247157-12
MAGBY, CRAIG B
2432 STONE ROAD
APT 9
EAST POINT GA 30344

CREDITOR ID: 255274-12
MAGEE GENERAL HOSPITAL
ATTN KATHY MONK
300 THIRD AVE SE
MAGEE, MS 39111-3698

CREDITOR ID: 255275-12
MAGEE MEDICAL&SURGICAL CLINIC PLLC
276 - A SIMPSON HIGHWAY 149
MAGEE MS 39111

CREDITOR ID: 387907-54
MAGEE, ANGELA
3657 LAMPTON AVENUE
JACKSON, MS 39213-4904

CREDITOR ID: 392190-55
MAGEE, ANGELA
C/O: EUGENE TULLOS
TULLOS & TULLOS
P. O. BOX 74
RALEIGH MS 39153

CREDITOR ID: 381386-47
MAGEE, BOBBY W
4339 JULIUS CT
STOCKTON, CA 95207

CREDITOR ID: 389610-54
MAGEE, LENTIEL
1227 WARSAW STREET
JACKSON, MS 39213

CREDITOR ID: 267912-31
MAGEES CREEK WATER ASSOC
ATTN: TRAVES MARBURY
515 MANNINGS CROSSING RD
TYLERTOWN MS 39667-6607

CREDITOR ID: 385692-54
MAGER, GERALD
3200 N. OCEAN BLVD
FORT LAUDERDALE, FL 33309

CREDITOR ID: 390973-55
MAGER, GERALD
C/O WINSTON & CLARK, PA
ATTN BRADLEY WINSTON, ESQ
8211 W BROWARD BLVD, SUITE 420
PLANTATION FL 33324

CREDITOR ID: 255276-12
MAGGI L CARO
3160 LINDEN AVENUE
GULF BREEZE FL 32563

CREDITOR ID: 255277-12
MAGGIE KESTNER
3304 SYDNEY ROAD
PLANT CITY FL 33566

CREDITOR ID: 405097-95
MAGIC AMERICAN CORP
PO BOX 901118
CLEVELAND OH 44190-0001

CREDITOR ID: 255278-12
MAGIC AMERICAN CORP
PO BOX 94086
SEATTLE, WA 98124-9486

CREDITOR ID: 255279-12
MAGIC CITY SPRINKLER INC
1601 GRANBY STREET NE
ROANOKE VA 24012

CREDITOR ID: 255280-12
MAGIC-4, INC
ATTN DAVID WAMPLER, PRES
22015 ANNE STREET
SANTA ANA CA 92704

CREDITOR ID: 385954-54
MAGISTRA, MARIA (MINOR)
2170 53RD STREET SW
NAPLES, FL 34116

CREDITOR ID: 391183-55
MAGISTRA, MARIA (MINOR)
C/O DEPENA & DEPENA, PA
ATTN FRANK E DEPENA, ESQ
1810 JACKSON STREET
FORT MYERS FL 33901

CREDITOR ID: 255282-12
MAGISTRATE COURT
TELFAIR COUNTY
COURTHOUSE SQUARE
MCRAE, GA 31055

CREDITOR ID: 255281-12
MAGISTRATE COURT
MUSCOGEE COUNTY
PO BOX 1340
COLUMBUS, GA 31902

CREDITOR ID: 255283-12
MAGISTRATE COURT BEN HILL CTY
PO BOX 1163
FITZGERALD, GA 31750-1163

CREDITOR ID: 255284-12
MAGISTRATE COURT OF
34 E BROAD ST
COWETA COUNTY
NEWNAN GA 30263-1923

CREDITOR ID: 255285-12
MAGISTRATE COURT OF
COLQUITT COUNTY
PO BOX 70
MOULTRIE, GA 31776-0070

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255286-12<br>MAGISTRATE COURT OF BALDWIN COUNTY<br>121 N WILKINSON ST  STE 107<br>MILLEDGEVILLE, GA 31061 | CREDITOR ID: 255287-12<br>MAGISTRATE COURT OF BARTOW CO<br>BARTOW CO COURTHOUSE<br>135 W CHEROKEE AVENUE<br>SUITE 225<br>CARTERSVILLE, GA 30120 | CREDITOR ID: 255288-12<br>MAGISTRATE COURT OF CAMDEN<br>PO BOX 386<br>COURTHOUSE SQUARE<br>WOODBINE, GA 31569 |
| CREDITOR ID: 255289-12<br>MAGISTRATE COURT OF CARROLL COUNTY<br>PO BOX 338<br>CARROLLTON GA 30117 | CREDITOR ID: 255291-12<br>MAGISTRATE COURT OF COFFEE<br>101 SOUTH PETERSON AVE<br>DOUGLAS, GA 31533-3825 | CREDITOR ID: 255292-12<br>MAGISTRATE COURT OF CRISP CO<br>210 S 7TH ST  STE 102<br>CORDELE GA 31015-4216 |
| CREDITOR ID: 255295-12<br>MAGISTRATE COURT OF GLYNN COUNTY<br>PO BOX 1355<br>BRUNSWICK GA 31521 | CREDITOR ID: 255296-12<br>MAGISTRATE COURT OF GRADY CTY<br>250 NORTH BROAD STREET<br>CAIRO, GA 39828 | CREDITOR ID: 255297-12<br>MAGISTRATE COURT OF GWINNETT COUNTY<br>PO BOX 246<br>LAWRENCEVILLE, GA 30046-0246 |
| CREDITOR ID: 255298-12<br>MAGISTRATE COURT OF HALL CNTY<br>P O DRAWER 1435<br>GAINESVILLE, GA 30503 | CREDITOR ID: 255299-12<br>MAGISTRATE COURT OF LEE COUNTY<br>PO BOX 522<br>LEESBURG, GA 31763 | CREDITOR ID: 255300-12<br>MAGISTRATE COURT OF LIBERTY COUNTY<br>PO BOX 912<br>HINESVILLE GA 31313 |
| CREDITOR ID: 255301-12<br>MAGISTRATE COURT OF LOWNDES CO<br>PO BOX 1349<br>VALDOSTA, GA 31603-1349 | CREDITOR ID: 255302-12<br>MAGISTRATE COURT OF MITCHELL CO<br>30 NORTH COURT AVE<br>PO BOX 626<br>CAMILLA, GA 31730 | CREDITOR ID: 255304-12<br>MAGISTRATE COURT OF THOMAS<br>COUNTY<br>PO BOX 879<br>THOMASVILLE GA 31799-0879 |
| CREDITOR ID: 255306-12<br>MAGISTRATE COURT OFTROUP COUNTY<br>119 RIDLEY AVE<br>LAGRANGE, GA 30240 | CREDITOR ID: 255307-12<br>MAGISTRATE OF TIFT COUNTY<br>PO BOX 214<br>TIFTON, GA 31793 | CREDITOR ID: 267913-31<br>MAGISTRATES<br>ATTN: JUDGE ROBERT B HOWELL<br>312 E FREDERICK ST<br>GAFFNEY SC 29340-2411 |
| CREDITOR ID: 255308-12<br>MAGLA PRODUCTS INC<br>ATTN JANE CORLEY, CR MGR<br>PO BOX 1934<br>MORRISTOWN, NJ 07962-1934 | CREDITOR ID: 405098-95<br>MAGLA PRODUCTS INC<br>ATTN ACCTS REC<br>PO BOX 1837<br>STATESVILLE NC 28687 | CREDITOR ID: 255309-12<br>MAGNA MANUFACTURING<br>PO BOX 279<br>FORT WALTON BEACH FL 32549-0279 |
| CREDITOR ID: 393640-55<br>MAGNELL, ELEANOR<br>C/O: RANDY ZELDIN<br>RANDY ZELDIN<br>1501 CORPORATE DRIVE #290<br>FT. LAUDERDALE FL 33310 | CREDITOR ID: 376028-44<br>MAGNOLIA AIR CONDITIONING &<br>SUPPLY<br>PO BOX 54368<br>PEARL, MS 39288-4368 | CREDITOR ID: 255310-12<br>MAGNOLIA BEVERAGE<br>ATTN: MICHAEL M MICHAUD, CFO<br>2668 ST ANDREWS ST<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 255311-12<br>MAGNOLIA ELEMENTARY<br>413 S LEWIS ST<br>NEW IBERIA LA 70560 | CREDITOR ID: 255312-12<br>MAGNOLIA ESTATES<br>1511 DULLES<br>LAFAYETTE LA 70506 | CREDITOR ID: 255313-12<br>MAGNOLIA JUNIOR HIGH SCHOOL<br>4630 MAGNOLIA STREET<br>MOSS POINT, MS 39563 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397170-67<br>MAGNOLIA LAUNDRIES LLC<br>46 SUMMERLAND RD.<br>TAYLORSVILLE, MS 39168 | CREDITOR ID: 255314-12<br>MAGNOLIA LIFT TRUCK PARTS<br>PO BOX 75587<br>JACKSON, MS 39282 | CREDITOR ID: 384217-47<br>MAGNOLIA LIQUOR<br>PO BOX 3587<br>LAFAYETTE, LA 70502-3587 |
| CREDITOR ID: 384218-47<br>MAGNOLIA LIQUOR CO BEER<br>809 JEFFERSON HIGHWAY<br>NEW ORLEANS, LA 70153 | CREDITOR ID: 255315-12<br>MAGNOLIA LIQUOR COMPANY<br>PO BOX 53333<br>NEW ORLEANS, LA 70153-3333 | CREDITOR ID: 255316-12<br>MAGNOLIA PARK ELEMENTARY SCHOOL<br>3500 GOVERNMENT ST<br>OCEAN SPRINGS, MS 39564 |
| CREDITOR ID: 255317-12<br>MAGNOLIA PARK SHOPPING CENTER<br>% TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD<br>SUITE A<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 1569-RJ<br>MAGNOLIA PARK SHOPPING CENTER<br>C/O TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 2391-RJ<br>MAGNOLIA PARK SHOPPING CENTER<br>3382 CAPITAL CIRCLE NE<br>TALLAHASSE FL 32308 |
| CREDITOR ID: 267914-31<br>MAGNOLIA PROPERTY<br>ATTN: CARL CAIN<br>2838 CASCADE DR<br>GAINESVILLE GA 30504-5702 | CREDITOR ID: 255318-12<br>MAGNOLIA SPRINGS NATURAL SPR WATER<br>ATTN DIANE SIMMONS, CFO<br>1434 3RD STREET<br>KENTWOOD, LA 70444 | CREDITOR ID: 255319-12<br>MAGNOLIA TRACE ELEMENTARY<br>1405 HWY 1088<br>MANDEVILLE, LA 70448 |
| CREDITOR ID: 255320-12<br>MAGNOLIA WOODS ELEMENTARY SCHOOL<br>760 MAXINE DR<br>BATON ROUGE, LA 70808 | CREDITOR ID: 255321-12<br>MAGNUM EQUIPMENT INC<br>ATTN THOMAS W MAAG, CEO<br>5817 PLAUCHE STREET<br>NEW ORLEANS LA 70123 | CREDITOR ID: 406919-MS<br>MAGUIRE, SEAN D<br>13860 ISHNALA CIRCLE<br>WELLINGTON FL 33414 |
| CREDITOR ID: 397988-76<br>MAHABIR, KAMINI<br>19636 SW 103 COURT<br>MIAMI, FL 33157 | CREDITOR ID: 269640-19<br>MAHABIR, KAMINI<br>PO BOX 163605<br>MIAMI FL 33116 | CREDITOR ID: 255322-12<br>MAHAFFEYS ELECTRIC MOTOR REPAIR<br>1550 OLD MILL RD<br>CAMPOBELLO SC 29322 |
| CREDITOR ID: 385591-54<br>MAHLE, SHELLY<br>5071 PALVO VERDE PLACE<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 390883-55<br>MAHLE, SHELLY<br>C/O: ROBERT BAKER, ESQ<br>BAKER & ZIMMERMAN PA<br>6100 GLADES ROAD<br>BOCA RATON FL 33434 | CREDITOR ID: 267915-31<br>MAHON WATER & WASTE WATER INC<br>ATTN: THOMAS MAHON<br>8151 GALL BLVD<br>ZEPHYRHILLS FL 33541-7501 |
| CREDITOR ID: 255324-12<br>MAI<br>PAYPHONE MANAGEMENT SYSTEMS<br>6216 MICHELE RD<br>MACCLENNY, FL 32063 | CREDITOR ID: 255325-12<br>MAI & ASSOCIATES INC<br>3322 LAKEVIEW PARKWAY<br>VILLA RICA, GA 30180 | CREDITOR ID: 240858-10<br>MAI PAYPHONE MANAGEMENT SYSTEMS<br>PO BOX 11538<br>JACKSONVILLE FL 32239-1538 |
| CREDITOR ID: 240857-10<br>MAI PAYPHONE MANAGEMENT SYSTEMS<br>6216 MICHELE RD<br>MACCLENNY FL 32063 | CREDITOR ID: 242539-12<br>MAIETTA, ARLENE<br>1477 HASTINGS ROAD<br>SPRING HILL FL 34608 | CREDITOR ID: 255326-12<br>MAIKEL ANCHETA<br>10965 SW 48 STREET<br>MIAMI FL 33165 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 267916-31
MAILABLE BIOMEDICAL DISPOSAL
ATTN: CHARLES A BROWN
270 LOWELL DR
GRANT AL 35747-5019

CREDITOR ID: 255327-12
MAIN STREET MARKETPLACE LLC
III RIVERCHASE OFFICE PLAZA
SUITE 102
BIRMINGHAM AL 35244

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE LLC
III RIVERCHASE OFFICE PLAZA
SUITE 102
BIRMINGHAM, AL 35244

CREDITOR ID: 278519-24
MAIN STREET MARKETPLACE LLC
2100 RIVERCHASE CENTER
SUITE 230-A
BIRMINGHAM, AL 35244

CREDITOR ID: 278652-25
MAIN STREET MARKETPLACE, LLC
AMSOUTH BANK
ATTN COMMERCIAL REAL ESTATE DEPT
PO BOX 11007
BIRMINGHAM AL 35288

CREDITOR ID: 241417-12
MAIN, AARON T
14505 SANDY DRIVE
BROOKSVILLE FL 34613

CREDITOR ID: 385685-54
MAIN, JAMES L
3927 VEGA STREET
PANAMA CITY, FL 32408-5443

CREDITOR ID: 390965-55
MAIN, JAMES L
C/O: ZACHARY B. TAYLOR, ESQUIRE
MANUEL & THOMPSON
PO BOX 1470
PANAMA CITY FL 32404

CREDITOR ID: 255328-12
MAINELY LOBSTER INC
ATTN: JOHN S MAVAR JR, PRES
18600 MEDIA DRIVE
ROBERTSDALE, AL 36567

CREDITOR ID: 255329-12
MAINTENCE EQUIPMENT CO
C/O FLORIDA SANITARY
PO BOX 1928
POMPANO BEACH FL 33061

CREDITOR ID: 381251-47
MAJA FOOD TECHNOLOGY INC
1122 E HARTMAN AVENUE
OMAHA, NE 68110

CREDITOR ID: 246393-12
MAJESTE, CLAYTON
3128 KENTUCKY AVENUE
KENNER, LA 70065

CREDITOR ID: 255330-12
MAJESTIC CHEMICALS
PO BOX 418
OPELOUSAS, LA 70571

CREDITOR ID: 405100-95
MAJESTIC DRUG COMPANY
711-717 E 134TH ST
BRONX NY 10454

CREDITOR ID: 255331-12
MAJESTIC DRUG COMPANY, INC
ATTN NILDA L OYOLA
PO BOX 490
4996 MAIN STREET
SOUTH FALLSBURG, NY 12779

CREDITOR ID: 381824-48
MAJESTIC REALITY
ATTN JOHN SEMCKEN
13191 CROSSROADS PARKWAY N, 6TH FL
CITY OF INDUSTRY CA 91746-3497

CREDITOR ID: 255332-12
MAJESTY INC
PO BOX 70
CRANFORD NJ 07016-0070

CREDITOR ID: 255333-12
MAJOR C TAYLOR
2701 RAMSEY DRIVE
NEW ORLEANS LA 70131

CREDITOR ID: 386341-54
MAKEL, PATRICIA
PO BOX 131981
WOODLAND TX 77393-1981

CREDITOR ID: 255334-12
MAKEPEACE SERVICE
731 N W 18TH STREET
FORT LAUDERDALE, FL 33311

CREDITOR ID: 405101-95
MAKOTO
785 S BABCOCK STREET
MELBOURNE FL 32901

CREDITOR ID: 278916-30
MAKOTO
644 ATLANTIS ROAD
MELBOURNE, FL 32904

CREDITOR ID: 395544-15
MAKOTO DRESSING INC
ATTN THOMAS A COBB, PRES
644 ATLANTIS ROAD
MELBOURNE FL 32904

CREDITOR ID: 400184-86
MAKOWSKI, ANTHONY
115 GREEN TREE RD.
ANDERSON   SC 29625

CREDITOR ID: 255336-12
MAKSIMAS BECHTEREVAS
116 MAGNOLIA DRIVE
DESTIN FL 32541

CREDITOR ID: 255337-12
MALACHI HOUSE
PO BOX 20803
GREENSBORO NC 27420

CREDITOR ID: 386152-54
MALAMOUTSIS, PETER
580 PINE CREST DRIVE
BARTOW, FL 33830

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405102-95<br>MALCO PRODUCTS<br>PO BOX 75085<br>CLEVELAND OH 44101-2199 | CREDITOR ID: 255338-12<br>MALCO PRODUCTS INC<br>ATTN GERARD ARTH, VP FIN<br>PO BOX 892<br>BARBERTON OH 44203 | CREDITOR ID: 2392-07<br>MALCOLM ROSENBERG<br>840 UNION STREET<br>SALEM VA 24153-5121 |
| CREDITOR ID: 403258-92<br>MALDONADO, CARMEN<br>1945 NW 20TH STREET<br>MIAMI FL 33142 | CREDITOR ID: 385364-54<br>MALDONADO, JOANN<br>28901 SW 150TH PLACE<br>HOMESTEAD, FL 33033 | CREDITOR ID: 390672-55<br>MALDONADO, JOANN<br>C/O WILLIAM C RUGGIERO ATTY AT LAW<br>ATTN WILLIAM C RUGGIERO ESQ<br>200 E BROWARD BLVD #1100<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 386340-54<br>MALDONADO, MARIA<br>2833 LANA CIRCLE<br>FORT WORTH TX 76140 | CREDITOR ID: 391431-55<br>MALDONADO, MARIA<br>C/O: ANDREW DUNLAP<br>LAW OFFICE OF ANDREW DUNLAP<br>9900 STARLIGHT DR<br>SUITE 101<br>DALLAS TX 75220 | CREDITOR ID: 388740-54<br>MALDONADO, SANDRA<br>92 LEE RD. 810<br>PHENIX CITY AL 36870 |
| CREDITOR ID: 389334-54<br>MALDONADO, WALDEMAR<br>10418 DIVA RIDGE PLACE<br>ORLANDO FL 32817 | CREDITOR ID: 393146-55<br>MALDONADO, WALDEMAR<br>C/O: DORICIA M. RIVAS, ESQ.<br>LAW OFFICE OF TONY C. FRANCIS, PA<br>P O BOX 771243<br>ORLANDO FL 32877-1243 | CREDITOR ID: 390034-54<br>MALHOTRA, SANTOSH<br>2222 SW 130TH TERRACE<br>MIRAMAR FL 33027 |
| CREDITOR ID: 394175-56<br>MALIESWKI, JOHN<br>6084 LAKE LIZZIE DRIVE<br>WINTER GARDEN FL 34777 | CREDITOR ID: 255339-12<br>MALISA G SMITH<br>104 WHITE OAK COURT<br>PRATTVILLE AL 36067 | CREDITOR ID: 262848-12<br>MALISH CORPORATION, THE<br>ATTN MARK A RAY, VP<br>4260 HAMANN PARKWAY<br>WILLOUGHBY, OH 44094 |
| CREDITOR ID: 255340-12<br>MALISSA A SAXON<br>2422 PARSOMS AVENUE<br>MELBOURNE FL 32901 | CREDITOR ID: 406920-MS<br>MALL, KENNETH<br>505 LANCASTER ST., 16D<br>JACKSONVILLE FL 32204 | CREDITOR ID: 255341-12<br>MALLAN PHILLIPS<br>2356 HOLLAND STREET<br>MOBILE AL 36617 |
| CREDITOR ID: 255342-12<br>MALLARD ENVIRONMENTAL INC<br>ATTN BOBBIE BREAUX, OFF MGR<br>1506 NORTH BERTRAND<br>LAFAYETTE, LA 70506 | CREDITOR ID: 405103-95<br>MALLARD ENVIRONMENTAL INC<br>163 PELLERIN ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 242053-12<br>MALLARD, ALMA JUANITA<br>6756 TROUT RIVER BLVD<br>JACKSONVILLE, FL 32219 |
| CREDITOR ID: 389541-54<br>MALLOY, KATHLEEN<br>7623 BAYMEADOWS ROAD<br>APT 2062<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 393213-55<br>MALLOY, KATHLEEN<br>C/O: PATRICIA DODSON, ESQUIRE<br>BROWN, TERRELL, HOGAN, ELLIS, MCCLAMMA &<br>233 EAST BAY STREET<br>SUITE 804<br>JACKSONVILLE FL 32202 | CREDITOR ID: 399537-82<br>MALLOY, NANOUKA<br>613 WEXFORD DRIVE<br>RALEIGH  NC 27603 |
| CREDITOR ID: 399936-84<br>MALONE, JOANE<br>21 ALLEN TEMPLE CT.<br>#62<br>ATLANTA GA 30311 | CREDITOR ID: 400343-85<br>MALONE, JOANE<br>C/O DAVID A. LIPTON<br>DAVID A. LIPTON<br>THE GRANT BUILDING SUITE 400<br>44 BROAD ST. N.W.<br>ATLANTA GA 30303 | CREDITOR ID: 385519-54<br>MALONE, PATRICIA B<br>7227 CANNONBURY DR<br>NEW ORLEANS, LA 70126 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.  **CASE:**  05-03817-3F1

CREDITOR ID: 390820-55
MALONE, PATRICIA B
C/O VALTEAU HARRIS KOENIG & MAYER
ATTN STEVEN M KOENIG, ESQ
1410 FIRST NBC BUILDING
210 BARONNE STREET, SUITE 1410
NEW ORLEANS LA 70112

CREDITOR ID: 393532-55
MALONE, RYAN
C/O VERNIS & BOWLING OF FL KEYS, PA
ATTN ROB T COOK, ESQ
81990 OVERSEAS HWY, 3RD FLOOR
ISLAMORADA FL 33036

CREDITOR ID: 390069-54
MALONE, RYAN
109 SAN JUAN DR.
ISLAMORADA, FL 33036

CREDITOR ID: 262516-12
MALONE, TARA B
1128 PINE COVE DRIVE
LILBURN, GA 30045

CREDITOR ID: 38787-54
MALONEY, GREG
404 CEDAR HURST LN
MADISON, MS 39110

CREDITOR ID: 405104-95
MALT O MEAL
80 SOUTH 8TH STREET
SUITE 2600
ATTN MOLLY FORSTI
MINNEAPOLIS MN 55402

CREDITOR ID: 381648-47
MALTBA, DONALD C
1065 WEST CIRCULE ST
GASTONIA, NC 28054

CREDITOR ID: 255344-12
MALT-O-MEAL COMPANY
SDS 10 0102
PO BOX 86
MINNEAPOLIS, MN 55486-0102

CREDITOR ID: 382037-36
MALT-O-MEAL COMPANY
ATTN: NANCY M JOHNSON, CR MGR
2700 IDS TOWER
80 SOUTH 8TH ST
MINNEAPOLIS MN 55402-2297

CREDITOR ID: 248092-12
MAMADOU, DIALLO M
811 PIEDMONT AVENUE, APT B17
ATLANTA, GA 30308

CREDITOR ID: 255345-12
MAMIE L DAVIS TRUSTEE
PO BOX 4308
JACKSONVILLE FL 32201

CREDITOR ID: 255346-12
MAMIE L DAVIS TRUSTEE
PO BOX 863049
ORLANDO, FL 32886-3049

CREDITOR ID: 255347-12
MAMIE PENNINGTON
5208 HWY 336
PONTOTOC, MS 38863

CREDITOR ID: 255348-12
MAMO TRANSPORTATION INC
PO BOX 40
OSCEOLA, IN 46561

CREDITOR ID: 382937-51
MANAGED PHARMACY BENEFITS
110 N. COLLEGE, SUITE 900
TYLER, TX 75702

CREDITOR ID: 267917-14
MANAGEMENT AND BUDGET
ATTN: GEOGE TOUART
2023 N PALAFOX ST
PENSACOLA FL 32501-2144

CREDITOR ID: 255349-12
MANAGEMENT CLEANING CONTROLS
10101 LINN STATION RD STE 600
LOUISVILLE KY 40223-3848

CREDITOR ID: 255350-12
MANAGEMENT CLEANING CONTROLS
DEPT 8113
CAROL STREAM IL 60122-8133

CREDITOR ID: 279406-99
MANAGEMENT CO LLP
ATTN: EARL E MCEVOY
GATEWAY CENTER THREE
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 382788-51
MANAGEMENT COMPUTER SYSTEMS CORP.
14 WALNUT AVE.
CLARK, NJ 07066

CREDITOR ID: 267918-31
MANALAPAN POLICE DEPARTMENT
ATTN: CHIEF CLAY WALKER
600 S OCEAN BLVD
LAKE WORTH FL 33462-3321

CREDITOR ID: 255352-12
MANATEE CNTY PUBLIC UTIL
PO BOX 25350
BRADENTON FL 34206-5350

CREDITOR ID: 267919-14
MANATEE COUNTY TAX COLLECTOR
ATTN: KEN BURTON JR
819 301 BLVD W
BRADENTON FL 34205-7906

CREDITOR ID: 255355-12
MANATEE MEMORIAL HOSPITAL
PO BOX 31068
TAMPA, FL 33631-3106

CREDITOR ID: 1571-07
MANATEE VILLAGE INVESTMENTS IN
C/O IN-REL MANAGEMENT INC
2328 TENTH AVENUE NORTH
LAKE WORTH, FL 33461

CREDITOR ID: 255356-12
MANATEE VILLAGE INVESTMENTS INC
% IN-REL MANAGEMENT INC
2328 TENTH AVENUE NORTH
SUITE 401
LAKE WORTH, FL 33461

CREDITOR ID: 390275-54
MANCEVO, LIBRADA
2421 NW 10TH AVE
MIAMI FL 33127

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.** **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 3076-04<br>MANCHESTER CITY GARBAGE<br>PO BOX 441<br>MANCHESTER KY 40962 | CREDITOR ID: 255358-12<br>MANCHESTER FARMS,INC<br>PO BOX 97<br>DALZELL, SC 29040-0097 | CREDITOR ID: 315864-40<br>MANCHESTER MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 |
| CREDITOR ID: 267920-31<br>MANCHESTER PUBLIC WORKS DEPT<br>ATTN: ED ANDERSON<br>1210 OAKDALE ST<br>MANCHESTER TN 37355-2287 | CREDITOR ID: 594-03<br>MANCHESTER SQUARE<br>6200 CRESTWOOD STATION<br>CRESTWOOD KY 40014 | CREDITOR ID: 255361-12<br>MANCILS TRACTOR SERVICE INC<br>4551 SE HAMPTON COURT<br>STUART FL 34997 |
| CREDITOR ID: 255362-12<br>MANCINI PACKING CO<br>PO BOX 930576<br>ATLANTA, GA 31193-0576 | CREDITOR ID: 405105-95<br>MANCINI PACKING CO<br>PO BOX 157<br>ZOLFO SPRINGS FL 33890-0157 | CREDITOR ID: 391995-55<br>MANCUSO, GAIL R<br>C/O: BRUCE S. FEIFER, ESQ.<br>LAW OFFICE OF STEPHEN M. LEWEN<br>4285 SW MARTIN HWY<br>PALM CITY FL 34990-8615 |
| CREDITOR ID: 387466-54<br>MANCUSO, GAIL R<br>250 S. W. 27TH ST.<br>PALM CITY FL 34990 | CREDITOR ID: 255363-12<br>MANDA FINE MEATS<br>ATTN ROBERT YARBOROUGH, CEO<br>PO BOX 3374<br>BATON ROUGE, LA 70821-3374 | CREDITOR ID: 255364-12<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 |
| CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 | CREDITOR ID: 2393-07<br>MANDARINLORETTO DEVELOPMENT,LTD<br>P.O BOX 350688<br>JACKSONVILLE FL 32235-0688 | CREDITOR ID: 255365-12<br>MANDELL RIVIERE<br>PO BOX 125<br>MOREAUVILLE LA 71355 |
| CREDITOR ID: 255366-12<br>MANDEVILLE ELEMENTARY<br>519 MESSENA<br>MANDEVILLE, LA 70448 | CREDITOR ID: 255367-12<br>MANDEVILLE HIGH SCHOOL<br>1 SKIPPER DRIVE<br>MANDEVILLE, LA 70471 | CREDITOR ID: 255368-12<br>MANDEVILLE JUNIOR HIGH<br>639 CARONDELET ST<br>MANDEVILLE, LA 70448 |
| CREDITOR ID: 255369-12<br>MANDEVILLE MIDDLE<br>2525 SOULT ST<br>MANDEVILLE, LA 70448 | CREDITOR ID: 381028-47<br>MANE<br>999 TECH DRIVE<br>MILFORD, OH 45150 | CREDITOR ID: 390004-54<br>MANERS, PAMELA<br>434 N BURRIS RD<br>SHARON SC 29742 |
| CREDITOR ID: 393519-55<br>MANERS, PAMELA<br>C/O: D. BAKER MCINTYRE III<br>D. BAKER MCINTYRE III<br>ONE WOODLAWN GREEN<br>SUITE 118<br>CHARLOTTE NC 28217 | CREDITOR ID: 381256-47<br>MANESS, JOHN M<br>619 WOODLAWN COURT<br>DANVILLE, VA 24541 | CREDITOR ID: 385573-54<br>MANGANO, CATHERINE<br>520 SOUTH DAYTONA AVENUE<br>FLAGLER BEACH, FL 32136 |
| CREDITOR ID: 390868-55<br>MANGANO, CATHERINE JUNE<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 256288-12<br>MANGANO, MICHELLE<br>2278 DESTINE LANE<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 255370-12<br>MANGHAM & ASSOCIATES INC<br>PO BOX 100907<br>IRONDALE, AL 35210 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385847-54<br>MANGHAM, TIMIKA<br>20155 SW 122ND AVE APT #103<br>MIAMI, FL 33177 | CREDITOR ID: 596-03<br>MANGONIA PK UTILITIES CO.<br>1755 E TIFFANY DRIVE<br>MAGNOLIA PARK FL 33407 | CREDITOR ID: 399538-82<br>MANGUM, TIFFANY<br>231 ROOSEVELTS STREET<br>JACKSON MS 39202 |
| CREDITOR ID: 392097-55<br>MANGUNDAYAO, ERLINDA<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 406921-MS<br>MANINT JR., HORANCE I<br>545 BAKER ROAD<br>STONEWALL LA 71078 | CREDITOR ID: 255371-12<br>MANIS DISTRIBUTING INC<br>17 MILLER LANE<br>HAZARD KY 41701 |
| CREDITOR ID: 255372-12<br>MANISCHEWITZ CO LLC<br>ONE MANISCHEWITZ PLAZA<br>JERSEY CITY NJ 07302 | CREDITOR ID: 381199-47<br>MANLEY, CONNER E<br>1225 20TH STREET NORTH<br>JACKSONVILLE BEACH, FL 32250 | CREDITOR ID: 387264-54<br>MANN, DORIS<br>3456 TRAIL RIDGE RD.<br>MIDDLEBURG, FL 32068 |
| CREDITOR ID: 391849-55<br>MANN, DORIS<br>C/O: FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 387659-54<br>MANN, JOE<br>1619 KEELING DRIVE<br>DELTONA FL 32738 | CREDITOR ID: 386552-54<br>MANN, LYNN<br>4919 KANGAROO CIR<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 381532-47<br>MANN, TONY<br>5810 CRISPIN STREET, APT 1A<br>ROANOKE, VA 24019 | CREDITOR ID: 255373-12<br>MANNING FULTON AND SKINNER PA<br>ATTORNEYS AT LAW<br>PO BOX 20389<br>RALEIGH, NC 27619-0389 | CREDITOR ID: 255374-12<br>MANNING SYSTEMS INC<br>PO BOX 419429<br>KANSAS CITY MO 64141 |
| CREDITOR ID: 386119-54<br>MANNING, LINDA<br>915 ABRAHAM AVENUE<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 391302-55<br>MANNING, LINDA<br>C/O: TODD FONRATH, ESQ.<br>LYTAL, RETTER, CLARK, FOUNTAIN WILLIAMS<br>NORTHRIDGE CENTER 10TH FLOOR<br>515 N. FLAGER DRIVE<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 397907-76<br>MANNING, LYNN<br>193 BRUCE ROAD<br>INMAN, SC 29349 |
| CREDITOR ID: 376610-44<br>MANNING, PHILLIP<br>NOL DIV STORE# 1370<br>143 EASTSIDE DRIVE<br>BRANDON, MS 39047 | CREDITOR ID: 397908-76<br>MANNING, PHILLIP<br>143 EASTSIDE DR.<br>BRANDON, MS 39047 | CREDITOR ID: 406922-MS<br>MANNING, RANDY<br>16508 CROOKED LANE<br>FISHERVILLE KY 40023 |
| CREDITOR ID: 259591-12<br>MANNING, RICHARD M<br>PO BOX 13<br>RIVERVIEW, FL 33568 | CREDITOR ID: 259783-12<br>MANNING, ROBERT L<br>2975 BURLINGTON DRIVE<br>APOPKA, FL 32703 | CREDITOR ID: 406923-MS<br>MANNING-ADAMS, KARON L<br>14310 GLEN FARMS ROAD, PO BOX 1878<br>GLEN ST. MARY FL 32040 |
| CREDITOR ID: 255375-12<br>MANNS INT MEAT SPECIALTIES INC<br>ATTN: JEFF SOUBA, CEO<br>9097 F STREET<br>OMAHA, NE 68127-1305 | CREDITOR ID: 255376-12<br>MANNY ALONSO<br>4812 SW 72ND AVENUE<br>MIAMI FL 33155 | CREDITOR ID: 278917-30<br>MANNY LAWRENCE SALES INC<br>820 PARK ROW  PMB# 693<br>SALINAS, CA 93901-2406 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 405106-95
MANNY LAWRENCE SALES INC
1113 HARKINS ROAD
SUITE A
SALINAS CA 93901

CREDITOR ID: 255378-12
MANNY SANCHEZ
2217 BLUESPRINGS ROAD
WEST PALM BEACH, FL 33411

CREDITOR ID: 386127-54
MANOS, PETER P
2539 SW DRIVE  #312
MIAMI, FL 33145

CREDITOR ID: 391308-55
MANOS, PETER P
C/O MS MARLIN, PA
ATTN GARY R MARLIN, ESQ
250 CATALONIA AVENUE, SUITE 303
CORAL GABLES FL 33134

CREDITOR ID: 255379-12
MANPOWER INC
PO BOX 7247 0208
PHILADELPHIA, PA 19170-0208

CREDITOR ID: 399269-15
MANPOWER, INC
ATTN JOE LEPOLD
5301 N IRONWOOD RD
PO BOX 2053
MILWAUKEE WI 53201

CREDITOR ID: 403821-94
MANRESA, ELIAZAR
2246 NW 208 TERRACE
PEMBROKE PINES FL 33029

CREDITOR ID: 255380-12
MANSFIELD OIL COMPANY
PO BOX 530100
ATLANTA, GA 30353-0100

CREDITOR ID: 383164-99
MANSFIELD OIL COMPANY
C/O THOMPSON O'BRIEN KEMP & NASUTI
ATTN: ALBERT F NASUTI, ESQ
40 TECHNOLOGY PKWY SOUTH, STE 300
NORCROSS GA 30092

CREDITOR ID: 387923-54
MANSFIELD, TAMMY
217 ST. CLOUD VILLAGE
SAINT CLOUD, FL 34769

CREDITOR ID: 392207-55
MANSFIELD, TAMMY
C/O: JEFFREY D STARKER
HILL & PONTON
605 E ROBINSON ST SUITE 500
PO BOX 2673
ORLANDO FL 32802

CREDITOR ID: 386111-54
MANSFIELD, WALTER R
21282 GLADIS AVENUE
PORT CHARLOTTE, FL 33952

CREDITOR ID: 255381-12
MANSURA MIDDLE
1869 STJEAN ST
MANSURA, LA 71350

CREDITOR ID: 382621-51
MANTEK
PO BOX 660196
DALLAS, TX 75266-0196

CREDITOR ID: 255382-12
MANTEK
PO BOX 971330
DALLAS, TX 75397-1330

CREDITOR ID: 255383-12
MANUEL ALONSO
8620 MILLER DRIVE
MIAMI FL 33155

CREDITOR ID: 255384-12
MANUEL E HERNADEZ
6930 NW 173 DRIVE
# 2303
MIAMI FL 33015

CREDITOR ID: 255385-12
MANUEL MAYO II
1309 WEST LIBBY DRIVE
WEST PALM BEACH FL 33406

CREDITOR ID: 385154-54
MANUEL, MARK
4111 10TH STREET
TUSCALOOSA, AL 35401

CREDITOR ID: 258176-12
MANUEL, PAUL
153 JEANNE
EUNICE, LA 70535

CREDITOR ID: 255386-12
MANUELA C ADAMS
4104 PACIFICA DRIVE
ORLANDO FL 32817

CREDITOR ID: 255387-12
MANUELS HOT TAMALES
4709 SO CARROLLTON
NEW ORLEANS LA 70119

CREDITOR ID: 255388-12
MANUFACTURERS DISTRIBUTOR INC
PO BOX 341706
TAMPA, FL 33605

CREDITOR ID: 255389-12
MANUGISTICS INC
DEPT CH 17165
PALATINE, IL 60055-7165

CREDITOR ID: 387872-54
MANZANARES, ALMA ROSA
18060 SW 113TH PLACE
MIAMI, FL 33157

CREDITOR ID: 392154-55
MANZANARES, ALMA ROSA
C/O: J.H. ZIDELL
J. H. ZIDELL, P.A.
300 71ST STREET, #605
MIAMI BEACH FL 33141

CREDITOR ID: 387085-54
MANZANARES, LUZ M
10824 SW 2 ST #203
MIAMI FL 33174

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405107-95<br>MAOLA MILK & ICE CREAM COMPANY<br>305 AVENUE C<br>PO DRAWER S<br>NEW BERN NC 28563-8518 | CREDITOR ID: 255390-12<br>MAOLA MILK & ICE CREAM COMPANY<br>DEPT 79422<br>BALTIMORE, MD 21279-0422 | CREDITOR ID: 399352-15<br>MAPA SPONTEX, INC<br>ATTN SUE ELLEN POLK, CR COLL SUPERV<br>100 SPANTEX DRIVE<br>COLUMBIA TN 38401 |
| CREDITOR ID: 403452-93<br>MAPFRE CAUCION Y CREDITO<br>ATTN: ANDRES TUCKER PERAZA<br>CIA INTERNACIONAL DE SEGUROS<br>Y REASEGUROS SA, AV/GENERAL PERON<br>40 PUERTA C-4 PLANTA<br>28020 MADRID<br>ESPANA | CREDITOR ID: 255391-12<br>MAPLE GAS CO INC<br>PO BOX 292<br>MERIDIAN, MS 39302-0292 | CREDITOR ID: 403229-99<br>MAPLE GAS COMPANY<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 255392-12<br>MAPLE LEAF BAKERY<br>ATTN ALAN PLOWGIAN<br>33341 TREASURY CENTER<br>CHICAGO, IL 60694-3300 | CREDITOR ID: 255393-12<br>MAPLE LEAF FARMS INC<br>PO BOX 210<br>MILWAUKEE, WI 53278 | CREDITOR ID: 255394-12<br>MAPLE LEAF MEATS INC<br>BOX 5091 5063 N SERVICE RD<br>BURLINGTON, ON L7R 4R3<br>CANADA |
| CREDITOR ID: 376044-44<br>MAPLE VIEW FARM<br>HILLSBOROUGH, NC 272780000<br>HILLSBOROUGH NC 27278 | CREDITOR ID: 255395-12<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 | CREDITOR ID: 405108-95<br>MAPLEHURST<br>ATTN MELISSA BAUMANN<br>50 MAPLEHURST DRIVE<br>BROWNSBURG IL 46112 |
| CREDITOR ID: 384219-47<br>MAPLEHURST BAKERIES CATALOG DIVISION<br>PO BOX 78000<br>DEPT 78058<br>DETROIT, MI 48278-0058 | CREDITOR ID: 279244-35<br>MAPLEHURST BAKERIES, INC<br>ATTN: JANICE CONN<br>50 MAPLEHURST DR<br>BROWNSBURG IN 46112 | CREDITOR ID: 399638-15<br>MAPLES GAS COMPANY, INC<br>ATTN THOMAS L WEBB<br>PO BOX 292<br>MERIDIAN MS 39302 |
| CREDITOR ID: 255397-12<br>MAPOTHER & MAPOTHER ATTYS<br>801 WEST JEFFERSON ST<br>LOUISVILLE KY 40202 | CREDITOR ID: 267921-14<br>MAPPING DEPARTMENT OF WARREN<br>ATTN: RICHARD M HOLLAND<br>1009 CHERRY ST<br>VICKSBURG MS 39183-2539 | CREDITOR ID: 388939-54<br>MAPPS, TINA<br>115 NE 3RD AVENUE<br>HALLENDALE, FL 33009 |
| CREDITOR ID: 392842-55<br>MAPPS-ASPREA, TINA, ESTATE OF<br>C/O LEESFIELD LEIGHTON RUBIO ET AL<br>ATTN JOHN ELLIOTT LEIGHTON ESQ<br>2350 SOUTH DIXIE HIGHWAY<br>MIAMI FL 33133 | CREDITOR ID: 255398-12<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>ATTN ANTONIO JACOMINO<br>MIAMI, FL 33126 | CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 |
| CREDITOR ID: 255399-12<br>MAR CAS DISTRIBUTOR INC<br>9545 NW 13TH STREET<br>MIAMI, FL 33172 | CREDITOR ID: 405109-95<br>MAR CAS DISTRIBUTOR INC<br>2741 NORTHWEST 82ND AVENUE<br>MIAMI FL 33122 | CREDITOR ID: 255400-12<br>MARANATHA CHURCH<br>PO BOX 31149<br>PALM BEACH GARDENS FL 33420 |
| CREDITOR ID: 255401-12<br>MARASA FARM AND GREENHOUSES<br>11202 BEAR CAMP RD<br>LOUISVILLE KY 40272 | CREDITOR ID: 406924-MS<br>MARASA, NICHOLAS J.<br>11202 BEAR CAMP RD.<br>LOUISVILLE KY 40272 | CREDITOR ID: 391317-55<br>MARASCO, EDWARD (MINOR)<br>C/O: MICHAEL J. SMITH<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

CREDITOR ID: 376047-44
MARATHON ELECTRICAL
PO BOX 320067
BIRMINGHAM, AL 35222

CREDITOR ID: 255402-12
MARATHON ELECTRICAL CONTRACTORS INC
ATTN LARRY D ARGO, PRES
PO BOX 320067
BIRMINGHAM AL 35222

CREDITOR ID: 255403-12
MARATHON ENTERPRISES INC
ATTN: BOYD ADELMAN, EXEC VP
66 EAST UNION AVENUE
EAST RUTHERFORD, NJ 07073-2179

CREDITOR ID: 255404-12
MARATHON EQUIPMENT COMPANY
PO BOX 409565
ATLANTA GA 30384-9565

CREDITOR ID: 255405-12
MARATHON GARBAGE SERVICE
ATTN MEGAN EMMI, OFF MGR
4290 OVERSEAS HWY
MARATHON, FL 33050

CREDITOR ID: 255406-12
MARATHON RIBBON CORP
PO BOX 3370
LARGO, FL 33775

CREDITOR ID: 2924-04
MARATON GARBAGE SERVICE
4290 OVERSEAS HIGHWAY
MARATHON FL 33050

CREDITOR ID: 388913-54
MARBLE, DONNIE H
310 CHAMBERS STREET
MARSHVILLE, NC 28214

CREDITOR ID: 255407-12
MARBO INC
135 N LASALLE ST DEPT 2409
CHICAGO, IL 60674-2409

CREDITOR ID: 278996-30
MAR-BRAN
C/O MARTYN AND ASSOCIATES
ATTN: MARK A. AMENDOLA
820 SUPERIOR AVE, NW, 10TH FL
CLEVELAND OH 44113

CREDITOR ID: 255408-12
MARBRAN USA LC
PO BOX 200400
HOUSTON, TX 77216-0400

CREDITOR ID: 255409-12
MARC ANTHONY COSMETICS
190 PIPPIN ROAD
CONCORD, ON L4K 4X9
CANADA

CREDITOR ID: 255410-12
MARC C GOERKE
538 COPPITT DRIVE SOUTH
ORANGE PARK FL 32073

CREDITOR ID: 267922-31
MARC LEV SHAPIRO
ATTN: MARC SHAPIRO
1931 MARTHAS RD
ALEXANDRIA VA 22307-1953

CREDITOR ID: 255411-12
MARC RODMAN
THE BRADENTON HERALD
4520 27TH ST W
BRADENTON, FL 34207

CREDITOR ID: 255412-12
MARC SHERES
20291 NE 30TH AVENUE
APT PH10
AVENTURA FL 33180

CREDITOR ID: 385922-54
MARC, AMELINA
16830 NW 9TH AVE
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 391158-55
MARC, AMELINA
C/O: DAVID S MAGRAM, ATTY
DAVID S. MAGRAM, P.A.
801 N.E. 167TH ST., 2ND FLOOR
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 255413-12
MARCAL PAPER MILLS INC
PO BOX 371707
PITTSBURGH, PA 15251-7707

CREDITOR ID: 279380-36
MARCAL PAPER MILLS, INC.
C/O BARBARA A. MAHONEY
1 MARKET STREET
ELMWOOD  PARK  NJ 07407-1451

CREDITOR ID: 255414-12
MARCDALA PETIT JEUNE
1707 NE 3RD AVENUE
DELRAY BEACH FL 33444

CREDITOR ID: 255415-12
MARCEL PAPER MILLS INC
PO BOX 371707
PITTSBURGH PA 15251

CREDITOR ID: 255416-12
MARCH OF DIMES
CHEFS AUCTION
4161 CARMICHAEL SVE
SUITE 212
JACKSONVILLE FL 32207

CREDITOR ID: 245336-12
MARCHESE, CHRISTOPHER A
143 OAKMONT DRIVE
LAPLACE LA 70068

CREDITOR ID: 255417-12
MARCIA S WILLIAMS
3500 GARDEN OAKS DRIVE
NEW ORLEANS LA 70114

CREDITOR ID: 255418-12
MARCO A SOLER
1925 AVENUE A
GRAND PRAIRIE TX 75051

CREDITOR ID: 255419-12
MARCO COMPANY
ATTN DOUGLAS E PENTECOST, VP
3209 MARQUITA DRIVE
PO BOX 123439
FORT WORTH, TX 76121-3439

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405110-95<br>MARCO COMPANY<br>2525 DRANE FIELD RD  STE 1<br>LAKELAND FL 33811 | CREDITOR ID: 384220-47<br>MARCO ISLAND EAGLE<br>P O BOX 579<br>MARCO ISLAND, FL 33937 | CREDITOR ID: 255421-12<br>MARCO J BUCKLEY<br>PO BOX 162<br>HAHNVILLE LA 70057 |
| CREDITOR ID: 255422-12<br>MARCO M NIEBUHR<br>222 N OCALA ROAD<br># 711<br>TALLAHASSEE FL 32304 | CREDITOR ID: 255423-12<br>MARCOS E ALICEA<br>11004 GREENLINE WAY<br>ORLANDO FL 32839 | CREDITOR ID: 386862-54<br>MARCOS, ZULMA<br>2779 10TH AVE N, APT 108<br>PALM SPRINGS FL 33461 |
| CREDITOR ID: 392540-55<br>MARCUCCINO, MARIA PERINO<br>C/O: DIANA CASTRILLON, ESQUIRE<br>ROSEN & ROSEN, P.A.<br>4000 HOLLYWOOD BLVD<br>SUITE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 388445-54<br>MARCUCCINO, MARIA PERINO<br>1600 SW 172ND WAY<br>APT 410C<br>PEMBROKE PINES, FL 33027 | CREDITOR ID: 255424-12<br>MARCUS A MEEKS<br>1021 WILLOW STREET<br>JACKSON MS 39204 |
| CREDITOR ID: 255425-12<br>MARCUS A SURLES<br>HCHS ATC MCAS NEW RIVER<br>JACKSONVILLE NC 28545 | CREDITOR ID: 255426-12<br>MARCUS E DAVENPORT<br>311 CANVASBACK WAY<br>EASLEY SC 29642 | CREDITOR ID: 255427-12<br>MARCUS E MCCRORY<br>150 GOVERNMENT STREET<br>SUITE 1001<br>MOBILE AL 36602 |
| CREDITOR ID: 255428-12<br>MARCUS J LAROCCA<br>2813 CORNELIA<br>AUGUSTA GA 30906 | CREDITOR ID: 407756-15<br>MARCUS JACKSON LLC<br>D/B/A PINNACLE SERVICES<br>ATTN MARCUS JACKSON, OWNER<br>PO BOX 368<br>DUPLESSIS LA 70728 | CREDITOR ID: 255429-12<br>MARCUS L HEDRICK<br>961 DURRELL STREET<br>AUSTELL GA 30106 |
| CREDITOR ID: 255430-12<br>MARCUS M TURNER<br>255 BEECHCREST DRIVE<br>JACKSON MS 39211 | CREDITOR ID: 255431-12<br>MARCUS ORTEGO<br>2585 OLD HWY 13<br>MAMOU, LA 70554 | CREDITOR ID: 255432-12<br>MARDER TRAWLING<br>22 S WATER STREET<br>NEW BEDFORD, MA 02740 |
| CREDITOR ID: 399368-15<br>MARDER TRAWLING<br>C/O COFACE NORTH AMERICA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 255433-12<br>MARDI GRAS WRECKER SERVICE<br>PO BOX 768<br>METAIRIE LA 70004-0768 | CREDITOR ID: 256289-12<br>MARDIS, MICHELLE<br>2051 GRAND AVENUE<br>MERIDIAN MS 39301 |
| CREDITOR ID: 244607-12<br>MAREK, CAROL<br>4590 GILMORE DRIVE<br>LIBERTY NC 27298 | CREDITOR ID: 255434-12<br>MARGARET A BLANCHARD<br>482 SW 9TH STREET, APT 3<br>BOCA RATON FL 33432 | CREDITOR ID: 255435-12<br>MARGARET A BURKS TRUSTEE<br>PO BOX 290<br>MEMPHIS TN 38101-0290 |
| CREDITOR ID: 255436-12<br>MARGARET A JOHNSON<br>102 SUGAR BEAR DRIVE<br>SAFETY HARBOR FL 34695 | CREDITOR ID: 255437-12<br>MARGARET EBBERT<br>141 HIGHFIELD CIRCLE<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 255438-12<br>MARGARET ELDRIDGE<br>310 OVERBY ROAD<br>BENTON MS 39039 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255439-12<br>MARGARET F KNIGHT<br>102 HAMPTON STREET<br>STONEVILLE NC 27048 | CREDITOR ID: 255440-12<br>MARGARET GRABOWSKI<br>1507 ARMADILLO PLACE<br>THE VILLAGES FL 32159 | CREDITOR ID: 255441-12<br>MARGARET HART VERNON<br>1691 MT HAYES ROAD<br>BUFFALO JUNCTION, VA 24529 |
| CREDITOR ID: 255442-12<br>MARGARET PHILLIPS<br>100 GERALD DRIVE<br>MORGANTON NC 28655 | CREDITOR ID: 255443-12<br>MARGARET WYCOFF<br>3088 PROPST ROAD<br>CLOVER, SC 29710 | CREDITOR ID: 255444-12<br>MARGARETTA BAUGH<br>109 BAUGH ROAD<br>NANCY KY 42544 |
| CREDITOR ID: 255445-12<br>MARGARITA C DIAZ GARCIA<br>15745 SW 146 AVENUE<br>MIAMI FL 33177-0689 | CREDITOR ID: 267923-31<br>MARGATE PARKS & RECREATION DEP<br>ATTN: GEORGE MC NEAL<br>6199 NW 10TH ST<br>POMPANO BEACH FL 33063-3600 | CREDITOR ID: 255446-12<br>MARGE PINAHS<br>2900 NE 14TH STREET<br>POMPANO BEACH FL 33062 |
| CREDITOR ID: 255447-12<br>MARGIE E CRABTREE<br>PO BOX 43024<br>LOUISVILLE KY 40253 | CREDITOR ID: 255448-12<br>MARGIE H DAVIS<br>1539 BOOKER T WASHINGTON HWY<br>ROCKY MOUNTAIN VA 24151 | CREDITOR ID: 255449-12<br>MARGIE HILL<br>848 LAKELAND DRIVE, APT 315<br>JACKSON MS 39216 |
| CREDITOR ID: 255450-12<br>MARGIE SMITH<br>53 TREASURE ISLE<br>SLIDELL LA 70461 | CREDITOR ID: 255451-12<br>MARGUERET G SMITH<br>3128 URSULINES AVENUE<br>NEW ORLEANS LA 70119 | CREDITOR ID: 255452-12<br>MARIA A PEREZ<br>PO BOX 40<br>BURTONSVILLE MD 20866-0040 |
| CREDITOR ID: 255453-12<br>MARIA BULNES<br>2735 WEST 60 PLACE<br>APT 102<br>HIALEAH FL 33016 | CREDITOR ID: 255454-12<br>MARIA D VILLALOBOS<br>13006 SW 88 TERRA NORTH<br>MIAMI FL 33186 | CREDITOR ID: 255455-12<br>MARIA E RUSU<br>221 S FRANKLIN DRIVE<br>FLORENCE SC 29501 |
| CREDITOR ID: 381558-47<br>MARIA FRESNEDO<br>2456 NORTHWEST 33 STREET<br>MIAMI, FL 33142 | CREDITOR ID: 255456-12<br>MARIA G CARRANZA<br>214 NORTH PARK AVENUE<br>WILLIAMSTON NC 27892 | CREDITOR ID: 255457-12<br>MARIA J STAMBOLITIS<br>5854 WEDGEWOOD DRIVE<br>CHARLOTTE NC 28210 |
| CREDITOR ID: 255458-12<br>MARIA MARTINEZ<br>709 IXORIA AVENUE<br>FORT PIERCE FL 34982 | CREDITOR ID: 255459-12<br>MARIA MERCURIO<br>1804 MEDART DRIVE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 255460-12<br>MARIA MORRIS<br>414 BERKMAN WAY #307<br>LILLBURN GA 30047 |
| CREDITOR ID: 255461-12<br>MARIA O PEREZ<br>5705 W 20TH AVENUE, APT 315<br>HIALEAH FL 33012 | CREDITOR ID: 255462-12<br>MARIA R JAIMES<br>301 N 22ND<br>HAINES CITY FL 33844 | CREDITOR ID: 255463-12<br>MARIA T HYMES<br>6347 CRESTWOOD AVENUE<br>FAYETTEVILLE NC 28304 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255464-12<br>MARIA V MORILLO<br>PO BOX 6026<br>PMB 2111<br>CAROLINA PR 00984 | CREDITOR ID: 255465-12<br>MARIAM ALJITAN<br>4340 19TH STREET N<br>ST PETESBURGH FL 33714-0421 | CREDITOR ID: 405113-95<br>MARIANI PACKING CO INC<br>320 JACKSON ST<br>SAN JOSE CA 95112-3206 |
| CREDITOR ID: 278919-30<br>MARIANI PACKING CO INC<br>DEPT 33077<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3077 | CREDITOR ID: 399631-15<br>MARIANI PACKING COMPANY<br>ATTN DOREEN I DEDELOW, ACCTG MGR<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688-8706 | CREDITOR ID: 255467-12<br>MARIANNA FLORIDA PUB UTILS<br>PO BOX 610<br>MARIANNA FL 32447-0610 |
| CREDITOR ID: 267924-14<br>MARIANNE COUNTY SHEIFFS OFFICE<br>ATTN: JERRY HOLLAND<br>692 NW 30TH AVE<br>OCALA FL 34475-5608 | CREDITOR ID: 267925-31<br>MARICAMP MIDWAY LLC<br>ATTN: CLARK SCHERER<br>2152 14TH CIR N<br>SAINT PETERSBURG FL 33713-4059 | CREDITOR ID: 255468-12<br>MARICEL RODRIGUEZ<br>30 EAST 53RD TERRACE<br>HIALEAH, FL 33013 |
| CREDITOR ID: 255469-12<br>MARICELA RAMIREZ<br>5310 MARTIN STREET<br>NAPLES FL 34113 | CREDITOR ID: 405892-15<br>MARICONDA, DAVID<br>78 MEADOW LANE<br>BAYPORT NY 11705 | CREDITOR ID: 255470-12<br>MARIDAN CORPORATION<br>PO BOX 1748<br>PELHAM, AL 35124 |
| CREDITOR ID: 255471-12<br>MARIE A BURNS<br>2060 ALISON COURT # A5<br>ATLANTA GA 30311 | CREDITOR ID: 255473-12<br>MARIE A MATTOX PA TRUST ACCOUNT<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 393014-55<br>MARIE COSS, ANN<br>C/O: AMEEN & DRUCKER, P.A.<br>3111 UNIVERSITY DRIVE<br>SUITE 901<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 390461-54<br>MARIE COSS, ANN<br>136-11A 68TH DRIVE<br>FLUSHING, NY 11367 | CREDITOR ID: 255474-12<br>MARIE J JOSEPH<br>116 SE 4TH STREET<br>APT 19<br>HOLLANDALE FL 33009 | CREDITOR ID: 255475-12<br>MARIE J LUBIN<br>1981 NW 43RD TERRACE, APT 359<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 255476-12<br>MARIE M RABALAIS<br>5522 HWY 28 E<br>PINEVILLE LA 71360 | CREDITOR ID: 255477-12<br>MARIE MARINO<br>6501 NORTHWOOD<br>MOBILE AL 36608 | CREDITOR ID: 255478-12<br>MARIE MURPHY<br>1010 S 12TH STREET<br>WILMINGTON NC 28401 |
| CREDITOR ID: 255479-12<br>MARIE PRATER<br>3542 ILLINOIS AVE<br>SEBRING FL 33872 | CREDITOR ID: 255480-12<br>MARIE WATERS & HERSHEL WATERS<br>12757 LAKE VISTA DRIVE<br>GIBSONTON, FL 33534-3923 | CREDITOR ID: 255481-12<br>MARIES WRECKER SERVICE<br>6834 W PARK AVE<br>HOUMA, LA 70364 |
| CREDITOR ID: 255482-12<br>MARIETTA DAILY JOURNAL<br>PO BOX 449<br>MARIETTA, GA 30061-0449 | CREDITOR ID: 255483-12<br>MARIGOLD FOODS INC<br>LOCKBOX# 730220<br>ATTN ASSOCIATE# 6<br>DALLAS, TX 75373-0220 | CREDITOR ID: 405114-95<br>MARIGOLD FOODS INC<br>118 VILLAGE STREET<br>SUITE B<br>SLIDEL LA 70458 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255484-12 | CREDITOR ID: 255485-12 | CREDITOR ID: 255486-12 |
| MARIJANE K STROLLA | MARILYN A ELDER | MARILYN D POWERS |
| 6700 MANOR GATE DRIVE | 11931 GRETCHEN AVENUE | 836 SW 9TH STREET CT |
| MIDLOTHIAN VA 23112 | PORT CHARLOTTE FL 33948 | BOCA RATON FL 33486 |
| | | |
| CREDITOR ID: 255487-12 | CREDITOR ID: 381688-47 | CREDITOR ID: 255488-12 |
| MARILYN S HITCHCOCK | MARILYN SKATTUM | MARILYN TREHERN |
| 3440 NE CR 255 | 47 LAUREL OAKS CIRCLE | 5185 BARTON AGRICOLA ROAD |
| LEE FL 32059 | ORMAND BEACH, FL 32174 | LUCEDALE MS 39452 |
| | | |
| CREDITOR ID: 255489-12 | CREDITOR ID: 243285-12 | CREDITOR ID: 255490-12 |
| MARILYN WOOD | MARINCIC, BEN | MARINE CORPS LEAGUE |
| 817 56TH AVENUE | 2403 STERLING RIDGE DRIVE | 3420 N SUNROSE PATH |
| MERIDIAN MS 39307 | AUGUSTA, GA 30909 | BEVERLY HILLS FL 34465 |
| | | |
| CREDITOR ID: 267926-31 | CREDITOR ID: 255491-12 | CREDITOR ID: 255492-12 |
| MARINE RECRUITMENT OFFICE | MARINE RESOURCE DIVISION | MARINE RIGGING INC |
| ATTN: SGT SHANE NIXON | PO BOX 189 | 552 BEAUREGARD |
| 1607B DELAWARE AVE | DAUPHIN ISLAND AL 36528 | MOBILE AL 36603 |
| MCCOMB MS 39648-3609 | | |
| | | |
| CREDITOR ID: 255493-12 | CREDITOR ID: 255494-12 | CREDITOR ID: 255495-12 |
| MARIO OLIVE DIVISION | MARION A GORDON III | MARION ABRAMSON SENIOR HIGH SCHOOL |
| ATTN CFO | 9 MARTIN LUTHER KING DRIVE | 5552 READ BLVD |
| 11808 W CENTER RD | CHERAW SC 29520 | NEW ORLEANS, LA 70127 |
| OMAHA, NE 68144-4397 | | |
| | | |
| CREDITOR ID: 267927-14 | CREDITOR ID: 240560-06 | CREDITOR ID: 318042-42 |
| MARION CNTY TAX COLLECTORS OFF | MARION COUNTY HEALTH DEPT | MARION COUNTY TAX COLLECTOR |
| ATTN: SUSIE POST | ENVIROMENTAL OFFICE | 250 BROAD STREET, SUITE 3 |
| 132 MILITARY ST S | BOX 158 | COLUMBIA, MS 39429 |
| HAMILTON AL 35570-5594 | HAMILTON AL 35570 | |
| | | |
| CREDITOR ID: 376064-44 | CREDITOR ID: 255502-12 | CREDITOR ID: 255503-12 |
| MARION COUNTY UTILITIES | MARION COUNTY UTILITIES | MARION D AUSTIN |
| 1219 S PINE AVENUE | 463 EMERALD ROAD | 5596 COUNTY ROAD |
| OCALA, FL 34474 | OCALA, FL 34472-0160 | NO 218 |
| | | CLAY HILL FL 32234 |
| | | |
| CREDITOR ID: 267928-31 | CREDITOR ID: 255504-12 | CREDITOR ID: 255505-12 |
| MARION ENVIRONMENTAL HLTH CTR | MARION PEPSI-COLA CO. | MARION R NEYREY |
| ATTN: DAMON HOLMES | PO BOX 18241-F | 2212 N ARNOULT ROAD |
| 1112 LOMBARDY ST | ST. LOUIS, MO 63150 | APT 119-C |
| MARION SC 29571-2005 | | METAIRIE LA 70001 |
| | | |
| CREDITOR ID: 255506-12 | CREDITOR ID: 255507-12 | CREDITOR ID: 405117-95 |
| MARION S SKINNER | MARION SIGNS & LIGHTING INC | MARION SIGNS & LIGHTING INC |
| 3012 WASHINGTON ROAD | ATTN KEVIN MACISAAC, PRES | 5025 NORTHEAST 6TH STREET |
| EAST POINT GA 30344 | 1423 NE 46 ROAD | OCALA FL 34470 |
| | OCALA, FL 34470 | |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381899-30<br>MARION SPECIALTY FOODS INC<br>C/O STICHTER RIEDEL ET AL<br>ATTN: DON M STICHTER<br>110 E MADISON ST, STE 200<br>TAMPA FL 33602 | CREDITOR ID: 255508-12<br>MARION WALTER<br>9304 PEBBLE CREEK DRIVE<br>TAMPA FL 33647 | CREDITOR ID: 602-03<br>MARION WATER & SEWER<br>123 E. JEFFERSON STREET<br>MARION AL 36756 |
| CREDITOR ID: 255509-12<br>MARION WATER & SEWER SYSTEM<br>PO BOX 959<br>MARION, AL 36756 | CREDITOR ID: 267929-31<br>MARION WATEWATER PLANT<br>ATTN: LARRY CARVER<br>3982 NC 226 S<br>MARION NC 28752-8737 | CREDITOR ID: 255510-12<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET SUITE 2300<br>ACCT# 5547-9053<br>SAN FRANCISCO, CA 94104 |
| CREDITOR ID: 1574-07<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET<br>SUITE 23<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 255511-12<br>MARISHA A* PICKETT<br>730 WICKLOW RD<br>LOUISVILLE KY 40207 | CREDITOR ID: 255512-12<br>MARISTAFF INC<br>PO BOX 1050<br>ROSWELL GA 30077 |
| CREDITOR ID: 384223-47<br>MARITIME PRODUCTS INTERNATIONAL INC<br>PO BOX 120103<br>NEWPORT NEWS, VA 23612103 | CREDITOR ID: 279381-36<br>MARITIME PRODUCTS INTERNATIONAL INC<br>C/O TROUTMAN SANDERS LLP<br>ATTN THOMAS R WALKER, ESQ<br>600 PEACHTREE STREET, NE, STE 5200<br>ATLANTA GA 30308-2216 | CREDITOR ID: 255514-12<br>MARIUIS LAPINSKAS<br>135 MIRACLE STRIP PKWY<br>FT WALTON BEACH FL 32541 |
| CREDITOR ID: 278920-30<br>MARJON SPECIALTY FOODS<br>ATTN: CURTIS DAY, GEN. MGR.<br>3508 SYDNEY RD<br>PLANT CITY, FL 33566 | CREDITOR ID: 403549-99<br>MARJON SPECIALTY FOODS INC<br>C/O STICHTER RIEDEL ET AL<br>ATTN: DON M STICHTER<br>110 EAST MADISON ST, STE 200<br>TAMPA FL 33602 | CREDITOR ID: 255516-12<br>MARJORIE BENNETT<br>20520 NW 15TH AVENUE<br>APT # 227<br>MIAMI, FL 33169 |
| CREDITOR ID: 255517-12<br>MARJORIE C WILSON<br>2000 FOX RIDGE ROAD<br>CLAYTON, NC 27527 | CREDITOR ID: 255518-12<br>MARK A BARBARI<br>1515 MUSA COURT<br>DELTONA FL 32725 | CREDITOR ID: 255519-12<br>MARK A STEVENS<br>5100 BURLINGTON AVENUE N<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 255520-12<br>MARK A WELCH<br>9365 DANCY<br>BATON ROUGE LA 70814 | CREDITOR ID: 255521-12<br>MARK ANSLEY<br>626 MAY STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 255522-12<br>MARK BOYLE<br>8521 DEERFIELD STREET<br>CHALMETTE, LA 70043 |
| CREDITOR ID: 255523-12<br>MARK BRAVARD<br>1250 OHIO PIKE #222<br>CINCINNATI, OH 45102 | CREDITOR ID: 255524-12<br>MARK C POPE ASSOC<br>PO BOX 1517<br>SMYRNA, GA 30081-1517 | CREDITOR ID: 255525-12<br>MARK D EDWARDS<br>1235 MEMORIAL DRIVE EXT<br>GREER SC 29651 |
| CREDITOR ID: 255526-12<br>MARK D JOHNSON<br>3199 LOOMIS STREET<br>LINCOLNTON, NC 28092 | CREDITOR ID: 255527-12<br>MARK D PERSON<br>103 OLDE TREE DRIVE<br>CARY NC 27511 | CREDITOR ID: 255528-12<br>MARK DOYLE<br>704 PARKER DRIVE<br>CLINTON, MS 39056 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255529-12<br>MARK FRANCIS<br>2067 EVEREST STREET<br>DELTONA, FL 32738 | CREDITOR ID: 255531-12<br>MARK MCLAREN<br>4306 LAKE VIEW ROAD<br>HARRISBURG, PA 17112 | CREDITOR ID: 267930-31<br>MARK MCLAUGHLIN<br>19 TIMBER RIDGE DR<br>CARTERSVILLE GA 30121-2263 |
| CREDITOR ID: 255532-12<br>MARK MOTSINGER<br>1350 W FAIRFIELD ROAD<br>HIGH POINT NC 27264 | CREDITOR ID: 255533-12<br>MARK NORRIS<br>3465 BROOKSHIRE DRIVE<br>PENSACOLA FL 32504-4417 | CREDITOR ID: 255534-12<br>MARK OIL COMPANY<br>PO BOX 32064<br>CHARLOTTE NC 28232-2064 |
| CREDITOR ID: 255535-12<br>MARK PARSONS<br>4859 SHADYVIEW DRIVE<br>ADAMSVILLE AL 35005 | CREDITOR ID: 255536-12<br>MARK ROBERTS<br>146 BETTERLEY PLACE<br>ELIZABETHTON, TN 37643 | CREDITOR ID: 376073-44<br>MARK S MASCARITOLO<br>1489 OLD SALEM DRIVE<br>CONYERS, GA 30013 |
| CREDITOR ID: 255537-12<br>MARK SOLOMON<br>527 BAY RIDGE ROAD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 255538-12<br>MARK T STUART<br>394 HOMEWOOD DRIVE<br>MILLBROOK AL 36054 | CREDITOR ID: 255539-12<br>MARK W DELANEY<br>PO BOX 860326<br>ST AUGUSTINE, FL 32086 |
| CREDITOR ID: 255540-12<br>MARK WEISMAN<br>10337 ALAMEDA ALMA ROAD<br>CLERMONT, FL 34711 | CREDITOR ID: 385171-54<br>MARK, SUZANNE<br>PO BOX 3859<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 255542-12<br>MARKAIR INC<br>SOUTHPOINT OFFICE CENTER SUITE 1302<br>6817 SOUTHPOINT PARKWAY<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 278921-30<br>MARKER 29 PRODUCE<br>PO BOX 301<br>ONANCOCK, VA 23417 | CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>ATTN JOHN R MENGEL, DEPUTY ADMIN<br>PO BOX 18030<br>LOUISVILLE KY 40261-0030 | CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG, MS 39402 |
| CREDITOR ID: 255545-12<br>MARKET LOGIC INC<br>PO BOX 917183<br>ORLANDO FL 32891-7183 | CREDITOR ID: 255546-12<br>MARKET LOGISTICS<br>ATTN: ED SCHWALBACH, OPER MGR<br>PO BOX 890232<br>CHARLOTTE, NC 28289-0232 | CREDITOR ID: 405123-95<br>MARKET LOGISTICS<br>PO BOX 911257<br>DALLAS TX 75391-1257 |
| CREDITOR ID: 255547-12<br>MARKET PLACE PARTNERS<br>MARKET PLACE MGMT INC<br>449 SOUTH WRENN STREET<br>HIGH POINT, NC 27260 | CREDITOR ID: 255548-12<br>MARKET SHARE<br>PO BOX 1077<br>KEY WEST, FL 33041 | CREDITOR ID: 376079-44<br>MARKET SPACE CORP /DBA CHILEAN NATURE<br>4801 NW 99 COURT<br>MIAMI, FL 33178 |
| CREDITOR ID: 381716-47<br>MARKET SPACE CORP.<br>DBA CHILEAN NATURE<br>4801 NW 99 COURT<br>MIAMI, FL 33178 | CREDITOR ID: 255550-12<br>MARKET SQUARE INC<br>% MERCHANTS PROPERTY GROUP INC<br>PO BOX 3040<br>DULUTH, GA 30096 | CREDITOR ID: 255551-12<br>MARKET STREET CENTER<br>3900 BRISTOL HIGHWAY<br>BLDG SUITE 2<br>JOHNSON CITY TN 37604 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:    05-03817-3F1**

CREDITOR ID: 376080-44
MARKETA MYRICKS
740 D COLISEUM BLVD
MONTGOMERY, AL 36109

CREDITOR ID: 255552-12
MARKETA MYRICKS
5701 E SHIRLEY LANE
APT 1203
MONTGOMERY, AL 36117

CREDITOR ID: 255553-12
MARKETING ASSOCIATES INC
PO BOX 132
PORT WASHINGTON WI 53074

CREDITOR ID: 255554-12
MARKETING SERVICES
PO BOX 240027
MILWAUKEE WI 53224

CREDITOR ID: 255555-12
MARKETING WORKS INC
215 MARTINS LAKE ROAD
GRAY COURT SC 29645

CREDITOR ID: 1577-07
MARKETOWN INVESTORS INC
PO BOX 2130
BAY  ST  LOUIS MS 39521-2130

CREDITOR ID: 2394-07
MARKETOWN INVESTORS INC
ATTN ROBERT KANE
PO BOX 2130
BAY SAINT LOUIS, MS 39521

CREDITOR ID: 380950-47
MARKETPLACE AT FLOWER MOUND
%CBL & ASSOICATES MANAGEMENT INC
6148 LEE HIGHWAY  STE 300
CHATTANOOGA, TN 37421

CREDITOR ID: 384225-47
MARKETPLACE AT FLOWER MOUND
CBL CENTER
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA, TN 37421-6000

CREDITOR ID: 255557-12
MARKETPLACE AT FRANKFORD LTD
2880 LBJ FREEWAY    STE 500
DALLAS TX 75234

CREDITOR ID: 395319-63
MARKETPLACE FEDERAL CR UNION FKA
WINN-DIXIE EMPL FED CREDIT UNION
7020 AC SKINNER PARKWAY, SUITE 100
JACKSONVILLE, FL 32256

CREDITOR ID: 376081-44
MARKETPLACE FEDERAL CREDIT
7020 A C SKINNER PKWY
STE 100 ATTN  ACC DEPT
JACKSONVILLE, FL 32256-6938

CREDITOR ID: 255558-12
MARKETPLACE FEDERAL CREDIT UNION
ATTN KATHY PALASIESKI, COLL MGR
7020 A C SKINNER PKWY, SUITE 100
JACKSONVILLE, FL 32256-6938

CREDITOR ID: 1930-07
MARKETPLACE LLC, THE
C/O REGENCY PROPERTY SERVICES
330 CROSS POINTE BLVD
EVANSVILLE, IN 47715

CREDITOR ID: 255559-12
MARKETPLACE OF AMERICUS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 255560-12
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1579-07
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 255561-12
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 1580-07
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 255562-12
MARKHAM ENTERPRISES OF JAX
7800 OLD KINGS ROAD
JACKSONVILLE, FL 32219

CREDITOR ID: 255563-12
MARKING SERVICES INC
PO BOX 240027
8265 N FAULKNER RD
MILWAUKEE WI 53224

CREDITOR ID: 245050-12
MARKLE, CHARLES
115 CHATHAM DRIVE
ELKIN, NC 28621

CREDITOR ID: 387451-54
MARKOS, PAUL L
1389 SAWGRASS COURT
WINTER PARK FL 32792

CREDITOR ID: 405915-99
MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR
1200 RIVERPLACE BLVD, STE 800
JACKSONVILLE FL 32207

CREDITOR ID: 255564-12
MARKSVILLE ELEMENTARY
430 W WADDIL ST
MARKSVILLE, LA 71351

CREDITOR ID: 255565-12
MARKSVILLE HIGH
407 W BON TEMPT
MARKSVILLE, LA 71351

CREDITOR ID: 255566-12
MARKSVILLE MIDDLE
152 SCHOOL HOUSE RD
MARKSVILLE, LA 71351

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255567-12<br>MARKSVILLE WATER SYSTEM<br>227 EAST BON TEMPS<br>MARKSVILLE, LA 71351-2403 | CREDITOR ID: 255568-12<br>MARKUS ERI S SELLERS<br>1179 NW 60 STREET<br>MIAMI FL 33127 | CREDITOR ID: 257081-12<br>MARKVA, NEIL F<br>SPRINGFIELD PROFESSIONAL PARK<br>8322-A TRAFORD LANE<br>SPRINGFIELD, VA 22152 |
| CREDITOR ID: 255569-12<br>MARKWINS BEAUTY PRODUCTS INC<br>C/O CATHAY BANK<br>5402 8TH AVENUE<br>BROOKLYN, NY 11220 | CREDITOR ID: 407507-97<br>MARKWINS BEAUTY PRODUCTS INC<br>ATTN: LINA CHEN<br>22067 FERRERO PKWY<br>CITY OF INDUSTRY CA 91789 | CREDITOR ID: 255570-12<br>MARKWINS INTERNATIONAL<br>ATTN LB FL 050<br>40 14 16 MAIN STREET<br>FLUSHING, NY 11354 |
| CREDITOR ID: 384226-47<br>MARKWINS INTERNATIONAL<br>ATTN RUTH CHEUNG<br>22067 FERRERO PARKWAY<br>CITY OF INDUSTRY, CA 91789 | CREDITOR ID: 397347-15<br>MARKY'S CAVIAR<br>ATTN PATRICIA PARKER<br>687 NE 79TH STREET<br>MIAMI FL 33138 | CREDITOR ID: 376082-44<br>MARLA EISENBAUM HELENE & WAYNE EISENBAUM<br>433 S MAIN ST STE 310<br>CORPORATE CENTER WEST<br>% DEVELOPERS REALTY INC<br>WEST HARTFORD, CT 06110 |
| CREDITOR ID: 255572-12<br>MARLA FRANKLIN<br>1651 FOREST AVENUE<br>APT C - 1<br>JACKSON MS 39213 | CREDITOR ID: 376083-44<br>MARLEN RESEARCH CORP<br>1802 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1008 | CREDITOR ID: 255573-12<br>MARLEN RESEARCH CORP<br>PO BOX 1361<br>HUTCHINSON KS 67504-1361 |
| CREDITOR ID: 255574-12<br>MARLENE FIGONI<br>687 NE 79TH STREET<br>MIAMI, FL 33138 | CREDITOR ID: 255575-12<br>MARLENE SHAW<br>151 RABBIT RUN<br>CHELSEA, AL 35043 | CREDITOR ID: 255576-12<br>MARLENE SPRUNT<br>9804 TAILFEATHER ROAD<br>LUTZ FL 33549 |
| CREDITOR ID: 248956-12<br>MARLER, EMILY<br>11 SHENANDOAH DRIVE<br>LAURENS, SC 29630 | CREDITOR ID: 255577-12<br>MARLIN<br>PO BOX 140795<br>ORLANDO FL 32814-0795 | CREDITOR ID: 377387-44<br>MARLIN COMPANY<br>ATTN HELEN KENDRICK<br>PO BOX 304<br>NEW HAVEN, CT 06502-0304 |
| CREDITOR ID: 255578-12<br>MARLIN COMPANY<br>PO BOX 304<br>NEW HAVEN, CT 06502-0304 | CREDITOR ID: 255579-12<br>MARLIN LEASING CORP<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | CREDITOR ID: 403456-15<br>MARLIN LEASING CORPORATION<br>ATTN REBECCA SENTELL<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 |
| CREDITOR ID: 255580-12<br>MARLIN MANUFACTURING CO INC<br>PO BOX 140795<br>ORLANDO FL 32814-0795 | CREDITOR ID: 255581-12<br>MARLITE<br>PO BOX 200267<br>PITTSBURGH, PA 15251-0267 | CREDITOR ID: 405126-95<br>MARLITE<br>PO BOX 931443<br>CLEVELAND OH 44193-0517 |
| CREDITOR ID: 255582-12<br>MARLON FOSTER<br>1930 MERLIN ROAD<br>PENSACOLA FL 32506 | CREDITOR ID: 406925-MS<br>MARLOW JR., WILLIAM J.<br>5005 HIGH POINT DR.<br>PANAMA CITY FL 32404 | CREDITOR ID: 394024-61<br>MARLOW, CONNELL, VALERIUS ET AL<br>ATTN T F VAGERIUS, ESQ<br>4000 PONCE DE LEON BLVD, STE 570<br>CORAL GABLES, FL 33146 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260855-12<br>MARLOW, SHEILA<br>PO BOX 908411<br>GAINESVILLE GA 30501 | CREDITOR ID: 406191-15<br>MARLOW, SHEILA<br>1214 HAZEL STREET<br>GAINESVILLE GA 30501 | CREDITOR ID: 377660-44<br>MARLOW, W J<br>5005 HIGHPOINT DR<br>PANAMA CITY, FL 32404-4229 |
| CREDITOR ID: 264824-12<br>MARLOW, WILLIAM J<br>5005 HIGHPOINT DR<br>PANAMA CITY, FL 32404-4229 | CREDITOR ID: 406926-MS<br>MARLOWE, DENNIS C.<br>221 CITRUS RIDGE DR.<br>DAVENPORT FL 33837 | CREDITOR ID: 388199-54<br>MAROK, RALPH<br>21219 MIDWAY DRIVE<br>PORT CHARLOTTE FL 33952 |
| CREDITOR ID: 392414-55<br>MAROK, RALPH<br>C/O: BRIAN SUTTER<br>LAW FIRM OF BRIAN SUTTER<br>822 TAMIAMI TRAIL<br># 2<br>PORT CHARLOTTE FL 33953 | CREDITOR ID: 382791-51<br>MARONEY, DEWEY<br>133 BELMONT ROAD<br>JACKSONVILLE, FL 32252 | CREDITOR ID: 255583-12<br>MAROONE CHEVROLET<br>4181 SW 8TH STREET<br>MIAMI FL 33134 |
| CREDITOR ID: 255584-12<br>MARPAN SUPPLY CO INC<br>ATTN DAYNA LENK<br>PO BOX 2068<br>TALLAHASSEE FL 32316-2068 | CREDITOR ID: 389058-54<br>MARQUES, JACINTA<br>10950 SW 40TH TR<br>MIAMI, FL 33165 | CREDITOR ID: 392954-55<br>MARQUES, JACINTA<br>C/O: JAMES A. HANNON<br>HANNON  & HANNON P.A.<br>224 W. FLAGER ST.<br>MIAMI FL 33130 |
| CREDITOR ID: 393020-55<br>MARQUEZ, ERNESTINA V<br>C/O MORGAN, COLLING & GILBERT, PA<br>ATTN W CLAY MITCHELL JR, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 389141-54<br>MARQUEZ, ERNESTINA V<br>7455 BRYAN RD<br>ORLANDO, FL 32807 | CREDITOR ID: 255585-12<br>MARQUIS G MEEK<br>24725 HWY 42<br>HOLDEN, LA 70744 |
| CREDITOR ID: 255586-12<br>MARR COOK ELEMENTARY SCHOOL<br>6696 GOSHEN ROAD<br>GOSHEN OH 45122 | CREDITOR ID: 279443-99<br>MARRERO LAND & IMPROVEMENT ASSOC<br>ATTN: VINCENT A VASTOLA<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | CREDITOR ID: 2395-07<br>MARRERO LAND & IMPROVEMENT ASSOC.<br>WESTWOOD SHOPPING CENTER<br>5201 WESTBANK EXPRESSWAY<br>MARRERO LA 70072 |
| CREDITOR ID: 255588-12<br>MARRERO SHOPPING CENTER<br>C/O SRSA GULF SOUTH MGT<br>3850 N CAUSEWAY BLVD,  STE 1970<br>TWO LAKEWAY CENTER<br>METAIRIE LA 70002 | CREDITOR ID: 244584-12<br>MARRERO, CARMEN<br>232 S HARRISON STREET<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 385703-54<br>MARRERO, LUCCIOLA<br>5972 SW 42ND TERRACE<br>MIAMI, FL 33155 |
| CREDITOR ID: 390984-55<br>MARRERO, LUCCIOLA<br>C/O NACHLAS LAW GROUP<br>ATTN ROBERT RUDOLPH, ESQ<br>1785 NE 123RD STREET<br>NORTH MIAMI FL 33181 | CREDITOR ID: 390048-54<br>MARRERO, YISLEIDYS<br>2920 SUMMIT BLVD<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 255589-12<br>MARRIOTT JACKSONVILLE<br>4670 SALISBURY ROAD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 259984-12<br>MARROUUIN, ROSA<br>11110 SW 37TH STREET<br>MIAMI, FL 33165 | CREDITOR ID: 382792-51<br>MARS STOUT<br>PO BOX 8026<br>MISSOULA, MT 59807 | CREDITOR ID: 406927-MS<br>MARS, DONALD K.<br>46320 MORRIS ROAD<br>HAMMOND LA 70401 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390403-54<br><br>MARS, ETTA M<br>P.O BOX 475<br>MANCHESTER TN 37349 | CREDITOR ID: 391592-55<br><br>MARS, ETTA M<br>C/O JOHN P. MONEYHAM, ESQ<br>JOHN P. MONEYHAM, ESQ.<br>PO BOX 31<br>PANAMA CITY FL 32402 | CREDITOR ID: 255590-12<br><br>MARSALIS MECHANICAL CONTRACTORS INC<br>PO BOX 86<br>MCCOMB MS 39649-0086 |
| CREDITOR ID: 255591-12<br><br>MARSH & MCLENNAN INC<br>PO BOX 100357<br>ATLANTA GA 30384-0357 | CREDITOR ID: 255592-12<br><br>MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 406928-MS<br><br>MARSH, HUGH A.<br>211 W. OAK ST., APT. 404<br>LOUISVILLE KY 40203 |
| CREDITOR ID: 391377-55<br><br>MARSH, JOSE R<br>C/O: HERBERT W. ABRAMSON, ESQ.<br>634 W. FLAGLER ST.<br>MIAMI FL 33130 | CREDITOR ID: 255593-12<br><br>MARSHA J ANDERSON<br>2324 EVANS ROAD<br>FORT VALLEY GA 31030 | CREDITOR ID: 255594-12<br><br>MARSHA PACE<br>1649 C WEST OAKRIDGE ROAD<br>ORLANDO, FL 32809 |
| CREDITOR ID: 255595-12<br><br>MARSHAL CITY OF PINEVILLE<br>ATTN GARNISHMENT DEPT<br>PO BOX 3671<br>PINEVILLE, LA 71360 | CREDITOR ID: 255596-12<br><br>MARSHALL<br>CITY COURT OF HAMMOND<br>303 E THOMAS ST<br>HAMMOND, LA 70401 | CREDITOR ID: 255597-12<br><br>MARSHALL BISCUIT COMPANY INC<br>100 JACINTOPORT BLVD<br>SARALAND, AL 36571 |
| CREDITOR ID: 403331-83<br><br>MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, PC<br>12 E. BAY STREET<br>JACKSONVILLE FL 32202-3247 | CREDITOR ID: 255598-12<br><br>MARSHALL E CHAPMAN JR<br>118 LYTTLE DRIVE<br>NEWPORT NEWS VA 23606 | CREDITOR ID: 267931-14<br><br>MARSHALL FINANCIAL SERVICES<br>ATTN: STEVE A MAZE<br>736 N BRINDLEE MOUNTAIN P<br>ARAB AL 35016 |
| CREDITOR ID: 381690-47<br><br>MARSHALL LUMBER AND MILL CO INC<br>BLDG MATERIALS AND MILL WORK<br>P O BOX 9424    3200 DAY ST<br>MONTGOMERY, AL 36108 | CREDITOR ID: 255599-12<br><br>MARSHALL MILLER & ASSOCIATES INC<br>ROUTE 720 INDUSTRIAL PARK<br>BLUEFIELD, VA 24605 | CREDITOR ID: 315866-40<br><br>MARSHALL PLANNING MILL INC<br>ATTN:  R W MARSHALL<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 |
| CREDITOR ID: 381667-47<br><br>MARSHALL PRANGE<br>PO BOX 269<br>MONTE VISTA, CO 81144-0269 | CREDITOR ID: 255601-12<br><br>MARSHALL VANDEVENDER<br>1324 BRITT AVENUE<br>JACKSON MS 39209 | CREDITOR ID: 388690-54<br><br>MARSHALL, ANTONETTE<br>1507 LULL WATER  CIRCLE<br>VALDOSTA GA 31601 |
| CREDITOR ID: 389742-54<br><br>MARSHALL, ANTONETTE<br>1507 LULLWATER CIRCLE<br>VALDOSTA GA 31601 | CREDITOR ID: 397909-76<br><br>MARSHALL, GLORIA<br>4995 GWENDOLINE DRIVE<br>COLLEGE  PARK, GA 30349 | CREDITOR ID: 385274-54<br><br>MARSHALL, GWENDOLYN<br>1100 NW 55TH TERRACE<br>MIAMI, FL 33127 |
| CREDITOR ID: 390582-55<br><br>MARSHALL, GWENDOLYN<br>C/O: ANTHONY J. BROWN<br>ANTHONY J. BROWN, P.A.<br>9350 SOUTH DIXIE HIGHWAY<br>#1440<br>MIAMI FL 33156 | CREDITOR ID: 386358-54<br><br>MARSHALL, JEANETTE<br>915 TERRA MOBILE ESTATES<br>FUQUAY VARINA NC 27526 | CREDITOR ID: 392042-55<br><br>MARSHALL, JEANETTE<br>C/O: ANNETTE RHODES<br>HEDRICK & RHODES<br>PO BOX 956<br>FUQUAY-VARINA NC 27526 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389091-54<br>MARSHALL, JOHN<br>550 E. LAZY MEADOW DR<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 392981-55<br>MARSHALL, JOHN<br>C/O: RONALD J DAVIS II P.A.<br>RONALD J DAVIS II P.A.<br>551 E LAZY MEADOW DR.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 254908-12<br>MARSHALL, LIZER<br>410 HWY 529<br>TAYLORSVILLE, MS 39168 |
| CREDITOR ID: 387762-54<br>MARSHALL, MILLIE<br>3455 RAVENWOOD DRIVE<br>COLLEGE PARK, GA 30349-3633 | CREDITOR ID: 387401-54<br>MARSHALL, NANCY<br>614 S THREE NOTCH ST<br>ANDALUSIA, AL 36420 | CREDITOR ID: 385900-54<br>MARSHALL, PEARL<br>1161 AVE P PLACE<br>BELLE GLADE, FL 33430 |
| CREDITOR ID: 391143-55<br>MARSHALL, PEARL<br>C/O: MICHAEL S. STEINGER, ESQ<br>STEINGER, ISCOE & PHILIPS, P.A.<br>1645 PALM BEACH LAKES BLVD,<br>9TH FLR,<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 264403-12<br>MARSHALL, WANDA<br>8434 DONALD ROAD<br>SNELLVILLE, GA 30039 | CREDITOR ID: 255602-12<br>MARSHALLS<br>100 JACINTOPORT BLVD<br>SARALAND AL 36571 |
| CREDITOR ID: 267932-31<br>MARSHALS SERVICE UNITED STATES<br>ATTN: THOMAS HURLBURT<br>801 N FLORIDA AVE<br>TAMPA FL 33602-3849 | CREDITOR ID: 255603-12<br>MARSHANTE E TAYLOR<br>642 DOROTHY LANE<br>BYRAM MS 39272 | CREDITOR ID: 397989-76<br>MARSHBURN, CHRISTOPHER<br>1514 LEOPARD COURT<br>APOPKA, FL 32712 |
| CREDITOR ID: 255604-12<br>MARTA HERNANDEZ<br>1390 W 32ND STREET<br>HIALEAH, FL 33012 | CREDITOR ID: 255605-12<br>MARTA J CRESPO<br>JACKSONVILLE SHERIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 255606-12<br>MARTA JAYNE ABEL<br>2652 WOODS EDGE CIR<br>ORLANDO, FL 32817 |
| CREDITOR ID: 255607-12<br>MARTEIA JOHNSON<br>1014 ARBOR CROSSING<br>LITHONIA GA 30058 | CREDITOR ID: 386921-54<br>MARTEL, DEBBIE<br>815 RIDGEWOOD COVE WEST<br>NICEVILLE FL 32578 | CREDITOR ID: 381160-47<br>MARTEL, MAYRA<br>4983 17TH AVENUE S.W<br>NAPLES, FL 34116 |
| CREDITOR ID: 255608-12<br>MARTHA A HARRIS<br>143 OAK DRIVE<br>COTTONPORT, LA 71327 | CREDITOR ID: 255609-12<br>MARTHA H GIRALDO<br>11520 SW 124 COURT<br>MIAMI FL 33186-0491 | CREDITOR ID: 255610-12<br>MARTHA J PARRISH<br>PAID THREW P CARD<br>2601 N SHERWOOD DRIVE<br>VALDOSTA, GA 31602 |
| CREDITOR ID: 255611-12<br>MARTHA M REED<br>2081 CHAFFEE ROAD #22<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 255612-12<br>MARTHA M TERRELL<br>7201 ARLINGTON EXPY APT 73<br>JACKSONVILLE FL 32211-5971 | CREDITOR ID: 255613-12<br>MARTHA P RAWSON<br>5210 PINE ROAD<br>ORANGE BEACH AL 36561 |
| CREDITOR ID: 255614-12<br>MARTHA PARKER<br>13627 SAINT THOMA DRIVE<br>STANFIELD NC 28163 | CREDITOR ID: 255615-12<br>MARTHA RHODES<br>105 RIVER STREET<br>GREER SC 29651 | CREDITOR ID: 255616-12<br>MARTHA VINYARD ELEMENTARY SCHOOL<br>40105 DUNSON RD<br>PONCHATOULA, LA 70454 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

CREDITOR ID: 255617-12
MARTIN A J WYBENGA MD
PO BOX 240695
MONTGOMERY AL 36124-0695

CREDITOR ID: 255618-12
MARTIN BEHRMAN ELEMENTARY
715 OPELOUSAS AVE
NEW ORLEANS, LA 70114

CREDITOR ID: 376092-44
MARTIN DIST INC DBA OZARKA SPRING WATER
P O BOX 4457
WICHITA FALLS TX 76308

CREDITOR ID: 255624-12
MARTIN G TORRENTES
PO BOX 111726
HIALEAH FL 33011-0172

CREDITOR ID: 267933-31
MARTIN LAKE INDUSTRIAL AUTH
ATTN: LESTER SELLARS
5030 HIGHWAY 280
ALEXANDER CITY AL 35010-7217

CREDITOR ID: 255625-12
MARTIN LUTHER KING CELEBR COMMITTEE
PO BOX 28696
RALEIGH NC 27611-8696

CREDITOR ID: 267934-31
MARTIN LUTHER KING JR FAMIL Y
ATTN: DR MILTON A REID
1909 ARLINGTON AVE
NORFOLK VA 23523-2364

CREDITOR ID: 255626-12
MARTIN MEMORIAL SPECIALISTS
PO BOX 9033
STUART FL 34995-9033

CREDITOR ID: 255627-12
MARTIN METALFAB INC
5891 LEWIS ROAD
SANDSTON VA 23150-2411

CREDITOR ID: 255628-12
MARTIN N GATHIGE
PO BOX 2715
COVINGTON LA 70434

CREDITOR ID: 255629-12
MARTIN PETIT JEAN PRIMARY
4039 CROWLEY RAYNE HWY
RAYNE, LA 70578

CREDITOR ID: 255630-12
MARTIN PUGH
PO BOX 2094
SEMMES AL 36575

CREDITOR ID: 255632-12
MARTIN RUIZ
7525 SW 153RD PLACE, APT 101
MIAMI, FL 33193

CREDITOR ID: 255633-12
MARTIN SIGNS
PO BOX 1328
HAZARD, KY 41702

CREDITOR ID: 267935-31
MARTIN WASTE WATER TREATMENT
ATTN: STACY CHAPEL
294 AGEE RD
MARTIN TN 38237-5482

CREDITOR ID: 388078-54
MARTIN, ANITA
1431 ART STREET
NEW ORLEANS, LA 70117

CREDITOR ID: 392344-55
MARTIN, ANITA
C/O: ROBERT G. HARVEY
LAW OFFICES OF ROBERT G HARVEY
2609 CANAL STREET, 5TH FLOOR
NEW ORLEANS LA 70119

CREDITOR ID: 389227-54
MARTIN, ANTHONY J
914 SOUTH 42ND STREET
LOUISVILLE KY 40211

CREDITOR ID: 242820-12
MARTIN, AUSTIN G
324 DARENIA
LEXINGTON KY 40511

CREDITOR ID: 243045-12
MARTIN, BARBARA J
1122 LEIGH STREET
LONG BEACH MS 39560

CREDITOR ID: 386504-54
MARTIN, BETTY
18571 138TH ST
LIVE OAK FL 32060

CREDITOR ID: 243448-12
MARTIN, BEVERLY
1592 BELFAST COURT
APOKA, FL 32712

CREDITOR ID: 399539-82
MARTIN, BILLY
51 JUSTIN AVENUE
CHAVIES  KY 41727

CREDITOR ID: 244769-12
MARTIN, CATHERINE
6902 EAST CAPRICE
BATON ROUGE LA 70811

CREDITOR ID: 245177-12
MARTIN, CHERESSE
4106 PETERSON AVENUE
GREENSBORO NC 27405

CREDITOR ID: 389156-54
MARTIN, CHRISTIN
8701 SHADOW SPRINGS BLVD
DENHAM SPRINGS, LA 70726

CREDITOR ID: 393029-55
MARTIN, CHRISTIN
C/O CREED LAW FIRM
ATTN RICHARD CREED JR, ESQ
WOLFE'S CREEK, SUITE B3
8017 JEFFERSON HIGHWAY
BATON ROUGE LA 70809

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 400539-88
MARTIN, CLINTON
C/O CHRISTMAS Y. GREEN
116 MABRY STREET
SELMA AL 36701

CREDITOR ID: 382793-51
MARTIN, DEBRA
4119 MEDOC MOUNTAIN DRIVE
CHARLOTTE, NC 28270

CREDITOR ID: 248382-12
MARTIN, DONNIE
5021 LADY FERN CIRCLE
CHARLOTTE, NC 28211

CREDITOR ID: 406929-MS
MARTIN, DWAIN E
517 WETHERBY LN
SAINT AUGUSTINE FL 32092-1024

CREDITOR ID: 385470-54
MARTIN, ESTELLE INELL
217 NW 15TH ST
BELLE GLADE, FL 33430-2840

CREDITOR ID: 390771-55
MARTIN, ESTELLE INELL
C/O: LAWRENCE S. ALLEN, ESQ.
LAWRENCE S. ALLEN, ESQ.
2121 PONCE DE LEON BLVD.
SUITE 721
CORAL GABLES FL 33134

CREDITOR ID: 385296-54
MARTIN, EVELYN
C/O CROMER & CHIPMAN LAW OFFICES
ATTN SANDRA W CHIPMAN, ESQ
PO BOX 1202
ANDERSON, SC 29622-1202

CREDITOR ID: 390604-55
MARTIN, EVELYN
C/O: SANDRA W. CHIPMAN, ESQ.
LAW OFFICES OF CROMER & CHIPMAN
P. O. BOX 1202
ANDERSON SC 29621

CREDITOR ID: 406930-MS
MARTIN, GEORGE
6035 PONY PATH
BROOKSVILLE FL 34602

CREDITOR ID: 394119-56
MARTIN, HAILLE
1708 LINCOLN AVENUE
MARRERO, LA 70072

CREDITOR ID: 400330-85
MARTIN, HAILLE
C/O LAWRENCE J. CENTOLA
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 POYDRAS ST., 35TH FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 394738-57
MARTIN, HAILLE SR
C/O NILES SALAS BOURQUE & FONTANA
ATTN LAWRENCE J CENTOLA, ESQ
909 POYDRAS STREET, 35TH FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 394738-57
MARTIN, HAILLE SR
1708 LINCOLN AVENUE
MARRERO, LA 70072

CREDITOR ID: 386592-54
MARTIN, HELEN
916 SOUTH STARRETT ROAD
METAIRIE LA 70003

CREDITOR ID: 398812-78
MARTIN, JAMES BRUCE
340 HUNTER STREET
WEST PALM BEACH, FL 33405

CREDITOR ID: 390210-54
MARTIN, JIMMY W
P.O. BOX 680
NEWTON TX 75966

CREDITOR ID: 253254-12
MARTIN, JOHN P
1300 PAYNE STREET
LOUISVILLE, KY 40204

CREDITOR ID: 406931-MS
MARTIN, JOSEPH
9 RED OAK
COVINGTON KY 70433

CREDITOR ID: 385993-54
MARTIN, LASHUNDA
12249 SW 201ST TERRACE
MIAMI, FL 33177

CREDITOR ID: 385814-54
MARTIN, LOTTIE
19530 NW 11 AVE
OPA-LOCKA, FL 33054

CREDITOR ID: 391074-55
MARTIN, LOTTIE
C/O: GLENN R. MILLER
GLENN R MILLER, PA
67 NE 168TH STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 390220-54
MARTIN, ONITA
1546 WEAVER DRIVE
VALDOSTA GA 31602

CREDITOR ID: 393655-55
MARTIN, ONITA
C/O: GEORGE WYNN
P.O. BOX 147
329 EAST CHURCH STREET
LAKELAND GA 31635

CREDITOR ID: 376520-44
MARTIN, PASCAL
ORL DIV STORE# 703
1422 GRAND BLVD
HOLIDAY, FL 34690

CREDITOR ID: 406932-MS
MARTIN, RONNIE
1609 MARRIOM PLACE
HIGH POINT NC 27260

CREDITOR ID: 406933-MS
MARTIN, ROY C.
201 INDIAN TRAIL
TAYLORS SC 29687

CREDITOR ID: 386631-54
MARTIN, SCOT
3209 HENRIETTA PLACE #8
SARASOTA FL 34234-6541

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 261932-12<br>MARTIN, STEPHANIE<br>517 JEFFERSON STREET<br>VALDOSTA, GA 31601 | CREDITOR ID: 406934-MS<br>MARTIN, THOMAS N<br>1821 TARA DR<br>PRATTVILLE AL 36066 | CREDITOR ID: 406935-MS<br>MARTIN, TIM<br>8501 TEN-TEN ROAD<br>RALEIGH NC 27603 |
| CREDITOR ID: 263679-12<br>MARTIN, TYNRA<br>9042 MORRISON ROAD<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 394322-56<br>MARTIN, WILLIAM<br>1515 FIRST AVENUE APT C-8<br>JACKSON MS 39209 | CREDITOR ID: 264834-12<br>MARTIN, WILLIAM<br>8410 PRESTWICK PLACE<br>NEW PORT RICHEY, FL 34655 |
| CREDITOR ID: 255635-12<br>MARTINDALE-HUBBELL<br>ATTN DIANA L SIMPSON, CREDIT MGR<br>121 CHANLON ROAD<br>NEW PROVIDENCE NJ 07974 | CREDITOR ID: 255636-12<br>MARTINE VERNE<br>80 NW 163 STREET<br>MIAMI FL 33169 | CREDITOR ID: 406936-MS<br>MARTINEAU, JOSEPH D<br>4839 PALMETTO PT DR<br>PALMETTO FL 34221 |
| CREDITOR ID: 375621-44<br>MARTINEAU, JOSEPH D.<br>SARASOTA DIV<br>PERISHABLE SARASOTA LOGISTICS<br>4839 PALMETTO POINT DRIVE<br>PALMETTO, FL 34221 | CREDITOR ID: 403822-94<br>MARTINEZ JR, MANUEL A<br>2225 PINE RIDGE RD.<br>BLAIRSVILLE GA 30512 | CREDITOR ID: 392302-55<br>MARTINEZ, ANA C<br>C/O: LAWERENCE MALMAN<br>LAW OFFICES LAWRENCE M MALMAN, P.A.<br>4500 LE JEUNE RD.<br>CARAL GABLES FL 33146 |
| CREDITOR ID: 388027-54<br>MARTINEZ, ANA C<br>6955 W. 7TH AVENUE<br>HIALEAH, FL 33014 | CREDITOR ID: 279507-99<br>MARTINEZ, ANNA C<br>C/O KAPLAN & FREEDMAN PA<br>ATTN: MATTHEW E KAPLAN, ESQ<br>9410 SOUTHWEST 77TH AVENUE<br>MIAMI FL 33156 | CREDITOR ID: 242880-12<br>MARTINEZ, AYANNA Y<br>14875 SW 174 STREET<br>MIAMI FL 33187 |
| CREDITOR ID: 244585-12<br>MARTINEZ, CARMEN<br>5127 LESCOT LANE<br>ORLANDO FL 32811 | CREDITOR ID: 388769-54<br>MARTINEZ, ELVA H<br>19620 S.W. 103 CT<br>MIAMI FL 33157 | CREDITOR ID: 394090-56<br>MARTINEZ, ELVIA A<br>320 AVE 80 STREET APT 6<br>MIAMI BEACH, FL 33141 |
| CREDITOR ID: 400292-85<br>MARTINEZ, ELVIA A<br>C/O MICHAEL GARCIA PETIT<br>MICHAEL GARCIA PETIT, P.A.<br>1451 NW NORTH RIVER DRIVE<br>MIAMI FL 33125 | CREDITOR ID: 249008-12<br>MARTINEZ, ENRIQUE<br>763 SW 152ND COURT<br>MIAMI, FL 33193 | CREDITOR ID: 385255-54<br>MARTINEZ, JORGELINA<br>8549 WEST FLAGLER STREET<br>MIAMI, FL 33144 |
| CREDITOR ID: 390564-55<br>MARTINEZ, JORGELINA<br>C/O: JESUS O. CERVANTES<br>JESUS O. CERVANTES P.A.<br>8550 W. FLAGLER STREET STE 120<br>MIAMI FL 33144 | CREDITOR ID: 386490-54<br>MARTINEZ, LANCE<br>P.O.BOX 680665<br>PRATTVILLE AL 36068 | CREDITOR ID: 391533-55<br>MARTINEZ, LANCE<br>C/O: BILL ABELL<br>SHINBAUM, ABELL, MCCLOUD & VANN<br>P.O. BOX 201<br>MONTGOMERY AL 36067 |
| CREDITOR ID: 254369-12<br>MARTINEZ, LANCE K<br>C/O WILLIAM K ABELL SHINBAUM ABELL<br>566 S PERRY STREET<br>MONTGOMERY, AL 36101 | CREDITOR ID: 382879-51<br>MARTINEZ, LANCE K.<br>C/O SHINBAUM, ABELL, MCLEOD ET AL<br>ATTN WILLIAM K ABELL, ESQ<br>566 SOUTH PERRY STREET<br>MONTGOMERY, AL 36101 | CREDITOR ID: 406937-MS<br>MARTINEZ, MANUEL A.<br>2225 PINE RIDGE ROAD<br>BLAIRSVILLE GA 30512 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 390041-54
MARTINEZ, MARIA
15300 SW 284TH STREET
APT 36
HOMESTEAD FL 33033

CREDITOR ID: 400811-91
MARTINEZ, ROBERTO
2268 STONEHEDGE LOOP
KISSIMMEE FL 34743

CREDITOR ID: 263547-12
MARTINEZ, TRISHA J
3810 SANDPIPER DRIVE # 8
BOYNTON BEACH, FL 33436

CREDITOR ID: 388458-54
MARTINEZ-ESTEVEZ, SANDRA
11860 SW 175TH TERRACE
MIAMI, FL 33177

CREDITOR ID: 392552-55
MARTINEZ-ESTEVEZ, SANDRA
C/O ROBERT M. RUBENSTEIN, ESQUIRE
LAW OFFICES OF ROBERT RUBENSTEIN
9350 S. DIXIE HWY
SUITE 1110
MIAMI FL 33156

CREDITOR ID: 389846-54
MARTINISI, KAREN
12170 RANDEE ROAD
NEW PORT RICHEY FL 34654

CREDITOR ID: 255634-12
MARTIN'S FAMOUS BAKERY
1000 POTATO ROLL LANE
CHAMBERSBURG, PA 17201

CREDITOR ID: 255637-12
MARTINS MECHANIC & BREAKDOWN SVCS
PO BOX 747
MADISONVILLE LA 70447-0747

CREDITOR ID: 255638-12
MARTINS SAUSAGE INC
16322 HWY 929
PRAIRIEVILLE LA 70769

CREDITOR ID: 255639-12
MARTINS WELDING SERVICE
261 RICHARDSON - OZONA RD
PICAYUNE MS 39466

CREDITOR ID: 255640-12
MARTINSVILLE BULLETIN
PO BOX 3711
204 BROAD ST
MARTINSVILLE, VA 24115

CREDITOR ID: 255641-12
MARTOR USA
PO BOX 74432
CLEVELAND OH 44194-4432

CREDITOR ID: 255642-12
MARTORI FARMS
PO BOX 14607
SCOTTSDALE AZ 85267-4607

CREDITOR ID: 255643-12
MARTRICE LANHAM
1428 RAINBOW FALLS ROAD
NORTH AUGUSTA SC 29860

CREDITOR ID: 267936-31
MARTUS JOHN
ATTN: JOHN MARTUS
358 ROCKING CHAIR TRL
HAYESVILLE NC 28904-4804

CREDITOR ID: 255644-12
MARTY ROBBINS ROOFING CO INC
PO BOX 5608
877 MURRAY RD
DOTHAN AL 36303

CREDITOR ID: 255645-12
MARTYS LOCK AND SECURITY CO IN
2612 W THOMAS ST
HAMMOND LA 70401

CREDITOR ID: 267937-31
MARTYS SANITATION
ATTN: LAMAR A HOOPER
71 TRISHS WAY
BLAIRSVILLE GA 30512-2478

CREDITOR ID: 399736-84
MARTZ, DAVID A
1108 SUNRISE BLVD
FT. PIERCE FL 34950

CREDITOR ID: 388831-54
MARTZ, EARL G
2443 S.W. LOQUAT ROAD
PORT ST. LUCIE FL 34953

CREDITOR ID: 255646-12
MARVEL CENTER INC
% AC WADE
PO BOX 151
CARROLLTON AL 35447

CREDITOR ID: 255647-12
MARVIN C MOSS
46 W 33RD STREET
JACKSONVILLE FL 32206

CREDITOR ID: 255648-12
MARVIN F CREEL
680 LAPALCO BLVD
APT 125
GRENTA LA 70056

CREDITOR ID: 255649-12
MARVIN FOWLER ENTERPRISES INC
ATTN MARVIN FOWLER SR, PRES
4885 WEST SPENCER FIELD ROAD
PACE, FL 32571

CREDITOR ID: 255650-12
MARVIN G WILLIAMS
656 WING TERRACE
DELTONA, FL 32725

CREDITOR ID: 255651-12
MARVIN HIGHTOWER
1703 NW 3 COURT
APT# 3
FT LAUDERDALE FL 33311

CREDITOR ID: 255652-12
MARVIN J MCDONALD JR
3974 WEDGEWOOD DRIVE
DOUGLASVILLE GA 30135

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255653-12<br>MARVIN L ADKINS<br>110 BARBER DRIVE<br>PELHAM NC 27311 | CREDITOR ID: 255654-12<br>MARVIN L KEENEY<br>101 GLYNLEA RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 255655-12<br>MARVIN L SLOAN<br>55372 COOK DRIVE<br>CALLAHAN FL 32011 |
| CREDITOR ID: 255656-12<br>MARVIN M WRIGHT REFRIG, A/C HEATING<br>PO BOX 6374<br>JACKSONVILLE FL 32336-6374 | CREDITOR ID: 255658-12<br>MARVIN P JONES MD PC<br>PO BOX 1163<br>ST MARYS GA 31558 | CREDITOR ID: 255657-12<br>MARVIN P JONES MD PC<br>1375 EAST KING AVENUE<br>KINGSLAND, GA 31548-1375 |
| CREDITOR ID: 382796-51<br>MARX BROTHERS<br>3102 SECOND AVENUE SOUTH<br>BIRMINGHAM, AL 35234 | CREDITOR ID: 382795-51<br>MARX BROTHERS<br>3101 SECOND AVENUE SOUTH<br>BIRMINGHAM, AL 35233 | CREDITOR ID: 382794-51<br>MARX BROTHERS<br>3100 SECOND AVENUE SOUTH<br>BIRMINGHAM, AL 35233 |
| CREDITOR ID: 405129-95<br>MARX BROTHERS INCORPORATED<br>3100 2ND AVE S<br>ATTN SHIRLEY GENTRY<br>BIRMINGHAM AL 35233 | CREDITOR ID: 255659-12<br>MARX BROTHERS INCORPORATED<br>DEPT 3233<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-3233 | CREDITOR ID: 381771-15<br>MARX BROTHERS, INC<br>ATTN EDGAR B MARX JR, VP<br>3100 2ND AVENUE SOUTH<br>BIRMINGHAM AL 35233 |
| CREDITOR ID: 255660-12<br>MARY A PARKER<br>7524 KINGSPORT BLVD<br>NEW ORLEANS LA 70128 | CREDITOR ID: 255661-12<br>MARY ARMSTRONG<br>367 SAGE LANE<br>HAMILTON AL 35570 | CREDITOR ID: 376101-44<br>MARY B THORNE<br>114 FRANKLIN STREET<br>SOUTH HILL, VA 23970 |
| CREDITOR ID: 255662-12<br>MARY BETH HANSEN MORENCY<br>17930 87TH LANE N<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 255663-12<br>MARY BETH THOMAS<br>7920 SEAGILL WAY<br>TAMPA FL 33635 | CREDITOR ID: 255664-12<br>MARY BEVINS<br>5324 LAKESIDE DRIVE<br>LAKE WALES FL 33898 |
| CREDITOR ID: 255665-12<br>MARY BLACK PHYSICIAN GROUP<br>PO BOX 406757<br>ATLANTA, GA 30384 | CREDITOR ID: 255666-12<br>MARY BRACEY<br>1110 FOURTH STREET<br>GOLDSBORO NC 27534 | CREDITOR ID: 255667-12<br>MARY BROWN<br>610 COMANCHEE DRIVE, LOT 38<br>OPELIKA, AL 36801 |
| CREDITOR ID: 255668-12<br>MARY BUTCHER<br>6830 SE MORNING SIDE<br>STUART FL 34997 | CREDITOR ID: 255669-12<br>MARY C FISCHER<br>1044 ARDMORE DRIVE<br>LOUISVILLE, KY 40217 | CREDITOR ID: 255670-12<br>MARY C SPIKES<br>1806 PETTY ROAD<br>SHELBY NC 28150 |
| CREDITOR ID: 255671-12<br>MARY CROOKS<br>2188 US HWY # 70 WEST<br>MORGANTON, NC 28655 | CREDITOR ID: 255672-12<br>MARY CUTLIP<br>PO BOX 385<br>IRON STATION NC 28080 | CREDITOR ID: 255673-12<br>MARY D TREADWELL<br>417 MCKNIGHT STREET<br>HUEYTOWN AL 35023 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255675-12<br>MARY DELATTE<br>4007 ELM DRIVE<br>BATON ROUGE, LA 70805 | CREDITOR ID: 255676-12<br>MARY DELISE<br>3200 MUMPHREY ROAD<br>CHALMETTE, LA 70043 | CREDITOR ID: 255677-12<br>MARY DRUM<br>3478 LOVE ROAD<br>CLAREMONT, NC 28610 |
| CREDITOR ID: 255679-12<br>MARY E ANGELICA<br>10100 SW 38 TERRACE<br>MIAMI FL 33165 | CREDITOR ID: 255680-12<br>MARY E BARBOUR<br>913 ESTES LANE<br>HOLLY SPRINGS NC 27540 | CREDITOR ID: 255681-12<br>MARY E BERRYMAN<br>1223 GROVELAND LANE<br>LAKELAND FL 33811 |
| CREDITOR ID: 255682-12<br>MARY E CARO<br>6000 W JACKSON STREET<br>PENSACOLA FL 32526 | CREDITOR ID: 255683-12<br>MARY E ELDRIDGE<br>6100 62ND AVENUE N<br>#55<br>PINELLAS PARK FL 33781-5303 | CREDITOR ID: 255684-12<br>MARY E NULL<br>10389 GC ROBERTS ROAD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 255685-12<br>MARY E SHARPLESS<br>PO BOX 36<br>DUTTON VA 23050 | CREDITOR ID: 255686-12<br>MARY F MEEKS<br>2690 MIDWAY CHURCH ROAD<br>BLACKSHEAR GA 31516 | CREDITOR ID: 255687-12<br>MARY GOFF ELEMENTARY<br>6900 SHREVEPORT HWY<br>PINEVILLE, LA 71360 |
| CREDITOR ID: 255688-12<br>MARY GRIFFIN<br>25 LINDA STREET<br>PENSACOLA, FL 32506 | CREDITOR ID: 255689-12<br>MARY HILDEBRAND<br>2901 CAMPBELL ROAD<br>RALEIGH NC 27606 | CREDITOR ID: 376106-44<br>MARY HINES ELEMENTARY<br>P O BOX 370<br>CHARENTON, LA 70525 |
| CREDITOR ID: 255691-12<br>MARY HOBBS<br>2900 SUNSET STREET<br>MONTGOMERY AL 36110 | CREDITOR ID: 255692-12<br>MARY HUDSON<br>203 OVERLOOK RD<br>GREENVILLE AL 36037-1425 | CREDITOR ID: 255693-12<br>MARY HUNTER<br>125 ROCK CREEK DRIVE<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 255696-12<br>MARY I HARRELL<br>4704 S BIRD ROAD<br>PLANT CITY FL 33567-0926 | CREDITOR ID: 255697-12<br>MARY INZERILLE<br>12636 3RD ISLE<br>HUDSON FL 34667 | CREDITOR ID: 255698-12<br>MARY JACKSON<br>159 WHITE STREET<br>#14 NEWTON TRAILER PARK<br>BUFFALO JUNCTION, VA 24529 |
| CREDITOR ID: 255699-12<br>MARY JANE WOJCIK<br>85 DE ARC PLACE<br>ATLANTA GA 30327 | CREDITOR ID: 255700-12<br>MARY JO MURPHY<br>8904 ZABEL WAY<br>FERN CREEK, KY 40291 | CREDITOR ID: 255701-12<br>MARY KACHMAR<br>2301 SOUTHLAND ROAD<br>MOUNT DORA FL 32757 |
| CREDITOR ID: 255702-12<br>MARY KIZZY CANTEY<br>7208 CLIFFORD DRIVE<br>COLUMBIA SC 29223 | CREDITOR ID: 255703-12<br>MARY L BRIDGES<br>313 BELLE CHASE COURT N<br>FAIRHOPE AL 36532 | CREDITOR ID: 255704-12<br>MARY L BURROUGHS<br>3226 FIRETHORN DRIVE<br>TUSCALOOSA AL 35405 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 255705-12
MARY L RUTLEDGE
156 WHITE CEDAR LANE
YORKTOWN VA 23693

CREDITOR ID: 255706-12
MARY LAWSON
1718 CLAREMOOR DRIVE
LOUISVILLE KY 40223

CREDITOR ID: 255707-12
MARY LEE BARROW
15837 NORTHSTONE DRIVE
HUNTERSVILLE, NC 28078

CREDITOR ID: 255708-12
MARY M MCPHEARSON
501 NORTH POINT PKWY APT 317
JACKSON MS 39211

CREDITOR ID: 255710-12
MARY MUESING
15432 KENNICOTT WAY
HUNTERSVILLE, NC 28078

CREDITOR ID: 255711-12
MARY PIPPIN
RT 1 BOX 539
MADISON FL 32340

CREDITOR ID: 255712-12
MARY PRICE
1231 LEE ROAD
CLAYTON, NC 27520

CREDITOR ID: 255713-12
MARY QUEEN OF HEAVEN SCHOOL
1130 DONALDSON
ERLANGER KY 41018

CREDITOR ID: 255714-12
MARY QUEEN OF PEACE SCHOOL
1515 W CAUSEWAY APPROACH
MANDEVILLE, LA 70471-3047

CREDITOR ID: 255715-12
MARY R GAFF
215 CHEROKEE TRAIL
MULBERRY FL 33860

CREDITOR ID: 255716-12
MARY RAMSEY
5319 N OAKS DRIVE
GREENSBORO NC 27455

CREDITOR ID: 255717-12
MARY RICHARD
2645 S OAK STREET
GRAMERCY LA 70052

CREDITOR ID: 255718-12
MARY SADLER
3919 STAEBLER AVENUE
LOUISVILLE KY 40207

CREDITOR ID: 255719-12
MARY STEINBACH
3799 S BANANA RIVER BLVD
APT 501
COCOA BEACH FL 32931

CREDITOR ID: 255720-12
MARY VICK
1456 ELDER ROAD
ROCK HILL SC 29732

CREDITOR ID: 255721-12
MARY W SMITH
9696 HAYNE BLVD
APT# 15M
NEW ORLEANS LA 70127

CREDITOR ID: 255724-12
MARY WOOD
6643 INVERARY LANE
SPRINGHILL FL 34606

CREDITOR ID: 255726-12
MARYAM AFSHAN
7891 JOHANSON STREET
# 203
PEMBROKE PINES FL 32024

CREDITOR ID: 255727-12
MARYANN JONES
251 N HERNANDO AVENUE
ARCADIA FL 34266

CREDITOR ID: 255728-12
MARYANN WALLACE
7870 SW 33RD TERRACE
MIAMI, FL 33155

CREDITOR ID: 267938-31
MARYESTHER ENTERPRISES INC
ATTN: MARY CURRY
6025 DEEP GREEN DR
SHELBY NC 28152-8743

CREDITOR ID: 255729-12
MARYGAIL U LATINO
113 STOCKFLETH STREET
APT G
BELLE CHASSE LA 70037

CREDITOR ID: 393747-58
MARYLAND & VIRGINIA MILK COOP
1985 ISAAC NEWTON SQUARE W
RESTON, VA 20190

CREDITOR ID: 255731-12
MARYLAND BIOCHEMICAL COMPANY INC
712 TOBACCO RUN DRIVE
BEL AIR MD 21015

CREDITOR ID: 255732-12
MARYLAND CHILD SUPPORT ACCOUNT
PO BOX 17396
BALTIMORE, MD 21297-1396

CREDITOR ID: 255725-12
MARY'S RANCH
16301 NW 122 AVE RR
HIALEAH GARDENS, FL 33016

CREDITOR ID: 255733-12
MARZETTI FROZEN PASTA INC
DEPT L - 974
COLUMBUS OH 43260

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 255734-12
MASIE A JOHNSON
219 WEST BARBEE AVENUE
ZEBULON NC 27597

CREDITOR ID: 255735-12
MASON HIGH SCHOOL BAND
770 MASON MONTGOMERY ROAD
MASON OH 45040

CREDITOR ID: 255736-12
MASON HISTORICAL SOCIETY
207 WEST CHURCH STREET
MASON OH 45040

CREDITOR ID: 255737-12
MASON LUMBER CO INC
ATTN: VESTER L MASON, CEO
PO BOX 1786
MONTGOMERY, AL 36102-1786

CREDITOR ID: 255738-12
MASON PTA
207 MASON MANATEE WAY
ST AUGUSTINE FL 32086

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 255739-12
MASON SHOPPING CENTER PARTNSHP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 255740-12
MASON VITAMINS
5105 NW 159TH STREET
MIAMI LAKES FL 33014

CREDITOR ID: 394719-57
MASON, ANGELA J
C/O DANIEL L HIGHTOWER
7 EAST SILVER SPRINGS BLVD #30
OCALA FL 34470

CREDITOR ID: 393644-55
MASON, BENNYE A
C/O: RUSSELL STEWART,ESQUIRE
RUSSELL STEWART
P.O. BOX 2542
PANAMA CITY FL 32402

CREDITOR ID: 390206-54
MASON, BENNYE A
2101 WEST HIGHWAY 390
APT 301
LYNN HAVEN FL 32444

CREDITOR ID: 386760-54
MASON, CHRISTOPHER
2501 KINGSPARK DR
APT D
CHARLOTTE NC 28208

CREDITOR ID: 391675-55
MASON, CHRISTOPHER
C/O: KRISTEN E SMEDLEY ESQ.
TIPPENS & ZUROSKY, LLP
P.O. BOX 37207
CHARLOTTE NC 28237

CREDITOR ID: 399765-84
MASON, JAMES
8075 QUEEN PALM LANE
#513
FORT MYERS FL 33912

CREDITOR ID: 386389-54
MASON, JOSEPH
P.O. BOX 852
ROSELAND LA 70456

CREDITOR ID: 403396-92
MASON, SUSAN
208 OAK STREET
RAYMOND MS 39154

CREDITOR ID: 387811-54
MASON, TAMMY
16301 NW 24TH AVENUE
OPA-LOCKA, FL 33056

CREDITOR ID: 392137-55
MASON, TAMMY
C/O LAW OFFICES OF DAVID FUCHS PA
8 SOUTHEAST 8TH STREET
FT. LAUDERDALE FL 33316

CREDITOR ID: 255741-12
MASSACHUSETTS DEPT OF REVENUE
PO BOX 55140
CHILD SUPPORT ENFORCEMENT DIV
BOSTON, MA 02205-5140

CREDITOR ID: 385768-54
MASSAKI, HANANE
1367 SPRINGFIELD STREET
KISSIMMEE, FL 34744

CREDITOR ID: 391040-55
MASSAKI, HANANE
C/O: BLANCA E SANCHEZ
GARFINKEL TRIAL GROUP
300 NORTH MAITLAND AVENUE
MAITLAND FL 32751

CREDITOR ID: 399540-82
MASSEE, JOSEPH
115 FAIRVIEW STREET
DECATUR  GA 30030

CREDITOR ID: 406938-MS
MASSEE, RICHARD H
612 FERRY ST.
ANDERSON SC 29260

CREDITOR ID: 385502-54
MASSENGALE, JOY
294 GREYSTONE HIGHLANDS CIR.
HOOVER, AL 35216

CREDITOR ID: 390802-55
MASSENGALE, JOY
C/O: DONALD H. BROCKWAY, JR.
DONALD H. BROCKWAY, JR.
850 FARLEY BUILDING
1929 THIRD AVE., NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 255742-12
MASSEY WHOLESALE COMPANY
PO BOX 548
DAWSON, GA 39842

CREDITOR ID: 256085-12
MASSEY, MEREDITH D
8948 HWY 613
MOSS POINT MS 39562

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387904-54<br>MASSEY, QUIANN<br>1490 CITY ST.<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 392187-55<br>MASSEY, QUIANN<br>C/O EDWIN M. SHORTY JR & ASSOCIATES<br>ATTN EDWIN M SHORTY JR, ESQ<br>4116 OLD GENTILLY ROAD, SUITE 101<br>NEW ORLEANS LA 70126 | CREDITOR ID: 406939-MS<br>MASSEY, ROLLIN W.<br>143 LAKE DAVID DR.<br>PICAYANE MS 39466 |
| CREDITOR ID: 255743-12<br>MASSEYS TRUCK & DIESEL SERVICE INC<br>2550 HWY 61 NORTH BYPASS<br>VICKSBURG MS 39183 | CREDITOR ID: 2397-07<br>MAST DRUG COMPANY<br>ROUTE 4 BOX 425<br>HENDERSON NC 27536 | CREDITOR ID: 255744-12<br>MASTER ADHESIVES INC<br>996 NORCROSS INDUSTRIAL CT<br>STE A<br>NORCROSS, GA 30071-2616 |
| CREDITOR ID: 381159-47<br>MASTER CREDIT CONSULTANTS INC<br>ATTN MICHAEL C BROWN, ESQ<br>23230 CHAGRIN BLVD, SUITE 940<br>CLEVELAND, OH 44122 | CREDITOR ID: 278988-32<br>MASTER FOODS<br>A DIVISION OF MARS, INC.<br>ATTN: ALTHEA GEORGES<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 395686-65<br>MASTER LAWN MAINTENANCE<br>PO BOX 5621<br>PLANT CITY, FL 33563 |
| CREDITOR ID: 255745-12<br>MASTER LOCK COMPANY<br>ATTN PATTY COOK<br>137 W FOREST HILL AVENUE<br>OAK CREEK WI 53154 | CREDITOR ID: 405132-95<br>MASTER LOCK COMPANY<br>PO BOX 100367<br>ATTN CREDIT DEPT<br>MILWAUKEE WI 53210 | CREDITOR ID: 255746-12<br>MASTER MACHINE & TOOL CO<br>PO BOX 277<br>2010 MOORES LANE<br>MULBERRY FL 33860-0277 |
| CREDITOR ID: 255747-12<br>MASTER PACKAGING INC<br>6932 SOUTH MANHATTAN AVENUE<br>TAMPA, FL 33616 | CREDITOR ID: 255749-12<br>MASTER SECURITY SERVICES CORP<br>18910 SE 32 COURT<br>MIRAMAR FL 33029 | CREDITOR ID: 279193-12<br>MASTER SECURITY SERVICES CORP.<br>ATTN: KAREN SANTINI<br>4698 NW 103RD AVENUE<br>SUNRISE  FL 33351 |
| CREDITOR ID: 255748-12<br>MASTER SECURITY SVC CORP&HENNESSEY<br>PO BOX 67000<br>DEPT # 261701<br>DETROIT MI 48267-2617 | CREDITOR ID: 255750-12<br>MASTER TILE EAST INC<br>DBA INTERCOASTAL TILE&STONE DIS<br>949A BEVILLE ROAD<br>SOUTH DAYTONA FL 32119 | CREDITOR ID: 403332-83<br>MASTER TRACE, INC<br>ATTN EUGENE MARCHESE, JR, PRES<br>4700 HIATUS ROAD, SUITE 355<br>SUNRISE FL 33351 |
| CREDITOR ID: 255751-12<br>MASTERCRAFT ASSOCIATES INC<br>1539 JIMJOHNSON ROAD<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 397692-99<br>MASTERFOODS/DIV OF MARS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397692-99<br>MASTERFOODS/DIV OF MARS INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 397692-99<br>MASTERFOODS/DIV OF MARS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 255752-12<br>MASTERLEO INC<br>PO BOX 63-3338<br>CINCINNATI OH 45263-3338 | CREDITOR ID: 255753-12<br>MASTERMAN'S INDUSTRIAL DIST<br>PO BOX 411<br>AUBURN, MA 01501-0411 |
| CREDITOR ID: 255754-12<br>MASTERS GALLERY FOODS INC<br>DEPT 77-2958<br>CHICAGO IL 60678-2958 | CREDITOR ID: 376120-44<br>MASTERS LAND MAINTENANCE<br>1109 SOUTH WIGGINS RD<br>PLANT CITY, FL 33566 | CREDITOR ID: 255755-12<br>MASTERS LAND MAINTENANCE<br>PO BOX 5621<br>PLANT CITY, FL 33563-0047 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 255756-12<br>MASTERS' SUPPLY INC<br>PO BOX 34337<br>LOUISVILLE, KY 40232-4337 | CREDITOR ID: 255757-12<br>MASTERSON CO<br>BIN #236<br>MILWAUKEE, WI 53288 | CREDITOR ID: 255759-12<br>MASTERTASTE<br>1960 HAWKINS CIR<br>LOS ANGELES CA 90001-2255 |
| CREDITOR ID: 255758-12<br>MASTERTASTE<br>150 DORSET ST# 199<br>SOUTH BURLINGTON, VT 05403 | CREDITOR ID: 255760-12<br>MASTERTASTE<br>PO BOX 409216<br>ATLANTA GA 30384 | CREDITOR ID: 255761-12<br>MASTRONARDI PRODUCE LTD<br>2100 ROAD 4 EAST<br>KINGSVILLE, ON N9Y 2E5<br>CANADA |
| CREDITOR ID: 405133-95<br>MASTRONARDI PRODUCE LTD<br>571 RENAUD ROAD<br>GROSSE POINTE WOODS 48236 | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE, INC<br>ATTNFRANK MASTRONARDI, CFO<br>2100 ROAD 4 EAST<br>KINGSVILLE ON N9Y 2E5<br>CANADA | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE, INC<br>C/O ROJAS SANTOS STOKES & GARCIA LLP<br>ATTN CRAIG STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 |
| CREDITOR ID: 255762-12<br>MATADOR DIST<br>2000 BERING DRIVE, SUITE 400<br>HOUSTON, TX 77057 | CREDITOR ID: 405134-95<br>MATADOR DIST<br>5858 WESTHEIMER ROAD<br>SUITE 105<br>HOUSTON TX 77057 | CREDITOR ID: 255763-12<br>MATAMA ENTERPRIZES INC<br>1 HARRIS CIRCLE<br>EDGEWATER, FL 32141 |
| CREDITOR ID: 405135-95<br>MATAMA ENTERPRIZES INC<br>1502 ATLANTIC AVENUE<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 255764-12<br>MATCO TOOLS<br>3228 WARREN CREEK DR<br>HIRAM, GA 30141 | CREDITOR ID: 255765-12<br>MATCO TOOLS DISTRIBUTOR<br>10872 TAMORON LANE<br>BOCA RATON FL 33498 |
| CREDITOR ID: 245356-12<br>MATEO, CHRISTOPHER M<br>8432 LANTANA DRIVE<br>LARGO, FL 33777-0351 | CREDITOR ID: 386782-54<br>MATEO, TAHIRIE<br>907 MW 110TH TERRACE<br>PLANTATION FL 33324 | CREDITOR ID: 391682-55<br>MATEO, TAHIRIE<br>C/O: JOAN DYMOND HORENSTEIN, ESQ.<br>THE LAW OFFICE OF JOAN DYMOND HORENSTEIN<br>4801 SOUTH UNIVERSITY DRIVE<br>SUITE 134<br>DAVIE FL 33328 |
| CREDITOR ID: 255766-12<br>MATER DOLOROSA CATHOLIC SCHOOL<br>PO BOX 380   509 PINE ST<br>INDEPENDENCE, LA 70443 | CREDITOR ID: 255767-12<br>MATERIAL HANDLING SYS<br>720 SW 4TH CT<br>DANIA, FL 33004-3803 | CREDITOR ID: 255768-12<br>MATERIALS TRANSPORTATION CO<br>PO BOX 260152<br>DALLAS TX 75326-0152 |
| CREDITOR ID: 400812-91<br>MATHENY, THOMAS<br>RT 2 BOX 238<br>MADISON FL 32340 | CREDITOR ID: 256883-12<br>MATHERNE, NANCY<br>PO BOX 119<br>SAINT AMANT, LA 70774 | CREDITOR ID: 255769-12<br>MATHESON TRI GAS INC<br>PO BOX 845502<br>DALLAS, TX 75284-5502 |
| CREDITOR ID: 255770-12<br>MATHEW LINTON<br>1105 CALDWELL LANE<br>NASHVILLE TN 37204 | CREDITOR ID: 394022-61<br>MATHEWS & KUNDID, INC. D/B/A<br>VOLUSIA REPORTING CO.<br>150 S. PALMETTO AVE. STE 101<br>DAYTONA BEACH, FL 32114 | CREDITOR ID: 248727-12<br>MATHEWS, EBONY<br>502 MILL COVE COURT<br>FAYETTEVILLE, NC 28314 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390289-54<br>MATHEWS, JUNIOR<br>2012 SECOND AVENUE NORTH<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 392890-55<br>MATHEWS, JUNIOR<br>C/O: TAMULA R. YELLING, ESQUIRE<br>MEELHEIM WILKINSON PC<br>2013 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 394176-56<br>MATHIECO, MARIE M<br>11852 SW 202 ST<br>MIAMI, FL 33177 |
| CREDITOR ID: 400365-85<br>MATHIECO, MARIE M<br>C/O JACK B. WOODARD<br>WOODARD & NORTH<br>9350 SOUTH DIXIE HIGHWAY<br>SUITE 1540<br>MIAMI FL 33156 | CREDITOR ID: 406940-MS<br>MATHIS, CRAIG H.<br>808 CRESTLINE DR.<br>MEXIA TX 76667 | CREDITOR ID: 385161-54<br>MATHIS, DAVID<br>1005 BELLA VISTA BLVD, APT 125<br>ST. AUGUSTINE, FL 32084-1250 |
| CREDITOR ID: 390510-55<br>MATHIS, DAVID<br>C/O: JOHN SHIPLEY<br>SEARCY, DENNEY, SCAROLA, BARNHART & SHIP<br>2139 PALM BEACH LAKES BLVD.<br>P. O. DRAWER 3626<br>W. PALM BEACH FL 33402-3626 | CREDITOR ID: 388899-54<br>MATHIS, MARY<br>1005 BELLA VISTA BLVD, APT 125<br>ST. AUGUSTINE, FL 32084-1250 | CREDITOR ID: 392819-55<br>MATHIS, MARY<br>C/O: JOHN A. SHIPLEY<br>SEARCY,DENNEY, SCAROLA, BARNHART & SHIP<br>2139 PALM BEACH LAKES<br>WEST PALM BEACH FL 33402 |
| CREDITOR ID: 388538-54<br>MATHIS, PENNY<br>2578 LOWELL AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 392614-55<br>MATHIS, PENNY<br>C/O FARAH FARAH & ABBOTT PA<br>ATTN KENNETH A. JENKINS<br>1845 UNIVERSITY BLVD N<br>JACKSONVILLE FL 32211 | CREDITOR ID: 278520-25<br>MATLOCK OAKS PARTNERS<br>PO BOX 660394<br>DALLAS TX 75266-0394 |
| CREDITOR ID: 387952-54<br>MATOS, WILFREDO<br>2264 OPAR DR.<br>ORLANDO, FL 32822 | CREDITOR ID: 392235-55<br>MATOS, WILFREDO<br>C/O: STEVEN I. BATTISTI, ESQUIRE<br>COHEN BATTISTI ATTORNEYS AT LAW<br>1920 N. ORANGE AVE<br>ORLANDO FL 32804 | CREDITOR ID: 382798-51<br>MATRA SYSTEMS<br>3335 BRECKENRIDGE BLVD, SUITE 120<br>DULUTH, GA 30096 |
| CREDITOR ID: 255771-12<br>MATRA SYSTEMS INC<br>3355 BRECKINRIDGE BLVD<br>STE 120<br>DULUTH, GA 30096 | CREDITOR ID: 405136-95<br>MATRA SYSTEMS INC<br>1600 EXECUTIVE DR S  STE 101<br>DULUTH GA 30096 | CREDITOR ID: 384227-47<br>MATRANA'S PRODUCE INC<br>201 LOUISIANA ST<br>WESTWEGO, LA 70094 |
| CREDITOR ID: 315696-36<br>MATRANA'S PRODUCE INC<br>ATTN CAMILE MATRANA JR, VP<br>201 LOUISIANA STREET<br>WESTWEGO LA 70094 | CREDITOR ID: 386667-54<br>MATRANGA, MICHAEL<br>4120 FOREST DRIVE<br>WESTON FL 33332 | CREDITOR ID: 391642-55<br>MATRANGA, MICHAEL<br>C/O G WILLIAM ALLEN JR ESQ<br>310 SE 13 STREET<br>FT. LAUDERDALE FL 33316 |
| CREDITOR ID: 255773-12<br>MATSON AMERICA TRANSP SVCES INC<br>ATTN LORI HUFF, ACCTG MGR<br>PO BOX 71-4491<br>COLUMBUS, OH 43271-4491 | CREDITOR ID: 255774-12<br>MATSON INTERMODAL SYSTEM<br>PO BOX 99074<br>CHICAGO IL 60693-0001 | CREDITOR ID: 255775-12<br>MATT BAILEY<br>912 FAIRVIEW STREET<br>ELIZABETNTON, TN 37643 |
| CREDITOR ID: 255776-12<br>MATT MARSHALL & CO<br>PO BOX 77357<br>GREENSBORO, NC 27417-7357 | CREDITOR ID: 376126-44<br>MATT S ODOM<br>300 S LAUREL AVENUE<br>ADEL, GA 31620 | CREDITOR ID: 382799-51<br>MATTA, MARK<br>16820 WOODLEAF ROAD<br>STRONGSVILLE, OH 44136 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406941-MS<br>MATTA, MARK W<br>13827 TORTUGA POINT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 269372-16<br>MATTAIR, VIVIAN<br>C/O BERNIE MAZAHERI<br>SMITH, FEDDELER, ET AL.<br>PO DRAWER 1089<br>LAKELAND, FL 33802 | CREDITOR ID: 255777-12<br>MATTEL TOYS<br>PO BOX 100125<br>ATLANTA, GA 30384-0001 |
| CREDITOR ID: 407645-15<br>MATTEL TOYS<br>AKA MATTEL SALES CORP<br>ATTN KATHLEEN SIMPSON-TAYLOR VP FIN<br>333 CONTINENTAL BLVD<br>EL SEGUNDO CA 90245-5012 | CREDITOR ID: 403494-15<br>MATTERN WHOLESALE FLORISTS<br>ATTN TINA W MATTERN<br>1857 LAKE GROVE LN<br>ORLANDO FL 32806 | CREDITOR ID: 278923-30<br>MATTERN WHOLESALE FLORISTS<br>1215 ATLANTA AVENUE<br>ORLANDO, FL 32806 |
| CREDITOR ID: 255779-12<br>MATTHEW BENDER & CO INC<br>PO BOX 7247-0178<br>PHILADELPHIA PA 19170-0178 | CREDITOR ID: 255780-12<br>MATTHEW C BALLARD<br>3232 MACK BALLARD ROAD<br>MAIDEN NC 28650 | CREDITOR ID: 255781-12<br>MATTHEW C CAMACHO<br>11102 64TH TERRACE N<br>SEMINOLE FL 33772 |
| CREDITOR ID: 255782-12<br>MATTHEW C GOODWIN<br>7205 WESTWORTH DRIVE<br>WILLOW SPRINGS NC 27592 | CREDITOR ID: 255783-12<br>MATTHEW D PORTER<br>4530 ARCIE ROAD<br>ORLANDO FL 32812 | CREDITOR ID: 255784-12<br>MATTHEW F PURVIS<br>7744 LUKOLI LANE<br>SARALAND AL 36571-8927 |
| CREDITOR ID: 255785-12<br>MATTHEW G PARVIN<br>8 TEKBA LANE<br>BEAUFORT SC 29902 | CREDITOR ID: 255786-12<br>MATTHEW J CAPPEL<br>3232 BASSWOOD LANE<br>CINCINNATI OH 45239 | CREDITOR ID: 255787-12<br>MATTHEW J TRAYLOR<br>1025A N TEMPLE AVENUE<br>STARKE FL 32091 |
| CREDITOR ID: 255788-12<br>MATTHEW KYLE<br>618 GARDENS PLACE<br>BIRMINGHAM AL 35216 | CREDITOR ID: 255789-12<br>MATTHEW M MURRAY<br>459 S BROADWAY STREET<br>LAWRENCE MA 01843 | CREDITOR ID: 255791-12<br>MATTHEW MELCHIORRE<br>5240 NE 26TH AVENUE<br>LIGHT HOUSE POINT FL 33064 |
| CREDITOR ID: 255792-12<br>MATTHEW R MCGOUGH<br>11703 JEFFERSON COMMONS CIRCLE<br>ORLANDO FL 32826 | CREDITOR ID: 255793-12<br>MATTHEW R SEXTON<br>302 DEVON ROAD<br>LAPLACE LA 70068 | CREDITOR ID: 255794-12<br>MATTHEW S GOLDSTEIN<br>3801 SW 13TH STREET<br># 105<br>GAINESVILLE FL 32608 |
| CREDITOR ID: 255795-12<br>MATTHEW W BOOTH<br>116 TEMPLE STREET<br>HAMPTON VA 23664 | CREDITOR ID: 255796-12<br>MATTHEW W CAYTON<br>5512 PLANTATION OAKS DRIVE<br>THEDORE AL 36582 | CREDITOR ID: 255797-12<br>MATTHEW W FORD<br>2014 LAS VEGAS TRAIL<br>NAVARRE FL 32566 |
| CREDITOR ID: 255798-12<br>MATTHEW W JACKSON<br>PO BOX 1104<br>FREMONT NC 27830 | CREDITOR ID: 255799-12<br>MATTHEW WEST<br>C/O JANICE WEST<br>1009 HENCHMAN COURT<br>KNIGHTDALE NC 27545 | CREDITOR ID: 255800-12<br>MATTHEW WILCOX<br>3709 49TH AVE N<br>ST PETERSBURG FL 33714 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255801-12<br>MATTHEWS CONSTRUCTION CO<br>210 FIRST AVE SOUTH<br>CONOVER NC 28613 | CREDITOR ID: 255802-12<br>MATTHEWS LOGISTICS<br>PO BOX 773076<br>HOUSTON TX 77215 | CREDITOR ID: 389908-54<br>MATTHEWS, BRANDY<br>385 UNION ST APT 54<br>BROOKSVILLE, FL 34601 |
| CREDITOR ID: 393447-55<br>MATTHEWS, BRANDY<br>C/O: JAY SINSLEY, ESQ<br>OMAR F. MEDINA<br>505 S. MAGNOLIA AVE<br>TAMPA FL 33606-2256 | CREDITOR ID: 394103-56<br>MATTHEWS, JENNIFER<br>2704 A BROADBERRY CIRCLE<br>APT A<br>BIRMINGHAM AL 35226 | CREDITOR ID: 393482-55<br>MATTHEWS, LAURA F<br>C/O JACOBS & GOODMAN<br>ATTN DEAN A REED, ESQ<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 389953-54<br>MATTHEWS, LAURA F<br>2625 OLD DIXIE HIGHWAY<br>KISSIMMEE, FL 34744 | CREDITOR ID: 406291-15<br>MATTHEWS, LINDA S<br>3239 FENCE LINE ROAD<br>FRANKSVILLE WI 53126 | CREDITOR ID: 388525-54<br>MATTHEWS, MELISSA<br>119 KENT LANE<br>RAYNE, LA 70578 |
| CREDITOR ID: 392603-55<br>MATTHEWS, MELISSA<br>C/O: CHRISTOPHER L. TRAHAN<br>CHRISTOPHER L. TRAHAN<br>220 NORTH AVENUE G<br>PO BOX 2122<br>CROWLEY LA 70527 | CREDITOR ID: 260856-12<br>MATTHEWS, SHEILA<br>1445 SAINT DENNIS STREET<br>NEW ORLEANS, LA 70122 | CREDITOR ID: 406942-MS<br>MATTHEWS, TOMMIE B.<br>P.O. BOX 130<br>ALMOND NC 28702 |
| CREDITOR ID: 257981-12<br>MATTHIS, PAMELA<br>42089 FIRETOWER ROAD<br>PONCHATOULA, LA 70454 | CREDITOR ID: 255803-12<br>MATTIE BISHOP<br>2630 MLK ROAD<br>ALICEVILLE AL 35442 | CREDITOR ID: 2398-07<br>MATTIE EQUITY, LLC<br>5850 FAYETTEVILLE ROAD, STE 20<br>DURHAM NC 27713 |
| CREDITOR ID: 255804-12<br>MATTIE J CALHOUN<br>224A E LAUREL AVENUE<br>GREENWOOD SC 29646 | CREDITOR ID: 255805-12<br>MATTIE LOU SWAIN<br>278 OAKDALE ROAD<br>BRANDON MS 39047 | CREDITOR ID: 255806-12<br>MATTIE POWELL<br>135 W PAMER STREET<br>GREENVILLE AL 36037 |
| CREDITOR ID: 406943-MS<br>MATTOX, EDWIN<br>2625 ANTEBELLUM DR.<br>MOBILE AL 36609 | CREDITOR ID: 389057-54<br>MATTOX, LILLIE<br>PO BOX 354<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 376856-44<br>MATTOX, RODNEY<br>ORL DIV STORE# 746<br>100 HOLLY TR<br>SEBRING, FL 33875 |
| CREDITOR ID: 399541-82<br>MATUS, MARLENE<br>930 SW 127 COURT<br>MIAMI  FL 33184 | CREDITOR ID: 255807-12<br>MATWORKS DBA JANITEX RUG<br>ATTN: BRIAN HOGAN<br>DEPT 5119<br>PO BOX 30000<br>HARTFORD, CT 06150-5119 | CREDITOR ID: 255808-12<br>MAUI PINEAPPLE CO LTD<br>PO BOX 45252<br>SAN FRANCISCO, CA 94145 |
| CREDITOR ID: 386271-54<br>MAULDIN, DELORES<br>6799 NE 55TH AVENUE<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 391390-55<br>MAULDIN, DELORES<br>C/O: BARRY B. GRAVES, P.A.<br>234 SOUTH MAIN STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 255809-12<br>MAUREEN A BARNES<br>11006 N HARDY<br>NEW ORLEANS LA 70127 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 255810-12
MAUREEN BOYLE
1409 SE 8TH AVENUE
205-B
DEERFIELD BEACH FL 33441-1204

CREDITOR ID: 255811-12
MAUREEN HICKS
831 VOCELLE AVENUE
SEBASTIAN, FL 32958

CREDITOR ID: 255812-12
MAUREEN KANANEN
7882 W MISS MAGGIE DRIVE
HOMOSASSA FL 34448

CREDITOR ID: 255813-12
MAUREEN P TURBE JESSIE
1613 MCCASKILL AVENUE #3
TALLAHASSEE FL 32301

CREDITOR ID: 255814-12
MAUREEN TRIMBLE
4620 KENVIL DRIVE
NORTH PORT FL 34288

CREDITOR ID: 255815-12
MAURICE ELEMENTARY SCHOOL
203 SOUTH ALBERT AVENUE
MAURICE LA 70555

CREDITOR ID: 255816-12
MAURICE K KIRKLAND
7816 FAWN VALLEY LANE
JACKSONVILLE, FL 32256

CREDITOR ID: 255817-12
MAURICE L BAUGH
314 WAX MYRTLE COURT
CARY NC 27513

CREDITOR ID: 255818-12
MAURICE R STIERS
1624 PECAN ROAD
REIDSVILLE NC 27320

CREDITOR ID: 255819-12
MAURICE SKURNIK
PO BOX 154
SAGAPONACK NY 11962

CREDITOR ID: 255820-12
MAURICE SPORTING GOODS
1910 TECHNY ROAD
NORTHBROOK, IL 60062

CREDITOR ID: 392304-55
MAURO, ALISSA J
C/O: DAVID W SINGER
DAVID W. SINGER & ASSOCIATES, P.A.
1011 S. FEDERAL HIGHWAY
HOLLYWOOD FL 33020

CREDITOR ID: 388030-54
MAURO, ALISSA J
1510 BARCELONA WAY
WESTON, FL 33327

CREDITOR ID: 399318-81
MAURONER (MINOR), MEGAN
612 ESPLANADE, BAY
ST. LOUIS, MS 39520

CREDITOR ID: 385348-54
MAURONER, MEGAN (MINOR)
612 ESPLANADE
BAY SAINT LOUIS, MS 39520

CREDITOR ID: 390655-55
MAURONER, MEGAN (MINOR)
C/O JOHNSON LAW FIRM, PLLC
ATTN R HAYES JOHNSON, JR, ESQ
1918 15TH ST
GULFPORT MS 39501

CREDITOR ID: 267939-31
MAURY SERVICE AUTH WTR TRTMNT
ATTN: ROBERT AKINS
130 OSAGE LN
LEXINGTON VA 24450

CREDITOR ID: 244952-12
MAUS, CHAD N
2311 JACOB DRIVE
CHALMETTE LA 70043

CREDITOR ID: 255821-12
MAUST ENTERPRISES INC
135 FAIRCHILD ROAD
MERIDIAN, MS 39307

CREDITOR ID: 255822-12
MAUST WOODWORKING
135 FAIRCHILD ROAD
MERIDIAN, MS 39307

CREDITOR ID: 255823-12
MAVERICK LOGISTICS
PO BOX 271357
FLOWER MOUND TX 75027

CREDITOR ID: 255824-12
MAVIS WILLINGHAM, TRUSTEE
PO BOX 1966
ANNISTON AL 36202

CREDITOR ID: 406234-G4
MAX DERBES INC REALTORS
5440 MOUNES STREET
SUITE 100 ELMWOOD BUSINESS PARK
NEW ORLEANS LA 70123

CREDITOR ID: 385924-54
MAX, CONSTANCE J
1310 ARECKI AVE
HOLLY HILL, FL 32117

CREDITOR ID: 391160-55
MAX, CONSTANCE J
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 255826-12
MAXELL CORP OF AMERICA
PO BOX 200325
PITTSBURGH, PA 15251-0325

CREDITOR ID: 382038-36
MAXELL CORP OF AMERICA
JOSEPH DE FEO
22-08 ROUTE 208
FAIR LAWN NJ 07410

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405140-95<br>MAXELL CORP OF AMERICA<br>DRAWER CS 100773<br>ATLANTA GA 30384-0773 | CREDITOR ID: 255827-12<br>MAXFIELD CANDY INC<br>ATTN: CURTIS BEESLEY<br>PO BOX 554<br>SALT LAKE CITY, UT 84101-0554 | CREDITOR ID: 382933-51<br>MAXICARE<br>5550 77 CENTER DRIVE, SUITE 380<br>CHARLOTTE, NC 28217 |
| CREDITOR ID: 255828-12<br>MAXIM CRANE WORKS<br>PO BOX 99610<br>CHICAGO IL 60690 | CREDITOR ID: 255829-12<br>MAXIMUM COMMUNICATIONS INC<br>117 WILLIAMS STREET<br>LOCKLAND, OH 45215 | CREDITOR ID: 255830-12<br>MAXIMUM LANDSCAPE INC<br>PO BOX 850754<br>MOBILE AL 36685 |
| CREDITOR ID: 255831-12<br>MAXINE MYRICKS<br>2241 BRECKINRIDGE ROAD<br>JACKSON MS 39204 | CREDITOR ID: 382930-51<br>MAXORPLUS<br>320 S. POLK STREET, SUITE 200<br>AMARILLO, TX 79101 | CREDITOR ID: 255825-12<br>MAX'S TRUCK TIRE REPAIRS<br>717 US 1 BIG COPPITT KEY<br>KEY WEST, FL 33040 |
| CREDITOR ID: 255832-12<br>MAXSON & ASSOC<br>PO BOX 240257<br>CHARLOTTE, NC 28224 | CREDITOR ID: 255833-12<br>MAXWELL SHEET METAL WORKS INC<br>PO BOX 1951<br>THOMASVILLE, GA 31799 | CREDITOR ID: 389854-54<br>MAXWELL, BETTY<br>3039 AVENUE J<br>APT 5<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 388752-54<br>MAXWELL, JEJUAN<br>2715 B BONAIR DRIVE<br>ORLANDO FL 32818 | CREDITOR ID: 376213-44<br>MAXWELL, MICHAEL<br>NOL DIV #1534<br>JITNEY JUNGLE<br>687 STUCKEY RD.<br>COLUMBIA, MS 39429 | CREDITOR ID: 255834-12<br>MAY ADVERTISING INTERNATIONAL LTD<br>ATTN MARY JOHNSON<br>PO BOX 40610<br>FT WORTH, TX 76140-0610 |
| CREDITOR ID: 405141-95<br>MAY ADVERTISING INTERNATIONAL LTD<br>P O BOX 161789<br>FORT WORTH TX 76161-1789 | CREDITOR ID: 255835-12<br>MAY SOUTH INC<br>1770 THE EXCHANGE<br>SUITE 140<br>ATLANTA GA 30339 | CREDITOR ID: 243308-12<br>MAY, BENJAMIN R<br>1127 HIGHWAY 51 NORTH<br>MADISON MS 39110 |
| CREDITOR ID: 245288-12<br>MAY, CHRIS<br>140 QUAIL RUN<br>PRATVILLE, AL 36067 | CREDITOR ID: 406944-MS<br>MAY, JOSEPH B.<br>512 SOPHIA ST.<br>RIVER RIDGE LA 70123 | CREDITOR ID: 406945-MS<br>MAY, LAWRENCE<br>4227 SNOWDON LANE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 256029-12<br>MAY, MELISSA C<br>PO BOX 972<br>FAIRFIELD, FL 32634 | CREDITOR ID: 397990-76<br>MAY, STACY<br>1206 BEAR CREEK ROAD, E., LOT 134<br>TUSCALOOSA, AL 35401 | CREDITOR ID: 386784-54<br>MAYA, JOSE<br>731 LAMBTON LANE<br>NAPLES FL 34104 |
| CREDITOR ID: 255836-12<br>MAYBELLINE INC<br>PO BOX 8805<br>LITTLE ROCK, AR 72231-8805 | CREDITOR ID: 382039-36<br>MAYBELLINE-GARNIER<br>OCTAVIA FULLER<br>PO BOX 8805<br>LITTLE ROCK AR 72231 | CREDITOR ID: 388266-54<br>MAYBERRY, MARIA<br>7905 AKRON AVENUE<br>HUDSON FL 34667 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 255837-12
MAYDA FERNANDEZ
1480 N W 29TH STREET
MIAMI FL 33142

CREDITOR ID: 387235-54
MAYEAUX, KENNETH
509 FARMINGTON RD
TARRYTOWN, LA 70056

CREDITOR ID: 391824-55
MAYEAUX, KENNETH
C/O EUGENE P. REDMANN, ESQ.
LAW OFFICES OF
821 BARONNE STREET
NEW ORLEANS LA 70113

CREDITOR ID: 381125-47
MAYER ELECTRIC FINANCIAL CORPORATION
PO BOX 1328
BIRMINGHAM, AL 35201-1328

CREDITOR ID: 376136-44
MAYER ELECTRIC SUPPLY COMPANY
ATTN ROBERT A COOPER, CR MGR
412 N FOSTER STREET
DOTHAN AL 36303

CREDITOR ID: 387167-54
MAYERS, FAYE
470 SOUTH MAIN STREET
BAXLEY, GA 31513

CREDITOR ID: 387167-54
MAYERS, FAYE
C/O KEITH M MORRIS LAW OFFICE
ATTN KEITH M MORRIS, ESQ
581 E PARKER STREET
BAXLEY GA 31513

CREDITOR ID: 391753-55
MAYERS, FAYE
C/O KEITH MORRIS
LAW OFFICE OF KEITH M. MORRIS
581 E. PARKER ST.
BAXLEY GA 31513

CREDITOR ID: 267940-31
MAYES SPECIALTIES INC
ATTN: JAMES MAYES
4807 CAMERON ST
LAFAYETTE LA 70506-1405

CREDITOR ID: 256875-12
MAYES, NANCY A
4933 TROUT RIVER BLVD
JACKSONVILLE, FL 32208

CREDITOR ID: 255840-12
MAYFAIR ELEMENTARY SCHOOL
9880 HYACINTHA AVE
BATON ROUGE, LA 70810

CREDITOR ID: 255841-12
MAYFIELD DAIRY FARMS
PO BOX 310
ATHENS, TN 37371-0310

CREDITOR ID: 405143-95
MAYFIELD DAIRY FARMS
PO BOX 101422
ATLANTA GA 30392-1422

CREDITOR ID: 382040-36
MAYFIELD DAIRY FARMS, INC.
DEAN'S FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKENNEY AVENUE STE 1200
DALLAS TX 75201

CREDITOR ID: 245156-12
MAYNARD, CHELA E
622 WILLNER CIRCLE
SANFORD FL 32771

CREDITOR ID: 264404-12
MAYNARD, WANDA
400 HONEYCUTT DRIVE
CONCORD, NC 28025

CREDITOR ID: 399684-YY
MAYNE
DEPT CH 17142
PALATINE IL 60055-7142

CREDITOR ID: 264199-12
MAYO, VIOLET
3380 BOPEG ROAD
CANTONMENT, FL 32533

CREDITOR ID: 267941-31
MAYODAN PUBLIC
ATTN: DAVID BAKER
104 W JEFFERSON ST
MAYODAN NC 27027-2442

CREDITOR ID: 392222-55
MAYORGA, AMELIA
C/O VALESKA C CHACON, ESQ
1699 CORAL WAY, SUITE 315
MIAMI FL 33145

CREDITOR ID: 387939-54
MAYORGA, AMELIA
11330 SW 157TH CT.
MIAMI, FL 33193

CREDITOR ID: 403333-83
MAYP CLINIC
4500 SAN PABLO RD.
JACKSONVILLE FL 32224

CREDITOR ID: 269303-16
MAYPORT WHOLESALE SEAFOOD, INC
D/B/A OCEAN GALLEY SEAFOOD
C/O LEE G. KELLISON
LINDELL, KELLISON & FARSON, PA
12276 SAN JOSE BOULEVARD, SUITE 126
JACKSONVILLE, FL 32223-8630

CREDITOR ID: 387160-54
MAYWEATHER, STEPHANIE
104 ROSETTA CT
CINCINNATI, OH 45246

CREDITOR ID: 391746-55
MAYWEATHER, STEPHANIE
C/O: STEPHAN D. MADDEN, ESQ.
STEPHAN D. MADDEN, ESQ.
601 MAIN ST., 3RD FL
CINCINNATI OH 45202

CREDITOR ID: 255842-12
MAZAMA SERVICE LLC/ROTO ROOTER
1215 BLOUNT AVENUE
GUNTERSVILLE, AL 35976

CREDITOR ID: 405144-95
MAZAMA SERVICE LLC/ROTO ROOTER
237 GUNTER AVENUE
SUITE B
GUNTERSVILLE AL 35976

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387297-54<br>MAZO, NATALIA<br>19783 NW 52 PL<br>MIAMI, FL 33055 | CREDITOR ID: 391881-55<br>MAZO, NATALIA<br>C/O: MICHAEL K. BREGMAN, ESQ.<br>ROSENBERG & ROSENBERG<br>2501 HOLLYWOOD BLVD<br>SUITE #110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 399843-84<br>MAZQUIARAN, VILMA<br>6375 W. 27TH AVE<br>BLDG 2 APT 202<br>HIALEAH FL 33016 |
| CREDITOR ID: 400293-85<br>MAZQUIARAN, VILMA<br>C/O BERNARD H. BUTTS<br>BERNARD H. BUTTS, JR., P.A.<br>1790 WEST 49TH STREET<br>HIALEAH FL 33012 | CREDITOR ID: 389370-54<br>MAZYCK, DEMETRIUS<br>3804 MONCRIEF ROAD<br>JACKSONVILLE FL 32209 | CREDITOR ID: 393164-55<br>MAZYCK, DEMETRIUS<br>C/O: JASON R. BOWER ESQ.<br>RAHAIM, WATSON, DEARING, BERRY & MOORE,<br>3127 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 406296-15<br>MAZZARELLA, LINDA<br>C/O LESSER LESSER LANDY & SMITH, PA<br>ATTN JOSHUA D FERRARO, ESQ<br>375 S COUNTRY ROAD, SUITE 220<br>PALM BEACH FL 33480 | CREDITOR ID: 255843-12<br>MAZZETTA COMPANY<br>4322 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 255844-12<br>MB IMPORTS INC<br>22 HARRY SHUPE BLVD<br>WHARTON NJ 07885 |
| CREDITOR ID: 2399-07<br>MB VENTURE LTD<br>C/O IRWIN H MILLER<br>PO BOX 46468<br>ST PETERSBURG FL 33741 | CREDITOR ID: 255845-12<br>MC CLANCY SEASONING COMPANY<br>ONE SPICE ROAD<br>FT MILL SC 29715 | CREDITOR ID: 376139-44<br>MC CORMICK CREDIT INC<br>PO BOX 100260<br>CONSUMER PRODUCTS DIV<br>ATLANTA, GA 30384 |
| CREDITOR ID: 255212-12<br>M-C SALES AND SERVICE INC<br>7020 INTERNATIONAL DRIVE<br>PO BOX 58658<br>LOUISVILLE KY 40268-0658 | CREDITOR ID: 399722-15<br>MCADAMS-NORMAN PROPERTIES II, LLC<br>ATTN THOMAS E NORMAN<br>PO BOX 32068<br>CHARLOTTE NC 28232 | CREDITOR ID: 255847-12<br>MCALESTER<br>5 EAST WASHINGTON<br>MCALESTER OK 74502-0578 |
| CREDITOR ID: 255848-12<br>MCALESTER VENTURE INC<br>PO BOX 640<br>BENTONVILLE, AR 72712 | CREDITOR ID: 389728-54<br>MCALISTER, KAY<br>206 NORTH LAKE DRIVE<br>APT 1501<br>WARNER ROBINS GA 31093 | CREDITOR ID: 393355-55<br>MCALISTER, KAY<br>C/O: THOMAS W. HERMAN , ESQ.<br>WESTMORELAND, PATTERSON & MOSELEY, LLP<br>201 SECOND ST SUITE 1150<br>P O BOX 1797<br>MACON GA 31202-1797 |
| CREDITOR ID: 255849-12<br>MCARTHUR DAIRY<br>PO BOX 932688<br>ATLANTA, GA 31193-2688 | CREDITOR ID: 405145-95<br>MCARTHUR DAIRY<br>PO BOX 101358<br>ATLANTA GA 30392-1358 | CREDITOR ID: 382041-36<br>MCARTHUR DAIRY, INC.<br>C/O DEAN'S FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 255850-12<br>MCAULEY HIGH SCHOOL<br>6000 OAKWOOD AVE<br>CINCINNATI OH 45224 | CREDITOR ID: 260808-12<br>MCAULEY, SHANNA R<br>860 COUNTY LINE ROAD<br>LAUREL HILL, FL 32567 | CREDITOR ID: 385613-54<br>MCBRIDE, JANICE<br>118 SOUTHWIND COVE<br>RICHLAND, MS 39218 |
| CREDITOR ID: 267942-31<br>MCBRUCE PROPERTIES LTD<br>ATTN: JIM MCCARTHY<br>3902 BURNS RD<br>NORTH PALM BEACH FL 33410-4217 | CREDITOR ID: 255851-12<br>MCCAIN FOODS<br>PO BOX 2464<br>CAROL STREAM, IL 60132-2464 | CREDITOR ID: 388887-54<br>MCCALISTER, SHARON E<br>1318 ALTMAN ROAD<br>JACKSONVILLE FL 32221 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR: WINN-DIXIE STORES, INC., ET AL.      CASE: 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 255852-12<br>MCCALL FARMS<br>6615 S IRBY STREET<br>EFFINGHAM SC 29541 | CREDITOR ID: 255853-12<br>MCCALL FARMS INC<br>PO BOX 60226<br>CHARLOTTE, NC 28260-0226 | CREDITOR ID: 405146-95<br>MCCALL FARMS INC<br>PO BOX 651224<br>CHARLOTTE NC 28265-1224 |
| CREDITOR ID: 397954-76<br>MCCALL, BEVERLY<br>1804 GOODYEAR AVENUE<br>BRUNSWICK, GA 31520 | CREDITOR ID: 389013-54<br>MCCALL, GARY<br>15730 NW 17 CT<br>OPA LOCKA, FL 33054 | CREDITOR ID: 392914-55<br>MCCALL, GARY<br>C/O: RONALD RODMAN<br>FRIEDMAN & RODMAN & FRANK, P.A.<br>3636 WEST FLAGLER ST.<br>MIAMI FL 33135 |
| CREDITOR ID: 399542-82<br>MCCALL, WENDELL D.<br>110 SHANGALA ROAD<br>BRUNSWICK GA 31520 | CREDITOR ID: 255854-12<br>MCCALLS GLASS CO INC<br>PO BOX 2710<br>1451 DONALDSON RD<br>GREENVILLE SC 29602 | CREDITOR ID: 381516-47<br>MCCANN, ERICA<br>JAX DIV STORE# 2262<br>430 PARK GLEN DRIVE<br>TAVARES FL 32778 |
| CREDITOR ID: 394307-56<br>MCCANN, PEARLIE<br>32305 BLANTON RD.<br>DADE CITY, FL 33525 | CREDITOR ID: 278983-30<br>MCCARRON & DIESS<br>ATTN: LOUIS W. DIESS<br>SUITE 310<br>4900 MASSACHUSETTS AVENUE, N.W.<br>WASHINGTON DC 20016 | CREDITOR ID: 279503-99<br>MCCARTHY & WHITE PLLC<br>ATTN: WILLIAM D WHITE<br>8180 GREENSBORO DR, STE 875<br>MCLEAN VA 22102 |
| CREDITOR ID: 406946-MS<br>MCCARTHY JR., TIMOTHY F.<br>2454 CAROLTON RD.<br>MAITLAND FL 32751 | CREDITOR ID: 391842-55<br>MCCARTHY, BARBARA<br>C/O HELLER & HELLER, PA<br>ATTN WILLIAM A HELLER, ESQ<br>2929 N UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 387256-54<br>MCCARTHY, BARBARA<br>11040 NW 39TH STREET<br>CORAL SPRINGS, FL 33065 |
| CREDITOR ID: 406947-MS<br>MCCARTHY, FREDERIC D.<br>124 ABERDEEN DR.<br>SLIDELL LA 70461 | CREDITOR ID: 402251-90<br>MCCARTHY, FREDERIC D.<br>C/O RONALD MCCARTHY<br>124 ABERDEEN DRIVE<br>SLIDELL LA 70461 | CREDITOR ID: 400112-84<br>MCCARTY, WAYNE<br>PO BOX 992<br>BRUNSWICK GA 31521 |
| CREDITOR ID: 388530-54<br>MCCARY, CHRISTINE<br>2162 WALKERS CHAPEL ROAD<br>FULTONDALE, AL 35068 | CREDITOR ID: 392608-55<br>MCCARY, CHRISTINE<br>C/O: ROLESSA PERDUE POWELL<br>LAW OFFICES OF ROLESSA PERDUE POWELL<br>PO BOX 39358<br>BIRMINGHAM AL 35208 | CREDITOR ID: 387769-54<br>MCCHESNEY, STACY<br>901 WEST SPRING STREET<br>WEATHERFORD TX 76086 |
| CREDITOR ID: 255855-12<br>MCCLAIN INDUSTRIES INC<br>PO BOX 180913<br>UTICA MI 48318 | CREDITOR ID: 399433-99<br>MCCLAIN LEPPERT & MANEY PC<br>ATTN: J CASEY/ROY/MICHAEL LEPPERT<br>711 LOUISIANA ST, STE 3100<br>HOUSTON TX 77002 | CREDITOR ID: 387671-54<br>MCCLAIN, ROOSEVELT<br>15401 NE 6TH AVE #B316<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 255856-12<br>MCCLANAHAN & CLEARMAN LLP &<br>JOE TORREZ<br>C/O MICHAEL M WADE ESQ<br>412 EAST CENTRAL AVENUE<br>BELTON TX 76513 | CREDITOR ID: 387672-54<br>MCCLASKY, CHARLES<br>2838 CAMEL CIRCLE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 392447-55<br>MCCLAY, ROBERT L<br>C/O: BRYAN K. BOYSAW<br>BRYAN BOYSAW & ASSOCIATES, PA<br>771 VILLAGE BLVD, STE 202<br>WEST PALM BEACH FL 33409 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388332-54<br>MCCLAY, ROBERT L<br>7757 BLACKWOOD LANE<br>LAKE WORTH, FL 33467 | CREDITOR ID: 255857-12<br>MCCLELLAN TRUCK LINES<br>ATTN ARTHUR L MCCLELLAN, CEO<br>PO BOX 1327<br>TIFTON, GA 31793-1327 | CREDITOR ID: 407603-15<br>MCCLELLAN TRUCK LINES<br>ATTN NICK MCCLELLAN, PRESIDENT<br>PO BOX 1327<br>TIFTON GA 31793 |
| CREDITOR ID: 406948-MS<br>MCCLELLAN, JAMES L.<br>314 LAZY STREET<br>ANDERSON SC 29626 | CREDITOR ID: 406948-MS<br>MCCLELLAN, JAMES L.<br>C/O JONES LAW FIRM<br>ATTN STEPHEN G POTTS<br>PO BOX 987<br>ANDERSON SC 29622 | CREDITOR ID: 256290-12<br>MCCLELLAN, MICHELLE<br>5255 WEXFORD LANE APT A<br>NORCROSS GA 30071 |
| CREDITOR ID: 244406-12<br>MCCLENDON, CAMELIA<br>904 S HUGHES AVENUE<br>FORT WORTH TX 76105 | CREDITOR ID: 387755-54<br>MCCLENEY, PATRICK<br>1044 ROCKY BROOK TRAIL<br>BIRMINGHAM AL 35214 | CREDITOR ID: 389812-54<br>MCCLUNEY, RITA<br>103 PERSIMMON DRIVE<br>APT B<br>GROVER NC 28073 |
| CREDITOR ID: 386290-54<br>MCCLUNG, THEODORE<br>64 LOUIS PRIESTER<br>MONTGOMERY AL 36110 | CREDITOR ID: 390397-54<br>MCCLUNG, TINA M<br>351 COUNTY ROAD 715<br>BURLESON TX 76028 | CREDITOR ID: 406949-MS<br>MCCLURE, JACK W.<br>113 EASTERN FORK<br>LONGWOOD FL 32750 |
| CREDITOR ID: 259834-12<br>MCCLUSKEY, ROBIN K<br>1345 COUNTY ROAD 43<br>PRATTVILLE, AL 36067 | CREDITOR ID: 255858-12<br>MCCOLLISTERS<br>PO BOX 48106<br>NEWARD NJ 07101 | CREDITOR ID: 258092-12<br>MCCOLLUM, PAT<br>121 CO ROAD 165<br>AUTAUGAVILLE, AL 36003 |
| CREDITOR ID: 255859-12<br>MCCOMB ASSOCIATES<br>C/O FLETHCHER BRIGHT CO<br>1827 POWERS FERRY ROAD<br>BUILDING # 13<br>ATLANTA, GA 30339 | CREDITOR ID: 381410-47<br>MCCONKEY, BLAKE H<br>7812 OAK FOREST DR<br>PENSACOLA, FL 32514 | CREDITOR ID: 240809-10<br>MCCONKEY, BLAKE H<br>MTG DIVISION<br>7812 OAK FOREST DR<br>PENSACOLA FL 32514 |
| CREDITOR ID: 384013-47<br>MCCONKEY, BLAKE H<br>MTG DIV STORE 556, ID 108928<br>7812 OAK FOREST DR<br>PENSACOLA, FL 32514 | CREDITOR ID: 394063-61<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | CREDITOR ID: 406950-MS<br>MCCOOK, RICHARD P.<br>13815 DEER CHASE PLACE<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 406951-MS<br>MCCORGUODALE, JIMMY<br>616 SHADWOOD LANE<br>RALEIGH NC 27603 | CREDITOR ID: 383093-51<br>MCCORMICK & CO.<br>211 SCHILLING CIRCLE<br>HUNT VALLEY, MD 21031 | CREDITOR ID: 399387-99<br>MCCORMICK & COMPANY INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: DANIEL J CARRIGAN<br>1200 19TH ST, NW, STE 800<br>WASHINGTON DC 20036 |
| CREDITOR ID: 399387-99<br>MCCORMICK & COMPANY INC<br>ATTN: AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 | CREDITOR ID: 255860-12<br>MCCORMICK CREDIT INC<br>PO BOX 100260<br>CONSUMER PRODUCTS DIV<br>ATLANTA, GA 30384 | CREDITOR ID: 405147-95<br>MCCORMICK CREDIT INC<br>2295 COLLECTIONS CTR DR<br>CHICAGO IL 60693 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255861-12<br>MCCORMICK EQUIPMENT CO INC<br>PO BOX 631504<br>CINCINNATI OH 45263-1504 | CREDITOR ID: 403828-94<br>MCCORMICK, JAMES K<br>640 MANNINGTON PLACE<br>LEXINGTON KY 40503 | CREDITOR ID: 391964-55<br>MCCORMICK, MARY A<br>C/O DARRIGO & DIAZ<br>4503 NORTH ARMENIA AVE.<br>SUITE 101<br>TAMPA FL 33603 |
| CREDITOR ID: 387405-54<br>MCCORMICK, MARY A<br>2508 E HANNA AVE., #309<br>TAMPA, FL 33610 | CREDITOR ID: 259634-12<br>MCCORMICK, RICK<br>2511 BROOKWOOD ROAD<br>RICHMOND, VA 23235 | CREDITOR ID: 387413-54<br>MCCORMICK, WILLIE W SR.<br>6525 SHORT CUT RD. APT 4<br>MOSS POINT, MS 39563 |
| CREDITOR ID: 406952-MS<br>MCCOSHAM, CATHY<br>7978 BUCKLAND DR.<br>CINNCINNATTI OH 45249 | CREDITOR ID: 389273-54<br>MCCOWN, CHRYSTAL<br>111 NE 6TH<br>IDABEL OK 74745 | CREDITOR ID: 255862-12<br>MCCOY TIRES & SERVICE<br>6617 AIRLINE HWY<br>METAIRIE LA 70003-5114 |
| CREDITOR ID: 244018-12<br>MCCOY, BRITTANY T<br>9 ACADEMY STREET<br>WILLIAMSTON SC 29697 | CREDITOR ID: 245359-12<br>MCCOY, CHRISTOPHER<br>951 MIDVALE AVENUE<br>ROCK HILL SC 29730 | CREDITOR ID: 246997-12<br>MCCOY, COREY L<br>PO BOX 379<br>ZELLWOOD FL 32798 |
| CREDITOR ID: 406953-MS<br>MCCOY, DENNIS R.<br>150 CROSSWINDS ST.<br>GREER SC 29650 | CREDITOR ID: 374811-44<br>MCCOY, ELIZABETH<br>6801 STONE MTN ROAD<br>LENOIR, NC 28645 | CREDITOR ID: 250435-12<br>MCCOY, GEORGE D<br>2521 VIRGINIAN COLONY<br>LA PLACE, LA 70068 |
| CREDITOR ID: 256015-12<br>MCCOY, MEL<br>115 LAKE HILL PLACE<br>BRANDON, MS 39047 | CREDITOR ID: 407545-15<br>MCCRAE, WILLIE<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 397991-76<br>MCCRAE, WILLIE<br>PO BOX 171<br>HILLIARD, FL 32046 |
| CREDITOR ID: 269643-19<br>MCCRAE, WILLIE<br>ATTN: VERONICA ANDERSON<br>1350 ORANGE AVENUE SUITE 230<br>WINTER PARK FL 32789 | CREDITOR ID: 385340-54<br>MCCRANEY, DANIEL<br>332 WOODLAND AVE<br>DAYTONA BEACH, FL 32118 | CREDITOR ID: 390648-55<br>MCCRANEY, DANIEL<br>C/O: MARLA J. RAWNSLEY, ESQUIRE<br>VASILAROS & POLITIS, P.A.<br>154 SOUTH HALIFAX AVE<br>DAYTONA FL 32118 |
| CREDITOR ID: 387274-54<br>MCCRAY, JACQUELINE<br>15730 NW 28TH PLACE<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 391859-55<br>MCCRAY, JACQUELINE<br>C/O: MS. HELEN ALYSANDRATOS<br>LAW OFFICES ROSEN & ROSEN, P.A.<br>4000 HOLLYWOOD BLVD.<br>STE. 725-SOUTH<br>HOLLYWOOD FL 33021 | CREDITOR ID: 255863-12<br>MCCRORY BROTHERS<br>76 RICHARDSON ROAD<br>COLUMBUS, MS 39702 |
| CREDITOR ID: 255864-12<br>MCCRORY CONTROLS INC<br>2499 ESLAVA CREEK PKWY<br>MOBILE, AL 36606-2036 | CREDITOR ID: 255865-12<br>MCCUE CORPORATION<br>PO BOX 843070<br>BOSTON, MA 02284-3070 | CREDITOR ID: 405148-95<br>MCCUE CORPORATION<br>P O BOX 970027<br>BOSTON MS 02297-0027 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 255866-12
MCCULLOUGH & CO INC
ATTN: EDUARDO DELGADO, PRES
PO BOX 4943
KEY WEST, FL 33041

CREDITOR ID: 255867-12
MCCULLOUGH ELECTRIC MOTOR SVC
521 EDGEWOOD AVE SE
ATLANTA GA 30312

CREDITOR ID: 255790-12
MCCULLOUGH, MATTHEW
10015 N LOLA STREET
TAMPA, FL 33612

CREDITOR ID: 386046-54
MCCULLOUGH, VIRGINIA
2900 CAMPBELL ST
PALATKA, FL 32177

CREDITOR ID: 391248-55
MCCULLOUGH, VIRGINIA
C/O: RICHARD A STAGGARD ESQ
FARAH, FARAH, & ABBOTT, P.A.
1301 PLANTATION ISLAND DRIVE
SUITE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 255868-12
MCCULLOUGHS INC
CRYSTAL WATER
PO BOX 4943
KEY WEST FL 33041

CREDITOR ID: 385395-54
MCCULLUM, NATHANIEL
2234 LILLY ST
HOLLYWOOD, FL 33020

CREDITOR ID: 390702-55
MCCULLUM, NATHANIEL
C/O: GREGG SILVERSTEIN
SILVERSTEIN, SILVERSTEIN & SILVERSTEIN,
20801 BISCAYNE BLVD.
SUITE 504
AVENTURA FL 33180-1422

CREDITOR ID: 255869-12
MCCURDY-WALDEN INDUSTRIES
ATTN D E WALDEN, PRES
5267 COMMONWEALTH AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 385152-54
MCCURTY III, CLYDE
PO BOX 1051
BAY SPRINGS, MS 39422

CREDITOR ID: 393533-55
MCCURTY, CLYDE III
C/O: THOMAS S. MOORE, ESQUIRE
SHUTTLESWORTH & MOORE
104 23RD STREET SOUTH, SUITE 1
BIRMINGHAM AL 35233

CREDITOR ID: 389173-54
MCDADE, CHARLEEN
468 DACIAN RD.
RALEIGH, NC 27610

CREDITOR ID: 245048-12
MCDANIEL, CHARLES L
7126 KIRKLAND ROAD
BREWTON AL 36426

CREDITOR ID: 390707-55
MCDANIEL, ESTATE OF LUMISHA
C/OMICHAEL W PATRICK LAW OFFICE
ATTN MICHAEL PATRICK, ESQ
PO BOX 16848
CHAPEL HILL NC 27516

CREDITOR ID: 406954-MS
MCDANIEL, JOHN A.
590 S. INDIGO RD.
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 385400-54
MCDANIEL, LUMISHA
4364 HIGHWAY 201 SOUTH
FAYETTEVILLE, NC 28301

CREDITOR ID: 255870-12
MCDAVID TYPEWRITER SVC
4304 PLYMOUTH ST
JACKSONVILLE FL 32205-7114

CREDITOR ID: 249166-12
MCDDOWELL, ESTATE OF WALTER
2110 LYNCH STREET
JACKSON MS 39209

CREDITOR ID: 389019-54
MCDERMOTT, CATHERINE
9625C 15 BAY ST
NORFOLK, VA 23518

CREDITOR ID: 392920-55
MCDERMOTT, CATHERINE
C/O: CHARLES BASHARA
BASHARA & HUBBARD
414 W. BUTE STREET
NORFOLK VA 23510

CREDITOR ID: 385694-54
MCDERMOTT, SHIRLEY
7433 QUAIL RIDGE DR
PINSON, AL 35126

CREDITOR ID: 390975-55
MCDERMOTT, SHIRLEY
C/O THE DUFFEE FIRM LLC
ATTN CECIL G DUFFEE III, ESQ
400 BERRY BUILDING
2015 SECOND AVENUE NORTH, SUITE 400
BIRMINGHAM AL 35203

CREDITOR ID: 255871-12
MCDONALD SERVICES INC
PO BOX 561238
CHARLOTTE NC 28256-1238

CREDITOR ID: 255872-12
MCDONALD SIGNET LIMITED
PO BOX 794
SAN MARCOS, TX 78667-0794

CREDITOR ID: 244543-12
MCDONALD, CARL H
3700 A SCHILLINGER ROAD N, LOT 3
SEMMES AL 36575

CREDITOR ID: 375062-44
MCDONALD, GERTRUDE
SAVE RITE MTG STORE # 2620
5 RIVERVIEW COVE
BYRAM, MS 39272

CREDITOR ID: 382802-51
MCDONALD, JAMES
6 VERONESE DRIVE
GREENVILLE, SC 29609

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406955-MS<br>MCDONALD, JAMES E.<br>169 OWENS RD.<br>PIEDMONT SC 29673 | CREDITOR ID: 400817-91<br>MCDONALD, PANSY H.<br>734 SUNFLOWER RD<br>ROCHELLE GA 31079 | CREDITOR ID: 406956-MS<br>MCDONALD, THOMAS E.<br>42 HERITAGE DR.<br>LAKE WYLIE SC 29710 |
| CREDITOR ID: 400186-86<br>MCDONALD, VIRGINIA<br>NORYCH AND TALLIS,  3111UNIVERSITY DR., #608<br>CORAL SPRINGS  FL 33065 | CREDITOR ID: 397231-67<br>MCDONALD'S<br>2111 MC DONALD'S DR., DEPT 212<br>OAK BROOK, IL 60523 | CREDITOR ID: 255873-12<br>MCDONALDS CORPORATION<br>800 COMMERCE DR<br>DEPT 212<br>OAK BROOK IL 60523 |
| CREDITOR ID: 255874-12<br>MCDONALDS CORPORATION<br>REF ACCT DEPT 212<br>211 MCDONALDS DRIVE<br>OAK BROOK, IL 60523 | CREDITOR ID: 255875-12<br>MCDONOGH 35 SENIOR HIGH SCHOOL<br>1331 KERLEREC ST<br>NEW ORLEANS, LA 70116 | CREDITOR ID: 255876-12<br>MCDONOUGH 5-6 ORIOLES<br>225 VANESS DRIVE<br>MCDONOGH GA 30253 |
| CREDITOR ID: 384229-47<br>MCDONOUGH EQUIPMENT CO INC<br>5011 NORTH HIATUS ROAD<br>SUNRISE FL 33351 | CREDITOR ID: 405149-95<br>MCDONOUGH EQUIPMENT CO INC<br>1660 NW 19TH AVENUE<br>POMPANO BEACH FL 33069 | CREDITOR ID: 255878-12<br>MCDONOUGH MARKETPLACE PARTNERS<br>BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 405150-95<br>MCDONOUGH MARKETPLACE PARTNERS<br>418 SCOTT STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 386494-54<br>MCDOUGLE, JAMES<br>515 SOUTH SMITHFIELD STREET<br>SELMA NC 27576 |
| CREDITOR ID: 391536-55<br>MCDOUGLE, JAMES<br>C/O: BENJAMIN COCHRAN<br>HARDISON & LEONE LLP<br>PO BOX 27843<br>RALEIGH NC 27611 | CREDITOR ID: 255879-12<br>MCDOWELL COUNTY TAX COLLECTOR<br>60 EAST COURT STREET<br>COUNTY ADMINISTRATION BUILDING<br>PROPERTY TAX<br>MARION NC 28752-4041 | CREDITOR ID: 318062-42<br>MCDOWELL COUNTY TAX COLLECTOR<br>COUNTY ADMINISTRATION BUILDING<br>MARION NC 28752-4041 |
| CREDITOR ID: 255880-12<br>MCDOWELL HOSPITAL REHAB SERVICES<br>348 GRACE CORPENING DR STE A<br>MARION NC 28752 | CREDITOR ID: 388971-54<br>MCDOWELL, CASSANDRA<br>1100 NW 24TH AVE.<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 392875-55<br>MCDOWELL, CASSANDRA<br>C/O DELL & SCHAEFER, PA<br>ATTN MALCOLM A PUROW, ESQ<br>2404 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 377065-44<br>MCDOWELL, SHIRLEY<br>4000 MT HILL RD<br>DANVILLE, VA 27305 | CREDITOR ID: 240564-06<br>MCDUFFIE COUNTY BOARD OF COMMISSNER<br>337 MAIN STREET<br>THOMSON GA 30824 | CREDITOR ID: 262853-12<br>MCDUFFIE PROGRESS, THE<br>PO BOX 1090<br>101 CHURCH STREET<br>THOMSON, GA 30824-1090 |
| CREDITOR ID: 255883-12<br>MCDUFFIE REGIONAL MEDICAL CENTER<br>ATTN TAMMY WALLACE<br>521 HILL ST SW<br>THOMSON, GA 30824 | CREDITOR ID: 255884-12<br>MCDUFFIE SQUARE L P<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 1584-07<br>MCDUFFIE SQUARE L P<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397910-76<br>MCDUFFIE, LATANYA<br>3103 BUCK HORN COVE<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 255885-12<br>MCELROY PLUMBING & HEATING CO<br>ATTN SHANNON A MCELROY<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 | CREDITOR ID: 384230-47<br>MCELROY PLUMBING & HEATING CO<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 |
| CREDITOR ID: 260572-12<br>MCELROY, SCOTT A<br>600 CHIPPENDALE CT<br>BOWLING GREEN KY 42103 | CREDITOR ID: 391718-55<br>MCENOUGH-WATSON, IOLYN ELAINE<br>C/O DONALD S GOLDRICH ESQ<br>3200 NE 14 STREET<br>POMPANO BEACH FL 33062 | CREDITOR ID: 387133-54<br>MCENOUGH-WATSON, IOLYN ELAINE<br>5347 NW 126 DRIVE<br>CORAL SPRINGS, FL 33076 |
| CREDITOR ID: 387576-54<br>MCEWEN, BONNIE<br>2325 NORTH REYNOLDS AVENUE<br>CRYSTAL RIVER FL 34428 | CREDITOR ID: 391871-55<br>MCFADDEN, HERMAN A<br>C/O MORGAN & MORGAN PA<br>ATTN DONNY OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 387286-54<br>MCFADDEN, HERMAN A<br>4522 JADE DRIVE EAST<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 389335-54<br>MCFADDEN, LANCE<br>6052 LACEWOOD CIRCLE<br>LAKE WORTH FL 33462 | CREDITOR ID: 393147-55<br>MCFADDEN, LANCE<br>C/O: ROSENTHAL<br>ROSENTHAL  & WEISSMAN P.D.<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 243958-12<br>MCFARLIN, BRIAN E<br>7137 NATCHEZ COURT<br>NORTH PORT, FL 34287 |
| CREDITOR ID: 255886-12<br>MCG ELECTRONICS INC<br>PO BOX 654959<br>MIAMI, FL 33265-4959 | CREDITOR ID: 390292-54<br>MCGANN, VERION<br>4720 NW 12TH COURT<br>LAUDERHILL, FL 33313 | CREDITOR ID: 390742-55<br>MCGANN, VERION<br>C/O: MARY CANTWELL<br>MARKCITY, ROTHMAN & CANTWELL, P.A.<br>PENTHOUSE III<br>8211 WEST BROWARD BOULEVARD<br>PLANTATION FL 33324 |
| CREDITOR ID: 376576-44<br>MCGARITY, PENNY<br>JAX DIV STORE# 20<br>2339 SW 31 PLACE APT 3<br>GAINESVILLE, FL 32608 | CREDITOR ID: 386927-54<br>MCGARY, JAMES<br>2641 TROLLIE LANE, APT #5<br>JACKSONVILLE FL 32211 | CREDITOR ID: 386723-54<br>MCGEE, LINDA<br>3525 HUGHES ROAD<br>CLOVER SC 29710 |
| CREDITOR ID: 255887-12<br>MCGEEVER & ASSOCIATES INC<br>PO BOX 364<br>CLAYTON NC 27520 | CREDITOR ID: 386778-54<br>MCGHEE, EBONY<br>P.O BOX 961<br>MILLBROOK AL 36054 | CREDITOR ID: 256247-12<br>MCGHEE, MICHAEL<br>3660 POLLARD DR<br>MILLBROOK AL 36054 |
| CREDITOR ID: 243607-12<br>MCGILBERRY, BLAKE<br>141 WRIGHT STREET #4<br>AUBURN AL 36830 | CREDITOR ID: 248932-12<br>MCGILL, ELSIE<br>102 BRIARWOOD LANE<br>UNION, SC 29379 | CREDITOR ID: 250436-12<br>MCGILL, GEORGE D<br>16648 73RD COURT NORTH<br>LOXAHATCHEE, FL 33470 |
| CREDITOR ID: 247840-12<br>MCGINLEY, DEBORAH<br>163 ANITA DR<br>PANAMA CITY, FL 32404 | CREDITOR ID: 255888-12<br>MCGINN WINDSHIELD PECK REPAIR<br>719 AL HWY 143<br>ELMORE, AL 36025 | CREDITOR ID: 243924-12<br>MCGINNIS, BRENT L<br>6203 WEBB BRIDGE COURT<br>ALPHARETTOY GA 30004 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**
**CASE: 05-03817-3F1**

CREDITOR ID: 406957-MS
MCGINTY, STEVEN M
1488 COURSE VIEW DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 406958-MS
MCGIVARY, BENJAMIN F.
4420 LEOTA DR.
RALEIGH NC 27603

CREDITOR ID: 387563-54
MCGIVNEY, TINA
2063 6TH ST
SLIDELL LA 70458

CREDITOR ID: 392061-55
MCGIVNEY, TINA
C/O: BEN CLAYTON
BEN E CLAYTON, ATTY AT LAW
SUITE C, 1425 FREMAUX AVE
SLIDELL LA 70458

CREDITOR ID: 255889-12
MCGLINCHEY STAFFORD
PO BOX 60643
NEW ORLEANS, LA 70160

CREDITOR ID: 398217-74
MCGLINCHEY STAFFORD
ATTN: FREDRICK E. PREIS
643 MAGAZINE STREET
NEW ORLEANS LA 70130

CREDITOR ID: 255890-12
MCGOFF BETHUNE INC
5970 UNITY DRIVE
SUITE A
NORCROSS GA 30071

CREDITOR ID: 385877-54
MCGOUGAN, CYNTHIA
228 PERCH DRIVE
FAYETTEVILLE, NC 28306

CREDITOR ID: 400818-91
MCGOUGH, RICHARD M
1274 WALKER CR
AUBURN AL 36830

CREDITOR ID: 386082-54
MCGOVERN, RICHARD
3 PERSIMMON RIDGE DRIVE
BELLEVILLE IL 62223

CREDITOR ID: 399544-82
MCGOWAN, CATHY
5200 MANNING STREET
MERIDAN MS 39307

CREDITOR ID: 391947-55
MCGOWAN, DOROTHY M
C/O CRAWLEY LAW OFFICES
ATTN MICHAEL CRAWLEY STEELE, ESQ
PO BOX 1695
KOSCIUSKO MS 39090

CREDITOR ID: 387382-54
MCGOWAN, DOROTHY M
6721 GEORGE WASHINGTON DR
JACKSON, MS 39213

CREDITOR ID: 386875-54
MCGOWAN, TRINITY
104-D WINDYWOOD DRIVE
MONTGOMERY AL 36108

CREDITOR ID: 391698-55
MCGOWAN, TRINITY
C/O: CATHY DONOHOE
DONOHOE & STAPLETON, LLC
ONE DEXTER AVE
MONTGOMERY AL 36104

CREDITOR ID: 279030-32
MCGRATH NORTH MULLIN & KRATZ PC LLO
ATTN: JAMES NIEMEIER
FIRST NATIONAL TOWER - SUITE 3700
1601 DODGE STREET
OMAHA NE 68102

CREDITOR ID: 389699-54
MCGRAW, RICHARD
4229 NW 43RD STREET, #K88
GAINESVILLE FL 32606

CREDITOR ID: 393338-55
MCGRAW, RICHARD
C/O: GARY FERNANDES
DAVIS & FERNANDES, SR., P.A.
4432 NW 23RD AVE., STE. 9
GAINSVILLE FL 32606

CREDITOR ID: 406959-MS
MCGRAW, WILLIAM
9327 ANCIENT OAKS DR.
OOTEWAH TN 37363

CREDITOR ID: 389921-54
MCGREGOR, ALTHEA
7940 NW 18TH COURT
MIAMI, FL 33147

CREDITOR ID: 393459-55
MCGREGOR, ALTHEA
C/O: MARK N. HIRSCH, ESQUIRE
TEMPLER & HIRSCH
20801 BISCAYNE BLVD #400
MIAMI FL 33180

CREDITOR ID: 255893-12
MCGRIFF TIRE COMPANY INC
1111 PUTMAN DRIVE N W
HUNTSVILLE AL 35816

CREDITOR ID: 376155-44
MCGRIFF TRANSPORTATION, INC
PO BOX 1148
CULLMAN, AL 35056

CREDITOR ID: 255894-12
MCGRIFF TRANSPORTATION, INC
ATTN JEFF MCGRIFF
PO BOX 1148
CULLMAN, AL 35056

CREDITOR ID: 255894-12
MCGRIFF TRANSPORTATION, INC
C/O ST JOHN & ST JOHN, LLC
ATTN FINIS E ST JOHN, ESQ
PO BOX 2130
CULLMAN AL 35056

CREDITOR ID: 407515-93
MCGRIFF, KAYDETTE
C/O DICK GRECO, JR., ESQ.
MORGAN AND MORGAN, PA
101 E. KENNEDY BOULEVARD
SUITE 1790
TAMPA FL 33602

CREDITOR ID: 386063-54
MCGRIFF, YOLANDA
60 THOMPSON ST
ATMORE, AL 36502

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 391261-55
MCGRIFF, YOLANDA
C/O: CARL UNDERWOOD, ESQ.
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
P.O. BOX 927
163 WEST MAIN ST.
DOTHAN AL 36302

CREDITOR ID: 406960-MS
MCGUFFIN, THERESA
2161 AUDUBON DRIVE
ROCK HILL SC 29732

CREDITOR ID: 255895-12
MCGUIRE FLOOR COVERING INC
110 HAUSE DRIVE
WOODSTOCK, GA 30188

CREDITOR ID: 255896-12
MCGUIRE PLUMBING & HEATING
4814 BANDY RD SE
ROANOKE VA 24014

CREDITOR ID: 255897-12
MCGUIRE WOODS LLP
BANK OF AMERICA TOWER
50 NORTH LAURA STREET STE 3300
JACKSONVILLE, FL 32202

CREDITOR ID: 279109-32
MCGUIRE WOODS LLP
ATTN:  SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK NY 10105

CREDITOR ID: 406961-MS
MCGUIRE, DWANE T.
2113 N. TAFT
LOVELAND CO 80538

CREDITOR ID: 255898-12
MCHS CHORAL BOOSTER
123 MIDDLE CREEK PARK AVENUE
APEX NC 27502

CREDITOR ID: 395687-65
MCI
PO BOX 905236
CHARLOTTE, NC 28290-5236

CREDITOR ID: 255899-12
MCI COMMERCIAL SERVICE
PO BOX 856059
LOUISVILLE, KY 40285-6059

CREDITOR ID: 255900-12
MCI TELECOMMUNICATIONS S.E.
PO BOX 371392
PITTSBURGH, PA 15250-7392

CREDITOR ID: 399343-15
MCI WORLDCOM NETWORK SERVICES INC
MCI WORLDCOM COMM INC ET AL
C/O MCI/WORLDCOM COMMUNICATIONS INC
ATTN SHIRLEY FISHER, WD REC MGR
20855 STONE OAK PKWY
SAN ANTONIO TX 78258

CREDITOR ID: 395457-64
MCI WORLDCOM NETWORK SERVICES INC.
PO BOX 905236
CHARLOTTE, NC 28290

CREDITOR ID: 384231-47
MCILHENNY COMPANY
PO BOX 95337
NEW ORLEANS, LA 70195

CREDITOR ID: 385598-54
MCINTOSH, DAWN
1911 HILLMORE DRIVE
APT. 48
PORT SAINT LUCIE, FL 34952

CREDITOR ID: 390890-55
MCINTOSH, DAWN
C/O: MICHAEL J. MORTELL, ESQ.
LEWIS, MORTELL & LEWIS
P.O. DRAWER 476
STUART FL 34995

CREDITOR ID: 256371-12
MCINTOSH, MIKE
PO BOX 3995
JOHNSON CITY, TN 37602

CREDITOR ID: 255903-12
MCINTYRE PLUMBING SUPPLIES
1219 FOURTH AVE N
COLUMBUS MS 39701

CREDITOR ID: 389781-54
MCINTYRE, MAHLON
6627 RENSSALAER DR
BRADENTON FL 34207

CREDITOR ID: 389271-54
MCINTYRE, MARY
158 MATTHEWS STREET
P.O. BOX 106
FORDSVILLE KY 42342

CREDITOR ID: 393103-55
MCINTYRE, MARY
C/O: DANIEL CASLIN
CASLIN LAW OFFICES
104 E. FOURTH STREET
P.O. BOX 681
OWENSBORO KY 42302

CREDITOR ID: 256235-12
MCINTYRE, MICHAEL J
314 VIRGINIA AVENUE
ANN ARBOR, MI 48103

CREDITOR ID: 390170-54
MCJILTON, DANIEL G
111 POST LAKE PLACE, APT #307
APOPKA, FL 32703

CREDITOR ID: 381276-47
MCJUNKIN CORP
ATTN: JUDY L K WATERS, DIR OF CRED
PO BOX 740725
ATLANTA, GA 30374-0725

CREDITOR ID: 406085-97
MCJUNKIN CORP
ATTN: JUDY L K WATERS, DIR OF CRED
835 HILLCREST DRIVE
CHARLESTON WV 25311

CREDITOR ID: 255904-12
MCKANN TRANSPORT
PO BOX 619
MURRAYVILLE GA 30564

CREDITOR ID: 385826-54
MCKANN, RONETTA
8030 OLD KINGS RD S
APT 28
JACKSONVILLE, FL 32217

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391084-55<br>MCKANN, RONETTA<br>C/O MEYERS STANLEY & WATERS LLC<br>ATTN JAMES WATERS III, ESQ<br>1904 UNIVERSITY BLVD WEST<br>JACKSONVILLE FL 32217 | CREDITOR ID: 399284-15<br>MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 | CREDITOR ID: 255905-12<br>MCKAY SIMPSON LAWLER FRANKLIN ET AL<br>PO BOX 2488<br>RIDGELAND MS 39158-2488 |
| CREDITOR ID: 255906-12<br>MCKEE FOODS CORPORATION<br>ATTN VALERIE PHILLIPS<br>PO BOX 750<br>COLLEGEDALE, TN 37315 | CREDITOR ID: 278690-99<br>MCKEE FOODS CORPORATION<br>ATTN: VALERIE PHILLIPS, SR CR MNGR<br>PO BOX 2118<br>COLLEGEDALE, TN 37315-2118 | CREDITOR ID: 279246-35<br>MCKEE FOODS CORPORATION<br>ATTN: VALERIE PHILLIPS<br>PO BOX 2118<br>COLLEGEDALE TN 37315-2118 |
| CREDITOR ID: 406127-97<br>MCKEE FOODS CORPORATION<br>ATTN BARRY S PATTERSON, CFO<br>PO BOX 2118<br>COLLEGEDALE TN 37315 | CREDITOR ID: 255907-12<br>MCKEES AUTO & WINDOW<br>GLASS SERVICE<br>211 19TH AVE<br>MERIDIAN, MS 39301 | CREDITOR ID: 406962-MS<br>MCKELLAR, CHARLES H.<br>120 OLD TRAM RD.<br>MONETREE GA 31768 |
| CREDITOR ID: 390253-54<br>MCKELLAR, MARY<br>1343 OLD SALISBURY RD.<br>STATESVILLE NC 28625 | CREDITOR ID: 386480-54<br>MCKELLAR, STEVE<br>891 NW 213TH TERRACE<br>APT 202<br>MIAMI FL 33169 | CREDITOR ID: 391526-55<br>MCKELLAR, STEVE<br>C/O: JASON G.BARNETT, ESQUIRE<br>1132 SOUTHEAST 2ND AVENUE<br>FT. LAUDERDALE FL 33316 |
| CREDITOR ID: 267943-31<br>MCKENNEY DEVELOPMENT<br>ATTN: FRANK MCKENNEY<br>4932 THAMES LN<br>SARASOTA FL 34238-2762 | CREDITOR ID: 385439-54<br>MCKENNON, ELIZABETH<br>1656 NW 10TH CIRCLE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 390743-55<br>MCKENNON, ELIZABETH<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>WACHOVIA CENTER, SUITE 100<br>200 E BROWARD BLVD<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 385363-54<br>MCKENNON, RICHARD<br>1125 W. 9TH STREET<br>RIVIERA BEACH, FL 33404 | CREDITOR ID: 395574-15<br>MCKENNON, RICHARD<br>C/O GONZALEZ PORCHER, PA<br>ATTN: MARIANO GARCIA, ESQ<br>2328 10TH AVENUE N, SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 395574-15<br>MCKENNON, RICHARD<br>1150 WEST 9TH STREET<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 390671-55<br>MCKENNON, RICHARD<br>C/O: MARIANO GARCIA, ESQ.<br>GONZALEZ & PORCHER, P.A.<br>2328 10TH AVE N<br>SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 248847-12<br>MCKENNZIE, ELAINE<br>613 BROADWAY AVE<br>APT 58<br>TALLADEGA, AL 35160 | CREDITOR ID: 394159-56<br>MCKENZIE, THERESA<br>3730 NW 170TH STREET<br>MIAMI, FL 33055 |
| CREDITOR ID: 394752-57<br>MCKENZIE, THERESA<br>C/O CAZEAU LINTON BARNES LLC<br>ATTN C LINTON BARNES ESQ<br>168 SE FIRST STREET, SUITE 603<br>MIAMI FL 33131 | CREDITOR ID: 400356-85<br>MCKENZIE, THERESA<br>C/O CAZEAU LINTON BARNES LLC<br>ATTN C. LINTON BARNES ESQ<br>168 SE FIRST STREET, SUITE 603<br>MIAMI FL 33131 | CREDITOR ID: 255908-12<br>MCKESSON AUTOMATED PRESCRIPTION SYS<br>PO BOX 62816<br>NEW ORLEANS LA 70162-2816 |
| CREDITOR ID: 382923-51<br>MCKESSON HEALTH<br>9700 N. 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258-5036 | CREDITOR ID: 390415-54<br>MCKINESS, AUBREY C<br>20350 SW 346TH STREET<br>HOMESTEAD, FL 33034 | CREDITOR ID: 375492-44<br>MCKINEY, JENNIFER<br>ORL DIV STORE# 613<br>4661 73RD ST EAST<br>BRADENTON, FL 34203 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 611-03
MCKINLEY COMMERCIAL
JANAF OFFICE BUILDING, SUITE 250
NORFOLK VA 23502

CREDITOR ID: 255909-12
MCKINLEY MIDDLE SCHOOL
2500 ERIE ST
BATON ROUGE, LA 70805

CREDITOR ID: 255910-12
MCKINNEY PETROLEUM EQUIPMENT INC.
3926 HALLS MILLS RD.
PO BOX 9099
MOBILE AL 36691-0099

CREDITOR ID: 386267-54
MCKINNEY, PAUL A
5811 N.W. 216TH STREET
LAWTEY FL 32058

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS ESQ
120 WEST FIRE TOWER ROAD
WINTERVILLE NC 28590

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS
PO BOX 8088
GREENVILLE NC 27835-8088

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
ATTN WAYNE MCKINNEY
851 WASHINGTON SQ MALL
WASHINGTON NC 27889

CREDITOR ID: 406963-MS
MCKISHNIE, KENNETH
1374 LOG LAND DR.
OCOEE FL 34761

CREDITOR ID: 406964-MS
MCKISHNIE, MURRAY F.
3503 HOLLOW OAK PL
BRANDON FL 33511

CREDITOR ID: 389284-54
MCKNIGHT, ANTHONY
2908 BERRY HILL DR.
FORT WORTH TX 76115

CREDITOR ID: 386942-54
MCKOY, ANTONIO
3690 NW 80TH AVE., APT. B
CORAL SPRINGS FL 33065

CREDITOR ID: 391705-55
MCKOY, ANTONIO
C/O: PAUL BUECHELE, P.A.
6350 PINETREE DRIVE
MIAMI BEACH FL 33141

CREDITOR ID: 315802-40
MCLAIN, EUGENE M
PO BOX 2199
HUNTSVILLE, AL 35804-2199

CREDITOR ID: 403832-94
MCLAIN, GERALD K
20021 ADOLPHUS RD
COVINGTON LA 70435

CREDITOR ID: 406965-MS
MCLAIN, JOE H.
6725 MITZL COURT
MONTGOMERY AL 36116

CREDITOR ID: 260592-12
MCLAIN, SCOTT
23 SCOTTSDALE DRIVE
ALABASTER, AL 35007

CREDITOR ID: 387547-54
MCLAREN, WILLIAM
4357 SE HWY 31
ARCADIA FL 34266

CREDITOR ID: 392048-55
MCLAREN, WILLIAM
C/O: ROSEMARY B. EURE, ESQ.
LANCASTER & EURE, PA
P O DRAWER 4257
SARASOTA FL 34230

CREDITOR ID: 243515-12
MCLARNEY, BILL
941 MCKINLEY AVE
LOUISVILLE KY 40217

CREDITOR ID: 406966-MS
MCLAUGHLIN, LARRY
1105 SHADOW RIDGE DR.
AZLE TX 76020

CREDITOR ID: 386859-54
MCLAUGHLIN, MICHAEL
11506 BIRCH FOREST CIRCLE WEST
JACKSONVILLE FL 32218

CREDITOR ID: 391695-55
MCLAUGHLIN, MICHAEL
C/O: MICHAEL SULLIVAN
SULLIVAN & ASSOCIATES
1644 BLANDING BLVD
JACKSONVILLE FL 32210

CREDITOR ID: 399545-82
MCLEAN, JAMES
832 WILLOW PLACE
HIGH  POINT  NC 27260

CREDITOR ID: 387993-54
MCLEAN, MARION
331 LAURINA ST APT 616
JACKSONVILLE, FL 32216

CREDITOR ID: 392272-55
MCLEAN, MARION
C/O: FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 243353-12
MCLEISH, BERNICE
801 SW AVENUE C PL
BELLE GLADE FL 33430

CREDITOR ID: 386373-54
MCLEMORE, DEBBIE
428 AUSTIN SPRING ROAD
JOHNSON CITY TN 37601

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

CREDITOR ID: 391456-55
MCLEMORE, DEBBIE
C/O: DOUG CARTER
CARTER & ASSOCIATES, ATTORNEYS
SUITE 1
100 WEST UNAKE AVE.
JOHNSON CITY TN 37604

CREDITOR ID: 406967-MS
MCLEMORE, GEORGE S
2833 JANICE DRIVE
DOUGLASVILLE GA 30135

CREDITOR ID: 388310-54
MCLENDON, ODELL
9223 FAIRMEAD DRIVE
CHARLOTTE NC 28269

CREDITOR ID: 255912-12
MCLENNAN COUNTY TAX ASSESSOR COLLEC
PO BOX 406
PROPERTY TAX
WACO TX 76703

CREDITOR ID: 318772-43
MCLENNAN COUNTY TAX ASSESSOR COLLECTOR
PO BOX 408
WACO, TX 76703

CREDITOR ID: 393437-55
MCLEOD, YAVONKA (MINOR)
C/O: VERNON K. STEWART
STEWART LAW FIRM
111 COMMERCE DR.
DUNN NC 28334

CREDITOR ID: 389898-54
MCLEOD, YAVONKA (MINOR)
1980 MILBURNIE RD, APT 101
RALEIGH, NC 27610

CREDITOR ID: 399546-82
MCLEROY, CHERYL
POST OFFICE BOX 1312
SNEADS FL 32460

CREDITOR ID: 402823-89
MCLIN, MARK
1910 BRANTLEY CT.
CLERMONT FL 34711

CREDITOR ID: 406968-MS
MCLIN, MARK
8040 FLORIDA BOYS RANCH ROAD
GROVELAND FL 34736

CREDITOR ID: 247274-12
MCLINTON, CRYSTAL L
1213 DURRANCE ROAD
LAKE PLACID FL 33852

CREDITOR ID: 393577-55
MCLOUGHLIN, ELIZABETH
C/O LAW OFFICE OF DON P HANEY
ATTN DON P HANEY, ESQ
1555 HOWELL RD, SUITE 201
WINTER PARK FL 32789

CREDITOR ID: 390122-54
MCLOUGHLIN, ELIZABETH
1554 HOWELL BRANCH ROAD, SUITE
WINTER PARK, FL 32789

CREDITOR ID: 388241-54
MCLUNE, LEON
33700 SW 187TH AVENUE
HOMESTEAD FL 33034

CREDITOR ID: 392431-55
MCLUNE, LEON
C/O: DOUGLAS BRADLEY ESQ.
LAW OFFICES OF GOLDBERG & ASSOCIATES, P.
777 BRICKELL AVENUE
SUITE 1210
MIAMI FL 33131

CREDITOR ID: 386600-54
MCMICHAEL, JAMES
PO BOX 665
FOXWORTH MS 39483

CREDITOR ID: 255913-12
MCMICHAELS CONSTRUCTION
2740 DOGWOOD DR SE
CONYERS, GA 30013-1558

CREDITOR ID: 395688-65
MCMICHAEL'S CONSTRUCTION
2740 DOGWOOD DR SE
CONYERS, GA 30013-1558

CREDITOR ID: 403164-89
MCMILLAN, JAMES
8701 HARVEST RIDGE DR.
MONTGOMERY AL 36116

CREDITOR ID: 406969-MS
MCMILLAN, JAMES
8987 STONERIDGE PLACE
MONTGOMERY AL 36117

CREDITOR ID: 407549-15
MCMILLAN, WESLEY C & JANICE
620 GOLDPOINT TRACE
WOODSTOCK GA 30189

CREDITOR ID: 385965-54
MCMILLIAN, GWENDOLYN J
PO BOX 611
GRETNA, FL 32332

CREDITOR ID: 391193-55
MCMILLIAN, GWENDOLYN J
C/O: KATHY GARNER
GARNER  LAW GROUP
216 SOUTH MONROE STREET
TALLAHASSEE FL 32301

CREDITOR ID: 255914-12
MCMILLIANS FIRST STEP CHILD CARE
2601 S CLAIBORNE AVE
NEW ORLEANS, LA 70125

CREDITOR ID: 386056-54
MCMILLION, JULIA
2371 NW 119TH STREET
APT 315
MIAMI, FL 33167

CREDITOR ID: 391254-55
MCMILLION, JULIA
C/O: GREGG WEISS ESQ
GERALD  PIKEN, P.A.
1500 N.E. 162ND ST.
N. MIAMI BEACH FL 33162

CREDITOR ID: 390291-54
MCMULLEN, SANDRA
PO BOX 236
HINSONTON, GA 31765

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390646-55<br>MCMULLEN, SANDRA<br>C/O HINTON & POWELL<br>ATTN DOUGLAS R POWELL, ESQ<br>3340 PEACHTREE ROAD NE, SUITE 2800<br>ATLANTA GA 30326 | CREDITOR ID: 388128-54<br>MCMURRAY, ALEXANDER<br>606 BLANCHE STREET<br>METAIRIE LA 70003 | CREDITOR ID: 392370-55<br>MCMURRAY, ALEXANDER<br>C/O: ISAAC H. SOILEAU, JR.<br>LOGAN & SOILEAU<br>1010 COMMON ST. - STE 2910<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 1585-RJ<br>MCNAB PLAZA INC<br>C/O WILLIAM B SHIELDS JR<br>4350 WEST SUNRISE BLVD 119D<br>PLANTATION, FL 33313 | CREDITOR ID: 255915-12<br>MCNAB PLAZA INC<br>C/O WILLIAM B SHIELDS JR<br>4350 WEST SUNRISE BLVD 119D<br>PLANTATION, FL 33313 | CREDITOR ID: 403334-83<br>MCNABB REHABILITATION SERVICES<br>ATTN STANFORD H MCNABB, PRES<br>105 INDEPENDENCE BLVD, SUITE 2<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 406970-MS<br>MCNABB, NORRIS<br>4411 FOREST VALLEY CIRCLE<br>VALDOSTA GA 31602 | CREDITOR ID: 386866-54<br>MCNAIR, CHOYA<br>28 NORWOOD CIRCLE<br>WAYCROSS GA 31503 | CREDITOR ID: 391696-55<br>MCNAIR, CHOYA<br>C/O: BRUCE FEIFER<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 385812-54<br>MCNAIR-WILLIAMS, ANISA<br>1270 MORROW RD<br>MORROW, GA 30260 | CREDITOR ID: 244495-12<br>MCNALLY, CARA<br>717 SKIPPING STONE WAY<br>ORANGE PARK, FL 32065 | CREDITOR ID: 397911-76<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM  COAST, FL 32164 |
| CREDITOR ID: 406971-MS<br>MCNAMARA, TIMOTHY<br>1112 PAWNEE PLACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 255917-12<br>MCNAUGHTON-MCKAY ELECTRIC CO<br>PO BOX 65821<br>CHARLOTTE, NC 28265-0321 | CREDITOR ID: 399319-81<br>MCNEAL, BETTIE<br>4825 KENILWORTH DRIVE<br>STONE MOUNTAIN, GA 30083 |
| CREDITOR ID: 406972-MS<br>MCNEELY, WILLIAM R<br>3105 NAUTILUS RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 255918-12<br>MCNEIL & SONS LOGISTIC<br>PO BOX 390<br>LYNCHBURG SC 29080 | CREDITOR ID: 376164-44<br>MCNEIL CONSUMER HEALTH CARE<br>PO BOX 406643<br>ATLANTA, GA 30384 |
| CREDITOR ID: 255919-12<br>MCNEIL NUTRITIONALS<br>PO BOX 406643<br>ATLANTA, GA 30384 | CREDITOR ID: 405152-95<br>MCNEIL NUTRITIONALS<br>JOHNSON AND JOHNSON SALES<br>PO BOX 15630 ATTN TEAM S BENECOL<br>NEW BRUNSWICK NJ 08901 | CREDITOR ID: 399444-15<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 |
| CREDITOR ID: 389311-54<br>MCNEIL, DANIEL<br>2051 NW 207TH STREET<br>APT 120<br>MIAMI FL 33056 | CREDITOR ID: 393129-55<br>MCNEIL, DANIEL<br>C/O: SAMUEL ROGATINSKY ESQ.<br>ROGATINSKY LAW PARTNERS<br>103 NE  4 TH STREET<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 386706-54<br>MCNEIL, JAMES<br>122 LA PLAYA LANE<br>SEBASTIAN FL 32958 |
| CREDITOR ID: 406973-MS<br>MCNEILL, RUFUS A.<br>1713 ROBINSON HILL RD.<br>MONTGOMERY AL 36107 | CREDITOR ID: 387458-54<br>MCNEW, EVELYN<br>91 LIPPS LANE<br>LONDON KY 40744 | CREDITOR ID: 245360-12<br>MCPETERS, CHRISTOPHER<br>6178 WEST LERCHEN COURT<br>HOMOSASSA FL 34446 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255920-12<br>MCPHERSON BEVERAGE INC<br>ATTN RUSSELL M HULL, JR; PRES<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 | CREDITOR ID: 255921-12<br>MCPHILLIPS SHINBAUM & GILL LLP<br>516 S PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 407516-93<br>MCQUEEN, SAMMIE (SAVE-RITE)<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD<br>SUITE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 394093-56<br>MCQUEEN, SAMMIE LEE<br>5001 86TH STREET<br>TAMPA, FL 33619 | CREDITOR ID: 400300-85<br>MCQUEEN, SAMMIE LEE<br>C/O ADAM BRUM<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 | CREDITOR ID: 255922-12<br>MCRAE AMERIGAS<br>501 E WILLOW CREEK LANE<br>MCRAE, GA 31055-2554 |
| CREDITOR ID: 406974-MS<br>MCRAE JR., DOUGLAS<br>21 PATRICIA DR.<br>COVINGTON LA 70433 | CREDITOR ID: 255923-12<br>MCV ASSOCIATED PHYSICIANS<br>C/O CITY OF RICHMOND<br>400 N NINTH ST 2ND FL RM 203<br>RICHMOND VA 23219 | CREDITOR ID: 403834-94<br>MCVEY, PAUL R<br>715 BURKE PLACE<br>AUBURN AL 36830 |
| CREDITOR ID: 255924-12<br>MCW DEVELOPMENT INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | CREDITOR ID: 405153-95<br>MCW DEVELOPMENT INC<br>1106 WOODSTOCK AVE<br>ANNISTON AL 36207 | CREDITOR ID: 2402-07<br>MCW DEVELOPMENT INC<br>PO BOX 908<br>ANNISTON, AL 36202 |
| CREDITOR ID: 255925-12<br>MCW RC FL HIGHLANDS LLC<br>PO BOX 534138<br>ATLANTA, GA 30353-4138 | CREDITOR ID: 1587-RJ<br>MCW RC FL HIGHLANDS LLC<br>PO BOX 534138<br>ATLANTA, GA 30353-4138 | CREDITOR ID: 374639-44<br>MCWHITE, DEMETRIA<br>7523 CANAVERAL ROAD<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 245361-12<br>MCWILLIAMS, CHRISTOPHER<br>8440 HWY 941<br>GONZALES LA 70737 | CREDITOR ID: 397351-15<br>MCW-RC GA-PEACHTREE PKWY PLAZA LLC<br>ATTN ANGELA RETTERBUSH<br>121 WEST FORSYTH STREET, SUITE 200<br>JACKSONVILLE FL 32202 | CREDITOR ID: 278521-24<br>MCW-RC-GA-PEACHTREE PRKWY PLAZA LLC<br>C/O REGENCY CENTERS, LP<br>121 WEST FORSYTH STREET<br>SUITE 200<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 389885-54<br>MCZEAL, MARTHA<br>PO BOX 21<br>LUTCHER, LA 70071 | CREDITOR ID: 393425-55<br>MCZEAL, MARTHA<br>C/O: VINCENT J. STOILE, JR.<br>SOTILE LAW FIRM, LLC<br>38099 POST OFFICE ROAD<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 255927-12<br>MD & VA MILK PRODUCERS CO<br>5500 CHESTNUT AVENUE<br>NEWPORT NEWS, VA 23605 |
| CREDITOR ID: 255928-12<br>MD CAROLINA PA<br>D/B/A PIEDMONT WEST<br>URGENT CARE CENTER<br>1190 FILBERT HIGHWAY SUITE 110<br>YORK SC 29745 | CREDITOR ID: 255186-12<br>MD HODGES ENTERPRISES<br>PO BOX 931932<br>ATLANTA, GA 31193-1932 | CREDITOR ID: 381271-47<br>MDA<br>3603 CARDINAL POINT DR<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 255929-12<br>MDA<br>PO BOX 2263<br>SARASOTA FL 34230-2263 | CREDITOR ID: 267944-31<br>MDC GSA FCLTY UTLTIES MGMT DIV<br>ATTN: JERRY HALL<br>200 NW 1ST ST # 203<br>MIAMI FL 33128-1739 | CREDITOR ID: 255930-12<br>MDC PACKAGING INC<br>400 DRAKE STREET<br>JACKSONVILLE FL 32254 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

CREDITOR ID: 255931-12
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDEN, FL 33410

CREDITOR ID: 613-03
MDC SOUTH WIND, LTD.
3501 PGA BLVD SUITE 201
PALM BEACH GARDEN FL 33410

CREDITOR ID: 255932-12
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 383188-53
MDEQ
PO BOX 10385
JACKSON  MS 39289

CREDITOR ID: 255933-12
MEA AFTER HOURS CLINIC
1515 JEFFERSON STREET
LAUREL, MS 39440

CREDITOR ID: 255934-12
MEA DRUG TESTING CONSORTIUM
7 LAKELAND DRIVE - SUITE 100A
JACKSON, MS 39216

CREDITOR ID: 255935-12
MEA MEDICAL CLINIC AHC
5606 OLD CANTON ROAD
JACKSON, MS 39211

CREDITOR ID: 255936-12
MEA MEDICAL CLINIC BYRAM
7300 SIWELL ROAD
BYRAM, MS 39272

CREDITOR ID: 255937-12
MEA MEDICAL CLINIC CLINTON
498 HIGHWAY
CLINTON, MS 39056

CREDITOR ID: 381600-47
MEA MEDICAL CLINIC LAUREL
1515 JEFFERSON STREET
LAUREL, MS 39440

CREDITOR ID: 255938-12
MEA MEDICAL CLINIC MADISON
935 HIGHWAY 51
MADISON, MS 39110

CREDITOR ID: 255939-12
MEA MEDICAL CLINIC RESERVOIR
507 LAKELAND PLACE
BRANDON, MS 39047

CREDITOR ID: 255940-12
MEA MEDICAL CLINIC SOUTH
ATTN: AMY DICKERSON, IND COOR
1777 ELLIS AVENUE
JACKSON, MS 39204

CREDITOR ID: 255941-12
MEA MEDICAL CLINICS
342 GILCHRIST
PEARL, MS 39208

CREDITOR ID: 255942-12
MEAD CORPORATION
PO BOX 409424
ATLANTA, GA 30384-9424

CREDITOR ID: 279074-32
MEAD JOHNSON & COMPANY
BRISTOL MYERS CONSUMER MEDS
DIVISIONS OF BRISTOL MYERS SQUIBB
2400 WEST LLOYD EXPRESSWAY
EVANSVILLE IN 47721-0001

CREDITOR ID: 255943-12
MEAD JOHNSON NUTRITIONALS
C/O MEAD JOHNSON & COMPANY
ATTN DAVID YANDO / ANDREW CHERRY
2400 WEST LLOYD EXPRESSWAY
EVANSVILLE IN 47721

CREDITOR ID: 405156-95
MEAD JOHNSON NUTRITIONALS
225 HIGH RIDGE RD
3RD FLOOR CREDIT DEPT BLDG E
STAMFORD CT 06905

CREDITOR ID: 382803-51
MEAD WESTVACO PACKAGE SYSTEM, LLC
1040 WEST MARIETTA STREET NW
ATLANTA, GA 30318

CREDITOR ID: 255944-12
MEADE PRODUCTS INC
ATTN: KAREN L STOUGHTON, PRES
928 JOSIANE COURT, SUITE 1001
ALTAMONTE SPRINGS, FL 32701

CREDITOR ID: 388464-54
MEADER, CHIC
526 WINDY RIDGE LN
MADISON, MS 39110

CREDITOR ID: 255945-12
MEADOW BROOK FARMS
PO BOX 17305
URBANA IL 61803-7040

CREDITOR ID: 255946-12
MEADOW GOLD DAIRIES
PO BOX 830800
BIRMINGHAM, AL 35283

CREDITOR ID: 255947-12
MEADOWCREST COMMERICAL  PROPERTY
C/O LANDMARK RENTALS
311 W MAIN STREET
INVERNESS FL 34450

CREDITOR ID: 388071-54
MEADOWS, ANDRIA
3922 MONTEREY PINE TRAIL
TALLAHASSEE, FL 32309

CREDITOR ID: 406975-MS
MEADOWS, RICHARD L
11001 OLD ST. AUGUSTINE RD. APT 309
JACKSONVILLE FL 32257

CREDITOR ID: 255948-12
MEADOWTHORPE SHOPPING
PO BOX 7606
LOUISVILLE, KY 40257-0606

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392123-55<br>MEADS, WENDY R<br>C/O: GREGORY T. DENNY<br>POWELL & DENNY, P.C.<br>1320 ALFORD AVE. SUITE 201<br>MARA GLEN OFFICE PARK<br>BIRMINGHAM AL 35226 | CREDITOR ID: 387783-54<br>MEADS, WENDY R<br>2505 OAKLEAF DRIVE<br>ADAMSVILLE, AL 35005 | CREDITOR ID: 255949-12<br>MEADWESTVACO CORP<br>PO BOX 281916<br>ATLANTA, GA 30384-1916 |
| CREDITOR ID: 405157-95<br>MEADWESTVACO CORP<br>COURTHOUSE PLAZA NE<br>ATTN TERRY BROWN<br>DAYTON OH 45463 | CREDITOR ID: 255950-12<br>MEADWESTVACO PACKAGING SYSTEMS LLC<br>PO BOX 409424<br>ATLANTA, GA 30384-9424 | CREDITOR ID: 255951-12<br>MEALS ON WHEELS OF TAMPA<br>550 W HILLSBOROUGH AVENUE<br>TAMPA FL 33603 |
| CREDITOR ID: 387733-54<br>MEANA, ETELVINA<br>2 PHOENETIA AVE<br>APT 4<br>CORAL GABLES FL 33134 | CREDITOR ID: 376169-44<br>MEARS TRANSPORTATION<br>324 W GORE STREET<br>ORLANDO, FL 32806 | CREDITOR ID: 406976-MS<br>MEARS, CHARLES E<br>2496 BENTRIDGE COURT<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 246360-12<br>MEARS, CLAUDETTE<br>7 BROKSHIRE DRIVE<br>REISTERSTOWN, MD 21136 | CREDITOR ID: 377631-44<br>MEASE, VAUGHN<br>CHR DIV LOG<br>2278 NEW PROSPECT CHURCH RD<br>SHELBY, NC 28150 | CREDITOR ID: 393344-55<br>MEASLES, FELIX D<br>C/O JOHNSON, GILBERT & ROMANKI<br>ATTN FRANK JOHNSON ESQ<br>170 EAST GRANADA BLVD<br>ORMOND BEACH FL 32176 |
| CREDITOR ID: 389707-54<br>MEASLES, FELIX D<br>8121 FOREST CITY RD.<br>ORLANDO FL 32810 | CREDITOR ID: 255952-12<br>MEAUX ELEMENTARY<br>12419 HWY 696<br>ABBEVILLE, LA 70510 | CREDITOR ID: 255953-12<br>MEBANE ENTERPRISE<br>PO BOX 530<br>CHATHAM, VA 24531 |
| CREDITOR ID: 405158-95<br>MEBANE ENTERPRISE<br>106 NORTH 4TH STREET<br>MEBANE NC 27302 | CREDITOR ID: 388614-54<br>MEBANE, MYRTIS<br>336 DENNIS STREET SW<br>JACKSONVILLE AL 36265 | CREDITOR ID: 392668-55<br>MEBANE, MYRTIS<br>C/O: D. LEIGH LOVE<br>P.O. BOX 517<br>TALLADEGA AL 35160 |
| CREDITOR ID: 255954-12<br>MEBTEL COMMUNICATIONS<br>PO BOX 900002<br>RALEIGH, NC 27675-9000 | CREDITOR ID: 240860-10<br>MEBTEL COMMUNICATIONS<br>PO BOX 9<br>202 E WASHINGTON ST<br>MEBANE NC 27302-0009 | CREDITOR ID: 255955-12<br>MECHANICAL EQUIPMENT CO<br>ATTN MICHAEL J GODSEY, CFO<br>PO BOX 689<br>MATTHEWS NC 28106-0689 |
| CREDITOR ID: 255956-12<br>MECHANICAL EQUIPMENT COMPANY INC<br>PO BOX 95306<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 255958-12<br>MECKLENBURG COUNTY<br>PO BOX 32728<br>CHARLOTTE, NC 28232 | CREDITOR ID: 255961-12<br>MECKLENBURG SUN<br>PO BOX 997<br>CLARKSVILLE, VA 23927 |
| CREDITOR ID: 255962-12<br>MECO<br>PO BOX 9387<br>MONTGOMERY AL 36108 | CREDITOR ID: 255963-12<br>MECO INC<br>MARKET EQUIPMENT CO INC<br>11375 PINEWOOD CT<br>DUBUQUE IA 52003 | CREDITOR ID: 381368-47<br>MECO OF ATL<br>PO BOX 48327<br>DORAVILLE, GA 30362-1327 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255964-12<br>MECO OF FLORIDA<br>PO BOX 3871<br>JACKSONVILLE FL 32206 | CREDITOR ID: 255965-12<br>MED + PLUS MUSCLE SHOALS<br>108 WEST AVALON AVENUE<br>MUSCLE SHOALS, AL 35661 | CREDITOR ID: 381229-47<br>MED ANALYSIS PHYSICAL COLLECTION CENTER<br>CS MED ANALYSIS<br>250 BEAUVOIR ROAD UNIT 5<br>BILOXI MS 39531 |
| CREDITOR ID: 255967-12<br>MED ASSOC LIBERTY & BRYAN CO<br>PO BOX 23133<br>SAVANNAH, GA 31403-3133 | CREDITOR ID: 255968-12<br>MED CENTRAL<br>1720 WESTCHESTER DRIVE<br>HIGH POINT, NC 27262 | CREDITOR ID: 390028-54<br>MEDARD, RACHELLE<br>7332 WOOD HILL PARK DR<br>ORLANDO FL 32818 |
| CREDITOR ID: 393529-55<br>MEDARD, RACHELLE<br>C/O: FREDERIC SCHOTT<br>746 N. MAGNOLIA AVE<br>ORLANDO FL 32803 | CREDITOR ID: 382920-51<br>MEDCARE USA<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 | CREDITOR ID: 382916-51<br>MEDCO HEALTH<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 |
| CREDITOR ID: 255969-12<br>MEDDATA INFOTECH INC<br>15120 COUNTY LINE ROAD<br>SUITE 106<br>SPRING HILL FL 34610 | CREDITOR ID: 400824-91<br>MEDEI, KIM<br>1607 HIBISCUS AVE.<br>WINTER PARK FL 32789 | CREDITOR ID: 381565-47<br>MEDERO MEDICAL MARION BILLING OFFICE<br>ATTN DEBORAH HANCOCK, ASST BILLING<br>1109 SOUTHWEST 10TH STREET<br>OCALA, FL 34474 |
| CREDITOR ID: 386534-54<br>MEDEROS, SILA<br>16736 90TH ST NORTH<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 391566-55<br>MEDEROS, SILA<br>C/O: ELI A. FRANKS, ESQUIRE<br>ROSENTHAL AND LEVY, PA<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401-2289 | CREDITOR ID: 381288-47<br>MEDI QUICK WALK IN CLINIC<br>6 OFFICE PARK DR<br>PALM COAST, FL 32137 |
| CREDITOR ID: 255972-12<br>MEDIA GENERAL ALABAMA<br>PO BOX 25818<br>RICHMOND, VA 23260-5818 | CREDITOR ID: 405160-95<br>MEDIA GENERAL ALABAMA<br>ATTN SANDY HUTCHESON<br>PO BOX 280<br>DOTHAN AL 36302 | CREDITOR ID: 382805-51<br>MEDIA GENERAL ALABAMA<br>COMMUNITY NEWSPAPERS<br>227 NORTH OATES STREET<br>DOTHAN, AL 36303 |
| CREDITOR ID: 382804-51<br>MEDIA GENERAL ALABAMA COMMUNITY<br>NEWSPAPERS<br>227 NORTH OATES STREET<br>DOTHAN, AL 36303 | CREDITOR ID: 255975-12<br>MEDIA GENERAL NC COMMUNITY NEWS<br>ATTN KAREN ORMAND, CREDIT MGR<br>PO BOX 188<br>HICKORY NC 28603 | CREDITOR ID: 255974-12<br>MEDIA GENERAL NORTH CAROLINA<br>PO BOX 188<br>HICKORY NC 28603 |
| CREDITOR ID: 255976-12<br>MEDIA PARTNERS CORPORATION<br>ATTN ROBERT C JOHNSON, PRES<br>911 WESTERN AVENUE, SUITE 306<br>SEATTLE WA 98104 | CREDITOR ID: 255977-12<br>MEDIA PRODUCTS INC<br>8301 CYPRESS PLAZA DRIVE<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 405161-95<br>MEDIA PRODUCTS INC<br>8762 PERIMETER PARK BOULEVARD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 255978-12<br>MEDIA VEHICLES GRAPHIC<br>5130 HARBURY LANE<br>SUWANEE, GA 30024 | CREDITOR ID: 382806-51<br>MEDIAONE/FRONTLINE<br>150 E. FIFTH STREET<br>NEW YORK, NY 10022 | CREDITOR ID: 255979-12<br>MEDIATION CENTER OF TAMPA BAY INC<br>DRUHILL PROFESSIONAL CENTER<br>611 DRUID RD E SUITE 512<br>CLEARWATER FL 33756 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394021-61<br>MEDIATION SVCES OF CENTRAL FL, INC<br>ATTN RICHARD WACK<br>174 W COMSTOCK AVE, STE 106<br>WINTER PARK, FL 32789 | CREDITOR ID: 255980-12<br>MEDIATIONONE LLC<br>ADMINISTRATIVE OFFICE<br>44 WEST FLAGLER STREET SUITE 900<br>MIAMI, FL 33130 | CREDITOR ID: 403335-83<br>MEDICAL & LITERARY PROF CONSULT INC<br>ATTN MELVIN GREER MD, PRES<br>2058 NW 14TH AVENUE<br>GAINESVILLE FL 32605 |
| CREDITOR ID: 381674-47<br>MEDICAL & SURGICAL CLINIC OF MAGEE PLLC<br>376 A SIMPSON HWY 149<br>MAGEE, FL 39111 | CREDITOR ID: 255981-12<br>MEDICAL ARTS ASSOCIATES PC<br>1715 N MCKENZIE ST<br>FOLEY AL 36535 | CREDITOR ID: 255982-12<br>MEDICAL ARTS LABORATORY<br>1110 LANCASTER RD STE 1<br>RICHMOND, KY 40475 |
| CREDITOR ID: 384232-47<br>MEDICAL CENTER ENTERPRISE<br>400 NORTH EDWARDS STREET<br>ENTERPRISE, AL 36330 | CREDITOR ID: 405162-95<br>MEDICAL CENTER ENTERPRISE<br>800 N EDWARDS STREET<br>ENTERPRISE AL 36330 | CREDITOR ID: 255984-12<br>MEDICAL CLINICS<br>5606 OLD CANTON ROAD<br>JACKSON MS 39211 |
| CREDITOR ID: 255985-12<br>MEDICAL EAST<br>ATTN CANDACE DUNCAN<br>HIGHWAY 72<br>ATHENS, AL 35613 | CREDITOR ID: 255986-12<br>MEDICAL EQUIPMENT SPECIALTIES INC<br>7352 CRILL AVENUE<br>PALATKA FL 32177 | CREDITOR ID: 255987-12<br>MEDICAL FOUNDATION INC<br>PO BOX 5183<br>MERIDIAN, MS 39302 |
| CREDITOR ID: 255988-12<br>MEDICAL FOUNDATION OF CENTRAL MS<br>PO BOX 2121<br>MEMPHIS TN 38159 | CREDITOR ID: 255989-12<br>MEDICAL FOUNDATION OF CENTRAL MS<br>PO BOX 247B<br>MEMPHIS, TN 38159 | CREDITOR ID: 255991-12<br>MEDICAL REVIEW & WELLNESS INC<br>SUITE 404<br>1266 WEST PACES FERRY ROAD<br>ATLANTA, GA 30327 |
| CREDITOR ID: 255992-12<br>MEDICAL SECURITY CARD CO<br>A/R DEPT<br>PO BOX 61833<br>PHOENIX, AZ 85082-1833 | CREDITOR ID: 255993-12<br>MEDICAL STAFFING NETWORK<br>1251 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 255994-12<br>MEDICAL SYSTEMS INC<br>8369 FLORIDA BLVD<br>STE 6<br>DENHAM SPRINGS, LA 70726 |
| CREDITOR ID: 382913-51<br>MEDICARE - DURABLE MED EQUIP<br>BB&T BUILDING<br>1 WEST PACK SQUARE, SUITE 1400<br>ASHEVILLE, NC 28801 | CREDITOR ID: 382908-51<br>MEDICARE & MORE<br>2505 S. FINDLEY ROAD, SUITE 110<br>LOMBARD, IL 60148 | CREDITOR ID: 382905-51<br>MEDICARE & MORE (AETNA)<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156 |
| CREDITOR ID: 406977-MS<br>MEDIN, FRANK C.<br>1628 FEATHERBAND DR.<br>VALRICO FL 33594 | CREDITOR ID: 386064-54<br>MEDINA, DANISLEIDYS<br>185 NORMANDY DRIVE<br>TAVENIER, FL 33070 | CREDITOR ID: 391262-55<br>MEDINA, DANISLEIDYS<br>C/O: ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN, P.A.<br>9350 S. DIXIE HWY.<br>SUITE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 382807-51<br>MEDINA, JOSEPH<br>1289 LEEWARD WAY<br>WESTON, FL 33327 | CREDITOR ID: 406978-MS<br>MEDINA, JOSEPH P<br>7317 BRISBANE CT.<br>MONTGOMERY AL 36117 | CREDITOR ID: 386646-54<br>MEDINA, PHILLIP<br>45 REDWOOD DR<br>ORLANDO FL 32807 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391627-55<br>MEDINA, PHILLIP<br>C/O KRISTIN MARCH,ESQUIRE<br>DECICCIO & JOHNSON<br>652 W MORSE BOULEVARD<br>WINTER PARK FL 32789 | CREDITOR ID: 390215-54<br>MEDINA, REUBEN G<br>716 EAST MISSION<br>CROWLEY TX 76036 | CREDITOR ID: 255995-12<br>MEDIQUICK URGENT CARE CENTER<br>6 OFFICE PARK DRIVE<br>ANTHONY DAVIS DO<br>PALM COAST FL 32137 |
| CREDITOR ID: 382808-51<br>MEDIZINE, INC.<br>298 5TH AVENUE, 2ND FL.<br>NEW YORK, NY 10001 | CREDITOR ID: 255996-12<br>MEDLIN OFFICE SUPPLY<br>ATTN CHUCK LAWRENCE, VP<br>402 EAST MAIN STREET<br>CLAYTON NC 27520 | CREDITOR ID: 385431-54<br>MEDLIN, JACKIE<br>151 FERNWOOD DRIVE, APT 155-N<br>SPARTANBURG, SC 29307 |
| CREDITOR ID: 390736-55<br>MEDLIN, JACKIE G<br>C/O HARRISON WHITE SMITH & COGGINS<br>ATTN THOMAS A KILLOREN JR, ESQ<br>178 WEST MAIN STREET<br>PO BOX 3547<br>SPARTANBURG SC 29304 | CREDITOR ID: 378299-15<br>MEDLINE INDUSTRIES<br>ATTN CREDIT ANALYST<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060 | CREDITOR ID: 255997-12<br>MEDLINE INDUSTRIES INC<br>PO BOX 92301<br>CHICAGO, IL 60675-2301 |
| CREDITOR ID: 255998-12<br>MEDO INDUSTRIES INC<br>PO BOX 910770<br>DALLAS TX 75391-0770 | CREDITOR ID: 255999-12<br>MEDPORT LLC<br>PO BOX 5865<br>PROVIDENCE, RI 02903 | CREDITOR ID: 256000-12<br>MEDPRO STAFFING & DIRECT PLACEMENT<br>PO BOX 9386<br>COLUMBUS GA 31908 |
| CREDITOR ID: 256001-12<br>MEDSCREENS INC<br>PO BOX 320565<br>FLOWOOD, MS 39232 | CREDITOR ID: 256002-12<br>MEDSOURCE DIRECT<br>ATTN GARY R BINGHAM, CFO<br>2391 SOUTH 1560 WEST<br>WOODS CROSS, UT 84087 | CREDITOR ID: 256003-12<br>MEDTECH LABORATORIES INC<br>PO BOX 4086<br>JACKSON, WY 83001-4086 |
| CREDITOR ID: 405163-95<br>MEDTECH LABORATORIES INC<br>PO BOX 1108<br>JACKSON WY 83001-1108 | CREDITOR ID: 382043-36<br>MEDTECH PRODUCTS, INC<br>DIV OF PRESTIGE BRANDS HOLDINGS INC<br>ATTN HARRIS T SEMEGRAM<br>90 NORTH BROADWAY<br>IRVINGTON NY 10533 | CREDITOR ID: 382892-51<br>MEDTRAK SERVICES<br>6400 GLENWOOD, SUITE 104<br>OVERLAND PARK, KS 66202 |
| CREDITOR ID: 256004-12<br>MEDWORK<br>407 S E 24TH STREET<br>FT LAUDERDALE, FL 33316 | CREDITOR ID: 256005-12<br>MEDWORKS YOUR HEALTH ADVANTAGE<br>PO BOX 3556<br>JOHNSON CITY TN 37602 | CREDITOR ID: 406979-MS<br>MEEHAN, WEYMAR<br>4001 BIENVILLE RD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 387819-54<br>MEEK, MATTIE<br>1216 BLODGETT<br>FORT WORTH TX 76133 | CREDITOR ID: 269364-16<br>MEEKER, EDNA HILL, TRUST UNDER<br>THE WILL OF EDNA HILL MEEKER<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O DONALD H. RAY, RAY & WILSON<br>6115 CAMP BOWIE BLVD , SUITE 200<br>FORT WORTH, TX 76116 | CREDITOR ID: 256006-12<br>MEEKS AUTO-TRUCK REPAIR<br>2700 MIKE PADGETT HWY<br>AUGUSTA, GA 30906-3736 |
| CREDITOR ID: 393468-55<br>MEEKS, DANIEL J<br>C/O GRADY G AYERS<br>120 E. MARKS STREET #200<br>ORLANDO FL 32803 | CREDITOR ID: 389933-54<br>MEEKS, DANIEL J<br>4302 TRENTONIAN CIRCLE<br>ORLANDO, FL 32812 | CREDITOR ID: 406980-MS<br>MEENA, LINCOLN<br>2054 RIVERSIDE, #1306<br>JACKSONVILLE FL 32204 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 256007-12
MEETZE PLUMBING CO INC
PO BOX 1577
IRMO, SC 29063

CREDITOR ID: 256008-12
MEGAN L MURRAY
35830 BLANTON ROAD
DADE CITY FL 33523

CREDITOR ID: 256010-12
MEGAS BEAUTY AIDS INC
PO BOX 70759
CHICAGO, IL 60673-0759

CREDITOR ID: 406981-MS
MEHLINGER, WILLIAM
3837 TERESA TERRACE
LILBURN GA 30247

CREDITOR ID: 248814-12
MEHRER JR, EDWARD W
2500 W 70TH STREET
SHAWNEE MISSION KS 66208

CREDITOR ID: 243695-12
MEHTA, BOB
3875 ANJOU LANE
HOFFMAN ESTATES IL 60195

CREDITOR ID: 394028-61
MEI, MD, PAUL I.
4701 N. FEDERAL HWY, APT A39
FT LAUDERDALE, FL 33308

CREDITOR ID: 256011-12
MEIDE DISTRIBUTING INC
ATTN D C HIGGINBOTHAM, ESQ
PO BOX 24078
JACKSONVILLE, FL 32241

CREDITOR ID: 386205-54
MEIER, DONNA
1429 S.W. MERCHANT LANE
PORT ST. LUCIE FL 34953

CREDITOR ID: 389133-54
MEJIA, BLANCA M
6651 RIVO ALTO AVE
ORLANDO, FL 32809

CREDITOR ID: 388392-54
MEJIA, MARIE
135 E 15TH ST APT C
APOPKA FL 32703-7191

CREDITOR ID: 392492-55
MEJIA, MARIE
C/O: RICHARD G. SUNNER, ESQUIRE
SUNNER & SUNNER
150 W. WARREN AVE.
PO BOX 520771
LONGWOOD FL 32752-0771

CREDITOR ID: 407525-15
MEJIAS, MELIDA
C/O WELT AND RHEAUME, PA
ATTN JEFFREY L WELT, ESQ
4770 HOLLYWOOD BLVD
HOLLYWOOD FL 33021

CREDITOR ID: 388931-54
MEJIAS, MELIDA
1415 N.W. 117TH STREET
MIAMI, FL 33167

CREDITOR ID: 392835-55
MEJIAS, MELIDA
C/O: ARTURO DOPAZO, III, P.A.
LAW OFFICES OF ARTURO DOPAZO, III, P.A.
255 UNIVERSITY DRIVE
CORAL GABLES FL 33134

CREDITOR ID: 385210-54
MEKERTIN, MARILYN
100 KINGS POINT DR.
APT 1621
MIAMI BCH, FL 33131

CREDITOR ID: 390518-55
MEKERTIN, MARILYN
C/O: STEPHEN MARINO, ESQ.
VERPLOEG & LUMPKIN, P.A.
100 SE 2ND STREET
SUITE 2150
MIAMI FL 33131-2151

CREDITOR ID: 388919-54
MEKERTIN, VERNON
100 KINGS POINT DR.
APT 1621
MIAMI BCH, FL 33131

CREDITOR ID: 392824-55
MEKERTIN, VERNON
C/O: MARINO
VERPLOEG & LUMPKIN, P.A.
100 SE 2ND STREET
SUITE 2150
MIAMI FL 33131-2151

CREDITOR ID: 256013-12
MEL CURTIS TOWING & WRECKER SERVICE
PO BOX 1186
CAPE CANAVERAL FL 32920

CREDITOR ID: 256017-12
MELANIE & TIM NOLAN
945 DURHAM WAY
STOCKBRIDGE GA 30281

CREDITOR ID: 256020-12
MELBOURNE BEACH LLC
3125 SOUTHWEST MAPP ROAD
C/O WESTCO DEVELOPMENT
PALM CITY, FL 34990

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM CITY, FL 34990

CREDITOR ID: 382810-51
MELBOURNE FLORIDA TODAY
PO BOX 419000
MELBOURNE, FL 32941

CREDITOR ID: 256021-12
MELCO STEEL INC
PO BOX 578
KENNER LA 70063

CREDITOR ID: 256022-12
MELDEANA WALTER
3646 LANE ROAD
PANAMA CITY FL 32409

CREDITOR ID: 406066-15
MELECIO, RAUL
C/O RAUL MELECIO - CORPORATION'S
PO BOX 390 WEST 9 AVE
NEW YORK NY 10001

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256030-12<br>MELISSA C STYLES SOUTHERN<br>118 LAKELAND DRIVE<br>GREER SC 29651 | CREDITOR ID: 256038-12<br>MELITTA USA INC<br>PO BOX 102986<br>ATLANTA, GA 30368-2986 | CREDITOR ID: 407454-97<br>MELITTA USA INC<br>ATTN: MARTY MILLER, PRES<br>13925 58TH STREET NORTH<br>CLEARWATER FL 33760 |
| CREDITOR ID: 405167-95<br>MELITTA USA INC<br>ATTN JEFF COOKE, CR MGR<br>13925 58TH STREET NORTH<br>CLEARWATER FL 33760 | CREDITOR ID: 388087-54<br>MELKER, ANITRA<br>2878 RIDGEVIEW TRAIL<br>JONESBORO, GA 30238 | CREDITOR ID: 256040-12<br>MELLO JOY COFFEE CO<br>101 ROW 3<br>LAFAYETTE, LA 70508 |
| CREDITOR ID: 405168-95<br>MELLO SMELLO<br>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<br>PO BOX 86<br>MINNEAPOLIS MN 55486-1037 | CREDITOR ID: 256041-12<br>MELLO SMELLO, LLC<br>ATTN BOB MEYER<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN 55427 | CREDITOR ID: 244374-12<br>MELLO, CALEB J<br>14347 91ST AVENUE N<br>SEMINOLE FL 33776-0377 |
| CREDITOR ID: 256042-12<br>MELLON TRUST OF CALIFORNIA<br>SAMUAL OSCHIN TRUSTEE<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE ST STE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 1591-07<br>MELLON TRUST OF CALIFORNIA<br>SAMUAL OSCHIN TRUSTEE<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES CA 90024 | CREDITOR ID: 256046-12<br>MELODY MUSIC COMPANY<br>702 N 2ND AVENUE<br>PO BOX 707<br>COLUMBUS, MS 39703-0707 |
| CREDITOR ID: 256047-12<br>MELROSE ELEMENTARY<br>1348 VALCOUR DR<br>BATON ROUGE, LA 70806 | CREDITOR ID: 256049-12<br>MELTON HEATING & A/C INC<br>137 WEST WHITE STREET<br>ROCK HILL, SC 29730 | CREDITOR ID: 392937-55<br>MELTON, HELEN O<br>C/O: F.G. DELLENEY, JR.<br>HAMILTON, DELLANEY & GIBBONS, P.A.<br>P.O. DRAWER 808<br>CHESTER SC 29706 |
| CREDITOR ID: 389039-54<br>MELTON, HELEN O<br>527 W. ELLIOTT STREET<br>CHESTER, SC 29706 | CREDITOR ID: 394801-57<br>MELTON, JANICE<br>C/O JOHN BLEDSOE<br>325 WEST HOME AVENUE<br>PO BOX 250<br>HARTSVILLE SC 29551 | CREDITOR ID: 406078-93<br>MELTON, LOIS<br>C/O JOEY CHAMBERS, ESQ.<br>520 4TH STREET NORTH<br>ST PETERSBURG FL 33701-2302 |
| CREDITOR ID: 376192-44<br>MELVIN L BURROUGHS JR<br>980 TALLEY STREET<br>HAMPTON, GA 30228 | CREDITOR ID: 406983-MS<br>MELVIN, CHARLES L.<br>299 LAKEVIEW CABIN DR<br>NEW CONCORD KY 42076 | CREDITOR ID: 256054-12<br>MEMBERHEALTH INC<br>PO BOX 391180<br>SOLON, OH 44139 |
| CREDITOR ID: 256055-12<br>MEMORIAL HEALTH SYSTEMS<br>2525 DESALES AVENUE<br>CHATTANOOGA, TN 37404 | CREDITOR ID: 256056-12<br>MEMORIAL HOSPITAL<br>ATTN TAMI CROFT<br>2525 DESALES AVE<br>CHATTANOOGA, TN 37404 | CREDITOR ID: 256057-12<br>MEMORIAL HOSPITAL AT GULFPORT<br>4500 THIRTEENTH ST<br>GULFPORT, MS 39502 |
| CREDITOR ID: 256058-12<br>MEMORIAL MEDICAL CENTER<br>2700 NAPOLEAN AVENUE<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 256059-12<br>MEMORIAL NORTHPARK<br>2051 HAMILL ROAD<br>HIXSON, TN 37343 | CREDITOR ID: 256060-12<br>MEMORY 4 LESS<br>2622 W LINCOLN AVENUE<br>SUITE 104<br>ANAHEIM CA 92801 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 256061-12
MEMTECH INC
9033 GENERAL DR
PLYMOUTH MI 48170

CREDITOR ID: 256062-12
MEN AT WORK, INC.
ASPHALT RESEALING AND STRIPING
4195 QUAIL WOOD RD.
ST. CLOUD FL 34772

CREDITOR ID: 386658-54
MENCKEN, JAMES
5700 BAY SHORE ROAD
APT 812
PALMETTO FL 34221

CREDITOR ID: 391636-55
MENCKEN, JAMES
C/O: JIM SMITH, ESQUIRE
SMITH, ANDREWS T. BRADY, P.A.
4807 BAYSHORE BLVD. 102
TAMPA FL 33611

CREDITOR ID: 385385-54
MENDEZ, GERARDO
385 DREXEL ROAD
WEST PALM BEACH, FL 33414

CREDITOR ID: 390693-55
MENDEZ, GERARDO
C/O MICHAEL ODONNELL
FINDLER & FINDLER, P.A.
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33406

CREDITOR ID: 388628-54
MENDEZ, HECTOR
1361 SALYER STREET
PORT CHARLOTTE FL 33952

CREDITOR ID: 392680-55
MENDEZ, HECTOR
C/O: TERRI CROMLEY
THE LAW OFFICES OF CARLSON & MEISSNER
7614 MASSACHUSETTS AVENUE
NEW PORT RICHEY FL 34653

CREDITOR ID: 256063-12
MENDOLA LTD
420 LEXINGTON AVENUE
PENTHOUSE
NEW YORK, NY 10170

CREDITOR ID: 391691-55
MENDOZA, APOLINAR
C/O: ANGEL GARCIA
9100 SOUTH DADELAND BOULEVARD
SUITE 700
MIAMI FL 33156

CREDITOR ID: 385996-54
MENDOZA, MARIA
111 MICHEAL  DRIVE
CRESCENT CITY, FL 32112

CREDITOR ID: 391216-55
MENDOZA, MARIA
C/O: STEVEN MEYERS
MEYERS, STANLEY & WATERS
17 SOUTH LAKE AVENUE
ORLANDO FL 32801

CREDITOR ID: 385299-54
MENDOZA, MYRTY
2100 NICOSIA DRIVE
SAINT BERNARD, LA 70085

CREDITOR ID: 390607-55
MENDOZA, MYRTY
C/O: V. J. DAUTERIVE, JR.
VICTOR J DAUTERIVE, JR., ESQ.
2010 PAKENHAM DRIVE
CHALMETTE LA 70043

CREDITOR ID: 256064-12
MENTHOLATUM CO INC
707 STERLING DRIVE
ORCHARD NY 14127-1587

CREDITOR ID: 405169-95
MENTHOLATUM CO INC
ATTN SAM ALAIMO  CR MGR
707 STERLING DRIVE
ORCHARD NY 141271587

CREDITOR ID: 279292-35
MENTHOLATUM CO INC, THE
ATTN: BRYAN J DONOHUE
707 STERLING DR
ORCHARD PARK NY 14127

CREDITOR ID: 386353-54
MENTLEY, DAN
4998 RAEGEN WAY
SARASOTA FL 34232

CREDITOR ID: 391441-55
MENTLEY, DAN
C/O: KALO & VERHEUL, P.A.
2580 UNIVERSITY PKWY
SARASOTA FL 34243

CREDITOR ID: 407617-15
MENU FOODS
ATTN MARK A WIENS, EXEC VP & CEO
8 FALCONER DRIVE
STREETSVILLE ON L5N 1B1
CANADA

CREDITOR ID: 256065-12
MENU FOODS INC
PO BOX 33289
GENERAL POST OFFICE STATION
DETROIT, MI 48232

CREDITOR ID: 407616-15
MENU FOODS INC
ATTN MARK WIENS, EXECUTIVE VP & CFO
9130 GRIFFITH MORGAN LANE
PENNSAUKEN NJ 08110

CREDITOR ID: 256066-12
MEOW MIX COMPANY
PO BOX 18855
NEWARK, NJ 07191-8855

CREDITOR ID: 315702-36
MEOW MIX COMPANY, THE
C/O STEPHEN MACCHIAVERALT, CONTR
400 PLAZA DR, 1ST FL
SECAUCUS NJ 07094

CREDITOR ID: 256067-12
MEPCO
PO BOX 30353
SAVANNAH GA 31410

CREDITOR ID: 256068-12
MEPSCO INC
1090 ATLANTIC DR
W CHICAGO IL 60185

CREDITOR ID: 256069-12
MERANT
PO BOX 201448
DALLAS TX 75320-1448

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 376195-44<br>MERCADO LATINO INC<br>245 BALDWIN PARK BLVD<br>INDUSTRY CA 91746 | CREDITOR ID: 392209-55<br>MERCADO, ANGELO L<br>C/O MARIANO GARCIA<br>GONZALEZ & PORCHER, PA<br>2328 10TH AVE N<br>SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 387925-54<br>MERCADO, ANGELO L<br>622 SE 2ND AVE<br>BOYNTON BEACH, FL 33435 |
| CREDITOR ID: 385225-54<br>MERCADO, ARLETY<br>191 NW 97TH AVENUE #202<br>MIAMI, FL 33172 | CREDITOR ID: 390533-55<br>MERCADO, ARLETY<br>C/O JOHN S. SELIGMAN<br>FRIEDMAN & FRIEDMAN, P.A.<br>2600 DOUGLAS RD.<br>SUITE 1011<br>CORAL GABLES FL 33134 | CREDITOR ID: 386958-54<br>MERCADO, IVAN<br>3204 OCEAN PARKWAY<br>WEST PALM BEACH FL 33416 |
| CREDITOR ID: 390132-54<br>MERCADO, JASMINE<br>7100SW 13TH STREET<br>PEMBROKE PINES, FL 33024 | CREDITOR ID: 380988-47<br>MERCAM INC<br>PO BOX 890884<br>CHARLOTTE, NC 28289-0884 | CREDITOR ID: 279247-35<br>MERCAM, INC<br>ATTN: PETER G SMITH<br>34 STERLING PLACE<br>FLETCHER NC 28732 |
| CREDITOR ID: 387893-54<br>MERCED, ANA<br>213 MARIO OAKS LANE<br>OCALA, FL 34473 | CREDITOR ID: 392175-55<br>MERCED, ANA<br>C/O KEITH TURNER, ATTY<br>WILLIAM DAVID UMANSKY, ESQUIRE<br>PO BOX 533069<br>ORLANDO FL 32853-3069 | CREDITOR ID: 385241-54<br>MERCED, EVETTE<br>124 MARNIN GARDENS<br>KISSIMEE, FL 34743 |
| CREDITOR ID: 390549-55<br>MERCED, EVETTE<br>C/O KEITH T. HILL, ESQUIRE<br>JACOBS & GOODMAN<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 382812-51<br>MERCER<br>ATTN: DOMENICK CIARNIELLO<br>1166 AVENUES OF THE AMERICAS, FL 28<br>NEW YORK, NY 10036 | CREDITOR ID: 256071-12<br>MERCER ELEMENTARY SCHOOL<br>2600 BARTELS ROAD<br>ATTN SUSAN MAZZEO<br>CINCINNATI OH 45244 |
| CREDITOR ID: 405894-15<br>MERCER HR CONSULTING<br>ATTN CHRISTOPHER MINIHAME, CONTR<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | CREDITOR ID: 256074-12<br>MERCER HUMAN RESOURCE CONSULTING<br>PO BOX 730212<br>DALLAS, TX 75373-0212 | CREDITOR ID: 256073-12<br>MERCER HUMAN RESOURCE CONSULTING<br>PO BOX 13793<br>NEWARK, NJ 07188-0793 |
| CREDITOR ID: 256075-12<br>MERCER UNIVERSITY SOUTHERN<br>SCHOOL OF PHARMACY<br>3001 MERCER UNIV DR  OFFICE D 121<br>ATLANTA, GA 30341 | CREDITOR ID: 256076-12<br>MERCHANDISING SERVICES 2000 INC<br>PO BOX 116229<br>ATLANTA GA 30368-6229 | CREDITOR ID: 256077-12<br>MERCHANT FINANCIAL CORPORATION<br>1430 BROADWAY<br>SUITE 1802<br>NEW YORK NY 10018 |
| CREDITOR ID: 407726-93<br>MERCHANT SUPPLIEST INTERNATIONAL<br>7917 NW 65TH STREET<br>MIAMI FL 33166-2723 | CREDITOR ID: 278092-23<br>MERCHANTS & MARINE BANK<br>ATTN: DEBBIE NOVAK<br>3118 PASCAGOULA STREET<br>PASCAGOULA MS 39567 | CREDITOR ID: 1592-07<br>MERCHANTS SQUARE INVESTMENTS<br>ATTN: JENNA NGUYEN<br>4852 JIMMY CARTER BLVD, STE A<br>NORCROSS, GA 30093 |
| CREDITOR ID: 256078-12<br>MERCHANTS SQUARE INVESTMENTS LLC<br>ATTN: JENNA NGUYEN<br>4852 JIMMY CARTER BLVD, STE A<br>NORCROSS, GA 30093 | CREDITOR ID: 256079-12<br>MERCHSOURCE, LLC<br>ATTN KIRK MCLEAN<br>19511 PAULING<br>FOOTHILL RANCH, CA 92610 | CREDITOR ID: 389202-54<br>MERCURI, MALINDY<br>819 MYRTLE AVE<br>QUINCY, FL 32351 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393062-55<br>MERCURI, MALINDY<br>C/O PELHAM & ANDREWS<br>ATTN RANDY PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 382814-51<br>MERCURY<br>379 N. WHISMAN ROAD<br>MOUNTAIN VIEW, CA 94043-3969 | CREDITOR ID: 256080-12<br>MERCURY INTERACTIVE CORP<br>PO BOX 200876<br>DALLAS TX 75230-0876 |
| CREDITOR ID: 256081-12<br>MERCURY WASTE SOLUTIONS INC<br>ATTN GREG GUHLKE, ACCTG MGR<br>302 N RIVERFRONT DR<br>MANKATO, MN 56001 | CREDITOR ID: 256082-12<br>MERCY CROSS HIGH SCHOOL<br>390 CRUSADER DR<br>BILOXI, MS 39530 | CREDITOR ID: 256084-12<br>MEREDITH AGRICULTURE<br>444 CAVE ROAD<br>GLENDALE KY 42740 |
| CREDITOR ID: 406984-MS<br>MEREDITH, MARYLL<br>3381 COLUMBIA TRACE<br>DECATUR GA 30032 | CREDITOR ID: 403512-15<br>MEREX INC<br>ATTN JERRY NICKERSON, PRES<br>6436 QUINPOOL ROAD<br>HALIFAX NS B3L 1A8<br>CANADA | CREDITOR ID: 256087-12<br>MEREX SEAFOODS INC<br>6436 QUINPOOL ROAD, 2ND FLOOR<br>HALIFAX, NS B3L 1A8<br>CANADA |
| CREDITOR ID: 405171-95<br>MEREX SEAFOODS INC<br>P O BOX 485 STN CENTRAL<br>HALIFAX NS B3J 2R7<br>CANADA | CREDITOR ID: 256088-12<br>MERIDIAN COCA COLA BOTTLING CO<br>ATTN THOMAS L WEBB<br>PO BOX 5207<br>MERIDIAN, MS 39302-5207 | CREDITOR ID: 403224-99<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 279149-33<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O THOMAS L. WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 256089-12<br>MERIDIAN MEDICAL ASSOCIATES PA<br>ATTN: LINDA K CROWSON<br>2024 15TH ST 2ND FL<br>MERIDIAN, MS 39301-4164 | CREDITOR ID: 256090-12<br>MERIDIAN PHARMACEUTICALS INC<br>1316 COMMERCE DRIVE<br>DECATUR AL 35601 |
| CREDITOR ID: 399685-YY<br>MERIDIAN SOUTHERN TIRE MART<br>5480 N FRONTAGE ROAD<br>MERIDIAN MS 39307 | CREDITOR ID: 256091-12<br>MERIDIAN STAR, THE<br>ATTN KAY FILES, BUS MGR<br>PO BOX 1591<br>MERIDIAN, MS 39301 | CREDITOR ID: 256092-12<br>MERIDIAN SUPERMARKET LLC<br>24E COTA STREET<br>SUITE 100<br>SANTA BARBARA, CA 93101 |
| CREDITOR ID: 1593-07<br>MERIDIAN SUPERMARKET LLC<br>24E COTA STREET<br>SUITE 100<br>SANTA  BARBARA, CA 93101 | CREDITOR ID: 382891-51<br>MERIT HL PL-HLTH STRATEGIES<br>TWO PERIMETER PARK SOUTH STE 200 W<br>BIRMINGHAM, AL 35243 | CREDITOR ID: 256094-12<br>MERITA BAKERIES<br>PO BOX 30000<br>ORLANDO, FL 32891 |
| CREDITOR ID: 256095-12<br>MERITA BAKERY<br>INTERSTATE BRANDS CO<br>PO BOX 28489<br>JACKSONVILLE, FL 32226-8489 | CREDITOR ID: 256096-12<br>MERITA BAKERY-IBC<br>PO BOX 668648<br>CHARLOTTE, NC 28266 | CREDITOR ID: 256097-12<br>MERLINO & TURNER INC<br>4405 NORTHSIDE PARKWAY<br>SUITE 2117<br>ATLANTA GA 30327-5202 |
| CREDITOR ID: 267946-14<br>MERMAR PARTNERSHIP<br>ATTN: MEREDITH SPENCER<br>3749 FAIRYSTONE PARK HWY<br>BASSETT VA 24055-4013 | CREDITOR ID: 256098-12<br>MERRELL POOLE & ASSOCIATES INC<br>MANUFACTURERS REPRESENTATIVES<br>PO BOX 10929<br>JACKSONVILLE FL 32247-0929 | CREDITOR ID: 256102-12<br>MERRICK<br>1275 QUARRY STREET<br>CORONA CA 92879-1707 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389331-54<br>MERRIEX, BOBBIE<br>327 SW ROCK WAY<br>FORT WHITE FL 32038 | CREDITOR ID: 393144-55<br>MERRIEX, BOBBIE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NORTHWEST SECOND AVENUE<br>GAINESVILLE FL 32601 | CREDITOR ID: 388745-54<br>MERRIL, MARY<br>5545 FRIENDLY STREET<br>COCOA FL 32937 |
| CREDITOR ID: 256103-12<br>MERRILL CONSULTANTS<br>10717 CROMWELL DRIVE<br>DALLAS TX 75229-5112 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN - MAIL STOP B2331<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 256105-12<br>MERRILL LYNCH FOUNDATION<br>3701 CRIOLLO DRIVE<br>VIRGINIA BEACH VA 23453 |
| CREDITOR ID: 406985-MS<br>MERRILL, ERNEST W.<br>8261 S INDIAN RIVER DRIVE<br>BOCA RATON FL 33428 | CREDITOR ID: 377479-44<br>MERRIMAN, TIMOTHY D<br>RAL DIV STORE# 963<br>66 BEAVER RIDGE ROAD<br>COLLINSVILLE, VA 24078 | CREDITOR ID: 267947-31<br>MERRITT ISLAND RDVLOPMENT AGCY<br>ATTN: GREG LUGER<br>2575 N COURTENAY PKWY<br>MERRITT ISLAND FL 32953-4126 |
| CREDITOR ID: 394054-61<br>MERRITT W. FOSTER, JR., MD<br>414 W. FRANKLIN ST.<br>RICHMOND, VA 23220 | CREDITOR ID: 387019-54<br>MERRITT, JONATHAN<br>166 MERRITT LANE<br>WRAY GA 31798 | CREDITOR ID: 406986-MS<br>MERRY, SANDRA<br>11860 TANYA TERRACE E.<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 256106-12<br>MERWIN SCHOOL<br>1040 GASKINS RD<br>CINCINNATI OH 45245 | CREDITOR ID: 245312-12<br>MERWIN, CHRISTIE M<br>1019 CENTER STREET<br>ARABI LA 70032 | CREDITOR ID: 256107-12<br>MESA LABORATORIES INC<br>12100 WEST 6TH AVENUE<br>LAKEWOOD CO 80228 |
| CREDITOR ID: 388018-54<br>MESA, AMELIA<br>11800 SW 18TH ST APT 728<br>MIAMI, FL 33175 | CREDITOR ID: 392294-55<br>MESA, AMELIA<br>C/O LAW OFFICES OF JOHN RUIZ, PA<br>5040 NW 7TH ST., STE. 920<br>MIAMI FL 33126 | CREDITOR ID: 394304-56<br>MESADIEU, MAURICE<br>3280 EL PRIMO WAY<br>ORLANDO FL 32808 |
| CREDITOR ID: 387358-54<br>MESEKE, JOANN<br>374 SW NATIVITY TERRACE<br>PORT SAINT LUCIE, FL 34984 | CREDITOR ID: 391931-55<br>MESEKE, JOANN<br>C/O: GENE ZWEBEN<br>SCHWARTZ , ZWEBEN  & ASSOC<br>205 SW WINNACHEE DR<br>STUART FL 34994 | CREDITOR ID: 316079-41<br>MESQUITE W.D. 99-I,LTD<br>1848 NORWOOD PLAZA, SUITE 214<br>HUSRST TX 76054 |
| CREDITOR ID: 256108-12<br>MESSENGER<br>PO BOX 1865<br>HARTSVILLE, SC 29551 | CREDITOR ID: 256109-12<br>MESSENGER INQUIRER OWENSBORO<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 | CREDITOR ID: 384233-47<br>MESSENGER PUBLISHING CO INC<br>PO BOX 30<br>CAIRO, GA 31728 |
| CREDITOR ID: 262854-12<br>MESSENGER, THE<br>PO BOX 25128<br>RICHMOND, VA 23260-5128 | CREDITOR ID: 386731-54<br>MESSER, CINDY<br>103 FORK RD<br>MOUNT HOLLY NC 28120 | CREDITOR ID: 389251-54<br>MESSICK, TROY<br>715 N. CAUSEWAY BLVD<br>METAIRIE LA 70001 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 393089-55
MESSICK, TROY
C/O: ROBERT LENTER
W/C LEGAL CLINIC OF LA
716 N CAUSEWAY BLVD
METAIRIE LA 70001

CREDITOR ID: 390053-54
MESSNER, GENE
14606 DUCKCOVE COURT
MIDLOTHIAN VA 23112

CREDITOR ID: 316158-40
MET LIFE
5647 ROOSEVELT BOULEVARD
JACKSONVILLE, FL 32254

CREDITOR ID: 256111-12
METABOLIFE INTERNATIONAL INC
PO BOX 51902
LOS ANGELES, CA 90051-6202

CREDITOR ID: 405172-95
METABOLIFE INTERNATIONAL INC
ACOSTA
PO BOX 22889
JENNIFER DUPRAS
TAMPA FL 33622-2889

CREDITOR ID: 256112-12
METAFILE INFORMATION SYSTEMS
ROCHESTER TECHNOLOGY PARK
2900 43RD STREET NW
ROCHESTER MN 55901-5895

CREDITOR ID: 382815-51
METAFILE INFORMATION SYSTEMS
2900 43RD STREET NW
ROCHESTER, MN 55901-5895

CREDITOR ID: 256113-12
METAIRIE GRAMMER
201 METAIRIE ROAD
METAIRIE, LA 70005

CREDITOR ID: 256114-12
METAL FABRICATORS OF JAX INC
436 WEST 41ST STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 256115-12
METAL FUSION INC
712 ST GEORGE AVE
JEFFERSON LA 70121

CREDITOR ID: 256116-12
METAL SALES CEM SUPPLY LLC
PO BOX 54998
NEW ORLEANS LA 70154-4998

CREDITOR ID: 256117-12
METAL SPECIALIST INC
PO BOX 683
5023 FLINT HILL ROAD
AUSTELL GA 30106

CREDITOR ID: 256118-12
METAUGUS
3570 LEES CHAPEL RD
CEDARTOWN, GA 30125

CREDITOR ID: 262855-12
METEOR INC, THE
ATTN: HENRY CARNEZ, PRES
PO BOX 353
CRYSTAL SPRINGS, MS 39059

CREDITOR ID: 256119-12
METOXAL LIMITED CO
6200 STATE ROAD 544
WINTER HAVEN FL 33881

CREDITOR ID: 381136-47
METRO ATLANTA CHAMBER OF COMMERCE
235 ANDREW YOUNG INTER. BLVD NW
ATLANTA, GA 30303

CREDITOR ID: 256120-12
METRO COMMUNICATIONS INC
ATTN SANDRA PATIN, OFF MGR
PO BOX 13668
JACKSON, MS 39236-3668

CREDITOR ID: 267948-31
METRO DADE COUNTY PUB WRKS
ATTN: ARI RIVERA
11 NW 1ST ST FL 16
MIAMI FL 33128-1814

CREDITOR ID: 256121-12
METRO DOOR
ATTN: CHRISTINE KETRAW, CFO
99 SMITHTOWN BYPASS , 2ND FLR
HAUPPAUGE, NY 11788

CREDITOR ID: 256122-12
METRO FACTORS INC
PO BOX 970817
DALLAS, TX 75397-0817

CREDITOR ID: 256124-12
METRO GARAGE DOOR CO INC
6247 COLAN PLACE
SARASOTA FL 34240-9396

CREDITOR ID: 256125-12
METRO GOLDWYN MAYER INC
2407 COLLECTION CENTER DRIVE
CHICAGO, IL 60696

CREDITOR ID: 1594-07
METRO INTERNATIONAL PROPERTY
% NAVONA INVESTORS
2 EVA RD STE 221
ETOBICOKE ON
CANADA

CREDITOR ID: 316159-40
METRO INTERNATIONAL PROPERTY
C/O NAVONA INVESTORS
2 EVA RD, STE 221
ETOBICOKE, ON
CANADA

CREDITOR ID: 2404-07
METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C 2A8
CANADA

CREDITOR ID: 267949-31
METRO OF ARLINGTON
ATTN: MARIA PIETREFORTE
2311 25TH ST S
ARLINGTON VA 22206-2899

CREDITOR ID: 256127-12
METRO REFRIGERATION
PO BOX 579
POWDER SPRINGS, GA 30127

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256128-12<br>METRO ROOTER<br>ATTN TOM A MCLAUGHLIN, PRES<br>8892 NORMANDY BOULEVARD<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 381065-47<br>METRO SPECIAL POLICE& SECURITY SERVICES<br>PO BOX 221207<br>CHARLOTTE, NC 28222 | CREDITOR ID: 256130-12<br>METRO TECHNOLOGY<br>255 RIVERCHASE PKWY E, SUITE F<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 405174-95<br>METRO TECHNOLOGY<br>PO BOX 19203<br>BIRMINGHAM AL 35219 | CREDITOR ID: 256131-12<br>METRO THEBE DBA METRO MKTG<br>PO BOX 30237<br>LOS ANGELES, CA 90030-0237 | CREDITOR ID: 256132-12<br>METRO WHOLESALE GROCERS<br>142 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| CREDITOR ID: 384234-47<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH<br>FOURTH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 279248-35<br>METRO WHOLESALE GROCERS OF NEW YORK<br>ATTN: C/O NOEL W. HAUSER<br>415 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 393695-58<br>METRO2GO, INC<br>7930 N.W. 36TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 256134-12<br>METROCALL<br>PO BOX 740520<br>ATLANTA, GA 30374-0520 | CREDITOR ID: 395689-65<br>METROCALL WIRELESS<br>890 EAST HEINBERG STREET<br>PENSACOLA, FL 32502 | CREDITOR ID: 406109-15<br>METROCALL, INC<br>ATTN NANCY E POLLARD<br>890 EAST HEINBERG STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 403220-99<br>METRO-GOLDWYN-MAYER HOME ENT<br>C/O CHRISTOPHER C MILLER, ESQ<br>10250 CONSTELLATION BLVD<br>LOS ANGELES CA 90067 | CREDITOR ID: 256135-12<br>METROLINA GREENHOUSES INC<br>16400 HUNTERSVILLE-CONCORD RD<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 256136-12<br>METRON INSTRUMENTS INC<br>PO BOX 39325<br>SOLON, OH 44139 |
| CREDITOR ID: 267950-31<br>METROP SEW DIST BUN CTY<br>ATTN: TOM HARTYE<br>2028 RIVERSIDE DR<br>ASHEVILLE NC 28804-3054 | CREDITOR ID: 256137-12<br>METROPOLITAN CONSTRUCTION SVCS LLC<br>100 WEST 22ND STREET<br>SUITE 175<br>LOMBARD IL 60148 | CREDITOR ID: 267953-31<br>METROPOLITAN DEV & HSING AGCY<br>ATTN: RITA JAMES<br>701 S 6TH ST<br>NASHVILLE TN 37206-3809 |
| CREDITOR ID: 267952-31<br>METROPOLITAN DEV & HSING AGCY<br>ATTN: JANICE PLATT<br>712 S 6TH ST<br>NASHVILLE TN 37206-3810 | CREDITOR ID: 267951-31<br>METROPOLITAN DEV & HSING AGCY<br>ATTN: DAVE KOELLEIN<br>144 2ND AVE N STE 100<br>NASHVILLE TN 37201-1995 | CREDITOR ID: 256138-12<br>METROPOLITAN GLASS COMPANY INC<br>PO BOX 9952<br>MOBILE, AL 36691 |
| CREDITOR ID: 406311-15<br>METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, ESQ<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004 | CREDITOR ID: 267954-31<br>METROPOLITAN SEWER SUB DST<br>ATTN: MIKE DICKSON<br>705 OLD AUGUSTA RD<br>GREENVILLE SC 29605-5216 | CREDITOR ID: 256139-12<br>METROTEL INC<br>PO BOX 738<br>STONE RIDGE, NY 12484-0738 |
| CREDITOR ID: 256140-12<br>METTLER TOLEDO FLORIDA<br>PO BOX 918513<br>ORLANDO, FL 32891-8513 | CREDITOR ID: 384235-47<br>METTLER TOLEDO FLORIDA<br>PO BOX 905680<br>CHARLOTTE, NC 28290-5680 | CREDITOR ID: 395320-63<br>METTLER TOLEDO FLORIDA<br>820 N BOUNDARY AVE<br>DELAND, FL 32720 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381385-47<br>METTLER TOLEDO INC<br>22670 NETWORK PLACE<br>CHICAGO, IL 60673-1226 | CREDITOR ID: 256141-12<br>METTLER-TOLEDO INC<br>PO BOX 905632<br>CHARLOTTE, NC 28290-5632 | CREDITOR ID: 395321-63<br>METTLER-TOLEDO FLORIDA INC.<br>6821 SOUTHPOINT DRIVE N, SUITE 118<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 397657-72<br>METTLER-TOLEDO, INC.<br>6402 BADGER DRIVE<br>TAMPA, FL 33610 | CREDITOR ID: 315869-40<br>METTS CO REAL ESTATE<br>4014 DUTCHMANS LANE<br>LOUISVILLE, KY 40207-4715 | CREDITOR ID: 256143-12<br>METTS TRUCK CENTER INC<br>2329 NORTH SKEETER TERRACE<br>HERNANDO, FL 34442 |
| CREDITOR ID: 406982-MS<br>METTS, PHILIP N.<br>101 COUNTRY LANE<br>SHELBYVILLE KY 40065 | CREDITOR ID: 250916-12<br>METZER, GREG A<br>1 SOUTH BROADWAY<br>SUITE 100<br>EDMOND, OK 73034 | CREDITOR ID: 256144-12<br>METZGER/MCGUIRE<br>PO BOX 2217<br>CONCORD NH 03302-2217 |
| CREDITOR ID: 267955-31<br>MEXICO BEACH CITY OF<br>ATTN: PAUL SABATHSTON<br>118 N 14TH ST<br>MEXICO BEACH FL 32410 | CREDITOR ID: 394196-56<br>MEYER, PATRICIA<br>C/O J. SCOTT NOONEY & ASSOCIAT<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 256145-12<br>MEYERCORD REVENUE COMPANY<br>ATTN VINCE MUGLIA, CONTROLLER<br>PO BOX 95598<br>CHICAGO, IL 60694-5598 |
| CREDITOR ID: 256146-12<br>MEYERS BAKERIES<br>PO BOX 1798<br>DEPT 07-020<br>MEMPHIS, TN 38101-9715 | CREDITOR ID: 405177-95<br>MEYERS BAKERIES<br>P O BOX 3926<br>LITTLE ROCK AR 72203 | CREDITOR ID: 381902-99<br>MEYER'S BAKERIES INC<br>C/O WRIGHT LINDSEY & JENNINGS LLP<br>ATTN: JAMES J GLOVER<br>200 WEST CAPITOL AVE, STE 2300<br>LITTLE ROCK AR 72201 |
| CREDITOR ID: 406987-MS<br>MEYERS, ELLA MAY (D.L.)<br>808 118TH AVE.<br>TAMPA FL 33612 | CREDITOR ID: 258155-12<br>MEYNIER, PATTI<br>2012 CAMBRIDGE PLACE<br>LAPLACE, LA 70068 | CREDITOR ID: 389608-54<br>MEZQUEARAN, WILMA<br>6375 W. 27TH AVE<br>BLDG 2 APT 202<br>HIALEAH, FL 33016 |
| CREDITOR ID: 393272-55<br>MEZQUEARAN, WILMA<br>C/O: BERNARD H. BUTTS<br>BERNARD H. BUTTS, JR., P.A.<br>1790 WEST 49TH STREET<br>HIALEAH FL 33012 | CREDITOR ID: 256147-12<br>MFI<br>ATTN: JAY J RODGERS, SVP & TREAS<br>PO BOX 18434<br>NEWARK, NJ 07191 | CREDITOR ID: 256148-12<br>MFM INDUSTRIES INC<br>PO BOX 102437<br>ATLANTA, GA 30368-2437 |
| CREDITOR ID: 279042-99<br>MFR PROPERTIES LANDLORD<br>C/O ROBINSON BROG  LEINWAND ET AL<br>ATTN: FRED B RINGEL, ESQ<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK NY 10105 | CREDITOR ID: 255188-12<br>MG ELECTRONICS & EQUIP CO<br>PO BOX 23744<br>HARAHAN LA 70183-0744 | CREDITOR ID: 255189-12<br>MG FORD PRODUCE INC<br>PO BOX 189<br>IMMOKALEE FL 34143-0189 |
| CREDITOR ID: 255190-12<br>MG NEWELL COMPANY INC<br>PO BOX 60140<br>CHARLOTTE, NC 28260-0140 | CREDITOR ID: 382817-51<br>MG TAMPA TRIBUNE<br>200-202 S PARKER STREET<br>TAMPA, FL 33606 | CREDITOR ID: 279382-36<br>MGM HOME ENTERTAINMENT LLC<br>C/O FINKEL, GOLDSTEIN, BERZOW ET AL<br>ATTN: NEAL M. ROSENBLOOM<br>26 BROADWAY, STE 711<br>NEW YORK NY 10004 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256149-12<br>MH EQUIPMENT<br>760 ENTERPRISE DRIVE<br>LEXINGTON, KY 40510 | CREDITOR ID: 256150-12<br>MH EQUIPMENT CORPORATION<br>2235 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 255191-12<br>MH KENTUCKY BOWLING GREEN<br>2012 NORTHWESTERN PARKWAY<br>PO BOX 1443<br>LOUISVILLE KY 40203 |
| CREDITOR ID: 278914-30<br>MH ZEIGLER & SONS LLC<br>135 S LASALLE STREET<br>DEPT 1556<br>CHICAGO, IL 60674-1556 | CREDITOR ID: 256151-12<br>MHS SOFTBALL<br>1 SKIPPER DRIVE<br>MANDEVILLE LA 70471 | CREDITOR ID: 382889-51<br>MI M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 |
| CREDITOR ID: 256152-12<br>MI WEBSTER<br>58 GLEN EAGLE WAY<br>HIRAM GA 30141 | CREDITOR ID: 267956-14<br>MIAMI BEACH CITY OF<br>ATTN: PATRICIA WALKER<br>1700 CONVENTION CENTER DR<br>MIAMI BEACH FL 33139-1819 | CREDITOR ID: 256154-12<br>MIAMI DADE BLDG DEPT<br>FINANCE UNIT BOILER SECTION<br>11805 SW 26 STREET, ROOM 149<br>MIAMI, FL 33175-2474 |
| CREDITOR ID: 256155-12<br>MIAMI DADE COMM COLLEGE<br>11380 NW 27 AVE<br>ROOM 1164<br>MIAMI FL 33167 | CREDITOR ID: 267957-31<br>MIAMI DADE TEAM METRO<br>ATTN: DEBRA CURTAINS<br>111 S DIXIE HWY<br>MIAMI FL 33133-4822 | CREDITOR ID: 256167-12<br>MIAMI EMERGENCY MEDICINE SPEC L C<br>PO BOX 813759<br>HOLLYWOOD FL 33081-3759 |
| CREDITOR ID: 256168-12<br>MIAMI FOOD DISTRIBUTOR OF USA<br>2761 W 77 PLACE<br>HIALEAH, FL 33016 | CREDITOR ID: 256169-12<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>2ND FLOOR<br>EATONTOWN, NJ 07724 | CREDITOR ID: 1595-07<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>EATONTOWN, NJ 07724 |
| CREDITOR ID: 256170-12<br>MIAMI HERALD<br>PO BOX 019135<br>MIAMI FL 33101-9135 | CREDITOR ID: 382819-51<br>MIAMI HERALD SUN<br>1 MIAMI HERALD PLAZA<br>MIAMI, FL 33132 | CREDITOR ID: 256171-12<br>MIAMI IRRIGATION & PUMPS<br>PO BOX 105837<br>ATLANTA GA 30348-5837 |
| CREDITOR ID: 256172-12<br>MIAMI JACK SERVICE INC<br>1011 EAST HIALEAH DR<br>HIALEAH FL 33010 | CREDITOR ID: 267958-31<br>MIAMI NGHBRHOOD ENHNCMENT TEAM<br>ATTN: EDDIE BORGES<br>1888 NW 21ST ST<br>MIAMI FL 33142-7436 | CREDITOR ID: 256173-12<br>MIAMI ONION ROLL CO INC<br>111 BERKSHIRE AVE<br>PATERSON NJ 07502-1812 |
| CREDITOR ID: 384236-47<br>MIAMI QUALITY FOODS<br>284 N.W. 27TH STREET<br>MIAMI, FL 33127 | CREDITOR ID: 256174-12<br>MIAMI QUALITY FOODS, INC<br>ATTN ORESTES GARCIA, PRES<br>284 N.W. 27TH STREET<br>MIAMI, FL 33127 | CREDITOR ID: 256175-12<br>MIAMI QUALITY PRODUCTS INC<br>2175 N W 23 COURT<br>MIAMI, FL 33142 |
| CREDITOR ID: 256176-12<br>MIAMI SAFE & LOCK INC<br>ATTN CYNTHIA BAGWELL<br>11750 SW 95TH AVENUE<br>MIAMI, FL 33176-4251 | CREDITOR ID: 384237-47<br>MIAMI SAFE & LOCK INC<br>11750 SW 95TH AVE<br>MIAMI, FL 33176-4251 | CREDITOR ID: 256177-12<br>MIAMI SOUTHRIDGE SENIOR HIGH<br>19355 SW 114 AVENUE<br>MIAMI, FL 33157 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                        **CASE:** 05-03817-3F1

CREDITOR ID: 256178-12
MIAMI SYSTEMS CORPORATION
PO BOX 630470
CINCINNATI, OH 45263-0470

CREDITOR ID: 256179-12
MIAMI TIRESOLES INC
7800 NW 103RD STREET
HIALEAH GARDENS FL 33016-2486

CREDITOR ID: 387852-54
MIAMI WINN-DIXIE LOGISTICS
1141 S.W. 12TH AVE
POMPANO BCH, FL 33069

CREDITOR ID: 267976-31
MIAMI/MIAMI-DADE WEED AND SEED
ATTN: KAREN COOPER
100 NE 84TH ST STE 250
MIAMI FL 33138-3714

CREDITOR ID: 403214-92
MIAMI-DADE CONSUMER SERVICES DEPT
ATTN LEONARD ELIAS ESQ
140 WEST FLAGLER STREET STE 902
MIAMI FL 33130

CREDITOR ID: 269306-16
MIAMI-DADE CONSUMER SVCS DEPART
140 WEST FLAGLER STREET, SUITE 902
MIAMI, FL 33130

CREDITOR ID: 269305-16
MIAMI-DADE CONSUMER SVCS DEPART
111 NORTHWEST 1ST STREET
SUITE 1750
MIAMI, FL 33128-1981

CREDITOR ID: 267975-31
MIAMI-DADE COUNTY
ATTN: WILLIAM BRANT
4200 SAULSITO ST
CORAL GABLES FL 33146

CREDITOR ID: 267974-31
MIAMI-DADE COUNTY
ATTN: SHIRLEY BROWN
111 NW 1ST ST STE 1510
MIAMI FL 33128-1905

CREDITOR ID: 267973-31
MIAMI-DADE COUNTY
ATTN: ROMAN GASTESI JR
111 NW 1ST ST FL 25
MIAMI FL 33128-1902

CREDITOR ID: 267972-31
MIAMI-DADE COUNTY
ATTN: MARSHA E JACKMAN
175 NW 1ST AVE FL 28
MIAMI FL 33128-1835

CREDITOR ID: 267971-31
MIAMI-DADE COUNTY
ATTN: LUCY DINHACK
3401 SW 72ND AVE
MIAMI FL 33155-3665

CREDITOR ID: 267970-14
MIAMI-DADE COUNTY
ATTN: LUCIEN W HOPE
111 NW 1ST ST STE 2630
MIAMI FL 33128-1930

CREDITOR ID: 267969-31
MIAMI-DADE COUNTY
ATTN: LOUIS AGUILAR
1001 NW 11TH ST
MIAMI FL 33136-2209

CREDITOR ID: 267968-31
MIAMI-DADE COUNTY
ATTN: L W SHEROD
8000 SW 107TH AVE
MIAMI FL 33173-4801

CREDITOR ID: 267967-31
MIAMI-DADE COUNTY
ATTN: KERTH SALLEY
11341 SW 216TH ST
MIAMI FL 33170-2910

CREDITOR ID: 267966-14
MIAMI-DADE COUNTY
ATTN: KATHY JACKSON
175 NW 1ST AVE STE 2900
MIAMI FL 33128-1898

CREDITOR ID: 267965-31
MIAMI-DADE COUNTY
ATTN: JOHN RENFROW
33 SW 2ND AVE
MIAMI FL 33130-1501

CREDITOR ID: 267964-14
MIAMI-DADE COUNTY
ATTN: JOEL ROBBINS
111 NW 1ST ST STE 710
MIAMI FL 33128-1919

CREDITOR ID: 267963-31
MIAMI-DADE COUNTY
ATTN: JAMES D WAGNER JR
80 SW 8TH ST STE 2801
MIAMI FL 33130-3047

CREDITOR ID: 267962-14
MIAMI-DADE COUNTY
ATTN: IAN YORTY
140 W FLAGLER ST STE 101
MIAMI FL 33130-1559

CREDITOR ID: 267961-31
MIAMI-DADE COUNTY
ATTN: DAVID WHITE
8831 NW 58TH ST
MIAMI FL 33178-1603

CREDITOR ID: 267960-31
MIAMI-DADE COUNTY
ATTN: CHARLES DANGER
111 NW 1ST ST STE 1010
MIAMI FL 33128-1923

CREDITOR ID: 267959-31
MIAMI-DADE COUNTY
ATTN: ANDREW WILFORK
8675 NW 53RD ST STE 201
MIAMI FL 33166-4566

CREDITOR ID: 382821-51
MIAMI-DADE COUNTY FAIR & EXPO, INC
10901 SW 24TH STREET
MIAMI, FL 33165

CREDITOR ID: 318785-43
MIAMI-DADE COUNTY TAX COLLECTOR
PO BOX 31697
TAMPA FL 33631-3697

CREDITOR ID: 256180-12
MIAVANA WHOLESALE CO
2175 N.W. 23 COURT
MIAMI, FL 33142

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 256183-12
MICAHROI LTD
C/O DRINKARD DEVELOPMENT
PO BOX 996
CULLMAN AL 35056-0996

CREDITOR ID: 256195-12
MICHAEL AND BEVERLY STAVRIS
5 FARR PLACE
PALM COAST, FL 32137

CREDITOR ID: 381510-47
MICHAEL BURTON DO/ KEY WEST FAM MED CTR
1446 KENNEDY DR
KEY WEST, FL 33040

CREDITOR ID: 256207-12
MICHAEL CANAL & SONS INC
570 WEST PINE STREET
PONCHATOULA LA 70454

CREDITOR ID: 256213-12
MICHAEL D MYERS TRUSTEE
ATTORNEY AT LAW
700 LOUISIANA
SUITE 4100
HOUSTON TX 77002

CREDITOR ID: 381903-30
MICHAEL FOODS INC
C/O LEONARD STREET AND DEINARD
ATTN: LARRY B RICKE
150 SOUTH FIFTH ST, STE 2300
MINNEAPOLIS MN 55402

CREDITOR ID: 384240-47
MICHAEL FOODS INC
PO BOX 98378
CHICAGO, IL 60693

CREDITOR ID: 405180-95
MICHAEL FOODS INC
301 CARLSON PARKWAY
SUITE 400
MINNETONKA MN 55305-5388

CREDITOR ID: 315681-36
MICHAEL FOODS INC
C/O LARRY B RICKE
150 SOUTH FIFTH ST, STE 2500
MINNEAPOLIS MN 55402

CREDITOR ID: 279249-35
MICHAEL FOODS, INC
ATTN: MIKE WOLCOTT
301 CARLSON PARKWAY
SUITE 400
MINNETONKA MN 55305

CREDITOR ID: 256225-12
MICHAEL GROSS CHAPTER 13 TRUSTEE
PO BOX 734
TYLER TX 75710

CREDITOR ID: 256262-12
MICHAEL SCOTT DAVIS JR
2900 ROCKY HEAD RD
OZARK AL 36010

CREDITOR ID: 256268-12
MICHAEL TODD BALLARD
3825 CHATHAM ROAD
LOUISVILLE, KY 40218

CREDITOR ID: 243027-12
MICHAELS, BARBARA A
3628 HOLSTON WAY
ORLANDO FL 32812-8431

CREDITOR ID: 256278-12
MICHELIN NORTH AMERICA INC
PO BOX 100860
ATLANTA, GA 30384-0860

CREDITOR ID: 407455-15
MICHELIN NORTH AMERICA, INC.
ATTN WANDA LINK, CREDIT MGR
PO BOX 19001
GREENVILLE SC 29602-9001

CREDITOR ID: 393268-55
MICHELINA, SUSAN
C/O: WILLIAM W. BYRD, ESQUIRE
BYRD LAW GROUP, P.A.
3825 HENDERSON BLVD.
SUITE 600
TAMPA FL 33629

CREDITOR ID: 389603-54
MICHELINE, SUSAN
1262 MARKHAM AVENUE
SPRING HILL, FL 34606

CREDITOR ID: 256284-12
MICHELLE KASS LANZA
2339 PARK PLACE DRIVE
TERRYTOWN, LA 70056

CREDITOR ID: 389379-54
MICHELON, JAMES
8415 WOOLEY DRIVE
N. FORT MEYERS FL 33917

CREDITOR ID: 393170-55
MICHELON, JAMES
C/O: ROBERT E. KEEZEL, ESQ
1601 JACKSON ST., SUITE 103
FT. MYERS FL 33901

CREDITOR ID: 278522-24
MICHIGAN NATIONAL BANK
27777 INKSTER ROAD
FARMINGTON HILLS MI 48334

CREDITOR ID: 392425-55
MICHLEYN, PEARL
C/O: NEIL BRODERICK, ESQUIRE
GOLDBERG AND DOLAN, LLP
ONE EAST BROADWAY
SUITE700
FORT LAUDERDALE FL 33301

CREDITOR ID: 386746-54
MICIELI, KAREN
140 PROSPECT ST
SPENCER WV 25276

CREDITOR ID: 391670-55
MICIELI, KAREN
C/O: EDWARD ALMEYDA, ESQ
LAW OFFICES OF EDWARD ALMEYDA
922 N. KROME AVENUE
HOMESTEAD FL 33030

CREDITOR ID: 386325-54
MICIELLO, PAMELA
PO BOX 40
CARRIERE MS 39426

CREDITOR ID: 243046-12
MICKEL, BARBARA J
85072 JOANN ROAD
YULEE FL 32097

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256295-12<br>MICKEY BROWN INC<br>257 BERGERON ST<br>HOUMA, LA 70364 | CREDITOR ID: 406988-MS<br>MICKIE, MICHAEL J<br>50 PALM HARBOR PKWY<br>PALM COAST FL 32137 | CREDITOR ID: 256300-12<br>MICON SERVICES INC<br>153 MONTGOMERY STREET<br>BOGALUSA, LA 70427 |
| CREDITOR ID: 256301-12<br>MICRO MOTION INC<br>PO BOX 70707<br>CHICAGO, IL 60673 | CREDITOR ID: 382822-51<br>MICROFOCUS<br>15220 NW GREENBRIER PKWY<br>BEAVERTON, OR 97006 | CREDITOR ID: 256303-12<br>MICROLOGY LABORATORIES<br>PO BOX 340<br>GOSHEN IN 46527-0340 |
| CREDITOR ID: 256304-12<br>MICROSOFT CORPORATION<br>MICROSOFT ENTERPRISE SERVICES<br>PO BOX 844510<br>DALLAS TX 75284-4510 | CREDITOR ID: 395520-64<br>MICROSOFT LICENSING, GP<br>7000 N STATE HWY 161<br>IRVING, TX 75039 | CREDITOR ID: 382827-51<br>MICROSTRATEGY<br>1861 INTERNATIONAL DRIVE<br>MCLEAN, VA 22102 |
| CREDITOR ID: 256305-12<br>MICROSTRATEGY SERVICES CORPORATION<br>PO BOX 409671<br>ATLANTA, GA 30384-9671 | CREDITOR ID: 256302-12<br>MICRO-TEL, INC<br>3700 HOLCOMB BRIDGE RD<br>NORCROSS GA 30092 | CREDITOR ID: 256306-12<br>MICROWAVE FOODS INC<br>PO BOX 53<br>MALIBU CA 90265 |
| CREDITOR ID: 244114-12<br>MICU, BRYAN P<br>8463 ALLWINE CT<br>JACKSONVILLE FL 32244 | CREDITOR ID: 256307-12<br>MID AMERICA MACHINERY INC<br>11530 BROOKLYN ROAD<br>BROOKLYN, MI 49230 | CREDITOR ID: 256308-12<br>MID AMERICA SECURITY SYSTEMS<br>506 E LEWIS AND CLARK PKWY<br>CLARKSVILLE IN 47129-1730 |
| CREDITOR ID: 256309-12<br>MID AMERICAN MANAGEMENT CORP<br>ATTN ACCOUNTS RECEIVABLE DEPT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | CREDITOR ID: 1596-07<br>MID AMERICAN MANAGEMENT CORP<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | CREDITOR ID: 256310-12<br>MID ATLANTIC COCA-COLA BOTTLERS<br>PO BOX 79261<br>BALTIMORE, MD 21279-0261 |
| CREDITOR ID: 256311-12<br>MID ATLANTIC CRANE & EQUPIMENT CO<br>3312 NORTHSIDE DR<br>RALEIGH NC 27615 | CREDITOR ID: 256312-12<br>MID ATLANTIC FABRICATION&FINISHING<br>205 FOREST DRIVE<br>KNIGHTDALE NC 27545 | CREDITOR ID: 256313-12<br>MID CAROLINA ELEC COOP<br>PO BOX 669<br>LEXINGTON, SC 29071-0669 |
| CREDITOR ID: 256314-12<br>MID CITY NEIGHBORHOOD ORGANIZATION<br>4123 TOULOUSE<br>NEW ORLEANS LA 70119 | CREDITOR ID: 267977-31<br>MID EASTERN NC CMNTY DEVP<br>ATTN: ML BANNER<br>1214 QUEEN ANNE RD NW<br>WILSON NC 27896-1442 | CREDITOR ID: 256315-12<br>MID FLA SUN PUBLICATIONS<br>4645 HWY 19A<br>MT DORA, FL 32757 |
| CREDITOR ID: 405187-95<br>MID FLA SUN PUBLICATIONS<br>4645 N HIGHWAY 19A<br>MOUNT DORA FL 32757-2039 | CREDITOR ID: 381618-47<br>MID FLORIDA GOLF CARS DISTRIBUTORS INC<br>5864 PHILLIPS HIGHWAY<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 384242-47<br>MID FLORIDA GOLF CARS DISTRIBUTORS INC<br>935 LONGDALE AVE<br>LONGWOOD, FL 32750 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:   05-03817-3F1**

CREDITOR ID: 256317-12
MID FLORIDA PUBLICATIONS
4645 HIGHWAY 19A
MOUNT DORA FL 32757-2039

CREDITOR ID: 382829-51
MID FLORIDA SUN (SUMTER SHOPPER)
ATTN GEORGE BUDZINACK, CR MGR
4645 HIGHWAY 19-A
MOUNT DORA, FL 32757

CREDITOR ID: 256318-12
MID SOUTH CONSTRUCTION
PO BOX 9353
STATION A
METAIRIE LA 70055-9353

CREDITOR ID: 382859-51
MID SOUTH LEASING, INC.
PO BOX 2771
VALDOSTA, GA 31604-2771

CREDITOR ID: 256320-12
MID SOUTH TIRE & TRUCK SERVICE
PO BOX 8174
JACKSON, MS 39284

CREDITOR ID: 256321-12
MID SOUTH YAZOO LP
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

CREDITOR ID: 256322-12
MID STATE LAWN SERVICE
PO BOX 2463
BARTOW, FL 33831

CREDITOR ID: 256323-12
MID STATE MARKETING LLC
ATTN: DAN BROWN
2130 MCARTHUR DRIVE
ALEXANDRIA, LA 71301

CREDITOR ID: 256325-12
MID STATE SCALE CO
3716 VENTURA D W
LAKELAND FL 33811

CREDITOR ID: 256326-12
MID STATE TRUCK & TRAILER REPAIR
PO BOX 771
NEWBERRY SC 29108

CREDITOR ID: 256327-12
MID-ATLANTIC FOODS INC
PO BOX 17066
BALTIMORE MD 21297-1066

CREDITOR ID: 619-03
MID-CAROLINA ELECTRIC COOP INC.
ATTN CAROL SMITH, CSR
PO BOX 669
LEXINGTON SC 29071

CREDITOR ID: 390421-54
MID-CITY DEVELOPMENT, ASSOCIATES, INC.
1250 BARDSTOWN ROAD
LOUISVILLE, KY 40204

CREDITOR ID: 267979-31
MIDDLE DIST BAPTIST A
ATTN: REV TERRY HENRY
512 COLONY CIR N
WILMINGTON NC 28409-9102

CREDITOR ID: 267980-31
MIDDLE DIST BAPTIST ASSOC
ATTN: ROBERT P JONES
411 N WRIGHT ST
BURGAW NC 28425-5411

CREDITOR ID: 267981-31
MIDDLE FORK GREENWAY ASSOCIATI
ATTN: ANNE BURGESS
3740 US HIGHWAY 321 S
BLOWING ROCK NC 28605-9127

CREDITOR ID: 256331-12
MIDDLE GA PARKING LOT SERVICE
303 PRINCESS CT
DUBLIN, GA 31021

CREDITOR ID: 267982-31
MIDDLE GA REGIONAL DEV CTR
ATTN: JAMES C TONN
175 EMERY HWY STE C
MACON GA 31217-3679

CREDITOR ID: 256332-12
MIDDLE GEORGIA NEWSPAPER GROUP
PO BOX 4167
MACON, GA 31208

CREDITOR ID: 406989-MS
MIDDLEBROOKS, GUY
P.O. BOX 51461
JACKSONVILLE FL 32240

CREDITOR ID: 256333-12
MIDDLEBURG FL DIVERSEY WEST
%KENNEDY WILSON PROPERTIES LTD
100 PRINGLE AVE
SUITE 100
WALNUT CREEK CA 94596

CREDITOR ID: 256334-12
MIDDLESBORO COCA-COLA
PO BOX 1468
MIDDLESBORO, KY 40965

CREDITOR ID: 267983-14
MIDDLESEX SUPERIOR
ATTN: SHIRLEY I SIMPSON
11 BANK ST
CHATHAM VA 24531

CREDITOR ID: 391939-55
MIDDLETON, TAMIAH (MINOR)
C/O: J. SCOTT NOONEY, ATTORNEY
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 387370-54
MIDDLETON, TAMIAH (MINOR)
3780 UNIVERSITY CLUB BLVD
APT 2103
JACKSONVILLE, FL 32277

CREDITOR ID: 263396-12
MIDDLETON, TRACEY L
619 S 12TH STREET
FERNANDINA BEACH, FL 32034

CREDITOR ID: 256335-12
MIDDLETOWN BATTERY SERVICE INC
7795 HOBGOOD ROAD
FAIRBURN, GA 30213

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 267978-31
MID-EAST COMMISSION
ATTN: TIM WARE
1385 JOHN SMALL AVE
WASHINGTON NC 27889-3842

CREDITOR ID: 256328-12
MID-GEORGIA SALES
PO BOX 4543
MACON GA 31208

CREDITOR ID: 382044-36
MID-GULF BAKERY LLC
CHRIS DEMETRIOU
850 MID FLORIDA
ORLANDO FL 32824

CREDITOR ID: 406990-MS
MIDKIFF, ROBERT
4319 GENOA ST
NEW ORLEANS LA 70129

CREDITOR ID: 256336-12
MIDLAND CREDIT MANAGEMENT INC
C/O HAYT HAYT & LANDAU
7765 SW 87 AVENUE SUITE 101
MIAMI FL 33173

CREDITOR ID: 256337-12
MIDLAND LOAN SERVICES
PO BOX 642303   LOAN 030231723
%PNC BANK PITTSBURGH
ATTN LOCKBOX PROCESSING
PITTSBURGH, PA 15264-2303

CREDITOR ID: 256339-12
MIDLAND LOAN SERVICES INC
PO LOCKBOX  642303 LOAN 9214440
C/O PNC BANK PITTSBURGH
ATTN LOCKBOX PROCESSING
PITTSBURGH, PA 15264-2303

CREDITOR ID: 256338-12
MIDLAND LOAN SERVICES INC
1223 SOLUTIONS CENTER
CHICAGO, IL 60677-1002

CREDITOR ID: 1600-RJ
MIDLAND LOAN SERVICES INC
C/O PNC BANK PITTSBURGH
LOAN 921444
PO LOCKBOX 642303
PITTSBURGH, PA 15264-2303

CREDITOR ID: 1599-RJ
MIDLAND LOAN SERVICES INC
1223 SOLUTIONS CENTER
CHICAGO, IL 60677-1002

CREDITOR ID: 2405-RJ
MIDLAND LOAN SERVICES, INC
PO BOX 419539
KANSAS  CITY MO 64141-6539

CREDITOR ID: 403336-83
MIDLOTHIAN ORTHOPAEDIC ASSOCIATION
1411 JOHNSTON WILLIS DR
RICHMOND VA 23235-4730

CREDITOR ID: 256340-12
MIDSTATE ADVERTISING L L C
PO BOX 70027
MONTGOMERY AL 36107

CREDITOR ID: 256341-12
MIDSTATE MILLS INC
BULK FLOUR DIVISION
PO BOX 890259
CHARLOTTE NC 28289-0259

CREDITOR ID: 256342-12
MIDSTATE MILLS INC
PO BOX 890259
CHARLOTTE, NC 28289-0259

CREDITOR ID: 405190-95
MIDSTATE MILLS INC
ATTN JOAN NANCE
PO BOX 349
NEWTON NC 28658

CREDITOR ID: 2926-04
MIDSTATE RECYCLING
PO BOX 1807
GLASGOW KY 42142

CREDITOR ID: 256329-12
MID-STATE SHOPPER'S GUIDE
PO BOX 306
COCHRAN, GA 31014

CREDITOR ID: 256343-12
MIDWAY BOTTLED GAS CO
PO BOX 387
COLLINSVILLE, VA 24078-0387

CREDITOR ID: 376236-44
MIDWAY ELEMENTARY
P O BOX 69
NATALBANY, LA 70451

CREDITOR ID: 256344-12
MIDWAY ELEMENTARY
50608 ABENE ROAD
TICKFAW, LA 70466

CREDITOR ID: 256345-12
MIDWEST CENTERS
3307 CLIFTON AVENUE
CINCINNATI, OH 45220

CREDITOR ID: 278523-24
MIDWEST CENTERS LTD.
ATTN: ALVIN LIPSON
3307 CLIFTON AVENUE
CINCINNATI OH 45220

CREDITOR ID: 256346-12
MIDWEST ICE CREAM COMPANY
22573 NETWORK PLACE
CHICAGO, IL 60673-1225

CREDITOR ID: 256347-12
MIDWEST SUPPLY
3140 W 111TH STREET
CHICAGO IL 60655

CREDITOR ID: 256348-12
MIGHTY ROOTER PLUMBING ALBANY
PO BOX 2267
ALBANY, GA 31702-2267

CREDITOR ID: 256349-12
MIGLE GUDAITYTE
135 MIRACLE STRIP PKWY
FT WALTON BEACH FL 32541

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256350-12<br>MIGUEL BRITO<br>4780 GLADIATOR CIRCLE<br>GREEN ACRES FL 33463 | CREDITOR ID: 256351-12<br>MIGUEL LOPEZ JR INC<br>7711 NW 74TH AVENUE<br>MEDLEY, FL 33166 | CREDITOR ID: 256352-12<br>MIKE & ED'S BAR-B-Q<br>2001 CRAWFORD ROAD<br>PHENIX CITY, AL 36867 |
| CREDITOR ID: 256354-12<br>MIKE & JERRYS PAINT AND SUPPLY<br>828 CENTRAL AVENUE<br>JEFFERSON, LA 70121 | CREDITOR ID: 256356-12<br>MIKE BENBEN INC<br>PO BOX 567<br>STURTEVANT, WI 53177-0567 | CREDITOR ID: 256357-12<br>MIKE CASTILLE PLUMBING<br>5441 CHURCH POINT HIGHWAY<br>RAYNE, LA 70578 |
| CREDITOR ID: 256358-12<br>MIKE COSTA FOLIAGE<br>14201 SW 216TH STREET<br>GOULDS, FL 33170 | CREDITOR ID: 256360-12<br>MIKE GALLEN<br>8413 MONTE LANE<br>TALLAHASSEE FL 32305 | CREDITOR ID: 256362-12<br>MIKE HOFFMAN'S EQUIPMENT SERVICE<br>4109  HALLS MILLS RD<br>MOBILE, AL 36693-5615 |
| CREDITOR ID: 256364-12<br>MIKE HOGAN TAX COLLECTOR<br>ATTN OCCUPATION LIC DEPT<br>231 E FORSYTH STREET<br>ROOM 300<br>JACKSONVILLE, FL 32202-3370 | CREDITOR ID: 256363-12<br>MIKE HOGAN TAX COLLECTOR<br>6674 COMMONWEALTH AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 2407-07<br>MIKE KENNELLY<br>4015 SANTA BARBARA BLVD<br>NAPLES FL 34104 |
| CREDITOR ID: 256367-12<br>MIKE KRAGE<br>PAID THREW P CARD<br>365 INDIGO PLACE NW<br>ISSAQUAH WA 98027 | CREDITOR ID: 256368-12<br>MIKE L LOCKEY<br>2770 OAKDALE DRIVE NORTH<br>ORANGE PARK FL 32073 | CREDITOR ID: 256369-12<br>MIKE LINNIGS PLACE INC<br>9308 CANE RUN RD<br>LOUISVILLE KY 40258-1854 |
| CREDITOR ID: 256370-12<br>MIKE M WILLIAMS<br>705 BRUNSWICK STREET<br>AUGUSTA GA 30901 | CREDITOR ID: 256372-12<br>MIKE NICHOLS<br>4099 N W STREET<br>APT# 101<br>JACKSON MS 39206 | CREDITOR ID: 256374-12<br>MIKE SAUNDERS<br>4225 STUDIO IN<br>GREENSBORO NC 27407 |
| CREDITOR ID: 256375-12<br>MIKE SLOAN<br>10624 BASTILLE LANE<br># 307<br>ORLANDO FL 32836 | CREDITOR ID: 256377-12<br>MIKE SMITH CLERK<br>DV COURT<br>PO BOX 1946<br>CLANTON AL 35045-1946 | CREDITOR ID: 256381-12<br>MIKELL ALLEN<br>501 HILLSIDE TERRACE<br>BESSEMER AL 35020 |
| CREDITOR ID: 256379-12<br>MIKE'S FIRE & SAFETY<br>PO BOX 208<br>VENICE FL 34284 | CREDITOR ID: 267984-31<br>MIKES IMP INC<br>ATTN: MIKE MCKEON<br>3975 N FEDERAL HWY<br>BOCA RATON FL 33431-4524 | CREDITOR ID: 256380-12<br>MIKE-SELLS COMPANY<br>ATTN N.A. STRATHEARN, CREDIT MGR<br>PO BOX 115<br>DAYTON, OH 45404-0115 |
| CREDITOR ID: 387532-54<br>MIKKELSON, DAVID<br>3734 SW 8TH COURT #104<br>CAPE CORAL FL 33914 | CREDITOR ID: 256382-12<br>MILACRON MARKETING COMPANY<br>PO BOX 740440<br>ATLANTA, GA 30374-0440 | CREDITOR ID: 256383-12<br>MILAGROS G DELRIO<br>2237 LIGUSTRUM ROAD<br>JACKSONVILLE FL 32211 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389566-54
MILANES, BLANCA MARIA
11965 SW 19TH LANE
MIAMI, FL 33175-1686

CREDITOR ID: 389566-54
MILANES, BLANCA MARIA
1165 SW 19TH LN
APT. #214
MIAMI, FL 33175

CREDITOR ID: 256384-12
MILBA RHODES
56 FAIR HAVEN WAY
SMYRNA GA 30080

CREDITOR ID: 278810-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: D DUNNE/L MANDEL/D O'DONNELL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 256385-12
MILDREAD LEWIS
5428 CAROL WAY
LOUISVILLE KY 40214

CREDITOR ID: 256386-12
MILDRED ALBRIGHT
2038 HARMON ST
ID# 100626
MONTGOMERY, AL 36017

CREDITOR ID: 256387-12
MILDRED BENINATE
1250 LAKE AVENUE
APT# 2
METAIRIE LA 70005

CREDITOR ID: 256388-12
MILDRED C DOWNER
1035 OLD GRANTHAM ROAD
GOLDSBORO NC 27530

CREDITOR ID: 256389-12
MILDRED DEAN SCHOOL
1360 GRAND AVENUE
NEWPORT KY 41071

CREDITOR ID: 256390-12
MILDRED L WOODWARD
8218 BERGERAC DRIVE
JACKSONVILLE FL 32210

CREDITOR ID: 256392-12
MILES J ECKERT
1778 CASSELBERRY COURT
ORANGE PARK FL 32003

CREDITOR ID: 388278-54
MILES, ANDREW
3800 KINGS DRIVE
DOUGLASVILLE GA 30135

CREDITOR ID: 373673-44
MILES, ANDREW S
3800 KING DRIVE
DOUGLASVILLE, GA 30135

CREDITOR ID: 247718-12
MILES, DAVID W
3601 CARRIAGE PLACE
MONTGOMERY, AL 36116-0540

CREDITOR ID: 386378-54
MILES, DEBBIE
803 LEAPHART ST LOT 2
W.  COLUMBIA SC 29169

CREDITOR ID: 374999-44
MILES, G.B. , SR
NOL DIV LOG
13508 LYNNWOOD DR
HAMMOND, LA 70403

CREDITOR ID: 389261-54
MILES, GREGORY
13508 LYNWOOD DR
HAMMOND LA 70403

CREDITOR ID: 406991-MS
MILES, GREGORY B
13508 LYNNWOOD DR
HAMMOND LA 70403

CREDITOR ID: 385457-54
MILES, KRISTELL
2605 COLD STREAM COURT
KISSIMMEE, FL 34744

CREDITOR ID: 390759-55
MILES, KRISTELL
C/O: TODD MINOR, ATTY
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 399787-84
MILES, LOVELY (MINOR)
2605 COLD STREAM CT.
KISSIMMEE FL 34744

CREDITOR ID: 400252-85
MILES, LOVELY (MINOR)
C/O S. KEITH TURNER, ESQUIRE
S. KEITH TURNER, ESQUIRE
1500 E. ROBINSON ST
ORLANDO FL 32801

CREDITOR ID: 256433-12
MILES, MILTON
1611 S IRBY STREET
FLORENCE, SC 29505

CREDITOR ID: 385534-54
MILES, PATRICIA
2446 PADEN ST
JACKSON, MS 39204

CREDITOR ID: 400188-86
MILES, REATTE
92 MEADOWOOD TERRACE
LITHONIA   GA 30038

CREDITOR ID: 2408-07
MILESTONE PROPERTIES
C/O MILESTONE PROPERTIES
200 CONGRESS PARK DR. #103
DELRAY  BEACH FL 33445

CREDITOR ID: 256393-12
MILFORD ASSOCIATES
C/O QT MGMT LLC
670 WHITE PLAINS ROAD
SUITE 305
SCARSDALE, NY 10583

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 278653-24
MILFORD ASSOCIATES, L.P
STAR BANK NA
425 WALNUT STREET
M.L. 9205
CINCINNATI OH 45202

CREDITOR ID: 278524-24
MILFORD ASSOCIATES, LP
C/O QT MANAGEMENT LLC
670 WHITE PLAINS ROAD
SUITE 305
SCARSDALE NY 10583

CREDITOR ID: 256394-12
MILFORD STATION LTD
C/O PHILLIPS EDISON & CO
ATTN: BARBARA HOOD
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 1602-07
MILFORD STATION LTD
C/O PHILLIPS EDISON & CO
ATTN: BARBARA HOOD
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 389469-54
MILFORD, KIM SUZANNE
596 CO RD 1101
TROY AL 36079

CREDITOR ID: 388244-54
MILHON, ALICE
37 BRIDLE GATE DR.
CRAWFORDVILLE FL 32327

CREDITOR ID: 392432-55
MILHON, ALICE
C/O: RANDY PELHAM
PELHAM & ANDREWS
1982 CAPITAL CIRCLE, NE
TALLAHASSEE FL 32308

CREDITOR ID: 387772-54
MILIAN, LINDA
33591 EDGEHILL DR.
FRANKLIN VA 23851

CREDITOR ID: 385527-54
MILIAN, SAUL
5875 S W 58 TERRACE
MIAMI, FL 33155

CREDITOR ID: 390827-55
MILIAN, SAUL
C/O: FRANCISCO J. VINAS, P.A.
155 SOUTH MIAMI AVE. STE. 1100
MIAMI FL 33130

CREDITOR ID: 256395-12
MILK PEP
4720 MONTGOMERY LANE STE 400
BETHESDA, MD 20814

CREDITOR ID: 256396-12
MILK PRODUCTS LP
PO BOX 60333
LAFAYETTE, LA 70596

CREDITOR ID: 405193-95
MILK PRODUCTS LP
5327 SOUTH LAMAR ST
BORDENS MILK COMPANY
DALLAS TX 75215

CREDITOR ID: 382045-36
MILK PRODUCTS, LP (DBA BORDEN)
WAYNE TUCKER
PO BOX 60333
LAFAYETTE LA 70596

CREDITOR ID: 256397-12
MILLBROOK DISTRIBUTION SERVICE
PO BOX 790
HARRISON AR 72602-0790

CREDITOR ID: 267985-31
MILLBROOK HOMES INC
ATTN: JEFF RICE
5354 OLD PIKE TRCE
PIKE ROAD AL 36064-2619

CREDITOR ID: 256398-12
MILLBROOK UTIL SYS (AL)
PO BOX 1072
MILLBROOK, AL 36054-1072

CREDITOR ID: 256399-12
MILLENIUM FOODS MASTER MARKET
PO BOX 441971
JACKSONVILLE FL 32222

CREDITOR ID: 395694-65
MILLENNIUM
2864 STATEN DRIVE
DELTONA, FL 32738

CREDITOR ID: 256400-12
MILLENNIUM HEALTH CLINIC
1713 E HAMRIC DRIVE
OXFORD, AL 36203

CREDITOR ID: 256401-12
MILLENNIUM POWER WASHING AND
STEAM CLEANING INC
2864 STATEN DR
DELTONA, FL 32738

CREDITOR ID: 256402-12
MILLER & MARTIN PLLC
ATTN THOMAS A COX JR
832 GEORGIA AVENUE, SUITE 1000
CHATTANOOGA TN 37402

CREDITOR ID: 398218-74
MILLER & MARTIN PLLC
ATTN: STACIE CARAWAY
832 GEORGIA AVE., SUITE 1000
CHATTANOOGA TN 37402

CREDITOR ID: 376257-44
MILLER & MARTIN PLLC - CHATTANOOGA
THOMAS A COX JR
832 GEORGIA AVENUE SUITE 1000
CHATANOOGA, TN 37402

CREDITOR ID: 256403-12
MILLER BEARINGS INC
PO BOX 861758
ORLANDO, FL 32886-1758

CREDITOR ID: 256404-12
MILLER BROS EGG FARM
5435 45TH ST
VERO BEACH, FL 32967-4424

CREDITOR ID: 256405-12
MILLER BUCKEYE BISCUIT
900 ALBERT STREET
YOUNGSTOWN OH 44505

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256406-12<br>MILLER COMPANY INC<br>13060 MIDDLETOWN IND BLVD<br>PO BOX 436087<br>LOUISVILLE KY 40253-6087 | CREDITOR ID: 381104-47<br>MILLER CONSTRUCTION<br>PO BOX 767<br>MT STERLING, KY 40353 | CREDITOR ID: 256407-12<br>MILLER CONSTRUCTION<br>115 E LOCUST STREET<br>MT STERLING, KY 40353 |
| CREDITOR ID: 256408-12<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 256409-12<br>MILLER HAMILTON SNIDER &<br>ODOM LLC<br>254 256 STATE STREET<br>POST OFFICE 46<br>MOBILE, AL 36601 |
| CREDITOR ID: 256410-12<br>MILLER HARDWARE CO<br>PO BOX 1629<br>VALDOSTA, GA 31603 | CREDITOR ID: 256411-12<br>MILLER INDUSTRIAL SUPPLY<br>3104 GLEN ROYAL DR<br>RALEIGH, NC 27617 | CREDITOR ID: 256412-12<br>MILLER MACHINERY & SUPPLY CO<br>127 NORTH EAST 27TH STREET<br>MIAMI FL 33137 |
| CREDITOR ID: 267986-31<br>MILLER SERVICE NETWORK INC<br>ATTN: LINWOOD MILLER<br>500 WASHINGTON DR<br>FAIRHOPE AL 36532-3118 | CREDITOR ID: 256413-12<br>MILLER WALL ELEMENTARY<br>2001 BONNIE ANN DR<br>MARRERO, LA 70072 | CREDITOR ID: 392474-55<br>MILLER, ANITA K<br>C/O JEFFREY W BENNITT & ASSOCS, LLC<br>ATTN JEFFREY W BENNITT, ESQ<br>4898 VALLEYDALE ROAD, SUITE A-3<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 388373-54<br>MILLER, ANITA K<br>4897 VALLEYDALE ROAD, SUITE A<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 388404-54<br>MILLER, BARBARA<br>66 MORNING GLORY LANE<br>ALBERTVILLE, AL 35950 | CREDITOR ID: 392503-55<br>MILLER, BARBARA<br>C/O REESER, RODNITE & ZDRAVKO PA<br>ATTN MICHAEL S REESER, ESQ<br>248 PALM HARBOR BLVD<br>SUITE A<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 385507-54<br>MILLER, BETTY<br>1205 E. HOLLAND ST.<br>TAMPA, FL 33613 | CREDITOR ID: 244978-12<br>MILLER, CHANDRA L<br>6001 TIMBERWAY DRIVE<br>CHARLOTTE NC 28213 | CREDITOR ID: 385496-54<br>MILLER, CHARLENE<br>21441 MILLBROOK CT<br>BOCA RATON, FL 33498 |
| CREDITOR ID: 390796-55<br>MILLER, CHARLENE<br>C/O: GEORGE M. BAKALAR<br>RUTHERFORD MULHALL<br>FOUNTAIN SQUARE I, FOURTH FLR<br>2600 NORTH MILITARY TRAIL<br>BOCA RATON FL 33431 | CREDITOR ID: 245051-12<br>MILLER, CHARLES<br>1285 VALLARIS STREET<br>MOBILE AL 36608 | CREDITOR ID: 245327-12<br>MILLER, CHRISTINE<br>3121 PLANTATION ROAD<br>COLUMBUS GA 31903 |
| CREDITOR ID: 245370-12<br>MILLER, CHRISTY M<br>1206 RED COACH LANE<br>SANDSTON VA 23150 | CREDITOR ID: 246504-12<br>MILLER, CLYDE<br>6442 NW LOVETT ROAD<br>GREENVILLE FL 32331 | CREDITOR ID: 381373-47<br>MILLER, DANA<br>1853 NW 94TH AVENUE<br>CORAL SPRINGS, FL 33071 |
| CREDITOR ID: 406992-MS<br>MILLER, DANNY R.<br>3819 EVERGLADES RD.<br>LAKE PARK FL 33410 | CREDITOR ID: 389218-54<br>MILLER, DARRELL E<br>606 ASHLEY PLACE<br>STONE MOUNTAIN GA 30083 | CREDITOR ID: 407631-15<br>MILLER, DAVID & RUTH<br>1923 CAMINO RANCH<br>SIERRA VISTA AZ 85635 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 386292-54
MILLER, DEBRA L
21 MARINERS CIRCLE
SAN RASAEL CA 94903

CREDITOR ID: 374720-44
MILLER, DONNA
7292 JERUSALUM ROAD
MARIANNA, FL 32466

CREDITOR ID: 248595-12
MILLER, DWAYNE A
2320 CABORN STREET
ORLANDO, FL 32839

CREDITOR ID: 385310-54
MILLER, ESTELLE L
6810 CREEKVIEW COURT
COLUMBUS, GA 31904

CREDITOR ID: 390618-55
MILLER, ESTELLE L
C/O TIMOTHY BEAVERS
MCFANN & BEAVERS
110 SE 6TH ST
FT. LAUDERDALE FL 33301

CREDITOR ID: 388596-54
MILLER, EVETTE
12625 S.W. 211TH TERRACE
MIAMI FL 33177

CREDITOR ID: 392653-55
MILLER, EVETTE
C/O: JAMES WALKER, PA
JAMES WALKER, ESQ
7700 N. KENDALL DRIVE STE. 404
MIAMI FL 33156

CREDITOR ID: 250972-12
MILLER, GROVER C
715 BRAIRLAKE COURT
ATLANTA, GA 30345

CREDITOR ID: 406993-MS
MILLER, HAROLD E.
6318 AUGUSTA COVE
DESTIN FL 32541

CREDITOR ID: 389083-54
MILLER, HEATHER
809 AMELIA STREET
APT D
GRETNA, LA 70056

CREDITOR ID: 400829-91
MILLER, JAMES B
320 A VILLAGE DR.
ST. AUGUSTINE FL 32084-0907

CREDITOR ID: 385339-54
MILLER, JEFFEORY
2005 E FISHER
PENSACOLA, FL 32503

CREDITOR ID: 399453-15
MILLER, JEFFEORY
C/O BAKER & BAKER
ATTN QUIN BAKER, ESQ
300 EAST GOVERNMENT STREET
PENSACOLA FL 32502

CREDITOR ID: 390647-55
MILLER, JEFFEORY
C/O: WILLIAM C. BAKER, JR.
BAKER & BAKER, P.A.
300 E. GOVERNMENT ST.
PENSACOLA FL 32501

CREDITOR ID: 389359-54
MILLER, JONAS
20032 NW 12TH COURT
MIAMI FL 33169

CREDITOR ID: 388585-54
MILLER, KELLY
15816 REDINGTON
REDINGTON BEACH FL 33708

CREDITOR ID: 387363-54
MILLER, LISA
1063 WESTBURY DRIVE
MOBILE, AL 36609

CREDITOR ID: 397992-76
MILLER, LORI
5992 NE HIGHWAY 349
OLD  TOWN, FL 32680

CREDITOR ID: 388145-54
MILLER, MARY
1131 HARLAN AVENUE
WICHITA FALLS TX 76306

CREDITOR ID: 392380-55
MILLER, MARY
C/O: STEPHEN GOETZMAN
9400 N CENTRAL EXP  #307
DALLAS TX 75231

CREDITOR ID: 386435-54
MILLER, MELANIE
6382 SW 57TH WAY
JASPER FL 32052

CREDITOR ID: 391495-55
MILLER, MELANIE
C/O: TERRY ROBERS, ESQ
ANDERSON & CULLITON, P.A.
1584 METROPOLITAN BLVD
TALLAHASSEE FL 32308-3775

CREDITOR ID: 388868-54
MILLER, PAULETTE
620 N CYPRESS STREET
JESUP, GA 31545

CREDITOR ID: 392798-55
MILLER, PAULETTE
C/O CHENEY & CHENEY, PC
ATTN CURTIS V CHENEY JR, ESQ
130 S MAIN ST
PO BOX 1100
REIDSVILLE GA 30453-1100

CREDITOR ID: 403251-92
MILLER, REBECCA
14881 SW 307TH STREET
LEISURE CITY FL 33033

CREDITOR ID: 269338-16
MILLER, RHONDA
D/B/A LUMPER TECH INDUSTRIES
C/O ALVIN R. LENOIR
1934 WASHINGTON ROAD
EAST POINT, GA 30344

CREDITOR ID: 399788-84
MILLER, SHERYLL JOHNSON
17655 SW 6TH
PEMBROKE PINES FL 33029

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400253-85<br>MILLER, SHERYLL JOHNSON<br>C/O MICHAEL K. BREGMAN<br>ROSENBERG & ROSENBERG, P.A.<br>2501 HOLLYWOOD BLVD STE 110<br>HOLLYWOOD FL 33020-6631 | CREDITOR ID: 387782-54<br>MILLER, SUSAN<br>5261 HIGHLAND ROAD<br>BATON ROUGE, LA 70820 | CREDITOR ID: 397912-76<br>MILLER, TAMARA<br>100 SOUTH PALM DR.<br>BRUNSWICK, GA 31525 |
| CREDITOR ID: 388714-54<br>MILLER, VONNIE<br>320 FISHER FERRY RD.<br>APT 191<br>VICKSBURG MS 39180 | CREDITOR ID: 256414-12<br>MILLERS DIESEL REPAIR<br>5448 ZOO PARKWAY<br>ASHEBORO NC 27205 | CREDITOR ID: 256415-12<br>MILLICENT C ELLIS BLAKE<br>206 WATTS LANE<br>APT C<br>KISSIMMEE FL 34743 |
| CREDITOR ID: 256416-12<br>MILLIE E GREENE<br>351 PONDER ROAD<br>GREER SC 29651 | CREDITOR ID: 390207-54<br>MILLIGAN, PAMELA<br>500 WALDEN LANE<br>JACKSON MI 49203 | CREDITOR ID: 256417-12<br>MILLIKAN BATTERY & ELECT<br>450 W ORANGE BLOSSOM TRL<br>APOPKA, FL 32712 |
| CREDITOR ID: 385652-54<br>MILLIKIN, LEONARD<br>719 ANNE BONN DRIVE<br>GREEN COVE SPRINGS, FL 32043 | CREDITOR ID: 267987-31<br>MILLINGTON INDUSTRIAL DEV BD<br>ATTN: GEORGE HARVELL<br>7965 VETERANS PKWY<br>MILLINGTON TN 38053-2519 | CREDITOR ID: 256418-12<br>MILLPORT LAND LLC<br>C/O GRAVLEE COMMERCIAL<br>8080 N CENTRAL EXPRESSWAY<br>SUITE 860<br>DALLAS TX 75206 |
| CREDITOR ID: 256419-12<br>MILLS & NEBRASKA<br>ATTN SANDRA C BRATCHER, CR MGR<br>PO BOX 536548<br>ORLANDO, FL 32853-6548 | CREDITOR ID: 256420-12<br>MILLS BROS GARBAGE<br>PO BOX 260<br>GIRDLER, KY 40943 | CREDITOR ID: 256421-12<br>MILLS ELECTRIC INC<br>PO BOX 3068<br>TUSCALOOSA AL 35403 |
| CREDITOR ID: 256422-12<br>MILLS ELECTRIC SER INC<br>810 SW 14TH ST<br>POMPANO BEACH, FL 33060-8905 | CREDITOR ID: 2927-04<br>MILLS GARBAGE COLLECTION<br>PO BOX 260<br>GRIDLER KY 40943 | CREDITOR ID: 256423-12<br>MILLS LP GAS & OIL<br>ATTN GARY B MILLS, PRES<br>3932 SMITH FARM RD<br>PO BOX 237<br>INDIAN TRAIL, NC 28079 |
| CREDITOR ID: 406994-MS<br>MILLS, CHARLES W.<br>25 KIRKPATRICK RD.<br>TAYLORSVILLE NC 28681 | CREDITOR ID: 406995-MS<br>MILLS, DARYL<br>10211 WALNUT BEND NORTH<br>JACKSONVILLE FL 32257 | CREDITOR ID: 392794-55<br>MILLS, THOMAS R<br>C/O: CASEY CARLSON<br>CARWSON & MEISSNER<br>250 BELCHER ROAD NORTH<br>SUITE 102<br>CLEARWATER FL 33765 |
| CREDITOR ID: 388854-54<br>MILLS, THOMAS R<br>249 BELCHER RD. N. STE. 102<br>CLEARWATER FL 33765 | CREDITOR ID: 256424-12<br>MILLSTONE COFFEE INC<br>PO BOX 100528<br>ATLANTA, GA 30384 | CREDITOR ID: 397658-72<br>MILNER<br>PO BOX 41601<br>PHILADELPHIA, PA 19101-1601 |
| CREDITOR ID: 256427-12<br>MILNER DOCUMENT PRODUCTS<br>REF NO 24431935<br>PO BOX 41601<br>PHILADELPHIA, PA 19101-1601 | CREDITOR ID: 256425-12<br>MILNER DOCUMENT PRODUCTS<br>REF NO 000159664<br>PO BOX 41601<br>PHILADELPHIA PA 19101-1601 | CREDITOR ID: 256428-12<br>MILNER INC<br>PO BOX 923197<br>NORCROSS, GA 30010-3197 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256429-12<br>MILOS TEA COMPANY INC<br>ATTN: RONALD D CARLTON, PRES<br>3112 DUBLIN LANE<br>BESSEMER, AL 35022 | CREDITOR ID: 243905-12<br>MILTIADES, BRENDA<br>HIGHWAY 67 TRAILOR PARK #10<br>STATESBORO, GA 30458 | CREDITOR ID: 256431-12<br>MILTON CUBAS P E INC<br>1302 NE 125TH STREET<br>NORTH MIAMI FL 33161 |
| CREDITOR ID: 256432-12<br>MILTON ELEMENTARY<br>PO BOX 239<br>MILTON, LA 70558 | CREDITOR ID: 256434-12<br>MILTON NEWSPAPERS INC<br>6629 ELVA ST<br>MILTON, FL 32570 | CREDITOR ID: 267988-31<br>MILTON WATER SYSTEMS INC<br>ATTN: TONY BROUSSARD<br>104 W MILTON AVE<br>MILTON LA 70558 |
| CREDITOR ID: 242559-12<br>MILTON, ARNELL P<br>1520 CITRUS AVENUE<br>SEBRING FL 33870 | CREDITOR ID: 397993-76<br>MILTON, VICTORIA<br>2961 FOXCROFT DRIVE<br>TALLAHASSEE, FL 32308 | CREDITOR ID: 256435-12<br>MILWAUKEE COUNTY DEPT OF CHILD<br>SUPPORT ENFORCEMENT<br>901 N NINTH ST  ROOM 101<br>MILWAUKEE, WI 53233 |
| CREDITOR ID: 406996-MS<br>MIMBS, MIKE<br>3014 STARMOUNT DR.<br>VALRICO FL 33594 | CREDITOR ID: 394146-56<br>MIMMS ENTERPRISES INC<br>ATTN: THOMAS B MIMMS JR<br>85A MILL STREET<br>ROSWELL, GA 30075-4952 | CREDITOR ID: 406997-MS<br>MIMMS, MARK<br>768 EAGLE POINT DR.<br>ST. AUGUSTINE FL 32092 |
| CREDITOR ID: 256436-12<br>MIMOSA PARK ELEMENTARY<br>222 BIRCH ST<br>LULING, LA 70070 | CREDITOR ID: 388648-54<br>MIMS, BARBARA<br>701 35TH STREET<br>APT. 2<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 392698-55<br>MIMS, BARBARA<br>C/O: MICHAEL H STAUDER<br>MICHAEL H. STAUDER, P.A.<br>1201 U.S. HIGHWAY ONE<br>SUITE 315 THIRD FLOOR<br>NORTH PALM BEACH FL 33408-3548 |
| CREDITOR ID: 387261-54<br>MIMS, DORA<br>10535 LEM TURNER RD, APT 1420<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 391846-55<br>MIMS, DORA<br>C/O ANDERSON & HOWELL PA<br>ATTN ROBERT H ELLIS ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 256437-12<br>MINA MARTINEZ<br>5530 WEST 13TH COURT<br>HIALEAH FL 33012 |
| CREDITOR ID: 244608-12<br>MINA, CAROL<br>350 ORIOLE STREET<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 406998-MS<br>MINA, NICHOLAS T<br>244 BARCO ROAD<br>SAINT AUGUSTINE FL 32080 | CREDITOR ID: 406999-MS<br>MINA, THOMAS<br>350 ORIOLE ST<br>KEYSTONE HEIGHTS FL 32656 |
| CREDITOR ID: 256438-12<br>MINCE MASTER<br>A DIVISION OF 2M TOOL CO INC<br>6530 W DAKIN STREET<br>CHICAGO IL 60634-2412 | CREDITOR ID: 388503-54<br>MINCEY, JACQUELINE<br>3931 LENOX ST<br>ORLANDO, FL 32805 | CREDITOR ID: 392585-55<br>MINCEY, JACQUELINE<br>C/O: JEFFERY J. BORDULIS<br>JEFFERY J. BORDULIS, P.A.<br>182 S. CENTRAL AVENUE<br>OVIEDO FL 32765 |
| CREDITOR ID: 388542-54<br>MINCIELI, LISA<br>1071 NW 76TH AVENUE<br>PLANTATION, FL 33322 | CREDITOR ID: 392618-55<br>MINCIELI, LISA<br>C/O MITTLEBERG & NICOCIA<br>ATTN BARRY MITTLEBERG, ESQ<br>8100 N UNIVERSITY DRIVE, SUITE 102<br>FORT LAUDERDALE FL 33321 | CREDITOR ID: 256439-12<br>MINCING OVERSEAS SPICE CO<br>10 TOWER ROAD<br>DAYTON, NJ 08810 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256440-12<br>MINDT TSINAJINNIE<br>5566 ROCK GARDEN COURT<br>LILBURN GA 30047 | CREDITOR ID: 256442-12<br>MINDY SHAPIRO<br>12227 BRIGHT ANGEL COURT<br>CHARLOTTE NC 28277 | CREDITOR ID: 256443-12<br>MINEOLA WATER CORPORATION<br>PO BOX 864<br>FOLEY, AL 36536 |
| CREDITOR ID: 278924-30<br>MINERAL KING<br>246 E CALDWELL AVE<br>VISALIA, CA 93277 | CREDITOR ID: 267989-31<br>MINERAL SPRINGS INC<br>ATTN: JOE L DIXON<br>1326 EWING CHAPEL RD<br>DACULA GA 30019-2416 | CREDITOR ID: 256445-12<br>MINERVA DAYTON<br>2472 S HAVERHILL<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 256446-12<br>MINGES BOTTLING GROUP<br>PO BOX 520<br>AYDEN, NC 28513 | CREDITOR ID: 386934-54<br>MINGLE, ERIC<br>8376 HOLLYHILL COVE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 381450-47<br>MINGLEDORFF'S INC<br>PO BOX 2608<br>NORCROSS, GA 30091-2608 |
| CREDITOR ID: 256447-12<br>MINGLEDORFF'S INC<br>ATTN AL CARLSON<br>PO BOX 2608<br>NORCROSS GA 30091 | CREDITOR ID: 394154-56<br>MINGO, WAREN<br>769 ROCK ISLAND ROAD<br>MARGATE, FL 33068 | CREDITOR ID: 394750-57<br>MINGO, WAREN<br>C/O BERNHEIM & DOLINSKY, PA<br>ATTN ROBERT M DOLINSKY, ESQ<br>4000 HOLLYWOOD BLVD SOUTH, STE 525<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 256448-12<br>MINI VACATIONS<br>410 S WARE BLVD<br>9TH FLOOR<br>TAMPA, FL 33619 | CREDITOR ID: 256449-12<br>MINIGRIP ZIP PAK<br>PO BOX 95283<br>CHICAGO IL 60694 | CREDITOR ID: 256450-12<br>MINIGRIP/ZIP PAK<br>PO BOX 71048<br>CHICAGO IL 60694 |
| CREDITOR ID: 256451-12<br>MINNESOTA CHILD SUPPORT<br>PAYMENT CENTER<br>PO BOX 64306<br>ST PAUL, MN 55164-0306 | CREDITOR ID: 376266-44<br>MINNETONKA BRANDS INC<br>2521 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 256452-12<br>MINNETONKA BRANDS INC<br>PO BOX 1521<br>MINNEAPOLIS MN 55480 |
| CREDITOR ID: 405944-15<br>MINNO LAW FIRM, THE<br>ATTN MATTHEW F MINNO, ESQ<br>2062 THOMASVILLE ROAD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 256454-12<br>MINOLTA LEASING SERVICES INC<br>REF NO 24180492<br>PO BOX 41601<br>PHILADELPHIA, PA 19101-1601 | CREDITOR ID: 256455-12<br>MINOR SAVANNAH HOCTOR AND<br>MARGARET HOCTOR<br>15320 NW 25TH TERRACE<br>GAINESVILLE, FL 32609 |
| CREDITOR ID: 256456-12<br>MINOR WADE WEST ABBIE WEST<br>1406 BARTHOLOMEW STREET<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 246309-12<br>MINOR, CLARENCE<br>5176 MARTINS CROSSING ROAD<br>STONE MOUTAIN GA 30088 | CREDITOR ID: 407000-MS<br>MINSHEW, HUGH<br>13904 WHITE HERON PLACE<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 256457-12<br>MINTONS AUTO & TRUCK CENTER INC<br>5207 US HWY 78 W<br>OXFORD, AL 36203 | CREDITOR ID: 406101-15<br>MINTZ, GENE D<br>PO BOX 555<br>GROVER BEACH CA 93483 | CREDITOR ID: 387335-54<br>MINTZE, JACQUELINE<br>1345 NW 182ND ST<br>MIAMI, FL 33169 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 391910-55
MINTZE, JACQUELINE
C/O SOUTH FLORIDA PERSONAL INJURY
ATTN VIRGINIA M DROGO, ESQ
6363 TAFT STREET, SUITE 207
HOLLYWOOD FL 33024

CREDITOR ID: 256458-12
MINUTE MAID
PO BOX 102703
ATLANTA, GA 30368-2703

CREDITOR ID: 405196-95
MINUTE MAID
ACOSTA SALES
PO BOX 22889
ATTN TRISH BURNOPP
TAMPA FL 33622

CREDITOR ID: 279399-36
MINUTE MAID COMPANY, THE
RUBY WATTS
JOHN LEWIS JR., ESQ.
P.O. BOX 2079
HOUSTON  TX 77252-2079

CREDITOR ID: 256459-12
MINUTEMAN EXPOSITION SERVICES
2530 N POWERLINE ROAD
SUITE 404
POMPANO BEACH FL 33069

CREDITOR ID: 256460-12
MINUTEMAN PRESS
690-B S GORDON RD
MABLETON, GA 30126

CREDITOR ID: 256461-12
MIP INC
1015 ELROD ROAD
PIEDMONT, SC 29673

CREDITOR ID: 256462-12
MIRACLE CANDLE CO INC
ATTN JORGE GARCIA, VP
PO BOX 1758
LAREDO, TX 78043

CREDITOR ID: 405931-93
MIRACLE CANDLE COMPANY
ATTN DAVID OR JORGE L GARCIA
3100 GUADALUPE STREET
LAREDO TX 78043

CREDITOR ID: 256463-12
MIRACLE TRADING INC
7247 INTERNATIONAL DRIVE
ORLANDO, FL 32819

CREDITOR ID: 241410-12
MIRACLE, AARON G
1219 51ST AVENUE E, LOT 129
BRADENTON FL 34203

CREDITOR ID: 387776-54
MIRACLE, LORI
PO BOX 245
BIMBLE, KY 40915

CREDITOR ID: 387776-54
MIRACLE, LORI
C/O COPELAND & ROMINES PLLC
ATTN MARTHA F COPELAND, ESQ
PO BOX 1580
CORBIN KY 40702-1580

CREDITOR ID: 392118-55
MIRACLE, LORI
C/O: MARTHA F. COPELAND, ESQ.
FREEMAN, COPELAND & CHILDERS
201 S. MAIN STREET
P. O. BOX 1546
CORBIN KY 40702

CREDITOR ID: 2410-07
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH, FL 33010

CREDITOR ID: 267990-31
MIRAMAR WASTEWATER RECLAMATION
ATTN: ARTHUR PEIPHER
13900 PEMBROKE RD
HOLLYWOOD FL 33027-3489

CREDITOR ID: 256466-12
MIRANDA L SUTTON
2016 STONEBRIDGE ROAD
DOTHAN AL 36301

CREDITOR ID: 389822-54
MIRANDA, DANIEL
14425 HELLENIC DR.
APT L-16
TAMPA FL 33613

CREDITOR ID: 385974-54
MIRANDA, DIANA
322 SW 2ND PLACE APT 3
POMPANO BEACH, FL 33060-6914

CREDITOR ID: 391199-55
MIRANDA, DIANA
C/O RONALD M SIMON, PA
ATTN R M SIMON/G L DALEMBERTE, ESQS
1001 BRICKELL BAY DR. STE 1200
MIAMI FL 33131

CREDITOR ID: 385839-54
MIRANDA, GINA
2410 MARINA BAY DRIVE EAST
FORT LAUDERDALE, FL 33312

CREDITOR ID: 391094-55
MIRANDA, GINA
C/O: MICHAEL K. BREGMAN, ESQUIRE
ROSENBERG & ROSENBERG,  PA
2501 HOLLYWOOD BLVD., STE. 110
HOLLYWOOD FL 33021

CREDITOR ID: 256468-12
MIRCO PRINTING & BLUEPRINT
167 E PEARL STREET
JACKSON, MS 39201

CREDITOR ID: 256469-12
MIRE ELEMENTARY
5484 MIRE HIGHWAY
RAYNE, LA 70578

CREDITOR ID: 243088-12
MIRE, BARNEY
198 COUNTRY HILL ROAD
WASHINGTON, LA 70589

CREDITOR ID: 263573-12
MIRE, TROY
445 MEHLE
ID# 195057
ARABI, LA 70032

CREDITOR ID: 256470-12
MIRIAM FOSHEE
3641 JULIAN TOWN ROAD
LETCHATCHEE AL 36047

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256471-12<br>MIRIAM LAMARZARES<br>1101 MILITARY TRAIL 117<br>JUPITER FL 33458 | CREDITOR ID: 256472-12<br>MIRRO COMPANY<br>PO BOX 92026<br>CHICAGO, IL 60675-2026 | CREDITOR ID: 405197-95<br>MIRRO COMPANY<br>C/O NEWELL<br>29 E STEPHENSON ST<br>FREEPORT IL 61032 |
| CREDITOR ID: 256473-12<br>MIRROR GLAZE DIST. INC.<br>4719 PRESTON HWY<br>LOUISVILLE KY 40213-2147 | CREDITOR ID: 386488-54<br>MIRTI, JOHN<br>8193 SANDALWOOD CT<br>BOCA RATON FL 33433-1514 | CREDITOR ID: 256474-12<br>MISA PUCKETT<br>3612 SHARON COURT<br>DOUGLASVILLE, GA 30135 |
| CREDITOR ID: 256475-12<br>MISAEL CHOTO<br>2157 MARSHES GLENN DRIVE<br>NORCROSS GA 30071 | CREDITOR ID: 256476-12<br>MISCO PRODUCTS DIVISION<br>3401 VIRGINIA RD<br>CLEVELAND OH 44122 | CREDITOR ID: 256477-12<br>MISDU<br>PO BOX 30350<br>LANSING, MI 48909-7850 |
| CREDITOR ID: 250022-12<br>MISH, FRANK<br>6316 SHADY LANE<br>MILTON, FL 32570 | CREDITOR ID: 386555-54<br>MISHLER, BRENDA<br>2181 S. SEAPORT POINT<br>CRYSTAL RIVER FL 34429 | CREDITOR ID: 391579-55<br>MISHLER, BRENDA<br>C/O: ROSE TAPIA<br>RARDON RODRIGUEZ & ASSOCIATES PA<br>3918 N HIGHKAND AVE<br>TAMPA FL 33602 |
| CREDITOR ID: 279108-99<br>MISS BECKY SEAFOOD<br>C/O MOSELEY PRICHARD PARRISH ET AL<br>ATTN:  RICHARD K. JONESQ<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 256478-12<br>MISS MERINGUE COOKIE COMPANY<br>PO BOX 894559<br>LOS ANGELES CA 90189-4559 | CREDITOR ID: 382577-51<br>MISSION CRANE SERVICE<br>1543 S. SUNKIST ST.<br>ANAHEIM, CA 93806 |
| CREDITOR ID: 382575-51<br>MISSION CRANE SERVICE<br>1542 S. SUNKIST ST.<br>ANAHEIM, CA 93806 | CREDITOR ID: 382830-51<br>MISSION CRANE SERVICE<br>1544 S SUNKIST STREET<br>ANAHEIM, CA 93806 | CREDITOR ID: 383132-51<br>MISSION CRANE SERVICE<br>1541 S. SUNKIST ST.<br>ANAHEIM, CA 93806 |
| CREDITOR ID: 256479-12<br>MISSION FOODS SOUTHEAST<br>PO BOX 843793<br>DALLAS, TX 75284-3793 | CREDITOR ID: 256480-12<br>MISSION PHARMACAL<br>PO BOX 973017<br>DALLAS, TX 75397-3017 | CREDITOR ID: 405198-95<br>MISSION PHARMACAL<br>PO BOX 297931<br>HOUSTON TX 77297-7931 |
| CREDITOR ID: 399452-15<br>MISSION PHARMACAL COMPANY<br>ATTN MIKE STOVALL, CR MGR<br>PO BOX 786099<br>SAN ANTONIO TX 78278-6099 | CREDITOR ID: 267991-31<br>MISSIPPI ARMY NATIONAL GUARD<br>ATTN: KENNETH W RIMMER<br>459 W RUSSELL AVE<br>CALHOUN CITY MS 38916-9798 | CREDITOR ID: 256481-12<br>MISSISSIPPI ABC<br>7595 CENTURION PKWY<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 256482-12<br>MISSISSIPPI BUSINESS JOURNAL<br>5120 GALAXIE DR<br>JACKSON MS 39206-4308 | CREDITOR ID: 256484-12<br>MISSISSIPPI DEPARTMENT OF<br>AGRICULTURE & COMMERCE<br>PO BOX 1609<br>JACKSON MS 39215-1609 | CREDITOR ID: 29-02<br>MISSISSIPPI DEPARTMENT OF INSURANCE<br>ATTN: GEORGE DALE, COMMISSIONER<br>1001 WOOLFOLK STATE OFFICE BUILDING<br>501 N. WEST STREET<br>JACKSON MS 39201 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 267992-14
MISSISSIPPI DEPT FIN & ADM
ATTN: MARGARET HILL
501 N WEST ST
JACKSON MS 39201-1001

CREDITOR ID: 240580-06
MISSISSIPPI DEPT OF AGRICULTURE
& COMMERCE
PO BOX 1609
JACKSON MS 39215-1609

CREDITOR ID: 240581-06
MISSISSIPPI DEPT OF ENVIROMENTL QUA
OAS ATTN: FEE SECTION
P O BOX 20325
JACKSON MS 39289-1325

CREDITOR ID: 267993-31
MISSISSIPPI DEVELOPMENT AUTH
ATTN: ANGIE COGNEVICH
420 W PINE ST
HATTIESBURG MS 39401-3830

CREDITOR ID: 256486-12
MISSISSIPPI DRY ICE & CARBONATION
5245 GREENWAY DRIVE
SUITE B
JACKSON MS 39204

CREDITOR ID: 256487-12
MISSISSIPPI ECONOMIC COUNCIL
STATE CHAMBER OF COMMERCE
PO BOX 23276
JACKSON MS 39225-3276

CREDITOR ID: 256489-12
MISSISSIPPI EMPLOYMENT SECURITY COM
PO BOX 22781
JACKSON MS 39225

CREDITOR ID: 256490-12
MISSISSIPPI EMPLOYMENT SECURITY COM
OFFICE OF GENEREAL COUNSEL
PO BOX 23089
JACKSON MS 39225-3089

CREDITOR ID: 267994-14
MISSISSIPPI GAMING ASSOCIATION
ATTN: ANDREW BORLAND
753 N CONGRESS ST APT 1
JACKSON MS 39202-3009

CREDITOR ID: 395474-64
MISSISSIPPI GENERATOR
PO BOX 7062
JACKSON, MS 39282

CREDITOR ID: 256493-12
MISSISSIPPI OFFICE OF REVENUE
PO BOX 23075
JACKSON, MS 39225-3075

CREDITOR ID: 256494-12
MISSISSIPPI POWER CO
PO BOX 245
BIRMINGHAM, AL 35201

CREDITOR ID: 384244-47
MISSISSIPPI POWER CO
ATTN JAN STUART
401 WEST MAIN AVE
LUMBERTON MS 39455

CREDITOR ID: 267995-14
MISSISSIPPI PREPAID AFFORDABLE
ATTN: BARRY SIMMONS
501 N WEST ST STE 1101
JACKSON MS 39201-1001

CREDITOR ID: 256495-12
MISSISSIPPI PRESS
PO BOX 390
MOBILE, AL 36601-0390

CREDITOR ID: 256496-12
MISSISSIPPI PRESS REGISTER
PO BOX 309
ATTN RACHAEL JENKINS
MOBILE AL 36601-0309

CREDITOR ID: 256497-12
MISSISSIPPI SAFE & LOCK INC
ATTN: BRUCE
210 MAUDEDITH LN
CLINTON, MS 39056

CREDITOR ID: 241115-11
MISSISSIPPI SPECIAL TAX
ACCOUNT NO.: 048-08402-4
PO BOX 960
JACKSON, MS 39205

CREDITOR ID: 240582-06
MISSISSIPPI STATE BOARD OF PHARMACY
204 KEY DRIVE
SUITE C
MADISON MS 39110

CREDITOR ID: 267996-31
MISSISSIPPI STATE BRD OF RGSTR
ATTN: DONNA DYE
239 N LA MOORE ST STE 501
JACKSON MS 39205

CREDITOR ID: 376272-44
MISSISSIPPI STATE DEPT OF
GENERAL ENVIRO SERVICES ANNEX 101
PO BOX 1700
JACKSON, MS 39215-1700

CREDITOR ID: 256501-12
MISSISSIPPI STATE DEPT OF HEALTH
PO BOX 1700
JACKSON MS 39215-1700

CREDITOR ID: 256502-12
MISSISSIPPI STATE TAX COMM
PO BOX 1140
JACKSON, MS 39215

CREDITOR ID: 241123-11
MISSISSIPPI STATE TAX COMM
PO BOX 960
ACCTNO:038-16427-3
JACKSON, MS 39205

CREDITOR ID: 267997-14
MISSISSIPPI STATE TAX COMM
ATTN: TIM BROWN
917 GOODYEAR BLVD
PICAYUNE MS 39466-3265

CREDITOR ID: 8-02
MISSISSIPPI STATE TAX COMMISSION
ATTN: JOSEPH BLOUNT, CHAIRMAN
(DESIGNATE)
1577 SPRINGDALE RD.
RAYMOND MS 39154

CREDITOR ID: 240587-06
MISSISSIPPI STATE TAX COMMISSION
P O BOX 1033
JACKSON MS 39215

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241125-11
MISSISSIPPI STATE TAX COMMISSION
ACCOUNT NO.: 01008883-0
PO BOX 1140
JACKSON, MS 39215

CREDITOR ID: 395533-64
MISSISSIPPI STATE UNIVERSITY
PO BOX 5316
MISSISSIPPI STATE, MS 39762

CREDITOR ID: 256505-12
MISSISSIPPI STATE UNIVERSITY
FINANCIAL AID OFFICER
PO BOX 5268
MISSISSIPPI STATE MS 39762

CREDITOR ID: 241138-11
MISSISSIPPI USE
ACCOUNT NO.: 183-24111-6
PO BOX 960
JACKSON, MS 39205

CREDITOR ID: 256507-12
MISSISSIPPI VALLEY GAS CO
PO BOX 9001949
LOUISVILLE, KY 40290-1949

CREDITOR ID: 405200-95
MISSISSIPPI VALLEY GAS CO
PO BOX 530593
ATLANTA GA 30353-0593

CREDITOR ID: 626-03
MISSISSIPPI VALLEY GAS CO.
PO BOX 3377
JACKSON MS 39207

CREDITOR ID: 256509-12
MISSISSIPPI WORKERS
COMPENSATION COMM
PO BOX 5300
JACKSON MS 39296-5300

CREDITOR ID: 256510-12
MISSISSIPPI WORKERS COMPENSATION
SELF INSURER
GUARANTY ASSOCIATION
PO BOX 5300
JACKSON MS 39296-5300

CREDITOR ID: 267998-14
MISSSSPPI BAND CHCTAW INDIANS
ATTN: KIRBY WILLIS
129 PRIBAL DR
PHILADELPHIA MS 39350

CREDITOR ID: 256511-12
MISTRAL INTERNATIONAL CORPORATION
ATTN JAIME CORREA, CFO
9372 NW 101ST STREET
MEDLEY, FL 33178

CREDITOR ID: 405202-95
MISTRAL INTERNATIONAL CORPORATION
7032 NW 50TH STREET
MIAMI FL 33166

CREDITOR ID: 256512-12
MISTY A WESSEL
3353 NE 162 STREET
CITRA FL 32113

CREDITOR ID: 256513-12
MISTY BROWN
13528 40TH LANE NORTH
ROYAL PALM BEACH FL 33411

CREDITOR ID: 256514-12
MISTY D WHITENER
901 N MAIN STREET
APT A-5
MAULDIN SC 29662

CREDITOR ID: 256515-12
MISTY WINEBARGER
PO BOX 1014
COEBURN VA 24230

CREDITOR ID: 381079-47
MITCH MURCH'S MAINTENANCE MANAGEMENT
PO BOX 798129
ST LOUIS, MO 63179-8000

CREDITOR ID: 381061-47
MITCH MUTCHS MAINTENANCE MGMT CO
PO BOX 798129
ST LOUIS, MO 63179-8000

CREDITOR ID: 256516-12
MITCHCO & ASSOCIATES
17460 MCCRORY 1 RD
PRAIRIEVILLE, LA 70769

CREDITOR ID: 405204-95
MITCHCO & ASSOCIATES
17460 MCRORY 1 RD
PRAIRIEVILLE LA 70769-4631

CREDITOR ID: 256518-12
MITCHELL B HOSKINS
2248 RIVERPARK CR 617
ORLANDO FL 32817

CREDITOR ID: 256519-12
MITCHELL C SHIRAH MD
4441 US HIGHWAY 431 NORTH, SUITE 1
PO BOX 1397
ROANOKE, AL 36274

CREDITOR ID: 377390-44
MITCHELL CO
ATTN CONTROL RENT CLERK
PO BOX 160306
MOBILE, AL 36616-1306

CREDITOR ID: 1605-07
MITCHELL CO
ATTN: CONTROL RENT CLERK
PO BOX 160306
MOBILE, AL 36616-1306

CREDITOR ID: 256521-12
MITCHELL COUNTY TAX COMMISSIONER
PO BOX 373
PROPERTY TAX
CAMILLA GA 31730-0373

CREDITOR ID: 256523-12
MITCHELL MACHINE AND TOOL SER
6 E WAREHOUSE CT
TAYLORS, SC 29687-2601

CREDITOR ID: 256524-12
MITCHELL MORTGAGE COMPANY LLC
ATTN ORE DEPARTMENT
PO BOX 27459
HOUSTON, TX 77227

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405205-95<br>MITCHELL MORTGAGE COMPANY LLC<br>ATTN MS MYRA CORBY<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381 | CREDITOR ID: 256525-12<br>MITCHELL N SCHWARTZ<br>4800 E ADAMS COURT<br>NEW ORLEANS LA 70127 | CREDITOR ID: 256526-12<br>MITCHELL NEWSPAPERS INC<br>PO BOX 365<br>13 S SCOTT ST<br>CAMILLA, GA 31730-0365 |
| CREDITOR ID: 256527-12<br>MITCHELL SERVICES INC<br>PO BOX 2965<br>HICKORY NC 28603 | CREDITOR ID: 256528-12<br>MITCHELL SIGNS INC<br>PO BOX 4177<br>MERIDIAN, MS 39304 | CREDITOR ID: 256529-12<br>MITCHELL SPECIALTY FOOD<br>136 COURT SQUARE<br>BARBOURVILLE KY 40906 |
| CREDITOR ID: 373653-44<br>MITCHELL, AMY<br>217 WHITE OAK DRIVE<br>CANTON, GA 30114 | CREDITOR ID: 389652-54<br>MITCHELL, CECILE<br>3780 UNIVERSITY CLUB BLVD<br>APT 2103<br>JACKSONVILLE, FL 32277 | CREDITOR ID: 393305-55<br>MITCHELL, CECILE<br>C/O: J. SCOTT NOONEY, ATTORNEY<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 245363-12<br>MITCHELL, CHRISTOPHER P<br>7711 PECAN DRIVE N<br>IRVINGTON AL 36544 | CREDITOR ID: 246983-12<br>MITCHELL, CORA<br>449 LYNHURST DRIVE SOUTHWEST<br>ATLANTA GA 30311 | CREDITOR ID: 389157-54<br>MITCHELL, DAWN<br>1836 EAST AVE LOT 6<br>PANAMA CITY, FL 32404 |
| CREDITOR ID: 393030-55<br>MITCHELL, DAWN<br>C/O PELHAM & ANDREWS<br>ATTN RANDY VINCENT PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 385150-54<br>MITCHELL, ELLA<br>267 SLATE TOP ROAD<br>CLAYTON, NC 27520 | CREDITOR ID: 390501-55<br>MITCHELL, ELLA<br>C/O: ERIC KASSOR<br>LAW OFFICES OF ERIC KASSOR, PA<br>3000 HIGHWOODS BLVD, SUITE 210<br>RALEIGH NC 27604-1028 |
| CREDITOR ID: 269242-16<br>MITCHELL, EUGENE<br>DBA LUMPER TECH INDUSTRIES<br>C/O ALVIN R LENOIR<br>1934 WASHINGTON ROAD<br>EAST POINT, GA 30344 | CREDITOR ID: 388985-54<br>MITCHELL, FANNIE<br>129 SPRING STREET<br>LAURENS, SC 29360 | CREDITOR ID: 392887-55<br>MITCHELL, FANNIE<br>C/O: KELLY POPE KAROW, ESQUIRE<br>CHRISTIAN & DAVIS<br>1007 E. WASHINGTON STREET<br>GREENVILLE SC 29601 |
| CREDITOR ID: 386663-54<br>MITCHELL, LYNE<br>39702 CAMP DR<br>PRAIREVILLE LA 70769 | CREDITOR ID: 382878-51<br>MITCHELL, MARY<br>C/O BARRY C. LEAVELL<br>205 MADISON AVE. STE A<br>MONTGOMERY, AL 36104 | CREDITOR ID: 389740-54<br>MITCHELL, MARY<br>3770 NORMAN BRIDGE ROAD<br>APT. 6B<br>MONTGOMERY AL 36105 |
| CREDITOR ID: 386166-54<br>MITCHELL, MICHEAL<br>1621 PATTERSON DR.<br>NEW ORLEANS, LA 70114 | CREDITOR ID: 387561-54<br>MITCHELL, PATRICIA<br>2152 PALOALTO STREET<br>NAVARRE FL 32566 | CREDITOR ID: 388688-54<br>MITCHELL, PATRICIA<br>2152 PALO ALTO STREET<br>NAVARRE FL 32566 |
| CREDITOR ID: 387753-54<br>MITCHELL, SAMUEL<br>442 COTTAGE HILL ROAD<br>APT. D-15<br>MOBILE AL 36606 | CREDITOR ID: 392105-55<br>MITCHELL, SAMUEL<br>C/O: ROBERT BOB SHERLING<br>YORK & LEGG<br>P.O. DRAWER 16207<br>MOBILE AL 36616 | CREDITOR ID: 407001-MS<br>MITCHELL, SAMUEL J.<br>1209 LAKE DR.<br>VALDOSTA GA 31602 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387348-54<br>MITCHELL, SARA<br>518 FORT DALE ROAD<br>GREENVILLE, AL 36037 | CREDITOR ID: 391921-55<br>MITCHELL, SARA<br>C/O: KENNETH SHINBAUM<br>MCPHILLIPS, SHINBAUM & GILL, LLP<br>516 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 263069-12<br>MITCHELL, TIM<br>3931 MARIE COOK DRIVE<br>MONTGOMERY, AL 36109 |
| CREDITOR ID: 385906-54<br>MITCHELL, WILLIAM<br>10615 AIRLINE HIGHWAY<br>LOT 7<br>BATON ROUGE, LA 70816 | CREDITOR ID: 391146-55<br>MITCHELL, WILLIAM<br>C/O: IKE F. HAWKINS, III<br>IKE F. HAWKINS, III AND ASSOCIATES<br>13541 TIGER BEND ROAD<br>BATON ROUGE LA 70879-8178 | CREDITOR ID: 388796-54<br>MITCHELLE, LOUISE<br>2701 34TH ST N<br>APT. #308<br>SAINT PETERSBURG, FL 33713 |
| CREDITOR ID: 392752-55<br>MITCHELLE, LOUISE<br>C/O: JEANTTE J. SECOR<br>JEANETTE J. SECOR, P.A.<br>6474 FIRST AVE. NORTH<br>ST. PETERSBURG FL 33710 | CREDITOR ID: 267999-31<br>MITFORD RURAL WATER DISTRICT<br>ATTN: ALICE GOOD<br>806 MILES RD<br>GREAT FALLS SC 29055-8740 | CREDITOR ID: 380987-47<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>PO BOX 404584<br>ATLANTA, GA 30384-4584 |
| CREDITOR ID: 400189-86<br>MITTLEMAN, RHODA<br>3301 IMPERIAL PALM DR.<br>LARGO   FL 33771 | CREDITOR ID: 256531-12<br>MITZI BARRETT<br>514 KNEECE ROAD<br>BRADLEY SC 29819 | CREDITOR ID: 256532-12<br>MITZI K BARRICK<br>1408 KILLIAN ROAD<br>STANLEY NC 28164 |
| CREDITOR ID: 388778-54<br>MIXON, MICHAEL J<br>4470 SPANISH TRAIL<br>APT E59<br>PENSACOLA FL 32514 | CREDITOR ID: 256533-12<br>MIZELL MEMORIAL HOSPITAL<br>PO BOX 1010<br>OPP, AL 36467 | CREDITOR ID: 405206-95<br>MIZELL MEMORIAL HOSPITAL<br>PO BOX 429<br>OPP AL 36467 |
| CREDITOR ID: 385599-54<br>MIZELL, HATTYE<br>3431 NW 7TH STREET<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 390891-55<br>MIZELL, HATTYE<br>LAW OFFICES OF SHAPIRO & ASSOCIATES<br>ATTN JEFFREY S SHAPIRO, ESQ<br>7805 SW 6TH CT (GATEHOUSE RD)<br>PLANTATION FL 33324 | CREDITOR ID: 256534-12<br>MIZKAN AMERICAS<br>PO BOX 75231<br>CHICAGO, IL 60675 |
| CREDITOR ID: 255193-12<br>MJ MCCALL CO INC<br>6919 PITTS ROAD<br>JACKSONVILLE FL 32219 | CREDITOR ID: 256535-12<br>MLO PRODUCTS INC<br>PO BOX 49302<br>SAN JOSE, CA 95161-9302 | CREDITOR ID: 405207-95<br>MLO PRODUCTS INC<br>2351 NORTH WATNEY WAY<br>SUITE C<br>FAIRFIELD CA 94533 |
| CREDITOR ID: 256536-12<br>MM GRINNAN COMPANY<br>12443 SAN JOSE BLVD, , SUITE 901<br>JACKSONVILLE FL 32223 | CREDITOR ID: 255197-12<br>MM WADE<br>412 EAST CENTRAL AVENUE<br>BELTON TX 76513 | CREDITOR ID: 407607-15<br>MMMM, INC.<br>C/O HERREN DARE & STREETT<br>ATTN DAVID M DARE ESQ<br>1051 N HARRISON AVENUE<br>ST LOUIS MO 63122 |
| CREDITOR ID: 407607-15<br>MMMM, INC.<br>D/B/A MITCH MURCHS MAINTENANCE MGMT<br>ASSIGNEE OF ROYAL SERVICES INC<br>2827 CLARK AVENUE<br>ST LOUIS MO 63103-2591 | CREDITOR ID: 256537-12<br>MO FAMILY SUPPORT PAYMENT CENTER<br>PO BOX 109001<br>JEFFERSON CITY, MO 65110-9001 | CREDITOR ID: 384245-47<br>MO MOORMAN BEER DIST<br>4401 PRODUCE ROAD<br>LOUISVILLE, KY 40218 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387747-54<br>MOAK, JENNIFER<br>3500 MT. PLEASANT LANE<br>BOGUE CHITTO MS 39629 | CREDITOR ID: 268000-31<br>MOBIL 02 LEV<br>ATTN: ELIZEBETH BLAIR<br>15199 S DIXIE HWY<br>MIAMI FL 33176-7931 | CREDITOR ID: 395322-63<br>MOBIL STEAM CLEAN<br>25404 WINDING WAY<br>PASS CHRISTIAN, MS 39571 |
| CREDITOR ID: 256538-12<br>MOBIL STEAM CLEAN INC<br>ATTN STEVE FLEMING, PRES<br>25404 WINDING WAY<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 256539-12<br>MOBILE AIR CONDITIONING SOCIEY<br>PO BOX 88<br>LANSDALE PA 19446 | CREDITOR ID: 256540-12<br>MOBILE AREA C O C<br>PO BOX 2187<br>MOBILE, AL 36652-2187 |
| CREDITOR ID: 256541-12<br>MOBILE AREA WATER & SEWER<br>PO BOX 2153 DEPT 1276<br>BIRMINGHAM, AL 35287-1276 | CREDITOR ID: 268001-31<br>MOBILE BAY NAT ESTUARY PROGRAM<br>ATTN: DAVID YEAGER<br>4172 COMMANDERS DR<br>MOBILE AL 36615-1413 | CREDITOR ID: 256547-12<br>MOBILE GAS SER CO<br>PO BOX 2248<br>MOBILE, AL 36652-2248 |
| CREDITOR ID: 256548-12<br>MOBILE HOSE & SPRAY SYSTEMS<br>5426 ASHTON COURT UNIT 8<br>SARASOTA FL 34233 | CREDITOR ID: 256549-12<br>MOBILE INFIRMARY ASSOCIATES<br>PO BOX 2144<br>MOBILE, AL 36652 | CREDITOR ID: 256550-12<br>MOBILE ON-SITE COLLECTION SVC<br>2922 PINEVIEW ST<br>DULUTH, GA 30096 |
| CREDITOR ID: 382832-51<br>MOBILE REGISTER<br>PO BOX 2488<br>MOBILE, AL 36652 | CREDITOR ID: 256552-12<br>MOBILE REGISTER THE<br>LOCK BOX 496<br>MOBILE AL 36652-0496 | CREDITOR ID: 256553-12<br>MOBILE TRUCK TIRE SPECIALIST<br>PO BOX 4118<br>SLIDELL, LA 70459 |
| CREDITOR ID: 630-03<br>MOBILE WATER WORKS<br>PO BOX 2153-DEPT 1276<br>BIRMINGHAM AL 35287-1276 | CREDITOR ID: 256554-12<br>MOBILITY PLUS INC<br>2809 NEWBY ROAD<br>SUITE 130<br>HUNTSVILLE AL 35805 | CREDITOR ID: 631-03<br>MOBLEY & ASSOCIATES<br>ATLANTA GA 30339-5947 |
| CREDITOR ID: 249063-99<br>MOBLEY FAM PRTNP LP & REDD FAM PRTN<br>LLLP DBA BLUE ANGEL CROSSING SHOPP<br>C/O EPSTEIN BECKER & GREEN PC<br>ATTN: ANNETTER KERLIN MCBRAYER, ESQ<br>945 EAST PACES FERRY RD, STE 2700<br>ATLANTA GA 30326-1380 | CREDITOR ID: 389195-54<br>MOBLEY, ELOUISE<br>319 SEMONOLE PORT<br>PAHOKEE, FL 33476 | CREDITOR ID: 393056-55<br>MOBLEY, ELOUISE<br>C/O: TANISHA N. GARY, ESQUIRE<br>GARY, WILLIAMS, PARENTI, FINNEY, ET AL<br>WATERSIDE PROFESSIONAL BLDG<br>221 E. OSCEOLA STREET<br>STUART FL 34994 |
| CREDITOR ID: 386360-54<br>MOCCIA, RUBY<br>2246 MATTHEW CIRCLE<br>DELTONA FL 32738 | CREDITOR ID: 391446-55<br>MOCCIA, RUBY<br>C/O: MITCHELL SHEA, ESQ.<br>WAGENHEIM AND WAGNER<br>2101 N ANDREWS AVE. STE. 400<br>FT. LAUDERDALE FL 33311 | CREDITOR ID: 256555-12<br>MODERN GAS COMPANY INC<br>PO BOX 1613<br>ALBANY GA 31702-1613 |
| CREDITOR ID: 256557-12<br>MODERN LEASING INC OF IOWA<br>C/O LORI MCCLAREY<br>8040 UNIVERSITY BLVD<br>CLIVE, IA 50325 | CREDITOR ID: 256558-12<br>MODERN MATERIAL HANDLING<br>ATTN BEN A REED, PRES<br>PO BOX 5658<br>GREENVILLE, SC 29606-5658 | CREDITOR ID: 381286-47<br>MODERN SOUND & COMMUNICATION INC<br>4359 MIDMOST DR<br>MOBILE, AL 36609 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256559-12<br>MODERN SYSTEMS INC<br>3844 SOUTH HIGHWAY 27<br>SUITE B<br>SOMERSET KY 42501 | CREDITOR ID: 256560-12<br>MODERN TOUR<br>PO BOX 631289<br>CINCINNATI OH 45263-1289 | CREDITOR ID: 256562-12<br>MODERN WELDING CO INC<br>PO BOX 568678<br>ORLANDO FL 32856-8678 |
| CREDITOR ID: 1607-07<br>MODERN WOODMAN OF AMERICA<br>C/O THE INTERLACHEN CO<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 256565-12<br>MODERN WOODMEN OF AMERICA<br>PO BOX 1916<br>C/O INTERLACHEN COMPANY<br>WINTER PARK, FL 32790 | CREDITOR ID: 256564-12<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND, IL 61201 |
| CREDITOR ID: 1609-07<br>MODERN WOODMEN OF AMERICA<br>C/O INTERLACHEN COMPANY<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 2411-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND, IL 61201 | CREDITOR ID: 256566-12<br>MODIS<br>PO BOX 931823<br>ATLANTA, GA 31193 |
| CREDITOR ID: 406235-G4<br>MODIS<br>1 INDEPENDENT DRIVE<br>JACKSONVILLE FL 32202 | CREDITOR ID: 403492-15<br>MODIS, INC<br>C/O MPS GROUP, INC<br>ATTN DEEANN WALTON<br>1 INDEPENDENT DRIVE, 10TH FL<br>JACKSONVILLE FL 32202 | CREDITOR ID: 269358-16<br>MODLIN, TAMIRA<br>C/O LEE KELLISON<br>LINDELL, KELLISON & FARSON, PA<br>12276 SAN JOSE BOULEVARD SUITE 126<br>JACKSONVILLE, FL 32223-8630 |
| CREDITOR ID: 256567-12<br>MODULAR MAILING SYSTEMS INC<br>4913 W LAUREL STREET<br>TAMPA, FL 33607 | CREDITOR ID: 405208-95<br>MODULAR MAILING SYSTEMS INC<br>1793 W HILLSBOROUGH AVE<br>TAMPA FL 33603-1130 | CREDITOR ID: 256568-12<br>MOELLER HIGH SCHOOL<br>9001 MONTFOMERY ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 407002-MS<br>MOFFET, PAUL A.<br>6804 N CAPITAL OF TEXAS HWY<br>UNIT 823<br>AUSTIN TX 78731 | CREDITOR ID: 399547-82<br>MOFFETT, FRANCISCUS<br>6427 AIRPORT BOULEVARD, # I-67<br>MOBILE  AL 36608 | CREDITOR ID: 241149-11<br>MOGAN COUNTY<br>SALES TAX OFFICE<br>ACCOUNT NO.: 18<br>PO BOX 1848<br>DECATUR, AL 35602 |
| CREDITOR ID: 256569-12<br>MOHAMMAD O HAQUE<br>911 VERANDA CHASE DRIVE<br>LAWERENCEVILLE GA 30044 | CREDITOR ID: 251237-12<br>MOHAMMAD, HAQUE O<br>911 VERANDA CHASE DRIVE<br>LAWRENCEVILLE, GA 30044 | CREDITOR ID: 2412-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH, FL 33012-6670 |
| CREDITOR ID: 256571-12<br>MOHICAN SCHOOL<br>4050 TUNICA ST<br>BATON ROUGE, LA 70805 | CREDITOR ID: 404033-15<br>MOHUNDRO, DOROTHA<br>334 S AMERS STREET<br>NORTH FT MYERS FL 33903 | CREDITOR ID: 404033-15<br>MOHUNDRO, DOROTHA<br>C/O GOLDSTEIN BUCKLEY CECHMAN ET AL<br>ATTN RAY GOLDSTEIN, ESQ<br>1515 BROADWAY<br>PO BOX 2366<br>FORT MYERS FL 33902-2366 |
| CREDITOR ID: 403521-15<br>MOHUNDRO, DORTHA J<br>C/O GOLDSTEIN BUCKLEY CECHMAN ET AL<br>ATTN RAY GOLDSTEIN, ESQ<br>1515 BROADWAY<br>PO BOX 2366<br>FORT MEYERS FL 33902-2366 | CREDITOR ID: 390345-54<br>MOLINA, ARMANDO (MINOR)<br>2834 BEAVER DR<br>DELTONA FL 32725 | CREDITOR ID: 387985-54<br>MOLINE, PHYLLIS<br>1822 FLOOD ST<br>NEW ORLEANS, LA 70117 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392266-55<br>MOLINE, PHYLLIS<br>C/O: KRIS P KEIFER, ESQ.<br>KIEFER & KIEFER<br>2310 METAIRIE ROAD<br>METAIRIE LA 70001 | CREDITOR ID: 256572-12<br>MOLLOY POSTCARD AND SOUVENIR SVCS<br>1483 JAMIKE LANE<br>ERLANGER KY 41018 | CREDITOR ID: 256573-12<br>MOLLY GLOVER<br>RT 1 BOX 193A<br>TROY AL 36079 |
| CREDITOR ID: 256574-12<br>MOLLY MCDUFFIE<br>2846 PORCHER DRIVE<br>SUMTER, SC 29150 | CREDITOR ID: 256575-12<br>MOLLY S WRIGHT<br>4917 FLAT CREEK DRIVE<br>FORT WORTH TX 76179 | CREDITOR ID: 256576-12<br>MOLLY TURBERVILLE<br>7050 QUITMAN ROAD<br>WILMER AL 36587 |
| CREDITOR ID: 256577-12<br>MOLLY VANDERWERF<br>825 HADDEN LANE<br>DELTONA FL 32738-0106 | CREDITOR ID: 381572-47<br>MOLONY, JERRY<br>SAV DIV #2621<br>4001 36TH ST<br>MERIDIAN MS 39307 | CREDITOR ID: 264191-12<br>MOLTIMORE, VINCENT<br>715 N PARK STREET<br>CRESCENT CITY, FL 32112 |
| CREDITOR ID: 256578-12<br>MONA ALGERE<br>1615 ROSSELIN DRIVE<br>NEW ORLEANS LA 70119 | CREDITOR ID: 256579-12<br>MONA SCHAFFER<br>9113 TREMEZZO LANE<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 268002-31<br>MONACAN SOIL WTR CNSRVTION DST<br>ATTN: KEITH BURGASS<br>3064 RIVER RD W STE F<br>GOOCHLAND VA 23063-3202 |
| CREDITOR ID: 260844-12<br>MONANSINGH, SHAYNE S<br>3917 AMRON COURT<br>ORLANDO, FL 32822 | CREDITOR ID: 376281-44<br>MONARCH ENVIRONMENTAL INC<br>P O BOX  9001828<br>LOUISVILLE, KY 40290-1828 | CREDITOR ID: 256580-12<br>MONARCH ENVIRONMENTAL INC<br>PO BOX 20176<br>BOWLING GREEN KY 42102 |
| CREDITOR ID: 385569-54<br>MONCADA, MARTHA<br>17070 SW 139 PLACE<br>MIAMI, FL 33177 | CREDITOR ID: 390864-55<br>MONCADA, MARTHA<br>C/O: JOSE FRANCISCO<br>LAW OFFICE OF JOSE M FRANCISCO<br>5040 NW 7TH STREET<br>SUITE 900<br>MIAMI FL 33126 | CREDITOR ID: 268003-14<br>MONEY LENDERS FINANCE CO<br>ATTN: EARL C SANDERSON JR<br>134 BEACON ST STE D<br>LAUREL MS 39440-4428 |
| CREDITOR ID: 256581-12<br>MONFORT HEIGHTS ELEMENTARY<br>3661 WEST FORK RD<br>CINCINNATI OH 45247 | CREDITOR ID: 315871-40<br>MONFORT HEIGHTS STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 04740474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 256583-12<br>MONICA CARTER<br>5722 PINETREET AVENUE<br>PANAMA CITY BEACH, FL 32408 |
| CREDITOR ID: 256584-12<br>MONICA EVANS AS MOTHER<br>OF MICHAEL MCKINNEY JR<br>117 EUGENE EVANS ROAD<br>SAINT MAURICE LA 71471 | CREDITOR ID: 256585-12<br>MONICA K BRYANT<br>2063 BALFOUR CIRCLE<br>TAMPA FL 33619 | CREDITOR ID: 256586-12<br>MONICA KING<br>3604 GOLD FINCH DRIVE<br>AUGUSTA GA 30906 |
| CREDITOR ID: 256587-12<br>MONICA L TOBY<br>2023 NW 55TH TERRACE<br>LAUDERHILL FL 33313 | CREDITOR ID: 256588-12<br>MONICA LAUREL<br>19264 S GARDENIA AVENUE<br>WESTON FL 33332 | CREDITOR ID: 256589-12<br>MONICA R BLACKMAN<br>430 DANIEL CIRCLE<br>JACKSON MS 39212 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256590-12<br>MONICA RIVERA<br>4725 NW 59TH MANOR<br>COCONUT CREEK, FL 33073 | CREDITOR ID: 256591-12<br>MONICA VEGA<br>8838 SW 72 STREET<br>MIAMI FL 33173 | CREDITOR ID: 387724-54<br>MONICO, RICHARD A<br>500 EASY ST<br>CONCORD NC 28227 |
| CREDITOR ID: 256592-12<br>MONIQUE A MILLER<br>352 BARTLEY ROAD<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 256593-12<br>MONIQUE BURR FOUNDATION FOR CHILDRN<br>10161 CENTURION PARKWAY NORTH<br>SUITE 190<br>JACKSONVILLE FL 32256 | CREDITOR ID: 256594-12<br>MONIQUE MASON<br>6020 GENEVA DRIVE<br>RICHMOND, VA 23224 |
| CREDITOR ID: 386961-54<br>MONK, RICHARD<br>338 HILLSIDE CIR.<br>KINGSLAND GA 31548 | CREDITOR ID: 256595-12<br>MONNIE BODIEFORD<br>2401 N ROWLAND AVENUE<br>LUMBERTON, NC 28358 | CREDITOR ID: 256596-12<br>MONNY AHMED<br>4091 BELLE ROAD<br>LAKE WORTH FL 33461 |
| CREDITOR ID: 256597-12<br>MONOFLO INTERNATIONAL<br>PO BOX 2797<br>WINCHESTER VA 22604 | CREDITOR ID: 256598-12<br>MONROE C SCHIFFMAN<br>19195 MYSTIC POINTE DRIVE<br>AVENTURA FL 33180 | CREDITOR ID: 256600-12<br>MONROE COUNTY HOSPITAL<br>PO BOX 886<br>MONROEVILLE, AL 36461 |
| CREDITOR ID: 256605-12<br>MONROE JOURNAL<br>PO BOX 826<br>MONROEVILLE, AL 36461-0826 | CREDITOR ID: 256606-12<br>MONROE SALES<br>PO BOX 2168<br>SHELBY, NC 28151 | CREDITOR ID: 256607-12<br>MONROE SYSTEMS FOR BUSINESS INC<br>PO BOX 8500-52873<br>PHILADELPHIA, PA 19178-2873 |
| CREDITOR ID: 405210-95<br>MONROE SYSTEMS FOR BUSINESS INC<br>LOCKBOX NO W0315<br>P O BOX 7777-W0315  **PREVADD*<br>PHILADELPHIA PA 19175-0315 | CREDITOR ID: 256608-12<br>MONROE URGENT CARE<br>PO BOX 601376<br>CHARLOTTE NC 28260-1376 | CREDITOR ID: 633-03<br>MONROE UTILITIES NETWORK<br>PO BOX 725<br>MONROE GA 30655 |
| CREDITOR ID: 256609-12<br>MONROE WATER LIGHT & GAS COMM<br>PO BOX 725<br>MONROE, GA 30655-0725 | CREDITOR ID: 397769-74<br>MONROE, ERINN R.<br>C/O STEVEN J. CLARK<br>2525 MERIDIAN PARKWAY, STE 300<br>DURHAM NC 27702 | CREDITOR ID: 381323-47<br>MONROE, NINA<br>202 BLAKELY AVENUE<br>LAURENS, SC 29360 |
| CREDITOR ID: 385548-54<br>MONROE, ROSE<br>827 NW 63RD ST<br>MIAMI, FL 33127 | CREDITOR ID: 390846-55<br>MONROE, ROSE<br>C/O: DONNA B MICHELSON, PA<br>1110 BRICKELL AVE<br>9TH FLOOR, PH1<br>MIAMI FL 33131 | CREDITOR ID: 256610-12<br>MONROEVILLE CENTER PARTNERS<br>LTD<br>PO BOX 230<br>POINT CLEAR, AL 36564 |
| CREDITOR ID: 1611-07<br>MONROEVILLE CENTER PARTNERS LTD<br>PO BOX 230<br>POINT  CLEAR, AL 36564 | CREDITOR ID: 395421-64<br>MONSTER.COM<br>11404 IRONRIDGE DRIVE<br>OWINGS MILLS, MD 21117 | CREDITOR ID: 256611-12<br>MONTAGUE INDUSTRIAL CORP<br>PO BOX 530111  DEPT S-028<br>ATLANTA, GA 30353-0111 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256612-12<br>MONTAGUE PITTMAN & VARNADO<br>PO BOX 1975<br>HATTIESBURG, MS 39403-1975 | CREDITOR ID: 385624-54<br>MONTALVAN, VERONICA<br>2000 DECKBAR # 307<br>JEFFERSON, LA 70121 | CREDITOR ID: 390916-55<br>MONTALVAN, VERONICA<br>C/O: ROBERT B. EVANS, III, ESQUIRE<br>BURGOS & EVANS, L.L.C.<br>3632 CANAL ST.<br>NEW ORLEANS LA 70119-6135 |
| CREDITOR ID: 385827-54<br>MONTALVO, CARLOTA<br>17033 MORGAN DRIVE<br>NAPLES, FL 34113 | CREDITOR ID: 391085-55<br>MONTALVO, CARLOTA<br>C/O: ROBERT N. PELIER<br>BLANCO & PELIER, P.A.<br>1431 PONCE DE LEON BLVD<br>CORAL GABLES FL 33145 | CREDITOR ID: 268004-14<br>MONTANTI ADVISORY SERVICE<br>ATTN: VINCENT MONTANI<br>2424 N FEDERAL HWY<br>BOCA RATON FL 33431-7735 |
| CREDITOR ID: 399813-84<br>MONTELBAN, VERONICA<br>2000 DECKBAR # 307<br>JEFFERSON LA 70121 | CREDITOR ID: 400270-85<br>MONTELBAN, VERONICA<br>C/O BURGOS & EVANS, LLC<br>ATTN ROBERT B. EVANS III, ESQ<br>3632 CANAL STREET<br>NEW ORLEANS LA 70119-6135 | CREDITOR ID: 256613-12<br>MONTERERY COUNTY<br>DIST ATTORNEY FAM SUPP DIV<br>PO BOX 2059<br>SALINAS, CA 93902-2059 |
| CREDITOR ID: 256614-12<br>MONTEREY CHILD SUPPORT SERVICES<br>DEPT 74187<br>PO BOX 60000<br>SAN FRANCISCO CA 94160-4187 | CREDITOR ID: 256617-12<br>MONTEREY MUSHROOMS INC<br>PO BOX 550871<br>TAMPA FL 33655-0871 | CREDITOR ID: 278927-30<br>MONTEREY MUSHROOMS INC<br>ATTN BYRON IRMEGER, CONTROLLER<br>PO BOX 550871<br>TAMPA, FL 33655-0871 |
| CREDITOR ID: 387888-54<br>MONTES, ACACIA<br>1733 NW 16TH STREET<br>MIAMI, FL 33125 | CREDITOR ID: 387888-54<br>MONTES, ACACIA<br>C/O MICHAEL WEISBERG LAW OFFICE<br>ATTN MICHAEL P WEISBERG, ESQ<br>1925 BRICKELL AVENUE, SUITE D301<br>MIAMI FL 33129 | CREDITOR ID: 392170-55<br>MONTES, ACACIA<br>C/O: FERNANDO GARCIA, ESQ.<br>GARCIA & DUARTE-VIERA<br>8550 N.W. 33RD ST., STE. 200<br>MIAMI FL 33122 |
| CREDITOR ID: 244830-12<br>MONTES, CECILIA<br>101 SW 13TH STREET, APT 112<br>MIAMI FL 33130 | CREDITOR ID: 385471-54<br>MONTESDEOCA, HASSAN (MINOR)<br>1800 EAST COLONIAL DRIVE, SUIT<br>ORLANDO, FL 32803 | CREDITOR ID: 390772-55<br>MONTESDEOCA, HASSAN (MINOR)<br>C/O CIRCE ZAMORA ESQ<br>1801 EAST COLONIA DRIVE STE 108<br>ORLANDO FL 32803 |
| CREDITOR ID: 387381-54<br>MONTESO, SANDRA<br>PO BOX 700387<br>ST. CLOUD, FL 34770 | CREDITOR ID: 373731-44<br>MONTEZ, ANTONIO<br>145 SPRING STREET<br>CALERA, AL 35040 | CREDITOR ID: 387699-54<br>MONTFORD, PRISCILLA<br>207 DORMINY MILL CHURCH RD.<br>FITZGERALD GA 31750 |
| CREDITOR ID: 268005-31<br>MONTGMERY CNTY CNSERVATION CLB<br>ATTN: JACK HESTLE<br>1182 SEVEN MILE FERRY RD N<br>CLARKSVILLE TN 37040-4262 | CREDITOR ID: 268006-14<br>MONTGMERY CNTY PRPRTY ASSESSOR<br>ATTN: RONNIE BOYD<br>350 PAGEANT LN STE 101B<br>CLARKSVILLE TN 37040-3813 | CREDITOR ID: 268007-31<br>MONTGMERY RGNAL SLID WSTE AUTH<br>ATTN: RANDALL BOWLING<br>555 COUNTY RD<br>CHRISTIANSBURG VA 24073-1379 |
| CREDITOR ID: 256618-12<br>MONTGOMERY ADVERTISER<br>PO BOX 1000<br>MONTGOMERY, AL 36101-1000 | CREDITOR ID: 382834-51<br>MONTGOMERY ADVERTISER<br>425 MOLTON STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 256619-12<br>MONTGOMERY AREA CHAMBER OF COMMERCE<br>PO BOX 79<br>MONTGOMERY, AL 36101-0079 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256620-12<br>MONTGOMERY BEARINGS<br>PO BOX 813<br>MONTGOMERY AL 36101-0813 | CREDITOR ID: 256621-12<br>MONTGOMERY BEVERAGE CO<br>PO BOX 250550<br>MONGOMERY AL 36125-0550 | CREDITOR ID: 268008-31<br>MONTGOMERY COMNTY CTR KINGS H<br>ATTN: PERCY KING<br>814 CLAREMONT AVE E<br>MONTGOMERY AL 36107-1361 |
| CREDITOR ID: 381275-47<br>MONTGOMERY COUNTY<br>REVENUE COMMISSIONER<br>ATTN SARAH G SPEAR<br>PO BOX 4779<br>MONTGOMERY, AL 36103-4779 | CREDITOR ID: 256622-12<br>MONTGOMERY COUNTY<br>ATTN REVENUE COMMISSIONER<br>PO BOX 4779<br>MONTGOMERY, AL 36103-4779 | CREDITOR ID: 240590-06<br>MONTGOMERY COUNTY HEALTH DEPT<br>3060 MOBILE HIGHWAY<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 256625-12<br>MONTGOMERY COUNTY REVENUE COMM<br>PO BOX 4779<br>ATTN SARAH G SPEAR<br>MONTGOMERY AL 36103-4779 | CREDITOR ID: 256624-12<br>MONTGOMERY COUNTY REVENUE COMM<br>PO BOX 1667<br>PROPERTY TAX<br>MONTGOMERY AL 36102-1667 | CREDITOR ID: 268009-14<br>MONTGOMERY COUNTY TAX COLLECTR<br>ATTN: VICKI MANESS<br>102 E SPRING ST<br>TROY NC 27371-3042 |
| CREDITOR ID: 268010-31<br>MONTGOMERY CTY PBLC SVC ATHRTY<br>ATTN: MICHAEL KROK<br>5229 ENTERPRISE DR<br>ELLISTON VA 24087-3153 | CREDITOR ID: 256626-12<br>MONTGOMERY ELEMENTARY SCHOOL PTO<br>9609 MONTGOMERY ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 256627-12<br>MONTGOMERY EQUIP CO<br>PO BOX 9387<br>MONTGOMERY AL 36108-0387 |
| CREDITOR ID: 256628-12<br>MONTGOMERY EQUIPMENT COMPANY<br>1350 AIR BASE BLVD<br>MONTGOMERY, AL 36108 | CREDITOR ID: 256629-12<br>MONTGOMERY FASTENER & SUPPLY CO INC<br>PO BOX 210462<br>MONTGOMERY, AL 36121 | CREDITOR ID: 256630-12<br>MONTGOMERY FENCE WHOLESALE<br>6501 TROY HWY<br>PIKE ROAD AL 36064 |
| CREDITOR ID: 256631-12<br>MONTGOMERY PRESBYTERIAN CHURCH<br>9994 ZIG ZAG ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 256632-12<br>MONTGOMERY RUBBER & GASKET CO<br>PO BOX 210639<br>MONTGOMERY, AL 36121-0639 | CREDITOR ID: 256632-12<br>MONTGOMERY RUBBER & GASKET CO<br>C/O PARNELL & CRUM, P.A.<br>ATTN: BRITT BATSON GRIGGS, ESQ.<br>PO BOX 2189<br>MONTGOMERY AL 361022189 |
| CREDITOR ID: 256633-12<br>MONTGOMERY TRAVEL CENTER<br>980 WEST SOUTH BLVD<br>MONTGOMERY AL 36105 | CREDITOR ID: 256634-12<br>MONTGOMERY WATER WORKS<br>ATTN STEPHANIE REID<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | CREDITOR ID: 256635-12<br>MONTGOMERY YMCA<br>2435 BELL ROAD<br>MONTGOMERY, AL 36617 |
| CREDITOR ID: 386749-54<br>MONTGOMERY, COREY<br>18066 HOLLYRIDGE DRIVE<br>HAMMOND LA 70403 | CREDITOR ID: 247541-12<br>MONTGOMERY, DAN<br>293 BEWLEY HOLLOW ROAD<br>ELIZABETHTOWN, KY 42701 | CREDITOR ID: 407003-MS<br>MONTGOMERY, DAVID W.<br>4424 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 385545-54<br>MONTGOMERY, ELIZABETH<br>242 WEST 8TH ST<br>PONTOTOC, MS 38863 | CREDITOR ID: 385545-54<br>MONTGOMERY, ELIZABETH<br>C/O GENE BARTON LAW OFFICE<br>ATTN GENE BARTON, ESQ<br>WASHINGTON STREET<br>PO BOX 455<br>PONTOTOC MS 38863 | CREDITOR ID: 390843-55<br>MONTGOMERY, ELIZABETH<br>C/O: GENE BARTON, ESQ.<br>BARTON GENE ATTORNEY AT LAW<br>8 EAST WASHINGTON STREET<br>P. O. BOX 1019<br>PONTOTOC MS 38863 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 256294-12
MONTGOMERY, MICHELLE T
920 PROSPERITY FARMS ROAD
NORTH PALM BEACH FL 33408-0424

CREDITOR ID: 260264-12
MONTGOMERY, S J
600 FOREMAN DR
LAFAYETTE, LA 70506

CREDITOR ID: 256637-12
MONTI ELECTRIC SUPPLY
117 HIGHWAY 90
WAVELAND MS 39576-2618

CREDITOR ID: 256638-12
MONTICELLO NEWS
ATTN: RON CICHON
PO BOX 428
MONTICELLO, FL 32344-0428

CREDITOR ID: 399687-YY
MONTOUCETS AUTO REPAIR SHOP
125 KILCHRIST ROAD
CARENCRO LA 70520

CREDITOR ID: 389893-54
MONTREUIL, ALAN
448 WEST BUTTERFLY CIRCLE
GRETNA, LA 70056

CREDITOR ID: 393433-55
MONTREUIL, ALAN
C/O CANGELOSI & ROBIN, LLC
ATTN DAN A ROBIN JR, ESQ
650 POYDRAS STREET, SUITE 2230
NEW ORLEANS LA 70130

CREDITOR ID: 256639-12
MOODY DUNBAR INC
PO BOX 440305
NASHVILLE, TN 37244-0305

CREDITOR ID: 405211-95
MOODY DUNBAR INC
P O BOX 6048
JOHNSON CITY TN 37602-6048

CREDITOR ID: 256640-12
MOODY MAINTENANCE PRODUCTS
6554 NW 13TH COURT
PLANTATION FL 33313

CREDITOR ID: 381352-47
MOODY, GAIL
CHR DIV #1249
77 DAISEY AVENUE
WAYNESVILLE NC 28786

CREDITOR ID: 389048-54
MOODY, GERALDINE
1410 CARR RD
MUNFORD, AL 36268

CREDITOR ID: 392946-55
MOODY, GERALDINE
C/O HENRY C DAILEY JR ESQ
2217 CAHABA VALLEY DRIVE
BIRMINGHAM AL 35242

CREDITOR ID: 256641-12
MOODY'S INVESTORS SERVICE
PO BOX 102597
ATLANTA GA 30368-0597

CREDITOR ID: 256642-12
MOODYS SHEET METAL WORKS
858 MASON AVE
DAYTONA BEACH, FL 32117

CREDITOR ID: 256643-12
MOON GLASS COMPANY INC
2931 PEACH ORCHARD ROAD
AUGUSTA GA 30906

CREDITOR ID: 269645-19
MOON, ANGELA D
C/O SCHULTEN WARD & TURNER
ATTN DEAN FUCHS, ESQ
260 PEACHTREE STREET NW, SUITE 2700
ATLANTA GA 30303

CREDITOR ID: 397994-76
MOON, ANGELA D.
27 CHEROKEE DRIVE
AUSTELL, GA 30168

CREDITOR ID: 389205-54
MOON, CARL L
3367 HESTER RD
ELBERTON GA 30635

CREDITOR ID: 407004-MS
MOON, DANNY R
184 MOUNTAIN RIDGE RD
MILLBROOK AL 36054

CREDITOR ID: 407005-MS
MOON, TEDDY M.
1042 WILLOW PARK CIRCLE
HENDERSONVILLE TN 37075

CREDITOR ID: 256644-12
MOORE CHIROPRACTIC INJURY & REHAB
GLORIA JEAN CHAVIS
2508 SUNSET AVENUE
ROCKY MOUNT, NC 27804

CREDITOR ID: 256645-12
MOORE COUNTY TAX COLLECTOR
PO BOX 428
PROPERTY TAX
CARTHAGE NC 28327-0428

CREDITOR ID: 256646-12
MOORE PLUMBING HEATING CO INC
425 COLLEGE STREET
BOWLING GREEN KY 42101

CREDITOR ID: 256647-12
MOORE PRODUCTION TOOL SPECIAL
37531 GRAND RIVER CUTOFF
FARMINGTON HILLS MI 48335

CREDITOR ID: 405212-95
MOORE SECURITY
540 MARRIOTT DR SUITE 7
CLARKSVILLE IN 47129

CREDITOR ID: 376289-44
MOORE SECURITY INC
PO BOX 2664
CLARKSVILLE, IN 47131

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383214-15<br>MOORE SECURITY LLC<br>ATTN PHYLLIS LEWIS, GM & STAN MOORE<br>506 E LEWIS & CLARK PARKWAY, STE 3<br>CLARKSVILLE IN 47129-1730 | CREDITOR ID: 256649-12<br>MOORE WALLACE<br>1750 WALLACE AVENUE<br>ST CHARLES IL 60174 | CREDITOR ID: 384246-47<br>MOORE WALLACE<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 |
| CREDITOR ID: 256651-12<br>MOORE WALLACE  NORTH AMERICA INC<br>PO BOX 7777 W501934<br>PHILADELPHIA, PA 19175-1934 | CREDITOR ID: 256652-12<br>MOORE WALLACE OF NORTH AMERICA INC<br>DEPT 4904<br>135 S LASALLE<br>CHICAGO IL 60674-4904 | CREDITOR ID: 241579-12<br>MOORE, ADAM L<br>1912 LAFORTE DRIVE<br>SELMA AL 36701 |
| CREDITOR ID: 388052-54<br>MOORE, ALECIA<br>6206 NW 14TH COURT<br>MIAMI, FL 33147 | CREDITOR ID: 392322-55<br>MOORE, ALECIA<br>C/O: MARIANNE REYNA<br>LUBELL & ROSEN<br>18250 NW 2ND AVE<br>SUITE C<br>MIAMI FL 33169 | CREDITOR ID: 388056-54<br>MOORE, ALYNE<br>3412 TAYLORSVILLE RD<br>UNIT 1<br>LOUISVILLE, KY 40205 |
| CREDITOR ID: 385301-54<br>MOORE, ANTHONY<br>3551 FORESTDALE DRIVE<br>K-1<br>BURLINGTON, NC 27215 | CREDITOR ID: 390609-55<br>MOORE, ANTHONY<br>C/O JULIAN M DOBY, PA<br>ATTN JULIAN M DOBY, ESQ<br>PO BOX 722<br>GRAHAM NC 27253 | CREDITOR ID: 243434-12<br>MOORE, BEULAH<br>311 RED BANKS ROAD<br>HERTFORD NC 27944 |
| CREDITOR ID: 394088-56<br>MOORE, BONNIE<br>3007 TWIN OAK DR S<br>MIDDLEBURG FL 32068 | CREDITOR ID: 245193-12<br>MOORE, CHERYL<br>468 TECHWOOD DRIVE<br>ATLANTA GA 30313 | CREDITOR ID: 245293-12<br>MOORE, CHRIS T<br>4693 GALLANT LANE<br>WINSTON SALEM NC 27101 |
| CREDITOR ID: 245333-12<br>MOORE, CHRISTON S<br>8930 NW 9 COURT<br>MIAMI FL 33150-2320 | CREDITOR ID: 385817-54<br>MOORE, CLARA TORRES<br>20 AZALEA DR<br>KEY WEST, FL 33040 | CREDITOR ID: 391077-55<br>MOORE, CLARA TORRES<br>C/O: NATHAN E. EDEN, P.A.<br>417 EATON STREET<br>KEY WEST FL 33040 |
| CREDITOR ID: 407006-MS<br>MOORE, DAVID<br>3 ZELMA DR.<br>GREENVILLE SC 29617 | CREDITOR ID: 247689-12<br>MOORE, DAVID<br>KINGSPORT POLICE DEPARTMENT<br>200 SHELBY STREET<br>KINGSPORT, TN 37660 | CREDITOR ID: 407007-MS<br>MOORE, DWIGHT<br>4905  SPANISH OAK CIRCLE<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 386638-54<br>MOORE, ELAINE<br>4341 THOMAS DR<br>BOX E20<br>PANAMA CITY FL 32408 | CREDITOR ID: 399548-82<br>MOORE, EMMA<br>725 MT. LEBANON ROAD LOT #30<br>TONEY  AL 35773 | CREDITOR ID: 407008-MS<br>MOORE, FRANCIS W<br>1936 MORNINGSIDE ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 399805-84<br>MOORE, GINA PENNER<br>7 OAKWOOD COURT<br>TUSCALOOSA AL 35401 | CREDITOR ID: 400266-85<br>MOORE, GINA PENNER<br>C/O MILTON BROWN, JR., ATTY.<br>MILTON BROWN, JR., ATTORNEY AT LAW, PC.<br>2608 8TH ST.<br>TUSCALOOSA AL 35401 | CREDITOR ID: 251363-12<br>MOORE, HAZEL<br>1711 LYNNE AVENUE<br>HENDERSON, NC 27537 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388708-54<br>MOORE, JESSE<br>PO BOX 195<br>NATALBANY LA 70451 | CREDITOR ID: 388621-54<br>MOORE, LOIS<br>3420 MT CROSS ROAD<br>DANVILLE VA 24540 | CREDITOR ID: 392674-55<br>MOORE, LOIS<br>C/O CHARLES O'DONNELL<br>307 EAST ANNANDALE ROAD<br>SUITE 101<br>FALLS CHURCH VA 22042 |
| CREDITOR ID: 387496-54<br>MOORE, MARTHA<br>430 PARKER STREET<br>AZLE TX 76020 | CREDITOR ID: 392015-55<br>MOORE, MARTHA<br>C/O OMBUDSMAN<br>TWCC<br>FT. WORTH TX 76137 | CREDITOR ID: 389850-54<br>MOORE, MARY R<br>1306 CENTRAL STREET<br>WATER VALLEY MS 38965 |
| CREDITOR ID: 256212-12<br>MOORE, MICHAEL D<br>238 SYLVAN DRIVE<br>RICHLAND MS 39218-0971 | CREDITOR ID: 388245-54<br>MOORE, PATRICIA<br>17900 N.W. 20 AVE<br>MIAMI FL 33055 | CREDITOR ID: 385976-54<br>MOORE, PATTI<br>12131 PLOWMAN DRIVE<br>GORDO, AL 35466 |
| CREDITOR ID: 382835-51<br>MOORE, SCOTT<br>3571 WHISPER CREEK BLVD<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 407009-MS<br>MOORE, SUSAN M<br>1196 GARRISON DR<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 400114-84<br>MOORE, SYLVIA<br>234 GENOA COURT<br>POINCIANA FL 34758 |
| CREDITOR ID: 385424-54<br>MOORE, TAMICA<br>1805 HOSPITAL DR. #A6<br>JACKSON, MS 39204 | CREDITOR ID: 390729-55<br>MOORE, TAMICA<br>C/O: PHILIP SCALES, ATTY.<br>SCALES & SCALES, PA<br>414 S STATE STREET<br>JACKSON MS 39215 | CREDITOR ID: 390369-54<br>MOORE, THOMAS JEFFREY<br>280 RAILROAD AVE.<br>P.O. BOX 267<br>LULA, GA 30554 |
| CREDITOR ID: 390504-55<br>MOORE, THOMAS JEFFREY<br>C/O DEREK HAYS, ESQ.<br>GARY MARTIN HAYS & ASSOCIATES, INC.<br>P. O. BOX 451009<br>ATLANTA GA 31145-1009 | CREDITOR ID: 263227-12<br>MOORE, TONY<br>811 COTTAGE LANE<br>PRATTVILLE, AL 36067 | CREDITOR ID: 246332-12<br>MOORER, CLARISSA S<br>3115 LUCIAN LANE<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 256655-12<br>MOORES PRODUCE INC<br>PO BOX 226<br>TURKEY NC 28393 | CREDITOR ID: 256653-12<br>MOORE'S QUALITY SNACK FOODS<br>PO BOX 538062<br>ATLANTA GA 30353-8062 | CREDITOR ID: 268011-31<br>MOORES SEWAGE<br>ATTN: BILL PEITMAN<br>110 MILLIKEN RD<br>SPARTANBURG SC 29303-2287 |
| CREDITOR ID: 256654-12<br>MOORE'S SNACK FOODS<br>PO BOX 538062<br>ATLANTA, GA 30353 | CREDITOR ID: 405213-95<br>MOORE'S SNACK FOODS<br>PO BOX 75546<br>CHARLOTTE NC 28275 | CREDITOR ID: 256656-12<br>MOORES WISE<br>PO BOX 538062<br>ATLANTA, GA 30353-8062 |
| CREDITOR ID: 405214-95<br>MOORES WISE<br>225 COMMONWEALTH AVENUE<br>BRISTOL VA 24201 | CREDITOR ID: 256657-12<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 | CREDITOR ID: 388874-54<br>MORA, LAUREN<br>1000 SPRING GARDEN RD<br>MIAMI, FL 33136 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 392804-55<br>MORA, LAUREN<br>C/O LAW OFFICES OF FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 400228-85<br>MORALES, ANTONIO<br>C/O ROBBINS & REYNOLDS, PA<br>ATTN MARC J REYNOLDS, ESQ<br>DADELAND TOWERS<br>9200 S DADELAND BLVD, SUITE 614<br>MIAMI FL 33156 | CREDITOR ID: 399755-84<br>MORALES, ANTONIO<br>1366 SW 69TH AVENUE<br>MIAMI FL 33144 |
| CREDITOR ID: 400228-85<br>MORALES, ANTONIO<br>469 FLORIDA BLVD<br>MIAMI FL 33144 | CREDITOR ID: 385576-54<br>MORALES, CHERYL<br>2260 87TH AVE<br>VERO BEACH, FL 32960 | CREDITOR ID: 390871-55<br>MORALES, CHERYL<br>C/O: STEVEN A. LONG, ESQUIRE<br>STEVEN A. LONG, P.A.<br>1627 US HIGHWAY #1, SUITE 13<br>SEBASTIAN FL 32958 |
| CREDITOR ID: 405956-15<br>MORALES, MIGUELINA<br>C/O FINDER & FINDER PA<br>ATTN R MICHAEL O'DONNELL, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 390044-54<br>MORALES, ROLANDO<br>995 NE 170TH STREET<br>#126<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 387183-54<br>MORALES, SONIA<br>16017 EMERALD COVE ROAD<br>WESTON, FL 33331 |
| CREDITOR ID: 391769-55<br>MORALES, SONIA<br>C/O DELL & SCHAEFER, PA<br>ATTN STEVEN C LAWSON, ESQ<br>2404 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 385680-54<br>MORALES, SONIA I<br>9501 SW 38TH STREET, APT 3<br>MIAMI, FL 33165 | CREDITOR ID: 388552-54<br>MORALES-MEJIA, RITA N<br>4947 ROCKBOROUGH TRAIL<br>NORCROSS, GA 30071 |
| CREDITOR ID: 385757-54<br>MORALES-ROLANDIS, MIGUELINA A<br>1531 DREXELL RD<br>APT 129<br>WEST PALM BEACH, FL 33417 | CREDITOR ID: 391032-55<br>MORALES-ROLANDIS, MIGUELINA A<br>C/O: MR. BRETT K, FINDLER, ESQUIRE<br>FINDLER & FINDLER, P.A.<br>3 HARVARD CIRCLE<br>SUITE 100<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 256658-12<br>MORAN ENVIRONMENTAL RECOVERY<br>PO BOX 330569<br>ATLANTIC BEACH, FL 32233 |
| CREDITOR ID: 407010-MS<br>MORBACH, KEVIN J.<br>782 ASHWOOD<br>ORANGE PARK FL 32065 | CREDITOR ID: 268012-31<br>MOREHEAD CITY CITY OF<br>ATTN: JOSEPH CLAYTON<br>706 ARENDELL ST<br>MOREHEAD CITY NC 28557-4234 | CREDITOR ID: 268013-14<br>MOREHOUSE PARISH ASSESSOR<br>ATTN: MICHAEL D WOODEN<br>106 E JEFFERSON AVE<br>BASTROP LA 71220-4538 |
| CREDITOR ID: 394284-56<br>MOREIRA, WILLIAM<br>1431 SW 22ND AVENUE #3<br>MIAMI FL 33145 | CREDITOR ID: 245052-12<br>MORELAND, CHARLES<br>2223 HWY 91<br>ELIZABETHTON, TN 37643 | CREDITOR ID: 394136-56<br>MORENCY, LOLA Z<br>2039 SW 12TH CT<br>DELRAY BEACH, FL 33445 |
| CREDITOR ID: 400342-85<br>MORENCY, LOLA Z<br>C/O SHAUNA SIMONS, LEGAL ASSISTANT<br>BADER & STILLMAN<br>6100 WEST ATLANTIC BLVD.<br>MARGATE FL 33063 | CREDITOR ID: 391440-55<br>MORENE, SAUNDRA<br>C/O: JONATHAN ISRAEL, ESQ.<br>EDWARD S. MALLOW, ESQ<br>1809 ART MUSEUM DR SUITE 203<br>JACKSONVILLE FL 32207 | CREDITOR ID: 399777-84<br>MORENO, ANA ARVELO<br>2853 CROSLEY DRIVE WEST<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 400244-85<br>MORENO, ANA ARVELO<br>C/O GONZALEZ & HENLEY, PL<br>ATTN RANDALL HENLEY, ESQ<br>324 DATURA STREET, SUITE 200<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 389243-54<br>MORENO, ERMELINDA<br>P. O. BOX 4267<br>TAMPA FL 33677 | CREDITOR ID: 393084-55<br>MORENO, ERMELINDA<br>C/O: LEO GOMEZ<br>MORGAN, COLLINGS, GILBERT<br>101 E. KENNEDY BLVD.<br>SUITE 1790<br>TAMPA FL 33602 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                         **CASE:**   05-03817-3F1

CREDITOR ID: 389676-54
MORENO, MICHAEL
8449 SHERIFF WATSON RD
SANFORD, NC 27330

CREDITOR ID: 393325-55
MORENO, MICHAEL
C/O SMITH DICKEY SMITH HASTY ET AL
ATTN ANDREW R DEMPSTER, ESQ
1656 SOUTH HORNER BLVD
SANFORD NC 27330

CREDITOR ID: 256659-12
MORGAN & POTTINGER PSC
600 W WASHINGTON STREET
LOUISVILLE KY 40202

CREDITOR ID: 256660-12
MORGAN COUNTY
SALES TAX OFFICE
PO BOX 1848
DECATUR, AL 35602

CREDITOR ID: 256663-12
MORGAN ELECTRIC CO
PO BOX 20028
TALLAHASSEE, FL 32316-0028

CREDITOR ID: 256664-12
MORGAN FOODS INC
PO BOX 633792
CINCINNATI, OH 45263-3792

CREDITOR ID: 405215-95
MORGAN FOODS INC
P O BOX 66979
INDIANAPOLIS IN 4626666979

CREDITOR ID: 256665-12
MORGAN ICE COMPANY
PO BOX 1517
ROBERTSDALE, AL 36567

CREDITOR ID: 256666-12
MORGAN LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON NJ 08540

CREDITOR ID: 278811-99
MORGAN LEWIS & BROCKIUS LLP
ATTN: RICHARD S TODER
101 PARK AVENUE
NEW YORK NY 10178-0060

CREDITOR ID: 256667-12
MORGAN N MERRELL
6360 CHIMNEY COURT
MASON OH 45040

CREDITOR ID: 385910-54
MORGAN, BETTY
2991 MIDDLETON ROAD
APT 281
ATLANTA, GA 30311-1452

CREDITOR ID: 391149-55
MORGAN, BETTY
C/O: HOWARD L. STOPECK
THE STOPECK LAWFIRM
34 PEACHTREE STREET
SUITE 2560
ALTANTA GA 30303

CREDITOR ID: 400837-91
MORGAN, BRENT D
61156 DAVIS AVE.
LACOMBE LA 70445

CREDITOR ID: 394219-56
MORGAN, DONNA
1936 BAY HILL DRIVE
HIXSON, TN 37343

CREDITOR ID: 400400-85
MORGAN, DONNA
C/O TOM D WELDON ESQ
WELDON LAW FIM P.C.
7527 NASHVILLE ST
P.O. BOX 1108
RINGGOLD GA 30736

CREDITOR ID: 381678-47
MORGAN, JUDY
JAX DIV  LOC 171
18351 SE 18TH LN
WILLISTON FL 32696

CREDITOR ID: 407011-MS
MORGAN, LAMAR P.
3337 GRANVILLE DR.
RALEIGH NC 27609

CREDITOR ID: 386076-54
MORGAN, LORENE
1725 SE 50TH STREET
GAINESVILLE, FL 32641

CREDITOR ID: 386076-54
MORGAN, LORENE
120 SE 11TH TERRACE
GAINESVILLE, FL 32641

CREDITOR ID: 388788-54
MORGAN, MARY
1584 NE 31ST  COURT
POMPANO BEACH, FL 33064

CREDITOR ID: 392743-55
MORGAN, MARY
C/O LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT LAUDERDALE FL 33311

CREDITOR ID: 376265-44
MORGAN, MINDY
214 N HARRIS AVENUE
PANAMA CITY, FL 32401

CREDITOR ID: 388456-54
MORGAN, PAMELA
3305 ANDERSON ROAD
OPELIKA, AL 36801

CREDITOR ID: 392551-55
MORGAN, PAMELA
C/O: BEN HAND
HAND, FELLOWS & ASSOCIATES
114 NORTH 8TH STREET
OPELIKA AL 36801

CREDITOR ID: 399549-82
MORGAN, ROBERT
1257 E. MAIN STREET
LIBERTY  MS 39645

CREDITOR ID: 392403-55
MORGAN, ROBERT
C/O: JOHN BALL
JOHN TYLER BALL, ATTORNEY AT LAW
PO BOX 2037
NATCHEZ MS 39121

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263683-12<br>MORGAN, TYRONE<br>4652 SOUTHPARK DRIVE<br>BATON ROUGE, LA 70816 | CREDITOR ID: 407012-MS<br>MORGAN, WILLIAM E<br>6479 SABLE WOODS DR, EAST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 256668-12<br>MORGANS LAWN GROOMING<br>PO BOX 73157<br>METAIRIE LA 70033 |
| CREDITOR ID: 256669-12<br>MORGANS PLUMBING<br>2081 ELIJAH ROAD<br>LUMBERTON NC 28358 | CREDITOR ID: 256670-12<br>MORGANTON ELECTRIC SERVICE INC<br>2372 LAIL ROAD<br>MORGANTON NC 28665 | CREDITOR ID: 256671-12<br>MORGRAN CO<br>C/O GRUBB & ELLIS MGMT<br>PO BOX 550928<br>TAMPA, FL 33655-0928 |
| CREDITOR ID: 1613-RJ<br>MORGRAN CO<br>C/O GRUBB & ELLIS MGMT<br>PO BOX 550928<br>TAMPA, FL 33655-0928 | CREDITOR ID: 399353-15<br>MORGRAN COMPANY, THE<br>C/O GINNIE VAN KESTEREN, ESQ<br>111 SECOND AVENUE NE, SUITE 706<br>ST PETERSBURG FL 33701 | CREDITOR ID: 247987-12<br>MORIARITY, DENNIS<br>907 SECOND ST<br>NORCO, LA 70079 |
| CREDITOR ID: 386724-54<br>MORIN, JOANN<br>104 S JEFFERY<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 393335-55<br>MORNEAU, JEAN H<br>C/O WESLEY R STACKNIK LAW OFFICES<br>ATTN WESLEY R STACKNIK, ESQ<br>SEMINOLE MALL OFFICE CENTER<br>7985 113TH STREET N, SUITE 325<br>SEMINOLE FL 33772 | CREDITOR ID: 389692-54<br>MORNEAU, JEAN H<br>12300 SEMINOLE BLVD LOT #62<br>LARGO, FL 33778 |
| CREDITOR ID: 382046-36<br>MORNING FOODS/NATURAL FROZEN DIVISIONS,<br>A KELLOGG COMPANY<br>MICHAEL D WARNER, WARNER STEVENS LLP<br>1700 CITY CENTER TOWER II,<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | CREDITOR ID: 256672-12<br>MORNING NEWS<br>ATTN JOHN MCELWEE, CONTROLLER<br>PO BOX 100528<br>FLORENCE SC 29501 | CREDITOR ID: 256673-12<br>MORNING NEWS<br>PO BOX 25697<br>RICHMOND, VA 23260-5697 |
| CREDITOR ID: 268015-31<br>MORNING STAR CMNTY DEV CORP<br>ATTN: IDA MOORE<br>119 MARTIN ST<br>WILLIAMSTON NC 27892-1958 | CREDITOR ID: 256674-12<br>MORNING STAR PACKING CO<br>PO BOX 44480<br>SAN FRANCISCO CA 94144 | CREDITOR ID: 256675-12<br>MORNINGSIDE OF ANDERSON LP<br>1304 MCLEES ROAD<br>ANDERSON SC 29621 |
| CREDITOR ID: 256676-12<br>MORNINGSTAR FOODS<br>PO BOX 532023<br>ATLANTA, GA 30353-2023 | CREDITOR ID: 407706-15<br>MORNINGSTAR FOODS, LLC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 382047-36<br>MORNINGSTAR, A DEAN'S FOODS COMPANY<br>ALEX D. MADRAZO<br>2515 MCKENNEY AVENUE<br>SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 256677-12<br>MORRIS J GOLOMBECK INC<br>960 FRANKLIN AVE<br>BROOKLYN, NY 11225-2403 | CREDITOR ID: 256679-12<br>MORRIS NEWSPAPER CORPORATION<br>OF HINESVILLE INC<br>ATTN KATHRYN FOX<br>PO BOX 498<br>125 SOUTH MAIN STREET<br>HINESVILLE, GA 31310-0498 | CREDITOR ID: 256680-12<br>MORRIS PRODUCTS, INC<br>ATTN W CLARK DELOACH, SEC/TREAS<br>PO BOX 1384<br>STATESBORO, GA 30459 |
| CREDITOR ID: 1614-07<br>MORRIS TRACK CORP &<br>WILLISTON HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137 | CREDITOR ID: 256681-12<br>MORRIS TRACK CORP & WILLISTON<br>HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137 | CREDITOR ID: 405993-99<br>MORRIS TRACT CORP & WILLISTON<br>HIGHLAND DEVELOPEMENT CORP<br>C/O MELAND RUSSIN HELLINGER ET AL<br>ATTN: JONATHAN R WILLIAMS<br>3000 WACHOVIA FIN CNTR, 200 S BISCAYNE BLVD<br>MIAMI FL 33131 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 402856-89
MORRIS, KENNETH W
10354 MEADOW POINTE DRIVE
JACKSONVILLE FL 32221

CREDITOR ID: 386876-54
MORRIS, CAROLYN
2811 REDWING CT
TAMPA FL 33610

CREDITOR ID: 394114-56
MORRIS, CHANDA D
329 BERARD ST.
BREAUX BRIDGE, LA 70517

CREDITOR ID: 397913-76
MORRIS, DONTESHIA
8011 NEW KENT HIGHWAY
NEW KENT, VA 23124

CREDITOR ID: 386614-54
MORRIS, GINA
8310 HOUGHTON PLACE
CHESTERFIELD VA 23832

CREDITOR ID: 387119-54
MORRIS, HENROY
837 NORTH RIDGE ROAD
LANTANA, FL 33462

CREDITOR ID: 385577-54
MORRIS, JACKLYN
1720 W. GLADES DR. #19
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 390872-55
MORRIS, JACKLYN
C/O: ROBERT RUBENSTEIN, P. A.
LAW OFFICES OF ROBERT RUBENSTEIN
9350 S. DIXIE HWY
SUITE 1110
MIAMI FL 33156

CREDITOR ID: 407013-MS
MORRIS, JAMES H.
929 MACLAY DR.
SAN JOSE CA 95123

CREDITOR ID: 390090-54
MORRIS, KANDIE
4021 WARING DRIVE
TAMPA, FL 33610

CREDITOR ID: 393545-55
MORRIS, KANDIE
C/O: GERALD R. SAGE, ESQUIRE
GERALD R. SAGE, P.A.
11963 N FLORIDA AVENUE
SUITE A
TAMPA FL 33612

CREDITOR ID: 389299-54
MORRIS, KATHY
162 CRUM ROAD
MOULTRIE GA 31768

CREDITOR ID: 393123-55
MORRIS, KATHY
C/O: GEORGE T. TALLEY
COLEMAN, TALLEY, NEWBERN, KURRIE, PREST
910 PATTERSON STREET
P.O. BOX 5437
VALDOSTA GA 31603

CREDITOR ID: 407014-MS
MORRIS, KENNETH W
3750 SILVER BLUFF BLVD #503
ORANGE PARK FL 32065

CREDITOR ID: 389836-54
MORRIS, MARY
4311 PLAZE GATE LANE  S, APT 202
JACKSONVILLE FL 32217

CREDITOR ID: 386839-54
MORRIS, NATHANIEL
P.O BOX 235
SEABROOK SC 29902

CREDITOR ID: 407015-MS
MORRIS, ROBERT C.
11541 YOUNG ROAD
JACKSONVILLE FL 32218

CREDITOR ID: 394099-56
MORRIS, SUSANA
C/O GREGORY MOORE
15485 EAGLE NEST LANE, SUITE 1
MIAMI LAKES, FL 33014

CREDITOR ID: 394163-56
MORRIS, TERRY L
3617 SANDPIPER RD
FAYETTEVILLE, NC 28301

CREDITOR ID: 400358-85
MORRIS, TERRY L
C/O WILLIAM R DAVIS
COOPER, DAVIS & COOPER
P.O. BOX 566
5431 TRADE STREET
HOPE MILLS NC 28348

CREDITOR ID: 263234-12
MORRIS, TONYA
6 WACO STREET
GREENVILLE, SC 29611

CREDITOR ID: 387906-54
MORRIS, VALERIE
1418 SW 50TH AVE
PLANTATION, FL 33317

CREDITOR ID: 392189-55
MORRIS, VALERIE
C/O: REBECCA NACHLAS, ESQ.
NACHLAS LAW GROUP
1785 NE 123RD STREET
NORTH MIAMI FL 33181

CREDITOR ID: 256682-12
MORRISETTE PAPER COMPANY
PO BOX 651591
CHARLOTTE, NC 28265-1591

CREDITOR ID: 381828-48
MORRISON & FOERSTER  LLP
ATTN ALVARO PASCOTTO
1880 CENTURY PARK EAST, STE 1111
LOS ANGELES CA 90067

CREDITOR ID: 256683-12
MORRISON COMPANY INC
4176 PRIMA VISTA CIRCLE NORTH
JACKSONVILLE, FL 32217

CREDITOR ID: 256684-12
MORRISON MEAT PACKERS
ATTN GILDA RODRIGUEZ, SEC/TREAS
738 NW 72ND STREET
MIAMI, FL 33150-3613

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389761-54<br>MORRISON, JEFFREY Q<br>4827 OLLEANS ST<br>PACE FL 32571 | CREDITOR ID: 407016-MS<br>MORRISON, JERRY D.<br>6542 LENCZYK DR.<br>JACKSONVILLE FL 3227 | CREDITOR ID: 385735-54<br>MORRISON, LARRY<br>306 WILLOW WAY<br>LYNN HAVEN, FL 32444-4905 |
| CREDITOR ID: 389323-54<br>MORRISON, PATRICIA<br>738 E BROOKWOOD PLACE<br>VALDOSTA GA 31601 | CREDITOR ID: 393138-55<br>MORRISON, PATRICIA<br>C/O BRITTANY COONS-LONG<br>PO BOX 5408<br>VALDOSTA GA 31603-5408 | CREDITOR ID: 256685-12<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY ST 7TH FL<br>MAC# A0101-071<br>SAN FRANCISCO, CA 94104 |
| CREDITOR ID: 1615-07<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY STREET, 7TH FLOOR<br>SAN  FRANCISCO, CA 94104-7700 | CREDITOR ID: 2414-07<br>MORRO PALMS SHOPPING CENTER PART<br>C/O MRS. MONA GELLER, TRUSTEE<br>2938 DIVISADERO STREET<br>SAN  FRANSICO CA 94123 | CREDITOR ID: 384247-47<br>MORSE WATCHMANS INC<br>ATTN: FERNANDO PIRES, VP<br>2 MORSE ROAD<br>OXFORD, CT 06478 |
| CREDITOR ID: 389266-54<br>MORSE, EUGENIA<br>4672 CHAPLE DR<br>VALDOSTA GA 31605 | CREDITOR ID: 407017-MS<br>MORSE, JOSEPH S<br>609 STARBURST LANE<br>RALEIGH NC 27603 | CREDITOR ID: 260594-12<br>MORSE, SCOTT<br>609 STARBURST LANE<br>RALEIGH, NC 27603 |
| CREDITOR ID: 405980-93<br>MORSE, UNHEE<br>C/O RAMSAY LAW FIRM<br>ATTN; MARTHA L RAMSAY<br>PO BOX 481210<br>CHARLOTTE NC 28269 | CREDITOR ID: 373686-44<br>MORTENSON, ANGELA M<br>425 FLAMINGO DRIVE<br>APOLLO BEACH, FL 33572 | CREDITOR ID: 387527-54<br>MORTIMER, EDMUND<br>3131 N 73RD TOWERS<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 392034-55<br>MORTIMER, EDMUND<br>C/O MALCA & JACOBS, PA<br>ATTN JEFFREY I JACOBS, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 382049-36<br>MORTON SALT<br>RS DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743 | CREDITOR ID: 405217-95<br>MORTON SALT<br>CHICAGO ADJUSTMENTS 26TH FLOOR<br>123 N WACKER DRIVE<br>CHICAGO IL 60606 |
| CREDITOR ID: 256686-12<br>MORTON SALT<br>PO BOX 905016<br>CHARLOTTE, NC 28290-5016 | CREDITOR ID: 245318-12<br>MORTON, CHRISTINA<br>2426 HIGHLAND AVENUE<br>MERIDIAN MS 39307 | CREDITOR ID: 385182-54<br>MORTON, GARY W<br>19941 GULF BLVD UNIT #E<br>INDIAN SHORES, FL 33785 |
| CREDITOR ID: 407018-MS<br>MORTON, JOHN A.<br>908 FLINT ROCK CR.<br>ALABASTER AL 35007 | CREDITOR ID: 256687-12<br>MORTY PRIDE MEATS<br>ATTN: MICKEY G HUDSON, PRES<br>3603 CLINTON ROAD<br>FAYETTEVILLE, NC 28301 | CREDITOR ID: 256688-12<br>MORTY THE KNIFE MAN INC<br>80 SMITH STREET<br>FARMINGDALE NY 11735 |
| CREDITOR ID: 386055-54<br>MORVANT, HOLLY<br>3319 PATOUT ROAD<br>JEANERETTE, LA 70544 | CREDITOR ID: 268016-14<br>MORYADAS CHUNG ASSOCISATES LLC<br>ATTN: VIRGINA MORYADAS<br>21 ANSLEY PL<br>BLUFFTON SC 29909-3501 | CREDITOR ID: 376298-44<br>MOS<br>14791 OAK LANE<br>MIAMI LAKES, FL 33016 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256689-12<br>MOS IMAGING SYSTEMS<br>2686 WEST 84TH STREET<br>HIALEAH FL 33016 | CREDITOR ID: 256690-12<br>MOSBY PACKING CO, INC<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 | CREDITOR ID: 256690-12<br>MOSBY PACKING CO, INC<br>W STATION<br>PO BOX 4253<br>MERIDIAN, MS 39305 |
| CREDITOR ID: 376299-44<br>MOSBYS PACKING CO INC<br>PO BOX 4253 W STATION<br>MERIDIAN, MS 39305 | CREDITOR ID: 403227-99<br>MOSBY'S PACKING COMPANY INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 279143-33<br>MOSBY'S PACKING COMPANY, INC.<br>C/O THOMAS L. WEBB<br>613 22ND AVENUE<br>MERIDIAN MS 39301 |
| CREDITOR ID: 381800-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTN: RICHARD K JONES/ERIC L HEARN<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 407019-MS<br>MOSELEY, LAWRENCE<br>216 RIDGEWAY<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 256691-12<br>MOSELY PACKING CO<br>PO BOX 4253<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 381525-47<br>MOSELY, STEPHANIE L<br>1757 MOORES CHAPEL CEM.RD<br>GRAHAM, NC 27253 | CREDITOR ID: 256051-12<br>MOSES, MELVIN<br>CITY MARSHALL # 18<br>116 JOHN STREET<br>NEW YORK, NY 10038 | CREDITOR ID: 259948-12<br>MOSES, RONALD<br>CITY MARSHALL #10<br>116 JOHN STREET<br>NEW YORK, NY 10038 |
| CREDITOR ID: 387642-54<br>MOSLEK, DAN<br>7872 62ND WAY N<br>PINELLAS PARK FL 33781 | CREDITOR ID: 381231-47<br>MOSLER INC<br>P O BOX 691548<br>CINCINNATI, OH 45269-1548 | CREDITOR ID: 384248-47<br>MOSLER INC<br>DIVISION OF DIEBOLD INC<br>PO BOX 695009<br>CINCINNATI, OH 45269-5009 |
| CREDITOR ID: 268017-14<br>MOSLEY FAMILY TRUST<br>ATTN: WILLIAM MOSLEY<br>1093 A1A BEACH BLVD<br>SAINT AUGUSTINE FL 32080-6733 | CREDITOR ID: 243052-12<br>MOSLEY, BARBARA<br>2441 ROBERTS DRIVE<br>NICEVILLE, FL 32578 | CREDITOR ID: 386188-54<br>MOSLEY, KIM<br>2705 OLD BAY SPRINGS ROAD<br>LAUREL, MS 39442 |
| CREDITOR ID: 268018-31<br>MOSLEY-ROGERS TITLE CO LLC<br>ATTN: P CARTER ROGERS<br>1545 E 70TH ST # 200<br>SHREVEPORT LA 71105-5040 | CREDITOR ID: 268019-31<br>MOSQUITO ABATEMENT DIST 2<br>ATTN: CHARLES PALMISANO<br>2800A TERRACE AVE<br>SLIDELL LA 70458-4518 | CREDITOR ID: 256692-12<br>MOSS POINT SCHOOL DISTRICT<br>4924 CHURCH STREET<br>MOSS POINT MS 39563 |
| CREDITOR ID: 393293-55<br>MOSS, BRENDA A<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN M FOY, ESQ<br>3343 PEACHTREE STREET NE, SUITE 350<br>ATLANTA GA 30326 | CREDITOR ID: 390474-54<br>MOSS, BRENDA A<br>1719 PEACHTREE STREET N.W.<br>ATLANTA, GA 30309 | CREDITOR ID: 247279-12<br>MOSS, CRYSTAL<br>6281 CHICKASWAY STREET<br>MARION MS 39342 |
| CREDITOR ID: 386764-54<br>MOSS, JESSE<br>207 LONG STREET<br>CLOVER SC 29710 | CREDITOR ID: 391676-55<br>MOSS, JESSE<br>C/O: DAVID VANCE BENSON<br>ELROD, JONES, LEADER & BENSON, P.A. ATTO<br>216 EAST BLACK STREET<br>POST OFFICE DRAWER 11091<br>ROCK HILL SC 29731-1091 | CREDITOR ID: 385736-54<br>MOSS, MILES<br>2594 GOLD RUSH DRIVE<br>LINCOLNTON, NC 28092 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385736-54<br>MOSS, MILES<br>C/O KNOX BROTHERTON KNOX & GODFREY<br>ATTN H EDWARD KNOX, ESQ<br>PO BOX 30848<br>CHARLOTTE NC 28230-0848 | CREDITOR ID: 386164-54<br>MOSTER, SINDY<br>1043 AGRICULTURE WAY<br>IMMOKALEE, FL 34142 | CREDITOR ID: 391328-55<br>MOSTER, SINDY<br>C/O LAW OFFICES OF ROBERT E. GLUCK,<br>ATTN ROBERT E GLUCK, ESQ<br>333 NW 70TH AVENUE, SUITE 103<br>PLANTATION FL 33317 |
| CREDITOR ID: 256693-12<br>MOTHER MURPHY'S LABS INC<br>ATTN: TIMOTHY J HANSEN, VP FIN<br>PO BOX 16846<br>GREENSBORO, NC 27416-0846 | CREDITOR ID: 406153-97<br>MOTHER MURPHY'S LABS INC<br>ATTN: TIMOTHY J HANSEN, VP<br>2826 S ELM STREET<br>GREENSBORO NC 27406 | CREDITOR ID: 256694-12<br>MOTHER OF MERCY<br>3036 WERK RD<br>CINCINNATI OH 45211 |
| CREDITOR ID: 256695-12<br>MOTHER OF MIRACLE SMITH<br>3819 PANAMA COURT<br>NEW ORLEANS LA 70125 | CREDITOR ID: 256696-12<br>MOTHER PARKERS CORP<br>PO BOX 847135<br>DALLAS, TX 75284-7135 | CREDITOR ID: 405219-95<br>MOTHER PARKERS CORP<br>21 GRAND AVE<br>PALISADES PARK NJ 07650 |
| CREDITOR ID: 400435-15<br>MOTHER PARKERS TEA & COFFEE USA LTD<br>ATTN BARB JENKINS, CR SUPERV<br>PO BOX 847135<br>DALLAS TX 75284-7135 | CREDITOR ID: 256697-12<br>MOTION CONTROL SYSTEMS<br>PO BOX 16207<br>GREENSBORO NC 27416-0207 | CREDITOR ID: 256698-12<br>MOTION INDUSTRIES<br>PO BOX 23009<br>HARAHAN LA 70123-3009 |
| CREDITOR ID: 256699-12<br>MOTION INDUSTRIES<br>PO BOX 26939<br>JACKSONVILLE FL 32218 | CREDITOR ID: 256702-12<br>MOTION INDUSTRIES INC<br>PO BOX 43965<br>ATLANTA GA 30336 | CREDITOR ID: 256701-12<br>MOTION INDUSTRIES INC<br>PO BOX 1208<br>ABITA SPRINGS LA 70420 |
| CREDITOR ID: 256700-12<br>MOTION INDUSTRIES INC<br>PO BOX 404130<br>ATLANTA, GA 30384-4130 | CREDITOR ID: 256704-12<br>MOTION INDUSTRIES INC<br>PO BOX 37609<br>RALEIGH NC 27627-7609 | CREDITOR ID: 405220-95<br>MOTION INDUSTRIES INC<br>P O BOX 7164<br>CHARLOTTE NC 28241-7164 |
| CREDITOR ID: 256705-12<br>MOTOR APPLIANCE CORP<br>PO BOX 293<br>ST LOUIS MO 63166-0293 | CREDITOR ID: 256706-12<br>MOTORS & CONTROLS INC<br>1311 HODGES STREET<br>RALEIGH NC 27604 | CREDITOR ID: 389093-54<br>MOTT, RACHEL<br>4911 PARKE TOWNE WAY APT 112<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 392983-55<br>MOTT, RACHEL<br>C/O: ZACHARY T. COLLINS<br>ZACHERY T. COLLINS, ESQ.<br>207 MONTGOMERY STREET STE. 213<br>MONTGOMERY AL 36104 | CREDITOR ID: 256708-12<br>MOTTS INC<br>PO BOX 75414<br>CHARLOTTE NC 28275-0414 | CREDITOR ID: 278801-99<br>MOTTS LLP<br>C/O RICHARD W WARD, ESQ<br>2527 FAIRMOUNT STREET<br>DALLAS TX 75201 |
| CREDITOR ID: 315682-36<br>MOTT'S LLP<br>C/O RICHARD W WARD<br>2527 FAIRMOUNT STREET<br>DALLAS TX 75201 | CREDITOR ID: 256707-12<br>MOTT'S OIL EQUIP & SERVICE INC<br>440 CROMPTON STREET<br>PO BOX 410046<br>CHARLOTTE, NC 28241-0046 | CREDITOR ID: 256709-12<br>MOUAT COMPANY<br>PO BOX 100759<br>BIRMINGHAM, AL 35210-0759 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388500-54<br>MOULDER, WANDA<br>2122 BOAR TUSK ROAD<br>CONYERS, GA 30012 | CREDITOR ID: 388437-54<br>MOULEDOUX, EVELYN M<br>337 WEST WOOD STONE CT<br>BATON ROUGE, LA 70808 | CREDITOR ID: 256710-12<br>MOULTON PROPERTIES<br>PO BOX 12524<br>PENSACOLA, FL 32573-2524 |
| CREDITOR ID: 2415-RJ<br>MOULTON PROPERTIES<br>ATTN: BOB MOULTON<br>380 LURTON STREET<br>PENSACOLA FL 32505 | CREDITOR ID: 403471-99<br>MOULTON PROPERTIES INC<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LAFLEUR/RICHARD THAMES<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 399386-99<br>MOULTON PROPERTIES INC<br>C/O CLARK PARTINGTON ET AL<br>ATTN: KEITH L BELL JR<br>PO BOX 13010<br>PENSACOLA FL 32591-3010 |
| CREDITOR ID: 389704-54<br>MOULTON, WILLIAM<br>1 STATE CAPITAL RD<br>TALLAHASSEE FL 32301 | CREDITOR ID: 256711-12<br>MOULTRIE TIRE & RECAPPING CO INC<br>PO BOX 2528<br>MOULTRIE GA 31768 | CREDITOR ID: 385271-54<br>MOUNCE, MARTIN<br>10308 LITHIA PINECREST ROAD<br>LITHIA, FL 33547 |
| CREDITOR ID: 390579-55<br>MOUNCE, MARTIN<br>C/O BURNETTI, PA LAW OFFICES<br>ATTN PHILIP J SLOTNICK, ESQ<br>200 LAKE MORTON DRIVE, SUITE 400<br>LAKELAND FL 33801 | CREDITOR ID: 268020-31<br>MOUNT AIRY CITY OF<br>ATTN: MICHELLE HUFF<br>1297 GALAX TRL<br>MOUNT AIRY NC 27030-2776 | CREDITOR ID: 256712-12<br>MOUNT CARMEL CHRISTIAN FAITH<br>2845 NORTH ROMAN ST<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON CITY, TN 37602-4034 | CREDITOR ID: 256714-12<br>MOUNT DORA FIRE DEPARTMENT<br>1300 NORTH DONNELY STREET<br>MOUNT DORA FL 32757 | CREDITOR ID: 256715-12<br>MOUNT NOTRE  DAME<br>711 E COLUMBIA AVE<br>STORE#1765<br>CINCINNATI OH 45215 |
| CREDITOR ID: 315683-36<br>MOUNT OLIVE PICKLE CO<br>C/O WHARTON ALDHIZER & WEAVER PLC<br>ATTN: STEPHAN W MILO<br>THE AMERICAN HOTEL<br>125 SOUTH AUGUSTA ST, STE 2000<br>STAUNTON VA 24401 | CREDITOR ID: 268021-31<br>MOUNT ROGERS PLANNING DST COMM<br>ATTN: THOMAS G TAYLOR<br>1021 TERRACE DR<br>MARION VA 24354-4137 | CREDITOR ID: 256716-12<br>MOUNT SCRAP MATERIAL CO<br>PO BOX 1869<br>MONTGOMERY AL 36103-1869 |
| CREDITOR ID: 268022-31<br>MOUNTAIN AIR PARTNERS LLC<br>ATTN: DAVID ARMENTROUT<br>5097 OLD TRAVELLER LN<br>MECHANICSVILLE VA 23111-6429 | CREDITOR ID: 256717-12<br>MOUNTAIN HEATING & COOLING INC<br>PO BOX 1448<br>PELHAM, AL 35124 | CREDITOR ID: 256718-12<br>MOUNTAIN INC<br>PO BOX 428<br>18 WALTER STREET<br>MARLBOROUGH NH 03455 |
| CREDITOR ID: 268023-31<br>MOUNTAIN KING WATER SYSTEMS<br>ATTN: THOMAS WILSON<br>RR 250 BOX E<br>MONTEREY VA 24465 | CREDITOR ID: 268024-31<br>MOUNTAIN RIDGE PROPERTIES INC<br>ATTN: RICHARD WAYNE<br>1660 PEACHTREE ST<br>ATLANTA GA 30309-2470 | CREDITOR ID: 268025-31<br>MOUNTAIN RIVER ESTATES<br>ATTN: OLLIE MOORE<br>520 COUNTY ROAD 859<br>MENTONE AL 35984-6128 |
| CREDITOR ID: 268026-31<br>MOUNTAIN VENTURES WATAUGA LLC<br>ATTN: SPENCER MAINS<br>4415 NC HIGHWAY 105 S<br>BOONE NC 28607-7319 | CREDITOR ID: 256719-12<br>MOUNTAINEER<br>P O DRAWER 129<br>220 N MAIN ST<br>WAYNESVILLE, NC 28786 | CREDITOR ID: 256720-12<br>MOUNTAN DAIRIES<br>PO BOX 1036<br>HAZARD, KY 41702 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 256721-12
MOUNTIAN VIEW LIMITED CO
2832 CUMBERLAND ST NW
ROANOKE, VA 24012

CREDITOR ID: 256722-12
MOVIEAD CORP
3500 N ANDREWS AVENUE
POMPANO BEACH, FL 33064

CREDITOR ID: 278928-30
MOVSOVITZ & SONS OF FLA
PO BOX 41565
JACKSONVILLE, FL 32203

CREDITOR ID: 256724-12
MOVSOVITZ AND SONS
3100 HILTON STREET
JACKSONVILLE, FL 32209

CREDITOR ID: 256725-12
MOW JOE
3809 WEEMS ROAD
COLUMBUS, GA 31909

CREDITOR ID: 256726-12
MOW MENTUM PREMIUM LAWN SERVICE
240 HOLLYWOOD FARM ROAD
FREDERICKSBURG, VA 22405

CREDITOR ID: 256727-12
MOWAT MIDDLE SCHOOL
1903 HWY 390
LYNN HAVEN FL 32444

CREDITOR ID: 377539-44
MOWDY, TRACY
KINGSPORT POLICE DEPT
200 SHELBY STREET
KINGSPORT, TN 37760

CREDITOR ID: 377538-44
MOWDY, TRACY
2450 MEMORIAL BLVD
KINGSPORT, TN 37664

CREDITOR ID: 256728-12
MOWER SHOP
7400 PRESTON HWY
LOUISVILLE KY 40219-2756

CREDITOR ID: 259893-12
MOXLEY, RODNEY
6804 THURBER ROAD
RANDLEMAN, NC 27317

CREDITOR ID: 385596-54
MOYE, CAROLYN
4411 BRIARWOOD RD
COLUMBIA, SC 29206

CREDITOR ID: 390888-55
MOYE, CAROLYN
C/O BARY B GEORGE, ESQ
1419 BULL STREET
COLUMBIA SC 29201

CREDITOR ID: 397768-99
MOYER PACKING CO
C/O MCGUIREWOODS LLP
ATTN: ROBERT A COX, JR
BANK OF AMERICA CORP CNTR
100 N TRYON ST, STE 2900
CHARLOTTE NC 28202-4011

CREDITOR ID: 256729-12
MOYER PACKING CO.
PO BOX 8500
PHILADELPHIA, PA 19178-0001

CREDITOR ID: 394265-56
MOYER, JO ANNE
12625 SW 28TH ST
MIAMI, FL 33175

CREDITOR ID: 385602-54
MOZAR, ROSE
5287 GREENWOOD DR
DELRAY BEACH, FL 33484

CREDITOR ID: 390893-55
MOZAR, ROSE
C/O HALPER & TORNBERG, PA
ATTN DEAN R HALPER, ESQ
7431 W. ATLANTIC AVE., STE 49
DELRAY BEACH FL 33446-3506

CREDITOR ID: 278527-25
MPM RESOURCES LLC
PO BOX 80673
LAFAYETTE LA 70598

CREDITOR ID: 278654-25
MPM RESOURCES, LLC
PROTECTIVE LIFE INSURANCE COMPANY
ATTN: INVESTMENT DEPARTMENT
PO BOX 2606
BIRMINGHAM AL 35202

CREDITOR ID: 256730-12
MPW PAGING
516 BANKHEAD HIGHWAY
CARROLLTON, GA 30117

CREDITOR ID: 256731-12
MR CRAB INC
259-C BRICKYARD ROAD
MIDDLEBURG, FL 32068

CREDITOR ID: 256732-12
MR DOORMAN, INC
ATTN ROSS DOW, PRESIDENT
700 MONTANA DRIVE
CHARLOTTE NC 28216

CREDITOR ID: 256733-12
MR E M ARNOVITZ & MR M PLASKER
LAKESHORE VILLAGE
5025 WINTERS CHAPEL ROAD
ATLANTA, GA 30360

CREDITOR ID: 256734-12
MR GARESCHE
627 MAGNOLIA DRIVE
MAITLAND FL 32751

CREDITOR ID: 256736-12
MR MALCOLM ROSENBERG
2734 COLONIAL AVENUE
C/O ALLSTORE
ROANOKE, VA 24015

CREDITOR ID: 1620-07
MR MALCOLM ROSENBERG
C/O ALLSTORE
2734 COLONIAL AVENUE
ROANOKE, VA 24015

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256737-12<br><br>MR MATHIS<br>7415 HIGHWAY 143<br>DEATSVILLE AL 36022 | CREDITOR ID: 256738-12<br><br>MR PAULS BARBECUE SAUCE<br>1976 W HIGHWAY 27<br>OZARK, AL 36360 | CREDITOR ID: 405521-95<br><br>MR PAULS BARBECUE SAUCE<br>RT 6 BOX 553<br>OZARK AL 36360 |
| CREDITOR ID: 2418-07<br><br>MR ROBERT S SMALL<br>P O BOX 10287<br>GREENVILLE SC 29603 | CREDITOR ID: 256739-12<br><br>MR ROOTER OF THE PEE DEE<br>1337 SWIFT CREEK RD<br>HARTSVILLE SC 29550 | CREDITOR ID: 399688-YY<br><br>MR ROOTER PLUMBING<br>ATTN BARBARA ELLIOTT, OFF MGR<br>PO BOX 917<br>PINEY FLATS TN 37686 |
| CREDITOR ID: 2419-07<br><br>MR SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS ANGELES CA 90024 | CREDITOR ID: 256741-12<br><br>MR SPARKLE JANITORIAL SERVICE<br>10164 JEFFERSON HWY<br>RIVER RIDGE, LA 70123 | CREDITOR ID: 316081-41<br><br>MR. BRIAN WEST<br>1172 S.W. 30TH ST, SUITE 400<br>PALM CITY FL 34990 |
| CREDITOR ID: 2420-07<br><br>MR. FRED D. BENTLEY, SR.<br>241 WASHINGTON AVENUE<br>PO BOX 968<br>MARIETTA GA 30060 | CREDITOR ID: 2421-07<br><br>MR. LOUIS FEIL<br>C/O THE FEIL ORGANIZATION<br>370 SEVENTH AVE STE 618<br>NEW YORK NY 10001 | CREDITOR ID: 2424-07<br><br>MR. MARC DILORENZO<br>1530 PALWARE AVENUE SUITE 15F<br>FORT LEE NJ 07024-1335 |
| CREDITOR ID: 2425-07<br><br>MR. SAM GENIRBERG<br>1707 ARLINGTON BLVD<br>EL CERRITO CA 94530 | CREDITOR ID: 256742-12<br><br>MRB CONSTRUCTION GEN CONT<br>1232 MELISSA DR<br>ROANOKE, TX 76262 | CREDITOR ID: 256743-12<br><br>MRB SNACKS & ASSOC INC<br>ATTN: MAYNARD BRAMMUT, PRES<br>3209 HIDDEN BLUFF TRAIL<br>SNELLVILLE, GA 30039 |
| CREDITOR ID: 403337-83<br><br>MRI OPEN MRI<br>19082 N. E. 29TH AVE.<br>AVENTURA FL 33180 | CREDITOR ID: 256744-12<br><br>MRS CUBBISONS FOODS<br>7240 E GAGE AVENUE<br>COMMERCE, CA 90040 | CREDITOR ID: 405222-95<br><br>MRS CUBBISONS FOODS<br>1325 S PEERLESS WAY<br>MONTEBELLO CA 90640 |
| CREDITOR ID: 256746-12<br><br>MRS GRISSOMS SALADS INC<br>PO BOX 40231<br>NASHVILLE TN 37204 | CREDITOR ID: 256748-12<br><br>MRS MURPHY & COMPANY<br>614 NORTH POPLAR STREET<br>FLORENCE, AL 35630 | CREDITOR ID: 376302-44<br><br>MRS RIOS CORN PRODUCTS<br>215 WEST AVE N<br>SAN ANGELO TX 76903 |
| CREDITOR ID: 256749-12<br><br>MRS STRATTON'S SALADS<br>PO BOX 190187<br>BIRMINGHAM, AL 35219-0187 | CREDITOR ID: 382050-36<br><br>MRS STRATTON'S SALADS, INC<br>KELLY O PARRISH<br>380 INDUSTRIAL LANE<br>PO BOX 190187<br>BIRMINGHAM AL 35219-0187 | CREDITOR ID: 256750-12<br><br>MRS TRAYLORS PLANTATION STYLE FOOD<br>2700 WHISPERWOOD LANE<br>PANAMA CITY, FL 32405 |
| CREDITOR ID: 256751-12<br><br>MRS. AVERY PERKINS<br>120 PACE PARKWAY<br>CANTONMENT FL 32533 | CREDITOR ID: 256752-12<br><br>MRS. SMITH'S BAKERIES INC<br>PO BOX 532066<br>ATLANTA GA 30353-2066 | CREDITOR ID: 2928-04<br><br>MS INDUSTRIAL WASTE<br>PO BOX 801<br>COLUMBUS, OH 43216 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

| DEBTOR: | WINN-DIXIE STORES, INC., ET AL. | CASE:  05-03817-3F1 |
|---|---|---|

CREDITOR ID: 256754-12
MS INDUSTRIAL WASTE DISPOSAL
ATTN DANITA OWENS, OFF MGR
PO BOX 801
COLUMBUS, MS 39703-0801

CREDITOR ID: 256756-12
MSC CMS
75 REMITTANCE DRIVE, SUITE 6191
CHICAGO, IL 60675-6191

CREDITOR ID: 378306-15
MSC INDUSTRIAL SUPPLY CO
ATTN DAISY WALROND
75 MAXESS ROAD
MELVILLE NY 11747

CREDITOR ID: 256757-12
MSC INDUSTRIAL SUPPLY CO INC
75 MAXESS ROAD
MELVILLE NY 11747

CREDITOR ID: 405223-95
MSC INDUSTRIAL SUPPLY CO INC
PO BOX 94939
CLEVELAND OH 44101-4939

CREDITOR ID: 256758-12
MSC LIGHTING INC
D/B/A  IMAGE SIGN & LIGHTING
1878 LUKKEN INDUSTRIAL DRIVE WEST
LAGRANGE, GA 30240

CREDITOR ID: 405224-95
MSH OF HEATHROW LLP
300 INTERNATIONAL PKWY
SUITE 184
HEATHROW FL 32746

CREDITOR ID: 256759-12
MSH OF HEATHROW LLP
951 MARKET PROMENADE AVE, STE 2105
LAKE MARY, FL 32746

CREDITOR ID: 256760-12
MSI INVENTORY SERVICE CORP
PO BOX 320129
FLOWOOD, MS 39232-0129

CREDITOR ID: 405225-95
MSI INVENTORY SERVICE CORP
P O BOX 5640
JACKSON MS 39288-5640

CREDITOR ID: 256761-12
MSJ TRUCKING INC
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 256762-12
MSL NORTH INC
1415 TIMERLANE RD STE 217
TALLAHASSEE FL 32312

CREDITOR ID: 256763-12
MT DORA MARKETPLACE LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA RATON, FL 33427-3760

CREDITOR ID: 1622-07
MT DORA MARKETPLACE LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA  RATON, FL 33427-3760

CREDITOR ID: 2426-07
MT DORA MARKETPLACE LTD
6353 W. ROGERS CIRCLE
SUITE 1
BOCA  RATON FL 33487-2757

CREDITOR ID: 256764-12
MT HERMON HIGH SCHOOL
36119 HWY 38
MT HERMON, LA 70450

CREDITOR ID: 256765-12
MT HOPE CHRISTIAN ACADEMY
9200 STRIMPLE ROAD
HARRISON OH 45030

CREDITOR ID: 255201-12
MT KIRKPATRICK
7044 WHEAT ROAD
JACKSONVILLE FL 32244

CREDITOR ID: 256766-12
MT OLIVE PICKLE COMPANY
PO BOX 75063
CHARLOTTE, NC 28275-0001

CREDITOR ID: 279481-99
MT OLIVE PICKLE COMPANY INC
C/O WHARTON ALDHIZER & WEAVER PLC
ATTN: STEPHAN W MILO, ESQ
THE AMERICAN HOTEL
125 S AUGUSTA ST STE 2000
STAUNTON VA 24401

CREDITOR ID: 268027-31
MT PLEASANT WATER PLANT INC
ATTN: KENNETH BLACK
8700 FOIL ST
MOUNT PLEASANT NC 28124

CREDITOR ID: 256767-12
MT WASHINGTON BAPTIST CHURCH YOUTH
2005 SUTTON ROAD
CINCINNATI OH 45230

CREDITOR ID: 279072-32
MT. OLIVE PICKLE COMPANY, INC.
PO BOX 609
MT. OLIVE NC 28365

CREDITOR ID: 256769-12
MTS INDUSTRIES INC
PO BOX 7
CLOVER, SC 29710

CREDITOR ID: 256771-12
MUCCI INTERNATIONAL MARKETING LTD
1876 SEACLIFF DRIVE
KINGSVILLE ON N9Y 2N1
CANADA

CREDITOR ID: 387768-54
MUCCIARONE, LINDA
1096 ORCHARD DRIVE
FORT MILL SC 29715

CREDITOR ID: 256772-12
MUELLER
PO BOX 503537
ST LOUIS, MO 63150-3537

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 269336-16
MUELLER, RANDALL P.
CAREY, O'MALLEY, ET AL.
712 SOUTH OREGON AVENUE
TAMPA, FL 33606

CREDITOR ID: 256773-12
MULBERRY ELEMENTARY SCHOOL
450 COUGAR DR
HOUMA, LA 70360

CREDITOR ID: 256774-12
MULBERRY SENIOR HIGH SCHOOL
1 PANTHER PLACE
MULBERRY FL 33860

CREDITOR ID: 389105-54
MULBERRY, SANDRA
RT. 2, BOX 441-C1
LAKE BUTLER, FL 32054

CREDITOR ID: 262859-12
MULE TRADER, THE
PO BOX 281
CLANTON, AL 35045

CREDITOR ID: 386732-54
MULINA, DANIEL
226 NORTH TAYLOR STREET
COVINGTON LA 70433

CREDITOR ID: 403399-89
MULKEY, ALLISON
4705 BRADY LANE
PALM BEACH GARDEN FL 33448

CREDITOR ID: 385704-54
MULKEY, EDNA
6571 FIELDER RD
REX, GA 30273

CREDITOR ID: 390985-55
MULKEY, EDNA
C/O: STEPHEN P. HARRISON
HARRISON & HARRISON
40 JONESBORO ST
PO BOX 789
MCDONOUGH GA 30253

CREDITOR ID: 385222-54
MULLINAX, MARY
320 MULLINAX RD
GAFFNEY, SC 29340

CREDITOR ID: 390530-55
MULLINAX, MARY
C/O: DANNY E. ALLEN, ESQ.
LAW OFFICES OF DANNY E. ALLEN
P. O. BOX 1146
SPARTANBURG SC 29304

CREDITOR ID: 381672-47
MULLINGS, NIKEISHA D
14851 SW 156 STREET
MIAMI, FL 33187

CREDITOR ID: 256775-12
MULLINS INC
3302 ENTERPRISE RD
FT PIERCE, FL 34982-6590

CREDITOR ID: 268028-31
MULLINS SEWAGE TREATMENT PLANT
ATTN: MICHAEL HEMINGWAY
HGWY 917
MULLINS SC 29574

CREDITOR ID: 389051-54
MULLINS, LATASHA
1853 PROSPECT ST
JACKSONVILLE, FL 32277

CREDITOR ID: 392949-55
MULLINS, LATASHA
C/O: J. SCOTT NOONEY
J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 403852-94
MULLINS, RAY
1801 EMERSON AVENUE, APT 2
CINCINNATI OH 45239

CREDITOR ID: 407020-MS
MULLIS, LARRY E.
422 DHARLES DR.
VIDALIA GA 30474

CREDITOR ID: 256776-12
MULTI IMAGE RESOURCE GROUP INC
8000 CROWDER BLVD
SUITE C
NEW ORLEANS LA 70127

CREDITOR ID: 256777-12
MULTI MANAGEMENT SERVICES INC
PO BOX 1408
GRAY, LA 70359-1408

CREDITOR ID: 256778-12
MULTI SERVICE
PO BOX 930747
KANSAS CITY, MO 64193

CREDITOR ID: 256779-12
MULTIFLORA GREENHOUSES INC
1623 NEW SHARON CHURCH RD
HILLSBOROUGH, NC 27278

CREDITOR ID: 382051-36
MULTIFOODS
JODY D ANDERSON
111 CHESHIRE LANE
SUITE 100
MINNETONKA MN 55305

CREDITOR ID: 256780-12
MULTIPET INTERNATIONAL INC
265 WEST COMMERCIAL AVENUE
MOONACHIE, NJ 07074

CREDITOR ID: 256781-12
MULTIPLAST SYSTEMS INC
ATTN: JEFF AJASDORF, VP
24874 LETCHWORTH RD
BEACHWOOD, OH 44122

CREDITOR ID: 268029-31
MULTIPURPOSE BUILDING
ATTN: GREG H ELLZEY
807 BALL AVE
TYLERTOWN MS 39667-2211

CREDITOR ID: 256782-12
MULTIVAC INC
PO BOX 412617
KANSAS CITY, MO 64141-2617

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**          **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268030-31<br>MULTIVERSITY INC<br>ATTN: SHERRI ZAZUETA<br>1802 LEAF AVE<br>MURFREESBORO TN 37130-2284 | CREDITOR ID: 407021-MS<br>MUMMA, KENNETH D<br>1981 TELEPHONE STREET<br>FORT MILL SC 29715 | CREDITOR ID: 256783-12<br>MUNCHKIN INC<br>ATTN LEE TEMPLE, SR CR MGR<br>16689 SCHOENBORN ST<br>NORTH HILLS CA 91343 |
| CREDITOR ID: 376310-44<br>MUNCHKIN INC<br>ATTN: LEE TEMPLE, SR CR MGR<br>PO BOX 512487<br>LOS ANGELES, CA 90051-0487 | CREDITOR ID: 386834-54<br>MUNDT, KATHLEEN<br>7840 CAMINO REAL P-409<br>MIAMI FL 33143 | CREDITOR ID: 373511-44<br>MUNGUIA, ABEL<br>POM DIV STORE# 280<br>7999 NW 7TH ST APT 204<br>MIAMI, FL 33126 |
| CREDITOR ID: 268031-31<br>MUNICIPAL CORP CAPE CHARLES<br>ATTN: MICHAEL THORNES<br>1270 BAYSHORE RD<br>CAPE CHARLES VA 23310 | CREDITOR ID: 376311-44<br>MUNICIPAL COURT OF COLUMBUS GA<br>PO BOX 1340<br>COLUMBUS, GA 31902-1340 | CREDITOR ID: 256784-12<br>MUNICIPAL COURT OF COLUMBUS GA<br>PO BOX 1563<br>COLUMBUS GA 31902-1563 |
| CREDITOR ID: 381138-47<br>MUNICIPAL EQUIPMENT COMPANY INC<br>ATTN: ROBERT FENNEMAN, MGR<br>2049 WEST CENTRAL BLVD<br>ORLANDO, FL 32805 | CREDITOR ID: 268032-31<br>MUNICIPAL FIRE POLICE CS<br>ATTN: MELINDA STEPHENS<br>8550 UNITED PLAZA BLVD<br>BATON ROUGE LA 70809-2256 | CREDITOR ID: 256785-12<br>MUNICIPAL SUPPLY AND SIGN CO<br>PO BOX 1765<br>NAPLES FL 34106-1765 |
| CREDITOR ID: 387970-54<br>MUNN, AISHA<br>4502 N. 38TH ST<br>TAMPA, FL 33610 | CREDITOR ID: 392251-55<br>MUNN, AISHA<br>C/O: NATHANIEL W. TINDALL<br>NATHANIEL W. TINDALL,II ATTORNEY AT LAW<br>205 W, DR. MARTIN LUTHER KING<br>SUITE 103<br>TAMPA FL 33603 | CREDITOR ID: 385288-54<br>MUNOZ, ANTONIO<br>2496 WEST 70TH PLACE<br>HIALEAH, FL 33016 |
| CREDITOR ID: 390596-55<br>MUNOZ, ANTONIO<br>C/O: MARK SCHIFFRIN<br>MARK SCHIFFRIN, ESQUIRE<br>4600 SHERIDAN ST #303<br>HOLLYWOOD FL 33021 | CREDITOR ID: 387676-54<br>MUNOZ, BETSY<br>1451 BAHIA AVE<br>ORLANDO FL 32807 | CREDITOR ID: 390103-54<br>MUNOZ, CATHY<br>22846 CUDJOE DRIVE<br>CUDJOE KEY, FL 33042 |
| CREDITOR ID: 393559-55<br>MUNOZ, CATHY<br>C/O: MANUEL GARCIA<br>LAW OFFICES OF MANUEL E. GARCIA, P.A.<br>515 WHITEHEAD ST.<br>KEY WEST FL 33040 | CREDITOR ID: 388390-54<br>MUNOZ, WENCESLAO<br>5039 NW 7TH ST. STE. 900<br>MIAMI, FL 33126 | CREDITOR ID: 392491-55<br>MUNOZ, WENCESLAO<br>C/O: JOSE M. FRANCISCO<br>LAW OFFICES OF JOSE M. FRANCISCO<br>5040 NW 7TH ST, STE 900<br>MIAMI FL 33126 |
| CREDITOR ID: 399550-82<br>MUNRO, LAMAR<br>ROUTE 6 BOX 365<br>LAKE CITY FL 32025 | CREDITOR ID: 397995-76<br>MUNRO, THOMAS<br>795 C.R. 1 #144<br>PALM HARBOR, FL 34683 | CREDITOR ID: 399749-84<br>MUNRO, THOMAS<br>795 COUNTY RD 1<br>#114<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 256786-12<br>MUNROE REGIONAL MEDICAL CENTER<br>PO BOX 6000<br>ATTN ACCTS PAY<br>OCALA FL 34478 | CREDITOR ID: 382615-51<br>MUNTERS<br>PO BOX 640<br>AMESBURY, MA 01913 | CREDITOR ID: 256787-12<br>MUNTERS CORPORATION<br>PO BOX 2291<br>CAROL STREAM, IL 60132-2291 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 384250-47
MUNTERS CORPORATION
1719 SOLUTIONS CENTER
CHICAGO, IL 60677-1007

CREDITOR ID: 256788-12
MUNTZING SATTELE CO INC
1155 HAMMOND DR SUITE 5250 BLDG-E
AS AGENT FOR RIVERMONT SQUARE
ASSCO LP
ATLANTA, GA 30328

CREDITOR ID: 386027-54
MUNUZ, JESSICA (MINOR)
1813 AMERICANA BLVD APT #30D
ORLANDO, FL 32839

CREDITOR ID: 391236-55
MUNUZ, JESSICA (MINOR)
C/O: JAMES R. HOOPER
THE LAW OFFICES OF JAMES RICHARD HOOPER,
P. O. BOX 540509
ORLANDO FL 32854-0509

CREDITOR ID: 256789-12
MURAI WALD BIONDO& MORENO
25 SE 2ND AVENUE, SUITE 900
MIAMI FL 33131

CREDITOR ID: 256790-12
MURDOCK TRANSPORTATION GROUP
PO BOX 71089
ALBANY, GA 31708

CREDITOR ID: 388429-54
MURGIN, ESSIE
248 ASH STRET
BRUNSWICK, GA 31525

CREDITOR ID: 268033-31
MURHOL COMMUNITY DEV CORP
ATTN: EDDIE MURPHY
6042 KNIGHT AVE
EASTMAN GA 31023

CREDITOR ID: 256793-12
MURIEL L ROBERTS
PO BOX 492
WOODBINE GA 31569

CREDITOR ID: 393666-55
MURKS, ANNIE R
C/O: DEBRA COBLE
POTTS & YOUNG ATTORNEYS, LLP
107 EAST COLLEGE STREET
FLORENCE AL 35630

CREDITOR ID: 399739-84
MURLEY, MICHELLE
820 J.E. SIMMONS RD
GLASGOW KY 42141

CREDITOR ID: 407022-MS
MURPHREE, JOSEPH G.
120 NILE CIRCLE, APT A
MOORESVILLE NC 28117

CREDITOR ID: 256794-12
MURPHY COMMUNICATIONS INC
2230 JERNIGAN ROAD
JACKSONVILLE FL 32207-6710

CREDITOR ID: 256795-12
MURPHY HOUSE BARBECUE
106 SOUTH BICKETT BLVD
LOUISBURG, NC 27549

CREDITOR ID: 256796-12
MURPHY OIL CORP
PO BOX 7000
EL DORADO AR 71731

CREDITOR ID: 256797-12
MURPHY TRANSPORTATION SERVICES
NW 5183
PO BOX 1450
MINNEAPOLIS MN 55485-5183

CREDITOR ID: 388356-54
MURPHY, DELORES
1015 38TH AVE
GULF PORT, MS 39501

CREDITOR ID: 392456-55
MURPHY, DELORES
C/O: CHARLES R. WARD, JR.
JAMES F. THOMPSON, ATTORNEY & COUNSELOR
2317 14TH STREET
GULFPORT MS 39501

CREDITOR ID: 385500-54
MURPHY, MARY
5400 COLLINS RD.
LOT 35
JACKSONVILLE, FL 32244

CREDITOR ID: 390800-55
MURPHY, MARY
C/O BORDEN R HALLOWES LAW OFFICE
ATTN BORDEN R HALLOWES, ESQ
95337 MACKINAS CIRCLE
AMELIA ISLAND FL 32034

CREDITOR ID: 392444-55
MURPHY, MICHAEL M
C/O: D. THOMAS LAMBETH
HEMRIC, LAMBETH, CHAMPION & MOSELEY, P.A
P. O. BOX 2097
BURLINGTON NC 27216-2097

CREDITOR ID: 390443-54
MURPHY, MICHAEL M
817 B SHALLOWFORD CHURCH RD.
ELON COLLEGE, NC 27244

CREDITOR ID: 388376-54
MURPHY, PATRICIA
3845 CLEO DRIVE
BATON ROUGE, LA 70805

CREDITOR ID: 399646-15
MURPHY, PATRICIA
C/O BRADLEY, EASSON & BRADLEY
ATTN DAVID A EASSON, ESQ
210 BARONNE STREET, SUITE 1307
NEW ORLEANS LA 70112

CREDITOR ID: 392477-55
MURPHY, PATRICIA
C/O: MICHAEL HINGLE, ESQUIRE
MICHAEL HINGLE & ASSOCIATES, LLC
14281 UNIVERSITY AVENUE
P. O. BOX 2804
HAMMOND LA 70404

CREDITOR ID: 387611-54
MURPHY, SANDRA
318 MEADOWBROOK LANE
TALLAHASSEE FL 32310

CREDITOR ID: 387185-54
MURPHY, SHARIFA
11551 SUMMER HAVEN BLVD.
JACKSONVILLE, FL 32258

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 391771-55
MURPHY, SHARIFA
C/O: LLOYD MANUKIAN, ESQUIRE
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 256798-12
MURRAY A RIMES
POM DIV - STORE # 729
SS 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
TAMPA FL 33601

CREDITOR ID: 256799-12
MURRAY BAKING CO
PO BOX 2207 (13)
AUGUSTA GA 30906

CREDITOR ID: 256800-12
MURRAY BISCUIT COMPANY INC
21430 NETWORK PLACE
CHICAGO, IL 60673-1214

CREDITOR ID: 405227-95
MURRAY BISCUIT COMPANY INC
PO BOX 2207
AUGUSTA GA 30913

CREDITOR ID: 397680-99
MURRAY BISCUIT COMPANY LLC
C/O WARNER STEVENES LLP
ATTN: MICHAEL WARNER/DAVID COHEN
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 382052-36
MURRAY BISCUIT DIVISION, A KELLOGG COMPANY
MICHAEL D WARNER
WARNER STEVENS LLP
1700 CITY CENTER TOWER II,
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 279488-99
MURRAY FRANK & SAILER LLP
ATTN: J SAILER/A D PATTON
275 MADISON AVE, 8TH FL
NEW YORK NY 10016

CREDITOR ID: 387257-54
MURRAY, JUNE
1310 PEMBRIDGE WAY
KENNESAW, GA 30152

CREDITOR ID: 392101-55
MURRAY, LONNIE JR
C/O: KARLA WALKER ESQ.
COPELAND & WALKER
102 E. ADAIR STREET
P.O. BOX 1933
VALDOSTA GA 31602

CREDITOR ID: 390350-54
MURRAY, LONNIE JR
128-I FUNSTON/SALE CITY ROAD
MOULTRIE GA 31768

CREDITOR ID: 262683-12
MURRAY, TERESA
1581 LOFTIN FARM ROAD
DOVER, NC 28526

CREDITOR ID: 256802-12
MURRAYS CONTRACT HARDWARE
5429 RAMONA BLVD
JACKSONVILLE FL 32205-4772

CREDITOR ID: 395578-15
MURRAY'S CONTRACT HARDWARE, INC
ATTN WALTER S MURRAY SR, PRES
5429 RAMONA BLVD
JACKSONVILLE FL 32205

CREDITOR ID: 245069-12
MURRILL, CHARLES W
2230 STERLING DRIVE
MOBILE AL 36695

CREDITOR ID: 385822-54
MURRY, ELIZABETH D
2514 EAST GLEN AVE, SUITE 304
AUBURN, AL 36830

CREDITOR ID: 391080-55
MURRY, ELIZABETH D
C/O SLOCUMB LAW FIRM, LLC
ATTN MICHAEL W SLOCUMB, ESQUIRE
2006 EXECUTIVE PK DRIVE, SUITE A
OPELIKA AL 36801

CREDITOR ID: 256803-12
MURRYS INC
ATTN D BRADLEY HOLLAND, CFO
PO BOX 37046
BALTIMORE, MD 21297-3046

CREDITOR ID: 405228-95
MURRYS INC
8300 PENNSYLVANIA AVE
UPPER MARLBORO MD 20772-2673

CREDITOR ID: 407023-MS
MURTHA, RICHARD S.
RT. E BOX 383
HIRMAN GA 30141

CREDITOR ID: 256804-12
MURZAN
2909 LANGFORD RD SUITE I-700
NORCROSS, GA 30071

CREDITOR ID: 387213-54
MUSARELLA, ANTIONETTE
6069 OLD COURT ROAD
#102
BOCA RATON, FL 33433

CREDITOR ID: 391801-55
MUSARELLA, ANTIONETTE
C/O DAVID P SLATER, ESQ
5154 WINDSOR PARKE DRIVE
BOCA RATON FL 33496

CREDITOR ID: 256806-12
MUSCOGEE COUNTY MARSHALLS OFFICE
PO BOX 1340
COLUMBUS GA 31902-1340

CREDITOR ID: 256808-12
MUSCULAR DYSTROPHY ASSOCIATION
3603 CARDINAL POINT
JACKSONVILLE FL 32257

CREDITOR ID: 256807-12
MUSCULAR DYSTROPHY ASSOCIATION
2846-B REMINGTON GREEN CIRCLE
TALLAHASSEE FL 32308

CREDITOR ID: 381026-47
MUSCULAR DYSTROPHY ASSOCIATION INC
% CHRIS KIRCHNER
5701 EXECUTIVE CENTER DR #103
CHARLOTTE, NC 28212

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256809-12<br>MUSE ORGANIZATION<br>5223 EHRLICH ROAD<br>SUITE C & D<br>TAMPA FL 33624-0280 | CREDITOR ID: 400842-91<br>MUSE, ROBERT A<br>6489 WINTER HAZEL DR<br>LIBERTY TOWNSHIP OH 45044 | CREDITOR ID: 393396-55<br>MUSEAU, EVENS<br>C/O: JEFFREY M. FRIEDMAN<br>VASSALLO & BILOTTA, P.A.<br>1630 S. CONGRESS AVE<br>SUITE 201<br>PALM SPRINGS FL 33461 |
| CREDITOR ID: 256810-12<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL, SC 29732-4452 | CREDITOR ID: 256811-12<br>MUSIC BAKERY<br>7522 CAMPBELL RD  STE 113-2<br>DALLAS TX 75248 | CREDITOR ID: 256812-12<br>MUSIC ENGINEERING CO<br>PO BOX 22892<br>TAMPA FL 33622-2892 |
| CREDITOR ID: 268034-31<br>MUSIC PROGRAM IN ENVIRONMENT<br>ATTN: ANDY ROWLAND<br>19 HAGOOD AVE STE 602<br>CHARLESTON SC 29403-5120 | CREDITOR ID: 387455-54<br>MUSICK, CARRIE<br>50 ROY NORTH ROAD<br>CARROLTON GA 30117 | CREDITOR ID: 391990-55<br>MUSICK, CARRIE<br>C/O: STEPHEN E. GARNER, ESQ.<br>MURPHY, MURPHY, & GARNER<br>110 TALLAPOOSA STREET<br>P O BOX 1140<br>BREMEN GA 30110 |
| CREDITOR ID: 407641-93<br>MUSSMAN, JEROME<br>7855 BLVD EAST (6K)<br>NORTH BERGEN NJ 07047 | CREDITOR ID: 388734-54<br>MUSTELIER, MELISSA<br>4050 N.E. 12TH  TERRACE<br>APT 41<br>OAKLAND PARK FL 33334 | CREDITOR ID: 389043-54<br>MUSTOE, CHRISTINE<br>6641 BANCROFT AVE<br>COCOA, FL 32927 |
| CREDITOR ID: 392941-55<br>MUSTOE, CHRISTINE<br>C/O HENDERSON & FUTCHKO, PA<br>ATTN JOHN J FUTCHKO, ESQ<br>1735 W HIBISCUS BLVD, SUITE 300<br>MELBOURNE FL 32901 | CREDITOR ID: 385371-54<br>MUTLEY, KATE S<br>4321 LOTUS STREET<br>NEW ORLEANS, LA 70122 | CREDITOR ID: 390679-55<br>MUTLEY, KATE S<br>C/O: DARRYL HARRISON<br>DARRYL HARRISON, PA<br>2140 RUEROYALE@WASHINGTONSQUAR<br>NEW ORLEANS LA 70116 |
| CREDITOR ID: 256813-12<br>MUTT & JEFF ENTERPRISES<br>PO BOX 82226<br>HAPEVILLE, GA 30354 | CREDITOR ID: 256814-12<br>MUTUAL DISTRIBUTING CO<br>PO BOX 26446<br>RALEIGH, NC 27611 | CREDITOR ID: 256815-12<br>MUZAK<br>5750 S SEMORAN BLVD<br>ORLANDO FL 32822-4814 |
| CREDITOR ID: 256816-12<br>MUZAK ATLANTA<br>PO BOX 538385<br>ATLANTA, GA 30353-8385 | CREDITOR ID: 256818-12<br>MUZAK CINCINNATI<br>CENTRAL PARKE<br>2300 WALL ST  STE M<br>CINCINNATI OH 45212-2789 | CREDITOR ID: 256819-12<br>MUZAK FLORIDA<br>PO BOX 409384<br>ATLANTA, GA 30384-9384 |
| CREDITOR ID: 384251-47<br>MUZAK FLORIDA<br>PO BOX 538382<br>ATLANTA, GA 30353-8382 | CREDITOR ID: 256820-12<br>MUZAK-MID ATLANTIC<br>PO BOX 538378<br>ATLANTA GA 30353-8378 | CREDITOR ID: 388133-54<br>MUZQUIZ, ROSA<br>2710 N.W. 29TH ST<br>FORT WORTH TX 76106 |
| CREDITOR ID: 267903-31<br>MV MISS EDNA<br>ATTN: KERRY ARGAS<br>4181 PRIVATEER BLVD<br>BARATARIA LA 70036-5751 | CREDITOR ID: 268035-31<br>MVIC INC<br>ATTN: DAVID MILLIRONS<br>10500 RIVERTOWN RD<br>FAIRBURN GA 30213-2169 | CREDITOR ID: 255202-12<br>MW POLAR FOODS<br>15203 SHOEMAKER<br>NORWALK, CA 90650-6858 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 267904-31
MWR INC
ATTN: MWORE RABB
2171 PINEY GROVE CIR
LENOIR NC 28645-6564

CREDITOR ID: 256821-12
MY OFFICE PRODUCTS COM
PO BOX 306003
NASHVILLE, TN 37230-6003

CREDITOR ID: 405230-95
MY OFFICE PRODUCTS COM
PO BOX 305164-6003
NASHVILLE TN 37230-5164

CREDITOR ID: 382888-51
MY PHARMACARE
695 GEORGE WASHINGTON HIGHWAY
LINCOLN, RI 02865

CREDITOR ID: 256822-12
MY TOWN PRODUCTS INC
47 FIRST STREET
PELHAM, NY 10803

CREDITOR ID: 256823-12
MYERS BUSINESS PRODUCTS INC
ATTN PAUL MYERS, PRES
417-419 N COURT STREET
PO BOX 680518
PRATTVILLE, AL 36068

CREDITOR ID: 268036-31
MYERS JOHNNY PGA MINI GOLF CLB
ATTN: JOHNNY MYERS
2500 SYCAMORE ST
MONROE LA 71201-4049

CREDITOR ID: 256825-12
MYERS TIRE SUPPLY
4450 FREDERICK DR SW
ATLANTA GA 30336

CREDITOR ID: 256824-12
MYERS TIRE SUPPLY
2501 A BAINBRIDGE AVE
KENNER LA 70062

CREDITOR ID: 389387-54
MYERS, ADA
2560 62ND AVE
LOT 97
SAINT PETERSBURG FL 33702

CREDITOR ID: 245324-12
MYERS, CHRISTINE D
PO BOX 7478
NORTH ORT, FL 34287

CREDITOR ID: 387673-54
MYERS, DONALD
385 NW 130TH STREET
MIAMI FL 33168

CREDITOR ID: 385232-54
MYERS, GLORIA
151 S E 8TH ST
OCALA, FL 34478

CREDITOR ID: 390540-55
MYERS, GLORIA
C/O: O. B. SAMUEL, JR., ESQ.
O. B. SAMUEL, JR., P. A.
151 SE 8TH ST.
OCALA FL 34471

CREDITOR ID: 388930-54
MYERS, JOHN JR
114 NW 2ND AVE
APT 306
HOMESTEAD, FL 33030

CREDITOR ID: 385410-54
MYERS, JOHNNY
100 MARINERS DRIVE, SUITE C
KINGSLAND, GA 31548

CREDITOR ID: 390717-55
MYERS, JOHNNY
C/O GARY A BACON LAW OFFICES
ATTN GARY A BACON, ESQ
100 MARINERS COURT, SUITE C
KINGSLAND GA 31548

CREDITOR ID: 385409-54
MYERS, MATILDA
100 MARINERS DRIVE, SUITE C
KINGSLAND, GA 31548

CREDITOR ID: 390716-55
MYERS, MATILDA
GARY A BACON LAW OFFICES
ATTN GARY A BACON, ESQ
100 MARINERS COURT, SUITE C
KINGSLAND GA 31548

CREDITOR ID: 382838-51
MYERS, TIMOTHY
1081 APALACHEE TRACE
BISHOP, GA 30621

CREDITOR ID: 407024-MS
MYERS, WILLIAM J.
1612 WATERS EDGE DRIVE
ORANGE PARK FL 32003-8692

CREDITOR ID: 256826-12
MYLA BRENIZER
2810 SAINT CHARLES COURT
TITUSVILLE FL 32780

CREDITOR ID: 256827-12
MYLES ELECTRIC MOTORS AND
PUMPS
3101 S E CARNIVALE CT
STUART, FL 34994-5538

CREDITOR ID: 387520-54
MYLES, CHARLES
BOX 20613
JACKSON MS 39289

CREDITOR ID: 389426-54
MYLES, CHARLES
447 EMINECE ROW
JACKSON MS 39213

CREDITOR ID: 245053-12
MYLES, CHARLES
PO BOX 20613
JACKSON MS 39289

CREDITOR ID: 264299-12
MYRICK, W T
1509 SOUTH STREET
ROANOKE RAPIDS, NC 27870

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256828-12<br>MYRON CORP<br>PO BOX 802616<br>CHICAGO, IL 60680-2616 | CREDITOR ID: 256829-12<br>MYRTIS DYER<br>12061 PALYMYRA DRIVE<br>BATON ROUGE LA 70807 | CREDITOR ID: 256830-12<br>MYRTIS FABRE<br>PO BOX 304<br>MORGANZA LA 70759 |
| CREDITOR ID: 268037-31<br>MYRTLE BCH AIRFORC BACE REDEVE<br>ATTN: THOMAS C STYERS<br>1063 HOWARD PKWY<br>MYRTLE BEACH SC 29577-1403 | CREDITOR ID: 268038-14<br>MYRTLE BEACH CITY OF<br>ATTN: MARIA BAISDEN<br>921 N OAK ST<br>MYRTLE BEACH SC 29577-3500 | CREDITOR ID: 256831-12<br>MYRTLE MUNNA<br>2113 ANGELA AVENUE<br>ARABI LA 70032 |
| CREDITOR ID: 2428-07<br>MYSTIC L.L.C.<br>P.O. BOX 100<br>PLATTENVILLE LA 70393 | CREDITOR ID: 256832-12<br>MYSTIC LLC<br>PO BOX 100<br>PLATTENVILLE, LA 70393 | CREDITOR ID: 256833-12<br>MYWEBGROCER.COM<br>133 BLAKELY ROAD, SUITE 211<br>COLCHESTER, VT 05446 |
| CREDITOR ID: 405231-95<br>N & W FARMS INC<br>176 HWY 341 S<br>VARDAMAN MS 38878 | CREDITOR ID: 257376-12<br>N COLUMBUS CROSSING SHOPING CTR LLC<br>ATTN EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS GA 31904 | CREDITOR ID: 376324-44<br>N FLORIDA TIRE & ROAD SVC INC<br>2109 W US HIGHWAY 90, STE 170-310<br>LAKE CITY, FL 32055-7708 |
| CREDITOR ID: 256843-12<br>N GOLDRING CORP<br>PO BOX 349<br>PENSACOLA, FL 32592 | CREDITOR ID: 256848-12<br>N TREND COMMUNICATIONS INV<br>PO BOX 160663<br>MOBILE, AL 36616 | CREDITOR ID: 256834-12<br>N&M TRANSFER CO INC<br>630 MUTTART RD<br>NEENAH WI 54956 |
| CREDITOR ID: 256835-12<br>N&S CLEANING ENTERPRISE<br>PO BOX 3090<br>LAPLACE LA 70069 | CREDITOR ID: 278929-30<br>N&W FARMS INC<br>GROWER & SHIPPER OF SWEET POTATOES<br>222 HWY 341 S<br>VARDAMAN, MS 38878 | CREDITOR ID: 256849-12<br>NAACP<br>PO BOX 2521<br>COVINGTON GA 30015-7521 |
| CREDITOR ID: 256850-12<br>NAACP YOUTH COUNCIL<br>PO BOX 5002<br>FT LAUDERDALE FL 33310-5002 | CREDITOR ID: 256851-12<br>NABCO ELECTRIC COMPANY<br>2800 2ND AVE<br>CHATTANOOGA, TN 37407 | CREDITOR ID: 256852-12<br>NABISCO BRANDS INC<br>50 NEW COMMERCE<br>WILKES BARE, PA 18762 |
| CREDITOR ID: 256853-12<br>NABISCO BRANDS INC<br>PO BOX 13651 2454213<br>NEWARK NJ 07188-0651 | CREDITOR ID: 381089-47<br>NABORS RADIATOR & ELECTRIC SERVICE CO IN<br>617-25TH STREET SOUTH<br>BIRMINGHAM, AL 35233 | CREDITOR ID: 256855-12<br>NACCO<br>WINDSHIELD REAPIR SYSTEMS<br>OF ATLANTA<br>5295 HWY 78 SUITE D342<br>STONE MOUNTAIN GA 30087 |
| CREDITOR ID: 256856-12<br>NACCO WINDSHIELD REPAIR<br>SYSTEMS OF ATLANTA<br>5295 HWY 78 SUITE D PMB-342<br>STONE MOUNTAIN, GA 30087 | CREDITOR ID: 256857-12<br>NACHELLE OFFUTT<br>7003 BILTMORE TRACE<br>LITHONIA GA 30058 | CREDITOR ID: 256858-12<br>NACT<br>PO BOX 85080<br>LOCKBOX# 4636<br>RICHMOND VA 23285-4636 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256859-12<br>NADALYS CASTILLO<br>19800 SW 180TH AVENUE<br>#544<br>MIAMI FL 33187 | CREDITOR ID: 256860-12<br>NADIA T WINTERS<br>2308 CHARLESTON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 403259-92<br>NADIAK, NADIA<br>18495 SOUTH DIXIE 219<br>MIAMI FL 33157 |
| CREDITOR ID: 256864-12<br>NADINE SIMMONS<br>6951 NW 6TH AVENUE<br>MIAMI FL 33150 | CREDITOR ID: 256865-12<br>NADINE Y RUIZ<br>1058 MANIGAN AVENUE<br>OVIEDO FL 32765 | CREDITOR ID: 385447-54<br>NAGARAJUN, ABIGIL<br>409 WINDRUSH DRIVE, APT 3<br>HAMMOND, LA 70403 |
| CREDITOR ID: 390749-55<br>NAGARAJUN, ABIGIL<br>C/O: DAVID A. HILLEREN, ESQ.<br>DAVID A. HILLEREN<br>P. O. BOX 9150<br>MANDEVILLE LA 70470 | CREDITOR ID: 397835-76<br>NAHOLNIK,CARON<br>379 AUNDERS ROAD, SE<br>PALM  BAY, FL 32909 | CREDITOR ID: 385725-54<br>NAIF, KATHLEEN<br>5870 -  56TH  AVENUE NORTH<br>APPT B-102<br>KENNETH CITY, FL 33709 |
| CREDITOR ID: 393679-58<br>NAIL CITY #2620-6<br>1770 ELLIS AVENUE, SUITE 118<br>JACKSON, MS 39204 | CREDITOR ID: 385390-54<br>NAIL, JULIA<br>4407 DONOVAN DR.<br>MONTGOMERY, AL 36109 | CREDITOR ID: 390697-55<br>NAIL, JULIA<br>C/O: MITCH MCBEAL<br>THE MCBEAL LAW FIRM, LLC<br>540 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 390402-54<br>NAIL, MARK A<br>1385 OLD HIGHWAY 6<br>CROSS SC 29436 | CREDITOR ID: 391583-55<br>NAIL, MARK A<br>C/O:  THOMAS WHITE<br>THE STEINBURG<br>118 GOOSE CREEK BLVD. SOUTH<br>GOOSE CREEK SC 29445 | CREDITOR ID: 397167-67<br>NAILS CITY<br>1770 ELLIS AVENUE, SUITE 118<br>JACKSON, MS 39204 |
| CREDITOR ID: 256867-12<br>NAJA WALKER<br>2254 EDISON AVENUE<br>APT B2021<br>FT MYERS FL 33901-4915 | CREDITOR ID: 256868-12<br>NAKANO FOODS INC<br>PO BOX 75231<br>CHICAGO IL 60675 | CREDITOR ID: 256869-12<br>NAKEITRA KESHAWN LEWIS<br>C/O WILBUR WOODS REYNAUD ATTY AT LA<br>PO DRAWER N<br>LUTCHER LA 70071 |
| CREDITOR ID: 256870-12<br>NAKEYTHEA GOODWIN<br>1877 SMITHFILED AVENUE<br>DECATUR GA 30294 | CREDITOR ID: 256871-12<br>NAKISHA A HOWELL<br>4820 SW 19 STREET<br>HOLLYWOOD FL 33023 | CREDITOR ID: 256872-12<br>NALCO CHEMICAL COMPANY<br>PO BOX 70716<br>CHICAGO IL 60673-0716 |
| CREDITOR ID: 256873-12<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 315821-40<br>NALLEY, GEORGE B JR<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY, SC 29641-1929 |
| CREDITOR ID: 1375-07<br>NALLEY, GEORGE B. JR.<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1374-07<br>NALLEY, GEORGE B. JR.<br>C/O GBN PROPERTIES #1<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 2257-07<br>NALLEY, GEORGE B. JR.<br>PO BOX 1929<br>EASLEY SC 29641-1929 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256248-12<br>NALLEY, MICHAEL<br>301 WALNUT STREET<br>RAYWICK KY 40060 | CREDITOR ID: 256874-12<br>NAMI PINELLAS COUNTY<br>3833 SIENA LANE<br>PALM HARBOR FL 34685 | CREDITOR ID: 395375-64<br>NAMIS SERVICES INC.<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| CREDITOR ID: 256877-12<br>NANCY E BALLARD<br>PO BOX 947642<br>MAITLAND FL 32794 | CREDITOR ID: 256878-12<br>NANCY E FORBES<br>11967 SW 30TH DRIVE<br>WEBSTER FL 33597 | CREDITOR ID: 256879-12<br>NANCY G HENRIKSON<br>597 SE FLORESTA DR<br>PORT ST LUCIE FL 34983-2240 |
| CREDITOR ID: 256880-12<br>NANCY GADDY<br>7635 TIMBERLIN PARK BLVD<br>#728<br>JACKSONVILLE FL 32256 | CREDITOR ID: 256881-12<br>NANCY J WHALEY CH 13 TRUSTEE<br>303 PEACHTREE CENTER AVENUE NE<br>SUITE# 120<br>ATLANTA, GA 30303 | CREDITOR ID: 407724-15<br>NANCY LANE COMMERCIAL REALTY, INC.<br>C/O BENNETT LOTTERHOS SULSER ET AL<br>ATTN MARCUS M WILSON, ESQUIRE<br>PO BOX 98<br>JACKSON MS 39205-0098 |
| CREDITOR ID: 256882-12<br>NANCY LANE COMMERICIAL REALTY INC<br>1855 LAKELAND DRIVE, SUITE G -10<br>JACKSON, MS 39216 | CREDITOR ID: 256884-12<br>NANCY MORGAN<br>812 COLONIAL AVENUE<br>COLONIAL HEIGHTS VA 23834 | CREDITOR ID: 256885-12<br>NANCY PASTORE<br>405 FLAGLER BLVD<br>8-A<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 256886-12<br>NANCY PROUDFIT<br>1356 BLANCHFIELD DRIVE<br>COLUMBUS GA 31904 | CREDITOR ID: 256888-12<br>NANCY SKEEN<br>3976 LEWISTON ROAD<br>SUMMERFIELD NC 27358 | CREDITOR ID: 256891-12<br>NANCY'S PIES INC<br>ATTN SUSAN STOEFEU, CONTROLLER<br>PO BOX 6575<br>ROCK ISLAND, IL 61204-6575 |
| CREDITOR ID: 256892-12<br>NANCYS SPECIALITY FOODS<br>PO BOX 51970<br>LOS ANGELES, CA 90051 | CREDITOR ID: 405234-95<br>NANCYS SPECIALITY FOODS<br>DEPT 33194<br>PO BOX 39000<br>SAN FRANCISCO CA 94139-3194 | CREDITOR ID: 256893-12<br>NANTAHALA MEATS & POULTRY<br>211 WEST PALMER STREET<br>FRANKLIN, NC 28734 |
| CREDITOR ID: 256894-12<br>NANTAHALA POWER & LIGHT<br>PO BOX 1059<br>FRANKLIN, NC 28734 | CREDITOR ID: 256895-12<br>NANTZE SPRINGS INC<br>ATTN CAROL M MORTON<br>PO BOX 1273<br>DOTHAN, AL 36302 | CREDITOR ID: 405235-95<br>NANTZE SPRINGS INC<br>156 WEST CARROLL STREET<br>DOTHAN AL 36301 |
| CREDITOR ID: 256897-12<br>NAPA<br>NAPA COUNTY FAMILY SUPPORT DIV<br>PO BOX 5720<br>NAPA, CA 94581 | CREDITOR ID: 256896-12<br>NAPA<br>4840 FULTON IND BL<br>ATLANTA GA 30336 | CREDITOR ID: 376342-44<br>NAPA AUTO PARTS<br>4101 WILKINSON BLVD<br>CHARLOTTE NC 28208-5522 |
| CREDITOR ID: 256906-12<br>NAPA AUTO PARTS<br>PO BOX 808<br>JACKSONVILLE, FL 32201 | CREDITOR ID: 256905-12<br>NAPA AUTO PARTS<br>PO BOX 698<br>VALDOSTA GA 31601 | CREDITOR ID: 256904-12<br>NAPA AUTO PARTS<br>PO BOX 409043<br>ATLANTA, GA 30384-9043 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256903-12<br>NAPA AUTO PARTS<br>PO BOX 102253<br>ATLANTA, GA 30368-2253 | CREDITOR ID: 256900-12<br>NAPA AUTO PARTS<br>211 E COLLEGE STREET<br>LOUISVILLE KY 40203 | CREDITOR ID: 256899-12<br>NAPA AUTO PARTS<br>16377 NORTHWEST 57 AVENUE<br>MIAMI LAKES FL 33014 |
| CREDITOR ID: 256898-12<br>NAPA AUTO PARTS<br>1528 WEST 37TH STREET<br>HIALEAH, FL 33012 | CREDITOR ID: 256907-12<br>NAPA GENUINE PARTS CO<br>PO BOX 409043<br>ATLANTA, GA 30384-9043 | CREDITOR ID: 382840-51<br>NAPLES  DAILY NEWS<br>1075 CENTRAL AVE<br>NAPLES, FL 34102 |
| CREDITOR ID: 402370-15<br>NAPLES DAILY NEWS<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 256909-12<br>NAPLES DAILY NEWS<br>DEPT AT 40401<br>ATLANTA, GA 31192-0401 | CREDITOR ID: 646-03<br>NAPLES SOUTH REALITY<br>4400 PGA BLVD., SUITE 305<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 1627-07<br>NAPLES SOUTH REALTY ASSOCIATES<br>C/O AMERICAN COMMERCIAL REALTY<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 256910-12<br>NAPLES SOUTH REALTY ASSOICATES LLC<br>C/O AMERICAN COMMERCIAL REALTY<br>4400 PGA BLVD  SUITE 305<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 386699-54<br>NAPOLI, EDWARD A<br>541 BROWARD AVENUE<br>GREENACRES FL 33463 |
| CREDITOR ID: 245309-12<br>NAQUIN, CHRISTIAN P<br>325 GIACOMO STREET<br>NORCO LA 70079 | CREDITOR ID: 256911-12<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANGEMENT INC<br>2299 S W 37TH AVE<br>MIAMI, FL 33145 | CREDITOR ID: 387291-54<br>NARBO, LESTER<br>1366 BRISTER PLACE<br>BILOXI, MS 39530 |
| CREDITOR ID: 391875-55<br>NARBO, LESTER<br>C/O SMITH & OLDMIXON<br>ATTN COLETTE A OLDMIXON, ESQ<br>PO BOX 393<br>POPLARVILLE MS 39470 | CREDITOR ID: 256912-12<br>NARCISA M ZAMBRANO<br>16214 EMERALD COVE ROAD<br>WESTON FL 33331 | CREDITOR ID: 262960-12<br>NARROW, THOMAS C<br>10046 POPLAR STREET<br>NEW PORT RICHEY, FL 34654 |
| CREDITOR ID: 256913-12<br>NARROWS HEALTH & WELLNESS<br>151 NARROWS PKWY<br>SUITE 110<br>BIRMINGHAM AL 35242 | CREDITOR ID: 399689-YY<br>NAS RECRUITMENT COMMUNICATIONS<br>PO BOX 710215<br>CINCINNATI OH 45271-0215 | CREDITOR ID: 381737-15<br>NAS RECRUITMENT COMMUNICATIONS INC<br>ATTN SUSAN M BOWERS, CREDIT DEPT<br>ONE INFINITY CORPORATE CENTRE DRIVE<br>CLEVELAND OH 44125 |
| CREDITOR ID: 268041-31<br>NASH COUNTY SOLID WASTE<br>ATTN: BILL HILL<br>9881 OLD BAILEY HWY<br>WILSON NC 27896-6155 | CREDITOR ID: 256915-12<br>NASHCO<br>PO BOX 4526<br>TAMPA, FL 33677-4526 | CREDITOR ID: 382844-51<br>NASHUA CORP.<br>3838 SOUTH 108TH STREET<br>OMAHA, NE 68144 |
| CREDITOR ID: 381729-15<br>NASHUA CORPORATION<br>ATTN SALLY L SMITH, CR MGR<br>3838 SOUTH 108TH STREET<br>OMAHA NE 68144 | CREDITOR ID: 382843-51<br>NASHUA CORPORATION<br>11 TRAFALGAR SQUARE<br>NASHUA, NH 03063 | CREDITOR ID: 256916-12<br>NASHUA LABEL PRODUCTS<br>PO BOX 99611<br>CHICAGO, IL 60690-6911 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395324-63<br>NASHUA LABLEL PRODUCTS DIVISION<br>11 TRAFALGAR SQUARE<br>NASHUA, NH 03065 | CREDITOR ID: 278528-24<br>NASHVILLE TN ASSOCIATES<br>A NY GENERAL PARTNERSHIP<br>C/O WD FAYETTEVILLE GA LLC<br>ATTN: ARTHUR REISS<br>60 EAST 42ND STREET, SUITE 2201<br>NEW YORK NY 10165 | CREDITOR ID: 2331-07<br>NASSAR, JAMIL G.  MD TRUSTEE<br>27030 PACIFIC TERRANCE DRIVE<br>MISSION VIEJO CA 92692 |
| CREDITOR ID: 406236-G4<br>NASSAU CANDY COMPANY<br>1701 BLOUNT ROAD<br>POMPANO BEACH FL 33069 | CREDITOR ID: 256917-12<br>NASSAU CANDY SOUTH<br>1701 A BLOUNT RD<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 256918-12<br>NASSAU COUNTY RECORD<br>PO BOX 609<br>CALLAHAN, FL 32011-0609 |
| CREDITOR ID: 256919-12<br>NASSAU COUNTY SCU<br>PO BOX 15328<br>ALBANY, NY 12212-5328 | CREDITOR ID: 268042-31<br>NASSAU COUNTY SOLID WASTE<br>ATTN: LEETICTT PICKETT<br>46026 LANDFILL RD<br>CALLAHAN FL 32011-6502 | CREDITOR ID: 381949-50<br>NASSAU MARKET CO., LTD<br>NASSAU,<br>BAHAMAS |
| CREDITOR ID: 387360-54<br>NASTASIO, PAUL G<br>1927 GREENLAWN DRIVE<br>ENGLEWOOD, FL 34223 | CREDITOR ID: 256921-12<br>NATALIE DONNENFELSER<br>59216 AMBER STREET REAR<br>SLIDELL LA 70461 | CREDITOR ID: 256922-12<br>NATALIE E ANDERSON<br>2538 ARBORWOOD DRIVE<br>VALRICO FL 33594 |
| CREDITOR ID: 256923-12<br>NATALIE J HILL<br>300 ALICE AVENUE<br>GREENVILLE SC 29611 | CREDITOR ID: 256924-12<br>NATALIE L NATEGHI<br>536 DIVINE CR<br>ORLANDO FL 32828 | CREDITOR ID: 256925-12<br>NATASHA R DEMPSEY<br>1561 WEST PARK ROAD<br>WILLIAMSTON NC 27892 |
| CREDITOR ID: 648-03<br>NATCHEZ TRACE ELEC POWER ASSN.<br>551 EAST MADISON STREET<br>BOX 609<br>HOUSTON MS 38851 | CREDITOR ID: 397801-75<br>NATCHEZ TRACE ELECTRIC POWER ASSOCIATION<br>PO BOX 609<br>HOUSTON, MS 38851 | CREDITOR ID: 268043-31<br>NATCHEZ-ADAMS COUNTY DEV AUTH<br>ATTN: MICHEAL FERDINAND<br>211 MAIN ST STE B<br>NATCHEZ MS 39120-3459 |
| CREDITOR ID: 268044-14<br>NATCHITOCHES TAX COMMISSION<br>ATTN: MC WHERTHER JERRY<br>313 2ND ST<br>NATCHITOCHES LA 71457-4305 | CREDITOR ID: 399690-YY<br>NATCO INC FKA HOBART SALES & SVCE<br>ATTN BELLA NATALICCHIO<br>PO BOX 4607<br>WILMINGTON NC 28406 | CREDITOR ID: 399615-37<br>NATCON, INC.<br>ASSIGNEE OF BEN GRANTHAM<br>ATTN: IVAN H. NATHAN, PRESIDENT<br>1614 NORWICH STREET<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 387028-54<br>NATERA, ALVARO A<br>1331 NE 39TH LANE<br>OCALA FL 34479 | CREDITOR ID: 256930-12<br>NATHAN A DRAKE<br>16179 FULLINGTON ROAD<br>BROOKSVILLE FL 34601 | CREDITOR ID: 256932-12<br>NATHAN B SMITH<br>2276 OLD RED STAR DR NW<br>BROOHAVEN MS 39601 |
| CREDITOR ID: 256933-12<br>NATHAN NOBLE<br>3700 SW 27TH STREET<br>APT G103<br>GAINESVILLE FL 32608 | CREDITOR ID: 256934-12<br>NATHAN R BROWNING<br>1045 FT BRAMLETT<br>NICHOLASVILLE KY 40356 | CREDITOR ID: 256935-12<br>NATHAN SEGALL COMPANY<br>1667 FEDERAL DR UNIT 12<br>MONTGOMERY AL 36107 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 256936-12
NATHAN WATSON
1755 N MIRO STREET
NEW ORLEANS, LA 70119

CREDITOR ID: 405239-95
NATHAN WATSON
3002 JEAN LAFITTE PARKWAY
CHALMETTE LA 70043

CREDITOR ID: 256937-12
NATHANAEL MEDICAL CENTER
1435 WEST MAIN STREET
DOTHAN, AL 36301

CREDITOR ID: 405240-95
NATHANAEL MEDICAL CENTER
PO BOX 8307
DOTHAN AL 36304-8307

CREDITOR ID: 256938-12
NATHANIEL MARSHALL
212 1/2 NAQUIN STREET
HOUMA LA 70360

CREDITOR ID: 256940-12
NATHANIEL T SWINTON
4769 INDEPENDENT AVENUE
CHARLESTON SC 29405

CREDITOR ID: 394281-56
NATHANIEL, PRENTIS
420 ROCKAWAY CREEK RD, APT 403
ATMORE, AL 36502

CREDITOR ID: 256942-12
NATILSHA SPENCER
614 WILHAM STREET
TAMPA FL 33619

CREDITOR ID: 256943-12
NATIONAL ACCOUNT SERVICE CO
PO BOX 2988
JACKSONVILLE FL 32232

CREDITOR ID: 256944-12
NATIONAL AIR FILTERS INC
1109 NEW HOPE ROAD
RALEIGH, NC 27610

CREDITOR ID: 268045-14
NATIONAL ASSOCIATES INC
ATTN: HERB HERVET
25 HEDGESTONE WAY W
MOBILE AL 36608-4446

CREDITOR ID: 256947-12
NATIONAL ASSOCIATION OF
SPELMAN COLLEGE
COLUMBUS CHAPTER
PO BOX 8345
COLUMBUS OH 43201

CREDITOR ID: 382845-51
NATIONAL ASSOCIATION OF
STOCK PLAN PROFESSIONALS
PO BOX 21639
CONCORD, CA 94521-0639

CREDITOR ID: 256945-12
NATIONAL ASSOCIATION OF AMATEUR
BALL PLAYERS
2525 LEWIS STREET
JACKSONVILLE FL 32204

CREDITOR ID: 376351-44
NATIONAL ASSOCIATION OF SPELMAN COLLEGE
COLUMBUS CHAPTER
PO BOX 8345
COLUMBUS, OH 31908

CREDITOR ID: 268046-31
NATIONAL AUDUBON SOCIETY INC
ATTN: SUSAN FORTUNOW
444 BRICKELL AVE STE 850
MIAMI FL 33131-2407

CREDITOR ID: 278093-23
NATIONAL BANK OF WALTON
ATTN: BOOKKEEPER
PO BOX 728
MONROE GA 30655

CREDITOR ID: 256948-12
NATIONAL BEEF PACKING COMPANY
PO BOX 87-4875
KANSAS CITY, MO 64187-4875

CREDITOR ID: 256949-12
NATIONAL BULK FOOD DISTRIBUTORS
PO BOX 633394
CINCINNATI OH 45263-3394

CREDITOR ID: 256950-12
NATIONAL BUSINESS FURNITURE
1819 PEACHTREE RD NE
ATLANTA GA 30309

CREDITOR ID: 256951-12
NATIONAL BUSINESS PROMOTIONS INC
19 COLVIN AVENUE
ALBANY NY 12206-1202

CREDITOR ID: 256952-12
NATIONAL BUSINESS SYSTEMS
PO BOX 55660
TRENTON NJ 08638

CREDITOR ID: 256953-12
NATIONAL CAR RENTAL
4520 HWY 80 WEST
MONTGOMERY AL 36108

CREDITOR ID: 256954-12
NATIONAL CHOICE BAKERY
130 HARDMAN AVENUE SOUTH
SOUTH ST PAUL, MN 55075

CREDITOR ID: 384254-47
NATIONAL CITY BANK
ANALYSIS ACCOUNTS RECEIVABLES
PO BOX 951610
CLEVELAND, OH 44193-0001

CREDITOR ID: 278762-28
NATIONAL CITY BANK OF MI/IL
GENERAL COUNSEL
108 E. MICHIGAN AVENUE
KALAMAZOO, MI 49007-3966

CREDITOR ID: 397150-67
NATIONAL COMMERCE BANK
ONE COMMERCE SQUARE
MEMPHIS, TN 38150

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256955-12<br>NATIONAL COOLER<br>FILE 57556<br>LOS ANGELES CA 90074-7556 | CREDITOR ID: 256956-12<br>NATIONAL CORVETTE RESTORATION SOCTY<br>PO BOX 915739<br>LONGWOOD FL 32791-5739 | CREDITOR ID: 256957-12<br>NATIONAL CRIME PREVENTION COUNCIL<br>SPECIAL PRODUCTS OFFICE<br>PO BOX 229<br>AMSTERDAM NY 12010 |
| CREDITOR ID: 403338-83<br>NATIONAL DEPO<br>PO BOX 404743<br>ATLANTA GA 30394-4743 | CREDITOR ID: 256958-12<br>NATIONAL DIAGNOSTICS INC<br>6407 IDLEWILD ROAD, SUITE 211<br>CHARLOTTE, NC 28212 | CREDITOR ID: 384255-47<br>NATIONAL DIAGNOSTICS INC<br>PO BOX 690580<br>CHARLOTTE, NC 28227-7010 |
| CREDITOR ID: 256959-12<br>NATIONAL DIST<br>1105 ALBANY COURT<br>ALBANY, GA 31707 | CREDITOR ID: 384257-47<br>NATIONAL DISTRIBUTING<br>PO BOX 40709<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 384256-47<br>NATIONAL DISTRIBUTING<br>PO BOX 24598<br>TAMPA, FL 33614-4598 |
| CREDITOR ID: 256961-12<br>NATIONAL DISTRIBUTING CO<br>PO BOX 4099<br>DEERFIELD BEACH, FL 33442 | CREDITOR ID: 384258-47<br>NATIONAL DISTRIBUTING CO<br>PO BOX 44127<br>ATLANTA, GA 30336 | CREDITOR ID: 279383-36<br>NATIONAL DISTRIBUTING CO INC.<br>C/O ALSTON & BIRD LLP<br>ATTN: DENNIS J CONNOLLY<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE ST<br>ATLANTA  GA 30309-3424 |
| CREDITOR ID: 384259-47<br>NATIONAL DISTRIBUTOR<br>1009 AIRPORT BLVD<br>COLUMBIA, SC 29205 | CREDITOR ID: 268047-31<br>NATIONAL ECONOMIC OPPORTUNITY FUND<br>ATTN: JAMES F MINGEY<br>802 WALKER AVE<br>MEMPHIS TN 38126-6511 | CREDITOR ID: 256962-12<br>NATIONAL ECONOMIC RESEARCH ASSOCS<br>PO BOX 29677<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-9677 |
| CREDITOR ID: 404040-15<br>NATIONAL ECONOMIC RESEARCH ASSOCS<br>ATTN DAVID BUCCO, CFO<br>50 MAIN STREET<br>WHITE PLAINS NY 10606 | CREDITOR ID: 256963-12<br>NATIONAL EMPLOYMENT LAW INSTITUTE<br>1601 EMERSON STREET<br>DENVER CO 80218 | CREDITOR ID: 256964-12<br>NATIONAL ENVELOPE CORPORATION<br>PO BOX 9171<br>UNIONDALE, NY 11555-9171 |
| CREDITOR ID: 256965-12<br>NATIONAL ENVIROMENTAL HEALTH<br>720 S COLORADO BLVD, SUITE 970-S<br>DENVER, CO 80246 | CREDITOR ID: 405242-95<br>NATIONAL ENVIROMENTAL HEALTH<br>720 SOUTH COLORADO BOULEVARD<br>SOUTH TOWER # 970<br>DENVER CO 80246-1925 | CREDITOR ID: 268048-31<br>NATIONAL ENVIRONMENTAL SATELLI<br>ATTN: DR KRISTINA KATSAROS<br>4301 RICKENBACKER CSWY<br>MIAMI FL 33149-1026 |
| CREDITOR ID: 256966-12<br>NATIONAL FARMERS UNION LIFE<br>C/O CLARK CONSULTING<br>2121 SAN JACINTO STREET<br>SUITE 2200<br>DALLAS TX 75201 | CREDITOR ID: 256967-12<br>NATIONAL FINANCE CENTER<br>US DEPT OF AGRICULTURE<br>FRESH F & V BRANCH PO BOX 70796<br>CHICAGO IL 60673-0796 | CREDITOR ID: 376360-44<br>NATIONAL FIRE SAFETY COUNCIL<br>225 PRAIRIE AVENUE<br>NEW IBERIA, LA 70560 |
| CREDITOR ID: 256969-12<br>NATIONAL FIRE SAFETY COUNCIL<br>PO BOX 1712<br>CROWLEY, LA 70527-1712 | CREDITOR ID: 256968-12<br>NATIONAL FIRE SAFETY COUNCIL<br>214 EAST PARK AVENUE<br>CHIEFLAND FL 32626 | CREDITOR ID: 405933-99<br>NATIONAL FISH & SEAFOOD INC<br>C/O CHOATE HALL & STEWART<br>ATTN: JOHN  VENTOLA/WILLIAM MAHON<br>EXCHANGE PLACE, 53 STATE ST<br>BOSTON MA 02109 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256971-12<br>NATIONAL FISH & SEAFOOD LTD 2<br>PO BOX 11159<br>BOSTON, MA 02211 | CREDITOR ID: 256970-12<br>NATIONAL FISH & SEAFOOD, LTD<br>C/O ERCOLINI & CO, LLP<br>ATTN MICHAEL BRUNO<br>55 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 256970-12<br>NATIONAL FISH & SEAFOOD, LTD<br>C/O CHOATE, HALL & STEWART, LLP<br>ATTN WILLIAM S MCMAHON, ESQ<br>EXCHANGE PLACE<br>53 STATE STREET<br>BOSTON MA 02109-2804 |
| CREDITOR ID: 256972-12<br>NATIONAL FISHERIES INSTIUTE<br>PO BOX 75511<br>BALTIMORE MD 21275-5511 | CREDITOR ID: 256973-12<br>NATIONAL FLAG & DISPLAY CO INC<br>3827 N ANDREWS AVE<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 256974-12<br>NATIONAL FLOOR CARE INC<br>781 S MIDLOTHIAN ROAD<br>SUITE 109<br>MUNDELEIN IL 60060 |
| CREDITOR ID: 256975-12<br>NATIONAL FLUID MILK PROCESSOR<br>EDUCATION AND PROMOTION BOARD<br>PO BOX 277905<br>ATLANTA, GA 30384-7905 | CREDITOR ID: 407573-15<br>NATIONAL FLUID MILK PROCESSOR<br>PROMOTION BOARD<br>ATTN JOHN R MENGEL, DEPUTY ADMIN<br>7475 WISCONSIN AVENUE SUITE 600<br>BETHESDA MD 20814 | CREDITOR ID: 256976-12<br>NATIONAL FOOD CORP<br>PO BOX 526303<br>MIAMI, FL 33152-6303 |
| CREDITOR ID: 256977-12<br>NATIONAL FOOD GOLD COAST LLC<br>2520 SW 3RD AVENUE<br>FT LAUDERDALE, FL 33315 | CREDITOR ID: 256978-12<br>NATIONAL FREIGHT INC<br>PO BOX 12852<br>PHILADELPHIA, PA 19101-0852 | CREDITOR ID: 405243-95<br>NATIONAL FREIGHT INC<br>PO BOX 11679 - DEPT 591<br>NEWARK NJ 07101 |
| CREDITOR ID: 256980-12<br>NATIONAL FRUIT PRODUCTS<br>PO BOX 3172<br>WINCHESTER, VA 22604 | CREDITOR ID: 405244-95<br>NATIONAL FRUIT PRODUCTS<br>PO BOX 2040<br>WINCHESTER VA 22604-1240 | CREDITOR ID: 405245-95<br>NATIONAL HEALTH INFORMATION NETWORK<br>101 JIM WRIGHT FREEWAY SOUTH<br>STE 200<br>FT WORTH TX 76108 |
| CREDITOR ID: 403529-93<br>NATIONAL IMAGING SYSTEMS INC<br>14504 FRIAR STREET<br>VAN NUYS CA 32541 | CREDITOR ID: 256982-12<br>NATIONAL IN STORE MARKETING LLC<br>LOCKBOX 771760<br>1760 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1007 | CREDITOR ID: 256983-12<br>NATIONAL INSULATION CONTRACTORS INC<br>PO BOX 299<br>MORRIS, AL 35116 |
| CREDITOR ID: 256984-12<br>NATIONAL LIFT TRUCK SERVICE<br>1901 N W 2ND ST<br>FT LAUDERDALE, FL 33311 | CREDITOR ID: 256985-12<br>NATIONAL LIGHTING SOURCE INC<br>PO BOX 39768<br>BIRMINGHAM, AL 35208 | CREDITOR ID: 256986-12<br>NATIONAL LINEN SERVICE<br>PO BOX 7087<br>NEW ORLEANS, LA 70186-7087 |
| CREDITOR ID: 256987-12<br>NATIONAL MEDICAL RESOURCES<br>2700 W CYPRESS CREEK ROAD<br>SUITE D 128<br>FT LAUDERDALE FL 33309 | CREDITOR ID: 256988-12<br>NATIONAL MOTOR FREIGHT TRAFFIC ASSO<br>2200 MILL RD<br>ALEXANDRIA VA 22314-4687 | CREDITOR ID: 256989-12<br>NATIONAL NEWS DIST<br>2940 4TH AVE SOUTH<br>BIRMINGHAM, AL 35233 |
| CREDITOR ID: 268049-31<br>NATIONAL OCEAN SERVICE<br>ATTN: LT CMD PAUL MOEN<br>MILE MARKER 100 US 1<br>KEY LARGO FL 33037 | CREDITOR ID: 268050-31<br>NATIONAL OCNIC ATMOSPHERIC ADM<br>ATTN: MARGARET DAVIDSON<br>2234 S HOBSON AVE<br>CHARLESTON SC 29405-2413 | CREDITOR ID: 268051-31<br>NATIONAL PARK SERVICE<br>ATTN: RICH FOSTER<br>2700 N GEORGE MASON DR<br>ARLINGTON VA 22207-1749 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256990-12<br>NATIONAL PEN CORPORATION<br>PO BOX 305161<br>NASHVILLE TN 37230-5161 | CREDITOR ID: 384260-47<br>NATIONAL PLANT SHIPPERS<br>PO BOX 25275<br>TAMPA, FL 33622 | CREDITOR ID: 382884-51<br>NATIONAL PRESCRIPTION ADMIN.<br>PO BOX 1981<br>EAST HANOVER, NJ 07936 |
| CREDITOR ID: 256992-12<br>NATIONAL RAISIN CO<br>PO BOX 219<br>FOWLER, CA 93625 | CREDITOR ID: 256993-12<br>NATIONAL REGISTRY OF<br>ENVIRONMENTAL PROFESSIONALS<br>PO BOX 2099<br>GLENVIEW IL 60025 | CREDITOR ID: 256994-12<br>NATIONAL REGISTRY OF FOOD<br>SAFETY PROFESSIONALS<br>PO BOX 850001<br>ORLANDO, FL 32885-0341 |
| CREDITOR ID: 256996-12<br>NATIONAL SALES SERVICES INC<br>PO BOX 088992<br>CHICAGO, IL 60695-1992 | CREDITOR ID: 407534-15<br>NATIONAL SALES SERVICES, INC.<br>D/B/A NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE INC<br>ATTN NANCY WYNNE ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | CREDITOR ID: 256997-12<br>NATIONAL SERVICE CENTER<br>PO BOX 60528<br>CHARLOTTE, NC 28260-0528 |
| CREDITOR ID: 256998-12<br>NATIONAL SPORTS PROMOTION NETWORK<br>835 EAST LAMAR BLVD #252<br>ARLINGTON TX 76011 | CREDITOR ID: 256999-12<br>NATIONAL STARCH<br>PO BOX 65825<br>CHARLOTTE, NC 28265 | CREDITOR ID: 257000-12<br>NATIONAL TANK MONITOR INC<br>582 HWY 365 SOUTH<br>STE F<br>MAYFLOWER AR 72106 |
| CREDITOR ID: 257001-12<br>NATIONAL TESTING LABORATORIES LTD<br>6555 WILSON MILLS ROAD<br>SUITE 102<br>CLEVELAND OH 44143 | CREDITOR ID: 257002-12<br>NATIONAL TIRE & TRUCK REPAIR<br>PO BOX 1621<br>COCOA FL 32923 | CREDITOR ID: 382053-36<br>NATIONAL TOBACCO<br>EDWARD L HICKERSON<br>3029 MULHAMMAD ALI BLVD<br>PO BOX 32980<br>LOUISVILLE KY 40232-2980 |
| CREDITOR ID: 257003-12<br>NATIONAL TOBACCO CO LP<br>2450 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 405246-95<br>NATIONAL TOBACCO CO. L.P<br>135 S LASALLE DEPT #2450<br>CHICAGO IL 60674-2450 | CREDITOR ID: 257004-12<br>NATIONAL TOOL SUPPLY INC<br>5725 WEST HALLANDALE BEACH BLVD<br>HOLLYWOOD, FL 33023 |
| CREDITOR ID: 257005-12<br>NATIONAL TRUCK PARTS OF FLORIDA<br>3061 NW 75TH AVENUE<br>CC TRUCK PARTS COMPANY<br>MIAMI FL 33122 | CREDITOR ID: 268052-31<br>NATIONAL WATERSHED COALITION<br>ATTN: DAN LAWRENCE<br>9304 LUNDY CT<br>BURKE VA 22015-3431 | CREDITOR ID: 382849-51<br>NATIONAL WELDERS<br>2704 UWHARRIE ROAD<br>HIGH POINT, NC 27263 |
| CREDITOR ID: 257006-12<br>NATIONAL WELDERS SUPPLY CO INC<br>PO BOX  34513<br>CHARLOTTE, NC 28234 | CREDITOR ID: 257007-12<br>NATIONAL WESTERN INSURANCE CO<br>ATTN MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 1629-07<br>NATIONAL WESTERN INSURANCE COMPANY<br>ATTN: MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 |
| CREDITOR ID: 1630-07<br>NATIONAL WESTERN LIFE INSURANCE<br>ATTN MTG LOAN DEPT FOR STORE #<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 257008-12<br>NATIONAL WESTERN LIFE INSURANCE CO<br>850 EAST ANDERSON LANE<br>ATTN MTG LOAN DEPT FOR STORE # 1409<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 257009-12<br>NATIONMARK INC<br>2963 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405247-95<br>NATIONMARK INC<br>135 SOUTH LASALLE<br>DEPT 2963<br>CHICAGO IL 60674-2963 | CREDITOR ID: 257010-12<br>NATIONSBANK NA<br>C/O DYE LAW FIRM PA<br>PO BOX 4148<br>TALLAHASSEE, FL 32315 | CREDITOR ID: 257011-12<br>NATIONWIDE<br>7065 RELIABLE PARKWAY<br>CHICAGO, IL 60686 |
| CREDITOR ID: 257012-12<br>NATIONWIDE CREDIT INC<br>GARNISHMENT DEPT<br>2015 VAUGHN ROAD<br>BLDG 400<br>KENNESAW GA 30144 | CREDITOR ID: 257013-12<br>NATIONWIDE EXHIBIT SERVICE INC<br>PO BOX 67<br>MELBOURNE FL 32902 | CREDITOR ID: 257014-12<br>NATIONWIDE EXPRESS DISTRIBUTION<br>20 KOSCIUSKO STREET<br>BROOKLYN NY 11205 |
| CREDITOR ID: 257015-12<br>NATIONWIDE SIGN LIGHTING & PAINTING<br>2916 OLD RAILROAD BED RD<br>HARVEST AL 35749-8324 | CREDITOR ID: 257016-12<br>NATIONWIDE TRANSPORT FINANCE<br>PO BOX 81860<br>LAS VEGAS NV 89180-1860 | CREDITOR ID: 257017-12<br>NATIONWIDE WINDOW CLEANING CO INC<br>ATTN IRWIN JACOBS, VP<br>PO BOX 19714<br>ATLANTA, GA 30325 |
| CREDITOR ID: 257018-12<br>NATIVA FOODS<br>950 WEST ELLIOT RD STE 112<br>TEMPE, AZ 85284 | CREDITOR ID: 405248-95<br>NATIVA FOODS<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVENUE<br>SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 399390-99<br>NAT'L ASBESTOS WORKERS PENSION FUND<br>C/O GENOVESE JOBLOVE & BATTISTA PA<br>ATTN: CRAIG P RIEDERS, ESQ<br>BANK OF AMERICA TOWER<br>100 SOUTHEAST SECOND ST, 36TH FL<br>MIAMI FL 33131 |
| CREDITOR ID: 268053-31<br>NATURAL AREA MGMT PK/REC MIAMI<br>ATTN: JOE MAGUIRE<br>22200 SW 137TH AVE<br>MIAMI FL 33170-4312 | CREDITOR ID: 257019-12<br>NATURAL FRUIT CORP<br>770 WEST 20TH STREET<br>HIALEAH FL 33010 | CREDITOR ID: 257020-12<br>NATURAL GAS CO OF VA<br>219 W BROAD STREET<br>RICHMOND, VA 23220-4259 |
| CREDITOR ID: 257021-12<br>NATURAL POLYMER INTERNATIONAL<br>1111 JUPITER ROAD<br>100 B<br>PLANO, TX 75074 | CREDITOR ID: 268060-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: WILLIAM H MCLEMORE<br>19 MARTIN LUTHER KING JR DR SW<br>ATLANTA GA 30334-9004 | CREDITOR ID: 268059-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: RONALD MATHIER<br>4244 INTL PKWY STE 120<br>ATLANTA GA 30354 |
| CREDITOR ID: 268058-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: ROBERT KERR<br>7 MARTIN LUTHER KING JR D<br>ATLANTA GA 30334 | CREDITOR ID: 268057-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: MILTON JOHNSON<br>4244 INTL PKWY STE 110<br>ATLANTA GA 30354 | CREDITOR ID: 268056-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: LAMAR PARK<br>1000 ATKINSON BLVD W<br>WILLACOOCHEE GA 31650-9627 |
| CREDITOR ID: 268055-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: KEN SHEPARD<br>2024 NEWTON RD<br>ALBANY GA 31701-3520 | CREDITOR ID: 268054-31<br>NATURAL RESOURCES GEORGIA DEPT<br>ATTN: ALAN HALLUM<br>4220 INTL PKWY STE 101<br>ATLANTA GA 30354 | CREDITOR ID: 268065-31<br>NATURAL RESOURCES LA DEPT<br>ATTN: RICHARD HUDSON<br>825 KALISTE SALOOM RD<br>LAFAYETTE LA 70508-4284 |
| CREDITOR ID: 268064-31<br>NATURAL RESOURCES LA DEPT<br>ATTN: JOSEPH DE VALL<br>1525 FAIRFIELD AVE<br>SHREVEPORT LA 71101-4300 | CREDITOR ID: 268063-31<br>NATURAL RESOURCES LA DEPT<br>ATTN: JACK CALDWELL<br>617 N 3RD ST<br>BATON ROUGE LA 70802-5428 | CREDITOR ID: 268062-31<br>NATURAL RESOURCES LA DEPT<br>ATTN: HERMAN FREEMAN<br>1400 BROOKLYN ST<br>NEW ORLEANS LA 70114-5800 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 268061-31
NATURAL RESOURCES LA DEPT
ATTN: BILL GOOD
617 N 3RD ST
BATON ROUGE LA 70802-5428

CREDITOR ID: 268066-31
NATURAL RESOURCES LA DEPT
ATTN: ROLAND BRAUX
3137 HIGHWAY 70
MORGAN CITY LA 70380-8027

CREDITOR ID: 268071-31
NATURAL RESOURCES SC DEPT
ATTN: KENNETH ROBERTSON
261 GOODALE RD
CHESTERFIELD SC 29709-9385

CREDITOR ID: 268070-31
NATURAL RESOURCES SC DEPT
ATTN: FREDDY BANG
2221 DEVINE ST STE 222
COLUMBIA SC 29205-2418

CREDITOR ID: 268069-31
NATURAL RESOURCES SC DEPT
ATTN: DRROGER STROUP
1430 SENATE ST
COLUMBIA SC 29201-3710

CREDITOR ID: 268068-31
NATURAL RESOURCES SC DEPT
ATTN: ALFRED VANG
1201 MAIN ST # 1100
COLUMBIA SC 29201-3200

CREDITOR ID: 268067-31
NATURAL RESOURCES SC DEPT
ATTN: AL STOKES
211 SAWMILL CREEK RD
BLUFFTON SC 29910-6301

CREDITOR ID: 268072-31
NATURAL RSRCES CNSERVATION SVC
ATTN: DEL R BRAZIEL
414 COUNTY FARM RD RM 1
ASHBURN GA 31714-3462

CREDITOR ID: 257022-12
NATURAL SELECTIN FOODS
DEPT 05945  PO BOX 39000
SAN FRANCISCO, CA 9413005945

CREDITOR ID: 257023-12
NATURAL WHITE INC
PO BOX 2718
BUFFALO, NY 14240-2718

CREDITOR ID: 405249-95
NATURAL WHITE INC
P O BOX 92014
ROCHESTER NY 14692

CREDITOR ID: 405250-95
NATURALLY FRESH
1000 NATURALLY FRESH BLVD
ATLANTA GA 30349-2909

CREDITOR ID: 278931-30
NATURALLY FRESH
LOCKBOX 945913
ATLANTA, GA 30394-5913

CREDITOR ID: 315707-36
NATURALLY FRESH
C/O ROBERT C DOTSON
1000 NATURALLY FRESH BLVD
ATLANTA GA 30349

CREDITOR ID: 279250-35
NATURALLY FRESH INC
ATTN: ROBERT C DOTSON
1000 NATURALLY FRESH BLVD
ATLANTA GA 30349

CREDITOR ID: 257025-12
NATURE'S BOUNTY INC
PO BOX 9010
RONKONKOMA, NY 11779-9010

CREDITOR ID: 405251-95
NATURE'S BOUNTY INC
ATTN VALERIE KEIRSTEAD US NUTRITION
2100 SMITHTOWN AVENUE
RONKONKOMA NY 11779

CREDITOR ID: 382054-36
NATURE'S CURE
GENE BAKER
5560 GOLDEN GATE AVE
OAKLAND CA 94618

CREDITOR ID: 257026-12
NATURE'S CURE INC
5560 GOLDEN GATE AVE
OAKLAND, CA 94618

CREDITOR ID: 257027-12
NATURES EARTH PRODUCTS
2200 NORTH FLORIDA MANGO RD
SECOND FLOOR
WEST PALM BEACH, FL 33409

CREDITOR ID: 278932-30
NATURES FLOWERS
PO BOX  522498
MIAMI, FL 33152-2498

CREDITOR ID: 269315-16
NATURE'S PATH FOODS, INC.
9100 VAN HORNE WAY
RICHMOND, BC V6X 1W3
CANADA

CREDITOR ID: 257029-12
NATURES PLEASURES LLC
PO BOX 190
WOLCOTT NY 14590

CREDITOR ID: 257030-12
NATURIZE BIOSCIENCES INC
11737 CENTRAL PARKWAY
SUITE A
JACKSONVILLE FL 32224

CREDITOR ID: 269316-16
NATUROPATHIC LABORATORIES INTERN
ONE LINDEN PLACE
SUITE 205
GREAT NECK, NY 11021

CREDITOR ID: 257031-12
NAVAJO MANUFACTURING CO
5330 FOX STREET
DENVER, CO 80216-1630

CREDITOR ID: 399905-84
NAVARO, MIRIAN
4380 NW 10TH STREET
APT 30
MIAMI FL 33126

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257032-12<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 405252-95<br>NAVARRE SQUARE<br>JAMES W RUTLAND III<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 389384-54<br>NAVARRETE, FAY<br>2264 BONNIE CT<br>MARIETTA GA 30062 |
| CREDITOR ID: 394211-56<br>NAVARRO, MARIA<br>9359 103  ST #128<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 400395-85<br>NAVARRO, MARIA<br>C/O LESLIE SCOTT JEAN-BART<br>FARAH, FARAH, & ABBOTT, P.A.<br>1845 UNIVERSITY BLVD N<br>JACKSONVILLE FL 32211 | CREDITOR ID: 387142-54<br>NAVAS, LETICIA<br>12135 SW 183RD STREET<br>MIAMI, FL 33177 |
| CREDITOR ID: 391727-55<br>NAVAS, LETICIA<br>C/O: ALEXANDER  M. WEINBERG<br>ALEXANDER M. WEINGERG, P.A.<br>9130 S DADELAND BLVD<br>SUITE 1609<br>MIAMI FL 33156 | CREDITOR ID: 257033-12<br>NAVY WIVES CLUB OF AMERICA<br>PO BOX 105<br>JACKSONVILLE FL 32212 | CREDITOR ID: 387227-54<br>NAWROCKI, ROMAN<br>265 NORTH BLVD.<br>SAINT AUGUSTINE, FL 32084 |
| CREDITOR ID: 391815-55<br>NAWROCKI, ROMAN<br>C/O: ELLIS W. PEETLUK, ESQUIRE<br>FARAH, FARAH & ABBOTT, P. A.<br>1301 PLANTATION DR.<br>SUITE 206A<br>ST. AUGUSTINE FL 32080 | CREDITOR ID: 407025-MS<br>NAYLOR, EDGAR<br>229 ALBANIA<br>LULING LA 70070 | CREDITOR ID: 256837-12<br>NB EMORY ROOFING INC<br>PO BOX 77532<br>GREENSBORO NC 27417-7532 |
| CREDITOR ID: 257034-12<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1632-07<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 257035-12<br>NC CHILD SUPPORT CENTRALIZED<br>COLLECTIONS<br>PO BOX 90000012<br>RALEIGH, NC 27675-0577 |
| CREDITOR ID: 257036-12<br>NC DECA<br>301 N WILMINGTON ST<br>RALEIGH NC 27601-2825 | CREDITOR ID: 240594-06<br>NC DENR - UST<br>1616 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1646 | CREDITOR ID: 257038-12<br>NC DEPARTMENT OF REVENUE<br>PO BOX 27431<br>RALEIGH NC 27611-7431 |
| CREDITOR ID: 257040-12<br>NC DEPT OF LABOR<br>BUDGET MGMT DIV<br>1101 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1101 | CREDITOR ID: 257042-12<br>NC DEPT OF REVENUE<br>STATION SQUARE<br>SUITE 239<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 257041-12<br>NC DEPT OF REVENUE<br>500 W TRADE ST   SUITE 446<br>CHARLOTTE, NC 28202 |
| CREDITOR ID: 257043-12<br>NC DISTRICT WEST CIVITAN<br>PO BOX 995<br>ROCKINGHAM, NC 28379-0995 | CREDITOR ID: 268073-31<br>NC DIV OF VOC REHAB SERV<br>ATTN: DARYL CULPEPPER<br>401 S GRIFFIN ST STE 100<br>ELIZABETH CITY NC 27909-4696 | CREDITOR ID: 257045-12<br>NC DIVISION OF MOTOR VEHICLES<br>FISCAL SECTION<br>PO BOX 29615<br>RALEIGH, NC 27626-0615 |
| CREDITOR ID: 257044-12<br>NC DIVISION OF MOTOR VEHICLES<br>1100 NEW BERN AVENUE<br>RALEIGH NC 27697-0001 | CREDITOR ID: 257046-12<br>NC INSTITUTE FOR PUBLIC HEALTH<br>UNC CH SCHOOL OF PUBLIC HEALTH<br>CAMPUS BOX 8165<br>NC STATE COURIER 17-61-04<br>CHAPEL HILL, NC 27599-8165 | CREDITOR ID: 382885-51<br>NC STATE EMPLOYEE/TEACHERS<br>PO BOX 30111<br>DURHAM, NC 27702 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269317-16<br>NC VENTURE I, LP<br>C/O RICHARD B. STORFER<br>TESCHER, LIPPMAN & VALINSKY<br>100 NORTHEAST 3RD AVENUE<br>SUITE 610<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 257048-12<br>NCDA DEPT FM<br>PO BOX 27647<br>RALEIGH, NC 27611 | CREDITOR ID: 257050-12<br>NCDA FOOD & DRUG PROTECTION<br>PO BOX 27647<br>RALEIGH NC 27611 |
| CREDITOR ID: 240598-06<br>NCDA FOOD & DRUG PROTECTION<br>1070 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1070 | CREDITOR ID: 257053-12<br>NCDA STRUCTURAL PEST CONTROL<br>1001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1001 | CREDITOR ID: 257054-12<br>NCDENR DIVISION OF WATER QUALITY<br>1617 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1617 |
| CREDITOR ID: 257055-12<br>NCDR<br>225 GREEN STREET STE 800<br>FAYETTEVILLE, NC 28301 | CREDITOR ID: 268074-31<br>NCG UTILITY DISTRICT<br>ATTN: PAUL CAMPBELL<br>2000 JOHNSON INDUSTRIAL B<br>NOLENSVILLE TN 37135 | CREDITOR ID: 257056-12<br>NCI NEWELL COMMUNICATION LLC<br>7800 WHITEPINE ROAD<br>RICHMOND, VA 23237 |
| CREDITOR ID: 257057-12<br>NCL GRAPHIC SPECIALTIES<br>DEPT #3928<br>PO BOX 2088<br>MILWAUKEE WI 53201-2088 | CREDITOR ID: 400524-88<br>NCNEIL, FREDDIE<br>C/O HENDRIK S. SNOW, ESQUIRE<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 381197-47<br>NCO FINACIAL SYSTEMS<br>PO BOX 41457<br>PHILIDELPHIA, PA 19101-1457 |
| CREDITOR ID: 257058-12<br>NCO FINANCIAL SYSTEMS<br>3850 N CAUSEWAY BLVD<br>3RD FLOOR<br>METAIRIE, LA 70002 | CREDITOR ID: 257061-12<br>NCO FINANCIAL SYSTEMS INC<br>PO BOX 1166<br>BUFFALO, NY 14240-1166 | CREDITOR ID: 257060-12<br>NCO FINANCIAL SYSTEMS INC<br>ATTN: WAGE WITHOLDING UNIT<br>PO BOX 4627<br>ENGLEWOOD, CO 80155 |
| CREDITOR ID: 257059-12<br>NCO FINANCIAL SYSTEMS INC<br>5990 OAKBROOK PKWY<br>SUITE A<br>NORCROSS GA 30093 | CREDITOR ID: 268075-31<br>NCODC<br>ATTN: ANGELA TERRY<br>1898 GOFF AVE<br>ORANGEBURG SC 29115-3068 | CREDITOR ID: 256840-12<br>NCR CORPORATION<br>PO BOX 75245<br>CHARLOTTE, NC 28275-5245 |
| CREDITOR ID: 257062-12<br>NCR CORPORATION<br>PO BOX 740162<br>CINCINNATI, OH 45274-0162 | CREDITOR ID: 407713-15<br>NCR CORPORATION<br>C/O HANGLEY ARONCHICK SEGAL & PUDIN<br>ATTN ASHELY M CHAN, ESQ<br>ONE LOGAN AVENUE, 27TH FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 407713-15<br>NCR CORPORATION<br>ATTN MARIBETH FREIBERGER SR ANALYST<br>1611 SOUTH MAIN STREET - SDC 3<br>DAYTON OH 45479-0001 |
| CREDITOR ID: 405893-99<br>NCR CORPORATION<br>C/O HANGLEY ARONCHICK ET AL<br>ATTN: ASHLEY M CHAN, ESQ<br>ONE LOGAN SQUARE, 27TH FL<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278763-28<br>NCR CORPORATION<br>GENERAL COUNSEL<br>1700 SOUTH PATERSON BLVD.<br>DAYTON, OH 45479 | CREDITOR ID: 279384-36<br>NCR CORPORATION<br>ROBERT WELTNER, ESQ.<br>EDWARD W. MAYER<br>1700 S. PATTERSON BLVD. SDC-3<br>DAYTON  OH 45479 |
| CREDITOR ID: 406237-G4<br>NCR CORPORATION<br>1700 SOUTH PATTERSON BLVD.<br>DAYTON OH 45479 | CREDITOR ID: 395459-64<br>NCR CREDIT<br>2910 GLENEAGLES POINTE<br>ALPHARETTA, GA 30005 | CREDITOR ID: 256841-12<br>NCRMA<br>PO BOX 176001<br>RALEIGH NC 27619 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 257063-12
NCS PEARSON
4484 COLLECTIONS CENTER DR
CHICAGO, IL 60693

CREDITOR ID: 268076-31
NCSU ENVIRONMENTAL HEALTH
ATTN: DAVID RAINER
1150 VARSITY DR
RALEIGH NC 27695-0001

CREDITOR ID: 384261-47
NDC ASSET MANAGEMENT
C/O TOWER CENTER ASSOCIATES
4415 FIFTH AVENUE
PITTSBURGH, PA 15213

CREDITOR ID: 257065-12
NDC DIST OF PENSACOLA
PO BOX 17168
PENSACOLA FL 32522

CREDITOR ID: 382107-51
NDC HEALTH
NDC PLAZA
ATLANTA, GA 30329-2010

CREDITOR ID: 381855-99
NDC REAL ESTATE MANGEMENT INC
C/O PEPPER HAMILTON LLP
ATTN: JAMES C CARIGNAN, ESQ
HERCULES PLAZA, STE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON DE 19899-1709

CREDITOR ID: 381855-99
NDC REAL ESTATE MANGEMENT INC
C/O PEPPER HAMILTON LLP
ATTN: LINDA J CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH & ARCH STREETS
PHILADELPHIA PA 19103-2799

CREDITOR ID: 257066-12
NDCHEALTH
PO BOX 403421
ATLANTA, GA 30384-3421

CREDITOR ID: 279188-29
NDCHEALTH CORPORATION
ATTN DUNCAN M HARLE & HA ROSENBERG
NDC PLAZA
ATLANTA GA 30329-2010

CREDITOR ID: 268077-31
NE ETOWAH WATER MAINTENCE SHOP
ATTN: DONALD HALE
4678 US HIGHWAY 411
GADSDEN AL 35901-9517

CREDITOR ID: 257067-12
NE FL OCCUP HEALTH  & WELLNESS
7764 NORMANDY BLVD
SUITE 24
JACKSONVILLE, FL 32221

CREDITOR ID: 257068-12
NE FL OCCUP HEALTH & WELLNESS
5600 SPRING PARK ROAD
JACKSONVILLE, FL 32216

CREDITOR ID: 279031-32
NEAL & HARWELL, PLC
ATTN: MARC T. MCNAMEE
150 FOURTH AVENUE, N. - STE. 2000
NASHVILLE TN 37219-2498

CREDITOR ID: 391766-55
NEAL, BETTIE MC
C/O: PETER D. COPELAND, ESQUIRE
PETER D. COPELAND, P.C.
P. O. BOX 448
CLARKSTON GA 30021

CREDITOR ID: 387180-54
NEAL, BETTIE MC
4825 KENILWORTH DR
STONE MOUNTAIN, GA 30083

CREDITOR ID: 390529-55
NEAL, HAROLD
AVOYELLEE CORRECTIONAL CNTR
1630 PRISON ROAD
COTTONPORT LA 71327

CREDITOR ID: 389595-54
NEAL, JOHN R
1137 ST ANN ST
JACKSON, MS 39202

CREDITOR ID: 387514-54
NEAL, NANCY
4454 WELOTA  STREET
JACKSON MS 39209

CREDITOR ID: 387870-54
NEAL, VIRGINIA
C/O TIMOTHY O'BRIEN
PO BOX 12308
PENSACOLA, FL 32581

CREDITOR ID: 257655-12
NEALY, OLIVER A
CLERK OF COURT
PO BOX 215
PICKENS, SC 29671-0215

CREDITOR ID: 257070-12
NEBRASKA BEEF LTD
PO BOX 3332
OMAHA, NE 68103-0332

CREDITOR ID: 279136-33
NEBRASKA BEEF LTD
C/O LAMSON DUGAN AND MURRAY LLP
10306 REGENCY PARKWAY DRIVE
OMAHA NE 68114-3743

CREDITOR ID: 405958-15
NEBRASKA BEEF, LTD
C/O LAMSON DUGAN & MURRAY, LLP
ATTN FRANK M SCHEPERS, ESQ
10306 REGENCY PARKWAY DRIVE
OMAHA NE 68137

CREDITOR ID: 405958-15
NEBRASKA BEEF, LTD
4501 S 36TH STREET
OMAHA NE 68107

CREDITOR ID: 257071-12
NEBRASKA CHILD SUPPORT PAYMENT CNTR
PO BOX 82890
LINCOLN NE 68501-2890

CREDITOR ID: 380980-47
NEBRASKA MEAT CORP
ATTN JERRY ROMANOFF, PRES
PO BOX 5749
HICKSVILLE, NY 11802

CREDITOR ID: 257072-12
NECCO
PO BOX 3040
BOSTON, MA 02241

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394227-56<br>NECKERAUER, JOHN<br>10894 WALSINGHAM<br>LARGO, FL 33778 | CREDITOR ID: 400406-85<br>NECKERAUER, JOHN<br>C/O MR. PUZZANGHERA<br>PUZZANGHERA LAW OFFICES<br>1234 9TH STREET NORTH<br>ST. PETERSBURG FL 33705 | CREDITOR ID: 254442-12<br>NED, LARRY<br>13854 RAMPART COURT<br>BATON ROUGE, LA 70810 |
| CREDITOR ID: 257073-12<br>NEDRA M GUYETTE<br>7211 ROSEWOOD DRIVE<br>BROKSVILLE FL 34601 | CREDITOR ID: 256191-12<br>NEELY, MICHAEL A<br>111 ESTHER DRIVE<br>COCOA BEACH FL 32931 | CREDITOR ID: 257074-12<br>NEESE SAUSAGE CO<br>1452 ALAMANCE CHURCH RD<br>GREENSBORO, NC 27406 |
| CREDITOR ID: 257075-12<br>NEFRETIRI JONES<br>519 AVENUE G<br>TALLADEGA AL 35160 | CREDITOR ID: 407026-MS<br>NEGLIA, MICHAEL<br>2696 COUNTRY CLUB BLVD<br>ORANGE PARK FL 32073 | CREDITOR ID: 389021-54<br>NEGRON, EDWIN<br>17416 INGRAM ROAD<br>FORT MYERS, FL 33912 |
| CREDITOR ID: 392922-55<br>NEGRON, EDWIN<br>C/O: CORY POLLACK<br>CORY JONATHAN POLLACK, P.A.<br>P.O. BOX 9266<br>FT. MYERS FL 33902 | CREDITOR ID: 387337-54<br>NEGRON, NORMA<br>19501 SW 97TH PLACE<br>MIAMI, FL 33157 | CREDITOR ID: 391913-55<br>NEGRON, NORMA<br>C/O: DAVID S MAGRAM P.A<br>DAVID S MAGRAM P.A.<br>801 N E 167TH ST<br>SECOND FLOOR<br>NORTH MIAMI FL 33162 |
| CREDITOR ID: 257076-12<br>NEHI BOTTLING CO<br>PO BOX 247<br>CLEVELAND, MS 38732 | CREDITOR ID: 257077-12<br>NEHI R C BOTTLING CO<br>PO BOX 778<br>SALISBURY, NC 28145-0778 | CREDITOR ID: 257078-12<br>NEHI ROYAL CROWN BOTTLING<br>PO BOX 1687<br>BOWLING GREEN, KY 42102 |
| CREDITOR ID: 257079-12<br>NEIGHBOR NEWSPAPER<br>PO BOX 449<br>MARIETTA GA 30061 | CREDITOR ID: 268078-31<br>NEIGHBORHOOD & ENVMT SVCS DEPT<br>ATTN: SHAWN HENNING<br>1190 W LEONARD ST<br>PENSACOLA FL 32501-1116 | CREDITOR ID: 268079-31<br>NEIGHBORHOOD REINVESTMENT CORP<br>ATTN: DONALD PHOENIX<br>600 W PEACHTREE ST NW<br>ATLANTA GA 30308-3607 |
| CREDITOR ID: 257080-12<br>NEIL C MOREAU<br>5720 HITCHING POST LANE<br>MONTGOMERY AL 36116 | CREDITOR ID: 257082-12<br>NEIL FLAXMAN & ASSOCIATES PA<br>550 BILTMORE WAY<br>SUITE 780<br>CORAL GABLES, FL 33134 | CREDITOR ID: 257083-12<br>NEIL K THOMAS<br>2721 DARLENE CR<br>BIRMINGHAM AL 35235 |
| CREDITOR ID: 257084-12<br>NEIL MELTON FOR RICHARD MELTON<br>2511 OLIVER BRANCH WAY<br>ORLANDO FL 32817 | CREDITOR ID: 257085-12<br>NEILL-LAVIELLE SUPPLY CO<br>PO BOX 631641<br>ACCOUNT #37960<br>CINCINNATI OH 45263-1641 | CREDITOR ID: 279097-32<br>NEIMAN GINSBURG & MAIRANZ PC<br>ATTN:  GARY GINSBURG, ESQ.<br>39 BROADWAY - 25TH FLOOR<br>NEW YORK NY 10006 |
| CREDITOR ID: 405253-95<br>NEJAMES TABOULE INC<br>1020 SUNSHINE LANE<br>UNIT #1103<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 407456-97<br>NEJAMES TABOULE INC<br>ATTN: CHRIS LEE, VP<br>830 RONALD REAGAN BLVD, STE 262<br>LONGWOOD FL 32750 | CREDITOR ID: 257086-12<br>NEJAMES TABOULE INC<br>ATTN: CHRIS LEE, VP<br>830 S COUNTY RD 427<br>LONGWOOD, FL 32750 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 257087-12
NEKEL B WEST
246 ARGUS CIRCLE
ATLANTA GA 30331

CREDITOR ID: 376379-44
NELCO PRODUCTS INC
ATTN LINDA GAGNON
22 RIVERSIDE DRIVE
PEMBROKE, MA 02359

CREDITOR ID: 257089-12
NELCO PRODUCTS INC
PO BOX 845983
BOSTON, MA 02284-5983

CREDITOR ID: 405254-95
NELCO PRODUCTS INC
22 RIVERSIDE DR
PEMBROKE MA 02359

CREDITOR ID: 257090-12
NELLIE LIVERS
2916 LOUISIANA AVENUE
NEW ORLEANS LA 70115-6715

CREDITOR ID: 257091-12
NELLY SANCHEZ
11949 SW 135 TERRACE
MIAMI FL 33186

CREDITOR ID: 257092-12
NELLYES L MENDOZA
7126 SW 22 STREET
MIAMI FL 33155

CREDITOR ID: 376381-44
NELMAR SECURITY PACKAGING SYSTEMS INC
5775 FERRIER STREET
MONTREAL, QC H4P 1N3
CANADA

CREDITOR ID: 257094-12
NELSON COUNTY SHERIFF
200 COURT SQUARE
PROPERTY TAX
BARDSTOWN KY 40004-1563

CREDITOR ID: 257095-12
NELSON GLASS CO
2213 6TH AVE S
BIRMINGHAM, AL 35233-2308

CREDITOR ID: 257096-12
NELSON OCCUPATIONAL LICENSE
PO BOX 578 ROOM 202
BARDSTOWN, KY 40004

CREDITOR ID: 257097-12
NELSON STYGLES
3356 NORTHSHORE
TOOMSUBA MS 39364

CREDITOR ID: 388713-54
NELSON, ALONZO
1506 WEST LA SALLE STREET
TAMPA FL 33607

CREDITOR ID: 374195-44
NELSON, CHERYL
6890 S LECANTO HWY
LECANTO, FL 34461

CREDITOR ID: 246308-12
NELSON, CLARENCE M
410 DUNBAR STREET
MOBILE AL 36603

CREDITOR ID: 386203-54
NELSON, DEBORAH
1504 SHARON DR.
LOUISVILLE KY 40216

CREDITOR ID: 385898-54
NELSON, DIERDRE
1141 SOUTHEAST SECOND AVE.
FORT LAUDERDALE, FL 33316

CREDITOR ID: 391141-55
NELSON, DIERDRE
C/O NICHOLE S. PACELLA, ESQ.
BOHANNON, ROGERS & ARONSON
1141 S.E. SECOND AVE
FT. LAUDERDALE FL 33316

CREDITOR ID: 385228-54
NELSON, DOROTHY
2163 NW 69TH LANE
HOLLYWOOD, FL 33024

CREDITOR ID: 390536-55
NELSON, DOROTHY
C/O STEPHEN A SCHORR, ESQ
625 NE 3RD AVENUE
FT. LAUDERDALE FL 33304

CREDITOR ID: 387678-54
NELSON, DUSTIN ANDREW (MINOR)
PO BOX 791
SILVERHILL AL 36576

CREDITOR ID: 407027-MS
NELSON, FRED M.
2100 CORBERRIE LANE
RALEIGH NC 27613

CREDITOR ID: 389560-54
NELSON, HILLARY
1752 NEWPORT
KENNER, LA 70065

CREDITOR ID: 393232-55
NELSON, HILLARY
C/O: WAYNE GARRETT, ESQUIRE
WAYNE E. GARRETT, PLC
P. O. BOX 19466
NEW ORLEANS LA 70179

CREDITOR ID: 389587-54
NELSON, MARY
C/O DEBERG & DEBERG, PA
ATTN BENJAMIN DEBERG, ESQ
1915 TYRANE BLVD
ST PETERSBURG FL 33710

CREDITOR ID: 389587-54
NELSON, MARY
221 LAKE AVENUE NE, APT 107
LARGO, FL 33771

CREDITOR ID: 393256-55
NELSON, MARY
C/O: BENJAMIN G. DEBERG, ESQUIRE
LAW OFFICE OF DEBERG & DEBERG, P.A.
1915 TYRONE BOULEVARD
ST. PETERSBURG FL 33710

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 385907-54
NELSON, MAUDE
15341 NW 32ND AVENUE
OPA-LOCKA, FL 33054

CREDITOR ID: 391147-55
NELSON, MAUDE
C/O: IVAN A. SCHERTZER, ESQUIRE
IVAN A. SCHERTZER, ESQ.
1190 NORTHEAST 163RD STREET
SUITE 347
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 390057-54
NELSON, MICHAEL
2890 COUNTY ROAD 100
WATERLOO AL 35677

CREDITOR ID: 256238-12
NELSON, MICHAEL K
1508 SUNSET VIEW CIRCLE
APOPKA FL 32703

CREDITOR ID: 256241-12
NELSON, MICHAEL L
835 E JEFFERSON AVENUE
FT WORTH TX 76104

CREDITOR ID: 387391-54
NELSON, TAKISHA
7210 FREETOWN LANE
SAINT JAMES, LA 70086

CREDITOR ID: 387391-54
NELSON, TAKISHA
GARY M GAUDIN
GAUDIN, GARY M
712 N BURNSIDE AVENUE
GONZALES LA 70737

CREDITOR ID: 407028-MS
NELSON, WILBUR E.
2244 LAKE SHORE BLVD
JACKSONVILLE FL 32210

CREDITOR ID: 257098-12
NELSONS RESTAURANT SERVICES
5164 MITCHELL ROAD
LONG BEACH, MS 39560

CREDITOR ID: 393997-61
NEMOURS CHILDRENS CLINIC
807 CHILDRENS WAY
JACKSONVILLE, FL 32207

CREDITOR ID: 257099-12
NEOGEN CORPORATION
PO BOX 67000
DEPT# 135201
DETROIT, MI 48267-1352

CREDITOR ID: 257101-12
NEOMIA REVIS
150 26TH STREET SW
HICKORY NC 28602

CREDITOR ID: 257102-12
NEON ART SIGNS INC
239 CAREY AVENUE
LOUISVILLE, KY 40218

CREDITOR ID: 257103-12
NEPTUNE BEACH CITY HALL
116 FIRST STREET
NEPTUNE BEACH, FL 32266

CREDITOR ID: 257104-12
NEPTUNE PLASTICS & MFG
15 NEW MAIN ST
HAVERSTRAW NY 10927

CREDITOR ID: 257069-12
NE-RO TIRE & BRAKE SVC INC
2311 S PATTERSON ST
VALDOSTA, GA 31601

CREDITOR ID: 385608-54
NERO, DAWN
3028 SECOND STREET
NEW ORLEANS, LA 70125

CREDITOR ID: 390899-55
NERO, DAWN
C/O LAW OFFICES OF JOHN SULLIVAN
ATTN JOHN J SULLIVAN, ESQ
862 CAMP ST.
NEW ORLEANS LA 70130

CREDITOR ID: 257105-12
NES RENTALS
PO BOX 8500-1226
PHILADELPHIA, PA 19178-1226

CREDITOR ID: 405255-95
NES RENTALS
PO BOX 277450
ATLANTA GA 30384-7450

CREDITOR ID: 390039-54
NESBIT, WENDY
105 CROSSHILL RD
LEXINGTON SC 29073

CREDITOR ID: 393531-55
NESBIT, WENDY
C/O: WILLIAM SALLEY JR.
SALEY
712 CALHOUN STREET
STE D
COLUMBIA SC 29201

CREDITOR ID: 407029-MS
NESLER, TRENA
4516 COQUINA DRIVE
JACKSONVILLE FL 32250

CREDITOR ID: 269264-16
NESPOLE, GREGORY M.
WOLF, HALDENSTEIN, ET AL.
270 MADISON AVENUE
NEW YORK, NY 10016

CREDITOR ID: 268080-14
NESTE ENTERPRISES INC
ATTN: WE DANIELS
357 FERRELL LN
HALIFAX NC 27839

CREDITOR ID: 279316-99
NESTLE
ATTN: PETER B KNOX
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 257106-12
NESTLE ICE CREAM COMPANY LLC
PO BOX 406247
ATLANTA, GA 30384-3397

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405256-95<br>NESTLE ICE CREAM COMPANY LLC<br>10000 STOCKDALE HIGHWAY<br>SUITE 200<br>ATTN JUNE NACHOR<br>BAKERSFIELD CA 93311 | CREDITOR ID: 257107-12<br>NESTLE PURINA PETCARE COMPANY<br>PO BOX 751940<br>RALSTON PURINA COMPANY<br>CHARLOTTE, NC 28275-1940 | CREDITOR ID: 405257-95<br>NESTLE PURINA PETCARE COMPANY<br>ATTN DEVON DEWILDE<br>CHECHERBOARD SQUARE 2E<br>ST LOUIS MO 63164 |
| CREDITOR ID: 257108-12<br>NESTLE USA<br>PO BOX 277817<br>ATLANTA, GA 30384-7817 | CREDITOR ID: 405258-95<br>NESTLE USA<br>ATTN: CONNIE RABOLD<br>555 NESTLE WAY<br>BREINIGSVILLE PA 18031-1598 | CREDITOR ID: 279251-35<br>NESTLE USA<br>ATTN: PETER B KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE CA 91203 |
| CREDITOR ID: 407576-15<br>NESTLE WATERS NORTH AMERICA<br>ATTN JEFFREY S CROZIER, CREDIT<br>1322 CRESTSIDE DRIVE SUITE 100<br>COPPELL TX 75019 | CREDITOR ID: 257109-12<br>NESTLE WATERS NORTH AMERICA INC<br>PO BOX 100952<br>ATLANTA, GA 30384-0952 | CREDITOR ID: 405259-95<br>NESTLE WATERS NORTH AMERICA INC<br>PO BOX 277015<br>ATLANTA GA 30384-7015 |
| CREDITOR ID: 257110-12<br>NESTOR MUNOZ<br>524 NW 22 STREET<br># 8<br>MIAMI FL 33127 | CREDITOR ID: 405992-99<br>NET LEASE INVESTORS (BDM FIN CORP)<br>C/O MELAND RUSIN HELLINGER ET AL<br>ATTN: JONATHAN R WILLIAMS<br>3000 WACHOVIA FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD<br>MIAMI FL 33131 | CREDITOR ID: 407707-15<br>NETHERLAND BULB CO.<br>ATTN ANTOINETTE LANGEVELD TREASURER<br>13 MCFADDEN ROAD<br>EASTON PA 18045 |
| CREDITOR ID: 394186-56<br>NETHERLY, GAYLE<br>6605 BASS HIGHWAY<br>SAINT CLOUD, FL 34771 | CREDITOR ID: 394765-57<br>NETHERLY, GAYLE<br>C/O JOHN MALKOWSKI, ESQUIRE<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 257111-12<br>NETTIE METCALF<br>PO BOX 174<br>PANACEA FL 32346 |
| CREDITOR ID: 257112-12<br>NETTLES SAUSAGE INC<br>190 S W COUNTY ROAD 240<br>LAKE CITY, FL 32025 | CREDITOR ID: 257113-12<br>NETWORK ASSOCIATES<br>135 SOUTH LASALLE<br>DEPT 1729<br>CHICAGO IL 60674-1729 | CREDITOR ID: 382101-51<br>NETWORK GENERAL<br>178 E TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| CREDITOR ID: 381012-47<br>NETWORK GENERAL CORPORATION<br>ATTN DAN CLAYTON, DIR<br>DEPT 33621<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | CREDITOR ID: 382121-51<br>NETWORK GENERAL CORPORATION<br>ATTN DAN CLAYTON<br>178 E TASMAN DRIVE<br>SAN JOSE, CA 95134 | CREDITOR ID: 382124-51<br>NETWORK SOLUTION<br>13200 WOODLAND PARK ROAD<br>HERNDON, VA 20171 |
| CREDITOR ID: 382882-51<br>NETWORKS PRESCRIPTION DRUGS<br>695 GEORGE WASHINGTON HWY<br>LINCOLN, RI 02865 | CREDITOR ID: 397836-76<br>NEUMAN, ANGELA<br>206 CHAPMAN SREET<br>CRESCENT  CITY, FL 32112 | CREDITOR ID: 257114-12<br>NEUROLOGY & HEADACHE CENTER<br>STEPHEN G PAPPAS<br>2600 PARKWOOD DRIVE<br>BRUNSWICK, GA 31520 |
| CREDITOR ID: 268081-31<br>NEUSE RVER COUNCIL GOVERNMENTS<br>ATTN: JOE MCKENNIE<br>233 MIDDLE ST FL 3<br>NEW BERN NC 28560-2101 | CREDITOR ID: 257115-12<br>NEVA GIBSON<br>130 LAKESHORE DRIVE<br>APT# Q N423<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 257116-12<br>NEVADA COUNTY<br>DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 2569<br>GRASS VALLEY, CA 95945-2569 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257117-12<br>NEVEDA STATE COLLECTIONS&DISB UNIT<br>PO BOX 98950<br>LAS VEGAS NV 89193-8950 | CREDITOR ID: 397837-76<br>NEVELS, DONALD<br>3873 TIMERBER VIEW<br>HARVEY, LA 70058 | CREDITOR ID: 386261-54<br>NEVINS, LINDON<br>810 TUNNEL HILL RD.<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 257118-12<br>NEW AGE BEVERAGE<br>5900 ALMONASTER<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 257119-12<br>NEW AGE BEVERAGE OF THIBODAUX<br>310 BACK STREET<br>THIBODAUX, LA 70301 | CREDITOR ID: 257120-12<br>NEW ATLANTA DAIRIES, INC<br>PO BOX 277065<br>ATLANTA GA 30384-7055 |
| CREDITOR ID: 2431-RJ<br>NEW BAY MINETTE LLC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 278655-24<br>NEW BAY MINETTE, LLC<br>HEILIG-MEYERS FURNITURE COMPANY<br>12560 WEST CREEK PARKWAY<br>RICHMOND VA 23238 | CREDITOR ID: 257122-12<br>NEW BEGINNING MINISTRIES<br>PO BOX 1951<br>KENNER, LA 70063 |
| CREDITOR ID: 268084-31<br>NEW BERN CITY OF<br>ATTN: MIKE AVERY<br>248 CRAVEN ST<br>NEW BERN NC 28560-2152 | CREDITOR ID: 268083-14<br>NEW BERN CITY OF<br>ATTN: MIKE MURAGLIA<br>300 POLLOCK ST<br>NEW BERN NC 28560-4945 | CREDITOR ID: 268082-14<br>NEW BERN CITY OF<br>ATTN: DONNA MCCOY<br>248 CRAVEN ST<br>NEW BERN NC 28560-2152 |
| CREDITOR ID: 268085-31<br>NEW BERN WASTE TREATMENT<br>ATTN: JUDY MAJSTORAZICH<br>307 GLENBURNIE DR<br>NEW BERN NC 28560-2816 | CREDITOR ID: 257123-12<br>NEW CENTURY LLC<br>ROUNDHOUSE PLAZA #B<br>#2 LOMBARD ST<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 257124-12<br>NEW CENTURY SNACKS<br>5960 CORVETTE STREET<br>COMMERCE CA 90040 |
| CREDITOR ID: 257125-12<br>NEW CENTURY TRANSPORTATION INC<br>PO BOX 8500-53478<br>PHILADELPHIA, PA 19178-3478 | CREDITOR ID: 257126-12<br>NEW CREATIONS<br>339 MISSION DRIVE<br>CALLOWAY, VA 24067 | CREDITOR ID: 257127-12<br>NEW DAY CHRISTIAN CENTER<br>9481 FLORIDA BLVD<br>WALKER, LA 70785 |
| CREDITOR ID: 397659-72<br>NEW DEAL SUPERMARKETS<br>ATTN: KENNY LEAKS<br>PO BOX 2177<br>JACKSON, MS 39286 | CREDITOR ID: 257128-12<br>NEW DIXIE OILCORP<br>PO BOX 779<br>ROANOKE RAPIDS, NC 27870 | CREDITOR ID: 268086-31<br>NEW ELLNTON CMMSONER PUB WORKS<br>ATTN: DANNY LOWE<br>100 MAIN ST S<br>NEW ELLENTON SC 29809-3003 |
| CREDITOR ID: 268087-31<br>NEW ENDEAVORS INC<br>ATTN: ROGER MANEY<br>8746 CENTER GROVE CHURCH RD<br>CLEMMONS NC 27012-9149 | CREDITOR ID: 257129-12<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA 02148 | CREDITOR ID: 257130-12<br>NEW ENGLAND MACHINERY INC<br>PO BOX 20299<br>BRADENTON, FL 34204 |
| CREDITOR ID: 257131-12<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>SUITE 100<br>BOSTON, MA 02110 | CREDITOR ID: 1635-07<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>BOSTON, MA 02110 | CREDITOR ID: 257132-12<br>NEW ERA CANNING COMPANY<br>PO BOX 67000<br>DEPT 177101<br>DETROIT, MI 48267-1771 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 268088-31
NEW GENERATION CDC
ATTN: LELA K JACKSON
6804 NIGHDALE EAGLE ROCK
ZEBULON NC 27597

CREDITOR ID: 257133-12
NEW HAMPSHIRE MATCH COMPANY LLC
PO BOX 780
JAFFREY NH 03452

CREDITOR ID: 268089-31
NEW HANOVER COUNTY OF
ATTN: ANN HINES
414 CHESTNUT ST
WILMINGTON NC 28401-4045

CREDITOR ID: 405260-95
NEW HANOVER COUNTY WATER/SEWER
414 CHESTNUT STREET
WILMINGTON NC 28401

CREDITOR ID: 268090-31
NEW HORIZONS
ATTN: SAHARA HAMILTON
161 POLICARP ST
LINCOLNTON NC 28092-7051

CREDITOR ID: 257136-12
NEW HORIZONS CLC OF JACKSONVILLE
7020 AC SKINNER PARKWAY
SUITE 180
JACKSONVILLE FL 32256

CREDITOR ID: 257137-12
NEW HORIZONS FINANCE CO INC
C/O ROLFE & LOBELLO PA
720 BLACKSTONE BLDG
JACKSONVILLE, FL 32202

CREDITOR ID: 318173-42
NEW IBERIA CITY TAX COLLECTOR
CITY HALL RM 304
NEW IBERIA LA 70560-3700

CREDITOR ID: 257138-12
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904

CREDITOR ID: 2432-07
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS GA 31904

CREDITOR ID: 397158-67
NEW IBERIA SAVINGS BANK
PO BOX 12440
NEW IBERIA, LA 70562

CREDITOR ID: 268091-31
NEW IBERIA SEWERAGE PLANT
ATTN: JOE BOLES
637 E ADMIRAL DOYLE DR
NEW IBERIA LA 70560-6702

CREDITOR ID: 381438-47
NEW IMAGE TOWING AND RECOVERY INC
PO BOX 953
NEWNAN, GA 30264

CREDITOR ID: 376388-44
NEW JERSEY FAMILY SUPPORT PAYMENT CENTER
P O BOX 4880
TRENTON, NJ 08650

CREDITOR ID: 257140-12
NEW KENT CHARLES CITY CHRONICLE
18639 ELTHAM RD
ELTHAM, VA 23181

CREDITOR ID: 240602-06
NEW KENT COUNTY COMMISSIONER OF REV
P O BOX 99
NEW KENT VA 23124

CREDITOR ID: 257143-12
NEW L & N SALES & MARKETING
PO BOX 828594
PHILADELPHIA PA 19182-8594

CREDITOR ID: 381351-47
NEW LIFE CHRISTIAN CENTER CITY CATHERDAL
8801 CHEF MENTEUR
NEW ORLEANS, LA 70127

CREDITOR ID: 257144-12
NEW LIFE CHRISTIAN CNTR CITY
CATHERDAL
8801 CHEF MENTEUR
NEW ORLEANS LA 70127

CREDITOR ID: 268092-31
NEW LIFE COMMUNITY DEVELOPMENT
ATTN: ANGELA D CHANEY
726 MIDDLETON ST
JACKSON TN 38301-4506

CREDITOR ID: 257145-12
NEW LONDON CHEMICALS
ATTN JACK MONCO
1610 COLONIAL PARKWAY
INVERNESS, IL 60067

CREDITOR ID: 257146-12
NEW MEXICO TAXATION REVENUE
PO BOX 25127
SANTA FE NM 87504

CREDITOR ID: 268093-31
NEW MT ZION AME CMNTY DEV CORP
ATTN: DIANE J CYPRESS
113 SEEKEL ST
NORFOLK VA 23505-4415

CREDITOR ID: 257147-12
NEW NAZARENE BAPTIST CHURCH
2908-10 EDEN AVENUE
CINCINNATI OH 45219

CREDITOR ID: 268094-31
NEW ORLEANS BUS & INDUS DST
ATTN: EUGENE GREEN
6600 PLAZA DR
NEW ORLEANS LA 70127-2601

CREDITOR ID: 257148-12
NEW ORLEANS CHAMBER COMMERCE
PO BOX 52769
NEW ORLEANS, LA 70152-2769

CREDITOR ID: 257149-12
NEW ORLEANS CIGAR CO.
201 ST CHARLES AVE #125
NEW ORLEANS, LA 70170

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 257150-12
NEW ORLEANS CITY BUSINESS
PO BOX 51706
NEW ORLEANS LA 70151-9910

CREDITOR ID: 268100-31
NEW ORLEANS CITY OF
ATTN: YARROW THEREDGE
1300 PERDIDO ST STE 8E06
NEW ORLEANS LA 70112-2125

CREDITOR ID: 268099-14
NEW ORLEANS CITY OF
ATTN: WILLIAM CARROUCHE
329 S DORGENOIS ST
NEW ORLEANS LA 70119-6425

CREDITOR ID: 268098-14
NEW ORLEANS CITY OF
ATTN: RONNIE RAVAIN
1300 PERDIDO ST # 4W07
NEW ORLEANS LA 70112-2125

CREDITOR ID: 268097-14
NEW ORLEANS CITY OF
ATTN: JOHN A WOODRUFF
715 S BROAD ST # B23
NEW ORLEANS LA 70119-7416

CREDITOR ID: 268096-14
NEW ORLEANS CITY OF
ATTN: BRENDA L JOHNSON
1340 POYDRAS ST FL 8
NEW ORLEANS LA 70112-1221

CREDITOR ID: 268095-31
NEW ORLEANS CITY OF
ATTN: ALBERTA PATE
1300 PERDIDO ST
NEW ORLEANS LA 70112-2125

CREDITOR ID: 257151-12
NEW ORLEANS COFFEE CO
PO BOX 51354
NEW ORLEANS, LA 70151-1354

CREDITOR ID: 257152-12
NEW ORLEANS CUISINE ENTERPRISES INC
ATTN DONALD BARKEMEYER, OWNER
14854 HAYNE BLVD
NEW ORLEANS, LA 70128

CREDITOR ID: 257153-12
NEW ORLEANS DEPT OF SOCIAL SERVICES
PO BOX 260222
BATON ROUGE, LA 70826-0222

CREDITOR ID: 257154-12
NEW ORLEANS EAST ASSEMBLY OF GOD
7420 VANDERKLOOT AVE
NEW ORLEANS, LA 70127

CREDITOR ID: 257155-12
NEW ORLEANS FLOORING SUPPLY
PO BOX 19165
NEW ORLEANS LA 70179-0165

CREDITOR ID: 257156-12
NEW ORLEANS HOME & GARDEN SHOW
45 BRAINTREE HILL OFFICE PARK
BRAINTREE, MA 02184

CREDITOR ID: 268101-31
NEW ORLEANS MARTINET LEGAL FOU
ATTN: NATACHA HUTCHINSON
1918 LOUISIANA AVE
NEW ORLEANS LA 70115-5227

CREDITOR ID: 384262-47
NEW ORLEANS PRIVATE PATROL SERVICE INC
1661 CANAL STREET, STE 3300
NEW ORLEANS, LA 70112

CREDITOR ID: 407453-15
NEW ORLEANS PRIVATE PATROL SVC, INC
C/O MIDDLEBERG RIDDLE & GIANNA
ATTN BARRY H GRODSKY, ESQ
201 ST CHARLES AVENUE, 31ST FLOOR
NEW ORLEANS LA 70170-3100

CREDITOR ID: 382316-51
NEW ORLEANS TIMES PICAYUNE
3800 HOWARD AVE
NEW ORLEANS, LA 70140

CREDITOR ID: 257159-12
NEW PIG CORP
ONE PORK AVENUE
TIPTON, PA 16684-0304

CREDITOR ID: 1640-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #193007
4536 COLLECTIONS CENTER DR
CHICAGO IL 60693

CREDITOR ID: 1641-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #852487
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-1334

CREDITOR ID: 2433-07
NEW PLAN EXCEL REALTY TRUST
1120 AVE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 316083-41
NEW PLAN EXCEL REALTY TRUST
420 LEXINGTON AVE,
7TH FLOOR
NEW YORK NY 10170

CREDITOR ID: 1642-07
NEW PLAN EXCEL REALTY TRUST
ACCT 186002
4536 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 1643-07
NEW PLAN EXCEL REALTY TRUST
ACCT# 141006
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 315878-40
NEW PLAN EXCEL REALTY TRUST IN
LEASE# 142002
4536 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 315877-40
NEW PLAN EXCEL REALTY TRUST IN
LEASE# 141006
4536 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 315873-40
NEW PLAN EXCEL REALTY TRUST IN
LEASE # 194012
4536 COLLECTIONS CENTER DR
CHICAGO IL 60693

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257168-12<br>NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 402938<br>ATLANTA, GA 30384-2938 | CREDITOR ID: 257166-12<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE# 186002<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 257163-12<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE #193007<br>4536 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 257161-12<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE # 838778<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 278791-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: ALAN M WEISS, ESQ<br>15 NORTH LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1644-07<br>NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 402938<br>ATLANTA, GA 30384-2938 |
| CREDITOR ID: 278791-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>C/O BALLARD SPAHR ANDREWS INGERSOLL<br>ATTN: J MEYERS/ D WALDT/D POLLACK<br>1735 MARKET STREET, 51ST FL<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279309-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>ATTN: STEVEN F SIEGEL<br>420 LEXINGTON AVE<br>NEW YORK NY 10170 | CREDITOR ID: 278531-24<br>NEW PLAN EXCEL REALTY TRUST INC.<br>LEASE #876946<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 2442-07<br>NEW PLAN NORMANDY SQUARE,LLC<br>C/O NEW PLAN EXCEL REALTY TRUS<br>1120 AVE. OF THE AMERICAS<br>NEW YORK NY 10036 | CREDITOR ID: 2443-07<br>NEW PLAN REALTY OF ALABAMA INC<br>1120 AVENUE OF THE AMERICAS,<br>12TH FLOOR<br>NEW YORK NY 10036 | CREDITOR ID: 656-03<br>NEW PLAN REALTY TRUST<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| CREDITOR ID: 1645-07<br>NEW PLAN REALTY TRUST<br>4536 COLLECTIONS CENTER DRIVE<br>ACCT# 219006<br>CHICAGO, IL 60693 | CREDITOR ID: 315881-40<br>NEW PLAN REALTY TRUSTN INC<br>LEASE# 219006<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 381943-50<br>NEW PROVIDENCE DEVELOPMENT<br>COMPANY LIMITED<br>C/O JOHN M IONSON/ALISTAR<br>R G HENDERSON, LYFORD CAY<br>PO BOX N-4820<br>NASSAU,<br>BAHAMAS |
| CREDITOR ID: 257170-12<br>NEW RIVER LIGHT & POWER<br>PO BOX 1130<br>BOONE, NC 28607-1130 | CREDITOR ID: 268102-31<br>NEW RIVER SOLID WASTE ASSN<br>ATTN: DARRELL O'NEAL<br>HC 121<br>RAIFORD FL 32083 | CREDITOR ID: 268103-31<br>NEW RIVER VALLEY DEV CORP<br>ATTN: WAYNE CARPENTER<br>6580 VALLEY CENTER DR<br>RADFORD VA 24141-5669 |
| CREDITOR ID: 659-03<br>NEW SMYRNA BEACH UTILITIES COMM<br>200 CANAL STREET<br>NEW SMYRNA BEACH FL 32170 | CREDITOR ID: 403339-83<br>NEW SMYRNA ORTHOPEDICS, PA<br>812 INDIAN RIVER BLVD.<br>EDGEWATER FL 32141 | CREDITOR ID: 257171-12<br>NEW TECH INDUSTRIES INC<br>5000 OAKES ROAD<br>SUITE A<br>DAVIE FL 33314 |
| CREDITOR ID: 262860-12<br>NEW TIFTAREA SHOPPER, THE<br>147 LOVE AVE<br>TIFTON, GA 31793 | CREDITOR ID: 268104-31<br>NEW WATER WORKS DEPARTMENT<br>ATTN: GARY MCLOCKLIN<br>265 WATER PLANT RD<br>COMMERCE GA 30529-7618 | CREDITOR ID: 257172-12<br>NEW WORLD PASTA<br>12596 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 405262-95<br>NEW WORLD PASTA<br>PO BOX 640011<br>PITTSBURGH PA 15264-0011 | CREDITOR ID: 279252-35<br>NEW WORLD PASTA COMPANY<br>ATTN DEBORAH A CALLAHAN<br>85 SHANNON ROAD<br>HARRISBURG PA 17112 | CREDITOR ID: 376390-44<br>NEW YORK CITY SUPPORT COLLECTION UNIT<br>P O BOX 15359<br>BRONX SCU<br>ALBANY, NY 12212-5359 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257174-12<br>NEW YORK FROZEN FOODS, INC.<br>ATTN ELAINE SCHOONOVER<br>PO BOX 29163<br>COLUMBUS, OH 43229 | CREDITOR ID: 257175-12<br>NEW YORK LIFE INSURANCE CO<br>PO BOX 4275<br>CHURCH STREET STATION<br>NEW YORK NY 10249 | CREDITOR ID: 257176-12<br>NEW YORK SCU<br>PO BOX 15361<br>ALBANY, NY 12212-5361 |
| CREDITOR ID: 257177-12<br>NEW YORK STOCK EXCHANGE<br>GRAND CENTRAL STATION<br>PO BOX 4695<br>NEW YORK NY 10163-4530 | CREDITOR ID: 279190-99<br>NEW YORK VALUE CLUB D/B/A BELCO INC<br>C/O LAW OFFICES OF AVRUM J ROSEN<br>ATTN AVRUM J ROSEN, ESQ<br>38 NEW STREET<br>HUNTINGTON NY 11743 | CREDITOR ID: 279183-34<br>NEW YORK VALUE CLUB LTD<br>D/B/A BELCO DISTRIBUTORS INC<br>C/O AVRUM J ROSEN<br>38 NEW STREET<br>HUNTINGTON NY 11743 |
| CREDITOR ID: 257178-12<br>NEW ZEALAND LAMB COOPERATIVE INC<br>PO BOX 2615<br>BUFFALO NY 14240-2615 | CREDITOR ID: 257179-12<br>NEW ZION<br>PO BOX 1106  1535 E SECOND ST<br>GRAMERCY, LA 70052 | CREDITOR ID: 257180-12<br>NEW ZION BAPTIST CHURCH<br>6413 BLUEBERRY ST<br>BATON ROUGE, LA 70806 |
| CREDITOR ID: 257181-12<br>NEWBERRY CONTRACTING INC<br>CBC 1250334<br>PO BOX 6194<br>BRANDON, FL 33508 | CREDITOR ID: 257182-12<br>NEWBERRY COUNTY CLERK OF COURT<br>PO BOX 278<br>NEWBERRY, SC 29108-0278 | CREDITOR ID: 268105-14<br>NEWBERRY COUNTY TREASURER<br>ATTN: JUDY FLOYD<br>1400 MARTIN ST<br>NEWBERRY SC 29108-2830 |
| CREDITOR ID: 257184-12<br>NEWBERRY OBSERVER<br>PO BOX 6306<br>SPARTANBURG SC 29304-6306 | CREDITOR ID: 257185-12<br>NEWBERRY PUBLISHING CO<br>PO BOX 558<br>NEWBERRY SC 29108-0558 | CREDITOR ID: 257186-12<br>NEWBERRY SQUARE SHOPPING CENTER<br>L-1342<br>COLUMBUS, OH 43260 |
| CREDITOR ID: 1646-07<br>NEWBERRY SQUARE SHOPPING CENTER<br>L-1342<br>COLUMBUS, OH 43260 | CREDITOR ID: 257187-12<br>NEWBURG INSULATION LLC<br>319 NORTH 36TH STREET<br>LOUISVILLE KY 40212 | CREDITOR ID: 268106-31<br>NEWCOMER SERVICE CENTRAL FLA<br>ATTN: TERRY PETHICK<br>5520 LAVER ST<br>LEESBURG FL 34748-8053 |
| CREDITOR ID: 257188-12<br>NEWCOURT LEASING<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | CREDITOR ID: 257189-12<br>NEWELL OFFICE PRODUCTS<br>PO BOX 92026<br>CHICAGO, IL 60675-2026 | CREDITOR ID: 382056-36<br>NEWELL RUBBERMAID INC<br>GARY POPP<br>29 E STEPHENSON ST<br>FREEPORT IL 61032 |
| CREDITOR ID: 386049-54<br>NEWELL, KEN<br>14547 176TH STREET<br>MC ALPIN, FL 32062-2172 | CREDITOR ID: 386049-54<br>NEWELL, KEN<br>C/O BRANNON BROWN HALEY & BULLOCK<br>ATTN STEPHEN C BULLOCK ESQ<br>116 NW COLUMBIA AVENUE<br>LAKE CITY FL 32055 | CREDITOR ID: 257190-12<br>NEWHALL LABORATORIES INC<br>ATTN AL RODRIGUEZ, PRES<br>26529 RUETHER AVENUE<br>SANTA CLARITA, CA 91350 |
| CREDITOR ID: 386939-54<br>NEWLAND, MARGARET<br>202 SE 14TH PLACE<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 257191-12<br>NEWLY WEDS FOODS CO<br>PO BOX 9961<br>STATION A<br>TORONTO ON M5W 2J2<br>CANADA | CREDITOR ID: 257192-12<br>NEWLY WEDS FOODS INC<br>LOCK BOX 6327<br>CHICAGO IL 60680 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259736-12<br>NEWMAN & MEEKS<br>ATTN ROBERT B NEWMAN, ESQ<br>617 VINE STREET, SUITE 1401<br>CINCINNATI, OH 45202 | CREDITOR ID: 243906-12<br>NEWMAN, BRENDA<br>PO BOX 266<br>MILLPORT AL 35576 | CREDITOR ID: 385984-54<br>NEWMAN, GERALDINE<br>2660 HIGHWAY 27<br>OZARK, AL 36360 |
| CREDITOR ID: 391208-55<br>NEWMAN, GERALDINE<br>C/O SLOCUMB LAW FIRM, LLC<br>ATTN MICHAEL W SLOCUMB, ESQUIRE<br>2006 EXECUTIVE PK DRIVE, SUITE A<br>OPELIKA AL 36801 | CREDITOR ID: 385488-54<br>NEWMAN, JACQUES<br>14954 COURTNEY RD<br>WALKER, LA 70785 | CREDITOR ID: 390788-55<br>NEWMAN, JACQUES<br>C/O: KENNER O. MILLER, JR.<br>THE MILLER LAW FIRM, APLC<br>8752 QUARTERS LAKE ROAD<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 402274-90<br>NEWMAN, JAMES W.<br>11651 KINGSLEY MANOR WAY<br>JACKSONVILLE FL 32225 | CREDITOR ID: 407030-MS<br>NEWMAN, JAMES W.<br>7962 LINKSIDE DRIVE3<br>JACKSONVILLE FL 32256 | CREDITOR ID: 387242-54<br>NEWMAN, JENNIFER<br>2575 S SEMORAN<br>ORLANDO, FL 32822 |
| CREDITOR ID: 391830-55<br>NEWMAN, JENNIFER<br>C/O GRADY G AYERS PA LAW OFFICES<br>ATTN GRADY G AYERS, ESQ<br>120 EAST MARKS STREET, SUITE 200<br>ORLANDO FL 32803 | CREDITOR ID: 394191-56<br>NEWMAN, JIM<br>2222 NW 3RD COURT<br>BOCA RATON, FL 33431 | CREDITOR ID: 394767-57<br>NEWMAN, JIM<br>C/O ANDREW WEINSTEIN, ESQ.<br>1515 UNIVERSITY DRIVE #103<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 386130-54<br>NEWMAN, MILDRED<br>15265 SW 300TH STREET<br>MIAMI, FL 33033 | CREDITOR ID: 391310-55<br>NEWMAN, MILDRED<br>C/O JUGO & MURPHY<br>ATTN STEVEN JUGO, ESQ<br>7695 S.W. 104TH STREET, SUITE 200<br>MIAMI FL 33156 | CREDITOR ID: 376392-44<br>NEWMANS OWN INC<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 |
| CREDITOR ID: 257193-12<br>NEWMANS OWN INC<br>CROSSMARK<br>8374 DIX ELLIS TRAIL SUITE 104<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 384263-47<br>NEWMANS OWN INC<br>ATTN JOAN M WILLIAMS, VP<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 | CREDITOR ID: 257194-12<br>NEWPORT AQUARIUM<br>ONE AQUARIUM WAY<br>NEWPORT KY 41071 |
| CREDITOR ID: 381699-47<br>NEWPORT INDEPENDENT SCHOOLS<br>301 E 8TH STREET<br>NEWPORT, KY 41071 | CREDITOR ID: 257195-12<br>NEWPORT MIDDLE SCHOOL<br>30 WEST EIGHT STREET<br>NEWPORT KY 41071 | CREDITOR ID: 268108-14<br>NEWPORT NEWS CITY OF<br>ATTN: JOHN D HARTMAN<br>2400 WASHINGTON AVE FL 9<br>NEWPORT NEWS VA 23607-4301 |
| CREDITOR ID: 268107-14<br>NEWPORT NEWS CITY OF<br>ATTN: CATHY MATHEWS<br>2400 WASHINGTON AVE FL 3<br>NEWPORT NEWS VA 23607-4301 | CREDITOR ID: 268109-31<br>NEWPORT NEWS REDEV & HSNG AUTH<br>ATTN: KAREN WILDS<br>227 27TH ST<br>NEWPORT NEWS VA 23607-3901 | CREDITOR ID: 257196-12<br>NEWPORT NEWS WATERWORKS<br>PO BOX 979<br>NEWPORT NEWS, VA 23607-0979 |
| CREDITOR ID: 257198-12<br>NEWPORT WHOLESALERS INC<br>248 BRYAN RD<br>DANIA BEACH, FL 33004 | CREDITOR ID: 257197-12<br>NEWPORT WHOLESALERS INC<br>ATTN HOWARD LEWIS, PRES<br>248 BRYAN RD<br>DANIA FL 33004 | CREDITOR ID: 405264-95<br>NEWPORT WHOLESALERS INC<br>6363 TAFT STREET, SUITE 301<br>HOLLYWOOD FL 33024 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 257199-12<br>NEWS<br>PO BOX 1529<br>DENHAM SPRINGS LA 70727-1529 | CREDITOR ID: 262861-12<br>NEWS & ADVANCE, THE<br>PO BOX 25096<br>RICHMOND, VA 23260-5096 | CREDITOR ID: 257200-12<br>NEWS & BUYERS GUIDE<br>1460 WEST EVANS STREET<br>FLORENCE, SC 29501 |
| CREDITOR ID: 257201-12<br>NEWS & OBSERVER<br>AR DEPT DISPLAY BILLING DEPT<br>ATTN THOMAS D RIGGLEMAN, CR MGR<br>PO BOX 2885<br>RALEIGH, NC 27602-2885 | CREDITOR ID: 381375-47<br>NEWS & RECORD<br>PO BOX 21967<br>GREENSBORO, NC 27420-1967 | CREDITOR ID: 257202-12<br>NEWS & RECORD<br>PO BOX 21285<br>GREENSBORO, NC 27420 |
| CREDITOR ID: 399282-15<br>NEWS & RECORD<br>ATTN BARBARA DAWKINS<br>PO BOX 20848<br>GREENSBORO NC 27420 | CREDITOR ID: 382187-51<br>NEWS AMERICA MARKETING<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | CREDITOR ID: 257203-12<br>NEWS BANNER<br>PO DRAWER 90<br>COVINGTON, LA 70434-0090 |
| CREDITOR ID: 377394-44<br>NEWS BANNER, THE<br>ATTN J KENNON, PUBLISHER<br>PO DRAWER 90<br>COVINGTON, LA 70434-0090 | CREDITOR ID: 257204-12<br>NEWS COURIER<br>PO BOX 670<br>ATHENS, AL 35611 | CREDITOR ID: 257205-12<br>NEWS DAILY/DAILY HERALD<br>PO BOX 368<br>JONESBORO, GA 30237 |
| CREDITOR ID: 257206-12<br>NEWS GAZETTE<br>PO BOX 305<br>LEICHFIELD KY 42755 | CREDITOR ID: 257208-12<br>NEWS GROUP<br>ATTN A/R DEPT<br>PO BOX 18326<br>SAN ANTONIO TX 78218 | CREDITOR ID: 257207-12<br>NEWS GROUP<br>4070 SHIRLEY DRIVE SOUTHWEST<br>ATLANTA, GA 30336 |
| CREDITOR ID: 257209-12<br>NEWS HERALD<br>PO BOX 1940<br>PANAMA CITY, FL 32402-1940 | CREDITOR ID: 257210-12<br>NEWS JOURNAL CORPORATION<br>ATTN JUDITH K BENNETT, CR MGR<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120-2831 | CREDITOR ID: 257211-12<br>NEWS LEADER<br>PO BOX 766<br>511 ASH STREET<br>FERNANDINA BEACH, FL 32035 |
| CREDITOR ID: 262862-12<br>NEWS LIVINGSTON PARISH, THE<br>PO BOX 1529<br>DENHAM SPRINGS, LA 70727-1529 | CREDITOR ID: 257212-12<br>NEWS OBSERVER<br>PO BOX 2222<br>RALEIGH, NC 27602-2222 | CREDITOR ID: 257213-12<br>NEWS PROGRESS<br>NP BUSINESS OFFICE<br>PO BOX 524<br>SOUTH BOSTON VA 24592 |
| CREDITOR ID: 381034-47<br>NEWS TOPIC<br>ATTN ADVERTIZING<br>PO BOX 1110<br>LENOIR, NC 28645 | CREDITOR ID: 257214-12<br>NEWS TOPIC<br>ATTN CIRCULATION DEPT<br>PO BOX 1110<br>LENOIR, NC 28645 | CREDITOR ID: 257215-12<br>NEWS WORLD NEWSPAPERS DISTRIBUTORS<br>329 N E 166 STREET<br>NORTH MIAMI, FL 33162 |
| CREDITOR ID: 257216-12<br>NEWS-ENTERPRISE<br>408 W DIXIE AVE<br>ELIZABETHTOWN, KY 42701-2433 | CREDITOR ID: 400845-91<br>NEWSOM, STEVEN K<br>918 MADISON AVE.<br>VALDOSTA GA 31602 | CREDITOR ID: 388226-54<br>NEWSOME, RUTH<br>2740 NW 10TH PLAZA<br>FORT LAUDERDALE FL 33311 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392427-55<br>NEWSOME, RUTH<br>C/O RICHARD GOLDMAN<br>2595 NW BOCA RATON BLVD.<br>SUITE 200<br>BOCA RATON FL 33431 | CREDITOR ID: 385676-54<br>NEWSOME, VICKIE<br>2651 BAYSIDE DR S<br>SAINT PETERSBURG, FL 33705 | CREDITOR ID: 390960-55<br>NEWSOME, VICKIE<br>C/O: DANIEL C KASARIS P.A.<br>KARIKAS & KASARIS, PA<br>3643 1ST AVENUE N.<br>ST. PETERSBURG FL 33713 |
| CREDITOR ID: 382123-51<br>NEWSON, CHARLES<br>501 STONEBRIDGE PATH CT<br>SAINT AUGUSTINE FL 32092-1070 | CREDITOR ID: 257219-12<br>NEWSPAPERS OF WEST GEORGIA<br>PO BOX 460<br>901 HAYS MILL ROAD<br>CARROLLTON, GA 30117 | CREDITOR ID: 257218-12<br>NEWS-PRESS<br>ATTN MATT PETRO, CONTROLLER<br>2442 DR ML KING JR BLVD<br>FT MYERS, FL 33901 |
| CREDITOR ID: 257217-12<br>NEWS-PRESS<br>PO BOX 2950<br>FORT MYERS, FL 33902-2950 | CREDITOR ID: 257220-12<br>NEWTIMES<br>5704 GARDEN LAKES PALM<br>BRADENTON FL 34203 | CREDITOR ID: 257221-12<br>NEWTON ASSOCIATES<br>%RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK STE 214<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 1647-07<br>NEWTON ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>7421 CARMEL EXECUTIVE PARK, STE 214<br>CHARLOTTE, NC 28226 | CREDITOR ID: 268110-14<br>NEWTON CO PURCHASING OFFICE<br>ATTN: TINA MCDONALD<br>1113 USHER ST NW<br>COVINGTON GA 30014-2439 | CREDITOR ID: 257222-12<br>NEWTON COUNTY TAX COMMISSIONER<br>1105 USHER STREET<br>PROPERTY TAX<br>COVINGTON GA 30014-2439 |
| CREDITOR ID: 2444-07<br>NEWTON DEVELOPMENT, INC<br>250 WASHINGTON STREET<br>PRATTVILLE AL 36067 | CREDITOR ID: 257223-12<br>NEWTON INDUSTRIAL TIRE<br>144 DONALD ROAD<br>LEESBURG, GA 31763 | CREDITOR ID: 257224-12<br>NEWTON MANUFACTURING COMPANY<br>ATTN TONI PESKA<br>PO BOX 927<br>1123 1ST AVENUE EAST<br>NEWTON IA 50208-0927 |
| CREDITOR ID: 257225-12<br>NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON ST<br>PO BOX 681076<br>PRATTVILLE AL 36067 | CREDITOR ID: 663-03<br>NEWTON, CITY OF (NC)<br>401 MAIN AVE<br>NEWTON NC 28658 | CREDITOR ID: 256036-12<br>NEWTON, MELISSA<br>5861 NAT ROGERS ROAD<br>BOSTON KY 40107 |
| CREDITOR ID: 257226-12<br>NEWTONS FIRE & SAFETY EQUIPMENT INC<br>PO BOX 13<br>SWEPSONVILLE NC 27359 | CREDITOR ID: 257227-12<br>NEXAIR LLC<br>PO BOX 125<br>MEMPHIS TN 38101-0125 | CREDITOR ID: 384264-47<br>NEXT PROTEINS<br>PO BOX 2469<br>CARLSBAD, CA 92016 |
| CREDITOR ID: 395325-63<br>NEXTEL<br>PO BOX 4192<br>CAROL STREAM, IL 60197 | CREDITOR ID: 395696-65<br>NEXTEL<br>1300 N FLORIDA MANGO ROAD, SUITE 18<br>WEST PALM BEACH, FL 33409 | CREDITOR ID: 397344-15<br>NEXTEL<br>C/O NEXTEL COMMUNICATIONS INC<br>ATTN MICHAEL GIMA, BANKRUPTCY<br>PO BOX 172408<br>DENVER CO 80217-2408 |
| CREDITOR ID: 257230-12<br>NEXTEL COMMUNICATIONS<br>PO BOX 6220<br>CAROL STREAM IL 60197-6220 | CREDITOR ID: 257229-12<br>NEXTEL COMMUNICATIONS<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 | CREDITOR ID: 395698-65<br>NEXTEL PARTNERS<br>6880 BERMUDA ROAD, SUITE 100<br>LAS VEGAS, NV 89119 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 257231-12
NEXTEL PARTNERS INC
PO BOX 4192
CAROL STREAM, IL 60197-4192

CREDITOR ID: 240864-10
NEXTEL PARTNERS INC
PAID THREW P CARD
PO BOX 4192
CAROL STREAM IL 60197-4192

CREDITOR ID: 257232-12
NEXTRAN TRUCK CENTER
PO BOX 2880
JACKSONVILLE, FL 32203

CREDITOR ID: 257233-12
NEXXTWORKS
PO BOX 13886
ST PETERSBURG FL 33733-3886

CREDITOR ID: 386011-54
NEYLAND, ROY
2463 VERBENA ST
NEW ORLEANS, LA 70122

CREDITOR ID: 391228-55
NEYLAND, ROY
C/O: JACOB GARBIN
LAW OFFICE OF WILLIAM S. VINCENT
2018 PRYTANIA ST
NEW ORLEANS LA 70130

CREDITOR ID: 388675-54
NEYREY, RICHARD
4913 YALE STREET
APT. B
METAIRIE LA 70006

CREDITOR ID: 376395-44
NFPA STUDENT SUSTAINING MEMBERSHIP
PO BOX 33108
KANSAS CITY, MO 64114-0108

CREDITOR ID: 257234-12
NFS OF BROWARD INC
1950 EISENHOWER BLVD
FT LAUDERDALE FL 33316

CREDITOR ID: 400846-91
NG, CHI WING
2056 WESTBOURNE DR
OVIEDO FL 32765

CREDITOR ID: 392389-55
NGO, PHUNG
C/O: MICHALE L. DAVIS, ESQ.
MORGAN, COLLING & GILBERT, P.A.
20 N. ORANGE AVE., 16TH FL
P.O. BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 403401-92
NGUYEN, BETAM
9801 SW 62 COURT
MIAMI FL 33156

CREDITOR ID: 243388-12
NGUYEN, BETAM
10100 SW 63RD PLACE
MIAMI FL 33156

CREDITOR ID: 391814-55
NGUYEN, TUYET THI
C/O: ANH QUANG CAO, ESQ.
ANH QUANG CAO, ATTORNEY AT LAW
401 WESTBANK EXPRESSWAY
STE# 202
GRETNA LA 70053

CREDITOR ID: 387226-54
NGUYEN, TUYET THI
5871 TULLIS DRIVE
NEW ORLEANS, LA 70131

CREDITOR ID: 257235-12
NHS DUGOUT CLUB
ATTN DIANE ADAMS
5300 SPALDING DRIVE
NORCROSS GA 30092

CREDITOR ID: 257236-12
NHS MANAGEMENT LLC
ATTN KATIE
931 FAIRFAX PARK
TUSCALOOSA AL 35406

CREDITOR ID: 376396-44
NIAGARA NATIONAL CORP
2160-C HILLS AVE NW
ATLANTA, GA 30318

CREDITOR ID: 257237-12
NIAGARA NATIONAL CORPORATION
ATTN: A M BERENSON, DIR OF ACCT
2160-C HILLS AVE NW
ATLANTA, GA 30318

CREDITOR ID: 268111-31
NIBCAA REVOLVING LOAN PROGRAMS
ATTN: JAMES MITCHELL JR
21 CARDINAL RD STE 105
HILTON HEAD ISLAND SC 29926-3718

CREDITOR ID: 257238-12
NICE PAK PRODUCTS INC
PO BOX 90267
CHICAGO IL 60696-0267

CREDITOR ID: 268112-31
NICEVILLE VALPARISO OKALOOSA C
ATTN: LARRY QUATTLEBAUM
HWY 85 N
NICEVILLE FL 32578

CREDITOR ID: 388816-54
NICHAUD, SHERRY
156 SE AUGUST GLEN
LAKE CITY, FL 32025

CREDITOR ID: 257239-12
NICHOLAS A DESSI
3301 NORTH COUNTRY CLUB DRIVE
209
AVENTURA FL 33180

CREDITOR ID: 257240-12
NICHOLAS A FINCH
1413 SKYCREST DRIVE
FAYETTEVILLE NC 28304

CREDITOR ID: 257241-12
NICHOLAS A TRIZANO
26 PICKSTON LANE
PALM COAST FL 32164

CREDITOR ID: 257242-12
NICHOLAS B HEINE
232 NE 9 AVENUE
DEERFIELD BEACH FL 33441

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 257243-12
NICHOLAS BARTEK
326 N 14TH STREET
QUINCY FL 32351

CREDITOR ID: 257244-12
NICHOLAS M DELLORUSSO
9 CHERRY TREE LANE
NAPLES FL 34114

CREDITOR ID: 257245-12
NICHOLAS MISHLER
140 PINE TREE DRIVE
INDIALANTIC FL 32903

CREDITOR ID: 257246-12
NICHOLAS R GREEN
1365 ISLEWORTH CIRCLE
COLLEGE PARK GA 30349

CREDITOR ID: 257247-12
NICHOLAS S BARRANCO
200 ROSE DRIVE
BIRMINGHAM AL 35215

CREDITOR ID: 257248-12
NICHOLAS S TOBEN
12411 NORTH OAK HILLS PARKWAY
BATON ROUGE LA 70810

CREDITOR ID: 257249-12
NICHOLAS SAMPLES
1004 WALNUT PLACE
MANSFIELD TX 76063

CREDITOR ID: 257250-12
NICHOLAS SANG
17929 87TH LANE NORTH
LAXAHATCHEE FL 33470

CREDITOR ID: 257251-12
NICHOLAS STOFFEL
6342 GRAPEWOOD ROAD
SPRING HILL FL 34609

CREDITOR ID: 257253-12
NICHOLAS WARENZAK
3728 SUGAR CREEK LN SE
CONYERS GA 30094-3813

CREDITOR ID: 257254-12
NICHOLAS WILSON
PO BOX 1325
MISSISSIPPI ST MS 39762

CREDITOR ID: 387805-54
NICHOLAS, LOIS
9435 HWY 405
DONALDSONVILLE, LA 70346

CREDITOR ID: 392131-55
NICHOLAS, LOIS
C/O: FRANKLIN G. SHAW, ESQ.
LEGER & MESTAYER
600 CARONDELET
9TH FLOOR
NEW ORLEANS LA 70130

CREDITOR ID: 387920-54
NICHOLAS, LULA
3701 BLAYTON ST.
NEW PORT RICHEY, FL 34652

CREDITOR ID: 392204-55
NICHOLAS, LULA
C/O LATOUR &  ASSOCIATES, PA
ATTN EDUARDO R LATOUR, ESQ
135 EAST LEMON ST.
TARPON SPRINGS FL 34689

CREDITOR ID: 2702-04
NICHOLS SANITATION
PO BOX 9001520
LOUISVILLE KY 40290

CREDITOR ID: 258180-12
NICHOLS, PAUL P
1219 SHARAZAD BLVD APT 3
OPA LOCKA, FL 33054

CREDITOR ID: 257256-12
NICHOLSON ELEMENTARY
ATTN VERA BEECH
PO BOX 919
NICHOLSON MS 39463

CREDITOR ID: 389095-54
NICHOLSON, CHARLENE (MINOR)
2815 DUMAINE STREET
NEW ORLEANS, LA 70119

CREDITOR ID: 385521-54
NICHOLSON, REBA
C/O FRANK FERRARA
PO BOX 159
WALKER, LA 70785

CREDITOR ID: 386980-54
NICHOLSON, RICKY
3402A DAYTON BLVD
RED BANK TN 37415

CREDITOR ID: 386841-54
NICHOLSON, TOM
540 EAST WASHINGTON STREET
GEORGETOWN KY 40324

CREDITOR ID: 388652-54
NICKAS, MARY
2206 LYNN ROAD
HUNTSVILLE AL 35810

CREDITOR ID: 392702-55
NICKAS, MARY
C/O: BRENT L. PARKER
CLOUD & PARKER
521 MADISON STREET
SECOND FLOOR
HUNTSVILLE AL 35801

CREDITOR ID: 257257-12
NICKEELA ADAMS
1073 QUEENSBURY DRIVE
MONTGOMERY AL 36116

CREDITOR ID: 381379-47
NICKELL, JOHN
920 NW 7TH AVENUE
FORT LAUDERDALE, FL 33315

CREDITOR ID: 268113-31
NICKITAS DEVELOPMENT CO I
ATTN: IRENE ATHANS
3030 GRAND BAY BLVD
LONGBOAT KEY FL 34228-4406

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257258-12<br>NICKOLAS R CHAPLIN<br>1843 SOUTHWEST GREGOR WAY<br>STUART FL 34997 | CREDITOR ID: 389967-54<br>NICKOLAUS, TEDDY<br>335 NORCO STREET<br>NORCO, LA 70079 | CREDITOR ID: 393488-55<br>NICKOLAUS, TEDDY<br>C/O: JAMES B. GUEST<br>GUEST LAW FIRM<br>1900 32ND ST<br>KENNER LA 70065 |
| CREDITOR ID: 257259-12<br>NICKS HEATING AND AIR CONDITIONING<br>17396 HWY 190 EAST<br>HAMMOND, LA 70401 | CREDITOR ID: 387567-54<br>NICKS, TARON<br>19171 NW 33RD PLACE<br>MIAMI FL 33167 | CREDITOR ID: 392066-55<br>NICKS, TARON<br>C/O FELDMAN & GETZ LLP<br>ATTN JENNIFER BRODERICK ESQ<br>1877 SO FEDERAL HIGHWAY SUITE 110<br>BOCA RATON FL 33432 |
| CREDITOR ID: 389685-54<br>NICOLAS, LUCIANI<br>2403 NORTHEAST 9TH STREET<br>FORT LAUDERDALE, FL 33304 | CREDITOR ID: 393331-55<br>NICOLAS, LUCIANI<br>C/O: THOMAS & PEARL P.A.<br>THOMAS & PEARL, P.A.<br>2404 N.E. 9TH ST.<br>FT. LAUDERDALE FL 33304 | CREDITOR ID: 390247-54<br>NICOLAS, OSSERVIO<br>1375 NW 100TH TERRACE<br>MIAMI FL 33147 |
| CREDITOR ID: 257260-12<br>NICOLE ANTHONY<br>4309 N JEREMY S LANDING DRIVE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 257261-12<br>NICOLE BROWN<br>PO BOX 447<br>COTTONDALE FL 32431 | CREDITOR ID: 257262-12<br>NICOLE D CHASTAIN<br>4880 CEDARBROOK DRIVE<br>CONYERS GA 30094 |
| CREDITOR ID: 257263-12<br>NICOLE D OESTRIECHER<br>2805 JACOB DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 257264-12<br>NICOLE M OROLOGIO<br>125 73RD AVENUE N<br>APT# 218<br>ST PETERSBURG FL 33702 | CREDITOR ID: 257265-12<br>NICOLE R BOUDREAUX<br>1009 HARRY HUVAL ROAD<br>BREAUX BRIDGE LA 70517 |
| CREDITOR ID: 257266-12<br>NICOLE TARBOX<br>3119 SUTTON DRIVE<br>ORLANDO FL 32810 | CREDITOR ID: 257267-12<br>NICOLE V BROWN<br>320 NW 158 AVENUE<br>PEMBROKE PINES FL 33028 | CREDITOR ID: 376404-44<br>NICOLOSI, BETHENE O<br>AS BENEFICIARY OF JAMES D WATTS<br>105 GWENLIN DRIVE<br>HAMMOND, LA 70403 |
| CREDITOR ID: 386795-54<br>NICOLS, TONYA<br>2085 WHEELER ROAD<br>QUITMAN GA 31643 | CREDITOR ID: 391684-55<br>NICOLS, TONYA<br>C/O: EDWARD WILLIAMS<br>108 E. VALLEY STRE<br>VALDOSTA GA 31601 | CREDITOR ID: 385797-54<br>NIEBLA, CARMEN L<br>1700 SW 12TH STREET<br>MIAMI, FL 33145 |
| CREDITOR ID: 391062-55<br>NIEBLA, CARMEN L<br>C/O: RAYO MORENO, ESQ<br>FRIEDMAN, RODMAN & FRANK, PA<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | CREDITOR ID: 257268-12<br>NIELSEN MASSEY VANILLA INC<br>DEPT 77-6521<br>CHICAGO, IL 60678-6521 | CREDITOR ID: 397194-67<br>NIELSEN MEDIA RESEARCH<br>ATTN KAREN E LEPAK<br>770 BROADWAY<br>NEW YORK, NY 10003 |
| CREDITOR ID: 386593-54<br>NIELSEN, CHRISTINA<br>142 GARNER ROAD<br>FRANKLINTON NC 27525 | CREDITOR ID: 391602-55<br>NIELSEN, CHRISTINA<br>C/O: BENJAMIN WHITLEY<br>WHITLEY, RODGMAN & WHITLEY<br>2902-B N. HERRITAGE ST<br>KINSTON NC 28501 | CREDITOR ID: 393006-55<br>NIELSEN, EDWARD<br>C/O MORGAN, COLLING & GILBERT, PA<br>ATTN ROBERT J SCANLAN<br>101 E. KENNEDY BLVD, STE 1790<br>TAMPA FL 33602 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389126-54<br>NIELSEN, EDWARD R<br>2430 CANNON STREET<br>LAKELAND, FL 33815 | CREDITOR ID: 399279-15<br>NIELSEN, EDWARD R<br>2430 W CANNON STREET<br>LAKELAND FL 33815 | CREDITOR ID: 385589-54<br>NIETO, MIRTA<br>599 S PINE ISLAND RD, #203<br>PLANTATION, FL 33324 |
| CREDITOR ID: 391136-55<br>NIETO, MIRTA<br>C/O GREG MONALDI & ASSOCIATES<br>ATTN STACY L FEINSTEIN, ESQ<br>200 SE 9TH STREET<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 257269-12<br>NIFTY HOME PRODUCTS INC<br>PO BOX 507<br>MADISON LAKE, MN 56063 | CREDITOR ID: 257270-12<br>NIGHT OWL<br>A DIVISION OF B L TEES INC<br>PO BOX 39-0416<br>DELTONA FL 32739 |
| CREDITOR ID: 257271-12<br>NIKCO SPORTS<br>ATTN CRAIG BIDNER<br>516 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 | CREDITOR ID: 257272-12<br>NIKEYA L BELL<br>213 BRIARHILL ROAD<br>APT 12<br>FLORENCE MS 39073 | CREDITOR ID: 257273-12<br>NIKISHA S ROGERS<br>3703 SALOOK AVENUE<br>APT 28<br>PASCAGOULA MS 39581 |
| CREDITOR ID: 257274-12<br>NILA E KOEN<br>3923 BEATY ROAD<br>GASTONIA NC 28056 | CREDITOR ID: 381676-47<br>NIM HENSON GERIATRIC CENTER<br>420 JETT DRIVE<br>JACKSON, KY 41339 | CREDITOR ID: 257275-12<br>NIMNICHT CHEVROLET<br>1550 CASSAT AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 403859-94<br>NIMO, WILLIAM<br>2031 PIPING PLOVER WAY<br>JACKSONVILLE FL 32224 | CREDITOR ID: 257276-12<br>NINA V VOYTOICH<br>5124 47TH AVENUE NORTH<br>ST PETERSBURG FL 33709 | CREDITOR ID: 397838-76<br>NINESLING, JENNIFER<br>671 DOSTER ROAD<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 257277-12<br>NINETY SIX CANNING CO<br>109 S CAMBRIDGE ST<br>NINETY SIX, SC 29666-1149 | CREDITOR ID: 262304-12<br>NIPPER, SUSAN<br>4016 CARYBROOK ROAD<br>ROCKY MOUNTAIN, NC 27803 | CREDITOR ID: 257278-12<br>NISSIN FOODS USA CO INC<br>PO BOX 512877<br>LOS ANGELES, CA 90051-0877 |
| CREDITOR ID: 257279-12<br>NITE & DAY SECURITY INC<br>PO BOX 39207<br>LOUISVILLE, KY 40233-9207 | CREDITOR ID: 257280-12<br>NITSCH TOOL CO INC<br>1715 GRANT BLVD<br>SYRACUSE NY 13208-3017 | CREDITOR ID: 390374-54<br>NIX EPPERSON, BELINDA JUNE<br>2329 COUNTY RD. 78<br>JEMISON, AL 36792 |
| CREDITOR ID: 390659-55<br>NIX EPPERSON, BELINDA JUNE<br>C/O: HENRY CORNELIUS, ESQ.<br>MARSH, RICKARD & BRYAN<br>800 SHADES CREEK PARKWAY<br>SUITE 600D<br>BIRMINGHAM AL 35209 | CREDITOR ID: 407031-MS<br>NIX, DONALD L.<br>2458 12TH AVENUE<br>OCOEE FL 34761 | CREDITOR ID: 407032-MS<br>NIX, JAMES R.<br>1048 HAMMOND BLVD.<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 391649-55<br>NIX, KATHERINE D<br>C/O: RUSSELL PARKER<br>DEMING, PARKER, HOFFMAN, GREEN & CAMPBEL<br>4851 JIMMY CARTER BLVD<br>NORCROSS GA 30093 | CREDITOR ID: 386686-54<br>NIX, KATHERINE D<br>1023 SANDUNE DR<br>NORCROSS GA 30093 | CREDITOR ID: 381435-47<br>NIXON, CHRISTOPHER<br>1128 OCALA ROAD<br>#F4<br>TALLAHASSEE, FL 32304 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407034-MS<br>NIXON, MICHAEL E.<br>4538 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 381813-48<br>NIZNICK ENTERPRISES INC<br>ATTN DR GERALD NIZNICK<br>3993 HOWARD HUGHES PARKWAY, #540<br>LAS VEGAS NV 89109 | CREDITOR ID: 403861-94<br>NJOKU, GIDEON A<br>9802 S.W. 158 CT<br>MIAMI FL 33196 |
| CREDITOR ID: 256845-12<br>NK HURST COMPANY<br>PO BOX 985<br>INDIANAPOLIS, IN 46206-0985 | CREDITOR ID: 256844-12<br>NKC PROPERTIES<br>PO BOX 4479<br>DALTON, GA 30719 | CREDITOR ID: 2429-07<br>NKC PROPERTIES<br>PO BOX 4479<br>DALTON, GA 30719 |
| CREDITOR ID: 257281-12<br>NLYNX TECHNOLOGIES<br>SUITE 340 PMB 383<br>7010 WEST HIGHWAY 71<br>AUSTIN TX 78735-8331 | CREDITOR ID: 257282-12<br>NMB PARTNERS L P<br>ATTN: ELTING L CHAPMAN III<br>PO BOX 2384<br>MURRELLS INLET, SC 29576 | CREDITOR ID: 1648-07<br>NMB PARTNERS L P<br>ATTN: ELTING L CHAPMAN III<br>PO BOX 2384<br>MURRELLS  INLET, SC 29576 |
| CREDITOR ID: 268114-31<br>NO ONE WITHOUT HOPE INC<br>ATTN: KEVIN SCORZA<br>1616 LOUISA ST<br>NEW ORLEANS LA 70117-6056 | CREDITOR ID: 257283-12<br>NOAHS GLASS SHOP INC<br>PO BOX 645<br>HAVELOCK NC 28532 | CREDITOR ID: 257284-12<br>NOBIS EXPORTAC USA CORP<br>1628 NW 82TH AVENUE<br>MIAMI, FL 33126 |
| CREDITOR ID: 2449-07<br>NOBLE MANAGEMENT<br>5821 LAKE WORTH ROAD<br>GREENACRES FL 33463 | CREDITOR ID: 376405-44<br>NOBLE MANAGEMENT COMPANY<br>PO BOX 100783<br>FT LAUDERDALE, FL 33310 | CREDITOR ID: 2450-07<br>NOBLE MANAGEMENT COMPANY<br>PO BOX 100849<br>FT  LAUDERDALE, FL 33310-0849 |
| CREDITOR ID: 257287-12<br>NOBLE OIL SERVICES<br>PO BOX 4419<br>SANFORD NC 27331 | CREDITOR ID: 2451-07<br>NOBLE PROPERTIES<br>5821-C LAKE WORTH ROAD<br>GREENACRES FL 33463 | CREDITOR ID: 405266-95<br>NOBLE SIGNS<br>1850 HILLYER ROBINSON PKWY<br>ANNISTON AL 36207 |
| CREDITOR ID: 257288-12<br>NOBLE SIGNS<br>PO BOX 1196<br>ANNISTON, AL 36202-1196 | CREDITOR ID: 257289-12<br>NOBLE WORLDWIDE SALES<br>PO BOX 1647<br>WINTER HAVEN, FL 33880 | CREDITOR ID: 397916-76<br>NOBLE, MICHAEL D.<br>2341 DUNWOODY CROSSING, APT. K<br>ATLANTA, GA 30338 |
| CREDITOR ID: 257290-12<br>NOBLES ROOFING & SHEETMETAL<br>3 TERMINAL STREET<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 244770-12<br>NOBLES, CATHERINE<br>PO BOX 5652<br>MERIDIAN MS 39301 | CREDITOR ID: 388391-54<br>NOBLES, MILTON<br>2310 STERLING DRIVE<br>KINSTON, NC 28501 |
| CREDITOR ID: 388391-54<br>NOBLES, MILTON<br>1504 WENTBRIDGE DR<br>RICHMOND VA 23227 | CREDITOR ID: 403182-15<br>NOBO, RAFAEL J III<br>PO BOX 2188<br>BARTOW FL 33831 | CREDITOR ID: 386537-54<br>NODAL, MARIANO<br>575 WEST 51ST PLACE<br>#C-5<br>HIALEAH FL 33012 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 391568-55<br>NODAL, MARIANO<br>C/O: RAMON MALCA<br>MALCA AND JACOBS<br>5975 SUNSET DR<br>SUITE 801<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 257291-12<br>NOEL A WHITE JR<br>3003 B MCNAIR STREET<br>TUSKEGEE AL 36083 | CREDITOR ID: 257292-12<br>NOEL H ALLEN<br>20431 NW 25TH AVENUE<br>MIAMI FL 33056 |
| CREDITOR ID: 389897-54<br>NOEL, LINUS<br>3200 GARDEN OAKS DRIVE, APT 712<br>NEW ORLEANS, LA 70114 | CREDITOR ID: 393436-55<br>NOEL, LINUS<br>C/O THE CALUDA & REBENNACK LAW FIRM<br>ATTN ROBERT J CALUDA, ESQ<br>3232 EDENBORN AVENUE<br>METAIRIE LA 70002 | CREDITOR ID: 257293-12<br>NOEMI LILIANA GUTIERREZ<br>6395 WEST 27TH COURT #102<br>HIALEAH, FL 33016 |
| CREDITOR ID: 391941-55<br>NOGUERA, FRANCISCO J<br>C/O: JOSE FRANCISCO<br>198 NW 37TH AVE<br>MIAMI FL 33125-4826 | CREDITOR ID: 387373-54<br>NOGUERA, FRANCISCO J<br>PO BOX 2527<br>KEY WEST, FL 33045 | CREDITOR ID: 257294-12<br>NOLA BOX SUPPLY COMPANY<br>8501 EARHART BLVD<br>NEW ORLEANS LA 70118-4435 |
| CREDITOR ID: 257295-12<br>NOLA OSBOURNE<br>824 LILLIAN STREET<br>CHINA GROVE NC 28023 | CREDITOR ID: 257296-12<br>NOLAN BATTERY CO<br>PO BOX 10641<br>JEFFERSON LA 70181 | CREDITOR ID: 257297-12<br>NOLAN COMPANY<br>PO BOX 402301<br>ATLANTA GA 30384-2301 |
| CREDITOR ID: 403340-83<br>NOLAN PROCESS SERVERS<br>2075 CYNTHIA DRIVE<br>TALLAHASSEE FL 32302 | CREDITOR ID: 257298-12<br>NOLAN R GARDNER<br>5121 S BROKEN BOW DRIVE<br>BIRMINGHAM AL 35242 | CREDITOR ID: 257300-12<br>NOLAND COMPANY<br>PO BOX 402301<br>ATLANTA GA 30384-2301 |
| CREDITOR ID: 397917-76<br>NOLAND, BARBARA<br>2711-18TH AVENUE, APT. 16,<br>NORTHPORT, AL 35476 | CREDITOR ID: 400098-84<br>NOLIN, RICHARD<br>4506 NW FALLING CREEK RD<br>LAKE CITY FL 32055 | CREDITOR ID: 257301-12<br>NOM MILLBROOK LTD<br>250 WASHINGTON STREET<br>PRSTTVILLE AL 36067 |
| CREDITOR ID: 256846-12<br>NOM PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 1625-07<br>NOM PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-1689 | CREDITOR ID: 2430-07<br>NOM PROPERTIES INC<br>P O BOX 680176<br>PRATTVILLE AL 36068 |
| CREDITOR ID: 257302-12<br>NOMA MILLER<br>1285 VALLARIS STREET<br>MOBILE AL 36608 | CREDITOR ID: 257303-12<br>NONETTE L BRAVO<br>702 EDWARDS ROAD<br># 131<br>GREENVILLE SC 29615 | CREDITOR ID: 257304-12<br>NONNI'S FOOD COMPANY<br>4113 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 405267-95<br>NONNI'S FOOD COMPANY<br>601 S BOULDER<br>SUITE 900<br>TULSA OK 74116 | CREDITOR ID: 389787-54<br>NONORME, BLOUSSEY<br>3932 VERSILLES DR<br>ORLANDO FL 32808 | CREDITOR ID: 393391-55<br>NONORME, BLOUSSEY<br>C/O: TONY C FRANCIS<br>TONY FRANCIS ESQ.<br>P.O. BOX 771243<br>ORLANDO FL 32877-1243 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257305-12<br>NONPAREIL CORPORATION<br>40 NORTH 400 WEST<br>BLACKFOOT ID 83221 | CREDITOR ID: 257306-12<br>NORA HINTON<br>27 RAY HINTON ROAD<br>PICAYUNE MS 39466 | CREDITOR ID: 257307-12<br>NORA J BROWN<br>1224 BUTTER MILK ROAD<br>LOT 08<br>LAPINE AL 36046 |
| CREDITOR ID: 257308-12<br>NORAH GRACE<br>2313 EDGEWOOD<br>PASCAGOULA MS 39581 | CREDITOR ID: 257309-12<br>NORAMAR COMPANY<br>ATTN NORMAN TOMIELLO<br>PO BOX 771<br>CHAGRIN FALLS OH 44022 | CREDITOR ID: 257310-12<br>NORBERT M CARROLL JR<br>7701 POITEVENT AVENUE<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 257311-12<br>NORBERT RILLIUEX ELEMENTARY<br>7121 RIVER RD<br>AVONDALE, LA 70094 | CREDITOR ID: 257312-12<br>NORBERT SCHRODER<br>621 SPANISH DRIVE NORTH<br>LONGBOAT KEY FL 34228 | CREDITOR ID: 257313-12<br>NORCO ELEMENTARY 4-7<br>102 FIFTH ST<br>NORCO, LA 70079 |
| CREDITOR ID: 257314-12<br>NORCO ELEMENTARY SCHOOL K-3<br>102-A FIFTH AVENUE<br>NORCO, LA 70079 | CREDITOR ID: 257315-12<br>NORDSON CORP PKG/ASSEM D<br>ATTN SUSAN L CHERRY, CR MGR<br>100 NORDSON DRIVE, MS 83<br>AMHERST OH 44001 | CREDITOR ID: 257316-12<br>NORDSON CORPORATION<br>PO BOX 751013<br>CHARLOTTE NC 28275-0001 |
| CREDITOR ID: 257317-12<br>NORDTECH INC<br>2460 TEDLO STREET UNIT C<br>MISSISSAUGA, ON L5A 3V3<br>CANADA | CREDITOR ID: 393390-55<br>NORELIA, FRANKY<br>C/O RAUL DE LA HERIA & ASSOCIATES<br>ATTN RAUL DE LA HERIA, ESQ<br>2100 CORAL WAY, SUITE 500<br>MIAMI FL 33145 | CREDITOR ID: 268115-31<br>NORFOLK NGHBRHOOD LISURES SVCS<br>ATTN: LARRY BELLAMY<br>1319 GODFREY AVE<br>NORFOLK VA 23504-3825 |
| CREDITOR ID: 268116-31<br>NORFOLK PUB WRKS DEPT WASTE MA<br>ATTN: KAREN COOKSON<br>1176 PINERIDGE RD<br>NORFOLK VA 23502-2025 | CREDITOR ID: 268118-14<br>NORFOLK REDEVELOPMENT<br>HOUSING AUTHORITY<br>ATTN: ERNIE FREEMAN<br>201 GRANBY ST<br>NORFOLK VA 23510-1820 | CREDITOR ID: 257318-12<br>NORFOLK SOUTHERN<br>PO BOX 532797<br>ATLANTA, GA 30353-2797 |
| CREDITOR ID: 405268-95<br>NORFOLK SOUTHERN<br>PO BOX 945503<br>ATLANTA GA 30394-5503 | CREDITOR ID: 257319-12<br>NORMA J NEWTON<br>3166 LINWOOD DRIVE<br>NORTH FORT MYERS FL 33917 | CREDITOR ID: 257320-12<br>NORMA JEANNINE TAYLOR<br>380 LAZY LAKE ROAD<br>BOONE NC 28607 |
| CREDITOR ID: 381705-47<br>NORMA OXNOR<br>1961 LEBARON DRIVE WEST<br>MOBILE, AL 36618 | CREDITOR ID: 257321-12<br>NORMA RIOS SPITZ<br>PO BOX 27<br>DAYTONA BEACH FL 32115 | CREDITOR ID: 257323-12<br>NORMAN GUYTON<br>98 STARLIE LANE<br>BLADENBORO NC 28320 |
| CREDITOR ID: 257324-12<br>NORMAN L GILLESPIE<br>93 GREEN PARK SOUTH<br>PELHAM AL 35124 | CREDITOR ID: 257325-12<br>NORMAN W BENTON JR<br>479 MOBY DICK DRIVE SOUTH<br>JACKSONVILLE FL 32218 | CREDITOR ID: 257326-12<br>NORMAN WINGO<br>1626 APRIL DRIVE<br>WARRIOR AL 35180 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257327-12<br>NORMAN WINSTON<br>1243 GREENRIDGE LANE<br>LITHONIA GA 30058 | CREDITOR ID: 386131-54<br>NORMAN, BENJAMIN<br>310 MYRTLE STREET<br>DUNDEE, FL 33838 | CREDITOR ID: 385851-54<br>NORMAN, FRANCES<br>1650 CAPISTRANA PLACE<br>DECATUR, GA 30032 |
| CREDITOR ID: 391103-55<br>NORMAN, FRANCES<br>C/O: ROBERT SUSKO, ESQ.<br>ROBERT SUSKO, P.C.<br>3017 PIEDMONT RD. NE<br>SUITE 100<br>ATLANTA GA 30305 | CREDITOR ID: 386218-54<br>NORMAN, JAMES<br>15877 TRAILRIDGE COURT<br>JACKSONVILLE FL 32204 | CREDITOR ID: 391358-55<br>NORMAN, JAMES<br>C/O: JOY A. LORDAHL<br>JOY A. LORDAHL<br>3840-4 WILLIAMSBURG PARK BLVD.<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 392214-55<br>NORMAN, SUSAN<br>C/O COVINGTON, PATRICK, HAGINS, STE<br>ATTN STEPHEN R H LEWIS, ESQ<br>211 PETTIGRU STREET<br>PO BOX 2343<br>GREENVILLE SC 29601 | CREDITOR ID: 387930-54<br>NORMAN, SUSAN<br>111 SUMMER DRIVE<br>EASLEY, SC 29642 | CREDITOR ID: 392264-55<br>NORMAN, WILLIAM E<br>C/O DONALDSON & BLACK<br>ATTN RACHEL SCOTT DECKER, ESQ<br>208 WEST WENDOVER AVENUE<br>GREENSBORO NC 27401 |
| CREDITOR ID: 387983-54<br>NORMAN, WILLIAM E<br>4200 S TRYON ST<br>CHARLOTTE, NC 28217 | CREDITOR ID: 257328-12<br>NORMANDY ATHLETIC ASSOCIATION<br>ATTN BRIAN BARTON<br>1728 LINDSEY RD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 257329-12<br>NORMANDY EQUITIES LTD<br>1 SLEIMAN PKWY STE 250<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 2452-07<br>NORMANDY EQUITIES LTD<br>1 SLEIMAN PKWY STE 250<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 316093-41<br>NORO MANAGEMENT, INC<br>ATTN: ARTHUR MEZZULL, III<br>2581 PIEDMONT ROAD SUITE A580<br>ATLANTA GA 30324 | CREDITOR ID: 385564-54<br>NORRIS, BARBARA<br>1411 BIRCH CREEK DR<br>ORLANDO, FL 32826 |
| CREDITOR ID: 387009-54<br>NORRIS, BRENDA<br>220 BIRCH STREET<br>FREEPORT FL 32439 | CREDITOR ID: 387594-54<br>NORRIS, CHARLOTTE<br>844 79TH STREET SOUTH<br>BIRMINGHAM AL 35206 | CREDITOR ID: 392079-55<br>NORRIS, CHARLOTTE<br>C/O: PAUL LANING<br>LANING & LANING<br>2100 FIRST AVE. NORTH<br>BHAM AL 35203 |
| CREDITOR ID: 389281-54<br>NORRIS, EARL<br>406 BOLLINGWOOD STREET<br>VALRICO FL 33594 | CREDITOR ID: 393110-55<br>NORRIS, EARL<br>C/O: STEPHEN V. BARSZCZ<br>SUITE 104<br>3023 EASTLAND BLVD<br>CLEARWATER FL 33761 | CREDITOR ID: 407035-MS<br>NORRIS, JAMES T.<br>3637 BROWN-WELL COURT<br>GAINESVILLE GA 30504 |
| CREDITOR ID: 389983-54<br>NORRIS, MARY E<br>6962 LOVETT ROAD<br>GREENVILLE FL 32331 | CREDITOR ID: 256052-12<br>NORRIS, MELVIN SCOTT<br>5903 WAGGONER COURT<br>REX, GA 30273-5206 | CREDITOR ID: 386265-54<br>NORRIS, ROBIN<br>1901 NE 49TH ST<br>OCALA FL 34479 |
| CREDITOR ID: 391384-55<br>NORRIS, ROBIN<br>C/O: J.W. CHALKLEY, III, ESQUIRE<br>CHALKLEY, SMITH & FULLER<br>THE CHALKLEY BUILDING<br>1130 S.E. 17TH STREET<br>OCALA FL 34471 | CREDITOR ID: 257331-12<br>NORSE DAIRY SYSTEMS<br>22439 NETWORK PLACE<br>CHICAGO, IL 60673-1224 | CREDITOR ID: 405270-95<br>NORSE DAIRY SYSTEMS<br>PO BOX 1869<br>COLUMBUS OH 43216 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407698-15<br>NORSE DAIRY SYSTEMS<br>ATTN TIFFANY C REEVE, CONTROLLER<br>1740 JOYCE AVENUE<br>PO BOX 1869<br>COLUMBUS OH 43219 | CREDITOR ID: 278764-28<br>NORSE DAIRY SYSTEMS<br>ATTN: ANNE BUCHANAN<br>PO BOX 1869<br>COLUMBUS, OH 43216 | CREDITOR ID: 257332-12<br>NORSTAN RESALE SERVICES GROUP<br>SDS 12-0976<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0976 |
| CREDITOR ID: 257333-12<br>NORTH & SOUTH STATION<br>DIM VASTGOED NV<br>C/O DBR ASSET MANAGEMENT INC<br>1 FINANCIAL PLAZA<br>FT LAUDERDALE, FL 33394 | CREDITOR ID: 257334-12<br>NORTH 8TH CONOCO<br>941 N 8TH STREET<br>EUNICE LA 70535 | CREDITOR ID: 257335-12<br>NORTH ALABAMA GAS DIST<br>PO BOX 40<br>MADISON, AL 35758-0040 |
| CREDITOR ID: 665-03<br>NORTH ALABAMA GAS DISTRICT<br>PO DRAWER 2590<br>MUSCLE SHOALS AL 35662-2590 | CREDITOR ID: 268119-31<br>NORTH AMERICAN ENVIRONMENTAL<br>ATTN: MARK ODOM<br>4420 JEFFERIES HWY<br>WALTERBORO SC 29488-6488 | CREDITOR ID: 257336-12<br>NORTH AMERICAN OIL COMPANY<br>ATTN: CAL YUDIN, PRES<br>2200 MAY COURT<br>KENNESAW, GA 30144 |
| CREDITOR ID: 380944-47<br>NORTH AMERICAN PERFUMES<br>5700 BRAXTON, SUITE 170<br>HOUSTON, TX 77036 | CREDITOR ID: 279325-35<br>NORTH AMERICAN PERFUMES, INC<br>C/O DICECCO, FANT & BURMAN<br>ATTN GLENN R LEMAY, ESQ<br>1900 WEST LOOP SOUTH, SUITE 1100<br>HOUSTON TX 77027 | CREDITOR ID: 257337-12<br>NORTH ATLANTIC SPECIALTY BAG<br>A DIVISION OF D P C INC<br>PO BOX 453<br>EPHRATA, PA 17522 |
| CREDITOR ID: 257338-12<br>NORTH AUGUSTA HIGH SCHOOL<br>NJROTC BOOSTER CLUB<br>2000 KNOBCONE AVENUE<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 257339-12<br>NORTH AUGUSTA PARKS&RECREATION DEPT<br>PO BOX 6400<br>NORTH AUGUSTA SC 29861 | CREDITOR ID: 257340-12<br>NORTH AUGUSTA SOCCER CLUB NA UNITED<br>505 W WOODLAWN AVENUE<br>NORTH AUGUSTA SC 29841 |
| CREDITOR ID: 257341-12<br>NORTH AUGUSTA YELLOW JACKET CLUB<br>2000 KNOBCOMBE AVENUE<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 257342-12<br>NORTH BAY ELEMENTARY SCHOOL<br>1825 POPPS FERRY ROAD<br>BILOXI, MS 39532 | CREDITOR ID: 405271-95<br>NORTH BAY ELEMENTARY SCHOOL<br>1040 CAMP FOUR JACKS RD<br>BILOXI MS 39532 |
| CREDITOR ID: 257343-12<br>NORTH BAY TOWING & SALVAGE<br>12066 LAMEY BRIDGE ROAD<br>D'IBERVILLE, MS 39540 | CREDITOR ID: 257344-12<br>NORTH BEACH ENGINEERING INC<br>ATTN KEVIN M DAVENPORT, PRES<br>3611-14 ST JOHNS BLUFF ROAD SOUTH<br>JACKSONVILLE, FL 32224 | CREDITOR ID: 257346-12<br>NORTH CAROLINA ASSOC OF PHARMACIST<br>109 CHURCH ST<br>CHAPEL HILL NC 27516 |
| CREDITOR ID: 257347-12<br>NORTH CAROLINA BAR ASSOCIATION<br>PO BOX 3688<br>CARY NC 27519-3688 | CREDITOR ID: 406189-93<br>NORTH CAROLINA BOARD OF PHARMACY<br>6015 FARRINGTON ROAD, STE 201<br>CHAPEL HILL NJ 27517 | CREDITOR ID: 382186-51<br>NORTH CAROLINA COMMUNITY NEWSPAPER<br>PO BOX 188<br>HICKORY, NC 28603 |
| CREDITOR ID: 268120-31<br>NORTH CAROLINA COOPERATIVE<br>ATTN: JENNIFER WALKER<br>102 E FRONT ST<br>LILLINGTON NC 27546-6683 | CREDITOR ID: 257350-12<br>NORTH CAROLINA DAIRY TECH<br>PO BOX 7624<br>RALEIGH NC 27695-7624 | CREDITOR ID: 383189-53<br>NORTH CAROLINA DENR<br>919 NORTH MAIN ST<br>MOORESVILLE NC 28115 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405273-95<br>NORTH CAROLINA DEPT OF AGRICULTURE<br>PO BOX 27647<br>RALEIGH NC 27611 | CREDITOR ID: 257364-12<br>NORTH CAROLINA FIRE & SAFETY<br>PO BOX 1301<br>APEX, NC 27502 | CREDITOR ID: 257365-12<br>NORTH CAROLINA FOOD DEALERS ASSOC<br>PO BOX 6066<br>CHARLOTTE NC 28207 |
| CREDITOR ID: 268124-31<br>NORTH CAROLINA LANDSCAPE<br>ATTN: SANDRA KELLY<br>7419 US 64 HWY E<br>KNIGHTDALE NC 27545-8825 | CREDITOR ID: 382881-51<br>NORTH CAROLINA MEDICAID<br>2515 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-2515 | CREDITOR ID: 376415-44<br>NORTH CAROLINA NATURAL GAS COR<br>PO BOX 791<br>RALEIGH, NC 27602-0791 |
| CREDITOR ID: 384265-47<br>NORTH CAROLINA NATURAL GAS COR<br>PO BOX 33068<br>CHARLOTTE, NC 28233-3068 | CREDITOR ID: 257368-12<br>NORTH CAROLINA POWER<br>PO BOX  26666<br>RICHMOND VA 23261-6666 | CREDITOR ID: 257369-12<br>NORTH CAROLINA PUBLIC HEALTH ASSOC.<br>PO BOX 4187<br>RALEIGH NC 27629-1487 |
| CREDITOR ID: 257370-12<br>NORTH CAROLINA RETAIL MERCHANTS ASS<br>PO BOX 176001<br>RALEIGH, NC 27619 | CREDITOR ID: 257371-12<br>NORTH CAROLINA SELF INS GUAR ASSN<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ROY COOPER OR DONALD LATON, ESQS<br>DEPARTMENT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | CREDITOR ID: 257371-12<br>NORTH CAROLINA SELF INS GUAR ASSN<br>ATTN STEPHEN P GENNETT<br>PO BOX 12442<br>RALEIGH NC 27605 |
| CREDITOR ID: 257371-12<br>NORTH CAROLINA SELF INS GUAR ASSN<br>STUART LAW FIRM, PLLC<br>ATTN CATHERINE R STUART<br>1033 WADE AVENUE, SUITE 200<br>RALEIGH NC 27605-1155 | CREDITOR ID: 268125-31<br>NORTH CAROLINA STATE UNIV<br>ATTN: DR MARYEANNE FOX<br>2728 CAPITOL ST<br>RALEIGH NC 27699-0001 | CREDITOR ID: 268126-31<br>NORTH CAROLINA WATERSHED<br>ATTN: JOHN WEAR<br>130 NONAH PL<br>FRANKLIN NC 28734-8460 |
| CREDITOR ID: 268127-31<br>NORTH CNTL FLA RGNAL PLG CNCIL<br>ATTN: CHARLES F JUSTICE<br>2009 NW 67TH PL STE A<br>GAINESVILLE FL 32653-1603 | CREDITOR ID: 257374-12<br>NORTH COAST PROCESSING<br>FNB LOCKBOX ACCOUNT<br>PO BOX 1168<br>HERMITAGE, PA 16148 | CREDITOR ID: 382057-36<br>NORTH COAST PROCESSING, INC NKA<br>ED SMITH USA, INC<br>C/O KNOX MCLAUGHLIN GORNALL ET AL<br>ATTN MARK G CLAYPOOL<br>120 W TENTH ST<br>ERIE PA 16501-1461 |
| CREDITOR ID: 279254-35<br>NORTH COAST PROCESSING, INC.<br>C/O WILLIAM LEWIS<br>PO BOX 472<br>11160 PARKWAY DRIVE<br>NORTH EAST PA 16428 | CREDITOR ID: 257375-12<br>NORTH COLLEGE HILL TAX DEPT<br>1646 WEST GALBRAITH ROAD<br>NORTH COLLEGE HILL, OH 45239 | CREDITOR ID: 1652-07<br>NORTH COLUMBUS CROSSING SHOPPING CT<br>ATTN: EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 376418-44<br>NORTH COLUMBUS CROSSING SHOPPING CTR LLC<br>ATT: EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY<br>SUITE A-12<br>COLUMBUS, GA 31904 | CREDITOR ID: 381016-47<br>NORTH COLUMBUS CROSSING SHOPPING CTR LLC<br>ATTN EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS, GA 31904 | CREDITOR ID: 268128-14<br>NORTH CROLINA DIV MTR VEHICLES<br>ATTN: RHONDA NEAL<br>219B TURNER DR<br>REIDSVILLE NC 27320-5736 |
| CREDITOR ID: 257377-12<br>NORTH CROWLEY ELEMENTARY SCHOOL<br>820 W 15TH ST<br>CROWLEY, LA 70526 | CREDITOR ID: 257378-12<br>NORTH DAKOTA CSE<br>PO BOX 7280<br>BISMARCK, ND 58507-7280 | CREDITOR ID: 257379-12<br>NORTH DALE MAGNET ACADEMY<br>10755 CLETUS DR<br>BATON ROUGE, LA 70815 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257380-12<br>NORTH ELEMENTARY SCHOOL<br>308 W MARTIN LUTHER KING<br>OPELOUSAS, LA 70571 | CREDITOR ID: 407725-93<br>NORTH FLORIDA IMMEDIATE CAR CARE<br>C/O ACC/NOBLES AGENCY<br>PO BOX 5066<br>GAINESVILLE FL 32627 | CREDITOR ID: 257381-12<br>NORTH FLORIDA IMMEDIATE CARE C<br>812 NW 57TH STREET<br>GAINESVILLE FL 32605-6407 |
| CREDITOR ID: 268129-31<br>NORTH FLORIDA IRRIGATION<br>ATTN: RICHARD LOPEZ<br>4304 OAKMONT ST<br>TALLAHASSEE FL 32303-7122 | CREDITOR ID: 257382-12<br>NORTH FLORIDA IRRIGATION EQUIP INC<br>PO BOX 23936<br>JACKSONVILLE FL 32241-3936 | CREDITOR ID: 257383-12<br>NORTH FLORIDA MEDIATION&ARBITRATN<br>SERVICES LLC<br>3014 WINDSOR WAY<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 257384-12<br>NORTH FLORIDA REFRIGERATION<br>3636 LENOX AVE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 257385-12<br>NORTH FLORIDA RENTAL<br>PO BOX 735<br>MARIANNA FL 32447 | CREDITOR ID: 257386-12<br>NORTH FLORIDA RESEARCH<br>AND EDUCATION CENTER<br>155 RESEARCH ROAD<br>QUINCY, FL 32351 |
| CREDITOR ID: 257387-12<br>NORTH FLORIDA RIMS<br>100 BELL TEL WAY<br>SUITE 300<br>JACKSONVILLE FL 32216 | CREDITOR ID: 257388-12<br>NORTH FLORIDA SALES N/A VENDOR<br>3601 REGENT BLVD<br>JACKSONVILLE, FL 32224 | CREDITOR ID: 381178-47<br>NORTH FLORIDA TIRE & ROAD SERVICE INC<br>2109 WEST US HIGHWAY 90<br>SUITE 170-310<br>LAKE CITY FL 32055-7708 |
| CREDITOR ID: 257390-12<br>NORTH FORT MYERS UTILITY INC<br>5660 BAYSHORE ROAD<br>FORT MYERS, FL 33902 | CREDITOR ID: 257391-12<br>NORTH GA ELECTRIC MEM CORP<br>ATTN BOB RIVERS<br>PO BOX 1407<br>DALTON, GA 30722-1407 | CREDITOR ID: 669-03<br>NORTH GEORGIA ELEC MEMBER CORP.<br>PO BOX 1407<br>DALTON GA 30722 |
| CREDITOR ID: 257392-12<br>NORTH GEORGIA NEWSPAPER GROUP<br>PO BOX 1167<br>DALTON, GA 30722-1167 | CREDITOR ID: 268130-31<br>NORTH GEORGIA REGIONAL DEV CTR<br>ATTN: BARRY TARTER<br>503 W WAUGH ST<br>DALTON GA 30720-3475 | CREDITOR ID: 257393-12<br>NORTH HIGHLANDS ELEMENTARY SCHOOL<br>3875 BRYON ST<br>BATON ROUGE, LA 70805 |
| CREDITOR ID: 257394-12<br>NORTH HILLS RETAIL LLC<br>2121 ALTON PARKWAY<br>SUITE 150<br>IRVINE, CA 92656 | CREDITOR ID: 403541-99<br>NORTH HIXON MARKETPLACE LLC<br>C/O WILES & WILES<br>ATTN: JOHN J WILES, ESQ<br>800 KENNESAW AVE, STE 400<br>MARIETTA GA 30060-7946 | CREDITOR ID: 257395-12<br>NORTH HIXSON MARKETPLACE LLC<br>6111 PEACHTREE DUNWOODY RD<br>BLDG F  STE 203<br>ATLANTA, GA 30328 |
| CREDITOR ID: 1653-07<br>NORTH HIXSON MARKETPLACE LLC<br>6111 PEACHTREE DUNWOODY ROAD<br>BUILDING F  SUITE 203<br>ATLANTA, GA 30328 | CREDITOR ID: 257396-12<br>NORTH LEWIS ELEMENTARY<br>604 N LEWIS ST<br>NEW IBERIA, LA 70560 | CREDITOR ID: 257397-12<br>NORTH MADISON ASSOCIATES LTD<br>PO BOX 12767<br>2117 SECOND AVENUE NORTH<br>BIRMINGHAM, AL 35202-2767 |
| CREDITOR ID: 399391-99<br>NORTH MADISON ASSOCIATES LTD<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LAFLEUR/RICHARD THAMES<br>121 W FORSYTH ST STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 399391-99<br>NORTH MADISON ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN: WALTER F MCARDLE<br>THE ZINSZER BLDG<br>2117 SECOND AVE NO<br>BIRMINGHAM AL 35203 | CREDITOR ID: 381213-47<br>NORTH MIAMI BEACH POLICE OFF ASSOC<br>ATTN: ALFRED D STURTZ, PRES<br>16901 NE 19TH AVENUE<br>NORTH MIAMI BEACH, FL 33162 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257398-12<br>NORTH MIAMI BEACH POLICE OFFICERS<br>16901 NE 19TH AVENUE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 268131-31<br>NORTH MIAMI CITY OF<br>ATTN: JACK STRAIN<br>1815 NE 150TH ST<br>MIAMI FL 33181-1113 | CREDITOR ID: 268132-31<br>NORTH MISS ENVMTL SPECIALISTS<br>ATTN: TRAVIS KITCHENS<br>1170 HIGHWAY 45 N<br>GUNTOWN MS 38849 |
| CREDITOR ID: 257399-12<br>NORTH MISSISSIPPI FAMILY MEDICAL<br>CLINICS<br>450 E PRESIDENT<br>TUPELO MS 38801 | CREDITOR ID: 376419-44<br>NORTH MISSISSIPPI FAMILY MEDICAL CLINICS<br>450 E PRESIDENT<br>TUPELO, MS 38801 | CREDITOR ID: 671-03<br>NORTH MONTGOMERY INVESTORS<br>PO BOX 9099<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 257400-12<br>NORTH MS FAMILY MEDICINE<br>1397 BELK BLVD<br>OXFORD MS 38665 | CREDITOR ID: 376420-44<br>NORTH OAKS MEDICAL CENTER<br>PO BOX 1579<br>HAMMOND, LA 70404 | CREDITOR ID: 257402-12<br>NORTH PACIFIC SEAFOODS<br>DIVI OF N PACIFIC PROCESSORS INC<br>DEPT 4092 PO BOX 34936<br>SEATTLE WA 98124-1936 |
| CREDITOR ID: 268133-31<br>NORTH PANOLA WATER DIST INC<br>ATTN: MICHAEL SUMNER<br>2174 DUNLAP RD<br>COMO MS 38619-6807 | CREDITOR ID: 257403-12<br>NORTH PORT SOLID WASTE DISTRICT<br>PO BOX 7276<br>NORTH PORT, FL 34287-0276 | CREDITOR ID: 257404-12<br>NORTH PORT UTILITIES<br>PO BOX 7228<br>NORTH PORT, FL 34287-7228 |
| CREDITOR ID: 672-03<br>NORTH PORT UTILITIES<br>ATTN LINDA BREDFELDT<br>PO BOX 7228<br>NORTH PORT FL 34287 | CREDITOR ID: 257405-12<br>NORTH PORT VILLAGE SHOPPING<br>CENTER ASSOCIATES LTD<br>C/O ISRAM REALTY & MANGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 | CREDITOR ID: 268134-31<br>NORTH RGIONAL WASTEWATER PLANT<br>ATTN: KEITH HIGHTOWER<br>2320 N REGIONAL RD<br>SHREVEPORT LA 71107-7800 |
| CREDITOR ID: 673-03<br>NORTH RICHLAND HILLS UTILITY<br>PO BOX 961092<br>FT WORTH TX 76161 | CREDITOR ID: 407596-15<br>NORTH RIDGE SHOPPING CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 268135-31<br>NORTH SANTA ROSA SANITATION<br>ATTN: ROBERT A CARNLEY<br>4130 EBENEZER CHURCH RD<br>JAY FL 32565-2023 |
| CREDITOR ID: 315882-40<br>NORTH SHORE CROSSING LLC<br>C/O GREAT SOUTH MGMT MSC# 4105<br>PO BOX 415000<br>NASHVILLE, TN 37241-5000 | CREDITOR ID: 2453-07<br>NORTH SHORE CROSSINGS, LLC<br>GREAT SOUTH MANAGEMENT, LLC<br>217 JAMESTOWN PARK RD. SUITE #<br>BRENTWOOD TN 37027 | CREDITOR ID: 257407-12<br>NORTH SPRINGS IMPROVEMENT DIST<br>10300 NW 11TH MANOR<br>CORAL SPRINGS, FL 33071 |
| CREDITOR ID: 268136-31<br>NORTH ST LUCIE RVR WATER CONTL<br>ATTN: CAROL DONAHUE<br>2721 S JENKINS RD<br>FORT PIERCE FL 34981-5352 | CREDITOR ID: 257408-12<br>NORTH STAR CONFERENCES<br>REGISTRAR<br>HARBORSIDE FINANCIAL CNTR<br>201 PLAZA 3<br>JERSEY CITY NJ 07311 | CREDITOR ID: 257409-12<br>NORTH STATE COMMUNICATIONS<br>PO BOX 612<br>HIGH POINT, NC 27261 |
| CREDITOR ID: 257410-12<br>NORTH STATE GAS SERVICE INC<br>PO BOX 350<br>FOREST CITY, NC 28043 | CREDITOR ID: 257411-12<br>NORTH STOKES HIGH SCHOOL<br>1350 NORTH STOKES SCHOOL ROAD<br>DANBURY NC 27016 | CREDITOR ID: 257412-12<br>NORTH STREET ELEMENTARY<br>121 NORTH ST<br>NEW IBERIA, LA 70560 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257413-12<br>NORTH TANGIPAHAO HEAD START<br>63508 ROCH RD<br>ROSELAND, LA 70456 | CREDITOR ID: 257414-12<br>NORTH VERNON BEVERAGE CO<br>PO BOX 889<br>NORTH VERNON, IN 47265 | CREDITOR ID: 268137-31<br>NORTH WASTEWATER TREATMENT<br>ATTN: JOHN RABUAT<br>1105 BUFFALO RD<br>TITUSVILLE FL 32796-2138 |
| CREDITOR ID: 375560-44<br>NORTH, JULIA<br>76 BRIGHTON RD NE<br>ATLANTA, GA 30309 | CREDITOR ID: 268138-31<br>NORTHAMPTON ZONING DEPT<br>ATTN: GARY BROWN<br>9495 NC HIGHWAY 305<br>JACKSON NC 27845-9679 | CREDITOR ID: 1656-07<br>NORTHCROSS LAND & DEVELOPMENT<br>PO BOX 403155<br>ATLANTA, GA 30384 |
| CREDITOR ID: 384266-47<br>NORTHCROSS LAND & DEVELOPMENT INC<br>PO BOX 403155<br>CHARLOTTE, NC 30384-3155 | CREDITOR ID: 384266-47<br>NORTHCROSS LAND & DEVELOPMENT INC<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN CAROLINE HUBBELL<br>100 N TRYON STREET, SUITE 4700<br>CHARLOTTE NC 28202-4003 | CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN CAROLINE HUBBELL<br>100 N TRYON STREET, SUITE 4700<br>CHARLOTTE NC 28202-4003 |
| CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>3800 ARCO CORPORATE DR, SUITE 200<br>CHARLOTTE NC 28273 | CREDITOR ID: 257417-12<br>NORTHCROSS URGENT CARE<br>PO BOX 70826<br>CHARLOTTE, NC 28272-0826 | CREDITOR ID: 257416-12<br>NORTHCROSS URGENT CARE<br>PO BOX 601273<br>CHARLOTTE NC 28260-1273 |
| CREDITOR ID: 407036-MS<br>NORTHCUT, SCOTT<br>216 SWEETBRIER BRANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407037-MS<br>NORTHCUT, WILLIAM E.<br>3706 WOODMONT PARK LN<br>LOUISVILLE KY 40245-8418 | CREDITOR ID: 257418-12<br>NORTHEAST ELEMENTARY<br>1125 MAMIE STREET<br>OPELOUSAS, LA 70570 |
| CREDITOR ID: 257419-12<br>NORTHEAST ELEMENTARY SCHOOL<br>13801 PRIDE PORT HUDSON<br>PRIDE, LA 70770 | CREDITOR ID: 405276-95<br>NORTHEAST ELEMENTARY SCHOOL<br>16477 PRIDE PORT HUDSON<br>PRIDE LA 70770 | CREDITOR ID: 257420-12<br>NORTHEAST FLA TELEPHONE<br>PO BOX 485<br>MACCLENNY, FL 32063-0485 |
| CREDITOR ID: 257421-12<br>NORTHEAST FLORIDA SAFETY COUNCIL<br>1725 ART MUSEUM DR<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 268139-31<br>NORTHEAST GA REGIONAL DEV CTR<br>ATTN: JAMES DOVE<br>305 RESEARCH DR<br>ATHENS GA 30605-2725 | CREDITOR ID: 268140-31<br>NORTHEAST GAINESVILLE/DUVAL HE<br>ATTN: JUANITA MILES-HAMILTON<br>2153 SE HAWTHORNE RD<br>GAINESVILLE FL 32641-7560 |
| CREDITOR ID: 257422-12<br>NORTHEAST GEORGIA  PRIMARY CARE<br>1144 VINE ST STE 3<br>GAINESVILLE GA 30501 | CREDITOR ID: 278094-23<br>NORTHEAST GEORGIA BANK<br>ATTN: BOOKKEEPER<br>PO BOX 765<br>LOVONIA GA 30553 | CREDITOR ID: 257423-12<br>NORTHEAST GEORGIA PRIMARY CARE<br>BILLING DEPARTMENT<br>1144 VINE STREET, SUITE 3<br>GAINESVILLE, GA 30501 |
| CREDITOR ID: 257424-12<br>NORTHEAST HIGH SCHOOL<br>13700 PRIDE PORT HUDSON ROAD<br>PRIDE, LA 70770 | CREDITOR ID: 405277-95<br>NORTHEAST HIGH SCHOOL<br>12828 JACKSON RD<br>ZACHARY LA 70791 | CREDITOR ID: 268141-31<br>NORTHEAST LA DELTA CMNTY DEV<br>ATTN: MOSES WILLIAMS<br>402 E CRAIG ST<br>TALLULAH LA 71282-3718 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 376422-44<br>NORTHEAST MEDICAL CENTER<br>920 CHURCH STREET NORTH<br>CONCORD, NC 28025 | CREDITOR ID: 257425-12<br>NORTHEAST MEDICAL CENTER<br>PO BOX 247<br>CONCORD, NC 28026 | CREDITOR ID: 384267-47<br>NORTHEAST MEDICAL CENTER<br>DEPT 857<br>PO BOX 1276<br>CHARLOTTE, NC 28201-1276 |
| CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>BOTTLING CO INC<br>PO BOX 968<br>STARKVILLE MS 39760 | CREDITOR ID: 257427-12<br>NORTHEAST MS COCA COLA<br>PO BOX 966<br>STARKVILLE, MS 39759 |
| CREDITOR ID: 257426-12<br>NORTHEAST MS COCA COLA<br>PO BOX 968<br>STARKVILLE, MS 39759 | CREDITOR ID: 403222-99<br>NORTHEAST MS COCA-COLA BOTTLING CO<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 268142-31<br>NORTHEAST PLANNING & DEV DST<br>ATTN: SHARRON GARDNER<br>619 E PARKER DR<br>BOONEVILLE MS 38829-5519 |
| CREDITOR ID: 257428-12<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET<br>SUITE C 2<br>C/O CORPORATE PROPERTY<br>SARASOTA, FL 34236-5019 | CREDITOR ID: 1657-07<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET, SUITE C 2<br>SARASOTA, FL 34236-5019 | CREDITOR ID: 393685-58<br>NORTHEAST WINE & LIQUOR #1338-3<br>111 CLEARBROOK RD.<br>NEWTON, MS 39345 |
| CREDITOR ID: 1658-RJ<br>NORTHERN FUNDS FBO URBANEK INV<br>PO BOX 75986<br>ACCT# 6110329270<br>CHICAGO, IL 60675-5986 | CREDITOR ID: 257429-12<br>NORTHERN FUNDS FBO URBANEK INVSTMNT<br>PO BOX 75986<br>ACCT# 6110329270<br>CHICAGO IL 60675-5986 | CREDITOR ID: 397803-75<br>NORTHERN KENTUCKY WATER SERVICE DISTRICT<br>PO BOX 17010<br>COVINGTON, KY 41017 |
| CREDITOR ID: 257431-12<br>NORTHERN KENTUCKY WATER SVC<br>PO BOX 220<br>COLD SPRINGS KY 41076 | CREDITOR ID: 257432-12<br>NORTHERN KENTUCKY YOUTH ASSOCIATION<br>427 GLASU DRIVE<br>ERLANGER KY 41018 | CREDITOR ID: 257433-12<br>NORTHERN LABS<br>PO BOX 684118<br>MILWAUKEE, WI 53268-4118 |
| CREDITOR ID: 257434-12<br>NORTHERN LABS INC<br>DRAWER 893<br>MILWAUKEE WI 53278-0893 | CREDITOR ID: 677-03<br>NORTHERN NECK GAS<br>BOX 130<br>KILMARNOCK VA 22482 | CREDITOR ID: 268143-31<br>NORTHERN NECK SOIL & WATER CON<br>ATTN: JC BERGER<br>5559 RICHMOND RD<br>WARSAW VA 22572 |
| CREDITOR ID: 257435-12<br>NORTHERN NORTH MIAMI<br>3303 NW 167TH STREET<br>MIAMI, FL 33056 | CREDITOR ID: 257436-12<br>NORTHERN SAFETY CO<br>PO BOX 4250<br>UTICA, NY 13504-4250 | CREDITOR ID: 268144-31<br>NORTHERN SHENANDOAH VLLY RGNL<br>ATTN: EDWIN DAILEY<br>103 E 6TH ST<br>FRONT ROYAL VA 22630-3407 |
| CREDITOR ID: 257437-12<br>NORTHERN TOOL & EQUIPMENT CO<br>PO BOX 1219<br>BURNSVILLE, MN 55337-0129 | CREDITOR ID: 257438-12<br>NORTHERN TOOL AND EQUIPMENT CO<br>3331 N W 168TH ST<br>MIAMI FL 33056 | CREDITOR ID: 268145-14<br>NORTHERN VRGNIA CGRETTE TAX BD<br>ATTN: RONALD SMITH<br>4400 FAIR LAKES CT STE 103<br>FAIRFAX VA 22033-3801 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268149-31<br>NORTHERN VRGNIA RGONAL PK AUTH<br>ATTN: PAUL MCCRAY<br>21293 SMITH SWITCH RD<br>ASHBURN VA 20147-6016 | CREDITOR ID: 268148-31<br>NORTHERN VRGNIA RGONAL PK AUTH<br>ATTN: KEITH TOMLINSON<br>9750 MEADOWLAND GRDNS CT<br>VIENNA VA 22182 | CREDITOR ID: 268147-31<br>NORTHERN VRGNIA RGONAL PK AUTH<br>ATTN: JILL VANDENHUEVEL<br>47001 FAIRWAY DR<br>STERLING VA 20165-6480 |
| CREDITOR ID: 268146-31<br>NORTHERN VRGNIA RGONAL PK AUTH<br>ATTN: GARY N FENTON<br>5400 OX RD<br>FAIRFAX STATION VA 22039-1022 | CREDITOR ID: 257439-12<br>NORTHFIELD CROSSING PARTNERS L P<br>C/O PERIMETER MANAGEMENT INC<br>7640 WENTWORTH DRIVE<br>DULUTH GA 30097 | CREDITOR ID: 257440-12<br>NORTHLAKE CHRISTIAN SCHOOL<br>70104 WOLVERINE DR<br>COVINGTON, LA 70433 |
| CREDITOR ID: 257441-12<br>NORTHLAKE GARAGE DOOR COMPANY<br>41005 HOLLAND ROAD<br>PONCHATOULA, LA 70454 | CREDITOR ID: 257442-12<br>NORTHLAND CRANBERRIES INC<br>PO BOX 8089<br>WISCONSIN RAPIDS, WI 54495-8089 | CREDITOR ID: 384268-47<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 |
| CREDITOR ID: 257443-12<br>NORTHPOINT TRADING INC<br>ATTN JACK EZON, VP<br>347 FIFTH AVENUE, SUITE 201<br>NEW YORK, NY 10016 | CREDITOR ID: 257443-12<br>NORTHPOINT TRADING INC<br>C/O NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG, ESQ<br>39 BROADWAY, 25TH FLOOR<br>NEW YORK NY 10006-3003 | CREDITOR ID: 279007-99<br>NORTHPOINT TRADING INC<br>C/O NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG, ESQ<br>39 BROADWAY, 25TH FL<br>NEW YORK NY 10006 |
| CREDITOR ID: 257444-12<br>NORTHPORT WATER WORKS<br>DRAWER 627<br>NORTHPORT, AL 35476 | CREDITOR ID: 257445-12<br>NORTHSHORE HIGH SCHOOL PTA<br>100 PANTHER DR<br>SLIDELL, LA 70461 | CREDITOR ID: 257446-12<br>NORTHSIDE ASSOCIATES LLC<br>% GABRIEL JEIDEL<br>16 EAST 34TH ST 16TH FLOOR<br>NEW YORK, NY 10016 |
| CREDITOR ID: 1659-07<br>NORTHSIDE ASSOCIATES LLC<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH ST., 16TH FLOOR<br>NEW  YORK, NY 10016-4328 | CREDITOR ID: 257447-12<br>NORTHSIDE AVENUE SCHOOL<br>517 MISSISSIPPI AVE<br>BOGALUSA, LA 70427 | CREDITOR ID: 257448-12<br>NORTHSIDE CHRISTIAN SCHOOL<br>809 E NORTHERN AVE<br>CROWLEY, LA 70526 |
| CREDITOR ID: 257449-12<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMERICAL<br>2743 PERIMETER PARKWAY<br>BLDG 100 SUITE 370<br>AUGUSTA, GA 30909 | CREDITOR ID: 257450-12<br>NORTHSIDE ELEMENTARY<br>1090 ROBBIE ST<br>DENHAM SPRINGS, LA 70726 | CREDITOR ID: 257451-12<br>NORTHSIDE GREENHOUSES<br>PO BOX 236 HWY 25 N<br>TRAVELERS REST SC 29690-0236 |
| CREDITOR ID: 257452-12<br>NORTHSIDE HIGH SCHOOL<br>301 DUNAND<br>LAFAYETTE, LA 70501 | CREDITOR ID: 257453-12<br>NORTHSIDE PLAZA<br>C/O J R MCNEAL COMPANY<br>PO BOX 3027<br>POINTE VEDRA FL 32004 | CREDITOR ID: 257454-12<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE RD SUITE 200A<br>MONTICELLO SQUARE<br>TALLAHASSEE, FL 32303 |
| CREDITOR ID: 1661-07<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL EST<br>1018 THOMASVILLE RD SUITE 200A<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 257455-12<br>NORTHSIDE SUN<br>PO BOX 16709<br>JACKSON MS 39236 | CREDITOR ID: 257456-12<br>NORTHSIDE TOWING 2<br>541 N 3RD ST<br>ALEXANDRIA LA 71301 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 257457-12
NORTHWAY INVESTMENTS LLC
C/O DBR ASSET MGMT LLC
1 FINANCIAL PLACE SUITE 2001
FORT LAUDERDALE, FL 33394

CREDITOR ID: 269320-16
NORTHWAY INVESTMENTS, LLC
C/O LANCE W. SHINDER
2300 GLADES ROAD
SUITE 207 EAST
BOCA RATON, FL 33432

CREDITOR ID: 269319-16
NORTHWAY INVESTMENTS, LLC
C/O ELYSEE INVESTMENTS CO.
601 WEST 182ND STREET
1ST FLOOR
NEW YORK, NY 10033

CREDITOR ID: 257458-12
NORTHWEST ALABAMA GAS DISTRICT
ATTN JERRY W SELF, GM
PO BOX 129
HAMILTON, AL 35570

CREDITOR ID: 268150-31
NORTHWEST CORRIDOR COMM DEV
ATTN: STEVEN K WASHINGTON
100 BEATTIES FORD RD
CHARLOTTE NC 28216-5302

CREDITOR ID: 268151-31
NORTHWEST COUNTY FACILITY
ATTN: DOUG DEARMOND
8001 W LINEBAUGH AVE
TAMPA FL 33625-5817

CREDITOR ID: 257459-12
NORTHWEST DRYWALL COMPANY INC
ATTN JOE STEPP, MGR
PO BOX 1630
HICKORY NC 28603

CREDITOR ID: 257459-12
NORTHWEST DRYWALL COMPANY INC
C/O HOLBROCK & JONSON
ATTN GEORGE N JONSON, ESQ
315 SOUTH MONUMENT AVENUE
PO BOX 687
HAMILTON OH 45012-0687

CREDITOR ID: 257460-12
NORTHWEST FLORIDA DAILY NEWS
PO BOX 2949
FT WALTON BEACH, FL 32549

CREDITOR ID: 268153-31
NORTHWEST FLORIDA WTR MGT DST
ATTN: DAVID BORLAND
6418 HIGHWAY 20
YOUNGSTOWN FL 32466-3808

CREDITOR ID: 268157-31
NORTHWEST FLORIDA WTR MGT DST
ATTN: VALERIE RIVERS
18700 S COUNTY ROAD 325
HAWTHORNE FL 32640-8403

CREDITOR ID: 268156-31
NORTHWEST FLORIDA WTR MGT DST
ATTN: ROBERTO ROGERS
209 N FLORIDA ST
BUSHNELL FL 33513-6146

CREDITOR ID: 268155-31
NORTHWEST FLORIDA WTR MGT DST
ATTN: MICKEY THOMASON
8282 SE HIGHWAY 314
OCALA FL 34470-1900

CREDITOR ID: 268154-31
NORTHWEST FLORIDA WTR MGT DST
ATTN: LARRY R WRIGHT
81 WATER MANAGEMENT DR
HAVANA FL 32333-4712

CREDITOR ID: 257461-12
NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE, SUITE G-10
JACKSON, MS 39216

CREDITOR ID: 405280-95
NORTHWEST JUNCTION PARTNERS
% COOK COMM PROPERTIES
P O BOX 55763
JACKSON MS 39296-5763

CREDITOR ID: 384269-47
NORTHWEST NATURAL PRODUCTS INC
PO BOX 6368
VANCOUVER, WA 98688

CREDITOR ID: 405281-95
NORTHWEST NATURAL PRODUCTS INC
6350 NE CAMPUS DRIVE
VANCOUVER WA 98661

CREDITOR ID: 395547-15
NORTHWEST NATURAL PRODUCTS, INC
ATTN ELLEN PONAS, ACCT MGR
6350 NE CAMPUS DRIVE
VANCOUVER WA 98661

CREDITOR ID: 268159-31
NORTHWEST TENNESSEE DEV DST
ATTN: JOHN BUCY
505 N LINDELL ST
MARTIN TN 38237-1821

CREDITOR ID: 257463-12
NORTHWESTERN STATE OF LOUISIANNA
OFFICE REGISTAR
NATCHITOCHES, LA 71497

CREDITOR ID: 257464-12
NORTHWOOD FOODS
1105 8TH ST N
NORTHWOOD IA 50459

CREDITOR ID: 1664-07
NORTHWOOD OAKS LLC PROVIDENCE
PO BOX 60608
CHARLOTTE, NC 28260-0608

CREDITOR ID: 257465-12
NORTHWOOD OAKS LLC PROVIDENCE PLAZA
PO BOX 60608
CHARLOTTE, NC 28260-0608

CREDITOR ID: 257466-12
NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE
STE 100
TAMPA, FL 33610

CREDITOR ID: 1665-07
NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE, STE 100
TAMPA, FL 33610-0637

CREDITOR ID: 373721-44
NORTON, ANTHONY
MTG DIV 512
1602 MEDICAL PARK DR
ATMORE, AL 36502

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390245-54<br>NORTON, JUDITH<br>2816 14TH STREET NORTH<br>SAINT PETERSBURG FL 33704 | CREDITOR ID: 389997-54<br>NORTON, MALCOLM<br>PO BOX 190<br>COLEMAN FL 33521 | CREDITOR ID: 393513-55<br>NORTON, MALCOLM<br>C/O DAVID E. HILL, P.A.<br>2537 S.E. 17TH STREET<br>OCALA FL 34471 |
| CREDITOR ID: 404037-15<br>NORTON, NICOLE<br>C/O BURNETTI PA<br>ATTN PHILIP J SLOTNICK, ESQ<br>9950 PRINCESS PALM AVE, SUITE 101<br>TAMPA FL 33619 | CREDITOR ID: 387356-54<br>NORTON, NICOLE<br>3751 42ND. AVE N LOT 32<br>SAINT PETERSBURG, FL 33713 | CREDITOR ID: 391929-55<br>NORTON, NICOLE<br>C/O PHILIP JUDD SLOTNICK<br>LAW OFFICES OF BURNETTI, P.A.<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 |
| CREDITOR ID: 389291-54<br>NORTON, SHEENA<br>302 LAKOTA COURT<br>PERRY GA 31069 | CREDITOR ID: 393118-55<br>NORTON, SHEENA<br>C/O STEPHEN M. WELSH ESQ.<br>BUZZELL, GRAHAM AND WELSH<br>563 WALNUT STREET<br>P O BOX 1017<br>MACON GA 31202-1017 | CREDITOR ID: 257467-12<br>NORWOOD MARKING SYSTEMS (ITW)<br>LOCKBOX 92671<br>CHICAGO, IL 60675-2671 |
| CREDITOR ID: 257468-12<br>NORWOOD MIDDLE SCHOOL<br>2060 SHERMAN AVE<br>NORWOOD OH 45212 | CREDITOR ID: 257469-12<br>NORWOOD PUBLIC SERVICE<br>4645 MONTGOMERY RD<br>NORWOOD OH 45212-2689 | CREDITOR ID: 268160-31<br>NORWOOD TOWN CITY HALL<br>ATTN: DWIGHT SMITH<br>6896 US 52 HWY S<br>NORWOOD NC 28128 |
| CREDITOR ID: 256242-12<br>NOSACKA, MICHAEL L<br>606 NORTH MILLET<br>GRAMERCY LA 70052-0141 | CREDITOR ID: 257470-12<br>NOTARY PUBLIC UNDERWRITERS INC<br>PO BOX 5378<br>TALLAHASSEE, FL 32314-5378 | CREDITOR ID: 257471-12<br>NOTO CO IND INC<br>10380 AIRLINE HWY<br>BATON ROUGE, LA 70816-4003 |
| CREDITOR ID: 257472-12<br>NOTRE DAME HIGH SCHOOL<br>910 N EASTERN AVE<br>CROWLEY, LA 70526 | CREDITOR ID: 268161-14<br>NOTTOWAY COUNTY TREASURERS OFF<br>ATTN: BARBARA SINGER<br>828 W COURTHOUSE RD<br>NOTTOWAY VA 23955 | CREDITOR ID: 257473-12<br>NOVA FISHERIES<br>2532 YALE AVENUE EAST<br>SEATTLE WA 98102 |
| CREDITOR ID: 395326-63<br>NOVA INFORMATION SERVICES<br>ONE CONCOURSE PARKWAY, SUITE 300<br>ATLANTA, GA 30328 | CREDITOR ID: 383131-51<br>NOVA SCRIPT/PROCARE PBM<br>6005 WAYZATA BLVD<br>ST LOUIS PARK, MN 55416 | CREDITOR ID: 392498-55<br>NOVAK, MARILYN YVONNE<br>C/O SCOTT MARTIN ROTH LAW OFFICE<br>ATTN SCOTT MARTIN ROTH, ESQ<br>2500 AIRPORT PULLING RD S, STE 106A<br>NAPLES FL 34112 |
| CREDITOR ID: 390444-54<br>NOVAK, MARILYN YVONNE<br>6380 RADIO RD. #65<br>NAPLES, FL 34104 | CREDITOR ID: 279448-29<br>NOVAK, PAUL<br>C/O LELAND SHURIN<br>4141 PENNSYLVANIA<br>KANSAS CITY MO 64111 | CREDITOR ID: 257474-12<br>NOVARTIS CONSUMER HEALTH INC<br>PO BOX 101576<br>ATLANTA, GA 30392 |
| CREDITOR ID: 406126-97<br>NOVARTIS CONSUMER HEALTH INC<br>ATTN: JEFFREY J KIPPE, ASSOC DIR<br>200 KIMBALL DRIVE<br>PARSIPPANY NJ 07054 | CREDITOR ID: 381004-47<br>NOVARTIS PHARMACEUTICALS CORPORATION<br>PO BOX 751648<br>CHARLOTTE, NC 28262-1648 | CREDITOR ID: 258722-12<br>NOVELLI, PORTER<br>1909 K STREET NW<br>4TH FLOOR<br>WASHINGTON, DC 20006 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388276-54<br>NOVOA, ANA<br>2069 RIVER RIDGE DR.<br>APT 417<br>NAPLES FL 34104 | CREDITOR ID: 387406-54<br>NOVOA, INGRID<br>11320 SW 40TH STREET<br>MIAMI, FL 33165 | CREDITOR ID: 257476-12<br>NOVOGEN INC<br>ONE LANDMARK SQUARE<br>2ND FLOOR<br>STAMFORD, CT 06901-2628 |
| CREDITOR ID: 385957-54<br>NOVOTNY, SAVOUN (MINOR)<br>3645 DUNES RD<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 391186-55<br>NOVOTNY, SAVOUN (MINOR)<br>C/O: PHILIP G. THOMPSON<br>CELESTE & THOMPSON, P.A.<br>580 VILLAGE BLVD<br>BRANDYWINE CENTRE, SUITE 315<br>WEST PALM BCH FL 33409 | CREDITOR ID: 407038-MS<br>NOWELL, LINDA C. (M.M.)<br>572 BENJAMINE RUSH PLACE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 407039-MS<br>NOWLAN III, GEORGE<br>3749 CONSTANCIA DRIVE<br>GREEN COVE SPRING FL 32043 | CREDITOR ID: 316096-41<br>NP OF TENNESSEE LP<br>420 LEXINGTON AVE<br>7TH FLOOR<br>NEW YORK NY 10170 | CREDITOR ID: 278532-24<br>NP OF TENNESSEE, LP<br>1120 AVENUE OF THE AMERICAS<br>12TH FLOOR<br>NEW YORK NY 10036 |
| CREDITOR ID: 257477-12<br>NRG INTERNATIONAL LLC<br>ATTN: BRAD NATTRASS, MANAGING PRTNS<br>706 FRONT STREET, STE 2<br>LOUISVILLE, CO 80207 | CREDITOR ID: 257478-12<br>NSF OF BROWARD INC<br>1950 EISENHOWER BLVD<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 257479-12<br>NSI SWEETENERS INC<br>3340 DUNDEE RD UNIT 2N-4<br>NORTHBROOK, IL 60062 |
| CREDITOR ID: 269313-16<br>N-SIX ASSOCIATES, LP<br>C/O CHRISTOPHER P. CAPPS<br>CAPPS, CANTWELL & CAPPS<br>PO BOX 1897<br>MORRISTOWN, TN 37816-1897 | CREDITOR ID: 380972-47<br>NTA ENTERPRISE INC<br>ATTN: NEAL T ASH, PRES<br>454 MORRISON DRIVE<br>PITTSBURGH, PA 15216 | CREDITOR ID: 256847-12<br>NTS CORPORATION<br>10172 LINN STATION RD<br>LOUISVILLE KY 40223 |
| CREDITOR ID: 257481-12<br>NU LITE ELEC WHOLESALERS<br>ATTN RICHARD ZIMMERMAN, CR MGR<br>PO BOX 95061<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 268040-31<br>NU OPERATIONS INC<br>ATTN: PLATT DREW<br>125 OAK GROVE DR<br>PALATKA FL 32177-2650 | CREDITOR ID: 680-03<br>NUI CORP.<br>ONE ELIZABETHTOWN PLAZA<br>UNION NJ 07083 |
| CREDITOR ID: 257485-12<br>NUKRUMMA HYLES<br>17940 NW 42 CT<br>CAROL CITY FL 33055 | CREDITOR ID: 392706-55<br>NULL, EDWARD<br>C/O: STEVEN SLOOTSKY<br>SLOOTSKY & GOLDSTEIN, PA<br>2701 W. OAKLAND PARK BLVD<br>SUITE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 385236-54<br>NULL, GRACE<br>8440 GULF FREEWAY, SUITE 600<br>HOUSTON, TX 77017 |
| CREDITOR ID: 390544-55<br>NULL, GRACE<br>C/O: D. JOHN NEESE, JR.<br>D. JOHN NEESE, JR., PA<br>8441 GULF FREEWAY SUITE 600<br>HOUSTON TX 77017-5051 | CREDITOR ID: 257486-12<br>NUMATICS FLORIDA INC<br>577 INTERSTATE BLVD<br>SARASOTA FL 34240 | CREDITOR ID: 257487-12<br>NUNEZ BOTHERS<br>9551 NORTHWEST 79TH AVENUE<br>BAY# 12<br>HIALEAH GARDENS, FL 33016 |
| CREDITOR ID: 405285-95<br>NUNEZ BOTHERS<br>9605 NORTHWEST 79TH AVENUE<br>BAY# 23<br>HIALEAH GARDENS FL 33016 | CREDITOR ID: 385989-54<br>NUNEZ, COLLEEN<br>4823 N GOLDENROD RD<br>WINTER PARK, FL 32792 | CREDITOR ID: 391212-55<br>NUNEZ, COLLEEN<br>C/O: ELIZABETH GILLHAM, ESQ<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 400852-91
NUNEZ, JESUS A
3701 NW 7 ST
MIAMI FL 33126

CREDITOR ID: 403864-94
NUNEZ, JESUS A
6222 SW 106 AVE
MIAMI FL 33173

CREDITOR ID: 389102-54
NUNEZ, JOY
910 MANDARIN ISLE
FT. LAUDERDALE, FL 33315

CREDITOR ID: 397914-76
NUNN, KENNETH
3590 MOUNT HOLLY ROAD
EDGEMOOR, SC 29712

CREDITOR ID: 403865-94
NUNN, WILLIAM R
5604 WOODRIDGE ST.S.W.
HUNTSVILLE AL 35802

CREDITOR ID: 257482-12
NU-SAFE FLOOR SOLUTIONS INC
ATTN PATRICIA FISHER, PRES
PO BOX 663
FLORENCE, KY 41022-0663

CREDITOR ID: 389349-54
NUSBAUM, LAWRENCE
7407 ARTHURS ROAD
FORT PIERCE FL 34951

CREDITOR ID: 382619-51
NUSSBAUM, BENNETT L
799 CRANDON BLVD, APT 903
KEY BISCAYNE, FL 33149-2556

CREDITOR ID: 257489-12
NUTCRACKER BRANDS INC
21962 NETWORK PLACE
CHICAGO IL 60673-1219

CREDITOR ID: 257483-12
NU-TEC ROOFING CONTRACTORS
519 CRATER LANE
TAMPA, FL 33619

CREDITOR ID: 405284-95
NU-TEC ROOFING CONTRACTORS
6601 EAST ADAMO DR
TAMPA FL 33619

CREDITOR ID: 384270-47
NU-TEC ROOFING CONTRACTORS, INC
ATTN HIGINIO RODRIGUEZ DILLINGER
519 CRATER LANE
TAMPA, FL 33619

CREDITOR ID: 257490-12
NUTECH FIRE & SECURITY
PO BOX 940250
MAITLAND, FL 32794-0250

CREDITOR ID: 257491-12
NUTEMP INC
4594 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 257492-12
NUTRA MAX PRODUCTS INC
135 SOUTH LASALLE DEPT 4905
CHICAGO IL 60674-4905

CREDITOR ID: 257493-12
NUTRASWEET COMPANY
4119 PAYSHPERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 405286-95
NUTRASWEET COMPANY
PO BOX 13307
NEWARK NJ 07101-3307

CREDITOR ID: 400551-15
NUTRASWEET COMPANY, THE
ATTN MARIA MIDDLETON, MGR
THE MERCHANDISE MART
200 WORLD TRADE CENTER, SUITE 936
CHICAGO IL 60654

CREDITOR ID: 257494-12
NUTRAVAIL TECHNOLOGIES INC
3701 CONCORDE PARKWAY
SUITE 800
CHANTILLY, VA 20151

CREDITOR ID: 257495-12
NUTREX CORP
550 BILTMORE WAY PH 11-A
CORAL GABLES FL 33134

CREDITOR ID: 376435-44
NUTRICUTICALS INC
PO BOX 1520
GUTHRIE OK 73044

CREDITOR ID: 257496-12
NUVELL FINANCIAL SERVICES CORP
C/O DENIS LEVINE & ASSOC PA
PO BOX 707
TAMPA FL 33601

CREDITOR ID: 385280-54
NUZUM, BRADLEY
305 CONWAY BLVD.
PORT CHARLOTTE, FL 33952

CREDITOR ID: 390588-55
NUZUM, BRADLEY
C/O: VINCENT R. PAWLOWSKI, ESQ.
PAWLOWSKI & GUINDON, P.A.
1718 EAST 7TH AVENUE
SUITE 201
TAMPA FL 33605

CREDITOR ID: 257497-12
NVE PHARMACEUTICALS
15 WHITEHALL ROAD
ANDOVER, NJ 07821

CREDITOR ID: 268162-31
NW LA HOMELESS HSING & SVC DEV
ATTN: TERRI BROCK
1002 TEXAS AVE
SHREVEPORT LA 71101-3341

CREDITOR ID: 40-01
NY ENVIRONMENTAL PROTECTION BUREAU
OFFFICE OF THE ATTORNEY GENERAL
ATTN ELIOT SPITZER, ESQ
JUSTICE BUILDING
ALBANY NY 12224

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383128-51<br>NY M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 | CREDITOR ID: 390310-54<br>NYE, ALICE<br>379 OLD HWY 49<br>SEMINARY MS 39479 | CREDITOR ID: 392382-55<br>NYE, ALICE<br>C/O: DALE KROUT<br>5185 CASTELLO DRIVE, SUITE 2<br>NAPLES FL 34103 |
| CREDITOR ID: 381732-15<br>NYK LOGISTICS (AMERICAS) GST DIV<br>8295 TOURNAMENT DRIVE, SUITE 150<br>MEMPHIS TN 38125 | CREDITOR ID: 381732-15<br>NYK LOGISTICS (AMERICAS) GST DIV<br>C/O LAW OFFICES OF PAUL W STEWART<br>ATTN: PAUL W STEWART, ESQ<br>8295 TOURNAMENT DRIVE, SUITE 230<br>MEMPHIS TN 38125 | CREDITOR ID: 257498-12<br>NYK LOGISTICS INC<br>PO BOX 2121<br>MEMPHIS, TN 38159 |
| CREDITOR ID: 257499-12<br>NYKISHA D FRANKLIN<br>PO BOX 699<br>LUTCHER LA 70071 | CREDITOR ID: 257500-12<br>NYSHESC AWG LOCKBOX<br>GPO<br>PO BOX 26444<br>NEW YORK, NY 10087-6444 | CREDITOR ID: 257502-12<br>O C EVANS<br>214 WALDEN CREEK WAY<br>GREENVILLE SC 29611 |
| CREDITOR ID: 681-03<br>O C W S<br>1804 LEWIS TURNER BLVD.<br>FT WALTON BEA FL 32547 | CREDITOR ID: 384272-47<br>O CEDAR BRANDS INC<br>NEWARK POST OFFICE   BOX 35449<br>USE V# 064313<br>HOUSEHOLD PRODUCTS CO<br>NEWARK NJ 07193-5449 | CREDITOR ID: 257503-12<br>O D DURAN JR HIGH SCHOOL<br>309 WILLIAMSON DRIVE<br>PELL CITY AL 35125 |
| CREDITOR ID: 405287-95<br>O E S<br>2555 W COPENS ROAD<br>POMPANO BEACH FL 33069-9002 | CREDITOR ID: 257505-12<br>O F NEWMAN & SONS<br>275 PINEY FOREST ROAD<br>DANVILLE VA 24540 | CREDITOR ID: 257506-12<br>O K FOODS INC<br>PO BOX 1787<br>FORT SMITH AR 72901 |
| CREDITOR ID: 399837-84<br>O NEIL, LOU E<br>388 JEAN PIERRIE RD<br>VILLE PLATTE LA 70586 | CREDITOR ID: 400288-85<br>O NEIL, LOU E<br>C/O DONAL L MAYEUX, ESQ.<br>DONALD L. MAYEUX, PA<br>P.O. BOX 1460<br>211 N SECOND ST.<br>EUNICE LA 70535 | CREDITOR ID: 257507-12<br>O PERRY WALKER SCHOOL<br>2832 GENERAL MEYER<br>NEW ORLEANS, LA 70114 |
| CREDITOR ID: 257508-12<br>O W DILLION MEMORIAL ELEMENTARY<br>1541 CB TEMPLE RD<br>KENTWOOD, LA 70444 | CREDITOR ID: 257512-12<br>O2 PHYSICAL THERAPY LLC<br>2000 S MORRISON BLVD<br>SUITE 184<br>HAMMOND LA 70403 | CREDITOR ID: 257513-12<br>OAK CONSTRUCTION CO INC<br>4000 S W 30TH AVENUE<br>FT LAUDERDALE FL 33312 |
| CREDITOR ID: 257514-12<br>OAK FOREST ACADEMY<br>600 WALNUT ST<br>AMITE, LA 70422 | CREDITOR ID: 257515-12<br>OAK GROVE BAPTIST YOUTH<br>17450 OLD JEFFERSON<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 257516-12<br>OAK GROVE PRIMARY<br>17550 OLD JEFFERSON HWY<br>PRAIRIEVILLE, LA 70769 |
| CREDITOR ID: 257517-12<br>OAK GROVE SMOKEHOUSE INC<br>17618 OLD JEFFERSON HWY<br>PRAIRIEVILLE, LA 70769-3931 | CREDITOR ID: 257518-12<br>OAK HILLS HIGH SCHOOL<br>3200 EBENEZER RD<br>CINCINNATI OH 45248 | CREDITOR ID: 257519-12<br>OAK LEAF CONFECTIONS CO<br>PO BOX 33080<br>GENERAL PO STATION<br>DETROIT MI 48232 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257520-12<br>OAK PARK LABORATORY, INC.<br>PO BOX 292<br>SULLIVAN IL 61951-0292 | CREDITOR ID: 257521-12<br>OAK VALLEY MEAT PROCESS<br>PO BOX 85<br>LAVONIA, GA 30553 | CREDITOR ID: 257522-12<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD, SC 29648-1095 |
| CREDITOR ID: 381941-50<br>OAKES FIELD SHOPPING CENTRE LTD<br>ATTN: NEIL A MACTAGGART JR.<br>PO BOX N-1583<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 257523-12<br>OAKHURST MANOR APARTMENTS<br>C/O RICHMOND GEN DIST COURT<br>400 N 9TH ST ROOM 203<br>RICHMOND VA 23219-1546 | CREDITOR ID: 257524-12<br>OAKIES' TIRE & RECAPPING INC<br>800 W WARREN ST<br>SHELBY, NC 28150-5024 |
| CREDITOR ID: 268166-31<br>OAKLAND PARK CITY OF<br>ATTN: ROBERT FRANK<br>250 NE ST 33RD ST<br>FORT LAUDERDALE FL 33334 | CREDITOR ID: 268165-31<br>OAKLAND PARK CITY OF<br>ATTN: DAVID WILMAX<br>3801 NE 5TH AVE<br>FORT LAUDERDALE FL 33334-2200 | CREDITOR ID: 268163-31<br>OAKLAND PARK CITY OF<br>ATTN: BRIAN PAGLIARO<br>1246 NE 37TH ST<br>FORT LAUDERDALE FL 33334-4569 |
| CREDITOR ID: 257525-12<br>OAKLEY TRANSPORT INC<br>PO BOX 91 7200<br>ORLANDO, FL 32891-7200 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD, FL 32771-4548 | CREDITOR ID: 387742-54<br>OAKS, ROBERT<br>1709 ROBERTA AVENUE<br>SEBRING FL 33870 |
| CREDITOR ID: 257527-12<br>OAKSHIRE ELEMENTARY<br>5459 VICARI<br>HOUMA, LA 70364 | CREDITOR ID: 278933-30<br>OAKSHIRE MUSHROOM SALES LLC<br>PO BOX 388<br>KENNETT SQUARE, PA 19348 | CREDITOR ID: 257529-12<br>OAKWOOD CORPORATE HOUSING<br>004217 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 257530-12<br>OAKWOOD MECHANICAL SYSTEMS INC<br>213 E BRIDGERS AVE<br>AUBURNDALE, FL 33823-3514 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 257531-12<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT RD SUITE 300<br>MARIETTA, GA 30066 |
| CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 407761-99<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O ROSEN LAW GROUP LLC<br>ATTN: MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRYRD<br>ATLANTA GA 30326 | CREDITOR ID: 257532-12<br>OASIS INTERNATIONAL IMPORTS<br>7238 ALAFIA RIDGE LOOP<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 257533-12<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVENUE, SUITE 150<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 257534-12<br>OATES FLAG CO INC<br>10951 ELECTRON DRIVE<br>LOUISVILLE KY 40299 | CREDITOR ID: 392399-55<br>OATES, THEO<br>C/O AVERA & AVERA<br>ATTN LANCE AVERA, ESQ<br>POST OFFICE BOX 2519<br>GAINESVILLE FL 32602-2519 |
| CREDITOR ID: 382943-51<br>OATH-A HLTH PLAN FOR ALA, THE<br>TWP PERIMETER PARK S, SUITE 200 W<br>BIRMINGHAM, AL 35243 | CREDITOR ID: 257501-12<br>OB MACARONI<br>PO BOX 53<br>FORT WORTH, TX 76101-0053 | CREDITOR ID: 384273-47<br>OBENOUR ROOFING SHEET METAL & SUPPLY<br>9301 NE 6TH AVE  STE A101<br>MIAMI SHORES, FL 33138 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381129-47<br>OBIM FRESH CUT FRUIT CO LLC<br>P O BOX 123528<br>FT WORTH, TX 76121-3528 | CREDITOR ID: 388160-54<br>OBIN, ANDREE<br>2790 SUMMERSET DRIVE<br># Q-402<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 399551-82<br>OBIN, ANDREE<br>2790 SOMERSET DRIVE Q 402<br>FORT  LAUDERDALE  FL 33311 |
| CREDITOR ID: 392390-55<br>OBIN, ANDREE<br>C/O: PAUL E SUSS, P.A.<br>PAUL SUSS, P. A.<br>20826 WEST DIXIE HIGHWAY<br>AVENTURA FL 33180 | CREDITOR ID: 406238-G4<br>OBJECTWATCH<br>13359 US HWY 183N<br>SUITE 406 BOX 232<br>AUSTIN TX 78759 | CREDITOR ID: 257509-12<br>O'BRIEN KIERNAN INVESTMENT CO<br>1255 POST STREET, SUITE 950<br>SAN FRANCISCO, CA 94109 |
| CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT COMPANY<br>1255 POST STREET, SUITE 950<br>SAN  FRANCISCO, CA 94109 | CREDITOR ID: 393193-55<br>O'BRIEN, JACQUELINE D<br>C/O: VALENTINE BATES<br>BATES & BROWN<br>1511 N.W. 6TH ST.<br>GAINESVILLE FL 32601 | CREDITOR ID: 389521-54<br>O'BRIEN, JACQUELINE D<br>2904 NE 10TH DRIVE<br>GAINESVILLE, FL 32609 |
| CREDITOR ID: 256243-12<br>OBRIEN, MICHAEL L<br>8718 OLD PLANK ROAD<br>CHARLOTTE NC 28216 | CREDITOR ID: 388318-54<br>O'BRYAN, ANGELA<br>9115 THOMPSON LN<br>LOUISVILLE, KY 40258 | CREDITOR ID: 392440-55<br>O'BRYAN, ANGELA<br>C/O HATZELL & GROVES<br>ATTN C MICHAEL HATZELL, ESQ<br>401 W. MAIN STREET, SUITE 704<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 257536-12<br>OBSA L L C<br>C/O CHESTERFIELD GEN DIST COURT<br>PO BOX 144<br>CHESTERFIELD VA 23832 | CREDITOR ID: 257537-12<br>OBSONO<br>PO BOX  312<br>BAYVILLE, NJ 08721 | CREDITOR ID: 257538-12<br>OCALA ELECTRIC UTILITY<br>PO BOX 1330<br>OCALA, FL 34478-1330 |
| CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>% CHARLES WAYNE PROPERTIES, IN<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 268167-31<br>OCALA POLICE DEPARTMENT<br>ATTN: GREG GRAHAM<br>402 S PINE AVE<br>OCALA FL 34474-4174 | CREDITOR ID: 257539-12<br>OCALA STAR BANNER<br>PO BOX 490<br>OCALA, FL 34478 |
| CREDITOR ID: 257540-12<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO, FL 32891-5009 | CREDITOR ID: 375592-44<br>OCAMPO, JOHNNY<br>POM DIV<br>13241 SW 54 STREET<br>MIAMI, FL 33175 | CREDITOR ID: 257541-12<br>OCC NET ALLIANCE HEALTH<br>FOR BUSINESS OHIO<br>PO BOX 691229<br>CINCINNATI OH 45269-1229 |
| CREDITOR ID: 385762-54<br>OCCEAN, MARY<br>645 SW 20TH COURT, APT 6C<br>DELRAY BEACH, FL 33445 | CREDITOR ID: 391036-55<br>OCCEAN, MARY<br>C/O: JAN P WEISS, ESQ.<br>LAW OFFICES OF JAN PETER WEISS<br>917 N. DIXIE HIGHWAY<br>LAKE WORTH FL 33460 | CREDITOR ID: 257542-12<br>OCCNET<br>PO BOX 691229<br>CINNCINNATI OH 45269-1229 |
| CREDITOR ID: 257543-12<br>OCCUPATIONAL HEALTH CENTER LLC<br>1949 FLORENCE BLVD<br>FLORENCE AL 35630 | CREDITOR ID: 257544-12<br>OCCUPATIONAL HEALTH CENTERS<br>OF THE SOUTHWEST PA<br>PO BOX 82730<br>HAPEVILLE, GA 30354-0730 | CREDITOR ID: 257545-12<br>OCCUPATIONAL HEALTH CENTERS OF<br>THE SOUTHWEST PA<br>PO BOX 6068<br>FORT LAUDERDALE, FL 33310-6068 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 381106-47
OCCUPATIONAL HEALTH CENTERS OF GA PC
PO BOX 82730
HAPEVILLE, GA 30354-0730

CREDITOR ID: 257547-12
OCCUPATIONAL HEALTH CENTERS OF THE
SOUTHWEST P A
PO BOX 6068
FORT LAUDERDALE, FL 33310-6068

CREDITOR ID: 257548-12
OCCUPATIONAL HEALTH GROUP
ALL LOCATIONS  PO BOX 7187
HUNTSVILLE, AL 35807

CREDITOR ID: 257549-12
OCCUPATIONAL HEALTH SERVICES
ATTN GOLDIA MCCLOUD
2337 MCCALLIE AVENUE
PLAZA I SUITE 102
CHATTANOOGA TN 37404

CREDITOR ID: 257550-12
OCCUPATIONAL HEALTH SYSTEMS
ATTN TRISH CONLEY
PO BOX 10053
JACKSON MS 39286

CREDITOR ID: 268168-31
OCCUPATIONAL LICENSE
ATTN: RICK BAKER
325 CENTRAL AVE
SAINT PETERSBURG FL 33701-3822

CREDITOR ID: 257551-12
OCCUPATIONAL MEDICINE CENTER
646 UNIVERSITY SHOPPING CENTER
RICHMOND KY 40217-0121

CREDITOR ID: 257552-12
OCCUPATIONAL PHYSICIAN SVC
OF LOUISVILLE
3430 NEWBURG RD SUITE 106
LOUISVILLE, KY 40218

CREDITOR ID: 380965-47
OCCUPATIONAL SAFETY & HEALTH ADMIN LABOR
US DEPT OF LABOR OFFICE OF THE SOLI
61 FORSYTH STREET SW
ATLANTA, GA 30303

CREDITOR ID: 257554-12
OCCUPATIONAL SAFETY SERVICES INC
1707 HILLYER ROBINSON ROAD
SUITE C
OXFORD, AL 36203

CREDITOR ID: 268169-14
OCCUPATIONAL TAX
ATTN: PHYLLIS MCNICHOL
1725 REYNOLDS ST STE 300
BRUNSWICK GA 31520-6436

CREDITOR ID: 278095-23
OCEAN BANK
ATTN: JAVIER LOPEZ
PO BOX 44-1140
MIAMI FL 33144

CREDITOR ID: 257555-12
OCEAN BEAUTY SEAFOODS INC
1100 W EWING ST
PO BOX 70739
SEATTLE WA 98107

CREDITOR ID: 257556-12
OCEAN COFFEE COMPANY INC
7222 WEST PARK ROAD
SHREVEPORT, LA 71129

CREDITOR ID: 257557-99
OCEAN DUKE CORPORATION
3450 FUJITA STREET
TORRANCE, CA 90505

CREDITOR ID: 257557-99
OCEAN DUKE CORPORATION
NEUFELD, RENNETT & BACH, APC
ATTN TIMOTHY NEUFELD
360 E SECOND STREET, SUITE 703
LOS ANGELES CA 90012

CREDITOR ID: 257558-12
OCEAN SPRAY CRANBERRIES INC
PO BOX 60157
CHARLOTTE, NC 28260-0157

CREDITOR ID: 405289-95
OCEAN SPRAY CRANBERRIES INC
PO BOX 676300
DALLAS TX 75389-0300

CREDITOR ID: 378298-15
OCEAN SPRAY CRANBERRIES, INC
ATTN BEVERLY COSTA, CR MGR
1 OCEAN SPRAY DR
LAKEVILLE MA 02349

CREDITOR ID: 257559-12
OCEAN SPRINGS LOCKSMITH
3920 BIENVILLE BLVD
OCEAN SPRINGS, MS 39564

CREDITOR ID: 257560-12
OCEAN SPRINGS MEDICAL CENTER
3099 BIENVILLE BLVD
OCEAN SPRINGS, MS 39564

CREDITOR ID: 257561-12
OCEAN SPRINGS MIDDLE SCHOOL
PO BOX 7002
OCEAN SPRINGS, MS 39564

CREDITOR ID: 257562-12
OCEAN SPRINGS RECORD
PO BOX 1650
OCEAN SPRINGS, MS 39566

CREDITOR ID: 257564-12
OCEAN TO OCEAN FLORIDA
PO BOX 79523
BALTIMORE MD 21279-0523

CREDITOR ID: 257565-12
OCEAN TO OCEAN SEAFOOD LLC
12827 COLLECTIONS CENTER DRIVE
CHICAGO IL 6069312827

CREDITOR ID: 257566-12
OCEANWAY PLAZA ASSOC LTD
C/O FLETCHER BRIGHT COMPANY
1827 POWERS FERRY ROAD
BUILDING 13
ATLANTA, GA 30339

CREDITOR ID: 382635-51
OCEDAR BRANDS, INC.
505 N RAILROAD AVE
NORTHLAKE, IL 60164

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257567-12<br>OCHO RIOS MIAMI INC<br>2051 NW 15 AVENUE<br>MIAMI, FL 33142 | CREDITOR ID: 389292-54<br>OCHOA, GENEVIEVE<br>215 FAIRCREST DRIVE<br>ARLINGTON TX 76018 | CREDITOR ID: 257568-12<br>OCHSNER CLINIC LLC<br>PO BOX 60168<br>NEW ORLEANS LA 70160-0168 |
| CREDITOR ID: 257569-12<br>OCHSNER CLINIC TANGIPAHOA<br>41676 VETERANS AVE<br>HAMMOND, LA 70403 | CREDITOR ID: 257570-12<br>OCOEE TRAFFIC COURT<br>475 W STORY RD<br>OCOEE FL 34761 | CREDITOR ID: 257571-12<br>OCONEE COUNTY TREASURER<br>PO BOX 429<br>COUNTY TREASURER<br>PROPERTY TAX<br>WALHALLA SC 29691-0429 |
| CREDITOR ID: 318178-42<br>OCONEE COUNTY TREASURER<br>COUNTY TREASURER<br>WALHALLA SC 29691-0429 | CREDITOR ID: 257572-12<br>OCONEE FAMILY MEDICINE CENTER PC<br>800 W THOMAS ST<br>MILLEDGEVILLE, GA 31061 | CREDITOR ID: 405290-95<br>OCONEE FAMILY PRACTICE P.A.<br>12016 N RADIO STATION RD<br>SENECA SC 29678-1143 |
| CREDITOR ID: 257573-12<br>OCONEE FAMILY PRACTICE PA<br>ATTN: SUE KIRBY, OFFICE MGR<br>12016 N RADIO STATION ROAD<br>SENECA, SC 29678 | CREDITOR ID: 257574-12<br>OCONEE MEDICAL ASSOCIATES<br>PO BOX 529<br>WALHALLA, SC 29691 | CREDITOR ID: 257575-12<br>OCONEE PUBLISHING INC<br>DAILY JOURNAL/MESSENGER<br>ATTN KAREN HARTER, OFF MGR<br>PO BOX 547<br>SENECA, SC 29679 |
| CREDITOR ID: 385700-54<br>O'CONNELL, CLARA (MINOR)<br>190 112TH AVE N APT #1104<br>SAINT PETERSBURG, FL 33716 | CREDITOR ID: 390981-55<br>O'CONNELL, CLARA (MINOR)<br>C/O MICHAEL PIPER<br>PIPER ESTEVA GREEN KARVONEN<br>3637 FOURTH ST N, STE 410<br>ST PETERSBURG FL 33704 | CREDITOR ID: 253255-12<br>O'CONNOR, JOHN P MD<br>8151 OVERSEAS HWY, SUITE 100<br>MARATHON, FL 33050 |
| CREDITOR ID: 257576-12<br>OCS SUPERIOR SERVICE<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 | CREDITOR ID: 257577-12<br>OCTAGON GRAPHICS INC<br>1513 W CASS STREET<br>TAMPA FL 33606 | CREDITOR ID: 257578-12<br>OCTS INC<br>230 DOCTORTOWN RD<br>JESUP, GA 31545 |
| CREDITOR ID: 268170-31<br>ODAGON INC<br>ATTN: DANIEL LYNCH<br>1257 GREENVIEW LN<br>GULF BREEZE FL 32563-3467 | CREDITOR ID: 257579-12<br>ODDZ ON<br>PO BOX 281810<br>ATLANTA, GA 30384-1810 | CREDITOR ID: 260409-12<br>ODELL, SANDRA<br>314 MOORE STREET<br>GREENVILLE MS 38701 |
| CREDITOR ID: 389468-54<br>ODHWANI, NARGIS<br>5810 LAUREL TRAIL CT.<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 241622-12<br>ODLE, ADRIAN O<br>202 E 51ST<br>BROOKLYN, NY 11203 | CREDITOR ID: 257580-12<br>ODOM SAUSAGE COMPANY, INC<br>PO BOX 1187<br>MADISON, TN 37115-1187 |
| CREDITOR ID: 389159-54<br>ODOM, CHARLENE<br>PO BOX 865<br>WILLISTON, SC 29853-1393 | CREDITOR ID: 407528-15<br>ODOM, KEIOSHA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN MICHAEL H TRUAX, ESQ<br>2601 TECHNOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 399552-82<br>ODOM, SEVIER<br>POST OFFICE BOX 181<br>LEE  FL 32059 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393642-55<br>ODOM, SHERRY ANDREWS<br>C/O: BRIAN FERNANDEZ<br>SOLOMON, SYFRETT & DURRETT<br>P.O. BOX 12879<br>TALLAHASSEE FL 32317-2879 | CREDITOR ID: 390204-54<br>ODOM, SHERRY ANDREWS<br>1988 A SHERROD RD<br>COOLIDGE GA 31738 | CREDITOR ID: 263119-12<br>ODOM, TINA<br>492 US HIGHWAY 331 NORTH<br>DEFUINIK SPRINGS, FL 32433 |
| CREDITOR ID: 403867-94<br>ODOM, TOM F<br>P.O. BOX 572<br>POPLARVILLE MS 39470 | CREDITOR ID: 257582-12<br>ODOMS HEATING & AIR<br>4100 SHARON ROAD<br>LAUREL MS 39443 | CREDITOR ID: 376447-44<br>ODOM'S TENNESSEE PRIDE<br>SAUSAGE INC<br>PO BOX 1187<br>MADISON, TN 37115-1187 |
| CREDITOR ID: 376446-44<br>ODOM'S TENNESSEE PRIDE<br>PO BOX 1187<br>MADISON TN 37115-1187 | CREDITOR ID: 257581-12<br>ODOM'S TENNESSEE PRIDE SAUSAGE INC<br>ATTN RONNIE REEVES, CR MGR<br>PO BOX 1187<br>MADISON, TN 37115-1187 | CREDITOR ID: 257583-12<br>ODOR ELIMINATORS INC<br>PO BOX 273<br>GREENVILLE SC 29602 |
| CREDITOR ID: 257584-12<br>ODOR TEC<br>PO BOX 150026<br>ALTAMONTE SPRINGS FL 32715 | CREDITOR ID: 257585-12<br>ODUM TELE COMMUNICATIONS INC<br>ATTN: JANICE W ODUM, VP<br>PO BOX 6610<br>THOMASVILLE, GA 31758 | CREDITOR ID: 257586-12<br>ODYSSEY ENTERPRISES INC<br>ATTN PAUL ADAMS, CFO<br>150 NICKERSON STREET, SUITE 300<br>SEATTLE WA 98109 |
| CREDITOR ID: 405291-95<br>ODYSSEY ENTERPRISES INC<br>DEPT 4139  PO BOX 34936<br>SEATTLE WA 98124-1936 | CREDITOR ID: 257504-12<br>OES<br>PO BOX 619002<br>POMPANO BEACH, FL 33061-9002 | CREDITOR ID: 389314-54<br>OESTRICHER, ELIZZIE<br>832 NW 10TH STREET, APT 1<br>HALLANDALE FL 33009 |
| CREDITOR ID: 393131-55<br>OESTRICHER, ELIZZIE<br>C/O: JOEL A. BROWN<br>FRIEDMAN & BROWN, LLC<br>3330 NW 53RD ST SUITE 306<br>FT. LAUDERDALE FL 33309 | CREDITOR ID: 257588-12<br>OFFICE DEPOT<br>PO BOX 633211<br>CINCINNATI OH 45263-3211 | CREDITOR ID: 407424-93<br>OFFICE DEPOT<br>ATTN: ROSLYN J.<br>3301 N SR 7<br>LAUDERDALE LAKES FL 33319 |
| CREDITOR ID: 405292-95<br>OFFICE DEPOT<br>PO BOX 182378<br>COLUMBUS OH 43218-2378 | CREDITOR ID: 257589-12<br>OFFICE DEPOT CREDIT PLAN<br>PO BOX 9020<br>DEPT 56-4200717360<br>DES MOINES IA 50368-9020 | CREDITOR ID: 381777-15<br>OFFICE DEPOT, INC<br>ATTN MICHAEL INGRAM, BANKR DEPT<br>8200 E 32ND N<br>WICHITA KS 67226 |
| CREDITOR ID: 397224-67<br>OFFICE DEPOT, INC #511<br>2200 OLD GERMANTOWN ROAD<br>DELRAY BEACH, FL 33445 | CREDITOR ID: 257590-12<br>OFFICE ENVIRONMENTS & SERVICES<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | CREDITOR ID: 257591-12<br>OFFICE EQUIPMENT FINANCE SERVICES<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 |
| CREDITOR ID: 257592-12<br>OFFICE EXPRESS<br>2003 W FOREST DRIVE<br>DOUGLAS GA 31533 | CREDITOR ID: 257593-12<br>OFFICE MAX<br>2285 A KINGSLEY AVENUE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 257594-12<br>OFFICE MAX A BOISE COMPANY<br>PO BOX 101705<br>ATLANTA, GA 30392-1705 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 257595-12
OFFICE OF CHRISTIAN COUNTY ATTORNEY
PO BOX 24
HOPKINSVILLE, KY 42240

CREDITOR ID: 240611-06
OFFICE OF COMMISSIONER OF REVENUE
PO BOX 124
CHESTERFIELD VA 23832-0124

CREDITOR ID: 257597-12
OFFICE OF CONTROLLER
DMA ACCOUNTS RECEIVABLE
2022 MAIL SERVICE CENTER
RALEIGH NC 27699-2022

CREDITOR ID: 397731-62
OFFICE OF FINANCE & TREASURY
UNCLAIMED PROPERTY UNIT
810 1ST STREET NE, ROOM 401
WASHINGTON  DC 20004

CREDITOR ID: 397732-62
OFFICE OF FINANCIAL AFFAIRS
FERNANDEZ JURCUS STATION
P.O. BOX 11855
SAN  JUAN  PR 00910-3855

CREDITOR ID: 268172-31
OFFICE OF HUMAN AFRS OUTREACH
ATTN: ROBERT B AYERS
2708 CHESTNUT AVE
NEWPORT NEWS VA 23607-4220

CREDITOR ID: 268173-14
OFFICE OF INSPECTOR GENERAL
ATTN: WILLIAM BEDWELL
401 W PEACHTREE ST NW
ATLANTA GA 30308-3510

CREDITOR ID: 257598-12
OFFICE OF MOTOR VEHICLES
PO BOX 64886
BATON ROUGE LA 70896-4886

CREDITOR ID: 240612-06
OFFICE OF MOTOR VEHICLES
PO BOX 66614
BATON ROUGE LA 70896

CREDITOR ID: 397309-69
OFFICE OF PUBLIC HEALTH CENTER
PREVENTIVE HEALTH
325 LOYOLA AVENUE, ROOM 406
PO BOX 60630
NEW ORLEANS,  LA 70160

CREDITOR ID: 240613-06
OFFICE OF STATE FIRE MARSHALL
7919 INDEPENDENCE BOULEVARD
BOILER INSPECTION SECTION
BATON ROUGE LA 70806

CREDITOR ID: 240614-06
OFFICE OF STATE FIRE MARSHALL
BOILER INSPECTION SECTION
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

CREDITOR ID: 397734-62
OFFICE OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
P.O. BOX 194963
SPRINGFIELD  IL 62794-9496

CREDITOR ID: 397733-62
OFFICE OF STATE TREASURER
ONE PLAYERS CLUB DRIVE
CHARLESTON  WV 25311

CREDITOR ID: 257601-12
OFFICE OF STUDENT FINANCIAL
ASSISTANCE
PO BOX 277412
ATLANTA, GA 30384-7412

CREDITOR ID: 257602-12
OFFICE OF STUDENT MEDIA
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LA 70803-6923

CREDITOR ID: 265207-13
OFFICE OF THE ATTORNEY GENERAL
ATTN ALBERTO GONZALES, ESQ
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

CREDITOR ID: 265208-13
OFFICE OF THE ATTORNEY GENERAL
EAST HILL STREET
3D FLOOR POST OFFICE BUILDING
PO BOX N 3007
NASSAU
BAHAMAS

CREDITOR ID: 269382-99
OFFICE OF THE ATTORNEY GENERAL, FL
ATTN: THE HONORABLE CHARLIE CRIST
THE CAPITOL PL-01
TALLAHASSEE FL 32399-1050

CREDITOR ID: 269384-13
OFFICE OF THE ATTORNEY GENERAL, GA
ATTN THE HONORABLE THURBERT E BAKER
40 CAPITOL SQUARE SW
ATLANTA GA 30334

CREDITOR ID: 269392-13
OFFICE OF THE ATTORNEY GENERAL, IN
ATTN THE HONORABLE STEVE CARTER
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 269388-13
OFFICE OF THE ATTORNEY GENERAL, KY
ATTN THE HONORABLE GREGORY D STUMBO
THE CAPTIOL, SUITE 118
700 CAPITOL AVENUE
FRANKFORT KY 40601-3449

CREDITOR ID: 269385-13
OFFICE OF THE ATTORNEY GENERAL, LA
ATTN HONORABLE CHARLES C FOTI, JR
LIVINGSTON BUILDING
1885 NORTH THIRD STREET
PO BOX 94005
BATON ROUGE LA 70804-9005

CREDITOR ID: 269386-13
OFFICE OF THE ATTORNEY GENERAL, MS
ATTN THE HONORABLE JIM HOOD
CARROLL GARTIN JUSTICE BUILDING
450 HIGH STREET
JACKSON MS 39201

CREDITOR ID: 269383-13
OFFICE OF THE ATTORNEY GENERAL, NC
ATTN THE HONORABLE ROY COOPER
9001 MAIL SERVICE CENTER
RALEIGH NC 27699-9001

CREDITOR ID: 269381-13
OFFICE OF THE ATTORNEY GENERAL, NY
ATTN THE HONORABLE ELIOT SPITZER
THE CAPITOL
ALBANY NY 12224-0341

CREDITOR ID: 269390-13
OFFICE OF THE ATTORNEY GENERAL, OH
ATTN THE HONORABLE JIM PETRO
STATE OFFICE TOWER
30 EAST BROAD STREET, 17TH FLOOR
COLUMBUS OH 43215-3428

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269387-13 | CREDITOR ID: 269391-13 | CREDITOR ID: 269389-13 |
| OFFICE OF THE ATTORNEY GENERAL, SC | OFFICE OF THE ATTORNEY GENERAL, TN | OFFICE OF THE ATTORNEY GENERAL, VA |
| ATTN THE HONORABLE HENRY MCMASTER | ATTN THE HONORABLE PAUL G SUMMERS | ATTN THE HONORABLE JUDY JAGDMANN |
| REMBERT DENNIS BUILDING | 450 JAMES ROBERTSON PARKWAY | 900 EAST MAIN STREET |
| 1000 ASSEMBLY STREET, ROOM 519 | PO BOX 20207 | RICHMOND VA 23219 |
| COLUMBIA SC 29201 | NASHVILLE TN 37202-0207 | |
| | | |
| CREDITOR ID: 257603-12 | CREDITOR ID: 257604-12 | CREDITOR ID: 397736-62 |
| OFFICE OF THE CHAPTER 13 | OFFICE OF THE CONSTABLE | OFFICE OF THE STATE TREASURER |
| TRUSTEE | SECOND CITY COURT | UNCLAIMED PROPERTY DIVISION |
| PO BOX 228 | 225 MORGAN ST | P.O. BOX 11778 |
| KNOXVILLE, TN 37901 | NEW ORLEANS, LA 70114 | COLUMBIA  SC 29211-1778 |
| | | |
| CREDITOR ID: 397735-62 | CREDITOR ID: 405901-99 | CREDITOR ID: 278797-99 |
| OFFICE OF THE STATE TREASURER | OFFICE OF THE US TRUSTEE | OFFICE OF THE US TRUSTEE - JAX |
| UNCLAIMED PROPERTY DIVISION | ATTN: ELENA L ESCAMILLA | ATTN: KENNETH C MEEKER, ASST US TR |
| 2515 WARREN AVENUE, SUITE 502 | 135 WEST CENTRAL BLVD, RM 620 | 135 W CENTRAL BLVD, ROOM 620 |
| CHEYENNE  WY 82002 | ORLANDO FL 32801 | ORLANDO FL 32801 |
| | | |
| CREDITOR ID: 257605-12 | CREDITOR ID: 257606-12 | CREDITOR ID: 257607-12 |
| OFFICE OF WORKERS COMPENSATION | OFFICEMAX CREDIT PLAN | OGEECHEE RIVER MILLS |
| 1001 NORTH 23RD STREET | DEPT 58-3600418577 | 4745 REYNOLDS |
| BATON ROUGE LA 70802 | PO BOX 9020 | WARRENTON, GA 30828 |
| | DES MOINES IA 50368-9027 | |
| | | |
| CREDITOR ID: 389293-54 | CREDITOR ID: 393119-55 | CREDITOR ID: 268174-14 |
| OGLESBY, JOHNNY | OGLESBY, JOHNNY | OGLETHORTE COUNTY TAX ACESSORS |
| 101 HICKORY KNOLL DRIVE | C/O: J. FRANKLIN BURNS | ATTN: JANELLE MATHEWS |
| WAYNESBORO GA 30830 | J. FRANKLIN BURNS, | HWY 78 |
| | 6100 LAKE FORREST DRIVE | LEXINGTON GA 30648 |
| | ATLANTA GA 30328 | |
| | | |
| CREDITOR ID: 257609-12 | CREDITOR ID: 389628-54 | CREDITOR ID: 393287-55 |
| OGLETREE DEAKINS NASH | OGLETREE, DOROTHY | OGLETREE, DOROTHY |
| SMOAK & STEWART LLP -  RALEIGH | 4 TENT COURT NORTH | C/O SPRINGER LAW FIRM |
| PO BOX 101860 | BIRMINGHAM, AL 35204 | ATTN STEWART SPRINGER, ESQ |
| ATLANTA, GA 30392-1860 | | PO BOX 11505 |
| | | BIRMINGHAM AL 35202 |
| | | |
| CREDITOR ID: 393287-55 | CREDITOR ID: 387765-54 | CREDITOR ID: 394126-56 |
| OGLETREE, DOROTHY | OHARA, PATRICK | O'HARA, SHARA |
| 4 TENTH COURT NORTH | 155 MURPHY STREET | 1941ELYSIAN FIELDS |
| BIRMINGHAM AL 35204 | NORTH AUGUSTA, SC 29860 | NEW ORLEANS, LA 70117 |
| | | |
| CREDITOR ID: 400334-85 | CREDITOR ID: 257610-12 | CREDITOR ID: 257611-12 |
| O'HARA, SHARA | OHCSWPA DBA OCCNET | OHIO BUREAU OF EMPLOYMENT SER |
| C/O CHRISTOPHER WEDDLE | 6133 RICKSIDE ROAD | 145 S FRONT ST |
| CHRISTOPHER WEDDLE, ATTY AT LAW | # 202 | PO BOX 923 |
| 3701 CANAL STREET, SUITE 123 | INDEPENDENCE, OH 44131 | COLUMBUS, OH 43216-0923 |
| NEW ORLEANS LA 70119 | | |
| | | |
| CREDITOR ID: 405895-99 | CREDITOR ID: 406146-15 | CREDITOR ID: 257612-12 |
| OHIO CASUALTY INSUR CO, THE | OHIO CASUALTY INSURANCE CO, THE | OHIO CASUALTY INSURANCE COMPANY |
| C/O HEDRICK DEWBERRY ET AL | C/O MANIER & HEROD | 9450 SEWARD RD |
| ATTN: JEFFREY C REGAN | ATTN J FRANKS/T PENNINGTON/M COLLI | FAIRFIELD OH 45014-5456 |
| 50 NORTH LAURA ST, STE 1600 | 150 FOURTH AVE N, SUITE 2200 | |
| JACKSONVILLE FL 32202 | NASHVILLE TN 37219-2494 | |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257614-12<br>OHIO CHILD SUPPORT PAYMENT CENTRAL<br>PO BOX 182394<br>COLUMBUS, OH 43218 | CREDITOR ID: 257613-12<br>OHIO CHILD SUPPORT PAYMENT CENTRAL<br>LUMP SUM PAYMENTS<br>PO BOX 182394<br>COLUMBUS OH 43218 | CREDITOR ID: 257615-12<br>OHIO COUNCIL OF RETAIL MERCHANTS<br>50 WEST BROAD STREET<br>COLUMBUS OH 43215 |
| CREDITOR ID: 257616-12<br>OHIO DEPARTMENT OF AGRICULTURE<br>8995 EAST MAIN STREET<br>DIVISION OF PLANT INDUSTRY<br>ADMINISTRATION BUILDING<br>REYNOLDSBURG OH 43068 | CREDITOR ID: 257617-12<br>OHIO DEPARTMENT OF HEALTH<br>PO BOX 15278<br>COLUMBUS OH 43215 | CREDITOR ID: 33-02<br>OHIO DEPARTMENT OF INSURANCE<br>ATTN: ANN WOMER BENJAMIN, DIRECTOR<br>2100 STELLA COURT<br>COLUMBUS OH 43215 |
| CREDITOR ID: 257618-12<br>OHIO DEPARTMENT OF TAXATION<br>PO BOX 444<br>COLUMBUS OH 43216-0444 | CREDITOR ID: 257619-12<br>OHIO DEPARTMENT OF TAXATION<br>PO BOX 804<br>COLUMBUS, OH 43216-0804 | CREDITOR ID: 10-02<br>OHIO DEPARTMENT OF TAXATION<br>ATTN: WILLIAM W. WILKINS, COMMISNER<br>30 EAST BROAD STREET, 22ND FLOOR<br>COLUMBUS OH 43215 |
| CREDITOR ID: 240615-06<br>OHIO DEPT OF LIQUOR CONTROL<br>6606 TUSSING ROAD<br>PO BOX 4005<br>REYNOLDSBURG OH 43068-9005 | CREDITOR ID: 241159-11<br>OHIO DEPT. OF TAXATION<br>ACCOUNT NO.: 59-3264623<br>PO BOX 16560<br>COLUMBUS, OH 43216-6561 | CREDITOR ID: 19-02<br>OHIO LOTTERY COMMISSION<br>ATTN: TOM HAYES, DIRECTOR<br>615 WEST SUPERIOR AVENUE<br>CLEVELAND OH 44113 |
| CREDITOR ID: 383124-51<br>OHIO MEDICAID<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43266-0423 | CREDITOR ID: 315883-40<br>OHIO NATIONAL LIFE INSURANCE CO.<br>C/O PRESTON MORTGAGE CORP<br>5215 N O'CONNOR ROAD<br>SUITE 200<br>IRVING, TX 75039 | CREDITOR ID: 395484-64<br>OHIO STATE LOTTERY COMMISSION<br>615 W SUPERIOR AVENUE<br>CLEVELAND, OH 44113 |
| CREDITOR ID: 268175-31<br>OHKE CO<br>ATTN: VERLOS SHARPE<br>6990 COUNTRY LAKES CIR<br>SARASOTA FL 34243-3836 | CREDITOR ID: 269228-16<br>OHLSON, COLBY<br>200 EAST FETZER ROAD<br>NEWARK, AR 72562 | CREDITOR ID: 257621-12<br>OIL DRI CORP OF AMERICA<br>PO BOX  95980<br>CHICAGO, IL 60694-5980 |
| CREDITOR ID: 405293-95<br>OKALOOSA COUNTY GAS DIST<br>PO BOX 1209<br>VALPARAISO FL 32580-0548 | CREDITOR ID: 257627-12<br>OKALOOSA PUBLISHING INC<br>NEWSLEADER/NEWS EXTRA<br>531 SW ELVA ST<br>MILTON, FL 32570 | CREDITOR ID: 268177-31<br>OKEECHBEE CNTY TRIST DEV CNCIL<br>ATTN: DIANE KINCHEN<br>55 S PARROTT AVE<br>OKEECHOBEE FL 34972-2968 |
| CREDITOR ID: 257629-12<br>OKEECHOBEE HOSPITAL<br>DBA RAULERSON HOSPITAL<br>PO BOX 1307<br>OKEECHOBEE, FL 34973 | CREDITOR ID: 257630-12<br>OKEECHOBEE UTILITY AUTHORITY<br>PO BOX 835<br>OKEECHOBEE, FL 34973-0835 | CREDITOR ID: 257631-12<br>OKEELANTA CORPORATION<br>PO BOX 281827<br>ATLANTA, GA 30384-1827 |
| CREDITOR ID: 391912-55<br>O'KELLY, NICOLE MICHELLE<br>C/O PELHAM & ANDREWS<br>ATTN RANDY VINCENT PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 390422-54<br>O'KELLY, NICOLE MICHELLE<br>1630 BALKIN RD APT #22<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 257632-12<br>OKI SYSTEMS INC<br>PO BOX 632994<br>CINCINNATI OH 45263-2994 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257633-12<br>OKLAHOMA CENTRALIZED SUPPORT<br>REGISTRY<br>PO BOX 268809<br>OKLAHOMA CITY, OK 73126-8809 | CREDITOR ID: 257634-12<br>OKLAHOMA GUARANTEED STUDENT<br>LOAN PROGRAM<br>PO BOX 3010<br>OKLAHOMA CITY, OK 73101-3010 | CREDITOR ID: 269321-16<br>OKLAHOMA HEALTHCARE AUTHORITY<br>C/O JESSE W. BECK, JR<br>BECK & ASSOCIATES, PC<br>1432 BRITTON ROAD<br>SUITE 5<br>OKLAHOMA CITY, OK 73114 |
| CREDITOR ID: 383123-51<br>OKLAHOMA MEDICAID<br>4545 NORTH LINCOLN BLVD, SUITE 124<br>OKLAHOMA CITY, OK 73154 | CREDITOR ID: 257635-12<br>OKLAHOMA TAX COMMISION<br>FRANCHISE TAX<br>PO BOX 26930<br>OKLAHOMA CITY OK 73126-0930 | CREDITOR ID: 257636-12<br>OKOLONA SEPTIC TANK SERVICE INC<br>KDH 29121<br>3602 MUD LANE<br>LOUISVILLE KY 40229 |
| CREDITOR ID: 388794-54<br>OKPALAEZE, UZOAMAKA<br>7830 PARRY STREET<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 392749-55<br>OKPALAEZE, UZOAMAKA<br>C/O: PIUS A. OBIOHA, ESQ.<br>PIUS A. OBIOHA, ESQ.<br>1550 NORTH BOARD ST.<br>NEW ORLEANS LA 70119 | CREDITOR ID: 257637-12<br>OKTIBBEHA COUNTY TAX COLLECTOR<br>101 EAST MAIN STREET<br>PROPERTY  TAX<br>STARKVILLE MS 39759 |
| CREDITOR ID: 318188-42<br>OKTIBBEHA COUNTY TAX COLLECTOR<br>101 E. MAIN STREET<br>STARKVILLE MS 39759 | CREDITOR ID: 257638-12<br>OLADIPUPO A AWELEWA<br>5260 NORMAN BLVD<br>COLLEGE PARK GA 30349 | CREDITOR ID: 257639-12<br>OLASOJI A ABORISADE<br>1815 STILL POND COURT<br>CHARLOTTE NC 28214 |
| CREDITOR ID: 257640-12<br>OLD 97 INC<br>C/O PHILLIPS EDISON & CO<br>ATTN: BARBARA HOOD<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 257641-12<br>OLD DOMINION FREIGHT LINE<br>PO BOX 60908<br>CHARLOTTE, NC 28260-0001 | CREDITOR ID: 397660-72<br>OLD DOMINION FREIGHT LINE INC.<br>500 OLD DOMINION WAY<br>THOMASVILLE, NC 27360 |
| CREDITOR ID: 269322-16<br>OLD DOMINION FREIGHT LINES<br>C/O JEFFREY G. KORN, KOSTO&ROTELLA<br>SUITE 1028-BLACKSTONE BUILDING<br>233 EAST BAY STREET<br>PO BOX 4759<br>JACKSONVILLE, FL 32201 | CREDITOR ID: 257642-12<br>OLD DOMINION PEANUT CORP<br>208 WEST 24TH STREET<br>NORFOLK, VA 23517 | CREDITOR ID: 257643-12<br>OLD FIELD LANDING (CRABS)<br>JAMES C CLARK<br>4106 JULINGTON CREEK<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 257644-12<br>OLD HICKORY BARBEQUE INC<br>8761 FAYETTEVILLE HWY<br>GODWIN, NC 28344-8905 | CREDITOR ID: 257645-12<br>OLD KINGS HIGHWAY ASSOC<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 |
| CREDITOR ID: 257646-12<br>OLD LONDON FOODS<br>PO BOX 5339<br>NEWYORK, NY 10087 | CREDITOR ID: 269323-16<br>OLD ORCHARD BRANDS, LLC<br>C/O JOSHUA WALLISH<br>VARNUM, RIDDERING, ET AL.<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | CREDITOR ID: 268178-31<br>OLD SUGGESVILLE WATER SYSTEM<br>ATTN: ARCHIE ROBINSON<br>114 COURT ST<br>GROVE HILL AL 36451-3227 |
| CREDITOR ID: 243698-12<br>OLDAKOWSKI, BOB<br>CAMPAIGN ACCOUNT<br>605 OCEAN DRIVE<br>APT 8M<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 388367-54<br>OLDHAM, CAROL<br>26343 E. SNOWCREEK RD<br>AMITE, LA 70422 | CREDITOR ID: 392468-55<br>OLDHAM, CAROL<br>C/O: PIERRE F. GAUDIN<br>PIERRE F. GAUDIN<br>1088 FOURTH STREET<br>GRETNA LA 70053 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257647-12<br>OLDS PRODUCTS<br>35006 EAGLE WAY<br>CHICAGO, IL 60678-1350 | CREDITOR ID: 405295-95<br>OLDS PRODUCTS<br>P O BOX 88514<br>CHICAGO IL 60680-1514 | CREDITOR ID: 257648-12<br>OLE MEXICAN FOODS INC<br>6585 CRESCENT DR<br>NORCROSS, GA 30071 |
| CREDITOR ID: 405296-95<br>OLE MEXICAN FOODS INC<br>2760 BANKERS INDUSTRIAL DRIVE<br>ATLANTA GA 30360 | CREDITOR ID: 386044-54<br>OLEA, ROBERT<br>303 JONES WASHINGTON ROAD<br>ARAGON, GA 30104 | CREDITOR ID: 391246-55<br>OLEA, ROBERT<br>C/O: DOUGLAS J. FEES<br>THE COCHRAN FIRM<br>P.O. BOX 508<br>HUNTSVILLE AL 35804 |
| CREDITOR ID: 257649-12<br>OLEARY ENTERPRISES<br>1236 CLEARLAKE ROAD<br>COCOA FL 32922 | CREDITOR ID: 377209-44<br>OLER, STEVE<br>6101 DARTMOUTH AVE N<br>ST PETERSBURG, FL 33710 | CREDITOR ID: 407429-97<br>OLFACTORY CORPORATION, THE<br>ATTN: FRED B BLOCK, PRES<br>3639 HARBOR BLVD, STE 203<br>VENTURA CA 93001 |
| CREDITOR ID: 257650-12<br>OLFACTORY CORPORATION, THE<br>ATTN: FRED B BLOCK, PRES<br>PO BOX 2010<br>OXNARD, CA 93034-2010 | CREDITOR ID: 257652-12<br>OLGA PEREZ<br>9400 S DADELAND BLVD<br>SUITE 600<br>% COHEN CHASE HOFFMAN & SCHIMMELL<br>MIAMI FL 33156 | CREDITOR ID: 257653-12<br>OLGA RUSSELL<br>13464 FORDWELL DRIVE<br>ORLANDO FL 32828 |
| CREDITOR ID: 406185-15<br>OLIFF, JAY R<br>4110 OLD TRACE ROAD<br>PALO ALTO CA 94306-3727 | CREDITOR ID: 257654-12<br>OLIN HARBIN<br>123 SELWYN DRIVE<br>ANDERSON SC 29625 | CREDITOR ID: 390175-54<br>OLIPHANT, ELSIE<br>6211 SOUTH DALE MABRY APT. 10<br>TAMPA, FL 33611 |
| CREDITOR ID: 393618-55<br>OLIPHANT, ELSIE<br>C/O JOHN MOALKOVSKI<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 385272-54<br>OLIVA, REGLA<br>13986  SW 181ST TERRACE<br>MIAMI, FL 33177 | CREDITOR ID: 390580-55<br>OLIVA, REGLA<br>C/O: BRETT L. BORROW, ESQ.<br>MUSTELL & BORROW<br>4100 NE 2ND AVENUE<br>SUITE 204<br>MIAMI FL 33137 |
| CREDITOR ID: 269324-16<br>OLIVARES USA<br>3923 OLD LEE HIGHWAY-63C<br>FAIRFAX, VA 22030 | CREDITOR ID: 268179-31<br>OLIVE BRANCH MS<br>ATTN: SAMUEL RICKERT<br>9189 PIGEON ROOST RD<br>OLIVE BRANCH MS 38654-2409 | CREDITOR ID: 268180-31<br>OLIVER ENVIRONMENTAL LLC<br>ATTN: LESTER OLIVER<br>125 MCDONOUGH PKWY<br>MCDONOUGH GA 30253-6598 |
| CREDITOR ID: 257656-12<br>OLIVER M DEAN<br>125 BROOKS STREET<br>WORCESTER MA 01606-2464 | CREDITOR ID: 257657-12<br>OLIVER PRODUCTS COMPANY<br>PO BOX 78000   DEPT 78218<br>DETROIT, MI 48278-0218 | CREDITOR ID: 405297-95<br>OLIVER PRODUCTS COMPANY<br>445 SIXTH ST<br>GRAND RAPIDS MI 49504-5298 |
| CREDITOR ID: 268181-31<br>OLIVER SPRINGS SEWAGE DISPOSAL<br>ATTN: LARRY CARTER<br>435 JOEL RD<br>OLIVER SPRINGS TN 37840-5047 | CREDITOR ID: 381394-47<br>OLIVER TRIAY<br>1724 SE MARYLAND STREET<br>ARCADIA, FL 34266 | CREDITOR ID: 381693-47<br>OLIVER, BETTY<br>515 FOREST DRIVE<br>HAVANA FL 32333 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399820-84<br>OLIVER, CURTIS<br>1357 GLENN STREET<br>MOBILE AL 36605 | CREDITOR ID: 400526-88<br>OLIVER, CURTIS<br>C/O HENDRIK S. SNOW, ESQUIRE<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 407042-MS<br>OLIVER, DONALD<br>1109 THOMWALL ST.<br>VALDOSTA GA 31602 |
| CREDITOR ID: 390134-54<br>OLIVER, MERCEDES<br>14201 SW 82ND ST<br>MIAMI, FL 33186 | CREDITOR ID: 393588-55<br>OLIVER, MERCEDES<br>C/O LAW OFFICES OF E PASTOR PA<br>201 ALHAMBRA CIRCLE STE. 502<br>MIAMI FL 33134 | CREDITOR ID: 381518-47<br>OLIVER, MICHAEL<br>3800 GALT OCEAN DRIVE, APT 604<br>FT LAUDERDALE, FL 33308 |
| CREDITOR ID: 387891-54<br>OLIVIERI, AGNES<br>4993 SW MARTIN COMMONS WAY<br>PALM CITY, FL 34990 | CREDITOR ID: 392173-55<br>OLIVIERI, AGNES<br>LAW OFFICE OF LAURI J. GOLDSTEIN,PA<br>ATTN LAURI J. GOLDSTEIN, ESQ<br>1330 SOUTH FEDERAL HIGHWAY<br>STUART FL 34994 | CREDITOR ID: 257658-12<br>OLIVIO PREMIUM PRODUCTS<br>PO BOX 3632<br>BOSTON, MA 02241 |
| CREDITOR ID: 376456-44<br>OLLIE HARRELL'S TIRE SERVICE<br>2394 ROSS CLARK CIRCLE<br>DOTHAN, AL 36301 | CREDITOR ID: 257660-12<br>OLLIE HARRELLS TIRE SERVICE INC<br>626 NW LOVEJOY ROAD<br>FT WALTON BEACH FL 32548 | CREDITOR ID: 257659-12<br>OLLIE HARRELL'S TIRE SERVICE INC<br>ATTN: KENNETH HARNELL, PRES<br>2394 ROSS CLARK CIRCLE<br>DOTHAN, AL 36301 |
| CREDITOR ID: 386604-54<br>OLLIE, DELORES<br>2904 S. LAKE BLVD.<br>VIOLET LA 70092 | CREDITOR ID: 391609-55<br>OLLIE, DELORES<br>C/O: GREGORY UNGER<br>MICHAEL GUILLORY, A PROF LAW CORP.<br>3045 RIDGELAKE DR, SUITE 201<br>METAIRIE LA 70002 | CREDITOR ID: 390283-54<br>OLLMAN, LENNETTE<br>222 BLAIRMORE BLVD APT 112<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 385921-54<br>OLOPADE, VICKI<br>2856 CORTEZ RD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 391157-55<br>OLOPADE, VICKI<br>C/O: J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407043-MS<br>OLSEN, DEBORAH A<br>4833 LOFTY PINE CIRCLE E<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 246599-12<br>OLSON, COLBY<br>200 EAST FETZER ROAD<br>NEWARL, AR 72562 | CREDITOR ID: 257661-12<br>OLUFEMI J ADEGUNLE<br>2595 TERRACE PKWY<br>MORROW GA 30260 | CREDITOR ID: 380964-47<br>OLYMEL<br>7550 40E AVENUE<br>RED DEER, AB T4N 6R7<br>CANADA |
| CREDITOR ID: 257662-12<br>OLYMEL LP FRESH MEATS DIVISION<br>700 CROISETIERE<br>IBERVILLE, QC J2X 4H7<br>CANADA | CREDITOR ID: 397345-15<br>OLYMEL SEC/LP<br>ATTN MICHELINE COTE, DIR OF CORP CR<br>700 CROISETIERE<br>IBERVILLE QC J2X 4H7<br>CANADA | CREDITOR ID: 399691-YY<br>OLYMPIA SUPPLY COMPANY<br>PO BOX 3490<br>BURBANK CA 91508 |
| CREDITOR ID: 269325-16<br>OLYMPIC CREDIT FUND, INC.<br>PO BOX 12059<br>OLYMPIA, WA 98508 | CREDITOR ID: 257663-12<br>OMAR DIAZ<br>1050 SW 73 AVENUE<br>MIAMI FL 33144 | CREDITOR ID: 257664-12<br>OMEGA DESIGN CORP<br>211 PHILLIPS ROAD<br>EXTON PA 19341-1336 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257665-12<br>OMEGA IMPORTS INC<br>ATTN EDUARDO PEREIRA, PRES<br>10375 SW 25 STREET<br>MIAMI, FL 33165 | CREDITOR ID: 257666-12<br>OMEGA INTERCONTINENTAL INC<br>7440 SW 50TH TERRACE, SUITE 103<br>MIAMI, FL 33155 | CREDITOR ID: 395469-64<br>OMI INTERNATIONAL, INC.<br>300 N COIT ROAD, 12TH FLORIDA<br>RICHARDSON, TX 75080 |
| CREDITOR ID: 395518-64<br>OMI INTERNATIONAL, INC.<br>6100 TENNYSON PARKWAY<br>SUITE 150<br>PLANO, TX 75024 | CREDITOR ID: 257669-12<br>OMNI CART SERVICES INC<br>PO BOX 366<br>MENTOR, OH 44061 | CREDITOR ID: 257671-12<br>OMNIGLOW CORP<br>PO BOX 1476<br>BUFFALO NY 14240-1476 |
| CREDITOR ID: 257670-12<br>OMNI-PAK INTERNATIONAL INC<br>PO BOX 6546<br>WINTER SPRINGS, FL 32719 | CREDITOR ID: 383120-51<br>OMNISYS INC<br>2824 TERRELL ROAD, SUITE 602<br>GREENVILLE, TX 75403 | CREDITOR ID: 257672-12<br>OMNITRONICS LLC<br>PO BOX 120<br>CONNEAUT OH 44030 |
| CREDITOR ID: 688-03<br>OMU<br>PO BOX 806<br>OWENSBORO KY 42302 | CREDITOR ID: 257673-12<br>ON COR FROZEN FOOD<br>627 LANDWEHR RD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 257674-12<br>ON SITE DRUG COLLECTIONS<br>1032 A DAWSON AVE<br>SELMA, AL 36701 |
| CREDITOR ID: 257675-12<br>ON SITE SERVICES INC<br>PO BOX 22874<br>CHATTANOOGA TN 37422 | CREDITOR ID: 257676-12<br>ON SITE SHRED LLC<br>273 HEIN DRIVE<br>GARNER, NC 27529 | CREDITOR ID: 257677-12<br>ON SITE TRUCK & TRAILER<br>610 HWY 43 S<br>SARALAND, AL 36571 |
| CREDITOR ID: 257678-12<br>ON SITE WHEEL ALIGNMENT OF FLORIDA<br>PO BOX 720477<br>ATLANTA GA 30358-2477 | CREDITOR ID: 381957-15<br>ON THE GO HOSIERY, INC.<br>ATTN ANTHONY L SMITH, PRES<br>4264 WINTERS CHAPEL RD, BLDG B<br>ATLANTA GA 30360 | CREDITOR ID: 403341-83<br>ON TRACK INVESTIGATIONS, INC.<br>962 NORTHLAKE BLVD., PMB 159<br>LAKE PARK FL 33403 |
| CREDITOR ID: 376459-44<br>ON-COR FROZEN FOOD<br>627 LANDWEHR RD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 382058-36<br>ON-COR FROZEN FOODS, LLC<br>BILL SHEREOS<br>627 LANDWEHR RD<br>NORTHBROOK IL 60062 | CREDITOR ID: 257680-12<br>ONDEO NALCO COMPANY<br>PO BOX 70716<br>CHICAGO IL 60673-0716 |
| CREDITOR ID: 257681-12<br>ONE BY ONE LAWN SERVICE<br>1329 FIFTH STREET<br>C/O WANDA FOSS<br>CLERMONT, FL 34711 | CREDITOR ID: 257682-12<br>ONE IN CHRIST ACADEMY<br>4201 E JUDGE PEREZ DRIVE<br>MERAUX, LA 70075 | CREDITOR ID: 257683-12<br>ONE MINUTE KEY SHOP LOCKSMITHS<br>2120 GULF GATE DR<br>SARASOTA FL 34231 |
| CREDITOR ID: 403342-83<br>ONE STOP RECORD SERVICES, INC.<br>600 1/2 SILVERTON ST.<br>ORLANDO FL 32808-8134 | CREDITOR ID: 257684-12<br>ONE STOP RESOURCE INC<br>33 SALEM ST<br>THOMASVILLE, NC 27360 | CREDITOR ID: 257685-12<br>ONE WORLD<br>4100 NE 2NE AVE STE 102<br>MIAMI FL 33137-3538 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257510-12<br>O'NEAL PLUMBING & BACKFLOW SPECIALS<br>8111 BURDELL DRIVE<br>COLUMBIA SC 29209 | CREDITOR ID: 257511-12<br>O'NEAL ROOFING CO INC<br>PO BOX 2166<br>LAKE CITY, FL 32056-2166 | CREDITOR ID: 257686-12<br>ONEAL SCIENTIFIC SERVICE<br>6652 GRAVOIS AVE<br>ST LOUIS MO 63116-1126 |
| CREDITOR ID: 257687-12<br>O'NEAL STEEL, INC<br>ATTN MARIA SULLIVAN, CR MGR<br>PO BOX 11508<br>MOBILE AL 36671 | CREDITOR ID: 397961-76<br>O'NEAL, BETTY<br>821 CURIS DR.,<br>OPALOCKA, FL 33055 | CREDITOR ID: 398148-77<br>O'NEAL, BETTY<br>ATTN: LEAH SIMMS<br>801 NE, 167TH ST.<br>N. MIAMI BEACH, FL 33162 |
| CREDITOR ID: 245296-12<br>ONEAL, CHRISSI<br>610 BRIARCLIFF ROAD<br>DUBLIN GA 31021 | CREDITOR ID: 399553-82<br>O'NEAL, DEMETRIUS<br>2550 NW 20TH STREET<br>FORT LAUDERDALE  FL 33311 | CREDITOR ID: 385586-54<br>ONEAL, GAIL M<br>2624 MILTON AVE<br>KISSIMMEE, FL 34741 |
| CREDITOR ID: 390880-55<br>ONEAL, GAIL M<br>C/O FRANK VERDI, ESQUIRE<br>THE LAW OFFICE OF FRANK VERDI, P.A.<br>12958 N. DALE MABRY HWY<br>TAMPA FL 33618 | CREDITOR ID: 256291-12<br>ONEAL, MICHELLE<br>930 TOKEENA ROAD<br>WESTMINSTER SC 29693 | CREDITOR ID: 259596-12<br>O'NEAL, RICHARD<br>1277 MICHAEL AVENUE<br>LEWISVILLE, TX 75077 |
| CREDITOR ID: 389549-54<br>O'NEAL, SANDRA<br>533 NW 3RD COURT<br>HALLANDALE, FL 33009 | CREDITOR ID: 393221-55<br>O'NEAL, SANDRA<br>C/O WINSTON & CLARK, PA<br>ATTN BRADLEY WINSTON, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 390148-54<br>O'NEAL, WANDA<br>1308 TUPELO ST.<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 389693-54<br>ONEAL, WILLIE<br>5283 BIFFLE DOWNS ROAD<br>STONE MOUNTAIN, GA 30088 | CREDITOR ID: 393336-55<br>ONEAL, WILLIE<br>C/O: JOHN M. FOY, ESQUIRE<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 | CREDITOR ID: 243097-12<br>ONEILL, BARRY F<br>COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>BUILDING 1478 SUITE 200<br>MARIETTA, GA 30067 |
| CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD<br>BUILDING 1478<br>MARIETTA GA 30067 | CREDITOR ID: 385230-54<br>ONEILL, PEGGY<br>6447 SPRING HILL DRIVE<br>SPRING HILL, FL 34606 | CREDITOR ID: 390538-55<br>ONEILL, PEGGY<br>C/O: JAMES D. ARNOLD, JR., ESQ.<br>MORGAN, COLLING & GILBERT, TAMPA PA<br>101 E. KENNEDY BLVD., #1790<br>TAMPA FL 33602 |
| CREDITOR ID: 257689-12<br>ONONDAGA COUNTY SCU<br>PO BOX 15331<br>ALBANY, NY 12212-5331 | CREDITOR ID: 403872-94<br>ONORI, ENDURANCE<br>4103 DAKOTA PLACE<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 2929-04<br>ONSLOW CONTAINER<br>PO BOX 9<br>DEEP RUN NC 28525 |
| CREDITOR ID: 400440-15<br>ONSLOW CONTAINER SERVICE, INC<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 | CREDITOR ID: 240617-06<br>ONSLOW COUNTY TAX COLLECTOR<br>39 TALLMAN ST<br>JACKSONVILLE NC 28540 | CREDITOR ID: 257692-12<br>ONSLOW FIRE EXTINGUISHER SALES&SVC<br>PO BOX 7251<br>JACKSONVILLE NC 28540 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 2910-04
ONYX
PO BOX 3194
VALDOSTA GA 31604

CREDITOR ID: 268182-31
ONYX ENVIRONMENTAL SVCS LLC
ATTN: MITCH OSBORN
5371 COOK RD
MORROW GA 30260-3696

CREDITOR ID: 257693-12
ONYX SPECIAL SERVICES
1275 MINERAL SPRINGS DRIVE
PORT WASHINGTON WI 53074-2163

CREDITOR ID: 2932-04
ONYX WASTE
ATTN: CHERYL
1070 RIVERSIDE DRIVE
MOODY AL 35004-0430

CREDITOR ID: 2931-04
ONYX WASTE
135 S. LASALLE - DEPT. 8205
CHICAGO IL 60678-8173

CREDITOR ID: 2930-04
ONYX WASTE
135 LASALLE - DEPT. 8205
CHICAGO IL 60678-8173

CREDITOR ID: 257696-12
ONYX WASTE SERVICES
8416 INNOVATION WAY
CHICAGO, IL 69682

CREDITOR ID: 257695-12
ONYX WASTE SERVICES
8205 INNOVATION WAY
CHICAGO, IL 60682

CREDITOR ID: 257694-12
ONYX WASTE SERVICES
8187 INNOVATION WAY
CHICAGO, IL 60682-0081

CREDITOR ID: 257697-12
ONYX WASTE SERVICES LLC
135 SOUTH LASALLE
DEPT 8229
CHICAGO, IL 60674-8173

CREDITOR ID: 257698-12
ONYX WASTE SERVICES OF FLORIDA INC
4872 10TH AVE NORTH
GREENACRES FL 33463

CREDITOR ID: 257699-12
ONZELL LEVERETTE
905 N MONTGOMERY STREET
APT 402
STARKVILLE MS 39759

CREDITOR ID: 257700-12
OOCL USA INC
4782 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 407044-MS
OOSTIN, KENNETH
3414 KING RICHARD COURT
SEFFNER FL 33584

CREDITOR ID: 257701-12
OPA GRAPHICS INC
ATTN PETER BARR, VP
PO BOX 50398
NEW ORLEANS, LA 70150

CREDITOR ID: 405301-95
OPA GRAPHICS INC
1117 LASALLE ST
NEW ORLEANS LA 70113

CREDITOR ID: 257702-12
OPAL LEE SMITH & SARA N JORDAN
PO BOX 3468
JACKSON MS 39207

CREDITOR ID: 257703-12
OPALD BOOKER
38 WATERVIEW DRIVE
JACKSON MS 39212

CREDITOR ID: 257704-12
OPELIKA WATER WORKS BOARD
PO BOX 2587
OPELIKA, AL 36803-2587

CREDITOR ID: 257705-12
OPELOUSAS CATHOLIC SCHOOL
415 E PRUDHOMME LANE
OPELOUSAS, LA 70570

CREDITOR ID: 268183-31
OPELOUSAS CITY OF INC
ATTN: MARGARET DOUCET
318 N COURT ST
OPELOUSAS LA 70570-5216

CREDITOR ID: 257707-12
OPEN DATE SYSTEMS INC
PO BOX 538
SPRINGFIELD ROAD
GEORGE MILLS NH 03751

CREDITOR ID: 382939-51
OPEN PHARMACY NETWORK, THE
369 BILL MITCHELL ROAD
SALT LAKE CITY, UT 84111

CREDITOR ID: 257708-12
OPERATION TROOP SALUTE
PO BOX 2531
WINTER HAVEN FL 33883

CREDITOR ID: 268185-31
OPERATIONS TECHNOLOGY INC
ATTN: RANDY ECKENBERG
340 N CENTER ST
THOMASTON GA 30286-3692

CREDITOR ID: 268184-31
OPERATIONS TECHNOLOGY INC
ATTN: BOB MONETT
370 ROSALIE MARIA DR
BILOXI MS 39531-2906

CREDITOR ID: 257709-12
OPHS BAND ASSOCIATION
PO BOX 1404
ORANGE PARK FL 32607-1404

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 257710-12
OPIES'
PO BOX 60702
ST LOUIS MO 63160-0702

CREDITOR ID: 257711-12
OPIS ENERGY GROUP
PO BOX 9407
GAITHERSBURG, MD 20898-9407

CREDITOR ID: 407498-93
OPIS ENERGY GROUP
ATTN SUSANNA GILL, COLL ANALYST
11300 ROCKVILLE PIKE, # 1100
ROCKVILLE MD 20852

CREDITOR ID: 405302-95
OPIS ENERGY GROUP
PO BOX 17673
BALTIMORE MD 21297-1673

CREDITOR ID: 257712-12
OPLINK SOLUTIONS INC
3135 REPS MILLER ROAD
NORCROSS GA 30071

CREDITOR ID: 257713-12
OPOLLO TRAINING SERVICES
808 COMMERCE PARK DR
OGDENSBURG NY 13669

CREDITOR ID: 257714-12
OPP MUNICIPAL COURT
PO BOX 610
OPP, AL 36467

CREDITOR ID: 257715-12
OPP NEWS
PO BOX 870
OPP, AL 36467-0870

CREDITOR ID: 257716-12
OPP WELDING SHOP
2102 HIGHWAY 84 WEST
OPP AL 36467

CREDITOR ID: 386372-54
OPREA, CATHERINE
103 PEACOCK RUN
BURTON SC 29902

CREDITOR ID: 391455-55
OPREA, CATHERINE
C/O: ANDREW SAFRAN
1400 PICKENS STREET
SUITE 104
COLUMBIA SC 29201

CREDITOR ID: 268186-31
OPTECH INC BILOXI
ATTN: BOBBY BERRY
336 IROQUOIS ST
BILOXI MS 39530-1908

CREDITOR ID: 257717-12
OPTIONS INC
19362 W SHELTON RD
HAMMOND LA 70401

CREDITOR ID: 257718-12
OPTIONS PRICE REPORTING
AUTHORITY
PO BOX 95718
CHICAGO IL 60694-0001

CREDITOR ID: 383119-51
OPUS HEALTH PLAN
1324-106 MOTOR PARKWAY
HAUPPAUGE, NY 11788

CREDITOR ID: 257719-12
ORA B ESQUIVEL
9 NW AVENUE G
BELLE GLADE FL 33430

CREDITOR ID: 382633-51
ORACLE
PO BOX 71028
CHICAGO, IL 60694-1028

CREDITOR ID: 257720-12
ORACLE CORPORATION
PO BOX 71028
CHICAGO IL 6906941028

CREDITOR ID: 257721-12
ORACLE PACKAGING INC
ATTN: RANDY SCHMITZ, VP & CFO
DEPT 2155
TULSA, OK 74182

CREDITOR ID: 405304-95
ORACLE PACKAGING INC
PO BOX 972725
DALLAS TX 75397-2725

CREDITOR ID: 407447-15
ORACLE USA, INC FKA
PEOPLESOFT USA INC
ATTN JOHN WADSWORTH, ESQ
500 ORACLE PARKWAY
REDWOOD SHORES CA 94065

CREDITOR ID: 407447-15
ORACLE USA, INC FKA
C/O PACHULSKI STANG ZIEHL ET AL
ATTN HENRY C KEVANE, ESQ
3 EMBARCADERO CENTER, SUITE 1020
SAN FRANCISCO CA 94111-4023
USA

CREDITOR ID: 257722-12
ORALABS INC
18685 E PLAZA DRIVE
PARKER, CO 80134

CREDITOR ID: 405305-95
ORALABS INC
18685 E PLAZA DR
PARKER COQ 80134-9061

CREDITOR ID: 381078-47
ORALOOSA PUBLISHING INC
NEWS BULLETIN NEWS EXTRA
6629 ELVA STREET
MILTON, FL 32570

CREDITOR ID: 389764-54
ORAMOUS, JOY
PO BOX 1583
CHALMETTE LA 70044

CREDITOR ID: 393378-55
ORAMOUS, JOY
C/O: GREGORY UNGER
MICHAEL S. GUILLORY, A PROF LAW CORP
3045 RIDGELAKE DR, SUITE 201
METAIRIE LA 70002

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:  05-03817-3F1**

CREDITOR ID: 268189-31
ORANGE CITY CITY OF INC
ATTN: EUGUNE MILLER
205 E GRAVES AVE
ORANGE CITY FL 32763-5213

CREDITOR ID: 268188-31
ORANGE CITY CITY OF INC
ATTN: EUGENE MILLER
205 E GRAVES AVE
ORANGE CITY FL 32763-5213

CREDITOR ID: 268187-14
ORANGE CITY CITY OF INC
ATTN: CHRISTINE DAVIS
205 E GRAVES AVE
ORANGE CITY FL 32763-5213

CREDITOR ID: 268190-31
ORANGE CNTY PARKS & RECREATION
ATTN: RICHARD CROTTY
1850 E MICHIGAN ST
ORLANDO FL 32806-4900

CREDITOR ID: 405307-95
ORANGE COUNTY PUBLIC UTILITIES
PO BOX 30000
ORLANDO FL 32891-8107

CREDITOR ID: 257731-12
ORANGE DISTRIBUTORS INC
4573 DARDANELLE DR
ORLANDO, FL 32808

CREDITOR ID: 257732-12
ORANGE GLO CORPORATION
8200 E MAPLEWOOD AVE
DALLAS, TX 75397

CREDITOR ID: 405308-95
ORANGE GLO CORPORATION
DEPT NO 5011
DENVER CO 80291

CREDITOR ID: 257733-12
ORANGE GROVE SHOPPING CE
EDWARDS CAPITAL MGMT
6055 PRIMACY PKWY
STE 402
MEMPHIS, TN 38119

CREDITOR ID: 1673-07
ORANGE GROVE SHOPPING CENTER
EDWARDS CAPITAL MGMT
6055 PRIMACY PKWY
MEMPHIS, TN 38119-3661

CREDITOR ID: 397095-67
ORANGE LAKE COUNTRY CLUB
8505 W IRLO BRONSON MEMORIAL HWY
KISSIMMEE, FL 34747

CREDITOR ID: 257734-12
ORANGE PARK ATHLETIC ASSOCIATION
PO BOX 313
ORANGE PARK FL 32067

CREDITOR ID: 257735-12
ORANGE PARK COMMUNITY THEATRE
PO BOX 391
ORANGE PARK FL 32067

CREDITOR ID: 381414-47
ORANGE PARK HIGH SCHOOL
2300 KINGSLEY AVE
ORANGE PARK, FL 32073

CREDITOR ID: 257736-12
ORANGE PARK MALL
1910 WELLS ROAD
ORANGE PARK, FL 32073

CREDITOR ID: 257738-12
ORANGEBURG PUBLIC UTILITY DEPT
ATTN MICHAEL G SELLS, DIRECTOR
PO BOX 1057
ORANGEBURG, SC 29116-1057

CREDITOR ID: 695-03
ORANGEBURG PUBLIC UTILITY DEPT
PO BOX 1057
ORANGEBURG SC 29116-1057

CREDITOR ID: 257738-12
ORANGEBURG PUBLIC UTILITY DEPT
C/O ROBINSON MCFADDEN & MOORE, PC
ATTN ANNEMARIE B MATHEWS, ESQ
1901 MAIN STREET, SUITE 1200
PO BOX 944
COLUMBIA SC 29202

CREDITOR ID: 257739-12
ORBIS CORPORATION
DRAWER 346
MILWAUKEE WI 53278-0346

CREDITOR ID: 257740-12
ORBIS PLASTIC MOLDING INC
BOX 78689
MILWAUKEE, WI 53278-0689

CREDITOR ID: 257741-12
ORBY EUGENE KEARLEY
104 WALNUT GROVE CIRCLE
FLORENCE AL 35630

CREDITOR ID: 257742-12
ORCHARD VALLEY HARVEST INC
406 ORANGE AVENUE
PATTERSON, CA 95363

CREDITOR ID: 257743-12
ORCHID ISLAND JUICE CO
330 NORTH US HIGHWAY #1
FORT PIERCE FL 34950-4297

CREDITOR ID: 257744-12
ORECK EDMAR CORP
ATTN JOYCE CHRISTIANSEN
100 ARMSTRONG RD
PLYMOUTH MA 02360

CREDITOR ID: 405309-95
ORECK EDMAR CORP
40 GRISSOM RD
PLYMOUTH MA 02360

CREDITOR ID: 257745-12
OREGON FRUIT PRODUCTS CO
PO BOX 5283
SALEM, OR 97304-0283

CREDITOR ID: 257746-12
OREGON MINT SNUFF COMPANY
PO BOX 1510
MANZANITA OR 97130

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257747-12<br>OREN L BRADY III COUNTY TREASURER<br>PO BOX 5807<br>SPARTANBURG SC 29304 | CREDITOR ID: 257748-12<br>ORESTES MARTINEZ<br>8401 NW 139TH #3201<br>MIAMI LAKES FL 33016 | CREDITOR ID: 257749-12<br>ORGANIC MATTERS INC<br>PO BOX 570<br>BARTOW FL 33831-0570 |
| CREDITOR ID: 257750-12<br>ORGANIC USA<br>8130 NW 56TH STREET<br>MIAMI, FL 33166 | CREDITOR ID: 257751-12<br>ORGANIZED KASHRUS LAB<br>391 TROY AVE<br>BROOKLYN, NY 11213 | CREDITOR ID: 268191-31<br>ORGANIZED NEIGHBORS EDGEHILL<br>ATTN: KING HOLLANDS<br>1001 EDGEHILL AVE<br>NASHVILLE TN 37203-4915 |
| CREDITOR ID: 257752-12<br>ORIENTAL GOOD CORPORATION<br>1432 HOLLENBECK AVENUE<br>SUNNYVALE CA 94087 | CREDITOR ID: 262864-12<br>ORIGINAL BAGEL COMPANY, THE<br>2 FAIRFIELD CRESCENT<br>WEST CALDWELL, NJ 07006 | CREDITOR ID: 257753-12<br>ORION SEAFOOD INTL INC<br>PO BOX 779<br>PORTSMOUTH, NH 03802-0779 |
| CREDITOR ID: 381915-99<br>ORIX CAPITAL MARKETS LLC<br>C/O VENABLE LLP<br>ATTN: G CROSS/L TANCREDIT/H FOLEY<br>1800 MERCANTILE BANK & TRUST BLDG<br>TWO HOPKINS PLAZA<br>BALTIMORE MD 21201 | CREDITOR ID: 257754-12<br>ORIX CAPITAL MARKETS LLC<br>ATTN JOHN LLOYD<br>1717 MAIN ST 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 |
| CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKET<br>1717 MAIN ST 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 257755-12<br>ORIX REAL ESTATE CAPITAL MRKTS LLC<br>1717 MAIN ST 12TH FL<br>DALLAS TX 75201 | CREDITOR ID: 257756-12<br>ORKIN EXTERMINATING<br>1040 SW 12 AVE<br>POMPANO BEACH, FL 33069-4689 |
| CREDITOR ID: 257758-12<br>ORKIN EXTERMINATING CO INC<br>PO BOX 1504<br>ATLANTA GA 30301-1504 | CREDITOR ID: 257757-12<br>ORKIN EXTERMINATING CO INC<br>1355 BELLS FERRY ROAD<br>MARIETTA, GA 30066 | CREDITOR ID: 257759-12<br>ORKIN EXTERMINATING CO INC<br>PO BOX 740036<br>ATLANTA GA 30374-0036 |
| CREDITOR ID: 382854-51<br>ORKIN EXTERMINATING, INC.<br>6151 PHILLIPS HWY<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 257761-12<br>ORKIN PEST CONTROL<br>PO BOX 699<br>KENNER LA 70063 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE, SUITE 360<br>STOCKTON CA 95219 |
| CREDITOR ID: 257762-12<br>ORLANDO AUTO UPHOLSTERY INC<br>ATTN SANDRA S FOX, PRES<br>1311 NORTH ORANGE AVE<br>ORLANDO, FL 32804 | CREDITOR ID: 397764-73<br>ORLANDO DIVISION OFFICE<br>3015 COASTLINE DRIVE<br>ORLANDO, FL 32808 | CREDITOR ID: 257763-12<br>ORLANDO EMPLOYMENT GUIDE<br>PO BOX 181844<br>CASSELBERRY, FL 32718-1844 |
| CREDITOR ID: 268192-31<br>ORLANDO HOUSING DEPARTMENT<br>ATTN: LELIA ALLEN<br>400 S ORANGE AVE FL 6<br>ORLANDO FL 32801-3360 | CREDITOR ID: 2460-RJ<br>ORLANDO MARKETPLACE LIMITED PA<br>PO BOX 862085<br>ORLANDO, FL 32886-2085 | CREDITOR ID: 257764-12<br>ORLANDO MARKETPLACE LIMITED PRTNRSP<br>PO BOX 862085<br>ORLANDO FL 32886-2085 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257765-12<br>ORLANDO REGIONAL HEALTHCARE<br>SYSTEM<br>PO BOX 620000 STOP 9936<br>ORLANDO FL 32812-9936 | CREDITOR ID: 257766-12<br>ORLANDO REPROGRAPHICS INC<br>1110 SLIGH BLVD<br>ORLANDO, FL 32806 | CREDITOR ID: 257767-12<br>ORLANDO RESCUE MISSION<br>PO BOX 2791<br>ORLANDO, FL 32802-2791 |
| CREDITOR ID: 257768-12<br>ORLANDO RIGGING SUPPLY<br>3756 SILVER STAR RD<br>ORLANDO FL 32808-4628 | CREDITOR ID: 257769-12<br>ORLANDO S HAMILTON<br>PO BOX 8001<br>MONTGOMERY AL 36110 | CREDITOR ID: 382622-51<br>ORLANDO SENTINEL<br>PO BOX 2833<br>ORLANDO, FL 32802 |
| CREDITOR ID: 257771-12<br>ORLANDO SENTINEL<br>PO BOX 804865<br>CHICAGO, IL 60680-4110 | CREDITOR ID: 384274-47<br>ORLANDO SENTINEL<br>633 N ORANGE AVENUE MP63<br>ORLANDO, FL 32801 | CREDITOR ID: 257773-12<br>ORLANDO TECO PEOPLES GAS<br>PO BOX 2433<br>ORLANDO FL 32802-2433 |
| CREDITOR ID: 257774-12<br>ORLANDO TIMES<br>PO BOX 555339<br>ORLANDO, FL 32855 | CREDITOR ID: 257775-12<br>ORLANDO TRAFFIC COURT<br>425 N ORANGE AVENUE<br>ROOM 410<br>ORLANDO, FL 32801 | CREDITOR ID: 696-03<br>ORLANDO UTILITIES COMMISSION<br>PO BOX 3193<br>ORLANDO FL 32802 |
| CREDITOR ID: 257777-12<br>ORLANDO WASTE PAPER CO<br>PO BOX 547874<br>ORLANDO, FL 32854-7874 | CREDITOR ID: 268193-31<br>ORLANDO WATER CONSERVE 1 CITY<br>ATTN: WILLIAM E COX<br>11401 BOGGY CREEK RD<br>ORLANDO FL 32824-7406 | CREDITOR ID: 256272-12<br>ORLANDO, MICHAEL W<br>1424 NORTHRIDGE COURT<br>LONGWOOD FL 32750-2831 |
| CREDITOR ID: 268194-31<br>ORLEANS LEVEE DIST POL DPT<br>ATTN: RICHARD LEWIS<br>13880 HAYNE BLVD<br>NEW ORLEANS LA 70128-1624 | CREDITOR ID: 268196-31<br>ORLEANS LEVEE DISTRICT<br>ATTN: MAX HEARN<br>6920 FRANKLIN AVE<br>NEW ORLEANS LA 70122-5704 | CREDITOR ID: 268195-31<br>ORLEANS LEVEE DISTRICT<br>ATTN: JAMES P HUEY<br>6001 STARS AND STRIPES BLVD<br>NEW ORLEANS LA 70126-8004 |
| CREDITOR ID: 268197-14<br>ORLEANS PARISH BOARD ASSESSORS<br>ATTN: THOMAS ARNOLD<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112-2125 | CREDITOR ID: 257778-12<br>ORLIN S ANDERSON III<br>1534 NW 29TH PLACE<br>CAPE CORAL FL 33993 | CREDITOR ID: 268198-31<br>ORMOND BEACH CITY OF<br>ATTN: JUDY SLOANE<br>550 N ORCHARD ST<br>ORMOND BEACH FL 32174-9512 |
| CREDITOR ID: 257779-12<br>ORMOND BEACH SHOPPING CENTER<br>C/O CORNERSTONE MANAGEMENT<br>& LEASING INC<br>1936 SAN MARCO BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 257780-12<br>OROWEAT FOODS COMPANY<br>PO BOX 841373<br>DALLAS, TX 75284-1373 | CREDITOR ID: 400034-84<br>OROZCO, CELIA<br>719 SUMMIT BLVD<br>WEST PALM BEACH FL 33405 |
| CREDITOR ID: 400404-85<br>OROZCO, CELIA<br>C/O MARCOS GONZALEZ, ESQ<br>GONZALEZ & PORCHER, P.A.<br>2328 10TH AVE N<br>SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 388240-54<br>OROZCO, MARIA<br>1644 PALM BEACH LAKES BLVD.,<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 392430-55<br>OROZCO, MARIA<br>C/O: MARK GOLDEN, ESQ<br>ROSENTHAL & LEVY<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257781-12<br>ORR SAFETY CORP<br>PO BOX 631698<br>CINCINNATI, OH 45263-1698 | CREDITOR ID: 385359-54<br>ORTEGA, CESAR<br>15330 HARLING LANE<br>HOMESTEAD, FL 33033 | CREDITOR ID: 390667-55<br>ORTEGA, CESAR<br>C/O: BRENT L. PROBINSKY, ESQUIRE<br>BECKHAM & PROBINSKY, LLP<br>633 NORTH KROME AVE.<br>HOMESTEAD, FL 33030 |
| CREDITOR ID: 405940-93<br>ORTEGA, JENNIFER<br>C/O DAVID M BENENFELD, P.A.<br>ATTN: DAVID M BENEFELD, ESQ<br>5950 W OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 385190-54<br>ORTEGA, JOSE<br>4104 SUMMER WIND DRIVE #1<br>WINTER, FL 32792 | CREDITOR ID: 389154-54<br>ORTEGA, ODALYS<br>540 SE 2 STREET<br>HIALEAH, FL 33010 |
| CREDITOR ID: 393028-55<br>ORTEGA, ODALYS<br>C/O: JOSE M. FRANCISCO, ESQUIRE<br>LAW OFFICE OF JOSE M. FRANCISCO<br>5040 N.W. 7TH STREET,<br>SUITE 900<br>MIAMI FL 33126 | CREDITOR ID: 257782-12<br>ORTHODOX UNION<br>ELEVEN BROADWAY<br>NEW YORK, NY 10004 | CREDITOR ID: 403343-83<br>ORTHOPAEDIC ASSOCIATES OF SOUTH<br>1150 N. 35TH AVE. STE. 390<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 392262-55<br>ORTIZ, AISLINN (MINOR)<br>C/O: JOSE M. FRANCISCO<br>5040 NW 7TH STREET, SUITE 900<br>MIAMI FL 33126 | CREDITOR ID: 387980-54<br>ORTIZ, AISLINN (MINOR)<br>300 SW 4TH AVE<br>APT 6<br>MIAMI, FL 33130 | CREDITOR ID: 389767-54<br>ORTIZ, ANNALIE<br>4783 25TH PLACE SW<br>APT A<br>NAPLES FL 34116 |
| CREDITOR ID: 393381-55<br>ORTIZ, ANNALIE<br>C/O: ELLIOT LUCAS<br>LUCAS & RENICK<br>211 NORTH KROME AVE.<br>HOMESTEAD FL 33030 | CREDITOR ID: 250011-12<br>ORTIZ, FRANFREDI<br>171 N W 67TH STREET<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 390168-54<br>ORTIZ, HELLEN<br>C/O PAOLO LONGO JR PA LAW OFFICES<br>ATTN PAOLO LONGO JR, ESQ<br>711 SEMINOLE AVENUE<br>ORLANDO FL 32804 |
| CREDITOR ID: 390168-54<br>ORTIZ, HELLEN<br>9966 BURL WAY<br>ORLANDO, FL 32817 | CREDITOR ID: 393614-55<br>ORTIZ, HELLEN<br>C/O: PAOLO LONGO, JR.<br>LAW OFFICES OF PAOLO LONGO, JR. P.A.<br>711 SEMINOLE AVE<br>ORLANDO FL 32804 | CREDITOR ID: 388559-54<br>ORTIZ, HORTENCIA<br>3361 EL JARDIN DRIVE, APT 3<br>HOLLYWOOD, FL 33024 |
| CREDITOR ID: 388011-54<br>ORTIZ, NOEL<br>414 E. PINE STREET<br>ORLANDO, FL 32801 | CREDITOR ID: 392288-55<br>ORTIZ, NOEL<br>C/O: STEVE MCNEAL<br>LAW OFFICES OF RICHARD TROUTMAN<br>1101 N KENTUCKY AVE<br>WINTER PARK FL 32789 | CREDITOR ID: 388961-54<br>ORTIZ, ROBERT<br>271 BONNIE BLVD, APT 204<br>PALM SPRINGS, FL 33461 |
| CREDITOR ID: 392865-55<br>ORTIZ, ROBERT<br>C/O: BRIAN D. GLATZER, ESQ.<br>BERNSTEIN AND MARYANOFF<br>15055 S. W.  122ND AVE.<br>MIAMI FL 33186 | CREDITOR ID: 407045-MS<br>ORTIZ, VINCENT<br>1798 BAYSIDE BLVD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 257783-12<br>OS RESTAURANT SERVICES<br>1957 BRYANT ROAD<br>LEXINGTON KY 40509 |
| CREDITOR ID: 257784-12<br>OSBORN TRANSPORTATION INC<br>PO BOX 1830<br>GADSDEN AL 35902 | CREDITOR ID: 268199-31<br>OSBORNE PREVENTION TASK FORCE<br>ATTN: VICTORIA AVILA<br>2050 AUSTELL RD SW APT O1<br>MARIETTA GA 30008-4185 | CREDITOR ID: 407046-MS<br>OSBORNE, GARY<br>17709 CRYSTAL COVE PLACE<br>LUTZ FL 33548 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381710-47<br>OSCAR BENNETT<br>5 ELIZABETH STREET<br>SELMA, AL 36701 | CREDITOR ID: 257785-12<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>ATTN RALPH PENDO<br>1001 WEST GARDEN STREET<br>PENSACOLA, FL 32501 | CREDITOR ID: 257787-12<br>OSCAR G CARLSTEDT CO<br>ATTN WILLIAM C BELDEN, PRESIDENT<br>2252 DENNIS STREET<br>PO BOX 2338<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 257788-12<br>OSCAR J BRAGGS JR<br>1127 WILLOW RUN ROAD<br>BIRMINGHAM AL 35209 | CREDITOR ID: 381656-47<br>OSCAR LEWIS<br>PO BOX 894<br>KINGSLAND, GA 31548 | CREDITOR ID: 257790-12<br>OSCEOLA COUNTY TAX COLLECTOR<br>PO BOX 422105<br>PROPERTY TAX<br>KISSIMMEE FL 34742-2105 |
| CREDITOR ID: 384275-47<br>OSCEOLA PLUMBING SUPPLY & WELL DRILLING<br>555 3RD STREET<br>HOLLY HILL, FL 32117 | CREDITOR ID: 257791-12<br>OSCEOLA SUPPLY INC<br>PO BOX 13503<br>TALLAHASSEE, FL 32317 | CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 |
| CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES, CA 90024 | CREDITOR ID: 257792-12<br>OSGOOD INDUSTRIES INC<br>601 BURBANK ROAD<br>OLDSMAR FL 34677 | CREDITOR ID: 381096-47<br>OSHA SECURITY INC<br>3951 SNAPFINGER PKWY, SUITE 425<br>DECATUR, GA 30035 |
| CREDITOR ID: 257794-12<br>OSI COLLECTION SERVICES INC<br>PO BOX 953<br>BROOKFIELD, WI 53008-0953 | CREDITOR ID: 257793-12<br>OSI COLLECTION SERVICES INC<br>PO BOX 929<br>BROOKFIELD, WI 53008-0929 | CREDITOR ID: 257795-12<br>OSI EDUCATION SERVICES INC<br>PO BOX 985<br>BROOFIELD, WI 53008-0985 |
| CREDITOR ID: 257796-12<br>OSI FUNDING CORP<br>7765 SOUTHWEST 87 AVENUE<br>C/O HAYT HAYT & LANDAU<br>MIAMI FL 33173 | CREDITOR ID: 381904-30<br>OSO SWEET ONIONS<br>ATTN: PATTY HINSON<br>1100 OTHER AVE, STE A<br>WATERFORD MI 48328 | CREDITOR ID: 257797-12<br>OSORIA VASQUEZ<br>8907 OREN AVENUE<br>TAMPA FL 33614 |
| CREDITOR ID: 390189-54<br>OSORIO, JUANITA<br>1405 DEVCERS DRIVE<br>APT 16<br>TAMPA, FL 33612 | CREDITOR ID: 393630-55<br>OSORIO, JUANITA<br>C/O EDGAR J GUZMAN ESQ<br>2529 BUSCH BLVD W<br>TAMPA FL 33618 | CREDITOR ID: 257798-12<br>OSSUN ELEMENTARY COUNSELOR<br>400 RUE SCHOLASTIQUE<br>LAFAYETTE, LA 70507 |
| CREDITOR ID: 257799-12<br>OSTEEN PUBLISHING CO INC<br>ATTN ANGELA GORDY<br>PO BOX 1677<br>SUMTER, SC 29151 | CREDITOR ID: 257800-12<br>OSTEEN TILE & MARBLE COMPANY INC<br>849 SWEETWATER ACE<br>FLORENCE AL 35630 | CREDITOR ID: 407041-MS<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 257801-12<br>OSTENDORF GREENHOUSE<br>4990 GRAY RD<br>CINCINNATI OH 45232 | CREDITOR ID: 394057-61<br>OSTENDORF, TATE, BARNETT & WELLS, LLP<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | CREDITOR ID: 386142-54<br>OSTOLAZA, TOMASA<br>2175 NE 56TH STREET APT 212<br>FORT LAUDERDALE, FL 33308 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391315-55<br>OSTOLAZA, TOMASA<br>C/O: ALEX ARREAZA<br>FRANK F. ARREAZA<br>320 W. OAKLAND PARK BLVD.<br>FORT LAUDRDALE FL 33311 | CREDITOR ID: 399801-84<br>OSTROW, PAMELA<br>1220 S NOVA RD<br>DAYTONA BEACH FL 32117 | CREDITOR ID: 400262-85<br>OSTROW, PAMELA<br>C/O JOHN A. WILKERSON<br>JOHN A. WILKERSON<br>1120 BEVILLE ROAD STE D<br>DAYTONA BEACH FL 32114 |
| CREDITOR ID: 385629-54<br>OTANO, GLEDIA<br>261 WEST 36TH TERRACE<br>HIALEAH, FL 33012 | CREDITOR ID: 390920-55<br>OTANO, GLEDIA<br>C/O: LEONARDO J. GUERRA, ESQ.<br>LEONARDO J. GUERRA ATTORNEY AT LAW<br>2140 W. 68TH STREET<br>STE. 200<br>HIALEAH FL 33016 | CREDITOR ID: 257802-12<br>OTELLO RAY COLA<br>129 SHANNON DR<br>DANVILLE VA 24540 |
| CREDITOR ID: 389870-54<br>OTEY, JUANITA<br>1329 BRIDIER STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 393409-55<br>OTEY, JUANITA<br>C/O: THOMAS H. GREENE, JR. P.A.<br>126 W. ADAMS ST.<br>SUITE 501<br>JACKSONVILLE FL 32202 | CREDITOR ID: 257803-12<br>OTIS B BALLARD<br>102 WIMBLEDON COURT<br>BARDSTOWN KY 40004 |
| CREDITOR ID: 257804-12<br>OTIS ELEVATOR COMPANY<br>PO BOX 905454<br>CHARLOTTE, NC 28290-5454 | CREDITOR ID: 382059-36<br>OTIS SPUNKMEYER INC<br>ATTN TED COMITO/ KATHY SOLIZ<br>14490 CATALINA ST<br>SAN LEANDRO CA 94577 | CREDITOR ID: 257806-12<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 257807-12<br>OTTENS FLAVORS<br>BOX 2506<br>PO BOX 8500<br>PHILADELPHIA, PA 19178-2506 | CREDITOR ID: 378214-45<br>OTTOLINO, ALFRED J.<br>1531 HARRINGTON PARK DRIVE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 382574-51<br>OTTOLINO, ALFRED J.<br>27 HORSHOE DRIVE<br>HILLSBORO, NJ 08844 |
| CREDITOR ID: 268200-14<br>OUACHITA PARISH TAX ASSESSOR<br>ATTN: RICH BAILEY<br>301 S GRAND ST # 103<br>MONROE LA 71201-7309 | CREDITOR ID: 257808-12<br>OUELLETTE MACHINERY SYSTEMS IN<br>1761 CHASE DR<br>FENTON MO 63026 | CREDITOR ID: 407047-MS<br>OUJESKY, J.B.<br>324 MAYFAIR DR.<br>HURST TX 76053 |
| CREDITOR ID: 257810-12<br>OUR LADY IMMACULATE SCHOOL<br>600 ROBERTS AVE<br>JENNINGS, LA 70546 | CREDITOR ID: 381182-47<br>OUR LADY OF DIVINE PROVIDENCE CHURCH<br>1000 N STARRETT RD<br>METAIRIE, LA 70003 | CREDITOR ID: 381091-47<br>OUR LADY OF DIVINE PROVIDENCE SCHOOL<br>917 N ATLANTA<br>METAIRIE, LA 70003 |
| CREDITOR ID: 257814-12<br>OUR LADY OF FATIMA SCHOOL<br>2315 JOHNSTON ST<br>LAFAYETTE, LA 70503 | CREDITOR ID: 257815-12<br>OUR LADY OF GRACE SCHOOL<br>780 HWY 414<br>RESERVE, LA 70084 | CREDITOR ID: 257816-12<br>OUR LADY OF LOURDES<br>5835 GLENWAY AVE<br>STORE#1771<br>CINCINNATI OH 45238 |
| CREDITOR ID: 257817-12<br>OUR LADY OF LOURDES<br>6305 E ST BERNARD HWY<br>VOILET, LA 70092 | CREDITOR ID: 257818-12<br>OUR LADY OF LOURDES SCHOOL<br>345 WESTCHESTER PLACE<br>SLIDELL, LA 70458 | CREDITOR ID: 257819-12<br>OUR LADY OF MERCY<br>400 MARQUETTE AVE<br>BATON ROUGE, LA 70806 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257820-12<br>OUR LADY OF PERPETUAL HELP<br>530 MINOR ST<br>KENNER, LA 70062 | CREDITOR ID: 257821-12<br>OUR LADY OF PROMPT SUCCOR<br>2305 FENELON ST<br>CHALMETTE, LA 70043 | CREDITOR ID: 257822-12<br>OUR LADY OF PROMPT SUCCOR SCHOOL<br>531 AVE A<br>WESTWEGO, LA 70094 |
| CREDITOR ID: 257823-12<br>OUR LADY OF THE GULF<br>228 S BEACH BLVD<br>BAY ST LOUIS, MS 39520 | CREDITOR ID: 257824-12<br>OUR LADY OF THE LAKE<br>316 LAFITTE<br>MANDEVILLE, LA 70448 | CREDITOR ID: 257825-12<br>OUR LADY OF THE SACRED HEART<br>162 SIEBENTHALER AVE<br>STORE#1765<br>READING OH 45215 |
| CREDITOR ID: 257826-12<br>OUR LADY OF VICTORY<br>810 NEEB RD<br>ATTN CAROL WEISKER<br>CINCINNATI, OH 45233 | CREDITOR ID: 257827-12<br>OUR LADY PERPETUAL HELP<br>8970 HWY 23<br>BELLE CHASSE, LA 70037 | CREDITOR ID: 257828-12<br>OUR LADY STAR OF THE SEA CHURCH<br>1835 ST ROCH AVE<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 257829-12<br>OUR MOTHER OF PEACE ELEMENTARY<br>218 NORTH ROGER ST<br>CHURCH POINT, LA 70525 | CREDITOR ID: 257830-12<br>OUR PRIDE FOODS<br>1128 NORTH MAIN ST.<br>ROXBORO NC 27573 | CREDITOR ID: 257831-12<br>OUTDOOR SEASONS<br>2201 S WABASH STREET<br>DENVER CO 80231 |
| CREDITOR ID: 373754-44<br>OUTLER, ARTIS<br>RAL DIV STORE# 1003<br>4166 MARKWALTER RD.<br>HEPHZIBAH, GA 30815 | CREDITOR ID: 382573-51<br>OUTLOOKSOFT<br>NORTH TOWER<br>100 PROSPECT STREET<br>STAMFORD, CT 06901 | CREDITOR ID: 257832-12<br>OUTLOOKSOFT CORP<br>100 PROSPECT STREET<br>NORTH TOWER<br>STAMFORD CT 06901 |
| CREDITOR ID: 243429-12<br>OVERCASH, BETTY<br>414 EAST GARDEN STREET<br>LANDIS NC 28088 | CREDITOR ID: 257833-12<br>OVERHEAD DOOR<br>PO BOX 58493<br>RALEIGH, NC 27658-8493 | CREDITOR ID: 257834-12<br>OVERHEAD DOOR & FIREPLACE CO INC<br>PO BOX 445<br>MILLBROOK, AL 36054 |
| CREDITOR ID: 257835-12<br>OVERHEAD DOOR CO<br>PO BOX 13036<br>NEW ORLEANS LA 70185-3036 | CREDITOR ID: 257836-12<br>OVERHEAD DOOR CO OF CHARLESTON<br>PO BOX 61660<br>N CHARLESTON, SC 29449 | CREDITOR ID: 257837-12<br>OVERHEAD DOOR CO OF COLUMBIA<br>BOX 23229<br>COLUMBIA SC 29224-3229 |
| CREDITOR ID: 257838-12<br>OVERHEAD DOOR CO OF GREENSBORO<br>ATTN CHRISTINA R GARNET, CORP SEC<br>PO BOX 16824<br>GREENSBORO, NC 27416-0824 | CREDITOR ID: 405314-95<br>OVERHEAD DOOR CO OF GREENSBORO<br>P O BOX 20165<br>GREENSBORO NC 27420-0165 | CREDITOR ID: 406024-15<br>OVERHEAD DOOR CO OF GREENVILLE INC<br>ATTN RONALD L NIX, PRESIDENT<br>PO BOX 6225<br>GREENVILLE SC 29606 |
| CREDITOR ID: 257839-12<br>OVERHEAD DOOR CO OF HICKORY<br>PO BOX 451<br>NEWTON NC 28658 | CREDITOR ID: 257840-12<br>OVERHEAD DOOR CO OF LVL<br>PO BOX 2347<br>LOUISVILLE KY 40201 | CREDITOR ID: 257841-12<br>OVERHEAD DOOR CO OF RIVER CITIES<br>1305 METRO DRIVE, SUITE 4<br>ALEXANDRIA LA 71301 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257844-12<br>OVERHEAD DOOR COMPANY<br>PO BOX 890289<br>CHARLOTTE, NC 28289-0289 | CREDITOR ID: 257843-12<br>OVERHEAD DOOR COMPANY<br>DEPARTMENT 815<br>PO BOX 1276<br>CHARLOTTE, NC 28201-1276 | CREDITOR ID: 257842-12<br>OVERHEAD DOOR COMPANY<br>221 ARMOUR DR<br>PO BOX 14107<br>ATLANTA GA 30324 |
| CREDITOR ID: 257845-12<br>OVERHEAD DOOR COMPANY OF<br>RIVER CITIES<br>316 DEACON WAILS RD<br>FERRIDAY LA 71334 | CREDITOR ID: 257846-12<br>OVERHEAD DOOR COMPANY OF CHR<br>6600 WEST W T HARRIS BLVD<br>CHARLOTTE, NC 28269 | CREDITOR ID: 376478-44<br>OVERHEAD DOOR COMPANY OF FAYETTEVILLE<br>545 EAST RUSSELL STREET<br>FAYETTEVILLE, NC 28301 |
| CREDITOR ID: 257848-12<br>OVERHEAD DOOR COMPANY OF SAVANNAH<br>129 AIRPORT PARK DRIVE<br>SAVANNAH GA 31408 | CREDITOR ID: 257849-12<br>OVERHEAD DOOR OF CINCINNATI INC<br>L2486<br>COLUMBUS OH 43260 | CREDITOR ID: 257850-12<br>OVERHEAD DOOR OF LAFAYETTE INC<br>P.O. BOX 80797<br>LAFAYETTE, LA 70598-0797 |
| CREDITOR ID: 257851-12<br>OVERHEAD DOOR PROFESSIONAL SERVICES<br>503 W HWY 390<br>LYNN HAVEN, FL 32444 | CREDITOR ID: 257852-12<br>OVERHEAD DOOR SYSTEMS INC<br>1473 KENDALL RD<br>YATESVILLE, GA 31097 | CREDITOR ID: 257853-12<br>OVERNITE EXPRESS<br>CREDIT MANAGEMENT SERVICE<br>PO BOX 1346<br>BLUE BELL PA 19422 |
| CREDITOR ID: 269327-16<br>OVERNITE TRANSPORTATION CO.<br>PO BOX 79755<br>BALTIMORE, MD 21279-0755 | CREDITOR ID: 269326-16<br>OVERNITE TRANSPORTATION CO.<br>PO BOX 1216<br>RICHMOND, VA 23218 | CREDITOR ID: 407048-MS<br>OVERSTREET, MICHAEL S.<br>1102 MEADOWCREST DR.<br>VALRICO FL 33594 |
| CREDITOR ID: 407049-MS<br>OVERSTREET, WILLIAM D.<br>413 PHILLPS LANE<br>GREER SC 23650 | CREDITOR ID: 257855-12<br>OVETA N GREEN<br>101 WINNERS CIRCLE DRIVE<br># 208<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 257856-12<br>OVIEDO VOICE<br>950 N CENTRAL AVE # 6<br>OVIEDO, FL 32765-7409 |
| CREDITOR ID: 405315-95<br>OVIEDO VOICE<br>169 W BROADWAY<br>OVIEDO FL 32765 | CREDITOR ID: 257857-12<br>OWEN WATER CONDITIONING INC<br>108 TROY COURT<br>VINE GROVE KY 40175 | CREDITOR ID: 381399-47<br>OWENS & PRIDGEN INC<br>PO BOX 1058<br>BRUNSWICK, GA 31521 |
| CREDITOR ID: 376481-44<br>OWENS COUNTRY SAUSAGE<br>ATTN BEVERLY REYNOLDS, ACCTS MGR<br>PO BOX 915187<br>DALLAS, TX 75391-5187 | CREDITOR ID: 405316-95<br>OWENS COUNTRY SAUSAGE INC<br>ATTN BEVERLY REYNOLDS, ACCTS MGR<br>PO BOX 830249<br>RICHARDSON TX 75083 | CREDITOR ID: 257858-12<br>OWENS COUNTRY SAUSAGE INC<br>PO BOX 915187<br>DALLAS, TX 75391-5187 |
| CREDITOR ID: 407529-15<br>OWENS, BETTY S<br>594 JAMES ST<br>LILBURN GA 30047 | CREDITOR ID: 388355-54<br>OWENS, CAROLYN<br>145 VETERANS AVE<br>LEXINGTON, NC 27292 | CREDITOR ID: 392455-55<br>OWENS, CAROLYN<br>C/O: JAMES E. SNYDER JR. ATTORNEY<br>JAMES E. SNYDER JR. ATTORNEY<br>16 WEST 1ST STREET<br>LEXINGTON NC 27292 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 374682-44<br>OWENS, DIANE<br>421 NIGHTHAWK DRIVE<br>SLIDELL, LA 70461 | CREDITOR ID: 249183-12<br>OWENS, ETHEL<br>511 JOHNSON STREET<br>CHESTER, SC 29706 | CREDITOR ID: 385628-54<br>OWENS, FREDDIE<br>2466 VERNON ST<br>JACKSONVILLE, FL 32209 |
| CREDITOR ID: 390919-55<br>OWENS, FREDDIE<br>C/O: LAFONDA E. GIPSON, ESQUIRE<br>THE WALKER LAW OFFICES, P.A.<br>625 W. UNION STREET<br>SUITE 3<br>JACKSONVILLE FL 32202 | CREDITOR ID: 407050-MS<br>OWENS, RODERICK<br>594 JAMES ST.<br>LILBURN GA 30047 | CREDITOR ID: 407051-MS<br>OWENS, TONY L<br>200 CHERRY LAUREL<br>CLAYTON NC 27520 |
| CREDITOR ID: 257859-12<br>OWENSBORO COCA-COLA CO.<br>1033 DANIELS LANE<br>OWENSBORO, KY 42303 | CREDITOR ID: 376483-44<br>OWENSBORO MESSENGER INQUIRER<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 | CREDITOR ID: 257860-12<br>OWENSBORO MUNICIPAL<br>PO BOX 806<br>OWENSBORO, KY 42302-0806 |
| CREDITOR ID: 382308-51<br>OWENS-ILLINOIS PRESCRIPTION PRODS, INC<br>1 SEA GATE<br>TOLEDO, OH 43666 | CREDITOR ID: 269274-16<br>OWINGS, JACQUES<br>C/O S. C. MIDDLEBROOKS<br>GARDNER, MIDDLEBROOKS,  ET AL.<br>MCADORY BUILDING, SUITE 400<br>2013 FIRST AVENUE NORTH<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 262865-12<br>OXFORD EAGLE, THE<br>PO BOX 866<br>OXFORD, MS 38655 |
| CREDITOR ID: 257861-12<br>OXFORD LUMBER CO<br>PO BOX 7158<br>OXFORD AL 36203-7158 | CREDITOR ID: 700-03<br>OXFORD WATER WORKS<br>17 SPRING STREET<br>OXFORD AL 36203 | CREDITOR ID: 407052-MS<br>OXFORD, MARIE L.<br>P.O. BOX 45085<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 407053-MS<br>OXLEY, RANDY<br>1117 WILDERNESS TRAIL<br>CROWLEY TX 76036 | CREDITOR ID: 257862-12<br>OXO INTERNATIONAL LTD<br>88082 EXPEDITE WAY<br>CHICAGO, IL 60695 | CREDITOR ID: 407615-15<br>OXO INTERNATIONAL LTD<br>ATTN TRACY SCHEVERMAN, CONTROLLER<br>75 NINTH AVENUE 5TH FLOOR<br>NEW YORK NY 10011 |
| CREDITOR ID: 257863-12<br>OXYGEN SERVICE COMPANY<br>PO BOX 3489<br>MACON, GA 31205 | CREDITOR ID: 257864-12<br>OZARK PLACE PARTNERSHIP<br>PO BOX 7606<br>LOUISVILLE, KY 40257-0606 | CREDITOR ID: 257865-12<br>OZARK UTILITIES BOARD<br>ATTN BRAD S POWERS, OFF MGR<br>PO BOX 1125<br>OZARK, AL 36361-1125 |
| CREDITOR ID: 702-03<br>OZARK UTILITIES BOARD<br>PO BOX 1125<br>OZARK AL 36361-1125 | CREDITOR ID: 385705-54<br>OZERI, GAIL<br>10401 NW 6TH COURT<br>CORAL SPRINGS, FL 33071 | CREDITOR ID: 390986-55<br>OZERI, GAIL<br>C/O MCFARLANE & DOLAN<br>ATTN WILLIAM J MCFARLANE III, ESQ<br>PO BOX 9719<br>CORAL SPRINGS FL 33075 |
| CREDITOR ID: 257866-12<br>OZONIA NORTH AMERICA<br>PO BOX 455<br>ELMWOOD PARK NJ 07407 | CREDITOR ID: 407650-93<br>P & W STONEBRIDGE, LLC<br>STONEBRIDGE VILLAGE<br>ATTN: DONNA CROWE<br>C/O WESTSIDE MGMT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305 | CREDITOR ID: 257874-12<br>P E LAMOREAUX & ASSOCIATES INC<br>4320 OLD WHY 37<br>LAKELAND FL 33813 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268201-14<br>P LIBURD<br>ATTN: PHYLLIS LIBURD<br>3301 WILLIAM JOHNSTON LN<br>DUMFRIES VA 22026-2150 | CREDITOR ID: 257867-12<br>P&B SALES & SERVICE<br>1999 PARKER COURT, SUITE F<br>STONE MOUNTAIN GA 30087 | CREDITOR ID: 257868-12<br>P&G COMMUNICATIONS INC<br>ATTN BRIAN DEHLS, VP<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 |
| CREDITOR ID: 257869-12<br>P&G ROYALTIES<br>ATTN PAULA GRUBER<br>PO BOX 599<br>CINCINNATI OH 45201 | CREDITOR ID: 257870-12<br>P&H HYDRAULIC SERVICE INC<br>6530 TRIXY STREET<br>JACKSONVILLE, FL 32219 | CREDITOR ID: 257871-12<br>P&M WELDING SUPPLY<br>7114 NW 72ND AVE<br>MIAMI, FL 33166 |
| CREDITOR ID: 257872-12<br>P&P GARDEN & HARDWARE<br>2500 NORTH SLAPPEY BOULEVARD<br>ALBANY GA 31701 | CREDITOR ID: 257873-12<br>P&P TRANSPORT<br>PO BOX 1710<br>DELRAN, NJ 08075 | CREDITOR ID: 383117-51<br>PA M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 |
| CREDITOR ID: 257880-12<br>PA STATE COLLECTION<br>DISBURSEMENT UNIT<br>PO BOX 69112<br>HARRISBURG, PA 17106-9112 | CREDITOR ID: 390015-54<br>PAAPE, JOHN<br>2219 WOOD FERN DRIVE<br>MARIETTA GA 30062 | CREDITOR ID: 393526-55<br>PAAPE, JOHN<br>C/O: MIKE ROSETTI<br>SWIFT, CURRIE, MCGHEE & HIERS<br>ATTORNEYS AT LAW<br>1355 PEACHTREE ST, NE., STE 30<br>ATLANTA GA 30309-3238 |
| CREDITOR ID: 388044-54<br>PAAR, PAT<br>1708 KING LAKE BLVD. UNIT 201<br>NAPLES, FL 34112 | CREDITOR ID: 392317-55<br>PAAR, PAT<br>1708 KINGS LAKE BOULEVARD<br>NAPLES FL 34112 | CREDITOR ID: 392317-55<br>PAAR, PAT<br>C/O DEVLIN CITTADINO & SHAW, PC<br>ATTN JOHN C DEVLIN, ESQ<br>3131 PRINCETON PIKE<br>TRENTON NJ 08648 |
| CREDITOR ID: 381905-30<br>PAC FRUIT COMPANY LLC<br>ATTN: CHRIS BIDDICK<br>PO BOX 1323<br>YAKIMA WA 98907 | CREDITOR ID: 384277-47<br>PAC MARKETING INTERNATIONAL LLC<br>P O BOX 1323<br>YAKIMA, WA 98902 | CREDITOR ID: 257882-12<br>PACE ANALYTICAL SERVICES INC<br>BOX 684056<br>MILWAUKEE WI 53268-4056 |
| CREDITOR ID: 257883-12<br>PACE RUNNERS INC<br>147 CORPORATE WAY<br>PELHAM, AL 35124 | CREDITOR ID: 257884-12<br>PACE WATER SYSTEM<br>PO BOX 2407<br>PACE, FL 32571 | CREDITOR ID: 407719-93<br>PACE, ELOISE J<br>509 NW 10TH STREET<br>HALLANDALE BCH FL 33009 |
| CREDITOR ID: 403481-15<br>PACER GLOBAL LOGISTICS<br>ATTN GREG JANSEN, CR MGR<br>6805 PERIMETER DRIVE<br>DUBLIN OH 43016 | CREDITOR ID: 257885-12<br>PACER GLOBAL LOGISTICS<br>PO BOX 71-1805<br>(RAIL VAN)<br>COLUMBUS, OH 43271-1805 | CREDITOR ID: 392433-55<br>PACHECO, ADOLFO<br>C/O SIRKIN & CUELLO<br>ATTN ALEX CUELLO, ESQ<br>8603 SOUTH DIXIE HIGHWAY, SUITE 412<br>MIAMI FL 33143 |
| CREDITOR ID: 399420-99<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN: ROBERT FEINSTEIN<br>780 THIRD AVE, 36TH FL<br>NEW YORK NY 10017 | CREDITOR ID: 257886-12<br>PACIFIC CATCH LLC<br>227 BELLEVUE WAY N E # 702<br>BELLEVUE WA 98004 | CREDITOR ID: 382060-36<br>PACIFIC COAST PRODUCERS<br>STEWART EASTON<br>631 N CLUFF AVE<br>LODI CA 95240 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257888-12<br>PACIFIC COAST PRODUCERS<br>ATTN: MARK WAHLMAN, CFO<br>PO BOX 1067, FILE #98783<br>CHARLOTTE, NC 28201-1067 | CREDITOR ID: 257887-12<br>PACIFIC COAST PRODUCERS<br>DEPT 1805<br>PO BOX 61000<br>SAN FRANCISCO CA 94161-1805 | CREDITOR ID: 257889-12<br>PACIFIC CORNETTA<br>25999 SW CANYON CREEK ROAD, SUITE C<br>WILSONVILLE, OR 97070 |
| CREDITOR ID: 257890-12<br>PACIFIC HANDY CUTTER INC<br>PO BOX 10869<br>COSTA MESA CA 92627-0266 | CREDITOR ID: 257891-12<br>PACIFIC INTERNATIONAL MARKETING<br>PO BOX 3737<br>SALINAS CA 93912-3737 | CREDITOR ID: 257892-12<br>PACIFIC PACKAGING MACHINERY<br>1284 PUERTA DEL SOL<br>SAN CLEMENTE, CA 92672 |
| CREDITOR ID: 257893-12<br>PACIFIC RIM AUTOMATION INC<br>5445 OCEANUS DRIVE<br>SUITE 105<br>HUNTINGTON BEACH CA 92649 | CREDITOR ID: 257894-12<br>PACIFIC SALES COMPANY<br>PO BOX 9869<br>FRESNO, CA 93794-9869 | CREDITOR ID: 257895-12<br>PACIFIC WORLD CORP<br>BOX 512410<br>LOS ANGELES, CA 90051-0410 |
| CREDITOR ID: 405317-95<br>PACIFIC WORLD CORP<br>25791 COMMERCENTRE DRIVE<br>LAKE FOREST CA 92630 | CREDITOR ID: 383116-51<br>PACIFICARE<br>221 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 | CREDITOR ID: 383112-51<br>PACIFICARE OF FLA<br>10833 VALLEY VIEW DRIVE<br>CYPRESS, CA 90630 |
| CREDITOR ID: 386655-54<br>PACK, ROGER<br>19 COOLEY RD #3<br>TRAVELERS REST SC 29690 | CREDITOR ID: 391634-55<br>PACK, ROGER<br>C/O: AMANDA CRAVEN ESQ.<br>ANDERSON, FAYSSOUX AND CHASTEN<br>217 E. PARK AVE<br>GREENVILLE SC 29602 | CREDITOR ID: 257896-12<br>PACKAGE CONCEPTS & MATERIALS<br>1023 THOUSAND OAKS BLVD<br>GREENVILLE SC 29607 |
| CREDITOR ID: 257897-12<br>PACKAGE CONTAINER INC<br>777 NE 4TH AVE<br>CANBY OR 97013-2341 | CREDITOR ID: 257898-12<br>PACKAGE SUPPLY & EQUIP<br>PO BOX 1791<br>COLUMBIA, SC 29202-1791 | CREDITOR ID: 405318-95<br>PACKAGE SUPPLY & EQUIP<br>PO BOX 890142<br>CHARLOTTE NC 28289-0142 |
| CREDITOR ID: 257899-12<br>PACKAGE SUPPLY AND EQUIP CO IN<br>ATTN JOYCE HARBER, CREDIT MGR<br>PO BOX 19021<br>GREENVILLE, SC 29602 | CREDITOR ID: 257900-12<br>PACKAGING & PROCESSING SOLUTIONS<br>PO BOX 637<br>CALHOUN GA 30703-0637 | CREDITOR ID: 257901-12<br>PACKAGING & SUPPLY ADVANTAGE<br>3508 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 257902-12<br>PACKAGING CONCEPTS<br>4971 FYLER AVENUE<br>ST LOUIS, MS 39520 | CREDITOR ID: 257903-12<br>PACKAGING CONCEPTS INC<br>PO BOX 790051<br>ST LOUIS, MO 63179-0051 | CREDITOR ID: 257904-12<br>PACKAGING EQUIPMENT CO<br>808 SOUTH 7TH ST<br>CORDELE GA 31010 |
| CREDITOR ID: 257905-12<br>PACKAGING MACHINERY CO<br>PO BOX 382<br>MONTGOMERY AL 36101-0382 | CREDITOR ID: 257907-12<br>PACKAGING SERVICES & CONSULTING INC<br>PO BOX 130<br>BATH PA 18014-0130 | CREDITOR ID: 257908-12<br>PACKAGING SPECIALTIES INC<br>PO BOX 360<br>FAYETTEVILLE, AR 72702-0360 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 257909-12
PACKAGING STORE
706-A JAKE ALEXANDER BLVD
SALISBURY NC 28344

CREDITOR ID: 257910-12
PACKAGING TECHNOLOGIES
807 W KIMBERLY RD
PO BOX 3848
DAVENPORT IA 52808-3848

CREDITOR ID: 257911-12
PACKARD TRUCK LINES INC
PO BOX 1536
HARVEY LA 70059

CREDITOR ID: 386907-54
PACKER, ROBERT
P.O BOX 836
BLADENBORO NC 28320

CREDITOR ID: 397767-99
PACKERLAND HOLDINGS
C/O MCGUIREWOODS LLP
ATTN: ROBERT A COX, JR
BANK OF AMERICA CORP CNTR
100 N TRYON ST, STE 2900
CHARLOTTE NC 28202-4011

CREDITOR ID: 257912-12
PACKERLAND PACKING CO
PO BOX 641823
CINCINNATI, OH 45264-1823

CREDITOR ID: 405319-95
PACKERLAND PACKING CO
PO BOX 970126
DALLAS TX 75397

CREDITOR ID: 405320-95
PACKERLAND PLAINWELL
PO BOX 952080
ST LOUIS MO 63195-2080

CREDITOR ID: 257914-12
PACKERS SUPPLY CO
546 HUNTLY INDUSTRIAL DRIVE
SMYRNA TN 37167

CREDITOR ID: 257916-12
PACTIV CORP
PO BOX 730109
DALLAS, TX 75373-0109

CREDITOR ID: 257915-12
PACTIV CORP
PO BOX 65103
CHARLOTTE, NC 28265

CREDITOR ID: 384278-47
PACTIV CORP
PO BOX 905863
CHARLOTTE, NC 28290-5863

CREDITOR ID: 279257-35
PACTIV CORPORATION
ATTN STAN GALINGER/S J MARTIN
1900 W FIELD COURT
LAKE FOREST IL 60045

CREDITOR ID: 257917-12
PACWEST TRANSPORT SERVICES INC
PO BOX 91220
PORTLAND OR 97291-1220

CREDITOR ID: 243746-12
PADGETT, BONNY W
2824 CAMEL CIRCLE
MIDDLEBURG FL 32068

CREDITOR ID: 399554-82
PADGETT, DELORES
373 IRVING ROAD
MONETTA  SC 29105

CREDITOR ID: 403402-92
PADGETT, DELORIS
273 IRVING ROAD
MONETTA SC 29105

CREDITOR ID: 256252-12
PADGETT, MICHAEL
JACKSONVILLE SHERIFFS OFFICE
501 E BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 407054-MS
PADGETT, RUEL D.
19511 N TRENT JONES DR
BATON ROUGE LA 70810

CREDITOR ID: 387345-54
PADILLA, CATALINA
8933 CHERRYSTONE LANE
ORLANDO, FL 32825

CREDITOR ID: 391918-55
PADILLA, CATALINA
C/O: CYNTHIA M THOMAS, ESQUIRE
BOGIN, MUNNS & MUNNS
P.O. BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 393365-55
PADILLA, GLENNA
C/O: GEORGE J. ADLER, P.A.
PO BOX 536446
ORLANDO FL 32853-6446

CREDITOR ID: 388792-54
PADILLA, MARIA
86 NW 4TH STREET
HOMESTEAD, FL 33030

CREDITOR ID: 392747-55
PADILLA, MARIA
C/O LAW OFFICES OF MARCO A QUESADA
ATTN MARCO A QUESADA ESQ
46 NE 6TH STREET
MIAMI FL 33132

CREDITOR ID: 385329-54
PADRON, DAISY
15151 SW 89TH TERRACE
MIAMI, FL 33196

CREDITOR ID: 390636-55
PADRON, DAISY
C/O PAUL BERSACH, PA
ATTN PAUL BERSACH, ESQ
5040 NW 7TH STREET, SUITE 920
MIAMI FL 33126

CREDITOR ID: 386236-54
PADRON, ROBERTO
13 N.E. 1ST AVENUE   STE. 704
MIAMI FL 33132

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391368-55<br>PADRON, ROBERTO<br>C/O: ALEJANDRO ZALDIVAR ESQ<br>DECARDENAS & FREIXAS, P.A.<br>14 NE, 1ST AVE, SUITE 704<br>ISRAEL DISCOUNT BANK BUILDING<br>MIAMI FL 33132-2478 | CREDITOR ID: 388238-54<br>PADRON, YESENIA<br>3145 SW 5 ST<br>MIAMI FL 33135 | CREDITOR ID: 257918-12<br>PADUCAH SUN<br>408 KENTUCKY AVE<br>PO BOX 2300<br>PADUCAH, KY 42002-2300 |
| CREDITOR ID: 385729-54<br>PAEZ, VIVIAN<br>1015 GREEN STREET, APT B<br>WEST PALM BEACH, FL 33405 | CREDITOR ID: 391008-55<br>PAEZ, VIVIAN<br>C/O JEFF D VASTOLA, PA<br>ATTN JEFF VASTOLA OR J SCHULZ, ESQS<br>ONE CLEARLAKE CENTRE, STE 1404<br>250 AUSTRALIAN AVE S<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 385157-54<br>PAGAN, CARMEN<br>1460 E JOHNSON AVENUE, APT 115<br>PENSACOLA, FL 32514 |
| CREDITOR ID: 387383-54<br>PAGAN, ELIZABETH<br>635 CASPER AVE<br>WEST PALM BEACH, FL 33413-1226 | CREDITOR ID: 391948-55<br>PAGAN, ELIZABETH<br>C/O: BRIAN D. GURALNICK, ESQUIRE<br>BRIAN G. GURALNICK, P.A.<br>2419 SOUTH DIXIE HIGHWAY<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 397918-76<br>PAGAN, REBECCA<br>2047 DIXIE BELLE DRIVE, APT. C,<br>ORLANDO, FL 32812 |
| CREDITOR ID: 382183-51<br>PAGAS MAILING SERVICES<br>8312 MORGANS WAY<br>RALEIGH, NC 27813 | CREDITOR ID: 257919-12<br>PAGAS MAILING SERVICES<br>ATTN LUCY TAYLOR, CONTROLLER<br>1801 ANACONDA ROAD<br>TARBORO, NC 27886 | CREDITOR ID: 257920-12<br>PAGE INTERNATIONAL<br>PO BOX 10012<br>SAVANNAH, GA 31412 |
| CREDITOR ID: 387606-54<br>PAGE, WAYNE<br>3298 MONTANO AVE<br>SPRING HILL FL 34609 | CREDITOR ID: 385504-54<br>PAHEL, GERALD<br>718 VASSER ST<br>ORLANDO, FL 32804 | CREDITOR ID: 390804-55<br>PAHEL, GERALD<br>C/O: WILLIAM RUFFIER, ESQ.<br>DELLECKER, WILSON & KING,  P.A.<br>719 VASSAR STREET<br>ORLANDO FL 32804 |
| CREDITOR ID: 268202-31<br>PAHOKEE CY SEWER TRTMNT PLANT<br>ATTN: KATHERINE NANCE<br>1002 RIM CANAL RD<br>PAHOKEE FL 33476-2522 | CREDITOR ID: 383111-51<br>PAID PRESCRIPTIONS<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 257921-12<br>PAIGE COMPANY<br>400 KELBY ST<br>PARKER PLAZA<br>FORT LEE NJ 07024-2920 |
| CREDITOR ID: 257922-12<br>PAINCOURTVILLE VOL FIRE DEPT<br>PO BOX 308<br>PAINCOURTVILLE, LA 70391 | CREDITOR ID: 257923-12<br>PAINT CRAFT STORE<br>3351 PLYMOUTH ST<br>JACKSONVILLE FL 32205-6026 | CREDITOR ID: 407055-MS<br>PAIT, ROBERT F<br>521 SLOPING HILL LN<br>FUQUAY VARINA NC 27526 |
| CREDITOR ID: 257924-12<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI, OH 45233 | CREDITOR ID: 2461-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI, OH 45233 | CREDITOR ID: 393177-55<br>PAKOLA, JOSEPH G<br>4836 SW 115 ST<br>OCALA FL 34476 |
| CREDITOR ID: 389403-54<br>PAKOLA, JOSEPH G<br>4836 S. W. 115TH STREET<br>OCALA FL 34476 | CREDITOR ID: 407718-15<br>PAKOLA, JOSEPH G<br>C/O SEDGWICK CLAIMS MANAGEMENT<br>PO BOX 24787<br>JACKSONVILLE FL 32241 | CREDITOR ID: 390188-54<br>PALACIOS, ALEXANDER<br>15818 NW 11TH ST<br>PEMBROKE PINES, FL 33028 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 393629-55
PALACIOS, ALEXANDER
C/O: ALBERTO CARDET
CARDET & FERNANDEZ, P.A.
1101 BRICKELL AVENUE SOUTH
TOWER SUITE 702
MIAMI FL 33131

CREDITOR ID: 389004-54
PALADINO, PHYLLIS
500 VILLIAGE CIRCLE
APT. D110
PALM SPRINGS, FL 33461

CREDITOR ID: 392905-55
PALADINO, PHYLLIS
C/O DAVID J ACHER, PA
ATTN DAVID J ACHER, ESQ
401 E LAS OLAS BLVD, SUITE 1400
FORT LAUDERDALE FL 33301

CREDITOR ID: 387716-54
PALAMORE, DERRICK
6751 TINKERBELL LANE
JACKSONVILLE FL 32210

CREDITOR ID: 257925-12
PALATKA DAILY NEWS
PO BOX 777
PALATKA, FL 32178-0777

CREDITOR ID: 257926-12
PALATKA GAS AUTHORITY
PO BOX 978
PALATKA, FL 32178-0978

CREDITOR ID: 385841-54
PALENIK, JOYCE
135 SPORTSMAN RD
SATSOMA, FL 32189

CREDITOR ID: 257927-12
PALETTO PROPERTIES INC
PO BOX 1328
DILLON SC 29536

CREDITOR ID: 389244-54
PALFREYMAN, VICTORIA
403 ROBERT AVENUE
WINTER HAVEN FL 33880

CREDITOR ID: 393085-55
PALFREYMAN, VICTORIA
C/O: MARY E. WAITE
1309 E. ROBINSON ST., STE 200
ORLANDO FL 32801

CREDITOR ID: 257928-12
PALISADE CORPORATION
31 DECKER ROAD
NEWFIELD NY 14867-9236

CREDITOR ID: 257929-12
PALISADES INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 405322-95
PALISADES INVESTORS LLC
%VICTORY COMMERCIAL REAL EST INC
P O BOX 4767
COLUMBUS GA 31904

CREDITOR ID: 257930-12
PALLET CONSULTANTS
ATTN CARLA GRUENER, CFO
PO BOX 1692
POMPANO BEACH, FL 33061

CREDITOR ID: 257931-12
PALLET RESOURCE OF NC INC
PO BOX 765
LEXINGTON NC 27293-0765

CREDITOR ID: 257932-12
PALLETONE
PO BOX 819
BARTOW, FL 33831

CREDITOR ID: 388338-54
PALLOTTA, SCOTT J
766 SILVER CLOUD CIRCLE
LAKE MARY, FL 32246

CREDITOR ID: 1679-07
PALM AIRE MARKETPLACE
3333 NEW HYDE PARK RD
PO BOX 5020
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 257933-12
PALM AIRE MARKETPLACE LL
3333 NEW HYDE PARK RD
PO BOX 5020
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 257934-12
PALM BAY UTILITIES
120 MALABAR RD SE
PALM BAY, FL 32907-3009

CREDITOR ID: 257935-12
PALM BAY WEST
C/O EDENS & AVANT
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 1680-07
PALM BAY WEST
C/O EDENS & AVANT
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 376494-44
PALM BEACH 2000 INC
% DACAR MANAGEMENT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004

CREDITOR ID: 257936-12
PALM BEACH 2000 INC
CAPITAL REALTY ADVISORS INC
PO BOX 992 (PROJECT 174)
WEST PALM BEACH FL 33402-0992

CREDITOR ID: 1681-07
PALM BEACH 2000 INC
C/O DACAR MANAGEMENT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004-0992

CREDITOR ID: 257938-12
PALM BEACH COMMUMNITY COLLEGE
4200 CONGRESS AVENUE
LAKE WORTH, FL 33461-4796

CREDITOR ID: 268204-31
PALM BEACH COUNTY OF
ATTN: GARY DERNLAN
9045 JOG RD
BOYNTON BEACH FL 33437-2502

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 240621-06
PALM BEACH COUNTY SHERIFF'S
OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH FL 33406

CREDITOR ID: 240622-06
PALM BEACH COUNTY SHERIFFS OFFICE
PO BOX 24681
BURGLAR ALARM /ACCT UNIT
WEST PALM BEACH FL 33416

CREDITOR ID: 257943-12
PALM BEACH ECONOMIC CRIME UNIT
PO BOX 16382
WEST PALM BEACH FL 33416

CREDITOR ID: 257944-12
PALM BEACH GARDENS HIGH SCHOOL
4245 HOLLY DR
BASEBALL PROGRAM
PALM BEACH GARDENS FL 33410

CREDITOR ID: 262866-12
PALM BEACH POST, THE
ATTN SUZAN MELDONIAN, CR MGR
PO BOX 24700
WEST PALM BEACH, FL 33416-4700

CREDITOR ID: 397814-75
PALM BEACH POST, THE
PO BOX 24700
WEST PALM BEACH, FL 33416-4700

CREDITOR ID: 257948-12
PALM COAST CORNERS ASSOC LP
C/O UNITED CORNERS INC
525 PHARR ROAD
ATLANTA, GA 30305

CREDITOR ID: 268205-14
PALM HARBOR CMNTY SVCS AGCY
ATTN: TERRY LANNON
1631 9TH ST
PALM HARBOR FL 34683-3404

CREDITOR ID: 278534-24
PALM LAKES LLC
2285 EXECUTIVE DRIVE
SUITE 420
LEXINGTON KY 40505

CREDITOR ID: 257949-12
PALM LAKES LLC MEADOWTHROPE
MANOR HOUSE
C/O COLEMAN GROUP
2285 EXECUTIVE DR., STE 420
LEXINGTON KY 40505

CREDITOR ID: 315885-40
PALM LAKES LLC MEADOWTHROPE MA
C/O COLEMAN GROUP
2285 EXECUTIVE DRIVE
LEXINGTON, KY 40505

CREDITOR ID: 278656-24
PALM LAKES, LLC
MODERN WOODMEN OF AMERICA
1701-1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 316098-41
PALM LAKES,LLC
301 EAST MAIN STREET
SUITE 600
LEXINGTON KY 40507

CREDITOR ID: 268206-31
PALM RIVER POINT INC
ATTN: ELIZABETH GUTIERREZ
8259 CAUSE BLVD
TAMPA FL 33619

CREDITOR ID: 257950-12
PALM SUPPLY
4627 PANORAMA AVENUE
A DIVISION OF PAVILLION FOODS
HOLIDAY, FL 34690

CREDITOR ID: 257951-12
PALM TRAILS PLAZA
C/O REGENCY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2462-07
PALM TRAILS PLAZA
C/O REGENCY CENTERS L P
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 1683-07
PALM TRAILS PLAZA
C/O REGENCY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 257952-12
PALM TRUCK CENTERS INC
2441 S STATE ROAD 7
FT LAUDERDALE FL 33317-6999

CREDITOR ID: 385871-54
PALM, HEATHER
18062 SCHOOL RD
LORANGER, LA 70446

CREDITOR ID: 391119-55
PALM, HEATHER
C/O SIMPSON & SIMPSON
ATTN  WILLIAM PAUL SIMPSON, ESQ
PO BOX 1017
AMITE LA 70422

CREDITOR ID: 391523-55
PALMEIRO, FELISA
C/O: ERIC GRINDAL ESQ.
PEMSLER & GINDAL
770 PONCE DE LEON BLVD
SUITE 307
CORAL GABLES FL 33134

CREDITOR ID: 257953-12
PALMENTO GBA DMERC OVERPAYMENT
PO BOX 100183
COLUMBIA SC 29202-3183

CREDITOR ID: 257954-12
PALMER CANDY CO
PO BOX 326
SIOUX CITY, IA 51102

CREDITOR ID: 257955-12
PALMER ELECTRIC CONSTRUCTION
1023 NORTH BEVERLYE ROAD
DOTHAN, AL 36303

CREDITOR ID: 405323-95
PALMER ELECTRIC CONSTRUCTION
PO BOX 1763
DOTHAN AL 36302-1763

CREDITOR ID: 257956-12
PALMER REIFLER & ASSOCIATES INC
1900 SUMMIT TOWER BLVD
SUITE 540
ORLANDO, FL 32810

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243971-12<br>PALMER, BRIAN N<br>600 STARKEY ROAD<br>APT 413<br>LARGO FL 33771 | CREDITOR ID: 244690-12<br>PALMER, CARRIE<br>1812 WINNSBORO ROAD<br>BIRMINGHAM AL 35213 | CREDITOR ID: 395558-15<br>PALMER, ERNEST P MD<br>214 W PALMETTO ST<br>PO BOX 428<br>WAUCHULA FL 33873 |
| CREDITOR ID: 387379-54<br>PALMER, HENRY<br>45 RED FOX LANE<br>FLAGLER BEACH, FL 32136 | CREDITOR ID: 391945-55<br>PALMER, HENRY<br>C/O CHANFRAU & CHANFRAU<br>ATTN WILLIAM M CHANFRAU JR, ESQ<br>701 N PENINSULA DRIVE<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 406054-15<br>PALMER, LAQUAILA<br>C/O STEVEN E SLOOTSKY LAW OFFICE<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W OAKLAND PARK BLVD, SUITE 100<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 259764-12<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 376301-44<br>PALMER, RONERT H., JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 257957-12<br>PALMERS CANDIES<br>PO BOX 326<br>SIOUX CITY, IA 51102 | CREDITOR ID: 257958-12<br>PALMERS HARDWARE<br>4650 - 49TH STREET NORTH<br>ST PETERSBURG, FL 33709 |
| CREDITOR ID: 257959-12<br>PALMETTO CANNING CO<br>ATTN: JONATHAN GREENLAW, PRES<br>PO BOX 155<br>PALMETTO, FL 34220-0155 | CREDITOR ID: 257960-12<br>PALMETTO ELEMENTARY SCHOOL<br>PO BOX 200<br>PALMETTO, LA 71358 | CREDITOR ID: 710-03<br>PALMETTO GAS<br>PO BOX 1551<br>SUMTER SC 29151-1060 |
| CREDITOR ID: 257961-12<br>PALMETTO GAS CORP<br>PO BOX 1060<br>SUMTER SC 29151-1060 | CREDITOR ID: 257963-12<br>PALMETTO GBA DMERC OVERPAYMENT<br>PO BOX 100183<br>COLUMBIA, SC 29202-3183 | CREDITOR ID: 257964-12<br>PALMETTO GLASS INC<br>PO BOX 4010<br>718 DARLINGTON STREET<br>FLORENCE, SC 29502-4010 |
| CREDITOR ID: 257965-12<br>PALMETTO PACKAGING & PAPER<br>ATTN TIM WILSON, VP<br>PO BOX 2758<br>GREENVILLE, SC 29602 | CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH, SC 29654 | CREDITOR ID: 257967-12<br>PALMETTO PROPANE<br>131 WEST CHURCH ST<br>BATESBURG SC 29006 |
| CREDITOR ID: 257968-12<br>PALMETTO SIGN SYSTEMS<br>1620 E PALMETTO ST<br>FLORENCE SC 29506 | CREDITOR ID: 257969-12<br>PALMETTO WELDING SUPPLY<br>ATTN: RICK SPROUSE, VP<br>431 W BUTLER RD<br>MAULDIN, SC 29662 | CREDITOR ID: 406096-97<br>PALMETTO WELDING SUPPLY<br>ATTN: RICK SPROUSE, VP<br>2300 SOUTH BLVD<br>CHARLOTTE NC 28203 |
| CREDITOR ID: 399555-82<br>PALMIERI, EDRIDGE<br>178 BRADLEY AVENUE<br>HAMDEN CT 06514 | CREDITOR ID: 389674-54<br>PALMORE, SARAH<br>3721 DIAL DR<br>STONE MOUNTAIN, GA 30083 | CREDITOR ID: 388687-54<br>PALOMINO, CARLOS<br>6244 FLAGLER STREET<br>HOLLYWOOD FL 33023 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392721-55<br>PALOMINO, CARLOS<br>C/O: FRANK CERINO<br>MORALES & DOLAN, P.A.<br>166 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 257970-12<br>PAM KELLER<br>2972 NC 181<br>MORGANTON NC 28655 | CREDITOR ID: 257971-12<br>PAM NICHOLS<br>914 HIGHWAY 244<br>RUSSELLVILLE AL 35654 |
| CREDITOR ID: 257972-12<br>PAMALEE PLAZA ASSOCIATION<br>1111 MILITARY CUTOFF ROAD<br>SUITE 251<br>C/O SWAIN MANAGEMENT LLC<br>WILMINGTON NC 28405 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O SWAIN MANAGEMENT LLC<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 | CREDITOR ID: 257973-12<br>PAMELA A HALL<br>506 KINLEY HOME PLACE<br>BESSEMER CITY NC 28016 |
| CREDITOR ID: 257974-12<br>PAMELA BAKER<br>7102 EAST LAWN DRIVE<br>CINCINNATI OH 45237 | CREDITOR ID: 384280-47<br>PAMELA BALLARD<br>4400 JEFFERSON POINTE LANE<br>APT# 18<br>PRINCE GEORGE, VA 23875 | CREDITOR ID: 257976-12<br>PAMELA C YOUNGBLOOD<br>235 SANDY POINT DRIVE<br>HARTSVILLE SC 29550 |
| CREDITOR ID: 257977-12<br>PAMELA D BROWN<br>ROUTE 2 BOX 4310<br>FOLKSTON GA 31537 | CREDITOR ID: 257978-12<br>PAMELA FRANGO<br>2913 DOMINION AVENUE<br>NORFOLK VA 23518 | CREDITOR ID: 257979-12<br>PAMELA HASSE<br>735 HAWS RUN ROAD<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 257980-12<br>PAMELA J KENDRICK<br>PO BOX 51<br>BOSTWICK FL 32007 | CREDITOR ID: 257982-12<br>PAMELA MOORE<br>C/O ONEISHA MORRIS<br>535 TALBERT DRIVE<br>AUBURN AL 36830 | CREDITOR ID: 257983-12<br>PAMELA S BOYD<br>4924 20TH PLACE SW<br>NAPLES FL 34116 |
| CREDITOR ID: 257985-12<br>PAMELAL WILCOX<br>PO BOX 6683<br>MOBILE AL 36606 | CREDITOR ID: 257986-12<br>PAMELLA TEASTER<br>380 WILSON BLVD NORTH<br>NAPLES FL 34120 | CREDITOR ID: 257987-12<br>PAMLICO DIST CO<br>PO BOX 1326<br>WASHINGTON, NC 27889 |
| CREDITOR ID: 257988-12<br>PAMS PARKING MARKING INC<br>PO BOX 120129<br>WEST MELBOURNE FL 32912-0129 | CREDITOR ID: 257989-12<br>PAN AMERICAN FOOD BROKERS INC<br>13550 SW 88 STREET<br>SUITE 260<br>MIAMI, FL 33186-2324 | CREDITOR ID: 257990-12<br>PANACEA AREA WATER SYSTEM<br>PO BOX 215<br>PANACEA, FL 32346 |
| CREDITOR ID: 257990-12<br>PANACEA AREA WATER SYSTEM<br>C/O MOWERY & BIGGINS, PA<br>ATTN JASON H EGAN, ESQ<br>515 N ADAMS STREET<br>TALLAHASSEE FL 32301-1111 | CREDITOR ID: 376503-44<br>PANAMA CITY AMERIGAS<br>1832 EAST 3RD STREET<br>PANAMA CITY, FL 32401-4800 | CREDITOR ID: 268208-14<br>PANAMA CITY CITY OF<br>ATTN: PAT RICHARDS<br>9 HARRISON AVE<br>PANAMA CITY FL 32401-2724 |
| CREDITOR ID: 268207-14<br>PANAMA CITY CITY OF<br>ATTN: DAVID L JACKSON<br>201 HARRISON AVE<br>PANAMA CITY FL 32401-2727 | CREDITOR ID: 382314-51<br>PANAMA CITY NEWS HERALD<br>PO BOX 1940<br>PANAMA CITY, FL 32402 | CREDITOR ID: 241162-11<br>PANAMA CITY SALES & USE<br>ACCOUNT NO.: M11347<br>PO BOX 1880<br>PANAMA CITY, FL 32402-1880 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257992-12<br>PANAMA JACK CAPO SUNGLASSES<br>1 SUNSHINE BLVD<br>ORMOND BEACH, FL 32174 | CREDITOR ID: 257993-12<br>PANASONIC<br>2 PANASONIC WAY<br>SECAUCUS NJ 07094 | CREDITOR ID: 399663-72<br>PANASONIC<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 |
| CREDITOR ID: 257994-12<br>PANASONIC COMMUNICATIONS & SYS<br>LEASE ADMINISTRATION CENTER<br>PO BOX 371992<br>PITTSBURGH, PA 15250-7992 | CREDITOR ID: 257995-12<br>PANASONIC INDUSTRIAL CO<br>PO BOX 905357<br>CHARLOTTE, NC 28290-5357 | CREDITOR ID: 257996-12<br>PANASONIC LEASING<br>305 WEST BIG BEAVER ROAD<br>SUITE 400<br>TROY MI 48084 |
| CREDITOR ID: 268209-31<br>PANATTONI DEV SUTHWEST REG LLC<br>ATTN: M PANATTONI<br>3500 LENOX RD NE #501<br>ATLANTA GA 30326-4241 | CREDITOR ID: 389661-54<br>PANDA, KELEMOGILE<br>12909 FIRTH COURT<br>APT G30<br>TAMPA, FL 33612 | CREDITOR ID: 393312-55<br>PANDA, KELEMOGILE<br>C/O: JOHN MALKOWSKI, ESQ<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 257997-12<br>PANHANDLE ALARM & TELEPHONE CO INC<br>10 INDUSTRIAL BLVD<br>PENSACOLA, FL 32503-7647 | CREDITOR ID: 257998-12<br>PANHANDLE ENGINEERING INC<br>ATTN JAMES H SLONINA, PRES<br>3005 SOUTH HIGHWAY 77<br>LYNN HAVEN, FL 32444 | CREDITOR ID: 257999-12<br>PANHANDLE FOOD SERVICE<br>PO BOX 97<br>CHIPLEY, FL 32428 |
| CREDITOR ID: 258000-12<br>PANTHER HELICOPTERS INC<br>2017 ENGINEERS ROAD<br>BELLE CHASSE LA 70037 | CREDITOR ID: 268211-31<br>PANTHER ISLAND MITIGATION BANK<br>ATTN: LIANNE BISHOP<br>20790 SHERIDAN ST<br>FORT LAUDERDALE FL 33332-2304 | CREDITOR ID: 268210-31<br>PANTHER ISLAND MITIGATION BANK<br>ATTN: LEW LAUTIN<br>3215 NW 10TH TER STE 209<br>FORT LAUDERDALE FL 33309-5938 |
| CREDITOR ID: 390400-54<br>PANTOJA, ORLANDO P<br>4717 NW 7TH STREET, #803-10<br>MIAMI FL 33126 | CREDITOR ID: 391522-55<br>PANTOJA, ORLANDO P<br>C/O: PAUL E. SUSS, P.A.<br>PAUL SUSS<br>2645 NE 207TH ST, STE 100<br>AVENTURA FL 33180 | CREDITOR ID: 386059-54<br>PANZERA, STEPHANIE<br>7841 N.W. 15 STREET<br>PEMBROKE PINES, FL 33024 |
| CREDITOR ID: 391257-55<br>PANZERA, STEPHANIE<br>C/O: RAMON RUBIO<br>THE LAW OFFICES OF RAMON RUBIO, LLC<br>2645 EXECUTIVE PARK DRIVE<br>WESTON FL 33331 | CREDITOR ID: 258001-12<br>PAOLA M ALDANARUIZ<br>3586 NW 116TH TERRACE<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 397919-76<br>PAPA, JOE<br>1622 LEE ROAD, 117,<br>OPELIKA, AL 36804 |
| CREDITOR ID: 258003-12<br>PAPERCON<br>PO BOX 930351<br>ATLANTA, GA 31193 | CREDITOR ID: 405325-95<br>PAPERCON<br>2700 APPLE VALLEY ROAD<br>ATLANTA GA 30319 | CREDITOR ID: 258004-12<br>PAPERDIRECT INC<br>PO BOX 2933<br>COLORADO SPRINGS CO 80901-2933 |
| CREDITOR ID: 407056-MS<br>PAPPAS, BEVERLY<br>3646 CATTAIL DR. S.<br>JACKSONVILLE FL 32223 | CREDITOR ID: 385667-54<br>PAPPAS, HARRY<br>9 ROYAL PALM WAY<br>APT 9205<br>BOCA RATON, FL 33432 | CREDITOR ID: 390953-55<br>PAPPAS, HARRY<br>C/O: MARC S SCHILLER<br>MARC S SCHILLER & ASSOCIATES, P.A.<br>7501 WEST OAKLAND PARK BLVD<br>2ND FLOOR<br>FT LAUDERDALE FL 33319 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 400861-91
PARADELAS, CHARLES J
62235 KATHERINE HOLTON RD
AMITE LA 70422

CREDITOR ID: 258005-12
PARADIES GIFT INC
PO BOX 681788
ORLANDO, FL 32868-1788

CREDITOR ID: 405326-95
PARADIES GIFT INC
2585 CLARK STREET
APOPKA FL 32703

CREDITOR ID: 258006-12
PARADISE ELEMENTARY
5010 MONROE HWY
PINEVILLE, LA 71360

CREDITOR ID: 258007-12
PARADISE FRUIT CO., INC.
PO BOX Y
ATTN: GENE WEINER
PLANT CITY FL 33564

CREDITOR ID: 258008-12
PARADISE ISLE LLC
C/O L W CAVE REAL ESTATE INC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 1685-07
PARADISE ISLE LLC
C/O L W CAVE REAL ESTATE INC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 258009-12
PARADISE LABEL INC
4021 FRONTAGE ROAD SOUTH
PLANT CITY FL 33566

CREDITOR ID: 258010-12
PARADYNE CREDIT CORP
PO BOX 930224
ATLANTA GA 31193-0224

CREDITOR ID: 278935-30
PARAGON FINANCIAL GROUP INC
PO BOX 6247
FT LAUDERDALE, FL 33310

CREDITOR ID: 258012-12
PARALLEL REFRIGERATION INC
1551 NORTHWEST 93RD AVENUE
MIAMI, FL 33172

CREDITOR ID: 405327-95
PARALLEL REFRIGERATION INC
7335 NW 32ND AVENUE
MIAMI FL 33147

CREDITOR ID: 258013-12
PARAMEDICAL SERVICES INC
2963 MILTON STREET
MARIANNA, FL 32446

CREDITOR ID: 258014-12
PARAMOUNT CHEMICAL SPECIALTIES INC
PO BOX 124
REDMOND, WA 98073

CREDITOR ID: 405328-95
PARAMOUNT FARMS
11444 W OLYMPIC BLD STE 250
LOS ANGELES CA 900641544

CREDITOR ID: 278936-30
PARAMOUNT FARMS
PO BOX 200937
DALLAS, TX 75320-0937

CREDITOR ID: 279112-32
PARAMOUNT FARMS, INC.
11444 WEST OLYMPIC BLVD, 10TH FL
PO BOX 30119
LOS ANGELES CA 90030-0119

CREDITOR ID: 279147-33
PARAMOUNT FARMS, INC.
C/O BARBARA VELASCO
11444 OLYMPIC BLVD., STE 250
LOS ANGELES CA 90064-1544

CREDITOR ID: 258016-12
PARCO FOODS LLC
ATTN CYNTHIA R BERDINE
PO BOX 1451
MILWAUKEE, WI 53201

CREDITOR ID: 405329-95
PARCO FOODS LLC
DEPT 77-6633
CHICAGO IL 60678

CREDITOR ID: 258017-12
PARDEE URGENT CARE
212 A THOMPSON STREET
HENDERSONVILLE, NC 28792

CREDITOR ID: 389436-54
PARDEE, KELLY
1272 NORTH MERLIN TERRACE
CRYSTAL RIVER FL 34429

CREDITOR ID: 388549-54
PARDIEU, MANATARE
634 NW 9  CT
HALLANDALE, FL 33009

CREDITOR ID: 392621-55
PARDIEU, MANATARE
C/O: BROTMAN NUSBAUM & FOX
7000 W. PALMETTO PARK RD.
SUITE 300
BOCA RATON FL 33433

CREDITOR ID: 390180-54
PARDO, ROSARIO
980 WILSON RIDGE
ORLANDO, FL 32818

CREDITOR ID: 393621-55
PARDO, ROSARIO
C/O: TONY C. FRANCIS
LAW OFFICE OF TONY C FRANCIS, P.A.
PO BOX 771243
ORLANDO FL 32877-1243

CREDITOR ID: 258018-12
PARENT OF CHRISTOPHER MARTIN
956 SANDSTONE DRIVE
ORANGE PARK FL 32065

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258019-12<br>PARENT OF DARLING HUDSON<br>9042 DORIS LANE<br>JACKSONVILLE FL 32220 | CREDITOR ID: 258020-12<br>PARENT OF KARL WELCOME<br>2339 OLIVET AVENUE<br>APT# 2<br>LEESBURG FL 34748 | CREDITOR ID: 258021-12<br>PARENT OF STEVEN MORRIS<br>PAYABLE TO ANITA HARRISON<br>2046 JACKSPRINGS ROAD<br>ATMORE AL 36502 |
| CREDITOR ID: 258022-12<br>PARENT OF TYRONE KIRK<br>3305 NORTH OLD HENRY BLVD<br>#C<br>GREENSBORO NC 27405 | CREDITOR ID: 258023-12<br>PARENT TO PARENT OF MIAMI INC<br>7990 SW 117TH AVENUE<br>SUITE 201<br>MIAMI FL 33183 | CREDITOR ID: 387237-54<br>PARENTE, DOROTHY<br>1228 SW 17TH<br>MIAMI, FL 33145 |
| CREDITOR ID: 391826-55<br>PARENTE, DOROTHY<br>C/O: JOHN W. PARENTE<br>LAW OFFICES OF JOHN W. PARENTE<br>P.O. BOX 1771<br>VENICE FL 34284-1771 | CREDITOR ID: 387422-54<br>PARENT-FARRELL, GENEVIEVE H<br>21241 NE 3RD COURT<br>NORTH MIAMI BEACH, FL 33179-1129 | CREDITOR ID: 258024-12<br>PARENTS OF EMILY DAIGLE<br>2309 S FRIENDSHIP STREET<br>HARVEY LA 70058 |
| CREDITOR ID: 385773-54<br>PARETTI, JOYCE<br>549 ANGELA STREET<br>ARABI, LA 70032 | CREDITOR ID: 391044-55<br>PARETTI, JOYCE<br>C/O BARTHOLOMEW LAW OFFICES<br>ATTN HAROLD S BARTHOLOMEW JR ESQ<br>3115 METAIRIE ROAD<br>METAIRIE LA 70001 | CREDITOR ID: 258025-12<br>PARFUMS DE COEUR LTD<br>CHURCH STREET STATION<br>PO BOX 6349<br>NEW YORK, NY 10249-6349 |
| CREDITOR ID: 258026-12<br>PARIS BUSINESS PRODUCTS, INC<br>ATTN JOANNE MARINI, CR MGR<br>800 HIGHLAND DRIVE<br>WESTAMPTON NJ 08060 | CREDITOR ID: 258027-12<br>PARIS PRESENTS INC<br>DEPT 77-2635<br>CHICAGO IL 60678-2635 | CREDITOR ID: 258028-12<br>PARIS SIGNATURE<br>PO BOX 820999<br>PHILADELPHIA PA 19182-0999 |
| CREDITOR ID: 2936-04<br>PARISH DISPOSAL<br>21164 HIGHWAY 16<br>FRANKLINTON, LA 70438 | CREDITOR ID: 268212-14<br>PARISH OF ALLEN<br>ATTN: RICHARD KARAM<br>400 W SIXTH AVE<br>OBERLIN LA 70655 | CREDITOR ID: 268213-14<br>PARISH OF ASCENSION<br>ATTN: MARK WEST<br>1100 WEBSTER ST<br>DONALDSONVILLE LA 70346-2754 |
| CREDITOR ID: 239861-06<br>PARISH OF ASCENSION SALES & TAX<br>PO BOX 1718<br>GONZALES LA 70707-1718 | CREDITOR ID: 268214-14<br>PARISH OF BEAUREGARD<br>ATTN: BOBBY L CUDD<br>205 W 1ST ST<br>DERIDDER LA 70634-4015 | CREDITOR ID: 268215-14<br>PARISH OF BOSSIER<br>ATTN: LARRY C DEEN<br>204 BERT BLVD COURTHOUSE<br>BENTON LA 71006 |
| CREDITOR ID: 268216-14<br>PARISH OF CALDWELL<br>ATTN: BONITA P BROOKS<br>201 MAIN ST<br>COLUMBIA LA 71418 | CREDITOR ID: 258031-12<br>PARISH OF EAST BATON ROUGE<br>PO BOX 91285<br>BATON ROUGE, LA 70821 | CREDITOR ID: 268217-14<br>PARISH OF EVANGELINE<br>ATTN: MIKE VALLION<br>405 W MAGNOLIA ST<br>VILLE PLATTE LA 70586-4413 |
| CREDITOR ID: 268219-31<br>PARISH OF IBERVILLE<br>ATTN: STEVE FOX<br>3385 HIGHWAY 30<br>SAINT GABRIEL LA 70776-4427 | CREDITOR ID: 268218-31<br>PARISH OF IBERVILLE<br>ATTN: DANIEL FOREMAN<br>65200 BELLEVIEW DR<br>PLAQUEMINE LA 70764-6240 | CREDITOR ID: 268220-14<br>PARISH OF JACKSON<br>ATTN: EDDIE GATLIN<br>500 E COURT ST RM 101<br>JONESBORO LA 71251-3400 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252893-12<br>PARISH OF JEFFERSON SHERRIFFS OFF<br>4116 HESSMER AVENUE<br>METAIRIE, LA 70002 | CREDITOR ID: 402088-15<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 | CREDITOR ID: 252890-12<br>PARISH OF JEFFERSON WATER DEPT<br>C/O JEFFERSON PARISH ATTYS OFFICE<br>ATTN TIMOTHY D VALENTI, ESQ<br>1221 ELMWOOD PARK BLVD SUITE 701<br>HARAHAN, LA 70123 |
| CREDITOR ID: 255587-12<br>PARISH OF MARRERO JEFFERSON<br>4500 WESTBANK EXPWY<br>MARRERO, LA 70072 | CREDITOR ID: 268222-14<br>PARISH OF OUACHITA<br>ATTN: PATRICK ONYEMENCHARA<br>316 BREARD ST<br>MONROE LA 71201-6706 | CREDITOR ID: 268221-31<br>PARISH OF OUACHITA<br>ATTN: COLE CHURCH<br>4709 CONSTRUCTION AVE<br>MONROE LA 71203-6022 |
| CREDITOR ID: 268223-14<br>PARISH OF PLAQUEMINES<br>ATTN: GEESSLER SAUL<br>7163 HIGHWAY 39 STE 105<br>BRAITHWAITE LA 70040-2255 | CREDITOR ID: 376636-44<br>PARISH OF POINT COUPEE<br>PO BOX 290<br>NEW ROAD, LA 70760-0290 | CREDITOR ID: 318279-42<br>PARISH OF POINTE COUPEE<br>SHERIFF AND TAX COLLECTOR<br>NEW ROADS, LA 70760-0248 |
| CREDITOR ID: 258033-12<br>PARISH OF POINTE COUPEE TAX COLL<br>PO BOX 248<br>SHERIFF AND EX-OFFICIO TAX COLLECTO<br>PROPERTY TAX<br>NEW ROADS LA 70760-0248 | CREDITOR ID: 376509-44<br>PARISH OF RAPIDES<br>PO BOX 671<br>ALEXANDRIA, LA 71309-0671 | CREDITOR ID: 268225-14<br>PARISH OF RAPIDES<br>ATTN: JOE D BROWN JR<br>5606 COLISEUM BLVD<br>ALEXANDRIA LA 71303-3709 |
| CREDITOR ID: 268224-14<br>PARISH OF RAPIDES<br>ATTN: DONNA ANDRIES<br>5606 COLISEUM BLVD<br>ALEXANDRIA LA 71303-3709 | CREDITOR ID: 268226-14<br>PARISH OF RAPIDES INC<br>ATTN: RALPH GILL<br>700 MURRAY ST<br>ALEXANDRIA LA 71301-8024 | CREDITOR ID: 268630-14<br>PARISH OF ST BERNARD<br>ATTN: MARLENE VINSANAU<br>COURTHOUSE RM 105<br>CHALMETTE LA 70043 |
| CREDITOR ID: 240664-06<br>PARISH OF ST BERNARD GOVERNMENT<br>8201 W JUDGE PEREZ  DR<br>CHALMETTE LA 70043 | CREDITOR ID: 268631-31<br>PARISH OF ST BERNARD WATER & SEWER<br>ATTN: CHRIS GREGUS<br>1111 E SAINT BERNARD HWY<br>CHALMETTE LA 70043-5429 | CREDITOR ID: 261631-12<br>PARISH OF ST BERNARD WATER DIST 1<br>PO BOX 1278<br>CHALMETTE, LA 70044-1278 |
| CREDITOR ID: 268234-14<br>PARISH OF ST CHARLES<br>ATTN: CLYDE A GISCLAIR<br>15045 RIVER RD<br>HAHNVILLE LA 70057-2104 | CREDITOR ID: 268632-14<br>PARISH OF ST CHARLES<br>ATTN: GREG CHAMPAYNE<br>15045 RIVER RD<br>HAHNVILLE LA 70057-2104 | CREDITOR ID: 261640-12<br>PARISH OF ST CHARLES<br>PO BOX 108<br>LULING, LA 70070 |
| CREDITOR ID: 261636-12<br>PARISH OF ST CHARLES BORROMEO<br>13396 RIVER RD<br>DESTREHAN, LA 70047 | CREDITOR ID: 377148-44<br>PARISH OF ST CHARLES SCHOOL BOARD<br>PO BOX 46<br>LULING LA 70070-0046 | CREDITOR ID: 261641-12<br>PARISH OF ST CHARLES SCHOOL BOARD<br>SALES TAX DEPARTMENT<br>13855 RIVER ROAD<br>LULING LA 70070 |
| CREDITOR ID: 261642-12<br>PARISH OF ST CHARLES SHERIFF<br>PO BOX 426<br>HAHNVILLE, LA 70057 | CREDITOR ID: 258034-12<br>PARISH OF ST MARY<br>SALE & USE TAX DEPT<br>PO BOX 1142<br>MORGAN CITY, LA 70381 | CREDITOR ID: 258035-12<br>PARISH OF ST MARY SHERIFF&TAX COLL<br>PO BOX 60061<br>FRANKLIN LA 70060-0061 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258037-12<br>PARISH OF ST TAMMANY<br>PO BOX 808<br>SALES & USE TAX DIVISION<br>SLIDELL, LA 70459-0808 | CREDITOR ID: 240623-06<br>PARISH OF ST TAMMANY<br>LICENSE TAX DEPT<br>P O BOX 1229<br>SLIDELL LA 70458 | CREDITOR ID: 258038-12<br>PARISH OF ST.CHARLES TAX COLLECTOR<br>PO BOX 440<br>PROPERTY TAX<br>HAHNVILLE, LA 70057-0440 |
| CREDITOR ID: 268812-14<br>PARISH OF TENSAS ASSESSOR OFFICE<br>ATTN IRBY GAMBLE<br>210 HANCOCK<br>SAINT JOSEPH LA 71366 | CREDITOR ID: 403526-15<br>PARISH OF TENSAS SHERRIFF'S DEPT<br>ATTN KERRY GREGORY<br>PO BOX 138<br>ST JOSEPH LA 71366 | CREDITOR ID: 258039-12<br>PARISH OF TERREBONNE<br>SALES AND USE TAX DEPT<br>PO BOX 670<br>HOUMA LA 70361 |
| CREDITOR ID: 241207-11<br>PARISH OF TERREBONNE<br>SALES & USE TAX DEPT.<br>PO BOX 670<br>HOUMA, LA 70361-0670 | CREDITOR ID: 318475-42<br>PARISH OF TERREBONNE<br>TAX COLLECTOR<br>COURTHOUSE<br>HOUMA LA 70361-1670 | CREDITOR ID: 268228-14<br>PARISH OF UNION<br>ATTN: TERRY BAKER<br>100 E BAYOU ST STE 103<br>FARMERVILLE LA 71241-2843 |
| CREDITOR ID: 268229-31<br>PARISH OF WEBSTER<br>ATTN: JIMMY HART<br>532 CRICHTON RD<br>SIBLEY LA 71073-2948 | CREDITOR ID: 376514-44<br>PARISH SALES TAX FUND<br>SALES & USE TAX<br>PO BOX 670<br>HOUMA, LA 70631-0670 | CREDITOR ID: 258040-12<br>PARISH SALES TAX FUND<br>PO BOX 670<br>SALES & USE TAX DEPT<br>HOUMA, LA 70361-0670 |
| CREDITOR ID: 268230-14<br>PARISH ST BERNARD SLS TAX DIV<br>ATTN: SHERIFF JACK STEVENS<br>2 COURTHOUSE SQ<br>CHALMETTE LA 70043-4771 | CREDITOR ID: 258041-12<br>PARISH WATER CO INC<br>PO BOX 96003<br>BATON ROUGE, LA 70896-9003 | CREDITOR ID: 249224-12<br>PARISH, EVANGELINE<br>TAX COMMISSION<br>PO BOX 367<br>VILLE PLATTE, LA 70586 |
| CREDITOR ID: 374859-44<br>PARISH, EVANGELINE<br>PO BOX 367<br>VILLE PLATTE, LA 70586-0367 | CREDITOR ID: 390125-54<br>PARISOT, LUCIENNE<br>11440 SW 18TH CT<br>MIRAMAR, FL 33025 | CREDITOR ID: 393580-55<br>PARISOT, LUCIENNE<br>C/O LAW OFICE OF JEFFREY A NUSSBAUM<br>ATTN JEFFREY A NUSSBAUM, ESQ<br>4800 SW 64TH AVE., STE. 103<br>DAVIE FL 33314 |
| CREDITOR ID: 376515-44<br>PARK AVENUE<br>3901 RAVENSWOOD ROAD<br>SUITE 101<br>DANIA, FL 33312 | CREDITOR ID: 258042-12<br>PARK AVENUE OFFICES SERVICES<br>ATTN: CARNE HACKER, VP<br>3901 RAVENSWOOD RD, STE 101<br>DANIA BEACH, FL 33312 | CREDITOR ID: 405330-95<br>PARK AVENUE OFFICES SERVICES<br>1967 TIGERTAIL BOULEVARD<br>DANIA FL 33004 |
| CREDITOR ID: 382315-51<br>PARK CITY GROUP<br>PO BOX 4000<br>PARK CITY, UT 84060 | CREDITOR ID: 258043-12<br>PARK CITY GROUP INC<br>PO BOX 5000<br>333 MAIN STREET<br>PARK CITY, UT 84060-5000 | CREDITOR ID: 258044-12<br>PARK ELEMENTARY<br>201 GILBERT DR<br>NEW IBERIA, LA 70560 |
| CREDITOR ID: 258045-12<br>PARK FINANCE OF BROWARD INC<br>C/O RONALD R TORRES ESQ<br>15327 NW 60TH AVENUE<br>SUITE 215<br>MIAMI LAKES FL 33014 | CREDITOR ID: 258046-12<br>PARK FOREST MIDDLE SCHOOL<br>3760 ALETHA DR<br>BATON ROUGE, LA 70814 | CREDITOR ID: 268231-31<br>PARK MAINTENANCE CENTER<br>ATTN: FORD LEE<br>210 NEW ST<br>GREENVILLE NC 27834-1964 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258047-12<br>PARK PLAZA LLC<br>% REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 |
| CREDITOR ID: 384281-47<br>PARK PLAZA SHOPPING CTR LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 | CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW ORLEANS LA 70124-0005 | CREDITOR ID: 268232-31<br>PARK REC BOARD CITY FAYETTE<br>ATTN: LANCE HOLLIMAN<br>102 2ND AVE SE<br>FAYETTE AL 35555-2708 |
| CREDITOR ID: 258049-12<br>PARK SLOPE DEVELOPMENT CORP<br>C/O PRINCIPAL MUTUAL LIFE INS<br>REF NO 750413<br>PO BOX 10387<br>DES MOINES IA 50306 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>ATTN: LENARD THYLAN, PRES.<br>369 LEXINGTON AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 258050-12<br>PARK ST PARTNERS LLP DBA CORPCARE<br>PO BOX 640384<br>CINCINNATI OH 45264-0384 |
| CREDITOR ID: 258051-12<br>PARK VIEW SQUARE LTD<br>300 SOUTHEAST 2ND STREET<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 258052-12<br>PARKER BROS INC<br>C/O ROB ROBINSON COLDWELL BANKER<br>1 CORPORATE DRIVE SUITE 2N<br>PALM COAST FL 32137 | CREDITOR ID: 258053-12<br>PARKER DARDEN HEATING & AC INC<br>201 S MAIN STREET<br>PO BOX 475<br>FRANKLIN VA 23851-0475 |
| CREDITOR ID: 258054-12<br>PARKER GLASS & DOOR SERVICE<br>2212 LAKEWOOD DRIVE<br>BRANDON, FL 33510 | CREDITOR ID: 258055-12<br>PARKER METAL CORP<br>PO BOX 15052<br>WORCESTER, MA 01615-0052 | CREDITOR ID: 258056-12<br>PARKER PIRATES CHEERLEADING BOOSTER<br>3472B HUNT COURT<br>TAFB FL 32403 |
| CREDITOR ID: 258057-12<br>PARKER SALES & SERVICE<br>225 LEGION ROAD<br>DALLAS GA 30132 | CREDITOR ID: 258058-12<br>PARKER UTILITY DEPARTMENT<br>PO BOX 10619<br>PARKER, FL 32404-1745 | CREDITOR ID: 258059-12<br>PARKER WRECKER SERVICE<br>PO BOX 1112<br>GREENWOOD MS 38935-1112 |
| CREDITOR ID: 387318-54<br>PARKER, CAROLE<br>5818 FRONTIER LANE<br>ORLANDO, FL 32839 | CREDITOR ID: 391898-55<br>PARKER, CAROLE<br>C/O: TERE LOPEZ-PADILLA<br>BEST C. ANDERSON P.A.<br>1201 E ROBINSON STREET<br>ORLANDO FL 32812 | CREDITOR ID: 385913-54<br>PARKER, CHELSEY (MINOR)<br>605 NW 177TH STREET #229<br>MIAMI, FL 33169 |
| CREDITOR ID: 385913-54<br>PARKER, CHELSEY (MINOR)<br>605 NW 177TH STREET<br>MIAMI, FL 33169 | CREDITOR ID: 391152-55<br>PARKER, CHELSEY (MINOR)<br>C/O: MARK LEEDS<br>44 WEST FLAGLER ST.<br>SUITE 1600<br>MIAMI FL 33130 | CREDITOR ID: 391152-55<br>PARKER, CHELSEY (MINOR)<br>C/O: MARK LEEDS<br>633 S FEDERAL HWY, 8TH FL<br>SUITE 1600<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 385719-54<br>PARKER, EUPHROSYNE<br>112 NW 33 COURT<br>GAINESVILLE, FL 32607 | CREDITOR ID: 390999-55<br>PARKER, EUPHROSYNE<br>C/O SCHACKOW & MERCADANTE, PA<br>ATTN STEPHEN MERCADANTE, ESQ<br>112 NW 33RD CT<br>GAINESVILLE FL 32607 | CREDITOR ID: 393036-55<br>PARKER, JOSEPH R<br>C/O PAMELA JO HATLEY PA<br>ATTN: PAMELA JO HATLEY, ESQ<br>PO BOX 47477<br>TAMPA FL 33647 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389166-54<br>PARKER, JOSEPH R<br>36402 MONROE DRIVE<br>ZEPHYRHILLS, FL 33541 | CREDITOR ID: 386702-54<br>PARKER, LARRY D<br>2482 CAMP CREEK RD<br>LANCASTER SC 29720 | CREDITOR ID: 399556-82<br>PARKER, MARTHA<br>1223 YORK STREET NE  APT 5-B<br>AIKEN  SC 29801 |
| CREDITOR ID: 256192-12<br>PARKER, MICHAEL A<br>6690 CHURCH STREET<br>RIVERDALE GA 30274 | CREDITOR ID: 407057-MS<br>PARKER, ROBERT L.<br>8879 BENSON PIKE<br>BAGDAD KY 40003 | CREDITOR ID: 393474-55<br>PARKER, SAMUEL (MINOR)<br>C/O JONATHAN SURECK<br>JONATHAN E SURECK, ATTY AT LAW<br>P.O. BOX 54783<br>ATLANTA GA 30308 |
| CREDITOR ID: 389942-54<br>PARKER, SAMUEL (MINOR)<br>215 LAKEVIEW TRAIL<br>COVINGTON, GA 30016 | CREDITOR ID: 394231-56<br>PARKER, SARAH<br>2155 12TH STREET<br>APT 10<br>JACKSONVILLE, FL 32209-5257 | CREDITOR ID: 397839-76<br>PARKER, ZARETTE<br>C/O BOGIN MUNNS & MUNNS, PA<br>ATTN JOSEPH N LOTT, ESQ<br>2601 TECHNOLOGY DRIVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 397759-73<br>PARKER, ZARETTE<br>315 JAXSO PLACE<br>ORLANDO, FL 32805 | CREDITOR ID: 397839-76<br>PARKER, ZARETTE<br>1805 KIMBERLY JEANNE CIRCLE 1916<br>ORLANDO, FL 32703 | CREDITOR ID: 258060-12<br>PARKERS AUTO & TRUCK SERVICE INC<br>PO BOX 2038<br>CONWAY SC 29526 |
| CREDITOR ID: 258061-12<br>PARKLAND INC<br>PO BOX 847<br>JASPER AL 35502-0847 | CREDITOR ID: 258062-12<br>PARKLAND PARTNERSHIP LP<br>POST OFFICE BOX 8509<br>COLUMBIA, SC 29202 | CREDITOR ID: 2466-07<br>PARKLAND PARTNERSHIP LP<br>PO BOX 8509<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 258063-12<br>PARKS MIDDLE SCHOOL<br>1010 A ST LOUIS DR<br>ST MARTINVILLE, LA 70582 | CREDITOR ID: 258064-12<br>PARKS PRIMARY<br>PO BOX 2779<br>PARKS, LA 70582 | CREDITOR ID: 258065-12<br>PARKS PROPANE & APPLIANCE<br>PO BOX 450218<br>KISSIMMEE, FL 34715-0218 |
| CREDITOR ID: 268233-31<br>PARKS RCRATION TOURISM SC DEPT<br>ATTN: FRANK STOVALL<br>398 STATE PARK RD<br>CLINTON SC 29325-3779 | CREDITOR ID: 386709-54<br>PARKS, DONNA<br>13 RONNIE CIRCLE<br>HOLLY HILL FL 32117 | CREDITOR ID: 391655-55<br>PARKS, DONNA<br>C/O: JIM HESS<br>LANGSTON, HESS, BOLTON, ZNOSKO, HELM & A<br>111 S. MAITLAND AVE<br>SUITE 200<br>MAITLAND FL 32751 |
| CREDITOR ID: 389183-54<br>PARKS, DORA<br>1923 NW 154 ST<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 388340-54<br>PARKS, JOHN<br>2494 NE 6TH AVENUE<br>BOCA RATON, FL 33431 | CREDITOR ID: 388340-54<br>PARKS, JOHN<br>2494 NE 5TH AVENUE<br>BOCA RATON, FL 33421 |
| CREDITOR ID: 258066-12<br>PARKVIEW BAPTIST<br>5750 PARKVIEW CHURCH RD<br>BATON ROUGE, LA 70810 | CREDITOR ID: 258067-12<br>PARKVIEW SQUARE OWNER CORP<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST SUITE 1625<br>CHICAGO, IL 60603 | CREDITOR ID: 1689-RJ<br>PARKVIEW SQUARE OWNER CORPORATION<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315886-40<br>PARKWAY PLAZA<br>PO BOX 1152<br>BARBOURVILLE, KY 40906-1152 | CREDITOR ID: 258069-12<br>PARKWAY PROMADE<br>PO BOX 10658<br>JEFFERSON, LA 70181 | CREDITOR ID: 258070-12<br>PARKWAY WRECKER SERVICE INC<br>PO BOX 468<br>TALLAHASSEE, FL 32302 |
| CREDITOR ID: 258071-12<br>PARKWOOD PLAZA INC<br>C/O COLDWELL BANKERS COMMERCIAL NRT<br>901 N LAKE DESTINY DR SUITE 110<br>MAITLAND FL 32751 | CREDITOR ID: 258072-12<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS, OH 43215-2568 | CREDITOR ID: 258073-12<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O H J BROWN COMPANIES<br>7667B LAKE WORTH ROAD<br>LAKEWORTH, FL 33467 |
| CREDITOR ID: 1691-RJ<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O HJ BROWN COMPANIES<br>7667B LAKE WORTH ROAD<br>LAKEWORTH, FL 33467 | CREDITOR ID: 258074-12<br>PARMALAT CANADA BAKERY DIVISION<br>PO BOX 60641<br>ST LOUIS, MO 63160-0641 | CREDITOR ID: 258075-12<br>PARMALAT USA CORP<br>PO BOX 7247-8996<br>PHILADELPHIA, PA 19170-8996 |
| CREDITOR ID: 243389-12<br>PARMER, BETH A<br>6300 FLAT ROCK ROAD<br>APT D<br>COLUMBUS GA 31907 | CREDITOR ID: 385315-54<br>PARNELL, JESS<br>3213 RODDY<br>FORT WORTH, TX 76123 | CREDITOR ID: 390623-55<br>PARNELL, JESS<br>C/O: JEFFERY KAITCHER<br>LOE, WALLEN, ROSENFIELD, KAITLER & HIBBS<br>4420 WEST VICKOLY BLVD.<br>FORT WORTH TX 76107 |
| CREDITOR ID: 387810-54<br>PARR, LUCILLE<br>812 SOUTH 33RD<br>LOUISVILLE, KY 40211 | CREDITOR ID: 392136-55<br>PARR, LUCILLE<br>C/O: JOHN P. PLYMIRE, ESQ.<br>LAW OFFICES OF JOHN P. PLYMIRE, PLC<br>PO BOX 248<br>LOUISVILLE KY 40201-0848 | CREDITOR ID: 392150-55<br>PARRA, ANA<br>C/O: JOSE GARCIA<br>PARRISH & UDOWYCHENKO<br>116 AMERICA STREET<br>ORLANDO FL 32801-3689 |
| CREDITOR ID: 386651-54<br>PARRA, XIOMARA<br>4186 CANAL 9 ROAD<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 391631-55<br>PARRA, XIOMARA<br>C/O: MARCOS GONZALEZ, ESQ.<br>GONZALEZ & PORCHER, P.A.<br>2328 10TH AVE N<br>SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 386248-54<br>PARRIS, ANTHONY<br>191 SOUTH WEST EWING AVENUE<br>PORT ST LUICE FL 34983 |
| CREDITOR ID: 388535-54<br>PARRIS, MAURICE<br>19825 SW 134TH CT<br>MIAMI, FL 33177 | CREDITOR ID: 392611-55<br>PARRIS, MAURICE<br>C/O: RONALD RODMAN<br>FRIEDMAN RODMAN & FRANK, P.A.<br>3636 W. FLAGLER ST<br>MIAMI FL 33135 | CREDITOR ID: 403874-94<br>PARRIS, MICHAEL W<br>P.O. BOX 45<br>CHOCCOLOCCO AL 36254 |
| CREDITOR ID: 258076-12<br>PARRISH TIRE COMPANY<br>PO BOX 890558<br>CHARLOTTE NC 28289-0558 | CREDITOR ID: 268235-31<br>PARRISH WATER WORKS<br>ATTN: JAMES MINOR<br>1275 MAIN DR<br>PARRISH AL 35580 | CREDITOR ID: 407058-MS<br>PARRISH, ROBERT C<br>2601 N SHERWOOD DRIVE<br>VALDOSTA FL 31602 |
| CREDITOR ID: 258077-12<br>PARROT-BROCK CLEANERS<br>2707 SO. PRESTON<br>LOUISVILLE KY 40217-2401 | CREDITOR ID: 386727-54<br>PARSELLS, JENNIFER<br>457 SE 218TH AVE<br>OLD TOWN FL 32680 | CREDITOR ID: 258078-12<br>PARSLEY'S GENERAL TIRE<br>2006 N MAIN ST<br>LONDON KY 40741-1045 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**        **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407059-MS<br>PARSON, CLIFTON D.<br>538 ELMNER DR.<br>MARS HILL NC 28754 | CREDITOR ID: 258079-12<br>PARSONS DISPATCH INC<br>1528 W SUNSET SUITE C<br>SPRINGDALE AR 72764 | CREDITOR ID: 407060-MS<br>PARSONS, JAMES<br>4138 COUNTY RD. 14<br>UNION SPRINGS AL 36089 |
| CREDITOR ID: 388997-54<br>PARSONS, JUDY<br>9901 E FOWLER APT 1<br>THONOTOSASSA, FL 33592 | CREDITOR ID: 392898-55<br>PARSONS, JUDY<br>C/O: MICHAEL LARRINAGA, ESQ.<br>MR. MICHAEL LARRINAGA, ESQUIRE<br>5025 EAST FOWLER AVE., STE 14<br>TAMPA FL 33617 | CREDITOR ID: 388280-54<br>PARSONS, LISA<br>3234 TINDELL RD<br>COTTONDALE FL 32431 |
| CREDITOR ID: 390212-54<br>PARSONS, MIKE<br>564 SAM LOVE RD.<br>ROCKY FACE GA 30740 | CREDITOR ID: 407061-MS<br>PARSONS, WILLIAM A<br>1815 NORWAY DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 245049-12<br>PARTIN, CHARLES M<br>1935 DALLAS<br>CINCINNATI OH 45239 |
| CREDITOR ID: 388430-54<br>PARTIN, GERALDINE<br>3540 USINA RD<br>SAINT AUGUSTINE, FL 32084 | CREDITOR ID: 392527-55<br>PARTIN, GERALDINE<br>C/O: RICHARD A STAGGARD ESQ<br>FARAH, FARAH, & ABBOTT, P.A.<br>1301 PLANTATION ISLAND DRIVE<br>SUITE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 399266-72<br>PARTNERING GROUP, THE<br>2675 S. BAYSHORE DRIVE<br>COCONUT GROVE, FL 33133 |
| CREDITOR ID: 383109-51<br>PARTNERS<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS, MO 63043 | CREDITOR ID: 407524-15<br>PARTNERS GROUP, THE<br>ATTN PAUL TALMADGE, PRES<br>270 PEACHTREE STREET, SUITE 1050<br>ATLANTA GA 30303 | CREDITOR ID: 389731-54<br>PARTON, BRENDA<br>132 OAKWOOD DR<br>BELMONT NC 28012 |
| CREDITOR ID: 393358-55<br>PARTON, BRENDA<br>C/O: WILLIAM ACTON, JR<br>DEVORE ACTION & STAFFOR<br>245 THE ADDISON BUILDING<br>831 E MOREHEAD ST<br>CHARLOTTE NC 28202 | CREDITOR ID: 385513-54<br>PARTRIDGE, PHYLESHIA<br>12100 SW 220 STREET<br>MIAMI, FL 33170 | CREDITOR ID: 390812-55<br>PARTRIDGE, PHYLESHIA<br>C/O: ELLIOTT HEYWOOD LUCAS<br>LAW OFFICES LUCAS V. RENICK, P.A.<br>211 NORTH KROME AVENUE<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 262867-12<br>PARTS STORE, THE<br>DBA EQUIPMENT SALES<br>PO BOX 7393<br>MOBILE, AL 36670 | CREDITOR ID: 397815-75<br>PARTS STORE, THE DBA EQUIPMENTSALES<br>PO BOX 7393<br>MOBILE, AL 36670 | CREDITOR ID: 258080-12<br>PARTS WASHER SERVICES<br>ATTN: STEVE P PITRE, GEN MGR<br>PO BOX 720777<br>BYRAM, MS 39272-0777 |
| CREDITOR ID: 405331-95<br>PARTS WASHER SERVICES<br>PO BOX 1353<br>CLINTON MS 39060 | CREDITOR ID: 258081-12<br>PARTSCO<br>PO BOX 10928<br>JACKSONVILLE FL 32247-0928 | CREDITOR ID: 387206-54<br>PARZYCH, DONNA<br>1007 WEST RIVERA BLVD.<br>OVIEDO, FL 32765 |
| CREDITOR ID: 391793-55<br>PARZYCH, DONNA<br>TROUTMAN, WILLIAMS, IRVIN, ET AL<br>ATTN TERRY MCCAMIE<br>311 W FAIRBANKS AVE<br>WINTER PARK FL 32789 | CREDITOR ID: 407661-93<br>PASCAGOULA PAROPERTIES, LTC<br>N O M PROPERTIES INC.<br>1689 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 407671-93<br>PASCAGOULA PROPERTIES, LTD<br>OLDACRE, NEWTON OLDACRE MCDONALD<br>ATTN: LEASING DEPARTMENT<br>PO BOX 680176<br>PRATTVILLE AL 36068 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258082-12<br>PASCAGOULA UTIL<br>PO BOX 908<br>PASCAGOULA, MS 39567 | CREDITOR ID: 386886-54<br>PASCAL, COLLINS<br>1382 BROOKWOOD FOREST<br>APT 614-W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 258083-12<br>PASCHALL TRUCK LINES INC<br>PO BOX 1889<br>MURRAY, KY 42071 |
| CREDITOR ID: 389459-54<br>PASCHALL, EDWARD<br>117 WALDEN AVE<br>FITZGERALD GA 31750 | CREDITOR ID: 268237-31<br>PASCO DEVELOPMENT CORP<br>ATTN: CHARLES PASCHALL<br>725 GA HIGHWAY 96<br>BONAIRE GA 31005-3355 | CREDITOR ID: 258086-12<br>PASCO MIDDLE SCHOOL<br>13925 14TH STREET<br>DADE CITY, FL 33525-4007 |
| CREDITOR ID: 258087-12<br>PASKERT DISTRIBUTING CO<br>9318 FLORIDA PALM DRIVE<br>TAMPA, FL 33619 | CREDITOR ID: 405332-95<br>PASKERT DISTRIBUTING CO<br>4707 TRANSPORT DR  BLDG 5<br>TAMPA FL 33605 | CREDITOR ID: 378302-15<br>PASKERT DISTRIBUTING, INC<br>C/O KASS SHULER SOLOMON ET AL<br>ATTN LARRY FOYLE ESQ<br>1505 N FLORIDA AVENUE<br>PO BOX 800<br>TAMPA FL 33601 |
| CREDITOR ID: 382061-36<br>PASKERT DISTRIBUTING, INC<br>LARRY M FOYLE<br>KASS, SHULER, SOLOMON, SPECTOR,<br>FOYLE & SINGER PA<br>1505 N FLORIDA AVE<br>TAMPA FL 33602-2613 | CREDITOR ID: 279258-35<br>PASKERT DISTRIBUTING, INC.<br>KASS SCHULER SOLOMON SPECTOR ET AL<br>ATTN LARRY M FOYLE<br>1505 N FLORIDA AVENUE<br>TAMPA FL 33602-2613 | CREDITOR ID: 269291-16<br>PASKOWITZ, LAURENCE D.<br>PASKOWITZ & ASSOCIATES<br>60 EAST 42ND STREET<br>46TH FLOOR<br>NEW YORK, NY 10165 |
| CREDITOR ID: 268238-31<br>PASS CHRISTIAN CITY OF<br>ATTN: MICHEAL PAVLISICK<br>200 W NORTH ST<br>PASS CHRISTIAN MS 39571-3711 | CREDITOR ID: 258089-12<br>PASS CHRISTIAN ELEMENTARY PTO<br>703 W NORTH STREET<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 258090-12<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND, MS 39158 |
| CREDITOR ID: 258091-12<br>PASS ROAD ELEMENTARY SCHOOL<br>37 PASS RD<br>GULFPORT, MS 39507 | CREDITOR ID: 386541-54<br>PASSALACQUA, RITA<br>102 PARKLANE EAST<br>HYPOLUXO FL 33462 | CREDITOR ID: 391570-55<br>PASSALACQUA, RITA<br>C/O: JOSHUA VOLPE-TAX ID#59-1825711<br>JOSHUA VOLPE<br>1630 SOUTH CONGRESS AVE<br>PALM SPRINGS FL 33461 |
| CREDITOR ID: 392594-55<br>PASSINO, DURA K<br>C/O FINDLER & FINDLER<br>ATTN BRETT K FINDLER, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 388513-54<br>PASSINO, DURA K<br>630 SNUG HARBOR GARDEN #C3<br>BOYNTON BEACH, FL 33435 | CREDITOR ID: 390279-54<br>PASTERS, JOSHUA<br>P.O. BOX 1103<br>CALLAHAN FL 32011 |
| CREDITOR ID: 403404-92<br>PASTOR, KIM<br>64 ANNA DRIVE<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 258093-12<br>PAT SALVAGGIO<br>4929 YORK STREET<br>APT 1021<br>METAIRIE LA 70001 | CREDITOR ID: 258094-12<br>PATCO<br>1101 PRESSLEY RD<br>CHARLOTTE NC 27217 |
| CREDITOR ID: 258095-12<br>PATCO UNLIMITED<br>PO BOX 1428<br>MERIDIAN, MS 39302 | CREDITOR ID: 258096-12<br>PATE STEVEDORE CO INC<br>PO BOX 12781<br>PENSACOLA FL 32591-2781 | CREDITOR ID: 407062-MS<br>PATE, CHRISTIAN<br>507 LITHIA WAY<br>BRANDON FL 33511 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**  **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388483-54<br>PATE, CINDY<br>16828 PARTRICH ROAD<br>BUHL, AL 35446 | CREDITOR ID: 392894-55<br>PATE, JEFFREY W<br>CORY, WATSON, CROWDER & DEGARIS, PC<br>ATTN G RICK DIGIORGIO, ESQ<br>2131 MAGNOLIA AVENUE<br>BIRMINGHAM AL 35205 | CREDITOR ID: 388993-54<br>PATE, JEFFREY W<br>161 EDEN ACRES<br>PELL CITY, AL 35125 |
| CREDITOR ID: 258097-12<br>PATEL SINGH<br>1697 GLENHAVEN CIRCLE<br>OCOEE FL 34761 | CREDITOR ID: 400864-91<br>PATEL, JAGDIP K<br>125 WOODLAKE CIRCLE<br>LAKEWORTH FL 33463 | CREDITOR ID: 403877-94<br>PATEL, NILESHBHAI K<br>1818 WESTMINSTER CT<br>LAKELAND FL 33809 |
| CREDITOR ID: 384309-47<br>PATEL, RAVI J MD<br>1811 MANNING DRIVE<br>VIDALIA, GA 30474-8921 | CREDITOR ID: 259275-12<br>PATEL, RAVI J MD<br>504 MAPLE DRIVE<br>PO BOX 1870 **PREVIOUS ADDRESS**<br>VIDALIA, GA 30475-1870 | CREDITOR ID: 406121-97<br>PATEL, RAVI J MD<br>PO BOX 1870<br>VIDALIA GA 30475-1870 |
| CREDITOR ID: 403878-94<br>PATEL, VINODBHAI<br>569 S. LONGVIEW PLACE<br>LONGWOOD FL 32779 | CREDITOR ID: 258098-12<br>PATHCON LABORATORIES<br>270 SCIENTIFIC DR STE 3<br>NORCROSS, GA 30092 | CREDITOR ID: 258099-12<br>PATHOLOGY GROUP OF LOUISIANA<br>PO BOX 84030<br>BATON ROUGE, LA 70884-4030 |
| CREDITOR ID: 258100-12<br>PATIENT FIRST<br>LOCKBOX # 4661<br>PO BOX 85080<br>RICHMOND, VA 23285-4661 | CREDITOR ID: 258101-12<br>PATIENT FIRST SHORT PUMP<br>3370 PUMP ROAD<br>RICHMOND, VA 23233 | CREDITOR ID: 258102-12<br>PATIENTS FIRST NORTH<br>3258 NORTH MONROE ST<br>TALLAHASSEE, FL 32303 |
| CREDITOR ID: 400190-86<br>PATIN, JENNIFER ELIZABETH<br>655 MARIA ANTOINETTE, # 449<br>LAFAYETTE LA 70583 | CREDITOR ID: 385580-54<br>PATINA, SALLY<br>4606 PALM BEACH CANAL ROAD<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 390875-55<br>PATINA, SALLY<br>C/O ERIC PINTALUGA, ESQUIRE<br>LAW OFFICES OF KANNER & PINTALUGA<br>5124 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 258103-12<br>PATRICE S FORD<br>2205 B GRUFFRIAS AVENUE<br>METAIRIE LA 70001 | CREDITOR ID: 258104-12<br>PATRICIA A HOPE<br>68 HUNTER LANE<br>RINGGOLD GA 30736 | CREDITOR ID: 258105-12<br>PATRICIA A MANLEY<br>161 ROCKY RIDGE DRIVE<br>HELENA AL 35080 |
| CREDITOR ID: 258106-12<br>PATRICIA A SIGMON<br>2465 24TH AVENUE NE<br>HICKORY NC 28601 | CREDITOR ID: 258107-12<br>PATRICIA BREVARD<br>1680 MCCONIHE STREET<br>JACKSONVILLE FL 32209 | CREDITOR ID: 258111-12<br>PATRICIA CHAPPELL<br>4712 VIRGINIA LOOP ROAD<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 258112-12<br>PATRICIA CLARK C/O KARL WELCOME<br>2339 OLIVET STREET<br>APT# 2<br>LEESBURG FL 34748 | CREDITOR ID: 258114-12<br>PATRICIA E LANDRY<br>11532 HOOPER ROAD<br>BATON ROUGE LA 70818 | CREDITOR ID: 258116-12<br>PATRICIA G SAENZ<br>4450 W 16 AVENUE<br>APT # 422<br>HIALEAH FL 33012 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 258118-12
PATRICIA KELLEY
307 NEWTON DRIVE
MIDFIELD AL 35228

CREDITOR ID: 258119-12
PATRICIA KENDRICK
1207 DALLAS DRIVE
THOMSON GA 30824

CREDITOR ID: 258120-12
PATRICIA L BOTT
4089 THE FENWAY
MULBERRY FL 33860

CREDITOR ID: 258121-12
PATRICIA LUCAS
3734 S BERN DRIVE
BAY CITY MI 48706

CREDITOR ID: 258122-12
PATRICIA MORGAN
125 AD DRIVE
DALLAS NC 28034

CREDITOR ID: 258123-12
PATRICIA NELUNA
12913 4 OAK ROAD
TAMPA FL 33624-0701

CREDITOR ID: 258124-12
PATRICIA OR MARSHALL WEIGEL
C/O ZEISLER & ZEISLER LLP
1100 THIRD ST
SAN RAFAEL, CA 94901-3019

CREDITOR ID: 258125-12
PATRICIA POWELL
2673 GUNNELLS LANE
ANNISTON AL 36201

CREDITOR ID: 258127-12
PATRICIA SANDERS
PO BOX 524
ST PETERSBURG FL 33731

CREDITOR ID: 258128-12
PATRICIA SMITH
PO BOX 814
AVON PARK FL 33825

CREDITOR ID: 258129-12
PATRICIA SPAHR
102 KEENE DRIVE
TRAVELERS REST SC 29690

CREDITOR ID: 258132-12
PATRICIA WILCOX WILDER
1324 SUNSET BLVD
DAYTONA BEACH, FL 32117

CREDITOR ID: 258133-12
PATRICIA WINDORF
3236 E 9TH STREET
LYNN HAVEN FL 32444

CREDITOR ID: 258134-12
PATRICIA YOUNGBLOOD
PO BOX 2
GARIN GA 30808

CREDITOR ID: 258136-12
PATRICK ALLEN GARAGE DOOR CO
2407 A STREET
MERIDIAN MS 39301

CREDITOR ID: 258137-12
PATRICK B SCOTT
34 MURFIELD VILLAGE COURT
SUMMERVILLE SC 29483

CREDITOR ID: 258138-12
PATRICK CUDAHY INC
PO BOX 8905
ONE SWEET APPLE-WOOD LANE
CUDAHY WI 53110

CREDITOR ID: 258141-12
PATRICK HAYDEN
PO BOX 51059
NEW ORLEANS LA 70151

CREDITOR ID: 258142-12
PATRICK J RAGAN
14575 NE 21ST BOX 166
SILVER SPRINGS FL 34488

CREDITOR ID: 258143-12
PATRICK L MALDARELLI JR
8009 NW 100TH DRIVE
TAMARAC FL 33321

CREDITOR ID: 258144-12
PATRICK M LENGENDRE
1613 NW 17TH AVENUE
FORT LAUDERDALE FL 33305

CREDITOR ID: 258145-12
PATRICK R GRIFFIN
2560 NORTHVIEW AVENUE
AUGUSTA GA 30904

CREDITOR ID: 258146-12
PATRICK TOBIN
9253 123RD AVE NORTH
LARGO FL 33773

CREDITOR ID: 386544-54
PATRICK, MICHAEL
P O BOX 5432
FORT OGLETHORPE GA 30742

CREDITOR ID: 391572-55
PATRICK, MICHAEL
C/O: PHILLIP STRAING
2901 EAST 48TH STREET
CHATTANOOGA TN 37407

CREDITOR ID: 392525-55
PATRICK, SANDRA J
C/O MELVIN G. COOPER
COOPER & ASSOCIATES
178 MAIN ST, STE 104 -NY BUILDING
BILOXI MS 39530

CREDITOR ID: 388427-54
PATRICK, SANDRA J
231 SOUTH ABRAMS AVENUE
PICAYUNE, MS 39466

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385499-54<br>PATRICK, TIFFANY<br>2178 WOODSIDE ST<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 390799-55<br>PATRICK, TIFFANY<br>C/O: LLOYD S MANUKIAN ESQ.<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 258148-12<br>PATRIOT FREIGHT SYSTEMS<br>5795 S E US HWY 41<br>JASPER, FL 32052 |
| CREDITOR ID: 258149-12<br>PATRIOT SERVICE<br>45089 SEMINOLE TRAIL<br>ATTN EDWARD STANCAVAGE<br>CALLAHAN, FL 32011 | CREDITOR ID: 395701-65<br>PATRIOT SERVICE<br>45215 SEMINOLE TRAIL<br>CALLAHAN, FL 32011 | CREDITOR ID: 388996-54<br>PATRON, JESSICA<br>3121 VILLAGE BLVD, APT 307<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 392897-55<br>PATRON, JESSICA<br>C/O LESSER, LESSER, LANDRY & SMITH<br>ATTN C REID BIERER, ESQ<br>375 SOUTH COUNTY ROAD, SUITE 220<br>PALM BEACH FL 33480 | CREDITOR ID: 258150-12<br>PATSY E BAGGETT<br>8209 FAYETTEVILLE HWY<br>GODWIN NC 28344 | CREDITOR ID: 268239-14<br>PATSY HEFFNER TAX COLLECTION<br>ATTN: PATSY HEFFNER<br>360 N BEAUMONT AVE<br>KISSIMMEE FL 34741-5125 |
| CREDITOR ID: 269211-16<br>PATTEN, ALVIN<br>C/O JOHN F HARDAWAY<br>1338 PICKENS STREET<br>COLUMBIA, SC 29201 | CREDITOR ID: 258152-12<br>PATTERSON SCALE & REST. EQUIP.<br>1310 EDISON AVE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 385434-54<br>PATTERSON, AUDETTE<br>8421 ABERDEEN ROAD<br>NEW ORLEANS, LA 70127 |
| CREDITOR ID: 390738-55<br>PATTERSON, AUDETTE<br>C/O MOLLERE, FLANAGAN & LANDRY, LLC<br>ATTN J KENDALL RATHBURN, ESQ<br>2341 METAIRIE ROAD<br>PO BOX 247<br>METAIRIE LA 70004-0247 | CREDITOR ID: 389081-54<br>PATTERSON, CARMEN<br>1810 RUTLAND ST<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 392972-55<br>PATTERSON, CARMEN<br>C/O: KELLY L KESTER ESQ<br>GLANTZ & GLANTZ, P.A.<br>7951 S.W. 6TH STREET<br>SUITE 200<br>PLANTATION FL 33324 |
| CREDITOR ID: 385454-54<br>PATTERSON, CLAUDE<br>988 WEST 4TH STREET<br>ST AUGUSTINE, FL 32084 | CREDITOR ID: 390756-55<br>PATTERSON, CLAUDE<br>C/O BARNES BARNES & COHEN PA<br>ATTN CHALMERS H BARNES, ESQ<br>2426 MAYPORT ROAD, SUITE 1<br>JACKSONVILLE FL 32233 | CREDITOR ID: 374843-44<br>PATTERSON, ERIK L<br>4233 N ISLAND ROAD<br>PACE, FL 32571 |
| CREDITOR ID: 388499-54<br>PATTERSON, EVELINE<br>203 SOUTHBRIDGE CIRCLE<br>KISSIMMEE, FL 34744 | CREDITOR ID: 392582-55<br>PATTERSON, EVELINE<br>C/O: JAMES B. KELLY, III<br>SALAZAR & KELLY LAW GROUP, P.A.<br>2587 N. ORANGE BLOSSOM TRAIL<br>KISSIMMEE FL 34744 | CREDITOR ID: 391042-55<br>PATTERSON, FELICIA<br>C/O: JOHN B AGNETTI<br>HOFFMAN, LARIN, AGNETTI AND HOFFMAN, PA<br>909 NORTH MIAMI BEACH BLVD<br>SUITE 201<br>MIAMI FL 33162-3712 |
| CREDITOR ID: 386461-54<br>PATTERSON, JAMES<br>PO BOX 262<br>DENTON TX 76202 | CREDITOR ID: 407063-MS<br>PATTERSON, KENNETH A.<br>2116 MELLOR LANE<br>MARIETTA GA 30064 | CREDITOR ID: 394194-56<br>PATTERSON, LARRY<br>819 GLENDALE ST<br>ADEL, GA 31620 |
| CREDITOR ID: 387328-54<br>PATTERSON, MARIA<br>1808 BATES AVENUE<br>EUSTIS, FL 32726 | CREDITOR ID: 406165-15<br>PATTERSON, MILDRED S<br>1334 SUNBURY DRIVE<br>FORT MYERS FL 33901 | CREDITOR ID: 388646-54<br>PATTERSON, RICKY<br>27 QUAIL DR<br>GREENVILLE GA 30222 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392696-55<br>PATTERSON, RICKY<br>C/O: PERRY D. ELLIS, ESQ.<br>LAW OFFICE OF PERRY D. ELLIS PC<br>1355 PEACHTREE ST NE<br>SUITE 450<br>ATLANTA GA 30309 | CREDITOR ID: 387258-54<br>PATTERSON, RUFUS<br>7945 ORPHANAGE RD<br>ROCKWELL, NC 28138 | CREDITOR ID: 391843-55<br>PATTERSON, RUFUS<br>C/O: MICHAEL DORAN, ESQUIRE<br>DORAN, SHELBY, PETHEL AND HUDSON, P.A.<br>PO BOX 4479<br>SALISBURY NC 28144 |
| CREDITOR ID: 258154-12<br>PATTI CAKE THE CLOWN<br>ATTN PAT LAMBE<br>PO BOX 293<br>HAW RIVER NC 27258 | CREDITOR ID: 258156-12<br>PATTIE A LEWIS<br>352 PINELAND ROAD<br>MABLETON GA 30126 | CREDITOR ID: 258157-12<br>PATTON & DIX<br>PO BOX 962  HWY 90<br>FITZGERALD, GA 31750 |
| CREDITOR ID: 258158-12<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 243512-12<br>PATTON, BILL J<br>830 RANSDELL ROAD<br>LOUISBURG NC 27549 |
| CREDITOR ID: 407064-MS<br>PATTON, WILLIAM L<br>4411 WINDSOR OAKS CR.<br>MARIETTA GA 30066 | CREDITOR ID: 258159-12<br>PATTY ONEAL<br>108 DREW AVENUE<br>SANFORD FL 32771-3934 | CREDITOR ID: 258160-12<br>PAUL  MOORING<br>PO BOX 724<br>PIKESVILLE NC 27863 |
| CREDITOR ID: 316099-41<br>PAUL & ELEANOR SADE TRUSTEES<br>585 PT SAN PEDRO RD<br>SAN  RAFAEL CA 94901 | CREDITOR ID: 258161-12<br>PAUL BAILEYS RADIO HOSPITAL<br>227 MADISON AVE<br>PO BOX 161<br>MONTGOMERY AL 36104 | CREDITOR ID: 258162-12<br>PAUL BREAUX MIDDLE PTC<br>1400 S ORANGE ST<br>LAFAYETTE, LA 70508 |
| CREDITOR ID: 258163-12<br>PAUL C RICCARDI<br>1224 13TH AVENUE NORTH<br>LAKE WORTH FL 33460 | CREDITOR ID: 258164-12<br>PAUL D CAMPBELL DIST INC<br>PO BOX 1282<br>CONCORD NC 28026-1282 | CREDITOR ID: 258165-12<br>PAUL D GOSSETT<br>11767 OSPREY POINTE CIRCLE<br>WELLINGTON FL 33467 |
| CREDITOR ID: 258166-12<br>PAUL DEMEZA<br>402 EL GRECO DRIVE<br>BRANDON FL 33511 | CREDITOR ID: 258167-12<br>PAUL DYE<br>12066 CARIAGE HOUSE LANE<br>#14<br>PONCHATOULA LA 70454 | CREDITOR ID: 268240-31<br>PAUL E BURLESON HOME IMPR<br>ATTN: PAUL E BURLESON<br>8238 HILLSVILLE RD<br>SOPHIA NC 27350-8172 |
| CREDITOR ID: 258168-12<br>PAUL GIROLAMO<br>1801 CAMBRIDGE AVENUE<br>APT C-20<br>READING PA 19610-2670 | CREDITOR ID: 258170-12<br>PAUL ISSAC<br>149 JANET DRIVE<br>AVONDALE LA 70094 | CREDITOR ID: 258172-12<br>PAUL J MONAHAN<br>22367 SW 65 AVENUE<br>BOCA RATON FL 33428-0601 |
| CREDITOR ID: 258173-12<br>PAUL J MORRISON<br>807 ROBERTA CIRCLE<br>FLORENCE SC 29505 | CREDITOR ID: 258175-12<br>PAUL KENNEDY<br>22226 CLIFF AVENUE SOUTH<br># 204<br>DES MOINES WA 98198 | CREDITOR ID: 258177-12<br>PAUL MUELLER CO<br>PO BOX 503537<br>ST LOUIS, MO 63150-3537 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279032-32 | CREDITOR ID: 258178-12 | CREDITOR ID: 258179-12 |
| PAUL MUELLER COMPANY | PAUL ODOM MD | PAUL P CONSTANTIN |
| ATTN BRAD REYNOLDS, CR MGR | PO BOX 725 | 205 JOHN WYTHE PLACE |
| PO BOX 828 | WATER VALLEY MS 38965 | WILLIAMSBURG VA 23185 |
| SPRINGFIELD MO 65801-0828 | | |
| | | |
| CREDITOR ID: 258181-12 | CREDITOR ID: 258182-12 | CREDITOR ID: 258183-12 |
| PAUL PIAZZA & SON INC | PAUL PUCKETT | PAUL ROWELL ROOFING & SHEET METAL |
| PO BOX 52049 | 3110 DAVIESS STREET | 25 SUNFLOWER RD |
| NEW ORLEANS, LA 70152-2049 | OWENSBORO KY 42303 | FOXWORTH MS 39483 |
| | | |
| CREDITOR ID: 278536-24 | CREDITOR ID: 258184-12 | CREDITOR ID: 258185-12 |
| PAUL S. ELKIN, ESQ. | PAUL TIBERIO | PAUL V RAMIREZ |
| 1201 CENTRAL PARK BOULEVARD | 1352 ADA LANE | PO BOX 20192 |
| FREDERICKSBURG VA 22401 | NAPERVILLE IL 60540 | BATON ROUGE LA 70894 |
| | | |
| CREDITOR ID: 258186-12 | CREDITOR ID: 258187-12 | CREDITOR ID: 382435-51 |
| PAUL WHITFIELD | PAUL WILBUR MOWDY | PAUL, CARRIE |
| 574 S W CARTER AVENUE | 4638 QUAIL RUN ROAD | 17305 E. CASPIAN PLACE |
| PORT SAINT LUCIE FL 34983 | MERIDIAN MS 39307 | AURORA, CO 80013 |
| | | |
| CREDITOR ID: 388815-54 | CREDITOR ID: 392768-55 | CREDITOR ID: 261952-12 |
| PAUL, DIANE | PAUL, DIANE | PAUL, STEPHEN |
| 6385 W LIBERTY LANE | C/O: JOEL R EPPERSON ESQ | 366 CRESTBEND LANE |
| HOMOSASSA, FL 34448 | EPPERSON & RICH, P.A. | POWDER SPRINGS, GA 30127 |
| | 8401 J.R. MANOR DR. | |
| | STE. 100 | |
| | TAMPA FL 33634-1400 | |
| | | |
| CREDITOR ID: 381148-47 | CREDITOR ID: 258188-12 | CREDITOR ID: 258189-12 |
| PAULA D'AGOSTINO | PAULA ELENDT | PAULA MARTINEZ PAYTON |
| 12179 SW 50TH COURT | 1501 LEICESTER | 420 WOODVALE RD |
| COOPER CITY, FL 33330 | GARLAND TX 75044 | PRATTVILLE AL 36067 |
| | | |
| CREDITOR ID: 258190-12 | CREDITOR ID: 258196-12 | CREDITOR ID: 258197-12 |
| PAULA PEMBLE | PAULINA ELEMENTARY | PAULINE COOK |
| 201 S BAHAMA AVENUE | PO BOX 99 | 718 8TH STREET |
| MARCO ISLAND FL 34145 | PAULINA, LA 70763 | NEW ORLEANS LA 70115 |
| | | |
| CREDITOR ID: 258198-12 | CREDITOR ID: 258199-12 | CREDITOR ID: 389321-54 |
| PAULINE GREAVES | PAULINE S DORCIN | PAULINOI, JUAN |
| 1016 STAGHORNE | 622 CONVENANT DRIVE | 899 DALLAS WAY |
| WELLINGTON FL 33414 | BELLE GLADE, FL 33430 | LAWRENCEVILLE GA 30045 |
| | | |
| CREDITOR ID: 393136-55 | CREDITOR ID: 258200-12 | CREDITOR ID: 258201-12 |
| PAULINOI, JUAN | PAULS FLEET SERVICE | PAULS GLASS SERVICE |
| C/O: DANIEL J. BASTAN, ESQ. | 465 PUNCH LOOP CIRCLE | 201 EAST 2ND STREET |
| CASTAN & LECCA PC | CONOVER NC 28613 | CROWLEY, LA 70526 |
| 1770 RESURGENS PLAZA | | |
| 945 E. PACES FERRY ROAD | | |
| ATLANTA GA 30326 | | |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258202-12<br>PAVILLION FOODS INC DBA PALM SUPPLY<br>4635 PANORAMA AVENUE<br>HOLIDAY FL 34690 | CREDITOR ID: 376561-44<br>PAVILLION FOODS INC.<br>D/B/A PALM SUPPLY<br>4635 PANORAMA AVENUE<br>HOLIDAY, FL 34690 | CREDITOR ID: 1695-07<br>PAW CREEK CROSSING<br>C/O LAT PURSER & ASSOCIATES<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 376562-44<br>PAW CREEK CROSSING LLP<br>C/O LAT PURSER & ASSOCIATES<br>P O BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 397920-76<br>PAWLICKI, ALICE<br>13205 LAMIRADA CIRCLE<br>WELLINGTON, FL 33414 | CREDITOR ID: 258205-12<br>PAXAR AMERICAS INC<br>PO BOX 116779<br>ATLANTA, GA 30368-6779 |
| CREDITOR ID: 407597-15<br>PAXAR AMERICAS INC<br>C/O PAXAR CORPORATION<br>ATTN RUSSELL K SCHNEIDER, CREDIT<br>PO BOX 608<br>DAYTON OH 45401 | CREDITOR ID: 405340-95<br>PAXAR AMERICAS INC<br>PO BOX 101726<br>ATLANTA GA 30392-1726 | CREDITOR ID: 279259-35<br>PAXAR AMERICAS INC.<br>ATTN: LAWRENCE T. BURICK<br>2000 COURTHOUSE PLAZA, N.E.<br>P.O. BOX 8801<br>DAYTON OH 45401 |
| CREDITOR ID: 269332-16<br>PAY CENTERS, LLC<br>5535 MEMORIAL DRIVE, SUITE F-357<br>HOUSTON, TX 77007 | CREDITOR ID: 258206-12<br>PAYLESS EQUIPMENT COMPANY<br>6362 EAST HANNA AVENUE<br>TAMPA FL 33610 | CREDITOR ID: 397228-67<br>PAYLESS SHOES<br>PO BOX 3590<br>TOPEKA, KS 66601 |
| CREDITOR ID: 407065-MS<br>PAYMENT JR., PHILIP H.<br>520 CARAWAY CT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 258207-12<br>PAYMENT PROCESSING CENTER<br>PO BOX 1595<br>JACKSON, MS 39215-1595 | CREDITOR ID: 386941-54<br>PAYNE, CATHERINE J<br>2519 ST ANN STREET<br>OWENSBORO KY 42303 |
| CREDITOR ID: 374645-44<br>PAYNE, DENNIS H JR<br>SAV DIV STORE 2715<br>890 OLD SPRING WAY<br>SUGAR  HILL, GA 30518 | CREDITOR ID: 386697-54<br>PAYNE, KENNETH J<br>320 JAMERSON RD SOUTH<br>DANVILLE VA 24540 | CREDITOR ID: 388398-54<br>PAYNE, MARCUS<br>676 S. LITTLE JOHN AVE<br>INVERNESS, FL 34450 |
| CREDITOR ID: 392497-55<br>PAYNE, MARCUS<br>C/O: R. WESLEY BRADSHAW<br>BRADSHAW & MOUNTJOY, P.A.<br>209 COURTHOUSE SQUARE<br>INVERNESS FL 34450 | CREDITOR ID: 389149-54<br>PAYNE, RICKELLE (MINOR)<br>2076 WATERS DR<br>MARRERO, LA 70072 | CREDITOR ID: 387557-54<br>PAYNTER, JOHN<br>3503 SHANNON ROAD<br>ALBANY GA 31721 |
| CREDITOR ID: 387525-54<br>PAZ, MARITZA<br>9989 SW 77TH AVENUE, PENTHOUSE<br>MIAMI FL 33156-2661 | CREDITOR ID: 392032-55<br>PAZ, MARITZA<br>C/O: CLIFFORD R. MERMELL<br>GILLIS, MERMELL & PACHECO, PA<br>9350 S. DIXIE HWY., STE. 1520<br>MIAMI FL 33156 | CREDITOR ID: 258208-12<br>PB LEINER<br>PO BOX 5281<br>DES MONIES, IA 50306-5281 |
| CREDITOR ID: 258209-12<br>PBI MEDIA, LLC<br>1201 SEVEN LOCKS ROAD<br>POTOMAC MD 20854 | CREDITOR ID: 258210-12<br>PBM PRODUCTS INC<br>PO BOX 932103<br>ATLANTA GA 31193-2103 | CREDITOR ID: 407461-99<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403213-99<br>PC WOO INC DBA MEGA TOYS<br>C/O LEE & ROSENBERGER<br>ATTN: GREGG A RAPOPORT<br>135 W GREEN ST, STE 100<br>PASADENA CA 91105 | CREDITOR ID: 258211-12<br>PC WOO INC DBA MEGA TOYS<br>6443 E SLAUSON AVE<br>COMMERCE, CA 90040 | CREDITOR ID: 258212-12<br>PCG INC<br>3526 SANCTUARY BLVD<br>JACKSONVILLE BEACH, FL 32250 |
| CREDITOR ID: 258213-12<br>PCIA<br>500 MONTGOMERY STREET<br>SUITE 700<br>ALEXANDRIA VA 22314-1561 | CREDITOR ID: 381805-48<br>PCMT AVIATION LLC<br>ATTN WILL LANGMANN<br>300 SKY PARK DR, STE 224<br>MONTEREY CA 93940 | CREDITOR ID: 403344-83<br>PDA INC.<br>PO BOX 9230<br>FT. WORTH TX 76147-2230 |
| CREDITOR ID: 258214-12<br>PDA JACKSONVILLE<br>230 ARLINGTON ROAD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 381500-47<br>PDA PROPERTY DAMAGE APPRAISERS<br>PO BOX 9230<br>FT WORTH, TX 76147-2230 | CREDITOR ID: 268242-31<br>PDC LAND COMPANY LLC<br>ATTN: DEAN MUELLER<br>325 COUNTY RD 380<br>PICKWICK DAM TN 38365 |
| CREDITOR ID: 268243-14<br>PDK BOOKKEEPPING<br>ATTN: PATSY KORNAHRENS<br>202 WILSON DR<br>SUMMERVILLE SC 29483-3032 | CREDITOR ID: 258215-12<br>PDX INC<br>PO BOX 120494<br>DEPT 0494<br>DALLAS, TX 75312-0494 | CREDITOR ID: 382311-51<br>PDX, INC.<br>101 JIM WRIGHT FREEWAY STH., #200<br>FORT WORTH, TX 76108-2252 |
| CREDITOR ID: 383107-51<br>PDX/NHIN<br>101 JIM WRIGHT FREEWAY S, SUITE 200<br>FORT WORTH, TX 76108-2252 | CREDITOR ID: 258216-12<br>PE USA<br>PO BOX 62067<br>CINCINNATI, OH 45262 | CREDITOR ID: 257876-12<br>PE VALVE COMPANY INC<br>ATTN JULIE SMITH<br>PO BOX 15369<br>ASHEVILLE, NC 28813-0369 |
| CREDITOR ID: 268244-31<br>PEACE COMMUNITY DEV CORP<br>ATTN: JOSE RODRIGUEZ<br>13078 SW 132ND CT<br>MIAMI FL 33186-5842 | CREDITOR ID: 258217-12<br>PEACE OF MIND<br>PO BOX 58006<br>RALEIGH NC 27658 | CREDITOR ID: 258218-12<br>PEACE RIVER<br>PO BOX 730<br>ARCADIA, FL 34265 |
| CREDITOR ID: 258219-12<br>PEACE RIVER CITRUS PRODUCTS<br>PO BOX 915236<br>ORLANDO, FL 32891-5236 | CREDITOR ID: 279033-32<br>PEACE RIVER CITRUS PRODUCTS<br>ATTN: ANDREW TAYLOR, VP OF FINANCE<br>382 BEACHLAND BLVD., SUITE 300<br>VERO BEACH FL 32963 | CREDITOR ID: 384283-47<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 |
| CREDITOR ID: 279034-32<br>PEACE RIVER DISTRIBUTING, INC.<br>ATTN: JEANETTE DEPTULA, VP<br>9400 PIPER ROAD<br>PUNTA GORDA FL 33982 | CREDITOR ID: 258220-12<br>PEACE RIVER ELECTRICAL CORP<br>PO BOX 1310<br>WAUCHULA, FL 33873 | CREDITOR ID: 268246-31<br>PEACE RVR MANASOTA RGNL WATER<br>ATTN: PATRICK LEHMAN<br>8998 SW COUNTY ROAD 769<br>ARCADIA FL 34269-8197 |
| CREDITOR ID: 258221-12<br>PEACH EXPRESS<br>189 JACKSONVILLE HIGHWAY<br>FITZGERALD, GA 31750 | CREDITOR ID: 258222-12<br>PEACH ORCHARD CENTER<br>2743 PERIMETER PARKWAY<br>BLDG 100 SUITE 370<br>AUGUSTA, GA 30909 | CREDITOR ID: 1696-RJ<br>PEACH ORCHARD CENTER<br>2743 PERIMETER PARKWAY<br>BUILDING 100 SUITE 370<br>AUGUSTA, GA 30909 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 278537-24
PEACH ORCHARD CENTER LLC
3152 WASHINGTON ROAD
AUGUSTA GA 30907

CREDITOR ID: 258223-12
PEACH STATE INSTRUMENTS
ATTN: DANIEL W JACKSON, PRES
PO BOX 9189
MARIETTA, GA 30065

CREDITOR ID: 268247-31
PEACHTREE CY WTR SEWERAGE AUTH
ATTN: LARRY TURNER
1127 HIGHWAY 74 S
PEACHTREE CITY GA 30269-3019

CREDITOR ID: 725-03
PEACHTREE NATURAL GAS
PO BOX 740554
ATLANTA GA 30374-0554

CREDITOR ID: 258224-12
PEACHTREE PARKWAY PLAZA
C/O MCW RC GA PEACHTREE PARKWAY
PO BOX 534276
ATLANTA, GA 30353-4276

CREDITOR ID: 1697-RJ
PEACHTREE PARKWAY PLAZA
C/O MCW RC GA PEACHTREE PKWY
PO BOX 534276
ATLANTA, GA 30353-4276

CREDITOR ID: 268248-31
PEACOCK BROTHERS ENT INC
ATTN: DENNIS PEACOCK
1583 BEND OF THE RIVER RD
ELM CITY NC 27822-7938

CREDITOR ID: 258225-12
PEACOCK EMBROIDERY & SILKSCREENING
12232 SOUTHWEST 128TH STREET
MIAMI FL 33186

CREDITOR ID: 243904-12
PEACOCK, BRENDA M
PIKE COUNTY DISTRICT COURT
120 W CHURCH STREET
TROY AL 36081

CREDITOR ID: 400869-91
PEACOCK, JOHN C
P.O. BOX 613
BLOUNTSTOWN FL 32424

CREDITOR ID: 382309-51
PEAK
9200 BERGER ROAD
COLUMBIA, MD 21046

CREDITOR ID: 399709-53
PEAK OIL/BAY DRUM
SR 574
TAMPA FL 33619

CREDITOR ID: 258226-12
PEAK TECHNOLOGIES INC
PO BOX 8500 (S-4955)
PHILADELPHIA, PA 19178-4955

CREDITOR ID: 382182-51
PEAK10
8810 LENOX POINT DRIVE
CHARLOTTE, NC 28273

CREDITOR ID: 407066-MS
PEAR, THOMAS
1570 KENNESAW DR
CLERMONT FL 34711-6871

CREDITOR ID: 258227-12
PEARCE OIL COMPANY
C/O MECKLENBURG COUNTY
GENERAL DISTRICT COURT
1294 JEFFERSON STREET
BOYDTON, VA 23917

CREDITOR ID: 260361-12
PEARCE, SAMMY
100 BRUTON DRIVE
CHAPEL HILL, NC 27516

CREDITOR ID: 258228-12
PEARL BRITTAIN INC
ATTN CYNTHIA FLETCHER
1422 BURTONWOOD DRIVE
GASTONIA, NC 28054

CREDITOR ID: 1698-07
PEARL BRITTAIN INC
ATTN: CYNTHIA FLETCHER
1422 BURTONWOOD DRIVE
GASTONIA, NC 28054

CREDITOR ID: 2469-07
PEARL BRITTAIN, INC.
ATTN:  MR. JOSEPH PEARSON
710 SOUTH MARIETTA STREET
GASTONIA NC 28052

CREDITOR ID: 258229-12
PEARL RAMSLAND
44021 VISTA ROAD
ISLE MN 56342

CREDITOR ID: 268250-31
PEARL RIVER BASIN DEV DST
ATTN: SANDY ENTREKIN
135 D LO PARK RD
MENDENHALL MS 39114

CREDITOR ID: 268249-31
PEARL RIVER BASIN DEV DST
ATTN: MIKE DAVIS
2304 RIVERSIDE DR
JACKSON MS 39202-1355

CREDITOR ID: 258230-12
PEARL RIVER CENTRAL  ELEMENTARY
7306 HWY 11
CARRIERE, MS 39426

CREDITOR ID: 258231-12
PEARL RIVER CENTRAL HIGH SCHOOL
7407 HWY 11
CARRIERE, MS 39426

CREDITOR ID: 258232-12
PEARL RIVER CENTRAL JUNIOR HIGH
7391 HWY 11
CARRIERE, MS 39426

CREDITOR ID: 258234-12
PEARL RIVER JR HIGH SCHOOL
65343 HIGHWAY 41
PEARL RIVER LA 70452

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 268251-31
PEARL RIVER VALLEY OPPORTUNITY
ATTN: DONEATER MACK
101 WAREHOUSE DR
LAUREL MS 39440-5857

CREDITOR ID: 381502-47
PEARL RIVER VALLEY WATER SUPPLY DISTRICT
PO BOX 2180
RIDGELAND, MS 39158

CREDITOR ID: 258236-12
PEARL WEATHERS
970 HOPKINS DRIVE
KANNAPOLIS NC 28081

CREDITOR ID: 407067-MS
PEARL, RONALD W.
525 BUTLER ST.
WINDMERE FL 34786

CREDITOR ID: 258237-12
PEARLIE L MCPHEE
2488 NW 43RD STREET
MIAMI FL 33142

CREDITOR ID: 258238-12
PEARLINE GREEN
2330 SKYLARS MILL WAY
SNELLVILLE GA 30078

CREDITOR ID: 1486-07
PEARLMAN, JEROME H AND FAITH  TR
C/O JEROME H AND FAITH PERLMAN
828 WOODACRES ROAD
SANTA MONICA CA 90402

CREDITOR ID: 384284-47
PEARLSTINE DIST INC
4550 GAYNOR STREET
CHARLESTON, SC 29406

CREDITOR ID: 258239-12
PEARSON CANDY CO
CM 9624
ST PAUL, MN 55170-9624

CREDITOR ID: 258240-12
PEARSON EDUCATION
PO BOX 409479
ATLANTA, GA 30384-9479

CREDITOR ID: 258241-12
PEARSON PUMP SALES & SER
PO BOX 1254
GOLDSBORO NC 27530-1254

CREDITOR ID: 268252-31
PEARSON WJ INC
ATTN: WAYMAN J PEARSON
4800 MAPLE KNOLL DR
CHARLOTTE NC 28212-4736

CREDITOR ID: 244688-12
PEARSON, CARRIE L
133 WOODLAND DRIVE
SHELBY AL 35143

CREDITOR ID: 389050-54
PEARSON, CONSUELO
C/O MARK WRIGHT, ATTORNEY
P.O BOX 2177
JACKSONVILLE, FL 32301

CREDITOR ID: 392948-55
PEARSON, CONSUELO
C/O: MARK H. WRIGHT, ESQUIRE
GIBBONS, COHN, NEUMAN, BELLO, ET AL
3321 HENDERSON BOULEVARD
TAMPA FL 33609

CREDITOR ID: 386464-54
PEARSON, JOANN
1332 MARSH HEN DRIVE
JACKSONVILLE FL 32218

CREDITOR ID: 391515-55
PEARSON, JOANN
C/O: MICHAEL E. SEELIE, P.A.
MICHAEL E. SEELIE, P.A.
1101 BLACKSTONE BLDG.
233 EAST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 388466-54
PEARSON, RODERICK
3760 HUNTING FISH RD
MONTGOMERY, AL 36116

CREDITOR ID: 407068-MS
PEARSON, RONALD J.
3526 SANCTUARY BLVD.
JACKSONVILLE FL 32250

CREDITOR ID: 258242-12
PEARSON-MARZIAN INC
501 EAST ST CATHERINE
LOUISVILLE KY 40203

CREDITOR ID: 258243-12
PEART ENTERPRISES INC
DRUG TESTING CONSORTIUM
102 E MAPLE AVENUE
EUNICE, LA 70535

CREDITOR ID: 258244-12
PEART PLUMBING CO
214 TWIN LAKES ROAD
ROCK HILL SC 29732

CREDITOR ID: 386400-54
PEASE, ANN
15955 EDGEFIELD ROAD
WELLINGTON FL 33414

CREDITOR ID: 391473-55
PEASE, ANN
C/O: NINA SACHS
FINDLER & FINDLER, P.A.
3 HARVARD CIRCLE
SUITE 100
WEST PALM BEACH FL 33406

CREDITOR ID: 243908-12
PEASE, BRENDA
12985 MANDARIN PT LANE
JACKSONVILLE, FL 32223

CREDITOR ID: 393179-55
PEAVY, KENNETH R
C/O: ROCKY BABSON
R. JAMES BABSON, JR., P.C.
1720 PEACHTREE STREET, N.W.
SUITE 336
ATLANTA GA 30309

CREDITOR ID: 407069-MS
PEAY, STEPHEN B
4801 HADDON COURT
RALEIGH NC 27606

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258245-12<br>PECAN DELUXE CANDY COMPANY<br>PO BOX 848066<br>DALLAS, TX 75284-8066 | CREDITOR ID: 258246-12<br>PECAN PARK ELEMENTARY PTO<br>504 HANLEY RD<br>OCEAN SPRINGS, MS 39564 | CREDITOR ID: 258248-12<br>PECHINEY PLASTIC PACKAGING<br>PO BOX 730696<br>DALLAS TX 75373-0696 |
| CREDITOR ID: 258247-12<br>PECHINEY PLASTIC PACKAGING<br>23069 NETWORK PLACE<br>CHICAGO IL 60673-1069 | CREDITOR ID: 392406-55<br>PECKO, SUZETTE<br>C/O DAVID M. BENENFELD<br>DAVIS M BENENFELD, PA<br>5950 WEST OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 258249-12<br>PECKS PLACE<br>101 S IRWIN AVENUE<br>OCILLA GA 31774 |
| CREDITOR ID: 407070-MS<br>PECNIK, JOHN H.<br>C/O JOHN J PECNIK<br>4457 HONEY TREE LANE EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 258250-12<br>PECO CONTROLS CORP<br>C/O BRIDGE BANK CAPITAL FIN GROUP<br>PO BOX 2759<br>SAN RAMON CA 94583 | CREDITOR ID: 258251-12<br>PECO FARMS<br>PO BOX 71273<br>CHICAGO, IL 60694-1273 |
| CREDITOR ID: 397661-72<br>PECO PALLET, INC.<br>BLDG 4 PENTHOUSE<br>29 WELLS AVENUE<br>YONKERS, NY 10701 | CREDITOR ID: 258252-12<br>PEDRINI USA INC<br>AT PEDRINI PLAZA<br>ATTN CAROL MASTROMONICA, CONTROLLER<br>500 CHURCH STREET<br>BAYPORT, NY 11705 | CREDITOR ID: 258253-12<br>PEDRO A HERNANDEZ<br>6759 NW 189 TERRACE<br>HIALEAH FL 33015 |
| CREDITOR ID: 258254-12<br>PEDRO J ROJAS<br>10221 SW 16 STREET<br>MIAMI FL 33165 | CREDITOR ID: 258255-12<br>PEDRO L JUNCO<br>230 MARGE OWENS ROAD<br>DOVER FL 33527 | CREDITOR ID: 268253-14<br>PEE DEE REG CNCL GOV INC<br>ATTN: JOHN B BROWN<br>2319 REGIONAL RD<br>FLORENCE SC 29501-7027 |
| CREDITOR ID: 258257-12<br>PEEBLES ELEMENTARY<br>4915 WEEKS ISLAND RD<br>NEW IBERIA, LA 70560 | CREDITOR ID: 242542-12<br>PEEBLES, ARLETHA A<br>3723 COUNTY 60<br>EUTAW, AL 35462 | CREDITOR ID: 397921-76<br>PEEBLES, KATIE<br>14845 HWY 11 S.<br>FOSTERS, AL 35463 |
| CREDITOR ID: 385342-54<br>PEEL, VERA<br>PO BOX 99 LION RD.<br>ETHEL, LA 70730 | CREDITOR ID: 390650-55<br>PEEL, VERA<br>C/O: MICHAEL O. HESSE<br>HESSE AND BUTTERWORTH<br>392 FERDINAND ST.<br>ST. FRANCISVILLE, LA 70775-1099 | CREDITOR ID: 258258-12<br>PEELERS DAIRY<br>PO BOX 1687<br>GAFFNEY, SC 29342 |
| CREDITOR ID: 258259-12<br>PEERLESS ELECTRONICS<br>PO BOX 3286<br>LOUISVILLE KY 40201-3286 | CREDITOR ID: 258260-12<br>PEERLESS MACHINERY CORP<br>PO BOX 73103<br>CLEVELAND OH 44193 | CREDITOR ID: 258261-12<br>PEGGY A BALSER<br>3612 LENA DRIVE<br>CHALMETTE LA 70043 |
| CREDITOR ID: 258262-12<br>PEGGY ATKINSON<br>4804 GUILDING STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 258263-12<br>PEGGY BARNES<br>1441 GERMANTOWN ROAD<br>WILKESBORO NC 28697 | CREDITOR ID: 258264-12<br>PEGGY CARTER<br>3617 35TH AVENUE<br>MERIDIAN MS 39307 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258265-12<br>PEGGY D GREENE<br>5755 DEER CREEK LANE<br>ETHEL LA 70730 | CREDITOR ID: 258266-12<br>PEGGY D HUDSON<br>1302 HALL STREET<br>MADISON FL 32340 | CREDITOR ID: 258267-12<br>PEGGY EBBERT<br>141 HIGHFIELD CIRCLE<br>ROCKY MOUNT VA 24151 |
| CREDITOR ID: 258268-12<br>PEGGY MACLAIN<br>56303 CROWN COURT<br>BRANDON MS 39042 | CREDITOR ID: 258269-12<br>PEGGY MCDANIEL<br>325 SCHOOL STREET<br>RIDGEVILLE SC 29472 | CREDITOR ID: 268254-14<br>PEGGY NETTLES TAX SERVICES LLC<br>ATTN: PEGGY NETTLES PRINCIPAL<br>1810 PEACHTREE INDUSTRIAL BLVD<br>DULUTH GA 30097-8180 |
| CREDITOR ID: 258270-12<br>PEGGY WILLIAMS<br>1028 STATE ROAD 60E<br>LAKES WALES FL 33853 | CREDITOR ID: 258271-12<br>PEGGY WOOD<br>642 C WEST 4TH STREET<br>PRATTVILLE AL 36067 | CREDITOR ID: 389070-54<br>PEGUES, DARNALA<br>3267 MCGEE LANE<br>MCCOLL, SC 29570 |
| CREDITOR ID: 392966-55<br>PEGUES, DARNALA<br>C/O: WILLIAM P. FLOYD<br>GORDON HORNE HICKS AND FLOYD PA<br>609 ATKINSON ST.<br>PO BOX 587<br>LAURINBURG NC 28353 | CREDITOR ID: 258272-12<br>PEL HUGHES PRINTING & DIRECT MAIL<br>3801 TOULOUSE STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 258273-12<br>PELHAM WATER WORKS<br>ATTN CONNIE P HARRIS<br>PO BOX 277<br>PELHAM, AL 35124-0277 |
| CREDITOR ID: 728-03<br>PELHAM WATER WORKS<br>PO BOX 277<br>PELHAM AL 35124-0277 | CREDITOR ID: 258274-12<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS LLC<br>350 BEDFORD STREET SUITE 307<br>ATTN MARK L PLAUMANN<br>STAMFORD, CT 06901 | CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 |
| CREDITOR ID: 2470-07<br>PELICAN ASSOCIATES<br>C/O INGBER & KLAPPER LLP<br>575 LEXINGTON AVENUE, 31ST FLO<br>NEW YORK NY 10022 | CREDITOR ID: 405343-95<br>PELICAN ICE & COLD STORAGE INC<br>P O BOX 23865<br>NEW ORLEANS LA 70183 | CREDITOR ID: 258276-12<br>PELICAN ICE NEW ORLEANS<br>ATTN CHERIE MCKEOUGH, AR MGR<br>711 OXLEY STREET<br>KENNER, LA 70062 |
| CREDITOR ID: 258277-12<br>PELICAN PHYSICIAN SERVICES<br>PMB 207 PO BOX 7600<br>SLIDELL LA 70459 | CREDITOR ID: 258278-12<br>PELICAN PLUMBING SUPPLY INC<br>PO BOX 23219<br>HARAHAN LA 70183 | CREDITOR ID: 258280-12<br>PELICAN WINE & SPIRITS<br>PO BOX 53333<br>NEW ORLEANS LA 70153 |
| CREDITOR ID: 384285-47<br>PELICAN WINE & SPIRITS<br>P O BOX 52822<br>NEW ORLEANS, LA 70152 | CREDITOR ID: 388005-54<br>PELICATA, SUSAN<br>101 BRINY AVENUE<br>POMPANO BEACH, FL 33062 | CREDITOR ID: 392282-55<br>PELICATA, SUSAN<br>C/O BOONE & DAVIS<br>ATTN MICHAEL S DAVIS, ESQ<br>2311 N ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 385547-54<br>PELKEY, AUDREY<br>11 HEMLOCK RADIAL PASS<br>OCALA, FL 34472 | CREDITOR ID: 390845-55<br>PELKEY, AUDREY<br>C/O: PAMELA BOUNDS OLSEN<br>BOGIN, MUNNS & MUNNS<br>2215 SE FORT KING ST.<br>OCALA FL 34471 | CREDITOR ID: 386466-54<br>PELKEY, MARIE<br>125 MILLS DR<br>COVINGTON GA 30016 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391517-55<br>PELKEY, MARIE<br>C/O SALVATORE SERIO<br>SERIO & SWILLEY<br>1805 OVERLAKE DRIVE SUITE A<br>CONYERS GA 30013 | CREDITOR ID: 258281-12<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 258282-12<br>PELLER ELECTRIC MOTOR SERVICE<br>2125 GRAND AVE<br>P O DRAWER 5755<br>MERIDIAN MS 39302 | CREDITOR ID: 258283-12<br>PELLERIN LAUNDRY MACHINERY SALES CO<br>PO BOX 1137<br>KENNER LA 70063 | CREDITOR ID: 399321-81<br>PELLETIER (MINOR), JENNIFER<br>18730 S.W. 316TH STREET<br>HOMESTEAD, FL 33030 |
| CREDITOR ID: 390565-55<br>PELLETIER, JENNIFER (MINOR)<br>C/O: MARTHA PELLETIER<br>PRO SE<br>18730 SW 316 TH STREET<br>HOMESTEAD FL 33030 | CREDITOR ID: 388568-54<br>PELLICCIO, BENJAM<br>6423 IRONSIDE DR. S.<br>JACKSONVILLE FL 32244 | CREDITOR ID: 268255-31<br>PELUCIA RURAL WATER ASSN<br>ATTN: CHARLES MIMM<br>RR 1<br>GREENWOOD MS 38930-9801 |
| CREDITOR ID: 387703-54<br>PEMBERTON, ELAINE<br>132 W. 9TH STREET<br>JACKSONVILLE FL 32206 | CREDITOR ID: 386357-54<br>PENA, JORGE<br>511 QUEENS ROAD<br>#67<br>CHARLOTTE NC 28207 | CREDITOR ID: 397105-67<br>PENA, JOSE (ENEIDA FASHIONS, INC)<br>11241 SW 40TH ST<br>MIAMI, FL 33165 |
| CREDITOR ID: 386013-54<br>PENA-BOU, MIRIAM<br>14619 142 PLACE<br>MIAMI, FL 33186 | CREDITOR ID: 391229-55<br>PENA-BOU, MIRIAM<br>C/O NEIL MARYANOFF ESQ<br>K MENESES BERNSTEIN & M ANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 400039-84<br>PENA-LOPEZ, CECILA<br>ADDRESS NOT GIVEN<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 400408-85<br>PENA-LOPEZ, CECILA<br>C/O ALAN COHN & ANGELA COHN, PA<br>ATTN ALAN W COHN, ESQ<br>1152 N UNIVERSITY DR #201<br>PENBROKE PINES FL 33024 | CREDITOR ID: 387845-54<br>PENATE, ACIEL (MINOR)<br>481 E. 36TH STREET<br>HIALEAH, FL 33013 | CREDITOR ID: 385165-54<br>PENATE, ARIEL (MINOR)<br>481 E. 36TH STREET<br>HIALEAH, FL 33013 |
| CREDITOR ID: 390514-55<br>PENATE, ARIEL (MINOR)<br>C/O: ROBERT BEHAR<br>LAW OFFICES OF ROBERT BEHAR<br>7171 CORAL WAY<br>SUITE 303<br>MIAMI FL 33155 | CREDITOR ID: 258285-12<br>PENCE LAWN CARE<br>PO BOX 2847<br>ARCADIA, FL 34265 | CREDITOR ID: 243449-12<br>PENCE, BEVERLY<br>5485 NORTHQUEST DRIVE<br>AUSTINTOWN, OH 44515 |
| CREDITOR ID: 384286-47<br>PENDER BROTHERS INC<br>PO BOX 122<br>PORT ROYAL, SC 29935 | CREDITOR ID: 258286-12<br>PENDER PACKING COMPANY<br>4520 NC HWY 133<br>ROCKY POINT NC 28457 | CREDITOR ID: 385252-54<br>PENDER, WILLIE<br>11379 PROSPERITY FARMS RD<br>PALM BEACH GARDENSS, FL 33410 |
| CREDITOR ID: 390561-55<br>PENDER, WILLIE<br>C/O: JOHN W. CARROLL<br>JOHN W. CARROLL, P.A.<br>11380 PROSPERITY FARMS RD<br>SUITE 216A<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 386912-54<br>PENDERGRASS, COREY<br>6217 CHAMPION ROAD LOT #1<br>CHATTANOOGA TN 37416 | CREDITOR ID: 400193-86<br>PENDLETON, LAQUITA<br>1930 GIBBONS DR. , #30<br>MONTGOMERY  AL 36108 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390021-54<br>PENDLETON, REGINA<br>703 HOLLY DR<br>VALDOSTA GA 31602 | CREDITOR ID: 387464-54<br>PENDLEY, SUE<br>1524 CR 23<br>VERBENA AL 36045 | CREDITOR ID: 246361-12<br>PENDRY, CLAUDETTE S<br>6513 MITFORD ROAD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 258287-12<br>PENETRA CALDWELL<br>1048 FLAT SHOALS ROAD #815<br>COLLEGE PARK GA 30349 | CREDITOR ID: 258288-12<br>PENINSULA BEVERAGE LLC<br>ATTN JOYCE FINN<br>2315 STIRLING ROAD<br>DANIA FL 33312 | CREDITOR ID: 258289-12<br>PENINSULA ENERGY SERVICES<br>ATTN THOAMS A GEOFFROY, VP<br>PO BOX 960<br>WINTER HAVEN, FL 33882-0960 |
| CREDITOR ID: 731-03<br>PENINSULA ENERGY SERVICES CO<br>PO BOX 615<br>DOVER DE 19903 | CREDITOR ID: 258290-12<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 |
| CREDITOR ID: 258291-12<br>PENINSULAR ENGINEERING &CNSTRCTN CO<br>204 E TERRACE DRIVE<br>PLANT CITY FL 33563 | CREDITOR ID: 258292-12<br>PENLEY CORPORATION<br>PO BOX 277<br>WEST PARIS ME 04289-0277 | CREDITOR ID: 258293-12<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 |
| CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 | CREDITOR ID: 381937-15<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 258294-12<br>PENN CREDIT CORPORATION<br>PROCESSING CENTER<br>PO BOX 988<br>HARRISBURG PA 17108-0988 |
| CREDITOR ID: 258295-12<br>PENN PAK INC<br>PO BOX 102616<br>ATLANTA, GA 30368-2616 | CREDITOR ID: 258296-12<br>PENN RACQUET SPORTS<br>PO BOX 53232<br>PHOENIX, AZ 85072-3232 | CREDITOR ID: 258297-12<br>PENN REFRIGERATION SERVICE<br>PO BOX 1261<br>WILKES-BARRE, PA 18703-1261 |
| CREDITOR ID: 386478-54<br>PENN, BEN<br>2438 SUMMITT RIDGE LOOP<br>MORRISVILLE NC 27560-6972 | CREDITOR ID: 407071-MS<br>PENNEY, ELWOOD L.<br>105 PHICKETT PLACE<br>WILLMINGTON NC 28409 | CREDITOR ID: 268256-31<br>PENNINGTON GAP TOWN OF<br>ATTN: MARK J SMITH<br>131 CONSTITUTION AVE<br>PENNINGTON GAP VA 24277-2633 |
| CREDITOR ID: 382062-36<br>PENNINGTON SEED, INC<br>JOE JEFFERSON<br>PO BOX 290<br>MADISON GA 30650 | CREDITOR ID: 395438-64<br>PENNINGTON SEED, INC.<br>1280 ATLANTA HIGHWAY<br>PO BOX 290<br>MADISON, GA 30650 | CREDITOR ID: 406240-G4<br>PENN-PAK INC.<br>PO BOX 290<br>MADISON GA 30650 |
| CREDITOR ID: 258298-12<br>PENNS BEST INC<br>PO BOX 932219<br>ATLANTA GA 31193-2219 | CREDITOR ID: 258299-12<br>PENNY BROWN<br>3600 CLEVELAND HWY<br>GAINESVILLE GA 30501 | CREDITOR ID: 258300-12<br>PENNY L HOLCOMBE<br>PO BOX 445<br>STOCKTON AL 36579 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258301-12<br>PENNY VINCENT<br>2421 CEDARCREST AVENUE<br>BATON ROUGE LA 70816 | CREDITOR ID: 386047-54<br>PENNY, JULIE<br>804 45TH AVE N<br>MYRTLE BEACH, SC 29577 | CREDITOR ID: 391249-55<br>PENNY, JULIE<br>C/O HEARN, BRITTAIN & MARTIN, PA<br>ATTN NATASHA M HANNA, ESQ<br>4614 OLEANDER DR<br>MYRTLE BCH SC 29577 |
| CREDITOR ID: 393039-55<br>PENNYCUFF, DEBRA ROSE<br>C/O: STEPHEN LANKES<br>FARAH, FARAH, & ABBOTT, P.A.<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 | CREDITOR ID: 389171-54<br>PENNYCUFF, DEBRA ROSE<br>1618 CHAFEE RD<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 258302-12<br>PENNYRILE PLUMBING INC<br>420 SUNNYVALE LANE<br>HOPKINSVILLE KY 42240 |
| CREDITOR ID: 258303-12<br>PENNYS AUTO CHASSIS<br>728 ST GEORGE AVE<br>JEFFERSON LA 70121-1119 | CREDITOR ID: 405345-95<br>PENOBSCOT FROZEN FOODS<br>C/O CENTURY SERVICES INC<br>8 STEELCASE ROAD WEST<br>MARKHAM ON L3R 1B2<br>CANADA | CREDITOR ID: 258304-12<br>PENOBSCOT MCCRUM LLC DBA<br>PENOBSCOT FROZEN FOODS<br>ATTN JAY Y MCCRUM<br>PO BOX 229<br>BELFAST, ME 04915-0229 |
| CREDITOR ID: 258305-12<br>PENSACOLA 1997 ASSOCIATES LLC<br>FIRST UNION NATIONAL BANK<br>PO BOX 18345<br>NEWARK, NJ 07191 | CREDITOR ID: 732-03<br>PENSACOLA AREA HOUSING COMMISSION<br>PO BOX 18370<br>PENSACOLA FL 32523-8370 | CREDITOR ID: 258306-12<br>PENSACOLA GLASS CO.<br>PO BOX 18903<br>PENSACOLA FL 32523-8903 |
| CREDITOR ID: 258307-12<br>PENSACOLA JUNIOR COLLEGE<br>1000 COLLEGE BOULEVARD<br>PENSACOLA FL 32504 | CREDITOR ID: 258308-12<br>PENSACOLA METAL FABRICATION<br>9320 UNTREINER AVE<br>PENSACOLA FL 32534 | CREDITOR ID: 258309-12<br>PENSACOLA NEWS JOURNAL<br>PO BOX 12710<br>PENSACOLA, FL 32574-2710 |
| CREDITOR ID: 258310-12<br>PENSACOLA TRUCK & TRAILER REPAIR<br>2810 MANDEVILLE LANE<br>PENSACOLA, FL 32526 | CREDITOR ID: 258311-12<br>PENTAGON PROPERTIES<br>PO BOX 47050<br>JACKSONVILLE FL 32247 | CREDITOR ID: 258312-12<br>PENTEL OF AMERICA LTD<br>PO BOX 2823<br>TORRANCE CA 90509-2823 |
| CREDITOR ID: 407722-15<br>PENZEL, MARY ANN<br>7034 N KOSTNER<br>LINCOLNWOOD IL 60712 | CREDITOR ID: 268257-31<br>PEOPLE FOR PERSISTANT POVERTY<br>ATTN: CURTIS C BRADLEY<br>47 TALLADEGA ST<br>MONROEVILLE AL 36460-1430 | CREDITOR ID: 395380-64<br>PEOPLE SOFT<br>500 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| CREDITOR ID: 734-03<br>PEOPLES GAS<br>4040 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32247-0429 | CREDITOR ID: 258314-12<br>PEOPLES MUTUAL TELEPHONE<br>C/O FAIRPOINT COMMUNICATIONS<br>PO BOX 70821<br>CHARLOTTE, NC 28272-0821 | CREDITOR ID: 240869-10<br>PEOPLES MUTUAL TELEPHONE<br>PO BOX 499<br>GRETNA VA 24557-0499 |
| CREDITOR ID: 258316-12<br>PEOPLES STATE BANK & TRUST<br>ATTN ACCOUNT ANALYSIS<br>72 EAST PARKER STREET<br>BAXLEY, GA 31513 | CREDITOR ID: 278096-23<br>PEOPLES STATE BANK & TRUST<br>ATTN: RETHA HUTTO<br>72 EAST PARKER STREET<br>BAXLEY, GA 31513 | CREDITOR ID: 258313-12<br>PEOPLE'S SUPPLY CO<br>12309 WINDWARD DRIVE<br>GULFPORT, MS 39503 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258317-12<br>PEOPLES WATER SERVICE<br>PO BOX 230<br>DONALDSONVILLE, LA 70346-0230 | CREDITOR ID: 258318-12<br>PEOPLES WATER SERVICE (FL)<br>PO BOX 4815<br>PENSACOLA, FL 32507 | CREDITOR ID: 376584-44<br>PEOPLESOFT USA INC<br>DEPT CH10699<br>PALATINE, IL 60055-0699 |
| CREDITOR ID: 268258-31<br>PEOPLESTOWN REVITALIZATION<br>ATTN: COLUMBUS WARD JR<br>1044 WASHINGTON ST SW<br>ATLANTA GA 30315-1626 | CREDITOR ID: 258319-12<br>PEPINIERE BONSAI 2000 INC<br>ATTN JANIELLE BEAUCHEMIN<br>1165 RUE ST JOSEPH<br>TINGWICK, QC JOA 1L0<br>CANADA | CREDITOR ID: 243516-12<br>PEPITONE, BILL<br>451 NORTH BLVD EAST<br>MACCLENNY, FL 32063 |
| CREDITOR ID: 381856-99<br>PEPPER HAMILTON LLP<br>ATTN: ALAN SABLE<br>500 GRANT ST, 50TH FLR<br>PITTSBURGH PA 15219-2502 | CREDITOR ID: 278812-99<br>PEPPER HAMILTON LLP<br>ATTN: I WILLIAM COHEN<br>100 RENAISSANCE CENTER 36TH FL<br>DETROIT MI 48243-1157 | CREDITOR ID: 382063-36<br>PEPPERIDGE FARM<br>MAUREEN HART<br>595 WESTPORT AVE<br>NORWALK CT 06851-4482 |
| CREDITOR ID: 258320-12<br>PEPPERIDGE FARM BREAD<br>PO BOX 95086<br>CHICAGO IL 60694-0001 | CREDITOR ID: 258321-12<br>PEPPERIDGE FARM INC-COOKIES<br>PO BOX 640758<br>PITTSBURGH, PA 15264-0758 | CREDITOR ID: 405347-95<br>PEPPERIDGE FARM INC-COOKIES<br>P O BOX 641560<br>PITTSBURG PA 15264-1560 |
| CREDITOR ID: 393261-55<br>PEPPLER, AUDREY E<br>C/O MORGAN & MORGAN, PA<br>ATTN DANIEL W SHEPPARD, ESQUIRE<br>PO BOX 9504<br>FORT MYERS FL 33906 | CREDITOR ID: 389594-54<br>PEPPLER, AUDREY E<br>13670 OVEN BIRD DR<br>FORT MYERS, FL 33908 | CREDITOR ID: 258322-12<br>PEPSI BOTTLING GROUP<br>PO BOX 75960<br>CHICAGO, IL 60675-5960 |
| CREDITOR ID: 279153-33<br>PEPSI BOTTLING VENTURES, LLC<br>C/O SMITH ANDERSON BLOUNT<br>DORSETT, MITCHELL & JERNIGAN LLP<br>PO BOX 2611<br>RALEIGH  NC 27602-2611 | CREDITOR ID: 258323-12<br>PEPSI COLA<br>PO BOX 844700<br>DALLAS, TX 75284-4700 | CREDITOR ID: 258324-12<br>PEPSI COLA BOTT CO OK&JB<br>7305 GARDEN ROAD<br>RIVERIA BEACH, FL 33404 |
| CREDITOR ID: 258334-12<br>PEPSI COLA BOTTLING<br>PO DRAWER 1009<br>ATMORE, AL 36502 | CREDITOR ID: 258333-12<br>PEPSI COLA BOTTLING<br>ATTN MARVIN G MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE, AL 36049 | CREDITOR ID: 258330-12<br>PEPSI COLA BOTTLING<br>PO BOX 75990<br>CHARLOTTE, NC 28275-0990 |
| CREDITOR ID: 258329-12<br>PEPSI COLA BOTTLING<br>PO BOX 7248 WEST STATION<br>HUNTSVILLE, AL 35807 | CREDITOR ID: 258328-12<br>PEPSI COLA BOTTLING<br>ATTN JAMES W DAVIS, CONTROLLER<br>PO BOX 3567<br>GREENVILLE, SC 29608 | CREDITOR ID: 258327-12<br>PEPSI COLA BOTTLING<br>PO BOX 1086<br>SELMA, AL 36702-1086 |
| CREDITOR ID: 258326-12<br>PEPSI COLA BOTTLING<br>HIGHWAY 43 SOUTH<br>TUSCUMBIA, AL 35674 | CREDITOR ID: 258325-12<br>PEPSI COLA BOTTLING<br>401 65TH STREET<br>TUSCALOOSA, AL 35405 | CREDITOR ID: 405349-95<br>PEPSI COLA BOTTLING<br>PO BOX 226<br>LUVERNE AL 36049 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 405348-95
PEPSI COLA BOTTLING
2838 WAKE FOREST ROAD
RALEIGH NC 27609

CREDITOR ID: 258346-12
PEPSI COLA BOTTLING CO
PO BOX 158
NEWNAN GA 30264

CREDITOR ID: 258342-12
PEPSI COLA BOTTLING CO
PO BOX 67
CONWAY, SC 29526

CREDITOR ID: 258339-12
PEPSI COLA BOTTLING CO
PO BOX 3886
FLORENCE, SC 29502

CREDITOR ID: 258338-12
PEPSI COLA BOTTLING CO
ATTN DARRELL KIGGANS, CR MGR
PO BOX 241167
CHARLOTTE, NC 28224-1167

CREDITOR ID: 258335-12
PEPSI COLA BOTTLING CO
1766 BANKHEAD HIGHWAY
WINFIELD, AL 35594

CREDITOR ID: 405350-95
PEPSI COLA BOTTLING CO
P O BOX 990
WINFIELD AL 35594

CREDITOR ID: 403486-15
PEPSI COLA BOTTLING CO OF CTRL VA
DBA VIRGINIA BEACH BEVERAGES
ATTN LORI PULLEN, CR MGR
PO BOX 9035
CHARLOTTESVILLE VA 22906

CREDITOR ID: 258341-12
PEPSI COLA BOTTLING CO.
OF HICKORY NC
ATTN MICHAEL WINGLER, CFO
PO BOX 550
HICKORY, NC 28603

CREDITOR ID: 258347-12
PEPSI COLA BOTTLING COMP
P.O. BOX 1359
ROXBORO NC 27573

CREDITOR ID: 258348-12
PEPSI COLA CO
PO BOX 2037
GULFPORT, MS 39505-2037

CREDITOR ID: 258337-12
PEPSI COLA DECATUR LLC DBA
PEPSI COLA BOTTLING CO
ATTN RODGER SHABEL, GM
PO BOX 2389
DECATUR, AL 35602

CREDITOR ID: 258349-12
PEPSI COLA GEN BOTTLERS
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO, IL 60675-1884

CREDITOR ID: 393994-99
PEPSIAMERICA INC
C/O FRANK/GECKER LLP
ATTN: JOSEPH D FRANK/MICAH R KROHN
325 N LASALLE STREET, STE 625
CHICAGO IL 60610

CREDITOR ID: 397609-99
PEPSIAMERICAS INC
C/O LOWENSTEIN SANDLER PC
ATTN: ANUSIA GAYER/BRUCE NATHAN
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

CREDITOR ID: 279086-32
PEPSIAMERICAS, INC.
3501 ALGONQUIN ROAD
ROLLING MEADOWS IL 60008-3103

CREDITOR ID: 278841-29
PEPSICO
ATTN: SCOTT JOHNSON, 3B.110
7701 LEGACY
PLANO TX 75024

CREDITOR ID: 278682-99
PEPSICO & SUBSIDIARIES
ATTN: MARTY SCAMINACI
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 279311-99
PEPSICO & SUBSIDIARIES
ATTN: SCOTT JOHNSON
7701 LEGACY DR 38-109
PLANO TX 75024

CREDITOR ID: 382064-36
PEPSI-COLA BOTTLING CO OF HICKORY, NC, INC.
C/O MICHAEL WINGLER
2401 14TH AVE. CIRCLE NW
HICKORY NC 28601

CREDITOR ID: 258350-12
PEPSI-COLA BOTTLING CO.
PO BOX 1490
CORBIN, KY 40702

CREDITOR ID: 382065-36
PEPSI-COLA BOTTLING COMPANY
PEPSI-COLA DECATUR, LLC
RODGER SHABEL
P.O. BOX 2389
DECATUR AL 35602

CREDITOR ID: 279260-35
PEPSI-COLA BOTTLING COMPANY OF
CHARLOTTE, INC
ATTN: DARRELL M KIGGANS
PO BOX 241167
CHARLOTTE NC 28224-1167

CREDITOR ID: 258351-12
PEPSI-COLA OF HAMILTON
2580 BOBMEYER ROAD
HAMILTON OH 45015

CREDITOR ID: 258352-12
PEPSI-SEVEN UP BOTTLING
LOCATION 0405
CINCINNATI, OH 45264-0405

CREDITOR ID: 389404-54
PERALES, CRISOFORO
420 ARON WAY
WINTER GARDEN FL 34787

CREDITOR ID: 394193-56
PERALTA, GLADYS
3619 NE 207TH ST APT #2214
ADVENTURA, FL 33180

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394768-57<br>PERALTA, GLADYS<br>C/O SOUTH FL PERSONAL INJURY CENTER<br>ATTN VIRGINAIA M DROGO, ESQ<br>6363 TAFT STREET, SUITE 207<br>ATLANTA FL 33024 | CREDITOR ID: 400377-85<br>PERALTA, GLADYS<br>C/O VIRGINAIA M. DROGO, ESQ.<br>SOUTH FLORIDA PERSONAL INJURY CENTER, PA<br>6363 TAFT STREET<br>SUITE 207<br>HOLLYWOOD FL 33024 | CREDITOR ID: 387338-54<br>PERALTA, MARLYS<br>83 EMILY LANE<br>CRAWFORDVILLE, FL 32327 |
| CREDITOR ID: 393424-55<br>PERAZA, JUANITA MARIA<br>C/O: RINA KAPLAN, P.A.<br>LAW OFFICE OF RINA KAPLAN<br>2455 HOLLYWOOD BLVD; STE 205<br>HOLLYWOOD FL 33020 | CREDITOR ID: 389884-54<br>PERAZA, JUANITA MARIA<br>3671 ANVARON BLVD<br>LAUDERHILL, FL 33319 | CREDITOR ID: 258354-12<br>PERCY H BANKSTON<br>PAID THREW P CARD<br>6332 TWEKSBURY TERRACE<br>DAVIE FL 33331 |
| CREDITOR ID: 258355-12<br>PERCY J CUADRADO<br>11697 NW 2ND STREET<br>APT 204<br>MIAMI FL 33172 | CREDITOR ID: 381291-47<br>PERDIDO ELECTRIC CO INC<br>100 SOUTH PACE BLVD<br>PENSACOLA, FL 32501 | CREDITOR ID: 386020-54<br>PERDOMO, MIRIAM M<br>1057 SW 122 COURT<br>MIAMI, FL 33184 |
| CREDITOR ID: 391233-55<br>PERDOMO, MIRIAM M<br>C/O JONTIFF & JONTIFF, PA<br>ATTN SCOTT JONTIFF, ESQ<br>930 WASHINGTON AVENUE, 3D FLOOR<br>MIAMI BEACH FL 33139 | CREDITOR ID: 258357-12<br>PERDUE FARMS INC<br>PO BOX 360831<br>PITTSBURGH, PA 15251-6831 | CREDITOR ID: 405351-95<br>PERDUE FARMS INC<br>PO BOX 1537<br>SALISBURY MD 21801 |
| CREDITOR ID: 279140-33<br>PERDUE FARMS INCORPORATED<br>ATTN HAL RUNNER, CORP CREDIT MGR<br>PO BOX 1537<br>SALISBURY MD 21802-1537 | CREDITOR ID: 243048-12<br>PERDUE, BARBARA L<br>1112 T K ALLEN ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 382120-51<br>PEREGINE<br>3611 VALLEY CENTRE DRIVE<br>SAN DIEGO, CA 92130 |
| CREDITOR ID: 258358-12<br>PEREGINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>PO BOX 10387<br>DES MOINES, IA 50306-0387 | CREDITOR ID: 1703-07<br>PEREGINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>PO BOX 10387<br>DES  MOINES, IA 50306-0387 | CREDITOR ID: 258359-12<br>PEREGINE CONSULTING INC<br>1528 OXFORD STREET<br>HOUSTON, TX 77008 |
| CREDITOR ID: 2473-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET REF NO 750421<br>DES  MOINES IA 50392 | CREDITOR ID: 278539-24<br>PEREGRINE PROPERTIES LP<br>ATTN: COMMERCIAL REAL ESTATE<br>LOAN ADMINISTRATOR<br>REF. NO. 750418<br>711 HIGH STREET<br>DES MOINES IA 50392 | CREDITOR ID: 278659-25<br>PEREGRINE PROPERTIES LP<br>FIRST NATIONAL BANK<br>PO BOX 400<br>101 E. BRIDGE STREET<br>GRANBURY TX 76048 |
| CREDITOR ID: 278658-24<br>PEREGRINE PROPERTIES LP<br>DOC'S GYM INC.<br>ATTN: DR. DAVID WILLIAMS<br>1101 WALNUT CREEK DRIVE<br>MANSFIELD TX 76063 | CREDITOR ID: 278657-25<br>PEREGRINE PROPERTIES LP<br>ALLIED CAPITAL CORPORATION<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 | CREDITOR ID: 258360-12<br>PEREGRINE SYSTEMS INC<br>PO BOX 2504<br>DEL MAR CA 92014-1804 |
| CREDITOR ID: 400194-86<br>PERELES, ROSA<br>803 ALBI CT.<br>KISSIMMEE  FL 34759 | CREDITOR ID: 242877-12<br>PEREZ, AWILDA<br>5300 MACDONALD AVENUE, APT 64<br>KEYWEST FL 33040 | CREDITOR ID: 244562-12<br>PEREZ, CARLOS<br>3160 SW 21ST STREET<br>MIAMI, FL 33145 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244658-12<br>PEREZ, CAROLINE<br>780 CAMINO DE LE REINA, APT 357<br>SAN DIEGO CA 92108 | CREDITOR ID: 407530-93<br>PEREZ, DIONISIO<br>C/O ROBERT RUBENSTEIN, P.A.<br>ATTN: ERIC S SHAPIRO<br>9350 FINANCIAL CENTRE<br>9350 S DIXIE HWY., STE 1110<br>MIAMI FL 33156 | CREDITOR ID: 386003-54<br>PEREZ, DUNIA<br>1490 W. 66 ST<br>HIALEAH, FL 33012 |
| CREDITOR ID: 391222-55<br>PEREZ, DUNIA<br>C/O GOLDBERG & ROSEN, PA<br>ATTN JUDD G ROSEN ESQ<br>1101 BRICKELL AVE, SUITE 900<br>MIAMI FL 33131 | CREDITOR ID: 386304-54<br>PEREZ, EDITH<br>2349 CORAL WAY #302<br>MIAMI FL 33145 | CREDITOR ID: 391409-55<br>PEREZ, EDITH<br>C/O ROBERT FELDMAN, ESQ.<br>2350 CORAL WAY, SUITE 302<br>MIAMI FL 33145 |
| CREDITOR ID: 386835-54<br>PEREZ, EDWIN<br>95 NE 41ST STREET   APT 0220<br>OAKLAND PARK FL 33334 | CREDITOR ID: 394124-56<br>PEREZ, ELIZABETH<br>2250 NW 2ND ST<br>MIAMI, FL 33125 | CREDITOR ID: 400332-85<br>PEREZ, ELIZABETH<br>C/O HERMAN KLEMICK ESQ<br>KLEMICK & GAMPEL, P.A.<br>1953 S.W. 27TH AVE.<br>MIAMI FL 33145 |
| CREDITOR ID: 385533-54<br>PEREZ, ESTHER<br>14233 SW 49TH ST.<br>MIAMI, FL 33175 | CREDITOR ID: 390831-55<br>PEREZ, ESTHER<br>C/O FRANKLIN D KREUTZER, ESQ<br>3041 NW 7TH STREET, SUITE 100<br>MIAMI FL 33125 | CREDITOR ID: 386511-54<br>PEREZ, GILBERT<br>1005 S. NEWYORK AVE<br>APT. 6<br>LAKELAND FL 33803 |
| CREDITOR ID: 391548-55<br>PEREZ, GILBERT<br>C/O: RICHARD ROACH<br>LAW OFFICE OF RICHARD R. ROACH<br>P.O. BOX 24540<br>1625 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33802-4540 | CREDITOR ID: 385656-54<br>PEREZ, JUANA R<br>1055 W 32 ST<br>HIALEAH, FL 33012 | CREDITOR ID: 390941-55<br>PEREZ, JUANA R<br>C/O: THEODORE ENFIELD, P.A.<br>THEODORE ENFIELD, P.A.<br>19235 BISCAYNE BLVD.<br>STE. 105<br>AVENTURA FL 33180 |
| CREDITOR ID: 389891-54<br>PEREZ, LOUIS<br>406 PINERIDGE DR<br>DAVENPORT, FL 33897 | CREDITOR ID: 393431-55<br>PEREZ, LOUIS<br>C/O FLORIN -  ROEBIG, PA<br>ATTN THOMAS ROEBIG, ESQ<br>777 ALDERMAND ROAD<br>PALM HARBOUR FL 34683 | CREDITOR ID: 387093-54<br>PEREZ, MAGALI<br>5802 E. 5TH AVE<br>HIALEAH FL 33013 |
| CREDITOR ID: 387626-54<br>PEREZ, MARAIS<br>6161 WEST 24TH COURT # 104<br>HIALEAH FL 33016 | CREDITOR ID: 394214-56<br>PEREZ, MARIA C<br>8914 NW 171ST STREET<br>MIAMI LAKES, FL 33018 | CREDITOR ID: 394783-57<br>PEREZ, MARIA C<br>C/O FLORIDO & FLORIDO, PA<br>ATTN HUGO FLORIDO, ESQ<br>7950 NW 155TH STREET, SUITE 203<br>MIAMI FL 33016 |
| CREDITOR ID: 400396-85<br>PEREZ, MARIA C<br>C/O FLORIDO & FLORIDO, PA<br>ATTN HUGO FLORIDO, ESQ<br>7950 NW 155TH STREET, SUITE 203<br>MIAMI FL 33016 | CREDITOR ID: 400067-84<br>PEREZ, MARICELA<br>4812 LAKE TRAFFORD RD<br>IMMOKALEE FL 34142 | CREDITOR ID: 385878-54<br>PEREZ, MERCEDEZ<br>240 SOMBRERO RD<br>APT 12R<br>MARATHON, FL 33050 |
| CREDITOR ID: 391126-55<br>PEREZ, MERCEDEZ<br>C/O: DANIEL DAVIDOVIC<br>ASNIS & SREBNICK, P.A.<br>44 WEST FLAGLER  SUITE 2250<br>MIAMI FL 33130 | CREDITOR ID: 256292-12<br>PEREZ, MICHELLE<br>14870 SW 82ND STREET<br>MIAMI, FL 33193 | CREDITOR ID: 388361-54<br>PEREZ, NELSON<br>1084 WEST 64TH PLACE<br>HIALEAH, FL 33012 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392462-55<br>PEREZ, NELSON<br>C/O ELBERT ALFARO<br>ALFARO & FERNANDEZ, P.A.<br>13965 NW 67TH AVE.<br>MIAMI LAKES FL 33014 | CREDITOR ID: 387269-54<br>PEREZ, OLGA<br>10375 SW 40TH STREET<br>MIAMI, FL 33175 | CREDITOR ID: 391853-55<br>PEREZ, OLGA<br>C/O PAUL BERSACH, P.A.<br>PAUL BERSACH, P.A.<br>5040 NW 7TH ST, SUITE 920<br>MIAMI FL 33126 |
| CREDITOR ID: 385559-54<br>PEREZ, RAQUEL<br>2331 55TH ST SW<br>NAPLES, FL 34116 | CREDITOR ID: 385559-54<br>PEREZ, RAQUEL<br>C/O LAW OFFICES OF JOSE L LAGO PA<br>ATTN JOSE LUIS LAGO, ESQ<br>3940 WEST FLAGLER STREET<br>MIAMI FL 38134 | CREDITOR ID: 390857-55<br>PEREZ, RAQUEL<br>C/O: JOSE LUIS LAGO, ESQUIRE<br>3940 WEST FLAGLER ST.<br>MIAMI FL 33134 |
| CREDITOR ID: 386840-54<br>PEREZ, ROBERTO<br>9941 SW 200TH STREET<br>MIAMI FL 33157 | CREDITOR ID: 385747-54<br>PEREZ, SANDRA MARCELA<br>4751 N.W. 90TH AVE<br>SUNRISE, FL 33351 | CREDITOR ID: 391023-55<br>PEREZ, SANDRA MARCELA<br>C/O HERBERT F STORCH, ESQ<br>120 SOUTH UNIVERSITY DRIVE, STE F<br>PLANTATION FL 33324 |
| CREDITOR ID: 387065-54<br>PEREZ, SCOTT<br>P.O. BOX 1827<br>BRONSON FL 32621 | CREDITOR ID: 377215-44<br>PEREZ, STEVEN<br>109 TEAK ROAD<br>OCALA, FL 34472 | CREDITOR ID: 389169-54<br>PEREZ, TONY (MINOR)<br>13520 EYAS ROAD<br>ORLANDO, FL 32837 |
| CREDITOR ID: 392355-55<br>PEREZ, YADIRA<br>C/O ROBERT RUBENSTEIN LAW OFFICE<br>ATTN ROBERT RUBENSTEIN, ESQ<br>9350 S DIXIE HWY, SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 389018-54<br>PEREZ-SARDINAS, MARIA<br>PO BOX 9231<br>TAVERNIER, FL 33070 | CREDITOR ID: 392919-55<br>PEREZ-SARDINAS, MARIA<br>C/O: STEPHEN S. NUELL, ESQ.<br>NUELL & POLSKY<br>782 N.W. 42ND AVENUE<br>SUITE 345<br>MIAMI FL 33126 |
| CREDITOR ID: 258361-12<br>PERFECT SHINE INC<br>12689 LAKELAND HILLS DRIVE<br>ATTN GREG DIXON<br>NORTHPORT, AL 35475 | CREDITOR ID: 258362-12<br>PERFECTION BAKERIES<br>2100 ENTERPRISE DRIVE<br>JACKSON, MI 49203 | CREDITOR ID: 258363-12<br>PERFECTION PLUS INC<br>PO BOX 124<br>KERNERSVILLE NC 27285-0124 |
| CREDITOR ID: 258365-12<br>PERFECTION SERVICES LOUISVILLE<br>PO BOX 641202<br>CINCINNATI, OH 45264-1202 | CREDITOR ID: 258366-12<br>PERFETTI VAN MELLE<br>PO BOX 640528<br>CINCINNATI, OH 45264-0528 | CREDITOR ID: 382066-36<br>PERFETTI VAN MELLE USA INC<br>CHRISTINE TURNER<br>3645 TURFWAY RD<br>ERLANGER KY 41018 |
| CREDITOR ID: 383102-51<br>PERFORM COST MANAGEMENT<br>9700 NORTH 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258 | CREDITOR ID: 258367-12<br>PERFORMANCE CONTRACTING INC<br>2926 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 258368-12<br>PERFORMANCE HEATING & COOLING<br>PO BOX 217<br>WILSON NC 27894-0217 |
| CREDITOR ID: 395328-63<br>PERFORMANCE OIL & EQUIPMENT<br>PO BOX 8945<br>JACKSON, MS 39208 | CREDITOR ID: 395329-63<br>PERFORMANCE OIL EQ<br>920 E. MCDOWELL RD<br>JACKSON, MS 39284 | CREDITOR ID: 258369-12<br>PERFORMANCE OIL EQUIP., INC.<br>ATTN: BRAD GRANBERRY, VP<br>920 EAST MCDOWELL ROAD<br>PO BOX 8945<br>JACKSON, MS 39284 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258370-12<br>PERFORMANCE POWER SWEEP<br>ATTN: REESE UPTHEGROVE, OWNER<br>PO BOX 146<br>BARTOW, FL 33831-0146 | CREDITOR ID: 258371-12<br>PERFORMANCE TIRE & AUTO CENTER<br>2785 55TH STREET S W<br>NAPLES, FL 34116 | CREDITOR ID: 258372-12<br>PERFORMANCE TIRE & WHEEL INC<br>PO BOX 836    1<br>BREWTON, AL 36426 |
| CREDITOR ID: 258373-12<br>PERILLOUX ELECTRIC<br>PO BOX 141<br>MADISONVILLE, LA 70447 | CREDITOR ID: 258374-12<br>PERIMETER INDUSTRIES INC<br>230 OXMOOR CIRCLE<br>STE 1113<br>BIRMINGHAM AL 35209 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 |
| CREDITOR ID: 2474-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS, GA 31533-0269 | CREDITOR ID: 258376-12<br>PERIO PRODUCTS<br>PO BOX 643407<br>CINCINNATI, OH 45264-3407 | CREDITOR ID: 405352-95<br>PERIO PRODUCTS<br>PO BOX 71-1711<br>COLUMBUS OH 43271 |
| CREDITOR ID: 381030-47<br>PERIPETY GROUP INC  C/O COMM PARTNERS<br>3605 SANDY PLAINS RD, SUITE 240-178<br>MARIETTA, GA 30066 | CREDITOR ID: 258378-12<br>PERKINS GLASS COMPANY INC<br>PO BOX 31374<br>JACKSON, MS 39286-1374 | CREDITOR ID: 407072-MS<br>PERKINS III, WILLIAM S<br>9574 BENT OAK COURT<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 258379-12<br>PERKINS PRODUCTS<br>7025 WEST 66 PLACE<br>BEDFORD PARK IL 60638 | CREDITOR ID: 242856-12<br>PERKINS, AVERY<br>120 PACE PARKWAY<br>CANTONMENT FL 32533 | CREDITOR ID: 389392-54<br>PERKINS, CHAD<br>PO BOX 89<br>TICKFAW LA 70466 |
| CREDITOR ID: 374234-44<br>PERKINS, CINATHIA N<br>3800 HERSCHEL ROAD<br># 36<br>COLLEGE PARK, GA 30337 | CREDITOR ID: 389177-54<br>PERKINS, EVA<br>3224 DONTE DRIVE.<br>SARASOTA, FL 34235 | CREDITOR ID: 393042-55<br>PERKINS, EVA<br>C/O MALLARD & ZIMMERMAN, PA<br>ATTN LAURIE S ZIMMERMAN, ESQ<br>2801 FRUITVILLE RD<br>SUITE 7<br>SARASOTA FL 34237-5343 |
| CREDITOR ID: 249444-12<br>PERKINS, FELICIA<br>3751 RADCLIFF BLVD<br>DECATUR, GA 30034 | CREDITOR ID: 387137-54<br>PERKINS, LINDA<br>420 DEEMER STREET<br>DENHAM SPRINGS, LA 70726 | CREDITOR ID: 399397-15<br>PERKINS, LINDA F<br>C/O PENNINGTON & MARTINEZ<br>ATTN TIMOTHY J MARTINEZ, ESQ<br>4707 BLUEBONNET BLVD, SUITE A<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 407073-MS<br>PERKINS, MARVIN<br>6200 MIAL PLANTATION ROAD<br>RALEIGH NC 27610 | CREDITOR ID: 257088-12<br>PERKINS, NELCEDEALIA<br>11407 HART ROAD<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 399773-84<br>PERKINS, VICKY<br>6307 MERRYBEE DRIVE<br>FORT PIERCE FL 34982 |
| CREDITOR ID: 400241-85<br>PERKINS, VICKY<br>C/O  LAURI J GOLDSTEIN, PA<br>ATTN  LAURI J GOLDSTEIN, E<br>1330 S FEDERAL HWY<br>STUART FL 34994 | CREDITOR ID: 407074-MS<br>PERKINS, WALTER<br>245 COUNTRY RD. 219<br>JEMINSON AL 35085 | CREDITOR ID: 389193-54<br>PERKINS-CARLTON, JULENE<br>1710 FILLMORE STREET<br>APT 10<br>HOLLYWOOD, FL 33020 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393054-55<br>PERKINS-CARLTON, JULENE<br>C/O THOMAS & PEARL, PA<br>ATTN BRIAN PEARL, ESQ<br>2404 NE 9TH STREET<br>FT LAUDERDALE FL 33304 | CREDITOR ID: 405977-15<br>PERLMAN, JOSEPH N., ESQ.<br>1101 BELCHER RD STE B<br>LARGO  FL 33771 | CREDITOR ID: 278937-30<br>PERO PACKING & SALES<br>14095 STATE ROAD 7<br>DELRAY BEACH, FL 33446 |
| CREDITOR ID: 382067-36<br>PERRIGO<br>ATTN DAN CULLINAN, CREDIT DEPT<br>515 EASTERN AVE<br>ALLEGAN MI 49010 | CREDITOR ID: 258381-12<br>PERRIGO CO<br>22592 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | CREDITOR ID: 258382-12<br>PERRIGO COMPANY<br>PO BOX 641076<br>PITTSBURGH PA 15264-1076 |
| CREDITOR ID: 397922-76<br>PERRILLOUX, ELISE<br>423 ORANGE LOOP,<br>LA  PLACE, LA 70068 | CREDITOR ID: 258383-12<br>PERRIN HILTON<br>56688 BOSWORTH STREET<br>SLIDELL LA 70458 | CREDITOR ID: 386765-54<br>PERRODIN, JOSEPH<br>PO BOX 532<br>MAURICE LA 70555 |
| CREDITOR ID: 258384-12<br>PERRONE & SONS<br>4512 ZENITH STREET<br>METAIRIE, LA 70001 | CREDITOR ID: 258385-12<br>PERRY CARVER TILE CO INC<br>114 HOPE FORBES ROAD<br>GASTONIA, NC 28056 | CREDITOR ID: 318298-42<br>PERRY COUNTY REVENUE COMMISSIONER<br>P O BOX 95<br>MARION, AL 36756 |
| CREDITOR ID: 407620-15<br>PERRY DAMPF WATTS & ASSOCIATES<br>ATTN JOHN W PERRY, JR<br>721 GOVERNMENT STREET SUITE 102<br>BATON ROUGE LA 70802 | CREDITOR ID: 258387-12<br>PERRY DISTRIBUTORS INC<br>540 OAKHURST AVE<br>HAZARD KY 41701 | CREDITOR ID: 737-03<br>PERRY GAS<br>PO BOX 4346, DEPT 532<br>HOUSTON TX 77210-4346 |
| CREDITOR ID: 279446-29<br>PERRY INVESTMENT COMPANY, LLC<br>ATTN: CHARLES W. PERRY, JR.<br>2935 BALMORAL ROAD<br>MOUNTAIN BROOK AL 35223 | CREDITOR ID: 258388-12<br>PERRY L JACKSON<br>7109 HIGHWAY 134<br>CONWAY SC 29527 | CREDITOR ID: 258389-12<br>PERRY NEWSPAPERS INC<br>PO BOX 888<br>PERRY, FL 32348-0888 |
| CREDITOR ID: 407517-93<br>PERRY, ADRIENE<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD<br>SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 243300-12<br>PERRY, BENITA<br>116 OSPREY LANDING<br>APT 206<br>NAPLES FL 34104 | CREDITOR ID: 387208-54<br>PERRY, CONTRESSA<br>443 1/2 WILDER<br>WEST PALM BEACH, FL 33405 |
| CREDITOR ID: 391796-55<br>PERRY, CONTRESSA<br>C/O: ARVID J. PETERSON ESQ.<br>LAW OFFICES OF ARUID J. PETERSON, III<br>370 W CAMINO GARDENS BLVD #327<br>BOCA RATON FL 33432 | CREDITOR ID: 386387-54<br>PERRY, DAVID<br>5210 86TH AVENUE NORTH<br>PINELLAS PARK FL 33782 | CREDITOR ID: 391467-55<br>PERRY, DAVID<br>C/O: KEVIN J. MCDONALD, PA<br>710 94TH AVENUE NORTH<br>SUITE 301<br>ST. PETERSBURG FL 33702 |
| CREDITOR ID: 385709-54<br>PERRY, JALEEL (MINOR)<br>1209 NIXON DRIVE<br>ALBANY, GA 31705 | CREDITOR ID: 390989-55<br>PERRY, JALEEL (MINOR)<br>C/O BROWN & SCOCCIMARO<br>ATTN ALEXANDER NEMAJOVSKY, ESQ<br>507 N MONROE STREET<br>PO BOX 1646<br>ALBANY GA 31702 | CREDITOR ID: 390392-54<br>PERRY, LINDA T<br>PO BOX 6956<br>ROCKY MOUNT, NC 27803 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392442-55<br>PERRY, LORENCE<br>C/O: ROBERT BARNETT<br>ROBERT BARNETT<br>1101-B BOLTON AVE<br>ALEXANDRIA LA 71301 | CREDITOR ID: 389956-54<br>PERRY, TAMI<br>468 SW ZARE TRAIL<br>LAMONT, FL 32336 | CREDITOR ID: 393483-55<br>PERRY, TAMI<br>C/O: BREE<br>EUBANKS & BARRETT<br>259 E. 7TH AVENUE<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 264841-12<br>PERRY, WILLIAM<br>2100 LA OVE COURT<br>ORLANDO, FL 32811 | CREDITOR ID: 386880-54<br>PERSAUD, CHET<br>974 CAMBRIDGE COURT<br>KISSIMMEE FL 34758 | CREDITOR ID: 268259-31<br>PERSIA UTILITY DISTRICT<br>ATTN: DAVID STANTON<br>206 HIGHWAY 70<br>ROGERSVILLE TN 37857-5334 |
| CREDITOR ID: 264225-12<br>PERSON, VIRGINIA<br>165 HARRISON DRIVE<br>GOLDSBORO, NC 27530 | CREDITOR ID: 258392-12<br>PERSONAL CARE PRODUCTS<br>32500 TELEGRAPH RD STE 202<br>BINGHAM FARMS, MI 48025 | CREDITOR ID: 258393-12<br>PERSONAL OPTICS<br>PO BOX 30050<br>LOS ANGELES, CA 90030 |
| CREDITOR ID: 405353-95<br>PERSONAL OPTICS<br>1331 SOUTH STATE COLLEGE BLVD<br>FULLERTON CA 92831 | CREDITOR ID: 382180-51<br>PERSONAL OPTICS, INC.<br>1331 S. STATE COLLEGE BLVD<br>FULLERTON, CA 92831 | CREDITOR ID: 258394-12<br>PERSONAL TOUCH INC<br>9920 WARES FERRY ROAD<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 258395-12<br>PERSONALLY YOURS<br>3117 SPRING GLEN ROAD STE 401<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 384287-47<br>PERSONALLY YOURS<br>ADVERTISING SPECIALTIES<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 258396-12<br>PERSONALYSIS CORPORATION<br>PO BOX 840921<br>DALLAS, TX 75284-0921 |
| CREDITOR ID: 258397-12<br>PERSONNEL MANAGEMENT INC<br>PO BOX 716021<br>CINCINNATI, OH 45271-6021 | CREDITOR ID: 387480-54<br>PERTUIT, DAVID<br>1009 MARYLAND<br>KENNER LA 70062 | CREDITOR ID: 257875-12<br>PES I INC<br>PO BOX 699<br>LILBURN, GA 30048-0699 |
| CREDITOR ID: 384288-47<br>PESCANOVA INC<br>848 BRICKELL AVENUE, SUITE 210<br>MIAMI, FL 33131 | CREDITOR ID: 405355-95<br>PESCANOVA INC<br>777 BRICKELL AVENUE SUITE 1112<br>MIAMI FL 33131 | CREDITOR ID: 381766-15<br>PESCANOVA, INC<br>C/O METROGROUP<br>ATTN MARCUS L ARKY<br>61 BROADWAY, SUITE 1410<br>NEW YORK NY 10006 |
| CREDITOR ID: 258398-12<br>PESCANOVA, INC<br>PO BOX 1185<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 389721-54<br>PESEK, LARK<br>214 HESTER RD.<br>VICTORIA TX 77905 | CREDITOR ID: 382300-51<br>PESSEL, ROBERT<br>1204 N BURGANDY TRAIL<br>JACKSONVILLE, FL 32259 |
| CREDITOR ID: 258399-12<br>PESSON ADDITION ELEMENTARY<br>619 BROUSSARD ST<br>NEW IBERIA, LA 70560 | CREDITOR ID: 258400-12<br>PESTELL PET PRODUCTS INC<br>141 HAMILTON ROAD<br>NEW HAMBURG ON N3A 2H1<br>CANADA | CREDITOR ID: 258401-12<br>PET DAIRY<br>PO BOX 60498<br>CHARLOTTE, NC 28260-0498 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258403-12<br>PETER BIBEAU<br>8802 BABBARA ANNE LANE<br>HILLSBOROUGH FL 33534 | CREDITOR ID: 258404-12<br>PETER EASTWOOD<br>2401 MORNINGSIDE DRIVE<br>LANCASTER SC 29720 | CREDITOR ID: 399692-YY<br>PETER GREEN JR<br>5401 - A SUITE 289 S<br>CHARLOTTE NC 28217 |
| CREDITOR ID: 258405-12<br>PETER JOHNSON<br>PO BOX 723<br>DESTREHAN LA 70047 | CREDITOR ID: 258406-12<br>PETER KONOWICZ<br>3812 POLUMBO DRIVE<br>VALRICO FL 33594 | CREDITOR ID: 258407-12<br>PETER PAN SEAFOODS INC<br>PO BOX 60773<br>CHARLOTTE, NC 28260 |
| CREDITOR ID: 279261-35<br>PETER PAN SEAFOODS, INC<br>ATTN: MARK R ADAMS<br>2200 SIXTH AVENUE<br>SEATTLE WA 98121-1820 | CREDITOR ID: 268260-31<br>PETER STONE<br>112 ROCK SPRING CT<br>CARRBORO NC 27510-4105 | CREDITOR ID: 386818-54<br>PETERS, INDIA<br>RT 2 BOX 793-B<br>LAKE BUTLER FL 32054 |
| CREDITOR ID: 407075-MS<br>PETERS, JAMES D.<br>3244 MARYLAND AVE.<br>KENNER LA 70062 | CREDITOR ID: 385829-54<br>PETERS, MARISA J (MINOR)<br>32448 N. PEARLIE CAUSEY RD<br>FRANKLINTON, LA 70438 | CREDITOR ID: 391087-55<br>PETERS, MARISA J (MINOR)<br>C/O KEVIN C HILL & ASSOCIATES, LLC<br>ATTN KEVIN HILL, ESQ<br>4521 COPERNICUS STREET<br>NEW ORLEANS LA 70131 |
| CREDITOR ID: 387735-54<br>PETERS, NICOLE<br>440 COUNTRY VILLAGE LN #8<br>PONTOTOC MS 38863 | CREDITOR ID: 387495-54<br>PETERS, PAULA<br>5207 LAKESHORE<br>WICHITA FALLS TX 76310 | CREDITOR ID: 407076-MS<br>PETERS, RONALD<br>11215 HASKELL DR.<br>CLERMONT FL 34711 |
| CREDITOR ID: 389964-54<br>PETERS, VALERIE<br>4108-1 TROUT RIVER BLVD<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 269373-16<br>PETERS, VIVIAN<br>C/O WILLIAM J. MOORE<br>1648 OSCEOLA STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 258408-12<br>PETERSBURG CIRCUIT COURT<br>7 COURTHOUSE AVE<br>PETERSBURG, VA 23803 |
| CREDITOR ID: 407077-MS<br>PETERSEN, CLIFFORD P.<br>3809 SUNNYDALE DR.<br>FT. WORTH TX 76116 | CREDITOR ID: 258410-12<br>PETERSON ELECTRIC SUPPLY INC<br>PO BOX 99129<br>LOUISVILLE KY 40269-0129 | CREDITOR ID: 258411-12<br>PETERSON FARMS<br>PO BOX 115<br>SHELBY, MI 49455-0115 |
| CREDITOR ID: 279148-33<br>PETERSON FARMS, INC.<br>C/O RYNN & JANOWSKY LLP<br>6017 PINE RIDGE ROAD NO. 341<br>NAPLES FL 34119 | CREDITOR ID: 385745-54<br>PETERSON, BARBARA<br>2654 WILKINS CT<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 407526-15<br>PETERSON, DALE<br>4729 HACKAMORE DRIVE S<br>COLORADO SPRINGS CO 80918-2658 |
| CREDITOR ID: 388412-54<br>PETERSON, LOLA<br>2617 CEDAR STREET<br>LOUISVILLE, KY 40212 | CREDITOR ID: 392509-55<br>PETERSON, LOLA<br>C/O RICHARD N. BUSH, ESQUIRE<br>RICHARD N. BUSH<br>235 S. FIFTH STREET, 4TH FLOOR<br>LOUISVILLE KY 40202 | CREDITOR ID: 386793-54<br>PETERSON, MONIQUE<br>RT. 1 BOX 127<br>JACKSONVILLE GA 31544 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407078-MS<br>PETERSON, RON<br>7 WALKER RIDGE DR.<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 258402-12<br>PETE'S PLUMBING<br>PO BOX 26673<br>FORT WORTH TX 76126-0673 | CREDITOR ID: 258412-12<br>PETIE B DAVIS<br>1914 DOVER ROAD<br>BENTONIA MS 39040 |
| CREDITOR ID: 394092-56<br>PETIT, LYNE<br>2901 NW 56TH AVENUE APT C1<br>LAUDERHILL, FL 33313 | CREDITOR ID: 394724-57<br>PETIT, LYNE<br>C/O STACEY SCOTT<br>350 E. LAS OLAS BLVD.<br>SUITE 1440<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 400298-85<br>PETIT, LYNE<br>C/O TAYLOR HODKIN KOPELOWITZ ET AL<br>ATTN JEFFREY OSTROW, ESQ<br>350 E LAS OLAS BLVD, SUITE 1440<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 381819-48<br>PETRA<br>AIRCRAFT MARKETING<br>PO BOX 97577<br>LAS VEGAS NV 89193 | CREDITOR ID: 258413-12<br>PETRA BAKERY<br>6558 BEACH BOULEVARD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 258414-12<br>PETREY WHOLESALE CO<br>W L PETREY NOVELTY<br>ATTN: NORMAN PANKS<br>10345 PETREY HWY<br>PO BOX 68<br>LUVERNE, AL 36049 |
| CREDITOR ID: 385788-54<br>PETRO, PHILIP W<br>112 HIDDEN HILLS DR<br>MADISON, MS 39110 | CREDITOR ID: 389146-54<br>PETROFF, VASILIKE<br>5858 ISLAND BEACH LANE<br>BOYNTON BEACH, FL 33437 | CREDITOR ID: 395330-63<br>PETROLEUM EQUIPMENT CO., INC.<br>541 HIGHWAY 49 SOUTH<br>RICHLAND, MS 39218-0417 |
| CREDITOR ID: 258415-12<br>PETROLEUM EQUIPMENT COMPANY INC<br>PO BOX 180417<br>RICHLAND, MS 39218-0417 | CREDITOR ID: 258416-12<br>PETROLEUM EQUIPMENT INC<br>PO BOX 688<br>450-A HIGHWAY 51 SOUTH<br>BATESVILLE, MS 38606 | CREDITOR ID: 399710-53<br>PETROLEUM PRODUCTS CORP<br>14000 BLOCK PEMBROKE ROAD<br>PEMBROKE FL 33024 |
| CREDITOR ID: 258417-12<br>PETROLEUM TRADERS CORP<br>7110 POINTE INVERNESS WAY<br>FORT WAYNE IN 46804-7928 | CREDITOR ID: 399750-84<br>PETTIE, BILLIE<br>8500 MARTHA'S WAY<br>ALVARADO TX 76009 | CREDITOR ID: 389383-54<br>PETTIS, GREGORY<br>439 LOS ALTOS WAY #204<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 407079-MS<br>PETTIT, JOSEPH E.<br>1009 CHISHOLM WAY<br>LILBURN GA 30047 | CREDITOR ID: 258418-12<br>PETTY CASH ATLANTA DIV<br>PO BOX 43425<br>ATLANTA, GA 30336 | CREDITOR ID: 258419-12<br>PETTY CASH REIMBURSEMENT<br>720 LOCUST LANE<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 394225-56<br>PETTY, AARON<br>3131 N. DRUID HILL ROAD<br>DECATUR, GA 30033 | CREDITOR ID: 400407-85<br>PETTY, AARON<br>C/O KENNETH LETSCH<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 | CREDITOR ID: 258420-12<br>PETTYS ASPHALT<br>PO BOX 1024<br>HIGHSPRINGS FL 32655 |
| CREDITOR ID: 258421-12<br>PEXCO PRODUCT SALES<br>1255 W ATLANTIC BLVD<br>POMPANO BEACH FL 33069 | CREDITOR ID: 385832-54<br>PEYTON, WILLIAM<br>1116 OLD KINGS ROAD<br>HOLLY HILL, FL 32117 | CREDITOR ID: 407080-MS<br>PEZZUTTI, WILLIAM<br>12966 SILVER OAK DR.<br>JACKSONVILLE FL 32223 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257877-12<br>PF HARRIS MFG CO INC<br>PO BOX 7344<br>JACKSONVILLE, FL 32238-0344 | CREDITOR ID: 258422-12<br>PFEIL & HOLING INC<br>58-15 NORTHERN BLVD<br>WOODSIDE, NY 11377 | CREDITOR ID: 279262-35<br>PFIZER CONSUMER GROUP<br>ATTN: KAREN SANDT<br>400 W LINCOLN AVE<br>LITITZ PA 17543 |
| CREDITOR ID: 385567-54<br>PFLANZER, PRISCILLA<br>163 ROCKFORD DRIVE<br>HAMILTON, OH 45013 | CREDITOR ID: 403882-94<br>PFOST, STEPHEN C<br>23216 DOVER DRIVE<br>LAND O'LAKES FL 34639 | CREDITOR ID: 405969-99<br>PFZIER INC<br>C/O BORGESS & ASSOCIATES LLC<br>ATTN: WANDA BORGESS, ESQ<br>575 UNDERHILL BLVD, STE 110<br>SYOSSET NY 11791 |
| CREDITOR ID: 395331-63<br>PG MAINTENANCE, LLC<br>22317 SHARP CHAPEL RD<br>BUSH, LA 70431 | CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 278540-25<br>PG-1 DEVELOPMENT COMPANY<br>CENTURY 21 GRIMES & ASSOCIATES<br>PO BOX 664<br>GEORGETOWN SC 29442 |
| CREDITOR ID: 258424-12<br>PGBA LLC<br>TRICARE REFUNDS TRICARE REG 3&4<br>PO BOX 100279<br>AG900<br>COLUMBIA SC 29202-3279 | CREDITOR ID: 269333-16<br>PGM DIAMONDHEAD, LLC<br>C/O CHARLES F. MCREYNOLDS<br>248 DEBUYS ROAD<br>SUITE 29<br>BILOXI, MS 39531 | CREDITOR ID: 258425-12<br>PGT BUREGARD MIDDLE<br>1201 BAYOU RD<br>ST BERNARD, LA 70085 |
| CREDITOR ID: 258426-12<br>PH BEAUTY LABS LLC<br>10474 SANTA MONICA SUITE 300<br>ATTN SUZANNE NAIL<br>LOS ANGELES, CA 90025 | CREDITOR ID: 405359-95<br>PH BEAUTY LABS LLC<br>11228 ST JOHNS INDUSTRIAL PARKWAY<br>JACKSONVILLE FL 32246 | CREDITOR ID: 258427-12<br>PH COMPANIES LLC<br>1292 CHEVLLE DRIVE<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 258428-12<br>PHANTOM GLENDALE INC<br>PO BOX 905185<br>CHARLOTTE NC 28290-5185 | CREDITOR ID: 258429-12<br>PHARIS SNOW REMOVAL<br>1001 LILAC RD<br>LEITCHFIELD KY 42754 | CREDITOR ID: 383099-51<br>PHARMA CARE<br>695 GEORGE WASHINGTON HWY<br>LINCOLN, RI 02865 |
| CREDITOR ID: 279080-32<br>PHARMACARE HEALTH SERVICES, INC<br>C/O HURLEY PARTIN WHITAKER, PA<br>ATTN HURLEY PARTIN WHITAKER, ESQ<br>500 N HARBOR CITY BLVD, SUITE D<br>MELBOURNE FL 32935 | CREDITOR ID: 383095-51<br>PHARMACARE NET RX<br>25 BLACKSTONE VALLEY PLACE<br>LINCOLN, RI 02865 | CREDITOR ID: 383092-51<br>PHARMACEUTICAL CARD SYSTEM<br>9501 EAST SHEA BLVD<br>SCOTTSDALE, AZ 85260 |
| CREDITOR ID: 383086-51<br>PHARMACEUTICAL CARE NETWORK<br>9343 TECH CENTER DRIVE, SUITE 200<br>SACRAMENTO, CA 95826 | CREDITOR ID: 405360-95<br>PHARMACEUTICAL FORMULATIONS<br>PO BOX 23021<br>NEWARK NJ 07189 | CREDITOR ID: 258430-12<br>PHARMACEUTICAL FORMULATIONS, INC<br>ATTN SCOTT L KAHN, CONTROLLER<br>460 PLAINFIELD AVENUE<br>PO BOX 1904<br>EDISON NJ 08818-1904 |
| CREDITOR ID: 258431-12<br>PHARMACEUTICAL SPECIALTIES<br>PO BOX 2135<br>KALAMAZOO, MI 49003 | CREDITOR ID: 258432-12<br>PHARMACIST ON THE MOVE INC<br>5916 CHESWOOD CT<br>ORLANDO, FL 32817 | CREDITOR ID: 383083-51<br>PHARMACY ACCESS<br>PO BOX 3010<br>ANDOVER, MA 01810 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383079-51<br>PHARMACY ASSOCIATES INC<br>PO BOX 23007<br>LITTLE ROCK, AK 72221 | CREDITOR ID: 383075-51<br>PHARMACY BENEFIT ADMINISTRATE<br>10655 NW 29TH TERRACE<br>MIAMI, FL 33172 | CREDITOR ID: 383072-51<br>PHARMACY BUSINESS ASSOCIATES<br>1575 N UNIVERSAL AVENUE, SUITE 100<br>KANSAS CITY, MO 64120 |
| CREDITOR ID: 383071-51<br>PHARMACY CARD INC<br>135 CHESTERFIELS LANE<br>MAUMEE, OH 43537 | CREDITOR ID: 382299-51<br>PHARMACY CHOICE FKA<br>RX CAREER CENTER<br>1666 RACE STREET<br>DENVER, CO 80206 | CREDITOR ID: 383064-51<br>PHARMACY DIRECT NETWORK<br>221 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 |
| CREDITOR ID: 258434-12<br>PHARMACY FIRST<br>PO BOX 915246<br>LONGWOOD FL 32791-5246 | CREDITOR ID: 383063-51<br>PHARMACY SERV CORP NEW YORK<br>210 GREAT OAKS BLVD<br>ALBANY, NY 12203 | CREDITOR ID: 383061-51<br>PHARMACY SERVICES GROUP<br>1200 SOUTH PINE ISLAND ROAD #300<br>PLANTATION, FL 33324 |
| CREDITOR ID: 258436-12<br>PHARMACY SERVICES GROUP PMB OPRTNG<br>1100 N E 51ST STREET<br>OAKLAND PARK FL 33334 | CREDITOR ID: 383060-51<br>PHARMACY SMART CARD<br>PO BOX 407<br>BOYS TOWN, NE 68010 | CREDITOR ID: 258437-12<br>PHARMASOURCE<br>8465 KEYSTONE CROSSING<br>SUITE 160<br>INDIANAPOLIS, IN 46240 |
| CREDITOR ID: 258438-12<br>PHARMASTAT<br>% BARRETT BUSINESS SERVICES INC<br>1595-F EAST GARRISON BLVD<br>GASTONIA, NC 28054 | CREDITOR ID: 383057-51<br>PHARMASURE INC.<br>728 SHADES CREEK PARKWAY, SUITE 100<br>BIRMINGHAM, AL 35209 | CREDITOR ID: 258439-12<br>PHARMATON NATURAL<br>HEALTH PRODUCTS<br>PO BOX 75303<br>CHICAGO, IL 60675-5303 |
| CREDITOR ID: 258440-12<br>PHARMAVITE CORPORATION<br>PO BOX 95404<br>CHICAGO, IL 60694-5404 | CREDITOR ID: 405361-95<br>PHARMAVITE CORPORATION<br>DEPT 0168<br>LOS ANGELES CA 90084 | CREDITOR ID: 258441-12<br>PHARMEX<br>1531 AIRWAY CIRCLE<br>NEW SMYRNA BEACH, FL 32168-5900 |
| CREDITOR ID: 405362-95<br>PHARMEX<br>PAM OLIVER<br>1531 AIRWAY CIRCLE<br>NEW SMYRNA BEACH FL 321685900 | CREDITOR ID: 376604-44<br>PHASE 11 MAINTENANCE SYSTEM LLC<br>4301- A NORMAN BRIDGE ROAD<br>MONTGOMERY, AL 36105 | CREDITOR ID: 382298-51<br>PHASE II MAINTENANCE<br>3425 HERBERT DRIVE<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 380970-47<br>PHASE II MAINTENANCE SYSTEM LLC<br>4301- A NORMAN BRIDGE ROAD<br>MONTGOMERY, AL 36105 | CREDITOR ID: 258442-12<br>PHASE II MAINTENANCE SYSTEMS LLC<br>ATTN: WILLIAM E WEDGEWORTH, PRES<br>4301 A NORMAN BRIDGE ROAD<br>MONTGOMERY AL 36105 | CREDITOR ID: 258443-12<br>PHAYLINH PRANG<br>112 PONDEROSA CIRCLE<br>GILMER TX 75644 |
| CREDITOR ID: 258444-12<br>PHC MARTINSVILLE INC<br>3160 KINGS MOUNTAIN ROAD<br>SUITE A<br>MARTINSVILLE VA 24112 | CREDITOR ID: 383056-51<br>PHCY NTWK NATIONAL CORP<br>1540 H WADE HAMPTON BLVD<br>GREENVILLE, SC 29605 | CREDITOR ID: 258445-12<br>PHEAA<br>PO BOX 1463<br>HARRISBURG, PA 17105 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399903-84<br>PHELAN, WENDY<br>RT 7 BOX 187<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 400532-88<br>PHELAN, WENDY<br>C/O LYDIA A. WATERS<br>1009 CHEROKE RD<br>PO BOX 1028<br>ALEXANDER CITY AL 35011 | CREDITOR ID: 399414-99<br>PHELPS DUNBAR<br>ATTN: DOUGLAS C NOBLE<br>111 EAST CAPITAL, STE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 |
| CREDITOR ID: 258446-12<br>PHELPS LOCKSMITH SERVICE<br>RT 2 BOX 2340<br>FARMVILLE, VA 23901 | CREDITOR ID: 381671-47<br>PHELPS, JASON R<br>3668 KAHLER AVENUE<br>LOUISVILLE, KY 40215 | CREDITOR ID: 389971-54<br>PHELPS, ROBERT C<br>PO BOX 278<br>CHIEFLAND FL 32644 |
| CREDITOR ID: 385789-54<br>PHELPS, TARYN (MINOR)<br>3409 COVE CT<br>WINTER HAVEN, FL 33880 | CREDITOR ID: 262868-12<br>PHENIX CITIZEN, THE<br>PO BOX 6306<br>SPARTANBURG, SC 29304 | CREDITOR ID: 395341-63<br>PHH/DL PETERSON TRUST<br>3000 LEADENHALL ROAD<br>MT. LAUREL, NH 08054 |
| CREDITOR ID: 259838-12<br>PHIFER, ROBIN<br>PO BOX 5548<br>KEY WEST, FL 33045 | CREDITOR ID: 2475-07<br>PHIL & SHARON DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 258449-12<br>PHIL ALLEN INC<br>482 S W GERTRUDIS DRIVE<br>LAKE CITY FL 32024 |
| CREDITOR ID: 258450-12<br>PHIL ARMSTRONG<br>2025 SYLVESTER ROAD<br>#PP2<br>LAKELAND FL 33803 | CREDITOR ID: 258451-12<br>PHIL EDWARDS<br>697 STATELINE ROAD<br>POINT CLEAR AL 36564 | CREDITOR ID: 258452-12<br>PHIL RODGERS<br>3945 DEAL ROAD<br>MOORESVILLE, NC 28115 |
| CREDITOR ID: 388817-54<br>PHILEUS, ROSELINE<br>2730 NORTH SEACREST BLVD.<br>BOYNTON BEACH, FL 33460 | CREDITOR ID: 258453-12<br>PHILIP A GEDDES<br>CHAPTER 13 TRUSTEE<br>PO BOX 2388<br>DECATUR, AL 35602-2388 | CREDITOR ID: 258456-12<br>PHILIP J PRESCOD<br>3505 TOWNSEND BLVD, APT 301<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 258457-12<br>PHILLIP A ETHRIDGE<br>2019 STEVEN STREET<br>MANDEVILLE LA 70448 | CREDITOR D: 258458-12<br>PHILLIP D TURNPAUGH<br>12220 BRANDOM CIRCLE<br>LAURINBURG NC 28352 | CREDITOR ID: 258459-12<br>PHILLIP F MEDINA<br>45 REDWOOD DRIVE<br>ORLANDO FL 32807 |
| CREDITOR ID: 258460-12<br>PHILLIP H HURST<br>1025 UTAH AVENUE<br>WAYCROSS GA 31503 | CREDITOR ID: 258461-12<br>PHILLIP HARBOUR<br>2369 BASSETT HEIGHTS ROAD<br>BASSETT VA 24055 | CREDITOR ID: 258462-12<br>PHILLIP HUGHES<br>2563 SANDPIPER CIRCLE<br>MARRERO LA 70072 |
| CREDITOR ID: 258463-12<br>PHILLIP LOGAN HOLCOMB<br>2117 WINDWARD LANE<br>GAINESVILLE GA 30501 | CREDITOR ID: 258464-12<br>PHILLIP LYONS<br>105 CREEKWOOD DRIVE<br>BRANDON MS 39047 | CREDITOR ID: 258465-12<br>PHILLIP MANNING<br>5224 WOODLAKE COVE<br>TUPELO MS 38801 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384289-47<br>PHILLIP MORRIS<br>120 PARK AVENUE<br>NEW YORK, NY 10017-5295 | CREDITOR ID: 258466-12<br>PHILLIP PETRO<br>112 HIDDENHILL<br>MADISON MS 39110 | CREDITOR ID: 258467-12<br>PHILLIP SERVICES CORP<br>PO BOX 3069<br>ALLWASTE RECOVERY SYSTEM<br>HOUSTON, TX 77253-3069 |
| CREDITOR ID: 258468-12<br>PHILLIP STEINHAUER GENERAL MNTNANC<br>580 KUHNS LANE<br>LECANTO FL 34461 | CREDITOR ID: 258469-12<br>PHILLIP W SISK<br>110 MEADOWBROOK DRIVE<br>PRINCETON KY 42445 | CREDITOR ID: 376613-44<br>PHILLIPS 66<br>PROCESSING CENTER<br>PO BOX 9059<br>DES MOINES, IA 50368 |
| CREDITOR ID: 258470-12<br>PHILLIPS 66<br>DES MOINES, IA 50368-9061 | CREDITOR ID: 258471-12<br>PHILLIPS 66 COMPANY<br>CREDIT CARD CENTER<br>PO BOX 66<br>BARTLESVILLE OK 74005-0066 | CREDITOR ID: 268261-31<br>PHILLIPS ADRIAN F COMPANY LLC<br>ATTN: MARY NORRIS PHILLIPS<br>242 PINE RUN RD<br>BOONE NC 28607 |
| CREDITOR ID: 397773-99<br>PHILLIPS EDISON & COMPANY<br>C/O POLSINELLI SHALTON ET AL<br>ATTN: JAMES E BIRD, ESQ<br>700 WEST 47TH ST, STE 1000<br>KANSAS CITY MO 64112 | CREDITOR ID: 397773-99<br>PHILLIPS EDISON & COMPANY<br>C/O POLSINELLI SHALTON ET AL<br>ATTN: DANIEL J FLANIGAN, ESQ<br>292 MADISON AVE, 17TH FL<br>NEW YORK NY 10017 | CREDITOR ID: 384290-47<br>PHILLIPS FOOD INC<br>PO BOX 79180<br>BALTIMORE, MD 21279180 |
| CREDITOR ID: 258474-12<br>PHILLIPS RECOVERIES INC<br>PO BOX 4738<br>HOUSTON TX 77210-4738 | CREDITOR ID: 258473-12<br>PHILLIPS RECOVERIES INC<br>508 CHEROKEE ROAD<br>PELZER SC 29669 | CREDITOR ID: 388217-54<br>PHILLIPS, ALAN<br>170 BONADVENTURE BLVD<br>#106<br>WESTON FL 33326 |
| CREDITOR ID: 392407-55<br>PHILLIPS, ANGELA<br>C/O: JOE G. DURRETT, ESQ<br>SOLOMON, SYFRETT & DURRETT<br>P. O. BOX 12879<br>TALLAHASSEE FL 32317 | CREDITOR ID: 243411-12<br>PHILLIPS, BETTIE J<br>115 CHOCTAW CR<br>CRESTVIEW, FL 32536 | CREDITOR ID: 386624-54<br>PHILLIPS, BRENDA<br>PO BOX 533<br>WHITE PIDGEON MI 49099 |
| CREDITOR ID: 391619-55<br>PHILLIPS, BRENDA<br>C/O: CHRISTOPHER J. SMITH, ESQUIRE<br>YANGER & SMITH, P.A.<br>2701 WEST BUSCH BLVD.<br>SUITE 208<br>TAMPA FL 33618-4531 | CREDITOR ID: 385623-54<br>PHILLIPS, CATHY<br>609 1/2 WILKER NEAL AVE<br>RIVER RIDGE, LA 70123 | CREDITOR ID: 390915-55<br>PHILLIPS, CATHY<br>C/O CRAIG E. GIBBS ESQ<br>210 BARONNE ST STE 1800<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 407081-MS<br>PHILLIPS, CLIFF S.<br>1217 RIVERSIDE DR.<br>CHARLOTTE NC 28214 | CREDITOR ID: 385320-54<br>PHILLIPS, CURTIS<br>6714 LINFORD LANE<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 390627-55<br>PHILLIPS, CURTIS<br>C/O: JEPTHA F BARBOUR<br>MARKS GRAY, P.A.<br>1200 RIVERPLACE BLVD SUITE 800<br>PO BOX 447<br>JACKSONVILLE FL 32201 |
| CREDITOR ID: 393546-55<br>PHILLIPS, DERYL J<br>C/O: JOHN M. LEDYARD, ESQ.<br>JOHN M. LEDYARD, ESQ.<br>1999 BRYAN STREET<br>SUITE 1130<br>DALLAS TX 75201 | CREDITOR ID: 390091-54<br>PHILLIPS, DERYL J<br>1007 MACK PLACE<br>DENTON, TX 76206 | CREDITOR ID: 407082-MS<br>PHILLIPS, DONALD B.<br>8981 COUNTRY CLUB DR<br>DOUGLASVILLE GA 30134 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388928-54<br>PHILLIPS, ETHEL<br>106 EAST OVERDRIVE LANE<br>GASTONIA, NC 28054 | CREDITOR ID: 392833-55<br>PHILLIPS, ETHEL<br>C/O: T.J. SOLOMON, ESQ.<br>GRAY, LAYTON, KERSH, SOLOMON, SIGMON, FU<br>P.O. BOX 2636<br>GASTONIA NC 28053-2636 | CREDITOR ID: 389434-54<br>PHILLIPS, EUGENE<br>311 EAST CHIPPEWA<br>BROOKHAVEN MS 39601 |
| CREDITOR ID: 386861-54<br>PHILLIPS, HOLLY<br>1400 NW 45TH STREET<br>POMPANO BEACH FL 33064 | CREDITOR ID: 385418-54<br>PHILLIPS, JAMES<br>PO BOX 1235<br>PETAL, MS 39465 | CREDITOR ID: 390723-55<br>PHILLIPS, JAMES<br>C/O: FRANK D. MONTAGUE, JR., ESQ.<br>MONTAGUE, PITTMAN & VARNADO, P.A.<br>525 MAIN ST.<br>P.O. DRAWER 1975<br>HATTIESBURG MS 39403-1975 |
| CREDITOR ID: 407083-MS<br>PHILLIPS, JIMMY L<br>6800 WELCH<br>FT. WORTH TX 76133 | CREDITOR ID: 387377-54<br>PHILLIPS, JOANN<br>PO BOX 71<br>MADISON, FL 32340 | CREDITOR ID: 381666-47<br>PHILLIPS, JUAN K<br>1910 W 21 STREET<br>JACKSONVILLE, FL 32209-4736 |
| CREDITOR ID: 407084-MS<br>PHILLIPS, LARRY A.<br>113 LORD BYRON<br>CARY NC 27513 | CREDITOR ID: 389622-54<br>PHILLIPS, LAURA (MINOR)<br>2929 PEBBLE CREEK APTS<br>FORESTDALE, AL 35214 | CREDITOR ID: 392923-55<br>PHILLIPS, SLYVIA D<br>C/O: J. FRANK SMITH, JR.<br>SMITH & CANNON, P.C.<br>P. O. BOX  270<br>MCRAE GA 31055 |
| CREDITOR ID: 389022-54<br>PHILLIPS, SLYVIA D<br>115 CENTER DRIVE<br>SOPERTON, GA 30457 | CREDITOR ID: 400411-85<br>PHILLIPS, VALERIE<br>C/O EBUN AFORO ESQ<br>AFORO & ASSOCIATES, P.C.<br>778 RAYS ROAD<br>SUITE 103<br>STONE MOUNTAIN GA 30083 | CREDITOR ID: 388999-54<br>PHILLIPUS, ETCLE<br>177 NW 7TH AVENUE<br>MIAMI, FL 33169 |
| CREDITOR ID: 392900-55<br>PHILLIPUS, ETCLE<br>C/O: ROBERT J. FENSTERSHEIB<br>ROBERT J. FENSTERSHEIB  P.A.<br>520 W. HALLANDALE BEACH BLVD.<br>HALLANDALE FL 33009 | CREDITOR ID: 279103-32<br>PHILLLIPS LYTLE LLP<br>ATTN:  ALLAN L. HILL<br>437 MADISON AVENUE, 34TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 381730-15<br>PHILLY'S FAMOUS WATER ICE INC<br>ATTN: MAXWELL LAPIN, CORP SEC<br>1102 N 28TH ST<br>TAMPA FL 33605 |
| CREDITOR ID: 405364-95<br>PHILLYS SORBET SWIRL<br>4810 W DR MARTIN LUTHER KING DR W<br>SUITE G<br>TAMPA FL 33614 | CREDITOR ID: 258475-12<br>PHILLY'S SORBET SWIRL<br>ATTN: MAXWELL LAPIN, CORP SEC<br>1102 N 28TH STREET<br>TAMPA, FL 33605 | CREDITOR ID: 385901-54<br>PHILMON, BRENDA<br>800 N. MAGNOLIA AVE, SUITE 107<br>ORLANDO, FL 32803 |
| CREDITOR ID: 391144-55<br>PHILMON, BRENDA<br>C/O: KARL O. KOEPKE, ESQUIRE<br>LAW OFFICES OF KARL O. KOEPKE<br>801 N. MAGNOLIA AVE., SUITE 10<br>ORLANDO, FL 32803 | CREDITOR ID: 388720-54<br>PHILPOT, JENNIFER<br>7201 PINNACLE DRIVE<br>APT H3<br>FORT MYERS FL 33907 | CREDITOR ID: 258476-12<br>PHOEBE CORPORATE HEALTH CENTER<br>2410 SYLVESTER RD<br>ALBANY, GA 31705 |
| CREDITOR ID: 258477-12<br>PHOENIX ASSET MANGEMENT<br>339 CROSSPARK DRIVE<br>PEARL MS 39208 | CREDITOR ID: 381906-30<br>PHOENIX BRANDS INC<br>C/O ROBINSON & COLE LLP<br>ATTN: MICHAEL R ENRIGHT<br>280 TRUMBULL ST<br>HARTFORD CT 06103-3597 | CREDITOR ID: 278990-32<br>PHOENIX BRANDS, INC.<br>ROBINSON & COLE LLP<br>ATTN: MICHAEL R. ENRIGHT<br>280 TRUMBULL STREET<br>HARTFORD CT 06103-3597 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258478-12<br>PHOENIX BRANDS, LLC<br>ATTN LORI S SULLIVAN, DIR CUST OPER<br>1437 W MORRIS STREET<br>INDIANAPOLIS IN 46221 | CREDITOR ID: 258479-12<br>PHOENIX CLOSURES INC<br>ATTN WADDELL STEELE, CR MGR<br>PO BOX 75008<br>CHICAGO, IL 60675-5008 | CREDITOR ID: 258480-12<br>PHOENIX COMMUNITY LEARNING CENTER<br>7030 READING ROAD<br>SUITE 350<br>CINCINNATI OH 45237 |
| CREDITOR ID: 258481-12<br>PHOENIX FIRE PROTECTION INC<br>PO BOX 2881<br>SANFORD NC 27330-2881 | CREDITOR ID: 258482-12<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 |
| CREDITOR ID: 258483-12<br>PHOENIX METALS CO<br>PO BOX 932589<br>ATLANTA GA 31193-2589 | CREDITOR ID: 268262-31<br>PHOENIX PARKS RECREATION DEPT<br>ATTN: LUCY BURKETT<br>601 12TH ST<br>PHENIX CITY AL 36867-5823 | CREDITOR ID: 258484-12<br>PHOENIX REALTY GROUP INC<br>1301 RIVERPLACE BLVD<br>STE 2330<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 258485-12<br>PHOENIX RECYCLING<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 258486-12<br>PHOENIX SUPPORT SYSTEMS<br>PO BOX 3483<br>PHEONIX CITY AL 36868-3483 | CREDITOR ID: 258487-12<br>PHONE STORE COMMUNICATIONS INC<br>ATTN: BETTY J JACKSON, PRES<br>PO BOX 1045<br>MILLBROOK, AL 36054 |
| CREDITOR ID: 383054-51<br>PHP TENN CARE<br>201 EXECUTIVE CENTER DRIVE, STE 300<br>COLUMBIA, SC 29210 | CREDITOR ID: 258488-12<br>PHUONG M TA<br>8205 AUTUMN OAK AVENUE<br>PORT RICHEY FL 34668 | CREDITOR ID: 258490-12<br>PHYLLIS HARDWOOD<br>4172 ABERDEEN CREEK ROAD<br>GLOUCESTER VA 23061 |
| CREDITOR ID: 258491-12<br>PHYLLIS J THOMPSON<br>3104 TIMBERLY LANE<br>LAKELAND FL 33810 | CREDITOR ID: 258492-12<br>PHYLLIS STAINBACK<br>4760 US 1-158 HIGHWAY<br>HENDERSON NC 27537 | CREDITOR ID: 258493-12<br>PHYLLIS T ODUMS<br>PO BOX 1634<br>KINGS MOUNTAIN NC 28086 |
| CREDITOR ID: 258494-12<br>PHYLLIS Y CHURCH<br>200 78TH AVENUE<br>APT 197<br>ST PETERSBURG FL 33702 | CREDITOR ID: 258495-12<br>PHYSICIANS BILLING SERVICES<br>PO BOX 2168<br>SPARTANBURG SC 29304-2168 | CREDITOR ID: 258496-12<br>PHYSICIANS HEALTH CENTER<br>6221 NW 36TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 258497-12<br>PHYSICIANS HEALTH CENTER FLC<br>1448 N KROME AVENUE, SUITE 101<br>FLORIDA CITY, FL 33034 | CREDITOR ID: 258498-12<br>PHYSICIANS TREATMENT CENTER<br>1007 SHEFFIELD DRIVE<br>LYNCHBURG, VA 24502 | CREDITOR ID: 397106-67<br>PIALEX COMMUNICATIONS, INC.<br>C/0 ALEX MARTINEZ<br>14290 SW 122 COURT<br>MIAMI, FL 33186 |
| CREDITOR ID: 403883-94<br>PIAZZA, MICHAEL B<br>214 BLUEFIELD DR<br>SLIDELL LA 70458 | CREDITOR ID: 407085-MS<br>PICARD, PAUL<br>7621 SENTRY OAK CIRCLE E.<br>JACKSONVILLE FL 32256 | CREDITOR ID: 258499-12<br>PICAYUNE ITEM<br>PO BOX 580<br>PICAYUNE, MS 39466-0580 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258500-12<br>PICAYUNE JUNIOR HIGH SCHOOL<br>702 GOODYEAR BLVD<br>PICAYUNE, MS 39466 | CREDITOR ID: 258501-12<br>PICAYUNE MEMORIAL HIGH SCHOOL<br>800 5TH AVE<br>PICAYUNE, MS 39466 | CREDITOR ID: 405877-15<br>PICAYUNE SCHOOL DISTRICT<br>ATTN BRENT HARRELL<br>706 GOODYEAR BLVD<br>PICAYUNE MS 39466 |
| CREDITOR ID: 258503-12<br>PICCOLA DURDEN<br>4510 EVERGLADE STREET<br>COCOA, FL 32937 | CREDITOR ID: 407086-MS<br>PICKARD, DENNIS R.<br>4578 CAT CREEK RD.<br>VALDOSTA GA 31605 | CREDITOR ID: 393470-55<br>PICKARD, NANCY A<br>C/O: ROBERT J. SCANLAN<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 |
| CREDITOR ID: 399276-15<br>PICKARD, NANCY A<br>C/O MORGAN & MORGAN<br>ATTN WILLIAM R DANIEL, ESQ<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 399276-15<br>PICKARD, NANCY A<br>525 3RD AVENUE NE<br>LARGO FL 33770 | CREDITOR ID: 389937-54<br>PICKARD, NANCY A<br>100 E. KENNEDY BLVD<br>TAMPA, FL 33602 |
| CREDITOR ID: 258504-12<br>PICKENS COUNTY CHAPTER RED CROSS<br>LOCAL DISASTER SERVICES<br>PO BOX 2357<br>EASLEY SC 29641 | CREDITOR ID: 258505-12<br>PICKENS COUNTY FAMILY COURT<br>PO BOX 777<br>PICKENS, SC 29671 | CREDITOR ID: 258506-12<br>PICKENS COUNTY MEDICAL CENTER<br>PO BOX 478<br>CARROLLTON AL 35447-0478 |
| CREDITOR ID: 258507-12<br>PICKENS COUNTY NATURAL GAS DISTRICT<br>PO BOX 492<br>ALICEVILLE AL 35442 | CREDITOR ID: 318302-42<br>PICKENS COUNTY TREASURER<br>LOCKBOX OPERATION<br>COLUMBIA SC 29202-1210 | CREDITOR ID: 2478-07<br>PICKENS PARTNERSHIP<br>P.O BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 258511-12<br>PICKENS SENTINEL<br>PO BOX 95<br>PICKENS, SC 29671-0095 | CREDITOR ID: 268264-31<br>PICKETTS MILL DEPT NTRL RSRCS<br>ATTN: CHARLES WINCHESTER<br>4432 MOUNT TABOR CHURCH R<br>DALLAS GA 30157 | CREDITOR ID: 399711-53<br>PICKETTVILLE ROAD LANDFILL<br>5150 PICKETTVILLE ROAD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 386297-54<br>PICKLES, MAUDE<br>325 S.E. BISBEE LOOP<br>LEE FL 32059 | CREDITOR ID: 389902-54<br>PICKRON, ANGELA<br>216 WILLOW AVE<br>OAK HILL, FL 32759 | CREDITOR ID: 393440-55<br>PICKRON, ANGELA<br>C/O: SCOTT ZIRCLE, ESQ.<br>BOGIN, MUNNS & MUNNS<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 258513-12<br>PICKWICK DIST CO-BEER<br>PO BOX 3626<br>MUSCLE SHOALS, AL 35662-3626 | CREDITOR ID: 278938-30<br>PICTSWEET FROZEN FOODS<br>PO BOX 198233<br>ATLANTA, GA 30384-8233 | CREDITOR ID: 258515-12<br>PIEDMONT CHEERWINE BOTTLING COMPANY<br>ATTN MICHAEL S BAUK<br>PO BOX 697<br>SALISBURY NC 28144 |
| CREDITOR ID: 258516-12<br>PIEDMONT COFFEE SERVICE<br>PO DRAWER 5159<br>HICKORY, NC 28603 | CREDITOR ID: 376620-44<br>PIEDMONT DISTRIBUTING<br>PO BOX 3389<br>WEST COLUMBIA, SC 29171 | CREDITOR ID: 258518-12<br>PIEDMONT ELECTRIC MOTOR REPAIR<br>4635 US HWY 220 N BUSINESS<br>ASHEBORO NC 27203 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258519-12<br>PIEDMONT ELECTRIC REPAIR<br>PO BOX 2318<br>HIGH POINT NC 27261 | CREDITOR ID: 743-03<br>PIEDMONT ENERGY<br>4339 SOUTH TRYON STREET<br>CHARLOTTE NC 28217 | CREDITOR ID: 381132-47<br>PIEDMONT EQUIPMENT AND SERVICE<br>ATTN: ACCTS REC<br>308 ZACHARY WAY<br>GARNER, NC 27529 |
| CREDITOR ID: 258520-12<br>PIEDMONT FASTENERS INC<br>PO BOX 19024<br>3705 BOREEN DRIVE<br>GREENSBORO NC 27419 | CREDITOR ID: 381294-47<br>PIEDMONT GOLF CARS INC<br>393 S OAK RIDGE ROAD<br>OAKBORO, NC 28129 | CREDITOR ID: 258521-12<br>PIEDMONT HAWTHORNE<br>FAYETTEVILLE LOCATION<br>3003 CONTROL TOWER ROAD<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 258522-12<br>PIEDMONT HEALTHCARE<br>ATTN KERRY RHODES<br>PO BOX 1845<br>STATESVILLE, NC 28687 | CREDITOR ID: 258523-12<br>PIEDMONT HOME TEXTILES CORP<br>PO BOX 267<br>WALHALLA SC 29691 | CREDITOR ID: 258525-12<br>PIEDMONT NATIONAL CORP<br>PO BOX 530103<br>DEPT GA00510<br>ATLANTA, GA 30353-0103 |
| CREDITOR ID: 258524-12<br>PIEDMONT NATIONAL CORP<br>PO BOX 102384<br>ATLANTA GA 30368-0384 | CREDITOR ID: 258526-12<br>PIEDMONT NATIONAL CORPORATION<br>1570 JEAN STREET<br>MONTGOMERY AL 36107 | CREDITOR ID: 381960-15<br>PIEDMONT NATURAL GAS<br>ATTN W G HARTSELL, DIST MGR<br>PO BOX 1149<br>HICKORY NC 28232 |
| CREDITOR ID: 258528-12<br>PIEDMONT NATURAL GAS CO<br>PO BOX 75047<br>CHARLOTTE, NC 28275-5047 | CREDITOR ID: 258527-12<br>PIEDMONT NATURAL GAS CO<br>PO BOX 33068<br>CHARLOTTE, NC 28233-6097 | CREDITOR ID: 744-03<br>PIEDMONT NATURAL GAS CO<br>ATTN SHARON D MITCHELL<br>PO BOX 33068<br>CHARLOTTE NC 28233-3068 |
| CREDITOR ID: 405908-93<br>PIEDMONT NATURAL GAS COMPANY<br>C/O FIRSTPOINT COLLECTION RESOURCE<br>225 COMMERCE ST<br>PO BOX 26140<br>GREENSBORO NC 27402-6140 | CREDITOR ID: 258529-12<br>PIEDMONT PARADE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ONE BUCKHEAD PLAZA   STE 1855<br>ATLANTA GA 30305 | CREDITOR ID: 258530-12<br>PIEDMONT PRIME CARE OF DANVILLE<br>130 ENTERPRISE DRIVE<br>DANVILLE, VA 24540 |
| CREDITOR ID: 258531-12<br>PIEDMONT TOOL RENTAL & PLUMB<br>2633 WILKINSON BLVD<br>CHARLOTTE NC 28208 | CREDITOR ID: 258532-12<br>PIEDMONT TRUCK TIRES INC<br>ATTN KIM CLEWIS<br>PO BOX 18228<br>GREENSBORO, NC 27419-8228 | CREDITOR ID: 258533-12<br>PIEDMONT VAN & TRUCK INC<br>C/O HENRY CO GEN DIST COURT<br>3160 KINGS MTN RD SUITE A<br>MARTINSVILLE VA 24112 |
| CREDITOR ID: 258534-12<br>PIEDMONT WEST URGENT CARE CENTER<br>1190 FILBERT HIGHWAY<br>SUITE 110<br>YORK, SC 29745 | CREDITOR ID: 258535-12<br>PIEDMONT WINE DISTRIBUTING<br>PO BOX 3389<br>WEST COLUMBIA, SC 29171 | CREDITOR ID: 405366-95<br>PIEDMONT WINE DISTRIBUTING<br>PO BOX 1946<br>SALISBURY NC 28145-1946 |
| CREDITOR ID: 258536-12<br>PIEDRAHITA HERNANDO<br>16620 FULWAR SKIPWITH<br>BARON ROUGE LA 70810 | CREDITOR ID: 258537-12<br>PIEMONT PRIMECARE OF DANVILLE INC<br>130 ENTERPRISE DRIVE<br>DANVILLE VA 24540 | CREDITOR ID: 258538-12<br>PIERCE METALS INC<br>1224 5TH STREET<br>BRISTOL TN 37620 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258539-12<br>PIERCE PLUMBING INC<br>1518 NORTH MAIN STREET<br>HATTIESBURG, MS 39401 | CREDITOR ID: 268265-31<br>PIERCE WASTE WATER TREATMENT<br>ATTN: MICHAEL C PIERCE<br>138 HILLVIEW DR NW<br>CLEVELAND TN 37312-6225 | CREDITOR ID: 386122-54<br>PIERCE, CARMEN<br>1401 SOUTH 29TH AVENUE<br>HOLLYWOOD, FL 33020 |
| CREDITOR ID: 391304-55<br>PIERCE, CARMEN<br>C/O: HELEN A FARBER ESQ<br>ROSEN & ROSEN, P.A.<br>4000 HOLLYWOOD BLVD<br>SUITE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 407087-MS<br>PIERCE, DONALD<br>P.O. BOX 2823<br>CLEVELEND TN 37320 | CREDITOR ID: 407630-15<br>PIERCE, DONALD E<br>6 CAMERON LANE<br>SANTA FE NM 87505 |
| CREDITOR ID: 385992-54<br>PIERCE, KIARA<br>5855 NORTH HAVERHILL ROAD<br>#3602<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 386028-54<br>PIERCY, GERALDINE<br>6859 BOSTON DRIVE<br>LANTANA, FL 33462 | CREDITOR ID: 385350-54<br>PIEROTTI, LINDA W<br>4125 COASTAL HWY<br>APT 134<br>SAINT AUGUSTINE, FL 32085 |
| CREDITOR ID: 390657-55<br>PIEROTTI, LINDA W<br>C/O: RICHARD A STAGGARD ESQ<br>FARAH, FARAH, & ABBOTT, P.A.<br>1301 PLANTATION ISLAND DRIVE<br>SUITE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 403516-15<br>PIERRE FOODS, INC<br>ATTN RICHARD RUMPLER, CR MGR<br>9990 PRINCETON ROAD<br>CINCINNATI OH 45246 | CREDITOR ID: 258540-12<br>PIERRE FROZEN FOODS<br>PO BOX 90402<br>CHICAGO, IL 60696-0402 |
| CREDITOR ID: 405367-95<br>PIERRE FROZEN FOODS<br>LOCATION 00260<br>CINCINNATI OH 45264-0260 | CREDITOR ID: 391851-55<br>PIERRE, FEZAHRY (MINOR)<br>C/O MATTHEWS FENDERSON, PA<br>ATTN CLINT L JOHNSON, ESQ<br>1307 E ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 387266-54<br>PIERRE, FEZAHRY (MINOR)<br>732 PLATO AVE<br>ORLANDO, FL 32809 |
| CREDITOR ID: 393313-55<br>PIERRE, JESSICA ST.<br>C/O: JEFF SANFORD, ESQUIRE<br>SANFORD & ASSOCIATES<br>5800 ONE PERKINS PLACE<br>SUITE 5-F<br>BATON ROUGE LA 70808 | CREDITOR ID: 389662-54<br>PIERRE, JESSICA ST.<br>2603 S. MAGNOLIA DRIVE<br>BAKER, LA 70714 | CREDITOR ID: 400195-86<br>PIERRE, MARIE GEORGES<br>990 N.E. 158TH ST.<br>N. MIAMI BEACH   FL 33162 |
| CREDITOR ID: 388037-54<br>PIERRE, MELINA<br>170 NE 10TH ST<br>HOMESTEAD, FL 33030 | CREDITOR ID: 392311-55<br>PIERRE, MELINA<br>C/O: JACK B WOODARD<br>WOODARD & NORTH<br>9350 SOUTH DIXIE HIGHWAY<br>SUITE 1540<br>MIAMI FL 33156 | CREDITOR ID: 263989-12<br>PIERRE, VALERIE<br>13517 OLEARY AVENUE<br>BATON ROUGE, LA 70814 |
| CREDITOR ID: 389116-54<br>PIERRE-LOUIS, LUDIANNA<br>645 NW 15TH TERRACE, APT #1<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 393001-55<br>PIERRE-LOUIS, LUDIANNA<br>C/O: KENNETH V HEMMERLE, ESQ.<br>KENNETH V HEMMERLE II<br>1322 NORTHEAST FOURTH AVE<br>SUITE E<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 388474-54<br>PIERRE-LOUIS, MARGARETTE<br>21310 NE 12TH COURT NORTH<br>NORTH MIAMI BEACH, FL 33179 |
| CREDITOR ID: 392562-55<br>PIERRE-LOUIS, MARGARETTE<br>C/O LAURENCE EDWARD ZIEPER, PA<br>ATTN L ZIEPER OR T SHERMAN, ESQS<br>4770 BISCAYNE BLVD, SUITE 1430<br>MIAMI FL 33137 | CREDITOR ID: 386997-54<br>PIERRE-LOUIS, NARDINE<br>3155 NW 41ST STREET<br>LAUDERDALE LAKES FL 33309 | CREDITOR ID: 264842-12<br>PIERSON, WILLIAM<br>4323 TODD AVENUE<br>CINCINNATI, OH 45239 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269334-16<br>PIGGIE PARK ENTERPRISES, INC.<br>C/O GLEN W. LAFORCE, SR.<br>COURTYARD BUILDING<br>32 OFFICE PARK ROAD STE 111<br>HILTON HEAD ISLAND, SC 29928 | CREDITOR ID: 268266-31<br>PIKE CNTY WTR & SEWERAGE AUTH<br>ATTN: TOM LACEY<br>110 JACKSON ST<br>ZEBULON GA 30295 | CREDITOR ID: 258542-12<br>PIKE COUNTY JUSTICE CRT<br>PO BOX 509<br>MAGNOLIA MS 39652-0509 |
| CREDITOR ID: 318306-42<br>PIKE COUNTY REVENUE COMMISSIONER<br>200 EAST BAY STREET<br>TROY AL 39652 | CREDITOR ID: 258544-12<br>PIKE COUNTY SHERIFF<br>PO BOX 839<br>PIKEVILLE KY 41502 | CREDITOR ID: 258546-12<br>PIKE ROAD ELECTRIC CO INC<br>P OB OX 640187<br>PIKE ROAD, AL 36064 |
| CREDITOR ID: 253145-12<br>PIKE, JOANN<br>56001 PHOENIX COURT<br>CALLAHAN, FL 32011 | CREDITOR ID: 258547-12<br>PIKES PEAK<br>5418 POWELL STREET<br>HARAHAN, LA 70123-2307 | CREDITOR ID: 318830-43<br>PIKEVILLE IND. BOARD OF EDUCATION<br>PO BOX 2010<br>PIKEVILLE KY 41502 |
| CREDITOR ID: 258548-12<br>PIKNIK PRODUCTS<br>PO BOX 9388<br>MONTGOMERY AL 36108 | CREDITOR ID: 403885-94<br>PILCHER, RONNIE<br>347 UNION AVE<br>CRESCENT CITY FL 32112 | CREDITOR ID: 258549-12<br>PILGRIMS PRIDE CORP<br>PO BOX 532497<br>ATLANTA GA 30353-2497 |
| CREDITOR ID: 382068-36<br>PILGRIM'S PRIDE CORP<br>KIM LAWRENCE<br>PO BOX 93<br>DEPT 24<br>PITTSBURG TX 75686-0093 | CREDITOR ID: 258554-12<br>PILGRIMS PRIDE CORPORATION<br>PO BOX 911709<br>DALLAS, TX 75391-1709 | CREDITOR ID: 258553-12<br>PILGRIMS PRIDE CORPORATION<br>PO BOX 7275<br>BROADWAY VA 22815 |
| CREDITOR ID: 258552-12<br>PILGRIMS PRIDE CORPORATION<br>PO BOX 71193<br>CHICAGO, IL 60694-1193 | CREDITOR ID: 258551-12<br>PILGRIMS PRIDE CORPORATION<br>PO BOX 530152<br>ATLANTA GA 30353-0152 | CREDITOR ID: 258555-12<br>PILGRIMS PRIDE DULUTH<br>PO BOX 402763<br>ATLANTA, GA 30384 |
| CREDITOR ID: 246866-12<br>PILKINGTON, CONNIE<br>114 LILLY D DRIVE<br>STERRETT AL 35147 | CREDITOR ID: 258556-12<br>PILLETERI'S SEASONING IN<br>813 SHADES CREST ROAD<br>BIRMINGHAM, AL 35226 | CREDITOR ID: 386664-54<br>PILOTO, MICHELLE<br>684 CREEKWOOD DR<br>ORLANDO FL 32809 |
| CREDITOR ID: 268267-31<br>PILOTS INCOME TAX BOOKKEEPING<br>ATTN: WILLIAM PILOT<br>1231 E RAINES RD STE 119<br>MEMPHIS TN 38116-5840 | CREDITOR ID: 258557-12<br>PIN GALLERY BY SALES GUIDES<br>PO BOX 64784<br>ST PAUL MN 55164-0784 | CREDITOR ID: 258558-12<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 |
| CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 | CREDITOR ID: 258559-12<br>PINE HIGH SCHOOL<br>27164 HWY 62<br>FRANKLINTON, LA 70438 | CREDITOR ID: 258560-12<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT MYERS, FL 33906 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 1708-07
PINE ISLAND SHOPPING CENTER
C/O THE BIRCH CO
PO BOX 61156
FT  MYERS, FL 33906

CREDITOR ID: 258561-12
PINE PLAZA
C/O URBAN RETAIL PROPERTIES CO
925 SOUTH FEDERAL HIGHWAY
BOCA RATON, FL 33432

CREDITOR ID: 1709-07
PINE PLAZA
C/O URBAN RETAIL PROPERTIES CO
925 SOUTH FEDERAL HIGHWAY
BOCA  RATON, FL 33432

CREDITOR ID: 315889-40
PINEBELT PARTNERS INC
PO BOX 6426
LAUREL, MS 39441

CREDITOR ID: 390312-54
PINEIRO, JOSE
257 AMBERGRIS DRIVE
ORLANDO, FL 32822

CREDITOR ID: 394148-56
PINEIRO, LOURDES
12432 BASMATE DR.
ORLANDO, FL 32829

CREDITOR ID: 394749-57
PINEIRO, LOURDES
C/O JAMES LYNCH
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 258563-12
PINEL L P
16250 N DALLAS PARKWAY
SUITE 204
DALLAS TX 75248

CREDITOR ID: 258564-12
PINEL LP
C/O COMERICA BANK - TEXAS
PO BOX 891534
DALLAS TX 75389-1534

CREDITOR ID: 1710-RJ
PINEL LP
C/O COMERICA BANK - TEXAS
PO BOX 891534
DALLAS, TX 75389-1534

CREDITOR ID: 268268-31
PINELLAS COUNTY PLG COUNCIL
ATTN: DAVID HEALEY
14 S FORT HARRISON AVE
CLEARWATER FL 33756-5105

CREDITOR ID: 258565-12
PINELLAS COUNTY SHERIFFS OFFICE
C/O THE PINELLAS COUNTY SHERIFFS
PO DRAWER 2500
LARGO FL 33779-2500

CREDITOR ID: 258567-12
PINELLAS COUNTY TAX COLLECTOR
PO BOX 1729
PROPERTY TAX
CLEARWATER, FL 33757-1729

CREDITOR ID: 258568-12
PINELLAS COUNTY UTILITIES
PO BOX 1780
CLEARWATER, FL 33757

CREDITOR ID: 258569-12
PINELLAS EDUCATION FOUNDATION
12090 STARKEY ROAD
LARGO FL 33773

CREDITOR ID: 258570-12
PINELLAS HEAT ELITE INC
VOLLEYBALL CLUB
ATTN: KIMBERLY FOSTER, SE/TREAS
2756 WINDSONG CIRCLE
PALM HARBOR, FL 34684

CREDITOR ID: 258571-12
PINEPOINT ASSOCIATES
THE BEACH CO
PO BOX 607
CHARLESTON, SC 29402

CREDITOR ID: 258572-12
PINEROOTS LLC
%GORDON P SUMMERS JR MGR
PO BOX 1565
LAKE CITY, FL 32056

CREDITOR ID: 1711-07
PINEROOTS LLC
C/O GORDON P SUMMERS JR MGR
PO BOX 1565
LAKE CITY, FL 32056

CREDITOR ID: 258574-12
PINES CARTER OF FLORIDA, INC
C/O PINES GROUP INC
ATTN R PINES, PRES OR G PINES, ESQ
3301 PONCE DELEON BLVD
CORAL GABLES, FL 33134

CREDITOR ID: 1712-07
PINES CARTER OF FLORIDA, INC
C/O PINES GROUP INC
ATTN R PINES, PRES OR G PINES, ESQ
3301 PONCE DELEON BLVD
CORAL GABLES, FL 33134

CREDITOR ID: 258573-12
PINES HIGHLAND SQUARE ASSOC
3301 PONCE DE LEON BLVD
PH SUITE
CORAL GABLES FL 33134

CREDITOR ID: 258575-12
PINETREE APARTMENT
7600 ANTLERS LANE
CHARLOTTE NC 28210

CREDITOR ID: 258576-12
PINETREE PARTNERS LTD
C/O FLOWERS CONSTRUCTION CO
ATTN: REBECCA COTTO
113 BASCOM COURT, SUITE A
COLUMBUS, GA 31909

CREDITOR ID: 1713-07
PINETREE PARTNERS LTD
C/O FLOWERS CONSTRUCTION CO
ATTN: REBECCA COTTO
113 BASCOM COURT, SUITE A
COLUMBUS, GA 31909-8562

CREDITOR ID: 258577-12
PINEVIEW MIDDLE SCHOOL
1115 W 28TH ST
COVINGTON, LA 70433

CREDITOR ID: 258578-12
PINEVILLE ELEMENTARY
835 MAIN ST
PINEVILLE, LA 71360

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258579-12<br>PINEVILLE ELEMENTARY SCHOOL<br>5192 MENGE AVENUE<br>GULFPORT, MS 39503 | CREDITOR ID: 258580-12<br>PINEVILLE POLICE DEPT<br>PO BOX 249<br>PINEVILLE, NC 28134 | CREDITOR ID: 258581-12<br>PINEWOOD PLAZA ASSOCIATES<br>ATTN RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK  STE 214<br>CHARLOTTE, NC 28226 |
| CREDITOR ID: 376674-44<br>PINKINS, PRUDY<br>JAX DIV STORE# 175<br>131 BEACON ST<br>CAMILLA, GA 31730 | CREDITOR ID: 390333-54<br>PINKNEY, ROBERT (MINOR)<br>3080 NW 186 TERRACE<br>MIAMI, FL 33056 | CREDITOR ID: 388669-54<br>PINKSTON, KIMBERLY<br>290 PEACOCK LANE<br>SHELBYVILLE TN 37160 |
| CREDITOR ID: 268269-31<br>PINNACLE DEVELOPMENT GROUP LLC<br>ATTN: GLEN CARRICO<br>1859 JOHNSON RD<br>GERMANTOWN TN 38139-3593 | CREDITOR ID: 258582-12<br>PINNACLE FOOD PRODUCTS<br>PO BOX 1186<br>BEDFORD PARK, IL 60499-1186 | CREDITOR ID: 279263-35<br>PINNACLE FOODS CORP<br>ATTN: CHRISTOPHER W STAUB<br>SIX EXECUTIVE CAMPUS<br>CHERRY HILL NJ 08002 |
| CREDITOR ID: 258583-12<br>PINNACLE FOODS CORP FROZEN FOOD<br>DEPT CH10181<br>PALATINE, IL 60055-0181 | CREDITOR ID: 258584-12<br>PINNACLE MANAGEMENT INC<br>PO BOX 28890<br>ST LOUIS MO 63123 | CREDITOR ID: 258585-12<br>PINNACLE SERVICES<br>C/O MARCUS JACKSON<br>PO BOX 368<br>DUPLESSIS, LA 70728 |
| CREDITOR ID: 395703-65<br>PINNACLE SWEEPER<br>PO BOX 368<br>DUPLESSIS, LA 70728 | CREDITOR ID: 258586-12<br>PINNEASTCOM<br>1221 SUNSET BOULVARD<br>WEST COLUMBIA SC 29169 | CREDITOR ID: 388417-54<br>PINNER-MOORE, GINA<br>7 OAKWOOD COURT<br>TUSCALOOSA, AL 35401 |
| CREDITOR ID: 392514-55<br>PINNER-MOORE, GINA<br>C/O: MILTON BROWN, JR., ATTY.<br>MILTON BROWN, JR., ATTORNEY AT LAW, PC.<br>2608 8TH ST.<br>TUSCALOOSA AL 35401 | CREDITOR ID: 258587-12<br>PINO DIESEL<br>324 NORTH PINO ROAD<br>MOCKSVILLE, NC 27028 | CREDITOR ID: 386348-54<br>PINO, GLORIA<br>330 SW 5TH AVENUE #6<br>MIAMI FL 33130 |
| CREDITOR ID: 391437-55<br>PINO, GLORIA<br>C/O: TOM CONROY<br>FRIEDMAN & BROWN, LLC<br>2020 NE 163RD ST., STE 300<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 390413-54<br>PINON, JUNIOR A<br>11277 NW 5 TERRACE<br>MIAMI FL 33172 | CREDITOR ID: 258588-12<br>PINPOINT PROPERTIES INC<br>ATTN CARL STOUDEMIRE<br>189 SAN JUAN DRIVE<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 258589-12<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 387881-54<br>PINTON, MARITZA<br>1035 NW 122ND COURT<br>MIAMI, FL 33182 |
| CREDITOR ID: 392163-55<br>PINTON, MARITZA<br>C/O: MARC HANNON, ESQ.<br>HANNON  & HANNON P.A.<br>224 W. FLAGER ST.<br>MIAMI FL 33130 | CREDITOR ID: 258591-12<br>PIONEER CREDIT RECOVERY<br>PO BOX 100<br>26 EDWARD STREET<br>ARCADE NY 14009 | CREDITOR ID: 258592-12<br>PIONEER GRAPHICS<br>PO BOX 855<br>FITZGERALD, GA 31750 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 399296-15
PIONEER GROWERS COOPERATIVE
C/O ADELMAN LAW OFFICES, PC
ATTN DAVID A ADELMAN, ESQ
1320 TOWER ROAD, SUITE 114
SCHAUMBURG IL 60173

CREDITOR ID: 278939-30
PIONEER GROWERS COOPERATIVE
PO BOX 490
BELLE GLADE, FL 33430

CREDITOR ID: 258594-12
PIONEER NATIONAL LATEX CO
PO BOX 71357
CLEVELAND, OH 44191

CREDITOR ID: 258595-12
PIONEER NEWS
PO BOX 98
SHEPERDSVILLE, KY 40165-0098

CREDITOR ID: 258597-12
PIONEER PAPER & PLASTICS INC
PO BOX 1351
VALDOSTA, GA 31601-1351

CREDITOR ID: 381936-15
PIONEER PAPER & PLASTICS, INC
C/O FORD BOWLUS DUSS MORGAN ET AL
ATTN MICHAEL BOWLUS, ESQ
10110 SAN JOSE BLVD
JACKSONVILLE FL 32257

CREDITOR ID: 382069-36
PIONEER PAPER & PLASTICS, INC
PHYLLIS FAYE PHALEN
1030 N ELLIS RD
JACKSONVILLE FL 32254

CREDITOR ID: 258596-12
PIONEER PAPER & PLASTICS, INC
PO BOX 37248
JACKSONVILLE, FL 32236

CREDITOR ID: 381451-47
PIONEER PRINTING INC
%TOWNE SERVICES PROCESSING CTR
P O BOX 105165
ATLANTA, GA 30348

CREDITOR ID: 384292-47
PIONEER PRINTING INC
PO BOX 947
FITZGERALD, GA 31750

CREDITOR ID: 258598-12
PIONEER PROCESSORS
121 HOWARD JOHNSON RD
AMERICUS, GA 31709

CREDITOR ID: 258599-12
PIONEER RUBBER & GASKET CO INC
PO BOX 1015
TUCKER GA 30085

CREDITOR ID: 258600-12
PIONEER TRANSFER
4284 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 258601-12
PIP PRINTING
ATTN NANCY SPIVEY, SEC/TREAS
455 SOUTH MAIN STREET
HIGH POINT NC 27260-6634

CREDITOR ID: 381615-47
PIPER FIRE PROTECTION INC
PO BOX 9005
LARGO, FL 33771

CREDITOR ID: 407088-MS
PIPER SR., WILLIAM R.
4926 MOTOR YACHT DRIVE
JACKSONVILLE FL 32225

CREDITOR ID: 391701-55
PIPER, SUZANNE
C/O: BRADLEY G. SMITH, ESQ.
SMITH, FEDDELER,F SMITH & MILES, P.A.
P.O. BOX 1089
832 SOUTH FLORIDA AVE
LAKELAND FL 33802

CREDITOR ID: 399557-82
PIPPIN, SHERRIE A.
3837 FREDERICK SON STREET
SOUTHPORT  FL 32409

CREDITOR ID: 386853-54
PISAROWICZ, ANTONI
8775 20TH STREET
LOT 495
VERO BEACH FL 32966

CREDITOR ID: 399637-15
PISCOPO, GENNARD
C/O NEUFELD KLEINBERG & PINKIERT
ATTN ROBERT PINKIERT, ESQ
2641 NE 207TH STREET
AVENURA FL 33180

CREDITOR ID: 245357-12
PITCHER, CHRISTOPHER M
23972 SPRINGS LOOP ROAD
BERRY AL 35546

CREDITOR ID: 258602-12
PITMAN & SONS INC
PO BOX 12529
5400 LONGLEAF STREET
JACKSONVILLE, FL 32209

CREDITOR ID: 386228-54
PITMAN, HAROLD S
1309 E. LARUA STREET
PENSACOLA FL 32501

CREDITOR ID: 382297-51
PITNEY BOWES
10 MIDDLE STREET, 15TH FLOOR
BRIDGEPORT, CT 06604

CREDITOR ID: 397662-72
PITNEY BOWES
PO BOX 856042
LOUISVILLE, KY 40285-6042

CREDITOR ID: 404021-15
PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI
27 WATERVIEW DRIVE
SHELTON CT 06484-5151

CREDITOR ID: 258604-12
PITNEY BOWES CREDIT CORPORATION
2225 AMERICAN DR
NEENAH WI 54956-1005

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                   **CASE:** 05-03817-3F1

CREDITOR ID: 258605-12
PITNEY BOWES CREIDT CORP
PO BOX 5151
SHELTON CT 06484-7151

CREDITOR ID: 258606-12
PITNEY BOWES INC
P O  BOX 856390
LOUISVILLE, KY 40285-6390

CREDITOR ID: 393259-55
PITTER, EDNA BERNICE
C/O ROBERT RUBENSTEIN, ESQ
9350 S DIXIE HWY STE 1110
MIAMI FL 33156

CREDITOR ID: 390472-54
PITTER, EDNA BERNICE
17034 SW 119TH PLACE
MIAMI, FL 33177

CREDITOR ID: 258608-12
PITTMAN BROS COMPANY
PO BOX 8035
WEST PALM BEACH, FL 33407

CREDITOR ID: 258609-12
PITTMAN BROTHERS CO
1616 N DIXIE
WEST PALM BEACH FL 33407

CREDITOR ID: 258610-12
PITTMAN INC - MKT
5700 LUCY GRADE RD
ASHFORD, AL 36312

CREDITOR ID: 384293-47
PITTMAN PACKING CO INC
PO BOX 365
SHARON, GA 30664

CREDITOR ID: 407089-MS
PITTMAN, A.D.
517 COMPTON RD.
RALEIGH NC 27609

CREDITOR ID: 247281-12
PITTMAN, CRYSTAL R
305 LOCK ROAD
#10
DEERFIELD BEACH FL 33442

CREDITOR ID: 248910-12
PITTMAN, ELLA C
3800 THIRTEENTH ST
HARVEY, LA 70058

CREDITOR ID: 407090-MS
PITTMAN, JOHNNY L.
334 SMALLWOOD AVE.
FT. PIERCE FL 34982

CREDITOR ID: 388510-54
PITTMAN, MADELINE
2636 APT 117C BROOK
LUTCHER, LA 70071

CREDITOR ID: 392590-55
PITTMAN, MADELINE
C/O: RANDAL L. GAINES
RANDAL L. GAINES
311 DEVON
LAPLACE LA 70068

CREDITOR ID: 263269-12
PITTMAN, TOWANA
1409 APT M CUNNINGHAM STREET
GREENSBORO, NC 27401

CREDITOR ID: 394195-56
PITTS, ROBERT
201 EAST DALE STREET
APT H
MONTGOMERY AL 36117

CREDITOR ID: 397923-76
PITTS, RODERICK R.
2315 LANECREST DRIVE
CHARLOTTE, NC 28215

CREDITOR ID: 388360-54
PITTS, TERRANCE
2810 NW 172ND TERRACE
OPA LOCKA, FL 33056

CREDITOR ID: 392461-55
PITTS, TERRANCE
C/O: SCOTT MARGULES
LAW OFFICES OF SCOTT MARGULES
20801 BISCAYNE BLVD
NORTH MIAMI BEACH FL 33180

CREDITOR ID: 392784-55
PITTS, TERRANCE
C/O: MARK N. HIRSCH ESQ.
20801 BISCAYNE BLVD
MIAMI FL 33180

CREDITOR ID: 376630-44
PITTSBURG TANK & TOWER CO INC
515 PENNEL ST  P O BOX 517
HENDERSON, KY 42419-0517

CREDITOR ID: 258612-12
PITTSBURG TANK & TOWER CO INC
PO BOX 517
HENDERSON, KY 42419

CREDITOR ID: 382119-51
PITTSBURG TANK & TOWER INC.
PO BOX 913
HENDERSON, KY 42419

CREDITOR ID: 269225-16
PIVEN, CHARLES J.
LAW OFFICES OF CHARLES J. PIVEN, PA
401 EAST PRATT STREET
SUITE 2525
BALTIMORE, MD 21202

CREDITOR ID: 258613-12
PIZ INDUSTRIES
PO BOX 111300
NASHVILLE, TN 37222

CREDITOR ID: 258614-12
PK PRESSURE KLEEN INC
PO BOX 415
ROSS OH 45061

CREDITOR ID: 382178-51
PLACEMART, INC.
8517 N DIXIE DRIVE, SUITE 900
DAYTON, OH 45414

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258615-12<br>PLACID REFINING CO LLC<br>PO BOX 54832<br>NEW ORLEANS LA 70154-4832 | CREDITOR ID: 268270-31<br>PLACIDO BAYOU COMMUNITY ASSN<br>ATTN: KEVIN MOLONEY<br>4691 LAUREL OAK LN NE<br>SAINT PETERSBURG FL 33703-3132 | CREDITOR ID: 242051-12<br>PLAISANCE, ALLYSON A<br>149 AUBURN PLACE<br>KENNER, LA 70065 |
| CREDITOR ID: 258616-12<br>PLANET PRODUCTS CORP<br>PO BOX 640171<br>CINCINNATI OH 45264-0171 | CREDITOR ID: 399437-15<br>PLANK ROAD PARTNERSHIP<br>ATTN: JAMES H SCHULTZ<br>3111 FAIRWAY DRIVE<br>BATON ROUGE LA 70809 | CREDITOR ID: 268271-31<br>PLANNING & DEV REVIEW BD<br>ATTN: GARY MAIDHOF<br>3600 W SOVEREIGN PATH<br>LECANTO FL 34461-7727 |
| CREDITOR ID: 268273-31<br>PLANNING & ZONING<br>ATTN: STERLING WATSON<br>1B E JEFFERSON ST<br>QUINCY FL 32351-2405 | CREDITOR ID: 268272-14<br>PLANNING & ZONING<br>ATTN: ANNE CATINNA<br>204 ASH ST<br>FERNANDINA BEACH FL 32034-4230 | CREDITOR ID: 268274-31<br>PLANNING & ZONING OFFICE<br>ATTN: WAYNE MCCULLEN<br>420 4TH ST<br>NATCHITOCHES LA 71457-4424 |
| CREDITOR ID: 268276-14<br>PLANNING AND BUDGET GA OFF<br>ATTN: TOM WAGNER<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 268275-14<br>PLANNING AND BUDGET GA OFF<br>ATTN: RONALD NAWROCKI<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 268277-31<br>PLANNING AND DEVELOPMENT SVCS<br>ATTN: RICHARD WOOTEN<br>240 PINE AVE<br>ALBANY GA 31701-2560 |
| CREDITOR ID: 268278-31<br>PLANNING ASSISTANCE OFFICE<br>ATTN: PHIL MAPLES<br>446 METROPLEX DR STE 128<br>NASHVILLE TN 37211-3139 | CREDITOR ID: 268279-31<br>PLANNING COMM<br>ATTN: BAORNEY ARCENEAUX<br>208 E RAILROAD ST<br>GONZALES LA 70737-2958 | CREDITOR ID: 268280-31<br>PLANNING COMMUNITY DEV 81<br>ATTN: CHUCK STEPHENSON<br>118 W DAVIS ST<br>CULPEPER VA 22701-3018 |
| CREDITOR ID: 268282-31<br>PLANNING DEPARTMENT<br>ATTN: JACK ARTHUR<br>31 COASTAL CENTRE TRL<br>SANTA ROSA BEACH FL 32459-0502 | CREDITOR ID: 268281-31<br>PLANNING DEPARTMENT<br>ATTN: BOB WILSON<br>477 HOUSTON ST<br>GREEN COVE SPRINGS FL 32043-2438 | CREDITOR ID: 258617-12<br>PLANT CITY LOCK & KEY<br>1002 S COLLINS STREET<br>PALNT CITY, FL 33566 |
| CREDITOR ID: 258619-12<br>PLANT INSTRUMENTS CO<br>12 EUHARLEE ROAD<br>SUITE H<br>CHARTERSVILLE GA 30120 | CREDITOR ID: 258620-12<br>PLANT WORKS INC<br>PO BOX 57515<br>JACKSONVILLE, FL 32241-7515 | CREDITOR ID: 258621-12<br>PLANTAIN PRODUCTS CO<br>5821 EAST CAUSEWAY BLVD<br>TAMPA, FL 33619 |
| CREDITOR ID: 268283-31<br>PLANTATION ACRES IMPRV DST<br>ATTN: SHARON URIA<br>1701 N HIATUS RD<br>FORT LAUDERDALE FL 33323-2235 | CREDITOR ID: 258622-12<br>PLANTATION CENTER PARTNERS LTD<br>% M2 REALTY CORP(ANDREW LAX- VP)<br>777 BRICKELL AVE  STE 1200<br>MIAMI, FL 33131 | CREDITOR ID: 258623-12<br>PLANTATION CHILDRENS ART GUILD<br>109 SURREY LANE<br>PONTE VEDRA FL 32082 |
| CREDITOR ID: 258624-12<br>PLANTATION ELEMENTARY<br>1801 KALISTE SALOOM RD<br>LAFAYETTE, LA 70592 | CREDITOR ID: 258625-12<br>PLANTATION FISHERIES<br>BOX 374<br>TAVEINER, FL 33070 | CREDITOR ID: 258627-12<br>PLANTATION PROPANE INC<br>PO BOX 3146<br>THOMASVILLE, GA 31799-3146 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 377736-44
PLANTE, WILL
MTG DIV STORE# 432
1778 COUNTY ROAD 69
NEWVILLE, AL 36353

CREDITOR ID: 258628-12
PLANTERS TIRE & AUTO SERVICE INC
293 LINCOLN AVENUE
FITZGERALD GA 31750

CREDITOR ID: 258629-12
PLAQUEMINE HIGH SCHOOL
PO BOX 326
PLAQUEMINE LA 70764

CREDITOR ID: 258630-12
PLAQUEMINE POST SOUTH
PO BOX 589
PLAQUEMINE, LA 70765-0589

CREDITOR ID: 258631-12
PLAS PLUMBING INC
ATTN JANET LOUIS, VP
8805 LANCASTER AVE
CINCINNATI, OH 45242

CREDITOR ID: 376633-44
PLASTECH
205 WEST DUARTE ROAD
MONROVIA, CA 91016

CREDITOR ID: 258632-12
PLASTECH SPECIALITIES COMPANY
205 WEST DUARTE ROAD
MONROVIA, CA 91016

CREDITOR ID: 258633-12
PLASTIC DISPLAY PRODUCTS
1260 LIBERTY WAY
VISTA CA 92081

CREDITOR ID: 258634-12
PLASTIC PACKAGING
PO BOX 60746
CHARLOTTE NC 28260

CREDITOR ID: 258635-12
PLASTIC PROCESS EQUIPMENT INC
PO BOX 670425
NORTHFIELD, OH 44067

CREDITOR ID: 258636-12
PLASTIC SUPPLY & FAB
PO BOX 4281
NEW ORLEANS, LA 70178-4281

CREDITOR ID: 381812-48
PLATINUM EQUITY
ATTN MS MARY ANN SIGLER
2049 CENTURY PARK EAST, STE 2700
LOS ANGELES CA 90067

CREDITOR ID: 258637-12
PLATINUM FINANCIAL SERVICES CORP
C/O HENRICO COUNTY GEN DIST COURT
4301 EAST PARHAM ROAD
RICHMOND VA 23328

CREDITOR ID: 258638-12
PLATINUM PLUMBING OF BREVARD INC
PO BOX 100525
PALM BAY, FL 32910

CREDITOR ID: 385767-54
PLATT, MILDRED
826 KENYON ST
CHARLESTON, SC 29407

CREDITOR ID: 407779-93
PLATTE RIVER INSURANCE COMPANY
4610 UNIVERSITY AVENUE
PO BOX 5900
MADISON WI 53705-0900

CREDITOR ID: 258639-12
PLAUCHEVILLE ELEMENTARY
PO BOX 60
SCHOOL LOOP 50
PLAUCHEVILLE, LA 71362

CREDITOR ID: 373529-44
PLAYER, ADDISON*
CHR DIV STORE# 2003
11715-D WINDY CREEK DR
CHARLOTTE, NC 28262

CREDITOR ID: 373528-44
PLAYER, ADDISON*
CHR DIV 2024
11715-D WINDY CREEK DR
CHARLOTTE NC 28262

CREDITOR ID: 258640-12
PLAYERS WIVES FASHION SHOW
DEPAUL SCHOOL
6620 ARLINGTON EXPRESSWAY
JACKSONVILLE, FL 32211

CREDITOR ID: 279264-35
PLAYTEX
ATTN: JAIME G PALANCA
50 N DUPONT HWY
PO BOX 7016
DOVER DE 19903-1516

CREDITOR ID: 258641-12
PLAYTEX FAMILY PRODUCTS
PO BOX 60901
CHARLOTTE, NC 28260-0001

CREDITOR ID: 405371-95
PLAYTEX FAMILY PRODUCTS
PO BOX 7016
CREDIT DEPT
DOVER DE 199037016

CREDITOR ID: 258642-12
PLAZA DEVELOPMENT
TRI-CITY SHOPPING CTR
ROCKINGHAM NC 28379

CREDITOR ID: 258643-12
PLAZA INN & SUITES
798 I-10 SERVICE ROAD
SLIDELL, LA 70461

CREDITOR ID: 258644-12
PLAZA WEST 15190117351
WACHOVIA BANK ACCT# 2151901173514
BANK BY MAIL DEPT
PO BOX 522817
MIAMI, FL 33152-2817

CREDITOR ID: 1716-07
PLAZA WEST 15190117351
ATTN: EDMUND TERRY
211 ALEXANDER PAM RD
BOCA RATON FL 33432

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258645-12<br>PLEASANT HILL ELEMENTARY<br>725 AVENUE C<br>BOGALUSA, LA 70427 | CREDITOR ID: 381475-47<br>PLEASANT VALLEY ATHLETIC BOOSTER CLUB<br>815 SOUTH PELHAM ROAD<br>JACKSONVILLE, AL 36265 | CREDITOR ID: 258646-12<br>PLEASANTS CONTRACT HARDWARE<br>PO BOX 5258<br>WINSTON SALEM, NC 27113-5258 |
| CREDITOR ID: 407091-MS<br>PLESE, DONALD<br>1724 CALOOSA ESTATE CT.<br>LABELLE FL 33935 | CREDITOR ID: 258647-12<br>PLF INC<br>110 E PROGRESS DRIVE<br>WEST BEND, WI 53095 | CREDITOR ID: 405373-95<br>PLF INC<br>1935 STONEBRIDGE ROAD<br>WESTBEND WI 53095 |
| CREDITOR ID: 258648-12<br>PLIANT CORP<br>PO BOX 932415<br>ATLANTA, GA 31193-2415 | CREDITOR ID: 405374-95<br>PLIANT CORP<br>DEPT CH 10296<br>PALATINE IL 60055-0296 | CREDITOR ID: 258649-12<br>PLIANT SOLUTIONS CORP<br>PO BOX 932939<br>ATLANTA, GA 31193-2939 |
| CREDITOR ID: 258650-12<br>PLOCHMAN INC<br>PO BOX 97235<br>CHICAGO, IL 60678-7235 | CREDITOR ID: 258652-12<br>PLUM TREE SHOPPING CENTER<br>POST OFFICE BOX 1663<br>DECATUR, AL 35602 | CREDITOR ID: 376635-44<br>PLUMBERS SUPPLY CO INC<br>PO BOX 6149<br>LOUISVILLE, KY 40206-0149 |
| CREDITOR ID: 258653-12<br>PLUMBERS SUPPLY COMPANY<br>ATTN DAVID TILFORD, CORP CR MGR<br>1000 E MAIN ST<br>PO BOX 6149<br>LOUISVILLE, KY 40206-0149 | CREDITOR ID: 258654-12<br>PLUMBING PARTS<br>914 CEDAR LANE RD<br>GREENVILLE SC 29611 | CREDITOR ID: 403888-94<br>PLUMER, JIMMIE W<br>1198 WILLOW LAKE RD<br>MERIDIAN MS 39305 |
| CREDITOR ID: 258655-12<br>PLUMLEY & BUCCI LLC<br>107 ENTERPRISE PATH<br>SUITE 306<br>HIRAM GA 30141 | CREDITOR ID: 385756-54<br>PLUMMER, LATASHIA<br>9220 GREENLEAF RD.<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 391031-55<br>PLUMMER, LATASHIA<br>C/O: GRAYLING E BRANNON, ESQ<br>LAW OFFICES OF GRAYLING E BRANNON, P.A.<br>1536 JEFFERSON STREET NORTH<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 258657-12<br>PLUMROSE USA INC<br>PO BOX 7247-7565<br>PHILADELPHIA, PA 19170-7565 | CREDITOR ID: 258656-12<br>PLUMROSE USA INC<br>ATTN ELVIRA LAGANA, CR MGR<br>7 LEXINGTON AVENUE<br>EAST BRUNSWICK NJ 08816 | CREDITOR ID: 315833-40<br>PLUNKETT, H C<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE, MS 38606 |
| CREDITOR ID: 1402-07<br>PLUNKETT, H.C.<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE MS 38606 | CREDITOR ID: 315834-40<br>PLUNKETT, HC<br>PO BOX 5306<br>JACKSON, MS 39296-5306 | CREDITOR ID: 258658-12<br>PLUS MARK<br>PO BOX 92330 N<br>CLEVELAND OH 44193 |
| CREDITOR ID: 258659-12<br>PLUS MARK INC<br>ONE AMERICAN ROAD<br>CLEVELAND OH 44144 | CREDITOR ID: 399693-YY<br>PMAT FLAMINGO LLC<br>C/O PROPERTY ONE INC<br>PO BOX 50080<br>NEW ORLEANS LA 70161 | CREDITOR ID: 384294-47<br>PMG OCEAN ASSOCIATES 11 LLC CO<br>PO BOX 1000<br>DEPT 197-1932<br>MEMPHIS, TN 38148 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383142-99<br>PMG OCEAN ASSOCIATES LP<br>C/O WANDER & ASSOCIATES PC<br>ATTN: DAVID H WANDER, ESQ<br>641 LEXINGTON AVENUE, 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 268284-31<br>PML INTERNATIONAL<br>ATTN: LYNDA KEDY<br>2825 CARDINAL LAKE CIR<br>DULUTH GA 30096-3925 | CREDITOR ID: 258660-12<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD SUITE 120<br>CHARLOTTE, NC 28209 |
| CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD<br>SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 258661-12<br>PMX LOGISTICS<br>9735-A NORTHCROSS CENTER COURT<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 278542-24<br>PNC<br>230 S. TRYON STREET<br>SUITE 700<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 315890-40<br>PNC BANK<br>REF: ORIX CAPITAL MARKETS LLC<br>1200 E CAMPBELL ROAD<br>SUITE 108<br>RICHARDSON, TX 75081 | CREDITOR ID: 258662-12<br>PNC BANK PHILADELPHIA<br>LOCKBOX 31001-0363<br>465 N HALSTEAD<br>SUITE 160<br>PASADENA, CA 91107 | CREDITOR ID: 1718-RJ<br>PNC BANK PHILADELPHIA<br>LOCKBOX 31001-0363<br>465 N HALSTEAD<br>PASADENA, CA 91107-1524 |
| CREDITOR ID: 752-03<br>PNG PROPANE<br>3817 SOUTH TRYON STREET<br>CHARLOTTE NC 28217 | CREDITOR ID: 258663-12<br>PNG PROPANE CO<br>PO BOX 6<br>HICKORY, NC 28603 | CREDITOR ID: 258664-12<br>PNUCOR<br>PO BOX 60607<br>CHARLOTTE NC 28260 |
| CREDITOR ID: 245194-12<br>POARCH, CHERYL<br>419 VIRGO LANE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 258665-12<br>POCHE WELDING INC<br>4950 RIVER ROAD<br>MARRERO LA 70072-1850 | CREDITOR ID: 399811-84<br>POCHE, JENNIFER<br>1040 PEOPLE STREET<br>THIBODAUX LA 70301 |
| CREDITOR ID: 377480-44<br>PODSIADLIK, TIMOTHY D<br>MTG DIV GROCERY COORDINATOR<br>15500 W BEAVER ST<br>BALDWIN, FL 32234 | CREDITOR ID: 279088-99<br>PODVEY, SACHS, MEANOR, ET AL.<br>ATTN:  ROBERT K. SCHEINBAUM<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | CREDITOR ID: 386931-54<br>POE, CYNTHIA K<br>838 LACKEY RD LOT 1<br>COVINGTON GA 30014 |
| CREDITOR ID: 388785-54<br>POE, TERRY<br>15819 BRADY DRIVE<br>BROOKWOOD, AL 35444 | CREDITOR ID: 392740-55<br>POE, TERRY<br>C/O: RITCHIE TIPTON, ESQ.<br>RITCHIE L. TIPTON ATTORNEY AT LAW<br>1010A 22ND AVEL (35401)<br>P.O. BOX 2622<br>TUSCALOOSA AL 35403 | CREDITOR ID: 258666-12<br>POHL & SHORT PA<br>PO BOX 3208<br>WINTER PARK FL 32790 |
| CREDITOR ID: 389152-54<br>POHLMAN, CINDY<br>2921 NE 9  AVENUE<br>POMPANO BEACH, FL 33060 | CREDITOR ID: 393026-55<br>POHLMAN, CINDY<br>C/O: MARIA PRUNSKIS<br>2501 E. COMMERCIAL BLVD.<br>#216<br>FT. LAUDERDALE FL 33308 | CREDITOR ID: 258667-12<br>POINCIANA FAMILY MEDICAL CNTR<br>820 CYPRESS PKWY<br>POINCIANA FL 34759 |
| CREDITOR ID: 389732-54<br>POINDEXTER, EVELYN<br>1814 BELL AVENUE<br>DENTON TX 76201 | CREDITOR ID: 258668-12<br>POINT 360<br>PO BOX 51337<br>LOS ANGELES, CA 90051-5637 | CREDITOR ID: 241163-11<br>POINTE COUPEE<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 000092<br>PO BOX 290<br>NEW ROAD, LA 70760-0290 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 258670-12
POINTE COUPEE BANNER
PO BOX 400
123 ST MARY STREET
NEW ROADS, LA 70760

CREDITOR ID: 258671-12
POINTE COUPEE CENTRAL
8434 POINT COUPEE RD
MORGANZA, LA 70759

CREDITOR ID: 753-03
POINTE COUPEE ELEC MEMBER CORP
PO BOX 160
NEW ROADS LA 70760

CREDITOR ID: 258669-12
POINTE COUPEE ELECTRIC
ATTN KATHY STEELE, COLL SUPERV
PO BOX 160
NEW ROADS, LA 70760-0160

CREDITOR ID: 258672-12
POINTE COUPEE PAR
PO BOX 290
SALES TAX DIVISION
NEW ROADS, LA 70760-0290

CREDITOR ID: 268285-14
POINTE COUPEE PARISH ASSESSOR
ATTN: JAMES A LAURENT
211 E MAIN ST STE 4
NEW ROADS LA 70760-3661

CREDITOR ID: 258673-12
POINTE COUPEE PECAN COMPANY
PO BOX 10
GLYNN LA 70736-0010

CREDITOR ID: 268286-14
POINTE CPEE PARISH POLICE JURY
ATTN: OWEN J BELLO
160 E MAIN ST
NEW ROADS LA 70760-3506

CREDITOR ID: 387688-54
POIROUX, CAROL
9701 POIROUX ROAD
THEODORE AL 36582

CREDITOR ID: 403345-83
POIRRIER COURT REPORTING
143 RIDGEWAY DR. STE 226
LAFAYETTE LA 70503

CREDITOR ID: 258674-12
POKON & CHRYSAL USA
3063 NORTHWEST 107TH AVENUE
MIAMI, FL 33172

CREDITOR ID: 389363-54
POLAND, DEAN M
6307 DAVIS HILL ROAD
HARRISON TN 37341

CREDITOR ID: 258675-12
POLARIS ASSOCIATES INC
2915 STATE ROAD 590
SUITE 17
CLEARWATER FL 33759

CREDITOR ID: 258676-12
POLICE & FIREMENS ASSOCIATION
176 HARRISON HILL COURT
DEATSVILLE AL 36022

CREDITOR ID: 258677-12
POLICE ATHLETIC LEAGUE
PO BOX 12256
JACKSONVILLE FL 32209

CREDITOR ID: 258678-12
POLICE OFFICE ASSISTANT TRUST FUND
16901 NE 19TH AVENUE
NORTH MIAMI BEACH FL 33162-3153

CREDITOR ID: 268287-14
POLICY & BUDGET OFFICE
ATTN: KATHRYN BENBOW
1601 STATE CAPITAL BLDG
TALLAHASSEE FL 32301

CREDITOR ID: 268288-31
POLK CO WATER AUTH
ATTN: WAYNE BROWN
1381 ROCKMART HWY
CEDARTOWN GA 30125-3351

CREDITOR ID: 258679-12
POLK COUNTY BOARD OF CNTY COMMIS
330 WEST CHURCH STREET
BARTOW FL 33831-9005

CREDITOR ID: 258681-12
POLK COUNTY TAX COMMISSIONER
144 WEST AVENUE
SUITE  A
PROPERTY TAX
CEDARTOWN GA 30125-3434

CREDITOR ID: 388684-54
POLK, CATINA
5018 TOULON STREET
NEW ORLEANS LA 70126

CREDITOR ID: 392720-55
POLK, CATINA
C/O C RAY MURRY ESQ.
1009 NORTH CARNATION ST # E
SLIDELL LA 70460

CREDITOR ID: 258683-12
POLKS MEAT PRODUCTS
ATTN: STACEY ANDERSON
PO BOX 1190
MAGEE, MS 39111

CREDITOR ID: 388086-54
POLLARD, ROBERT
2406 CULPEPPER WOOD DR
DUNCAN, SC 29334

CREDITOR ID: 392349-55
POLLARD, ROBERT
C/O: HENRY J MIMS ESQ.
HENRY J MIMS AND ASSOCIATES
100 EAST POINSETT ST.
GREER SC 29651

CREDITOR ID: 256253-12
POLLITT, MICHAEL
616 FIRST AVENUE
LADY LAKE FL 32159

CREDITOR ID: 407092-MS
POLLOCK JR., JESSE T.
9921 FARMINGTON
BEN BROOK TX 76126

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407093-MS<br>POLLOCK, RICHARD<br>28021 SOUTHWEST 162 AVE.<br>HOMESTEAD FL 33033 | CREDITOR ID: 386492-54<br>POLSKI, CHARLES<br>12374 CUMBERLAND DRIVE<br>LARGO FL 33773 | CREDITOR ID: 258684-12<br>POLY MEDICA HEALTHCARE INC<br>PO BOX 845859<br>BOSTON, MA 02284-5859 |
| CREDITOR ID: 405375-95<br>POLY MEDICA HEALTHCARE INC<br>P O BOX 340070<br>BOSTON MA 02241-0470 | CREDITOR ID: 258686-12<br>POLYCLIP SYSTEMS CORP<br>1000 TOWER ROAD<br>MUNDELEIN IL 60060 | CREDITOR ID: 258685-12<br>POLY-PRO INC<br>PO BOX 1942<br>ROSWELL, GA 30077-1942 |
| CREDITOR ID: 258687-12<br>POLYTAINERS GROUP<br>PO BOX 71723<br>CHICAGO, IL 60694-1723 | CREDITOR ID: 279125-32<br>POM WONDERFUL LLC<br>ATTN:  BARBARA VELACO, ESQ.<br>PO BOX 30119<br>LOS ANGELES CA 90030-0119 | CREDITOR ID: 242638-12<br>POMEROY, ASLEIGH D<br>1226 SW ESTEBAN AVENUE<br>PT ST LUCIE FL 34953 |
| CREDITOR ID: 268289-31<br>POMPANO CITY BEACH PK & RECRTL<br>ATTN: GREGORY WALKER<br>901 NW 10TH ST<br>POMPANO BEACH FL 33060-5355 | CREDITOR ID: 1918-07<br>POMPANO MARKETPLACE T/A WESTERN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 258688-12<br>POMPANO RADIATORS UNLIMITED<br>327 N DIXIE HIGHWAY<br>POMPANO BEACH, FL 33060 |
| CREDITOR ID: 258689-12<br>POMPEIAN, INC<br>ATTN LLOYD S MAILMAN, ESQ<br>PO BOX 8863<br>BALTIMORE, MD 21224-0863 | CREDITOR ID: 258690-12<br>POMWONDERFUL LLC<br>11444 W OLYMPIC BLVD, SUITE 210<br>LOS ANGELES, CA 90064 | CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 258691-12<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 400196-86<br>PONCE, RAMONA<br>685 ASHLAND CT.<br>DELTONA   FL 32725 | CREDITOR ID: 258692-12<br>PONCHARTRAIN ELEMENTARY<br>1500 W CAUSEWAY APPROACH<br>MANDEVILLE, LA 70471 |
| CREDITOR ID: 258693-12<br>PONCHATOULA HIGH SCHOOL<br>19452 HWY 22 E<br>PONCHATOULA, LA 70454 | CREDITOR ID: 258694-12<br>PONCHATOULA TIMES<br>PO BOX 743<br>PONCHATOULA, LA 70454-0743 | CREDITOR ID: 388836-54<br>POND, ROSEMARY<br>208 PIONEER TRAIL<br>WEATHERFORD TX 76087-7186 |
| CREDITOR ID: 258695-12<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 268290-31<br>PONTCHATRAIN LEVEE BOARD<br>ATTN: STEVE CUPID<br>9620 LA 44<br>CONVENT LA 70723-2832 |
| CREDITOR ID: 258698-12<br>PONTE VEDRA CORPORATION<br>PO BOX 40505<br>JACKSONVILLE, FL 32203-0505 | CREDITOR ID: 258699-12<br>PONTE VEDRA INN AND CLUB<br>200 PONTE VEDRA BOULEVARD<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 258700-12<br>PONTE VEDRA WOMENS CLUB INC<br>PO BOX 957<br>PONTE VERDA BEACH FL 32004 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403889-94<br>PONTIFF, GREGORY T<br>PO BOX 214<br>FRANKLIN LA 70538 | CREDITOR ID: 258701-12<br>PONTOTOC COUNTY TAX COLLECTOR<br>COURTHOUSE BUILDING<br>PROPERTY TAX<br>PONTOTOC MS 38863 | CREDITOR ID: 757-03<br>PONTOTOC ELECTRIC POWER ASSN.<br>PO BOX 718<br>PONTOTOC MS 38863 |
| CREDITOR ID: 258702-12<br>PONTOTOC ELECTRIC POWER ASSOC<br>120 S MAIN  PO BOX 718<br>PONTOTOC, MS 38863 | CREDITOR ID: 262870-12<br>PONTOTOC PROGRESS, THE<br>PO BOX 210<br>PONTOTOC, MS 38863 | CREDITOR ID: 258703-12<br>PONY EXPRESS<br>PO BOX 811659<br>BOCA RATON FL 33481-1659 |
| CREDITOR ID: 258704-12<br>POOF TOY PRODUCTS<br>PO BOX 701394<br>PLYMOUTH, MI 48170-0964 | CREDITOR ID: 256214-12<br>POOL, MICHAEL D<br>1771 N BROAD STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 381625-47<br>POOLE, MALCOLM JR<br>712 ABERCROMBIE ROAD<br>HONEA PATH, SC 29654 |
| CREDITOR ID: 392588-55<br>POOLE, SAMUEL JR<br>C/O: TIM L. FIELDS<br>TIM L. FIELDS<br>7611 MAPLE ST, SUITE C<br>NEW ORLEANS LA 70118 | CREDITOR ID: 388507-54<br>POOLE, SAMUEL JR<br>2422 ST. THOMAS ST.<br>NEW ORLEANS, LA 70130 | CREDITOR ID: 387350-54<br>POOLE, SHERMANE<br>3 JOHNSON STREET<br>MONTGOMERY, AL 36110 |
| CREDITOR ID: 391923-55<br>POOLE, SHERMANE<br>C/O SANDRA HOLSTON LEWIS, ESQ<br>207 MONTGOMERY STREET, STE 1010<br>MONTGOMERY AL 36104 | CREDITOR ID: 258705-12<br>POORE BROTHERS<br>FILE 0952<br>DENVER, CO 80256-0952 | CREDITOR ID: 405376-95<br>POORE BROTHERS<br>3500 S LA COMETA<br>GOODYEAR AZ 85338 |
| CREDITOR ID: 386868-54<br>POORE, THOMAS<br>34 LOVE DRIVE<br>FRANKLIN NC 28734 | CREDITOR ID: 395479-64<br>POP RADIO<br>10395A DEMOCRACY LANE<br>FAIRFAX, VA 22030 | CREDITOR ID: 258706-12<br>POP ROCK INC<br>10395A DEMOCRACY LANE<br>ATTN LOUIS VALENTINE<br>FAIRFAX VA 22030 |
| CREDITOR ID: 386623-54<br>POPE, HAZEL<br>4140 MOUNTAIN DALE ROAD<br>VILAS NC 28692 | CREDITOR ID: 385776-54<br>POPE, JOHN<br>777 NW 155TH LANE<br>APT PH3<br>MIAMI, FL 33169 | CREDITOR ID: 389871-54<br>POPE, LISA<br>PO BOX 1721<br>CRAWFORDVILLE, FL 32326 |
| CREDITOR ID: 393410-55<br>POPE, LISA<br>C/O: RANDY VINCENT PELHAM<br>PELHAM & ANDREWS<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 392690-55<br>POPPELL, SHARON<br>C/O: RANDY PELHAM<br>PELHAM & ANDREWS<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 |
| CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 258707-12<br>POPPS FERRY ELEMENTARY SCHOOL<br>364 NELSON ROAD<br>BILOXI, MS 39531 | CREDITOR ID: 258708-12<br>POPPS FERRY MS DEV<br>PO BOX 81322<br>MOBILE, AL 36689 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1721-07<br>POPPS FERRY MS DEV<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 258709-12<br>POPPY DAVIS<br>13403 LIDCOMB AVENUE<br>LOUISVILLE KY 40272 | CREDITOR ID: 258710-12<br>POPS GOLDEN GEMS<br>PO BOX 227<br>GRAND COTEAU, LA 70541 |
| CREDITOR ID: 258711-12<br>PORKY PRODUCTS<br>PO BOX 18057<br>NEWARK NJ 07191 | CREDITOR ID: 258712-12<br>PORT 80 SOFTWARE<br>5252 BALBOA AVENUE<br>SUITE 605<br>SAN DIEGO CA 92117 | CREDITOR ID: 258713-12<br>PORT A PIT BBQ SOUTHERN CATERERS<br>408 F NORTHSIDE DRIVE<br>VALDOSTA GA 31602 |
| CREDITOR ID: 258715-12<br>PORT AUTHORITY OF NY & NJ<br>PO BOX 17505<br>NEWARK NJ 07194 | CREDITOR ID: 258714-12<br>PORT AUTHORITY OF NY & NJ<br>PO BOX 95000-1523<br>PHILADELPHIA, PA 19195-1523 | CREDITOR ID: 258716-12<br>PORT CHARLOTTE HIGH SCHOOL<br>18200 TOLEDO BLADE BLVD<br>PORT CHARLOTTE FL 33948 |
| CREDITOR ID: 268291-31<br>PORT CHRLTTE BCH RCRTION FCLTY<br>ATTN: LAURA KLEISHOEFT<br>2300 EL JOBEAN RD<br>PORT CHARLOTTE FL 33948-1120 | CREDITOR ID: 258717-12<br>PORT CONSOLIDATED<br>PO BOX 350430<br>FT LAUDERDALE, FL 33335 | CREDITOR ID: 405377-95<br>PORT CONSOLIDATED<br>PO BOX 680400<br>MIAMI FL 33168-0400 |
| CREDITOR ID: 268292-31<br>PORT O LET A WASTE MGT CO<br>ATTN: DAVE SCHOENBERGER<br>7382 TALONA DR<br>MELBOURNE FL 32904-1643 | CREDITOR ID: 258718-12<br>PORT SALERNO ELEMENTARY<br>4890 SOUTH EAST JACK AVENUE<br>STUART FL 34997 | CREDITOR ID: 268293-31<br>PORT ST JOE CITY OF<br>ATTN: TERRY MC DANIEL<br>1002 10TH ST<br>PORT SAINT JOE FL 32456-1638 |
| CREDITOR ID: 268294-31<br>PORT TAMPA COMMUNITY CENTER<br>ATTN: DON HAMMER<br>4719 W PRESCOTT ST<br>TAMPA FL 33616-2534 | CREDITOR ID: 268295-31<br>PORT WENTWORTH CITY OF INC<br>ATTN: TIMOTHY HOLBROOK<br>305 S COASTAL HWY<br>PRT WENTWORTH GA 31407-2001 | CREDITOR ID: 258719-12<br>PORTA WELD MARINE SERVICE INC<br>18417 HUCKLEBERRY RD<br>FT MYERS, FL 33912 |
| CREDITOR ID: 247403-12<br>PORTA, CYNTHIA<br>15066 SW 63RD STREET<br>MIAMI, FL 33193 | CREDITOR ID: 258721-12<br>PORTABLE SANITATION & SERVICE INC<br>PO BOX 47281<br>JACKSONVILLE FL 32247 | CREDITOR ID: 268296-31<br>PORTER ASSOCIATES<br>ATTN: FRANK PORTER<br>712 N GROVE ST<br>EUSTIS FL 32726-2923 |
| CREDITOR ID: 258724-12<br>PORTER PAINTS<br>304 NORTH MAIN ST<br>SUITE C<br>MAULDIN SC 29662 | CREDITOR ID: 258723-12<br>PORTER PAINTS<br>300 SOUTH WASHINGTON BOULEVARD<br>SARASOTA FL 34236 | CREDITOR ID: 399425-99<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>ATTN: JAMES BOTTI<br>41 SOUTH HIGH ST, 31ST FL<br>COLUMBUS OH 43215 |
| CREDITOR ID: 243450-12<br>PORTER, BEVERLY<br>2239 THURMAN DRIVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 392457-55<br>PORTER, DORIS E<br>C/O: JEFFERY C. DUFFEY<br>JEFFERY C. DUFFEY<br>600 S. MCDONOUGH STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 388357-54<br>PORTER, DORIS E<br>1004 SOUTH 25TH STREET<br>MOUNT VERNON, IL 62864 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389775-54
PORTER, GEORGE
512 HANDSOME 104
MELBOURNE FL 32940

CREDITOR ID: 385355-54
PORTER, JEFF
5150 4TH STREET NORTH
APT # 380
SAINT PETERSBURG, FL 33703

CREDITOR ID: 399382-79
PORTER, JEFFREY
C/O CHARLES R SCULLY LAW OFFICES
ATTN HOWARD CHAPPELL, ESQ
3835 CENTRAL AVENUE
ST PETERSBURGH FL 33713

CREDITOR ID: 400366-85
PORTER, MAXINE
C/O MARK J DEARMAN
DEARMAN & GERSAN, P.A.
150 NORTH UNIVERSITY DRIVE
SUITE 200
PLANTATION FL 33324

CREDITOR ID: 389632-54
PORTER, PAULINE
3109 CHIPCO
TAMPA, FL 33605

CREDITOR ID: 407094-MS
PORTER, WILLIAM F.
2620 INGELWOOD
LAKE CITY FL 32055

CREDITOR ID: 258726-12
PORTERS LOCKSMITHS INC
13801 NW 27 AVE
OPA LOCKA, FL 33054

CREDITOR ID: 258725-12
PORTER'S PARKING AREA MAINT
1108 LOFT COVE
EVANSVILLE, IN 47715

CREDITOR ID: 258727-12
PORTFOLIO RECOVERY ASSOCIATES LLC
7765 SW 87TH AVENUE
SUITE 101
% HAYT HAYT & LANDAU
MIAMI FL 33173

CREDITOR ID: 385414-54
PORTILLO, ANGELA M
4872 REGWALD RD
ORLANDO, FL 32829

CREDITOR ID: 389526-54
PORTO, MANUEL
6464 WEST 13TH AVENUE
HIALEAH, FL 33012

CREDITOR ID: 393198-55
PORTO, MANUEL
C/O: ANDREA COX
ARRICK, LEVINE & PEACOCK
9130 SOUTH DADELAND BLVD.
SUITE 1128
MIAMI FL 33156

CREDITOR ID: 268297-31
PORTSMUTH RDVLPMENT HSING AUTH
ATTN: DANNY CRUCE
1729 COLUMBUS AVE
PORTSMOUTH VA 23704-4230

CREDITOR ID: 385399-54
POSADA, BLANCA
5960 NW 186TH ST
HIALEAH, FL 33015

CREDITOR ID: 390706-55
POSADA, BLANCA
C/O RODRIGO L SAAVEDRA JR, ESQ
3000 N FEDERAL HIGHWAY, STE 200
FORT LAUDERDALE FL 33306

CREDITOR ID: 385468-54
POSADA, DUBER
11382 SW 73RD TERRACE
MIAMI, FL 33173

CREDITOR ID: 390769-55
POSADA, DUBER
C/O: EDWARD P. BUSCH, ESQUIRE
LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.
9100  S. DADELAND BLVD.
SUITE 1010
MIAMI FL 33156

CREDITOR ID: 407708-15
POSADAS, HOLLY
C/O LAW OFFICE OF LAURI J GOLDSTEIN
ATTN LAURI J GOLDSTEIN ESQ
160 NW CENTRAL PARK PLAZA #101
SAINT LUCIE WEST FL 34986-1825

CREDITOR ID: 258728-12
POSITIVE PROMOTIONS
15 GILPIN AVENUE
HAUPPAUGE NY 11788

CREDITOR ID: 382441-51
POST & COURIER, THE
ATTN CAL PURVIS, CR MGR
134 COLUMBUS STREET
CHARLESTON, SC 29403

CREDITOR ID: 395551-15
POST & COURIER, THE
C/O SZABO ASSOCIATES INC
ATTN MARILYN ZIMMERMAN
3355 LENOX ROAD, 9TH FLOOR
ATLANTA GA 30326

CREDITOR ID: 258730-12
POST MASTER
706 A JAKE ALEXANDER BLVD
SALISBURY NC 28144

CREDITOR ID: 258731-12
POST NET
10915-109 BAYMEADOWS ROAD
JACKSONVILLE, FL 32256

CREDITOR ID: 268304-31
POST OFFICE GARAGE GREENVILLE
ATTN: DEAN TUCKER
4603 DAIRY DR
GREENVILLE SC 29607-3731

CREDITOR ID: 258732-12
POST SEARCHLIGHT
PO BOX 277
BAINBRIDGE, GA 39818-0277

CREDITOR ID: 258733-12
POST SOUTH NEWSPAPER
PO BOX 589
PLAQUEMINE, LA 70764

CREDITOR ID: 242392-12
POST, ANGELINE
22238 PEACHLAND BLVD
PORT CHARLOTTE, FL 33954

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258734-12<br>POSTAGE BY PHONE<br>PO BOX 856042<br>LOUISVILLE KY 40285-6042 | CREDITOR ID: 258735-12<br>POSTAL CENTER INTL INC<br>PO BOX 8084<br>FT LAUDERDALE, FL 33310-8084 | CREDITOR ID: 405378-95<br>POSTAL CENTER INTL INC<br>PO BOX 918678<br>ORLANDO FL 32891-8678 |
| CREDITOR ID: 258736-12<br>POSTAL PRIVILEGE<br>PO BOX 856042<br>LOUISVILLE KY 40285 | CREDITOR ID: 258738-12<br>POSTCARD FACTORY<br>PO BOX 100475<br>ATLANTA, GA 30384-0475 | CREDITOR ID: 258737-12<br>POSTCARD FACTORY<br>1031 ST FERNINAND ST<br>NEW ORLEANS, LA 70117 |
| CREDITOR ID: 399440-15<br>POSTCARD FACTORY, THE<br>ATTN SHAM MARAJ<br>2801 JOHN STREET<br>MARKHAM ON L3R 2Y8<br>CANADA | CREDITOR ID: 258749-12<br>POSTMASTER<br>US POSTAL SERVICE INDUSTRIAL BRANCH<br>5686 FULTON INDUST BLVD<br>ATLANTA GA 30336 | CREDITOR ID: 258745-12<br>POSTMASTER<br>PO BOX 7448<br>OFFICE BOX RENT<br>HIGH POINT, NC 27264 |
| CREDITOR ID: 258744-12<br>POSTMASTER<br>EAST INNES STREET<br>SALISBURY, NC 28144 | CREDITOR ID: 258743-12<br>POSTMASTER<br>604 E FRONT STREET<br>CLAYTON NC 27520 | CREDITOR ID: 258742-12<br>POSTMASTER<br>2312 PRESTON STREET<br>LOUISVILLE KY 40217-9998 |
| CREDITOR ID: 258741-12<br>POSTMASTER<br>223 E BANK STREET<br>GRANITE QUARRY, NC 28072 | CREDITOR ID: 258740-12<br>POSTMASTER<br>200 S BOSTIAN STREET<br>CHINA GROVE, NC 28023 | CREDITOR ID: 258739-12<br>POSTMASTER<br>1100 KINGS RD<br>GENERAL MAIL CENTER<br>JACKSONVILLE, FL 32203-9998 |
| CREDITOR ID: 258750-12<br>POSTMASTER - ARROWOOD STATION PO<br>11333 GRANITE ST #2<br>CHARLOTTE NC 28241 | CREDITOR ID: 258751-12<br>POSTMASTER FORT LAUDERDALE<br>1900 W OAKLAND PARK BLVD<br>FORT LAUDERDALE FL 33310 | CREDITOR ID: 258752-12<br>POSTMASTER SALISBURY<br>1804 W INNES STREET<br>SALISBURY NC 28146 |
| CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 258753-12<br>POTTER SQUARE ASSOCIATES<br>% PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 |
| CREDITOR ID: 407763-99<br>POTTER SQUARE ASSOCIATES<br>C/O ROSEN LAW GROUP LLC<br>ATTN: MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | CREDITOR ID: 244609-12<br>POTTER, CAROL<br>PO BOX 146<br>WATERFORD WI 53185 | CREDITOR ID: 262474-12<br>POTTER, TAMMY<br>589 LOOM FIXERS LAKE ROAD<br>DANVILLE, VA 24541 |
| CREDITOR ID: 390052-54<br>POTTER, TAMMY<br>589 LOOMFIXER LAKE ROAD<br>DANVILLE VA 24541 | CREDITOR ID: 258754-12<br>POTTS HARDWARE INC<br>5201 NATIONS FORD RD<br>CHARLOTTE, NC 28217 | CREDITOR ID: 258755-12<br>POTTS PRODUCE<br>PO BOX 1187<br>BELLE GLADE FL 33430 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390394-54<br>POTTS, DEBORAH A<br>1320 SE 2ND AVE E<br>DEERFFIELD BEACH FL 33441 | CREDITOR ID: 381153-47<br>POTTS, MARGURIE<br>204 BROOKCREST DRIVE<br>LAGRANGE, GA 30241 | CREDITOR ID: 375452-44<br>POUK, JEFF<br>POM DIV STORE# 736<br>3453 SHORT ST<br>PORT CHARLOTTE, FL 33948 |
| CREDITOR ID: 258756-12<br>POULTRY TIMES<br>PO BOX 1338<br>GAINESVILLE GA 30503 | CREDITOR ID: 258757-12<br>POUNCEY DESIGN INC<br>5195 DEERING TRAIL<br>MARIETTA, GA 30068 | CREDITOR ID: 407095-MS<br>POUND, ROBERT<br>199 ROCKCASTLE VILLA<br>SHEPHERDSVILLE KY 40165 |
| CREDITOR ID: 407096-MS<br>POUNDERS, SHAYNE<br>15519 FLOUNDER RD.<br>JACKSONVILLE FL 32226 | CREDITOR ID: 268305-31<br>POVERTY POINT RESERVOIR DST LA<br>ATTN: MIKE MARTIEN<br>5597 HWY 17 N<br>DELHI LA 71232 | CREDITOR ID: 247844-12<br>POWE, DEBORAH<br>JACKSONVILLE SHERIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 256254-12<br>POWE, MICHAEL<br>630 ZEIGLER CIRCLE<br>MOBILE AL 36608 | CREDITOR ID: 397924-76<br>POWELL, ALLEN<br>5435 SEEDLING LANE<br>ORLANDO, FL 32811 | CREDITOR ID: 244580-12<br>POWELL, CARMEL<br>376 N L ROGERS WELL<br>BARREN RIVER PL<br>GLASGOW, KY 42141 |
| CREDITOR ID: 387560-54<br>POWELL, CHARLES<br>4835 HOLT PETERSON RD<br>HOLT AL 35404 | CREDITOR ID: 392060-55<br>POWELL, CHARLES<br>C/O: STEVE FORD<br>FORD, MARTIN & ABERNATHY<br>621 GREENSBORO AVE<br>P.O. BOX 20263<br>TUSCALOOSA AL 35402 | CREDITOR ID: 407097-MS<br>POWELL, CHARLES E.<br>1206 CELY RD.<br>EASLEY SC 29640 |
| CREDITOR ID: 406057-15<br>POWELL, EDDIE G<br>PO BOX 5544<br>TALLAHASSEE FL 32314 | CREDITOR ID: 251415-12<br>POWELL, HEATHER<br>1583 B LESLIE ROSS<br>EL PASO, TX 79906 | CREDITOR ID: 407098-MS<br>POWELL, SAMUEL<br>311 CRENSHAW ST.<br>EASLEY SC 29640 |
| CREDITOR ID: 388385-54<br>POWELL-DACOSTA, MAXINE<br>464 NW 46 TERRACE<br>PLANTATION, FL 33317 | CREDITOR ID: 392486-55<br>POWELL-DACOSTA, MAXINE<br>C/O GELCH & ASSOCIATES, PA<br>ATTN GARY D GELCH, ESQ<br>350 EAST LAS OLAS BLVD, SUITE 1440<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 258758-12<br>POWELLS TRASH SERVICE<br>518 FLATWOOD RD<br>HODGES, SC 29653 |
| CREDITOR ID: 393744-58<br>POWELL'S TRASH SERVICE<br>518 FLATWOOD ROAD<br>HODGES, SC 29653 | CREDITOR ID: 258759-12<br>POWER & CONTROLS AUTOMATION<br>PO BOX 1536<br>3214 QUEEN PALM DRIVE<br>MANGO, FL 33550 | CREDITOR ID: 258760-12<br>POWER & PUMPS INC<br>PO BOX 40129<br>JACKSONVILLE FL 32203-0129 |
| CREDITOR ID: 258761-12<br>POWER 1 INDUSTRIAL BATTERY SYSTEM<br>6005-107 POWERS AVE.<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 258762-12<br>POWER 1 INDUSTRIAL BATTERY SYSTEMS<br>3750 HACIENDA BOULEVARD, SUITE A<br>FT LAUDERDALE, FL 33314 | CREDITOR ID: 376651-44<br>POWER 2 SHIP INC<br>903 CLINT MOORE ROAD<br>BOCA RATON, FL 33487 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258763-12<br>POWER 2 SHIP INC<br>W510154<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-0154 | CREDITOR ID: 388915-54<br>POWER AND LIGHT FLORIDA<br>PO BOX 078768<br>WEST PALM BEACH, FL 33407-9947 | CREDITOR ID: 381574-47<br>POWER BRAKE EXCHANGE<br>PO BOX 420098<br>MIAMI, FL 33142-0098 |
| CREDITOR ID: 258764-12<br>POWER SYSTEMS INC OF FLORIDA<br>1417 CHAAFFEE DRIVE, SUITE 9<br>TITUSVILLE FL 32780 | CREDITOR ID: 258765-12<br>POWER TOOL SERVICE<br>4010 N GRAHAM ST<br>CHARLOTTE NC 28206 | CREDITOR ID: 258766-12<br>POWER TOOL SERVICE INC<br>1939 HILLS AVENUE NW<br>ATLANTA GA 30318-2814 |
| CREDITOR ID: 258767-12<br>POWER TRANSPORTATION INC<br>717 JONES AVE<br>HAINES CITY, FL 33844 | CREDITOR ID: 383085-51<br>POWERHOUSE<br>100 LEXINGTON DRIVE, SUITE 201<br>BUFFALO GROVE, IL 60089 | CREDITOR ID: 258768-12<br>POWERHOUSE 2 BATTERIES<br>120 N WEST CROWN POINT ROAD<br>SUITE #105<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 258769-12<br>POWERHOUSE PRODUCE LLC<br>PO BOX 368<br>RIVERHEAD NY 11901 | CREDITOR ID: 278940-30<br>POWERHOUSE PRODUCE LLC<br>ATTN JAMES BANKS, ACCOUNT MANAGER<br>PO BOX 368<br>RIVERHEAD, NY 11901 | CREDITOR ID: 388946-54<br>POWERS, JENNIFER<br>2117 NORTH HASTINGS STREET<br>ORLANDO, FL 32808 |
| CREDITOR ID: 392850-55<br>POWERS, JENNIFER<br>C/O: EDUARDO RODRIGUEZ, ESQ.<br>LAW OFFICE OF JAMES RICHARD HOOPER<br>815 N. GARLAND AVE.<br>ORLANDO FL 32801 | CREDITOR ID: 387082-54<br>POWERS, MELISSA<br>PO BOX 813<br>LYONS GA 30436 | CREDITOR ID: 407099-MS<br>POWERS, MONTY H.<br>1570 SANDY SPRINGS DR.<br>FLEMING ISLAND FL 32003 |
| CREDITOR ID: 384327-47<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 258770-12<br>POWERSOURCE TRANSPORTATION INC<br>ATTN ROBERTO LIEMBO JR, ACC REC MGR<br>2023 N LAFAYETTE COURT<br>GRIFFITH, IN 46319 |
| CREDITOR ID: 258770-12<br>POWERSOURCE TRANSPORTATION INC<br>C/O DOGAN & DOGAN ATTORNEYS AT LAW<br>ATTN: THOMAS M DOGAN, ESQ<br>BANK ONE CENTER, SUITE 780<br>8585 BROADWAY<br>MERRILLVILLE IN 46410 | CREDITOR ID: 258771-12<br>POWERWARE<br>PO BOX 93810<br>CHICAGO IL 60673-3810 | CREDITOR ID: 407100-MS<br>POWNALL, JAMES R.<br>281 OAK HAMMOCK DRIVE<br>KENNESAW GA 30152 |
| CREDITOR ID: 388849-54<br>POYER, PHILLIP<br>RT.3 BOX 1299<br>MADISON FL 32340 | CREDITOR ID: 392790-55<br>POYER, PHILLIP<br>C/O: JOE G. DURRETT<br>SOLOMON, SYFRETT & DURRETT<br>P.O. BOX 12879<br>TALLAHASSEE FL 32317 | CREDITOR ID: 394031-61<br>POYNER & SPRUILL, LLP<br>301 S. COLLEGE ST. STE 2300<br>CHARLOTTE, NC 28202 |
| CREDITOR ID: 386392-54<br>POYNTER, ANNIE<br>401 EAST ROCK ISLAND ROAD<br>GRAND PRARIE TX 75050 | CREDITOR ID: 269348-16<br>POYNTER, SCOTT E.<br>EMERSON, POYNTER, LLP<br>2228 COTTONDALE LANE<br>SUITE 100<br>LITTLE ROCK, AR 72202-2037 | CREDITOR ID: 258772-12<br>PPI PAN PAC INTERNATIONAL<br>1700-C OAKBROOK DRIVE<br>NORCROSS GA 30093 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258773-12<br>PPOOL & OGLESBY PLLC ATTYS AT LAW<br>220 NORTH MAIN STREET<br>MADISONVILLE KY 42431 | CREDITOR ID: 257879-12<br>PR NEWSWIRE<br>GPO BOX 6584<br>NEW YORK NY 10087-6584 | CREDITOR ID: 384295-47<br>PR NEWSWIRE<br>G P O BOX 5897<br>NEW YORK, NY 10087 |
| CREDITOR ID: 258774-12<br>PR NEWSWIRE<br>ATTN PEDRO FLOR, COLL REP<br>GPO BOX 5897<br>NEW YORK, NY 10087-5897 | CREDITOR ID: 258775-12<br>PRA III LLC<br>7765 SOUTHWEST 87 AVENUE<br>SUITE 101<br>% HAYT & LANDAU<br>MIAMI, FL 33173 | CREDITOR ID: 258776-12<br>PRACTICEPLUS OF SW GEORGIA<br>803 N JEFFERSON STE C<br>ALBANY, GA 31701 |
| CREDITOR ID: 258777-12<br>PRACTISING LAW INSTITUTE<br>810 SEVENTH AVE<br>NEW YORK NY 10019 | CREDITOR ID: 389829-54<br>PRADO, MARY PEREZ<br>93 NW 19TH AVE<br>MIAMI FL 33125 | CREDITOR ID: 381005-47<br>PRAIRIE CAJUN SEAFOOD WHOLESALE DIST INC<br>ATTN WAYNE HENSGENS<br>5966 HIGHWAY 190<br>EUNICE, LA 70535 |
| CREDITOR ID: 258779-12<br>PRAIRIE ELEMENTARY<br>2910 AMB CAFFERY<br>LAFAYETTE, LA 70506 | CREDITOR ID: 258780-12<br>PRAIRIEVILLE MIDDLE SCHOOL<br>16200 HIGHWAY 930<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 262305-12<br>PRASAD, SUSAN<br>1131 EAGLE POINTE DRIVE<br>CANONSBURG, PA 15317 |
| CREDITOR ID: 258781-12<br>PRASSEL LUMBER<br>PO BOX 3378<br>RIDGELAND MS 39158-3378 | CREDITOR ID: 258782-12<br>PRATER RADIATOR<br>1032 W MICHIGAN ST<br>ORLANDO, FL 32805 | CREDITOR ID: 258784-12<br>PRATERS FOODS<br>2206 114TH STREET<br>LUBBOCK, TX 79423 |
| CREDITOR ID: 405379-95<br>PRATERS FOODS<br>ROUTE 9 BOX 420<br>LUBBOCK TX 79423 | CREDITOR ID: 258785-12<br>PRATERS TURKEYS<br>2206 114TH STREET<br>LUBBOCK, TX 79423 | CREDITOR ID: 258783-12<br>PRATER'S TURKEYS<br>2206 114TH ST<br>LUBBOCK TX 79423 |
| CREDITOR ID: 258786-12<br>PRATT & WHITNEY CANADA<br>PO BOX 730011<br>DALLAS, TX 75373 | CREDITOR ID: 258787-12<br>PRATT LANDRY ASSOC INC<br>530 SOUTH JEFFERSON DAVIS<br>NEW ORLEANS LA 70119-7193 | CREDITOR ID: 389617-54<br>PRATT, ANNA<br>1425 NW 37TH ST<br>MIAMI, FL 33146 |
| CREDITOR ID: 393280-55<br>PRATT, ANNA<br>C/O ALLDREDGE & JONES<br>ATTN MELVIN C ALLDREDGE ESQ<br>4914 SW 72ND AVENUE<br>MIAMI FL 33155 | CREDITOR ID: 388643-54<br>PRATT, TIMOTHY<br>2050 CASS STREET<br>SARASOTA FL 34231 | CREDITOR ID: 390380-54<br>PRATT, VIVIAN FLOWER<br>1174 OLD SPANISH TRAIL<br>SLIDELL, LA 70458 |
| CREDITOR ID: 390945-55<br>PRATT, VIVIAN FLOWER<br>C/O: DAVID L. THORNHILL<br>LAW OFFICES OF DAVID L. THORNHILL<br>1175 OLD SPANISH TRAIL<br>SLIDELL LA 70458 | CREDITOR ID: 258788-12<br>PRATTVILLE EAST KIWANIS CLUB<br>PO BOX 680663<br>PRATTVILLE AL 36066 | CREDITOR ID: 258789-12<br>PRAXAIR DISTRIBUTION SOUTHEAST LLC<br>DEPT 0812<br>DALLAS, TX 75312-0812 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405380-95<br>PRAXAIR DISTRIBUTION SOUTHEAST LLC<br>DEPT AT 40473<br>ATLANTA GA 31192-0473 | CREDITOR ID: 394142-56<br>PRAY, MARK<br>1248 NE180 ST<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 394747-57<br>PRAY, MARK<br>C/O NEIL MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 |
| CREDITOR ID: 258790-12<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVE STE 600<br>METAIRIE, LA 70001 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE, LA 70001 | CREDITOR ID: 243965-12<br>PREACHERS, BRIAN K<br>170 JACOB MCKIE ROAD<br>TRENTON SC 29847 |
| CREDITOR ID: 258791-12<br>PRECIOUS GIFT SHOP<br>168 HELEN DRIVE<br>AVONDALE LA 70094 | CREDITOR ID: 258792-12<br>PRECISION CLEANING INC<br>5515 YAHL ST<br>NAPLES FL 34109 | CREDITOR ID: 258793-12<br>PRECISION CONTAINER TECHNOLOGIES<br>1177 OAKWOOD KNOLLS DRIVE<br>BEDFORD VA 24523 |
| CREDITOR ID: 258794-12<br>PRECISION ENVIRONMENT INC<br>1644 FIRST AVENUE NORTH<br>ST PETERSBURG, FL 33713 | CREDITOR ID: 395704-65<br>PRECISION ENVIRONMENTAL<br>5722 SCHAAL ROAD<br>INDEPENDENCE, OH 44131 | CREDITOR ID: 258795-12<br>PRECISION FOODS INC<br>PO BOX 5273<br>DES MOINES, IA 50306-5273 |
| CREDITOR ID: 258796-12<br>PRECISION LOCK & KEY<br>PO BOX 430<br>BRUNSWICK, GA 31521 | CREDITOR ID: 405382-95<br>PRECISION LOCK & KEY<br>2005 E DERENNE AVE<br>SAVANNAH GA 31406 | CREDITOR ID: 258797-12<br>PRECISION MACHINE PRODUCTS INC<br>PO BOX 1576<br>GASTONIA NC 28053-1576 |
| CREDITOR ID: 258798-12<br>PRECISION PLUMBING & AIR INC<br>ATTN MARY S FRANK, OWNER<br>PO BOX 180279<br>RICHLAND, MS 39218-0279 | CREDITOR ID: 258799-12<br>PRECISION PRODUCTS COMPANY<br>PO BOX 218<br>ADEL GA 31620-0206 | CREDITOR ID: 258800-12<br>PRECISION SCALES<br>5621 E ADAMO DR BLD 2 UNIT B<br>TAMPA, FL 33619 |
| CREDITOR ID: 258801-12<br>PRECISION SPRINKLER CO INC<br>10343-B SLIDING HILL ROAD<br>ASHLAND, VA 23005 | CREDITOR ID: 403346-83<br>PRECISION TRANSLATING SERVICES, INC.<br>150 WEST FLAGLER STREET<br>MUSEUM TOWER PENTHOUSE II<br>MIAMI FL 33130 | CREDITOR ID: 258802-12<br>PRECISION WEIGHING INC<br>ATTN SHAUNA BRABBLE<br>108-D WOODWINDS INDUSTRIAL CT<br>CARY NC 27511 |
| CREDITOR ID: 258803-12<br>PREDIXIS<br>101 EAST HUNTINGTON DRIVE<br>2ND FLOOR<br>MONROVIA, CA 91016 | CREDITOR ID: 382177-51<br>PREDIXIS, INC<br>101 E HUNTINGTON DRIVE, 2ND FL<br>MONROVIA, CA 91016 | CREDITOR ID: 258805-12<br>PREFERRED FREEZER SERVICES OF S. FL<br>12855 N W 113TH CT<br>MIAMI FL 33178 |
| CREDITOR ID: 258806-12<br>PREFERRED PINE STRAW INC<br>6766 264TH STREET<br>BRANFORD FL 32008 | CREDITOR ID: 383053-51<br>PREFERRED PRESCRIPTION DISCT<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 383048-51<br>PREFERRED SOLUTIONS INC.<br>30 HUNTER LANE<br>CAMP HILL, PA 17011 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389288-54<br>PREM, DONALD<br>2555 PGA BLVD.<br>WEST PALM BEACH FL 33410 | CREDITOR ID: 393115-55<br>PREM, DONALD<br>C/O: VANCE B. MOORE ESQ.<br>ATTORNIES JO ANN HOFFMAN, P.A ET AL<br>4403 WEST TRADEWINDS AVENUE<br>LAUDERDALE BY THE SEA FL 33308 | CREDITOR ID: 258807-12<br>PREMIER BEVERAGE<br>PO BOX 1630<br>PENSACOLA FL 32502 |
| CREDITOR ID: 376657-44<br>PREMIER BEVERAGE (WINE)<br>PO BOX 5500<br>MIRAMAR, FL 33083-5500 | CREDITOR ID: 258809-12<br>PREMIER BEVERAGE (WINE)<br>ATTN ACCTS REC<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025 | CREDITOR ID: 258810-12<br>PREMIER BEVERAGE COMPANY<br>PO BOX 60549<br>JACKSONVILLE, FL 32236 |
| CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY<br>ATTN: GEORGE F. GRAU<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL 33025 | CREDITOR ID: 258808-12<br>PREMIER BEVERAGE NON ALCOHOLIC<br>8221 EAGLE PALM DRIVE<br>RIVERVIEW, FL 33569 | CREDITOR ID: 384296-47<br>PREMIER BEVERAGE NON-ACH<br>8821 GROW DRIVE<br>PENSACOLA, FL 32514 |
| CREDITOR ID: 258811-12<br>PREMIER BRANDS<br>39 NW 166TH STREET<br>SUITE 5<br>MIAMI, FL 33169 | CREDITOR ID: 258812-12<br>PREMIER CAN-AM CORPORATION<br>6879 NW 37TH AVENUE<br>MIAMI, FL 33147 | CREDITOR ID: 258813-12<br>PREMIER COMMUNICATIONS<br>120 WHARTON ST<br>COVINGTON, LA 70433 |
| CREDITOR ID: 268306-31<br>PREMIER DEVELOPMENT<br>ATTN: JOHN DEATHERAGE<br>905 VISTA OAKS LN<br>KNOXVILLE TN 37919-4445 | CREDITOR ID: 258814-12<br>PREMIER IMPRESSIONS<br>2921 AVENUE E EAST<br>ARLINGTON TX 76011 | CREDITOR ID: 258815-12<br>PREMIER MALT PRODUCTS INC<br>25760 GROESBACK HIGHWAY<br>SUITE 103<br>WARREN MI 48089 |
| CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>3060 PEACHTREE ROAD<br>SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 278660-24<br>PREMIER PLAZA ASSOCIATES, LLC<br>HU MEENA PRESIDENT<br>TELEPAK INC.<br>125 S. CONGRESS STREET<br>SUITE 1000<br>JACKSON MS 39201 | CREDITOR ID: 407659-93<br>PREMIER PROPERTIES & FS ALABAMA LTD<br>AEGON USA REAL ESTATE ADVISORS<br>ATTN: SHARON HARDT<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 |
| CREDITOR ID: 258817-12<br>PREMIER SOURCING INTERNATIONAL<br>1616 TURNBRIDGE DRIVE<br>RICHMOND, VA 23233 | CREDITOR ID: 258818-12<br>PREMIER TRANSPORTATION LLC<br>1399 WAGNER DRIVE<br>BOAZ AL 35957 | CREDITOR ID: 258819-12<br>PREMIER WATER & ENERGY TECH INC<br>11481 COLUMBIA PARK DR W<br>JACKSONVILLE FL 32258-2478 |
| CREDITOR ID: 258820-12<br>PREMIERE CONFERENCING<br>PO BOX 404351<br>ATLANTA, GA 30384 | CREDITOR ID: 384297-47<br>PREMIUM BEVERAGE<br>922 NORTH RAILROAD AVENUE<br>OPELIKA, AL 36801 | CREDITOR ID: 258822-12<br>PREMIUM INGREDIENTS LTD<br>36780 EAGLE WAY<br>CHICAGO, IL 60678 |
| CREDITOR ID: 405383-95<br>PREMIUM INGREDIENTS LTD<br>135 S LASALLE DEPT 2249<br>CHICAGO IL 60674 | CREDITOR ID: 397349-15<br>PREMIUM INGREDIENTS, LTD<br>ATTN CREDIT MANAGER<br>285 E FULLERTON AVENUE<br>CAROL STREAM IL 60188 | CREDITOR ID: 258823-12<br>PREMIUM STANDARD FARMS INC<br>PO BOX 86 SDS 12-1517<br>MINNEAPOLIS, MN 55486-1517 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389153-54<br>PRENDES, CUBA<br>11678 NW 1 LANE, #6<br>MIAMI, FL 33172 | CREDITOR ID: 389153-54<br>PRENDES, CUBA<br>C/O JORGE L PEREZ-GURRI ATTY AT LAW<br>ATTN JORGE L PEREZ-GURRI, ESQUIRE<br>5915 PONCE DE LEON BLVD, SUITE 12<br>CORAL GABLES FL 33146 | CREDITOR ID: 393027-55<br>PRENDES, CUBA<br>C/O: JORGE L. PEREZ-GURRI<br>JORGE L. PREZ-GURRI<br>5915 PONCE DE LEON BLVD.<br>SUITE 12<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 258824-12<br>PRENELL D MOORE<br>3612 LENA DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 258825-12<br>PRESBYTERIAN COLLEGE<br>503 SOUTH BROAD ST<br>ATTN BECKY NOBLE<br>CLINTON SC 29325 | CREDITOR ID: 380960-47<br>PRESCIENT<br>PO BOX 200457<br>HOUSTON, TX 77216-0457 |
| CREDITOR ID: 258826-12<br>PRESCO FOOD SEASONING INC<br>PO BOX 79640<br>BALTIMORE MD 21279-0640 | CREDITOR ID: 258827-12<br>PRESCOTT MIDDLE SCHOOL<br>4055 PRESCOTT RD<br>BATON ROUGE, LA 70805 | CREDITOR ID: 407101-MS<br>PRESCOTT, JOHN T.<br>610 NW 102 WAY<br>PLANTATION FL 33324 |
| CREDITOR ID: 383047-51<br>PRESCRIP<br>125 VENTURE BLVD<br>SPARTANBURG, SC 29306 | CREDITOR ID: 383045-51<br>PRESCRIPTION BENEFIT SERVICE<br>5440 NORTH CUMBERLAND AVE, STE 250<br>CHICAGO, IL 60656 | CREDITOR ID: 383044-51<br>PRESCRIPTION DELIVERY SYSTEM<br>PO BOX 340<br>HATBORO, PA 19040 |
| CREDITOR ID: 383041-51<br>PRESCRIPTION DISCOUNT CARD<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 383040-51<br>PRESCRIPTION HEALTH SERVICES<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 383038-51<br>PRESCRIPTION PROCESSING SERVICE<br>3611 QUEEN PALM DRIVE<br>TAMPA, FL 33630 |
| CREDITOR ID: 383037-51<br>PRESCRIPTION SOLUTIONS<br>3515 HARBOR BOULEVARD<br>COSTA MESA, CA 92626 | CREDITOR ID: 383033-51<br>PRESCRIPTION SVCES AMERICA<br>PO BOX 52727<br>LAFAYETTE, LA 70505 | CREDITOR ID: 258828-12<br>PRESERVATION SCIENCES INC<br>2440 30TH AVENUE NORTH<br>ST PETERSBURG, FL 33713 |
| CREDITOR ID: 258829-12<br>PRESIDENT BAKING CO INC<br>21430 NETWORK PLACE<br>CHICAGO, IL 60673-1214 | CREDITOR ID: 258830-12<br>PRESIDENTIAL FINANCIAL<br>DBA ALLIED GRAPHICS<br>PO BOX 274227<br>TAMPA, FL 33688-4227 | CREDITOR ID: 390752-55<br>PRESLEY, ESTATE OF KELLY<br>C/O CHRIS N K GANNER LAW OFFICES<br>ATTN CHRIS N K GANNER, ESQ<br>405 TOMBIGBEE STREET<br>JACKSON MS 39201 |
| CREDITOR ID: 390752-55<br>PRESLEY, ESTATE OF KELLY<br>C/O GENE PRESLEY, ESTATE EXECUTOR<br>PO BOX 820028<br>VICKSBURG MS 39282 | CREDITOR ID: 385450-54<br>PRESLEY, KELLY<br>5155 KEELE STREET<br>APT 26-G<br>JACKSON, MS 39206 | CREDITOR ID: 406277-93<br>PRESLY, KELLY<br>C/O CHRIS N.K. GANNER<br>ATTORNEY AT LAW<br>405 TOMBIGBEE STREET<br>JACKSON MS 39201 |
| CREDITOR ID: 258831-12<br>PRESS & STANDARD<br>ATTN TAYLOR SMITH<br>113 E WASHINGTON ST<br>WALTERBORO, SC 29488 | CREDITOR ID: 258832-12<br>PRESS JOURNAL<br>ATTN: ANNE MARIE<br>PO DRAWER 1268<br>VERO BEACH, FL 32961 | CREDITOR ID: 258833-12<br>PRESS SENTINEL<br>PO BOX 607<br>JESUP, GA 31598 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 258834-12
PRESSING ONWARD BAPTIST CHURCH
2413 DANNEEL ST
NEW ORLEANS, LA 70113

CREDITOR ID: 399746-84
PRESSLEY, SEXTON
3342 LOVELACE CURVE
MONTGOMERY AL 36108

CREDITOR ID: 258835-12
PRESSURE CONCEPTS INC
3133 MAY STREET
CHARLOTTE NC 28217

CREDITOR ID: 258836-12
PRESSURE PRO OF JAX
PO BOX 23664
JACKSONVILLE FL 32241-3664

CREDITOR ID: 388969-54
PRESTIANNI, TAMRA
5408 DEER RUN DRIVE
FORT PIERCE, FL 34951

CREDITOR ID: 392873-55
PRESTIANNI, TAMRA
C/O: LARSEN BURKE
LARSEN BURKE
2100 S.E. OCEAN BLVD.
SUITE 101
STUART FL 34996

CREDITOR ID: 279265-35
PRESTIGE BRANDS HOLDINGS, INC
ATTN: HARRIS T SEMEGRAM
90 NORTH BROADWAY
IRVINGTON NY 10533

CREDITOR ID: 258837-12
PRESTIGE BRANDS INTERNATIONAL
FIRST UNION  NATL BANK
PO BOX 930275
ATLANTA GA 31193-0275

CREDITOR ID: 403347-83
PRESTIGE COURT REPORTING, INC.
ATTN STEVEN M ZAY, OFFICE MGR
107 DR. MLK JR. AVE. STE 7
INVERNESS FL 34450

CREDITOR ID: 258838-12
PRESTIGE FINANCIAL SERVICES
PO BOX 26707
SALT LAKE CITY, UT 84126-0707

CREDITOR ID: 258839-12
PRESTIGE ICE CO
107 NORTH MADISON
THOMASVILLE GA 31792

CREDITOR ID: 376660-44
PRESTIGE INT'L DIST & MFG INC
ATTN JENNIFER SIGNOVELLO, CR MGR
PO BOX 989
SMITHTOWN, NY 11787

CREDITOR ID: 381021-47
PRESTIGE INT'L DIST & MFG INC
PO BOX 5546
HAUPPAUGE, NY 11788

CREDITOR ID: 384298-47
PRESTIGE INT'L DIST & MFG INC
PO BOX 989
SMITHTOWN, NY 11787

CREDITOR ID: 258841-12
PRESTIGE TRADING & MANUFACTURING
ATTN TED GEORGE, PRES
945 WILSON AVENUE, UNIT 7
TORONTO, ON M3K 1EB
CANADA

CREDITOR ID: 258842-12
PRESTIGE WINES INC
720 IMPERIAL COURT
CHARLOTTE NC 28273

CREDITOR ID: 258843-12
PRESTIGE WRECKER TRANSPORT INC
10500 RIVERTOWN ROAD
FAIRBURN GA 30213

CREDITOR ID: 258844-12
PRESTO PRODUCTS COMPANY
PO BOX 502608
ST LOUIS, MO 63150-2608

CREDITOR ID: 258845-12
PRESTON GROBES
448 WAVERLY PLACE
NEW PORT NEWS, VA 23608

CREDITOR ID: 2482-07
PRESTON OIL COMPANY, L.P.
1717 WOODSTEAD COURT
THE  WOODLANDS TX 77380-0077

CREDITOR ID: 388677-54
PRESTON, MARY
4316 DRAKE BLVD.
BRADENTON FL 34203

CREDITOR ID: 258846-12
PRESTONBURG VILLAGE SHOP CENTER
L-1342
COLUMBUS, OH 43260-1342

CREDITOR ID: 1725-RJ
PRESTONBURG VILLAGE SHOP CENTER
L-1342
COLUMBUS, OH 43260-1342

CREDITOR ID: 268307-31
PREVENTION AND ADOLESCENT
ATTN: PHILLIP CROSSON
401 4TH ST NW
CHARLOTTESVILLE VA 22903-4562

CREDITOR ID: 258848-12
PREVENTIVE THERAPEUTICS INC
2020 WESTSIDE CT  STE A
SNELLVILLE GA 30078-2842

CREDITOR ID: 258849-12
PREVOST DISTRIBUTIONS INC
ATTN: ANDRE PREVOST, OWNER
PO BOX 68
DANIA, FL 33004

CREDITOR ID: 376663-44
PRG-SCHULTZ INTERNATIONAL INC
P O BOX 100101
ATLANTA, GA 30384-0101

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406241-G4<br>PRG-SCHULTZ USA, INC.<br>600 GALLERIA PKWY, STE. 100<br>ATLANTA GA 30339 | CREDITOR ID: 258850-12<br>PRI PRODUCTIONS<br>1819 KINGS AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 241623-12<br>PRICE, ADRIAN<br>1651 EAST MAIN STREET<br>WESTMINSTER SC 29693 |
| CREDITOR ID: 386177-54<br>PRICE, CARLENE<br>14219 WARNER CIRCLE<br>NORTH FORT MYERS, FL 33903 | CREDITOR ID: 391335-55<br>PRICE, CARLENE<br>C/O AMANDA WIGGINS ESQ.<br>THE DELLUTRI LAW GROUP<br>1436 ROYAL PALM SQUARE BLVD<br>FORT MYERS FL 33919 | CREDITOR ID: 390187-54<br>PRICE, CATHY<br>826 WEST 2ND STREET<br>APT 25D<br>YAZOO CITY, MS 39194 |
| CREDITOR ID: 393628-55<br>PRICE, CATHY<br>C/O BLACKMON & BLACKMON PLLC<br>ATTN FRANK C JONES, III, ESQ<br>907 WEST PEACE STREET<br>PO BOX 105<br>CANTON MS 39046 | CREDITOR ID: 403405-92<br>PRICE, CEDRIC<br>711 BORAH AVENUE<br>BESSEMER AL 35020 | CREDITOR ID: 374605-44<br>PRICE, DEBBIE<br>CHR DIV STORE # 1255<br>720 LAKESIDE DR., APT G6<br>UNION, SC 29379 |
| CREDITOR ID: 390136-54<br>PRICE, DENNIS<br>2008 LINCOLN STREET<br>COLUMBIA, SC 29201 | CREDITOR ID: 393590-55<br>PRICE, DENNIS<br>C/O WILLIAM GARY WHITE<br>WM. GARY WHITE, III, ESQ.<br>2009 LINCOLN ST.<br>COLUMBIA SC 29201 | CREDITOR ID: 387509-54<br>PRICE, JAN<br>PO BOX 9053<br>SPARTANBURG SC 29305 |
| CREDITOR ID: 392024-55<br>PRICE, JAN<br>C/O: BEN HARRISON<br>HARRISON, WHITE, SMITH, COGGINS<br>178 WEST MAIN STREET<br>SPARTANSBURG SC 29304 | CREDITOR ID: 381702-47<br>PRICE, JANNA L<br>2717 DALMATION LN EAST<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 389488-54<br>PRICE, KRIS<br>1081 HALIFAX RD<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 387951-54<br>PRICE, LUCILLE<br>PO BOX 58<br>PAINT LICK, KY 40461 | CREDITOR ID: 392234-55<br>PRICE, LUCILLE<br>C/O: JUD PATTERSON<br>PATTERSON & WICKERSHAM, PLLC<br>P. O. BOX 825<br>RICHMOND KY 40476 | CREDITOR ID: 256184-12<br>PRICE, MICELLE T<br>4741 ST ANTHONY AVENUE<br>NEW ORLEANS LA 70122 |
| CREDITOR ID: 388143-54<br>PRICE, MIKE<br>3112 JANE LANE<br>HALTOM CITY TX 76117 | CREDITOR ID: 259574-12<br>PRICE, RICHARD E<br>505 OAKSIDE DRIVE<br>BRANDON, FL 33510 | CREDITOR ID: 391933-55<br>PRICE, SHIRLEY W<br>C/O: JOHN M FOY<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 |
| CREDITOR ID: 387361-54<br>PRICE, SHIRLEY W<br>1720 PEACHTREE STREET N.W<br>ATLANTA, GA 30309 | CREDITOR ID: 395377-64<br>PRICE, T. ROWE<br>100 EAST PRATT STREET<br>BALTIMORE, MD 21202 | CREDITOR ID: 389078-54<br>PRICE, TAMARA<br>3370 HWY 316<br>GRAY, LA 70359 |
| CREDITOR ID: 386042-54<br>PRICE, TIFFANY<br>PO BOX 1287<br>ROBERTSDALE, AL 36567 | CREDITOR ID: 391244-55<br>PRICE, TIFFANY<br>C/O MALONEY-STROHMEYER LLP<br>ATTN DAVID J MALONEY, ESQ<br>601 CHURCH STREET<br>MOBILE AL 36602 | CREDITOR ID: 258851-12<br>PRICEWATERHOUSECOOPERS LLP<br>PO BOX 65640<br>CHARLOTTE, NC 28265-0640 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258852-12<br>PRIDE OF VA TRUCKING CO INC<br>2980 MUNDY POINT RD<br>CALLAO VA 22435 | CREDITOR ID: 258853-12<br>PRIDE PAVING & SEALCOATING<br>3792 WEST GLEN STREET<br>LECANTO FL 34461 | CREDITOR ID: 393622-55<br>PRIDE, TERRY D<br>C/O AYERS, SMITHDEAL & BETTIS, PC<br>ATTN JOSEPH C SMITHDEAL, ESQ<br>P. O. DRAWER 1288<br>GREENWOOD SC 29648 |
| CREDITOR ID: 390181-54<br>PRIDE, TERRY D<br>716 GRENDAL AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 403890-94<br>PRIESCHL, WILHELM R<br>3061 MEDINAH CIRCLE EAST<br>LAKE WORTH FL 33467 | CREDITOR ID: 258854-12<br>PRIMA VISTA WALKIN MED CTR<br>784 SE PRIMA VISTA BLVD<br>PORT ST LUCIE, FL 34952 |
| CREDITOR ID: 258855-12<br>PRIMARY HEALTH CARE<br>PO BOX 5183<br>MERIDIAN MS 39302-5183 | CREDITOR ID: 381260-47<br>PRIMARY, CECILIA<br>P O BOX 97<br>CECILIA, LA 70521 | CREDITOR ID: 258856-12<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 |
| CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 | CREDITOR ID: 397663-72<br>PRIME CUT LAWN & TRACTOR WORK<br>31227 N HORSESHOE<br>INDEPENDENCE, LA 70443 | CREDITOR ID: 258858-12<br>PRIME HEALTH LLC<br>59213 RIVER WEST DRIVE<br>PLAQUEMINE, LA 70764 |
| CREDITOR ID: 268308-31<br>PRIME INTEREST INC<br>ATTN: MARTY ORR<br>4235 S LEE ST<br>BUFORD GA 30518-3658 | CREDITOR ID: 258859-12<br>PRIME LABEL CONSULTANTS INC<br>PO BOX 15240<br>WASHINGTON DC 20003-0240 | CREDITOR ID: 258860-12<br>PRIME MEDICAL<br>3515 HIGHWAY 1 SOUTH<br>PORT ALLEN, LA 70767 |
| CREDITOR ID: 258861-12<br>PRIME MEDICAL SERVICES<br>4055 NORTH ANDREWS AVENUE<br>OAKLAND PARK, FL 33309 | CREDITOR ID: 258862-12<br>PRIME MUBEN-PROVIDENCE PLAZA<br>C/O THE BRANDYWIND GROUP INC<br>PO BOX 999<br>CHADDSFORD, PA 19317 | CREDITOR ID: 258863-12<br>PRIME OFFICE PRODUCTS<br>ATTN LIZ STOBER, CONTROLLER<br>105 SOUTHFIELD PKWY, SUITE 300<br>PO BOX 9<br>FOREST PARK, GA 30298-0009 |
| CREDITOR ID: 258864-12<br>PRIME POWER SERVICES<br>998 VETERANS MEMORIAL HWY<br>MABLETON GA 30126 | CREDITOR ID: 258865-12<br>PRIME SHOPPES PARTNERS<br>%BRANDY ONE REAL ESTATE MGMT CO<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 |
| CREDITOR ID: 258866-12<br>PRIME SOURCE MANAGEMENT<br>2188 BLUEGRAMA<br>BURLINGTON, KY 41005 | CREDITOR ID: 258867-12<br>PRIME TIME PLUMBING<br>1527 GRENDA BLVD<br>GREENWOOD, MS 38930 | CREDITOR ID: 399694-YY<br>PRIMED ATLANTA HWY<br>PO BOX 240695<br>MONTGOMERY AL 36124-0695 |
| CREDITOR ID: 258868-12<br>PRIMO JUSTICE PROPERTIES LLC<br>PO BOX 1493<br>ATTN TERESA SCIAPPA<br>STEUBENVILLE, OH 43952 | CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE, OH 43952 | CREDITOR ID: 268309-14<br>PRINCE EDWARD COUNTY OF<br>ATTN: WYATT OVERTON<br>124 N MAIN ST<br>FARMVILLE VA 23901-1306 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384299-47<br>PRINCE GEORGE<br>PO BOX 155<br>PRINCE GEORGE, VA 23875 | CREDITOR ID: 258871-12<br>PRINCE GEORGE COMBINED CT<br>PO BOX 187 6601 COURTS DR<br>PRINCE GEORGE, VA 23875 | CREDITOR ID: 268310-31<br>PRINCE GEORGE COUNTY OF<br>ATTN: WILLIAM BAILEY<br>6450 COURTHOUSE RD<br>PRINCE GEORGE VA 23875-2555 |
| CREDITOR ID: 258872-12<br>PRINCE GEORGE COUNTY VIRGINIA<br>PO BOX 156<br>TREASURER<br>PROPERTY TAX<br>PRINCE GEORGE VA 23875-0156 | CREDITOR ID: 318346-42<br>PRINCE GEORGE COUNTY, VIRGINIA<br>TREASURER<br>PRINCE GEORGE VA 23875-0156 | CREDITOR ID: 258873-12<br>PRINCE HALL MASONIC FAMILY<br>6110 HAMILTON AVENUE<br>CINCINNATI OH 45224 |
| CREDITOR ID: 258874-12<br>PRINCE OF PEACE LUTHERAN SCHOOL<br>9301 CHEF MENTEUR HWY<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 258875-12<br>PRINCE OF PEACE SCHOOL<br>625 PIKE STREET<br>COVINGTON KY 41011 | CREDITOR ID: 258876-12<br>PRINCE WHOLESALE CO INC<br>PO BOX 6056<br>ELBERTON, GA 30635 |
| CREDITOR ID: 268312-31<br>PRINCE WILLIAM COUNTY<br>ATTN: STEVE GRIFFIN<br>1 COUNTY COMPLEX CT<br>WOODBRIDGE VA 22192-9202 | CREDITOR ID: 268311-14<br>PRINCE WILLIAM COUNTY<br>ATTN: CHRIS MARTINO<br>1 COUNTY COMPLEX CT<br>WOODBRIDGE VA 22192-9202 | CREDITOR ID: 403406-92<br>PRINCE, IGNATIOUS<br>51 COUNTY ROAD 454<br>MINTER AL 36761 |
| CREDITOR ID: 258877-12<br>PRINCESS D REEVES<br>18675 HILL DRIVE<br>BROOKWOOD AL 35444 | CREDITOR ID: 258878-12<br>PRINCETON WATER & WASTEWATER<br>101 E MARKET STREET<br>PRINCETON KY 42445 | CREDITOR ID: 258879-12<br>PRINCETON-CALDWELL COUNTY<br>CHAMBER OF COMMERCE<br>PO BOX 47<br>110 WEST WASHINGTON<br>PRINCETON KY 42445 |
| CREDITOR ID: 258880-12<br>PRINCIAL MUTUAL LIFE INSURANCE<br>LOAN # 750415<br>PO BOX 10387<br>DES MOINES IA 50306-0387 | CREDITOR ID: 278544-24<br>PRINCIPAL<br>711 HIGH STREET<br>DES MOINES IA 50392-0301 | CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES, IA 50301-8245 |
| CREDITOR ID: 376667-44<br>PRINCIPAL LIFE INSURANCE CO<br>LOAN #751639<br>P O BOX 8245<br>DES MOINES, IA 50301-8245 | CREDITOR ID: 258882-12<br>PRINCIPAL LIFE INSURANCE CO<br>% PRINCIPAL CAPITAL MGMT LN#751599<br>801 GRAND AVE  CONNIE COLE<br>DES MOINES, IA 50392 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>C/O PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES, IA 50392 |
| CREDITOR ID: 2485-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 258914-12<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 8245<br>LOAN D 750962<br>DES MOINES, IA 50306-8245 | CREDITOR ID: 1737-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 750412<br>DES  MOINES, IA 50309 |
| CREDITOR ID: 278545-24<br>PRINCIPAL LIFE INSURANCE COMPANY<br>ATTN: COMMERCIAL R/E LOAN ADMINISTR<br>801 GRAND AVENUE<br>DES MOINES IA 50392-0001 | CREDITOR ID: 390185-54<br>PRINGLE, CICELY<br>2900 CAMPCREEK PKWY, APT J-16<br>COLLEGE PARK, GA 30337 | CREDITOR ID: 393626-55<br>PRINGLE, CICELY<br>C/O: JOHN M FOY<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407102-MS<br>PRINGLE, J.W.<br>5794 LAUREL GREEN CIRCLE<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 258915-12<br>PRINT ADVANTAGE INC<br>MARK CULBERSON<br>3835 PEACHBLUFF COURT<br>DULUTH, GA 30097 | CREDITOR ID: 407770-15<br>PRINT ADVANTAGE, INC.<br>ATTN MARK CULBERSON, PRESIDENT<br>3835 PEACHBLUFF COURT<br>DULUTH GA 30097 |
| CREDITOR ID: 382105-51<br>PRINT DIRECTION, INC.<br>ATTN WR PICHON, CFO<br>1600 INDIAN BROOK WAY, STE 100<br>NORCROSS, GA 30093 | CREDITOR ID: 258917-12<br>PRINTPACK INC<br>PO BOX 102430<br>ATLANTA, GA 30368 | CREDITOR ID: 258918-12<br>PRIOR ENERGY CORPORATION<br>605 BEL AIR BOULEVARD<br>SUITE 400<br>MOBILE AL 36606 |
| CREDITOR ID: 258919-12<br>PRIORITY COURIERS<br>PO BOX 16254<br>JACKSONVILLE, FL 32245-6254 | CREDITOR ID: 258920-12<br>PRO ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWITZ<br>156 20TH AVENUE SE<br>ST PETERSBURG FL 33705 | CREDITOR ID: 258921-12<br>PRO AM SAFETY INC<br>551 KEYSTONE DRIVE<br>WARRENDALE PA 15086 |
| CREDITOR ID: 258922-12<br>PRO CARE PC<br>1501 EAST STONE DR<br>KINGSPORT, TN 37660 | CREDITOR ID: 258923-12<br>PRO CHEM INC<br>ATTN: RARDY ALIFELD, VP<br>PO BOX 1309<br>ALPHARETTA, GA 30009-1309 | CREDITOR ID: 381170-47<br>PRO FABRICATORS INC<br>PO BOX 958<br>CUMMING, GA 30028-0958 |
| CREDITOR ID: 258924-12<br>PRO FILTER ENGINEERING LLC<br>ATTN R W DOUGHERTY, OWNER<br>3505 ELINBURG DRIVE<br>BUFORD, GA 30519 | CREDITOR ID: 397204-67<br>PRO FIT MANAGEMENT, INC DBA<br>OMNI HEALTH AND FITNESS<br>4101 NICOLES LANE<br>GROVETOWN, GA 30815 | CREDITOR ID: 397201-67<br>PRO FIT MANAGEMENT, INC.<br>4101 NICOLES LANE<br>GROVETOWN, GA 30815 |
| CREDITOR ID: 258925-12<br>PRO GRO<br>BOX 31<br>WILLISTON, FL 32696 | CREDITOR ID: 258926-12<br>PRO INDUSTRIES INC<br>PO BOX 291<br>MULBERRY FL 33860-0291 | CREDITOR ID: 258927-12<br>PRO LAWN PLUS INC<br>2083 NICKERSON LANE<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 258928-12<br>PRO LOCK<br>505 SOUTH MAIN STREET<br>PICAYUNE MS 39466 | CREDITOR ID: 258929-12<br>PRO MED FREEDOM<br>PO BOX 411208<br>CHARLOTTE, NC 28241 | CREDITOR ID: 258930-12<br>PRO PAC<br>255 STANDARD WAREHOUSE ROAD<br>LUGOFF, SC 29078 |
| CREDITOR ID: 258931-12<br>PRO PACK SOLUTIONS INC<br>PO BOX 370<br>LOGANVILLE GA 30052 | CREDITOR ID: 258932-12<br>PRO SWEEP<br>12522 WINDERMERE OAKS<br>BATON ROUGE, LA 70810 | CREDITOR ID: 258933-12<br>PRO TECH WATER & WASTEWATER SVCS<br>PO BOX 9<br>SILVER SPRINGS FL 34489-0009 |
| CREDITOR ID: 269335-16<br>PRO-ACTIVE JANITORIAL SERVICES, INC<br>C/O LARRY D. GOLDSTEIN<br>GOLDSTEIN & GREENBERG, PA<br>7601 38TH AVENUE NORTH<br>ST. PETERSBURG, FL 33710 | CREDITOR ID: 767-03<br>PROAM<br>2433 SOUTH MAIN STREET<br>MOULTRIE GA 31768 | CREDITOR ID: 258936-12<br>PROBAT & BURNS INC<br>PO BOX 1000<br>DEPT # 308<br>MEMPHIS TN 38148-0308 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268313-31<br>PROBE TECHNOLOGY INC<br>ATTN: MICHAEL TYNAN<br>1006 BRANTLEY ST<br>MOORESVILLE NC 28115-2330 | CREDITOR ID: 258937-12<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | CREDITOR ID: 258939-12<br>PROCARE<br>PO BOX 857<br>JOHNSON CITY, TN 37605-0857 |
| CREDITOR ID: 258938-12<br>PROCARE<br>PO BOX 3409<br>KINGSPORT TN 37664 | CREDITOR ID: 383032-51<br>PROCARE PBM<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH, GA 30097 | CREDITOR ID: 383030-51<br>PROCARE RX<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH, GA 30097 |
| CREDITOR ID: 258940-12<br>PROCESS AUTOMATION ENG INC<br>PO BOX 457<br>HURST, TX 76053 | CREDITOR ID: 258941-12<br>PROCESS SERVICE SOLUTIONS LLC<br>PO BOX 1165<br>GARDENDALE, AL 35071-1165 | CREDITOR ID: 258942-12<br>PROCESS SYSTEMS & CONTROLS INC<br>PROCESS TECHNOLOGIES DIVISION<br>PO BOX 82070<br>TAMPA, FL 33682 |
| CREDITOR ID: 258943-12<br>PROCESS SYSTEMS AND CONTROLS INC<br>975 COBB PLACE BLVD<br>STE 110<br>KENNESAW GA 30144 | CREDITOR ID: 258944-12<br>PROCESS TECHNOLOGIES INC<br>ATTN CARLOS CELAYA, CONTROLLER<br>PO BOX 82070<br>TAMPA, FL 33682 | CREDITOR ID: 258945-12<br>PROCESSORS CHOICE INC<br>ATTN DON ALLINDER, PRES<br>PO BOX 100153<br>IRONDALE, AL 35210-0153 |
| CREDITOR ID: 268314-31<br>PROCLAIM AMERICA INC<br>ATTN: ROBERT BIRD<br>708 W SUMMER ST<br>GREENEVILLE TN 37743-3732 | CREDITOR ID: 382118-51<br>PROCLARITY<br>PO BOX 8064<br>BOISE, ID 83707 | CREDITOR ID: 258946-12<br>PROCOAT TECHNOLOGIES INC<br>PO BOX 280<br>MULBERRY, FL 33860 |
| CREDITOR ID: 279266-35<br>PROCTER & GAMBLE<br>ATTN: JAY JONES<br>6500 GOVERNOR'S HILL DR<br>CINCINNATI OH 45249 | CREDITOR ID: 376671-44<br>PROCTER & GAMBLE COMPANY<br>TN 5 GO BOX 29<br>1 P & G PLAZA<br>CINCINNATI, OH 45202 | CREDITOR ID: 258947-12<br>PROCTER & GAMBLE DIST CO<br>PO BOX 100537<br>ATLANTA, GA 30384-0537 |
| CREDITOR ID: 405388-95<br>PROCTER & GAMBLE DIST CO<br>ATTN: LINDA LEBLANC<br>10151 DEERWOOD PARK BLVD 300<br>SUITE 230<br>JACKSONVILLE FL 32256 | CREDITOR ID: 397693-99<br>PROCTER & GAMBLE DIST CO, THE<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397693-99<br>PROCTER & GAMBLE DIST CO, THE<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 397693-99<br>PROCTER & GAMBLE DIST CO, THE<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 278683-99<br>PROCTOR & GAMBLE DISTRIBUTING CO.<br>ATTN: JAY JONES, CR. MGR.<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | CREDITOR ID: 387417-54<br>PROCTOR, NAOMI<br>201 BERRY DR, APT C-17<br>BRANDON, MS 39043 |
| CREDITOR ID: 391969-55<br>PROCTOR, NAOMI<br>C/O: QUIN CARVER<br>SCHWARTZ & ASSOCIATES, P.A.<br>P.O. BOX 3949<br>JACKSON MS 39207 | CREDITOR ID: 268315-31<br>PROCUREMENT & MATERIALS MGMT<br>ATTN: EVETT FIELDS<br>1900 N MONROE ST<br>ALBANY GA 31701-1673 | CREDITOR ID: 258948-12<br>PRODUCE FOR BETTER HEALTH<br>FOUNDATION<br>5341 LIMESTONE ROAD SUITE 101<br>WILMINGTON, DE 19808-1249 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258949-12<br>PRODUCE MARKETING ASSOCIATION<br>PO BOX 6036<br>NEWARK DE 19714-6036 | CREDITOR ID: 258950-12<br>PRODUCE REPORTER CO<br>845 E GENEVA ROAD<br>CAROL STREAM IL 60188-3520 | CREDITOR ID: 258951-12<br>PRODUCERS RICE MILL INC<br>DEPT 17<br>PO BOX 1000<br>MEMPHIS, TN 38148 |
| CREDITOR ID: 399355-15<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 | CREDITOR ID: 258952-12<br>PRODUCTION AUTOMATION INC<br>PO BOX 11206<br>MONTGOMERY, AL 36111 | CREDITOR ID: 258953-12<br>PRODUCTION PROCESS<br>61 HARVEY ROAD<br>LONDONBERRY, NH 03053 |
| CREDITOR ID: 258954-12<br>PRODUCTION TOOL SUPPLY<br>PO BOX 4566<br>ARCHDALE NC 27263-4566 | CREDITOR ID: 258955-12<br>PRODUCTIVITY SOLUTIONS INC<br>PO BOX 7777  W502006<br>PHILADELPHIA PA 19175-2006 | CREDITOR ID: 406242-G4<br>PRODUCTOS DE CAFÉ<br>DE PUERTO RICO, INC.<br>135 KM AND 3.5 O YAHUECAS<br>ADJUNTAS PR 00601-9709 |
| CREDITOR ID: 394045-61<br>PROFESSIONAL DUPLICATING<br>6499 38TH AVE. N. STE F-2<br>ST PETERSBURG, FL 33710 | CREDITOR ID: 381240-47<br>PROFESSIONAL EXAMINATION SERVICE<br>HRCI TESTING OFFICE 470<br>475 RIVERSIDE DR<br>NEW YORK, NY 10115-0089 | CREDITOR ID: 258956-12<br>PROFESSIONAL FOOD SYSTEMS<br>PO BOX 3200<br>JACKSON, MS 39207 |
| CREDITOR ID: 258957-12<br>PROFESSIONAL GROUP<br>716 WATERGATE DRIVE<br>SHEPHERDSVILLE KY 40165 | CREDITOR ID: 258958-12<br>PROFESSIONAL LABEL INC<br>18208 FOUNTAIN GROVE WAY<br>OLNEY MD 20832-3033 | CREDITOR ID: 258959-12<br>PROFESSIONAL LAWN AND LANDSCAPING<br>PO BOX 37265<br>PENSACOLA, FL 32526 |
| CREDITOR ID: 395706-65<br>PROFESSIONAL LAWN CARE & LANDSCAPING<br>7201 BRUNER STREET<br>PENSACOLA, FL 32526 | CREDITOR ID: 258960-12<br>PROFESSIONAL MAINTENANCE SERVICE<br>PO BOX 17104<br>HATTIESBURG, MS 39404 | CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE, SC 29602-1806 |
| CREDITOR ID: 258963-12<br>PROFESSIONAL PHARMACY STAFFING INC<br>7592 FORREST DRIVE<br>MERIDIAN, MS 39305 | CREDITOR ID: 258964-12<br>PROFESSIONAL PLUMBING<br>140 HEATH DRIVE<br>LITTLETON NC 27850 | CREDITOR ID: 258965-12<br>PROFESSIONAL PRINTING INC<br>1742 WEST GORDON STREET<br>VALDOSTA, GA 31601 |
| CREDITOR ID: 258966-12<br>PROFESSIONAL RESOURCE<br>ORGANIZATION<br>1405 IRVINE DR<br>EDMOND OK 73003 | CREDITOR ID: 258968-12<br>PROFESSIONAL SALES & MARKETING GRP<br>DEVON BANK<br>70 SO WAUKEGAN ROAD<br>DEERFIELD IL 60015 | CREDITOR ID: 258969-12<br>PROFESSIONAL SCREEN PRINTING INC<br>ATTN GILBERT GISPERT, PRES<br>PO BOX 4316<br>TAMPA, FL 33677-4316 |
| CREDITOR ID: 405389-95<br>PROFESSIONAL SCREEN PRINTING INC<br>AKA PROSCREEN<br>P.O.BOX 273267<br>TAMPA FL 33688-3267 | CREDITOR ID: 258970-12<br>PROFESSIONAL SERVICE EXPRESS<br>ATTN: RAULO VASQUEZ, PRES<br>8050 N W  8TH SOUTH STREET, #201<br>MIAMI, FL 33126 | CREDITOR ID: 258971-12<br>PROFESSIONAL SERVICE INDUSTRIES INC<br>2540 23RD STREET<br>GULFPORT, MS 39501 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395707-65<br>PROFESSIONAL SWEEPERS, INC.<br>4020 DERBY DRIVE<br>GAINESVILLE, GA 30507 | CREDITOR ID: 393722-58<br>PROFIT MANAGEMENT, INC.<br>4101 NICOLES LN.<br>GROVETOWN, GA 30815 | CREDITOR ID: 258973-12<br>PROFOOT INC<br>ATTN RICHARD KIRSCHNER, CONT<br>PO BOX 397<br>NEWARK, NJ 07101-0397 |
| CREDITOR ID: 258974-12<br>PROFORMA MARKETING AGENCY<br>PO BOX 640814<br>CINCINNATI OH 45264 | CREDITOR ID: 258975-12<br>PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | CREDITOR ID: 403243-79<br>PROGRESS ENERGY CAROLINAS PROGRESS<br>ENERGY SERVICE COMPANY LLC<br>ATTN: ELAINE ROGERS<br>LEGAL DEPT PEB 17 B2<br>PO BOX 1551<br>RALEIGH NC 27602 |
| CREDITOR ID: 258976-12<br>PROGRESS ENERGY FLORIDA<br>PO BOX 33199<br>ST PETERSBURG, FL 33733-8199 | CREDITOR ID: 258977-12<br>PROGRESS INDEX<br>PO BOX 71<br>PETERSBURG, VA 23804-0071 | CREDITOR ID: 258978-12<br>PROGRESSIVE CONTROL SYSTEM<br>FLUID HANDLING & CONTROL SOLUT<br>830 W MAIN STREET 191<br>LAKE ZURICH, IL 60047 |
| CREDITOR ID: 258979-12<br>PROGRESSIVE ENTERTAINMENT<br>10909 ATLANTIC BLVD SUITE 4R<br>JACKSONVILLE FL 32225 | CREDITOR ID: 258980-12<br>PROGRESSIVE RETAIL SERVICES<br>PO BOX 785<br>MANASSAS PARK, VA 20113 | CREDITOR ID: 403505-15<br>PROGRESSIVE RETAIL STORES, INC<br>C/O MELAND RUSSIN HELLINGER ET AL<br>ATTN PETER D RUSSIN, ESQ<br>200 SOUTH BISCAYNE BLVD, SUITE 3000<br>MIAMI FL 33131 |
| CREDITOR ID: 407431-97<br>PROGRESSIVE RETAIL STORES, INC<br>ATTN: STUART DUKEMAN, PRES<br>9105-A OWENS DR, STE 202<br>MANASSAS VA 20113 | CREDITOR ID: 395432-64<br>PROGRESSIVE STAFFING NETWORK<br>ATTN SEAN HARRISON, PRES<br>510 TRIBAL WOODS<br>COLLIERVILLE, TN 38017 | CREDITOR ID: 405390-95<br>PROGRESSIVE STAFFING NETWORK<br>811 SAINT MICHAEL PLACE<br>LITTLE ROCK AR 72211 |
| CREDITOR ID: 258982-12<br>PROINSTALL<br>PO BOX 4316<br>TAMPA, FL 33677 | CREDITOR ID: 258983-12<br>PROJECT ASSISTANTS<br>1409 FOULK ROAD<br>SUITE 200<br>WILMINGTON, DE 19803 | CREDITOR ID: 407494-G5<br>PROJECT ASSISTANTS<br>C/O MORRIS, NICHOLLS ARSHT & TUNNEL<br>1201 NORTH MARKET STREET<br>WILMINGTON DE 19899 |
| CREDITOR ID: 268316-31<br>PROJECT LIFE FOR YOUTH<br>ATTN: MARGIE GILL<br>535 ALCOVY SPRINGS DR<br>LAWRENCEVILLE GA 30045-7928 | CREDITOR ID: 268317-31<br>PROJECT VISION INC<br>ATTN: DOROTHY HAWTHORNE<br>809 7TH ST SE<br>GRAYSVILLE AL 35073-1908 | CREDITOR ID: 258984-12<br>PROKIDS<br>2320 KEMPER LANE<br>CINCINNATI OH 45206 |
| CREDITOR ID: 1747-07<br>PROM VENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND, OH 44193-0124 | CREDITOR ID: 2487-07<br>PROMENADES MALL (E & A), LLC<br>900 NATIONS BNK PLZ, 1901 MAIN<br>ATTN: JODIE MCLEAN<br>COLUMBIA SC 29202 | CREDITOR ID: 258985-12<br>PROMENADES MALL (E&A), LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1746-07<br>PROMENADES MALL, LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 268318-31<br>PROMISE SEED CDC INC<br>ATTN: HAZEL CHISM<br>250 ROCHELLE RD<br>JACKSON TN 38301-9164 | CREDITOR ID: 258986-12<br>PROMISED LAND DAIRY<br>8122 DATAPOINT DRIVE, SUITE 1004<br>SAN ANTONIO, TX 78229 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405391-95<br>PROMISED LAND DAIRY<br>4603 SOUTH PRESA STREET<br>SAN ANTONIO TX 78223 | CREDITOR ID: 258987-12<br>PROMO DEPOT INC<br>PO BOX 551219<br>JACKSONVILLE, FL 32255-1219 | CREDITOR ID: 258988-12<br>PROMODATA LEEMIS SERVICE<br>1 SOUTH 270 SUMMIT AVENUE<br>OAKBROOK TERRACE IL 60181 |
| CREDITOR ID: 258989-12<br>PROMOTIONS UNLIMITED<br>PO BOX 087601<br>RACINE, WI 53408 | CREDITOR ID: 382071-36<br>PROMOTIONS UNLIMITED CORPORATION<br>PAUL DRDAK<br>7601 DURAND AVE<br>RACINE WI 53408-7601 | CREDITOR ID: 258990-12<br>PROMPT TOWING<br>11139 TAMIAMI TRAIL<br>PUNTA GORDA, FL 33955 |
| CREDITOR ID: 258991-12<br>PROMVENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND, OH 44193 | CREDITOR ID: 258992-12<br>PROPAGE<br>112 KEY DR<br>BRUNSWICK, GA 31520 | CREDITOR ID: 385362-54<br>PROPER, ELISA<br>1747 FACADE COURT<br>HOLIDAY, FL 34690 |
| CREDITOR ID: 390670-55<br>PROPER, ELISA<br>C/O: R. STANLEY GIPE<br>PAPA & GIPE<br>1724 GULF TO BAY BOULEVARD<br>CLEARWATER FL 33755 | CREDITOR ID: 258993-12<br>PROPERTIES GROUP<br>PO BOX 198261<br>ATLANTA, GA 30384-8261 | CREDITOR ID: 268319-31<br>PROPERTIES OF GEORGIA INC<br>ATTN: HENRY BRENNAN<br>3139 CUSTER LAKE DR NW<br>MARIETTA GA 30064-1123 |
| CREDITOR ID: 268320-14<br>PROPERTY ASSESSORS OFFICE<br>ATTN: JOHN SIMS<br>110 E MAIN ST<br>JONESBOROUGH TN 37659 | CREDITOR ID: 2488-07<br>PROPERTY CONCEPTS INC<br>545 WATERGATE CT<br>ROSWELL GA 30076-3239 | CREDITOR ID: 258994-12<br>PROPERTY DAMAGE APPRAISERS<br>230 ARLINGTON ROAD NORTH<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 258995-12<br>PROPERTY DAMAGE APPRAISERS<br>PO BOX 9230<br>FT WORTH TX 76147 | CREDITOR ID: 316104-41<br>PROPERTY DEVELOPMENT ASSOCIATES<br>5918 STONERIDGE MALL RD<br>% ACCOUNTING98-5435-01-01<br>PLEASANTON CA 94588-3229 | CREDITOR ID: 258996-12<br>PROPERTY MANAGEMENT SERVICES<br>LLC  PO BOX 210861<br>MONTGOMERY, AL 36121-0861 |
| CREDITOR ID: 2489-07<br>PROPERTY ONE, INC.<br>2014 WEST PINHOOK ROAD<br>SUITE 705<br>LAFAYETTE LA 70508-8505 | CREDITOR ID: 268321-14<br>PROPERTY TAX<br>ATTN: BILL BASS<br>50 N RIPLEY ST # 4103<br>MONTGOMERY AL 36130-1001 | CREDITOR ID: 268322-14<br>PROPERTY TAX ASSESSOR<br>ATTN: DENNIS ANGLIN<br>1320 W MAIN ST STE 204<br>FRANKLIN TN 37064-3735 |
| CREDITOR ID: 268323-14<br>PROPERTY TAX ASSOCIATES INC<br>ATTN: JERRY WARD<br>795 WOODLANDS PKWY<br>RIDGELAND MS 39157-5217 | CREDITOR ID: 407103-MS<br>PROPES, RICHARD<br>3 BLACK KNOB COURT<br>GREENVILLE SC 29686 | CREDITOR ID: 390146-54<br>PROPP, RUTH<br>3500 EL CONQUISTADOR PARKWAY<br>UNIT  119<br>BRADENTON, FL 34210 |
| CREDITOR ID: 393597-55<br>PROPP, RUTH<br>C/O: LANCASTER & EURE, PA<br>P.O. BOX DRAWER 4257<br>SARASOTA FL 34230 | CREDITOR ID: 258997-12<br>PROPRIETARY FOODS INC<br>120 WILLOW CREST CT<br>ROSWELL, GA 30075 | CREDITOR ID: 258998-12<br>PROS CHOICE BEAUTY CARE<br>PO BOX 32394<br>HARTFORD, CT 06150-2394 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ـZukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405392-95<br>PROS CHOICE BEAUTY CARE<br>2060 9TH AVE<br>RONKONKOMA NY 11779 | CREDITOR ID: 258934-12<br>PRO'S CHOICE BEAUTY CARE INC<br>PO BOX 32394<br>HARTFORD CT 06150-2394 | CREDITOR ID: 382070-36<br>PRO'S CHOICE BEAUTY CARE, INC<br>JOSEPH GEWOLB<br>2060 NINTH AVENUE<br>RONKONKOMA NY 11779 |
| CREDITOR ID: 383029-51<br>PRO-SERV<br>PO BOX 5012<br>THOUSAND OAKS, CA 91359 | CREDITOR ID: 258999-12<br>PROSPECT PLASTICS INC<br>836 NE 44TH ST<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 395343-63<br>PROTEC-LAURENS ELECTRIC<br>ATTN KEITH AVERY<br>PO BOX 700<br>LAURENS, SC 29360 |
| CREDITOR ID: 259001-12<br>PROTECTION ONE<br>PO BOX 79016<br>PHOENIX, AZ 85062-9016 | CREDITOR ID: 259000-12<br>PROTECTION ONE<br>BELLSOUTH SECURITY SYSTEM FROM<br>2148 PELHAM PKWY BLDG 700<br>PELHAM AL 35124 | CREDITOR ID: 407537-15<br>PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>ATTN P B MASON, AGENT<br>PO BOX 740933<br>DALLAS TX 75374 |
| CREDITOR ID: 395346-63<br>PROTECTION ONE<br>PO BOX 49016<br>PHOENIX, AZ 85062-9016 | CREDITOR ID: 395345-63<br>PROTECTION ONE<br>PO BOX 371967<br>PHOENIX, AZ 85062-9016 | CREDITOR ID: 395344-63<br>PROTECTION ONE<br>2148 PELHAM PKWAY<br>PELHAM, AL 35124 |
| CREDITOR ID: 259002-12<br>PROTECTIVE PACKAGEING INC<br>255 STANDARD WAREHOUSE ROAD<br>LUGOFF, SC 29078 | CREDITOR ID: 259003-12<br>PROTEIN SALES INC<br>PO BOX 249<br>ASHLAND VA 23005-0249 | CREDITOR ID: 259004-12<br>PROTEMP SERVICES<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244 |
| CREDITOR ID: 259005-12<br>PROTEMP SERVICES LLC<br>ATTN: SCOTT H BAKER<br>PO BOX 564<br>AMORY, MS 38821 | CREDITOR ID: 383026-51<br>PROTEMP SERVICES, LLC<br>6162 VALLEY STATION CIRCLE<br>PELHAM, AL 35124 | CREDITOR ID: 400197-86<br>PROTOGYROU, ANTHONY<br>6813 PALLISTER RD.<br>NORFOLK  VA 23518 |
| CREDITOR ID: 389304-54<br>PROULX, JENNIFER<br>2036 URBANA AVE.<br>DELTONA FL 32725 | CREDITOR ID: 383025-51<br>PROVANTAGE FKA BCM<br>PO BOX 1662<br>WAUKESHA, WI 53187 | CREDITOR ID: 405968-99<br>PROVENDER HALL LLC<br>C/O HILL WARD & HENDERSON PA<br>ATTN: LYNN WALTER SHERMAN, ESQ<br>PO BOX 2231<br>TAMPA FL 33601 |
| CREDITOR ID: 397315-69<br>PROVIDED SERVICES<br>1985 UMSTEAD DRIVE<br>RALEIGH, NC 27603 | CREDITOR ID: 259006-12<br>PROVIDENT BANK<br>309 VINE STREET 452 D<br>CINCINNATI, OH 45202 | CREDITOR ID: 397130-67<br>PROVIDENT BANK<br>ONE EAST FOURTH STREET<br>CINCINNATI, OH 45202 |
| CREDITOR ID: 278546-24<br>PROVIDENT BANK<br>3124 W. BROAD STREET<br>RICHMOND VA 23230 | CREDITOR ID: 259007-12<br>PROVIDENT COMPANIES<br>ATTN: VICTORIA WEAVER<br>18 CHESTNUT STREET<br>WORCESTER MA 01608 | CREDITOR ID: 383023-51<br>PROVIDER MEDICAL PHARM. INC.<br>CITY PLEX TOWERS BUILDING, 50TH FL<br>TULSA, OK 74137 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259008-12<br>PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 | CREDITOR ID: 382072-36<br>PROVINI VEAL CORP<br>AMY DAANEN<br>W2103 COUNTRY RD VV<br>SEYMOUR WI 54165 | CREDITOR ID: 258935-12<br>PRO-WAY CHEMICAL CO<br>3320 LENOX AVE<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 259009-12<br>PROXYMED INC<br>PO BOX 931752<br>ATLANTA, GA 31193-1752 | CREDITOR ID: 259010-12<br>PRSA 2002 INTERNATIONAL CONFERENCE<br>33 IRVING PLACE<br>NEW YORK NY 10003 | CREDITOR ID: 407742-99<br>PRUDENTIAL COMPANY OF AMERICA, THE<br>C/O KATTAN MUCHIN ROSENMAN LLP<br>ATTN: DUSTIN P BRANCH, ESQ<br>2029 CENTURY PARK EAST, STE 2600<br>LOS ANGELES  CA 90067 |
| CREDITOR ID: 407742-99<br>PRUDENTIAL COMPANY OF AMERICA, THE<br>C/O HELD & ISREAL<br>ATTN: EDWIN W HELD, JR<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 259011-12<br>PRUDENTIAL HEATING  AIR CONDITIONING<br>3302 GILMORE INDUSTRIAL BLVD<br>LOUISVILLE KY 40213 | CREDITOR ID: 278986-99<br>PRUDENTIAL INSURANCE CO OF AMERICA<br>C/O KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN:  THOMAS  LEANSE/DUSTIN BRANCH<br>2029 CENTURY PARK E, STE 2600<br>LOS ANGELES CA 90067-3012 |
| CREDITOR ID: 400879-91<br>PRUETT, RONALD L.<br>9249 BRADFORD PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 407104-MS<br>PRUGH, STEPHEN<br>35025 RAINTREE DRIVE<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 383022-51<br>PRXN PRESCRIPTION DRUG PLAN<br>2505 NORTH HIGHWAY 360, SUITE 670<br>GRAND PRARIE, TX 75050 |
| CREDITOR ID: 389174-54<br>PRYOR, MARYLIN<br>832 E. BURNETT<br>LOUISVILLE, KY 40217 | CREDITOR ID: 397925-76<br>PRYOR, WILBERT<br>339 VANN STREET, SE<br>JACKSONVILLE, AL 36265 | CREDITOR ID: 2244-07<br>PS FRANKLIN, LTD<br>ATTN FRED CHIKOVSKY, GP<br>1720 HARRISON STREET, SUITE 7-A<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 397210-67<br>PS TURFWAY, LLC<br>C/O PARTY SOURCE<br>95 RIVERIA DRIVE<br>BELLEVUE KY 41073 | CREDITOR ID: 259012-12<br>PSA PACKING & SUPPLY ADVANTAGE<br>3508 CARDINAL POINT DR<br>JACKSONVILLE FL 32257 | CREDITOR ID: 384300-47<br>PSC CENTREX<br>2104 N HAMILTON STREET<br>RICHMOND, VA 23230 |
| CREDITOR ID: 259013-12<br>PSC SCANNING INC<br>NW 5228<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5228 | CREDITOR ID: 769-03<br>PSG ROLLING OAKS UTILITIES<br>PO BOX 641030<br>BEVERLY HILLS FL 34464 | CREDITOR ID: 259014-12<br>PSI<br>ATTN DEBBIE DELESTOWICZ<br>PO BOX 71168<br>CHICAGO, IL 60694-1168 |
| CREDITOR ID: 259015-12<br>PSI ENERGY CINCINNATI<br>PO BOX 740263<br>CINCINATTI OH 45274-0263 | CREDITOR ID: 770-03<br>PSI ENERGY INC.<br>1000 EAST MAIN STREET<br>PLAINFIELD IN 46168 | CREDITOR ID: 259016-12<br>PSI OF LOUISIANA INC<br>PO BOX 80673<br>LAFAYETTE, LA 70598 |
| CREDITOR ID: 259017-12<br>PSMA LTD AP FLA FP FLA TIC<br>C/O PHILIPS INTL HOLDING CORP<br>295 MADISON AVE 2ND FLOOR<br>NEW YORK, NY 10017 | CREDITOR ID: 259018-12<br>PSNC ENERGY<br>PO BOX 100256<br>COLUMBIA, SC 29202-3256 | CREDITOR ID: 406244-G4<br>PSR CONNECT, INC.<br>9755 DOGWOOD RD., SUITE 250<br>ROSWELL GA 30075 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259019-12<br>PSR PROFESSIONAL STAFFING INC<br>9755 DOGWOOD ROAD, SUITE 350<br>ROSWELL, GA 30075 | CREDITOR ID: 259020-12<br>PSS NORTH FLORIDA<br>8501-3 WESTSIDE INDUSTRIAL DRIVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 268324-31<br>PTRWA<br>ATTN: JOHN KIME<br>2216 W MEADOWVIEW RD<br>GREENSBORO NC 27407-3406 |
| CREDITOR ID: 268325-31<br>PUBLIC BLDG AUTH OF BLUNT CNTY<br>ATTN: RON OGLE<br>381 COURT ST<br>MARYVILLE TN 37804-5906 | CREDITOR ID: 268326-14<br>PUBLIC POLICY CENTER MISS<br>ATTN: WARREN YODER<br>403 MOUNT VERNON AVE<br>JACKSON MS 39209-3936 | CREDITOR ID: 259021-12<br>PUBLIC RELATIONS SOCIETY OF AMERICA<br>33 IRVING PLACE<br>NEW YORK NY 10003 2376 |
| CREDITOR ID: 268327-31<br>PUBLIC SERV DEPT<br>ATTN: SAMUEL AMERSON<br>121 SW FLAGLER AVE<br>STUART FL 34994-2139 | CREDITOR ID: 268328-14<br>PUBLIC SERVICE TAX<br>ATTN: BERNARD J KANE<br>123 W INDIANA AVE RM 103<br>DELAND FL 32720-4615 | CREDITOR ID: 397687-99<br>PUBLIC SERVICES OF NORTH CAROLINA<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 397687-99<br>PUBLIC SERVICES OF NORTH CAROLINA<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN: DAVID B WHEELER, ESQ<br>40 CALHOUN ST, STE 300<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 | CREDITOR ID: 259024-12<br>PUBLIC WORKS<br>ATTN: BRIAN STOVALL<br>111 BURNS WAY DR<br>GADSDEN AL 35903-3486 | CREDITOR ID: 268330-31<br>PUBLIC WRKS FOR CY SIMPONVILLE<br>ATTN: JOE CARTER<br>110 WOODSIDE PARK DR<br>SIMPSONVILLE SC 29681-2553 |
| CREDITOR ID: 381511-47<br>PUBLICOM INC<br>PO BOX 4546<br>ROANOKE, VA 24015-0546 | CREDITOR ID: 259024-12<br>PUBLIX EMPLOYEES FEDERAL CRDT UNION<br>C/O THERESA LOCKE LEGAL OFFICER<br>PO BOX 1000<br>LAKELAND FL 33802 | CREDITOR ID: 407757-99<br>PUBLIX SUPER MARKETS INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN: WILLIAM KNIGHT ZEWADSKI, ESQ<br>PO BOX 1102<br>TAMPA FL 33601 |
| CREDITOR ID: 388595-54<br>PUCKETT, KATHY<br>8651 OLD AGNES RD<br>POOLVILLE TX 76487 | CREDITOR ID: 256269-12<br>PUDERER, MICHAEL V<br>195 RAVAN AVENUE<br>HARAHAN LA 70123 | CREDITOR ID: 253465-12<br>PUERTO, JUAN MD<br>1501 B 6TH AVENUE<br>IMMOKALEE, FL 34142 |
| CREDITOR ID: 259025-12<br>PUGET SOUND INTERNATIONAL<br>2102 MILWAUKEE WAY<br>TACOMA WA 98421 | CREDITOR ID: 259026-12<br>PUGH & SONS INC<br>RT 3 BOX 98<br>EVERGREEN, AL 36401 | CREDITOR ID: 2937-04<br>PUGH/SON<br>ATTN: VIVAN OR JOHN<br>RT. 3 BOX 98<br>EVERGREEN AL 36401 |
| CREDITOR ID: 388257-54<br>PUJOL, NELA<br>8841 WEEST FLAGLER STREET<br>APT 104<br>MIAMI FL 33174 | CREDITOR ID: 268331-31<br>PULASKI WASTEWATER TREATMENT<br>ATTN: HAROLD BROOKS<br>1149 PAULK LN<br>PULASKI TN 38478-4657 | CREDITOR ID: 259028-12<br>PULSA FEEDER INC<br>PO BOX 96053<br>CHICAGO, IL 60693-6053 |
| CREDITOR ID: 395348-63<br>PULSE EFT ASSOCIATION<br>1301 MCKINNEY, SUITE 2500<br>HOUSTON, TX 77010 | CREDITOR ID: 259029-12<br>PUMP OUTS R US<br>PO BOX 570762<br>MIAMI FL 33257-0762 | CREDITOR ID: 376677-44<br>PUMPHREY, T G<br>MANAGEMENT SECURITY PLAN<br>PO BOX 2649<br>PONTE VEDRA, FL 32004 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 407105-MS
PUMPHREY, THOMAS G.
P.O. BOX 2649
PONTE VEDRA BEACH FL 32004

CREDITOR ID: 259030-12
PUMPKIN MASTERS
PO BOX 71-4796
COLUMBUS OH 43271-4796

CREDITOR ID: 380966-47
PUNCH INTERGRATED COMMUNICATIONS INC
355 ELMIRA ROAD NORTH
SUITE 116
GUELP, ON N1K 1S5
CANADA

CREDITOR ID: 268332-14
PUNTA GORDA CITY OF
ATTN: VICKY POTTS
COR OF TAYLOR OLYMPIC AVE
PUNTA GORDA FL 33950

CREDITOR ID: 259031-12
PUNTA GORDA LITTLE LEAGUE INC
PO BOX 510651
PUNTA GORDA FL 33951

CREDITOR ID: 268333-31
PUNTA GORDA WATER TREATMENT
ATTN: JOHN BORDMAN
38100 WASHINGTON LOOP RD
PUNTA GORDA FL 33982-9592

CREDITOR ID: 399559-82
PUNTURO, RENEE
100 LESLIE OAKS DRIVE APT 2203
LITHONIA  GA 30058

CREDITOR ID: 388932-54
PUPO, JACQUELINE
9915 WEST OKECHOBEE ROAD #5208
HIALEAH GARDENS, FL 33018

CREDITOR ID: 392836-55
PUPO, JACQUELINE
C/O: JEFFREY DAVIS
MR. JEFFREY DAVIS, ESQUIRE
1980 CORAL WAY
MIAMI FL 33145

CREDITOR ID: 259032-12
PURCELL INTERNATIONAL
ATTN WILLIAM E PURCELL, PRESIDENT
PO BOX 5043
WALNUT CREEK, CA 94596-1097

CREDITOR ID: 405396-95
PURCELL INTERNATIONAL
2499 N MAIN ST
WALNUT CREEK CA 94596-1097

CREDITOR ID: 380977-47
PURCELL INTERNATIONAL GROUP
1640 SOUTH SEPULVEDA BLVD
SUITE 208
LOS ANGELES, CA 90025-7510

CREDITOR ID: 315684-36
PURCELL INTERNATIONAL INC
C/O WILLIAM E PURCELL
2499 NORTH MAIN STREET
PO BOX 5043
WALNUT CREEK CA 94596

CREDITOR ID: 376678-44
PURCHASE ORDER OF MIAMI
3724 NW 72ND ST
MIAMI FL 33147

CREDITOR ID: 259033-12
PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

CREDITOR ID: 384301-47
PURDUE FREDERICK COMPANY
PO BOX  910668
DALLAS, TX 75391-0668

CREDITOR ID: 259034-12
PURDUE FREDERICK COMPANY
ATTN LINDA DEPONTE, CREDIT DEPT
ONE STAMFORD FORUM
STAMFORD, CT 06901-3431

CREDITOR ID: 405398-95
PURDUE FREDERICK COMPANY
STEVE BISHOP
9708 WOODWIND WAY
VIENNA VA 22182

CREDITOR ID: 259035-12
PURE HEALTH SOLUTIONS
PO BOX 13604
PHILADELPHIA, PA 19101-3604

CREDITOR ID: 405399-95
PURIFIED AIR SERVICES
393 SESSIONS ST BLDG 2
MARIETTA GA 30060

CREDITOR ID: 259037-12
PURITY DAIRIES INC
MSC# 410600
PO BOX 415000
NASHVILLE, TN 37241-5000

CREDITOR ID: 405400-95
PURITY DAIRIES INC
PO BOX 100957
NASHVILLE TN 37224

CREDITOR ID: 407428-15
PURITY DAIRIES, INC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 259038-12
PURITY WHOLESALE GROCERS
ATTN: BRUCE KRICHMOR, VP OF ACCT
2375 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 405401-95
PURITY WHOLESALE GROCERS
135 S LASALLE ST DEPT #2375
CHICAGO IL 60674-2375

CREDITOR ID: 279081-32
PURITY WHOLESALE GROCERS, INC
ATTN BRUCE KRICHMAR, VP OF ACCT
5400 BROKEN SOUND BLVD NW
BOCA RATON FL 33487

CREDITOR ID: 259039-12
PURPLE SAGE TRUCKING
PO BOX 2174
IDAHO FALLS ID 83403

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 259040-12
PURSER OIL COMPANY
PO BOX 790585
CHARLOTTE NC 28206-7909

CREDITOR ID: 394169-56
PURSIFULL, SANDRA
329 B-EDENS LANE
SENECA, SC 29678

CREDITOR ID: 400361-85
PURSIFULL, SANDRA
C/O LESLIE FAY SHAYNE
LESLIE JAY SHAYNE
109 NORTH CATHERINE STREET
WALHALLA SC 29691

CREDITOR ID: 390138-54
PURTZ, NANCY
1548 KELBY RD
KISSIMMEE, FL 34744

CREDITOR ID: 393592-55
PURTZ, NANCY
C/O: DEBORAH ALICEA
LAW OFFICES OF HARVEY V. COHEN, P.A.
1920 N. ORANGE AVE.
ORLANDO FL 32804

CREDITOR ID: 259041-12
PURVIS CREDIT
4860 NORTH BLVD
BATON ROUGE LA 70806

CREDITOR ID: 400881-91
PURVIS, FRED E
12 NELLPURVIS RD
ADEL GA 31620

CREDITOR ID: 394147-56
PURVIS, WILLIAM
2572 SPLITWOOD WAY
CLEARWATER, FL 33761-3931

CREDITOR ID: 388566-54
PUTNAL, TERRY
ROUTE 1 BOX 3163
MADISON FL 32340

CREDITOR ID: 259042-12
PUTNAM COMMUNITY MED CTR
PO BOX 778
PALATKA, FL 32178-0778

CREDITOR ID: 259043-12
PUTNAM COUNTY BOARD OF COUNTY COMM
PO BOX 1647
PALATKA FL 32177

CREDITOR ID: 259044-12
PUTNAM COUNTY HUMANE SOCIETY
112 NORMA STREET
HOLLISTER, FL 32147

CREDITOR ID: 259046-12
PUTNAM PENNY SAVER
ATTN ROBERT BEACHAM, GM
PO BOX 220
PALATKA, FL 32178-0220

CREDITOR ID: 259047-12
PVF OPERATING CO LLC
PO BOX 87
FOWLER CA 93625-0087

CREDITOR ID: 268334-14
PWC REAL ESTATE ASSESSMENTS
ATTN: ALISON LINDER
4379 RIDGEWOOD CENTER DR
WOODBRIDGE VA 22192-5308

CREDITOR ID: 279386-36
PYA MONARCH LLC.
D/B/A US FOOD SERVICE INC.
CHRISTINE UNDERWOOD
2850 SELMA HIGHWAY
P.O. BOX 117
MONTGOMERY  AL 36108-5068

CREDITOR ID: 259048-12
PYE BARKER
DEPT GA 00347
PO BOX 530109
ATLANTA GA 30353-0109

CREDITOR ID: 407543-15
PYE BARKER FIRE & SAFETY
ATTN KERI PEREZ, ACCOUNTING
PO BOX 3090
KENNESAW GA 30156

CREDITOR ID: 259049-12
PYE BARKER FIRE PROTECTION LTD
PO BOX 3090
KENNESAW, GA 30156-9119

CREDITOR ID: 394015-61
PYE, IRENE
9759 MACARTHUR COURT S
JACKSONVILLE, FL 32246

CREDITOR ID: 385866-54
PYLE, CHARLES
12975 NE 1ST ROAD
SILVER SPRINGS, FL 34488

CREDITOR ID: 391115-55
PYLE, CHARLES
C/O: W. CLAY MITCHELL, JR.
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 400119-15
PYXIS CONSULTING GROUP INC DBA
BAYFORCE TECHNOLOGY SOLUTIONS ET AL
C/O LAU LANE PIEPER CONLEY ET AL
ATTN CHARLES C LANE, ESQ
PO BOX 838
TAMPA FL 33601

CREDITOR ID: 381050-47
Q MAN INC
ONE BUCCANEER PLACE
TAMPA, FL 33607

CREDITOR ID: 259050-12
QA SUPPLIES
1185 PINERIDGE ROAD
NORFOLK VA 23502-2095

CREDITOR ID: 259051-12
QAT ATLANTA
300 GREAT SOUTH WEST PARKWAY
ATLANTA, GA 30336

CREDITOR ID: 259052-12
QMI FOOD & DIARY MGT INC
426 HAYWARD AVE N
OAKDALE MN 55128

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259053-12<br>QRS  CORPORATION<br>PO BOX 39000   DEPT 05039<br>SAN FRANCISCO, CA 94139-5039 | CREDITOR ID: 393709-58<br>QRS CORP<br>PO BOX 39000<br>DEPT. 05039<br>SAN FRANCISCO, CA 94139-5039 | CREDITOR ID: 259054-12<br>QSI<br>PO BOX 531<br>SIGNAL MTN TN 37377 |
| CREDITOR ID: 259055-12<br>QST PUBLICATIONS INC<br>THE SOUTHEAST SUN DALEVILLE SUN<br>PO BOX 311546<br>628-A GLOVER AVENUE<br>ENTERPRISE, AL 36331-1546 | CREDITOR ID: 259056-12<br>QUAD CITY TRUCK REPAIR<br>1965 HWY 20<br>TUSCUMBIA, AL 35674 | CREDITOR ID: 315657-99<br>QUADRANGLE GROUP LLC<br>ATTN: A HERENSTEIN/P BARTEL<br>375 PARK AVE, 14TH FL<br>NEW YORK NY 10152 |
| CREDITOR ID: 407732-99<br>QUAIL ROOST ASSOC PARTNERSHIP<br>C/O LAW FIRM OF ROBERT C MEYER PA<br>ATTN: ROBERT C MEYER, ESQ<br>2223 CORAL WAY<br>MIAMI FL 33145 | CREDITOR ID: 1750-07<br>QUAIL ROOST ASSOC. PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 259057-12<br>QUAIL ROOST ASSOCIATES<br>PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 |
| CREDITOR ID: 259058-12<br>QUAIL RUN VILLAGE<br>ATTN FRANCIS CARRINGTON<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>ATTN F CARRINGTON OR R DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 259059-12<br>QUAKER FOODS AND BEVERAGES<br>PO BOX 905758<br>CHARLOTTE NC 28290-5758 |
| CREDITOR ID: 259060-12<br>QUAKER MAID<br>PO BOX 350<br>SHILLINGTON, PA 19607-0350 | CREDITOR ID: 397694-99<br>QUAKER OATS COMPANY<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 259061-12<br>QUAKER OATS COMPANY<br>PO BOX 905755<br>CHARLOTTE, NC 28290-5755 |
| CREDITOR ID: 397694-99<br>QUAKER OATS COMPANY<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 397694-99<br>QUAKER OATS COMPANY<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 382073-36<br>QUAKER SALES & DISTRIBUTION<br>DAVID E PILAT<br>555 W MONROE ST<br>CHICAGO IL 60661-3716 |
| CREDITOR ID: 259062-12<br>QUALEX INC<br>PO BOX 60895<br>CHARLOTTE, NC 28260 | CREDITOR ID: 259063-12<br>QUALI TECH INC<br>PO BOX 581279<br>MINNEAPOLIS, MN 55458-1279 | CREDITOR ID: 259064-12<br>QUALIS INC<br>PO BOX 5167<br>DES MOINES, IA 50306-5167 |
| CREDITOR ID: 259065-12<br>QUALISYS<br>4501 CIRCLE 75 PKWAY, STE C - 3250<br>ATLANTA, GA 30339 | CREDITOR ID: 259066-12<br>QUALITY AIR TOOL ATLANTA<br>2922 REPUBLIC AVE<br>FLORENCE SC 29501 | CREDITOR ID: 259067-12<br>QUALITY BEVERAGE<br>PO BOX 778<br>SALISBURY, NC 28145-0778 |
| CREDITOR ID: 376680-44<br>QUALITY CASING & NETTING<br>PO BOX 6050<br>CINCINNATI, OH 45270-6050 | CREDITOR ID: 259068-12<br>QUALITY CASING & NETTING<br>PO BOX 75460<br>CINCINNATI OH 45275-5460 | CREDITOR ID: 259069-12<br>QUALITY CATHODIC TANK &LINE TESTING<br>3101 12TH STREET<br>SUITE #3<br>NORTHPORT AL 35473 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259070-12 | CREDITOR ID: 259071-12 | CREDITOR ID: 259072-12 |
| QUALITY CLEANING INC | QUALITY COLLISION REPAIR | QUALITY COMPRESSOR |
| 325 OLD BIRMINGHAM HIGHWAY | 3400 SILVER STAR ROAD | 4560 37TH STREET N #1 |
| WILDWOOD, GA 30757-3726 | ORLANDO, FL 32808 | ST PETERSBURG FL 33714 |
| | | |
| CREDITOR ID: 259073-12 | CREDITOR ID: 259074-12 | CREDITOR ID: 772-03 |
| QUALITY FIRE & BURGLAR ALARMS | QUALITY FOODS FROM SEA | QUALITY GAS |
| 1053-A GENOA ROAD | PO BOX 1837 | 1505 NORTH MAIN STREET |
| DUDLEY NC 28333 | ELIZABETH CITY NC 27906-1837 | OAKBORO NC 28129 |
| | | |
| CREDITOR ID: 259075-12 | CREDITOR ID: 406131-97 | CREDITOR ID: 381020-47 |
| QUALITY HARDWARE & SPECIALTY CO INC | QUALITY HARDWARE & SPECIALTY CO INC | QUALITY HOME PRODUCTS |
| ATTN: VAN C HEWETT, PRES | ATTN: VAN C HEWETT, PRES | 8701 JANE STREET UNITE C |
| PO BOX 60025 | PO BOX 60025 | CITY OF VAUGHAN, ON L4K2M6 |
| JACKSONVILLE, FL 32236-0025 | 207 NORTH ELLIS RD | CANADA |
| | JACKSONVILLE FL 32254 | |
| | | |
| CREDITOR ID: 259076-12 | CREDITOR ID: 259077-12 | CREDITOR ID: 259078-12 |
| QUALITY INN | QUALITY INN DOTHAN | QUALITY INN OCALA PLAZA |
| 1401 ROEBUCK DR | 3053 ROSS CLARK CIRCLE | ATTN JACQUE STEER, GM |
| MERIDIAN, MS 39301 | DOTHAN AL 36301 | 3621 W SILVER SPRINGS BLVD |
| | | OCALA, FL 34475 |
| | | |
| CREDITOR ID: 259079-12 | CREDITOR ID: 405404-95 | CREDITOR ID: 259080-12 |
| QUALITY INSTANT PRINTING | QUALITY KING | QUALITY KING DIST INC |
| PO BOX 11293 | ATTN SUE SQUITIERI | ATTN LYDIA SANCHEZ /VINCENT V ROTCH |
| JEFFERSON LA 70181-1293 | 2060 NINTH AVE | 2060 NINTH AVE |
| | RONKONKOMA NY 11779 | RONKONKOMA NY 11772 |
| | | |
| CREDITOR ID: 382074-36 | CREDITOR ID: 259081-12 | CREDITOR ID: 259082-12 |
| QUALITY KING DISTRIBUTORS INC | QUALITY LAWN SERVICE | QUALITY LOGISTICS |
| VINCENT ROTOLO | 129 GENTRY HAMILTON RD | PO BOX 333 |
| 2060 NINTH AVENUE | GRAY, TN 37615 | NICHOLS FL 33863 |
| RONKONKOMA NY 11779 | | |
| | | |
| CREDITOR ID: 259083-12 | CREDITOR ID: 259084-12 | CREDITOR ID: 259085-12 |
| QUALITY MAINTENANCE MGMT INC | QUALITY MECHANICAL CONTRACTORS | QUALITY MUFFLER AND REPAIR |
| 2085 GRAYBROOK DRIVE | 3032 A ROCK HILL RD | 207 SOUTH MAIN STREET |
| GRAYSON GA 30017 | BURLINGTON, NC 27215 | FITZGERALD GA 31750 |
| | | |
| CREDITOR ID: 259086-12 | CREDITOR ID: 259087-12 | CREDITOR ID: 259088-12 |
| QUALITY OIL & GAS COMPANY | QUALITY PLUMBING & HEATING COMPANY | QUALITY PORK INTERNATIONAL |
| PO BOX 606 | 1013 N WILLIAM STREET | 10404 F PLAZA |
| LAURINBURG NC 28353 | GOLDSBORO NC 27530 | OMAHA NE 68127 |
| | | |
| CREDITOR ID: 259089-12 | CREDITOR ID: 259090-12 | CREDITOR ID: 259091-12 |
| QUALITY PRINTING CO | QUALITY REFRIGERATION | QUALITY REPAIR SERVICE |
| 5620 JEFFERSON HWY | 4631 WILLIMA R KING RD | PO BOX 277 |
| HARAHAN LA 70123 | NEWTON GROVE NC 28366 | DEVILLE, LA 71328 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259092-12<br>QUALITY SALES, INC<br>ATTN BRIAN BOULET, OWNER<br>407 SOUTH AVENUE H<br>CROWLEY, LA 70526 | CREDITOR ID: 259093-12<br>QUALITY SERVICE INTEGRITY<br>PO BOX 531<br>SIGNAL MOUNTAIN TN 37377 | CREDITOR ID: 259094-12<br>QUALITY SIGN COMPANY<br>PO BOX 57280<br>JACKSONVILLE, FL 32241-7280 |
| CREDITOR ID: 381076-47<br>QUALITY SPRINKLER CO INC<br>ATTN: WILLIAM C KLUTTZ JR, PRES<br>10301 OLD CONCORD RD<br>CHARLOTTE, NC 28213 | CREDITOR ID: 259095-12<br>QUALITY SUITES PINEVILLE<br>9840 PINEVILLE MATTHEWS ROAD<br>PINEVILLE, NC 28134 | CREDITOR ID: 259096-12<br>QUALITY SUPERVAC<br>6087 CASTLE HEIGHTS RD<br>MORRIS, AL 35116 |
| CREDITOR ID: 259097-12<br>QUALITY TREATS INC<br>2612 WISTERIA LANE<br>MONROE, NC 28112 | CREDITOR ID: 405405-95<br>QUALITY TREATS INC<br>7214 MEETING STREET<br>CHARLOTTE NC 28210 | CREDITOR ID: 407106-MS<br>QUALLS, TERRY<br>10969 NORTH RUNWAY CIRCLE<br>GLEN ST. MARY FL 32040 |
| CREDITOR ID: 259098-12<br>QUANISHA D WILIAMS<br>PO BOX 9021<br>UNIVERSITY MS 38677 | CREDITOR ID: 259099-12<br>QUANTUM RADIOLOGY NORTHWEST<br>PO BOX 1000023<br>KENNESAW, GA 30156 | CREDITOR ID: 386588-54<br>QUAVE, LYNROSE<br>14245 S. MILLCREEK RD.<br>BILOXI MS 39532 |
| CREDITOR ID: 376682-44<br>QUAY CORP<br>PO BOX 297995<br>HOUSTON TX 77297 | CREDITOR ID: 268335-31<br>QUEBECK WALLING UTILITY DST<br>ATTN: POWELL LEWIS<br>281 W BOCKMAN WAY<br>SPARTA TN 38583-1829 | CREDITOR ID: 259100-12<br>QUEBECOR WORLD<br>PO BOX 98668<br>CHICAGO IL 60693-8668 |
| CREDITOR ID: 385561-54<br>QUEBEDU, MERCEDES<br>415 SE 6TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 390859-55<br>QUEBEDU, MERCEDES<br>C/O: PHILIP M. GERSON, ESQUIRE<br>GERSON & SCHWARTZ, P.A.<br>1980 CORAL WAY<br>MIAMI FL 33145-2624 | CREDITOR ID: 259101-12<br>QUEEN CITY FAIR<br>PO BOX 3001<br>MERIDIAN MS 39303 |
| CREDITOR ID: 259102-12<br>QUEEN CITY PLUMBING HEATING &<br>AIR CONDITIONING INC<br>ATTN HUEY CHEVALON, PRES<br>1703 WEEKS ST<br>NEW IBERIA, LA 70560 | CREDITOR ID: 259103-12<br>QUEEN CITY STORM ALL STARS<br>7900 E KEMPER ROAD<br>CINCINNATI OH 45249 | CREDITOR ID: 259104-12<br>QUEEN CITY TRUCK STOP<br>5502 N FRONTAGE ROAD<br>MERIDIAN, MS 39307 |
| CREDITOR ID: 245364-12<br>QUEEN, CHRISTOPHER<br>118 STRATFORD DRIVE<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 387789-54<br>QUEEN, THOMAS<br>1296 W. PARKS ROAD<br>RAYMOND MS 39154 | CREDITOR ID: 392125-55<br>QUEEN, THOMAS<br>C/O: PATRICIA ALEXANDER KILLGORE<br>PATRICIA ALEXANDER KILLGORE<br>2628 A SOUTHERLAND STREET<br>JACKSON MS 39216 |
| CREDITOR ID: 391838-55<br>QUEENER, CARL EDWARD<br>C/O LAWRENCE B CRAIG III ESQ<br>VALLE & CRAIG PA<br>9155 SOUTH DADELAND BLVD STE 1000<br>MIAMI FL 33156 | CREDITOR ID: 387250-54<br>QUEENER, CARL EDWARD<br>6641 SW 47TH STREET<br>MIAMI, FL 33165 | CREDITOR ID: 259105-12<br>QUEENS HARBOUR YACHT & COUNTRY CLUB<br>ATTN MICHAEL BLONDO<br>1131 QUEENS HABOUR BLVD<br>JACKSONVILLE, FL 32225 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259106-12<br>QUEENS SCU<br>PO BOX 15362<br>ALBANY, NY 12212-5362 | CREDITOR ID: 259107-12<br>QUENTIN L DAY<br>10051 WEST KUMAQUAT STREET<br>MIAMI FL 33157 | CREDITOR ID: 400198-86<br>QUESADA, ANGELA<br>2576 LEE RD., # 207<br>PHENIX CITY  AL 36870 |
| CREDITOR ID: 393745-58<br>QUEST<br>PO BOX 856133<br>LOUISVILLE, KY 40285 | CREDITOR ID: 393746-58<br>QUEST COMMUNICATIONS<br>PO BOX 856133<br>LOUISVILLE, KY 40285 | CREDITOR ID: 384302-47<br>QUEST DIAGNOSTICS<br>3175 PRESIDENTIAL DRIVE<br>ATLANTA, GA 30340 |
| CREDITOR ID: 259108-12<br>QUEST DIAGNOSTICS<br>PO BOX 740709<br>ATLANTA, GA 30374-0709 | CREDITOR ID: 382176-51<br>QUEST DIAGNOSTICS INCORPORATED<br>ATTN JUDITH A PARSONS - CV 2035<br>1201 SOUTH COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | CREDITOR ID: 382292-51<br>QUEST SOFTWARE<br>8001 IRVINE CENTER DRIVE<br>IRVINE, CA 92618 |
| CREDITOR ID: 259109-12<br>QUEST SOFTWARE INC<br>PO BOX 51739<br>LOS ANGELES, CA 90051-6039 | CREDITOR ID: 259110-12<br>QUEST TECHNOLOGIES INC<br>1060 CORPORATE CENTER DRIVE<br>OCONOMOWOC WI 53066-4828 | CREDITOR ID: 382291-51<br>QUESTIONMARK<br>5 HILLANDALE AVE.<br>STAMFORD, CT 06902 |
| CREDITOR ID: 248937-12<br>QUIALON, ELVIA<br>4210 SW 33RD DRIVE<br>HOLLYWOOD, FL 33023 | CREDITOR ID: 259112-12<br>QUICK CARE MED TREAT<br>605 W NY AVE<br>DELAND FL 32720 | CREDITOR ID: 259113-12<br>QUICK CARE MEDICAL TX CTR<br>650 W PLYMOUTH<br>DELAND, FL 32720 |
| CREDITOR ID: 268336-31<br>QUICK START<br>ATTN: JACKY ROHOSKY<br>1800 CENTURY PL NE<br>ATLANTA GA 30345-4311 | CREDITOR ID: 2938-04<br>QUICKWAY<br>PO BOX 997<br>HALIFAX VA 24558 | CREDITOR ID: 383215-15<br>QUICKWAY LOGISTICS, INC<br>ATTN ELLEN H FITZPATRICK, AR REP<br>113 CANDY LANE<br>NASHVILLE TN 37211 |
| CREDITOR ID: 395534-64<br>QUICKWAY LOGISTICS, INC.<br>113 CANDY LANE<br>NASHVILLE, TN 37211 | CREDITOR ID: 397664-72<br>QUICKWAY LOGISTICS, INC.<br>7589 CENTURION PKWY<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 403565-97<br>QUICKWAY TRANSPORTATION<br>ATTN: CHRIS T - CONTROLLER<br>PO BOX 111390<br>NASHVILLE TN 37222 |
| CREDITOR ID: 259114-12<br>QUICKWAY TRANSPORTATION<br>MSC 410446<br>PO BOX 415000<br>NASHVILLE, TN 37241-5000 | CREDITOR ID: 405407-95<br>QUICKWAY TRANSPORTATION<br>P O BOX 410446<br>NASHVILLE TN 37241-0446 | CREDITOR ID: 259116-12<br>QUIGLEY HOUSE<br>PO BOX 142<br>ORANGE PARK FL 32067 |
| CREDITOR ID: 259117-12<br>QUIKSTAFF INC<br>22 LATIMER ST<br>HAZELHURST, GA 31539 | CREDITOR ID: 259118-12<br>QUILL CORP<br>PO BOX 94081<br>PALATINE, IL 60094-4081 | CREDITOR ID: 387117-54<br>QUIMBY, CHARLES<br>3009 SW ARCHER RD #D1<br>GAINESVILLE, FL 32601 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259119-12<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 2491-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 259120-12<br>QUINCY TELEPHONE COMPANY<br>LAURA COX   NW 8702<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-8702 |
| CREDITOR ID: 259121-12<br>QUINN CHAPEL AME CHURCH<br>10998 SOUTHLAND BLVD<br>CINCINNATI OH 45240 | CREDITOR ID: 259122-12<br>QUINN M STRAUB<br>2309 OLD BAINBRIDGE ROAD<br>APT 702C<br>TALLAHASSEE FL 32303 | CREDITOR ID: 375617-44<br>QUINONES, JOSE<br>ORL DIV STORE #659<br>8006 SNOWEY EGRET PL<br>BRADENTON, FL 34202 |
| CREDITOR ID: 403261-92<br>QUINONES, QUINTIN<br>961 E 31ST STREET<br>MIAMI FL 33012 | CREDITOR ID: 392271-55<br>QUINONES, ROSA M<br>C/O TACHER AND PROFETA, PA<br>ATTN MARIO S PROFETA, ESQ<br>479 NW 27TH AVE<br>MIAMI FL 33125 | CREDITOR ID: 387992-54<br>QUINONES, ROSA M<br>7899 NW 170 ST<br>HIALEAH, FL 33015 |
| CREDITOR ID: 387452-54<br>QUINTERO, ENRIQUE<br>6137 S W 1ST STREET<br>MARGATE FL 33068-1605 | CREDITOR ID: 386136-54<br>QUINTERO, ESTER<br>422 EAST 17TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 391313-55<br>QUINTERO, ESTER<br>C/O: JULIO DIAZ ESQ.<br>STEWART G. GREENBERG, P.A.<br>11440 N. KENDALL DR.<br>PH 400<br>MIAMI FL 33176 |
| CREDITOR ID: 393191-55<br>QUINTERO, ROLANDO V<br>C/O JACK G. BERNSTEIN<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 389519-54<br>QUINTERO, ROLANDO V<br>1630 W. 72ND ST.<br>HIALEAH, FL 33014 | CREDITOR ID: 399560-82<br>QUINTERO, SONIA<br>15601 SW 137TH AVENUE  APT # 305<br>MIAMI  FL 33177 |
| CREDITOR ID: 259123-12<br>QUINTON F MOZEE<br>5315 REGENT WAY<br>LOUISVILLE KY 40218 | CREDITOR ID: 259124-12<br>QUIRCH FOODS<br>PO BOX 66-9250<br>MIAMI FL 33166 | CREDITOR ID: 386911-54<br>QUIRE, MARK<br>4147 TWIN PINES DR<br>GREENWOOD FL 32443 |
| CREDITOR ID: 385223-54<br>QUIRK, JEAN<br>PO BOX 1713<br>ISLAMADORA, FL 33036 | CREDITOR ID: 390531-55<br>QUIRK, JEAN<br>C/O: JOHN JABRO<br>JOHN A. JABRO, ESQ.<br>90311 OVERSEAS HWY.<br>SUITE B<br>TAVERNIER FL 33070 | CREDITOR ID: 403533-15<br>QUIRK, RICHARD & JEAN<br>C/O JOHN A JABRO, ESQ<br>90311 OVERSEAS HIGHWAY, SUITE B<br>TAVERNIER FL 33070 |
| CREDITOR ID: 385276-54<br>QUIROS, MIRIAM<br>418 SOUTHERN CHARM DRIVE<br>ORLANDO, FL 32822 | CREDITOR ID: 385276-54<br>QUIROS, MIRIAM<br>418 SOUTHERN CHARM DRIVE<br>ORLANDO, FL 32807 | CREDITOR ID: 390584-55<br>QUIROS, MIRIAM<br>C/O: JUAN C. GAUTIER<br>JUAN C. GAUTIER, PA<br>200 ROBINSON STREET, STE 1180<br>ORLANDO FL 32807 |
| CREDITOR ID: 390584-55<br>QUIROS, MIRIAM<br>C/O: JUAN C. GAUTIER<br>JUAN C. GAUTIER, PA<br>P.O. BOX 3668<br>ORLANDO FL 32802-3668 | CREDITOR ID: 386160-54<br>QUIROS, MYRIAM<br>3622 LYAN CT.<br>WINTER PARK, FL 32817 | CREDITOR ID: 386160-54<br>QUIROS, MYRIAM<br>6817 EVANS BEND<br>ORLANDO FL 32087 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386254-54<br>QUIRY, JOSEPH<br>2218 BAKER AVENUE<br>ORLANDO FL 32833 | CREDITOR ID: 391379-55<br>QUIRY, JOSEPH<br>C/O LEALAND LOVERING<br>P. O. BOX 629<br>SHARPES, FL 32959 | CREDITOR ID: 259125-12<br>QUITMAN PRINTING & OFFICE SUP<br>117 S LEE ST<br>QUITMAN GA 31643-2833 |
| CREDITOR ID: 259126-12<br>QURTIS T JACKSON<br>1331 BAYWOOD GLAN<br>LITHONIA GA 30058 | CREDITOR ID: 382175-51<br>QVS<br>5711 SIX FORKS ROAD<br>RALEIGH, NC 27609 | CREDITOR ID: 259127-12<br>QVS SOFTWARE INC<br>5711 SIX FORKS RD SUITE 300<br>RALEIGH NC 27609 |
| CREDITOR ID: 259128-12<br>QWEST<br>PO BOX 856133<br>LOUISVILLE KY 40285-6133 | CREDITOR ID: 279199-99<br>QWEST COMMUNICATIONS CORPORATION<br>C/O SILLS CUMMIS EPSTEIN & GROSS<br>ATTN: ANDREW SHERMAN, ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5400 | CREDITOR ID: 259143-12<br>R BRUCE SMITH III PSC<br>1088 WELLINGTON WAY<br>LEXINGTON, KY 40513 |
| CREDITOR ID: 405409-95<br>R C COLA OF JACKSON<br>P O BOX 30962<br>MEMPHIS TN 38130 | CREDITOR ID: 268338-31<br>R C L ENTERPRISES<br>ATTN: RONALD C LEE<br>1848 CHRISTOPHER GLEN ST<br>SHREVEPORT LA 71107-6212 | CREDITOR ID: 259145-12<br>R CHRIS MAGILL ARCHITECTS INC<br>213 OVERLOOK CIRCLE<br>ST B - 1<br>BRENTWOOD TN 37027 |
| CREDITOR ID: 259147-12<br>R E GARRISON TRUCKING INC<br>PO BOX 830270<br>BIRMINGHAM, AL 35283 | CREDITOR ID: 259149-12<br>R E T A<br>18308 MEADOWS SONG WAY<br>SALINAS, CA 93908 | CREDITOR ID: 384304-47<br>R EVANS<br>665 EASLEY ROAD<br>EDEN, NC 27288 |
| CREDITOR ID: 315697-36<br>R L ZIEGLER CO INC<br>C/O PHELPS JENKINS GIBSON ET AL<br>ATTN: J RUSSELL GIBSON III<br>1201 GREENSBORO AVENUE<br>TUSCALOOSA AL 35401 | CREDITOR ID: 405410-95<br>R M PALMER COMPANY<br>ATTN JONI BIXLER<br>PO BOX 1723<br>READING PA 19603 | CREDITOR ID: 259160-12<br>R P BARREN RIVER LLC<br>PO BOX 643003<br>CINCINNATI, OH 45264-3003 |
| CREDITOR ID: 259161-12<br>R PRICE CO INC<br>PO BOX 399<br>WINFIELD AL 35594 | CREDITOR ID: 259162-12<br>R W DATA INC<br>4084 83RD AVENUE NORTH<br>SUITE 1<br>BROOKLYN PARK, MN 55443 | CREDITOR ID: 259163-12<br>R W MCCOLLUM CO INC<br>PO BOX 20145<br>GREENSBORO NC 27420-0145 |
| CREDITOR ID: 381151-47<br>R&B SALES INC<br>PO BOX 73618<br>METAIRIE, LA 70033-3618 | CREDITOR ID: 268337-31<br>R&F DEVELOPMENT CO LLC<br>ATTN: ROBERT BYRNE<br>520 58TH ST<br>BRADENTON BEACH FL 34217-1530 | CREDITOR ID: 259129-12<br>R&G ASSOCIATES<br>C/O THE GATES COMPANY<br>PO BOX 178<br>COLUMBUS, GA 31902 |
| CREDITOR ID: 1753-RJ<br>R&G ASSOCIATES<br>11300 N CENTRAL EXPWY, SUITE 407<br>DALLAS, TX 75243 | CREDITOR ID: 278547-24<br>R&G ASSOCIATES<br>835 DOUGLAS AVENUE<br>SUITE 815<br>LB-49<br>DALLAS TX 75235 | CREDITOR ID: 278661-24<br>R&G ASSOCIATES<br>HELLER FINANCIAL INC.<br>500 WEST MONROE STREET<br>15TH FLOOR<br>CHICAGO IL 60661 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315891-40<br>R&G ASSOCIATES<br>8235 DOUGLAS AVENUE<br>SUITE 815 LB - 49<br>DALLAS, TX 75225 | CREDITOR ID: 399733-15<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225 | CREDITOR ID: 259131-12<br>R&L CARRIERS<br>PO BOX 713153<br>COLUMBUS, OH 43271-3153 |
| CREDITOR ID: 259132-12<br>R&M DISTRIBUTORS (SEASONINGS)<br>7050 SW 4TH ST<br>MIAMI, FL 33144 | CREDITOR ID: 259164-12<br>R&M DISTRIBUTORS INC<br>ATTN GUSTAVO VEGA, PRES<br>7050 SW 4TH STREET<br>MIAMI, FL 33144 | CREDITOR ID: 259133-12<br>R&M EQUIPMENT RENTALS<br>PO BOX 830956 DRAWER#1003<br>BIRMINGHAM AL 35283-0956 |
| CREDITOR ID: 259165-12<br>R&R COTTON<br>PO BOX 40<br>PANSEY, AL 36370 | CREDITOR ID: 259134-12<br>R&R ELECTRICAL & PLUMBING<br>1713 ANN ST<br>ANDALUSIA, AL 36421 | CREDITOR ID: 405962-15<br>R&R ENTERPRISES LLC DBA<br>HAMPTON INN PRATTVILLE<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 |
| CREDITOR ID: 384303-47<br>R&R PAINTING<br>3925 NICOLE LANE<br>VALDOSTA, GA 31605 | CREDITOR ID: 259135-12<br>R&R PAINTING<br>ATTN KEITH RENFROE, OWNER<br>3925 NICOLE LANE<br>VALDOSTA, GA 31605 | CREDITOR ID: 395349-63<br>R&R ROOFING<br>PO BOX 49<br>FOXWORTH, MS 39483 |
| CREDITOR ID: 384307-47<br>R&R SHEET METAL INC<br>PO BOX 49<br>FOXWORTH, MS 39483 | CREDITOR ID: 259166-12<br>R&R SHEET METAL, INC<br>ATTN KATHY ROWELL<br>PO BOX 49<br>FOXWORTH, MS 39483 | CREDITOR ID: 259137-12<br>R&R SPRINKLER INC<br>931 SE 11TH AVENUE<br>CAPE CORAL, FL 33990 |
| CREDITOR ID: 259138-12<br>R&R STEEL FABRICATOR ERECTOR<br>AND CRANE SERVICE INC<br>5603 NW 8TH ST<br>MARGATE, FL 33063 | CREDITOR ID: 259139-12<br>R&R SUPPLY CO INC<br>PO BOX 210055<br>MONTGOMERY, AL 36121 | CREDITOR ID: 399651-15<br>R&R SUPPLY CO, INC<br>ATTN REBECCA ROYAL<br>830 PLANTATION WAY<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 259167-12<br>R&W FARM<br>ATTN: WATSON WEATHERS, PRES<br>147 FOLIAGE STREET<br>BOWMAN, SC 29108 | CREDITOR ID: 316107-41<br>R.A.Z. CORP.<br>20191 EAST COUNTRY CLUB DRIVE<br>ATTN: HYMAN MANES, APT. 2205<br>AVENTURA FL 33180 | CREDITOR ID: 2492-07<br>R.V. MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE, N E<br>BAINBRIDGE  ISLAND WA 98110-1482 |
| CREDITOR ID: 279307-99<br>R2 INVESTMENTS LDC<br>C/O AMALGAMATED GADGET LP<br>ATTN: DAVE GILLESPIE<br>301 COMMERCE ST STE 3200<br>FORT WORTH TX 76102 | CREDITOR ID: 406099-97<br>RA JEFFREY'S DIST<br>ATTN: CATHY NICHOLS, OFF MGR<br>2026 HWY 70 WEST<br>GOLDSBORO NC 27530 | CREDITOR ID: 259141-12<br>RA JONES & CO INC<br>PO BOX 630588<br>CINCINNATI OH 45263-0588 |
| CREDITOR ID: 774-03<br>RAAB KARCHER ENERGY SERVICES<br>4542 RUFFNER ST<br>SAN DIEGO CA 92111 | CREDITOR ID: 259168-12<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG BEACH, FL 33741-6345 | CREDITOR ID: 2493-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG BEACH, FL 33741-6345 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392229-55<br>RABAGO, ANA MARIA<br>C/O: JOSE LARRAZ, ESQ.<br>JULIO R. MORE AND ASSOCIATES, PA.<br>4160 W. 16TH AVE. #100<br>HIALEAH FL 33012 | CREDITOR ID: 387946-54<br>RABAGO, ANA MARIA<br>41 WEST 34TH STREET<br>HIALEAH, FL 33012 | CREDITOR ID: 268339-31<br>RABB R LEVEE DISTRICT<br>ATTN: JERRY SLOCUM<br>10 CALVERT DR<br>ALEXANDRIA LA 71303-3519 |
| CREDITOR ID: 385945-54<br>RABEY, JENNIFER<br>1061 MUSTANG DRIVE<br>TALLAHASSEE, FL 32305 | CREDITOR ID: 391177-55<br>RABEY, JENNIFER<br>C/O: EUBANKS & BARRETT<br>259 E. 7TH AVENUE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 407107-MS<br>RABON, DEWAYNE H<br>992 BLACKBERRY LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 387966-54<br>RABON, THELTON<br>2269 WEST 18TH ST<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 392248-55<br>RABON, THELTON<br>C/O JAMES C CUMBIE, ESQ<br>PO BOX 40066<br>JACKSONVILLE FL 32203 | CREDITOR ID: 256099-12<br>RABREN, MERRELL<br>PO BOX 793<br>POINT CLEAR AL 36564 |
| CREDITOR ID: 388352-54<br>RABUS, MARIE<br>812 LEXINGTON<br>LAKELAND, FL 33801 | CREDITOR ID: 392452-55<br>RABUS, MARIE<br>C/O: ROBERT D. GRODE, II<br>HOWELL & THORNHILL, PA<br>1350 HAVENDALE BLVD.<br>WINTER HAVEN FL 33882 | CREDITOR ID: 259169-12<br>RACE COM<br>ATTN: LARRY MITCHELL, PRES<br>PO BOX 729<br>HARRISBURG, NC 28075 |
| CREDITOR ID: 259170-12<br>RACELAND JUNIOR HIGH<br>PO BOX C<br>RACELAND, LA 70394 | CREDITOR ID: 259171-12<br>RACELAND LOWER ELEMENTARY<br>PO BOX 529<br>RACELAND, LA 70394 | CREDITOR ID: 259172-12<br>RACELAND UPPER ELEMENTARY<br>PO BOX 370<br>RACELAND, LA 70394 |
| CREDITOR ID: 259173-12<br>RACHAEL A GOOLSBY<br>PO BOX 563<br>WHITESBURG GA 30185 | CREDITOR ID: 259174-12<br>RACHEAL T JAMES<br>5877 HOMESTEAD CIRCLE<br>REX GA 30273 | CREDITOR ID: 259175-12<br>RACHEL A MYERS<br>6118 HEIDI PLACE<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 259176-12<br>RACHEL D BARRETT<br>340 W ASSEMBLY STREET<br>EAGLE LAKE FL 33839 | CREDITOR ID: 259177-12<br>RACHEL F GRICE<br>PO BOX 765<br>FITZGERALD GA 31750 | CREDITOR ID: 259178-12<br>RACHEL GIBSON<br>66 SEMINOLE DRIVE<br>MONROEVILLE AL 36460 |
| CREDITOR ID: 381298-47<br>RACHEL HARRIS<br>318 PINHOOK LOOP ROAD<br>GASTONIA, NC 28056-8235 | CREDITOR ID: 259179-12<br>RACHEL I SWANGER<br>100 MEADOW LANE COURT<br>APT# 10<br>TRUSSVILLE AL 35173 | CREDITOR ID: 259180-12<br>RACHEL SAUCER<br>66 SEMINOLE DRIVE<br>MONROEVILLE AL 36460 |
| CREDITOR ID: 259181-12<br>RACHELLE HOMELSKY<br>15445 MARTIN MEADON DRIVE<br>LITHIA FL 33547 | CREDITOR ID: 392114-55<br>RACHUBA, MAE CARVER<br>C/O: JESSICA SIBLEY UPSHAW<br>JESSICA SIBLEY UPSHAW & ASSOCIATES<br>P. O. BOX 6607<br>GULFPORT MS 39506 | CREDITOR ID: 387766-54<br>RACHUBA, MAE CARVER<br>1220 FLEITAS AVE<br>PASS CHRISTIAN, MS 39571 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259182-12<br>RADCLIFF PLAZA PARTNERS LLC<br>PO BOX 12310<br>LEXINGTON, KY 40582-2310 | CREDITOR ID: 259183-12<br>RADER PROPERTIES<br>12342 INWOOD ROAD<br>DALLAS TX 75244 | CREDITOR ID: 403894-94<br>RADFORD, JAMES E<br>164 BRASS OAK DR<br>MADISON AL 35758 |
| CREDITOR ID: 382289-51<br>RADIANT<br>3925 BROOKSIDE PARKWAY<br>ALPHARETTA, GA 30022 | CREDITOR ID: 382290-51<br>RADIANT SYSTEMS, INC<br>ATTN JERRY HOPKINS<br>3925 BROOKSIDE PARKWAY<br>ALPHARETTA, GA 30022 | CREDITOR ID: 259184-12<br>RADIANT SYSTEMS, INC<br>PO BOX 198755<br>ATLANTA, GA 30384-8755 |
| CREDITOR ID: 259185-12<br>RADIO COMMUNICATIONS COMPANY<br>PO BOX 68<br>CARY, NC 27512 | CREDITOR ID: 259186-12<br>RADIO COMMUNICATIONS SYSTEMS<br>1012 SOUTH 6TH STREET<br>LOUISVILLE KY 40203-3320 | CREDITOR ID: 259188-12<br>RADIO DISNEY<br>1450 AM WBYU NEW ORLEANS<br>3330 WEST ESPLANDE AVE  SUITE 605<br>METAIRIE, LA 70002 |
| CREDITOR ID: 259187-12<br>RADIO DISNEY<br>10245 CENTURION PARKWAY<br>SUITE 109<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 381062-47<br>RADIO DISNEY 1290 AM WDZY RICHMOND<br>ONE MONUMENT AVENUE<br>413 STUART CIRCLE SUITE 110<br>RICHMOND, VA 23220 | CREDITOR ID: 259189-12<br>RADIO DISNEY WDYZ AM 990<br>610 SYCAMORE STREET<br>SUITE 220<br>CELEBRATION FL 34747 |
| CREDITOR ID: 259190-12<br>RADIO ONE<br>7041 GRAND NATIONAL DRIVE<br>SUITE 116<br>ORLANDO, FL 32819 | CREDITOR ID: 259191-12<br>RADIO SHACK<br>ACCT RECEIVABLE<br>PO BOX 281395<br>ATLANTA, GA 30384-1395 | CREDITOR ID: 259192-12<br>RADIOSHACK 01 8878<br>738 N EDGEWOOD AVE STE A<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 259193-12<br>RADISSON RIVERWALK HOTEL<br>ATTN JOSEPH HOCKENBURY, GM<br>1515 PRUDENTIAL DRIVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 376691-44<br>RADISSON RIVERWALK HOTEL-<br>1515 PRUDENTIAL DRIVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 392279-55<br>RADLEY, AMALIA R<br>C/O KIRSHNER & GROFF<br>ATTN RICHARD M KIRSHNER, ESQ<br>5901 SW 74TH ST<br>MIAMI FL 33143 |
| CREDITOR ID: 390435-54<br>RADLEY, AMALIA R<br>6931 SW 84TH ST<br>MIAMI, FL 33143 | CREDITOR ID: 407565-15<br>RADLOFF, PAMELA D<br>316 HALE AVENUE APT 34F<br>OWENSBORO KY 42301-0489 | CREDITOR ID: 385333-54<br>RADWICK, DEBRA<br>6746 FERRI CIRCLE<br>PORT ORANGE, FL 32124 |
| CREDITOR ID: 390640-55<br>RADWICK, DEBRA<br>C/O: MICHAEL KOLLER<br>MICHAEL P. KOLLER, P.A.<br>120 E. GRANADA BLVD.<br>ORMOND BEACH FL 32176 | CREDITOR ID: 403225-92<br>RAESZ, RICKY C.<br>127 AVIATOR DRIVE<br>FORT WORTH TX 76179 | CREDITOR ID: 406179-15<br>RAESZ, RONNIE<br>201 RANCHO DRIVE<br>SAGINAW TX 76179 |
| CREDITOR ID: 259196-12<br>RAFFAELE IMPERATO<br>2022 CHARLES ST<br>BELLMORE NV 11710-3210 | CREDITOR ID: 268340-31<br>RAGAR IMP EX INC<br>ATTN: MARILIN GARCIA<br>2671 FLORIDA ST<br>WEST PALM BEACH FL 33406-4254 | CREDITOR ID: 403895-94<br>RAGASE, JOSEPH A<br>7237 CRESCENT OAKS COURT<br>JACKSONVILLE FL 32277 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 259197-12
RAGHAVARDHAN YERRAJENNU
1236 S MISSOURI AVENUE
APT # 217
CLEARWATER, FL 33756

CREDITOR ID: 775-03
RAGLAND WATER
PO BOX 10
RAGLAND AL 35131

CREDITOR ID: 268341-31
RAGLAND WATER WORKS BOARD INC
ATTN: JOAN FORD
146 CHURCH CIR
RAGLAND AL 35131-5444

CREDITOR ID: 397926-76
RAGLAND, FRANCES
1013 GARDEN COURT
JEFFERSONVILLE, IN 47130

CREDITOR ID: 389474-54
RAHMING, VICTORIA
6822 NW 31ST AVENUE
FORT LAUDERDALE FL 33309

CREDITOR ID: 259198-12
RAIN SWEET
PO BOX 6109
SALEM OR 97304

CREDITOR ID: 259200-12
RAINBOW FRUIT JUICE CO
PO BOX 503675
ST LOUIS MO 63150-3675

CREDITOR ID: 2494-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN, AL 35902

CREDITOR ID: 259202-12
RAINBOW PAINT CONTRACTOR
56 WOODMONT ST
BREWTON AL 36426

CREDITOR ID: 259203-12
RAINBOW PROPERTIES SERVICE INC
1415 ATLANTIC BLVD
NEPTUNE BEACH, FL 32266

CREDITOR ID: 259205-12
RAINBOW SIGNS INC
PO BOX 712
GREENWOOD, SC 29648-0712

CREDITOR ID: 259204-12
RAINBOW SIGNS INC
ATTN ROBERT C REED JR, PRESIDENT
337 HIGHWAY 80 WEST
JACKSON, MS 39201

CREDITOR ID: 259206-12
RAINBOW SPRING UTILITIES LC
ATTN LEE K NOVY
PO BOX 1850
DUNNELON, FL 34430-1850

CREDITOR ID: 777-03
RAINBOW SPRINGS UTILITIES LC
PO BOX 1850
DUNNELLON FL 34430-1850

CREDITOR ID: 1757-07
RAINBOW SPRINGS VENTURES LC
C/O CHASE ETERPRISES
ONE COMMERCIAL PLAZA
HARTFORD, CT 06103

CREDITOR ID: 259207-12
RAINBOW SPRINGS VENTURES, LC
C/O CHASE ENTERPRISES
ATTN CHERYL A CHASE
229 ASYLUM STREET, 29TH FLOOR
HARTFORD, CT 06103

CREDITOR ID: 262875-12
RAINBOW TRAINING CENTER, THE
631 LAKE OSBORNE TERRACE
LAKE WORTH, FL 33461-5619

CREDITOR ID: 259208-12
RAINES HIGH SCHOOL
C/O VICTORIA BAPATISITA
3663 RAINES AVENUE
JACKSONVILLE FL 32209

CREDITOR ID: 388422-54
RAINES, BETTY
2341 BEULAH AVE SW
BIRMINGHAM, AL 35211

CREDITOR ID: 392519-55
RAINES, BETTY
C/O: BILL THOMASON, ESQ.
THOMASON & THOMASON, LLC
PO BOX 627
BESSEMER AL 35021

CREDITOR ID: 388068-54
RAINES, LINDA
PO BOX 311804
TAMPA, FL 33680

CREDITOR ID: 392336-55
RAINES, LINDA
C/O: JOHN MALKOWSKI
KENNEDY LAW GROUP
5100 W. KENNEDY BLVD.
SUITE 100
TAMPA FL 33609

CREDITOR ID: 388379-54
RAINEY, VERA
3610 CANPBELL DRIVE
APT. B-9
HATTIESBURG, MS 39401

CREDITOR ID: 2495-07
RAINSAN PROPERTIES,LLC
C/O KIN PROPERTIES, INC
185 NW SPANISH RIVER BLVD, STE
BOCA  RATON FL 33431-4230

CREDITOR ID: 406037-15
RAINTREE GRAPHICS
ATTN MICHAEL R SEETHALER, PRESIDENT
5921 RICHARD ST
JACKSONVILLE FL 32216

CREDITOR ID: 259210-12
RAINTREE IRRIGATION
PO BOX 494348
PORT CHARLOTTE, FL 33949-4348

CREDITOR ID: 382117-51
RAINWATER, EVAN
2561 CASTLEVIEW DRIVE
TUROCK, CA 95382

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407109-MS<br>RAINWATER, EVAN L.<br>1943 ROSE MALLOW<br>ORANGE PARK FL 32003 | CREDITOR ID: 259211-12<br>RAKHSHANDA DIN<br>5228 EMERALD GLADES<br>JACKSONVILLE FL 32277 | CREDITOR ID: 279267-35<br>RALCORP HOLDINGS, INC<br>ATTN: GLENDA F GRIMES<br>PO BOX 618<br>ST LOUIS MO 63188-0618 |
| CREDITOR ID: 382075-36<br>RALCORP HOLDINGS, INC.<br>C/O GLENDA F. GRIMES<br>P.O. BOX 618<br>ST. LOUIS MO 63188 | CREDITOR ID: 259212-12<br>RALDEEN T SHRINSKI<br>2702 TAMRA LANE<br>ANDERSON IN 46012 | CREDITOR ID: 259213-12<br>RALEIGH BONDED WAREHOUSE INC<br>PO BOX 950<br>MORRISVILLE, NC 27560-0950 |
| CREDITOR ID: 382174-51<br>RALEIGH NEWS & OBSERVER<br>215 S. MCDOWELL ST.<br>RALEIGH, NC 27601 | CREDITOR ID: 268342-31<br>RALEIGH PARKS & RECREATION<br>ATTN: DONALD POOLE<br>1801 PROCTOR RD<br>RALEIGH NC 27610-4139 | CREDITOR ID: 259215-12<br>RALEY INDUSTRIAL SALES COMPANY<br>6063 PEACHTREE PARKWAY<br>SUITE 102-B<br>NORCROSS GA 30092 |
| CREDITOR ID: 259216-12<br>RALPH A TRAMMELL<br>1404 N FOREST AVENUE<br>HARTWELL GA 30643 | CREDITOR ID: 259217-12<br>RALPH J WILLIAMS<br>1400 NW 41 STREET<br>MIAMI FL 33142 | CREDITOR ID: 259218-12<br>RALPH K MARETT<br>PO BOX 833<br>HARTWELL GA 30643 |
| CREDITOR ID: 259219-12<br>RALPH MATHIS PLUMBING<br>PO BOX 716<br>GREENWOOD, SC 29648-0716 | CREDITOR ID: 259220-12<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R MEITIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | CREDITOR ID: 1758-07<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R MEITIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 |
| CREDITOR ID: 381701-47<br>RALPH TAYLOR<br>620 SOUTH BREVARD AVENUE<br>APT 1031<br>COCOA BEACH, FL 32931 | CREDITOR ID: 376698-44<br>RALSTON FOODS<br>P O BOX 905933<br>CHARLOTTE, NC 28290-5933 | CREDITOR ID: 382581-51<br>RALSTON FOODS<br>800 MARKET STREET<br>ST. LOUIS, MO 63101 |
| CREDITOR ID: 405413-95<br>RALSTON FOODS CEREAL ONLY<br>ATTN JENNIFER DRAGON 27R<br>800 MARKET ST<br>ST LOUIS MO 63101 | CREDITOR ID: 259222-12<br>RALSTON FOODS, DIV OF<br>RALCORP HOLDINGS, INC<br>ATTN GLENDA F GRIMES, DIR CORP CRED<br>800 MARKET STREET, SUITE 2150<br>ST LOUIS MO 63101 | CREDITOR ID: 259223-12<br>RAM MECHANICAL INC<br>PO BOX 113<br>ETHEL, LA 70730 |
| CREDITOR ID: 259224-12<br>RAMA SHARMA<br>2600 BRIGHTON COURT<br>KINGSPORT TN 37660 | CREDITOR ID: 259225-12<br>RAMADA INN KENNEDY SPACE CENTER<br>900 FRIDAY ROAD<br>COCOA FL 32926 | CREDITOR ID: 385462-54<br>RAMADHAR, PREMRAJ<br>2403 NE 9TH STREET<br>FORT LAUDERDALE, FL 33304 |
| CREDITOR ID: 390764-55<br>RAMADHAR, PREMRAJ<br>C/O THOMAS & PEARL, PA<br>ATTN CHARLES A MANCUSO, ESQ<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 400199-86<br>RAMAGOS, SANDRA<br>8801 FAIRVIEW DR., BLDG 21, # 202<br>TAMARAC   FL 33319 | CREDITOR ID: 407110-MS<br>RAMBO, RANDALL L.<br>5815 NW 119TH DRIVE<br>CORAL SPRINGS FL 33076 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

CREDITOR ID: 407414-15
RAMBO, SHARON
3103 BELLE AVENUE
DENISON TX 75020

CREDITOR ID: 1759-07
RAMCO USA DEVELOPMENT INC
PO BOX 2291
174 WEST COMSTOCK AVE, SUITE 100
WINTER PARK, FL 32790

CREDITOR ID: 279491-99
RAMCO-GERSHENSON PROPERTIES LP
C/O KUPELIAN ORMOND & MAGY PC
ATTN:P MAGY/ T HILLER JR/M THOMPSON
25800 NORTHWESTERN HWY, STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 243525-12
RAMEY, BILLIE
290 GREEN MEADOW LANE
ROCKY MOUNT, VA 24151

CREDITOR ID: 244832-12
RAMEY, CECILIA
12100 SW 183 STREET
MIAMI FL 33177-0331

CREDITOR ID: 392553-55
RAMEY, EULA F
C/O: WILLIAM P. BOGGS, ESQUIRE
905  7TH STREET NORTH
CLANTON AL 35045

CREDITOR ID: 390446-54
RAMEY, EULA F
P.O. BOX 904
CLANTON, AL 35046

CREDITOR ID: 385876-54
RAMIM, RIVKA
3109 NE 210 TERRACE
MIAMI, FL 33180

CREDITOR ID: 385876-54
RAMIM, RIVKA
C/O LAW OFFICES OF FLAXMAN & LOPEZ
ATTN CHARLES FLAXMAN ESQ
5715 JOHNSON STREET
HOLLYWOOD FL 33021

CREDITOR ID: 391125-55
RAMIM, RIVKA
C/O: CHARLES FLAXMAN
FLAXMAN & LOPEZ. ESQS.
5715 JOHNSON STREET
HOLLYWOOD FL 33021

CREDITOR ID: 394023-61
RAMIREZ ORTHOPEDIC ASSOCATES
1797 CORAL WAY
MIAMI, FL 33145

CREDITOR ID: 388955-54
RAMIREZ, BEATRIZ
650 SE 12TH STREET, APT 3-304
DANIA, FL 33004

CREDITOR ID: 392859-55
RAMIREZ, BEATRIZ
C/O: ARNIE S. MUSKAT, ESQ.
MUSKAT, ODESSKY & SINGER, P.A.
88 NORTHEAST 168 STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 389694-54
RAMIREZ, ESTRELLA
1695 W 41ST STREET
APT 2
HIALEAH, FL 33012

CREDITOR ID: 389694-54
RAMIREZ, ESTRELLA
3191 CRYSTAL WAY
HIALEAH, FL 33012

CREDITOR ID: 386674-54
RAMIREZ, MOISES
1238 HEMINGWAY LANE
ROSWELL GA 30075

CREDITOR ID: 391644-55
RAMIREZ, MOISES
C/O: W. CALVIN SMITH II, ESQ.
W. CALVIN SMITH, II P.C.
2931 A. PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 400200-86
RAMIREZ, PRISCILLA
28628 FAGEN ST.
DADE CITY   FL 33523

CREDITOR ID: 387661-54
RAMIREZ, REBECCA
251 NE 10TH STREET,
APT 213
HOMESTEAD FL 33030

CREDITOR ID: 376885-44
RAMIREZ, ROSA W
601 SYCAMORE DRIVE
SPARKS, GA 31647

CREDITOR ID: 259985-12
RAMIREZ, ROSA W
900 N PARRISH AVENUE
ADEL, GA 31620

CREDITOR ID: 381051-47
RAMIRO TORRES
6212 BRANDYWINE DRIVE N
MARGATE, FL 33063

CREDITOR ID: 259227-12
RAMON AZUA
2237 SW 6 STREET
MIAMI FL 33135

CREDITOR ID: 259228-12
RAMON ROSARIO JR
3592 W MIDDLETOWN STREET
PT CHARLOTTE FL 33952-0571

CREDITOR ID: 259229-12
RAMON T BROWNLEE
831 NW 203 STREET
MIAMI FL 33169

CREDITOR ID: 259230-12
RAMONA HARDEE
557 SW 9TH STREET
LAKE BUTLER FL 32054

CREDITOR ID: 259231-12
RAMONA PAVILION BALLROOM
7166 RAMONA BLVD
JACKSONVILLE FL 32205

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 389016-54
RAMOS, CARMEN
4610 SW 43RD TERRACE
FORT LAUDERDALE, FL 33314

CREDITOR ID: 392917-55
RAMOS, CARMEN
C/O: JOSEPH J. LORUSSSO
JOSEPH J. LORUSSO, P.A.
9853 PINES BLVD.
PEMBROKE PINES FL 33024

CREDITOR ID: 245292-12
RAMOS, CHRIS
352 SUMMIT DRIVE EAST
ORANGE PARK, FL 32073

CREDITOR ID: 386501-54
RAMOS, DAISY
1005 BELMONT DRIVE
ALPHARETTA GA 30022

CREDITOR ID: 391541-55
RAMOS, DAISY
C/O: DAVID W. ROUSSEAU
THE GAMBLE LAW FIRM
206 EAST MAIN ST
P.O. BOX 2104
DOTHAN AL 36301

CREDITOR ID: 385765-54
RAMOS, LORI
54006 CASSIDY COURT
FAYETTEVILLE, NC 28303

CREDITOR ID: 391038-55
RAMOS, LORI
C/O MAXWELL & MELVIN
ATTN STEPHEN R MELVIN, ESQ
116 N COOL SPRING ST
PO BOX 2465
FAYETTEVILLE NC 28302

CREDITOR ID: 388008-54
RAMOS, LUISA
1311 SW 124TH CT
MIAMI, FL 33184

CREDITOR ID: 392285-55
RAMOS, LUISA
C/O: MARK T. PACKO
LAW OFFICES OF MARK T. PACKO
600 S. ANDREWS AVE
SUITE 600
FT. LAUDERDALE FL 33301

CREDITOR ID: 385551-54
RAMOS, ODALYS
28520 SW 144TH AVENUE
LEISURE CITY, FL 33033

CREDITOR ID: 390849-55
RAMOS, ODALYS
C/O: ROBERT J. DICKMAN,  ESQUIRE
ROBERT J. DICKMAN, P.A.
4500 LEJEUNE RD.
CORAL GABLES FL 33146

CREDITOR ID: 400062-84
RAMOTAR, DOOK HARAN
3102 FOXWOOD BLVD
WESLEY CHAPEL FL 33543

CREDITOR ID: 385977-54
RAMSEWAK, ROSEMARY P
1320 SW 74TH AVE
NORTH LAUDERDALE, FL 33068

CREDITOR ID: 391201-55
RAMSEWAK, ROSEMARY P
C/O: ROBERT B BAKER, ESQ
BAKER & ZIMMERMAN PA
6100 GLADES ROAD
BOCA RATON FL 33434

CREDITOR ID: 259232-12
RAMSEY POPCORN CO. INC.
DEPT 4081
PO BOX 2088
MILWAUKEE WI 53201-2088

CREDITOR ID: 259233-12
RAMSEY S LEWIS
12778 HOODLANDING ROAD
JACKSONVILLE FL 32258

CREDITOR ID: 387662-54
RAMSEY, JERAMAINE
588 TIVOLI TRACE CIRCLE
#203
DEERFIELD BEACH FL 33441

CREDITOR ID: 392102-55
RAMSEY, JERAMAINE
C/O: PAUL BUECHELE, ESQ
PAUL BUECHELE, ESQUIRE
6350 PINE TREE DR.
MIAMI BEACH FL 33141

CREDITOR ID: 389982-54
RAMSEY, ROBERT
816 LITTLEJOHN DRIVE
CHIPLEY FL 32428

CREDITOR ID: 393503-55
RAMSEY, ROBERT
C/O: RUSSELL STEWART, ESQ.
LAW OFFICES OF RUSSELL STEWART
900 E. FOURTH ST.
PANAMA CITY FL 32402

CREDITOR ID: 386440-54
RAMSUMAIR, PERSAD
5554 SW 6TH ST.
MARGATE FL 33068

CREDITOR ID: 391498-55
RAMSUMAIR, PERSAD
C/O: JASON BARNETT ESQ.
LAW OFFICES OF JASON BARNETT
1132 SOUTHEAST 2ND AVENUE
FT. LAUDERDALE FL 33316-1008

CREDITOR ID: 389071-54
RANALLO, EVELYN
202 EAGLE AVE
SEBRING, FL 33872

CREDITOR ID: 259234-12
RAND SEARCHLIGHT ADVERTISING
11330 SW 17TH ST
DAVIE, FL 33325

CREDITOR ID: 1760-07
RANDALL BENDERSON 1993-1 TRUST
BRADEN RIVER PO
LEASE# S3641
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 259235-12
RANDALL BENDERSON 1993-1 TRUST&WR11
BRADEN RIVER PO LEASE# S3641
PO BOX 21199
BRADENTON FL 34204-1199

CREDITOR ID: 259236-12
RANDALL FOOD PRODUCTS
LOCATION 00355
CINCINNATI OH 45264-0355

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259237-12<br>RANDALL HOLLAND<br>11220 89TH ROAD<br>LIVE OAK FL 32060 | CREDITOR ID: 259238-12<br>RANDALL Q HANCOCK<br>3370 HWY 265<br>RUBY SC 29741 | CREDITOR ID: 245399-12<br>RANDALL, CINDY<br>204 EASTHAVEN DRIVE<br>CLINTON MS 39056 |
| CREDITOR ID: 385746-54<br>RANDALL, SHIRLEY<br>4214 TAKACH RD<br>PRINCE GEORGE, VA 23875 | CREDITOR ID: 385746-54<br>RANDALL, SHIRLEY<br>C/O TRAYLOR MORRIS & ELLIOTT, PC<br>ATTN ELWOOD V ELLIOTT, ESQ<br>130 EAST WYTHE STREET<br>PETERSBURG VA 23803 | CREDITOR ID: 391022-55<br>RANDALL, SHIRLEY<br>C/O TRAYLOR, MORRIS & ELLIOT, PC<br>ATTN ELWOOD V ELLIOTT, ESQ<br>130 E WYTHE ST<br>PETERSBURG VA 23803 |
| CREDITOR ID: 259239-12<br>RANDALLS FOOD & DRUG LP<br>3663 BRIARPARK DRIVE<br>HOUSTON TX 77042 | CREDITOR ID: 388152-54<br>RANDEL, TABARES<br>540 NW 4TH AVE APT 504<br>FORT LAUDERDALE FL 33311-8169 | CREDITOR ID: 392385-55<br>RANDEL, TABARES<br>C/O: JASON G. BARNETT, ESQ<br>LAW OFFICES OF JASON G. BARNETT, P.A.<br>1132 SE 2ND AVE<br>FT. LAUDERDALE FL 33316 |
| CREDITOR ID: 259240-12<br>RANDELL S MARSTON<br>PO BOX 4502<br>GULF SHORES AL 36547 | CREDITOR ID: 385372-54<br>RANDELL, LUTRICIA<br>178 SW 1 COURT<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 390680-55<br>RANDELL, LUTRICIA<br>C/O DANIEL MAIER<br>LAW OFFICES OF DANIEL R. MAIER, P.A.<br>915 MIDDLE RIVER DR, 6TH FLOOR<br>FT. LAUDERDALE FL 33304 |
| CREDITOR ID: 398181-77<br>RANDLE, JATINQUE<br>C/O RANDLE, NANETTE, PARENT/GUARDI<br>ATTN: RICHARD JOYNER<br>2623 MCCORMICK DRIVE, SUITE 103<br>CLEARWATER, FL 33759 | CREDITOR ID: 388782-54<br>RANDLE, LAVERNE<br>535 MOCKINGBIRD LANE<br>ST.ROSE, LA 70087 | CREDITOR ID: 392737-55<br>RANDLE, LAVERNE<br>C/O: WAYNE YUSPEH<br>WAYNE W. YUSPEH<br>3000 W. ESPLANADE<br>STE 301<br>METAIRIE AVE. LA 70002 |
| CREDITOR ID: 269651-19<br>RANDLE, NANETTE<br>(GUARDIAN FOR JATINQUE RANDLE)<br>ATTN: RICHARD JOYNER<br>2623 MCCORMICK DRIVE SUITE 103<br>CLEARWATER FL 33759 | CREDITOR ID: 397996-76<br>RANDLE, NANETTE, AS A PARENT/GUARDIAN FOR JATINQUE<br>4677 24TH AVENUE, S.<br>ST. PETERSBURG, FL 33711 | CREDITOR ID: 259241-12<br>RANDOLPH ASSOCIATES<br>3820 3RD AVE S STE 100<br>BIRMINGHAM AL 35222 |
| CREDITOR ID: 259242-12<br>RANDOLPH AUSTIN CO<br>ATTN MARTHA CAPONE<br>PO BOX 988<br>2119 FM 1626<br>MANCHACA TX 78652 | CREDITOR ID: 240633-06<br>RANDOLPH COUNTY HEALTH DEPARTMENT<br>468 PRICE STREET<br>ROANOKE AL 36274-2196 | CREDITOR ID: 259247-12<br>RANDOLPH PUBLISHERS<br>ATTN: JOHN W STEVENSON<br>PO BOX 1267<br>ROANOKE, AL 36274 |
| CREDITOR ID: 389762-54<br>RANDOLPH, J.D.<br>221 BAYLESS RD.<br>ARDMORE TN 38449 | CREDITOR ID: 393377-55<br>RANDOLPH, J.D.<br>C/O: BRENT H. JORDAN<br>SINIARD, TIMBERLAKE & LEAGUE, P.C.<br>125 HOLMES AVENUE<br>HUNTSVILLE AL 35801 | CREDITOR ID: 259248-12<br>RANDSTAD<br>PO BOX 2084<br>CAROL STREAM, IL 60132-2084 |
| CREDITOR ID: 405416-95<br>RANDSTAD<br>PO BOX 277075<br>ATLANTA GA 30384 | CREDITOR ID: 407578-15<br>RANDSTAD NORTH AMERICA<br>ATTN WES ARGABRITE, CREDIT ANALYST<br>2015 S PARK PLACE<br>ATLANTA GA 30339 | CREDITOR ID: 259249-12<br>RANDY B KEENE<br>41497 MADRID DR<br>PARKER CO 80138-4655 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259251-12<br>RANDY CARTWRIGHT SHERIFF<br>PO BOX 587<br>ELIZABETH CITY NC 27909 | CREDITOR ID: 259252-12<br>RANDY CROCKETT<br>DBA GUARDIAN SECURITY<br>PO BOX 822<br>FOLEY AL 36536 | CREDITOR ID: 259254-12<br>RANDY N MORRIS<br>668 HELICON TERRACE<br>SEBASTIAN FL 32958 |
| CREDITOR ID: 259255-12<br>RANDY R ROESER<br>10017 48TH AVENUE N<br>ST PETERSBURG FL 33708 | CREDITOR ID: 1761-07<br>RANDY ROARK<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 384308-47<br>RANDY WRIGHT<br>8150 PASCHAL ST<br>JACKSONVILLE, FL 32220 |
| CREDITOR ID: 263236-12<br>RANGE, TONYA<br>151 DONNER ROAD<br>ELIZABETHTON, TN 37643 | CREDITOR ID: 268343-31<br>RANGER BOBS TRADING<br>ATTN: DONNA HOSTETLER<br>624 E PARKWAY<br>GATLINBURG TN 37738-4907 | CREDITOR ID: 382076-36<br>RANIR CORPORATION<br>CAROL L NESBITT<br>4701 EAST PARIS AVENUE SE<br>GRAND RAPIDS MI 49512 |
| CREDITOR ID: 259258-12<br>RANIR CORPORATION<br>PO BOX 8877<br>GRAND RAPIDS, MI 49518-8547 | CREDITOR ID: 382288-51<br>RANJAN, SUSAN<br>142 HARBOR CLUB CIRCLE S, APT 101<br>MEMPHIS, TN 38103 | CREDITOR ID: 240635-06<br>RANKIN COUNTY HEALTH DEPARTMENT<br>ENVIRONMENTAL HEALTH<br>117 N TIMBER STREET<br>BRANDON MS 39042 |
| CREDITOR ID: 259260-12<br>RANKIN COUNTY NEWS<br>207 EAST GOVERNMENT ST<br>PO BOX 107<br>BRANDON, MS 39043-0107 | CREDITOR ID: 407111-MS<br>RANKIN, JERRY L.<br>5007 AUTHUR ST.<br>MOSS POINT MS 39563 | CREDITOR ID: 386154-54<br>RANKINS, ROMA<br>919 EAST PONSPONSETTA<br>TAMPA, FL 33612 |
| CREDITOR ID: 391322-55<br>RANKINS, ROMA<br>C/O DELANO S. STEWART, ESQUIRE<br>STEWART & TWINE<br>501 EAST KENNEDY BLVD<br>SUITE 715<br>TAMPA FL 33602 | CREDITOR ID: 389490-54<br>RANSAW, LINDA<br>5731 NE 18TH AVE<br>APT 2<br>FORT LAUDERDALE FL 33334 | CREDITOR ID: 389223-54<br>RANSFORD, LLOYD<br>131 HIGHLNAD DRIVE<br>FERN PARK FL 32830 |
| CREDITOR ID: 392689-55<br>RANSOM, LAWANDA D<br>C/O: RALPH HORNSBY<br>HORNSBY, WATSON, HORNSBY & BLACKWELL<br>1110 GLENEAGLES DRIVE<br>HUNTSVILLE AL 35801 | CREDITOR ID: 387816-54<br>RANSOM, SHAWANNA (MINOR)<br>C/O OLIVIA HARRIS, GUARDIAN<br>4455 MCCOY-BYRNES RD<br>ETHEL, LA 70730 | CREDITOR ID: 386820-54<br>RANSON, SABRINA<br>3228 BOLDER PARK DR #14<br>ATLANTA GA 30311 |
| CREDITOR ID: 268344-31<br>RAPID FIRE DEVELOPMENT LLC<br>ATTN: GARY STEVENS<br>5800 STATE ROAD 80 # 92<br>ALVA FL 33920-9562 | CREDITOR ID: 268345-31<br>RAPID MANAGEMENT COMPANY<br>ATTN: RICHARD STRAZA<br>10350 COVE AVE<br>PENSACOLA FL 32534-1140 | CREDITOR ID: 259263-12<br>RAPID RESPONSE URGENT CARE<br>220 HWY 70 WEST<br>GARNER, NC 27529 |
| CREDITOR ID: 259264-12<br>RAPID ROOTER<br>ATTN: CARMEN JOSEPH, ACCTS RCV<br>25 NE 5TH STREET<br>POMPANO BEACH, FL 33060-6121 | CREDITOR ID: 259265-12<br>RAPID RUN MIDDLE SCHOOL<br>6345 RAPID RUN RD<br>STORE#1000<br>CINCINNATI OH 45233 | CREDITOR ID: 259266-12<br>RAPIDES INDUSTRIAL MEDICINE<br>PO BOX 13440<br>ALEXANDRIA, LA 71315-3440 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259267-12<br>RAPIDES PARISH S T F<br>PO BOX 671<br>SALES & USE TAX DEPT<br>ALEXANDRIA, LA 71309-0671 | CREDITOR ID: 259268-12<br>RAPIDES PARISH TAX COLLECTOR<br>PO BOX 1590<br>SHERIFF AND TAX COLLECTOR<br>PROPERTY TAX<br>ALEXANDRIA LA 71309-1590 | CREDITOR ID: 268346-14<br>RAPIDS PARISH POLICE JURY<br>ATTN: EZRA REED<br>701 MURRAY ST<br>ALEXANDRIA LA 71301-8099 |
| CREDITOR ID: 268347-31<br>RAPPAHANNOCK ASSC ARTS<br>ATTN: CHARLES TOMPKIN<br>261 MAIN ST<br>WASHINGTON VA 22747-1960 | CREDITOR ID: 259269-12<br>RAPPAPORT MANAGEMENT CO<br>8405 GREENSBORO DRIVE, SUITE 830<br>MCLEAN, VA 22102-5118 | CREDITOR ID: 405418-95<br>RAPPAPORT MANAGEMENT CO<br>DEPARTMENT 1103-003<br>8081 WOLFTRAP RD SU 210<br>VIENNA VA 22182-5182 |
| CREDITOR ID: 268348-31<br>RAPPHANNOCK AREA DEV COMM<br>ATTN: STEPHEN H MANSTER<br>3304 BOURBON ST<br>FREDERICKSBURG VA 22408-7311 | CREDITOR ID: 407112-MS<br>RASBERRY, TRAVIS D.<br>P.O. BOX 285<br>DUBLIN TX 76446 | CREDITOR ID: 376713-44<br>RASCO WHOLESALE DIST<br>PO BOX 35069<br>DALLAS TX 75235-0069 |
| CREDITOR ID: 259270-12<br>RASHAWN ALEXANDER<br>700 AVENUE F SOUTHEAST<br>WINTER HAVEN FL 33880 | CREDITOR ID: 259271-12<br>RASHEED S SILVERA<br>1836 S RIO GRAND<br>ORLANDO FL 32805 | CREDITOR ID: 388469-54<br>RATLIFF, LIZZIE<br>1303 TOPP AVE<br>JACKSON, MS 39204 |
| CREDITOR ID: 387022-54<br>RATLIFF, VICKEY<br>731 SOUTH WILLOW DR<br>YAZOO CITY MS 39194 | CREDITOR ID: 256257-12<br>RATTLIFFE, MICHAEL<br>508 RAINTREE LANE<br>TARRANT AL 35217 | CREDITOR ID: 259272-12<br>RAU DISTRIBUTING LLC<br>PO BOX 1188<br>METAIRIE, LA 70004-1122 |
| CREDITOR ID: 389736-54<br>RAU, MABEL<br>301 BEAVER CREEK DRIVE<br>BOX 18<br>AZLE TX 76020 | CREDITOR ID: 380952-47<br>RAUCH INDUSTRIES INC<br>PO BOX 534182<br>ATLANTA, GA 30353-4182 | CREDITOR ID: 399401-15<br>RAUCH INDUSTRIES INC<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 |
| CREDITOR ID: 402922-89<br>RAULERSON, CHARLES<br>2199 ASTOR ST.<br>NO. 202<br>ORANGE PARK FL 32073 | CREDITOR ID: 407113-MS<br>RAULERSON, CHARLES<br>785 CREIGHTON RD<br>ORANGE PARK FL 32003 | CREDITOR ID: 407114-MS<br>RAULERSON, RICHARD<br>3401 N. HERON DR.<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 259273-12<br>RAUSCH STURM ISRAEL & HORNIK S C<br>2448 SOUTH 102ND STREET<br>SUITE 210<br>MILWAUKEE, WI 53227 | CREDITOR ID: 403897-94<br>RAVAL, KEVIN<br>6745 FERRI CIRCLE<br>PORT ORANGE FL 32128 | CREDITOR ID: 259274-12<br>RAVEN TRANSPORT CO INC<br>ATTN ALICIA STICKRADT, A/R<br>PO BOX 100241<br>ATLANTA, GA 30384-0241 |
| CREDITOR ID: 386410-54<br>RAVEN, BARRY<br>1224 EAST BALTIMORE AVE<br>FORT WORTH TX 76104 | CREDITOR ID: 391480-55<br>RAVEN, BARRY<br>C/O: DARRELL HELTOM<br>HELTON AND ASSOC<br>3300 W WACO DR<br>WACO TX 76710 | CREDITOR ID: 264850-12<br>RAWLEY, WILLIAM<br>228 WEST VIRGINIA STREET<br>MOUNT AIRY, NC 27030 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392684-55<br>RAWLEY, WILLIAM N<br>C/O JOHN C.W. GARNER, JR<br>GARDNER, GARDNER & CAMPBELL, PLLC<br>304 FRANKLIN STREET<br>P.O. BOX 866<br>MOUNT AIRY NC 27030 | CREDITOR ID: 390451-54<br>RAWLEY, WILLIAM N<br>228 W VIRGINIA STRREET<br>MOUNT AIRY NC 27030 | CREDITOR ID: 262698-12<br>RAWLS, TERRANCE L<br>608 S LEE STREET<br>FITZGERALD, GA 31750 |
| CREDITOR ID: 390092-54<br>RAWLS, WYNONIA<br>3032 NW 3RD ST.<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 393548-55<br>RAWLS, WYNONIA<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN RONALD M SIMON ESQ<br>1001 BRICKELL BAY DR SUITE 1200<br>MIAMI FL 33131 | CREDITOR ID: 259276-12<br>RAY DAVIS CATHODIC PROTECTION INC<br>1190 JEAN LAFITTE BLVD<br>LAFITTE LA 70067 |
| CREDITOR ID: 259278-12<br>RAY FRAZIER<br>1042 CAMELIA BLVD<br>APT# 3212<br>LAFAYETTE LA 70508 | CREDITOR ID: 278941-30<br>RAY GILLILAND MELONS, LLC<br>ATTN ALICE GILLILAND<br>206 DEERWOOD DRIVE<br>PRATTVILLE, AL 36067 | CREDITOR ID: 259280-12<br>RAY MAH<br>4 YACHT CLUB DRIVE UNIT 1<br>DAPHNE AL 36526 |
| CREDITOR ID: 259281-99<br>RAY QUINNEY & NEBEKER PC<br>ATTN: STEVEN WATERMAN<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | CREDITOR ID: 259282-12<br>RAY VALAIN<br>7344 SW 8TH COURT<br>NORTH LAUDERDALE FL 33068 | CREDITOR ID: 390064-54<br>RAY, CARL<br>35 FOXDALE CT<br>MILLBROOK AL 36054 |
| CREDITOR ID: 388395-54<br>RAY, HELEN<br>1000 SPANISH RIVER RD APT# 4-P<br>BOCA RATON, FL 33432 | CREDITOR ID: 392495-55<br>RAY, HELEN<br>C/O L GABRIEL BACH, PA<br>ATTN L GABRIEL BACH, ESQ<br>2150 SW 13TH AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 386269-54<br>RAY, HORACE B<br>5142 PENNANT CT<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 390177-54<br>RAY, ISAC<br>1516 TENNESSEE  STREET<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 389483-54<br>RAY, NIKKI S<br>439 RANDOLPH STREET<br>ROANOKE AL 36274 | CREDITOR ID: 389094-54<br>RAY, ROBIN<br>5270 48TH AVENUE NORTH<br>SAINT PETERSBURG, FL 33709 |
| CREDITOR ID: 392984-55<br>RAY, ROBIN<br>C/O JOSEPH C WHITLOCK, PA<br>ATTN JOSEPH C WHITLOCK, ESQ<br>3245 FIFTH AVE NORTH<br>ST PETERSBURG FL 33713 | CREDITOR ID: 259286-12<br>RAYBRO ELECTRIC SUPPLIES<br>PO BOX 82899<br>TAMPA, FL 33682 | CREDITOR ID: 374647-44<br>RAYBURN, DENNIS M<br>JAX DIV STORE# 57<br>7452 FIVE FORKS RD<br>BOSTON, GA 31626 |
| CREDITOR ID: 259287-12<br>RAYCO SAFETY INC<br>375 WEST MAPLE STREET<br>YADKINVILLE, NC 27055 | CREDITOR ID: 252380-12<br>RAYMER'S LAWN & SWEEPING SERVICE<br>ATTN IVA RAYMER, OWNER<br>8716 WINDSOR VIEW DRIVE<br>LOUISVILLE, KY 40272 | CREDITOR ID: 259288-12<br>RAYMOND A PARO<br>35 PINE OAKS DRIVE<br>PLANT CITY FL 33565 |
| CREDITOR ID: 259289-12<br>RAYMOND C HUGHES SR<br>PO BOX 648<br>VIOLET LA 70092 | CREDITOR ID: 259290-12<br>RAYMOND F  WHITE<br>1141 SW 12TH AVENUE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 259292-12<br>RAYMOND JAMES FINANCIAL INC<br>880 CARILLON PARKWAY<br>ST PETERSBURG FL 33716 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259293-12<br>RAYMOND LOEBKER<br>6666 PARKLAND<br>CINCINNATI OH 45202 | CREDITOR ID: 259294-12<br>RAYMOND P ETCHELL<br>108 CHERRY VALLEY ROAD<br>APT# 2<br>GILFORD NH 03249-6845 | CREDITOR ID: 259295-12<br>RAYMOND PLUMBING & HEATING INC<br>ATTN JANET RAYMOND-SWAIN, OWNER<br>5801 LEWIS ROAD<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 259296-12<br>RAYMOND W LANE JR<br>PO BOX 212<br>FROSTPROOF FL 33843 | CREDITOR ID: 265367-31<br>RAYMOND, ALMA L<br>703 BOND ST<br>MOBILE AL 36607-1203 | CREDITOR ID: 400886-91<br>RAYMOND, JANET A<br>526 COURTHOUSE LANE<br>HAHNVILLE LA 70057 |
| CREDITOR ID: 259298-12<br>RAYNE ACADIAN-TRIBUNE<br>ATTN DON ANDREPONT, CONTROLLER<br>PO BOX 260<br>RAYNE, LA 70578-0260 | CREDITOR ID: 259299-12<br>RAYNE CATHOLIC ELEMENTARY SCHOOL<br>407 S POLK ST<br>RAYNE, LA 70578 | CREDITOR ID: 259300-12<br>RAYNE HIGH SCHOOL<br>1016 N POLK ST<br>RAYNE, LA 70578 |
| CREDITOR ID: 259301-12<br>RAYNE PLASTIC SIGNS INC<br>813 SOUTH ADAMS<br>RAYNE LA 70578 | CREDITOR ID: 259302-12<br>RAYNE PLAZA SHOPPING CENTER<br>C/O BESLIN & CUNNINGHAM, LLC<br>ATTN DENALD A BESLIN, ESQ<br>800 NORTH POLK STRRET<br>PO BOX 258<br>RAYNE, LA 70578-0258 | CREDITOR ID: 2497-07<br>RAYNE PLAZA SHOPPING CENTER<br>PO BOX 258<br>RAYNE, LA 70578-0258 |
| CREDITOR ID: 259303-12<br>RAYOVAC CORP<br>7040 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 382287-51<br>RAYOVAC CORPORATION<br>601 RAYOVAC DRIVE<br>MADISON, WI 53711 | CREDITOR ID: 259304-12<br>RAYS AUTO GLASS<br>2125 WESTERFIELD DRIVE<br>PROVIDENCE KY 42450 |
| CREDITOR ID: 259284-12<br>RAY'S KEY AND LOCK<br>PO BOX 208<br>SOUTH BOSTON VA 24592 | CREDITOR ID: 395478-64<br>RAY'S SEWAGE SERVICE<br>DANVILLE, LA 71328 | CREDITOR ID: 259285-12<br>RAY'S TRUCKING CO & VACUUM SERVICE<br>PO BOX 316<br>DEVILLE, LA 71328 |
| CREDITOR ID: 405420-95<br>RAYTEC CORPORATION<br>9375 W COMMERCE CIRCLE SUITE #9<br>WILSONVILLE OR 97070 | CREDITOR ID: 395461-64<br>RAYTECH-MISTING SYSTEM<br>RAYTEC CORPORATION<br>UNIT 16<br>PO BOX 4280<br>PORTLAND, OR 97208-4280 | CREDITOR ID: 259142-12<br>RB HOUGH DIST CO<br>PO BOX 7813<br>SPANISH FORT, AL 36577 |
| CREDITOR ID: 259307-12<br>RBJ SALES INC<br>PO BOX 2121<br>MEMPHIS, TN 38159 | CREDITOR ID: 405421-95<br>RBJ SALES INC<br>P O BOX 588<br>DRESDEN TN 38225 | CREDITOR ID: 259306-12<br>RB'S REFRIGERATION SERVICES INC<br>12210 WASHINGTON HWY<br>SUITE B<br>ASHLAND, VA 23005 |
| CREDITOR ID: 259308-12<br>RC CANADA DRY BTL CO<br>PO BOX 34398<br>LOUSIVILLE, KY 40232 | CREDITOR ID: 259309-12<br>RC COLA<br>401 INDUSTRIAL PARK RD<br>RICHLAND, MS 39218-9549 | CREDITOR ID: 259144-12<br>RC COLA OF JACKSON<br>PO BOX 2121<br>MEMPHIS, TN 38159-2121 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 259310-12
RC DR PEPPER 7 UP BOTTLING
PO BOX 1550
INDIANOLA, MS 38751

CREDITOR ID: 259311-12
RC2 BRANDS INC
1971 RELIABLE PARKWAY
CHICAGO, IL 60686-1971

CREDITOR ID: 382077-36
RC2 BRANDS, INC
KRISTIN GOEDKEN
HIGHWAYS 136 & 20
PO BOX 500
DYERSVILLE IA 52040-0500

CREDITOR ID: 393691-58
RCG
PO BOX 4516
CHURCH STATION
NEW YORK, NY 10261-4516

CREDITOR ID: 259312-12
RCG CONSULTING GROUP INC
PO BOX 12655
ST PETERSBURG, FL 33733-6355

CREDITOR ID: 406246-G4
RCG INFORMATION TECHNOLOGY
20 NORTH ORANGE AVENUE, SUITE 705
ORLANDO FL 32801

CREDITOR ID: 259313-12
RCG INFORMATION TECHNOLOGY INC
PO BOX 4516 CHURCH ST STATION
NEW YORK, NY 10261-4516

CREDITOR ID: 268349-31
RCI
ATTN: JERRY MADDOX
2611 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-4016

CREDITOR ID: 268350-31
RCL 1 LLC
ATTN: ROBERT CORRGAN
5523 S SARATOGA ST
NEW ORLEANS LA 70115-5023

CREDITOR ID: 268351-31
RCL COMMUNICATIONS
ATTN: ROSA LAMELA
4885 SW 92ND AVE
MIAMI FL 33165-6504

CREDITOR ID: 268352-31
RCL CONSULTING & DEVELOPMENT I
ATTN: LAINIE LOWERY
4237 BEN BLVD
TALLAHASSEE FL 32303-7105

CREDITOR ID: 268353-31
RCL DEVELOPMENT CO INC
ATTN: FLOYD RICH
4470 WHITELEAF WAY
CANTON GA 30115-8213

CREDITOR ID: 268354-31
RCL INVESTMENT GROUP LLC
ATTN: ROBERT CIUS
162 BRIGHTWATER DR
CLEARWATER FL 33767-2401

CREDITOR ID: 268355-31
RCL RELIABLE INSTALLATION INC
ATTN: ROBERT LANGTRY
2815 SE 174TH PL
SUMMERFIELD FL 34491-7531

CREDITOR ID: 268356-31
RCL STUCCOCAMPOS LOZANO R
ATTN: ROEUSA AMPUS
6717 PORTERFIELD RD
CHARLOTTE NC 28226-3948

CREDITOR ID: 259314-12
RCP TROY LLC
6040 A SIX FORKS ROAD
#375
RALEIGH NC 27609

CREDITOR ID: 382173-51
RD CANDLE COMPANY LLC
4701 OLD SHEPARD PLACE
PLANO, TX 75093

CREDITOR ID: 259315-12
RD CANDLES
PO BOX 849967
DALLAS, TX 75284-9967

CREDITOR ID: 405423-95
RD CANDLES
PO BOX 730684
DALLAS TX 75373-0684

CREDITOR ID: 259146-12
RD SALES & SERV INC
ATTN: RAYMOND RUSSO, PRES
307 THIRD STREET
ABBEVILLE, LA 70510

CREDITOR ID: 268357-31
RDB PROPERTIES
ATTN: DENNIS BORDEN
353 PLUM BRANCH RD
EDGEFIELD SC 29824-3644

CREDITOR ID: 259148-12
RE MICHEL CO INC
PO BOX 2318
BALTIMORE, MD 21203-2318

CREDITOR ID: 376719-44
RE TRANSPORTATION INC
ATTN CINDY KIMBRO, MGR CR
7205 BROYLES LN
INDIANAPOLIS IN 46217

CREDITOR ID: 259316-12
RE TRANSPORTATION INC
PO BOX 849876
DALLAS, TX 75284-9876

CREDITOR ID: 405424-95
RE TRANSPORTATION INC
PO BOX 105
DEPT 6600
MEMPHIS TN 38101

CREDITOR ID: 397152-67
READ DISCOUNT DRUGS
2339 HIGHWAY 15, NORTH
LAUREL, MS 39400

CREDITOR ID: 259317-12
READING BAKERY SYSTEMS
380 OLD WEST PENN AVENUE
ROBESONIA PA 19551

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259318-12<br>READY RENT ALL INC<br>4400 SNAPFINGER WOODS DR<br>DECATUR GA 30035 | CREDITOR ID: 259319-12<br>READY RESOURCES INC<br>C/O ERSKINE & FLEISHER<br>55 WESTON ROAD<br>SUITE 300<br>FORT LAUDERDALE FL 33326 | CREDITOR ID: 400201-86<br>READY, PATTI<br>223 N. ILLINOIS AVE.<br>WAUCHULA   FL 33873 |
| CREDITOR ID: 2498-07<br>REAL EQUITIES LMTD. PARTNERSHIP II<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 259320-12<br>REAL ESTATE APPRAISERS LLC<br>4111 WALL STREET<br>SUITE A<br>MONTGOMERY AL 36106 | CREDITOR ID: 268358-31<br>REAL ESTATE STRATEGIES<br>ATTN: ED BOWEN<br>60 PIEDMONT AVE NE<br>ATLANTA GA 30303-2540 |
| CREDITOR ID: 259321-12<br>REAL ESTATE TAX GROUP LLC<br>5500 PRYTANIA STREET<br>PMB 521<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 259322-12<br>REAL TIME SOLUTIONS<br>PO BOX 60078<br>CHARLOTTE, NC 28260-0078 | CREDITOR ID: 259323-12<br>REAL TRADING CORP<br>PO 520631<br>MIAMI, FL 33152 |
| CREDITOR ID: 268359-31<br>REALITY HVEN TRNSTNAL RESOURCE<br>ATTN: PRISCILLA S RIDDLEY<br>15652 MARVIN RD<br>CHARLOTTE NC 28277-2549 | CREDITOR ID: 2499-07<br>REALTY MANAGEMENT CONSULTANTS INC.<br>PO BOX 137<br>GREENDALE WI 53129-0137 | CREDITOR ID: 259324-12<br>REALTY MASTERS ESCROW ACCOUNT<br>915 WEST SUNRISE BLVD<br>FT LAUDERDALE FL 33111 |
| CREDITOR ID: 407115-MS<br>REAMER, KENNETH D<br>4681 GOODWIN RD<br>MILLBROOK AL 36054 | CREDITOR ID: 259326-12<br>REAMES FOODS INC<br>DEPT L-974<br>COLUMBUS OH 43260 | CREDITOR ID: 404027-15<br>REAMS, RUFUS JR & MARIE<br>C/O JERRY H TRACTMAN, PA<br>ATTN JERRY H TRACHTMAN, ESQ<br>1735 W HIBISCUS BLVD, SUITE 300<br>MELBOURNE FL 32901 |
| CREDITOR ID: 387944-54<br>REARDON, YVONNE<br>6031 POLK ST<br>HOLLYWOOD, FL 33024 | CREDITOR ID: 392227-55<br>REARDON, YVONNE<br>C/O LAW OFFICES OF FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 386077-54<br>REAVES, LURENA<br>4153 BALBOA DRIVE<br>ORLANDO, FL 32808 |
| CREDITOR ID: 403458-83<br>REAVES, LURENA<br>C/O MORGAN & MORGAN, PA<br>ATTN MICHAEL J SMITH, ESQ<br>OR ANNA M MILLS, CASE MGR<br>20 N ORANGE AVENUE, 16TH FLOOR<br>ORLANDO FL 32802 | CREDITOR ID: 391272-55<br>REAVES, LURENA<br>C/O: MICHAEL J SMITH ESQ<br>MORGAN, COLLINS AND GILBERT<br>3824 BUNCH ST.<br>ORLANDO FL 32805 | CREDITOR ID: 259327-12<br>REBA CORDELL<br>628 SHERRILL AVENUE<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 259328-12<br>REBECCA ANN ODEN<br>7467 SETTLERS RUN<br>GREENVILLE IN 47124 | CREDITOR ID: 259329-12<br>REBECCA CASH<br>318 WILLIAMS BURG ROAD<br>COLUMBUS MS 39705 | CREDITOR ID: 259330-12<br>REBECCA D BARNES<br>PAID THREW P CARD<br>4301 CONFEDERATE POINT ROAD<br>APT# 29<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 259332-12<br>REBECCA J MEDLIN<br>151 COWAN ROAD<br>TAMASSEE SC 29686 | CREDITOR ID: 259333-12<br>REBECCA K FOSTER<br>57 LAKEWOOD CIRCLE<br>OCALA FL 34482 | CREDITOR ID: 259334-12<br>REBECCA M MURPHY<br>PO BOX 351<br>HAMILTON GA 31811 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259335-12<br>REBECCA MELTON<br>517 SOUTH STREET<br>HIGHLAND SPRINGS VA 23075 | CREDITOR ID: 259336-12<br>REBECCA OSBORNE<br>1814 WARRINGTON WAY<br>LOUISVILLE KY 40222 | CREDITOR ID: 259337-12<br>REBECCA ROOKARD<br>5048 CLEARVIEW COURT<br>CONOVER NC 28613 |
| CREDITOR ID: 259338-12<br>REC -1  BLUE SPRINGS LP<br>C/O JP PROPERTIES INC<br>135 PARKSIDE CLOSE<br>ALPHARETTA, GA 30022-1437 | CREDITOR ID: 381154-47<br>RECALL SECURE DESTRUCTION SERVICES<br>PO BOX 406559<br>ATLANTA, GA 30384-6559 | CREDITOR ID: 384310-47<br>RECALL SECURE DESTRUCTION SERVICES<br>DBA RECALL TOTAL INFORMATION<br>PO BOX 932726<br>ATLANTA, GA 31193-2726 |
| CREDITOR ID: 387577-54<br>RECASNER, CYNTHIA<br>3416 DERBY PLACE<br>NEW ORLEANS LA 70119 | CREDITOR ID: 407116-MS<br>RECHSTEINER, JAMES<br>3291 MCGARITY LANE<br>KENNESAW GA 30144 | CREDITOR ID: 256258-12<br>RECINE, MICHAEL<br>2922 NETWORK PLACE  APT 202<br>LUTZ FL 33549 |
| CREDITOR ID: 405426-95<br>RECKITT BENCKISER<br>PO BOX 100918<br>ATLANTA GA 30384 | CREDITOR ID: 384311-47<br>RECKITT BENCKISER, INC<br>PO BOX 088159<br>CHICAGO, IL 60695-1159 | CREDITOR ID: 279268-35<br>RECKITT BENKISER, INC<br>ATTN: HEIDI BESOLD<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 |
| CREDITOR ID: 259341-12<br>RECORD AND LANDMARK<br>PO BOX 1071<br>222 EAST BROAD STREET<br>STATEVILLE NC 28687-1071 | CREDITOR ID: 259342-12<br>RECOVERIES UNLIMITED<br>PO BOX 22234<br>HILTON HEAD, SC 29925 | CREDITOR ID: 259343-12<br>RECREATIONAL WATER PROD<br>PO BOX 1449<br>BUFORD GA 30515-1449 |
| CREDITOR ID: 259344-12<br>RECREATIONAL WATER PRODU<br>627 E COLLEGE AVE<br>DECATUR GA 30031-9998 | CREDITOR ID: 259345-12<br>RECRUITING SERVICES GROUP INC<br>3107 CORPORATE EDGE DRIVE<br>GERMANTOWN TN 38138 | CREDITOR ID: 268360-31<br>RECYCLING CENTER<br>ATTN: RAY MAXWELL<br>3120 PHILADELPHIA CHURCH RD<br>DALLAS NC 28034-7698 |
| CREDITOR ID: 259346-12<br>RECYCLING EQUIPMENT SALES INC<br>PO BOX 12513<br>ROANOKE VA 24026 | CREDITOR ID: 259347-12<br>RECYCLING EQUIPMENT SERVICE INC<br>PO BOX 364<br>BAXLEY GA 31515 | CREDITOR ID: 381236-47<br>RECYCLING SERVICES INC<br>PO BOX 1386<br>ALEXANDRIA, LA 71309-1386 |
| CREDITOR ID: 259348-12<br>RECYCLING SYSTEMS SALES INC<br>PO BOX 16082<br>CHESAPEAKE VA 23328 | CREDITOR ID: 381527-47<br>RED APPLE ADULT TRAINING CENTER, TH<br>6640 KENTUCKY AVENUE<br>NEW PORT RICHEY, FL 34652 | CREDITOR ID: 259349-12<br>RED ARROW EQUIPMENT<br>PO BOX 1981<br>MANITOWOC WI 54221-1981 |
| CREDITOR ID: 259350-12<br>RED ARROW PRODUCTS COMPANY<br>BOX 68 6177<br>MILWAUKEE WI 53268-6177 | CREDITOR ID: 259351-12<br>RED BARN THEATRE<br>PO BOX 707<br>KEY WEST FL 33041 | CREDITOR ID: 259352-12<br>RED BULL NORTH AMERICA<br>4420 ADAMO DRIVE, SUITE 203<br>TAMPA, FL 33605 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 259353-12
RED DIAMOND FOOD SERVICE
PO BOX 2168
BIRMINGHAM, AL 35201

CREDITOR ID: 399335-15
RED DIAMOND, INC
DONOVAN COFFEE CO
ATTN COKE LINDSAY
1701 VANDERBILT ROAD
PO BOX 2168
BIRMINGHAM AL 35201-2168

CREDITOR ID: 399336-15
RED DIAMOND, INC.
DONOVAN COFFEE CO
ATTN: WILLIAM BOWRON
1701 VANDERBILT ROAD
BIRMINGHAM AL 35234-1459

CREDITOR ID: 259354-12
RED GOLD INC
PO BOX 71862
CHICAGO, IL 60694-1862

CREDITOR ID: 405427-95
RED GOLD INC
PO BOX 83
ELWOOD IN 46036

CREDITOR ID: 279269-35
RED GOLD, LLC
ATTN: JOHN PAFFEN
PO BOX 83
ELWOOD NJ 46036

CREDITOR ID: 259355-12
RED OAK SHOPPING CENTER LLC
5871 GLENRIDGE DRIVE
SUITE 400
% SPECTRUM CAUBLE MANAGMENT LLC
ATLANTA, GA 30328

CREDITOR ID: 1764-07
RED OAK SHOPPING CENTER LLC
5871 GLENRIDGE DRIVE
SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 259356-12
RED PYLATES MACHINE &
WELDING WORKS INC
WEST STATION PO BOX 4215
108 HWY 19 N
MERIDIAN MS 39304

CREDITOR ID: 268362-31
RED RIVER ATCHAFALAYA & BAYOU
ATTN: JESSIE LACHANEY
431 FAITH BAPTIST MISSION LN
MARKSVILLE LA 71351-3909

CREDITOR ID: 268363-14
RED RIVER PARISH POLICE JURY
ATTN: BECKY H CRAIG
615 E CARROL ST
COUSHATTA LA 71019-8537

CREDITOR ID: 268364-31
RED RIVER SVC CORP
ATTN: GERALD BEAUCHESNE
1429 CAPE CANAVERAL AFS
CAPE CANAVERAL FL 32920

CREDITOR ID: 268365-31
RED RIVER WATERSHED ASSOC
ATTN: JIM PASCOE
5301 MINNIS RD
SPRINGFIELD TN 37172-6751

CREDITOR ID: 268366-31
RED RIVER WATERWAY COMMISION
ATTN: KEN P GUIDRY
5941 HIGHWAY 1 BYP
NATCHITOCHES LA 71457-2630

CREDITOR ID: 259357-12
RED SIMPSON
PO BOX 12120
ALEXANDRIA LA 71315-2120

CREDITOR ID: 259358-12
RED STAR OIL COMPANY
802 PURSER DRIVE
RALEIGH NC 27603-4151

CREDITOR ID: 259359-12
RED TAG BIZ INC
4400 BAKER ROAD
MINNATONKA MN 55343-8684

CREDITOR ID: 259360-12
REDCO FOODS INC.
PO BOX 846013
BOSTON, MA 02284-6013

CREDITOR ID: 2500-07
REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY
BUILDING 10 SUITE 101
ATLANTA GA 30327-3052

CREDITOR ID: 268367-31
REDDELL-VIDRINE WATER DIST
ATTN: FRED DESHOTEL
5114 VIDRINE RD
VILLE PLATTE LA 70586-8708

CREDITOR ID: 407647-99
REDDICK, DAVID
OFFICE OF CHARLES W MCBURNEY JR
ATTN; CHARLES W MCBURNEY, JR
6550 ST AUGUSTINE RD
SUITE 105
JACKSONVILLE FL 32217

CREDITOR ID: 269539-18
REDDICK, DAVID
2323 CONCILIATION LANE
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 269652-19
REDDICK, DAVID
C/O DELEGAL LAW OFFICES, P.A.
ATTN: T. A DELEGAL, III
424 EAST MONROE ST
JACKSONVILLE FL 32202

CREDITOR ID: 398017-76
REDDICK/STOKES
HASTINGS STREET (JAMES STOKES)
JACKSONVILLE, FL 32220

CREDITOR ID: 397997-76
REDDICK/STOKES
ATTN DAVID REDDICK
2323 CONCILIATION LANE
GREEN  COVE  SPRINGS, FL 32043

CREDITOR ID: 398182-77
REDDICK/STOKES
ATTN: T. A. DELEGAL, III
424 EAST MONROE STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 259361-12
REDDLINE SYSTEMS INC
ATTN RICHARD PIOTROWSKI, CFO
2901 NORTH DALLAS PKWY, SUITE 460
PLANO, TX 75093

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407627-15<br>REDDWERKS CORPORATION<br>ATTN RICHARD PIOTROWSKI, VP FINANCE<br>38155 S CAPITAL OF TX HWY SUITE 275<br>AUSTIN TX 78704 | CREDITOR ID: 259364-12<br>REDDY ICE<br>PO BOX 60099<br>JACKSONVILLE FL 32205 | CREDITOR ID: 259363-12<br>REDDY ICE<br>8750 N CENTRAL EXPRESSWAY, STE 1800<br>DALLAS, TX 75231 |
| CREDITOR ID: 259362-12<br>REDDY ICE<br>5050 SW 51ST STREET<br>DAVIE, FL 33314 | CREDITOR ID: 405428-95<br>REDDY ICE<br>3535 TRAVIS    STE 170<br>DALLAS TX 75204 | CREDITOR ID: 259365-12<br>REDEEMER SETON HIGH SCHOOL<br>1453 CRESCENT ST<br>NEW ORLEANS, LA 70122 |
| CREDITOR ID: 259366-12<br>REDEMPTONIST HIGH SCHOOL<br>4000 ST GERORD AVE<br>BATON ROUGE, LA 70807 | CREDITOR ID: 259367-12<br>REDEMPTORIST CATHOLIC ELEMENTARY<br>606 S AVENUE N<br>CROWLEY, LA 70526 | CREDITOR ID: 376724-44<br>REDEMTORIST HIGH SCHOOL<br>4000 ST GERORD AVE<br>BATON ROUGE, LA 70807 |
| CREDITOR ID: 259369-12<br>REDICO INC<br>943 BUFORD HIGHWAY<br>BUFORD, GA 30518 | CREDITOR ID: 259368-12<br>REDI-MED<br>4406 HWY 22<br>MANDEVILLE, LA 70471 | CREDITOR ID: 407117-MS<br>REDNOUR, STEVE K<br>570 BARBARA SUE LANE<br>MT WASHINGTON KY 40047 |
| CREDITOR ID: 384312-47<br>REDOX BRANDS<br>PO BOX 1715<br>WEST CHESTER, OH 45071-1715 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 259371-12<br>REDS MARKET<br>PO BOX 30000<br>ORLANDO FL 32891-8100 |
| CREDITOR ID: 259372-12<br>REDWINE INTERNATIONAL INC<br>PO BOX 1093<br>EMPORIA VA 23847 | CREDITOR ID: 407118-MS<br>REDWINE, BRADLEY L.<br>2219 PRESERVATION DR.<br>PLANT CITY FL 33566 | CREDITOR ID: 387867-54<br>REECE, ANGELA<br>1911 HIGHWAY 101<br>ROGERSVILLE, AL 35652 |
| CREDITOR ID: 259373-12<br>REECER REFRIGERATION SALES<br>PO BOX 22098<br>LOUISVILLE, KY 40252-2098 | CREDITOR ID: 259374-12<br>REED ENGINEERING GROUP<br>2424 STUTZ DR<br>SUITE 400<br>DALLAS TX 75235 | CREDITOR ID: 381700-47<br>REED, ANDREW J<br>1203 LURIAN STREET<br>NEW SMYRNA BEACH, FL 32168 |
| CREDITOR ID: 407119-MS<br>REED, BILLY R.<br>341 MOEADOWRIDGE DR.<br>TUSCALOOSA AL 35405 | CREDITOR ID: 243704-12<br>REED, BOBBY L<br>4665 MILLER LAKE ROAD<br>GAINESVILLE GA 30507 | CREDITOR ID: 243909-12<br>REED, BRENDA<br>ROUTE 1 BOX 820<br>BURKEVILLE, VA 23922 |
| CREDITOR ID: 244575-12<br>REED, CARLY<br>8558 NOROAD<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 386687-54<br>REED, CASSIDY<br>106696 OLD HWY 80 WEST<br>MERIDIAN MS 39307 | CREDITOR ID: 245287-12<br>REED, CHRIS M<br>415 RIVER ROAD<br>JONESBORO GA 30236 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 245343-12
REED, CHRISTOPHER D
PO BOX 341
BUNKIE LA 71322-0034

CREDITOR ID: 390346-54
REED, CLARENCE JR
5420 HUEY RD
LAKE CITY, GA 30260

CREDITOR ID: 390783-55
REED, CLARENCE JR
C/O JOSEPH M TODD, PC
ATTN JOSEPH TODD, ESQ
TODD BUILDING
104 SOUTH MAIN STREET
JONESBORO GA 30236

CREDITOR ID: 385328-54
REED, FANNIE
176 COUNTY ROAD ONE
LISMAN, AL 36912

CREDITOR ID: 390635-55
REED, FANNIE
C/O GEORGE FOLLETT, ESQUIRE
FOLLETT & FOLLETT, P. A.
P. O. BOX 406
MERIDIAN MS 39202

CREDITOR ID: 399561-82
REED, JAVAN
1375 PULLEN ROAD,  APARTMENT 224
TALLAHASSEE  FL 32303

CREDITOR ID: 381162-47
REED, KATHERINE
454 ESPANOL AVENUE
COCOA, FL 32827

CREDITOR ID: 375736-44
REED, KENNETH*
ORL DIV ACCT# 618
3374 SE HIDDEN OAK DR
ARCADIA, FL 34266

CREDITOR ID: 255631-12
REED, MARTIN
12647 SHADY CREEK DRIVE
JACKSONVILLE, FL 32223

CREDITOR ID: 256012-12
REED, MEKAILE
440 FOSTER STREET
DENHAM SPRINGS LA 70726-0044

CREDITOR ID: 400202-86
REED, MICHAEL
2737 HWY 280
BIRMINGHAM  AL 35223

CREDITOR ID: 387524-54
REED, TRACY
824 MAX ST
FORT WORTH TX 76108

CREDITOR ID: 392031-55
REED, TRACY
C/O: NORMAN DARWIN
1200 SUMMIT AVE  SUITE 710
FT WORTH TX 76102

CREDITOR ID: 407120-MS
REED, WILLIAM L.
1871 LEXINGTON PLACE
TARPEN SPRINGS FL 34689

CREDITOR ID: 259375-12
REED-UNION CORPORATION
ATTN PETER D GOLDMAN, PRES
676 ST CLAIR STREET, SUITE 2150
CHICAGO, IL 60611

CREDITOR ID: 405430-95
REED-UNION CORPORATION
135 S LASALLE DEPT 2365
CHICAGO IL 60674-2365

CREDITOR ID: 268370-14
REEDY CREEK IMPROVEMENT DST
ATTN: RAY MAXWELL
1900 HOTEL PLAZA BLVD
LAKE BUENA VISTA FL 32830-8406

CREDITOR ID: 268369-31
REEDY CREEK IMPROVEMENT DST
ATTN: MICHAEL CRIKIS
2191 S SERVICE LN
LAKE BUENA VISTA FL 32830

CREDITOR ID: 268368-14
REEDY CREEK IMPROVEMENT DST
ATTN: JERRY WOOLDRIDGE
1000 HOTEL PLAZA BLVD
ORLANDO FL 32830

CREDITOR ID: 373901-44
REEDY, BILLY
NOL DIV #1337
JITNEY JUNGLE
3083 FRIENDSHIP ROAD
MCCOMB, MS 39648

CREDITOR ID: 1765-07
REEF ASSOCIATES LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 259376-12
REEF ASSOCIATES LTD
C/O COURTELIS CO
703 WATERFORD WAY SUITE 800
MIAMI, FL 33126-4677

CREDITOR ID: 1765-07
REEF ASSOCIATES LTD
C/O COURTELIS CO
ATTN VICTOR STOSIK OR
W DOUGLAS PITTS, PRESIDENT
703 WATERFORD WAY SUITE 800
MIAMI, FL 33126-4677

CREDITOR ID: 262306-12
REEKIE, SUSAN
1515 N WEST SHORE BLVD
C/O KAREN JACKSON AAA AUTO CLUB SOU
TAMPA, FL 33607

CREDITOR ID: 268371-31
REELFOOT UTILITY DISTRICT
ATTN: ALBERT WHEELER
365 GOOCH RD
TIPTONVILLE TN 38079-3048

CREDITOR ID: 259377-12
REELTOWN HIGH SCHOOL
4085 AL HIGHWAY 120
NOTASULGA, AL 36866

CREDITOR ID: 376727-44
REES HARDY TOWING & RECOVERY
111 BABCLICK ROAD
WILDER KY 41076

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400888-91<br>REESE II, GEORGE<br>218 LAKE FOREST WAY<br>MAYLENE AL 35114 | CREDITOR ID: 259380-12<br>REESE SIGN SERVICE<br>PO BOX 10593<br>GOLDSBORO, NC 27532-0593 | CREDITOR ID: 388307-54<br>REESE, ANGELA<br>1111 HWY 101<br>ROGERSVILLE AL 35652 |
| CREDITOR ID: 386562-54<br>REESE, BELVA<br>199 PLYMOUTH RD<br>MARTINEZ GA 30907 | CREDITOR ID: 243451-12<br>REESE, BEVERLY<br>3560 NW 18TH PLACE<br>FT LAUDERDALE, FL 33311 | CREDITOR ID: 389100-54<br>REESE, DIANE<br>1957 ALLISON COURT, APT D8<br>ATLANTA, GA 30311 |
| CREDITOR ID: 392989-55<br>REESE, DIANE<br>C/O NEIL PUTNAM, ESQ<br>PO BOX 82192<br>HAPEVILLE GA 30354-0192 | CREDITOR ID: 407121-MS<br>REESE, JERRY A.<br>112 SHAW ST.<br>MARTINEZ GA 30907 | CREDITOR ID: 385862-54<br>REESE, ORA<br>30223 S W 161ST COURT<br>HOMESTEAD, FL 33033 |
| CREDITOR ID: 391113-55<br>REESE, ORA<br>C/O: SCOTT JONTIFF, ESQ.<br>JONTIFF & JONTIFF PA<br>930 WASHINGTON AVE<br>THIRD FLOOR<br>MIAMI BEACH FL 33139 | CREDITOR ID: 263201-12<br>REESE, TOMMY L<br>BALDWIN STATE PRISON<br>PO BOX 218<br>HARDWICK, GA 31034 | CREDITOR ID: 381713-47<br>REETZ, BEN W<br>203 SKYWATER BLVD<br>ALBANY, GA 31705 |
| CREDITOR ID: 387410-54<br>REEVE, JOHN<br>6235 BAYLAR AVE<br>KEYSTONE HEIGHTS, FL 32656 | CREDITOR ID: 391965-55<br>REEVE, JOHN<br>C/O LAW OFFICE OF DECARLIS & SAWYER<br>ATTN GILBERT J ALBA ESQ<br>5000 NW 27TH COURT SUITE C<br>GAINESVILLE FL 32606 | CREDITOR ID: 259381-12<br>REEVES CONSTRUCTION<br>7028 DAVIS CREEK ROAD<br>JACKSONVILLE FL 32256-3026 |
| CREDITOR ID: 259382-12<br>REEVES INSULATION INC<br>7028 DAVIS CREEK ROAD<br>JACKSONVILLE, FL 32256-3026 | CREDITOR ID: 259383-12<br>REEVES SUPPLY<br>ATTN ANN REEVES, PRESIDENT<br>1004 DELRIDGE AVE<br>ORLANDO FL 32804-7778 | CREDITOR ID: 387982-54<br>REEVES, ANGIE<br>4029 WHISENHUNT DR<br>BESSEMER, AL 35022 |
| CREDITOR ID: 381497-47<br>REEVES, KENNETH<br>RAL DIV #911<br>625 ADLER LANE<br>GOLDSBORO NC 27530 | CREDITOR ID: 388723-54<br>REEVES, ROBERT<br>1505 UNDINE AVENUE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 259384-12<br>REF LEASING CO<br>6185 RELIABLE PARKWAY<br>CHICAGO IL 60686 |
| CREDITOR ID: 259386-12<br>REFCO INVESTMENTS INC<br>6185 RELIABLE PKWY<br>CHICAGO IL 60686 | CREDITOR ID: 259385-12<br>REFCO INVESTMENTS INC<br>313 S ROHLWING ROAD<br>ADDISON IL 60101 | CREDITOR ID: 259387-12<br>REFINING SYSTEMS INC<br>190 SCARLET BLVD<br>OLDSMAR FL 34677 |
| CREDITOR ID: 259388-12<br>REFRESHMENT SERVICE PEPSI<br>3400 SOLAR AVENUE<br>SPRINGFIELD, IL 62707-5713 | CREDITOR ID: 407614-15<br>REFRESHMENT SERVICES, INC.<br>ATTN MICHELLE KIMBRO<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | CREDITOR ID: 259389-12<br>REFRICENTER OF MIAMI INC<br>3701 NW 51ST ST<br>MIAMI, FL 33142 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

CREDITOR ID: 381539-47
REFRIGERATION SUPPLY CO INC
1900 28TH STREET
GULFPORT, MS 39501

CREDITOR ID: 259390-12
REFRIGERATION SUPPLY CO INC
PO BOX 7545
MOBILE, AL 36670-7545

CREDITOR ID: 259391-12
REFRIGERATION SUPPLY-MERIDIAN
1322 B STREET
MERIDIAN MS 39301

CREDITOR ID: 259392-12
REFRIGERATION WHOLESALE
129 SOUTHPORT RD
SPARTANBURG, SC 29306

CREDITOR ID: 405432-95
REFRIGERATION WHOLESALE
129 S PORT RD
SPARTANBURG SC 29306

CREDITOR ID: 259393-12
REFRIGIWEAR INC
ATTN: PAMELA GOODE, PRES
PO BOX 39
DAHLONEGA, GA 30533

CREDITOR ID: 259394-12
REFRON
38-18 33RD ST
LONG ISLAND CITY, NY 11101-9874

CREDITOR ID: 403383-99
REFRON INC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN: TERESA SADUTTO, ESQ
1065 AVENUE OF THE AMERICAS, 18TH F
NEW YORK NY 10018

CREDITOR ID: 397927-76
REGALADO, ROIDI
7001 WEST 35TH AVENUE
HIALEAH, FL 33018

CREDITOR ID: 383016-51
REGENCE BC/BS OF OREGON
201 HIGH STREET, SE
SALEM, OR 97309

CREDITOR ID: 383017-51
REGENCE BC/BS OF WASHINGTON
PO BOX 1071
PORTLAND, OR 97207

CREDITOR ID: 259395-12
REGENCY
1927 HIGHWAY 301 NORTH
DILLON SC 29536

CREDITOR ID: 259397-12
REGENCY CENTERS INC
MARINERS VILLAGE
PO BOX 532937
TN 34406  LN 13518
ATLANTA, GA 30353-2937

CREDITOR ID: 259396-12
REGENCY CENTERS INC
C/O MAIN STREET SQUARE
PO BOX 532937
TN 52709  LN 14007
ATLANTA GA 30353-2937

CREDITOR ID: 1767-07
REGENCY CENTERS INC
MARINERS VILLAGE
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2501-07
REGENCY CENTERS INC
C/O MAIN STREET SQUARE
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 316109-41
REGENCY CENTERS LP
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 2502-07
REGENCY CENTERS, LP
121 W FORSYTH STREET, STE. 200
JACKSONVILLE FL 32202

CREDITOR ID: 2503-07
REGENCY REALTY GROUP, INC.
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 259398-12
REGENCY SAVING BANK FSB
LOAN SERVICING DEPT
11 WEST MADISON
OAK PARK, IL 60302

CREDITOR ID: 1768-07
REGENCY SAVING BANK FSB
LOAN SERVICING DEPT
11 WEST MADISON
OAK PARK, IL 60302

CREDITOR ID: 259399-12
REGENCY SAVINGS BANK F S B
ATTN COMMERCIAL LOAN SAVINGS
11 WEST MADISON
LOAN# 04310057811
OAK PARK, IL 60302

CREDITOR ID: 1769-07
REGENCY SAVINGS BANK FSB
ATTN: COMMERCIAL LOAN SAVINGS
11 WEST MADISON
OAK  PARK, IL 60302

CREDITOR ID: 259400-12
REGENT INVESTMENT CORPORATION
222 THIRD STREET SE
STE 230
CEDAR RAPIDS, IA 52401

CREDITOR ID: 1770-07
REGENT INVESTMENT CORPORATION
222 THIRD STREET SE
SUITE 230
CEDAR  RAPIDS, IA 52401

CREDITOR ID: 259401-12
REGINA A PADRICK
38 B WEDGEFIELD DRIVE
SPARTANBURG SC 29316

CREDITOR ID: 259402-12
REGINA M KELLY
1122 NORTH STREET
GREEN COVE SPRINNGS FL 32043

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259403-12<br>REGINA MCGUIRE<br>40634 CHINCHAS CREEK ROAD<br>SLIDELL LA 70461 | CREDITOR ID: 259404-12<br>REGINA MUNI<br>139 W CONNECTICUT AVENUE<br>EDGEWATER FL 32132 | CREDITOR ID: 259405-12<br>REGINA PALMER<br>PO BOX 512<br>LA FRANCE SC 29656 |
| CREDITOR ID: 259407-12<br>REGINA WEAKLEY<br>1854 RANDOLPH STREET<br>FLORENCE AL 35630 | CREDITOR ID: 403901-94<br>REGINA, GARY<br>1007 PLANTATION OAKS DRIVE E<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 259408-12<br>REGINALD A BELLAMY<br>4508 PARLIAMENT COURT<br>CHARLOTTE NC 28216-0225 |
| CREDITOR ID: 259409-12<br>REGINE MOURRA AND GERMAINE RAMIREZ<br>16319 SW 81ST STREET<br>MIAMI FL 33193 | CREDITOR ID: 259410-12<br>REGIONAL ELECTRIC INC<br>7077 W OLD HAYNEVILLE ROAD<br>HOPE HULL, AL 36043 | CREDITOR ID: 259411-12<br>REGIONAL INCOME TAX AGENCY<br>PO BOX 94736<br>CITY OF NEWTOWN<br>CLEVELAND OH 44101 |
| CREDITOR ID: 259412-12<br>REGIONAL TRANSIT AUTHORITY<br>6700 PLAZA DRIVE<br>NEW ORLEANS, LA 70127-2677 | CREDITOR ID: 268372-31<br>REGIONL PLANNG COMMSN JEFFRSN<br>ATTN: WALTER R BROOKS<br>1340 POYDRAS ST STE 2100<br>NEW ORLEANS LA 70112-5276 | CREDITOR ID: 397145-67<br>REGIONS BANK<br>417 NORTH TWENTIETH ST.<br>BIRMINGHAM, AL 35203 |
| CREDITOR ID: 397144-67<br>REGIONS BANK<br>PO BOX 2527<br>MOBILE, AL 36222 | CREDITOR ID: 397141-67<br>REGIONS BANK<br>PO BOX 10247<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 397160-67<br>REGIONS BANK<br>800 SOUTH LEWIS ST<br>PO BOX 11240<br>NEW IBERIA, LA 70562 |
| CREDITOR ID: 397146-67<br>REGIONS BANK<br>PO BOX 1448<br>MONTGOMERY, AL 36102 | CREDITOR ID: 278097-23<br>REGIONS BANK<br>ATTN: LINDA MOORE<br>417 N. 20TH ST. 8TH FLOOR<br>BIRMINGHAM AL 35203 | CREDITOR ID: 378297-15<br>REGIONS INTERSTATE BILLING SVCE INC<br>ATTN KEITH HARPER COLL MGR<br>PO BOX 2250<br>DECATUR AL 35609-2250 |
| CREDITOR ID: 392327-55<br>REGISTE, ANGELA (MINOR)<br>C/O: S. KEITH TURNER, ESQUIRE<br>WILLIAM D. UMANSKY, P.A.<br>P.O. BOX 533069<br>ORLANDO FL 32853 | CREDITOR ID: 388060-54<br>REGISTE, ANGELA (MINOR)<br>4244 BARWOOD DR.<br>ORLANDO, FL 32839 | CREDITOR ID: 259413-12<br>REGISTER CONTRACTING CO INC<br>PO BOX 932894<br>ATLANTA GA 31193-2894 |
| CREDITOR ID: 259414-12<br>REGISTER MEAT COMPANY<br>ATTN: AL KAEMPFER, PRES<br>PO BOX 98<br>3160 WILLOW STREET<br>COTTONDALE, FL 32431 | CREDITOR ID: 259416-12<br>REGISTER OF DEEDS COUNTY COURTHOUSE<br>PO BOX 1124<br>CLARKSVILLE TN 37041 | CREDITOR ID: 259415-12<br>REGISTER OF DEEDS COUNTY COURTHOUSE<br>60 COURT PLAZA<br>ASHEVILLE NC 28801-3563 |
| CREDITOR ID: 259417-12<br>REGISTER OF DEEDS WATAUGA COUNTY<br>COURTHOUSE<br>COURT SUITE 9 ROOM 119<br>842 W KING STREET<br>BOONE NC 28607 | CREDITOR ID: 394086-56<br>REHAK, CHARLIE JEAN<br>12400 JEFFERSON HIGHWAY<br>APT 2009<br>BATON ROUGE, LA 70816 | CREDITOR ID: 400285-85<br>REHAK, CHARLIE JEAN<br>C/O IKE F. HAWKINS, III<br>IKE F HAWKINS III & ASSOCIATES<br>13541 TIGER BEND ROAD<br>P. O. BOX 87178<br>BATON ROUGE LA 70879-8178 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386578-54<br>REHEISER, GERARD<br>1360 NW ANTOCH AVENUE<br>STUART FL 34994 | CREDITOR ID: 259419-12<br>REHRIG INTERNATIONAL<br>PO BOX 80165<br>BALTIMORE MD 21280-0165 | CREDITOR ID: 259420-12<br>REHRIG PACIFIC COMPANY<br>PO BOX 514457<br>LOS ANGELES CA 90051-4457 |
| CREDITOR ID: 391856-55<br>REICHARD, BLANCA<br>C/O: MICHAEL  MANGLARDI, ESQ.<br>MARTINEZ, MANGLARDI & DIEZ-ARGUELLES<br>540 N SEMORAN BLVD<br>ORLANDO FL 32807 | CREDITOR ID: 387272-54<br>REICHARD, BLANCA H<br>10642 INVERSON ST<br>ORLANDO, FL 32825 | CREDITOR ID: 387272-54<br>REICHARD, BLANCA H<br>C/O ATTORNEYS TRIAL GROUP<br>ATTN MICHAEL MANGLARDI, ESQ<br>540 N SEMORAN BLVD<br>ORLANDO FL 32807 |
| CREDITOR ID: 394170-56<br>REICHEL, WALTER<br>1500 NE 177 STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 394757-57<br>REICHEL, WALTER<br>C/O NUELL & POLSKY<br>ATTN STEPHEN NUELL, ESQ<br>782 NW 42ND AVENUE, SUITE 345<br>MIAMI FL 33126 | CREDITOR ID: 400364-85<br>REICHEL, WALTER<br>C/O STEPHEN NUELL<br>NUELL & POLSKY<br>782 N.W. 42ND AVENUE<br>SUITE 345<br>MIAMI FL 33126 |
| CREDITOR ID: 259421-12<br>REID W RHODES<br>PO BOX 145<br>GROVETOWN GA 30813 | CREDITOR ID: 385149-54<br>REID, WESLEY<br>1103 COQUINA COURT<br>MEBANE, NC 27302 | CREDITOR ID: 390500-55<br>REID, WESLEY<br>C/O: JULIE L. BELL<br>LEWIS & DAGGETT<br>285 EXECUTIVE PARK BOULEVARD<br>WINSTON-SALEM NC 27103 |
| CREDITOR ID: 259422-12<br>REIDSVILLE REVIEW<br>PO BOX 2157<br>REIDSVILLE, NC 27320-2157 | CREDITOR ID: 262878-12<br>REIDSVILLE REVIEW, THE<br>PO BOX 25127<br>RICHMOND, VA 23260-5127 | CREDITOR ID: 259423-12<br>REIDSVILLE TRUCK & TRAILER REPAIR<br>ATTN PEGGY S LOFTIS<br>PO BOX 2691<br>REIDSVILLE NC 27323-2691 |
| CREDITOR ID: 259424-12<br>REILEY ELEMENTARY SCHOOL<br>4930 S US 27<br>ALEXANDRIA KY 41001 | CREDITOR ID: 259425-12<br>REILLY DAIRY & FOOD CO<br>PO BOX 130197<br>TAMPA, FL 33681-0197 | CREDITOR ID: 405433-95<br>REILLY DAIRY & FOOD CO<br>P O BOX 19217<br>TAMPA FL 33686-9217 |
| CREDITOR ID: 259426-12<br>REILY FOODS COMPANY<br>PO BOX 60263<br>CHARLOTTE, NC 28260-0263 | CREDITOR ID: 405434-95<br>REILY FOODS COMPANY<br>640 MAGAZINE ST<br>ATTN ROBYN FOLTMER<br>NEW ORLEANS LA 70130 | CREDITOR ID: 279270-35<br>REILY FOODS COMPANY<br>ATTN: LEE ALBRIGHT<br>640 MAGAZINE ST<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 259427-12<br>REILY WESCO ELECTRICAL SUPPLY<br>PO BOX 890914<br>DALLAS TX 75389-0914 | CREDITOR ID: 392063-55<br>REIMER, RAYMOND D<br>C/O RICHARD A. LOVESKY ESQ<br>5550 26TH ST W STE 8A<br>BRADENTON FL 34207-3514 | CREDITOR ID: 390427-54<br>REIMER, RAYMOND D<br>5549 26TH STREET WEST, SUITE 8<br>BRADENTON FL 34207-3514 |
| CREDITOR ID: 386072-54<br>REINA, PAOLA<br>3315 CHATSWORTH LANE<br>ORLANDO, FL 32812 | CREDITOR ID: 259428-12<br>REINALDO HERNANDEZ<br>8941 N W 21ST<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 259429-12<br>REINALDO MARTINEZ<br>3318 LA PLACE ST<br>CHALMETTE LA 70043-2235 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259430-12<br>REINER & REINER PA<br>9100 S DADELAND BLVD<br>SUITE 1408<br>MIAMI FL 33156 | CREDITOR ID: 386472-54<br>REINER, EDUARDO<br>2660 W 72ND ST<br>HIALEAH FL 33016 | CREDITOR ID: 391520-55<br>REINER, EDUARDO<br>C/O RICHARD ZALDIVAR, PA<br>RICHARD ZALDIVAR<br>2600 SW 3 AVE #300<br>MIAMI FL 33129 |
| CREDITOR ID: 407450-15<br>REINKING, CYNDY<br>182 S STARLIGHT DRIVE<br>ANAHEIM CA 92807 | CREDITOR ID: 269272-16<br>REISE, JACK<br>LERACH, COUGHLIN, ET AL.<br>197 SOUTH FEDERAL HIGHWAY<br>SUITE 200<br>BOCA RATON, FL 33432 | CREDITOR ID: 279442-99<br>REISMAN, GLENN M<br>TWO CORPORATE DRIVE, STE 648<br>PO BOX 861<br>SHELTON CT 06484-0861 |
| CREDITOR ID: 374494-44<br>REISS, D MD DBA<br>ELMWOOD INDUSTRIAL MEDICINE<br>5800 PLAUCHE COURT<br>HARAHAN, LA 70123 | CREDITOR ID: 247702-12<br>REISS, DAVID MD APMC<br>ELMWOOD INDUSTRIAL MEDICINE<br>5800 PLAUCHE COURT<br>HARAHAN, LA 70123 | CREDITOR ID: 389713-54<br>REITZER, DONNA G<br>4801 WINNETT ROAD<br>BURLESON TX 76028 |
| CREDITOR ID: 407122-MS<br>RELAN, NICK<br>1603 WEEPING WILLOW<br>DEN HAM SPRINGS LA 70726 | CREDITOR ID: 395434-64<br>RELIABLE<br>BILLING DEPARTMENT<br>325 S OLD WOODWARD AVENUE<br>BIRMINGHAM, MI 48009 | CREDITOR ID: 382129-51<br>RELIABLE ONE STAFFING SERVICES<br>325 S OLD WOODWARD, 3RD FL<br>BIRMINGHAM, MI 48009 |
| CREDITOR ID: 259432-12<br>RELIABLE ONE STAFFING SERVICES<br>BILLING DEPARTMENT<br>325 S OLD WOODWARD AVENUE<br>BIRMINGHAM, MI 48009-6202 | CREDITOR ID: 403348-83<br>RELIABLE REPORTING, INC.<br>1102 S. FLORIDA AVE.<br>LAKELAND FL 33803 | CREDITOR ID: 268373-31<br>RELIABLE RESTORATIONS FAX<br>ATTN: HUGH LEWIS<br>1225 MONTLIEU AVE<br>JAMESTOWN NC 27282 |
| CREDITOR ID: 259433-12<br>RELIABLE TIN SHOP<br>PO BOX 320125<br>BIRMINGHAM, AL 35232-0125 | CREDITOR ID: 259434-12<br>RELIABLE TRANSMISSION SERVICE INC<br>PO BOX 377<br>BRANDON FL 33509-0377 | CREDITOR ID: 278725-27<br>RELIANCE STANDARD LIFE INSURANCE CO<br>ATTN BECKY CULVER<br>PO BOX 3050<br>MILWAUKEE WI 53201 |
| CREDITOR ID: 279404-99<br>RELIANCE STANDARD LIFE INSURANCE CO<br>ATTN: EARL E MCEVOY<br>2001 MARKET ST STE 1500<br>PHILADELPHIA PA 19103 | CREDITOR ID: 259435-12<br>RELIANCE SUPPLY OF JACKSONVILLE INC<br>PO BOX 6833<br>JACKSONVILLE, FL 32236-6833 | CREDITOR ID: 259436-12<br>RELIEF PHARMACISTS<br>PO BOX 331372<br>ATLANTIC BEACH, FL 32233-1372 |
| CREDITOR ID: 268374-31<br>RELIGIOUS COMMUNITY SERVICE<br>ATTN: REGINALD BRASWELL<br>210 EWING AVE<br>CLEARWATER FL 33756-5704 | CREDITOR ID: 259437-12<br>REMA FOODS INC<br>140 SYLVAN AVE<br>ENGLEWOOD CLIFFS NJ 07632-2508 | CREDITOR ID: 259438-12<br>REMAR SMITH<br>72 CANVASBACK ROAD<br>OXFORD AL 36203 |
| CREDITOR ID: 259439-12<br>REMAX AGENCY ONE INC<br>301 S FERDON<br>SUITE A<br>CRESTVIEW FL 32536 | CREDITOR ID: 259440-12<br>REMBERT & COMPANY INC<br>1865 PLUMAS STREET<br>SUITE 2<br>RENO, NV 89509 | CREDITOR ID: 259441-12<br>REMBRANDT CORPORATION<br>ATTN NORMA TORRES<br>2727 SKYWAY DRIVE<br>SANTA MARIA CA 93455 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259442-12<br>REMEDY INTELLIGENT STAFFING<br>FILE #54122<br>LOS ANGELES, CA 90074-4122 | CREDITOR ID: 381770-15<br>REMEDY TEMP, INC<br>ATTN PAM CURTIS<br>FILE #54122<br>LOS ANGELES CA 90074-4122 | CREDITOR ID: 403349-83<br>REMILLARD LAW FIRM, PA<br>ATTN MICHELLE REMILLARD, OFF MGR<br>3201 SHAMROCK SOUTH, SUITE 102<br>TALLAHASSEE FL 32309 |
| CREDITOR ID: 259443-12<br>REMINGTON HEALTH PRODUCTS<br>PO BOX 163584<br>FORT WORTH, TX 76131 | CREDITOR ID: 397665-72<br>REMKE MARKETS INC.<br>1299 COX AVENUE<br>ERLANGER, KY 41018 | CREDITOR ID: 259444-12<br>REMONA L PERRY<br>7500 POWERS AVE<br>APT 197<br>JACKSONVILLE FL 32217-3838 |
| CREDITOR ID: 381779-15<br>REMY CORPORATION<br>ATTN LINDA CONNOR<br>1637 WAZEE STREET 2ND FLOOR<br>DENVER CO 80202 | CREDITOR ID: 384313-47<br>REMY CORPORATION<br>1637 WAZEE SECOND FLOOR<br>DENVER, CO 80202 | CREDITOR ID: 268375-31<br>RENAISSANCE DEVELOPMENT CORP<br>ATTN: ARTHUR THOMAS<br>1755 NICHOLSON DR<br>BATON ROUGE LA 70802-8146 |
| CREDITOR ID: 259445-12<br>RENAISSANCE GROUP INTERNATIONAL<br>PO BOX 360566<br>BIRMINGHAM, AL 35236 | CREDITOR ID: 399292-15<br>RENAISSANCE GROUP INTERNATIONAL INC<br>ATTN RICHARD BERGSTROM, PRES<br>1545 ROUTE 37 W, SUITE 9<br>TOMS RIVER NJ 08755 | CREDITOR ID: 259447-12<br>RENE Z CONTI<br>2766 SW 129 AVENUE<br>MIRAMAR FL 33027 |
| CREDITOR ID: 259449-12<br>RENEE ACATECA<br>2168 COLTHARP ROAD<br>FT MILL SC 29708 | CREDITOR ID: 259450-12<br>RENEE M BOWEN<br>4221 CROSSEN DRIVE<br>ORLANDO FL 32822 | CREDITOR ID: 259451-12<br>RENEE MANESS<br>300 EAST HWY 25<br>COLUMBIANA AL 35051 |
| CREDITOR ID: 259452-12<br>RENEE WILLIAMS<br>PO BOX 817<br>COTTONPORT LA 71327 | CREDITOR ID: 259453-12<br>RENSSELAER COUNTY SCU<br>PO BOX 15338<br>ALBANY, NY 12212-5338 | CREDITOR ID: 259454-12<br>RENT A HANDYMAN SERVICES<br>1844 BARNES STREET<br>REIDSVILLE, NC 27320 |
| CREDITOR ID: 376747-44<br>RENTAL SERVICE CORP/PRIME INDUSTRIAL<br>P O BOX 840514<br>DALLAS, TX 75284 | CREDITOR ID: 259456-12<br>RENTAL UNIFORM<br>PO BOX 1458<br>STATESVILLE NC 28687 | CREDITOR ID: 259457-12<br>RENTAL UNIFORM SERVICE<br>ATTN JERRY ARD<br>PO BOX 12410<br>FLORENCE, SC 29504 |
| CREDITOR ID: 259458-12<br>REPAIR CENTER<br>10815 S HIGHWAY 41<br>GIBSONTON, FL 33534 | CREDITOR ID: 259459-12<br>REPRESENTATIVE BRUCE ANTONES<br>CAMPAIGN FUND<br>PO BOX 681279<br>ORLANDO FL 32868-1279 | CREDITOR ID: 268376-31<br>REPRESENTATIVE HUGH GIBSON<br>ATTN: HUGH GIBSON<br>916 AVENIDA CENTRAL<br>LADY LAKE FL 32159-5704 |
| CREDITOR ID: 268377-31<br>REPRESENTATIVE RON GREENS<br>ATTN: RON GREENS<br>4800 W COPANS RD<br>POMPANO BEACH FL 33063-3879 | CREDITOR ID: 259460-12<br>REPUBLIC FINANCE INC<br>PO BOX 731<br>STARKVILLE, MS 39759 | CREDITOR ID: 259461-12<br>REPUBLIC PARKING SYSTEM<br>306 SOUTH DUVAL<br>TALLAHASSEE, FL 32301 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259462-12<br>REPUBLIC PLASTICS LTD<br>ATTN MELISSA LAMB, CONTROLLER<br>355 SCHUMANN RD<br>MCQUEENEY, TX 78123 | CREDITOR ID: 382078-36<br>REPUBLIC PLASTICS, LTD<br>THOMPSON, COE, COUSINS & IRONS, LLP<br>ATTN JAMES V HOEFFNER, ESQ<br>701 BRAZOS, SUITE 1500<br>AUSTIN TX 78701 | CREDITOR ID: 259463-12<br>REPUBLIC REFRIGERATION INC<br>2890 GRAY FOX ROAD<br>MONROE, NC 28110 |
| CREDITOR ID: 407699-15<br>REPUBLIC SERV OF FLORIDA, LP D/B/A<br>ATTN DANIELLE BURDAN, COLL MGR<br>ALL SERVICE REFUSE<br>751 NW 31S AVENUE<br>FT LAUDERDALE FL 33311 | CREDITOR ID: 259464-12<br>REPUBLIC SERVICES<br>110 SE 6TH STREET, SUITE 2800<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 259465-12<br>REPUBLIC TOBACCO<br>2301 RAVINE WAY<br>GLENVIEW, IL 60025 |
| CREDITOR ID: 3094-04<br>REPUBLIC WASTE<br>ATTN JAMIE LOCHART OR D CARELOCK<br>5516 ROZZELLS FERRY ROAD<br>CHARLOTTE NC 28214 | CREDITOR ID: 3093-04<br>REPUBLIC WASTE<br>2875 LOWERY STREET<br>WINSTON-SALEM NC 27101 | CREDITOR ID: 397806-75<br>REPUBLIC WASTE SERVICES OF HILTON HEAD<br>PO BOX 9001073<br>LOUISVILLE, KY 40290-1073 |
| CREDITOR ID: 259469-12<br>REQUA INC<br>ATTN: MICHAEL J BURKE<br>540 BARNUM AVE<br>PO BOX 2384<br>BRIDGEPORT, CT 06608 | CREDITOR ID: 405437-95<br>REQUA INC<br>P O BOX 4008<br>GREENWICH CT 06830 | CREDITOR ID: 406090-15<br>RERISI, VICTOR & GAIL<br>PO BOX 112<br>BAYVILLE NY 11709 |
| CREDITOR ID: 268378-31<br>RESEARCH SPECIAL PROGRAMS ADM<br>ATTN: FEDERICK JOYNER<br>1720 PEACHTREE ST NW<br>ATLANTA GA 30309-2449 | CREDITOR ID: 259470-12<br>RESERS FINE FOODS<br>PO BOX 5037, UNIT 114<br>PORTLAND, OR 97208 | CREDITOR ID: 315698-36<br>RESER'S FINE FOODS INC<br>C/O CHIMENE GOWEN-HOUTSAGER<br>15570 SW JENKINS ROAD<br>BEAVERTON OR 97006 |
| CREDITOR ID: 259471-12<br>RESERVE ACCOUNT<br>PO BOX 856056<br>LOUISVILLE, KY 40285-6056 | CREDITOR ID: 259472-12<br>RESERVE AT POINTE MEADOWS L C<br>7800 POINTE MEADOWS DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 259473-12<br>RESERVE CHRISTIAN SCHOOL<br>P O DRAWER AA<br>RESERVE, LA 70084 |
| CREDITOR ID: 268379-31<br>RESERVOIR ENVIRONMENTAL MGT<br>ATTN: RICHARD RUANE<br>900 VINE ST APT 5<br>CHATTANOOGA TN 37403-2348 | CREDITOR ID: 259474-12<br>RESIDENCE INN JACKSONVILLE<br>ATTN MAX A KIKER, GM<br>10551 DEERWOOD PARK BLVD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 259475-12<br>RESINA WEST INC<br>41810 MCALBY COURT<br>MURRIETA, CA 92562 |
| CREDITOR ID: 389709-54<br>RESNIKOFF, JEANNI<br>1119 FAIRLAND AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 393346-55<br>RESNIKOFF, JEANNI<br>C/O: JOHN LAW<br>ANN RUSSELL AND JOHN F LAW, ESQ.<br>7229 S DEER HAVEN ROAD<br>PANAMA CITY FL 32409 | CREDITOR ID: 384314-47<br>RESOURCE DATA SERVICES INC<br>12614 KROLL DRIVE<br>ALSIP, IL 60803-3222 |
| CREDITOR ID: 259476-12<br>RESOURCE DATA SERVICES, INC<br>ATTN SECRETARY<br>12614 KROLL DRIVE<br>ALSIP, IL 60803-3222 | CREDITOR ID: 259477-12<br>RESOURCE NETWORK<br>PO BOX 247<br>HARRISONBURG, VA 22801 | CREDITOR ID: 259479-12<br>RESOURCE ONE<br>PO BOX 267 PAWLING ST<br>HAGAMAN NY 12086 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ..Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259478-12<br>RESOURCE ONE<br>1024 EXECUTIVE PARKWAY<br>ST LOUIS MO 63141 | CREDITOR ID: 406247-G4<br>RESOURCE SPECTRUM (CONSULTING SPECTRUM)<br>967 WEST WALL STREET, SUITE 100<br>GRAPEVINE TX 76051 | CREDITOR ID: 376750-44<br>RESOURCES CONNECTION<br>FILE 55221<br>LOS ANGELES, CA 90074-5221 |
| CREDITOR ID: 406301-15<br>RESOURCES CONNECTION<br>DBA RESOURCES GLOBAL PROFESSIONALS<br>ATTN DENISE K BARKER<br>695 TOWN CENTER DRIVE, SUITE 600<br>COSTA MESA CA 92626 | CREDITOR ID: 259480-12<br>RESOURCES CONNECTION DBA RESOURCES<br>GLOBAL PROFESSIONALS<br>ATTN DENISE K BARKER, DIR OF ADMIN<br>FILE 55221<br>LOS ANGELES, CA 90074-5221 | CREDITOR ID: 382108-51<br>RESPONSIVE SYSTEMS COMPANY<br>281 HIGHWAY 79<br>MORGANVILLE, NJ 07751 |
| CREDITOR ID: 259482-12<br>RESTAURANT EQUIPMENT DISTRUBUTING<br>DISTRIBUTING INC<br>2136 READING RD<br>CINCINNATI OH 45202 | CREDITOR ID: 268380-31<br>RESTORATION CDC INC<br>ATTN: EMMA SNELLING<br>733 ROLESVILLE RD<br>ROLESVILLE NC 27571-9698 | CREDITOR ID: 259483-12<br>RESULTS@RETAIL<br>PO BOX 911291<br>DALLAS TX 75391-1291 |
| CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 259484-12<br>RETAIL ASSOCIATION OF MISSISSIPPI<br>4785 I-55  STE 103<br>JACKSON, MS 39206 | CREDITOR ID: 259485-12<br>RETAIL CENTER HAMPTON LLC<br>C/O T & F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN, SC 29801 |
| CREDITOR ID: 1771-07<br>RETAIL CENTER HAMPTON LLC<br>C/O T&F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN, SC 29801 | CREDITOR ID: 2505-07<br>RETAIL CENTER HAMPTON LLC<br>378 KNOLLWOOD DRIVE<br>CHARLESTON WV 25302 | CREDITOR ID: 259486-12<br>RETAIL DATA LLC<br>PO BOX 6991<br>RICHMOND, VA 23230 |
| CREDITOR ID: 259487-12<br>RETAIL DETAIL MERCHANDISING<br>901 DOUGLAS AVENUE<br>SUITE 204<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 259488-12<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 |
| CREDITOR ID: 1772-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 259489-12<br>RETAIL PHARMACY SOLUTIONS<br>59 A NORTH DRIVE<br>VANDALIA OH 45377 | CREDITOR ID: 259490-12<br>RETAIL SERVICES NORTHERN TOOL EQUIP<br>PO BOX 5219<br>CAROL STREAM IL 60197-5219 |
| CREDITOR ID: 259491-12<br>RETAIL SYSTEMS 2002<br>PO BOX 332<br>77 OAK STREET STE 201<br>NEWTON UPPER FALLS MA 02464 | CREDITOR ID: 406248-G4<br>RETAILIX<br>6100 TENNYSON PARKWAY, SUITE 150<br>PLANO TX 75024 | CREDITOR ID: 259492-12<br>RETALIX<br>6100 TENNYSON PARKWAY, SUITE 150<br>PLANO, TX 75024 |
| CREDITOR ID: 259493-12<br>RETIF OIL & FUEL<br>PO BOX 58349<br>NEW ORLEANS, LA 70158-8349 | CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON, GA 31208 | CREDITOR ID: 259494-12<br>RETREAT VILLAGE MANAGEMENT CO LLC<br>PO BOX 5046<br>MACON, GA 31208 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259495-12<br>REULET ELECTRIC SUPPLIES<br>PO BOX 15276<br>BATON ROUGE LA 70895-5276 | CREDITOR ID: 243247-12<br>REUSCH, BELINDA<br>1425 PEACHTREE BATTLE AVENUE<br>ATLANTA GA 30327 | CREDITOR ID: 389463-54<br>REVELL, DEANNA<br>P.O. BOX 1705<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 376751-44<br>REVELS BARBECUE CENTER<br>PO BOX 505<br>LAURINBURG, NC 28352 | CREDITOR ID: 259497-12<br>REVELS BARBECUE CENTER<br>PO BOX 3249<br>PEMBROKE, NC 28372 | CREDITOR ID: 259496-12<br>REVEL'S BARBECUE CENTER<br>ATTN ROCHELL CARROLL, OWNER<br>685 HWY 15 401 E<br>BENNETTSVILLE, SC 29512 |
| CREDITOR ID: 384337-47<br>REVELS, ROXIE L.<br>PO BOX 235<br>HORSESHOE BEACH, FL 32648 | CREDITOR ID: 397840-76<br>REVELS, VINCE<br>295 NE COFFEE WAY<br>MADISON, FL 32340 | CREDITOR ID: 392386-55<br>REVELS, VINCE<br>C/O: GUS V. SOTO, ESQ<br>THE LAW OFFICES OF GUS VINCENT SOTO, PA<br>1284 B. TIMBERLANE ROAD<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 268385-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: J P PERILLOUX<br>8545 UNITED PLAZA BLVD<br>BATON ROUGE LA 70809-0204 | CREDITOR ID: 268384-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: HERMAN FALTERMAN<br>1555 POYDRAS ST<br>NEW ORLEANS LA 70112-3701 | CREDITOR ID: 268383-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: CYNTHIA BRIDGES<br>617 N 3RD ST<br>BATON ROUGE LA 70802-5428 |
| CREDITOR ID: 268382-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: BOB ODOM<br>5825 FLORIDA BLVD<br>BATON ROUGE LA 70806-4248 | CREDITOR ID: 268381-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: BETSY HOOPER<br>660 LAUREL ST<br>BATON ROUGE LA 70802-5631 | CREDITOR ID: 268403-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: SUSAN LANKFORD<br>825 KALISTE SALOOM RD<br>LAFAYETTE LA 70508-4284 |
| CREDITOR ID: 268402-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: SHARON SCIONEAUX<br>122 SAINT JOHN ST<br>MONROE LA 71201-7370 | CREDITOR ID: 268401-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: RON PERRY<br>1 LAKESHORE DR<br>LAKE CHARLES LA 70629-0100 | CREDITOR ID: 268400-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: RICHARD JEFFERSON<br>1525 FAIRFIELD AVE<br>SHREVEPORT LA 71101-4300 |
| CREDITOR ID: 268399-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: PHILLIP JONES<br>1051 N 3RD ST<br>BATON ROUGE LA 70802-5239 | CREDITOR ID: 268398-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: MURRAY LANDRY<br>265 S FOSTER DR<br>BATON ROUGE LA 70806-4104 | CREDITOR ID: 268397-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: MARY STEVENS<br>3744 GOVERNMENT ST<br>ALEXANDRIA LA 71302-3326 |
| CREDITOR ID: 268395-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: MARIE BOUCHER<br>3020 KNIGHT ST STE 220<br>SHREVEPORT LA 71105-2554 | CREDITOR ID: 268393-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: MALCOLM B PRICE JR<br>5420 CORP BLVD STE 107<br>BATON ROUGE LA 70808 | CREDITOR ID: 268392-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: LISA PONCEDELEON<br>2 CANAL ST STE 2008<br>NEW ORLEANS LA 70130-1219 |
| CREDITOR ID: 268391-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: LESILE WALL<br>5825 FLORIDA BLVD<br>BATON ROUGE LA 70806-4248 | CREDITOR ID: 268390-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: LEON MC GEE<br>325 LOYOLA AVE STE 306<br>NEW ORLEANS LA 70112-1850 | CREDITOR ID: 268389-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: KERRY ALLEY<br>1418 TIGER DR<br>THIBODAUX LA 70301-4337 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ،Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268388-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: KENT LAPLACE<br>8490 PICARDY AVE<br>BATON ROUGE LA 70809-3731 | CREDITOR ID: 268387-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: JOHN D TRAVIS<br>8660 UNITED PLAZA BLVD<br>BATON ROUGE LA 70809-7024 | CREDITOR ID: 268386-14<br>REVENUE AND TAXATION LA DEPT<br>ATTN: JINGER MANINT<br>3949 NORTH BLVD<br>BATON ROUGE LA 70806-3827 |
| CREDITOR ID: 259498-12<br>REVENUE CABINET<br>PO BOX 491<br>FRANKFORT, KY 40602 | CREDITOR ID: 268404-14<br>REVENUE COMMISSIONERS OFFICE<br>ATTN: COM RUBY PORTER<br>113 TEMPLE AVE N STE 101<br>FAYETTE AL 35555-2636 | CREDITOR ID: 268405-14<br>REVENUE MA DEPARTMENT OF<br>ATTN: LEE HITESHEW<br>1355 PEACHTREE ST NE<br>ATLANTA GA 30309-3212 |
| CREDITOR ID: 268409-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: CLIFF PURVIS<br>30 NOBLE ST<br>SMITHFIELD NC 27577-9300 | CREDITOR ID: 268407-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: CHARLES PARKER<br>126 MEMORY PLZ<br>WHITEVILLE NC 28472-2640 | CREDITOR ID: 268406-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: ALLEN WOODARD<br>33 DARLINGTON AVE<br>WILMINGTON NC 28403-1343 |
| CREDITOR ID: 268432-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JOYCE GEORGE<br>320 FEDERAL PL RM 100<br>GREENSBORO NC 27401-2718 | CREDITOR ID: 268431-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JON MILLER<br>500 W TRADE ST STE 446<br>CHARLOTTE NC 28202-1153 | CREDITOR ID: 268430-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JOHN M ADDINGTON<br>235-D BRANCHVIEW DR<br>CONCORD NC 28025 |
| CREDITOR ID: 268428-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JOE SAMUEL<br>725 MAIN ST<br>NORTH WILKESBORO NC 28659-4211 | CREDITOR ID: 268427-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JIM DORSETT<br>8025 N POINT BLVD STE 250<br>WINSTON SALEM NC 27106-3296 | CREDITOR ID: 268426-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JEFF MASHBURN<br>30 WILLOW ST<br>MURPHY NC 28906-2741 |
| CREDITOR ID: 268425-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JED FRANQUEMONT<br>506 WILKESBORO BLVD SE<br>LENOIR NC 28645-4644 | CREDITOR ID: 268424-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JCRIS RAINES<br>143 HOLDEN BEACH RD STE 5<br>SHALLOTTE NC 28470-1787 | CREDITOR ID: 268423-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JAMES WILLIAMS<br>239 STATION SQUARE MALL<br>ROCKY MOUNT NC 27804-5746 |
| CREDITOR ID: 268422-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: J L FRANTUEMONT<br>1375 LENOIR RHYNE BLVD SE<br>HICKORY NC 28602-5171 | CREDITOR ID: 268421-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: HAL G SHESSON<br>1301 WASH ST<br>GOLDSBORO NC 27530 | CREDITOR ID: 268420-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: H D MACMILLAN<br>825 GUM BRANCH RD STE 131<br>JACKSONVILLE NC 28540-6262 |
| CREDITOR ID: 268419-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: GORDON DEECES<br>723 PROFESSIONAL DR<br>NEW BERN NC 28560-4547 | CREDITOR ID: 268418-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: GEORGE M SULLIVAN<br>138 S STEELE ST STE S<br>SANFORD NC 27330-4201 | CREDITOR ID: 268416-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: FRANK WILLIAMS<br>401 S GRIFFIN ST STE 300<br>ELIZABETH CITY NC 27909-4594 |
| CREDITOR ID: 268415-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: EULEON CHATMAN<br>3326 CHPEL HL BLVD BLDG D<br>DURHAM NC 27707 | CREDITOR ID: 268414-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: E S MC ATEER<br>839 MAJESTIC CT STE 1<br>GASTONIA NC 28054-5147 | CREDITOR ID: 268413-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: E NORRISTOOLSON<br>501 N WILMINGTON ST<br>RALEIGH NC 27604-8002 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268412-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: E J PREVETTE<br>225 GREEN ST STE 800<br>FAYETTEVILLE NC 28301-5017 | CREDITOR ID: 268411-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: DANNY DARDEN<br>919 S COX ST<br>ASHEBORO NC 27203-6490 | CREDITOR ID: 268410-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: CURTIS RITCH<br>417 N MAIN ST STE 5<br>SALISBURY NC 28144-4358 |
| CREDITOR ID: 268443-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: WILLIAM CROWNOVER<br>119 TUNNEL RD STE E<br>ASHEVILLE NC 28805-1800 | CREDITOR ID: 268442-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: ROBERT MCNEELY<br>2510 S CROATAN HWY<br>NAGS HEAD NC 27959-9016 | CREDITOR ID: 268441-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: RICHARD DURHAM<br>222 N CENTER ST<br>GOLDSBORO NC 27530-3623 |
| CREDITOR ID: 268440-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: RB BLEVINS<br>903 DORSEY AVE<br>HENDERSON NC 27536-4563 | CREDITOR ID: 268439-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: RANDY TEAGUE<br>117 W MARION ST<br>SHELBY NC 28150-5331 | CREDITOR ID: 268438-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: PATTY EDWARDS<br>427 MORGAN MILL RD STE H<br>MONROE NC 28110-3547 |
| CREDITOR ID: 268437-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: NORRIS POLSON<br>501 N WILMINGTON ST<br>RALEIGH NC 27604-8002 | CREDITOR ID: 268436-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: MURIEL OFFERMAN<br>501 N WILMINGTON ST<br>RALEIGH NC 27604-8002 | CREDITOR ID: 268435-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: LARRY PATERSON<br>1113 S MAIN ST<br>REIDSVILLE NC 27320-5313 |
| CREDITOR ID: 268434-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: L F MC PHAIAL<br>325 SOUTHEAST BLVD<br>CLINTON NC 28328-3625 | CREDITOR ID: 268433-14<br>REVENUE NORTH CAROLINA DEPT<br>ATTN: JULIAN FITZGERALD<br>1429 ROCKHOLE RD<br>RALEIGH NC 27604 | CREDITOR ID: 268444-14<br>REVENUE TAXPAYER SERVICES TENN<br>ATTN: PATSY CLARK<br>500 DEADERICK ST<br>NASHVILLE TN 37242-0001 |
| CREDITOR ID: 259499-12<br>REVER CLARK<br>3130 FITZGERALD STREET<br>JACKSONVILLE FL 32254 | CREDITOR ID: 259500-12<br>REVERE GAS AND APPLIANCE<br>PO BOX 1367<br>6467 GEORGE<br>GLOUCESTER, VA 23061 | CREDITOR ID: 259501-12<br>REVERE MILLS INC<br>LBX 619766<br>PO BOX 6197<br>CHICAGO IL 60680-6197 |
| CREDITOR ID: 259502-12<br>REVIS TOWING & RECOVERY OF OCALA<br>746 NORTHWEST 30TH AVE<br>OCALA FL 34475 | CREDITOR ID: 279272-35<br>REVLON<br>ATTN: SHERRIE C HOLTZMAN<br>1501 WILLIAMSBORO ST<br>OXFORD NC 27565 | CREDITOR ID: 259503-12<br>REVLON INC<br>PO BOX 98231<br>CHICAGO, IL 60693 |
| CREDITOR ID: 405439-95<br>REVLON INC<br>ATTN KEITH ABBOTT<br>PO BOX 6118<br>OXFORD NC 27565 | CREDITOR ID: 259504-12<br>REVOLUTION TECHNOLOGIES LLC<br>PO BOX 9167000<br>LONGWOOD, FL 32791 | CREDITOR ID: 383010-51<br>REX CLUB<br>240 CORPORATE BOULEVARD<br>NORFOLK, VA 23502 |
| CREDITOR ID: 259505-12<br>REX CORPORATION<br>PO BOX 26329<br>JACKSONVILLE FL 32226-6329 | CREDITOR ID: 259506-12<br>REX P PORTER<br>2839 SPRING HILL CHURCH RD.<br>RAL DIV / WHS COORDINATOR<br>LILLINGTON NC 27546 | CREDITOR ID: 259507-12<br>REX THREE<br>15431 SW 14TH STREET<br>SUNRISE FL 33326 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 382283-51<br>REXALL SUNDOWN<br>6111 BROKEN SOUND PKWY<br>BOCA RATON, FL 33487 | CREDITOR ID: 382079-36<br>REXAM BEVERAGE CAN COMPANY<br>BRUCE M BIALY<br>8770 W BRYN MAWR AVE<br>SUITE 175<br>CHICAGO IL 60631-3655 | CREDITOR ID: 259508-12<br>REXAM BEVERAGE CAN COMPANY<br>DEPT AT 49920<br>ATLANTA, GA 31192-9920 |
| CREDITOR ID: 405440-95<br>REXAM BEVERAGE CAN COMPANY<br>ATTN FLORENCE DAMPTZ A/R<br>8770 WEST BRYN MAWR STE 175<br>CHICAGO IL 60631-3655 | CREDITOR ID: 259509-12<br>REXEL CONSOLIDATED<br>DEPT 0765<br>PO BOX 120765<br>DALLAS, TX 75312-0765 | CREDITOR ID: 259510-12<br>REXEL SOUTHERN<br>PO BOX 120902<br>DEPT -0902<br>DALLAS TX 75312-0902 |
| CREDITOR ID: 245371-12<br>REXROAT, CHRISTY<br>413 LOGSDON COURT<br>LOUISVILLE KY 40220 | CREDITOR ID: 259512-12<br>REY R DE LA SIERRA<br>14370 LAKE CRESCENT PLACE<br>MIAMI FL 33014 | CREDITOR ID: 259513-12<br>REYA BRITO<br>1105 LAGCEY LANE<br>COVINGTON, GA 30014 |
| CREDITOR ID: 388073-54<br>REYES, ANA<br>2047 BROOKS DRIVE<br>KISSIMMEE, FL 34741 | CREDITOR ID: 392340-55<br>REYES, ANA<br>C/O: JULIO C. MARTINEZ, JR.<br>ATTORNEYS TRIAL GROUP<br>903 NORTH MAIN STREET<br>KISSIMMEE FL 34744 | CREDITOR ID: 389940-54<br>REYES, NIURYS<br>3375 NW 33RD ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 393472-55<br>REYES, NIURYS<br>C/O FERNANDO POMARES PA<br>ATTN FERNANDO J POMARES, ESQ<br>3431 SW 107TH AVENUE<br>MIAMI FL 33165 | CREDITOR ID: 399562-82<br>REYES, PEDRO<br>4456 WEST 10 COURT<br>HIALEAH  FL 33012 | CREDITOR ID: 388440-54<br>REYES, ROLANDO<br>3001 WEST DELONA<br>APT 1408<br>TAMPA, FL 33609 |
| CREDITOR ID: 392536-55<br>REYES, ROLANDO<br>C/O PRIETO PRIETO & GOAN PA<br>ATTN KEITH GOAN, ESQ<br>4144 N ARMENIA AVENUE, SUITE 350<br>TAMPA FL 33607 | CREDITOR ID: 259514-12<br>REYNER PUPO<br>1455 23RD AVENUE SW<br>VERO BEACH FL 32962 | CREDITOR ID: 259515-12<br>REYNOLDS ECONOMICS<br>455 B MORAGA RD<br>MORAGA CA 94556 |
| CREDITOR ID: 384316-47<br>REYNOLDS METALS CO<br>DRAWER CS 198276<br>ATLANTA, GA 30384-8276 | CREDITOR ID: 259516-12<br>REYNOLDS METALS CO<br>GAIL SMITH<br>8259 GARDEN VIEW CT<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 259517-12<br>REYNOLDS METALS COMPANY<br>PO BOX 841429<br>DALLAS TX 75284-1429 |
| CREDITOR ID: 259518-12<br>REYNOLDS PARK YACHT CENTER<br>ATTN P TED MCGOWEN, EXEC DIR<br>1063 BULKHEAD ROAD<br>GREEN COVE SPRINGS, FL 32043 | CREDITOR ID: 259519-12<br>REYNOLDS SMITH AND HILLS INC<br>PO BOX 4850<br>JACKSONVILLE FL 32201 | CREDITOR ID: 388937-54<br>REYNOLDS, CAROL<br>1149 SAINA AVENUE<br>PORT CHARLOTTE, FL 33948 |
| CREDITOR ID: 388937-54<br>REYNOLDS, CAROL<br>1149 SELENA AVENUE<br>PORT CHARLOTTE, FL 33948 | CREDITOR ID: 244597-12<br>REYNOLDS, CAROL G<br>1524 ALAMEDA DRIVE<br>HOLIDAY FL 34690 | CREDITOR ID: 407422-15<br>REYNOLDS, DORIS RAWL<br>621 WALTER RAWL RD<br>LEXINGTON SC 29072 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 374800-44<br>REYNOLDS, EDWARD<br>CHR DIV STORE# 1084<br>105 SUMMIT DRIVE<br>GREER, SC 29650 | CREDITOR ID: 407123-MS<br>REYNOLDS, MELVIN A.<br>41 RHODODENDRON LANE<br>TALKING ROCK GA 30175 | CREDITOR ID: 387154-54<br>REYNOLDS, RICKY<br>2118 EAST WASHINGTON<br>ORLANDO, FL 32803 |
| CREDITOR ID: 391739-55<br>REYNOLDS, RICKY<br>C/O: RICK L. MARTINDALE, ESQ.<br>RICK L. MARTINDALE<br>301 E. PINE STREET<br>SUITE 150<br>ORLANDO FL 32801 | CREDITOR ID: 407124-MS<br>REYNOLDS, WILLIAM F.<br>2009 STEEPLECHASE DR.<br>ROCK HILL SC 29832 | CREDITOR ID: 259520-12<br>REYYIELYN G SANTIAGO<br>114 RIVERVIEW DRIVE<br>ST ROSE LA 70087 |
| CREDITOR ID: 259521-12<br>RGIS INVENTORY SPECIALISTS<br>ATTN MARK PAPAK, EXEC VP<br>PO BOX 77631<br>DETROIT, MI 48277 | CREDITOR ID: 384317-47<br>RH BARRINGER DIST<br>1620 FAURFAX ROAD<br>GREENSBORO, NC 27407 | CREDITOR ID: 384305-47<br>RH FORSCHNER, DIV OF<br>C/O SWISS ARMY BRANDS INC<br>ATTN GERI ARISON<br>ONE RESEARCH DRIVE<br>PO BOX 974<br>SHELTON CT 06494 |
| CREDITOR ID: 390280-54<br>RHEA, KYYONDRA<br>13059 CALAIS STREET<br>NEW ORLEANS LA 70129 | CREDITOR ID: 244612-12<br>RHINARD, CAROL<br>8624 SW 75TH STREET<br>MIAMI, FL 33143 | CREDITOR ID: 394246-56<br>RHOADES, TIFFANY B<br>25800 SW 138TH AVE<br>HOMESTEAD, FL 33032 |
| CREDITOR ID: 385322-54<br>RHODD, DORRETT<br>18811 NW 24TH AVENUE<br>OPA LOCKA, FL 33056 | CREDITOR ID: 390629-55<br>RHODD, DORRETT<br>C/O: ROBERT J. FENSTERSHEIB, ESQ.<br>HERBERT & FENSTERSHEIB, P.A.<br>520 W. HALLANDALE BEACH, BLVD.<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 407125-MS<br>RHODEN, ALVIA<br>4712 ORTEGA FOREST DR.<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 397232-67<br>RHODES INC.<br>266-25 BLANDING BLVD<br>ORANGE PARK, FL 32073 | CREDITOR ID: 246867-12<br>RHODES, CONNIE<br>1800 5TH AVENUE SE<br>MOULTRIE GA 31768 | CREDITOR ID: 403902-94<br>RHODES, HILDRED L<br>6404 DIAMOND LOCH N<br>N RICHLAND HILLS TX 76180 |
| CREDITOR ID: 407126-MS<br>RHODES, STEPHEN<br>1450 WALDEN OAKS PLACE<br>PLANT CITY FL 33566 | CREDITOR ID: 259523-12<br>RHODIA INC<br>PO BOX 751291<br>CHARLOTTE NC 28275-1291 | CREDITOR ID: 259522-12<br>RHODIA INC<br>PO BOX 101665<br>ATLANTA GA 30392-1665 |
| CREDITOR ID: 259526-12<br>RHONDA APPLE<br>107 ALISON LANE<br>ARCHDALE NC 27263 | CREDITOR ID: 259527-12<br>RHONDA AVERETTE<br>15355 STONEHEDGE CLIFFS ROAD<br>NORTHPORT AL 35475 | CREDITOR ID: 259528-12<br>RHONDA BARBAREE<br>5369 HWY 20<br>COVINGTON, GA 30016 |
| CREDITOR ID: 259529-12<br>RHONDA CARTER<br>3841 FLOYD ROAD<br>GREEN COVE SPRINGS, FL 32043 | CREDITOR ID: 259530-12<br>RHONDA K KENNEY<br>911 GREENBRIAR ROAD<br>HINESVILLE GA 31313 | CREDITOR ID: 259531-12<br>RHONDA LENAIRE<br>153 BRENTWOOD DRIVE<br>DAPHNE, AL 36526 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:**   **05-03817-3F1**

CREDITOR ID: 259532-12
RHONDA M BENEDICT
2440 SWEET WATER BLVD
ST CLOUD, FL 34772

CREDITOR ID: 259533-12
RHONDA R PLUMLEY
215 SUFFOLK AVENUE
COLONIAL HEIGHTS VA 23834

CREDITOR ID: 259534-12
RHONDA S PHILLIPS
107 GILSTRAP DR
GREENVILLE SC 29609

CREDITOR ID: 259535-12
RHONDA TAYLOR
FULTON COUNTY POLICE DEPT
130 PEACHTREE STREET SW STE 2158
ATLANTA GA 30303

CREDITOR ID: 386477-54
RHONE, BERTHINE
1720 HURRICAN ROAD
LOT 69
COTTONDALE AL 35453

CREDITOR ID: 391524-55
RHONE, BERTHINE
C/O: J. PAUL WHITEHURST
J. PAUL WHITEHURST, ATTORNEY AT LAW
1955 22ND STREET
NORTHPORT AL 35476

CREDITOR ID: 259536-12
RIA GROUP
PO BOX 6159
CAROL STREAM, IL 60197-6159

CREDITOR ID: 259537-12
RIAL CORPORATION
319 SOUTH MAPLE AVE
C/O WILLIAM C STILLWAGON
GREENSBURG, PA 15601-3218

CREDITOR ID: 1774-07
RIAL CORPORATION
C/O WILLIAM C STILLWAGON
319 SOUTH MAPLE AVE
GREENSBURG, PA 15601-3218

CREDITOR ID: 259538-12
RIAZ GILL
8968 EASTON RIVER DRIVE
JACKSONVILLE FL 32257

CREDITOR ID: 259539-12
RIBANDO'S ELECTRICAL SUPPLY
900 N MORRISON BLVD
HAMMOND, LA 70401-2316

CREDITOR ID: 392330-55
RIBAS, MARIA L
C/O: LANE ABRAHAM, ESQ.
ABRAHAM & AGNOLI,  P.A.
2701 SOUTH BAYSHORE DRIVE
SUITE 403
MIAMI FL 33133

CREDITOR ID: 390437-54
RIBAS, MARIA L
2700 S BAYSHORE DR, SUITE 403
COCONUT GROVE, FL 33133

CREDITOR ID: 262934-12
RIBAUDO, THERESA
200 CORPORATE CENTER CR-BS
LEBANON, NJ 08833

CREDITOR ID: 376762-44
RIBBON & CARTRIDGE SAVERS
1132 2ND ST SE
MOULTRIE, GA 31768

CREDITOR ID: 259540-12
RIBS KING INC
PO BOX 632899
CINCINNATI OH 45263-2899

CREDITOR ID: 259541-12
RIBS ON WHEELS
626 MAY STREET
JACKSONVILLE FL 32204

CREDITOR ID: 259542-12
RIBUS INC
20 S CENTRAL AVENUE
# 106
ST LOUIS MO 63105

CREDITOR ID: 259543-12
RICARDO BRANDON
234 KEENE STREET
HENDERSON NC 27536

CREDITOR ID: 259544-12
RICARDO GUEVARA
4011 SW 112 AVENUE
MIAMI FL 33165

CREDITOR ID: 259548-12
RICARDO T FUENTES
10337 NW 9TH STREET CIR
MIAMI FL 33172-6612

CREDITOR ID: 387775-54
RICARDO, VIVIAN
2524 NW 62ND AVENUE
MARGATE, FL 33063

CREDITOR ID: 392117-55
RICARDO, VIVIAN
C/O: ANGELA L. COHN, ESQ.
COHN, PARKER & COHN, PA
1152 N. UNIVERSITY DRIVE
SUITE 201
PEMBROKE PINES FL 33024

CREDITOR ID: 386255-54
RICE, DORIS
7 CARRIAGE CIRCLE SW
BESSEMER AL 35022

CREDITOR ID: 406100-15
RICE, MATTHEW W
705 E GRAND AVE
ARROYO GRANDE CA 93420

CREDITOR ID: 407127-MS
RICE, PATRICK
2380 HILLCREEK CIRCLE EAST
CLEARWATER FL 33759

CREDITOR ID: 260231-12
RICE, RYAN
1019 CUMBERLAND COURT
BAINBRIDGE, GA 39817

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259551-12<br>RICELAND FOODS<br>C/O BANK OF AMERICA<br>LOCK BOX DEPT/PO BOX 14335<br>ST LOUIS, MO 63150-4335 | CREDITOR ID: 259550-12<br>RICE'S INC<br>ATTN HILARY J ENGLERT, MGR<br>PO BOX 148<br>HATTIESBURG, MS 39403-0148 | CREDITOR ID: 259552-12<br>RICH PRODUCTS CORP<br>PO BOX 98333<br>CHICAGO, IL 60693-0001 |
| CREDITOR ID: 405442-95<br>RICH PRODUCTS CORP<br>DEDUCTION DEPT<br>PO BOX D<br>BUFFALO NY 14222 | CREDITOR ID: 382080-36<br>RICH PRODUCTS CORPORATION<br>ATTN DAVID J CARERE, VP FIN<br>1150 NIAGARA STREET<br>BUFFALO NY 14213 | CREDITOR ID: 259553-12<br>RICH TANSI<br>7635 TIMBERLIN PARK BLVD<br>#711<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 388124-54<br>RICH, ALICIA R<br>2955 PARK SQUARE DRIVE APT 104<br>IRVING TX 75060 | CREDITOR ID: 242089-12<br>RICH, ALVA D<br>3200 E CR44<br>EUSTIS FL 32736 | CREDITOR ID: 391925-55<br>RICH, KATERRI (MINOR)<br>C/O: EDWARD A GUARINI<br>EDWARD A. GUARINI, JR.,P.A.<br>4800 NORTH FEDERAL HIGHWAY<br>SUITE 305-B<br>BOCA RATON FL 33431 |
| CREDITOR ID: 387352-54<br>RICH, KATERRI (MINOR)<br>348 NW 19TH ST<br>POMPANO BEACH, FL 33060 | CREDITOR ID: 407128-MS<br>RICH, WILLIAM<br>102 E. OTTER RIDGE<br>GOODE VA 24556 | CREDITOR ID: 259555-12<br>RICHARD & BRENDA ROSELLI<br>3580 MARJEAN DRIVE<br>PENSACOLA FL 32504 |
| CREDITOR ID: 259556-12<br>RICHARD A COGHILL<br>2425 DICK SMITH ROAD<br>KITTRELL NC 27544 | CREDITOR ID: 259557-12<br>RICHARD A DREILING<br>PO BOX 993<br>SHARPES FL 32959 | CREDITOR ID: 259560-12<br>RICHARD A MILLER & ASSOCIATES INC<br>6701  BEACH  BLVD<br>SUITE 200<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 259561-12<br>RICHARD A MUELLER<br>12057 ELKWOOD DRIVE<br>CINCINNATI OH 45240 | CREDITOR ID: 2508-07<br>RICHARD A NEWMAN<br>ARENT FOX KINTNER PLOTKIN & KA<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 | CREDITOR ID: 259563-12<br>RICHARD B DIBUONO<br>17646 TEMPLE BLVD<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 259564-12<br>RICHARD B KEELING<br>219 NE 19TH AVENUE<br>POMPANO BEACH FL 33060 | CREDITOR ID: 259565-12<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL WELLS, TX 76067 | CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS, TX 76067 |
| CREDITOR ID: 259566-12<br>RICHARD BARONE<br>211 MELISSA COURT<br>SANFORD FL 32773 | CREDITOR ID: 279439-99<br>RICHARD BLACKSTONE WEBBER II PA<br>ATTN: RICHARD BLACKSTON WEBBER II<br>320 MAITLAND AVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 259567-12<br>RICHARD BROWN INC<br>1460 VERNON CIRCLE<br>JACKSON MS 39204 |
| CREDITOR ID: 259570-12<br>RICHARD D FINCH<br>1414 BRUSHY CREEK ROAD<br>TAYLORS SC 29687 | CREDITOR ID: 259571-12<br>RICHARD D HARGRAVE<br>175 WOODCREST WAY<br>JONESBORO GA 30236 | CREDITOR ID: 279035-32<br>RICHARD D. SPARKMAN & ASSOC., P.A.<br>ATTN: RICHARD D. SPARKMAN<br>BOARD CERTIFIED SPECIALIST<br>PO BOX 1687<br>ANGIER NC 27501 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259572-12<br>RICHARD DANIEL<br>1637 NW 10TH AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 259573-12<br>RICHARD E COLGIN CO<br>2230 VALDINA<br>DALLAS, TX 75207 | CREDITOR ID: 259576-12<br>RICHARD F SCHINDLER<br>1340 GULF BLVD<br>#10A<br>CLEARWATER FL 33767 |
| CREDITOR ID: 259578-12<br>RICHARD G BELL<br>604 BAY LEAF CIRCLE<br>CLAYTON NC 27520 | CREDITOR ID: 259579-12<br>RICHARD G MARSH<br>PO BOX 321<br>CAMERON NC 28326 | CREDITOR ID: 259580-12<br>RICHARD H LINTON PHD<br>2336 N 600 W<br>WEST LAFAYETTE IN 47906 |
| CREDITOR ID: 259581-12<br>RICHARD H SWINFORD JR<br>6024 LAKESIDE DRIVE<br>PINSON AL 35126 | CREDITOR ID: 259583-12<br>RICHARD HUNTER<br>2839 NW CR 150<br>GREENVILLE FL 32331 | CREDITOR ID: 259584-12<br>RICHARD J FILLMORE<br>19005 DOVE CREEK DRIVE<br>TAMPA FL 33647 |
| CREDITOR ID: 259585-12<br>RICHARD J KUTNEY JR<br>6800 NORTHWEST 39TH AVENUE<br># 468<br>COCONUT CREEK FL 33073 | CREDITOR ID: 2510-07<br>RICHARD J. LINDNER<br>111 GILES AVENUE<br>JERSEY  CITY NJ 07306 | CREDITOR ID: 259586-12<br>RICHARD K BROWN<br>36222 GREENVILLE AVENUE<br>DENHAM SPRINGS LA 70706 |
| CREDITOR ID: 259587-12<br>RICHARD L HANNERS<br>144 DOGWOOD LANE<br>FORTSON GA 31808 | CREDITOR ID: 259588-12<br>RICHARD L RODGERS JR<br>2787 HAMILTON BLVD<br>THEODORE, AL 36582 | CREDITOR ID: 259589-12<br>RICHARD LINDNER<br>111 GILES AVE<br>JERSEY CITY NJ 07306 |
| CREDITOR ID: 259592-12<br>RICHARD M STEARNS<br>PO BOX 2218<br>CHAPTER 13 TRUSTEE<br>KINSTON NC 28501 | CREDITOR ID: 259593-12<br>RICHARD MCCORMICK LLC<br>2511 BROOKWOOD ROAD<br>RICHMOND VA 23235 | CREDITOR ID: 259594-12<br>RICHARD MELTON<br>PO BOX 350064<br>JACKSONVILLE FL 32235 |
| CREDITOR ID: 259595-12<br>RICHARD MURPHY<br>295 SHELL BEACH ROAD<br>VICKSBURG MS 39183 | CREDITOR ID: 259597-12<br>RICHARD PRICE CONTRACTING CO LLC<br>25509 WALKER SOUTH ROAD<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 259598-12<br>RICHARD R RICE<br>308 LIVE OAK STREET, APT 5<br>METAIRIE LA 70005 |
| CREDITOR ID: 259599-12<br>RICHARD REUTEMAN<br>4758 HARDWICK DRIVE<br>CINCINNATI OH 45238 | CREDITOR ID: 259600-12<br>RICHARD S CAJUN COUNTRY<br>POST OFFICE DRAWER 414<br>CHURCH POINT LA 70525 | CREDITOR ID: 259601-12<br>RICHARD S WHITE<br>137 LINCOLN ROAD<br>TAYLORS SC 29687 |
| CREDITOR ID: 259603-12<br>RICHARD STABILE<br>2193 GRETHA DRIVE<br>DELTONA FL 32738 | CREDITOR ID: 259604-12<br>RICHARD SWINFORD JR<br>6024 LAKESIDE DR<br>PINSON AL 35126 | CREDITOR ID: 406249-G4<br>RICHARD T. MCCORMICK, LLC<br>2511 BROOKWOOD RD<br>RICHMOND VA 23235 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259605-12<br>RICHARD THOMAS<br>583 TIMBER TRACE COURT<br>ORANGE PARK FL 32073 | CREDITOR ID: 259606-12<br>RICHARD W TOBEY<br>10362 106TH AVENUE<br># 10<br>LARGO FL 33773 | CREDITOR ID: 385185-54<br>RICHARD, ANDREW L<br>108 OAK TREE LANE<br>RAYNE, LA 70578 |
| CREDITOR ID: 248367-12<br>RICHARD, DONNA<br>217 BANNERWOOD DRIVE<br>GRETNA, LA 70056 | CREDITOR ID: 385487-54<br>RICHARD, GLORIA<br>3840 NW 168TH TERRACE<br>CAROL CITY, FL 33055 | CREDITOR ID: 390787-55<br>RICHARD, GLORIA<br>C/O: RONALD ROSEN, ESQUIRE<br>ROSEN & ROSEN, P.A.<br>4000 HOLLYWOOD BLVD<br>SUITE 725 - SOUTH<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 390019-54<br>RICHARD, GWENDOLYN<br>2970 ROSELLE ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 388819-54<br>RICHARD, MARY<br>264 SOUTH OAK STREET<br>GRAMERCY, LA 70052 | CREDITOR ID: 392770-55<br>RICHARD, MARY<br>C/O: KLIEBERT & HELTZ, P.A.<br>205 N. AIRLINE AVE.<br>GRAMERCY LA 70052 |
| CREDITOR ID: 259607-12<br>RICHARDS CAJUN FOODS<br>PO BOX 414<br>CHURCH POINT, LA 70525 | CREDITOR ID: 259608-12<br>RICHARDS HOOD AND DUCT CLEANING<br>PO BOX 911<br>JEFFERSONVILLE IN 47131-0911 | CREDITOR ID: 389252-54<br>RICHARDS, DANNI JR<br>2621 HAWKINS LILLY RD<br>WEATHERFORD TX 76087 |
| CREDITOR ID: 249169-12<br>RICHARDS, ESTELLE C<br>3419 LOVEWOOD ROAD<br>MARIANNA, FL 32446 | CREDITOR ID: 386525-54<br>RICHARDS, REBECCA<br>P O BOX 7296<br>NORTH AUGUSTA SC 29861 | CREDITOR ID: 390151-54<br>RICHARDS, SUMMER<br>2110 SPRINGBROOK LANE<br>APT D<br>NEW ORLEANS, LA 70114 |
| CREDITOR ID: 393601-55<br>RICHARDS, SUMMER<br>C/O: S. SCOTT STONE, ESQ.<br>WHIBBS & WHIBBS, P.A.<br>105 E. GREGORY SQUARE<br>PENSACOLA FL 32502 | CREDITOR ID: 385614-54<br>RICHARDS, TREVOR<br>836 E. TIFFANY DR<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 390905-55<br>RICHARDS, TREVOR<br>C/O FINDLER & FINDLER, PA<br>ATTN BRETT K FINDLER, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 259609-12<br>RICHARDSON BRANDS COMPANY<br>13623 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 381719-47<br>RICHARDSON BROS SHEET METAL WK<br>PO BOX 2706<br>VALDOSTA, GA 31604-2706 | CREDITOR ID: 407129-MS<br>RICHARDSON, CECIL J<br>4752 GREAT WESTERN LANE SOUTH<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 407130-MS<br>RICHARDSON, CECIL JOHN<br>129 STELLA AVE.<br>VIDALIA GA 30473 | CREDITOR ID: 245043-12<br>RICHARDSON, CHARLES J<br>5745 HUFF ROAD<br>ELKTON FL 32033 | CREDITOR ID: 390821-55<br>RICHARDSON, CHIQUITA LATASHA<br>C/O ASNIS SREBNICK & KAUFMAN<br>ATTN DAN KAUFMAN ESQ<br>1550 SAWGRASS CORP PKWY SUITE 370<br>SUNRISE FL 33323 |
| CREDITOR ID: 385520-54<br>RICHARDSON, CHIQUITA LATASHA<br>7241 NW 19TH AVE<br>MIAMI, FL 33147 | CREDITOR ID: 390821-55<br>RICHARDSON, CHIQUITA LATASHA<br>C/O ASNIS SREBNICK & KAUFMAN LLC<br>ATTN DAN KAUFMAN ESQ<br>44 WEST FLAGLER  SUITE 2250<br>MIAMI FL 33130 | CREDITOR ID: 246364-12<br>RICHARDSON, CLAUDIA M<br>2428 BRIARGATE DRIVE<br>GAUTIER MS 39553 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 246505-12
RICHARDSON, CLYDE
114 BACH AVENUE
SOMERSET KY 42501

CREDITOR ID: 407131-MS
RICHARDSON, DANIEL J.
799 PLANTATION WAY
GALLATIN TN 37066

CREDITOR ID: 389348-54
RICHARDSON, DANNY
469 GILLMAN CIR
ORLANDO FL 32811

CREDITOR ID: 393157-55
RICHARDSON, DANNY
C/O: SCOTT URICCHIO, ESQ.
MORGAN, COLLING & GILBERT PA
PO BOX 9504
FORT MYERS FL 33906

CREDITOR ID: 390255-54
RICHARDSON, DON
2119 KISMET PKWY
CAPE CORAL FL 33909

CREDITOR ID: 393672-55
RICHARDSON, DON
C/O: MARY JACK, ESQ.
GOLDSTEIN, BUCKLEY, CECHMAN,RICE & PURTZ
P.O.BOX 2366
(1515 BROADWAY, 33901)
FORT MYERS FL 33902-2366

CREDITOR ID: 388432-54
RICHARDSON, ELLA
5830 BAINES ROAD
ETHELSVILLE, AL 35461

CREDITOR ID: 392529-55
RICHARDSON, ELLA
C/O: ORLANDO R. RICHMOND
RICHMOND SIMON & ABSTON
PO BOX 8599
COLUMBUS MS 39705

CREDITOR ID: 249160-12
RICHARDSON, ESTATE OF DONALD
3766 ZERO ROAD
MERIDIAN MS 39301

CREDITOR ID: 389702-54
RICHARDSON, FREDDIE
107 COLLINS AVENUE
VALDOSTA GA 31601

CREDITOR ID: 393341-55
RICHARDSON, FREDDIE
C/O: JOHN KENT EDWARDS, ESQ.
JOHN KENT EDWARDS, PA
1008 N PATTERSON STREET
P O BOX 1586
VALDOSTA GA 31603-1586

CREDITOR ID: 250209-12
RICHARDSON, G
PO BOX 720042
JACKSON, MS 39272

CREDITOR ID: 407132-MS
RICHARDSON, HAROLD L.
1550 MERIWETHER RD.
MONTGOMERY AL 36117

CREDITOR ID: 399563-82
RICHARDSON, JERRY
900 NORTH LAYTON AVENUE
DUNN  NC 28334

CREDITOR ID: 407133-MS
RICHARDSON, JIMMY
117 PEARCE ST.
MONROE GA 30655

CREDITOR ID: 399564-82
RICHARDSON, KELVIN
CHARLES I. BROOKS, BROOKS FIRM, PC
2705 4TH AVENUE NORTH
BIRMINGHAM  AL 35233

CREDITOR ID: 387027-54
RICHARDSON, KENROY
1188 NW 44TH AVE
FORT LAUDERDALE FL 33313

CREDITOR ID: 375802-44
RICHARDSON, KYLE
NOL DIV #1340
JITNEY JUNGLE
110 GUM AVE
EUPORA, MS 39744

CREDITOR ID: 388560-54
RICHARDSON, MAXINE
531 FLOOD ST
NEW ORLEANS, LA 70117

CREDITOR ID: 392629-55
RICHARDSON, MAXINE
C/O DONALD S BLUM LAW OFFICES
ATTN DONALD S BLUM, ESQ
320 N CARROLLTON AVENUE, SUITE 101
NEW ORLEANS LA 70119

CREDITOR ID: 258169-12
RICHARDSON, PAUL H
1032 MORPHUS BRIDGE ROAD
WENDELL, NC 27591

CREDITOR ID: 407134-MS
RICHARDSON, ROBERT G
3880 SE  38TH  LOOP
OCALA FL 34480

CREDITOR ID: 390373-54
RICHARDSON, ROSE M
2571 S. EILANI DRIVE
HOMOSASSA, FL 34448

CREDITOR ID: 390606-55
RICHARDSON, ROSE M
C/O: DONALD W. BUCKLER, ESQUIRE
MORGAN, COLLING & GILBERT, TAMPA PA
101 E. KENNEDY BLVD., #1790
TAMPA FL 33602

CREDITOR ID: 385393-54
RICHARDSON, SHARON
2620 CAMBRONNE STREET
NEW ORLEANS, LA 70118

CREDITOR ID: 390700-55
RICHARDSON, SHARON
C/O: ANTHONY S. TAORMINA, ESQ.
LAW OFFICES OF ANTHONY S. TAORMINA, ESQ
3005 HARVARD AVE.
METAIRIE LA 70006

CREDITOR ID: 389280-54
RICHARDSON, VIRGINIA
RT 1 BOX 130-R
MADISON FL 32340

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393109-55<br>RICHARDSON, VIRGINIA<br>C/O: WILLIAM R. PURSELL, ESQUIRE<br>WILLIAM PURSELL<br>3832 KILLEARN COURT<br>TALLAHASSEE FL 32309 | CREDITOR ID: 386443-54<br>RICHBURG, ETTA<br>5114 PAULINE STREET<br>MILTON FL 32570 | CREDITOR ID: 391501-55<br>RICHBURG, ETTA<br>C/O: BRETT VIGODSKY<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECH<br>P. O. BOX 12308<br>316 S. BAYLEN ST. SUITE 600<br>PENSECOLA FL 32581 |
| CREDITOR ID: 376774-44<br>RICHFIELD PIZZA CO INC<br>135 S LASALLE STREET<br>DEPT# 3753<br>CHICAGO IL 60674-3753 | CREDITOR ID: 259612-12<br>RICHLAND COUNTY TREASURY<br>PO BOX 11947<br>EXCISE TAX<br>COLUMBIA, SC 29211 | CREDITOR ID: 241166-11<br>RICHLAND COUNTY TREASURY<br>ACCOUNT NO.: NONE<br>PO BOX 11947<br>COLUMBIA, SC 29211 |
| CREDITOR ID: 268445-14<br>RICHLAND PARISH ASSESSOR<br>ATTN: EMMETT BROWN III<br>708 JULIA ST STE 115<br>RAYVILLE LA 71269-2638 | CREDITOR ID: 268446-14<br>RICHLAND PARISH TAX COMMISSION<br>ATTN: JUDITH JONES<br>613 MADELINE ST<br>RAYVILLE LA 71269-2635 | CREDITOR ID: 259613-12<br>RICHMOND BROWN<br>8550 TOUCHTON ROAD<br>APT# 1512<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 259616-12<br>RICHMOND ELECTRIC MOTOR WORKS<br>35 SOUTHERLAND AVE<br>NEWNAN, GA 30263-1455 | CREDITOR ID: 259617-12<br>RICHMOND GREENHOUSES<br>11211 BAYVIEW AVE<br>RICHMOND HILLS, ON L4S 1L8<br>CANADA | CREDITOR ID: 259618-12<br>RICHMOND GROUP<br>ARCHITECTURE & PLANNING<br>12200 STEMMONS FRWY SUITE 317<br>DALLAS TX 75234 |
| CREDITOR ID: 268447-31<br>RICHMOND PERRINE OPTIMIST CLUB<br>ATTN: DENNIS MOSS<br>9955 W INDIGO ST<br>MIAMI FL 33157-5345 | CREDITOR ID: 259619-12<br>RICHMOND SECURITY INC<br>711 JOHNSTON WILLIS DRIVE<br>RICHMOND, VA 23236 | CREDITOR ID: 259620-12<br>RICHMOND SPRINKLER CORP<br>2450 NORCLIFF ROAD<br>RICHMOND, VA 23237 |
| CREDITOR ID: 259622-12<br>RICHMOND TIMES DISPATCH<br>PO BOX 27775<br>RICHMOND, VA 23261-7775 | CREDITOR ID: 259621-12<br>RICHMOND TIMES DISPATCH<br>PO BOX 26089<br>C/O SINGLE COPY<br>RICHMOND, VA 23260-6089 | CREDITOR ID: 785-03<br>RICHMOND WATER GAS & SEWAGE<br>PO BOX 700<br>RICHMOND KY 40476 |
| CREDITOR ID: 400893-91<br>RICHMOND, NASSER<br>321 NE 90 STREET<br>MIAMI FL 33138 | CREDITOR ID: 259554-12<br>RICH-SEA PAK CORPORATION<br>ATTN TOM MCBRIDE<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | CREDITOR ID: 405443-95<br>RICH-SEA PAK CORPORATION<br>RICH-SEA PAK CORPORATION<br>P O BOX 667<br>ST SIMONS ISLAND GA 31522 |
| CREDITOR ID: 279273-35<br>RICH-SEAPAK CORP<br>ATTN: TOM MCBRIDE<br>127 MCKINNON AIRPORT RD<br>PO BOX 20670<br>ST SIMONS ISLAND GA 31522 | CREDITOR ID: 382081-36<br>RICH-SEAPAK CORPORATION<br>C/O ARNALL GOLDEN GREGORY LLP,<br>ATTN: DARRYL LADDIN<br>201 SECOND ST., STE 1000<br>MACON GA 31201 | CREDITOR ID: 278942-30<br>RICHTER & COMPANY INC<br>1712 EAST BOULEVARD<br>CHARLOTTE, NC 28203 |
| CREDITOR ID: 389535-54<br>RICHTER, JERRILYN<br>431 SE. 13TH COURT<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 393207-55<br>RICHTER, JERRILYN<br>C/O: LES SCHNEIDERMAN, ESQ.<br>LAW OFFICES OF LES SCHNEIDERMAN, ESQ.<br>5301 N FEDERAL HWY<br>SUITE 130 THE COURTYARD<br>BOCA RATON FL 33487 | CREDITOR ID: 259627-12<br>RICK BELCHER<br>1113 STONELILLY DRIVE<br>JEFFERSONVILLE IN 47130 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 259629-12
RICK BROS INC
PO BOX 531
AMITE LA 70422

CREDITOR ID: 259630-12
RICK COLON JR
1604 FLOURSHIRE DRIVE
BRANDON FL 33511

CREDITOR ID: 259631-12
RICK E TAYLOR
152 SUGARLOAF ROAD
ELIZABETHTOWN NC 28337

CREDITOR ID: 259632-12
RICK FRAZIER
2352 MICHIGAN AVENUE
KISSIMMEE FL 34744

CREDITOR ID: 385337-54
RICK, DONNA
134 LADNER AVE.
BUFFALO, NY 14220

CREDITOR ID: 390644-55
RICK, DONNA
C/O: GERI SUE STRAUS, ESQUIRE
JACOBS & STRAUS, P.A.
1098 N.W. BOCA RATON BLVD
BOCA RATON FL 33432

CREDITOR ID: 259636-12
RICKARDS HIGH SCHOOL
3013 JIM LEE RD
TALLAHASSEE, FL 32301

CREDITOR ID: 259635-12
RICK'S PALLET CO INC
2420 W 3RD AVENUE
HIALEAH, FL 33010

CREDITOR ID: 259637-12
RICKY CANSLER
202 COOKE CIRCLE
KINGS MOUATIN NC 28086

CREDITOR ID: 259638-12
RICKY DREW
127 SOCIETY STREET
LEESBURG GA 31763

CREDITOR ID: 259639-12
RICKY E NELSON
RT 4 BOX 713-4
LAKE CITY FL 32024

CREDITOR ID: 259640-12
RICKY J LITTLE
PO BOX 402
621 HOLLY CIRCLE
WALLACE SC 29596

CREDITOR ID: 259641-12
RICKY L BURDETTE
230 STANCIL ROAD
LIBERTY SC 29657

CREDITOR ID: 259642-12
RICKY RIVET
7097 MORGANZA HIGHWAY
MORGANZA LA 70759

CREDITOR ID: 259643-12
RICKYS WELDING INC
899 SANDY HOOK RD
SHILOH NC 27974

CREDITOR ID: 259644-12
RICO HARDEN
1365 GEORGIA STREET
PORT ALLEN LA 70767

CREDITOR ID: 387223-54
RICOBENE, JOEL
PMB 553
903 W 35TH ST
CHICAGO IL 60609-1514

CREDITOR ID: 269340-16
RICOCHET MARKETING, INC.
D/B/A G. F. GARDNER & ASSOCIATES
C/O ROBERT J. BAREFIELD, JR.
WELLS, MARBLE & HURST, PLLC
PO BOX 131
JACKSON, MS 39205-0131

CREDITOR ID: 259645-12
RICOLA
PO BOX 32639
HARTFORD, CT 06150-2639

CREDITOR ID: 405447-95
RICOLA
ATTN SUSAN SOPKO, VP FINANCE
51 GIBRALTAR DR
MORRIS PLAINS NJ 07950

CREDITOR ID: 384321-47
RICOS CANDY
740 W 28 STREET
HIALEAH, FL 33010

CREDITOR ID: 407135-MS
RIDDLE, PHILLIP R.
560 TAMWORTH DR.
DANVILLE VA 24540

CREDITOR ID: 407136-MS
RIDDLE, RAY
305 WESTWOOD DR.
MIDDLETOWN KY 40243

CREDITOR ID: 387151-54
RIDENHOUR, KATHY
603 DORN ROAD
TROY, SC 29848

CREDITOR ID: 391736-55
RIDENHOUR, KATHY
C/O: TRAVIS W. MOORE, ESQ.
CALLISON, DORN, THOMASON,
P. O. BOX 3208
GREENWOOD SC 29648

CREDITOR ID: 244557-12
RIDER, CARLETON T
4500 SAN PABLO ROAD
JACKSONVILLE, FL 32224

CREDITOR ID: 259647-12
RIDGE FUEL COMPANY
PO BOX 10
AVON PARK, FL 33825

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268448-31<br>RIDGELAND PERMITS & INSPECTION<br>ATTN: LARRY JONES<br>304 HIGHWAY 51<br>RIDGELAND MS 39157-3918 | CREDITOR ID: 259648-12<br>RIDGEVIEW INC<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 | CREDITOR ID: 2511-RJ<br>RIDGEVIEW INC<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 |
| CREDITOR ID: 245195-12<br>RIDGEWAY, CHERYL<br>117 SMEAD ROAD APT A<br>INDIAN HARBOUR BEACH FL 32937 | CREDITOR ID: 389007-54<br>RIDGEWAY, ROSALYN<br>1931 NORTH DRUID HILLS ROAD #1<br>ATLANTA, GA 30319 | CREDITOR ID: 392907-55<br>RIDGEWAY, ROSALYN<br>C/O: TODD M. WALKOFF<br>TODD M. WALKOFF, LLC<br>23 BRITTANY WAY<br>ATLANTA GA 30324 |
| CREDITOR ID: 315892-40<br>RIDGEWOOD SQUARE LLC<br>PO BOX 4782<br>MARTINSVILLE, VA 24115 | CREDITOR ID: 386158-54<br>RIDLEY, KAREN<br>21488 NORTHWEST 2ND AVE<br>MIAMI, FL 33169 | CREDITOR ID: 391324-55<br>RIDLEY, KAREN<br>C/O: JAY KORETSKY ESQ<br>JAY KORETSKY ATTORNEY AT LAW<br>21489 NORTHWEST 2ND AVE<br>MIAMI FL 33169 |
| CREDITOR ID: 259650-12<br>RIECE SKINNER<br>713 AVENUE D<br>MCCOMB MS 39648 | CREDITOR ID: 389523-54<br>RIEGLE, TERRY<br>6332 SW 2ND STREET<br>MARGATE, FL 33068 | CREDITOR ID: 393195-55<br>RIEGLE, TERRY<br>C/O: MARY CANTWELL<br>MARKCITY, ROTHMAN & CANTWELL, P.A.<br>8181 W. BROWARD BLVD.<br>SUITE 300<br>PLANTATION FL 33324 |
| CREDITOR ID: 388798-54<br>RIERA, VERONICA<br>15054 SW 122ND AVE<br>MIAMI, FL 33186 | CREDITOR ID: 392753-55<br>RIERA, VERONICA<br>C/O: NEIL MARYANOFF ESQ<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 384322-47<br>RIFE CARBONIC COMPANY<br>2259 AURORA ROAD<br>MELBOURNE, FL 32935 |
| CREDITOR ID: 394060-61<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | CREDITOR ID: 393515-55<br>RIGGINS, CAROL L<br>C/O  THOMAS & LAWRENCE PA<br>ATTN GREGORY A LAWRENCE, ESQ<br>300 W ADAMS STREET, STE 400<br>JACKSONVILLE FL 32202 | CREDITOR ID: 390484-54<br>RIGGINS, CAROL L<br>PO BOX 2253<br>CALLAHAN FL 32011 |
| CREDITOR ID: 393414-55<br>RIGGINS, SHYHEIM (CHILD)<br>C/O: FRANK PARKER<br>DEMING, PARKER, HOFFMAN, GREEN & CAMPBEL<br>4851 JIMMY CARTER BOULEVARD<br>NORCROSS GA 30093 | CREDITOR ID: 390368-54<br>RIGGINS, SHYHEIM (CHILD)<br>PO BOX 631<br>SYLVESTER, GA 31791 | CREDITOR ID: 386331-54<br>RIGGS, DANNY D<br>9249 HIGHWAY 202<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 385426-54<br>RIGNEY, WILLIS<br>3800 BARBERRY DRIVE<br>LAUREL, MS 39440 | CREDITOR ID: 390731-55<br>RIGNEY, WILLIS<br>C/O: MARK T. FOWLER<br>SCHWARTZ & ASSOCIATES, P.A.<br>162 E. AMITE ST.<br>JACKSON MS 39201 | CREDITOR ID: 243536-12<br>RIGSBY, BILLY<br>136 CATHEDREL VIEW<br>GREER SC 29650 |
| CREDITOR ID: 259651-12<br>RIKA BAKERY INC<br>1355 N.W. 21ST STREET<br>MIAMI, FL 33142 | CREDITOR ID: 259652-12<br>RIKEVIN SHELBY<br>110 FAIR COURT<br>JACKSON MS 39209 | CREDITOR ID: 259653-12<br>RILEY BLACK KIRALY<br>6135 NW 167 STREET, SUITE E-26<br>MIAMI, FL 33015 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403522-15<br>RILEY KIRALY<br>ATTN WILLIAM RILEY<br>6135 NW 167 STREET, SUITE E-26<br>MIAMI FL 33015 | CREDITOR ID: 259655-12<br>RILEY PLACE LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 403350-83<br>RILEY REPORTING & ASSOCIATES, INC.<br>76 S. LAURA ST. STE 2100<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 386517-54<br>RILEY, ARLISA<br>1904 14TH AVENUE SOUTH<br>BIRMINGHAM AL 35205 | CREDITOR ID: 397998-76<br>RILEY, ARLISA<br>7433 5TH AVENUE, S.<br>BIRMINGHAM, AL 35206 | CREDITOR ID: 398183-77<br>RILEY, ARLISA<br>ATTN: DAVID ARENDALL<br>90 FINANCIAL CENTER, 505 N. 20TH ST.<br>BIRMINGHAM, AL 35203 |
| CREDITOR ID: 269655-19<br>RILEY, ARLISA<br>C/O DAVID ARENDALL, ESQ<br>90 FINANCIAL CENTER<br>505 N 20TH STREET<br>BIRMINGHAM AL 35203 | CREDITOR ID: 391553-55<br>RILEY, ARLISA<br>C/O: ROGER D. BURTON, P.C.<br>LAW OFFICE OF ROGER D. BURTON, P.C.<br>ROGERS-TAYLOR MANOR<br>1905 14TH AVE, SOUTH<br>BHAM AL 35205 | CREDITOR ID: 386432-54<br>RILEY, JUDITH<br>2104 INNERCASS  CIRCLE<br>SARASOTA FL 34231 |
| CREDITOR ID: 394290-56<br>RILEY, LAURETTA<br>2934 TALL PINE LANE APT #6<br>JACKSONVILLE FL 32277 | CREDITOR ID: 260841-12<br>RILEY, SHAWN<br>1110 ROBINSON AVENUE<br>MARRERO, LA 70072 | CREDITOR ID: 388302-54<br>RILEY, STEVEN<br>2609 13TH AVENUE NORTH<br>SAINT PETERSBURG FL 33713 |
| CREDITOR ID: 384413-47<br>RILEY, WARREN J<br>7 EVERGLADES DRIVE<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 382171-51<br>RINALD PRINTING CO.<br>4514 ADAMO DRIVE<br>TAMPA, FL 33605 | CREDITOR ID: 259656-12<br>RINALDI PRINTING COMPANY<br>ATTN: STEVE KIMBLER<br>4514 EAST ADAMO DRIVE<br>TAMPA, FL 33605 |
| CREDITOR ID: 315893-40<br>RINCON ASSOCIATES<br>C/O GARY JUSTER<br>303 SOUTH BROADWAY SUITE 450<br>TARRYTOWN, NY 10591-5410 | CREDITOR ID: 388236-54<br>RINEHART, ANDREW<br>5021 PADDOCK CLUB COURT<br>MONTGOMERY AL 36116 | CREDITOR ID: 259657-12<br>RING ELECTRIC INC<br>264 HARBOR CIRCLE<br>NEW ORLEANS LA 70126-1103 |
| CREDITOR ID: 259658-12<br>RING POWER CORPORATION<br>PO BOX 116987<br>ATLANTA, GA 30368-6987 | CREDITOR ID: 405448-95<br>RING POWER CORPORATION<br>PO BOX 45022<br>JACKSONVILLE FL 32232-5022 | CREDITOR ID: 403407-92<br>RINGO, LOIS M.<br>4765 WILDWOOD STREET<br>BATON ROUGE LA 70805 |
| CREDITOR ID: 384323-47<br>RIO BRAVO<br>PO BOX 51870<br>LOS ANGELES, CA 90051-6170 | CREDITOR ID: 259659-12<br>RIO BRAVO<br>PO BOX 515<br>BUTTONWILLOW, CA 93206 | CREDITOR ID: 399782-84<br>RIOS, CARLOS<br>9751 EDEN PARK AVE<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 400248-85<br>RIOS, CARLOS<br>C/O CARL E. REYNOLDS<br>SHERRIS & REYNOLDS, PA<br>34 E PINE ST<br>ORLANDO FL 32802 | CREDITOR ID: 387571-54<br>RIPEPI, ANTHONY<br>P.O. BOX 545893<br>SURFSIDE FL 33154 | CREDITOR ID: 392069-55<br>RIPEPI, ANTHONY<br>C/O: MARK HIRSCH<br>TEMPLER & HIRSCH<br>20801 BISCAYNE BLVD.,<br>SUITE 400<br>MIAMI FL 33180 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259660-12<br>RIPON PICKEL COMPANY<br>1039 BEIER ROAD INDUSTRIAL PK<br>RIPON WI 54971 | CREDITOR ID: 389633-54<br>RIPPY, KATHERINE<br>4650 SUTTON TERRACE S<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 259661-12<br>RISING STAR BC<br>1350 LAUREL ST<br>METAIRIE, LA 70003 |
| CREDITOR ID: 259662-12<br>RISK & INSURANCE MANAGEMENT SOCIETY<br>PO BOX 19449<br>NEWARK NJ 07195-0456 | CREDITOR ID: 385298-54<br>RISTICK, CINDY<br>5207 TCHOUPITOULAS STREET<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 259663-12<br>RITA E DEVALENTINO<br>106 RIVERWALK CIRCLE<br>CARY NC 27511 |
| CREDITOR ID: 259664-12<br>RITA R PASSMORE<br>3253 PASSMORE DRIVE<br>ROCKHILL SC 29730 | CREDITOR ID: 259665-12<br>RITA SMITH<br>1292 MORROW ROAD<br>CROWLEY LA 70526-0938 | CREDITOR ID: 259666-12<br>RITA STAFFING<br>ATTN RICHARD HAMES JR, CFO<br>PO BOX 6955<br>LAKELAND, FL 33807 |
| CREDITOR ID: 259667-12<br>RITA T KNOLL<br>2900 GEOFFREY DRIVE<br>ORLANDO FL 32826 | CREDITOR ID: 389034-54<br>RITCHIE, DIANE<br>351 NE 49TH STREET<br>FORT LAUDERDALE, FL 33334 | CREDITOR ID: 389034-54<br>RITCHIE, DIANE<br>C/O SOUTH FL PERSONAL INJURY CTR PA<br>ATTN VIRGINIA M DROGO, ESQ<br>6363 TAFT STREET, SUITE 207<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 392932-55<br>RITCHIE, DIANE<br>C/O: VIRGINIA M. DROGO, ESQ<br>SOUTH FLORIDA PERSONAL INJURY CENTER, P.<br>6363 TAFT STREET, STE. 207<br>HOLLYWOOD FL 33024 | CREDITOR ID: 256887-12<br>RITCHIE, NANCY<br>15521 NE 15 COURT<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 406270-97<br>RITE FOODS<br>ATTN: DEBORAH K LEBLANC, CORP CR MG<br>500 E STREET<br>BOSTON MA 02210-2100 |
| CREDITOR ID: 259669-12<br>RITE FOODS<br>ATTN: DEBORAH K LEBLANC, CORP CR MG<br>110 PRINCE HENRY DRIVE<br>TAUTON MA 02780-7385 | CREDITOR ID: 259670-12<br>RITE HITE CORPORATION<br>PO BOX 78196<br>CUST# 353022<br>MILWAUKEE, WI 53278-0196 | CREDITOR ID: 269341-16<br>RITE STUFF FOODS, INC.<br>C/O MARK A. ELLISON<br>MOFFATT, THOMAS, ET AL.<br>PO BOX 829<br>BOISE, ID 83701-0829 |
| CREDITOR ID: 259671-12<br>RITE WAY SAFE & LOCK CO<br>143 MAXWELL STREET<br>FAYETTEVILLE, NC 28301 | CREDITOR ID: 259672-12<br>RITE WAY SERVICES<br>975 SLATE LICK ROAD<br>LONDON KY 40741 | CREDITOR ID: 259673-12<br>RITE-WAY HEATING & AIR COND<br>912 DANIELL DRIVE<br>SMYRNA GA 30080 |
| CREDITOR ID: 389255-54<br>RITTER, BETTY<br>1470 FM 839 N<br>REKLAW TX 75784 | CREDITOR ID: 393091-55<br>RITTER, BETTY<br>C/O: GARY MORGAN<br>5060 KINSEY DR<br>TYLER TX 75703 | CREDITOR ID: 252493-12<br>RITTER, JACK<br>7766 TWELVE OAKS COURT<br>CINCINNATI, OH 45255 |
| CREDITOR ID: 400894-91<br>RITTER, JOHN M<br>7766 TWELVE OAKS COURT<br>CINCINNATI OH 45255 | CREDITOR ID: 259674-12<br>RITTINER EQUIPMENT CO INC<br>658 LESON COURT<br>HARVEY, LA 70058 | CREDITOR ID: 259675-12<br>RITTINER EQUIPMENT CO, INC<br>ATTN A TRENT SCHELIN, CFO<br>PO BOX 385<br>GRETNA, LA 70054 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 387874-54
RIVAS, LAZARA
136 BUTLER ROAD
BRANDON, FL 33511

CREDITOR ID: 392156-55
RIVAS, LAZARA
C/O: CRAIG A. HUFFMAN
CRAIG A. HUFFMAN
607 B, W. M.L. KING BLVD.
TAMPA FL 33603-3449

CREDITOR ID: 395552-15
RIVAS, LAZARA & JOSE
741 CALIENTE DRIVE
BRANDON FL 33511

CREDITOR ID: 384324-47
RIVER CITY TRADERS INC
PO BOX 1547
RED BAY, AL 35582

CREDITOR ID: 259676-12
RIVER CITY TRADERS INC
11126 WILLOW RIDGE
ATTN AMY CLINE
OLIVE BRANCH, MS 38654

CREDITOR ID: 405450-95
RIVER CITY TRADERS INC
P O BOX 208
OLIVE BRANCH MS 38654

CREDITOR ID: 259677-12
RIVER CLUB OF JACKSONVILLE INC
ONE INDEPENDENT DR  STE 3500
JACKSONVILLE FL 32202-5099

CREDITOR ID: 268449-31
RIVER FORKS PARK
ATTN: JEANNE HOLLAND
3500 KEITH BRIDGE RD
GAINESVILLE GA 30504-5425

CREDITOR ID: 259678-12
RIVER GARDEN FOUNDATION
11401 OLD ST AUGUSTINE ROAD
JACKSONVILLE FL 32258

CREDITOR ID: 259679-12
RIVER HEALTHCARE PRIME MEDICAL
3515 HWY 1 SOUTH
PORT ALLEN LA 70767

CREDITOR ID: 259680-12
RIVER OAKS
%HUGHES REAL ESTATE INC
PO BOX 2567
GREENSVILLE, SC 29602

CREDITOR ID: 259682-12
RIVER PARISH DISPOSAL, INC
ATTN PAULA MAYER-CAMPIERE
PO BOX 10482
NEW ORLEANS, LA 70181-0482

CREDITOR ID: 259683-12
RIVER PARISHES PHYSICIAN NETWORK
429 WEST AIRLINE HWY STE B
LAPLACE, LA 70068

CREDITOR ID: 259684-12
RIVER PARK INN
103 SOUTH MAGNOLIA AVENUE
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 259685-12
RIVER REGION HEALTH SYSTEM CLINICS
PO BOX 820974
VICKSBURG MS 39182

CREDITOR ID: 259686-12
RIVER RIDGE CHRISTIAN ACADEMY
PO BOX 10187
NEW ORLEANS, LA 70062

CREDITOR ID: 405451-95
RIVER RIDGE CHRISTIAN ACADEMY
1617 HICKORY AVE
HARAHAN LA 70123

CREDITOR ID: 268450-31
RIVER ROAD UTILITY DISTRICT
ATTN: ED GIBBS
2201 RIVER RD
ASHLAND CITY TN 37015-5302

CREDITOR ID: 259687-12
RIVER VIEW TRUCKING COMPANY
875 CENTRAL COURT
NEW ALBANY, IN 47150

CREDITOR ID: 386117-54
RIVERA, BETTY
299 NORTHWEST 82ND AVE., SUITE
PLANTATION, FL 33324

CREDITOR ID: 391301-55
RIVERA, BETTY
C/O SIMON & D'ALEMBERTE, PL
ATTN RONALD M SIMON, ESQ
1001 BRICKELL BAY OFFI CE STE 1200
MIAMI FL 33131

CREDITOR ID: 385537-54
RIVERA, BLANCA
2880 WILD  HORSE ROAD
ORLANDO, FL 32822

CREDITOR ID: 390834-55
RIVERA, BLANCA
C/O: RICHARD A. SIMON, ESQUIRE
JACOBS & GOODMAN
890 STATE ROAD 434 NORTH
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 386083-54
RIVERA, CAROL
3926 NW 90TH AVENUE
SUNRISE, FL 33325

CREDITOR ID: 391276-55
RIVERA, CAROL
C/O: MICHAEL J. COHEN, ESQUIRE
COHEN & GREENBERG, L.L.C.
1792 BELL TOWER LANE
WESTON FL 33326

CREDITOR ID: 403907-94
RIVERA, EFREN J
4081 LEA MARIE ISLAND DRIVE
PORT CHARLOTTE FL 33952

CREDITOR ID: 400376-85
RIVERA, ELIZABETH
C/O LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT. LAUDERDALE FL 33311

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388138-54<br>RIVERA, JESSE P.<br>4109 SOUTH ADAMS<br>FORT WORTH TX 76115 | CREDITOR ID: 403908-94<br>RIVERA, JOSE A<br>4311 KEZAR CT.<br>BELLE ISLE FL 32812-0362 | CREDITOR ID: 387054-54<br>RIVERA, JOSHUA<br>1111 WILMINGTON ST<br>OPA-LOCKA FL 33054 |
| CREDITOR ID: 385344-54<br>RIVERA, JUANA<br>4731 OHIO AVENUE<br>TAMPA, FL 33616 | CREDITOR ID: 385344-54<br>RIVERA, JUANA<br>C/O KINNEY FERNANDEZ & BOIRE, PA<br>ATTN ROB K ROY, ESQ<br>PO BOX 18055<br>TAMPA FL 33679 | CREDITOR ID: 390652-55<br>RIVERA, JUANA<br>C/O: ROB ROY<br>KINNEY, FERNANDEZ & BOIRE, P.A.<br>PO BOX 18055<br>TAMPA FL 33679 |
| CREDITOR ID: 386550-54<br>RIVERA, MARIA<br>250 NW 107TH AVE<br>APT 218<br>MIAMI FL 33172 | CREDITOR ID: 391577-55<br>RIVERA, MARIA<br>C/O: JUAN LUCAS ALVAREZ<br>ALVAREZ & RODRIGUEZ<br>757 NW 27TH AVENUE, STE 203<br>MIAMI FL 33125 | CREDITOR ID: 403909-94<br>RIVERA, NESTOR L<br>470 PRESTWICK PL<br>KISSIMMEE FL 34759 |
| CREDITOR ID: 392557-55<br>RIVERA, NIDIA L<br>C/O: BASIL A. VALDIVIA<br>MORGAN, COLLING & GILBERT, TAMPA PA<br>101 E. KENNEDY BLVD., #1790<br>TAMPA FL 33602 | CREDITOR ID: 388462-54<br>RIVERA, NIDIA L<br>7971 KILLIAN DR<br>ORLANDO FL 32822 | CREDITOR ID: 387822-54<br>RIVERA, SANDY<br>3001 WASHINGTON ST.<br>CORPUS CHRISTIE TX 78405 |
| CREDITOR ID: 278709-99<br>RIVERDALE FARMS<br>ATTN: VANESSA FERNANDEZ CONTROLLER<br>PO BOX 861093<br>ORLANDO FL 32886-3356 | CREDITOR ID: 278943-30<br>RIVERDALE FARMS<br>PO BOX 861093<br>ORLANDO, FL 32886-3356 | CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O BROAD AND CASSEL<br>ATTN: C CRAIG ELLER, ESQ<br>ONE NORTH CLEMATIS ST, STE 500<br>WEST PALM BEACH   FL 33401 |
| CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | CREDITOR ID: 259689-12<br>RIVERDALE HIGH SCHOOL<br>240 RIVERDALE DR<br>JEFFERSON, LA 70121 | CREDITOR ID: 259690-12<br>RIVERDALE MIDDLE SCHOOL<br>3900 JEFFERSON HWY<br>JEFFERSON, LA 70121 |
| CREDITOR ID: 259691-12<br>RIVERIDGE PRODUCE MARKETING INC<br>9000 FRUIT RIDGE AVENUE NW<br>SPARTA, MI 49345 | CREDITOR ID: 316111-41<br>RIVERMONT SQUARE SC<br>1899 POWERS FERRY RD SUITE<br>MARIETTA GA 30067-9402 | CREDITOR ID: 403434-15<br>RIVERS, BARBARA<br>C/O CARLTON & CARLTON ATTYS AT LAW<br>24123 PEACHLAND BLVD, UNIT C-4<br>PO BOX 457<br>PORT CHARLOTTE FL 33954-3765 |
| CREDITOR ID: 385417-54<br>RIVERS, BARBARA<br>PO BOX 713<br>WAUCHULA, FL 33873 | CREDITOR ID: 390722-55<br>RIVERS, BARBARA<br>C/O: DAVID P. CARLTON, ESQUIRE<br>CARLTON & CARLTON<br>260 WEST OLYMPIA AVE.<br>PUNTA GORDA FL 33950 | CREDITOR ID: 375078-44<br>RIVERS, GLENDA<br>NOL DIV STORE# 1331<br>342 WATER MILL ROAD<br>LAUREL, MS 39443 |
| CREDITOR ID: 389909-54<br>RIVERS, JEWEL<br>1213 CHERRY STONES CIRCLE<br>CLINTON, MS 39056 | CREDITOR ID: 393448-55<br>RIVERS, JEWEL<br>C/O: GLEEN S. SWARTZFAGER<br>WALLER & WALLER, ATTORNEYS<br>PO BOX 4<br>JACKSON MS 39205 | CREDITOR ID: 388712-54<br>RIVERS, SHERRY<br>4988 CAREFREE TRAIL<br>WEST PALM BEACH FL 33415 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 391637-55
RIVERS, WILLIE MAE
C/O: PAUL BARTLEY
AZAR & AZAR, L.L.C.
260 WASHINGTON AVE
P.O. BOX 2028
MONTGOMERY AL 36104

CREDITOR ID: 259692-12
RIVERSIDE ACADEMY
332 RAILROAD AVE
RESERVE, LA 70084

CREDITOR ID: 259693-12
RIVERSIDE BAPTIST CHURCH
6191 ESPY AVE
LONG BEACH, MS 39560

CREDITOR ID: 376800-44
RIVERSIDE COUNTY DEPT OF CHILD SUPPORT
PO BOX 19990
RIVERSIDE, CA 92502

CREDITOR ID: 259695-12
RIVERSIDE ELEMENTARY
549 NORWOOD ST
SIMMESPORT, LA 71369

CREDITOR ID: 259696-12
RIVERSIDE MEDIA GROUP, INC
ATTN JOHN MICHAEL LOCKHART
570 N JEFFERSON AVE
PO BOX 771
PORT ALLEN, LA 70767-0771

CREDITOR ID: 259697-12
RIVERSIDE MFG CO
PO BOX 100909
ATLANTA GA 30384-0909

CREDITOR ID: 259698-12
RIVERSIDE PAPER CO INC
PO BOX 24287
TAMPA, FL 33623

CREDITOR ID: 268451-31
RIVERSIDE WASTE WATR TRETMNT P
ATTN: DONNA PRESTWOOD
RR 9
ANDALUSIA AL 36421-9809

CREDITOR ID: 259699-12
RIVERVIEW BASEBALL BOOSTERS
2473 E BURR OAK COURT
SARASOTA, FL 34232

CREDITOR ID: 259700-12
RIVERVIEW PHYSICAL MEDICINE
PO BOX 268
GADSDEN AL 35902

CREDITOR ID: 259701-12
RIVERWALK FORT LAUDERDALE TRUST
PO BOX 68
FORT LAUDERDALE FL 33302

CREDITOR ID: 259702-12
RIVERWALK PLAZA JOINT VENTURE
PO BOX 409436
ACCT#3068899810
ATLANTA, GA 30384-9436

CREDITOR ID: 386736-54
RIVETTE, EDGAR
5917 HIBISCUS STREET
BATON ROUGE LA 70808

CREDITOR ID: 278984-99
RIVIANA FOODS INC
C/O LOCKE LIDDELL & SAPP LLP
ATTN: THOMAS H GRACE/W STEVEN BRYAN
600 TRAVIS STREET
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 279274-35
RIVIANA FOODS, INC
ATTN: THOMAS H GRACE
LOCKE LIDDELL & SAPP LLP
3400 CHASE TOWER
600 TRAVIS ST
HOUSTON TX 77002-3095

CREDITOR ID: 259703-12
RIVIANA FOODS, INC.
PO BOX 203104
HOUSTON, TX 77216-3104

CREDITOR ID: 405452-95
RIVIANA FOODS, INC.
PO BOX 62739
NEW ORLEANS LA 70162-6273

CREDITOR ID: 381476-47
RIVIERA BEACH FAMILY RESOURCE CENTER
4152 W BLUE HERON BLVD #1111
RIVIERA BEACH, FL 33404

CREDITOR ID: 384325-47
RIVIERA FINANCE
P O BOX 905714
CHARLOTTE, NC 28290-5714

CREDITOR ID: 259704-12
RIVIERA FINANCE
30000 MILL CREEK AVE #175
ALPHARETTA GA 30022-1116

CREDITOR ID: 259705-12
RIVIERA FINANCE OF TEXAS INC
ASSIGNEE FOR BEE INTERNATIONAL INC
PO BOX 100272
PASADENA, CA 91189-0272

CREDITOR ID: 259706-12
RIVIERA UTILITES
PO BOX 2050
FOLEY, AL 36536-0550

CREDITOR ID: 259795-12
RIZIKA, ROBERT N
107 WINDWARD DR
PALM BEACH GARDENS, FL 33418-4012

CREDITOR ID: 2516-07
RIZIKA, ROBERT N
107 WINDWARD DR
PALM BEACH GARDENS, FL 33418-4012

CREDITOR ID: 259152-12
RJ MACK CO
9076 CYPRESS GREEN DR
JACKSONVILLE FL 32256-7791

CREDITOR ID: 382282-51
RJ REYNOLDS TOBACCO
27035 BRUSH CREEK WAY
WESLEY CHAPEL, FL 33543

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382281-51<br>RJ REYNOLDS TOBACCO<br>27036 BRUSH CREEK WAY<br>WESLEY CHAPEL, FL 33543 | CREDITOR ID: 259153-12<br>RJ ZELTNER & ASSOCIATES<br>8920 FAIRMOUNT ROAD, SUITE 1<br>NOVELTY OH 44072 | CREDITOR ID: 259154-12<br>RJ'S SWEEPER SERVICE<br>ATTN RICK BARTLEY, PRES<br>PO BOX 1131<br>CENTURY, FL 32535 |
| CREDITOR ID: 259707-12<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM, MA 02027-0111 | CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM, MA 02027-0111 | CREDITOR ID: 259708-12<br>RK JACKSON TRUCKING<br>55 CHAMISA ROAD SUITE A<br>COVINGTON, GA 30016 |
| CREDITOR ID: 381736-15<br>RL HAMMETTE & ASSOCIATES, DIV OF<br>HAMMETTE INTERNATIONAL INC<br>ATTN ROBERT L HAMMETTE, PRES<br>1625 US HWY 17 N<br>PO BOX 846<br>EAGLE LAKE FL 33839 | CREDITOR ID: 259157-12<br>RL WILSON PLUMBING<br>PO BOX 3614<br>N FT MYERS, FL 33918-3614 | CREDITOR ID: 259158-12<br>RL ZEIGLER<br>PO BOX 1640<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 259155-12<br>RLD DISTRIBUTOR CORP<br>ATTN JULIO LLOVET, CEO<br>2172-2174 NW 24TH COURT<br>MIAMI, FL 33142 | CREDITOR ID: 259709-12<br>RLM LANSCAPING<br>39 SADDLE RIDGE TRAIL<br>ALEXANDRIA KY 41001 | CREDITOR ID: 279492-99<br>RLV MARKETPLACE LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN:P MAGY/T HILLER JR/M THOMPSON<br>25800 NORTHWESTERN HWY, STE 950<br>SOUTHFIELD MI 48075 |
| CREDITOR ID: 259710-12<br>RM ASSOCIATES<br>188 CEDARWOOD RD<br>STAMFORD, CT 06903 | CREDITOR ID: 406272-97<br>RM PALMER COMPANY<br>ATTN: CHARLES W SHEARER JR<br>77 SECOND AVENUE<br>WEST READING PA 19611 | CREDITOR ID: 259159-12<br>RM PALMER COMPANY<br>ATTN CHARLES W SHEARER JR<br>PO BOX 1723<br>READING PA 19603-1723 |
| CREDITOR ID: 315894-40<br>RM SMITH INVESTMENTS<br>PO BOX 3468<br>JACKSON, MS 39207 | CREDITOR ID: 259712-12<br>RMC BAYONET PT HOSPITAL<br>12901 STARKEY ROAD<br># 1000<br>LARGO FL 33773-1435 | CREDITOR ID: 403386-99<br>RMC PROPERTY GROUP<br>C/O DENNIS LEVINE & ASSOCIATES PA<br>ATTN: DAVID E HICKS, ESQ<br>PO BOX 707<br>TAMPA FL 33601-0707 |
| CREDITOR ID: 407137-MS<br>ROACH JR., HARVEY M.<br>2730 BARKER RD.<br>ST. CLOUD FL 34771 | CREDITOR ID: 261827-12<br>ROACH, STANLEY<br>2767 BOYD ROAD<br>UTICA, MS 39174 | CREDITOR ID: 259713-12<br>ROADRUNNER TOWING & RECOVERY<br>9101 VETERANS MEMORIAL BLVD<br>BATON ROUGE LA 70807 |
| CREDITOR ID: 259714-12<br>ROADWAY EXPRESS<br>PO BOX 1111<br>AKRON OH 44393-0001 | CREDITOR ID: 259716-12<br>ROADWAY EXPRESS INC<br>PO BOX 93151<br>CHICAGO, IL 60673-3151 | CREDITOR ID: 259715-12<br>ROADWAY EXPRESS INC<br>PO BOX 905587<br>CHARLOTTE, NC 28290-5587 |
| CREDITOR ID: 381782-15<br>ROADWAY EXPRESS, INC.<br>C/O RECEIVABLE MANAGEMENT SVCES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 386767-54<br>ROAN, JAMES<br>4460 NW 171ST STREET<br>CAROL CITY FL 33055 | CREDITOR ID: 792-03<br>ROANOKE GAS CO.<br>PO BOX 13007<br>ROANOKE VA 24030-3007 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 2513-07
ROANOKE LANDING, LTD
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVENUE OF THE AMERICAS 12
NEW YORK NY 10036

CREDITOR ID: 259717-12
ROANOKE RAPIDS CITY TAX COLLECTOR
PO BOX 38
PROPERTY TAX
ROANOKE RAPIDS NC 27870-0038

CREDITOR ID: 259718-12
ROANOKE RAPIDS DAILY HERALD
PO BOX 520
ROANOKE RAPIDS, NC 27870

CREDITOR ID: 259719-12
ROANOKE RAPIDS SANITARY
PO BOX 308
ROANOKE RAPIDS, NC 27870-0308

CREDITOR ID: 793-03
ROANOKE RAPIDS SANITARY DISTRICT
1000 JACKSON STREET
ROANOKE RAPIDS NC 27870

CREDITOR ID: 259720-12
ROANOKE TELEPHONE COMPANY
950 MAIN STREET
ROANOKE, AL 36274-1478

CREDITOR ID: 259721-12
ROANOKE TIMES
PO BOX 1951
ROANOKE, VA 24008-1951

CREDITOR ID: 259256-12
ROARK, RANDY
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 2496-07
ROARK, RANDY
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 387830-54
ROARK, VIVANE
218 STILLWATER DR
BRUNSWICK GA 31520

CREDITOR ID: 259722-12
ROB & SONS WELDING & FABRICATION
PO BOX 193
WATSON LA 70786

CREDITOR ID: 259723-12
ROBBIE TIRE CO
1439 S SR 29
LABELLE FL 33935

CREDITOR ID: 259724-12
ROBBIE WALLACE
1650 KATLAN STREET
METAIRIE LA 70001

CREDITOR ID: 259725-12
ROBBIN S MOODY
125 JACOB DRIVE
CRESTVIEW FL 32536

CREDITOR ID: 259726-12
ROBBINS PACKING CO
PO DRAWER 887
STATESBORO, GA 30458

CREDITOR ID: 385518-54
ROBBINS, CHARLOTTE
PO BOX 522434
MARATHON SHORES, FL 33052

CREDITOR ID: 390819-55
ROBBINS, CHARLOTTE
C/O: STEPHEN CAHEN
LAW OFFICES OF STEPHEN CAHEN
8770 SUNSET DR. #211
MIAMI FL 33173

CREDITOR ID: 389803-54
ROBBINS, DEBBIE
P.O BOX 789
KATHLEEN FL 33849

CREDITOR ID: 407138-MS
ROBBINS, DONALD
6523 SOLANDRA CIRCLE NORTH
JACKSONVILLE FL 32210

CREDITOR ID: 386594-54
ROBBINS, ROBERT
3024 TEVIS LANE
MIDLOTHIAN VA 23112

CREDITOR ID: 259816-12
ROBBINS, ROBERT W
3024 TEVIT LANE
MIDLOTHIAN, VA 23112

CREDITOR ID: 259727-12
ROBBY VAPOR SYSTEMS INC
10254 NW 47TH ST
SUNRISE FL 33351

CREDITOR ID: 407139-MS
ROBERSON, JERRY W
8207 BABSDALE CHASE
MONTGOMERY AL 36117

CREDITOR ID: 259728-12
ROBERT  GREENE
2990 CLEVELAND HWY
DALTON GA 30721

CREDITOR ID: 259730-12
ROBERT A CAIGNET DO
PO BOX 1495
LABELLE, FL 33935-1495

CREDITOR ID: 259729-12
ROBERT A CAIGNET, DO
C/O ROBERT A CAIGNET, OWNER
PO BOX 1495
LABELLE, FL 33935

CREDITOR ID: 259731-12
ROBERT A FERNANDEZ
5760 SW 26 STREET
MIAMI FL 33155

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259732-12<br>ROBERT A GOOD<br>9704 B BOCA GARDENS CIR NORTH<br>BOCA RATON FL 33496 | CREDITOR ID: 259733-12<br>ROBERT A POOLE JR MARSHAL<br>PO BOX 310<br>4510 MAIN STREET<br>ZACHARY LA 70791 | CREDITOR ID: 259734-12<br>ROBERT ALFORD<br>4801 FOREST HILL ROAD<br>BYRAM MS 39272 |
| CREDITOR ID: 259735-12<br>ROBERT B BURNETT<br>15006 WINDING RIDGE LANE<br>EMP ID# 17806<br>CLERMONT FL 34715 | CREDITOR ID: 259737-12<br>ROBERT BAITY<br>C/O BRIAN BAITY<br>1707 LIMESTONE TERRACE<br>LITHONIA GA 30058 | CREDITOR ID: 259738-12<br>ROBERT BATCHELDER<br>38 PLANTATION ROAD<br>MYRTLE BEACH SC 29575 |
| CREDITOR ID: 259739-12<br>ROBERT BEAN<br>2352 MICHIGAN AVENUE<br>KISSIMMEE FL 34744 | CREDITOR ID: 259740-12<br>ROBERT BEARDEN INC<br>ATTN ROBERT BEARDEN, PRES<br>PO BOX 870<br>CAIRO, GA 39828-0870 | CREDITOR ID: 405454-95<br>ROBERT BEARDEN INC<br>C/O CITICAPITOL COMMERCIAL CORP<br>PO BOX 9187<br>MINNEAPOLIS MN 55480-9187 |
| CREDITOR ID: 259741-12<br>ROBERT BECK<br>5437 LANGSTON PARK DRIVE<br>NORTH CHARLESTON SC 29420 | CREDITOR ID: 259742-12<br>ROBERT BUSTETTER<br>308 GARNER COURT<br>TALLAHASSEE FL 32301 | CREDITOR ID: 259743-12<br>ROBERT C BASS<br>817 S FULTON STREET<br>SALISBURY NC 28144 |
| CREDITOR ID: 259744-12<br>ROBERT C BURT JR<br>278 SOUTHLAWN DRIVE<br>MONTGOMERY AL 36108 | CREDITOR ID: 259745-12<br>ROBERT CAMPBELL<br>3021 HILLSPRINGS DRIVE<br>LONDON KY 40744 | CREDITOR ID: 384326-47<br>ROBERT CHAPUT<br>1003 SHEM CREEK CIRCLE<br>MYRTLE BEACH, SC 29588 |
| CREDITOR ID: 259748-12<br>ROBERT D MURRAY<br>4021 RETFORD DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 259750-12<br>ROBERT D WILFORM JR<br>PO BOX 23<br>YORK SC 29745-0023 | CREDITOR ID: 259751-12<br>ROBERT E ALLEN<br>503 DALE ROAD EAST<br>TAYLORSVILLE KY 40071 |
| CREDITOR ID: 259752-12<br>ROBERT E HENSON JR<br>1144 ROWE ROAD<br>SENOIA GA 30276 | CREDITOR ID: 259753-12<br>ROBERT E HYMAN TRUSTEE<br>PO BOX 983<br>MEMPHIS, TN 38101-0983 | CREDITOR ID: 259754-12<br>ROBERT E KLUGH<br>556 OLD GREENWOOD HWY<br>GREENWOOD SC 29649 |
| CREDITOR ID: 259755-12<br>ROBERT E LUKE<br>5876 CHESNUT DRIVE<br>MACCLENNY FL 32063 | CREDITOR ID: 259756-12<br>ROBERT EVERETT<br>2715 PINEBARK DRIVE<br>BIRMINGHAM AL 35235 | CREDITOR ID: 315895-40<br>ROBERT G H<br>90 ELM LANE<br>SHREWSBURY, NJ 07702 |
| CREDITOR ID: 259759-12<br>ROBERT G WILLIAMS<br>309 BROOKS ROAD<br>SALUDA SC 29138 | CREDITOR ID: 259760-12<br>ROBERT GAUTHIER<br>1770 ELLIS AVENUE<br>SUITE 200<br>JACKSON MS 39204 | CREDITOR ID: 405458-95<br>ROBERT GISEVIUS<br>8850 GERVAIS STREET<br>NEW ORLEANS LA 70127 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259762-12<br>ROBERT GOBIN<br>932 JADE FOREST AVENUE<br>ORLANDO FL 32828 | CREDITOR ID: 1783-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON  CITY TN 37602 | CREDITOR ID: 406251-G4<br>ROBERT HALF INTERNATIONAL INC.<br>200 WEST FORSYTH STREET, SUITE 1110<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 405924-15<br>ROBERT HALF INT'L CONSULTING<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN LYNDA TRAVERS<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON CA 94588 | CREDITOR ID: 259765-12<br>ROBERT HALF TECHNOLOGY<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 405459-95<br>ROBERT HALF TECHNOLOGY<br>PO BOX 6248<br>CAROL STREAM IL 60197-6248 |
| CREDITOR ID: 259766-12<br>ROBERT HENRY TILE CO.,INC.<br>P.O.BOX 2230<br>MONTGOMERY AL 36102 | CREDITOR ID: 259767-12<br>ROBERT HILL & SONS TRANSPORT<br>4300 PLEASANTDALE ROAD<br>SUITE D<br>ATLANTA, GA 30340 | CREDITOR ID: 259769-12<br>ROBERT HOLTZCLAW ARCHITECT<br>1904 STUBBS SUITE B<br>MONROE, LA 71201 |
| CREDITOR ID: 259770-12<br>ROBERT HOUSTON<br>13733 SOUTHWEST 285 STREET<br>NARANJA FL 33033 | CREDITOR ID: 376823-44<br>ROBERT HUDSON SR<br>1625 NE 30 CT<br>POMPANO BEACH FL 33064 | CREDITOR ID: 259771-12<br>ROBERT HUNTER<br>305 COVE STREET<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 259772-12<br>ROBERT J DALTON<br>PO BOX 1474<br>NATALBANY LA 70451 | CREDITOR ID: 259773-12<br>ROBERT J ENGLE<br>1008 DIXON AVENUE<br>LOUISVILLE KY 40202 | CREDITOR ID: 259774-12<br>ROBERT J GORDON<br>25 BALLPARK LANE<br>CHESTERFIELD SC 29709 |
| CREDITOR ID: 259775-12<br>ROBERT J HICKS<br>2930 GLENSTONE DR<br>ROCK HILL SC 29730 | CREDITOR ID: 259776-12<br>ROBERT J JOHNSON<br>138 ALGONQUIN TRAIL<br>MULBERRY FL 33860 | CREDITOR ID: 259779-12<br>ROBERT JONES<br>167 YACHT CLUB WAY<br>HYPOLUXO FL 33462 |
| CREDITOR ID: 259778-12<br>ROBERT JONES<br>10501 SPRING RUN<br>CINCINNATI OH 45231 | CREDITOR ID: 259781-12<br>ROBERT L DUMAS JR<br>1412 SWAN COURT<br>POINCIANNA FL 34758 | CREDITOR ID: 259782-12<br>ROBERT L HORTON<br>2244 HWY 31 S<br>PELHAM AL 35124 |
| CREDITOR ID: 259785-12<br>ROBERT M BARRETT INC<br>PO BOX 31802<br>PALM BEACH GARDENS, FL 33420 | CREDITOR ID: 259786-12<br>ROBERT M BORKA<br>604 CENTER STREET<br>APT # 7<br>BLACKSBURG VA 24060 | CREDITOR ID: 259788-12<br>ROBERT M RUCKER<br>1089 GALLANT FOX CR N<br>JACKSONVILLE FL 32218-1945 |
| CREDITOR ID: 259790-12<br>ROBERT M TESTON<br>4320 CLOVE STREET<br>MIDDLEBURG FL 32068 | CREDITOR ID: 259791-12<br>ROBERT MCNAIR<br>2117 FELIX STREET<br>MOBILE AL 36617 | CREDITOR ID: 259794-12<br>ROBERT MOULTON<br>2075 17TH STREET SW<br>NAPLES FL 34117 |

SERVICE LIST

## Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 1784-07
ROBERT N RIZIKA
107 WINDWARD DR
PALM  BEACH  GARDENS FL 33418-4012

CREDITOR ID: 259796-12
ROBERT NEWMAN
1001 MCFARLAND STREET
DUNEDIN FL 34698

CREDITOR ID: 259797-12
ROBERT O BATES
5302 ALPINE WAY
LOUISVILLE KY 40214

CREDITOR ID: 259798-12
ROBERT O MARKS
1714 EUNICE AVENUE
FLORENCE AL 35630-1816

CREDITOR ID: 259800-12
ROBERT O SCOTT
251 FROW AVENUE
MIAMI FL 33133

CREDITOR ID: 259801-12
ROBERT ORTIZ JR
5301 NW 158 TERRACE # 202
MIAMI, FL 33014

CREDITOR ID: 259802-12
ROBERT PAYNE
423 DEBRA STREET
INGLIS FL 34449

CREDITOR ID: 259803-12
ROBERT QUIMBY
1518 HWY 80
LAWRENCE MS 39336

CREDITOR ID: 259804-12
ROBERT R BROWNING
PO BOX 8248
CHAPTER 13 TRUSTEE
GREENVILLE NC 27834-8248

CREDITOR ID: 259805-12
ROBERT REISER & CO INC
PO BOX 33001
NEWARK NJ 07188-0001

CREDITOR ID: 259806-12
ROBERT REPPERT JR
1962 BISCAYNE DRIVE
WINTER PARK FL 32789

CREDITOR ID: 259807-12
ROBERT S BUTTERFIELD
606 CHARLEMAGNE BLVD SE
NAPLES FL 34112

CREDITOR ID: 259809-12
ROBERT SLIGH
352 DOVE TRACE COURT
STORE# 1234
WEST COLUMBIA SC 29170

CREDITOR ID: 259810-12
ROBERT T ROCKHILL
12705 WATERHAVEN CIRCLE
ORLANDO FL 32828

CREDITOR ID: 259811-12
ROBERT TATE
2121 HIGHLAND COURT
MOBILE AL 36605

CREDITOR ID: 259812-12
ROBERT TEPPER
1911 SW 95TH ROAD
APT 201
FT LAUDERDALE FL 33324

CREDITOR ID: 268452-31
ROBERT THRESS
ATTN: ROBERT G THRESS
4166 PRISCILLA ST
MORRISTOWN TN 37814-1134

CREDITOR ID: 259813-12
ROBERT TRAUGOTT
49 DOUGLAS STREET, APT 30
HOMOSASSA FL 34446

CREDITOR ID: 259814-12
ROBERT TROTTER
363 EAGLE CREEK CIRCLE
LAKE MARY FL 32746

CREDITOR ID: 259815-12
ROBERT W CALDWELL JR TRUSTEE
C/O R W CALDWELL REALTY INC
5201 GULFPORT BLVD
GULFPORT FL 33707

CREDITOR ID: 259817-12
ROBERT WOOD
4136 SHERMAN WAY
MONTGOMERY AL 36109

CREDITOR ID: 259819-12
ROBERTA MAJOR
14375 SW SEXTON MOUNTAIN DR
#14C
BEAVERTON  OR 97008-7481

CREDITOR ID: 259820-12
ROBERTO A DUNMOODIE
24923 BLAZING TRAILWAY
LAND O LAKES FL 34639

CREDITOR ID: 259821-12
ROBERTO BENDECK
202 EAST MAPLE DRIVE
METAIRIE LA 70001

CREDITOR ID: 259822-12
ROBERTO C RIVERA
15674 SPRINGLINE LANE
FORT MYERS FL 33905

CREDITOR ID: 259823-12
ROBERTO SOUCHET
4261 67TH AVENUE N
PINELLAS PARK FL 33781

CREDITOR ID: 397666-72
ROBERTS COMPANY, INC.
1612 ADELINE STREET
HATTIESBURG, MS 39401

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ‚Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381261-47<br>ROBERTS DISABILITY CONSULTANTS<br>9550 REGENCY SQUARE BLVD, SUITE 808<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 259824-12<br>ROBERTS EQUIPMENT & REPAIR<br>188 FRONTIER DRIVE<br>LAURENS SC 29360 | CREDITOR ID: 376840-44<br>ROBERTS HAMMOND & JONES<br>PO BOX 929<br>FITZGERALD, GA 31750-0929 |
| CREDITOR ID: 259825-12<br>ROBERTS HAMMOND & JONES MD PC<br>ATTN: LINDA HATCHER, OFFICE MGR<br>PO BOX 929<br>FITZGERALD, GA 31750-0929 | CREDITOR ID: 259826-12<br>ROBERTS SIGN CO INC<br>PO BOX 367<br>RAVENEL, SC 29470 | CREDITOR ID: 387879-54<br>ROBERTS, AMY<br>500 SOUTH WINTER APT. A2<br>PERRY, FL 32347 |
| CREDITOR ID: 392161-55<br>ROBERTS, AMY<br>C/O: RODNEY B. ROBINSON, ESQ.<br>LAW OFFICES OF RODNEY B. ROBINSON<br>1031 IVES DAIRY RD.<br>SUITE 228<br>MIAMI FL 33179 | CREDITOR ID: 407140-MS<br>ROBERTS, BARRY<br>8728 OVERLAND DR.<br>FT. WORTH TX 76179 | CREDITOR ID: 247751-12<br>ROBERTS, DAWN M<br>1228 KINARD STREET<br>NEWBERRY, SC 29108 |
| CREDITOR ID: 386952-54<br>ROBERTS, GERALD<br>10100 JOHN PRICE RD. APT 1C<br>CHARLOTTE NC 28273 | CREDITOR ID: 399778-84<br>ROBERTS, GLENDA<br>1813 HURRICANE LAKE DRIVE<br>BROOKHAVEN MS 39601 | CREDITOR ID: 400203-86<br>ROBERTS, GRACE<br>5231 SANTOS DR. W.<br>MOBILE  AL 36619 |
| CREDITOR ID: 390198-54<br>ROBERTS, IRMA<br>5013 SILVER OAK DRIVE<br>FT. PIERCE FL 34982 | CREDITOR ID: 385936-54<br>ROBERTS, JOANN<br>6643 MANCHESTER STREET<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 391169-55<br>ROBERTS, JOANN<br>C/O ANDRY & ANDRY LLC<br>ATTN JEANNE ANDRY LANDRY, ESQ<br>710 CARODELET STREET<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 386858-54<br>ROBERTS, JOYCE<br>2224 LAKE STREET<br>LINCOLNTON NC 28092 | CREDITOR ID: 253776-12<br>ROBERTS, KENDRA<br>6611 RUFFIN DRIVE<br>MOBILE, AL 36618 | CREDITOR ID: 389254-54<br>ROBERTS, MARILYN<br>PO BOX 891<br>STAPLETON AL 36578 |
| CREDITOR ID: 393090-55<br>ROBERTS, MARILYN<br>C/O WALTON & GREEN, LLC<br>ATTN RANDY WALTON, ESQ<br>953 DAUPHIN STREET<br>PO BOX 470<br>MOBILE AL 36601 | CREDITOR ID: 269310-16<br>ROBERTS, MICHAEL<br>C/O RILEY & JACKSON, PC<br>ATTN ROBERT R RILEY<br>1744 OXMOOR ROAD<br>BIRMINGHAM, AL 35209 | CREDITOR ID: 389038-54<br>ROBERTS, PAUL<br>9569 MOORE LANE<br>ETHEL, LA 70730 |
| CREDITOR ID: 392936-55<br>ROBERTS, PAUL<br>C/O: CRAIG J. FONTENOT, ESQUIRE<br>MCKAY, WILLIAMSON, LUTGRING & COCGRAN<br>732 NORTH BLVD.<br>BATON ROUGE LA 70802 | CREDITOR ID: 390079-54<br>ROBERTS, SANDRA<br>1608 MABRY STREET<br>TALLAHASSEE, FL 32310 | CREDITOR ID: 393535-55<br>ROBERTS, SANDRA<br>C/O: WILLIAM CORRY<br>LAW OFFICES OF WILLIAM W. CORRY, P.A.<br>P.O. BOX 527<br>TALLAHASSEE FL 32302 |
| CREDITOR ID: 394206-56<br>ROBERTS, TED W<br>5330 BLUEGRASS  PARKWAY<br>TUSCALOOSA AL 35406 | CREDITOR ID: 390225-54<br>ROBERTS, URSULA<br>102 LAPLACE AVENUE<br>CARENCRO LA 70520 | CREDITOR ID: 387967-54<br>ROBERTS, YOLANDA<br>243 GARDEN COVE CT<br>ORLANDO, FL 32835 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 392249-55
ROBERTS, YOLANDA
C/O: MR. TONY C. FRANCIS, ESQUIRE
TONY FRANCIS ESQ.
P.O. BOX 771243
ORLANDO FL 32877-1243

CREDITOR ID: 241167-11
ROBERTSDALE
REVENUE DEPARTMENT
ACCOUNT NO.: 2459-1
PO BOX 429
ROBERTSDALE, AL 36567-0429

CREDITOR ID: 259827-12
ROBERTSDALE DEV LLC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 2517-07
ROBERTSDALE DEV LLC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 239866-06
ROBERTSON, BARRY E.
COMMISSIONER OF LICENSES
1702 NOBLE STREET, SUITE 107
ANNISTON AL 36201

CREDITOR ID: 245187-12
ROBERTSON, CHERYL D
2 MONTFORD AVENUE
ROCK HILL SC 29730

CREDITOR ID: 385834-54
ROBERTSON, GILDA
7820 ANGELA ST.
BRIDGE CITY, LA 70094

CREDITOR ID: 391091-55
ROBERTSON, GILDA
C/O: JODI J. AAMODT, ESQ.
JACOBS, MANUEL & KAIN
500 ST LOUIS STREET STE 200
NEW ORLEANS LA 70130-2118

CREDITOR ID: 254424-12
ROBERTSON, LARRY A
10 STRAWBERRY DR
GREENVILLE, SC 29617

CREDITOR ID: 389036-54
ROBERTSON, MARY
C/O CAPPS & GARTLAN PC
ATTN TRACIE T MELVIN ESQ
1705 OATES STREET SUITE 2
DOTHAN AL 36303

CREDITOR ID: 389036-54
ROBERTSON, MARY
112 GREENVIEW CIRCLE
DOTHAN, AL 36301

CREDITOR ID: 389036-54
ROBERTSON, MARY
CAPPS & GARTLAN, PC
J CHRISTOPHER CAPPS, ESQ
170 S OATES STREET, STE 2
DOTHAN AL 36303

CREDITOR ID: 392934-55
ROBERTSON, MARY
C/O: MR. J. CHRISTOPHER CAPPS
CAPPS & GARTLAN PC
1133 WEST MAIN ST
SUITE 2
DOTHAN AL 36301

CREDITOR ID: 388319-54
ROBERTSON, PATRICIA
3324 VICTORIA CT EAST
JACKSONVILLE, FL 32216

CREDITOR ID: 392441-55
ROBERTSON, PATRICIA
C/O: J. SCOTT NOONEY, ATTORNEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 407141-MS
ROBERTSON, RICHARD C.
6294 CALLIE STREET
MILTON FL 32570

CREDITOR ID: 268453-31
ROBESON COUNTY
ATTN: CAROL LOCKLEAR
113 W 8TH ST
LUMBERTON NC 28358-4841

CREDITOR ID: 259829-12
ROBESONIAN INC
PO BOX 1028
LUMBERTON NC 28359-1028

CREDITOR ID: 259830-12
ROBIN A SMITH
923 NECTAR ROAD
VENICE FL 34293

CREDITOR ID: 259831-12
ROBIN F WADE
8708 DENISE DRIVE
LOUISVILLE KY 40219

CREDITOR ID: 259833-12
ROBIN JESELNIK
121 PECOS LANE
HEPHZIBAH GA 30815

CREDITOR ID: 259835-12
ROBIN KYSER
5535 LEE ROAD
# 54
OPELIKA AL 36804

CREDITOR ID: 259836-12
ROBIN L DECKER
985 INDIAN BEACH DRIVE
SARASOTA FL 34234

CREDITOR ID: 259837-12
ROBIN L LANGLEY ALLEN
7237 WINDCREST LANE
NORTH RICHLAND HILLS TX 76180-2715

CREDITOR ID: 259840-12
ROBIN R WEINER TRUSTEE
PO BOX 2258
MEMPHIS, TN 38101-2258

CREDITOR ID: 259841-12
ROBIN WEIS
4641 EDENBERRT LANDING
GLOUCESTER VA 23061

CREDITOR ID: 259843-12
ROBINSON ELECTRIC CO INC
825 NORTH CHRISMAN AVE
CLEVELAND, MS 38732-0236

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259844-12<br>ROBINSON ELECTRIC SUPPLY COMPANY<br>2103 B STREET<br>PO BOX 5358<br>MERIDIAN MS 39302-5358 | CREDITOR ID: 259845-12<br>ROBINSON PLUMBING INC<br>501 W WALNUT ST<br>JOHNSON CITY, TN 37604 | CREDITOR ID: 259846-12<br>ROBINSON ROLL OFF LLC<br>1480 SCOTT ROAD<br>NEW ALBANY, IN 47150 |
| CREDITOR ID: 259847-12<br>ROBINSON SAUSAGE CO<br>701 ROBINSON ROAD<br>LONDON, KY 40741-9018 | CREDITOR ID: 268454-31<br>ROBINSON VAN VUREN ASSOC INC<br>ATTN: ART WOOLEY<br>100 TOWER DR UNIT 3<br>GREENVILLE SC 29607-2631 | CREDITOR ID: 388232-54<br>ROBINSON, AGRIBINA<br>1060 GEORGE AVENUE<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 387999-54<br>ROBINSON, ANGEL<br>3836 BLAIR ST<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 392277-55<br>ROBINSON, ANGEL<br>C/O: CHRISTOPHER J. WILLIAMSON<br>EDWARD J. WOMAC JR. & ASSOCIATES, LLC<br>4902 CANAL STREET<br>SUITE 300<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387394-54<br>ROBINSON, ANNA<br>1040 NW 3RD AVENUE<br>MIAMI, FL 33136 |
| CREDITOR ID: 391957-55<br>ROBINSON, ANNA<br>C/O DAVID M. BENENFELD<br>5950 WEST OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 387294-54<br>ROBINSON, AYANNA<br>7217 CHEF MENTUER HIGHWAY<br>APT I-14<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 391877-55<br>ROBINSON, AYANNA M<br>C/O: JEFFREY T. GREENBERG, ESQUIRE<br>JEFFREY T. GREENBERG, APLC<br>5700 READ BOULEVARD<br>SUITE 105<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 387293-54<br>ROBINSON, AYANNA M<br>5699 READ BOULEVARD<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 243975-12<br>ROBINSON, BRIAN<br>365 BARBARA DRIVE<br>DAVENPORT FL 33897 | CREDITOR ID: 243945-12<br>ROBINSON, BRIAN A<br>1134 HONOR DRIVE<br>HOLIDAY, FL 34690 |
| CREDITOR ID: 390224-54<br>ROBINSON, CAMILLE<br>451 STEWARTVILLE ROAD<br>CROWLEY LA 70526 | CREDITOR ID: 387199-54<br>ROBINSON, CHARLES<br>3307 STRATFORD CIRCLE<br>MORROW, GA 30260 | CREDITOR ID: 391786-55<br>ROBINSON, CHARLES<br>C/O: HILLMAN J TOOMBS, ATTY<br>HILLMAN J. TOOMBS & ASSOCIATES<br>6338 CHURCH STREET<br>RIVERDALE GA 30274 |
| CREDITOR ID: 387296-54<br>ROBINSON, CYNTHIA<br>SADDLEBACK RIDGE 165C<br>MONTGOMERY, AL 36117 | CREDITOR ID: 391880-55<br>ROBINSON, CYNTHIA<br>C/O HAWTHORNE & MYERS, LLC<br>ATTN FRANK H HAWTHORNE JR, ESQ<br>322 ALABAMA STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 388597-54<br>ROBINSON, DAVID<br>2964 HANNA<br>FT. WORTH TX 76106 |
| CREDITOR ID: 399565-82<br>ROBINSON, DELORES<br>1502 BOUNDARY AVENUE<br>MADISON  FL 32340 | CREDITOR ID: 389918-54<br>ROBINSON, DEZRENE<br>17610 NE 3RD AVE<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 393456-55<br>ROBINSON, DEZRENE<br>C/O LAURENCE EDWARD ZIEPER, PA<br>ATTN L ZIEPER OR T SHERMAN, ESQS<br>4770 BISCAYNE BLVD, SUITE 1430<br>MIAMI FL 33137 |
| CREDITOR ID: 374683-44<br>ROBINSON, DIANE<br>3703 ERATO STREET<br>APT U<br>NEW ORLEANS, LA 70125 | CREDITOR ID: 249235-12<br>ROBINSON, EVELYN<br>8 TREEVIEW DRIVE<br>UNIT B<br>LITHONIA, GA 30038 | CREDITOR ID: 397999-76<br>ROBINSON, HERMAN J.<br>602 BYRD STREET<br>MADISON, FL 32340 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390156-54<br>ROBINSON, ILIANA<br>C/O ADAMS & ASSOCIATES<br>ATTN RICHARD ADAMS, ESQ<br>900 W 49 STREET, SUITE 514<br>HIALEAH FL 33012 | CREDITOR ID: 393605-55<br>ROBINSON, ILIANA<br>C/O RICHARD J. ADAMS ESQ.<br>ADAMS & ASSOCIATES, P.A.<br>900 W. 4TH STREET STE. 514<br>HIALEAH FL 33012 | CREDITOR ID: 387376-54<br>ROBINSON, JACQUELYN<br>2309 WYOMING AVENUE, APT B<br>NORFOLK, VA 23513 |
| CREDITOR ID: 389101-54<br>ROBINSON, JENNIFER<br>16106 BONNIVELLE DR<br>DADE CITY, FL 33523 | CREDITOR ID: 389101-54<br>ROBINSON, JENNIFER<br>HUDGINS LAW FIRM<br>ATTN DREW BEN HUDGINS, ESQ<br>38453 FIFTH AVENUE<br>ZEPHYR HILLS FL 33542 | CREDITOR ID: 392990-55<br>ROBINSON, JENNIFER<br>C/O HUDGINS LAW FIRM<br>ATTN DREW HUDGINS, ESQ<br>38453 FIFTH AVENUE<br>ZEPHYRHILLS FL 33540 |
| CREDITOR ID: 386959-54<br>ROBINSON, JONATHAN<br>7061 OLD KINGS ROAD SOUTH<br>APT 15<br>JACKSONVILLE FL 32207 | CREDITOR ID: 386053-54<br>ROBINSON, LAURIE L<br>3749 LAKE GRIFFIN ROAD<br>LADY LAKE FL 32159 | CREDITOR ID: 386053-54<br>ROBINSON, LAURIE L<br>35033 GRAYS AIRPORT<br>FRUITLAND PARK, FL 34731 |
| CREDITOR ID: 389066-54<br>ROBINSON, LAVIN<br>10501 CURAN BLVD<br>APT 1-B<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 392962-55<br>ROBINSON, LAVIN<br>C/O HENRY  A. DILLON, III, ESQUIRE<br>HENRY A. DILLON, III, ATTY AND COUNSELOR<br>2475 CANAL STREET, SUITE 303<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387166-54<br>ROBINSON, LLOYD<br>2032 2ND STREET<br>NEW ORLEANS, LA 70113 |
| CREDITOR ID: 391752-55<br>ROBINSON, LLOYD<br>C/O ARTHUR G. LAUGAND, ESQ.<br>THE LAUGAND LAW FIRM<br>2716 ONZAGA STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 400042-84<br>ROBINSON, MARY ELLEN<br>2851 ROYSTON ROAD<br>CHARLOTTE NC 28208 | CREDITOR ID: 400545-88<br>ROBINSON, MARY ELLEN<br>C/O SAMUEL S WILLIAMS ESQ.<br>PO BOX 32635<br>CHARLOTTE NC 28232 |
| CREDITOR ID: 256391-12<br>ROBINSON, MILDRED<br>120 CLINT STREET<br>HOUSTON, MS 38851 | CREDITOR ID: 387438-54<br>ROBINSON, SANDRA<br>21310 COUNTRY  RD 27 LOT 20<br>FAIRHOPE, AL 36532 | CREDITOR ID: 391503-55<br>ROBINSON, SHERRY<br>C/O: STEPHEN  L. ROSEN, ESQ.<br>STEPHEN L. ROSEN, P. A.<br>3444 S. WESTSHORE BLVD<br>TAMPA FL 33629 |
| CREDITOR ID: 392122-55<br>ROBINSON, SUMMER (MINOR)<br>C/O: BASIL VALDIVIA, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 390335-54<br>ROBINSON, SUMMER (MINOR)<br>5595 LACOSTA DRIVE<br>ORLANDO, FL 32807 | CREDITOR ID: 262924-12<br>ROBINSON, THELMA D<br>PO BOX 259<br>APOPKA, FL 32704 |
| CREDITOR ID: 387234-54<br>ROBINSON, VALERIE<br>12109 WALDON WOOD DRIVE<br>ORLANDO, FL 32826 | CREDITOR ID: 391823-55<br>ROBINSON, VALERIE<br>C/O DAVID R HEIL, ESQ<br>2324 LEE ROAD<br>WINTER PARK FL 32789 | CREDITOR ID: 389031-54<br>ROBINSON, VIRGINIA<br>216 N. DAVIS STREET<br>ALBANY, GA 31701 |
| CREDITOR ID: 387540-54<br>ROBINSON, WARREN<br>4076 FIELDWAY ROAD<br>REX GA 30273 | CREDITOR ID: 386860-54<br>ROBINSON, WILLIAM<br>2037 HARTRIDGE ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 385473-54<br>ROBLES, LUISA<br>1170 RIVIERA DRIVE NE<br>PALM BAY, FL 32905 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390774-55<br>ROBLES, LUISA<br>C/O GRAY M CAMFIELD<br>GRAY M. CAMFIELD, ESQ.<br>4951 BABCOCK ST. N.E.<br>SUITE 4<br>PALM BAY FL 32905 | CREDITOR ID: 259848-12<br>ROBO DOCK AND DOOR LLC<br>7575 E INDUSTRIAL AVE<br>BATON ROUGE, LA 70805 | CREDITOR ID: 259849-12<br>ROBT F HENRY TILE CO<br>PO BOX 2230<br>MONTGOMERY AL 36102-2230 |
| CREDITOR ID: 259850-12<br>ROBY L WINKOPP<br>941 LAKEWOOD COURT<br>WESTON FL 33326 | CREDITOR ID: 259851-12<br>ROBYS PLUMBING SERVICE INC<br>PO BOX 128<br>ARCOLA MS 38722 | CREDITOR ID: 394223-56<br>ROCCHI, MARY<br>20290 OLD CUTTER RD<br>MIAMI, FL 33189 |
| CREDITOR ID: 400402-85<br>ROCCHI, MARY<br>C/O PAOLA D. USQUELIS<br>BECKHAM & PROBINSKY, L.L.P.<br>633 NORTH KROME AVENUE<br>HOMESTEAD FL 33030 | CREDITOR ID: 259853-12<br>ROCHE DIAGNOSTICS<br>12 ISLAND DR<br>TREASURE ISLAND FL 33706 | CREDITOR ID: 386081-54<br>ROCHE, OLGA<br>1080 15 STREET SW<br>NAPLES, FL 34117 |
| CREDITOR ID: 391275-55<br>ROCHE, OLGA<br>C/O: ROBERT N. PELIER<br>1431 PONCE DE LEON BLVD<br>CORAL GABLES FL 33145 | CREDITOR ID: 259854-12<br>ROCHESTER GAUGES INC<br>PO BOX 29242<br>DALLAS, TX 75229 | CREDITOR ID: 259855-12<br>ROCHESTER MIDLAND CORP<br>PO BOX 31515<br>ROCHESTER NY 14603-1515 |
| CREDITOR ID: 259856-12<br>ROCHESTER SOFTWARE ASSOCIATES INC<br>69 CASCADE DR STE 201<br>ROCHESTER NY 14614 | CREDITOR ID: 387505-54<br>ROCHESTER, COLIN<br>8349 NORTH CORAL CIRCLE<br>NORTH LAUDERDAL FL 33068 | CREDITOR ID: 392021-55<br>ROCHESTER, COLIN<br>C/O: DAVID LEVINE, ESQ.<br>LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.<br>9100  S. DADELAND BLVD.<br>SUITE 1010<br>MIAMI FL 33156 |
| CREDITOR ID: 259857-12<br>ROCK HILL C H CHURCH<br>4115 PRICE ROAD<br>GAINESVILLE GA 30506 | CREDITOR ID: 268455-31<br>ROCK HILL CITY OF<br>ATTN: SUSAN FEATHERSTONE<br>2102 CHERRY RD<br>ROCK HILL SC 29732-2160 | CREDITOR ID: 259858-12<br>ROCK HILL COCA COLA<br>ATTN FRED FAIRCLOTH, PRES<br>PO BOX 37000<br>ROCK HILL, SC 29732 |
| CREDITOR ID: 405463-95<br>ROCK HILL COCA COLA<br>PO BOX 2555 CRS<br>ROCK HILL SC 29730 | CREDITOR ID: 382115-51<br>ROCK HILL HERALD<br>132 W. MAIN STREET<br>ROCK HILL, SC 29731 | CREDITOR ID: 259859-12<br>ROCK N R EXPRESS INC<br>8060 N 1000 E<br>SHERIDAN, IN 46069 |
| CREDITOR ID: 386008-54<br>ROCK, GLORIA<br>1710 4TH AVENUE NORTH<br>LAKE WORTH, FL 33461 | CREDITOR ID: 391225-55<br>ROCK, GLORIA<br>C/O: RONALD BOGANI, ESQ.<br>STAFFORD & SEAMAN, PC<br>2290 10TH AVE.<br>SUITE 302<br>LAKE WORTH FL 33461 | CREDITOR ID: 388963-54<br>ROCKAFELLOW, KAREN<br>PO BOX 249<br>EDGEWATER, FL 32132 |
| CREDITOR ID: 392867-55<br>ROCKAFELLOW, KAREN<br>C/O: THOMAS E. CALDWELL, ESQ<br>RUE & ZIFFRA, P.A.<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 259861-12<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259863-12<br>ROCKDALE CITIZEN<br>969 S MAIN ST<br>CONYERS GA 30012 | CREDITOR ID: 259862-12<br>ROCKDALE CITIZEN<br>PO BOX 1286<br>483-7108 EIN #58-2113856<br>LAWRENCEVILLE, GA 30046 | CREDITOR ID: 405465-95<br>ROCKDALE CITIZEN<br>PO BOX 136<br>CONYERS GA 30012 |
| CREDITOR ID: 797-03<br>ROCKDALE CO. WATER & SEWERAGE<br>PO BOX 1378<br>CONYERS GA 30012-1378 | CREDITOR ID: 259865-12<br>ROCKDALE COUNTY<br>958 MILSTEAD AVENUE<br>CONYERS, GA 30012 | CREDITOR ID: 259866-12<br>ROCKDALE COUNTY BOARD OF COMMISS<br>PO BOX 289<br>CONYERS GA 30012 |
| CREDITOR ID: 268456-31<br>ROCKDALE COUNTY PARKS AND REC<br>ATTN: LINDA EVANS<br>1781 EBENEZER RD SW<br>CONYERS GA 30094-6249 | CREDITOR ID: 268457-14<br>ROCKDALE TAX ASSSSORS PROPERTY<br>ATTN: LAMAR SIMMS<br>981 MILSTEAD AVE NE<br>CONYERS GA 30012-4525 | CREDITOR ID: 247282-12<br>ROCKER, CRYSTAL<br>123 BORDEAUX LANE<br>MADISON, AL 35757 |
| CREDITOR ID: 399874-84<br>ROCKER, DAVID<br>C/O HENDRIK S. SNOW, ESQ.<br>2029 AIRPORT BLVD, SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 259868-12<br>ROCKET CITY TRUCK INC<br>165 EXPORT CIRCLE<br>HUNTSVILLE AL 35806-3917 | CREDITOR ID: 259870-12<br>ROCKHURST UNIVERSITY CONTINUING<br>EDUCATION CENTER INC<br>PO BOX 419107<br>KANSAS CITY, MO 64141-6107 |
| CREDITOR ID: 259871-12<br>ROCKING C TRUCK LINES IN<br>PO BOX 3327<br>GULFPORT MS 39505-3327 | CREDITOR ID: 406188-93<br>ROCKINGHAM CNTY TAX DEPT<br>PO BOX 206<br>WENTWORTH NC 27375 | CREDITOR ID: 259872-12<br>ROCKINGHAM COUNTY EMS<br>PO BOX 335<br>WENTWORTH NC 27375-0335 |
| CREDITOR ID: 259873-12<br>ROCKINGHAM COUNTY TAX COLLECOTR<br>PO BOX 580368<br>PROPERTY TAX<br>CHARLOTTE NC 28258-0368 | CREDITOR ID: 259874-12<br>ROCKINGHAM COUNTY TAX DEPT<br>PO BOX 107<br>WENTWORTH, NC 27375-0107 | CREDITOR ID: 259875-12<br>ROCKLINE<br>PO BOX 2088<br>MILWAUKEE, WI 53201-2088 |
| CREDITOR ID: 382082-36<br>ROCKLINE INDUSTRIES<br>JENNY WELSCH<br>1113 MARYLAND AVE<br>SHEBOYGAN WI 53081 | CREDITOR ID: 381739-15<br>ROCKLINE INDUSTRIES INC<br>ATTN JENNY WELSCH, ASST CONTR<br>1113 MARYLAND AVENUE<br>SHEBOYGAN WI 53081 | CREDITOR ID: 259860-12<br>ROCK-TENN CO<br>PO BOX 102064<br>ATLANTA, GA 30368-0064 |
| CREDITOR ID: 388580-54<br>ROCKWEILER, ANTHONY<br>2513 LONG BRANCH DRIVE<br>MARRERO LA 70072 | CREDITOR ID: 392642-55<br>ROCKWEILER, ANTHONY<br>C/O: ANTHONY MARINARO<br>ANTHONY MARINARO, ESQ<br>3914 CANAL ST.<br>NEW ORLEANS LA 70119 | CREDITOR ID: 259876-12<br>ROCKWELL AUTOMATION<br>PO BOX 70962<br>CHICAGO, IL 60673 |
| CREDITOR ID: 259877-12<br>ROCKWELL COLLINS<br>DEPT 0875<br>PO BOX 120875<br>DALLAS TX 75312-0875 | CREDITOR ID: 268458-31<br>ROCKWOOD INC CITY OF<br>ATTN: LESLIE SKIDMORE<br>1418 ABELS VALLEY RD<br>ROCKWOOD TN 37854-5430 | CREDITOR ID: 268459-31<br>ROCKY CREEK WATER CO INC<br>ATTN: BRUCE BARNADO<br>209 PACOLET ST<br>JONESVILLE SC 29353-1537 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268461-14<br>ROCKY MOUNT CITY OF<br>ATTN: CRAIG KIVETT<br>1 GOVERNMENT PLZ FL 4<br>ROCKY MOUNT NC 27804-8314 | CREDITOR ID: 268460-31<br>ROCKY MOUNT CITY OF<br>ATTN: ANN WALL<br>1 GOVERNMENT PLZ<br>ROCKY MOUNT NC 27804-8314 | CREDITOR ID: 259878-12<br>ROCKY MOUNT TELEGRAM<br>ATTN VIOLA S HARRIS<br>800 TIFFANY BOULEVARD<br>PO BOX 1080<br>ROCKY MOUNT, NC 27802 |
| CREDITOR ID: 259879-12<br>ROCKY TOP LOCKSMITH INC<br>PO BOX 38<br>SOUTH HILL VA 23970 | CREDITOR ID: 389750-54<br>RODATZ, DEBRA<br>1870 THOREAU COURT<br>CONNELLYS SPRINGS NC 28612 | CREDITOR ID: 393369-55<br>RODATZ, DEBRA<br>C/O: RANDY DUNCAN<br>RADNY DUNCAN ATTORNEY AT LAW<br>POST OFFICE DRAWER 1209<br>HICKORY NC 28603-1209 |
| CREDITOR ID: 388741-54<br>RODDENBERRY, JOHNNIE<br>PO BOX 503<br>LABELLE FL 33975 | CREDITOR ID: 389412-54<br>RODDENBERRY, JOSHUA<br>72 LESLIE CR<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 259881-12<br>RODEM INC<br>PO BOX 631731<br>CINCINNATI OH 45263-1731 |
| CREDITOR ID: 389768-54<br>RODENBURG, LILLIAN<br>7406 HOLIDAY DR.<br>SPRING HILL FL 34606 | CREDITOR ID: 393382-55<br>RODENBURG, LILLIAN<br>C/O: MICHAEL T. KEOUGH<br>4821 US HIGHWAY 19<br>SUITE 3<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 407142-MS<br>RODENMAYER, NELSON<br>10210 CAMBRIC COURT<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 259883-12<br>RODERICK R PITTS<br>2315 LANE CREST DRIVE<br>CHARLOTTE NC 28215 | CREDITOR ID: 259884-12<br>RODGERS LAWN CARE<br>ATTN RUSSELL RODGERS, OWNER<br>21333 S BUCKHILL ROAD<br>CLERMONT, FL 34711 | CREDITOR ID: 259885-12<br>RODGERS SIGN SERVICE INC<br>4544 SHEPHERDSVILLE RD<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 386653-54<br>RODGERS, JASON<br>145 NORTH GROSS RD APT 5D<br>KINGSLAND GA 31548 | CREDITOR ID: 391632-55<br>RODGERS, JASON<br>C/O: BRUCE S. FEIFER, ESQ.<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS STREET<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 243976-12<br>RODIBAUGH, BRIAN<br>8020 SAYBROOK DRIVE<br>PORT RICHEY FL 34668 |
| CREDITOR ID: 392628-55<br>RODIGUEZ, IRIS S<br>C/O: HEATHER A LORENZ, ESQ<br>MCBRIDE LAW FIRM, P.A.<br>135 W. CENTRAL BLVD. STE 1100<br>ORLANDO FL 32801 | CREDITOR ID: 388557-54<br>RODIGUEZ, IRIS S<br>5412 LIME LIGHT CIRCLE<br>APT 5<br>ORLANDO, FL 32839 | CREDITOR ID: 259887-12<br>RODNEY C HAHN<br>220 LAKEWOOD DRIVE<br>WEST UNION SC 29696 |
| CREDITOR ID: 259888-12<br>RODNEY D COLLIER<br>PO BOX 72<br>JAKIN GA 39861 | CREDITOR ID: 259890-12<br>RODNEY JACKSON<br>PO BOX 351703<br>JACKSONVILLE FL 32235 | CREDITOR ID: 259891-12<br>RODNEY K JONES<br>427 CLAY THOMAS ROAD<br>ROXBORO NC 27574 |
| CREDITOR ID: 259892-12<br>RODNEY L HALL<br>PO BOX 813<br>OCILLA GA 31774 | CREDITOR ID: 259895-12<br>RODNEY S EDWARDS<br>2552 EIFFEL CIRCLE E<br>JACKSONVILLE FL 32210 | CREDITOR ID: 259896-12<br>RODNEY S TAYLOR<br>443 COUNTY ROAD 547<br>NEW BROCKTON AL 36351 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259897-12<br>RODNEY SEXTON<br>8036 SOUTHBROOK CIRCLEQ<br>FT WORTH TX 76134 | CREDITOR ID: 259898-12<br>RODNEY SINGLETARY<br>10825 NW 37 ST<br>JASPER FL 32052 | CREDITOR ID: 259899-12<br>RODNEY WATKINS<br>PO BOX 972<br>RED OAK GA 30272 |
| CREDITOR ID: 259900-12<br>RODRIC MITCHELL<br>136 THAMES DRIVE<br>ID# 99854<br>PRATTVILLE AL 36066 | CREDITOR ID: 259901-12<br>RODRICKUS L CALDWELL<br>201 CLONIGER DRIVE<br>THOMASVILLE NC 27360 | CREDITOR ID: 388105-54<br>RODRIGUEZ, AMERILUS<br>880 NW 210TH STREET<br>APT 208<br>MIAMI, FL 33169 |
| CREDITOR ID: 243054-12<br>RODRIGUEZ, BARBARA<br>20652 SW 130TH CT<br>MIAMI FL 33177 | CREDITOR ID: 403912-94<br>RODRIGUEZ, CARLOS R<br>469 LYTTON CIR<br>ORLANDO FL 32824 | CREDITOR ID: 394250-56<br>RODRIGUEZ, DAISY<br>9701 HAMMOCKS BLVD.<br>APT 207<br>MIAMI, FL 33193 |
| CREDITOR ID: 400423-85<br>RODRIGUEZ, DAISY<br>C/O ROBERT RUBENSTEIN<br>ROBERT RUBENSTEIN LAW OFFICE<br>9350 S. DIXIE HWY.<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 388695-54<br>RODRIGUEZ, DAMARY<br>18880 NW 57TH AVE APT 106<br>HIALEAH FL 33015 | CREDITOR ID: 386877-54<br>RODRIGUEZ, DIANNA<br>3033 WASHINGTON ROAD<br>EAST POINT GA 30344 |
| CREDITOR ID: 403913-94<br>RODRIGUEZ, DIONISIO<br>1378 THORNRIDGE LANE<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 388459-54<br>RODRIGUEZ, DOLORES<br>185 NW 47 AVE #18<br>MIAMI, FL 33126 | CREDITOR ID: 392554-55<br>RODRIGUEZ, DOLORES<br>C/O ABRAHAM & AGNOLI, PA<br>ATTN LANE ABRAHAM, ESQ<br>2701 SOUTH BAYSHORE DRIVE, STE 403<br>MIAMI FL 33133 |
| CREDITOR ID: 387685-54<br>RODRIGUEZ, ENRIQUE<br>4680 EAST 8TH LANE<br>HIALEAH FL 33013 | CREDITOR ID: 407445-93<br>RODRIGUEZ, ERYKA<br>C/O ROSEN & CHALIK, PA<br>ATTN: DEBI F CHALIK<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 | CREDITOR ID: 389635-54<br>RODRIGUEZ, GLADYS<br>17616 SW 145 CT<br>MIAMI, FL 33177 |
| CREDITOR ID: 393291-55<br>RODRIGUEZ, GLADYS<br>C/O: DANIEL DAVIDOVIC<br>ASNIS & SREBNICK, P.A.<br>44 WEST FLAGLER  SUITE 2250<br>MIAMI FL 33130 | CREDITOR ID: 386434-54<br>RODRIGUEZ, JACINTA<br>503 SANDPIPER<br>APT 112<br>ARLINGTON TX 76013 | CREDITOR ID: 385369-54<br>RODRIGUEZ, JERIEL<br>1286 BLACKFOOT AVE<br>ORLANDO, FL 32825 |
| CREDITOR ID: 390677-55<br>RODRIGUEZ, JERIEL<br>C/O: LUIS G. FIGUEROA, ESQUIRE<br>MARTINEZ, MANGLARDI & DIEZ-ARGUELLES<br>540 N SEMORAN BLVD<br>ORLANDO FL 32807 | CREDITOR ID: 385491-54<br>RODRIGUEZ, JOCELYN<br>10120 NW 36TH STREET APT 10<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 390791-55<br>RODRIGUEZ, JOCELYN<br>C/O: DAN CYTRYN<br>LAW OFFICES CYTRYN AND SANTANA, P.A.<br>8100 NORTH UNIVERSITY DR<br>SUITE 202<br>TAMARAC FL 33321 |
| CREDITOR ID: 397929-76<br>RODRIGUEZ, JOSE<br>2701 THELMA DRIVE<br>LAKELAND, FL 33801 | CREDITOR ID: 389842-54<br>RODRIGUEZ, JOSE<br>8536 LAKE VISTA CT.<br>#6306<br>ORLANDO FL 32821 | CREDITOR ID: 386100-54<br>RODRIGUEZ, JOSE RAMON<br>51 INSLAND DRIVE<br>KEY BISCAYNE, FL 33149 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 391288-55
RODRIGUEZ, JOSE RAMON
C/O: JOEL MAGOLNICK, ESQ
MOSCOWITZ, MOSCOWITZ AND MAGOLNICK
1111 BRICKELL AVE
SUITE 2050
MIAMI FL 33131

CREDITOR ID: 386422-54
RODRIGUEZ, JUANITA
2209 CHADWICK CIRCLE
IMMOKALEE FL 34142

CREDITOR ID: 391487-55
RODRIGUEZ, JUANITA
C/O: DALE KROUT, ESQ.
DALE E. KROUT JR, ESQ
5185 CSTELLO DRIVE STE 2
NAPLES FL 34103

CREDITOR ID: 394091-56
RODRIGUEZ, JUSTINA
C/O TODD E. COPELAND & ASSOCIA
1007 EMMETT STREET
KISSIMMEE, FL 34741

CREDITOR ID: 389561-54
RODRIGUEZ, LAUDELINA
C/O ANTHONY J SCREMIN, PA
ATTN ANTHONY J SCREMIN ESQ
37 NE 26TH ST
MIAMI FL 33137

CREDITOR ID: 389561-54
RODRIGUEZ, LAUDELINA
2421 NW 18TH TERR
MIAMI, FL 33125

CREDITOR ID: 393233-55
RODRIGUEZ, LAUDELINA
C/O: ANTHONY J SCREMIN, ESQ.
LAW OFFICES OF ANTHONY J SCREMIN, PA
37 NE 26TH STREET
MIAMI FL 33137

CREDITOR ID: 382170-51
RODRIGUEZ, LINDA
1105 DURBIN PARKE DRIVE
JACKSONVILLE, FL 32259

CREDITOR ID: 385498-54
RODRIGUEZ, LUIS
5501 3RD AVE.
APT. 232
KEY WEST, FL 33040

CREDITOR ID: 390798-55
RODRIGUEZ, LUIS
C/O LAW OFFICE OF MANUEL E GARCIA PA
515 WHITEHEAD STREET
KEY WEST FL 33040

CREDITOR ID: 392308-55
RODRIGUEZ, MARIA THERESA
C/O: DAVID SNYDER
DAVID A. SYNDER, P.A.
2340 SOUTH DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 388034-54
RODRIGUEZ, MARIA THERESA
8428 NW 103RD ST
UNIT 201C
HIALEAH GARDENS, FL 33016

CREDITOR ID: 388097-54
RODRIGUEZ, MARIANGELES
1913 REEF CLUB DRIVE. #3-203
KISSIMMEE, FL 34741

CREDITOR ID: 388703-54
RODRIGUEZ, OMAR
1670 W. 57TH TERRACE
HIALEAH FL 33012

CREDITOR ID: 392567-55
RODRIGUEZ, PALMIRA
C/O: BRIAN GLATZER
BERNSTEIN AND MARYANOFF
15055 SW 122ND AVE
MIAMI FL 33186

CREDITOR ID: 386692-54
RODRIGUEZ, RAFAEL
527 BAHIA CIRCLE DRIVE
OCALA FL 34472

CREDITOR ID: 392051-55
RODRIGUEZ, RAFAEL
C/O ALEX CUELLO, ESQ
8603 S DIXIE HIGHWAY
MIAMI FL 33143

CREDITOR ID: 388022-54
RODRIGUEZ, RAMONA
10502 122 AVE
LARGO, FL 33770

CREDITOR ID: 392298-55
RODRIGUEZ, RAMONA
C/O HADDAD & SHUTTERA
ATTN ROBERT J SHUTTERA, ESQ
13555 AUTOMOBILE BLVD, SUITE 540
CLEARWATER FL 33762-3838

CREDITOR ID: 391411-55
RODRIGUEZ, RAUL
C/O: THOMAS HURST
THOMAS HURST PA
GROVE PLAZA 7TH FLOOR
29 00 S.W. 28TH TERRACE
MIAMI FL 33133

CREDITOR ID: 387375-55
RODRIGUEZ, ROSEMARY
1725 TAYLOR STREET
HOLLYWOOD, FL 33020

CREDITOR ID: 391942-55
RODRIGUEZ, ROSEMARY
C/O: MICHAEL K. BREGMAN, ESQ.
ROSENBERG & ROSENBERG, PA
2501 HOLLYWOOD BLVD., STE 110
HOLLYWOOD FL 33021

CREDITOR ID: 387230-54
RODRIGUEZ, SABRINA
1495 W. 81ST STREET
HIALEAH, FL 33014

CREDITOR ID: 394283-56
RODRIGUEZ, THERESA
4525 WEST LAMBRIGHT STREET
TAMPA, FL 33614

CREDITOR ID: 392324-55
RODRIQUEZ, AIDA L
C/O ROSEN SWITKES CABRERA & ENTIN
ATTN REGINA FRANCO-MURPHEY, ESQ
PENTHOUSE SOUTHEAST
407 LINCOLN ROAD
MIAMI BEACH FL 33139-3008

CREDITOR ID: 388054-54
RODRIQUEZ, AIDA L
1443 NW 112TH TERRACE
MIAMI, FL 33167

CREDITOR ID: 385428-54
RODRIQUEZ, JANET FERNANDEZ
21200 SW 172ND AVE.
MIAMI, FL 33187

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 390733-55
RODRIQUEZ, JANET FERNANDEZ
C/O JOSEPH C MCINTYRE, PA
ATTN JOSEPH C MCINTYRE, ESQ
15055 SW 122ND AVE
MIAMI FL 33186

CREDITOR ID: 386745-54
RODRIQUEZ, MIGUEL
P.O BOX 7333
WEST PALM BEACH FL 33405

CREDITOR ID: 391669-55
RODRIQUEZ, MIGUEL
C/O: DAVID WIITALA, ESQ.
WIITALA & CONTOLE, P.A.
631 U.S. HIGHWAY ONE
SUITE310
NORTH PALM BEACH FL 33408

CREDITOR ID: 387774-54
RODRIQUEZ, VIVIAN
8110 SW 73RD AVE APT 2
MIAMI, FL 33143

CREDITOR ID: 392116-55
RODRIQUEZ, VIVIAN
C/O: HOSEY HERNANDEZ, ESQUIRE
HOSEY HERNANDEZ
2701 SOUTH BAYSHORE DR.
SUITE 602
COCONUT GROVE FL 33133

CREDITOR ID: 259902-12
RODY & CO MARKETING INC
140 MCLEVIN AVE UNIT #8
SCARBOROUGH, ON M1B 3V1
CANADA

CREDITOR ID: 259903-12
ROEBIC LABORATORIES
ATTN VINCENT IDONE, CONTROLLER
PO BOX 927
ORANGE, CT 06477

CREDITOR ID: 376862-44
ROEBUCK VENTURES LTD
135 PARKSIDE CLOSE
ALPHARETTA, GA 30022-1437

CREDITOR ID: 259905-12
ROEBUCK VENTURES LTD
C/O THE MOSITES COMPANY
THE TIMES BUILDING
336 FOURTH AVENUE
PITTSBURGH PA 15222

CREDITOR ID: 259904-12
ROEBUCK VENTURES LTD
C/O JP PROPERTIES INC
135 PARKSIDE CLOSE
ALPHARETTA, GA 30022

CREDITOR ID: 244670-12
ROEDER, CAROLYN R
6313 SARAMAC DRIVE
WATAUGA TX 76148

CREDITOR ID: 262722-12
ROEDER, TERRY
584 WILLOW RIDGE DRIVE
LULING, LA 70070

CREDITOR ID: 399408-99
ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
1475 EAST NINTH ST
ONE CLEVELAND CENTER, 9TH FL
CLEVELAND OH 44115

CREDITOR ID: 259906-12
ROGER A HEWITT
215 NANCY AVENUE
PANAMA CITY BEACH FL 32413

CREDITOR ID: 268462-14
ROGER E KODAT
2516 IRON FORGE RD
HERNDON VA 20171-2916

CREDITOR ID: 259909-12
ROGER F DESJARDINS
6545 HWY 42
LOT 104
REX GA 30273

CREDITOR ID: 259910-12
ROGER HERBIN
1717 LYNN ROAD
GREENSBORO NC 27405

CREDITOR ID: 259911-12
ROGER L GRAHAM
316 ROGER DRIVE
GARDENDALE AL 35071

CREDITOR ID: 259913-12
ROGER WILBOURN
13234 MAYES ROAD
HUNTERSVILLE NC 28078

CREDITOR ID: 406271-97
ROGER WOOD FOODS INC
ATTN: THOMAS MARKS, ACCTG MGR
7 ALFRED STREET
SAVANNAH GA 31408

CREDITOR ID: 259914-12
ROGER WOOD FOODS, INC
ATTN THOMAS MARKS, ACCTG MGR
PO BOX 2926
SAVANNAH, GA 31402

CREDITOR ID: 384331-47
ROGERS DEDICATED SERVICES INC
PO BOX 43945
ATLANTA, GA 30336-0945

CREDITOR ID: 268463-14
ROGERS FINANCIAL GROUP LLC
ATTN: JOHN ROGERS
7 BOYCE AVE
GREENVILLE SC 29601-3109

CREDITOR ID: 259915-12
ROGERS TOWERS BAILEY JONES & GAY
ATTN RICHARD L MAGUIRE, ESQ
1301 RIVERPLACE BLVD, SUITE 1500
JACKSONVILLE, FL 32207

CREDITOR ID: 243288-12
ROGERS, BEN
517 LARRY COURT
BRANDON FL 33511

CREDITOR ID: 244365-12
ROGERS, CALANDRA I
1513 SUMMIT OAKS DRIVE W
JACKSONVILLE FL 32221

CREDITOR ID: 388442-54
ROGERS, GWENDOLYN
1612 13TH AVENUE SOUTH
#E
BIRMINGHAM, AL 35205

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393453-55<br>ROGERS, HAZEL R<br>C/O MARVIN S SCHULMAN, PA<br>ATTN MARVIN S SCHULMAN, ESQ<br>2800 WESTON RD, SUITE 201<br>WESTON FL 33331 | CREDITOR ID: 389915-54<br>ROGERS, HAZEL R<br>12179 NW 36TH PLACE<br>SUNRISE, FL 33323 | CREDITOR ID: 385420-54<br>ROGERS, JEAN<br>763 NORTH WALNUT STREET<br>STARKE, FL 32091 |
| CREDITOR ID: 390725-55<br>ROGERS, JEAN<br>C/O: PHYLLIS M. ROSIER, ESQUIRE<br>PHYLLIS M. ROSIER, P.A.<br>100 W. CALL STREET<br>STARKE FL 32091 | CREDITOR ID: 407143-MS<br>ROGERS, JIMMY L.<br>1441 BILLINGS DR.<br>HICKORY NC 28602 | CREDITOR ID: 389530-54<br>ROGERS, KIM<br>857 CAMP ST.<br>NEW ORLEANS, LA 70130 |
| CREDITOR ID: 393202-55<br>ROGERS, KIM<br>C/O: MICHELLE GAUDIN<br>GAUDIN & LONGARIA, LLC<br>858 CAMP ST.<br>NEW ORLEANS LA 70130 | CREDITOR ID: 405938-93<br>ROGERS, LARONDA<br>C/O DAVID M BENENFELD, P.A.<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, STE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 389637-54<br>ROGERS, LILIAN<br>2309 OAKWOOD AVE<br>HUNTSVILLE, AL 35811 |
| CREDITOR ID: 387203-54<br>ROGERS, LILLIAN<br>1050 DOTTEREL ROAD, UNIT 517<br>DELRAY BEACH, FL 33444 | CREDITOR ID: 391790-55<br>ROGERS, LILLIAN<br>C/O: JEFFREY S MARKS, ESQ<br>MARKS & ARTAU, ATTORNEYS  AT  LAW<br>2499  GLADES ROAD<br>SUITE 308<br>BOCA RATON FL 33431 | CREDITOR ID: 393294-55<br>ROGERS, LILLIAN<br>C/O HORNSBY WATSON HORNSBY ET AL<br>ATTN RALPH W HORNSBY JR, ESQ<br>1110 GLENEAGLES DR.<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 385645-54<br>ROGERS, NAFISA (MINOR)<br>2312 LAKE WESTON PT DR<br>APT 423<br>ORLANDO, FL 32810 | CREDITOR ID: 390933-55<br>ROGERS, NAFISA (MINOR)<br>C/O: MR. FRANK VERDIE, ESQ<br>FRANK P. VERDI, P.A.<br>12958 NORTH DALE MABRY HIGHWAY<br>TAMPA FL 33618 | CREDITOR ID: 389712-54<br>ROGERS, RUFUS<br>1085 RHONDA ROAD<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 386241-54<br>ROGERS, SHARON<br>2510 AMERICCA AVENUE<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 391371-55<br>ROGERS, SHARON<br>C/O: PAUL M. DOOLITTLE<br>SEELIE & DOOLITTLE, P.A.<br>233 EAST BAY STREET<br>SUITE 1010<br>JACKSONVILLE FL 32202 | CREDITOR ID: 407144-MS<br>ROGERS, SUSAN<br>1196 GARRISON DR<br>ST. AUGUSTINE, FL 32092 |
| CREDITOR ID: 384332-47<br>ROHA<br>5015 MANCHESTER<br>ST LOUIS, MO 63062 | CREDITOR ID: 385508-54<br>ROHLFS, BETTY<br>615 HERITAGE LANE<br>LARGO, FL 33770 | CREDITOR ID: 390807-55<br>ROHLFS, BETTY<br>C/O: LOUIS KOTLIKOFF, ATTY.<br>LOUIS J. KOTLIKOFF, ESQUIRE<br>1800 SECOND ST., SUITE 960<br>SARASOTA FL 34236 |
| CREDITOR ID: 259917-12<br>ROLAMECH INC<br>PO BOX 2065<br>SCOTTSDALE AZ 85252-2065 | CREDITOR ID: 259918-12<br>ROLAND C KIZER JR<br>ACADIAN VILLAGE SHOPPING CNTR<br>7575 JEFFERSON HWY<br>BOX 174<br>BATON ROUGE, LA 70806 | CREDITOR ID: 256035-12<br>ROLAND, MELISSA N<br>270 BILL ROAD<br>MAGEE MS 39111 |
| CREDITOR ID: 259919-12<br>ROLANDO SALINAS<br>104 SHENANDOAH DRIVE<br>FITZGERALD GA 31750 | CREDITOR ID: 384333-47<br>ROLANDS FARM<br>ATTN: BETTY JO ROLAND, OWNER<br>RT 2 BOX 2545<br>NASHVILLE, GA 31639 | CREDITOR ID: 399366-15<br>ROLAND'S FARM<br>C/O BETTY JO ROLAND, OWNER<br>RT 2 BOX 2545<br>NASHVILLE GA 31639 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389950-54<br>ROLDAN, MARIBEL<br>653 LAUREL LAKES COURT<br>ORLANDO, FL 32825 | CREDITOR ID: 393480-55<br>ROLDAN, MARIBEL<br>C/O: EDUARDO D. ARANGO, ESQUIRE<br>BOGIN, MUNNS & MUNNS<br>P.O. BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 259921-12<br>ROLET FOOD PRODUCTS INC<br>70 SCOTT AVENUE<br>BROOKLYN NY 11237 |
| CREDITOR ID: 394291-56<br>ROLFE, LINDA<br>2414 JOHNSON STREET<br>#12<br>HOLLYWOOD FL 33020 | CREDITOR ID: 407145-MS<br>ROLFE, ROBERT A.<br>13542 LAMIRADA CR.<br>WELLINGTON FL 33414 | CREDITOR ID: 390325-54<br>ROLIN, CHARLES T (MINOR)<br>PO BOX 74<br>WALNUT HILL, FL 32568 |
| CREDITOR ID: 390912-55<br>ROLIN, CHARLES T (MINOR)<br>C/O: SHIRLEY D. DARBY<br>LAW OFFICE OF SHIRLEY D. DARBY<br>PO BOX 587<br>ATMORE AL 36504 | CREDITOR ID: 259922-12<br>ROLL UP SHUTTERS INC<br>3409 VERONICA DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 251400-12<br>ROLL, HEATHER A<br>4615 COLONIAL AVENUE<br>JACKSONVILLE, FL 32210 |
| CREDITOR ID: 259923-12<br>ROLLAND SAFE & LOCK CO<br>1926 AIRLINE HWY<br>METAIRIE LA 70001 | CREDITOR ID: 393749-58<br>ROLLCALL<br>ILD TELECOMMUNICATIONS<br>5000 SAWGRASS VILLAGE<br>SUITE 30<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 388035-54<br>ROLLE, ALEXIS<br>538 REDWOOD DR<br>LAKE PARK, FL 33403 |
| CREDITOR ID: 392309-55<br>ROLLE, ALEXIS<br>C/O: SULEIKA GUILLEN/CASE MANAGER<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 393457-55<br>ROLLE, MARCHELLE D<br>C/O KOPPEL & BATES<br>ATTN DOUG BATES ESQ<br>817 S UNIVERSITY DRIVE, SUITE 100<br>PLANTATION FL 33324 | CREDITOR ID: 389919-54<br>ROLLE, MARCHELLE D<br>911 ARIZONA AVE<br>FORT LAUDERDALE, FL 33312 |
| CREDITOR ID: 259924-12<br>ROLLING OAKS UTILITIES<br>PO BOX 641030<br>BEVERLY HILLS, FL 34464-1030 | CREDITOR ID: 259894-12<br>ROLLINGS, RODNEY R<br>14318 NW 156 PL<br>ALACHUA, FL 32615 | CREDITOR ID: 259925-12<br>ROLLINS MECHANICAL<br>3300 VAIDENS COURT<br>LANEXA VA 23089-5515 |
| CREDITOR ID: 387423-54<br>ROLLINS, DAMON<br>2420 NW 152ND STREET<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 391972-55<br>ROLLINS, DAMON<br>C/O KIRSHNER & GROFF<br>ATTN RICHARD M KIRSHNER, ESQ<br>5901 SW 74TH ST<br>MIAMI FL 33143 | CREDITOR ID: 387374-54<br>ROLLINS, MARGARET<br>8219 NW 12TH COURT<br>MIAMI, FL 33147 |
| CREDITOR ID: 259926-12<br>ROLLMASTER FEDERICO DE HOYOS<br>FIRST NATIONAL BANK<br>1311 S CAGE BLVD<br>ACCT 50000039<br>PHARR TX 78577 | CREDITOR ID: 386789-54<br>ROLOOS, JANET L<br>25 WIGGINS RD<br>BEAUFORT SC 29907 | CREDITOR ID: 407146-MS<br>ROMAINE, MASON<br>4951 LONGBOW RD.<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 381461-47<br>ROMAN BRUNO, ANGEL J<br>4140 KIVEY DRIVE<br>LAKE WORTH, FL 33461 | CREDITOR ID: 388007-54<br>ROMAN, ANANGELICA<br>14545 SW 290TH TERRACE<br>HOMESTEAD, FL 33030 | CREDITOR ID: 392284-55<br>ROMAN, ANANGELICA<br>C/O PANTER PANTER & SAMPEDRO PA<br>ATTN MITCHELL J PANTER, ESQ<br>6950 N KENDALL DRIVE<br>MIAMI FL 33156 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 389645-54
ROMAN, LINDA
4515 CANOE CREEK RD
SAINT CLOUD, FL 34772

CREDITOR ID: 393299-55
ROMAN, LINDA
C/O: RANDY E. SCHIMMELPHENNING
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 399774-84
ROMAN, NIMIA
C/O MICHAEL B BREHNE PA LAW OFFICES
ATTN MICHAEL B BREHNE, ESQ
225 S SWOOPE AVENUE, SUITE 211
MAITLAND FL 32751

CREDITOR ID: 399774-84
ROMAN, NIMIA
2485 HAULOVER BLVD
DELTONA FL 32738

CREDITOR ID: 400242-85
ROMAN, NIMIA
C/O MICHAEL BREHNE
LAW OFFICES OF MICHAEL BREHNE
235 S. MAITLAND AVE. #204
MAITLAND FL 32751

CREDITOR ID: 258126-12
ROMAN, PATRICIA
6150 SW 154TH PLACE ROAD
OCALA, FL 34473

CREDITOR ID: 387921-54
ROMAN, YVETTE
2650 NW 25TH AVE.
MIAMI, FL 33142

CREDITOR ID: 392205-55
ROMAN, YVETTE
C/O ALFRED H FUENTE, ESQ
1385 CORAL WAY, SUITE 406
MIAMI FL 33145

CREDITOR ID: 259927-12
ROMERO TRUCKING
DRAWER 1033
PO BOX 830956
BIRMINGHAM, AL 35283-0956

CREDITOR ID: 399273-15
ROMERO TRUCKING, INC
ATTN DEBBIE JOHNSON
367 G&S ROAD
PRATTVILLE AL 36067

CREDITOR ID: 381224-47
ROMERO, BRIAN
60120 LAFOURCHE STREET
PLAQUEMINE, LA 70764

CREDITOR ID: 388983-54
ROMERO, CARLA
444  SHAMROCK BLVD.
VENICE, FL 34293

CREDITOR ID: 392885-55
ROMERO, CARLA
C/O BARANOWICZ & CALDERON, PA
ATTN PAMELA T CALDERON, ESQ
145 E MIAMI AVENUE
VENICE FL 34285

CREDITOR ID: 399566-82
ROMERO, GENELIA
2221 SW 122 COURT
MIAMI  FL 33175

CREDITOR ID: 394097-56
ROMERO, NESTOR
1228 GOLDEN CLUB COURT
ORLANDO, FL 32825-5852

CREDITOR ID: 394726-57
ROMERO, NESTOR
C/O MICHAEL MANGLARDI, ESQ
540 N SEMORAN BLVD
ORLANDO FL 32807

CREDITOR ID: 394245-56
ROMOTAR, SUSHILA
3102 FOXWOOD BLVD
WESLEY CHAPEL, FL 33543

CREDITOR ID: 381220-47
RON BEN ASSOCIATES
BRADEN RIVER POST OFFICE
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 259928-12
RON C EDMONDSON
8594 WAKULLA SPRINGS ROAD
TALLAHASSEE FL 32305

CREDITOR ID: 259929-12
RON COLA
129 SHANNON DRIVE
DANVILLE VA 24540

CREDITOR ID: 259930-12
RON DRENNON
4 ALLETA AVENUE
GREENVILLE SC 29607

CREDITOR ID: 259931-12
RON REED AND ASSOCIATE
PO BOX 593
CARENCRO, LA 70520

CREDITOR ID: 259932-12
RON WALLACE ENTERPRISES INC
12755 SHINNECOCK WAY
JACKSONVILLE, FL 32225

CREDITOR ID: 259933-12
RONALD A HOEHNE
PO BOX 1728
DEFUNIAK SPRINGS FL 32435

CREDITOR ID: 269343-16
RONALD A KATZ TECH LICENSING, LP
C/O LAURIE B. ADAMS, HELLER ET AL
1666 K STREET NW, SUITE 300
WASHINGTON, DC 20006-1228

CREDITOR ID: 259934-12
RONALD B MIZRAHI
PAID THREW P CARD
3068 CORNELIA DRIVE
JACKSONVILLE FL 32257

CREDITOR ID: 259935-12
RONALD BECKWITH
2128 FERNANDO COURT
MARRERO LA 70072

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2518-07
RONALD BENDERSON
8441 COOPER CREEK BLVD
UNIVERSITY PARK FL 34201

CREDITOR ID: 259937-12
RONALD BENDERSON 1995 TRUST
LEASE #54962 A/B4786
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 259936-12
RONALD BENDERSON 1995 TRUST
BRADENTON RIVER POST OFFICE
PO BOX 21199
LEASE #51916 A/B 4786
BRADENTON, FL 34204-1199

CREDITOR ID: 1789-07
RONALD BENDERSON 1995 TRUST
LEASE #54962 A/B4786
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 1788-07
RONALD BENDERSON 1995 TRUST
BRADENTON RIVER POST OFFICE
PO BOX 21199
BRADENTON FL 34204-1199

CREDITOR ID: 316114-41
RONALD D BACHRACH
C/O QUINE & ASSOCIATES
PO BOX 833009
ATTN: RITA BIRDWELL
RICHARDSON TX 75083-3009

CREDITOR ID: 259940-12
RONALD F KRAMER
5290 COUNTRY SIDE COURT
ST CLOUD FL 34771

CREDITOR ID: 259942-12
RONALD J SMITH
524 RUTH DRIVE
AVONDALE LA 70094

CREDITOR ID: 259943-12
RONALD L COOMBS
8910 GREENE WAY COMMONS
BLDG 4 SUITE 100
LOUISVILLE KY 40220

CREDITOR ID: 259944-12
RONALD L FERGUSON
1509 SOMERSET PLACE
MARRERO LA 70072

CREDITOR ID: 259945-12
RONALD L FREEMAN
5509 MEADOW RUN
KNIGHTDALE NC 27545

CREDITOR ID: 259946-12
RONALD L MILLER
5271 ALL OAKS COURT
JACKSONVILLE FL 32258

CREDITOR ID: 381293-47
RONALD MITCHELL
1141 SW 12TH AVENUE
POMPANO BEACH, FL 33069

CREDITOR ID: 259949-12
RONALD S PARRY
2410 PRESSLEY ROAD
CHESTER SC 29706-0703

CREDITOR ID: 259955-12
RONALD TOWNSEND
13440 ELLSWORTH LANE
JACKSONVILLE FL 32225

CREDITOR ID: 405469-95
RONALD TOWNSEND
USE V# 770049
13440 ELLSWORTH LANE
JACKSONVILLE FL 32225

CREDITOR ID: 259957-12
RONALD W BEATY
3936 MESIILA DRIVE
JACKSON MS 39212

CREDITOR ID: 259958-12
RONALD W MOTT
PO BOX 14
ARCADIA FL 34265

CREDITOR ID: 259959-12
RONALD WELLS
3741 NORTHWEST 98TH AVENUE
CORAL SPRINGS FL 33065

CREDITOR ID: 268464-31
RONALD WOODRUM IRRIG CONS
ATTN: RONALD WOODRUM
390 WASHINGTON OAKS DR
DELAND FL 32720-2760

CREDITOR ID: 259961-12
RONCO
PO BOX 8000 DEPT 410
BUFFALO NY 14267

CREDITOR ID: 384334-47
RONCO COMMUNICATIONS
PO BOX 404589
ATLANTA, GA 30384-4589

CREDITOR ID: 259962-12
RONDAL R FIELDS
6929 KENIMER ROAD
CLERMONT GA 30527

CREDITOR ID: 259963-12
RONDALE BECKWITH
22128 FERNANDO COURT
MARRERO LA 70072

CREDITOR ID: 268465-31
RONICAL INTERNATIONAL TRADING
ATTN: ADIL ELIAS
115 PALMER AVE
WINTER PARK FL 32789-2582

CREDITOR ID: 259964-12
RONNELL L STEWART
301 N LAUREL
APT C
METAIRIE LA 70003

CREDITOR ID: 259965-12
RONNIE ROGERS
202 ZANER DRIVE
JACKSONVILLE NC 28540

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259966-12<br>RONNIE SUMMERS<br>864 HOOPER CHERRY ROAD<br>DOTHAN AL 36305 | CREDITOR ID: 259968-12<br>RONNIE Z BOYKIN<br>10 ALPINE PARK DRIVE<br>BRANDON MS 39047 | CREDITOR ID: 259969-12<br>RONNY HARRELL TRUCKING<br>PO BOX 250<br>WARESBORO GA 31564 |
| CREDITOR ID: 259970-12<br>RONNY STEPHENS<br>10242 WILLOWHURST COURT<br>CHARLOTTE NC 28210 | CREDITOR ID: 259971-12<br>RONNYS CARPET CLEANING<br>2104 ORCHARD DRIVE<br>APOPKA FL 32712 | CREDITOR ID: 259972-12<br>RONS LOCKSMITH SER<br>4317 WORTH ST<br>ORLANDO FL 32808 |
| CREDITOR ID: 259973-12<br>RONSON CONSUMER PRODUCTS CORP<br>ATTN FRED MOUFERY, CR MGR<br>CORPORATE PARK III<br>PO BOX 23655<br>NEWARK, NJ 07189 | CREDITOR ID: 259974-12<br>ROOF ENGINEERING INC<br>185 101 WIND CHIME COURT<br>RALEIGH NC 27615 | CREDITOR ID: 259975-12<br>ROOF RESOURCES INC 04<br>11931 BRINLEY AVENUE<br>MIDDLETOWN KY 40243 |
| CREDITOR ID: 259976-12<br>ROOF SYSTEMS CO OF PIEDMONT<br>PO BOX 8418<br>GREENVILLE SC 29604-8418 | CREDITOR ID: 388346-54<br>ROOFING & CONSTRUCTION CAMPBELL<br>PO BOX 2433<br>WARNER ROBBINS, GA 31099 | CREDITOR ID: 259978-12<br>ROOFING ASSOCIATES<br>680 RIVERSIDE DR<br>MOUNT AIRY, NC 27030 |
| CREDITOR ID: 259979-12<br>ROOKIE GIANTS<br>1232 CREEK BEND ROAD<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 385744-54<br>ROOKS, ANNIE<br>1434 DBL. CHURCHES ROAD<br>COLUMBUS, GA 31904 | CREDITOR ID: 259980-12<br>ROOSEVELT MIDDLE SCHOOL<br>3315 MAINE AVE<br>KENNER, LA 70065 |
| CREDITOR ID: 374505-44<br>ROOT, DALE L<br>ORL DIV #657<br>7019 JARVIS RD<br>SARASOTA, FL 34241 | CREDITOR ID: 393073-55<br>ROPER, CHUCK L<br>C/O: BRUCE JACOBUS JR<br>FIELDER & JACOBUS PA<br>1990 W NEW HAVEN AVE, STE. 201<br>MELBOURNE FL 32904 | CREDITOR ID: 389230-54<br>ROPER, CHUCK L<br>3115 SOUTH VASSER STREET<br>MELBOURNE FL 32901 |
| CREDITOR ID: 260366-12<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 259981-12<br>ROPPELS<br>7306 PRESTON HIGHWAY<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 2520-07<br>RORELORY-LAPLACE, LLC<br>ATTN: ROBERT D. HESS<br>1916 BUTTERNUT AVENUE<br>METAIRIE LA 70001 | CREDITOR ID: 386102-54<br>RORIE, DESTINY (MINOR)<br>11120 NW 39TH STREET WEST APT<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 391290-55<br>RORIE, DESTINY (MINOR)<br>C/O CHARLES H COHEN, PA<br>ATTN CHARLES H COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FORT LAUDERDALE FL 33306 |
| CREDITOR ID: 387115-54<br>RORIE, LENARD<br>24 NE 166TH STREET<br>MIAMI, FL 33162 | CREDITOR ID: 391711-55<br>RORIE, LENARD<br>C/O: ROBERT DISTEFANO, ESQ.<br>LAW OFFICES OF ROBERT DISTEFANO<br>7471 WEST OAKLAND PARK BLVD.<br>SUITE 106<br>FT. LAUDERDALE FL 33319 | CREDITOR ID: 388231-54<br>RORIE, LEONARD<br>24 NE 166TH STREET<br>NORTH MIAMI BEACH FL 33162 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 392429-55
RORIE, LEONARD
C/O CHARLES COHEN
CHARLES COHEN, PA
2856 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 395559-15
RO'S BARBEQUE DISTRIBUTING CO
ATTN MARK T HOFFMAN, MGR
1315 GASTON AVENUE
GASTONIA NC 28054

CREDITOR ID: 259982-12
ROS BBQ DISTRIBUTING COMPANY
1315 GASTON AVENUE
GASTONIA, NC 28052

CREDITOR ID: 405470-95
ROS BBQ DISTRIBUTING COMPANY
2635 SPARROW SPRINGS ROAD
KINGS MOUTAIN NC 28086

CREDITOR ID: 259983-12
ROSA LYNN JACOBS
7595 BAYMEADOWS CW, APT 606
JACKSONVILLE FL 32256

CREDITOR ID: 376883-44
ROSA VALLE
BOX 291
SAN ANTONIO PR 00690-0291

CREDITOR ID: 259986-12
ROSA ZOLLO
11920 NW 39 PLACE
SUNRISE FL 33323

CREDITOR ID: 386171-54
ROSADO, CARMEN
11341 SW 186TH STREET
MIAMI, FL 33157

CREDITOR ID: 391332-55
ROSADO, CARMEN
C/O: DANIEL A. LACHEEN
DANIEL ALAN LACHEEN, P. A.
80 S. W. 8TH STREET
SUITE 1910
MIAMI FL 33130

CREDITOR ID: 388363-54
ROSADO, NANCY
109 WILLIAM AND MARY PLACE
KENNER, LA 70065

CREDITOR ID: 392464-55
ROSADO, NANCY
C/O DANIEL E BECNEL III ESQ
LAW OFFICES OF DANIEL E BECNEL JR
425 W AIRLINE HWY #B
LA PLACE LA 70068

CREDITOR ID: 381694-47
ROSALES, JESUS A
4316 KEN AVENUE
LAKE WORTH, FL 33406

CREDITOR ID: 259987-12
ROSALIND TYLER
6346 PHILLIPS CREEK
LITHONIA GA 30058

CREDITOR ID: 259988-12
ROSALINDA M CUCCHIELLA
250 CAPRI ISLE 126 AVENUE EAST
APT 104
TREASURE ISLAND FL 33706

CREDITOR ID: 259989-12
ROSANA VITALE
70439 COURTANO DRIVE
COVINGTON LA 70433

CREDITOR ID: 259990-12
ROSARIO C GARCIA
1228 NW 6TH STREET, APT 6
MIAMI FL 33125

CREDITOR ID: 387889-54
ROSARIO, ADRIAN
260 NW 107TH  AVE. APT 107
MIAMI, FL 33172

CREDITOR ID: 392171-55
ROSARIO, ADRIAN
C/O LAW OFFICES OF MAX R PRICE, PA
ATTN MAX R PRICE, ESQ
6701 SUNSET DRIVE, STE 104
MIAMI FL 33143

CREDITOR ID: 386005-54
ROSARIO, HILDA
231 PINE TERRACE
WEST PALM BEACH, FL 33405-2615

CREDITOR ID: 386005-54
ROSARIO, HILDA
331 PINE TERRACE
WEST PALM BEACH, FL 33405-2615

CREDITOR ID: 386993-54
ROSARIO, JAMNY
535 NW 1ST AVENUE, APT B
HOMESTEAD FL 33030

CREDITOR ID: 376877-44
ROSCOE, RONALD
ORL DIV STORE# 678
2746 VALENCIA GROVE DR
VALRICO, FL 33594

CREDITOR ID: 259991-12
ROSE ART INDUSTRIES INC
PO BOX 820951
PHILADELPHIA, PA 19182-0951

CREDITOR ID: 405471-95
ROSE ART INDUSTRIES INC
6 REGENT STREET
LIVINGSTON NJ 70390000

CREDITOR ID: 259992-12
ROSE BAY OYSTER CO
7794 US 264
MAIL 24694 US 264
SWAN QUARTER NC 27885

CREDITOR ID: 259994-12
ROSE E CLARK
583 RAYMOND THARRINGTON ROAD
LOUISBURG NC 27549

CREDITOR ID: 259995-12
ROSE MARY LEWIS
1303 ROANOKE AVENUE
HOPEWELL VA 23860-5924

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 259996-12
ROSE N PERANTONI
794 KARA CIRCLE
ROCKLEDGE FL 32955

CREDITOR ID: 259997-12
ROSE PACKING CO
65 S BARRINGTON RD
BARRINGTON IL 60010-9508

CREDITOR ID: 387924-54
ROSE, AMELIA
4916- B EAGLEWOOD ROAD
BOYNTON BEACH, FL 33436

CREDITOR ID: 392208-55
ROSE, AMELIA
C/O: SEAN F. MONAHAN, P.A.
112 S. FEDERAL HWY., STE. 4
BOYNTON BEACH FL 33435-4939

CREDITOR ID: 373709-44
ROSE, ANNA
4021 REESE ROAD
COLUMBUS, GA 31907

CREDITOR ID: 386051-54
ROSE, BILLY
11 PLANTERS LANE
GULFPORT, MS 39503

CREDITOR ID: 389609-54
ROSE, BOBETTE
204 EMRY STREET
ROANOKE RAPIDS, NC 27870

CREDITOR ID: 245290-12
ROSE, CHRIS R
2564 ANDERSON DRIVE W
CLEARWATER FL 33761

CREDITOR ID: 407768-38
ROSE, MISTY
C/O MORGAN & MORGAN
ATTN CATHERINE DILLON, CASE MGR
20 N ORANGE AVENUE, 16TH FLOOR
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 388028-54
ROSE, SEDALIA
1805 BLUE HERON BLVD.
RIVIERA BEACH, FL 33404

CREDITOR ID: 392303-55
ROSE, SEDALIA
C/O: JOHN D. AMEEN
AMEEN & DRUCKER, P.A.
3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS FL 33065

CREDITOR ID: 392194-55
ROSE, TINISSA (MINOR)
C/O: GARY H. JUDA, P.A.
LAW OFFICES OF COHEN & JUDA, P.A.
8211 W. BROWARD BLVD.
SUITE 310
PLANTATION FL 33324

CREDITOR ID: 390337-54
ROSE, TINISSA (MINOR)
4251 NW 5TH ST
PLANTATION, FL 33317

CREDITOR ID: 259998-12
ROSELAND ELEMENTARY PTA
PO BOX 860
ROSELAND, LA 70456

CREDITOR ID: 405472-95
ROSELAND ELEMENTARY PTA
12516 TIME AVE
ROSELAND LA 70456

CREDITOR ID: 259999-12
ROSELAND PARK ELEMENTARY SCHOOL
1610 GILCREASE AVE
PICAYUNE, MS 39466

CREDITOR ID: 389510-54
ROSELLO, LENY
5182 MELENIA BLVD, APT 201
ORLANDO, FL 32839

CREDITOR ID: 260000-12
ROSEMARI WOOD
302 PINEFOREST DRIVE
PALM HARBOR FL 34684

CREDITOR ID: 391630-55
ROSEMOND, JOHN JR.
C/O: JOSEPH FRANCIS, JR. ESQ.
HOWARD, HOWARD, FRANCIS & REID, LLP
PO BOX 10383
GREENVILLE SC 29603

CREDITOR ID: 386650-54
ROSEMOND.JR., JOHN
20 DALE DR.
GREENVILLE SC 29607

CREDITOR ID: 260001-12
ROSEMONT FARMS
2700 NORTH MILITARY TRAIL
SUITE 410
BOCA RATON FL 33431

CREDITOR ID: 278944-30
ROSEMONT FARMS CORPORATION
C/O ROJAS SANTOS STOKES & GARCIA LLP
ATTN CRAIG STOKES, ESQ
3330 OAKWELL COURT, SUITE 225
SAN ANTONIO TX 78218

CREDITOR ID: 278944-30
ROSEMONT FARMS CORPORATION
ATTN ROBERT NISSENFELD, CONTROLLER
2700 N MILITARY TRAIL, SUITE 410
BOCA RATON FL 33431

CREDITOR ID: 260002-12
ROSEMYR CORP
PO BOX 108
HENDERSON, NC 27536-0108

CREDITOR ID: 260003-12
ROSEN PLAZA
9700 INTERNATIONAL DRIVE
ORLANDO FL 32819

CREDITOR ID: 269345-16
ROSEN, SAMUEL K.
PAUL, HASTINGS, ET AL.
75 EAST 55TH STREET
NEW YORK, NY 10022

CREDITOR ID: 407588-15
ROSENBERG, SUSAN
1250 PARKWOOD CIRCLE #306
ATLANTA GA 30339

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388504-54<br>ROSENBERG-ROGERS, LAURIE<br>PO BOX 54343<br>BATON ROUGE, LA 70892 | CREDITOR ID: 260004-12<br>ROSENDAHL DEHYDRATOR<br>4624 W NEBRASKA<br>CARUTHERS CA 93609 | CREDITOR ID: 260005-12<br>ROSENWALD ELEMENTARY SCHOOL<br>6501 BERKLEY DR<br>NEW ORLEANS, LA 70131 |
| CREDITOR ID: 260006-12<br>ROSERY FLORIST<br>300 S RANGE ST<br>MADISON FL 32340-2344 | CREDITOR ID: 260007-12<br>ROSES ANGELS INC<br>33 4TH STREET<br>GAINESVILLE GA 30504 | CREDITOR ID: 400297-85<br>ROSEWAY, BONNIE<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY RODNEY WILLIS, ESQ<br>PO DRAWER 1227<br>MILLBROOK AL 36054 |
| CREDITOR ID: 268466-31<br>ROSEWOOD COURT RESIDENTIAL<br>ATTN: WILLEM NIGLAND<br>1600 ROSEWOOD CT<br>VERO BEACH FL 32966-2273 | CREDITOR ID: 260008-12<br>ROSHELL HORTON<br>1403 PANDA ROAD<br>LISHMAN AL 36912 | CREDITOR ID: 260009-12<br>ROSHER ELECTRIC COMPANY, INC<br>4670 HALLS MILL ROAD<br>MOBILE, AL 36693 |
| CREDITOR ID: 385478-54<br>ROSHTO, CHRISTINA<br>145 FLETCHER ROAD<br>PINEVILLE, LA 71360 | CREDITOR ID: 390778-55<br>ROSHTO, CHRISTINA<br>C/O: WILBERT J. SAUCIER, JR.<br>WILBERT J. SAUCIER, JR., P.A.<br>826 MAIN STREET<br>PINEVILLE LA 71360 | CREDITOR ID: 260010-12<br>ROSIE BILYEU<br>1403 SUMMITT<br>HOPKINSVILLE KY 42240 |
| CREDITOR ID: 260011-12<br>ROSIE HARGROVE<br>662 PALM STREET<br>MOBILE AL 36607 | CREDITOR ID: 260012-12<br>ROSIE I DAVIS<br>162 NORTH JESUP<br>HOPKINSVILLE KY 42240 | CREDITOR ID: 385336-54<br>ROSIER, ROBIN<br>5304 47TH ST. COURT EAST<br>BRADENTON, FL 34203 |
| CREDITOR ID: 390643-55<br>ROSIER, ROBIN<br>C/O FISHER & SAULS PA<br>ATTN C. BRYANT BOYDSTUN, JR, ESQ<br>PO BOX  387<br>ST. PETERSBURG FL 33731 | CREDITOR ID: 260013-12<br>ROSINA FOOD PRODUCTS INC<br>PO BOX 2732<br>BUFFALO, NY 14240-2732 | CREDITOR ID: 405473-95<br>ROSINA FOOD PRODUCTS INC<br>5908 BRECKENRIDGE PARKWAY<br>TAMPA FL 33610 |
| CREDITOR ID: 268467-31<br>ROSLIE LIGHT CNTRY IMPRESSIONS<br>ATTN: ROSALIE LIGHT<br>7743 N FAIRPORT AVE<br>DUNNELLON FL 34433-5602 | CREDITOR ID: 260014-12<br>ROSLYN STANFORD PARENT OF<br>RAVYN STANFORD<br>1944 WEBB GENN HOUSE ROAD<br>SNELLVILLE GA 30078 | CREDITOR ID: 260015-12<br>ROSS A MUGLER<br>COMMISSIONER OF REVENUE<br>PO BOX 636<br>HAMPTON VA 23669-0636 |
| CREDITOR ID: 260016-12<br>ROSS B GONZALES JR<br>1308 PERRIN DRIVE<br>ARABI LA 70032-0215 | CREDITOR ID: 260017-12<br>ROSS ELEMENTARY SCHOOL<br>1809 W HUTCHINSON<br>CROWLEY, LA 70526 | CREDITOR ID: 260018-12<br>ROSS JACKSON PLUMBING INC<br>1506 BEESON DRIVE NORTH EAST<br>BROOKHAVEN, MS 39601 |
| CREDITOR ID: 260019-12<br>ROSS LABORATORIES<br>625 CLEVELAND AVENUE<br>DEPT 106631-DS4<br>TRADE CUSTOME SERVICE<br>COLUMBUS OH 43215 | CREDITOR ID: 405474-95<br>ROSS LABORATORIES<br>6480 BUSCH BLVD<br>COLUMBUS OH 43229 | CREDITOR ID: 278705-99<br>ROSS LABORATORIES<br>ATTN: PHIL POLK, CONTROLLER<br>DEPT L-281<br>COLUMBUS , OH 43260-0001 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 378301-15<br>ROSS PRODS DIV ABBOTT LABS INC<br>C/O KOHNER MANN & KAILAS SC<br>ATTN MATTHEW J STICKEL ESQ<br>WA BLDG BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | CREDITOR ID: 406061-97<br>ROSS PRODS DIV ABBOTT LABS INC<br>ATTN: BARRY BARNARD, VP & CONTROLLE<br>625 CLEVELAND AVENUE<br>COLUMBUS OH 43215-1724 | CREDITOR ID: 382083-36<br>ROSS PRODUCTS DIV, ABBOTT LABORATORIES, INC<br>MATTHEW J. STICKEL<br>KOHNER MANN & KAILAS<br>4650 N. PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 |
| CREDITOR ID: 239857-06<br>ROSS, ALEX<br>SC DHEC BEH/DS<br>2600 BULL STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 385585-54<br>ROSS, BRENDA<br>603 APT. B 1ST ST. NORTH<br>CORDELE, GA 31015 | CREDITOR ID: 390879-55<br>ROSS, BRENDA<br>C/O: J. H. BUCK BEAUCHAMP<br>BEAUCHAMP & ASSOCIATES<br>P. O. BOX 287<br>ALBANY GA 31702 |
| CREDITOR ID: 245031-12<br>ROSS, CHARLES E<br>2510 MCCRANIE PLACE<br>LAKELAND FL 33801 | CREDITOR ID: 245070-12<br>ROSS, CHARLES W<br>1535 DR M L KING STREET NORTH<br>ST PETERSBURG FL 33704 | CREDITOR ID: 388635-54<br>ROSS, DAVID<br>461 BURTON AV<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 392686-55<br>ROSS, DAVID<br>C/O: CHARLES ANDERSON<br>THE ANDERSON LAW FIRM<br>4121 CARMICHAEL RD<br>MONTGOMERY AL 36106 | CREDITOR ID: 385979-54<br>ROSS, DEBORAH<br>602 SHERBURN LANE<br>LOUISVILLE, KY 40207 | CREDITOR ID: 391203-55<br>ROSS, DEBORAH<br>C/O: GILBERT H NUTT<br>NUTT LAW OFFICE<br>455 FOURTH AVENUE<br>SUITE 409, STARKS BLDG<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 374659-44<br>ROSS, DEPUTY NATHANIEL<br>1020 ROSS CIRCLE<br>JACKSON, MS 39209 | CREDITOR ID: 387491-54<br>ROSS, DESRANE<br>2621 NW 42ND TERRACE<br>LAUDERHILL FL 33313 | CREDITOR ID: 392013-55<br>ROSS, DESRANE<br>C/O: MICHAEL ELSTEIN<br>SANTOS, LYNOTT & HENRY, P.A.<br>1509 W. SWANN AVENUE<br>TAMPA FL 33606 |
| CREDITOR ID: 400902-91<br>ROSS, JAMES P<br>560 TIVOLI DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 385208-54<br>ROSS, JULIANNA<br>C/O LEVIN, PAPANTONIO, THOMAS<br>P.O. BOX 12308<br>PENSACOLA, FL 32581 | CREDITOR ID: 390516-55<br>ROSS, JULIANNA<br>C/O: TIMOTHY O'BRIEN, ESQ.<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECH<br>P. O. BOX 12308<br>316 S. BAYLEN ST.  SUITE 600<br>PENSACOLA FL 32581 |
| CREDITOR ID: 382280-51<br>ROSS, KELLIE D.<br>833 W. CUMBERLAND COURT<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 256939-12<br>ROSS, NATHANIEL<br>1020 ROSS CIRCLE<br>JACKSON, MS 39209 | CREDITOR ID: 407147-MS<br>ROSS, PATRICK J<br>112 MARTINIQUE CIRCLE<br>PONTE VEDRA BEACH FL 32082-1639 |
| CREDITOR ID: 387075-54<br>ROSSCHILE, RUFUS<br>839 W. CANYON COURT<br>MONTGOMERY AL 36110 | CREDITOR ID: 260020-12<br>ROSSELLES METALS INC<br>9070 NW 36TH AVE<br>MIAMI FL 33147 | CREDITOR ID: 245432-12<br>ROSSI, CINTIA N<br>22274 TIMBERLY ROAD<br>BOCA RATON FL 33428 |
| CREDITOR ID: 407148-MS<br>ROSSITER, LEO F.<br>909 MCINTOSH DR.<br>BRANDON FL 33510 | CREDITOR ID: 390250-54<br>ROSSMAN, THERESA<br>5959 FORT CAROLINE ROAD<br>APT 2705<br>JACKSONVILLE FL 32277 | CREDITOR ID: 388075-54<br>ROSSNER, MANDY<br>4052 OLD COTTONDALE RD<br>MARIANNA, FL 32448 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388075-54<br>ROSSNER, MANDY<br>4052 OLD COTTONDALE RD<br>APT 701<br>MARIANNA, FL 32448 | CREDITOR ID: 259446-12<br>ROST MIDDLE, RENE A<br>112 W 6TH ST<br>KAPLAN, LA 70548 | CREDITOR ID: 260022-12<br>ROTANIS PET PRODUCTS INC<br>ATTN: ROBERT KASTNER, CFO<br>73 SPRING STREET<br>OSSINING, NY 10562 |
| CREDITOR ID: 260023-12<br>ROTARACT CLUB OF FL'S FIRST COAST<br>PO BOX 48276<br>JACKSONVILLE FL 32247-8276 | CREDITOR ID: 260024-12<br>ROTARY CLUB OF BARTRAM TRAIL<br>150 WARREN CIRCLE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 260025-12<br>ROTARY CLUB OF CRESCENT CITY FLA<br>PO BOX 483<br>CRESCENT CITY FL 32113 |
| CREDITOR ID: 268468-31<br>ROTARY INTERNATIONAL<br>ATTN: ROBERT JOHNSON<br>120 W MAIN ST<br>MAYO FL 32066 | CREDITOR ID: 407575-15<br>ROTHBURY FARMS<br>ATTN JOHN E LALLO, CFO<br>4880 CORPORATE EXCHANGE<br>GRAND RAPIDS MI 49512 | CREDITOR ID: 260026-12<br>ROTHBURY FARMS<br>1091 MOMENTUM PLACE<br>CHICAGO, IL 60689-5310 |
| CREDITOR ID: 407574-15<br>ROTHBURY FARMS<br>ATTN JOHN E LALLO, CFO<br>PO BOX 202<br>GRAND RAPIDS MI 49501-0202 | CREDITOR ID: 405475-95<br>ROTHBURY FARMS<br>6330 SOUTHPOINT PARKWAY<br>JACKSONVILLE FL 32216 | CREDITOR ID: 256273-12<br>ROTHMANN, MICHAEL W<br>314 HILLSIDE DRIVE<br>ANDERSON SC 29625 |
| CREDITOR ID: 407149-MS<br>ROTHROCK, SAM<br>3355 WEST INNES ST.<br>SALISBURY NC 28144 | CREDITOR ID: 384336-47<br>ROTO ROOTER<br>PO BOX 31237<br>CHARLESTON, SC 29417 | CREDITOR ID: 384335-47<br>ROTO ROOTER<br>2990 MINNESOTA AVE<br>LYNN HAVEN, FL 32444 |
| CREDITOR ID: 260036-12<br>ROTO ROOTER<br>PO BOX 1403<br>VALDOSTA, GA 31603 | CREDITOR ID: 260035-12<br>ROTO ROOTER<br>PO BOX 1242<br>LAKE CHARLES LA 70602 | CREDITOR ID: 260034-12<br>ROTO ROOTER<br>PO BOX 11685<br>MONTGOMERY, AL 36111-1685 |
| CREDITOR ID: 260033-12<br>ROTO ROOTER<br>5672 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 260032-12<br>ROTO ROOTER<br>52872 US HWY 78<br>EASTABOGA, AL 36260 | CREDITOR ID: 260031-12<br>ROTO ROOTER<br>3219 LONG AVENUE<br>HUNTSVILLE, AL 35805 |
| CREDITOR ID: 260030-12<br>ROTO ROOTER<br>304 SOUTHLAND DRIVE<br>LEXINGTON, KY 40503 | CREDITOR ID: 260029-12<br>ROTO ROOTER<br>ATTN PATRICIA A SALYER, SEC/TREAS<br>2990 MINNESOTA AVE<br>LYNN HAVEN, FL 32444 | CREDITOR ID: 260028-12<br>ROTO ROOTER<br>ATTN KIMBERLY MCDONALD, ACCT REC<br>2410 W NINE MILE ROAD<br>PENSACOLA, FL 32534 |
| CREDITOR ID: 260027-12<br>ROTO ROOTER<br>ATTN JOYCE T DEES, PRES<br>112 LOFTIN ROAD<br>DOTHAN, AL 36303 | CREDITOR ID: 260045-12<br>ROTO ROOTER<br>PO BOX 231152<br>HARAHAN LA 70183-1152 | CREDITOR ID: 260044-12<br>ROTO ROOTER<br>PO BOX 669<br>MARION, MS 39342 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260042-12<br>ROTO ROOTER<br>PO BOX 549<br>EXCEL, AL 36439 | CREDITOR ID: 260041-12<br>ROTO ROOTER<br>PO BOX 3501<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 260040-12<br>ROTO ROOTER<br>PO BOX 3311 CRS<br>JOHNSON CITY TN 37602-3311 |
| CREDITOR ID: 260039-12<br>ROTO ROOTER<br>PO BOX 2506<br>ROCK HILL, SC 29732 | CREDITOR ID: 260038-12<br>ROTO ROOTER<br>PO BOX 2490<br>AUBURN, AL 36831-2490 | CREDITOR ID: 260037-12<br>ROTO ROOTER<br>PO BOX 1508<br>HICKORY, NC 28603 |
| CREDITOR ID: 405477-95<br>ROTO ROOTER<br>2376 W NINE MILE ROAD<br>PENSACOLA FL 32534 | CREDITOR ID: 405476-95<br>ROTO ROOTER<br>P O BOX 989<br>LYNN HAVEN FL 32444 | CREDITOR ID: 260046-12<br>ROTO ROOTER PLUMBERS<br>ATTN JOAN K JOHNSON<br>2001 WEST I 65 SERVICE RD NORTH<br>MOBILE, AL 36618 |
| CREDITOR ID: 405478-95<br>ROTO ROOTER PLUMBERS<br>2001 N BELTLINE HWY<br>MOBILE AL 36618 | CREDITOR ID: 260048-12<br>ROTO ROOTER PLUMBING<br>PO BOX 718<br>OZARK, AL 36361 | CREDITOR ID: 260049-12<br>ROTO ROOTER SEWER AND DRAIN SERVICE<br>PO BOX 1114<br>KERNERSVILLE, NC 27285 |
| CREDITOR ID: 260051-12<br>ROTO ROOTER SEWER SERVICE<br>PO BOX 2554<br>COLUMBUS, MS 39704-2554 | CREDITOR ID: 260050-12<br>ROTO ROOTER SEWER SERVICE<br>1014 BERTRAND DR<br>LAFAYETTE, LA 70506 | CREDITOR ID: 260052-12<br>ROTO-GUYS<br>5804 VALLEY ESTATES DR<br>RALEIGH, NC 27612 |
| CREDITOR ID: 405479-95<br>ROTO-GUYS<br>PO BOX 31047<br>RALEIGH NC 27622 | CREDITOR ID: 260055-12<br>ROTO-GUYS<br>PO BOX 64966<br>BATON ROUGE, LA 70896-4966 | CREDITOR ID: 260054-12<br>ROTO-ROOTER<br>ATTN SUSAN BREWER OR WILLIAM RISER<br>PO BOX 3498<br>GULFPORT MS 39505 |
| CREDITOR ID: 260053-12<br>ROTO-ROOTER<br>145A VERDIN RD<br>GREENVILLE, SC 29607 | CREDITOR ID: 260056-12<br>ROTO-ROOTER SEWER SERVICE<br>ATTN JOSEPH J VILCAN, PRES<br>PO BOX 231152<br>HARAHAN, LA 70183-1152 | CREDITOR ID: 405480-95<br>ROTO-ROOTER SEWER SERVICE<br>2317 KINGSTON ST<br>KENNER LA 70062 |
| CREDITOR ID: 385665-54<br>ROUBONEAU, BRENDA<br>1860 NW 42 TERRACE, APT D105<br>LAUDERHILL, FL 33313 | CREDITOR ID: 385665-54<br>ROUBONEAU, BRENDA<br>C/O STEVEN E SLOOTSKY LAW OFFICE<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W OAKLAND PARK BLVD, STE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 390951-55<br>ROUBONEAU, BRENDA<br>C/O: JEFFREY BRAXTON<br>SLOOTSKY & GOLDSTEIN, PA<br>2701  W. OAKLAND PARK BLVD<br>SUITE 100<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 393234-55<br>ROUNDTREE, DARLENE H<br>C/O GOLBERG & ASSOCIATES, PC<br>ATTN DAN GOLDBERG, ESQ<br>1910 3RD AVENUE N, SUITE 500<br>BIRMINGHAM AL 35203 | CREDITOR ID: 389562-54<br>ROUNDTREE, DARLENE H<br>RT. 1 BOX 237<br>ALEXANDER CITY, AL 35010 | CREDITOR ID: 375535-44<br>ROUNDTREE, JIMMY<br>JAX DIV 149<br>333 CROSS ROAD STORE ROAD<br>CORDELE, GA 31015 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385728-54<br>ROUNDTREE, LEONARD<br>6826 WEST BOROUGH LANE<br>ORLANDO, FL 32818 | CREDITOR ID: 391007-55<br>ROUNDTREE, LEONARD<br>C/O: HARRAN E UDELL, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>P. O. BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 388966-54<br>ROUNSAVALL, JANET<br>225 MAGNOLIA STREET<br>LA PLACE, LA 70068 |
| CREDITOR ID: 392870-55<br>ROUNSAVALL, JANET<br>C/O: BRUCE G. MOHON, ESQ.<br>KLIEBERT & HELTZ<br>205 N. AIRLINE AVE.<br>GRAMERCY LA 70052 | CREDITOR ID: 389388-54<br>ROUNTREE, VINCE<br>3142 LAURA LN<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 391381-55<br>ROURA, PAULA L<br>C/O: ABE ROSENBERG<br>2501 HOLLYWOOD BLVD STE 110<br>HOLLYWOOD FL 33020-6631 |
| CREDITOR ID: 399712-53<br>ROUSE STEEL DRUM<br>612 E 12TH STREET<br>JACKSONVILLE FL 32206 | CREDITOR ID: 389481-54<br>ROUSE, FRANKLIN<br>900 E. DAYTON CIRCLE<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 260057-12<br>ROUSSE LAND INVESTMENT LLC<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 |
| CREDITOR ID: 400204-86<br>ROUTH, SHARON<br>1606 HARRY HUGHS RD.<br>CHARLESTOWN IN 47111 | CREDITOR ID: 394032-61<br>ROUTMAN, ALAN S MD, FACS<br>5601 N DIXIE HWY, STE 210<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 260059-12<br>ROWAN COUNTY TAX COLLECTOR<br>402 NORTH MAIN STREET<br>PROPERTY TAX<br>SALISBURY NC 28144-4341 |
| CREDITOR ID: 260060-12<br>ROWAN DISTRIBUTING CO<br>PO BOX 727<br>SALISBURY, NC 28144 | CREDITOR ID: 381381-47<br>ROWAN, DEBORAH<br>398 TOCCOA ROAD<br>ORANGE PARK, FL 32073 | CREDITOR ID: 245400-12<br>ROWE, CINDY<br>396 LEMON BLUFF ROAD<br>OSTEEN, FL 32764 |
| CREDITOR ID: 247862-12<br>ROWE, DEBRA<br>524 PARADISE ROAD<br>PROSPERITY, SC 29127 | CREDITOR ID: 397930-76<br>ROWE, LISA J.<br>2140 CAESAR WAY SOUTH<br>ST. PETERSBURG, FL 33712 | CREDITOR ID: 407150-MS<br>ROWE, ROBERT A.<br>1770 EAGLE WATCH DR.<br>ORANGE PARK FL 32203 |
| CREDITOR ID: 393076-55<br>ROWE, TERESA J<br>C/O: ROY DOWNEY<br>P.O. BOX 231<br>PIKEVILLE KY 41502 | CREDITOR ID: 389234-54<br>ROWE, TERESA J<br>HC 61 PO BOX 46-A<br>PAYNESVILLE WV 24873 | CREDITOR ID: 241879-12<br>ROWELL, ALBERT L JR<br>2875 CASCADE ROAD SW<br>ATLANTA GA 30311 |
| CREDITOR ID: 388925-54<br>ROWELL, JEWEL<br>2809 CRISWELL<br>PASCAGOULA, MS 39567 | CREDITOR ID: 392830-55<br>ROWELL, JEWEL<br>C/O: ARTHUR D CARLISLE<br>ARTHUR D CARLISLE, ESQUIRE<br>900 WASHINGTON AVE.<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 398000-76<br>ROWELL, SUSAN<br>1347 GARDNER ROAD<br>MONROEVILLE, AL 36460 |
| CREDITOR ID: 377266-44<br>ROWELL, TAMMY<br>7720 PINE AVENUE<br>LEEDS, AL 35094 | CREDITOR ID: 260061-12<br>ROWLAND & JASA LLC<br>D/B/A LITIGATION INSIGHTS<br>6400 WEST 110 STREET<br>SUITE 203<br>OVERLAND PARK KS 66211 | CREDITOR ID: 260062-12<br>ROWLAND COFFEE ROASTERS<br>135 SOUTH LA SALLE<br>DEPT 6397<br>CHICAGO, IL 60674-6404 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405482-95<br>ROWLAND COFFEE ROASTERS<br>8080 NORTHWEST 58 STREET<br>MIAMI FL 33166 | CREDITOR ID: 406176-15<br>ROWLAND COFFEE ROASTERS, INC. D/B/A<br>CAFE BUSTELO & D/B/A CAFE PILON<br>ATTN OSCAR J VILA ESQ<br>5605 NW 82ND AVENUE<br>MIAMI FL 33166 | CREDITOR ID: 260063-12<br>ROWLAND TRANSPORTATION INC<br>41124 MESSICK ROAD<br>DADE CITY FL 33525 |
| CREDITOR ID: 407151-MS<br>ROWLAND, AL R.<br>1531 HARRINGTON PARK DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 382169-51<br>ROWLAND, ALLEN<br>C/O AKIN, GUMP, STRAUSS HAUER ET AL<br>ATTN BRUCE S MENDELSOHN ESQ<br>1333 NEW HAMPSHIRE AVE NW, STE 400<br>WASHINGTON, DC 20036 | CREDITOR ID: 389835-54<br>ROWLEY, HARRY<br>1216 ORANGE BLOSSOM TRAIL<br>LOT C -28<br>ORLANDO FL 32839 |
| CREDITOR ID: 260064-12<br>ROXANA ROMERO<br>90 EDGEWATER DRIVE APT 819<br>CORAL GABLES FL 33133 | CREDITOR ID: 260065-12<br>ROXANNE SANTOS<br>2305 EASTWOOD DRIVE<br>CLEARWATER FL 33765 | CREDITOR ID: 260066-12<br>ROXANNE STEWART FREW<br>1813-B ARBORETUM CIRCLE<br>VESTAVIA HILLS AL 35216 |
| CREDITOR ID: 268469-31<br>ROXBORO UPTOWN DEV CORP<br>ATTN: SAM KENNINGTON<br>105 N MAIN ST<br>ROXBORO NC 27573-5534 | CREDITOR ID: 2522-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>PO BOX 1359<br>ROXBORO, NC 27573 | CREDITOR ID: 260068-12<br>ROXIE BOLDEN<br>1606 EAST AVENUE<br>SOUTHEAST HICKORY NC 28602 |
| CREDITOR ID: 260070-12<br>ROY AMEDEE<br>5922 MARSHAL FOCH<br>NEW ORLEANS LA 70124 | CREDITOR ID: 260071-12<br>ROY C HAYES<br>18830 NW 42ND AVENUE<br>MIAMI FL 33185 | CREDITOR ID: 260072-12<br>ROY C SHEPHARD<br>101 CREPE MYRTLE<br>COLUMBUS MS 39701 |
| CREDITOR ID: 260073-12<br>ROY EDWARD BREWER III<br>5235 6TH AVENUE SOUTH<br>BIRMONGHAM AL 35212 | CREDITOR ID: 260075-12<br>ROY GOSS<br>162 HERITAGE LANE<br>CORTLAND OH 44410 | CREDITOR ID: 260076-12<br>ROY K MASSIE<br>1008 PLAINS ROAD<br>BEDFORD VA 24523 |
| CREDITOR ID: 260077-12<br>ROY KELLY JUDGE OF PROBATE<br>PO BOX 370<br>CARROLLTON AL 35447 | CREDITOR ID: 260078-12<br>ROY LEBLANCS DRY CLEANING SVC<br>757 CANTON STREET<br>JEFFERSON, LA 70121 | CREDITOR ID: 260079-12<br>ROY MCCORMICK<br>PAPAS BARRELS OF FUN<br>5029 CISCO DR<br>JACKSONVILLE FL 32219 |
| CREDITOR ID: 260080-12<br>ROY R GUPTON<br>95 COKESBURY COURT<br>HENDERSON NC 27537 | CREDITOR ID: 260081-12<br>ROY S MILLER<br>310 ALEXANDER DRIVE<br>HAMMOND LA 70401 | CREDITOR ID: 260082-12<br>ROY T PACE<br>113 FOX RUN DRIVE<br>RAYMOND MS 39154 |
| CREDITOR ID: 260083-12<br>ROY WHITES FLOWERS<br>ATTN LEE ANN PARKS, OP MGR<br>1931 E 7TH ST<br>CHARLOTTE, NC 28204-2417 | CREDITOR ID: 386396-54<br>ROY, ANN<br>457 HELIS DRIVE<br>WAGGAMAN LA 70094 | CREDITOR ID: 246916-12<br>ROY, CONSUELA P<br>4603 E RUN COURT<br>RICHMOND VA 23234 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 407152-MS
ROY, JAYSON J
173 EDGEWATER BRANCH DR.
JACKSONVILLE FL 32259

CREDITOR ID: 389554-54
ROY, KATHERINE
466 NEKOOSA ROAD
GRADY, AL 36036

CREDITOR ID: 393226-55
ROY, KATHERINE
C/O JAMES M SMITH, ESQ
7020 FAIN PARK DRIVE, SUITE 3
MONTGOMERY AL 36117

CREDITOR ID: 393603-55
ROY, TONI L
C/O LAW OFFICE OF MARTIN HANNAN, PA
ATTN MARTIN L. HANNAN, ESQ
9370 S.W. 72 STREET, SUITE A-266
MIAMI FL 33173

CREDITOR ID: 390154-54
ROY, TONI L
4875 SW 127TH AVENUE
MIAMI, FL 33175

CREDITOR ID: 260084-12
ROYAL & SON
802 NW 1ST STREET
SOUTH BAY, FL 33493

CREDITOR ID: 260085-12
ROYAL COMMERCIAL REFRIGERATION
ATTN LUTHER W ROYAL JR, OWNER
PO BOX 8
216 NORTH RALPH STREET
CLAXTON, GA 30417

CREDITOR ID: 260086-12
ROYAL COMPANIES
802 NW 1ST STREET
SOUTH BAY, FL 33493

CREDITOR ID: 260089-12
ROYAL CROWN BOTTLING
PO BOX 2870
EVANSVILLE, IN 47728-0870

CREDITOR ID: 260088-12
ROYAL CROWN BOTTLING
ATTN: HUGH H LAMB, PRES
PO BOX 1045
ARDEN, NC 28704-1045

CREDITOR ID: 405484-95
ROYAL CROWN BOTTLING
P O BOX 6930
EVANSVILLE IN 47719

CREDITOR ID: 376897-44
ROYAL CROWN BOTTLING CO
PO BOX 1045
ARDEN, NC 28704-1045

CREDITOR ID: 260090-12
ROYAL CROWN BOTTLING CO
PO BOX 34398
LOUISVILLE, KY 40232

CREDITOR ID: 260092-12
ROYAL CROWN COLA
PO BOX 859
PARAGOULD, AR 72451

CREDITOR ID: 260091-12
ROYAL CROWN COLA
1305 HWY 119 N
WHITESBURG, KY 41858

CREDITOR ID: 260093-12
ROYAL ELECTRICAL SUPPLY INC
3680 NW 54TH ST
MIAMI, FL 33142

CREDITOR ID: 260094-12
ROYAL FLUSH PLUMBING COLUMBIA
PO BOX 362
CONWAY SC 29528-0362

CREDITOR ID: 260095-12
ROYAL FOODS OF ALABAMA
DIV OF ROYAL SAUSAGE CO INC
PO BOX 930
PELL CITY, AL 35125-0930

CREDITOR ID: 260096-12
ROYAL GREENLAND
ATTN: JILL CUNNINGHAM, SEC/TREAS
1200 WESTLAKE AVEN N, STE 1001
SEATTLE, WA 98109

CREDITOR ID: 406088-97
ROYAL GREENLAND
ATTN: JILL CUNNINGHAM, SEC/TREAS
103 W NACHES AVE, STE 200
SELAH WA 98942

CREDITOR ID: 260097-12
ROYAL HOMES INC
PO BOX 12767
BIRMINGHAM, AL 35203-2767

CREDITOR ID: 1794-07
ROYAL HOMES INC
PO BOX 12767
BIRMINGHAM, AL 35203-2767

CREDITOR ID: 260098-12
ROYAL INDEMNITY COMPANY
C/O CAPITAL ADVISORS
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 315897-40
ROYAL INDEMNITY COMPANY
C/O LAUREATE CAPITAL CORP
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 316115-41
ROYAL INDEMNITY COMPANY
C/O ROYAL INVESTMENT MGMT CO.
9300 ARROWPOINT BLVD.
CHARLOTTE NC 28273-8135

CREDITOR ID: 260099-12
ROYAL OAK SALES INC
PO BOX 116672
ATLANTA, GA 30368-6672

CREDITOR ID: 405485-95
ROYAL OAK SALES INC
P O BOX 530111
ATLANTA GA 30353-0111

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279275-35<br>ROYAL OAK SALES, INC<br>ATTN: STEVEN W DAILEY<br>1 ROYAL OAK AVE<br>ROSWELL GA 30076 | CREDITOR ID: 260100-12<br>ROYAL OAKS ASSOCIATES LP<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 403328-92<br>ROYAL OAKS BRANDON LTD<br>C/O JAY B VERONA<br>7235 FIRST AVE SOUTH<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG, FL 33743 | CREDITOR ID: 260102-12<br>ROYAL OAKS ELEMENTARY SCHOOL<br>608 DAKOTA STREET<br>KANNAPOLIS NC 28083 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE, FL 33154-6612 |
| CREDITOR ID: 260104-12<br>ROYAL PALM BEACH<br>VLG UTILS<br>1050 ROYAL PALM BEACH<br>WEST PALM BEACH, FL 33411-1605 | CREDITOR ID: 268470-31<br>ROYAL PALM BEACH VILLAGE OF<br>ATTN: REX MCKLUNG<br>980 CRESTWOOD BLVD N<br>WEST PALM BEACH FL 33411-8269 | CREDITOR ID: 260105-12<br>ROYAL PUBLISHING INC<br>PO BOX 3939<br>PEORIA IL 61612-3939 |
| CREDITOR ID: 260106-12<br>ROYAL SERVICES<br>PO BOX 798129<br>ST LOUIS, MO 63179-8000 | CREDITOR ID: 405486-95<br>ROYAL SERVICES<br>P O BOX 40665<br>JACKSONVILLE FL 32203-0665 | CREDITOR ID: 260107-12<br>ROYAL SERVICES A DIV OF MITCH MURCH<br>MAINTENANCE MANAGEMENT<br>PO BOX 798129<br>ST LOUIS MO 63179-8000 |
| CREDITOR ID: 260108-12<br>ROYAL VISTA MARKETING<br>PO BOX 470<br>VISALIA CA 93279-0470 | CREDITOR ID: 259575-12<br>ROYAL, RICHARD E<br>1980 ALLIANCE ROAD<br>BESSEMER, AL 35023 | CREDITOR ID: 1797-07<br>ROYALS O K LUNCH INC<br>324 SW 16TH ST<br>BELLE  GLADE FL 33430-2824 |
| CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | CREDITOR ID: 260110-12<br>ROYALTY WINES<br>518 NE 190TH STREET<br>MIAMI, FL 33179 | CREDITOR ID: 260111-12<br>ROYCE WILLIAMS<br>12698 QUITMAN MERIDIAN HWY<br>MERIDIAN MS 39301 |
| CREDITOR ID: 260112-12<br>ROYCE'S SPECIALTY PRODUCTS INC<br>PO BOX 634<br>BLACKSHEAR GA 31516-0634 | CREDITOR ID: 260113-12<br>ROYCE MARCUCCI<br>701 S WISCONSIN ST<br>APT 516<br>CONRAD MT 59425-2649 | CREDITOR ID: 264192-12<br>ROYLE, VINCENT<br>1157 GALE DRIVE<br>NORCROSS, GA 30093 |
| CREDITOR ID: 260114-12<br>ROYS AUTO & TRUCK REPAIR<br>520 RESEARCH RD<br>RICHMOND, VA 23236 | CREDITOR ID: 260115-12<br>ROYS DIESEL INJECTION SERVICE<br>4020 LENOX AVENUE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 260116-12<br>ROYS DRYCLEANING SERVICE<br>757 CANTON ST<br>JEFFERSON LA 70121-1501 |
| CREDITOR ID: 388929-54<br>ROYSTER, CATHERINE<br>21 KENTUCKY AVE<br>APT 25<br>FT LAUDERDALE, FL 33312 | CREDITOR ID: 392834-55<br>ROYSTER, CATHERINE<br>C/O MARKS & FLEISCHER, PA<br>ATTN RAYMOND MARTUCCI, ESQ<br>303 SOUTHWEST 6TH STREET<br>FT. LAUDERDALE FL 33315 | CREDITOR ID: 260117-12<br>ROYSTER'S STORAGE VAN RENTALS<br>4101 HENIARD DRIVE<br>TALLAHASSEE FL 32303 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260118-12<br>ROZE'S METAL WORKS<br>PO BOX 6634<br>D'IBERVILLE, MS 39532 | CREDITOR ID: 1754-07<br>RP BARREN RIVER LLC<br>PO BOX 643003<br>CINCINNATI, OH 45264-3003 | CREDITOR ID: 2527-07<br>RP BARREN RIVER, LLC<br>%USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 |
| CREDITOR ID: 260119-12<br>RPH ON THE GO USA INC<br>135 SOUTH LASALLE DEPT 5103<br>CHICAGO, IL 60674-5103 | CREDITOR ID: 405487-95<br>RPH ON THE GO USA INC<br>DEPT 77-6402<br>CHICAGO IL 60678 | CREDITOR ID: 268471-31<br>RPJ PROPERTIES INC<br>ATTN: PEGGY JAMESON<br>5068 WOOD HAVEN CT<br>MARIETTA GA 30062-6559 |
| CREDITOR ID: 260120-12<br>RPM WAREHOUSE LLC CHESAPEAKE V<br>99 HOOK ROAD<br>BAYONNE, NJ 07002 | CREDITOR ID: 260121-12<br>RR DONNELLEY RECEIVABLES INC<br>PO BOX 905151<br>CHARLOTTE, NC 28290-5151 | CREDITOR ID: 260122-12<br>RRC AL ONE<br>% REGENCY CENTERS LP<br>PO BOX 532955<br>LEASE# 7701<br>ATLANTA, GA 30353-2955 |
| CREDITOR ID: 260123-12<br>RRC AL SPC INC<br>C/O REGENCY CENTERS LP<br>PO BOX 532955<br>LEASE# 6311<br>ATLANTA, GA 30353-2955 | CREDITOR ID: 260124-12<br>RRHS CLINICS<br>PO BOX 820974<br>VICKSBURG, MS 39182 | CREDITOR ID: 260125-12<br>RSD MAJESTIC SUPPLY CO<br>244 CONSERVATION DRIVE<br>FT LAUDERDALE, FL 33327 |
| CREDITOR ID: 405488-95<br>RSD MAJESTIC SUPPLY CO<br>10966 NW 30TH PLACE<br>FT LAUDERDALE FL 33322 | CREDITOR ID: 2761-04<br>RSI<br>2803 HIGHWAY 9 EAST<br>LITTLE RIVER SC 29566 | CREDITOR ID: 260126-12<br>RSI RESTAURANT SERVICES INC<br>PO BOX 190205<br>MOBILE AL 36619 |
| CREDITOR ID: 260127-12<br>RSJ INC DBA COLEMANS CHS SAUCE CO<br>PO BOX 6973<br>ATTN ROGER POPE<br>FLORENCE, SC 29501 | CREDITOR ID: 260128-12<br>RSSC LLC<br>31500 NORTHWESTERN HWY, SUITE 300<br>FARMINGTON HILLS, MI 48334 | CREDITOR ID: 268472-14<br>RSVP ADVISORY COUNCIL CALH<br>ATTN: DENISE RUCKER<br>204 LADIGA ST SE<br>JACKSONVILLE AL 36265-2634 |
| CREDITOR ID: 260129-12<br>RTR CREDIT CORP<br>C/O VA BCH GEN DIST COURT<br>2425 NIMMO PKWY<br>COURT ROOM A<br>VIRGINIA BEACH VA 23456-9057 | CREDITOR ID: 260130-12<br>RTS PLASTICS<br>650 RUPERT STREET<br>WATERLOO, ON N2V 2R8<br>CANADA | CREDITOR ID: 260131-12<br>RUBBAIR DOOR<br>ATTN JUDY CARON, OFF MGR<br>100 GROTON SHIRLEY RD<br>AYER, MA 01432 |
| CREDITOR ID: 405489-95<br>RUBBAIR DOOR<br>102 GROTON SHIRLEY RD<br>AYER MA 01432 | CREDITOR ID: 260132-12<br>RUBBER & ACCESSORIES<br>PO BOX 777<br>EATON PARK, FL 33840 | CREDITOR ID: 260133-12<br>RUBBER & SPECIALTIES INC<br>5011 COMMERCE PARK CIR<br>PENSACOLA, FL 32505-1870 |
| CREDITOR ID: 260134-12<br>RUBBERMAID HOME PRODUCTS<br>PO BOX 92026<br>CHICAGO, IL 60675-2026 | CREDITOR ID: 405490-95<br>RUBBERMAID HOME PRODUCTS<br>P 0 BOX 75290<br>CHICAGO IL 60675-5290 | CREDITOR ID: 260135-12<br>RUBBIE WILKERSON<br>5261 ANDOVER DRIVE<br>JACKSON MS 39209 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260136-12<br>RUBEL-LENIHAN PROPERTIES<br>PO BOX 58<br>GLENVIEW, KY 40025 | CREDITOR ID: 264530-12<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 | CREDITOR ID: 2661-07<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 |
| CREDITOR ID: 260138-12<br>RUBIN M GRIFFIN<br>11701 CYPRESS PARK STREET<br>TAMPA FL 33624 | CREDITOR ID: 399745-84<br>RUBIN, CLEMENTINE<br>3753 9TH AVENUE SOUTH<br>SAINT PETERSBURG FL 33711 | CREDITOR ID: 260139-12<br>RUBIOS ROAD SERVICE<br>PO BOX 430677<br>BIG PINE KEY, FL 33043 |
| CREDITOR ID: 405491-95<br>RUBIOS ROAD SERVICE<br>PO BOX 681<br>TAVERNIER FL 33070 | CREDITOR ID: 260140-12<br>RUBISELA ALANIZ<br>702 51ST STREET E<br>APT 602B<br>BRADENTON FL 34208 | CREDITOR ID: 260142-12<br>RUBY BENNETT<br>65 IRY LANE<br>DEBARY FL 32713 |
| CREDITOR ID: 260144-12<br>RUBY HALL<br>5815 SEABERRY STREET<br>COLUMBIA, SC 29203 | CREDITOR ID: 260145-12<br>RUBY PARSON<br>6229 VALENCIA DRIVE<br>COLUMBUS GA 31907 | CREDITOR ID: 260146-12<br>RUBY PATTERSON<br>217 HARBOR PLACE<br>BRANDON MS 39047 |
| CREDITOR ID: 251273-12<br>RUBY, HAROLD<br>7571 PLEASANT DRIVE<br>HAINES CITY, FL 33844 | CREDITOR ID: 244115-12<br>RUCKER, BRYAN<br>18320 LYNN ROAD<br>NORTH FT MYERS FL 33917 | CREDITOR ID: 249184-12<br>RUCKER, ETHEL<br>3181 ANITA AVENUE<br>BATON ROUGE, LA 70805 |
| CREDITOR ID: 259789-12<br>RUCKER, ROBERT M<br>4142 MARKIN DR W<br>JACKSONVILLE, FL 32277 | CREDITOR ID: 389548-54<br>RUDAT, EDWINA<br>1106 W. SEAGATE DR.<br>DELTONA, FL 32725 | CREDITOR ID: 393220-55<br>RUDAT, EDWINA<br>C/O: KEITH H LEFEVRE, ESQ.<br>KEITH H LEFEVRE, ESQ.<br>157 E. LAKE BRANTLEY DR<br>LONGWOOD FL 32779-4407 |
| CREDITOR ID: 260147-12<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE PARK, NJ 07662 | CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK, NJ 07662 | CREDITOR ID: 406110-15<br>RUDE, WILLIAM G<br>600 BROWNLEE DRIVE<br>HENDERSON NV 89015 |
| CREDITOR ID: 381765-15<br>RUDEN MCCLOSKY SMITH & RUSSELL PA<br>ATTN KATIE A LANE, ESQ<br>200 E BROWARD BLVD, 15TH FLOOR<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 260148-12<br>RUDEN MCCLOSKY SMITH SCHUSTER ET AL<br>PO BOX 1900<br>FT LAUDERDALE FL 33302 | CREDITOR ID: 269344-16<br>RUDMAN, SAMUEL H.<br>LERACH, COUGHLIN, ET AL.<br>200 BROAD HOLLOW ROAD<br>SUITE 406<br>MELVILLE, NY 11747 |
| CREDITOR ID: 260149-12<br>RUDOLPH BRADJIC<br>2791 N PINE ISLAND ROAD<br># 109<br>SUNRISE FL 33322 | CREDITOR ID: 260150-12<br>RUDOLPH FOODS INC<br>PO BOX 711703<br>COLUMBUS, OH 43271-1703 | CREDITOR ID: 405492-95<br>RUDOLPH FOODS INC<br>PO BOX 1703<br>COLUMBUS OH 43271-1703 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389572-54<br>RUDOLPH, ANTOINETTE<br>809 UNION STREET<br>NEW ORLEANS, LA 70112 | CREDITOR ID: 393243-55<br>RUDOLPH, ANTOINETTE<br>C/O: DAVID E. KAVANAGH, ESQ.<br>WEEKS, KAVANAGH & RENDEIRO<br>810 UNION ST., 2ND FLOOR<br>NEW ORLEANS LA 70112 | CREDITOR ID: 399568-82<br>RUDOLPH, LENORA<br>5767 WILLIAMSBURG LN<br>MONTGOMERY AL 36116-1013 |
| CREDITOR ID: 260151-12<br>RUDY'S CONFECTIONS, INC<br>ATTN BLANCA O PRIETO, PRES<br>PO BOX 66-9364<br>MIAMI, FL 33166-9364 | CREDITOR ID: 381543-47<br>RUFF, MARY ANN<br>JAX DIV<br>6690 NE 46 ST<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 387158-54<br>RUFFIN, GUSSIE<br>10136 NE 5TH STREET<br>OXFORD, FL 34484 |
| CREDITOR ID: 391743-55<br>RUFFIN, GUSSIE<br>C/O PERENICH, CARROLL, ET AL<br>ATTN R CARROLL OR L ROBINSON, ESQS<br>1875 N BELCHER ROAD, SUITE 201<br>CLEARWATER FL 33765 | CREDITOR ID: 386726-54<br>RUFFIN, WILLIAM<br>2029 LAKEWEIR AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 260152-12<br>RUFUS HARRIS JR<br>2750 NW 171 TERRACE<br>CAROL CITY FL 33056 |
| CREDITOR ID: 382278-51<br>RUG DOCTOR LP<br>4701 OLD SHEPARD PLACE<br>PLANO, TX 75093 | CREDITOR ID: 260153-12<br>RUG DOCTOR LP<br>PO BOX 849958<br>DALLAS, TX 75284-9958 | CREDITOR ID: 405493-95<br>RUG DOCTOR LP<br>PO BOX 200985<br>DALLAS TX 75320-0985 |
| CREDITOR ID: 386315-54<br>RUGGIERO, GIAN<br>4112 DOUGLAS HILL PL.<br>PARRISH FL 34219 | CREDITOR ID: 391415-55<br>RUGGIERO, GIAN<br>C/O: JOSEPH E. WILLS<br>LEGLER & FLYNN<br>2027 MANATEE AVE WEST<br>BRADENTON FL 34205-5599 | CREDITOR ID: 260154-12<br>RUHR VALLEY PUBLISHING INC<br>THE NEWS EXAMINERS/THE ENTERPRISE<br>PO BOX 9<br>VACHERIE, LA 70090-0009 |
| CREDITOR ID: 381485-47<br>RUIZ DISTRIBUTING CO<br>1309 MASON SMITH AVE<br>METAIRIE, LA 70003 | CREDITOR ID: 384338-47<br>RUIZ FOOD PRODUCTS INC<br>33887 TREASURY CENTER<br>CHICAGO, IL 60694380 | CREDITOR ID: 405494-95<br>RUIZ FOOD PRODUCTS INC<br>PO BOX 953730<br>ST LOUIS MO 63195-3730 |
| CREDITOR ID: 278945-30<br>RUIZ SALES<br>ATTN AUDREY ENCISO & RICHARD RUIZ<br>PO BOX 3421<br>EDINBURG, TX 78540 | CREDITOR ID: 244563-12<br>RUIZ, CARLOS<br>367 LA PAZ DRIVE<br>KISSIMMEE FL 34743 | CREDITOR ID: 388491-54<br>RUIZ, HELENA<br>1515 GRANADA BLVD<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 390005-54<br>RUIZ, MARTHA<br>7999 SW 152ND AVE<br>APT 7<br>MIAMI FL 33182 | CREDITOR ID: 393520-55<br>RUIZ, MARTHA<br>C/O: JULIO MORE<br>5005 EAST 8TH AVENUE<br>HIALEAH FL 33013 | CREDITOR ID: 385960-54<br>RUIZ, ROSA<br>4614 TREERIDGE LANE<br>PALM BAY, FL 32905 |
| CREDITOR ID: 391189-55<br>RUIZ, ROSA<br>C/O HENDERSON & FUTCHKO, PA<br>ATTN JOHN F FUTCHKO, ESQ<br>1735 W HIBISCUS BLVD, SUITE 300<br>MELBOURNE FL 32901 | CREDITOR ID: 386284-54<br>RUIZ, WILLIAM<br>1310 NE  143RD ST<br>NORTH MIAMI FL 33161 | CREDITOR ID: 391400-55<br>RUIZ, WILLIAM<br>C/O: RAMON MALCA, ESQ.<br>RAMON MALCA<br>5975 SUNSET DRIVE<br>SOUTH MIAMI FL 33143 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386776-54<br>RUIZ-TORANZO, MARIA<br>271 W 47 STREET<br>HIALEAH FL 33012 | CREDITOR ID: 407153-MS<br>RUMMAGE, KENNETH<br>280 BRIAR CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 386966-54<br>RUMORE, DENISE<br>1320 SW 117 WAY<br>DAVIE FL 33325 |
| CREDITOR ID: 260157-12<br>RUMPKE<br>PO BOX 538708<br>CINCINNATI, OH 45253 | CREDITOR ID: 262879-12<br>RUN A TON GROUP, THE<br>PO BOX 2205<br>110 RIDGEDALE AVENUE<br>MORRISTOWN, NJ 07962 | CREDITOR ID: 260158-12<br>RUN TO WIN FREIGHT LINES INC<br>PO BOX 1120<br>DOUGLAS GA 31534 |
| CREDITOR ID: 260159-12<br>RUPARI FOOD SERVICES<br>1208 WEST NEWPORT CENTER DRIVE<br>SUITE 100<br>DEERFIELD BEACH, FL 33442 | CREDITOR ID: 260160-12<br>RUPARI FOODS SERVICES<br>DEPT #169001  PO BOX 67000<br>GROCERY ONLY<br>DETROIT MI 48267-1271 | CREDITOR ID: 398001-76<br>RUPPERECHT, JOHN<br>2435 WHISPER WALK DRIVE<br>SPRING  HILL, FL 34606 |
| CREDITOR ID: 268473-31<br>RURAL CONNECTIONS CORPORATION<br>ATTN: ELIZABETH CORBERT<br>1346 MONTEREY CT<br>MORROW GA 30260-1014 | CREDITOR ID: 268474-31<br>RURAL CROSSROADS INSTITUTE<br>ATTN: ROBIN CHISOLM<br>1201 MAIN ST STE 1600<br>COLUMBIA SC 29201-3261 | CREDITOR ID: 2762-04<br>RURAL SANITATION<br>PO BOX 9001099<br>LOUISVILLE KY 40290 |
| CREDITOR ID: 260161-12<br>RUSCO PACKAGING INC<br>PO BOX 226685<br>DALLAS TX 75222-6685 | CREDITOR ID: 260162-12<br>RUSH WORK FORCE WELLNESS<br>PO BOX 5183<br>MERIDIAN MS 39302-5183 | CREDITOR ID: 377105-44<br>RUSH, SOGHRA R<br>112 MYRTLE COURT<br>FOLEY, AL 36535 |
| CREDITOR ID: 260163-12<br>RUSHING & GUICE<br>683 WATER ST<br>PO BOX 1925<br>BILOXI, MS 39533-1925 | CREDITOR ID: 407154-MS<br>RUSHING, JAMES L<br>1720 TWELVE OAKS LANE<br>PRATTVILLE AL 36066 | CREDITOR ID: 386344-54<br>RUSHING, SILAS<br>P.O. BOX 927<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 391433-55<br>RUSHING, SILAS<br>C/O  ALBERT BENSABAT<br>ALBERT BENSABAT, ESQ.<br>115 S. CYPRESS ST.<br>HAMMOND LA 70403 | CREDITOR ID: 2529-07<br>RUSHMORE FRIENDSHIP L.L.C.<br>C/O RUSHMORE PROPERTIES, L.P.<br>414 NORTH ORLEANS SUITE 210<br>CHICAGO IL 60610 | CREDITOR ID: 260164-12<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT LP<br>PO BOX 11229<br>KNOXVILLE, TN 37919 |
| CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE, TN 37919 | CREDITOR ID: 260165-12<br>RUSHMORE FRIENDSHIP SHPPNG CNTR LLC<br>C/O DIVARIS PROPERTY MANAGEMENT COR<br>PO BOX 402764<br>ATLANTA GA 30384-2764 | CREDITOR ID: 388107-54<br>RUSHTON, ANEDRA<br>4350 SE 138 TERRACE<br>MORRISTON, FL 32668 |
| CREDITOR ID: 394162-56<br>RUSNAK-LEITH, REBECCA J<br>117 ELINGTON CT<br>TAVERNIER, FL 33070 | CREDITOR ID: 400357-85<br>RUSNAK-LEITH, REBECCA J<br>C/O LAW OFFICES OF ANDREW W HORN<br>ATTN ANDREW W HORN, ESQ<br>ONE SOUTHEAST 3RD AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 407155-MS<br>RUSS JR., EDGAR W<br>1532 N 7TH STREET<br>JACKSONVILLE BEACH FL 32250 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245178-12<br>RUSS, CHERITA<br>2615 VALENCE ST<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 248957-12<br>RUSS, EMILY<br>561 BRENT COURT<br>STONE MOUNTAIN, GA 30087 | CREDITOR ID: 260166-12<br>RUSSELL<br>PO BOX 73959<br>CHICAGO IL 60673-7959 |
| CREDITOR ID: 260167-12<br>RUSSELL  V THOMPSON<br>3513 ST KITTS COURT<br>APT# 2208<br>KISSIMMEE FL 34741 | CREDITOR ID: 260168-12<br>RUSSELL B ELWELL<br>339 PLANTATION CIRCLE<br>RIVERDALE GA 30296 | CREDITOR ID: 260174-12<br>RUSSELL E COUGHLIN<br>3035 66TH AVENUE N<br>LOT 121<br>ST PETERSBURGH FL 33702 |
| CREDITOR ID: 260176-12<br>RUSSELL JOHNSON<br>1603 COLONY LANE<br>LAURINBURG NC 28352 | CREDITOR ID: 260177-12<br>RUSSELL L YEOMANS<br>6945 W ATLANTIC BLVD<br>MARGATE FL 33063 | CREDITOR ID: 260178-12<br>RUSSELL LONG<br>RT 2 BOX 23A<br>EUPORA MS 39744 |
| CREDITOR ID: 279163-33<br>RUSSELL MCCALL'S INC.<br>D/B/A ATLATA FOODS INTERNATIONAL<br>C/O TROUTMAN SANDERS LLP<br>600 PEACHTREE STREET, NE, STE 5200<br>ATLANTA GA 30308-2216 | CREDITOR ID: 403351-83<br>RUSSELL MEDICAL CENTER<br>PO BOX 939<br>ALEXANDER CITY AL 35011 | CREDITOR ID: 260179-12<br>RUSSELL OIL CO<br>PO BOX 38<br>LAPINE, AL 36046-0038 |
| CREDITOR ID: 279328-35<br>RUSSELL OIL COMPANY<br>ATTN: CHARLES N PARNELL<br>PARNELL & CRUM PA<br>641 S LAWRENCE ST<br>MONTGOMERY AL 36104 | CREDITOR ID: 381757-15<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 260180-12<br>RUSSELL PETROLEUM CORP<br>PO BOX 250330<br>MONTGOMERY, AL 36125-0330 |
| CREDITOR ID: 260181-12<br>RUSSELL SKELTON<br>3315 WOODCREST DRIVE<br>BATON ROUGE LA 70814 | CREDITOR ID: 260182-12<br>RUSSELL STOVER CANDIES<br>PO BOX 802855<br>KANSAS CITY, MO 64180-2855 | CREDITOR ID: 260184-12<br>RUSSELL WELDING & RADIATOR<br>2050 WASHINGTON ST NW<br>HUNTSVILLE AL 35811-1638 |
| CREDITOR ID: 260185-12<br>RUSSELL WYGLE<br>PO BOX 1245<br>HOMOSASSA SPRINGS FL 34448 | CREDITOR ID: 387916-54<br>RUSSELL, ALICE<br>7002 2ND STRERT<br>SAINT AUGUSTINE, FL 32092 | CREDITOR ID: 392200-55<br>RUSSELL, ALICE<br>C/O: RICHARD A. STAGGARD, ESQ.<br>FARAH, FARAH, & ABBOTT, P.A.<br>1301 PLANTATION ISLAND DRIVE<br>SUITE 206A<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 388616-54<br>RUSSELL, ALMEDA<br>1117 ALFRED ST<br>AIKEN SC 29801 | CREDITOR ID: 246949-12<br>RUSSELL, CONWAY<br>176 NEW CASTLE DRIVE<br>COLUMBIA SC 29223 | CREDITOR ID: 386463-54<br>RUSSELL, DANIEL<br>P.O BOX 1564<br>CALLAHAN FL 32011 |
| CREDITOR ID: 374517-44<br>RUSSELL, DANIEL<br>7903 OAK FORREST DRIVE<br>PENSACOLA, FL 32514 | CREDITOR ID: 391514-55<br>RUSSELL, DANIEL<br>C/O: STUART GRIGGS ESQ.<br>O'ROURKE AND GRIGGS<br>4940 BEACH BLVD.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 388601-54<br>RUSSELL, DAVID<br>601 CHURCH AVENUE<br>KANNAPOLIS NC 28081 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392657-55<br>RUSSELL, DAVID<br>C/O MAYNARD & HARRIS<br>ATTN C DOUGLAS MAYNARD JR, ESQ<br>514 S STRATFORD ROAD, SUITE 321<br>WINSTON SALEM NC 27103 | CREDITOR ID: 407156-MS<br>RUSSELL, JOSEPH F.<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243 | CREDITOR ID: 386499-54<br>RUSSELL, KATHYRN<br>10520 CLINTON ST<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 407157-MS<br>RUSSELL, MICHAEL W<br>2149 GINHOUSE DRIVE<br>MIDDLEBURG FL 32068-5073 | CREDITOR ID: 388144-54<br>RUSSELL, RICHARD<br>5911 DETROIT STREET<br>ORLANDO FL 32811 | CREDITOR ID: 392379-55<br>RUSSELL, RICHARD<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN J ROTSTEIN OR M SHIFFMAN, ESQS<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 407158-MS<br>RUSSELL, WAYNE V.<br>101 STONEBRIDGE CIRCLE<br>CARY NC 27611 | CREDITOR ID: 260186-12<br>RUSSELLE L WASHINGTON<br>210 LEGACY ROAD #A<br>CONWAY SC 29526 | CREDITOR ID: 399569-82<br>RUSSELL-PAYTON, BRIDGET<br>POST OFFICE BOX 5272<br>SLIDELL  LA 70459 |
| CREDITOR ID: 260187-12<br>RUSSELLVILLE HOSPITAL<br>PO BOX 1089<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 374210-44<br>RUSSO, CHRIS<br>JAX DIV STORE# 71<br>24 ANSLEY ROAD<br>TY TY, GA 31795 | CREDITOR ID: 386430-54<br>RUSSO, RAYONA<br>PO BOX 1304<br>BELLEVIEW FL 34420 |
| CREDITOR ID: 386791-54<br>RUSSO, TIM R<br>634 W. MASSACHUSETTS<br>HERNANDO FL 34442 | CREDITOR ID: 260189-12<br>RUSTY MONSON<br>CLAY COUNTY SHERIFFS OFFICE<br>PO BOX 548<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 260190-12<br>RUSTY MORRIS<br>263 HARTFIELD ROAD<br>PURVIS MS 39475 |
| CREDITOR ID: 399570-82<br>RUTAN, DEBORAH<br>2419 SOUTH COLUMBINE AVENUE<br>HOMOSASSA  FL 34448 | CREDITOR ID: 260191-12<br>RUTH A CROMWELL<br>2218 DIXIE AVENUE<br>SARASOTA FL 34234 | CREDITOR ID: 260192-12<br>RUTH COVINGTON<br>224 MANOWAR VALLECAY<br>BOX 16<br>VILAS NC 28692 |
| CREDITOR ID: 260193-12<br>RUTH COX<br>7911 OAKHILL DRIVE<br>SEMMES AL 36575 | CREDITOR ID: 260194-12<br>RUTH FRAZIER JONES<br>19622 NW 5TH PLACE<br>MIAMI FL 33169 | CREDITOR ID: 260195-12<br>RUTH FREEDLE<br>4937 NORTH MALROSE AVENUE<br>TAMPA FL 33629 |
| CREDITOR ID: 260196-12<br>RUTH G PIERRE<br>1991 SUNSHINE BLVD<br>APT B<br>NAPLES FL 34116 | CREDITOR ID: 260197-12<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER, FL 33763 | CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER, FL 33763 |
| CREDITOR ID: 260198-12<br>RUTH H WALTERS<br>4750 MT ZION ROAD<br>RAMER AL 36069 | CREDITOR ID: 260199-12<br>RUTH M ZANABRIA<br>7685 TARA CIRCLE<br>#202<br>NAPLES FL 34104 | CREDITOR ID: 260200-12<br>RUTH MONAHAN<br>125 CEDAR HOLLOW<br>FORT MILL SC 29715 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260201-12<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND, FL 32751 | CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND, FL 32751 | CREDITOR ID: 260202-12<br>RUTH STANLEY<br>1515 HARLEY CIRCLE<br>HARTSVILLE SC 29550 |
| CREDITOR ID: 260203-12<br>RUTH WENTZKY<br>3101 MIDWAY ROAD<br>ANDERSON SC 29612 | CREDITOR ID: 244586-12<br>RUTH, CARMEN<br>1733 ABBINGTON HILL<br>LEXINGTON KY 40514 | CREDITOR ID: 387542-54<br>RUTH, MARGARET<br>1123 TALLWOOD ST., APT. B<br>NORFOLK VA 23518 |
| CREDITOR ID: 390236-54<br>RUTH, MARGARET<br>1123 PALLWOOD STREET<br>APT. B<br>NORFOLK VA 23518 | CREDITOR ID: 392045-55<br>RUTH, MARGARET<br>C/O: RALPH RABINOWITZ<br>RABINOWITZ, SWARTZ, TALIAFERRO, LEWIS, S<br>TOWN POINT CENTER, STE 800<br>150 BOUSH STREET<br>NORFOLK VA 23514-3332 | CREDITOR ID: 260205-12<br>RUTHERFORD INTERNAL MED ASSOC<br>PO BOX 1560<br>FOREST CITY, NC 28043-1560 |
| CREDITOR ID: 260206-12<br>RUTHIE KIRK<br>1108 FAYE STREET<br>KINGSPORT TN 37660 | CREDITOR ID: 260207-12<br>RUTHIE M WADE<br>19459 HENRY HARLEY ROAD<br>SAUCIER MS 39574 | CREDITOR ID: 260208-12<br>RUTH'S SALADS INC<br>PO BOX 668568<br>CHARLOTTE, NC 28266 |
| CREDITOR ID: 399370-15<br>RUTH'S SALADS INC<br>C/O COFACE NORTH AMERICA, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 2329-07<br>RUTLAND, JAMES W. III<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 2330-07<br>RUTLAND, JAMES W. JR.<br>DALRAIDA PROPERTIES, INC.<br>PO BOX 230758<br>MONTGOMERY AL 36123-0758 |
| CREDITOR ID: 65152-05<br>RUTLEDGE III, GEORGE<br>17020 NW 41 AVE<br>MIAMI FL 33055 | CREDITOR ID: 243318-12<br>RUTTLEY, BENNIE E<br>1911 33RD AVENUE<br>MERIDIAN, MS 39301 | CREDITOR ID: 260209-12<br>RWH TRUCKING INC<br>NW 7939<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7939 |
| CREDITOR ID: 405496-95<br>RWH TRUCKING INC<br>P O BOX 968<br>OAKWOOD GA 30566-0968 | CREDITOR ID: 260210-12<br>RWI TRANSPORTATION LLC/R&O<br>TRANSPORTATION LLC<br>PO BOX 633608<br>CINCINNATI OH 45263 | CREDITOR ID: 383009-51<br>RX ADVANTAGE<br>PO BOX 66048<br>TUCSON, AZ 85728 |
| CREDITOR ID: 383007-51<br>RX AMERICA<br>369 BILLY MITCHELL ROAD<br>SALT LAKE CITY, UT 84116 | CREDITOR ID: 383006-51<br>RX CONNECTIONS<br>1925 ENTERPRISE PARKWAY<br>TWINSBURG, OH 44087 | CREDITOR ID: 383002-51<br>RX DIRECT<br>852 EAST ARROWHEAD LANE<br>MURRAY, UT 84107 |
| CREDITOR ID: 260211-12<br>RX LABEL TECHNOLOGY<br>PO BOX 88651<br>MILWAUKEE, WI 53288-0651 | CREDITOR ID: 383001-51<br>RX NET OF CA<br>30 WEST SPRING STREET<br>COLUMBUS, OH 43215 | CREDITOR ID: 382999-51<br>RX PRIME<br>900 COTTAGE GROVE ROAD<br>HARTFORD, CT 06152 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260212-12<br>RX PROFESIONAL INC<br>6800 S W 40TH STREET # 485<br>MIAMI, FL 33155-3708 | CREDITOR ID: 260213-12<br>RX RELIEF<br>6780 N WEST AVENUE<br>SUITE 103<br>FRESNO, CA 93711-1393 | CREDITOR ID: 382998-51<br>RX SAVINGS ACCESS CARD<br>9700 N 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258-5036 |
| CREDITOR ID: 399371-15<br>RX SOLUTIONS<br>ATTN JERE COUCH<br>111 THOMAS OVERBY DR<br>SHARPSBURG GA 30277 | CREDITOR ID: 260214-12<br>RX SOLUTIONS, INC<br>ATTN JERE COUCH, CEO<br>PO BOX 491<br>SHARPSBURG, GA 30277-0491 | CREDITOR ID: 382994-51<br>RX SOLUTIONS-WRK COMP<br>3515 HARBOR BOULEVARD<br>COSTA MESA, CA 92626 |
| CREDITOR ID: 382992-51<br>RXCARE/ PHP CARITEN WRK COMP<br>226 CAPITOL BOULEVARD, SUITE 510<br>NASHVILLE, TN 37219 | CREDITOR ID: 382991-51<br>RXCHANGE<br>3651 RIDGE MILL DRIVE<br>COLUMBUS, OH 43206 | CREDITOR ID: 382985-51<br>RXSAVINGS<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 |
| CREDITOR ID: 382982-51<br>RXSAVINGS READERS DIGEST<br>9501 EAST SHEA BLVD<br>SCOTTSDALE, AZ 85260 | CREDITOR ID: 382981-51<br>RXWEST<br>9 INVERNESS DRIVE EAST<br>ENGLEWOOD, CO 80112 | CREDITOR ID: 387683-54<br>RYALS, ASHSEAN<br>4351 NW 25TH PLACE<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 381297-47<br>RYALS, MARJORIE<br>JAX DIV STORE# 159<br>102 BERRY ST<br>KINGSLAND GA 31548 | CREDITOR ID: 260215-12<br>RYAN A OTTAVIANO<br>6421 W FALCONS LEA DRIVE<br>DAVIE FL 33331 | CREDITOR ID: 260216-12<br>RYAN B JOHNSON<br>210 LOCHEN COURT<br>WINTER HAVEN FL 33884 |
| CREDITOR ID: 260217-12<br>RYAN C EUBANKS<br>518 WOOD DRIVE<br>N AUGUSTA SC 29860 | CREDITOR ID: 260218-12<br>RYAN C MCCAULEY<br>3167 LAKE SUZANNE DRIVE<br>CANTONMENT FL 32533 | CREDITOR ID: 260219-12<br>RYAN D CAMPBELL<br>209 BLUE CRANE DRIVE<br>SLIDELL LA 70461 |
| CREDITOR ID: 260220-12<br>RYAN D SILVERMAN<br>910 ELL WAY<br>SARASOTA FL 34243 | CREDITOR ID: 260221-12<br>RYAN E LINDSTROM<br>6002 G BOATWRIGHT PLACE<br>TAMPA FL 33619 | CREDITOR ID: 260222-12<br>RYAN E OAKES<br>111 MALLARD DRIVE<br>HAMSTEAD NC 28443 |
| CREDITOR ID: 260223-12<br>RYAN HAROLLE<br>13105 WATERFORD RUN DRIVE<br>RIVERVIEW FL 33569 | CREDITOR ID: 260224-12<br>RYAN J HAND<br>1556 SHEHEEN STREET<br>ROCK HILL SC 29732 | CREDITOR ID: 260225-12<br>RYAN JAMINET<br>3486 E FOXWOOD COURT<br>INVERNESS FL 34452 |
| CREDITOR ID: 407159-MS<br>RYAN JR., HOMER C.<br>10255 WEST BLUE SPRINGS COURT<br>HOMASSASA FL 34445 | CREDITOR ID: 260226-12<br>RYAN M MOORE<br>915 FURMAN COURT<br>FT MILL SC 29708 | CREDITOR ID: 260227-12<br>RYAN M PACE<br>1011 LAKE DOCKERY ROAD<br>BYRAM MS 39272 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260228-12<br>RYAN MARKLAND SIGNS INC<br>PO BOX 9<br>NOBLETON, FL 34661 | CREDITOR ID: 260229-12<br>RYAN R MARTIN<br>32520 2ND AVENUE<br>SAN ANTONIO FL 33576 | CREDITOR ID: 260230-12<br>RYAN R SMITH<br>12414 ELOIAN DRIVE<br>THONOTOSASSA FL 33592 |
| CREDITOR ID: 260232-12<br>RYAN S PARADIS<br>1201 BEVAN DRIVE<br>SEBASTIAN FL 32958 | CREDITOR ID: 260233-12<br>RYAN THOMAN<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 | CREDITOR ID: 374819-44<br>RYAN, ELLEN<br>6737 BENDELOW DRIVE<br>LAKELAND, FL 33810 |
| CREDITOR ID: 402955-89<br>RYAN, HOMER C, JR<br>481 W LIBERTY ST<br>HERNANDO FL 34442 | CREDITOR ID: 407160-MS<br>RYAN, MARK S.<br>7610 NW 79TH AVE.<br>APT 1-3<br>TOMARAC FL 33321 | CREDITOR ID: 386574-54<br>RYAN, SHARON ANN<br>3325 W.23RD ST. #K-77<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 388858-54<br>RYAN, SHARON ANN<br>8011 FRONT BEACH RD<br>APT 1801<br>PANAMA CITY BEACH FL 32407 | CREDITOR ID: 391590-55<br>RYAN, SHARON ANN<br>C/O: MELANIE E. RODRIGUES, ESQ.<br>KINSEY, TROXEL, JOHNSON & WALBORSKY, P.A<br>438 E GOVERNMENT STREET<br>POB 12686<br>PENSACOLA FL 32574 | CREDITOR ID: 260234-12<br>RYANS ALL GLASS<br>9884 SPRINGFIELD PIKE<br>CINCINNATI, OH 45215 |
| CREDITOR ID: 386462-54<br>RYE, JAMES<br>9481 SW COUNTY ROAD 143<br>JASPER FL 32052 | CREDITOR ID: 260235-12<br>RYLE HIGH SCHOOL PTSA<br>10379 US 42<br>UNION KY 41091 | CREDITOR ID: 381932-30<br>RYNN & JANOWSKI<br>ATTN: PATRICIA RYNN<br>4100 NEWPORT PLACE DR, STE 700<br>NEWPORT BEACH CA 92660 |
| CREDITOR ID: 279433-99<br>RYNN & JANOWSKY LLP<br>ATTN: P RYNN/P GRANNIS<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 | CREDITOR ID: 260236-12<br>RYON D MONCRIEF<br>1111 12TH STREET, APT 26<br>TUSCALOOSA AL 35401 | CREDITOR ID: 260237-12<br>RYSON INTERNATIONAL CO<br>300 NEWSOME DRIVE<br>YORK TOWN, VA 23692 |
| CREDITOR ID: 260238-12<br>RYTEC CORP<br>PO BOX 75467<br>CHICAGO, IL 60675-5467 | CREDITOR ID: 390360-54<br>S ATLANTA WINN-DIXIE LOGISTIC<br>5400 FULTON INDUSTRIAL BLVD<br>ATLANTA, GA 30302 | CREDITOR ID: 260253-12<br>S C DHEC<br>THE BUREAU OF FINANCE<br>2600 BULL STREET<br>COLUMBIA, SC 29201 |
| CREDITOR ID: 405497-95<br>S C JOHNSON<br>ATTN: COLLEN M ACETO#366<br>1525 HOWE STREET<br>RACINE WI 53403 | CREDITOR ID: 405498-95<br>S D THOMAS<br>PO BOX 18115<br>NEWARK NJ 07107 | CREDITOR ID: 260258-12<br>S DAVID & CO INC<br>4856 VICTOR STREET<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 268475-31<br>S FLORIDA MANAGEMENT DIST<br>ATTN: HENRY DEAN<br>1801 N OCEAN BLVD<br>BOCA RATON FL 33432-1946 | CREDITOR ID: 260263-12<br>S J BEAULIEU JR TRUSTEE<br>PO BOX  6537<br>NEW YORK, NY 10249 | CREDITOR ID: 268476-31<br>S LAKE BUICK IMP INC<br>ATTN: PEGGY COCKERHAM<br>1413 MURFREESBORO RD<br>FRANKLIN TN 37067-5026 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385669-54<br>S MCCLURE, DAISY DIXIE<br>2599 GLENNEAGLES<br>TUCKER, GA 30084-3344 | CREDITOR ID: 390955-55<br>S MCCLURE, DAISY DIXIE<br>C/O: PERRY D ELLIS<br>LAW OFFICE OF PERRY D. ELLIS, P.C.<br>1355 PEACHTREE ST., N.E.<br>SUITE 450<br>ATLANTA GA 30309 | CREDITOR ID: 260239-12<br>S&B METAL PRODUCTS INC<br>5301 GATEWAY BLVD<br>LAKELAND FL 33811 |
| CREDITOR ID: 260274-12<br>S&B METAL PRODUCTS INC<br>1821 HOLSONBACK DRIVE<br>DAYTONA BEACH FL 32117 | CREDITOR ID: 384339-47<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA, GA 30367-0001 | CREDITOR ID: 2530-07<br>S&C PROPERTIES<br>1100 SPRING STREET NW<br>BUILDING 550<br>ATLANTA, GA 30309 |
| CREDITOR ID: 260241-12<br>S&L CREATIVE DESIGNS<br>131 OLD CARRIAGE RD<br>PONCEINLET FL 32127 | CREDITOR ID: 260242-12<br>S&S CARBONIC AND DRY ICE INC<br>124 SOUTH 16TH ST<br>BIRMINGHAM, AL 35233 | CREDITOR ID: 260275-12<br>S&S GLASS<br>648 N CALDWELL DRIVE<br>HAZELHURST MS 39083 |
| CREDITOR ID: 260243-12<br>S&S METAL & PLASTICS INC<br>3740 MORTON ST<br>JACKSONVILLE, FL 32217-2206 | CREDITOR ID: 260244-12<br>S&S PRODUCE CO<br>LOUISVILLE PROD TERM UNIT 8 & 10<br>4509 BISHOP LN<br>LOUISVILLE KY 40218-4507 | CREDITOR ID: 260245-12<br>S&S SPORTS<br>105 S MORRISON BLVD<br>HAMMOND LA 70403 |
| CREDITOR ID: 260246-12<br>S&S TILE & CARPET CO INC<br>4465 HALLS MILL ROAD<br>MOBILE AL 36693 | CREDITOR ID: 260247-12<br>S&S TRUCKING<br>PO BOX 875<br>LIVE OAK FL 32064 | CREDITOR ID: 260248-12<br>S&S WELDING<br>PO BOX 4648<br>PLANT CITY, FL 33563 |
| CREDITOR ID: 278551-24<br>S. W. WALLACE<br>3001 BRISTOL HIGHWAY<br>JOHNSON CITY TN 37601 | CREDITOR ID: 279038-32<br>S.C. JOHNSON & SON, INC.<br>ATTN: GERRY BACCASH<br>SR. MANAGER, CREDIT & COLLECTIONS<br>1525 HOWE STREET<br>RACINE WI 53403 | CREDITOR ID: 260249-12<br>SA PARKERS TRUCKING<br>PO BOX 251<br>ROCKY POINT, NC 28457 |
| CREDITOR ID: 394066-61<br>SAALFIELD, SHAD, JAY, LUCAS & STOKES, PA<br>50 N. LAURA ST. STE 2950<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 249850-12<br>SAAVEDRA, FLORY<br>4125 WEST 11TH COURT<br>HIALEAH, FL 33012 | CREDITOR ID: 385966-54<br>SAAVEDRA, GONAIDA<br>4550 HOLLY TREE COURT, #107<br>ORLANDO, FL 32811 |
| CREDITOR ID: 391194-55<br>SAAVEDRA, GONAIDA<br>C/O: CARMEN V. RAMOS<br>CHARLES H. LEO, P.A.<br>PO BOX 2089<br>ORLANDO FL 32802 | CREDITOR ID: 385501-54<br>SAAVEDRA, GUADALUPE<br>26662 STARDUST DRIVE<br>BONITA SPRINGS, FL 34135 | CREDITOR ID: 390801-55<br>SAAVEDRA, GUADALUPE<br>C/ODEPENA & DEPENA, PA<br>ATTN FRANK DEPENA ESQ<br>1810 JACKSON STREET<br>FORT MYERS FL 33901 |
| CREDITOR ID: 393405-55<br>SABAJ, SANDRA V<br>C/O: MR. DAVID C. PRATHER, ESQUIRE<br>LYTAL, RETTER, CLARK, FOUNTAIN WILLIAMS<br>NORTHRIDGE CENTER 10TH FLOOR<br>515 N. FLAGER DRIVE<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 389862-54<br>SABAJ, SANDRA V<br>1516 15TH COURT<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 388260-54<br>SABALLOS, SHIRLEY<br>2603 SW 2ND STREET<br>MIAMI FL 33135 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407161-MS | CREDITOR ID: 400910-91 | CREDITOR ID: 260278-12 |
| SABATTUS, PAUL | SABATTUS, PAUL M | SABEL STEEL SERVICE |
| 10253 PARADISE VALLEY | 15209 SUNNINGDALE ST. | ATTN STEV DUNLAP, CREDIT MANAGER |
| CONROE TX 77304 | AUSTIN TX 78717 | PO BOX 4747 |
| | | MONTGOMERY, AL 36103-4747 |
| CREDITOR ID: 405499-95 | CREDITOR ID: 260279-12 | CREDITOR ID: 405500-95 |
| SABEL STEEL SERVICE | SABEL WHOLESALE CENTER | SABEL WHOLESALE CENTER |
| PO BOX 830874 | ATTN STEVE DUNLAP, CREDIT MANAGER | P O BOX 830874 |
| BIRMINGHAM AL 35283-0874 | PO BOX 4747 | BIRMINGHAM AL 35283-0874 |
| | MONTGOMERY, AL 36103-4747 | |
| CREDITOR ID: 268477-14 | CREDITOR ID: 268478-14 | CREDITOR ID: 268479-14 |
| SABINE PARISH | SABINE PARISH CLERK OF COURT | SABINE PARISH TAX ASSESSOR |
| ATTN: LINDA SCHROCK | ATTN: DOLLIE KNIPPERS | ATTN: CARROLL D ELLZEY |
| 670 SAN ANTONIO AVE | 400 S CAPITOL ST RM 102 | 400 S CAPITOL ST RM 106 |
| MANY LA 71449-3019 | MANY LA 71449-4010 | MANY LA 71449-4010 |
| CREDITOR ID: 389841-54 | CREDITOR ID: 260280-12 | CREDITOR ID: 260281-12 |
| SABORIT, JOSE A | SABRINA FOUNTAIN | SABRINA G LUMAR |
| 1140 NW 141 STREET | 4613 GENERAL MCARTHUR STREET | 2401 JASMINE STREET |
| MIAMI FL 33168 | MOSS POINT, MS 39563 | NEW ORLEANS LA 70122 |
| CREDITOR ID: 260282-12 | CREDITOR ID: 260283-12 | CREDITOR ID: 243913-12 |
| SABRINA HERNANDEZ | SABRINA R SHERIFF | SACKETT, BRENDA |
| 19334 SW 4TH STREET | 1213 NW 159 LANE | 6311 E PALMETTO STREET |
| PEMBROKE PINES FL 33029 | PEMBROKE PINES FL 33028 | FLORINA, SC 29506 |
| CREDITOR ID: 245032-12 | CREDITOR ID: 259950-12 | CREDITOR ID: 260284-12 |
| SACKETT, CHARLES E | SACKS, RONALD | SACO FOODS INC |
| 5500 OLD WINTER GARDEN ROAD | 1350 SCOTCHWOOD GLEN | ATTN: ROBERT A HERMSEN, SEC/TREAS |
| ORLANDO FL 32811 | DUNEDIN, FL 34698 | PO BOX 620707 |
| | | MIDDLETON, WI 53562-0707 |
| CREDITOR ID: 260285-12 | CREDITOR ID: 260286-12 | CREDITOR ID: 260287-12 |
| SACRED HEART MEDICAL GROUP | SACRED HEART MOREAUVILLE | SACRED HEART OF JESUS CHURCH |
| PO BOX 2699 | PO BOX 179 | 139 S LOPEZ ST |
| PENSACOLA, FL 32513-2699 | MOREAUVILLE, LA 71355 | NEW ORLEANS, LA 70119 |
| CREDITOR ID: 260288-12 | CREDITOR ID: 260289-12 | CREDITOR ID: 315887-40 |
| SACRED HEART SCHOOL | SADDLE FUND I LTD PARTNERSHIP | SADE, PAUL & ELEANOR, TRUSTEES |
| 114 TROJAN LANE | C/O WINTHROP INVESTMENT GROUP | 585 PT SAN PEDRO RD |
| VILLE PLATTE, LA 70586 | PO BOX 327 | SAN RAFAEL, CA 94901 |
| | MCLEAN VA 22101 | |
| CREDITOR ID: 399713-53 | CREDITOR ID: 386919-54 | CREDITOR ID: 389128-54 |
| SADLER DRUM | SADLER, ANTOINETTE | SADLER, MARY |
| 5015 HIGHWAY 60 WEST | 1301 POLK CITY ROAD #15 | 3919 STAEBLER AVE |
| MULBERRY FL 33860 | HAINES CITY FL 33844 | LOUISVILLE, KY 40207 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393007-55<br>SADLER, MARY<br>C/O RICHARD M. BREEN<br>RICHARD BREEN LAW OFFICES, P.S.C.<br>2950 BRECKENRIDGE LANE<br>SUITE 3<br>LOUISVILLE KY 40220 | CREDITOR ID: 260290-12<br>SADLERS BAR-B-QUE SALES<br>ATTN CLIFF USSERY, CONTROLLER<br>PO BOX 1088<br>HENDERSON, TX 75653-1088 | CREDITOR ID: 407162-MS<br>SADLOWSKI, LARRY J.<br>706 PINTAIL COURT<br>GRANDBURY TX 76049 |
| CREDITOR ID: 278711-99<br>SAFE HARBOR SEAFOOD<br>ATTN: JACK JONES, CFO<br>4371 OCEAN STREET<br>MAYPORT, FL 32233-2417 | CREDITOR ID: 279387-36<br>SAFE HARBOR SEAFOOD<br>C/O GERALD PACK<br>4371 OCEAN STREET<br>MAYPORT  FL 32233 | CREDITOR ID: 260292-12<br>SAFE HARBOR SEAFOOD<br>ATTN: GERALD PACK, PRES<br>4371 OCEAN ST<br>MAYPORT, FL 32233-2417 |
| CREDITOR ID: 260293-12<br>SAFE STRAP COMPANY<br>ATTN R BUONOMO, VP<br>10 KINGS BRIDGE ROAD<br>FAIRFIELD NJ 07004 | CREDITOR ID: 405502-95<br>SAFE STRAP COMPANY<br>30 CENTRE RD UNIT 1<br>SOMERSWORTH NJ 03878 | CREDITOR ID: 260294-12<br>SAFECO BUSINESS INSURANCE<br>PO BOX 66768<br>SAINT LOUIS MO 63166-6768 |
| CREDITOR ID: 260295-12<br>SAFECO INC<br>DEPARTMENT 888102<br>KNOXVILLE, TN 37995-8102 | CREDITOR ID: 260296-12<br>SAFEGUARD<br>PO BOX 8000<br>PEPPERELL MA 01463-8000 | CREDITOR ID: 260297-12<br>SAFEGUARD BUSINESS SYSTEMS INC<br>PO BOX 1749<br>FORT WASHINGTON PA 19034 |
| CREDITOR ID: 260298-12<br>SAFEGUARD FIRE & ALARM INC<br>35890 US HWY 280<br>SYLACAUGA AL 35150 | CREDITOR ID: 260299-12<br>SAFELINE METAL DETECTION<br>22677 NETWORK PLACE<br>CHICAGO, IL 60673-1226 | CREDITOR ID: 405503-95<br>SAFELINE METAL DETECTION<br>P O BOX 860683<br>ORLANDO FL 32886-0683 |
| CREDITOR ID: 260300-12<br>SAFELITE GLASS CORP<br>PO BOX 633197<br>CINCINNATI OH 45263-3197 | CREDITOR ID: 260301-12<br>SAFETY & HEALTH COUNCIL OF NC<br>900 BAXTER ST  STE#100<br>CHARLOTTE NC 28204 | CREDITOR ID: 260302-12<br>SAFETY & SECURITY CONSULTANTS<br>109 ST JOSEPH AVE<br>SUITE 105<br>BREWTON AL 36426 |
| CREDITOR ID: 260303-12<br>SAFETY AMERICA, INC.<br>ATTN CATHERINE TOMLINSON, VP<br>4716 RIDGEWOOD AVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 260304-12<br>SAFETY FIRST OF SOUTH GEORGIA<br>408 F NORTHSIDE DR<br>VALDOSTA GA 31602 | CREDITOR ID: 260305-12<br>SAFETY GUIDE OF AL<br>ATTN BOB MALLET, MGR<br>PO BOX 210128<br>MONTGOMERY AL 36117-0128 |
| CREDITOR ID: 260306-12<br>SAFETY KLEEN CORP<br>PO BOX 650509<br>DALLAS, TX 75265-0509 | CREDITOR ID: 405504-95<br>SAFETY KLEEN CORP<br>5400 LEGACY DRIVE<br>CLUSTER II BUILDING 3<br>PLANO TX 75024 | CREDITOR ID: 260307-12<br>SAFETY SIGN CO<br>PO BOX 360500<br>CLEVELAND, OH 44136-0009 |
| CREDITOR ID: 260308-12<br>SAFETY SUPPLY SOUTH INC<br>PO BOX 1013<br>IRMO SC 29063 | CREDITOR ID: 395350-63<br>SAFETY SYSTEMS OF BILOXI<br>PO DRAWER  6039<br>BILOXI, MS 39532-6039 | CREDITOR ID: 405505-95<br>SAFETY SYSTEMS OF BILOXI INC<br>PO BOX 6039<br>BILOXI MS 39454-6039 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 260310-12
SAFETY TRAINING & CONSULTING
PO BOX 91027
LAKELAND FL 33804-1027

CREDITOR ID: 397667-72
SAFETY-KLEEN
PO BOX 650509
DALLAS, TX 75265-0509

CREDITOR ID: 381953-15
SAFETY-KLEEN SYSTEMS, INC.
ATTN BANKRUPTCY SUPERVISOR
CLUSTER II BLDG 3
5400 LEGACY DRIVE
PLANO TX 75024

CREDITOR ID: 268480-31
SAFEWATER MANAG
ATTN: CHARLOTTE HOOLIHAN
440 JACKSON ST
MANDEVILLE LA 70448-6021

CREDITOR ID: 315898-40
SAFEWAY INC., PROPERTY
DEVELOPMENT ASSOCIATION
4834 COLLECTIONS CENTER DRIVE
FACILITY # 98-5435-01-01
CHICAGO, IL 60693-3229

CREDITOR ID: 260311-12
SAFEWAY MANAGEMENT CORPORATION
2250 N DRUID HILLS RD STE 260
ATLANTA GA 30329

CREDITOR ID: 260312-12
SAFFER SECURITY SYSTEMS INC
PO BOX 3710
243 JEFFERSON ROAD
BOONE NC 28607

CREDITOR ID: 392600-55
SAFFORD, RAMONA D
C/O: MARK J. MILLER, P.A.
1600 S FEDERAL HWY
SUITE 1101
POMPANO BEACH FL 33062

CREDITOR ID: 388521-54
SAFFORD, RAMONA D
749 SW 3RD PLACE
DANIA BEACH, FL 33004

CREDITOR ID: 406279-97
SAF-T-GARD INTERNATIONAL INC
ATTN: ROBERT DRELL, CFO
205 HUEHL ROAD
NORTHBROOK IL 60062

CREDITOR ID: 260291-12
SAF-T-GARD INTERNATIONAL INC
135 S LASALLE, SUITE 1545
CHICAGO, IL 60674-1545

CREDITOR ID: 279277-35
SAF-T-GARD INTERNATIONAL INC
ATTN: SHERRY CARLIN, CR MGR
205 HUEHL ROAD
NORTHBROOK IL 60062

CREDITOR ID: 260313-12
SAFTICO
2400 MILLERS LANE
LOUISVILLE, KY 40216

CREDITOR ID: 381927-15
SAGE'S LAWN & LANDSCAPE SERVICE
ATTN BILLY SAGE
3105 CR 121
BALDWIN FL 32234

CREDITOR ID: 395714-65
SAGES LAWN SERVICE
3105 CR 121
BALDWIN, FL 32234

CREDITOR ID: 260315-12
SAHARA RESTAURANT
511 EAST EDGEMONT
MONTGOMERY AL 36111

CREDITOR ID: 260316-12
SAIA MOTOR FREIGHT
PO BOX 730532
DALLAS, TX 75373-0532

CREDITOR ID: 269273-16
SAILER, JACQUELINE
MURRAY, FRANK & SAILER, LLP
275 MADISON AVENUE
SUITE 801
NEW YORK, NY 10016

CREDITOR ID: 381031-47
SAILORS ASPHALT PAVING CO
115 WILDLIFE DRIVE
UNION, SC 29379

CREDITOR ID: 260317-12
SAINT GENEVIEVE SCHOOL
807 BARBIER AVE
THIBODAUX, LA 70301

CREDITOR ID: 268482-14
SAINT GEORGE TOWN OF
ATTN: PATSY G KNIGHT
101 RIDGE ST
SAINT GEORGE SC 29477-2443

CREDITOR ID: 268481-31
SAINT GEORGE TOWN OF
ATTN: BRYANT MOORE
108 W RAYSOR ST
SAINT GEORGE SC 29477-2436

CREDITOR ID: 260318-12
SAINT GOBAIN CONTAINERS
ATTN DONALD GALLINAT
1509 S MACEDONIA AVE
MUNCIE IN 47307-4200

CREDITOR ID: 260319-12
SAINT JOSEPH ELEMENTARY SCHOOL
501 CARDINAL DRIVE
THIBODAUX, LA 70301

CREDITOR ID: 260320-12
SAINT JOSEPH SCHOOL
175 NTH 8TH ST
PONCHATOULA, LA 70454

CREDITOR ID: 268483-14
SAINT LUCIE CNTY PROPERTY APPRAISER
ATTN: JEFF FURST
2300 VIRGINIA AVE RM 107
FORT PIERCE FL 34982-5698

CREDITOR ID: 260321-12
SAINT LUKE EPISCOPAL
8833 GOODWOOD BLVD
BATON ROUGE, LA 70806

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268485-31<br>SAINT MARY PARISH TOURIST COMM<br>ATTN: CARY STANSBURY<br>153007 FRONTAGE RD<br>FRANKLIN LA 70538 | CREDITOR ID: 268484-31<br>SAINT MARY PARISH TOURIST COMM<br>ATTN: CARRIE STANSBURY<br>HWY 182<br>PATTERSON LA 70392 | CREDITOR ID: 260322-12<br>SAINT MICHAEL ELEMENTARY SCHOOL<br>805 E NORTHERN AVE<br>CROWLEY, LA 70526 |
| CREDITOR ID: 260323-12<br>SAINT SCHOLASTICA<br>PO BOX 1210<br>COVINGTON, LA 70434 | CREDITOR ID: 260324-12<br>SAINT STEPHEN AME CHURCH<br>913 WEST 5TH STREET<br>JACKSONVILLE FL 32209 | CREDITOR ID: 260325-12<br>SAINT THOMAS MOORE<br>450 E FARREL RD<br>LAFAYETTE, LA 70508 |
| CREDITOR ID: 278552-24<br>SAITHMARK PROPERTIES LLC<br>100 CENTERVIEW DRIVE<br>SUITE 120<br>BIRMINGHAM AL 35216 | CREDITOR ID: 394282-56<br>SAKERS, ROBERT F<br>204 GLEN STREET<br>STARKE FL 32091 | CREDITOR ID: 388046-54<br>SALAHUDDIN, AESHA<br>741 MARGARET SQUARE<br>WINTER PARK, FL 32789 |
| CREDITOR ID: 260326-12<br>SALAMANDER GRAPHIX INC<br>10 HANGAR WAY<br>WATSONVILLE CA 95076 | CREDITOR ID: 386149-54<br>SALAMEH, MUNIR<br>7361 103 RD STREET<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 391319-55<br>SALAMEH, MUNIR<br>C/O: MICHAEL  A OSSI ESQ.<br>OSSI, BUTLER, NAJEM & ROSARIO<br>1506 PRUDENTIAL DRIVE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 373723-44<br>SALAMI, ANTHONY<br>5302 NW 125TH AVENUE<br>CORAL SPRINGS, FL 33076 | CREDITOR ID: 390078-54<br>SALAZAR, GERSON (MINOR)<br>116 AMERICA STREET<br>ORLANDO, FL 32801 | CREDITOR ID: 390078-54<br>SALAZAR, GERSON (MINOR)<br>5182 MELENIA BLVD<br>ORLANDO, FL 32839 |
| CREDITOR ID: 388911-54<br>SALAZAR, WILLIAM<br>5182 MELENIA BLVD, APT 201<br>ORLANDO, FL 32839 | CREDITOR ID: 386185-54<br>SALDANA, ROSA<br>103 KAROLA DRIVE<br>SEBRING, FL 33870 | CREDITOR ID: 405996-15<br>SALDANA, ROSA H<br>C/O ASSOCIATES & BRUCE L SCHEINER<br>ATTN BRUCE L SCHEINER, ESQ<br>4020 EVANS AVENUE<br>FORT MYERS FL 33901 |
| CREDITOR ID: 1804-07<br>SALEM CROSSING SHOPPING CENTER<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE<br>ATLANTA, GA 30328 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>5871 GLENRIDGE DRIVE<br>% SPECTRUM REALTY ADVISORS INC<br>SUITE# 400<br>ATLANTA, GA 30328 | CREDITOR ID: 260328-12<br>SALEM LEASING CORPORATION<br>PO BOX 65247<br>CHARLOTTE, NC 28265 |
| CREDITOR ID: 260329-12<br>SALEM LUTHERAN SCHOOL<br>418 4TH ST<br>GRETNA, LA 70053 | CREDITOR ID: 384342-47<br>SALEM TECHNOLOGIES INC<br>2580 SALEM POINT COURT<br>WINSTON SALEM, NC 27103 | CREDITOR ID: 405506-95<br>SALEM TECHNOLOGIES INC<br>ACCOUNTS RECEIVABLE DEPARTMENT<br>1001 SOUTH MARSHALL ST STE 92<br>WINSTON SALEM NC 27101 |
| CREDITOR ID: 382109-51<br>SALEM, KAREN E<br>561 PLAYERS RIDGE ROAD<br>HICKORY, NC 28601 | CREDITOR ID: 260331-12<br>SALEMO VILLAGE SHOPPING CENTER LLC<br>C/O EQUITY ONE REALTY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | CREDITOR ID: 260333-12<br>SALERNO VILLAGE SHOPPING CENTER LLC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

CREDITOR ID: 399264-72
SALES CONSULTANTS OF CHESTERFIELD
1415 ELBRIDGE PAYNE ROAD
SUITE 105
CHESTERFIELD, MO 63017

CREDITOR ID: 403519-93
SALES FINANCE INC
C/O JOSEPH MONTEIRO, ESQ
MACEY WILENSKY COHEN ET AL
STE 600, MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE, NE
ATLANTA GA 30303-1229

CREDITOR ID: 376922-44
SALES TAX DIVISION
ALA TAX
PO BOX 830725
BIRMINGHAM, AL 35283-0725

CREDITOR ID: 260794-12
SALES, SHAMROCK
PO BOX 8877
RED BANK, NJ 07701-8877

CREDITOR ID: 264410-12
SALES, WARBAC
IMPORT AGENTS
PO BOX 9279
METAIRIE, LA 70055

CREDITOR ID: 386328-54
SALINAS, DEBORAH
4240 MARTSEN AVENUE
UNION CITY CA 94587-2054

CREDITOR ID: 268487-31
SALISBURY CITY OF NC
ATTN: LYNN HILLARD
303 W FRANKLIN ST
SALISBURY NC 28144-3431

CREDITOR ID: 268486-31
SALISBURY CITY OF NC
ATTN: FRANK KELLY
850 HEILIGTOWN RD
SALISBURY NC 28144-1436

CREDITOR ID: 260334-12
SALISBURY POST
PO BOX 4639
SALISBURY, NC 28145-4639

CREDITOR ID: 387454-54
SALISBURY, CONNIE
PO BOX 1563
HAWTHORNE CA 90250

CREDITOR ID: 260335-12
SALIX CORPORATION
1265 SW 4TH AVE
DELRAY BEACH, FL 33444

CREDITOR ID: 405507-95
SALIX CORPORATION
2003 CORP DR
BOYNTON BEACH FL 33426

CREDITOR ID: 260336-12
SALLY L ANDERSON
549 CANAAN ROAD
ORANGEBURG SC 29115

CREDITOR ID: 260337-12
SALMEN HIGH SCHOOL
4040 BERKLEY ST
SLIDELL, LA 70458

CREDITOR ID: 260339-12
SALMON TERMINALS INC
PO BOX 1265
KENT WA 98035-1265

CREDITOR ID: 387918-54
SALMON, ALPHONSO L
1640 ROPER HILL ROAD
GAINESVILLE, GA 30501

CREDITOR ID: 392202-55
SALMON, ALPHONSO LLOYD
C/O WILLIAM M BROWNELL JR, ESQ
210 WASHINGTON ST NW, SUITE 103
GAINESVILLE GA 30501

CREDITOR ID: 246478-12
SALMON, CLIFFORD E
22369 LAIKA AVENUE
PORT CHARLOTTE FL 33952

CREDITOR ID: 260340-12
SALT & LIGHT ENTERPRISES LLC
ATTN KENNETH CRANE, DIR OF OP
1004 MOCKINGBIRD STREET
BRIGHTON, CO 80601

CREDITOR ID: 388678-54
SALTERS, ROBERTA
424 REST RD
WATERLOO SC 29384

CREDITOR ID: 260341-12
SALTON INC
DEPT 77-5222
CHICAGO, IL 60678-5222

CREDITOR ID: 405508-95
SALTON INC
SALTON/TOASTMASTER INC
1801 N STADIUM BLVD
ATTN KIM COATS
COLUMBIA MO 65202

CREDITOR ID: 268488-31
SALUDA CITY OF INC
ATTN: KEITH BERRY
BAUKNIGHT FERRY RD
SALUDA SC 29138

CREDITOR ID: 268489-31
SALUDA CNTY WTR & SEWER AUTH
ATTN: BRIAN BURGESS
113 E CHURCH ST
SALUDA SC 29138-1401

CREDITOR ID: 373523-44
SALUS, ADAM M
POM DIV STORE# 320
P.O. BOX 531
LOXAHATCHEE, FL 33470

CREDITOR ID: 260342-12
SALVADORE A GUERCIA
68454 ABNEY DRIVE
MANDEVILLE LA 70471-0123

CREDITOR ID: 260343-12
SALVADORE, ARNONE,
17333 SWEET OLIVE DRIVE
BATON ROUGE, LA 70817

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399980-84<br>SALVAIN, ROGER E<br>100 NW 76TH AVE<br>APT 306-2<br>PLANTATION FL 33324 | CREDITOR ID: 400369-85<br>SALVAIN, ROGER E<br>C/O GEORGIA D. N. ROBINSON<br>LAW OFFICES OF ROBINSON & ASSOCIATES, PA<br>WORLD EXECUTIVE BUILDING<br>3500 N. SR 7, STE 437<br>FT. LAUDERDALE FL 33319 | CREDITOR ID: 260344-12<br>SALVATION ARMY<br>ONE JULIAN PRICE PLACE<br>CHARLOTTE, NC 28208 |
| CREDITOR ID: 260345-12<br>SALVATION ARMY WOMENS AUXILLIARY<br>PO BOX 52508<br>JACKSONVILLE, FL 32201 | CREDITOR ID: 241572-12<br>SALVO, ADAM DE<br>FLORENCE POLICE DEPT<br>8100 EWING DEPT<br>FLORENCE KY 41094 | CREDITOR ID: 260346-12<br>SAM BROADNAX<br>2513 SANDY RIVER ROAD<br>AXTON VA 24054 |
| CREDITOR ID: 2531-07<br>SAM DEVELOPMENT ASSOC, LLC<br>% BRYANT ASSET MANAGEMENT<br>104 SMITH AVD<br>MOUNT KISCO NY 10549-2816 | CREDITOR ID: 260347-12<br>SAM DEVELOPMENT ASSOCIATES LLC<br>PO BOX 826107<br>PHILADELPHIA, PA 19182-6107 | CREDITOR ID: 1806-07<br>SAM DEVELOPMENT ASSOCIATES LLC<br>PO BOX 826107<br>PHILADELPHIA, PA 19182-6107 |
| CREDITOR ID: 405509-95<br>SAM GROUP INC<br>11 SMITH HINES ROAD<br>GREENVILLE SC 29607 | CREDITOR ID: 384343-15<br>SAM GROUP, INC<br>ATTN SAM KELLY, PRES<br>11 SMITH HINES ROAD<br>GREENVILLE NC 29607 | CREDITOR ID: 260348-12<br>SAM GROUP, INC<br>PO BOX 31741<br>DEPT 318<br>CHARLOTTE, NC 28231 |
| CREDITOR ID: 406252-G4<br>SAM GROUP, INC.<br>297-G GARLINGTON RD.<br>GREENVILLE SC 29615 | CREDITOR ID: 260349-12<br>SAM KANE BEEF PROCESSORS<br>PO BOX 9254<br>CORPUS CHRISTI TX 78469-9254 | CREDITOR ID: 260350-12<br>SAM MORALES<br>667 NW 101ST STREET<br>MIAMI FL 33150 |
| CREDITOR ID: 260351-12<br>SAM PIEVAC CO<br>14044 FREEWAY DRIVE<br>SANTA FE SPRINGS CA 90670-5812 | CREDITOR ID: 268490-14<br>SAM S SWANN<br>114B NIMMONS CIR<br>SENECA SC 29678-0838 | CREDITOR ID: 260352-12<br>SAM SMITH<br>1031 FT STEPHENSON TERRACE<br>LOOKOUT MOUNTAIN GA 30750 |
| CREDITOR ID: 260353-12<br>SAM STULICH<br>2454 POINESSTIA LANE<br>WAUCHULA FL 33873 | CREDITOR ID: 260354-12<br>SAM ZAARAN & SONS<br>212 RANKIN ST<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 260355-12<br>SAMANTHA GUILLORY WILLIAMS<br>121 EDNA STREET<br>LAFAYETTE, LA 70501 |
| CREDITOR ID: 260356-12<br>SAMAR PUBLISHING<br>104 CRANDON BLVD<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 268491-31<br>SAMBURG UTILITY DIST<br>ATTN: WALTER SCOTT HAYES<br>470 E LAKEVIEW DR<br>SAMBURG TN 38254 | CREDITOR ID: 260357-12<br>SAMCO FREEZERWEAR<br>4225 WHITE BEAR PARKWAY<br>SUITE 400<br>VADNAIS HEIGHTS, MN 55110 |
| CREDITOR ID: 260358-12<br>SAMER ALGHAFARI P E<br>5373 EHRLICH ROAD<br>SUITE 203<br>TAMPA FL 33625 | CREDITOR ID: 259951-12<br>SAMESS, RONALD MD<br>2855 OVERSEAS HIGHWAY<br>MARATHON, FL 33050 | CREDITOR ID: 260360-12<br>SAMFORD UNIVERSITY<br>MCWHORTER SCHOOL OF PHARMACY<br>800 LAKESHORE DRIVE<br>BIRMINGHAM, AL 35229 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260359-12<br>SAMFORD UNIVERSITY<br>ATTN FINANCIAL AID<br>800 LAKESHORE DR<br>BIRMINGHAM AL 35229 | CREDITOR ID: 374735-44<br>SAMMONS, DOROTHY<br>137 ABBOTTSFORD ROAD<br>LAGRANGE, GA 30240 | CREDITOR ID: 260362-12<br>SAMPCO<br>651 WEST WASHINGTON BLVD, SUITE 300<br>CHICAGO, IL 60661 |
| CREDITOR ID: 405510-95<br>SAMPCO<br>135 SOUTH LA SALLE STREET<br>DEPT 2581<br>CHICAGO IL 60674 | CREDITOR ID: 279388-36<br>SAMPCO, INC.<br>C/O MARKS, MARKS AND KAPLAN, LTD.<br>55 WEST MONROE STREET, SUITE 3300<br>CHICAGO  IL 60603 | CREDITOR ID: 385863-54<br>SAMPEY, FLORENCE<br>PO BOX 663<br>DAPHNE, AL 36526 |
| CREDITOR ID: 391114-55<br>SAMPEY, FLORENCE<br>C/O: BYRON TODD FORD, ESQ<br>THE LAW OFFICES OF BYRON T FORD, P.C.<br>PO BOX 1573<br>NORTHPORT AL 35476 | CREDITOR ID: 807-03<br>SAMPSON BLADEN OIL<br>932 US 421 NORTH<br>CLINTON NC 28329 | CREDITOR ID: 260363-12<br>SAMPSON BLADEN OIL CO INC<br>PO BOX 160<br>ELIZABETHTOWN NC 28337 |
| CREDITOR ID: 400516-88<br>SAMPSON, MARIETTA<br>C/O DOUGLAS ADAMS<br>P.O. BOX 857<br>BRUNSWICK GA 31521-0857 | CREDITOR ID: 260364-12<br>SAMS GAS CO<br>PO BOX 593641<br>8222 ORANGE<br>ORLANDO FL 32859-3641 | CREDITOR ID: 247099-12<br>SAMSEL, COURTHEY A<br>516 INDEPENDANCE ROAD<br>WEST PALM BEACH FL 33405 |
| CREDITOR ID: 394061-61<br>SAMSON & POWERS, PLLC<br>ATTN ROLAND F SAMSON III, PARTNER<br>2408 14TH STREET<br>GULFPORT, MS 39501 | CREDITOR ID: 260365-12<br>SAMSON METAL & MACHINE<br>ATTN SUE SAMSON<br>PO BOX 1586<br>LAKELAND, FL 33802-1586 | CREDITOR ID: 1807-07<br>SAMUEL C ROPER<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 |
| CREDITOR ID: 403352-83<br>SAMUEL GUBERNICK, DO<br>6450 38TH AVE. N.<br>ST. PETERSBURG FL 33710 | CREDITOR ID: 260367-12<br>SAMUEL H DUFFORT<br>3207 SPRING MEADOW DRIVE<br>CHAPEL HILL NC 27517 | CREDITOR ID: 260368-12<br>SAMUEL J ASSOCIATES LLC<br>10 FAIRWAY DRIVE<br>SUITE 122<br>DEERFIELD BEACH FL 33073 |
| CREDITOR ID: 268492-14<br>SAMUEL MAXEY<br>1505 NW 20TH CIR<br>OCALA FL 34475 | CREDITOR ID: 2534-07<br>SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 | CREDITOR ID: 260369-12<br>SAMUEL OSCHIN TRUSTEE BARBARA<br>OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE ST SUITE 400<br>LOS ANGELES, CA 90071-2806 |
| CREDITOR ID: 260370-12<br>SAMUEL OSCHIN TRUSTEE MICHAEL<br>OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET STE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 249998-12<br>SAMUEL, FRANCES<br>3454 WHITE WING ROAD<br>ORANGE PARK, FL 32073 | CREDITOR ID: 269290-16<br>SAMUEL, KEVIN L.<br>PO BOX 693238<br>MIAMI, FL 33269 |
| CREDITOR ID: 390106-54<br>SAMUELS, JACQUELINE<br>1120 NW 54TH TERRACE<br>MIAMI, FL 33147 | CREDITOR ID: 393562-55<br>SAMUELS, JACQUELINE<br>C/O BRIAN S. PEARL, ESQ.<br>THOMAS & PEARL, P.A.<br>2404 N.E. 9TH ST.<br>FT. LAUDERDALE FL 33304 | CREDITOR ID: 392967-55<br>SAMUELS, LUCRETIA MOXIE<br>C/O COHN, PARKER & COHN, PA<br>ATTN ALAN W COHN, ESQ<br>1152 N. UNIVERSITY DRIVE<br>SUITE 201<br>PEMBROKE PINES FL 33024 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389072-54<br>SAMUELS, LUCRETIA MOXIE<br>3298 SW 52ND AVE<br>HOLLYWOOD, FL 33023 | CREDITOR ID: 260371-12<br>SAMY CO<br>ATTN LAWRENCE HADDAWAY, ACCTG MGR<br>8815 NW 33RD STREET, SUITE 100<br>DORAL FL 33172 | CREDITOR ID: 268493-31<br>SAN ADDRES IMP EXP<br>ATTN: PAAVAB AYALA<br>8422 NW 66TH ST<br>MIAMI FL 33166-2629 |
| CREDITOR ID: 405965-99<br>SAN AGNELO TEXAS WD LP<br>C/O COEN & THURSTON PA<br>ATTN: JANET H THURSTON<br>1723 BLANDING BLVD, #102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 2535-07<br>SAN ANGELO TX WD LP<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 809-03<br>SAN ANGELO WATER UTILITIES<br>PO BOX 5820<br>SAN ANGELO TX 76902 |
| CREDITOR ID: 260372-12<br>SAN BERNARDINO COUNTY<br>DEPARTMENT OF CHILD SUPPORT SERVICE<br>PO BOX 19011<br>SAN BERNARDINO, CA 92423 | CREDITOR ID: 260373-12<br>SAN DIEGO CO OFFICE OF DIST ATTY<br>PO BOX 122808<br>SAN DIEGO, CA 92112-2808 | CREDITOR ID: 260374-12<br>SAN JOAQUIN FIGS INC<br>PO BOX 9547<br>FRESNO, CA 93793-9547 |
| CREDITOR ID: 260375-12<br>SAN JOAQUIN VALLEY CONCENTRATES<br>12557 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 260376-12<br>SAN JOSE ATHLETHIC ASSOCIATION<br>PO BOX 23324<br>JACKSONVILLE FL 32214 | CREDITOR ID: 260377-12<br>SAN LUIS OBISPO<br>DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 841<br>SAN LUIS OBISPO CA 93406 |
| CREDITOR ID: 395351-63<br>SANA DUCT<br>PO BOX 3863<br>MONTGOMERY, AL 36109-3863 | CREDITOR ID: 260378-12<br>SANA DUCT HOOD CLEAN<br>113 DUCK COVE<br>ELMORE, AL 36025 | CREDITOR ID: 386283-54<br>SANBORN, STACEY<br>9304 MANGO STREET<br>NEW PORT RICHEY FL 34654 |
| CREDITOR ID: 391399-55<br>SANBORN, STACEY<br>C/O: MICHAEL KEOUGH, ESQ.<br>MICHAEL KEOUGH, ESQ.<br>8207 STATE ROAD 52<br>HUDSON FL 34667 | CREDITOR ID: 244533-12<br>SANCHEZ, CARIE<br>13641 SW 18TH STREET<br>MIRAMAR FL 33027 | CREDITOR ID: 387179-54<br>SANCHEZ, CORINA<br>C/O GERAGHTY DOUGHERTY ET AL<br>ATTN MICHAEL C MCQUAGGE, ESQ<br>2225 FIRST STREET<br>FORT MYERS FL 33901 |
| CREDITOR ID: 391765-55<br>SANCHEZ, CORINA<br>C/O: MICHAEL C. MCQUAGGE<br>GERAGHTY, DOUGHERTY, EDWARDS, GOLDBERG,<br>2225 FIRST STREET<br>FORT MYERS FL 33901 | CREDITOR ID: 387125-54<br>SANCHEZ, HERMALINDA<br>5182 MELENIA BLVD, APT 201<br>ORLANDO, FL 32839 | CREDITOR ID: 399571-82<br>SANCHEZ, ISABEL<br>1925 SW 107TH AVENUE, #203<br>MIAMI FL 33165 |
| CREDITOR ID: 387403-54<br>SANCHEZ, MARIA<br>1520 FRANCIS AVE<br>ATLANTIC BEACH, FL 32233 | CREDITOR ID: 389581-54<br>SANCHEZ, MARIA<br>1998 S. W 27TH AVENUE<br>MIAMI, FL 33145 | CREDITOR ID: 391962-55<br>SANCHEZ, MARIA<br>C/O: ANA R. LEIMBACH<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 393251-55<br>SANCHEZ, MARIA<br>C/O: MR. TWOMBLY<br>PAYER & TWOMBLY, P.A.<br>1999 S.W. 27TH AVE., 2ND FLOOR<br>MIAMI FL 33145 | CREDITOR ID: 392558-55<br>SANCHEZ, MARIA C<br>C/O STEINGER ISCOE & PHILLIPS PA<br>1645 PALM BEACH LAKES BLVD 9TH FLR<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 388463-54<br>SANCHEZ, MARIA C<br>4175 CENTURIAN CIRCLE<br>GREENACRES, FL 33463 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 390119-54
SANCHEZ, NATALIE
10121 MASSEY ST.
ORLANDO, FL 32825

CREDITOR ID: 393573-55
SANCHEZ, NATALIE
C/O MORGAN & MORGAN
ATTN HARRAN E UDELL, ESQ
PO BOX 9504
FORT MYERS FL 33906

CREDITOR ID: 392184-55
SANCHEZ, PEDRO (MINOR)
C/O: ORLANDO RUIZ
ORLANDO RUIZ, ESQ
7695 SW 104 STREET
SUITE 200
MIAMI FL 33156

CREDITOR ID: 387901-54
SANCHEZ, PEDRO (MINOR)
18103 SW 149TH PLACE
MIAMI, FL 33177

CREDITOR ID: 388667-54
SANCHEZ, RAMIRO
247 EAST 61ST STREET
HIALEAH FL 33013

CREDITOR ID: 392711-55
SANCHEZ, RAMIRO
C/O: RAUL C DE LA HERIA, ESQUIRE
DE LA HERIA AND ASSOCIATES
2100 CORAL WAY STE 500
MIAMI FL 33145

CREDITOR ID: 393317-55
SANCHEZ, ROSA L
C/O: MIRTA R VALENZUELA
PAYER & TWOMBLY, P.A.
1999 S.W. 27TH AVE., 2ND FLOOR
MIAMI FL 33145

CREDITOR ID: 389666-54
SANCHEZ, ROSA L
1845 NW 34 ST
MIAMI, FL 33142

CREDITOR ID: 260379-12
SAND DOLLAR DIST
3172 N ANDREWS AVE EXT
POMPANO BEACH, FL 33064

CREDITOR ID: 405512-95
SAND DOLLAR DIST
3184 N ANDREWS EXT
POMPANO BEACH FL 33064

CREDITOR ID: 260380-12
SAND MOUNTAIN ELECTRIC
COOPERATIVE
PO BOX 277
RAINSVILLE, AL 35986-0277

CREDITOR ID: 810-03
SAND MOUNTAIN ELECTRIC COOP
PO BOX 277
RAINSVILLE AL 35986

CREDITOR ID: 260381-12
SANDEFUR INVESTMENTS INC
806 EAST 25TH STREET
SANDFORD, FL 32771

CREDITOR ID: 811-03
SANDEFUR INVESTMENTS INC.
806 E. 25TH STREET
SANDFORD FL 32771

CREDITOR ID: 260382-12
SANDELL BUSINESS SYSTEMS INC
1501 SOUTH 22ND AVE
HOLLYWOOD FL 33020

CREDITOR ID: 400912-91
SANDER, MARK
3395 CUTTER LANE
MAINVILLE OH 45039

CREDITOR ID: 260383-12
SANDERS SECURITY INC
1036 WEST MAIN STREET
DOTHAN, AL 36301

CREDITOR ID: 386982-54
SANDERS, ELLIS
2336 AGENS DR.
COLUMBUS GA 31907

CREDITOR ID: 385449-54
SANDERS, JOANN
892 SUNNY POINT
DAYTONA BEACH, FL 32114

CREDITOR ID: 390751-55
SANDERS, JOANN
C/O: MELVIN B. WRIGHT, ATTY.
MORGAN, COLLING, & GILBERT, PA.
PO BOX 4979
ORLANDO FL 32802

CREDITOR ID: 253773-12
SANDERS, KENDALL J
15034 FINLEY ROAD
WILMER, AL 36587

CREDITOR ID: 406190-93
SANDERS, LATASHA GUARD JANIYA BURSE
C/O SWEET & FREESE PLLC
ATTN: D SWEET, O NELSON, K MCCULLOU
PO BOX 1178
JACKSON MS 39215

CREDITOR ID: 407164-MS
SANDERS, MARTIN LEE
404 CHIPLEY PLACE WEST
JACKSONVILLE FL 32259

CREDITOR ID: 385655-54
SANDERS, MARY
4649 DANNA DR SW
AUSTELL, GA 30106

CREDITOR ID: 390940-55
SANDERS, MARY
C/O: NAKATA FITCH ESQ.
THE FITCH FIRM P.C. ATTORNEYS AT LAW
117 N MCDONOUGH ST.
DECATUR GA 30030

CREDITOR ID: 387680-54
SANDERS, MICHAEL
1212 ROCKWOOD LANE
OXFORD AL 36203

CREDITOR ID: 390438-54
SANDERS, PHYLLIS J
112 EAST SCENIC LANE
TRAVELERS REST, SC 29690

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386904-54<br>SANDERS, RICHARD<br>36121 LAKE CHASE BLVD<br>ZEPHYRHILLS FL 33541 | CREDITOR ID: 389810-54<br>SANDERS, TIMOTHY<br>3166 ST. CHARLES ST.<br>DIBERVILLE MS 39540 | CREDITOR ID: 260384-12<br>SANDERSON FARMS<br>PO BOX 988<br>LAUREL, MS 39441-0988 |
| CREDITOR ID: 278718-99<br>SANDERSON FARMS<br>ATTN: NEAL MORGAN, DIR OF SALES<br>PO BOX 988<br>LAUREL, MS 39441-0988 | CREDITOR ID: 260385-12<br>SANDERSON FARMS INC<br>FOODS DIV<br>PO BOX 97149<br>JACKSON, MS 39288-7149 | CREDITOR ID: 262880-12<br>SANDERSVILLE GEORGIAN INC, THE<br>ATTN: WILL DAVIS, PUBLISHER<br>PO BOX 431<br>SANDERSVILLE, GA 31082 |
| CREDITOR ID: 268494-31<br>SANDHILL<br>ATTN: EDWARD C TENBROECK<br>7556 S GROVEWOOD LOOP<br>FLORAL CITY FL 34436-2915 | CREDITOR ID: 260386-12<br>SANDHILL LOGISTICS<br>808 BYRON HICKS ROAD<br>JEFFERSON, SC 29728 | CREDITOR ID: 381643-47<br>SANDHILLS REGIONAL MED CENTER<br>1000 W HAMLET AVENUE<br>HAMLET, NC 28345 |
| CREDITOR ID: 260388-12<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 268495-31<br>SANDLANDS C&D LLC<br>ATTN: WILLIAM R CLYBURN II<br>104 S HAMPTON ST<br>KERSHAW SC 29067-1448 |
| CREDITOR ID: 242098-12<br>SANDOVAL, ALYSSA<br>2166 LAMORE DRIVE<br>COLUMBUS GA 31907 | CREDITOR ID: 260389-12<br>SANDRA ALLEN<br>4412 WRIGHT STREET<br>MONTGOMERY AL 36116 | CREDITOR ID: 260390-12<br>SANDRA ARBAUGH<br>130 VINEYARD BLVD<br>SUMMERVILLE SC 29483 |
| CREDITOR ID: 260393-12<br>SANDRA CHRISTENBURY<br>7000 D WALLACE ROAD<br>CHARLOTTE NC 28212 | CREDITOR ID: 260394-12<br>SANDRA D THOMPSON<br>5014 A IONA STREET<br>HUNTSVILLE AL 35811 | CREDITOR ID: 260395-12<br>SANDRA HERNANDEZ<br>2790 W 70TH STREET<br>HIALEAH FL 33016 |
| CREDITOR ID: 260396-12<br>SANDRA HUCKEBA<br>252 CLIFF CIRCLE<br>BAINBRIDGE GA 39817 | CREDITOR ID: 260397-12<br>SANDRA K CARSWELL<br>1212 NW 51 STREET<br>MIAMI FL 33142 | CREDITOR ID: 260398-12<br>SANDRA K GASKIN<br>214 BARKWOOD DRIVE<br>HUNTSVILLE AL 35811 |
| CREDITOR ID: 260399-12<br>SANDRA KEE<br>4213 MAINE AVENUE<br>ELKTON FL 32033 | CREDITOR ID: 260401-12<br>SANDRA L MCLEOD<br>PO BOX 895<br>711 WEST MAIN STREET<br>SOUTH HILL VA 23970 | CREDITOR ID: 260402-12<br>SANDRA L SIMS<br>408 HIGHWOOD DRIVE<br>JACKSON MS 39209 |
| CREDITOR ID: 260403-12<br>SANDRA LAWLEY WATKINS<br>9601 HWY 69 NORTH<br>NORTHPORT, AL 35473 | CREDITOR ID: 260404-12<br>SANDRA LEE<br>9302 TRENTA LANE<br>LOUISVILLE KY 40219 | CREDITOR ID: 260405-12<br>SANDRA M DEROZAN<br>PO BOX 49 ACADIAN VILLAGE<br>NEW ROADS LA 70760 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1812-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA GA 30327 | CREDITOR ID: 260408-12<br>SANDRA MONTESI<br>PO BOX 700387<br>ST CLOUD FL 34770 | CREDITOR ID: 394034-61<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 |
| CREDITOR ID: 407165-MS<br>SANDS, JAMES E.<br>7948 NORTH GLEN DR., APT. 2103<br>IRVING TX 75063 | CREDITOR ID: 260410-12<br>SANDUSCO INC<br>11012 AURORA HUDSON ROAD<br>STREESBORO, OH 44241-1629 | CREDITOR ID: 406253-G4<br>SANDY HAMPTON<br>TWO PENN PLAZA<br>NEW YORK NY 10121-2898 |
| CREDITOR ID: 260411-12<br>SANDY LERSCH<br>2738 MYSTIC LAKE DRIVE #202<br>OVIEDO FL 32765 | CREDITOR ID: 260412-12<br>SANDY MOMBRANCHE<br>4141 NE 4 TERRACE<br>POMPANO BEACH FL 33064 | CREDITOR ID: 260413-12<br>SANDY NESTER<br>1115 4TH STREET<br>ST AUGUSTINE FL 32095 |
| CREDITOR ID: 382744-51<br>SANFILIPO, JOHN B<br>2300 BUSSE ROAD<br>ELK GROVE VILLAGE, IL 60008 | CREDITOR ID: 382745-51<br>SANFILIPO, JOHN B<br>2301 BUSSE ROAD<br>ELK GROVE VILLAGE, IL 60009 | CREDITOR ID: 260414-12<br>SANFORD & HARPER ATTORNEYS AT LAW<br>PO BOX 1507<br>JACKSON MS 39215-1507 |
| CREDITOR ID: 260415-12<br>SANFORD AREA CHAMBER OF COMMERCE<br>PO BOX 519<br>SANFORD NC 27330 | CREDITOR ID: 260416-12<br>SANFORD COCA COLA BOTTLING<br>PO BOX 1207<br>SANFORD, NC 27330 | CREDITOR ID: 260417-12<br>SANFORD CORPORATION<br>PO BOX 92026<br>CHICAGO, IL 60675-2026 |
| CREDITOR ID: 405515-95<br>SANFORD CORPORATION<br>DIVISION OF NEWELL CORP<br>NEWELL CENTER<br>29 EAST STEPHENSON ST<br>FREEPORT IL 61032 | CREDITOR ID: 381035-47<br>SANFORD HERALD<br>PO BOX 100<br>SANFORD, NC 27331-0100 | CREDITOR ID: 382114-51<br>SANFORD HERALD<br>ATTN JIMMIE J HOLT<br>PO BOX 100<br>SANFORD, NC 27331 |
| CREDITOR ID: 268496-31<br>SANFORD PARKS DIVISION CITY<br>ATTN: MARK HULTIN<br>300 N PARK AVE<br>SANFORD FL 32771-1244 | CREDITOR ID: 243860-12<br>SANGSTER, BRANDON M<br>1330 NW 32 AVENUE<br>FT LAUDERDALE FL 33311 | CREDITOR ID: 260418-12<br>SANITATION DISTRICT NO 1<br>1045 EATON DRIVE<br>FT WRIGHT, KY 41017-9681 |
| CREDITOR ID: 816-03<br>SANITATION DISTRICT NO 1<br>ATNN H MATTINGLY<br>PO BOX 17600<br>COVINGTON KY 41017 | CREDITOR ID: 279187-29<br>SANOFI PASTEUR, INC<br>F/K/A AVENTIS PASTEUR INC<br>ATTN: LISA KARPF<br>DISCOVERY DRIVE<br>SWIFTWATER PA 18370 | CREDITOR ID: 260419-12<br>SANPER DISTRIBUTORS<br>12099 NW 98TH AVE<br>HIALEAH GARDENS, FL 33018 |
| CREDITOR ID: 407166-MS<br>SANSON, RAPHAEL<br>166 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 398014-76<br>SANSOSTI, ROMEO<br>1313 GETHSEMANE STREET<br>CHESTER, SC 29706 | CREDITOR ID: 394218-56<br>SANSPREE, STORIE<br>3100 NE 1ST AVENUE APT 5<br>POMPANO BEACH, FL 33064 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 260420-12
SANTA MARIA COMMUNITY SERVICES INC
639 STEINER
CINCINNATI OH 45204

CREDITOR ID: 268497-31
SANTA ROSA COMMUNITY CLINIC
ATTN: DON TURNER
5520 STEWART ST
MILTON FL 32570-4304

CREDITOR ID: 268499-31
SANTA ROSA COUNTY OF
ATTN: FRANK ROWELL
6075 OLD BAGDAD HWY
MILTON FL 32583-8983

CREDITOR ID: 268498-14
SANTA ROSA COUNTY OF
ATTN: BARBARA HOLLEY
6865 CAROLINE ST RM 108
MILTON FL 32570-2204

CREDITOR ID: 260422-12
SANTA ROSA MEDICAL CENTER
PO BOX 648
MILTON FL 32572

CREDITOR ID: 278946-30
SANTA SWEETS
PO BOX 1166
BONITA SPRINGS, FL 34133-1166

CREDITOR ID: 384345-47
SANTANA ENTERPRISES INC
3620 PRINCETON OAKS STREET
ORLANDO, FL 32808

CREDITOR ID: 405516-95
SANTANA ENTERPRISES INC
1271 LAQUINTA DRIVE #7
ORLANDO FL 32809

CREDITOR ID: 260424-12
SANTANA ENTERPRISES, INC
ATTN OSMEL F SANTANA, PRES
3620 PRINCETON OAKS STREET
ORLANDO, FL 32808

CREDITOR ID: 386381-54
SANTANA, LINDA
4400 LAKE TENNESSEE DRIVE
ORLANDO FL 32812-5875

CREDITOR ID: 391462-55
SANTANA, LINDA
C/O: PAUL MORGAN
1099 W MORSE BLVD
WINTER PARK FL 32789

CREDITOR ID: 392371-55
SANTANGELO, SUSAN F
C/O: CHARLSEY WOLFF
WOLFF & WOLFF
3017 21ST STREET
STE. 100
METAIRIE LA 70002-4939

CREDITOR ID: 388129-54
SANTANGELO, SUSAN F
8 MUSTANG LANE
ST. ROSE LA 70087

CREDITOR ID: 384346-47
SANTEE COOPER
PO BOX 188
MONCKS CORN, SC 29461

CREDITOR ID: 268500-14
SANTEE LYNCHES REG COUN GOV
ATTN: JAMES T DARBY
36 W LIBERTY ST
SUMTER SC 29150-5241

CREDITOR ID: 268501-14
SANTEE LYNCHES RGNL CNCL GVRNM
ATTN: CATHY RICHARSON
36 W LIBERTY ST
SUMTER SC 29150-5241

CREDITOR ID: 268502-31
SANTEE TREATMENT PLANT
ATTN: CILE BROOK
166 SALUDA DR
SANTEE SC 29142-9320

CREDITOR ID: 260426-12
SANTEE WIRE PRODUCTS
PO BOX 280
SANTEE SC 29142

CREDITOR ID: 260427-12
SANTEX CORP
14780 SW 136 STREET
MIAMI, FL 33196

CREDITOR ID: 260428-12
SANTIAGO SANCHEZ
402 BOABADILLA
MIAMI FL 33134

CREDITOR ID: 386527-54
SANTIAGO, CARLOS
2327 10TH AVE. N. STE #202
LAKE WORTH FL 33461

CREDITOR ID: 391561-55
SANTIAGO, CARLOS
C/O FINDLER & FINDLER, PA
ATTN LISSA JOLIVERT-FORSEY, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 389508-54
SANTIAGO, CARLOS EMILIANO
5450 BANYAN DRIVE
CORAL GABLES, FL 33156

CREDITOR ID: 387087-54
SANTIAGO, DAVID
5400 FITNESS CIRCLE APT #303
ORLANDO FL 32839

CREDITOR ID: 385259-54
SANTIAGO, ILUMINADO
1351 SW 11TH AVENUE
DEERFIELD BEACH, FL 33441

CREDITOR ID: 390567-55
SANTIAGO, ILUMINADO
C/O: ALAN GINSBERG ESQ.
LAW OFFICES OF ALAN GINSBERG
13899 BISCAYNE BLVD.
SUITE 401
NORTH MIAMI BEACH FL 33181

CREDITOR ID: 389547-54
SANTIAGO, ISABELLA
629 ROYALTY CT.
KISSIMMEE, FL 34759

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393218-55<br>SANTIAGO, ISABELLA<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN RYAN MUNNS, ESQ<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 385750-54<br>SANTIAGO, MARIA<br>731 SOUTH K STREET<br>LAKE WORTH, FL 33460 | CREDITOR ID: 391025-55<br>SANTIAGO, MARIA<br>C/O: DIANA SANTA MARIA<br>LAW OFFICE OF<br>4801 SOUTH UNIVERSITY BLVD<br>SUITE 3060<br>FT LAUDERDALE FL 33328 |
| CREDITOR ID: 388505-54<br>SANTIAGO, PASCUALA<br>125 S. DOBSON #1060<br>CHANDLER, AZ 85224 | CREDITOR ID: 392586-55<br>SANTIAGO, PASCUALA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 388110-54<br>SANTIAGO, PAUL<br>2640 NE 14TH ST<br>OCALA FL 34480 |
| CREDITOR ID: 392811-55<br>SANTIAGO, RAFAEL<br>C/O: FRANCIS X MENDEZ<br>MORELAND & MENDEZ<br>202 LOOKOUT PLACE<br>MAITLAND FL 32751 | CREDITOR ID: 388415-54<br>SANTIAGO, SARA<br>15460 HARRISON DR.<br>HOMESTEAD, FL 33033 | CREDITOR ID: 392512-55<br>SANTIAGO, SARA<br>C/O: CARLOS O. GOMEZ<br>CARLOS O. GOMEZ<br>102 EAST 49TH STREET<br>HIALEAH FL 33013 |
| CREDITOR ID: 386509-54<br>SANTNER, JANET<br>819 SAINT PIERRE COVE<br>NICEVILLE FL 32578 | CREDITOR ID: 260450-12<br>SANTOS, SARAH J<br>2858 TUSCARORA TR<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 260429-12<br>SAPP TRUCKING INC<br>PO BOX 2575<br>MOULTRIE GA 31776-2575 |
| CREDITOR ID: 381292-47<br>SAPP, ASHLEY L<br>930 SAPP ROAD<br>MORREN, GA 31638 | CREDITOR ID: 386129-54<br>SAPP, DONNA<br>208 N. MAIN AVE APT 4<br>GROVELAND, FL 34736 | CREDITOR ID: 391309-55<br>SAPP, DONNA<br>C/O: TODD E COPELAND ESQ.<br>TODD E COPELAND & ASSOCIATES P.A.<br>1007 EMMETT STREET<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 260430-12<br>SAPUTO CHEESE USA<br>PO BOX 198253<br>ATLANTA GA 30384-8253 | CREDITOR ID: 260431-12<br>SARA E COCHRAN C/O POPE&RAYFIELD PC<br>52 LEE ROAD # 2007<br>OPELIKA AL 36804 | CREDITOR ID: 260432-12<br>SARA GOEN WHITE<br>802 PERRYMONT ROAD<br>HOPEWELL, VA 23860 |
| CREDITOR ID: 260433-12<br>SARA K STONE<br>1918 EAST RIVER ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 260434-12<br>SARA LEE BAKERY<br>PO BOX 93648<br>CHARLES WILLIAMS<br>CHICAGO, IL 60673-3648 | CREDITOR ID: 405517-95<br>SARA LEE BAKERY<br>SARA LEE BAKERY<br>8300 96TH AVE<br>ATTN VALERIE HELDON<br>ZEELAND MI 49464 |
| CREDITOR ID: 260435-12<br>SARA LEE BAKERY GROUP<br>PO BOX 945624<br>ATLANTA, GA 30394-5624 | CREDITOR ID: 397697-99<br>SARA LEE BAKERY GROUP<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397697-99<br>SARA LEE BAKERY GROUP<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 |
| CREDITOR ID: 397697-99<br>SARA LEE BAKERY GROUP<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 405518-95<br>SARA LEE BAKERY GROUP<br>1786 MACK SMITH ROAD<br>ROSSVILLE GA 30741 | CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>ATTN: JERRI SPONIK<br>111 CORPORATE OFFICE DR<br>SUITE 200<br>EARTH CITY, MO 63045 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384347-47<br>SARA LEE COFFEE & TEA<br>23018 NETWORK PLACE<br>CHICAGO, IL 60673123 | CREDITOR ID: 260436-12<br>SARA LEE COFFEE & TEA<br>NETWORK PLACE<br>23018 NETWORK PLACE<br>CHICAGO, IL 60673 | CREDITOR ID: 405519-95<br>SARA LEE COFFEE & TEA<br>PO BOX 1040<br>SUFFOLK VA 23434-9998 |
| CREDITOR ID: 397696-99<br>SARA LEE CORPORATION<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397696-99<br>SARA LEE CORPORATION<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 397696-99<br>SARA LEE CORPORATION<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 279279-35<br>SARA LEE CORPORATION<br>ATTN: CURTIS MARSHALL<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 260437-12<br>SARA LEE FOODS<br>PO BOX 905466<br>CHARLOTTE, NC 28290 | CREDITOR ID: 278691-99<br>SARA LEE FOODS<br>ATTN: JOEL CARTRIGHT, CR MANAGER<br>PO BOX 905466<br>CHARLOTTE, NC 28290 |
| CREDITOR ID: 260439-12<br>SARA LEE KNIT PRODUCTS<br>21692 NETWORK PLACE<br>CHICAGO, IL 60673-1216 | CREDITOR ID: 260440-12<br>SARA LEE SOCK<br>PO BOX 75173<br>CHARLOTTE, NC 28275 | CREDITOR ID: 405520-95<br>SARA LEE SOCK<br>1823 EASTCHESTER DRIVE<br>HIGH POINT NC 27265 |
| CREDITOR ID: 260441-12<br>SARA M HUDDLESTON<br>439 MORROW ROAD<br>LOT 202<br>SOUTH LEBANON OH 45065 | CREDITOR ID: 260442-12<br>SARA MANA BUSINESS PRODUCTS<br>1618 BARBER RD<br>SARASOTA FL 34240-9393 | CREDITOR ID: 260443-12<br>SARAH A PLOUFFE<br>254 MARLBERRY CIRCLE<br>JUPITER FL 33458 |
| CREDITOR ID: 260444-12<br>SARAH BOZEMAN & WILLIAM BOZEMAN<br>741 NW 15TH AVENUE<br>FT LAUDERDALE FL 33311 | CREDITOR ID: 260445-12<br>SARAH C NOE<br>1456 RIDGE ROAD<br>HOPKINS SC 29061 | CREDITOR ID: 260446-12<br>SARAH EMERICK<br>PO BOX 22<br>FSAIRHOPE PA 15538 |
| CREDITOR ID: 260447-12<br>SARAH F WATKINS<br>389 POST OAK ROAD<br>MADISON MS 39110 | CREDITOR ID: 260448-12<br>SARAH GREEN<br>131 JACQUELINE DRIVE<br>GEORGETOWN GA 39854 | CREDITOR ID: 260449-12<br>SARAH J HAND<br>1777 CO ROAD 23<br>NICKERSON NE 68044 |
| CREDITOR ID: 260451-12<br>SARAH J SPENCE<br>502 OAK LANE<br>NEWPORT NC 28570 | CREDITOR ID: 260452-12<br>SARAH K GALBRAITH<br>2612 CLAUSSEN ROAD<br>FLORENCE SC 29505 | CREDITOR ID: 260453-12<br>SARAH M SALES<br>205 OAKBROOK DRIVE<br>MT WASHINGTON KY 40047 |
| CREDITOR ID: 260454-12<br>SARAH MICHAELS INC.<br>135 S LASALLE ST<br>DEPT 1905<br>CHICAGO, IL 60674-1905 | CREDITOR ID: 405522-95<br>SARAH MICHAELS INC.<br>PO BOX 281907<br>ATLANTA GA 30384-1907 | CREDITOR ID: 260455-12<br>SARAH POTTS<br>PO BOX 1811<br>YULEE FL 32041 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260456-12<br>SARAH YOUNG<br>1483 CANTERBURY CIRCLE<br>CASSELBERRY FL 32707 | CREDITOR ID: 268503-31<br>SARALAND CITY OF BOARD OF WAT<br>ATTN: JAMES A MCCULLOUGH<br>307 SHELTON BEACH RD<br>SARALAND AL 36571-2777 | CREDITOR ID: 278553-24<br>SARAN LTD<br>5710 LBJ FREEWAY<br>SUITE 135<br>DALLAS TX 75240 |
| CREDITOR ID: 278662-24<br>SARAN, LTD<br>BELGRAVIA CAPITAL CORPORATION<br>1990 MACARTHUR BOULEVARD<br>SUITE 1100<br>IRVINE CA 92612 | CREDITOR ID: 260458-12<br>SARASOTA COUNTY TAX COLLECTOR<br>101 SOUTH WASHINGTON BOULEVARD<br>PROPERTY TAX<br>SARASOTA FL 34236-6993 | CREDITOR ID: 240651-06<br>SARASOTA COUNTY TAX COLLECTOR<br>OCCUPATIONAL LICENSE<br>101 S WASHINGTON BLVD<br>SARASOTA FL 34236-6993 |
| CREDITOR ID: 260461-12<br>SARASOTA DOCUMENT SHREDDING<br>4563 MARIOTTI COURT #101<br>SARASOTA FL 34233 | CREDITOR ID: 260463-12<br>SARASOTA HERALD TRIBUNE<br>PO BOX 911364<br>ORLANDO, FL 32891-1364 | CREDITOR ID: 260462-12<br>SARASOTA HERALD TRIBUNE<br>801 S TAMIAMI TRAIL<br>SARASOTA, FL 34236 |
| CREDITOR ID: 376951-44<br>SARASOTA HEROLD TRIBUNE<br>ATTN ROB SPRAYBERRY<br>801 S TAMIAMI TRAIL<br>SARASOTA, FL 34236 | CREDITOR ID: 260464-12<br>SARATOGA SPECIALTIES<br>12746 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 385243-54<br>SARDINAS, ORQUIDIA<br>1455 NW 30TH ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 390551-55<br>SARDINAS, ORQUIDIA<br>C/O: MARC N. LINOWITZ, ESQUIRE<br>LAW OFFICE OF MARC N. LINOWITZ<br>1699 CORAL WAY, SUITE 315<br>MIAMI FL 33145 | CREDITOR ID: 268504-31<br>SARDIS CITY<br>ATTN: ROBERT SAMPLES<br>860 CHURCH ST<br>BOAZ AL 35956-2800 | CREDITOR ID: 250584-12<br>SARDUY, GINA<br>12380 SW 193 STREET<br>MIAMI, FL 33177 |
| CREDITOR ID: 260465-12<br>SARGENT SEAT COVER CO INC<br>44 E 1ST STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 260466-12<br>SARGENTO FOODS<br>1 PERSNICKRTY PLACE<br>PLYMOUTH WI 53073 | CREDITOR ID: 405523-95<br>SARGENTO FOODS<br>ACOSTA SALES AND MARKETING CO<br>5650 BRECKENRIDGE PARK DRIVE<br>SUITE 301<br>TAMPA FL 33610 |
| CREDITOR ID: 403542-99<br>SARGENTO FOODS INC<br>C/O REINHART BOERNER VAN DEUREN SC<br>ATTN: JOSHUA A BLAKELY<br>1000 NORTH WATER ST, STE 2100<br>PO BOX 2965<br>MILWAUKEE WI 53201-2965 | CREDITOR ID: 279037-32<br>SARGENTO FOODS INC.<br>ATTN: STU STURZL, CR. MGR.<br>ONE PERSNICKEY PLACE<br>PLYMOUTH WI 53073-3547 | CREDITOR ID: 268505-31<br>SARPY & ASSOC LLC<br>ATTN: CHRISTOPHER SARPY<br>244 ARLINGTON DR<br>METAIRIE LA 70001-5510 |
| CREDITOR ID: 268506-31<br>SARPY GROUP INC<br>ATTN: CHARLES JOHNSON<br>6227 OXFORD PL<br>NEW ORLEANS LA 70131-4141 | CREDITOR ID: 260468-12<br>SARRIA ENTERPRISES INC<br>ATTN: MR FRANCISCO SARRIA<br>4725 S W 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN:  FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 |
| CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1814-07<br>SARRIA HOLDINGS II INC<br>4725 SOUTHWEST 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 260470-12<br>SARRIA HOLDINGS INC<br>%FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 | CREDITOR ID: 260471-12<br>SAS GROUP<br>C/O WELLS FARGO CENTURY CORP<br>PO BOX 360286<br>PITTSBURGH, PA 15250-6286 | CREDITOR ID: 382275-51<br>SAS INSTITUTE<br>WORLD HEADQUARTERS<br>SAS CAMPUS DRIVE<br>CARY, NC 27513 |
| CREDITOR ID: 260472-12<br>SAS INSTITUTE INC<br>PO BOX 406922<br>ATLANTA, GA 30384-6922 | CREDITOR ID: 260473-12<br>SAS SECURITY LOCK AND KEY<br>803 34TH STREET NORTH<br>ST PETERSBURG, FL 33713 | CREDITOR ID: 389458-54<br>SASADA, CHRISTINE<br>2461 WEST LAUREEN STREET<br>LACANTO FL 34461 |
| CREDITOR ID: 260277-12<br>SA-SO COMPANY<br>PO BOX 6213<br>CAROL STREAM IL 60197-6213 | CREDITOR ID: 384348-47<br>SASSER SIGNS<br>PO BOX 11145<br>DANVILLE, VA 24543 | CREDITOR ID: 260474-12<br>SASSY INC<br>P 0 BOX 88285<br>CHICAGO, IL 60680-1285 |
| CREDITOR ID: 384349-47<br>SATILLA CONVENIENT CARE<br>1921 ALICE STREET, SUITE 4A<br>WAYCROSS, GA 31501 | CREDITOR ID: 405524-95<br>SATILLA CONVENIENT CARE<br>SATILLA WELLNESS<br>709 KNIGHT AVE<br>WAYCROSS GA 31501 | CREDITOR ID: 260476-12<br>SATILLA RIVER SAUSAGE CO LLC<br>3304 GLYNN AVE<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 385268-54<br>SATKO, JANET<br>7096 LAKESHORE DRIVE<br>QUINTON, VA 23141 | CREDITOR ID: 390576-55<br>SATKO, JANET<br>C/O: HAYWARD F. TAYLOR, IV<br>TAYLOR, TAYLOR & TAYLOR, INC.<br>6924 LAKESIDE AVE.<br>RICHMOND VA 23228 | CREDITOR ID: 375973-44<br>SATMARIA, LOUIS<br>ORL DIV #2387<br>4345 ANDOVER CAY BLVD.<br>ORLANDO, FL 32825 |
| CREDITOR ID: 260477-12<br>SATTERFIELD PLAZA T I C<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1816-RJ<br>SATTERFIELD PLAZA T I C<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 260478-12<br>SATURN COMMUNICATIONS<br>PO BOX 751281<br>CHARLOTTE, NC 28275-1281 |
| CREDITOR ID: 246345-12<br>SAUCE, CLARKS<br>1932 LIBERTY CHURCH RD<br>HEPHZIBAH, GA 30815 | CREDITOR ID: 269286-16<br>SAUCIER, JUNE CARLENE<br>D/B/A ANGEL GARDEN FLOWERS & GIFTS<br>C/O JOSEPH KELLY<br>827 HIGHWAY 90<br>BAY ST. LOUIS, MS 39520 | CREDITOR ID: 260479-12<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 |
| CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 | CREDITOR ID: 407721-15<br>SAUL, MILIAN<br>C/O MICHAEL A FRANK, ESQ<br>10 NW LEJEUNE ROAD #620<br>MIAMI FL 33126 | CREDITOR ID: 407636-15<br>SAULS, PEGGY ANN<br>600 RUTHERS ROAD<br>RICHMOND VA 23235 |
| CREDITOR ID: 373620-44<br>SAUNDERS, AMANDA<br>5010 81ST STREET<br>NEWPORT NEWS, VA 23605 | CREDITOR ID: 376254-44<br>SAUNDERS, MIKE<br>4225 STUDIO IN<br>GRENSBORO, NC 27407 | CREDITOR ID: 260480-12<br>SAUNDRA SAXON<br>117 COBBLEFIELD DRIVE<br>ALBAN GA 31707 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 260481-12
SAV ON CONTACTS INC
PO BOX 230152
BROOKLYN, NY 11223

CREDITOR ID: 260482-12
SAVAGE POULTRY INC
PO BOX 4062
SALISBURY, MD 21803

CREDITOR ID: 386239-54
SAVAGE, DOYLE
9365 CALLAS MILL ROAD
LULA GA 30554

CREDITOR ID: 269260-16
SAVAGIO, GINA
C/O S. C. MIDDLEBROOKS
GARDNER, MIDDLEBROOKS,  ET AL.
MCADORY BUILDING, SUITE 400
2013 FIRST AVENUE NORTH
BIRMINGHAM, AL 35203

CREDITOR ID: 386165-54
SAVAINO, ROGER E
100 NW 76TH AVE
APT 306-2
PLANTATION, FL 33324

CREDITOR ID: 391329-55
SAVAINO, ROGER E
C/O GEORGIA D N ROBINSON ESQ
WORLD EXECUTIVE BUILDING
3500 N SR 7 STE 437
FT. LAUDERDALE FL 33319

CREDITOR ID: 260483-12
SAVANNAH COCA-COLA
PO BOX 1110
POOLER, GA 31322

CREDITOR ID: 384350-47
SAVANNAH DIST COMPANY
PO BOX 1388
SAVANNAH, GA 31498

CREDITOR ID: 260485-12
SAVANNAH MORNING NEWS
ACCOUNTS RECEIVABLE
ATTN WENDY WICKHAM, CR MGR
PO BOX 3117
SAVANNAH, GA 31402-3117

CREDITOR ID: 268507-31
SAVANNAH SANITATION
ATTN: GREGORY REID
5019 OGEECHEE RD STE C
SAVANNAH GA 31405-2569

CREDITOR ID: 260486-12
SAVANNAH VALLEY UTILITY DIST
10700 HIGHWAY 58
GEORGETOWN, TN 37336

CREDITOR ID: 820-03
SAVANNAH VALLEY UTILITY DISTRICT
PO BOX 1
GEORGETOWN TN 37336

CREDITOR ID: 260487-12
SAVARESE & COMPANY
723 BRIARWOOD DR
LONG BEACH, MS 39560

CREDITOR ID: 260488-12
SAVE A LOT MARKET
1024 EXECUTIVE PARKWAY
CREVE COEUR MO 63141

CREDITOR ID: 260489-12
SAVE THE ANIMAL FOUNDATION
PO BOX 9356
CINCINNATI OH 45204

CREDITOR ID: 278947-30
SAVEN CORP
PO BOX 1763
CHARLESTON, WV 25326

CREDITOR ID: 374554-44
SAVINO, DAVID J
ORL DIV 2320
13224 S. BETTY PT.
FLORAL CITY, FL 34436

CREDITOR ID: 268508-31
SAVION DEVELOPERS
ATTN: MAYER S ABBO
766 SE 5TH AVE
DELRAY BEACH FL 33483-5105

CREDITOR ID: 260491-12
SAVITAR A/M/A SRA/AMERICAN LLC
SAVITAR AS AGENT FOR
SUITE 5A
2301 W SAMPLE RD BLDG 3
POMPANO BEACH, FL 33073

CREDITOR ID: 1818-07
SAVITAR A/M/A SRA/AMERICAN LLC
SAVITAR AS AGENT FOR
SUITE 5A
2301 W SAMPLE RD BLDG 3
POMPANO  BEACH, FL 33073

CREDITOR ID: 256153-12
SAVOIE, MIA K
4800 7TH STREET
MARRERO LA 70072

CREDITOR ID: 390157-54
SAVOIE, MICHELLE
1035 DOMINGUE ST
BREAUX BRIDGE, LA 70517

CREDITOR ID: 393606-55
SAVOIE, MICHELLE
C/O: KENNETH P. MAYERS
KENNETH P. MAYERS ATTORNEY AT LAW
216 ST. LANDRY STREET
LAFAYETTE, LA 70506

CREDITOR ID: 260492-12
SAVOIE'S SAUSAGE & FOOD PRODS, INC
ATTN FREDERICK R LAFLEUR, EXEC VP
1742 HWY 742
OPELOUSAS, LA 70570

CREDITOR ID: 407167-MS
SAVOIR, EARL
105 LORELIE CIRCLE
SLIDELL LA 70458

CREDITOR ID: 382978-51
SAV-RX
1612 NORTH BELL STREET
FREMONT, NE 68025

CREDITOR ID: 260493-12
SAVRX ADVANTAGE
ATTN SHANNON BOYDL
224 NORTH PARK AVE
FREMONT, NE 68025

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382977-51<br>SAV-RX MED-ADVANTAGE<br>1612 NORTH BELL STREET<br>FREMONT, NE 68025 | CREDITOR ID: 260494-12<br>SAWGRASS LEGAL CENTER<br>PA TRUST ACCOUNT<br>7118 SOUTHGATE BLVD<br>N LAUDERDALE FL 33068 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE, OH 43537 |
| CREDITOR ID: 2540-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | CREDITOR ID: 397807-75<br>SAWNEE E M C<br>PO BOX 100002<br>CUMMING, GA 30130-8302 | CREDITOR ID: 821-03<br>SAWNEE ELECTRIC MEMBER CORP.<br>543 ATLANTA HIGHWAY<br>PO BOX 266<br>CUMMING GA 30028 |
| CREDITOR ID: 260497-12<br>SAWYER ELECTRONICS INC<br>PO BOX 3786<br>1210 POINSETT HWY<br>GREENVILLE SC 29608-3786 | CREDITOR ID: 260498-12<br>SAWYER GAS<br>PO BOX 37679<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 260499-12<br>SAWYER GAS OF GREEN COVE<br>SPRINGS<br>21 SOUTH ORANGE AVE<br>GREEN COVE SPRINGS, FL 32043-1386 |
| CREDITOR ID: 260500-12<br>SAWYER GAS OF GREEN COVE SPRNG<br>21 SOUTH ORANGE AVE<br>GREEN COVE SPRINGS, FL 32043-1386 | CREDITOR ID: 260501-12<br>SAWYER GAS OF LAKE CITY,INC<br>1851 SW MIDTOWN PLACE<br>LAKE CITY, FL 32025 | CREDITOR ID: 260502-12<br>SAWYER GAS OF THE BEACHES, INC<br>PO BOX 49207<br>JACKSONVILLE, FL 32240-9207 |
| CREDITOR ID: 823-03<br>SAWYER GAS/TECO PROPANE<br>SAWYER GAS OF JACKSONVILLE<br>7162 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 260503-12<br>SAWYER TECO GAS<br>7162 PHILLIPS HWY<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 247275-12<br>SAWYER, CRYSTAL L<br>1403 BETHEL ROAD<br>BAINBRIDGE GA 39817 |
| CREDITOR ID: 269302-16<br>SAXENA, MAYA<br>MILBERG, WEISS, ET AL.<br>5355 TOWN CENTER ROAD<br>SUITE 900<br>BOCA RATON, FL 33486 | CREDITOR ID: 260504-12<br>SAXTON AUTO PARTS & SERVICE INC<br>300 N JERRY CLOWER BLVD<br>YAZOO CITY, MS 39194 | CREDITOR ID: 392639-55<br>SAXTON, BETTY J<br>C/O FRANK CIBULA, JR. ESQUIRE<br>PLAZA 155, SUITE 2000<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 388577-54<br>SAXTON, BETTY J<br>14694 PALMWOOD ROAD<br>LAKE PARK FL 33410 | CREDITOR ID: 386257-54<br>SAYMAN, BEVERLY<br>215 CHARLOTTA AVE. SE<br>PALM BAY FL 32909 | CREDITOR ID: 391380-55<br>SAYMAN, BEVERLY<br>C/O MICHAEL S. HAYWORTH, ESQUIRE<br>HAYWORTH & CHANEY P.A.<br>200 S. HARBOUR CITY BLV<br>SUITE 203<br>MELBOURNE FL 32901 |
| CREDITOR ID: 260250-12<br>SB SCHUMAN<br>BLDG 11 UNIT 105 ESCANDIDO CIRCLE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 260506-12<br>SBC<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60663-0001 | CREDITOR ID: 260505-12<br>SBC<br>60663 SBC DRIVE<br>CHICAGO, IL 60663-0001 |
| CREDITOR ID: 397808-75<br>SC (WESTLAND PROMENADE) LTD PARTNERSHIP<br>ONE N CLEMATIS STREET, SUITE 305<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 260510-12<br>SC DEPARTMENT OF REVENUE<br>WITHHOLDING<br>COLUMBIA, SC 29214-0004 | CREDITOR ID: 260509-12<br>SC DEPARTMENT OF REVENUE<br>GCS-DOR COLLECTOR<br>COLUMBIA SC 29214-0219 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260508-12<br>SC DEPARTMENT OF REVENUE<br>1330 HOWARD PKWY<br>PO BOX 30427<br>MYRTLE BEACH, SC 29588 | CREDITOR ID: 260513-12<br>SC DEPT OF REV CENTRAL LEVY UNIT<br>PO BOX 125<br>301 GERVAIS ST<br>COLUMBIA SC 29214-0213 | CREDITOR ID: 260514-12<br>SC DEPT OF REVENUE<br>211 CENTURY DR STE 210 B<br>GREENVILLE SC 29607 |
| CREDITOR ID: 376960-44<br>SC DIST FRUITCAKE SALES<br>PO BOX 50265<br>COLUMBIA SC 29250 | CREDITOR ID: 384340-47<br>SC JOHNSON<br>PO BOX 100549<br>ATLANTA, GA 30384-0549 | CREDITOR ID: 397698-99<br>SC JOHNSON & SON INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 |
| CREDITOR ID: 397698-99<br>SC JOHNSON & SON INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 397698-99<br>SC JOHNSON & SON INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN: DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 397319-69<br>SC JOHNSON AND SON INC.<br>3027 OAKTREE LNDG<br>MARIETTE, GA 30066 |
| CREDITOR ID: 260255-12<br>SC JOHNSON PROFESSIONAL<br>DRAWER 440<br>MILWAUKEE WI 53278-0440 | CREDITOR ID: 260515-12<br>SC STATE EDUCATION ASSISTANCE AUTH<br>PO BOX 210219<br>COLUMBIA SC 29210 | CREDITOR ID: 260516-12<br>SCA ATHLETIC ASSOCIATION<br>SPARTANBURG CHRISTIAN ACADEMY<br>8740 ASHEVILLE HIGHWAY<br>SPARTANBURG SC 29316 |
| CREDITOR ID: 407168-MS<br>SCAIFE III, WILLIAM<br>10426 INNISBROOK DR.<br>JACKSONVILLE FL 32222 | CREDITOR ID: 407169-MS<br>SCAIFE, WILLIAM<br>1415 WINDSOR PLACE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 260517-12<br>SCALEMEN OF FLORIDA,INC<br>3650 HACIENDA BLVD<br>STE A<br>DAVIE, FL 33314 |
| CREDITOR ID: 386643-54<br>SCALF, CAROL<br>416 CALHOUN AVE<br>PENSACOLA FL 32507 | CREDITOR ID: 260518-12<br>SCALLANS CRAWFISH & CAJUN FOOD<br>8538 MALLORY RD, UNIT 3<br>JACKSONVILLE, FL 32220 | CREDITOR ID: 407170-MS<br>SCALLON, GREGORY L<br>1024 WHITETAIL DR<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 260519-12<br>SCANA ENERGY<br>PO BOX 100157<br>COLUMBIA, SC 29202-3157 | CREDITOR ID: 824-03<br>SCANA ENERGY<br>PO BOX 751684<br>CHARLOTTE NC 28275 | CREDITOR ID: 405525-95<br>SCANA ENERGY<br>PO BOX 964<br>AUGUSTA GA 30903-0964 |
| CREDITOR ID: 397686-99<br>SCANA ENERGY MARKETING INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 397686-99<br>SCANA ENERGY MARKETING INC<br>C/O MORRE & VAN ALLEN PLLC<br>ATTN: DAVID B WHEELER, ESQ<br>40 CALHOUN ST, STE 300<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 | CREDITOR ID: 406148-15<br>SCANA ENERGY MARKETING, INC<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN DAVID B WHEELER, ESQ<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 |
| CREDITOR ID: 825-03<br>SCANA PROPANE<br>509 S. FIFTH STREET<br>HARTSVILLE SC 29551-1837 | CREDITOR ID: 260520-12<br>SCANA PROPANE MARKETING<br>PO BOX 751684<br>CHARLOTTE, NC 28275 | CREDITOR ID: 241627-12<br>SCARANO, ADRIENNE<br>2103 CONRIDGE AVENUE<br>BATON ROUGE LA 70816 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244009-12<br>SCARBOROUGH, BRITA M<br>6351 PINELEAF DRIVE<br>ELMORE, AL 36025 | CREDITOR ID: 264620-12<br>SCARBOROUGH, WES<br>PO BOX 426<br>SULPHUR, LA 70664 | CREDITOR ID: 243829-12<br>SCARBROUGH, BRAD<br>1812 WINNSBORO ROAD<br>BIRMINGHAM, AL 35213 |
| CREDITOR ID: 389696-54<br>SCARBROUGH, CHERYL<br>5845 63RD ROAD AVNUE NORTH<br>PINELLAS PARK, FL 33781 | CREDITOR ID: 376966-44<br>SCARIANO BROTHERS INC<br>ATTN ANDREW J CZUBAK, CONTROLLER<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009 | CREDITOR ID: 260522-12<br>SCARIANO BROTHERS LLC<br>PO BOX 95334<br>NEW ORLEANS, LA 70195 |
| CREDITOR ID: 260521-12<br>SCARIANO BROTHERS LLC<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009 | CREDITOR ID: 260524-12<br>SCARLETT D COOPER<br>5400 S DOLLINS AVENUE<br>ORLANDO FL 32839 | CREDITOR ID: 383191-53<br>SCDHEC<br>2600 BULL ST<br>COLUMBIA SC 29201 |
| CREDITOR ID: 260526-12<br>SCENIC CARD & NOVELTY INC<br>ATTN W C SCHOENBAECHLER, PRES<br>PO BOX 784324<br>WINTER GARDEN, FL 34778 | CREDITOR ID: 405526-95<br>SCENIC CARD & NOVELTY INC<br>PO BOX 690231<br>ORLANDO FL 32869 | CREDITOR ID: 260527-12<br>SCG MANAGEMENT INC<br>C/O NOEL TURNER<br>3101 TOWERCREEK PKY SUITE 200<br>ATLANTA, GA 30339 |
| CREDITOR ID: 1820-RJ<br>SCG MANAGEMENT INC<br>C/O NOEL TURNER<br>3101 TOWERCREEK PARKWAY<br>SUITE 200<br>ATLANTA, GA 30339 | CREDITOR ID: 388289-54<br>SCHAEFER, PAUL<br>4083 E SPRING MEADOW DR<br>ACWORTH GA 30101 | CREDITOR ID: 407171-MS<br>SCHAEFER, ROBERT W<br>5967 BALMORAL RD.<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 388279-54<br>SCHAEFER, SONJA<br>4421 LAJOLLA<br>PENSACOLA FL 32504 | CREDITOR ID: 376968-44<br>SCHAFER DIST CO<br>PO BOX 8<br>LITTLE ROCK SC 29567-0008 | CREDITOR ID: 400205-86<br>SCHAIBLE, WILMA<br>4343 SCHUMACHER RD.<br>SEBRING   FL 33872 |
| CREDITOR ID: 382167-51<br>SCHAPER, SCOTT<br>1717 WATERFORD LANDING DR<br>ORANGE PARK FL 32003-7245 | CREDITOR ID: 260528-12<br>SCHARDEIN MECHANICAL<br>PO BOX 19587<br>LOUISVILLE, KY 40259-0587 | CREDITOR ID: 260529-12<br>SCHAWK LSI<br>PO BOX 905456<br>CHARLOTTE NC 28290-5456 |
| CREDITOR ID: 389569-54<br>SCHELLO, LORENA<br>200 4TH ST<br>YOUNGSVILLE, LA 70592 | CREDITOR ID: 393241-55<br>SCHELLO, LORENA INDIV & FOR MINORS<br>C/O SWIFT & RHOADES, LLP<br>ATTN JOHN SWIFT ESQ<br>PO BOX 53107<br>930 COOLIDGE BLVD<br>LAFAYETTE LA 70505-3107 | CREDITOR ID: 260530-12<br>SCHENECKENBURGER ELEMENTARY<br>26 EARNEST AVE<br>KENNER, LA 70065 |
| CREDITOR ID: 260531-12<br>SCHERING PLOUGH HEALTH CARE<br>LOCK BOX #100373<br>ATLANTA, GA 30384 | CREDITOR ID: 405528-95<br>SCHERING PLOUGH HEALTH CARE<br>ADVANTAGE SALES / MARKETING<br>5908 BRECKENRIDGE PARKWAY<br>ATTN JOANNE KNOLL<br>TAMPA FL 33610 | CREDITOR ID: 278773-99<br>SCHERING PLOUGH HEALTH CARE<br>ATTN: JOHN GLYNN - DIRECTOR, TRADE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279280-35<br>SCHERING-PLOUGH HEALTHCARE PRODUCTS<br>ATTN: BOB HARMON<br>3030 JACKSON AVE<br>PO BOX 377<br>MEMPHIS TN 38151 | CREDITOR ID: 387964-54<br>SCHERRER, LILIANA<br>1332 NE 181ST ST<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 392246-55<br>SCHERRER, LILIANA<br>C/O ROBERT BEHAR<br>7171 CORAL WAY<br>SUITE 500<br>MIAMI FL 33155 |
| CREDITOR ID: 389172-54<br>SCHEXNAYDER, JAMIE<br>8473 JOHN MARTIN LANE<br>DENHAM SPRINGS, LA 70726 | CREDITOR ID: 393040-55<br>SCHEXNAYDER, JAMIE<br>C/O DEVONNA PONTHIEU ATTY AT LAW<br>ATTN DEVONNA PONTHIEU ESQ<br>210 N RANGE AVENUE<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 260532-12<br>SCHEXNAYDER'S ACADIAN FOODS<br>PO BOX 641562<br>KENNER, LA 70064-1562 |
| CREDITOR ID: 382084-36<br>SCHICHK WILKINSON SWORD, DIVISION OF ENERGIZER<br>KEVIN R CARTER<br>533 MARYVILLE UNIVERSITY DR<br>ST LOUIS MO 63141 | CREDITOR ID: 260533-12<br>SCHICK WILKINSON SWORD<br>22594 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | CREDITOR ID: 405529-95<br>SCHICK WILKINSON SWORD<br>533 MARYVILLE UNIVERSITY DRIVE<br>ST LOUIS MO 63141 |
| CREDITOR ID: 389214-54<br>SCHIEFELBEIN, R<br>1522 INDIANA AVE<br>SAINT CLOUD FL 32769 | CREDITOR ID: 388698-54<br>SCHIERBAUM, HELEN<br>329 LAURENO PLACE<br>PANAMA CITY FL 32405 | CREDITOR ID: 260534-12<br>SCHIFF FOOD PRODUCTS CO<br>7401 WEST SIDE AVE<br>NORTH BERGEN NJ 07047 |
| CREDITOR ID: 260535-12<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 260536-12<br>SCHILLER HARDWARE DIST<br>11525 BLANKENBAKER ACCESS DR<br>LOUISVILLE KY 40299-6420 | CREDITOR ID: 405530-95<br>SCHILLI TRANSPORTATION SERV<br>L-2371<br>COLUMBUS OH 43260 | CREDITOR ID: 260537-12<br>SCHILLI TRANSPORTATION SERVICES INC<br>PO BOX 712301<br>CINCINNATI, OH 45271-2301 |
| CREDITOR ID: 406142-15<br>SCHILLI TRANSPORTATION SERVICES INC<br>ATTN GERALD R MORLAN, TAX ASSOC<br>6359 US 24 W<br>PO BOX 351<br>REMINGTON IN 47977 | CREDITOR ID: 260538-12<br>SCHILLING GREENHOUSE INC<br>2486 S COLUMBIA<br>BAGALUSA, LA 70427 | CREDITOR ID: 388906-54<br>SCHIMMEL, TERALD S<br>134 MERIDAN<br>DEARBORN, MI 48124 |
| CREDITOR ID: 407172-MS<br>SCHINNELLER, DANIEL J<br>9211 CHANDLER OAKS COURT<br>JACKSONVILLE FL 32221 | CREDITOR ID: 382274-51<br>SCHIRO VENDING SUPPLY, INC<br>2320 8TH STREET<br>HARVEY, LA 70058 | CREDITOR ID: 244781-12<br>SCHLEIGH, CATHY I<br>9770 OAK FORREST DRIVE<br>MOBILE AL 36695 |
| CREDITOR ID: 259406-12<br>SCHLEIGH, REGINA<br>2511 WEEPING WILLOW CIRCLE<br>HATTIESBURG, MS 39402 | CREDITOR ID: 400206-86<br>SCHLEY, MELISSA<br>109 SUMMERVIEW CIR.<br>WINTERHAVE  FL 33880 | CREDITOR ID: 388314-54<br>SCHLINCK, ADELINE<br>21854 CONADO AVE<br>BOCA RATON, FL 33433 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 392436-55
SCHLINCK, ADELINE
C/O ZEFF AND ZEFF, P.C.
535 GRISWOLD, STE. 1630
BUHL BUILDING
DETROIT MI 48226

CREDITOR ID: 407767-93
SCHLOSSER, JAMES A
5480 CLOUGH PIKE
CINCINNATI OH 45244

CREDITOR ID: 407767-93
SCHLOSSER, JAMES A
5480 CLOUGH PIKE
CINCINNATI OH 45244

CREDITOR ID: 407173-MS
SCHLOSSER, JIM
728 WINNDING OAK TRAIL
LOUISVILLE KY 40223

CREDITOR ID: 259799-12
SCHLYTTER, ROBERT O TRUSTEE
ROBERT O SCHLYTTER EUSTIS
SHOPPING CENTER REVOCABLE TRST
PO BOX 137
GREENDALE, WI 53129-0137

CREDITOR ID: 389240-54
SCHMEHL, MARILYN
2192 ROBERT PAINE STREET
ORANGE PARK FL 32073

CREDITOR ID: 407568-15
SCHMIDT, JUNE L
801 ARDENLEIGH DRIVE
ORLANDO FL 32828

CREDITOR ID: 385823-54
SCHMIDT, JUNE LAUREL
2380 BUFORD DR STE 106
PMB 302
LAWRENCEVILLE, GA 30043

CREDITOR ID: 391081-55
SCHMIDT, JUNE LAUREL
C/O: LAURIE FINKE
SHERRIS & REYNOLDS, P.A.
34 E. PINE STREET.
P.O. BOX 32802
ORLANDO FL 32802

CREDITOR ID: 388371-54
SCHMITT, MELANIE
228 S.E. 9TH STREET APT8
HALLANDALE, FL 33009

CREDITOR ID: 392472-55
SCHMITT, MELANIE
C/O: SCOTT ROVENGER, ESQ.
SCOTT E. ROVENGER P.A.
8358 WEST OAKLAND PARK BLVD
SUITE #301
SUNRISE FL 33351

CREDITOR ID: 377228-44
SCHMITT, SUE
321 CATLIN ROAD
CARY, NC 27519

CREDITOR ID: 262123-12
SCHMITT, SUE
2001 DAYFLOWER
CLAYTON, NC 27520

CREDITOR ID: 260540-12
SCHMITTS FLORIST
5050 POPLAR LEVEL ROAD
LOUISVILLE KY 40219

CREDITOR ID: 245310-12
SCHMOLKE, CHRISTIAN
907 JACARANDA DR
LADY LAKE FL 32159

CREDITOR ID: 389621-54
SCHNACKENBERG, PAULA
6334 WALK CIRCLE
BOCA RATON, FL 33433

CREDITOR ID: 393283-55
SCHNACKENBERG, PAULA
C/O: ALEX KAPETAN
WITES, KAPETAN & FRIEDLAND
1701 W. HILLSBORO BLVD. #305
DEERFIELD BEACH FL 33442

CREDITOR ID: 403485-15
SCHNEIDER NATIONAL INC
ATTN KAREN LOUTZ
PO BOX 2545
GREEN BAY WI 54306-2545

CREDITOR ID: 260542-12
SCHNEIDER PKG EQUIP CO
PO BOX 3433
BUFFALO, NY 14240-3433

CREDITOR ID: 256260-12
SCHNEPF, MICHAEL
1622 NEWBURY AVENUE
DELTONA FL 32738

CREDITOR ID: 260543-12
SCHOENMANN PRODUCE COMPANY
PO BOX 201800
HOUSTON, TX 77216-1800

CREDITOR ID: 390334-54
SCHOENWISNER, CHRISTOPHER (MINOR)
C/O DANIEL L. HIGHTOWER, P.A.
P O BOX 700
OCALA FL 34478

CREDITOR ID: 260544-12
SCHOLARSHIP PROGRAM ADMINISTRATORS
PO BOX 23737
NASHVILLE TN 37202-3737

CREDITOR ID: 260546-12
SCHOLASTIC SPORTS INC
C/O LIBERTY HIGH SCHOOL
1000 WEST MAIN STREET SUITE 145
DOTHAN AL 36301

CREDITOR ID: 260545-12
SCHOLASTIC SPORTS INC
3807 BRANDON AVE SW STE 1132
ROANOKE, VA 24018

CREDITOR ID: 260547-12
SCHOOL BOARD OF LEVY COUNTY
PO DRAWER 129
BRONSON FL 32621

CREDITOR ID: 260548-12
SCHOOL BOARD OF PUTNAM COUNTY
200 S 7TH STREET
PALATKA, FL 32177

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

CREDITOR ID: 260549-12
SCHOOL DISTRICT INCOME TAX
PO BOX 182388
COLUMBUS, OH 43218-2388

CREDITOR ID: 260550-12
SCHOOL DISTRICT OF JACKSON COUNTY
PO BOX 5958
MARIANNA FL 32247

CREDITOR ID: 268509-14
SCHOOL EMPLYEES RTRMENT SYS LA
ATTN: PAT COSPER
8660 UNITED PLAZA BLVD
BATON ROUGE LA 70809-7024

CREDITOR ID: 260551-12
SCHOOL SPORTS NETWORK
3361 BOYINGTON DRIVE
SUITE 200
CARROLLTON TX 75006

CREDITOR ID: 260552-12
SCHOOL ST CROSSING LP
% THE MALTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236-3809

CREDITOR ID: 1822-07
SCHOOL ST CROSSING LP
C/O  THE MALTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236-3809

CREDITOR ID: 260553-12
SCHOOLWIDE INC
65 ORVILLE DRIVE
BOHEMIA NY 11716

CREDITOR ID: 377749-44
SCHOTT, WILLIAM
2214 WESTMINSTER DRIVE
COCOA, FL 32926

CREDITOR ID: 377335-44
SCHREIBER CO BELLEVIEW ASSOC (THE )
ATTN MARVIN SCHREIBER, PRESIDENT
235 ALPHA DRIVE
PITTSBURGH, PA 15238

CREDITOR ID: 2621-07
SCHREIBER CO BELLEVIEW ASSOC, THE
235 ALPHA DRIVE
PITTSBURGH, PA 15238

CREDITOR ID: 260555-12
SCHREIBER FOODS INC
PO BOX 905008
CHARLOTTE, NC 28290-5008

CREDITOR ID: 405531-95
SCHREIBER FOODS INC
ATTN: JODENE MOERICKE
PO BOX 19010
GREEN BAY WI 54307-9010

CREDITOR ID: 406123-97
SCHREIBER FOODS INC
ATTN: BRIAN P LIDDY, SR VP FINANACE
425 PINE STREET
PO BOX 19010
GREEN BAY WI 54307-9010

CREDITOR ID: 269346-16
SCHREIBER FOODS, INC
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 269346-16
SCHREIBER FOODS, INC
ATTN: KRIS SKUPAS, CORP CRED MGR
425 PINE STREET
PO BOX 19010
GREEN BAY, WI 54307-9010

CREDITOR ID: 269347-16
SCHREIBER FOODS, INC.
C/O GREGORY B. CONWAY
LIEBMANN, CONWAY, ET AL.
231 SOUTH ADAMS STREET
PO BOX 23200
GREEN BAY, WI 54305-3200

CREDITOR ID: 279281-35
SCHREIBER FOODS, INC.
ATTN: MIKE FRELICH
425 PINE STREET
PO BOX 19010
GREEN BAY WI 54307-9010

CREDITOR ID: 382273-51
SCHRIEBER FOODS, INC.
425 PINE STREET
GREEN BAY, WI 54307

CREDITOR ID: 260556-12
SCHROEDER TRACTOR & HAULING
SERVICES
901 ALABAMA AVE
SELLERSBURG, IN 47172

CREDITOR ID: 386543-54
SCHROEDER, DIANE
1326 SIERRA CIRCLE
KISSIMMEE FL 34744

CREDITOR ID: 391571-55
SCHROEDER, DIANE
C/O: PAUL MORGAN
MORGAN- VAN DINGEHEN, PA
1099 WEST MORSE BLVD
WINTER PARK FL 32789

CREDITOR ID: 403238-92
SCHROEDER, THOMAS D
C/O WOMBLE CARLYLE SANDRIDGE ET AL
BB&T FINANCIAL CENTER
200 WEST SECOND STREET
WINSTON-SALEM NC 27101

CREDITOR ID: 385421-54
SCHROTH, MARILYN
8766 SUNSET DRIVE
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 390726-55
SCHROTH, MARILYN
C/O: STEVE SIMON, ESQ.
ROSENTHAL & WEISSMAN PA
1645 PALM BCH LAKES BLVD. #350
WEST PALM BCH FL 33401-2289

CREDITOR ID: 399446-15
SCHROTH, MARILYN & PHILLIP
C/O ROSENTHAL & LEVY, PA
ATTN STEVEN C SIMON, ESQ
1645 PALM BEACH LAKES BLVD, STE 350
WEST PALM BEACH FL 33401

CREDITOR ID: 269356-16
SCHULMAN, STEVEN G.
MILBERG, WEISS, ET AL.
ONE PENNSYLVANIA PLAZA
NEW YORK, NY 10119

CREDITOR ID: 256261-12
SCHULTE, MICHAEL
5129 IMWALLE AVENUE
CINCINNATI OH 45217

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 260557-12
SCHULTZ FOODS
PO BOX 993
HANOVER PA 17331

CREDITOR ID: 252644-12
SCHULTZ, JAMES H
3111 FAIRWAY DRIVE
BATON ROUGE, LA 70809

CREDITOR ID: 260558-12
SCHUMANN CASTERS & EQUIPMENT CO INC
ATTN TONY WATKINS, PRES
1299 W BEAVER ST
PO BOX 2115
JACKSONVILLE, FL 32203-2115

CREDITOR ID: 397809-75
SCHUMANN CASTERS & EQUIPMENT CO INC
1299 W BEAVER ST
PO BOX 2115
JACKSONVILLE, FL 32203-2115

CREDITOR ID: 386906-54
SCHUMANN, MICHAEL
2538 SUNSET DR.
NEW SMYRNA BEACH FL 32168

CREDITOR ID: 391703-55
SCHUMANN, MICHAEL
C/O: DARREN COLEMAN, ESQUIRE
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127

CREDITOR ID: 385612-54
SCHUSHER, BETTY
15026 WADE RD
JACKSONVILLE, FL 32218

CREDITOR ID: 390903-55
SCHUSHER, BETTY
C/O: GREGORY D PRYSOCK ESQ
MORGAN COLLING & GILBERT
815 SOUTH MAIN ST
STE 301
JACKSONVILLE FL 32207

CREDITOR ID: 260559-12
SCHUSTER MARKETING CORP
6223 WEST FOREST HOME AVENUE
MILWAUKEE, WI 53220

CREDITOR ID: 315699-36
SCHUSTER MARKETING CORPORATION
C/O HEIDI SCHUSTER
6223 W FOREST HOME AVE
MILWAUKEE WI 53220

CREDITOR ID: 279052-32
SCHWAN FOOD COMPANY, THE
ATTN:  JEAN COSBEY, CREDIT MANAGER
2855 ROLLING PIN LANE
SUWANEE GA 30024

CREDITOR ID: 260561-12
SCHWANS BAKERY INC
PO BOX 532066
ATLANTA, GA 30353-2066

CREDITOR ID: 405533-95
SCHWANS BAKERY INC
2855 ROLLING PIN LANE
SUWANEE GA 30024

CREDITOR ID: 260562-12
SCHWANS CONSUMER BRANDS N.A.
PO BOX 1450 NW 7431
WAREHOUSE DIVISION
MINNEAPOLIS MN 55485-7431

CREDITOR ID: 279039-32
SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

CREDITOR ID: 260560-12
SCHWAN'S SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS, MN 55485-5054

CREDITOR ID: 405532-95
SCHWAN'S SALES ENTERPRISES
115 WEST COLLEGE DRIVE
MARSHALL MN 56258

CREDITOR ID: 260563-12
SCHWARTZ FAMILY TRUST
157 N FORMOSA AVE
LOS ANGELES, CA 90036

CREDITOR ID: 2542-07
SCHWARTZ FAMILY TRUST
157 N FORMOSA AVE
LOS  ANGELES, CA 90036

CREDITOR ID: 260564-12
SCHWARTZ ZWEBEN & ASSOCIATES
300 OFFICE PARK DRIVE
SUITE 217
BIRMINGHAM, AL 35223

CREDITOR ID: 406106-15
SCHWARTZ-ICHTHYS TRUST, UAD 6/21/03
C/O RANDY & JACKIE SCHWARTZ, TTEES
16071 QUARTZ STREET
WESTMINSTER CA 92683

CREDITOR ID: 376971-44
SCHWARZKOPF & DEP INC
PO BOX 945657
ATLANTA, GA 30394-5657

CREDITOR ID: 405534-95
SCHWARZKOPF & HENKEL
ATTN SHELLEY GEIS
1063 MCGAW AVENUE SUITE 100
IRVINE CA 92614-5506

CREDITOR ID: 279282-35
SCHWARZKOPF & HENKEL
ATTN: RACHEL LISK
1063 MCGAW AVE
SUITE 100
IRVINE CA 92614

CREDITOR ID: 385516-54
SCHWEITZER, CAROL
11 APPOMATLOX
WEST CHESTER, OH 45069

CREDITOR ID: 275573-21
SCHWEITZER, CAROL
C/O LOPEZ HODES RESTAINO ET AL
ATTN JOSEPH M LYON, ESQ
312 WALNUT STREET, SUITE 2090
CINCINNATI OH 45202

CREDITOR ID: 390815-55
SCHWEITZER, CAROL
C/O: MR. JOSEPH M. LYON, ESQUIRE
LOPEZ,HODES,RESTAINO,MILMAN,SKIKOS
312 WALNUT STREET, STE 2090
CINCINNATI OH 45202

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407174-MS<br>SCHWIEGER, ROBERT C.<br>1137 DOVE AVE.<br>MIAMI SPRINGS FL 33166 | CREDITOR ID: 406103-15<br>SCHWIND, JOSEPH A<br>102 EMORYWOOD DRIVE<br>MORGANTON NC 28655 | CREDITOR ID: 376972-44<br>SCI PROMOTION GROUP LLC<br>4700 EAST AIRPORT DRIVE<br>ONTARIO, CA 91761 |
| CREDITOR ID: 260566-12<br>SCI PROMOTION GROUP LLC<br>5746 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 386065-54<br>SCIMENEAUX, OCTAVIA<br>3388 DR REVEREND SAM JONES ST<br>PAULINA, LA 70763 | CREDITOR ID: 391263-55<br>SCIMENEAUX, OCTAVIA<br>C/O: RANDAL L. GAINES<br>RANDAL L GAINES, ATTY AT LAW<br>311 DEVON ROAD<br>LAPLACE LA 70068 |
| CREDITOR ID: 400538-88<br>SCIPP, BETTY J<br>C/O RICHARD R KURITZ<br>1301 RIVER PLACE BLVD<br>SUITE 2600<br>JAX FL 32207 | CREDITOR ID: 403353-83<br>SCLAFANI WILLIAMS COURT REPORTERS, INC.<br>PO BOX 24510,<br>MARTINVILLE LA 70582 | CREDITOR ID: 260256-12<br>SCLC MAGAZINE DIVISION<br>PO BOX 92544<br>ATLANTA GA 30314 |
| CREDITOR ID: 260568-12<br>SCOBEE FOODS INC<br>214 SOUTH TOWN EAST BLVD<br>MESQUITE, TX 75149 | CREDITOR ID: 260570-12<br>SCOTLAND MALL INC<br>C/O TRI CITIES SHOPPING CENTER<br>ROCKINGHAM, NC 28379 | CREDITOR ID: 2543-RJ<br>SCOTLAND MALL INC<br>C/O TRI CITIES SHOPPING CENTER<br>ROCKINGHAM, NC 28379 |
| CREDITOR ID: 278554-24<br>SCOTLAND MALL INC.<br>C/O MR. C. F. SMITH JR.<br>PRESIDENT (OR SUCCESSOR)<br>1800 ROCKINGHAM ROAD<br>ROCKINGHAM NC 28379 | CREDITOR ID: 404023-15<br>SCOTLAND MALL, INC<br>C/O LIQUIDITY SOLUTIONS INC DBA<br>REVENUE MANAGEMENT AS ASSIGNEE<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>SCOTLAND MALL, INC<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| CREDITOR ID: 278663-24<br>SCOTLAND MALL, INC.,<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 | CREDITOR ID: 260571-12<br>SCOTT A BELCHER<br>231 NORTHEAST HALL<br>1575 NORMAL DRIVE<br>BOWLING GREEN KY 42101 | CREDITOR ID: 260573-12<br>SCOTT A O MARY<br>22454 COUSIN ROAD<br>TECUMSEH OK 74873 |
| CREDITOR ID: 260574-12<br>SCOTT BAIRD PLUMBING & HEATING<br>1911 OLD HENDERSON ROAD<br>OWENSBORO KY 42301 | CREDITOR ID: 260575-12<br>SCOTT BENNETT<br>207 AMANDAJO STREET<br>GREER, SC 29651 | CREDITOR ID: 260576-12<br>SCOTT BETTS & SON INC<br>620 MCGEE RD<br>BENSON, NC 27504 |
| CREDITOR ID: 240653-06<br>SCOTT COUNTY HEALTH DEPARTMENT<br>PO BOX 429<br>FOREST MS 39074 | CREDITOR ID: 260578-12<br>SCOTT COUNTY SHERIFF<br>119 NORTH HAMILTON STREET<br>PROPERTY TAX<br>GEORGETOWN KY 40324-1784 | CREDITOR ID: 260579-12<br>SCOTT COUNTY TAX COLLECTOR<br>100 EAST FIRST STREET<br>PROPERTY TAX<br>FOREST MS 39074 |
| CREDITOR ID: 318396-42<br>SCOTT COUNTY TAX COLLECTOR<br>100 E. FIRST STREET<br>FOREST, MS 39074 | CREDITOR ID: 260580-12<br>SCOTT COUNTY TIMES<br>PO BOX 89<br>FOREST, MS 39074 | CREDITOR ID: 268510-31<br>SCOTT DEVELECOMM CORP<br>ATTN: PAUL SCOTT<br>138 CYPRESS CV<br>JUPITER FL 33458-8162 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268511-31<br>SCOTT ENVIRONMENTAL SERVICES<br>ATTN: DOUGLAS SCOTT<br>2844 PAYTON RD NE<br>ATLANTA GA 30345-2638 | CREDITOR ID: 260581-12<br>SCOTT G DAMMANN<br>809 ARKLOW DRIVE, APT 301<br>ROCK HILL SC 29730 | CREDITOR ID: 260582-12<br>SCOTT GELZER<br>764 MARYLAND STREET<br>COLUMBIA SC 29201 |
| CREDITOR ID: 260584-12<br>SCOTT INDUSTRIES INC<br>4949 ELIXER DRIVE<br>LAKELAND, FL 33815 | CREDITOR ID: 260585-12<br>SCOTT INSTRUMENTS<br>PO BOX 360912<br>PITTSBURGH PA 15251-6912 | CREDITOR ID: 260586-12<br>SCOTT IRBY<br>223 HANNAH<br>CLINTON MS 39056 |
| CREDITOR ID: 260587-12<br>SCOTT J NAVARRE<br>224 DUHON ROAD, APT 1<br>LAFAYETTE LA 70506 | CREDITOR ID: 260588-12<br>SCOTT J WEIDENBACHER<br>6246 COLBERT STREET<br>NEW ORLEANS LA 70124 | CREDITOR ID: 260589-12<br>SCOTT J WILMONT<br>1749 SALINA DRIVE<br>JONESBORO GA 30236 |
| CREDITOR ID: 260590-12<br>SCOTT JOHNSON<br>10 MAPLE COURT<br>NEWTON NC 28658 | CREDITOR ID: 260591-12<br>SCOTT KELLY<br>231 E OCEANVIEW AVENUE #6<br>NORFOLK VA 23503 | CREDITOR ID: 260593-12<br>SCOTT MIDDLE SCHOOL<br>PO BOX 427  116 MARIE ST<br>SCOTT, LA 70583 |
| CREDITOR ID: 240877-10<br>SCOTT R PRESTON<br>5 SPRING GLEN COURT<br>DURHAM NC 27703-6618 | CREDITOR ID: 260595-12<br>SCOTT SERVICES COMPANY<br>2822 COMMERCE BLVD<br>BIRMINGHAM, AL 35210 | CREDITOR ID: 2943-04<br>SCOTT WASTE MANAGEMENT<br>PO BOX 9001794<br>LOUISVILLE KY 40290 |
| CREDITOR ID: 399572-82<br>SCOTT, AGEN<br>418 JOSEPHINE STREET<br>DENHAM  SPRINGS  LA 70726 | CREDITOR ID: 243347-12<br>SCOTT, BERNARL<br>3433 DILLON COURT<br>HURST, TX 76054 | CREDITOR ID: 386086-54<br>SCOTT, BRENDA<br>32 PEACHTREE STREET<br>ATLANTA, GA 30303 |
| CREDITOR ID: 386275-54<br>SCOTT, CHARLOTTE<br>4233 LEISURE LAKES DRIVE<br>CHIPLEY FL 32428 | CREDITOR ID: 391393-55<br>SCOTT, CHARLOTTE<br>C/O: RANDY PELHAM, ESQUIRE<br>PELHAM & ANDREWS<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 391483-55<br>SCOTT, CHARLOTTE<br>C/O PELHAM & ANDREWS<br>ATTN RANDY PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 245329-12<br>SCOTT, CHRISTINE<br>104 PINERIDGE DR<br>TROY, AL 36081 | CREDITOR ID: 382113-51<br>SCOTT, CHRISTOPHER<br>1818 COBBLESTONE LANE<br>ST. AUGUSTINE, FL 32092 | CREDITOR ID: 247030-12<br>SCOTT, CORTINA<br>2818 NW 110TH AVENUE<br>SUNRISE FL 33322 |
| CREDITOR ID: 394117-56<br>SCOTT, DENISE<br>1332 WEST DRIVE<br>WESTWEGO, LA 70094 | CREDITOR ID: 394737-57<br>SCOTT, DENISE<br>C/O LEON H EDMOND IV, ESQ<br>1010 COMMON STREET, STE 2900<br>NEW ORLEANS LA 70112 | CREDITOR ID: 400329-85<br>SCOTT, DENISE<br>C/O E ERIC GUIRARD INJURY LAWYERS<br>ATTN LEON H EDMOND, IV; ESQ<br>1010 COMMON ST STE 2900<br>NEW ORLEANS LA 70112 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 387488-54<br>SCOTT, ELIZABETH<br>P.O. BOX 1531<br>BRANFORD FL 32008 | CREDITOR ID: 392010-55<br>SCOTT, ELIZABETH<br>C/O RICHARD J. MANNO<br>MORGAN COLLING & GILBERT<br>P.O. BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 388623-54<br>SCOTT, GERALD<br>1414 MEADOWLARK STREET<br>LONGWOOD FL 32750 |
| CREDITOR ID: 392676-55<br>SCOTT, GERALD<br>C/O FRANK M EIDSON, PA<br>ATTN FRANK M EIDSON, ESQ<br>PO BOX 4908<br>ORLANDO FL 32802-4908 | CREDITOR ID: 386326-54<br>SCOTT, GRADY<br>246 CHRISTY DR.<br>SHELBY AL 35143 | CREDITOR ID: 391424-55<br>SCOTT, GRADY<br>C/O RUSS TARVER, ESQ.<br>TARVER LAW FIRM, P.C.<br>P. O. BOX 660608<br>BIRMINGHAM AL 35266 |
| CREDITOR ID: 387715-54<br>SCOTT, JAMES<br>115 RIDGEVIEW RD<br>TALLADEGA AL 35160 | CREDITOR ID: 387621-54<br>SCOTT, JANET<br>2615 BELLMONT -ALAMANCE ROAD<br>BURLINGTON NC 27217 | CREDITOR ID: 403929-94<br>SCOTT, JIMMY F<br>1020 BAY RIDGE DRIVE<br>SLIDELL LA 70461 |
| CREDITOR ID: 375584-44<br>SCOTT, JOHN RANDALL<br>JAX DIV #42<br>PO BOX 171<br>HELENA, GA 31037 | CREDITOR ID: 259784-12<br>SCOTT, ROBERT L<br>2230 STERLING COURT<br>MOBILE, AL 36695 | CREDITOR ID: 387871-54<br>SCOTT, SHARON<br>2252 NW 183RD STREET<br>APT 6<br>MIAMI, FL 33056 |
| CREDITOR ID: 392153-55<br>SCOTT, SHARON<br>C/O DARRYN L. SILVERSTEIN, ESQ.<br>SILVERSTEIN, SILVERSTEIN & SILVERSTEIN,<br>20801 BISCAYNE BLVD.<br>SUITE 504<br>AVENTURA FL 33180-1422 | CREDITOR ID: 388424-54<br>SCOTT, SUE<br>2249 STATE ROUTE 80 WEST, LOT<br>LABELLE, FL 33935 | CREDITOR ID: 392522-55<br>SCOTT, SUE<br>C/O CAROL AVARD, ESQ.<br>AVARD LAW OFFICES, P.A.<br>P.O. BOX 101110<br>CAPE CORAL FL 33910 |
| CREDITOR ID: 387931-54<br>SCOTT, VICKIE<br>104 BRADDOCK ST.<br>FAIRMONT, WV 26554 | CREDITOR ID: 392366-55<br>SCOTT, WILLIAM R<br>C/O PAUL MCMAHON, ESQ.<br>P. O. BOX 3390<br>FT PIERCE, FL 34948-3390 | CREDITOR ID: 388118-54<br>SCOTT, WILLIAM R<br>8008 NW 31ST AVE<br>#1203<br>GAINESVILLE FL 32606 |
| CREDITOR ID: 269349-16<br>SCOTT-GROSS CO<br>C/O FRANCINE CLAIR LANDAU<br>1501 SAN MARCO BOULEVARD<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 260597-12<br>SCOTT'S COMMUNICATIONS<br>149 WALL STREET<br>MOUNT AIRY, NC 27030 | CREDITOR ID: 260598-12<br>SCOTTS COMPANY<br>PO BOX 905367<br>CHARLOTTE NC 28290-5367 |
| CREDITOR ID: 279293-35<br>SCOTTS COMPANY & SUBSIDIARIES, THE<br>ATTN: JEFF MARSH<br>14111 SCOTTLAWN RD<br>MARYSVILLE OH 43041 | CREDITOR ID: 260599-12<br>SCOTTS PLUMBING SERVICE<br>143 PARK DRIVE<br>CHESTER, SC 29706 | CREDITOR ID: 260600-12<br>SCOTTS QUALITY PLUMBING<br>PO BOX 848<br>SYLACAUGA, AL 35150 |
| CREDITOR ID: 260601-12<br>SCOTTS SAUCE CO<br>PO BOX 1380<br>GOLDSBORO, NC 27533-1380 | CREDITOR ID: 260604-12<br>SCOTWOOD INDUSTRIES INC<br>PO BOX 414809<br>KANSAS CITY MO 64141-4809 | CREDITOR ID: 260605-12<br>SCOVILLE SPECIALTIES INC<br>ASI 321935<br>2250 MURRELL RD SUITE C<br>LYNCHBURG VA 24501 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260606-12<br>SCP WINTER GARDEN FL LLC<br>1300 POST OAK BLVD<br>SUITE 2000<br>ATTN J CARY GRAY ESQ<br>HOUSTON, TX 77056 | CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL LLC<br>1300 POST OAK BLVD., STE 2000<br>HOUSTON, TX 77056 | CREDITOR ID: 260607-12<br>SCRAP METAL RECYCLING INC<br>840 NW 12TH TERRACE<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 260608-12<br>SCREEN PROCESS PRINTERS<br>PO BOX 2511<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 407175-MS<br>SCREWS, VIRGIL A.<br>1607 KINNAN TRAIL<br>DELAND FL 32720 | CREDITOR ID: 2544-07<br>SCRIBE RIVIERA JOINT VENTURE<br>6761 W INDIANTOWN RD, STE 29<br>JUPITER, FL 33458 |
| CREDITOR ID: 260609-12<br>SCRIBE RIVIERA JV<br>6761 W INDIANTOWN RD STE 29<br>JUPITER, FL 33458 | CREDITOR ID: 382166-51<br>SCRIBNER, JAMES<br>255 EDGEWATER BRANCH DRIVE<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 407176-MS<br>SCRIBNER, JAMES D.<br>255 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 382975-51<br>SCRIP SOLUTIONS<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879-2164 | CREDITOR ID: 382969-51<br>SCRIPCARD<br>448 EAST 6400 SOUTH, SUITE 400<br>SALT LAKE CITY, UT 84107 | CREDITOR ID: 260610-12<br>SCRIPPS TREASURE COAST CLASSIFIEDS<br>1939 SOUTH FEDERAL HIGHWAY<br>STUART FL 34994 |
| CREDITOR ID: 380984-47<br>SCRIPPS TREASURE COAST NEWSPAPERS<br>C/O RECEIVABLES MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES, AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 260611-12<br>SCRIPPS TREASURE COAST PUBLISHING<br>PO BOX 145708<br>CINCINNATI OH 45250-5708 | CREDITOR ID: 382967-51<br>SCRIPT CARE INC.<br>155 IH-10 NORTH, SUITE 5<br>BEAUMONT, TX 77707 |
| CREDITOR ID: 382966-51<br>SCRIPT NET<br>2251 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89146 | CREDITOR ID: 384351-47<br>SCRIPTO TOKAI CORPORATION<br>PO BOX 3800<br>RANCHO CUCAMONGA, CA 91729-3800 | CREDITOR ID: 260612-12<br>SCRIPTO TOKAI CORPORATION<br>ATTN PHELICA<br>PO BOX 5555<br>FONTAN, CA 92334-5555 |
| CREDITOR ID: 399274-15<br>SCRIPTO TOKAI CORPORATION<br>ATTN MARJI PARRISH<br>11600 MILLENNIUM COURT<br>RANCHO CUCAMONGA CA 91730 | CREDITOR ID: 399275-15<br>SCRIPTO TOKAI CORPORATION<br>ATTN MARJI PARRISH<br>PO BOX 5555<br>RANCHO CUCAMONGA CA 91729 | CREDITOR ID: 382963-51<br>SCRIPTSAVE PLUS-PREMIER<br>333 E. WETMORE, 4TH FLOOR<br>TUCSON, AZ 85705 |
| CREDITOR ID: 382962-51<br>SCRIPTSAVE, INC<br>161 S. LINCOLNWAY STREET, SUITE 203<br>NORTH AURORA, IL 60542 | CREDITOR ID: 387326-54<br>SCRIVEN, JOHNNY<br>P.O. BOX 594<br>INVERNESS, FL 34451 | CREDITOR ID: 391903-55<br>SCRIVEN, JOHNNY<br>C/O: GREGORY D. JONES<br>RYWANT, ALVAREZ, JONES, RUSSO & GUYTON<br>3300 SW 34 AVENUE  #120<br>OCALA FL 34474 |
| CREDITOR ID: 260613-12<br>SCRUGGS CONCRETE<br>807 RIVER ST<br>VALDOSTA GA 31601-3799 | CREDITOR ID: 260614-12<br>SCRUGGS WRECKER & TOWING SERVICE<br>4259 CALHOUN MEMORIAL HWY<br>EASLEY SC 29640 | CREDITOR ID: 387400-54<br>SCUDERA, LINDA<br>4004 DEL RIO WAY<br>SUNRISE, FL 33351 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260615-12<br>SCUNCI INTERNATIONAL<br>PO BOX 828594<br>PHILADELPHIA, PA 19182-8594 | CREDITOR ID: 279389-36<br>SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN&DIXON LLP<br>225 WEST WACKER DRIVE<br>CHICAGO  IL 60606-1229 | CREDITOR ID: 260616-12<br>SEA COAST ECHO<br>ATTN JAMES R PONDER, VP<br>124 COURT STREET<br>PO BOX 2009<br>BAY SAINT LOUIS, MS 39521-2009 |
| CREDITOR ID: 268512-31<br>SEA COLONY NEIGHBORHOOD<br>ATTN: JAMES MCGARVEY<br>432 OSCEOLA AVE<br>JACKSONVILLE FL 32250-4077 | CREDITOR ID: 399617-79<br>SEA MARK COMPANY<br>ATTN: PATRICK LEAHY<br>PO BOX 899<br>WINTER HAVEN FL 33882-0899 | CREDITOR ID: 260617-12<br>SEA PEA INC<br>PO BOX 84230<br>BATON ROUGE, LA 70884 |
| CREDITOR ID: 1827-RJ<br>SEA PEA INC<br>PO BOX 84230<br>BATON ROUGE, LA 70884 | CREDITOR ID: 2545-RJ<br>SEA PEA, INC.<br>13505 N. AMISS<br>BATON  ROUGE LA 70810 | CREDITOR ID: 260618-12<br>SEA SAFARI LTD<br>ATTN ROSE DAVIS, VP<br>PO BOX 369<br>BELHAVEN NC 27810 |
| CREDITOR ID: 260619-12<br>SEA SOFTWARE ENGINEERING OF<br>AMERICA<br>1230 HEMPSTEAD TURNPIKE<br>FRANKLIN SQUARE NY 11010 | CREDITOR ID: 260620-12<br>SEA SPECIALTIES INC<br>1111 NW 159TH STREET<br>MIAMI, FL 33169 | CREDITOR ID: 260621-12<br>SEA WORLD SEAFOOD DIST INC<br>ATTN L RUFFINO, PRESIDENT<br>345 SW 15TH AVE<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 405539-95<br>SEA WORLD SEAFOOD DIST INC<br>1510 SW 3RD ST<br>POMPANO BEACH FL 33069-3246 | CREDITOR ID: 260259-12<br>SEAA<br>PO BOX 210219<br>COLUMBIA, SC 29221 | CREDITOR ID: 260622-12<br>SEABOARD CREDIT UNIT<br>C/O HIDAY & RICKE PA<br>PO BOX 550858<br>JACKSONVILLE FL 32255 |
| CREDITOR ID: 260623-12<br>SEABOARD FARMS INC<br>5990 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 260624-12<br>SEACOAST UTILITES CO<br>4200 HOOD RD<br>PALM BEACH GARDEN, FL 33410-9602 | CREDITOR ID: 260625-12<br>SEAFOOD PARTNERS<br>2803 WEST BUSCH BOULEVARD<br>SUITE 106<br>TAMPA FL 33618-4517 |
| CREDITOR ID: 260626-12<br>SEAL IT INC<br>3791 SILVER STAR RD<br>ORLANDO, FL 32808 | CREDITOR ID: 407177-MS<br>SEAL, KEVIN M<br>250 BLACK FOREST RUN<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 260627-12<br>SEALD SWEET LLC<br>PO BOX 690152<br>VERO BEACH FL 32969-0152 |
| CREDITOR ID: 405540-95<br>SEALD SWEET LLC<br>PO BOX 931728<br>ATLANTA GA 31193-1728 | CREDITOR ID: 278948-30<br>SEALD SWEET LLC<br>PO BOX 116689<br>ATLANTA, GA 30368-6689 | CREDITOR ID: 260628-12<br>SEALS WELD & FAB<br>PO BOX 3708<br>OXFORD, AL 36203-0708 |
| CREDITOR ID: 244373-12<br>SEALY, CALE M<br>1972 POLITIC ROAD<br>ELMORE AL 36025 | CREDITOR ID: 260629-12<br>SEAMANS DOOR SERVICE<br>110-0 COTTON GROVE RD<br>LEXINGTON NC 27292 | CREDITOR ID: 260630-12<br>SEAMARC<br>PO BOX 978<br>WINTER HAVEN, FL 33882-0978 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405541-95<br>SEAMARC<br>430-A ANSIN BLVD<br>HALLANDALE FL 33009 | CREDITOR ID: 260631-12<br>SEAMARK RANCH<br>1 SAN JOSE PLACE<br>SUITE 33<br>JACKSONVILLE FL 32257 | CREDITOR ID: 260632-12<br>SEAN MCKIBBIN<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 |
| CREDITOR ID: 260633-12<br>SEAN TILLMAN<br>711 ROCK HILL COURT<br>GREENVILLE SC 29607 | CREDITOR ID: 260387-12<br>SEANEY, SANDI J<br>084 GUY FLEMING ROAD<br>LENA, MS 39094 | CREDITOR ID: 278555-24<br>SEAPEA INC.<br>13505 NORTH AMISS ROAD<br>BATON ROUGE LA 70810 |
| CREDITOR ID: 278664-25<br>SEAPEA, INC.<br>DELCHAMPS INC.<br>PO BOX 3409<br>JACKSON MS 39207 | CREDITOR ID: 403180-15<br>SEARCY, BERTHA<br>C/O DARRYL E ROUSON, ESQ<br>3110 1ST AVENUE N, SUITE 5W<br>ST PETERSBURG FL 33713 | CREDITOR ID: 390144-54<br>SEARCY, BERTHA<br>1831 26TH ST SOUTH<br>SAINT PETERSBURG, FL 33712 |
| CREDITOR ID: 400444-82<br>SEARLES, PEGGY E<br>229 NORTH GARDEN CENTER WAY<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 260634-12<br>SEARS & ROEBUCK CO<br>PO BOX 550858<br>C/O HIDAY & RICKE PA<br>JACKSONVILLE, FL 32255-0858 | CREDITOR ID: 260635-12<br>SEARS ROEBUCK & CO<br>%FLYNN LAVRAR ESQ<br>5310 NW 33RD AVE<br>FT LAUDERDALE FL 33309 |
| CREDITOR ID: 260636-12<br>SEARS ROEBUCK & COMPANY<br>PO BOX 550858<br>C/O HIDAY & RICKE PA<br>NAM H HO<br>JACKSONVILLE FL 32255-0858 | CREDITOR ID: 388441-54<br>SEARS, CLEO<br>6807 ANOLCA DRIVE<br>ORLANDO, FL 32818 | CREDITOR ID: 392537-55<br>SEARS, CLEO<br>C/O: RICHARD SUNNER<br>SUNNER & SUNNER<br>150 W. WARREN AVE.<br>PO BOX 520771<br>LONGWOOD FL 32752-0771 |
| CREDITOR ID: 260637-12<br>SEASIDE PLUMBING CO INC<br>ATTN PEGGY W BURGIN, SEC/TREAS<br>10608 FOREST RUN DRIVE<br>BRADENTON FL 34211 | CREDITOR ID: 260638-12<br>SEASIDE SANITATION<br>PO BOX 9001700<br>LOUISVILLE, KY 40290-1700 | CREDITOR ID: 2945-04<br>SEASIDE SANITATION<br>8608 ARCOLA AVENUE<br>HUDSON FL 34667 |
| CREDITOR ID: 260639-12<br>SEASONS 4 INC<br>4500 INDUSTRIAL ACCESS RD<br>DOUGLASVILLE, GA 30134-3949 | CREDITOR ID: 244954-12<br>SEATE, CHAD<br>1767 NELSON CHURCH ROAD<br>NELSON, VA 24580 | CREDITOR ID: 260640-12<br>SEATTLES BEST COFFEE<br>PO BOX 3946<br>SEATTLE, WA 98124-3946 |
| CREDITOR ID: 403457-83<br>SEATTLE'S BEST COFFEE<br>2401 UTAH AVENUE, SOUTH<br>MAIL STOP SAC-5<br>SEATTLE WA 98134 | CREDITOR ID: 243970-12<br>SEAVERNS, BRIAN M<br>4 BIG HORN<br>PALM COAST FL 32137 | CREDITOR ID: 407178-MS<br>SEAY, DAVID<br>3404 NO FOUNTAIN CREST<br>KNOXVILLE TN 37918 |
| CREDITOR ID: 400920-91<br>SEAY, THOMAS D<br>2401 NEVADA BLVD<br>CHARLOTTE NC 28273 | CREDITOR ID: 407179-MS<br>SEAY, THOMAS D<br>880 TIMBER CREEK DRIVE<br>YORK SC 29745 | CREDITOR ID: 260641-12<br>SEAYCO INTEGRATORS INC<br>2069- A LAKE INDUSTRIAL COURT<br>CONYERS, GA 30013 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268513-14<br>SEBASTIAN INLET TAX DST COMM<br>ATTN: RAYMOND LEROUX<br>114 6TH AVE STE 1<br>INDIALANTIC FL 32903-3255 | CREDITOR ID: 260642-12<br>SEBASTIAN STACHURA<br>20612 ALTA VISTA DRIVE<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 260643-12<br>SEBASTIEN ROY SCHOOL<br>4301 BAYOU RD<br>ST BERNARD, LA 70085 |
| CREDITOR ID: 260644-12<br>SEBRING GAS SYSTEM INC<br>3515 US HWY 27 SOUTH<br>SEBRING, FL 33870-5452 | CREDITOR ID: 828-03<br>SEBRING GAS SYSTEM INC.<br>3515 US HIGHWAY 27 SOUTH<br>SEBRING FL 33870-5452 | CREDITOR ID: 260645-12<br>SEBRING SQUARE LTD<br>PO BOX 2162<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 1828-07<br>SEBRING SQUARE LTD<br>PO BOX 2162<br>PALM BEACH, FL 33480 | CREDITOR ID: 2546-07<br>SEBRING SQUARE LTD.<br>P.O. BOX 2707<br>PALM  BEACH FL 33480 | CREDITOR ID: 399619-99<br>SEC - ATLANTA DIV OFFICE<br>ATTN: SUSAN R SHERRILL-BEARD<br>STE 1000, 3475 LENNOX ROAD NE<br>ATLANTA GA 30326-1232 |
| CREDITOR ID: 399659-99<br>SEC - SE REGIONAL OFFICE<br>ATTN DAVID NELSON, REGIONAL DIR<br>801 BRICKELL AVENUE, SUITE 1800<br>MIAMI FL 33131 | CREDITOR ID: 269678-99<br>SEC BOSTON DISTRICT OFFICE<br>ATTN WALTER G RICCIARDI, DIST ADMIN<br>73 TREMONT STREET, SUITE 600<br>BOSTON MA 02108-3912 | CREDITOR ID: 269676-99<br>SEC HEADQUARTERS<br>450 FIFTH STREET NW<br>WASHINGTON DC 20549 |
| CREDITOR ID: 269677-99<br>SEC NORTHEAST REGIONAL OFFICE<br>ATTN JOHN MURRAY<br>THE WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK NY 10279 | CREDITOR ID: 269679-99<br>SEC PHILADELPHIA DISTRICT OFFICE<br>ATTN ARTHUR S GABINET, DIST ADMIN<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1532 | CREDITOR ID: 384352-47<br>SECO & GOLDEN "100" INC<br>BOX 503494<br>ST LOUIS, MO 63150-3494 |
| CREDITOR ID: 260646-12<br>SECO & GOLDEN 100 INC.<br>BOX 503494<br>ST LOUIS, MO 63150-3494 | CREDITOR ID: 260647-12<br>SECO GOLDEN 100<br>1600 ESSEX AVENUE<br>DELAND FL 32724 | CREDITOR ID: 260648-12<br>SECON<br>260 LA RUE FRANCE<br>LAFAYETTE, LA 70508 |
| CREDITOR ID: 260649-12<br>SECOND BAPTIST CHURCH<br>PO BOX 367<br>PLAQUEMINE, LA 70764 | CREDITOR ID: 381094-47<br>SECOND HARVEST FOOD BANK<br>OF CENTRAL FLORIDA<br>2008 BRENGLE AVENUE<br>ORLANDO, FL 32808 | CREDITOR ID: 260651-12<br>SECOND HARVEST FOOD BANK<br>METROLINA<br>500 SPRATT ST<br>CHARLOTTE NC 28206 |
| CREDITOR ID: 260650-12<br>SECOND HARVEST FOOD BANK<br>1502 JESSIE ST<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 260652-12<br>SECOND HARVESTERS FOOD BANK<br>ATTN  HEIDI WOODARD<br>1201 SAMS AVE<br>NEW ORLEANS, LA 70123 | CREDITOR ID: 260653-12<br>SECOND NEW GUIDE<br>1424 S DILTON STREET<br>METAIRIE, LA 70003 |
| CREDITOR ID: 268514-31<br>SECOND S CHEATHAM UTILITY DST<br>ATTN: GEORGE FARMER<br>505 VALLEY DR<br>KINGSTON SPRINGS TN 37082-9040 | CREDITOR ID: 260654-12<br>SECOND STREET ELEM SCHOOL<br>400 N 2ND STREET<br>BAY ST LOUIS, MS 39520 | CREDITOR ID: 260655-12<br>SECONDARY EMPOYMENT OFFICE<br>OF SHERIFF<br>CITY OF JAX POLICE DEPT<br>501 EAST BAY STREET<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260656-12<br>SECREST WRECKER AND CRANE SERVICE<br>3501 ROCKY RIVER RD N<br>MONROE NC 28110 | CREDITOR ID: 260658-12<br>SECRETARY OF STATE<br>PO BOX 11350<br>COLUMBIA SC 29211 | CREDITOR ID: 260657-12<br>SECRETARY OF STATE<br>COMMERCIAL DIVISION<br>PO BOX 94125<br>BATON ROUGE LA 70804-9125 |
| CREDITOR ID: 240655-06<br>SECRETARY OF STATE<br>P O BOX 944230<br>SACRAMENTO CA 94244-0230 | CREDITOR ID: 260660-12<br>SECRETARY OF STATE ALABAMA<br>CORP DIV<br>PO BOX 5616<br>MONTGOMERY AL 36103-5616 | CREDITOR ID: 268515-31<br>SECRETARY OF STATE NC DEPT OF<br>ATTN: ELAINE MARSHALL<br>512 N SALISBURY ST FL 4<br>RALEIGH NC 27604-1170 |
| CREDITOR ID: 260661-12<br>SECRETARY OF STATE OF MISS.<br>PO BOX 136<br>ATTN: CORPORATE DIVISION<br>JACKSON MS 39205-0136 | CREDITOR ID: 377002-44<br>SECRETARY OF STATE PROFESSIONAL LICENSIN<br>LICENSING BOARDS DIVISION<br>237 COLISEUM DRIVE<br>MACON, GA 31217 | CREDITOR ID: 260663-12<br>SECURE CARE MEDICAL<br>10-B MALL CT<br>SAVANNAH GA 31406 |
| CREDITOR ID: 260664-12<br>SECURE PAK INC<br>PO BOX 1210<br>MAUMEE OH 43537-8210 | CREDITOR ID: 260665-12<br>SECURE SAFE & LOCK CO<br>ATTN ROBERT DUMAS, OWNER<br>PO BOX 541207<br>MERRITT ISLAND, FL 32954 | CREDITOR ID: 260668-12<br>SECURITAS<br>4793 MCWILLIE DRIVE<br>JACKSON MS 39206 |
| CREDITOR ID: 260667-12<br>SECURITAS<br>199 INTERSTATE DRIVE<br>SUITE U<br>RICHLAND, MS 39218 | CREDITOR ID: 260669-12<br>SECURITAS SEC SVCS USA INC<br>PO BOX 403412<br>ATLANTA, GA 30384-3412 | CREDITOR ID: 403508-15<br>SECURITAS SECURITY SERVICES USA INC<br>& PINKERTON SECURITY SRV<br>ATTN MATTHEW DORMAN, CR MGR<br>2 CAMPUS DRIVE<br>PARSIPPANY NJ 07054 |
| CREDITOR ID: 260670-12<br>SECURITAS SECURITY SERVICES USA INC<br>12672 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 14-02<br>SECURITIES AND EXCHANGE COMMISSION<br>ATTN: WILLIAM H. DONALDSON CHAIRMAN<br>450 FIFTH STREET, N.W.<br>WASHINGTON DC 20549 | CREDITOR ID: 278728-27<br>SECURITIES MANAGEMENT AND<br>RESEARCH, INC.<br>ATTN SHERRY BAKER<br>24500 SOUTH SHORE BLVD SUITE 400<br>LEAGUE CITY TX 77573 |
| CREDITOR ID: 381056-47<br>SECURITY BY ACKERMAN SECURITY SYSTEMS<br>ATTN: MICHAEL PEACE, A/R MGR<br>7585-C PONCE DE LEON CIRCLE<br>ATLANTA, GA 30340 | CREDITOR ID: 260671-12<br>SECURITY BY ACKERMAN SECURTY SYSTMS<br>7585-C PONCE DE LEON CIRCLE<br>ATLANTA GA 30340 | CREDITOR ID: 395376-64<br>SECURITY CENTRAL<br>PO BOX 5759<br>STATESVILLE, NC 28687 |
| CREDITOR ID: 260673-12<br>SECURITY CREDIT CORP<br>PO BOX 968<br>SIOUX FALLS SD 57101 | CREDITOR ID: 260674-12<br>SECURITY DESIGN SERVICES<br>PO BOX 300<br>LEEDS NY 12451 | CREDITOR ID: 260675-12<br>SECURITY DISPOSAL INC<br>ATTN W H GILLIS, OWNER<br>PO BOX 2047<br>3077 BROWN DRIVE<br>WAYCROSS, GA 31502 |
| CREDITOR ID: 260676-12<br>SECURITY ENGINEERS<br>PO BOX 11984<br>BIRMINGHAM, AL 35202-1984 | CREDITOR ID: 260677-12<br>SECURITY LOCK & KEY INC<br>3730 FRANKLIN RD SW<br>ROANOKE, VA 24014-2206 | CREDITOR ID: 260678-12<br>SECURITY PLUS LOCKSMITH<br>PO BOX 1144<br>MAXTON NC 28364 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260679-12<br>SECURITY PROTECTION AGENCY INC<br>5341 DECATUR HWY<br>BIRMINGHAM AL 35207 | CREDITOR ID: 260680-12<br>SECURITY SOLUTIONS<br>ATTN PEGGY PECK<br>1640 WEST HIGHWAY 152<br>MUSTANG OK 73064 | CREDITOR ID: 405542-95<br>SECURITY SOLUTIONS INC<br>2660-Q YONKERS RD<br>RALEIGH NC 27604 |
| CREDITOR ID: 278098-23<br>SECURITY STATE BANK<br>ATTN: BOOKKEEPER<br>PO BOX 628<br>MCRAE GA 31055 | CREDITOR ID: 268516-14<br>SECURUS CAPITAL<br>ATTN: MAEVE T RIGLER<br>711 PRINCE ST<br>ALEXANDRIA VA 22314-3004 | CREDITOR ID: 260682-12<br>SEDERA ADAMS<br>202 CRETINI LANE<br>HOUMA LA 70360 |
| CREDITOR ID: 260683-12<br>SEDGEFIELD MIDDLE SCHOOL<br>2700 DORCHESTER PLACE<br>CHARLOTTE NC 28209 | CREDITOR ID: 395424-64<br>SEDGWICK CLAIMS MGMT SERVICES INC.<br>1000 RIDGEWAY LOOP RD<br>MEMPHIS, TN 38120 | CREDITOR ID: 407734-99<br>SEDGWICK CLAIMS MGMT SERVICES INC.<br>C/O LORD BISSELL & BROOK LLP<br>ATTN: FOLARIN S DOSUNMU<br>115 SOUTH LASALLE ST<br>CHICAGO IL 60603-3901 |
| CREDITOR ID: 260684-12<br>SEDMED PA JENNIFER L SEDDON<br>700 TILGHMAN DRIVE<br>SUITE 730<br>DUNN NC 28334 | CREDITOR ID: 382271-51<br>SEELEY, JIMMIE W.<br>2538 FOXWOOD ROAD SOUTH<br>ORANGE PARK, FL 32073-6021 | CREDITOR ID: 260685-12<br>SEFAR AMERICA INC<br>PO BOX 6771<br>CHURCH STREET STATION<br>NEW YORK NY 10249-6771 |
| CREDITOR ID: 260686-12<br>SEFCO ELECTRIC SUPPLY CO INC<br>PO BOX 8276<br>JACKSON MS 39284-8276 | CREDITOR ID: 387737-54<br>SEGREST, JAMES W<br>3705 SHERWOOD DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 403432-15<br>SEGUE SEARCH FLORIDA, LLC DBA<br>ORAD AGENCY<br>ATTN DARREN COHAN, CR MGR<br>295 MADISON AVENUE 14TH FL<br>NEW YORK NY 10017 |
| CREDITOR ID: 403432-15<br>SEGUE SEARCH FLORIDA, LLC DBA<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS PC<br>ATTN: ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK  NY 10022 | CREDITOR ID: 260687-12<br>SEGUE STAFFING FLA<br>PO BOX 360738<br>PITTSBURGH, PA 15251-6738 | CREDITOR ID: 407180-MS<br>SEGURA, DAVID A.<br>9040 CROCHET AVE.<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 268517-31<br>SEHED II LTD<br>ATTN: TERRY SANFORD<br>905 W MAIN ST<br>DURHAM NC 27701-2054 | CREDITOR ID: 384306-47<br>SEIGLER, R L<br>P O BOX 1640<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 260688-12<br>SEILER & SON FARMS LLC<br>7711 N W US HIGHWAY 441<br>OCALA FL 34475 |
| CREDITOR ID: 242037-12<br>SEILHAN, ALLISON<br>108 ALLEGRO AVENUE<br>DUSON, LA 70529 | CREDITOR ID: 260689-12<br>SELECT GROUP INC<br>PO BOX 54128<br>CINCINNATI OH 45254-0128 | CREDITOR ID: 256561-12<br>SELECTIVEND INC DBA MODERN VENDING<br>ATTN LORI MCCLAREY<br>8040 UNIVERSITY BLVD<br>DES MOINES, IA 50325 |
| CREDITOR ID: 382960-51<br>SELF-INSURANCE ADMINISTRATOR<br>PO BOX 81189<br>LAFAYETTE, LA 70598-1189 | CREDITOR ID: 260690-12<br>SELIG ENTERPRISES INC<br>ROBERT C RIDDLE<br>1100 SPRING ST SUITE 550<br>ATLANTA, GA 30309 | CREDITOR ID: 830-03<br>SELIG ENTERPRISES,  INC.<br>1100 SPRING STREET, SUITE 550<br>ATLANTA GA 30309-2848 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260691-12<br>SELIG INDUSTRIES<br>PO BOX 530737<br>ATLANTA GA 30353-0737 | CREDITOR ID: 260692-12<br>SELIGMAN DIST<br>2700 ERLANGER CRESCENT<br>CRESCENT SPRINGS KY 41017 | CREDITOR ID: 388284-54<br>SELIMOVIC, ALMIR<br>12206 HOLLAND PLACE NW<br>LAWRENCEVILLE GA 30043 |
| CREDITOR ID: 260694-12<br>SELL CONSTRUCTION CO<br>955 WEAVER BRANCH ROAD<br>BLUFF CITY TN 37618 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY, TN 37604 | CREDITOR ID: 382165-51<br>SELLARS, MARK<br>7096 NW 127TH WAY<br>PARKLAND, FL 33076 |
| CREDITOR ID: 260695-12<br>SELLERS BROTHERS INC<br>2145 SOUTH BOSTON ROAD<br>PO BOX 1136<br>DANVILLE VA 24543 | CREDITOR ID: 260696-12<br>SELLERS SERVICES OF SAFETY<br>550 10TH AVE SOUTH<br>SAFETY HARBOR FL 34695 | CREDITOR ID: 373975-44<br>SELLERS, BRENDA<br>JAX DIV STORE# 192<br>229 READY LANE<br>CAIRO, GA 39827 |
| CREDITOR ID: 407181-MS<br>SELLERS, MARK A<br>7096 NW 127TH WAY<br>PARKLAND FL 33076 | CREDITOR ID: 262476-12<br>SELLERS, TAMMY<br>5106 CHARLEMAGNE ROAD<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 407182-MS<br>SELLS, JOHN W.<br>11441 LAUREL GREENWAY<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 403474-99<br>SELMA HIGHWAY 80 VENTURE II JOINT<br>C/O SPAIN & GILLON LLC<br>ATTN: WALTER F MCARDLE<br>THE ZINSZER BLDG<br>2117 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 403474-99<br>SELMA HIGHWAY 80 VENTURE II JOINT<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LAFLEUR/RICHARD THAMES<br>121 W FORSYTH ST STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 |
| CREDITOR ID: 405989-99<br>SELMA NEWSPAPERS INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 | CREDITOR ID: 403554-15<br>SELMA NEWSPAPERS, INC<br>PO BOX 611<br>SELMA AL 36702-0611 | CREDITOR ID: 403554-15<br>SELMA NEWSPAPERS, INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 |
| CREDITOR ID: 260697-12<br>SELMA TIMES JOURNAL<br>PO BOX 2153  DEPT 3327<br>BIRMINGHAM, AL 35287-3327 | CREDITOR ID: 381029-47<br>SELMA TIMES JOURNAL, THE<br>PO BOX 611<br>SELMA, AL 36702-0611 | CREDITOR ID: 831-03<br>SELMA WATER & SEWER BOARD<br>PO BOX 326<br>SELMA AL 36702 |
| CREDITOR ID: 832-03<br>SELMA WATER WORKS<br>1600 SELMA AVENUE<br>SELMA AL 36702-0326 | CREDITOR ID: 2548-07<br>SELMA-DIX PROPERTIES CORP.<br>C/O JD PRICE<br>1172 PARK AVE<br>NEW YORK NY 10128 | CREDITOR ID: 262882-12<br>SEMBLER COMPANY, THE<br>PO BOX 41847<br>ST PETERSBURG, FL 33743-1847 |
| CREDITOR ID: 2622-07<br>SEMBLER COMPANY, THE<br>PO BOX 41847<br>ST. PETERSBURG, FL 33743-1847 | CREDITOR ID: 407735-99<br>SEMBLER COMPANY, THE PROP MNGR FOR<br>HIGHLANDS SQUARE (SHOPPING CNTR)<br>C/O PIPER LUDIN HOWIE ET AL<br>ATTN: ERIC E LUDIN, ESQ<br>5720 CENTRAL AVENUE<br>ST PETERSBURG FL 33707 | CREDITOR ID: 407748-99<br>SEMBLER COMPANY, THE PROP MNGR FOR<br>LA PLAZA GRANDE SOUTH<br>C/O PIPER LUDIN HOWER & WERNER PA<br>ATTN: ERIC E LUDIN, ESQ<br>5720 CENTRAL AVENUE<br>ST PETERSBURG FL 33707 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384353-47<br>SEM-CHI RICE PRODUCTS CORP<br>P O BOX 1097<br>LOXAHATCHEE, FL 33470 | CREDITOR ID: 260699-12<br>SEMCO CONSTRUCTION<br>PO BOX 706<br>205 CENTURY BOULEVARD<br>BARTOW FL 33831-0706 | CREDITOR ID: 260700-12<br>SEMINOLE COUNTY<br>1101 EAST 1ST STREET<br>SANFORD FL 32771 |
| CREDITOR ID: 833-03<br>SEMINOLE COUNTY WATER & SEWER<br>PO BOX 958443<br>LAKE MARY FL 32795 | CREDITOR ID: 405544-95<br>SEMINOLE COUNTY WATER & SEWER<br>PO BOX 2649<br>SANFORD FL 32772-2649 | CREDITOR ID: 260703-12<br>SEMINOLE FOODS INC<br>PO BOX 3007<br>BELLEVIEW FL 34421 |
| CREDITOR ID: 260704-12<br>SEMINOLE HERALD<br>PO BOX 1667<br>300 NORTH FRENCH AVE<br>SANFORD, FL 32772-1667 | CREDITOR ID: 260705-12<br>SEMINOLE IMPROVEMENT DISTRICT<br>ATTN SHARON DOUCETTE & NT ROBERTS<br>4001 SEMINOLE PRATT WHITNEY RD<br>LOXAHATCHEE, FL 33470-3754 | CREDITOR ID: 834-03<br>SEMINOLE IMPROVEMENT DISTRICT<br>4001 SEMINOLE PRATT WHITNEY ROAD<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 403354-83<br>SEMINOLE ORTHOPAEDIC ASSOC.<br>521 W. HWY. 434, STE. 203<br>LONGWOOD FL 32750 | CREDITOR ID: 260706-12<br>SEMINOLE SAFETY SYSTEMS INC<br>40 COTILLION CT<br>CASSELBERRY, FL 32707 | CREDITOR ID: 2947-04<br>SEMINOLE SANITATION<br>PO BOX 612<br>MILLEDGEVILLE GA 31059 |
| CREDITOR ID: 268518-31<br>SEMINOLE SANITATION SERVICE<br>ATTN: STEVE EDWARDS<br>4433 SKYLINE DR<br>CAMILLA GA 31730-6255 | CREDITOR ID: 260707-12<br>SEMINOLE SWAMP SEASONING<br>BIG CYPRESS INDIAN RESERVATION<br>PO BOX 2200<br>CLEWISTON, FL 33440 | CREDITOR ID: 377008-44<br>SEMINOLE TRANSPORT<br>PO BOX 26485<br>OKLAHOMA CITY, OK 73126-0485 |
| CREDITOR ID: 260708-12<br>SEMINOLE TRANSPORT INC<br>ATTN DAN GRIMM, A/R CREDIT MGR<br>2627 EAST 21ST STREET<br>TULSA OK 74114-1749 | CREDITOR ID: 380985-47<br>SEMORAN RETAIL LLC<br>C/O STOLTZ MGMT<br>725 CONSHOHOCKEN ROAD<br>BALA CYNWYD, PA 19004 | CREDITOR ID: 387801-54<br>SEMPE, LILLY<br>11041 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70127 |
| CREDITOR ID: 392127-55<br>SEMPE, LILLY<br>C/O ANTHONY GLORIOSO, ESQ<br>2325 SEVERN AVENUE, SUITE 9<br>METAIRIE LA 70001 | CREDITOR ID: 246998-12<br>SENAT, COREY<br>911 N W 174 STREET<br>MIAMI FL 33169 | CREDITOR ID: 268519-14<br>SENATE OF VIRGINIA<br>ATTN: JOHN BENNETT<br>GENERAL ASSEMBLY BLDG<br>RICHMOND VA 23219 |
| CREDITOR ID: 260709-12<br>SENCOMMUNICATIONS<br>ATTN ANGELA FRIERSON, ACCTG MGR<br>1921 TAMPA E BLVD<br>TAMPA, FL 33619-3023 | CREDITOR ID: 1830-07<br>SENDERO COMMERCIAL INVESTMENTS<br>C/O HUTCH HARPER<br>PO BOX 91228<br>SAN ANTONIO, TX 78209 | CREDITOR ID: 260710-12<br>SENDERO COMMERCIAL INVESTMENTS PARK<br>C/O HUTCH HARPER<br>PO BOX 91228<br>SAN ANTONIO, TX 78209 |
| CREDITOR ID: 405545-95<br>SENDERO COMMERCIAL INVESTMENTS PARK<br>PLACE LP C/O CIRES INC<br>1716 BRIARCREST SUITE 200<br>BRYAN TX 77802 | CREDITOR ID: 407749-99<br>SENDERO COMMERICAL INVESTMENTS -<br>PARKS PLACE LP<br>C/O AKIN GUMP STRAUSS ET AL<br>ATTN: K M AURZADA/S L SCHULTZ ESQS<br>1700 PACIFIC AVE, STE 4100<br>DALLAS TX 75201-4675 | CREDITOR ID: 382270-51<br>SENDMAIL<br>6425 CHRISTIE AVENUE, 4TH FLOOR<br>EMERYVILLE, CA 94608 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260712-12<br>SENECA AUTO&TRUCK SUPPLY<br>4670 JENNINGS LANE<br>LOUISVILLE, KY 40218 | CREDITOR ID: 382269-51<br>SENECA DAILY JOURNAL<br>PO BOX 547<br>SENECA, NC 29679 | CREDITOR ID: 382085-36<br>SENECA FOODS CORP<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505 |
| CREDITOR ID: 382085-36<br>SENECA FOODS CORP<br>JAECKLE FLEISCHMANN & MUGEL LLP<br>ATTN JOSEPH W ALLEN, ESQ<br>12 FOUNTAIN PLAZA<br>BUFFALO NY 14202-2292 | CREDITOR ID: 260713-12<br>SENECA FOODS CORPORATION<br>PO BOX 32747<br>HARTFORD, CT 06150 | CREDITOR ID: 405546-95<br>SENECA FOODS CORPORATION<br>418 CONDE STREET<br>JANESVILLE WI 53546-3004 |
| CREDITOR ID: 260714-12<br>SENECA LIGHT-WATER PLANT<br>PO BOX 4773<br>SENECA, SC 29679-4773 | CREDITOR ID: 389445-54<br>SENEY, DONALD<br>73432 ALLEN ROAD<br>ABITA SPRINGS LA 70420 | CREDITOR ID: 260715-12<br>SENIOR CITIZENS COUNCIL OF MADISON<br>PO BOX 204<br>MADISON FL 32340 |
| CREDITOR ID: 260716-12<br>SENIOR SERVICES OF NORTHERN KY<br>1032 MADISON AVENUE<br>COVINGTON KY 41011 | CREDITOR ID: 269213-16<br>SENS, ANN M<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS, LA 70170-5100 | CREDITOR ID: 269238-16<br>SENS, EDWARD<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS, LA 70170-5100 |
| CREDITOR ID: 260717-12<br>SENSIENT DEHYDRATED FLAVORS CO<br>PO BOX 93674<br>CHICAGO, IL 60673-3674 | CREDITOR ID: 260718-12<br>SENSIENT FLAVORS, INC<br>ATTN W PEARL STRONG<br>5600 WEST RAYMOND STREET<br>INDIANAPOLIS IN 46241 | CREDITOR ID: 260720-12<br>SENSORMATIC ELECTRONICS CORP<br>PO BOX 32731<br>CHARLOTTE, NC 28232-2731 |
| CREDITOR ID: 260721-12<br>SENTINEL EHCO<br>A PARK NEWSPAPER<br>123 W FIFTH STREET<br>PO BOX 830<br>LONDON KY 40743 | CREDITOR ID: 384354-47<br>SENTRY EXTERMINATING<br>PO BOX 984<br>MILLBROOK, AL 36054-0521 | CREDITOR ID: 260722-12<br>SENTRY EXTERMINATING LLC<br>ATTN PAUL O HOLLAND, GP<br>PO BOX 984<br>MILLBROOK, AL 36054-0521 |
| CREDITOR ID: 260723-12<br>SENTRY FINANCIAL CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY UT 84189-0750 | CREDITOR ID: 260260-12<br>SEO ENTERPRISES<br>PO BOX 5745<br>5804 BRANNEN RD S<br>LAKELAND, FL 33813-5745 | CREDITOR ID: 260724-12<br>SEPARATION EQUIPMENT CO INC<br>PO BOX 1560<br>BRANDON, FL 33509-1580 |
| CREDITOR ID: 260725-12<br>SEPERATION EQUIPMENT COMP INC<br>PO BOX 1560<br>BRANDON FL 33509-1560 | CREDITOR ID: 260726-12<br>SER VAAS LABORATORIES<br>PO BOX 7008<br>INDIANAPOLIS, IN 46207-7008 | CREDITOR ID: 260727-12<br>SERAC INC<br>4046 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 383192-53<br>SERC<br>2555 SHUMARD OAKS BLVD<br>TALLAHASSEE FL 32399 | CREDITOR ID: 383193-53<br>SERC (ADEM)<br>PO BOX 301463<br>MONTGOMERY AL 36130 | CREDITOR ID: 393643-55<br>SEREN, CARIDAD<br>C/O: ROBERT SHAPIRO, ESQ.<br>ROBERT SHAPIRO PA<br>299 ALHAMBRA CIRCLE #316<br>CORAL GABLES FL 33134 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

DEBTOR: WINN-DIXIE STORES, INC., ET AL.                    CASE: 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 260728-12<br>SERENA SOFTWARE INC<br>PO BOX 201448<br>DALLAS, TX 75320-1448 | CREDITOR ID: 405548-95<br>SERENA SOFTWARE INC<br>PO BOX 39000<br>DEPT 33088<br>SAN FRANCISCO CA 94403-2538 | CREDITOR ID: 279390-36<br>SERGEANT'S PET CARE PRODUCTS<br>ATTN: JOE CONNEALY<br>2637 S 158TH PLAZA, SUITE 100<br>OMAHA  NE 68130 |
| CREDITOR ID: 405549-95<br>SERGEANTS PET CARE PRODUCTS INC<br>P O BOX 650615<br>DALLAS TX 75265-0615 | CREDITOR ID: 260729-12<br>SERGEANT'S PET CARE PRODUCTS, INC<br>ATTN JOSEPH P CONNEALY, CONTROLLER<br>2637 SOUTH 158TH PLAZA, SUITE 100<br>OMAHA NE 68130-1703 | CREDITOR ID: 260730-12<br>SERGIO E HERANDEZ<br>960 SW 68 COURT, APT 3<br>MIAMI FL 33144 |
| CREDITOR ID: 260731-12<br>SERGIO R VIEIRA<br>455 NW 165 AVENUE<br>PEMBROKE PINES FL 33028 | CREDITOR ID: 260732-12<br>SERI L ANDERSON<br>207 DAVIS COURT<br>HIRAM GA 30141 | CREDITOR ID: 387121-54<br>SERLO, THOMAS<br>819 1/2 FLAMINGO DRIVE<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 389828-54<br>SERPA, SHARON<br>P O BOX 424<br>FLAGLER BEACH FL 32136 | CREDITOR ID: 388351-54<br>SERRA, ADA<br>12265 SW 16TH AVE<br>MIAMI, FL 33175 | CREDITOR ID: 392451-55<br>SERRA, ADA<br>C/O MINTZ TRUPPMAN CLEIN & HIGER PA<br>ATTN KEITH A TRUPPMAN, ESQ<br>1700 SANS SOUCI BLVD<br>NORTH MIAMI FL 33181 |
| CREDITOR ID: 386258-54<br>SERRANO, SUZANNE<br>4730 WELCH CAUSEWAY<br>SAINT PETERSBURG FL 33708 | CREDITOR ID: 260733-12<br>SERVCO LLC<br>446 OAK VALLEY ROAD<br>SPRINGVILLE, AL 35146 | CREDITOR ID: 268520-31<br>SERVEBOT CO<br>ATTN: GEUN UCK YOUK<br>6113 COLCHESTER RD<br>FAIRFAX VA 22030-5903 |
| CREDITOR ID: 260736-12<br>SERVICE ASSOCIATES HUNTSVILLE<br>PO BOX 633499<br>CINCINNATI, OH 45263-3499 | CREDITOR ID: 384355-47<br>SERVICE CHEMICAL INDUSTRIES<br>P O BOX 11809<br>BIRMINGHAM, AL 35202-1809 | CREDITOR ID: 260738-12<br>SERVICE CHEMICAL INDUSTRIES<br>201 4TH ST WEST<br>BIRMINGHAM, AL 35204 |
| CREDITOR ID: 260739-12<br>SERVICE ENGINES AND SUPPLY INC<br>3023 HWY 21<br>FORT MILL, SC 29715 | CREDITOR ID: 397668-72<br>SERVICE EQUIPMENT<br>PO BOX 52256<br>NEW ORLEANS, LA 70152-2256 | CREDITOR ID: 260740-12<br>SERVICE EQUIPMENT CO<br>ATTN: MIKE MARQUESZ<br>PO BOX 52256<br>NEW ORLEANS, LA 70152-2256 |
| CREDITOR ID: 260741-12<br>SERVICE FORCE USA LLC<br>PO BOX 1300<br>STERLING, VA 20167-8428 | CREDITOR ID: 269350-16<br>SERVICE FORCE USA, LLC<br>C/O RALPH R. POLACHEK<br>45662 TERMINAL DRIVE<br>SUITE 200<br>DULLES, VA 20166-4340 | CREDITOR ID: 260742-12<br>SERVICE HOUSE<br>PO BOX 320129<br>BIRMINGHAM AL 35232 |
| CREDITOR ID: 260743-12<br>SERVICE MARKETING GROUP<br>2180 NOBLESTOWN RD<br>PITTSBURGH, PA 15205 | CREDITOR ID: 260744-12<br>SERVICE ONE<br>PO BOX 940<br>FLETCHER NC 28732 | CREDITOR ID: 260745-12<br>SERVICE PLUS<br>148 HILLTOP DR<br>DECATURVILLE TN 38329 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260746-12<br>SERVICE PRINTING COMPANY<br>ATTN BOB MEREDITH, PRES<br>PO BOX 9073<br>MONTGOMERY, AL 36108 | CREDITOR ID: 260747-12<br>SERVICE TRANSPORT<br>PO BOX 2749<br>COOKEVILLE TN 38502-2749 | CREDITOR ID: 37-02<br>SERVICE, INTERNAL REVENUE<br>ATTN INSOLVENCY<br>290 BROADWAY, 5TH FLOOR<br>NEW YORK NY 10008 |
| CREDITOR ID: 260748-12<br>SERVICES UNLIMITED<br>PO BOX 274<br>GASTONIA, NC 28053-0274 | CREDITOR ID: 397320-69<br>SERVICES UNLIMITED II<br>1416 PINEHURST STREET<br>GASTONIA, NC 28052 | CREDITOR ID: 395718-65<br>SERVIDIAN<br>8401 BENJAMIN ROAD, SUITE C<br>TAMPA, FL 33634 |
| CREDITOR ID: 260751-12<br>SERVPRO<br>PO BOX 161028<br>MOBILE, AL 36616 | CREDITOR ID: 381157-47<br>SERVPRO OF BILOXI OCEAN<br>10390 LEMOYNE BLVD<br>D IBERVILLE, MS 39540 | CREDITOR ID: 260752-12<br>SERVPRO OF MONTGOMERY<br>ATTN BETH BOWEN, OWNER<br>5939 TROY HIGHWAY<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 382959-51<br>SERVU PRESCRIPTION PLAN<br>416 MARY LINDSAY POLK DR, STE 515<br>FRANKLIN, FL 37067 | CREDITOR ID: 2549-07<br>SES GROUP MIAMI SPRINGS, LTD<br>C/O ROBERT JONES, GENERAL PART<br>PO BOX 2474<br>NAPLES FL 34106 | CREDITOR ID: 390300-54<br>SESSION, DOMINIQUE<br>1980 W. 3RD STREET<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 383152-99<br>SESSIONS FISHMAN & NATHAN LP<br>ATTN: J DAVID FORSYTH<br>201 ST CHARLES AVENUE, 35TH FL<br>NEW ORLEANS LA 70170-3500 | CREDITOR ID: 260753-12<br>SESSIONS HYDRAULIC SERVICES<br>3627 MOBILE HWY<br>MONTGOMERY AL 36108-4406 | CREDITOR ID: 260754-12<br>SETAYA RUBBINS<br>334 WILLIAMS STREET<br>BATON ROUGE, LA 70807 |
| CREDITOR ID: 260756-12<br>SETH H DRAPER<br>5000 NE 5TH PLACE<br>OCALA FL 34470 | CREDITOR ID: 260757-12<br>SETH L FULLERTON<br>PAID THREW P CARD<br>3105 LAUREL GROVE NORTH<br>JACKSONVILLE FL 32223 | CREDITOR ID: 260758-12<br>SETH M SUMMERS<br>1773 SANDERFER AVENUE<br>ABILENE TX 79603 |
| CREDITOR ID: 260759-12<br>SETHNESS PRODUCTS<br>PO BOX 92331<br>CHICAGO IL 60675 | CREDITOR ID: 260760-12<br>SETON HIGH SCHOOL<br>3901 GLENWAY AVE<br>CINCINNATI OH 45205 | CREDITOR ID: 260761-12<br>SETON IDENTIFICATION PRODUCTS<br>PO BOX 95904<br>CHICAGO, IL 60694-5904 |
| CREDITOR ID: 390011-54<br>SETTERS, PAUL<br>264 BART SMITH RD<br>SMITHFIELD KY 40068 | CREDITOR ID: 393523-55<br>SETTERS, PAUL<br>C/O: T. J. SMITH<br>ATTORNEY AT LAW<br>600 W. MAIN STREET<br>STE 200<br>LOUISVILLE KY 40202 | CREDITOR ID: 259221-12<br>SETTLE, RALPH<br>838 WALKER STREET<br>REIDSVILLE, NC 27320 |
| CREDITOR ID: 1114-07<br>SETZER, BENJAMIN ADAM AS TRUSTEE<br>OF THE FAYE ASHLEY SETZER TST<br>C/O LEONARD SETZER<br>903 UNIVERSITY BLVD N<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 254653-12<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 391778-55<br>SETZER, RACHEL DARLEEN<br>C/O: SHERWOOD CARTER<br>SHERWOOD CARTER, ATTORNEY AT LAW<br>620 FOURTH STREET SW<br>PO BOX 3798<br>HICKORY NC 28603 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387192-54<br>SETZER, RACHEL DARLEEN<br>3388 LOVE ROAD<br>LOT 3<br>CLAREMONT, NC 28610 | CREDITOR ID: 392350-55<br>SEUBE, MURLINE D<br>C/O DAVID VIDRINE<br>LAW OFFICES OF GLENN E. DIAZ<br>2200 JACKSON BLVD.<br>CHALMETTE LA 70043 | CREDITOR ID: 388089-54<br>SEUBE, MURLINE D<br>2904 CHARLES DR.<br>CHALMETTE, LA 70043 |
| CREDITOR ID: 260762-12<br>SEVELL REALTY PARTNERS INC<br>ATTN ARNOLD SEVELL, PRES<br>2295 CORPORATE BLVD NW, SUITE 131<br>BOCA RATON, FL 33431-7328 | CREDITOR ID: 260763-12<br>SEVEN  SPRINGS PLAZA LLC<br>C/O MAZAS MANAGEMENT<br>2551 DREW STREET<br>SUITE 301<br>CLEARWATER, FL 33765 | CREDITOR ID: 260764-12<br>SEVEN APPAREL GROUP INC<br>347 FIFTH AVENUE #201<br>NEW YORK NY 10016 |
| CREDITOR ID: 260765-12<br>SEVEN COUNTIES SERVICES<br>758 SOUTH 1ST STREET<br>LOUISVILLE KY 40203 | CREDITOR ID: 260766-12<br>SEVEN OAKS CAPITOL CORPORTATION<br>PO BOX 54755<br>NEW ORLEANS, LA 70154-4755 | CREDITOR ID: 1831-RJ<br>SEVEN SPRINGS PLAZA LLC<br>HARPER KYNES GELLER & BUFORD PA<br>ATTN CHARLES A BUFORD, ESQ<br>2560 GULF TO BAY BOULEVARD, STE 300<br>CLEARWATER FL 33765 |
| CREDITOR ID: 1831-RJ<br>SEVEN SPRINGS PLAZA LLC<br>C/O MAZAS MANAGEMENT<br>2551 DREW STREET, SUITE 301<br>CLEARWATER, FL 33765 | CREDITOR ID: 383210-99<br>SEVEN SPRINGS PLAZA, LLC<br>C/O HARPER KYNES GELLER & BUFORD PA<br>ATTN: CHARLES A BUFORD, ESQ<br>2560 GULF TO BAY BLVD, SUITE 300<br>CLEARWATER FL 33765 | CREDITOR ID: 260767-12<br>SEVEN UP CO OF RICHMOND<br>3100 N HOPKINS RD<br>RICHMOND, VA 23224-6631 |
| CREDITOR ID: 260768-12<br>SEVEN UP OF VA BEACH<br>PO BOX 9035<br>CHARLOTTESVILLE, VA 22906 | CREDITOR ID: 268521-31<br>SEVEN WARD PLET LAND SNIOR CTR<br>ATTN: GERALYN LABBE<br>3200 SAINT BERNARD AVE<br>NEW ORLEANS LA 70119-1929 | CREDITOR ID: 260769-12<br>SEVENTH WARD ELEMENTARY SCHOOL<br>24495 LA HWY 16<br>DENHAM SPRINGS, LA 70726 |
| CREDITOR ID: 268522-31<br>SEVEREN TRENT ENVMTL SVCS<br>ATTN: CHUCK ADAMS<br>985 PELICAN MARSH BLVD<br>NAPLES FL 34108-2405 | CREDITOR ID: 260770-12<br>SEVERN TRENT LABORATORIES INC<br>PO BOX 7777 W4305<br>PHILADELPHIA PA 19175-4305 | CREDITOR ID: 268523-31<br>SEVERN TRENT LLC<br>ATTN: GARY L MOYER<br>10300 NW 11TH MNR<br>CORAL SPRINGS FL 33071-6530 |
| CREDITOR ID: 385178-54<br>SEVERSON, MICHELLE<br>2451 SE 116TH AVENUE<br>MORRISTON, FL 32668 | CREDITOR ID: 385178-54<br>SEVERSON, MICHELLE<br>C/O FINE FARKASH & PARLAPIANO PA<br>ATTN ALAN R PARLAPIANO, ESQ<br>622 NE FIRST STREET<br>GAINESVILLE FL 32640 | CREDITOR ID: 390515-55<br>SEVERSON, MICHELLE<br>C/O: ALAN R. PARLAPIANO<br>FINE, FARKASH & PARLAPINAO, P.A.<br>622 NORTHEAST FIRST STREET<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 277122-21<br>SEVERSON, MICHELLE<br>C/O FINE FARKASH & PARLAPIANO, PA<br>ATTN ALAN R. PARLAPIANO, ESQ<br>622 NE FIRST STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 260771-12<br>SEVILLE IMPORTS INC<br>PO BOX 78318<br>MILWAUKEE WI 53278-0318 | CREDITOR ID: 407183-MS<br>SEVIN, ALLEN<br>73182 PENN MILL RD<br>COVINGTON LA 70435-7365 |
| CREDITOR ID: 388518-99<br>SEVIN, MARILYN<br>2600 MARY STREET APT 3<br>SLIDELL, LA 70458 | CREDITOR ID: 392597-99<br>SEVIN, MARILYN<br>C/O NICK LAW FIRM LC<br>ATTN TAMMY NICK ESQ<br>676 E I-10 SERVICE ROAD<br>SLIDELL LA 70461 | CREDITOR ID: 407184-MS<br>SEVIN, RONDALD A.<br>8904 MAGNOLIA CHASE CIRCLE<br>TAMPA FL 33674 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 260261-12
SEW FRIEL
PO BOX 10
QUEENSTOWN, MD 21658-0010

CREDITOR ID: 403528-93
SEWELL DOOR CONTROL & GLASS CORP
PO BOX 60953
FORT MYERS FL 33906-6953

CREDITOR ID: 260773-12
SEWELL SUPPLY COMPANY INC
PO BOX 1026
SUITE E
VILLA RICA GA 30180-1026

CREDITOR ID: 268524-31
SEWER DISTRICT
ATTN: KOOKIE KILLCRESE
30772 CARTER DR
DENHAM SPRINGS LA 70726-1326

CREDITOR ID: 837-03
SEWERAGE & WATER BOARD OF NE
625 ST. JOSEPH STREET
NEW ORLEANS LA 70165

CREDITOR ID: 263504-12
SEXSTANE ENTERPRISES INC DBA
TRI STATE TRADING
ATTN: THEODORE SEXSTANE, CFO
PO BOX 530111
DEPT NC 00072
ATLANTA, GA 30353-0111

CREDITOR ID: 407676-15
SEXTON, WAYNE
PO BOX 396
AVOCA MI 48006

CREDITOR ID: 247863-12
SEYLER, DEBRA
12950 NW 85TH AVENUE
CHIEFLAND, FL 32326

CREDITOR ID: 260262-12
SF TRAVIS COMPANY
300 DELANNOY AVE
DRAWER 490
COCOA, FL 32923-0490

CREDITOR ID: 260776-12
SFD ENTERPRISES
13355 CAPITAL STREET
OAK PARK, MI 48237

CREDITOR ID: 381334-47
SFI ELECTRONICS INC
PO BOX 11275
CHARLOTTE, NC 28220

CREDITOR ID: 382164-51
SFJ MANAGEMENT, INC
12301 LAKE FOREST BLVD
NEW ORLEANS, LA 70129

CREDITOR ID: 260777-12
SG PARTNERSHIP
PO BOX 530
MARKSVILLE, LA 71351

CREDITOR ID: 2550-07
SG PARTNERSHIP
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 268525-31
SG VENTURES COMPANY
ATTN: CURTIS GWIN
36468 EMERALD COAST PKWY
DESTIN FL 32541-4799

CREDITOR ID: 387170-54
SHABAZZ, MARCIA
1800 NW 5TH ST.
FORT LAUDERDALE, FL 33311

CREDITOR ID: 391756-55
SHABAZZ, MARCIA
C/O LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT. LAUDERDALE FL 33311

CREDITOR ID: 260778-12
SHABKEIM JONES
106 GRUBB CIRCLE
LIVINGSTON AL 35470

CREDITOR ID: 260779-12
SHADDA LANEY
3337 BONNEVILLE CIRCLE
CHATTANOOGA, TN 37419

CREDITOR ID: 245367-12
SHADDIX, CHRISTY A
1645 BLUE RIDGE ROAD
LINEVILLE AL 36266

CREDITOR ID: 260780-12
SHADES CREEK PARTNERS
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III & AM DAUGHERTY
813 SHADES CREEK PARKWAY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 260780-12
SHADES CREEK PARTNERS
C/O ENGEL REALTY COMPANY INC
ATTN GUY S CLIFTON
PO BOX 187
BIRMINGHAM, AL 35201-0187

CREDITOR ID: 405883-99
SHADES CREEK PARTNERS
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 405883-99
SHADES CREEK PARTNERS
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 405883-99
SHADES CREEK PARTNERS
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 260781-12
SHADEWELL GROVE FOODS INC
DEPT 1450
TULSA, OK 74182

CREDITOR ID: 407185-MS
SHADOIN JR., GEORGE E.
600 NE 4TH ST
POMPANO  BEACH FL 33060

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268526-31 | CREDITOR ID: 260782-12 | CREDITOR ID: 384356-47 |
| SHADOW LAKE DEVELOPMENT INC | SHADRALL ASSOCIATES | SHADRICK WOODLAND |
| ATTN: GENE RHEA | AUBURNDALE PROPERTIES LLC | 5605 ANGLE DRIVE |
| 8430 SUNDRIDGE DR | 50 TICE BLVD | JACKSON, MS 39206 |
| FAIRBURN GA 30213-1906 | WOODCLIFF LAKE, NJ 07675 | |
| | | |
| CREDITOR ID: 260784-12 | CREDITOR ID: 260785-12 | CREDITOR ID: 405552-95 |
| SHADY ACRES LANDSCAPING & | SHADY MAPLE FARM | SHADY MAPLE FARM |
| ROUTE 1 BOX 215A | PO BOX 7777 | 2700 MATHESON BOULEVARD EAST |
| LAWNCARE | PHILADELPHIA, PA 19175-0622 | SUITE 801 EAST TOWER |
| FALMOUTH, KY 41040 | | MISSISSAUGA ON L4W 4V9 |
| | | CANADA |
| | | |
| CREDITOR ID: 260786-12 | CREDITOR ID: 386998-54 | CREDITOR ID: 243864-12 |
| SHAENA N KOVASH | SHAFFER, ASHLEY | SHAFFER, BRANDY L |
| 3520 SW 1 PLACE | 2829 NORTH CARLOLINA ROAD | 3520 SE 131ST STREET |
| CAPE CORAL FL 33914 | CRYSTAL RIVER FL 34428 | BELLEVIEW FL 34420 |
| | | |
| CREDITOR ID: 388941-54 | CREDITOR ID: 392844-55 | CREDITOR ID: 391620-55 |
| SHAFFER, CYNTHIA | SHAFFER, CYNTHIA | SHAFFER, DAWN |
| 459 S. HIGH STREET | C/O: EDWARD S. DONINI, ESQ. | C/O: ALAN M. ARONSON, ESQ |
| LAKE HELEN, FL 32744 | EDWARD S. DONINI, ESQ. | ROSENTHAL & WEISSMAN, P.A. |
| | 149 S. RIDGEWOOD AVE. | 1645 PALM BEACH LAKES BLVD. |
| | SUITE 710 | SUITE 350 |
| | DAYTONA BEACH FL 32114 | WEST PALM BEACH FL 33401-2289 |
| | | |
| CREDITOR ID: 268527-31 | CREDITOR ID: 399322-81 | CREDITOR ID: 260788-12 |
| SHAGBARK PROPERTY OWNERS ASSN | SHAHIN AMIMINALROAYA YAMINII | SHAILESH B PATEL |
| ATTN: WILLIAM MCCUTCHEON | 2857 PALM AIRE DRIVE NORTH | 104 ACKLEY COURT |
| 3150 N CLEAR FORK RD | POMPANO BEACH, FL 33062 | RALEIGH NC 27607 |
| SEVIERVILLE TN 37862-7902 | | |
| | | |
| CREDITOR ID: 260789-12 | CREDITOR ID: 387319-54 | CREDITOR ID: 260790-12 |
| SHAKIRA DIBBLE | SHAKUR, SHELLY K | SHALLOWFORD FARMS POPCORN |
| 100 B AVENUE | 8 LOCH CIRCLE | 3732 HARTMAN RD |
| APT F2-4 | HAMPTON, VA 23669 | YADKINVILLE, NC 27055-5638 |
| WEST COLUMBIA SC 29169 | | |
| | | |
| CREDITOR ID: 260792-12 | CREDITOR ID: 268528-31 | CREDITOR ID: 381402-47 |
| SHAMEKA R MYERS | SHAMROCK AT 44TH STREET LLC | SHANA POWELL |
| 4252 OAK LAKE DRIVE | ATTN: CARLOS CHUMAN | 158-A DEES ROAD |
| JACKSON MS 39202 | 4001 N PINE ISLAND RD | MERIDIAN, MS 39301 |
| | FORT LAUDERDALE FL 33351-6520 | |
| | | |
| CREDITOR ID: 269268-16 | CREDITOR ID: 260796-12 | CREDITOR ID: 260798-12 |
| SHANAZAROV, HAYRULLA | SHANDA E FOX | SHANDS AT LAKESHORE |
| 140 SOUTH BEACH STREET | 1025 PRINCESS GATE BLVD | C/O BACEM & JORDAN P A |
| SUITE 206 | WINTER PARK FL 32792 | 2699 STIRLING ROAD SUITE A-302 |
| DAYTONA BEACH, FL 32114 | | FT LAUDERDALE FL 33312 |
| | | |
| CREDITOR ID: 260799-12 | CREDITOR ID: 260801-12 | CREDITOR ID: 260802-12 |
| SHANDS MEDICAL GROUP OF STAR | SHANE LOWE | SHANE THOMPSON |
| PO BOX 550861B | 2714 BLAIR CIRCLE | 100 WHEELER DRIVE |
| TAMPA, FL 33655 | GREENWOOD MS 38930 | ID# 322276 |
| | | HUEYTOWN AL 35023 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260804-12<br>SHANELLE WHITE<br>105 WESTWARD STREET<br>APT B<br>ELIZABETH CITY NC 27909 | CREDITOR ID: 260803-12<br>SHANE'S LAWN MAINTENANCE INC<br>105 EAST OAK STREET<br>SUITE D<br>MANSFIELD TX 76063 | CREDITOR ID: 377027-44<br>SHANKLIN RESEARCH CORPORATION<br>P O BOX 406735<br>ATLANTA, GA 30384-6735 |
| CREDITOR ID: 260805-12<br>SHANKLIN RESEARCH CORPORATION<br>PO BOX 447<br>100 WESTFORD ROAD<br>AYER MA 01432-0447 | CREDITOR ID: 260806-12<br>SHANKS EXTRACTS INC<br>ATTN: BOB MURPHY, CFR<br>350 RICHARDSON DRIVE<br>LANCASTER, PA 17603 | CREDITOR ID: 260807-12<br>SHANNA M CABE<br>141 OLD ORANGE PARK ROAD<br>APT# 239<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 260809-12<br>SHANNON CHAMBLISS<br>PO BOX 180262<br>RICHLAND MS 39218 | CREDITOR ID: 1834-07<br>SHANNON VILLAGE SHOPPING CENTER<br>PO BOX 676<br>LOUISBURG, NC 27549 | CREDITOR ID: 260810-12<br>SHANNON VILLAGE SHOPPING CENTER INC<br>PO BOX 676<br>LOUISBURG, NC 27549 |
| CREDITOR ID: 2551-07<br>SHANNON VILLAGE SHOPPING CNTR, INC<br>%JOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG NC 27549 | CREDITOR ID: 268529-31<br>SHANNON WEAVER<br>880 ARCHER RD<br>CANTONMENT FL 32533-9036 | CREDITOR ID: 399573-82<br>SHANNON, MARY<br>11345 NORTH OAK STREET<br>SODDY  DAISY  TN 37379 |
| CREDITOR ID: 268530-31<br>SHANNONTOWN COMMUNITY ASSOC<br>ATTN: HENRY J WATSON<br>225 CLEMENT RD<br>SUMTER SC 29150-6758 | CREDITOR ID: 405963-15<br>SHANRI HOLDINGS CORP<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 | CREDITOR ID: 405963-15<br>SHANRI HOLDINGS CORP<br>FKA DOWNTOWN DESTIN SC<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE AL 36616-1403 |
| CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 | CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>DOWNTOWN DESTIN ASSOCS<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE, AL 36616-1403 | CREDITOR ID: 260812-12<br>SHANTA D MCDOWELL<br>9283 JORDON MILL TRAIL<br>JONESBORO GA 30238 |
| CREDITOR ID: 260813-12<br>SHANTRELL M CAFFREY<br>1621 APACHE DRIVE APT A<br>HARVEY LA 70058 | CREDITOR ID: 260815-12<br>SHAPIRO PACKING CO INC<br>PO BOX 930212<br>ATLANTA, GA 31193-0212 | CREDITOR ID: 279391-36<br>SHAPIRO PACKING COMPANY, INC.<br>C/O HUGHES HUBBARD & REED LLP<br>ATTN: DANIEL S. LUBELL<br>ONE BATTERY PARK PLAZA<br>NEW  YORK  NY 10004-1482 |
| CREDITOR ID: 407688-15<br>SHAPIRO, SUZANNE<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN RONALD M SIMON, ESQ<br>1101 BRICKELL BAY DRIVE, SUITE 1200<br>MIAMI FL 33131 | CREDITOR ID: 390133-54<br>SHAPIRO, SUZANNE<br>647 NW 111TH WAY<br>CORAL SPRINGS, FL 33071 | CREDITOR ID: 393587-55<br>SHAPIRO, SUZANNE<br>C/O: BARBARA G. BANKS, P.A.<br>LAW OFFICES OF BARBARA G. BANKS, P.A.<br>2405 UNIVERSITY DR.<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 260816-12<br>SHAREIT INC<br>PO BOX 844<br>GREENSBURG PA 15601-0844 | CREDITOR ID: 384420-47<br>SHARKEY, WILLIAM<br>3754 LUMBER JACKWAY<br>JACKSONVILLE, FL 32223 | CREDITOR ID: 260818-12<br>SHARON A FRIESE<br>58 PT PLEASANT DRIVE<br>PALM COAST FL 32164 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260819-12<br>SHARON ALLEN<br>6901 CARY HAMILTON ROAD<br>THEODORE AL 36582 | CREDITOR ID: 260820-12<br>SHARON COKER<br>PO BOX 116<br>WINSTON GA 30187 | CREDITOR ID: 260822-12<br>SHARP HOLLAND INTERNL CRT REPORT<br>4425 W VICKERY BLVD<br>SUITE 300<br>FORT WORTH TX 76107 |
| CREDITOR ID: 260823-12<br>SHARP INFORMATION SERVICES<br>2935 HERITAGE TRAIL<br>JACKSONVILLE FL 32257 | CREDITOR ID: 373719-44<br>SHARP, ANTHONY D<br>298 STAPLES ROAD<br>GURLEY, AL 35748 | CREDITOR ID: 243055-12<br>SHARP, BARBARA<br>3520 CROAKER DRIVE<br>SPRING HILL FL 34607 |
| CREDITOR ID: 375084-44<br>SHARP, GLENN<br>NOL DIV STORE# 1334<br>120 REEDY CREEK RD<br>LAUREL, MS 39440 | CREDITOR ID: 388185-54<br>SHARP, PATRICIA<br>613 STERINER STREET<br>CINCINNATI OH 45204 | CREDITOR ID: 392404-55<br>SHARP, PATRICIA<br>C/O: HARRIS & BURGIN, LPA<br>9545 KENWOOD, #301<br>CINCINNATI OH 45242 |
| CREDITOR ID: 400055-84<br>SHARP, SHAWNA<br>8740 GLADES DRIVE<br>APT 61<br>PAHOKEE FL 33476 | CREDITOR ID: 400548-88<br>SHARP, SHAWNA<br>C/O LAWRENCE S. ALLEN, ESQ<br>2121 PINCE DE LEON BLVD<br>SUITE 721<br>CORAL GABLES FL 33134 | CREDITOR ID: 386619-54<br>SHARP, TERRY<br>185 ANCO DR<br>KINGSPORT TN 37664 |
| CREDITOR ID: 256215-12<br>SHARPE, MICHAEL D<br>5855 WALNUT CREEK ROAD<br>APT A104<br>NEW ORLEANS LA 70123 | CREDITOR ID: 256251-12<br>SHARPE, MICHAEL P<br>940 WINDSOR GREEN BLVD<br>GOODLETTSVILLE TN 37072-2137 | CREDITOR ID: 260824-12<br>SHARPSBURG<br>4400 SMITH RD<br>STORE#1753<br>NORWOOD OH 45212 |
| CREDITOR ID: 260826-12<br>SHAUN C FRANKS<br>912 CYPRESS DRIVE<br>AMERICUS GA 31709 | CREDITOR ID: 260827-12<br>SHAUN D PERRYMAN<br>1858 MARTIN PLACE<br>MOBILE AL 36617 | CREDITOR ID: 260828-12<br>SHAUN GATES<br>4220 SUNSET DRIVE<br>JACKSON MS 39213 |
| CREDITOR ID: 260829-12<br>SHAUN M LEFTWICH<br>102 RABUN COURT<br>SANFORD FL 32773 | CREDITOR ID: 407186-MS<br>SHAVER, MILDRED E.<br>207 MEADOW WOOD DR.<br>GREENVILLE SC 29616 | CREDITOR ID: 260830-12<br>SHAVITZ LAW GROUP<br>2000 GLADES ROAD<br>SUITE 200<br>BOCA RATON FL 33431 |
| CREDITOR ID: 260831-12<br>SHAVONDA L BRICKLEY<br>7801 SAIL STREET<br>NEW ORLEANS LA 70128 | CREDITOR ID: 260832-12<br>SHAVONNIE HARRIS<br>141 SHENANDOH AVENUE<br>LADY LAKE FL 32159 | CREDITOR ID: 268531-31<br>SHAW ENVIRONMENTAL<br>ATTN: ROBERT SHAW<br>113 PARKWAY DR<br>LAFAYETTE LA 70508-7309 |
| CREDITOR ID: 399423-99<br>SHAW GUSIS FISHMAN ET AL<br>ATTN: BRIAN SHAW/ALLEN GUON<br>321 N CLARK ST, STE 800<br>CHICAGO IL 60610 | CREDITOR ID: 260833-12<br>SHAW MATERIAL HANDLING SYSTEMS INC<br>107 METROPLEX BOULEVARD<br>PEARL MS 39208 | CREDITOR ID: 260834-12<br>SHAW MONTG WAREHOUSE<br>PO BOX 9272<br>MONTGOMERY, AL 36108-0272 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390000-54<br>SHAW, KAREN<br>1520 WEST PEACH STREET<br>EUNICE LA 70535 | CREDITOR ID: 407187-MS<br>SHAW, LARRY<br>3455 PRAIRIE DR.<br>SNELLVILLE GA 30039 | CREDITOR ID: 397931-76<br>SHAW, MATTIE<br>214 MILDRED STREET<br>COLUMBIANA, AL 35051 |
| CREDITOR ID: 381617-47<br>SHAW, NATHAN<br>JAX DIV #28<br>3733 CRUM RD.<br>VALDOSTA GA 31601 | CREDITOR ID: 385941-54<br>SHAW, WROCKELLE (MINOR)<br>3539 LEE PLACE<br>ATLANTA, GA 30349 | CREDITOR ID: 385941-54<br>SHAW, WROCKELLE (MINOR)<br>1401 PEACHTREE STREET N.W. SUI<br>ATLANTA, GA 30309 |
| CREDITOR ID: 260835-12<br>SHAWAN L DOCKERY<br>1591 S LANE AVENUE<br>#25F<br>JACKSONVILLE FL 32210 | CREDITOR ID: 260836-12<br>SHAWANDA L RUSSELL<br>259 CORTESE CIRCLE<br>GROVELAND FL 34736 | CREDITOR ID: 268532-31<br>SHAWANO DRAINAGE DISTRICT<br>ATTN: MANUEL PORRO<br>BROWNS FARM RD<br>BELLE GLADE FL 33430 |
| CREDITOR ID: 260837-12<br>SHAWN D MASON<br>171 MARVINS LANE<br>LUCEDALE MS 39452 | CREDITOR ID: 260838-12<br>SHAWN M COLE<br>4201 DOVER ROAD<br>LOUISVILLE KY 40216 | CREDITOR ID: 260839-12<br>SHAWN PRODUCTS INC<br>PO BOX 7227<br>HIGH POINT NC 27264-7227 |
| CREDITOR ID: 260840-12<br>SHAWN R BACON<br>110 KASEY DRIVE<br>ORLANDO FL 32807-0494 | CREDITOR ID: 260842-12<br>SHAWS REFIGERATION<br>496 PROVIDENCE CHURCH ROAD<br>GOLDSBORO NC 27530 | CREDITOR ID: 260843-12<br>SHAWTAKA WILKERSON<br>33496 EDGEHILL DRIVE<br>FRANKLIN VA 23851 |
| CREDITOR ID: 260845-12<br>SHEAKITRA TAYLOR<br>PO BOX 153<br>STAR MS 39167 | CREDITOR ID: 385338-54<br>SHEALEY, GWENDOLYN<br>543 ROYAL RIDGE STREET<br>VALRICO, FL 33594 | CREDITOR ID: 390645-55<br>SHEALEY, GWENDOLYN<br>C/O TIMOTHY G ANDERSON, PA<br>ATTN LESLIE LONGSHORE, ESQ<br>213 SOUTH BREVARD AVENUE<br>TAMPA FL 33606-2211 |
| CREDITOR ID: 386662-54<br>SHEARER, KAREN<br>657 HARVEY DALE DR.<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 391639-55<br>SHEARER, KAREN<br>C/O: ANGELA VANDIVIER-STANLEY<br>BRUMBAUGH,MU & KING<br>112 OLD BRIDGE ST<br>JACKSONVILLE NC 28541 | CREDITOR ID: 386414-54<br>SHEARIN, MAXINE<br>10751 RAGSDALE STREET<br>BONITA SPRINGS FL 34135 |
| CREDITOR ID: 260846-12<br>SHEARMAN & STERLING<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022-6069 | CREDITOR ID: 278805-99<br>SHEARMAN & STERLING LLP<br>ATTN: ANDREW TENZER<br>599 LEXINGTON AVE<br>NEW YORK NY 10022-6069 | CREDITOR ID: 391432-55<br>SHEEDY, BONNIE<br>C/O: L. JACK GIBNEY<br>L. JACK GIBNEY<br>4465 BAYMEADOWS ROAD<br>SUITE 2<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 247105-12<br>SHEEHAN, COURTNEY<br>5104 W ESPLANADE<br>METARIRIE, LA 70006 | CREDITOR ID: 395405-64<br>SHEEHAN, DENNIS<br>341 ROYAL TERN ROAD SOUTH<br>PONTE  VEDRA BEACH, FL 32082 | CREDITOR ID: 407188-MS<br>SHEEHAN, DENNIS<br>216 DRIFTWOOD LANE<br>LARGO FL 33770 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**    **WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:**    **05-03817-3F1**

CREDITOR ID: 395355-63
SHEEHAN, DENNIS M.
2840 W BAY DRIVE, APT 122
BELLEAIR BLUFFS, FL 33770-2620

CREDITOR ID: 407189-MS
SHEEHAN, JOHN R
701 GREAT EGRET WAY
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 260847-12
SHEELA R ALLEN
PO BOX 9460
JACKSONVILLE FL 32208

CREDITOR ID: 260848-12
SHEENA N PARKER
2012 BIENVILLE STREET 6
NEW ORLEANS LA 70119

CREDITOR ID: 260849-12
SHEENA P LEE
5660 CEDARTOWN
MOLINO FL 32577

CREDITOR ID: 260850-12
SHEET METAL SHOPPE
1218 S DIVISION AVENUE
ORLANDO, FL 32805

CREDITOR ID: 407602-15
SHEETS, HAROLD & PATRICIA
180 SHEETS LANE
DURANGO CO 81303

CREDITOR ID: 385321-54
SHEFFIELD, CHARLES
2108 ELLIS STREET
BRUNSWICK, GA 31520

CREDITOR ID: 390628-55
SHEFFIELD, CHARLES
C/O: EDWARD E. BOSHEARS
EDWARD E. BOSHEARS
P.O. BOX 1395
BRUNSWICK GA 31521

CREDITOR ID: 260852-12
SHEILA D WESLEY
429 OAK STREET
GREENVILLE AL 36037

CREDITOR ID: 260854-12
SHEILA LEHMAN
PO BOX 1498
BUSHNELL FL 33513

CREDITOR ID: 260858-12
SHELBY BODY SHOP INC
1904 EAST DIXON BOULEVARD
SHELBY NC 28152

CREDITOR ID: 268533-31
SHELBY CITY WASTEWATER TRTMNT
ATTN: JOHN RHOM
1940 S LAFAYETTE ST
SHELBY NC 28152-7147

CREDITOR ID: 241168-11
SHELBY COUNTY
BUSINESS REVENUE OFFICE
ACCOUNT NO.: 182-1
PO BOX 800
COLUMBIANA, AL 35051

CREDITOR ID: 260860-12
SHELBY COUNTY CIRCUIT CLERK
PO BOX 1810
COLUMBIANA AL 35051-1810

CREDITOR ID: 839-03
SHELBY COUNTY COMMISSION
PO BOX 381114
BIRMINGHAM AL 35238-1114

CREDITOR ID: 260861-12
SHELBY COUNTY FAIR
211 EL CAMINO RE'AL
CHELSEA AL 35043

CREDITOR ID: 405990-99
SHELBY COUNTY NEWSPAPERS INC
C/O HUBBARD SMITH MCILWAIN ET AL
ATTN: BRAKEFIELD/MCILWAIN/SODERGREN
PO BOX 2427
TUSCALOOSA FL 35403

CREDITOR ID: 260863-12
SHELBY COUNTY NEWSPAPERS, INC
DEPT 3353
PO BOX 2153
BIRMINGHAM, AL 35287

CREDITOR ID: 260863-12
SHELBY COUNTY NEWSPAPERS, INC
C/O HUBBARD SMITH MCILWAIN ET AL
ATTN W MARCUS BRAKEFIELD, ESQ
PO BOX 2427
TUSCALOOSA AL 35403-2427

CREDITOR ID: 381043-47
SHELBY COUNTY REPORTER, THE
PO BOX 947
COLUMBIANA, AL 35051

CREDITOR ID: 318411-42
SHELBY COUNTY SHERIFF'S OFFICE
501 MAIN ST.
SHELBYVILLE KY 40065

CREDITOR ID: 260865-12
SHELBY COUNTY TAX COLLECTOR
PO BOX 1298
PROPERTY TAX
COLUMBIANA AL 35051-1298

CREDITOR ID: 260867-12
SHELBY CRANE
1486 HENRY MOSLEY ROAD
JACKSONVILLE FL 32234

CREDITOR ID: 260868-12
SHELBY WALK IN MEDICAL CENTERS
ATTN TERRI KING, OFF MGR
419 EARL ROAD
SHELBY NC 28150

CREDITOR ID: 841-03
SHELBYVILLE MUNICIPAL WATER
PO BOX 608
SHELBYVILLE KY 40066

CREDITOR ID: 260870-12
SHELIA BUNION
150 SEMINOLE CIRCLE
HAVANA FL 32333

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260871-12<br>SHELIA ELLARD<br>13226 DOGWOOD ROAD<br>MCCALLA AL 35111 | CREDITOR ID: 260872-12<br>SHELIA J MCLEOD<br>1110 PENNTON AVENUE<br>LENOIR NC 28645 | CREDITOR ID: 260873-12<br>SHELIA POULLARD<br>1701 NORTH AVENUE I<br>APT 90<br>CROWLEY LA 70526 |
| CREDITOR ID: 260874-12<br>SHELIA W ALPHONSUS<br>828 HOOTER ROAD<br>BRIDGE CITY LA 70094 | CREDITOR ID: 260875-12<br>SHELIAPATT SPANN<br>1601 MELROSE PLACE<br>CLINTON MS 39056 | CREDITOR ID: 260876-12<br>SHELITA SMITH MOTHER CURSHEKA SMITH<br>1620 UTE DRIVE<br>APT D<br>HARVEY LA 70058 |
| CREDITOR ID: 394278-56<br>SHELKO, MARDI<br>C/O COHEN AND COHEN, PA<br>ATTN KEITH A GOLDBLUM, ESQ<br>2525 N STATE RD 7 (441)<br>HOLLYWOOD FL 33021 | CREDITOR ID: 394278-56<br>SHELKO, MARDI<br>1758 NE 175TH STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 400428-85<br>SHELKO, MARDI<br>C/O COHEN & COHEN, PA<br>ATTN KEITH A GOLDBLUM, ESQ<br>2525 NORTH STATE ROAD 7 (441)<br>HOLLYWOOD FL 33021-3206 |
| CREDITOR ID: 260877-12<br>SHELL ENERGY SERVICES CO<br>PO BOX 659583<br>SAN ANTONIO, TX 78265-9583 | CREDITOR ID: 260878-12<br>SHELL FLEMING DAVIS & MENGE<br>ATTORNEYS AT LAW<br>PO BOX 1831<br>PENSACOLA FL 32598-1831 | CREDITOR ID: 403355-83<br>SHELL, FLEMING, DAVIS & MENGE, P.A.<br>PO BOX 1831<br>PENSACOLA FL 32591-1831 |
| CREDITOR ID: 260880-12<br>SHELLIE FLETCHER<br>359 COPELAND CIRCLE<br>NORTH AUGUSTA SC 29860 | CREDITOR ID: 260881-12<br>SHELLIE M DILLARD<br>12398 LONG LAKE DRIVE N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 260882-12<br>SHELLIE M WHITMER<br>316 CLUBLAND CIRCLE<br>CONYERS GA 30094 |
| CREDITOR ID: 260883-12<br>SHELLINE ARCHELUS<br>1340 NE 18TH STREET #4<br>FT LAUDERDALE FL 33305 | CREDITOR ID: 260884-12<br>SHELONDA L RHYNES<br>1433 DECTAR ROAD LOT 4<br>COTTONWOOD AL 36320 | CREDITOR ID: 382163-51<br>SHELTER ISLAND RISK SERVICES<br>145 N FRANKLIN TRPK, SUITE 202<br>RAMSEY, NJ 07446 |
| CREDITOR ID: 260885-12<br>SHELTON AND ASSOCIATES<br>PO BOX 9496<br>GREENSBORO NC 27429-0496 | CREDITOR ID: 246421-12<br>SHELTON, CLEOPHUS C<br>2000 CAMPBELTON ROAD<br>APT 210<br>ATLANTA GA 30311 | CREDITOR ID: 389320-54<br>SHELTON, MATTHEW<br>P.O. BOX 444<br>LAKE WALES FL 33853 |
| CREDITOR ID: 393135-55<br>SHELTON, MATTHEW<br>C/O: NICHOLAS D. ZORN, JR., ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>101 E. KENNEDY BLVD. STE 1790<br>TAMPA FL 33602 | CREDITOR ID: 385286-54<br>SHELTON-SCOTT, LAURIE<br>2632 LEHIGH AVENUE<br>KISSIMMEE, FL 34741 | CREDITOR ID: 390594-55<br>SHELTON-SCOTT, LAURIE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA FL 32118 |
| CREDITOR ID: 268534-31<br>SHENANDOAH COUNTY LANDFILL<br>ATTN: HENRY MIKUS<br>349 LANDFILL RD<br>EDINBURG VA 22824-3588 | CREDITOR ID: 260887-12<br>SHENANDOAH GROWERS<br>RT 3 BOX 358 D<br>HARRISONBURG VA 22801 | CREDITOR ID: 260888-12<br>SHENISE M BALL<br>PO BOX 41<br>PINKARD AL 36371 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260889-12<br>SHENNA O CONNOR<br>6062 PASTEUR BLVD<br>NEW ORLEANS LA 70122 | CREDITOR ID: 250301-12<br>SHEPARD, GARY<br>3364 DEASON AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 256206-12<br>SHEPARD, MICHAEL C<br>5141 OLD 138 SW<br>LOGANVILLE GA 30052 |
| CREDITOR ID: 389297-54<br>SHEPHERD, CHARLOTTE E<br>189 MUNK HOLLIMAN RD<br>LUCEDALE MS 39452 | CREDITOR ID: 260890-12<br>SHEPHERDSVILLE MALL ASSOC LP<br>C/O CENTER SERVICES INC<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | CREDITOR ID: 1835-RJ<br>SHEPHERDSVILLE MALL ASSOCIATION LP<br>C/O CENTER SERVICES INC<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 |
| CREDITOR ID: 843-03<br>SHEPHERDSVILLE WATER & SEWER<br>PO BOX 400<br>SHEPHERDSVILLE KY 40165-0400 | CREDITOR ID: 394192-56<br>SHEPPARD, PATRICIA<br>4915 ROBINSON SQUARE DR NW<br>ACWORTH GA 30101 | CREDITOR ID: 399424-99<br>SHER GARNER RICHTER ET AL<br>ATTN: ELWOOD CAHILL JR/NEAL KLING<br>909 POYDRAS ST, 28TH FL<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 388072-54<br>SHER, MERYL<br>4106 SAPPHIRE TERRACE<br>DAVIE, FL 33331 | CREDITOR ID: 392339-55<br>SHER, MERYL<br>C/O: MICHAEL A SOBEL ESQ.<br>SOBEL & MEIVES PA<br>515 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 260893-12<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 |
| CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | CREDITOR ID: 260894-12<br>SHERI PETAGNO<br>13 HAWTHORNE LANE<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 260895-12<br>SHERI TRAGER WEISS<br>13853 THOMASVILLE CT<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 260896-12<br>SHERI UPDIKE<br>7132 PRESTWICK CIRCLE S<br>JACKSONVILLE FL 32244 | CREDITOR ID: 388702-54<br>SHERIDAN, ROBERT<br>P.O BOX 1177<br>HIGH SPRINGS FL 32655 | CREDITOR ID: 260898-12<br>SHERIFF<br>PO DRAWER 231<br>PLAQUEMINE, LA 70764 |
| CREDITOR ID: 260897-12<br>SHERIFF<br>PO BOX 668<br>FRANKLINTON LA 70438 | CREDITOR ID: 268535-14<br>SHERIFF & EX OFFICIO<br>ATTN: RAY LEMAIRE<br>101 S FAITH ST<br>ABBEVILLE LA 70510 | CREDITOR ID: 260899-12<br>SHERIFF & TAX COLLECTOR<br>PARISH OF JEFFERSON<br>PO BOX 277<br>GRETNA LA 70054 |
| CREDITOR ID: 268536-14<br>SHERIFF & TAX COLLECTOR<br>ATTN: DAVID NEQUIN<br>1455 RAILROAD AVE<br>MORGAN CITY LA 70380-2132 | CREDITOR ID: 260900-12<br>SHERIFF EAST BATON ROUGE<br>PARISH<br>PO BOX 3277<br>BATON ROUGE, LA 70821-3277 | CREDITOR ID: 260901-12<br>SHERIFF POINTE COUPEE PARISH<br>GARNISHMENT DEPT<br>PO BOX 248<br>NEW ROADS, LA 70760 |
| CREDITOR ID: 260902-12<br>SHERIFF ST JOHN THE BAPTIST<br>PO DRAWER 280<br>ATTN GARNISHMENT DEPT<br>EDGARD LA 70049 | CREDITOR ID: 264884-12<br>SHERIFF, WILLIE GRAVES<br>PO BOX 850<br>LIVINGSTON, LA 70754 | CREDITOR ID: 260903-12<br>SHERIFFS CIVIL DIVISION<br>2004010316/96U00314 O RIGGINS<br>3341 POWER INN ROAD #313<br>SACRAMENTO CA 95826-3889 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260904-12<br>SHERIFFS OFFICE OF TANGIPAHOE<br>PO BOX 727<br>AMITE, LA 70422 | CREDITOR ID: 260905-12<br>SHERLETIA L LEWIS<br>6 ELM ROAD<br>OCALA FL 34472 | CREDITOR ID: 260906-12<br>SHERMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 |
| CREDITOR ID: 260907-12<br>SHERMAN ACQUISITION LP<br>C/O FLYNN LAVRAR ESQ<br>5310 NW 33RD AVE SUITE 100<br>FT LAUDERDALE FL 33309 | CREDITOR ID: 260908-12<br>SHERMAN GLENDENING<br>202 TOMOKA TRAIL<br>LONGWOOD FL 32779 | CREDITOR ID: 260909-12<br>SHERMAN MERRITT<br>1821 CRIMSON COURT<br>LITHONIA GA 30058 |
| CREDITOR ID: 389090-54<br>SHERMAN, JENNIFER<br>645 38TH AVE SOUTH<br>SAINT PETERSBURG, FL 33705 | CREDITOR ID: 392980-55<br>SHERMAN, JENNIFER<br>C/O: JOHN R. MATHIAS<br>CHAMBERS LAW GROUP, P.A.<br>520 4TH STREET NORTH<br>ST.PETERSBURG FL 33701-2302 | CREDITOR ID: 398002-76<br>SHERRARD, MARY<br>25 S. GERMANTOWN ROAD<br>CHATTANOOGA, TN 37411 |
| CREDITOR ID: 260910-12<br>SHERRI CRAWFORD<br>612 20TH COURT NE<br>BIRMINGHAM AL 35215 | CREDITOR ID: 260911-12<br>SHERRI N JACKSON<br>2411 NW 7TH STREET<br>APT 701<br>FORT LAUDERDALE FL 33311-0779 | CREDITOR ID: 260912-12<br>SHERRI R STEWART<br>933 CLARA FOOT ROAD<br>BRAXTON MS 39044 |
| CREDITOR ID: 260914-12<br>SHERRIE A ORTAGUS<br>2541 HEBB ROAD<br>AUBURNDALE FL 33823-0934 | CREDITOR ID: 260915-12<br>SHERRIE CLARY<br>39 17TH STREET SE<br>#12<br>HICKORY NC 28602 | CREDITOR ID: 260916-12<br>SHERRIE MELTON<br>3771 MEADOW ROAD<br>SANDSTON VA 23150 |
| CREDITOR ID: 398003-76<br>SHERRILL, MIGNON<br>4813 OLD BRIAR TRAIL<br>DOUGLASVILLE, GA 30135 | CREDITOR ID: 260918-12<br>SHERRON E LAWSON<br>110 HUNTERS FOREST COURT<br>COLLEGE PARK GA 30349 | CREDITOR ID: 260919-12<br>SHERRON M FRANKS<br>1382 WAGON WHEEL COURT<br>CONWAY SC 29527 |
| CREDITOR ID: 260920-12<br>SHERRY BAYNE<br>12062 ACORNSHELL WAY<br>JACKSONVILLE FL 32223 | CREDITOR ID: 260921-12<br>SHERRY CRAWFORD<br>4828 CAMDEN DRIVE<br>CONYERS GA 30094 | CREDITOR ID: 260922-12<br>SHERRY ERVIN STONE<br>1356 PERCY LANE<br>ROCKWELL NC 28138 |
| CREDITOR ID: 260923-12<br>SHERRY L ADAMS<br>26412 FOAM FLOWER BLVD<br>ZEPHYRHILLS FL 33544 | CREDITOR ID: 260924-12<br>SHERRY L BULLIS<br>850 COUNTY 76<br>CENTRE AL 35960 | CREDITOR ID: 260925-12<br>SHERRY L SIMMONS<br>8 WHITEOAK CIRCLE<br>SALISBURY NC 28146 |
| CREDITOR ID: 260926-12<br>SHERRY M STEVENS<br>163 TWISTED OAKS DR LOT 5<br>OPELOUSAS LA 70570 | CREDITOR ID: 260927-12<br>SHERWIN WILIAMS<br>106 MASON STREET<br>LAUREL MS 39440 | CREDITOR ID: 260939-12<br>SHERWIN WILLIAMS<br>4903 A SOUTH BLVD<br>CHARLOTTE NC 28217 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260938-12<br>SHERWIN WILLIAMS<br>4590 TAMARIND DRIVE<br>PACE FL 32571-2850 | CREDITOR ID: 260937-12<br>SHERWIN WILLIAMS<br>4239 LAFAYETTE ST<br>MARIANNA FL 32446 | CREDITOR ID: 260936-12<br>SHERWIN WILLIAMS<br>4139 MAGAZINE STREET<br>NEW ORLEANS LA 70115 |
| CREDITOR ID: 260935-12<br>SHERWIN WILLIAMS<br>401 S GRANT STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 260934-12<br>SHERWIN WILLIAMS<br>385 PARK ST<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 260933-12<br>SHERWIN WILLIAMS<br>3800 EASTDALE MALL CIRCLE<br>MONTGOMERY, AL 36117-2159 |
| CREDITOR ID: 260932-12<br>SHERWIN WILLIAMS<br>229 FIRST STREET<br>CLARKSDALE MS 38614 | CREDITOR ID: 260931-12<br>SHERWIN WILLIAMS<br>1912 W ESPLANADE<br>KENNER, LA 70065 | CREDITOR ID: 260930-12<br>SHERWIN WILLIAMS<br>1911 OPELIKA RD<br>AUBURN AL 36830 |
| CREDITOR ID: 260929-12<br>SHERWIN WILLIAMS<br>16015 NW 57TH AVE<br>HIALEAH, FL 33014 | CREDITOR ID: 260928-12<br>SHERWIN WILLIAMS<br>103 B ALABAMA ST<br>COLUMBUS MS 39702-5295 | CREDITOR ID: 260945-12<br>SHERWIN WILLIAMS<br>900 LASALLE STREET<br>MCCOMB, MS 39648 |
| CREDITOR ID: 260944-12<br>SHERWIN WILLIAMS<br>8135 EARHART BLVD<br>NEW ORLEANS LA 70118-4322 | CREDITOR ID: 260943-12<br>SHERWIN WILLIAMS<br>802 HIGHWAY 51<br>MADISON MS 39110 | CREDITOR ID: 260942-12<br>SHERWIN WILLIAMS<br>77 N EGLIN PKWAY<br>FT WALTON BEACH FL 32548 |
| CREDITOR ID: 260941-12<br>SHERWIN WILLIAMS<br>5327 W 20TH AVE<br>HIALEAH, FL 33012-2100 | CREDITOR ID: 260940-12<br>SHERWIN WILLIAMS<br>516 MAIN STREET<br>PINEVILLE LA 71360 | CREDITOR ID: 260957-12<br>SHERWIN WILLIAMS CO<br>6409 WASHINGTON AVENUE<br>OCEAN SPRINGS MS 39564-2153 |
| CREDITOR ID: 260956-12<br>SHERWIN WILLIAMS CO<br>619 W PARK AVENUE<br>GREENWOOD MS 38930-2907 | CREDITOR ID: 260955-12<br>SHERWIN WILLIAMS CO<br>5613 PLANK RD<br>BATON ROUGE, LA 70805-2299 | CREDITOR ID: 260954-12<br>SHERWIN WILLIAMS CO<br>5560 RANGELINE RD<br>MOBILE AL 36619 |
| CREDITOR ID: 260953-12<br>SHERWIN WILLIAMS CO<br>5317 I 55 NORTH<br>JACKSON MS 39206-4105 | CREDITOR ID: 260952-12<br>SHERWIN WILLIAMS CO<br>390 K WICKHAM RD N<br>MELBOURNE FL 32935-8647 | CREDITOR ID: 260951-12<br>SHERWIN WILLIAMS CO<br>1655 TERRY ROAD<br>JACKSON MS 39204-3923 |
| CREDITOR ID: 260950-12<br>SHERWIN WILLIAMS CO<br>1601 D NORTH FRONTAGE ROAD<br>VICKSBURG MS 39180-4220 | CREDITOR ID: 260949-12<br>SHERWIN WILLIAMS CO<br>1551 HWY 80 E<br>CLINTON MS 39056-5357 | CREDITOR ID: 260948-12<br>SHERWIN WILLIAMS CO<br>1344 S RANGE AVE<br>DENHAM SPRINGS, LA 70726-4810 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260947-12<br>SHERWIN WILLIAMS CO<br>1300 SCHILLINGER RD S<br>MOBILE AL 36695-8954 | CREDITOR ID: 260946-12<br>SHERWIN WILLIAMS CO<br>117 BROADWAY DRIVE<br>HATTIESBURG MS 39401-5094 | CREDITOR ID: 397810-75<br>SHERWIN WILLIAMS CO<br>2416 NORTH BROAD STREET<br>SELMA, AL 36701 |
| CREDITOR ID: 268537-31<br>SHERWIN WILLIAMS CO DIST O<br>ATTN: PRESS CONNAR<br>3315 BOB WALLACE AVE SW<br>HUNTSVILLE AL 35805-4090 | CREDITOR ID: 260958-12<br>SHERWIN WILLIAMS COMPANY<br>1904 GOVERNMENT STREET<br>MOBILE AL 36606-1626 | CREDITOR ID: 260960-12<br>SHERWIN WILLIAMS CORP<br>205 MAR - LYN PLACE<br>BRANDON MS 39042 |
| CREDITOR ID: 260959-12<br>SHERWIN WILLIAMS CORP<br>1423 E CALHOUN AVENUE<br>YAZOO CITY MS 39194-2641 | CREDITOR ID: 260962-12<br>SHERWIN-WILLIAMS<br>501 N BENEVA RD<br>SARASOTA, FL 34232 | CREDITOR ID: 260961-12<br>SHERWIN-WILLIAMS<br>300 E JUDGE PEREZ - STE C<br>CHALMETTE LA 70043 |
| CREDITOR ID: 260963-12<br>SHERWIN-WILLIAMS CO<br>306A WADE HAMPTON BLVD<br>GREENVILLE SC 29609-5739 | CREDITOR ID: 260964-12<br>SHERWOOD BRANDS INC<br>PO BOX 85080<br>RICHMOND, VA 23285-4136 | CREDITOR ID: 260965-12<br>SHERWOOD FOOD DISTRIBUTORS<br>240 SHORLAND DRIVE SUITE 200<br>WALTON, KY 41094 |
| CREDITOR ID: 260966-12<br>SHERWOOD FOREST ELEMENTARY SCHOOL<br>4801 MAID MARIAN DR<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 260596-12<br>SHERWOOD, SCOTT<br>86273 FIELDSTONE DRIVE<br>YULEE, FL 32097 | CREDITOR ID: 260967-12<br>SHERYL KESSINGER<br>9603 HUDSON LANE<br>LOUISVILLE KY 40291 |
| CREDITOR ID: 407190-MS<br>SHEWBERT, TONY<br>5902 THORNHILL PLACE<br>FLOWERY BRANCH GA 30542 | CREDITOR ID: 260968-12<br>SHIELD PROTECTION SERVICE<br>2458 N GULF TERRA DRIVE<br>MOBILE AL 36605 | CREDITOR ID: 260969-12<br>SHIELDS PLAZA<br>E & A SOUTHEAST LIMITED PARTNERSHIP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1838-07<br>SHIELDS PLAZA<br>E&A SOUTHEAST LIMITED PARTNERSHIP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 388471-54<br>SHIELDS, JAMES<br>2100 ROWLING DALE<br>LEXINGTON, KY 40513 | CREDITOR ID: 407191-MS<br>SHIELDS, YVETTE<br>12401 W. OKEECHOBEE RD.<br>LOT 495<br>HIALEAH GARDENS FL 33016 |
| CREDITOR ID: 247641-12<br>SHIFFLET, DAVE<br>25-25507 TOWN SHIP ROAD<br>512 A<br>SPRUCE GROVE, AB T7Y 1A8<br>CANADA | CREDITOR ID: 268538-31<br>SHILOH COMMUNITY MINISTRIES OF<br>ATTN: LUTHER F ROLAND<br>1150 WESTVIEW DR SW<br>ATLANTA GA 30310-1326 | CREDITOR ID: 399753-84<br>SHINGLER, LUANN<br>17370 NE 37TH LANE<br>SILVER SPRINGS FL 34488 |
| CREDITOR ID: 400227-85<br>SHINGLER, LUANN<br>C/O DENNIS L. FINCH<br>DENNIS L. FINCH, P.A.<br>307 NE 36TH AVENUE, SUITE 2<br>OCALA FL 34470 | CREDITOR ID: 268539-31<br>SHIP PROGRAM<br>ATTN: AMANDA PERMENTER<br>477 HOUSTON ST FL 2<br>GREEN COVE SPRINGS FL 32043-2438 | CREDITOR ID: 241917-12<br>SHIPLEY, ALEXANDERA J<br>8605 LAKELAND BLVD<br>FT PIERCE FL 34951 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386672-54<br>SHIPLEY, LORI<br>HC 71  BOX 239T<br>ROSMAN NC 28772 | CREDITOR ID: 260970-12<br>SHIPPEY ELECTRIC MOTOR SVC<br>3540 BESSENT RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 377063-44<br>SHIRAH MD<br>4441 US HIGHWAY 431 NORTH<br>SUITE 1<br>PO BOX 1397<br>ROANOKE, AL 36274 |
| CREDITOR ID: 260971-12<br>SHIRL HERRING<br>1500 WALTON RESERVE BLVD<br>#6101<br>AUSTELL GA 30168 | CREDITOR ID: 260972-12<br>SHIRLEY A BEARDEN<br>160 SUMMER LAKE DRIVE<br>DALLAS GA 30157 | CREDITOR ID: 260973-12<br>SHIRLEY A BREWINGTON<br>HWY 125 NORTH<br>BOX 4244<br>TIFTON GA 31794 |
| CREDITOR ID: 260974-12<br>SHIRLEY A DYCHE<br>1818 SHADOW VIEW CIRCLE<br>MAITLAND FL 32751-7510 | CREDITOR ID: 260975-12<br>SHIRLEY A GRAVES<br>200 TIMBERLAKE # 69<br>BRANDON MS 39047 | CREDITOR ID: 260976-12<br>SHIRLEY A MILLER<br>3820 AIRLINE HWY<br>METAIRIE LA 70001 |
| CREDITOR ID: 260977-12<br>SHIRLEY A REDDING<br>1003 CYPRES STREET<br>VALDOSTA GA 31601 | CREDITOR ID: 260978-12<br>SHIRLEY BEAM<br>3315 43RD AVENUE<br>PLACE N E<br>HICKORY NC 28601 | CREDITOR ID: 260979-12<br>SHIRLEY BREEDLOVE<br>408 WALNUT STREET<br>DAWSON GA 39842 |
| CREDITOR ID: 260981-12<br>SHIRLEY DAVIS<br>5823 NE ROCKY FORD ROAD<br>MADISON FL 32340 | CREDITOR ID: 260983-12<br>SHIRLEY F JEFFERS<br>18028 THOMAS BLVD<br>HUDSON FL 34667 | CREDITOR ID: 381552-47<br>SHIRLEY HAYES<br>2075 REGENCY ROAD, APT 26<br>LEXINGTON, KY 40503 |
| CREDITOR ID: 260985-12<br>SHIRLEY HOLLIS<br>1083 BJ JACKSON ROAD<br>ROCK HILL SC 29732 | CREDITOR ID: 260987-12<br>SHIRLEY KINNEY<br>112 HATCHER ROAD<br>TOWNVILLE SC 29689 | CREDITOR ID: 260988-12<br>SHIRLEY MANGRUM<br>4594 DOYLE LAKES ROAD<br>EMPORIA VA 23847 |
| CREDITOR ID: 260989-12<br>SHIRLEY OGBORN<br>2072 PLUM CREEK ROAD<br>TAYLORSVILLE KY 40071 | CREDITOR ID: 260990-12<br>SHIRLEY PARKER<br>8647 NEPTUNE DRIVE<br>CINCINNATI OH 45231 | CREDITOR ID: 260991-12<br>SHIRLEY PEER<br>8701 C BIG TREE CIRCLE<br>LOUISVILLE KY 40220 |
| CREDITOR ID: 260992-12<br>SHIRLEY SHIPLEY<br>507 MONTGOMERY<br>BRENTWOOD MS 38930 | CREDITOR ID: 399696-YY<br>SHIRLEY SHOAF<br>114 YORK AVENUE<br>KANNAPOLIS NC 28083 | CREDITOR ID: 260993-12<br>SHIRLEY WHITE<br>112 MANCHESTER<br>JACKSON MS 39209 |
| CREDITOR ID: 376836-44<br>SHIRLEY, ROBERT<br>RAL DIV STORE# 1005<br>1 CURRY COURT<br>NORTH AUGUSTA, SC 29860 | CREDITOR ID: 260994-12<br>SHIRLEYS IRON WORKS INC<br>PO BOX 4009<br>GREENVILLE SC 29608-4009 | CREDITOR ID: 260995-12<br>SHIRVEY D KENNEDY<br>2 PINEYWOOD COURT<br>THOMASVILLE NC 27360 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400208-86<br>SHIVER, CATHERINE<br>1008 CHESTER DR.<br>CLEARWATER   FL 33756 | CREDITOR ID: 260996-12<br>SHL USA INC<br>DEPT 1464<br>DENVER, CO 80291 | CREDITOR ID: 260997-12<br>SHOALS MARKETPLACE LLC<br>%DICK SCHMALZ<br>6 OFFICE PARK CIRCLE STE 100<br>BIRMINGHAM AL 35223 |
| CREDITOR ID: 1839-RJ<br>SHOALS MARKETPLACE LLC<br>C/O DICK SCHMALZ<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM, AL 35223 | CREDITOR ID: 278558-24<br>SHOALS MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM AL 35223 | CREDITOR ID: 407192-MS<br>SHOEMAKER, JOHN<br>405 GOLDEN GATE COURT<br>LOUISVILLE KY 40243 |
| CREDITOR ID: 243307-12<br>SHOLTZ, BENJAMIN L<br>708 MAGNOLIA STREET<br>LAKE PLACID FL 33852 | CREDITOR ID: 260998-12<br>SHONDA R WILCOX<br>111 TURK COURT<br>FITZGERALD GA 31750 | CREDITOR ID: 260999-12<br>SHONFELDS USA<br>3100 S SUSAN STREET<br>SANTA ANA, CA 92704-6437 |
| CREDITOR ID: 261000-12<br>SHONIA A HOGAN<br>PO BOX 813<br>306 N CHERRY STREET<br>OCILLA GA 31774 | CREDITOR ID: 261001-12<br>SHONNA THOMAS<br>3947 CURRY STREET<br>COLUMBUS GA 31907 | CREDITOR ID: 261002-12<br>SHONTAY L JONES<br>2957 DAYTON STREET<br>BATON ROUGE LA 70805 |
| CREDITOR ID: 261003-12<br>SHONYA Y BRYANT<br>118 W EMPIRE DRIVE<br>BRANDON FL 33510 | CREDITOR ID: 279040-32<br>SHOOK, HARDY & BACON LLP<br>ATTN:  TODD W. RUSKAMP<br>2555 GRAND BOULEVARD<br>KANSAS CITY MO 64108-2813 | CREDITOR ID: 394046-61<br>SHOOK, HARDY & BACON, LLP<br>PO BOX 413635<br>KANSAS CITY, MO 64141 |
| CREDITOR ID: 389932-54<br>SHOOK, OPAL IRENE<br>3260 20TH AVE NE<br>HICKORY, NC 28601 | CREDITOR ID: 261004-12<br>SHOOTING STAR INC<br>2079 GALLATIN ROAD<br>CRYSTAL SPRINGS MS 39059 | CREDITOR ID: 261005-12<br>SHOPPER INC<br>3041 E OLIVE RD<br>PENSACOLA, FL 32514 |
| CREDITOR ID: 261006-12<br>SHOPPERS GUIDE<br>P O DRAWER J<br>ALICEVILLE AL 35442 | CREDITOR ID: 261007-12<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA, GA 30353-4101 | CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 406302-15<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN HARRY SEIDMAN, PRESIDENT<br>6734 NEWPORT LAKE CIRCLE<br>BOCA RATON FL 33494 | CREDITOR ID: 261008-12<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN AMY SEIDMAN<br>1717 E COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 261009-12<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 |
| CREDITOR ID: 2556-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 | CREDITOR ID: 261010-12<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 405559-95<br>SHOPPES OF LIBERTY CIT LLC<br>%REDEVCO ENTERPRISES/ ANDA T ASHKAR<br>7491 W OAKLAND PARK BLVD  STE 306<br>FT LAUDERDALE FL 33319 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261011-12<br>SHOPPING CENTER EQUITIES INC<br>1 SLEIMAN PARKWAY  STE 250<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 261012-12<br>SHOPPING CENTER GROUP INC<br>3101 TOWERCREEK PARKWAY<br>STE 200<br>ATLANTA, GA 30339 | CREDITOR ID: 261013-12<br>SHOPPING CENTER GROUP LLC<br>534 SETTLERS LANDING ROAD<br>HAMPTON, VA 23669 |
| CREDITOR ID: 407618-15<br>SHOPPING CENTER GROUP, LLC<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY ESQ<br>PIEDMONT CTR, SUITE 900, BLDG 11<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 2623-07<br>SHOPPING CENTER GROUP, THE<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 | CREDITOR ID: 261014-12<br>SHORE OIL CO, INC<br>PO BOX 85<br>TRINITY, NC 27370 |
| CREDITOR ID: 390315-54<br>SHORT, MARTIN<br>114CORA LANE<br>HAZELHURST MS 39083 | CREDITOR ID: 392728-55<br>SHORT, MARTIN<br>C/O: GREG REARDON<br>LAW OFFICE OF GREGORY REARDON L.L.C.<br>486 BROWN SWITCH RD<br>SLIDELL LA 70458 | CREDITOR ID: 256009-12<br>SHORT, MEGAN M<br>900 WOODLAND FOREST DRIVE<br>WAXHAW NC 28173-0854 |
| CREDITOR ID: 386996-54<br>SHORTER, MARQUEON<br>3129 OLD VILLA RICA RD<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 261015-12<br>SHOWPLACE COMMERCIAL PROPERTIES INC<br>2000 S DIXIE HWY STE 100<br>MIAMI, FL 33133 | CREDITOR ID: 2557-07<br>SHOWPLACE COMMERCIAL PROPERTIES INC<br>C/O EF HUTTON REALTY CORP<br>ATTN RAY ABBASSI, MGR<br>2000 S DIXIE HWY, SUITE 100<br>MIAMI FL 33133 |
| CREDITOR ID: 382266-51<br>SHPS<br>ATTN: KATHY CARWILE<br>11405 BLUEGRASS PARKWAY<br>LOUISVILLE, KY 40299 | CREDITOR ID: 382265-51<br>SHPS<br>ATTN: NICOLE LANE<br>400 GALLERIA PARKWAY, SUITE 1850<br>ATLANTA, GA 30339 | CREDITOR ID: 261016-12<br>SHPS INC HRS A/R<br>DEPARTMENT 8161<br>CAROL STREAM, IL 60122-8161 |
| CREDITOR ID: 407193-MS<br>SHPTAUGH, JOHN D.<br>3657 WINGED FOOT CR.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 261017-12<br>SHRED IT<br>PO BOX 18580<br>MEMPHIS, TN 38181-0580 | CREDITOR ID: 399697-YY<br>SHRED IT<br>2350 ALUMINUM DRIVE<br>HAMPTON VA 23661 |
| CREDITOR ID: 261018-12<br>SHRED IT NEW ORLEANS<br>ATTN AMBER TOUPS, SOC<br>110 WIDGEON DRIVE SUITE 100<br>ST ROSE, LA 70087 | CREDITOR ID: 261019-12<br>SHRED IT NORTH CAROLINA<br>ATTN YVONNE JOHNSON<br>PO BOX 28<br>ALAMANCE, NC 27201-0028 | CREDITOR ID: 261020-12<br>SHRED-IT<br>10115 PRODUCTION COURT<br>LOUISVILLE, KY 40299 |
| CREDITOR ID: 268540-31<br>SHREVEPORT NORTH DEVELOPMENT<br>ATTN: FRANCENE MILLER<br>1500 N MARKET ST STE A110<br>SHREVEPORT LA 71107-6550 | CREDITOR ID: 261021-12<br>SHRM<br>PO BOX 791139<br>BALTIMORE, MD 21279 | CREDITOR ID: 261022-12<br>SHRM JACKSONVILLE<br>1234 KING STREET<br>JACKSONVILLE, FL 32204 |
| CREDITOR ID: 387397-54<br>SHUGART, RONALD<br>4800 AVE D<br>SAINT AUGUSTINE, FL 32095 | CREDITOR ID: 261023-12<br>SHULTZ FOODS<br>PO BOX 993<br>W CHESTNUT ST & BLETTNER AVE<br>HANOVER, PA 17331-0993 | CREDITOR ID: 260021-12<br>SHULTZ, ROSSLINE E<br>11701 NW 39 PLACE<br>SUNRISE, FL 33323 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 242812-12
SHULTZE, AURELIA
6674 SE 180TH AVE ROAD
OCKLAWAHA, FL 32179

CREDITOR ID: 399885-84
SHUMAN, INA P
1078 DN BEASLEY RD
CLAXTON GA 30417

CREDITOR ID: 407194-MS
SHUMAN, MARCUS R
9069 WANDER ABOUT CT
JACKSONVILLE FL 32221

CREDITOR ID: 261024-12
SHUMATE REFRIGERATION SERVICES
124 P RICKMAN INDUSTRIAL DRIVE
CANTON, GA 30115

CREDITOR ID: 407195-MS
SHUMATE, JERRY
4694 CHANNING PARKWAY
ROCK HILL SC 29732

CREDITOR ID: 261026-12
SHUR GOOD BISCUIT CO
ATTN: TRICIA
4TH FLOOR OFFICE TOWER
2950 ROBERTSON AVE 4TH FLR
CINCINNATI OH 45209

CREDITOR ID: 261027-12
SHUREKA N HARGROVE
25 JONES TOWNE LANE
WARRENTON NC 27589

CREDITOR ID: 407587-15
SHUTE, SADIE LEE
454 SCHUSSE LANE
MOBILE AL 36617

CREDITOR ID: 388224-54
SHUTE, SAM
701 NAPOLEON CT
RIDGELAND MS 39157

CREDITOR ID: 399574-82
SHUTE-HOUSTON, DEMETRIUS
1253 BALTIMORE STREET
MOBILE  AL 36605

CREDITOR ID: 405923-99
SHUTTS & BOWEN LLP
ATTN: ANDREW BRUMBY
300 SOUTH ORANGE AVE, STE 1000
ORLANDO FL 32801

CREDITOR ID: 261028-12
SHWANDA V THOMAS
304 MINERAL SPRINGS ROAD
LOUISBURG NC 27549

CREDITOR ID: 261029-12
SIDEL
6015 31ST STREET EAST
BRADENTON, FL 34203-5382

CREDITOR ID: 261030-12
SIDES GLASS
1701 PLEASANT HILL ROAD
WETUMPKA AL 36092

CREDITOR ID: 387368-54
SIDLOSKAS, GEORGE
804 BROOKHAVEN ROAD
ANNISTON, AL 36207

CREDITOR ID: 261031-12
SIDNEY A EVANS JR
905 MABRY MILL ROAD
HENDERSON NC 27536

CREDITOR ID: 261033-12
SIDNEY D HAYWOOD
230 RANDALL ROAD
CECIL AL 36013

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
340 ROYAL POINIANNA WAY  #305
PALM BEACH, FL 33480

CREDITOR ID: 261034-12
SIDNEY KOHL COMPANY
340 ROYAL POINIANNA WAY  #305
PALM BEACH FL 33480

CREDITOR ID: 399714-53
SIDNEY MINE
HIGHWAY 60
BRANDON FL 33594

CREDITOR ID: 388043-54
SIEG, ANGELA
4304 78TH STREET WEST
BRADENTON, FL 34210

CREDITOR ID: 386933-54
SIEG, BRANDON
17 MARIO ROOAD
SANTA ROSA BEACH FL 32459

CREDITOR ID: 261036-12
SIEGE CHEMICAL COMPANY
6340 VIA TIERRA
BOCA RATON, FL 33433

CREDITOR ID: 407438-15
SIEGENDORF, DONALD DDS
AG EDWARDS & CONS C/F
ROLLOVER IRA ACCOUNT
3370 NE 190 ST #3415
AVENTURA FL 33180-2466

CREDITOR ID: 261038-12
SIEMENS BUILDING TECHNOLOGIES
SECURITY SYSYTEMS DIVISION
DEPT CH 10521
PALANTINE IL 60055-0521

CREDITOR ID: 261039-12
SIEMENS CERBERUS
PO BOX 945658
ATLANTA GA 3039475658

CREDITOR ID: 261040-12
SIEMENS ENERGY & AUTOMATION
BANK OF AMERICA
PO BOX 91433
CHICAGO IL 60693

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261041-12<br>SIEMENS ENTERPRISE NETWORKS, LLC<br>P.O. BOX 99076<br>CHICAGO IL 60693-9076 | CREDITOR ID: 385512-54<br>SIEN, JAN<br>13795 CLAVELL AVE<br>FORT PIERCE, FL 34951 | CREDITOR ID: 390811-55<br>SIEN, JAN<br>C/O: H. RANDAL BRENNAN<br>BRENNAN & KRETSCHMER<br>1443 TWENTIETH ST.<br>STE. F<br>VERO BEACH FL 32961-0520 |
| CREDITOR ID: 268541-31<br>SIERRA CLUB<br>ATTN: DELL ISHAM<br>1314 LINCOLN ST<br>COLUMBIA SC 29201-3173 | CREDITOR ID: 261042-12<br>SIERRA D TRAINOR<br>115 BUCKSKIN COURT<br>ALVARDO TX 76009 | CREDITOR ID: 261043-12<br>SIERRA STORE SYSTEMS INC<br>ATTN: DUANE DREWES, PRES<br>7749 DE LONG WAY<br>SEMINOLE, FL 33776 |
| CREDITOR ID: 407196-MS<br>SIERVELD, LEONARD R.<br>7828 MAUI PLACE<br>DIAMONDHEAD MS 39525 | CREDITOR ID: 261044-12<br>SIF CANADA LTD<br>ATTN KIMBERLY ACHESON<br>39 MOOD ROAD<br>PO BOX 163<br>TUSKET, NS B0W 3M0<br>CANADA | CREDITOR ID: 261045-12<br>SIFMA OCC MED<br>1600 FOREST AVENUE<br>MONTGOMERY, AL 36106 |
| CREDITOR ID: 261046-12<br>SIFTER PARTS & SERVICE INC<br>PO BOX 7560<br>WESLEY CHAPEL FL 33543 | CREDITOR ID: 261047-12<br>SIG BEVERAGES NORTH AMERICA INC<br>PO BOX 848469<br>DALLAS, TX 75284-8469 | CREDITOR ID: 261048-12<br>SIG DOBOY INC<br>ATTN ROXANE CARROLL, CR SPECIALIST<br>NW-9025 BOX 1450<br>MINNEAPOLIS MN 55485-9025 |
| CREDITOR ID: 261049-12<br>SIG PACK SERVICES INC<br>36809 TREASURY CENTER<br>CHICAGO IL 60694-6800 | CREDITOR ID: 261050-12<br>SIGNATURE WASTE SYSTEMS INC<br>PO BOX 7349<br>CHARLOTTE, NC 28241 | CREDITOR ID: 261051-12<br>SIGMA ALDRICH INC<br>PO BOX 932594<br>ATLANTA GA 31193-2594 |
| CREDITOR ID: 261052-12<br>SIGN A RAMA<br>4505 OUTERLOOP<br>LOUISVILLE KY 40219 | CREDITOR ID: 261053-12<br>SIGN PLANT<br>ATTN SCOTT GARRETT, CONTROLLER<br>PO BOX 4239<br>MERIDIAN MS 39304 | CREDITOR ID: 261054-12<br>SIGN SOURCE<br>102 N STATESVILLE ROAD<br>SUITE B8<br>HUNTERSVILLE NC 28078 |
| CREDITOR ID: 261055-12<br>SIGNAL INDUSTRIAL PRODUCTS<br>1601 COWART ST<br>CHATTANOOGA TN 37408 | CREDITOR ID: 261056-12<br>SIGNATURE BRANDS LLC<br>PO BOX 198391<br>ATLANTA, GA 30384-8391 | CREDITOR ID: 405561-95<br>SIGNATURE BRANDS LLC<br>PO BOX 279<br>ATTN: ACCTS REC<br>OCALA FL 34478-0279 |
| CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>ATTN: ROBERT E MUNN<br>PO BOX 279<br>OCALA FL 34478 | CREDITOR ID: 261057-12<br>SIGNATURE FRUIT COMPANY LLC<br>12652 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 261058-12<br>SIGNATURE SYSTEMS OF FLORIDA<br>150 WILSHIRE BLVD<br>CASSELBERRY, FL 32707 |
| CREDITOR ID: 399698-YY<br>SIGNATURE WASTE SYSTEMS INC<br>PO BOX 7349<br>CHARLOTTE NC 28241 | CREDITOR ID: 399291-15<br>SIGNATURE WASTE SYSTEMS, INC.<br>ATTN JOE SWINFORD, PRES<br>PO BOX 7349<br>CHARLOTTE NC 28241 | CREDITOR ID: 261059-12<br>SIGNET MARKING DEVICES<br>3121 RED HILL AVE<br>COSTA MESA CA 92626 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261060-12<br>SIGNS & DESIGNS<br>ATTN: BENNENT LANCASTER<br>PO BOX 7911<br>1104 GREEN TEE LANE<br>ROCKY MOUNT, NC 27804 | CREDITOR ID: 405562-95<br>SIGNS & DESIGNS<br>1137 JEFFREYS ROAD<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 261061-12<br>SIGNS & PICTURE FRAMES<br>1925 SOUTH 14TH STREET<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 261062-12<br>SIGNS IN ONE DAY<br>14 FOREST HILLS DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 261063-12<br>SIGNS IN SECONDS<br>PO BOX 363<br>MONTGOMERY, AL 36101 | CREDITOR ID: 405563-95<br>SIGNS IN SECONDS<br>1426 MADISON AVE<br>MONTGOMERY AL 36107 |
| CREDITOR ID: 261064-12<br>SIGNS NOW #40<br>5115 S BLVD<br>CHARLOTTE NC 28217 | CREDITOR ID: 261065-12<br>SIGNS NOW #85<br>1003 S ORLANDO AVENIE<br>WINTER PARK FL 32789 | CREDITOR ID: 261066-12<br>SIGNS PLUS<br>PO BOX 71415<br>TUSCALOOSA AL 35405 |
| CREDITOR ID: 381404-47<br>SIGOUIN, MARTINE<br>120 BAYBERRY LANE<br>CRANBERRY TWP, PA 16066 | CREDITOR ID: 261067-12<br>SIKON CONSTRUCTION CORPORATION<br>7000 W PALMETTO PARK ROAD<br>SUITE 203<br>BOCA RATON FL 33433 | CREDITOR ID: 261068-12<br>SILAS CONSTRUCTION<br>2344 COUNTY ROAD 66<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 261069-12<br>SILAS M MANYARA<br>5342 COTTAGE LANE<br>HOOVER AL 35220 | CREDITOR ID: 388522-54<br>SILAS, DIONA<br>8780 WILLIAMS R.D.<br>SEFFNER, FL 33584 | CREDITOR ID: 392601-55<br>SILAS, DIONA<br>C/O: DICK GRECO, JR.<br>MORGAN, COLLING & GILBERT<br>101 E. KENNEDY STE 1790<br>TAMPA FL 33615 |
| CREDITOR ID: 261070-12<br>SILCO FIRE PROTECTION COMPANY<br>10765 MEDALLION DR<br>CINCINNATI OH 45241 | CREDITOR ID: 261071-12<br>SILENT SENTRY ELECTRONIC SEC INC<br>309  MENDEL PKWY<br>MONTGOMERY, AL 36117 | CREDITOR ID: 403936-94<br>SILER, LEE<br>111 BULLDOG CIRCLE<br>FITZGERALD GA 31750 |
| CREDITOR ID: 242470-12<br>SILES, APRIL D<br>426 DUBARRY PLACE<br>CHALMETTE LA 70043 | CREDITOR ID: 261072-12<br>SILGAN CLOSURES LLC<br>PO BOX 404031<br>ATLANTA, GA 30384-3403 | CREDITOR ID: 261075-12<br>SILGAN PLASTICS CORP<br>PO BOX 951718<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 261074-12<br>SILGAN PLASTICS CORP<br>DALLAS PIKE INDUSTRIAL PARK<br>RD 1 BOX 252<br>TRIADELPHIA, WV 26059 | CREDITOR ID: 261073-12<br>SILGAN PLASTICS CORP<br>22831 NETWORK PLACE<br>CHICAGO, IL 60673-1228 | CREDITOR ID: 405564-95<br>SILGAN PLASTICS CORP<br>PO BOX  54<br>OTTAWA OH 45875 |
| CREDITOR ID: 382112-51<br>SILGAN PLASTICS CORPORATION<br>RD 1 BOX 252<br>TRIADELPHIA, WV 26059 | CREDITOR ID: 261076-12<br>SILLIKER INC<br>3155 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 407407-15<br>SILLIKER, INC<br>ATTN RITA MOORE, A/R SUPV<br>900 MAPLE ROAD<br>HOMEWOOD IL 60430 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261077-12<br>SILLIMAN FLUID POWER<br>5718 15TH STREET EAST<br>BRADENTON FL 34203 | CREDITOR ID: 242881-12<br>SILVA, AYBEL<br>2497 43 STREET SW<br>NAPLES FL 34116 | CREDITOR ID: 244564-12<br>SILVA, CARLOS<br>1277 NW 34TH STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 385741-54<br>SILVA, GLORIA<br>715 SUNNY PINE WAY #F1<br>GREENACRES, FL 33415 | CREDITOR ID: 391018-55<br>SILVA, GLORIA<br>C/O IURILLO & ASSOCIATES, PA<br>ATTN CAMILLE J IURILLO ESQ<br>600 FIRST AVENUE NORTH, SUITE 308<br>ST PETERSBURG FL 33701 | CREDITOR ID: 391018-55<br>SILVA, GLORIA<br>C/O JOSE G RODRIGUEZ ESQUIRE<br>2240 PALM BEACH LAKES BLVD STE 200<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 387917-54<br>SILVA, LUCRECIA<br>10251 SW 108TH ST<br>MIAMI, FL 33176 | CREDITOR ID: 392201-55<br>SILVA, LUCRECIA<br>C/O: ROSA LOPEZ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 392201-55<br>SILVA, LUCRECIA<br>C/O LAW OFFICES OF FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 391845-55<br>SILVA, MARGUERITE DE<br>C/O: WILLIAM E. MURA, JR.<br>WARREN A. FORSTALL, JR.<br>320 N. CARROLLTON AVENUE<br>STE. 200<br>NEW ORLEANS LA 70119-5111 | CREDITOR ID: 387260-54<br>SILVA, MARGUERITE DE<br>4459 WOODLAND DR #A<br>NEW ORLEANS, LA 70182 | CREDITOR ID: 261078-12<br>SILVER AND ARCHIBALD, LLP<br>225 HILL STREET<br>ATHENS GA 30603 |
| CREDITOR ID: 403469-99<br>SILVER COMPANIES, THE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN: DAVID L POLLACK, ESQ<br>51ST FL - MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 403469-99<br>SILVER COMPANIES, THE<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: ALAN M WEISS, ESQ<br>15 NORTH LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 384358-47<br>SILVER EAGLE DIST KEY WEST<br>1000 PARK COMMERCE BLVD<br>HOMESTEAD, FL 33035 |
| CREDITOR ID: 261079-12<br>SILVER LAKE COOKIE CO INC<br>141 FREEMAN AVE<br>ISLIP, NY 11751 | CREDITOR ID: 261080-12<br>SILVER PALATE<br>300 KNICKERBOCKER RD<br>CRESSKILL, NJ 07626 | CREDITOR ID: 261081-12<br>SILVER SAND INC<br>ATTN JOYCE BOWEN, VP<br>6035 BOWEN BRIDGE RD<br>PO BOX 96<br>CLERMONT, GA 30527 |
| CREDITOR ID: 261082-12<br>SILVER SPRINGS BOTTLED WATER<br>PO BOX 926<br>SILVER SPRINGS, FL 34489 | CREDITOR ID: 261083-12<br>SILVER SPRINGS CITRUS, INC<br>PO BOX 931766<br>ATLANTA GA 31193-1766 | CREDITOR ID: 406132-15<br>SILVER SPRINGS CITRUS, INC<br>ATTN MIKE HALL, TREAS<br>25411 MARE AVENUE<br>PO BOX 155<br>HOWEY IN THE HILLS FL 34737 |
| CREDITOR ID: 261084-12<br>SILVER SPRINGS GARDENS INC<br>PO BOX 360<br>EAU CLAIRE, WI 54702-0360 | CREDITOR ID: 407521-93<br>SILVER SPURS ARENA<br>ATTN: MICHELLE HARRIS<br>1875 SILVER SPUR LANE<br>KISSIMMEE FL 34744 | CREDITOR ID: 261085-12<br>SILVER TRAY COOKIES<br>745 WEST 18 STREET<br>HIALEAH FL 33010-2424 |
| CREDITOR ID: 388481-54<br>SILVERA, MICHELLE<br>32 ANN LEE LANE<br>TAMARAC, FL 33319 | CREDITOR ID: 261086-12<br>SILVERGREEN LLC<br>12250 SOUTHWEST 132ND COURT, UNIT 1<br>MIAMI, FL 33186 | CREDITOR ID: 405565-95<br>SILVERGREEN LLC<br>12323 SOUTHWEST 133 COURT<br>MIAMI FL 33186 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257688-12<br>SILVERSMITHS, ONEIDA<br>PO BOX 651332<br>CHARLOTTE, NC 28265-1332 | CREDITOR ID: 381145-47<br>SILVIA CRUZ<br>3512 SW 88TH PLACE<br>MIAMI, FL 33165 | CREDITOR ID: 265137-12<br>SIMIEN, YVETTE<br>1837 NORTH PRATER STREET<br>LAKE CHARLES, LA 70601 |
| CREDITOR ID: 377076-44<br>SIMILASAN CORP<br>1745 SHEA CENTER DRIVE, SUITE 380<br>HIGHLANDS RANCH, CO 80129 | CREDITOR ID: 384359-47<br>SIMILASAN INC<br>ATTN SCOTT AUSTIN, FIN DIR<br>1745 SHEA CENTER DRIVE, SUITE 380<br>HIGHLANDS RANCH, CO 80129 | CREDITOR ID: 261088-12<br>SIMKINS INDUSTRIES INC<br>PO BOX 40000 DEPT 0271<br>HARTFORD, CT 06151-0271 |
| CREDITOR ID: 261089-12<br>SIMMONS & HARRIS INC<br>PO BOX 1398<br>ROCKY MOUNT, NC 27802 | CREDITOR ID: 2559-RJ<br>SIMMONS & HARRIS INC<br>PO BOX 1398<br>ROCKY MOUNT, NC 27802 | CREDITOR ID: 399449-15<br>SIMMONS ALLIED PET FOOD CO, INC<br>C/O CONNER & WINTERS, LLP<br>ATTN ANDREW R TURNER, ESQ<br>3700 FIRST PLACE TOWER<br>15 EAST FIFTH STREET<br>TULSA OK 74103-4344 |
| CREDITOR ID: 399449-15<br>SIMMONS ALLIED PET FOOD CO, INC<br>ATTN WILLIAM B SMITH<br>PO BOX 430<br>SILOAM SPRINGS AR 72761 | CREDITOR ID: 261090-12<br>SIMMONS ALLIED PET FOOD INC<br>PO BOX 201483<br>DALLAS, TX 75320-1483 | CREDITOR ID: 279329-35<br>SIMMONS ALLIED PET FOODS, INC<br>ATTN: TERRI CHADICK<br>CONNER & WINTERS<br>100 WEST CENTER STREET<br>SUITE 200<br>FAYETTEVILLE AR 72701 |
| CREDITOR ID: 279392-36<br>SIMMONS ALLIED PET FOODS, INC<br>C/O TERRI DILL CHADICK<br>CONNER & WINTERS<br>100 WEST CENTER STREET, SUITE 200<br>FAYETTEVILLE  AK 72701 | CREDITOR ID: 261091-12<br>SIMMONS CATFISH<br>ATTN: HARRY SIMONS JR, PRES<br>2628 ERICKSON ROAD<br>YAZOO CITY, MS 39194 | CREDITOR ID: 393714-58<br>SIMMONS CORPORATE<br>C/O SIMMONS CORP.<br>ONE CONCOURSE PKWY STE. 800<br>ATLANTA, GA 30328 |
| CREDITOR ID: 261092-12<br>SIMMONS POWER TOOL SERVICE<br>1731 SOUTH MAIN<br>SALISBURY NC 28144 | CREDITOR ID: 261093-12<br>SIMMONS WRECKER SERVICE INC<br>7610 HIGHWAY 45 NORTH<br>MERIDIAN, MS 39305-9442 | CREDITOR ID: 386039-54<br>SIMMONS, CASSANDRA<br>92 SHANKLIN RD LOT 5<br>BEAUFORT, SC 29906 |
| CREDITOR ID: 391243-55<br>SIMMONS, CASSANDRA<br>C/O: DARRELL THOMAS JOHNSON, JR.<br>DARRELL THOMAS JOHNSON, JR., LLC<br>P. O. BOX 1125<br>HARDEEVILLE SC 29927 | CREDITOR ID: 245320-12<br>SIMMONS, CHRISTINA N<br>156 LEADER AVENUE<br>APT 4<br>LEXINGTON KY 40504 | CREDITOR ID: 386305-54<br>SIMMONS, GEORGE F<br>1541 LOWE ROAD<br>COMER GA 30629 |
| CREDITOR ID: 391410-55<br>SIMMONS, GEORGE F<br>C/O: MIKE MURBURG, ESQUIRE<br>MIKE MURBURG, ESQ.<br>6927 SAHDY ACRES BLVD<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 398004-76<br>SIMMONS, JENNIFER<br>2155 HIGHWAY 82<br>CENTREVILLE, AL 35042 | CREDITOR ID: 407197-MS<br>SIMMONS, KENNETH<br>9477 BERKLEY GLEN WAY<br>ELK GROVE CA 95624 |
| CREDITOR ID: 385474-54<br>SIMMONS, LINDA<br>2825 BARNETT HWY<br>BREWTON, AL 36426 | CREDITOR ID: 390775-55<br>SIMMONS, LINDA<br>C/O: R. EDWARD MASSEY, JR., ESQ.<br>CLAY, MASSEY & ASSOCIATES, P.A.<br>509 CHURCH ST.<br>MOBILE AL 36602 | CREDITOR ID: 386221-54<br>SIMMONS, MARK<br>P.O. BOX 1631<br>MOUNT DORA FL 32756 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391360-55<br>SIMMONS, MARK<br>C/O: FRANK JOHNSON, ESQ.<br>1080 WOODCOCK DRIVE #266<br>ORLANDO FL 32803 | CREDITOR ID: 407198-MS<br>SIMMONS, MICHAEL J.<br>331 MARYLAND<br>ST. CLOUD FL 32769 | CREDITOR ID: 403408-92<br>SIMMONS, TRELLICE A.<br>620 CROWNE RESERVE DRIVE<br>HOOVER AL 35244 |
| CREDITOR ID: 388950-54<br>SIMMS, GEORGE<br>C/O J WAYNE MUMPHREY<br>PO BOX 90<br>CHALMETTE, LA 70044 | CREDITOR ID: 388950-54<br>SIMMS, GEORGE<br>C/O KEITH COUTURE ATTORNEY AT LAW<br>ATTN KEITH COUTURE ESQ<br>PO BOX 2291<br>CHALMETTE LA 70044 | CREDITOR ID: 268542-31<br>SIMON GREEN ATKINS DEVELOPMENT<br>ATTN: CAROL DAVIS<br>770 N MARTIN LUTHER KING<br>WINSTON SALEM NC 27110-0001 |
| CREDITOR ID: 261094-12<br>SIMON HUBIG PIE CO<br>2417 DAUPHINE STREET<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 844-03<br>SIMON PROPERTY GROUP<br>PO BOX 2004<br>INDIANAPOLIS IN 46255 | CREDITOR ID: 2560-07<br>SIMON PROPERTY GROUP<br>ATTN:INDIANAPOLIS COMMUNITY CE<br>PO BOX 7033<br>INDIANAPOLIS IN 46207 |
| CREDITOR ID: 399415-99<br>SIMON PROPERTY GROUP<br>ATTN RONALD TUCKER<br>115 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 261095-12<br>SIMON ROOFING AND SHEET METAL CORP<br>PO BOX 951109<br>CLEVELAND, OH 44193 | CREDITOR ID: 399378-15<br>SIMON ROOFING AND SHEET METAL CORP<br>ATTN KELLY L MOROCCO<br>70 KARAGO AVENUE<br>YOUNGSTOWN OH 44512 |
| CREDITOR ID: 2128-07<br>SIMON, CHARLES<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 | CREDITOR ID: 1193-07<br>SIMON, CHARLES, TRUSTEE<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA, FL 33180-1869 | CREDITOR ID: 248582-12<br>SIMON, DUSTIN<br>1241 OLDE OAKS DRIVE<br>WESTWEGO, LA 70094 |
| CREDITOR ID: 256083-12<br>SIMON, MERDIE<br>301 9TH STREET<br>GUEYDAN LA 70542 | CREDITOR ID: 256185-12<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | CREDITOR ID: 247663-12<br>SIMPKINS, DAVID E<br>6120 LAKE WHEELER ROAD<br>RALEIGH, NC 27601 |
| CREDITOR ID: 395719-65<br>SIMPLEX<br>1440 W INDIANTOWN RD #250<br>JUPITER FL 33458-7997 | CREDITOR ID: 261097-12<br>SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 | CREDITOR ID: 261098-12<br>SIMPLEX GRINNELL<br>PO BOX  3711 7O M<br>PITTSBURGH PA 15251 |
| CREDITOR ID: 395720-65<br>SIMPLEX GRINNELL<br>9826 SOUTHERN PINE BLVD.<br>CHARLOTTE, NC 28273 | CREDITOR ID: 405568-95<br>SIMPLEX GRINNELL<br>6450 METRO PLEX<br>FT MYERS FL 33912 | CREDITOR ID: 261099-12<br>SIMPLEX GRINNELL  LP<br>C/O MELLON BANK<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 |
| CREDITOR ID: 261100-12<br>SIMPLEX TIME RECORDER COMPANY<br>DEPT CH 10320<br>PALATINE IL 60055-0320 | CREDITOR ID: 261101-12<br>SIMPLEXGRINNEL LP<br>859 BUTLER DRIVE<br>MOBILE AL 36693-5112 | CREDITOR ID: 261104-12<br>SIMPLEXGRINNELL<br>PO BOX 120001<br>DEPT 0856<br>DALLAS TX 75312-0856 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261103-12<br>SIMPLEXGRINNELL<br>6641 RAMONA BLVD<br>JACKSONVILLE FL 32205 | CREDITOR ID: 261102-12<br>SIMPLEXGRINNELL<br>220 LYNBROOK BLVD<br>SHREVEPORT LA 71106 | CREDITOR ID: 395356-63<br>SIMPLEXGRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 |
| CREDITOR ID: 261105-12<br>SIMPLIFIED LOGISTICS<br>6030 BETHELVIEW ROAD<br>SUITE 301<br>CUMMING GA 30040 | CREDITOR ID: 261106-12<br>SIMPLY LITE FOODS CORP<br>74 MALL DRIVE<br>COMMACK NY 11725 | CREDITOR ID: 261107-12<br>SIMPSON AUTO CLINICQ<br>136 RIP WILEY RD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 261108-12<br>SIMPSON COUNTY NEWS<br>PO BOX 97<br>MENDENHALL, MS 39114 | CREDITOR ID: 383145-99<br>SIMPSON LAW OFFICE<br>ATTN: JAMES W MARTIN<br>ONE SECURITIES CENTER<br>SUITE 300<br>3490 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 386138-54<br>SIMPSON, ALTAMEASE<br>1714 SW 101 WAY<br>MIRAMAR, FL 33023 |
| CREDITOR ID: 391314-55<br>SIMPSON, ALTAMEASE<br>C/O BERNSTEIN AND MARYANOFF<br>ATTN K MENESES, CASE MGR<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 243431-12<br>SIMPSON, BETTY<br>3710 NW 10TH AVENUE<br>MIAMI, FL 33127 | CREDITOR ID: 393052-55<br>SIMPSON, DEBRA<br>C/O: LEE D. ANDREWS, ESQUIRE<br>LEE D ANDREWS<br>PO BOX 21472<br>GREENSBORO NC 27420 |
| CREDITOR ID: 388164-54<br>SIMPSON, MARGARET<br>3918 RUBY AVE APT 305<br>RACINE WI 53402 | CREDITOR ID: 261110-12<br>SIMS CRANE & EQUIPMENT<br>PO BOX 11825<br>TAMPA, FL 33680 | CREDITOR ID: 261111-12<br>SIMS WHOLESALE<br>3245 FORREST BROOKE DR<br>LYNCHBURG, VA 24501 |
| CREDITOR ID: 394229-56<br>SIMS, CATHERINE<br>914 POST RD CIR<br>STONE MOUNTAIN, GA 30088 | CREDITOR ID: 391991-55<br>SIMS, DORIS J<br>C/O: DOES NOT REPRESENT IA<br>JAMES WEIDNER, PA<br>146 PROFESSIONAL PARK DRIVE<br>CLARKESVILLE GA 30523 | CREDITOR ID: 387456-54<br>SIMS, DORIS J<br>281 FAYE POTTS ROAD<br>CLARKESVILLE GA 30523 |
| CREDITOR ID: 391694-55<br>SIMS, EBONE P<br>C/O: SCOTT STONE<br>WHIBBS & WHIBBS, P.A.<br>105 E. GREGORY SQUARE<br>PENSACOLA FL 32502 | CREDITOR ID: 390412-54<br>SIMS, EBONE P<br>6928 OTTO AVE<br>PENSACOLA FL 32503 | CREDITOR ID: 385278-54<br>SIMS, HENRIETTA<br>2724 20TH ST W<br>BIRMINGHAM, AL 35208 |
| CREDITOR ID: 390586-55<br>SIMS, HENRIETTA<br>C/O: DIRK THOMAS, ESQUIRE<br>GOLDBERG AND ASSOCIATES<br>1910 3RD AVENUE NORTH, STE 500<br>BIRMINGHAM AL 35203 | CREDITOR ID: 387195-54<br>SIMS, JOHN<br>14450 MAYS ROAD<br>GULFPORT, MS 39503 | CREDITOR ID: 391782-55<br>SIMS, JOHN<br>C/O: MR. WARREN L. CONWAY, ESQUIRE<br>CONWAY & MARTIN<br>PO BOX 757<br>GULFPORT MS 39502 |
| CREDITOR ID: 388564-54<br>SIMS, LARRY<br>3445 NW 214 STREET<br>MIAMI FL 33056 | CREDITOR ID: 407199-MS<br>SIMS, LEE R<br>3949 MARIE COOK DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 386247-54<br>SIMS, MARIA<br>10 AZTEC COURT<br>TOMS RIVER NJ 08757 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 391374-55
SIMS, MARIA
C/O: MITCHELL LELAND WYLE, ESQ.
MICHAEL L WYLE PA
714 N. SPRING ST
PO BOX  1173
PENSACOLA FL 32598-1713

CREDITOR ID: 386799-54
SIMS, MELISSA
75 GRAHAM TRAIL
CRAWFORDVILLE FL 32327

CREDITOR ID: 391685-55
SIMS, MELISSA
C/O: PAUL F. HARTSFIELD   JR.
4913 NORTH MONROE STREET
TALLAHASSEE FL 32303

CREDITOR ID: 397841-76
SIMZER, CHARLES
2019 B. SOUTH SEACREST BOULEVARD
BOYNTON  BEACH, FL 33435

CREDITOR ID: 389634-54
SINATRA, ANTHONY
5400 SW 63 CT
MIAMI, FL 33155

CREDITOR ID: 377079-44
SINBAD SWEETS INC
2585 N LARKIN AVE
FRESNO, CA 93727

CREDITOR ID: 261112-12
SINCLAIR & VALENTINE
480 AIRPORT BLVD
WATSONVILLE, CA 95076

CREDITOR ID: 2948-04
SINCLAIR DISPOSAL SERVICE
PO BOX 612
MILLEDGEVILLE GA 31059

CREDITOR ID: 261113-12
SINCLAIR DISPOSAL SERVICES
PO BOX 9001795
LOUISVILLE, KY 40290-1795

CREDITOR ID: 407200-MS
SINCLAIR, JOHN
8237 FOREST RD.
CINNCINATTI OH 45255

CREDITOR ID: 385661-54
SINCLAIR, MILDRED
1370 NW 60TH STREET
MIAMI, FL 33142

CREDITOR ID: 390947-55
SINCLAIR, MILDRED
C/O: ROBERT M. RUBENSTEIN
LAW OFFICES OF ROBERT RUBENSTEIN
9350 FINANCIAL CENTRE
9350 S. DIXIE HIGHWAY STE.1110
MIAMI FL 33156

CREDITOR ID: 386038-54
SINCLAIR, YOLANDA
3570 WILLOW TREE TRACE
DECATUR, GA 30034

CREDITOR ID: 391242-55
SINCLAIR, YOLANDA
C/O: DANIEL F. CASTRO
CASTRO LAW
4974 HIGHWAY 78
SUITE 100
LILBURN GA 30047

CREDITOR ID: 278560-24
SINGER, DR. HERBERT
11731 CHAPARAL STREET
LOS ANGELES CA 90049

CREDITOR ID: 315840-40
SINGER, HERBERT
11731 CHAPARAL STREET
LOS ANGELES, CA 90049

CREDITOR ID: 400926-91
SINGER, MAITA P
3073 BAY SHORE DR
TALLAHASSEE FL 32309

CREDITOR ID: 261114-12
SINGH TRUCKING CO
6275 WEST BULLARD
FRESNO CA 93722

CREDITOR ID: 386469-54
SINGH, AVINAASH
4715 OSAGE COURT
ARLINGTON TX 76018

CREDITOR ID: 261115-12
SINGING RIVER ELECT POWER
PO BOX 767
LUCEDALE, MS 39452-0767

CREDITOR ID: 845-03
SINGING RIVER ELECTRIC POWER ASSN.
ATTN LEE HEDEGAARD, CEO
11187 HIGHWAY 63 SOUTH
PO BOX 767
LUCEDALE MS 39452

CREDITOR ID: 261116-12
SINGLE C ENTERPRISES
133 B DAVIS ROAD
ZEBULON NC 27597

CREDITOR ID: 261117-12
SINGLE SHEET INC
PO BOX 410404
CHARLOTTE, NC 28241-0404

CREDITOR ID: 261118-12
SINGLETARY & THRASH PA
129 NORTH STATE STREET
JACKSON, MS 39201

CREDITOR ID: 261119-12
SINGLETON SEAFOOD CO
PO BOX 905318
CHARLOTTE, NC 28290-5318

CREDITOR ID: 405569-95
SINGLETON SEAFOOD CO
C/O KAREN
PO BOX 2819
TAMPA FL 33601

CREDITOR ID: 244397-12
SINGLETON, CALVIN D
3940 COLEBROOK ROAD
CHARLOTTE NC 28215

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 385376-54
SINGLETON, CATINA
13917 INTRPID DRIVE
NEW ORLEANS, LA 70129

CREDITOR ID: 390684-55
SINGLETON, CATINA
C/O: JOSEPH F. LAHATTE, JR.
LAHATTE & ALVENDIA
4431 CANAL ST.
NEW ORLEANS LA 70119

CREDITOR ID: 388539-54
SINGLETON, DELILAH
44 CAROL DRIVE
SUMTER, SC 29150

CREDITOR ID: 392615-55
SINGLETON, DELILAH
C/O THE WEEKS LAW OFFICE
ATTN J DAVID WEEKS, ESQ
35 SOUTH SUMTER STREET
PO BOX 370
SUMTER SC 29151-0370

CREDITOR ID: 250585-12
SINGLETON, GINA
2110 FLORENCE HWY
SUMTER, SC 29153

CREDITOR ID: 387654-54
SINGLETON, RONNIE
567 GARDENDALE DRIVE
MONTGOMERY AL 36110

CREDITOR ID: 390324-54
SINGLETON, YOLANDA (MINOR)
1271 SANTA FE CIRCLE
PENSACOLA, FL 32505

CREDITOR ID: 382162-51
SINISCALCHI, NICK
853 WELLINGTON WAY
MADISON, MS 39110

CREDITOR ID: 407201-MS
SINOR, HOWARD E.
908 HIGHT ST.
HOUMA LA 70360

CREDITOR ID: 261120-12
SIOUX HONEY ASSOCIATION
1724 SOLUTIONS CENTER
CHICAGO, IL 60677-1007

CREDITOR ID: 405570-95
SIOUX HONEY ASSOCIATION
PO BOX 502579
ST LOUIS MO 63150-2579

CREDITOR ID: 261121-12
SIR SPEEDY
1224 EAST 4TH AVENUE
HIALEAH FL 33010

CREDITOR ID: 261122-12
SIREN INC
PO BOX 800699
SANTA CLARITA CA 91380-0699

CREDITOR ID: 395460-64
SIRIUS
PO BOX 224968
DALLAS, TX 75222

CREDITOR ID: 261123-12
SIRIUS COMPUTER SOLUTIONS INC
PO BOX 224968
DALLAS, TX 75222-4968

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
C/O COX SMITH MATTHEWS INC
ATTN: PATRICK L HUFFSTICKLER
112 E PECAN, STE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 406254-G4
SIRIUS COMPUTER SOLUTIONS, INC.
613 NW LOOP 410, STE. 1000
SAN ANTONIO TX 78216

CREDITOR ID: 382161-51
SIRVA
ATTN: MOLLY SOLLY, ACCOUNT REP
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

CREDITOR ID: 261124-12
SIRVA RELOCATION
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

CREDITOR ID: 261125-12
SISCO FIRE & SAFETY INC
PO BOX 424
CRAMERTON, NC 28032

CREDITOR ID: 386274-54
SISKRON, JEANETTE
7218 AUTUMNVALE DRIVE
ORLANDO FL 32822

CREDITOR ID: 388777-54
SISSON, LINDA
349 ST JOHN ROAD
BIRMINGHAM AL 35215

CREDITOR ID: 261126-12
SISTER SCHUBERTS HOMEADE ROLLS
DEPT L -2712
COLUMBUS, OH 43260-2712

CREDITOR ID: 381207-47
SISTERIA MANN
7016 SAN SOUCI ROAD
JACKSONVILLE, FL 32216

CREDITOR ID: 247405-12
SISTRUNK, CYNTHIA
PO BOX 515
COTTON WOOD, AL 36320

CREDITOR ID: 399575-82
SISTRUNK, KIMBERLY
3551 CARTER HILL ROAD APT 116 F
MONTGOMERY  AL 36111

CREDITOR ID: 400927-91
SITARIK, DANIEL G
235 BAYOU VISTA
DEBARY FL 32713

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 376848-44<br>SITMER, ROBYN<br>ORL DIV 603<br>485 WESTLAKE BLVD APT 72<br>PALM  HARBOR, FL 34683 | CREDITOR ID: 315902-40<br>SITTON PROPERTIES L L C<br>1425 EAST 71ST<br>TULSA, OK 74136 | CREDITOR ID: 261133-12<br>SITUS SERVICING INC<br>PO BOX 572297<br>LOAN #3086036<br>HOUSTON TX 77257-2297 |
| CREDITOR ID: 1849-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN# 3086039<br>DALLAS, TX 75320-1341 | CREDITOR ID: 261134-12<br>SIVERSON JANITORIAL<br>1521 MOSELLE AVENUE<br>ORLANDO FL 32807 | CREDITOR ID: 400928-91<br>SIWEK, ROBERT A<br>14421 SW 33RD COURT<br>MIRAMAR FL 33027-4707 |
| CREDITOR ID: 395428-64<br>SIX FLAGS INC.<br>275 RIVERSIDE PARKWAY SW<br>AUSTELL, GA 30168 | CREDITOR ID: 261135-12<br>SIX FLAGS NEW ORLEANS<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | CREDITOR ID: 261136-12<br>SIX L'S PACKING COMPANY<br>ACCOUNTING OFFICE<br>PO BOX 3088<br>IMMOKALEE, FL 34143-3088 |
| CREDITOR ID: 268543-14<br>SIXTH DIST ASSESSOR<br>ATTN: JANYCE DEGAN<br>1300 PERDIDO ST RM 4E01<br>NEW ORLEANS LA 70112-2118 | CREDITOR ID: 261137-12<br>SIXTH WARD MIDDLE SCHOOL<br>PO BOX 1236<br>THIBODAUX, LA 70302 | CREDITOR ID: 405572-95<br>SIXTH WARD MIDDLE SCHOOL<br>795 CHOCTAW RD<br>THIBODAUX LA 70301 |
| CREDITOR ID: 261138-12<br>SIXTO PACKAGING<br>7342 SOUTHWEST 48 STREET<br>MIAMI, FL 33155 | CREDITOR ID: 261139-12<br>SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 2561-07<br>SIZELER REAL ESTATE<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062-5596 |
| CREDITOR ID: 261140-12<br>SIZEMORE<br>PO BOX 917002<br>ORLANDO FL 32891-7002 | CREDITOR ID: 399071-78<br>SIZEMORE, J. A.<br>433 BERRY ROAD<br>TAYLORS, SC 29687 | CREDITOR ID: 407202-MS<br>SIZEMORE, JAMES A.<br>433 BERRY RD.<br>TAYLORS SC 29687 |
| CREDITOR ID: 2562-07<br>SIZLER COMPANIES<br>2542 WILLIAMS ROAD<br>KENNER LA 70062 | CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O COZEN O'CONNOR<br>ATTN JERROLD N POSLUSNY JR, ESQ<br>457 HADDONFIELD ROAD, SUITE 300<br>PO BOX 5459<br>CHERRY HILL NJ 08002-2220 | CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT,INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002 |
| CREDITOR ID: 261141-12<br>SJS-WOODLAKE PLAZA LP<br>% BANK ATLANTIC<br>PO BOX 5512<br>FT LAUDERDALE, FL 33319 | CREDITOR ID: 261142-12<br>SJWD WATER DISTRICT<br>PO BOX 607<br>LYMAN, SC 29365-0607 | CREDITOR ID: 261143-12<br>SK FOODS LP<br>PO BOX 74893<br>CHICAGO, IL 60694-4893 |
| CREDITOR ID: 279304-99<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>ATTN: D. J. BAKER<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036 | CREDITOR ID: 261144-12<br>SKAP INC DBA PLACE MART<br>8517 NORTH DIXIE DRIVE, SUITE 900<br>DAYTON OH 45414 | CREDITOR ID: 251094-12<br>SKELTON, H JAY<br>PO BOX 19366<br>JACKSONVILLE, FL 32245 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 261145-12
SKIDMORE SALES & DISTRIBUTING
PO BOX 633233
CINCINNATI OH 45263-3233

CREDITOR ID: 393114-55
SKIDMORE, WILLIAM
C/O: HARRY CHAPMAN
CHAPMAN, HARTER & GROVES, P.A.
PO BOX 10224 F.S.
GREENVILLE SC 29603

CREDITOR ID: 261146-12
SKINNER OF POINT MEADOWS INC
2970 HARTLEY ROAD
SUITE 302
JACKSONVILLE FL 32257

CREDITOR ID: 261147-12
SKINNER SYSTEMS INC
PO BOX 379
DUNMORE PA 18512

CREDITOR ID: 389464-54
SKINNER, REBECCA
P.O.  BOX 9
CAPE CANAVERAL FL 32920

CREDITOR ID: 261148-12
SKINNERS OF JACKSONVILLE INC
2970 HARTLEY ROAD
SUITE 320
JACKSONVILLE, FL 32257

CREDITOR ID: 1852-07
SKINNERS OF JACKSONVILLE INC
2970 HARTLEY ROAD, SUITE 320
JACKSONVILLE, FL 32257

CREDITOR ID: 400929-91
SKIPPER, DANNY B
280 CO RD 1335
VINEMONT AL 35179

CREDITOR ID: 393347-55
SKIPPER, FRED A
C/O: JOSEPH THOMAS
950 S. WINTER PARK DR.STE. 112
CASSELBERRY FL 32707

CREDITOR ID: 407203-MS
SKIPPER, ROY R.
2020 THE CRESCENT
CLERMONT FL 32711

CREDITOR ID: 407542-15
SKOLOSKI, SHARON
C/O LAW OFFICE OF PIERCY J STAKELUM
ATTN PIERCY J STAKELUM ESQ
522 EAST WASHINGTON STREET
ORLANDO FL 32801

CREDITOR ID: 388453-54
SKOLOSKI, SHARON
2649 CORINTH CT
ORLANDO, FL 32817

CREDITOR ID: 392548-55
SKOLOSKI, SHARON
C/O: PIERCY J STAKELUM ESQ
PIERCY J STAKELUM ESQ
203 EAST LIVINGSTON ST
ORLANDO FL 32801

CREDITOR ID: 261149-12
SKS PROPERTIES LC
240 SOUTH PINEAPPLE AVE
STE 702
SARASOTA, FL 34236

CREDITOR ID: 268544-31
SKW DEVELOPMENT CO INC
ATTN: SEAN K WILLIAMS
11211 S MILITARY TRL
BOYNTON BEACH FL 33436-7227

CREDITOR ID: 278562-24
SKW II REAL ESTATE LIMITED PRTNRSHP
100 CRESCENT COURT
SUITE 1000
DALLAS TX 75201

CREDITOR ID: 278665-24
SKW II REAL ESTATE LIMITED PRTNRSHP
THE SALVATION ARMY
ATTN: SALLY GRESS
1445 W. BROWARD BOULEVARD
FT. LAUDERDALE FL 33312

CREDITOR ID: 261150-12
SKY TOOL & FASTENER
10035 NORTHWEST 7TH AVENUE
MIAMI FL 33150

CREDITOR ID: 382262-51
SKYBRIDGE
BUILDING 7
161 VILLAGE PARKWAY
MARIETTA, GA 30067

CREDITOR ID: 261151-12
SKYBRIDGE GLOBAL INC
161 VILLAGE PARKWAY
BLDG #7
MARIETTA, GA 30067

CREDITOR ID: 407426-97
SKYLAND DISTRIBUTING
ATTN: FRANK SINKWICH, PRES
1 OVERLAND INDUSTRIAL RD
ASHEVILLE NC 28806

CREDITOR ID: 261152-12
SKYLAND DISTRIBUTING
ATTN JANE EXNER
PO BOX 17008
1 OVERLAND INDUSTRIAL BLVD
ASHEVILLE, NC 28806

CREDITOR ID: 405573-95
SKYLAND DISTRIBUTING
PO BOX 645
ARDEN NC 28704

CREDITOR ID: 261153-12
SKYLARK MEATS INC
4430 S 110TH STREET
OMAHA NE 68137-1217

CREDITOR ID: 261154-12
SKYLINE CHILI INC
ATTN JOHN R ROTH, ASST CONTR
PO BOX 691490
CINCINNATI, OH 45269-1490

CREDITOR ID: 261155-12
SKYLINE PROMOTIONS
PO BOX 152641
TAMPA FL 33684-2641

CREDITOR ID: 261156-12
SL TUMLIN
1572 BENT RIVER CIRCLE
BIRMINGHAM AL 35216

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261157-12<br>SLADE GORTON & CO INC<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118 | CREDITOR ID: 405574-95<br>SLADE GORTON & CO INC<br>P O BOX 31312<br>HARTFORD CT 06150-1312 | CREDITOR ID: 268545-31<br>SLATER WATER & SEWER DIST<br>ATTN: LEE ADDINGTON<br>4 LAUREL LN<br>SLATER SC 29683 |
| CREDITOR ID: 399576-82<br>SLATON, EDDY<br>6706 DEER RUN TRAIL<br>DOUGLASVILLE  GA 30135 | CREDITOR ID: 260821-12<br>SLAUGHTER, SHARON<br>214 NORTH 50TH STREET APT A<br>BIRMINGHAM, AL 35212 | CREDITOR ID: 268546-31<br>SLAUGHTERS PAINTING &H IMPR<br>ATTN: LESLIE SLAUGHTER<br>962 SIMPSON ST NW<br>ATLANTA GA 30314-2765 |
| CREDITOR ID: 390294-54<br>SLAY, NICOLE<br>4822 ZENITH ST. APT #1<br>METAIRIE, LA 70001 | CREDITOR ID: 390904-55<br>SLAY, NICOLE<br>C/O: FRANK DESALVO, ESQUIRE<br>FRANK G. DESALVO<br>201 SOUTH GALVEZ ST.<br>NEW ORLEANS LA 70119 | CREDITOR ID: 268547-31<br>SLC COMMUNITY DEVELOPMENT<br>ATTN: DENNIS MURPHY<br>2300 VIRGINIA AVE<br>FORT PIERCE FL 34982-5632 |
| CREDITOR ID: 261158-12<br>SLEEP INN<br>701 YORKMONT ROAD<br>CHARLOTTE NC 28217 | CREDITOR ID: 261159-12<br>SLEEP INN CAROWINDS<br>3540 LAKEMONT BLVD<br>FT MILL SC 29715 | CREDITOR ID: 261160-12<br>SLIDELL HIGH SCHOOL<br>1  TIGER DR<br>SLIDELL, LA 70458 |
| CREDITOR ID: 261161-12<br>SLIM FAST FOODS<br>PO BOX 533027<br>ATLANTA, GA 30353-3027 | CREDITOR ID: 405575-95<br>SLIM FAST FOODS<br>88009 EXPEDITE WAY<br>CHICAGO IL 60695-0001 | CREDITOR ID: 387974-54<br>SLIZ, STELLA<br>3210 FAIRACHER<br>HUNTSVILLE, AL 35805 |
| CREDITOR ID: 392255-55<br>SLIZ, STELLA<br>C/O: MICHAEL E. AUFFENORDE, ESQ.<br>AUFFENORDE & AUFFENORDE, P.C.<br>511 MADISON STREET<br>HUNTSVILLE AL 35801 | CREDITOR ID: 261162-12<br>SLM FINANCIAL CORP<br>C/O BRUNSWICK COMB DIST COURT<br>202 N MAIN STREET<br>LAWRENCEVILLE VA 23868 | CREDITOR ID: 268548-31<br>SLM RECYCLING INC<br>ATTN: GERALDINE ERNEST<br>439 SIMONTON MILL RD<br>CARROLLTON GA 30117-6513 |
| CREDITOR ID: 256376-12<br>SLOAN, MICHAEL R<br>10624 BASTILLE LANE, APT 307<br>ORLANDO FL 32836 | CREDITOR ID: 407204-MS<br>SLOAN, MILLARD<br>7188 KENTUCK RD.<br>RINGGOLD VA 24586 | CREDITOR ID: 407205-MS<br>SLOAN, SHAWN M<br>5538  WISHING STAR LANE<br>GREEN ACRES FL 33463 |
| CREDITOR ID: 261163-12<br>SLOCUM ELEMENTARY SCHOOL<br>ATTN LESSIE MOORE<br>207 GRIFFITH STREET<br>PINEVILLE LA 71360 | CREDITOR ID: 386369-54<br>SLONE, FRANKIE<br>P.O. BOX 171<br>DAVID KY 41616 | CREDITOR ID: 391452-55<br>SLONE, FRANKIE<br>C/O: TIMOTHY BATES<br>ATTORNEY AT LAW<br>P.O. BOX 787<br>HINDMAN KY 41822 |
| CREDITOR ID: 261164-12<br>SLOOP FIRE EXTINGUISHER SALES<br>AND SERVICE INC<br>1233 DORRIS AVE<br>HIGH POINT, NC 27260 | CREDITOR ID: 261165-12<br>SM BETROS PLUMBING<br>8323 RAMONA BLVD<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 377086-44<br>SM COCHRANE<br>3837 CAMPBELL ROAD<br>CHESAPEAKE, VA 23322 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261166-12<br>SMALL CLAIMS COURT<br>JEFFERSON CO RM 500<br>716 RICH ARRINGTON JR BLVD N<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 261167-12<br>SMALL CLAIMS COURT MOBILE CO<br>205 GOVERNMENT ST RM 317<br>MOBILE AL 36644-0001 | CREDITOR ID: 261168-12<br>SMALL CLAIMS COURT OF CALHOUN CNTY<br>25 WEST 11TH STREET<br>BOX 9<br>ANNISTON AL 36201 |
| CREDITOR ID: 261169-12<br>SMALL CLAIMS COURT OF WALKER CO<br>PO BOX 749<br>JASPER AL 35502 | CREDITOR ID: 261170-12<br>SMALL CLAIMS COURT RANDOLPH COUNTY<br>DISTRICT COURT K S BENEFIELD<br>PO BOX 328<br>WEDOWEE, AL 36278 | CREDITOR ID: 261171-12<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE, SC 29603-0287 |
| CREDITOR ID: 405576-95<br>SMALL PROPERTIES<br>MR ROBERT S SMALL<br>PO BOX 10287<br>GREENVILLE SC 296030287 | CREDITOR ID: 388556-54<br>SMALL, BEVERLY<br>13221 CARRIAGE CIRCLE<br>GULFPORT, MS 39503 | CREDITOR ID: 384191-47<br>SMALL, JEFFREY<br>1945 CATLIN DRIVE<br>ROCHESTER, MI 48306 |
| CREDITOR ID: 400209-86<br>SMALL, TERESA<br>P.O. BOX 176<br>MARKSVILLE   LA 71351 | CREDITOR ID: 387344-54<br>SMALL, WENDY<br>6834 BURROUGHS COURT, APT 3<br>ORLANDO, FL 32818 | CREDITOR ID: 391917-55<br>SMALL, WENDY<br>C/O BEST & ANDERSON, P.A.<br>ATTN DOUGLAS MELZARD JR<br>1201 E. ROBINSON ST.<br>ORLANDO FL 32801-2115 |
| CREDITOR ID: 394014-61<br>SMART DOCUMENTS<br>PO BOX 409875<br>ATLANTA, GA 30384-9875 | CREDITOR ID: 407206-MS<br>SMART, SANDRA G<br>845 OLIVER ELLSWORTH ST.<br>ORANGE PARK FL 32073 | CREDITOR ID: 382954-51<br>SMARTPLAN<br>33 NORTH ROAD<br>PEACH DALE, RI 02883 |
| CREDITOR ID: 261172-12<br>SMARTPRICE SALES & MARKETING<br>1325 REMINGTON ROAD<br>SUITE M<br>SCHAUMBURG IL 60173 | CREDITOR ID: 387568-54<br>SMARTT, ROHLANDA<br>201 COLLINS DRIVE<br>SANFORD FL 32773 | CREDITOR ID: 392067-55<br>SMARTT, ROHLANDA<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 382953-51<br>SMCRX, INC.<br>4535 MISSOURI FLAT ROAD, SUITE 200<br>PLACERVILLE, CA 95667 | CREDITOR ID: 261173-12<br>SMG<br>300 A PHILIP RANDOLPH BLVD<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 260265-12<br>SMG INC/MOSEY'S<br>DEPT 2378 135 S LASALLE<br>CHICAGO, IL 60674-2378 |
| CREDITOR ID: 382261-51<br>SMG JACKSONVILLE<br>1000 WATER ST<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 406041-93<br>SMG JACKSONVILLE<br>C/O PAUL M HARDEN, ESQ<br>1301 RIVERPLACE BLVD, STE 2601<br>JACKSONVILLE FL 32204 | CREDITOR ID: 406041-93<br>SMG JACKSONVILLE<br>ATTN: PREMIUM SEATING DEPT<br>300 A PHILIP RANDOLPH BLVD<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 261174-12<br>SMG LOUISIANA SUPERDOME<br>SUGAR BOWL DRIVE<br>NEW ORLEANS LA 70112 | CREDITOR ID: 261175-12<br>SMI VENTURES LLC<br>ATTN JASON ROSS, OWNER<br>2541 NORTHWOLD ROAD<br>COLUMBUS, OH 43231 | CREDITOR ID: 389833-54<br>SMILEY, WANDA<br>10836 NW 43RD STREET<br>SUNRISE FL 33351 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393400-55<br>SMILEY, WANDA<br>C/O BERNSTEIN & MARYANOFF<br>ATTN JACOB MALDONADO, ESQ<br>15055 SW 122ND AVENUE<br>MIAMI FL 33186 | CREDITOR ID: 261176-12<br>SMILEYS AIR TOOL INC<br>4552 POPLAR LEVEL ROAD<br>LOUISVILLE KY 40213 | CREDITOR ID: 261177-12<br>SMITH & SON<br>PO BOX 6151<br>SPRING HILL, FL 34611 |
| CREDITOR ID: 399418-99<br>SMITH ANDERSON BLOUNT ET AL<br>ATTN: AMOS Y PRIESTER IV<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | CREDITOR ID: 261178-12<br>SMITH BARNEY FBO WEINACKER'S<br>SHOPPING CTR LLC    #1211701429<br>PO BOX 2926<br>MOBILE, AL 36652-9987 | CREDITOR ID: 261179-12<br>SMITH CONTROL SYSTEMS INC<br>1839 ROUTE 9H<br>HUDSON NY 12534 |
| CREDITOR ID: 315662-99<br>SMITH DEBNAM NARRON ET AL<br>ATTN: BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611 | CREDITOR ID: 268549-31<br>SMITH DEVELOPMENT<br>ATTN: RICHARD SMITH<br>307 SPRINGHILL WOODS DR W<br>MOBILE AL 36608-2793 | CREDITOR ID: 261180-12<br>SMITH ELECTRIC MOTOR SERVICE<br>PO BOX 931<br>THOMASVILLE GA 31799 |
| CREDITOR ID: 261182-12<br>SMITH GAMBRELL & RUSSELL LLP<br>SUITE 3100 PROMENADE II<br>1230 PEACHTREE STREET N.E.<br>ATLANTA GA 30309-3592 | CREDITOR ID: 261181-12<br>SMITH GAMBRELL & RUSSELL LLP<br>50 N LAURA STREET<br>SUITE 2600<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 399417-99<br>SMITH GILIAM WILLIAMS ET AL<br>ATTN: BRAD PATTEN<br>PO BOX 1098<br>GAINESVILLE GA 30503 |
| CREDITOR ID: 261183-12<br>SMITH GRAY ELECTRIC CO<br>PO BOX 1379<br>COLUMBUS, GA 31902-1379 | CREDITOR ID: 261184-12<br>SMITH HAMILTON SHOP INC<br>3642 NW 37 AVE<br>MIAMI FL 33142 | CREDITOR ID: 261185-12<br>SMITH HOSIERY<br>PO BOX 409112<br>ATLANTA, GA 30384-9112 |
| CREDITOR ID: 405577-95<br>SMITH HOSIERY<br>PO BOX 88386<br>ATLANTA GA 30356-8386 | CREDITOR ID: 279046-32<br>SMITH HULSEY & BUSEY<br>ATTN:  JAMES H. POST<br>1800 WACHOVIA BANK TOWER<br>225 WATER STREET<br>PO BOX 53315<br>JACKSONVILLE FL 32201-3316 | CREDITOR ID: 405902-99<br>SMITH HULSEY& BUSEY<br>ATTN: STEPHEN D BUSEY<br>225 WATER ST, STE 1800<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 261186-12<br>SMITH IRONWORKS<br>PO BOX 1148<br>FT WALTON BEACH, FL 32549 | CREDITOR ID: 407207-MS<br>SMITH JR., HERBERT W.<br>2406 LA MESA DR.<br>JACKSONVILLE FL 32205 | CREDITOR ID: 261187-12<br>SMITH KLINE BEECHAM<br>PO BOX 890313<br>DALLAS, TX 75389-0313 |
| CREDITOR ID: 405578-95<br>SMITH KLINE BEECHAM<br>PO BOX 1467<br>ATTN: FRAN SHIELDS<br>CUSTOMER SERV ACCT REP<br>PITTSBURGH PA 152301467 | CREDITOR ID: 261188-12<br>SMITH MACHINE SERVICE<br>PO BOX 14853<br>JACKSONVILLE FL 32238-1853 | CREDITOR ID: 261189-12<br>SMITH PACKAGING & EQUIPMENT<br>PO BOX 5858<br>JACKSONVILLE, FL 32247-5858 |
| CREDITOR ID: 261190-12<br>SMITH ROLFES & SKAVDAHL CO LPA<br>1014 VINE STREET<br>SUITE 2350<br>CINCINNATI OH 45202-1119 | CREDITOR ID: 261191-12<br>SMITH ROUCHON & ASSOCIATES<br>PO BOX 587<br>JACKSON MS 39205 | CREDITOR ID: 407208-MS<br>SMITH SR., LOUIS P.<br>1685 BLUEBIRD DR.<br>SUMTER SC 29153 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 405920-99
SMITH, ALFRED E
60 E 42ND ST, STE 2501
NEW YORK NY 10017

CREDITOR ID: 385197-54
SMITH, ALICE
7100 SW 41 ST PLACE
DAVIE, FL 33314

CREDITOR ID: 381541-47
SMITH, AMANDA
5010 81ST STREET
NEWPORT NEWS, VA 23605

CREDITOR ID: 387996-54
SMITH, ANGEL
4771 NW 178TH TERRACE
MIAMI, FL 33056

CREDITOR ID: 392274-55
SMITH, ANGEL
C/O LAWRENCE N FRESHMAN
FRESHMAN, FRESHMAN & TRAITZ, PA
9155 SOUTH DADELAND BLVD
SUITE 1014
MIAMI FL 33156

CREDITOR ID: 242533-12
SMITH, ARIEL L
3628 PARRISH ROAD
MIMS FL 32754

CREDITOR ID: 243056-12
SMITH, BARBARA
C/O TERRENCE SMITH
2811 EARLGOODWIN PKWY
APT # 24
SELMA, AL 36701

CREDITOR ID: 385373-54
SMITH, BERTHA
147 E. PLUM STREET
JESUP, GA 31545

CREDITOR ID: 390681-55
SMITH, BERTHA
C/O STEVEN L MORGAN, PC
ATTN STEVEN L MORGAN, ESQ
509 G STREET
BRUNSWICK GA 31520

CREDITOR ID: 243517-12
SMITH, BILL
BRADENTON HERALD
1719 83RD ST NW
BRADENTON, FL 34209

CREDITOR ID: 407209-MS
SMITH, BILL E.
3005 FORREST RIDGE DR.
DENTON TX 76205

CREDITOR ID: 243745-12
SMITH, BONNIE
501 SANFIELD COURT
MONTGOMERY AL 36117

CREDITOR ID: 243744-12
SMITH, BONNIE
501 SANFIELD COURT
MONTGOMERY AL 36117

CREDITOR ID: 399577-82
SMITH, BRENDA
2201D 23RD STREET NORTH
BIRMINGHAM AL 35234

CREDITOR ID: 393167-55
SMITH, BRYANT
C/O: ROBERT BETHEA
1837 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 244216-12
SMITH, BURTON C
PO BOX 993
FLOMATON AL 36441-0993

CREDITOR ID: 381333-47
SMITH, BUTCH
159 WALTER LANE
YAZOO CITY, MS 39194

CREDITOR ID: 390395-54
SMITH, CAMILLE A
202 LIVINGSTON STREET
MADISON FL 32340

CREDITOR ID: 391391-55
SMITH, CAMILLE A
C/O: MAUREEN PROCTOR KOLE
SOLOMON, PROCTOR & KOLE
P. O. BOX 12879
TALLAHASSEE, FL 32317-2879

CREDITOR ID: 244565-12
SMITH, CARLOS
6556 COUNTY ROAD # 436
WATER VALLEY MS 38965

CREDITOR ID: 374087-44
SMITH, CARLOS
NO DIV #1313
JITNEY JUNGLE
6556 CR 436
WATER VALLEY, MS 38965

CREDITOR ID: 386060-54
SMITH, CHARLENE
C/O SCOTT W. ZIRKLE, ESQUIRE
PO BOX 2807
ORLANDO, FL 32802-2807

CREDITOR ID: 391258-55
SMITH, CHARLENE
C/O: REBECCA LOCKWOOD, CASE MANAGER
BOGIN, MUNNS & MUNNS
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 385275-54
SMITH, CHARLOTTE
814 VICTORIA STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 390583-55
SMITH, CHARLOTTE
C/O: CARLA MILLER
MILLER & SKINNER, P.A.
1819 HENDRICKS AVE
JACKSONVILLE FL 32207

CREDITOR ID: 245196-12
SMITH, CHERYL
12127 SARABECK LANE
GRAND HAVEN, MI 49417

CREDITOR ID: 389591-54
SMITH, CHRISTELLEN
10545 SUNVILLA BLVD.
ORLANDO, FL 32817

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 393258-55
SMITH, CHRISTELLEN
C/O JOHN D. MALKOWSKI
KENNEDY LAW GROUP
5100 W. KENNEDY BLVD.
SUITE 100
TAMPA FL 33609

CREDITOR ID: 394123-56
SMITH, CHRISTIANA
2605 NW 135 STREET
APT 201
MIAMI, FL 33167

CREDITOR ID: 400331-85
SMITH, CHRISTIANA
C/O EDWARD BUSCH
LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.
9100 S. DADELAND BLVD.
SUITE 1010
MIAMI FL 33156

CREDITOR ID: 245330-12
SMITH, CHRISTINE
520 HARRISON STREET SW
PALM BAY FL 32908

CREDITOR ID: 245337-12
SMITH, CHRISTOPHER A
9183 HWY 198 EAST
LUCEDALE MS 39452

CREDITOR ID: 381187-47
SMITH, CINDY
1719 83RD STREET NW
BRADENTON, FL 34209

CREDITOR ID: 246480-12
SMITH, CLIFFORD
397 DAFFODIL ROAD
MILLBROOK AL 36054

CREDITOR ID: 381664-47
SMITH, DANIELLE R
57365 FLORIEN ROAD
SLIDELL, LA 70460

CREDITOR ID: 394236-56
SMITH, DARLENE
C/O LABOURDETTE LAW FIRM, LLC
ATTN SCOT J LABOURDETTE, ESQ
1100 POYDRAS STREET, SUITE 2900
NEW ORLEANS, LA 70163

CREDITOR ID: 400050-84
SMITH, DARLENE
1329 ST. PHILLIP
#2
NEW ORLEANS LA 70116

CREDITOR ID: 400414-85
SMITH, DARLENE
C/O SCOTT LABOURDETTE
LABOURDETTE LAW FIRM, LLC
1100 POYDRAS ST, STE 2900
NEW ORLEANS LA 70163

CREDITOR ID: 399921-84
SMITH, DARRIN
4570 FELICIANA DRIVE
NEW ORLEANS LA 70126

CREDITOR ID: 386337-54
SMITH, DEBORAH
6417 FRIENDSHIP DRIVE
SARASOTA FL 34241

CREDITOR ID: 391429-55
SMITH, DEBORAH
C/O: KENNEDY LEGLER III
2027 MANATEE AVE. W.
BRADENTON FL 34205-5863

CREDITOR ID: 388490-54
SMITH, DELILAH
1610 N. DORGENOIS STREET
NEW ORLEANS, LA 70119

CREDITOR ID: 406048-93
SMITH, DELILAH
C/O RICHARD J FERNANDES, LLC
ATTN: MADELINE
3900 N CAUSEWAY BLVD
605 ONE LAKEWAY CENTER
METAIRIE LA 70002

CREDITOR ID: 397842-76
SMITH, DELORES
22310 SW 109 AVE.
MIAMI, FL 33170

CREDITOR ID: 398041-77
SMITH, DELORES
ATTN: NANCY BERGER
7951 SOUTHWEST SIXTH ST., STE100
PLANTATION, FL 33324

CREDITOR ID: 387584-54
SMITH, DESSIE
205 KAY DR #18 1/2
ANDERSON SC 29621

CREDITOR ID: 389106-54
SMITH, DIONDRE
3417 NW 196TH LN
OPA-LOCKA, FL 33056

CREDITOR ID: 392993-55
SMITH, DIONDRE
C/O: SARAH STEINBAUM
SARAH STEINBAUM ATTORNEY AT LAW
44 W. FLAGLER STREET
SUITE 2175
MIAMI FL 33130

CREDITOR ID: 384096-47
SMITH, DONALD E
1164 ALCALA DRIVE
ST AUGUSTINE, FL 32086

CREDITOR ID: 386502-54
SMITH, DWIGHT
205 DILL PLACE
PENSACOLA FL 32507

CREDITOR ID: 391542-55
SMITH, DWIGHT
C/O: THOMAS J. UEBERSCHEAER, ESQ
601 NORTH BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 374789-44
SMITH, EDDIE
66 SAUL ABRAM DRIVE
COLUMBIA, MS 39429

CREDITOR ID: 388261-54
SMITH, EDNA
1064 MAPLE ST
GRANITE FALLS NC 28630

CREDITOR ID: 249159-12
SMITH, ESTATE OF DONALD K
3052 POND RUN ROAD
NEW RICHMOND OH 45157

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385939-54<br>SMITH, ETSUKO<br>2600 FRANKLIN AVENUE<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 385939-54<br>SMITH, ETSUKO<br>C/O BARNES & ROOT, LLC<br>ATTN RICHARD ROOT, ESQ<br>631 ST CHARLES AVENUE<br>NEW ORLEANS LA 70136 | CREDITOR ID: 391172-55<br>SMITH, ETSUKO<br>C/O: EDWARD KING<br>EDWARD J. WOMAC JR. & ASSOCIATES, LLC<br>4902 CANAL STREET<br>SUITE 300<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 384117-47<br>SMITH, EUGENE<br>2022 NORTH LOBDELL #4<br>BATON ROUGE, LA 70806 | CREDITOR ID: 386716-54<br>SMITH, EVELYN<br>PO BOX 65<br>MADISON MS 39110 | CREDITOR ID: 400530-88<br>SMITH, FREDELLIA L<br>C/O W. CLAY MITCHELL, JR.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 279043-32<br>SMITH, GILLIAM, WILLIAMS & MILES PA<br>ATTN:  BARD J. PATTEN<br>PO BOX 1095<br>GAINESVILLE GA 30503 | CREDITOR ID: 407210-MS<br>SMITH, GRANT F.<br>173 JOHN BECK RD.<br>LEXINGTON NC 27292 | CREDITOR ID: 386863-54<br>SMITH, HAROLD<br>RT. 1 BOX 236<br>ONEIDA KY 40962 |
| CREDITOR ID: 397171-67<br>SMITH, IRENE DBA JUDY'S SHOES<br>340 W MONTICELLO ST<br>BROOKHAVEN, MS 39601 | CREDITOR ID: 393100-55<br>SMITH, JACQUELYN<br>C/O: VALERIE JOHNSON<br>PATTERSON, HARKAVY & LAWRENCE, LLP<br>POST OFFICE 27927<br>RALEIGH NC 27611 | CREDITOR ID: 385477-54<br>SMITH, JAMES<br>12860 SW 43RD DRIVE, APT 247B<br>MIAMI, FL 33175 |
| CREDITOR ID: 390777-55<br>SMITH, JAMES<br>C/O GLICK LAW FIRM, PA<br>ATTN BRIAN J GLICK, ESQ<br>200 W PALMETTO PARK RD, SUITE 301<br>BOCA RATON FL 33432 | CREDITOR ID: 407211-MS<br>SMITH, JAMES E.<br>9331 PRESTON PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 404025-15<br>SMITH, JAMES L JR<br>21 CRESTWOOD WEST<br>VALDOSTA GA 31602 |
| CREDITOR ID: 407212-MS<br>SMITH, JAMES L.<br>21 W CRESTWOOD<br>VALDOSTA GA 31602-1387 | CREDITOR ID: 381560-47<br>SMITH, JANE<br>JAX DIV 149<br>4953 PINEVIEW PITTS HWY<br>ROCHELLE GA 31079 | CREDITOR ID: 392641-55<br>SMITH, JEAN E<br>C/O: JOSEPH DELUCCA<br>555 SOUTH FEDERAL HIGHWAY STE<br>BOCA RATON FL 33432 |
| CREDITOR ID: 390449-54<br>SMITH, JEAN E<br>5741 N E 18 AVE<br>APT 4-A<br>FT LAUDERDALE FL 33334 | CREDITOR ID: 386811-54<br>SMITH, JEFF<br>517 SW 14 STREET<br>LAKE BUTLER FL 32054 | CREDITOR ID: 388645-54<br>SMITH, JESSICA<br>12925 PARKINGTON DRIVE<br>GIBSONTON FL 33534 |
| CREDITOR ID: 392695-55<br>SMITH, JESSICA<br>C/O: DAVID C. DISMUKE, ESQUIRE<br>LAW OFFICES OF BURNETTI, PA<br>9950 PRINCESS PALM AVENUE,<br>SUITE 101<br>TAMPA FL 33619-8370 | CREDITOR ID: 392927-55<br>SMITH, JESSICA (MINOR)<br>C/O: BRIAN F. LABOVICK<br>LABOVICK, LABOVICK & WALD  P.A.<br>935 MILITARY TRAIL<br>SUITE 102<br>JUPITER FL 33458 | CREDITOR ID: 390342-54<br>SMITH, JESSICA (MINOR)<br>PO BOX 753<br>JUPITER, FL 33468 |
| CREDITOR ID: 407213-MS<br>SMITH, JOE<br>218 HOLLY TREE LANE<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 407712-15<br>SMITH, JOE E<br>1220 LONGVIEW<br>PISMO BEACH CA 93449 | CREDITOR ID: 375603-44<br>SMITH, JONATHAN<br>JAX DIV 126<br>1716 SALEM CHURCH RD.<br>REBECCA, GA 31783 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 391611-55
SMITH, JOSEPHINE
C/O: RICHARD ZALVIDAR
RICHARD E. ZALVIDAR, ESQ.
2600 SW 3RD AVENUE
SUITE 300
MIAMI FL 33129

CREDITOR ID: 387005-54
SMITH, KAREN
6410 NW 6TH AVE
MIAMI FL 33150

CREDITOR ID: 407598-15
SMITH, KATHLEEN
PO BOX 1753
JUPITER FL 33468

CREDITOR ID: 386022-54
SMITH, KATHRYN
RT 2 BOX 511
MATHISTON, MS 39744

CREDITOR ID: 386528-54
SMITH, KAY
104 MAGNOLIA DR.
EDENTON NC 27932

CREDITOR ID: 391562-55
SMITH, KAY
C/O: JOSEPH JR. FORBES
JOSEPH FORBES
307 CHURCH ST
ELIZABETH CITY NC 27909-4805

CREDITOR ID: 385325-54
SMITH, KENNETH
1443 8TH STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 390632-55
SMITH, KENNETH
C/O LAW OFC OF TJ CUNNINGHAM JR, PA
ATTN TJ CUNNINGHAM JR, ESQ
1860 OLD OKEECHOBEE RD, SUITE 203
WEST PALM BEACH FL 33409

CREDITOR ID: 390632-55
SMITH, KENNETH
C/O CUNNINGHAM & CUNNINGHAM PA
ATTN JIM CUNNINGHAM, ESQ
1897 PALM BEACH LAKE BLVD SUITE 201
WEST PALM BEACH FL 33409

CREDITOR ID: 400932-91
SMITH, KENNETH C
1102 134TH STREET EAST
BRADENTON FL 34212-0930

CREDITOR ID: 390682-55
SMITH, LAURIE
C/O RICHARD J GARRETT, ESQUIRE
3729 ULLOA STREET
NEW ORLEANS LA 70119

CREDITOR ID: 387528-54
SMITH, LINDA
1123 COSBY EAST
BENBROOK TX 76126

CREDITOR ID: 387910-54
SMITH, LINDA
2460 SW 42ND AVE
FORT LAUDERDALE, FL 33317

CREDITOR ID: 392193-55
SMITH, LINDA
C/O: JEAN TAYLOR
LAW OFFICE OF ROBERT FENSTERSHEIB
520 WEST HALLANDALE BEACH BLVD
HALLANDALE FL 33009

CREDITOR ID: 385529-54
SMITH, MARTHA
PO BOX  276
MIDDLEBURG, FL 32068

CREDITOR ID: 385670-54
SMITH, MARTHA Y
750 STAGHORN TRAIL
NICHOLSON, GA 30565

CREDITOR ID: 390298-54
SMITH, MARTINO
1166 REAGAN DRIVE
GASTONIA NC 28054

CREDITOR ID: 391552-55
SMITH, MARTINO
C/O: DON H BUMGARDNER
PO BOX 1375
GASTONIA NC 28053-1375

CREDITOR ID: 394292-56
SMITH, MARY
206 ST. THOMAS CIRCLE N
APOLLO BEACH FL 33572

CREDITOR ID: 399578-82
SMITH, MARY
215 CLINTVIEW STREET
JACKSON  MS 29209

CREDITOR ID: 387610-54
SMITH, MICHAEL
620 BAXTERVILLE ROAD
LUMBERTON MS 39455

CREDITOR ID: 407214-MS
SMITH, MICHAEL
2311 SOUTH BROOK DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 256293-12
SMITH, MICHELLE
26 LEE ROAD 263, LOT 18
OPELIKA AL 36804

CREDITOR ID: 315884-40
SMITH, OPAL LEE & JORDAN, SARA N
PO BOX 3468
JACKSON, MS 39207

CREDITOR ID: 257805-12
SMITH, OTIS L
2960 SW 2 COURT
FORT LADERDALE, FL 33311

CREDITOR ID: 389889-54
SMITH, PATRICIA
201 E. LAKE MIRIAM DRIVE,
LAKELAND, FL 33807-5986

CREDITOR ID: 393429-55
SMITH, PATRICIA
C/O: C. DANIELS AKES, ESQUIRE
C. DANIELS AKES, ATTORNEY AT LAW
202 E. LAKE MIRIAM DRIVE
SUITE W-6
LAKELAND FL 33807-5986

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390018-54<br>SMITH, PATRINA<br>5092 MANITOU WAY<br>STONE MOUNTAIN GA 30087 | CREDITOR ID: 393527-55<br>SMITH, PATRINA<br>C/O DOUGLAS R. DAUM<br>DOUGLAS R. DAUM<br>3260 HIGHWAY 78<br>SNELLVILLE GA 30078 | CREDITOR ID: 393473-55<br>SMITH, RAE ANN<br>C/O KENNETH LETSCH<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 |
| CREDITOR ID: 389941-54<br>SMITH, RAE ANN<br>384 EASTWICK CIRCLE<br>DECATUR, GA 30032 | CREDITOR ID: 389211-54<br>SMITH, RAYMOND<br>274 HOWARD BLVD<br>LONGWOOD FL 32750 | CREDITOR ID: 407215-MS<br>SMITH, RAYMOND GENE<br>707 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 402999-89<br>SMITH, ROBERT E.<br>3716 HIGHLAND AVE. W.<br>BRADENTON FL 33505 | CREDITOR ID: 407216-MS<br>SMITH, ROBERT E.<br>6926 GREYSTONE ROAD<br>AFTON TN 37616 | CREDITOR ID: 389145-54<br>SMITH, RONNETTA<br>426 WHISPERING HILLS DRIVE<br>LEXINGTON, KY 40513 |
| CREDITOR ID: 400321-85<br>SMITH, ROSIE W<br>C/O ANGELA DAWSON<br>ANGELA L. DAWSON, P.A.<br>16TH ST BLDG 4200 NW 16TH<br>PENTHOUSE, #612<br>LAUDERHILL FL 33313 | CREDITOR ID: 390121-54<br>SMITH, RUBY<br>26 LOOP SMITH RD<br>CRAWFORDVILLE, FL 32327 | CREDITOR ID: 393576-55<br>SMITH, RUBY<br>C/O PARKS & CRUMP, LLC<br>ATTN D D PARKS OR S L ROLLE, ESQS<br>240 N MAGNOLIA DRIVE<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 386084-54<br>SMITH, SANDRA<br>3954 WILDWOOD LAKE<br>ATLANTA, GA 30318 | CREDITOR ID: 391277-55<br>SMITH, SANDRA<br>C/O FOY & ASSOCIATES, PC<br>ATTN MARK WEAVER, ESQ<br>3343 PEACHTREE STREET NE, SUITE 350<br>ATLANTA GA 30326 | CREDITOR ID: 403943-94<br>SMITH, SCOTT H<br>3861 SUMMER GROVE WAY N<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 385253-54<br>SMITH, SHIRLEY<br>1554 MCDANIEL ROAD<br>AMITE, LA 70422 | CREDITOR ID: 390562-55<br>SMITH, SHIRLEY<br>C/O ALLEN J. MYLES, ESQ.<br>MYLES & MYLES<br>23445 RAILROAD AVE.<br>PLAQUEMINE LA 70765 | CREDITOR ID: 388090-54<br>SMITH, SHOVOKA<br>59 SHIRLEY PORTER LANE<br>GREENSBURG, LA 70441 |
| CREDITOR ID: 392351-55<br>SMITH, SHOVOKA<br>C/O RICHARD MCSHAN<br>MCSHAN LAW FIRM<br>PO BOX 190<br>AMITE LA 70422 | CREDITOR ID: 394069-61<br>SMITH, SPIRES & PEDDY, PC<br>ATTN THOMAS S SPIRES, PRES<br>2015 2ND AVE. N. STE 200<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 388070-54<br>SMITH, TARA<br>2135 GODBY CT. BLD 38 APT 525<br>COLLEGE PARK, GA 30349 |
| CREDITOR ID: 392338-55<br>SMITH, TARA<br>C/O KEITH D. LESHINE<br>KEITH D. LESHINE, ATTORNEY AT LAW, L.L.C<br>196 PEACHTREE ST., S.W.<br>SUITE 305<br>ATLANTA GA 30303 | CREDITOR ID: 388227-54<br>SMITH, TASHIKA<br>741 PARK AVE, #135<br>ORANGE PARK FL 32073 | CREDITOR ID: 392428-55<br>SMITH, TASHIKA<br>C/O BRUCE S. FEIFER, ESQ.<br>FARAH, FARAH & ABBOTT P A<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 263088-12<br>SMITH, TIMIKA D<br>2304 ESCALANTE AVENUE<br>FT WORTH, TX 76112-6129 | CREDITOR ID: 399920-84<br>SMITH, TOI<br>4570 FELICIANA DRIVE<br>NEW ORLEANS LA 70126 | CREDITOR ID: 400335-85<br>SMITH, TOI<br>C/O WILLARD J BROWN SR. ESQ<br>THE LAW OFFICE OF WILLARD J BROWN SR.<br>P.O. BOX 51372<br>NEW ORLEANS LA 70151 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386870-54<br>SMITH, TRACIE<br>350 NIXON ST<br>JACKSONVILLE FL 32204 | CREDITOR ID: 389352-54<br>SMITH, VICTOR<br>4407 NW 47 CT<br>TAMARAC FL 33321 | CREDITOR ID: 393159-55<br>SMITH, VICTOR<br>C/O MICHAEL KAISER ESQ.<br>HERBERT & FENSTERSHEIB P.A.<br>520 WEST HALLANDALE BLVD<br>HALLANDALE BEACH FL 33009 |
| CREDITOR ID: 407531-93<br>SMITH, VIRGINIA<br>C/O ALAN SCHNEIDER P.A.<br>ATTN: ALAN SCHNEIDER<br>2900 NW 7TH STREET<br>MIAMI FL 33125 | CREDITOR ID: 387760-54<br>SMITH, VIRGINIA<br>2899 NW 7TH STREET<br>MIAMI, FL 33125 | CREDITOR ID: 264531-12<br>SMITH, WAYNE<br>CHANCERY CLERK<br>PO BOX 247<br>PURVIS, MS 39475 |
| CREDITOR ID: 407217-MS<br>SMITH, WILLIAM W.<br>16 TUXFORD CIRCLE<br>BELLA VISTA AR 72714 | CREDITOR ID: 388036-54<br>SMITH, YVONNE<br>1812 GLEN HEAVEN CIRCLE<br>DECATUR, GA 30035 | CREDITOR ID: 392310-55<br>SMITH, YVONNE<br>C/O: EBUN AFORO, ATTORNEY AT LAW<br>AFORO & ASSOCIATES, P.C.<br>778 RAYS ROAD<br>SUITE 103<br>STONE MOUNTAIN GA 30083 |
| CREDITOR ID: 388954-54<br>SMITH-CHAVIS, AUDREY<br>3800 MELISSA DRIVE<br>HARVEY, LA 70058 | CREDITOR ID: 392858-55<br>SMITH-CHAVIS, AUDREY<br>C/O STANGA & MUSTIAN, PLC<br>ATTN WILLIAM R MUSTIAN, III, ESQ<br>CAUSEWAY OFFICE CENTER<br>3117 22ND STREET, SUITE 6<br>METAIRIE LA 70002 | CREDITOR ID: 242580-12<br>SMITHDEAL, ART<br>239 LITTLE STONEY CREEK ROAD<br>ELIZABETHTON, TN 37643 |
| CREDITOR ID: 279285-35<br>SMITHFIELD FOODS, INC<br>ATTN: DANIEL G STEVENS<br>200 COMMERCE ST<br>SMITHFIELD, VA 23430 | CREDITOR ID: 261192-12<br>SMITHFIELD HERALD<br>PO BOX 1417<br>SMITHFIELD, NC 27577 | CREDITOR ID: 261193-12<br>SMITHFIELD PACKING CO INC<br>PO BOX 65317<br>CHARLOTTE, NC 28265 |
| CREDITOR ID: 262884-12<br>SMITHFIELD PACKING CO INC<br>DESIGN FOOD SALES<br>PO BOX 291031<br>PORT ORANGE FL 32129 | CREDITOR ID: 381859-99<br>SMITHFIELD PACKING CO INC, THE<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX, JR<br>BANK OF AMERICA CORP CNTR<br>100 N TRYON ST, STE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 377337-44<br>SMITHFIELD PACKING CO.<br>1111 COMMERCE STREET<br>SMITHFIELD, VA 23430 |
| CREDITOR ID: 377102-44<br>SMITHFIELD PACKING COMPANY<br>MADISON PACKING ACQUISITION SUB INC<br>501 N. CHURCH STREET<br>SMITHFIELD, VA 23430 | CREDITOR ID: 315686-36<br>SMITHFIELD PACKING COMPANY INC, THE<br>C/O JEAN D MOODY<br>501 NORTH CHURCH STREET<br>PO BOX 447<br>SMITHFIELD VA 23430 | CREDITOR ID: 261194-12<br>SMITHFIELD SOUTH<br>PO BOX 449<br>SMITHFIELD VA 23431-0449 |
| CREDITOR ID: 268550-31<br>SMITHFIELD WATER/SEWER MAINT<br>ATTN: BOBBY PRIPP<br>230 HOSPITAL RD<br>SMITHFIELD NC 27577-4078 | CREDITOR ID: 261195-12<br>SMITHHART ELECTRIC CO<br>6609 PLANTATION ROAD<br>FT WORTH, TX 76140 | CREDITOR ID: 261196-12<br>SMITHS REFRIGERATION<br>PO BOX 1468<br>LUMBERTON NC 28359 |
| CREDITOR ID: 268551-31<br>SMITHVILLE WATER TRTMNT PLANT<br>ATTN: LYNN CERTAIN<br>4148 SPARTA HWY<br>SMITHVILLE TN 37166-5153 | CREDITOR ID: 261197-12<br>SMITTYS TIRE SERVICE<br>4333 E JUDGE PEREZ DRIVE<br>MERAUX LA 70075 | CREDITOR ID: 261198-12<br>SMITTYS WELDING SHOP<br>2526 S HARBOR CITY BLVD<br>MELBOURNE, FL 32901 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407218-MS<br>SMOAK, TERRY<br>210 WOODDALE<br>EULESS TX 76039 | CREDITOR ID: 261199-12<br>SMOKI FOODS INC<br>206 S W MICHIGAN STREET<br>SEATTLE WA 98106 | CREDITOR ID: 261200-12<br>SMOKY MOUNTAIN PETROLEUM<br>PO BOX 5377<br>ASHEVILLE, NC 28813-5975 |
| CREDITOR ID: 243946-12<br>SMOTHERS, BRIAN A<br>5635 E HWY 326<br>OCALA FL 34475 | CREDITOR ID: 381919-15<br>SMS UNLIMITED INC<br>ATTN: STEVEN R STEVENS, PRES<br>100 BENJAMIN STREET<br>TOMS RIVER NJ 08755 | CREDITOR ID: 261201-12<br>SMS UNLIMITED INCORPORATED<br>ATTN: STEVEN R STEVENS<br>1692 ROUTE 88 WEST, SUITE 11<br>BRICK, NJ 08724 |
| CREDITOR ID: 405579-95<br>SMS UNLIMITED INCORPORATED<br>405 ABEDEEN LANE<br>TOMS RIVER NJ 08753 | CREDITOR ID: 377103-44<br>SMURFIT STONE<br>9960 ALLIANCE ROAD<br>CINCINNATI OH 45242-0363 | CREDITOR ID: 397322-69<br>SMURFIT STORES, INC.<br>417 SOUTH 37TH STREET<br>ST. CHARLES, IL 60174 |
| CREDITOR ID: 261203-12<br>SMYTH COMPANIES, INC.<br>ATTN STANLEY W BUTLER, VP FINANCE<br>311 W DEPOT STREET<br>BEDFORD VA 24523 | CREDITOR ID: 316116-41<br>SN KNIGHT SR INSURANCE TRUST<br>PO DRAWER 730<br>BELLE  GLADE, FL 33430-0730 | CREDITOR ID: 261204-12<br>SN SUPERMARKET NEWS<br>PO BOX 15548<br>NORTH HOLLYWOOD, CA 91615 |
| CREDITOR ID: 380996-47<br>SNACK ALLIANCE INC<br>PO BOX 12700<br>SEATTLE, WA 98111 | CREDITOR ID: 399342-15<br>SNACK ALLIANCE INC<br>ATTN VALERIE SANDERS, AR MGR<br>1900-1030 WEST GEORGIA STREET<br>VANCOUVER BC V6E 2Y3<br>CANADA | CREDITOR ID: 395543-15<br>SNAP ON TOOLS<br>ATTN KEN GHEORGE, PRES<br>10940 LAKE VIEW DRIVE<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 261205-12<br>SNAPPER INDUSTRIAL PRODUCTS INC<br>PO BOX 76736<br>ATLANTA GA 30358-1736 | CREDITOR ID: 395538-15<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>C/O AWTREY & PARKER, PC<br>ATTN ROBERT B SILLIMAN, ESQ<br>250 LAWRENCE STREET<br>PO BOX 997<br>MARIETTA GA 30061 | CREDITOR ID: 849-03<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>PO BOX 509<br>COVINGTON GA 30015 |
| CREDITOR ID: 261206-12<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>PO BOX 73<br>COVINGTON, GA 30015 | CREDITOR ID: 395538-15<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>ATTN TERRY CLARK, VP<br>PO BOX 509<br>COVINGTON GA 30016 | CREDITOR ID: 261207-12<br>SNAPPY JACOBS REAL ESTATE MGMT LLC<br>720 CARONDELET ST<br>% SNAPPY JACOBS CCIM<br>REAL ESTATE MANAGEMENT LLC<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 385754-54<br>SNEED, BERNICE<br>1535 NE 3RD ST<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 391029-55<br>SNEED, BERNICE<br>C/O: MARK SPATZ, ESQ.<br>SIMONS AND SPATZ, PA<br>1222 SE 3RD  AVE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 407219-MS<br>SNEED, JAMES E<br>1831 DENMARK DR<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 399426-99<br>SNELL & WILMER LLP<br>ATTN: PETER RATHWELL<br>ONE ARIZONA CENTER<br>400 E VAN BUREN<br>PHOENIX AZ 85004-2202 | CREDITOR ID: 398005-76<br>SNELL, JUDY<br>169 CAPPS ROAD<br>GORDON, AL 36343 | CREDITOR ID: 391521-55<br>SNELL, JUDY<br>C/O: WILLIAM C MADDOX<br>LAW OFFICES OF WM C. MADDOX<br>294 WEST MAIN STREET<br>SUITE 201<br>DOTHAN AL 36303 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390326-54<br>SNELL, KIERRA (MINOR)<br>906 MERCURY DRIVE<br>DOTHAN, AL 36301 | CREDITOR ID: 385780-54<br>SNELL, LORIE<br>16305 NW 24TH AVE<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 391050-55<br>SNELL, LORIE<br>C/O GREG MONALDI & ASSOCIATES<br>ATTN STACY L FEINSTEIN, ESQ<br>200 SE 9TH STREET<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 385574-54<br>SNELL, ZEBRONDA<br>46 LAKE MONROE TRAIL<br>SANFORD, FL 32771 | CREDITOR ID: 390869-55<br>SNELL, ZEBRONDA<br>C/O NATALIE A. JACKSON<br>THE LAW OFFICE OF NATALIE A. JACKSON, P.<br>2603 PARK DR.<br>SANFORD FL 32771 | CREDITOR ID: 261208-12<br>SNELLING PERSONNEL SERVICES<br>SNELLING 10265<br>PO BOX 650765<br>DALLAS TX 75265-0765 |
| CREDITOR ID: 2563-07<br>SNELLVILLE PLAZA LTD<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL ROAD, STE M<br>ATLANTA, GA 30360 | CREDITOR ID: 261209-12<br>SNELLVILLE PLAZA LTD<br>C/O MESSRS ELIOT M ARNOVITZ<br>AND MICHAEL PLASKER<br>5025 WINTERS CHAPEL, STE M<br>ATLANTA, GA 30360 | CREDITOR ID: 261210-12<br>SNIDER TIRE INC<br>ATTN MARTY G RUDISILL, CR MGR<br>PO BOX 751135<br>CHARLOTTE, NC 28275 |
| CREDITOR ID: 405580-95<br>SNIDER TIRE INC<br>PO BOX 20283<br>GREENSBORO NC 27420-0283 | CREDITOR ID: 388654-54<br>SNIDER, EMILY<br>PO BOX 665<br>LINCOLN AL 35096 | CREDITOR ID: 392704-55<br>SNIDER, EMILY<br>C/O: THOMAS H. YOUNG<br>YOUNG, WOLLSTEIN, JACKSON, ET AL<br>P.O. BOX 2065<br>ANNISTON<br>AL AL 36202 |
| CREDITOR ID: 386848-54<br>SNIDER, LANORE<br>13882 MARTINIQUE DR.<br>SEMINOLE FL 33776 | CREDITOR ID: 244116-12<br>SNIETKA, BRYAN<br>22 HSHIRLEYS COURT<br>MIDDLETOWN, CT 06457 | CREDITOR ID: 385651-54<br>SNIPES, JACK<br>101 MASTIC STREET<br>ISLAMARODA, FL 33036 |
| CREDITOR ID: 390939-55<br>SNIPES, JACK<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB COOK, ESQ<br>81990 OVERSEAS HWY, 3RD FLOOR<br>ISLAMORADA FL 33036 | CREDITOR ID: 407220-MS<br>SNIPES, JOHN<br>1718 INDIA HOOK RD., #207<br>ROCK HILL SC 29732 | CREDITOR ID: 389957-54<br>SNODGRASS, FRED<br>7542 SIMS RD<br>HARRISON, TN 37341 |
| CREDITOR ID: 261211-12<br>SNOKIST GROWERS INC<br>PO BOX 711412<br>CINCINNATI OH 45271-1412 | CREDITOR ID: 387797-54<br>SNOTHERLY, WOODROW<br>594 WILDLIFE ROAD<br>LEXINGTON, NC 27292 | CREDITOR ID: 261212-12<br>SNOW ELECTRIC CO INC<br>428 BROOKSTOWN AVE<br>WINSTON SALEM NC 27101-5026 |
| CREDITOR ID: 243057-12<br>SNOW, BARBARA<br>231 COUNTRY PLACE LANE<br>LYNCHBURG, VA 24501 | CREDITOR ID: 390035-54<br>SNOW, ROCHELLE B<br>PO BOX 677<br>CALLAHAN FL 32011 | CREDITOR ID: 261213-12<br>SNOW'S MACHINE & WELDING INC<br>400 TELEGRAPH RD<br>PRICHARD, AL 36610 |
| CREDITOR ID: 407693-15<br>SNURE, DENISE MARIE<br>C/O LAW OFFICE OF LAURI J GOLDSTEIN<br>ATTN LAURI J GOLDSTEIN, ESQ<br>160 NW CENTRAL PARK PLAZA #101<br>SAINT LUCIE WEST FL 34986-1825 | CREDITOR ID: 261214-12<br>SNYDER OF BERLIN<br>PO BOX 640723<br>PITTSBURGH, PA 15264-0723 | CREDITOR ID: 261215-12<br>SNYDER OVEN REPAIR<br>PO BOX 1224<br>APOPKA, FL 32704 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405581-95<br>SNYDER OVEN REPAIR<br>1030 OCOEE APOPKA ROAD<br>SUITE 230<br>APOPKA FL 32703 | CREDITOR ID: 261216-12<br>SNYDER PAPER CORP<br>PO BOX 60940<br>CHARLOTTE NC 28260-0001 | CREDITOR ID: 381053-47<br>SNYDER SEPTIC SERVICE<br>2040 BEACON MANOR DRIVE<br>FT MYERS, FL 33907 |
| CREDITOR ID: 261217-12<br>SNYDER SIGNS INC<br>PO BOX 3647<br>JOHNSON CITY, TN 37602-3647 | CREDITOR ID: 386074-54<br>SNYDER, HATTIE<br>20327 LEONARD ROAD<br>LUTZ, FL 33549 | CREDITOR ID: 391270-55<br>SNYDER, HATTIE<br>C/O: SCOTT R. JEEVES<br>JEEVES LAW GROUP<br>954 FIRST AVENUE N.<br>ST. PETERSBURG FL 33705 |
| CREDITOR ID: 386470-54<br>SNYDER, JOHN E<br>170 GLENORA DRIVE<br>APT 4<br>ROCHESTER NY 14615 | CREDITOR ID: 261218-12<br>SNYDERS OF HANOVER<br>PO BOX 917<br>HANOVER, PA 17331 | CREDITOR ID: 260266-12<br>SOAR DEVELOPMENT CORPORATION<br>690 NORTHLAND BLVD<br>CINCINNATI OH 45240 |
| CREDITOR ID: 261219-12<br>SOCHA PROPERTY INVESTMENTS INC<br>PO BOX 861250<br>ORLANDO FL 32886-1250 | CREDITOR ID: 268552-31<br>SOCIAL GENESIS INC<br>ATTN: TRICIA HARRIS<br>1682 JACKSON SQ NW<br>ATLANTA GA 30318-0656 | CREDITOR ID: 268553-31<br>SOCIAL SERVICES LOUISIANA DEPT<br>ATTN: H GLEN KENT JR<br>10500 COURSEY BLVD<br>BATON ROUGE LA 70816-4045 |
| CREDITOR ID: 268554-31<br>SOCIETY DEVELOPMENT INC<br>ATTN: PATRICA STUART<br>118 MARTINEZ ST<br>BATESVILLE MS 38606-3930 | CREDITOR ID: 382127-51<br>SOCIETY FOR HR MANAGEMENT<br>1800 DUKE ST<br>ALEXANDRIA, VA 22314 | CREDITOR ID: 261220-12<br>SOCIETY FOR HUMAN RESOURCE<br>MANAGEMENT<br>1800 DUKE STREET<br>ALEXANDRIA, VA 22314 |
| CREDITOR ID: 261222-12<br>SOCIETY HILL HOME FASHIONS<br>4101 WHITESIDE STREET<br>LOS ANGELES CA 90063 | CREDITOR ID: 278563-24<br>SOCIETY NATIONAL BANK<br>127 PUBLIC SQUARE<br>CLEVELAND OH 44114 | CREDITOR ID: 261223-12<br>SOCIETY OF CONSUMER AFFAIRS PROFESS<br>FLORIDA CHAPTER<br>1410 NORTH WESTSHORE BLVD SUITE 800<br>TAMPA FL 33607 |
| CREDITOR ID: 261224-12<br>SOCIETY OF ST VINCENT DE PAUL<br>PO BOX 127<br>BATON ROUGE, LA 70821 | CREDITOR ID: 392596-55<br>SOCORRO ROJAS, JENNY DEL<br>C/O: CARLOS LIDSKY, ESQUIRE<br>LIDSKY & VACCARO, P.A.<br>145 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 388517-54<br>SOCORRO ROJAS, JENNY DEL<br>9455 W FLAGLER STREET, #506<br>MIAMI, FL 33174 |
| CREDITOR ID: 850-03<br>SODDY DAISY FALLING WATER<br>PO BOX 575<br>SODDY DAISY TN 37384 | CREDITOR ID: 261225-12<br>SODDY DAISY FALLING WATER<br>ATTN ROBIN PHILLIPS, OFF MGR<br>PO BOX 575<br>SODDY DAISY, TN 37384 | CREDITOR ID: 261226-12<br>SODEXHO INC & AFFILIATES<br>PO BOX 905374<br>CHARLOTTE, NC 28290-5374 |
| CREDITOR ID: 261227-12<br>SODEXHO MANAGEMENT INC<br>PO BOX 905374<br>CHARLOTTE NC 28290-5374 | CREDITOR ID: 261228-12<br>SODOMA ELECTRIC LLC<br>6198A ZERO RD<br>MERIDIAN, MS 39301 | CREDITOR ID: 382126-51<br>SOFTWARE DIVERSIFIED SERVICES<br>PO BOX 32707<br>MINNEAPOLIS, MN 55432 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382160-51<br>SOFTWARE ENGINEERING OF AMERICA<br>1230 HEMPSTEAD TURNPIKE<br>FRANKLIN SQUARE, NY 11010 | CREDITOR ID: 261230-12<br>SOFTWARE SPECTRUM<br>PO BOX 848264<br>DALLAS, TX 75284-8264 | CREDITOR ID: 393758-58<br>SOFTWARE SPECTRUM<br>PO BOX 840150<br>DALLAS, TX 75284-0150 |
| CREDITOR ID: 389880-54<br>SOILEAU, MELANIE<br>4815 HWY 167 NORTH<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 393421-55<br>SOILEAU, MELANIE<br>C/O BROUSSARD & DAVID<br>ATTN BLAKE DAVID, ESQ<br>PO BOX 3524<br>LAFAYETTE LA 70502 | CREDITOR ID: 390027-54<br>SOILEAU, PAULA<br>C/O BURSON LAW OFFICE<br>ATTN I JACKSON BURSON JR, ESQ<br>220 N SECOND STREET<br>PO BOX 985<br>EUNICE LA 70535 |
| CREDITOR ID: 390027-54<br>SOILEAU, PAULA<br>420 COTTON STREET<br>EUNICE LA 70535 | CREDITOR ID: 261231-12<br>SOL D HARRIS<br>PO BOX 1922<br>OXFORD NC 27565 | CREDITOR ID: 381909-30<br>SOL GROUP MARKETING<br>C/O SILVER GARVETT & HENKEL PA<br>ATTN: TIM D HENKEL<br>1110 BRICKELL AVE<br>PENTHOUSE ONE<br>MIAMI FL 33131 |
| CREDITOR ID: 261232-12<br>SOL GROUP MARKETING<br>1751 SOUTH WEST 8TH STREET<br>SUITE 208<br>POMPANO BEACH FL 33069 | CREDITOR ID: 278949-30<br>SOL GROUP MARKETING<br>1751 SW 8TH STREET, SUITE 208<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 403007-89<br>SOLANA, HARRISON<br>1675 LAKE CHARM DR.<br>OVIEDO FL 32765 |
| CREDITOR ID: 407221-MS<br>SOLANA, HARRISON<br>7108 PEARCES ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 261233-12<br>SOLAR COSMETIC LABS INC<br>PO BOX 711051<br>CINCINNATI, OH 45271-1051 | CREDITOR ID: 405584-95<br>SOLAR COSMETIC LABS INC<br>4920 NW 165 STREET<br>MIAMI FL 33014 |
| CREDITOR ID: 262708-12<br>SOLDINGER, TERRI<br>26 NEW FLORIDA AVENUE<br>BEVERLY HILLS, FL 34465 | CREDITOR ID: 261234-12<br>SOLID SOLUTIONS, INC<br>ATTN ROBERT S STINE, PRESIDENT<br>PO BOX 596<br>TRAVELERS REST, SC 29690 | CREDITOR ID: 268556-31<br>SOLID WASTE<br>ATTN: LINDA ARMSTRONG<br>217 BROAD ST<br>COLUMBIA MS 39429-2904 |
| CREDITOR ID: 268555-31<br>SOLID WASTE<br>ATTN: JOHN SINGER<br>3750 W US 98<br>PERRY FL 32347-7112 | CREDITOR ID: 268557-31<br>SOLID WASTE & RECYCLING<br>ATTN: JOEL SCALES<br>3025 LANDFILL RD<br>GREENVILLE NC 27834-0025 | CREDITOR ID: 268558-31<br>SOLID WASTE AND ENVIRONME<br>ATTN: DANNY BAGLEY<br>COLONIAL RD<br>PINETOPS NC 27864 |
| CREDITOR ID: 268566-31<br>SOLID WASTE AUTH PALM BCH CNTY<br>ATTN: ROGER BRITT<br>1810 LANTANA RD<br>LAKE WORTH FL 33462-2604 | CREDITOR ID: 268565-31<br>SOLID WASTE AUTH PALM BCH CNTY<br>ATTN: PAT CARROLL<br>6554B N JOG RD<br>WEST PALM BEACH FL 33412-2401 | CREDITOR ID: 268564-31<br>SOLID WASTE AUTH PALM BCH CNTY<br>ATTN: OTTIS WILLIAMS<br>1901 SW 4TH AVE<br>DELRAY BEACH FL 33444-7939 |
| CREDITOR ID: 268563-31<br>SOLID WASTE AUTH PALM BCH CNTY<br>ATTN: DONALD LOCKHART<br>7501 N JOG RD<br>WEST PALM BEACH FL 33412-2414 | CREDITOR ID: 268559-31<br>SOLID WASTE AUTH PALM BCH CNTY<br>ATTN: BOB MADDEN<br>6161 N JOG RD<br>WEST PALM BEACH FL 33412-2413 | CREDITOR ID: 261235-12<br>SOLID WASTE AUTHORITY<br>ATTN AUDREY MCGIRT, ACCTS REC<br>PO BOX 829<br>HINESVILLE, GA 31310 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 268567-31
SOLID WASTE CONVENIENCE CENTER
ATTN: DON CUMBEE
6405 VIRGINIA AVE
PEMBROKE VA 24136-3012

CREDITOR ID: 268569-31
SOLID WASTE GARAGE
ATTN: COY MARTIN
27265 PORTER LN
ABINGDON VA 24211-7319

CREDITOR ID: 268570-31
SOLID WASTE OFC TILLMAN RIDGE
ATTN: DONNA CHAPMAN
3005 ALAN NEASE RD
ELKTON FL 32033-2543

CREDITOR ID: 268571-31
SOLID WASTE SOLUTIONS LLC
ATTN: STAN WALTERS
101 PERIWINKLE PL
MOORE SC 29369-9376

CREDITOR ID: 268572-31
SOLID WASTE SYSTEMS INC
ATTN: TAD SIMS
10128 ELSENHAM LN
CHARLOTTE NC 28269-8120

CREDITOR ID: 268573-31
SOLID WASTE TRANSFER STATION
ATTN: JAMES PARKER
3221 10TH AVENUE EXT N
MYRTLE BEACH SC 29577-6701

CREDITOR ID: 247571-12
SOLIS, DANIELLE
670 N W 52 STREET
MIAMI, FL 33127

CREDITOR ID: 389646-54
SOLIS, MICHAEL
3660 NE 166TH STREET
NORTH MIAMI BEACH, FL 33160

CREDITOR ID: 393300-55
SOLIS, MICHAEL
C/O: EVAN M. FLEDMAN
EVAN M. FELDMAN
5975 SUNSET DR.
STE. 604
SOUTH MIAMI FL 33143

CREDITOR ID: 261236-12
SOLOMON THOMAS
1674 BEECHER STREET W
ATLANTA GA 30310

CREDITOR ID: 393443-55
SOLOMON, RASHAD (MINOR)
C/O: LESLIE SCOTT JEAN-BART
FARAH, FARAH, & ABBOTT, P.A.
1845 UNIVERSITY BOULEVARD N
JACKSONVILLE FL 32211

CREDITOR ID: 389905-54
SOLOMON, RASHAD (MINOR)
111 W 32ND STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 388477-54
SOLOMON, TREVAS
3004 EAST PALIFOH STREET
TAMPA, FL 33610

CREDITOR ID: 392565-55
SOLOMON, TREVAS
C/O: MICHELLE I. RODRIGUEZ
FERNANDEZ & CALANDRA ATTORNEYS
ONE HARBOUR PLACE STE. 255
777 S. HARBOUR ISLAND BLVD.
TAMPA FL 33602

CREDITOR ID: 403948-94
SOLOWAY, RICHARD L
1043 S.W. 113 TERRACE
PEMBROKE PINES FL 33025-4372

CREDITOR ID: 261237-12
SOLUTIONS 504
PO BOX 688
METAIRIE LA 70004

CREDITOR ID: 261238-12
SOMBRERO INC
ATTN: LINDA GARNER, VP
1425 WEST ROY PARKER ROAD
OZARK, AL 36360

CREDITOR ID: 405585-95
SOMBRERO INC
8192 HWY 51
P O BOX 47
ARITON AL 36311-0047

CREDITOR ID: 852-03
SONAT PUBLIC SERVICE
1422 BURTONWOOD DRIVE
GASTONIA NC 28053-0698

CREDITOR ID: 261239-12
SONGY'S EVERGREEN
PO BOX 96
PORT SULPHUR, LA 70083

CREDITOR ID: 261240-12
SONIA D MARTIN
16050 NW 45 AVENUE
MIAMI FL 33054

CREDITOR ID: 261241-12
SONIA WEINSTEIN JONES
4623 WILLIAMSTOWN BLVD
LAKELAND FL 33810

CREDITOR ID: 395335-63
SONITROL
6 CHARING CROSS ROAD
TAYLORS, SC 29687

CREDITOR ID: 395357-63
SONITROL
815 WOOD RIDGE CENTER DRIVE
CHARLOTTE, NC 28217-1986

CREDITOR ID: 395358-63
SONITROL FIRE & SECURITY
815 WOOD RIDGE CENTER DRIVE
CHARLOTTE, NC 28217-1986

CREDITOR ID: 261242-12
SONITROL OF EVANSVILLE
208 NORTHWEST THIRD STREET
EVANSVILLE, IN 47708

CREDITOR ID: 261243-12
SONITROL OF GREATER RICHMOND
PO BOX 790205
ST LOUIS, MO 63179 0205

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261244-12<br>SONITROL OF GREATER RICHMOND INC<br>PO BOX 5728<br>GLEN ALLEN VA 23058-5728 | CREDITOR ID: 261245-12<br>SONITROL OF JACKSONVILLE<br>PO BOX 910454<br>DALLAS, TX 75391 | CREDITOR ID: 403391-15<br>SONITROL OF WESTERN KENTUCKY<br>ATTN KEN KRAPF<br>208 NW 3RD STREET<br>EVANSVILLE IN 47708-1234 |
| CREDITOR ID: 261246-12<br>SONITROL SECURITY SERVICES INC<br>815 WOOD RIDGE CENTER DR<br>CHARLOTTE, NC 28217 | CREDITOR ID: 261248-12<br>SONITROL SECURITY SYSTEMS<br>OF WESTERN KENTUCKY<br>208 NORTHWEST THIRD ST<br>EVANSVILLE, IN 47708-1234 | CREDITOR ID: 261247-12<br>SONITROL SECURITY SYSTEMS<br>4455 TILE DRIVE<br>CHARLESTON SC 29405 |
| CREDITOR ID: 261249-12<br>SONJA HAYWOOD<br>2074 WEST 18TH STREET<br>JACKSONVILLE FL 32209 | CREDITOR ID: 261250-12<br>SONJA J HOWARD<br>615 S MOORE ROAD<br>EAST RIDGE TN 37412 | CREDITOR ID: 261251-12<br>SONJA SMITH<br>5775 BEECH STREET<br>BATON ROUGE LA 70805 |
| CREDITOR ID: 261252-12<br>SONJA UPSHAW<br>1361 MIDVIEW DRIVE<br>DECATUR GA 30032 | CREDITOR ID: 261253-12<br>SONMAN INC<br>380 COMMERCE PKWY<br>ROCKLEDGE, FL 32955 | CREDITOR ID: 405587-95<br>SONMAN INC<br>564-A INTERNATIONAL PLACE<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 261254-12<br>SONNIERS CRACKLINS INC<br>ATTN: NEUVILLE J SONNIER, PRES<br>PO BOX 557<br>JEANERETTE, LA 70544 | CREDITOR ID: 261255-12<br>SONSTEGARD FOODS COMPANY<br>PO BOX 1450    NW-9400<br>MINNEAPOLIS MN 55485-1450 | CREDITOR ID: 389514-54<br>SONVI  WINN-DIXIE JACK<br>15500 W. BEAVER ST.<br>JACKSONVILLE, FL 32234 |
| CREDITOR ID: 261256-12<br>SONYA D HOWARD<br>PO BOX 241<br>LENOX GA 31637 | CREDITOR ID: 261258-12<br>SOPHIA BROWN<br>4160 NW 21ST<br>FT LAUDERDALE FL 33313 | CREDITOR ID: 261260-12<br>SOPHIE MAE CANDIES<br>PO BOX 415000<br>MSC 410026<br>NASHVILLE TN 37241-5000 |
| CREDITOR ID: 261261-12<br>SOPUS PRODUCTS<br>PO BOX 201188<br>HOUSTON, TX 77216-1188 | CREDITOR ID: 397168-67<br>SOREY'S VISION CARE<br>1770 ELLIS AVENUE, SUITE 146<br>JACKSON, MS 39204 | CREDITOR ID: 377112-44<br>SORIA NATURAL<br>7172 NW 50TH STREET<br>MIAMI, FL 33166 |
| CREDITOR ID: 381278-47<br>SORIERO, ANNA M<br>13007 BALD CYPRESS LANE<br>NAPLES, FL 34119 | CREDITOR ID: 400550-88<br>SORISE, FRAN<br>C/O ALAN COHN, ESQ<br>1152 NORTH UNIVERSITY DRIVE<br>SUITE 201<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 261262-12<br>SORMI INC<br>C/O C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 |
| CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 | CREDITOR ID: 377114-44<br>SORRENTO CHEESE CO, INC.<br>PO BOX 360404M<br>PITTSBURGH, PA 15251-6404 | CREDITOR ID: 377843-36<br>SORRENTO LACTALIS INC<br>ATTN: ANN AMICO<br>2376 SOUTH PARK AVE<br>BUFFALO NY 14220 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 261263-12
SORRENTO LACTALIS INC
PO BOX 360404M
PITTSBURGH, PA 15251-6404

CREDITOR ID: 393613-55
SOTO, MARIA V
C/O SEAN F MONAHAN, PA
ATTN SEAN F MONAHAN, ESQ
703 W BOYNTON BEACH BLVD
BOYNTON BEACH FL 33426

CREDITOR ID: 390488-54
SOTO, MARIA V
11 5TH STREET
BOYNTON BEACH, FL 33435

CREDITOR ID: 387759-54
SOTO, WILBURN
13401 HENDERSON ROAD
LOT 42
TAMPA, FL 33624

CREDITOR ID: 392109-55
SOTO, WILBURN
C/O: MATTHEW C. SCARBOROUGH, ESQ.
SCARBOROUGH, HILL & RUGH
707 W. AZEELE STREET
TAMPA FL 33606

CREDITOR ID: 399579-82
SOTOLONGO, GLADYS
6740 SW 159TH PLACE
MIAMI  FL 33193

CREDITOR ID: 388783-54
SOUDAT, RHONDA
5852 ELIN DRIVE
ORLANDO, FL 32808

CREDITOR ID: 392738-55
SOUDAT, RHONDA
C/O LAW OFFICES OF MARK L HORWITZ
ATTN MARK L HORWITZ ESQ
17 EAST PINE STREET
ORLANDO FL 32801

CREDITOR ID: 407222-MS
SOUDER, BRUCE R
PO BOX 408300
FORT LAUDERDALE FL 33340-8300

CREDITOR ID: 407223-MS
SOUDER, BRUCE R.
P.O. BOX N-3738
NASSAU BA

CREDITOR ID: 385305-54
SOUFFRONT, RUTH
206 JOHN CAROL ROAD EAST
LAKELAND, FL 33801

CREDITOR ID: 390613-55
SOUFFRONT, RUTH
C/O W JAMES KELLY, PA
ATTN TIMOTHY O COYLE, ESQ
PO BOX 2177
LAKELAND FL 33806-2177

CREDITOR ID: 382260-51
SOUL FOOD & MUSIC FESTIVAL
4616 ROSWELL RD, NE, STE E3
ATLANTA, GA 30342

CREDITOR ID: 261264-12
SOUND & COMMUNICATIONS INC
5830 NORTH STATE STREET
JACKSON MS 39206

CREDITOR ID: 261265-12
SOUND VIDEO CORP
ATTN W R EVANS, PRES
3125-A GATEWAY DRIVE
NORCROSS, GA 30071-1107

CREDITOR ID: 261266-12
SOUNDCOM LLC
PO BOX 538482
ATLANTA, GA 30353-8482

CREDITOR ID: 405588-95
SOUNDCOM LLC
3520 LORNA RIDGE DRIVE
HOOVER AL 35216

CREDITOR ID: 261267-12
SOUNDCOM OF FLORIDA LLC
1000 N DIXIE HWY, SUITE A
W PALM BEACH, FL 33401-3332

CREDITOR ID: 403357-83
SOURCECORP BPS INC.
1030 ONTARIO RD. PO BOX 19081
GREEN BAY WI 54307-9801

CREDITOR ID: 394007-61
SOURCECORP HEALTHSERVE
PO BOX 19081
GREEN BAY, WI 54307-9081

CREDITOR ID: 261268-12
SOUTH ALABAMA GAS
602 BELLEVILLE ST
EVERGREEN, AL 36401

CREDITOR ID: 261269-12
SOUTH ALABAMA UTILITIES
ATTN BETTY P LOWERY
PO BOX 809
SEMMES, AL 36575

CREDITOR ID: 261270-12
SOUTH ATLANTIC FIRE EQUIPMENT
5863 W BEAVER STREET
JACKSONVILLE, FL 32254-2868

CREDITOR ID: 261271-12
SOUTH BALDWIN PLUMBING
2410 WEST NINE MILE ROAD
PENSACOLA FL 32534

CREDITOR ID: 261272-12
SOUTH BALDWIN REG MD CTR
PO BOX 402375
ATLANTA, GA 30384-2375

CREDITOR ID: 381940-50
SOUTH BEACH SHOPPING CENTER LIMITED
C/O MR. PETER BETHEL
PO BOX N-2381
NASSAU,
BAHAMAS

CREDITOR ID: 261273-12
SOUTH BROADWAY CO LLC
%ISSAC COMMERCIAL PROPERTIES INC
771 CORPORATED DR  STE 300
LEXINGTON, KY 40503

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 261274-12
SOUTH BROADWAY CORP
248 WELLS DR
FOREST CITY, NC 28043

CREDITOR ID: 2564-07
SOUTH BROADWAY CORPORATION
248 WELLS DR
FOREST CITY, NC 28043

CREDITOR ID: 268574-31
SOUTH CAROLINA CHILDRENS SVCS
ATTN: CANDY WAYTES
1205 PENDLETON ST STE 110
COLUMBIA SC 29201-3731

CREDITOR ID: 261276-12
SOUTH CAROLINA DAIRY ASSOC
PO BOX 1184
IRMO, SC 29063-1184

CREDITOR ID: 30-02
SOUTH CAROLINA DEPART OF INSURANCE
ATTN: GWENDOLYN FULLER MCGRIFF DIR
300 ARBOR LAKE DRIVE, SUITE 1200
COLUMBIA SC 29223

CREDITOR ID: 377117-44
SOUTH CAROLINA DEPARTMENT OF AGRICULTURE
PO BOX 11280
COLUMBIA, SC 29211

CREDITOR ID: 377116-44
SOUTH CAROLINA DEPARTMENT OF AGRICULTURE
LABORATORY DIVISION
1101 WILLIAMS STREET
COLUMBIA, SC 29201

CREDITOR ID: 261281-12
SOUTH CAROLINA DEPARTMENT OF REV
CORPORATION RETURN
COLUMBIA SC 29214

CREDITOR ID: 261280-12
SOUTH CAROLINA DEPARTMENT OF REV
CENTRAL LEVY UNIT
S C DEPARTMENT OF REVENUE
COLUMBIA SC 29214-0213

CREDITOR ID: 11-02
SOUTH CAROLINA DEPARTMENT OF REV
ATTN: BURNET R. MAYBANK, III, DIREC
301 GERVAIS STREET
COLUMBIA SC 29214

CREDITOR ID: 377118-44
SOUTH CAROLINA DEPARTMENT OF REVENUE
CENTRAL LEVY UNIT
S C DEPARTMENT OF REVENUE
COLUMBIA, SC 29214-0213

CREDITOR ID: 318421-42
SOUTH CAROLINA DEPARTMENT OF REVENUE
MOTOR CARRIER PROPERTY TAX
COLUMBIA SC 29214-0139

CREDITOR ID: 261284-12
SOUTH CAROLINA DEPT HEALTH & HUMANE
SERVICES DEPT OF ACCOUNTS RECEIVABL
PO BOX 8355
COLUMBIA SC 29202-8355

CREDITOR ID: 261283-12
SOUTH CAROLINA DEPT OF
HEALTH & ENVIRONMENTAL CONTROL
BUREAU OF FINANCE
2600 BULL ST
COLUMBIA SC 29201

CREDITOR ID: 261286-12
SOUTH CAROLINA DEPT OF REVENUE
PO BOX 2535
COLUMBIA, SC 29202-2535

CREDITOR ID: 268575-31
SOUTH CAROLINA DPT HEALTH&ENV
ATTN: JIM GILLIAM
222 MCDANIEL AVE STE B17
PICKENS SC 29671-2752

CREDITOR ID: 20-02
SOUTH CAROLINA EDUCA LOTTERY ORG
ATTN: ERNIE PASSAILAIGUE, EXEC DIR
1333 MAIN STREET
COLUMBIA SC 29201

CREDITOR ID: 397707-51
SOUTH CAROLINA EDUCATION LOTTERY
PO BOX 11949
COLUMBIA, SC 29211

CREDITOR ID: 261288-12
SOUTH CAROLINA ELECTRIC & GAS
PO BOX 764
COLUMBIA, SC 29218

CREDITOR ID: 279469-99
SOUTH CAROLINA ELECTRIC & GAS CO
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 279469-99
SOUTH CAROLINA ELECTRIC & GAS CO
C/O MOORE & VAN ALLEN PLLC
ATTN: DAVID B WHEELER, ESQ
40 CALHOUN ST, STE 300
PO BOX 22828
CHARLESTON SC 29413-2828

CREDITOR ID: 377119-44
SOUTH CAROLINA EMPLOYMENT SECURITY COMM
P O BOX 7103
COLUMBIA, SC 29202

CREDITOR ID: 268576-31
SOUTH CAROLINA ENVIRO QUALITY
ATTN: BRIAN T ROGERS
2404 N MAIN ST STE 200
ANDERSON SC 29621-3275

CREDITOR ID: 268577-31
SOUTH CAROLINA INFORMATION
ATTN: MATT DEZEE
4430 BROAD RIVER RD
COLUMBIA SC 29210-4012

CREDITOR ID: 382951-51
SOUTH CAROLINA MEDICAID
ALLWIN DATA SERVICES
4290 INDIANOLA AVENUE
COLUMBUS, OH 43214

CREDITOR ID: 261290-12
SOUTH CAROLINA MERCHANTS ASSOC
1735 ST JULIAN PLACE 304
COLUMBIA SC 29204

CREDITOR ID: 261291-12
SOUTH CAROLINA WORKERS
PO BOX 1715
SELF INSURANCE ADMINISTRATOR
COMPENSATION COMM
COLUMBIA SC 29202-1715

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 268578-31
SOUTH CENTRAL ALABAMA DEV COMM
ATTN: TYSON HOWARD
5900 CARMICHAEL PL
MONTGOMERY AL 36117-2345

CREDITOR ID: 397323-69
SOUTH CENTRAL ROOFING
910 SCORR STREET
HATTIESBURG, MS 39401

CREDITOR ID: 261292-12
SOUTH CENTRAL ROOFING & SHEET
METAL, INC.
PO BOX 15055
HATTIESBURG MS 39404

CREDITOR ID: 268579-31
SOUTH CENTRAL WASTEWATER AUTH
ATTN: JAMES DAWSON
900 MAGAZINE RD
PETERSBURG VA 23803-3400

CREDITOR ID: 268580-31
SOUTH CENTRAL WASTEWATER PLANT
ATTN: DICK MARTENS
10001 N WICKHAM RD
MELBOURNE FL 32940-6604

CREDITOR ID: 268581-31
SOUTH CNTY WASTE WATER TRTMNT
ATTN: JON H PRATT
5600 WARREN ST
NAPLES FL 34113-7669

CREDITOR ID: 261293-12
SOUTH COAST GAS CO INC
ATTN MARTIN ST ROMAIN II, PRES
PO BOX 470
RACELAND LA 70394-0407

CREDITOR ID: 856-03
SOUTH COAST GAS CO.
PO BOX 470
RACELAND LA 70394-0470

CREDITOR ID: 261294-12
SOUTH CONGAREE W-D PARTNERSHIP
C/O AVTEX COMMERCIAL PROPERTIE
PO DRAWER 10287
GREENVILLE, SC 29603

CREDITOR ID: 2565-07
SOUTH CONGAREE W-D PARTNERSHIP
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE SC 29603

CREDITOR ID: 268582-31
SOUTH CRLINA NTRAL RSRCES COMM
ATTN: ALFRED H VANG
1201 MAIN ST STE 1100
COLUMBIA SC 29201-3200

CREDITOR ID: 261295-12
SOUTH CROWLEY ELEMENTARY SCHOOL
1102 S PARKERSON AVE
CROWLEY, LA 70526

CREDITOR ID: 381581-47
SOUTH EAST MEXICAN FOODS INC
4307 IRONWOOD DRIVE
WILSON, NC 27896

CREDITOR ID: 384362-47
SOUTH EAST MEXICAN FOODS INC
1305 HERRING AVENUE SUITE K&G
WILSON, NC 27893

CREDITOR ID: 268583-31
SOUTH EASTERN PUBLIC SVC AUTH
ATTN: JOHN HADFIELD
13191 FOURSQUARE RD
SMITHFIELD VA 23430-8645

CREDITOR ID: 268584-31
SOUTH EASTRN NC CMNTY DEV CORP
ATTN: LARRY RUSSELL
1006 AYCOCK ST
ROCKY MOUNT NC 27803-2501

CREDITOR ID: 268585-31
SOUTH FL ECOSYSTEM RESTORATION
ATTN: TERRENCE SALT
UNIVER PK 11200 SW 8 148
MIAMI FL 33199-0001

CREDITOR ID: 268586-31
SOUTH FLA CONSERVATION CTR INC
ATTN: JOHN ANTON MASEMAN
5803 MAGGIORE TRL
ZELLWOOD FL 32798-5307

CREDITOR ID: 268587-31
SOUTH FLA REGIONAL PLG COUNCIL
ATTN: CAROLYN DEKLE
3440 HOLLYWOOD BLVD
HOLLYWOOD FL 33021-6927

CREDITOR ID: 261296-12
SOUTH FLORIDA BAKERY INC
14159 S W 144TH ST
MIAMI, FL 33186

CREDITOR ID: 268588-31
SOUTH FLORIDA CONSERVANCY DST
ATTN: DWIGHT GRAYDON
2832 N MAIN ST
BELLE GLADE FL 33430

CREDITOR ID: 268589-31
SOUTH FLORIDA DISTRICT BR OFF
ATTN: GORDON ROMEIS
7451 GOLF COURSE BLVD
PUNTA GORDA FL 33982-2422

CREDITOR ID: 261297-12
SOUTH FLORIDA FAIR & PALM BEACH
COUNTY EXPOSITIONS INC
PO BOX 210367
WEST PALM BEACH, FL 33421

CREDITOR ID: 261298-12
SOUTH FLORIDA HYDRAULIC, INC.
500 WREN AVENUE
MIAMI SPRINGS FL 33166

CREDITOR ID: 268590-31
SOUTH FLORIDA WATER MANAGEMENT
ATTN: CLARENCE TEARS
6089 JANES LN
NAPLES FL 34109-6223

CREDITOR ID: 268597-31
SOUTH FLORIDA WATER MGT DST
ATTN: SCOTT THORP
2195 NE 8TH ST
HOMESTEAD FL 33033-4714

CREDITOR ID: 268596-31
SOUTH FLORIDA WATER MGT DST
ATTN: RICHARD CHAMPLIN
2425 HOOKERS POINT RD
CLEWISTON FL 33440-8551

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 268595-31
SOUTH FLORIDA WATER MGT DST
ATTN: LARRY RUSSELL
80 S HOAGLAND BLVD
KISSIMMEE FL 34741-4532

CREDITOR ID: 268594-31
SOUTH FLORIDA WATER MGT DST
ATTN: HUMBERTO ALONSO
8500 GRIFFIN
FORT LAUDERDALE FL 33328

CREDITOR ID: 268593-31
SOUTH FLORIDA WATER MGT DST
ATTN: HENRY DEAN
3301 GUN CLUB RD
WEST PALM BEACH FL 33406-3007

CREDITOR ID: 268592-31
SOUTH FLORIDA WATER MGT DST
ATTN: BILL STIMMEL
7335 LAKE ELLENOR DR
ORLANDO FL 32809-6219

CREDITOR ID: 268591-31
SOUTH FLORIDA WATER MGT DST
ATTN: AKIN OWOSINA
2301 MCGREGOR BLVD
FORT MYERS FL 33901-3353

CREDITOR ID: 278099-23
SOUTH GA BANKING CO.
ATTN: VICKI WALKER
PO BOX 1505
TIFTON GA 31793

CREDITOR ID: 268598-31
SOUTH GARDEN LAND DEV CO
ATTN: WILLIAM T NOLLEY
11920 NEW KENT HWY
NEW KENT VA 23124-2005

CREDITOR ID: 397086-67
SOUTH GEORGIA BANKING COMPANY
PO BOX 128
OMEGA, GA 31775-0128

CREDITOR ID: 261299-12
SOUTH GEORGIA BEVERAGE CO
2719 MIKE PADGETT HIGHWAY
AUGUSTA, GA 30906

CREDITOR ID: 261300-12
SOUTH GEORGIA CLEANING SERVICE
1759  AIRPORT RD
VALDOSTA GA 31601

CREDITOR ID: 261301-12
SOUTH GEORGIA DIE & MACHINE
304 WOODING LANE
PO BOX 1186
VALDOSTA, GA 31603

CREDITOR ID: 261302-12
SOUTH GEORGIA MEDIA GROUP
PO BOX 968
VALDOSTA, GA 31603-0968

CREDITOR ID: 406015-15
SOUTH GEORGIA MEDIA GROUP
ATTN BOBBIE F BRIGMAN, CR MGR
PO BOX 2349
MOULTRIE GA 31776

CREDITOR ID: 261303-12
SOUTH GEORGIA MEDICAL ASSOC
105 E TOLLISON ST   STE B
BAXLEY GA 31513

CREDITOR ID: 261304-12
SOUTH GEORGIA PECAN CO
PO BOX 116604
SOUTHEASTERN REDUCTION CO
ATLANTA, GA 30368-6604

CREDITOR ID: 268600-31
SOUTH GEORGIA REGIONAL DEV CTR
ATTN: VANCE ROBERTS
116 MCKEY ST
VALDOSTA GA 31601-5711

CREDITOR ID: 268599-31
SOUTH GEORGIA REGIONAL DEV CTR
ATTN: JOHN LEONARD
327 W SAVANNAH AVE
VALDOSTA GA 31601-5901

CREDITOR ID: 377121-44
SOUTH GEORGIA SCALES INC
P O BOX 3744
VALDOSTA, GA 31604

CREDITOR ID: 261305-12
SOUTH GEORGIA SCALES INC
3481 BEMISS RD
VALDOSTA GA 31605

CREDITOR ID: 268601-31
SOUTH HILL COMMUNITY DEV ASSN
ATTN: RANDOLPH JONES
201 S MECKLENBURG AVE
SOUTH HILL VA 23970-2619

CREDITOR ID: 316120-41
SOUTH HILL COMPANY L.C.
C/O COVINGTON COMPANIES
P.O. BOX 8510
RICHMOND VA 23226

CREDITOR ID: 315903-40
SOUTH HILL COMPANY LC
C/O THE COVINGTON COMPANY
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 381163-47
SOUTH HILL ENTERPRISE
PO BOX 530
CHATHAM, VA 24531

CREDITOR ID: 261307-12
SOUTH HILL LODGING INC
250 THOMPSON STREET
LA CROSSE, VA 23950

CREDITOR ID: 268602-31
SOUTH LAFOURCHE LEVEE DISTRICT
ATTN: RONALD CALLAIS
17904 HIGHWAY 3235
GALLIANO LA 70354-3646

CREDITOR ID: 261308-12
SOUTH LAKE BLACK ACHIEVERS
933 SCOTT STREET
CLERMONT FL 34711

CREDITOR ID: 261309-12
SOUTH LAKE HIGH SCHOOL
ATTN YEARBOOK
15600 SILVER EAGLE ROAD
GROVELAND, FL 34736

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384363-47<br>SOUTH LAKE PRESS<br>732 W MONTROSE ST<br>CLERMONT, FL 34711 | CREDITOR ID: 405590-95<br>SOUTH LAKE PRESS<br>737 8TH ST<br>CLERMONT FL 34711 | CREDITOR ID: 261311-12<br>SOUTH LOUISIANA PUBLISHING<br>PO BOX 3268<br>LAFAYETTE, LA 70502 |
| CREDITOR ID: 405997-15<br>SOUTH LOUISIANA SUGARS COOPERATIVE<br>ATTN MALCOLM J THIBODAUX<br>PO BOX 67<br>ST JAMES LA 70086 | CREDITOR ID: 261312-12<br>SOUTH LOUISIANA SUGARS COOPERATIVE<br>PO BOX 545<br>NAPOLEONVILLE LA 70390 | CREDITOR ID: 261313-12<br>SOUTH MARTIN REGIONAL UTILITY<br>PO BOX 395<br>HOBE SOUND, FL 33475-0395 |
| CREDITOR ID: 405591-95<br>SOUTH MARTIN REGIONAL UTILITY<br>6568 SE FEDERAL HWY<br>STEWART FL 34997-8383 | CREDITOR ID: 268603-31<br>SOUTH MIAMI HEIGHTS COMMUNITY<br>ATTN: LARRY JONES<br>12195 QUAIL ROOST DR BLDG 3<br>MIAMI FL 33177-6552 | CREDITOR ID: 377122-44<br>SOUTH MILL MUSHROOM<br>PO BOX 1037<br>KENNETT SQUARE PA 19348-0424 |
| CREDITOR ID: 2566-07<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 261314-12<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE, MD 21275-5426 | CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE, MD 21275-5426 |
| CREDITOR ID: 268604-31<br>SOUTH NEWTON RURAL WATER<br>ATTN: MARY GUNTER<br>401 DECATUR ST<br>NEWTON MS 39345-2315 | CREDITOR ID: 1860-07<br>SOUTH PLAZA  ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 405592-95<br>SOUTH PLAZA  ASSOCIATES LLC<br>17757 US HIGHWAY 19 NORTH<br>C/O COLLIERS ARNOLD<br>CLEARWATER FL 33764 |
| CREDITOR ID: 261315-12<br>SOUTH PLAZA ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>% PERRINE & WHEELER REAL ESTAT<br>PO BOX 3247<br>APOLLO  BEACH FL 33572 | CREDITOR ID: 261316-12<br>SOUTH POINT WASTE & RECYCLING LLC<br>1235 EAST BLVD  STE E123<br>CHARLOTTE, NC 28203 |
| CREDITOR ID: 261317-12<br>SOUTH RAYNE ELEMENTARY<br>101 E BRANCHE ST<br>RAYNE, LA 70578 | CREDITOR ID: 407744-99<br>SOUTH ROCKDALE ASSOC LLC<br>C/O EPSTEIN BECKER & GREEN PC<br>ATTN: ANNETTE KERLINEMCBRAYER, ESQ<br>945 EAST PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 261318-12<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>SUITE 101<br>4200 NORTHSIDE PARKWAY BLDG<br>ATLANTA, GA 30327-3052 |
| CREDITOR ID: 1861-07<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY BLDG<br>SUITE 101<br>ATLANTA, GA 30327-3052 | CREDITOR ID: 261319-12<br>SOUTH SIDE ELEMENTARY<br>1500 ROSA ST<br>PICAYUNE, MS 39466 | CREDITOR ID: 261320-12<br>SOUTH SIDE LOWER ELEMENTARY<br>400 S BEECH ST<br>PICAYUNE, MS 39466 |
| CREDITOR ID: 261321-12<br>SOUTH SQUARE MARKETPLACE<br>C/O EDENS AND AVANT<br>FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1862-07<br>SOUTH SQUARE MARKETPLACE<br>C/O EDENS AND AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 261322-12<br>SOUTH STATES METALS CORP<br>1355 TRAE LANE<br>LITHIA SPRINGS GA 30122 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261323-12<br>SOUTH STREET ELEMENTARY SCHOOL<br>PO BOX 1297<br>OPELOUSAS, LA 70571 | CREDITOR ID: 261324-12<br>SOUTH TAMPA HEALTH & REHAB CENTER<br>4610 MANHATTAN AVENUE<br>TAMPA, FL 33611 | CREDITOR ID: 261325-12<br>SOUTH TERREBONNE HIGH SCHOOL<br>3879 HWY 24<br>BOURG, LA 70343 |
| CREDITOR ID: 261326-12<br>SOUTH TEXAS GARDEN FRESH<br>PRODUCE INC<br>PO BOX 8117<br>MISSION, TX 78572 | CREDITOR ID: 261327-12<br>SOUTH THIBODAUX ELEMENTARY SCHOOL<br>IRIS AND STADIUM DR<br>THIBODAUX, LA 70301 | CREDITOR ID: 261328-12<br>SOUTH WALKER ELEMENTARY<br>13745 MILTON LANE<br>WALKER, LA 70785 |
| CREDITOR ID: 261329-12<br>SOUTH WALTON UTILITY CO<br>79 OLD HWY 98<br>DESTIN, FL 32541-4938 | CREDITOR ID: 858-03<br>SOUTH WALTON UTILITY CO.<br>79 OLD HIGHWAY 98<br>DESTIN FL 32541-4938 | CREDITOR ID: 268605-31<br>SOUTH WEST WAYNESBORO WTR ASSN<br>ATTN: RONNY EDWARDS<br>1668 HIGHWAY 63<br>WAYNESBORO MS 39367 |
| CREDITOR ID: 261330-12<br>SOUTH WIN LIMITED PARTNERSHIP<br>2743 PERIMETER PARKWAY<br>BLDG 100 SUITE 370<br>AUGUSTA, GA 30909 | CREDITOR ID: 405593-95<br>SOUTH WIN LIMITED PARTNERSHIP<br>699 BROAD ST SUITE 400<br>AUGUSTA GA 30901 | CREDITOR ID: 261331-12<br>SOUTHAMPTON COMBINED COURT<br>PO BOX 347<br>COURTLAND, VA 23837 |
| CREDITOR ID: 261332-12<br>SOUTHAMPTON MEMORIAL HOSPITAL<br>1020 PRETLOW<br>C/O FRANKLIN GENERAL DIST COURT<br>FRANKLIN VA 23851 | CREDITOR ID: 407224-MS<br>SOUTHARD, JAMES W.<br>3323 KYLE CT.<br>BOWLING GREEN KY 42101 | CREDITOR ID: 261333-12<br>SOUTHART INC<br>PO BOX 5304<br>HILTON HEAD SC 29938 |
| CREDITOR ID: 268606-31<br>SOUTHAST INTERSTATE WASTE COMM<br>ATTN: KATHRYN HAYNES<br>21 GLENWOOD AVE STE 207<br>RALEIGH NC 27603-1768 | CREDITOR ID: 261334-12<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY COMPANY, INC<br>ATTN GUY S CLIFTON<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 | CREDITOR ID: 261334-12<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PARKWAY, STE 200<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 261335-12<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA, GA 31193-3025 | CREDITOR ID: 1865-07<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA, GA 31193-3025 | CREDITOR ID: 397324-69<br>SOUTHCO<br>933 BROAD STREET<br>CAMDEN, SC 29020 |
| CREDITOR ID: 261336-12<br>SOUTHCO SWEEPING & MAINTENANCE<br>ATTN: DEBORAH P MCCASKILL, VP<br>933 BROAD STREET<br>CAMDEN, SC 29020 | CREDITOR ID: 405594-95<br>SOUTHCO SWEEPING & MAINTENANCE<br>2318 MOULTRIE RD<br>CAMDEN SC 29020 | CREDITOR ID: 261337-12<br>SOUTHEAST ALABAMA GAS DIST<br>PO BOX 1338<br>ANDALUSIA, AL 36420 |

SERVICE LIST

### Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**  **CASE:  05-03817-3F1**

CREDITOR ID: 268608-31
SOUTHEAST ALABAMA REGIONAL PLA
ATTN: W FRED DYKES
462 N OATES ST FL 4
DOTHAN AL 36303-4513

CREDITOR ID: 268607-31
SOUTHEAST ALABAMA REGIONAL PLA
ATTN: KEITH JONES
103 STUDENT DR
MUSCLE SHOALS AL 35661-3204

CREDITOR ID: 261338-12
SOUTHEAST ATLANTIC BEVERAGE CORP
PO BOX 863076
ORLANDO, FL 32886-3076

CREDITOR ID: 405595-95
SOUTHEAST ATLANTIC BEVERAGE CORP
P O BOX 40061
JACKSONVILLE FL 32203

CREDITOR ID: 268609-31
SOUTHEAST BULLOCK COUNTY COMMU
ATTN: BEN MAIN
2018 MCKINLEY AVE
MONTGOMERY AL 36107-1612

CREDITOR ID: 383081-51
SOUTHEAST COLOR
649 5TH AVENUE SOUTH
NAPLES, FL 34102

CREDITOR ID: 261339-12
SOUTHEAST COLOR INC
4502 35TH STREET
SUITE 200
ORLANDO, FL 32811

CREDITOR ID: 261341-12
SOUTHEAST DESIGN ASSOCIATES INC
PO BOX 0412
MIAMI SPRINGS, FL 33166

CREDITOR ID: 261340-12
SOUTHEAST DESIGN ASSOCIATES INC
8180 NW 36TH STREET
SUITE 308
MIAMI FL 33166

CREDITOR ID: 261342-12
SOUTHEAST FOOD & DRUG ASSOCATION
ATTN MELINDA SCARBOROUGH
1343 CROOKED TREE CT SW
LILBURN GA 30047-2433

CREDITOR ID: 261343-12
SOUTHEAST INSULATORS SUPPLY INC
2628 SPRUCE CREEK BLVD
PORT ORANGE FL 32128

CREDITOR ID: 381596-47
SOUTHEAST MEDIA INC
1720 TOWNHURST DRIVE
HOUSTON, TX 77043

CREDITOR ID: 377125-44
SOUTHEAST MEXICAN FOODS INC
1305 HERRING AVENUE SUITE K&G
WILSON NC 27893

CREDITOR ID: 403194-99
SOUTHEAST MILK INC
C/O GRONEK & LATHAM LLP
ATTN: R SCOTT SHUKER/JIMMY PARRISH
390 N ORANGE AVE, STE 600
PO BOX 3353 (32802)
ORLANDO FL 32801

CREDITOR ID: 384360-47
SOUTHEAST MILK INC (SMI)
PO BOX 3790
BELLVIEW, FL 34421-3790

CREDITOR ID: 268610-31
SOUTHEAST MISSISSIPPI RCD
ATTN: CHRIS BOWEN
113 FAIRFIELD DR
HATTIESBURG MS 39402-1370

CREDITOR ID: 2568-07
SOUTHEAST PARTNERS
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 261345-12
SOUTHEAST PRODUCE COUNCIL INC
74 NEWELL DRIVE, SUITE 7032
ELLIJAY GA 30540

CREDITOR ID: 261346-12
SOUTHEAST PROVISIONS LLC
11 TASK INDUSTRIAL COURT
GREENVILLE, SC 29607

CREDITOR ID: 279096-32
SOUTHEAST PROVISIONS LLC
ATTN:  RUDI R. GRUENEBERG, ESQ.
11 TASK INDUSTRIAL COURT
GREENVILLE, SC 29607

CREDITOR ID: 279113-99
SOUTHEAST PROVISIONS LLC
C/O GRUENEBERG LAW GROUP LLC
ATTN: RUDI R GRUENEBERG, ESQ
704 E MAIN ST BLDG E
MOORESTOWN NJ 08057

CREDITOR ID: 261347-12
SOUTHEAST PUBLICATIONS
4360 PETERS ROAD
FT LAUDERDALE, FL 33317

CREDITOR ID: 406130-97
SOUTHEAST UNLOADING LLC
ATTN: CHRIS SPENCE, VP
502 BAYVIEW ROAD
YULEE FL 32097

CREDITOR ID: 261348-12
SOUTHEAST UNLOADING, LLC
ATTN: CHRIS SPENCE, VP
PO BOX 1647
YULEE, FL 32041

CREDITOR ID: 261348-12
SOUTHEAST UNLOADING, LLC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1866-07
SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE  WOODLANDS, TX 77387

CREDITOR ID: 261349-12
SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE WOODLANDS, TX 77387

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 268611-31
SOUTHEAST WATERSHED FORUM
ATTN: DAWN LENKE
26 CENTURY BLVD
NASHVILLE TN 37214-3685

CREDITOR ID: 268612-31
SOUTHEAST WATERSHED FORUM
ATTN: JACK WHITE
1526 W NANCY CREEK DR NE
ATLANTA GA 30319-1850

CREDITOR ID: 403465-99
SOUTHEAST-ATLANTIC BEVERAGE CORP
C/O NELSON MULLINS RILEY ET AL
ATTN: GEORGE B CAUTHEN
1320 MAIN STREET
PO BOX 11070 (29211)
COLUMBIA SC 29201

CREDITOR ID: 261350-12
SOUTHEASTERN BUSINESS MACHINES
PO BOX 9
BAXLEY GA 31515

CREDITOR ID: 399699-YY
SOUTHEASTERN COMMUNICATIONS
201 EAST PINE STREET
FITZGERALD GA 31750

CREDITOR ID: 395722-65
SOUTHEASTERN FIRE PROTECTION
PO BOX 1197
ALTAMONTE SPRINGS, FL 32715

CREDITOR ID: 261352-12
SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC 29202

CREDITOR ID: 261351-12
SOUTHEASTERN FREIGHT LINES
PO BOX 100104
COLUMBIA, SC 29202-3104

CREDITOR ID: 399627-15
SOUTHEASTERN INDUS & FAMILY MED
ATTN DR MICHAEL C TURNER & P MORETZ
1600 FOREST AVENUE
MONTGOMERY AL 36106

CREDITOR ID: 261353-12
SOUTHEASTERN INDUSTRIAL CONTROLS
4060 UNIT G NINE MCFARLAND DRIVE
ALPHARETTA GA 30004

CREDITOR ID: 384364-47
SOUTHEASTERN MAINTENANCE
& CONSTRUCTION
PO BOX 86
ALMA, GA 31510

CREDITOR ID: 395723-65
SOUTHEASTERN MAINTENANCE &
CONSTRUCTION
9451 HATCH PARKWAY NORTH
BAXLEY, GA 31513

CREDITOR ID: 381073-47
SOUTHEASTERN MAINTENANCE & CONSTRUCTION
PO BOX 1247
BAXLEY, GA 31515

CREDITOR ID: 261355-12
SOUTHEASTERN MEAT ASSOCIATION
PO BOX 620777
OVIEDO FL 32762

CREDITOR ID: 261356-12
SOUTHEASTERN MILLS INC
ATTN: DAVID HOLCOMBE, CONTROLLER
PO BOX 932572
ATLANTA, GA 31193-2572

CREDITOR ID: 405597-95
SOUTHEASTERN MILLS INC
PO BOX 102098
ATLANTA GA 30368-2098

CREDITOR ID: 377127-44
SOUTHEASTERN PAPER CO
PO BOX 6220
SPARTANBURG SC 29304-6220

CREDITOR ID: 261357-12
SOUTHEASTERN PATHOLOGY ASSOC
CLINICAL LABORATORY
900 MOHAWK STREET
SUITE C
SAVANNAH, GA 31419

CREDITOR ID: 261358-12
SOUTHEASTERN POWER SWEEPING
% JOEY BURGETTE
154 JOHNSON-BYRD ROAD
WARSAW, NC 28398

CREDITOR ID: 261359-12
SOUTHEASTERN PROTECTION SERVICE
PO BOX 151197
ALTAMONTE SPGS, FL 32715-1197

CREDITOR ID: 381038-47
SOUTHEASTERN PROTECTION SERVICES INC
PO BOX 64
WOODSTOCK, GA 30188

CREDITOR ID: 261361-12
SOUTHEASTERN REFRIGERATION INC
310-26TH AVE WEST
BIRMINGHAM AL 35204

CREDITOR ID: 261362-12
SOUTHEASTERN SALES CO
2828 INDUSTRIAL DR
RALEIGH NC 27609

CREDITOR ID: 261363-12
SOUTHEASTERN SCALES
PO BOX 210368
MONTGOMERY, AL 36121-0368

CREDITOR ID: 261364-12
SOUTHEASTERN SYSYTEM TECHNOLOGIES
PO BOX 780
BAXLEY GA 31515-0780

CREDITOR ID: 2569-07
SOUTHECHASE INVESTERS,LLC
C/O BERWIND PROPERTY GROUP, LT
770 TOWNSHIP LINE ROAD, SUITE
YARDLEY PA 19067

CREDITOR ID: 388938-54
SOUTHER, THOMAS
PO BOX 658
WAUCHULA, FL 33873

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392841-55<br>SOUTHER, THOMAS<br>C/O: NEAL L. O'TOOLE<br>LAW OFFICES OF NEAL L. O'TOOLE, P.A.<br>P. O. BOX 50<br>BARTOW FL 33831-0050 | CREDITOR ID: 261366-12<br>SOUTHERN ALIGNMENT & EQUIPMENT CO<br>1310 HWY 98 EAST<br>COLUMBIA MS 39429 | CREDITOR ID: 261367-12<br>SOUTHERN ATLANTIC INTERMODAL &<br>LOGISTICS SAIL INC<br>793 MAYPORT ROAD<br>ATLANTIC BEACH FL 32233 |
| CREDITOR ID: 403444-15<br>SOUTHERN BAKERIES, INC<br>ATTN KENNETH C REEVES, CONTROLLER<br>3355 W MEMORIAL BLVD<br>LAKELAND FL 33815 | CREDITOR ID: 261368-12<br>SOUTHERN BEAR<br>1950 HAYES ST<br>HOLLYWOOD FL 33020 | CREDITOR ID: 261369-12<br>SOUTHERN BEER OF AUGUSTA<br>PO BOX 15695<br>AUGUSTA GA 30919-1695 |
| CREDITOR ID: 261370-12<br>SOUTHERN BELL DAIRY CO<br>607 EAST BOURNE AVENUE<br>PO BOX 1020<br>SOMERSET, KY 42502-1020 | CREDITOR ID: 261371-12<br>SOUTHERN BELTING & TRANS<br>218 OTTLEY DR NE<br>ATLANTA GA 30324-3927 | CREDITOR ID: 261372-12<br>SOUTHERN BOTTLED WATER<br>300 W 15TH ST<br>ANNISTON, AL 36201 |
| CREDITOR ID: 261373-12<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORPORATION<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 261374-12<br>SOUTHERN BREEZE HEATING  COOLING &<br>ELECTRICAL<br>107 NIX AVENUE<br>OPP AL 36467 |
| CREDITOR ID: 261375-12<br>SOUTHERN BUSINESS EQUIPMENT<br>ATTN GARY W LEE, PRES<br>9222 CHEROKEE STREET<br>YOUNGSTOWN, FL 32466 | CREDITOR ID: 384365-47<br>SOUTHERN CARD & NOVELTY<br>324 ANDALUSIA AVE UNIT<br>ORMOND BEACH, FL 32074 | CREDITOR ID: 261377-12<br>SOUTHERN CHAMPION TRAY LP<br>PO BOX 116315<br>ACCT# 273535<br>ATLANTA, GA 30368-6315 |
| CREDITOR ID: 261378-12<br>SOUTHERN CHEMICAL FORMULATORS INC<br>PO BOX 8737<br>MOBILE, AL 36608 | CREDITOR ID: 261379-12<br>SOUTHERN CHRISTIAN LEADERSHIP<br>PO BOX 92544<br>ATLANTA GA 30314 | CREDITOR ID: 382259-51<br>SOUTHERN CLEANING<br>106 SOUTH CHALKVILLE ROAD<br>TRUSSVILLE, AL 35173 |
| CREDITOR ID: 261380-12<br>SOUTHERN CLEANING<br>PO BOX 14848<br>GREENVILLE, SC 29610 | CREDITOR ID: 261381-12<br>SOUTHERN CLEANING SERVICE<br>PO BOX 978<br>TRUSSVILLE, AL 35173 | CREDITOR ID: 268613-31<br>SOUTHERN COMFORT ENTERPRISES<br>ATTN: TIA DESALLE<br>2040 MUSIC ST<br>NEW ORLEANS LA 70117-8108 |
| CREDITOR ID: 261382-12<br>SOUTHERN COMMERCIAL PRODUCTS<br>PO BOX 231010<br>HARAHAN LA 70183 | CREDITOR ID: 395725-65<br>SOUTHERN COMMUNICATIONS<br>201 E PINE STREET<br>FITZGERALD, GA 33634 | CREDITOR ID: 261383-12<br>SOUTHERN COMPRESSORS & SUPPLIES<br>ATTN: ANTHONY BROCATO, PRES<br>2538 CONNECTICUT AVE<br>KENNER, LA 70062 |
| CREDITOR ID: 405598-95<br>SOUTHERN COMPRESSORS & SUPPLIES<br>264 HARBOR CIRCLE<br>NEW ORLEANS LA 70126-1104 | CREDITOR ID: 261384-12<br>SOUTHERN CONTROLS INC<br>ATTN LYNDA SMITH, CR MGR<br>PO BOX 210399<br>MONTGOMERY AL 36121-0399 | CREDITOR ID: 397175-67<br>SOUTHERN DEVELOPMENT<br>PO BOX 1207<br>PURVIS, MS 39475 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 377130-44<br>SOUTHERN DEVELOPMENT OF GVL<br>P O BOX 2567<br>GREENVILLE, SC 29602-2567 | CREDITOR ID: 261385-12<br>SOUTHERN DEVELOPMENT OF GVL<br>PO BOX 1177<br>GREENVILLE SC 29602-1177 | CREDITOR ID: 261386-12<br>SOUTHERN DOCK PRODUCTS<br>2550 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 384366-47<br>SOUTHERN EAGLE DIST<br>5300 GLADES CUT OFF ROAD<br>FORT PIERCE, FL 34981 | CREDITOR ID: 279286-35<br>SOUTHERN EAGLE DISTRIBUTING<br>ATTN: JERRY CURRAN<br>5300 GLADES CUTOFF ROAD<br>FORT PIERCE FL 34981 | CREDITOR ID: 261387-12<br>SOUTHERN EARTH SCIENCES<br>PO BOX 160745<br>MOBILE AL 36616-0745 |
| CREDITOR ID: 269351-16<br>SOUTHERN ELECTRIC SUPPLY CO, INC<br>DBA REXEL CONSOLIDATED<br>C/O TIMOTHY R MOORHEAD<br>145 NORTH MAGNOLIA AVENUE<br>PO BOX 2828<br>ORLANDO, FL 32802-2828 | CREDITOR ID: 261388-12<br>SOUTHERN ENTERPRISES OF<br>40495 WEST I-55 SERVICE RD<br>PONCHATOULA, LA 70454 | CREDITOR ID: 381549-47<br>SOUTHERN FAMILY PRACTICE OCCUPATIONAL<br>MEDICINE INC<br>PO BOX 457<br>ANNISTON, AL 36202-0457 |
| CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 261390-12<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 261391-12<br>SOUTHERN FARM BUREAU LIFE INS<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 |
| CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INSURANCE<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 261392-12<br>SOUTHERN FIBERGLASS INC<br>41 SPRING ST<br>JACKSONVILLE FL 32254 | CREDITOR ID: 261393-12<br>SOUTHERN FIRE PROTECTION OF<br>ORLANDO INC<br>3801 EAST STATE ROAD 46<br>SANFORD, FL 32771-9155 |
| CREDITOR ID: 261394-12<br>SOUTHERN FLOORING & ACOUSTICAL<br>PO BOX 30153<br>CHARLOTTE, NC 28230 | CREDITOR ID: 261395-12<br>SOUTHERN FLUID SYSTEMS INC<br>PO BOX 93683<br>ATLANTA GA 30318-3683 | CREDITOR ID: 407705-15<br>SOUTHERN FOODS GROUP, LP<br>D/B/A BROWN'S DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 261396-12<br>SOUTHERN FRAME<br>PO BOX 125<br>HOPE HULL, AL 36043 | CREDITOR ID: 405599-95<br>SOUTHERN FRAME<br>4380 MOBILE HWY<br>MONTGOMERY AL 36108 | CREDITOR ID: 261397-12<br>SOUTHERN FRESH FOODS<br>1500 AVENUE P<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 261398-12<br>SOUTHERN GARDENS CITRUS CORP<br>111 PONCE DE LEON AVENUE<br>CLEWISTON, FL 33440 | CREDITOR ID: 405600-95<br>SOUTHERN GARDENS CITRUS CORP<br>PO DRAWER 1207<br>ATTN CASHIER<br>CLEWISTON FL 33440-1207 | CREDITOR ID: 261399-12<br>SOUTHERN GLASS & PLASTICS CO<br>PO BOX 587<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 261400-12<br>SOUTHERN GLASS INC<br>911 S MAIN STREET<br>FUQUAY VARINA, NC 27526 | CREDITOR ID: 261365-12<br>SOUTHERN GOURMET FOODS<br>C/O NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219 | CREDITOR ID: 261401-12<br>SOUTHERN GOURMET INC<br>PO BOX 1294<br>FORTSON, GA 31808 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 261402-12
SOUTHERN GRAPHIC SYSTEMS INC
ATTN PATRICIA S JOHNSON, CR MGR
6603 W BROAD STREET
RICHMOND VA 23230

CREDITOR ID: 261403-12
SOUTHERN HEALTH ASSOC
PO BOX 1185
TROY, AL 36081

CREDITOR ID: 261404-12
SOUTHERN HYDRAULIC SERVICE
PO BOX 681274
CHARLOTTE, NC 28216

CREDITOR ID: 261405-12
SOUTHERN IMPERIAL INC
PO BOX 4008
ROCKFORD, IL 61110-0508

CREDITOR ID: 405601-95
SOUTHERN IMPERIAL INC
PO BOX 2308
ROCKFORD IL 61131

CREDITOR ID: 261406-12
SOUTHERN IMPORTERS
DEPT AT 952124
ATLANTA, GA 31192-2124

CREDITOR ID: 405602-95
SOUTHERN IMPORTERS
5923 W FRIENDLY AVE
GREENSBORO NC 27410

CREDITOR ID: 261409-12
SOUTHERN INDUSTRIAL PRODUCTS
PO BOX 656
HWY 341 WEST
BAXLEY GA 31513

CREDITOR ID: 261410-12
SOUTHERN INDUSTRIAL SAW & TOOL INC
PO BOX 846
PLANT CITY FL 33564-0846

CREDITOR ID: 261411-12
SOUTHERN INDUSTRIES
DBA SOUTHERN SIGNS
632 B N BEAL PARKWAY
FT WALTON BEACH FL 32548

CREDITOR ID: 380947-47
SOUTHERN INSTALLATION & SERVICES INC
312 EAST 9 MILE ROAD
SUITE 11 181
PENSACOLA, FL 32514

CREDITOR ID: 261412-12
SOUTHERN INSTALLATION & SVCS INC
3158 GATEWAY LANE
CANTONMENT FL 32533

CREDITOR ID: 395726-65
SOUTHERN INSTALLATIONS
ATTN: JERRY H BARRON
3158 GATEWAY LANE
CANTONMENT, FL 32533

CREDITOR ID: 261413-12
SOUTHERN INSTRUMENTS
ATTN JOHN KEEFE HARDY, PRES
2581 WEST HIGHWAY 54, SUITE F-2
PEACHTREE CITY, GA 30269

CREDITOR ID: 261414-12
SOUTHERN LANDSCAPING
DIV OF THOMPSON & ASSOC INC
PO BOX 5709
COLUMBUS, GA 31906

CREDITOR ID: 395727-65
SOUTHERN LAWN SERVICE
2548 AL HWY 28 W
PO BOX 1894
LIVINGSTON, AL 35470

CREDITOR ID: 261417-12
SOUTHERN LINC
PO BOX 931581
ATLANTA GA 31193

CREDITOR ID: 261416-12
SOUTHERN LINC
PO BOX 740531
ATLANTA, GA 30374-0531

CREDITOR ID: 395728-65
SOUTHERN LINC
808 GLOUCESTER STREET
BRUNSWICK, GA 31513

CREDITOR ID: 261418-12
SOUTHERN LOCKSMITH SERVICE
8040 LAKESHORE RD
BAY ST LOUIS MS 39520

CREDITOR ID: 397812-75
SOUTHERN MANATEE FIRE & RESCUE DISTRICT
ATTN: C THAYER JR, ASST CHIEF
1640 60TH AVENUE DRIVE EAST
BRADENTON, FL 34203

CREDITOR ID: 261420-12
SOUTHERN NAME PLATE & GRAPHICS INC
1510 4TH AVENUE N
BESSEMER AL 35020

CREDITOR ID: 261421-12
SOUTHERN PARTNERS
PO BOX 500
BRAYNDWINE ONE BUILDING
CHADDS FORD BUSINESS CAMPUS
CHADDS FORD, PA 19317

CREDITOR ID: 2572-07
SOUTHERN PARTNERS
PO BOX 999
CHADDS FORD, PA 19317

CREDITOR ID: 261422-12
SOUTHERN PIPE & SUPPLY
1004 C M FAGAN DRIVE
HAMMOND LA 70403

CREDITOR ID: 261424-12
SOUTHERN PIPE & SUPPLY CO INC
PO BOX 550
PACAGOULA MS 39567

CREDITOR ID: 261423-12
SOUTHERN PIPE & SUPPLY CO INC
PO BOX 1707
ANNISTON AL 36201

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                          **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 261425-12<br>SOUTHERN PIPE SUPPLY CO INC<br>PO BOX 210098<br>MONTGOMERY, AL 36121 | CREDITOR ID: 261426-12<br>SOUTHERN PLATE GLASS & PAINT CO<br>343 MAGNOLIA AVENUE<br>PO BOX 91<br>OCALA, FL 34478 | CREDITOR ID: 261427-12<br>SOUTHERN PLUMBING<br>103 N 2ND AVENUE<br>ATMORE, AL 36502 |
| CREDITOR ID: 261428-12<br>SOUTHERN PLUMBING & HEATING INC<br>435 EAST BURNETT AVE<br>LOUISVILLE KY 40217-1053 | CREDITOR ID: 315708-36<br>SOUTHERN PRIDE CATFISH<br>D/B/A AMERICAN PRIDE SEAFOODS<br>C/O DAVID N CRAPO<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | CREDITOR ID: 242223-12<br>SOUTHERN PRIDE CATFISH LLC DBA<br>AMERICAN PRIDE SEAFOODS<br>ATTN: BOB MYATT<br>40 HERMAN MELVILLE BLVD<br>NEW BEDFORD MA 02741 |
| CREDITOR ID: 261429-12<br>SOUTHERN PRIDE MOUNTED DRILL TEAM<br>1345 JONES ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 261430-12<br>SOUTHERN PROFESSIONAL PRINTING LLC<br>PO BOX 10308<br>NEW ORLEANS, LA 70181 | CREDITOR ID: 261431-12<br>SOUTHERN PUMP & TANK CO<br>DEPT # NC00205<br>PO BOX 530103<br>ATLANTA, GA 30353-0103 |
| CREDITOR ID: 261432-12<br>SOUTHERN RECREATION INC<br>4060 EDISON AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 261433-12<br>SOUTHERN REFRIGERATED TRANSPORT<br>PO BOX 459<br>ASHDOWN, AR 71822 | CREDITOR ID: 261434-12<br>SOUTHERN REFRIGERATION<br>1015 FRANELM ROAD<br>LOUISVILLE KY 40214 |
| CREDITOR ID: 381042-47<br>SOUTHERN REFRIGERATION & AIR COND INC<br>PMB 232<br>13300 S CLEVELAND AVE<br>SUITE 56<br>FT MYERS, FL 33907-3871 | CREDITOR ID: 384368-47<br>SOUTHERN REFRIGERATION & AIR COND INC<br>13300-56 S CLEVELAND AVENUE<br>#232<br>FORT MYERS, FL 33907 | CREDITOR ID: 261436-12<br>SOUTHERN REFRIGERATION CORP<br>LOCKBOX 4167<br>PO BOX 85080<br>RICHMOND VA 23285-4167 |
| CREDITOR ID: 261437-12<br>SOUTHERN REFRIGERATION INC<br>PO BOX 11323<br>HARAHAN, LA 70181-1323 | CREDITOR ID: 268614-31<br>SOUTHERN RGNAL WSTWTER MGT DST<br>ATTN: SHERYL COLSON<br>401 GULFSIDE ST<br>WAVELAND MS 39576-2805 | CREDITOR ID: 268615-31<br>SOUTHERN RURAL DEVELOPMENT<br>ATTN: JEAN YOUNG<br>128 W HARGETT ST STE 202<br>RALEIGH NC 27601-1314 |
| CREDITOR ID: 261438-12<br>SOUTHERN SAFES & VAULTS INC<br>829 HUFFMAN STREET<br>GREENSBORO NC 27405 | CREDITOR ID: 261439-12<br>SOUTHERN SANITATION<br>PO BOX 9001099<br>LOUISVILLE KY 40290-1099 | CREDITOR ID: 261440-12<br>SOUTHERN SASH<br>PO BOX 9408<br>MONTGOMERY, AL 36108-0408 |
| CREDITOR ID: 261441-12<br>SOUTHERN SAW & CUTTER CO INC<br>5808 PLAUCHE STREET<br>ELMWOOD LA 70123 | CREDITOR ID: 261442-12<br>SOUTHERN SCALES INC.<br>PO BOX 20446<br>MONTGOMERY, AL 36120-0446 | CREDITOR ID: 268616-31<br>SOUTHERN SCIENCE CENTER<br>ATTN: ROBERT STEWART<br>700 CAJUNDOME BLVD<br>LAFAYETTE LA 70506-3152 |
| CREDITOR ID: 261443-12<br>SOUTHERN SEASONINGS INC<br>206 BURGESS DRIVE<br>BROUSSARD, LA 70518 | CREDITOR ID: 261445-12<br>SOUTHERN SIGN<br>632- B N BEAL PKWY<br>FT WALTON BEACH FL 32548 | CREDITOR ID: 405605-95<br>SOUTHERN SPECIALITIES<br>1400 SOUTHWEST 6TH COURT<br>SUITE B<br>POMPANO BEACH FL 33069 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 278950-30
SOUTHERN SPECIALITIES
PO BOX 651548
CHARLOTTE, NC 28265-1548

CREDITOR ID: 381910-30
SOUTHERN SPECIALTIES INC
ATTN: DEBRA GILLIS
1400 SW 6TH COURT, STE B
POMPANO BEACH FL 33069

CREDITOR ID: 261447-12
SOUTHERN STAFFING LLC
POYDRAS CENTER  ST# 1605
650 POYDRAS ST
NEW ORLEANS LA 70130

CREDITOR ID: 261448-12
SOUTHERN STAR INC, THE
ATTN: JOSEPH H ADAMS, PRES
PO BOX 1729
OZARK, AL 36361-1729

CREDITOR ID: 381111-47
SOUTHERN STATES ELECTRIC LLC
3158 GATEWAY LANE
CANTONMENT, FL 32533

CREDITOR ID: 261449-12
SOUTHERN STATES TOYOTALIFT
PO BOX 850001
ORLANDO, FL 32885-0352

CREDITOR ID: 261450-12
SOUTHERN STORE FIXTURES INC
PO BOX 2153  DEPT 3389
BIRMINGHAM AL 35287-3389

CREDITOR ID: 261451-12
SOUTHERN STORES II LLC
BANK OF AMERICA  ATTN PAMELA NORRIS
1004TH STREET SUITE 200
ACCT# 01786-60556
SAN RAFAEL, CA 94901

CREDITOR ID: 1871-07
SOUTHERN STORES II LLC
BANK OF AMERICA
ATTN: PAMELA N
1004TH STREET SUITE 200
SAN RAFAEL, CA 94901

CREDITOR ID: 2573-07
SOUTHERN STORES II LLC
C\O CHERYL STONE
PO BOX 953
BOLINAS CA 94924

CREDITOR ID: 261452-12
SOUTHERN SWEEPING INC
PO BOX 51612
ALBANY GA 31703-1612

CREDITOR ID: 261453-12
SOUTHERN TANK TESTERS
PO BOX 278
BREAUX BRIDGE, LA 70517-0278

CREDITOR ID: 261454-12
SOUTHERN TELEPHONE SERVICE INC
PO BOX 3246
VALDOSTA, GA 31604-3246

CREDITOR ID: 261455-12
SOUTHERN TEMP LLC
57186 DEWITT LANE
HUSSER, LA 70442

CREDITOR ID: 261456-12
SOUTHERN TIRE MART LLC
PO BOX 1000 DEPT 143
MEMPHIS, TN 38148-0143

CREDITOR ID: 261457-12
SOUTHERN TRANSPORTATION SVCE
ATTN MARVIN CAULEY, PRES
PO BOX 50276
ALBANY GA 31703

CREDITOR ID: 377137-44
SOUTHERN TROPICAL PRODUCE
PO BOX 4574
WARREN, NJ 07059

CREDITOR ID: 261458-12
SOUTHERN TROPICAL PRODUCE
625 GREEN LANE
UNION, NJ 07083

CREDITOR ID: 261459-12
SOUTHERN TRUCK & EQUIPMENT INC
PO BOX 1505
THEODORE, AL 36590

CREDITOR ID: 261460-12
SOUTHERN UNIVERSITY & A & M COLLEGE
PO BOX 9254
BATON ROUGE, LA 70813

CREDITOR ID: 261461-12
SOUTHERN UNIVERSITY LIVESTOCK SHOW
4452 CYPRESS STREET
BATON ROUGE LA 70808

CREDITOR ID: 261462-12
SOUTHERN WATER MANAGEMENT
PO BOX 14067
ST PETERSBURG, FL 33733-4067

CREDITOR ID: 261463-12
SOUTHERN WEIGHTS & MEASURES ASSOC
PO BOX 27647
RALEIGH NC 27611

CREDITOR ID: 261464-12
SOUTHERN WINE
PO BOX 60489
JACKSONVILLE, FL 32236-0489

CREDITOR ID: 261466-12
SOUTHERN WINE & SPIRITS
PO BOX 76639
TAMPA, FL 33675-1639

CREDITOR ID: 261465-12
SOUTHERN WINE & SPIRITS
PO BOX 699036
MIAMI, FL 33269-9036

CREDITOR ID: 261467-12
SOUTHERN WINE & SPIRITS CENTRAL FL
5210 SIXTEEN AVE S
TAMPA FL 33619

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 279184-34
SOUTHERN WINE & SPIRITS OF FLORIDA
C/O MORRISON COHEN LLP
ATTN: JOSEPH T MOLDOVAN
909 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 279468-99
SOUTHERN WINE & SPIRITS OF FLORIDA
C/O MORRISON COHEN LLP
ATTN: MICHAEL R DAL LAGO, ESQ
909 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 261468-12
SOUTHERN WINE LIQUOR
1600 NW 163 ST
MIAMI FL 33169

CREDITOR ID: 261469-12
SOUTHERN WOODWORKING
15305 JOE BATT ROAD
OCEAN SPRINGS MS 39565

CREDITOR ID: 407225-MS
SOUTHERN, RANDY
1628 HIGH HOLLY LANE
RALEIGH NC 27614

CREDITOR ID: 261470-12
SOUTHGATE ASSOCIATES II LP
C/O THE COVINGTON CO
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 1872-RJ
SOUTHGATE ASSOCIATES II LP
C/O THE COVINGTON CO
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 278564-25
SOUTHGATE ASSOCIATES II, LP
PO BOX 8510
RICHMOND VA 23226

CREDITOR ID: 278666-24
SOUTHGATE ASSOCIATES, II, LP
LEHMAN BROTHERS HOLDING INC
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK NY 10285

CREDITOR ID: 1873-07
SOUTHGATE PLAZA 93 LTD
PO BOX 712219
CINCINNATI, OH 45271-2219

CREDITOR ID: 261471-12
SOUTHGATE PLAZA 93 LTD
PO BOX 712219
CINCINNATI, OH 45271-2219

CREDITOR ID: 2574-07
SOUTHGATE PLAZA 93 LTD
C/O J. HERZOG & SONS INC.
1720 S. BELLAIRE ST. STE 1209
DENVER CO 80222

CREDITOR ID: 261472-12
SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE WEST 2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 1874-07
SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE W
2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 2576-07
SOUTHGATEREALTY,LLC
112 SHEFFIELD LOOP
SUITE D
HATTIESBURG MS 39402

CREDITOR ID: 261473-12
SOUTHHAMPTON MEMORIAL HOSPITAL
PO BOX 503412
ST LOUIS, MO 63150

CREDITOR ID: 261474-12
SOUTHLAKE UTILITIES INC
16554 CROSSINGS BOULEVARD, SUITE 2
CLERMONT, FL 34711

CREDITOR ID: 405607-95
SOUTHLAKE UTILITIES INC
PO BOX 6209
TALLAHASSEE FL 32314-6209

CREDITOR ID: 261475-12
SOUTHLAND ELECTRICAL SUPPLY
PO BOX 1329
BURLINGTON NC 27216-1329

CREDITOR ID: 2579-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE 60
CHICAGO IL 60606

CREDITOR ID: 2577-07
SOUTHLAND INVESTORS L.P.
2 N.RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 261476-12
SOUTHLAND PRODUCTS CO
PO BOX 455
LAKE WORTH, FL 33460

CREDITOR ID: 261477-12
SOUTHLAND TRANSPORTATION
PO BOX 99
BOONVILLE NC 27011-0798

CREDITOR ID: 3096-04
SOUTHLAND WASTE
PO BOX 9001810
LOUISVILLE KY 40290

CREDITOR ID: 3095-04
SOUTHLAND WASTE
126 PERRY LANE ROAD
BRUNSWICK, GA 31525-1632

CREDITOR ID: 261480-12
SOUTHLAND WASTE SYSTEMS
PO BOX 9001796
LOUISVILLE, KY 40290-1796

CREDITOR ID: 261478-12
SOUTHLAND WASTE SYSTEMS
ATTN LINDA BOYETTE
PO BOX 9001771
LOUISVILLE, KY 40290-0001

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 261481-12
SOUTHLAND WASTE SYSTEMS BRUNSWICK
PO BOX 9001658
LOUISVILLE, KY 40290-0001

CREDITOR ID: 278667-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 407481-99
SOUTHLAND-ARLINGTON WD DEL BUS TRUS
C/O NEAL GERBER EISENBERG LLP
ATTN: THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2200
CHICAGO IL 60602

CREDITOR ID: 407480-99
SOUTHLAND-ARLINGTON WD DEL BUS TRUS
C/O HELD & ISRAEL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 269352-16
SOUTHLAND-SUMMERVILLE WD, SUCCESSOR
TO PEREGRINE PROPERTIES LP
C/O NEAL, GERBER & EISENBERG
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LA SALLE STREET, STE 2300
CHICAGO, IL 60602-3801

CREDITOR ID: 261482-12
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 261483-12
SOUTHSIDE COMMUNITY HOSPITAL
800 OAK ST
FARMVILLE, VA 23901

CREDITOR ID: 261484-12
SOUTHSIDE ELEMENTARY
1129 S RANGE AVE
DENHAM SPRINGS, LA 70726

CREDITOR ID: 261485-12
SOUTHSIDE FIXTURES
3470 ST AUGUSTINE RD
JACKSONVILLE, FL 32207

CREDITOR ID: 261486-12
SOUTHSIDE REGIONAL MEDICAL CENTER
C/O PETERSBURG GEN DIST COURT
35 EAST TABB ST
PETERSBURG, VA 23803

CREDITOR ID: 383219-15
SOUTHSIDE SIGN PRODUCTIONS, INC, TA
SUPERIOR SIGN PRODUCTIONS
ATTN DAVID W GOOD, PRES
2510 WILLIS ROAD
RICHMOND VA 23237

CREDITOR ID: 261487-12
SOUTHTRUST BANK
PO BOX 2554
COMMERCIAL REAL ESTATE DEPT
C/O SANDRA SHARP
BIRMINGHAM, AL 35290-2554

CREDITOR ID: 1876-07
SOUTHTRUST BANK
COMMERCIAL REAL ESTATE DEPT
PO BOX 2554
BIRMINGHAM, AL 35290-2554

CREDITOR ID: 261488-12
SOUTHVIEW SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 261489-12
SOUTHWAY INVESTORS
718 E FREDERICK STREET
GAFFNEY, SC 29340

CREDITOR ID: 2582-07
SOUTHWAY INVESTORS
ATTN JEFFREY F BUICE, GP
718 E FREDERICK STREET
GAFFNEY SC 29340

CREDITOR ID: 261490-12
SOUTHWEST BEVERAGE CO
PO BOX 158
12 ST PARK AVE
NORTON, VA 24273

CREDITOR ID: 261491-12
SOUTHWEST ELEMENTARY SCHOOL
1203 BURR STREET
OPELOUSAS, LA 70570

CREDITOR ID: 268619-31
SOUTHWEST FLORIDA WTR MGT DST
ATTN: JIM GUIDA
6750 FRUITVILLE RD
SARASOTA FL 34240-9711

CREDITOR ID: 268618-31
SOUTHWEST FLORIDA WTR MGT DST
ATTN: DAVID L MOORE
2379 BROAD ST
BROOKSVILLE FL 34604-6899

CREDITOR ID: 268617-31
SOUTHWEST FLORIDA WTR MGT DST
ATTN: ALVA MOSS
7601 HIGHWAY 301 N
TAMPA FL 33637-6758

CREDITOR ID: 261492-12
SOUTHWEST MED CENTER OF LA
PO BOX 402919
ATLANTA, GA 30384-2919

CREDITOR ID: 377138-44
SOUTHWEST MEDICAL CENTER
PO BOX # 31171
TAMPA, FL 33631

CREDITOR ID: 261494-12
SOUTHWESTERN BELL TELEPHONE
PO BOX 650661
DALLAS TX 75265-0661

CREDITOR ID: 261493-12
SOUTHWESTERN BELL TELEPHONE
PO BOX 630047
DALLAS, TX 75263-0047

CREDITOR ID: 315904-40
SOUTHWOOD REALTY CO
C/O MONTIE LAMBERT JR
4806 N HAMPTON DRIVE
JACKSON, MS 39211

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243954-12<br>SOUZA, BRIAN D<br>11738 NAPA COURT<br>WALDORF MD 20602 | CREDITOR ID: 407226-MS<br>SOWDER, LONNIE<br>8607 AUTUM RIDGE COURT<br>LOUISVILLE KY 40242 | CREDITOR ID: 261497-12<br>SOWEGA TIRE SERVICE<br>318 CORDELE ROAD<br>ALBANY GA 31705 |
| CREDITOR ID: 261498-12<br>SOWELL GRAY STEPP & LAFFITTE L L C<br>PO BOX 11449<br>COLUMBIA SC 29211 | CREDITOR ID: 405608-95<br>SOWELL J C WHOLESALE MTS<br>369 T H TIPPETT ROAD<br>VIDALIA GA 30474 | CREDITOR ID: 377139-44<br>SOWELL JC WHOLESALE MTS<br>ATTN JERRY C SOWELL<br>369 T H TIPPETT ROAD<br>VIDALIA, GA 30474 |
| CREDITOR ID: 261499-12<br>SOWELL JC WHOLESALE MTS<br>PO BOX 247<br>VADALIA, GA 30475 | CREDITOR ID: 389386-54<br>SOWELL, CODIE<br>202 EAST SILVERHILL AVE.<br>ROBERTSDALE AL 36567 | CREDITOR ID: 389307-54<br>SOWELL, JEFFREY<br>26 GREEN MEADOWS<br>HAHIRA GA 31632 |
| CREDITOR ID: 389760-54<br>SOWELL, JEFFREY<br>969 COUNTY LINE RD<br>HAHIRA GA 31632 | CREDITOR ID: 268620-31<br>SPACE COAST ECONOMIC DEV COMM<br>ATTN: WALT JOHNSON<br>2000 S WASHINGTON AVE<br>TITUSVILLE FL 32780-4747 | CREDITOR ID: 261500-12<br>SPACE JUMP OF JACKSON INC<br>850 HUCKLEBERY LANE<br>PEARL, MS 39208 |
| CREDITOR ID: 261501-12<br>SPACE WALK OF TRIAD<br>4902 BARTLETT STREET<br>GREENSBORO NC 27408 | CREDITOR ID: 258130-12<br>SPAHR, PATRICIA<br>102 KEENE DRIVE<br>TRAVELERS REST, SC 29690 | CREDITOR ID: 261502-12<br>SPAIN PARK GRIDIRON CLUB<br>4700 JAGUAR DRIVE<br>HOOVER AL 35242 |
| CREDITOR ID: 390013-54<br>SPAIN, TERESA<br>1244 LAWNDALE DRIVE<br>GRAHAM NC 27253 | CREDITOR ID: 393524-55<br>SPAIN, TERESA<br>C/O AMY BERRY<br>CRUMELY AND ASSOC<br>2501 S MEBANE ST<br>BURLINGTON NC 27215 | CREDITOR ID: 268621-14<br>SPALDING CNTY TAX COMMISSIONER<br>ATTN: SYLVIA HOLLUMS<br>132 E SOLOMON ST<br>GRIFFIN GA 30223-3312 |
| CREDITOR ID: 390219-54<br>SPALL, REBECCA<br>200 E. ELM STREET<br>PERRY FL 32347 | CREDITOR ID: 393654-55<br>SPALL, REBECCA<br>C/O: SEAN CULLITON ESQ.<br>ANDERSON & CULLITON, P.A.<br>1584 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308-3775 | CREDITOR ID: 261503-12<br>SPANGLER CANDY COMPANY<br>ATTN ROGER SCHWECKER, CREDIT MGR<br>PO BOX 71<br>BRYAN, OH 43506-0071 |
| CREDITOR ID: 405609-95<br>SPANGLER CANDY COMPANY<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVE<br>SUITE 1102<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 268622-31<br>SPANISH WELLS COMMUNITY ASSN<br>ATTN: THOMAS OROURKE<br>9801 TREASURE CAY LN<br>BONITA SPRINGS FL 34135-6810 | CREDITOR ID: 261504-12<br>SPANKY'S DRAIN & SEWER SERVICE<br>PO BOX 71475<br>TUSCALOOSA, AL 35407 |
| CREDITOR ID: 405610-95<br>SPANKY'S DRAIN & SEWER SERVICE<br>PO BOX 40224<br>TUSCALOOSA AL 35404 | CREDITOR ID: 391844-55<br>SPANN, LOSSIE HARPER<br>C/O WILLIAM C RUGGIERO LAW OFFICES<br>ATTN CHARLES H COHEN, ESQ<br>200 E. BROWARD BLVD, SUITE 1100<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 387259-54<br>SPANN, LOSSIE HARPER<br>1246 RUTHLAND ST<br>OPA LOCKA, FL 33054 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244771-12<br>SPANO, CATHERINE<br>3625 ADOLPH STREET<br>JEFFERSON LA 70121-1701 | CREDITOR ID: 261505-12<br>SPARKEL CLARK<br>7369 SW COUNTY ROAD 100A<br>STARKE FL 32091-6381 | CREDITOR ID: 261506-12<br>SPARKS CRANE SERVICE<br>11410 58TH STREET NORTH<br>PINELLAS PARK FL 33782 |
| CREDITOR ID: 407227-MS<br>SPARKS, HAL E.<br>1653 ANNIE LOVE WAY<br>LOGANVILLE GA 30052 | CREDITOR ID: 385528-54<br>SPARKS, HENRY<br>4207 EAST IDLEWILD STREET<br>TAMPA, FL 33610 | CREDITOR ID: 390828-55<br>SPARKS, HENRY<br>C/O: SUSAN L. LAWSON<br>230 EAST DAVIS BLVD.<br>TAMPA FL 33606 |
| CREDITOR ID: 375434-44<br>SPARKS, JASON*<br>CHARLOTTE DIV ASSOCIATE<br>STORE 1269<br>310 FURNACE MILL RD<br>GAFFNEY, SC 29341 | CREDITOR ID: 407228-MS<br>SPARKS, ROBERT<br>15025 LILLY AVE.<br>BATON ROUGE LA 70816 | CREDITOR ID: 261507-12<br>SPARTAN FOODS<br>OF AMERICA INC<br>4250 ORCHARD PARK BLVD<br>SPARTANBURG SC 29303 |
| CREDITOR ID: 261508-12<br>SPARTAN FOODS OF AMERICA INC<br>PO BOX 1003<br>FAIRFOREST, SC 29336-1003 | CREDITOR ID: 261509-12<br>SPARTAN ROOFING<br>PO BOX 542<br>CHESNEE SC 29323 | CREDITOR ID: 261510-12<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 |
| CREDITOR ID: 268624-14<br>SPARTANBURG COUNTY<br>ATTN: OREN BRADY<br>366 N CHURCH ST RM 300<br>SPARTANBURG SC 29303-3637 | CREDITOR ID: 268623-31<br>SPARTANBURG COUNTY<br>ATTN: JASON WEAVER<br>251 NEW HOPE RD<br>WELLFORD SC 29385-9467 | CREDITOR ID: 261512-12<br>SPARTANBURG HERALD JOURNAL<br>PO BOX 31564<br>TAMPA, FL 33631-3564 |
| CREDITOR ID: 261513-12<br>SPARTANBURG SAN SEWER DIST<br>PO BOX 5404<br>SPARTANBURG, SC 29304-5404 | CREDITOR ID: 261514-12<br>SPARTANBURG WATER SYSTEM<br>PO BOX 251<br>SPARTANBURG, SC 29304 | CREDITOR ID: 407229-MS<br>SPATOLA, VICTOR<br>4860 OAK POINTE WAY<br>SARASOTA FL 34233 |
| CREDITOR ID: 261515-12<br>SPAULDING ELEMENTARY SCHOOL<br>6755 LINTON ROAD<br>GOSHEN OH 45122 | CREDITOR ID: 261516-12<br>SPCP GROUP LLC<br>C/O LAUREATE CAPITAL LLC<br>PO BOX 890862<br>CHARLOTTE, NC 28289-0862 | CREDITOR ID: 1878-07<br>SPCP GROUP LLC<br>C/O LAUREATE CAPITAL LLC<br>PO BOX 890862<br>CHARLOTTE, NC 28289-0862 |
| CREDITOR ID: 403566-79<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN: MICHAEL A GATTO<br>TWO GREENWICH PLZ, 1ST FLR<br>GREENWICH CT 06830 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 399377-15<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 |
| CREDITOR ID: 407230-MS<br>SPEARMAN, GERALD<br>1416 CREEKVIEW DR.<br>COLUMBIA SC 29210 | CREDITOR ID: 407231-MS<br>SPEARMAN, HOYT<br>2 WAY MYRTLE LANE<br>HILTON HEAD SC 29926 | CREDITOR ID: 259602-12<br>SPEARMAN, RICHARD<br>2833 SOUTH ADAMS<br>APT 903 - A<br>TALLAHASSEE, FL 32301 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 261517-12
SPEARS TRANS
23 MELVIN MAULDIN ROAD
COLLINS MS 39428

CREDITOR ID: 269279-16
SPEARS, JOANNE
C/O JEFFREY T. GREENBERG
5700 READ BOULEVARD
BOX 105
NEW ORLEANS, LA 70127

CREDITOR ID: 269375-16
SPEARS, SR., WILL H.
C/O JEFFREY T. GREENBERG
5700 READ BOULEVARD
BOX 105
NEW ORLEANS, LA 70127

CREDITOR ID: 261518-12
SPECIAL COUNSEL
PO BOX 931822
ATLANTA GA 31193

CREDITOR ID: 268625-31
SPECIAL MASTER 85 INC
ATTN: LEE EDWARDS
4009 COBIA CT
PALMETTO FL 34221-5633

CREDITOR ID: 261519-12
SPECIAL PEACE OFFICER & ASSOC
1906 HERR LANE
LOUISVILLE KY 40222

CREDITOR ID: 261520-12
SPECIALTY ADHESIVES INC
PO BOX 18445
MEMPHIS, TN 38181-0445

CREDITOR ID: 261521-12
SPECIALTY BAKERS INC
ATTN DOUGLAS A REED OR S EVANS
450 SOUTH STATE ROAD
PO BOX 130
MARYSVILLE, PA 17053

CREDITOR ID: 269353-16
SPECIALTY BRANDS AMERICA
C/O EDWARD J. WITTEN
339 EAST FORSYTH STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 261522-12
SPECIALTY BRANDS LP
ATTN BOBBIE SHIER DIR OF CREDIT SVS
DEPT 450
PO BOX 4343
HOUSTON, TX 77210-4343

CREDITOR ID: 397703-99
SPECIALTY BRANDS LP
C/O MORRIS JAMES HITCHENS ET AL
ATTN: STEPHEN M MILLER, ESQ
222 DELAWARE AVE, 10TH FL
PO BOX 2306
WILMINGTON DE 19899

CREDITOR ID: 405611-95
SPECIALTY BRANDS LP
36391 TREASURY CENTER
CHICAGO IL 60694-6300

CREDITOR ID: 261523-12
SPECIALTY BRANDS OF AMERICA
PO BOX 30649
HARTFORD, CT 06150-0649

CREDITOR ID: 279047-32
SPECIALTY BRANDS, LP
C/O MORRIS JAMES HITCHENS & WILLIAMS
ATTN: STEPHEN M MILLER
222 DELAWARE AVE/PO BOX 2306
WILMINGTON DE 19899

CREDITOR ID: 279047-32
SPECIALTY BRANDS, LP
ATTN:  MAMUEL MARTINEZ, CFO
4200 EAST CONCOURSE DRIVE
ONZARZO CA 91764

CREDITOR ID: 261524-12
SPECIALTY CAR COMPANY
PO BOX 132
ROSWELL, GA 30077

CREDITOR ID: 261526-12
SPECIALTY FOODS GROUP INC
FIELD FISCHER PACKING DIVISION
2825 PAYSHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 405612-95
SPECIALTY FOODS GROUP INC
135 S LASALLE STREET
DEPT 2378
CHICAGO IL 60674-2378

CREDITOR ID: 395359-63
SPECIALTY FOODS GROUP, INC
2378 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 261527-12
SPECIALTY GLASS INC
512 THIRD ST
CLEVELAND MS 38732

CREDITOR ID: 261528-12
SPECIALTY IRON WORKS
412B ST AUGUSTINE RD
VALDOSTA, GA 31601

CREDITOR ID: 261529-12
SPECIALTY MECHANICAL
PO BOX 13409
RICHMOND, VA 23225

CREDITOR ID: 261530-12
SPECIALTY PRODUCTS & INSULATION
PO BOX 7777
PHILADELPHIA PA 19175-3625

CREDITOR ID: 261531-12
SPECIMEN COLLECTION SERVICE
2183 HUDSON DRIVE
LILBURN GA 30047

CREDITOR ID: 261532-12
SPECTECH SERVICE & SIGNS
202 HWY 19 N
MERIDIAN MS 39304-4239

CREDITOR ID: 261533-12
SPECTRA MARKETING SYSTEMS INC
88041 EXPEDITE WAY
CHICAGO, IL 60695-0001

CREDITOR ID: 261534-12
SPECTRUM CAUBLE MANAGEMENT LLC
5871 GLENRIDGE DR
STE 400
ATLANTA GA 30328

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261535-12<br>SPECTRUM GROUP<br>PO BOX 60202<br>SAINT LOUIS, MO 63160-0001 | CREDITOR ID: 261536-12<br>SPECTRUM ORGANIC PRODUCTS INC<br>133 COPELAND AVENUE<br>PETALUMA CA 94952 | CREDITOR ID: 261537-12<br>SPECTRUM SOLUTIONS<br>114 CASTLE DRIVE<br>MADISON, AL 35758 |
| CREDITOR ID: 261538-12<br>SPECTRUM SOURCE GROUP<br>230 5TH AVENUE<br>SUITE 2015<br>NEW YORK, NY 10001 | CREDITOR ID: 261539-12<br>SPECTRUM VOICE & DATA INC<br>13074 SIGMUND STREET<br>SPRING HILL, FL 34609 | CREDITOR ID: 261540-12<br>SPECTRUM WALKER<br>PO BOX 11045<br>MONTGOMERY, AL 36111 |
| CREDITOR ID: 1879-RJ<br>SPECTRUM WALKER<br>PO BOX 11045<br>MONTGOMERY, AL 36111 | CREDITOR ID: 2583-RJ<br>SPECTRUM/GRANDVIEW PINES<br>C/O MORITT HOCK HAMROFF & HOROWITZ<br>ATTN: MARC L. HAMROFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 261541-12<br>SPECTRUM/GRANDVIEW PINES<br>PO BOX 11045<br>MONTGOMERY, AL 36111 |
| CREDITOR ID: 2583-RJ<br>SPECTRUM/GRANDVIEW PINES<br>PO BOX 11045<br>MONTGOMERY AL 36111 | CREDITOR ID: 2584-07<br>SPECTRUM/WALKER CHAPEL<br>P O BOX 11045<br>MONTGOMERY AL 36111-0045 | CREDITOR ID: 261542-12<br>SPEEDESIGNS<br>1607 NORTH MORRISON BLVD<br>HAMMOND LA 70401 |
| CREDITOR ID: 384369-47<br>SPEEDIMPEX<br>3026 MICHIGAN AVE<br>KISSIMMEE, FL 34744 | CREDITOR ID: 405613-95<br>SPEEDIMPEX<br>805 PKWY PLZ  STE F<br>KISSIMMEE FL 34744 | CREDITOR ID: 261543-12<br>SPEEDIMPEX USA INC<br>ATTN ACHILLE MANCINI, MGR<br>3026 MICHIGAN AVENUE<br>KISSIMMEE, FL 34744 |
| CREDITOR ID: 261544-12<br>SPEEDLING INC<br>PO BOX 30749<br>TAMPA FL 33630-3749 | CREDITOR ID: 261545-12<br>SPEEDY CASH<br>1925 HWY 49 E<br>YAZOO CITY, MS 39194 | CREDITOR ID: 261546-12<br>SPEEDY PRINTING<br>4432 WABASH STREET<br>METAIRIE, LA 70001 |
| CREDITOR ID: 261547-12<br>SPEEDY SIGNS & GRAPHICS<br>LANCE SPANGLER<br>434 CEDAR HILL DRIVE<br>VALDOSTA GA 31601 | CREDITOR ID: 261823-12<br>SPEES, STANLEY K<br>330 NORTH 9TH STREET<br>PO BOX 2806<br>PADUCAH, KY 42002 | CREDITOR ID: 390306-54<br>SPELLS, JUANITA<br>C/O RILEY & SMITH, PA<br>ATTN CATHERINE A RILEY, ESQ<br>2223 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 390306-54<br>SPELLS, JUANITA<br>1405 GOLFVIEW DRIVE<br>TITUSVILLE, FL 32781 | CREDITOR ID: 261548-12<br>SPENCE INDUSTRIAL SUPPLY CO IN<br>2019 W BEAVER ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 385708-54<br>SPENCE, CHRISTOPHER G<br>214 NW 164TH ST<br>MIAMI, FL 33162 |
| CREDITOR ID: 400549-88<br>SPENCE, VIOLA<br>C/O STEVEN E SLOOTSKY LAW OFFICES<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701  W OAKLAND PARK BLVD, STE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 865-03<br>SPENCER BROTHERS PROPANE<br>PO BOX 1674<br>CHESTERFIELD VA 23832 | CREDITOR ID: 261549-12<br>SPENCER FARMS<br>PO BOX 71<br>MIDDLEBURG, FL 32068 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 381139-47
SPENCER IVERSON
444 LAUREL SPRINGS COURT
LAWRENCEVILLE, GA 30044

CREDITOR ID: 388945-54
SPENCER, CARLENE
C/O DANIEL J BROWN, PA
ATTN DANIEL J BROWN, ESQ
RIVERPLACE TOWER, SUITE 2600
1301 RIVERPLACE BLVD
JACKSONVILLE, FL 32207

CREDITOR ID: 392849-55
SPENCER, CARLENE
C/O DANIEL J BROWN PA
ATTN DANIEL J BROWN, ESQ
1301 RIVERPLACE BLVD, SUITE 2600
JACKSONVILLE FL 32207

CREDITOR ID: 248110-12
SPENCER, DIANE L
1284 LILLY DRIVE
CLOVER, SC 29710

CREDITOR ID: 385307-54
SPENCER, JUAN SR
2908 PRESS COURT
NEW ORLEANS, LA 70126

CREDITOR ID: 385307-54
SPENCER, JUAN SR
C/O TATE AND WILLIAMS, LLC
ATTN BRUCE WILLIAMS, ESQ
PO BOX 58889
NEW ORLEANS LA 70158-8889

CREDITOR ID: 390615-55
SPENCER, JUAN SR
C/O: IRIS A. TATE, ESQ.
IRIS A. TATE, ATTY @ LAW
201 ST. CHARLES, STE. 2565
NEW ORLEANS LA 70170

CREDITOR ID: 400210-86
SPENCER, MARGARET
228 SEA PALMS COLONY
ST. SIMONS ISLAND   GA 31522

CREDITOR ID: 389160-54
SPENCER, NICHOLAS
41 MAY STREET
LOWELL, MA 01850

CREDITOR ID: 393031-55
SPENCER, NICHOLAS
C/O BALES WEINSTEIN
ATTN JUSTIN R LUMLET, ESQ
COURTHOUSE PLAZA
625 E TWIGGS ST, SUITE 100
TAMPA FL 33602

CREDITOR ID: 381103-47
SPENCER, OLIVER
137 BASS ROAD
CARRIERE, MS 39426

CREDITOR ID: 387585-54
SPENCER, VICKIE
PO BOX 247
WILLISTON FL 32696

CREDITOR ID: 392074-55
SPENCER, VICKIE
C/O: LANCE AVERA
AVERA & AVERA, P.A.
P. O. BOX 2519
GAINESVILLE FL 32602

CREDITOR ID: 261551-12
SPENCER'S PACKING CO
PO BOX 753
WASHINGTON, NC 27889

CREDITOR ID: 389979-54
SPERANZA, VIOLA
201 SOUTH SECOND STREET
P.O. BOX 4382
FORT PIERCE FL 34948

CREDITOR ID: 393500-55
SPERANZA, VIOLA
C/O: DAVID MANCINI, ESQ
LEWEN, REICH & MANCINI
1100 SW ST. LUCIE WEST BLVD
STE 103
PORT ST. LUCIE FL 34986

CREDITOR ID: 243427-12
SPERRING, BETTY L
PO BOX 1921
HAWTHORNE FL 32640

CREDITOR ID: 392106-55
SPEZIALE, MARK
C/O: R A PATTERSON, III
MORGAN, COLLING & GILBERT
101 E. KENNEDY STE 1790
TAMPA FL 33615

CREDITOR ID: 261552-12
SPIC AND SPAN
PO BOX 4093
JACKSON, WY 83001-4093

CREDITOR ID: 405614-95
SPIC AND SPAN
PO BOX 51217
LOS ANGELES CA 90051-5517

CREDITOR ID: 278951-30
SPICE WORLD INC
8101 PRESIDENTS DR
ORLANDO, FL 32809-7624

CREDITOR ID: 261554-12
SPIDERS WELDING
PO BOX 1421
ZACHARY, LA 70791

CREDITOR ID: 245344-12
SPIERS, CHRISTOPHER D
1072 SHILOH FIRETOWER ROAD
FOXWORTH MS 39483

CREDITOR ID: 261555-12
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 387268-54
SPILLERS, PEGGY
8134 CR 374
DONALSONVILLE, GA 39845

CREDITOR ID: 261556-12
SPINA MARKETING SERVICES
PO BOX 660547
BIRMINGHAM, AL 35266-0547

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388205-54<br>SPINKS, STEVEN DANIEL<br>124 DOGWOOD TRAIL<br>BRANDON MS 39047 | CREDITOR ID: 261557-12<br>SPIRAL BRUSHES<br>1355 COMMERCE DRIVE<br>STOW OH 44224 | CREDITOR ID: 261558-12<br>SPIRAL-MATIC CORPORATION<br>7772 PARK PLACE<br>BRIGHTON MI 48116 |
| CREDITOR ID: 261559-12<br>SPIRIT SERVICES CO<br>ATTN SABRINA M COLEMAN, A/R<br>PO BOX 28508<br>COLUMBUS, OH 43228-0506 | CREDITOR ID: 261560-12<br>SPISHORES LLC<br>PO BOX 62799<br>ATTN SIZELER PROPERTIES DEPOSITORY<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 1882-07<br>SPISHORES LLC<br>ATTN SIZELER PROPERTIES DEPOSI<br>PO BOX 62799<br>NEW  ORLEANS, LA 70162 |
| CREDITOR ID: 2585-07<br>SPISHORES,LLC<br>C/O SIZELER REAL ESTATE MANG.<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062-5596 | CREDITOR ID: 407232-MS<br>SPIVEY, RONNIE A.<br>200 BISCAYNE BLVD. WAY<br>APT.10H<br>MAIMI FL 33131 | CREDITOR ID: 2586-07<br>SPIWACHEE, INC.<br>WEEKI WACHEE VILLAGE<br>2542 WILLIMS BLVD.<br>KENNER LA 70062-5596 |
| CREDITOR ID: 261561-12<br>SPLENDA INC<br>BANK OF AMERICA MCNEIL NUTRIONALS<br>PO BOX 403335<br>ATLANTA GA 30384-3335 | CREDITOR ID: 261562-12<br>SPN CONSULTING<br>556 EGAN TERRACE<br>RIVERVALE, NJ 07675 | CREDITOR ID: 261563-12<br>SPONTEX INC<br>PO BOX 932443<br>ATLANTA, GA 31193-2443 |
| CREDITOR ID: 405615-95<br>SPONTEX INC<br>PO BOX 440297<br>NASHVILLE TN 37244-0297 | CREDITOR ID: 382257-51<br>SPOONER, BRAD<br>7217 COUNTY ROAD 220, SUITE 1205<br>ORANGE PARK, FL 32003 | CREDITOR ID: 385808-54<br>SPORBERT, MICHAEL J<br>55 CHURCH STREET<br>HIGHLAND  FALLS, NY 10928 |
| CREDITOR ID: 261564-12<br>SPORTS PROFILES<br>4711 GOLF ROAD # 900<br>SKOKIE, IL 60076 | CREDITOR ID: 261566-12<br>SPORTS PROMOTION NETWORK<br>PO BOX 200548<br>ARLINGTON TX 76006 | CREDITOR ID: 261565-12<br>SPORTS PROMOTION NETWORK<br>2985 HWY 360<br>SUITE 160<br>GRASND PRARIE TX 75052 |
| CREDITOR ID: 407460-15<br>SPORTSPOWER LTD<br>C/O MEGA TRENDS, LLC<br>ATTN ARTHUR VELARDI, DIR OF OPER<br>789 SHOTGUN RD<br>SUNRISE FL 33326 | CREDITOR ID: 407459-15<br>SPORTSPOWER, LTD<br>FLAT M, 3/FLOOR<br>KAISER ESTATE PHASE 3<br>11 HOK YUEN STREET<br>KOWLOON<br>HONG KONG | CREDITOR ID: 386009-54<br>SPRADLIN, JILL<br>11809 FAWNDALE<br>RIVERVIEW, FL 33569 |
| CREDITOR ID: 391226-55<br>SPRADLIN, JILL<br>C/O: JACK L. TOWNSEND, SR.<br>LAW OFFICE OF JACK L. TOWNSEND SR, P.A.<br>9385 N. 56TH ST, SUITE 201<br>TEMPLE TERRACE FL 33617 | CREDITOR ID: 381233-47<br>SPRAGUE, CHRIS<br>10224 SUMMERVIEW CIRCLE<br>RIVERVIEW, FL 33569 | CREDITOR ID: 261568-12<br>SPRAYCO<br>PO BOX 9069<br>FARMINGTON HILLS, MI 48333 |
| CREDITOR ID: 248901-12<br>SPRECHER, ELIZABETH<br>208 JASPER STREET<br>BUSHNELL, FL 33513 | CREDITOR ID: 385432-54<br>SPRIGGS, EDWIN<br>PO BOX 963<br>ABBEVILLE, LA 70510 | CREDITOR ID: 390737-55<br>SPRIGGS, EDWIN<br>C/O S STEPHEN SPRING, II<br>S STEPHEN SPRING, II/EDWIN SPRIGGS<br>8939 JEFFERSON HWY<br>SUITE E<br>BATON ROUGE LA 70809 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 406298-15
SPRING CORNERS, LLC
ATTN VERNON TARLTON
926 SECOND STREET NE
HICKORY NC 28601

CREDITOR ID: 261569-12
SPRING CREEK ELEMENTARY SCHOOL
72961 HWY 1061
KENTWOOD, LA 70444

CREDITOR ID: 261570-12
SPRING CREEK MARKETPLACE LP
PO BOX 660394
ACCT# 9670-000573
DALLAS TX 75266-0394

CREDITOR ID: 268626-31
SPRING CREEK WATER UTILITY DST
ATTN: ROBERT BICKERS
200 E MARKET ST
BOLIVAR TN 38008-2362

CREDITOR ID: 1883-RJ
SPRING HILL ASSOC LTD
C/O BRUCE STRUMPF INC
314 S MISSOURI AVE STE 30
CLEARWATER, FL 33756-5011

CREDITOR ID: 405879-99
SPRING HILL ASSOC LTD
C/O TABAS FREEDMAN SOLOFF & MILLER
ATTN: JOEL L TABAS
25 SOUTHEAST SECOND AVE, STE 919
MIAMI FL 33131

CREDITOR ID: 278668-24
SPRING HILL ASSOCIATES, LTD
STATE MUTUAL LIFE ASSURANCE
COMPANY OF AMERICA
440 LINCOLN STREET
WORCESTER MA 01605

CREDITOR ID: 268627-31
SPRING HL PL LAND PARTNERS LLP
ATTN: TAYLOR SPADAFORA
810 N CURTISWOOD LN
NASHVILLE TN 37204-4314

CREDITOR ID: 268628-31
SPRING LAKE IMPROVEMENT DST
ATTN: KENT CALABRESE
115 SPRING LAKE BLVD
SEBRING FL 33876-6143

CREDITOR ID: 261573-12
SPRING PLAZA LIMITED PRTNRSHP
C/O SIZELER REAL ESTATE MNG COMP
2542 WILLIAMS BLVD
KENNER, LA 70062

CREDITOR ID: 1884-07
SPRING PLAZA LP
C/O SIZELER REAL ESTATE MNG CO
2542 WILLIAMS BLVD
KENNER, LA 70062-1919

CREDITOR ID: 261574-12
SPRING POLK
PO BOX 1001
VALRICO FL 33594

CREDITOR ID: 261575-12
SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO
ATTN: BARBARA HOOD
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 1885-RJ
SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO
ATTN: BARBARA HOOD
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 278569-24
SPRINGDALE STATION LTD.
ATTN: MR. MICHAEL C. PHILLIPS
MANAGING MEMBER
PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 278669-25
SPRINGDALE STATION, LTD.
STAR BANK NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
P O. BOX 1038
ML 9105
CINCINNATI OH 45201

CREDITOR ID: 261576-12
SPRINGER EQUIPMENT COMPANY
PO BOX 100274
BIRMINGHAM AL 35210

CREDITOR ID: 261577-12
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING &
MANAGEMENT
PO BOX 48547
ST PETERSBURG, FL 33743-8547

CREDITOR ID: 1886-07
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST  PETERSBURG, FL 33743-8547

CREDITOR ID: 261578-12
SPRINGFIELD MIDDLE SCHOOL
PO BOX 40
SPRINGFIELD, LA 70462

CREDITOR ID: 261579-12
SPRINGHILL ASSOCIATES LLC
1 POSTON ROAD, SUITE 230
CHARLESTON, SC 29407

CREDITOR ID: 261580-12
SPRINGHILL IND CLINIC
C/O TAYLOR CLINIC
201 N ROYAL STREET
MOBILE AL 36602

CREDITOR ID: 261582-12
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER, SC 29721

CREDITOR ID: 2587-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER, SC 29721

CREDITOR ID: 2588-07
SPRINGS CORNER LLC
C/O BARRY WHISNANT
375 10TH AVENUE DR.
HICKORY NC 28601

CREDITOR ID: 261583-12
SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY, NC 28601

CREDITOR ID: 1889-07
SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY, NC 28601

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 386847-54
SPRINGSTEAD, GARY
52070 RED HILL ROAD
INDEPENDENCE LA 70443

CREDITOR ID: 406256-G4
SPRINT
7406. FULLERTON ST
JACKSONVILLE FL 32256

CREDITOR ID: 261585-12
SPRINT
PO BOX 219505
KANSAS CITY, MO 64121-9505

CREDITOR ID: 261584-12
SPRINT
PO BOX 88026
CHICAGO, IL 60680-1206

CREDITOR ID: 261589-12
SPRINT
PO BOX 96031
CHARLOTTE, NC 28296-0031

CREDITOR ID: 261588-12
SPRINT
PO BOX 740463
CINCINNATI, OH 45274-0463

CREDITOR ID: 261587-12
SPRINT
PO BOX 650270
DALLAS, TX 75265-0270

CREDITOR ID: 261586-12
SPRINT
PO BOX 30723
TAMPA FL 33630-3723

CREDITOR ID: 240883-10
SPRINT
PAID THREW P CARD
PO BOX 88026
CHICAGO IL 60680-1206

CREDITOR ID: 382613-51
SPRINT FLORIDA, INC
720 WESTERN BOULEVARD
TARBORO, NC 27886

CREDITOR ID: 261591-12
SPRINT PCS
PAID THREW P CARD
PO BOX 740602
CINCINNATI, OH 45274-0602

CREDITOR ID: 406002-15
SPRINT SPECTRUM LP DBA SPRINT PCS
KSOPHT0101-Z2850
ATTN MARY C HALL
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251-2850

CREDITOR ID: 406000-15
SPRINT-FLORIDA, INC.
C/O SPRINT LTD BANKRUPTCY DEPT
KSOPHT0101-Z2800
ATTN VANCE KATZER
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251-2800

CREDITOR ID: 261592-12
SPROUTS LAWN AND LANDSCAPE
ATTN: BILL THOMPSON
4504 BERMUDA
WICHITA FALLS, TX 76308

CREDITOR ID: 405616-95
SPROUTS LAWN AND LANDSCAPE
PO BOX 1389
HOUSTON TX 77251-1389

CREDITOR ID: 385396-54
SPRUEL, LINDA
3740 INWOOD DR.
HARVEY, LA 70058

CREDITOR ID: 390703-55
SPRUEL, LINDA
C/O TATE & WILLIAMS LLC
ATTN IRIS A TATE, ESQ
PO BOX 58889
NEW ORLEANS LA 70158-8889

CREDITOR ID: 382157-51
SPSS
233 S WACKER DRIVE, 11TH FLOOR
CHICAGO, IL 60606-6412

CREDITOR ID: 261593-12
SPSS INC
1213 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 245083-12
SPURGEON, CHARLIE
PO BOX 4454
DILLON CO 80435

CREDITOR ID: 244667-12
SPURLOCK, CAROLYN J
RR 3 BOX 285
MADISON FL 32340

CREDITOR ID: 388926-54
SPURLOCK, MARGARET
205 KINCHAFOONEE CREEK ROAD
LOT 30
LEESBURG, GA 31763

CREDITOR ID: 392831-55
SPURLOCK, MARGARET
C/O: HOWARD J. STILLER
HOWARD J. STILLER, P.A.
PO BOX 71742
ALBANY GA 31708-1742

CREDITOR ID: 406156-93
SPURLOCK, SHELBY
300 KATHY LANE
MARGATE FL 33068-1422

CREDITOR ID: 248102-12
SPURWAY, DIANA
935 EDGEHILL ROAD
VALRICO, FL 33594

CREDITOR ID: 261594-12
SPW INDUSTRIES INC
1880 JOY LAKE RD
LAKE CITY, GA 30260

CREDITOR ID: 279435-99
SQUIRE SANDERS & DEMPSEY LLP
ATTN: KRISTIN E RICHNER
1300 HUNTINGTON CTR
41 S HIGH STREET
COLUMBUS OH 43215-6197

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243914-12<br>SQUIRES, BRENDA<br>4400 AUTUMN GLO COURT<br>DOUGLASVILLE, GA 30135 | CREDITOR ID: 386895-54<br>SQUIRES, MARY<br>2700 CROTON RD<br>BLDG 5, APT. #2<br>MELBOURNE FL 32935 | CREDITOR ID: 260267-12<br>SR CARR INC LOGISTICS<br>951 CHAPMAN DR<br>JACKSONVILLE, FL 32221 |
| CREDITOR ID: 397669-72<br>SR INTERNATIONAL BUS INS CO LTD<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 1890-07<br>SR JLB JAB LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI, FL 33102-8568 | CREDITOR ID: 261595-12<br>SR JLB JAB LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI, FL 33102-8568 |
| CREDITOR ID: 261596-12<br>SR TCS LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI, FL 33102-8568 | CREDITOR ID: 1891-07<br>SR TCS LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI, FL 33102-8568 | CREDITOR ID: 382158-51<br>SRC<br>131 N GLASSELL STREET, SUITE 200<br>ORANGE, CA 92866 |
| CREDITOR ID: 261597-12<br>SRC<br>131 NORTH GLASSELL STREET<br>SUITE 200<br>ORANGE CA 92866 | CREDITOR ID: 261598-12<br>SRT ACQUISTION CORPORATION<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK, NY 10018 | CREDITOR ID: 388615-54<br>SRYGLEY, CLIFTON<br>3747 WOODCOCK DRIVE<br>HEPHZIBAH GA 30815-6451 |
| CREDITOR ID: 392669-55<br>SRYGLEY, CLIFTON<br>C/O: THOMAS F ALLGOOD, JR.<br>ALLGOOD, CHILDS & MEHRHOF, P.C.<br>P.O. BOX 1523<br>AUGUSTA, GA 30903 | CREDITOR ID: 260268-12<br>SS DWECK & SONS INC<br>PO BOX 542<br>IRVINGTON, NJ 07111 | CREDITOR ID: 268629-31<br>SSA<br>ATTN: LINDA RINEER<br>3120 N OAK STREET EXT # D<br>VALDOSTA GA 31602-1007 |
| CREDITOR ID: 261599-12<br>SSC<br>530 CHURCH STREET<br>SUITE 702<br>NASHVILLE TN 37219 | CREDITOR ID: 261600-12<br>SSI US INC<br>DBA SPENCER STUART<br>PO BOX 98991<br>CHICAGO, IL 60693 | CREDITOR ID: 261601-12<br>SSKIB CORPORATION<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 |
| CREDITOR ID: 261602-12<br>SSL AMERICAS INC<br>PO BOX 60378<br>CHARLOTTE, NC 28260 | CREDITOR ID: 261603-12<br>SSW HOLDING CO INC<br>23114 NETWORK PLACE<br>CHICAGO, IL 60673-1230 | CREDITOR ID: 261604-12<br>ST AGNES CHURCH<br>3310 JEFFERSON HWY<br>JEFFERSON, LA 70121 |
| CREDITOR ID: 261605-12<br>ST AGNES CHURCH OH<br>1619 CALIFORNIA AVENUE<br>CINCINNATI OH 45237 | CREDITOR ID: 261607-12<br>ST AGNES SCHOOL<br>3410 JEFFERSON HWY<br>JEFFERSON, LA 70121 | CREDITOR ID: 261606-12<br>ST AGNES SCHOOL<br>133 ASTER LANE<br>WAGGAMAN, LA 70094 |
| CREDITOR ID: 406070-15<br>ST ALBAN COMMANDERY #8 KT<br>ATTN GEORGE L SMYTH, TREASURER<br>69 INVERNESS ST<br>PORTLAND ME 04103 | CREDITOR ID: 261608-12<br>ST ALOYSIUS ON THE OHIO<br>6207 PORTAGE<br>CINCINNATI OH 45233 | CREDITOR ID: 261609-12<br>ST ALOYSIUS SCHOOL<br>2025 STUART AVE<br>BATON ROUGE, LA 70808 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261610-12<br>ST ALPHONSUS SCHOOL<br>504 JACKSON AVE<br>OCEAN SPRINGS, MS 39564 | CREDITOR ID: 261611-12<br>ST ANDREW APOSTLE<br>3131 ETON ST<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 261612-12<br>ST ANDREWS UNITED METHODIST CHURCH<br>17510 MONITOR AVENUE<br>BATON ROUGE, LA 70817 |
| CREDITOR ID: 261613-12<br>ST ANTHONY OF PADUA CHURCH<br>234 ANGUS DR<br>LULING, LA 70070 | CREDITOR ID: 261614-12<br>ST ANTHONY OF PADUA SCHOOL<br>116 S KNOLL ST<br>BUNKIE, LA 71322 | CREDITOR ID: 261615-12<br>ST ANTHONY SCHOOL<br>900 FRANKLIN ST<br>GRETNA, LA 70053 |
| CREDITOR ID: 261616-12<br>ST ANTONINUS<br>5425 JULMAR DR<br>CINCINNATI OH 45238 | CREDITOR ID: 261618-12<br>ST AUGUSTINE CATHOLIC<br>PO BOX 548<br>NEW ROADS, LA 70760 | CREDITOR ID: 261619-12<br>ST AUGUSTINE GAS CO<br>PO BOX 9020<br>ST AUGUSTINE, FL 32085-9020 |
| CREDITOR ID: 405617-95<br>ST AUGUSTINE GAS CO<br>254 RIBERIA ST<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 261621-12<br>ST AUGUSTINE HIGH SCHOOL<br>3205 VARELLA AVENUE<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 261620-12<br>ST AUGUSTINE HIGH SCHOOL<br>2600 A P TUREAUD AVE<br>NEW ORLEANS, LA 70119 |
| CREDITOR ID: 261622-12<br>ST AUGUSTINE RECORD<br>PO BOX 1630<br>SAINT AUGUSTINE, FL 32085-1630 | CREDITOR ID: 262890-12<br>ST AUGUSTINE RECORD, THE<br>315 JASMINE ROAD<br>ST AUGUSTINE, FL 32085 | CREDITOR ID: 261623-12<br>ST AUGUSTINE SCHOOL<br>1840 JEFFERSON<br>STORE#1776<br>COVINGTON KY 41014 |
| CREDITOR ID: 261624-12<br>ST BARTHOLOMEW<br>9375 WINTON RD<br>STORE#1764<br>CINCINNATI OH 45231 | CREDITOR ID: 261625-12<br>ST BENILDE SCHOOL<br>1801 DIVISION ST<br>METAIRIE, LA 70001 | CREDITOR ID: 261626-12<br>ST BERNADETTE<br>1453 LOCUST LAKE RD<br>STORE1777<br>AMELIA OH 45102 |
| CREDITOR ID: 261627-12<br>ST BERNARD HIGH SCHOOL<br>2601 TORRES DRIVE<br>ST BERNARD, LA 70085 | CREDITOR ID: 261630-12<br>ST BERNARD SCHOOL<br>251 E BRIDGE ST<br>BREAUX BRIDGE, LA 70517 | CREDITOR ID: 261632-12<br>ST BONAVENTURE CHURCH<br>329 S JAMIE BLVD<br>AVONDALE, LA 70094 |
| CREDITOR ID: 261633-12<br>ST CECILIA<br>302 W MAIN<br>BROUSSARD, LA 70518 | CREDITOR ID: 261634-12<br>ST CECILIA SCHOOL<br>4115 TAYLOR<br>CINCINNATI OH 45209 | CREDITOR ID: 261635-12<br>ST CHARLES BORROMEO CHURCH<br>321 N JUNIPER ST<br>PICAYUNE, MS 39466 |
| CREDITOR ID: 261637-12<br>ST CHARLES CATHOLIC HIGH<br>100 DOMINICAN DR<br>LAPLACE, LA 70068 | CREDITOR ID: 377147-44<br>ST CHARLES ELEMENTARY SCHOOL<br>1921 ST CHARLES<br>JEANERETTE, LA 70544 | CREDITOR ID: 261638-12<br>ST CHARLES ELEMENTARY SCHOOL<br>1690 HIGHWAY 1<br>THIBODAUX, LA 70301 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 377409-44<br>ST CHARLES HOSPITAL<br>ATTN DEBBIE HOMER<br>PO BOX 87<br>LULING, LA 70070-0087 | CREDITOR ID: 261639-12<br>ST CHARLES HOSPITAL<br>PO BOX 87<br>LULING, LA 70070-0087 | CREDITOR ID: 261643-12<br>ST CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE, LA 71351 |
| CREDITOR ID: 406017-15<br>ST CHARLES UNITED METHODIST CHURCH<br>ATTN MARY ANNE SCHINDLER<br>1905 ORMOND BLVD<br>DESTREHAN LA 70047 | CREDITOR ID: 261646-12<br>ST CHRISTOPHER SCHOOL<br>3900 DERBIGNY ST<br>METAIRIE, LA 70001 | CREDITOR ID: 268633-14<br>ST CLAIR COUNTY OF<br>ATTN: ELIZABETH MEALER<br>165 5TH AVE<br>ASHVILLE AL 35953-3231 |
| CREDITOR ID: 318430-42<br>ST CLAIR COUNTY REVENUE COMMISSIONER<br>1815 COGSWELL AVE STE 205<br>PELL CITY, AL 35125-1643 | CREDITOR ID: 268634-31<br>ST CLAIR NEWS AEGIS<br>ATTN BRENDA SCOTT, BUSINESS MGR<br>PO BOX 750<br>PELL CITY, AL 35125 | CREDITOR ID: 261651-12<br>ST CLARE SCHOOL<br>5800 SALVIA AVENUE<br>CINCINNATI OH 45224 |
| CREDITOR ID: 261652-12<br>ST CLETUS<br>3610 CLAIR AVE<br>GRETNA, LA 70053 | CREDITOR ID: 268634-31<br>ST CLOUD CITY OF<br>ATTN: DAVID NEARING<br>1300 9TH ST<br>SAINT CLOUD FL 34769-3339 | CREDITOR ID: 870-03<br>ST CLOUD, CITY OF (FL)<br>PO BOX 701445<br>ST CLOUD FL 34770-1445 |
| CREDITOR ID: 261653-12<br>ST COLUMBAN SCHOOL<br>896 OAKLAND ROAD<br>LOVELAND, OH 45140 | CREDITOR ID: 261654-12<br>ST CYR INC<br>48 INDUSTRIAL PARK ROAD<br>LUCEDALE MS 39452 | CREDITOR ID: 261655-12<br>ST DOMINIC<br>371 PEDRETTI<br>CINCINNATI OH 45238 |
| CREDITOR ID: 261656-12<br>ST EDMUND ELEMENTARY SCHOOL<br>331 NORTH THIRD ST<br>EUNICE, LA 70535 | CREDITOR ID: 261657-12<br>ST EDMUND HIGH SCHOOL<br>351 W MAGNOLIA<br>EUNICE, LA 70535 | CREDITOR ID: 261658-12<br>ST EDWARD THE CONFESSOR SCHOOL<br>4901 W METAIRIE AVE<br>METAIRIE, LA 70001 |
| CREDITOR ID: 261659-12<br>ST EDWARDS SCHOOL<br>175 PORTER STREET<br>NEW IBERIA, LA 70560 | CREDITOR ID: 261660-12<br>ST ELIZABETH ANN SETON SCHOOL<br>4119 ST ELIZABETH DR<br>KENNER, LA 70065 | CREDITOR ID: 261661-12<br>ST ELIZABETH BUSINESS CENTER<br>200 MEDICAL VILLAGE DRIVE<br>EDGEWOOD KY 41017 |
| CREDITOR ID: 261662-12<br>ST ELIZABETH HOSPITAL<br>PO BOX 1179<br>GONZALES LA 70707 | CREDITOR ID: 261663-12<br>ST ELIZABETH SCHOOL<br>P O DRAWER M<br>PAINCOURTVILLE, LA 70391 | CREDITOR ID: 260269-12<br>ST FIGUERO DISTRIBUTING<br>ATTN: S T FIGERO, PRES<br>165 MADDOX ROAD<br>JACKSON, MS 39212 |
| CREDITOR ID: 261664-12<br>ST FRANCIS CABRINI<br>3523 HWY 78<br>LIVONIA, LA 70755 | CREDITOR ID: 261665-12<br>ST FRANCIS CATHOLIC SCHOOL<br>490 ST JOSEPH AVE<br>IOTA, LA 70543 | CREDITOR ID: 261666-12<br>ST FRANCIS WORKWELL OCCUPATNAL HLTH<br>131 COMMONWEALTH DRIVE<br>SUITE 200<br>GREENVILLE SC 29615 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 261667-12
ST GENEVIEVE SCHOOL
201 ELIZABETH AVE
LAFAYETTE, LA 70501

CREDITOR ID: 261668-12
ST GEORGE CATHOLIC SCHOOL
7880 ST GEORGE DR
BATON ROUGE, LA 70809

CREDITOR ID: 261669-12
ST HELENA CENTRAL ELEM
RTE 2 BOX 31
GREENSBURG, LA 70441

CREDITOR ID: 261670-12
ST IGNATIUS
5222 NORTH BEND RD
CINCINNATI OH 45247

CREDITOR ID: 261671-12
ST JAMES ELEMENTARY SCHOOL
603 WEST AVE
GULFPORT, MS 39507

CREDITOR ID: 261673-12
ST JAMES PARISH HOSPITAL
ATTN CINDY MADERE
2471 LOUISIANA AVE
LUTCHER, LA 70071

CREDITOR ID: 261674-12
ST JAMES PARISH SC BD
PO BOX 368
SALES & USE TAX DIVISION
LUTCHER, LA 70071-0368

CREDITOR ID: 261676-12
ST JAMES WHITE OAKS
6111 CHEVOIT RD
CINCINNATI OH 45247

CREDITOR ID: 261677-12
ST JOAN OF ARCH SCHOOL
412 FIR STREET
LA PLACE, LA 70068

CREDITOR ID: 261678-12
ST JOHN & PARTNERS
5220 BELFORT RD
JACKSONVILLE, FL 32256

CREDITOR ID: 403184-15
ST JOHN & PARTNERS ADVERTISING
& PUBLIC RELATIONS INC
ATTN ROBERT M BAKER, CFO
5220 BELFORT ROAD, SUITE 400
JACKSONVILLE FL 32256

CREDITOR ID: 261679-12
ST JOHN BAPTIST PAR
PO BOX 432
SALES&USE TAX DIV
RESERVE, LA 70084-0432

CREDITOR ID: 268635-31
ST JOHN BAPTIST PARISH COUNCIL
ATTN: BUBBA ISHA
134 WATERPLANT RD
LA PLACE LA 70068-6846

CREDITOR ID: 268636-14
ST JOHN BAPTIST PARISH SCHL BD
ATTN: FELIX BOUGHTON
118 W 10TH ST
RESERVE LA 70084-6202

CREDITOR ID: 268637-14
ST JOHN BAPTST PARISH ASSESSOR
ATTN: HENRY HOTARD
2393 HIGHWAY 18
EDGARD LA 70049-2411

CREDITOR ID: 261680-12
ST JOHN BASEBALL
ATTN COACH TAIT DUPONT (BOYS FIELD)
24250 REGINA ST
PLAQUEMINE, LA 70764

CREDITOR ID: 261681-12
ST JOHN ELEMENTARY
924 MAIN ST
FRANKLIN, LA 70538

CREDITOR ID: 261682-12
ST JOHN HIGH SCHOOL
24250 REGINA ST
PLAQUEMINE LA 70764

CREDITOR ID: 261683-12
ST JOHN INTERPORCHIAL SCHOOL
58645 ST CLEMENT AVE
PLAQUEMINE, LA 70764

CREDITOR ID: 261684-12
ST JOHN LUTHERAN SCHOOL
3937 CANAL STREET
NEW ORLEANS, LA 70119

CREDITOR ID: 261686-12
ST JOHN PARISH SHERIFFS OFFICE
PO BOX 1600
LAPLACE, LA 70069-1600

CREDITOR ID: 871-03
ST JOHN THE BAPTIST PARISH
PO BOX C
GARYVILLE LA 70051-0843

CREDITOR ID: 261687-12
ST JOHN THE BAPTIST PARISH SCHL BRD
118 W 10TH ST
P O DRAWER AL
RESERVE LA 70084

CREDITOR ID: 261688-12
ST JOHN THE BAPTIST PRSH UTIL
CITY BLDG
GARYVILLE, LA 70051

CREDITOR ID: 268638-31
ST JOHN WATER CONTROL DISTRICT
ATTN: JOEL G SUMMER
925 122ND AVE SW
VERO BEACH FL 32968-9336

CREDITOR ID: 260913-12
ST JOHN, SHERRI
4030 HONEY SUCKLE ROAD
GAINESVILLE, GA 30506

CREDITOR ID: 261689-12
ST JOHNS BEVERAGE CO
ATTN: CARMINE J SCHIAVONE, PRES
1221 SE VEITCH ST
GAINESVILLE, FL 32601

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 382086-36
ST JOHNS BEVERAGE COMPANY, INC
ROBIN H CONNER
1221 SE VEITCH ST
GAINESVILLE FL 32601

CREDITOR ID: 261690-12
ST JOHNS BIOMEDICAL LAB INC
165 SOUTH PARK BLVD STE A
ST AUGUSTINE, FL 32086

CREDITOR ID: 261691-12
ST JOHNS COMMONS OWNER CORP
LASALLE BANK NA
135 SOUTH LASALLE ST SUITE 1625
ACCT# 20-0245282
CHICAGO, IL 60603

CREDITOR ID: 2592-07
ST JOHNS COMMONS OWNER CORP
HALLMARK PARTNERS, INC
ATTN: STEPHANIE BLACK
6675 CORPORATE CENTER PKWY
SUITE 100
JACKSONVILLE FL 32216

CREDITOR ID: 261695-12
ST JOHNS EPISCOPAL CHURCH
705 RAYBURN AVE
OCEAN SPRINGS, MS 39564

CREDITOR ID: 261696-12
ST JOHNS GREEK ORTHODOX DAY SCHOOL
2ND ANNUAL MAY CLASSIC
2418 SWAN AVENUE
TAMPA, FL 33609

CREDITOR ID: 2591-07
ST JOHN'S INVESTORS LMTD PRTNRSHP
C/O ZIFF PROPERTIES INC
701 EAST BAY STREET
CHARLESTON SC 29403

CREDITOR ID: 261697-12
ST JOHNS SERVICE COMPANY
248 SOLANA ROAD
PONTE VEDRA BEACH, FL 32082

CREDITOR ID: 873-03
ST JOHNS SERVICE COMPANY
ATTN ANN M EADIE
135 PROFESSIONAL DRIVE, SUITE 104
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 261698-12
ST JOHNS UNITED METHODIST CHURCH
9375 HIGHLAND ROAD
BATON ROUGE, LA 70810

CREDITOR ID: 261699-12
ST JOSEPH
3406 HWY 107 S
PAUCHEVILLE, LA 71362

CREDITOR ID: 261700-12
ST JOSEPH CAMP SPRINGS
225 FOUR MILE PK
MELBOURNE KY 41059

CREDITOR ID: 261701-12
ST JOSEPH SCHOOL
10917 OLD JEANERETTE RD
JEANERETTE, LA 70544

CREDITOR ID: 261702-12
ST JOSEPH THE WORKER SCHOOL
440 PINE ST
MARRERO, LA 70072

CREDITOR ID: 261703-12
ST JOSEPHS CANDLER MEDICAL GRP
OF STATESBORO
605 BRANNEN STREET
STATESBORO GA 30458

CREDITOR ID: 261704-12
ST JUDE SCHOOL PTO
5940 BRIDGETOWN ROAD
CINCINNATI OH 45248

CREDITOR ID: 268642-14
ST LANDRY PARISH ASSESSOR
ATTN: RHYN DUPLECHAIN
118 S COURT ST STE 230
OPELOUSAS LA 70570-5166

CREDITOR ID: 268643-31
ST LANDRY PARISH HOUSING AUTH
ATTN: DONNA TAYLOR
509 W CARRIERE ST
WASHINGTON LA 70589

CREDITOR ID: 261706-12
ST LANDRY PARISH SHERIFF
PO BOX 1029
OPELOUSAS, LA 70571-0390

CREDITOR ID: 318438-42
ST LANDRY PARISH SHERIFF & TAX COLLECTOR
COURTHOUSE
OPELOUSAS LA 70571-0390

CREDITOR ID: 261707-12
ST LANDRY YOUTH ATHLETICS ASSOC
PO BOX 846
OPELOUSAS LA 70571

CREDITOR ID: 261708-12
ST LAWRENCE
1020 CARSON AVE
STORE#1768
CINCINNATI OH 45205

CREDITOR ID: 261709-12
ST LOUIS BERTRAND CHURCH
11014 SOUTH SIXTH STREET
LOUISVILLE, KY 40203

CREDITOR ID: 261710-12
ST LOUIS COLLEGE OF PHARMACY
4588 PARKVIEW PLACE
ST LOUIS MO 63110

CREDITOR ID: 261711-12
ST LOUIS KING OF FRANCE
1600 LAKE AVENUE
METAIRIE, LA 70005

CREDITOR ID: 261712-12
ST LOUIS KING OF FRANCE SCHOOL
2311 N SHERWOOD FOREST BLVD
BATON ROUGE, LA 70815

CREDITOR ID: 261713-12
ST LOUISE DEMARILLA SCHOOL
1914 AYCOCK ST
ARABI, LA 70032

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 261714-12
ST LUCIE BATTERY & TIRE
5500 ORANGE AVE
FORT PIERCE, FL 34947-1309

CREDITOR ID: 261715-12
ST LUCIE COUNTY FAIR ASSOC INC
PO BOX 12478
FT PIERCE FL 34979

CREDITOR ID: 261718-12
ST LUKE CATHOLIC CHURCH
910 CROSS GATES BLVD
SLIDELL, LA 70461

CREDITOR ID: 261719-12
ST LUKE FAMILY CHRISTIAN CENTER
23955 JACKSON ST
PLAQUEMINE, LA 70764

CREDITOR ID: 261720-12
ST LUKES / MAYO CLINIC
1684 WOODLANDS DRIVE
SUITE 150
MAUMEE OH 43537

CREDITOR ID: 261721-12
ST MARK CO OP
1625 MISSOURI ST
CHALMETTE, LA 70043

CREDITOR ID: 261722-12
ST MARKS CATHOLIC CHURCH
CHERYL CHAMBERLAIN
608 W MAIN STREET
RICHMOND, KY 40475

CREDITOR ID: 261723-12
ST MARKS EPISCOPAL CHURCH
123 CHURCH AVENUE
GULFPORT, MS 39507

CREDITOR ID: 261724-12
ST MARTHAS CHURCH
2555 APOLLO DR
HARVEY, LA 70058

CREDITOR ID: 261725-12
ST MARTIN HIGH SCHOOL
10800 YELLOWJACKET BLVD
OCEAN SPRINGS, MS 39564

CREDITOR ID: 261726-12
ST MARTIN PARISH 4H
114 COURTHOUSE ST
BREAUX BRIDGE, LA 70517

CREDITOR ID: 261727-12
ST MARTIN PARISH SCH BD
PO BOX 1000
SALES TAX DEPT
BREAUX BRIDGE, LA 70517-1000

CREDITOR ID: 261729-12
ST MARTINS EPSCOPAL SCHOOL
5309 AIRLINE DR
METAIRIE, LA 70003

CREDITOR ID: 261730-12
ST MARTINVILLE ELEMENTARY
1004 MARTIN LUTHER KING DRIVE
ST MARTINVILLE LA 70582

CREDITOR ID: 261731-12
ST MARTINVILLE PRIMARY
716 N MAIN ST
ST MARTINVILLE, LA 70582

CREDITOR ID: 261732-12
ST MARY
9 SOUTH JEFFERSON ST
ALEXANDRIA KY 41001

CREDITOR ID: 261733-12
ST MARY MAGDALEN SCHOOL
6425 W METAIRIE AVE
METAIRIE, LA 70003

CREDITOR ID: 261734-12
ST MARY PARISH
PO BOX 1142
MORGAN CITY LA 70381

CREDITOR ID: 268645-14
ST MARY PARISH ASSESSOR
ATTN: SHEREL MARTIN
101 WILSON ST
FRANKLIN LA 70538-6149

CREDITOR ID: 268650-31
ST MARY PARISH OF
ATTN: TANBRA VERET
349 GREY EAGLE RD
CHARENTON LA 70523

CREDITOR ID: 268649-31
ST MARY PARISH OF
ATTN: PHELO JOE KELLER
9331 HGWY 182 W
FRANKLIN LA 70538

CREDITOR ID: 268648-31
ST MARY PARISH OF
ATTN: DON RYAN
1333 BELLEVIEW ST
MORGAN CITY LA 70380-5951

CREDITOR ID: 268647-14
ST MARY PARISH OF
ATTN: BARRY DUFRENE
301 3RD ST
MORGAN CITY LA 70380-3567

CREDITOR ID: 268646-31
ST MARY PARISH OF
ATTN: ANGELA KRAMER
530 3RD ST
MORGAN CITY LA 70380-3502

CREDITOR ID: 318441-42
ST MARY PARISH SHERIFF & TAX COLLECTOR
COURTHOUSE
FRANKLIN LA 70060-0061

CREDITOR ID: 261736-12
ST MARY SCHOOL
2845 ERIE AVE
STORE#1774
CINCINNATI OH 45208

CREDITOR ID: 261738-12
ST MARYS NATIVITY SCHOOL
PO BOX K
RACELAND, LA 70394

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261737-12<br>ST MARY'S OF THE ANGELS CHURCH<br>3501 N MIRO ST<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 261739-12<br>ST MATHEWS THE APOSTLE SCHOOL<br>ATTN JILL CONNOR<br>10021 JEFFERSON HWY<br>RIVER RIDGE, LA 70123 | CREDITOR ID: 261740-12<br>ST PAUL CATHOLIC CHURCH<br>6904 DIXIE HIGHWAY<br>ATTN JENNY RIGSBY<br>LOUISVILLE, KY 40258 |
| CREDITOR ID: 261741-12<br>ST PAUL PASS CHRISTIAN<br>151 EAST SCENIC BOULEVARD<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 261742-12<br>ST PAUL UMYF<br>800 PORTER ST<br>OCEAN SPRINGS, MS 39564 | CREDITOR ID: 261743-12<br>ST PETER & PAUL SCHOOL<br>RT 2 BOX 135<br>CALIFORNIA KY 41007 |
| CREDITOR ID: 261744-12<br>ST PETER CHANEL<br>2590 LA HWY 44<br>PAULINA, LA 70763 | CREDITOR ID: 261745-12<br>ST PETER SCHOOL<br>188 W 7TH ST<br>RESERVE, LA 70084 | CREDITOR ID: 261746-12<br>ST PETERS SCHOOL<br>228 E TEMPERANCE ST<br>COVINGTON, LA 70433 |
| CREDITOR ID: 268652-31<br>ST PETERSBURG CITY OF<br>ATTN: GEORGE WEBB<br>175 5TH ST N RM 106<br>SAINT PETERSBURG FL 33701-3708 | CREDITOR ID: 268651-31<br>ST PETERSBURG CITY OF<br>ATTN: DAVE HENDERSON<br>6198 66TH ST N<br>SAINT PETERSBURG FL 33709-1525 | CREDITOR ID: 261749-12<br>ST PETERSBURG TIMES<br>PO BOX 112<br>ST PETERSBURG, FL 33731-0237 |
| CREDITOR ID: 261748-12<br>ST PETERSBURG TIMES<br>490 1ST AVENUE SOUTH<br>ST PETERSBURG, FL 33701 | CREDITOR ID: 261747-12<br>ST PETERSBURG TIMES<br>1301 34TH STREET NORTH<br>ST PETERSBURG, FL 33713 | CREDITOR ID: 261750-12<br>ST PHILIP NERI SCHOOL<br>6600 KAWANEE AVE<br>METAIRIE, LA 70003 |
| CREDITOR ID: 261751-12<br>ST PHILIP SCHOOL<br>1400 MARY INGLES<br>MELBOURNE KY 41059 | CREDITOR ID: 261752-12<br>ST PIUS X SCHOOL<br>201 E BAYOU PKWY<br>LAFAYETTE, LA 70508 | CREDITOR ID: 260276-12<br>S-T PROPERTIES & STEWART<br>DEVELOPMENT CO VI<br>16691 GOTHARD ST  SUITE H<br>HUNTINGTON BEACH CA 92647 |
| CREDITOR ID: 261753-12<br>ST RITA HOME & SCHOOL ASSOC<br>194 RAVAN ST<br>HARAHAN, LA 70123 | CREDITOR ID: 261754-12<br>ST RITAS DADS CLUB<br>7100 JEFFERSON HWY<br>HARAHAN LA 70123 | CREDITOR ID: 261755-12<br>ST ROBERT BELLARMINE<br>815 BADGER DR<br>ARABI, LA 70032 |
| CREDITOR ID: 261756-12<br>ST ROSALIE HOME SCHOOL ASSOC<br>600 2ND AVE<br>HARVEY, LA 70058 | CREDITOR ID: 261757-12<br>ST ROSE DE LIMA CATHOLIC CHURCH<br>301 SOUTH NECAISE AVE<br>BAY ST LOUIS, MS 39520 | CREDITOR ID: 261758-12<br>ST ROSE DELIVERY SERVICE<br>PO BOX 159<br>ST ROSE, LA 70087 |
| CREDITOR ID: 261760-12<br>ST ROSE NURSERY<br>PO BOX 95339<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 261759-12<br>ST ROSE NURSERY<br>PO BOX 159<br>ST ROSE LA 70087 | CREDITOR ID: 261760-12<br>ST ROSE NURSERY<br>C/O COLEMAN JOHNSON ARTIGUES ET AL<br>ATTN RICHARD B JURISICH JR, ESQ<br>321 ST CHARLES AVE, 10TH FL SUITE<br>NEW ORLEANS LA 70130 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405618-95<br>ST ROSE NURSERY<br>PO BOX 70930<br>CHICAGO IL 60673-0930 | CREDITOR ID: 377154-44<br>ST SIMONS PUBLISHING CO<br>219 WEST POINT DRIVE<br>ST SIMONS GA 31522 | CREDITOR ID: 261761-12<br>ST STEPHEN CATHOLIC SCHOOL<br>1027 NAPOLEON AVE<br>NEW ORLEANS, LA 70115 |
| CREDITOR ID: 261762-12<br>ST STEPHEN MARTYR<br>3015 GREENUP AVENUE<br>LOUISVILLE KY 40217 | CREDITOR ID: 261763-12<br>ST SUSAANA PARISH<br>305 FOURTH AVENUE<br>MASON OH 45040 | CREDITOR ID: 268653-31<br>ST TAMANY PARISH WATER DST 2<br>ATTN: RICHARD BYRON<br>19432A HIGHWAY 36<br>COVINGTON LA 70433-8729 |
| CREDITOR ID: 261765-12<br>ST TAMMANY JUNIOR HIGH<br>701 CLEVELAND AVE<br>SLIDELL, LA 70458 | CREDITOR ID: 377157-44<br>ST TAMMANY PARISH FOSTER PARENTS ASSOC<br>212 LAKE CALCASIEU CT<br>SLIDELL, LA 70420 | CREDITOR ID: 381354-47<br>ST TAMMANY PARISH FOSTER PARENTS ASSOC<br>100 BENNETT DRIVE<br>COVINGTON, LA 70435 |
| CREDITOR ID: 261767-12<br>ST TAMMANY PARISH SHERIFF<br>PO BOX 1120<br>COVINGTON LA 70434 | CREDITOR ID: 268654-14<br>ST TAMMANY PARISH SHERIFFS OFF<br>ATTN: MAYO CANULETTE<br>141 PRODUCTION DR<br>SLIDELL LA 70460-4647 | CREDITOR ID: 261768-12<br>ST TAMMANY PARISH TAX COLLECTOR<br>PO BOX 608<br>COURTHOUSE<br>PROPERTY TAX<br>COVINGTON LA 70434-0608 |
| CREDITOR ID: 261769-12<br>ST TERESA OF AVILA SCHOOL<br>1194 RULISON AVE<br>STORE#1768<br>CINCINNATI OH 45238 | CREDITOR ID: 261770-12<br>ST THERESA SCHOOL<br>212 EAST NEW RIVER ST<br>GONZALES, LA 70737 | CREDITOR ID: 261771-12<br>ST THERESE THE LITTLE FLOWER CHURCH<br>5560 KIRBY AVENUE<br>CINCINNATI OH 45239 |
| CREDITOR ID: 261772-12<br>ST THOMAS AQUINAS CATHOLIC HIGH<br>14520 VOSS DR<br>HAMMOND, LA 70401 | CREDITOR ID: 261773-12<br>ST THOMAS CHURCH<br>720 E BEACH BLVD<br>LONG BEACH, MS 39560 | CREDITOR ID: 261774-12<br>ST THOMAS HOUSING AUTHORITY<br>100 MAIN AVENUE<br>TERRACE PARK OH 45174 |
| CREDITOR ID: 261775-12<br>ST THOMAS MOORE SCHOOL<br>788 OHIO PIKE<br>CINCINNATI OH 45245 | CREDITOR ID: 261776-12<br>ST THOMAS MORE CATHOLIC<br>11441 GOODWOOD BLVD<br>BATON ROUGE, LA 70815 | CREDITOR ID: 261777-12<br>ST VERONICA<br>4475 MT CARMEL/TOBASCO RD<br>STORE1705<br>CINCINNATI OH 45244 |
| CREDITOR ID: 261778-12<br>ST VINCENT DE PAUL<br>4036 RIVER RD<br>STORE#1768<br>CINCINNATI OH 45204 | CREDITOR ID: 261780-12<br>ST VINCENTS HEALTH SYSTEMS<br>2565 PARK STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 261779-12<br>ST VINCENT'S OCCUPATIONAL HEALTH<br>CLINICS<br>PO BOX 2153  DEPT 3266<br>BIRMINGHAM AL 35287-3266 |
| CREDITOR ID: 261782-12<br>ST WILLIAM SCHOOL<br>4125 ST WILLIAM AVE<br>STORE#1768<br>CINCINNATI OH 45205 | CREDITOR ID: 2590-07<br>ST. CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE, LA 71351 | CREDITOR ID: 241178-11<br>ST. CHARLES SCHOOL BOARD<br>SALES & USE TAX DEPT.<br>PO BOX 46<br>LULING, LA 70070-0046 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241179-11<br>ST. JAMES PARISH SCHOOL BOARD<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 6032593-059<br>PO BOX 368<br>LUTCHER, LA 70071-0368 | CREDITOR ID: 377159-44<br>ST. JOHN THE BAPTIST PARISH<br>PO BOX 432<br>RESERVE, LA 70084-0432 | CREDITOR ID: 241180-11<br>ST. JOHNS THE BAPTIST PARISH<br>SALES & USE TAX OFFICE<br>ACCOUNT NO.: 1583<br>PO BOX 432<br>RESERVE, LA 70084-0432 |
| CREDITOR ID: 394049-61<br>ST. LANDRY PARISH CLERK OF THE COURTS<br>PO BOX 750<br>OPELOUSAS, LA 70571-0750 | CREDITOR ID: 241182-11<br>ST. LANDRY PARISH SCHOOL BOARD<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 496-08-023836<br>PO BOX 1210<br>OPELOUSA, LA 70571-1210 | CREDITOR ID: 875-03<br>ST. LUCIE COUNTY UTILITIES<br>PO DRAWER 728<br>2300 VIRGINIA AVENUE<br>FORT PIERCE FL 34954-0728 |
| CREDITOR ID: 403359-83<br>ST. MARTIN PARISH CLERK OF COURT<br>PO BOX 308, ST.<br>MARTINVILLE LA 70582 | CREDITOR ID: 241183-11<br>ST. MARTIN PARISH SCHOOL BOARD<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 501-00-01-01250<br>PO BOX 1000<br>BREAU BRIDGE, LA 70517-1000 | CREDITOR ID: 241184-11<br>ST. MARY PARISH<br>SALES & USE TAX DEPT.<br>ACCOUNT NO.: 511 3 5411 10355 M<br>PO BOX 1142<br>MORGAN CITY, LA 70381-1142 |
| CREDITOR ID: 261783-12<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT CLEAR, AL 36564-0230 | CREDITOR ID: 2593-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT CLEAR, AL 36564-0230 | CREDITOR ID: 241187-11<br>ST. TAMMANY TAX COLLECTOR<br>ACCOUNT NO.: 1080752<br>PO BOX 808<br>SLIDELL, LA 70459-0808 |
| CREDITOR ID: 386120-54<br>ST.HUBERT, DIANA<br>1299 WEST 6TH STREET<br>RIVIERA BEACH, FL 33404 | CREDITOR ID: 391303-55<br>ST.HUBERT, DIANA<br>C/O SMITH, VANTURE & KUVEIKIS, LLP<br>ATTN BRIAN W. SMITH, ESQ.<br>1615 FORUM PLACE, SUITE 4-C<br>W. PALM BCH FL 33401 | CREDITOR ID: 403951-94<br>STAAB, MARVIN J.<br>152 RIVERSTONE WAY<br>GREER SC 29651 |
| CREDITOR ID: 407233-MS<br>STAAB, MARVIN J.<br>152 RIVERSTONE WAY<br>GREER SC 29651 | CREDITOR ID: 261784-12<br>STABLER CLINIC PA<br>300 N COLLEGE ST<br>GREENVILLE, AL 36037 | CREDITOR ID: 243915-12<br>STABLES, BRENDA<br>3213 BERMUDA AVENUE<br>COLONIAL HEIGHTS VA 23834 |
| CREDITOR ID: 261785-12<br>STABRIDG CONSTRUCTION CO<br>2879 ALTON WAY<br>BIRMINGHAM, AL 35210 | CREDITOR ID: 261786-12<br>STACEY BAILEY<br>154 REICHDORFF STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 261787-12<br>STACEY E SEABROOK<br>2338 CHIMNEY HILL DRIVE<br>SODDY DAISY TN 37379 |
| CREDITOR ID: 261788-12<br>STACEY JOHNSON<br>6910 TALLOW TREE ROAD<br>SANFORD FL 32773 | CREDITOR ID: 261789-12<br>STACEY M USINA<br>1954 TOMAHAWK ROAD<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 261790-12<br>STACEY STEVENS<br>2009 PALMETTO PINE LANE<br>ORLANDO FL 32826 |
| CREDITOR ID: 261791-12<br>STACEY V FLETCHER<br>158 HUCKABY ROAD<br>BROOKS GA 30205 | CREDITOR ID: 261792-12<br>STACIE M TWEHUES<br>2675 N FRUID HILLS ROAD<br>ATLANTA GA 30329 | CREDITOR ID: 261793-12<br>STACY B COLE<br>1034 PETE DRIVE<br>KINSTON NC 28501 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261794-12<br>STACY D MAY<br>1206 BEAR CREEK ROAD E<br>LOT 134<br>TUSCALOOSA AL 35401 | CREDITOR ID: 261796-12<br>STACY STHOLE<br>2727 LEE ROAD<br>12 LOT 77<br>AUBURN AL 36832 | CREDITOR ID: 261797-12<br>STACY T ROBINSON<br>3211 CHARLESTON DRIVE<br>JACKSON MS 39212 |
| CREDITOR ID: 261798-12<br>STAFFFUNDS INC<br>DRAWER CS 198767<br>ATLANTA, GA 30384 | CREDITOR ID: 377164-44<br>STAFFING SOLUTIONS<br>P O BOX 406548<br>ATLANTA, GA 30384-6548 | CREDITOR ID: 384370-47<br>STAFFING SOLUTIONS<br>ATTN ANTOINETTE WICKERSON<br>1801 DOWNTOWN WEST BLVD<br>KNOXVILLE TX 37922 |
| CREDITOR ID: 261799-12<br>STAFFING SOLUTIONS<br>PO BOX 60296<br>CHARLOTTE, NC 28260-0296 | CREDITOR ID: 406257-G4<br>STAFFING TECHNOLOGIES<br>11625 RAINWATER DRIVE, SUITE 300<br>ALPHARETTA GA 30004 | CREDITOR ID: 381002-47<br>STAFFING TECHNOLOGIES LLC<br>PO BOX 933139<br>ATLANTA, GA 31193-3139 |
| CREDITOR ID: 261800-12<br>STAFFMARK<br>PO BOX 957856<br>ST LOUIS MO 63195 | CREDITOR ID: 261801-12<br>STAFFORD HEALTHCARE CLINICS<br>OCCUPATIONAL MED SEDA<br>3251 AMBASSADOR CAFFERY<br>LAFAYETTE, LA 70506 | CREDITOR ID: 394030-61<br>STAFFORD, STEWART & POTTER<br>3112 JACKSON ST.<br>ALEXANDRIA, LA 71309 |
| CREDITOR ID: 261802-12<br>STAINLESS STEEL FABRICATORS<br>PO BOX 12547<br>RALEIGH NC 27605 | CREDITOR ID: 407234-MS<br>STALLINGS, DONNA<br>6087 WELLS RD.<br>MCCLENNY FL 32063 | CREDITOR ID: 389163-54<br>STALLINGS, GEORGIA<br>1485 KENNY COURT<br>WINTER GARDEN, FL 34787 |
| CREDITOR ID: 393035-55<br>STALLINGS, GEORGIA<br>C/O: FRANK VERDI<br>THE LAW OFFICES OF FRANK VERDI<br>12958 N. DALE MABRY HIGHWAY<br>TAMPA FL 33618 | CREDITOR ID: 407235-MS<br>STALLO, LEN<br>525 S. MASON MONTGOMERY<br>MASON OH 45040 | CREDITOR ID: 244012-12<br>STALLWORTH, BRITT O<br>6512 W CYPRESS COURT<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 385740-54<br>STAMBAUGH, JUDY CARYOL<br>4573 ONTARIO DRIVE<br>NEW PORT RICHEY, FL 34652 | CREDITOR ID: 391017-55<br>STAMBAUGH, JUDY CARYOL<br>C/O: J STEPHEN DORAN<br>DORAN & BEAM, P.A.<br>6113 GRAND BOULEVARD<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 261803-12<br>STAMLER MACHINE CO INC<br>1250 OLD FERN VALLEY RD<br>LOUISVILLE KY 40219-1903 |
| CREDITOR ID: 385840-54<br>STAMPER, REVA<br>1011 RIVERBROOK<br>COX CREEK, KY 40013 | CREDITOR ID: 391095-55<br>STAMPER, REVA<br>C/O: RICHARD NASH<br>RICHARD H. NASH JR PSC<br>235 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202-3255 | CREDITOR ID: 261804-12<br>STAN B NEWLIN<br>900 W PARK LANE<br>FULTONDALE AL 35068 |
| CREDITOR ID: 261805-12<br>STAN BROWN<br>1057 BROWN DRIVE<br>WILLIAMSTON NC 27892 | CREDITOR ID: 261806-12<br>STAN NOBLES CONSTRUCTION<br>12383 MITCHELL ROAD<br>BOGALUSA LA 70427 | CREDITOR ID: 261807-12<br>STAN WEAVER AND COMPANY<br>4607 N CORTEZ STREET<br>TAMPA FL 33614 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261808-12<br>STANDARD & POORS RATINGS GRP<br>2542 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 261809-12<br>STANDARD COFFEE<br>PO BOX 62278<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 405621-95<br>STANDARD COFFEE<br>640 MAGAZINE STREET<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 261812-12<br>STANDARD COFFEE SERVICE<br>ATTN FRANCIS F CADY<br>PO BOX 60098<br>NEW ORLEANS, LA 70160-0098 | CREDITOR ID: 261811-12<br>STANDARD COFFEE SERVICE<br>PO BOX 40091<br>RALEIGH, NC 27629 | CREDITOR ID: 261810-12<br>STANDARD COFFEE SERVICE<br>PO BOX 14216<br>BRADENTON FL 34280-4216 |
| CREDITOR ID: 261813-12<br>STANDARD DIST COMPANY<br>1725 T STREET<br>BRUNSWICK, GA 31520 | CREDITOR ID: 383078-51<br>STANDARD FRUIT & VEGETABLE CO, INC<br>1201 ELM STREET<br>DALLAS, TX 75270 | CREDITOR ID: 261814-12<br>STANDARD LIFE & ACCIDENT INS CO<br>PO BOX 1800<br>GALVESTON, TX 77553-1800 |
| CREDITOR ID: 261815-12<br>STANDARD OFFICE SYSTEMS<br>ATTN: TRISHA PENAMON, COLL/CREDIT<br>2475 MEADOWBROOK PARKWAY<br>DULUTH, GA 30096 | CREDITOR ID: 405622-95<br>STANDARD OFFICE SYSTEMS<br>2475 MEADOWBROOK PKWY STE A<br>DULUTH GA 30096-2366 | CREDITOR ID: 261816-12<br>STANDARD REGISTER<br>PO BOX 840655<br>DALLAS TX 75284-0655 |
| CREDITOR ID: 261817-12<br>STANDARD SAND & SILICA CO<br>PO BOX 1059<br>DAVENPORT FL 33836 | CREDITOR ID: 261818-12<br>STANDBY SYSTEMS INC<br>PO BOX 1192<br>CHESTERFIELD, VA 23832-1192 | CREDITOR ID: 407552-15<br>STANDEX INTL FOODSERVICE GROUP<br>ATTN KIMBERLY SAUERWEIN<br>PO BOX 59<br>NEW ALBANY MS 38652 |
| CREDITOR ID: 257878-12<br>STANFIELD, P J<br>2481 SHARON LANE<br>MILLBROOK, AL 36054 | CREDITOR ID: 400941-91<br>STANFORD, CHARLES G<br>5298 GARDENBROOK BLVD<br>MILTON FL 32570 | CREDITOR ID: 407236-MS<br>STANFORD, CHARLES G.<br>121 BARTRAM PARKE DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 389212-54<br>STANFORD, FRANCIS<br>1304 BIRCHWOOD DRIVE<br>ANNISTON AL 36207 | CREDITOR ID: 2381-07<br>STANISH, LISETTE AS TRUSTEE<br>1405 SW 107TH AVENUE, SUITE 301-B<br>MIAMI, FL 33174 | CREDITOR ID: 407237-MS<br>STANKIEWICZ, LESLIE M.<br>3651 WINFAIR<br>MARIETTA GA 30062 |
| CREDITOR ID: 261819-12<br>STANLECIA E KENNIE<br>3934 PEACHTREE COURT<br>NEW ORLEANS LA 70131 | CREDITOR ID: 261821-12<br>STANLEY GLASS CO<br>7800 ALBERT AVE<br>FORT WORTH, TX 76116 | CREDITOR ID: 261822-12<br>STANLEY GRAVES PLUMBINC CO<br>PO BOX 691<br>MENDENHALL MS 39114 |
| CREDITOR ID: 261826-12<br>STANLEY RELAN<br>209 W OLIVE STREET<br>AMITE LA 70422 | CREDITOR ID: 261829-12<br>STANLEY W WHITLEY<br>1627 MARY BETH DRIVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 268655-31<br>STANLEY YOUNG<br>3739 FRONTENAC AVE<br>CHARLOTTE NC 28215-2961 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407238-MS<br>STANLEY, ARLIE D.<br>243 RANCH RD.<br>JOSHUA TX 76058 | CREDITOR ID: 399580-82<br>STANLEY, JAMES<br>4247 HIGHPOINT BOULEVARD<br>EIGHT  MILE AL 36613 | CREDITOR ID: 399581-82<br>STANLEY, QUENTIN<br>11802 REEDY CREEK DRIVE #306<br>ORLANDO  FL 32836 |
| CREDITOR ID: 385955-54<br>STANLEY, TEYONKA<br>539 NW 19TH STREET<br>MIAMI, FL 33136 | CREDITOR ID: 391184-55<br>STANLEY, TEYONKA<br>C/O: BRUCE M CEASE, ESQ<br>BRUCE M. CEASE<br>2900 N.W. 7TH STREET<br>MIAMI FL 33125 | CREDITOR ID: 391852-55<br>STANLEY, WANDA ANITA<br>C/O: MR H. WOODROW GOODING<br>GOODING & GOODING, PA<br>PO BOX 1000<br>ALLENDALE SC 29810 |
| CREDITOR ID: 387267-54<br>STANLEY, WANDA ANITA<br>P O BOX 584<br>BRUNSON, SC 29911 | CREDITOR ID: 268656-31<br>STANS AUTO SALES<br>ATTN: STANLEY M SMITH<br>3825 NC 102 E<br>AYDEN NC 28513-7563 | CREDITOR ID: 261830-12<br>STANS QUALITY FOODS<br>ATTN VIRGINIA C HUDGINS<br>PO BOX 477<br>BURLINGTON, NC 27216-0477 |
| CREDITOR ID: 256275-12<br>STANSBERRY, MICHAELA<br>18149 ALABAMA HWY 125<br>BRUNDIDGE, AL 36010 | CREDITOR ID: 389175-54<br>STANSBURY, DESSERA<br>186 NORTH COCONUT PALM BLVD<br>TAVERNIER, FL 33070 | CREDITOR ID: 393041-55<br>STANSBURY, DESSERA<br>C/O JUGO & MURPHY<br>ATTN STEVEN G JUGO, ESQ<br>7695 SW 104TH STREET, SUITE 200<br>MIAMI FL 33156 |
| CREDITOR ID: 261831-12<br>STANTON GROUP<br>CB 0061<br>PO BOX 1164<br>MINNEAPOLIS MN 55480-1164 | CREDITOR ID: 382236-51<br>STANTON GROUP, THE<br>3405 ANNAPOLIS LANE NORTH<br>MINNEAPOLIS, MN 55447 | CREDITOR ID: 385318-54<br>STANTON, KEVIN P<br>8610 FISH LAKE ROAD<br>TAMPA, FL 33619 |
| CREDITOR ID: 390626-55<br>STANTON, KEVIN P<br>C/O: ADAM BRUM, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 390203-54<br>STANTON, MARY<br>1337 TORGERSON RD SE<br>PALM BAY FL 32909-8412 | CREDITOR ID: 393641-55<br>STANTON, MARY<br>C/O: KEITH WILLIAMS, ESQUIRE<br>R. KEITH WILLIAMS P.A.<br>3125 WEST NEW HAVEN AVE.<br>SUITE 200<br>WEST MELBOURNE FL 32904 |
| CREDITOR ID: 268657-31<br>STANTONSBURG WASTE WATER PLANT<br>ATTN: BEN SMITH<br>7655 PEACOCK BRIDGE RD<br>STANTONSBURG NC 27883-9645 | CREDITOR ID: 261832-12<br>STAPLES<br>DEPT 10-028000248<br>PO BOX 6722<br>THE LAKES NV 88901-6722 | CREDITOR ID: 261833-12<br>STAPLES BUSINESS ADVANTAGE<br>PO BOX 530621<br>DEPT ATL<br>ATLANTA, GA 30353 |
| CREDITOR ID: 261835-12<br>STAR BAKERY INC<br>ATTN ANA G SENDINA<br>3914 NW 32 AVE<br>MIAMI, FL 33142 | CREDITOR ID: 382863-51<br>STAR BEVERAGE CORP<br>20475 FARNSLEIGH RD, SUITE 107<br>SHAKER HEIGHTS, OH 44122 | CREDITOR ID: 377166-44<br>STAR CORPORATION<br>PO BOX 683<br>MARIETTA, GA 30061-0683 |
| CREDITOR ID: 261836-12<br>STAR ELECTRIC SUPPLY CO<br>9360 INDUSTRIAL TRACE<br>ALPHARETTA GA 30004 | CREDITOR ID: 261837-12<br>STAR EQUIPMENT COMPANY<br>42254 EAST I 55 SERVICE ROAD<br>HAMMOND LA 70403 | CREDITOR ID: 395360-63<br>STAR FKA HONOR TECHNOLOGIES, INC<br>495 NORTH KELLER ROAD, SUITE 500<br>MAITLAND, FL 32751 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261838-12<br>STAR FOOD PRODUCTS<br>ATTN: GEORGE BELL, CHAIRMAN<br>PO BOX 1479<br>BURLINGTON, NC 27216-1479 | CREDITOR ID: 261839-12<br>STAR KAY WHITE INC<br>PO BOX 147<br>CONGERS, NY 10920-0147 | CREDITOR ID: 268658-31<br>STAR MINDINGALL WATER AUTH<br>ATTN: DR JAMES L SMITH<br>302 S MAIN ST<br>TUSKEGEE AL 36083-1832 |
| CREDITOR ID: 261840-12<br>STAR NEWS<br>PO BOX 31564<br>TAMPA FL 33631 | CREDITOR ID: 261841-12<br>STAR OF ITALY<br>PO BOX 683<br>MARIETTA, GA 30061-0683 | CREDITOR ID: 261841-12<br>STAR OF ITALY<br>C/O MOORE, INGRAM, JOHNSON & STEELE<br>ATTN KHRISTIE L KELLY, ESQ<br>192 ANDERSON STREET<br>MARIETTA GA 30060 |
| CREDITOR ID: 261842-12<br>STAR PACKAGING CORP<br>PO BOX 116208<br>ATLANTA, GA 30368-6208 | CREDITOR ID: 384371-47<br>STAR TOWING & RECOVERY<br>PO BOX 550237<br>GASTONIA, NC 28055 | CREDITOR ID: 381439-47<br>STAR TOWING & RECOVERY LLC<br>ATTN JIMMY L QUINN, OWNER<br>PO BOX 550237<br>GASTONIA, NC 28055 |
| CREDITOR ID: 261834-12<br>STAR, THE<br>ATTN CHRISTOPHER T WORKMAN, BUS MGR<br>PO BOX 48<br>SHELBY, NC 28151 | CREDITOR ID: 262891-12<br>STAR, THE<br>106 E BUENA VISTA AVE<br>NORTH AUGUSTA, SC 29841 | CREDITOR ID: 382254-51<br>STARBRIDGE<br>ATTN: CAROLOS BARTOLOMEI<br>2222 W DUNLAP AVENUE, SUITE 350<br>PHOENIX, AZ 85021 |
| CREDITOR ID: 261843-12<br>STARBRIDGE<br>PO BOX 37887<br>PHOENIX, AZ 85069 | CREDITOR ID: 261844-12<br>STARBRITE SECURITY INC<br>PO BOX 659  STATE ROUTE 198<br>COBBS CREEK VA 23035 | CREDITOR ID: 247406-12<br>STARK, CYNTHIA<br>807 HOLLY CREEK DRIVE<br>GADSDEN AL 35904 |
| CREDITOR ID: 374574-44<br>STARK, DAVID W<br>PO BOX 964<br>ORANGE BEACH, AL 36561 | CREDITOR ID: 261845-12<br>STARKE RECREATION DEPARTMENT<br>209 NORTH THOMPSON STREET<br>STARKE FL 32091 | CREDITOR ID: 261846-12<br>STARKEY ACADEMY<br>10510 JOOR RD<br>BATON ROUGE, LA 70818 |
| CREDITOR ID: 261847-12<br>STARKVILLE DAILY NEWS<br>PO BOX 1068<br>STARKVILLE MS 39760 | CREDITOR ID: 261848-12<br>STARKVILLE ELECTRIC DEPT<br>PO BOX 927<br>STARVILLE, MS 39760-0927 | CREDITOR ID: 268659-31<br>STARLING LAND GAME MGMT<br>ATTN: WILLIAM D STARLING<br>1347 STARLING RD<br>MIDDLEBURG FL 32068-3774 |
| CREDITOR ID: 399771-84<br>STARNES, LINDA<br>1687 PINE STREET<br>MARIETTA GA 30060 | CREDITOR ID: 376336-44<br>STARNES, NANCY<br>CHARLOTTE DIV - STORE #2024<br>2836 EVA DRIVE NORTHWEST<br>CONCORD NC 28027 | CREDITOR ID: 392195-55<br>STARNES, ROBERT JR<br>C/O HITE & PRUITT<br>ATTN THOMAS E HITE JR, ESQ<br>100 E PICKENS STREET<br>PO BOX 805<br>ABBEVILLE SC 29620 |
| CREDITOR ID: 390351-54<br>STARNES, ROBERT JR<br>200 HOLMAN STREET, APT 5<br>GREENWOOD, SC 29649 | CREDITOR ID: 259952-12<br>STARNS, RONALD O<br>227 CAMELOT WAY<br>BRANDON, MS 39047 | CREDITOR ID: 261849-12<br>STARR CULINARY DELIGHTS<br>6845 REXWOOD ROAD, UNIT 3-9<br>MISSISSAUGA, ON L4V 1S5<br>CANADA |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393186-55<br>STARR, MURRAY<br>C/O JOHN N BUSO, PA<br>ATTN JOHN N BUSO, ESQ<br>1645 PALM BEACH LAKES BLVD, STE 450<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 389500-54<br>STARR, MURRAY<br>181 EXECUTIVE CIRCLE<br>BOYNTON BEACH, FL 33436 | CREDITOR ID: 388116-54<br>STASIO, PETER<br>5020 TIMBERLANE DRIVE<br>COCOA FL 32926 |
| CREDITOR ID: 407239-MS<br>STASNEY, KENNETH<br>105 RYAN ST.<br>TAYLORS SC 29687 | CREDITOR ID: 261850-12<br>STATCARE PLLC<br>PO BOX 1909<br>MCCOMB, MS 39649 | CREDITOR ID: 261851-12<br>STATE ATTORNEYS OFFICE<br>PO BOX 477<br>BRONSON FL 32621 |
| CREDITOR ID: 268660-14<br>STATE AUDITOR MISSISSIPPI OFF<br>ATTN: PHIL BRYANT<br>1800 F S HILL DR STE G<br>GRENADA MS 38901-5071 | CREDITOR ID: 268666-14<br>STATE AUDITOR NC DEPT OF<br>ATTN: WYMAN AUTRY<br>107 SCROGGS CT<br>MORGANTON NC 28655-4023 | CREDITOR ID: 268665-14<br>STATE AUDITOR NC DEPT OF<br>ATTN: SCOTTY DICKENS<br>1022 W 1ST ST # 10<br>WINSTON SALEM NC 27101-3642 |
| CREDITOR ID: 268664-14<br>STATE AUDITOR NC DEPT OF<br>ATTN: RAY WHITBY JR<br>222 COTANCHE ST STE C<br>GREENVILLE NC 27858-1135 | CREDITOR ID: 268663-14<br>STATE AUDITOR NC DEPT OF<br>ATTN: CORBY JOHNSON<br>126 CARDINAL DRIVE EXT<br>WILMINGTON NC 28405-5404 | CREDITOR ID: 268662-14<br>STATE AUDITOR NC DEPT OF<br>ATTN: BARBARA LEDBETTER<br>784 W LEBANON ST<br>MOUNT AIRY NC 27030-2218 |
| CREDITOR ID: 261852-12<br>STATE BAR OF GEORGIA<br>PO BOX 102054<br>ATLANTA GA 30368-2054 | CREDITOR ID: 261853-12<br>STATE BOARD OF EXAMINERS<br>1109 DRESSER COURT<br>RALEIGH NC 27509 | CREDITOR ID: 261854-12<br>STATE BOARD OF EXAMINERS OF PLUMBNG<br>HEATING & FIRE SPRINKLER CONTRACTS<br>1109 DRESSER COURT<br>RALEIGH NC 27609 |
| CREDITOR ID: 261855-12<br>STATE BOARD OF WORKERS COMP<br>PO BOX 101427<br>ATLANTA GA 30392 | CREDITOR ID: 268667-31<br>STATE CAPITOL FOUNDATIONS INC<br>ATTN: CAROL HENDERSON<br>1 E EDENTON ST<br>RALEIGH NC 27601-1011 | CREDITOR ID: 261856-12<br>STATE CENTRAL COLLECTION UNIT<br>PO BOX 6219<br>INDIANAPOLIS, IN 46206-6219 |
| CREDITOR ID: 261857-12<br>STATE CHEMICAL MFG CO<br>PO BOX 74189<br>CLEVELAND, OH 44194-0268 | CREDITOR ID: 268668-31<br>STATE CNSTR INDUST LCENSING BD<br>ATTN: MOLLY FLEAMAN<br>237 COLISEUM DR<br>MACON GA 31217-3805 | CREDITOR ID: 397737-62<br>STATE COMPTROLLER<br>OFFICE OF UNCLAIMED FUNDS<br>ALFRED E. SMITH BLDG., 9TH FLOOR<br>ALBANY  NY 12236 |
| CREDITOR ID: 261858-12<br>STATE CORPORATION COMMISSION<br>PO BOX 1197<br>RICHMOND VA 23219-1197 | CREDITOR ID: 261861-12<br>STATE COURT OF GLYNN COUNTY<br>701 H STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 261862-12<br>STATE COURT OF GWINNETT COUNTY<br>PO BOX 880<br>LAWRENCEVILLE, GA 30046 |
| CREDITOR ID: 261863-12<br>STATE COURT OF LOWNDES COUNTY<br>PO BOX 1349<br>VALDOSTA, GA 31603-1349 | CREDITOR ID: 261864-12<br>STATE COURT OF RICHMOND COUNTY<br>PO BOX 2046<br>AUGUSTA, GA 30903 | CREDITOR ID: 261865-12<br>STATE DISBURSEMENT UNIT<br>PO BOX 8000<br>WHEATON, IL 60189-8000 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 261866-12
STATE DISBURSEMENT UNIT
PO BOX 5400
CAROL STREAM, IL 60197-5400

CREDITOR ID: 403360-83
STATE FARM INSURANCE COMPANIES
PO BOX 9618
WINTER HAVEN FL 33883-9618

CREDITOR ID: 278570-24
STATE FARM LIFE INSURANCE COMPANY
INV. ACCTG./MORTGAGES D-3
ONE STATE FARM PLAZA
BLOOMINGTON IL 61710

CREDITOR ID: 261867-12
STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO
C/O HIDAY & RICKE PA
PO BOX 550858
JACKSONVILLE, FL 32255-0858

CREDITOR ID: 2594-07
STATE INSURANCE FUND
STATE OF ALABAMA P.O. BOX 1390
777 SOUTH LAWRENCE STREET
MONTGOMERY AL 36102-1390

CREDITOR ID: 397738-62
STATE LAND DEPARTMENT
UNCLAIMED PROPERTY DIVISION
P.O. BOX 5523
BISMARCK  ND 58506-5523

CREDITOR ID: 261868-12
STATE LINE LIGHTING
3127 HWY 21
FORT MILL SC 29715

CREDITOR ID: 17-02
STATE LOTTERY COMMISSION OF INDIANA
ATTN: NANCY DORSA
DEPUTY DIRECTOR/CONTROLLER
PAN AM PLAZA, SUITE 1100
201 S. CAPITOL AVENUE
INDIANAPOLIS IN 46225

CREDITOR ID: 262893-12
STATE NEWSPAPER, THE
PO BOX 402666
ATLANTA, GA 30384-2666

CREDITOR ID: 262892-12
STATE NEWSPAPER, THE
PO BOX 1333
COLUMBIA, SC 29202

CREDITOR ID: 261869-12
STATE OF MISSISSIPPI
PO BOX 23075
JACKSON, MS 39225-3075

CREDITOR ID: 261872-12
STATE OF ALABAMA
PO BOX 327825
DEPT OF REVENUE
COLLECTION DIVISION
MONTGOMERY, AL 36132-7825

CREDITOR ID: 261871-12
STATE OF ALABAMA
DRAWER #AL01245
PO BOX 830957
BIRMINGHAM AL 35283-0957

CREDITOR ID: 261870-12
STATE OF ALABAMA
COMMERICAL FEED REPORTING
PO BOX 3336
MONTGOMERY AL 36109-0336

CREDITOR ID: 268670-31
STATE OF ALABAMA
ATTN: KENNETH JOHNSON
1100 S THREE NOTCH ST
ANDALUSIA AL 36420-5200

CREDITOR ID: 268669-31
STATE OF ALABAMA
ATTN: DAN CLECKLER
180 HEADQUARTERS RD
ANNISTON AL 36205-5102

CREDITOR ID: 261873-12
STATE OF ALABAMA AGR & INDUS DEPT
PO BOX 3336
MONTGOMERY, AL 36109-0336

CREDITOR ID: 261873-12
STATE OF ALABAMA AGR & INDUS DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: BILL PRYOR, ESQ
STATE HOUSE
11 S UNION STREET
MONTGOMERY AL 36130-0152

CREDITOR ID: 239847-06
STATE OF ALABAMA AGR & INDUSTRIES
LIGHT WEIGHT & MEASURES
PO BOX 3336
MONTGOMERY AL 36109-0336

CREDITOR ID: 241801-12
STATE OF ALABAMA AGRICULTURE DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: BILL PRYOR, ESQ
STATE HOUSE
11 S UNION STREET
MONTGOMERY AL 36130-0152

CREDITOR ID: 241801-12
STATE OF ALABAMA AGRICULTURE DEPT
FOOD SAFETY SECTION
ATTN KRISTEN SEXTON
1445 FEDERAL DRIVE
MONTGOMERY, AL 36107-1123

CREDITOR ID: 315779-40
STATE OF ALABAMA FINANCE DEPT
PO BOX 1390
MONTGOMERY, AL 36104

CREDITOR ID: 405926-15
STATE OF ALABAMA INDUS REL DEPT
ATTN FRANK D MARSH, ESQ
649 MONROE STREET
MONTGOMERY AL 36131

CREDITOR ID: 405926-15
STATE OF ALABAMA INDUS REL DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: BILL PRYOR, ESQ
STATE HOUSE
11 S UNION STREET
MONTGOMERY AL 36130-0152

CREDITOR ID: 26-02
STATE OF ALABAMA INSURANCE DEPT
ATTN WALTER A BELL, COMMISSIONER
201 MONROE STREET, SUITE 1700
MONTGOMERY AL 36104

CREDITOR ID: 239853-06
STATE OF ALABAMA PHARMACY BOARD
PO BOX 830956
DRAWER 1018
BIRMINGHAM AL 35283-0956

CREDITOR ID: 239852-06
STATE OF ALABAMA PHARMACY BOARD
1 PERIMETER PARK S, SUITE 425 S
BIRMINGHAM AL 35243

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ¸Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397264-69<br>STATE OF ALABAMA PUBLIC HEALTH<br>WIC PROGRAM<br>THE RSA TOWER, SUITE 1300<br>PO BOX 303017<br>MONTGOMERY, AL 36130 | CREDITOR ID: 239851-06<br>STATE OF ALABAMA PUBLIC HEALTH DEPT<br>BUREAU OF ENVIRONMENTAL SERVICES<br>PO BOX 303017<br>MONTGOMERY AL 36130-3017 | CREDITOR ID: 239850-06<br>STATE OF ALABAMA PUBLIC HEALTH DEPT<br>201 MONROE STREET, SUITE 1250<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 1-02<br>STATE OF ALABAMA REV DEPT<br>ATTN G THOMAS SURTEES, COMMISSIONER<br>GORDON PERSONS OFFICE BLDG, RM 4112<br>50 NORTH RIPLEY STREET<br>MONTGOMERY AL 36132 | CREDITOR ID: 278731-28<br>STATE OF ALABAMA REV DEPT<br>OFFICE OF THE SECRETARY OF STATE<br>ATTN TREY GRANGER, GEN COUNSEL<br>PO BOX 5616<br>MONTGOMERY AL 36103-5616 | CREDITOR ID: 241818-12<br>STATE OF ALABAMA REVENUE DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 |
| CREDITOR ID: 241818-12<br>STATE OF ALABAMA REVENUE DEPT<br>SALES & USE TAX DIVISION<br>PO BOX 327777<br>MONTGOMERY, AL 36132-7777 | CREDITOR ID: 278765-28<br>STATE OF ALABAMA, DEPT. OF REVENUE<br>ATTN: DWIGHT CARLISLE<br>ALABAMA DEPARTMENT OF REVENUE<br>GORDON PERSONS BUILDING<br>50 N. RIPLEY STREET<br>MONTGOMERY AL 36132 | CREDITOR ID: 406315-15<br>STATE OF ARKANSAS AUDITOR<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREGG RENKES, ESQ<br>DIAMOND COURTHOUSE<br>PO BOX 110300<br>JUNEAU AK 99811-0300 |
| CREDITOR ID: 406315-15<br>STATE OF ARKANSAS AUDITOR<br>ATTN STEVE KELLY, DEPUTY AUDITOR<br>1400 W 3RD<br>LITTLE ROCK AR 72201 | CREDITOR ID: 244383-12<br>STATE OF CA FRANCHISE TAX BD<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL LOCKYER, ESQ<br>1300 I STREET, STE 1740<br>SACRAMENTO CA 94244-2550 | CREDITOR ID: 244383-12<br>STATE OF CA FRANCHISE TAX BD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0531 |
| CREDITOR ID: 2-02<br>STATE OF DELAWARE REVENUE DIV<br>ATTN PATRICK T CARTER, DIRECTOR<br>820 NORTH FRENCH STREET<br>WILMINGTON DE 19801 | CREDITOR ID: 261876-12<br>STATE OF FLORIDA<br>RANDY MERCHANT<br>4052 BALD CYPRESS WAY BIN A-08<br>TALLAHASSEE, FL 32399-1712 | CREDITOR ID: 249718-12<br>STATE OF FLORIDA  INSURANCE DEPT<br>200 E GAINES STREET<br>TALLAHASSEE FL 32399 |
| CREDITOR ID: 265217-14<br>STATE OF FLORIDA AD VALOREM TAX DIV<br>ATTN JACK HUDSON<br>1401 W US HIGHWAY 90<br>LAKE CITY FL 32055-6123 | CREDITOR ID: 249713-12<br>STATE OF FLORIDA AGR & CONS SVCE<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 240425-06<br>STATE OF FLORIDA AGR & CONS SVCE<br>PO BOX 6700<br>TALLAHASSEE FL 32314-6700 |
| CREDITOR ID: 240424-06<br>STATE OF FLORIDA AGR & CONS SVCE<br>DIVISION OF FOOD SAFETY<br>3125 CONNER BLVD, ROOM 280<br>TALLAHASSEE FL 32399-1650 | CREDITOR ID: 249716-12<br>STATE OF FLORIDA AGR & CONS SVCE<br>PO BOX 1192<br>WINTER HAVEN, FL 33882 | CREDITOR ID: 249713-12<br>STATE OF FLORIDA AGR & CONS SVCE<br>DIV OF FRUIT AND VEGETABLES<br>PO BOX 1072<br>WINTER HAVEN, FL 33882-1072 |
| CREDITOR ID: 240429-06<br>STATE OF FLORIDA AGR & CONS SVCES<br>BUREAU COMP MONITORING<br>3125 CONNER BLVD, BLDG 8 L-29<br>TALLAHASSEE FL 32399-1650 | CREDITOR ID: 249730-12<br>STATE OF FLORIDA AGR & CONS SVCES<br>PO BOX 6710<br>TALLAHASSEE FL 32314-6710 | CREDITOR ID: 249727-12<br>STATE OF FLORIDA AGR & CONS SVCES<br>PO BOX 6720<br>TALLAHASSEE, FL 32314-6720 |
| CREDITOR ID: 374930-44<br>STATE OF FLORIDA AGRICULTURE<br>PO BOX 1072<br>WINTER HAVEN, FL 33882-1072 | CREDITOR ID: 261874-12<br>STATE OF FLORIDA ALCHLC BEV & TBCC<br>499 NW 70TH AVENUE, SUITE 311<br>PLANTATION, FL 33317 | CREDITOR ID: 395239-62<br>STATE OF FLORIDA BANKING & FIN DEPT<br>ATTN ROBERT F. MILLIGAN, COMPTR<br>101 EAST GAINES STREET<br>TALLAHASSEE FL 32399-0350 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240423-06<br>STATE OF FLORIDA BOARD OF PHARMACY<br>PO BOX 6330<br>TALLAHASSEE FL 32314-6330 | CREDITOR ID: 240667-06<br>STATE OF FLORIDA DEPT OF HEALTH<br>P O BOX 578<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 267788-14<br>STATE OF FLORIDA DEPT OF REVENUE<br>ATTN: TOM GALLAGHER, CFO<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| CREDITOR ID: 261880-12<br>STATE OF FLORIDA DISBURSEMENT UNIT<br>ORL DIVISION<br>PO BOX 8500<br>TALLAHASSEE FL 32314-8500 | CREDITOR ID: 261879-12<br>STATE OF FLORIDA DISBURSEMENT UNIT<br>MTG DIVISION<br>PO BOX 8500<br>TALLAHASSEE FL 32314-8500 | CREDITOR ID: 261878-12<br>STATE OF FLORIDA DISBURSEMENT UNIT<br>JAX DIVISION<br>PO BOX 8500<br>TALLAHASSEE FL 32314-8500 |
| CREDITOR ID: 261882-12<br>STATE OF FLORIDA DISBURSMENT UNIT<br>MIA DIVISION<br>PO BOX 8500<br>TALLAHASSEE, FL 32314-8500 | CREDITOR ID: 377172-44<br>STATE OF FLORIDA DISTRIBUTION<br>PO BOX 8500<br>TALLAHASSEE, FL 32314-8500 | CREDITOR ID: 249737-12<br>STATE OF FLORIDA DIV LICENSING DEPT<br>PO BOX 6687<br>TALLAHASSEE FL 32314-6687 |
| CREDITOR ID: 2699-01<br>STATE OF FLORIDA ENV PRO DEPT<br>3900 COMMONWEALTH BOULEVARD MS49<br>TALLAHASSEE FL 32399 | CREDITOR ID: 267237-31<br>STATE OF FLORIDA ENV PRO DEPT<br>ATTN: GWENN GODFREY<br>3900 COMMONWEALTH BLVD<br>TALLAHASSEE FL 32399-6575 | CREDITOR ID: 249735-12<br>STATE OF FLORIDA ENV PRO DEPT<br>NORTHEAST DISTRICT AIR PROGRAMS<br>7825 BAYMEADOWS WAY, SUITE B200<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 249734-12<br>STATE OF FLORIDA ENV PRO DEPT<br>TWIN TOWERS OFFICE BLDG<br>2600 BLAIR STONE ROAD<br>TALLAHASSEE FL 32399-2400 | CREDITOR ID: 381579-47<br>STATE OF FLORIDA ENV PROTECTION<br>PO BOX 3070<br>TALLAHASSEE, FL 32315 | CREDITOR ID: 381579-47<br>STATE OF FLORIDA ENV PROTECTION<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |
| CREDITOR ID: 25-02<br>STATE OF FLORIDA FINANCIAL SERVICES<br>ATTN KEVIN M MCCARTY, COMMISSIONER<br>200 EAST GAINES STREET<br>TALLAHASSEE FL 32399-0300 | CREDITOR ID: 269253-16<br>STATE OF FLORIDA HEALTH CARE ADMIN<br>C/O JEFFERY DUVALL<br>2727 MAHAN DRIVE, SUITE 3431<br>FORT KNOX BUILDING III<br>TALLAHASSEE, FL 32308 | CREDITOR ID: 269252-16<br>STATE OF FLORIDA HEALTH CARE ADMIN<br>C/O D. KENNETH YON<br>2727 MAHAN DRIVE, SUITE 3431<br>FORT KNOX BUILDING III<br>TALLAHASSEE, FL 32308 |
| CREDITOR ID: 269251-16<br>STATE OF FLORIDA HEALTH CARE ADMIN<br>C/O CHARLES GINN<br>2002 OLD ST. AUGUSTINE ROAD<br>BUILDING B SUITE 12, MS 6<br>TALLAHASSEE, FL 32308 | CREDITOR ID: 249686-12<br>STATE OF FLORIDA HEALTH CARE ADMIN<br>MEDICAID A/R<br>PO BOX 13749<br>TALLAHASSEE FL 32317-3749 | CREDITOR ID: 269254-16<br>STATE OF FLORIDA HEALTH DEPT<br>C/O DEBORAH B. LOUCKS<br>4052 BALD CYPRESS WAY<br>BIN C-65<br>TALLAHASSEE, FL 32399-3265 |
| CREDITOR ID: 241190-11<br>STATE OF FLORIDA HIGHWAY DEPT<br>SAFETY & MOTOR VECHICLES<br>NEIL KIRKMAN BLDG, ROOM A110, MS 62<br>TALLAHASSEE, FL 32399-0625 | CREDITOR ID: 397293-69<br>STATE OF FLORIDA LOTTERY COMMISSION<br>250 MARRIOTT DRIVE<br>TALLAHASSEE, FL 32399-4020 | CREDITOR ID: 249743-12<br>STATE OF FLORIDA MOTOR VEHICLES DIV<br>DEPT OF HWY & MOTOR VEHICLES<br>2900 APALACHEE PARKWAY<br>TALLAHASSEE FL 32399-0625 |
| CREDITOR ID: 267238-31<br>STATE OF FLORIDA RESOURCE ASSESSMT<br>ATTN: DAVID STRUHS<br>903 W TENNESSEE ST<br>TALLAHASSEE FL 32304-7716 | CREDITOR ID: 381563-47<br>STATE OF FLORIDA REV DEPT<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399-0125 | CREDITOR ID: 241053-11<br>STATE OF FLORIDA REV DEPT<br>ACCOUNT NO.: 26-8011922889-0<br>5050 WEST TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0125 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 267245-14<br>STATE OF FLORIDA REV DEPT<br>ATTN BRUM DAVIS<br>6302 E DR M LUTHER KING JR BLVD<br>TAMPA FL 33619-1165 | CREDITOR ID: 267253-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: JAMES HOUSFORD<br>1401 W US HIGHWAY 90<br>LAKE CITY FL 32055-6123 | CREDITOR ID: 267252-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: HOWARD MOYES<br>501 S CALHOUN ST STE 235<br>TALLAHASSEE FL 32399-6548 |
| CREDITOR ID: 267250-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: GREG KLANJAS<br>703 W 15TH ST STE A<br>PANAMA CITY FL 32401-2238 | CREDITOR ID: 267249-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: GARY NICHOLAS<br>1039 SE 9TH PL<br>CAPE CORAL FL 33990-3098 | CREDITOR ID: 267247-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: DEBRA FAIRCLOTH<br>411 US HIGHWAY 98<br>APALACHICOLA FL 32320-1238 |
| CREDITOR ID: 267246-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: CATHY HILL<br>DESOTO COUNTY ADM BLDG<br>ARCADIA FL 34266 | CREDITOR ID: 267244-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: BRADLEY ZAK<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32304-9278 | CREDITOR ID: 267243-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: BEN AZU<br>3200 BAILEY LN STE 150<br>NAPLES FL 34105-8506 |
| CREDITOR ID: 267242-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: BECKY SCHAEFER<br>4341 W AVENIDA DE GOLF<br>MILTON FL 32571-3030 | CREDITOR ID: 267236-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: GEORGE WHELLER<br>1401 W US HIGHWAY 90<br>LAKE CITY FL 32055-6123 | CREDITOR ID: 267235-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: MARGARET TERESA GRANT<br>728 N FERDON BLVD STE 3<br>CRESTVIEW FL 32536-2166 |
| CREDITOR ID: 267277-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: ROBERT BRADNER<br>107 E MADISON ST<br>TALLAHASSEE FL 32399-6545 | CREDITOR ID: 267276-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: RICHARD MATTHIESAN<br>734 N 3RD ST STE 117<br>LEESBURG FL 34748-4442 | CREDITOR ID: 267275-31<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: RHONDA ARCHER<br>10300 NW 11TH MNR<br>POMPANO BEACH FL 33071-6530 |
| CREDITOR ID: 267274-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: PRINCE ALEXANDER<br>3111 N UNIVERSITY DR<br>CORAL SPRINGS FL 33065-5086 | CREDITOR ID: 267273-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: PETER THOMAS<br>1000 FLORIDAN WAY & CTR<br>LAKE BUENA VISTA FL 32830 | CREDITOR ID: 267272-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: PEGGY BOWEN<br>921 N DAVIS ST STE 250A<br>JACKSONVILLE FL 32209-6825 |
| CREDITOR ID: 267271-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: PAT SALAPA<br>1940 N MONROE ST<br>TALLAHASSEE FL 32399-6506 | CREDITOR ID: 267270-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: MARYANN ROSENBAURER<br>1300 S DUNCAN DR BLDG E<br>TAVARES FL 32778-4223 | CREDITOR ID: 267269-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: MARTA RODIGUEZ<br>8175 NW 12TH ST STE 119<br>MIAMI FL 33126-1828 |
| CREDITOR ID: 267268-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: MARCIA SEBESTYEN<br>1991 MAIN ST STE 220<br>SARASOTA FL 34236-5941 | CREDITOR ID: 267267-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: LYNN MOSS<br>3275 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442-9536 | CREDITOR ID: 267266-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: LINDA HOWE<br>2468 METROCENTRE BLVD<br>WEST PALM BEACH FL 33407-3105 |
| CREDITOR ID: 267265-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: LILLY BOGAN<br>4070 ESPLANADE WAY<br>TALLAHASSEE FL 32399-7016 | CREDITOR ID: 267264-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: LEA M SHERMAN<br>6709 RIDGE RD STE 300<br>PORT RICHEY FL 34668-6842 | CREDITOR ID: 267263-14<br>STATE OF FLORIDA REVENUE DEPT<br>ATTN: LARRY R LUCKEY<br>US HWY 27<br>MOORE HAVEN FL 33471 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:   05-03817-3F1**

CREDITOR ID: 267261-14
STATE OF FLORIDA REVENUE DEPT
ATTN: L H FUCHS
400 W ROBINSON ST STE 518
ORLANDO FL 32801-1736

CREDITOR ID: 267260-14
STATE OF FLORIDA REVENUE DEPT
ATTN: KATHY SPIVEY
2428 CLEARLAKE RD STE M
COCOA FL 32922-5731

CREDITOR ID: 267259-14
STATE OF FLORIDA REVENUE DEPT
ATTN: KATHLEEN FOSTER
400 W ROBINSON ST
ORLANDO FL 32801-1736

CREDITOR ID: 267258-14
STATE OF FLORIDA REVENUE DEPT
ATTN: JOSEPH WINBURN
1823 BUSINESS PARK BLVD
DAYTONA BEACH FL 32114-1230

CREDITOR ID: 267257-14
STATE OF FLORIDA REVENUE DEPT
ATTN: JOHN DANIEL
4230 LAFAYETTE ST STE D
MARIANNA FL 32446-8231

CREDITOR ID: 267256-14
STATE OF FLORIDA REVENUE DEPT
ATTN: JIM ZINGLE
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-6586

CREDITOR ID: 267286-14
STATE OF FLORIDA REVENUE DEPT
ATTN: ZEE SMITH
315 NORTH RD STE 102
WAUCHULA FL 33873-9359

CREDITOR ID: 267285-14
STATE OF FLORIDA REVENUE DEPT
ATTN: W W WELCH
GILCHRIST CNTY COURTHOUSE
TRENTON FL 32693

CREDITOR ID: 267284-14
STATE OF FLORIDA REVENUE DEPT
ATTN: VURETHA DANPIER
900 E PRIMA VISTA BLVD
PORT SAINT LUCIE FL 34952-2366

CREDITOR ID: 267283-14
STATE OF FLORIDA REVENUE DEPT
ATTN: VI YOST
3118 FLAGLER AVE
KEY WEST FL 33040-4602

CREDITOR ID: 267282-14
STATE OF FLORIDA REVENUE DEPT
ATTN: VERETHA DAMPIER
337 N US HIGHWAY 1 STE B
FORT PIERCE FL 34950-4255

CREDITOR ID: 267281-14
STATE OF FLORIDA REVENUE DEPT
ATTN: TONY WHITE
2315 HIGHWAY 41 N
INVERNESS FL 34453-2454

CREDITOR ID: 267280-14
STATE OF FLORIDA REVENUE DEPT
ATTN: TOM FARLEY
19337 US HIGHWAY 19 N
CLEARWATER FL 33764-3153

CREDITOR ID: 267279-14
STATE OF FLORIDA REVENUE DEPT
ATTN: STEPHANIE WILSON
504 WASHINGTON AVE
LAKE WALES FL 33853-3117

CREDITOR ID: 267278-14
STATE OF FLORIDA REVENUE DEPT
ATTN: ROD NORTHCUT
1840 US HIGHWAY 1
ROCKLEDGE FL 32955-2822

CREDITOR ID: 249721-12
STATE OF FLORIDA REVENUE DEPT
UNEMPLOYMENT TAX
5050 W TENNESSEE STREET
TALLAHASSEE, FL 32399-0185

CREDITOR ID: 249720-12
STATE OF FLORIDA REVENUE DEPT
TECHNICAL ASST & DISPUTE RESOLUTION
PO BOX 7443
TALLAHASSEE FL 32314-7443

CREDITOR ID: 249719-12
STATE OF FLORIDA REVENUE DEPT
JACKSONVILLE SERVICE CENTER
921 N DAVIS STREET
A-215
JACKSONVILLE, FL 32209-6828

CREDITOR ID: 249738-12
STATE OF FLORIDA TRANS DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: CHARLES J CRIST, JR, ESQ
THE CAPITOL, PL 01
TALLAHASSEE FL 32399-1050

CREDITOR ID: 249738-12
STATE OF FLORIDA TRANS DEPT
HAYDON BURNS BLDG MS 58
605 SUWANNEE STREET
TALLAHASSEE, FL 32399

CREDITOR ID: 249722-12
STATE OF FLORIDA TRANSP DEPT
2250 IRENE STREET
JACKSONVILLE FL 32204

CREDITOR ID: 261875-12
STATE OF FLORIDA UNCLAIMED PROP BUR
PO BOX 1990
TALLAHASSEE FL 32302-1990

CREDITOR ID: 2701-01
STATE OF GA ENV PRO DIV
DEPT OF NATURAL RESOURCES
2 MARTIN LUTHER KING JR DRIVE
SUITE 1152 E TOWER
ATLANTA GA 30334

CREDITOR ID: 399381-53
STATE OF GEORGIA
DEPT OF NATURAL RESOURCES
205 BUTLER STREET, SUITE 1462
ATLANTA GA 30334

CREDITOR ID: 405925-99
STATE OF GEORGIA
C/O ASST ATTORNEY GENERAL
ATTN OSCAR B FEAR III
40 CAPITOL SQUARE SW
ATLANTA GA 30334

CREDITOR ID: 381720-47
STATE OF GEORGIA
DEPT OF REVENUE
SALES & USE TAX DIVISION
PO BOX 105296
ATLANTA, GA 30348-5296

CREDITOR ID: 250492-12
STATE OF GEORGIA AGRICULTURE DEPT
CAPITAL SQUARE
ATLANTA GA 30334

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 375052-44<br>STATE OF GEORGIA AGRICULTURE DEPT<br>PESTICIDE DIVISION<br>19 MARTIN LUTHER KING JR DRIVE<br>ATLANTA, GA 30034 | CREDITOR ID: 375051-44<br>STATE OF GEORGIA AGRICULTURE DEPT<br>FEED DIVISION<br>CAPITAL SQUARE<br>ATLANTA, GA 30334 | CREDITOR ID: 407496-15<br>STATE OF GEORGIA COMMUNITY HEALTH<br>ATTN NEAL B CHILDERS, ESQ<br>2 PEACHTREE STREET, 40TH FLOOR<br>ATLANTA GA 30303-3159 |
| CREDITOR ID: 407496-15<br>STATE OF GEORGIA COMMUNITY HEALTH<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 250495-12<br>STATE OF GEORGIA CORRECTIONS DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: THURBERT E BAKER, ESQ<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30034-1300 | CREDITOR ID: 250495-12<br>STATE OF GEORGIA CORRECTIONS DEPT<br>1304 S 7TH STREET<br>CORDELE, GA 31014 |
| CREDITOR ID: 381388-47<br>STATE OF GEORGIA MOTOR VEH SAFETY<br>OVERWEIGHT ASSESSMENT CITATION<br>PO BOX 406100<br>ATLANTA, GA 30384-6100 | CREDITOR ID: 381388-47<br>STATE OF GEORGIA MOTOR VEH SAFETY<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: THURBERT E BAKER, ESQ<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30034-1300 | CREDITOR ID: 240452-06<br>STATE OF GEORGIA REV DEPT<br>ALCOHOL & TOBACCO DIVISION<br>PO BOX 38368<br>ATLANTA GA 30334 |
| CREDITOR ID: 240451-06<br>STATE OF GEORGIA REV DEPT<br>1800 CENTURY CENTER BLVD NE<br>ROOM 4235<br>ATLANTA GA 30345-3205 | CREDITOR ID: 241055-11<br>STATE OF GEORGIA REV DEPT<br>SALES AND USE TAX DIVISION<br>ACCOUNT NO.: 200-037965<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 241054-11<br>STATE OF GEORGIA REV DEPT<br>MOTOR FUEL TAX DIVISION<br>ACCOUNT NO.: 03533-UP<br>419 TRINITY - WASHINGTON BLDG.<br>ATLANTA, GA 30334 |
| CREDITOR ID: 241191-11<br>STATE OF GEORGIA REV DEPT<br>ACCOUNT NO.: 200-039718<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 267472-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: MARCUS COLLINS<br>351 THORNTON RD STE 101<br>LITHIA SPRINGS GA 30122-1589 | CREDITOR ID: 267471-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: LARRY GRIGGERS<br>4245 INTERNATIONAL PKWY<br>ATLANTA GA 30354-3917 |
| CREDITOR ID: 267470-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: KERRY HERNDON<br>630 NORTH AVE STE B<br>MACON GA 31211-3120 | CREDITOR ID: 267469-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: CYNTHIA CYR<br>6606 ABERCORN ST STE 220<br>SAVANNAH GA 31405-5831 | CREDITOR ID: 267468-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: CHRISTY ARCHER<br>3000 CORPORATE CENTER DR STE 2<br>MORROW GA 30260-4130 |
| CREDITOR ID: 267467-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: BUNNIE BUTLER<br>2700 PALMYRA RD<br>ALBANY GA 31707-1885 | CREDITOR ID: 267466-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: BOBBY GOODSBY<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 267465-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: BART L GRAHAM<br>1800 CENTURY CENTER BLVD<br>ATLANTA GA 30345 |
| CREDITOR ID: 267464-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: ALLAN ROSS<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 267481-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: WILLIAM PATRICK<br>190 BEN BURTON CIR<br>BOGART GA 30622-1790 | CREDITOR ID: 267480-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: WILLIAM PATRICK<br>1054 CLAUSSEN RD STE 310<br>AUGUSTA GA 30907-0312 |
| CREDITOR ID: 267479-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: STEVE LINDSEY<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 267478-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: SANDRA HAGA<br>270 WASHINGTON ST SW<br>ATLANTA GA 30334-9009 | CREDITOR ID: 267477-14<br>STATE OF GEORGIA REV DEPT<br>ATTN: RONALD JOHNSON<br>1800 WASHINGTON AVE<br>ATLANTA GA 30344-4118 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 267476-14
STATE OF GEORGIA REV DEPT
ATTN: RANDELL SANDERS
1214 PETERSON AVE N STE I
DOUGLAS GA 31533-2835

CREDITOR ID: 267475-14
STATE OF GEORGIA REV DEPT
ATTN: PEGGY WATSON
1501 13TH ST STE A
COLUMBUS GA 31901-2384

CREDITOR ID: 267474-14
STATE OF GEORGIA REV DEPT
ATTN: PAUL DOWTY
1691 PHOENIX BLVD STE 350
ATLANTA GA 30349-5566

CREDITOR ID: 267473-14
STATE OF GEORGIA REV DEPT
ATTN: PAUL COCHRAN
1401 DEAN AVE SE STE E
ROME GA 30161-6494

CREDITOR ID: 250490-12
STATE OF GEORGIA REV DEPT
PO BOX 740317
ATLANTA GA 30374-0317

CREDITOR ID: 250488-12
STATE OF GEORGIA REV DEPT
PO BOX 105136
ATLANTA GA 30348-5136

CREDITOR ID: 397295-69
STATE OF GEORGIA WIC BRANCH
VENDOR MANAGEMENT SECTION
2 PEACHTREE STREET NW SUITE 10-476
ATLANTA,  GA 30303

CREDITOR ID: 407582-15
STATE OF GEORGIA, DEPT OF REVENUE
PO BOX 161108
ATLANTA GA 30321

CREDITOR ID: 265204-01
STATE OF IN ENV MGMT DEPT
INDIANA GOVERNMENT CENTER NORTH
100 N SENATE AVENUE
INDIANAPOLIS IN 46204

CREDITOR ID: 265205-01
STATE OF IN NATURAL RESOURCES DEPT
402 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 406107-15
STATE OF INDIANA REV DEPT
C/O OFFICE OF ATTORNEY GENERAL
ATTN: BRIAN D SALWOWSKI
INDIANA GOVERNMENT CTR SO, FIFTH FL
402 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204-2770

CREDITOR ID: 406107-15
STATE OF INDIANA REV DEPT
ATTN CAROL LUSHELL, TAX ANALYST
BANKRUPTCY SECTION, ROOM N-203
100 NORTH SENATE AVENUE
INDIANAPOLIS IN 46204

CREDITOR ID: 261883-12
STATE OF KANSAS PAYMENT CENTER
PO BOX 758599
TOPEKA, KS 66675-8599

CREDITOR ID: 404028-15
STATE OF KENTUCKY FIN & ADM CABINET
ATTN WENDY L STEPHENS
100 FAIR OAKS, 5TH FLOOR
PO BOX 491
FRANKFORT KY 40602-0491

CREDITOR ID: 404028-15
STATE OF KENTUCKY FIN & ADM CABINET
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 265199-01
STATE OF KY ENV QUALITY COMMISSION
ATTN: JOHN G. HORNE II, ESQ.
FRANKFORT OFFICE PARK
14 REILLY ROAD
FRANKFORT KY 40601

CREDITOR ID: 265200-01
STATE OF KY NATURAL RESOURCES DEPT
663 TETON TRAIL
FRANKFORT KY 40601

CREDITOR ID: 253855-12
STATE OF KY TRANSPORTATION CABINET
643 A TETON TRAIL
FRANKFORT KY 40622

CREDITOR ID: 265232-31
STATE OF LA AGRICULTURE DEPT
ATTN PAT DODD
116 LIBERTY LANE
GRAND CANE LA 71032-5147

CREDITOR ID: 265231-31
STATE OF LA AGRICULTURE DEPT
ATTN LINDA LEVY
7290 BLUEBONNET BLVD
BATON ROUGE LA 70810-1611

CREDITOR ID: 265230-31
STATE OF LA AGRICULTURE DEPT
ATTN JOHN R RENTZ
276 COLUMBIA NURSERY ROAD
COLUMBIA LA 71418

CREDITOR ID: 265229-31
STATE OF LA AGRICULTURE DEPT
ATTN ANDY PARRISH
54656 FIRETOWER ROAD
FRANKLINTON LA 70438-9006

CREDITOR ID: 265228-31
STATE OF LA AGRICULTURE DEPT
ATTN ALAN SMALL
4089 UNIVERSITY PKWY
NATCHITOCHES LA 71457-6405

CREDITOR ID: 265195-01
STATE OF LA ENV QUALITY DEPT
602 N FIFTH STREET
BATON ROUGE LA 70802

CREDITOR ID: 268671-31
STATE OF LA FLOOD DEPT
ATTN: AUBREY GRAVOIS
21380 HIGHWAY 20
VACHERIE LA 70090-3612

CREDITOR ID: 261886-12
STATE OF LOUISIANA
DEPARTMENT OF REVENUE AND TAXATION
PO BOX 201
BATON ROUGE, LA 70821-0201

CREDITOR ID: 261885-12
STATE OF LOUISIANA
DEPARTMENT OF REVENUE
1555 POYDRAS ST SUITE 900
NEW ORLEANS, LA 70112-3709

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 261890-12
STATE OF LOUISIANA
PO BOX 91205
DEPARTMENT OF REVENUE
SALES TAX DIVISON
BATON ROUGE, LA 70821-9205

CREDITOR ID: 261889-12
STATE OF LOUISIANA
PO BOX 91011
DEPT OF REVENUE
BATON ROUGE LA 70821-9011

CREDITOR ID: 261888-12
STATE OF LOUISIANA
PO BOX 4311
DEPT OF ENVIRONMENTAL QUALITY
OFFICE OF MANAGEMENT AND FINANCE
BATON ROUGE LA 70821-4311

CREDITOR ID: 261887-12
STATE OF LOUISIANA
LA DEPARTMENT OF JUSTICE
COLLECTIONS SECTION
PO BOX 94005
BATON ROUGE, LA 70804-9005

CREDITOR ID: 268673-31
STATE OF LOUISIANA
ATTN: MICHAEL ALGERO
201 EVANS RD
NEW ORLEANS LA 70123-5230

CREDITOR ID: 268672-14
STATE OF LOUISIANA
ATTN: CYNTHIA BRIDGES
330 N ARDENWOOD DR
BATON ROUGE LA 70806-2650

CREDITOR ID: 248011-12
STATE OF LOUISIANA HEALTH & HOSPS
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: RICHARD P IEYOUB, ESQ
DEPT OF JUSTICE
PO BOX 94095
BATON ROUGE LA 70804-095

CREDITOR ID: 248011-12
STATE OF LOUISIANA HEALTH & HOSPS
FOOD & DRUG UNIT
6867 BLUEBONNET BLVD
BATON ROUGE, LA 70810

CREDITOR ID: 28-02
STATE OF LOUISIANA INSURANCE DEPT
ATTN J ROBERT WOOLEY, COMMISSIONER
1702 N. 3RD STREET
BATON ROUGE LA 70802

CREDITOR ID: 407550-15
STATE OF LOUISIANA LABOR DEPT
OFFICE OF REGULATORY SERVICES
ATTN STEPHANIE ROSAYA, TAX OP CHIEF
PO BOX 44127
BATON ROUGE LA 70804-4127

CREDITOR ID: 384215-47
STATE OF LOUISIANA OCC HEALTH SVCES
PO BOX 11767
ALEXANDRIA, LA 71315-1767

CREDITOR ID: 384215-47
STATE OF LOUISIANA OCC HEALTH SVCES
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: RICHARD P IEYOUB, ESQ
DEPT OF JUSTICE
PO BOX 94095
BATON ROUGE LA 70804-095

CREDITOR ID: 399301-15
STATE OF LOUISIANA REVENUE DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: RICHARD P IEYOUB, ESQ
DEPT OF JUSTICE
PO BOX 94095
BATON ROUGE LA 70804-095

CREDITOR ID: 399301-15
STATE OF LOUISIANA REVENUE DEPT
ATTN BRENDA WILSON
PO BOX 66658
BATON ROUGE LA 70896

CREDITOR ID: 261892-12
STATE OF MISSISSIPPI
OFFICE DA 7TH CIRCUIT CT DISTRICT
PO BOX 22747
JACKSON MS 39225-2747

CREDITOR ID: 269354-16
STATE OF MISSISSIPPI
CONSUMER PROTECTION DIVISION
ATTN:  DAVINA PATTON
802 NORTH STATE STREET SUITE 301
PO BOX 22947
JACKSON, MS 39225-2048

CREDITOR ID: 256753-12
STATE OF MS AGRICULTURE & COMMERCE
BUREAU OF PLANT IND FEED
FERTILIZER AND LIME PROGRAMS
PO BOX 5207
MISSISSIPPI STATE, MS 39762

CREDITOR ID: 384249-47
STATE OF MS AGRICULTURE & COMMERCE
ATTN: HARRY C BALLARD
BUREAU OF PLANT IND FEED
FERTILIZER AND LIME PROGRAMS
PO BOX 5207
MISSISSIPPI STATE, MS 39761

CREDITOR ID: 384249-47
STATE OF MS AGRICULTURE & COMMERCE
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: MICHAEL MOORE, ESQ
DEPARTMENT OF JUSTICE
PO BOX 220
JACKSON MS 39205-0220

CREDITOR ID: 265196-01
STATE OF MS ENV QUALITY DEPT
LEGAL DIVISION
PO BOX 20305
JACKSON MS 39289-1305

CREDITOR ID: 268674-31
STATE OF NC
ATTN: FLORENCE RANSOM
108 W 8TH ST
LUMBERTON NC 28358-4847

CREDITOR ID: 257348-12
STATE OF NC BOARD OF PHARMACY
PO BOX 4560
CHAPEL HILL, NC 27515

CREDITOR ID: 257348-12
STATE OF NC BOARD OF PHARMACY
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ROY COOPER, ESQ
114 W EDENTON STREET
PO BOX 629
RALEIGH NC 27602-0629

CREDITOR ID: 240604-06
STATE OF NC BOARD OF PHARMACY
PO BOX 459
CARRBORO NC 27510-0459

CREDITOR ID: 269355-16
STATE OF NC CONSUMER PROTECTION
ATTN WENDY L. CHIPMAN
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001

CREDITOR ID: 407638-15
STATE OF NC DEPT OF HEALTH & HUMAN
SERVICES, DIV OF MEDICAL ASSISTANCE
3RD PARTY RECOVERY SECTION
RE: MARY ELLEN ROBINSON
2508 MAIL SERVICE CENTER
RALEIGH NC 27690-4301

CREDITOR ID: 2700-01
STATE OF NC ENV & NAT RES DEPT
1601 MAIL SERVICE CENTER
RALEIGH NC 27699-1601

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268039-31<br>STATE OF NC GROUND WATER<br>ATTN: TIM HILL<br>1766 US HIGHWAY 258 S<br>KINSTON NC 28504-6291 | CREDITOR ID: 397308-69<br>STATE OF NC HEALTH & HUMAN SERVICES<br>1914  MAIL SERVICE CENTER<br>RALEIGH,  NC 27699-1914 | CREDITOR ID: 27-02<br>STATE OF NC INSURANCE DEPT<br>ATTN: JIM LONG, COMMISSIONER<br>THE DOBBS BUILDING<br>430 NORTH SALISBURY STREET<br>RALEIGH NC 27603 |
| CREDITOR ID: 39-02<br>STATE OF NEW YORK TAX & FIN DEPT<br>ATTN ANDREW S. ERISTOFF, COMMISSION<br>BLDG 9, 2ND FLOOR<br>W. AVERILL HARRIMAN CAMPUS<br>ALBANY NY 12227 | CREDITOR ID: 257355-12<br>STATE OF NORTH CAROLINA AGRICULTURE<br>CONSUMER SERVICES STANDARDS LAB<br>1051 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1051 | CREDITOR ID: 257354-12<br>STATE OF NORTH CAROLINA AGRICULTURE<br>1001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-1001 |
| CREDITOR ID: 257351-12<br>STATE OF NORTH CAROLINA AGRICULTURE<br>FOOD & DRUG PROTECTION DIV<br>RALEIGH NC 27611 | CREDITOR ID: 257354-12<br>STATE OF NORTH CAROLINA AGRICULTURE<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ROY COOPER, ESQ<br>114 W EDENTON STREET<br>PO BOX 629<br>RALEIGH NC 27602-0629 | CREDITOR ID: 269318-16<br>STATE OF NORTH CAROLINA ALCOHOLIC<br>BEVERAGE CONTROL COMMISSION<br>ATTN: K. RENEE COWICK<br>4307 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-4307 |
| CREDITOR ID: 257372-12<br>STATE OF NORTH CAROLINA BOARD<br>ATTN CAMILLE BISHOP<br>7171 BROWN SUMMIT RD<br>BROWN SUMMIT, NC 27214 | CREDITOR ID: 268121-31<br>STATE OF NORTH CAROLINA COMMERCE<br>ATTN: MICHAEL SMITH<br>4310 MAIL SERVICE CTR<br>RALEIGH NC 27699-4310 | CREDITOR ID: 257356-12<br>STATE OF NORTH CAROLINA ENV DEPT<br>NATURAL RESOURCES<br>STORMWATER & GENERAL PERMITS<br>1617 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1617 |
| CREDITOR ID: 268122-31<br>STATE OF NORTH CAROLINA ENV DEPT<br>ATTN: DON LITTLE<br>26032 NEWT RD<br>ALBEMARLE NC 28001-7461 | CREDITOR ID: 240605-06<br>STATE OF NORTH CAROLINA LABOR DEPT<br>BOILER SAFETY BUREAU<br>4 WEST EDENTON STREET<br>RALEIGH NC 27601-1092 | CREDITOR ID: 376413-44<br>STATE OF NORTH CAROLINA MOTOR VEH<br>INTER. REGISTRATION PLAN UNIT<br>6016 BROOKSHIRE BLVD<br>CHARLOTTE, NC 28216 |
| CREDITOR ID: 240609-06<br>STATE OF NORTH CAROLINA MOTOR VEH<br>PO BOX 29620<br>RALEIGH NC 27626-0620 | CREDITOR ID: 403394-15<br>STATE OF NORTH CAROLINA REV DEPT<br>ATTN CHRISTOPHER S PAYNE TAX COLL<br>PO BOX 3136<br>GREENSBORO NC 27402-3136 | CREDITOR ID: 256842-12<br>STATE OF NORTH CAROLINA REV DEPT<br>CIGARETTE TAX DV<br>RALEIGH NC 27640-0001 |
| CREDITOR ID: 256839-12<br>STATE OF NORTH CAROLINA REV DEPT<br>PO BOX 2458<br>GREENSBORO NC 27402-2458 | CREDITOR ID: 257359-12<br>STATE OF NORTH CAROLINA REV DEPT<br>PREMIUM TAX UNIT<br>PO BOX 25000<br>RALEIGH NC 27640-0300 | CREDITOR ID: 257358-12<br>STATE OF NORTH CAROLINA REV DEPT<br>PO BOX 871<br>RALEIGH NC 27602 |
| CREDITOR ID: 257353-12<br>STATE OF NORTH CAROLINA REV DEPT<br>PO BOX 25000<br>RALEIGH NC 27640-0002 | CREDITOR ID: 257352-12<br>STATE OF NORTH CAROLINA REV DEPT<br>PO BOX 2110<br>HICKORY NC 28603 | CREDITOR ID: 9-02<br>STATE OF NORTH CAROLINA REV DEPT<br>ATTN EUGENE C CELLA, ASST SEC REV<br>501 N WILMINGTON STREET<br>RALEIGH NC 27640 |
| CREDITOR ID: 241157-11<br>STATE OF NORTH CAROLINA REV DEPT<br>ACCOUNT NO.: 004145052<br>PO BOX 25000<br>RELEIGHT, NC 27640-0710 | CREDITOR ID: 241153-11<br>STATE OF NORTH CAROLINA REV DEPT<br>MOTOR FUEL TAX DIVISION<br>PO BOX 25000<br>RALEIGH, NC 27640 | CREDITOR ID: 403394-15<br>STATE OF NORTH CAROLINA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ROY COOPER OR DONALD LATON, ESQS<br>DEPARTMENT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268123-31<br>STATE OF NORTH CAROLINA WATER QUAL<br>ATTN: JASON GREEN<br>1319 S GLENBURNIE RD<br>NEW BERN NC 28562-2615 | CREDITOR ID: 265202-01<br>STATE OF OHIO ENV PROTECTION AGENCY<br>122 S FRONT STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>ATTORNEY GENERAL STATE OF OHIO<br>ANGELA HUFFMAN<br>COLLECTION ENFORCEMENT<br>150 E GAY ST, 21ST FLOOR<br>COLUMBUS OH 43215 |
| CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>BANKRUPTCY<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 | CREDITOR ID: 406094-15<br>STATE OF OKLAHOMA WRKRS COMP COURT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: W A DREW EDMONDSON, ESQ<br>2300 N LINCOLN BLVD<br>STATE CAPITAL, RM 112<br>OKLAHOMA CITY OK 73105 | CREDITOR ID: 406094-15<br>STATE OF OKLAHOMA WRKRS COMP COURT<br>& OK INDIVIDUAL SELF-INSURED<br>GUARANTY FUND<br>ATTN VIRGINIA GORESEN/MARCIA DAVIS<br>1915 NORTH STILES AVENUE<br>OKLAHOMA CITY OK 73105-4918 |
| CREDITOR ID: 376958-44<br>STATE OF SC HEALTH & ENV CONTR DEPT<br>PO BOX 101106<br>COLUMBIA SC 29211 | CREDITOR ID: 260511-12<br>STATE OF SC HEALTH & ENV CONTR DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: HENRY MCMASTER, ESQ<br>REMBERT C DENNIS OFFICE BLDG 519<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 | CREDITOR ID: 260511-12<br>STATE OF SC HEALTH & ENV CONTR DEPT<br>WIC VENDOR UNIT<br>ATTN J PEARSON JR<br>PO BOX 101106<br>COLUMBIA, SC 29211 |
| CREDITOR ID: 265197-01<br>STATE OF SC HEALTH & ENV CONTROL<br>2600 BULL STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 397318-69<br>STATE OF SC HEALTH & HUMAN SERVICES<br>(SOUTH CAROLINA MEDICAID)<br>1801 MAIN STREET<br>COLUMBIA, SC 29201 | CREDITOR ID: 265198-01<br>STATE OF SC NATURAL RESOURCES DEPT<br>REMBERT C DENNIS BUILDING<br>1000 ASSEMBLY STREET<br>COLUMBIA SC 29201 |
| CREDITOR ID: 260252-12<br>STATE OF SOUTH CAROLINA REV DEPT<br>PO BOX 12099<br>ROCK HILL SC 29731-2099 | CREDITOR ID: 261896-12<br>STATE OF SOUTH CAROLINA REV DEPT<br>ATTN JOE S DUSENBURY JR, ESQ<br>301 GERVAIS ST<br>PO BOX 125<br>COLUMBIA SC 29214 | CREDITOR ID: 261896-12<br>STATE OF SOUTH CAROLINA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: HENRY MCMASTER, ESQ<br>REMBERT C DENNIS OFFICE BLDG 519<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 |
| CREDITOR ID: 240649-06<br>STATE OF SOUTH CAROLINA REV DEPT<br>DIVISION OF MOTOR VEHICLES<br>PO BOX 1498<br>COLUMBIA SC 29216-0019 | CREDITOR ID: 34-02<br>STATE OF TENNESSEE COMMERCE & INS<br>ATTN: PAULA FLOWERS, COMMISSIONER<br>500 JAMES ROBERTSON PARKWAY, 4TH FL<br>NASHVILLE TN 37243 | CREDITOR ID: 397327-69<br>STATE OF TENNESSEE DEPT OF HEALTH<br>CORDELL HULL BUILDING<br>425 5TH AVENUE NORTH<br>NASHVILLE,  TN 32747 |
| CREDITOR ID: 240683-06<br>STATE OF TENNESSEE PHARMACY BOARD<br>COMMERCE & INSURANCE DEPT<br>PO BOX 198990<br>NASHVILLE TN 37219-8990 | CREDITOR ID: 269360-16<br>STATE OF TENNESSEE PHARMACY BOARD<br>C/O KENDALL M. LYNCH<br>500 JAMES ROBERTSON PARKWAY<br>NASHVILLE, TN 37243-1149 | CREDITOR ID: 381921-15<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| CREDITOR ID: 407780-93<br>STATE OF TEXAS COMM ON<br>ENVIRONMENTAL QUALITY<br>ATTN: DENISE ESPINOSA<br>PO BOX 1308 MC-008<br>AUSTIN TX 78711-3087 | CREDITOR ID: 395369-62<br>STATE OF TEXAS COMP OF PUBLIC ACCTS<br>UNCLAIMED PROPERTY HOLDER<br>REPORTING SECTION<br>PO BOX 12019<br>AUSTIN TX 78711-2019 | CREDITOR ID: 407781-93<br>STATE OF TEXAS COMPT PUB ACCTS<br>ATTN: RICHARD CRAIG, ESQ<br>OFFICE OF THE ATTNY GEN<br>COLLCTION DIV/BANKRUPTCY SECTION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 |
| CREDITOR ID: 262740-12<br>STATE OF TEXAS COMPTROLLER<br>UNCLAIMED PROPERTY DIVISION<br>HOLDER REPORTING SECTION<br>PO BOX 12019<br>AUSTIN TX 78711-2019 | CREDITOR ID: 269362-16<br>STATE OF TEXAS HEALTH & HUMAN SVC<br>C/O RONALD R. DEL VENTO<br>PO BOX 12548<br>AUSTIN, TX 78711 | CREDITOR ID: 262741-12<br>STATE OF TEXAS TREASURER<br>COMPTROLLER OF PUBLIC ACCOUNTS<br>AUSTIN TX 78774-0100 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262742-12<br>STATE OF TEXAS WORKFORCE COMM<br>PO BOX 149037<br>AUSTIN TX 78714-9037 | CREDITOR ID: 265203-01<br>STATE OF TN ENV & CONS DEPT<br>L&C ANNEX, FIRST FLOOR<br>401 CHURCH STREET<br>NASHVILLE TN 37243-0435 | CREDITOR ID: 406297-15<br>STATE OF TN LABOR & WORKFORCE DEV<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV<br>ATTN GILL GELDREICH, ASST ATTY GEN<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| CREDITOR ID: 383194-53<br>STATE POLICE<br>PO BOX 66614<br>BATON ROUGE LA 70896 | CREDITOR ID: 261899-12<br>STATE POLICE<br>RIGHT TO KNOW<br>PO BOX 66614<br>BATON ROUGE LA 70896 | CREDITOR ID: 261900-12<br>STATE RECORD COMPANY INC<br>CARLA BLANDON<br>PO BOX 1333<br>COLUMBIA SC 29202 |
| CREDITOR ID: 261901-12<br>STATE TAX COMMISSION<br>LEVY SECTION<br>PO BOX 23338<br>JACKSON, MS 39225-3338 | CREDITOR ID: 268675-14<br>STATE TREASURER NC DEPT<br>ATTN: RICHARD MOORE<br>325 N SALISBURY ST<br>RALEIGH NC 27603-1388 | CREDITOR ID: 268678-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: DAVID BURNNETTE<br>40 PATRIOTS POINT RD<br>MOUNT PLEASANT SC 29464-4377 |
| CREDITOR ID: 268677-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: CHUCK SANDERS<br>301 GERVAIS ST<br>COLUMBIA SC 29201-3041 | CREDITOR ID: 268676-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: A CRAWFORD CLARKSON JR<br>301 GERVAIS ST<br>COLUMBIA SC 29201-3041 | CREDITOR ID: 268695-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: TOM LUCHT<br>1201 MAIN ST STE 360<br>COLUMBIA SC 29201-3230 |
| CREDITOR ID: 268694-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: TOM HORNSBY<br>3 S PARK CIR STE 202<br>CHARLESTON SC 29407-4623 | CREDITOR ID: 268693-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: STEVE ELLIOTT<br>1000 ASSEMBLY ST STE 425<br>COLUMBIA SC 29201-3117 | CREDITOR ID: 268692-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: RICHARD A ECKSTROM<br>1200 SENATE ST STE 305<br>COLUMBIA SC 29201-3734 |
| CREDITOR ID: 268691-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: REGIS PARSONS<br>4430 BROAD RIVER RD<br>COLUMBIA SC 29210-4012 | CREDITOR ID: 268690-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: PHILIP G GROSE JR<br>1401 SENATE ST<br>COLUMBIA SC 29201-3709 | CREDITOR ID: 268689-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: MACKEY GOODWIN<br>300 GERVAIS ST<br>COLUMBIA SC 29201-3042 |
| CREDITOR ID: 268688-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: LOUIE JACOBS<br>1015 SUMTER ST RM 309<br>COLUMBIA SC 29201-3747 | CREDITOR ID: 268687-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: LES BOLES<br>1201 MAIN ST STE 950<br>COLUMBIA SC 29201-3271 | CREDITOR ID: 268686-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: LAURA WATTS<br>1201 MAIN ST STE 810<br>COLUMBIA SC 29201-3271 |
| CREDITOR ID: 268685-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: HENRY R SWEATMAN<br>1321 LADY ST<br>COLUMBIA SC 29201-3330 | CREDITOR ID: 268683-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: GRADY PATTERSON<br>118 WADE HAMPTON OFF BLDG<br>COLUMBIA SC 29211 | CREDITOR ID: 268682-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: FRANK W FUSCO<br>1200 SENATE ST FL 6<br>COLUMBIA SC 29201-3734 |
| CREDITOR ID: 268681-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: FRANK FUSCO<br>1201 MAIN ST STE 750<br>COLUMBIA SC 29201-3229 | CREDITOR ID: 268680-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: ELLIOT E FRANKS III<br>1201 MAIN ST STE 1750<br>COLUMBIA SC 29201-3293 | CREDITOR ID: 268679-14<br>STATE TREASURER SOUTH CAROLINA<br>ATTN: EDGAR A VAUGHN JR<br>1401 MAIN ST STE 1200<br>COLUMBIA SC 29201-2872 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 397744-62
STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
STATE CAPITOL BUILDING
DES MOINES IA 50319

CREDITOR ID: 397743-62
STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
P.O. BOX 2114
MADISON WI 53701-2114

CREDITOR ID: 397742-62
STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
341 SOUTH MAIN ST., 5TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 397741-62
STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
133 STATE STREET
MONTPELIER VT 05633-0001

CREDITOR ID: 397740-62
STATE TREASURER'S OFFICE
ABANDONED PROPERTY DIVISION
39 STATE HOUSE STATION
AUGUSTA ME 04333-0039

CREDITOR ID: 397739-62
STATE TREASURER'S OFFICE
500 EAST CAPITOL AVENUE
PIERRE SD 57501-5070

CREDITOR ID: 397745-62
STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY SECTION
P.O. BOX 1272
JEFFERSON CITY MO 65102-1272

CREDITOR ID: 397747-62
STATE TREASURY
UNCLAIMED PROPERTY DIVISION
P.O. BOX 302520
MONTGOMERY AL 36130-2520

CREDITOR ID: 397746-62
STATE TREASURY
UNCLAIMED PROPERTY DIVISION
P.O. BOX 1837
HARRISBURG PA 17105-1837

CREDITOR ID: 261902-12
STATELINE DISPOSAL
PO BOX 1539
CALLAHAN, FL 32011

CREDITOR ID: 261903-12
STATELINE DISPOSAL SERVICES
PO BOX 791257
BALTIMORE MD 21279-1257

CREDITOR ID: 268696-31
STATELINE DISPOSAL SVCS LLC
ATTN: SIDNEY THOMAS
450496 STATE ROAD 200
CALLAHAN FL 32011-4407

CREDITOR ID: 390555-55
STATEN, DEMETRIA L
C/O: JOHN F. CALLENDER, ESQ.
JOHN F. CALLENDER, ESQ.
1301 RIVERPLACE BLVD
SUITE 2105
JACKSONVILLE FL 32205

CREDITOR ID: 390372-54
STATEN, DEMETRIA L
1301 RIVERPLACE BLVD
SUITE 2105
JACKSONVILLE, FL 32205

CREDITOR ID: 390372-54
STATEN, DEMETRIA L
1214 LABELLE STREET
JACKSONVILLE, FL 32205

CREDITOR ID: 390555-55
STATEN, DEMETRIA L
C/O: JOHN F. CALLENDER, ESQ.
JOHN F. CALLENDER, ESQ.
2105 GULF LIFE TOWER
JAX FL 32207

CREDITOR ID: 255730-12
STATES OF MARYLAND & VIRIGINIA
PO BOX 79537
BALTIMORE, MD 21279-0537

CREDITOR ID: 255730-12
STATES OF MARYLAND & VIRIGINIA
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: JERRY KILGORE, ESQ
900 E MAIN STREET
RICHMOND VA 23219

CREDITOR ID: 255730-12
STATES OF MARYLAND & VIRIGINIA
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: J JOSEPH CURRAN JR, ESQ
200 ST PAUL PLACE
BALTIMORE MD 21202

CREDITOR ID: 261904-12
STATESBORO GLASS CO INC
22801 HWY 80 E
STATESBORO GA 30461

CREDITOR ID: 261905-12
STATESBORO HERALD
PO BOX 888
STATESBORO, GA 30459-0888

CREDITOR ID: 261906-12
STATESBORO WINLECTRIC CO
120 W PARRISH ST
STATESBORO GA 30458

CREDITOR ID: 399700-YY
STATESVILLE ROOFING COMPANY
PO DRAWER 1266
STATESVILLE NC 28687-1266

CREDITOR ID: 384372-47
STATEWIDE BANK
ATTN HARRY LOCICERO
202 LIONS DRIVE
COVINGTON, LA 70433

CREDITOR ID: 268697-14
STATEWIDE COMPUTERIZED TAX SVC
ATTN: STANLEY HILL
1518 BESSEMER RD
BIRMINGHAM AL 35208-4017

CREDITOR ID: 261907-12
STATEWIDE TRANSPORT INC
ATTN LISA CIANCIMINIO
N O INTL AIRPORT
PO BOX 20131
NEW ORLEANS, LA 70141

CREDITOR ID: 389910-54
STATHAM, CHARLES
2400 FLOWER CORAL APT 108
ORLANDO, FL 32808

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393449-55<br>STATHAM, CHARLES<br>C/O ROBERT CHAPPELL<br>BOGIN, MUNNS & MUNNS<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 248902-12<br>STATHAM, ELIZABETH<br>2205 CEDARWOOD COURT<br>CLAYTON, NC 27520 | CREDITOR ID: 261908-12<br>STATMED OZARK<br>PO BOX 863<br>OZARK, AL 36360-0863 |
| CREDITOR ID: 261909-12<br>STAUBLI CORPORATION<br>PO BOX 751607<br>CHARLOTTE, NC 28275-1607 | CREDITOR ID: 390414-54<br>STAUFFER, ANNETTE M<br>3534 SMITH FIELD RD<br>APT. 1101<br>JACKSONVILLE FL 32217 | CREDITOR ID: 252426-12<br>STAUFFER, J GARTH MD<br>C/O AMY PACKER, BILLING<br>PO BOX 1849<br>AUBURN, AL 36831-1849 |
| CREDITOR ID: 261910-12<br>STAUNTON PLAZA ASSOCIATE<br>C/O TRICOASTAL PROPERTIES<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | CREDITOR ID: 278571-24<br>STAUNTON PLAZA ASSOCIATES<br>LIMITED PARTNERSHIP<br>5 NORDEN DRIVE<br>GLEN HEAD NY 11545 | CREDITOR ID: 382331-51<br>STEADMAN, BRUCE<br>21004 BROOKE KNOLLS ROAD<br>LAYTONSVILLE, MD 20882 |
| CREDITOR ID: 261911-12<br>STEAK-UMM COMPANY INC, THE<br>ATTN WILLIAM C BALLOU, CFO<br>153 SEARLES RD<br>POMFRET CENTER CT 06259 | CREDITOR ID: 405623-95<br>STEAK-UMM COMPANY LLC<br>153 SEARLES ROAD<br>POMFRET CENTER CT 06259-2305 | CREDITOR ID: 261912-12<br>STEEL BEACH PRODUCTIONS, INC<br>8301 CYPRESS PLAZA DRIVE<br>STE 100<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 261913-12<br>STEELCOTE MANUFACTURING CO<br>PO BOX 790051<br>ST LOUIS MO 63179-0051 | CREDITOR ID: 388405-54<br>STEELE, ASHLEY<br>324 8TH AVENUE SE<br>MAGEE, MS 39111-3758 | CREDITOR ID: 392504-55<br>STEELE, ASHLEY<br>C/O WARE LAW FIRM, PLLC<br>ATTN DANIEL D WARE, ESQ<br>216 1ST AVE NE<br>MAGEE MS 39111 |
| CREDITOR ID: 407240-MS<br>STEELE, GERALD<br>3149 COUNTY LAKE DRIVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 385691-54<br>STEELEY, TERESA<br>618 RYMER LANE<br>LOUISVILLE, KY 40243 | CREDITOR ID: 390972-55<br>STEELEY, TERESA<br>C/O RAYMOND J NABER, JR, ESQ.<br>NABER, JOYNER & JAFFEE<br>2450 MEIDINGER TOWER<br>462 S FOURTH AVENUE<br>LOUISVILLE KY 40202-3446 |
| CREDITOR ID: 261828-12<br>STEEMER, STANLEY<br>1519 CROSS BEAM DRIVE<br>CHARLOTTE, NC 28217 | CREDITOR ID: 387276-54<br>STEER, LLOYD<br>18821 NW 12TH AVE<br>MIAMI, FL 33169 | CREDITOR ID: 391861-55<br>STEER, LLOYD<br>C/O RICHARD BOLTON<br>BOLTON & GROSS<br>801 NE 167TH ST.<br>SECOND FLOOR<br>N. MIAMI BEACH FL 33162 |
| CREDITOR ID: 407241-MS<br>STEERMAN JR., BENJAMIN F.<br>1426 CHURCHHILL DR.<br>GASTONIA NC 28054 | CREDITOR ID: 261914-12<br>STEFANIE L SIMPSON<br>823 JACKSON AVENUE<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 261916-12<br>STEFANO FOODS<br>4825 HOVIS RD<br>CHARLOTTE NC 28208 |
| CREDITOR ID: 261917-12<br>STEFCO INDUSTRIES INC<br>1006 MARLEY DRIVE<br>HAINES CITY, FL 33844 | CREDITOR ID: 279393-36<br>STEFCO INDUSTRIES, INC.<br>C/O STEARNS WEAVER MILLER ET AL<br>ATTN DREW M DILLWORTH, ESQ<br>150 WEST FLAGLER STREET, SUITE 2200<br>MIAMI  FL 33130 | CREDITOR ID: 242097-12<br>STEFFES, ALYSHA M<br>107 MARSDEN STREET<br>OCOEE FL 34761 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400942-91<br>STEFFEY, ONIS<br>5310 AURORA CT<br>ARLINGTON TX 76017 | CREDITOR ID: 381237-47<br>STEGALL, RAYMOND<br>171 BARNES ROAD<br>EDEN, NC 27288 | CREDITOR ID: 261918-12<br>STEIN PAINT COMPANY<br>545 WEST FLAGLER ST<br>MIAMI, FL 33130 |
| CREDITOR ID: 2332-07<br>STEIN, JAY D.<br>C/O SANDOR DEVELOPMENT CO.<br>2220 N. MERIDIAN ST.<br>INDIANAPOLIS IN 46208-5728 | CREDITOR ID: 388881-54<br>STEINMETZ, PATRICIA<br>2068 LIPSCOMB LAKE RD.<br>PENDERGRASS GA 30567 | CREDITOR ID: 392809-55<br>STEINMETZ, PATRICIA<br>C/O: STEPHEN FRIEDMAN, ESQ.<br>STEPHEN A. FRIEDMAN & ASSOCIATES<br>235 PEACHTREE ST NE<br>SUITE 200, NORTH TOWER<br>ATLANTA GA 30303 |
| CREDITOR ID: 261919-12<br>STELLA D DANIELS<br>7009 SENTINEL LANE<br>HARRISON TN 37341 | CREDITOR ID: 261920-12<br>STELLA PRIDGEN<br>8622 MCBRIDE COURT<br>THEODORE AL 36582 | CREDITOR ID: 397816-75<br>STELLAR GROUP, THE<br>2900 HARTLEY RD<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 261921-12<br>STELLAR INTERACTIVE SOLUTIONS<br>2900 HARTLEY ROAD<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 381818-48<br>STELLER AVIATION INTERNATIONAL INC<br>ATTN ANDRE CORN<br>505 MAIN STREET, STE 218<br>HACKENSACK NJ 07601 | CREDITOR ID: 261922-12<br>STELLYS AUTO AND TRUCK REPAIR<br>ATTN: MAXIE STELLY<br>125 GILL DR<br>LAFAYETTE, LA 70507 |
| CREDITOR ID: 389894-54<br>STELZER, SHIRLEY<br>3316 COUNTY ROAD 26<br>HOPE HULL, AL 36043 | CREDITOR ID: 387132-54<br>STEMEN, JOAN<br>315 SOUTH BAYLER ST.<br>PENSACOLA, FL 32501 | CREDITOR ID: 391716-55<br>STEMEN, JOAN<br>C/O: TIMOTHY O'BRIEN, ESQ.<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECH<br>P. O. BOX 12308<br>316 S. BAYLEN ST.  SUITE 600<br>PENSACOLA FL 32581 |
| CREDITOR ID: 385855-54<br>STENEN, RUTHANN<br>6539 BRANDYLINE DRIVE S<br>MARGATE, FL 33063 | CREDITOR ID: 392095-55<br>STENGELE, JOE<br>134 ANDERSON STREET<br>CARTHAGE NC 28327 | CREDITOR ID: 392095-55<br>STENGELE, JOE<br>C/O LAW OFFICES OF MICHAEL A DEMAYO<br>ATTN SUSAN E RHODES, ESQ<br>PO BOX 34426<br>CHARLOTTE NC 28234 |
| CREDITOR ID: 261923-12<br>STEPHANIE B WINTERS<br>612 MOUNTAIN BROOK DRIVE<br>SPARTANBURG SC 29316 | CREDITOR ID: 261925-12<br>STEPHANIE GLENN<br>4324 NW 76TH AVENUE<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 261926-12<br>STEPHANIE GOLDMAN<br>PO BOX 251<br>ENTERPRISE MS 39330 |
| CREDITOR ID: 261927-12<br>STEPHANIE GOMILLION<br>14154 SE 58TH COURT<br>SUMMERFIRLD FL 34491 | CREDITOR ID: 261928-12<br>STEPHANIE HARDIN<br>9619 TRINITY ROAD<br>APT B<br>CHARLOTTE NC 28216 | CREDITOR ID: 261929-12<br>STEPHANIE HODGES<br>2833 ELM STREET # 38<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 261930-12<br>STEPHANIE J BLAIR<br>730 1/2 3RD AVE S<br>APT 1<br>ST PETERSBURGH FL 33701-4014 | CREDITOR ID: 261931-12<br>STEPHANIE L SIMMONS<br>100 SMOOTH RIDER ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 261933-12<br>STEPHANIE P WHEAT<br>6 HALLET STREET S<br>MOBILE AL 36604 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261934-12<br>STEPHANIE PFIFER<br>1206 E GILCHRIST STREET<br>PLANT CITY FL 33563 | CREDITOR ID: 261936-12<br>STEPHANIE ZIEMBA<br>PO BOX 796<br>ELFERS FL 34680 | CREDITOR ID: 261937-12<br>STEPHEN A BOYCE<br>PO BOX 24786<br>WINSTON SALEM NC 27114-4786 |
| CREDITOR ID: 261938-12<br>STEPHEN A GIACONA<br>2602 IOWA AVENUE<br>KENNER LA 70062 | CREDITOR ID: 261939-12<br>STEPHEN ADAMS<br>1133 WIND CREEK FARMS ROAD<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 261940-12<br>STEPHEN B BROWN<br>425 PLANTERS ROAD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 261942-12<br>STEPHEN C WHITLEY<br>4560 DELTA AVENUE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 261943-12<br>STEPHEN E SINGLETON<br>8816 TROTTINRIDGE ROAD<br>SKIPWITH VA 23968 | CREDITOR ID: 261944-12<br>STEPHEN G PAPPAS MD NEUROLOGY<br>2600 PARKWOOD DR<br>BRUNSWICK, GA 31520 |
| CREDITOR ID: 261945-12<br>STEPHEN J DANDRIDGE<br>2432 WHIPPOORWILL LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 261947-12<br>STEPHEN L GODZAK<br>3283 ARONIMINK COURT<br>PICKERINGTON OH 43147 | CREDITOR ID: 261948-12<br>STEPHEN L SCHRANK<br>320 MARTHA<br>EULESS TX 76040 |
| CREDITOR ID: 261949-12<br>STEPHEN M HOLLINGSWORTH<br>2120 JAMMES RD<br>JACKSONVILLE FL 32210-3837 | CREDITOR ID: 261951-12<br>STEPHEN N WALKER<br>6253 105 TERRACE<br>PINNELAS FL 33782 | CREDITOR ID: 381588-47<br>STEPHEN PAUL<br>4365 HUNTCLIFF TRACE<br>DOUGLASVILLE, GA 30135 |
| CREDITOR ID: 261953-12<br>STEPHEN R VANWEY<br>12650 STOCKWOOD LANE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 261954-12<br>STEPHEN W ADAMS<br>4903 JENNI LIN COURT<br>VALRICO FL 33594 | CREDITOR ID: 384374-47<br>STEPHENS TILE CO INC<br>140 EAGERTON RD<br>MONTGOMERY, AL 36116-4510 |
| CREDITOR ID: 261956-12<br>STEPHENS TILE COMPANY, INC<br>ATTN ALVIN STEPHENS, PRES<br>140 EAGERTON ROAD<br>MONTGOMERY, AL 36116-4510 | CREDITOR ID: 243099-12<br>STEPHENS, BARRY<br>4328 RUBUSH DRIVE<br>MERIDIAN MS 39307 | CREDITOR ID: 385379-54<br>STEPHENS, BRIANNA (MINOR)<br>4800 GUIDING STREET<br>HOPE MILLS, NC 28348 |
| CREDITOR ID: 390687-55<br>STEPHENS, BRIANNA (MINOR)<br>C/O RAND & GREGORY PA<br>ATTN RANDY S GREGORY, ESQ<br>405 BARRINGTON CROSS<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 374170-44<br>STEPHENS, CHARLES P<br>PO BOX 2100<br>PEACHTREE CITY, GA 30269 | CREDITOR ID: 247024-12<br>STEPHENS, CORREY L<br>6231 SW 59 AVENUE<br>MIAMI FL 33143 |
| CREDITOR ID: 386140-54<br>STEPHENS, GERALDINE<br>2015 CHICOTAH WAY<br>ORLANDO, FL 32818 | CREDITOR ID: 386140-54<br>STEPHENS, GERALDINE<br>C/O ED SMITH, PA<br>ATTN ED SMITH, ESQ<br>2699 LEE ROAD, SUITE 510<br>WINTER PARK FL 32789 | CREDITOR ID: 386590-54<br>STEPHENS, JAMES E<br>649 LOVVORN FARM RD.<br>CARROLLTON GA 30117 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 391600-55
STEPHENS, JAMES E
C/O: CLIFF PERKINS
PERKINS LAW FIRM
539 NEWNAN STREET
CARROLLTON GA 30117

CREDITOR ID: 387655-54
STEPHENS, KATHLEEN
8051 W JUSTIN LANE
CRYSTAL RIVER FL 34428

CREDITOR ID: 375768-44
STEPHENS, KIMBERLY
JAX DIV #149
115 NEW HOPE RD
CORDELE, GA 31015

CREDITOR ID: 407242-MS
STEPHENS, LEONARD H.
1005 LARK SPUR LOOP
JACKSONVILLE FL 32259

CREDITOR ID: 386785-54
STEPHENS, LISA
2814 GRANDVIEW AVENUE
MERIDIAN MS 39305

CREDITOR ID: 259882-12
STEPHENS, RODERICK J
2116 WILDWOOD CROSSING
BIRMINGHAM, AL 35211

CREDITOR ID: 377030-44
STEPHENS, SHANNON
12818 CEDAR FOREST DRIVE
# 308
TAMPA, FL 33624

CREDITOR ID: 261957-12
STEPHENSON INC
PO BOX 6173
RALEIGH, NC 27628-6173

CREDITOR ID: 407243-MS
STEPHENSON, HUBERT A.
1204 JOHNSON DR.
BENBROOK TX 76126

CREDITOR ID: 407244-MS
STEPHENSON, MARVIN
210 BENSON RD
GARNER NC 27529

CREDITOR ID: 386823-54
STEPHENSON, SHELDON
17469 LAUREL VALLEY RD
FORT MYERS FL 33912

CREDITOR ID: 391689-55
STEPHENSON, SHELDON
C/O: ROBERT KEEZEL
1601 JACKSON STREET, SUITE 103
FT. MYERS FL 33901

CREDITOR ID: 881-03
STEPHENVILLE CITY WATER DEPT.
298 W. WASHINGTON
STEPHENVILLE TX 76401

CREDITOR ID: 386536-54
STEPINA, ROBERT
6824 MAUNA LOA BLVD
SARASOTA FL 34241

CREDITOR ID: 391567-55
STEPINA, ROBERT
C/O: JAMES R. HUTCHENS
JAMES R HUTCHENS PA
2015 FRUITVILLE ROAD
SARASOTA FL 34237

CREDITOR ID: 261959-12
STEPPS TOWING SERVICE
9602 E US HIGHWAY 92
TAMPA FL 33610-5928

CREDITOR ID: 261960-12
STEPPS TOWING SERVICE PASCO CO INC
PASCO OFFICE
29949 STATE ROAD 54 WEST
WESLEY CHAPEL, FL 33543

CREDITOR ID: 261961-12
STERICYCLE INC
PO BOX 9001590
LOUISVILLE KY 40290-1590

CREDITOR ID: 377197-44
STERIDYNE CORP & FL MED DIV OF STERIDYNE
3725 INVESTMENT LANE
RIVIERA BEACH FL 30334

CREDITOR ID: 261962-12
STERILITE CORP
PO BOX 530601
ATLANTA GA 30353-0601

CREDITOR ID: 382607-51
STERITECH
1200 WOODRUFF ROAD, G-23
GREENVILLE, SC 29607

CREDITOR ID: 261963-12
STERITECH FOOD SAFETY & ENVIRON
HYGIENE
PO BOX 472127
CHARLOTTE NC 28247-2127

CREDITOR ID: 381680-47
STERITECH FOOD SAFETY & ENVIRON HYGIENE
PO BOX 472127
CHARLOTTE, NC 28247-2127

CREDITOR ID: 404041-15
STERITECH GROUP, THE
ATTN TRACY PAYNE
317-G S WESTGATE DR
GREENSBORO NC 27407

CREDITOR ID: 278572-24
STERLING BANK
13300 ALMEDA ROAD
HOUSTON TX 77045

CREDITOR ID: 261964-12
STERLING CAMDEN LIMITED PARTNERSHIP
PO BOX 918612
ORLANDO, FL 32891-8612

CREDITOR ID: 2595-07
STERLING CAMDEN LIMITED PARTNERSHIP
%STERLING CENTRECORP MGMT SERV
ONE NORTH CLEMATIS STREET, STE
WEST  PALM  BEACH FL 33401

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261965-12<br>STERLING COMMERCE<br>INTERCHANGE SOFTWARE GROUP<br>PO BOX 73199<br>CHICAGO IL 60673 | CREDITOR ID: 406174-15<br>STERLING COMMERCE AMERICAS, INC<br>ATTN THERESA W BLUNT<br>4600 LAKEHURST COURT<br>DUBLIN OH 43016 | CREDITOR ID: 261966-12<br>STERLING FLORAL CONTAINER<br>PO BOX 1203<br>PLYMOUTH, FL 32768 |
| CREDITOR ID: 261967-12<br>STERLING GREENHOUSES<br>33376 ROWNTREE ROAD<br>DADE CITY FL 33525 | CREDITOR ID: 261968-12<br>STERLING MEDICAL CONSULTANTS<br>C/O TERRI BATES<br>2301 RIVER ROAD<br>SUITE 300<br>LOUISVILLE KY 40206 | CREDITOR ID: 261969-12<br>STERLING SAFE COMPANY<br>PO BOX 248<br>ZEBULON NC 27597-0248 |
| CREDITOR ID: 399582-82<br>STERLING, EVELYN<br>4045 CEASARVILLE ROAD<br>WETUMPKA  AL 36092 | CREDITOR ID: 388781-54<br>STERLING, PATSY<br>36722 SKYCREST BOULEVARD<br>FRUITLAND PARK, FL 34731 | CREDITOR ID: 392736-55<br>STERLING, PATSY<br>C/O BRENT C MILLER LAW OFFICES<br>ATTN BRENT C MILLER, ESQ<br>205 E BURLEIGH BLVD<br>TAVARES FL 32726 |
| CREDITOR ID: 382193-51<br>STERLIONG COMMERCE<br>4600 LAKEHURST COURT<br>DUBLIN, OH 43016-2000 | CREDITOR ID: 261970-12<br>STERN BROTHERS<br>PO BOX 1567<br>MONTGOMERY, AL 36102 | CREDITOR ID: 403493-15<br>STERN BROTHERS, INC<br>204 NORTH HALT STREET<br>MONTGOMERY AL 36102 |
| CREDITOR ID: 403493-15<br>STERN BROTHERS, INC<br>C/O COOPER & COOPER<br>ATTN JAMES R COOPER JR, ESQ<br>312 SCOTT STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 387650-54<br>STERRETT, COREY<br>1720 SHEARWATER PT.<br>APT. 204<br>CASSELBERRY FL 32707 | CREDITOR ID: 261971-12<br>STETON TECHNOLOGY GROUP INC<br>912 W 1600S, SUITE A200<br>ST GEORGE, UT 84770 |
| CREDITOR ID: 405625-95<br>STETON TECHNOLOGY GROUP INC<br>P O BOX 879<br>SANTA CLARA UT 84765 | CREDITOR ID: 381392-47<br>STEVE  JUMPER<br>290 NORTH SUBER RD<br>GREER SC 29651 | CREDITOR ID: 261972-12<br>STEVE CRAFT'S LAWN CARE<br>929 RICHBURG RD.<br>HATTIESBURG, MS 39402 |
| CREDITOR ID: 261973-12<br>STEVE D NEWTON<br>955 SAMUEL STREET<br>LOUISVILLE KY 40204 | CREDITOR ID: 261977-12<br>STEVE GLUCK<br>PO BOX 425<br>MATTHEWS NC 28106 | CREDITOR ID: 261978-12<br>STEVE J PISZCZYNSKI<br>1818 OWEN DR<br>CLEARWATER FL 33759 |
| CREDITOR ID: 261979-12<br>STEVE L KRHUT<br>2405 PINE HURST LANE<br>ORANGE PARK FL 32003 | CREDITOR ID: 261980-12<br>STEVE LOFTON<br>635 HAMPTON WAY<br>JACKSON MS 39211 | CREDITOR ID: 268698-31<br>STEVE NICHOLSON<br>221 S LOUDOUN ST<br>STRASBURG VA 22657-2651 |
| CREDITOR ID: 261982-12<br>STEVE NINSON<br>4145 SHADE TREE<br>APT# 39<br>ORLANDO FL 32810 | CREDITOR ID: 261983-12<br>STEVE OLER<br>115 112TH AVE NE #1028<br>ST PETERSBURG FL 33716 | CREDITOR ID: 268699-31<br>STEVE ONEIL<br>ATTN: STEVE O'NEIL<br>1337 IRON LEIGE RUN<br>VIRGINIA BEACH VA 23454-5521 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261984-12<br>STEVE STOLLINGS<br>PO BOX 1143<br>HAZARDK KY 41702 | CREDITOR ID: 261986-12<br>STEVE WOOLEY<br>580 SHADY NOOK DR<br>DEATSVILLE AL 36022 | CREDITOR ID: 268700-31<br>STEVEN ARBUCKLE PROPERTY IMPR<br>ATTN: STEVE ARBUCKLE<br>4452 TORTOISE RD<br>VENICE FL 34293-5962 |
| CREDITOR ID: 261988-12<br>STEVEN D ANDERSON II<br>1993 HOOD ROAD<br>SOUTHSIDE AL 35907 | CREDITOR ID: 261989-12<br>STEVEN E CHRISTIANSON<br>4177 ORCHID DRIVE<br>HERNANDO BEACH FL 34607 | CREDITOR ID: 261990-12<br>STEVEN F HARRISON<br>420 SPRING PLACE<br>MONROE GA 30655 |
| CREDITOR ID: 261992-12<br>STEVEN GLASCOTT<br>147 STONEY RIDGE DRIVE<br>LONGWOOD FL 32750 | CREDITOR ID: 261993-12<br>STEVEN HEFFNER<br>119 SUNNY LANE<br>FLORENCE MS 39073 | CREDITOR ID: 261994-12<br>STEVEN JONES<br>4939 OAKDALE ROAD<br>APT 1J<br>SMYRNA GA 30080 |
| CREDITOR ID: 261995-12<br>STEVEN L RICHARDSON<br>5419 ROYAL STREET<br>COLUMBUS GA 31907 | CREDITOR ID: 261996-12<br>STEVEN MESSER<br>4311 BAYBERRY DRIVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 261997-12<br>STEVEN P TURNER<br>2506 SHELBY CREEK ROAD WEST<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 261998-12<br>STEVEN R ABERNATHY<br>8182 SEDGEFIELD<br>PENSACOLA FL 32507 | CREDITOR ID: 261999-12<br>STEVEN R SWARTOUT<br>4888 21ST AVENUE N, APT 38<br>ST PETERSBURGH FL 33713 | CREDITOR ID: 262000-12<br>STEVEN RICHARDSON<br>3460 REVERE RD SW<br>ATLANTA GA 30331-2316 |
| CREDITOR ID: 262001-12<br>STEVEN SWOYER<br>3951 NW 18TH AVE<br>OAKLAND PARK FL 33309 | CREDITOR ID: 262002-12<br>STEVEN ZIMMER<br>17737 LONG POINT DRIVE<br>REDINTON SHORES FL 33708 | CREDITOR ID: 262004-12<br>STEVENS SAUSAGE COMPANY INC<br>ATTN: TIM STEVENS, VP<br>PO BOX 2304<br>SMITHFIELD, NC 27577 |
| CREDITOR ID: 262003-12<br>STEVENS SAUSAGE COMPANY INC<br>PO BOX 2304<br>SMITHFIELD NC 27577 | CREDITOR ID: 262004-12<br>STEVENS SAUSAGE COMPANY INC<br>C/O WOODRUFF REECE & FORTNER<br>ATTN GORDON C WOODRUFF, ESQ<br>1023-B W MARKET STREET<br>PO BOX 708<br>SMITHFIELD NC 27577 | CREDITOR ID: 245010-12<br>STEVENS, CHARLENE<br>13033 MAYERS ROAD<br>HUNTERSVILLE NC 28078 |
| CREDITOR ID: 246907-12<br>STEVENS, CONSTANCE M<br>RT 3 BOX 56<br>DEKALB MS 39328 | CREDITOR ID: 247604-12<br>STEVENS, DARLENE<br>1815 ROYAL FERN LANE<br>ORANGE PARK, FL 32003 | CREDITOR ID: 385813-54<br>STEVENS, DOROTHY<br>62122 NORTH 9TH STREET<br>SLIDELL, LA 70461 |
| CREDITOR ID: 391073-99<br>STEVENS, DOROTHY<br>C/O NICK LAW FIRM LC<br>ATTN: TAMMY NICK<br>676 EAST I-10 SERVICE ROAD<br>SLIDELL LA 70461 | CREDITOR ID: 407245-MS<br>STEVENS, JAMES T.<br>1597 STODDARD CT.<br>KENNESAW GA 30144 | CREDITOR ID: 387533-54<br>STEVENS, JUDY<br>2753 CENTER POINT ROAD<br>ALEDO TX 76008 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387378-54<br>STEVENS, KIMBERLY<br>5363 NW 54 PLACE<br>OCALA, FL 34482 | CREDITOR ID: 391944-55<br>STEVENS, KIMBERLY<br>C/O: CRAIG CANNON<br>CANNON LAW FIRM<br>PO BOX 1986<br>OCALA FL 34478-1986 | CREDITOR ID: 393611-55<br>STEVENS, LESLIE ANN<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S. HARTMAN, ESQ<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY FL 33024 |
| CREDITOR ID: 390163-54<br>STEVENS, LESLIE ANN<br>1130 QUEEN PALM COURT<br>HOLLYWOOD, FL 33019 | CREDITOR ID: 386991-54<br>STEVENS, PATRICIA<br>183  18TH STREET NW<br>HICKORY NC 28601 | CREDITOR ID: 388683-54<br>STEVENS, RONNIE<br>915D PINE RIDGE CIRCLE<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 392719-55<br>STEVENS, RONNIE<br>C/O: J. DAVID MILLER<br>HAWKINS, MOODY, BINGHAM & MILLER<br>1397 EAST CENTER STREET<br>KINGSPORT TN 37664 | CREDITOR ID: 390259-54<br>STEVENS, RYAN<br>1422 W. JENNINGS ST<br>LANTANA FL 33462 | CREDITOR ID: 403250-99<br>STEVENS-FRICKEY, DOROTHY<br>C/O MICK LAW FIRM LC<br>ATTN: TAMMY M NICK<br>676 EAST I-10 SERVICE RD<br>SLIDELL LA 70461 |
| CREDITOR ID: 386637-54<br>STEVENSON, WILLIE MAE<br>217 MEADOW VALE DR<br>VICKSBURG MS 39180 | CREDITOR ID: 245123-12<br>STEVERSON, CHASE<br>PO BOX 916<br>UMATILLA FL 32726 | CREDITOR ID: 261987-12<br>STEVE'S LAWN MAINTENANCE<br>6967 LANGSTON ROAD<br>TIMMONSVILLE, SC 29161 |
| CREDITOR ID: 381478-47<br>STEVES MOBILE HEADLINERS<br>2850 PAM LANE<br>STEVEN CRUISHANK<br>JACKSONVILLE, FL 32233 | CREDITOR ID: 262005-12<br>STEWARD MELLON COMPANY<br>ATTN JOHN NAUGLE<br>5101 EAST HILLSBOROUGH AVENUE<br>TAMPA, FL 33610 | CREDITOR ID: 407246-MS<br>STEWARD, DEBRA<br>3425 WHARTON<br>FT. WORTH TX 76133 |
| CREDITOR ID: 256263-12<br>STEWARD, MICHAEL<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 | CREDITOR ID: 262006-12<br>STEWART & STEVENSON SERVICES<br>PO BOX 200441<br>HOUSTON, TX 77216-0001 | CREDITOR ID: 262007-12<br>STEWART CANDY CO<br>PO BOX 1888<br>WAYCROSS GA 31501 |
| CREDITOR ID: 262008-12<br>STEWART DISTRIBUTING CO<br>1636 US HIGHWAY 87 WEST<br>STOCKDALE TX 78160 | CREDITOR ID: 262009-12<br>STEWART DISTRIBUTION<br>PO BOX 1888<br>WAYCROSS, GA 31502 | CREDITOR ID: 262010-12<br>STEWART ELEMENTARY<br>1032 BELTON STREET<br>BASILE, LA 70515 |
| CREDITOR ID: 402084-15<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | CREDITOR ID: 262011-12<br>STEWART STAINLESS SUPPLY<br>3660 SWIFTWATER PARK DRIVE<br>SUWANNEE, GA 30024 | CREDITOR ID: 403262-92<br>STEWART, ALICE R.<br>905 EAST HATTON STREET<br>PENSACOLA FL 32503 |
| CREDITOR ID: 385358-54<br>STEWART, ALICIA<br>4319 CHARTRES #D<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 390666-55<br>STEWART, ALICIA<br>C/O BENNY GEORGE, ATTY.<br>BENNY S. GEORGE, JR., ATTORNEY AT LAW<br>210 BARONNE ST. #704<br>NEW ORLEANS LA 70112 | CREDITOR ID: 245345-12<br>STEWART, CHRISTOPHER D<br>5000 NW 17 COURT<br>LAUDERHILL FL 33313 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 386427-54
STEWART, GLINDA
PO BOX 307
CALHOUN CITY MS 38916

CREDITOR ID: 391490-55
STEWART, GLINDA
C/O: STEVEN FUNDERBURG
FUNDERBURG
P.O. BOX 13960
JACKSON MS 39236-3960

CREDITOR ID: 407247-MS
STEWART, HARRY D.
11510 CIRCA DEL RÍO PLACE
TEMPLE TERRACE FL 33617

CREDITOR ID: 390376-54
STEWART, KIMBERLY M
1121 WATSON DR
COLUMBUS, GA 31907

CREDITOR ID: 390818-55
STEWART, KIMBERLY M
C/O MARK A CASTO, PC
ATTN MARK A CASTO, ESQ
PO BOX 45
COLUMBUS GA 31902

CREDITOR ID: 407248-MS
STEWART, LEON
4064 N. CONCORD DR.
CRYSTAL RIVER FL 34428

CREDITOR ID: 388533-54
STEWART, MARGIE
20299 HIGHWAY 10
KENTWOOD, LA 70444

CREDITOR ID: 392609-55
STEWART, MARGIE
C/O: E. ERIC GUIRARD, ESQUIRE
E. ERIC GUIRARD & ASSOCIATES, P.L.C.
1075 GOVERNMENT ST.
BATON ROUGE LA 70802

CREDITOR ID: 388625-54
STEWART, RETHA
4108 MARTIN AVENUE
TIFTON GA 31794

CREDITOR ID: 388041-54
STEWART, THERESA
1955 NW 5 PLACE APT #6
MIAMI, FL 33136

CREDITOR ID: 392315-55
STEWART, THERESA
C/O: GLENN R. MILLER, PA
GLENN R MILLER, PA
67 NE 168TH STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 381870-99
STICHTER RIEDEL BLAIN ET AL
ATTN: DON M STICHTER
110 EAST MADISON ST, STE 200
TAMPA FL 33602

CREDITOR ID: 278573-24
STICHTING KEN'S PLAZA FONDS
C/O FLETCHER BRIGHT COMPANY
1300 FIRST TENNESSEE BUILDING
CHATTANOOGA TN 37402

CREDITOR ID: 386345-54
STIERHEIM, WILLIAM
5203 PEPPERCORN STREET
PALM BEACH GARDENS FL 33418

CREDITOR ID: 391434-55
STIERHEIM, WILLIAM
C/O: DAVID WEISSMAN
ROSENTHAL & WEISSMAN, P.A.
1645 PALM BEACH LAKES BLVD.
SUITE 350
WEST PALM BEACH FL 33401-2289

CREDITOR ID: 386288-54
STIGER, CAROLYN A
38 KERR RD
CANTEBURY CT 06331

CREDITOR ID: 391401-55
STIGER, CAROLYN A
C/O: DEBRA PIERCE, ESQ.
ROSENTHANL & WEISMAN
201 S. SECOND STREET
FT. PIERCE FL 34948-4382

CREDITOR ID: 262012-12
STILES CORPORATION
300 S E 2ND STREET
FT LAUDERDALE, FL 33301

CREDITOR ID: 262013-12
STILES WEST ASSOCIATES LTD
300 SE 2ND ST
FT LAUDERDALE, FL 33301

CREDITOR ID: 2596-07
STILES WEST ASSOCIATES LTD
300 SE 2ND ST
FT.  LAUDERDALE, FL 33301

CREDITOR ID: 407465-99
STILES WEST ASSOCIATES, LTD
C/O BERGER SINGERMAN, PA
ATTN ARTHUR J SPECTOR, ESQ
350 E LAS OLAS BLVD, STE 1000
FORT LAUDERDALE FL 33301

CREDITOR ID: 386321-54
STILES, JOHNNY
3349 SANDY DRIVE
ZEPHYRILLS FL 33541

CREDITOR ID: 391420-55
STILES, JOHNNY
C/O: MARYANN STILES, ESQ.
MARYANN STILES PA
P.O. BOX 460
TAMPA FL 33601

CREDITOR ID: 385141-54
STILLIONS, JEFFERY
5800 LILLIAN HWY , LOT 61
PENSACOLA, FL 32506

CREDITOR ID: 390493-55
STILLIONS, JEFFERY
C/O: TIMOTHY M. O'BRIEN, ESQ.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECH
P. O. BOX 12308
316 S. BAYLEN ST.  SUITE 600
PENSECOLA FL 32581

CREDITOR ID: 387977-54
STIPP, TIFFANY
1340 AVON LANE
#9-15
NORTH LAUDERDALE, FL 33068

CREDITOR ID: 392259-55
STIPP, TIFFANY
C/O: CHRIS KEITH
THE LAW OFFICES OF CHRIS KEITH, ESQ
500 SE 6TH STREET, SUITE 101
FT LAUDERDALE FL 33301

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 373876-44<br>STIREWALT, BETTY<br>CHR DIV STORE# 2038<br>485 WINDING WAY<br>SALISBURY, NC 28147 | CREDITOR ID: 278574-24<br>STIRLING PROPERTIES<br>ATTN: DONNA TAYLOR<br>109 NORTHPARK BOULEVARD<br>SUITE 300<br>COVINGTON LA 70433 | CREDITOR ID: 387555-54<br>STIVER, LYNN<br>642 ALLGOOD ROAD<br>APT 2<br>MARIETTA GA 30060 |
| CREDITOR ID: 392056-55<br>STIVER, LYNN<br>C/O: MARK A. SEGAL, ESQ.<br>ORLANDO & KOPELMAN<br>315 WEST PONCE DE LEON AVE<br>SUITE 400<br>DECATUR GA 30030 | CREDITOR ID: 389698-54<br>STIVERS, CARROLL<br>9006 SHEVIE DRIVE<br>LOUISVILLE KY 40272 | CREDITOR ID: 393337-55<br>STIVERS, CARROLL<br>C/O: GEORGE SCHUHMANN<br>ATTORNEY AT LAW<br>235 SOUTH 5TH STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 268701-31<br>STJOHNS CNTY MAINTENANCE<br>ATTN: GARY EMMERSON<br>2740 INDUSTRY CENTER RD<br>SAINT AUGUSTINE FL 32084-0529 | CREDITOR ID: 262014-12<br>STL MIAMI<br>PO BOX 7777 W 4305<br>PHILADELPHIA, PA 19175-4305 | CREDITOR ID: 262015-12<br>STO CHARD LABS LLC<br>963 NEWARK AVENUE<br>ELIZABETH NJ 07208-3516 |
| CREDITOR ID: 262016-12<br>STOCHARD FLAVORS INC<br>PO BOX 7931<br>SHREWSBURY, NJ 07702-4148 | CREDITOR ID: 262017-12<br>STOCK BUILDING SUPPLY<br>PO BOX 939<br>PLANT CITY FL 33564-0939 | CREDITOR ID: 388755-54<br>STOCKER, LIVINGSTON<br>3228 HARRIET AVENUE<br>KEY WEST FL 33040 |
| CREDITOR ID: 262018-12<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD, SC 29649 | CREDITOR ID: 399419-99<br>STOEL RIVES LLP<br>ATTN: PETER L SLINN<br>600 UNIVERSITY ST, STE 3600<br>SEATTLE WA 98101 | CREDITOR ID: 387792-54<br>STOETZNER, WILLIAM<br>28960 GEORGE WHITE ROAD<br>HOLDEN LA 70744 |
| CREDITOR ID: 262020-12<br>STOFFEL SEALS CORPORATION<br>PO BOX 825<br>NYACK NY 10960-0825 | CREDITOR ID: 262019-12<br>STOFFEL SEALS CORPORATION<br>PO BOX 644085<br>PITTSBURGH, PA 15264-4085 | CREDITOR ID: 405629-95<br>STOFFEL SEALS CORPORATION<br>DEPT AT 49984<br>ATLANTA GA 31192-9984 |
| CREDITOR ID: 262021-12<br>STOGIES<br>DAVID PROCTOR<br>103 CANOPY COURT<br>ST SIMONS ISLAND GA 31522 | CREDITOR ID: 262022-12<br>STOKES & CLINTON PC<br>PO BOX 991801<br>MOBILE AL 36691 | CREDITOR ID: 262023-12<br>STOKES COUNTY TAX COLLECTOR<br>PO BOX 57<br>DANBURY NC 27016 |
| CREDITOR ID: 245055-12<br>STOKES, CHARLES N<br>272 CEDAR CREEK DRIVE<br>DALLAS GA 30157 | CREDITOR ID: 386507-54<br>STOKES, CHRISTOPHER<br>198 NW 30TH TERRACE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 391545-55<br>STOKES, CHRISTOPHER<br>C/O JOSEPH M MAUS, PA<br>ATTN JOSEPH M MAUS, ESQ<br>750 EAST SAMPLE ROAD, SUITE 2-102<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 407646-93<br>STOKES, JAMES<br>OFFICE OF CHARLES W MCBURNEY JR<br>ATTN: CHARLES E MCBURNEY, JR<br>6550 ST AUGUSTINE RD, STE 105<br>JACKSONVILLE FL 32217 | CREDITOR ID: 269557-18<br>STOKES, JAMES<br>7914 HASTINGS STREET<br>JACKSONVILLE FL 32220 | CREDITOR ID: 269665-19<br>STOKES, JAMES<br>C/O DELEGAL LAW OFFICES, P.A.<br>ATTN: T. A DELEGAL, III<br>424 EAST MONROE ST<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262024-12<br>STOLL KEENON & PARK LLP - HENDERSON<br>201 C NORTH MAIN ST<br>HENDERSON, KY 42420-3103 | CREDITOR ID: 262025-12<br>STOLLE MACHINERY COMPANY LLC<br>22074 NETWORK PLACE<br>CHICAGO IL 60673-1220 | CREDITOR ID: 399715-53<br>STOLLER CHEMICAL<br>WEST RAILROAD STREET<br>PELHAM GA 31779 |
| CREDITOR ID: 403190-99<br>STOLTZ MGMT OF DELAWARE INC, AGENT<br>FOR SEMORAN RETAIL LLC<br>C/O STEPHEN LEWIS, ESQ<br>725 CONSHOHOCKEN STATE RD<br>BALA CYNWYD PA 19004 | CREDITOR ID: 407249-MS<br>STOLZ, GARY<br>2075 MARY ANN LANE<br>BURLESON TX 76028 | CREDITOR ID: 262026-12<br>STOMBERG PACKAGING<br>6396 MYRTLE LANE<br>ROCKFORD, IL 61108 |
| CREDITOR ID: 262027-12<br>STONE ENTERPRISES<br>625 TREAT ST<br>FREMONT NE 68025 | CREDITOR ID: 373619-44<br>STONE, AMANDA L<br>7492 SW 42ND SW 42ND STREET<br>PALM CITY, FL 34990 | CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 247819-12<br>STONE, DEBBIE<br>PO BOX 1428<br>CAPE CANAVERAL, FL 32920 | CREDITOR ID: 407250-MS<br>STONE, GEORGE W.<br>102 JACKSON LANE<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 386620-54<br>STONE, LINDA<br>3411 US HWY 129 N<br>LAKE PARK GA 31636 |
| CREDITOR ID: 261935-12<br>STONE, STEPHANIE<br>168 DAVID COURT<br>HIRAM, GA 30141 | CREDITOR ID: 389872-54<br>STONE, VIRGINIA<br>2700 MOORE AVE.<br>ANNISTON, AL 36201 | CREDITOR ID: 393411-55<br>STONE, VIRGINIA<br>C/O: SCOTT F. STEWART, ESQUIRE<br>CALLIS, STOVER, STEWART & PHILLIPS<br>CHURCH STREET PROFESSIONAL CTR<br>101  CHURCH STREET<br>RAINBOW CITY AL 35906 |
| CREDITOR ID: 262028-12<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ONE BUCKHEAD PLAZA   STE 1855<br>ATLANTA, GA 30305 | CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA, GA 30305 | CREDITOR ID: 380994-47<br>STONEHEDGE FARMS<br>C/O MUNCY HOMES INC<br>ATTN WILLIAM F HUBER, SEC/TREAS<br>1567 PA RT 442 NWY<br>MUNCY PA 17756 |
| CREDITOR ID: 262029-12<br>STONES ENVIRONMENTAL SOLUTIONS<br>8215 WEST FRANKLIN STREET<br>MT PLEASANT NC 28124 | CREDITOR ID: 262030-12<br>STONEWALL PLUMBING<br>PO BOX 181<br>YAZOO CITY, MS 39194 | CREDITOR ID: 385287-54<br>STONEY, ARKEDRA<br>279 ROSS RD<br>TALLAHASSEE, FL 32301 |
| CREDITOR ID: 390595-55<br>STONEY, ARKEDRA<br>C/O: PAUL HARTSFIELD, JR<br>PAUL F. HARTSFIELD, JR P.A.<br>4913 NORTH MONROE STREET<br>TALLAHASSEE FL 32303 | CREDITOR ID: 400230-85<br>STONEY, ARKEDRA (MINOR)<br>C/O JACQUELINE J. BIRD, ATTORNEY AT LAW<br>JACQUELINE J. BIRD, ATTORNEY AT LAW<br>128 SALEM COURT<br>TALLAHASSEE FL 32301 | CREDITOR ID: 262031-12<br>STONIER TRANSPORTATION GROUP<br>PO BOX 2121<br>MEMPHIS, TN 38159 |
| CREDITOR ID: 405630-95<br>STONIER TRANSPORTATION GROUP<br>3131 ST JOHNS BLUFF RD<br>JACKSONVILLE FL 32246 | CREDITOR ID: 387989-54<br>STONUM, QUANZA<br>HCR 32 BOX 35<br>EVERGREEN, AL 36401 | CREDITOR ID: 262032-12<br>STONY GAP WHOLESALE CO<br>PO BOX 1016<br>ALBEMARLE, NC 28001 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262033-12<br>STONYFIELD FARM INC<br>ATTN KIMBERLY A QUINN, CR MGR<br>PO BOX 845569<br>BOSTON, MA 02284-5569 | CREDITOR ID: 405631-95<br>STONYFIELD FARM INC<br>PO BOX 9612<br>MANCHESTER NH 03108-9612 | CREDITOR ID: 262034-12<br>STORAGE TECHNOLOGY CORP<br>PO BOX 99600<br>CHICAGO, IL 60690 |
| CREDITOR ID: 262035-12<br>STORAGE TECHNOLOGY CORPORATION<br>PO BOX 531620<br>ATLANTA GA 30353-1620 | CREDITOR ID: 382155-51<br>STORAGETEK<br>5390 TRIANGLE PARKWAY, SUITE 300<br>NORCROSS, GA 30092 | CREDITOR ID: 262036-12<br>STORAGETEK FINANCIAL SERVICES<br>PO BOX 1187<br>ENGLEWOOD, CO 80150-1187 |
| CREDITOR ID: 405632-95<br>STORAGETEK FINANCIAL SERVICES<br>PO BOX 371106<br>PITTSBURGH PA 15251 | CREDITOR ID: 278767-28<br>STORAGETEK FINANCIAL SERVICES CORP<br>ATTN: BRIAN GREENE<br>2270 SOUTH 88TH STREET<br>LOUISVILLE, CO 80028 | CREDITOR ID: 377222-44<br>STORCK USA LP<br>PO BOX 70198<br>CHICAGO, IL 60673 |
| CREDITOR ID: 262037-12<br>STORCK USA LP<br>ATTN SUZIE TALTZ, CC SPV<br>1451 MOMENTUM PLACE<br>CHICAGO, IL 60689-5314 | CREDITOR ID: 397955-76<br>STORE #532<br>1300 MONTGOMERY HWY.<br>VESTAVIA, AL 35216 | CREDITOR ID: 269558-18<br>STORE #532<br>1300 MONTGOMERY HWY.<br>VESTAVIA AL 35216 |
| CREDITOR ID: 397951-76<br>STORE 609 -CHILD LABOR INV.<br>802 US HWY 27S<br>AVON  PARK, FL 33825 | CREDITOR ID: 398015-76<br>STORE NO. 882<br>6489 PLEASANT STREET<br>FAYETTEVILLE, NC 28302 | CREDITOR ID: 262038-12<br>STORE ROOM FASTENERS<br>PO BOX 210275<br>MONTGOMERY AL 36121-0275 |
| CREDITOR ID: 381040-47<br>STORE SERVICES INC<br>11708 US 92 EAST<br>SEFFNER, FL 33584 | CREDITOR ID: 262039-12<br>STOREY TRUCKING CO<br>PO BOX 126<br>HENAGAR AL 35978 | CREDITOR ID: 263107-12<br>STOREY, TIMOTHY<br>14134 US 19 NORTH<br>HUDSON, FL 34667 |
| CREDITOR ID: 386371-54<br>STORIALE, ANTHONY<br>59 OHIO ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 391454-55<br>STORIALE, ANTHONY<br>C/O: KENNETH EHRLICH, ESQ.<br>WILLIAMS &  EHRLICH, P.A.<br>917 NORTH DIXIE HIGHWAY<br>LAKE WORTH FL 33460 | CREDITOR ID: 381542-47<br>STORMS, ROBERT E*<br>JAX DIV129<br>905 DELCIE RD<br>ST  AUGUSTINE FL 32086 |
| CREDITOR ID: 381281-47<br>STORMWATER & ENVIRONMENTAL MAINTENANCE<br>6753 THOMASVILLE RD<br>STE 108-112<br>TALLAHASSEE, FL 32312 | CREDITOR ID: 385681-54<br>STORR, VENDA<br>406 JULIA ST<br>KEY WEST, FL 33040 | CREDITOR ID: 390962-55<br>STORR, VENDA<br>C/O: MANUEL E. GARCIA, P.A.<br>LAW OFFICES OF MANUEL E. GARCIA, P.A.<br>515 WHITEHEAD ST.<br>KEY WEST FL 33040 |
| CREDITOR ID: 262041-12<br>STOTT BOLT & SUPPLY CO<br>BOX 37120<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 389604-54<br>STOUT, LOUISE<br>ROUTE 4 BOX 1446<br>MADISON, FL 32340 | CREDITOR ID: 387102-54<br>STOVAL, TANYA<br>174 MANSON DR.<br>HAYNEVILLE AL 36040 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 394299-56
STOVALL, PHILLIP R
129 WEAVER JONES RD
RUTLEDGE GA 30663

CREDITOR ID: 400059-84
STOVALL, TANYA
174 MASON DRIVE
HAYNEVILLE AL 36040

CREDITOR ID: 278952-30
STOVEL-SIEMON LIMITED
R R #5
MITCHELL, ON N0K 1N0
CANADA

CREDITOR ID: 407251-MS
STOVER, THOMAS P
1217 MORNINGSIDE MEADOW LANE
MATTHEWS NC 28104

CREDITOR ID: 262043-12
STPH DBA FAMILY MEDICAL CLINIC
PO BOX 54045
NEW ORLEANS LA 70154-4045

CREDITOR ID: 279095-32
STRADLEY RONON STEVENS & YOUNG LLP
ATTN: MARK J. DORVAL, ESQ.
2600 ONCE COMMERCE SQUARE
PHILADELPHIA PA 18103-7098

CREDITOR ID: 262044-12
STRAIGHT ARROW PRODUCTS
PO BOX 20350
LEHIGH VALLEY, PA 18002-0350

CREDITOR ID: 243916-12
STRAILY, BRENDA
1301 CECLIA AVENUE
TAMPA FL 33613

CREDITOR ID: 392734-55
STRAIN, HOBSON L
C/O: MICHAEL A. KAISER
MICHAEL A. KAISER, P.A.
6565 TAFT STREET
STE 204
HOLLYWOOD FL 33024

CREDITOR ID: 388726-54
STRAIN, HOBSON L
1221 EDGEWOOD DRIVE
LAKELAND FL 33803

CREDITOR ID: 262045-12
STRANGE BROS
PO BOX 7
4320 WADE HAMPTON BLVD
TAYLORS SC 29687

CREDITOR ID: 373655-44
STRANGE, AMY
136 WEDGEWOOD PLACE
SPARTANBURG, SC 29302

CREDITOR ID: 388353-54
STRANGE, AUDREY
206 SHASTA STREET
PANAMA CITY BEACH, FL 32413

CREDITOR ID: 392453-55
STRANGE, AUDREY
C/O MATTHEWS & HAWKINS, PA
ATTN RICHARD A KRAUSE, ESQ
35 CLAYTON LANE
SANTA ROSA BEACH FL 32459

CREDITOR ID: 262046-12
STRAPEX USA
75 REMITTANCE DRIVE SUITE 1050
CHICAGO IL 60675-1050

CREDITOR ID: 262047-12
STRASBURGER & SIEGEL INC
7249 NATIONAL DRIVE
HANOVER, MD 21076

CREDITOR ID: 407643-15
STRASBURGER, RAYMOND T & TERESA L
7809 BANKERS DRIVE
FAYETTEVILLE NC 28311-7413

CREDITOR ID: 262048-12
STRATE WELDING SUPPLY CO, INC
ATTN W E STRAYE, VP
PO BOX 37330
JACKSONVILLE, FL 32236-7330

CREDITOR ID: 262049-12
STRATEGIC EQUIPMENT AND SUPPLY CORP
DEPT AT 49998
ATLANTA, GA 31192-9998

CREDITOR ID: 262050-12
STRATEGIC SYSTEMS INC
905 LOTUS LANE S
JACKSONVILLE, FL 32259

CREDITOR ID: 269357-16
STRATESEC, INC.
C/O JAMES P. RYAN
O'CONNOR & HANNAN, LLP
1666 K STREET NW, SUITE 500
WASHINGTON, DC 20006-2803

CREDITOR ID: 262051-12
STRATIX
30 TECHOLOGY PARKWAY SOUTH
SUITE 500
NORCROSS GA 30092

CREDITOR ID: 262052-12
STRAWBERRY TRANSPORT
PO BOX 1341
GILMER TX 75644

CREDITOR ID: 268702-31
STREET & SANITATION DEPARTMENT
ATTN: RODNEY LANGLEY
302 SANDERS ST
DARLINGTON SC 29532-3829

CREDITOR ID: 268703-31
STREET ADDRESS INFORMATION
ATTN: AL GREEN
1070 HECKLE BLVD # A-5
ROCK HILL SC 29732-2853

CREDITOR ID: 2339-07
STREET, JUDY
301 IVANHOE DRIVE
JOHNSON CITY TN 37601

CREDITOR ID: 388213-54
STREETER, JIM
9831 ELM WAY
TAMPA FL 33635

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 386276-54<br>STREETMAN, GLENDA<br>1333 BUD WALT RD<br>HIAWASSEE GA 30546 | CREDITOR ID: 391394-55<br>STREETMAN, GLENDA<br>C/O: GUY SMITH, ESQ.<br>SMITH & FEDDELER, P.A.<br>P.O. DRAWER 1089<br>LAKELAND FL 33802 | CREDITOR ID: 268704-31<br>STREETS OF THRNBURY PK HMWNERS<br>ATTN: MIKE KILGALLON<br>5755 DUPREE DR NW STE 130<br>ATLANTA GA 30327-4352 |
| CREDITOR ID: 388301-54<br>STREICHER, PEARL<br>8477 N. LINWOOD LOOP<br>CITRUS SPRINGS FL 34433 | CREDITOR ID: 407252-MS<br>STREMPEL JR., EDWARD P.<br>401 ARROWHEAD DR.<br>MONTGOMERY AL 36117 | CREDITOR ID: 262053-12<br>STREVA DIST CO BEER<br>4512 WEST ADMIRAL DOYLE<br>NEW IBERIA, LA 70560 |
| CREDITOR ID: 262054-12<br>STRIBLING VANDERFIN & ASSOC LLC<br>3450 VIA REAL<br>CARPINTERIA CA 93013 | CREDITOR ID: 389817-54<br>STRIBLING, DEBBIE<br>507 CEDAR AVENUE<br>FREEPORT FL 32439 | CREDITOR ID: 262055-12<br>STRICKLAND SAUCE COMPANY<br>PO BOX 6587<br>ATHENS, GA 30604 |
| CREDITOR ID: 407253-MS<br>STRICKLAND, BEDFORD J.<br>P.O. BOX 2947<br>HUNTSVILLE AL 34804 | CREDITOR ID: 407254-MS<br>STRICKLAND, GORDON<br>71 CILEWOOD COURT<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 389194-54<br>STRICKLAND, JOSH<br>29807 PO RD<br>HILLIARD, FL 32046 |
| CREDITOR ID: 393055-55<br>STRICKLAND, JOSH<br>C/O: BRANDY HATCH<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 393108-55<br>STRICKLAND, SANDRA D<br>C/O LAW OFFICES OF BURNETTE, PA<br>ATTN M J LOPEZ/ R R AYRES, II, ESQS<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 | CREDITOR ID: 389278-54<br>STRICKLAND, SANDRA D<br>409 NORTH 8TH AVENUE<br>WAUCHULA FL 33873 |
| CREDITOR ID: 262056-12<br>STRICKLANDS LOCK & KEY LOCKSMITH<br>302 E MAIN STREET<br>WALHALLA, SC 29691 | CREDITOR ID: 256378-12<br>STRICKLIN, MIKE<br>1439 TWP RD 563<br>ASHLAND, OH 44805 | CREDITOR ID: 385510-54<br>STRICKLING, VENUS<br>2370 NW 171ST STREET<br>OPA LOCKA, FL 33055 |
| CREDITOR ID: 390809-55<br>STRICKLING, VENUS<br>C/O: JONAH M. WOLFSON, ESQUIRE<br>VALLE, CRAIG, SIOLI, ET AL<br>9155 SOUTH DADELAND BOULEVARD<br>SUITE 1000<br>MIAMI FL 33156 | CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 | CREDITOR ID: 394279-56<br>STRINGER, NORA<br>306 COLUMBIA PURVIS ROAD<br>COLUMBIA MS 39429 |
| CREDITOR ID: 388117-54<br>STRINGFELLOW, PAT<br>2466 NOAH VALLEY ROAD<br>JACKSONVILLE AL 36265 | CREDITOR ID: 262057-12<br>STRIVE LOGISTICS<br>1932 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1932 | CREDITOR ID: 262058-12<br>STROBEL OIL & TIRE COMPANY<br>1101 NORTH MAIN STREET<br>SUMMERVILLE, SC 29483 |
| CREDITOR ID: 262059-12<br>STROM PRODUCTS<br>PO BOX 5940<br>DEPARTMENT 20 1020<br>CAROL STREAM, IL 60197-5940 | CREDITOR ID: 405634-95<br>STROM PRODUCTS<br>DEPT 77-94351<br>CHICAGO IL 60678-4351 | CREDITOR ID: 262060-12<br>STROMBECKER CORP<br>PO BOX 1484<br>CHICAGO IL 60674-1484 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262061-12<br>STROMQUIST & COMPANY INC<br>PO BOX 724688<br>ATLANTA, GA 31139 | CREDITOR ID: 262063-12<br>STRONG COMMUNICATIONS<br>901 CENTRAL FLORIDA PKWY<br>SUITE A<br>ORLANDO, FL 32824 | CREDITOR ID: 262062-12<br>STRONG COMMUNICATIONS<br>1950 EISENHOWER BLVD<br>FORT LAUDERDALE, FL 33316 |
| CREDITOR ID: 382250-51<br>STROTHER, JUSTIN<br>1809 MANCHESTER WAY<br>CORINTH, TX 76210 | CREDITOR ID: 395411-64<br>STROTHER, JUSTIN D.<br>1712 LOCHAMY LANE<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 407255-MS<br>STROTHERS, JUSTIN D.<br>1712 LOCHAMY LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 262064-12<br>STROUD SECURITY SYSTEMS INC<br>PO BOX 20157<br>WACO, TX 76702-0157 | CREDITOR ID: 390218-54<br>STROUD, CYNTHIA<br>9363 DUBOIS BLVD<br>ORLANDO FL 32825 | CREDITOR ID: 393653-55<br>STROUD, CYNTHIA<br>C/O: SEAN CROSBY, ESQ.<br>PARRISH & SMCKEL PA<br>790 N ORANGE AVE<br>ORLANDO FL 32801 |
| CREDITOR ID: 385581-54<br>STROUD, JESSICA (MINOR)<br>P.O. BOX 1236<br>HILLIARD, FL 32046 | CREDITOR ID: 390876-55<br>STROUD, JESSICA (MINOR)<br>C/O: ROBERT POGACHNIK<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388042-54<br>STROUD, SABRINA<br>1338 LYNFORD DRIVE<br>ATLANTA, GA 30310 |
| CREDITOR ID: 388042-54<br>STROUD, SABRINA<br>C/O LAW OFFICE OF SIDNEY A ROBBINS<br>ATTN SIDNEY A ROBBINS, ESQUIRE<br>196 PEACHTREE STREET SW, SUITE 308<br>ATLANTA GA 30303 | CREDITOR ID: 392316-55<br>STROUD, SABRINA<br>C/O: SIDNEY ROBBINS<br>LAW OFFICES OF SIDNEY ROBBINS<br>196 PEACHTREE STREET<br>ATLANTA GA 30303 | CREDITOR ID: 393475-55<br>STROUD, SHELBY (MINOR)<br>C/O: MICHAEL M. NOONE<br>GOLDBERG, RACILA, SICO & NOONE, LLC<br>1533 HENDRY STREET, STE 100<br>FORT MEYERS FL 33901 |
| CREDITOR ID: 389943-54<br>STROUD, SHELBY (MINOR)<br>3750 WOODHOLM DRIVE<br>PUNTA GORDA, FL 33982 | CREDITOR ID: 407256-MS<br>STROUD, SHERRY C<br>7110 A HWY 96N<br>SELMA NC 27576 | CREDITOR ID: 262065-12<br>STRUCTURAL CONCEPTS CORP<br>DEPT 077500 PO BOX 77000<br>DETROIT, MI 48277-0500 |
| CREDITOR ID: 405635-95<br>STRUCTURAL CONCEPTS CORP<br>888 PORTER RD<br>MUSKEGON MI 49441-5895 | CREDITOR ID: 262066-12<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>PO BOX 60253  LB ACCT13-0000211<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 407561-15<br>STRUDWICK, LINDA<br>21 FITZJAMES AVENUE<br>LONDON  W14 0RP<br>UNITED KINGDOM | CREDITOR ID: 407685-93<br>STRZELECKI, MITCHELL<br>6038 W PATERSON AVE<br>CHICAGO IL 60646 | CREDITOR ID: 407628-15<br>STUART B KROST, MD, PA<br>ATTN CRYSTAL GENOVESE, AR<br>3618 LANTANA ROAD, SUITE 201<br>LAKE WORTH FL 33462 |
| CREDITOR ID: 262067-12<br>STUART C IRBY CO<br>PO BOX 11407<br>DRAWER 368<br>BIRMINGHAM AL 35246-0368 | CREDITOR ID: 262068-12<br>STUART F BARRETT<br>2677 OLD BAINBRIGE ROAD<br># 1435<br>TITUSVILLE FL 32303 | CREDITOR ID: 278953-30<br>STUART FINANCIAL CORP<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.
**CASE:** 05-03817-3F1

CREDITOR ID: 262070-12
STUART NEWS
PO BOX 9009
STUART, FL 34995

CREDITOR ID: 262896-12
STUART NEWS, THE
1939 S FEDERAL HWY
STUART, FL 34994

CREDITOR ID: 406161-15
STUART NEWS, THE
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES AGENT
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 382249-51
STUBBS, KEVIN
2805 PEBBLEWOOD LANE
ORANGE PARK, FL 32225

CREDITOR ID: 385503-54
STUBBS-LEWIS, DENICE
187TH STREET
CAROL CITY, FL 33055

CREDITOR ID: 390803-55
STUBBS-LEWIS, DENICE
C/O: JEFF WAXMAN
FEINBERG & WAXMAN
9830 N. E. 2ND AVENUE
MIAMI SHORES FL 33138

CREDITOR ID: 407257-MS
STUCKER, GERALD R.
146 PLANTATION DR.
SHELBYVILLE KY 40065

CREDITOR ID: 387021-54
STUCKEY, CELESTE D
P.O. BOX 1035
MASCOTTE FL 34753

CREDITOR ID: 407258-MS
STUCKEY, JAMES R.
4746 OUTLOOK WAY
MARIETTA GA 30066

CREDITOR ID: 407259-MS
STUCKLEY, ELIZABETH A.
534 LAUREL GROVE LANE
ORANGE PARK FL 32073

CREDITOR ID: 262071-12
STUDIOCITY
1944 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 262072-12
STUDIOPLUS # 23
5115 CARMICHAEL RD
MONTGOMERY AL 36106-3341

CREDITOR ID: 388109-54
STUDSTILL, WARREN
9240 HONEYWELL ROAD
LAKE WORTH FL 33467

CREDITOR ID: 390145-54
STULSKY, MARCIA
300 OLIVE ST
SPRING LAKE, NC 28390

CREDITOR ID: 403263-92
STURDIVANT, LAURA
500 ORCHID ROAD
BIRMINGHAM AL 35215

CREDITOR ID: 381408-47
STURDIVANT, LAURA
ORL DIV STORE# 656
7414 3RD AVE NW
BRADENTON FL 34209

CREDITOR ID: 407260-MS
STURGILL, HARLEY NELSON
2230 WINDING CREEK LANE
JACKSONVILLE FL 32216

CREDITOR ID: 407261-MS
STURGILL, RICHARD N.
2612 TUNBRIDGE LANE
ST. AUGUSTINE FL 32092

CREDITOR ID: 262073-12
STURM & SONS
PO BOX 287
MANAWA WI 54949-0287

CREDITOR ID: 262074-12
STURM FOODS
BOX 88378
MILWAUKEE, WI 53288-0378

CREDITOR ID: 407505-97
STURM FOODS INC
ATTN: ROBERT C RUEGGER
215 CENTER STREET
PO BOX 287
MANAWA WI 54949

CREDITOR ID: 403436-15
STURM FOODS, INC
ATTN SHEILA D PAIROLERO
PO BOX 287
MANAWA WI 54949

CREDITOR ID: 262075-12
STW HOLDINGS LLC
1140 NE 163RD STREET
SUITE 28
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 1902-07
STW HOLDINGS LLC
1140 NE 163RD STREET, STE 28
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 242401-12
STYLES, ANISSA D
310 WESTWOOD PL #4
AUSTELL GA 30168

CREDITOR ID: 262076-12
STYLETTE
PO BOX 711732
COLUMBUS OH 43271-1732

CREDITOR ID: 262077-12
SUANNA L HELTON
4619 COUNTY ROAD 118
WILDWOOD FL 34785

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385411-54<br>SUAREZ, DULCE<br>2572 W 72ND PLACE<br>HIALEAH, FL 33016 | CREDITOR ID: 390718-55<br>SUAREZ, DULCE<br>C/O: RONALD RODMAN, ESQ<br>FRIEDMAN & RODMAN & FRANK, P.A.<br>3636 WEST FLAGLER ST.<br>MIAMI FL 33135 | CREDITOR ID: 394082-56<br>SUAREZ, JOSE L<br>31219 HIBISCUS DRIVE<br>BIG PINE KEY FL 33043 |
| CREDITOR ID: 387086-54<br>SUAREZ, MARISELA<br>840 SW 129THE PL<br>#205<br>MIAMI FL 33184 | CREDITOR ID: 406143-15<br>SUAREZ, MICHELLE<br>C/O ROSEN & CHALIK, PA LAW OFFICES<br>ATTN JASON CHALIK, ESQ<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 | CREDITOR ID: 389643-54<br>SUAREZ, MICHELLE T<br>19020 NW 27TH AVENUE, APT 303<br>OPA-LOCKA, FL 33056 |
| CREDITOR ID: 389753-54<br>SUAREZ, MIGUEL<br>6024 SW 8TH STREET<br>#214<br>MIAMI FL 33144 | CREDITOR ID: 393372-55<br>SUAREZ, MIGUEL<br>C/O: MARIO TRESPALACIOS<br>MARIO TRESALACIOS PA<br>7500 SOUTHWEST EIGHTH STREET<br>SUITE 104<br>MIAMI FL 33144 | CREDITOR ID: 385930-54<br>SUAREZ, MIRIAM<br>1542 NW 17 TERRACE<br>HOMESTEAD, FL 33030 |
| CREDITOR ID: 391165-55<br>SUAREZ, MIRIAM<br>C/O: ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 262078-12<br>SUB WALKER CONTRACTING CO INC<br>12610 HILLARD JENKINS ROAD<br>LOXLEY, AL 36551 | CREDITOR ID: 381059-47<br>SUB ZERO AIR CONDITIONING &REFRIGERATION<br>6003 PENINSULAR AVE<br>KEY WEST, FL 33040 |
| CREDITOR ID: 262080-12<br>SUB ZERO DRY ICE INC<br>PO BOX 160418<br>MIAMI FL 33116 | CREDITOR ID: 262081-12<br>SUB ZERO INC<br>ATTN DEE R EGGERS<br>6003 PENINSULAR AVE<br>KEY WEST FL 33040 | CREDITOR ID: 387058-54<br>SUBBS, EDDIE<br>PO BOX 19<br>PLYMOUTH FL 32768 |
| CREDITOR ID: 268705-31<br>SUBDIVISIONS FLOOD ZONE LETTER<br>ATTN: DARRELL WILLIAMSON<br>915 JACKSON ST<br>ALEXANDRIA LA 71301-7658 | CREDITOR ID: 262082-12<br>SUBURBAN HOTEL OF ATHENS<br>2044 SOUTH MILLEDGE DRIVE<br>ATHENS GA 30605 | CREDITOR ID: 883-03<br>SUBURBAN PROPANE<br>BRUDIES ROAD<br>BRATTLEBORO VT 05304 |
| CREDITOR ID: 403515-93<br>SUBURBAN PROPANE<br>ATTN: MS. SANDY SWICKEL, ESQ.<br>1 SUBURBAN PLAZA, 240 ROUTE 10 WEST<br>PO BOX 206<br>WHIPPANY NJ 07981 | CREDITOR ID: 262106-12<br>SUBURBAN PROPANE<br>PO BOX 5368<br>13030 US HWY 19<br>HUDSON, FL 34674-5368 | CREDITOR ID: 262105-12<br>SUBURBAN PROPANE<br>PO BOX 459<br>TIMMONSVILLE, SC 29161-0459 |
| CREDITOR ID: 262104-12<br>SUBURBAN PROPANE<br>PO BOX 2770<br>HOMOSASSA SPRINGS, FL 34447 | CREDITOR ID: 262103-12<br>SUBURBAN PROPANE<br>PO BOX 1940<br>BOONE NC 28607-1940 | CREDITOR ID: 262102-12<br>SUBURBAN PROPANE<br>PO BOX 1837<br>HARTSVILLE, SC 29551 |
| CREDITOR ID: 262101-12<br>SUBURBAN PROPANE<br>PO BOX 15188<br>WILMINGTON NC 28408 | CREDITOR ID: 262100-12<br>SUBURBAN PROPANE<br>PO BOX 1052<br>106 W MAIN STREET<br>DILLION SC 29536-1052 | CREDITOR ID: 262099-12<br>SUBURBAN PROPANE<br>HIGHWAY U S 460 & 15 WEST<br>PO BOX 262<br>FARMVILLE, VA 23901 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262098-12<br>SUBURBAN PROPANE<br>775 BELLEAIR ROAD<br>CLEARWATER, FL 33756-2198 | CREDITOR ID: 262097-12<br>SUBURBAN PROPANE<br>726 CATHERINE STREET<br>KEY WEST FL 33040 | CREDITOR ID: 262096-12<br>SUBURBAN PROPANE<br>700 SOUTH STATE STREET<br>UNIT# 2<br>BUNNELL FL 32110 |
| CREDITOR ID: 262095-12<br>SUBURBAN PROPANE<br>6834 GALL BLVD<br>ZEPHYRHILLS, FL 33541-2513 | CREDITOR ID: 262094-12<br>SUBURBAN PROPANE<br>6160 SW SR 200 SUITE 105<br>OCALA FL 34476 | CREDITOR ID: 262093-12<br>SUBURBAN PROPANE<br>5618 E POWATTAN AVE<br>TAMPA, FL 33612 |
| CREDITOR ID: 262092-12<br>SUBURBAN PROPANE<br>518 S 6TH AVE<br>WAUCHULA, FL 33873 | CREDITOR ID: 262091-12<br>SUBURBAN PROPANE<br>4692 HWY 17 BYPASS SOUTH<br>MYRTLE BEACH, SC 29588 | CREDITOR ID: 262090-12<br>SUBURBAN PROPANE<br>ATTN: TIMOTHY W C, CSC MGR<br>412 S MAIN STREET<br>WILDWOOD, FL 34785-4531 |
| CREDITOR ID: 262088-12<br>SUBURBAN PROPANE<br>2746 HIGHWAY 72 EAST<br>ABBEVILLE, SC 29620 | CREDITOR ID: 262087-12<br>SUBURBAN PROPANE<br>2531 ANDALUSIA BLVD<br>CAPE CORAL FL 33909 | CREDITOR ID: 262086-12<br>SUBURBAN PROPANE<br>1491 NORTHEAST 130TH STREET<br>NORTH MIAMI, FL 33161 |
| CREDITOR ID: 262085-12<br>SUBURBAN PROPANE<br>1351 N HIGHWAY 1<br>TITUSVILLE, FL 32796-2162 | CREDITOR ID: 262084-12<br>SUBURBAN PROPANE<br>1333 BERRYHILL RD<br>CHARLOTTE NC 28208-4009 | CREDITOR ID: 262083-12<br>SUBURBAN PROPANE<br>1203 W MEMORIAL BLVD<br>LAKELAND, FL 33815-1226 |
| CREDITOR ID: 262109-12<br>SUBURBAN PROPANE<br>US HWY 90 WEST<br>PO BOX 1977<br>QUINCY, FL 32353-1977 | CREDITOR ID: 262108-12<br>SUBURBAN PROPANE<br>PO BOX 88<br>DELAND, FL 32720-0088 | CREDITOR ID: 262107-12<br>SUBURBAN PROPANE<br>PO BOX 856<br>TALLEVAST, FL 34270-0856 |
| CREDITOR ID: 262110-12<br>SUBURBAN PROPANE COURTLAND<br>PO BOX 466<br>COURTLAND VA 23837-0466 | CREDITOR ID: 262111-12<br>SUBURBAN PROPANE GAINESVILLE<br>PO BOX 1034<br>GAINESVILLE, FL 32602-1034 | CREDITOR ID: 262112-12<br>SUBURBAN PROPANE MARION<br>414 EAST COURT ST<br>PO BOX 940<br>MARION NC 28752 |
| CREDITOR ID: 262113-12<br>SUBURBAN PROPANE, ASHEVILLE<br>12 E MULVANEY STREET<br>ASHEVILLE NC 28803-1404 | CREDITOR ID: 262114-12<br>SUBURBAN PROPANE, CHESTER<br>PO BOX 81<br>CHESTER, SC 29706-0081 | CREDITOR ID: 262115-12<br>SUBURBAN PROPANE, LAURENS<br>GREENWOOD HIGHWAY<br>LAURENS, SC 29360-0405 |
| CREDITOR ID: 262116-12<br>SUBURBAN TOWING & RECOVERY<br>PO BOX 19049<br>1006 INDUSTRIAL BLVD<br>LOUISVILLE KY 40259-9049 | CREDITOR ID: 393688-58<br>SUBWAY<br>ESCROW ACCOUNT FOR SUBWAY SUBLEASES<br>325 BIC DRIVE<br>MILFORD, CT 06460 | CREDITOR ID: 403441-15<br>SUDDATH VAN LINES<br>ATTN CHRISTINE VALLES<br>5266 HIGHWAY AVE<br>JACKSONVILLE FL 32247 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262117-12<br>SUDDUTH PLUMBING<br>121 ELM STREET<br>CLARKSDALE MS 38614 | CREDITOR ID: 262118-12<br>SUE A SMITH<br>181 LAND MARK DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 240674-06<br>SUE BAKE ROAN LICENSE COMMISSION<br>P O BOX 668<br>DECATUR AL 35602 |
| CREDITOR ID: 262120-12<br>SUE BROWN<br>109 BEN FRANKLIN CIRCLE<br>MADISON AL 35758 | CREDITOR ID: 262121-12<br>SUE MITCHELL<br>PO BOX 1074<br>HARTWELL GA 30643 | CREDITOR ID: 262122-12<br>SUE S RISNER<br>415 S PINE STREET<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 389843-54<br>SUELZNER, BERTHA<br>6403 BALLEJO CT. SOUTH<br>JACKSONVILLE FL 32210 | CREDITOR ID: 387704-54<br>SUFFERN, DARRIEN J<br>1000 BROWARD ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 262124-12<br>SUFFOLK COUNTY SCU<br>PO BOX 15347<br>ALBANY, NY 12212-5347 |
| CREDITOR ID: 262125-12<br>SUGAR CANE GROWERS<br>1500 WEST SUGAR HOUSE ROAD<br>BELLE GLADE, FL 33430 | CREDITOR ID: 381068-47<br>SUGAR CREEK PACKING CO<br>DEPT 546<br>COLUMBUS, OH 43265-0546 | CREDITOR ID: 278954-30<br>SUGAR FOODS CORPORATION<br>PO BOX CS198372<br>ATLANTA, GA 30384-0001 |
| CREDITOR ID: 262128-12<br>SUGAR SUPPLY INC SSI PETROLEUM<br>PO BOX 1360<br>BELLE GLADE FL 33430-6360 | CREDITOR ID: 262129-12<br>SUGARLAND ELEMENTARY<br>2403 JEFFERSON ISLAND RD<br>NEW IBERIA, LA 70560 | CREDITOR ID: 262130-12<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DR SUITE 301<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 301<br>DEERFIELD  BEACH, FL 33441 | CREDITOR ID: 380949-47<br>SUGIYO USA INC<br>PO BOX 468<br>ANACORTES, WA 98221 | CREDITOR ID: 262131-12<br>SUGIYO USA INC<br>ATTN D B STEPHENSON, DIRECTOR<br>PO BOX 468<br>ANACORTES, WA 98221 |
| CREDITOR ID: 389873-54<br>SUIRE, HELEN<br>1011 HENRY RD<br>MORSE, LA 70559 | CREDITOR ID: 393413-55<br>SUIRE, HELEN<br>C/O: PETER SAVOY<br>SAVOY LAW OFFICE<br>700 POINCIAN AVE. STE A<br>MAMOU LA 70554 | CREDITOR ID: 390305-54<br>SUIRE, WALYN<br>C/O THOMAS R HIGHTOWER, JR, APLC<br>ATTN WADE KEE, ESQUIRE<br>1019 LAFAYETTE STREET<br>PO BOX 51288<br>LAFAYETTE LA 70505 |
| CREDITOR ID: 390305-54<br>SUIRE, WALYN<br>1305 N STATE ST<br>ABBEVILLE, LA 70510 | CREDITOR ID: 391831-55<br>SUIRE, WALYN<br>C/O THOMAS R HIGHTOWER JR ESQ<br>LAW OFFICES OF T HIGHTOWER JR PA<br>PO DRAWER 51288<br>LAFAYETTE LA 70505 | CREDITOR ID: 268706-31<br>SULA EXPORT IMPORT<br>ATTN: RONALD J WEIZENBLUT<br>4260 SW 156TH PL<br>MIAMI FL 33185-5241 |
| CREDITOR ID: 268707-31<br>SULLIVAN COUNTY LAND USE<br>ATTN: TIMOTHY EARLES<br>3411 HIGHWAY 126 STE 30<br>BLOUNTVILLE TN 37617-4564 | CREDITOR ID: 262132-12<br>SULLIVAN COUNTY SCU<br>PO BOX 15348<br>ALBANY, NY 12212-5348 | CREDITOR ID: 262134-12<br>SULLIVAN ENVIROMENTAL SERVICES<br>PO BOX 9001796<br>LOUISVILLE, KY 40290-1796 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                           **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2949-04<br>SULLIVAN SERVICES<br>425 GEORGIA HIGHWAY 252<br>VIDALIA GA 30474 | CREDITOR ID: 262135-12<br>SULLIVAN WHOLESALE<br>PO BOX 35087<br>FAYETTEVILLE, NC 28303-0087 | CREDITOR ID: 385633-54<br>SULLIVAN, ANN V<br>8820 NW 3RD ST<br>PEMBROKE PINES, FL 33024 |
| CREDITOR ID: 243537-12<br>SULLIVAN, BILLY<br>409 BREAM LANE<br>SODDY DAISY TN 37379 | CREDITOR ID: 243538-12<br>SULLIVAN, BILLY D<br>PO BOX 238<br>COLLINS, MS 39428 | CREDITOR ID: 403040-89<br>SULLIVAN, MARSHALL<br>4455A PALMA VALLEY RD.<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 407262-MS<br>SULLIVAN, MARSHALL<br>PO BOX 248<br>GRANDIN FL 32138 | CREDITOR ID: 389792-54<br>SULLIVAN, MARTIN<br>1504 CLAYTON RD<br>JACKSONVILLE FL 32254 | CREDITOR ID: 376222-44<br>SULLIVAN, MICHAEL<br>POM DIV STORE# 728<br>4809 BLUEFISH CT #253<br>FT MYERS, FL 33919 |
| CREDITOR ID: 256274-12<br>SULLIVAN, MICHAEL W<br>1104 OPEL AVENUE<br>COLUMBUS GA 31907 | CREDITOR ID: 386002-54<br>SULLIVAN-WARD, LINDA<br>2088 GLENDALE DRIVE<br>DECATUR, GA 30032 | CREDITOR ID: 391221-55<br>SULLIVAN-WARD, LINDA<br>C/O: BENJAMIN TERRY<br>312 CROSSTOWN ROAD, SUITE 355<br>PEACHTREE CITY GA 30269 |
| CREDITOR ID: 262136-12<br>SULLY M HULIN<br>1969 C CYPRESS ISLAND HWY<br>ST MARTINVIL LA 70582 | CREDITOR ID: 399403-15<br>SULPHUR SPRINGS MARKETPLACE, LLC<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 262137-12<br>SULPHUR SPRINGS PARTNERS LLLP<br>801 NE 167TH STREET<br>2ND FLOOR<br>NORTH MIAMI BEACH, FL 33162 |
| CREDITOR ID: 1904-RJ<br>SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET<br>2ND FLOOR<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 2599-07<br>SULPHUR SPRINGS PROPERTIES LLC<br>C/O BARON CAPITAL PARTNERS,LLC<br>19227 SKYRIDGE CIRCLE<br>BOCA RATON FL 33498 | CREDITOR ID: 262138-12<br>SULPHUR SPRINGS PROPERTIRES LLC<br>%EASON GRAHAM & SANDNER INC<br>PO BOX 530487<br>BIRMINGHAM AL 35253 |
| CREDITOR ID: 262139-12<br>SUMARK SERVICES INC<br>PO BOX 176<br>VERSAILLES OH 45380-0176 | CREDITOR ID: 262140-12<br>SUMERA H MEMON<br>1380 WATEWAY COVE DRIVE<br>WELLINGTON FL 33414 | CREDITOR ID: 268708-31<br>SUMMECH COMMUNITY DEV CORP<br>ATTN: JANIS WARE<br>633 PRYOR ST SW<br>ATLANTA GA 30312-2738 |
| CREDITOR ID: 262141-12<br>SUMMER MADDEN<br>626 SPIRIT COURT<br>VIRGINIA BEACH VA 23462 | CREDITOR ID: 262142-12<br>SUMMER MCLEMORE<br>17830 MURDOCK CIRCLE<br>APT# 204<br>PT CHARLOTTE FL 33948 | CREDITOR ID: 389586-54<br>SUMMERS, STEPHANIE<br>307 SANDCASTLE WAY<br>NEPTUNE BEACH, FL 32266 |
| CREDITOR ID: 262143-12<br>SUMMERSIDE ELEMENTARY<br>4636 VERMONA DR<br>CINCINNATI OH 45244 | CREDITOR ID: 262144-12<br>SUMMERVILLE COMM OF PUBLIC<br>PO BOX 817<br>SUMMERVILLE, SC 29484-0817 | CREDITOR ID: 262145-12<br>SUMMIT ART COMPANY<br>PO BOX 8126<br>GREEN BAY WI 54308 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262146-12<br>SUMMIT ELECTRICAL CONSTRUCTION INC<br>524 C MINERAL TRACE<br>HOOVER AL 35244 | CREDITOR ID: 262147-12<br>SUMMITT LOGISTICS & BROKERAGE<br>PO BOX 73801<br>CLEVELAND, OH 44193 | CREDITOR ID: 268709-14<br>SUMNER COUNTY FINANCE DEPT<br>ATTN: DENNIS PETTY<br>355 BLADE ST RM 110<br>GALLATIN TN 37066-5302 |
| CREDITOR ID: 268710-14<br>SUMNER COUNTY TRUSTEE<br>ATTN: BETTY M GREGORY<br>355 BELVEDERE DR N RM 107<br>GALLATIN TN 37066-5410 | CREDITOR ID: 399583-82<br>SUMRALL, JOHN<br>42181 THOMPSON DRIVE , LOT #2<br>HAMMOND  LA 70403 | CREDITOR ID: 392073-55<br>SUMRALL, JOHN<br>C/O: HOGAN & HOGAN<br>HOGAN & HOGAN<br>301 E CHUCH STREET<br>HAMMOND LA 70401 |
| CREDITOR ID: 262148-12<br>SUMTER COUNTRY TIMES<br>204 EACH MCCOLLUM AVE<br>BUSHNELL, FL 33513 | CREDITOR ID: 262149-12<br>SUMTER COUNTY BOARD OF EDUCATION<br>210 INDUSTRIAL WAY<br>AMERICUS GA 31709 | CREDITOR ID: 268711-31<br>SUMTER COUNTY CMNTY DEV CORP<br>ATTN: LANA ODOM<br>337 MANNING AVE<br>SUMTER SC 29150-5742 |
| CREDITOR ID: 262150-12<br>SUMTER COUNTY DEPT OF HUMAN RESURCS<br>108 WEST MAIN STREET<br>LIVINGSTON AL 35470 | CREDITOR ID: 262151-12<br>SUMTER COUNTY RECORD JOURNAL<br>P O DRAWER B<br>210 SOUTH WASHINGTON STREET<br>LIVINGSTON, AL 35470 | CREDITOR ID: 262152-12<br>SUMTER COUNTY TAX COLLECTOR<br>209 NORTH FLORIDA STREET<br>SUITE 1<br>PROPERTY TAX<br>BUSHNELL, FL 33513 |
| CREDITOR ID: 318455-42<br>SUMTER COUNTY TAX COLLECTOR<br>209 N FLORIDA ST, STE 1<br>BUSHNELL FL 33513-6128 | CREDITOR ID: 262156-12<br>SUMTER CROSSING PROPERTIES INC<br>7335 GALL BOULEVARD<br>ZEPHRYHILLS FL 33541 | CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>C/O CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE, FL 34292 |
| CREDITOR ID: 262157-12<br>SUMTER ELECTRIC CO INC<br>PO BOX 301<br>SUMTERVILLE, FL 33585-0301 | CREDITOR ID: 382133-51<br>SUMTER ITEM<br>PO BOX 1677<br>SUMTER, SC 29151 | CREDITOR ID: 268712-31<br>SUMTER RCYCL SLID WSTE DSPOSAL<br>ATTN: RANDY MESSER<br>375 COUNTY RD 453<br>LAKE PANASOFFKEE FL 33538 |
| CREDITOR ID: 262158-12<br>SUMTER REGIONAL HOSPITAL<br>PO BOX 527<br>AMERICUS, GA 31709-0527 | CREDITOR ID: 262159-12<br>SUMWALT ASSOCIATES INC<br>3800 FOREST DR SUITE A 101<br>COLUMBIA SC 29204 | CREDITOR ID: 384375-47<br>SUN & FUN SALES<br>PO BOX 21574<br>WEST PALM BEACH, FL 33415 |
| CREDITOR ID: 262160-12<br>SUN & SKIN CARE RESEARCH INC<br>D/B/A OCEAN POTION SUNCARE<br>851 GREENSBORO ROAD<br>COCOA, FL 32926 | CREDITOR ID: 405637-95<br>SUN & SKIN CARE RESEARCH INC<br>3270 SUNTREE BLVD STE 2<br>OCEAN POTION  **PREVIOUS ADDRESS**<br>MELBOURNE FL 32940 | CREDITOR ID: 377231-44<br>SUN AMERICA IMPORTS<br>500 NORTHWEST 12TH AVENUE<br>SUITE 200<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 262161-12<br>SUN AMERICA PRODUCE<br>PO BOX 3710<br>SALINAS, CA 93912-3710 | CREDITOR ID: 262162-12<br>SUN AND FUN SALES INC<br>PO BOX 21574<br>WEST PALM BEACH, FL 33416 | CREDITOR ID: 262163-12<br>SUN BELT INC<br>ATTN LINDA PUTMAN, GM<br>5001 GATEWAY BLVD, SUITE 1<br>LAKELAND, FL 33811 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405638-95<br>SUN BELT INC<br>5385 GATEWAY BOULEVARD<br>UNIT 15 6<br>LAKELAND FL 33811 | CREDITOR ID: 278955-30<br>SUN CITY PRODUCE CO<br>75 NW 13TH AVENUE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 262165-12<br>SUN COAST MEDIA GROUP<br>PO BOX 22045<br>TAMPA, FL 33622-2045 |
| CREDITOR ID: 262166-12<br>SUN COAST MEDIA GROUP INC<br>23170 HARBORVIEW ROAD<br>CHARLOTTE HARBOR, FL 33980 | CREDITOR ID: 405639-95<br>SUN COAST MEDIA GROUP INC<br>PO BOX 2390<br>PORT CHARLOTTE FL 33949 | CREDITOR ID: 262167-12<br>SUN COAST PARKING LOT SVC INC<br>11709 106TH AVENUE N<br>LARGO, FL 33778 |
| CREDITOR ID: 262168-12<br>SUN COAST RESOURCES INC<br>PO BOX 972321<br>DALLAS TX 75397-0321 | CREDITOR ID: 262169-12<br>SUN DIAMOND GROWERS<br>PO BOX 65642<br>CHARLOTTE, NC 28265-5642 | CREDITOR ID: 405640-95<br>SUN DIAMOND GROWERS<br>ATTN: PEGGY TRENT<br>5568 GILBRALTER DR<br>PLEASANTON CA 94588 |
| CREDITOR ID: 262170-12<br>SUN DROP BOTTLING CO<br>PO BOX 305<br>CONCORD, NC 28025 | CREDITOR ID: 262171-12<br>SUN DROP COLA BOTTLING<br>PO BOX 1907<br>DECATUR, AL 35601 | CREDITOR ID: 262209-12<br>SUN FRESH OF FLORIDA<br>ATTN WILLIAM R COTTON, GEN MGR<br>1755 LAKESIDE AVENUE<br>ST AUGUSTINE, FL 32086 |
| CREDITOR ID: 315685-36<br>SUN GLASS PRODUCTS INC<br>D/B/A PERSONAL OPTICS<br>C/O RACHEL SANCHEZ<br>1331 S STATE COLLEGE BLVD<br>FULLERTON CA 92831 | CREDITOR ID: 262172-12<br>SUN HERALD NEWSPAPER<br>2507 JOAN AVE<br>GULFPORT, MS 39501 | CREDITOR ID: 405641-95<br>SUN HERALD NEWSPAPERS<br>113 WARWICK ST<br>LONG BEACH MS 39560 |
| CREDITOR ID: 262897-12<br>SUN HERALD, THE<br>PO BOX 4567<br>BILOXI, MS 39535-4567 | CREDITOR ID: 262898-12<br>SUN JOURNAL, THE<br>C/O FREEDOM ENC COMMUNICATIONS<br>ATTN LAURALEE B PRENTICE<br>1300 GUM BRANCH RD<br>JACKSONVILLE NC 28540 | CREDITOR ID: 262174-12<br>SUN LAKE PLAZA INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 |
| CREDITOR ID: 2600-07<br>SUN LAKE PLAZA, INC.<br>ATTN: ROBERT KODSI<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 | CREDITOR ID: 262175-12<br>SUN LAND BEEF COMPANY<br>PO BOX 200012<br>DALLAS, TX 75320-0012 | CREDITOR ID: 262176-12<br>SUN LIFE ASSURANCE CO OF CANADA<br>PO BOX 601131<br>CHARLOTTE NC 28260 |
| CREDITOR ID: 2601-07<br>SUN LIFE ASSURANCE CO. OF CANADA<br>% CHILDRESS KLEIN PROPERTIES<br>301 S COLLEGE ST. SUITE 2800<br>CHARLOTTE NC 28202 | CREDITOR ID: 262177-12<br>SUN MAID GROWERS<br>FILE#3176<br>PO BOX 1067<br>CHARLOTTE, NC 28201 | CREDITOR ID: 405642-95<br>SUN MAID GROWERS<br>ATTN CUSTOMER CLAIMS<br>5568 GIBRALTER DRIVE<br>PLEASANTON CA 94588 |
| CREDITOR ID: 262178-12<br>SUN METALS & SUPPLY<br>2550 NE 5TH AVE<br>POMPANO BCH, FL 33064 | CREDITOR ID: 262179-12<br>SUN NEWS, THE<br>ATTN SHEILA WROTEN, CREDIT MGR<br>PO BOX 406<br>MYRTLE BEACH, SC 29578-0406 | CREDITOR ID: 262180-12<br>SUN PACIFIC MARKETING COOPERATIVE<br>PO BOX 21348<br>LOS ANGELES CA 90021-0348 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262181-12<br>SUN PAPER COMPANY<br>7580 NORTHWEST 74TH AVENUE<br>MEDLEY, FL 33166 | CREDITOR ID: 262182-12<br>SUN PASS ELECTRONIC TOLL COLLECTION<br>PO BOX 880029<br>BOCA RATON FL 33488-0029 | CREDITOR ID: 262185-12<br>SUN SENTINEL<br>PO BOX 805971<br>CHICAGO, IL 60680-0071 |
| CREDITOR ID: 262184-12<br>SUN SENTINEL<br>PO BOX 804866<br>CHICAGO, IL 60680-4110 | CREDITOR ID: 262183-12<br>SUN SENTINEL<br>333 SOUTH WEST 12TH AVE<br>DEERFIELD BEACH, FL 33442 | CREDITOR ID: 278576-24<br>SUN SUPERMARKETS INC.<br>6500 N. ANDREWS AVENUE<br>FT. LAUDERDALE FL 33309 |
| CREDITOR ID: 262186-12<br>SUN TIMES NEWSPAPER GROUP INC<br>317 N COLLIER BLVD<br>SUITE 202<br>MARCO ISLAND FL 34145 | CREDITOR ID: 381013-47<br>SUN UMBRELLA NETWORK LLC<br>ROCKY MOUNTAIN SUNSCREEN<br>14700 W 66TH PLACE  SUITE 7<br>ARVADA, CO 80004 | CREDITOR ID: 262187-12<br>SUN WEST NC III PTN LIM<br>PTNSHPS ACCT A  ACCT# 1823415581<br>C/O BANK ONE TEXAS NA<br>PO BOX 971281<br>DALLAS, TX 75397-1281 |
| CREDITOR ID: 1907-07<br>SUN WEST NC III PTN LIM<br>PTNSHPS ACCT A  ACCT# 18234155<br>C/O BANK ONE TEXAS NA<br>PO BOX 971281<br>DALLAS, TX 75397-1281 | CREDITOR ID: 2602-07<br>SUN WEST NC III PTN LIM<br>ATTN: PROPERTY MANAGEMENT<br>17776 PRESTON ROAD, SUITE 100<br>DALLAS TX 75252 | CREDITOR ID: 262188-12<br>SUN WORLD<br>33288 TREASURY CENTER<br>CHICAGO, IL 60694-3200 |
| CREDITOR ID: 381827-48<br>SUNAIR JETS<br>ATTN ED ATSINGER<br>855 AVIATION DR<br>CAMARILLO CA 93010 | CREDITOR ID: 279288-35<br>SUNBEAM<br>ATTN: DAVID BROWN<br>2381 EXECUTIVE CENTER DR<br>BOCA RATON FL 33431 | CREDITOR ID: 262189-12<br>SUNBEAM BAKERS<br>PO BOX 1707<br>LAKELAND, FL 33802 |
| CREDITOR ID: 262190-12<br>SUNBEAM CORP<br>5544 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 405643-95<br>SUNBEAM CORP<br>P O BOX 930723<br>ATLANTA GA 31193 | CREDITOR ID: 262191-12<br>SUNBEAM OUTDOOR<br>PO BOX 930222<br>ATLANTA, GA 31193-0222 |
| CREDITOR ID: 262192-12<br>SUNBELT AGRICULTURAL EXPOSITION<br>290-G HARPER BLVD<br>MOULTRIE GA 31788 | CREDITOR ID: 262193-12<br>SUNBELT CHEMICALS INC<br>ATTN MICHELLE STEWART, SUPERV<br>PO BOX 917019<br>ORLANDO, FL 32891-7019 | CREDITOR ID: 381319-47<br>SUNBELT COFFEE & WATER<br>2985 MERCURY ROAD<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 262194-12<br>SUNBELT ENVIRONMENTAL INC<br>PO BOX 856<br>GULF SHORES, AL 36547-0856 | CREDITOR ID: 262195-12<br>SUNBELT FOOD CO<br>LA SALLE BANK<br>135 S LA SALLE  DEPT 1622<br>CHICAGO IL 60674-1622 | CREDITOR ID: 262196-12<br>SUNBELT INSULATION SERVICES<br>PO BOX 2542<br>ALBANY GA 31702 |
| CREDITOR ID: 262197-12<br>SUNBELT RENTALS INC<br>PO BOX 409211<br>ATLANTA, GA 30384-9211 | CREDITOR ID: 262198-12<br>SUNBURST FOODS INC<br>1002 SUNBURST DRIVE<br>GOLDSBORO NC 27534 | CREDITOR ID: 262199-12<br>SUNBURST PROPERTIES CORP<br>3191 PADARO LN<br>CARPINTERIA, CA 93013 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ·Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2603-07<br>SUNBURST PROPERTIES CORPORATION<br>3191 PADARO LANE<br>CARPINTERIA, CA 93013 | CREDITOR ID: 2950-04<br>SUNBURST SANITATION<br>786 PIKE RD.<br>WEST PALM BEACH FL 33411 | CREDITOR ID: 262200-12<br>SUNBURST SANITATION CORP<br>PO BOX 9001702<br>LOUISVILLE, KY 40290-1702 |
| CREDITOR ID: 262201-12<br>SUNBURST SYSTEMS<br>9409 CHEROKEE PLACE<br>LEAWOOD KS 66206 | CREDITOR ID: 377233-44<br>SUNCO CARRIERS INC<br>PO BOX 95008<br>LAKELAND, FL 33804-5008 | CREDITOR ID: 262202-12<br>SUNCO CARRIERS INC<br>1025 NORTH CHESTNUT ROAD<br>LAKELAND FL 33805 |
| CREDITOR ID: 384376-47<br>SUNCOAST BEVERAGE SALES<br>2996 HANSON STREET<br>FT MYERS, FL 33916-7510 | CREDITOR ID: 262203-12<br>SUNCOAST CRANES INC<br>5435 HALTATA COURT<br>NEW PORT RICHEY, FL 34655 | CREDITOR ID: 395730-65<br>SUNCOAST PARKING LOT SERVICES INC<br>ATTN WILLIAM B KNAPP, PRES<br>11709 106TH AVENUE N<br>SEMINOLE, FL 33778 |
| CREDITOR ID: 2604-07<br>SUNCOAST PLAZA<br>C/O RMC PROPERTY GROUP<br>1733 W. FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 268713-31<br>SUNCOAST RUST CONTROL<br>ATTN: RICHARD SMITH<br>1517 GULF BLVD<br>INDIAN ROCKS BEACH FL 33785-2749 | CREDITOR ID: 262204-12<br>SUNCOAST SAFE & LOCK A SUPERIOR<br>LOCKSMITH<br>6530 GATEWAY AVENUE<br>SARASOTA FL 34231 |
| CREDITOR ID: 262205-12<br>SUNCOAST SCHOOLS FCU<br>C/O KASS SHULER SOLOMON<br>PO BOX 800<br>TAMPA, FL 33601 | CREDITOR ID: 262206-12<br>SUNCREST FARMS INC<br>PO BOX 634<br>WILKESBORO, NC 28697 | CREDITOR ID: 262207-12<br>SUNDOWN VITAMIN COMPANY<br>PO BOX 9010<br>RONKONKOMA, NY 11779-9010 |
| CREDITOR ID: 405645-95<br>SUNDOWN VITAMIN COMPANY<br>ATTN VALERIE KEIRSTEAD US NUTRITION<br>2100 SMITHTOWN AVENUE<br>RONKONKOMA NY 11779 | CREDITOR ID: 406275-15<br>SUNER, MARIA & NELSON<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS, ESQ<br>4700 MILLENIA BLVD, SUITE 150<br>ORLANDO FL 32839 | CREDITOR ID: 385810-54<br>SUNER, MARIA ESTHER<br>9951 RIVER COURT<br>ORLANDO, FL 32825 |
| CREDITOR ID: 391071-55<br>SUNER, MARIA ESTHER<br>C/O: LOU PENDAS, ESQUIRE<br>ROGERS, COLEMAN, PENDAS, KNAPP & DILL PA<br>34 E PINE STREET<br>PO BOX 3427<br>ORLANDO FL 32802-3427 | CREDITOR ID: 2951-04<br>SUNFLOWER<br>ATTN: SHERRY OR SUE<br>PO BOX 781150<br>TALLASSEE AL 36078-1150 | CREDITOR ID: 262208-12<br>SUNFLOWER WASTE LLC<br>PO BOX 781150<br>TALLASSEE, AL 36078-1150 |
| CREDITOR ID: 395732-65<br>SUNGOLD SEPTIC<br>PO BOX 924113<br>PRINCETON, FL 33092 | CREDITOR ID: 381911-30<br>SUNKIST<br>C/O WHITEMAN BANKES & CHEBOT<br>ATTN: JEFFREY CHEBOT<br>325 CHESNUT ST, STE 1300<br>CONSTITUTION PLACE<br>PHILADELPHIA PA 19106 | CREDITOR ID: 405646-95<br>SUNKIST GROWERS INC<br>PO BOX 905449<br>CHARLOTTE NC 28290-5449 |
| CREDITOR ID: 278956-30<br>SUNKIST GROWERS INC<br>PO BOX 406546<br>ATLANTA, GA 30384-6546 | CREDITOR ID: 262211-12<br>SUNLIFE SYSTEMS INTERNATIONAL INC<br>PO BOX 12308<br>CHARLOTTE, NC 28220 | CREDITOR ID: 262212-12<br>SUNLIGHT FOODS<br>3550 N W 112 STREET<br>MIAMI FL 33167 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262213-12<br>SUNLIGHT FOODS INC<br>PO BOX 680670<br>MIAMI, FL 33168-0670 | CREDITOR ID: 279287-35<br>SUN-MAID GROWERS OF CALIFORNIA<br>ATTN: RICHARD EMDE<br>13525 S BETHEL AVE<br>KINGSBURG CA 93631-9232 | CREDITOR ID: 262214-12<br>SUNNY BROOK PEACHES<br>RT2 BOX 205<br>JOHNSON, SC 29832 |
| CREDITOR ID: 262215-12<br>SUNNY FRESH<br>ATTN KELLY MARINARO, OWNER<br>2101 15TH AVE<br>VERO BEACH FL 32960 | CREDITOR ID: 262216-12<br>SUNNY FRESH WATERMELONS<br>2101 15TH AVENUE<br>VERO BEACH, FL 32960 | CREDITOR ID: 262217-12<br>SUNNY VALLEY INTERNATIONAL INC<br>PO BOX 350<br>RICHWOOD, NJ 08074 |
| CREDITOR ID: 262218-12<br>SUNNYRIDGE FARM INC<br>PO BOX 3036<br>1900 5TH ST N W<br>WINTER HAVEN FL 33885-3036 | CREDITOR ID: 262219-12<br>SUNPRESS PASCO NEWS<br>PO BOX 187<br>DADE CITY, FL 33526-0187 | CREDITOR ID: 397147-67<br>SUNRAY COMPANIES, THE<br>2925 TERRY RD<br>JACKSON, MS 39212 |
| CREDITOR ID: 262220-12<br>SUNRAY ENTERTAINMENT<br>DBA BLOCKBUSTER VIDEO<br>2925 TERRY ROAD<br>JACKSON MS 39212 | CREDITOR ID: 393686-58<br>SUNRAY ENTERTAINMENT, LLC D/B/A BLOCKBUSTER<br>2925 TERRY RD.<br>JACKSON, MS 39212 | CREDITOR ID: 262221-12<br>SUNRAY PLASTICS SALES INC<br>3905 INVESTMENT LANE<br>RIVERA BEACH FL 33404 |
| CREDITOR ID: 262222-12<br>SUNRISE ARKANSAS, INC<br>ATTN EDITH D RAMSEY, PRES<br>400 AIRLANE DRIVE<br>BENTON, AR 72015 | CREDITOR ID: 268714-31<br>SUNRISE COMMUNITY OF TENNESSI<br>ATTN: ALEX HEART<br>1410 DONELSON PIKE STE B5<br>NASHVILLE TN 37217-2985 | CREDITOR ID: 262223-12<br>SUNRISE GROWERS<br>PO BOX 51326<br>LOS ANGELES CA 90051-5626 |
| CREDITOR ID: 262224-12<br>SUNRISE MILLS LIMITED PARTNERSHIP<br>SAWGRASS MILLS MGMT OFFICE<br>12801 W SUNRISE BLVD<br>SUNRISE, FL 33323 | CREDITOR ID: 262225-12<br>SUNRISE PROPANE<br>10105 HUDSON AVENUE<br>HUDSON, FL 34669 | CREDITOR ID: 244263-12<br>SUNRISE SAFETY INC DBA<br>C&B INDUSTRIAL SAFETY<br>ATTN ROSANNE FERMOILE, PRES<br>5377 N HIATUS ROAD<br>SUNRISE, FL 33351 |
| CREDITOR ID: 262226-12<br>SUNRISE SR LIVING EDEN TERRACE OF<br>901 BLANKENBAKER PARKWAY<br>LOUISVILLE, KY 40243 | CREDITOR ID: 262227-12<br>SUNSET CENTRES LTD<br>%GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE, MD 21275-5260 | CREDITOR ID: 2605-07<br>SUNSET CENTRES LTD<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 |
| CREDITOR ID: 1909-07<br>SUNSET CENTRES LTD<br>C/O GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE, MD 21275-5260 | CREDITOR ID: 2606-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 262228-12<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE, MD 21275-5377 |
| CREDITOR ID: 1910-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE, MD 21275-5377 | CREDITOR ID: 393703-58<br>SUNSET COVE MARCO LIMITED PARTNERSHIP<br>1100 5TH AVE SOUTH STE 405<br>NAPLES, FL 34102 | CREDITOR ID: 262229-12<br>SUNSET FARM FOODS, INC<br>PO BOX 963<br>VALDOSTA, GA 31603-0963 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315905-40<br>SUNSET HILL DEVELOPMENT COMPANY<br>2100 GARDINER LANE, SUITE 207<br>LOUISVILLE, KY 40205-1903 | CREDITOR ID: 262231-12<br>SUNSET PLAZA UTILITIES INC<br>13902 N DALE MABRY HWY<br>SUITE 165<br>TAMPA FL 33618-2424 | CREDITOR ID: 889-03<br>SUNSET PLAZA UTILITIES, INC.<br>4939 CROSS BAYOU<br>NEW PORT RICHEY FL 34652 |
| CREDITOR ID: 262232-12<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 | CREDITOR ID: 377234-44<br>SUNSET W SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASS<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 262233-12<br>SUNSET WEST SHOPPING PLAZA<br>PO BOX 1268<br>% MORTY WOLF REAL EST<br>HOLLYWOOD FL 33022 |
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 262234-12<br>SUNSHINE BOTTLING CO<br>8447 NW 54 STREET<br>MIAMI, FL 33166 | CREDITOR ID: 262235-12<br>SUNSHINE BOUQUET<br>PO BOX 34625<br>NEWARK NJ 07189-4625 |
| CREDITOR ID: 405648-95<br>SUNSHINE BOUQUET<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>PO BOX 892<br>DAYTON NJ 08810-0892 | CREDITOR ID: 278957-30<br>SUNSHINE BOUQUET<br>ATTN MICHAEL J D CHIARA, CONTROLLER<br>PO BOX 892<br>NEWARK, NJ 07189-4625 | CREDITOR ID: 268715-31<br>SUNSHINE DRAINAGE DISTRICT<br>ATTN: GARY MOYER<br>10300 NW 11TH MNR<br>CORAL SPRINGS FL 33071-6530 |
| CREDITOR ID: 262236-12<br>SUNSHINE LOGISTICS INC<br>3302 INDUSTRIAL DRIVE<br>BOWLING GREEN, KY 42101 | CREDITOR ID: 262237-12<br>SUNSHINE MAKERS INC<br>15922 PACIFIC COAST HIGHWAY<br>HUNTINGTON HARBOR CA 92649 | CREDITOR ID: 377235-44<br>SUNSHINE MAKERS, INC<br>PO BOX 6119<br>LOS ANGELES, CA 90084-6119 |
| CREDITOR ID: 262238-12<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | CREDITOR ID: 405649-95<br>SUNSHINE MILLS INC<br>FRED ELVERS<br>13302 ROSEMADE COVE<br>ORLANDO FL 32828 | CREDITOR ID: 279330-99<br>SUNSHINE MILLS, INC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN: STEWART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 403361-83<br>SUNSHINE READERS, INC<br>3032 EAST COMMERCIAL BLVD. BOX 54<br>FORT LAUDERDALE FL 33308 | CREDITOR ID: 262239-12<br>SUNSHINE STATE FINANCIAL SVCS LLC<br>C/O ANDREU & PALMA LLP<br>1110 BRICKELL AVENUE SUITE 407<br>MIAMI FL 33131 | CREDITOR ID: 262240-12<br>SUNSTATE CARRIERS INC<br>PO BOX 1449<br>TAVARES FL 32778-1449 |
| CREDITOR ID: 406026-15<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 262241-12<br>SUNSTATE PRODUCE INC<br>PO BOX 7646<br>SEMINOLE, FL 33775 | CREDITOR ID: 262242-12<br>SUNSWEET GROWERS<br>PO BOX 402236<br>ATLANTA, GA 30384-2236 |
| CREDITOR ID: 279156-33<br>SUNSWEET GROWERS, INC.<br>901 N. WALTON<br>YUBA CITY CA 95993 | CREDITOR ID: 262243-12<br>SUNTORY WATER GROUP<br>ATTN: RON BENNETT<br>PO BOX 98587<br>CHICAGO, IL 60693 | CREDITOR ID: 405650-95<br>SUNTORY WATER GROUP<br>ACOSTA SALES<br>5650 BRECKENRIDGE PARK DR SUITE 300<br>ATTN KIM HOWARD<br>TAMPA FL 33610 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278100-23<br>SUNTRUST<br>ATTN: KERI SALEM<br>PO BOX 2848<br>MAIL CODE FL - ORLANDO-1044<br>ORLANDO FL 32802 | CREDITOR ID: 262244-12<br>SUNTRUST BANK<br>ANALYSIS PROCESSING CENTER<br>PO BOX 102891<br>ATLANTA, GA 30368-2891 | CREDITOR ID: 262245-12<br>SUNWEST NC III PARTNERSHIPS<br>C/O BANK ONE TEXAS N A<br>ACCT# 1823415581<br>PO BOX 971281<br>DALLAS, TX 75397-1281 |
| CREDITOR ID: 1913-07<br>SUNWEST NC III PARTNERSHIPS<br>C/O BANK ONE TEXAS N A<br>ACCT# 1823415581<br>PO BOX 971281<br>DALLAS, TX 75397-1281 | CREDITOR ID: 262247-12<br>SUPER MARKET MERCHANDISING<br>5200 VIRGINIA AVENUE<br>ST LOUIS, MO 63111-1946 | CREDITOR ID: 262248-12<br>SUPER MARKET SUPPLIERS INC<br>PO BOX 676<br>CONSHOHOCKEN, PA 19428-0676 |
| CREDITOR ID: 262249-12<br>SUPER STORES<br>PO BOX 627<br>BEAVERTON, OR 97075 | CREDITOR ID: 262250-12<br>SUPERCIRCUITS<br>ONE SUPERCIRCUITS PLAZA<br>LIBERTY HILL TX 78642 | CREDITOR ID: 2952-04<br>SUPERIOR<br>PO BOX 2736<br>OCALA FL 34474 |
| CREDITOR ID: 262251-12<br>SUPERIOR AVENUE ELEMENTARY<br>625 SUPERIOR AVE<br>BOGALUSA, LA 70427 | CREDITOR ID: 262252-12<br>SUPERIOR BANK FSB<br>%MICHAEL THIEL ESQ DEDSKI<br>BRAY & SINGLETARY   PO BOX 53197<br>JACKSONVILLE, FL 32201 | CREDITOR ID: 262253-12<br>SUPERIOR BUMPER PRODUCTS<br>450 BISHOP STREET N W<br>ATLANTA GA 30318 |
| CREDITOR ID: 262254-12<br>SUPERIOR CAKE PRODUCTS INC<br>105 ASHLAND AVE<br>SOUTH BRIDGE MA 01550 | CREDITOR ID: 268716-14<br>SUPERIOR COLLECTION SERVICE<br>ATTN: RICHARD BICKNELL<br>443 N MARION AVE<br>LAKE CITY FL 32055-2878 | CREDITOR ID: 380955-47<br>SUPERIOR COMMERCIAL ROOFING<br>1669 LITTON DRIVE<br>STONE MOUNTAIN, GA 30083-1116 |
| CREDITOR ID: 262255-12<br>SUPERIOR COURT OF BEN HILL CTY<br>PO BOX 1104<br>FITZGERALD GA 31750 | CREDITOR ID: 405651-95<br>SUPERIOR HANDLING EQUIPMENT<br>767 NORTH BEACH STREET<br>ORMOND BEACH FL 32174 | CREDITOR ID: 262256-12<br>SUPERIOR HANDLING EQUIPMENT INC LLC<br>ATTN MARGARET HAYNES<br>8 AVIATOR WAY<br>ORMOND BEACH, FL 32174 |
| CREDITOR ID: 262257-12<br>SUPERIOR INSTALLATION<br>PO BOX 116695<br>CARROLLTON TX 75011 | CREDITOR ID: 395733-65<br>SUPERIOR ROOFING<br>1669 LITTON DRIVE<br>STONE MOUNTAIN, GA 30083-1116 | CREDITOR ID: 262258-12<br>SUPERIOR SALES INC<br>PO BOX 159<br>HUDSONVILLE, MI 49426-0159 |
| CREDITOR ID: 262259-12<br>SUPERIOR SCALE INC<br>ATTN: STEVE DANIELS, PRES<br>PO BOX 766<br>FORT MILL, SC 29716 | CREDITOR ID: 262260-12<br>SUPERIOR SIGN PRODUCTIONS<br>2510 WILLIS RD<br>RICHMOND, VA 23237 | CREDITOR ID: 262261-12<br>SUPERIOR UNIFORM SERVICE<br>115 CHESTNUTT AVE<br>PO BOX 247<br>TIFTON, GA 31794 |
| CREDITOR ID: 262262-12<br>SUPERIOR WASH<br>320 S FLAMINGO ROAD<br>PMB 116<br>PEMBROKE PINES, FL 33027 | CREDITOR ID: 262263-12<br>SUPERIOR WELDING INC<br>355 COX ROAD<br>COCOA, FL 32926 | CREDITOR ID: 262264-12<br>SUPERIOR WINE AND BEVERAGE CO<br>6000 GREENWOOD PKWY #100<br>BESSEMER AL 35022-5665 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382248-51<br>SUPERMARKET APPLICATION MGRS (SAM)<br>11 SMITH HINES ROAD<br>GREENVILLE, SC 29607 | CREDITOR ID: 262265-12<br>SUPERMARKET ENVIRONMENT SERVICES CO<br>ATTN: DAVID KENNEDY<br>PO BOX 667<br>KERNERSVILLE, NC 27285 | CREDITOR ID: 262266-12<br>SUPERMARKET EQUIPMENT RESALE INC<br>1993 NEWBORN RD<br>RUTLEDGE, GA 30663 |
| CREDITOR ID: 262267-12<br>SUPERMARKET NEWS<br>PO BOX 15548<br>NORTH HOLLYWOOD CA 91615-5548 | CREDITOR ID: 262268-12<br>SUPERMARKET NEWS FAIRCHILD PUBLICTS<br>CIRCULATION DEPT RF<br>7 WEST 34TH STREET 4TH FL<br>NEW YORK NY 10001 | CREDITOR ID: 397209-67<br>SUPERMARKET OPERATIONS<br>PO BOX 18220<br>NATCHEZ, MS 39122 |
| CREDITOR ID: 397208-67<br>SUPERMARKET OPERATIONS, INC.<br>2214 NORTH EE WALLACE<br>FERRIDAY, LA 71334 | CREDITOR ID: 262269-12<br>SUPERMARKET PARTS WAREHOUSE<br>PO BOX Q<br>MOUNTAINDALE NY 12763 | CREDITOR ID: 262270-12<br>SUPERMARKET SYSTEMS INC<br>PO BOX 472513<br>CHARLOTTE, NC 28247-2513 |
| CREDITOR ID: 262271-12<br>SUPERMAX CORP<br>4395 DIPLOMACY ROAD<br>FT WORTH, TX 76155 | CREDITOR ID: 397670-72<br>SUPERVALU HOLDINGS, INC.<br>11840 VALLEY VIEW ROAD<br>EDEN PRAIRIE, MN 55344 | CREDITOR ID: 268717-14<br>SUPERVISOR OF BEAT FIVE<br>ATTN: COBIE COLLINS<br>1040 GRADY AVE # 5<br>YAZOO CITY MS 39194-3030 |
| CREDITOR ID: 262272-12<br>SUPPORT CLERK OF MADISON COUNTY<br>16 EAST 9TH STREET<br>ANDERSON IN 46016 | CREDITOR ID: 262273-12<br>SUPPORT PAYMENT CLEARINGHOUSE<br>PO BOX 52107<br>PHOENIX, AZ 85072-2107 | CREDITOR ID: 262274-12<br>SUPPORT PAYMENT UNIT<br>PO BOX 14248<br>FT LAUDERDALE, FL 33302 |
| CREDITOR ID: 380992-47<br>SUPREME DIST<br>135 S LASSALE STREET<br>DEPT 2473<br>CHICAGO, IL 60674-2473 | CREDITOR ID: 384377-47<br>SUPREME DIST<br>2473 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 315700-36<br>SUPREME DISTRIBUTIONS COMPANY<br>C/O BURCE KRICHMAR<br>5400 BROKEN SOUND BLVD, NW<br>STE 100<br>BOCA RATON FL 33487 |
| CREDITOR ID: 381010-47<br>SUPREME HOTEL & RESTAURANT SUPPLY CORP<br>ATTN LARRY GERTLER<br>2150 SW 30TH AVENUE<br>PEMBROKE PARK, FL 33009 | CREDITOR ID: 262277-12<br>SUPREME OIL COMPANY INC<br>PO BOX 62<br>NEW ALBANY IN 47151 | CREDITOR ID: 262278-12<br>SUPREME PAPER SUPPLIES<br>8965 PENSACOLA BLVD<br>PENSACOLA, FL 32534 |
| CREDITOR ID: 262279-12<br>SURE PLUS MANUFACTURING<br>12TH AND MCKINLEY<br>CHICAGO HEIGHTS, IL 60411 | CREDITOR ID: 315906-40<br>SURF CITY PLAZA A LP<br>C/O ZIMMER DEVELOPMENT CO<br>PO BOX 2628<br>WILMINGTON, NC 28402 | CREDITOR ID: 268720-31<br>SURFACE MINING RECLAMATION OFF<br>ATTN: ROBERT PENN<br>1941 NEELEY RD STE 201<br>BIG STONE GAP VA 24219-4483 |
| CREDITOR ID: 268719-31<br>SURFACE MINING RECLAMATION OFF<br>ATTN: GEORGE BUCK MILLER<br>530 S GAY ST STE 500<br>KNOXVILLE TN 37902-1534 | CREDITOR ID: 268718-31<br>SURFACE MINING RECLAMATION OFF<br>ATTN: AURTHER ABBS<br>135 GEMINI CIR STE 215<br>BIRMINGHAM AL 35209-5842 | CREDITOR ID: 262280-12<br>SURFACE SPECIALTIES<br>PO BOX 7247-7167<br>PHILADELPHIA PA 19170 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 390323-54<br>SURFACE, NATHAN (MINOR)<br>558 CREEKSIDE DRIVE<br>LEESBURG, GA 31763 | CREDITOR ID: 391045-55<br>SURFACE, NATHAN (MINOR)<br>C/O: HOWARD J. STILLER<br>HOWARD J. STILLER, P.C.<br>PO BOX 71742<br>ALBANY GA 31708-1742 | CREDITOR ID: 268721-31<br>SURFSIDE ESTATES RO COMMU INC<br>ATTN: AUDREY KULSAR<br>2847 OCEANVIEW BLVD<br>FLAGLER BEACH FL 32136-2701 |
| CREDITOR ID: 262282-12<br>SURPLUS TIRE CO INC<br>1934 US 70<br>MEBANE NC 27302 | CREDITOR ID: 262283-12<br>SURREY SQUARE MALL<br>500 CAREW TOWER<br>CINCINNATI OH 45202 | CREDITOR ID: 315907-40<br>SURREY SQUARE PARTNERS<br>441 VINE STREET<br>500 CAREW TOWER<br>CINCINNATI, OH 45202 |
| CREDITOR ID: 262285-12<br>SURRY COUNTY TAX COLLECTOR<br>PO BOX 576<br>PROPERTY TAX<br>DOBSON NC 27017-0576 | CREDITOR ID: 268722-31<br>SURRY DEPT PARKS & RECREATION<br>ATTN: IRVING JONES<br>205 ENOS FARM DR<br>SURRY VA 23883 | CREDITOR ID: 268723-31<br>SUSAN ALLEN<br>1921 HUNTING RIDGE RD<br>RALEIGH NC 27615-5515 |
| CREDITOR ID: 262288-12<br>SUSAN CAMPBELL<br>PO BOX 1946<br>LAPLACE LA 70069 | CREDITOR ID: 262289-12<br>SUSAN CARTER<br>221 BUCKEYE ROAD<br>SMOAKS SC 29481 | CREDITOR ID: 2608-07<br>SUSAN D. WILSON<br>MARKETPLACE OF DELRAY, LTD<br>3399 PGA BLVD. SUITE 450<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 262291-12<br>SUSAN EDMONDSON<br>PO BOX 134<br>VIOLET LA 70092 | CREDITOR ID: 262292-12<br>SUSAN ELWOOD<br>1401 NE 9TH STREET #8<br>FT LAUDERDALE FL 33304 | CREDITOR ID: 262294-12<br>SUSAN FOX<br>5277 NE 15 TER<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 384378-47<br>SUSAN FRANKS<br>8718 DESTINY COVE DRIVE<br>LOUISVILLE, KY 40229 | CREDITOR ID: 262296-12<br>SUSAN G HARTWICK<br>1164 STILLWELL ROAD<br>BELLE GLADE FL 33430 | CREDITOR ID: 262297-12<br>SUSAN G KOMEN BREAST CANCER FOUNDA<br>RACE FOR THE CURE<br>608 N ACADIA ROAD<br>THIBODAUX LA 70301 |
| CREDITOR ID: 262298-12<br>SUSAN J GOODWIN<br>159 NW 70TH STREET<br>BOCA RATON FL 33487 | CREDITOR ID: 262299-12<br>SUSAN K STEADMAN ATTORNEY AT LAW<br>PO BOX 455<br>HATTIESBURG, MS 39403-0455 | CREDITOR ID: 262300-12<br>SUSAN L STUDDARD<br>421 9TH STREET<br>PLEASANT GROVE AL 35127 |
| CREDITOR ID: 279394-36<br>SUSAN L. DAWSON<br>MARKS, MARKS, AND KAPLAN, LTD.<br>55 WEST MONROE STREET, SUITE 3300<br>CHICAGO IL 60603 | CREDITOR ID: 262302-12<br>SUSAN M JORDAN<br>1347 NW 55 AVENUE<br>LAUDERHILL FL 33313-0643 | CREDITOR ID: 262307-12<br>SUSAN WHITELEY<br>22002 HIGH RIDGE DRIVE<br>PANAMA CITY BEACH FL 32413 |
| CREDITOR ID: 262308-12<br>SUSANA BERANDINI<br>1527 JARVIS AVENUE<br>BRONX NY 10461-5604 | CREDITOR ID: 262309-12<br>SUSANA ROGERS<br>1962 TRENT ROAD<br>KRUM TX 76249 | CREDITOR ID: 262310-12<br>SUSANS SOUTHERN MARINADE<br>PO BOX 380<br>SHALIMAR, FL 32579 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262311-12<br>SUSHI EXPRESS<br>ATTN SAMMY LEUNG/SIU YIN CHAN, PRES<br>PO BOX 3516<br>WINTER PARK, FL 32790 | CREDITOR ID: 262312-12<br>SUSHI WITH GUSTO<br>ATTN NICK SPIAK, PRES<br>208 PENNSYLVANIA AVENUE<br>GREER, SC 29650 | CREDITOR ID: 262313-12<br>SUSIE P WATKINS LICENSE COMMIS<br>DALLAS COUNTY<br>PO BOX 987<br>SELMA AL 36702-0987 |
| CREDITOR ID: 262314-12<br>SUTTER COUNTY<br>DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 689<br>YUBA CITY CA 95992-0689 | CREDITOR ID: 262315-12<br>SUTTON ENGINEERING<br>3874 SAN JOSE PARK DR<br>SUITE 1<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 407432-97<br>SUTTON FERNERIES<br>ATTN: MICHELE SUTTON, VP<br>1950 NW 89TH PLACE<br>MIAMI FL 33172 |
| CREDITOR ID: 262316-12<br>SUTTON FERNERIES<br>PO BOX 226800<br>MIAMI FL 33122-6800 | CREDITOR ID: 405655-95<br>SUTTON FERNERIES<br>PO BOX 667600<br>MIAMI FL 33166-9402 | CREDITOR ID: 278958-30<br>SUTTON FERNERIES<br>ATTN: MICHELE SUTTON, VP<br>PO BOX 226800<br>MIAMI, FL 33122-6800 |
| CREDITOR ID: 407263-MS<br>SUTTON JR., WILLIAM H.<br>407 PERTHSHIRE DR.<br>ORANGE PARK FL 32073 | CREDITOR ID: 262317-12<br>SUTTON MACHINE SHOP INC<br>2200 DUNMORE CT<br>HIGH POINT NC 27263 | CREDITOR ID: 394244-56<br>SUTTON, NEKEISHA (MINOR)<br>3440 SW 28TH TERRACE<br>APT A<br>GAINESVILLE, FL 32608 |
| CREDITOR ID: 400420-85<br>SUTTON, NEKEISHA (MINOR)<br>C/O GARY MOODY, ESQ<br>MOODY & SALZMAN, P.A.<br>500 E. UNIVERSITY AVE., STE A<br>GAINESVILLE FL 32601 | CREDITOR ID: 262318-12<br>SUWANEE COUNTY INVESTORS LLC<br>20377 180TH STREET<br>LIVE OAK, FL 32060 | CREDITOR ID: 1914-RJ<br>SUWANEE COUNTY INVESTORS LLC<br>20377 180TH STREET<br>LIVE OAK, FL 32060 |
| CREDITOR ID: 268724-31<br>SUWANNEE CNTY REFUSE COLLECTN<br>ATTN: JERRY SIKES<br>129 S LIVE OAK<br>LIVE OAK FL 32060 | CREDITOR ID: 268725-31<br>SUWANNEE COUNTY<br>ATTN: JOHNNY WOOLEY<br>224 PINE AVE SW<br>LIVE OAK FL 32064-2315 | CREDITOR ID: 268726-14<br>SUWANNEE COUNTY TAX COLLECTOR<br>ATTN: GEORGE L BURNHAM JR<br>215 PINE AVE SW STE A<br>LIVE OAK FL 32064-2314 |
| CREDITOR ID: 262320-12<br>SUWANNEE DEMOCRAT<br>PO BOX 370<br>LIVE OAK, FL 32064 | CREDITOR ID: 262321-12<br>SUWANNEE LAWN & GARDEN INC<br>15290 US HWY 129<br>MCALPIN, FL 32062 | CREDITOR ID: 2609-07<br>SUWANNEE LAWN & GARDEN, INC.<br>15290 US HIGHWAY 129<br>MC  ALPIN FL 32062 |
| CREDITOR ID: 262322-12<br>SUWANNEE RIVER SHRINE CLUB<br>PO BOX 216<br>OLD TOWN FL 32680 | CREDITOR ID: 262323-12<br>SUWANNEE RIVER SUPPLY<br>PO BOX 709<br>1101 SOUTH DUVAL STREET<br>MADISON FL 32341 | CREDITOR ID: 268727-31<br>SUWANNEE RIVER WATER MGT DST<br>ATTN: JERRY A SCARBOROUGH<br>9225 COUNTY ROAD 49<br>LIVE OAK FL 32060-7056 |
| CREDITOR ID: 262324-12<br>SUWANNEE SWAPPER<br>PO BOX 422<br>MADISON, FL 32340 | CREDITOR ID: 262325-12<br>SUZANNE  VANTASSELL<br>7067 BUCKSKIN ROAD<br>TALLAHASSEE FL 32309 | CREDITOR ID: 381479-47<br>SUZANNE BROWN<br>23491 PLANK ROAD<br>ZACHARY, LA 70791 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262326-12<br>SUZANNE MASON<br>3931 DODD ROAD<br>BESSEMER AL 35023 | CREDITOR ID: 381622-47<br>SUZY PADGETT<br>JAX DIV STORE 2261<br>13200 BISCAYNE DR.<br>GRAND ISLAND FL 32735 | CREDITOR ID: 262327-12<br>SVZ INDUSTRIAL FRUITS & VEGETABLES<br>PO BOX 715<br>1500 N BROADWAY<br>OTHELLO WA 99344 |
| CREDITOR ID: 260270-12<br>SW (RED) SMITH INC<br>ATTN: DAVID FOSTER, VP<br>4145 SW 47TH AVENUE<br>DAVIE, FL 33314 | CREDITOR ID: 382087-36<br>SW (RED) SMITH, INC<br>CARL A SPATZ<br>GELB & SPATZ<br>3400 SOUTHWEST THIRD AVE<br>MIAMI FL 33145 | CREDITOR ID: 262328-12<br>SWABPLUS INC<br>ATTN GARRY TSAUR, PRES<br>9669 HERMOSA AVENUE<br>RANCHO CUCAMONGA, CA 91730 |
| CREDITOR ID: 399584-82<br>SWABY, DONALD<br>832 NE 146TH STREET<br>MIAMI  FL 33161 | CREDITOR ID: 392094-55<br>SWAFFORD, DORIS<br>C/O: ROBERT HARRISS<br>HARRISS & HARTMAN LAW FIRM<br>200 MCFARLAND BUILDING<br>P.O. DRAWER 220<br>ROSSVILLE GA 30741 | CREDITOR ID: 407264-MS<br>SWAFFORD, STEPHEN D.<br>635 KNIGHTON HILL RD<br>ROCK HILL SC 29732 |
| CREDITOR ID: 262329-12<br>SWAGGERTY SAUSAGE CO INC<br>2827 SWAGGERTY RD<br>KODAK, TN 37764 | CREDITOR ID: 385335-54<br>SWAIN, JANICE<br>430 N. BRINK AVE.<br>SARASOTA, FL 34237 | CREDITOR ID: 390642-55<br>SWAIN, JANICE<br>C/O: JAMES RICHARD HOOPER, ESQ.<br>LAW OFFICES OF JAMES RICHARD HOOPER<br>P.O. BOX 540509<br>815 N GARLAND AVE. (32801)<br>ORLANDO FL 32854-0509 |
| CREDITOR ID: 387612-54<br>SWAIN, SUSAN<br>50 WEST LAKEVIEW DRIVE<br>APT# 103<br>CLINTON MS 39056 | CREDITOR ID: 392089-55<br>SWAIN, SUSAN<br>C/O: TINA NICHOLSON<br>NICHOLSON LAW FIRM<br>4500 I55 N, SUITE 216<br>JACKSON MS 39211 | CREDITOR ID: 262330-12<br>SWAINS TRUCK CARE<br>ATTN: THOMAS L SWAIN, OWNER<br>PO BOX 408<br>CARNESVILLE, GA 30521 |
| CREDITOR ID: 2610-07<br>SWANEE COUNTY MALL<br>PO BOX 2628<br>WILMINGTON NC 28402 | CREDITOR ID: 391641-55<br>SWANN, SUSAN B<br>C/O: JON E LEWIS<br>ROBERT  F.  LEWIS  P.C.<br>315  FRANK NELSON BLDG<br>205 N. 20TH ST<br>BIRMINGHAM AL 35203-4705 | CREDITOR ID: 375393-44<br>SWANNER, JAMES S.<br>MTG DIV STORE# 583<br>7198 JIMMY SMITH RD<br>BAILEY, MS 39320 |
| CREDITOR ID: 388473-54<br>SWANSON, CHARLENE<br>1910 HUNTER CLUB LANE<br>NORCROSS, GA 30093 | CREDITOR ID: 399585-82<br>SWANSON, ZABAYDA<br>1440 RIVERMONT HEIGHTS ROAD<br>MARTINSVILLE  VA 24112 | CREDITOR ID: 262332-12<br>SWDI LLC<br>PO BOX 490<br>LAROSE LA 70373 |
| CREDITOR ID: 262331-12<br>SWDI LLC<br>PO BOX 9077<br>HOUMA, LA 70361 | CREDITOR ID: 262333-12<br>SWE INC DBA SOUTHWEST ENGINEERS<br>PO BOX 4264<br>GULFPORT MS 39502-4264 | CREDITOR ID: 262334-12<br>SWEDISH MATCH<br>PO BOX 532505<br>ATLANTA, GA 30353-2505 |
| CREDITOR ID: 405658-95<br>SWEDISH MATCH<br>PO BOX 986<br>OWENSBORO KY 42302-0986 | CREDITOR ID: 262335-12<br>SWEDISH MATCH CIGARS INC<br>PO BOX 642975<br>PITTSBURGH, PA 15264-2975 | CREDITOR ID: 384380-47<br>SWEEP MASTERS<br>14231 SEAWAY ROAD, SUITE C1<br>GULFPORT, MS 39503 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405659-95<br>SWEEP MASTERS<br>PO BOX 3116<br>GULFPORT MS 39505 | CREDITOR ID: 262336-12<br>SWEEP MASTERS, INC<br>ATTN DONALD & SHERYL ODOM<br>14231 SEAWAY ROAD, SUITE C1<br>GULFPORT, MS 39503 | CREDITOR ID: 262337-12<br>SWEEPRIGHT INC<br>PO BOX 1528<br>SPOTSLYVANIA, VA 22553 |
| CREDITOR ID: 262338-12<br>SWEET & FANCY MELONS<br>4516 DECATUR ST<br>MARIANNA FL 32446 | CREDITOR ID: 262339-12<br>SWEET BLESSINGS<br>23805 STUART RANCH ROAD #220<br>MALIBU, CA 90265 | CREDITOR ID: 262340-12<br>SWEET HOME CHRISTIAN CENTER<br>434 JACKSON ST<br>KENNER, LA 70062 |
| CREDITOR ID: 262341-12<br>SWEET ONION TRADING CORP<br>PO BOX 704<br>GRANT FL 32949-0704 | CREDITOR ID: 386197-54<br>SWEETING, CINQUE (MINOR)<br>158768 SW 3RD #106<br>PEMBROKE PINES, FL 33025 | CREDITOR ID: 391346-55<br>SWEETING, CINQUE (MINOR)<br>C/O: ROBIN E. MOORE<br>JOHN E. BERGENDAHL<br>701 BRICKELL AVE SUITE 2080<br>MIAMI FL 33131 |
| CREDITOR ID: 391417-55<br>SWEETING, NORA E<br>C/O: STEPHEN E. RENICK, ESQ.<br>LUCAS, RENICK, P.A.<br>211 NORTH KROME AVENUE<br>HOMESTEAD FL 33030 | CREDITOR ID: 262342-12<br>SWEETWORKS INC<br>PO BOX 798018<br>ST POUIS, MO 63179-8000 | CREDITOR ID: 405660-95<br>SWEETWORKS INC<br>2 COKE ROAD<br>ST AUGUSTINE FL 32086 |
| CREDITOR ID: 399443-15<br>SWEETWORKS, INC<br>ATTN RALPH J NICOSIA, CFO<br>3500 GENESEE STREET<br>BUFFALO NY 14225 | CREDITOR ID: 268728-31<br>SWG LLC<br>ATTN: SANDRO GARCIA<br>4411 HILLARY CIR<br>WEST PALM BEACH FL 33406-7550 | CREDITOR ID: 268729-31<br>SWG LTD<br>ATTN: SCOTT GEHRKE<br>194 LIBERTY LN<br>CANTON GA 30114-5362 |
| CREDITOR ID: 260272-12<br>SWH SUPPLY CO INC<br>ATTN KELLY WRIGHT, ACCT MGR<br>242 E MAIN ST<br>LOUISVILLE, KY 40202-1295 | CREDITOR ID: 260271-12<br>SWH SUPPLY CO INC<br>1290 INDUSTRY ROAD<br>LEXINGTON, KY 40505 | CREDITOR ID: 262343-12<br>SWH SUPPLY COMPANY CINCINNATI<br>5197 FISHWICK DRIVE<br>CINCINNATI OH 45216 |
| CREDITOR ID: 262344-12<br>SWIFT & CO<br>PO BOX 88920<br>CHICAGO, IL 60695-1920 | CREDITOR ID: 405661-95<br>SWIFT & CO<br>P O BOX 1067 FILE 96364<br>CHARLOTTE NC 28201-1067 | CREDITOR ID: 279395-36<br>SWIFT & COMPANY<br>C/O MICHAEL HAJOST<br>1770 PROMONTORY CIRCLE<br>GREELEY  CO 80634 |
| CREDITOR ID: 262345-12<br>SWIFT DELIVERY<br>1530 DEER MOSS LANE<br>DELAND FL 32720 | CREDITOR ID: 262346-12<br>SWIFT INDUSTRIAL POWER INC<br>10917 MCBRIDE LN<br>KNOXVILLE TN 37932 | CREDITOR ID: 262347-12<br>SWIFT TRANSPORTATION CO INC<br>PO BOX 643116<br>CINCINNATI, OH 45264-3116 |
| CREDITOR ID: 405662-95<br>SWIFT TRANSPORTATION CO INC<br>PO BOX 70406<br>CHICAGO IL 60673-0406 | CREDITOR ID: 244671-12<br>SWINDLE, CAROLYN S<br>12186 WILDLIFE ROAD<br>DUNCANVILLE AL 35456 | CREDITOR ID: 262348-12<br>SWING-A-WAY<br>PO BOX 18015B<br>SAINT LOUIS, MO 63160-0001 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262349-12<br>SWISHER HYGIENE<br>PO BOX 473526<br>CHARLOTTE, NC 28247-3526 | CREDITOR ID: 399457-79<br>SWISHER HYGIENE<br>ATTN: DEBRA BECK<br>6849 FAIRVIEW ROAD<br>CHARLOTTE NC 28210 | CREDITOR ID: 381114-47<br>SWISHER INTERNATIONAL INC<br>DEPT CH 17017<br>PALATINE, IL 60055-7017 |
| CREDITOR ID: 384381-47<br>SWISHER INTERNATIONAL INC<br>PO BOX 88856<br>CHICAGO, IL 60695-1856 | CREDITOR ID: 262350-12<br>SWISHER INTERNATIONAL INC<br>PO BOX 532421<br>ATLANTA, GA 30353-2421 | CREDITOR ID: 405663-95<br>SWISHER INTERNATIONAL INC<br>ATTN NANCY<br>4590 E 16TH STREET<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 279141-33<br>SWISHER INTERNATIONAL, INC.<br>C/O BUSH ROSS GARDNER WARREN & RUDY<br>PO BOX 3913<br>TAMPA  FL 33601-3913 | CREDITOR ID: 262351-12<br>SWISS RE INVESTORS INC<br>C/O LAUREATE CAPITAL CORP<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 | CREDITOR ID: 1915-RJ<br>SWISS RE INVESTORS INC<br>C/O LAUREATE CAPITAL CORP<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 |
| CREDITOR ID: 376216-44<br>SWOKOWSKI, MICHAEL<br>CHR DIV 2036<br>380 ALAN CIRCLE<br>SALISBURY, NC 28147 | CREDITOR ID: 399845-84<br>SWORD, NINA<br>3729 DUNES RD<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 268730-31<br>SWR BOCA TECH HOLDINGS INC<br>ATTN: SHELDON RUBIN<br>7120 LIONS HEAD LN<br>BOCA RATON FL 33496-5937 |
| CREDITOR ID: 382950-51<br>SXC HEALTH SOLUTIONS<br>7047 E GREENWAY PARKWAY, SUITE 360<br>SCOTTSDALE, AZ 85254 | CREDITOR ID: 262352-12<br>SY CHADROFF PA<br>300 ISLAND BLVD<br>UNIT 401<br>AVENTURA FL 33160 | CREDITOR ID: 262353-12<br>SYCAMORE HIGH SCHOOL<br>7400 CORNELL ROAD<br>CINCINATTI OH 45242 |
| CREDITOR ID: 268731-31<br>SYCAMORE WATER & SEWER AUTH<br>ATTN: BRUCE ABERNATHY<br>650 MAIN ST<br>SYCAMORE AL 35149 | CREDITOR ID: 262354-12<br>SYDNEY MINE SECTION 106 ORDER GROUP<br>MCKINNON & SISK PLC<br>406 W FRANKLIN STREET<br>ATTN JAMES E MCKINNON<br>RICHMOND VA 23220-4906 | CREDITOR ID: 373622-44<br>SYKES, AMANDA<br>KINGSPORT POLICE DEPT<br>200 SHELBY STREET<br>KINGSPORT, TN 37660 |
| CREDITOR ID: 373621-44<br>SYKES, AMANDA<br>2450 MEMORIAL BLVD<br>KINGSPORT, TN 37664 | CREDITOR ID: 262355-12<br>SYLCREE INDUSTRIAL TIRE<br>4605 SYLVESTER RD<br>SYLVESTER GA 31791 | CREDITOR ID: 395361-63<br>SYLVANIA<br>186 WIND CHIME COURT, SUITE 200<br>RALEIGH, NC 27615 |
| CREDITOR ID: 395734-65<br>SYLVANIA LIGHTING SERVICES<br>207 KELSEY LANE, SUITE A<br>TAMPA, FL 33619 | CREDITOR ID: 395736-65<br>SYLVANIA LIGHTING SERVICES CORPORATION<br>186 WIND CHIME COURT, SUITE 200<br>RALEIGH, NC 27615 | CREDITOR ID: 262357-12<br>SYLVESTER THACKER<br>1385 REGAL OAKS<br>CLOVER SC 29710 |
| CREDITOR ID: 388671-54<br>SYLVESTER, DELORES<br>1184 W 28TH ST<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 392712-55<br>SYLVESTER, DELORES<br>C/O: THOMAS M. BATES<br>THOMAS M. BATES, PA<br>515 NORTH FLAGLER DRIVE<br>SUITE 300- PAVILION<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 386569-54<br>SYLVESTER, TYRONE<br>2401 JAMMES ROAD<br>#37<br>JACKSONVILLE FL 32210 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391587-55<br>SYLVESTER, TYRONE<br>C/O JONATHAN ISRAEL<br>1809 ART MUSEUM DR. STE# 203<br>1809 ART MUSEUM DR.<br>STE# 203<br>JACKSONVILLE FL 32207 | CREDITOR ID: 262358-12<br>SYLVIA BALTUTAT<br>68895 PEREZ ROAD<br>ROOM 22 PMB 170<br>CATHEDRAL CITY CA 92234 | CREDITOR ID: 262359-12<br>SYLVIA M MOCSARY<br>13223 EPARNELL AVENUE<br>BATON ROUGE LA 70815 |
| CREDITOR ID: 262360-12<br>SYLVIA ROBINSON<br>PO BOX 758<br>HILLARD FL 32046 | CREDITOR ID: 262361-12<br>SYLVIA S REGALADO<br>8610 NW 26 PLACE<br>SUNRISE FL 33322 | CREDITOR ID: 382247-51<br>SYMBOL TECHNOLOGIES<br>ONE SYMBOL PLAZA, M/S A26<br>HOLTSVILLE, NY 11742 |
| CREDITOR ID: 262362-12<br>SYMBOL TECHNOLOGIES INC<br>DEPT AT 40229<br>ATLANTA, GA 31192-0229 | CREDITOR ID: 374093-44<br>SYMES, CARLY E<br>31193 WAKEFIELD DRIVE<br>SPANISH FORT, AL 36527 | CREDITOR ID: 388170-54<br>SYMMONDS, LINDA<br>9190 COGGAN DRIVE<br>CINCINNATI OH 45231-2910 |
| CREDITOR ID: 392397-55<br>SYMMONDS, LINDA<br>C/O ROBERT REED<br>22 W. NINTH ST<br>CINCINNATI OH 45202 | CREDITOR ID: 390277-54<br>SYMONDS, CHRIS<br>803 BLANDFORD AVE<br>COLUMBUS GA 31906 | CREDITOR ID: 262363-12<br>SYMRISE INC<br>PO BOX 35559<br>NEWARK NJ 07193 |
| CREDITOR ID: 262364-12<br>SYNAGRO SOUTHEAST FLORIDA<br>% SYNAGRO TECHNOLOGIES INC<br>012631 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 405665-95<br>SYNAGRO SOUTHEAST FLORIDA<br>7533 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 262365-12<br>SYNDICATE SALES INC<br>ATTN ALETHA ANDERSON, CR MGR<br>DEPARTMENT 0609<br>CINCINNATI, OH 45263-0609 |
| CREDITOR ID: 262366-12<br>SYNDICATED OFFICE SYSTEMS<br>2699 STIRLING RD STE A-302<br>C/O BACEN & JORDAN PA<br>FT LAUDERDALE, FL 33312 | CREDITOR ID: 262368-12<br>SYNERGY GAS CORP<br>5316 CALHOUN MEMORIAL HWY<br>EASLEY, SC 29640 | CREDITOR ID: 245064-12<br>SYRACUSE, CHARLES<br>7105 COUNTRY CLUB DRIVE<br>HUDSON, FL 34667 |
| CREDITOR ID: 262369-12<br>SYROCO<br>PO BOX 64928<br>BALTIMORE, MD 21264-4928 | CREDITOR ID: 405667-95<br>SYROCO<br>ATTN S. HOPLER CREDIT MANAGER<br>7528 STATE FAIR BOULEVARD<br>BALDWINSVILLE NY 13027 | CREDITOR ID: 262370-12<br>SYSCO<br>ATTN DAVID CZERW, DIR OF CREDIT<br>PO BOX 37045<br>JACKSONVILLE FL 32236 |
| CREDITOR ID: 262371-12<br>SYSCO FOOD SERVICE<br>PO BOX 37045<br>JACKSONVILLE, FL 32236-7045 | CREDITOR ID: 382089-36<br>SYSCO FOOD SVCS OF CENTRAL ALABAMA<br>LOUIS W DIESS, III<br>MCCARRON & DIESS<br>4900 MASSACHUSETTS AVE, NW<br>WASHINGTON DC 20016 | CREDITOR ID: 262372-12<br>SYSTECH CORPORATION<br>DEPT CH 10787<br>PALATINE IL 60055-0787 |
| CREDITOR ID: 262373-12<br>SYSTECH RETAIL SYSTEMS INC<br>PO BOX 1070<br>CHARLOTTE NC 28201-1070 | CREDITOR ID: 262374-12<br>SYSTEL BUSINESS EQUIPMENT<br>ATTN JACLYN JOHNSON<br>PO BOX 35870<br>FAYETTEVILLE, NC 28303-0870 | CREDITOR ID: 262375-12<br>SYSTEMARK FACSIMILE DIVISION<br>36126 HICKORY STREET<br>FRUITLAND PARK, FL 34731 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 262376-12
SYSTEMS ANALYSIS INC
PO BOX 660137
BIRMINGHAM AL 35266-0137

CREDITOR ID: 262378-12
SYSTRAN FINANCIAL SERVICES CORP
PO BOX 640296
PITTSBURGH PA 15264-0296

CREDITOR ID: 262377-12
SYSTRAN FINANCIAL SERVICES CORP TSD
PO BOX 676246
DALLAS TX 75267-6246

CREDITOR ID: 387146-54
SZENTADRJARY, MICHELLE
4221 SW 73RD TERRACE
DAVIE, FL 33314

CREDITOR ID: 391731-55
SZENTADRJARY, MICHELLE
C/O PRINCE & GLICK, PA
ATTN JOSEPH GLICK, ESQ
1112 SE 3RD AVENUE
FORT LAUDERDALE FL 33316

CREDITOR ID: 406111-15
SZER, REBECCA (MINOR) & CAROL INDIV
AND AS PARENT AND GUARDIAN
C/O DELUCA & MAUCHER, LLP
ATTN MICHAEL A MAUCHER, ESQ
102 MARILYN STREET, PO BOX 9
GOOSE CREEK SC 29445

CREDITOR ID: 388547-54
SZEWCZYK, MICHELLE
3639 ECCLESTON
ORLANDO, FL 32805

CREDITOR ID: 387288-54
SZYMANEK, PHYLLIS
1028 #9 APOLLO BEACH BLVD
APOLLO BEACH, FL 33572

CREDITOR ID: 259953-12
SZYMANKIEWICZ, RONALD  JR
5632 ROCK OAK COURT
SNOW CAMP, NC 27349

CREDITOR ID: 262380-12
T & B POWER WASH
2401 HARRINGTON ROAD
MONTGOMERY AL 36116

CREDITOR ID: 262381-12
T & H HAMBURGERS & BBQ
2520 FAIRGROUND ROAD
MONTGOMERY, AL 36107

CREDITOR ID: 262383-12
T & L PRINTING
1730 WILLIAMSBURG DR
STE 3
JEFFERSONVILLE, IN 47130

CREDITOR ID: 262384-12
T & M SERVICES CENTER
31 NE 1ST STREET
POMPANO BEACH FL 33060

CREDITOR ID: 262385-12
T & S FIRE AND SECURITY INC
3025 RANDLEMAN ROAD
GREENSBORO, NC 27406

CREDITOR ID: 262387-12
T & T MACHINE SHOP
444 EVERGREEN RD
FITZGERALD, GA 31750

CREDITOR ID: 262388-12
T A CLEANING SERVICES
8402 PLUM RUN DRIVE
SELLERSBURG, IN 47172

CREDITOR ID: 262389-12
T C MANUFACTURING CO DBA PAK - SHER
PO BOX 54772
NEW ORLEANS, LA 70154-4772

CREDITOR ID: 262391-12
T H BRIGGS HARDWARE
2533-104 ATLANTIC AVENUE
RALEIGH NC 27604

CREDITOR ID: 262392-12
T H HARRIS MIDDLE SCHOOL
911 ELISE AVE
METAIRIE, LA 70003

CREDITOR ID: 262393-12
T J BLACKBURNS SYRUP WKS
PO BOX 928
JEFFERSON, TX 75657

CREDITOR ID: 268732-31
T J ELLISON FILTRATION INC
ATTN: NEWT HANSON JR
1432 OAK GROVE RD
KINGS MOUNTAIN NC 28086

CREDITOR ID: 268733-31
T J JORDAN INC
ATTN: JOSEPH P JORDAN
2431 E WITHLACOOCHEE TRL
DUNNELLON FL 34434-3726

CREDITOR ID: 262394-12
T J SAMSON COMMUNITY HOSPITAL
1301 N RACE ST
GLASGOW KY 42141-3483

CREDITOR ID: 262395-12
T K HARRIS COMM RE SER
3930 FULTON DR NW
STE 206
CANTON, OH 44718-3040

CREDITOR ID: 262397-12
T K PRODUCE INC
1907 S FLORIDA AVE
LAKELAND FL 33803

CREDITOR ID: 262398-12
T M TRUCK REPAIR AND MAINTENANCE CO
PO BOX 1501
HENDERSONVILLE NC 28793

CREDITOR ID: 262399-12
T MARZETTI CO
DEPT L-818
COLUMBUS OH 43260-0001

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405669-95<br>T MARZETTI CO<br>ATTN: SHARON CORIELL<br>1105 SCHROCK ROAD<br>PO BOX 29163<br>COLUMBUS OH 43229 | CREDITOR ID: 278959-30<br>T MARZETTI CO<br>ATTN ELAINE SCHOONOVER<br>PO BOX 29163<br>COLUMBUS, OH 43229 | CREDITOR ID: 279050-32<br>T MARZETTI COMPANY<br>ATTN:  DOUGLAS A. FELL<br>V.P. OF FINANCE & ADMINISTRATION<br>1105 SCHROCK ROAD<br>PO BOX 29163<br>COLUMBUS OH 43229-0163 |
| CREDITOR ID: 262402-12<br>T R C A<br>PO BOX 1490<br>DENTON, TX 76202 | CREDITOR ID: 262403-12<br>T R LEE OIL & L P GAS<br>400 WEST MAIN ST<br>CLAYTON, NC 27520 | CREDITOR ID: 405670-95<br>T W GARNER FOOD CO<br>PO BOX 4329<br>WINSTON SALEM NC 271154329 |
| CREDITOR ID: 397328-69<br>T& A ENTERPRISE<br>3208 OLIVER RD.<br>JEANERETTE, LA 70544 | CREDITOR ID: 397813-75<br>T&A ENTERPRISE<br>3208 OLIVIER ROAD<br>JEANERETTE, LA 70544 | CREDITOR ID: 262382-12<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122 |
| CREDITOR ID: 395738-65<br>T&K LAWN SERVICES<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122 | CREDITOR ID: 262408-12<br>T&M HEATING & AIR CONDITIONING<br>PO BOX 1582<br>BAY MINETTE, AL 36507 | CREDITOR ID: 262386-12<br>T&S JEWELL INC DBA OVERHEAD DOOR CO<br>5454 EAST RUSSELL STREET<br>FAYETTEVILLE NC 28301 |
| CREDITOR ID: 892-03<br>T.R. LEE OIL<br>400 WEST MAIN STREET<br>CLAYTON NC 27520 | CREDITOR ID: 403207-99<br>TA CRESTHAVEN LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 262409-12<br>TA M TRAMMELL<br>2519 RALPH AVENUE<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 278782-99<br>TA/WESTERN LLC<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI/STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 403200-99<br>TA/WESTERN LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 262410-12<br>TA/WESTERN LLC (POM. MKTPLCE)<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>SUITE 600<br>MIAMI BEACH, FL 33140 |
| CREDITOR ID: 399356-15<br>TAB OF NORTHEAST FLORIDA, INC DBA<br>FILING SOURCE INC<br>ATTN CANDICE E BOBECK, PRES<br>PO BOX 551467<br>JACKSONVILLE FL 32255-1467 | CREDITOR ID: 315908-40<br>TABANI ADMORE OK LLC<br>C/O TABANI GROUP INC<br>2765 TRINITY MILLS ROAD<br>SUITE 407<br>CARROLLTON, TX 75006 | CREDITOR ID: 262411-12<br>TABETHA O DUDLEY<br>830 NW 155TH LANE<br>MIAMI FL 33169 |
| CREDITOR ID: 262412-12<br>TABITHA A BELLOTTE<br>1448 SEAGULL DR<br>APT 205<br>PALM HARBOR FL 34685-3461 | CREDITOR ID: 262414-12<br>TABLES & CHAIRS INC<br>2135 AMERICAN INDUSTRIAL WAY<br>ATLANTA, GA 30341-2405 | CREDITOR ID: 388121-54<br>TABOADA, LUIS<br>15111 SW 297TH STREET<br>LEISURE CITY FL 33033 |
| CREDITOR ID: 392369-55<br>TABOADA, LUIS<br>C/O: ELLIOTT LUCAS<br>LUCAS, RENICK, P.A.<br>211 NORTH KROME AVENUE<br>HOMESTEAD FL 33030 | CREDITOR ID: 262415-12<br>TACTICA INTERNATIONAL INC<br>11 WEST 42ND STREET<br>NEW YORK, NY 10036 | CREDITOR ID: 377255-44<br>TADCO THE TAD KAMINSKY CO INC<br>PO BOX 828<br>OSPREY FL 34229 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 264431-12
TADLOCK, WARREN L
STANDING CHAPTER 13 TRUSTEE
PO BOX 30097
CHARLOTTE, NC 28230-0097

CREDITOR ID: 406283-93
TAGUIAM, MICHAEL
18 DAIRY FARM DRIVE
BROOKFIELD CT 06804

CREDITOR ID: 389968-54
TAHA, SHANNON
212 MAJESTIC DRIVE
RAYNE, LA 70578

CREDITOR ID: 393489-55
TAHA, SHANNON
C/O: DONALD L. MAYEUX, ESQUIRE
DONALD L. MAYEUX, ATTORNEY AT LAW
211 NORTH 2ND STREET
EUNICE LA 70535

CREDITOR ID: 262416-12
TAI FOONG USA INC
ATTN GIL G MARTIN, CREDIT MGR
SDS 12-2410
PO BOX 86
MINNEAPOLIS, MN 55486-2410

CREDITOR ID: 405671-95
TAI FOONG USA INC
PO BOX 84868
SEATTLE WA 98124-6168

CREDITOR ID: 279078-32
TAI FOONG USA, INC.
C/O PRESTON, GATES & ELLIS LLP
925 FOURTH AVENUE, STE 2900
SEATTLE  WA 98104

CREDITOR ID: 262417-12
TAILGATE PARTY PLATES INC
1441 HWY 81 SOUTH
LOGANVILLE, GA 30052

CREDITOR ID: 262418-12
TAKARA V FIELDS
6923 3RD STREET
JUPITER FL 33407

CREDITOR ID: 262419-12
TAKOMA ADVENTIST HOSPITAL
401 TAKOMA AVE
GREENEVILLE, TN 37743

CREDITOR ID: 262420-12
TALCOR COMMERCIAL REAL ESTATE
SERVICES INC/MONTICELLO SQUARE
ATT MR E MURRAY JR/SUITE 200-A
1018 THOMASVILLE RD
TALLAHASSEE FL 32303

CREDITOR ID: 381127-47
TALG MIAMI
PO BOX 277461
ATLANTA, GA 30384-7461

CREDITOR ID: 384382-47
TALG MIAMI
PO BOX 933044
ATLANTA, GA 31193-3044

CREDITOR ID: 262421-12
TALLADEGA COMMUNITY BUILDERS
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 262424-12
TALLADEGA SURGERY ASSCO PA
803 NORTH STREET EAST
TALLADEGA, AL 35160

CREDITOR ID: 262426-12
TALLAHASSEE ADVERTISER
PO BOX 2213
TALLAHASSEE, FL 32316-2213

CREDITOR ID: 262427-12
TALLAHASSEE ADVERTISER
PO BOX 3696
TALLAHASSEE FL 32303

CREDITOR ID: 262428-12
TALLAHASSEE BOTTLING CO
PO BOX 2704
TALLAHASSEE, FL 32316

CREDITOR ID: 262429-12
TALLAHASSEE COMMUNITY
444 APPLEYARD DRIVE
TALLAHASSEE FL 32304

CREDITOR ID: 384383-47
TALLAHASSEE DEMOCRAT
1990 WOODMORE ROAD
PERRY, FL 32347

CREDITOR ID: 262435-12
TALLAHASSEE DEMOCRAT
WILLIAM PARENT
3589 WHIPPOORWILL WAY
TALLAHASSEE FL 32310

CREDITOR ID: 262434-12
TALLAHASSEE DEMOCRAT
ATTN: CREDIT DEPT
PO BOX 10
TALLAHASSEE, FL 32302-0010

CREDITOR ID: 262433-12
TALLAHASSEE DEMOCRAT
6544 MONTROSE TRAIL
TALLAHASSEE FL 32308

CREDITOR ID: 262432-12
TALLAHASSEE DEMOCRAT
4231 ROCKINGHAM
TALLAHASSEE FL 32303

CREDITOR ID: 262431-12
TALLAHASSEE DEMOCRAT
277 N MAGNOLIA
TALLAHASSEE, FL 32301

CREDITOR ID: 405673-95
TALLAHASSEE DEMOCRAT
211 WOODMORE ROAD
PERRY FL 32347

CREDITOR ID: 262436-12
TALLAHASSEE LOCK & KEY INC
PO BOX 13693
TALLAHASSEE FL 32317

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262438-12<br>TALLAHASSEE MEMORIAL<br>HEALTHCARE QUINCY<br>600 LASALLE LEFFALL DR<br>QUINCY FL 32351 | CREDITOR ID: 262437-12<br>TALLAHASSEE MEMORIAL HEALTHCARE<br>600 LASALLE LEFFALL DRIVE<br>QUINCY, FL 32351 | CREDITOR ID: 406273-97<br>TALLAHASSEE MEMORIAL HEALTHCARE QUI<br>ATTN: PAM CRAUN, CBO INSUR COORD<br>1309 THOMASVILLE ROAD<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 381464-47<br>TALLAHASSEE MEMORIAL HEALTHCARE QUINCY<br>ATTN: PAM CRAUN, CBO INSUR COORD<br>600 LASALLE LEFFALL DR<br>QUINCY, FL 32351 | CREDITOR ID: 268734-31<br>TALLAHASSEE WATER QUALITY<br>ATTN: JAMIE SHAKAR<br>3805 SPRINGHILL RD<br>TALLAHASSEE FL 32305-6502 | CREDITOR ID: 268735-31<br>TALLAHATCHIE CNTY ADMINSTRATOR<br>ATTN: DAVID RAUNSVILLE<br>6 S SQUARE ST<br>CHARLESTON MS 38921-2300 |
| CREDITOR ID: 247642-12<br>TALLANT, DAVE<br>9717-4 EMERALD POINT DRIVE<br>CHARLOTTE, NC 28278 | CREDITOR ID: 262439-12<br>TALLAPOOSA CLERK OF COURT<br>PO BOX 189<br>ALEXANDER CITY, AL 35011 | CREDITOR ID: 240678-06<br>TALLAPOOSA COUNTY HEALTH DEPT<br>2078 SPORTPLEX BLVD<br>ALEXANDER CITY AL 35010 |
| CREDITOR ID: 318467-42<br>TALLAPOOSA COUNTY REVENUE COMMISSIONER<br>125 N BROADNAX ST RM 106<br>DADEVILLE, AL 36853-1371 | CREDITOR ID: 2612-07<br>TALLAPOOSA HOLDINGS, LLC<br>ROBERT WOLF<br>4706 18TH AVENUE<br>BROOKLYN NY 11204 | CREDITOR ID: 405985-99<br>TALLAPOOSA PUBLISHERS INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 |
| CREDITOR ID: 262442-12<br>TALLAPOOSA PUBLISHERS, INC<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 | CREDITOR ID: 262442-12<br>TALLAPOOSA PUBLISHERS, INC<br>PO BOX 999<br>ALEXANDER CITY, AL 35011-0999 | CREDITOR ID: 262444-12<br>TALLASSEE TRIBUNE<br>PO DRAWER 780730<br>TALLASSEE, AL 36078-0730 |
| CREDITOR ID: 262445-12<br>TALLEVAST SUBURBAN PROPANE<br>PO BOX 856<br>TALLEVAST, FL 34270-0856 | CREDITOR ID: 387094-54<br>TALLEY, KATHERINE<br>321 BURNS RD.<br>ELLENBORO NC 28040 | CREDITOR ID: 262446-12<br>TALLEYS METAL FABRICATING CO<br>1015 N COURT STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 262447-12<br>TALLOWMASTERS LLC<br>9401 NW 106TH STREET STE #102<br>MEDLEY, FL 33178 | CREDITOR ID: 262448-12<br>TALLULAH PUBLISHING INC<br>D/B/A THE MADISON JOURNAL<br>PO BOX 791<br>TALLULAH, LA 71284 | CREDITOR ID: 386069-54<br>TALMADGE, CLAIR<br>5601 ROSE BRIARWAY<br>ORLANDO, FL 32822 |
| CREDITOR ID: 391266-55<br>TALMADGE, CLAIR<br>C/O: J. BRENAN BUTLER<br>BUTLER & BUTLER ATTORNEYS AT LAW<br>119 METAIRIE LAWN DRIVE<br>METAIRIE LA 70001 | CREDITOR ID: 262449-12<br>TALQUIN ELECTRIC<br>PO BOX 1679<br>QUINCY, FL 32353-1679 | CREDITOR ID: 407265-MS<br>TALTON, MARK<br>5537 ALEXIS FOREST LANE<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 382245-51<br>TALX CORPORATION<br>1850 BROMAN COURT<br>ST. LOUIS, MO 63146 | CREDITOR ID: 262451-12<br>TALX CORPORATION<br>ATTN BILL BARGE, BUSINESS ANALYST<br>PO BOX 790051<br>ST LOUIS MO 63179 | CREDITOR ID: 403959-94<br>TAM, TERESA<br>7247 SHARPSBURG BLVD<br>NEW PORT RICHEY FL 34653-0612 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262452-12<br>TAMARA BAFFORD<br>10 SPARROW LANE<br>TRENTON SC 29847 | CREDITOR ID: 262453-12<br>TAMARA J EMMERT<br>2457 NORTHWOOD DRIVE<br>JACKSONVILLE NC 28540 | CREDITOR ID: 262454-12<br>TAMARA MARSHALL<br>128 FAULK DRIVE<br>MILLBROOK AL 36054 |
| CREDITOR ID: 262455-12<br>TAMARA Y WEEKS<br>3056 COUNTY ROAD 305<br>BUNNELL FL 32110 | CREDITOR ID: 392337-55<br>TAMAYO, MELONIE (MINOR)<br>C/O: EDUARDO D. ARANGO, ESQUIRE<br>BOGIN, MUNNS & MUNNS<br>P.O. BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 388069-54<br>TAMAYO, MELONIE (MINOR)<br>653 LAUREL LAKES COURT<br>ORLANDO, FL 32825 |
| CREDITOR ID: 262457-12<br>TAMECKA L HAMMONDS<br>2307 SUMMER CT DRIVE<br>JONESBORO GA 30236 | CREDITOR ID: 262458-12<br>TAMEKA SINGLETON<br>3402 WHITING AVENUE<br>MONTGOMERY AL 36105 | CREDITOR ID: 262460-12<br>TAMIKA M EVANS<br>231 S JOSEPH AVENUE<br>PRICHARD AL 36610 |
| CREDITOR ID: 262461-12<br>TAMIKA S MCKAIN<br>1065 ABAGAIL DRIVE<br>DELTONA FL 32725 | CREDITOR ID: 262464-12<br>TAMMY CODY<br>2704 REGAN ROAD<br>DENTON NC 27239 | CREDITOR ID: 262465-12<br>TAMMY CRUMPT<br>9 STEDLYN CIRCLE<br>HAMPTON VA 23664 |
| CREDITOR ID: 262466-12<br>TAMMY D CHAPMAN<br>2542 DR MARTIN LUTHER KING<br>SARASOTA FL 34234 | CREDITOR ID: 262467-12<br>TAMMY FRANKS AS PARENT & NATURAL<br>GUARDIAN OF THOMAS FRANK<br>2500 WILD FLOWER LANE<br>LAWRENCEVILLE GA 30044 | CREDITOR ID: 262468-12<br>TAMMY G HUNTER<br>293 OLD QUICK ROAD<br>FAYETTEVILLE TN 37334 |
| CREDITOR ID: 262470-12<br>TAMMY LASHONE FOSTER<br>PO BOX 383<br>LOACHAPOKA AL 36865 | CREDITOR ID: 262471-12<br>TAMMY LYONS<br>117 EAST HALL STREET<br>THOMSON GA 30824 | CREDITOR ID: 262472-12<br>TAMMY M PEREZ<br>1013 PEMBROOK DR<br>COLUMBUS GA 31907 |
| CREDITOR ID: 262473-12<br>TAMMY N ADKISON<br>1920-118 MARION CO ROAD<br>WEIRSDALE FL 32195 | CREDITOR ID: 384384-47<br>TAMMY POTTER<br>589 LOOM FIXERS LAKE ROAD<br>DANVILLE, VA 24541 | CREDITOR ID: 262475-12<br>TAMMY ROWELL<br>7720 PINE AVENUE<br>LEEDS AL 35904 |
| CREDITOR ID: 262477-12<br>TAMMY TAYLOR<br>2685 N E 49TH PLACE<br>OCALA FL 34479 | CREDITOR ID: 262479-12<br>TAMMY TURNER<br>7655 NEAL ROAD<br>CHARLOTTE NC 28262 | CREDITOR ID: 262480-12<br>TAMMY VANDEMARK<br>26404 ROLLING ACRES DRIVE<br>BROOKSVILLE FL 34602 |
| CREDITOR ID: 262481-12<br>TAMMY WALDORF<br>10042 NW 13CT<br>PLANTATION FL 33322 | CREDITOR ID: 262482-12<br>TAMMY WILLIAMSON<br>101 POWERLINE DRIVE<br>LAURENS SC 29360 | CREDITOR ID: 262483-12<br>TAMOCAN COLEMAN<br>402 SHARON HILL DRIVE<br>JACKSON MS 39212 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 262484-12
TAMPA ARMATURE WORKS
PO BOX 931665
ATLANTA, GA 31193-1665

CREDITOR ID: 269666-19
TAMPA BAY AMERICANS
ATTN: WILLIAM J. MOORE III
1648 OSCEOLA STREET
JACKSONVILLE FL 32204

CREDITOR ID: 269359-16
TAMPA BAY AMERICANS WITH
DISABILITIES ASSOCIATION, INC
C/O WILLIAM J. MOORE
1648 OSCEOLA STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 262485-12
TAMPA BAY BUCCANEERS
ONE BUCCANEER PLACE
TAMPA, FL 33607

CREDITOR ID: 262486-12
TAMPA ELECTRIC CO
PO BOX 31318
TAMPA, FL 33631-3318

CREDITOR ID: 898-03
TAMPA ELECTRIC CO.
ATTN: DEBRA L BUTTRAM
PO BOX 111
TAMPA FL 33601-3285

CREDITOR ID: 268736-31
TAMPA PALMS COMMUNITY DEV DST
ATTN: JOHN DAUGIRVA
16311 TAMPA PALMS BLVD W
TAMPA FL 33647-2019

CREDITOR ID: 262487-12
TAMPA SOAP N CHEMICAL CO
1001 NORTH ORIENT ROAD
TAMPA, FL 33619

CREDITOR ID: 262488-12
TAMPA TENT & RENTAL CO INC
2102 W WATERS AVE
TAMPA FL 33604

CREDITOR ID: 262489-12
TAMPA TRIBUNE
15315 CORTEZ BLVD
BROOKSVILLE FL 34613

CREDITOR ID: 262899-12
TAMPA TRIBUNE 27, THE
ATTN JOE MIDULLA
PO BOX 191
TAMPA, FL 33601

CREDITOR ID: 382816-51
TAMPA TRIBUNE, THE - CIR
ATTN CHARLES WILSON
202 S PARKER STREET
TAMPA, FL 33606

CREDITOR ID: 255973-12
TAMPA TRIBUNE, THE DBA
MEDIA GENERAL FLORIDA PUBLISH GROUP
202 S PARKER STREET
TAMPA FL 33606

CREDITOR ID: 268737-31
TAMPA-HILLSBOROUGH CMTY DVPT
ATTN: NOBLE SISSLE
1207 E DR MLK
TAMPA FL 33603

CREDITOR ID: 390378-54
TANDINGAN, ANN MARIE
10846 HAPPY VALE RD.
JACKSONVILLE, FL 32246

CREDITOR ID: 390861-55
TANDINGAN, ANN MARIE
C/O: RAYMOND M. RAVIS
ANDERSON & HOWELL PA
2029 NORTH THIRD STREET
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 262490-12
TANEISA JONES
PO BOX 515
NORCROSS GA 30091

CREDITOR ID: 247106-12
TANG, COURTNEY T
4611 CHANNING PKWY
ROCKHILL SC 29732

CREDITOR ID: 262491-12
TANGI INDUSTRIAL SALES LLC
1003 S CYPRESS ST
HAMMOND, LA 70403-5156

CREDITOR ID: 262492-12
TANGI MILTON WILLIAMS
7238 RUSTON DRIVE
BAKER LA 70714

CREDITOR ID: 262493-12
TANGIPAHOA DISTRICT PTA
21408 OVERMIER ROAD
LORANGE, LA 70446

CREDITOR ID: 262494-12
TANGIPAHOA PAR SCH BOARD
PO BOX 159
SALES & USE TAX RETURN
AMITE, LA 70422-0159

CREDITOR ID: 268738-14
TANGIPAHOA PARISH ASSESSOR OFF
ATTN: BILLY DUFREECHE
110 N BAY ST STE 102
AMITE LA 70422-2599

CREDITOR ID: 262495-12
TANGIPAHOA PARISH JAIL PRISONER
ASSET ACCOUNT
PO BOX 250
AMITE LA 70422

CREDITOR ID: 241192-11
TANGIPAHOA PARISH SCHOOL BOARD
SALES & USE TAX DEPT
ACCOUNT NO.: NONE
PO BOX 159
AMITE, LA 70422-0159

CREDITOR ID: 262496-12
TANGIPAHOA PARISH SHERIFF
CIVIL DIVISION
PO BOX 727
AMITE, LA 70422

CREDITOR ID: 262498-12
TANGLEWOOD ATHLETHIC ASSOCIATION
PO BOX 30066
ORANGE PARK, FL 32065

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262499-12<br>TANGLEWOOD ELEMENTARY<br>9352 RUSTLING OAKS DR<br>BATON ROUGE, LA 70818 | CREDITOR ID: 262500-12<br>TANIKA M ROGERS<br>PO BOX 11351<br>LOUISVILLE KY 40251 | CREDITOR ID: 262501-12<br>TANIKA SNEED SANDERS<br>2799 FOX WORTH ROAD<br>MARION SC 29571 |
| CREDITOR ID: 262502-12<br>TANIMURA & ANTLE<br>FILE #72590<br>PO BOX 60000<br>SAN FRANCISCO CA 94160-2590 | CREDITOR ID: 269233-16<br>TANNEN, DAVID R<br>DAVID R. TANNEN, LLC<br>PERIMETER RIDGE<br>750 HAMMOND DRIVE<br>BUILDING 12, SUITE 200<br>ATLANTA, GA 30328 | CREDITOR ID: 262503-12<br>TANNER INDUSTRIES INC<br>PO BOX 7777-W2170<br>PHILADELPHIA, PA 19175 |
| CREDITOR ID: 262504-12<br>TANNER OCCUPATIONAL HEALTH<br>PO BOX 277368<br>ATLANTA, GA 30384-7368 | CREDITOR ID: 247594-12<br>TANNER, DAREN SHANE<br>365 FERNWOOD<br>BATON ROUGE, LA 70806 | CREDITOR ID: 386303-54<br>TANNER, GLORIA<br>135 BUTLER STREET<br>SELMA AL 36701 |
| CREDITOR ID: 407581-15<br>TANNING RESEARCH LABORATORIES, INC.<br>ATTN TIM GREER, DIRECTOR OF FINANCE<br>1051 N 16TH STREET SUITE D<br>MURRAY KY 42071 | CREDITOR ID: 388388-54<br>TANSEY, PATRICIA<br>809 WEST COLONIAL CIRCLE<br>DAYTONA BEACH, FL 32114 | CREDITOR ID: 277302-21<br>TANSEY, PATRICIA ANN<br>C/O RUE & ZIFFRA, PA<br>ATTN D L SWEAT OR L GRACIA, ESQS<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 |
| CREDITOR ID: 262505-12<br>TANYA A COLEY<br>8516 LYONS CREEK ROAD<br>MOSS POINT MS 39562 | CREDITOR ID: 262506-12<br>TANYA ELLINGTON<br>248 MCCAIN ROAD<br>CLEVELAND MS 38732 | CREDITOR ID: 262508-12<br>TANYA M SHERMAN<br>7918 NOEMFOOR ROAD<br>NORFOLK VA 23511 |
| CREDITOR ID: 262509-12<br>TANYA MARSIK<br>200 COVINGTON SQUARE DRIVE<br>CARY NC 27513 | CREDITOR ID: 262510-12<br>TANYA MONETTE<br>520 NEW BRUNSWICK TERRACE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 262511-12<br>TANYA STEVENS<br>13262 LARKIN DRIVE<br>BILOXI MS 39532 |
| CREDITOR ID: 262513-12<br>TANYALATOY THOMAS<br>406 EAST STARLING<br>GREENVILLE MS 38701 | CREDITOR ID: 262514-12<br>TANYARD SPRINGS COMMERCIAL<br>PTNRSHP<br>PO BOX 7606<br>LOUISVILLE, KY 40257-0606 | CREDITOR ID: 262515-12<br>TAPPEN PROPERTIES LP<br>1150 W 8TH STREET<br>SUITE 255<br>CINCINNATI, OH 45203 |
| CREDITOR ID: 1920-07<br>TAPPEN PROPERTIES LP<br>1150 W 8TH STREET<br>SUITE 255<br>CINCINNATI, OH 45203 | CREDITOR ID: 387024-54<br>TAPPER, CRAIG<br>7308 BALBOA DRIVE<br>ORLANDO FL 32818 | CREDITOR ID: 262517-12<br>TARA HIGH SCHOOL<br>9002 WHITEHALL AVE<br>BATON ROUGE, LA 70806 |
| CREDITOR ID: 262518-12<br>TARA P SUTTLES<br>190 ALISON TRAIL<br>COVINGTON GA 30014 | CREDITOR ID: 387186-54<br>TARANOM, SHABANA<br>4718 SUMMIT BLVD.<br>WEST PALM BEACH, FL 33415 | CREDITOR ID: 391772-55<br>TARANOM, SHABANA<br>C/O RICK S JACOBS, PA<br>ATTN RICK S JACOBS, ESQ<br>1600 S FEDERAL HWY, SUITE 1101<br>POMPANO BEACH FL 33062 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 387690-54
TARBOX, KAYLEIGH N
1759 SAW LAKE DRIVE
MIDDLEBURG FL 32068

CREDITOR ID: 256735-12
TARBUTTON, HUGH M
KAOLIN PLAZA MGMT ACCT
PO BOX 269
SANDERSVILLE, GA 31082

CREDITOR ID: 403210-92
TARGET CORPORATION
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE STE 204
MONTGOMERY AL 36109

CREDITOR ID: 262519-12
TARGET WASTE SERVICE
PO BOX 6180
MOBILE AL 36660-0180

CREDITOR ID: 262520-12
TARHEEL PAPER CO
PO BOX 404355
ATLANTA GA 30384-4355

CREDITOR ID: 262521-12
TARHEEL WHOLESALE DIST
PO BOX 622
GOLDSBORO, NC 27530

CREDITOR ID: 262522-12
TARIK REID
5934 VALLEY GREEN ROAD
LITHONIA GA 30058

CREDITOR ID: 407266-MS
TARKE, NELSON
7541 SW 134TH COURT
MIAMI FL 33183

CREDITOR ID: 385260-54
TARLENTINO, KATHY ANN
1000 WALKER STREET
#226
HOLLY HILL, FL 32117

CREDITOR ID: 390568-55
TARLENTINO, KATHY ANN
C/O: JOHN WILKERSON
JOHN A. WILKERSON, P.A.
1120 BEVILLE RD. SUITE D
DAYTONA BEACH FL 32114

CREDITOR ID: 262523-12
TARO PHARMACEUTICALS
5 SKYLINE DRIVE
HAWTHORNE, NY 10532

CREDITOR ID: 268739-31
TARPLEY SHOP UTILITY DISTRICT
ATTN: ED T PETTY JR
1202 CARROLL DR
PULASKI TN 38478-4711

CREDITOR ID: 262524-12
TARPOON SKIN DIVING CENTER
3200 PALM AVENUE
HIALEAH, FL 33012

CREDITOR ID: 377276-44
TARRANT COUNTY CHILD SUPPORT
P O BOX 961014
FORT WORTH, TX 76161-0014

CREDITOR ID: 262527-12
TARREL A STUCKEY
2267 NW 102 STREET APT A
MIAMI FL 33147

CREDITOR ID: 901-03
TART GAS
ROUTE 5 BOX 15
DUNN NC 28334

CREDITOR ID: 387066-54
TARVER, ANTONIO
P.O. BOX 11 LAWSHE AVE
CREOLA AL 36525

CREDITOR ID: 262528-12
TARVIE M HARRIS
504 FERNDALE COURT
MONTGOMERY AL 36110

CREDITOR ID: 395739-65
TAS COMMUNICATIONS SERVICES
1720 HILLSBOROUGH STREET, SUITE 100
RALEGH, NC 27605

CREDITOR ID: 262529-12
TAS INC
603 VICTORIA AIRPARK DR
WAVERLY HILL, GA 31831

CREDITOR ID: 262530-12
TASCO
6600 YORK ROAD SUITE 203
BALTIMORE, MD 21212

CREDITOR ID: 262531-12
TASHA A WELLS
11760 GARETAL STREET
SANTA FE SPRING CA 90670

CREDITOR ID: 262532-12
TASHA ABBOTT
428 AUTUMN OAK DRIVE
MADISON MS 39110

CREDITOR ID: 262533-12
TASHA FORDE
2013 GRAND BROOK CIRCLE
APT 814A
ORLANDO FL 32810

CREDITOR ID: 262534-12
TASTEE APPLE INC
ATTN GREG HACKENBRACHT
60810 COUNTY RD 9
NEWCOMERSTOWN, OH 43832-9650

CREDITOR ID: 262535-12
TASTY BAKING CO
PO BOX 827217
PHILADELPHIA, PA 19182-7217

CREDITOR ID: 405676-95
TASTY BAKING CO
PO BOX 8500-9095
PHILADELPHIA PA 19178-9095

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 262536-12
TATE & LYLE INGREDIENTS AMERICAS
ATTN GARY L DURBIN, SR CR MGR
2200 E ELDORADO STREET
DECATUR IL 62521

CREDITOR ID: 382137-51
TATE & LYLE SUCRALOSE
2200 EAST ELDORADO STREET
DECATUR, IL 62521

CREDITOR ID: 262537-12
TATE & LYLE SUCRALOSE INC
5542 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 279397-36
TATE & LYLE SUCRALOSE, INC
C/O MIKE HOPKINS
2200 EAST ELDORADO ST
DECATUR  IL 62525

CREDITOR ID: 389599-54
TATE, CHERENI (MINOR)
C/O JOLEEN TATE
571 HELVESTON RD
HATTIESBURG, MS 39401

CREDITOR ID: 386570-54
TATE, REBECCA
390 MOREAU ROAD
ARNAUDVILLE LA 70512

CREDITOR ID: 261991-12
TATE, STEVEN G
STANDING TRUSTEE
PO BOX 1778
STATESVILLE, NC 28687-1778

CREDITOR ID: 262538-12
TATES CREEK SOUTH
ATTN ROBERT K CHAFFINS, VP
250 W MAIN STREET, SUITE 3000
LEXINGTON, KY 40507

CREDITOR ID: 262540-12
TATONE PROPERTIES FLA INC
C/O NEVIN THOMAS
C M L CORP
100 WALLACE AVE SUITE 111
SARASOTA, FL 34237

CREDITOR ID: 262539-12
TATONE PROPERTIES FLA INC
C/O HERITAGE MGT CORP
PO BOX 2495
OCALA, FL 34478-2495

CREDITOR ID: 1922-07
TATONE PROPERTIES FLA INC
C/O NEVIN THOMAS
C M L CORP
100 WALLACE AVE SUITE 111
SARASOTA FL 34237

CREDITOR ID: 1921-07
TATONE PROPERTIES FLA INC
C/O HERITAGE MGT CORP
PO BOX 2495
OCALA, FL 34478-2495

CREDITOR ID: 243830-12
TATREAU, BRAD
4704 WEBSTER WAY
ACEWORTH GA 30101

CREDITOR ID: 388842-54
TATRO, LELAND
PO BOX 611
INDIAN TRAIL NC 28079

CREDITOR ID: 392786-55
TATRO, LELAND
C/O: JOHN AYERS
SELLERS, HINSAW, AYERS, DORTCH & LYONS,
CAMERON BROWN BUILDING
SUITE 410
CHARLOTTE NC 28204-2686

CREDITOR ID: 386671-54
TATUM, BRENDA
2450 NC HIGHWAY 242 NORTH
ELIZABETHTOWN NC 28337

CREDITOR ID: 390172-54
TATUM, N.C.
PO BOX 1414
FAYETTEVILLE, NC 28302

CREDITOR ID: 381326-47
TAUNDREA TAVADA
2031 WEST ATLANTIC BLVD
POMPANO BEACH, FL 33069

CREDITOR ID: 262541-12
TAUSHA HEBERT
11888 LONGRIDGE AVENUE
APT 2158
BATON ROUGE LA 70816

CREDITOR ID: 262542-12
TAVARAS L BRADLEY
1235 NW 62TH TERRACE
MIAMI FL 33147

CREDITOR ID: 262543-12
TAVARES ASSOC LTD
6700 N W BROKEN SOUND PKWY
STE 201
BOCA RATON, FL 33487

CREDITOR ID: 1923-07
TAVARES ASSOC LTD
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

CREDITOR ID: 387953-54
TAVARES, MARIA
2727 UMBRELLA TREE DR
EDGEWATER, FL 32141

CREDITOR ID: 276951-21
TAVARES, MARIA
C/O RUE & ZIFFRA, PA
ATTN LUIS R GRACIA, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 268740-14
TAX ADMINISTRATION
ATTN: STRILING HANCOCK
106 DUNDEE ST
WINDSOR NC 27983-6758

CREDITOR ID: 262545-12
TAX ADMINISTRATOR
305 MAIN STREET
MANCHESTER, KY 40962

CREDITOR ID: 262546-12
TAX ADMINISTRATOR-PULASKI CTY
PO BOX 658
SOMERSET, KY 42502-0658

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268744-14<br>TAX ASSESSOR<br>ATTN: JUDY VINSON<br>704 N KING ST<br>WINTON NC 27986 | CREDITOR ID: 268743-14<br>TAX ASSESSOR<br>ATTN: DOROTHY MARTIN<br>4 S COURT ST<br>SUMNER MS 38957 | CREDITOR ID: 268742-14<br>TAX ASSESSOR<br>ATTN: DENNIS CHAD<br>10 KIETT ST BOX 2ND<br>MANNING SC 29102 |
| CREDITOR ID: 268741-14<br>TAX ASSESSOR<br>ATTN: DAVID NOLS<br>900 DALLIS ST FL 2<br>LAGRANGE GA 30240-4441 | CREDITOR ID: 268745-14<br>TAX ASSESSOR<br>ATTN: WILLIAM RANDALL<br>203 N HERNDON ST<br>UNION SC 29379-2210 | CREDITOR ID: 268747-14<br>TAX ASSESSOR & COLLECTOR<br>ATTN: WEVLYN JAMES<br>532 COMMERCIAL ROW<br>WOODVILLE MS 39669 |
| CREDITOR ID: 268746-14<br>TAX ASSESSOR & COLLECTOR<br>ATTN: HW RUSTY COLE<br>101B N MAIN ST<br>BOONEVILLE MS 38829-3320 | CREDITOR ID: 268748-14<br>TAX ASSESSOR COLLECTOR<br>ATTN: JOYCE FULTON<br>401 E BEACON ST STE 105<br>PHILADELPHIA MS 39350-2954 | CREDITOR ID: 268749-14<br>TAX ASSESSOR JEFFRSN CO<br>ATTN: DAN WEINRIB<br>716 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM AL 35203-0100 |
| CREDITOR ID: 268750-14<br>TAX ASSESSOR OFFICE<br>ATTN: EUGENE JAMES<br>120 W TRINITY PL RM 208<br>DECATUR GA 30030-3304 | CREDITOR ID: 268751-14<br>TAX ASSESSOR REAL PROPERTY<br>ATTN: ANDY CHEUNG<br>2 S CONGRESS ST<br>YORK SC 29745-1867 | CREDITOR ID: 268753-14<br>TAX ASSESSORS OFFICE<br>ATTN: WYNELL SPELLS<br>110 GA HIGHWAY 94 E<br>STATENVILLE GA 31648-2000 |
| CREDITOR ID: 268752-14<br>TAX ASSESSORS OFFICE<br>ATTN: JOHN DIRK DEVILLE<br>200 COURT ST<br>VILLE PLATTE LA 70586-4463 | CREDITOR ID: 262547-12<br>TAX COLLECTION<br>PO BOX 1106<br>EUNICE, LA 70535 | CREDITOR ID: 262548-12<br>TAX COLLECTOR<br>PIKEVILLE INDEPENDENT BOARD<br>OF EDUCATION<br>PO BOX 2010<br>PIKEVILLE KY 41502 |
| CREDITOR ID: 239898-06<br>TAX COLLECTOR<br>ATTN CHARLES L BRYAN<br>540 S COMMERCE AVE<br>SEBRING FL 33870-3867 | CREDITOR ID: 239897-06<br>TAX COLLECTOR<br>ATTN CELESTE SMITH<br>307 N W 5TH AVE #B<br>OKEECHOBEE FL 34972 | CREDITOR ID: 268754-14<br>TAX COLLECTOR<br>ATTN: FRAND FORREST<br>129 COURTHOUSE SQ STE 202<br>EDGEFIELD SC 29824-1350 |
| CREDITOR ID: 268755-14<br>TAX COLLECTOR OF CITRUS C<br>ATTN: NORINE GILSTRAP<br>110 N APOPKA AVE RM 160<br>INVERNESS FL 34450-4245 | CREDITOR ID: 262550-12<br>TAX COLLECTOR OF JEA<br>PO BOX 44297<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 268756-14<br>TAX COLLECTOR OFFICE<br>ATTN: TELLIA PERSON<br>945 N TEMPLE AVE<br>STARKE FL 32091-2110 |
| CREDITOR ID: 240681-06<br>TAX COLLECTOR PALM BEACH COUNT<br>PO BOX 3715<br>WEST PALM BEACH FL 33402-3715 | CREDITOR ID: 240682-06<br>TAX COLLECTOR PALM BEACH COUNTY<br>P O BOX 3353<br>WEST PALM BEACH FL 33402-3353 | CREDITOR ID: 268769-14<br>TAX COMMISSION MISS STATE<br>ATTN: KEITH ROBERTS<br>2610 TRACELAND DR<br>TUPELO MS 38801-4237 |
| CREDITOR ID: 268768-14<br>TAX COMMISSION MISS STATE<br>ATTN: JOHN LINDSEY<br>117 GRAND BLVD # B<br>GREENWOOD MS 38930-3562 | CREDITOR ID: 268766-14<br>TAX COMMISSION MISS STATE<br>ATTN: GLENN SMITH<br>317 HIGHLAND BLVD STE S<br>NATCHEZ MS 39120-4612 | CREDITOR ID: 268765-14<br>TAX COMMISSION MISS STATE<br>ATTN: EDWARD BUELOW<br>2600 OLD NORTH HILLS ST<br>MERIDIAN MS 39305-1600 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268764-14<br>TAX COMMISSION MISS STATE<br>ATTN: ED BUELOW JR<br>501 N WEST ST<br>JACKSON MS 39201-1001 | CREDITOR ID: 268762-14<br>TAX COMMISSION MISS STATE<br>ATTN: ED BEULOW<br>1577 SPRINGRIDGE RD<br>CLINTON MS 39056 | CREDITOR ID: 268761-14<br>TAX COMMISSION MISS STATE<br>ATTN: BUBBA WOODS<br>4072 HIGHWAY 45 S<br>COLUMBUS MS 39701 |
| CREDITOR ID: 268760-14<br>TAX COMMISSION MISS STATE<br>ATTN: ARTHUR HEDGEPETH<br>1141 BAYVIEW AVE<br>BILOXI MS 39530-1631 | CREDITOR ID: 268758-14<br>TAX COMMISSION MISS STATE<br>ATTN: ANN RICHMOND<br>1286 GLUCKSTADT RD<br>MADISON MS 39110-8256 | CREDITOR ID: 268774-14<br>TAX COMMISSION MISS STATE<br>ATTN: TIM BROWN<br>17 JOHN M TATUM INDSL DR<br>HATTIESBURG MS 39403 |
| CREDITOR ID: 268773-14<br>TAX COMMISSION MISS STATE<br>ATTN: NANCY JORDAN<br>301 S FIRST ST RM 109<br>BROOKHAVEN MS 39601-3353 | CREDITOR ID: 268772-14<br>TAX COMMISSION MISS STATE<br>ATTN: MIKE SHELBY<br>115 S WARD ST<br>SENATOBIA MS 38668-2638 | CREDITOR ID: 268771-14<br>TAX COMMISSION MISS STATE<br>ATTN: LESTER C HERRINGTON<br>105 N WEST ST<br>JACKSON MS 39201-2407 |
| CREDITOR ID: 268770-14<br>TAX COMMISSION MISS STATE<br>ATTN: LANELL STRAIT<br>1385 JOHNNY JOHNSON DR<br>BROOKHAVEN MS 39601-9641 | CREDITOR ID: 268777-14<br>TAX COMMISSIONER<br>ATTN: MARYNEL ROBERTSON<br>300 N PATTERSON ST<br>VALDOSTA GA 31601-5519 | CREDITOR ID: 268776-14<br>TAX COMMISSIONER<br>ATTN: HERBERT BAILEY<br>25 TUCKER AVE STE 105<br>DAWSONVILLE GA 30534-3434 |
| CREDITOR ID: 268775-14<br>TAX COMMISSIONER<br>ATTN: DOROTHY WOOD<br>144 WEST AVE<br>CEDARTOWN GA 30125-3457 | CREDITOR ID: 268778-14<br>TAX DEPT<br>ATTN: DEBBY KELLER<br>30 FALLS AVE<br>GRANITE FALLS NC 28630-1527 | CREDITOR ID: 262553-12<br>TAX EXECUTIVES INSTITUTE<br>PO BOX 96129<br>WASHINGTON DC 20090-6129 |
| CREDITOR ID: 262554-12<br>TAX EXPRESS CHECK CASHING<br>726 STATION STREET<br>WAYNESBORO, MS 39367 | CREDITOR ID: 262555-12<br>TAX FOUNDATION<br>1900 M STREET NORTHWEST<br>SUITE 550<br>WASHINGTON DC 20036 | CREDITOR ID: 268779-14<br>TAX REDUCTION SPECIALISTS<br>ATTN: JIM SILER<br>2517 CROOKED CREEK PT<br>MIDDLEBURG FL 32068-5701 |
| CREDITOR ID: 268780-14<br>TAX RESOURCE CENTER FLORIDA<br>ATTN: NOAH MOMPOINT<br>18271 NW 68TH AVE<br>HIALEAH FL 33015-3404 | CREDITOR ID: 262556-12<br>TAX TRUST ACCOUNT<br>PO BOX 830725<br>BIRMINGHAM, AL 35283-0725 | CREDITOR ID: 397748-62<br>TAXATION & REVENUE DEPARTMENT<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 25123<br>SANTA  FE  NM 87504-5123 |
| CREDITOR ID: 407711-15<br>TAYLON, LLC<br>C/O DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | CREDITOR ID: 262558-12<br>TAYLOR<br>PO BOX 3021<br>BOSTON, MA 02101 | CREDITOR ID: 262557-12<br>TAYLOR<br>AN EXCEL FOOD SOLUTIONS CO<br>PO BOX 3021<br>BOSTON, MA 02241-3021 |
| CREDITOR ID: 262559-12<br>TAYLOR BATTERY COMPANY<br>ACCOUNTS RECEIVABLE<br>PO BOX 19001<br>LOUISVILLE KY 40259-0001 | CREDITOR ID: 262560-12<br>TAYLOR CADDELL<br>C/O RICHARD CADDELL<br>237 COVEY COURT<br>YORK SC 29745 | CREDITOR ID: 262561-12<br>TAYLOR CHEMICAL CO INC<br>PO BOX 281553<br>ATLANTA GA 30384-1553 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 262900-12
TAYLOR CLINIC, THE
ATTN: SAMANTHA FREENY, DIR BILLING
3715 DAUPHIN STREET # 403B
MOBILE, AL 36602

CREDITOR ID: 397817-75
TAYLOR CLINIC, THE
3715 DAUPHIN STREET, SUITE 403B
MOBILE, AL 36602

CREDITOR ID: 268781-14
TAYLOR COUNTY SCHOOL DISTRICT
ATTN: BILL HUNTER
318 N CLARK ST
PERRY FL 32347-2930

CREDITOR ID: 262563-12
TAYLOR CROSSING PRI MED
34 TAYLOR ROAD N
MONTGOMERY AL 36117

CREDITOR ID: 268782-31
TAYLOR CTL INC
ATTN: TRAVIS TAYLOR
132 TAYLOR SHOP RD
GOLDONNA LA 71031-3914

CREDITOR ID: 262564-12
TAYLOR FARMS FLORIDA INC
7492 CHANCELLOR DRIVE
ORLANDO FL 32809

CREDITOR ID: 262565-12
TAYLOR FARMS TENNESSEE / GEORGIA
502 SWAN DRIVE
SMYRNA, TN 37167

CREDITOR ID: 262566-12
TAYLOR FARMS TEXAS
PO BOX 730113
DALLAS TX 75373-0113

CREDITOR ID: 407267-MS
TAYLOR JR., GEORGE B.
3743 COCHRAN LAKE RD.
MARIETTA GA 30062

CREDITOR ID: 262567-12
TAYLOR MAINTENANCE SERVICE
2188 HEATON FORD RD
SCIENCE HILL, KY 42553

CREDITOR ID: 262568-12
TAYLOR OIL INC
PO BOX 267
AVON PARK, FL 32826-0267

CREDITOR ID: 262569-12
TAYLOR PROVISIONS CO
PO BOX 5108
TRENTON, NJ 08638-0108

CREDITOR ID: 384385-47
TAYLOR RENTAL
204 CORTEZ RD E
BRADENTON, FL 34203

CREDITOR ID: 262570-12
TAYLOR RENTAL CENTER
PO BOX 1966
MERIDIAN MS 39301

CREDITOR ID: 399716-53
TAYLOR ROAD LANDFILL
TAYLOR ROAD
SEFNER FL 33619

CREDITOR ID: 262571-12
TAYLOR SIGN & DESIGN
4162 ST AUGUSTINE ROAD
JACKSONVILLE FL 32207

CREDITOR ID: 262572-12
TAYLOR SQUARE VENTURE
3000 ORANGE COVE TRAIL
NAPLES, FL 34120

CREDITOR ID: 2614-07
TAYLOR SQUARE VENTURE
3000 ORANGE COVE TRAIL
NAPLES, FL 34120

CREDITOR ID: 262573-12
TAYLOR TECHNOLOGIES GROUP
PO BOX 21672
ROANOKE VA 24018

CREDITOR ID: 262574-12
TAYLOR WASTE SERVICES INC
PO BOX 1074
CAIRO, GA 39828

CREDITOR ID: 243276-12
TAYLOR, BELYNDA
135 WHISPERWOOD TRAIL
FLORENCE AL 35633

CREDITOR ID: 385712-54
TAYLOR, BIRTHA
26 TAYLOR LANE
MONTICELLO, MS 39654

CREDITOR ID: 390992-55
TAYLOR, BIRTHA
C/O: MR. WILLIE T ABSTON, ESQUIRE
RICHMOND SIMON AND ABSTON
P.O. BOX 749
JACKOSN MS 39205

CREDITOR ID: 388467-54
TAYLOR, BRENDA
10341 SW 150TH TERR
MIAMI, FL 33176

CREDITOR ID: 407268-MS
TAYLOR, CHARLES E.
4848 TRAWLER COURT
JACKSONVILLE FL 32225

CREDITOR ID: 245395-12
TAYLOR, CINDY A
250 SPRINGTREE DR
# L6
COLUMBIA SC 29223

CREDITOR ID: 388861-54
TAYLOR, DALE
3863 LANE AVENUE SOUTH
JACKSONVILLE FL 32210

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392797-55<br>TAYLOR, DALE<br>C/O ANDERSON & HOWELL<br>ATTN ROBERT H ELLIS, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BCH. FL 32250 | CREDITOR ID: 388649-54<br>TAYLOR, DEBRA<br>1064 MACON LN<br>WALTERBORO SC 29488 | CREDITOR ID: 392699-55<br>TAYLOR, DEBRA<br>C/O: MATT JACKSON<br>JOYE LAW FIRM, LLP<br>5861 RIVERS AVENUE, STE. 101<br>NORTH CHARLESTON SC 29406 |
| CREDITOR ID: 385905-54<br>TAYLOR, DEEANN<br>9145 SMOKED TREE DR<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 387336-54<br>TAYLOR, DWAYNE<br>1304 TREE TERRACE PARKWAY<br>AUSTELL, GA 30168 | CREDITOR ID: 391911-55<br>TAYLOR, DWAYNE<br>C/O: PAMELA A. HUNTER<br>LAW OFFICE OF PAMELA A. HUNTER<br>715 E. FIFTH ST. STE 106<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 386023-54<br>TAYLOR, ELIZABETH<br>4320 SUNBEAM ROAD, APT 623<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 391234-55<br>TAYLOR, ELIZABETH<br>C/O  LAW OFFICE OF HENRY GARE<br>ATTN HENRY GARE, ESQ<br>2064 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 387665-54<br>TAYLOR, JOHN R<br>86038 JOHN STREET<br>YULEE FL 32097 |
| CREDITOR ID: 385860-54<br>TAYLOR, LAQUETTA<br>907A FAIRVIEW CIRCLE<br>GOLDSBORO, NC 27530 | CREDITOR ID: 389881-54<br>TAYLOR, LINDA<br>3423 SW CORNELL AVENUE<br>PALM CITY, FL 34990 | CREDITOR ID: 389585-54<br>TAYLOR, MARY S<br>2002 COUNTRY CLUB ROAD<br>APT 3C<br>LANETT CHAMBERS, AL 36863 |
| CREDITOR ID: 387428-54<br>TAYLOR, MIRIAM<br>544 SATIN WOOD<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 391974-55<br>TAYLOR, MIRIAM<br>C/O ELWOOD T LIPPINCOTT JR ESQ<br>ELWOOD T LIPPINCOTT JR PA<br>370 MINORCA AVE SUITE 16<br>CORAL GABLES FL 33134 | CREDITOR ID: 386456-54<br>TAYLOR, NANCY<br>PO BOX 1539<br>SODDY DAISY TN 37379 |
| CREDITOR ID: 391511-55<br>TAYLOR, NANCY<br>C/O: RICHARD C WAGNER<br>LAW OFFICES WAGNER, NELSON & WEEKS<br>701 MARKET STREET, STE 1418<br>FIRST TENNESSEE BANK BLDG.<br>CHATTANOOGA TN 37402 | CREDITOR ID: 256927-12<br>TAYLOR, NATASHA<br>13927 SW 174TH TERRACE<br>MIAMI, FL 33177 | CREDITOR ID: 259912-12<br>TAYLOR, ROGER<br>1251 SORRELLS COURT<br>JACKSONVILLE, FL 32221 |
| CREDITOR ID: 388186-54<br>TAYLOR, SAM<br>6129 A HARRISON 00LTEWAH ROAD<br>HARRISON TN 37341 | CREDITOR ID: 392405-55<br>TAYLOR, SAM<br>C/O: JOHN D. MCMAHAN<br>LAW FIRM<br>323 HIGH STREET<br>CHATTANOOGA TN 37403 | CREDITOR ID: 262478-12<br>TAYLOR, TAMMY<br>414 FM 2604<br>WHITNEY, TX 76692 |
| CREDITOR ID: 386124-54<br>TAYLOR, TANDRIKA<br>8751 WELLESLEY LAKE DR, APT 30<br>ORLANDO, FL 32808 | CREDITOR ID: 391306-55<br>TAYLOR, TANDRIKA<br>C/O TERRY MCCAMIE/BERT FOSCHINI<br>TROUTMAN, WILLIAMS, IRVIN, ET AL<br>311 WEST FAIRBANKS AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 387340-54<br>TAYLOR, VENUS<br>839 LOST CREEK CIRCLE<br>STONE MOUNTAIN, GA 30088 |
| CREDITOR ID: 386421-54<br>TAYLOR, VIRGINIA<br>407 N. MACARTHUR BLVD.<br>IRVING TX 75061-7419 | CREDITOR ID: 388600-54<br>TAYLOR, WILLIAM<br>3909 LIBERTY AVE<br>PITTSBURGH PA 15224 | CREDITOR ID: 392656-55<br>TAYLOR, WILLIAM<br>C/O: BLOOM & KINNEAR<br>BLOOM & KINNEAR<br>2486 SW 27TH TERRACE<br>MIAMI FL 33133 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389114-54<br>TAYLOR-PEEL, LAJADA (MINOR)<br>907A FAIRVIEW CIRCLE<br>GOLDSBORO, NC 27530 | CREDITOR ID: 2954-04<br>TAYLORS<br>ATTN: GROVER LONG, BOBBY TAYLOR<br>1616 EUFAULA AVE.<br>EUFAULA AL 36027 | CREDITOR ID: 262575-12<br>TAYLORS OF EUFAULA INC<br>1600 SOUTH EUFAULA AVENUE<br>EUFAULA, AL 36027 |
| CREDITOR ID: 399701-YY<br>TAYLORS TOWING<br>PO BOX 1816<br>PANAMA CITY FL 32402 | CREDITOR ID: 399959-84<br>TAYNTON, TERRY<br>8001 SOUTH INDIAN RIVER DRIVE<br>FORT PIERCE FL 34982 | CREDITOR ID: 386900-54<br>TAYTON, TERRY<br>8001 SOUTH INDIAN RIVER DRIVE<br>FORT PIERCE FL 34982 |
| CREDITOR ID: 2611-07<br>T-B PARTNERSHIP<br>C/O O'BRIEN-KIERNAN INVESTMENT<br>1255 POST STREET  SUITE 950<br>SAN  FRANSICO CA 94109 | CREDITOR ID: 268783-31<br>TBB DEVELOPMENT LLC<br>ATTN: TAHSIN ISSA<br>7025 SHALLOWFORD RD<br>CHATTANOOGA TN 37421-6700 | CREDITOR ID: 262576-12<br>TBS ARCHITECTS<br>1093 SOUTH BROADWAY<br>LEXINGTON, KY 40504-2677 |
| CREDITOR ID: 262577-12<br>TCHEFUNCTE MIDDLE SCHOOL<br>1530 W CAUSEWAY APPROACH<br>MANDEVILLE, LA 70471 | CREDITOR ID: 262578-12<br>TCI SOLUTIONS INC<br>17752 SKYPARK CIRCLE, SUITE 160<br>IRVINE, CA 92614-6419 | CREDITOR ID: 262580-12<br>TCI TIRE CENTERS LLC<br>923 COLUMBIA ST<br>BOGALUSA LA 70429 |
| CREDITOR ID: 262579-12<br>TCI TIRE CENTERS LLC<br>811 N 50TH ST<br>TAMPA FL 33619-3205 | CREDITOR ID: 397225-67<br>TCIM SERVICES, INC<br>1013 CENTRE ROAD, SUITE 400<br>WILMINGTON, DE 19805 | CREDITOR ID: 262581-12<br>TCM IMAGINEERING INC<br>3850 E HWY 46<br>SANFORD, FL 32771 |
| CREDITOR ID: 405678-95<br>TCM IMAGINEERING INC<br>3850 SR 46 E<br>SANFORD FL 32771 | CREDITOR ID: 262582-12<br>TCR TOWING & RECOVERY<br>PO BOX 845<br>BREMEN, GA 30110 | CREDITOR ID: 262583-12<br>TCT<br>ATTN JAMES THOMAS, VP<br>16420 SW 77 AVENUE<br>MIAMI, FL 33157 |
| CREDITOR ID: 268784-31<br>TDB COMMUNITY DEVELOPMENT<br>ATTN: BARBARA FOBBS<br>21337 SPARTA DR<br>PETERSBURG VA 23803-1738 | CREDITOR ID: 382947-51<br>TDI MANAGED CARE SERVICES<br>620 EPSILON DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 262584-12<br>TDS TELECOM<br>PO BOX 1016<br>MONROE, WI 53566-8116 |
| CREDITOR ID: 240886-10<br>TDS TELECOM<br>P O BOX 1025<br>MONROE WI 53566-8125 | CREDITOR ID: 384386-47<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>ATTN:  EDWARDT WILSON<br>LOUISVILLE, KY 40202 | CREDITOR ID: 315909-40<br>TEACHER'S RETIREMENT SYSTEM<br>C/O NORO MGMT INC<br>104 INTERSTATE N PKWY ESE<br>ATLANTA, GA 30339 |
| CREDITOR ID: 278580-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>C/O MORTGAGE CO. OF KENTUCKY INC.<br>239 S. FIFTH STREET, SUITE 917<br>LOUISVILLE KY 40202 | CREDITOR ID: 278578-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>239 SOUTH FIFTH STREET, SUITE 917<br>LOUISVILLE KY 40202 | CREDITOR ID: 278671-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>BANK OF LOUISVILLE & TRUST COMPANY<br>500 WEST BROADWAY<br>LOUISVILLE KY 40202 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278670-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>2300 GLADES ROAD, #A120<br>BOCA RATON FL 33432 | CREDITOR ID: 403362-83<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>1621 MIDTOWN PLACE<br>RALEIGH NC 27609 | CREDITOR ID: 385539-54<br>TEAGUE, JEANETTE<br>112 FARMER CIRCLE<br>OPP, AL 36467 |
| CREDITOR ID: 390836-55<br>TEAGUE, JEANETTE<br>C/O: LARY R. GRISSETT<br>LARRY R. GRISSETT ATTORNEY AT LAW<br>201 N. MAIN ST.<br>OPP AL 36467 | CREDITOR ID: 387077-54<br>TEAGUE, JULIA<br>PO BOX 773<br>MILLPORT AL 35576 | CREDITOR ID: 386343-54<br>TEAL, JUDY<br>23778 PETURIS ROAD<br>LOXLEY AL 36551 |
| CREDITOR ID: 390067-54<br>TEAL, ROSA<br>3011 DOGWOOD DRIVE<br>HAPEVILLE GA 30354 | CREDITOR ID: 262588-12<br>TEAM BEAN LLC<br>11 ELKINS ROAD<br>EAST BRUNSWICK, NJ 08816-2006 | CREDITOR ID: 262589-12<br>TEAM MANAGEMENT BRIEFINGS<br>1101 KING STREET<br>SUITE 110<br>ALEXANDRIA VA 22314 |
| CREDITOR ID: 278960-30<br>TEAM PRODUCE<br>PO BOX 227578<br>MIAMI, FL 33122-7578 | CREDITOR ID: 262591-12<br>TEAMTEMPS PERSONNEL STAFFING INC<br>PO BOX 3547<br>VALDOSTA GA 31604-3547 | CREDITOR ID: 389506-54<br>TEARS, DAVID<br>504 W. DREW STREET<br>LANTANA, FL 33462 |
| CREDITOR ID: 407269-MS<br>TEASDALE, WALTER<br>6507 STAFFORD TERRACE AVE.<br>PLANT CITY FL 33565 | CREDITOR ID: 262592-12<br>TEC LABORATORIES<br>C/O CITIZENS BANK<br>PO BOX 249<br>ALBANY OR 97321 | CREDITOR ID: 262593-12<br>TECH CENTER LLC<br>PO BOX 505<br>GRIFFIN GA 30224 |
| CREDITOR ID: 262594-12<br>TECH ENTERPRISES INC<br>PO BOX 259294<br>MADISON WI 53725-9294 | CREDITOR ID: 262596-12<br>TECHE ELEMENTARY SCHOOL<br>PO BOX 550<br>CECILIA, LA 70521 | CREDITOR ID: 278101-23<br>TECHE FEDERAL SAVINGS BANK<br>ATTN: BOBBY<br>PO BOX 9670<br>NEW IBERIA LA 70562 |
| CREDITOR ID: 377283-44<br>TECHE NEWS<br>PO BOX 69<br>214 N MAIN ST<br>ST MARTINVILLE, LA 70582-0069 | CREDITOR ID: 262597-12<br>TECHE NEWS/BREAUX BRIDGE BANNER<br>ATTN DON ANDREPONT, CONTROLLER<br>PO BOX 69<br>214 N MAIN ST<br>ST MARTINVILLE, LA 70582-0069 | CREDITOR ID: 406258-G4<br>TECHKNOLOGY SOLUTIONS<br>731 11TH AVE. SOUTH<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 262598-12<br>TECHKNOLOGY SOLUTIONS<br>3948 S THIRD STREET<br>JACKSONVILLE BEACH, FL 32250-5847 | CREDITOR ID: 262599-12<br>TECHNIBILT LTD<br>PO BOX 60297<br>CHARLOTTE NC 28260 | CREDITOR ID: 262600-12<br>TECHNICAL & ENVIROMENTAL PROF INC<br>PO BOX 38070<br>TALLAHASSEE FL 32315-8070 |
| CREDITOR ID: 262601-12<br>TECHNICAL DIRECTIONS<br>PO BOX 5392<br>DECATUR AL 35601 | CREDITOR ID: 377282-44<br>TECH-OPTICS<br>2829 BIRD AVE SUITE 112<br>COCONUT GROVE, FL 33133 | CREDITOR ID: 262595-12<br>TECH-OPTICS INC<br>ATTN MONIQUE HARRELL<br>2829 BIRD AVENUE, SUITE 112<br>COCONUT GROVE FL 33133 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262602-12<br>TECHSONIC INDUSTRIES<br>108 MAPLE LANE<br>EUFAULA AL 36027 | CREDITOR ID: 377284-44<br>TECO<br>PO BOX 31017<br>TAMPA, FL 33631-3017 | CREDITOR ID: 262604-12<br>TECO PEOPLES GAS<br>PO BOX 31017<br>TAMPA, FL 33631-3017 |
| CREDITOR ID: 262603-12<br>TECO PEOPLES GAS<br>FORT LAUDERDALE<br>2700 S W 2ND AVE<br>FT LAUDERDALE, FL 33335 | CREDITOR ID: 405680-95<br>TECO PEOPLES GAS<br>ATTN PAM BAYYAT, DIR<br>PO BOX 2562<br>TAMPA FL 33601-2562 | CREDITOR ID: 262605-12<br>TECO PEOPLES GAS PALM COAST<br>7 OLD KING RD N STE 12<br>PALM COAST FL 32137 |
| CREDITOR ID: 262609-12<br>TECO PROPANE<br>PO BOX 858<br>DOVER, FL 33527 | CREDITOR ID: 262608-12<br>TECO PROPANE<br>1708 E BUSCH BLVD<br>TAMPA, FL 33612 | CREDITOR ID: 262607-12<br>TECO PROPANE<br>1702 W DERBY AVE<br>AUBURNDALE, FL 33823 |
| CREDITOR ID: 262606-12<br>TECO PROPANE<br>13800 62ND ST N<br>CLEARWATER, FL 33760 | CREDITOR ID: 904-03<br>TECO PROPANE<br>1400 CHANNELSIDE DRIVE<br>TAMPA FL 33605 | CREDITOR ID: 262610-12<br>TECSERV<br>ATTN REMITTANCE PROCESSING DIV<br>7TH FLOOR LOCKBOX 36755<br>311 W MONROE<br>CHICAGO, IL 60606 |
| CREDITOR ID: 262611-12<br>TECWORKS<br>3730 HIGHCROFT CIRCLE<br>NORCROSS, GA 30092-4962 | CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>C/O LEONARD RUTLAND JR LAW OFFICES<br>ATTN LEONARD RUTLAND JR, ESQ<br>759 SOUTH FEDERAL HIGHWAY, STE 303<br>STURAT FL 34994 | CREDITOR ID: 262612-12<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY STE 217<br>STUART, FL 34994 |
| CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>ATTN DANA A CHRISTENSON<br>759 S FEDERAL HWY, STE 217<br>STUART FL 34994 | CREDITOR ID: 262613-12<br>TED GLASS<br>PO BOX 1181<br>SAN MATEO, FL 32187 | CREDITOR ID: 405681-95<br>TED GLASS<br>227 HERMIT DR<br>SATSUMA FL 32189-2821 |
| CREDITOR ID: 262614-12<br>TED W ALFF<br>401 A LEE HALL<br>NCSU BOX 15635<br>RALEIGH NC 27607 | CREDITOR ID: 389355-54<br>TEDDER, CHRISTY<br>5220 MORNINGDOVE COURT<br>GASTONIA NC 28052 | CREDITOR ID: 393160-55<br>TEDDER, CHRISTY<br>C/O: DON H BUMGARDNER<br>219 W. MAIN AVENUE<br>GASTONIA NC 28052 |
| CREDITOR ID: 262615-12<br>TEE PEE OLIVES INC<br>PO BOX 239<br>SCARSDALE, NY 10583-0239 | CREDITOR ID: 262616-12<br>TEEN ALTERNATIVES INC<br>C/O KEN UNCAPHER<br>PO BOX 949<br>ORLANDO FL 32802-0949 | CREDITOR ID: 262617-12<br>TEEPAK INC<br>135 S LASALLE DEPT 2253<br>CHICAGO IL 60674-2253 |
| CREDITOR ID: 262618-12<br>TEGAIL M ALLEN<br>2106 NW 3RD STREET<br>OCALA FL 34482 | CREDITOR ID: 387896-54<br>TEHRANY, ALI<br>400 KINGS POINT DR #1427<br>SUNNY ISLES BEACH, FL 33160 | CREDITOR ID: 392179-55<br>TEHRANY, ALI<br>C/O LAWRENCE J BOHANNON, P.A.<br>ATTN LAWRENCE J BOHANNON, ESQ<br>1141 SE 2ND AVE<br>FT. LAUDERDALE FL 33316 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387246-54<br>TEICHER, MARTHA E<br>243 ST. CLAUDE VILLAGE<br>APT. 202<br>KISSISSIMMEE, FL 34744 | CREDITOR ID: 391834-55<br>TEICHER, MARTHA E<br>C/O RICHARD SIMON, ESQUIRE<br>JACOBS & GOODMAN<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 262620-12<br>TEKEEMA L GRAHAM<br>6098 NE COLLIN KELLY HWY<br>MADISON FL 32340 |
| CREDITOR ID: 262621-12<br>TEKNOR APEX COMPANY<br>PO BOX 538308<br>ATLANTA, GA 30353-8308 | CREDITOR ID: 405684-95<br>TEKNOR APEX COMPANY<br>P O BOX 75979<br>CHARLOTTE NC | CREDITOR ID: 262622-12<br>TEKPAK<br>DEPT 3420<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-3420 |
| CREDITOR ID: 262623-12<br>TEL SOUTH COMMUNICATIONS INC<br>ATTN: STEVEN E BRITTAIN, PRES<br>8405-A BENJAMIN ROAD<br>TAMPA, FL 33634 | CREDITOR ID: 405685-95<br>TEL SOUTH COMMUNICATIONS INC<br>13700 MCCORMICK DRIVE<br>TAMPA FL 33626 | CREDITOR ID: 262624-12<br>TELCORP COMMUNICATIONS INC<br>750 E SAMPLE ROAD<br>BLDG 3<br>SUITE 242<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 262625-12<br>TELE ATLAS NORTH AMERICA INC<br>PO BOX 3506<br>BOSTON, MA 02241-3506 | CREDITOR ID: 382151-51<br>TELE ATLAS SOFTWARE<br>1605 ADAMS COURT<br>MENLO PARK, CA 94025 | CREDITOR ID: 395507-64<br>TELECHECK SERVICES, INC.<br>ATTN NATIONAL ACCOUNT BILLING<br>PO BOX 4948<br>HOUSTON, TX 77210 |
| CREDITOR ID: 262627-12<br>TELECO OF SOUTHERN VA<br>PO BOX 72697<br>RICHMOND VA 23235 | CREDITOR ID: 381725-15<br>TELECOM REMARKETING CORP OF AMERICA<br>ATTN TERRIE LAMARCHE<br>3401 E UNIVERSITY DRIVE, SUITE 103<br>DENTON TX 76208 | CREDITOR ID: 262628-12<br>TELEDEX INC<br>ATTN MEI NOGUCHI, PRES<br>1 ATLAS STREET<br>KENILWORTH, NJ 07033 |
| CREDITOR ID: 262901-12<br>TELEGRAPH, THE<br>ATTN LISA SENTERS<br>PO BOX 4167<br>MACON, GA 31208-4167 | CREDITOR ID: 278581-24<br>TELEPAK INC.<br>TERRELL KNIGHT, DIR OF SALES<br>125 S. CONGRESS STREET<br>SUITE 1000<br>JACKSON MS 39201 | CREDITOR ID: 262629-12<br>TELEPHONE COMMUNICATIONS INC<br>DBA TCI WIRELESS<br>1317 WILMER AVENUE SUITE 103<br>ANNISTON AL 36201 |
| CREDITOR ID: 262630-12<br>TELEPHONE SYSTEMS OF S C INC<br>PO BOX 3748<br>GREENVILLE SC 29608 | CREDITOR ID: 262631-12<br>TELESOUTH COMMUNICATIONS INC<br>6311 RIDGEWOOD ROAD<br>JACKSON, MS 39211 | CREDITOR ID: 262632-12<br>TELETOUCH<br>PO BOX 650554<br>DALLAS TX 75265-0554 |
| CREDITOR ID: 262633-12<br>TELEX COMMUNICATIONS INC<br>PO BOX 86<br>SDS 12-1077<br>MINNEAPOLIS, MN 55486-1077 | CREDITOR ID: 262634-12<br>TELFAIR COUNTY TAX COMMISSIONER<br>128 EAST OAK STREET<br>SUITE 8<br>PROPERTY TAX<br>MCRAE GA 31055 | CREDITOR ID: 318474-42<br>TELFAIR COUNTY TAX COMMISSIONER<br>128 E OAK ST., STE. #8<br>MCRAE, GA 31055 |
| CREDITOR ID: 262635-12<br>TELFAIR ENTERPRISE<br>PO BOX 269<br>MCRAE, GA 31055-0269 | CREDITOR ID: 399775-84<br>TELFER, MONICA<br>3880 NW 8TH PLACE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 400243-85<br>TELFER, MONICA<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S HARTMAN ESQ<br>1000 STIRLING ROAD, SUITE 1<br>COOPER CITY FL 33024 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387248-54<br>TELFORD, JOHNNIE<br>C/O JEFFREY S. JOHNSON<br>PO BOX 3045, 900 W. THOMSAS ST<br>HAMMOND, LA 70404 | CREDITOR ID: 391836-55<br>TELFORD, JOHNNIE<br>C/O: JEFFREY S. JOHNSON, ESQUIRE<br>ROLLING, PERRILLOUX, SLEDGE & JOHNSON<br>900 WEST THOMAS STREET<br>HAMMOND LA 70404 | CREDITOR ID: 387249-54<br>TELFORD, RICHARD<br>C/O JEFFREY S. JOHNSON<br>PO BOX 3045, 900 W. THOMAS STR<br>HAMMOND, LA 70404 |
| CREDITOR ID: 391837-55<br>TELFORD, RICHARD<br>C/O: JEFFREY S. JOHNSON, ESQUIRE<br>ROLLING, PERRILLOUX, SLEDGE & JOHNSON<br>900 WEST THOMAS STREET<br>HAMMOND LA 70404 | CREDITOR ID: 388838-54<br>TELFORD, STACEY<br>10217 TEAGARDEN ROAD<br>DALLAS TX 75056 | CREDITOR ID: 392782-55<br>TELFORD, STACEY<br>C/O: TODD E. TKACH<br>1140 EMPIRE CENTRAL<br>SUITE 315<br>DALLAS TX 75247 |
| CREDITOR ID: 262636-12<br>TELSA ELECTRIC ARMATURE & MCH INC<br>570 EAST HIGHWAY 90<br>BALDWIN FL 32234 | CREDITOR ID: 262637-12<br>TELSA TINSLEY<br>PAID THREW P CARD<br>PO BOX 907<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 399280-15<br>TELSOUTH COMMUNICATIONS, INC<br>ATTN STEVEN E BRITTAIN, PRES<br>8405-A BENJAMIN ROAD<br>TAMPA FL 33634 |
| CREDITOR ID: 262638-12<br>TEMIKA M FULTON<br>3619 FAIRFAX STREET<br>JACKSONVILLE FL 32209 | CREDITOR ID: 262639-12<br>TEMPACO INC<br>PO DRAWER 547667<br>ORLANDO, FL 32854-7667 | CREDITOR ID: 262640-12<br>TEMPERBENT GLASS LP<br>12400 SOUTH LARAMIE<br>ALSIP IL 60803 |
| CREDITOR ID: 382090-36<br>TEMPLE INLAND<br>ATTN CLAUDIA TYNES OR D MOHR<br>1300 S MOPAC EXPRESSWAY<br>AUSTIN TX 78746 | CREDITOR ID: 262641-12<br>TEMPLE INLAND<br>DEPT CH 14227<br>PALATINE, IL 60055-4227 | CREDITOR ID: 382876-51<br>TEMPLE INLANDS<br>1300 MOPAC EXPRESSWAY S.<br>AUSTIN, TX 78746 |
| CREDITOR ID: 262642-12<br>TEMPLE MEDICAL CLINIC<br>1120 AIRPORT DRIVE, SUITE 102<br>ALEXANDER CITY, AL 35010 | CREDITOR ID: 389922-54<br>TEMPLE, LEJEANNE<br>C/O DESALVO, DESALVO & BLACKBURN<br>ATTN F DESALVO & R BLACKBURN, ESQS<br>201 S GALVEZ STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 393460-55<br>TEMPLE, LEJEANNE<br>C/O: FRANK DESALVO<br>FRANK DE SALVO<br>201 SOUTH GALVEZ STREET<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 260891-12<br>TEMPLE, SHEREE<br>12902 RED CHESTNUT DRIVE<br>MIDLOTHIAN, VA 23112 | CREDITOR ID: 262643-12<br>TEMPLET & TEMPLET<br>PO BOX 11335<br>NEW IBERIA LA 70562-1335 | CREDITOR ID: 381033-47<br>TEMPLET N TEMPLET WELDING SUPPLY INC<br>2020 N 3RD STREET<br>BATON ROUGE, LA 70802 |
| CREDITOR ID: 384387-47<br>TEMPLET N TEMPLET WELDING SUPPLY INC<br>PO BOX 54273<br>NEW ORLEANS, LA 70154-4273 | CREDITOR ID: 262645-12<br>TEMPLETON & ASSOCIATES<br>3585 LAWRENCEVILLE SUWANEE ROAD<br>SAWANEE GA 30024 | CREDITOR ID: 407270-MS<br>TEMPLETON, ROBERT H.<br>1114 WILLOW BRANCH DR.<br>SIMPSONVILLE SC 29680 |
| CREDITOR ID: 262646-12<br>TEMPRITE<br>1555  WEST HAWTHORNE LANE<br>SUITE 1E<br>WEST CHICAGO, IL 60185-1822 | CREDITOR ID: 262647-12<br>TEN SPEED TRUCK SERVICE<br>EXIT 60 & I-75<br>PO BOX 7611<br>TIFTON, GA 31793 | CREDITOR ID: 905-03<br>TENANT SERVICES INC.<br>1700 BROADWAY<br>DENVER CO 80290 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 262648-12
TENDER LAWN CARE COMPANY
11221 CREEK WOOD TRAIL
ASHLAND, VA 23005

CREDITOR ID: 268785-31
TENN STATE GOVT
ATTN: JIM DAVIS
1107 CONGRESS PKWY S
ATHENS TN 37303-2403

CREDITOR ID: 262649-12
TENNANT
PO BOX 71414
CHICAGO, IL 60694-1414

CREDITOR ID: 405687-95
TENNANT
PO BOX 1452
MINNEAPOLIS MN 554401452

CREDITOR ID: 382946-51
TENNCARE-FIRST HEALTH
PO BOX 24486
NASHVILLE, TN 24486

CREDITOR ID: 262650-12
TENNES M MAYBERRY
351 S DENVER STREET
JACKSON MS 39209-6304

CREDITOR ID: 241200-11
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG.
ACCOUNT NO.: 103475018
502 DEADERICK STREET
NASHVILLE, TN 37242-1202

CREDITOR ID: 262651-12
TENNESSEE AMERICAN WATER CO
PO BOX 70824
CHARLOTTE, NC 28272

CREDITOR ID: 906-03
TENNESSEE AMERICAN WATER CO.
1101 BROAD STREET
CHATTANOOGA TN 37402

CREDITOR ID: 262653-12
TENNESSEE CHILD SUPPORT
PO BOX 305200
NASHVILLE, TN 37229

CREDITOR ID: 262654-12
TENNESSEE COUNCIL OF RETAIL
MERCHANTS
530 CHURCH ST, SUITE 200
NASHVILLE TN 37219

CREDITOR ID: 384388-47
TENNESSEE CROWN DIST CO
PO BOX 5068
CHATTANOOGA, TN 37406

CREDITOR ID: 12-02
TENNESSEE DEPARTMENT OF REVENUE
ATTN: LOREN L. CHUMLEY, COMMIS
ANDREW JACKSON BUILDING
500 DEADERICK STREET
NASHVILLE TN 37242-1099

CREDITOR ID: 241201-11
TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG.
500 DEADERICK STREET
NASHVILLE, TN 37242-1200

CREDITOR ID: 262659-12
TENNESSEE DEPT EMPLOYMENT SECURITY
EMPLOYER ACCOUNTS OPERATIONS
PO BOX 101
NASHVILLE TN 37202-0101

CREDITOR ID: 262656-12
TENNESSEE DEPT OF AGRICULTURE
ELLINGTON AGRICULTURAL CENTER
BOX 40627
NASHVILLE, TN 37204

CREDITOR ID: 262658-12
TENNESSEE DEPT OF EMPLOYMENT
SECURITY
EMPLOYER ACCOUNTS OPERATIONS
PO BOX 101
NASHVILLE, TN 37202-0101

CREDITOR ID: 262661-12
TENNESSEE DEPT OF ENV & CONSERVATN
DIVISION OF FISCAL SERVICES FEE SEC
401 CHURCH STREET
7TH FLOOR ANNEX
NASHVILLE TN 37243

CREDITOR ID: 262660-12
TENNESSEE DEPT OF ENV & CONSERVATN
401 CHURCH STREET
7TH FLOOR ANNEX
NASHVILLE TN 37243

CREDITOR ID: 262663-12
TENNESSEE DEPT OF REVENUE
TAX ENFORCEMENT DIVISION
PO BOX 190665
NASHVILLE TN 37242

CREDITOR ID: 262662-12
TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STATE OFFICE BLD
NASHVILLE, TN 37242-1200

CREDITOR ID: 262664-12
TENNESSEE DOOR INC
4116 BENT ROAD
KODAK TN 37764

CREDITOR ID: 18-02
TENNESSEE EDUCATION LOTTERY CORP
ATTN: REBECCA GRAHAM PAUL, PRES&CEO
PLAZA TOWER METRO CENTER
200 ATHENS WAYS, SUITE 200
NASHVILLE TN 37228

CREDITOR ID: 268787-31
TENNESSEE FORAGE & GRASSLAND
ATTN: JOE D BURNS
6804 DORCHESTER DR
KNOXVILLE TN 37909-2605

CREDITOR ID: 268789-31
TENNESSEE FORESTRY DIVISION
ATTN: RONNIE MEASLES
HC 69
SPENCER TN 38585-9803

CREDITOR ID: 268788-31
TENNESSEE FORESTRY DIVISION
ATTN: JIM REPLOGLE
130 3RD AVE W
CARTHAGE TN 37030-1263

CREDITOR ID: 268790-31
TENNESSEE HOUSING DEV AGCY
ATTN: TYRONE AVERY
131 INDUSTRIAL RD N STE D
COVINGTON TN 38019-1813

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 262666-12
TENNESSEE MAT CO INC
PO BOX 100186
NASHVILLE TN 37224-0186

CREDITOR ID: 262667-12
TENNESSEE RETAIL ASSOCIATION
611 COMMERCE STREET
SUITE 3121
NASHVILLE, TN 37203

CREDITOR ID: 268791-14
TENNESSEE REVENUE DEPARTMENT
ATTN: AL LANEY
500 DEADERICK ST
NASHVILLE TN 37242-0001

CREDITOR ID: 268804-14
TENNESSEE REVENUE DEPARTMENT
ATTN: SONIA DELOACH
540 MCCALLIE AVE STE 350
CHATTANOOGA TN 37402-2058

CREDITOR ID: 268803-14
TENNESSEE REVENUE DEPARTMENT
ATTN: SANDY STANTON
370 S LOWE AVE STE 2
COOKEVILLE TN 38501-4707

CREDITOR ID: 268802-14
TENNESSEE REVENUE DEPARTMENT
ATTN: RUTH JOHNSON
500 DEADERICK ST
NASHVILLE TN 37242-0001

CREDITOR ID: 268801-14
TENNESSEE REVENUE DEPARTMENT
ATTN: ROBERT STYLES
5665 NEW NORTHSIDE DR NW
ATLANTA GA 30328-5831

CREDITOR ID: 268800-14
TENNESSEE REVENUE DEPARTMENT
ATTN: L B STEELE
531 HENLEY ST STE 606
KNOXVILLE TN 37902-2841

CREDITOR ID: 268799-14
TENNESSEE REVENUE DEPARTMENT
ATTN: JUDY SHEW
204 HIGH POINT DR
JOHNSON CITY TN 37601-1504

CREDITOR ID: 268798-14
TENNESSEE REVENUE DEPARTMENT
ATTN: JOHN WAINSCOTT
1321 MURFREESBORO PIKE
NASHVILLE TN 37217-2626

CREDITOR ID: 268797-14
TENNESSEE REVENUE DEPARTMENT
ATTN: HERBERT TATE
5050 POPLAR AVE STE 425
MEMPHIS TN 38157-0101

CREDITOR ID: 268796-14
TENNESSEE REVENUE DEPARTMENT
ATTN: HAL JONES
6151 POWERS FERRY RD NW
ATLANTA GA 30339-2959

CREDITOR ID: 268795-14
TENNESSEE REVENUE DEPARTMENT
ATTN: ED ELDRIDGE
500 DEADERICK ST FL 12
NASHVILLE TN 37242-0001

CREDITOR ID: 268794-14
TENNESSEE REVENUE DEPARTMENT
ATTN: DAVID SKATES
225 DR MARTIN LUTHER KING JR DR
JACKSON TN 38301-6995

CREDITOR ID: 268793-14
TENNESSEE REVENUE DEPARTMENT
ATTN: CLARK VERRAN
204 HIGH POINT DR
JOHNSON CITY TN 37601-1504

CREDITOR ID: 268792-14
TENNESSEE REVENUE DEPARTMENT
ATTN: CARL GILLIAM
2486 PARK PLUS DR # A
COLUMBIA TN 38401-4511

CREDITOR ID: 395486-64
TENNESSEE STATE LOTTERY COMMISSION
PO BOX 23470
NASHVILLE, TN 37202

CREDITOR ID: 262669-12
TENNESSEE TECHNOLOGICAL UNIVERSITY
FINANCIAL AID OFFICER
ATTN BRENDA ELROD  BOX 5076
COOKEVILLE TN 38505

CREDITOR ID: 268807-14
TENNESSEE TREASURY DEPARTMENT
ATTN: ED HENNESSEE
500 DEADERICK ST FL 10
NASHVILLE TN 37242-0001

CREDITOR ID: 268806-14
TENNESSEE TREASURY DEPARTMENT
ATTN: DALE SIMS
1ST FL STATECAP
NASHVILLE TN 37243

CREDITOR ID: 268805-14
TENNESSEE TREASURY DEPARTMENT
ATTN: BETH CHAPMAN
ANDREW JACKSN BLVD FL 10
NASHVILLE TN 37243

CREDITOR ID: 377291-44
TENNESSEE-AMERICAN WATER CO
PO BOX 70824
CHARLOTTE, NC 28272

CREDITOR ID: 268808-31
TENNEVA LAND CATTLE MINERAL CO
ATTN: FRANK SLAUGHTER
1114 VALLEY RD
SALTVILLE VA 24370-3276

CREDITOR ID: 388725-54
TENNEY, JANICE
PO BOX 1113
PALATKA FL 32177

CREDITOR ID: 268786-31
TENN-TOM WATERWAY DEV AUTH
ATTN: DONALD G WALDON
518 2ND AVE N
COLUMBUS MS 39701-4512

CREDITOR ID: 268811-31
TENSAS BASIN LEVEE DISTRICT
ATTN: JOHN C STRINGER
505 DISTRICT RD
MONROE LA 71202-6862

CREDITOR ID: 268810-31
TENSAS BASIN LEVEE DISTRICT
ATTN: JACK KEAHEY
101B COURTHOUSE SQ
RAYVILLE LA 71269-2648

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268809-31<br>TENSAS BASIN LEVEE DISTRICT<br>ATTN: J M TRISLER<br>17012 HWY 124<br>JONESVILLE LA 71343 | CREDITOR ID: 262670-12<br>TEQUESTA WATER DEPT<br>PO BOX 3474<br>TEQUESTA FL 33469-0474 | CREDITOR ID: 384389-47<br>TEQUILA SOFTWARE<br>10 PRICE STREET<br>TORONTO, ON M4W 1Z4<br>CANADA |
| CREDITOR ID: 262671-12<br>TEQUILA SOFTWARE<br>65 FRONT STREET EAST<br>STE 304<br>TORONTO, ON M5E 1B5<br>CANADA | CREDITOR ID: 395454-64<br>TERADATA, DIVISION OF NCR<br>2910 GLENEAGLES POINTE<br>ALPHARETTA, GA 30005 | CREDITOR ID: 406259-G4<br>TERADATA/NCR<br>1700 SOUTH PATTERSON BLVD.<br>DAYTON OH 45479 |
| CREDITOR ID: 400212-86<br>TEREBUSH, AGENES<br>7901 BLIND PATH RD.<br>ST. PETERSBURG  FL 33708 | CREDITOR ID: 262672-12<br>TERECITA T MCQUAGGE<br>3204 CO ROAD 1128<br>TROY AL 36079 | CREDITOR ID: 262673-12<br>TERENCE M BASCOM<br>1159 PALM BLUFF STREET<br>CLEARWATER FL 33755 |
| CREDITOR ID: 262674-12<br>TERESA A BROWN<br>593 MT ARARAT ROAD<br>CLARKSVILLE VA 23927 | CREDITOR ID: 262675-12<br>TERESA BRIDGEWATER<br>603 OLD HARRODS CREEK ROAD<br>LOUISVILLE KY 40223 | CREDITOR ID: 262676-12<br>TERESA D BATES<br>2985 PATES HILL ROAD<br>MOSHEIM TN 37818-5755 |
| CREDITOR ID: 262677-12<br>TERESA F SNELLEN<br>400 BOTLAND LP<br>BARDSTOWN KY 40004 | CREDITOR ID: 262678-12<br>TERESA G GLENN<br>109 ROLLINGWOOD STREET<br>CENTRAL SC 29630 | CREDITOR ID: 262679-12<br>TERESA K SANDERFORD<br>169 SE CAMELOT LOOP<br>APT 102<br>LAKE CITY FL 32025 |
| CREDITOR ID: 262680-12<br>TERESA K YENOR<br>8350 SE 63RD AVENUE<br>BUSHNELL FL 33513 | CREDITOR ID: 262681-12<br>TERESA L SIMMONS<br>463 CHANTERELLE DRIVE<br>STONE MOUNTAIN GA 30087 | CREDITOR ID: 262682-12<br>TERESA M DAVIS<br>3425 COTTON STREET<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 384390-47<br>TERESA MURRAY<br>1581 LOFTIN FARM ROAD<br>DOVER, NC 28526 | CREDITOR ID: 262684-12<br>TERESA N WILSON<br>7904 LONG DRIVE<br>CHATTANOOGA TN 37421 | CREDITOR ID: 262685-12<br>TERESA OGLESBY<br>123 OGLESBY LANE<br>CENTRAL SC 29630 |
| CREDITOR ID: 262686-12<br>TERESA PROCHILO<br>1140 NE 2002 STREET<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 262687-12<br>TERESA S ASHWORTH<br>424 ROBERTS COURT<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 262688-12<br>TERESA STOWERS<br>514 ROYAL OAKS DRIVE<br>HOOVER AL 35244 |
| CREDITOR ID: 262689-12<br>TERESA WILLIAMSON<br>517 EAGLES NEST RD<br>DUDLEY NC 28333 | CREDITOR ID: 262690-12<br>TERESITA LOSADA<br>9405 W FLAGER STREET<br># D109<br>MIAMI FL 33174 | CREDITOR ID: 262691-12<br>TERI MITCHELL<br>711 LAKE HARBOR #1033<br>RICHLAND MS 39157 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262692-12<br>TERMAINE W TURNER<br>6214 E ELM SQUARE<br>LAKELAND FL 33813 | CREDITOR ID: 262693-12<br>TERMINIX INTERNATIONAL<br>PO BOX 231029<br>MONTGOMERY, AL 36123-1029 | CREDITOR ID: 262694-12<br>TERMINIX INTL<br>1838 MASON AVENUE<br>DAYTONA BEACH FL 32117 |
| CREDITOR ID: 262695-12<br>TERMINIX PROCESSING CENTER<br>PO BOX 742592<br>CINCINNATI, OH 45274-2592 | CREDITOR ID: 1927-07<br>TERRA NOVA REALTY ASSOC FUND<br>PO BOX 862456<br>#2000002810953<br>ORLANDO , FL 32886-2489 | CREDITOR ID: 268813-31<br>TERRABROOK<br>ATTN: SCOTT NESBITT<br>190 JAMES BURGESS RD<br>CUMMING GA 30041-8249 |
| CREDITOR ID: 262697-12<br>TERRACE ACCELERATED ELEMENTARY<br>510 DERBIGNEY ST<br>BOGALUSA, LA 70427 | CREDITOR ID: 268814-31<br>TERRACORP COMMERCIAL PRPTS<br>ATTN: SCOTT H BEDNAZ<br>11817 GARDEN WARBLER LN<br>RALEIGH NC 27613-5653 | CREDITOR ID: 268815-31<br>TERRAINE INC<br>ATTN: MICHAEL PRESLEY<br>600 TOWN CENTRE BLVD<br>PINEVILLE NC 28134-6335 |
| CREDITOR ID: 262699-12<br>TERRAPIN PRODUCE INC<br>20 SW 27TH AVE  STE 301<br>POMPANO BEACH FL 33069 | CREDITOR ID: 268816-31<br>TERRBBNNE LVEE CNSERVATION DST<br>ATTN: JEROME ZERINGUE<br>5500 HIGHWAY 56<br>CHAUVIN LA 70344-3003 | CREDITOR ID: 268817-31<br>TERREBNNE PRISH RCRTION DST 6<br>ATTN: WANDA LACOMPTE<br>107 RECREATION DR<br>MONTEGUT LA 70377-3218 |
| CREDITOR ID: 262701-12<br>TERREBONNE HIGH SCHOOL<br>7318 MAIN ST<br>HOUMA, LA 70360 | CREDITOR ID: 268818-14<br>TERREBONNE PARISH CNSLDT GOVMN<br>ATTN: JAMIE ELFERT<br>8026 MAIN ST<br>HOUMA LA 70360-3407 | CREDITOR ID: 262702-12<br>TERREBONNE PARISH CONDOL'D<br>PO BOX 6097<br>HOUMA, LA 70361-6097 |
| CREDITOR ID: 240689-06<br>TERREBONNE PARISH SALES AND<br>USE TAX DEPT<br>P O BOX 670<br>HOUMA LA 70361-0670 | CREDITOR ID: 262703-12<br>TERREBONNE PARISH TAX COLLECTOR<br>PO BOX 1670<br>COURTHOUSE<br>PROPERTY TAX<br>HOUMA LA 70361-1670 | CREDITOR ID: 268819-14<br>TERRELL COUNTY TAX OFFICE<br>ATTN: PEGGY H PRITCHARD<br>187 E LEE ST<br>DAWSON GA 39842-1485 |
| CREDITOR ID: 268820-31<br>TERRELL HUNDLEY CARROLL RIGHT<br>ATTN: TOMMY CARROL<br>914 NEWCASTLE DR SW<br>LILBURN GA 30047-5457 | CREDITOR ID: 385603-54<br>TERRELL, APRIL<br>205 WESTCHESTER DR<br>APT 14<br>ATHENS, GA 30606 | CREDITOR ID: 390894-55<br>TERRELL, APRIL<br>C/O: STEPHEN H. MCELWEE<br>SCOTT AND WELLS<br>347 WEST HANCOCK AVE<br>PO BOX 1232<br>ATHENS GA 30603 |
| CREDITOR ID: 388362-54<br>TERRELL, BETTY<br>1220 RIVER ROAD<br>CROPWELL, AL 35054 | CREDITOR ID: 392463-55<br>TERRELL, BETTY<br>C/O: MATT ABBOTT, ESQ.<br>CHURCH, SEAY, LASSETER & MINOR P.A.<br>1609 COGSWELL AVE<br>PELL CITY AL 35125 | CREDITOR ID: 391784-55<br>TERRELL, LAURA GAYLE<br>C/O: GEORGE L. FRENCH, ESQ.<br>THE THOMAS FIRM, L.L.C.<br>127 PEACHTREE ST., N.E.<br>SUITE 400<br>ATLANTA GA 30303 |
| CREDITOR ID: 387197-54<br>TERRELL, LAURA GAYLE<br>2907 ROBINSON ROAD<br>MARIETTA, GA 30068 | CREDITOR ID: 261915-12<br>TERRELL, STEFANIE<br>116 BLUEBERRY LANE<br>FITGERALD, GA 31750 | CREDITOR ID: 262705-12<br>TERRENCE L JOHNSON<br>3737 ST. JOHN'S BLUFF RD.<br>APT# 1805<br>JACKSONVILLE FL 32224 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262706-12<br>TERRI E HARRIS<br>120 SLOAN ROAD<br>APT C-6<br>COLUMBIA SC 29223 | CREDITOR ID: 262707-12<br>TERRI MCGREGOR<br>ART DIRECTION AND GRAPHIC DES<br>3830 SARAH BROOKE CT<br>JACKSONVILLE FL 32277 | CREDITOR ID: 262709-12<br>TERRIE I LAMBERT<br>222 BELTMORE DRIVE<br>COLONIAL HEIGHTS VA 23834 |
| CREDITOR ID: 262710-12<br>TERRISS CONSOLIDATED IND<br>PO BOX 110<br>ASBURY PARK NJ 07712-0110 | CREDITOR ID: 268821-31<br>TERRY & SONS HOME IMPROVEMENT<br>ATTN: JULILUS TERRY<br>3986 RITCHIE RD<br>LINCOLNTON NC 28092-9571 | CREDITOR ID: 262711-12<br>TERRY A WALTERS<br>3194 OAKLAND HILLS DRIVE<br>PINKERINGTON OH 43147 |
| CREDITOR ID: 262712-12<br>TERRY BARBER<br>1340 NE 24TH STREET<br>POMPANO BEACH FL 33064 | CREDITOR ID: 262713-12<br>TERRY BONA<br>16371 MAGNOLIA LANE<br>TICKFAW LA 70466 | CREDITOR ID: 268822-31<br>TERRY BRIGGS<br>200 SANDY POINT DR<br>CHATHAM LA 71226-8836 |
| CREDITOR ID: 262714-12<br>TERRY BUICK INC<br>PO BOX 14327<br>JACKSONVILLE, FL 32238-1327 | CREDITOR ID: 262715-12<br>TERRY CARTER<br>1917 ABERCROMBIE LANE<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 262716-12<br>TERRY CLARK<br>25900 HIGHWAY 78 LOT 5<br>CARBON HILL AL 35549 |
| CREDITOR ID: 262718-12<br>TERRY L MARTIN JR<br>2933 PALMADELIA AVENUE<br>SARASOTA FL 34234-0606 | CREDITOR ID: 262719-12<br>TERRY LAMBERT JR<br>41066 BLACKBAYOU ROAD<br>GONZALES LA 70737 | CREDITOR ID: 268823-31<br>TERRY NELSONS SPRINKLER<br>ATTN: TERRY NELSON<br>8815 CHISHOLM RD<br>PENSACOLA FL 32514-3256 |
| CREDITOR ID: 262721-12<br>TERRY R STONE<br>2316 JACKSON BLVD<br>CHALMETTE LA 70043-0474 | CREDITOR ID: 262723-12<br>TERRY SUPPLY CO<br>6211 17TH ST E<br>BRADENTON FL 34203-5002 | CREDITOR ID: 262724-12<br>TERRY T GLOSS<br>2030 7TH STREET<br>SARASOTA FL 34234 |
| CREDITOR ID: 262725-12<br>TERRY W DENDY<br>543 CANNONS FERRY ROAD<br>TYNER NC 27980-0961 | CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211  ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | CREDITOR ID: 406138-15<br>TERRY, PATRICIA<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN D MALKOWSHI, ESQ<br>5100 W KENNEDY BLVD, SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 262726-12<br>TERRYS DIESEL REPAIR & SALES LLC<br>2005 WEST SUMMERS DRIVE<br>ABBEVILLE, LA 70510 | CREDITOR ID: 262727-12<br>TESLA ELECTRIC ARMATURE & MACHINE<br>570 EAST HIGHWAY 90<br>BALDWIN FL 32234 | CREDITOR ID: 389203-54<br>TESTON, KATHERINE<br>742 PINE HAVEN CIRCLE<br>BRUNSWICK, GA 31525 |
| CREDITOR ID: 393063-55<br>TESTON, KATHERINE<br>C/O LAW OFFICE OF BRAD S MCLELLAND PC<br>ATTN BRAD S MCLELLAND, ESQ<br>1601 REYNOLDS STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 388686-54<br>TESTON, MARTHA E<br>44400 WOODLAND CIR<br>CALLAHAN FL 32011 | CREDITOR ID: 259954-12<br>TESTON, RONALD<br>3101 STRATFORD LANE<br>MT DORA, FL 32757 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 407548-15
TETLEY USA INC
ATTN TERRI JOHNSON, CREDIT MGR
PO BOX 856
100 COMMERCE DRIVE
SHELTON CT 06484

CREDITOR ID: 262728-12
TETLEY USA INC
PO BOX 65260
CHARLOTTE, NC 28265-0260

CREDITOR ID: 405691-95
TETLEY USA INC
P O BOX 75163
CHARLOTTE NC 28275-0163

CREDITOR ID: 405692-95
TETRA
PO BOX 532654
ATLANTA GA 30353-2654

CREDITOR ID: 262729-12
TETRA HOLDINGS INC
ATTN TOM BRITT, CR MGR
3001 COMMERCE STREET
BLACKSBURG VA 24060

CREDITOR ID: 382241-51
TETRA PAK
101 CORPORATE WOODS
VERNON HILLS, IL 60061

CREDITOR ID: 406009-15
TETRA PAK HOYER, INC
ATTN MICHELLE REEB, TREASURER
753 GENEVA PARKWAY N
LAKE GENEVA WI 53147

CREDITOR ID: 262731-12
TETRA PAK INC
PO BOX 70235
CHICAGO, IL 60673-0235

CREDITOR ID: 262732-12
TEURLINGS CATHOLIC
ATTN JEANNINE PRATHER, BUS MGR
139 TEURLINGS DRIVE
LAFAYETTE, LA 70501

CREDITOR ID: 407271-MS
TEUSCHER, REX D.
3713 VILLA SPRINGS CIRCLE
POWDER SPRINGS GA 30127

CREDITOR ID: 402322-90
TEUSCHER, REX D.
3976 BRANTLEY DR.
AUSTELL GA 30001

CREDITOR ID: 262733-12
TEUTA LAMCE
5201 ATLANTIC BLVD
UNIT # 26
JACKSONVILLE FL 32207

CREDITOR ID: 262734-12
TEW CARDENAS REBAK KELLOGG ET AL
201 SOUTH BISCAYNE BOULEVARD
MIAMI CENTER SUITE 2600
MIAMI FL 33131-4336

CREDITOR ID: 262735-12
TEXAS CERTIFIED SELF INSURER
GUARANTY ASSOCIATION
6504 BRIDGE POINT PARKWAY
SUITE 450
AUSTIN, TX 78730

CREDITOR ID: 262736-12
TEXAS CHILD SUPPORT
STATE DISBURSEMENT UNIT
PO BOX 659791
SAN ANTONIO, TX 78265-9791

CREDITOR ID: 262737-12
TEXAS COFFEE CO
ATTN JOSEPH F FERTITTA JR, VP
PO BOX 31
BEAUMONT, TX 77704

CREDITOR ID: 262738-12
TEXAS FEATHERS
PO BOX 1118
BROWNWOOD, TX 76804-1118

CREDITOR ID: 262739-12
TEXAS FOOTBALL
EPIC SPORTS CORPORATION
ATTN: MICHAEL BYNUM
505 DEERING STREET
BIRMINGHAM, AL 35210

CREDITOR ID: 382944-51
TEXAS HEALTH CHOICE
PO BOX 15645
LAS VEGAS, NV 89114-5645

CREDITOR ID: 908-03
TEXAS-OHIO GAS INC.
PO BOX 3916
HOUSTON TX 77253

CREDITOR ID: 380962-47
TEXTILE FINANCIAL SERVICES INC
15 PORTLAND ROAD
WEST CONSHOCOCKEN, PA 19428

CREDITOR ID: 262744-12
TEXTILEASE CORP
PO BOX 3485
WILMINGTON, NC 28406

CREDITOR ID: 262743-12
TEXTILEASE CORP
PO BOX 1528
ROCKY MOUNT, NC 27802

CREDITOR ID: 262745-12
TEXTILEASE CORPORATION
4700 DIGHT EVANS RD
CHARLOTTE, NC 28210

CREDITOR ID: 262746-12
TEXTILEASE UNIFORM SERVICE
PO BOX 2087
GOLDSBORO NC 27533-2087

CREDITOR ID: 262747-12
TEXVESTCO LTD
C/O SSRS INC
701 E UNIVERSITY DR SUITE 302
COLLEGE STATION TX 77840

CREDITOR ID: 262748-12
TEZZA TILE CO INC
PO BOX 907
SPARTANBURG SC 29304

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262749-12<br>TFH PUBLICATIONS<br>C/O BANK OF AMERICA<br>PO BOX 847828<br>DALLAS TX 75284-7828 | CREDITOR ID: 262750-12<br>TFK RETAIL LTD<br>PO BOX 971144<br>DEPT #4414<br>DALLAS TX 75397-1144 | CREDITOR ID: 262751-12<br>TFP<br>PO BOX 71690<br>CHICAGO IL 60690 |
| CREDITOR ID: 262390-12<br>TG LEE FOODS, INC DBA TG LEE DAIRY<br>ATTN MIKE CLUKEY, CREDIT MGR<br>315 N RUMBY AVE<br>ORLANDO FL 32803 | CREDITOR ID: 405668-95<br>TG LEE FOODS, INC DBA TG LEE DAIRY<br>315 N BUMBY AVE<br>ORLANDO FL 32803 | CREDITOR ID: 262752-12<br>TGSLC<br>PO BOX 8330<br>ROUND ROCK, TX 78683-3300 |
| CREDITOR ID: 268824-31<br>TH PY DEVELOPMENT INC<br>ATTN: TOMMY HENRY<br>12889 US HIGHWAY 98 W<br>DESTIN FL 32550-3243 | CREDITOR ID: 244099-12<br>THACKER, BRUCE<br>9656 BAILEY ROAD<br>CORNELIUS NC 28031 | CREDITOR ID: 389984-54<br>THACKER, MARSHA<br>1612 OLD FERRELLS CREEK ROAD<br>BELCHER KY 41513 |
| CREDITOR ID: 397804-75<br>THACKER, PAUL<br>9308 N MILITARY TRAIL<br>WEST PALM BEACH, FL 33410 | CREDITOR ID: 262753-12<br>THAD HEANEY TRUCKING INC<br>7391 JUMPING GULLY ROAD<br>VALDOSTA GA 31601 | CREDITOR ID: 269226-16<br>THAI, CHARLIE<br>D/B/A THE TEA GARDEN CHINESE RESTAU<br>C/O MICHAEL C. CODE<br>UDDO, BEATMANN & CODE<br>3445 NORTH CAUSEWAY BLVD., STE. 724<br>METAIRIE, LA 70002 |
| CREDITOR ID: 262720-12<br>THALER, TERRY LEE<br>8184 LEATHERWOOD ROAD<br>GUILFORD, IN 47022 | CREDITOR ID: 407272-MS<br>THAMES, SHURFORD R.<br>1821 BRANDON DR.<br>FLORENCE SC 29501 | CREDITOR ID: 389576-54<br>THAMES, WILLIE<br>5923 SW 78TH CT.<br>MIAMI, FL 33143 |
| CREDITOR ID: 393247-55<br>THAMES, WILLIE<br>C/O JEFFREY H WOLFSON LAW OFFICES<br>ATTN JEFFREY H WOLFSON, ESQ<br>633 S FEDERAL HWY, SUITE 300<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 262754-12<br>THANE DISTRIBUTION GROUP<br>78-140 CALLE TAMPICO<br>LA QUINTA, CA 92253 | CREDITOR ID: 262755-12<br>THARRON B ROBINSON<br>301 NE BAMBOO TRAIL<br>MADISON FL 32340 |
| CREDITOR ID: 382136-51<br>THATCHER CO. FOOD & DAIRY<br>2094 PLESS DR.<br>BRIGHTON, MI 48114 | CREDITOR ID: 381025-47<br>THATCHER COMPANY FOOD & DAIRY DIVISION<br>PO BOX 27407<br>SALT LAKE CITY, UT 84127 | CREDITOR ID: 382150-51<br>THATCHER, JAMES H.<br>364 NORTH SEALAKE LANE<br>PONTE VEDRA BEACH, FL 32082 |
| CREDITOR ID: 382240-51<br>THATCHER, JIM<br>1221 MERLOT DRIVE<br>SOUTHLAKE, TX 76092 | CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | CREDITOR ID: 405983-15<br>THC LLC<br>C/O F&M REALTY<br>2600 E SOUTH BLVD STE 230<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 262757-12<br>THE ABERNATHY MACGREGOR GROUP INC<br>501 MADISON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 262758-12<br>THE ADVANCE PROGRESS<br>THE ADVANTAGE<br>PO BOX 669<br>VIDALIA GA 30474 | CREDITOR ID: 262759-12<br>THE ADVERTISER COMPANY<br>425 MOLTON STREET<br>MONTGOMERY, AL 36104 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262761-12<br>THE ADVOCATE SATURDAY SUNDAY<br>PO BOX 613<br>BATON ROUGE LA 70821 | CREDITOR ID: 262763-12<br>THE AM GROUP INC<br>6127 NW 104TH TERRACE<br>KANSAS CITY MO 64154 | CREDITOR ID: 262764-12<br>THE AMERICAN LAWYER<br>345 PARK AVENUE SOUTH<br>NEW YORK NY 10010 |
| CREDITOR ID: 377318-44<br>THE ARRINGTON GROUP<br>6413 ARRINGTON RD<br>RALEIGH, NC 27607 | CREDITOR ID: 262766-12<br>THE ATLANTA CONSTITUION<br>827 W OGLETHORPE BLVD<br>ALBANY GA 31701 | CREDITOR ID: 262768-12<br>THE BAGEL FACTORY<br>3118 CAHABA HT PLAZA<br>BIRMINGHAM AL 35243 |
| CREDITOR ID: 262770-12<br>THE BANK<br>ATTN MR KEN POMEROY<br>17 NORTH 20TH STREET<br>BIRMINGHAM, AL 35203-4003 | CREDITOR ID: 262771-12<br>THE BANK OF NEW YORK<br>SADLER SGG ESCROW AGENT<br>101 BARCLAY STREET<br>FLOOR 8 W<br>NEW YORK NY 10286 | CREDITOR ID: 377345-44<br>THE BANNER TRIBUNE<br>PO BOX 566<br>FRANKLIN, LA 70538-0566 |
| CREDITOR ID: 399704-YY<br>THE BARBER COMPANIES INC<br>REF VILLAGE AT MOODY<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 | CREDITOR ID: 399703-YY<br>THE BARBER COMPANIES INC<br>REF MORGAN ROAD SQUARE<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 | CREDITOR ID: 399702-YY<br>THE BARBER COMPANIES INC<br>REF COLUMBIA SQUARE<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 377346-44<br>THE BEDFORD BULLETIN<br>P.O. BOX 331<br>BEDFORD, VA 24523-0331 | CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 262774-12<br>THE BLOMMER CHOCOLATE COMPANY<br>C/O MARSHALL & ILSLEY BANK<br>BIN 175<br>MILWAUKEE WI 53288-0175 |
| CREDITOR ID: 262775-12<br>THE BROOKS FIRM P C<br>2705 FOURTH AVENUE SOUTH<br>BIRMINGHAM AL 35233 | CREDITOR ID: 377320-44<br>THE BRUNSWICK NEWS PUBLISHING CO<br>PO BOX 1557<br>3011 ALTAMA AVE<br>BRUNSWICK, GA 31521 | CREDITOR ID: 262777-12<br>THE BUSINESS JOURNAL<br>PO BOX 36609<br>CHARLOTTE, NC 28254-3765 |
| CREDITOR ID: 262778-12<br>THE CALHOUN CITY MEDICAL CLINIC<br>PO BOX 599<br>CALHOUN CITY, MS 38916 | CREDITOR ID: 377322-44<br>THE CAROLINA TRADER<br>PO BOX 849<br>FAYETTEVILLE, NC 28302 | CREDITOR ID: 262781-12<br>THE CATERING MILL<br>9007 BISCAYNE BLVD<br>MIAMI SHORES, FL 33138 |
| CREDITOR ID: 278582-24<br>THE CENTER OF SEVEN SPRINGS INC.<br>50 COCONUT ROW<br>SUITE 114<br>PALM BEACH FL 33480 | CREDITOR ID: 377349-44<br>THE CHARLOTTE OBSERVER<br>PO BOX 70111<br>CHARLOTTE, NC 28272-0111 | CREDITOR ID: 377348-44<br>THE CHARLOTTE OBSERVER<br>PO BOX 32188<br>CHARLOTTE, NC 28232-2188 |
| CREDITOR ID: 262783-12<br>THE CHEROKEE TRIBUNE<br>PO BOX 449<br>MARIETTA GA 30061 | CREDITOR ID: 377351-44<br>THE CINCINNATI ENQUIRER<br>312 ELM STREET<br>CINCINNATI, OH 45202-2754 | CREDITOR ID: 262784-12<br>THE CIT GROUP/COMMERCIAL SERVICES<br>POST OFFICE BOX 1036<br>CHARLOTTE NC 28201-1036 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241209-11<br>THE CITY OF JACKSON<br>ACCOUNT NO.: NONE<br>333 BROADWAY<br>JACKSON, KY 41339 | CREDITOR ID: 262786-12<br>THE CITY OF RIVIERA BEACH<br>600 W BLUE HERON BLVD<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 262787-12<br>THE CLARION LEDGER<br>241 OAK GROVE CHURCH ROAD<br>PEARL MS 39208 |
| CREDITOR ID: 262788-12<br>THE CLASS PRODUCE GROUP<br>PO BOX 2003<br>JESUP, MD 20794 | CREDITOR ID: 377355-44<br>THE CLAXTON ENTERPRISE<br>PO BOX 218<br>24 SOUTH NEWTON STREET<br>CLAXTON, GA 30417-0218 | CREDITOR ID: 262789-12<br>THE COLONIAL SHOPPE & COMPANY<br>27 ANN STREET<br>MONTGOMERY AL 36107 |
| CREDITOR ID: 316129-41<br>THE COMMONS AT CLIFF CREEK LTD<br>ABRAXUS REAL ESTATE INC<br>6611 HILLCREST AVE #532<br>ATTN: SEBASTIAN STADLER<br>DALLAS TX 75205-1301 | CREDITOR ID: 262790-12<br>THE CORAL GABLES JUNIOR WOMENS CLUB<br>1009 E PONCE DE LEON BLVD<br>CORAL GABLES FL 33134 | CREDITOR ID: 262791-12<br>THE CORPORATE BOARD<br>4440 HAGADORN ROAD<br>OKEMOS MI 48864-2414 |
| CREDITOR ID: 377358-44<br>THE COURIER HERALD<br>DRAWER B/COURT SQUARE STATION<br>DUBLIN, GA 31040 | CREDITOR ID: 377359-44<br>THE CRITTENDEN PRESS<br>PO BOX 191<br>MARION, KY 42064-0191 | CREDITOR ID: 262792-12<br>THE CROSSINGS AT FLEMING ISLAND CDD<br>C/O CLAY COUNTY UTILITY AUTHORITY<br>3176 OLD JENNINGS ROAD<br>MIDDLEBURG, FL 32068 |
| CREDITOR ID: 262793-12<br>THE CROWLEY POST SIGNAL<br>602 N PARKERSON AVENUE<br>CROWLEY, LA 70526 | CREDITOR ID: 377361-44<br>THE CULLMAN TIMES<br>300 4TH AVE S E<br>CULLMAN, AL 35055 | CREDITOR ID: 262800-12<br>THE DAVEY TREE EXPERT CO<br>8555 PLUMMER ROAD<br>JACKSONVILLE, FL 32219 |
| CREDITOR ID: 262801-12<br>THE DEL PINO GROUP INC<br>215 EAST 17 STREET<br>HIALEAH FL 33010 | CREDITOR ID: 278583-25<br>THE DELTA INTERESTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 262804-12<br>THE DOCTORS CENTER<br>9857-4  ST AUGUSTINE RD<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 2617-07<br>THE DOUGLAS GROUP<br>% JOHN A. PETRIE<br>3914 MIAMI RD., SUITE 312<br>CINCINNATI OH 45227 | CREDITOR ID: 262805-12<br>THE DUMPLIN SHOPPE INC<br>PO BOX 267<br>HAZLEHURST GA 31539 | CREDITOR ID: 377368-44<br>THE EMPLOYMENT GUIDE<br>PO BOX 7162<br>CHARLOTTE, NC 28241 |
| CREDITOR ID: 377369-44<br>THE EMPLOYMENT GUIDE LLC<br>PO BOX 22846<br>TAMPA, FL 33622-2846 | CREDITOR ID: 405693-95<br>THE ENCORE GROUP INC<br>111 CLOVERLEAF ROAD<br>WINSTON SALEM NC 27103 | CREDITOR ID: 377370-44<br>THE ENTERPRISE MOUNTAINEER<br>PO BOX 129<br>220 N MAIN STREET<br>WAYNESVILLE, NC 28786-0129 |
| CREDITOR ID: 262807-12<br>THE ESTATE OF CLOYCE M HOLLOWAY<br>PO BOX 942<br>HAMMOND LA 70404 | CREDITOR ID: 381191-47<br>THE ESTATE OF SECDRICK T WARE<br>918 LAKEVIEW COURT<br>MONTGOMERY, AL 36117 | CREDITOR ID: 262808-12<br>THE ESTATE OF SHAUNA MYRICK<br>2810 W 7TH STREET<br>APT A1<br>HATTIESBURG, MS 39401 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 377371-44
THE EVENING NEWS
PO BOX 867
221 SPRING STREET
JEFFERSONVILLE, IN 47131-0867

CREDITOR ID: 262810-12
THE FARMVILLE HERALD
114 NORTH STREET
FARMVILLE, VA 23901

CREDITOR ID: 278102-23
THE FIRST NATIONAL BANK
ATTN: BOOKKEEPER
PO BOX 797
TALLADEGA AL 35161

CREDITOR ID: 377372-44
THE FIRST YEARS INC
PO BOX 845986
BOSTON, MA 02284-5986

CREDITOR ID: 262812-12
THE FLOOR GALLERY INC
1003 B GARDNER BLVD
COLUMBUS, MS 39702-5297

CREDITOR ID: 262813-12
THE FLORIDA CLASSIC
CO PHILLIPS AND ASSOCIATES
PO BOX 0696
APOPKA FL 32704

CREDITOR ID: 262814-12
THE FLORIDA EHS ROUNDTABLE LLC
212 N MILL VIEW WAY
PONTE VEDRA BEACH, FL 32082

CREDITOR ID: 377373-44
THE FLORIDA TIMES UNION
ONE RIVERSIDE AVE
PO BOX 2602
JACKSONVILLE, FL 32202

CREDITOR ID: 262816-12
THE FRANKLIN TIMES
109 S BICKETT BLVD
LOUISBURG, NC 27549-0119

CREDITOR ID: 377374-44
THE GADSDEN TIMES
PO BOX 116362
ATLANTA, GA 30368-6362

CREDITOR ID: 377375-44
THE GAINESVILLE SUN
ADVERTISING DEPT
PO BOX 915007
ORLANDO, FL 32891-5007

CREDITOR ID: 405694-95
THE GAUNAURD GROUP INC.
PO BOX 52-0865
MIAMI FL 33152-0865

CREDITOR ID: 262818-12
THE GENLYTE GROUP
PO BOX 945667
ATLANTA GA 30394

CREDITOR ID: 377327-44
THE GEORGIA  ALABAMA THE EAST ALABAMA
ADVERTISER
PO BOX 298
RANBURNE, AL 36273

CREDITOR ID: 262820-12
THE GEORGIA ALABAMA
THE EAST ALABAMA
PO BOX 298
RANBURNE, AL 36273

CREDITOR ID: 405695-95
THE GREAT FISH COMPANY
PO BOX 538195
ATLANTA GA 30353-8165

CREDITOR ID: 2618-07
THE GROSSMAN COMPANIES, INC.
1266 FURNACE BROOK PARKWAY
QUINCY MA 02269-0110

CREDITOR ID: 262826-12
THE HARTFORD MEDICAL MGMT CENTER
PO BOX 2047
DEPT AL
AURORA, IL 60507

CREDITOR ID: 377378-44
THE HERALD
PO BOX 11707
W MAIN STREET
ROCK HILL, SC 29731

CREDITOR ID: 262830-12
THE HERITAGE BANK
C/O BARBARA CARTER
PO BOX 1009
HINESVILLE GA 31310

CREDITOR ID: 278103-23
THE HERITAGE BANK
ATTN: VICKI MONDAY
PO BOX 1009
HINESVILLE GA 31310

CREDITOR ID: 377379-44
THE HIGH SPRINGS HERALD
PO BOX 745
HIGH SPRINGS, FL 32655

CREDITOR ID: 262832-12
THE HOME DEPOT
PO BOX 6031
THE LAKES NV 88901-6031

CREDITOR ID: 262833-12
THE HOME DEPOT SUPPLY
PO BOX 101802
ATLANTA GA 30392-1802

CREDITOR ID: 262834-12
THE HUMANE SOCIETY OF GREATER MIAMI
2101 NW 95TH STREET
MIAMI, FL 33147

CREDITOR ID: 262835-12
THE HUNTINGTON NATIONAL BANK
C/O ROBERT L CASE ESQ
SUN TRUST CENTER
200 SOUTH ORANGE AVE SUITE 1220
ORLANDO FL 32801

CREDITOR ID: 262836-12
THE ICE MAN
3529 PLYMOUTH STREET
JACKSONVILLE FL 32205

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262838-12<br>THE INN AT FITZGERALD<br>235 OCILLA HIGHWAY<br>FITZGERALD GA 31750 | CREDITOR ID: 262839-12<br>THE INTERNET TRUCKSTOP<br>PO BOX 99<br>NEW PLYMOUTH ID 83655 | CREDITOR ID: 262841-12<br>THE KING CENTER<br>449 AUBURN AVENUE NE<br>ATLANTA, GA 30312-1590 |
| CREDITOR ID: 377382-44<br>THE LEDGER<br>PO BOX 913004<br>ORLANDO, FL 32891-3004 | CREDITOR ID: 377383-44<br>THE LEEDS NEWS<br>8024 PARKWAY DRIVE<br>LEEDS, AL 35094 | CREDITOR ID: 262844-12<br>THE LEXINGTON HEARLD LEADER CO<br>PO BOX 6433<br>CAROL STREAM, IL 60197-6433 |
| CREDITOR ID: 405696-95<br>THE LIBMAN COMPANY<br>DEPT 77- 5167<br>CHICAGO IL 60678-5167 | CREDITOR ID: 262846-12<br>THE LUBE COMPANY<br>2727 CLYDO ROAD, UNIT 12<br>JACKSONVILLE FL 32207 | CREDITOR ID: 262847-12<br>THE M & M COMPANY OF THE SOUTH<br>PO BOX 73445<br>METAIRIE LA 70033-3445 |
| CREDITOR ID: 377331-44<br>THE MADISON MESSANGER<br>PO BOX 508<br>MADISON, NC 27025 | CREDITOR ID: 262849-12<br>THE MARKET AT BYRAM LLC<br>112 SHEFFIELD LOOP<br>SUITE D<br>HATTIESBURG, MS 39402 | CREDITOR ID: 262850-12<br>THE MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES LLC<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 |
| CREDITOR ID: 262851-12<br>THE MASTERSON COMPANY INC<br>BIN 236<br>MILWAUKEE, WI 53288 | CREDITOR ID: 262852-12<br>THE MAT WORKS<br>D/B/A JANITEX RUG SERVICES<br>PO BOX 65060<br>CHARLOTTTE NC 28265-0060 | CREDITOR ID: 377388-44<br>THE MESSENGER<br>PO BOX 1865<br>HARTSVILLE, SC 29551 |
| CREDITOR ID: 377389-44<br>THE MIAMI HERALD<br>PO BOX 019135<br>MIAMI, FL 33101-9135 | CREDITOR ID: 262856-12<br>THE MIAMI HERALD<br>PO BOX 011029<br>MIAMI FL 33101-1029 | CREDITOR ID: 2619-07<br>THE MITCHELL CO<br>PO BOX 160306<br>MOBILE AL 36616-1306 |
| CREDITOR ID: 262857-12<br>THE MOBILE REGISTER<br>DISPLAY: LOCAL CLASSIFIED & NAT'L<br>PO BOX 1712<br>MOBILE, AL 36633-1712 | CREDITOR ID: 377391-44<br>THE MONROE JOURNAL<br>PO BOX 826<br>MONROEVILLE, AL 36461-0826 | CREDITOR ID: 278584-24<br>THE MORGAN COMPANY INC.<br>C/O GEORGE L. HAYES III, ESQ<br>5959 CENTRAL AVENUE<br>SUITE 104<br>ST. PETERSBURG FL 33710 |
| CREDITOR ID: 262858-12<br>THE MOUNTAIN TIMES<br>PO BOX 1815<br>BOONE NC 28607 | CREDITOR ID: 377333-44<br>THE NEWS GROUP<br>4070 SHIRLEY DRIVE SOUTHWEST<br>ATLANTA, GA 30336 | CREDITOR ID: 377395-44<br>THE NEWS PROGRESS<br>NP BUSINESS OFFICE<br>PO BOX 524<br>SOUTH BOSTON, VA 24592 |
| CREDITOR ID: 262863-12<br>THE OFFICE OF STUDENT MEDIA<br>LA STATE UNIVERSITY<br>BATON ROUGE LA 70803-6923 | CREDITOR ID: 407408-93<br>THE OLIVE LAW FIRM, PA<br>ATTN: JON MCCACHREN<br>PO BOX 31515<br>CHARLOTTE NC 28231 | CREDITOR ID: 268825-31<br>THE PEOPLES COMMUNITY DEV CORP<br>ATTN: RAYMOND KUMA III<br>495 HOLDERNESS ST SW<br>ATLANTA GA 30310-1748 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262869-12<br>THE POLICE & SHERIFFS PRESS<br>PO BOX 1489<br>LYONS GA 30436 | CREDITOR ID: 377398-44<br>THE POSTCARD FACTORY<br>PO BOX 100475<br>ATLANTA, GA 30384-0475 | CREDITOR ID: 262871-12<br>THE PRECIOUS GIFT SHOP<br>168 HELEN DRIVE<br>AVONDALE LA 70094 |
| CREDITOR ID: 262872-12<br>THE PRESCOTT HOUSE<br>PO BOX 55892<br>BIRMINGHAM AL 35255 | CREDITOR ID: 377400-44<br>THE PROFESSIONAL GROUP<br>716 WATERGATE DRIVE<br>SHEPHERDSVILLE, KY 40165 | CREDITOR ID: 262873-12<br>THE PROFESSIONAL GROUP SERVICES INC<br>4710-A ECTON DRIVE<br>MARIETTA GA 30066 |
| CREDITOR ID: 377401-44<br>THE PROVIDENT BANK<br>309 VINE STREET<br>452 D<br>CINCINNATI, OH 45202 | CREDITOR ID: 278104-23<br>THE PROVIDENT BANK<br>ATTN: ACCOUNT MAINTENANCE<br>ONE EAST FOURTH STREET<br>CINCINNATI OH 45269 | CREDITOR ID: 377402-44<br>THE PROVIDENT COMPANIES<br>ATTN: VICTORIA WEAVER<br>18 CHESTNUT STREET<br>WORCESTER, MA 01608 |
| CREDITOR ID: 262874-12<br>THE RACHEL&ALEXANDER EDUC FOUNDATIN<br>151 BOXFIELD ROAD<br>UPPER ST. CLAIR PA 15241 | CREDITOR ID: 262876-12<br>THE RALEIGH WAKE<br>MLK CELEBRATION COMM INC<br>PO BOX 28696<br>RALEIGH NC 27611-8696 | CREDITOR ID: 2620-07<br>THE REALTY ASSOC. FUND IV LP<br>C/O TERRANOVE CORP<br>801 ARTHUR GODFREY ROAD STE 600<br>MIAMI FL 33140 |
| CREDITOR ID: 262877-12<br>THE RECORDER NEWSPAPERS<br>6948 OAKWOOD DR  SUITE 203<br>FLORENCE KY 41042-1780 | CREDITOR ID: 403363-83<br>THE REPORTING COMPANY<br>201 N. MAGNOLIA AVE. SUITE 101<br>ORLANDO FL 32801 | CREDITOR ID: 381473-47<br>THE ROCK OF CENTRAL FLORIDA<br>ATTN MATTHEW HOFFMAN<br>3836 S ORLANDO DRIVE<br>ORLANDO, FL 32773 |
| CREDITOR ID: 377404-44<br>THE ROCKDALE CITIZEN<br>PO BOX 1286<br>483-7108 EIN #58-2113856<br>LAWRENCEVILLE, GA 30046 | CREDITOR ID: 377405-44<br>THE ROSEMYR CORP<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | CREDITOR ID: 377406-44<br>THE ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 |
| CREDITOR ID: 377407-44<br>THE SCOTTS COMPANY<br>PO BOX 905367<br>CHARLOTTE, NC 28290-5367 | CREDITOR ID: 1932-07<br>THE SEMBLER COMPANY<br>P O BOX 41847<br>ST  PETERSBURG FL 33743-1847 | CREDITOR ID: 377408-44<br>THE SERVICE HOUSE<br>PO BOX 320129<br>BIRMINGHAM, AL 35232 |
| CREDITOR ID: 262883-12<br>THE SHERWIN WILLIAMS CO<br>551 NE 167TH STREET<br>N MIAMI BEACH, FL 33162-3911 | CREDITOR ID: 262885-12<br>THE SNACK FACTORY<br>PO BOX 3562<br>PRINCETON, NJ 08543 | CREDITOR ID: 262886-12<br>THE SOCCER CLUB<br>DAPHNE HIGH SCHOOL SOCCER<br>31542 RHETT DRIVE<br>SPANISH FORT, AL 36527 |
| CREDITOR ID: 262887-12<br>THE SOUTH CAROLINA SECOND<br>INJURY FUND<br>220 EXECUTIVE CNTR DR STE 119<br>COLUMBIA SC 29210 | CREDITOR ID: 262888-12<br>THE SOUTHEAST COMPANY INC<br>PO BOX 949<br>LEEDS, AL 35094 | CREDITOR ID: 262889-12<br>THE SPENCER MAGNET<br>PO BOX 219<br>TAYLORSVILLE, KY 40071 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 377410-44<br><br>THE STAR<br>PO BOX 48<br>SHELBY, NC 28151 | CREDITOR ID: 262895-12<br><br>THE STELLAR GROUP<br>2900 HARTLEY ROAD<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 377411-44<br><br>THE SUN NEWS<br>PO BOX 406<br>MYRTLE BEACH, SC 29578-0406 |
| CREDITOR ID: 262902-12<br><br>THE THERMOS COMPANY<br>2278 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 262903-12<br><br>THE TIMES<br>PO BOX 838<br>GAINESVILLE, GA 30503 | CREDITOR ID: 377412-44<br><br>THE TIMES  HERALD<br>PO BOX 1052<br>NEWNAN, GA 30264 |
| CREDITOR ID: 377413-44<br><br>THE TIMES & DEMOCRAT<br>PO DRAWER 1766<br>ORANGEBURG, SC 29116 | CREDITOR ID: 262904-12<br><br>THE TIMES LEADER<br>PO BOX 439<br>PRINCETON KY 42445 | CREDITOR ID: 377338-44<br><br>THE TIMES PICAGUNE<br>P O BOX 54714<br>NEW ORLEANS, LA 70154 |
| CREDITOR ID: 377416-44<br><br>THE TIMES TRIBUNE<br>PO BOX 516<br>CORBIN, KY 40702-0516 | CREDITOR ID: 405698-95<br><br>THE TOPPS CO INC<br>BURDETTE BECKMANN INC<br>516 DOUGLAS AVE #1102<br>ALAMONTE SPRINGS FL 32714 | CREDITOR ID: 377417-44<br><br>THE TRI- COUNTY SHOPPER<br>PO BOX 601<br>HAZLEHURST, GA 31539 |
| CREDITOR ID: 262909-12<br><br>THE TRIBUNE<br>PO BOX 1634<br>SPARTANBURG, SC 29304 | CREDITOR ID: 405699-95<br><br>THE TRIBUNE<br>P O BOX 69<br>FT PIERCE FL 34954 | CREDITOR ID: 316130-41<br><br>THE TROTMAN COMPANY<br>2525 BELL RD.<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 377418-44<br><br>THE TWIN CITY NEWS<br>PO BOX 2529<br>BATESBURG LEESVILLE, SC 29070 | CREDITOR ID: 377420-44<br><br>THE UNION RECORDER<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>PO BOX 520<br>MILLEDGEVILLE, GA 31059 | CREDITOR ID: 262911-12<br><br>THE UNIVERSITY OF MISSISSIPPI<br>ATTN CAREER DAY REGISTRATION<br>PO BOX 1848<br>UNIVERSITY, MS 38677-1848 |
| CREDITOR ID: 405700-95<br><br>THE VILLAGE COMPANY LLC<br>ATTN DAN OLINGER<br>134 WEST COLUMBIA COURT<br>CHASKA MN 55318 | CREDITOR ID: 262916-12<br><br>THE WALL STREET JOURNAL<br>CORPORATE SUBSCRIPTION PROGRAM<br>102 FIRST AVENUE<br>CHICOPEE MA 01020 | CREDITOR ID: 262915-12<br><br>THE WALL STREET JOURNAL<br>545 E JOHN CARPENTER FREEWAY<br>SUITE 400<br>IRVING TX 75062 |
| CREDITOR ID: 262917-12<br><br>THE WASHING MACHINE INC<br>1504 PASADENA AVENUE<br>METAIRIE LA 70001 | CREDITOR ID: 262918-12<br><br>THE WAVE<br>C/O INTRAFISH MEDIA<br>701 DEXTER AVE N<br>SUITE 410<br>SEATTLE WA 98109 | CREDITOR ID: 406260-G4<br><br>THE WEITZMAN GROUP<br>3102 MAPLE AVENUE, SUITE 350<br>DALLAS TX 75201 |
| CREDITOR ID: 377422-44<br><br>THE WELLNESS CENTER<br>1918 W PARK DR<br>N WILKESBORO, NC 28659 | CREDITOR ID: 262920-12<br><br>THE WEST ALABAMA GAZETTE<br>PO BOX 249<br>466 COLUMBUS STREET<br>MILLPORT AL 35576 | CREDITOR ID: 377339-44<br><br>THE WEST GEORGIA SHOPPER<br>104 KINGSBRIDGE DRIVE<br>CARROLLTON, GA 30117 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 377426-44
THE WETUMPKA HERALD
PO BOX 99
WETUMPKA, AL 36092

CREDITOR ID: 377423-44
THE WILLISTON PIONEER
28 NW FIRST AVENUE
WILLISTON, FL 32696

CREDITOR ID: 262922-12
THE ZERO BREEZE COMPANY
4120 CLIFTON AVENUE
CINCINNATI OH 45232

CREDITOR ID: 377343-44
THE* BANK OF NEW YORK
101 BARCLAY ST FL 8W
MATT LOUIS\ESCROW UNIT\A\C 411545
NEW YORK NY 10286

CREDITOR ID: 377352-44
THE* CIT GROUP COMMERICAL SERV
PO BOX 1036
CHARLOTTE, NC 28201-1036

CREDITOR ID: 262923-12
THELMA BRAXTON
2018 CROOMS ROAD
COTTONDALE FL 32431

CREDITOR ID: 262925-12
THELMA ISENHOUR
3047 PAUL ELMORE ROAD
LINCOLNTON NC 28092

CREDITOR ID: 262926-12
THELMA SMITH
1423 CALLAWAY STREET
TALLAHASSEE FL 32304

CREDITOR ID: 262927-12
THERESA A LEVELL
3230 NW 81 TERRACE
MIAMI FL 33147

CREDITOR ID: 262928-12
THERESA A MORELLI
10938 WATER OAK DRIVE
PORT RICHEY FL 34668

CREDITOR ID: 262929-12
THERESA ALLEN
23 THOMAS CROSSING DRIVE
NEWMAN GA 30265

CREDITOR ID: 262930-12
THERESA BAKERY
24 KEY HAVEN ROAD
KEY WEST FL 33040

CREDITOR ID: 262932-12
THERESA M NAJDZIN
7188 PINEFOREST CIRCLE E
LAKE WORTH FL 33467

CREDITOR ID: 262933-12
THERESA MARRA SILICEO
33 DANIELLA COURT
STATEN ISLAND NY 10314

CREDITOR ID: 262935-12
THERESA SCHULTZ
434 GREEN LODGE ROAD
LEAKESVILLE MS 39451

CREDITOR ID: 262936-12
THERESA SEAMON
126 EASTERLY STREET
DENHAM SPRINGS LA 70726

CREDITOR ID: 389936-54
THERIOT, NATALEE
PO BOX 2094
GRETNA, LA 70054

CREDITOR ID: 262939-12
THERMA STOR PRODUCTS GROUP
BOU MATIC LLC THERMASTOR
3037 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 262940-12
THERMAL TECH INC
ATTN W HUGH WILSON, PRESIDENT
6828 HANGING MOSS RD
ORLANDO, FL 32807

CREDITOR ID: 262941-12
THERMAL TECHNOLOGIES INC
130 NORTHPOINT COURT
BLYTHEWOOD, SC 29016

CREDITOR ID: 382147-51
THERMAL TECHNOLOGIES INC.
6023 BATEAU DRIVE
FLOWERY BRANCH, GA 30542

CREDITOR ID: 262942-12
THERMO ELECTRON SCIENTIFIC
INSTRUMENTS CORP
DEPARTMENT CH 10385
PALATINE, IL 60055-0385

CREDITOR ID: 262944-12
THERMO KING
PO BOX 890640
CHARLOTTE, NC 28289-0640

CREDITOR ID: 262943-12
THERMO KING
PO BOX 65832
CHARLOTTE, NC 28265-0832

CREDITOR ID: 262945-12
THERMO KING COLUMBIA
PO BOX 9007
COLUMBIA SC 29290

CREDITOR ID: 262946-12
THERMO KING OF INDIANA INC
PO BOX 6069
DEPT 83
INDIANAPOLIS IN 46206-6069

CREDITOR ID: 262947-12
THERMO KING OF MIAMI
ATTN CHERYL FARBEN, CR MGR
4333 NW 27TH AVENUE
MIAMI, FL 33142

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard -Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262948-12<br>THERMO KING OF NORTH FLA<br>828 N EDGEWOOD AVE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 262949-12<br>THERMO MECHANICS, INC<br>ATTN MARK J GRILLO SR, PRES<br>109 PINE OAKS COURT<br>MADISONVILLE, LA 70447 | CREDITOR ID: 262950-12<br>THERMO RAMSEY INC<br>PO BOX 711983<br>CINCINNATI OH 45271-1983 |
| CREDITOR ID: 262951-12<br>THIBODAUX ELEMENTARY SCHOOL<br>700 E 7TH ST<br>THIBODAUX, LA 70301 | CREDITOR ID: 386882-54<br>THIBODEAUX, JILL<br>5009 BOYOUSIDE DRIVE<br>CHAUVIN LA 70344 | CREDITOR ID: 387998-54<br>THIGPEN, AGNES<br>4060 BRIGHTEN RD<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 392276-55<br>THIGPEN, AGNES<br>C/O MCPHILLIPS, SHINBAUM & GILL LLP<br>ATTN JAMES G BODIN, ESQ<br>516 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 385604-54<br>THIGPEN, JOHN<br>PO BOX 1355<br>LAKE CITY, FL 32056 | CREDITOR ID: 390895-55<br>THIGPEN, JOHN<br>C/O: GUY W. NORRIS, ESQ.<br>NORRIS & JOHNSON, P.A.<br>P. O. DRAWER 2349<br>LAKE CITY FL 32056 |
| CREDITOR ID: 395522-64<br>THINQ LEARNING SOLUTIONS INC.<br>300 EAST LOMBARD STREET, 15TH FLOOR<br>BALTIMORE, MD 21202 | CREDITOR ID: 268826-14<br>THIRD MUNICIPAL DISTRICT<br>ATTN: EROLL WILLIAMS<br>1300 PERDIDO ST RM 4E01<br>NEW ORLEANS LA 70112-2118 | CREDITOR ID: 382936-51<br>THIRD PARTY SOLNS GA, CAROLIN<br>PO BOX 17124<br>MEMPHIS, TN 38187-0124 |
| CREDITOR ID: 262952-12<br>THIRD WARD CITY COURT OF FRANKLIN<br>PO BOX 343<br>FRANKLIN, LA 70538 | CREDITOR ID: 262953-12<br>THIRD WARD JUSTICE COURT<br>704 WEST 22ND AVE<br>COVINGTON, LA 70433-1432 | CREDITOR ID: 387233-54<br>THIRSTY, LARRY<br>649 POYDRAS STREET, SUITE 2015<br>NEW ORLEANS, LA 70130 |
| CREDITOR ID: 391822-55<br>THIRSTY, LARRY<br>C/O: RANDY G. MCKEE<br>RANDY G. MCKEE<br>650 POYDRAS ST., SUITE 2015<br>NEW ORLEANS LA 70130 | CREDITOR ID: 389797-54<br>THOMAE, BRIAN<br>732 MONTERY ST<br>JACKSON MS 39204 | CREDITOR ID: 262954-12<br>THOMAS  (MAC) OLSON- MARION<br>COUNTY TAX COLLECTOR<br>PO BOX 1812<br>OCALA FL 34478-1812 |
| CREDITOR ID: 262955-12<br>THOMAS & THOMAS ATTORNEYS<br>16 WEST 4TH ST<br>NEWPORT KY 41071 | CREDITOR ID: 262956-12<br>THOMAS A STONE<br>PO BOX 351296<br>JACKSONVILLE FL 32235 | CREDITOR ID: 381660-47<br>THOMAS BARBER<br>4516 SULPHUR SPRINGS ROAD NE<br>HICKORY, NC 28601 |
| CREDITOR ID: 262957-12<br>THOMAS BIZZLE<br>260 OLIVER ST W<br>BALDWIN FL 32234-1826 | CREDITOR ID: 262958-12<br>THOMAS BOGGAN<br>3104 WOODVILLE CIRCLE<br>JACKSON MS 39212 | CREDITOR ID: 262959-12<br>THOMAS C BULLOCK<br>6528 VARINA STATION DRIVE<br>RICHMOND VA 23231 |
| CREDITOR ID: 262961-12<br>THOMAS CARPETS INC<br>1045 RESEARCH CTR ATLANTA DRIVE<br>SUITE B<br>ATLANTA GA 30331-2019 | CREDITOR ID: 262962-12<br>THOMAS CHESHIRE<br>1651 CR 214<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 268827-31<br>THOMAS DALEY DRAIN CLEANING<br>ATTN: THOMAS DALEY<br>9969 TRIPLE CROWN CIR<br>ORLANDO FL 32825-8750 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262964-12<br>THOMAS DANIEL<br>100 COUNTY ROAD 375<br>BILLINGSLY AL 36006 | CREDITOR ID: 262965-12<br>THOMAS E BLEILER<br>631 SPANISH MAIN<br>SPANISH FORT AL 36527-3053 | CREDITOR ID: 262967-12<br>THOMAS E YERGER<br>180 REACH WAY<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 262969-12<br>THOMAS G BRAY<br>2 LEXINGTON CARLTON ROAD<br>LEXINGTON GA 30648 | CREDITOR ID: 262970-12<br>THOMAS GIBBS ELEMENTARY<br>264 HWY 318<br>FRANKLIN, LA 70538 | CREDITOR ID: 262971-12<br>THOMAS GRAU<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 |
| CREDITOR ID: 262972-12<br>THOMAS H BUETOW<br>2121 OLD US 64<br>SPRING HOPE NC 27882 | CREDITOR ID: 262973-12<br>THOMAS H OSWALD<br>1100 S BELCHER ROAD<br># 490<br>LARGO FL 33771 | CREDITOR ID: 262974-12<br>THOMAS J ANDERS<br>105 MOCKINGBIRD STREET<br>SENECA SC 29672 |
| CREDITOR ID: 262976-12<br>THOMAS J SHORT<br>285 RANCH ROAD<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 262977-12<br>THOMAS JR HIGH SCHOOL<br>30341 HWY 424<br>FRANKLINTON, LA 70438 | CREDITOR ID: 262978-12<br>THOMAS KAYDEN HORSTEMEYER&RISLY LLP<br>100 GALLERIA PARKWAY NW<br>SUITE 1750<br>ATLANTA GA 30339-5948 |
| CREDITOR ID: 262979-12<br>THOMAS L BORTON<br>736 CARLA DRIVE<br>ENGLEWOOD FL 34223 | CREDITOR ID: 262980-12<br>THOMAS L FECKE<br>3640 CHARLES DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 262981-12<br>THOMAS LEVI MITCHELL<br>4757 HWY 138 S W<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 262982-12<br>THOMAS LOGISTIC SERVICES<br>12602 SHIRLEY OAKS DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 262983-12<br>THOMAS LONG CORP COMMUNICATIONS<br>145 ROBERT E LEE BLVD<br>NEW ORLEANS LA 70124 | CREDITOR ID: 262984-12<br>THOMAS M STEIMLE<br>475 CORRIENTES CIRCLE<br>PUNTA GORDA FL 33983-0566 |
| CREDITOR ID: 262985-12<br>THOMAS MCCANTS MEDIA INC<br>D/B/A  BLACK PAGES USA<br>1806 WASHINGTON STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 262986-12<br>THOMAS MUNRO<br>795 CR 1<br>#144<br>PALM HARBOR FL 34683 | CREDITOR ID: 262987-12<br>THOMAS PACKING COMPANY<br>PO BOX 850<br>GRIFFIN, GA 30224 |
| CREDITOR ID: 262988-12<br>THOMAS PEREZ<br>2105 CASSIA CIRCLE<br>APT M<br>KISSIMMEE FL 34741 | CREDITOR ID: 405703-95<br>THOMAS R KLINNER MD<br>5121 PROFESSIONAL CENTER<br>OOLTEWAH TN 37363 | CREDITOR ID: 262991-12<br>THOMAS S THOMAS<br>91 WOODVIEW LANE<br>ABBEVILLE SC 29620 |
| CREDITOR ID: 262992-12<br>THOMAS SIMS<br>3330 LAKE MONROE GA<br>DOUGLASVILLE GA 30135-2810 | CREDITOR ID: 262993-12<br>THOMAS SMITH<br>4817 VALLEY ROAD<br>LOT# 10<br>MERIDIAN MS 39301 | CREDITOR ID: 262994-12<br>THOMAS TIRE REPAIR ROAD SVC<br>407 NW COUNTY ROAD 25 -A<br>LAKE CITY FL 32055 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 262995-12<br>THOMAS W DANIELS<br>5409 CREEKBEND COURT<br>GARNER NC 27529 | CREDITOR ID: 262996-12<br>THOMAS W FOWLER<br>118 JUTSON STREET<br>KNIGHTDALE NC 27545 | CREDITOR ID: 262997-12<br>THOMAS W GAFFNEY JR<br>6101 MANGROVE DRIVE<br>WESLEY CHAPEL FL 33544 |
| CREDITOR ID: 407586-15<br>THOMAS, AKASHEYN KHYISHONA<br>500 PINSON RD APT M-4<br>ALBANY GA 31705 | CREDITOR ID: 399877-84<br>THOMAS, BERNITA L<br>C/O KATHY F MEYERS ATTORNEY AT LAW<br>ATTN KATHY F MEYERS, ESQ<br>514 W MAIN STREET<br>PO BOX 268<br>VILLE PLATTE LA 70586 | CREDITOR ID: 399877-84<br>THOMAS, BERNITA L<br>PO BOX 73<br>6424 PINEPOINT RD<br>VILLE PLATTE LA 70586 |
| CREDITOR ID: 400310-85<br>THOMAS, BERNITA L<br>C/O KATHY FONTENOT-MEYERS<br>KATHY FONTENOT-MEYERS, ATTY AT LAW<br>P.O. BOX 450<br>VILLE PLATTE LA 70586 | CREDITOR ID: 244353-12<br>THOMAS, CAITLYN<br>231 SOUTHMORE CIRCLE<br>OXFORD AL 36203 | CREDITOR ID: 244582-12<br>THOMAS, CARMEN B<br>5640 CAMMANCHEE ROAD<br>CALLAHAN FL 32011 |
| CREDITOR ID: 389825-54<br>THOMAS, CAROLYN<br>8929 DEER BERRY COURT<br>JACKSONVILLE FL 32256 | CREDITOR ID: 244787-12<br>THOMAS, CATRINA<br>3415 5TH AVENUE<br>TUSCALOOSA AL 35405 | CREDITOR ID: 245090-12<br>THOMAS, CHARLOTTE A<br>1737 LAANNIE DRIVE<br>APT 66<br>BATON ROUGE LA 70815 |
| CREDITOR ID: 246864-12<br>THOMAS, CONNIE J<br>2436 41ST AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 389665-54<br>THOMAS, DOMINIQUE<br>8107 N MULBERRY ST<br>APT A<br>TAMPA, FL 33604-8420 | CREDITOR ID: 393316-55<br>THOMAS, DOMINIQUE<br>C/O: GERALD SAGE<br>LAW OFFICES OF GERALD R. SAGE<br>11963 N. FLORIDA AVE.<br>SUITE A<br>TAMPA FL 33612 |
| CREDITOR ID: 384118-47<br>THOMAS, EUGENE<br>698 MT HOSEA CHURCH STREET<br>QUINCY, FL 32351 | CREDITOR ID: 387421-54<br>THOMAS, JACQUELINE E<br>2922 NW 66 ST<br>MIAMI, FL 33147 | CREDITOR ID: 386157-54<br>THOMAS, JAMES<br>808 WELLINGTON COURT<br>DECATUR, GA 30034 |
| CREDITOR ID: 391323-55<br>THOMAS, JAMES<br>C/O: JOHN SAUNDERS<br>JOHN K. SAUNDERS ATTORNEY AT LAW<br>4651 A ROSWELL RD. NE<br>ATLANTA GA 30342 | CREDITOR ID: 388592-54<br>THOMAS, JAMMIE<br>7635 PINE NEST COURT<br>ORLANDO FL 32822 | CREDITOR ID: 392650-55<br>THOMAS, JAMMIE<br>C/O: ALAN GARFINKLE, ESQ.<br>ALAN GARFINKLE, ESQ.<br>P.O. BOX 948242<br>MAITLAND FL 32794 |
| CREDITOR ID: 397933-76<br>THOMAS, JONATHAN<br>563 FOSTER STREET<br>AUBURN, FL 36832 | CREDITOR ID: 405995-15<br>THOMAS, KAREN & ALLEN<br>900 WILLOW STREET<br>CARTERVILLE IL 62918 | CREDITOR ID: 385917-54<br>THOMAS, LINDA<br>1781 N BROAD<br>NEW ORLEANS, LA 70114 |
| CREDITOR ID: 385917-54<br>THOMAS, LINDA<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 385525-54<br>THOMAS, LOIS<br>1719 PEACHTREE ST NW, SUITE 929<br>ATLANTA, GA 30309 | CREDITOR ID: 385525-54<br>THOMAS, LOIS<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN FOY, ESQ<br>3343 PEACHTREE ROAD NE, SUITE 350<br>ATLANTA GA 30326 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**       **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390826-55<br>THOMAS, LOIS<br>C/O: KENNETH LETSCH, ESQ<br>FOY & ASSOCIATES, PC<br>1720 PEACHTREE STREET NW<br>SUITE 929<br>ATLANTA GA 30309 | CREDITOR ID: 391768-55<br>THOMAS, MARCUS (MINOR)<br>C/O: GUY O. MITCHELL, ESQUIRE<br>MITCHELL LAW OFFICE<br>225 COURT STREET<br>VILLE PLATTE LA 70586 | CREDITOR ID: 387182-54<br>THOMAS, MARCUS (MINOR)<br>2476 4TH STREET<br>VILLE PLATTE, LA 70586 |
| CREDITOR ID: 385785-54<br>THOMAS, MARLENE<br>5112 STRATEMEYER DRIVE<br>ORLANDO, FL 32839 | CREDITOR ID: 391055-55<br>THOMAS, MARLENE<br>C/O: TODD K MINER ESQ<br>MORGAN, COLLING & GILBERT<br>20 N ORANGE AVE 16TH FLOOR<br>P.O. BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 385699-54<br>THOMAS, MILDRED<br>754 CRESTWOOD ST<br>JACKSONVILLE, FL 32208 |
| CREDITOR ID: 390980-55<br>THOMAS, MILDRED<br>C/O: J. SCOTT NOONEY, ATTORNEY<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 385674-54<br>THOMAS, OLVA<br>300 DOWN CIRCLE APT D<br>BELLE GLADE, FL 33430 | CREDITOR ID: 390958-55<br>THOMAS, OLVA<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>2328 10TH AVE N, SUITE 600<br>LAKE WORTH FL 33461 |
| CREDITOR ID: 258356-12<br>THOMAS, PERCY<br>723 ASHBROOK ROAD<br>FAYETTEVILLE, NC 28314 | CREDITOR ID: 260257-12<br>THOMAS, S D<br>PO BOX 827810<br>PHILADELPHIA, PA 19182-7810 | CREDITOR ID: 392730-55<br>THOMAS, SAMUEL G<br>C/O: ZACK COLLINS<br>ZACHARY T. COLLINS, ESQ., ATTY AT LAW<br>207 MONTGOMERY ST., STE 213<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 388711-54<br>THOMAS, SAMUEL G<br>115A COUNTY ROAD 40<br>PRATTVILLE AL 36067 | CREDITOR ID: 407274-MS<br>THOMAS, SCOTT C.<br>3016 BAY LAUREL CIRCLE S<br>KISSIMMEE FL 34744 | CREDITOR ID: 384341-47<br>THOMAS, SD<br>PO BOX 827810<br>PHILADELPHIA, PA 19182-7810 |
| CREDITOR ID: 407275-MS<br>THOMAS, STEPHEN<br>1610 WHITE AVE.<br>ORLANDO FL 32806 | CREDITOR ID: 388534-54<br>THOMAS, TAYLOR<br>299 NORTHWEST 82ND AVENUE<br>PLANTATION, FL 33324 | CREDITOR ID: 392610-55<br>THOMAS, TAYLOR<br>C/O: JASON CHALIK, ESQUIRE<br>LAW OFFICES OF ROSEN & CHALKIN, P.A.<br>300 NORTHWEST 82ND AVE<br>SUITE 414<br>PLANTATION FL 33324 |
| CREDITOR ID: 397934-76<br>THOMAS, TERRELL<br>433 PINEWOOD DRIVE<br>COLUMBUS, MS 39702 | CREDITOR ID: 387367-54<br>THOMAS, TIFFANY<br>1830 WEST 27TH STREET<br>JACKSONVILLE, FL 32209 | CREDITOR ID: 391937-55<br>THOMAS, TIFFANY<br>C/O: LLOYD MANUKIAN<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 389416-54<br>THOMAS, TIKIMA<br>244 BURGWIN ROAD<br>MONTGOMERY AL 36105 | CREDITOR ID: 387950-54<br>THOMAS, TIMOTHY<br>4020 WENDY DR<br>ORLANDO, FL 32808 | CREDITOR ID: 392233-55<br>THOMAS, TIMOTHY<br>C/O: JASON STEVEN DALLEY, ESQ<br>JASON STEVEN DALLEY, P.A.<br>LINTON TOWERS<br>100 E. LINTON BLVD. STE. 301A<br>DELRAY FL 33483 |
| CREDITOR ID: 377502-44<br>THOMAS, TODD<br>89 PINEWOOD LANE<br>FT PIERCE, FL 34947 | CREDITOR ID: 387670-54<br>THOMAS, TRACIE<br>14870 N. HOLSTON LANE<br>SILVERHILL AL 36576 | CREDITOR ID: 407276-MS<br>THOMAS, VERION W.<br>PO BOX 8081<br>FLEMING ISLAND FL 32006 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 402323-90
THOMAS, VERION W.
P.O. BOX 763
ORANGE PARK FL 32067

CREDITOR ID: 388313-54
THOMAS, VIRGINIA
832 DUREN ST
TALLAHASSEE, FL 32305

CREDITOR ID: 392435-55
THOMAS, VIRGINIA
C/O PARKS & CRUMP, LLC
ATTN BENJAMIN L CRUMP, ESQ
240 N MAGNOLIA DRIVE
TALLAHASSEE FL 32301

CREDITOR ID: 407277-MS
THOMAS, WILLIAM J.
4801 FINCH
METAIRIE LA 70001

CREDITOR ID: 387806-54
THOMAS, YVETTE
19010 NW 7TH AVE
MIAMI, FL 33169

CREDITOR ID: 392132-55
THOMAS, YVETTE
C/O: RICHARD A. BOLTON, ESQ.
BOLTON & GROSS, PA
801 NE 167TH ST(2ND FLOOR)
NORTH MIAMI BCH FL 33162

CREDITOR ID: 262998-12
THOMASINA B EDWARDS
159 RICHARDSON STREET SE
ATLANTA GA 30312

CREDITOR ID: 385492-54
THOMASON, TERESA
748 CAR COURT
CHAPIN, SC 29036

CREDITOR ID: 390792-55
THOMASON, TERESA
C/O: ANTHONY V. PANICO
117 E MAIN ST
LEXINGTON SC 29072

CREDITOR ID: 268828-31
THOMASTOWN CMNTY WTR ASSCATION
ATTN: RANDY TRIPLETT
7529 HWY 43 S
THOMASTOWN MS 39171

CREDITOR ID: 262999-12
THOMASVILLE TIMES
PO BOX 1129
HIGH POINT, NC 27261

CREDITOR ID: 405704-95
THOMASVILLE TIMES
PO BOX 549
THOMASVILLE NC 27360

CREDITOR ID: 405705-95
THOMASVILLE UTILITES
P O BOX 1397
THOMASVILLE GA 31799-1397

CREDITOR ID: 395741-65
THOMLEY'S VAC-U-SWEEP
103 WAVERLY CIRCLE
DOTHAN, AL 36301

CREDITOR ID: 386444-54
THOMPKINS, SAMUEL
930 DEER TRAIL
PELL CITY AL 35125

CREDITOR ID: 391502-55
THOMPKINS, SAMUEL
C/O: ALEXANDER WEISKOPF
THE ROBINSON LAW FIRM
P.O. BOX 370
ASHVILLE AL 35953

CREDITOR ID: 397332-69
THOMPSON CONST CO
4857 DIGNAN STREET
JACKSONVILLE, FL 32254

CREDITOR ID: 263002-12
THOMPSON CONSTRUCTION CO
PO BOX 187
THIBODAUX, LA 70302-0187

CREDITOR ID: 268829-31
THOMPSON GROUP INC
ATTN: C FREDERICK THOMPSON
2831 NW 41ST ST STE D
GAINESVILLE FL 32606-6690

CREDITOR ID: 263003-12
THOMPSON MEAT SUPPLY CO
ATTN: JOHN BREWER
7791 T-JAR DR
PENSACOLA, FL 32526

CREDITOR ID: 406020-97
THOMPSON MEAT SUPPLY CO
ATTN: JAMES B NELSON, PRES
7791-T-JAR DRIVE
PENSACOLA FL 32526

CREDITOR ID: 263004-12
THOMPSON PUBLISHING GROUP
PO BOX 26185
TAMPA, FL 33623-6185

CREDITOR ID: 263005-12
THOMPSON QUARTERBACK CLUB
100 WARRIOR DRIVE
ALABASTER AL 35007

CREDITOR ID: 263006-12
THOMPSON REPAIRS INC
4857 DIGNAN STREET
JACKSONVILLE, FL 32254

CREDITOR ID: 403364-83
THOMPSON REPORTING & ASSOCIATES, INC.
PO BOX 2582
DOUGLAS GA 31534

CREDITOR ID: 268830-31
THOMPSON RICHARD H PE
ATTN: RICHARD THOMPSON
319 INMAN ST
LEHIGH ACRES FL 33972-5345

CREDITOR ID: 263007-12
THOMPSON SIGNS & DISPLAYS INC
1466 N KERR AVENUE
WILMINGTON, NC 28405

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 263008-12
THOMPSON SUPPLY CO INC
PO BOX 70126
1907 LOCUST ST
MONTGOMERY, AL 36107-0126

CREDITOR ID: 263009-12
THOMPSON TRACTOR CO INC
DRAWER DEPT GA 00325
PO BOX 530109
ATLANTA, GA 30353-0109

CREDITOR ID: 405706-95
THOMPSON TRACTOR CO INC
PO BOX 10367
BIRMINGHAM AL 35202-0367

CREDITOR ID: 386571-54
THOMPSON, ALPHONSO
3506 SHADOW LAWN ST
TAMPA FL 33610

CREDITOR ID: 391588-55
THOMPSON, ALPHONSO
C/O: CAPP P. TAYLOR, ESQUIRE
LAW OFFICES OF CAPP P. TAYLOR, P.A.
3023 EASTLAND BLVD
SUITE 104
CLEARWATER FL 33761

CREDITOR ID: 388325-54
THOMPSON, ANDRENE
1444 RAVIDA CIRCLE
ORLANDO FL 32825

CREDITOR ID: 385245-54
THOMPSON, ANN
1554 LAKESIDE DR.
JACKSON, MS 39225

CREDITOR ID: 390553-55
THOMPSON, ANN
C/O: VICKI SLATER, ESQ.
VICKI SLATER, ESQ.
PO BOX 23981
JACKSON MS 39225

CREDITOR ID: 386448-54
THOMPSON, ANNIE
1407 S.HUDSON
MADISON FL 32341

CREDITOR ID: 391505-55
THOMPSON, ANNIE
C/O: TERRY P. ROBERTS, ESQ.
ANDERSON & SULLIVAN, P.A.
1584 METROPOLITAN BLVD.
TALLAHASSEE FL 32308

CREDITOR ID: 388974-54
THOMPSON, ARTHUR
1432 19TH STREET
BIRMINGHAM, AL 35211

CREDITOR ID: 392877-55
THOMPSON, ARTHUR
C/O: SIDNEY J. HUGHES, ESQ.
SIDNEY J. HUGHES
2908 CRESCENT AVENUE
HOMEWOOD AL 35209

CREDITOR ID: 388486-54
THOMPSON, AVERY
7618 YORK HOUSE RD
COLUMBIA, SC 29223

CREDITOR ID: 407278-MS
THOMPSON, BERT J.
9100 STURBRIDGE PLACE
MONTGOMERY AL 36116

CREDITOR ID: 386374-54
THOMPSON, BRENDA
8901 SOUTH NORMANDALE
#2044
FORT WORTH TX 76116

CREDITOR ID: 394149-56
THOMPSON, CARLO
12215 NW 17TH COURT
MIAMI FL 33167

CREDITOR ID: 388707-54
THOMPSON, CAROL
1851 SE 187TH AVENUE
SILVER SPRINGS FL 34488

CREDITOR ID: 392729-55
THOMPSON, CAROL
C/O: DAVID E HILL
2537 ES 17TH ST
OCALA FL 34471

CREDITOR ID: 407279-MS
THOMPSON, CHARLES M.
5041 ORTEGA FARMS BLVD.
JACKSONVILLE FL 32210

CREDITOR ID: 407280-MS
THOMPSON, CLYDE
2632 LEXINGTON DR.
LA PLACE LA 70068

CREDITOR ID: 392634-55
THOMPSON, DAVID S
C/O: MIKE O'ROURKE
O'ROURKE & GRIGGS,PA.
4940 BEACH BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 388567-54
THOMPSON, DAVID S
P.O. BOX 492
BALDWIN FL 32234

CREDITOR ID: 247838-12
THOMPSON, DEBORAH L
1912 MALLORY STREET
HAMPTON, VA 23663

CREDITOR ID: 387523-54
THOMPSON, EVELYN
5198 GOSHAWK DR.
MILTON FL 32570

CREDITOR ID: 392030-55
THOMPSON, EVELYN
C/O: ERICK M. DRLICKA
EMMANUEL SHEPPARD & CONDON, P.A.
30 SOUTH SPRING STREET
PENSACOLA FL 32501

CREDITOR ID: 402327-90
THOMPSON, GLEN H.
13700 SUTTON PARK DR. N.
APT. 1413
JACKSONVILLE FL 32224

CREDITOR ID: 407281-MS
THOMPSON, GLEN H.
2871 SWEET HOLLY DRIVE
JACKSONVILLE FL 32223

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407282-MS<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK FL 32065 | CREDITOR ID: 254163-12<br>THOMPSON, KRISTOPHER L<br>PO BOX 948<br>NEWARK, TX 76071-1111 | CREDITOR ID: 386199-54<br>THOMPSON, LILLY E<br>943 NW 122RD TERRACE<br>NEWBERRY FL 32669 |
| CREDITOR ID: 388407-54<br>THOMPSON, MARGRET<br>1235 GURNEY RD.<br>BATON ROUGE, LA 70818 | CREDITOR ID: 392506-55<br>THOMPSON, MARGRET<br>C/O BRUCE K. TURNER, ESQUIRE<br>AARON & TURNER, L.L.C.<br>13424 HOOPER RD.<br>BATON ROUGE LA 70818 | CREDITOR ID: 387252-54<br>THOMPSON, PATRICIA<br>2310 ERATO STREET APT C<br>NEW ORLEANS, LA 70113 |
| CREDITOR ID: 391840-55<br>THOMPSON, PATRICIA<br>C/O KEVIN C SCHOENBERGER, ESQ<br>ONE SHELL SQUARE, SUITE 3770<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | CREDITOR ID: 388835-54<br>THOMPSON, REBECCA<br>P.O BOX 1432<br>FOLEY AL 36535 | CREDITOR ID: 259808-12<br>THOMPSON, ROBERT SHANE<br>2933 CLAIRMONT AVENUE<br>APT # 4<br>BIRMINGHAM, AL 35205 |
| CREDITOR ID: 398016-76<br>THOMPSON, SHAWANDA<br>1200 W HOLDEN AVENUE APT 250<br>ORLANDO, FL 32839 | CREDITOR ID: 269667-19<br>THOMPSON, SHAWANDA<br>C/O THE ALLEN FIRM<br>ATTN FRANK T ALLEN, ESQ<br>605 E ROBINSON STREET, SUITE 130<br>ORLANDO FL 32839 | CREDITOR ID: 261550-12<br>THOMPSON, SPENCER<br>124 BETHEL STREET<br>GREENVILLE, SC 29607 |
| CREDITOR ID: 263010-12<br>THOMPSONS ALIGNMENT CENTER<br>PO BOX 575<br>AMITE LA 70422 | CREDITOR ID: 263011-12<br>THOMSON MEDIA<br>PO BOX 4634<br>CHICAGO, IL 60680 | CREDITOR ID: 263012-12<br>THOMSON PACKING CO<br>2208 HARRISON RD<br>THOMSON, GA 30824 |
| CREDITOR ID: 404007-15<br>THOMSON WEST<br>ATTN JOHN F TUMULTY<br>610 OPPERMAN DRIVE, D6-11-3807<br>EAGAN MN 55123 | CREDITOR ID: 263013-12<br>THOMSON WEST<br>WEST PAYMENT CENTER<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292 | CREDITOR ID: 389955-54<br>THORNBURY, JEFF<br>C/O LAW OFFICE OF GREGG R WEXLER PA<br>ATTN GREGG R WEXLER ESQ<br>1663 SOUTH CONGRESS AVENUE<br>WEST PALM BEACH, FL 33406 |
| CREDITOR ID: 245311-12<br>THORNE, CHRISTIAN W<br>4216 ANTHONY STREET<br>METAIRIE LA 70001 | CREDITOR ID: 375456-44<br>THORNE, JEFF<br>ATL SAVERITE DISTRICT MGR<br>4147 DREAM CATCHER DR.<br>WOODSTOCK, GA 30189 | CREDITOR ID: 388375-54<br>THORNTON, BERNICE<br>1703 JUANITA CIRCLE<br>CLEVELAND, MS 38732 |
| CREDITOR ID: 392476-55<br>THORNTON, BERNICE<br>C/O: ELLIS TURNAGE<br>TURNAGE LAW OFFICE<br>P. O. BOX 216<br>CLEVELAND MS 38732 | CREDITOR ID: 403962-94<br>THORNTON, SHANNON J<br>4854 COUNTY RD 117A<br>WILDWOOD FL 34785 | CREDITOR ID: 386207-54<br>THORPE, RALPH<br>2100 MEYERS DRIVE<br>LAWRENCEVILLE GA 30361 |
| CREDITOR ID: 385677-54<br>THORSEN, DORIS<br>P.O. BOX 546<br>PALM BEACH, FL 33480 | CREDITOR ID: 407544-15<br>THREADGILL<br>ATTN E J THREADGILL, TRUSTEE<br>7777 N WICKHAM RD #12-614<br>MELBOURNE FL 32940 | CREDITOR ID: 263014-12<br>THREE BROTHERS FABRICATING INC<br>2659 KIRKSEY ST<br>MONTGOMERY AL 36108 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268831-31<br>THREE CRNERS REGIONAL LANDFILL<br>ATTN: JACKIE MOORE<br>2205 COUNTY ROAD 6<br>PIEDMONT AL 36272-5003 | CREDITOR ID: 377460-44<br>THREE MEADOWS PLAZA<br>C/O PRIME SITE REALTY INC<br>P O BOX 97<br>COCOA, FL 32923 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY<br>PO BOX 97<br>COCOA FL 32923-0097 |
| CREDITOR ID: 263015-12<br>THRESHOLD CONSULTING SERVICES<br>200 N GARDEN AVENUE<br>CLEARWATER, FL 33755 | CREDITOR ID: 407283-MS<br>THRIFT, WILLIAM S.<br>1005 EDMISTON PLACE<br>LONGWOOD FL 32779 | CREDITOR ID: 405928-99<br>THRIVENT FINANCIAL FOR LUTHERANS<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN: T J LALLIER/M A BLAZINA, ESQS<br>250 MARQUETTE AVE, STE 1200<br>MINNEAPOLIS MN 55401 |
| CREDITOR ID: 405928-99<br>THRIVENT FINANCIAL FOR LUTHERANS<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN: V E JOHNSON/J D DECARLO, ESQS<br>4770 BISCAYNE BLVD, STE 1000<br>MIAMI FL 33137 | CREDITOR ID: 263016-12<br>THRIVENT FINANCIAL OF LUTHERANS<br>4321 N BALLARD ROAD<br>MORTGAGE LOAN #47531<br>APPLETON, WI 54919-5002 | CREDITOR ID: 243395-12<br>THULOW, BETH<br>8914 RIZZUTO ROAD<br>PANAMA CITY, FL 32404 |
| CREDITOR ID: 381269-47<br>THUMANNS SUNCOAST DELI PROVISIONS INC<br>5439 AZURE WAY<br>SARASOTA, FL 34242 | CREDITOR ID: 263018-12<br>THURGOOD MARSHALL MIDDLE SCHOOL<br>4621 CANAL STREET<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 407284-MS<br>THURLOW JR, FRANK N<br>1601 BENTIN DR. SO<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 263019-12<br>THURMAN E RAY<br>BOX 1304 KEITH ROAD<br>WAKE FOREST NC 27587 | CREDITOR ID: 246999-12<br>THURMOND, COREY T<br>3851 SULLIVAN HARTFIELD ROAD<br>EVANS GA 30809 | CREDITOR ID: 263020-12<br>THYSSEN MIAMI ELEVATOR<br>PO BOX 520217<br>MIAMI FL 33152 |
| CREDITOR ID: 263021-12<br>THYSSENKRUPP ELEVATOR CORPORATION<br>PO BOX 1000 DEPT 227<br>MEMPHIS TN 38148-0227 | CREDITOR ID: 395470-64<br>THYSSENKRUPP ELEVATOR CORPORATION<br>7481 NW 66TH STREET<br>MIAMI, FL 33166 | CREDITOR ID: 263023-12<br>TIA L COLLINS<br>322 HEATHER HILLS DRIVE<br>CLERMONT FL 34711 |
| CREDITOR ID: 263024-12<br>TIA S SANDERLIN M D<br>707 N PARRISH AVENUE<br>ADEL, GA 31620 | CREDITOR ID: 407285-MS<br>TIBBETTS, KENNETH V.<br>4072 THICKET LANE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 382234-51<br>TIBERIO, PAUL<br>209 SOUTH HAMPTON CLUB WAY<br>ST. AUGUSTINE, FL 32092 |
| CREDITOR ID: 263025-12<br>TIC GUMS INC<br>PO BOX 17029<br>BALTIMORE MD 21297-1029 | CREDITOR ID: 407286-MS<br>TICHENOR, ROBERT<br>2975 SPARKLEBERRY DRIVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 263026-12<br>TIDEWATER OVERHEAD DOOR INC<br>1616  CENTERVILLE TURNPIKE<br>SUITE 217<br>VIRGINIA BEACH VA 23464 |
| CREDITOR ID: 263027-12<br>TIENSHAN INC<br>231 WILSON AVENUE<br>SOUTH NORWALK CT 06854 | CREDITOR ID: 395569-15<br>TIERCE & TIERCE INC DBA ROTO ROOTER<br>ATTN SUSAN BOLING<br>52872 US HWY 78<br>EASTABOGA AL 36260 | CREDITOR ID: 405708-95<br>TIERCE INDUSTRIAL  SERVICE<br>2541 TANGLEWOOD DR<br>MILLBROOK AL 36054 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263028-12<br>TIERCE INDUSTRIAL SERVICE DBA<br>ROTO ROOTER & TT PORTABLE TOIL<br>PO BOX 11685<br>MONTGOMERY, AL 36111 | CREDITOR ID: 263029-12<br>TIERNEYS LAWNCARE SERVICE<br>PO BOX 953<br>FLORENCE KY 41022-0953 | CREDITOR ID: 263030-12<br>TIFCO INDUSTRIES<br>PO BOX 40277<br>HOUSTON TX 77240-0277 |
| CREDITOR ID: 263032-12<br>TIFFANY A DUHE<br>151 NW 18TH STREET<br>RESERVE LA 70084 | CREDITOR ID: 263033-12<br>TIFFANY A VALENTI<br>151 SW THANKSGIVING AVENUE<br>PORT ST LUCIE FL 34984 | CREDITOR ID: 263034-12<br>TIFFANY D DAUGHERTY<br>310 NE 5TH STREET<br>MULBERRY FL 33860 |
| CREDITOR ID: 263035-12<br>TIFFANY D KINSEY<br>163 HIDDEN VALLEY ROAD<br>ROSSVILLE GA 30741 | CREDITOR ID: 263036-12<br>TIFFANY L BERGERON<br>4953 AUGUST LANE<br>LAFITTE LA 70067 | CREDITOR ID: 263037-12<br>TIFFANY L PHILLIPS<br>15660 NC HWY 96<br>ZEBULON NC 27597 |
| CREDITOR ID: 263038-12<br>TIFFANY M BLOOM<br>6243 SE 89 STREET<br>OCALA FL 34472 | CREDITOR ID: 263039-12<br>TIFFANY M GULLINESE<br>111 MCMULLEN ROAD<br>RIVERVIEW FL 33569 | CREDITOR ID: 263040-12<br>TIFFANY MUNGO<br>2116 ROSLYN AVENUE<br>CHARLOTTE NC 28208 |
| CREDITOR ID: 263041-12<br>TIFFANY N PRICE<br>3717 PINEVIEW AVENUE<br>PASCAGOULA MS 39581 | CREDITOR ID: 263042-12<br>TIFFANY THOMPSON<br>10075 OLD PLANK ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 263043-12<br>TIFFANYTAW SCOTT<br>1633 MADELINE LANE<br>GREENVILLE MS 38703 |
| CREDITOR ID: 263044-12<br>TIFFINEY C JILES<br>225 QUEEN ANNE LANE<br>JACKSON MS 39209 | CREDITOR ID: 263046-12<br>TIFTAREA SHOPPER INC<br>PO BOX 1549<br>TIFTON GA 31793 | CREDITOR ID: 384392-47<br>TIFTON GAZETTE<br>ATTN B GRIFFIN OR B BRIGMAN<br>PO BOX 708<br>TIFTON, GA 31793 |
| CREDITOR ID: 263048-12<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 263049-12<br>TIFTON PUBLICATIONS<br>PO BOX 7110<br>TIFTON, GA 31793 |
| CREDITOR ID: 263050-12<br>TIGER ATHLETIC FOUNDATION<br>PO BOX 711<br>BATON ROUGE LA 70821 | CREDITOR ID: 407745-99<br>TIGER CROSSING DBA UNIVERSITY<br>CROSSING SHOPPING CNTR<br>C/O EPSTEIN BECKER & GREEN PC<br>ATTN: ANNETTE KERLINEMCBRAYER, ESQ<br>945 EAST PACES FERRY RD<br>ATLANTA GA 30326 | CREDITOR ID: 263051-12<br>TIGER CROSSING W D<br>C/O REDD REALTY SERVICES<br>BLDG 10 SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 |
| CREDITOR ID: 2625-07<br>TIGER CROSSING W.D.<br>4200 NORTHSIDE PKWY,BLDG 10 ST<br>C/0 REDD REALTY SERVICES<br>ATLANTA GA 30327 | CREDITOR ID: 407747-99<br>TIGER CROSSING WD<br>C/O EPSTEIN BECKER & GREEN PC<br>ATTN: ANNETTE KERLINEMCBRAYER, ESQ<br>945 EAST PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 263052-12<br>TIGER LANDSCAPING & IRRIGATION LLC<br>120 MACMILLAN ROAD NORTHEAST<br>CLEVELAND, TN 37323 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                          **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 263053-12<br>TIGER RAG MAGAZINE<br>PO BOX 114<br>BATON ROUGE, LA 70821 | CREDITOR ID: 263054-12<br>TIGER SEAL & GASKET MFG CO INC<br>2522 CONNECTICUT AVENUE<br>KENNER LA 70062 | CREDITOR ID: 263055-12<br>TIGER TRUCK LINES INC<br>32 EAST 14TH ST<br>NEW ALBANY IN 47150 |
| CREDITOR ID: 386407-54<br>TIJERINA, JOSEFINA<br>2938 S. ADAMS<br>FT WORTH TX 76110 | CREDITOR ID: 263056-12<br>TIJUANA WARD<br>PO BOX 1144<br>SELMA AL 36702 | CREDITOR ID: 263057-12<br>TIKIMI GILLIS<br>2971 W 16TH STREET<br>APT# 203<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 263058-12<br>TILER REALTY & INVESTMENT TRUST ACC<br>1332 IRVIN AVENUE<br>CLEARWATER FL 33756 | CREDITOR ID: 263059-12<br>TILIA INC<br>12214 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 399640-15<br>TILIA, INC<br>ATTN Z KAZMIERCZAK & D SANDERSON<br>NORTH TOWER, 5TH FLOOR<br>303 2ND STREET<br>SAN FRANCISCO CA 94107 |
| CREDITOR ID: 387645-54<br>TILLERY, GREGORY<br>PO BOX 978<br>GREENSBURG LA 70441 | CREDITOR ID: 392098-55<br>TILLERY, GREGORY<br>C/O: MICHAEL B FORBES<br>WORKERS COMPENSATION LEGAL CLINIC OF LA<br>806 E. MORRIS AVENUE<br>HAMMOND LA 70403 | CREDITOR ID: 386897-54<br>TILLEY, DAVID<br>3037 SABAL BEND DRIVE<br>WINTER HAVEN FL 33880 |
| CREDITOR ID: 387632-54<br>TILLEY, EDWARD<br>347 TAFTON DRIVE<br>WENDELL NC 27591 | CREDITOR ID: 263060-12<br>TILLIE K FOWLER<br>1596 LANCASTER TERRACE, UNIT 12-A<br>JACKSONVILLE FL 32204 | CREDITOR ID: 263061-12<br>TILLMAN T LOFTIN<br>126 TIFFANY DRIVE<br>BRANDON MS 39042 |
| CREDITOR ID: 391635-55<br>TILLMAN, LOUVENIA<br>C/O: JOHN F SHARPLESS<br>ROSEN & OSBORNE P.A.<br>3444 S. WESTSHORE BLVD<br>TAMPA FL 33629 | CREDITOR ID: 389840-54<br>TILLMAN, SUSAN<br>5260 NW 88TH AVE APT # G106<br>LAUDERHILL FL 33351 | CREDITOR ID: 403965-94<br>TILLMAN, WILLIAM K<br>3544 WAYCROSS HWY<br>JESUP GA 31545-0380 |
| CREDITOR ID: 391640-55<br>TILLOTSON, ALICE<br>C/O: MIKE SWINDELL<br>HARRIS AND GRAVES<br>812 LAURENS ROAD<br>GREENVILLE SC 29606 | CREDITOR ID: 391618-55<br>TILLOTSON, ALICE<br>C/O: MICHAEL SWINDELL<br>HARRIS AND GRAVES, P.A.<br>812 LAURENS RAOD<br>GREENVILLE SC 29606 | CREDITOR ID: 381175-47<br>TILSE, LINDA<br>4335 WARNER ROAD<br>WAYNE, OH 43466 |
| CREDITOR ID: 387813-54<br>TILSON, NANCY<br>6768 10TH AVE N.<br>APT 114<br>LAKE WORTH, FL 33467 | CREDITOR ID: 392139-55<br>TILSON, NANCY<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S HARTMAN, ESQ<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY FL 33024 | CREDITOR ID: 263063-12<br>TIM CHAFFIN<br>1149 COLLEGE<br>APT 902-B<br>BOWLING GREEN KY 42104 |
| CREDITOR ID: 263064-12<br>TIM COKER<br>11912 PALM LAKE DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 263066-12<br>TIM D DEAS<br>1004 GOOSE MEADOW DRIVE<br>FOREST VA 24551 | CREDITOR ID: 278961-30<br>TIM EDMONDSON FARM<br>PO BOX 85<br>VARDAMAN, MS 38878 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263068-12<br>TIM LANCASTER<br>211 RANKIN HILL PLACE<br>BRANDON MS 39042 | CREDITOR ID: 263070-12<br>TIM PREP INC<br>18500 MACCLENNY ROAD<br>MAXVILLE FL 32234 | CREDITOR ID: 263071-12<br>TIM RICHMOND & SON LAWN<br>MAINTENANCE<br>5435 OLYMPIA DRIVE<br>PANAMA CITY, FL 32404 |
| CREDITOR ID: 395742-65<br>TIM RICHMOND AND SON MAINTENANCE<br>5435 OLYMPIA DRIVE<br>PANAMA CITY, FL 32404 | CREDITOR ID: 268832-31<br>TIM RYAN STATE REPRESENTATIVE<br>ATTN: TIM RYAN<br>26A NE 1ST AVE<br>DANIA FL 33004-2811 | CREDITOR ID: 263072-12<br>TIM STUCK<br>4229 SC HWY 34<br>POMARIA SC 29126 |
| CREDITOR ID: 268833-31<br>TIM WRIGHT HOME IMPROVEMENT<br>ATTN: TIM WRIGHT<br>361 WALTONS STORE RD<br>LOUISA VA 23093-2306 | CREDITOR ID: 263647-12<br>TIM, TWANDA<br>PO BOX 3095<br>PLANT CITY, FL 33564 | CREDITOR ID: 263073-12<br>TIMBER CREEK SOFTBALL<br>1001 AVALON PARK BLVD<br>ORLANDO FL 32828 |
| CREDITOR ID: 263074-12<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO<br>ATTN; BARBARA HOOD<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 1934-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO<br>ATTN; BARBARA HOOD<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 388820-54<br>TIMBERLAKE, LINDA<br>1461 MAPLEWOOD DRIVE<br>DURHAM, NC 27704 |
| CREDITOR ID: 392771-55<br>TIMBERLAKE, LINDA<br>C/O: JOHN CONSTANTINOU<br>CONSTANTINOU LAW GROUP PA<br>120 E. PARRISH ST, STE 300<br>DURHAM NC 27701 | CREDITOR ID: 407287-MS<br>TIMBROOK JR., STANLEY R.<br>230 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 393704-58<br>TIMELESS ANTIQUES & FLEA MALL, LLC<br>1131 COUNTY ROAD 388 #8<br>VALLEY, AL 36854 |
| CREDITOR ID: 263075-12<br>TIMES<br>PO BOX 100003<br>GAINESVILLE, GA 30503 | CREDITOR ID: 263076-12<br>TIMES HERALD<br>PO BOX 1052<br>NEWNAN, GA 30264 | CREDITOR ID: 263077-12<br>TIMES & DEMOCRAT<br>PO DRAWER 1766<br>ORANGEBURG, SC 29116 |
| CREDITOR ID: 263079-12<br>TIMES AND DEMOCRAT<br>PO DRAWER 1766<br>ORANGEBURG SC 29116 | CREDITOR ID: 263078-12<br>TIMES AND DEMOCRAT<br>PO BOX 1766<br>ORANGEBURG, SC 29116-1766 | CREDITOR ID: 263080-12<br>TIMES DAILY INC<br>ATTN AL FUTRELL, CR MGR<br>PO BOX 797<br>FLORENCE AL 35631 |
| CREDITOR ID: 263081-12<br>TIMES LEADER<br>PO BOX 439<br>607 WEST WASHINGTON ST<br>PRINCETON KY 42445-0439 | CREDITOR ID: 382361-51<br>TIMES PICAYUNE, THE<br>3800 HOWARD AVE.<br>NEW ORLEANS, LA 70140-1097 | CREDITOR ID: 263082-12<br>TIMES PICAYUNE, THE<br>PO BOX 62084<br>NEW ORLEANS, LA 70162 |
| CREDITOR ID: 384393-47<br>TIMES PUBLISHING COMPANY<br>P O BOX 1121<br>ST PETERSBURG, FL 33731 | CREDITOR ID: 263083-12<br>TIMES PUBLISHING COMPANY<br>400 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33701 | CREDITOR ID: 263085-12<br>TIMES TRIBUNE<br>PO BOX 516<br>CORBIN KY 40702-0516 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263086-12<br>TIMES UNION EVE AWARDS<br>PO BOX 1949<br>JACKSONVILLE FL 32231 | CREDITOR ID: 263087-12<br>TIMES-NEWS PUBLISHING CO<br>ATTN SUSAN RICHARDSON, CONTROLLER<br>707 S MAIN STREET<br>PO BOX 481<br>BURLINGTON, NC 27215 | CREDITOR ID: 403484-15<br>TIMMONS, DAVID<br>BROWARD MAIN JAIL<br>PO BOX 9356<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 385258-54<br>TIMMONS, DAVID<br>743 NW 10TH TERRACE<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 387120-54<br>TIMMONS, JERRY<br>1480 W 33RD STREET<br>RIVIERA BEACH, FL 33404 | CREDITOR ID: 394199-56<br>TIMMONS, WALTER<br>785 TEMPLE AVENUE<br>ORANGE CITY, FL 32763 |
| CREDITOR ID: 400380-85<br>TIMMONS, WALTER<br>C/O MICHAEL FALKOWSKI<br>MICAEL P. FALOWSKI<br>338 N RIDGEWOOD AVE.<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 263089-12<br>TIMOTHY A GIBSON<br>206 FOXDALE COURT<br>LAGRANGE GA 30240 | CREDITOR ID: 263090-12<br>TIMOTHY A LOWE<br>3713 CHIARRA DRIVE<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 263091-12<br>TIMOTHY B BEACH<br>2 BRISTOL COURT<br>JOHNSON CITY TN 37604 | CREDITOR ID: 263092-12<br>TIMOTHY B LEWIS<br>5749 WILMA STREET<br>DURHAM NC 27712 | CREDITOR ID: 263094-12<br>TIMOTHY D GRAHAM<br>4613 WILLIAM SPRINGS ROAD<br>FT WORTH TX 76135-1617 |
| CREDITOR ID: 263095-12<br>TIMOTHY E NORRIS<br>433 HANOVER ROAD<br>ABBEVILLE SC 29620 | CREDITOR ID: 263096-12<br>TIMOTHY E REMBERT<br>2136 WINDALE DRIVE<br>COLUMBIA SC 29223 | CREDITOR ID: 263097-12<br>TIMOTHY E THRASHER<br>PO BOX 5<br>UNION SPRINGS AL 36089 |
| CREDITOR ID: 263098-12<br>TIMOTHY GEISLER<br>538 OLD BELAIR ROAD<br>GROVETOWN GA 30813 | CREDITOR ID: 263099-12<br>TIMOTHY HAMMONDS<br>5015 CARL SADDLER LANE<br>PERRY FL 32347 | CREDITOR ID: 263100-12<br>TIMOTHY J ARMSTRONG<br>PO BOX 24806<br>JACKSONVILLE FL 32226 |
| CREDITOR ID: 263101-12<br>TIMOTHY J DEAN<br>11607 CYPRESS PARK STREET<br>TAMPA FL 33624-6336 | CREDITOR ID: 263102-12<br>TIMOTHY JACKSON<br>2811 ELMORE ROAD<br>HUNTSVILLE AL 35805 | CREDITOR ID: 263103-12<br>TIMOTHY L CARR<br>3215 48TH AVENUE NE<br>NAPLES FL 34120 |
| CREDITOR ID: 263104-12<br>TIMOTHY M HOFFMAN<br>1206 9TH STREET<br>CARROLLTON KY 41008 | CREDITOR ID: 263105-12<br>TIMOTHY M TRASK<br>129 E GRSNT STREET<br>ORLANDO FL 32806 | CREDITOR ID: 263106-12<br>TIMOTHY NICHOLAS THOMES PA<br>99198 OVERSEAS HIGHWAY<br>SUITE # 8<br>KEY LARGO, FL 33037 |
| CREDITOR ID: 263108-12<br>TIMOTHY W DARNELL<br>862 ALFORD MILL ROAD<br>BUNN NC 27508 | CREDITOR ID: 387321-54<br>TIMS, JONIKA<br>2421 AFTON LANE<br>CHARLOTTE, NC 28208 | CREDITOR ID: 391899-55<br>TIMS, JONIKA<br>C/O: KAREN JOHNSON, ESQ.<br>THE LAW OFFICES OF T. MICHAEL TODD, PLLC<br>1230 W MOREHEAD STREET<br>SUITE 302<br>CHARLOTTE NC 28208-5206 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263109-12<br>TINA A MCCALVIN<br>6370 PINE CLIFF ROAD<br>CAMILLA GA 31730 | CREDITOR ID: 263110-12<br>TINA ADAMS<br>12 LEGRAE LANE<br>TAYLORS SC 29687 | CREDITOR ID: 263112-12<br>TINA CARROLL<br>505 CORNELL AVENUE<br>MELBOURNE FL 32901 |
| CREDITOR ID: 263113-12<br>TINA CLINE<br>91 PINE DRIVE<br>TAYLORS SC 29687 | CREDITOR ID: 263114-12<br>TINA DRYER<br>655 N CLAIBORNE<br>MOBILE AL 36603 | CREDITOR ID: 263116-12<br>TINA L STEVENS<br>1274 SW HUTCHINS STREET<br>PORT ST LUCIE FL 34983 |
| CREDITOR ID: 263117-12<br>TINA M WILLIAMS<br>PO BOX 1092<br>SANTA ROSA BEACH FL 32459 | CREDITOR ID: 263118-12<br>TINA MARTIN<br>220 WEST CRIDER<br>NEBO KY 42441 | CREDITOR ID: 263120-12<br>TINA W CARROLL<br>310 MCKINLEY MADDOX RD<br>PERRY FL 32347 |
| CREDITOR ID: 263121-12<br>TINA W PREVATTE<br>876 GREENPINE ROAD<br>GARNER NC 27529 | CREDITOR ID: 388633-54<br>TINDALL, ELAINE<br>8320 DOT LANE<br>ORLANDO FL 32809 | CREDITOR ID: 389312-54<br>TINDALL, WILLIAM<br>9818 CALLIE DR<br>FAIRDALE KY 40118 |
| CREDITOR ID: 393130-55<br>TINDALL, WILLIAM<br>C/O CONNELLY KAERCHER LAW OFFICE<br>ATTN JAMES DUNN, ESQ<br>1610 KENTUCKY HOME LIFE BUILDING<br>LOUISVILLE KY 40202-3208 | CREDITOR ID: 390322-54<br>TINSON, ASHLEY (MINOR)<br>103 ACACIA COURT<br>LEESBURG, GA 31763 | CREDITOR ID: 390817-55<br>TINSON, ASHLEY (MINOR)<br>C/O: HOWARD J. STILLER, ESQ.<br>HOWARD J STILLER, PC<br>2410 WESTGATE DRIVE<br>SUITE 100<br>ALBANY GA 31707-2280 |
| CREDITOR ID: 263123-12<br>TIOGA ELEMENTARY<br>4310 PARDUE RD<br>PINEVILLE, LA 71360 | CREDITOR ID: 263124-12<br>TIOGA HIGH SCHOOL<br>1207 TIOGA RD<br>PINEVILLE, LA 71360 | CREDITOR ID: 914-03<br>TIOGA WATER WORKS DISTRICT<br>PO BOX 580<br>TIOGA LA 71477 |
| CREDITOR ID: 263125-12<br>TIONA TRUCK LINES INC<br>PO BOX 412913<br>KANSAS CITY MO 64141-2913 | CREDITOR ID: 263126-12<br>TIP TOP CANNING CO<br>PO BOX 634314<br>CINCINNATI, OH 45263-1314 | CREDITOR ID: 405712-95<br>TIP TOP CANNING CO<br>PO BOX 126<br>TIPP CITY OH 45371 |
| CREDITOR ID: 382091-36<br>TIP TOP CANNING CO., INC.<br>STEWART H. CUPPS<br>CAPITAL SQUARE, SUITE 1800,<br>65 EAST STATE STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 263127-12<br>TIP TOP POULTRY<br>PO BOX 281954<br>ATLANTA, GA 30384-1954 | CREDITOR ID: 263128-12<br>TIPPER TIE INC<br>12767 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 407446-15<br>TIPPING, HARRY A<br>2598 A BINGTON RD<br>FAIRLAWN OH 44333 | CREDITOR ID: 407446-15<br>TIPPING, HARRY A<br>C/O TIPPING CO, LPA<br>ATTN HARRY A TIPPING, ESQ<br>SANCTUARY PROFESSIONAL BLDG STE 207<br>525 N CLEVELAND-MASSILLON RD<br>AKRON OH 44333 | CREDITOR ID: 397083-67<br>TIPPINS BANK & TRUST<br>PO BOX  1900<br>CORNELIA, GA 30531 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278105-23<br>TIPPINS BANK & TRUST CO.<br>ATTN: BOOKKEEPER<br>PO BOX 157<br>CLAXTON GA 30417 | CREDITOR ID: 263129-12<br>TIPTON OFFICE PRODUCTS INC<br>PO BOX 47528<br>JACKSONVILLE, FL 32247-7528 | CREDITOR ID: 407288-MS<br>TIPTON, KERMIT B.<br>37 CEDARCLIFF CIRCLE<br>ASHVILLE NC 28803 |
| CREDITOR ID: 376056-44<br>TIPTON, MARIAN W.<br>JAX DIV STORE# 545<br>311 N BOND ST PO BOX 573<br>PLAINS, GA 31780 | CREDITOR ID: 268834-31<br>TIPTONVLLE CY WTR TRTMNT PLANT<br>ATTN: GARY WHITE<br>130 S COURT ST<br>TIPTONVILLE TN 38079-1304 | CREDITOR ID: 377493-44<br>TIRE DISTRIBUTION SYSTEMS INC<br>PO BOX 281991<br>ATLANTA GA 30384-1991 |
| CREDITOR ID: 263130-12<br>TIRE PRO'S<br>5654 HWY 90 WEST<br>THEODORE AL 36582 | CREDITOR ID: 263131-12<br>TIRESOLES OF BROWARD INC DBA ELPEX<br>ATTN DENNIS ST CHARLES, CONTROLLER<br>401 RINKER WAY<br>LAKE WORTH, FL 33461 | CREDITOR ID: 263132-12<br>TIRESOLES OF JACKSONVILLE LLC<br>2759 WEST 5TH STREET<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 263133-12<br>TIRSHIRA M SMITH<br>27116 SW 135 AVENUE<br>NARANJA FL 33032 | CREDITOR ID: 263134-12<br>TISH BRASELMAN<br>103 BEAVER COURT<br>KINGSLAND GA 31548 | CREDITOR ID: 407289-MS<br>TISON, LUTHER<br>2131 ARMSDALE RD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 263135-12<br>TITAN MFG INC<br>6320 METRO PLANTATION ROAD<br>FT MYERS, FL 33912 | CREDITOR ID: 263136-12<br>TITAN SPECIALTY CONSTRUCTION<br>5674 GULF BREEZE PKWY<br>UNIT 2<br>GULF BREEZE FL 32563 | CREDITOR ID: 263137-12<br>TITAN TRANSPORT LLC<br>ATTN: KEN WARD<br>PO BOX 529<br>MONROE, NC 28111 |
| CREDITOR ID: 263138-12<br>TITAN WHOLESALE INC<br>PO BOX 1276<br>TUPELO, MS 38802 | CREDITOR ID: 386439-54<br>TITMUS, DEBBIE<br>209 TEMPLE AVENUE<br>FERN PARK FL 32730 | CREDITOR ID: 268835-31<br>TITUSVILLE DEVELOPMENT CORP<br>ATTN: CLIFTON GRIFFIN<br>300 KAPPA AVE S<br>BIRMINGHAM AL 35205-3221 |
| CREDITOR ID: 263140-12<br>TIVOLI AT DEERWOOD<br>10075 GATE PARKWAY NORTH<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 263141-12<br>TJ STIDHAM INC<br>2701 AIRPORT ROAD<br>PLANT CITY, FL 33563-1129 | CREDITOR ID: 1916-07<br>TK HARRIS COMM RE SERVICE<br>3930 FULTON DR NW, STE 206<br>CANTON, OH 44718-3040 |
| CREDITOR ID: 262396-12<br>TK KEITH COMPANY INC<br>ATTN PAUL ROBERTS, CFO<br>516 EDGEWATER DRIVE<br>WAKEFIELD, MA 01880 | CREDITOR ID: 263142-12<br>TKE CORP<br>PO BOX 933004<br>ATLANTA, GA 31193-3004 | CREDITOR ID: 263143-12<br>TKO DOORS<br>7036 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 263144-12<br>TL NGUYEN LLC<br>PO BOX 28758<br>BIRMINGHAM, AL 35228 | CREDITOR ID: 1935-07<br>TL NGUYEN LLC<br>PO BOX 28758<br>BIRMINGHAM, AL 35228 | CREDITOR ID: 268836-31<br>TM LAND COMPANY LLC<br>ATTN: GREG TRAATTLES<br>1509 LONG WOOD RD<br>MOBILE AL 36609-5260 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 263145-12
TM POLY FILM INC
503 INDUSTRIAL BLVD
VALDOSTA GA 31601

CREDITOR ID: 263146-12
TM SHEA PRODUCTS
984 LIVERNOIS ROAD
TROY, MI 48083

CREDITOR ID: 400557-15
TM SHEA PRODUCTS, INC
C/O WEISMAN YOUNG SCHLOSS ET AL
ATTN JOHN A RUEMENAPP, ESQ
30100 TELEGRAPH ROAD, SUITE 428
BINGHAM FARMS MI 48025

CREDITOR ID: 263147-12
TM SIGNS
1001 E REYNOLDS STREET
PLANT CITY FL 33563

CREDITOR ID: 263148-12
TMO THE MUSE ORGANIZATION
5223 EHRLICH ROAD
SUITE D
TAMPA FL 33624

CREDITOR ID: 263149-12
TMP WORLDWIDE
ATTN: ERIC KLEMPAY, COLL MGR
PO BOX 538361
ATLANTA, GA 30353-8361

CREDITOR ID: 406089-97
TMP WORLDWIDE
ATTN: ERIC KLEMPAY, COLL MGR
7800 W BROWN DEER DRIVE
MILWAUKEE WI 53223

CREDITOR ID: 263150-12
TMT ASPHALT SERVICES
1818 SURREY TRAIL
WIMAUMA, FL 33598

CREDITOR ID: 2627-07
TMW REAL ESTATE MGMT, INC.
TWO RAVINIA DRIVE, SUITE 400
ATLANTA GA 30346-2104

CREDITOR ID: 268837-14
TN DEPT FINANCIAL INSTITU
ATTN: KEVIN LAVENDER
511 UNION ST STE 400
NASHVILLE TN 37219-1775

CREDITOR ID: 268838-31
TN ECONOMIC & CMNTY DEV 4021
ATTN: MATT KISBER
312 8TH AVE N
NASHVILLE TN 37243-0001

CREDITOR ID: 268839-31
TN RESRCE CNSRVTION DEV CUNCIL
ATTN: CHARLENI SHELTON
1604 PLEASANT AVE
KINGSPORT TN 37664-3125

CREDITOR ID: 263152-12
TNT TIRE & AUTO REPAIR
264 MONTGOMERY HWY
CENTREVILLE, AL 35042

CREDITOR ID: 377498-44
TNT VENDING INTERNATIONAL
P O BOX 7753
BOISE, ID 83707

CREDITOR ID: 263153-12
TNT VENDING INTERNATIONAL
412 EAST 41ST STREET #100
BOISE ID 83714

CREDITOR ID: 377499-44
TO THE PARENT OF DEJA MOORE
5710 COLLINS ROAD, APT 1007
JACKSONVILLE, FL 32244

CREDITOR ID: 263154-12
TO THE PARENT OF HUNTER COLE
219 BLYTH ROAD
GREENWOOD SC 29646

CREDITOR ID: 263155-12
TO THE PARENT OF MYRA TAYLOR
1800 HONEYSUCKLE LANE SW #309
ATLANTA GA 30331

CREDITOR ID: 263156-12
TO THE PARENTS OF CAROLE SCHWEERS
5391 COOPER STREET
GRACEVILLE, FL 32440

CREDITOR ID: 263157-12
TO THE PARENTS OF CHESLYN PALMER
118 S BOLD FORBES BLVD
GEORGETOWN KY 40324

CREDITOR ID: 263158-12
TO THE PARENTS OF DESTINY HUBBARD
4720 COURT ROAD
BIRMINGHAM AL 35208

CREDITOR ID: 262400-12
TO WILLIAMS INC
ATTN: HYUN J CHAY, PRES
PO DRAWER C
PORTSMOUTH, VA 23705

CREDITOR ID: 389559-54
TOBAR, ISABEL
14209 SW 117TH TERRACE
MIAMI, FL 33186

CREDITOR ID: 393231-55
TOBAR, ISABEL
C/O: BRADLEY ASNIS, ESQ.
ASNIS & SREBNICK, P.A.
44 WEST FLAGLER  SUITE 2250
MIAMI FL 33130

CREDITOR ID: 389376-54
TOBEY, RICHARD
10362 106TH AVE N., LOT 10
SAINT PETERSBURG FL 33733

CREDITOR ID: 393168-55
TOBEY, RICHARD
C/O: CAPP TAYLOR, ESQ
CAPP P. TAYLOR, P.A.
3023 EASTLAND BLVD
SUITE 104
CLEARWATER FL 33761

CREDITOR ID: 263160-12
TOBIAS A ROBINSON
2776 WOODLEY PARK DRIVE
MONTGOMERY AL 36116

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263161-12<br>TOBIE SOLOWESZYK<br>3943 NEMO ROAD<br>RANDALLSTOWN MD 21133 | CREDITOR ID: 388017-54<br>TOBIE, ALYSSA<br>1004 MERCY DR. #42<br>ORLANDO, FL 32808 | CREDITOR ID: 392293-55<br>TOBIE, ALYSSA<br>C/O DAVID & MCELYEA, PA<br>ATTN JOHN H MCELYEA, ESQ<br>P.O. BOX 940218<br>MAITLAND FL 32794-0218 |
| CREDITOR ID: 385781-54<br>TOBIN, MEAGHAN<br>1369 N. MARCY DR<br>LONGWOOD, FL 32750 | CREDITOR ID: 391051-55<br>TOBIN, MEAGHAN<br>C/O THOMAS R OLSEN, PA<br>ATTN W C AIRTH JR, ESQ<br>2518 EDGEWATER DRIVE. SUITE 4<br>ORLANDO FL 32804 | CREDITOR ID: 394108-56<br>TOBIN, PATRICK<br>9253 123RD AVE N<br>ST. PETE, FL 33773 |
| CREDITOR ID: 400317-85<br>TOBIN, PATRICK<br>C/O PAT HODGE<br>VANCE, LOTANE & BOOKHARDT, P.A.<br>1980 MICHIGAN AVE<br>COCOA FL 32922 | CREDITOR ID: 263162-12<br>TOCAD AMERICA<br>BOX 95000-1365<br>PHILADELPHIA, PA 19195-1365 | CREDITOR ID: 263163-12<br>TODAYS MEDIA INC<br>161 NE 97TH ST<br>MIAMI SHORES FL 33138 |
| CREDITOR ID: 263164-12<br>TODD  THOMAS<br>89 PINEWOOD LANE<br>FT PIERCE FL 34947 | CREDITOR ID: 263165-12<br>TODD A WILLIAMS<br>9640 N W 7 CIRCLE<br>PLANTATION FL 33324 | CREDITOR ID: 263166-12<br>TODD BEAN<br>2352 MICHIGAN AVENUE<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 263167-12<br>TODD C HATHEWAY<br>3628 KAREN DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 263168-12<br>TODD COUNTY 4 - H<br>PO BOX 97<br>ELKTON, KY 42220 | CREDITOR ID: 263169-12<br>TODD E NORWOOD<br>803 QUEEN STREET<br>LENOIR NC 28645 |
| CREDITOR ID: 263170-12<br>TODD R PIERI<br>5350 ARLINGTON EXPY<br>APT 1409<br>JACKSONVILLE FL 32211-6880 | CREDITOR ID: 385636-54<br>TODD, JANE<br>5133 PEDEN POINT RD<br>WILMINGTON, NC 28409 | CREDITOR ID: 390927-55<br>TODD, JANE<br>C/O: DAVID & ASSOCIATES<br>1516 DAWSON ST<br>WILMINGTON NC 28401 |
| CREDITOR ID: 389496-54<br>TODD, KENNETH<br>7747 DOVE HAVEN CT.<br>BATON ROUGE, LA 70809 | CREDITOR ID: 393183-55<br>TODD, KENNETH<br>C/O: JERRY MCKERNAN<br>MCKERNAN LAW FIRM<br>8710 JEFFERSON HWY<br>BATON ROUGE LA 70809 | CREDITOR ID: 394268-56<br>TODD, KYLE<br>3405 WILSON DRIVE<br>HOLIDAY, FL 34691 |
| CREDITOR ID: 400427-85<br>TODD, KYLE<br>C/O TONY GRIFFITH, ESQ.<br>TANNEY, ENO, TANNEY, GRIFFITH & INGRAM,<br>2454 MCMULLEN-BOOTH RD<br>SUITE 501-A<br>CLEARWATER FL 33759 | CREDITOR ID: 392659-55<br>TODESCO, JERRY M.<br>C/O FRANK A BRUNO ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 | CREDITOR ID: 390450-54<br>TODESCO, JERRY M.<br>2533 MICHIGAN<br>METAIRIE LA 70003 |
| CREDITOR ID: 263171-12<br>TODHUNTER FOODS<br>ATTN TERRY V KARR, VP FIN<br>PO BOX 860889<br>ORLANDO, FL 32886-0889 | CREDITOR ID: 392773-55<br>TOINS, TREAVION (MINOR)<br>C/O BYRD, GIBBS & MARTIN, PLLC<br>ATTN ISAAC BYRD JR, ESQ<br>PO BOX 19<br>JACKSON MS 39205 | CREDITOR ID: 388822-54<br>TOINS, TREAVION (MINOR)<br>904 COLONY PARK DR<br>PEARL, MS 39208 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263172-12<br>TOLA BAILEY<br>376 MARTIN ROAD<br>WILKESBORO NC 28659 | CREDITOR ID: 390511-55<br>TOLAN, PETER<br>C/O: PATRICIA COLLINS, ESQ.<br>LAW OFFICES OF JOHN S. MAFFA<br>973 IYANOUGH ROAD, ROUTE 132<br>HYANNIS MA 02601 | CREDITOR ID: 385162-54<br>TOLAN, PETER J<br>19 LEXINGTON LANE<br>YARMOUTHPORT, MA 02675 |
| CREDITOR ID: 385162-54<br>TOLAN, PETER J<br>C/O LAW OFFICES OF JOHN S MOFFA<br>ATTN PATRICIA COLLINS, ESQ<br>973 IYANOUGH ROAD, ROUTE 132<br>HYANNIS MA 02601 | CREDITOR ID: 392107-55<br>TOLAN, SHIRLEY<br>ATTN PATRICIA COLLINS, ESQ.<br>LAW OFFICES OF JOHN S. MOFFA<br>973 IYANOUGH ROAD, ROUTE 132<br>HYANNIS MA 02601 | CREDITOR ID: 387757-54<br>TOLAN, SHIRLEY A<br>19 LEXINGTON LANE<br>YARMOUTH, MA 02675 |
| CREDITOR ID: 387757-54<br>TOLAN, SHIRLEY A<br>C/O LAW OFFICES OF JOHN S MOFFA<br>ATTN PATRICIA COLLINS, ESQ<br>973 IYANOUGH ROAD, ROUTE 132<br>HYANNIS MA 02601 | CREDITOR ID: 388753-54<br>TOLBERT, JESSICA<br>PO BOX 111<br>RIVER FALLS AL 36476 | CREDITOR ID: 263173-12<br>TOLER WRECKER SERVICE<br>1425 HWY 1 N<br>GREENVILLE MS 38701 |
| CREDITOR ID: 256941-12<br>TOLLIVER, NATHANIEL<br>1654 N WASHINGTON ST<br>LIVINGSTON, AL 35470 | CREDITOR ID: 385701-54<br>TOLSIE, AVALYN<br>17715 NW 37TH AVE<br>MIAMI, FL 33009 | CREDITOR ID: 390982-55<br>TOLSIE, AVALYN<br>C/O: ROBERT J FENSTERSHEIB<br>ROBERT J. FENSTERSHEIB, P.A.<br>520 WEST HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 |
| CREDITOR ID: 247286-12<br>TOLSON, CRYSTAL<br>6713 MONTVIEW STREET<br>QUINTON, AL 35130 | CREDITOR ID: 263174-12<br>TOM BARILARI<br>8504 TOWNLEY ROAD<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 263175-12<br>TOM BARROW COMPANY<br>PO BOX 116406<br>ATLANTA GA 30368-6406 |
| CREDITOR ID: 263176-12<br>TOM BORCHERS<br>875 CARPENTER ROAD<br>LOVELAND OH 45140 | CREDITOR ID: 263177-12<br>TOM BOWERS<br>1646 SIAM ROAD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 263178-12<br>TOM ENDICOTT BUICK INC<br>1345 SO FEDERAL<br>POMPANO BEACH FL 33062 |
| CREDITOR ID: 263179-12<br>TOM HAZELRIGS<br>4665 SETTLES BRIDGE ROAD<br>SUWANEE GA 30024 | CREDITOR ID: 263180-12<br>TOM LANGE CO INC<br>277 W 83RD STREET<br>SUITE A<br>BURR RIDGE IL 60527 | CREDITOR ID: 263181-12<br>TOM MONAGHAM<br>7175 MOON DRIVE ROAD<br># 1005<br>COLUMBUS GA 31909 |
| CREDITOR ID: 263183-12<br>TOM NEHL TRUCK CO<br>PO BOX 37558<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 263182-12<br>TOM NEHL TRUCK CO<br>417 S EDGEWOOD AVE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 263184-12<br>TOM SALLEY INC<br>PO BOX 204141<br>MARTINEZ, GA 30907 |
| CREDITOR ID: 263185-12<br>TOM SMITH ELECTRICAL SERV INC<br>2016 NATCHEZ DRIVE<br>MCCOMB, MS 39648 | CREDITOR ID: 263186-12<br>TOM WIMBUSH<br>4108 OAK STREET<br>MONTGOMERY AL 36105 | CREDITOR ID: 395523-64<br>TOMAX<br>224 SOUTH 200 WEST<br>SALT LAKE CITY, UT 84101 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263188-12<br>TOMAX CORPORATION<br>224 SOUTH 200 WEST<br>SALT LAKE CITY, UT 84101 | CREDITOR ID: 388493-54<br>TOMAZIN, LINDA<br>165 SOUTH SAMULA DR<br>NEW SMYRNA BEACH, FL 32168 | CREDITOR ID: 407290-MS<br>TOMBERLIN, GEORGE R<br>P O BOX 6098<br>AMELIA ISLAND FL 32035-6098 |
| CREDITOR ID: 268840-31<br>TOMBIGBEE RVER VLY WTR MGT DST<br>ATTN: JIMMIE MILLS<br>602 DAYBRITE DR<br>TUPELO MS 38801-4912 | CREDITOR ID: 268841-31<br>TOMBIGSBEE RSRCE CNSRVTION DEV<br>ATTN: MICKY SMITH<br>GREENSBORO AVE RM 2331118<br>TUSCALOOSA AL 35401 | CREDITOR ID: 263189-12<br>TOMECKA L BYRD<br>PO BOX 150<br>DENDRON VA 23839 |
| CREDITOR ID: 263190-12<br>TOMEKA S HALE<br>2 OAKVIEW DRIVE<br>SYLACAUGA AL 35150 | CREDITOR ID: 263191-12<br>TOMICENA BUTLER<br>40 JACK SCOTT ROAD<br>QUINCY FL 32351 | CREDITOR ID: 399741-84<br>TOMLINSON, JEFFRE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 265384-31<br>TOMLJENOVIC, ANKA<br>624 S ATLANTIC AVE<br>DAYTONA BEACH FL 32118-4510 | CREDITOR ID: 263192-12<br>TOMMIE SCOGGINS<br>2824 RIFLE RANGE ROAD<br>WETUMPKA AL 36093 | CREDITOR ID: 263193-12<br>TOMMIES AUTO AND DIESEL TOWING<br>2674 JEFFERIES HIGHWAY 15 N<br>WALTERBORO SC 29488 |
| CREDITOR ID: 263194-12<br>TOMMY CAVES<br>PO BOX 1512<br>ALBANY LA 70711 | CREDITOR ID: 263196-12<br>TOMMY GEORGE WAMBLE<br>2220-A  LITTLE VALLEY ROAD<br>BIRMINGHAM, AL 35216 | CREDITOR ID: 263197-12<br>TOMMY GREENE FARMS<br>PO BOX 427<br>MADISON FL 32341 |
| CREDITOR ID: 263198-12<br>TOMMY JACKSON JR<br>3005 VERNSDALE ROAD<br>ROCK HILL SC 29730 | CREDITOR ID: 263199-12<br>TOMMY L HASKETT<br>3925 NW 186TH STREET<br>OPA LOCKA FL 33055 | CREDITOR ID: 263204-12<br>TOMMY LEE THOMAS<br>405 FAIRBURN ROAD # 119<br>ATLANTA GA 30331 |
| CREDITOR ID: 263205-12<br>TOMMY LODGE<br>6060 FORT CAROLINE ROAD, APT 11<br>JACKSONVILLE FL 32277 | CREDITOR ID: 263206-12<br>TOMMY R LAMPLEY<br>4734 9TH AVENUE SOUTH<br>ST PETERSBURG FL 33711 | CREDITOR ID: 263207-12<br>TOMMY R TROUTMAN<br>114 UNION HIEGHTS BLVD<br>SALISBURY NC 28146 |
| CREDITOR ID: 263208-12<br>TOMMY SMITH<br>C/O JENNIFER MERCER<br>PO BOX 187<br>LESLIE GA 31764 | CREDITOR ID: 263209-12<br>TOMMY WASHINGTON<br>PO BOX 17311<br>TAMPA FL 33682 | CREDITOR ID: 263210-12<br>TOMMY'S AUTO GLASS<br>2480 HWY 71<br>MARIANNA FL 32448 |
| CREDITOR ID: 263212-12<br>TOMMYS COUNTRY HAM HOUSE<br>214 RUTHERFORD ST<br>GREENVILLE, SC 29609 | CREDITOR ID: 263211-12<br>TOMMY'S GLASS CO<br>PO BOX 1408<br>LYNN HAVEN FL 32444-6208 | CREDITOR ID: 407291-MS<br>TOMPKINS, JOHN T.<br>8413 SMITHTON RD.<br>LOUISVILLE FL 40219 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 263213-12
TOMS FOOD INC
PO BOX 1167010
ATLANTA, GA 30368-7010

CREDITOR ID: 405715-95
TOMS FOOD INC
DRAWER CS198026
ATLANTA GA 30384-8026

CREDITOR ID: 263214-12
TOMS FOODS
PO BOX 1167010
ATLANTA, GA 30368-7010

CREDITOR ID: 263215-12
TOMS FORKLIFT SERVICE
ATTN: TOM BOWMAN, OWNER
5817 BEGGS ROAD, SUITE 1
ORLANDO, FL 32810

CREDITOR ID: 263216-12
TOMS GEAR AND DRIVELINE
DBA AXLES AND RACKS
PO BOX 8146
2221 LOWER WETUMPA ROAD
MONTGOMERY AL 36110

CREDITOR ID: 263187-12
TOM'S PRINTING
1533 EDWARDS AVE
ELMWOOD LA 70123

CREDITOR ID: 263217-12
TONE BROTHERS INC
ATTN KEVIN ROBY
2301 SE TONES DRIVE
ANKENY IA 50021

CREDITOR ID: 405716-95
TONE BROTHERS INC
%SPECIALTY BRANDS INC
PO BOX 7247-8271
PHILADELPHIA PA 19170-8271

CREDITOR ID: 395378-64
TONE BROTHERS, INC.
PO BOX 402899
ATLANTA, GA 30384-2899

CREDITOR ID: 256216-12
TONEY, MICHAEL D
112 SUNRISE DRIVE
NOKOMIS FL 34275

CREDITOR ID: 407292-MS
TONG, WILFRED W.
2059 DEERRIDGE AVE.
BATON ROUGE LA 70816

CREDITOR ID: 263218-12
TONI L MOSLEY
PO BOX 712
SIMMESPORT LA 71369

CREDITOR ID: 263219-12
TONI LYNN SONGY
360 E 6TH STREET
EDGARD LA 70049

CREDITOR ID: 263220-12
TONI OTT
362 OTT STREET
BRANCHVILLE SC 29432

CREDITOR ID: 263221-12
TONIA L BARKER
18096 OLD BARKER ROAD
COVINGTON LA 70435

CREDITOR ID: 263222-12
TONIA M HARTMAN
30526 SPANISH LANE
SPANISH FORT AL 36527

CREDITOR ID: 263223-12
TONIETTE BUDGETT PRICE
1339 LYNFORD DRIVE SW
ATLANTA GA 30310

CREDITOR ID: 386881-54
TONNELIER, JEFFERY
1519 SW 119 AVENUE
PEMBROKE PINES FL 33025

CREDITOR ID: 387543-54
TONNELIER, JEFFREY
1372 SW 47TH AVE.
DEERFIELD BEACH FL 33442

CREDITOR ID: 392046-55
TONNELIER, JEFFREY
C/O: MARIO PEREZ
HOFFMAN, MOORE, BAISDEN, & SELWOOD
4403 WEST TRADEWINDS AVE.
LAUDERDALE-BY-THE-SEA FL 33308

CREDITOR ID: 384395-47
TONY CHACHERE'S
PO BOX 54595
NEW ORLEANS, LA 70154-4595

CREDITOR ID: 263226-12
TONY EASTWOOD
RALEIGH DIVISION ASSOCIATE
PO BOX 3206
WILSON NC 27893

CREDITOR ID: 263228-12
TONY N KENTY
11531 NW 17 AVENUE
MIAMI FL 33167

CREDITOR ID: 263231-12
TONYA C FUGATE
127 HUESTON STREET
HAMILTON OH 45013

CREDITOR ID: 263233-12
TONYA HARRIS
PO BOX 2029
MONTGOMERY AL 36102

CREDITOR ID: 263235-12
TONYA R TYE
389 AIRPORT ROAD
CAIRO GA 39828

CREDITOR ID: 263237-12
TONYS AUTOMOTIVE
3455 NW 71ST ST
MIAMI, FL 33147

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 263238-12
TOOL SHACK INC
226 S EDGEWOOD AVE
JACKSONVILLE, FL 32254

CREDITOR ID: 263240-12
TOOTSIE ROLL INDUSTRIES
PO BOX 99435
FILE 99435
TRI SALES COMPANY
CHICAGO, IL 60693-9435

CREDITOR ID: 263242-12
TOP FLIGHT
1300 CENTRAL AVENUE
CHATTANOOGA, TN 37408

CREDITOR ID: 263243-12
TOP NOTCH MASONRY INCORPORATED
9470 OSBORNE TRNPK
RICHMOND, VA 23231

CREDITOR ID: 269298-16
TOPAZ, MARC A.
SCHIFFRIN & BARROWAY, LLC
THREE BALA PLAZA EAST
SUITE 400
BALA CYNWYD, PA 19004

CREDITOR ID: 382875-51
TOPCO ASSOCIATES LLC
7711 GROSS POINT RD
SKOKIE, IL 60077

CREDITOR ID: 263244-12
TOPEKA FLOWERS
458 SAVANNAH COVE
CALERA AL 35040

CREDITOR ID: 268842-31
TOPISAW CREEK WATER ASSOC
ATTN: SAMMY MILLER
1967 MALLALIEU DR SE
RUTH MS 39662-9771

CREDITOR ID: 262906-12
TOPPS CO INC, THE
BOX 4050 CHURCH ST STATION
NEW YORK, NY 10261-4050

CREDITOR ID: 381250-47
TOPS LUMBER & PLUMBING
PO BOX SS 5664
WILTON STREET OFF MACKEY STREET
NASSAU,
BAHAMAS

CREDITOR ID: 384396-47
TOPS LUMBER & PLUMBING
WILTON STREET OFF MACKEY STREET
PO BOX SS 5664
NASSAU,
BAHAMAS

CREDITOR ID: 263245-12
TORA D STARKER
11050 NW 8TH STREET
OCALA FL 34482

CREDITOR ID: 387886-54
TORAL, SIMONE
12945 SW 207TH LANE
MIAMI, FL 33177

CREDITOR ID: 392168-55
TORAL, SIMONE
C/O  LISA S LEVINE, PA
ATTN LISA LEVINE ESQ
2665 EXECUTIVE PARK DRIVE SUITE 2
WESTON FL 33331

CREDITOR ID: 263246-12
TORBITT & CASTLEMAN COMPANY
ATTN GLENDA GRIMES, DIR CORP CREDIT
800 MARKET STREET, SUITE 2150
ST LOUIS MO 63101

CREDITOR ID: 405717-95
TORBITT & CASTLEMAN COMPANY
DEPARTMENT 94497
LOUISVILLE KY 40294-4497

CREDITOR ID: 389337-54
TORCHIO, FRANK
205 PINE CIR
LAKE WORTH FL 33463

CREDITOR ID: 393148-55
TORCHIO, FRANK
C/O: KELLY B. SCHAET ESQ.
FINDLER & FINDLER
3 HARVARD CIRCLE, STE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 385748-54
TORIELLO, KAREN
6601 N.W. 8TH DOURT
MARGATE, FL 33063

CREDITOR ID: 263247-12
TORINA WEAKS
2330 BOONE
SNELLVILLE GA 30078

CREDITOR ID: 263248-12
TORRAIL L HORTON
272 NE 173 STREET
N MIAMI BEACH FL 33162

CREDITOR ID: 394207-56
TORRALBES, TERESA
12951 NW 1ST  STREET
PEMBROKE PINES, FL 33028

CREDITOR ID: 400392-85
TORRALBES, TERESA
C/O RINA F. KAPKLAN, ESQ
LAW OFFICE OF RINA KAPLAN, P.A.
1930 HARRISON ST
SUITE 203
HOLLYWOOD FL 33020

CREDITOR ID: 263249-12
TORRENCE J WHITE
214 WALDEN CREEK WAY
GREENVILLE SC 29615

CREDITOR ID: 263250-12
TORRES TRUST ACCOUNT
15327 NW 60TH AVENUE
SUITE 215
MIAMI LAKES FL 33014

CREDITOR ID: 392260-55
TORRES, ANA R
C/O: HARVEY FRIEDMAN, ESQ.
FRIEDMAN & RODMAN & FRANK, P.A.
3636 WEST FLAGLER ST.
MIAMI FL 33135

CREDITOR ID: 387978-54
TORRES, ANA R
125 SE 9TH AVE
HIALEAH, FL 33010

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 385684-54
TORRES, DIERDRA
557 BAR DR
KISSIMMEE, FL 34759

CREDITOR ID: 393530-55
TORRES, GABRIEL
C/O: JONATHAN ISRAEL
GLARY ISREAL, P.A.
1809 ART MUSEUM DRIVE
SUITE 203
JACKSONVILLE FL 32207

CREDITOR ID: 387030-54
TORRES, RUBEN
7601 PINEFORK DRIVE
ORLANDO FL 32822

CREDITOR ID: 387365-54
TORRES, TOMASA
2240 SHERMAN CIRCLE, APT 501
MIRAMAR, FL 33025

CREDITOR ID: 391935-55
TORRES, TOMASA
C/O: ALFREDO PADRON, ESQ
LAW OFFICES OF ALFREDO PADRON
1898  NW 7TH STREET
MIAMI FL 33125

CREDITOR ID: 263251-12
TORSHA JACKSON
2543 RUSSELL LANE
MONTGOMERY AL 36117

CREDITOR ID: 263252-12
TORY R JACKSON
11201 DORSEY DRIVE
MIAMI FL 33176

CREDITOR ID: 407293-MS
TOSCANO, AUGUST
7846 RITTENHOUSE LANE
JACKSONVILLE FL 32256

CREDITOR ID: 263253-12
TOTAL FINANCE
PO BOX 146
MERIDIAN, MS 39301

CREDITOR ID: 397333-69
TOTAL GROUNDS
PO BOX 77952
BATON ROUGE, LA 70879

CREDITOR ID: 263254-12
TOTAL GROUNDS MAINTENANCE LLC
ATTN TINA LEONARD, OWNER
PO BOX 77952
BATON ROUGE, LA 70879

CREDITOR ID: 263255-12
TOTAL HANDLING EQUIPMENT CO INC
PO BOX 10527
BIRMINGHAM, AL 35202-0500

CREDITOR ID: 395744-65
TOTAL MAINTENANCE OF BAY COUNTY, INC.
2326 EAST 34TH PLACE
PANAMA CITY, FL 32405

CREDITOR ID: 263257-12
TOTAL OCCUPATIONAL MEDICINE
777 HENNESSY BLVD, SUITE 1004-154
BATON ROUGE, LA 70809

CREDITOR ID: 263258-12
TOTAL OFFICE PRODUCTS
9452 PHILLIPS HWY, SUITE 7
JACKSONVILLE, FL 32256

CREDITOR ID: 405718-95
TOTAL OFFICE PRODUCTS
9456 PHILLIPS HWY
SUITE 9
JACKSONVILLE FL 32256

CREDITOR ID: 263259-12
TOTAL PARKING LOT MAINTENANCE
ATTN BELINDA ONEAL-TANNER, OWNER
PO BOX 183
ALTURAS, FL 33820

CREDITOR ID: 263260-12
TOTAL QUALITY LOGISTICS
PO BOX 799
MILFORD OH 45150

CREDITOR ID: 382935-51
TOTAL SCRIPT
10901 WEST 120TH AVENUE, SUITE 110
BROOMFIELD, CO 80021

CREDITOR ID: 263261-12
TOTAL SECURITY
1313 HALL SPENCER ROAD
ROCK HILL SC 29731

CREDITOR ID: 263262-12
TOTALLY CONFUSED TRANSPORTATION
1420 FORUM WAY SOUTH
FT WORTH TX 76140

CREDITOR ID: 263263-12
TOTALPACK INC
2151 NW 72 AVENUE
MIAMI, FL 33122

CREDITOR ID: 263264-12
TOTE CART COMPANY
PO BOX 1142
ROCKFORD, IL 61105-1142

CREDITOR ID: 263265-12
TOUCAN LAWN & LANDSCAPING SER
1481 NE 60TH STREET
FORT LAUDERDALE, FL 33334

CREDITOR ID: 263266-12
TOUCHPOINT INC
10199 SOUTHSIDE BLVD
#203
JACKSONVILLE, FL 32256

CREDITOR ID: 382932-51
TOUCHPOINT/NAVITUS HEALTH
PO BOX 101632
PITTSBURGH, PA 15237

CREDITOR ID: 382883-51
TOUCHPOINT-TPH
DEPT OF EMPLOYEE TRUST FUNDS
PO BOX 101632
PITTSBURGH, PA 15237

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 407294-MS
TOUCHTON, SAMUEL R.
869 E. MONTEGO RD.
JACKSONVILLE FL 32216

CREDITOR ID: 263267-12
TOUFAYAN BAKERY INC
ATTN KRISTINE  TOUFAYAN, CONTROLLER
175 RAILROAD AVENUE
RIDGEFIELD NJ 07657

CREDITOR ID: 405719-95
TOUFAYAN BAKERY INC
9255 KENNEDY BLVD
NORTH BERGEN NJ 07047

CREDITOR ID: 263268-12
TOULOUSE VILLAGE ASSOCIATES
C/O THE TROTMAN COMPANY INC
ATTN GREG HUGHS
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1936-07
TOULOUSE VILLAGE ASSOCIATES
C/O THE TROTMAN COMPANY INC
ATTN GREG HUGHS
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 268843-14
TOURIST DEVELOPMENT
ATTN: BARNIE KANE
123 W INDIANA AVE
DELAND FL 32720-4615

CREDITOR ID: 263270-12
TOWAWAY EXPRESS INC
PO BOX 444
NEW KINGSTOWN PA 17072-9981

CREDITOR ID: 407295-MS
TOWE, SAMUEL G.
125 OCONEE STATION RD.
WALHALLA SC 29691

CREDITOR ID: 263271-12
TOWER ASSOCIATES LTD
537 MARKET ST
STE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 2628-07
TOWER CENTER ASSOCIATES LTD
4415 FIFTH AVENUE
PITTSBURG PA 15213

CREDITOR ID: 263272-12
TOWER FINANCE
PO BOX 238
FOREST, MS 39074

CREDITOR ID: 263273-12
TOWER LABORATORIES LTD
ATTN LORRAINE RACKLIFFE, CONTROLLER
PO BOX 306
CENTERBROOK, CT 06409-0306

CREDITOR ID: 263274-12
TOWERY EQUIPMENT
445 BAXTER AVE
LOUISVILLE, KY 40204

CREDITOR ID: 263275-12
TOWN & COUNTRY LOCK & KEY
3405 EAST ANDREW JOHNSON HWY
MORRISTOWN TN 37814

CREDITOR ID: 263276-12
TOWN & COUNTRY PACK CO
PO BOX 88
THOMPSON, GA 30824

CREDITOR ID: 263277-12
TOWN & COUNTRY SHOPPING CENTER
903 UNIVERSITY BLVD
JACKSONVILLE, FL 32211

CREDITOR ID: 405720-95
TOWN & COUNTRY SHOPPING CENTER
LEONARD A SELBER
HOLLAND & KNIGHT
50 N LAURA STREET #3900
JACKSONVILLE FL 32202

CREDITOR ID: 263278-12
TOWN & COUNTRY TIRE
317 E HOWARD ST
PO BOX 848
LIVE OAK, FL 32064

CREDITOR ID: 268844-14
TOWN 0F POLKTON INC
ATTN: WALTER A MCDANIEL
113 W POLK ST
POLKTON NC 28135-9665

CREDITOR ID: 263279-12
TOWN CENTER MEDIA INC
6668 SYLVAN WOODS DRIVE
SANFORD FL 32771

CREDITOR ID: 263280-12
TOWN CENTER SHOPPES LTD
C/O BELMONT INVESTMENT CORP
600 HAVERFORD AVE
SUITE G101
HAVERFORD PA 19041

CREDITOR ID: 315911-40
TOWN COMMONS ASSOCIATES
1648 F NORTH MARKET DRIVE
RALEIGH, NC 27609

CREDITOR ID: 263385-12
TOWN COUNTRY REALTY
OF EASLEY - STORE 1223
PO BOX 1929
EASLEY, SC 29641-1929

CREDITOR ID: 268845-31
TOWN HALL COMMONS LLC
ATTN: ED WHITE
1116 SILVER OAKS CT
RALEIGH NC 27614-9359

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 268847-31
TOWN OF ABINGDON
ATTN: MIKE MADEN
24316 VANCE MILL RD
ABINGDON VA 24212

CREDITOR ID: 268846-31
TOWN OF ABINGDON
ATTN: LARRY JOHNSON
160 A ST SE
ABINGDON VA 24210-3702

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263283-12<br>TOWN OF AMITE CITY<br>212 E OAK ST<br>PROPERTY TAX DIV<br>AMITE, LA 70422-2818 | CREDITOR ID: 263284-12<br>TOWN OF APEX<br>ATTN LAURIE L HOHE, ASST TOWN ATTY<br>PO BOX 250<br>APEX, NC 27502-0250 | CREDITOR ID: 82-03<br>TOWN OF APEX<br>PO BOX 250<br>APEX NC 27502 |
| CREDITOR ID: 263285-12<br>TOWN OF BALDWIN<br>10 US HIGHWAY 90 WEST<br>BALDWIN, FL 32234 | CREDITOR ID: 106-03<br>TOWN OF BALDWIN<br>10 US 90 WEST<br>BALDWIN FL 32234 | CREDITOR ID: 240697-06<br>TOWN OF BATESVILLE LEESVILLE<br>P O BOX 2329<br>BATESVILLE-LEESVILLE SC 29070 |
| CREDITOR ID: 268848-31<br>TOWN OF BERRYVILLE<br>ATTN: RICH RAU<br>HC 613<br>BERRYVILLE VA 22611 | CREDITOR ID: 268849-31<br>TOWN OF BLANCHERT<br>ATTN: ROBERT MCEACHERN<br>314 W ALEXANDER AVE<br>SHREVEPORT LA 71107-1919 | CREDITOR ID: 263287-12<br>TOWN OF BOONE<br>PO BOX 192<br>BOONE, NC 28607-0192 |
| CREDITOR ID: 263288-12<br>TOWN OF BOONE FIRE DEPT<br>BOONE FIRE DEPT<br>721 WEST KING STREET<br>BOONE NC 28607 | CREDITOR ID: 263289-12<br>TOWN OF CALLAHAN<br>PO BOX 5016<br>CALLAHAN, FL 32011 | CREDITOR ID: 263290-12<br>TOWN OF CARY<br>PO BOX 8049<br>CARY, NC 27512 |
| CREDITOR ID: 240700-06<br>TOWN OF CARY<br>P O BOX 449<br>CARY NC 27519-4449 | CREDITOR ID: 268850-31<br>TOWN OF CARY<br>ATTN: CECIL MARTIN<br>4900 W LAKE RD<br>APEX NC 27539-7663 | CREDITOR ID: 268851-31<br>TOWN OF CENTURY<br>ATTN: STEVE ROSS<br>7360 JEFFERSON AVE<br>CENTURY FL 32535-2845 |
| CREDITOR ID: 263291-12<br>TOWN OF CHAPIN<br>PO BOX 183<br>CHAPIN, SC 29036 | CREDITOR ID: 240703-06<br>TOWN OF CHAPIN<br>UTILITIES DEPARTMENT<br>PO BOX 418<br>CHAPIN SC 29036 | CREDITOR ID: 263293-12<br>TOWN OF CHERAW<br>PO BOX 219<br>CHERAW SC 29520 |
| CREDITOR ID: 268852-31<br>TOWN OF CHRISTIANSBURG<br>ATTN: DENNIS FISHER<br>2557 CRAB CREEK RD<br>CHRISTIANSBURG VA 24073-6431 | CREDITOR ID: 263294-12<br>TOWN OF CLARKSVILLE, VA<br>ATTN WENDY N FEILD, TOWN CLERK<br>PROPERTY TAX<br>PO BOX 1147<br>CLARKSVILLE, VA 23970-2619 | CREDITOR ID: 263297-12<br>TOWN OF CLAYTON (NC)<br>PO BOX 879<br>CLAYTON, NC 27520-0879 |
| CREDITOR ID: 263298-12<br>TOWN OF CORYDON<br>113 N OAK STREET<br>CORYDON, IN 47112-1123 | CREDITOR ID: 268854-31<br>TOWN OF CULPEPER<br>ATTN: JAMES HUST<br>15108 KEYSER RD<br>CULPEPER VA 22701-2549 | CREDITOR ID: 268853-31<br>TOWN OF CULPEPER<br>ATTN: CHUCK STEVENSON<br>118 W DAVIS ST<br>CULPEPER VA 22701-3018 |
| CREDITOR ID: 263299-12<br>TOWN OF DALLAS<br>210 N HOLLAND STREET<br>DALLAS, NC 28034 | CREDITOR ID: 259-03<br>TOWN OF DALLAS<br>131 NORTH GASTON STREET<br>DALLAS NC 28034 | CREDITOR ID: 263302-12<br>TOWN OF DAVIE<br>ATTN: CUSTOMER SERVICE<br>6591 ORANGE DR<br>DAVIE, FL 33314 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265-03<br>TOWN OF DAVIE<br>PO BOX 5917<br>DAVIE FL 33310 | CREDITOR ID: 240710-06<br>TOWN OF DAVIE<br>ATTN OCCUPATIONAL LICENSES<br>P O BOX 5917<br>DAVIE FL 33310-5917 | CREDITOR ID: 240708-06<br>TOWN OF DAVIE<br>1230 SOUTH NOB HILL ROAD<br>DAVIE FL 33324 |
| CREDITOR ID: 268855-31<br>TOWN OF DAVIE<br>ATTN: DENNIS ANDRESKY<br>3800 SW 92ND AVE<br>FORT LAUDERDALE FL 33328-6801 | CREDITOR ID: 263305-12<br>TOWN OF DUNDEE<br>PO BOX 1000<br>DUNDEE, FL 33838-1000 | CREDITOR ID: 263304-12<br>TOWN OF DUNDEE<br>OCCUPATIONAL TAX OFFICE<br>135 MAIN STREET<br>DUNDEE, FL 33838 |
| CREDITOR ID: 263306-12<br>TOWN OF EDENTON<br>ATTN DARLENE CARTER OR AM KNIGHTON<br>PO BOX 300<br>EDENTON, NC 27932-0300 | CREDITOR ID: 263282-12<br>TOWN OF ELIZABETHTOWN, NC<br>PO BOX 716<br>ELIZABETHTOWN, NC 28337 | CREDITOR ID: 263308-12<br>TOWN OF ELKIN<br>PO BOX 857<br>ELKIN, NC 28621-3435 |
| CREDITOR ID: 318-03<br>TOWN OF ELKIN<br>226 N. BRIDGE STREET<br>ELKIN NC 28621 | CREDITOR ID: 334-03<br>TOWN OF FARMVILLE<br>DRAWER 368<br>FARMVILLE VA 23901 | CREDITOR ID: 318485-42<br>TOWN OF FARMVILLE<br>PO BOX 368<br>FARMVILLE, VA 23901-0368 |
| CREDITOR ID: 263313-12<br>TOWN OF FLOWER MOUND<br>2121 CROSS TIMBERS RD<br>FLOWER MOUND, TX 75028 | CREDITOR ID: 355-03<br>TOWN OF FLOWER MOUND<br>2121 CROS TIMBERS ROAD<br>FLOWER MOUND TX 75028 | CREDITOR ID: 249937-12<br>TOWN OF FOREST CITY<br>PO BOX 728<br>FOREST CITY, NC 28043 |
| CREDITOR ID: 358-03<br>TOWN OF FOREST CITY, NC<br>ATTN F PRUETT WALDEN, FIN DIR<br>128 N POWELL STREET<br>FOREST CITY NC 28043 | CREDITOR ID: 263315-12<br>TOWN OF FORT MILL<br>PO BOX 159<br>FORT MILL, SC 29715-0159 | CREDITOR ID: 3078-04<br>TOWN OF FORT MILL<br>FORT MILL SC 29716 |
| CREDITOR ID: 263318-12<br>TOWN OF FRANKLIN<br>70 WEST MAIN STREET<br>FRANKLIN, NC 28734-3006 | CREDITOR ID: 375-03<br>TOWN OF FRANKLIN<br>188 W. MAIN STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 263320-12<br>TOWN OF FRANKLINTON<br>301 11TH STREET<br>FRANKLINTON, LA 70438-1146 |
| CREDITOR ID: 240720-06<br>TOWN OF FRANKLINTON<br>301 11TH AVENUE<br>PROPERTY TAX<br>FRANKLINTON LA 70438-1146 | CREDITOR ID: 384397-47<br>TOWN OF FUQUAY VARINA<br>ATTN: JANE SHOWERMAN, COLL SPEC<br>401 OLD HONEYCUTT RD<br>FUQUAY VARINA, NC 27526 | CREDITOR ID: 405722-95<br>TOWN OF FUQUAY VARINA<br>1300 EAST ACADAMY ST<br>FUQUAY VARINA NC 27526 |
| CREDITOR ID: 382-03<br>TOWN OF FUQUAY-VARINA<br>401 OLD HONEYCUTT RD<br>FUQUAY-VARINA NC 27526 | CREDITOR ID: 263323-12<br>TOWN OF GRAMERCY TAX COLLECTOR<br>PO DRAWER 340<br>PROPERTY TAX<br>GRAMERCY LA 70052 | CREDITOR ID: 263325-12<br>TOWN OF GRANITE FALLS<br>PO BOX 10<br>GRANITE FALLS, NC 28630-0010 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240722-06<br>TOWN OF GRANITE QUARRY<br>PO BOX 351<br>GRANITE QUARRY NC 28072-0351 | CREDITOR ID: 3079-04<br>TOWN OF GREENVILLE<br>ATTN: BOE BIRD<br>708 WEST SUMMER STREET<br>GREENVILLE TN 37743 | CREDITOR ID: 318490-42<br>TOWN OF GREENVILLE<br>200 NORTH COLLEGE STREET<br>GREENEVILLE TN 37745-5091 |
| CREDITOR ID: 263329-12<br>TOWN OF HAMPTON<br>ATTN: LYNN SANDERS, TOWN CLERK/TREA<br>WATER DEPT<br>608 FIRST ST WEST<br>HAMPTON, SC 29924 | CREDITOR ID: 240724-06<br>TOWN OF HAMPTON<br>608 FIRST STREET WEST<br>PROPERTY TAX<br>HAMPTON SC 29924 | CREDITOR ID: 263331-12<br>TOWN OF HAW RIVER<br>PO BOX 103<br>HAW RIVER, NC 27258-0103 |
| CREDITOR ID: 263332-12<br>TOWN OF HILDEBRAN<br>GENERAL DELIVERY<br>PO BOX 87<br>HILDEBRAN, NC 28637-9999 | CREDITOR ID: 263334-12<br>TOWN OF HILLIARD<br>ATTN CYNTHIA PURVIS OR LISA PURRIS<br>PO BOX 249<br>HILLIARD, FL 32046-0249 | CREDITOR ID: 465-03<br>TOWN OF HILLIARD<br>PO BOX 249<br>HILLIARD FL 32046 |
| CREDITOR ID: 476-03<br>TOWN OF HOPE MILLS<br>3701 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 263336-12<br>TOWN OF HURT<br>PO BOX 26543<br>HURT, VA 24563-0760 | CREDITOR ID: 268856-31<br>TOWN OF JACKSON<br>ATTN: TODD ETEREGTE<br>106 MAIN ST<br>JACKSON SC 29831-2616 |
| CREDITOR ID: 268857-31<br>TOWN OF JEFFERSON<br>ATTN: MERIDETH BALLOU<br>879 DON WALTERS RD<br>JEFFERSON NC 28640-9168 | CREDITOR ID: 268858-31<br>TOWN OF JONESBORO<br>ATTN: DONALD DAVIS<br>340 CEDAR ST<br>JONESBORO LA 71251-2534 | CREDITOR ID: 268859-14<br>TOWN OF JONESVILLE TREASURER<br>ATTN: NATALIE SPENCER<br>149 PACOLET ST<br>JONESVILLE SC 29353-1605 |
| CREDITOR ID: 263338-12<br>TOWN OF JUPITER<br>WATER SYSTEMS<br>PO DRAWER 8900<br>JUPITER, FL 33468-8900 | CREDITOR ID: 518-03<br>TOWN OF JUPITER<br>PO BOX 8900<br>JUPITER FL 33468 | CREDITOR ID: 240728-06<br>TOWN OF KILLEN<br>P O BOX 27<br>KILLEN AL 35645 |
| CREDITOR ID: 263340-12<br>TOWN OF KILMARNOCK<br>PO BOX 1357<br>KILMARNOCK, VA 22482-1357 | CREDITOR ID: 263341-12<br>TOWN OF KNIGHTDALE<br>ATTN PAULA SPENCE<br>950 STEEPLE SQUARE CT<br>KNIGHTDALE, NC 27545 | CREDITOR ID: 539-03<br>TOWN OF LADY LAKE<br>225 WEST GUAVA STREET<br>LADY LAKE FL 32159 |
| CREDITOR ID: 240730-06<br>TOWN OF LADY LAKE<br>409 FENNELL BLVD<br>LADY LAKE FL 32159 | CREDITOR ID: 263343-12<br>TOWN OF LAKE PLACID<br>ATTN JACQUELINE HAYNES<br>51 PARK DRIVE<br>LAKE PLACID, FL 33852 | CREDITOR ID: 263344-12<br>TOWN OF LANDIS<br>PO BOX 8165<br>LANDIS, NC 28088-8165 |
| CREDITOR ID: 548-03<br>TOWN OF LANDIS<br>ATTN:  DEBBIE GOODMAN<br>PO BOX 8165<br>LANDIS NC 28088 | CREDITOR ID: 263346-12<br>TOWN OF LANTANA<br>ATTN STEPHEN KAPLAN<br>500 GREYNOLDS CIRCLE<br>LANTANA, FL 33462-4544 | CREDITOR ID: 268860-31<br>TOWN OF LEESBURG<br>ATTN: STEVE CAWTHRON<br>1391 E MARKET ST<br>LEESBURG VA 20176-4451 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268861-31<br>TOWN OF LIVINGSTON<br>ATTN: WAYNE PEEK<br>E MAIN ST<br>LIVINGSTON TN 38570 | CREDITOR ID: 268862-31<br>TOWN OF LOGANSPORT<br>ATTN: REX CLARK<br>110 WATER PLANT RD<br>LOGANSPORT LA 71049 | CREDITOR ID: 263347-12<br>TOWN OF LOUISBURG<br>110 W NASH ST<br>LOUISBURG, NC 27549 |
| CREDITOR ID: 263348-12<br>TOWN OF MADISON<br>120 N MARKET STREET<br>MADISON, NC 27025 | CREDITOR ID: 268863-31<br>TOWN OF MAGGIE VALLEY INC<br>ATTN: NIEL CARPENTER<br>45 WATER PLANT RD<br>MAGGIE VALLEY NC 28751 | CREDITOR ID: 397818-75<br>TOWN OF MANGONIA PARK WATER UTILITY DEPT<br>1755 E TIFFANY DRIVE<br>MANGONIA PARK, FL 33407 |
| CREDITOR ID: 240737-06<br>TOWN OF MIAMI LAKES<br>6851 MAIN STREET<br>MIAMI LAKES FL 33014 | CREDITOR ID: 263352-12<br>TOWN OF MILLPORT<br>PO BOX M<br>MILLPORT AL 35576 | CREDITOR ID: 268864-31<br>TOWN OF MOORESVILLE<br>ATTN: TIM BROWN<br>201 N CHURCH ST STE C<br>MOORESVILLE NC 28115-2505 |
| CREDITOR ID: 263353-12<br>TOWN OF N WILKESBORO<br>WATER DEPT<br>PO BOX 218<br>N WILKESBORO, NC 28659 | CREDITOR ID: 645-03<br>TOWN OF NORTH WILKESBORO<br>801 MAIN STREET<br>NORTH WILKESBORO NC 28659 | CREDITOR ID: 3080-04<br>TOWN OF NORTH WILKESBORO<br>ATTN: MR. BAUGESS<br>TOWN HALL<br>NORTH WILKESBORO NC 28656 |
| CREDITOR ID: 240738-06<br>TOWN OF NORTH WILKESBORO<br>P O BOX 218<br>NORTH WILKESBORO NC 28659 | CREDITOR ID: 268866-14<br>TOWN OF OAK ISLAND<br>ATTN: DAVID OLES<br>4601 E OAK ISLAND DR<br>OAK ISLAND NC 28465-5211 | CREDITOR ID: 268867-31<br>TOWN OF ONEIDA<br>ATTN: JOHNNY B ACHRES<br>19922 ALBERTA ST STE 1<br>ONEIDA TN 37841-3366 |
| CREDITOR ID: 263356-12<br>TOWN OF ORANGE PARK<br>2042 PARK AVENUE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 268868-31<br>TOWN OF POLLOCK<br>ATTN: CHARLES MITCHELL<br>3814 AIRBASE RD<br>POLLOCK LA 71467 | CREDITOR ID: 263358-12<br>TOWN OF ROCKY MOUNT<br>345 DONALD AVE<br>ROCKY MOUNT, VA 24151 |
| CREDITOR ID: 241210-11<br>TOWN OF ROCKY MOUNT<br>ACCOUNT NO.: NONE<br>345 DONALD AVENUE<br>ROCKY MOUNT, VA 24151 | CREDITOR ID: 240743-06<br>TOWN OF RUTHERFORDTON<br>134 N WASHINGTON STREET<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 268870-14<br>TOWN OF RUTHERFORDTON<br>ATTN: REBA WARD<br>229 N MAINT ST<br>RUTHERFORDTON NC 28139 |
| CREDITOR ID: 268869-31<br>TOWN OF RUTHERFORDTON<br>ATTN: KEITH WARD<br>131 N WASHINGTON ST<br>RUTHERFORDTON NC 28139-2403 | CREDITOR ID: 268871-31<br>TOWN OF SAWMILLS<br>ATTN: DAVID STAMEY<br>4076 US HIGHWAY 321A<br>GRANITE FALLS NC 28630-9497 | CREDITOR ID: 268872-31<br>TOWN OF SEABORD<br>ATTN: C L CLEATON<br>102 CLAY ST<br>SEABOARD NC 27876 |
| CREDITOR ID: 268873-31<br>TOWN OF SMITHFIELD<br>ATTN: GORDON WATKINS<br>515 N 2ND ST<br>SMITHFIELD NC 27577-3994 | CREDITOR ID: 268874-31<br>TOWN OF SMYRNA<br>ATTN: CHRISTOPHER LAMBERT<br>156 SHARP SPRINGS RD<br>SMYRNA TN 37167-5323 | CREDITOR ID: 3081-04<br>TOWN OF SOUTH HILL<br>117 W ATLANTIC ST.<br>SOUTH HILL VA 23970 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240745-06<br>TOWN OF SOUTH HILL<br>211 SOUTH MECKLENBURG AVENUE<br>PROPERTY TAX<br>SOUTH HILL VA 23970-2619 | CREDITOR ID: 263366-12<br>TOWN OF STANLEY<br>PO BOX 279<br>STANLEY, NC 28164-0279 | CREDITOR ID: 268875-31<br>TOWN OF STANLEY<br>ATTN: HILL MILLER<br>107 LOLA ST<br>STANLEY NC 28164-1448 |
| CREDITOR ID: 268876-31<br>TOWN OF UNICOI<br>ATTN: KENNETH LUIS<br>3600 UNICOI DR<br>UNICOI TN 37692-6860 | CREDITOR ID: 268877-31<br>TOWN OF VALDESE<br>ATTN: DAVID COOK<br>5105 LAKEVIEW ACRES RD<br>VALDESE NC 28690-9742 | CREDITOR ID: 939-03<br>TOWN OF VILLE PLATTE<br>PO BOX 390<br>VILLE PLATTE LA 70586-0390 |
| CREDITOR ID: 384398-47<br>TOWN OF VINTON<br>ATTN BARRY W THOMPSON, TREAS<br>311 S POLLARD STREET<br>VINTON, VA 24179 | CREDITOR ID: 240749-06<br>TOWN OF VINTON<br>TREASURER<br>P O BOX 338<br>VINTON VA 24179 | CREDITOR ID: 940-03<br>TOWN OF VINTON<br>311 S POLLARD STREET<br>VINTON VA 24179 |
| CREDITOR ID: 241211-11<br>TOWN OF VINTON TREASURER<br>ACCOUNT NO.: 241230<br>311 S. POLLARD STREET<br>VINTON, VA 24179 | CREDITOR ID: 263369-12<br>TOWN OF WAKE FOREST<br>401 ELM AVE<br>WAKE FOREST, NC 27587 | CREDITOR ID: 3082-04<br>TOWN OF WAKE FOREST<br>401 ELM ST.<br>WAKE FOREST NC 27587 |
| CREDITOR ID: 948-03<br>TOWN OF WAKE FOREST<br>400 EAST ELM STREET<br>WAKE FOREST NC 27587 | CREDITOR ID: 263371-12<br>TOWN OF WALKER<br>PO BOX 217<br>DEPARTMENT OF ALCOHOL LICENSING<br>WALKER, LA 70785-0217 | CREDITOR ID: 268878-31<br>TOWN OF WALKER<br>ATTN: PRENTISS JONES<br>12923 PLEASANT RIDGE DR<br>WALKER LA 70785-8305 |
| CREDITOR ID: 240752-06<br>TOWN OF WALKERTOWN<br>PO BOX 39<br>WALKERTOWN NC 27051-0039 | CREDITOR ID: 268879-31<br>TOWN OF WALLACE<br>ATTN: PAUL PARKER<br>311 E MURPHY ST<br>WALLACE NC 28466-1926 | CREDITOR ID: 268880-31<br>TOWN OF WARRENTON<br>ATTN: BILL STODDARD<br>731 FROST AVE<br>WARRENTON VA 20186-3046 |
| CREDITOR ID: 263373-12<br>TOWN OF WAYNESVILLE<br>ATTN JAMES ROBERTSON<br>106 S MAIN ST<br>WAYNESVILLE, NC 28786-4355 | CREDITOR ID: 961-03<br>TOWN OF WAYNESVILLE<br>106 S. MAIN STREET<br>WAYNESVILLE NC 28786 | CREDITOR ID: 263374-12<br>TOWN OF WAYNESVILLE<br>280 GEORGIA AVE<br>TAX COLLECTOR<br>WAYNESVILLE, NC 28786 |
| CREDITOR ID: 268881-31<br>TOWN OF WENTWORTH<br>ATTN: DENNIS PASCHAL<br>292 NC HIGHWAY 65<br>REIDSVILLE NC 27320-8897 | CREDITOR ID: 264661-12<br>TOWN OF WEST UNION WATER DEPT<br>PO BOX 129<br>WEST UNION, SC 29696-0129 | CREDITOR ID: 263378-12<br>TOWN OF WILLIAMSTON<br>PO BOX 70<br>WILLIAMSTON, SC 29697 |
| CREDITOR ID: 973-03<br>TOWN OF WILLIAMSTON<br>ATTN JENEANE EVERETT<br>PO BOX 506<br>WILLIAMSTON NC 27892 | CREDITOR ID: 974-03<br>TOWN OF WILLIAMSTON<br>12 W. MAIN STREET<br>WILLIAMSTON SC 29697 | CREDITOR ID: 318500-42<br>TOWN OF WILLIAMSTON<br>P.O. BOX 506<br>WILLIAMSTON, NC 27892 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 991-03<br>TOWN OF ZEBULON<br>100 N. ARENDELL AVENUE<br>ZEBULON NC 27597 | CREDITOR ID: 263380-12<br>TOWN OF ZEBULON<br>100 NORTH ARENDELL AVE<br>ZEBULON, NC 27597-2899 | CREDITOR ID: 268882-31<br>TOWN OF ZEBULON<br>ATTN: KENNY WALDRIP<br>450 E HORTON ST<br>ZEBULON NC 27597-2896 |
| CREDITOR ID: 263381-12<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 | CREDITOR ID: 2630-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 | CREDITOR ID: 263383-12<br>TOWN SQUARE GRAPHICS INC<br>PO BOX 545<br>ALPHARETTA, GA 30009-0545 |
| CREDITOR ID: 263384-12<br>TOWN TALK<br>PO BOX 7558<br>ALEXANDRIA, LA 71306-0558 | CREDITOR ID: 389883-54<br>TOWN, PORGIE<br>1422 NW 51ST TERRACE<br>MIAMI, FL 33142 | CREDITOR ID: 393423-55<br>TOWN, PORGIE<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN RONALD M SIMON, ESQ<br>1001 BRICKELL BAY DRIVE STE 1200<br>MIAMI FL 33131 |
| CREDITOR ID: 315912-40<br>TOWNE PROPERTIES<br>1055 ST PAUL PLACE<br>CINCINNATI, OH 45202 | CREDITOR ID: 1940-07<br>TOWN'N COUNTRY REALTY<br>OF EASLEY - STORE 1223<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 385284-54<br>TOWNS, KATHY<br>358 COUNTY ROAD 462<br>WILDWOOD, FL 34785 |
| CREDITOR ID: 390592-55<br>TOWNS, KATHY<br>C/O ADAM L. SHAPIRO, P.L.L.C.<br>ADAM L. SHAPIRO & ASSOCIATES<br>1277 N. SEMORAN BLVD.<br>SUITE 104<br>ORLANDO FL 32807 | CREDITOR ID: 386831-54<br>TOWNS, LINDA<br>515 E. 6TH STREET<br>ADEL GA 31620 | CREDITOR ID: 263389-12<br>TOWNSEND TRUCKING<br>BOX 157  H SIMANS LANE<br>FARGO GA 31631 |
| CREDITOR ID: 385885-54<br>TOWNSEND, CRAIG<br>175 DAWN LAUREN LANE<br>TALLAHASSEE, FL 32301-3415 | CREDITOR ID: 391133-55<br>TOWNSEND, CRAIG<br>C/O: JON D. CAMINEZ, ESQUIRE<br>JON D. CAMINEZ, P.A.<br>1307 JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 256245-12<br>TOWNSEND, MICHAEL M<br>3018 BAHIA AVENUE<br>HOLIDAY FL 34690-0250 |
| CREDITOR ID: 490-03<br>TOWNSHIP OF ICARD<br>PO BOX 436<br>HILDEBRAN NC 28637-0436 | CREDITOR ID: 263390-12<br>TOYA LONDON<br>3075 WOODGLENN<br>BATON ROUGE LA 70814 | CREDITOR ID: 388751-54<br>TOYLOY, MILTON E<br>6153 WASHINGTON STREET<br>HOLLYWOOD FL 33023 |
| CREDITOR ID: 263391-12<br>TOYOS DISTRIBUTOR INC<br>3082 N. W. 17 ST<br>MIAMI, FL 33125 | CREDITOR ID: 388142-54<br>TOZIA, MYRTIS<br>5008 ROUND LAKE<br>APOPKA FL 32712 | CREDITOR ID: 392378-55<br>TOZIA, MYRTIS<br>C/O DAVID MAY, ESQ.<br>DAVID MAY & ASSOC<br>159 LOOKOUT PLACE, #102<br>MAITLAND FL 32751 |
| CREDITOR ID: 262401-12<br>TP DIXON/YAZOO HERALD<br>11350 SCOTLAND RD<br>BENTON, MS 39039 | CREDITOR ID: 263392-12<br>TR DRUM & FREIGHT CO<br>3910 HIGHWAY 92 EAST<br>PLANT CITY, FL 33566 | CREDITOR ID: 263393-12<br>TRACE REGIONAL<br>PO BOX 626<br>HOUSTON MS 38851 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263394-12<br>TRACEY L FLAKES<br>11756 COLLINS CREEK DRIVE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 263395-12<br>TRACEY L HAYES<br>3748 SOUTHERLAND MILL ROAD<br>HENDERSON NC 27536 | CREDITOR ID: 263397-12<br>TRACEY MADDEN<br>704 KENNEDY DRIVE<br>ADEL GA 31620 |
| CREDITOR ID: 263398-12<br>TRACEY N HOWELL<br>1137 SUMMERFIELD DRIVE<br>CAIRO GA 39828 | CREDITOR ID: 263399-12<br>TRACI M JORDAN<br>950 POYDRAS<br>PO BOX 1394<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 916-03<br>TRACTEBEL ENERGY SERVICES<br>PO BOX 25225<br>LEIGH VALLEY PA 18002-5225 |
| CREDITOR ID: 263400-12<br>TRACY D HADNOT<br>2642 CEDAR BAY POINT<br>CASSELBERRY FL 32707 | CREDITOR ID: 263401-12<br>TRACY D ROSS<br>204 BAYARD STREET<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 263402-12<br>TRACY DRESBACH<br>4423 MERLIN CCLE<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 263403-12<br>TRACY DURIO<br>24879 HWY 1037<br>SPRINGFIELD LA 70462 | CREDITOR ID: 263404-12<br>TRACY FOSTER<br>407 VISTA DEL SOL<br>DAVENPORT FL 33896 | CREDITOR ID: 263405-12<br>TRACY PERRAULT SCHAPATONE<br>13861 CHANEL ROAD<br>JARREAU LA 70749 |
| CREDITOR ID: 377542-44<br>TRACY* DURIO<br>24879 BLOOD RIVER ROAD<br>SPRINGFIELD LA 70462 | CREDITOR ID: 268883-14<br>TRADE ACCOUNTS PAYABLE<br>ATTN: RENEE VANCE<br>4605 MAIL SERVICE CTR<br>RALEIGH NC 27699-4605 | CREDITOR ID: 263406-12<br>TRADE DIMENSIONS<br>45 DANBURY ROAD<br>WILTON CT 06897 |
| CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 382146-51<br>TRADER DISTRIBUTION<br>100 W. PLUME STREET<br>NORFOLK, VA 23510-1663 | CREDITOR ID: 384399-47<br>TRADER PUBLISHING CO<br>PO BOX 17359<br>CLEARWATER, FL 34622-0359 |
| CREDITOR ID: 263408-12<br>TRADERS HELPER<br>480 RUSSELL CHAPEL RD<br>SYLACAUGA, AL 35150 | CREDITOR ID: 405724-95<br>TRADERS HELPER<br>100 RUSSELL CHAPEL RD<br>SYLACAUGA AL 35150 | CREDITOR ID: 263409-12<br>TRADEWINDS PUBLICATIONS<br>PO BOX 1200<br>GREENWOOD, MS 38935-1200 |
| CREDITOR ID: 381587-47<br>TRADING POST (WEEKLY TO STORE 1340)<br>C/O STACY PEPPERS<br>P O BOX 6002<br>BELLEFONTAINE, MS 39737 | CREDITOR ID: 389571-54<br>TRAFFICA, EDDIE<br>1399 HIGHLAND LAKES TRAIL<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 407296-MS<br>TRAFT, KENNETH R.<br>16597 MELLEN LANE<br>JUPITER FL 33478 |
| CREDITOR ID: 315745-40<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE, FL 32223 | CREDITOR ID: 262512-12<br>TRAHAN, TANYA<br>3823 M L K BLVD # A<br>NEW ORLEANS, LA 70125 | CREDITOR ID: 263411-12<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268884-31<br>TRAILBLAZER DEVELOPMENT INSTIT<br>ATTN: GILBERT PICKENS<br>302 E REYNOLDS DR<br>RUSTON LA 71270-2817 | CREDITOR ID: 263413-12<br>TRAILER SERVICE INC<br>PO BOX 9595<br>3050 BRIMINGHAM HIGHWAY<br>MONTGOMERY, AL 36108-0012 | CREDITOR ID: 405725-95<br>TRAILER SERVICE INC<br>PO BOX 1789<br>MONTGOMERY AL 36102-1789 |
| CREDITOR ID: 263414-12<br>TRAILER TRANSIT INC<br>1120 EAST US HIGHWAY 20<br>PORTER IN 46304-4001 | CREDITOR ID: 263415-12<br>TRAILMOBILE<br>3000 CRITTENDEN DR<br>LOUISVILLE KY 40217-0548 | CREDITOR ID: 278586-24<br>TRAMMEL CROW REAL ESTATE SERVICES<br>3225 AVIATION AVENUE<br>SUITE 700<br>MIAMI FL 33133 |
| CREDITOR ID: 2631-07<br>TRAMMELL CROW COMPANY<br>ATTN: LYNN-ANN BURR<br>1801 N MILITARY TRAIL STE. 150<br>BOCA  RATON FL 33431 | CREDITOR ID: 263416-12<br>TRAN M HATHUC<br>5524 PINEHILL LANE<br>JACKSONVILLE FL 32244 | CREDITOR ID: 388700-54<br>TRAN, LAN<br>1241 ST. ANN<br>MARRERO LA 70072 |
| CREDITOR ID: 263417-12<br>TRANCENTRAL INC<br>4284 PAYSHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 263418-12<br>TRANE COMPANY<br>PO BOX 406469<br>ATLANTA, GA 30384-6469 | CREDITOR ID: 263419-12<br>TRANE MIRAMAR PARK OF COMMERCE<br>2884 CORPORATE WAY<br>MIRAMAR, FL 33025 |
| CREDITOR ID: 263420-12<br>TRANE PARTS CENTER<br>1900 28TH AVE S SUITE 200<br>HOMEWOOD AL 35209 | CREDITOR ID: 263421-12<br>TRANS AMERICA<br>PO BOX 71-4491<br>COLUMBUS OH 43271-4491 | CREDITOR ID: 263422-12<br>TRANS AMERICA LOGISTICS<br>PO BOX 640296<br>PITTSBURGH PA 15264-0296 |
| CREDITOR ID: 263423-12<br>TRANS CONTINENTAL MEATS<br>1900 EMERY ST STE 412<br>ATLANTA GA 30318 | CREDITOR ID: 263424-12<br>TRANS OCEAN PRODUCTS INC<br>350 WEST ORCHARD DR<br>BELLINGHAM, WA 98225 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O C. TIMOTHY CORCORAN III, P.A.<br>ATTN C. TIMOTHY CORCORAN III, ESQ.<br>400 N. ASHLEY DRIVE, SUITE 2540<br>TAMPA FL 33602 |
| CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS INC<br>ATTN BILL SINDLINGER VP AND COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220 | CREDITOR ID: 263425-12<br>TRANSFER MARKETING<br>ATTN ROBERT H LUBHRSZN, JR, PRES<br>1025 FRENCH RD<br>CHEEKTOWAGA NY 14227 | CREDITOR ID: 263426-12<br>TRANSFLO CORPORATION<br>PO BOX 116986<br>ATLANTA, GA 30368-6986 |
| CREDITOR ID: 263427-12<br>TRANSMONTAIGNE PRODUCT SERVICES INC<br>PO BOX 103076<br>ROSWELL GA 30076 | CREDITOR ID: 263428-12<br>TRANSMUNDO COMPANY INC<br>999 BRICKELL AVENUE<br>SUITE 1001<br>MIAMI, FL 33131 | CREDITOR ID: 263429-12<br>TRANSPLACE COM<br>PO BOX 1906<br>STUTTGART AR 72160 |
| CREDITOR ID: 263430-12<br>TRANSPLACE LOWELL AR<br>ATTN DAN PHILLIPS<br>PO BOX 90405<br>CHICAGO, IL 60696-0405 | CREDITOR ID: 405726-95<br>TRANSPLACE LOWELL AR<br>135 S LASALLE DEPT 6109<br>CHICAGO IL 60674-6109 | CREDITOR ID: 263431-12<br>TRANSPLACE TEXAS LP<br>PO BOX 90407<br>CHICAGO IL 60696-0407 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 377546-44<br>TRANSPORT CLEARING<br>P O BOX 1093<br>CHARLOTTE, NC 28201-1093 | CREDITOR ID: 263435-12<br>TRANSPORT INTERNATIONAL POOL<br>75 REMITTANCE DRIVE<br>SUITE 1333<br>DEPARTMENT 0510<br>CHICAGO, IL 60675-1333 | CREDITOR ID: 263434-12<br>TRANSPORT INTERNATIONAL POOL<br>DEPT 0536<br>75 REMITTANCE DRIVE, SUITE 1333<br>CHICAGO, IL 60675-1333 |
| CREDITOR ID: 263436-12<br>TRANSPORT SERVICE CO<br>1949 PAYPSHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 263437-12<br>TRANSPORT SERVICES INC<br>5789 W CHAPEL HILL ROAD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 263438-12<br>TRANSPORT TOPICS<br>PO BOX 182<br>CONGERS NY 10920 |
| CREDITOR ID: 268885-31<br>TRANSPORTATION ALABAMA DEPT<br>ATTN: DAN EDWARDS<br>620 14TH ST<br>TUSCALOOSA AL 35401-3468 | CREDITOR ID: 263439-12<br>TRANSPORTATION ALLIANCE BANK INC<br>PO BOX  150290<br>OGDEN UT 84415-0292 | CREDITOR ID: 263440-12<br>TRANSPORTATION CABINET<br>DIV OF TOLL FAC/CREDIT CARD SECT<br>643 TETON TRAIL<br>FRANKFORT, KY 40622 |
| CREDITOR ID: 268886-14<br>TRANSPORTATION GEORGIA DEPT<br>ATTN: JOYCE WILSON<br>1200 TRADEPORT BLVD<br>ATLANTA GA 30354-3724 | CREDITOR ID: 268887-31<br>TRANSPORTATION NC DEPT<br>ATTN: JAMES B HUNT JR<br>4142 HAYWOOD RD<br>HORSE SHOE NC 28742-9740 | CREDITOR ID: 263441-12<br>TRANSPORTATION SERVICES INC<br>16065B DOUBLE EAGLE DR<br>MORRISON CO 80465 |
| CREDITOR ID: 263442-12<br>TRANSPORTATION SOLUTIONS GROUP LLC<br>400 NORTH NOBLE STREET, SUITE 210<br>CHICAGO, IL 60622 | CREDITOR ID: 405727-95<br>TRANSPORTATION SOLUTIONS GROUP LLC<br>410 N MAY ST<br>SUITE 306<br>CHICAGO IL 60622 | CREDITOR ID: 268888-31<br>TRANSPORTION VUISAL TECH<br>ATTN: HAROLD HUMPHREY<br>2730 DA VINCI BLVD<br>DECATUR GA 30034-3116 |
| CREDITOR ID: 268889-31<br>TRANSYLVANIA SOLID WASTE INC<br>ATTN: WILL SAGER<br>500 HOWELL RD<br>BREVARD NC 28712-8250 | CREDITOR ID: 263444-12<br>TRANSYLVANIA TIMES<br>PO BOX 32<br>BREVARD, NC 28712-0032 | CREDITOR ID: 263445-12<br>TRANSYLVANIA UNIVERSITY<br>FINANCIAL AID OFFICER<br>300 N BROADWAY<br>LEXINGTON, KY 40508 |
| CREDITOR ID: 385212-54<br>TRAPANI, VINCENZO<br>5676 NORTH SHORE BLVD<br>ACWORTH, GA 30101 | CREDITOR ID: 385212-54<br>TRAPANI, VINCENZO<br>C/O KENNETH D COOPER LAW OFFICE<br>ATTN KENNETH D COOPER, ESQ<br>400 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 390520-55<br>TRAPANI, VINCENZO<br>C/O: JOSEPH M. SCIANDRA<br>JOSEPH M. SCIANDRA<br>400 S.E. 8TH STREET<br>FT. LAUDERDALE FL 33316 |
| CREDITOR ID: 268890-31<br>TRASH CAN CO 2<br>ATTN: WILLIAM BILL SCWAB<br>7779 BOONES TRL<br>LAUREL HILL FL 32567-2418 | CREDITOR ID: 397671-72<br>TRAVELERS INDEMNITY COMPANY OF ILLINOIS<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 240756-06<br>TRAVIS A HULSEY DIRECTOR<br>716 RICHARD ARRINGTON JR BLVD<br>SUITE A - 100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 263449-12<br>TRAVIS C SCOTT<br>1875 NW 92 STREET<br>MIAMI FL 33147 | CREDITOR ID: 263450-12<br>TRAVIS D BENNETT<br>827 ARLINGTON AVE NORTH<br>ST PETERSBURG FL 33701 | CREDITOR ID: 263451-12<br>TRAVIS THERIOT<br>230 KELLIE DRIVE<br>HOUMA LA 70360 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389951-54<br>TRAVIS, DAPHNE K<br>2536 BOUNDBROOK DRIVE, APT 128<br>WEST PALM BEACH, FL 33406 | CREDITOR ID: 388901-54<br>TRAVIS, JUNE<br>1191 TRULY TRAIL NW<br>BROOKHAVEN, MS 39601 | CREDITOR ID: 387897-54<br>TRAVIS, LEONARD<br>703 G STREET<br>BRUNSWICK, GA 31520-6749 |
| CREDITOR ID: 392180-55<br>TRAVIS, LEONARD<br>C/O: JAMES A. YANCEY, JR., ESQ.<br>ATTORNEY FOR PLAINTIFF<br>704 G STREET<br>BRUNSWICK GA 31520-6749 | CREDITOR ID: 393661-55<br>TRAVIS, PHILLIP<br>C/O: JEFFREY PAIGE<br>HOWES AND PAIGE<br>1941 BISHOP LANE<br>LOUISVILLE KY 40218 | CREDITOR ID: 263446-12<br>TRAV-OCEAN SERVICES INC<br>264 EAST 74TH ST<br>CUT OFF LA 70345 |
| CREDITOR ID: 263452-12<br>TRAWICK H STUBBS JR<br>CHAPTER 13 TRUSTEE<br>PO BOX 1618<br>NEW BERN, NC 28563 | CREDITOR ID: 388156-54<br>TRAWICK, NELL<br>2508 N WALNUT STREET<br>COLUMBUS GA 31909 | CREDITOR ID: 392387-55<br>TRAWICK, NELL<br>C/O: KENNETH M., JR HENSON<br>KENNETH M. HENSON<br>6501 VETERANS PKWY<br>STE 1-A<br>COLUMBUS GA 31909 |
| CREDITOR ID: 382232-51<br>TRAX SOFTWARE<br>13860 N NORTHSIGHT BLVD<br>SCOTTSDALE, AZ 85260-3654 | CREDITOR ID: 263453-12<br>TRAX SOFTWARE AND CONSULTING INC<br>7077 E MARILYN ROAD # 1<br>SCOTTSDALE AZ 85254 | CREDITOR ID: 263454-12<br>TRAX TIRE AUTO CENTER<br>3907 GOVERMENT BOULEVARD<br>MOBILE AL 36693 |
| CREDITOR ID: 263455-12<br>TRAYCO INC<br>PO BOX 404284<br>ATLANTA, GA 30384-4284 | CREDITOR ID: 405729-95<br>TRAYCO INC<br>1307 NATIONAL CEMETERY RD<br>PO BOX 950<br>FLORENCE SC 29503-0950 | CREDITOR ID: 407297-MS<br>TRAYLOR JR., WILLIAM<br>230 CEDAR RIDGE DR.<br>WETUMPKA AL 36093 |
| CREDITOR ID: 263456-12<br>TRAYLOR WOLFE ARCHITECTS INC<br>ATTN RICK TRAYLOR, PRES<br>8021 JOSHUA TREE LANE<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 390327-54<br>TRAYLOR, KYANA (MINOR)<br>350 GLENDELLA DRIVE<br>AVONDALE, LA 70094 | CREDITOR ID: 391139-55<br>TRAYLOR, KYANA (MINOR)<br>C/O LABOURDETTE LAW FIRM, LLC<br>ATTN SCOT LABOURDETTE, ESQ<br>1100 POYDRAS STREET, SUITE 2900<br>NEW ORLEANS LA 70163 |
| CREDITOR ID: 263457-12<br>TRC STAFFING SERVICES<br>PO BOX 888485<br>ATLANTA, GA 30356-0485 | CREDITOR ID: 373597-44<br>TREADWAY, ALLEN<br>NOL DIV  STORE# 1323<br>1215 GREEN GABLE DR<br>TERRY, MS 39170 | CREDITOR ID: 407298-MS<br>TREADWAY, TOMMY L<br>4428 FRAZIER CIRCLE<br>TIFTON GA 31794 |
| CREDITOR ID: 268891-31<br>TREASURE CAST RGNAL PLG CUNCIL<br>ATTN: MICHAEL J BUSHA<br>301 SE OCEAN BLVD STE 300<br>STUART FL 34994-2236 | CREDITOR ID: 382231-51<br>TREASURE COAST<br>1939 S. FEDERAL HWY<br>STUART, FL 34994 | CREDITOR ID: 2955-04<br>TREASURE COAST REFUSE<br>3905 OSLO ROAD<br>VERO BEACH FL 32968 |
| CREDITOR ID: 263458-12<br>TREASURE COAST REFUSE CORP<br>PO BOX 9001701<br>LOUISVILLE, KY 40290-1701 | CREDITOR ID: 268892-31<br>TREASURE IS CITZ RESPSBL PROGR<br>ATTN: OLIVIA COX<br>12415 GULF BLVD<br>SAINT PETERSBURG FL 33706-5013 | CREDITOR ID: 268893-14<br>TREASURER MS OFFICE STATE<br>ATTN: TATE REEVES<br>501 N WEST ST<br>JACKSON MS 39201-1001 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263464-12<br>TREASURER OF GREENVILLE<br>1750 E ATLANTIC ST RM 213<br>EMPORIA VA 23847-6584 | CREDITOR ID: 263467-12<br>TREASURER OF VIRGINIA<br>STATE CORP COMM CLERKS OFFICE<br>PO BOX 85022<br>RICHMOND VA 23285-5022 | CREDITOR ID: 377550-44<br>TREASURER SPOTSYLVANIA COUNTY<br>PO BOX 9000<br>SPOTSYLVANIA, VA 22553 |
| CREDITOR ID: 263469-12<br>TREASURER STATE OF OHIO<br>TI:31-1334820 %OHIO DEPT OF HEAL<br>PO BOX 15278 ACCTS REC UNIT<br>COLUMBUS OH 43215 | CREDITOR ID: 268894-14<br>TREASURES OFFICE<br>ATTN: MAUREEN CARPENTER<br>1834 WAKE FOREST DR<br>WINSTON SALEM NC 27106-8758 | CREDITOR ID: 397750-62<br>TREASURY DEPARTMENT<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 138<br>JACKSON  MS 39205-0138 |
| CREDITOR ID: 397749-62<br>TREASURY DEPARTMENT<br>UNCLAIMED PROPERTY DIVISION<br>25 CAPITOL STREET, ROOM 205<br>CONCORD  NH 03301 | CREDITOR ID: 268895-14<br>TREASURY FRANCHISE FUND US<br>ATTN: JACKIE COLEMAN<br>2201 BOUNDARY ST APT 312<br>BEAUFORT SC 29902-3881 | CREDITOR ID: 263470-12<br>TREATHE A MCDOWELL<br>112 GRANITE DRIVE<br>GAFFNEY SC 29340 |
| CREDITOR ID: 263471-12<br>TREE FREE<br>ATTN PETER FRIEDMAN, CFO<br>PO BOX 577<br>10 WILCOX COURT<br>MARLBOROUGH, NH 03455 | CREDITOR ID: 377844-36<br>TREE OF LIFE INC<br>ATTN: SHEILA SAGAER<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 263472-12<br>TREE OF LIFE MIDWEST<br>DEPT CH 10324<br>PALATINE, IL 60055 |
| CREDITOR ID: 263473-12<br>TREE OF LIFE SOUTH FLORIDA<br>DEPT 40195<br>ATLANTA GA 31192 | CREDITOR ID: 263474-12<br>TREE OF LIFE SOUTHEAST<br>DEPT AT 40091<br>ATLANTA, GA 31192-0091 | CREDITOR ID: 263475-12<br>TREE OF LIFE SOUTHWEST<br>PO BOX 120001<br>DEPT 0646<br>DALLAS, TX 75312-0646 |
| CREDITOR ID: 263476-12<br>TREENA HOUSER<br>498 SANDIFER ROAD<br>YORK SC 29745 | CREDITOR ID: 386519-54<br>TREHERN, MARILYN<br>5185 BARTON AGRICOLA RD<br>LUCEDALE MS 39452 | CREDITOR ID: 263477-12<br>TREMAYNE R WHYTE<br>3240 NW 173RD TERRACE<br>MIAMI FL 33056 |
| CREDITOR ID: 388040-54<br>TREMBLE, ANGELA<br>6457 FT CAROLINE RD<br>JACKSONVILLE, FL 32277 | CREDITOR ID: 392314-55<br>TREMBLE, ANGELA<br>C/O: J. SCOTT NOONEY<br>J. SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 263478-12<br>TREMCO<br>PO BOX 931111<br>CLEVELAND, OH 44193-0511 |
| CREDITOR ID: 403440-15<br>TREMCO, INC<br>ATTN MICHELLE CARY<br>3735 GREEN RD<br>BEACHWOOD OH 44122 | CREDITOR ID: 263479-12<br>TREMONT PRODUCE<br>744 NORTH DOCKWEILER ROAD<br>CORDELE, GA 31015 | CREDITOR ID: 263480-12<br>TRENDWEAR SALES CORP<br>PO BOX 23848<br>FT LAUDERDALE, FL 33307 |
| CREDITOR ID: 315913-40<br>TRENT INVESTMENTS INC<br>PO BOX 1635<br>DURANT, OK 74702 | CREDITOR ID: 386018-54<br>TRENT, JOVITA<br>5933 SOUTH OAK<br>MARRERO, LA 70072 | CREDITOR ID: 263482-12<br>TRENTON E MOORE<br>249 TRAPPER RIDGE ROAD<br>COTTONWOOD AL 36320 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263483-12<br>TRERY J ROSZELL JR<br>3001 BONKIRK DRIVE<br>DELTONA FL 32738 | CREDITOR ID: 405733-95<br>TRESA WEINHOLD<br>7820 BAYMEADOWS RD E APT 126<br>JACKSONVILLE FL 32256-4699 | CREDITOR ID: 263485-12<br>TRESS ALLURE GENERAL WIG<br>5800 NORTHWEST 163RD STREET<br>MIAMI LAKES FL 33014 |
| CREDITOR ID: 387731-54<br>TRESVANT, GREGORY<br>3102 EAST 3RD STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 263486-12<br>TREVOR MARSHALL<br>2305 MIMOSA DRIVE<br>APT C<br>ALEXANDRIA LA 71303 | CREDITOR ID: 406262-G4<br>TREX COMPANY, INC.<br>160 EXETER DRIVE<br>WINCHESTER VA 22203 |
| CREDITOR ID: 263487-12<br>TRI ANGLE ICE<br>130 PEOPLES CREEK ROAD<br>GAFFNEY, SC 29340 | CREDITOR ID: 263488-12<br>TRI CITY GLASS & MIRROR CO INC<br>115 STADIUM DR<br>EDEN, NC 27288 | CREDITOR ID: 263489-12<br>TRI CITY PAVING INC<br>139 N WASHINGTON STREET<br>RUTHERFORDTON NC 28139 |
| CREDITOR ID: 263490-12<br>TRI CITY TRADING POST<br>BOX 1002 TCAS<br>BLOUTVILLE, TN 37617 | CREDITOR ID: 263491-12<br>TRI CO ELECTRIC CO<br>PO BOX 797<br>ATMORE AL 36504 | CREDITOR ID: 263492-12<br>TRI COUNTY ELECTRIC MEMBERSHIP<br>ATTN CHARLES D SYKES, MGR<br>PO BOX 130<br>DUDLEY NC 28330-0130 |
| CREDITOR ID: 263493-12<br>TRI COUNTY LOCKSMITH<br>C/O BEIL & HAY, PA<br>ATTN CEDRIC P HAY ESQ<br>12300 US HWY 19 N<br>HUDSON FL 34667 | CREDITOR ID: 263493-12<br>TRI COUNTY LOCKSMITH<br>ATTN GRACE MESSINEE, OWNER<br>19 PLAZA STE M<br>15215 US HWY 19<br>HUDSON, FL 34667-3650 | CREDITOR ID: 263494-12<br>TRI COUNTY MOBILE TIRE REPAIR<br>210 N 18 CT<br>FT PIERCE FL 34950 |
| CREDITOR ID: 263495-12<br>TRI COUNTY PLUMBING<br>ATTN: RUBY PESNELL, OWNER<br>30934 HIGHWAY 431<br>HEFLIN, AL 36264 | CREDITOR ID: 263507-12<br>TRI- COUNTY SHOPPER<br>PO BOX 601<br>HAZLEHURST, GA 31539 | CREDITOR ID: 268896-31<br>TRI COUNTY SOLID WASTE AUTH<br>ATTN: TIM FOX<br>215 JETER ST<br>EDGEFIELD SC 29824-1133 |
| CREDITOR ID: 383199-52<br>TRI DATA PROCESSING CENTER<br>PO BOX 1513<br>LANTHAM MD 20703 | CREDITOR ID: 382856-51<br>TRI DELTA CORP.<br>208 COUGAR CT.<br>HILLSBOROUGH, NJ 08844 | CREDITOR ID: 395746-65<br>TRI DIM FILTER CORP.<br>1305 SE DIXIE HWY, SUITE F<br>STUART, FL 34994 |
| CREDITOR ID: 384400-47<br>TRI EAGLE DISTRIBUTING<br>PO BOX 2128<br>TALLAHASSEE, FL 32304 | CREDITOR ID: 263497-12<br>TRI PEEK INTERNATIONAL INC<br>390 BRADWICK DRIVE<br>CONCORD ON L4K 2W4<br>CANADA | CREDITOR ID: 263498-12<br>TRI POWER MARKETING<br>PO BOX 976<br>CALLAHAN, FL 32011 |
| CREDITOR ID: 263499-12<br>TRI STATE AUTO DOORS<br>PO BOX 6897<br>JACKSON MS 39282 | CREDITOR ID: 263500-12<br>TRI STATE DELIVERY INC<br>C/O TRANPORTATION ALLIANCE BANK<br>PO BOX 150290<br>OGDEN UT 84414-9902 | CREDITOR ID: 263501-12<br>TRI STATE EMPLOYMENT SERVICES INC<br>160 BROADWAY 15TH  FL<br>NEW YORK, NY 10038 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 263502-12
TRI STATE JUICE
201 MILFORD PKW
MILFORD, OH 45150

CREDITOR ID: 263503-12
TRI STATE LOCK & SAFE INC
419 WEST 3RD STREET
TIFTON, GA 31794

CREDITOR ID: 405734-95
TRI STATE TRADING
PO BOX 65223
CHARLOTTE NC 28265-0223

CREDITOR ID: 263505-12
TRI STATE WHOLESALE
ATTN DAVID A RICHARDS, PRES
PO BOX 7658
MOBILE AL 36670-0658

CREDITOR ID: 382230-51
TRIAD BUSINESS SOLUTIONS
1040 E WENDOVER AVENUE
GREENSBORO, NC 27405

CREDITOR ID: 263514-12
TRIAD BUSINESS SOLUTIONS
PO BOX 790448
ST LOUIS, MO 63179-0448

CREDITOR ID: 269366-16
TRIAD FOODS GROUP
ATTN:  JOHN LUCAS
191 WAUKEGAN ROAD
NORTHFIELD, IL 60093

CREDITOR ID: 263515-12
TRIAD SUPPLY
3702A BOREN DR
GREENSBORO NC 27407

CREDITOR ID: 263516-12
TRIALGRAPHIX
PO BOX 370732
MIAMI FL 33137

CREDITOR ID: 263517-12
TRIANGLE ENTERTAINMENT AGENCY
3639 ALLENDALE DRIVE
SUITE B
RALEIGH NC 27604-2505

CREDITOR ID: 263518-12
TRIANGLE FIRE EXT SALES
832-101 PURSER DR
RALEIGH NC 27603

CREDITOR ID: 263519-12
TRIANGLE ICE CO
PO BOX 90518
RALEIGH NC 27675-0000

CREDITOR ID: 263520-12
TRIANGLE IV LLLP
MARK PROPERTIES INC
26 PARK PLACE WEST 2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 1943-07
TRIANGLE IV LLLP
MARK PROPERTIES INC
26 PARK PLACE WEST 2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 263521-12
TRIANGLE PACKAGE MACHINERY CO
DEPT 77-6126
CHICAGO, IL 60678-6126

CREDITOR ID: 381652-47
TRIANGLE PRIMARY CARE
12255 CAPITOL BLVD
WAKE FOREST, NC 27587

CREDITOR ID: 263522-12
TRIANGLE SAFE & LOCK INC
1210 AUGUSTA ROAD
WEST COLUMBIA, SC 29169-6319

CREDITOR ID: 263523-12
TRIANGLE V III LP
26 PARK PLACE WEST 2ND FLOOR
ATTN KATHERINE WIDMARK
MORRISTOWN NJ 07960

CREDITOR ID: 263524-12
TRIANGLE WHOLESALE
PO BOX 9457
COLUMBUS, GA 31908

CREDITOR ID: 268898-14
TRIBAL GAMING COMMISSION
ATTN: PATRICK LAMBERT
776 CASINO DR
CHEROKEE NC 28719-9761

CREDITOR ID: 404011-15
TRIBUNE COMPANY DBA
ORLANDO SENTINEL
ATTN CAROL LIOTTA
435 N MICHIGAN AVE, 3RD FL
CHICAGO IL 60611

CREDITOR ID: 262907-12
TRIBUNE, THE
600 EDWARDS RD
FT PIERCE, FL 34982

CREDITOR ID: 269367-16
TRICARE MANAGEMENT ACTIVITY
16401 EAST CENTRETECH PARKWAY
AURORA, CO 80011-9043

CREDITOR ID: 269368-16
TRICARE SOUTHWEST
PO BOX 8997
MADISON, WI 53708-8997

CREDITOR ID: 263508-12
TRI-CITY BEVERAGE CORP
714 ROLLING HILLS DR
JOHNSON CITY, TN 37604-7264

CREDITOR ID: 918-03
TRI-COUNTY ELECTRIC MEMBER CORP
HIGHWAY 117 SOUTH
PO BOX 130
DUDLEY NC 28333

CREDITOR ID: 263509-12
TRI-COUNTY LOCK AND KEY
ATTN GEORGE R SMYTHE, OWNER
625 NW BISCAYNE DRIVE
PORT ST LUCIE, FL 34983

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 919-03
TRI-COUNTY SQUARE
6200 CRESTWOOD STATION
CRESTWOOD KY 40014

CREDITOR ID: 395747-65
TRI-COUNTY STRIPING & SWEEPER SVCES
ATTN MAX C STUDSTILL, OWNER
PO BOX 301
CENTERVILLE, GA 31028

CREDITOR ID: 263525-12
TRIDENT SEAFOOD
PO BOX 952517
ST LOUIS, MO 63195-2517

CREDITOR ID: 405736-95
TRIDENT SEAFOOD
5303 SHILSHOLE AVE NW
SEATTLE WA 98107-4000

CREDITOR ID: 279077-32
TRIDENT SEAFOODS CORP
ATTN PATRICIA K SINGER, CR MGR
5303 SHILSHOLE AVE NW
SEATTLE WA 98107

CREDITOR ID: 263526-12
TRIDENT SUPPLY CO
1180 LANE AVE N
JACKSONVILLE, FL 32254

CREDITOR ID: 263510-12
TRI-DIM FILTER CORP
ATTN JOHN BUZZY, AR SUPERV
PO BOX 466
LOUISA, VA 23093

CREDITOR ID: 407457-97
TRI-DIM FILTER CORPORATION
ATTN: ALEKS KUPCIS, VP OF FINANCE
93 INDUSTRIAL DRIVE
LOUISA VA 23093

CREDITOR ID: 279133-32
TRI-EAGLE SALES
ATTN:  MICHAEL SMERENOFF,
FINANCE DIRECTOR
3420 WEST THARPE STREET
TALLAHASSEE FL 32303

CREDITOR ID: 279182-34
TRI-EAGLE SALES
3420 W THARPE STREET
TALLAHASSEE FL 32303

CREDITOR ID: 399806-84
TRIFONOV, EMBER
4057 REMER COURT
TALLAHASSEE FL 32303

CREDITOR ID: 400267-85
TRIFONOV, EMBER
C/O P TIM HOWARD ESQUIRE
HOWARD & ASSOCIATES, P.A.
1471 TIMBERLANE RD.
STE. 115
TALLAHASSEE FL 32312

CREDITOR ID: 388942-54
TRIGG, WILNA
216 MIMOSA CIR.
HUEYTOWN, AL 35020

CREDITOR ID: 392845-55
TRIGG, WILNA
C/O BOHANAN & BELT, PC
ATTN RALPH BOHANAN, JR, ESQ
2151 HIGHLAND AVENUE, SUITE 310
BIRMINGHAM AL 35205

CREDITOR ID: 391868-55
TRIGGER, FLORENCE A
C/O: MICHAEL MATTSON
COONEY MATTSON LANCE BLACKBURN RICHARDS
PO BOX 14546
FORT LAUDERDALE FL 33302

CREDITOR ID: 387283-54
TRIGGER, FLORENCE A
3723 NW 91ST STREET
SUNRISE, FL 33351

CREDITOR ID: 392968-55
TRIGUERO, DAVID E
C/O RONALD M KOVNOT, PA
RONALD M KOVNOT, ESQ
12595 NE 7TH AVENUE
NORTH MIAMI FL 33161

CREDITOR ID: 389074-54
TRIGUERO, DAVID E
7440 SW 129 AVE
MIAMI, FL 33184

CREDITOR ID: 263527-12
TRILLIUM HEALTH CARE PRODUCTS INC
5 HERRIOTT STREET
PERTH, ON K7H35E5
CANADA

CREDITOR ID: 407299-MS
TRIMBLE, CECIL
151 REDWOOD DR.
RICHMOND KY 40475

CREDITOR ID: 407300-MS
TRIMMER, ROBERT C.
2031 NW 93RD AVE
PEMBROKE PINES FL 33024

CREDITOR ID: 263528-12
TRIM-RITE INC
135 S LASALLE ST DEPT 1711
CHICAGO IL 60674-1711

CREDITOR ID: 263529-12
TRINIDAD BENHAM CORP
DEPT 0091
DENVER, CO 80256-0091

CREDITOR ID: 405737-95
TRINIDAD BENHAM CORP
DEPT 0612
DENVER CO 80256-0091

CREDITOR ID: 279400-36
TRINIDAD BENHAM CORP
ATTN RONALD J WEIMER, CONTROLLER
3650 S YOSEMITE, SUITE 300
PO BOX 378007
DENVER  CO 80237

CREDITOR ID: 263530-12
TRINITY CAPITAL CORPORATION
PO BOX 515487
LOS ANGLES CA 90051-6787

CREDITOR ID: 381698-47
TRINITY CARTER
4914 WILSON ROAD
CHATTANOOGA, TN 37410

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 268900-31
TRINITY COMMUNITY DEV CORP
ATTN: SAMUEL HILL
1011 WILLIE PITTS JR RD
ALBANY GA 31707-5071

CREDITOR ID: 268899-31
TRINITY COMMUNITY DEV CORP
ATTN: FARNITA SAUNDERS
720 N RAILROAD ST
MONTICELLO FL 32344-2621

CREDITOR ID: 263531-12
TRINITY CONQUEROR FOOTBALL
800 HAMMOND BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 263532-12
TRINITY ELEMENTARY
242 GARY ST
ST MARTINVILLE, LA 70582

CREDITOR ID: 381322-47
TRINITY LUTHERAN CHURCH & SCHOOL
ATTN RITA FERRELL
3016 WEST VINE STREET
KISSIMEE, FL 34741-3798

CREDITOR ID: 263533-12
TRINITY LUTHERAN CHURCH OF ABITA
PO BOX 278
ABITA SPRINGS, LA 70420

CREDITOR ID: 405739-95
TRINITY LUTHERAN CHURCH OF ABITA
22139 LEVEL ST
ABITA SPRINGS LA 70428

CREDITOR ID: 263534-12
TRINITY PACKAGING CORP
ATTN: MARK A ROHDE
84 BUSINESS PARK DRIVE
ARMONK, NY 10504

CREDITOR ID: 263535-12
TRINITY TRANSPORT INC
PO BOX 220
BRIDGEVILLE DE 19933

CREDITOR ID: 263536-12
TRINITY WASTE SERVICES
PO BOX 78829
PHOENIX, AZ 85062-8829

CREDITOR ID: 263537-12
TRION INDUSTRIES
PO BOX 640764
PITTSBURGH, PA 15264-0764

CREDITOR ID: 405740-95
TRION INDUSTRIES
297 LAIRD STREET
WILKES BARRE PA 187026997

CREDITOR ID: 268901-31
TRION WASTE WATER TREATMENT
ATTN: JEFF LOWRANCE
15131 HIGHWAY 27
TRION GA 30753-1146

CREDITOR ID: 263538-12
TRIPLE B FOODS INC
9304 FOREST LANE
SUITE 275N
DALLAS TX 75243

CREDITOR ID: 263539-12
TRIPLE D SWEEPING
ATTN EDWARD D SMITH, OWNER
1608 PALMETTO TRAIL NW
BROOKHAVEN, MS 39601

CREDITOR ID: 263540-12
TRIPLE H SPECIALTY CO INC
NASHVILLE BRANCH
PO BOX 818
HAZLEHURST, GA 31539-0808

CREDITOR ID: 384401-47
TRIPLE K ELECTRIC
2727 HIGHWAY 277
VERNON, FL 32462

CREDITOR ID: 263541-12
TRIPLE M TRUCKING INC
620 EAST 4TH STREET
RUSSELLVILLE AR 72801

CREDITOR ID: 263542-12
TRIPLE S INC
1920-H STARITA RD
CHARLOTTE NC 28206

CREDITOR ID: 263543-12
TRIPLE T CONSTRUCTION
ATTN DEXTER TILL, PRES
2113 HIGHWAY 43 N
PELAHATCHIE, MS 39145

CREDITOR ID: 263544-12
TRIPLE T TRANSPORT INC
ATTN: DARIN PUPPEL, CONTROLLER
PO BOX 649
LEWIS CENTER, OH 43035

CREDITOR ID: 397672-72
TRIPLE V, INC. (AWG)
TTN: EL VOWELL
403 S CHURCH
LOUISVILLE, MS 39339

CREDITOR ID: 263545-12
TRIPLETT AND COFFEY INC
204 JEFFERSON RD PO BOX 1640
BOONE, NC 28607

CREDITOR ID: 407301-MS
TRIPP, BOBBY B.
1708 HICKORY RIDGE DRIVE
WAXHAW, NC 28173

CREDITOR ID: 263546-12
TRIPTOW ENTERPRISES INC
DBA ON SITE WHEEL ALIGNMENT OF FLA
1005 W STATE ROAD 84 #201
FT LAUDERDALE, FL 33315

CREDITOR ID: 268897-31
TRI-SOLUTIONS LLC
ATTN: LINDA CLUKEY
529 W 24TH ST STE 50
NORFOLK VA 23517-1206

CREDITOR ID: 263548-12
TRISTAR MARKETING & DIST.
22 SEASCAPE VILLAGE
APTOS CA 95003

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395466-64<br>TRI-STATE<br>QUINE & ASSOCIATES<br>PO BOX 833009<br>BYRAM, MS 39272 | CREDITOR ID: 263511-12<br>TRI-STATE COMMERCIAL ASC<br>PO BOX 833009<br>QUINE & ASSOCIATES<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 278587-24<br>TRI-STATE COMMERCIAL ASSOC. J.V.<br>C/O QUINE & ASSOCIATES INC.<br>301 SOUTH SHERMAN ST. STE 100<br>RICHARDSON TX 75081 |
| CREDITOR ID: 1942-RJ<br>TRI-STATE COMMERCIAL ASSOCIATION<br>QUINE & ASSOCIATES<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 278672-24<br>TRI-STATE COMMRCIAL ASSOC J.V.<br>ZETTLER-SULLIVAN ENTERPRISES INC.<br>528 SOUTH SAGINAW<br>SAGINAW TX 76179 | CREDITOR ID: 377554-44<br>TRI-STATE TRADING<br>PO BOX 530111<br>DEPT NC 00072<br>ATLANTA, GA 30353-0111 |
| CREDITOR ID: 263549-12<br>TRITECH FIELD ENGINEERING INC<br>600 CENTRAL AVENUE EAST<br>EDGEWATER MD 21037 | CREDITOR ID: 263550-12<br>TRITEST INC<br>PO BOX 33190<br>RALEIGH, NC 27636-3190 | CREDITOR ID: 263512-12<br>TRI-TRONICS CO INC<br>PO BOX 25135<br>TAMPA FL 33622-5135 |
| CREDITOR ID: 263513-12<br>TRI-TRONICS LTD<br>1209 BAKER ROAD SUITE 203<br>VIRGINIA BEACH, VA 23455 | CREDITOR ID: 263551-12<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN, NC 28334 | CREDITOR ID: 2632-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN, NC 28334 |
| CREDITOR ID: 263552-12<br>TRM CORPORATION<br>5208 NE 122ND AVE<br>PORTLAND, OR 97203 | CREDITOR ID: 389882-54<br>TROCHEZ, ALBA<br>770 NW 35TH AVENUE<br>MIAMI, FL 33125 | CREDITOR ID: 393422-55<br>TROCHEZ, ALBA<br>C/O MANDINA & ASSOCIATES PA<br>ATTN JOSEPH J MANDINA, ESQ<br>TOWER 3, SUITE 1847<br>825 BRICKELL BAY DRIVE<br>MIAMI FL 33131 |
| CREDITOR ID: 397936-76<br>TROIANI, JEANNINE<br>1052 SHADY LANE,<br>CRYSTAL SPRINGS, MS 39059 | CREDITOR ID: 407302-MS<br>TROMBLEY, JON<br>2308 KEATON CHASE DR.<br>ORANGE PARK FL 32003 | CREDITOR ID: 262910-12<br>TROPHY CENTER, THE<br>339 PARK STREET<br>JACKSONVILLE, FL 32204 |
| CREDITOR ID: 263553-12<br>TROPHY SHOPPE<br>429 N LIME AVE<br>SARASOTA FL 34237-5124 | CREDITOR ID: 263554-12<br>TROPIC OIL COMPANY<br>ATTN STEPHEN GOREY, VP<br>10002 NW 89TH AVENUE<br>MIAMI, FL 33178-1409 | CREDITOR ID: 263555-12<br>TROPIC SUPPLY CO<br>151 NE 179 TH STREET<br>MIAMI, FL 33162 |
| CREDITOR ID: 263556-12<br>TROPICAL DEL CAMPO INC<br>ATTN: ROBERTO A WEILL<br>1424 NW 82 AVENUE<br>MIAMI, FL 33126 | CREDITOR ID: 405742-95<br>TROPICAL DEL CAMPO INC<br>1400 NW 79 AVENUE<br>MIAMI FL 33126-1610 | CREDITOR ID: 263557-12<br>TROPICAL EARTH INC<br>PO BOX 222<br>SORRENTO FL 32776-0222 |
| CREDITOR ID: 263558-12<br>TROPICAL FOOD AND PASTRY CORP<br>ATTN: FRANK CRUZ<br>565 WEST 27TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 405743-95<br>TROPICAL FOOD AND PASTRY CORP<br>4847 EAST 10TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 263559-12<br>TROPICAL ISLAND DIST INC<br>ATTN: KARLA R CRAWFORD<br>PO BOX 542734<br>MERRITT ISLAND, FL 32954 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407625-97<br>TROPICAL ISLAND DIST INC<br>ATTN: MICHAEL KILL<br>290 MILFORD PT DR<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 268902-31<br>TROPICAL RAIN PUMP IRREGATION<br>ATTN: SCOTT JOHNSON<br>300 SABAL PALM RD # A<br>NAPLES FL 34114-2548 | CREDITOR ID: 263560-12<br>TROPICAL ROOFING & SERVICE INC<br>521 INDUSTRIAL AVENUE<br>BOYNTON BEACH, FL 33426 |
| CREDITOR ID: 263561-12<br>TROPICANA PRODUCTS<br>PO BOX 643106<br>PITTSBURGH, PA 15264-3106 | CREDITOR ID: 405744-95<br>TROPICANA PRODUCTS<br>PO BOX 644038<br>PITTSBURGH PA 15264-4038 | CREDITOR ID: 389831-54<br>TROSCLAIR, KEITH<br>1214 A HWY 20<br>THIBODAUX LA 70301 |
| CREDITOR ID: 386758-54<br>TROTTER, ELWOOD<br>P.O BOX 873<br>FOREST PARK GA 30298 | CREDITOR ID: 391674-55<br>TROTTER, ELWOOD<br>C/O GEORGE & WALLACH, LLP<br>ATTN ALEX B WALLACH, ESQ<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK GA 30298-0488 | CREDITOR ID: 264798-12<br>TROTTER, WILLIAM D<br>PO BOX 98<br>GREEN POND, AL 35074 |
| CREDITOR ID: 263562-12<br>TROUP COUNTY TAX COMMISSIONER<br>900 DALLAS STREET<br>PROPERT YTAX<br>LAGRANGE GA 30240-4441 | CREDITOR ID: 318503-42<br>TROUP COUNTY TAX COMMISSIONER<br>900 DALLIS ST<br>LAGRANGE GA 30240-4441 | CREDITOR ID: 407303-MS<br>TROUT, PAUL<br>4107 LITCHFIELD DR.<br>CHESTERFIELD VA 23832 |
| CREDITOR ID: 407304-MS<br>TROUTMAN JR., ROBERT T.<br>2363 HEDRICK MILL RD.<br>LEXINGTON NC 27292 | CREDITOR ID: 263563-12<br>TROUTMAN'S BARBEQUE<br>18466 S NC HWY 109<br>DENTON, NC 27239 | CREDITOR ID: 263564-12<br>TROVER CLINIC<br>200 CLINIC DRIVE<br>MADISONVILLE KY 42431 |
| CREDITOR ID: 373697-44<br>TROXLER, ANITA JO<br>STANDING TRUSTEE<br>P O 1720<br>GREENSBORO, NC 27402-1720 | CREDITOR ID: 263565-12<br>TROY A JONES<br>712 W MAIN STREET<br>SOUTH HILL VA 23970 | CREDITOR ID: 263566-12<br>TROY ADKINS<br>414 DOE RUN<br>OWENSBORO KY 42303 |
| CREDITOR ID: 263567-12<br>TROY BELLAZER<br>1007 PERRILLOUX<br>HAMMOND LA 70403 | CREDITOR ID: 263569-12<br>TROY D SCOTT<br>195 ROSS ROAD<br>BOYD TX 76023 | CREDITOR ID: 263570-12<br>TROY J SMITH<br>734 URBANDLE STREET<br>MARRERO LA 70072 |
| CREDITOR ID: 263571-12<br>TROY KERRY<br>4452 TRUDY AVENUE<br>JEFFERSON LA 70121 | CREDITOR ID: 263572-12<br>TROY MARKETPLACE LLC<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE SUITE 101<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 1945-07<br>TROY MARKETPLACE LLC<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 101<br>DEERFIELD  BEACH, FL 33441 |
| CREDITOR ID: 263574-12<br>TROY POLK<br>5019 GOOD DRIVE<br>NEW ORLEANS LA 70127 | CREDITOR ID: 263575-12<br>TROY PUBLICATIONS INC<br>PO BOX 2153<br>DEPT 5018<br>BIRMINGHAM, AL 35287-5018 | CREDITOR ID: 263576-12<br>TROY STATE UNIVERSITY<br>FINANCIAL AID OFFICER<br>1334 ADAMS ADMIN BLDG<br>TROY, AL 36082 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 263577-12
TROY SUNSHADE CO
607 RIFFLE AVE
GREENVILLE OH 45331-1612

CREDITOR ID: 245192-12
TROYER, CHERYL L
126 SPARROW DRIVE
#17A
ROYAL PALM BEACH FL 33411

CREDITOR ID: 262404-12
TRS INC
ATTN RANDY D SUMMERS, VP
6330 SILVER STAR RD
ORLANDO, FL 32818-3119

CREDITOR ID: 263578-12
TRU GAS
PO BOX 191
CHIEFLAND, FL 32644-0191

CREDITOR ID: 386583-54
TRUAX, CLYDE
11705 WATERVIEW DRIVE #203
CHESTER VA 23831

CREDITOR ID: 263579-12
TRUCK GEN & AIR SERVICE INC
1055 PEAVY ROAD
JACKSONVILLE, FL 32254

CREDITOR ID: 405745-95
TRUCK GEN & AIR SERVICE INC
5731-4 COMMONWEALTH AVE
JACKSONVILLE FL 32254

CREDITOR ID: 263580-12
TRUCK MAX
6000 NW 77TH COURT
MIAMI, FL 33166

CREDITOR ID: 263581-12
TRUCK PARTS & SERVICE
2758 7TH STREET RD
LOUISVILLE KY 40215-2269

CREDITOR ID: 263582-12
TRUCK PARTS SPECIALISTS
3061 NW 75TH AVE
MIAMI, FL 33122

CREDITOR ID: 263583-12
TRUCK REPAIR 1
PO BOX  2853
BRANDON FL 33509-2853

CREDITOR ID: 263584-12
TRUCK SERVICE INC
PO BOX 73506
CLEVELAND, OH 44193-0002

CREDITOR ID: 405746-95
TRUCK SERVICE INC
PO BOX 5970
INDIANAPOLIS IN 46255-5970

CREDITOR ID: 263585-12
TRUCK SERVICES
PO BOX 2836
114 YORK ST NE
AIKEN SC 29802

CREDITOR ID: 263586-12
TRUCK UNLOADERS INC
PO BOX 20771
LOUISVILLE KY 40250-0771

CREDITOR ID: 263587-12
TRUCKER'S 24 HR ROAD SERVICE
6187 STEWART ST
MILTON, FL 32570

CREDITOR ID: 405747-95
TRUCKPRO
PO BOX 198663
ATLANTA GA 30384-8663

CREDITOR ID: 263588-12
TRUCKPRO, INC
ATTN MITZI CRICK, CREDIT MGR
PO BOX 2048
CORDOVA TN 38088

CREDITOR ID: 263589-12
TRUCKS INC
105 SHORT ROAD
JACKSON, GA 30233

CREDITOR ID: 263590-12
TRUDI U KOHL
306 LYTLE STREET
W PALM BEACH, FL 33405

CREDITOR ID: 263591-12
TRUDY E HAYES
6313 SAVANNAH AVENUE
CINCINNATI OH 45224

CREDITOR ID: 268903-31
TRUE LEVEL HOME IMPROVEMENT
ATTN: SEAN JONES
10970 GREENAIRE PL
RICHMOND VA 23233-2053

CREDITOR ID: 263592-12
TRUE TEMP INC
216 S 6TH ST
LEESBURG, FL 34748

CREDITOR ID: 263593-12
TRUE VINE CHRISTIAN PREPARATORY SCL
1555 W WILLOW ST
SCOTT LA 70583

CREDITOR ID: 263594-12
TRUEMARK SUPPLY
1310 PENDLETON ST
BOX 36
CINCINNATI OH 45210

CREDITOR ID: 263595-12
TRUESCENTS, LLC
ACCOUNTS RECEIVABLE DEPT 1086
PO BOX 34936
SEATTLE, WA 98124-1936

CREDITOR ID: 399373-15
TRUESCENTS, LLC
ATTN KATHERYN RIDGLEY, CFO
3131 WESTERN AV #410
SEATTLE WA 98121-1036

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263596-12<br>TRUGREEN CHEM LAWN<br>13135 MIDDLETOWN INDUSTRIAL BLVD<br>LOUISVILLE, KY 40223 | CREDITOR ID: 263599-12<br>TRUGREEN CHEMLAWN<br>PO BOX 56230<br>JACKSONVILLE, FL 32241-6230 | CREDITOR ID: 263598-12<br>TRUGREEN CHEMLAWN<br>PO BOX 488<br>FLORENCE, KY 41022 |
| CREDITOR ID: 263597-12<br>TRUGREEN CHEMLAWN<br>PO BOX 210008<br>946 PLANTATION WAY<br>MONTGOMERY AL 36121-0008 | CREDITOR ID: 263600-12<br>TRUITT BROS INC<br>PO BOX 4300-29<br>PORTLAND, OR 97208 | CREDITOR ID: 263601-12<br>TRUJILLO & SONS INC<br>1100 NW 23 STREET<br>MIAMI, FL 33127 |
| CREDITOR ID: 394185-56<br>TRUJILLO, MARIA<br>3600 N.W. 82ND TERRACE<br>SUNRISE, FL 33351 | CREDITOR ID: 268904-31<br>TRUK AWAY DISPOSAL INC<br>ATTN: RAYMOND FOGG<br>1312 RIVERVIEW DR<br>SEVIERVILLE TN 37862-2820 | CREDITOR ID: 386925-54<br>TRULL, ROSIE<br>12334 GALISPE AVENUE<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 263602-12<br>TRUMAINE LEE<br>3108 DUMAINE ST<br>NEW ORLEANS LA 70119-4004 | CREDITOR ID: 263603-12<br>TRUMAN ARNOLD COMPANIES<br>PO BOX 1481<br>TEXARKANA TX 75504 | CREDITOR ID: 385543-54<br>TRUONG, QUYEN<br>1288 LORI ANN WAY<br>COLLEGE PARK, GA 30349 |
| CREDITOR ID: 390841-55<br>TRUONG, QUYEN<br>C/O HILLMAN J. TOOMBS, ESQUIRE<br>6338 CHURCH STREET<br>RIVERDALE GA 30274 | CREDITOR ID: 263604-12<br>TRUPAR AMERICA INC<br>160 WILSON ROAD<br>BENTLEYVILLE PA 15314 | CREDITOR ID: 263605-12<br>TRUSCO MANUFACTURING CO<br>545 N W 68TH AVE<br>OCALA, FL 34482-8235 |
| CREDITOR ID: 382931-51<br>TRUST PLUS<br>6712 OLD CANTON ROAD, SUITE 5<br>RIDGELAND, MS 39157 | CREDITOR ID: 278499-24<br>TRUST, JULA<br>919 W. SECOND STREET<br>CROWLEY LA 70527-1566 | CREDITOR ID: 263606-12<br>TRUSTED TRAILER TRANSPORTS INC<br>PO BOX 92642<br>LAKELAND FL 33804-2642 |
| CREDITOR ID: 268905-14<br>TRUSTEE AND TAX COLLECTOR<br>ATTN: JOYCE LATIN<br>201 LOCUST ST STE 1P<br>MC MINNVILLE TN 37110-2110 | CREDITOR ID: 263607-12<br>TRUSTEE OF TRUST B<br>EIN 57-6150551<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1946-07<br>TRUSTEE OF TRUST B<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX  VA 22030 |
| CREDITOR ID: 263608-12<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 263609-12<br>TRUSTFILE<br>PO BOX 84327<br>BATON ROUGE LA 70884 |
| CREDITOR ID: 263610-12<br>TRUSTMARK NATIONAL BANK<br>ATTN ERIC A MILLER<br>CORPORATE ACCTS, RM 610<br>PO BOX 291<br>JACKSON, MS 39205-0291 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 | CREDITOR ID: 397155-67<br>TRUSTMARK NATIONAL BANK<br>248 E. CAPITOL<br>JACKSON, MS 39201 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278106-23<br>TRUSTMARK NATIONAL BANK<br>ATTN: GUY BOYLL<br>PO BOX 291<br>CORPORATE ACCOUNTS ROOM 610<br>JACKSON MS 39205 | CREDITOR ID: 386385-54<br>TRUSTY, BONITA<br>1930 46TH AVENUE<br>VERO BEACH FL 32966 | CREDITOR ID: 391465-55<br>TRUSTY, BONITA<br>C/O RONALD FANARO<br>GRALL, FANORO & GLENN<br>P.O. BOX 690218<br>VERO BEACH FL 32969 |
| CREDITOR ID: 383157-99<br>TRUTT & FRANSON PA<br>ATTN: ALBERT FRANSON<br>707 PENINSULAR PLACE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 263611-12<br>TRY FOODS INTERNATIONAL<br>207 SEMORAN COMMERCE PLACE<br>APOPKA FL 32703 | CREDITOR ID: 262405-12<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 384402-47<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 388812-54<br>TSAMAS, MICHAEL N<br>12903 SILVER OAK ST<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 315914-40<br>TSCA 3 LIMITED PARTNERSHIP<br>C/O QUINE & ASSOCIATES INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 269369-16<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC.<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 263613-12<br>TSCA-NB 1997 LP<br>C/O QUINE & ASSOCIATES INC<br>PO BOX 833009<br>RICHARDSON TX 75083-3009 |
| CREDITOR ID: 263614-12<br>TSCM INTERNATIONAL<br>TECHNICAL CONSULTING<br>PO BOX 372804<br>SATELLITE BEACH FL 32937-0804 | CREDITOR ID: 263615-12<br>TSG LLC<br>PO BOX 88626<br>CHICAGO, IL 60680-1626 | CREDITOR ID: 263616-12<br>TSI SOLUTIONS<br>2220 CENTRE PARK COURT<br>STONE MOUNTAIN, GA 30087 |
| CREDITOR ID: 263617-12<br>TSM SOUTH INC<br>PO BOX 2137<br>CARY NC 27512-2137 | CREDITOR ID: 2635-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK RD. STE 100<br>NEW  HYDE  PARK NY 11042 | CREDITOR ID: 2634-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE<br>NEW  HYDE  PARK NY 11042 |
| CREDITOR ID: 263618-12<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE   STE 400<br>ATLANTA, GA 30309 | CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE, SUITE 400<br>ATLANTA, GA 30309 | CREDITOR ID: 279001-99<br>TSO VOLUSIA LLC<br>C/O ARNALL GOLDEN GREGORY LLP<br>ATTN: J H KEPNER/D S LADDIN/J SMITH<br>171 17TH ST NW, STE 2100<br>ATLANTA GA 30363 |
| CREDITOR ID: 400956-91<br>TSOUKALAS, MARY H<br>1457 BROOKCLIFF DR<br>MARIETTA GA 30062 | CREDITOR ID: 263619-12<br>TTL INC<br>PO DRAWER 1128<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 387035-54<br>TUBMAN, SUSAN<br>PO BOX 28796<br>JACKSONVILLE FL 32226 |
| CREDITOR ID: 268906-31<br>TUCKASEGEE WATER & SEWER AUTH<br>ATTN: HUGH MONTGOMERY<br>1246 W MAIN ST<br>SYLVA NC 28779-5212 | CREDITOR ID: 381239-47<br>TUCKER & EVANS INC<br>ATTN: WILLIAM WILEY EVANS II, OWNER<br>PO BOX 177<br>LEESBURG, GA 31763 | CREDITOR ID: 406124-97<br>TUCKER & EVANS INC<br>ATTN: WILLIAM W EVANS, OWNER<br>148 FIRST ROAD<br>LEESBURGH GA 31763 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263620-12<br>TUCKER MEMORIAL ELEMENTARY SCHOOL<br>310 S THIRD<br>PONCHATOULA, LA 70454 | CREDITOR ID: 407518-93<br>TUCKER, CRYSTAL<br>C/O DICK GRECO, JR., ESQ.<br>MORGAN AND MORGAN, PA<br>101 E. KENNEDY BOULEVARD<br>SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 386561-54<br>TUCKER, DESHAUNDRA<br>PO BOX 315<br>METCALFE MS 38760 |
| CREDITOR ID: 391581-55<br>TUCKER, DESHAUNDRA<br>C/O: KINNEY M. SWAIN, ESQ.<br>KINNEY M SWAIN, PC<br>PO BOX 1355<br>GREENVILLE MS 38702-1355 | CREDITOR ID: 407305-MS<br>TUCKER, EDWIN M<br>47247 WISTERIA DR.<br>HAMMOND LA 70401 | CREDITOR ID: 385158-54<br>TUCKER, MARIAN<br>1603 W STEWART ST<br>DAYTON OH 45408-1738 |
| CREDITOR ID: 390507-55<br>TUCKER, MARIAN<br>C/O: FRED GANT<br>ALLBRITTON AND GANT<br>322 WEST CERVANTES STREET<br>PENSACOLA FL 32501 | CREDITOR ID: 390271-54<br>TUCKER, PATTI<br>47247 WISTERIA DR.<br>HAMMOND LA 70401 | CREDITOR ID: 259939-12<br>TUCKER, RONALD E<br>PO BOX 685<br>MARION, MS 39342 |
| CREDITOR ID: 385858-54<br>TUCKER, RONICA<br>514 ROSEMONT PARKWAY<br>ROSWELL, GA 30076 | CREDITOR ID: 391109-55<br>TUCKER, RONICA<br>C/O: DEREK D WELCH, ESQ<br>THE WELCH LAW FIRM, P.C.<br>4151 MEMORIAL DR<br>SUITE 108-C<br>DECATUR GA 30032 | CREDITOR ID: 407306-MS<br>TUCKER, ROYCE<br>717 NORTH CHAFFEE RD.<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 407307-MS<br>TUCKER, TONY A.<br>102 HONEY HORN DR.<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 263621-12<br>TUCKER-KIRBY CO<br>PO BOX 32545<br>CHARLOTTE NC 28232-2545 | CREDITOR ID: 407585-15<br>TUCKERMAN, DAVID<br>NIESEN, JANE & BRAD<br>3712 N WOODROW STREET<br>ARLINGTON VA 22207 |
| CREDITOR ID: 263622-12<br>TUFCO INDUSTRIAL FLOORING INC<br>PO BOX 730<br>APOPKA FL 32704 | CREDITOR ID: 263623-12<br>TUFF PUBLICATIONS INC<br>2301 CR 951 UNIT C<br>NAPLES, FL 34116 | CREDITOR ID: 397937-76<br>TUGGLE, MARY<br>535 W. VINEYARD ROAD<br>GRIFFIN, GA 30223 |
| CREDITOR ID: 263624-12<br>TULANE INDUSTRIAL LAUNDRY<br>ATTN J T KAEL, VP/CONTROLLER<br>PO BOX 19963<br>NEW ORLEANS, LA 70179-0963 | CREDITOR ID: 263625-12<br>TULANE PHARMACOLOGY DRUG ANAYYSIS<br>PAYMENT CENTER<br>1430 TULANE AVENUE<br>NEW ORLEANS LA 70112 | CREDITOR ID: 263626-12<br>TULANE UNIVERSITY<br>ATTN ACC PAYABLE DEPT<br>8333 MAPLE STREET<br>NEW ORLEANS, LA 70118 |
| CREDITOR ID: 395394-64<br>TULKO, ROBERT<br>8612 HAMPSHIRE GLEN DRIVE<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 263627-12<br>TULKOFF PRODUCTS INC<br>PO BOX 631399<br>BALTIMORE, MD 21263-1399 | CREDITOR ID: 389886-54<br>TULSIE, MAHADEO<br>16030 SW 108 AVE<br>MIAMI, FL 33157 |
| CREDITOR ID: 393426-55<br>TULSIE, MAHADEO<br>C/O: RUSSELL THOMPSON<br>LAW OFFICES OF RUSSELL THOMPSON<br>10340 NW 53RD STREET<br>SUNRISE FL 33351 | CREDITOR ID: 263628-12<br>TULY CORPORATION<br>3820 N.W. 32 AVE<br>MIAMI, FL 33142 | CREDITOR ID: 407308-MS<br>TUMLIN, STANLEY L.<br>1572 BENT RIVER CIRCLE<br>BIRMINGHAM AL 35216 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268907-14 | CREDITOR ID: 268908-31 | CREDITOR ID: 263629-12 |
| TUNICA CNTY ADMNISTRATORS DEPT | TUNICA COUNTY UTILITY DISTRICT | TUNICA VILLAGE PARTNERSHIP |
| ATTN: BETTY FIELDS | ATTN: RICHARD LYLES | C/O ACADIAN MANAGEMENT |
| 1052 S COURT ST | 2280 FITZGERALD BLVD | ATTN BARBARA KIZER, OWNER |
| TUNICA MS 38676-9699 | ROBINSONVILLE MS 38664 | PO BOX 1268 |
| | | MADISONVILLE, LA 70447 |
| | | |
| CREDITOR ID: 1951-07 | CREDITOR ID: 406194-99 | CREDITOR ID: 389029-54 |
| TUNICA VILLAGE PARTNERSHIP | TUNICA VILLAGE PARTNERSHIP | TUNIS, BEVERLY |
| C/O ACADIAN MANAGEMENT | C/O KIZER HOOD & MORGAN LLP | 12445 SW 144TH COURT |
| ATTN BARBARA KIZER, OWNER | ATTN: RALPH E HOOD | MIAMI, FL 33186 |
| PO BOX 1268 | 2111 QUAIL RUN DRIVE | |
| MADISONVILLE, LA 70447 | BATON ROUGE LA 70808 | |
| | | |
| CREDITOR ID: 392930-55 | CREDITOR ID: 386786-54 | CREDITOR ID: 397938-76 |
| TUNIS, BEVERLY | TUNIS, MOHAMED | TUNNELL, PENNY |
| C/O: ROBERT J. FESTERSHEIB, P. A. | 9249 GLENNWATER DR | 7192 MCCOMBS ROAD |
| ROBERT J. FENSTERSHEIB  P.A. | CHARLOTTE NC 28262 | MCCALLA, AL 35111 |
| 520 W. HALLANDALE BEACH BLVD. | | |
| HALLANDALE FL 33009 | | |
| | | |
| CREDITOR ID: 399586-82 | CREDITOR ID: 243962-12 | CREDITOR ID: 263630-12 |
| TUNSTALL, JEANINE | TUORTO, BRIAN J | TUPMAN THURLOW CO INC |
| POST OFFICE BOX 185 | 69 INNESS DRIVE | ONE OLD MILL LANE |
| REPTON  AL 36475 | TARPON SPRINGS FL 34689 | SIMSBURY, CT 06070 |
| | | |
| CREDITOR ID: 405748-95 | CREDITOR ID: 268909-31 | CREDITOR ID: 385324-54 |
| TUPMAN THURLOW CO INC | TURBEVILLE POLICE DEPT | TURCOTTE, NAOMI |
| AVON PRK SOUTH | ATTN: JAY GRAY | 562 TRADEWINDS DRIVE |
| 40 TOWER LANE | 1292 GREEN ST | DELTONA, FL 32738 |
| AVON CT 06001 | TURBEVILLE SC 29162 | |
| | | |
| CREDITOR ID: 390631-55 | CREDITOR ID: 390631-55 | CREDITOR ID: 388016-54 |
| TURCOTTE, NAOMI | TURCOTTE, NAOMI | TURK, AMANDA |
| C/O BOGIN, MUNNS & MUNNS | C/O BOGIN, MUNNS & MUNNS | 112 FOURTH ST |
| ATTN ALI CATHERINE DARIAS, ESQ | ATTN ALI CATHERINE DARIAS, ESQ | MONROE, GA 30655 |
| 770 DELTONA BLVD, SUITE C | 140 HIGHLAND AVENUE | |
| DELTONA FL 32725 | CLERMONT FL 34711 | |
| | | |
| CREDITOR ID: 392292-55 | CREDITOR ID: 263631-12 | CREDITOR ID: 268910-31 |
| TURK, AMANDA | TURKEY CREEK PORK SKINS | TURNER CREEK WATER TREATMENT |
| C/O PERRY D ELLIS, PC LAW OFFICES | PO BOX 69 | ATTN: ANDREW JARRARD |
| ATTN HENRY DE GIVE, ESQ | THOMASTON GA 30286-0069 | 179 CLAUD SIMS RD |
| 1355 PEACHTREE STREET NE, SUITE 450 | | CLEVELAND GA 30528-3968 |
| ATLANTA GA 30309 | | |
| | | |
| CREDITOR ID: 263632-12 | CREDITOR ID: 268911-31 | CREDITOR ID: 263633-12 |
| TURNER DAIRY FOODS | TURNER FAMILY LLLP | TURNER SCALE SERVICE |
| PO BOX 1000  DEPT 023 | ATTN: CARL J TURNER | ATTN JAMES H TURNER, PRESIDENT |
| MEMPHIS, TN 38148-0023 | 1615 HAMPTON DR | 581-B GEORGE TODD DRIVE |
| | FLORENCE SC 29505-3028 | MONTGOMERY AL 36117 |
| | | |
| CREDITOR ID: 389158-54 | CREDITOR ID: 389161-54 | CREDITOR ID: 393032-55 |
| TURNER, ANNA | TURNER, BRITTANY | TURNER, BRITTANY |
| 11556 BRIAR STONE PLACE | 569 CROWN OAK CENTRE DR. | C/O: MARK A. NATION, ESQUIRE |
| GULFPORT, MS 39503 | LONGWOOD, FL 32750 | THE NATION LAW FIRM |
| | | 570 CROWN OAK CENTRE DR. |
| | | LONGWOOD FL 32750 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389723-54<br>TURNER, CHRISTINE<br>47 ROSS RD<br>BRUNSWICK GA 31520 | CREDITOR ID: 393352-55<br>TURNER, CHRISTINE<br>C/O: DOUGLAS ADAMS<br>LAW FIRM OF WALTER DOUGLAS ADAMS<br>P.O. BOX 857<br>BRUNSWICK GA 31521-0857 | CREDITOR ID: 389680-54<br>TURNER, CHRISTOPHER P<br>202 1/2 EAST BROAD ST<br>SUITE A<br>EUFAULA, AL 36027 |
| CREDITOR ID: 385915-54<br>TURNER, DIANA<br>3247 TOCCA HIGHWAY<br>WESTMINSTER, SC 29693 | CREDITOR ID: 248373-12<br>TURNER, DONNA C<br>3605 HEMLOCK STREET<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 399587-82<br>TURNER, EMMA<br>2099 CAMP BROWNIES ROAD<br>SYLACAUGA AL 35151 |
| CREDITOR ID: 386137-54<br>TURNER, LAURA J<br>7633 MAYO BLVD<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 397844-76<br>TURNER, MECHELLE<br>835 15TH ST. S,<br>ST. PETE, FL 33705 | CREDITOR ID: 398042-77<br>TURNER, MECHELLE<br>ATTN: DARRYL E. ROUSAN<br>3110 FIRST AVENUE, N., SUITE 5W<br>ST. PETERSBURG, FL 33713 |
| CREDITOR ID: 269668-19<br>TURNER, MECHELLE<br>C/O DARRYL E ROUSON, ESQ<br>3110 FIRST AVENUE N, SUITE 5W<br>ST. PETERSBURG FL 33713 | CREDITOR ID: 388394-54<br>TURNER, MECHELLE R<br>3109 1ST AVENUE NORTH, SUITE 5<br>SAINT PETERSBURG, FL 33713 | CREDITOR ID: 256039-12<br>TURNER, MELLISSA<br>PO BOX 876<br>BRANFORD FL 32008 |
| CREDITOR ID: 399880-84<br>TURNER, MITCHELL<br>316 ELM ST.<br>28-C<br>ANNISTON AL 36201 | CREDITOR ID: 403365-83<br>TURNER, PADGETT, GRAHAM & LANEY, P. A.<br>17TH FLOOR, 1901 MAIN ST.<br>PO BOX 1473<br>COLUMBIA SC 29202 | CREDITOR ID: 381219-47<br>TURNER, PAMELA<br>21 VALLEY ROAD<br>TRAVELERS REST, SC 29690 |
| CREDITOR ID: 397939-76<br>TURNER, RAY<br>4323 CHEROKEE ROSE DRIVE<br>ZACHARY, LA 70791 | CREDITOR ID: 389946-54<br>TURNER, RICHARD<br>611 PONTE VEDRA LAKES BLVD<br>APT 3307<br>JACKSONVILLE, FL 32082-1248 | CREDITOR ID: 385361-54<br>TURNER, TERESA<br>1127 MCCARTLE STREET<br>HAZLEHURST, MS 39083 |
| CREDITOR ID: 390669-55<br>TURNER, TERESA<br>C/O: JAMES C. PATTON, JR., ESQUIRE<br>THE CRAWLEY LAW OFFICES<br>P. O. DRAWER 947<br>LOUISVILLE MS 39339 | CREDITOR ID: 388304-54<br>TURNER, TERRELL<br>43334 HAPPY WOODS ROAD APT #2<br>HAMMOND LA 70403 | CREDITOR ID: 407406-93<br>TURNER, THERESA<br>C/O CRAWLEY LAW OFFICES, PLLC<br>ATTN MICHAEL CRAWLEY STEELE<br>KOSCIUSKO OFFICE<br>PO BOX 1695<br>KOSCIUSKO MS 39090 |
| CREDITOR ID: 387815-54<br>TURNER, THERESA<br>1208 SE 25TH TERRACE<br>CAPE CORAL, FL 33904 | CREDITOR ID: 403198-99<br>TURNEY DUNHAM PLZ LTD PARTNERSHIP<br>C/O BRENNER KAPROSY LLP<br>ATTN: T DAVID MITCHELL<br>50 EAST WASHINGTON STREET<br>CHAGRIN FALLS OH 44022 | CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 |
| CREDITOR ID: 263634-12<br>TURQUOISE J LEWIS<br>1513 MAPLE SUGAR PLACE<br>CHARLOTTE NC 28210 | CREDITOR ID: 279054-32<br>TURTLE WAX<br>ATTN: MAUREEN ASENCIO<br>CREDIT SUPERVISOR<br>5655 WEST 73RD STREET<br>CHICAGO IL 60638-6211 | CREDITOR ID: 384403-47<br>TURTLE WAX INC<br>1386 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 263635-12
TURTLE WAX INC
5655 WEST 73RD STREET
CHICAGO, IL 60638-6211

CREDITOR ID: 405749-95
TURTLE WAX INC
PO BOX 95705
CHICAGO IL 60694-0001

CREDITOR ID: 395548-15
TURTLE WAX, INC
C/O EULER HERMES ACI, AGENT
ATTN JANET DENMAN
800 RED BROOK BOULEVARD
OWING MILLS MD 21117

CREDITOR ID: 263636-12
TUSCALOOSA COUNTY
SALES TAX
PO BOX 20738
TUSCALOOSA, AL 35402-0738

CREDITOR ID: 263637-12
TUSCALOOSA COUNTY COURTHOUSE
DORIS TURNER CIRCUIT CLERK
TUSCALOOSA AL 35401

CREDITOR ID: 263638-12
TUSCALOOSA COUNTY TAX COLLECTOR
714 GREENBORO AVENUE
SUITE 124
PROPERTY TAX
TUSCALOOSA AL 35401-1872

CREDITOR ID: 318510-42
TUSCALOOSA COUNTY TAX COLLECTOR
714 GREENSBORO AVE STE 124
TUSCALOOSA, AL 35401-1872

CREDITOR ID: 263639-12
TUSCALOOSA ELECT SUPPLY
PO BOX 3207
TUSCALOOSA AL 35403

CREDITOR ID: 240760-06
TUSCALOOSA HEALTH DEPT
PUBLIC HEALTH ANNEX ENVIRON HEALTH
P O BOX 70190
TUSCALOOSA AL 35407

CREDITOR ID: 263641-12
TUSCALOOSA NEWS INC
PO BOX 116477
ATLANTA GA 30368-6477

CREDITOR ID: 263642-12
TUSHAR R PATEL
2284 NW 37TH PL
GAINESVILLE FL 32605

CREDITOR ID: 263643-12
TUTCO INC
PO BOX 8500-7025
PHILADELPHIA PA 19178-7025

CREDITOR ID: 243344-12
TUTSON, BERNARD
POLICE MEMORIAL BUILDING
501 EAST BAY STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 263644-12
TVC WHOLESALE INC
PO BOX 730
FLORENCE AL 35631

CREDITOR ID: 262406-12
TW GARNER FOOD CO
ATTN: HAROLD GARNER, SEC/TREAS
PO BOX 75748
CHARLOTTE, NC 28275-0748

CREDITOR ID: 263645-12
TWACOMM.COM
101 MAIN STREET
3RD FLOOR
HUNTINGTON BEACH, CA 92648

CREDITOR ID: 263646-12
TWANDA MOYE
PO BOX 3095
PLANT CITY FL 33564

CREDITOR ID: 263648-12
TWANNA PENDLETON
94 PARK LANE DRIVE
QUINCY FL 32351

CREDITOR ID: 407580-15
TWAY, ROBERT R
IRA FCC AS CUSTODIAN
PO BOX 1119
MCALLEN TX 78505

CREDITOR ID: 381815-48
TWC AVIATION
10700 SHERMAN WAY
BURBANK CA 91505

CREDITOR ID: 263649-12
TWEEDS LOCKSMITH INC
601 ELM AVENUE
PORTSMOUTH VA 23704

CREDITOR ID: 263650-12
TWELTH STREET & WASHINGTON
ASSOCIATES LTD PARTNERSHIP
ATTN EVA SPERBER PORTER
8698 E SAN ALBERTO DR
SCOTTSDALE, AZ 85258-4306

CREDITOR ID: 1952-07
TWELTH STREET & WASHINGTON
ASSOCIATES LTD PARTNERSHIP
ATTN EVA SPERBER PORTER
8698 E SAN ALBERTO DR
SCOTTSDALE, AZ 85258-4306

CREDITOR ID: 268912-31
TWELVE OAKS CONSTRUCTION
ATTN: EDWARD HEAVEY
2040 SHELL RING CIR
MOUNT PLEASANT SC 29466-8543

CREDITOR ID: 406263-G4
TWENTIETH CENTURY FOX
PO BOX 900
BEVERLY HILLS CA

CREDITOR ID: 248473-12
TWIDDY, DOUGLAS A
1048 MARLIN LAKES CIRCLE
APT 20203
SARASOTA, FL 34232

CREDITOR ID: 268913-14
TWIGGS COUNTY TAX ASSESSOR
ATTN: EARL DENNARD
425 RAILROAD ST N RM 102
JEFFERSONVILLE GA 31044-3353

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263651-12<br>TWIN AIR STATEWIDE INC<br>PO BOX 20131<br>N O INTL AIRPORT<br>NEW ORLEANS LA 70141 | CREDITOR ID: 263652-12<br>TWIN CITY BAGEL INC<br>130 HARDMAN AVE S<br>SOUTH ST PAUL MN 55075 | CREDITOR ID: 263653-12<br>TWIN CITY NEWS<br>PO BOX 2529<br>BATESBURG LEESVILLE SC 29070 |
| CREDITOR ID: 263654-12<br>TWIN LAKES ACADEMY ELEMENTARY<br>8000 POINT MEADOWS DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 263655-12<br>TWIN LAKES REGIONAL MEDICAL<br>CENTER<br>910 WALLACE AVE<br>LEITCHFIELD KY 42754 | CREDITOR ID: 263656-12<br>TWIN OAK ELEMENTARY SCHOOL<br>819 TRAMNELL DR<br>BATON ROUGE, LA 70815 |
| CREDITOR ID: 923-03<br>TWIN OAKS SERVICE CORP.<br>4571 HIGHWAY 1<br>RACELAND LA 70394-2773 | CREDITOR ID: 268914-31<br>TWIN VALLEY RESOURCE CONSERVTN<br>ATTN: BENNY DOBSON<br>428 DIXIE PLZ<br>NATCHITOCHES LA 71457-5881 | CREDITOR ID: 263657-12<br>TWINS ENTERPRIZES<br>110 BROOKLINE AVENUE<br>BOSTON, MA 02215 |
| CREDITOR ID: 263658-12<br>TWIX 'N' TWEEN<br>RT 2 BOX 4E<br>BRENT, AL 35034 | CREDITOR ID: 263659-12<br>TWL INC<br>PO BOX 2229<br>PEMBROKE, NC 28372 | CREDITOR ID: 263660-12<br>TWO GUYS SPICE & SEASONING CO<br>PO BOX 2608<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 263661-12<br>TWO POINT CONVERSIONS INC<br>1800 W LARCHMONT #2W<br>CHICAGO, IL 60613 | CREDITOR ID: 405750-95<br>TWO POINT CONVERSIONS INC<br>4433 N RAVENSWOOD<br>CHICAGO IL 60640 | CREDITOR ID: 263662-12<br>TWOWAY EXPRESS CORP<br>18 LOMBARDY STREET<br>BROOKLYN NY 11222 |
| CREDITOR ID: 263663-12<br>TWT DISTRIBUTING INCORPORATED<br>DEPT NC00009<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 | CREDITOR ID: 405751-95<br>TWT DISTRIBUTING INCORPORATED<br>PO BOX 742054<br>ATLANTA GA 30374-2054 | CREDITOR ID: 263664-12<br>TWUANA MILLS<br>131 SHADY SIDE<br>MONTGOMERY AL 36105 |
| CREDITOR ID: 263665-12<br>TWYLA J MARGARA<br>10281 BONITA ROAD<br>MIAMI, FL 33157 | CREDITOR ID: 397188-67<br>TXJ COMPANIES, INC.<br>SOUTHEAST LEASING & MGMT CO<br>9210 CYPRESS GREEN DRIVE<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 263666-12<br>TXU ENERGY<br>PO BOX 660354<br>DALLAS, TX 75266-0354 |
| CREDITOR ID: 404009-15<br>TXU ENERGY RETAIL COMPANY LP<br>ATTN BANKRUPTCY DEPT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | CREDITOR ID: 924-03<br>TXU ENERGY SERVICES<br>PO BOX 360151<br>PITTSBURGH PA 15251 | CREDITOR ID: 263667-12<br>TXU GAS<br>PO BOX 650654<br>DALLAS, TX 75265-0654 |
| CREDITOR ID: 405887-15<br>TYCO ADHESIVES<br>ATTN ELAINE DAVIS<br>25 FORGE PARKWAY<br>FRANKLIN MA 02038 | CREDITOR ID: 263668-12<br>TYCO ADHESIVES<br>ATTN: ELAINE DAVIS<br>DEPT 0010450<br>PALANTINE, IL 60055-0450 | CREDITOR ID: 263669-12<br>TYCO HEALTHCARE RETAIL GROUP INC<br>BOX 223117<br>PITTSBURGH, PA 15251-2117 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405753-95<br>TYCO HEALTHCARE RETAIL GROUP INC<br>PO BOX 820570<br>PHILADELPHIA PA 19182-0570 | CREDITOR ID: 263670-12<br>TYCO PLASTICS<br>ATTN: SCOTT CHASE, DIR OF CREDIT<br>DEPT AT40355<br>ATLANTA, GA 31192-0355 | CREDITOR ID: 405754-95<br>TYCO PLASTICS<br>DEPT 0010450<br>PALANTINE IL 60055-0450 |
| CREDITOR ID: 407309-MS<br>TYJEWSKI, WILLIAM C<br>3390 CHEYENNE LN<br>JACKSONVILLE FL 32223-3267 | CREDITOR ID: 377583-44<br>TYLER BEVERAGES INC<br>P O BOX 5390<br>TYLER TX 75712 | CREDITOR ID: 263671-12<br>TYLER G ADAMS<br>526 EAGLE CIRCLE<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 263672-12<br>TYLER JONES<br>4950 KUDZU LANE<br>MORGANTON, NC 28655 | CREDITOR ID: 263673-12<br>TYLER MOUNTAIN WATER<br>PO BOX 503638<br>ST LOUIS, MO 63150-3638 | CREDITOR ID: 405756-95<br>TYLER MOUNTAIN WATER<br>PO BOX 2948<br>CHARLESTON WV 25330-2948 |
| CREDITOR ID: 263675-12<br>TYLER P KURTZ<br>3274 ALAMANCE CHURCH ROAD<br>JULIAN NC 27283 | CREDITOR ID: 263676-12<br>TYLER REFRIGERATION<br>PO BOX 93796<br>CHICAGO, IL 60673-3796 | CREDITOR ID: 263677-12<br>TYLER REFRIGERATION CORP<br>11042 WILDWOOD DR<br>OLIVE BRANCH MS 38654 |
| CREDITOR ID: 391707-55<br>TYLER, CONQUISIA (MINOR)<br>C/O DEAN LAW OFFICES<br>ATTN G DOUGLAS DEAN, ESQ<br>504 S. MAIN STREET<br>PO DRAWER 280<br>OPELOUSAS LA 70571 | CREDITOR ID: 385881-54<br>TYLER, JASMINE (MINOR)<br>60 BRANCHWOOD DR<br>COVINGTON, GA 30016 | CREDITOR ID: 391129-55<br>TYLER, JASMINE (MINOR)<br>C/O MONTLICK & ASSOCIATES, PC<br>ATTN MICHAEL RUBIN, ESQ<br>PO BOX 95406<br>ATLANTA GA 30347-0406 |
| CREDITOR ID: 392535-55<br>TYLER, TRAYON (MINOR)<br>C/O: RICHARD ALVARES ESQ<br>RICHARD D. ALVARES<br>210 VETERNS  BLVD<br>SUITE 100<br>METARIE LA 70005 | CREDITOR ID: 388439-54<br>TYLER, TRAYON (MINOR)<br>245 CAPITAL DRIVE<br>AVONDALE, LA 70094 | CREDITOR ID: 263678-12<br>TYLER'S TIRE & AUTO CENTER<br>1019 RICHLAND AVE W<br>AIKEN SC 29801 |
| CREDITOR ID: 387215-54<br>TYNER, JERRY<br>3190 US HWY 30<br>CALLAHAN, FL 32011 | CREDITOR ID: 391803-55<br>TYNER, JERRY<br>C/O: LLOYD S MANUKIAN<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 407310-MS<br>TYNER, JERRY D.<br>5501 ASPEN LANE<br>FT. WORTH TX 76112 |
| CREDITOR ID: 263680-12<br>TYRONE D COLEMAN<br>PO BOX 955<br>GOLDENROD FL 32733 | CREDITOR ID: 263681-12<br>TYRONE D LEWIS<br>C/O BONNETT<br>20 DEBEVOISE AVE #4F<br>BROOKLYN NY 11211 | CREDITOR ID: 384404-47<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 |
| CREDITOR ID: 263682-12<br>TYRONE GARDENS LLC<br>C/O ROFIN INDUSTRIES INC<br>100 RING ROAD WEST<br>SUITE 208<br>GARDEN CITY, NY 11530 | CREDITOR ID: 263684-12<br>TYRONE WILLIAM KILBY<br>8600 POLLY HILL COURT<br>WINDSOR MILL MD 21244 | CREDITOR ID: 407601-15<br>TYRONE, R KATHY<br>1 WEST STREET APT A<br>MADISON NJ 07940 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 244725-12
TYRRELL, CARY
3740 TALK DRIVE
WESLEY CHAPEL FL 33543

CREDITOR ID: 263686-12
TYSON FOODS
PO BOX 533002
ATLANTA, GA 30353-3002

CREDITOR ID: 263687-12
TYSON FOODS DRY GROCERY PRODUCTS
PO BOX 651241
CHARLOTTE, NC 28265-1241

CREDITOR ID: 279401-36
TYSON FOODS, INC
NATHAN HODNE - LEGAL DEPARTMENT
2210 WEST OAKLAWN DR
SPRINGDALE AR 72762

CREDITOR ID: 263688-12
TYSON FRESH MEATS INC
PO BOX 533019
ATLANTA, GA 30353-3019

CREDITOR ID: 405759-95
TYSON FRESH MEATS INC
800 STEVENS PORT DRIVE
DAKOTA DUNES SD 57049

CREDITOR ID: 263689-12
TYSON SIGN SYSTEMS
PO BOX 2525
MYRTLE BEACH, SC 29578-2525

CREDITOR ID: 263690-12
U P SC LTD
C/O SOUTHERN MANAGEMENT & DEV
ATTN: GAIL FINLEY
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 1954-07
U P SC LTD
C/O SOUTHERN MANAGEMENT & DEV
ATTN BILL NOVICK
401 CENTERPOINTE CIRCLE #1537
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 405760-95
U S A TODAY
8250 EXCHANGE DR
A/R
ORLANDO FL 32809

CREDITOR ID: 268916-14
U S ARMY CORPS OF ENGINEERS
ATTN: STAN WRENN
5700 WASP AVE
MILLINGTON TN 38054

CREDITOR ID: 263692-12
U S BACKHAULER
PO BOX 11513
FT WORTH TX 76110-0513

CREDITOR ID: 263693-12
U S BANK
CM-9690
ST PAUL, MN 55170-9690

CREDITOR ID: 263694-12
U S CHAMBER OF COMMERCE
PO BOX 1200
WASHINGTON DC 20013

CREDITOR ID: 268917-31
U S D A
ATTN: DONNIE GREEN
125 GORDONSVILLE HWY
CARTHAGE TN 37030-1876

CREDITOR ID: 263696-12
U S DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 4142
GREENVILLE, TX 75403-4142

CREDITOR ID: 268918-31
U S ENVRNMNTAL PROTECTION AGCY
ATTN: KEVIN KEANEY
1921 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-4504

CREDITOR ID: 263697-12
U S FILTER
PO BOX 360766
PITTSBURGH, PA 15250-6766

CREDITOR ID: 263698-12
U S INFLATABLES
1470 NW 23RD AVENUE
FT LAUDERDALE FL 33311

CREDITOR ID: 405761-95
U S MILLS INC
PO BOX 6048
SOUTHEASTERN PA 19398-6048

CREDITOR ID: 263700-12
U S PETROLON INDUSTRIAL
11442 QUEENS DR
OMAHA, NE 68164

CREDITOR ID: 263702-12
U S POSTMASTER
SHELBY STATION
2312 PRESTON ST
LOUISVILLE KY 40217-9998

CREDITOR ID: 263704-12
U S RETAIL INCOME FUND IV LP
%BVT MGMT SVCS INC
PO BOX 932260
ATLANTA GA 31193-2275

CREDITOR ID: 263705-12
U S RETAIL INCOME FUND V LP
%BVT MANAGEMENT SERVICES
PO BOX 932275
ATLANTA GA 31193-2275

CREDITOR ID: 263706-12
U S SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA GA 31193

CREDITOR ID: 382929-51
U SHARE PRESCRIPT DISC CARD
100 PARSONS POND DRIVE
FRANKLIN LAKES, NJ 07417

CREDITOR ID: 38-02
U. S. ATTORNEY'S OFFICE
ATTN: DAVID N. KELLEY
86 CHAMBERS STREET
NEW YORK NY 10007

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 316139-41
U. S. STEEL & CAREGIE PENSION FUND
114 WEST 47TH STEET, 3RD FLOOR
C/O U.S. TRUST COMPANY OF NEW
NEW YORK NY 10036-1532

CREDITOR ID: 279402-36
U.S. SMOKELESS TOBACCO BRANDS, INC
TRACY RICCIO
100 WEST PUTNAM AVE
GREENWICH  CT 06830

CREDITOR ID: 263708-12
UAB MEDICAL WEST
PO BOX 847
995 9TH AVENUE SOUTHWEST
BESSEMER, AL 35021-0847

CREDITOR ID: 263709-12
UAB SELMA FAMILY MEDICINE
1023 MED CTR PKY
SUITE 200
SELMA AL 36701

CREDITOR ID: 403514-15
UAC CORP
ATTN CHARLES BERNINS
2385 BERYLLIUM RD
SCOTCH PLAINS NJ 07076

CREDITOR ID: 263710-12
UAC CORP
PO BOX 275
MARTINSVILLE NJ 08836

CREDITOR ID: 381047-47
UAV ENTERTAINMENT CORP
P O BOX 549
FORT MILL, SC 29716

CREDITOR ID: 384405-47
UAV ENTERTAINMENT CORP
PO BOX 740093
ATLANTA, GA 30374

CREDITOR ID: 391961-55
UBAQUI, SANDRA
C/O: MATTHEW D. BAVARO, ESQUIRE
PERSONAL INJURY TRIAL GROUP LLC
2879 S. UNIVERSITY DRIVE
DAVIE FL 33328

CREDITOR ID: 387402-54
UBAQUI-DAVILA, SANDRA
5993 NW 57TH CT APT A-11
TAMARAC, FL 33319

CREDITOR ID: 387402-54
UBAQUI-DAVILA, SANDRA
C/O PERSONAL INJURY TRIAL GROUP LLC
ATTN MATTHEW BAVARO ESQ
2879 S UNIVERSITY DRIVE
DAVIE FL 33328

CREDITOR ID: 388108-54
UBELLSTEDT, MINNIE N
3154 WIGGIN LANE
CANTONMENT, FL 32533

CREDITOR ID: 263711-12
UBF FOOD SOLUTIONS UBFNA
PO BOX 533027
ATLANTA, GA 30353-3057

CREDITOR ID: 405763-95
UBF FOOD SOLUTIONS UBFNA
PO BOX 951150
DALLAS TX 75395-1150

CREDITOR ID: 382144-51
UCAC
5737 CORPORATE WAY
WEST PALM BEACH, FL 33407-2097

CREDITOR ID: 263713-12
UCAC INC
5737 CORPORATE WAY
WEST PALM BEACH FL 33407-2097

CREDITOR ID: 382142-51
UCI COMMUNICATIONS
PO BOX 1792
COLUMBIA, SC 29202

CREDITOR ID: 268919-14
UF ADMINISTRATIVE AFFAIRS
ATTN: ED POPPEL
204 TIGERT HL
GAINESVILLE FL 32611

CREDITOR ID: 388554-54
UGAZ, CAROLINA
4601 SE 5TH AVENUE
APT 101
CAPE CORAL, FL 33904

CREDITOR ID: 392626-55
UGAZ, CAROLINA
C/O: MARTHA
BERNSTEIN AND MARYANOFF, P. A.
MAGOLIS AQUILA
8125 S. W. 120 ST.
MIAMI FL 33156

CREDITOR ID: 382928-51
UHP HEALTHCARE
3405 W IMPERIAL HWY
INGLEWOOD CA 90303

CREDITOR ID: 400449-87
UHRIG , MICHAEL ALLEN (MINOR)
12503 CASCARA DRIVE S
JACKSONVILLE FL 32225

CREDITOR ID: 263715-12
UIRT SKIPPER PALMS LLC
PO BOX 01 9170
MIAMI FL 33101-9170

CREDITOR ID: 943-03
UITERRA ENERGY SERVICES
5400 NEWPORT DRIVE
ROLLING MEADOWS IL 60008-3731

CREDITOR ID: 263716-12
UK IMPORTS INC
4300 LB MCLEOD RD
ORLANDO, FL 32811

CREDITOR ID: 263717-12
ULA MAE LIFE
WENDELL CHAMBER OF COMMERCE
115 NORTH PINE STREET
WENDELL NC 27591

CREDITOR ID: 263718-12
ULINE
2200 S LAKESIDE DR
WAUKEGAN, IL 60085

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1955-07<br>ULLMANN COMPANY<br>ATTN: STANLEY P CYPHERS<br>PO BOX 419410<br>KANSAS CITY, MO 64141 | CREDITOR ID: 377593-44<br>ULTIMATE INTERNATIONAL COMMERCE USA INC<br>8256 WOODSMUIR DRIVE<br>WEST PALM BEACH, FL 33412 | CREDITOR ID: 263721-12<br>ULTIMATE LAWN CARE<br>ATTN: PAUL MINCE, OWNER<br>603 COUNTY ROAD 210<br>SYLVANIA, AL 35988 |
| CREDITOR ID: 395525-64<br>ULTIMATE SOFTWARE GROUP INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 | CREDITOR ID: 263722-12<br>ULTRA FLEX<br>PO BOX 9492<br>UNIONDALE, NY 11555-9492 | CREDITOR ID: 263723-12<br>ULTRA PET CO INC<br>4325 OLD MILL ROAD, SUITE 2C<br>ANDERSON, SC 29621 |
| CREDITOR ID: 381449-47<br>UM, KI BONG MD<br>PO BOX 625<br>ROBERSONVILLE, NC 27871 | CREDITOR ID: 395748-65<br>UNARCO<br>7968 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 263724-12<br>UNARCO INDUSTRIES INC<br>7968 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 279159-33<br>UNARCO INDUSTRIES, INC.<br>C/O FAGELHABER LLC<br>ATTN CLINTON P HANSEN, ESQ<br>55 EAST MONROE STREET, 40TH FLR<br>CHICAGO IL 60603 | CREDITOR ID: 263725-12<br>UNC SCHOOL OF PHARMACY<br>UNIVERSITY OF NORTH CAROLINA<br>CB 7360 KERR HALL<br>CHAPEL HILL, NC 27599-7360 | CREDITOR ID: 397751-62<br>UNCLAIMED PROPERTY BRANCH<br>STATE TREASURY DEPARTMENT<br>SUITE 183, CAPITOL ANNEX<br>FRANKFORT  KY 40601 |
| CREDITOR ID: 263726-12<br>UNCLAIMED PROPERTY DIVISION<br>ALABAMA STATE TREASURER<br>PO BOX 302520<br>MONTGOMERY AL 36130-2520 | CREDITOR ID: 397756-62<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 94788<br>LINCOLN  ME 68509 | CREDITOR ID: 397755-62<br>UNCLAIMED PROPERTY DIVISION<br>OFFICE OF STATE TREASURER<br>55 ELM STREET<br>HARTFORD  CT 06106 |
| CREDITOR ID: 397754-62<br>UNCLAIMED PROPERTY DIVISION<br>AUDITOR OF STATE<br>1400 W. 3RD STREET, SUITE 100<br>LITTLE  ROCK AR 72201-1811 | CREDITOR ID: 397753-62<br>UNCLAIMED PROPERTY DIVISION<br>900 JACKSON, SUITE 201<br>TOPEKA  KS 66612-1235 | CREDITOR ID: 397752-62<br>UNCLAIMED PROPERTY DIVISION<br>1560 BROADWAY, SUITE 1225<br>DENVER  CO 80202 |
| CREDITOR ID: 397757-62<br>UNCLAIMED PROPERTY UNIT<br>301 W. PRESTON STREET<br>BALTIMORE  MD 21201-2385 | CREDITOR ID: 263727-12<br>UNCLE BENS<br>PO BOX 402832<br>ATLANTA, GA 30384-2832 | CREDITOR ID: 405764-95<br>UNCLE BENS<br>ATTN HEIDI HANN<br>MASTERFOODS USA<br>800 HIGH STREET<br>HACKETTSTOEN NJ 07840 |
| CREDITOR ID: 407571-15<br>UNCLE BENS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUSTOMER MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 263728-12<br>UNCLE BOB'S SEAFOOD& VEGGS<br>359 RAGSDALE AVENUE<br>HAZLE HURST MS 39083 | CREDITOR ID: 263729-12<br>UNCLE WALLYS<br>41 NATCON DR<br>SHIRLEY, NY 11967 |
| CREDITOR ID: 263730-12<br>UNCLE WILEY'S<br>PO BOX 278<br>ASHTON, IL 61006 | CREDITOR ID: 263731-12<br>UNDERWOOD HVAC INC<br>ATTN DONNA COLE, OFF MGR<br>4450 COMMERCE DRIVE SW<br>PO BOX 43926<br>ATLANTA, GA 30336 | CREDITOR ID: 388825-54<br>UNDERWOOD, LOIS<br>P.O BOX 382<br>STONEWALL, MS 39363 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 392775-55
UNDERWOOD, LOIS
C/O MARS, MARS & CHALMERS
ATTN DANIEL F MARS, ESQ
507-A CENTER AVENUE
PO BOX 612
PHILADELPHIA MS 39350

CREDITOR ID: 390228-54
UNDERWOOD, LUCKY K
2167 B WILKERSON LOOP
MERIDIAN MS 39301

CREDITOR ID: 263732-12
UNEMPLOYMENT TAX
5050 W TENNESSEE STREET
TALLAHASSEE FL 32399-0180

CREDITOR ID: 263733-12
UNEX MANUFACTURING INC
50 PROGRESS PLACE
JACKSON, NJ 08527

CREDITOR ID: 263734-12
UNF CAREER EXPO 2004
4657 ST JOHNS BLUFF RD
SOUTH FOUNDERS HALL BLDG 2
ROOM 2086
JACKSONVILLE FL 32224

CREDITOR ID: 377594-44
UNGARINO & ECKERT LLC
3850 N CAUSEWAY BLVD
SUITE #1280
METAIRIE, LA 70002

CREDITOR ID: 279403-36
UNICO HOLDINGS, INC
CARL TSANG
1830 SECOND AVE NORTH
LAKE WORTH  FL 33461

CREDITOR ID: 263738-12
UNICO INC.
PO BOX 918954
ORLANDO, FL 32891-8954

CREDITOR ID: 405765-95
UNICO INC.
1830 SECOND AVENUE NORTH
LAKE WORTH FL 33461

CREDITOR ID: 263735-12
UNI-COM SYSTEMS INC
PO BOX 622
HICKORY, NC 28603-0622

CREDITOR ID: 263739-12
UNICOMP INC
22817 VENTURA W BLVD
#487
WOODLANDS HILLS CA 91364

CREDITOR ID: 406264-G4
UNICRU
ATTN DOUGLAS C SHAFER, CFO
9525 SW GEMINI DRIVE
BEAVERTON OR 97008

CREDITOR ID: 397334-69
UNICRU
PO BOX 49227
SAN JOSE, CA 95161-9227

CREDITOR ID: 377596-44
UNIFIRST
3029 MERCURY ROAD
JACKSONVILLE, FL 32207

CREDITOR ID: 263741-12
UNIFIRST
240 SIGNAL STREET
LAKE CHARLES, LA 70615

CREDITOR ID: 405766-95
UNIFIRST
3831 LOUISA ST
NEW ORLEANS LA 70126

CREDITOR ID: 263745-12
UNIFIRST CORPORATION
4700 DWIGHT EVANS ROAD
CHARLOTTE, NC 28217

CREDITOR ID: 263744-12
UNIFIRST CORPORATION
3766 SOUTHSIDE IND PKWY
ATLANTA GA 30354

CREDITOR ID: 263743-12
UNIFIRST CORPORATION
3029 MERCURY ROAD
JACKSONVILLE, FL 32207

CREDITOR ID: 263748-12
UNIFIRST CORPORATION
PO BOX 911526
DALLAS, TX 75391

CREDITOR ID: 263747-12
UNIFIRST CORPORATION
PO BOX 245
NEWELL NC 28126

CREDITOR ID: 263746-12
UNIFIRST CORPORATION
ATTN ROSE MOLINE
500 SW 13TH TERRACE
POMPANO BEACH, FL 33069

CREDITOR ID: 395749-65
UNIFIRST CORPORATION
PO BOX 101
FORT MYERS, FL 33902

CREDITOR ID: 263749-12
UNIFORM CODE COUNCIL INC
PO BOX 713034
COLUMBUS OH 43271-3034

CREDITOR ID: 263750-12
UNIFORM INTERMODAL INTERCHANGE AGRT
7501 GREENWAY CENTER DR  STE 720
GREENBELT MD 20770-6705

CREDITOR ID: 263751-12
UNIFOUR TRUCK & TRAILER
REPAIR INC
PO BOX 91
HICKORY NC 28603

CREDITOR ID: 263752-12
UNIFOUR URGENT CARE CENTER
1105 FAIRGROVE CHURCH ROAD
CONOVER NC 28613

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405767-95<br>UNIFRUTTI OF AMERICA<br>PO BOX 8538-220<br>PHILADELPHIA PA 19171-0220 | CREDITOR ID: 278962-30<br>UNIFRUTTI OF AMERICA<br>3460 N DELAWARE AVENUE, SUITE 302<br>PHILADELPHIA, PA 19134 | CREDITOR ID: 377597-44<br>UNILEVER<br>1 JOHN STREET<br>CLINTON, CT 06413 |
| CREDITOR ID: 278686-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN: RICHARD BELLIS, CR MANAGER<br>1 JOHNS STREET<br>CLINTON CT 06413 | CREDITOR ID: 263754-12<br>UNILEVER BEST FOODS<br>PO BOX 533027<br>ATLANTA, GA 30353-3027 | CREDITOR ID: 405768-95<br>UNILEVER BEST FOODS<br>PO BOX 75141<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 279055-32<br>UNILEVER HPC<br>ATTN:  BARBARA JACOBOWITZ, REV. MGR<br>75 MERRITT BOULEVARD<br>TRUMBULL CT 06611 | CREDITOR ID: 263755-12<br>UNILEVER HPC USA<br>1 JOHN STREET<br>CLINTON, CT 06413 | CREDITOR ID: 405769-95<br>UNILEVER HPC USA<br>ADVANTAGE SALES & MARKETING<br>ATTN DEBBIE JORDAN<br>7900 BELFORT PARKWAY SUITE #100<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 263757-12<br>UNILOY MILACRON<br>PO BOX 740440<br>ATLANTA, GA 30374-0440 | CREDITOR ID: 263756-12<br>UNILOY MILACRON<br>DP 77083 PO BOX 77000<br>DETROIT, MI 48277-0083 | CREDITOR ID: 263759-12<br>UNILOY MILACRON INC<br>ATTN LINDA SPOONAMORE<br>4165 HALFACRE ROAD<br>BATAVIA, OH 45103 |
| CREDITOR ID: 405770-95<br>UNILOY MILACRON INC<br>DP 77083<br>PO BOX 77000<br>DETROIT MI 48277-0083 | CREDITOR ID: 263760-12<br>UNION BAPTIST CHURCH PICAYUNE<br>1628 W UNION RD<br>PICAYUNE, MS 39466 | CREDITOR ID: 263761-12<br>UNION COUNTY<br>PO BOX 38<br>MONROE, NC 28111-0038 |
| CREDITOR ID: 263762-12<br>UNION COUNTY CLERK OF COURT<br>FAMILY COURT DIVISION<br>PO BOX 703<br>UNION SC 29379 | CREDITOR ID: 263763-12<br>UNION COUNTY JUSTICE COURT<br>PO BOX 27<br>NEW ALBANY MS 38652 | CREDITOR ID: 268920-14<br>UNION COUNTY TAX COLLECTOR OFC<br>ATTN: DENNIS REKESTRAW<br>114 E BANKHEAD ST<br>NEW ALBANY MS 38652-3932 |
| CREDITOR ID: 263765-12<br>UNION COUNTY TREASURER<br>PO BOX 163<br>PROPERTY TAX<br>UNION SC 29379-0163 | CREDITOR ID: 268921-31<br>UNION CTY RESCUE SQD<br>ATTN: JEFF SHARP<br>645 MAIN ST<br>MAYNARDVILLE TN 37807-3507 | CREDITOR ID: 263766-12<br>UNION DAILY TIMES<br>PO BOX 1634<br>SPARTANBURG, SC 29304-1634 |
| CREDITOR ID: 263767-12<br>UNION FOODS<br>ATTN MICHELE MORRIS, A/R<br>14522 MYFORD ROAD<br>IRVINE, CA 92606 | CREDITOR ID: 927-03<br>UNION LIGHT HEAT & POWER CO.<br>1000 EAST MAIN STREET<br>PLAINFIELD IN 46168 | CREDITOR ID: 263768-12<br>UNION PACIFIC R R CO<br>PO BOX 843465<br>DALLAS TX 75284-3465 |
| CREDITOR ID: 278107-23<br>UNION PLANTERS BANK<br>ATTN: GINA HOOD X3317<br>1231 SUNSET DR<br>GRENADA MS 38901 | CREDITOR ID: 263769-12<br>UNION POWER COOPERATIVE<br>PO BOX 5014<br>MONROE, NC 28111-5014 | CREDITOR ID: 928-03<br>UNION POWER COOPERATIVE<br>ATTN TERRY W GRIFFIN<br>PO BOX 5014<br>MONROE NC 28111-5014 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263770-12<br>UNION RECORDER<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>PO BOX 520<br>MILLEDGEVILLE, GA 31059 | CREDITOR ID: 263736-12<br>UNI-PAK CORPORATION<br>PO BOX 522168<br>1015 N CR 427<br>LONGWOOD FL 32752-2168 | CREDITOR ID: 263771-12<br>UNIPATH DIAGNOSTICS CO<br>PO BOX 846070<br>BOSTON, MA 02284-6070 |
| CREDITOR ID: 405771-95<br>UNIPATH DIAGNOSTICS CO<br>51 SAWYER RD<br>STE 200<br>ATTN ACCOUNTS RECEIVABLE<br>WALTHAM MA 02453 | CREDITOR ID: 268922-31<br>UNIQUE IMPORTS<br>ATTN: EMILY AYCOCK<br>7325 HIGHWAY 90 E<br>OCEAN SPRINGS MS 39564-7401 | CREDITOR ID: 263772-12<br>UNIQUE LIVING INTERIORS<br>PO BOX 13501<br>GAINESVILLE, FL 32604 |
| CREDITOR ID: 263773-12<br>UNIQUE MEDIA INC<br>ATTN PEGGY HILL, ACCTS RECEIVABLE<br>PO BOX 4400<br>DON MILLS, ON M3C 2T9<br>CANADA | CREDITOR ID: 263774-12<br>UNIQUE SYSTEMS<br>19466 FLORIDA BLVD<br>ALBANY, LA 70711 | CREDITOR ID: 263775-12<br>UNISIGN CORPORATION<br>PO BOX 76<br>IVEL KY 41642-0076 |
| CREDITOR ID: 263777-12<br>UNISOURCE<br>PO BOX 409884<br>ATLANTA GA 30384-9884 | CREDITOR ID: 263776-12<br>UNISOURCE<br>7472 COLLECTION CTR DR<br>CHICAGO, IL 60693 | CREDITOR ID: 263778-12<br>UNISOURCE FOOD EQUIPMENT SYSTEMS<br>56 ROCKLAND DR<br>JERICHO NY 11753 |
| CREDITOR ID: 263779-12<br>UNISYS CORPORATION<br>PO BOX 3396<br>BATON ROUGE LA 70821 | CREDITOR ID: 397335-69<br>UNISYS HEALTH & HOSPITALS DEPT<br>8591 UNITED PLAZA BLVD, SUITE 300<br>BATON ROUGE, LA 70898 | CREDITOR ID: 2956-04<br>UNITED<br>PO BOX 9001810<br>LOUISVILLE KY 40290 |
| CREDITOR ID: 263780-12<br>UNITED AUTOMOBILE INSURANCE COMPANY<br>3909 NE 163RD STREET<br>N MIAMI, FL 33160 | CREDITOR ID: 263781-12<br>UNITED BANK<br>200 E NASHVILLE AVE<br>ATMORE, AL 36502 | CREDITOR ID: 278108-23<br>UNITED BANK<br>ATTN: ABBY<br>PO BOX 8<br>ATMORE AL 36504 |
| CREDITOR ID: 263782-12<br>UNITED BEVERAGES OF NC LLC<br>ATTN H DEAN PROCTOR, VP<br>PO BOX 818<br>HICKORY NC 28601 | CREDITOR ID: 268923-14<br>UNITED CAPITAL & TRUST CORP<br>ATTN: VALTCHO M NATCHEV<br>930 NE 17TH TER # 12<br>FORT LAUDERDALE FL 33304-4457 | CREDITOR ID: 263783-12<br>UNITED CAPITAL FUNDING CORP<br>ATTN: IVAN BAKER, CFO<br>PO BOX 916850<br>LONGWOOD, FL 32791-6850 |
| CREDITOR ID: 405772-95<br>UNITED CAPITAL FUNDING CORP<br>PO BOX 24450<br>TAMPA FL 33623 | CREDITOR ID: 263784-12<br>UNITED COFFEE & TEA<br>PO BOX 5572<br>TAMPA, FL 33675-5572 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |
| CREDITOR ID: 278588-24<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 278673-24<br>UNITED COMMERCIAL MORTGAGE CORP<br>FIRST SECURITY BANK TRUSTEE<br>79 SOUTH MAIN STREET<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 1956-07<br>UNITED COMMERCIAL MORTGAGE CORP.<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY, NY 11568 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 377598-44<br>UNITED COMMERCIAL TRAVELERS OF AMERICA<br>632 NORTH PARK STREET<br>PO BOX 159019<br>COLUMBUS, OH 43215-8619 | CREDITOR ID: 263786-12<br>UNITED COMMERCIAL TRAVLRS OF<br>AMERICA<br>632 NORTH PARK STREET<br>PO BOX 159019<br>COLUMBUS OH 43215-8619 | CREDITOR ID: 263787-12<br>UNITED COMPUCRED COLLECTIONS INC<br>4190 HARRISON AVE<br>PO BOX 111100<br>CINCINNATI, OH 45211-1100 |
| CREDITOR ID: 263788-12<br>UNITED CREDIT CORPORATION<br>C/O JUSTICE COURT JUDGE/CLERK<br>1214 WEST PINE STREET<br>HATTIESBURG, MS 39401 | CREDITOR ID: 263789-12<br>UNITED DAIRY FARMERS<br>3955 MONTGOMERY RD<br>CINCINNATI, OH 45212 | CREDITOR ID: 263790-12<br>UNITED DAIRY FARMERS INC<br>PO BOX 641105<br>CINCINNATI OH 45264-1105 |
| CREDITOR ID: 263791-12<br>UNITED DOOR SERVICE<br>PO BOX 890277<br>CHARLOTTE, NC 28289-0277 | CREDITOR ID: 263793-12<br>UNITED ENTERPRISES INC<br>PO BOX 178<br>DULUTH, GA 30096 | CREDITOR ID: 263792-12<br>UNITED ENTERPRISES, INC<br>ATTN GERALDINE RUIS, CEO<br>PO BOX 1319<br>FLOWERY BRANCH, GA 30542 |
| CREDITOR ID: 263794-12<br>UNITED FRESH FRUIT & VEG ASSOC<br>PO BOX 409263<br>ATLANTA, GA 30384-9263 | CREDITOR ID: 382922-51<br>UNITED HEALTHCARE<br>2307 W. CONE BLVD.<br>GREENSBORO, NC 27408 | CREDITOR ID: 263795-12<br>UNITED HEATING & AIR INC<br>3045 MOBILE HWY<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 263796-12<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 405774-95<br>UNITED INVESTORS REALTY<br>P O BOX 4346 DEPT 179<br>HOUSTON TX 77210-4346 | CREDITOR ID: 2638-07<br>UNITED INVESTORS REALTY TRUST<br>C/O EQUITY ONE (MGMT CO)<br>ATTN VICKY MORRIS<br>10213-C LAKE CARROLL WAY<br>TAMPA FL 33618 |
| CREDITOR ID: 263797-12<br>UNITED LABORATORIES<br>PO BOX 410<br>ST CHARLES, IL 60174-0410 | CREDITOR ID: 263798-12<br>UNITED LIGHTING CO INC<br>PO BOX 210565<br>MONTGOMERY AL 36121-0565 | CREDITOR ID: 263799-12<br>UNITED MAIER SIGNS INC<br>1030 STRAIGHT STREET<br>CINCINNATI OH 45214 |
| CREDITOR ID: 263800-12<br>UNITED MAIL SERVICES<br>PO BOX 23104<br>5605 CRAWFORD ST<br>HARAHAN, LA 70183-0104 | CREDITOR ID: 263801-12<br>UNITED MECHANICAL CORPORATION<br>ATTN JAMES EUDY, VP<br>2811 CENTRAL AVE<br>CHARLOTTE, NC 28205 | CREDITOR ID: 263802-12<br>UNITED MEDIA CORPORATION<br>3788 VETERANS MEMORIAL BLVD<br>METAIRIE, LA 70002 |
| CREDITOR ID: 263803-12<br>UNITED METHODIST CHURCH<br>701 FLORIDA STREET<br>MANDEVILLE, LA 70448 | CREDITOR ID: 263804-12<br>UNITED NEGRO COLLEGE FUND<br>1080 WOODCOCK ROAD<br>SUITE 280<br>ORLANDO, FL 32803 | CREDITOR ID: 263809-12<br>UNITED OF OMAHA<br>FILE 59229 LN 800050039<br>C/O GE CAPITAL LOAN SERVICES<br>LOS ANGELES CA 90074-9229 |
| CREDITOR ID: 263805-12<br>UNITED OF OMAHA<br>C/O GE CAPITAL LOAN SERVICES<br>LN 800050076<br>FILE 59229<br>LOS ANGELES CA 90074-9229 | CREDITOR ID: 263814-12<br>UNITED PARCEL SERVICE<br>PO BOX 660586<br>DALLAS TX 75266-0586 | CREDITOR ID: 263813-12<br>UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

CREDITOR ID: 263815-12
UNITED PLASTICS
PO BOX 6128
BOSTON MA 02212-6128

CREDITOR ID: 382921-51
UNITED PROVIDER SERVICES
5125 DAVIS BLVD.
FT. WORTH, TX 76180

CREDITOR ID: 263818-12
UNITED REFRIGERATION INC
PO BOX 951333
DALLAS, TX 75395-1333

CREDITOR ID: 263817-12
UNITED REFRIGERATION INC
PO BOX 740703
ATLANTA, GA 30374-0703

CREDITOR ID: 263816-12
UNITED REFRIGERATION INC
11401 ROOSEVELT BLVD
PHILADELPHIA, PA 19154

CREDITOR ID: 263819-12
UNITED RENTAL SERVICES
PO BOX 19633A
NEWARK NJ 07195-0633

CREDITOR ID: 263821-12
UNITED RENTALS
PO BOX 4719
HOUSTON TX 77210-4719

CREDITOR ID: 263820-12
UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711

CREDITOR ID: 405948-15
UNITED RENTALS NA, INC
ATTN MERLE H STEWART
525 JULIE RIVERS DRIVE, SUITE 200
SUGAR LAND TX 77478

CREDITOR ID: 263822-12
UNITED RENTALS TRENCH SAFETY
PO BOX 671400
DALLAS, TX 75267-1400

CREDITOR ID: 403366-83
UNITED REPORTING, INC.
1218 S.E 3RD AVENUE
FORT LAUDERDALE FL 33316

CREDITOR ID: 263823-12
UNITED RIBTYPE CO
PO BOX 10990
FORT WAYNE IN 46855-0990

CREDITOR ID: 406265-G4
UNITED SALT CORPORATION
4800 SAN FELLIPE
HOUSTON TX 77056

CREDITOR ID: 263826-12
UNITED SIGNS INC
1030 STRAIGHT STREET
CINCINNATI OH 45214

CREDITOR ID: 263827-12
UNITED SPRINKLER COMPANY
PO BOX 42
BURLINGTON, NC 27215

CREDITOR ID: 403480-15
UNITED STATES AGRICULTURE DEPT
AGRICULTURAL MARKETING SVCE DAIRY
PROGRAMS FOS 6&7
ATTN SUE L MOSLEY MILK MARKET ADMIN
1550 NORTH BROWN ROAD, SUITE 120
LAWRENCEVILLE GA 30043

CREDITOR ID: 384224-47
UNITED STATES AGRICULTURE DEPT
MARKET ADMINISTRATOR
PO BOX 491778
LAWRENCEVILLE, GA 30049

CREDITOR ID: 384224-47
UNITED STATES AGRICULTURE DEPT
C/O US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 403480-15
UNITED STATES AGRICULTURE DEPT
C/O US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 403480-15
UNITED STATES AGRICULTURE DEPT
C/O US DEPARTMENT OF JUSTICE
ATTN: ALBERTO GONZALES, ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

CREDITOR ID: 384224-47
UNITED STATES AGRICULTURE DEPT
C/O US DEPARTMENT OF JUSTICE
ATTN: ALBERTO GONZALES, ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

CREDITOR ID: 403367-83
UNITED STATES DEPARTMENT OF TREASURY
FOIA OFFICE 1600 CLIFTON RD., NE,
M/S D54
ATLANTA GA 30333

CREDITOR ID: 268925-14
UNITED STATES DEPT COMMERCE
ATTN: JAMES MCNAMEE
5285 PORT ROYAL RD RM 130
SPRINGFIELD VA 22151-2103

CREDITOR ID: 268924-14
UNITED STATES DEPT COMMERCE
ATTN: DON JOHNSON
PORT ROYAL RD RM 206 F
SPRINGFIELD VA 22161-0001

CREDITOR ID: 263829-12
UNITED STATES FILTER CORP
PO BOX 360766
PITTSBURGH PA 15250-6766

CREDITOR ID: 263830-12
UNITED STATES PLASTIC CORP
1390 NEUBRECHT ROAD
LIMA OH 45801-3196

CREDITOR ID: 263831-12
UNITED STATES POST OFFICE
200 E PICKNEY STREET
MADISON FL 32340

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                    **CASE:** 05-03817-3F1

CREDITOR ID: 263832-12
UNITED STATES POSTAL SERVICE
1615 BRETT RD   LCKBX # 0166
CITIBANK LOCKBOX OPERATIONS
NEW CASTLE DE 19720

CREDITOR ID: 263833-12
UNITED STATES POSTAL SERVICE
PB 29613486 CITIBANK LB # 0166
1615 BRETT ROAD
NEW CASTLE, DE 19720

CREDITOR ID: 263834-12
UNITED STUDENT AID FUNDS INC
PO BOX 7159
INDIANPOLIS IN 46207-7159

CREDITOR ID: 405775-95
UNITED SUGARS CORP
ATTN DONNA WALDON
2550 UNIVERSITY AVE W #230 N
ST PAUL MN 55114

CREDITOR ID: 279076-32
UNITED SUGARS CORPORATION
C/O LENARD, STREET AND DEINARD
150 SOUTH FIFTH STREET, STE 2300
MINNEAPOLIS MN 55402

CREDITOR ID: 406001-15
UNITED TELEPHONE CO OF CAROLINAS
C/O SPRINT LTD BANKRUPTCY DEPT
KSOPHT0101-Z2800
ATTN VANCE KATZER
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251-2800

CREDITOR ID: 403437-15
UNITED VAN LINES LLC
ATTN SAM LOMAX, SUPERV
ONE UNITED DRIVE
FENTON MO 63026-1350

CREDITOR ID: 263836-12
UNITED WASTE SERVICE
PO BOX 9001810
LOUISVILLE, KY 40290-1810

CREDITOR ID: 268926-31
UNITED WASTE WATER MANAGMENT
ATTN: ROCK PAYNE
1270 WINCHESTER PKWY SE
SMYRNA GA 30080-6569

CREDITOR ID: 930-03
UNITED WATER FLORIDA
1400 MILLCOE RD
JACKSONVILLE FL 32225

CREDITOR ID: 268929-31
UNITED WATER SERVICES INC
ATTN: MARK HALLEMAN
1030 MARIETTA HWY
ROSWELL GA 30075-4732

CREDITOR ID: 268928-31
UNITED WATER SERVICES INC
ATTN: DAVID PRUETT
4900 NC HIGHWAY 55
DURHAM NC 27713-7806

CREDITOR ID: 268927-31
UNITED WATER SERVICES INC
ATTN: ALICE RICE
OLD CAMDEN RD
WINNSBORO SC 29180

CREDITOR ID: 263837-12
UNITED WAY
701 NORTH FAIRFAX STREET
ALEXANDRIA VA 22314

CREDITOR ID: 263838-12
UNITED WAY OF NORTHEAST FLORIDA
PO BOX 41428
DEPT 20
JACKSONVILLE FL 32203-1428

CREDITOR ID: 263839-12
UNITED WAY OF NORTHEAST FLORIDA INC
1300 RIVERPLACE BLVD
SUITE 500
JACKSONVILLE FL 32207

CREDITOR ID: 263840-12
UNITED WHOLESALE FLORIST
653 SAINT LOUIS STREET
ATTN LISA JERGENS
MOBILE AL 36602

CREDITOR ID: 263841-12
UNITED WINDOW CLEANING & PRESSURE
3971 ST ISABEL DRIVE E
JACKSONVILLE FL 32277

CREDITOR ID: 377603-44
UNITEL COMMUNICATIONS GROUP
P O BOX 2990
MILWAUKEE, WI 53201-2990

CREDITOR ID: 263842-12
UNITEL COMMUNICATIONS GROUP
47 E CHICAGO AVE  STE 328
NAPERVILLE IL 60540

CREDITOR ID: 263737-12
UNI-TEMP REFRIGERATION
PO BOX 1584
NORCROSS, GA 30091-1584

CREDITOR ID: 263843-12
UNITHERM
502 INDUSTRIAL ROAD
BRISTOW OK 74010

CREDITOR ID: 263844-12
UNITY COMMUNICATIONS INC
PO BOX 2146
MEMPHIS, TN 38101-2146

CREDITOR ID: 263845-12
UNIV EMER MED ASSOC PSC
4043 TAYLORSVILLE ROAD
SUITE 1
LOUISVILLE KY 40220

CREDITOR ID: 382092-36
UNIVAR USA INC
JOHN P CANINI
6100 CARILLON POINT
KIRKLAND WA 98033-7357

CREDITOR ID: 263849-12
UNIVAR USA INC
PO BOX 95065
CHICAGO IL 60694-5065

CREDITOR ID: 263848-12
UNIVAR USA INC
PO BOX 849027
DALLAS, TX 75284-9027

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                              **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 263847-12<br>UNIVAR USA INC<br>PO BOX 409692<br>ATLANTA, GA 30384-9692 | CREDITOR ID: 263846-12<br>UNIVAR USA INC<br>13009 COLLECTIONS CENTER<br>CHICAGO IL 60693 | CREDITOR ID: 405777-95<br>UNIVAR USA INC<br>P O BOX 101-484<br>ATLANTA GA 30392-1484 |
| CREDITOR ID: 405776-95<br>UNIVAR USA INC<br>P O BOX 951451<br>DALLAS TX 75395-1451 | CREDITOR ID: 407566-15<br>UNIVAR USA INC.<br>PO BOX 34325<br>SEATTLE WA 98124-1325 | CREDITOR ID: 263850-12<br>UNIVERSAL ADCOM<br>2921 AVENUE E EAST<br>ARLINGTON, TX 76011 |
| CREDITOR ID: 263851-12<br>UNIVERSAL BEVERAGE EQUIPMENT<br>100 LELAND COURT UNIT B<br>BENSENVILLE IL 60106 | CREDITOR ID: 263852-12<br>UNIVERSAL COMMODITIES (TEA)<br>TRADING INC<br>ATTN DOMENICK CIACCIA, PRES<br>141 PARKWAY ROAD, SUITE 20<br>BRONXVILLE, NY 10708 | CREDITOR ID: 263853-12<br>UNIVERSAL DESIGNERS & CONSULTANTS<br>ATTN JAMES A DILUIGI, VP<br>6 GRANT AVENUE<br>TAKOMA PARK MD 20912 |
| CREDITOR ID: 263854-12<br>UNIVERSAL DIVERSIFIED ENTERPRISES<br>1050 EAST 24TH STREET<br>HIALEAH FL 33013-4324 | CREDITOR ID: 263855-12<br>UNIVERSAL ENGINEERING SCIENCES INC<br>PO BOX 917400<br>ORLANDO FL 32891-7400 | CREDITOR ID: 377605-44<br>UNIVERSAL FLAVORS USA INC<br>PO BOX 905834<br>CHARLOTTE, NC 28290-5834 |
| CREDITOR ID: 263856-12<br>UNIVERSAL FOOD<br>489 S.E. 6TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 263857-12<br>UNIVERSAL GROUP INC<br>PO BOX 12014<br>LEWISTON, ME 04253-9490 | CREDITOR ID: 405778-95<br>UNIVERSAL GROUP INC<br>PO BOX 414153<br>BOSTON MA 02241-4153 |
| CREDITOR ID: 407622-15<br>UNIVERSAL GROUP, INC.<br>ATTN GERARD L DUFROMONT, CFO<br>31 B STREET<br>BURLINGTON MA 01803 | CREDITOR ID: 263858-12<br>UNIVERSAL LABELING SYSTEMS<br>3501-B 8TH AVE SOUTH<br>ST PETERSBURG FL 33711 | CREDITOR ID: 382919-51<br>UNIVERSAL MGD PRESC. BENEFIT<br>4201 SOUTH 87TH STREET<br>OMAHA, NB 38127 |
| CREDITOR ID: 263859-12<br>UNIVERSAL PROMOTIONS INC<br>3561 VALLEY DRIVE<br>PITTSBURGH, PA 15234 | CREDITOR ID: 263860-12<br>UNIVERSAL RAZOR INDUSTRIES<br>6031 MALBURG WAY<br>LOS ANGELES, CA 90058 | CREDITOR ID: 382918-51<br>UNIVERSAL RX<br>ONE COLUMBIA PLACE<br>GREENSBURG, PA 15601 |
| CREDITOR ID: 263861-12<br>UNIVERSAL SOLUTIONS<br>3665 EAST BAY DRIVE # 204-269<br>LARGO FL 33771 | CREDITOR ID: 263862-12<br>UNIVERSAL STRAPPING CORP<br>630 CORPORATE WAY<br>VALLEY COTTAGE, NY 10989 | CREDITOR ID: 263863-12<br>UNIVERSAL SUPPLY AND EQUIPMENT<br>5633 JENSEN ST<br>HARAHAN LA 70123 |
| CREDITOR ID: 263864-12<br>UNIVERSAL WIPING CLOTH<br>ATTN LESLIE NIEVES, PRES<br>405 EAST 10TH AVENUE<br>HIALEAH FL 33010 | CREDITOR ID: 263865-12<br>UNIVERSITY CHEER FORCE<br>SPONSORSHIP BAILEY CAIN<br>7307 SANDSCOVE COURT SUITE 3-8<br>WINTER PARK FL 32792 | CREDITOR ID: 268930-31<br>UNIVERSITY CMNTY DEV CORP LA<br>ATTN: JENELL BANKS<br>7990 SCENIC HWY<br>BATON ROUGE LA 70807-5466 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263867-12<br>UNIVERSITY COMMUNITY HOSPITAL<br>PO BOX 861372<br>ORLANDO FL 32886-1372 | CREDITOR ID: 263866-12<br>UNIVERSITY COMMUNITY HOSPITAL<br>PO BOX 404164<br>ATLANTA, GA 30384-4164 | CREDITOR ID: 263868-12<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PARKWAY<br>ATLANTA, GA 30327 |
| CREDITOR ID: 2639-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 ST 101<br>ATLANTA, GA 30327 | CREDITOR ID: 268931-14<br>UNIVERSITY NC AT CHAPEL HL<br>ATTN: NANCY SUTTFELD<br>300 SOUTH BLDG CB 1000<br>CHAPEL HILL NC 27599-0001 | CREDITOR ID: 381651-47<br>UNIVERSITY OCCUPATIONAL HEALTH<br>3121 PEACH ORCHARD ROAD, SUITE 105<br>AUGUSTA, GA 30906 |
| CREDITOR ID: 395530-64<br>UNIVERSITY OF ALABAMA<br>ADMINISTRATIVE OFFICES<br>TUSCALOOSA, AL 35487 | CREDITOR ID: 263869-12<br>UNIVERSITY OF FLA FOUNDATION<br>PO BOX 14425<br>GAINESVILLE FL 32604-2425 | CREDITOR ID: 263874-12<br>UNIVERSITY OF FLORIDA<br>OFFICE OF THE REGISTRAR<br>222 CRISER HALL<br>PO BOX 11400<br>GAINESVILLE, FL 32611 |
| CREDITOR ID: 263873-12<br>UNIVERSITY OF FLORIDA<br>FINANCIAL AID OFFICER<br>PO BOX 114025<br>GAINESVILLE FL 32611-4025 | CREDITOR ID: 263872-12<br>UNIVERSITY OF FLORIDA<br>COLLEGE OF PHARMACY<br>PO BOX 103570<br>GAINESVILLE, FL 32610-3570 | CREDITOR ID: 263871-12<br>UNIVERSITY OF FLORIDA<br>359 FSHN BLDG NEWELL DRIVE<br>GAINESVILLE FL 32611 |
| CREDITOR ID: 263870-12<br>UNIVERSITY OF FLORIDA<br>2207 NW 13TH STREET<br>SUITE C<br>GAINESVILLE FL 32609 | CREDITOR ID: 268932-31<br>UNIVERSITY OF FLORIDA<br>ATTN: DR ROBERT FORD<br>4000 CENTRAL FLORIDA BLVD<br>ORLANDO FL 32816-8005 | CREDITOR ID: 381624-47<br>UNIVERSITY OF FLORIDA FNP PALM BEACH<br>PO BOX 110310<br>GAINESVILLE, FL 32611-0310 |
| CREDITOR ID: 263875-12<br>UNIVERSITY OF FLORIDA JACKSONVILLE<br>HEALTH SCIENCE CENTER JACKSONVILLE<br>653-1 WEST 8TH STREET<br>JACKSONVILLE FL 32209-6511 | CREDITOR ID: 268933-31<br>UNIVERSITY OF GEORGIA<br>ATTN: BRIAN TANKERSLEY<br>1468 CARPENTER RD S<br>TIFTON GA 31793-7946 | CREDITOR ID: 263877-12<br>UNIVERSITY OF KENTUCKY<br>COLLEGE OF PHARMACY<br>ROOM 215<br>LEXINGTON KY 40536 |
| CREDITOR ID: 263876-12<br>UNIVERSITY OF KENTUCKY<br>COLLEGE OF AGRICULTURE<br>103 REGULATORY SERVICE BUILDING<br>LEXINGTON KY 40546-0275 | CREDITOR ID: 263878-12<br>UNIVERSITY OF LOUISVILLE<br>FINANCIAL AID OFFICER<br>LOUISVILLE KY 40292 | CREDITOR ID: 263879-12<br>UNIVERSITY OF NORTH CAROLINA<br>CB#7360<br>CHAPEL HILL, NC 27599-7360 |
| CREDITOR ID: 263880-12<br>UNIVERSITY OF NORTH FLORIDA<br>DIV OF CONTINUING EDUCATION<br>12000 ALUMNI DR<br>JACKSONVILLE FL 32224-2678 | CREDITOR ID: 263882-12<br>UNIVERSITY OF SOUTH CAROLINA<br>FINANCIAL AID OFFICER<br>1714 COLLEGE ST<br>COLUMBIA, SC 29208 | CREDITOR ID: 263881-12<br>UNIVERSITY OF SOUTH CAROLINA<br>ATTN HEATHER REYES<br>CAREER CTR HW CLOSE BLD 6TH FLOOR<br>COLUMBIA SC 29208 |
| CREDITOR ID: 263883-12<br>UNIVERSITY OF SOUTH FLORIDA<br>4202 E FOWLER AVE<br>CASHIER'S OFFICE ADM 147<br>TAMPA, FL 33620 | CREDITOR ID: 263884-12<br>UNIVERSITY SHOP CENTER LTD<br>5710 WOOSTER PIKE SUITE205<br>MR DWIGHT BROEMAN<br>CINCINNATI, OH 45227 | CREDITOR ID: 263885-12<br>UNIVERSITY SOUTH FLORIDA MSSC<br>CONTINUING MEDICAL EDUCATION<br>13201 BRUCE DOWNS BLVD<br>TAMPA FL 33612 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263886-12<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>SUITE 202<br>2005 W CYPRESS CREEK RD<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>2005 W CYPRESS CREEK RD, SUITE 202<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 263887-12<br>UNIVERSITY TERRACE ELEMENTARY<br>575 W ROOSEVELT ST<br>BATON ROUGE, LA 70802 |
| CREDITOR ID: 263888-12<br>UNIVERSITY TOWING & TRANSPORT INC<br>2546 NW 74TH PLACE<br>GAINESVILLE, FL 32653 | CREDITOR ID: 263889-12<br>UNLIMITED COMMUNICATIONS<br>110 SOUTH SHERMAN STREET<br>FITZGERALD, GA 31750 | CREDITOR ID: 268934-31<br>UNLIMITED HOME BLDG & IMPRVS<br>ATTN: RALPH C GERSTNER<br>178 LAURELWOOD LN<br>ORMOND BEACH FL 32174-4227 |
| CREDITOR ID: 263891-12<br>UNUM LTD<br>PO BOX 406355<br>ATLANTA GA 30384-6955 | CREDITOR ID: 382228-51<br>UNUM PROVIDENT<br>ATTN: MICHAEL FLANNERY<br>TWO LAKESIDE COMMONS, SUITE 500<br>980 HAMMOND DRIVE<br>ATLANTA, GA 30328 | CREDITOR ID: 403368-83<br>UPCHURCH WATSON WHITE &<br>MAX MEDIATION GROUP<br>ATTN MICHAEL B WALLS<br>2000A SOUTHBRIDGE PARKWAY, SUTE 400<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 263892-12<br>UPPER CRUST PRODUCTION CO INC<br>55 CANARCTIC DR<br>DOWNSVIEW, ON M3J 2N7<br>CANADA | CREDITOR ID: 382093-36<br>UPPER CRUST, LTD.<br>FRANKLIN WARREN<br>150 MILESTONE WAY, STE A<br>GREENVILLE SC 29615 | CREDITOR ID: 268935-31<br>UPPER CUMBERLAND DEV DST<br>ATTN: WENDY ASKINS<br>1225 S WILLOW AVE<br>COOKEVILLE TN 38506-4158 |
| CREDITOR ID: 263893-12<br>UPPER LIL CAILLOU ELEMENTARY<br>4824 HWY 56<br>CHAUVIN, LA 70344 | CREDITOR ID: 382227-51<br>UPROMISE<br>117 KENDRICK ST, STE 200<br>NEEDHAM, MA 02494 | CREDITOR ID: 263894-12<br>UPS CUSTOM HOUSE BROKERAGE INC<br>PO BOX 34486<br>LOUISVILLE KY 40232 |
| CREDITOR ID: 263895-12<br>UPS SCS<br>636 SANDY LAKE ROAD<br>COPPELL TX 75019 | CREDITOR ID: 381524-47<br>UPS SUPPLY CHAIN SOLUTIONS INC<br>ATTN CUSTOMS BROKERAGE SERVICES<br>PO BOX 34486<br>LOUISVILLE, KY 40232 | CREDITOR ID: 263897-12<br>UPSTATE HOOD CLEANING & FIRE<br>SYSTEMS INSPECTION<br>327 EAST VIEW ST<br>HONEA PATH, SC 29654 |
| CREDITOR ID: 395750-65<br>UPSTATE HOOD CLEANING & FIRE<br>SYSTEMS INSPECTION<br>ATTN WAYNE DYAR, OWNER<br>327 EASTWAY STREET<br>HONEA PATH, SC 29654 | CREDITOR ID: 405976-15<br>UPSTATE NEWSPAPERS, INC<br>ATTN DENESE P DAMERON<br>PO BOX 9<br>LANDRUM SC 29356 | CREDITOR ID: 407311-MS<br>UPTON, WILLIAM W<br>794 HIGHWAY 28 W<br>SOSO MS 39480 |
| CREDITOR ID: 268936-31<br>UPTOWN SHELBY ASSOCIATION<br>ATTN: MIKE ALEXANDER<br>211 S TRADE ST<br>SHELBY NC 28150-2309 | CREDITOR ID: 382143-51<br>UPTRONICX, INC.<br>505 INDUSTRIAL DRIVE<br>WOODSTOCK, GA 30188-0903 | CREDITOR ID: 263898-12<br>UPTRONIX INC<br>ATTN PAUL F GOMMO, PRES<br>PO BOX 903<br>WOODSTOCK, GA 30188-0903 |
| CREDITOR ID: 2640-07<br>URBAN AMERICA, L.P.<br>9500 KOGER BLVD., SUITE 222<br>ST PETERSBURG FL 33702 | CREDITOR ID: 2641-07<br>URBAN PROPERTIES I<br>C/O AUGUST URBANEK INVESTMENTS<br>4800 N FEDERAL HWY, STE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 2642-07<br>URBANAMERICA, L.P.<br>149 WEST PLAZA<br>STE 234<br>MIAMI FL 33147 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2643-07
URBANEK INVESTMENTS
PO BOX 75986
ACCT #611032927
50 S LASALLE ST
CHICAGO IL 60675-5986

CREDITOR ID: 385349-54
URBANO, JOSE
1591 SW 189TH TERRACE
PEMBROKE PINES, FL 33029

CREDITOR ID: 390656-55
URBANO, JOSE
C/O MICHAEL E. MUCHNICK
LAW OFFICE OF MICHAEL E. MUCHNICK, PA.
COLONIAL BANK BLDG. STE. 600
FT. LAUDERDALE FL 33301

CREDITOR ID: 263899-12
URGENT CARE CLINIC OF OXFORD LLC
PO BOX 341065
BARTLETT, TN 38184

CREDITOR ID: 263900-12
URGENT CARE P C
12585 OLD HWY 280
STE 106
CHELSEA, AL 35043

CREDITOR ID: 263901-12
URGENT MEDICAL CARE
311 SOUTH CYPRESS
POMPANO BEACH FL 33060

CREDITOR ID: 263902-12
URNER BARRY PUBLICATIONS
PO BOX 389
TOMS RIVER, NJ 08754-0389

CREDITOR ID: 263903-12
URSCHEL LABORATORIES INC
PO BOX 96319
CHICAGO, IL 60693-6319

CREDITOR ID: 263904-12
URSIE HERBERT
210 LEGACY WAY # A
CONWAY SC 29526

CREDITOR ID: 263905-12
URSULA R JACKSON
2707 BARCLAY STREET
HEPHZIBAH GA 30815

CREDITOR ID: 399660-99
US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 278768-28
US BANCORP
OFFICE EQUIPMENT FINANCE
1310 MADRID ST., SUITE 101
MARSHALL, MN 56258-4002

CREDITOR ID: 393689-58
US BANK
4000 WEST BROADWAY
ROBBINSDALE, MN 55422

CREDITOR ID: 263906-12
US BANK
201 BLANKENBAKER PARKWAY
LOUISVILLE, KY 40243

CREDITOR ID: 278109-23
US BANK
ATTN: CHIP SPIEGEL
PO BOX 1038
CINCINNATI OH 45201

CREDITOR ID: 263907-12
US BANK CORPORATE PAYMENTS SYSTEMS
PO BOX 790428
ST LOUIS, MO 63179-0428

CREDITOR ID: 278692-99
US BANK CORPORATION
ATTN: ANGELA TRUDEAU VP
RELATIONSHIP MANAGEMENT
PO BOX 790428
ST LOUIS MO 63179-0428

CREDITOR ID: 278590-24
US BANK NATIONAL ASSOCIATION
C/O COMMERCIAL REAL ESTATE DEPT
425 WALNUT STREET
10TH FLOOR
MAIL LOCATION CN-WN-10CR
CINCINNATI OH 45202

CREDITOR ID: 1960-07
US BANK TRUST NA CORP TRUST
REF DUVAL 94600200
PO BOX 70870
ST  PAUL, MN 55170-9705

CREDITOR ID: 263908-12
US BANK TRUST NA CORP TRUST
TFM S-WEST
REF DUVAL 94600200
PO BOX 70870
ST PAUL MN 55170-9705

CREDITOR ID: 377610-44
US BANK TRUST NA CORP TRUST TFM S-WEST
CM 9705 P O BOX 70870
REF DUVAL 94600200
ST PAUL MN 55170-9705

CREDITOR ID: 377611-44
US BANK TRUST NA CORP TRUST TFM S-WEST
P O BOX 70870
REF DUVAL 94600200
ST PAUL, MN 55170-9705

CREDITOR ID: 395458-64
US BANK VISA
201 BLANKENBAKER PARKWAY
LOUISVILLE, KY 40243

CREDITOR ID: 263909-12
US BIOSYSTEMS INC
PO BOX 116935
ATLANTA, GA 30368

CREDITOR ID: 263910-12
US BOTTLERS MACHINERY CO
PO BOX 33489
CHARLOTTE, NC 28233

CREDITOR ID: 263911-12
US CAP SYSTEMS CORP
ATTN: CHARLES E HOGAN, EXEC VP
119 S ADAMS RD
SPOKANE, WA 99216

CREDITOR ID: 382225-51
US CAP SYSTEMS CORPORATION
111 ELM ST.
WORCESTER, MA 01609

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279169-33<br>US CAP SYSTEMS CORPORATION<br>ATTN DONALD R COBLENTZ, ESQ<br>WORCESTER PLAZA<br>446 MAIN STREET<br>WORCESTER MA 01608 | CREDITOR ID: 263912-12<br>US CELLULAR<br>PO BOX 530724<br>ATLANTA GA 30353-0724 | CREDITOR ID: 263913-12<br>US CITIZENSHIP IMMIGRATION SERVICES<br>TEXAS SERVICE CENTER PROCESSING UNI<br>4141 ST AUGUSTINE ROAD<br>DALLAS TX 75185 |
| CREDITOR ID: 263695-12<br>US COATING SPECIALTIES &<br>SUPPLES LLC<br>PO BOX 11809<br>JACKSON MS 39283-1809 | CREDITOR ID: 268937-31<br>US CONSUMER PRODUCT SAFETY<br>ATTN: ALLEN DOBBINS<br>2603 FARMSTEAD LN<br>FORT MILL SC 29708-7939 | CREDITOR ID: 403509-15<br>US COTTON LLC<br>ATTN RJ GUERRERIO, SR VP<br>590 LASER RD<br>RIO RANCHO NM 87124 |
| CREDITOR ID: 263915-12<br>US COTTON LLC<br>PO BOX 26867<br>ALBUQUERQUE NM 87125 | CREDITOR ID: 263914-12<br>US COTTON LLC<br>PO BOX 678173<br>DALLAS, TX 75267 | CREDITOR ID: 395556-15<br>US CUSTOMS AND BORDER PROTECTION<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 |
| CREDITOR ID: 395556-15<br>US CUSTOMS AND BORDER PROTECTION<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN: ALBERTO GONZALES, ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 395556-15<br>US CUSTOMS AND BORDER PROTECTION<br>ATTN ROBERT B HAMILTON JR<br>6026 LAKESIDE BOULEVARD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | CREDITOR ID: 263916-12<br>US DEPARTMENT OF HOMELAND SECURITY<br>PO BOX 5000<br>WILLISTON VT 05495-5000 |
| CREDITOR ID: 403418-92<br>US DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE & HOUR DIVISION<br>ATTN CHERYL ARNOLD<br>950 NORTH 22ND STREET<br>BIRMINGHAM AL 35203 | CREDITOR ID: 403417-92<br>US DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE & HOUR DIVISION<br>ATTN DIANE MCMICHAEL<br>474 S COURT ST RM 708<br>MONTGOMERY AL 36104 | CREDITOR ID: 403416-92<br>US DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE & HOUR DIVISION<br>ATTN SUSAN E DENHAM<br>500 WEST MAIN STE 104<br>TUPELO MS 38802 |
| CREDITOR ID: 403448-92<br>US DEPARTMENT OF LABOR<br>ATTN LINDA WILKERSON INVESTIGATOR<br>4407 BLAND ROAD STE 260<br>RALEIGH NC 27609 | CREDITOR ID: 381014-47<br>US DEPARTMENT OF LABOR WHD SE REGIONAL<br>61 FORSYTH STREET<br>SW RM 7M40<br>US DEPT OF LABOR WAGE & HOUR<br>ATLANTA, GA 30303 | CREDITOR ID: 268940-14<br>US DEPARTMENT OF THE NAVY<br>ATTN: SUSAN LOTTS<br>WASHINGTON AVE BLDG 2<br>NEWPORT NEWS VA 23607 |
| CREDITOR ID: 268939-31<br>US DEPARTMENT OF THE NAVY<br>ATTN: MICHAEL CROSS<br>6703 W HIGHWAY 98<br>PANAMA CITY FL 32407-7000 | CREDITOR ID: 268938-31<br>US DEPARTMENT OF THE NAVY<br>ATTN: JAMES HOLLRITH<br>9742 MARYLAND AVE<br>NORFOLK VA 23511-3015 | CREDITOR ID: 268947-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: THOMAS J KWAK<br>DAVID CLARK LABS STE 201<br>RALEIGH NC 27695-0001 |
| CREDITOR ID: 268946-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: ROBERT DOYLE<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 268945-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: NANCY BLAIR<br>950 NATIONAL CENTER<br>RESTON VA 20192-0001 | CREDITOR ID: 268944-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: CRAIG ALLEN<br>LEHOTSKY HALL G27<br>CLEMSON SC 29634-0001 |
| CREDITOR ID: 268943-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: CECIL JENNINGS<br>UGA<br>ATHENS GA 30602-0002 | CREDITOR ID: 268942-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: BRUCE LEOPOLD<br>100 SOUND BLVD RM 110<br>MISSISSIPPI STATE MS 39762 | CREDITOR ID: 268941-31<br>US DEPT GEOLOGICAL SURVEY<br>ATTN: BILLY TOLLIVER<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263917-12<br>US DEPT OF AGRICULTURE FSIS<br>USDA BILLING COLLECTION<br>21526 NETWORK PLACE<br>CHICAGO, IL 60673-1215 | CREDITOR ID: 263918-12<br>US DEPT OF LABOR OSHA<br>SAVANNAH AREA OFFICE<br>450 MALL BLVD SUITE J<br>SAVANNAH GA 31406 | CREDITOR ID: 263919-12<br>US DEPT OF THE TREASURY FMS<br>PO BOX 105576<br>DEBT MANAGEMENT SERVICES<br>ATLANTA GA 30348 |
| CREDITOR ID: 268948-31<br>US ENVRNMNTAL PROTECTION AGCY<br>ATTN: EDWIN SENSINTAFFAR<br>540 S MORRIS AVE<br>MONTGOMERY AL 36115-2600 | CREDITOR ID: 399380-53<br>US EPA REGION4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | CREDITOR ID: 263920-12<br>US FOOD SERVICE<br>ATTN JIM PRATE, CR MGR<br>5900 EAST HOLMES ROAD<br>MEMPHIS, TN 38141 |
| CREDITOR ID: 263922-12<br>US FOODSERVICE<br>PO BOX 117<br>ATTN CHARLES WALLACE<br>MONTGOMERY, AL 36101-0117 | CREDITOR ID: 263921-12<br>US FOODSERVICE<br>ATN CHARLES WALLACE<br>PO BOX 117<br>MONTGOMERY, AL 36101-0117 | CREDITOR ID: 405781-95<br>US FOODSERVICE<br>PO BOX 409397<br>BANK OF AMERICA LOCKBOX SERVICE<br>BOX 409397 US FOODSERVICE<br>ATLANTA GA 30384-9397 |
| CREDITOR ID: 279150-33<br>US FOODSERVICE, INC.<br>1125 WEEMS STREET<br>PEARL MS 39208 | CREDITOR ID: 382915-51<br>US HEALTHCARE HMO<br>1000 MIDDLE STREET<br>MIDDLETOWN, CT 06457 | CREDITOR ID: 263923-12<br>US HEALTHWORKS MEDICAL GROUP NC<br>PO BOX 932489<br>ATLANTA GA 31193-2489 |
| CREDITOR ID: 263924-12<br>US HEALTHWORKS MEDICAL GRP FL INC<br>PO BOX 404473<br>ATLANTA GA 30384 | CREDITOR ID: 263925-12<br>US INDUSTRIAL<br>PO BOX 1321<br>EUFAULA AL 36072-1321 | CREDITOR ID: 263926-12<br>US LEC CORP<br>PO BOX 601310<br>CHARLOTTE, NC 28260-1310 |
| CREDITOR ID: 263927-12<br>US LINER COMPANY<br>PO BOX 951673<br>CLEVELAND OH 44193-1673 | CREDITOR ID: 263928-12<br>US MERCHANT MARINE ACADEMY<br>ALUMNI FOUNDATION<br>PO BOX 1881<br>MOBILE, AL 36633 | CREDITOR ID: 263699-12<br>US MILLS INC<br>PO BOX 961814<br>BOSTON, MA 02196-1814 |
| CREDITOR ID: 263929-12<br>US OFFICE & INDUSTRIAL SUPPLY<br>PO BOX 10540<br>CANOGA PARK CA 91309 | CREDITOR ID: 263930-12<br>US PATENT & TRADEMARK OFFICE<br>2900 CRYSTAL DRIVE<br>ARLINGTON VA 22202-3513 | CREDITOR ID: 263931-12<br>US PLAYING CARDS<br>PO BOX 632119<br>CINCINNATI, OH 45263-2119 |
| CREDITOR ID: 405782-95<br>US PLAYING CARDS<br>18927 5TH ST SW<br>LUTZ FL 33549 | CREDITOR ID: 268949-31<br>US POST OFFICE<br>ATTN: DON CARTWRIGHT<br>65 SOUTHWIDE DR<br>JACKSON TN 38305-4342 | CREDITOR ID: 263932-12<br>US POST OFFICE USPS<br>SPRUCE STREET<br>TAMPA FL 33630 |
| CREDITOR ID: 263701-12<br>US POSTAL SERVICE<br>CMRS FP<br>PO BOX 7247 0119<br>PHILADELPHIA, PA 19170-0119 | CREDITOR ID: 263933-12<br>US POSTAL SERVICE<br>6701 WINTON BLOUNT BLVD<br>MONTGOMERY, AL 36119-9651 | CREDITOR ID: 263934-12<br>US POSTMASTER<br>1100 KINGS ROAD<br>JACKSONVILLE, FL 32203 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278591-24 | CREDITOR ID: 382914-51 | CREDITOR ID: 315916-40 |
| US RETAIL PARTNERS LLC | US SCRIPT | US STEEL RETIREMENT PLAN |
| C/O NATIONAL RETAIL PARTNERS LLC | 1300 E SHAW, SUITE 173 | PO BOX 371046 |
| 3525 DEL MAR HEIGHTS RD #391 | FRESNO, CA 93710 | PITTSBURGH, PA 15251-7046 |
| SAN DIEGO CA 92130-2122 | | |
| | | |
| CREDITOR ID: 263935-12 | CREDITOR ID: 400554-79 | CREDITOR ID: 263707-12 |
| US SURVEYOR | US SURVEYOR INC | US TOBACCO COMPANY |
| ATTN DEBBIE ECKERT | ATTN: WALT E CASEWELL, VP/NAT'L DIV | PO BOX 642994 |
| 4929 RIVERWIND POINTE DRIVE | 4929 RIVERWIND POINTE DRIVE | PITTSBURGH, PA 15264-2994 |
| EVANSVILLE, IN 47715-6753 | EVANSVILLE IN 47715 | |
| | | |
| CREDITOR ID: 397758-62 | CREDITOR ID: 263936-12 | CREDITOR ID: 263937-12 |
| US VIRGIN ISLANDS | USA DISCOUNTERS CREDIT CORP | USA DISTRIBUTORS |
| OFFICE OF THE LIEUTENANT GOVERNOR | C/O NORFOLK GEN DIST COURT | 5400 MONCURE AVENUE |
| HON GERARD LUZ JAMES II | 811 E CITY HALL AVENUE ROOM 167 | RICHMOND, VA 23231 |
| ST. THOMAS    VI 00802 | NORFOLK, VA 23510 | |
| | | |
| CREDITOR ID: 263938-12 | CREDITOR ID: 263940-12 | CREDITOR ID: 381118-47 |
| USA ELECTRIC SERVICES INC | USA INC | USA LIGHTING & MAINTENANCE SUPPLIES INC |
| 12414 CHICAGO AVE | 14631 ALBERTON LANE | 1300 STIRLING RD  STE 10A&B |
| HUDSON, FL 34669 | ODESSA FL 33556 | DANIA, FL 33004 |
| | | |
| CREDITOR ID: 263943-12 | CREDITOR ID: 263942-12 | CREDITOR ID: 263944-12 |
| USA LOGISTICS | USA LOGISTICS | USA MOTOR EXPRESS INC |
| PO BOX 1326 | 4050 HELTON DRIVE | DRAWER #ALO1242 |
| VAN BUREN AR 72957-1326 | FLORENCE AL 35630 | PO BOX 830957 |
| | | BIRMINGHAM, AL 35283-0957 |
| | | |
| CREDITOR ID: 263691-12 | CREDITOR ID: 263948-12 | CREDITOR ID: 263947-12 |
| USA TODAY | USA TODAY | USA TODAY |
| 8050 EXCHANGE DRIVE, STE 100 | PO BOX 58824 | 8702 D RED OAK BOULEVARD |
| ORLANDO, FL 32809-7698 | HOUSTON, TX 77258-8824 | CHARLOTTE, NC 28217-3982 |
| | | |
| CREDITOR ID: 263946-12 | CREDITOR ID: 263945-12 | CREDITOR ID: 405783-95 |
| USA TODAY | USA TODAY | USA TODAY |
| 5701 J GENERAL WASHINGTON DRIVE | 5300 OAKBROOK PKWY STE 100 | C/O ACCOUNTING |
| ALEXANDRIA, VA 22312 | NORCROSS, GA 30093 | PO BOX 4525 |
| | | NORCROSS GA 30091-4525 |
| | | |
| CREDITOR ID: 263949-12 | CREDITOR ID: 263950-12 | CREDITOR ID: 2958-04 |
| USA TODAY-CINCINNATI | USA TRUCK | USA WASTE |
| ATTN: DONNA VAN BUREN | PO BOX 102050 | PO BOX 307 |
| 4376 GLENDALE-NILFORD ROAD | ATLANTA, GA 30368 | ABBEVILLE LA 70511 |
| CINCINNATI OH 45242 | | |
| | | |
| CREDITOR ID: 2959-04 | CREDITOR ID: 268950-31 | CREDITOR ID: 263951-12 |
| USA WASTE OF VA | USAE WATERWAYS EXPERIMENT STN | USBANCORP |
| 100 NORTH PARK LANE | ATTN: JAMES R HOUSTON | PO BOX 5179 |
| HAMPTON VA 23666 | 3909 HALLS FERRY RD | SIOUX FALLS, SD 57117-5179 |
| | VICKSBURG MS 39180-6133 | |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 263952-12
USC COLUMBIA
BURSARS OFFICE
PETRU COLLEGE
COLUMBIA SC 29208

CREDITOR ID: 315917-40
USC OF RICHMOND LLC
C/O COLEMAN GROUP LLC
2285 EXECUTIVE DRIVE
LEXINGTON, KY 40505

CREDITOR ID: 384406-47
USDA (APPALACHIAN MARKETING AREA #5)
PO BOX 70796
CHICAGO, IL 60673-0796

CREDITOR ID: 263954-12
USDA AMS F & V FRESH BRANCH
PO BOX 70796
CHICAGO IL 60673-0796

CREDITOR ID: 405914-99
USDA AMS, DAIRY PROGRAMS
ATTN: SUE L MOSELY
PO BOX 491778
LAWRENCEVILLE GA 30049

CREDITOR ID: 263955-12
USDA DAIRY MARKET NEWS
PO BOX 8911
MADISON WI 53708-8911

CREDITOR ID: 399705-YY
USDA FOOD SAFETY & INSPECTION SERVICES
PO BOX 9001
ST LOUIS MO 63197-9001

CREDITOR ID: 263956-12
USDA FSIS FPC
21526 NETWORK PLACE
CHICAGO IL 60673-1215

CREDITOR ID: 386617-54
USEY, NORKA (MINOR)
13923 SW 90TH AVENUE
#212
MIAMI FL 33176

CREDITOR ID: 391617-55
USEY, NORKA (MINOR)
C/O: CESAR ARMSTRONG, ESQ.
LAW OFFICES OF CESAR ARMSTRONG
2525 S.W. 27TH AVE, SUITE 105
MIAMI FL 33133

CREDITOR ID: 263957-12
USF DUGAN INC
PO BOX 532979
ATLANTA, GA 30353

CREDITOR ID: 263958-12
USF HOLLAND INC
DRAWER # 5833
PO BOX 79001
DETROIT, MI 48279-5833

CREDITOR ID: 381167-47
USFILTER RECOVERY SERVICES MID ATLANTIC
PO BOX 5010
LIGHTHOUSE POINT, FL 33074

CREDITOR ID: 384407-47
USFILTER RECOVERY SERVICES MID ATLANTIC
135 S LASALLE DEPT 2610
CHICAGO, IL 60674-2610

CREDITOR ID: 268951-31
USGS CENTRAL REGION
ATTN: CHARLES R DEMAS
3535 S SHERWOOD FOREST BLVD
BATON ROUGE LA 70816-2255

CREDITOR ID: 268970-31
USGS EASTERN REGION
ATTN: MARJORIE S DAVENPORT
720 GRACERN RD STE 129
COLUMBIA SC 29210-7658

CREDITOR ID: 268969-31
USGS EASTERN REGION
ATTN: LISA L ROBBINS
600 4TH ST S
SAINT PETERSBURG FL 33701-4802

CREDITOR ID: 268968-31
USGS EASTERN REGION
ATTN: LEONARD R FROST
308 AIRPORT RD S
PEARL MS 39208-6649

CREDITOR ID: 268967-31
USGS EASTERN REGION
ATTN: JOHN KEITH
12201 SUNRISE VALLEY DR
RESTON VA 20192-0002

CREDITOR ID: 268965-31
USGS EASTERN REGION
ATTN: JESSE WEAVER
3850 HOLCOMB BRIDGE RD
NORCROSS GA 30092-5223

CREDITOR ID: 268964-31
USGS EASTERN REGION
ATTN: JESS D WEAVER
2350 FAIRLANE DR STE 120
MONTGOMERY AL 36116-1625

CREDITOR ID: 268963-31
USGS EASTERN REGION
ATTN: JEROLD ROBINSON
810 TYVOLA RD STE 108
CHARLOTTE NC 28217-3589

CREDITOR ID: 268962-31
USGS EASTERN REGION
ATTN: J STEPHEN SCHINDLER
12201 SUNRISE VALLEY DR
RESTON VA 20192-0002

CREDITOR ID: 268961-31
USGS EASTERN REGION
ATTN: IONE TAYLOR
12201 SUNRISE VALLEY DR
RESTON VA 20192-0002

CREDITOR ID: 268960-31
USGS EASTERN REGION
ATTN: HILLIARD GRIFFIN
16636 OKAHOMA ST
COFFEEVILLE MS 38922-2771

CREDITOR ID: 268959-31
USGS EASTERN REGION
ATTN: GERALD L RYAN
3916 SUNSET RIDGE RD
RALEIGH NC 27607-6416

CREDITOR ID: 268958-31
USGS EASTERN REGION
ATTN: GAYE GOODWIN
BLDG 3101 STENNIS SPACE
BAY SAINT LOUIS MS 39529-0001

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268957-31<br>USGS EASTERN REGION<br>ATTN: EDWARD MARTIN<br>3039 AMWILER RD STE 130<br>ATLANTA GA 30360-2824 | CREDITOR ID: 268956-31<br>USGS EASTERN REGION<br>ATTN: DAVID RUSS<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 268955-31<br>USGS EASTERN REGION<br>ATTN: CATHERINE HILL<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |
| CREDITOR ID: 268954-31<br>USGS EASTERN REGION<br>ATTN: CARL GOODWIN<br>9100 NW 36TH ST<br>MIAMI FL 33178-2435 | CREDITOR ID: 268953-31<br>USGS EASTERN REGION<br>ATTN: BONNIE A MCGREGOR<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 268952-31<br>USGS EASTERN REGION<br>ATTN: ART SCHULTZ<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 |
| CREDITOR ID: 268977-31<br>USGS EASTERN REGION<br>ATTN: WARD STAUBITZ<br>1730 E PARHAM RD<br>RICHMOND VA 23228-2202 | CREDITOR ID: 268976-31<br>USGS EASTERN REGION<br>ATTN: TIMOTHY CALKINS<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 268975-31<br>USGS EASTERN REGION<br>ATTN: SCOTT GAIN<br>640 GRASSMERE PARK<br>NASHVILLE TN 37211-3678 |
| CREDITOR ID: 268974-31<br>USGS EASTERN REGION<br>ATTN: RUSSELL HALL<br>7920 NW 71ST ST<br>GAINESVILLE FL 32653-3071 | CREDITOR ID: 268973-31<br>USGS EASTERN REGION<br>ATTN: R G BARKER<br>44 BUCK SHOALS RD STE A2<br>ARDEN NC 28704-3385 | CREDITOR ID: 268972-31<br>USGS EASTERN REGION<br>ATTN: PAUL HAMPSON<br>1820 MIDPARK RD STE A<br>KNOXVILLE TN 37921-5955 |
| CREDITOR ID: 268971-31<br>USGS EASTERN REGION<br>ATTN: PAM MALAM<br>12201 SUNRISE VALLEY DR<br>RESTON VA 20192-0002 | CREDITOR ID: 263960-12<br>USHER ENTERPRISES INC<br>PO BOX 3616 29<br>DECATUR, GA 30036-1629 | CREDITOR ID: 264909-12<br>USHER, WILMA<br>124 STONEHAVEN TRAIL<br>PELHAM, AL 35124 |
| CREDITOR ID: 263961-12<br>USI INC<br>PO BOX 18117<br>BRIDGEPORT CT 06601-2917 | CREDITOR ID: 263962-12<br>USIS COMMERCIAL SERVICES<br>DEPT NO 130<br>PO BOX 21228<br>TULSA, OK 74121-1228 | CREDITOR ID: 315918-40<br>USPG PORTFOLIO TWO LLC<br>PO BOX 71-0959<br>COLUMBUS, OH 43271-0959 |
| CREDITOR ID: 263964-12<br>USPS PITNEY BOWES<br>PO BOX 894766<br>LOS ANGLES CA 90189-4766 | CREDITOR ID: 278592-24<br>USRP I LLC<br>4226 COLLECTION CENTER DRIVE<br>LOCKBX #4226<br>CHICAGO IL 60693 | CREDITOR ID: 263965-12<br>USRP I LLC GLEN LEA SHOPPING CENTER<br>LOCKBOX # 4300 LEASE# 2102-000991<br>4300 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 1962-RJ<br>USRP I LLC GLEN LEA SHOPPING CENTER<br>LOCKBOX# 4300 LEASE# 2102-000<br>4300 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 263966-12<br>USRP I LLC SHOPPES OF<br>KILDAIRE SHOPPING<br>LOCKBOX # 5853 LEASE# 2010-001201<br>5853 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 1963-07<br>USRP I LLC SHOPPES OF KILDAIRE<br>5853 COLLECTION CENTER DRIVE<br>LOCKBOX# 5853 LEASE# 2010-001<br>CHICAGO, IL 60693 |
| CREDITOR ID: 387905-54<br>USSERY-STROUD, TIANISSA<br>2291 JONESBORO ROAD APT 92A<br>ATLANTA, GA 30315 | CREDITOR ID: 392188-55<br>USSERY-STROUD, TIANISSA<br>C/O: HILLMAN TOOMBS, ESQ.<br>HILLMAN J.TOOMBS & ASSOC<br>6338 CHURCH ST.<br>RIVERDALE GA 30274 | CREDITOR ID: 263967-12<br>UTC OCCUPATIONAL MEDICINE<br>100 TRADE STREET<br>SUITE B<br>LEXINGTON, KY 40511 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.

**CASE:**   05-03817-3F1

CREDITOR ID: 263970-12
UTILITIES COMMISSION OF
PO BOX 100
NEW SMYRNA BEACH, FL 32170-0100

CREDITOR ID: 268978-14
UTILITIES DEPT FISCAL & ADM
ATTN: BEN BATEMAN
109 E CHURCH ST FL 4
ORLANDO FL 32801-3319

CREDITOR ID: 268979-31
UTILITY ENGINEERING
ATTN: MICHAEL A SWEET
14 S FORT HARRISON AVE
CLEARWATER FL 33756-5105

CREDITOR ID: 263971-12
UTILITY PAYMENT PROCESSING
PO BOX 96025
BATON ROUGE, LA 70896-9600

CREDITOR ID: 268980-31
UTILITY SERVICES
ATTN: JIM PENNINGTON
133 W CAROLINA AVE
HARTSVILLE SC 29550-4215

CREDITOR ID: 268981-31
UTLITY DISTRICT 25
ATTN: EDWARD MASSEY
122 DIXON SPRINGS HWY
CARTHAGE TN 37030-4015

CREDITOR ID: 263972-12
UTZ QUALITY FOODS INC
900 HIGH ST
HANOVER, PA 17331

CREDITOR ID: 263973-12
UZMA SHAHZAD
15364 SW 178 STREET
MIAMI FL 33187

CREDITOR ID: 405785-95
V M INTERNATIONAL
PO BOX 31391
CHARLOTTE NC 28231-1391

CREDITOR ID: 384408-47
V&D INTERNATIONAL GROUP
2704 NW 112 AVENUE
MIAMI, FL 33172

CREDITOR ID: 263974-12
V&D INTERNATIONAL GROUP, INC
ATTN VICTOR ELBAZE / DAVID FOURNIER
2704 NW 112 AVENUE
MIAMI, FL 33172

CREDITOR ID: 268983-31
VA DEPT CONSERVTION RECREATION
ATTN: TAMARA KEELER
44 SANGERS LN STE 102
STAUNTON VA 24401-6712

CREDITOR ID: 268982-31
VA DEPT CONSERVTION RECREATION
ATTN: MARC ADENI
98 ALEXANDRIA PIKE STE 33
WARRENTON VA 20186-2849

CREDITOR ID: 268994-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: MICHAEL OVERSTREET
355 DEADMORE ST SE
ABINGDON VA 24210-3456

CREDITOR ID: 268993-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: JERRY SEELEY
4949 COX RD STE A
GLEN ALLEN VA 23060-6201

CREDITOR ID: 268992-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: JEFF STEERS
13901 CROWN CT
WOODBRIDGE VA 22193-1453

CREDITOR ID: 268991-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: JAMIE THOMAS
701 E FRANKLIN ST
RICHMOND VA 23219-2512

CREDITOR ID: 268990-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: GREGORY L CLAYTON
6225 BRANDON AVE STE 310
SPRINGFIELD VA 22150-2524

CREDITOR ID: 268988-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: FRANK DANIEL
287 PEMBROKE ST
PEMBROKE VA 24136-3369

CREDITOR ID: 268986-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: EARL T ROBB
1401 E BROAD ST FL 2
RICHMOND VA 23219-2052

CREDITOR ID: 268985-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: DEBORAH MORGAN
429 E CHURCH ST
KILMARNOCK VA 22482-3823

CREDITOR ID: 268984-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: ALLAN LASSIKER
101 N 14TH ST FL 11
RICHMOND VA 23219-3665

CREDITOR ID: 269007-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: WALLACE N DAVIS
801 NINTH ST OFFICE BLDG
RICHMOND VA 23219

CREDITOR ID: 269006-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: W L WOODFIN JR
629 E MAIN ST
RICHMOND VA 23219-2429

CREDITOR ID: 269005-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: THOMAS L HENDERSON
3015C PETERS CREEK RD NW
ROANOKE VA 24019-2738

CREDITOR ID: 269002-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: TERRY DARTON
806 WESTWOOD OFFICE PARK
FREDERICKSBURG VA 22401-5121

CREDITOR ID: 269001-31
VA DEPT ENVIRONMENTAL QUALITY
ATTN: STEVEN VONCANON
629 E MAIN ST
RICHMOND VA 23219-2429

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268999-31<br>VA DEPT ENVIRONMENTAL QUALITY<br>ATTN: RICHARD N BURTON<br>4900 COX RD<br>GLEN ALLEN VA 23060-6295 | CREDITOR ID: 268996-31<br>VA DEPT ENVIRONMENTAL QUALITY<br>ATTN: R BRADLEY CHEWNING<br>116 N MAIN ST<br>BRIDGEWATER VA 22812-1301 | CREDITOR ID: 268995-31<br>VA DEPT ENVIRONMENTAL QUALITY<br>ATTN: PAUL E HERMAN<br>900 NATURAL RESOURCES DR<br>CHARLOTTESVILLE VA 22903-2982 |
| CREDITOR ID: 269009-31<br>VA DEPT HOUSING AND CMNTY DEV<br>ATTN: WILLIAM C SHELTON<br>501 N 2ND ST<br>RICHMOND VA 23219-1321 | CREDITOR ID: 269008-31<br>VA DEPT HOUSING AND CMNTY DEV<br>ATTN: RICHARD F SLIWOSKI<br>805 E BROAD ST STE 101<br>RICHMOND VA 23219-1910 | CREDITOR ID: 269011-31<br>VA DEPT MINES MINERALS & ENRGY<br>ATTN: WILLIAM HENIKA<br>4044 DERRING HALL RM 1041<br>BLACKSBURG VA 24061-0001 |
| CREDITOR ID: 269010-31<br>VA DEPT MINES MINERALS & ENRGY<br>ATTN: STANLEY S JOHNSON<br>900 NATURAL RESOURCES DR<br>CHARLOTTESVILLE VA 22903-2982 | CREDITOR ID: 269012-14<br>VA DEPT PLANNING AND BUDGET<br>ATTN: RICHARD D BROWN<br>200 N 9TH ST STE 418<br>RICHMOND VA 23219-3412 | CREDITOR ID: 269013-14<br>VA DEPT STATE INTERNAL AUDITOR<br>ATTN: MERRITTE COGSWELL<br>101 N 14TH ST FL 2<br>RICHMOND VA 23219-3665 |
| CREDITOR ID: 269016-31<br>VA SECRETARY NATURAL RESOURCE<br>ATTN: W TAYLOE MURPHY JR<br>200 N 9TH ST STE 733<br>RICHMOND VA 23219-3414 | CREDITOR ID: 269015-31<br>VA SECRETARY NATURAL RESOURCE<br>ATTN: JERRY PEAKS<br>454 E MAIN ST<br>ABINGDON VA 24210-3408 | CREDITOR ID: 269014-31<br>VA SECRETARY NATURAL RESOURCE<br>ATTN: BOBBIE CRAWFORD<br>13901 CROWN CT<br>WOODBRIDGE VA 22193-1453 |
| CREDITOR ID: 263977-12<br>VACHERIE ELEMENTARY<br>13440 HWY 644<br>VACHERIE, LA 70090 | CREDITOR ID: 263978-12<br>VACHERIE PRIMARY<br>19177 HWY 643<br>VACHERIE, LA 70090 | CREDITOR ID: 263979-12<br>VACHLIA INC<br>111 SECOND AVENUE NE<br>SUITE 702<br>ST PETERSBURG, FL 33701 |
| CREDITOR ID: 1964-07<br>VACHLIA INC<br>111 SECOND AVENUE NE, STE 702<br>ST PETERSBURG, FL 33701 | CREDITOR ID: 263976-12<br>VAC-U-MAX<br>37 RUTGERS ST<br>BELLEVILLE NJ 07109-3148 | CREDITOR ID: 388689-54<br>VAHL, MARIANNE<br>102 NORTH CREEK DRIVE<br>LOUISBURG NC 27549 |
| CREDITOR ID: 392722-55<br>VAHL, MARIANNE<br>C/O: JAMES SCOTT FARRIN<br>LAW OFFICES OF JAMES SCOTT FARRIN<br>PO BOX 131<br>DURHAM NC 27702 | CREDITOR ID: 263980-12<br>VAIMOANA VEA<br>210 S SHEPPARD DRIVE<br>EULESS TX 76040 | CREDITOR ID: 381947-50<br>VAKIS LIMITED<br>C/O MR. GEORGE MOSKO<br>PO BOX N-641<br>NASSAU,<br>BAHAMAS |
| CREDITOR ID: 385476-54<br>VALANTASIS, JANET<br>2654 FAWNLAKE TRL<br>ORLANDO, FL 32828-7842 | CREDITOR ID: 385476-54<br>VALANTASIS, JANET<br>14728 GAINBOROUGH COURT<br>ORLANDO, FL 32826 | CREDITOR ID: 388884-54<br>VALARE, SHERRY<br>501 SW 75TH ST<br>APT C5<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 386872-54<br>VALASQUEZ, DAWN M<br>8502 N ARDEN AVE<br>TAMPA FL 33604 | CREDITOR ID: 263983-12<br>VALASSIS<br>PO BOX 71645<br>CHICAGO, IL 60694-1645 | CREDITOR ID: 263982-12<br>VALASSIS<br>19975 VICTOR PARKWAY<br>LIVONIA, MI 48152 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

| | | |
|---|---|---|
| **DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.** | | **CASE:** **05-03817-3F1** |

CREDITOR ID: 406115-15
VALASSIS COMMUNICATIONS, INC
ATTN RON SCHOMER/RHONDA COPELAND
19975 VICTOR PARKWAY
LIVONIA MI 48152

CREDITOR ID: 382190-51
VALASSIS SALES AND MARKETING, INC
19975 VICTOR PARKWAY
LIVONIA, MI 48152

CREDITOR ID: 263981-12
VAL-CO MARKETING & RESEARCH
PO BOX 5117
VALDOSTA GA 31601-5117

CREDITOR ID: 400213-86
VALDES, ADIS
5523 BRIARCLIFF DR.
SARASOTA  FL 34234

CREDITOR ID: 399589-82
VALDES, JANET
1165 LAKE VICTORIA DRIVE,  APT P
WEST  PALM  BEACH  FL 33411

CREDITOR ID: 399590-82
VALDES, MARIA
175 EAST 45TH STREET
HIALEAH  FL 33013

CREDITOR ID: 407313-MS
VALDESPINO, KEN
2037 HENLEY PLACE
WEST PALM BEACH FL 33414

CREDITOR ID: 407312-MS
VALDESPINO, KEN E JR
BUILDING 2 UNIT 101
12060 BRASSIE BEND
FORT MYERS FL 33913-8609

CREDITOR ID: 386630-54
VALDEZ, CYNTHIA
16419 BERRY WAY
DELRAY BEACH FL 33484

CREDITOR ID: 391622-55
VALDEZ, CYNTHIA
C/O TYLER HARDING, ESQ.
HOFFMAN, CLENDINING & HARDING
9070 KIMBERLY BLVD.
SUITE 57
BOCA RATON FL 33434

CREDITOR ID: 390491-54
VALDIVIA, CHRISTIAN E (MINOR)
15611 SW 36TH TERRACE
MIAMI, FL 33185

CREDITOR ID: 391090-55
VALDIVIA, CHRISTIAN E (MINOR)
C/O LAW OFFICES OF ARMANDO A PEREZ
ATTN ARMANDO A PEREZ, ESQ
INTERMERICAN PLAZA
701 SW 27TH AVENUE, SUITE 1205
MIAMI FL 33135

CREDITOR ID: 262912-12
VALDOSTA DAILY TIMES, THE
ATTN J BARRON OR B BRIGMAN
PO BOX 968
VALDOSTA, GA 31603

CREDITOR ID: 263984-12
VALDOSTA TECHNICAL SYSTEMS INC
3477 BEMISS ROAD
VALDOSTA, GA 31605

CREDITOR ID: 263985-12
VALENA C JONES ELEMENTARY
1901 N GALVEZ ST
NEW ORLEANS, LA 70119

CREDITOR ID: 263986-12
VALENCIA LAWN SERVICES
6258 TERRY ROAD
JACKSON, MS 39272

CREDITOR ID: 407560-15
VALENTINE, JIMMY M & CAROLYN S
19317 VALENTINE
KEMP TX 75143

CREDITOR ID: 253169-12
VALENTINE, JOE
KINGSPORT POLICE DEPARTMENT
200 SHELBY STREET
KINGSPORT, TN 37660

CREDITOR ID: 388055-54
VALENTINE, MISSOULE
2720 SUMMERSET DR
APT W-208
LAUDERDALE LAKES, FL 33311

CREDITOR ID: 392325-55
VALENTINE, MISSOULE
C/O: LAURA EZRY, ESQUIRE
LAURA EZRY, P.A.
1975 EAST SUNRISE BLVD # 502
FT. LAUDERDALE FL 33304

CREDITOR ID: 407314-MS
VALENTINE, OLIVER D.
804 HOLLY SPRINGS ESTATE RD.
FRANKLIN NC 28734

CREDITOR ID: 241567-12
VALENZUELA, ADA M
535 NE 132 STREET
NORTH MIAMI FL 33161

CREDITOR ID: 389325-54
VALENZUELA, KIM
1730 SW 70 WAY
POMPANO BEACH FL 33068

CREDITOR ID: 393140-55
VALENZUELA, KIM
C/O: VANCE MOORE, ESQUIRE
ATTORNEYS JO ANN HOFFMAN, MOORE, BAISDEN
4403 W. TRADEWINDS AVENUE
LAUDERDALE-BY-THE-SEA FL 33308

CREDITOR ID: 263987-12
VALERIE L ROQUES
3610 PACKENHAM
CHALMETTE LA 70043

CREDITOR ID: 263988-12
VALERIE MASON
651 HWY 95 A SOUTH
CANTONMENT FL 32533

CREDITOR ID: 263990-12
VALET CLEANERS
4301 N 56TH STREET
TAMPA FL 33610

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263992-12<br>VALIO<br>PO BOX 915<br>ALBANY NY 12201 | CREDITOR ID: 394183-56<br>VALLE, MARIA DELLA<br>2845 CROSLEY DR. EAST<br>WEST PALM BEACH, FL 33461 | CREDITOR ID: 394763-57<br>VALLE, MARIA DELLA<br>C/O CHARLES FLAXMAN, ESQUIRE<br>5715 JOHNSON STREET<br>MIAMI FL 33021 |
| CREDITOR ID: 400371-85<br>VALLE, MARIA DELLA<br>C/O LAW OFFICES OF FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 376884-44<br>VALLE, ROSA<br>BOX 291<br>SAN ANTONIO, PR 00690-0291 | CREDITOR ID: 263993-12<br>VALLENCOURT INC<br>STRUCTURAL SURFACES<br>6834 PICKETTVILLE ROAD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 269017-31<br>VALLEY COMMUNITY SERVICES BD<br>ATTN: BILL CARP<br>847 LEE JACKSON HWY<br>STAUNTON VA 24401-5510 | CREDITOR ID: 263994-12<br>VALLEY DISTRIBUTING<br>4488 ELMWOOD LANE<br>PO BOX 1377<br>SALEM, VA 24153-1377 | CREDITOR ID: 263995-12<br>VALLEY FRESH INC<br>PO BOX 8000<br>DEPARTMENT 324<br>BUFFALO, NY 14267 |
| CREDITOR ID: 405786-95<br>VALLEY FRESH INC<br>PO BOX 3359<br>BUFFALO NY 14240 | CREDITOR ID: 263996-12<br>VALLEY NAT'L GASES - LOC 69<br>PO BOX 6378<br>WHEELING, WV 26003 | CREDITOR ID: 2960-04<br>VALLEY PROTEINS<br>9300 JOHNSON ROAD<br>STRAWBERRY PLAINS, TN 37871 |
| CREDITOR ID: 263999-12<br>VALLEY PROTEINS INC<br>PO BOX 890008<br>CHARLOTTE NC 28289-0008 | CREDITOR ID: 263998-12<br>VALLEY PROTEINS INC<br>PO BOX 643393<br>CINCINNATI, OH 45264-3393 | CREDITOR ID: 264001-12<br>VALLEY RICH DAIRY<br>PO BOX 60271<br>CHARLOTTE, NC 28260 |
| CREDITOR ID: 278963-30<br>VALLEY SHORE FARMS<br>PO BOX 862<br>MOULTRIE, GA 31776 | CREDITOR ID: 262913-12<br>VALLEY TRADING POST, THE<br>PO BOX 284<br>VINTON, VA 24179 | CREDITOR ID: 264003-12<br>VALLEY TRUCKING CO INC<br>4550 COFFEE PORT RD<br>BROWNSVILLE TX 78521 |
| CREDITOR ID: 403475-99<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN: WALTER F MCARDLE<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 403475-99<br>VALLEYDALE ASSOCIATES LTD<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA LAFLEUR/RICHARD THAMES<br>121 W FORSYTH ST STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2644-07<br>VALLEYDALE ASSOCIATES, LTD.<br>2117 SECOND AVE P O BOX 12767<br>BIRMINGHAM AL 35202-2767 |
| CREDITOR ID: 264005-12<br>VALLEYDALE FOODS INC<br>PO BOX 403225<br>ATLANTA GA 30384-3225 | CREDITOR ID: 388742-54<br>VALLILEE, ROBERT<br>521 S. FEDERAL<br>LAKE WORTH FL 33460 | CREDITOR ID: 386054-54<br>VALLON, FRANCOIS<br>655 SW 20TH STREET<br>APT 20<br>DELRAY BEACH, FL 33444 |
| CREDITOR ID: 391253-55<br>VALLON, FRANCOIS<br>C/O: SCOTT CRONAN, ESQUIRE<br>FELDMAN & GETZ, P.A.<br>7280 W. PALMETTO PARK ROAD<br>SUITE 106<br>BOCA RATON FL 33434 | CREDITOR ID: 386575-54<br>VALPUESTA, IVONNE<br>884 FLAMANGO LAKE DR<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 391591-55<br>VALPUESTA, IVONNE<br>C/O: SANDRA MCAULEY ESQ.<br>FINDLER AND FINDLER<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264006-12<br>VALRICO SQUARE<br>C/O RETAIL ASSET MANAGEMENT<br>PO BOX 5666<br>CLEARWATER, FL 33758-5666 | CREDITOR ID: 932-03<br>VALRICO SQUARE<br>PO BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 264007-12<br>VALSPAR<br>LOCKBOX 771830<br>1830 SOLUTION CENTER<br>CHICAGO IL 60677-1008 |
| CREDITOR ID: 269018-31<br>VALTRASERV<br>ATTN: JAROD BUCHMAN<br>2285 MARSH HAWK LN<br>ORANGE PARK FL 32003-6363 | CREDITOR ID: 264008-12<br>VALU TRADING GROUP<br>PO BOX 73097<br>CHICAGO IL 60673-7097 | CREDITOR ID: 264009-12<br>VALU TRADING GROUP INC<br>PO BOX 911385<br>DALLAS TX 75391-1385 |
| CREDITOR ID: 406285-15<br>VALUE AMERICA<br>ATTN JULIE RIZZO, ASST CONTROLLER<br>4175 VETERANS HWY<br>RONKONKOMA NY 11779 | CREDITOR ID: 264010-12<br>VALUE AMERICA<br>PO BOX 79692<br>BALTIMORE, MD 21279-0692 | CREDITOR ID: 264011-12<br>VALUE PAGE<br>PO BOX 2224<br>BIRMINGHAM, AL 35246-0018 |
| CREDITOR ID: 382912-51<br>VALUE RX (MEDICOST)<br>1825 SOUTH WOODWARD AVE, SUITE 200<br>BLOOMFIELD HILLS, MI 48302 | CREDITOR ID: 264012-12<br>VALVOLINE, INC<br>PO BOX 101489<br>ATLANTA, GA 30392-0001 | CREDITOR ID: 269019-31<br>VAN BUREN COUNTY OF<br>ATTN: JOANN KELL<br>BURRETT COLLEGE BUILDING<br>SPENCER TN 38585 |
| CREDITOR ID: 397337-69<br>VAN ELMORE SERVICE<br>19 ASHLEY DRIVE<br>MOBILE, AL 36608 | CREDITOR ID: 403369-83<br>VAN HISSENHOVEN, INC.<br>7206 BETTY ST.<br>WINTER PARK FL 32792 | CREDITOR ID: 278964-30<br>VAN HOEKELEN INC<br>PO BOX 88, RT 309<br>GREENHOUSES INC<br>MCADOO, PA 18237-0088 |
| CREDITOR ID: 264015-12<br>VAN HOLTENS INC<br>PO BOX 66<br>703 WEST MADISON STREET<br>WATERLOO WI 53594 | CREDITOR ID: 243058-12<br>VAN NAMEN, BARBARA<br>9610 OLD RIVERSIDE LANE<br>BALL GROUND, GA 30107 | CREDITOR ID: 264017-12<br>VAN NESS PLASTIC MOLDING<br>400 BRIGHTON ROAD<br>CLIFTON, NJ 07012-1013 |
| CREDITOR ID: 264018-12<br>VAN NOTE SUPPLY<br>1403 HUGH AVENUE<br>LOUISVILLE KY 40213 | CREDITOR ID: 407315-MS<br>VAN PELT, CHARLES<br>9336 WHALEYS LAKE LANE<br>JONESBORO GA 30238 | CREDITOR ID: 407316-MS<br>VAN PELT, CHARLES H. C<br>140 KINGSTON DRIVE<br>ST. AUGUSTINE FL 32084-1374 |
| CREDITOR ID: 264020-12<br>VAN RU CREDIT CORPORATION<br>ATTN:  NANCY GRANT<br>10024 SKOKIE BLVD<br>SKOKIE IL 60077 | CREDITOR ID: 264021-12<br>VAN WINGERDEN INTERNATIONAL<br>1856 JEFFRESS ROAD<br>FLETCHER NC 28732 | CREDITOR ID: 405790-95<br>VAN WINGERDEN INTERNATIONAL<br>556 JEFFRESS ROAD<br>FLETCHER NC 28732 |
| CREDITOR ID: 278965-30<br>VAN WINGERDEN INTERNATIONAL<br>ATTN MJ LEMKES, PRES<br>1856 JEFFRESS ROAD<br>FLETCHER, NC 28732 | CREDITOR ID: 399808-84<br>VANASCO, JOSEPHINE<br>5329 LA PLATA DRIVE<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 387615-54<br>VANBROCKLIN, LAURIE<br>12710 DEEDER LANE<br>JACKSONVILLE FL 32258 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389913-54
VANBUREN, JOHNNY
1934 BOLING STREET
JACKSON, MS 39213

CREDITOR ID: 393452-55
VANBUREN, JOHNNY
C/O: MR. ROBERT SMITH, ESQUIRE
ROBERT SHULER SMITH, PLLC
1253 VALLEY ST.
JACKSON MS 39203

CREDITOR ID: 381822-48
VANCE & ENGLES AIRCRAFT BROKERS INC
700 MELVIN AVE, STE 7B
ANNAPOLIS MD 21401

CREDITOR ID: 318515-42
VANCE COUNTY TAX COLLECTOR
122 YOUNG ST STE E
HENDERSON, NC 27536-4268

CREDITOR ID: 264023-12
VANCE ELECTRICAL CONTRATORS INC
3168 MIDTOWN PARK SOUTH
MOBILE AL 36606

CREDITOR ID: 264024-12
VANCE FAMILY MEDICINE
381 RUIN CREEK ROAD
HENDERSON NC 27536

CREDITOR ID: 264025-12
VANCLEAVE MIDDLE SCHOOL
4725 BULL DOG LANE
VANCLEAVE, MS 39564

CREDITOR ID: 264026-12
VANCLEAVE PLUMBING
10701 CLEARWATER ROAD
VANCLEAVE, MS 39565

CREDITOR ID: 387051-54
VANDARWORKER, DAVID
624 ARLINTON RD
GREER SC 29651

CREDITOR ID: 264027-12
VANDEBILT CATHOLIC HIGH
209 S HOLLYWOOD RD
HOUMA, LA 70360

CREDITOR ID: 407317-MS
VANDETTE, DARRELL R.
1274 NW 66TH AVE.
MARGATE FL 33063

CREDITOR ID: 398007-76
VANDIVER, SHARON
189 BELTLINE ROAD
ABBEVILLE, SC 29620

CREDITOR ID: 247267-12
VANDYKE, CRYSTAL D
PO BOX 238
LACROSSE VA 23950

CREDITOR ID: 264028-12
VANESSA R GRIMES
4175 COUNTY ROAD 12
ODENVILLE AL 35120

CREDITOR ID: 407318-MS
VANGORDER, WILLIAM H.
2011 MILLCREEK RD.
JACKSONVILLE FL 32211

CREDITOR ID: 278723-27
VANGUARD GROUP INCORPORATED
THE VANGUARD GROUP
ATTN EARL E MCEVOY
PO BOX 2600
VALLEY FORGE PA 19482

CREDITOR ID: 264029-12
VANGUARD INTEGRITY PROFESSIONALS
3035 EAST PATRICK LANE, SUITE 11
LAS VEGAS NV 89120

CREDITOR ID: 382221-51
VANGUARD PLASTICS
500 NORTH ELLIS ROAD
JACKSONVILLE, FL 32254

CREDITOR ID: 264030-12
VANGUARD PLASTICS INC
PO BOX 664131
INDIANAPOLIS, IN 46266

CREDITOR ID: 279057-32
VANGUARD PLASTICS INC.
4555 LANGLAND ROAD
FARMERS BRANCH TX 75244

CREDITOR ID: 264031-12
VANGUARD TRANSPORTATION SYSTEMS INC
PO BOX 609
WEST CHESTER OH 45071-0609

CREDITOR ID: 264032-12
VANLAB
ATTN DIANE MERITT
86 WHITE STREET
ROCHESTER NY 14608

CREDITOR ID: 395440-64
VANLAB CORP.
86 WHITE STREET
ROCHESTER, NY 14608

CREDITOR ID: 390328-54
VANN, GENISE (MINOR)
1701 LAKE SHORE BLVD
APT 1705
JACKSONVILLE, FL 32210

CREDITOR ID: 391215-55
VANN, GENISE (MINOR)
C/O: LLOYD MANUKIAN, ESQ
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 264034-12
VANNOY AND LANDFORD PLUMBING
PO BOX 36
NORTH WILKESBORO NC 28659

CREDITOR ID: 387487-54
VANSANT, PATRICIA
P.O 1346
BY- PASS 25
COLUMBIANA AL 35051

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392009-55<br>VANSANT, PATRICIA<br>C/O: LAWRENCE T. KING, ESQ.<br>GOOZEE, KING , HORSLEY<br>ONE PERIMETER PARK S.<br>SUITE 486 N.<br>BIRMINGHAM AL 35243 | CREDITOR ID: 389729-54<br>VANSLYKE, CONNIE<br>P O BOX 253<br>WABASSO FL 32970 | CREDITOR ID: 393356-55<br>VANSLYKE, CONNIE<br>C/O: STEWART COLLING, ESQ.<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 264035-12<br>VANTAGE LOGISTICS<br>PO BOX 181083<br>MEMPHIS TN 38181-1083 | CREDITOR ID: 388032-54<br>VAPORIS, ALEXANDRA<br>651 RIVER VILLAGE DRIVE<br>TARPON SPRINGS, FL 34689 | CREDITOR ID: 392307-55<br>VAPORIS, ALEXANDRA<br>C/O: NIKKI KAVOUKLIS, ESQ<br>THE LAW OFFICES OF NIKKI KAVOUKLIS, PA<br>114 SOUTH PINELLAS AVE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 264036-12<br>VARA LYONS<br>105 CREEKWOOD DRIVE<br>BRANDON MS 39047 | CREDITOR ID: 388766-54<br>VARELA, ANA M<br>3416 NORTH 51ST STREET<br>TAMPA FL 33619 | CREDITOR ID: 388096-54<br>VARGAS, ANA<br>1401 SW 124TH COURT<br>UNIT E<br>MIAMI, FL 33184 |
| CREDITOR ID: 389824-54<br>VARGAS, CARMEN<br>115 RANDIA DR.<br>ORLANDO FL 32807 | CREDITOR ID: 390455-54<br>VARGAS, NELSON C<br>4029 STILLWOOD DR<br>JACKSONVILLE FL 32257 | CREDITOR ID: 264037-12<br>VARIETY FOODS INC<br>ATTN CHERYL GENDIES, VP<br>5180 N W 12TH AVENUE<br>FT LAUDERDALE, FL 33309 |
| CREDITOR ID: 407442-15<br>VARIS, ANNE G & TATE, HARRY TTEES<br>FBO JOHN D VARIS REV T DTD 03/17/94<br>105106 CR 250<br>DURANGO CO 81301 | CREDITOR ID: 264038-12<br>VARNADO ELEMENTARY SCHOOL<br>64139 JONES CREEK RD<br>ANGIE, LA 70426 | CREDITOR ID: 264039-12<br>VARNADO HIGH SCHOOL<br>25543 WASHINGTON ST<br>ANGIE, LA 70426 |
| CREDITOR ID: 248362-12<br>VARNADO, DONNA L<br>13175 CHATEAU COURT<br>NEW ORLEANS, LA 70129 | CREDITOR ID: 384419-47<br>VARNADO, WILLIAM F<br>6532 STARLING AVENUE<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 390084-54<br>VARNADOE, NANETTE<br>PO BOX 519<br>SEABOARD, NC 27876 |
| CREDITOR ID: 393540-55<br>VARNADOE, NANETTE<br>C/O KEEL LASSITER & DUFFY<br>ATTN G PAUL DUFFY JR ESQ<br>PO BOX 4307<br>ROCKY MOUNT NC 27803 | CREDITOR ID: 387727-54<br>VARNER, JACKIE<br>11705 PEARL DRIVE<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 264040-12<br>VARNEY INC<br>PO BOX 3187<br>ROANOKE, VA 24015 |
| CREDITOR ID: 387032-54<br>VARNEY, FRANK<br>432 WEST GARDENIA DRIVE<br>ORANGE FL 32003 | CREDITOR ID: 279058-32<br>VARNUM RIDDERING SCHMIDT HOWLETT LL<br>ATTN: TIMOTHY J. CURTIN<br>BRIDGWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS MI 49501-0352 | CREDITOR ID: 264041-12<br>VARSITY SPORTS<br>PO BOX 7554<br>ATTN HARVEY STEPHENS<br>ARLINGTON TX 76005 |
| CREDITOR ID: 386586-54<br>VASQUES, ANTOLINA<br>2377 SE MANITON TERRANCE<br>PORT ST LUCIE FL 34952 | CREDITOR ID: 391598-55<br>VASQUES, ANTOLINA<br>C/O: STEVEN SLOOTSKY, ESQUIRE<br>SLOOTSKY & GOLDSTEIN<br>1630 NORTH FEDERAL HWY<br>FT. LAUDERDALE FL 33305 | CREDITOR ID: 385668-54<br>VASQUEZ, ANTHONY<br>13260 SW 205 LANE<br>MIAMI, FL 33177 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 390954-55
VASQUEZ, ANTHONY
C/O: SCOTT L. POISSON, ESQUIRE
BERNSTEIN AND MARYANOFF
15055 SW 122ND AVE
MIAMI FL 33186

CREDITOR ID: 389793-54
VASQUEZ, BRUNILDA
14855 SW 104TH STREET, APT 22
MIAMI FL 33196

CREDITOR ID: 386433-54
VASQUEZ, JESUS
3340 STUART DRIVE
FORT WORTH TX 76110

CREDITOR ID: 403264-92
VASSALLO & BILOTTA
CONGRESS PROFESSIONAL CENTER
STE 1
PALM SPRINGS FL 33461

CREDITOR ID: 389906-54
VASSER, WILLA
18 HERBERT STREET
MOBILE, AL 36607

CREDITOR ID: 393444-55
VASSER, WILLA
C/O: MICHAEL WING
M. A. WING
107 ST FRANCIS ST.
SUITE 2501
MOBILE AL 36602

CREDITOR ID: 264042-12
VAUCRESSON SAUSAGE CO
PO BOX 820186
NEW ORLEANS, LA 70182-0186

CREDITOR ID: 264043-12
VAUGHAN ROOFING & SHEET METAL, LLC
ATTN: JUDITH C KELLOGG, TREAS
4911 I-10 FRONTAGE ROAD
PORT ALLEN, LA 70767

CREDITOR ID: 407497-15
VAUGHAN, IDONA M, BENEFICIARY
OF CLARENCE E VAUGHAN
1808 E RAMPART STREET
TAMPA FL 33604

CREDITOR ID: 385732-54
VAUGHN, CYNTHIA
13301 SW 192 ST
MIAMI, FL 33177

CREDITOR ID: 391011-55
VAUGHN, CYNTHIA
C/O: MICHAEL PALAHACH
PALAHACH & CRUANES
2655 LEJEUNE ROAD, SUITE 1108
CORAL GABLES FL 33134

CREDITOR ID: 407319-MS
VAUGHN, JAMES E.
900 CARDINAL RIDGE ROAD
BURLESON TX 76028

CREDITOR ID: 407723-15
VAUGHN, RITA & J.C. (HUSBAND)
C/O FLEISCHMANN AND FLEISCHMANN
ATTN CHARLES FLEISCHMANN, ESQ.
721 BROAD STREET, SUITE 600
CHATTANOOGA TN 37402

CREDITOR ID: 391791-55
VAUGHN, RITA A
C/O CHARLES J. FLEISCHMANN
FLEISCHMANN AND FLEISCHMANN, ATTORNEYS
721 BROAD STREET
SUITE 600 MACLELLAN BUILDING
CHATTANOOGA TN 37402

CREDITOR ID: 387204-54
VAUGHN, RITA A
ROUTE 2  BOX 213-A
DUNLAP, TN 37327

CREDITOR ID: 385485-54
VAUGHN, SANDRA
4520 WILLIAMS BLVD.
APT. P-212
KENNER, LA 70065

CREDITOR ID: 390785-55
VAUGHN, SANDRA
C/O: ANTHONY S TAORMINA
LAW OFFICE OF ANTHONY S TAORMINA
3005 HARVARD AVENUE
SUITE 100
METAIRIE LA 70006

CREDITOR ID: 264044-12
VAULTING & CASH SERVICES INC
PO BOX 82256
LAFAYETTE, LA 70598-2256

CREDITOR ID: 244561-12
VAZQUEZ, CARLOS F
2016 WEST DRIVE
WEST PALM BEACH FL 33409

CREDITOR ID: 387239-54
VAZQUEZ, CARMEN
8224 NEWPORT ROAD
JACKSONVILLE, FL 32210

CREDITOR ID: 391827-55
VAZQUEZ, CARMEN
C/O: LUIS TOUS, ATTORNEY AT LAW
6320 OLD ST. AUGUSTINE RD.
SUITE 111
JACKSONVILLE FL 32217

CREDITOR ID: 386108-54
VAZQUEZ, JOSEFINA
4531 SW 5TH STREET
MIAMI, FL 33126

CREDITOR ID: 391294-55
VAZQUEZ, JOSEFINA
C/O: JORGE C BORRON, ESQ.
ALVAREZ, ARMAS & BORRON
3211 PONCE DE LEON BLVD
SUITE 302
CORAL GABLES FL 33134-7274

CREDITOR ID: 264045-12
VCU
921 W FRANKLIN STREET
ROOM 104
ATTN ADRIENNE HOWARD
RICHMOND VA 23284

CREDITOR ID: 269020-31
VDOT FACILITIES LYNCHBURG
ATTN: WILLIAM RAMEY
4219 CAMPBELL AVE
LYNCHBURG VA 24501-4801

CREDITOR ID: 389327-54
VEAL, MONROE
ROUTE 1  BOX 1550
SAINT GEORGE GA 31647

CREDITOR ID: 393141-55
VEAL, MONROE
C/O: JONATHAN B. ISRAEL, ESQ.
HARRELL & JOHNSON
1809 ART MUSEUM DRIVE
SUITE 203
JACKSONVILLE FL 32207

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407320-MS<br>VEATCH, STANLEY T.<br>2129 BIRCH BARK COURT E<br>JACKSONVILLE FL 32246 | CREDITOR ID: 264046-12<br>VECTOR TRANSPORTATION CO<br>PO BOX 3292<br>TUPELO MS 38803 | CREDITOR ID: 264048-12<br>VEDA MCMILLAN<br>3711 CHAPEL GROVE SCHOOL ROAD<br>GASTONIA NC 28052 |
| CREDITOR ID: 264049-12<br>VEEDER ROOT COMPANY<br>PO BOX 99502<br>CHICAGO, IL 60693-9502 | CREDITOR ID: 393286-55<br>VEGA, JOSE GUILLERMO<br>C/O BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 389627-54<br>VEGA, JOSE GUILLERMO<br>550 SW 2ND AVE APT 221<br>BOCA RATON, FL 33432 |
| CREDITOR ID: 392803-55<br>VEGA, MELINDA (MINOR)<br>C/O JOSE L. BENSON<br>BOGIN, MUNNS & MUNNS<br>2601 TECHNOLOGY DR.<br>ORLANDO FL 32804 | CREDITOR ID: 388873-54<br>VEGA, MELINDA (MINOR)<br>5785 DANUBE WAY<br>ORLANDO, FL 32807 | CREDITOR ID: 385144-54<br>VEIHMEYER, THOMAS<br>4538 EMERALD VISTA #H190<br>LAKE WORTH, FL 33461 |
| CREDITOR ID: 390496-55<br>VEIHMEYER, THOMAS<br>C/O SCOTT L. POISSON, ESQUIRE<br>BERNSTEIN AND MARYANOFF<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 385458-54<br>VELASQUEZ, BLANCA<br>25081 SW 128TH COURT<br>PRINCETON, FL 33032 | CREDITOR ID: 390760-55<br>VELASQUEZ, BLANCA<br>C/O PEDRO J. FUENTES-CID<br>PEDRO J. FUENTES-CID<br>2650 BISCAYNE BLVD.<br>MIAMI FL 33137 |
| CREDITOR ID: 389641-54<br>VELASQUEZ, EISA<br>24863 SW 129TH PLACE<br>HOMESTEAD, FL 33033 | CREDITOR ID: 393295-55<br>VELASQUEZ, EISA<br>C/O JOHN H RUIZ, ESQ<br>5040 N.W. 7 STREET, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 385891-54<br>VELASQUEZ, ELSIE<br>708 ANNE BONNE WAY<br>GREEN COVE SPRINGS, FL 32043 |
| CREDITOR ID: 385194-54<br>VELASQUEZ, JOHN<br>312 MORMANNO<br>KISSIMMEE, FL 34758 | CREDITOR ID: 389009-54<br>VELASQUEZ, SONIA<br>2815 SW 108TH PL<br>MIAMI FL 33165-2461 | CREDITOR ID: 392910-55<br>VELASQUEZ, SONIA<br>C/O WILLIAM MCBRIDE, ESQ.<br>MCBRIDE LAW FIRM, P.A.<br>135 W. CENTRAL BLVD. STE 1100<br>ORLANDO FL 32801 |
| CREDITOR ID: 399871-84<br>VELAZQUEZ, ELSA<br>24863 SW 129TH PLACE<br>HOMESTEAD FL 33033 | CREDITOR ID: 400309-85<br>VELAZQUEZ, ELSA<br>C/O JOHN H. RUIZ, ESUIRE<br>5040 N.W. 7 STREET, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 385721-54<br>VELAZQUEZ, MIRTA<br>7614 SPOON BILL AVENUE<br>ALTAMONTE SPRINGS, FL 32701 |
| CREDITOR ID: 391000-55<br>VELAZQUEZ, MIRTA<br>C/O: LOU PENDA'S, ESQUIRE<br>ROGERS, COLEMAN, PENDAS, KNAPP & DILL PA<br>34 E PINE STREET<br>PO BOX 3427<br>ORLANDO FL 32802-3427 | CREDITOR ID: 406274-15<br>VELAZQUEZ, MIRTA & JOSE<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS, ESQ<br>4700 MILLENIA BLVD, SUITE 150<br>ORLANDO FL 32839 | CREDITOR ID: 397673-72<br>VELDA FARMS, LLC<br>402 SOUTH KENTUCKY, SUITE 500<br>LAKELAND, FL 33801 |
| CREDITOR ID: 388540-54<br>VELEX, CARLOTA<br>1400 NW 17TH AVENUE<br>MIAMI, FL 33125-2322 | CREDITOR ID: 392616-55<br>VELEX, CARLOTA<br>C/O: LESTER M ROGERS ESQ<br>LESTER M ROGERS ATTORNEY AT LAW<br>1401 NORTHWEST 17TH AVE<br>MIAMI FL 33125 | CREDITOR ID: 394203-56<br>VELEZ, CARMEN<br>1201 CLUB GOLDEN ROD LN<br>APT 69<br>ORLANDO, FL 32807 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394776-57<br>VELEZ, CARMEN<br>C/O GRADY G. AYERS<br>120 EAST MARKS STREET<br>STE. 200<br>ORLANDO FL 32803 | CREDITOR ID: 400388-85<br>VELEZ, CARMEN<br>C/O GRADY G AYERS LAW OFFICES<br>ATTN GRADY AYERS, ESQ<br>120 EAST MARKS STREET, SUITE 200<br>ORLANDO FL 32803 | CREDITOR ID: 388877-54<br>VELIE, TWYLA<br>34 NINA JEAN DR.<br>WEST MELBOURNE, FL 32904 |
| CREDITOR ID: 246365-12<br>VELILLA, CLAUDIA M<br>15821 SW 104 TERRACE<br>APT 204<br>MIAMI, FL 33196 | CREDITOR ID: 264050-12<br>VELMA DODD<br>49 SHADY LANE<br>SPARTANBURG SC 29303 | CREDITOR ID: 264051-12<br>VELMA THOMPSON<br>512 5TH AVENUE SOUTHEAST<br>MOULTRIE GA 31768 |
| CREDITOR ID: 264052-12<br>VELMA WESTON<br>191 SE WENDELL TERRACE<br>LAKE CITY FL 32024 | CREDITOR ID: 264053-12<br>VELOCITY EXPRESS<br>PO BOX 660329<br>DALLAS, TX 75266-0329 | CREDITOR ID: 269021-31<br>VELSICOL CHEMICAL CORPORATION<br>ATTN: C R HANSON<br>2603 CORPORATE AVE E<br>MEMPHIS TN 38132-1716 |
| CREDITOR ID: 264054-12<br>VELT SHERMAN RESIDUARY TRUST<br>3590 CLOUDLAND DR NW<br>ATLANTA, GA 30327-2906 | CREDITOR ID: 405792-95<br>VELT SHERMAN RESIDUARY TRUST<br>VELT SHERMAN<br>27 W ANDREWS DRIVE NW<br>ATLANTA GA 30305 | CREDITOR ID: 386277-54<br>VENDETTE, KENNETH<br>111 SEYMOUR STREET<br>FREDONIA NY 14063 |
| CREDITOR ID: 391395-55<br>VENDETTE, KENNETH<br>C/O: GEORGE B. CAPPY<br>THE CAPPY LAW FIRM<br>109 SOUTH MOODY AVENUE<br>TAMPA FL 33609 | CREDITOR ID: 381270-47<br>VENETIA VAUGHN<br>1156 S KINGS DRIVE<br>CHARLOTTE, NC 28207 | CREDITOR ID: 406046-15<br>VENETIA VILLAGE<br>ATTN PAT JOHNSON/RICHARD STOCKTON<br>5513 ROOSEVELT BOULEVARD, PMB 225<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 264055-12<br>VENETIA VILLAGE CENTER<br>C/O SOUTHEAST LEASING & MGMT<br>1620 HENDRICKS AVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 405794-95<br>VENETIA VILLAGE CENTER<br>1801 ART MUSEUM DRIVE, SUITE 106<br>JACKSONVILLE FL 32207 | CREDITOR ID: 264056-12<br>VENICE MAID FOODS<br>135 S LASALLE DEPT # 1644<br>CHICAGO IL 60674-1644 |
| CREDITOR ID: 264057-12<br>VENTURA COUNTY DIST ATTORNEY<br>CHILD SUPPORT DIVISION<br>PO BOX 3749<br>VENTURA CA 93006-3749 | CREDITOR ID: 264058-12<br>VENTURA FOODS LLC<br>PO BOX 641100<br>PITTSBURGH, PA 15264-1100 | CREDITOR ID: 405795-95<br>VENTURA FOODS LLC<br>LOU ANA DIVISION<br>PO BOX 591<br>ATTN JENNIFER CASTILLE<br>OPELOUSAS LA 70570 |
| CREDITOR ID: 264059-12<br>VENTURE MARKETING<br>34 FEED MILL ROAD<br>BOX 518<br>LECOMPTE, LA 71346 | CREDITOR ID: 264060-12<br>VENTURE SALES & ENGINEERING<br>726 N HYDRAULIC<br>WICHITA KS 67214 | CREDITOR ID: 384410-47<br>VENTURECOM INC<br>53 RABBIT ROAD<br>TRAVELERS REST, SC 29690 |
| CREDITOR ID: 264061-12<br>VENTURECOM, INC.<br>ATTN CHUCK CRUMPTON, PRES<br>53 RABBIT ROAD<br>TRAVELERS REST, SC 29690 | CREDITOR ID: 264062-12<br>VENTURES LLC<br>PO BOX 4452<br>ROCK HILL, SC 29732 | CREDITOR ID: 264063-12<br>VENTURI STAFFING PARTNERS<br>PO BOX 198389<br>ATLANTA, GA 30384-8389 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381018-47<br>VENTURI TECHNOLOGY PARTNERS COMSYS<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | CREDITOR ID: 264064-12<br>VERA JORDAN<br>PO BOX 1688<br>CHIEFLAND FL 32644 | CREDITOR ID: 264065-12<br>VERA RAY<br>BOX 1307 KEITH ROAD<br>WAKE FOREST NC 27587 |
| CREDITOR ID: 264066-12<br>VERICLAIM<br>36273 TREASURY CENTER<br>CHICAGO IL 60694-6200 | CREDITOR ID: 264067-12<br>VERIFONE<br>PO BOX 71123<br>CHICAGO, IL 60694 | CREDITOR ID: 264068-12<br>VERISIGN INC<br>75 REMITTANCE DR  STE 1689<br>CHICAGO, IL 60675-1689 |
| CREDITOR ID: 264070-12<br>VERIZON<br>PO BOX 30001<br>INGLEWOOD, CA 90313 | CREDITOR ID: 264069-12<br>VERIZON<br>PO BOX 17577<br>BALTIMORE, MD 21297-0513 | CREDITOR ID: 264072-12<br>VERIZON AIRFONE<br>PO BOX 101130<br>ATLANTA GA 30392-1130 |
| CREDITOR ID: 264073-12<br>VERIZON FLORIDA INC<br>PO BOX 920041<br>DALLAS, TX 75392-0041 | CREDITOR ID: 264075-12<br>VERIZON SELECT SERVICES INC<br>PO BOX 101956<br>ATLANTA GA 30392 | CREDITOR ID: 264076-12<br>VERIZON SOUTH<br>PO BOX 920041<br>DALLAS, TX 75392-0041 |
| CREDITOR ID: 264078-12<br>VERIZON WIRELESS<br>PAID THREW P CARD<br>PO BOX 660108<br>DALLAS, TX 75266-0108 | CREDITOR ID: 395754-65<br>VERIZON WIRELESS<br>PO BOX 105378<br>ATLANTA, GA 30348 | CREDITOR ID: 395753-65<br>VERIZON WIRELESS<br>6420 CONGRESS AVENUE, SUITE 1800<br>BOCA RATON, FL 33487 |
| CREDITOR ID: 264080-12<br>VERIZON WIRELESS MESSAGING SERVICES<br>PO BOX 293450<br>LEWISVILLE, TX 75029 | CREDITOR ID: 264079-12<br>VERIZON WIRELESS MESSAGING SERVICES<br>PO BOX 15110<br>ALBANY, NY 12212-5110 | CREDITOR ID: 264081-12<br>VERMILION PAR SCHOOL BD<br>P O DRAWER 520<br>SALES & USE TAX DEPT<br>ABBEVILLE, LA 70510 |
| CREDITOR ID: 241214-11<br>VERMILION PARISH SCHOOL BOARD<br>SALES TAX DIVISION<br>ACCOUNT NO.: 2429<br>220 SOUTH JEFFERSON STREET<br>DRAWER 520<br>ABBEVILLE, LA 70511-0520 | CREDITOR ID: 318516-42<br>VERMILLION PARISH TAX COLLECTOR<br>PO BOX 307<br>ABBEVILLE LA 70511-0307 | CREDITOR ID: 2961-04<br>VERMILLION PARISH<br>PO BOX 930580<br>ATLANTA, GA 31193 |
| CREDITOR ID: 264082-12<br>VERMILLION PARISH POLICE JURY<br>PO BOX 209<br>ABBEVILLE, LA 70511-0209 | CREDITOR ID: 264084-12<br>VERMILLION PARISH TAX COLLECTOR<br>PO BOX 307<br>PROPERTY TAX<br>ABBEVILLE, LA 70511-0307 | CREDITOR ID: 264085-12<br>VERMONT COUNTRY FOODS<br>C/O A/R FUNDING<br>PO BOX 16253<br>GREENVILLE SC 29606 |
| CREDITOR ID: 264086-12<br>VERMONT OFFICE OF CHILD SUPPORT<br>PO BOX 1310<br>WILLISTON, VT 05495-1310 | CREDITOR ID: 264087-12<br>VERNA & ASSOCIATES INC<br>428 E 4TH STREET<br>SUITE 300<br>CHARLOTTE NC 28202 | CREDITOR ID: 264088-12<br>VERNARD D SMITH<br>1055 E WASHINGTON AVE<br>MONTGOMERY AL 36104 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 264089-12
VERNICE WILLIAMS
2415 NE 16TH AVENUE
OCALA FL 34470

CREDITOR ID: 381198-47
VERNON GRIFFIN
8711 SIX FORKS ROAD, SUITE 104
RALEIGH, NC 27615

CREDITOR ID: 269022-14
VERNON O SNEED JR CPA
ATTN: VERNON O SNEED JR
2136 EXETER RD STE 203
GERMANTOWN TN 38138-3935

CREDITOR ID: 269023-14
VERNON PARISH ASSESSOR
ATTN: EUGENE CAVANAUGH
301 E COURTHOUSE ST
LEESVILLE LA 71446-4330

CREDITOR ID: 264090-12
VERNS MAINTENANCE & REPAIR
1299 ARROW COURT
RANGER, GA 30734

CREDITOR ID: 405796-95
VERNS MAINTENANCE & REPAIR
1299 ARROW CT
RANGER GA 30734-7804

CREDITOR ID: 269026-31
VERO BEACH CITY OF
ATTN: TOM NASON
1053 20TH PL
VERO BEACH FL 32960-5359

CREDITOR ID: 269025-14
VERO BEACH CITY OF
ATTN: JOHN OBRIEN
3455 AIRPORT WEST DR
VERO BEACH FL 32960-7927

CREDITOR ID: 269024-31
VERO BEACH CITY OF
ATTN: CLIF SUTHARD
3405 AIRPORT WEST DR
VERO BEACH FL 32960-7926

CREDITOR ID: 406160-15
VERO BEACH PRESS JOURNAL
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES, AGENT
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 2646-07
VERO PALM ESTATES, LTD.
D/B/A NORTHWOOD PLAZA
8302 LAUREL FAIR CIRCLE STE 100
TAMPA FL 33610

CREDITOR ID: 264091-12
VERON PROVISION CO INC
ATTN: LAWRENCE LOUQUE, PRES
PO BOX 457
LUTCHER, LA 70071

CREDITOR ID: 264092-12
VERONICA BOSWORTH
14455 PABLO TERRACE
JACKSONVILLE FL 32224

CREDITOR ID: 264093-12
VERONICA CAPEL
4913 NORTHBEND ROAD
MCLEANSVILLE NC 27301

CREDITOR ID: 264094-12
VERSAILLES BOOSTER CLUB
PO BOX 1434
CHALMETTE, LA 70044

CREDITOR ID: 386204-54
VERSAKOS, KEVIN
24279  BUCKINGHAM WAY
PORT CHARLOTTE FL 33980

CREDITOR ID: 397338-69
VERTEX
1041 OLD CASSATT ROAD
BERWYN, PA 19312

CREDITOR ID: 264095-12
VERTEX TAX TECH ENTERPRISES LLC
PO BOX 905735
CHARLOTTE NC 28290-5735

CREDITOR ID: 264096-12
VERTIS INC
PO BOX 404555
ATLANTA, GA 30384-4555

CREDITOR ID: 405797-95
VERTIS INC
PO BOX 65789
CHARLOTTE NC 28265-0789

CREDITOR ID: 279295-35
VERTIS, INC
ATTN: LUKE BRANDONISIO
250 W PRATT ST
SUITE 1800
BALTIMORE MD 21202

CREDITOR ID: 382345-51
VERTIS, INC.
250 WEST PRATT STREET, 18TH FL
BALTIMORE, MD 21201

CREDITOR ID: 264097-12
VERYFINE PRODUCTS INC
PO BOX 846119
BOSTON MA 02284-6119

CREDITOR ID: 389199-54
VESPERO, ELIZABETH
1477 N. E 53RD ST.
POMPANO BEACH, FL 33064

CREDITOR ID: 393059-55
VESPERO, ELIZABETH
C/O: ARNOLD D. HESSEN
HESSEN,SCHIMER AND DE CASTRO, P.A
3191 CORAL WAY, PH2
MIAMI FL 33145

CREDITOR ID: 392832-55
VESTAL, SHAWN J.
C/O: THOMAS J. UABERSCHAER, ESQUIRE
THOMAS J. UABERSCHAER, ESQUIRE
601 N. BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 388927-54
VESTAL, SHAWN J.
4155 KINGSBERRY DRIVE
PENSACOLA, FL 32504

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 264098-12
VESTAVIA HILL HIGH SCHOOL
2235 LIME ROCK RD
VESTAVIA HILLS, AL 35216

CREDITOR ID: 380976-47
VESTCOM NEW CENTURY LLC
PO BOX 34838
NEWARK, NJ 07189-4838

CREDITOR ID: 264099-12
VETCO INC
105 BAYLIS RD
MELVILLE, NY 11747

CREDITOR ID: 269027-14
VETERANS HOME PURCHASE BD MISS
ATTN: STERLING KNIGHT
3466 HIGHWAY 80 E
PEARL MS 39208-4001

CREDITOR ID: 264100-12
VETERANS OF FOREIGN WARS
PO BOX 17032
BATON ROUGE, LA 70893-7072

CREDITOR ID: 377640-44
VI TEX PACKAGING INC
P O BOX 711746
CINCINNATI, OH 45271-1746

CREDITOR ID: 264101-12
VI TEX PACKAGING INC
PO BOX 79817
BALTIMORE MD 21279-0817

CREDITOR ID: 264103-12
VIACOM OUTDOOR
PO BOX 33074
NEWARK NJ 07188-0074

CREDITOR ID: 382321-51
VIALINK
PO BOX 200457
HOUSTON, TX 77216-0457

CREDITOR ID: 264104-12
VIALINK COMPANY
PO BOX 200457
HOUSTON, TX 77216-0457

CREDITOR ID: 264105-12
VIAMEC INC
PO BOX 538243
ATLANTA GA 30353-8243

CREDITOR ID: 269288-16
VIANALE, KENNETH J.
VIANALE AND VIANALE, LLP
5355 TOWN CENTER ROAD
SUITE 801
BOCA RATON, FL 33486

CREDITOR ID: 406040-15
VIAND INGREDIENTS DBA LUFFMAN SALT
ATTN JANICE TSIGOUNIS, GM
620 A RADAR ROAD
PO BOX 18062
GREENSBORO NC 27419

CREDITOR ID: 264106-12
VIAND INGREDIENTS LLC
PO BOX 14080 -A
NEWARK, NJ 07198-0080

CREDITOR ID: 264107-12
VIARS COMMERCIAL REFRIGERATION INC
95 VIARS LANE
SOMERSET KY 42501

CREDITOR ID: 264108-12
VIC PITRE ELEMENTARY
1525 SPRUCE ST
WESTWEGO, LA 70094

CREDITOR ID: 407321-MS
VICCHRILLI, DAVID E.
1651 NW 15TH AVE.
PEMBROKE PINES FL 33026

CREDITOR ID: 407322-MS
VICK, BILL
1213 JUSTIN LANE
CROWLEY TX 73036

CREDITOR ID: 264109-12
VICKERS DESIGN
ATTN: WILLIAM VICKERS, PRES
9 ARBOR CLUB DRIVE, #102
PONTE VEDRA BEACH, FL 32082

CREDITOR ID: 406082-97
VICKERS DESIGN
ATTN: WILLIAM VICKERS
1141 DORWINION DR
JACKSONVILLE FL 32225

CREDITOR ID: 241573-12
VICKERS, ADAM E
502 CANDLEWICK DRIVE
PANAMA CITY FL 32405-3258

CREDITOR ID: 245009-12
VICKERS, CHARLENE H
14 LEMON STREET
OKEECHOBEE FL 34974

CREDITOR ID: 407323-MS
VICKERS, GREG
9841 CRESS WELL LANE NORTH
JACKSONVILLE FL 32221

CREDITOR ID: 393402-55
VICKERS, MEGAN (MINOR)
C/O: CHUCK GRANGER
CHUCK GRANGER
P.O. DRAWER 1849
OPELOUSAS LA 70571-1849

CREDITOR ID: 389858-54
VICKERS, MEGAN (MINOR)
1481 SCHOOL RD.
OPELOUSAS, LA 70570

CREDITOR ID: 407324-MS
VICKERS, TERESA A
1004 EMILY'S WALK LANE EAST
JACKSONVILLE FL 32221

CREDITOR ID: 407325-MS
VICKERY, NORMAN E.
9027 WOODRUN RD.
PENSACOLA FL 32514

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264110-12<br>VICKI D MARSHALL<br>4816 14TH AVENUE NORTH<br>BIRMINGHAM AL 35212 | CREDITOR ID: 264111-12<br>VICKI L PASQUALE<br>10681 41ST COURT<br>CLEARWATER FL 33762 | CREDITOR ID: 264112-12<br>VICKI RATTLER<br>1266 HWY 152 W<br>CHINA GROVE NC 28083 |
| CREDITOR ID: 264113-12<br>VICKI WATSON<br>989 MONUMENT ROAD #125<br>JACKSONVILLE FL 32225 | CREDITOR ID: 247591-12<br>VICKNAIR, DAPHNE L<br>171 APPLETREE DRIVE<br>THIBODAUX, LA 70301 | CREDITOR ID: 392500-55<br>VICKNAIR, JEANNE L<br>C/O: RICHARD FERNANDEZ<br>RICHARD J. FERNANDEZ<br>3900 NORTH CAUSEWAY STE 605<br>METAIRIE LA 70002 |
| CREDITOR ID: 388401-54<br>VICKNAIR, JEANNE L<br>3900 NORTH CAUSEWAY BOULEVARD<br>METAIRIE, LA 70002 | CREDITOR ID: 264114-12<br>VICKSBURG POST<br>ATTN SANDRA BERNIER<br>PO BOX 821668<br>VICKSBURG, MS 39182-1668 | CREDITOR ID: 269028-31<br>VICKSBURG WATER & GAS ADM<br>ATTN: LINDA COLLINS<br>2111 DRUMMOND ST<br>VICKSBURG MS 39180-4127 |
| CREDITOR ID: 264115-12<br>VICKY L CURTIS<br>PO BOX 532<br>DEARING GA 30808 | CREDITOR ID: 264116-12<br>VICORP<br>DEPT 337<br>DENVER, CO 80291 | CREDITOR ID: 264117-12<br>VICTOR AUTOMOTIVE PRODUCTS INC<br>ATTN ARTHUR JERN<br>36459 TREASURY CENTER<br>CHICAGO, IL 60694-6400 |
| CREDITOR ID: 405799-95<br>VICTOR AUTOMOTIVE PRODUCTS INC<br>501 S WOLF RD<br>DES PLAINES IL 60016-3189 | CREDITOR ID: 264118-12<br>VICTOR GAJDA<br>21326 PRESERVATION DRIVE<br>LAND O LAKES FL 34639 | CREDITOR ID: 264119-12<br>VICTOR L COLE<br>2611 NW 56 AVENUE<br>APT A113<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 264120-12<br>VICTOR N QUEEN<br>7225 BEREA ROAD<br>WINSTON GA 30187 | CREDITOR ID: 264121-12<br>VICTOR R CASSADA<br>133 SUNSET LANE<br>SOUTH HILL VA 23970 | CREDITOR ID: 264122-12<br>VICTOR RODRIGUEZ<br>2619 PINEWAY DRIVE<br>ORLANDO FL 32839 |
| CREDITOR ID: 264123-12<br>VICTOR SIGN & ADVERTISING CO<br>5000 WHITEWORTH LANE<br>MOBILE AL 36619-2112 | CREDITOR ID: 264124-12<br>VICTOR ZAYAS<br>19947 LOONEY ROAD<br>ATHENS AL 35613 | CREDITOR ID: 390024-54<br>VICTOR, EVENS ST.<br>2406 NW 52ND AVENUE<br>FORT LAUDERDALE FL 33313 |
| CREDITOR ID: 264125-12<br>VICTORIA C MEIER<br>842 MAPOLES STREET<br>CRESTVIEW FL 32536 | CREDITOR ID: 264126-12<br>VICTORIA L DUPONT<br>1540 NW 183 STREET<br>MIAMI FL 33169 | CREDITOR ID: 264127-12<br>VICTORIA MANAGEMENT<br>PO BOX 1710<br>NEWPORT KY 41072 |
| CREDITOR ID: 264128-12<br>VICTORIA R BISHOP<br>1590 LONG VIEW ROAD<br>STARKVILLE MS 39759 | CREDITOR ID: 264129-12<br>VICTORIA R FRANGOS<br>415 E ORANGE STREET<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 264130-12<br>VICTORIA SQUARE PARTNERS LLC<br>C/O ISRAM REALITY & MGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264131-12<br>VICTORIA SULLIVAN<br>3715 COUNTRY ROAD 12<br>ODENVILLE AL 35120 | CREDITOR ID: 264132-12<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264134-12<br>VICTORY COLDWATER PLAZA INC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264136-12<br>VICTORY ENERGY LLC<br>PO BOX 2323<br>COLUMBUS, MS 39704-2323 | CREDITOR ID: 264137-12<br>VICTORY FELLOWSHIP<br>5708 AIRLINE DR<br>METAIRIE, LA 70003 | CREDITOR ID: 264139-12<br>VICTORY GRETNA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264140-12<br>VICTORY INVESTMENTS INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 2647-07<br>VICTORY INVESTMENTS INC<br>506 MANCHESTER EXPRESSWAY<br>SUITE B5<br>COLUMBUS GA 31904 | CREDITOR ID: 264141-12<br>VICTORY KENNER INC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264142-12<br>VICTORY KENNER LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264143-12<br>VICTORY MADISON LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264144-12<br>VICTORY MAXWELL INC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264145-12<br>VICTORY MERIDIAN LLC<br>506 45TH ST SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 403235-79<br>VICTORY REAL ESTATE INVESTMENTS LLC<br>ATTN RONNIE COLBRETH<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904 | CREDITOR ID: 278793-99<br>VICTORY REAL ESTATE INVESTMENTS LLC<br>VICTORY INVESTMENTS INC ET AL<br>C/O SCARCELLA ROSEN & SLOME LLP<br>ATTN: ADAM L ROSEN/THOMAS SLOME<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE  NY 11553 |
| CREDITOR ID: 264146-12<br>VICTORY RIVER SQUARE INC<br>PO BOX 4767<br>COLUMBUS, GA 31904 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264148-12<br>VICTORY SAKS PLAZA INC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264149-12<br>VICTORY SUTTON SQ PLAZA INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264150-12<br>VICTORY THREE NOTCH PLAZA INC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264151-12<br>VICTORY VIDALIA INC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264152-12<br>VICTORY WHOLESALE GROCERS<br>PO BOX 73837<br>CLEVELAND, OH 44193-0361 | CREDITOR ID: 405800-95<br>VICTORY WHOLESALE GROCERS<br>PO BOX 216<br>SPRINGBORO OH 450660216 | CREDITOR ID: 279296-35<br>VICTORY WHOLESALE GROCERS<br>ATTN: JAMES OFFICE<br>400 VICTORY DR<br>PO BOX 216<br>SPRINGBORO OH 45066-0216 |
| CREDITOR ID: 279484-99<br>VICTORY WHOLESALE GROCERS INC<br>C/O MCCARTER & ENGLISH LLP<br>ATTN: WILLIAM D WALLACH, ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | CREDITOR ID: 264153-12<br>VIDEOJET TECHNOLOGIES INC<br>12113 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 264154-12<br>VIDRINE ELEMENTARY<br>5094 VIDRINE RD<br>VILLE PLATTE, LA 70586 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 377647-44<br>VIDRINE HIGH SCHOOL<br>5094 VIDRINE RD<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 264155-12<br>VIEIRAS BAKERY INC<br>34-48 AVENUE K<br>NEWARK NJ 07105 | CREDITOR ID: 264156-12<br>VIELER INTL<br>405 INTERSTATE W PKWY<br>LITHIA SPRINGS, GA 30122 |
| CREDITOR ID: 386747-54<br>VIERA, MARIO<br>11941 SW 176TH STREET<br>MIAMI FL 33177 | CREDITOR ID: 386605-54<br>VIERA-MORALES, EDITH<br>9349 S. DIXIE HWY, STE 1520<br>MIAMI FL 33156-2699 | CREDITOR ID: 391610-55<br>VIERA-MORALES, EDITH<br>C/O: CLIFFORD R. MERMELL ESQ.<br>GILLIS & MERMELL<br>9350 S. DIXIE HWY., SUITE 1520<br>MIAMI FL 33156 |
| CREDITOR ID: 381384-47<br>VIGENE BRAXTON<br>268 NIAGARA ROAD<br>FITZ, GA 31750 | CREDITOR ID: 387644-54<br>VIGGIANO, TERESA<br>6252 PETALUMA DRIVE<br>BOCA RATON FL 33433 | CREDITOR ID: 264157-12<br>VIGIL INC<br>PO BOX 273787<br>TAMPA, FL 33688-3787 |
| CREDITOR ID: 395755-65<br>VIGIL INC<br>ATTN WAYNE VIGIL, OWNER<br>PO BOX 273787<br>TAMPA, FL 33688 | CREDITOR ID: 390923-55<br>VIGIL, CLAUDIA<br>C/O KIRSHNER & GROFF<br>ATTN RICHARD KIRSHNER, ESQ<br>5901 SW 74TH ST, SUITE 404<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 390379-54<br>VIGIL-ARGUELLO, CLAUDIA<br>1125 LOIS LANE<br>BOWLING GREEN, KY 42104 |
| CREDITOR ID: 264158-12<br>VIGNEAUX CORP<br>546 S ELLIS RD<br>JACKSONVILLE FL 32254 | CREDITOR ID: 264159-12<br>VIGO IMPORTING CO INC<br>PO BOX 15584<br>TAMPA, FL 33684-5584 | CREDITOR ID: 1972-07<br>VIGOUROUX DEVELOPMENT CO., LLC<br>C/O FOSHEE REALTY COMPANY INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>51 TACON STREET STE B<br>MOBILE, AL 36607 |
| CREDITOR ID: 264160-12<br>VIGOUROUX DEVELOPMENT LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>51 TACON STREET STE B<br>MOBILE, AL 36607 | CREDITOR ID: 404013-15<br>VI-JON LABORATORIES INC<br>ATTN: BOB HESS, VP FIN<br>8515 PAGE AVENUE<br>ST LOUIS MO 63114 | CREDITOR ID: 264102-12<br>VI-JON LABORATORIES INC<br>ATTN: BOB HESS, VP FIN<br>PO BOX 790051<br>ST LOUIS, MO 63179-0051 |
| CREDITOR ID: 405798-95<br>VI-JON LABORATORIES INC<br>ATTN: SANDY LAY<br>6300 ETZEL AVE<br>ST LOUIS MO 631331997 | CREDITOR ID: 264161-12<br>VIKIE MARTIN<br>952 ALMA DRIVE<br>MONTGOMERY AL 36108 | CREDITOR ID: 264162-12<br>VIKING FIRE PROTECTION INC<br>OF THE SOUTHEAST<br>PO BOX 527<br>HIGH POINT, NC 27261-0527 |
| CREDITOR ID: 264163-12<br>VIKING OFFICE PRODUCTS<br>PO BOX 30488<br>LOS ANGELES, CA 90030-0488 | CREDITOR ID: 264165-12<br>VILICIA E KELLY<br>2710 CLAREMONT DRIVE<br>GRAND PRAIRIE TX 75052 | CREDITOR ID: 264166-12<br>VILLA RICA RETAIL PORPERTIES LLC<br>PO BOX 324<br>VILLA RICA, GA 30180 |
| CREDITOR ID: 405802-95<br>VILLA RICA RETAIL PORPERTIES LLC<br>%UNITED DEVELOPMENT<br>210 SANDY SPRINGS PLACE<br>ATLANTA GA 30328 | CREDITOR ID: 2650-07<br>VILLA RICA RETAIL PROPERTIES LP<br>PO BOX 324<br>VILLA RICA, GA 30180 | CREDITOR ID: 264167-12<br>VILLAGE CANDLE INC<br>PO BOX 845841<br>BOSTON MA 02284-5841 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264168-12<br>VILLAGE CENTER CDD<br>3231 WEDGEWOOD DRIVE<br>THE VILLAGES, FL 32162 | CREDITOR ID: 938-03<br>VILLAGE CENTER CDD<br>PO BOX 430<br>LADY LAKE FL 32158-0430 | CREDITOR ID: 262914-12<br>VILLAGE COMPANY LLC, THE<br>PO BOX 1521<br>MINNEAPOLIS, MN 55480 |
| CREDITOR ID: 264169-12<br>VILLAGE FLORIST<br>1100 E LEE ROAD<br>TAYLORS, SC 29687 | CREDITOR ID: 264170-12<br>VILLAGE INTERIORS INC<br>1400 S SHERMAN STREET<br>SUITE 210<br>RICHARDSON TX 75081 | CREDITOR ID: 264171-12<br>VILLAGE MARKETPLACE OF<br>HAW RIVER INC<br>614 N MAIN ST<br>SALISBURY NC 28144 |
| CREDITOR ID: 1974-07<br>VILLAGE MARKETPLACE OF<br>HAW RIVER INC<br>614 N MAIN ST<br>SALISBURY, NC 28144-1507 | CREDITOR ID: 377421-44<br>VILLAGE MARKETPLACE OF HAW RIVER<br>614 N MAIN ST<br>SALISBURY, NC 28144 | CREDITOR ID: 264172-12<br>VILLAGE OF GREENHILLS INCOME TAX<br>11000 WINTON ROAD<br>GREENHILLS OH 45218-1198 |
| CREDITOR ID: 264174-12<br>VILLAGE OF NORTH PALM BEACH<br>645 PROSPERITY FARMS RD<br>NORTH PALM BEACH, FL 33408 | CREDITOR ID: 240766-06<br>VILLAGE OF NORTH PALM BEACH<br>560 US HIGHWAY 1<br>RECORDS DIVISION<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 384411-47<br>VILLAGE OF PALM SPRINGS<br>226 CYPRESS LANE<br>PALM SPRINGS, FL 33461-1604 |
| CREDITOR ID: 803-03<br>VILLAGE OF ROYAL PALM BEACH<br>1050 ROYAL PALM BEACH BLVD.<br>ROYAL PALM BEACH FL 33411-1605 | CREDITOR ID: 264179-12<br>VILLAGE OF WELLINGTON<br>PO BOX 31632<br>TAMPA, FL 33631-3632 | CREDITOR ID: 240770-06<br>VILLAGE OF WELLINGTON<br>12794 W FOREST HIL BLVD STE 23<br>WELLINGTON FL 33414 |
| CREDITOR ID: 405803-95<br>VILLAGE OF WELLINGTON<br>PO BOX 889<br>LOXAHATCHEE FL 33470-0889 | CREDITOR ID: 269029-31<br>VILLAGE OF WELLINGTON<br>ATTN: CHARLES H LYNN<br>14000 GREENBRIAR BLVD<br>WEST PALM BEACH FL 33414-7699 | CREDITOR ID: 264180-12<br>VILLAGE PLAZA INC<br>C/O PO BOX 408<br>FITZGERALD, GA 31750-0408 |
| CREDITOR ID: 1975-07<br>VILLAGE PLAZA INC<br>C/O PO BOX 408<br>FITZGERALD GA 31750-0408 | CREDITOR ID: 2651-07<br>VILLAGE PLAZA INC<br>ATTN BEN B MILLS, JR; PRES<br>PO BOX 408<br>FITZGERALD, GA 31750-0408 | CREDITOR ID: 264181-12<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O CB RICHARD ELLIS<br>6700 NORTH ANDREWS AVE, SUITE 107<br>FORT LAUDERDALE, FL 33309 |
| CREDITOR ID: 405804-95<br>VILLAGE ROYALE PROPERTIES LLC<br>% INSIGNIA ESG INC SUNTRUST CTR<br>515 E LAS OLAS BLVD  STE 860<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 382235-51<br>VILLAGES DAILY SUN, THE<br>1153 MAIN STREET<br>THE VILLAGES, FL 32159 | CREDITOR ID: 394248-56<br>VILLALOBOS, MARIA D<br>15451 SW 80TH STREET<br>MIAMI FL 33193 |
| CREDITOR ID: 392570-55<br>VILLANUEVA, JOSE R<br>C/O: J MARCUS HOWARD ESQ.<br>BIRD, MABREY AND SULLIVAN P.C.<br>14 SEVENTEENTH ST.<br>STE 5<br>ATLANTA GA 30309 | CREDITOR ID: 388484-54<br>VILLANUEVA, JOSE R<br>119 MAGNOLIA DRIVE<br>CONYERS, GA 30012 | CREDITOR ID: 386995-54<br>VILLANUEVA, MARIBELL<br>1435 ORCHID LANE<br>KISSIMMEE FL 34744 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387638-54<br>VILLANUEVA, SYLVIA<br>PO BOX 335<br>SOUTH BAY FL 33493 | CREDITOR ID: 269030-31<br>VILLAS AT ISLAND CLUB<br>ATTN: ROBERT PATTERSON<br>8705 KNIGHTSBRIDGE CT<br>KISSIMMEE FL 34747-1461 | CREDITOR ID: 264182-12<br>VILLE PLATTE<br>PO BOX 390<br>PROPERTY TAX<br>VILLE PLATTE, LA 70586-0390 |
| CREDITOR ID: 264183-12<br>VILLE PLATTE GAZETTE<br>ATTN DON ANDREPONT, CONTROLLER<br>PO BOX 220<br>VILLE PLATTE, LA 70586-0220 | CREDITOR ID: 264184-12<br>VILLE PLATTE HIGH SCHOOL<br>210 W COTTON<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 264185-12<br>VILLE PLATTE LOWER<br>708 HIGH SCHOOL DR<br>VILLE PLATTE, LA 70586 |
| CREDITOR ID: 394204-56<br>VILLEGAS, JACQUELINE<br>6828 GALLO CT.<br>ORLANDO, FL 32808 | CREDITOR ID: 400387-85<br>VILLEGAS, JACQUELINE<br>C/O ARMANDO R. PAYAS<br>PAYAS PAYAS & PAYAS, LLP<br>1018 E ROBINSON STREET<br>ORLANDO FL 32801-2024 | CREDITOR ID: 376940-44<br>VILORIO, SANDRA<br>3035 SW 79TH COURT<br>MIAMI, FL 33155 |
| CREDITOR ID: 264186-12<br>VIMPEX INTERNATIONAL CORP<br>3197 AIRPORT LOOP BLDG E<br>COSTA MESA, CA 92626 | CREDITOR ID: 388076-54<br>VINAS, YANET<br>6780 CORAL WAY<br>MIAMI, FL 33155 | CREDITOR ID: 264187-12<br>VINCE VANCE & THE VALIANTS<br>109 FAVRE STREET<br>WAVELAND MS 39576 |
| CREDITOR ID: 264188-12<br>VINCENT A GATTI<br>2305 CR 81<br>FAYETTE AL 35555 | CREDITOR ID: 399323-81<br>VINCENT BOYDELL, ROBERT<br>2691 E. VENUS STREET<br>INVERNESS, FL 34453 | CREDITOR ID: 264189-12<br>VINCENT E HAWKINS<br>PO BOX 834<br>OLOEE FL 34761 |
| CREDITOR ID: 264190-12<br>VINCENT L PATTERSON<br>4115 32ND STREET N APT A<br>ST PETERSBURG FL 33714 | CREDITOR ID: 264193-12<br>VINCENT W BOYKINS<br>233 NEW CASTLE LANE<br>MONTGOMERY AL 36117 | CREDITOR ID: 386178-54<br>VINCENT, ROSEMARY<br>7431 SW 13TH ST<br>NORTH LAUDERDALE, FL 33068 |
| CREDITOR ID: 391336-55<br>VINCENT, ROSEMARY<br>C/O SLOOTSKY & GOLDSTEIN, PA<br>ATTN JEFF BRAXTON, ESQ<br>2701 W. OAKLAND PARK BLVD, STE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 264194-12<br>VINCENTA X TORNA<br>2950 SW 115 AVENUE<br>MIAMI FL 33175 | CREDITOR ID: 387395-54<br>VINCENTE, CARMEN<br>831 BLANC CT<br>KISSIMMEE, FL 34741 |
| CREDITOR ID: 391958-55<br>VINCENTE, CARMEN<br>C/O: MICHAEL J SMITH<br>MORGAN, COLLING & GILBERT, P.A.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 264195-12<br>VINCES WRECKER SERVICE<br>PO BOX 5455<br>GREENVILLE MS 38704 | CREDITOR ID: 388570-54<br>VINENT, SOFIA<br>7545 SW 30TH TERRACE<br>MIAMI FL 33155 |
| CREDITOR ID: 256270-12<br>VINER, MICHAEL<br>C/O KIM HILLAND<br>572 HIGHPOINT BLVD #B<br>DELRAY, FL 33445 | CREDITOR ID: 398008-76<br>VINES, KIMBERLY<br>2712 MARGARET LANE<br>ADAMSVILLE, AL 35005 | CREDITOR ID: 269670-19<br>VINES, KIMBERLY<br>ATTN DAVID R ARENDALL<br>90 FINANCIAL CENTER<br>505 N 20TH STREET<br>BIRMINGHAM AL 35203 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264196-12<br>VINEYARD MARKETPLACE LP<br>%CENCOR REALTY SERIVCES INC<br>PO BOX 660719  **PREVIOUS ADDRESS*<br>DALLAS TX 75266-0719 | CREDITOR ID: 278593-24<br>VINEYARD MARKETPLACE LP<br>C/O CENCOR REALTY SERVICES INC.<br>ATTN: PROPERTY MANAGER<br>3102 MAPLE AVENUE<br>SUITE 500<br>DALLAS TX 75201 | CREDITOR ID: 278674-24<br>VINEYARD MARKETPLACE LP<br>CHASE BANK OF TEXAS N.A.<br>ATTN MANAGING DIR, RE LENDING GROUP<br>CHASE TOWER<br>2200 ROSS AVENUE, 7TH FLOOR<br>DALLAS TX 75201 |
| CREDITOR ID: 397845-76<br>VINING, MARVIN<br>511 TOURNAMENT BLVD.<br>BERWICK, LA 70342 | CREDITOR ID: 264197-12<br>VINSON & ELKINS<br>PO BOX 200113<br>HOUSTON TX 77216-0113 | CREDITOR ID: 397674-72<br>VINSON FOODS, INC.<br>8523 HAZEN<br>HOUSTON, TX 77036 |
| CREDITOR ID: 400257-85<br>VINSON, MYKERA (MINOR)<br>C/O COX & SANCHEZ<br>ATTN THOMAS F COX, ESQ<br>7140 CENTRAL AVENUE<br>ST PETERSBURG FL 33707 | CREDITOR ID: 400257-85<br>VINSON, MYKERA (MINOR)<br>C/O ZSAMIKO VINSON, GUARDIAN<br>501 40TH AVENUE SOUTH<br>ST PETERSBURG FL 33705 | CREDITOR ID: 400518-88<br>VINSON, MYKERA (MINOR)<br>C/O THOMAS F. COX<br>7140 CENTRAL AVE<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 386864-54<br>VIOHL, DAVID<br>643 C. VALLEY ROAD<br>BEREA KY 40403 | CREDITOR ID: 264198-12<br>VIOLET L IVEY<br>6496 LOWER DIXIE LAKE ROAD<br>UNION CITY GA 30291 | CREDITOR ID: 377651-44<br>VIOLET LADIES LEAUGE<br>2701 LEGEND DR<br>MERAUX, LA 70075 |
| CREDITOR ID: 264200-12<br>VIP MANAGEMENT SERVICES<br>PO BOX 204<br>TALLAHASSEE FL 32302 | CREDITOR ID: 264201-12<br>VIP SALES COMPANY INC<br>DEPT 1888<br>TULSA, OK 74182 | CREDITOR ID: 2652-07<br>VIRGIL D. GREEN FAMILY TRUST<br>GREEN LAND TRUST<br>6296 OLD WATER OAK ROAD<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 381431-47<br>VIRGIL KILLIAN<br>3035 34TH AVENUE NE<br>HICKORY, NC 28601 | CREDITOR ID: 264202-12<br>VIRGINA A BOONE HIGHLAND OAKS ELEME<br>20500 NE 24TH AVENUE<br>NORTH MIAMI BEACH FL 33180 | CREDITOR ID: 264203-12<br>VIRGINA A COLLINS<br>325 WOODHULL ROAD<br>BAINBRIDGE GA 39818 |
| CREDITOR ID: 264204-12<br>VIRGINA B DAVIS<br>1914 IDLEBROOK DRIVE<br>RICHMOND VA 23233 | CREDITOR ID: 264205-12<br>VIRGINA GRIER<br>3254 KENILWORTH DRIVE<br>EAST POINT GA 30344 | CREDITOR ID: 269031-31<br>VIRGINIA & SUBSTANCE ABUSE<br>ATTN: JAMES REINHEART<br>109 GOVERNOR ST<br>RICHMOND VA 23219-3623 |
| CREDITOR ID: 941-03<br>VIRGINIA AMERICAN WATER CO.<br>PO BOX 70824<br>CHARLOTTE NC 28272 | CREDITOR ID: 269035-31<br>VIRGINIA BEACH CITY OF<br>ATTN: ROBERT SCOTT<br>2405 COURTHOUSE DR<br>VIRGINIA BEACH VA 23456-9121 | CREDITOR ID: 269034-14<br>VIRGINIA BEACH CITY OF<br>ATTN: PATRICIA PHILLIPS<br>2401 COURTHOUSE DR BLDG 1<br>VIRGINIA BEACH VA 23456-9120 |
| CREDITOR ID: 269033-14<br>VIRGINIA BEACH CITY OF<br>ATTN: JERALD BANAGAN<br>2424 COURTHOUSE DR<br>VIRGINIA BEACH VA 23456-9131 | CREDITOR ID: 269032-14<br>VIRGINIA BEACH CITY OF<br>ATTN: JEANNE GRIGGS<br>2401 COURTHOUSE DR BLDG 1<br>VIRGINIA BEACH VA 23456-9120 | CREDITOR ID: 264206-12<br>VIRGINIA BLUDWORTH<br>151 CORY LANE<br>WINTER SPRINGS FL 32708 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention**
**Terms for (A) The Blackstone Group LP as Financial**
**Advisors to the Debtors, (B) XRoads Solutions Group LLP**
**as Financial and Operations Restructuring Consultants to the**
**Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269036-14<br>VIRGINIA BOARD FOR PEOPLE W DS<br>ATTN: HEIDI LAWYER<br>202 E 9TH ST<br>RICHMOND VA 23224-4006 | CREDITOR ID: 32-02<br>VIRGINIA BUREAU OF INSURANCE<br>ATTN: ALFRED W. GROSS, COMMISSIONER<br>TYLER BUILDING<br>1300 E. MAIN STREET<br>RICHMOND VA 23219 | CREDITOR ID: 264208-12<br>VIRGINIA CAROLINA APPRAISAL CO INC<br>113 NORTH BRUNSWICK AVENUE<br>ATT MR FRED A SMITH<br>SOUTH HILL, VA 23970 |
| CREDITOR ID: 264209-12<br>VIRGINIA COMMONWEALTH UNIVERSITY<br>PO BOX 843036<br>STUDENT ACCT DEPT<br>RICHMOND VA 23261 | CREDITOR ID: 264210-12<br>VIRGINIA D BLALOCK<br>719 SHEFFIELD AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 269042-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: MARK MERRITT<br>1287 TOWNE SQUARE BLVD NW<br>ROANOKE VA 24012-1609 |
| CREDITOR ID: 269041-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: GEORGE SAWYER<br>3305 W MERCURY BLVD<br>HAMPTON VA 23666-3806 | CREDITOR ID: 269040-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: GENE SCHULTZ<br>1610 OWNBY LN<br>RICHMOND VA 23220-1317 | CREDITOR ID: 269039-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: DAVID HARRIS<br>6600 W BROAD ST<br>RICHMOND VA 23230-1709 |
| CREDITOR ID: 269038-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: CLEVE PACKER<br>1506 S MAIN ST<br>FARMVILLE VA 23901-4512 | CREDITOR ID: 269046-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: WILLIAM WUENSCH<br>14550 POTOMAC MILLS RD<br>WOODBRIDGE VA 22192-6803 | CREDITOR ID: 269045-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: RANDY FORRESTER<br>1790 E MARKET ST STE 26<br>HARRISONBURG VA 22801-5112 |
| CREDITOR ID: 269044-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: PHILIP HANKEY<br>408 E MAIN ST<br>ABINGDON VA 24210-3408 | CREDITOR ID: 269043-14<br>VIRGINIA DEPARTMENT LOTTERY<br>ATTN: PENELOPE W KYLE<br>900 E MAIN ST<br>RICHMOND VA 23219-3548 | CREDITOR ID: 13-02<br>VIRGINIA DEPARTMENT OF TAXATION<br>ATTN: KENNETH W. THORSON, COMMISS<br>3600 WEST BROAD STREET, SUITE 160<br>RICHMOND VA 23230-4915 |
| CREDITOR ID: 241215-11<br>VIRGINIA DEPARTMENT OF TAXATION<br>ACCOUNT NO.: 000996834-2<br>PO BOX 26626<br>RICHMOND, VA 23261-6626 | CREDITOR ID: 269051-14<br>VIRGINIA DEPARTMENT TAXATION<br>ATTN: W L GRIFFITH<br>203 RIVERVIEW DR<br>DANVILLE VA 24541-3421 | CREDITOR ID: 269050-14<br>VIRGINIA DEPARTMENT TAXATION<br>ATTN: REESE BRACKETT<br>11166 MAIN ST STE 300<br>FAIRFAX VA 22030-5017 |
| CREDITOR ID: 269049-14<br>VIRGINIA DEPARTMENT TAXATION<br>ATTN: JOHN WESLEY LOOMES<br>350 N MAIN ST<br>HARRISONBURG VA 22802-3933 | CREDITOR ID: 269048-14<br>VIRGINIA DEPARTMENT TAXATION<br>ATTN: JAMES KATER<br>7 KOGER CTR RM 101<br>NORFOLK VA 23502-4121 | CREDITOR ID: 269047-14<br>VIRGINIA DEPARTMENT TAXATION<br>ATTN: DANNY PAYNE<br>600 E MAIN ST<br>RICHMOND VA 23219-2416 |
| CREDITOR ID: 269052-31<br>VIRGINIA DEPT ENVMTL QULTY<br>ATTN: ROBERT BURMLEY<br>629 E MAIN ST<br>RICHMOND VA 23219-2429 | CREDITOR ID: 264215-12<br>VIRGINIA DEPT OF AGRICULTURE<br>PO BOX 526<br>ATTN ACCT OFFICE<br>RICHMOND, VA 23218-0526 | CREDITOR ID: 264216-12<br>VIRGINIA DEPT OF MOTOR VEHICLE<br>MOTOR CARRIER SERVICE LD SECTION<br>2300 W BROAD STREET<br>RICHMOND VA 23220 |
| CREDITOR ID: 264219-12<br>VIRGINIA DEPT OF TAXATION<br>PO BOX 27407<br>RICHMOND, VA 23261-7407 | CREDITOR ID: 264218-12<br>VIRGINIA DEPT OF TAXATION<br>PO BOX 27264<br>RICHMOND, VA 23261-7264 | CREDITOR ID: 264217-12<br>VIRGINIA DEPT OF TAXATION<br>PO BOX 1777<br>RICHMOND VA 23218-1777 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269054-14<br>VIRGINIA DEPT OF TREASURY<br>ATTN: MARY MORRIS<br>101 N 14TH MONROE BLDG<br>RICHMOND VA 23218 | CREDITOR ID: 269053-14<br>VIRGINIA DEPT OF TREASURY<br>ATTN: JUDY M WAGNER<br>101 N 14TH ST JAMES 3RD<br>RICHMOND VA 23219 | CREDITOR ID: 269055-31<br>VIRGINIA DEPT RHBLITATIVE SVCS<br>ATTN: LARRY OVERBAY<br>468 E MAIN ST<br>ABINGDON VA 24210-3497 |
| CREDITOR ID: 269056-31<br>VIRGINIA DEPT TRANSPORTATION<br>ATTN: WAYNE STRICKLAND<br>313 LUCK AVE SW<br>ROANOKE VA 24016-5013 | CREDITOR ID: 264220-12<br>VIRGINIA DISTRIBUTING<br>PO BOX 4210<br>ROANOKE, VA 24015-0210 | CREDITOR ID: 264221-12<br>VIRGINIA EMPLOYMENT COMMISSION<br>EMPLOYER ACCOUNTS UNIT<br>PO BOX 27483<br>RICHMOND, VA 23261-7483 |
| CREDITOR ID: 269057-31<br>VIRGINIA ENVMTL ENDOWMENT<br>ATTN: GERALD MC CARTHY<br>1051 E CARY ST STE 1400<br>RICHMOND VA 23219-4045 | CREDITOR ID: 264223-12<br>VIRGINIA GAZETTE COMPANIES LLC<br>ATTN DONNA AMORY, CONTROLLER<br>216 IRONBOUND RD<br>WILLIAMSBURG, VA 23188 | CREDITOR ID: 377652-44<br>VIRGINIA LOTTERY<br>900 E. MAIN STREET<br>MIAMI, FL 33109 |
| CREDITOR ID: 22-02<br>VIRGINIA LOTTERY<br>ATTN: PENELOPE W. KYLE, EXEC DIR<br>900 E. MAIN STREET<br>MIAMI FL 33109 | CREDITOR ID: 382911-51<br>VIRGINIA MEDICAID<br>600 EAST BROAD STREET, SUITE 1300<br>RICHMOND, VA 23219 | CREDITOR ID: 264224-12<br>VIRGINIA NATURAL GAS<br>PO BOX 37248<br>BALTIMORE, MD 21297-3248 |
| CREDITOR ID: 405806-95<br>VIRGINIA NATURAL GAS<br>PO BOX 79096<br>BALTIMORE MD 21279-0096 | CREDITOR ID: 942-03<br>VIRGINIA NATURAL GAS INC.<br>5100 E. VA BEACH BLVD.<br>NORFOLK VA 23502-3413 | CREDITOR ID: 269058-31<br>VIRGINIA PLYTCHNIC INST/ST UNI<br>ATTN: THOMAS GRIZZARD<br>9408 PRINCE WILLIAM ST<br>MANASSAS VA 20110-5666 |
| CREDITOR ID: 264226-12<br>VIRGINIA POWER<br>PO BOX 26543<br>RICHMOND, VA 23290-0001 | CREDITOR ID: 264227-12<br>VIRGINIA RETAIL MERCHANTS ASSOC<br>701 EAST FRANKLIN STREET<br>SUITE 809<br>RICHMOND VA 23219 | CREDITOR ID: 264228-12<br>VIRGINIA ROGERS<br>3350 HOFFMEYER ROAD<br>FLORENCE SC 29501 |
| CREDITOR ID: 269059-14<br>VIRGINIA RURAL LETTER<br>ATTN: MARION NEIGHBOURS<br>73 WINDSOR BLVD<br>WINDSOR VA 23487 | CREDITOR ID: 269060-31<br>VIRGINIA RURAL WTR ASSOCATION<br>ATTN: RICK BROWN<br>2138 SYCAMORE AVE<br>BUENA VISTA VA 24416-3126 | CREDITOR ID: 264229-12<br>VIRGINIA SCALES<br>626 WEST HARRISON STREET<br>REIDSVILLE NC 27320 |
| CREDITOR ID: 269061-14<br>VIRGINIA SECRETARY ADM<br>ATTN: BRUCE HAYNES<br>9TH ST OFFICE BLDG<br>RICHMOND VA 23219 | CREDITOR ID: 269063-14<br>VIRGINIA SECRETARY FINANCE<br>ATTN: SCOTT PARSONS<br>707 E MAIN ST STE 300<br>RICHMOND VA 23219-2802 | CREDITOR ID: 269062-14<br>VIRGINIA SECRETARY FINANCE<br>ATTN: JOHN M BENNETT<br>200 N 9TH ST STE 633<br>RICHMOND VA 23219-3414 |
| CREDITOR ID: 264230-12<br>VIRGINIA SHUMAN YOUNG ELEMENTARY<br>101 NORTHEAST 11TH AVENUE<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 264231-12<br>VIRGINIA SPRINKLER CO INC<br>10343B SLIDING HILL RD<br>ASHLAND, VA 23005 | CREDITOR ID: 264232-12<br>VIRGINIA T DEMENT<br>195 WALTER BOWEN ROAD<br>HENDERSON NC 27537 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264233-12<br>VIRGINIA W RICHARDSON<br>RT 1 BOX 130-R<br>MADISON FL 32340 | CREDITOR ID: 264234-12<br>VIRGINIA-AMERICAN WATER/75030<br>PO BOX 70824<br>CHARLOTTE, NC 28272 | CREDITOR ID: 405807-95<br>VIRGINIA-AMERICAN WATER/75030<br>PO BOX 580493<br>CHARLOTTE NC 28250-0493 |
| CREDITOR ID: 264236-12<br>VIRGINIA PILOT<br>PO BOX 1837<br>NORFOLK VA 23501-1837 | CREDITOR ID: 264235-12<br>VIRGINIA PILOT<br>PO BOX 1384<br>NORFOLK VA 23501-1384 | CREDITOR ID: 250338-12<br>VIRGINIAN, GAZETTE<br>PO BOX 524<br>SOUTH BOSTON, VA 24592-0524 |
| CREDITOR ID: 264237-12<br>VISAGENT<br>2107 HENDRICKS AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 269371-16<br>VISAGENT CORPORATION<br>C/O MARK RUBIN<br>2107 HENDRICKS AVENUE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 269370-16<br>VISAGENT CORPORATION<br>C/O GUY BENNETT RUBIN<br>RUBIN & RUBIN<br>520 SOUTH FEDERAL HIGHWAY<br>PO BOX 305<br>STUART, FL 34995 |
| CREDITOR ID: 264238-12<br>VISCOFAN USA INC<br>PO BOX 11407<br>BIRMINGHAM AL 35244 | CREDITOR ID: 264239-12<br>VISION EQUIPMENT & ACTION COMPANY<br>4191 WEST STREET N W<br>COVINGTON GA 30014 | CREDITOR ID: 264240-12<br>VISION REAL ESTATE LLC<br>5550 FRANKLIN ROAD<br>SUITE 202<br>NASHVILLE, TN 37220 |
| CREDITOR ID: 387869-54<br>VISION WINN-DIXIE MIAMI DI<br>1141 S.W. 12TH AVE<br>POMPANO BCH, FL 33069 | CREDITOR ID: 264241-12<br>VISITATION OF OUR LADY SCHOOL<br>3520 AMES BLVD<br>MARRERO, LA 70072 | CREDITOR ID: 264242-12<br>VISKASE COMPANIES INC<br>2784 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 264243-12<br>VISTA HEALTH PLAN<br>300 SOUTH PARK ROAD<br>MS 3340<br>HOLLYWOOD FL 33021 | CREDITOR ID: 264244-12<br>VISTA INTERNATIONAL PACKAGING<br>1240 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 264245-12<br>VISUALWARE<br>PO BOX 668<br>TURLOCK, CA 95381 |
| CREDITOR ID: 377654-44<br>VISY BOARD INDUSTRIAL<br>PACKAGING<br>98 ANNEX 765<br>ATLANTA GA 30398-0765 | CREDITOR ID: 264246-12<br>VITA FOOD PRODUCTS<br>DEPT 77-6692<br>CHICAGO, IL 60678-6692 | CREDITOR ID: 403211-92<br>VITAMIN WORLD, INC.<br>C/O DEDE HARBIN, REGISTERED AGENT<br>2094 MYRTLEWOOD DRIVE<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 377655-44<br>VITARROZ CORP<br>9110 NW 105 WAY<br>MEDLEY FL 33178 | CREDITOR ID: 405808-95<br>VITASOY USA INC<br>ONE NEW ENGLAND WAY<br>AYER MA 01432 | CREDITOR ID: 278966-30<br>VITASOY USA INC<br>PO BOX 3485<br>BOSTON, MA 02241-3485 |
| CREDITOR ID: 264248-12<br>VITECH AMERICA<br>8247 SOUTH 194TH STREET<br>KENT, WA 98032 | CREDITOR ID: 387928-54<br>VITITOE, AMANDA<br>100 S.W. 2ND AVE #12<br>BOYNTON BEACH, FL 33437 | CREDITOR ID: 392212-55<br>VITITOE, AMANDA<br>C/O JEFFREY J WALKER, PA<br>ATTN JEFFREY J. WALKER, ESQ<br>200 SE 18TH COURT<br>FT. LAUDERDALE FL 33316 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 264249-12
VIVET INGRAM
18400 NW 10 COURT
MIAMI FL 33169

CREDITOR ID: 264250-12
VIVIAN HARDING
3260 TEAL STREET
TITUSVILLE FL 32796

CREDITOR ID: 264251-12
VIVIAN MITCHELL
6805 MARLBORO COURT
MOBIL AL 36608

CREDITOR ID: 386346-54
VIZENA, ELVA
1839 CYPRESS STREET
BASILE LA 70515

CREDITOR ID: 391435-55
VIZENA, ELVA
C/O: TERRANCE HOYCHICK
141 SOUTH SIXTH STREET
EUNICE LA 70535-0391

CREDITOR ID: 377620-44
VM INTERNATIONAL
PO BOX 31391
CHARLOTTE, NC 28231-1391

CREDITOR ID: 263975-12
VM INTERNATIONAL
ATTN: ROYA VAZIN, CONTROLLER
1243 E WATSON CENTER ROAD
CARSON, CA 90745

CREDITOR ID: 264252-12
VMACH LIMITED
PO BOX 37214
TALLAHASSEE FL 32315

CREDITOR ID: 264253-12
VML
PO BOX 413901
KANSAS CITY, MO 64164-3901

CREDITOR ID: 264254-12
VML COMPANY LLC
MSC 410443
PO BOX 415000
NASHVILLE, TN 37241-5000

CREDITOR ID: 382201-51
VML, INC
250 RICHARDS ROAD
KANSAS CITY, MO 64116

CREDITOR ID: 264255-12
VNETEK COMMUNICATIONS LLC
PO BOX 845374
BOSTON, MA 02284-5374

CREDITOR ID: 406032-15
VNETEK COMMUNICATIONS, LLC
ATTN RICHARD F FLYNN, CFO
20 NORTH WENTWORTH AVENUE
LONDONDERRY NH 03053

CREDITOR ID: 407326-MS
VOEKS, DAVID
2441 C H ARNOLD ROAD
ST AUGUSTINE FL 32084

CREDITOR ID: 264256-12
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CENTRE PARKWAY
FINANCIAL PARK PLACE STE 300
LITTLE ROCK, AR 72211

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CTR PKWY,
LITTLE  ROCK, AR 72211

CREDITOR ID: 407327-MS
VOGEL, FRANK
374 BROOKS LANE
SIMPSONVILLE KY 40067

CREDITOR ID: 264257-12
VOGUE INTERNATIONAL
PO BOX 91-5191
ORLANDO, FL 32891-5191

CREDITOR ID: 405809-95
VOGUE INTERNATIONAL
4027 TAMPA ROAD
SUITE #3200
OLDSMAR FL 34677

CREDITOR ID: 264258-12
VOICE-TECH
720 COMMERCE DR, SUITE 104
VENICE FL 34292

CREDITOR ID: 264259-12
VOIGTS SHEET METAL WORKS INC
2011 SPRINGHILL DR
VALDOSTA, GA 31602

CREDITOR ID: 264260-12
VOIGTS STEEL SUPPLY
2011 SPRINGHILL DRIVE
VALDOSTA, GA 31602

CREDITOR ID: 399762-84
VOLK, LEONA
7021 ADELE CT.
NORFOLK VA 23518

CREDITOR ID: 386626-54
VOLKMAN, JAMES
407 MILL LANE
DALLAS GA 30157

CREDITOR ID: 391621-55
VOLKMAN, JAMES
C/O: ALEKSANDRA BRONSTED
LAW OFFICE OF ALEKSANDRA BRONSTED
3490 SHALLOWFORD ROAD
STE 305
CHAMBLEE GA 30341

CREDITOR ID: 404038-15
VOLOVECKY, VERA
C/O WILKINS BANKESTER BILES & WYNNE
ATTN BRIAN BRITT/MARION WYNNE, ESQS
PO BOX 1367
FAIRHOPE AL 36533

CREDITOR ID: 385463-54
VOLOVECKY, VERA
PO BOX 1032
ROBERTSDALE, AL 36567

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390765-55<br>VOLOVECKY, VERA<br>C/O: LLOYD TAYLOR<br>TAYLOR, NELSON, & TAYLOR<br>18350 MICHIGAN ST<br>ROBERTSDALE AL 36567-3054 | CREDITOR ID: 405917-99<br>VOLPE BAJALIA WICKES ET AL<br>ATTN: JOHN T ROGERSON<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, STE 1700<br>JACKSONVILLE FL 32207 | CREDITOR ID: 264261-12<br>VOLUME INC<br>PO BOX 409<br>SHARON MA 02067 |
| CREDITOR ID: 407626-97<br>VOLUME INC<br>ATTN: STEVEN RABB<br>PO BOX 845468<br>BOSTON MA 02284 | CREDITOR ID: 944-03<br>VOLUNTEER ELECTRIC COOP<br>PO BOX 277<br>DECATUR TN 37322 | CREDITOR ID: 264262-12<br>VOLUNTEER ELECTRIC COOPERATIVE<br>PO BOX 1<br>GEORGETOWN, TN 37336 |
| CREDITOR ID: 269065-31<br>VOLUNTEER HOUSING DEV CORP<br>ATTN: RAY MCELHANEY<br>407 E MAIN ST<br>MORRISTOWN TN 37814-4742 | CREDITOR ID: 269066-31<br>VOLUSIA COUNTY ENVMTL MGT<br>ATTN: STEVEN KINTNER<br>123 W INDIANA AVE<br>DELAND FL 32720-4615 | CREDITOR ID: 269067-31<br>VOLUSIA COUNTY GOVERNMENT<br>ATTN: PALMER PANTON<br>123 W INDIANA AVE<br>DELAND FL 32720-4615 |
| CREDITOR ID: 945-03<br>VOLUSIA COUNTY WATER & SEWER<br>123 W. INDIANA AVENUE<br>DELAND FL 32720-4602 | CREDITOR ID: 397675-72<br>VOLUSIA FIRE<br>123 W INDIANA AVE<br>DELAND, FL 32721-0729 | CREDITOR ID: 264264-12<br>VOLVO AND GMC TRUCK CENTER<br>DEPT 1265<br>BIRMINGHAM, AL 35287-1265 |
| CREDITOR ID: 264265-12<br>VOLVO AND GMC TRUCKS OF ATL<br>700 RUSKIN DRIVE<br>FOREST PARK, GA 30297 | CREDITOR ID: 386227-54<br>VOORHEES, GEOFFRE<br>1079 WILMINGTON DRIVE<br>DELTONA FL 32725 | CREDITOR ID: 391365-55<br>VOORHEES, GEOFFREY M<br>C/O JOHNSON, GILBERT & CAMPS PA<br>ATTN FRANK R JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 |
| CREDITOR ID: 264268-12<br>VOORTMAN COOKIES LTD<br>ATTN NANCY DISERA, CR MGR<br>PO BOX 4562<br>BUFFALO, NY 14240-4562 | CREDITOR ID: 264269-12<br>VORTEZ L WRIGHT<br>JACKSONVILLE SHERIFFS OFFICE<br>501 E BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 243094-12<br>VOSBURG, BARRETT<br>PO BOX 8<br>NEW ROADS, LA 70760 |
| CREDITOR ID: 386418-54<br>VOSS, CATHIE<br>1104 VENTURE LANE<br>DESOTO TX 75115 | CREDITOR ID: 269069-31<br>VOTER REGISTRAR<br>ATTN: SANDRA HOLLOMAN<br>100 S MAIN ST<br>FRANKLIN VA 23851-1606 | CREDITOR ID: 269068-31<br>VOTER REGISTRAR<br>ATTN: EVELINA CARPENTER<br>302 THRIFT RD<br>MADISON VA 22727 |
| CREDITOR ID: 269070-31<br>VOTER REGISTRATION<br>ATTN: PATSY PARKER<br>524 N MAIN ST<br>SUFFOLK VA 23434-4427 | CREDITOR ID: 405905-15<br>VOWELL, J LARRY<br>13314 BUCKLAND HALL RD<br>TOWN & COUNTRY MO 63131-1214 | CREDITOR ID: 264270-12<br>VRMA<br>701 E FRANKLIN ST STE 809<br>RICHMOND VA 23219 |
| CREDITOR ID: 264271-12<br>VULCAN SAFETY SHOES SERVICE<br>4690 A HAMMERMILL RD<br>TUCKER, GA 30084 | CREDITOR ID: 264272-12<br>VWR INTERNATIONAL<br>PO BOX 640169<br>PITTSBURGH PA 15264-0169 | CREDITOR ID: 377659-44<br>VWR SCIENTIFIC<br>P O BOX 640169<br>PITTSBURGH, PA 15264-0169 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403370-83<br>VYAS & VYAS, MD, PC<br>PO BOX 1065<br>ANDALUSIA AL 36420 | CREDITOR ID: 382907-51<br>VYTRA HEALTH PLAN<br>7 WEST 34TH STREET<br>NEW YORK, NY 10001 | CREDITOR ID: 264275-12<br>W A BROWN & SON INC<br>209 LONG MEADOW DRIVE<br>SALISBURY NC 28147 |
| CREDITOR ID: 264277-12<br>W B PORTER & COMPANY<br>PO BOX 27905<br>RALEIGH NC 27611-7905 | CREDITOR ID: 269071-31<br>W C I PROPERTIES INC<br>ATTN: ROBERT E WORLEY<br>568 TAILS CREEK CHURCH RD<br>ELLIJAY GA 30540-2720 | CREDITOR ID: 264278-12<br>W C MURPHY & ASSOCIATES<br>PO BOX 24130<br>NEW ORLEANS LA 70184-4130 |
| CREDITOR ID: 405811-95<br>W D 40 COMPANY<br>PO BOX 30638<br>LOS ANGELES CA 90030-0638 | CREDITOR ID: 269072-31<br>W D CHADWICK JR<br>ATTN: WILLIAM D CHADWICK<br>579 MEDCALF DR SW<br>SHALLOTTE NC 28468-4501 | CREDITOR ID: 264280-12<br>W D ROUTE 3 LIMITED<br>PARTNERSHIP<br>1201 CENTRAL PARK BLVD<br>PO BOX 7566<br>FREDERICKSBURG, VA 22404 |
| CREDITOR ID: 264282-12<br>W E CHERRY ELEMENTARY SCHOOL<br>420 EDISON DRIVE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 269073-31<br>W J GALEAZZI DR<br>ATTN: WILLIAM J GALEAZZI<br>5 NANTUCKET LN<br>PALM COAST FL 32137-2532 | CREDITOR ID: 264287-12<br>W J QUARLES ELEMENTARY SCHOOL<br>111 QUARLES ST<br>LONG BEACH, MS 39560 |
| CREDITOR ID: 264288-12<br>W J TOWNSON PRODUCTS INC<br>4478 PRO AM AVE EAST<br>BRADENTON, FL 34203 | CREDITOR ID: 407474-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOTHLAND-SUMMERVILLE WD DEL BUS TRU<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407473-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-JONESBORO WD DEL BUS TRU<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 407472-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-JONESBORO WD DEL BUS TRUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407491-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-PONCIANA WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407490-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-PONCIANA WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407489-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-POWDER SPRINGS WD DEL BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407488-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-POWDER SPRINGS WD DEL BUS<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407487-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-AMITE WD DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 407486-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-AMITE WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407485-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND BIRMINGHAM WD DEL BUS TRU<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407483-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-RIVER RIDGE WD DEL BUS TR<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 407482-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-RVIER RIDGE WD DEL BUS TR<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407477-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O NEAL GERGER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407476-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407475-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-SUMMERVILLE WD DEL BUS TR<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 264289-12<br>W JULIEN TRUST ACCOUNT &<br>E LANGLEY KINLOCK<br>621 N W 53RD STREET<br>ONE PARK PLACE SUITE 390<br>BOCA RATON FL 33487 | CREDITOR ID: 264291-12<br>W L GORE & ASSOCIATES<br>BOX 751334<br>CHARLOTTE NC 28275-1334 |
| CREDITOR ID: 264292-12<br>W M SPRINKMAN CORP<br>PO BOX 1650<br>MILWAUKEE WI 53201-1650 | CREDITOR ID: 264294-12<br>W PAUL  WATSON<br>2545 SELLERS LN<br>MELBOURNE FL 32940 | CREDITOR ID: 264295-12<br>W RAY JAMIESON<br>PO BOX 34608<br>BARLETT TN 38103 |
| CREDITOR ID: 264296-12<br>W S LAFARGUE PRIMARY SCHOOL<br>700 PLANTATION RD<br>THIBODAUX, LA 70301 | CREDITOR ID: 264297-12<br>W SMITH JR ELEMENTARY<br>6701 EAST ST BERNARD HWY<br>VIOLET, LA 70092 | CREDITOR ID: 264300-12<br>W T RIDDICK & CO GENERAL CONTRACTOR<br>31269 GENERAL THOMAS HWY<br>FRANKLIN VA 23851 |
| CREDITOR ID: 264301-12<br>W W GAY FIRE & INTEGRATED SYSTEMS<br>522 STOCKTON ST<br>JACKSONVILLE FL 32204-2535 | CREDITOR ID: 264302-12<br>W W GAY MECHANICAL CONTRACTOR INC<br>524 STOCKTON ST<br>JACKSONVILLE FL 32204-2500 | CREDITOR ID: 264304-12<br>W W WILLIAMS<br>DEPT L 303<br>COLUMBUS, OH 43260-9303 |
| CREDITOR ID: 264273-12<br>W&L TIRE & WHEEL CO<br>820 WEST JEFFERSON STREET<br>QUINCY FL 32351 | CREDITOR ID: 2654-07<br>W. D. OF VIRGINIA, INC.<br>P.O. BOX 578<br>JACKSONVILLE NC 28541-0578 | CREDITOR ID: 2655-07<br>W. HALL DBA HIGH SPRINGS PLAZA INC<br>C/O CHARLES WAYNE PROPERTIES I<br>444 SEABREEZE BLVD STE 1000<br>DAYTONA  BEACH FL 32118 |
| CREDITOR ID: 2703-04<br>W/M OF GRENADA, MS<br>PO BOX 890492<br>CHARLOTTE NC 28289 | CREDITOR ID: 2690-07<br>WD SELMA RIC LLC<br>235 MOORE STREET<br>3RD FLOOR<br>HACKENSACK NJ 07601 | CREDITOR ID: 264276-12<br>WA SAVAGE FLOOR COVERING<br>ATTN WILBERT SAVAGE, OWNER<br>208 NELSON DRIVE<br>RIVER RIDGE, LA 70123-1942 |
| CREDITOR ID: 264307-12<br>WABASH NATIONAL TRAILER CENTERS<br>2270 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 264308-12<br>WACCAMAW PUBLISHERS INC<br>PO BOX 740<br>CONWAY, SC 29528 | CREDITOR ID: 269074-31<br>WACCAMAW RGNAL CNCIL GVRNMENTS<br>ATTN: KEN THOMPSON<br>1230 HIGHMARKET ST<br>GEORGETOWN SC 29440-3227 |
| CREDITOR ID: 264309-12<br>WACHOVIA<br>PO BOX 601604<br>CHARLOTTE, NC 28260-1604 | CREDITOR ID: 278111-23<br>WACHOVIA<br>ATTN: JENNY CAMPBELL - MC NY4904<br>12 E 49TH STREET, 20TH FLOOR<br>NEW YORK NY 10017-1028 | CREDITOR ID: 278110-23<br>WACHOVIA<br>ATTN: DEBORAH RENTZ CCSC FL0117<br>214 N. HOGAN STREET<br>JACKSONVILLE FL 32231 |
| CREDITOR ID: 278594-24<br>WACHOVIA BANK<br>REAL ESTATE DIVISION<br>MAIL CODE 1810<br>30TH FLOOR<br>191 PEACHTREE STREET, N.E.<br>ATLANTA GA 30303 | CREDITOR ID: 395365-63<br>WACHOVIA BANK FKA<br>FIRST UNION NATIONAL BANK OF NC<br>7750-1 BAYBERRY ROAD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 264310-12<br>WACHOVIA BANK N A<br>C/O HIDAY & RICKE P A<br>PO BOX  550858<br>JACKSONVILLE, FL 32255 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 278675-24
WACHOVIA BANK NA
100 N. MAIN STREET
WINSTON-SALEM NC 27150

CREDITOR ID: 264311-12
WACHOVIA BANK NATIONAL ASSOCIATION
CORPORATE TRUST DEPARTMENT
FINANCE GROUP NC 1196
1525 WEST W T HARRIS BLVD 3C3
CHARLOTTE, NC 28288

CREDITOR ID: 403212-99
WACHOVIA BANK NAT'L ASSOC
C/O ROGERS TOWERS PA
ATTN: BETSY C COX/ROBERT T HYDE JR
1301 RIVERPLACE BLVD, STE 1500
JACKSONVILLE FL 32007

CREDITOR ID: 377665-44
WACHOVIA BANK NAT'L ASSOCIATION
STANDBY L/C COMMISSION ACCT
PO BOX 601083
CHARLOTTE, NC 28260-1083

CREDITOR ID: 264312-12
WACHOVIA BANK REAL ESTATE
VALUATION SERVICE
SCOTCH RD CORPORATE CENTER
370 SCOTCH ROAD, 1ST FLOOR
WEST TRENTON NJ 07083

CREDITOR ID: 381172-47
WACHOVIA BANK REAL ESTATE VALUATION SERV
SCOTCH RD CORPORATE CENTER
370 SCOTCH RD 1ST FLOOR
WEST TRENTON, NJ 07083

CREDITOR ID: 381873-49
WACHOVIA BANK, N.A.
1525 WEST W T HARRIS BLVD 3C3
CHARLOTTE, NC 28288

CREDITOR ID: 383162-99
WACHOVIA BANK, NA - SPEC ADVISOR
C/O BINGHAM MCCUTCHEN LLP
ATTN: ANTHONY J SMITS
ONE STATE STREET
HARTFORD CT 06103

CREDITOR ID: 381874-49
WACHOVIA BANK, NATIONAL ASSOCIATION
LETTERS OF CREDIT
1525 WEST W T HARRIS BLVD 3C3
CHARLOTTE, NC 28288

CREDITOR ID: 381872-49
WACHOVIA BANK, NATIONAL ASSOCIATION
REVOLVING LOAN
1525 WEST W T HARRIS BLVD 3C3
CHARLOTTE, NC 28288

CREDITOR ID: 278050-22
WACHOVIA BANK, NATIONAL ASSOCIATION
ADMINISTRATIVE AGENT
ATTN KIM QUINN, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE SGTREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 278806-99
WACHOVIA BANK, NAT'L ASSOC
C/O OTTERBOURG STEINDLER ET AL
ATTN: JONATHAN HELFAT/DAN FIORELLO
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 278051-22
WACHOVIA CAPITAL MARKETS, LLC
AS ARRANGER
ATTN KIM QUINN, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE STREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 377664-44
WACHOVIA -COMMITMENT FEES PAID
1525 WEST W T HARRIS BLVD 3C3
CHARLOTTE, NC 28288

CREDITOR ID: 264313-12
WACHOVIA SECURITIES
LOAN # 815114283
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1981-07
WACHOVIA SECURITIES
LOAN # 815114283
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 407502-99
WACHTEL & MASYR LLP
ATTN: STEVE COHEN, GREG HABER
110 EAST 59TH STREET
NEW YORK NY 10022

CREDITOR ID: 382197-51
WACKENHUT
3974 WOODSTOCK DRIVE, SUITE 100
JACKSONVILLE, FL 32207

CREDITOR ID: 264314-12
WACKENHUT CORP
PO BOX 277469
ATLANTA, GA 30384-7469

CREDITOR ID: 278777-99
WACKENHUT CORPORATION, THE
C/O COZEN O'CONNOR
ATTN: NEAL D COLTON/ DAVID LIEBMAN
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 264315-12
WACO
PO BOX 23866
NEWARK, NJ 07189-0866

CREDITOR ID: 407328-MS
WADDELL, TIMOTHY F
799 BEACON KNOLL LANE
FORT MILL SC 29708

CREDITOR ID: 264316-12
WADE C LACOSTE
PO BOX 115
ERATH LA 70533

CREDITOR ID: 264317-12
WADE HAMPTON FIRE AND SEWER
DISTRICT
4211 E N STREET
GREENVILLE SC 29615

CREDITOR ID: 377666-44
WADE HARDIN PLIMBING INC
2520 GILLESPIE STREET
FAYETTEVILLE, NC 28306

CREDITOR ID: 264318-12
WADE HARDIN PLUMBING INC
ATTN WADE HARDIN, PRESIDENT
2520 GILLESPIE STREET
FAYETTEVILLE, NC 28306

CREDITOR ID: 269075-31
WADE KNNETH THRSHER BBCAT SVC
ATTN: KENNETH WADE
1050 OLD BRIDGE RD
FORT MYERS FL 33917-4135

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264319-12<br>WADE LANE WELDING<br>343 MOUNTAIN DRIVE<br>PO BOX 1027<br>DESTIN FL 32540 | CREDITOR ID: 264320-12<br>WADE SAXTON<br>7441 NEWBYS CROSSING RD<br>APT D<br>RICHMOND VA 23235 | CREDITOR ID: 389796-54<br>WADE, ATHALENE<br>P.O BOX 5171<br>CORDELE GA 31015 |
| CREDITOR ID: 393395-55<br>WADE, ATHALENE<br>C/O: TERRENCE J PAULK<br>TERRENCE J PAULK, P.C.<br>501 SOUTH GRANT STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 374488-44<br>WADE, CYNTHIA C<br>1966 MCKOWNS MOUNTAIN ROAD<br>GAFFNEY, SC 29340 | CREDITOR ID: 387131-54<br>WADE, DENNIS<br>870 WILLIAMS RD<br>PICKENS, MS 39146-3312 |
| CREDITOR ID: 391715-55<br>WADE, DENNIS<br>C/O: DANA G. KIRK, ESQ.<br>KIRK LAW FIRM<br>4265 SAN FELIPE STREET<br>SUITE 1450<br>HOUSTON TX 77027 | CREDITOR ID: 407329-MS<br>WADE, HARRY D.<br>4355 FULTON RD.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 386540-54<br>WADE, LINDA<br>1710 DRIFTON HIGHWAY<br>MONTICELLO FL 32344 |
| CREDITOR ID: 256299-12<br>WADE, MICKEY ESQ<br>PO BOX 328<br>BELTON TX 76513 | CREDITOR ID: 399910-84<br>WADE, PHILLIP S<br>1486 GEORGE DRIVE SE<br>CONYERS GA 30013 | CREDITOR ID: 388085-54<br>WADE, SHAN P<br>1486 GEORGE DRIVE SE<br>CONYERS, GA 30013-2034 |
| CREDITOR ID: 388546-54<br>WADE, YVONNE<br>4124 INDIAN LAKE CIR<br>STONE MOUNTAIN, GA 30083 | CREDITOR ID: 392620-55<br>WADE, YVONNE<br>C/O: DEREK D. WELCH, ESQ.<br>THE WELCH LAW FIRM, P.C.<br>4151 MEMORIAL DR, SUITE 108-C<br>DECATUR GA 30032 | CREDITOR ID: 407330-MS<br>WADFORD, HOWARD S<br>613 CATHERINE FOSTER LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 264321-12<br>WADI LEE<br>2619 24TH AVENUE NORTH<br>ST PETERSBURG FL 33713 | CREDITOR ID: 406290-15<br>WAGES, LARRY W JR<br>1550 JACKSON FERRY ROAD<br>MONTGOMERY AL 36104-1718 | CREDITOR ID: 400215-86<br>WAGMAN, LAURA<br>5423 CRESTHAVEN BLVD.<br>W. PALM BEACH   FL 33415 |
| CREDITOR ID: 269076-14<br>WAGNER JMES PRMERICA FINCL SVC<br>ATTN: JAMES P WAGNER<br>608 E HIGHWAY 78<br>VILLA RICA GA 30180-2808 | CREDITOR ID: 264323-12<br>WAGNER PRODUCTS, INC<br>PO BOX 643448<br>CINCINNATI OH 45264-3448 | CREDITOR ID: 264324-12<br>WAGNER TIRE SERVICE<br>300 CHURCH AVE<br>HIGH POINT NC 27262 |
| CREDITOR ID: 243524-12<br>WAGNER, BILLIE J<br>155 PLANTERS DRIVE<br>SUMTER, SC 29154 | CREDITOR ID: 390093-54<br>WAGNER, JOEL<br>5132 NE 19TH TERRACE<br>FORT LAUDERDALE, FL 33327 | CREDITOR ID: 393549-55<br>WAGNER, JOEL<br>C/O: MARC S. SCHILLER<br>SCHILLER, KESSLER & GOMEZ, PLC<br>7501 W. OAKLAND BLVD 2ND FLR<br>FT LAUDERDALE FL 33319 |
| CREDITOR ID: 403477-93<br>WAH HONG GO<br>C/O LAW OFFICES ANTHONY F SANCHEZ<br>ATTN: ANTHONY F SANCHEZ<br>ALRED I DUPONT BLDG<br>169 E FLAGLER ST, STE 1500<br>MIAMI FL 33131 | CREDITOR ID: 269077-31<br>WAHNETA WATER SYSTEMS INC<br>ATTN: LEON FIAGIN<br>106 8TH WAHNETA ST E<br>WINTER HAVEN FL 33880-6011 | CREDITOR ID: 394253-56<br>WAIDE, BEVERLEY<br>2103 RENAISSANCE BLVD<br>#205<br>MIRAMAR, FL 33023 |

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407331-MS<br>WAINWRIGHT, NETHA<br>2034 BRIARWOOD ST.<br>PRATTVILLE AL 36066 | CREDITOR ID: 244785-12<br>WAITE, CATHY<br>923 N E 3RD STREET<br>OCALA, FL 34470 | CREDITOR ID: 386175-54<br>WAITERS, LESLIE<br>2510 7TH AVENUE EAST<br>PALMETTO, FL 34221 |
| CREDITOR ID: 391334-55<br>WAITERS, LESLIE<br>C/O: JOSHUA H. ROSEN<br>LAW OFFICE OF JOSHUA H. ROSEN CHARTERED<br>5250 17TH STREET, SUITE 8<br>SARASOTA FL 34235 | CREDITOR ID: 389766-54<br>WAITERS, WILLIE<br>519 36TH AVE EAST<br>BRADENTON FL 34208 | CREDITOR ID: 393380-55<br>WAITERS, WILLIE<br>C/O: R.A. PATTERSON, III<br>MORGAN, COLLING & GILBERT, P.A.<br>SUITE 1790<br>101 E. KENNEDY BLVD.<br>TAMPA FL 33602 |
| CREDITOR ID: 385294-54<br>WAITES, CARLEE H<br>2804 SAINT ANDREWS ST<br>NEW ORLEANS, LA 70113 | CREDITOR ID: 390602-55<br>WAITES, CARLEE H<br>C/O: PATRICE BENN-ABBEY, ESQUIRE<br>LAW OFFICES OF PATRICE BENN-ABBEY, LC<br>3133 GENERAL MEYER AVENUE<br>NEW ORLEANS LA 70114 | CREDITOR ID: 387475-54<br>WAITES, WAYNE A<br>135 MCKINNEY ROAD<br>TALLADEGA AL 35160 |
| CREDITOR ID: 392458-55<br>WAITS, NAYIA (MINOR)<br>C/O: JOHN GEORGE, ESQ.<br>JOHN GEORGE, ESQ.<br>315 SE 7TH STREET<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 390339-54<br>WAITS, NAYIA (MINOR)<br>9730  BAHAMA DRIVE<br>MIAMI, FL 33189 | CREDITOR ID: 264325-12<br>WAKE CO CLERK OF COURT<br>PO BOX 351<br>RALEIGH, NC 27602-0351 |
| CREDITOR ID: 269078-31<br>WAKE COUNTY<br>ATTN: CHARLES FRIDDLE<br>337 S SALISBURY ST RM 501<br>RALEIGH NC 27601-1728 | CREDITOR ID: 241224-11<br>WAKE COUNTY REVENUE COLLECTOR<br>PREPARED FOOD & BEVERAGE TAX DIV.<br>ACCOUNT NO.: 6356<br>PO BOX 2719<br>RALEIGH, NC 27602-2719 | CREDITOR ID: 264327-12<br>WAKE COUNTY REVENUE DEPARTMENT<br>PO BOX 2331<br>RALEIGH, NC 27602-2331 |
| CREDITOR ID: 269080-31<br>WAKE FOREST TOWN OF<br>ATTN: GEORGE ROGERS<br>8505 LIGON MILL RD<br>WAKE FOREST NC 27587-7701 | CREDITOR ID: 264330-12<br>WAKE MED FOUNDATION<br>PO BOX 14465<br>RALEIGH NC 27620-4465 | CREDITOR ID: 264331-12<br>WAKE WEEKLY<br>PO BOX 1919<br>WAKE FOREST, NC 27588-1919 |
| CREDITOR ID: 269081-31<br>WAKULA COUNTY MOSQUITO CONTROL<br>ATTN: GARY SIMMONS<br>340 TRICE LN RM 201<br>CRAWFORDVILLE FL 32327-2261 | CREDITOR ID: 397092-67<br>WAKULLA BANK<br>PO BOX 610<br>CRAWFORDVILLE, FL 32356 | CREDITOR ID: 397088-67<br>WAKULLA BANK<br>NWC MONROE AND PAUL RUSSELL<br>TALLAHASSEE, FL 32356 |
| CREDITOR ID: 278112-23<br>WAKULLA BANK<br>ATTN: SUSAN PAYNE TURNER<br>PO BOX 610<br>CRAWFORDVILLE, FL 32326 | CREDITOR ID: 949-03<br>WAKULLA LP GAS<br>PO BOX 194<br>CRAWFORDVILLE FL 32326 | CREDITOR ID: 264335-12<br>WAKULLA NEWS<br>PO BOX 307<br>CRAWFORDVILLE, FL 32326-0307 |
| CREDITOR ID: 264336-12<br>WAKY SIGN CO INC<br>PO BOX 123<br>BOWLING GREEN, KY 42102-0123 | CREDITOR ID: 264337-12<br>WALCA INTERNATIONAL CORP<br>7066 NW 50 STREET<br>MIAMI, FL 33166 | CREDITOR ID: 405813-95<br>WALCA INTERNATIONAL CORP<br>13067 SW 133 COURT<br>MIAMI FL 33186 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264338-12<br>WALDEN FARMS INC<br>1209 WEST ST GEORGE AVE<br>BOX 352<br>LINDEN NJ 07036-0352 | CREDITOR ID: 264339-12<br>WALDEN W ELLIOTT<br>1085 SUNHILL DRIVE<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 327-03<br>WALDEN WOODS VILLAGE<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI FL 33101 |
| CREDITOR ID: 407567-15<br>WALDEN, CONCHITA<br>C/O LAW OFFICES OF FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 389745-54<br>WALDEN, THURMAN<br>P.O. BOX 1187<br>THONOTOSASSA FL 33592 | CREDITOR ID: 393364-55<br>WALDEN, THURMAN<br>C/O: BYRON TOWNSEND<br>BARRS, WILLIAMSON, STALBERG, TOWNSEND &<br>2503 W. SWANN AVENUE<br>TAMPA FL 33508 |
| CREDITOR ID: 407332-MS<br>WALDORF, CLARENCE W.<br>11541 PORTSIDE DR.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 390476-54<br>WALDREP, JOHN W<br>180 MORRIS DRIVE<br>AILEY GA 30410 | CREDITOR ID: 264340-12<br>WALDRIP WRKER SER<br>1540 N RIPLEY ST<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 264341-12<br>WALDRON PRODUCE CO<br>PO BOX 248<br>CITRA FL 32113 | CREDITOR ID: 399591-82<br>WALDRON, JAMES<br>3111 PINON DRIVE<br>HOLIDAY FL 34691 | CREDITOR ID: 264342-12<br>WALDROP HAULING<br>1249 TRINITY CHURCH ROAD<br>NEWBERRY SC 29108 |
| CREDITOR ID: 269082-31<br>WALEYBEE CARPENTRY & HM IMPRV<br>ATTN: EVERTON BAILEY<br>5714 NW 86TH TER<br>FORT LAUDERDALE FL 33321-4434 | CREDITOR ID: 403373-83<br>WALGREEN CO.<br>PO BOX 4039 MS #735<br>DANVILLE IL 61834-4039 | CREDITOR ID: 403372-83<br>WALGREEN CO.<br>1901 E. VOORHEES ST., MS #735<br>PO BOX 4039<br>DANVILLE IL 61834-4039 |
| CREDITOR ID: 382906-51<br>WALGREEN'S HEALTH INITIATIVE<br>2275 HALF DAY ROAD, SUITE 250<br>BANNOCKBURN, IL 60015 | CREDITOR ID: 269083-31<br>WALHALLA RECREATIONAL DEPT<br>ATTN: DAVY LEE<br>101 E MAIN ST<br>WALHALLA SC 29691-1924 | CREDITOR ID: 264343-12<br>WALKER & WHITESIDE INC<br>ATTN: JIM F COX, PRES<br>PO BOX 5777<br>STATION B<br>GREENVILLE, SC 29606-5777 |
| CREDITOR ID: 278595-25<br>WALKER CHAPEL PLAZA LLC<br>PO BOX 11045<br>MONTGOMERY AL 36111 | CREDITOR ID: 278676-25<br>WALKER CHAPEL PLAZA, LLC<br>DOWNTOWN JIMMIE HALE MISSION INC.<br>PO BOX 10472<br>BIRMINGHAM AL 35202 | CREDITOR ID: 264345-12<br>WALKER COUNTY DISTRICT COURTHOUSE<br>PO BOX 749<br>JASPER, AL 35502 |
| CREDITOR ID: 264348-12<br>WALKER ELEMENTARY SCHOOL<br>PO BOX 188<br>WALKER LA 70785 | CREDITOR ID: 264349-12<br>WALKER HIGH SCHOOL<br>PO BOX 249<br>WALKER, LA 70785-0249 | CREDITOR ID: 264350-12<br>WALKER JUNIOR HIGH SCHOOL<br>PO BOX 219<br>WALKER, LA 70785 |
| CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>C/O ALSTON & BIRD LLP<br>ATTN PAUL SILVERMAN, ESQ<br>90 PARK AVENUE<br>NEW YORK NY 10016 | CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 | CREDITOR ID: 2656-07<br>WALKER LA COMMERCIAL<br>PO BOX 1693<br>BATON ROUGE LA 70821-1693 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264352-12<br>WALKER PLUMBING COMPANY<br>258 MORRISON CHAPEL ROAD<br>CLEVELAND MS 38732 | CREDITOR ID: 381244-47<br>WALKER, ANTHONY<br>PO BOX 894<br>PORT GIBSON, MS 39150 | CREDITOR ID: 389838-54<br>WALKER, CANDACE<br>PO BOX 464<br>FITZGERALD GA 31750 |
| CREDITOR ID: 374161-44<br>WALKER, CHARLES A<br>1502 E EVANS<br>P O BOX 66<br>BAINBRIDGE, GA 31718 | CREDITOR ID: 394134-56<br>WALKER, DAWN<br>8612 BEEKMAN<br>MIRAMAR FL 33025 | CREDITOR ID: 247848-12<br>WALKER, DEBORAH<br>6 LAMINACK LANE<br>TALAPOOSA, GA 30176 |
| CREDITOR ID: 374656-44<br>WALKER, DEPUTY ANTHONY<br>PO BOX 894<br>PORT GIBSON, MS 39150 | CREDITOR ID: 388685-54<br>WALKER, EUNA E<br>214 BRIGHTWELL DRIVE<br>DANVILLE VA 24540 | CREDITOR ID: 315822-40<br>WALKER, GEORGE C  & WILLIAM M<br>C/O JOHN STEWART WALKER CO<br>3211 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 |
| CREDITOR ID: 399300-15<br>WALKER, GEORGE C JR & WILLIAM M<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 2258-RJ<br>WALKER, GEORGE C. JR.<br>C/O JOHN STEWART WALKER COMPANY<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 387332-54<br>WALKER, GLORIA<br>2630 NW 44 AVE<br>LAUDERHILL, FL 33313 |
| CREDITOR ID: 391907-55<br>WALKER, GLORIA<br>C/O: CHARLES COHEN<br>CHARLES H COHEN, P.A.<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 400525-88<br>WALKER, JAMES III<br>C/O HENDRIK S. SNOW, ESQUIRE<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 389630-54<br>WALKER, JUDITH<br>3417 NW 196TH STREET<br>OPA-LOCKA, FL 33056 |
| CREDITOR ID: 393289-55<br>WALKER, JUDITH<br>C/O: SARAH STEINBAUM<br>SARAH STEINBAUM A PROFESSIONAL ASSOCIATI<br>44 W. FLAGLER STREET<br>SUITE 2175<br>MIAMI FL 33130 | CREDITOR ID: 278596-25<br>WALKER, LA<br>COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY LLC<br>PO BOX 1693<br>BATON ROUGE LA 70821 | CREDITOR ID: 269374-16<br>WALKER, LA COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY, LLC<br>C/O COMMERCIAL PROPERTIES<br>DEVELOPMENT CORPORATION<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 |
| CREDITOR ID: 278677-25<br>WALKER, LA, COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY, LLC<br>SOUTHERN FARM BUREAU ANNUITY INS CO<br>PO BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 385234-54<br>WALKER, LUETHEL<br>4603 FLAKE  AVENUE<br>NEW ORLEANS, LA 70127 | CREDITOR ID: 390542-55<br>WALKER, LUETHEL<br>C/O: RODERICK MORRIS, ESQ.<br>LAW OFFICE OF RODERICK T MORRIS<br>8000 CROWDER BLVD., SUITE D2<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 399592-82<br>WALKER, MARK<br>6531 NW 38TH TERRACE, #4<br>MIAMI  FL 33166 | CREDITOR ID: 256889-12<br>WALKER, NANCY<br>673 GRAVEL HILL ROAD<br>BUFFALO JUNCTION, VA 24529 | CREDITOR ID: 399973-84<br>WALKER, RACHEL<br>2113 RUSH WIND DR<br>CHARLOTTE NC 28206 |
| CREDITOR ID: 387562-54<br>WALKER, ROBERT<br>2085 ROSWELL ROAD<br>APT 1022<br>MARIETTA GA 30062 | CREDITOR ID: 387472-54<br>WALKER, ROBERT R<br>1279 COUNTY RD. 4510<br>PITTSBURG TX 75686 | CREDITOR ID: 390258-54<br>WALKER, SHELDEN (MINOR)<br>2906 WEST DALLAS AVE<br>THORSBY AL 35171 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 260879-12<br>WALKER, SHELLEY N<br>159 WEST CONCORDE DRIVE APT C<br>CLARKSVILLE, TN 37042 | CREDITOR ID: 407333-MS<br>WALKER, STANLEY M<br>5401 BAYTOWNE PLACE<br>OVIEDO FL 32765 | CREDITOR ID: 399593-82<br>WALKER, TINA<br>109 DENTON AVENUE NW<br>COLMAN  AL 35055 |
| CREDITOR ID: 264353-12<br>WALL INNOVATORS<br>PO BOX 261089<br>TAMPA FL 33685-1089 | CREDITOR ID: 247278-12<br>WALL, CRYSTAL M<br>1605 NATCON DRIVE<br>VALDOSTA GA 31601 | CREDITOR ID: 391750-55<br>WALL, HOLLY M<br>C/O: LAURENCE HUTTMAN<br>RUBIN & RUBIN, P.A.<br>PO BOX 395<br>STUART FL 34995 |
| CREDITOR ID: 387164-54<br>WALL, HOLLY M<br>11000 SE FEDERAL HIGHWAY<br>HOBE SOUND, FL 33455 | CREDITOR ID: 264355-12<br>WALLACE COMPUTER SERVICE INC<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 | CREDITOR ID: 264356-12<br>WALLACE SMITH<br>PO BOX 1681<br>CALLAHAN FL 32011 |
| CREDITOR ID: 264357-12<br>WALLACE THOMSON HOSPITAL<br>PO DRAWER 789<br>UNION, SC 29379-0789 | CREDITOR ID: 264358-12<br>WALLACE TRUCKING CO<br>115 HILLCREST STREET<br>TALLASSEE AL 36078 | CREDITOR ID: 394115-56<br>WALLACE, AARON T<br>1010 WINNER'S CIRCLE<br>APT B<br>BOWLING GREEN KY 42103 |
| CREDITOR ID: 387653-54<br>WALLACE, DEBBIE<br>56 TIDE DRIVE<br>WETUMPKA AL 36092 | CREDITOR ID: 399742-84<br>WALLACE, GWEN<br>RT 5  BOX 302-AC<br>WADESBORO NC 28170 | CREDITOR ID: 400222-85<br>WALLACE, GWEN<br>C/O FRED POISSON<br>300 E WADE ST<br>WADESBORO NC 28170 |
| CREDITOR ID: 407334-MS<br>WALLACE, HAYWOOD<br>2121 CARMEL VALLEY<br>LAPLACE LA 70068 | CREDITOR ID: 397940-76<br>WALLACE, MICHAEL<br>526 WALLACE STREET<br>DAYTONA  BEACH, FL 32114 | CREDITOR ID: 407702-15<br>WALLACE, MICHAEL<br>C/O LAW OFFICES OF GLASSER & HANDEL<br>ATTN DAVID W GLASSER ESQ<br>150 S PALMETTO AVENUE, SUITE 100<br>DAYTONA BEACH FL 32114 |
| CREDITOR ID: 407335-MS<br>WALLACE, MICHAEL D.<br>915 HAZELWOOD DR.<br>CLARKSVILLE IN 47129 | CREDITOR ID: 256650-12<br>WALLACE, MOORE<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 | CREDITOR ID: 388878-54<br>WALLACE, RICHARD<br>235 NW 6TH STREET<br>APT # 506<br>WINTER HAVEN FL 33880 |
| CREDITOR ID: 392806-55<br>WALLACE, RICHARD<br>C/O: GUY SMITH, ESQ.<br>SMITH, FEDDELER, SMITH<br>PO DRAWER 1089<br>LAKELAND FL 33802 | CREDITOR ID: 260273-12<br>WALLACE, S W<br>3001 BRISTOL HIGHWAY<br>JOHNSON CITY, TN 37601 | CREDITOR ID: 264360-12<br>WALLACES OLD FASHION SK<br>3209 E HUNTINGTON DRIVE<br>FLORENCE, SC 29501 |
| CREDITOR ID: 264361-12<br>WALLE CORPORATION<br>PO BOX 10400<br>NEW ORLEANS, LA 70181-0400 | CREDITOR ID: 269084-31<br>WALLENS RIDGE DEVELOPMENT<br>ATTN: CHARLES MILLER<br>505 E 5TH ST S RM 5<br>BIG STONE GAP VA 24219-3050 | CREDITOR ID: 385440-54<br>WALLER, CARRIE J<br>804 JODIE THURMAN<br>BELZONI, MS 39038 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264362-12<br>WALLEY MEYER<br>161 EAST AVENUE<br>NEW CANAAN CT 06840-5613 | CREDITOR ID: 244441-12<br>WALLEY, CANDY<br>200 CLINTON PLAZA<br>CLINTON MS 39056 | CREDITOR ID: 397941-76<br>WALLEY, NICHELLE<br>POST OFFICE BOX 181<br>HEATH  SPRINGS, SC 29058 |
| CREDITOR ID: 264363-12<br>WALLINGFORD COFFEE MILLS INC<br>11401 ROCKFIELD COURT<br>CINCINNAT, OH 45241 | CREDITOR ID: 407336-MS<br>WALLS JR, EDWARD T<br>1605 RUSTY RAIL ROAD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 394266-56<br>WALLS, JUNE<br>111 TOWER RD. NE<br>MARIETTA, GA 30060 |
| CREDITOR ID: 264364-12<br>WALMART<br>1108 SOUTHEAST 10TH STREET<br>BENTONVILLE AR 72716-0655 | CREDITOR ID: 403371-83<br>WAL-MART STORES, INC<br>702 S.W 8TH STREET<br>BENTONVILLE AR 72716-0290 | CREDITOR ID: 403205-92<br>WAL-MART, INC.<br>C/O CSC LAWYERS INCORPORATION SVC<br>150 S PERRY STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 264365-12<br>WALNUT STREET PARTNERS LP<br>C/O COLLIERS CAUBLE & CO<br>1349 WEST PEACHTREE STREET<br>SUITE 1100<br>ATLANTA GA 30309-2956 | CREDITOR ID: 264366-12<br>WALSH ELECTRIC CO INC<br>ATTN DAVID T WALSH, VP<br>101 SENTRY CIRCLE<br>YORKTOWN, VA 23692 | CREDITOR ID: 264368-12<br>WALSH ENGRAVING INC<br>PO BOX 1012<br>PINEVILLE NC 28134 |
| CREDITOR ID: 264369-12<br>WALTER A WOOD SUPPLY CO<br>PO BOX 72847<br>CHATTANOOGA TN 37407-5847 | CREDITOR ID: 264370-12<br>WALTER BARRETT<br>1201 MAPLE HILL DRIVE<br>SOMERSET KY 42501 | CREDITOR ID: 264371-12<br>WALTER CONDON<br>12041-2 BEACH BLVD<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 264375-12<br>WALTER HENDERSON<br>1015 WEST GORDON<br>ALBANY GA 31701 | CREDITOR ID: 264376-12<br>WALTER J REED<br>2122 KAHALA DRIVE<br>HOLIDAY FL 34691 | CREDITOR ID: 264377-12<br>WALTER P POPE<br>3375 GRANT LINE ROAD<br>MIAMI FL 32754 |
| CREDITOR ID: 264378-12<br>WALTER P RAWL & SONS<br>824 FAIRVIEW RD<br>PELION, SC 29123 | CREDITOR ID: 405814-95<br>WALTER P RAWL & SONS<br>518 WALTER RAWL RD<br>GILBERT SC 29054-9672 | CREDITOR ID: 264379-12<br>WALTER PAUL & SONS WELDING<br>1906 EAST HARDY STREET<br>HATTIESBURG MS 39401-2426 |
| CREDITOR ID: 264380-12<br>WALTER PETRO<br>8879 WEST COLONIA DRIVE, APT 178<br>OCOEE FL 34761 | CREDITOR ID: 264381-12<br>WALTER R HEISKILL JR<br>1006 AUBUCHON ROAD<br>RICHMOND VA 23223 | CREDITOR ID: 264382-12<br>WALTER R MURRAY<br>2031 SIX MILE ROAD<br>CRYSTAL SPRINGS MS 39059 |
| CREDITOR ID: 264383-12<br>WALTER REGGIE MCCAULEY<br>230 PARKWAY AVENUE<br>CONCORD NC 28027 | CREDITOR ID: 264384-12<br>WALTERBORO AUTO ELECTRIC<br>1203 N JEFFERIES BLVD<br>WALTERBORO SC 29488 | CREDITOR ID: 264385-12<br>WALTERBORO GLASS CO INC<br>PO BOX 188<br>1001 N JEFFERIES BLVD<br>WALTERBORO, SC 29488 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 407337-MS
WALTERS JR., E.T.
9738 NW 18TH STREET, BOX 35H
CORAL SPRINGS FL 33071

CREDITOR ID: 407338-MS
WALTERS SR., EDWARD T.
2814 TUPELO COURT
LONGWOOD FL 32279

CREDITOR ID: 388300-54
WALTERS, ANGELIQUE
71 CIRCLE DRIVE
CAYCE SC 29033

CREDITOR ID: 259545-12
WALTERS, RICARDO H
2625 ALCAZAR DRIVE
MIRAMAR, FL 33023

CREDITOR ID: 407339-MS
WALTERS, ROBERT
642 DOOLEY LANE
NAMPA ID 83686

CREDITOR ID: 397942-76
WALTERS, RUTH
4750 MT. ZION ROAD
RAMER, AL 36069

CREDITOR ID: 407340-MS
WALTERS, WILLIAM C.
321 GREENWOOD CIRCLE
PANAMA CITY BEACH FL 32407

CREDITOR ID: 264386-12
WALTHALL JUSTICE COURT
JUSTICE COURT CLERK
PO BOX 507
TYLERTOWN MS 39667

CREDITOR ID: 264387-12
WALTON COUNTY FAIR ASSOCIATION
PO BOX 550
DEFUNIAK SPRINGS FL 32455

CREDITOR ID: 264388-12
WALTON COUNTY TAX COLLECTOR
49 NORTH 6TH STREET
PROPERTY TAX
DEFUNIAK SPRINGS FL 32433-1332

CREDITOR ID: 318529-42
WALTON COUNTY TAX COLLECTOR
49 N 6TH ST
DEFUNIAK SPRINGS FL 32433-1332

CREDITOR ID: 269085-31
WALTON COUNTY WATER & SEWER
ATTN: BEN DOSTER
2171 HIGHWAY 81
LOGANVILLE GA 30052-4332

CREDITOR ID: 952-03
WALTON ELECTRIC MEMBER CORP.
PO BOX 260
MONROE GA 30655

CREDITOR ID: 264390-12
WALTON ELECTRIC MEMBERSH
PO BOX 1347
MONROE, GA 30655-1347

CREDITOR ID: 407341-MS
WALTON SR., ERNEST C.
6204 COLGATE RD.
JACKSONVILLE FL 32217

CREDITOR ID: 264391-12
WALTON TRIBUNE
PO BOX 808
MONROE, GA 30655

CREDITOR ID: 264392-12
WALTON VERONA ELEMENTARY
15066 PORTER RD
VERONA KY 41092

CREDITOR ID: 405939-93
WALTON, ALICE
C/O DAVID M BENENFELD, PA
ATTN DAVID M BENEFELD, ESQ
5950 WEST OAKLAND PARK BLVD
SUITE 310
LAUDERHILL FL 33313

CREDITOR ID: 399594-82
WALTON, ANNA
11328 BAMA ROCK GARDEN ROAD
VANCE  AL 35490

CREDITOR ID: 385650-54
WALTON, DONNA
585 BEECHWOOD
SLIDELL, LA 70458

CREDITOR ID: 390938-55
WALTON, DONNA
C/O ANDRY & ANDRY, LLC
ATTN BRETT WILLIE, ESQ
710 CARONDELET STREET, FIRST FLOOR
NEW ORLEANS LA 70130

CREDITOR ID: 385894-54
WALTON, FELICIA
9150 CAMSHIRE DRIVE
JACKSONVILLE, FL 32244

CREDITOR ID: 264393-12
WALTS WELDING AND REPAIR
416 E BAY ST
WINTER GARDEN, FL 34787-3112

CREDITOR ID: 389806-54
WAMBOLT, GARY L
1835 OAKRIDGE LANE
PERRY FL 32347

CREDITOR ID: 388021-54
WANAMAKER, WENDY
1817 CORTEZ ROAD
JACKSONVILLE, FL 32246

CREDITOR ID: 392297-55
WANAMAKER, WENDY
C/O HARRELL & HARRELL
ATTN SCOTT A CLEARY ESQ
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

CREDITOR ID: 264394-12
WAND RUBBER STAMP WORKS INC
PO BOX 2151
KENNER, LA 70063

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.                                                      **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 264395-12<br>WANDA BATMAN<br>PAID THREW P CARD<br>178 CINDY LANE<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 264396-12<br>WANDA F MOONEY<br>215 FAIR STREET<br>LOGANVILLE GA 30052 | CREDITOR ID: 264397-12<br>WANDA HEDRICK<br>5289 MAGNOLIA CIRCLE NORTH<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 264398-12<br>WANDA JACKSON<br>300 BRODLEY DRIVE<br>LOT 15<br>HINESVILLE GA 31313 | CREDITOR ID: 264399-12<br>WANDA K CLEMENTS<br>5305 FOREST OAKS DRIVE<br>GREENSBORO NC 27406 | CREDITOR ID: 264400-12<br>WANDA L JOHNSON<br>5216 RIVERPARK VILLAS DRIVE<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 264402-12<br>WANDA M MARTIN<br>644 NORTHLAKE DRIVE<br>SALEM SC 29676 | CREDITOR ID: 264405-12<br>WANDA PATTERSON<br>2020 QUEEN STREET<br>#36<br>N FT MYERS FL 33917 | CREDITOR ID: 264406-12<br>WANDA SMITH<br>167 MARLIN ROAD<br>POMONA PARK FL 32181 |
| CREDITOR ID: 264407-12<br>WANDA SPICER<br>1972 OLD HWY 21<br>STATE ROAD NC 28676 | CREDITOR ID: 264408-12<br>WANDA VAUGHN<br>10100 BAYMEADOWS RD<br>APT 503<br>JACKSONVILLE FL 32256-7193 | CREDITOR ID: 375063-44<br>WANG, GETRONICS<br>PO BOX 95561<br>CHICAGO, IL 60694-0001 |
| CREDITOR ID: 269086-31<br>WARD 3 WATER SYSTEM INC<br>ATTN: BUCK LIVELY JR<br>7411 OLD MONROE RD<br>BASTROP LA 71220-8294 | CREDITOR ID: 269087-31<br>WARD 4 WATER DIST<br>ATTN: NATHAN JOHNSON<br>2190 LEMAN RD<br>OAKDALE LA 71463-8124 | CREDITOR ID: 264411-12<br>WARD ADHESIVES<br>BOX 88426<br>MILWAUKEE, WI 53288-0426 |
| CREDITOR ID: 377679-44<br>WARD ELEMENTARY<br>P O BOX 1189<br>JENNINGS, LA 70546 | CREDITOR ID: 394027-61<br>WARD LAW FIRM, PA, THE<br>ATTN JAMES W HUDGENS ESQ<br>PO BOX 5663<br>SPARTANBURG, SC 29304 | CREDITOR ID: 264412-12<br>WARD SALES<br>115 19TH AVE EAST<br>PO BOX 1141<br>CORDELE, GA 31010 |
| CREDITOR ID: 264413-12<br>WARD TANK & HEAT EXCHANGE CORP<br>PO BOX 44568<br>6670 E HARRIS BLVD<br>CHARLOTTE NC 28215 | CREDITOR ID: 245012-12<br>WARD, CHARLES<br>PO BOX 470223<br>LAKE MONROE, FL 32747 | CREDITOR ID: 389346-54<br>WARD, CRYSTAL<br>1107 WATSON DRIVE<br>COLUMBUS GA 31907 |
| CREDITOR ID: 393155-55<br>WARD, CRYSTAL<br>C/O: G WILLIAM SNIPES<br>PO BOX 1372<br>COLUMBUS GA 31902-1372 | CREDITOR ID: 386712-54<br>WARD, DEWAYNE<br>2525 BURMA DR EXT<br>APT 67<br>PEARL MS 39208 | CREDITOR ID: 400969-91<br>WARD, JOHN M<br>15935 HOGENVILLE AVE<br>BATON ROUGE LA 70817 |
| CREDITOR ID: 382195-51<br>WARD, JOHN MITCHELL<br>15935 HOGANVILLE AVENUE<br>BATON ROUGE, LA 70817 | CREDITOR ID: 406181-15<br>WARD, JOHN W<br>PO BOX 577<br>GULF BREEZE FL 32962 | CREDITOR ID: 388418-54<br>WARD, JULIAN<br>1710 BOTTLE BRUSH<br>PALM BAY, FL 32906 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392515-55<br>WARD, JULIAN<br>C/O MORGAN, COLLING & GILBERT, P.A.<br>ATTN JOSEPH SHAUGHNESSY<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 385464-54<br>WARD, ROSEMARIE<br>1209 OWSLEY AVE.<br>COLUMBUS, GA 31906 | CREDITOR ID: 390766-55<br>WARD, ROSEMARIE<br>C/O OVERBY LAW OFFICE, PC<br>ATTN C FREDERICK OVERBY, ESQ<br>PO BOX 1975<br>COLUMBUS GA 31902 |
| CREDITOR ID: 385514-54<br>WARD, WANDA<br>13336 MEADOW LANE DR<br>BATON ROUGE, LA 70810 | CREDITOR ID: 390813-55<br>WARD, WANDA<br>C/O: JOHN K. PIERRE<br>TIFFANY SAMUEL<br>2900 WESTFORK DRIVE<br>SUITE 200<br>BATON ROUGE LA 70827 | CREDITOR ID: 382220-51<br>WARDEN, HENRY<br>19345 HECTOR STREET<br>MANDEVILLE, LA 70471 |
| CREDITOR ID: 407342-MS<br>WARDEN, HENRY C<br>PO BOX 7327<br>CHARLOTTE NC 28241 | CREDITOR ID: 269088-14<br>WARE CNTY TAX COMMISSONERS OFF<br>ATTN: FAYE BOOTH<br>800 CHURCH ST STE 133<br>WAYCROSS GA 31501-3548 | CREDITOR ID: 269089-31<br>WARE COUNTY PLANNING DEPT<br>ATTN: WAYNE KILMARK<br>902 GROVE AVE<br>WAYCROSS GA 31501-4514 |
| CREDITOR ID: 264415-12<br>WARE ENERGY<br>2310 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | CREDITOR ID: 405815-95<br>WARE ENERGY<br>PO BOX 32487<br>LOUISVILLE KY 40232-2487 | CREDITOR ID: 397943-76<br>WARE, ALICIA<br>601 CANDY MOUNTAIN RD<br>BIRMINGHAM, AL 35126 |
| CREDITOR ID: 402343-90<br>WARE, HERMAN E.<br>16401 PRAIRIE CREEK BLVD.<br>PUNTA GORDA FL 33982 | CREDITOR ID: 407343-MS<br>WARE, HERMAN E.<br>1438 LELAND DRIVE<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 387833-54<br>WARE, LUCRETIA D<br>4901 MCWILLIE CIRCLE, APT 106<br>JACKSON MS 39206 |
| CREDITOR ID: 400216-86<br>WARE, NANCY<br>7928 TEARIDGE RD.<br>LULA   GA 30554 | CREDITOR ID: 269331-16<br>WARE, PAUL<br>C/O JONATHAN T. SUDER<br>FRIEDMAN, SUDER & COOKE<br>TINDALL SQUARE WAREHOUSE #1<br>604 EAST 4TH STREET, SUITE 200<br>FORT WORTH, TX 76102 | CREDITOR ID: 388848-54<br>WARE, ROBERT<br>3542 JOHNATHAN CIR.<br>AUGUSTA GA 30906 |
| CREDITOR ID: 264416-12<br>WAREHOUSE EQUIPMENT & SUPPLY CO<br>ATTN MARILYN L GUESS, PRES<br>PO BOX 19808<br>BIRMINGHAM AL 35219 | CREDITOR ID: 407662-93<br>WAREHOUSES, INC. , ASSOC INVEST<br>VICTOR JOHN<br>EDENS & AVANT INC<br>KAHN DEVELOPEMENT COMPANY<br>PO BOX 1608<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 246587-12<br>WARFORD, CODY<br>12611 MATEUS DRIVE<br>APT B<br>ST LOUIS MO 63146-2332 |
| CREDITOR ID: 384412-47<br>WARNER LAMBERT CONSUMER GROUP<br>PO BOX  640727<br>PITTSBURGH, PA 15264-0727 | CREDITOR ID: 264417-12<br>WARNER LAMBERT CONSUMER GROUP<br>PO BOX 1100<br>400 WEST LINCOLN AVE<br>ATTN HEIDI MOYER<br>LITITZ, PA 17543 | CREDITOR ID: 278715-99<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN: ANDY HELVESTON<br>400 WEST LINCOLN AVENUE<br>LITITZ PA 17543 |
| CREDITOR ID: 264418-12<br>WARNER MUSIC & COMM<br>PO BOX 8557<br>ROCKY MOUNT, NC 27804-8557 | CREDITOR ID: 279059-32<br>WARNER STEVENS LLP<br>ATTN:  RACHEL R. OBALDO<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX 76102 | CREDITOR ID: 388586-54<br>WARNER, PAMELA<br>68 MAGNOLIA DRIVE<br>PICAYUNE MS 39466 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393087-55<br>WARNER, ROBIN H<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN J ROTSTEIN OR M SHIFFMAN, ESQS<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BCH FL 32118 | CREDITOR ID: 389248-54<br>WARNER, ROBIN H<br>6121 SABLE POINT CIRCLE<br>PORT ORANGE FL 32124 | CREDITOR ID: 264419-12<br>WARNIKA SIMPKINS<br>10 -A WALLACE STREET<br>GREENVILLE SC 29605 |
| CREDITOR ID: 264420-12<br>WARREN A CUNTZ JR TRUSTEE<br>PO DRAWER C<br>GULFPORT, MS 39502 | CREDITOR ID: 264421-12<br>WARREN CARLSON<br>1910 MONTEREY AVENUE<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 264423-12<br>WARREN COUNTY COURT<br>550 JUSTICE DR<br>LEBANON OH 45036 |
| CREDITOR ID: 264427-12<br>WARREN E MOULEDOUX JR<br>833 FOURTH STREET<br>GRETNA, LA 70053 | CREDITOR ID: 264429-12<br>WARREN INDUSTRIES<br>PO BOX 971<br>LAFAYETTE, IN 47902 | CREDITOR ID: 405817-95<br>WARREN J  RILEY<br>P O  BOX  4052<br>NEW ORLEANS LA |
| CREDITOR ID: 269090-14<br>WARREN MAZE INC<br>ATTN: WARREN MAZE<br>4001 CLARK CIR<br>BOAZ AL 35956-5442 | CREDITOR ID: 264432-12<br>WARREN OIL CO INC<br>ATTN H LARRY SANDERSON, CFO<br>PO BOX 1507<br>DUNN NC 28335 | CREDITOR ID: 405818-95<br>WARREN OIL CO INC<br>PO BOX 1507<br>DUNN NC 28335 |
| CREDITOR ID: 264433-12<br>WARREN PEARCE TRUCK BROKERS INC<br>PO BOX 1477<br>HAINES CITY FL 33845-1477 | CREDITOR ID: 264434-12<br>WARREN T BAKER<br>1567 CANDICE COURT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 264435-12<br>WARREN TILE CO<br>1605 PRISON CAMP ROAD<br>WILLIAMSTON NC 27892 |
| CREDITOR ID: 264436-12<br>WARREN WHOLESALE COMPANY INC<br>PO BOX 5132<br>MONTGOMERY AL 36106 | CREDITOR ID: 374715-44<br>WARREN, DONALD<br>JAX DIV STORE# 198<br>13178 64TH ST. GARRISON RD.<br>LIVE OAK, FL 32060 | CREDITOR ID: 400970-91<br>WARREN, EDDIE J<br>1301 BERKSHIRE DRIVE NE<br>JACKSONVILLE AL 36265 |
| CREDITOR ID: 387441-54<br>WARREN, KATRINA<br>1201 LAKE VICTORIA DRIVE, APT C<br>WEST PALM BEACH, FL 33411 | CREDITOR ID: 391982-55<br>WARREN, KATRINA<br>C/O: ETHAN F KOMINSKY ESQ<br>ROSENTHAL & LEVY<br>1645 PALM BEACH LAKES BLVD<br>SUITE 350<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 390295-54<br>WARREN, KAY<br>7601 WILLIAMS AVE.<br>FRISCO TX 75034 |
| CREDITOR ID: 264437-12<br>WARRENS JOY DOG FOOD<br>702 LANCELOT DRIVE<br>GREENVILLE, NC 27858 | CREDITOR ID: 269091-31<br>WARRENTON CROSSROADS LLC<br>ATTN: DOROTHY L WOOD<br>5341 COURTHOUSE RD<br>SPOTSYLVANIA VA 22553-6306 | CREDITOR ID: 264438-12<br>WARRINGTON CLINIC P A<br>PO BOX 289<br>MARKS MS 38646-0289 |
| CREDITOR ID: 269093-31<br>WARRIOR RIVER WATER AUTH<br>ATTN: STAN BROCK<br>8912 LOCK 17 RD<br>BESSEMER AL 35023-7198 | CREDITOR ID: 269092-31<br>WARRIOR RIVER WATER AUTH<br>ATTN: DAN BUSICK<br>8912 LOCK 17 RD<br>BESSEMER AL 35023-7198 | CREDITOR ID: 381626-47<br>WARSTLER, ELLEN P<br>4900 BAILEYS RIDGE LANE, APT 12<br>PRINCE GEORGE, VA 23875 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard -Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 398009-76
WARTHEN, TAMIKA
3201 AVENUE 1
RIVIERA BEACH, FL 33404

CREDITOR ID: 264439-12
WASHINGTON BEEF INC
PO BOX 51941
LOS ANGELES, CA 90051

CREDITOR ID: 269094-14
WASHINGTON CNTY BD SUPERVISORS
ATTN: ALFRED RANKINS
910 COURTHOUSE LN
GREENVILLE MS 38701-3764

CREDITOR ID: 269095-31
WASHINGTON CNTY SLID WSTE AUTH
ATTN: TEDDY WILLIAMS
FRANK TURNER HL
CHATOM AL 36518

CREDITOR ID: 264440-12
WASHINGTON COUNTY JUSTICE CENTER
905 WEST ALEXANDER
GREENVILLE MS 38701-3706

CREDITOR ID: 269096-31
WASHINGTON COUNTY SOLID WASTE
ATTN: COY MARTIN
14579 INDUSTRIAL PARK RD
BRISTOL VA 24202-3707

CREDITOR ID: 264442-12
WASHINGTON COUNTY TAX COLLECTOR
PO BOX 9
PROPERTY TAX
GREENVILLE MS 38702

CREDITOR ID: 264444-12
WASHINGTON ELEMENTARY
606 CLAY ST
KENNER, LA 70062

CREDITOR ID: 264445-12
WASHINGTON ELEMENTARY SCHOOL
1709 WEST 30TH STREET
RIVIERA BEACH, FL 33404

CREDITOR ID: 264446-12
WASHINGTON NATIONAL INSURANCE CO
PO BOX 5151
JANESVILLE WI 53547-5151

CREDITOR ID: 377687-44
WASHINGTON PACKING CO.
P.O. BOX 753
WASHINGTON NC 27889

CREDITOR ID: 269097-14
WASHINGTON PARISH ASSESSOR
ATTN: RANDY SEAL
908 WASHINGTON ST
FRANKLINTON LA 70438-1719

CREDITOR ID: 241227-11
WASHINGTON PARISH SHERIFF'S OFFICE
SALES & USE TAX
PO DRAWER 508
FRANLKINTON, LA 70438-0508

CREDITOR ID: 264448-12
WASHINGTON PARISH TAX COLLECTOR
PO BOX 668
COURTHOUSE
PROPERTY TAX
FRANKLINTON LA 70438-0668

CREDITOR ID: 318540-42
WASHINGTON PARISH TAX COLLECTOR
COURTHOUSE
FRANKLINTON, LA 70438-0668

CREDITOR ID: 264449-12
WASHINGTON STATE SUPPORT
REGISTRY
PO BOX 45868
OLYMPIA, WA 98504-5868

CREDITOR ID: 397944-76
WASHINGTON, ALFRED
1008 WHITE HORSE ROAD, APT. D1
GREENVILLE, SC 29605

CREDITOR ID: 242563-12
WASHINGTON, ARONEM
208 ALFA DRIVE
VICKSBURG MS 39180

CREDITOR ID: 389550-54
WASHINGTON, AUTROLA
4748 WHITE OAK PATH
STONE MOUNTAIN, GA 30083

CREDITOR ID: 393222-55
WASHINGTON, AUTROLA
C/O BRUCE A HAGEN, ESQ
119 NORTH MCDONOUGH ST
DECATUR GA 30030

CREDITOR ID: 389003-54
WASHINGTON, BEVERLY
3221 SABLEPALM MANOR
HOLLYWOOD, FL 33024

CREDITOR ID: 392904-55
WASHINGTON, BEVERLY
C/O: MARK M. SPATZ
SIMONS AND SPATZ, P.A.
900 WEST 49TH STREET STE. 528
HIALEAH FL 33012

CREDITOR ID: 245298-12
WASHINGTON, CHRISTA
5710 ARRINGDON PARK #421
MORRISVILLE NC 27560

CREDITOR ID: 394217-56
WASHINGTON, CURTIS
240 NE SEMESTER PLACE
LAKE CITY FL 32055

CREDITOR ID: 400029-84
WASHINGTON, CURTIS
205 LEWIS BLVD.
LIVE OAK FL 32064

CREDITOR ID: 385752-54
WASHINGTON, DEBORAH
1878 NW 57TH STREET
MIAMI, FL 33142

CREDITOR ID: 391027-55
WASHINGTON, DEBORAH
C/O MARK D PRESS LAW OFFICES
ATTN MARK D PRESS, ESQ
1320 SOUTH DIXIE HIGHWAY, STE 881
CORAL GABLES FL 33146

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387091-54<br>WASHINGTON, GARY<br>2175 W 12TH STREET, APT 13<br>JACKSONVILLE FL 32210 | CREDITOR ID: 387679-54<br>WASHINGTON, GARY<br>2165 W 12TH ST. #14<br>JACKSONVILLE FL 32209 | CREDITOR ID: 251450-12<br>WASHINGTON, HELEN<br>C/O MARY FLEMING<br>1314 MERRY STREET<br>AUGUSTA, GA 30904 |
| CREDITOR ID: 387437-54<br>WASHINGTON, LINDA<br>18175 NW 22 AVE<br>APT 210-B<br>MIAMI, FL 33056 | CREDITOR ID: 391981-55<br>WASHINGTON, LINDA<br>C/O: ERIC PINTALUGA ESQ.<br>KANNER & PINTALUGA, P.A.<br>5124 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 381697-47<br>WASHINGTON, MARQUS D<br>1812 NW 8TH COURT<br>FORT LAUDERDALE, FL 33311 |
| CREDITOR ID: 387868-54<br>WASHINGTON, NAZMIN<br>12342 BISCAYNE LAKE DRIVE<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 258191-12<br>WASHINGTON, PAULA<br>200 BUTTERCUP DRIVE<br>APT # 536<br>LAFAYETTE, LA 70507 | CREDITOR ID: 390171-54<br>WASHINGTON, RASHANDA<br>530 LAMB DRIVE<br>ELMORE, AL 36025 |
| CREDITOR ID: 393616-55<br>WASHINGTON, RASHANDA<br>C/O LAW OFFICES OF FULLER & TAYLOR<br>ATTN J CARLTON TAYLOR, ESQ<br>6743 TAYLOR CIRCLE<br>MONTGOMERY AL 36117 | CREDITOR ID: 397945-76<br>WASHINGTON, SLOVICKA<br>1079 SHELIA<br>HAZELHURST, MS 39083 | CREDITOR ID: 263202-12<br>WASHINGTON, TOMMY L<br>PO BOX 17311<br>TAMPA, FL 33682-7311 |
| CREDITOR ID: 399595-82<br>WASSERMAN, EDWARD<br>435 A TURTLE COURT<br>MONTGOMERY  AL 36117 | CREDITOR ID: 385168-54<br>WASTE AWAY GROUP, INC.<br>4945 HWY 273<br>CAMPBELLTON, FL 32426 | CREDITOR ID: 264450-12<br>WASTE CONNECTION<br>5295 VAUGHN ROAD<br>SUITE 15<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 269098-31<br>WASTE CORPORATION OF FLORIDA<br>ATTN: RAY SULER<br>4251 MICHIGAN LINK<br>FORT MYERS FL 33916-2301 | CREDITOR ID: 393751-58<br>WASTE HAULING & DISPOSAL, INC<br>PO BOX 870<br>LELAND, MS 38756 | CREDITOR ID: 264452-12<br>WASTE INDUSTRIES<br>PO BOX 890492<br>CHARLOTTE, NC 28289-0492 |
| CREDITOR ID: 264451-12<br>WASTE INDUSTRIES<br>PO BOX 580495<br>CHARLOTTE, NC 28258-0495 | CREDITOR ID: 2972-04<br>WASTE INDUSTRIES<br>PO BOX 930580<br>ATLANTA GA 31193 | CREDITOR ID: 2971-04<br>WASTE INDUSTRIES<br>PO BOX 999<br>CONWAY SC 29526 |
| CREDITOR ID: 2969-04<br>WASTE INDUSTRIES<br>PO BOX 526<br>HENDERSON NC 27536 | CREDITOR ID: 2968-04<br>WASTE INDUSTRIES<br>PO BOX 470<br>GOLDSBORO NC 27533 | CREDITOR ID: 2967-04<br>WASTE INDUSTRIES<br>PO BOX 1142<br>ELIZABETH CITY NC 27909 |
| CREDITOR ID: 2964-04<br>WASTE INDUSTRIES<br>ATTN: DALE MANGUM<br>3741 CONQUEST RD.<br>GARNER NC 27529 | CREDITOR ID: 2963-04<br>WASTE INDUSTRIES<br>3010 HIGHWAY 378<br>CONWAY SC 29526 | CREDITOR ID: 2962-04<br>WASTE INDUSTRIES<br>1119 INSTRUMENT DR.<br>ROCKY MOUNT NC 27804 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 399435-15
WASTE INDUSTRIES
ATTN LISA STALSWORTH
3301 BENSON DRIVE, SUITE 601
RALEIGH NC 27609

CREDITOR ID: 264453-12
WASTE INDUSTRIES INC
PO BOX 580304
CHARLOTTE NC 28258-0304

CREDITOR ID: 382219-51
WASTE MANAGEMENT
101 SPACEGATE DR. NW
HUNTSVILLE, AL 358063

CREDITOR ID: 264456-12
WASTE MANAGEMENT
PO BOX 9001054
LOUISVILLE, KY 40290-1054

CREDITOR ID: 264455-12
WASTE MANAGEMENT
PO BOX 830003
BALTIMORE, MD 21283-0003

CREDITOR ID: 264454-12
WASTE MANAGEMENT
2673 OUTER LOOP
LOUISVILLE KY 40219-3547

CREDITOR ID: 2721-04
WASTE MANAGEMENT
PO BOX 930580
ATLANTA GA 31193

CREDITOR ID: 2720-04
WASTE MANAGEMENT
6501 GREENLAND ROAD
JACKSONVILLE FL 32258

CREDITOR ID: 2719-04
WASTE MANAGEMENT
ATTN: ALICE REGAN
6501 GREENLAND ROAD
JACKSONVILLE FL 32258

CREDITOR ID: 2717-04
WASTE MANAGEMENT
ATTN: MIKE MEECE
390 INNOVATION WAY
WELLFORD SC 29385

CREDITOR ID: 2716-04
WASTE MANAGEMENT
3016 YADKIN ROAD
CHESAPEAKE VA 23323

CREDITOR ID: 2715-04
WASTE MANAGEMENT
ATTN: SHERRY THOMAS
2810 DAY ST.
MONTGOMERY AL 36108

CREDITOR ID: 2714-04
WASTE MANAGEMENT
2712 LOWELL ROAD
GASTONIA NC 28054

CREDITOR ID: 2712-04
WASTE MANAGEMENT
PO BOX 608
MADISON NC 27025

CREDITOR ID: 2709-04
WASTE MANAGEMENT
ATTN: BETTY
204 BALFOUR ROAD
GRANITE QUARRY NC 28072

CREDITOR ID: 2708-04
WASTE MANAGEMENT
1405 GORDON AVE.
RICHMOND VA 23224

CREDITOR ID: 2707-04
WASTE MANAGEMENT
ATTN: PETER ROUSSEAU
1405 GORDON AVE.
RICHMOND VA 23224

CREDITOR ID: 2706-04
WASTE MANAGEMENT
ATTN: JOR PHILBIN
1405 GORDON AVE.
RICHMOND VA 23224

CREDITOR ID: 2705-04
WASTE MANAGEMENT
ATTN: CARMELITA
1405 GORDON AVE.
RICHMOND VA 23224

CREDITOR ID: 2704-04
WASTE MANAGEMENT
10411 GLOBE RD.
MORRISVILLE NC 27560

CREDITOR ID: 2736-04
WASTE MANAGEMENT
ATTN: STEVE CANNON
PO BOX 930580
ATLANTA GA 31193

CREDITOR ID: 2731-04
WASTE MANAGEMENT
2720 WILKINS DRIVE
SANFORD NC 27330

CREDITOR ID: 2730-04
WASTE MANAGEMENT
3920 RIVER ROAD
WILMINGTON NC 28412

CREDITOR ID: 2729-04
WASTE MANAGEMENT
PO BOX 4417
BEAUFORT SC 29903

CREDITOR ID: 2728-04
WASTE MANAGEMENT
PO BOX 389
STONEVILLE NC 27048

CREDITOR ID: 2727-04
WASTE MANAGEMENT
PO BOX 297
WHITEVILLE NC 28472

CREDITOR ID: 2723-04
WASTE MANAGEMENT
PO BOX 1387
CHERAW SC 29520

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2722-04
WASTE MANAGEMENT
PO BOX 1147
KINSTON NC 28501

CREDITOR ID: 397348-15
WASTE MANAGEMENT
C/O WASTE MANAGEMENT INC
ATTN JACQUOLYN E MILLS
1001 FANNIN, STE 4000
HOUSTON TX 77002

CREDITOR ID: 2713-04
WASTE MANAGEMENT
2620 ST. BEULAH RD.
FLORENCE SC 29506

CREDITOR ID: 264460-12
WASTE MANAGEMENT INC
2421 W PEORIA AVENUE
PHOENIX AZ 85029

CREDITOR ID: 269099-31
WASTE MANAGEMENT INC
ATTN: SANDRA RUDY
2183 HIGHWAY 78
DORCHESTER SC 29437-3903

CREDITOR ID: 406050-15
WASTE MANAGEMENT NATIONAL SVCES INC
ATTN BECKY LELINGIS, PARALEGAL
72 E BUTTERFIELD ROAD
LOMBARD IL 60148

CREDITOR ID: 264461-12
WASTE MANAGEMENT OF ALABAMA SOUTH
2810 DAY STREET
MONTGOMERY AL 36108

CREDITOR ID: 264462-12
WASTE MANAGEMENT OF TAMPA
3411 N 40TH STREET
TAMPA FL 33605-1639

CREDITOR ID: 264466-12
WASTE PRO OF FLORIDA
PO BOX 4530
ST AUGUSTINE, FL 32085

CREDITOR ID: 264465-12
WASTE PRO OF FLORIDA
A WASTE PRO USA CO FT PIERCE
PO BOX 6862
LONGWOOD FL 32791

CREDITOR ID: 264464-12
WASTE PRO OF FLORIDA
8470 NW 168TH LANE
FANNING SPRINGS, FL 32693

CREDITOR ID: 399706-YY
WASTE SERVICES FLORIDA
3817 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0038

CREDITOR ID: 264467-12
WASTE SERVICES INC
2810 DAY STREET
MONTGOMERY, AL 36108

CREDITOR ID: 405819-95
WASTE SERVICES INC
PO BOX 170669
BIRMINGHAM AL 35217

CREDITOR ID: 264468-12
WASTE SERVICES OF FLORIDA
PO BOX 78021
PHOENIX, AZ 85062-8021

CREDITOR ID: 264469-12
WASTE SERVICES OF FLORIDA INC
13931 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0139

CREDITOR ID: 264470-12
WASTE SERVICES OF GEORGIA LLC
650 25TH STREET NW, SUITE 100
CLEVELAND, TN 37311

CREDITOR ID: 395512-64
WASTE WATER MGMT
BATON ROUGE, LA 70816

CREDITOR ID: 269100-31
WASTE WATER OPERATIONS
ATTN: ROBERT UBANKS
209 N SMITH ST
SANDERSVILLE GA 31082-2110

CREDITOR ID: 269102-31
WASTE WATER PLANT
ATTN: TOM GRAHAM
1870 S JEFFERSON AVE
COOKEVILLE TN 38506-5564

CREDITOR ID: 269101-31
WASTE WATER PLANT
ATTN: ASURE SPVEY
1000 NOLAN AVE
WHITEVILLE NC 28472

CREDITOR ID: 264472-12
WASTE-AID
4049-C GRAND BLVD
NEW PORT RICHEY FL 34652

CREDITOR ID: 264473-12
WASTEQUIP ACCURATE GROUP
PO BOX 901600
CLEVELAND OH 44190-1600

CREDITOR ID: 269103-31
WASTEWATER MANAGEMENT
ATTN: RUSSELL BRICE
3100 STANTONSBURG RD SE
WILSON NC 27893-7863

CREDITOR ID: 269104-31
WASTEWATER PLANT
ATTN: TODD MCKINISH
155 GRIFFIN RD
WAUCHULA FL 33873-9603

CREDITOR ID: 264474-12
WASTEWATER TECHNOLOGIES INC
PAYMENT PROCESSING CENTER
2009 W RANDOLPH CIRCLE
TALLAHASSEE FL 32308-0748

CREDITOR ID: 269105-31
WASTEWATER TREATMENT PLAN INC
ATTN: MIKE STANLEY
209 N 4TH ST
DEFUNIAK SPRINGS FL 32433-1827

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269106-31<br>WATAUGA COUNTY FARM BUREAU<br>ATTN: WAYDE MORTEZ<br>135 STATE FARM RD<br>BOONE NC 28607-4733 | CREDITOR ID: 264475-12<br>WATAUGA COUNTY TAX COLLECTOR<br>842 WEST KING STREET<br>SUITE 21<br>PROPERTY TAX<br>BOONE NC 28607-3485 | CREDITOR ID: 318541-42<br>WATAUGA COUNTY TAX COLLECTOR<br>842 W KING ST STE 21<br>BOONE NC 28607-3485 |
| CREDITOR ID: 264476-12<br>WATAUGA DEMOCRAT<br>PO BOX 1815<br>BOONE NC 28607 | CREDITOR ID: 264477-12<br>WATAUGA MEDICAL CENTER<br>PO BOX 2600<br>BOONE NC 28607 | CREDITOR ID: 954-03<br>WATAUGA WATER UTILITY SERVICE<br>PO BOX 48310<br>WATAUGA TX 76148-0310 |
| CREDITOR ID: 1983-07<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD WEST<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 264479-12<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET SERV<br>3733 UNIVERSITY BLVD WEST<br>SUITE 202<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 269107-31<br>WATER & SEWER AUTHORITY<br>ATTN: BETTY LATHAN<br>226B GRANT ST<br>CLARKESVILLE GA 30523-5420 |
| CREDITOR ID: 269108-31<br>WATER & SEWER DEPARTMENT<br>ATTN: TONY PHILLIPS<br>102 W EIGHTH AVE<br>PETAL MS 39465-2216 | CREDITOR ID: 269109-31<br>WATER & SEWER DEPT<br>ATTN: JIM OSKOWIS<br>300 S ADAMS ST # B26<br>TALLAHASSEE FL 32301-1737 | CREDITOR ID: 955-03<br>WATER & WASTEWATER BD MADISON<br>ATTN BERNARD L BRESSETTE, GM<br>PO BOX 197<br>MADISON AL 35758 |
| CREDITOR ID: 269110-31<br>WATER & WASTEWATER DEPARTMENTS<br>ATTN: KEATON MORGON<br>100 NOTTINGTON<br>BRUNSWICK GA 31520 | CREDITOR ID: 269111-31<br>WATER & WASTEWATER DIVISION<br>ATTN: BARRY DUNKLEY<br>279 PARK AVE<br>DANVILLE VA 24541-4233 | CREDITOR ID: 381417-47<br>WATER CENTER<br>ATTN: MEL D BERLIN<br>6003 B N W 31 AVENUE<br>FT LAUDERDALE, FL 33309 |
| CREDITOR ID: 264480-12<br>WATER COMMISSION<br>PO BOX 368<br>GREENVILLE, TN 37744-0366 | CREDITOR ID: 269112-31<br>WATER CONTROL CONTRACTORS T<br>ATTN: BARRY CATES<br>187 DEEP WATER RD<br>CROSSVILLE TN 38571-7261 | CREDITOR ID: 269113-31<br>WATER COURSE<br>ATTN: LINDA CARDEN<br>2030 7TH ST S STE 3<br>CLANTON AL 35045-8781 |
| CREDITOR ID: 269114-31<br>WATER PLANT<br>ATTN: GENE SAPP<br>200 F ST<br>BRUNSWICK GA 31520-6705 | CREDITOR ID: 269115-31<br>WATER POLLUTION CONTROL PLANT<br>ATTN: ANDY LASH<br>801 WIND DANCER LN<br>RIDGEWAY VA 24148-4341 | CREDITOR ID: 269116-31<br>WATER PROGRAMS DIV<br>ATTN: JOHN CAPITO<br>1347 PINEY FOREST RD<br>DANVILLE VA 24540-1605 |
| CREDITOR ID: 264481-12<br>WATER SOLUTIONS INC<br>2118 DREW STREET<br>SUITE B & C<br>CLEARWATER, FL 33765 | CREDITOR ID: 269117-31<br>WATER SWER AUTH OF CBRRUS CNTY<br>ATTN: CHARLES MACHADO<br>14655 HOPEWELL CHURCH RD<br>MIDLAND NC 28107-8269 | CREDITOR ID: 264482-12<br>WATER SYSTEMS INC<br>PO BOX 161326<br>ATLANTA, GA 30321 |
| CREDITOR ID: 269118-31<br>WATER TREATMENT PLANT<br>ATTN: KYLE COOK<br>341 ROCKY BRANCH RD<br>WAYNESVILLE NC 28786-1850 | CREDITOR ID: 269119-31<br>WATER TREATMENT PLANTS<br>ATTN: JOHN RAMSEY<br>525 TAYLOR ST<br>LYNCHBURG VA 24501-1353 | CREDITOR ID: 269120-31<br>WATER TRTMNT CERTIFICATION CTR<br>ATTN: MYRON NEVILLE<br>1635 MAIL SERVICE CTR<br>RALEIGH NC 27699-1635 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269121-31<br>WATER TRTMNT PLANT TRENTON CY<br>ATTN: BILL CLARKS<br>312 W EATON ST<br>TRENTON TN 38382-1713 | CREDITOR ID: 264483-12<br>WATER VALLEY TAX COLLECTOR<br>PO BOX 888<br>PROPERTY TAX<br>WATER VALLEY MS 38965 | CREDITOR ID: 264484-12<br>WATER WORKS & SEW, EUFAULA<br>PO BOX 26<br>EUFAULA, AL 36072-0026 |
| CREDITOR ID: 264485-12<br>WATER WORKS & SEW, GREENVILLE<br>PO BOX 483<br>GREENVILLE AL 36037 | CREDITOR ID: 264486-12<br>WATER WORKS & SEW, OXFORD<br>PO BOX 3663<br>OXFORD, AL 36203-0663 | CREDITOR ID: 269122-31<br>WATER WORKS & SEWER BOARD<br>ATTN: J E DUNN JR<br>2909 ELMORE RD<br>WETUMPKA AL 36092-8521 |
| CREDITOR ID: 269123-31<br>WATER WORKS & SEWER BOARD INC<br>ATTN: JOBY NORMAN<br>110 CEDAR ST<br>GREENVILLE AL 36037-2204 | CREDITOR ID: 269124-31<br>WATER WORKS AND SEWER BOARD OF<br>ATTN: HERBERT LAVENDER<br>311 3RD AVE NW<br>ALICEVILLE AL 35442-2020 | CREDITOR ID: 264488-12<br>WATER WORKS DISTRICT NO. 3<br>PO BOX 580<br>TIOGA, LA 71477-0580 |
| CREDITOR ID: 264489-12<br>WATER WORKS, SEWER & GAS BOARD<br>117 6TH AVE S W<br>CHILDERSBURG, AL 35044 | CREDITOR ID: 269127-31<br>WATER WORKS/SEWER BOARD BIRMNG<br>ATTN: JAMES FREEMAN<br>3500 2ND ST W<br>BIRMINGHAM AL 35207-3904 | CREDITOR ID: 269126-31<br>WATER WORKS/SEWER BOARD BIRMNG<br>ATTN: FLOYD STEVENS<br>4400 INGLENOOK LN<br>BIRMINGHAM AL 35217-3469 |
| CREDITOR ID: 269125-31<br>WATER WORKS/SEWER BOARD BIRMNG<br>ATTN: BILLY SHIRLEY<br>2214 1ST AVE S<br>BIRMINGHAM AL 35233-2331 | CREDITOR ID: 269128-31<br>WATERPLANT INC<br>ATTN: ERVIN STURDIVANT<br>602 2ND AVE<br>YORK AL 36925-2215 | CREDITOR ID: 264490-12<br>WATERS & ARMENIA PLAZA<br>1525 W HILLSBOROUGH AVE<br>ARTZIBUSHEV & CO<br>TAMPA, FL 33603-1200 |
| CREDITOR ID: 264491-12<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE, NC 28234 | CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE, NC 28234 | CREDITOR ID: 381262-47<br>WATERS TRUCK AND TRACTOR CO<br>ATTN: AMY BUSKEY, ACCTS REC DEPT<br>PO BOX 831<br>COLUMBUS, MS 39703 |
| CREDITOR ID: 243472-12<br>WATERS, BIANCA A<br>545 CENTCAL AVENUE, APT 34<br>JEFFERSON LA 70121 | CREDITOR ID: 269129-31<br>WATERSHED ACT 2 INC<br>ATTN: BILL RUSSELL<br>705 LINTON BLVD UNIT C105<br>DELRAY BEACH FL 33444-8162 | CREDITOR ID: 269130-31<br>WATERSHED EVENTS INC<br>ATTN: KIMBERLY PETERS<br>565 HERON DR<br>MERRITT ISLAND FL 32952-4052 |
| CREDITOR ID: 269131-31<br>WATERSHED MANAGEMENT INSTITUTE<br>ATTN: ERIC LIVINGSTON<br>410 WHITE OAK DR<br>CRAWFORDVILLE FL 32327-2555 | CREDITOR ID: 269132-31<br>WATERSHED PLUMBING CO INC<br>ATTN: MICHEAL STEVENS<br>1304 MADISON DR<br>NORTH MYRTLE BEACH SC 29582-3844 | CREDITOR ID: 269133-31<br>WATERSHED PUBLISHING INC<br>ATTN: WAYNE TIMOTHY LEWIS<br>7354 ALBERTA DR STE C<br>BATON ROUGE LA 70808-4192 |
| CREDITOR ID: 264492-12<br>WATERWORKS AND SEWER<br>PO BOX 268<br>HAMILTON, AL 35570 | CREDITOR ID: 264493-12<br>WATERWORKS AND SEWER BOARD<br>PO BOX 249<br>GUIN, AL 35563 | CREDITOR ID: 264494-12<br>WATERWORKS BOARD OF SECTION<br>PO BOX 1159<br>RAINSVILLE, AL 35986 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269134-31<br>WATERWORKS DIST NO 1 CADDO PAR<br>ATTN: FRANK FEDD<br>107 FURMAN<br>OIL CITY LA 71061 | CREDITOR ID: 269135-31<br>WATERWORKS DISTRICT 7<br>ATTN: DANIEL DUPONT<br>132 RAYMOND RICHARD RD<br>CREOLE LA 70632 | CREDITOR ID: 407344-MS<br>WATFORD, CHARLES<br>2070 HIGH PINES ROAD<br>ROCK HILL SC 29732 |
| CREDITOR ID: 407345-MS<br>WATHEN, PATRICK D.<br>2246 SEAMAN CR.<br>CHAMBLIE GA 30341 | CREDITOR ID: 264495-12<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST LOUIS, MO 63178 | CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST  LOUIS, MO 63178 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 | CREDITOR ID: 381833-99<br>WATKINS LUDLAM WINTER & STENNIS PA<br>ATTN: KRISTINA M JOHNSON<br>633 N STATE STEET<br>PO BOX 427<br>JACKSON MS 39205-0427 |
| CREDITOR ID: 264496-12<br>WATKINS MILLING COMPANY INC<br>PO BOX 828<br>2475 MOSLEY CHAPEL ROAD<br>WRENS, GA 30833-0828 | CREDITOR ID: 264497-12<br>WATKINS MOTOR LINES INC<br>PO BOX 95001<br>LAKELAND, FL 33804-5001 | CREDITOR ID: 264498-12<br>WATKINS PACKAGING & ASSOCIATES<br>2565 PHILLIPS HWY<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 387749-54<br>WATKINS TRUCKING COMPANY<br>4712 RICHARD ARRINGTON JR BLVD<br>BIRMINGHAM, AL 35212 | CREDITOR ID: 243098-12<br>WATKINS, BARRY S<br>PO BOX 441<br>OAKMAN, AL 35579 | CREDITOR ID: 407346-MS<br>WATKINS, DALE E.<br>316 VISTA DR.<br>WEATHERFORD TX 76087 |
| CREDITOR ID: 389791-54<br>WATKINS, DIANE<br>8531 LAREDO ST<br>NAVARRE FL 32566 | CREDITOR ID: 385970-54<br>WATKINS, GLORIA<br>82 WOODSIDE AVENUE<br>FREEPORT, NY 11520 | CREDITOR ID: 253183-12<br>WATKINS, JOEY<br>11219 MURIEL AVENUE<br>PMB 616<br>BATON ROUGE, LA 70816 |
| CREDITOR ID: 394184-56<br>WATKINS, LADEZ<br>3301 NW 175 STREET<br>OPA-LOCKA FL 33056 | CREDITOR ID: 394764-57<br>WATKINS, LADEZ<br>C/O HERMAN J RUSSOMANNO<br>150 WEST FLAGLER ST.<br>SUITE2101<br>MIAMI FL 33130 | CREDITOR ID: 399986-84<br>WATKINS, LADEZ<br>2041 RENAISSANCE BLVD<br>#304<br>MIRAMAR FL 33025 |
| CREDITOR ID: 387095-54<br>WATKINS, PHILLIP<br>402 RIVERSIDE AVE<br>TALLASSEE AL 36078 | CREDITOR ID: 385794-54<br>WATKINS, TINA<br>604 WEST KING ST<br>SAINT AUGUSTINE, FL 32084 | CREDITOR ID: 391060-55<br>WATKINS, TINA<br>C/O: FARAH, FARAH & ABBOTT, P.A.<br>1301 PLANTATION ISLAND DRIVE<br>SUITE 206 A<br>ST. AUGUSTINE FL 32080 |
| CREDITOR ID: 381830-48<br>WATS<br>ATTN CARL HASTINGS<br>633 WEST FIFTH STREET, STE 2700<br>LOS ANGELES CA 90071-2061 | CREDITOR ID: 264499-12<br>WATSON ELECTRIC SERVICE INC<br>PO BOX 933 HWY 221 S<br>RUTHERFORDTON, NC 28139 | CREDITOR ID: 264500-12<br>WATSON LANDSCAPING<br>ATT DENNIS WATSON<br>1250 EAST LOW GAP ROAD<br>COLD SPRING, KY 41076 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264501-12<br>WATSON REFRIGERATION INC<br>ATTN CHARLES WATSON JR, PRES<br>PO BOX 99688<br>RALEIGH, NC 27624-9688 | CREDITOR ID: 264502-12<br>WATSON TRADING COMPANY, INC<br>ATTN GREGORY J WATSON, PRES<br>501 W CARLETON ROAD<br>1 WICKER PLACE<br>PO BOX 257<br>HILLSDALE, MI 49242 | CREDITOR ID: 382198-51<br>WATSON WYATT<br>ATTN IRA KAY<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 |
| CREDITOR ID: 382218-51<br>WATSON WYATT<br>ATTN MARK TANIS<br>1785 NW 72ND WAY<br>TIMBROOK PINES, FL 32204 | CREDITOR ID: 382200-51<br>WATSON WYATT<br>ATTN SCOTT COHEN<br>80 WILLIAM STREET<br>WELLESEY HILLS, MA 02481-3713 | CREDITOR ID: 264503-12<br>WATSON WYATT & CO<br>PO BOX 277665<br>ATLANTA, GA 30384-7665 |
| CREDITOR ID: 264504-12<br>WATSON WYATT WORLDWIDE<br>ALHAMBRA INTERNATIONAL CENTER<br>255 ALHAMBRA CIRCLE, SUITE 950<br>CORAL GABLES FL 33134 | CREDITOR ID: 242625-12<br>WATSON, ASHLEY D<br>7670 NW CR 229<br>STARKE FL 32091 | CREDITOR ID: 386738-54<br>WATSON, CHARLES<br>P.O. BOX 801<br>ANITA SPRINGS LA 70420 |
| CREDITOR ID: 391666-55<br>WATSON, CHARLES<br>C/O: JOHN DISCON  TAX ID 20-1234398<br>DISCON LAW FIRM, LLC<br>424 NORTH CAUSEWAY BLVD  #A<br>MANDEVILLE LA 70448 | CREDITOR ID: 250465-12<br>WATSON, GEORGE<br>216 SUNRISE COURT<br>ALABASTER, AL 35007 | CREDITOR ID: 389032-54<br>WATSON, GISHELLE<br>2004 URSULINE AVE<br>NEW ORLEANS, LA 70116 |
| CREDITOR ID: 387412-54<br>WATSON, LINDA<br>15345 SW 112TH PLACE<br>MIAMI, FL 33157 | CREDITOR ID: 393627-55<br>WATSON, LOUANN A<br>C/O: WILL PARKER, ESQ.<br>WILL PARKER ATTORNEY AT LAW<br>911 26TH AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 390186-54<br>WATSON, LOUANN A<br>PO BOX 81<br>COLLINSVILLE, MS 39325 |
| CREDITOR ID: 386515-54<br>WATSON, MICHAEL<br>105 CE BOWEN LANE<br>BRANDON MS 39042 | CREDITOR ID: 391551-55<br>WATSON, MICHAEL<br>C/O: MICHAEL MALOUF<br>MALOUF & MALOUF<br>501 E CAPITOL STREET<br>JACKSON MS 39201 | CREDITOR ID: 389930-54<br>WATSON, NATHAN<br>645 HUDSON STREET<br>DAYTONA BEACH, FL 32114-5157 |
| CREDITOR ID: 384253-47<br>WATSON, NATHAN<br>4901 MENDEZ STREET<br>NEW ORLEANS, LA 70136 | CREDITOR ID: 388608-54<br>WATSON, PATRICIA<br>913 N POLLOCK ST<br>SELMA NC 27576 | CREDITOR ID: 392663-55<br>WATSON, PATRICIA<br>C/O LUCAS BRYANT DENNING & EDWARDS<br>ATTN ROBERT V LUCAS, ESQ<br>PO BOX 309<br>SELMA NC 27576 |
| CREDITOR ID: 260183-12<br>WATSON, RUSSELL<br>268 MCLEE<br>LEXINGTON, SC 29073 | CREDITOR ID: 388679-54<br>WATSON, RYAN<br>1740 NE HAMMOCK STREET<br>ARCADIA FL 34266 | CREDITOR ID: 392716-55<br>WATSON, RYAN<br>C/O BURNETTI, PA<br>ATTN RAYMOND AYRES, II; ESQ<br>211 SOUTH FLORIDA AVE.<br>LAKELAND FL 33801-4621 |
| CREDITOR ID: 377662-44<br>WATSON, W PAUL<br>2545 SELLERS LN<br>MELBOURNE, FL 32940 | CREDITOR ID: 264839-12<br>WATSON, WILLIAM P.<br>2545 SELLER LANE<br>MELBOURNE, FL 32940 | CREDITOR ID: 399596-82<br>WATSON-FERRIS, KELLY<br>6238 BRECKENRIDGE LANE<br>HAMILTON  OH 45011 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 269136-31
WATSONS LASTING IMPRESSIONS
ATTN: JERRY WATSON
512 BRUCE DR
CAMDEN SC 29020-1915

CREDITOR ID: 264505-12
WATSONY PHARISIEN
4948 22ND AVENUE SW
NAPLES FL 34116

CREDITOR ID: 264506-12
WATT PUBLISHING CO
122 S WESLEY AVE
MT MORRIS, IL 61054

CREDITOR ID: 386447-54
WATT, CECIL
102 CARDINAL COURT
ANDERSON SC 29625

CREDITOR ID: 374197-44
WATTS, CHERYL
ORL DIV 657
7019 12TH CT E
SARASOTA, FL 34243

CREDITOR ID: 407347-MS
WATTS, ERVIN
112 MILL RUN PLACE
GOLDSBORO NC 27534

CREDITOR ID: 407348-MS
WATTS, JAMES D.
19195 WILD OAK LANE
PONCHATOULA LA 70454

CREDITOR ID: 389371-54
WATTS, VERONICA
312 JOHNSON RD
OCILLA GA 31774

CREDITOR ID: 393165-55
WATTS, VERONICA
C/O: DAVID HOBBY ESQ.
323 S. GRANT STREET
FITZGERALD GA 31750

CREDITOR ID: 264507-12
WAUCHULA HERALD ADVOCATE
PO BOX 338
WAUCHULA, FL 33873

CREDITOR ID: 389405-54
WAUGAMAN, CHARLES
P O BOX 55384
LEXINGTON KY 40555

CREDITOR ID: 386141-54
WAY, LORETHA
61 MAKAYLA WAY
TEMPLE, GA 30179

CREDITOR ID: 264508-12
WAYCO HAM CO
ATTN: TONY WARRELL, PRES
PO BOX 841
GOLDSBORO, NC 27530

CREDITOR ID: 264509-12
WAYCROSS JOURNAL-HERALD
PO BOX 219
WAYCROSS, GA 31502-0219

CREDITOR ID: 264510-12
WAYCROSS SHOPPER
ATTN AL JOINER, PRES
PO BOX 1304
WAYCROSS, GA 31502-1304

CREDITOR ID: 264511-12
WAYLON BLAKE
2444 DICKEY ROAD
AUGUSTA GA 30906

CREDITOR ID: 264512-12
WAYMOUTH FARMS INC
5300 BOONE AVE NORTH
NEW HOPE MN 55428

CREDITOR ID: 278969-30
WAYMOUTH FARMS INC
PO BOX 581279
MINNEAPOLIS, MN 55458-1279

CREDITOR ID: 264513-12
WAYNE AUTO FIRE SPRINKLER, INC
ATTN ROBERT W FULLER, CONTROLLER
222 CAPITOL CT
OCOEE, FL 34761-3033

CREDITOR ID: 377701-44
WAYNE AUTO FIRE SPRINKLR
222 CAPITOL CT
OCOEE, FL 34761-3033

CREDITOR ID: 264514-12
WAYNE AUTOMATIC FIRE SPRINKLERS INC
11326 DISTRIBUTION AVENUE WEST
JACKSONVILLE, FL 32256

CREDITOR ID: 264516-12
WAYNE BRYANT
3710 NE 70TH AVE
SILVER SPRINGS FL 34488

CREDITOR ID: 264517-12
WAYNE CO TAX COLLECTOR
PO BOX 1495
GOLDSBORO, NC 27533-1495

CREDITOR ID: 269137-31
WAYNE CONRAD
1255 OLD PHILADELPHIA CHURCH RD
QUINCY FL 32352-0945

CREDITOR ID: 264518-12
WAYNE COUNTY BASEBALL
1 JACKET DRIVE
JESUP GA 31545

CREDITOR ID: 269139-31
WAYNE COUNTY SOLID WASTE
ATTN: LLOYD COOK
300 PRICE RD
SEVEN SPRINGS NC 28578-9030

CREDITOR ID: 269138-31
WAYNE COUNTY SOLID WASTE
ATTN: HAROLD DAVIS
2569 NC HIGHWAY 222 E
FREMONT NC 27830-9369

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264522-12<br>WAYNE D CROWE<br>330 WILEY COURT<br>MARIETTA GA 30060 | CREDITOR ID: 377702-44<br>WAYNE DALTON OF CHARLOTTE<br>PO BOX 931409<br>CLEVELAND, OH 44193 | CREDITOR ID: 264525-12<br>WAYNE EDMOND<br>474 THOMASVILLE ROAD<br>FLORENCE MS 39073 |
| CREDITOR ID: 395757-65<br>WAYNE FIRE<br>222 CAPITAL COURT<br>OCEE, FL 34761 | CREDITOR ID: 240785-06<br>WAYNE L. JONES<br>SHERIFF AND EX-OFFICIO TAX<br>COLLECTOR ST.JOHN BAPTIST PAR<br>PO BOX 1600<br>LAPLACE LA 70069-1600 | CREDITOR ID: 264526-12<br>WAYNE LANCASTER<br>291 MILLER ROAD<br>FITZGERALD, GA 31750 |
| CREDITOR ID: 264527-12<br>WAYNE LIPSCOMB<br>1709 SWANBROOKE DRIVE<br>BEDFORD, VA 24523 | CREDITOR ID: 264528-12<br>WAYNE RICHARDSON<br>520 WILLOW OAKS DRIVE<br>DACATURVILLE TN 38329-5233 | CREDITOR ID: 264529-12<br>WAYNE ROOFING & SHEET METAL CO<br>1000 N HERMAN PLACE<br>PO BOX 941<br>GOLDSBORO NC 27533 |
| CREDITOR ID: 1987-07<br>WAYNE RUBEN<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 264532-12<br>WAYNE SMITH GREEN HOUSE<br>1064 NOAH TRAIL NW<br>BROOKHAVEN, MS 39601 | CREDITOR ID: 264533-12<br>WAYNE STAGGS<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 |
| CREDITOR ID: 264534-12<br>WAYNE STEWART<br>6170 TEMPLE ST<br>EMP ID# 89191<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 264535-12<br>WAYNE W BROWN<br>376 FOUNTAINVIEW CIRCLE<br>OLDSMAR FL 34677-4644 | CREDITOR ID: 264536-12<br>WAYNE WIECHART<br>791 CHERRY STREET<br>ALTAMONTE SPRINGS FL 32701 |
| CREDITOR ID: 382095-36<br>WAYNE, DIVISION OF DRESSER, INC<br>DAVID C KILPATRICK<br>15455 DALLAS PARKWAY<br>SUITE 1100<br>ADDISON TX 75001 | CREDITOR ID: 264538-12<br>WAYNESVILLE SHOPPING<br>%RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON, IN 47402 | CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON, IN 47402 |
| CREDITOR ID: 264539-12<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>ATTN PHILIP G NEARI, PRES<br>PO BOX 20983<br>WINSTON SALEM, NC 27120-0983 | CREDITOR ID: 264540-12<br>WBHS<br>4734 TRUMAN ALDRICH PARKWAY<br>WEST BLOCTON AL 35184 | CREDITOR ID: 264541-12<br>WC EVANS<br>124 MARKET CENTER DRIVE<br>ALABASTER AL 35007 |
| CREDITOR ID: 264542-12<br>WCB ICE CREAM<br>DEPT# 285201<br>PO BOX 67000<br>DETROIT, MI 48267-2852 | CREDITOR ID: 405824-95<br>WCB ICE CREAM<br>267 LIVINGSTON ST<br>NORTHVALE NJ 07647 | CREDITOR ID: 264543-12<br>WCI INSTRUMENTS<br>524 LAKESTONE DR<br>RALEIGH NC 27609 |
| CREDITOR ID: 264544-12<br>WCI WOODSTOCK<br>6072 DEPT 1433<br>LOS ANGELES, CA 90084-1433 | CREDITOR ID: 264545-12<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 | CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264279-12<br>WD 40 COMPANY<br>PO BOX 601092<br>LOS ANGELES, CA 90060-1092 | CREDITOR ID: 264546-12<br>WD AWARDS<br>5800 BEACH BLVD<br>SUITE 203-245<br>JACKSONVILLE FL 32207 | CREDITOR ID: 264547-12<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVE SUITE 201<br>HENDERSON, NC 27536 |
| CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVENUE, SUITE 201<br>HENDERSON, NC 27536 | CREDITOR ID: 397604-99<br>WD FLORENCE PORTFOLIO LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN: MICHAEL S HELD, ESQ<br>1445 ROSS AVE, STE 3200<br>DALLAS TX 75202-2799 | CREDITOR ID: 316161-40<br>WD FLORENCE PORTFOLIO LP<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA |
| CREDITOR ID: 381875-37<br>WD GEORGIA LLC<br>C/O ALLAN RILEY CO., INC.<br>200 PARK AVENUE<br>SUITE 200<br>NEW YORK, NY 10166 | CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 264549-12<br>WD JACKSONVILLE FL LLC<br>C/O I REISS & SONS<br>200 EAST 61ST STREET<br>SUITE 29F<br>NEW YORK, NY 10021 |
| CREDITOR ID: 1992-RJ<br>WD JACKSONVILLE FL LLC<br>C/O I REISS & SONS<br>200 EAST 61ST STREET<br>NEW YORK, NY 10021 | CREDITOR ID: 405967-99<br>WD JACKSONVILLE FL LLC<br>C/O COHEN & THURSTON PA<br>ATTN: JANET H THURSTON<br>1723 BLANDING BLVD, #102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 264550-12<br>WD MARIANNA PORTFOLIO LP<br>C/O H & R ESTATE INVESTMENT TRUST<br>ATTN ERIC COHEN<br>3625 DUFFERIN STREET STE 500<br>DOWNSVIEW, ON M3K 1N4<br>CANADA | CREDITOR ID: 1993-07<br>WD MARIANNA PORTFOLIO LP<br>C/O H & R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 279063-99<br>WD MARIANNA PORTFOLIO LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN: MICHAEL S HELD, ESQ<br>1445 ROSS AVE STE 3200<br>DALLAS TX 75202-2799 |
| CREDITOR ID: 1994-07<br>WD MILTON PORTFOLIO L P<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 397603-99<br>WD MILTON PORTFOLIO LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN: MICHAEL S HELD, ESQ<br>1445 ROSS AVE, STE 3200<br>DALLAS TX 75202-2799 | CREDITOR ID: 316163-40<br>WD MILTON PORTFOLIO LP<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA |
| CREDITOR ID: 278597-24<br>WD RAINSVILLE TRUST<br>2650 LOUIS MENCK DRIVE<br>FT. WORTH TX 76131 | CREDITOR ID: 278678-25<br>WD RAINSVILLE TRUST<br>BURLINGTON NORTHERN & SANTA FE RR<br>PO BOX 961050<br>2650 LOU MENK DRIVE - MKTG. 2<br>FT. WORTH TX 76131-2830 | CREDITOR ID: 264552-12<br>WD RIVIERA LTD<br>ATTN LAMAR HAGGARD<br>11811 NORTH FREEWAY<br>SUITE 300<br>HOUSTON TX 77060-3238 |
| CREDITOR ID: 278598-24<br>WD ROANOKE LLC<br>C/O I. REISS & COMPANY<br>200 EAST 61ST STREET<br>SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 | CREDITOR ID: 1978-RJ<br>WD ROUTE 3 LIMITED PARTNERSHIP<br>1201 CENTRAL PARK BLVD<br>FREDERICKSBURG, VA 22404 |
| CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | CREDITOR ID: 1980-07<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW  YORK, NY 10018-7603 | CREDITOR ID: 406182-15<br>W-D SHELBY PARTNERSHIP<br>C/O NEIL REGER<br>4476 BOCAIRE BLVD<br>BOCA RATON FL 33487 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381876-37<br>WD SOUTH CAROLINA, LLC<br>C/O ALLAN RILEY CO., INC.<br>200 PARK AVENUE<br>SUITE 2000<br>NEW YORK, NY 10166 | CREDITOR ID: 2667-07<br>WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2668-07<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW YORK NY 10021 |
| CREDITOR ID: 405966-99<br>WD WESTMINSTER SC LLC<br>C/O COHEN & THURSTON PA<br>ATTN: JANET H THURSTON<br>1723 BLANDING BLVD, #102<br>JACKSONVILLE FL 32210 | CREDITOR ID: 278600-24<br>WD WICHITA FALLS TX LP<br>C/O I. REISS & SON<br>200 E. 61ST STREET<br>SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 278679-24<br>WD WICHITA FALLS TX LP<br>PROTECTIVE LIFE INSURANCE COMPANY<br>2801 HIGHWAY 280 SOUTH<br>BIRMINGHAM AL 35223 |
| CREDITOR ID: 2669-07<br>WD-EUNICE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8905 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 2670-07<br>WD-OAKDALE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8905 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 264281-12<br>WE BASSETT COMPANY<br>PO BOX 5643<br>HARTFORD, CT 06102-5643 |
| CREDITOR ID: 279294-35<br>WE BASSETT COMPANY, INC, THE<br>ATTN: BEVERLY KAMAITIS<br>100 TRAP FALLS ROAD EXTENSION<br>SHELTON CT 06484 | CREDITOR ID: 264553-12<br>WE CLEAN WINDOWS<br>PO BOX 6945<br>AVON PARK FL 33826 | CREDITOR ID: 264283-12<br>WE DENTMON CONSTRUCTION INC<br>11708 US 92 EAST<br>SEFFNER, FL 33584 |
| CREDITOR ID: 264554-12<br>WE GO LLC<br>10 WEST 33RD STREET, SUITE 516<br>NEW YORK, NY 10001 | CREDITOR ID: 264555-12<br>WE SWEEP INC<br>PO BOX 919<br>PAWLEYS ISLAND SC 29585 | CREDITOR ID: 245295-12<br>WEASE, CHRIS<br>13679 LEITCHFIELD ROAD<br>EASTVIEW KY 42732 |
| CREDITOR ID: 264556-12<br>WEATHER ENGINEERS INC<br>1000 EDISON AVE<br>JACKSONVILLE FL 32204-2819 | CREDITOR ID: 264557-12<br>WEATHER WORKS INC<br>2300 NW 102 PLACE<br>MIAMI FL 33172 | CREDITOR ID: 399597-82<br>WEATHERBY, SANDERS<br>1801 24TH STREET NORTH<br>COLUMBUS  MS 39701 |
| CREDITOR ID: 389453-54<br>WEATHERLY, JOHN<br>ALTHENA MANOR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 244786-12<br>WEATHERSPOON, CATHY<br>5765 FELDWOOD ROAD<br>COLLEGE PARK GA 30349 | CREDITOR ID: 399598-82<br>WEATHERSPOON, CYNTHIA<br>1711 HAMLET COURT<br>MONTGOMERY  AL 36117 |
| CREDITOR ID: 264558-12<br>WEATHERTECH DIST COMP<br>PO BOX 100609<br>IRONDALE, AL 35210-0609 | CREDITOR ID: 264559-12<br>WEAVER BROS INC<br>PO BOX 333<br>VERSAILLES OH 45380 | CREDITOR ID: 264560-12<br>WEAVER POPCORN CO INC<br>PO BOX 632836<br>CINCINNATI, OH 45263-2836 |
| CREDITOR ID: 405825-95<br>WEAVER POPCORN CO INC<br>PO BOX 66453<br>INDIANAPOLIS IN 46266-6453 | CREDITOR ID: 407349-MS<br>WEAVER, DONALD A.<br>20 STONEBROOK FARM WAY<br>GREENVILLE SC 29615 | CREDITOR ID: 250028-12<br>WEAVER, FRANK<br>CHR DIV<br>6350 WILLIAMSON RD<br>ROCKHILL, SC 29730 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 256016-12
WEAVER, MEL
5905 SW SAVAGE STREET
PALM CITY, FL 34990

CREDITOR ID: 264561-12
WEAVERS
ELI WEAVER
57 COUNTY ROAD 21
ORRVILLE, AL 36767

CREDITOR ID: 2671-99
WEAVERS CORNER JT VENTURE
JOHN E. MUFSON, P.A.
JOHN E MUFSON, ESQ
2213 N UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

CREDITOR ID: 264562-12
WEAVERS CORNER JT VENTURE
JOHN E. MUFSON, P.A.
JOHN E MUFSON, ESQ
2213 N UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

CREDITOR ID: 264562-12
WEAVERS CORNER JT VENTURE
PO BOX 7388
WEST PALM BEACH, FL 33405-7388

CREDITOR ID: 2671-99
WEAVERS CORNER JT VENTURE
PO BOX 7388
WEST PALM BEACH, FL 33405-7388

CREDITOR ID: 2671-99
WEAVERS CORNER JT VENTURE
JOHN E. MUFSON, P.A.
JOHN E MUFSON, ESQ
2213 N UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

CREDITOR ID: 264563-12
WEB PRODUCTS
PO BOX 3911
KANSAS CITY, KS 66103

CREDITOR ID: 264564-12
WEBB BOLT AND NUT CO.
PO BOX 547608
ORLANDO, FL 32854-7608

CREDITOR ID: 377713-44
WEBB CORPORATION
7805 SOVEREIGN ROW
DALLAS TX 75247

CREDITOR ID: 269140-31
WEBB CREEK UTILITY DISTRICT
ATTN: ROBERT VICK
3625 LINDSEY MILL RD
GATLINBURG TN 37738-6218

CREDITOR ID: 269141-31
WEBB CREEK WATER & SEWAGE INC
ATTN: RUFFIN POWERS
735 SAND RIDGE RD
HUBERT NC 28539-3513

CREDITOR ID: 381515-47
WEBB, AMY
3233 47TH STREET
MERIDIAN, MS 39301

CREDITOR ID: 407350-MS
WEBB, AUTHOR C.
12723 CORMORANT COVE LANE
JACKSONVILLE FL 32223

CREDITOR ID: 390167-54
WEBB, CASSANDRA K
2422 SCHWING DRIVE
JACKSON, LA 70748

CREDITOR ID: 245331-12
WEBB, CHRISTINE
173 LOWERY LANE
WEST BLOCTON, AL 35184

CREDITOR ID: 386611-54
WEBB, EILEEN TUCCI
1228 W. SICAMORE ST
LAKELAND FL 33815

CREDITOR ID: 389245-54
WEBB, GWENDOLYN M
6609 ROBINDALE ROAD
FT. WORTH TX 76140

CREDITOR ID: 375401-44
WEBB, JAMES
GDP DIV
111 PISTOL CLUB ROAD
EASLEY, SC 29640

CREDITOR ID: 407351-MS
WEBB, RONALD D.
4499 PEBBLE BROOK DR.
JACKSONVILLE FL 32224

CREDITOR ID: 392329-55
WEBB, SABRINA (MINOR)
C/O: GREGORY NOTO
NOTO LAW FIRM
915 WEST JUDGE PEREZ DR
CHALMETTE LA 70043

CREDITOR ID: 388062-54
WEBB, SABRINA (MINOR)
2309 WEST LACOSTE
CHALMETTE, LA 70043

CREDITOR ID: 279099-32
WEBB, THOMAS L.
613 22ND AVENUE
MERIDIAN MS 39301

CREDITOR ID: 264566-12
WEBB/LEXINGTON VENTURES #108
ATTN ROBERT CHAFFINS, VP ASSET MGR
250 WEST MAIN ST SUITE 3000
LEXINGTON, KY 40507

CREDITOR ID: 2672-07
WEBB/LEXINGTON VENTURES 108
300 LEXINGTON FINANCIAL CENTER
LEXINGTON KY 40507

CREDITOR ID: 264567-12
WEBBER COLLEGE
FINANCIAL AID OFFICER
PO BOX 96
BABSON PARK FL 33827

CREDITOR ID: 1997-07
WEBBER COMMERCIAL PROPERTIES L
C/O PROFESSIONAL REALTY CONSUL
2503 DEL PRADO BOULEVARD
CAPE CORAL, FL 33904

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264568-12<br>WEBBER COMMERCIAL PROPERTIES LLC<br>C/O PROFESSIONAL REALTY CONSULTANTA<br>2503 DEL PRADO BOULEVARD<br>SUITE 500<br>CAPE CORAL, FL 33904 | CREDITOR ID: 407759-99<br>WEBBER COMMERICIAL PROP LLC<br>C/O TRENAM KEMKER ET AL<br>ATTN: WILLIAM KNIGHT ZEWADSKI, ESQ<br>PO BOX 1102<br>TAMPA FL 33601 | CREDITOR ID: 264565-12<br>WEBB'S PLAZA<br>C/O PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST PETERSBURG, FL 33743 |
| CREDITOR ID: 384414-47<br>WEBBS SEAFOOD INC<br>12603 HIGHWAY 231<br>YOUNGSTOWN, FL 32466 | CREDITOR ID: 264569-12<br>WEBB'S SEAFOOD INC<br>12603 HIGHWAY 231<br>YOUNGSTOWN, FL 32466 | CREDITOR ID: 381752-99<br>WEBB'S SEAFOOD, INC<br>C/O JOHNSTON HARRIS GERDE ET AL<br>ATTN JERRY W GERDE, ESQ<br>239 E 4TH STREET<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 264570-12<br>WEBBS WELDING & FABRICATION<br>4362 SE COUNTY RD 255<br>LEE FL 32059 | CREDITOR ID: 384415-47<br>WEBECO FOODS INC<br>ATTN: JOSE TEIJEIRO<br>8225 N.W. 80 STREET<br>MIAMI, FL 33166 | CREDITOR ID: 264571-12<br>WEBECO FOODS INC<br>1090 N W 23RD STREET<br>MIAMI, FL 33127 |
| CREDITOR ID: 403374-83<br>WEBER & ROSE<br>2400 AEGON CENTER<br>400 WEST MARKET STREET<br>LOUISVILLE KY 40202-3364 | CREDITOR ID: 381784-15<br>WEBER & ROSE, PSC<br>ATTN R H NALLY, ESQ<br>400 W MARKET, SUITE 2400<br>LOUISVILLE KY 40202 | CREDITOR ID: 264572-12<br>WEBER SCIENTIFIC<br>ATTN JOYCE ARCARESE, OP MGR<br>2732 KUSER RD<br>HAMILTON, NJ 08691-9430 |
| CREDITOR ID: 400972-91<br>WEBER, DONALD<br>8740 SE 17TH COURT<br>OCALA FL 34480 | CREDITOR ID: 264573-12<br>WEBLY LAGUERRE<br>1051 NE 140TH STREET<br>MIAMI FL 33161-0330 | CREDITOR ID: 264574-12<br>WEBSTER COUNTY JUSTICE COURT<br>114 HIGHWAY 9 NORTH<br>EUPORA MS 39744 |
| CREDITOR ID: 269142-31<br>WEBSTER DANIEL SENATOR<br>ATTN: DANIEL WEBSTER<br>315 S DILLARD ST<br>WINTER GARDEN FL 34787-3524 | CREDITOR ID: 264576-12<br>WEBSTER ELECTRIC CO INC<br>8292 HWY 19 NORTH<br>MERIDIAN, MS 39303 | CREDITOR ID: 269143-14<br>WEBSTER PARISH ASSESSOR OFFICE<br>ATTN: KERRY BURNS<br>103 S MONROE ST<br>MINDEN LA 71055-3333 |
| CREDITOR ID: 264577-12<br>WEBSTER PLUMBING & GAS<br>PO BOX 2448<br>WEST COLUMBIA SC 29171 | CREDITOR ID: 405943-93<br>WEBSTER, ANGELA K<br>1314 HARFORD RD<br>GRAHAM NC 27253 | CREDITOR ID: 392787-55<br>WEBSTER, RAYMOND P<br>C/O: A. CHANTELLE ROBERSON<br>SNIPES, ROBERSON, AND HINTON, LLP<br>605 LINDSAY STREET<br>CHATTANOOGA TN 37403 |
| CREDITOR ID: 388843-54<br>WEBSTER, RAYMOND P<br>301 HILLSVIEW DRIVE<br>CHATTANOOGA TN 37405 | CREDITOR ID: 405942-93<br>WEBSTER, REBECCA A<br>1314 HARFORD RD<br>GRAHAM NC 27253 | CREDITOR ID: 385722-54<br>WEBSTER, ZENTHIA<br>1201 CHERRYSTONE CIRCLE<br>CLINTON, MS 39056 |
| CREDITOR ID: 264578-12<br>WEDCO DIST HEALTH DEPARTMENT<br>PO BOX 218<br>CYNTHIANA, KY 41031-0218 | CREDITOR ID: 264579-12<br>WEDDINGTON ASSOCIATES<br>C/O COLLETT & ASSOCIATES<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 | CREDITOR ID: 264580-12<br>WEDDINGTON ELEMENTARY SCHOOL<br>2233 VILLAGE SQUARE PARKWAY<br>MATTHEWS NC 28104-9236 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1998-07
WEEKI WACHEE VILLAGE SHOP CENTER
C/O SIZELER PROPERTY INVESTORS
DEPOSITORY ACCOUNT
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 264581-12
WEEKI WACHEE VILLAGE SHOP CNTR
C/O SIZELER PROPERTY INVESTORS
DEPOSITORY ACCOUNT
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 255195-12
WEEKS, M L
447 E TUNICA
MARKSVILLE, LA 71351

CREDITOR ID: 385811-54
WEEKS, MARY BETH
10940 CAMERON COURT
APT 101
DAVIE, FL 33324

CREDITOR ID: 391072-55
WEEKS, MARY BETH
C/O MICHAEL K. BREGMAN
ROSENBERG & ROSENBERG, PA
2501 HOLLYWOOD BLVD., STE 110
HOLLYWOOD FL 33021

CREDITOR ID: 393574-55
WEEKS, PATRICIA D
C/O BRIAN LABOVICH, ESQ.
LABOVICH, LABOVICH & WALD
935 MILITARY TRAIL
JUPITER FL 33458

CREDITOR ID: 390487-54
WEEKS, PATRICIA D
102 CHASEWOOD CIRCLE
PALM BEACH GARDENS, FL 33418

CREDITOR ID: 249181-12
WEGNER, ETHAN S
17 LAKE ELIZABETH COURT
HARVEY, LA 70058

CREDITOR ID: 264582-12
WEIDER NUTRITION
LOCKBOX 25641
SALT LAKE CITY, UT 84125-0641

CREDITOR ID: 405827-95
WEIDER NUTRITION
2002 SOUTH 5070 WEST
ATTN MEL TUKUAFU
SALT LAKE CITY UT 84104

CREDITOR ID: 1693-07
WEIGEL, PATRICIA OR MARSHALL
C/O ZEISLER & ZEISLER LLP
1100 THIRD ST
SAN RAFAEL, CA 94901-3019

CREDITOR ID: 264583-12
WEILER & COMPANY
BOX 78985
MILWAUKEE WI 53278-0985

CREDITOR ID: 2674-07
WEINACKER SHOPPING CENTER LLC
PO BOX 2926
MOBILE AL 36652-9987

CREDITOR ID: 403489-15
WEINACKER'S SHOPPING CENTER LLC
ATTN BARRY A FRIEDMAN
3809 CLARIDGE ROAD NORTH
MOBILE AL 36608

CREDITOR ID: 264584-12
WEINGARTEN REALTY INVESTORS
PO BOX 200518
HOUSTON, TX 77216-0518

CREDITOR ID: 1999-07
WEINGARTEN REALTY INVESTORS
ATTN: JENNY HYUN, ESQ.
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77008

CREDITOR ID: 405828-95
WEINGARTEN REALTY INVESTORS
ACCT 0197-001 T-WINNDL01
PO BOX 200518
HOUSTON TX 77216

CREDITOR ID: 316147-41
WEINGARTEN REALTY MANAGEMENT CO
ATTN PROPERTY MANAGEMENT
PO BOX 924133
HOUSTON TX 77292-4133

CREDITOR ID: 263484-12
WEINHOLD, TRESA
7820 BAYMEADOWS ROAD E
# 126
JACKSONVILLE, FL 32218

CREDITOR ID: 405829-95
WEINSTEIN WHOLESALE MEATS INC
1328 W RANDOLPH ST
CHICAGO IL 60607

CREDITOR ID: 264585-12
WEINSTEIN WHOLESALE MEATS, INC
2906 PAYSHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 399363-15
WEINSTEIN WHOLESALE MEATS, INC
ATTN JOANNE VELEZ ACCT MGR
1328 W RANDOLPH ST
CHICAGO IL 60607

CREDITOR ID: 389847-54
WEISER, LARRY
1134 WASHINTON STREET
HOLLYWOOD FL 33019

CREDITOR ID: 383153-99
WEISS SEROTA HELFMAN PASTORIZA ETAL
ATTN: DOUGLAS GONZALES
3107 STIRLING ROAD, STE 300
FORT LAUDERDALE FL 33312

CREDITOR ID: 250306-12
WEISS, GARY
5629 MONICA
FAIRFIELD, OH 45014

CREDITOR ID: 269282-16
WEISS, JOSEPH H.
WEISS & YOURMAN
551 5TH AVENUE
SUITE 1600
NEW YORK, NY 10176

CREDITOR ID: 2553-07
WEISS, SHERI TRAGER
13853 THOMASVILLE CT
JACKSONVILLE, FL 32223

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395362-63<br>WEITZMAN GROUP, THE<br>3102 MAPLE AVENUE, SUITE 350<br>DALLAS, TX 75201 | CREDITOR ID: 403569-93<br>WELBORN HEALTHPLAN<br>421 CHESTNUT ST<br>EVANSVILLE IN 47713 | CREDITOR ID: 407352-MS<br>WELBORN, MIKE<br>6123 WOODLAND DR.<br>GILLSVILLE GA 30543 |
| CREDITOR ID: 264586-12<br>WELCH FOODS<br>PO BOX 100565<br>ATLANTA, GA 30384-0565 | CREDITOR ID: 405830-95<br>WELCH FOODS<br>ACOSTA SALES<br>PO BOX 22889<br>DEBBIE ARCHAMBEAU<br>TAMPA FL 33610 | CREDITOR ID: 279297-35<br>WELCH FOODS, INC<br>ATTN: GERARD LEBLANC<br>575 VIRGINA ROAD<br>PO BOX 9101<br>CONCORD MA 01742-9101 |
| CREDITOR ID: 244669-12<br>WELCH, CAROLYN P<br>2900 NW 8TH PLACE<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 407353-MS<br>WELCH, CHARLES<br>3209 BOWIE DR.<br>LOUISVILLE KY 40219 | CREDITOR ID: 407354-MS<br>WELCH, CLIFTON T.<br>52 SHINNECOCK DR.<br>PALM COAST FL 32137 |
| CREDITOR ID: 407355-MS<br>WELCH, DAVID M<br>7855 TIMBERLIN PARK BLVD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 386391-54<br>WELCH, DOROTHY<br>4915  CENTRAL AVENUE<br>DELEON SPRINGS FL 32130 | CREDITOR ID: 391470-55<br>WELCH, DOROTHY<br>C/O: MONTE SHOEMAKER<br>MONTE SHOEMAKER<br>PO BOX 151057<br>ALTAMONTE SPRINGS FL 32715-1057 |
| CREDITOR ID: 377719-44<br>WELCHS<br>PO BOX 100565<br>ATLANTA, GA 30384-0565 | CREDITOR ID: 400975-91<br>WELCOME, HAVNICCA<br>11092 TURNBRIDGE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 264588-12<br>WELD DIRECT CORPORATION<br>ATTN JOHNNY CARR, SUPERV<br>PO BOX 37546<br>JACKSONVILLE FL 32236 |
| CREDITOR ID: 264589-12<br>WELDCO INCORPORATED<br>2121 SPRING GROVE AVE<br>CINCINNATI OH 45214 | CREDITOR ID: 264590-12<br>WELDERS EQUIPMENT CENTER<br>PO BOX 9786<br>NEW IBERIA LA 70562-9786 | CREDITOR ID: 264591-12<br>WELDERS SUPPLY & EQUIP<br>PO BOX 1867<br>MONTGOMERY, AL 36102-1867 |
| CREDITOR ID: 264592-12<br>WELDERS SUPPLY CO OF LVL<br>PO BOX 21007<br>LOUISVILLE, KY 40221-0007 | CREDITOR ID: 264593-12<br>WELDING MACHINE HOSPITAL<br>4001 BIRMINGHAM HWY<br>MONTGOMERY AL 36108 | CREDITOR ID: 264594-12<br>WELDING UNLIMITED INC<br>623 MANGUM ROAD<br>REIDSVILLE, NC 27320 |
| CREDITOR ID: 264595-12<br>WELDON PARTS ORLANDO<br>PO BOX 2115<br>OKLAHOMA CITY, OK 73101-2115 | CREDITOR ID: 264596-12<br>WELDORS SUPPLY HOUSE INC<br>PO BOX 4926<br>SPARTANBURG SC 29305-4926 | CREDITOR ID: 382904-51<br>WELLBORN HEALTH PLAN<br>10680 TREENA STREET, 5TH FLOOR<br>SAN DIEGO, CA 92131 |
| CREDITOR ID: 264597-12<br>WELLESLEY INN AND SUITES<br>1401 SW 15TH ST<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 264598-12<br>WELLESLEY INN DEERFIELD BEACH<br>100 S W 12TH AVENUE<br>DEERFIRLD BEACH FL 33442 | CREDITOR ID: 387200-54<br>WELLINGHOFF, ELMA<br>1918 VETERANS BLVD, SUITE 302<br>KENNER, LA 70062 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 391787-55
WELLINGHOFF, ELMA
C/O MICHAEL J. HAND
MICHAEL J, HAND, PA
1919 VETERANS BLVD
SUITE 302
KENNER LA 70062

CREDITOR ID: 264599-12
WELLINGTON LANDINGS COMM MIDDLE SCH
1100 AERO CLUB DRIVE
WELLINGTON FL 33414

CREDITOR ID: 278727-27
WELLINGTON MANAGEMENT CO. LLP
ATTN EARL E MCEVOY
75 STATE STREET
BOSTON MA 02109

CREDITOR ID: 264600-12
WELLNESS CENTER
1918 W PARK DR
N WILKESBORO, NC 28659

CREDITOR ID: 405831-95
WELLNESS CENTER
PO BOX 609
N WILKESBORO NC 28659

CREDITOR ID: 382938-51
WELLNESS PLAN OF NC, THE
695 GEORGE WASHINGTON HWY
PO BOX 519
LINCOLN, RI 02865

CREDITOR ID: 382903-51
WELLPOINT PHARMACY MANAGEMENT
PO BOX 4488
WOODLAND HILLS, CA 91365

CREDITOR ID: 264601-12
WELLS FARGO BANK
WF 8113
PO BOX 1450
MINNEAPOLIS, MN 55485-8113

CREDITOR ID: 381738-15
WELLS FARGO FINANCIAL LEASING INC
ATTN PAIGE SELLERS
MAC F4045-050
400 LOCUST STREET
DES MOINES IA 50309-2331

CREDITOR ID: 406043-93
WELLS FARGO FINANCIAL LEASING INC
MAC F4030-070
800 WALNUT STREET
DES MOINES IA 50309-3636

CREDITOR ID: 278054-22
WELLS FARGO FOOTHILL, LLC
CO-DOCUMENTATION AGENT
ATTN SYN LOAN PORTFOLIO MANAGER
2450 COLORADO AVENUE, SUITE 3000 W
SANTA MONICA CA 90404

CREDITOR ID: 278602-24
WELLS FARGO REALTY SERVICES LLC
4366 DEARBORN
DENVER CO 80239

CREDITOR ID: 400543-88
WELLS, BERTHA GLOVER
C/O JAMES WATERS, ESQUIRE
1904 UNIVERSITY BLVD. W.
JACKSONVILLE FL 32217

CREDITOR ID: 245377-12
WELLS, CHUCK
4486 TIMBER GLEN DR
APT 2
BATABIA, OH 45103

CREDITOR ID: 407356-MS
WELLS, CLARENCE H.
50 N. COUNTRY CLUB DR.
CRYSTAL RIVER FL 34429

CREDITOR ID: 390429-54
WELLS, KATIE N
404 ADGER CT
FAYETTEVILLE NC 28314

CREDITOR ID: 388104-54
WELLS, PAT
7033 SHADOW COURT
HOMOSASSA, FL 34446

CREDITOR ID: 381816-48
WELSCH AVIATION INC
226 EAST MAIN STREET
HUNTINGTON NY 11743

CREDITOR ID: 264602-12
WELSH PAPER COMPANY
112 FRANKLIN PARK AVENUE
YOUNGSVILLE, NC 27596

CREDITOR ID: 403988-94
WELSH, ROBERT R SR
3130 OWL ROOST TRAIL
LAKE WALES FL 33898-5522

CREDITOR ID: 407357-MS
WELTY, DOUG
2920 KENT AVE.
METAIRE LA 70006

CREDITOR ID: 264603-12
WENCO PARTS AND SUPPLY
PO BOX 1953
KENNER LA 70063-1953

CREDITOR ID: 264604-12
WENDALL KNIGHT
2036 RAYMOND ROAD
JACKSON MS 39204

CREDITOR ID: 264605-12
WENDELL MCCALL
2107 M STREET
BRUNSWICK GA 31520

CREDITOR ID: 264607-12
WENDY ASHLEY
5531 93RD AVENUE NORTH
PINELLAS PARK FL 33782

CREDITOR ID: 264608-12
WENDY D SAUPE
1552 COUNTY ROAD 400 E
CHAMPAIGN IL 61822

CREDITOR ID: 407651-93
WENDY D SAUPE
LIFE ISNURANCE CO OF GEORGIA
C/O COLLIERS CAUBLE ATTN: JEAN
1349 W PEACHTREE ST NE
ATLANTA GA 30309-2956

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264609-12<br>WENDY JEAN LOUIS<br>1280 NW 117 STREET<br>MIAMI FL 33167 | CREDITOR ID: 264610-12<br>WENDY R HARPER<br>81 BREAM FOUNTAIN ROAD<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 264611-12<br>WENDY RANDELL POLK<br>5920 SW 42ND PLACE<br>BELL, FL 32619 |
| CREDITOR ID: 264612-12<br>WENDY ROLAND<br>3804 HEATHERBROOKE PLACE<br>DOTHAN AL 36303 | CREDITOR ID: 264613-12<br>WENDY S MACON<br>102 NEWBELL ROAD A1<br>COLUMBUS MS 39705 | CREDITOR ID: 407358-MS<br>WENGROW, J.P.<br>2357 ROSEBERRY LANE<br>GRAYSON GA 30221 |
| CREDITOR ID: 264614-12<br>WENNER BREAD PRODUCTS INC<br>33 RAJON ROAD<br>BAYPORT, NY 11705-1102 | CREDITOR ID: 390264-54<br>WERNE, KENT<br>624 SEA PINE WAY<br>APT C-3<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 381064-47<br>WERNER ENTERPRISES INC<br>PO BOX 3116<br>OMAHA, NE 68103-0116 |
| CREDITOR ID: 390678-55<br>WERNER, GEORGE<br>C/O MICHAEL D RILEY<br>ATTN MICHAEL D RILEY, ESQ<br>833 BARONNE ST.<br>NEW ORLEANS LA 70113 | CREDITOR ID: 385370-54<br>WERNER, GEORGE & DEBRA<br>1413 SEMINOLE AVENUE<br>METAIRIE, LA 70005 | CREDITOR ID: 264615-12<br>WERWA ENTERPRISES<br>154 WEST 27TH STREET<br>SUITE 7 EAST<br>NEW YORK, NY 10001 |
| CREDITOR ID: 264616-12<br>WES A HARPER<br>400 HARRIS JONES ROAD<br>LOUISBURG NC 27549-7991 | CREDITOR ID: 240787-06<br>WES KELLEY TAX COLLECTOR<br>112 E PINCKNEY ST RM #102<br>MADISON FL 32340 | CREDITOR ID: 264618-12<br>WES LOPER ENTERTAINMENT<br>511 E BARKSDALE DRIVE<br>MOBILE, AL 36606 |
| CREDITOR ID: 264622-12<br>WESCO DISTRIBUTION INC<br>PO BOX 530409<br>ATLANTA GA 30353-0409 | CREDITOR ID: 264621-12<br>WES-FLO COMPANY INC<br>PO BOX 17401<br>TAMPA FL 33682-7401 | CREDITOR ID: 269144-31<br>WESKEM LLC<br>ATTN: JOHN W KRUEGER<br>105 MITCHELL RD STE 100<br>OAK RIDGE TN 37830-8040 |
| CREDITOR ID: 264623-12<br>WESLEY A DYE<br>1683 HAZEL HURST DRIVE<br>FAYETTEVILLE NC 28314 | CREDITOR ID: 264624-12<br>WESLEY CHAPEL SC CO LTD<br>1733 WEST FLETCHER AVENUE<br>ATTN ACCOUNTING DEPT<br>TAMPA, FL 33612 | CREDITOR ID: 264625-12<br>WESLEY HISLE<br>1309 LEESTOWN ROAD<br>LEXINGTON KY 40511 |
| CREDITOR ID: 264626-12<br>WESLEY R MASTERS JR<br>286 WACO LOOP<br>WACO KY 40385 | CREDITOR ID: 264627-12<br>WESLEY R STILLMAN<br>2142 WHITE PINES DRIVE<br>PENSACOLA FL 32526 | CREDITOR ID: 264628-12<br>WESLEY RAY ELEMENTARY<br>30523  EAST WESLEY RAY RD<br>ANGIE, LA 70426 |
| CREDITOR ID: 407359-MS<br>WESLEY, DALE<br>1296 BEARD LANE<br>BAGDAD KY 40003 | CREDITOR ID: 392665-55<br>WESLEY, MONIECE<br>C/O: JAMES KOLE<br>229 PINEWOOD DRIVE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 392113-55<br>WESLEY, ROSALIND E<br>C/O: CHRISTOPHER DOTY<br>LAW OFFICES OF TODD LONG<br>TODD LONG, INC<br>29 N. ORANGE, STE 610<br>ORLANDO FL 32801 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 387764-54
WESLEY, ROSALIND E
4811 S TEXAS AVENUE APT B
ORLANDO, FL 32839

CREDITOR ID: 264629-12
WESSEX INC
20 IDLEWOOD PL
RIVER RIDGE, LA 70123-1525

CREDITOR ID: 264630-12
WESSEX PACKAGING
PO BOX 10513
NEW ORLEANS, LA 70181-0513

CREDITOR ID: 264631-12
WEST ALABAMA GAZETTE
PO BOX 249
466 COLUMBUS ST
MILLPORT AL 35576

CREDITOR ID: 264632-12
WEST ASCENSION ELEMENTARY
1200 ST PATRICK ST
DONALDSONVILLE LA 70346

CREDITOR ID: 269145-14
WEST BATON ROUGE PARISH OF
ATTN: JOSEPH R BERGERNON
880 ALEXANDER
PORT ALLEN LA 70767

CREDITOR ID: 269146-31
WEST BATON ROUGE PARISH WTRWRK
ATTN: ARLEN LANDRY
150 E SAINT FRANCIS ST
BRUSLY LA 70719-2544

CREDITOR ID: 269147-31
WEST CALCASIEU MANAGING BOARD
ATTN: LARRY MASHBURN
7000 SOUTHLAND FIELD RD
SULPHUR LA 70665-7888

CREDITOR ID: 264633-12
WEST CLAYTON ELEMENTARY SCHOOL
1012 S LOMBARD ST
CLAYTON NC 27520

CREDITOR ID: 264634-12
WEST COAST COMPRESSORS INC
11910 31ST COURT NORTH
ST PETERSBURG FL 33716

CREDITOR ID: 264635-12
WEST COAST NOVELTY
ATTN MING SERNA, CR MGR
2401 MONARCH ST
ALAMEDA, CA 94501

CREDITOR ID: 269148-31
WEST DEVELOPMENT CO
ATTN: TOM WEST
10 GARRARD RD SE
ROME GA 30161-9149

CREDITOR ID: 264636-12
WEST ECK PARTNERS LP
2743 ERIMETER PARKWAY
BLDG 100 SUITE 370
AUGUSTA, GA 30909

CREDITOR ID: 2001-RJ
WEST ECK PARTNERS LP
2743 ERIMETER PARKWAY
BUILDING 100 SUITE 370
AUGUSTA, GA 30909

CREDITOR ID: 278680-24
WEST ECK PARTNERS, LP
CENTRAL & SOUTHERN BANK OF GEORGIA
150 W. GREENE STREET
MILLEDGEVILLE GA 31061

CREDITOR ID: 264637-12
WEST FLA MEDICAL CENTER CLINIC
PO BOX 538046
ATLANTA, GA 30353-8046

CREDITOR ID: 269149-31
WEST FLORIDA RCD COUNCIL
ATTN: CLARENCE LEWIS
4155 HOLLIS DR
MARIANNA FL 32448-2708

CREDITOR ID: 264638-12
WEST GEORGIA FIRE EXTINGUISHER INC
770 KINGSBRIDGE RD
CARROLLTON, GA 30117

CREDITOR ID: 264639-12
WEST GEORGIA FIRE PROTECTION
PO BOX 707
TALLAPOOSA GA 30176-0707

CREDITOR ID: 264640-12
WEST GEORGIA HEALTH SYSTEM
1514 VERNON RD
PO BOX 1567
LAGRANGE, GA 30241

CREDITOR ID: 264641-12
WEST GEORGIA SHOPPER
104 KINGSBRIDGE DRIVE
CARROLLTON, GA 30117

CREDITOR ID: 264642-12
WEST GROUP
PO BOX 6292
CAROL STREAM IL 60197-6292

CREDITOR ID: 264643-12
WEST JEFFERSON COUNTY SOUTHERN
CHRISTIAN LEADERSHIP CONFERENCE
HUEYTOWN CHAPTER
PO BOX 3591
HUEYTOWN, AL 35023

CREDITOR ID: 264644-12
WEST JEFFERSON HIGH SCHOOL
2200 8TH ST
HARVEY, LA 70058

CREDITOR ID: 269150-31
WEST JEFFERSON TOWN OF
ATTN: DAVID HAMILTON
340 CLEARWTER DR
WEST JEFFERSON NC 28694

CREDITOR ID: 264645-12
WEST KY PAVERS INC
442 NORTH DRIVE
HOPKINSVILLE KY 42240

CREDITOR ID: 264646-12
WEST MARION
2 WEST MARION ST
FOXWORTH, MS 39483

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard  Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269151-31<br>WEST MID ALA CMNTY DEV CORP<br>ATTN: RHODA JOHNSON<br>416 ALTMAN ST<br>YORK AL 36925-2074 | CREDITOR ID: 269152-31<br>WEST MONROE CITY OF<br>ATTN: ED EVANS<br>303 S PAVILION CIR<br>WEST MONROE LA 71292-9491 | CREDITOR ID: 264647-12<br>WEST NAPOLEON JOINT VENTURE<br>C/O MELTZER PROPERTIES LTD<br>ATTN JOHN A MELTZER<br>4621 WEST NAPOLEON AVE, STE 210<br>METAIRIE, LA 70001 |
| CREDITOR ID: 264648-12<br>WEST ORANGE HIGH SCHOOL<br>1625 S BEULAH ROAD<br>WINTER GARDEN FL 34787 | CREDITOR ID: 264649-12<br>WEST ORANGE TIMES<br>720 S DILLARD ST<br>WINTER GARDEN, FL 34787 | CREDITOR ID: 278970-30<br>WEST PAK<br>42322 AVENIDA ALVARADO<br>TEMECULA, CA 92590 |
| CREDITOR ID: 264651-12<br>WEST PALM BEACH FIRE RESCUE<br>4301 SOUTH DIXIE HIGHWAY<br>WEST PALM BEACH FL 33405 | CREDITOR ID: 264652-12<br>WEST PALM BEACH FL PUBLIC UTILITIES<br>ATTN JULIE PETTY, DIRECTOR CUSTOMER<br>PO BOX 3395<br>WEST PALM BEACH FL 33402-3395 | CREDITOR ID: 269153-31<br>WEST PIEDMONT BUSINESS DEV<br>ATTN: EARL REYNOLDS<br>55 W CHURCH ST<br>MARTINSVILLE VA 24112-6209 |
| CREDITOR ID: 269154-31<br>WEST REGIONAL WASTE WATER<br>ATTN: MAX HARPER<br>8405 8TH ST<br>VERO BEACH FL 32968-9622 | CREDITOR ID: 407653-93<br>WEST RIDGE LLC<br>HALPERN ENTERPRISES<br>5269 BUFORD HIGHWAY<br>ATLANTA GA 30340 | CREDITOR ID: 264653-12<br>WEST ROCKINGHAM FAMILY MED<br>ATTN CATHERINE D HOIR<br>401 W DECATUR ST<br>MADISON, NC 27025 |
| CREDITOR ID: 264654-12<br>WEST SANITATION SERVICES INC<br>3882 DEL AMO BLVD STE 602<br>TORRANCE, CA 90503 | CREDITOR ID: 264655-12<br>WEST SIDE ELEMENTARY<br>111 KIRKWOOD ST<br>PICAYUNE, MS 39466 | CREDITOR ID: 264656-12<br>WEST SIDE MIDDLE SCHOOL<br>401 OAK STREET<br>AMITE, LA 70422 |
| CREDITOR ID: 269155-31<br>WEST SMITHFIELD SANITARY DST<br>ATTN: DAN LASSITER<br>318 STANCIL ST<br>SMITHFIELD NC 27577-3128 | CREDITOR ID: 264657-12<br>WEST ST CHARLES BAPTIST<br>13099 HWY 90<br>BOUTTE, LA 70039 | CREDITOR ID: 264658-12<br>WEST ST JOHN HIGH SCHOOL<br>480 HIGHWAY 3127<br>EDGARD, LA 70049 |
| CREDITOR ID: 264659-12<br>WEST ST MARY<br>PO BOX 120<br>BALDWIN, LA 70514 | CREDITOR ID: 384417-47<br>WEST TEK INC  COMPANY POLICE<br>ATTN D KEITH WEST, PRES<br>15 NOBLE STREET<br>SMITHFIELD, NC 27557 | CREDITOR ID: 264660-12<br>WEST TEK INC  COMPANY POLICE<br>1327 N BRIGHT LEAF BLVD SUITE 6A<br>SMITHFIELD, NC 27577 |
| CREDITOR ID: 407594-15<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN RONALD M TUCKER ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 264662-12<br>WEST VOLUSIA FIRE EQUIPMENT<br>PO BOX 729<br>DELAND, FL 32721-0729 | CREDITOR ID: 264663-12<br>WEST VOLUSIA FREEDOM FESTIVAL<br>C/O MAIN STREET DELAND ASSOCIATION<br>101 NORTH WOODLAND BLVD<br>DELAND FL 32720 |
| CREDITOR ID: 385649-54<br>WEST, ANGELA<br>1208 MEADOW FINCH DR<br>WINTER GARDEN, FL 34787 | CREDITOR ID: 390937-55<br>WEST, ANGELA<br>C/O: MITCHELL A. HANSON, ESQ.<br>HANSON & HANSON, P.A.<br>617 W. COLONIAL DR.<br>ORLANDO FL 32804 | CREDITOR ID: 244605-12<br>WEST, CAROL L<br>PO BOX 193<br>LIVE OAK FL 32060 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247262-12<br>WEST, CRYSTAL C<br>2494 NC 561 HWY<br>LOUISBURG NC 27549 | CREDITOR ID: 385687-54<br>WEST, DOROTHY<br>306 WINDEMERE DR<br>KINGSLAND, GA 31548 | CREDITOR ID: 390967-55<br>WEST, DOROTHY<br>C/O: ELLIS W PEETLUK<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 394314-56<br>WEST, KENVILLE<br>236 NW 15 CT<br>POMPANO BEACH FL 33064 | CREDITOR ID: 376339-44<br>WEST, NANCY<br>RAL DIV STORE# 911<br>362 ANTIOCH ROAD<br>GOLDSBORO, NC 27534 | CREDITOR ID: 388322-54<br>WEST, OTIS<br>2824 AUBURN KNIGHTINGDALE ROAD<br>RALEIGH NC 27610 |
| CREDITOR ID: 407360-MS<br>WEST, PATRICK<br>1301 HIGHLAND<br>MANSFIELD TX 76063 | CREDITOR ID: 388890-54<br>WEST, SHIRLEY<br>540 NW 4 AVENUE, APT 3408<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 407361-MS<br>WEST, TERRY A<br>751 CHERRY GROVE ROAD<br>ORANGE PARK FL 32073-4294 |
| CREDITOR ID: 264664-12<br>WESTAFF<br>PO BOX 952372<br>ST LOUIS MO 63195-2372 | CREDITOR ID: 264665-12<br>WESTBANK CATHEDRAL SCHOOL<br>7301 LAPALCO BOULEVARD<br>MARRERO, LA 70072 | CREDITOR ID: 264666-12<br>WESTBANK CRUSADERS<br>5017 AVENUE M<br>MARRERO, LA 70072 |
| CREDITOR ID: 403990-94<br>WESTBAY, LEONARD A<br>2600 SUMMERFIELD DR<br>LOUISVILLE KY 40220 | CREDITOR ID: 264667-12<br>WESTBROOK FLORAL LTD<br>PO BOX 99<br>GRIMSBY ON L3M 4G1<br>CANADA | CREDITOR ID: 269156-14<br>WESTCAST INLAND NVIGATIONS DST<br>ATTN: CHARLES W LISTOWSKI<br>200 MIAMI AVE E<br>VENICE FL 34285-2408 |
| CREDITOR ID: 269157-31<br>WESTCHASE COMMUNITY DEV DST<br>ATTN: JAMES WARD<br>210 N UNIVERSITY DR<br>CORAL SPRINGS FL 33071-7394 | CREDITOR ID: 264668-12<br>WESTCHESTER COUNTY SCU<br>PO BOX 15355<br>ALBANY, NY 12212 | CREDITOR ID: 264669-12<br>WESTDALE MIDDLE<br>5650 CLAY CUT ROAD<br>E BATON ROUGE, LA 70806 |
| CREDITOR ID: 264670-12<br>WESTEK ELECTRONICS INC<br>PO BOX 4288<br>SANTA CRUZ, CA 95063-4288 | CREDITOR ID: 264671-12<br>WESTENHOFER HARDWARE<br>2402 S PRESTON HWY<br>LOUISVILLE KY 40217 | CREDITOR ID: 264672-12<br>WESTERN CAROLINA REG SEW AUTH<br>561 MAULDIN ROAD<br>GREENVILLE, SC 29607 |
| CREDITOR ID: 264673-12<br>WESTERN DATE RANCHES L P<br>PO BOX 2705<br>YUMA, AZ 85366 | CREDITOR ID: 264674-12<br>WESTERN HILLS HIGH SCHOOL<br>2144 FERGUSON ROAD<br>CINCINNATI OH 45238 | CREDITOR ID: 264676-12<br>WESTERN KENTUCKY UNIVERSITY<br>1 BIG RED WAY<br>BILLINGS AND RECEIVABLE OFFICE<br>BOWLING GREEN, KY 42101-3576 |
| CREDITOR ID: 264677-12<br>WESTERN MO FRUIT SALES INC<br>PO BOX 217<br>WAVERLY, MO 64096-0217 | CREDITOR ID: 264678-12<br>WESTERN NATURAL GAS CO<br>2960 STRICKLAND STREET<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 264679-12<br>WESTERN PEST SERVICE<br>400 FAIRWAY DRIVE<br>STE 105<br>DEERFIELD BEACH FL 33441-1808 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264680-12<br>WESTERN PIEDMONT IWANNA INC<br>ATTN: CHERYL BROWN, EDITOR<br>PO BOX 3383<br>HICKORY, NC 28603 | CREDITOR ID: 264681-12<br>WESTERN RESEARCH & ENGINEERING<br>PO BOX 907<br>ROGERSVILLE TN 37857 | CREDITOR ID: 264682-12<br>WESTERN RESEARCH LABORATORIES<br>21602 NORTH 21ST AVENUE<br>PHOENIX, AZ 85027 |
| CREDITOR ID: 397608-99<br>WESTERN UNION FINANCIAL SRVS INC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: ANUSIA GAYER/BRUCE NATHAN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 278779-99<br>WESTERN UNION FINANCIAL SRVS INC<br>C/O FRANK/GECKER LLP<br>ATTN: JOSEPH FRANK/MICAH KROHN<br>325 N LASALLE ST, STE 625<br>CHICAGO IL 60610 | CREDITOR ID: 264683-12<br>WESTFELDT BROTHERS INC<br>PO BOX 51750<br>NEW ORLEANS, LA 70151-1750 |
| CREDITOR ID: 264684-12<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>SUITE 600<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 2003-07<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI  BEACH, FL 33140 | CREDITOR ID: 269158-31<br>WESTGATE BELVDR HMS CMTN RDEVL<br>ATTN: JOSE SOSA<br>3323 BELVEDERE RD<br>WEST PALM BEACH FL 33406-1522 |
| CREDITOR ID: 264685-12<br>WESTGATE LLC<br>PO BOX 3242<br>ATTN JAMES A CAIN<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 2004-07<br>WESTGATE LLC<br>ATTN: JAMES A CAIN<br>PO BOX 3242<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 264686-12<br>WESTIN TRADING INC<br>PO BOX 775069<br>SAINT LOUIS, MO 63177-5069 |
| CREDITOR ID: 264687-12<br>WESTLAND COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE<br>SUITE 2<br>MIAMI BEACH FL 33180 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 | CREDITOR ID: 264688-12<br>WESTLAND SHOPPING CENTER LP<br>% STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0787 |
| CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0787 | CREDITOR ID: 264689-12<br>WESTMINISTER ACADEMY<br>5003 LAWSON AVE<br>GULFPORT, MS 39507 | CREDITOR ID: 377729-44<br>WESTMINSTER PUBLIC WORKS COMMISSION<br>ATTN DAVID SMITH, UTILITY DIRECTOR<br>PO BOX 619<br>WESTMINSTER, SC 29693 |
| CREDITOR ID: 264690-12<br>WESTMINISTER PUBLIC WORKS COMMISSION<br>ATTN DAVID SMITH, UTILITY DIRECTOR<br>PO BOX 619<br>WESTMINSTER, SC 29693-0619 | CREDITOR ID: 2006-07<br>WESTON ROAD SHOPPING CENTER<br>470 BILTMORE WAY<br>CORAL GABLES, FL 33134 | CREDITOR ID: 264691-12<br>WESTON ROAD SHOPPING CENTER LLC<br>470 BILTMORE WAY<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 2677-07<br>WESTON ROAD SHOPPING CENTER, LLC<br>C/O GAME PROPERTIES<br>470 BILTMORE WAY STE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 382216-51<br>WESTON, CHARLIE<br>5705 CHAUCER CIRCLE<br>SUWANEE, GA 30024 | CREDITOR ID: 264692-12<br>WESTPORT RECOVERY CORPORATION<br>C/O FRIEDMAN & GREENBERG P.A.<br>9675 WEST BROWARD BLVD<br>PLANTATION, FL 33324 |
| CREDITOR ID: 264693-12<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE, SC 29602-2567 | CREDITOR ID: 264694-12<br>WESTSIDE ELEMENTARY<br>912 DELHOMME ST<br>SCOTT, LA 70583 | CREDITOR ID: 264695-12<br>WESTSIDE FENCE COMPANY INC<br>PO BOX 1786<br>GRETNA LA 70054-1786 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264696-12<br>WESTSIDE FOODS INC<br>PO BOX 740456<br>HUNTS POINT STATION<br>BRONX, NY 10474-9998 | CREDITOR ID: 264697-12<br>WESTSIDE JUNIOR HIGH<br>12615 BURGESS AVE<br>WALKER, LA 70785 | CREDITOR ID: 269159-31<br>WESTSTAR PROPERTIES LLC<br>ATTN: GUERRY W GARRETT<br>4705 HAMILTON MILL RD<br>BUFORD GA 30518-8823 |
| CREDITOR ID: 397677-72<br>WEST-TEK INC.<br>15 NOBLE STREET<br>SMITHFIELD, NC 27577 | CREDITOR ID: 264698-12<br>WESTWEGO ELEMENTARY<br>537 AVENUE D<br>WESTWEGO, LA 70094 | CREDITOR ID: 264699-12<br>WESTWOOD INTERNATIONAL LLC<br>15500 ERWIN STREET, SUITE 4007<br>VAN NUYS, CA 91411 |
| CREDITOR ID: 264700-12<br>WESTWOOD SHOPPING CENTER<br>C/O MARRERO LAND<br>5201 WESTBANK EXPRESSWAY<br>MARRERO, LA 70072 | CREDITOR ID: 405834-95<br>WESTWOOD SHOPPING CENTER<br>MARRERO LAND & IMPROVEMENT<br>WESTWOOD SHOPPING CENTER<br>5201 WESTBANK EXPRESSWAY<br>MARRERO LA 70072 | CREDITOR ID: 264701-12<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>PO BOX 1248<br>JACKSON, MS 39215-1248 |
| CREDITOR ID: 269160-31<br>WETLAND & ENVIRONMENTAL SVCS<br>ATTN: LEO C SNEAD JR<br>3423 LOCHINVAR DR<br>RICHMOND VA 23235-1873 | CREDITOR ID: 264702-12<br>WETMANS PRODUCTS LLC<br>8211 OLD KINGS ROAD<br>JACKSONVILLE, FL 32219 | CREDITOR ID: 264703-12<br>WETUMPKA HERALD<br>PO BOX 99<br>WETUMPKA AL 36092 |
| CREDITOR ID: 264704-12<br>WETUMPKA INTERMEDIATE SCHOOL<br>1000 MICANOPY ST<br>WETUMPKA AL 36092 | CREDITOR ID: 407362-MS<br>WETZEL, JACK T<br>6115 YUCCA DR<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 264705-12<br>WEYERHAEUSER<br>PO BOX 60179<br>CHARLOTTE, NC 28260 |
| CREDITOR ID: 264706-12<br>WEYERHAEUSER CO<br>BOX 75146<br>CHARLOTTE NC 28275-5146 | CREDITOR ID: 382215-51<br>WEYERHAEUSER CO.<br>8900 BUFFALO SPRINGS DRIVE<br>MIDLOTHIAN, VA 23112 | CREDITOR ID: 264707-12<br>WEYERHAEUSER COMPANY<br>PO BOX 75146<br>CHARLOTTE, NC 28275-5146 |
| CREDITOR ID: 405835-95<br>WEYERHAEUSER COMPANY<br>PO BOX 406341<br>ATLANTA GA 30384-6341 | CREDITOR ID: 264285-12<br>WF YOUNG INC<br>ATTN CYNTHIA HAMLIN, ACCT MGR<br>PO BOX 1990<br>EAST LONGMEADOW MA 01028-1990 | CREDITOR ID: 264286-12<br>WH ALDERMAN PLUMBING & HEATINGCOINC<br>ATTN BILLEONA ALDERMAN<br>1805 E GARY ROAD<br>LAKELAND, FL 33801 |
| CREDITOR ID: 395761-65<br>WH REYNOLDS<br>4824 N RENELLIE DRIVE<br>TAMPA, FL 33614-6496 | CREDITOR ID: 264708-12<br>WHALEY ASPHALT INC<br>2714 STATE PARK RD<br>GREENVILLE SC 29609 | CREDITOR ID: 264709-12<br>WHALEY FOOD SERVICE REPAIRS<br>ATTN CYNTHIA LONG, A/R<br>PO BOX 615<br>LEXINGTON, SC 29071 |
| CREDITOR ID: 405836-95<br>WHALEY FOOD SERVICE REPAIRS<br>PO BOX 4023<br>WEST COLUMBIA SC 29171-4023 | CREDITOR ID: 388045-54<br>WHALEY, ROBERT<br>7901 INDIAN SPRINGS ROAD<br>RICHMOND, VA 23237 | CREDITOR ID: 264710-12<br>WHARTON ASSOCIATES<br>506 DEVONSHIRE LANE<br>SEVERNA PARK MD 21146 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248903-12<br>WHARTON, ELIZABETH<br>102 LEJAY CIRCLE<br>DAPHNE, AL 36526 | CREDITOR ID: 264711-12<br>WHATCOM GROWERS<br>752 LOOMIS TRAIL ROAD<br>LYNDEN WA 98264 | CREDITOR ID: 397846-76<br>WHATLEY, RICHARD<br>3900 MOURNING DOVE DR.<br>MATTHEWS, NC 28104 |
| CREDITOR ID: 403991-94<br>WHATLEY, WILLIAM E<br>2460 GLENSIDE DRIVE<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 387791-54<br>WHEAT, VONCILE<br>1335 BOUIE RD<br>CARRIERE MS 39426 | CREDITOR ID: 385572-54<br>WHEATON, JAMES E<br>2340 SPRING LANDING BLVD<br>LONGWOOD, FL 32750 |
| CREDITOR ID: 390867-55<br>WHEATON, JAMES E<br>C/O PHARES M HEINDL, PA<br>ATTN PHARES M HEINDL, ESQ<br>222 S WESTMONTE DRIVE, SUITE 208<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 389260-54<br>WHEELEN, GLORIA<br>1104 ANN STREET<br>NEWPORT KY 41071 | CREDITOR ID: 393095-55<br>WHEELEN, GLORIA<br>C/O: BERNARD BLAU<br>ATTORNEY AT LAW<br>3699 ALEXANDRIA PIKE<br>COLD SPRING KY 41076 |
| CREDITOR ID: 386133-54<br>WHEELER, BARBARA<br>1203 SOUTH LAKESEND DRIVE<br>#B1<br>FORT PIERCE, FL 34982 | CREDITOR ID: 391311-55<br>WHEELER, BARBARA<br>C/O LAW OFFICE OF LAURI J GOLDSTEIN<br>ATTN LAURI J GOLDSTEIN ESQ<br>160 NW CENTRAL PARK PLAZA #101<br>SAINT LUCIE WEST FL 34986-1825 | CREDITOR ID: 246313-12<br>WHEELER, CLARENCE<br>75 CORKWOOD BLVD<br>HOMOSASSA FL 34446 |
| CREDITOR ID: 406282-15<br>WHEELER, JUDITH<br>2677 PARADISE ALLEY RD<br>FELTON DE 19943 | CREDITOR ID: 406282-15<br>WHEELER, JUDITH<br>C/O ESQUIRE LEGAL GROUP, PA<br>ATTN GREGORY C MAASWINKEL, ESQ<br>1920 EAST ROBINSON STREET<br>ORLANDO FL 32803 | CREDITOR ID: 386403-54<br>WHEELER, KAREN<br>418 WRIGHT BLVD<br>GRAND PRAIRIE TX 75050 |
| CREDITOR ID: 262507-12<br>WHEELER, TANYA JO<br>569 JUDD FORK ROAD<br>BEATTYVILLE, KY 41311 | CREDITOR ID: 256791-12<br>WHEELOCK, MURIAH<br>2508 OAKWOOD AVENUE NE<br>HUNTSVILLE, AL 35811 | CREDITOR ID: 264712-12<br>WHINK PRODUCTS COMPANY<br>ATTN CLARK LAWLER, CFO<br>PO BOX 467<br>ELDORA, IA 50627-0467 |
| CREDITOR ID: 392816-55<br>WHIPPLE, VICKY LYNN<br>C/O: PHILIP J. GEIB, PC<br>PHILIP J. GEIB, PC<br>612 NEVAN ROAD, STE. 100<br>VIRGINIA BCH VA 23451 | CREDITOR ID: 388895-54<br>WHIPPLE, VICKY LYNN<br>2508 ESPLANADE DR<br>VIRGINIA BEACH, VA 23456 | CREDITOR ID: 264713-12<br>WHIRLPOOL CORP<br>ATTN LEISHA HENRY<br>412 N PETERS ROAD<br>KNOXVILLE TN 37922 |
| CREDITOR ID: 405837-95<br>WHIRLPOOL CORP<br>150 HILLTOP ROAD<br>ATTN DOUG CLORE<br>ST JOSEPH MI 49085 | CREDITOR ID: 388666-54<br>WHISONANT, WILLIAM<br>2160 CULP FARMS DRIVE<br>FORT MILL SC 29715 | CREDITOR ID: 264714-12<br>WHISPERING FOREST ELEMENTARY PTA<br>300 SPIEHLER RD<br>SLIDELL, LA 70458 |
| CREDITOR ID: 407499-15<br>WHITAKER, JIMMIE LEE & COHEN & JUDA<br>C/O COHEN & JUDA PA<br>ATTN GARY H JUDA, ESQ<br>8211 WEST BROWARD BLVD, SUITE 310<br>PLANTATION FL 33324 | CREDITOR ID: 388893-54<br>WHITAKER, RAYMOND<br>644 COTTONWOOD DRIVE<br>LEXINGTON, KY 40475 | CREDITOR ID: 392814-55<br>WHITAKER, RAYMOND<br>C/O: ANGELA PERGREM OWENS, ESQ.<br>GARY C. JOHNSON, P.S.C.<br>1999 RICHMAND ROAD, SUITE4<br>LEXINGTON KY 40588-0009 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385461-54<br>WHITBECK, ELIZABETH<br>1815 SW 17TH STREET<br>BOYNTON BEACH, FL 33426 | CREDITOR ID: 385461-54<br>WHITBECK, ELIZABETH<br>C/O DELL & SCHAEFER, PA<br>ATTN MALCOLM A PUROW, ESQ<br>2404 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 390763-55<br>WHITBECK, ELIZABETH<br>C/O: GLEN B. LEVINE, ESQ.<br>DELL & SCHAEFER, P.A.<br>2404 HOLLYWOOD BLVD.<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 269161-31<br>WHITE & SONS DEVELOPMENT<br>ATTN: ROB WHITE<br>3201 NORTHSIDE PKWY NW<br>ATLANTA GA 30327-2244 | CREDITOR ID: 264715-12<br>WHITE CASTLE DIST INC<br>PO BOX 710741<br>COLUMBUS, OH 43271-0741 | CREDITOR ID: 405838-95<br>WHITE CASTLE DIST INC<br>MARKETING SPECIALISTS<br>5908 BRECKENRIDGE PKWY<br>TAMPA FL 33610 |
| CREDITOR ID: 269162-14<br>WHITE COUNTY OF INC<br>ATTN: KEITH RYDER<br>WHITE CNTY CRT HSE RM 204<br>SPARTA TN 38583 | CREDITOR ID: 264716-12<br>WHITE DOVE FELLOWSHIP<br>3600 MANHATTEN BLVD<br>HARVEY, LA 70058 | CREDITOR ID: 264717-12<br>WHITE ELECTRICAL<br>1876 EVERLEE ROAD<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 264718-12<br>WHITE ELECTRICAL CONSTRUCTION<br>PO BOX 101084<br>ATLANTA, GA 30392-1084 | CREDITOR ID: 264719-12<br>WHITE HARBOUR PLUMBING INC<br>23306 WHITE HARBOUR ROAD<br>SENECA, SC 29672 | CREDITOR ID: 264720-12<br>WHITE LANDSCAPE SPECIALISTS INC<br>5614 RIDGE AVE<br>CINCINNATI OH 45213 |
| CREDITOR ID: 264721-12<br>WHITE OAK MIDDLE SCHOOL<br>3130 JESSUP ROAD<br>CINCINNATI OH 45239 | CREDITOR ID: 269163-31<br>WHITE OAK PLACE LLC<br>ATTN: BILL EFFERSON<br>17459 GEORGE ONEAL RD<br>BATON ROUGE LA 70817-1718 | CREDITOR ID: 264722-12<br>WHITE PACKING CO INC<br>PO BOX 7067<br>FREDERICKSBURG, VA 22404 |
| CREDITOR ID: 405839-95<br>WHITE PACKING CO INC<br>BOX 85503<br>RICHMOND VA 23285-5503 | CREDITOR ID: 264723-12<br>WHITE RAIN<br>135 SOUTH LASALLE<br>DEPT 1934<br>CHICAGO, IL 60674-1934 | CREDITOR ID: 405840-95<br>WHITE RAIN<br>PO BOX 932376<br>ATLANTA GA 31193-2376 |
| CREDITOR ID: 264724-12<br>WHITE TIRE<br>ATTN DAN MADDY, CREDIT MGR<br>PO BOX 37926<br>CHARLOTTE, NC 28237-7926 | CREDITOR ID: 405841-95<br>WHITE WAVE INC<br>P O BOX 2327<br>ENGLEWOOD CO 80150-2327 | CREDITOR ID: 406280-15<br>WHITE WAVE, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 264725-12<br>WHITE WAVE, INC<br>DEPT # 1458<br>DENVER, CO 80291 | CREDITOR ID: 279299-35<br>WHITE WAVE, INC<br>ATTN: JOHN ROGERS<br>1990 N 57TH COURT<br>BOULDER CO 80301 | CREDITOR ID: 264726-12<br>WHITE WILSON MEDICAL CENTER<br>ATTN LUCY<br>1005 MAR WALT DR<br>FT WALTON BEACH FL 32547 |
| CREDITOR ID: 386209-54<br>WHITE, BETSY<br>PO BOX 535<br>WOODSBORO MD 21798 | CREDITOR ID: 391353-55<br>WHITE, BETSY<br>C/O ALPAZAR & GRAY<br>ATTN GRAY M CAMFIELD, ESQ<br>RIVIERA PROFESSIONAL CENTER<br>4951 BABCOCK STREET NE, SUITE 4<br>PALM BAY FL 32905 | CREDITOR ID: 399599-82<br>WHITE, BRENDA<br>3330 ATLANTA ROAD,  APARTMENT 1-12<br>SMYRNA  GA 30080 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245073-12<br>WHITE, CHARLES<br>5145 LESCOT LANE<br>ORLANDO FL 32811 | CREDITOR ID: 389517-54<br>WHITE, DAVID A<br>3523 MARLER AVENUE<br>MIAMI, FL 33133 | CREDITOR ID: 389517-54<br>WHITE, DAVID A<br>3520 MARLER AVENUE<br>MIAMI, FL 33133 |
| CREDITOR ID: 387161-54<br>WHITE, DOREEN<br>1832 PAINTER STREET<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 391747-55<br>WHITE, DOREEN<br>C/O FRANK LARRE, ESQ.<br>LARRE & LARRE<br>3017 20TH ST., STE. A<br>METAIRE LA 70002 | CREDITOR ID: 385291-54<br>WHITE, GRACE<br>1101 VOLUNTEER DRIVE, APT 212<br>PARIS  TN 38242-5432 |
| CREDITOR ID: 390599-55<br>WHITE, GRACE<br>C/O COOPER & COOPER<br>ATTN JAMES R COOPER JR, ESQ<br>312 SCOTT STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 390124-54<br>WHITE, HOWARD<br>PO BOX 56013<br>JACKSONVILLE FL 32241-6013 | CREDITOR ID: 393579-55<br>WHITE, HOWARD<br>C/O MELISSA ANDRADE, ATTY.<br>BLANCHARD, MERRIAM, ADEL & KIRKLAND, PA<br>PO BOX 1869<br>OCALA FL 34478-1869 |
| CREDITOR ID: 407363-MS<br>WHITE, JACK K.<br>210 BRANDON AVE.<br>GREER SC 29651 | CREDITOR ID: 407364-MS<br>WHITE, JAMES<br>5 MOSELY POINT<br>CHAPLIN SC 29036 | CREDITOR ID: 375414-44<br>WHITE, JANE<br>JAX DIV STORE# 186<br>92 CENTERLINE RD<br>CRAWFORDVILLE, FL 32327 |
| CREDITOR ID: 407365-MS<br>WHITE, JOE T.<br>132 LAKE RIDGE DR<br>LAPLACE LA 70068 | CREDITOR ID: 382199-51<br>WHITE, LARRY<br>7990 BAYMEADOWS RD E, APT 928<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 388480-54<br>WHITE, LINDA<br>4663 CAMELIE STREET<br>NEW ORLEANS, LA 70126 |
| CREDITOR ID: 392568-55<br>WHITE, LINDA<br>C/O KENNETH W ANDRIEU & ASSOCS, LLC<br>ATTN KENNETH W ANDRIEU, ESQ<br>3416 CANAL STREET, SUITE B<br>NEW ORLEANS LA 70119 | CREDITOR ID: 255722-12<br>WHITE, MARY<br>2801 OLD COLUMBUS ROAD<br>OPELIKA, AL 36804 | CREDITOR ID: 255723-12<br>WHITE, MARY DBA COASTAL NEWS SVCE<br>PO BOX 24386<br>ST SIMONS ISLAND, GA 31522 |
| CREDITOR ID: 386838-54<br>WHITE, MATTHEW<br>608 LIA HILLS DRIVE<br>NORCROSS GA 30071 | CREDITOR ID: 391692-55<br>WHITE, MATTHEW<br>C/O: JONATHAN M. ROLNICK<br>JONATHAN M. ROLNICK ATTY AT LAW<br>2300 HARRIS TOWER - PEACHTREE<br>233 PEACHTREE STREET NE<br>ATLANTA GA 30303 | CREDITOR ID: 389904-54<br>WHITE, NICOLE<br>10501 WEST BROWARD BLVD, #108<br>PLANTATION, FL 33324 |
| CREDITOR ID: 393442-55<br>WHITE, NICOLE<br>C/O: LAURA B. ZEBERSKY, ESQ<br>ZEBERSKY & ASSOCIATES, P.A.<br>1776 N PINE ISLAND ROAD<br>SUITE 308<br>PLANTATION FL 33322 | CREDITOR ID: 258147-12<br>WHITE, PATRICK<br>1321 SEMINOLE DRIVE # 5<br>JOHNSON CITY, TN 37604 | CREDITOR ID: 259842-12<br>WHITE, ROBIN<br>822 MOORES MILL DRIVE<br>AUBURN, AL 36830 |
| CREDITOR ID: 406035-15<br>WHITE, ROY B<br>1274 WAGGLE WAY<br>NAPLES FL 34108 | CREDITOR ID: 391951-55<br>WHITE, RUBY L<br>C/O: MILLARD D COLLINS ESQ.<br>CADE, COLLINS & GOBERT, LLC<br>2139 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS LA 70117 | CREDITOR ID: 387387-54<br>WHITE, RUBY L<br>2541 AGRICULTURE ST<br>NEW ORLEANS, LA 70122 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 388177-54
WHITE, SHIRLEY
112 MANCHESTER ST
JACKSON MS 39209

CREDITOR ID: 407366-MS
WHITE, SIDNEY K.
5083 LAMBETH COURT
ACWORTH GA 30101

CREDITOR ID: 393589-55
WHITE, TERI J
C/O: J. DONOVAN WHIBBS
WHIBBS & WHIBBS, P.A.
105 E. GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 390135-54
WHITE, TERI J
4123 SIXTH AVE
PACE, FL 32571

CREDITOR ID: 388106-54
WHITE, THELMA
5933 SUGAR MAPLE COURT
COLLEGE PARK, GA 30349

CREDITOR ID: 392360-55
WHITE, THELMA
C/O LAW OFFICES OF SHERYL L BURKE
ATTN COURTNEY MARTIN, ESQ
3340 PEACHTREE RD NE, SUITE 1800
ATLANTA GA 30326

CREDITOR ID: 262937-12
WHITE, THERESA
208 LOVERS LANE
ELIZABETHTON, TN 37643

CREDITOR ID: 389949-54
WHITE, VANESSA
4410 MCCLELLAN ROAD
PENSACOLA, FL 32503

CREDITOR ID: 393479-55
WHITE, VANESSA
C/O: THOMAS WHEELER, ESQ.
STEPHEN T HOLMAN PA
PO BOX 13324
PENSACOLA FL 32591-3324

CREDITOR ID: 389005-54
WHITE, VERA ELIZABETH
P. O. BOX 556
PLAINS, GA 31780

CREDITOR ID: 388423-54
WHITE, WANDA
420 COMMERCE ST
GRETNA, LA 70056

CREDITOR ID: 392520-55
WHITE, WANDA
C/O RICHARD J GARRETT LAW OFFICES
ATTN RICHARD J GARRETT, ESQ
3729 ULLOA STREET
NEW ORLEANS LA 70119

CREDITOR ID: 264727-12
WHITEHEAD MANN INC
280 PARK AVENUE
EAST TOWER 25TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 245081-12
WHITEHEAD, CHARLIE J
4117 MONTCLAIR DRIVE
COLUMBUS, GA 31907

CREDITOR ID: 390086-54
WHITEHEAD, MARY
517 W COOK ST
BEDFORD, VA 24523

CREDITOR ID: 393542-55
WHITEHEAD, MARY
C/O: WILLIAM G. WENTZ, ESQ.
COUNSEL FOR PLAINTIFF
30 W BRUCE ST
HARRISONBURG VA 22801-3601

CREDITOR ID: 389396-54
WHITEHORN, CAROL
135 C ATLANTIC GARDEN CIRCLE
ATLANTIC BEACH FL 32233

CREDITOR ID: 390407-54
WHITEHORN, CAROL L
135 ATLANTIC GARDEN CIRCLE
APT C
JACKSONVILLE BEACH FL 32227

CREDITOR ID: 391656-55
WHITEHORN, CAROL L
C/O LAW OFFICE OF DAVID B SACKS, PA
ATTN DAVID B SACKS, ESQ
1824 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 403445-93
WHITEHOUSE, LOVELLA
C/O SANDRA FOX
MORGAN & MORGAN
20 N ORANGE AVENUE, 16TH FLOOR
ORLANDO FL 32802

CREDITOR ID: 387955-54
WHITEHOUSE, LOVELLA
1874 GAUDREY ST
GLENWOOD, FL 32722

CREDITOR ID: 392238-55
WHITEHOUSE, LOVELLA
C/O: CLEMENT L. HYLAND
MORGAN COLLING & GILBER
20 N. ORANGE AVE., 16TH FL.
ORLANDO FL 32802-4979

CREDITOR ID: 399412-99
WHITEMAN BANKES & CHEBOT LLP
ATTN: JEFFREY M CHEBOT, ESQ
STE 1300 - CONSTITUTION PLACE
325 CHESNUT STREET
PHILADELPHIA PA 19106

CREDITOR ID: 407367-MS
WHITENER, DANNY
4617B PINEHURST DR. S
AUSTIN TX 78747

CREDITOR ID: 264728-12
WHITEROCK & ASSOCIATES INC
PO BOX 99
DOTHAN AL 36302

CREDITOR ID: 264729-12
WHITES BOTTLING CO INC
PO BOX 132
BEAUFORT SC 29902

CREDITOR ID: 264730-12
WHITES HEATING AND SHEET METAL
WORKS INC
PO BOX 1085
126 S SMITHWICK STREET
WILLIAMSTON NC 27892

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264731-12<br>WHITES IDEALEASE<br>PO BOX 3817<br>WILSON NC 27895 | CREDITOR ID: 407368-MS<br>WHITESELL, BARRY<br>5708 CAMDEN DR.<br>WEDDINGTON NC 28104 | CREDITOR ID: 385971-54<br>WHITESIDE, GUSSIE M<br>801 NW 3TD STREET, APT #10<br>FORT LAUDERDALE, FL 33311 |
| CREDITOR ID: 391197-55<br>WHITESIDE, GUSSIE M<br>C/O: WAYNE S KRAMER, ESQ<br>MIDLER AND KRAMER PA<br>120 E OAKLAND PARK BLVD.<br>STE 263<br>FT LAUDERDALE FL 33334 | CREDITOR ID: 269164-31<br>WHITEVILLE WATER TREATMENT<br>ATTN: JAMES BELLAR<br>129 WOODLAND AVE<br>WHITEVILLE TN 38075-4833 | CREDITOR ID: 264732-12<br>WHITFIELD CO BOARD OF COMMISSIONERS<br>PO BOX 248<br>DALTON, GA 30722-0248 |
| CREDITOR ID: 264733-12<br>WHITFIELD COUNTY TAX COMMISSIONER<br>300 WEST CRAWFORD STREET<br>PROPERTY TAX<br>DALTON GA 30720-4205 | CREDITOR ID: 264734-12<br>WHITFIELD FOODS<br>PO BOX 2391<br>BIRMINGHAM, AL 35201 | CREDITOR ID: 405842-95<br>WHITFIELD FOODS<br>PO BOX 35201<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 381496-47<br>WHITFIELD MEDICAL PA<br>1714 CLEVELAND RD<br>DALTON, GA 30720 | CREDITOR ID: 387971-54<br>WHITFIELD, PATSY<br>5758 GEORGIA HIGHWAY 85<br>APT 16 E<br>RIVERDALE, GA 30274 | CREDITOR ID: 392252-55<br>WHITFIELD, PATSY<br>C/O: MICHAEL ROSENBLOUM<br>ZEVIN & ROSENBLOUM, P.C.<br>230 PEACHTREE ST. N.W.<br>SUITE 2275<br>ATLANTA GA 30303 |
| CREDITOR ID: 390196-54<br>WHITFIELD, ROSITA<br>311 PENNSYLVANIA AVENUE<br>FORT LAUDERDALE, FL 33312 | CREDITOR ID: 393637-55<br>WHITFIELD, ROSITA<br>C/O LAW OFFICES OF DAVID BENENFELD<br>ATTN DAVID M BENENFLD, ESQ<br>5950 WEST OAKLAND PARK BLVD<br>SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 407369-MS<br>WHITFORD, DENNIS<br>16 BELFREY DR.<br>GREER SC 29650 |
| CREDITOR ID: 386465-54<br>WHITHEAD, JUDITH<br>7121 NW 22ND COURT<br>MIAMI FL 33147 | CREDITOR ID: 391516-55<br>WHITHEAD, JUDITH<br>C/O: SUZANNE GOROWITZ<br>SADOW & GOROWITZ, P.A.<br>80 SOUTHWEST 8TH. STREET<br>SUITE 1910<br>MIAMI FL 33130 | CREDITOR ID: 407370-MS<br>WHITLEY, CHARLES W.<br>102 ST. JOHNS AVE<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 381590-47<br>WHITLEY, CHERYL<br>180 BUCKLES CEMETERY ROAD<br>ELIZABETHON, TN 37643 | CREDITOR ID: 245200-12<br>WHITLEY, CHERYL Y<br>3055 ASPIN COURT<br>HARVEY, LA 70058 | CREDITOR ID: 389467-54<br>WHITLOCK, KENNETH<br>1438 DETROIT STREET<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 389035-54<br>WHITMAN, EMILY<br>320 MARK STREET<br>DENHAM SPRINGS, LA 70726 | CREDITOR ID: 392933-55<br>WHITMAN, EMILY<br>C/O: MARTIN S. BOHMAN, ESQ.<br>MCKEITHEN, MCKEITHEN & BOHMAN<br>10771 PERKINS ROAD<br>FIRST FLOOR<br>BATON ROUGE LA 70810 | CREDITOR ID: 269166-31<br>WHITMIRE FILTRATION PLANT<br>ATTN: CYNTHIA SINCLAIR<br>30S UNION ST<br>WHITMIRE SC 29178-1338 |
| CREDITOR ID: 397819-75<br>WHITMORE PLUMBING<br>1812 BOUNDARY STREET<br>BEAUFORT, SC 29902 | CREDITOR ID: 264735-12<br>WHITNEY HOSEY<br>3330 GLADE CREEK BLVD, APT 3<br>ROANOKE RAPIDS VA 24012 | CREDITOR ID: 243952-12<br>WHITSON, BRIAN C<br>614 W IRISH STREET, APT 2<br>GREENEVILLE TN 37743 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385490-54<br>WHITTAKER, ELEANOR<br>518 ELDRON AVE.<br>DELTONA, FL 32738 | CREDITOR ID: 390790-55<br>WHITTAKER, ELEANOR<br>C/O: FREDERICK S. JAEGER, JR. P.A.<br>FREDERICK S. JAEGER, JR.<br>1326 SOUTH RIDGEWOOD AVE<br>SUITE 1<br>DAYTONA BCH FL 32114 | CREDITOR ID: 388249-54<br>WHITTAKER, TAU<br>12670 SW 191 ST<br>MIAMI FL 33177 |
| CREDITOR ID: 389739-54<br>WHITTED, MICHAEL<br>P.O. BOX 2752<br>LUMBERTON NC 28359 | CREDITOR ID: 393360-55<br>WHITTED, MICHAEL<br>C/O: JAMES  W. MUSSELWHITE<br>MUSSELWHITE MUSSELWHITE MUSSELWHITE & BR<br>P O BOX 1448<br>LUMBERTON NC 28359-1448 | CREDITOR ID: 386289-54<br>WHITTENHALL, MARY<br>14891 SE US 19<br>INGLIS FL 34449 |
| CREDITOR ID: 391402-55<br>WHITTENHALL, MARY<br>C/O: ALFRED L. DEUTSCHMAN, ESQUIRE<br>ALFRED L. DEUTSCHMAN, P.A.<br>217 N. APOPKA AVENUE<br>INVERNESS FL 34450 | CREDITOR ID: 389901-54<br>WHITTINGTON, BELINDA<br>149 1ST STREET<br>OAK HILL, FL 32232 | CREDITOR ID: 393439-55<br>WHITTINGTON, BELINDA<br>C/O: JAMES W. LEDFORD<br>JAMES W. LEDFORD<br>787 SOUTH YONGE STREET<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 385720-54<br>WHITTINGTON, JOSEPH<br>4556 INDEPENDENCE AVE<br>PENSACOLA, FL 32506 | CREDITOR ID: 385720-54<br>WHITTINGTON, JOSEPH<br>C/O LAW OFFICE OF NEIBRA COLLINS<br>ATTN NEIBRA W COLLINS ESQ<br>210 EAST GOVERNMENT STREET, SUITE A<br>PENSACOLA FL 32502 | CREDITOR ID: 387045-54<br>WHITTINGTON, KEITH<br>1101 2ND AVE N<br>APT. 807<br>SURFSIDE BEACH SC 29575 |
| CREDITOR ID: 259960-12<br>WHITTINGTON, RONALD<br>7060 LAKESIDE POINT DRIVE<br>BELMONT, NC 28012 | CREDITOR ID: 403993-94<br>WHITWORTH, DARRELL H<br>1725 ROYAL FERN LANE<br>ORANGE PARK FL 32003 | CREDITOR ID: 264736-12<br>WHOLESALE BOILER PARTS &<br>SUPPLY INC<br>6215 BENEFIT DRIVE<br>BATON ROUGE, LA 70809 |
| CREDITOR ID: 264737-12<br>WHOLESALE CUBICLES INC<br>1901 HUSSION STREET<br>HOUSTON, TX 77003 | CREDITOR ID: 264738-12<br>WHOLESALE EXCHANGE<br>320 SOUTH FLAMINGO ROAD<br>#178<br>PEMBROKE PINES FL 33027-1770 | CREDITOR ID: 264739-12<br>WHOLESALE FURNANCE & SUPPLY<br>921 BARRET AVE<br>LOUISVILLE KY 40204 |
| CREDITOR ID: 264740-12<br>WHOLESALE TIRE & WHEEL COMPANY<br>125 WEST CLINTON STREET<br>GARY, GA 31032 | CREDITOR ID: 391162-55<br>WHORLEY, KAMONA<br>C/O TROY & SCHWARTZ LLC<br>ATTN JONATHAN D SCHWARTZ ESQ<br>7103 SW 102 AVENUE SUITE B<br>MIAMI FL 33173 | CREDITOR ID: 394277-56<br>WHORLEY, KENNETH<br>315 NW 131ST STREET<br>APT 52<br>OPA-LOCKA FL 33054 |
| CREDITOR ID: 385927-54<br>WHORLEY, RAMONA<br>3150 NW 131 ST. APT 52<br>OPA LOCKA, FL 33065 | CREDITOR ID: 382900-51<br>WHP HEALTH INITIATIVES, INC.<br>2275 HALF DAY ROAD, SUITE 250<br>BANNOCKBURN, IL 60015 | CREDITOR ID: 264741-12<br>WI SCTF<br>BOX  74400<br>MILWAUKEE, WI 53274-0400 |
| CREDITOR ID: 264742-12<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE, AL 36607 | CREDITOR ID: 2009-07<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE, AL 36607 | CREDITOR ID: 407704-15<br>WIAB PROPERTIES, LLC<br>C/O MAYNARD COOPER & GALE PC<br>ATTN MATTHEW W GRILL ESQ<br>1901 SIXTH AVENUE NORTH, SUITE 2400<br>BIRMINGHAM AL 35203 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407555-15<br>WICHY, EBLIS<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS ESQ<br>4700 MILLENIA BLVD SUITE 1500<br>ORLANDO FL 32839 | CREDITOR ID: 407371-MS<br>WICKBOLDT, CHRIS A<br>650 RIDGESTONE CT<br>ORANGE PARK FL 32065 | CREDITOR ID: 381344-47<br>WICKER TRUCK REPAIR INC<br>551 BRISTOL LANE<br>NOKOMIS, FL 34275 |
| CREDITOR ID: 394039-61<br>WICKER, SMITH, O'HARA, MCCOY,<br>GRAHAM & FORD, PA<br>2900 S.W. 28TH TERRACE, 5TH FLOOR<br>MIAMI, FL 33133 | CREDITOR ID: 258131-12<br>WICKLINE, PATRICIA<br>1173 HYACINTH PLACE<br>APT D<br>WELLINGTON, FL 33414 | CREDITOR ID: 381831-48<br>WICKWIRE GAVIN PC<br>ATTN STANLEY M SALUS, ESQ<br>CHRISTOPHER L ROGAN, ESQ<br>8100 BOONE BOULEVARD, STE 700<br>VIENNA VA 22182-7732 |
| CREDITOR ID: 264744-12<br>WIDE-LITE<br>PO BOX 676654<br>DALLAS TX 75267-6654 | CREDITOR ID: 400217-86<br>WIDERSCHEIN, LOTTE<br>4020 BLOSSOMWOOD RD.<br>LOUISVILLE  KY 40220 | CREDITOR ID: 252675-12<br>WIDNER, JAMES M<br>4469 WHITMELL SCHOOL ROAD<br>ID# 78026<br>DRY FORK, VA 24549 |
| CREDITOR ID: 278605-24<br>WIEDEMANN SQUARE LLC<br>ATTN: DWIGHT W. BROEMAN<br>VICTORIA SQUARE APARTMENTS<br>FIFTH & CENTRAL STREETS<br>NEWPORT KY 41071 | CREDITOR ID: 2680-RJ<br>WIEDEMANN SQUARE LTD<br>5710 WOOSTER PIKE<br>SUITE 205<br>CINCINNATI, OH 45227 | CREDITOR ID: 278606-24<br>WIEDEMANN SQUARE LTD<br>SUITE 205<br>5710 WOOSTER PIKE<br>CINCINNATI OH 45227 |
| CREDITOR ID: 316149-41<br>WIEDEMANN SQUARE LLC<br>5710 WOOSTER PIKE, SUITE 205<br>CINCINNATI, OH 45227 | CREDITOR ID: 2681-RJ<br>WIEDEMANN SQUARE, LLC<br>ATTN: BURGESS L. DOAN<br>5710 WOOSTER PIKE, SUITE 212<br>CINCINNATI OH 45227 | CREDITOR ID: 264746-12<br>WIEDEMANN SQUARE LLC<br>PO BOX 1710<br>NEWPORT, KY 41071 |
| CREDITOR ID: 2011-RJ<br>WIEDMANN SQUARE LLC<br>PO BOX 1710<br>NEWPORT, KY 41071 | CREDITOR ID: 407649-93<br>WIEKES ASSET MANAGEMENT<br>COLLINS & AIKMAN<br>PO BOX 580<br>ALBEMARLE NC 28001 | CREDITOR ID: 407372-MS<br>WIEST, JAMES E.<br>8701 GLEN POINT RD.<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 387169-54<br>WIETCHY, EILEEN<br>202  SE ROAD TERRACE<br>DANIA, FL 33004 | CREDITOR ID: 391755-55<br>WIETCHY, EILEEN<br>C/O: JEFFREY SHAPIRO<br>LAW OFFICES OF SHAPIRO AND ASSOCIATES<br>7805 SW 6TH CT<br>PLANTATION FL 33324 | CREDITOR ID: 264747-12<br>WIGGINS CHILDS QUINN & PANTAZIS<br>THE KRESS BUILDING<br>301 19TH STREET NORTH<br>BIRMINGHAM, AL 35203 |
| CREDITOR ID: 386118-54<br>WIGGINS, DEBORAH<br>1770 NW 46TH STREET<br>MIAMI, FL 33142 | CREDITOR ID: 407687-15<br>WIGGINS, DEBORAH<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN RONALD M SIMON, ESQ<br>1001 BRICKELL BAY DRIVE STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 386118-54<br>WIGGINS, DEBORAH<br>ATTN: RON SIMON<br>1001 BRICKELL BAY DR<br>SUITE 1200<br>MIAMI, FL 33131 |
| CREDITOR ID: 390173-54<br>WIGGINS, DONNA<br>PO BOX 979<br>LUTCHER, LA 70071 | CREDITOR ID: 393617-55<br>WIGGINS, DONNA<br>C/O ROBERT R FAUCHEUX JR LAW OFFICE<br>ATTN ROBERT R FAUCHEUX JR, ESQ<br>197 BELLE TERRE BLVD<br>PO BOX 1960<br>LAPLACE LA 70069 | CREDITOR ID: 386299-54<br>WIGGINS, INEZ<br>411 HOLMES BLVD. NW<br>FT. WALTON BEACH FL 32548-4026 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387004-54<br>WIGGINS, JEREMY<br>PO BOX 85<br>KINSTON AL 36453 | CREDITOR ID: 400218-86<br>WIGGINS, MELISSA<br>6459 MARCIE ST.<br>METAIRIE   LA 70003 | CREDITOR ID: 264748-12<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO, OH 44241-1629 |
| CREDITOR ID: 2682-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO, OH 44241-1629 | CREDITOR ID: 388839-54<br>WIGHT, CHERYL<br>2525 JOHNSON DR<br>TITUSVILLE FL 32796 | CREDITOR ID: 392783-55<br>WIGHT, CHERYL<br>C/O: GLEN D. WIELAND, ESQUIRE<br>WIELAND & HILADO<br>790 N ORANGE AVENUE<br>ORLANDO FL 32802 |
| CREDITOR ID: 397340-69<br>WIGINTON FIRE  SYSTEMS<br>ATTN: CHARLES LAKE, SR VP<br>255 PRIMERA BLVD, SUITE 230<br>LAKE MARY, FL 32746 | CREDITOR ID: 264749-12<br>WIGINTON FIRE SYSTEMS<br>ATTN PHILIP E STREETMAN, CORP CR MG<br>255 PRIMERA BLVD, SUITE 230<br>LAKE MARY, FL 32746 | CREDITOR ID: 405843-95<br>WIGINTON FIRE SYSTEMS<br>450 SOUTH COUNTY RD 427<br>LONGWOOD FL 32750 |
| CREDITOR ID: 382214-51<br>WIGINTON SPRINKLER INC.<br>6363 GREENLAND ROAD<br>JACKSONVILLE, FL 32258 | CREDITOR ID: 397946-76<br>WIGINTON, ERIC<br>1605 RENFROE ROAD<br>TALLADEGA, AL 35160 | CREDITOR ID: 377734-44<br>WIHOIT GAS COMPANY<br>102 COURT SQUARE<br>WARRENTON, GA 30828 |
| CREDITOR ID: 264750-12<br>WILBERT JACKSON<br>1901 EOLINE STREET<br>MOBILE AL 36617 | CREDITOR ID: 264751-12<br>WILBUR CHOCOLATE CO INC<br>PO BOX 502333<br>ST LOUIS, MO 63150-2333 | CREDITOR ID: 264752-12<br>WILBUR MOWDY<br>4638 QUAIL RUN ROAD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 264753-12<br>WILBUR R DREWRY ELEC & PLBG<br>206 EAST 3RD STREET<br>FRANKLIN, VA 23851 | CREDITOR ID: 278607-24<br>WILCOX & SAVAGE, PC<br>STEPHEN R. DAVIS, ESQ.<br>1800 NATIONSBANK CENTER<br>ONE COMMERCIAL PLACE<br>NORFOLK VA 23510-2197 | CREDITOR ID: 387534-54<br>WILCOX, ANNETTE<br>232 HUDSON ROAD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 392039-55<br>WILCOX, ANNETTE<br>C/O: BRUCE EDWARDS, ESQ.<br>BRUCE EDWARDS, PC<br>802 EAST WARD STREET<br>P O BOX 248<br>DOUGLAS GA 31534 | CREDITOR ID: 245328-12<br>WILCOX, CHRISTINE S<br>157 PERRYHOUSE ROAD A1<br>FITZGERALD GA 31750 | CREDITOR ID: 387682-54<br>WILCOX, ROSEMARY<br>57TH 12TH STREET<br>SHALIMAR FL 32579 |
| CREDITOR ID: 264754-12<br>WILD FLAVORS INC<br>1261 PACIFIC AVENUE<br>ERLANGER KY 41018 | CREDITOR ID: 264755-12<br>WILDCAT LAWN SERVICES<br>PO BOX 1935<br>VALDOSTA, GA 31603 | CREDITOR ID: 264756-12<br>WILDCAT STRIPING & SEALING<br>ATTN JOHN C CAMPBELL, PRES<br>4578 LEWIS RD<br>STONE MOUNTAIN, GA 30083 |
| CREDITOR ID: 405844-95<br>WILDCAT STRIPING & SEALING<br>PO BOX 88238<br>ATLANTA GA 30356 | CREDITOR ID: 388565-54<br>WILDE, MARGARET<br>4378 FIRETOWER RD NE<br>NORWOOD GA 30821 | CREDITOR ID: 269167-31<br>WILDERNESS CONSERVANCY<br>ATTN: DAVID DESHLER<br>115 HOTEL CIR<br>PEMBROKE VA 24136-3055 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**          **CASE: 05-03817-3F1**

CREDITOR ID: 407373-MS
WILDEY, THOMAS
P.O. BOX 1385
OKLAWAHA FL 32679

CREDITOR ID: 269169-31
WILDLIFE AND FISHERIES LA DEPT
ATTN: WAYNE HOUSTON
4142 N FLANNERY RD
BATON ROUGE LA 70814-8007

CREDITOR ID: 269168-31
WILDLIFE AND FISHERIES LA DEPT
ATTN: JAMES JENKINS
2000 QUAIL DR
BATON ROUGE LA 70808-9038

CREDITOR ID: 269170-31
WILDLIFE MANAGEMENT COMMISSION
ATTN: CHIEF DAVID COSS
1722 MAIL SERVICE CTR
RALEIGH NC 27699-1722

CREDITOR ID: 269171-31
WILDLIFE RESOURCES AGENCY TENN
ATTN: RICK HARRINGTON
1865 FIRETOWER RD
MEDON TN 38356-1728

CREDITOR ID: 269172-31
WILDLIFE RESOURCES DIVISION
ATTN: NOEL HOLCOMB
2070 HIGHWAY 278 SE
SOCIAL CIRCLE GA 30025-4711

CREDITOR ID: 269173-31
WILDWOOD DEVELOPERS INC
ATTN: JIM ALBRIGHT
3408 TOMAHAWK DR
COLUMBUS GA 31907-2058

CREDITOR ID: 381712-47
WILDWOOD ELEMENTARY SCHOOL
444 HALFWAY TREE RD
BATON ROUGE, LA 70810

CREDITOR ID: 264757-12
WILDWOOD INDUSTRIES
PO BOX 1143
BLOOMINGTON IL 61701-1143

CREDITOR ID: 264758-12
WILENTZ GOLDMAN & SPITZER PA
90 WOODBRIDGE CENTER DR, SUITE 900
PO BOX 10
WOODBRIDGE, NJ 07095-0958

CREDITOR ID: 264759-12
WILEY SANDERS TRUCK LINE
ATTN DRISCOLL COLQUETT, CEO
PO DRAWER 707
TROY, AL 36081-0707

CREDITOR ID: 385407-54
WILEY, ELLEAN
9507 ABERDARE AVENUE WEST
JACKSONVILLE, FL 32208

CREDITOR ID: 390714-55
WILEY, ELLEAN
C/O: CHARLIE E. FARAH, ESQ.
FARAH, FARAH, & ABBOTT, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 264760-12
WILFORD PROPANE GAS CO INC
706 KINGSLEY AVENUE
ORANGE PARK FL 32073

CREDITOR ID: 264761-12
WILHOIT GAS COMPANY
102 COURT SQUARE
WARRENTON GA 30828

CREDITOR ID: 256026-12
WILHOIT, MELISSA A
312 NORTH KIMMONS STREET
LANDIS, NC 28088

CREDITOR ID: 394010-61
WILHOITE, MARIE
10447 GREENMORE DRIVE
JACKSONVILLE, FL 32246

CREDITOR ID: 407559-15
WILIAMS, JOHN M, SR
3187 FORREST ROAD
HOGANSVILLE GA 30230

CREDITOR ID: 407374-MS
WILK, MARY F.
1207 JOURNEY'S END LANE
JACKSONVILLE FL 32223

CREDITOR ID: 264762-12
WILKENS ANDERSON CO
4525 W DIVISION STREET
CHICAGO, IL 60651

CREDITOR ID: 243391-12
WILKERSON, BETH G
1647 EASTERN PARKWAY
LOUISVILLE, KY 40204

CREDITOR ID: 397947-76
WILKERSON, DOROTHY
3119 STEEL BRIDGE ROAD
MACCLENNY, FL 32063

CREDITOR ID: 388212-54
WILKERSON, RITA
132 OLD HILLSBORO CUT-OFF ROAD
FOREST MS 39074

CREDITOR ID: 392423-55
WILKERSON, RITA
C/O: JONATHAN TABOR
TABOR & CHHABRA, P.A.
120 N. CONGRESS ST.
SUITE 430
JACKSON MS 39201

CREDITOR ID: 264764-12
WILKES LOCK SERVICE
322 10TH STREET
N WILKERSBORO, NC 28659

CREDITOR ID: 389958-54
WILKES, JAMES
6503 WINDFIELD BLVD, APT #D-11
MARGATE, FL 33063

CREDITOR ID: 264765-12
WILKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389538-54<br>WILKIE, JOETTA<br>4312 FOREST HILLS CIRCLE<br>FORT WORTH, TX 76140 | CREDITOR ID: 264766-12<br>WILKINS STEPHENS & TIPTON PA<br>PO BOX 13429<br>JACKSON MS 39236-3429 | CREDITOR ID: 243422-12<br>WILKINS, BETTY F<br>6404 GABRIEL DRIVE<br>LOUISVILLE KY 40258 |
| CREDITOR ID: 385637-54<br>WILKINS, NURLENA<br>ROUTE 2  BOX 189<br>GREENVILLE, FL 32331 | CREDITOR ID: 389120-54<br>WILKINS, RENEE<br>8799 NC 704<br>MADISON, NC 27025 | CREDITOR ID: 403375-83<br>WILKINS, STEPHENS & TIPTON, PA<br>ATTN LELAND S SMITH<br>PO BOX 13429<br>JACKSON MS 39236-3429 |
| CREDITOR ID: 394062-61<br>WILKINS, STEPHENS & TIPTON, PA<br>4735 OLD CANTON RD.<br>JACKSON, MS 39211 | CREDITOR ID: 264767-12<br>WILKINSON COOPER PRODUCE INC<br>ATTN SHERRY D GARCIA, ACCT MGR<br>PO DRAWER 880<br>BELLE GLADE FL 33430 | CREDITOR ID: 407375-MS<br>WILKINSON, THOMAS Y.<br>365 QUAIL DR.<br>SALISBURY NC 28147 |
| CREDITOR ID: 269174-31<br>WILL TO TRIUMPH INC<br>ATTN: ELIJAH GRAHAM<br>2121 EISENHOWER AVE<br>ALEXANDRIA VA 22314-4698 | CREDITOR ID: 386535-54<br>WILL, WILLIAM<br>4607 MANCHESTER RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 264768-12<br>WILLA SANFORD<br>369 OLD PROGRESS ROAD<br>MOSELLE MS 39459 |
| CREDITOR ID: 264769-12<br>WILLAIM B HILTON JR<br>517 FORREST STREET<br>HILLSBOROUGH NC 27278 | CREDITOR ID: 264770-12<br>WILLARD BISHOP<br>6110 MICHELLE ROAD<br>MACCLENY FL 32063 | CREDITOR ID: 264771-12<br>WILLARD D THOMAS JR<br>5186 PAMPA ROAD<br>GLOUCESTER VA 23061 |
| CREDITOR ID: 264772-12<br>WILLARD E MORROW<br>913 WILLOW BEND ROAD<br>PELHAM AL 35124 | CREDITOR ID: 387333-54<br>WILLARD, CONNIE<br>P.O. BOX 88<br>MADISON, NC 27025 | CREDITOR ID: 391908-55<br>WILLARD, CONNIE<br>CLIFFORD CLENDENIN O'HALE & JONES<br>ATTN HARRY H CLENDENIN III, ESQ<br>415 W FRIENDLY AVENUE<br>GREENSBORO NC 27401 |
| CREDITOR ID: 264773-12<br>WILLARDS BAR B Q<br>659-1 US HWY 301 S<br>BALDWIN FL 32234 | CREDITOR ID: 264774-12<br>WILLERT HOME PRODUCTS<br>PO BOX 790051<br>ST LOUIS, MO 63179 | CREDITOR ID: 382096-36<br>WILLERT HOME PRODUCTS, INC<br>JEANNE SUMNER<br>4044 PARK AVE<br>ST LOUIS MO 63110 |
| CREDITOR ID: 389624-54<br>WILLETT, BEVERLY<br>2901 LENCOTT DR<br>LOUISVILLE, KY 40216 | CREDITOR ID: 393384-55<br>WILLETT, JUSTIN R<br>C/O: LARRY D GOLDSTEIN, ESQ<br>LARRY D GOLDSTEIN, PA<br>7601 38TH AVENUE NORTH<br>ST. PETERSBURG FL 33710 | CREDITOR ID: 264775-12<br>WILLETTE MITCHELL<br>9555 BAHIA ROAD<br>OCALA FL 34472 |
| CREDITOR ID: 264776-12<br>WILLIAM & KATHRYN ARENDALE<br>1237 LITTLE BROOK LANE<br>BIRMINGHAM, AL 35235 | CREDITOR ID: 264777-12<br>WILLIAM & SONS AUTOMOTIVE<br>1912 HOSPITAL ROAD<br>NEW ROADS, LA 70760 | CREDITOR ID: 264778-12<br>WILLIAM A BURKE III<br>3887 59TH AVENUE WEST<br>BRADENTON FL 34210 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264779-12<br>WILLIAM A HUDGINS<br>1739 POSTON CIRCLE<br>GASTONIA NC 28054 | CREDITOR ID: 264780-12<br>WILLIAM A KING<br>717 WORTLEY DRIVE<br>DURHAM NC 27713 | CREDITOR ID: 264781-12<br>WILLIAM ACEVEDO<br>10122 PROSPECT HILL DRIVE<br>HOUSTON TX 77064 |
| CREDITOR ID: 264783-12<br>WILLIAM B HIDDE<br>1608 OVIEDO GROVE CIRCLE, APT 18<br>OVIEDO FL 32765 | CREDITOR ID: 264784-12<br>WILLIAM B HOBGOOD<br>3615 NC 57<br>HILLSBOROUGH NC 27278 | CREDITOR ID: 264785-12<br>WILLIAM B PEPITONE<br>PAID THREW P CARD<br>451 N BLVD EAST<br>MACCLENNY FL 32063 |
| CREDITOR ID: 264786-12<br>WILLIAM B THOMAS<br>1501 CAMERON COURT<br>APT D<br>WILMINGTON NC 28401 | CREDITOR ID: 264787-12<br>WILLIAM B VANWAGNER II<br>5964 KUMQUAT ROAD<br>WEST PALM BEACH FL 33413 | CREDITOR ID: 264788-12<br>WILLIAM BICKERS<br>2073 TICKFORD ST<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 264789-12<br>WILLIAM BOUKATHER<br>1623 FAIRFIELD DRIVE<br>GASTONIA NC 28054 | CREDITOR ID: 264791-12<br>WILLIAM C SLEDGE<br>PO BOX 71573<br>TUSCALOOSA AL 35407 | CREDITOR ID: 264792-12<br>WILLIAM CHAD MURRAY<br>8249 ISLAND ROAD<br>VENTRESS LA 70783 |
| CREDITOR ID: 264793-12<br>WILLIAM CHAPMAN<br>641 LAKE STREET<br>BOYNTON BEACH FL 33435-2803 | CREDITOR ID: 264794-12<br>WILLIAM D BENTON<br>4414 DOGWOOD COURT<br>TERRY MS 39170 | CREDITOR ID: 264795-12<br>WILLIAM D CASH<br>1628 HAWTHORN STREET<br>ZEPHYRHILLS FL 33540 |
| CREDITOR ID: 264796-12<br>WILLIAM D IRWIN<br>5624 SAWYER CIRCLE<br>SARASOTA FL 34233 | CREDITOR ID: 264797-12<br>WILLIAM D LASTER<br>712 N BERRY AVENUE<br>WILSON AZ 86047 | CREDITOR ID: 264799-12<br>WILLIAM D TYLER<br>1710 TOOLE STREET<br>SUMTER SC 29150 |
| CREDITOR ID: 384418-47<br>WILLIAM DEAN GOURLEY<br>7084 BRUCE ACADEMY CT<br>MECHANICSVILLE, VA 23111 | CREDITOR ID: 264801-12<br>WILLIAM E CLOUD<br>1568 S MAIN STREET<br>BLAKELY GA 39823 | CREDITOR ID: 264802-12<br>WILLIAM E THOMPSON INC<br>209 MT VERNON ROAD<br>ANDERSON, SC 29624 |
| CREDITOR ID: 381869-99<br>WILLIAM F HARMEYER & ASSOC<br>ATTN: WILLIAM F HARMEYER<br>7322 SHOUTHWEST FREEWAY, STE 475<br>HOUSTON TX 77074 | CREDITOR ID: 264805-12<br>WILLIAM FISHER<br>517 SPRING POINT COURT<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 264806-12<br>WILLIAM FRALEY<br>1615 SCENIC DRIVE<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 264807-12<br>WILLIAM G BRODBECK<br>4595 WENHART ROAD<br>LAKE WORTH FL 33463 | CREDITOR ID: 264808-12<br>WILLIAM G CAMARATA<br>2671 E ANDREWS AVENUE<br>APT 2A<br>OZARK AL 36360 | CREDITOR ID: 264811-12<br>WILLIAM GORDON<br>334 SUNNYGLEN DRIVE<br>GREER SC 29651 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264814-12<br>WILLIAM H HALL<br>6617 MAYBANK HIGHWAY<br>WADMALAW ISLAND SC 29487 | CREDITOR ID: 2683-07<br>WILLIAM H HALL<br>4928 ARAPAHOE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 264816-12<br>WILLIAM H HASBROUCK<br>1235 TRAVERS ROAD<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 264817-12<br>WILLIAM H KOPKE JR INC<br>3000 MARCUS AVE<br>SUITE 3 E4 & 5<br>LAKE SUCCESS, NY 11042 | CREDITOR ID: 264818-12<br>WILLIAM HERRING<br>1023 LEE ROAD<br># 169<br>OPELIKA AL 36804 | CREDITOR ID: 264819-12<br>WILLIAM HOLMES<br>4647 MAYHEW AVENUE<br>CINCINNATI OH 45328 |
| CREDITOR ID: 264820-12<br>WILLIAM HUGGINS<br>602 HIGH BUSH COURT<br>WILMINGTON NC 28405 | CREDITOR ID: 264821-12<br>WILLIAM J CLARKE<br>7982 NEW LAGRANGE ROAD<br>SUITE ONE<br>LOUISVILLE KY 40222 | CREDITOR ID: 264822-12<br>WILLIAM J HALL<br>2201 LOCUST STREET<br>MONTGOMERY AL 36107 |
| CREDITOR ID: 264823-12<br>WILLIAM J JACKMAN JR<br>2580 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 264825-12<br>WILLIAM J TURNER<br>8642E UNION HILL RD<br>WINSTON GA 30187 | CREDITOR ID: 264826-12<br>WILLIAM JONES<br>5376 MINI FARM ROAD<br>LOT 2<br>MERIDIAN MS 39301 |
| CREDITOR ID: 377745-44<br>WILLIAM K STEPHENSON JR CHPTR 13 TRUSTEE<br>PO BOX 280<br>MEMPHIS, TN 38101-0280 | CREDITOR ID: 264828-12<br>WILLIAM L GRANGER<br>737 TERRACE CREEK DRIVE<br>DUNCAN SC 29334 | CREDITOR ID: 315923-40<br>WILLIAM L HUNTLEY TRUST<br>C/O LONE STAR PROPERTIES INC<br>PO BOX 1828<br>ENGELWOOD, FL 34295-1828 |
| CREDITOR ID: 264829-12<br>WILLIAM L JOEL<br>4929 KING RICHARD ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 264830-12<br>WILLIAM L MUSIC MD<br>203 SHIRLEY AVENUE<br>DOUGLAS GA 31533 | CREDITOR ID: 264831-12<br>WILLIAM L PATTON<br>140 LEXINGTON DRIVE<br>ROYAL PALM BEACH FL 33411 |
| CREDITOR ID: 264832-12<br>WILLIAM M HARRIS<br>5407 25TH PLACE SW<br>NAPLES FL 34116 | CREDITOR ID: 264833-12<br>WILLIAM M KNIGHT<br>PO BOX 5555<br>FITZGERALD GA 31750 | CREDITOR ID: 264835-12<br>WILLIAM MCNEIL<br>120 MORGAN STREET<br>WAYCROSS GA 31501 |
| CREDITOR ID: 264836-12<br>WILLIAM MILLER TRUSTEE<br>C/O THOMAS THOMPSON<br>PO BOX 15158<br>TALLAHASSEE FL 32303 | CREDITOR ID: 264837-12<br>WILLIAM NEWTON PITTS TRUSTEE<br>PO BOX 634<br>SHEFFIELD, AL 35660 | CREDITOR ID: 264838-12<br>WILLIAM ORR<br>1629 ORR ROAD<br>MCCONNELLS SC 29726 |
| CREDITOR ID: 381836-99<br>WILLIAM P WESSLER<br>1624 24TH AVE<br>GULFPORT MS 39501 | CREDITOR ID: 264840-12<br>WILLIAM PARTRIDGE<br>2210 COMO STREET<br>PORT CHARLOTTE FL 33948 | CREDITOR ID: 264843-12<br>WILLIAM PITCHER JUNIOR HIGH SCHOOL<br>415 S JEFFERSON ST<br>COVINGTON, LA 70433 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264844-12<br>WILLIAM PRESTAGE<br>381 MORRIS TULLOS DRIVE<br>MORTON MS 39117 | CREDITOR ID: 264845-12<br>WILLIAM R COURTNEY<br>7412 WHITE ALDER DRIVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 264846-12<br>WILLIAM R EVENSON<br>1967 HARBOR ISLAND DRIVE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 264849-12<br>WILLIAM R WADE<br>PO BOX 145<br>OLD TOWN FL 32680 | CREDITOR ID: 398010-76<br>WILLIAM RAMEY<br>1172 JARDIN DRIVE<br>NAPLES, FL 34104 | CREDITOR ID: 398194-77<br>WILLIAM RAMEY<br>ATTN: ALFRED WAYNE CLARK, JR.<br>171 COMMERCIAL BLVD., SUITE 24<br>NAPLES, FL 34144 |
| CREDITOR ID: 264851-12<br>WILLIAM RYAN<br>FLORENCE POLICE DEPT<br>8100 EWING BLVD<br>FLORENCE KY 41094 | CREDITOR ID: 264852-12<br>WILLIAM SAUSAGE INC<br>5132 OLD TROY HICKMAN ROAD<br>UNION CITY, TN 38261 | CREDITOR ID: 264855-12<br>WILLIAM SHIELDS<br>206 STONE DAIRY ROAD<br>MARTINSVILLE VA 24112 |
| CREDITOR ID: 264856-12<br>WILLIAM SILVA<br>5201 NW 7TH STREET<br>MIAMI FL 33126 | CREDITOR ID: 264857-12<br>WILLIAM T EMERY<br>PO BOX 669<br>DUNNELLON FL 34430 | CREDITOR ID: 264858-12<br>WILLIAM VAN GORDER<br>2011 MILL CREEK ROAD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 264859-12<br>WILLIAM VARNER<br>10900 GLORIA<br>CINCINNATI OH 45231 | CREDITOR ID: 264860-12<br>WILLIAM W LAWRENCE TRUSTEE<br>200 SOUTH SEVENTH STREET<br>310 LEGAL ARTS BUILDING<br>LOUISVILLE, KY 40202 | CREDITOR ID: 264861-12<br>WILLIAM WILSON<br>3280 CRIGLER ROAD<br>CRAWFORD MS 39743 |
| CREDITOR ID: 264862-12<br>WILLIAM WOOD<br>1061 BOCCE CLUB ROAD<br>PEN ARGYLE PA 18072 | CREDITOR ID: 395762-65<br>WILLIAMS & ROWE<br>5215 HIGHWAY AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 264865-12<br>WILLIAMS AVENUE SCHOOL<br>2132 WILLIAMS AVE<br>STORE#1753<br>NORWOOD OH 45212 |
| CREDITOR ID: 264866-12<br>WILLIAMS DETROIT DIESEL-ALLISO<br>DEPT L-303<br>COLUMBUS OH 43260-9303 | CREDITOR ID: 264867-12<br>WILLIAMS ELECTRIC<br>8810 WELLS ROAD<br>FORD VA 23850 | CREDITOR ID: 264868-12<br>WILLIAMS ELECTRIC SERVICE & SIGNS<br>110 EAST LANE<br>THOMASVILLE GA 31757 |
| CREDITOR ID: 264869-12<br>WILLIAMS ELECTRIC SUPPLY<br>2824 W MARKET ST<br>JOHNSON CITY TN 37604-5166 | CREDITOR ID: 264870-12<br>WILLIAMS LIMITED PARTNERSHIP<br>C/O PRINCIPAL MUTUAL LIFE INS<br>ATTN LOAN ADMIN #751190<br>PO BOX 10387<br>DES MOINES IA 50306-0387 | CREDITOR ID: 383160-99<br>WILLIAMS MULLEN HOFHEIMER NUSBAUM<br>ATTN: PAUL BLILEY<br>1021 EAST GARY ST<br>PO BOX 1320<br>RICHMOND VA 23218-1320 |
| CREDITOR ID: 383159-99<br>WILLIAMS MULLEN HOFHEIMER NUSBAUM<br>ATTN: DAVID GREER<br>999 WATERSIDE DR. STE 1700<br>PO BOX 3460<br>NORFOLK VA 23514-3460 | CREDITOR ID: 264871-12<br>WILLIAMS PLUMBING HEATING &AIR COND<br>1051 GRECADE ST<br>GREENSBORO NC 27408 | CREDITOR ID: 264872-12<br>WILLIAMS SKIN CO<br>220 HAY STREET<br>FAYETTEVILLE, NC 28301-5534 |

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 405847-95
WILLIAMS SKIN CO
1812-A SAPONA ROAD
FAYETTEVILLE NC 28301

CREDITOR ID: 264873-12
WILLIAMS TRANE INC
2951 OLD SHELL RD
MOBILE AL 36607

CREDITOR ID: 386313-54
WILLIAMS, ADA
1907 CARVER ST.
JENNINGS LA 70546

CREDITOR ID: 391414-55
WILLIAMS, ADA
C/O: LEE ANN ILES
ILES LAW FIRM
P.O. BOX 3385
LAFAYETTE LA 70502

CREDITOR ID: 387853-54
WILLIAMS, ADRIANNE
270 FLOWERS LANE
CLINTON, NC 28328

CREDITOR ID: 392273-55
WILLIAMS, ALANA (MINOR)
C/O: STEPHANIE BAIN
LAW OFFICE OF STEPHANIE BAIN, PC
1918 COGSWELL AVENUE
PELI CITY AL 35125

CREDITOR ID: 387995-54
WILLIAMS, ALANA (MINOR)
945 COSGWELL AVENUE
PELL CITY, AL 35125

CREDITOR ID: 387949-54
WILLIAMS, ANGELA
24630 HERBERT #5
PLAAQUEMINE, LA 70764

CREDITOR ID: 392232-55
WILLIAMS, ANGELA
C/O: BOBBIE L. MONROE, ESQ.
DEJEAN & NORRIS
604 ST. FERDINAND ST.
BATON ROUGE LA 70802

CREDITOR ID: 388350-54
WILLIAMS, ANITA
1440NW 90TH STREET
MIAMI, FL 33147

CREDITOR ID: 391717-55
WILLIAMS, ANNA MAE
C/O: FRANK D. D'AMICO, JR.
FRANK D. D'AMICO, JR
622 BARONNE STREET
SECOND FLOOR
NEW ORLEANS LA 70113

CREDITOR ID: 390416-54
WILLIAMS, ANNA MAE
229 ADAMS STREET
NEW ORLEANS, LA 70118

CREDITOR ID: 389668-54
WILLIAMS, ANNIE
904 MARINE ISLE
FORT LAUDERDALE, FL 33315

CREDITOR ID: 373714-44
WILLIAMS, ANNIE
2400 LYDIA STREET
LAKE WALES, FL 33853

CREDITOR ID: 393319-55
WILLIAMS, ANNIE
C/O RICHARD M. CAPALBO, ESQUIRE
RICHARD M CAPALBO, P.A.
633 S.E. THIRD AVE
FORT LAUDERDALE FL 33301

CREDITOR ID: 386948-54
WILLIAMS, ANTONIO
2952 MIDDLETON ROAD APT 194
ATLANTA GA 30311

CREDITOR ID: 242540-12
WILLIAMS, ARLENE
18950 NE 77TH PLACE
WILLISTON FL 32696

CREDITOR ID: 385146-54
WILLIAMS, ARMETHA
2517 MADRID WAY SOUTH
SAINT PETERSBURG, FL 33712

CREDITOR ID: 390498-55
WILLIAMS, ARMETHA
C/O LAW OFFICES OF JOSEPH WILLIAMS
ATTN JOSEPH M WILLIAMS, ESQ
1701 J REDMAN PARKWAY
PLANT CITY FL 33566

CREDITOR ID: 385237-54
WILLIAMS, ARTHUR
10730 NW 25TH AVE
MIAMI, FL 33167

CREDITOR ID: 390545-55
WILLIAMS, ARTHUR
C/O ALLAN STEPHEN ZAMREN LAW OFFICE
ATTN ALLAN STEPHEN ZAMREN, ESQ
44 WEST FLAGLER STREET, SUITE 2225
MIAMI FL 33130

CREDITOR ID: 389275-54
WILLIAMS, AUDELIA
P.O. BOX 1941
LEWISBURG TN 37091

CREDITOR ID: 393105-55
WILLIAMS, AUDELIA
C/O: MICHAEL FORBES
WORKER'S COMP LEGAL CLINIC OF LA
806 E MORRIS AVE
HAMMOND LA 70403

CREDITOR ID: 381324-47
WILLIAMS, BARBARA
2604 PEMBERTA CK DRIVE
SEFFNER, FL 33584

CREDITOR ID: 391292-55
WILLIAMS, BARBARA
C/O: SCOTT W ZIRKLE ESQ
BOGIN, MUNNS & MUNNS
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 243028-12
WILLIAMS, BARBARA A
PO BOX 1113
MATHEWS VA 23109

CREDITOR ID: 243309-12
WILLIAMS, BENJAMIN R
6500 MALONEY AVE 100
KEY WEST, FL 33040

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243363-12<br>WILLIAMS, BESSIE<br>11720 5TH ST N E<br>CAIRO, GA 39828 | CREDITOR ID: 387720-54<br>WILLIAMS, BETH<br>4701 HOVIS RD<br>CHARLOTTE NC 28208 | CREDITOR ID: 399600-82<br>WILLIAMS, BETTY<br>3936 WALKERS COVE TRAIL<br>CHARLOTTE  NC 28214 |
| CREDITOR ID: 373935-44<br>WILLIAMS, BOBBY<br>NOL DIV #1367<br>JITNEY JUNGLE<br>318 ADAMS<br>CLARKSDALE, MS 38614 | CREDITOR ID: 390184-54<br>WILLIAMS, BRANDI<br>440 RUTH DR.<br>AVONDALE, LA 70094 | CREDITOR ID: 393625-55<br>WILLIAMS, BRANDI<br>C/O TROY R. KELLER<br>TROY R. KELLER<br>808 N. CAUSEWAY BLVD<br>METAIRIE LA 70001 |
| CREDITOR ID: 386564-54<br>WILLIAMS, BRIAN C<br>4716 TILLMAN TERRITORY RD.<br>NINETY SIX SC 29666 | CREDITOR ID: 386523-54<br>WILLIAMS, CARLA<br>PO BOX 9342<br>TAVERNIER FL 33070 | CREDITOR ID: 391558-55<br>WILLIAMS, CARLA<br>C/O: MICHELLE KURTZER MD<br>ROBERT FENSTERSHEIB<br>520 WEST HALLANDALE BEACH BLVD<br>HLLANDALE BEACH FL 33009 |
| CREDITOR ID: 385727-54<br>WILLIAMS, CAROLYN<br>6401 LOU COURT<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 391006-55<br>WILLIAMS, CAROLYN<br>C/O: SCOTT CRAIG<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 389480-54<br>WILLIAMS, CHANTAY<br>3003 DEBON COURT<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 245074-12<br>WILLIAMS, CHARLES<br>464 E NC HWY 73<br>ELLERBE NC 28338 | CREDITOR ID: 245199-12<br>WILLIAMS, CHERYL<br>673 WALKE DAIRY ROAD, LOT 1<br>DUBLIN GA 31021 | CREDITOR ID: 388964-54<br>WILLIAMS, CLARA<br>PO BOX 278<br>GREENSBORO, FL 32330 |
| CREDITOR ID: 392868-55<br>WILLIAMS, CLARA<br>C/O JEREMY E. COHEN<br>JEREMY E COHEN, ATTY AT LAW<br>1471 TIMBERLANE ROAD<br>SUITE 124<br>TALLAHASSEE FL 32312 | CREDITOR ID: 385505-54<br>WILLIAMS, CLAUDIA<br>611 NW 183RD ST<br>MIAMI, FL 33169 | CREDITOR ID: 390805-55<br>WILLIAMS, CLAUDIA<br>C/O: DAVID I. FUCHS, P.A.<br>8 SOUTHEAST 8TH ST.<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 399601-82<br>WILLIAMS, CORETHA<br>738 CAPRI STREET<br>MONTGOMERY  AL 36105 | CREDITOR ID: 407376-MS<br>WILLIAMS, CRAIG<br>4627 STAFFORD DR.<br>DURHAM NC 27705 | CREDITOR ID: 407377-MS<br>WILLIAMS, DALE A.<br>112 BRIARWOOD ROAD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 385695-54<br>WILLIAMS, DAVID<br>1250 LAKE DR<br>CANTONMENT, FL 32533 | CREDITOR ID: 390976-55<br>WILLIAMS, DAVID<br>C/O: WANDA W. RADCLIFFE<br>EMMANUEL, SHEPPARD & CONDON<br>POST OFFICE DRAWER 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 387518-54<br>WILLIAMS, DEBBIE<br>325 HUGGINS DRIVE<br>SPRINGTOWN TX 76082 |
| CREDITOR ID: 389189-54<br>WILLIAMS, DEBRA K<br>1785 WEST ACADIAN DRIVE<br>DELTONA, FL 32725 | CREDITOR ID: 388541-54<br>WILLIAMS, DONNA<br>3830 GEN TAYLOR STREET<br>NEW ORLEANS, LA 70125 | CREDITOR ID: 392617-55<br>WILLIAMS, DONNA<br>C/O LEYDECKER LAW OFFICES<br>ATTN GERALD J LEYDECKER, ESQ<br>4631 SOUTH CARROLLTON AVE<br>NEW ORLEANS LA 70119 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393071-55<br>WILLIAMS, DONNA V<br>C/O: ARTHUR C. BEALE<br>ARTHUR BEALE, ESQ.<br>P.O. BOX 14509<br>TALLAHASSEE FL 32317 | CREDITOR ID: 389228-54<br>WILLIAMS, DONNA V<br>ROUTE 1 BOX 1230<br>MADISON FL 32340 | CREDITOR ID: 248423-12<br>WILLIAMS, DOROTHY<br>6389 HUGH RYAN ROAD<br>DALZELL, SC 29040 |
| CREDITOR ID: 389518-54<br>WILLIAMS, EARLINE<br>221 PIAB<br>LAFAYETTE, LA 70501 | CREDITOR ID: 393190-55<br>WILLIAMS, EARLINE<br>C/O: MICHAEL S. HARPER, ESQUIRE<br>MICHAEL S. HARPER, P.L.C.<br>P.O. BOX 2020<br>LAFAYETTE LA 70502 | CREDITOR ID: 386294-54<br>WILLIAMS, EFFIE E<br>509 HIGHLAND DR<br>ARLINGTON TX 76010 |
| CREDITOR ID: 249162-12<br>WILLIAMS, ESTATE OF MARTY G<br>1206 FLATROCK CHURCH ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 389316-54<br>WILLIAMS, EUGENE<br>7427 CANAVERAL ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 393550-55<br>WILLIAMS, FANNIE MAE<br>C/O: STEVEN J. COHEN<br>LAW OFFICES OF STEVEN J. COHEN & ASSOC.<br>9100 SOUTH DADELAND BLVD<br>MIAMI FL 33156 |
| CREDITOR ID: 390094-54<br>WILLIAMS, FANNIE MAE<br>10170 SW 170TH TERRACE<br>MIAMI, FL 33157 | CREDITOR ID: 385391-54<br>WILLIAMS, FAYMOND<br>918 ABRAHAM ROY<br>NEW IBERIA, LA 70560 | CREDITOR ID: 390698-55<br>WILLIAMS, FAYMOND<br>C/O: SHAWANNA M JOHNSON<br>SHAWANNA M JOHNSON, ATTORNEY AT LAW<br>533 SPAIN ST<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 385546-54<br>WILLIAMS, FELISA<br>805 HIGH MEADOWS LANE #B<br>CHARLOTTE, NC 28273 | CREDITOR ID: 390844-55<br>WILLIAMS, FELISA<br>C/O: MICHAEL C. D'AGATA<br>PO BOX 35312<br>CHARLOTTE NC 28235 | CREDITOR ID: 399602-82<br>WILLIAMS, FRANKIE<br>210 CANARY COVE<br>GREENWOOD  MS 38930 |
| CREDITOR ID: 374980-44<br>WILLIAMS, FRANKIE<br>NOL DIV STORE# 1361<br>210 CANARY COVE<br>GREENWOOD, MS 38930 | CREDITOR ID: 385375-54<br>WILLIAMS, FRED<br>306 SHERROH AVENUE<br>BAKER, LA 70714 | CREDITOR ID: 390683-55<br>WILLIAMS, FRED<br>C/O: CRAIG J. FONTENOT, ESQUIRE<br>MCKAY, WILLIAMSON, LUTGRING & COCHRAN, L<br>732 NORTH BOULEVARD<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 386545-54<br>WILLIAMS, GALE<br>5608 SOUTH BERNIE STREET<br>TAMPA FL 33611 | CREDITOR ID: 391573-55<br>WILLIAMS, GALE<br>C/O: GEORGE B. CAPPY<br>109 SOUTH MOODY AVENUE<br>TAMPA FL 33609 | CREDITOR ID: 382213-51<br>WILLIAMS, GARY<br>1520 HERITAGE DRIVE<br>CUMMING, GA 30041 |
| CREDITOR ID: 388630-54<br>WILLIAMS, GARY<br>1829 LOCHMAY LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 250307-12<br>WILLIAMS, GARY<br>109 ONEAL DRIVE<br>VINTON, VA 24179 | CREDITOR ID: 392681-55<br>WILLIAMS, GARY<br>C/O: STUART GRIGGS<br>O'ROURKE & GRIGGS,PA.<br>4940 BEACH BLVD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407378-MS<br>WILLIAMS, GEORGE M<br>107 PALAM BAY BLVD<br>PANAMA CITY FL 32408 | CREDITOR ID: 389259-54<br>WILLIAMS, GLORIA<br>3566 KNIGHTS ACADEMY ROAD<br>VALDOSTA GA 30605 | CREDITOR ID: 393094-55<br>WILLIAMS, GLORIA<br>C/O: J. MICHAEL BASS<br>CLOSSON, BASS & TOMBERLIN<br>112-114 W. CENTRAL AVENUE<br>P O BOX 159<br>VALDOSTA GA 31603 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 388917-54
WILLIAMS, HERMAN
365 CANAL ST. #2850
NEW ORLEANS, LA 70130

CREDITOR ID: 392822-55
WILLIAMS, HERMAN
C/O: STUART SMITH, ESQ.
PPA LITIGATION GROUP
365 CANAL STREET
SUITE 2850
NEW ORLEANS LA 70112

CREDITOR ID: 385806-54
WILLIAMS, IRENE J
3468 13TH AVE S.
SAINT PETERSBURG, FL 33711

CREDITOR ID: 391069-55
WILLIAMS, IRENE J
C/O: KENENTH T. LETSCH
FOY & ASSOCIATES, PC
1720 PEACHTREE STREET NW
SUITE 929
ATLANTA GA 30309

CREDITOR ID: 386753-54
WILLIAMS, JAMARIS
540 REMINGTON FOREST DRIVE
JACKSONVILLE FL 32259

CREDITOR ID: 407379-MS
WILLIAMS, JAMES A
3300 N.W. 123RD STREET
MIAMI FL 33167

CREDITOR ID: 386001-54
WILLIAMS, JEAN
2825 LOUISIANA AVENUE
NEW ORLEANS, LA 70115

CREDITOR ID: 391220-55
WILLIAMS, JEAN
C/O: EDWARD J WOMAC JR. ESQ.
EDWARD J. WOMAC JR. & ASSOCIATES, LLC
4902 CANAL STREET
SUITE 300
NEW ORLEANS LA 70119

CREDITOR ID: 387002-54
WILLIAMS, JIMMY
17600 NW 5TH AVENUE
APT 614
MIAMI FL 33169

CREDITOR ID: 388936-54
WILLIAMS, JUDY
2406 BERNARD AVENUE
NEW ORLEANS, LA 70119

CREDITOR ID: 392840-55
WILLIAMS, JUDY
C/O: STEVEN M. KOENIG
VALTEAU, HARRIS, KOENIG  & MAYER
210 BARONNE  STREET
SUITE  1410
NEW ORLEANS LA 70112

CREDITOR ID: 393209-55
WILLIAMS, KATIE F
C/O: KEITH D. PRESTON, ESQUIRE
KEITH D. PRESTON, ESQUIRE
1721  4TH AVENUE NORTH
BESSEMER AL 35020

CREDITOR ID: 390470-54
WILLIAMS, KATIE F
5613 CAMDEN AVE.
FAIRFIELD, AL 35064

CREDITOR ID: 386256-54
WILLIAMS, KENNETH
229 19TH ST SW
CAIRO GA 39828

CREDITOR ID: 385401-54
WILLIAMS, KIMBERLY
3730 GASTON AVE.
MONTGOMERY, AL 36105

CREDITOR ID: 390708-55
WILLIAMS, KIMBERLY
C/O: VALERIE MURRY SMEDLEY
VALERIE MURRY SMEDLEY
402 SOUTH DECATUR STREET
MONTGOMERY AL 36104

CREDITOR ID: 391773-55
WILLIAMS, KIMBERLY (MINOR)
C/O: J. PAUL DETRICK, ESQUIRE
PETERS, MURDAUGH, PARKER, ETAL, P.A.
303 FIRST STREET, EAST
P.O. BOX 457
HAMPTON SC 29924-0457

CREDITOR ID: 387187-54
WILLIAMS, KIMBERLY (MINOR)
PO BOX 97
VARNVILLE, SC 29944

CREDITOR ID: 389408-54
WILLIAMS, LAURA
626 SOUTH POPULAR STREET
LINCOLNTON NC 28092

CREDITOR ID: 399603-82
WILLIAMS, LIANA
2034 CLEVELAND AVENUE
NEW ORLEANS  LA 70119

CREDITOR ID: 387636-54
WILLIAMS, LINDA
25  CUT OFF RD
LOT #12
CARTERSVILLE GA 30120

CREDITOR ID: 389285-54
WILLIAMS, MARIAN
2304 MARLETTE COURT
AUGUSTA GA 30906

CREDITOR ID: 393112-55
WILLIAMS, MARIAN
C/O: MARILYN PROTZELLER
P.O. BOX 1170
AUGUSTA GA 30903

CREDITOR ID: 256053-12
WILLIAMS, MELVIN T
542 EAGLES CROSSING CIRCLE
RIVERDALE GA 30274

CREDITOR ID: 386088-54
WILLIAMS, MERCEDES
1508 LANCASTER DRIVE
MARRERO, LA 70072

CREDITOR ID: 391280-55
WILLIAMS, MERCEDES
C/O: MARY ROSINIA
ROBERT HARVEY & TAMARA JACOBSON
2609 CANAL STREET 5TH FLOOR
NEW ORLEANS LA 70119

CREDITOR ID: 394249-56
WILLIAMS, MILEZONE
2835 STACIE DR.
VIOLET, LA 70092

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400421-85<br>WILLIAMS, MILEZONE<br>C/O LARRY OSCEOLA<br>LAW OFFICES OF LARRY OSCEOLA<br>2008 FAZZIO RD.<br>STE. 2<br>CHALMETTE LA 70043 | CREDITOR ID: 256890-12<br>WILLIAMS, NANCY<br>18000 SW 136 COURT<br>MIAMI, FL 33177 | CREDITOR ID: 256928-12<br>WILLIAMS, NATAYVEON<br>PO BOX 28<br>MORGANZA, LA 70759 |
| CREDITOR ID: 387198-54<br>WILLIAMS, PANDRA<br>1203 NW 5TH ST<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 391785-55<br>WILLIAMS, PANDRA<br>C/O SLOOTSKY & GOLDSTEIN, PA<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W OAKLAND PARK BLVD, STE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 388965-54<br>WILLIAMS, PATRICIA<br>709 NEWYORK AVE<br>SOUTH DAYTONA, FL 32119 |
| CREDITOR ID: 392869-55<br>WILLIAMS, PATRICIA<br>C/O COLETTE HECK, ESQ<br>1141 S RIDGEWOOD AVENUE<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 388871-54<br>WILLIAMS, PEGGY<br>3030 NE 11TH AVENUE<br>POMPANO BEACH, FL 33064 | CREDITOR ID: 392801-55<br>WILLIAMS, PEGGY<br>C/O: ERIC G. CANTER, ESQUIRE<br>LAW OFFICES<br>7000 WEST PALMETTO PARK RD<br>SUITE 220<br>BOCA RATON FL 33433 |
| CREDITOR ID: 387987-54<br>WILLIAMS, PHILLIP<br>305 WASHINGTON ST<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 392268-55<br>WILLIAMS, PHILLIP<br>C/O: HERBERT T SUSSMAN ESQ<br>BOYER, TANZLER & SUSSMAN<br>210 E. FORSYTH ST.<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388759-54<br>WILLIAMS, RAVIN<br>2800 N. 9TH AVE<br>APT 23B<br>PENSACOLA FL 32503 |
| CREDITOR ID: 399604-82<br>WILLIAMS, RICHARD<br>2084 DUPARD STREET<br>MANDEVILLE LA 70448 | CREDITOR ID: 389476-54<br>WILLIAMS, RICKY<br>1499 NW 45TH STREET<br>MIAMI FL 33142 | CREDITOR ID: 390431-54<br>WILLIAMS, ROBERT T<br>1146 HOMARD BLVD, EAST<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 387748-54<br>WILLIAMS, ROGGIE<br>4427 STEAMBOAT SPRINGS DRIVE E<br>JACKSONVILLE FL 32210 | CREDITOR ID: 387912-54<br>WILLIAMS, ROSE<br>828 NW 5OTH ST<br>MIAMI, FL 33127 | CREDITOR ID: 386073-54<br>WILLIAMS, SAUNDRA<br>4350 N.W. 168 TERRACE<br>CAROL CITY, FL 33055 |
| CREDITOR ID: 391269-55<br>WILLIAMS, SAUNDRA<br>C/O: JAY M. KLITZNER, P.A.<br>LAW OFFICES JAY M. KLITZNER, P.A.<br>601 SOUTH OCEAN DRIVE<br>HOLLYWOOD FL 33019 | CREDITOR ID: 391697-55<br>WILLIAMS, SHANNON R<br>C/O: TODD HAMILTON<br>SMITH, SPIRES & PEDDY, P.C.<br>2015 SECOND AVENUE NORTH<br>SUITE 200<br>BIRMINGHAM AL 35203 | CREDITOR ID: 386871-54<br>WILLIAMS, SHANNON R<br>590 CAMBELLBILLE RD<br>EMPIRE AL 35063 |
| CREDITOR ID: 388780-54<br>WILLIAMS, SHAWN<br>PO BOX 1389<br>CONCORD, NC 28027 | CREDITOR ID: 407380-MS<br>WILLIAMS, STEVEN R.<br>1209 CHIMNEY DR.<br>APEX NC 27502 | CREDITOR ID: 262281-12<br>WILLIAMS, SURLIA<br>724 NORTH 31 STREET<br>BATON ROUGE, LA 70802 |
| CREDITOR ID: 385187-54<br>WILLIAMS, SUSAN<br>P.O. BOX 1514<br>ROSEBORO, NC 28382 | CREDITOR ID: 389440-54<br>WILLIAMS, TAMEKA<br>5350 CAROL PLANTATION ROAD<br>APT 10-A<br>THEODORE AL 36582 | CREDITOR ID: 263031-12<br>WILLIAMS, TIFFANI<br>8712 REDWOOD COURT<br>TAMPA, FL 33604 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390056-54<br>WILLIAMS, TINA<br>707 N. LOGAN ST.<br>FITZGERALD GA 31750 | CREDITOR ID: 263229-12<br>WILLIAMS, TONY<br>104 CARRIAGE COURT<br>JACKSONVILLE, NC 28540 | CREDITOR ID: 394247-56<br>WILLIAMS, VERNICE L<br>3395 SW 4TH AVENUE<br>OCALA FL 34474 |
| CREDITOR ID: 385641-54<br>WILLIAMS, WALTER<br>8440 NE 1ST AVE<br>MIAMI, FL 33138 | CREDITOR ID: 390929-55<br>WILLIAMS, WALTER<br>C/O: JOHN S. SELIGMAN, ESQUIRE<br>FRIEDMAN AND FRIEDMAN<br>STE. 1011<br>2600 DOUGLAS RD.(SW 37TH AVE.)<br>CORAL GABLES FL 33134 | CREDITOR ID: 387719-54<br>WILLIAMS, WANDA<br>1447 EVANS RD<br>BOLTON MS 39041 |
| CREDITOR ID: 393467-55<br>WILLIAMS, WEPERIA (MINOR)<br>C/O CATHINA DURHAM, PARENT/GUARDIAN<br>919 S KIRKMAN RD, APT 232<br>ORLANDO FL 32811 | CREDITOR ID: 389931-54<br>WILLIAMS, WEPERIA (MINOR)<br>931 S. KIRKMAN RD. APT 192<br>ORLANDO, FL 32835 | CREDITOR ID: 392247-55<br>WILLIAMS, YSAUNDRA<br>C/O WALTER Z STEINMAN, ESQ<br>400 GREENWOOD AVENUE<br>WYNCOTTE PA 19095 |
| CREDITOR ID: 387965-54<br>WILLIAMS, YSAUNDRA<br>28033 BELL PARK ROAD<br>LACOMBE, LA 70445 | CREDITOR ID: 269175-31<br>WILLIAMSBURG ENTP CMNTY COMM<br>ATTN: JOHN WHITTLETON<br>114 W MAIN ST<br>KINGSTREE SC 29556-3344 | CREDITOR ID: 269176-31<br>WILLIAMSBURG PARKS RECREATION<br>ATTN: SHELLY COULTER<br>202 QUARTERPATH RD<br>WILLIAMSBURG VA 23185-4721 |
| CREDITOR ID: 264874-12<br>WILLIAMSON BROS BAR B-Q<br>ATTN LARRY V WILLIAMSON, VP<br>1425 ROSWELL ROAD<br>MARIETTA, GA 30062 | CREDITOR ID: 264875-12<br>WILLIAMSON LAWN MAINTENANCE<br>PO BOX 5613<br>FITZGERALD, GA 31750 | CREDITOR ID: 264876-12<br>WILLIAMSON SUPER VAC<br>202 KNOX HILL RD<br>PONCE DE LEON, FL 32455 |
| CREDITOR ID: 246619-12<br>WILLIAMSON, COLIN P<br>RT 22 BOX 2975<br>LAKE CITY FL 32024 | CREDITOR ID: 398011-76<br>WILLIAMSON, JANICE<br>29434 PERRY STORE ROAD<br>OPP, AL 36467 | CREDITOR ID: 390087-54<br>WILLIAMSON, ROBERTA<br>34179  BELT DRIVE<br>LAKE CITY, FL 33523 |
| CREDITOR ID: 393543-55<br>WILLIAMSON, ROBERTA<br>C/O: MR. ABRAHAMSON<br>ABRAHAMSON, UITERWYK AND BARNES<br>900W. PLATT STREET<br>TAMPA FL 33606 | CREDITOR ID: 260811-12<br>WILLIAMSON, SHANNON<br>679 GRANT ROAD<br>CATAULA, GA 31804 | CREDITOR ID: 264877-12<br>WILLIARDS BARBQUE<br>659-1 US HIGHWAY 301 S<br>BALDWIN FL 32234 |
| CREDITOR ID: 264878-12<br>WILLIE A SPRUELL<br>1019 WATER WORKS ROAD<br>COLUMBUS MS 39701 | CREDITOR ID: 264879-12<br>WILLIE C ANGLIN JR<br>3713 IMPERIAL<br>WINTER HAVEN FL 33880 | CREDITOR ID: 264880-12<br>WILLIE C GEORGE<br>PO BOX 1061<br>HENDERSON TX 75653-1061 |
| CREDITOR ID: 264881-12<br>WILLIE CALLAIS<br>601 WALNUT STREET<br>AMITE LA 70422 | CREDITOR ID: 264883-12<br>WILLIE F ROBERTSON JR<br>6810 NW 8TH STREET<br>MARGATE FL 33063 | CREDITOR ID: 264885-12<br>WILLIE J MCCALL<br>4438 PLUMMER DRIVE<br>MONTGOMERY AL 36106-0354 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264886-12<br>WILLIE J VANDIVER<br>272 SOUTHLAWN<br>MONTGOMERY AL 36108 | CREDITOR ID: 264887-12<br>WILLIE L THOMAS<br>2435 N LINKS AVENUE<br>SARASOTA FL 34234 | CREDITOR ID: 264888-12<br>WILLIE PEARL PRICE OF PROBATE<br>COURTHOUSE PROBATE ANNEX<br>MARSHALL STREET<br>LIVINGSTON, AL 35470 |
| CREDITOR ID: 264890-12<br>WILLIE SANFORD<br>930 EAST OAK STREET<br>LOUISVILLE KY 40204 | CREDITOR ID: 264891-12<br>WILLIE SNEED<br>6746 RHONE DRIVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 385911-54<br>WILLINGHAM, PHYLLIS<br>714 SW 6TH AVE<br>DELRAY BEACH, FL 33444 |
| CREDITOR ID: 391150-55<br>WILLINGHAM, PHYLLIS<br>C/O JEFF D VASTOLA, PA<br>ATTN JEFF VASTOLA OR J SCHULZ, ESQS<br>250 AUSTRALIAN AVENUE S, SUITE 1404<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 264892-12<br>WILLINGWAY INC<br>311 JONES MILL ROAD<br>STATESBORO, GA 30458 | CREDITOR ID: 264893-12<br>WILLIS CLEANING PRODUCTS INC<br>PO BOX 1789<br>JONESBORO, GA 30237 |
| CREDITOR ID: 377763-44<br>WILLIS RISK SOLUTIONS N AMERICA<br>PO BOX 905052<br>CHARLOTTE, NC 28290 | CREDITOR ID: 264895-12<br>WILLIS SHAW EXPRESS<br>2116 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 393139-55<br>WILLIS, BESSIE M<br>C/O: JONATHAN SURECK<br>SANDA BANKS.<br>P.O. BOX 54783<br>ATLANTA GA 30308 |
| CREDITOR ID: 386370-54<br>WILLIS, JOYCE<br>PO BOX 498<br>BROWNSVILLE KY 42210 | CREDITOR ID: 391453-55<br>WILLIS, JOYCE<br>C/O: RAY B. WHITE<br>P.O. BOX 1154<br>BOWLING GREEN KY 42102 | CREDITOR ID: 389659-54<br>WILLIS, LENORTHIA<br>1532 BARCELONA DRIVE<br>COLUMBUS, GA 31907 |
| CREDITOR ID: 393310-55<br>WILLIS, LENORTHIA<br>C/O MARK A CASTO, PC<br>ATTN  MARK A CASTO, ESQ<br>PO BOX 45<br>COLUMBUS GA 31902 | CREDITOR ID: 407539-15<br>WILLIS, MARY E<br>C/O DARRYL E ROUSON ESQ<br>3110 1ST AVENUE NORTH SUITE 5W<br>ST PETERSBURG FL 33713 | CREDITOR ID: 392036-55<br>WILLIS, NATHANIEL<br>C/O KALO & VERHEUL PA<br>ATTN  LISA ANN KALO, ESQ<br>2580 UNIVERSITY PARKWAY<br>SARASOTA FL 34243 |
| CREDITOR ID: 388869-54<br>WILLIS, PATRICIA<br>230 E. 1ST STREET<br>JACKSONVILLE, FL 32206 | CREDITOR ID: 392799-55<br>WILLIS, PATRICIA<br>C/O: GUY BENNETT RUBIN, ESQ.<br>RUBIN & RUBIN<br>P.O. BOX 395<br>520 S. FEDERAL HWY.<br>STUART FL 34995 | CREDITOR ID: 264896-12<br>WILLISHEA L JONES<br>1388 BALKIN ROAD<br>TALLAHASSEE FL 32305 |
| CREDITOR ID: 264897-12<br>WILLISTON CHAMBER OF COMMERCE<br>PO BOX 369<br>WILLISTON FL 32696 | CREDITOR ID: 264898-12<br>WILLISTON FAMILY PRACTICE<br>50 SW 7TH ST<br>WILLISTON FL 32696 | CREDITOR ID: 264899-12<br>WILLISTON FAMILY PRACTICE PA<br>111 WEST NOBLE AVENUE<br>WILLISTON, FL 32696 |
| CREDITOR ID: 264900-12<br>WILLISTON PIONEER<br>28 NW FIRST AVENUE<br>WILLISTON, FL 32696 | CREDITOR ID: 264902-12<br>WILLKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | CREDITOR ID: 264901-12<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K STREET NW<br>WASHINGTON, DC 20006-1238 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388359-54<br>WILLMER, LARRY<br>1071 DYCUS RD<br>GREENVILLE, MS 38701 | CREDITOR ID: 392460-55<br>WILLMER, LARRY<br>C/O CHAPMAN LEWIS & SWAN<br>ATTN MICHAEL A JACOB II, ESQ<br>PO BOX 428<br>CLARKSDALE MS 38614 | CREDITOR ID: 264903-12<br>WILLMUT GAS<br>ATTN SHANNON BRYDL<br>PO BOX 858<br>MAGEE, MS 39111-0858 |
| CREDITOR ID: 264904-12<br>WILLMUT GAS<br>PO BOX 1649<br>HATTIESBURG, MS 39403-1649 | CREDITOR ID: 976-03<br>WILLMUT GAS CO.<br>315 S. MAIN STREET<br>HATTIESBURG MS 39401-2242 | CREDITOR ID: 403996-94<br>WILLOUGHBY, MICHAELA<br>2262 WOODLAND PL<br>FLORENCE MS 39073 |
| CREDITOR ID: 264905-12<br>WILLOW BROOK FOODS INC<br>PO BOX 876984<br>KANSAS CITY, MO 64187-6984 | CREDITOR ID: 405850-95<br>WILLOW BROOK FOODS INC<br>PO BOX 972890<br>DALLAS TX 75391-0457 | CREDITOR ID: 407714-15<br>WILLOW BROOK FOODS, INC.<br>C/O LATHROP & GAGE, LC<br>ATTN DAN NELSON, ESQ<br>PO BOX 4288<br>SPRINGFIELD MO 65808-4288 |
| CREDITOR ID: 377766-44<br>WILLOW DISTRIBUTING<br>P O BOX 153169<br>DALLAS TX 75315-3169 | CREDITOR ID: 264906-12<br>WILLOW FOODS INC<br>PO BOX 368<br>FALLS CITY NE 68355-0368 | CREDITOR ID: 377767-44<br>WILLOWBROOK DISTRIBUTING<br>1117 COPELAND OAK DR<br>MORRISVILLE NC 27560 |
| CREDITOR ID: 264907-12<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD N W<br>ATLANTA, GA 30309-2335 | CREDITOR ID: 2685-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD NW<br>ATLANTA, GA 30309-2335 | CREDITOR ID: 246588-12<br>WILLS, CODY<br>16038 CHIEF DRIVE<br>HUDSON FL 34667 |
| CREDITOR ID: 264910-12<br>WILMAS PUMP & TANK CO<br>PO BOX 4257<br>GREENVILLE SC 29608-4257 | CREDITOR ID: 264912-12<br>WILMINGTON STAR NEWS<br>PO BOX 840<br>1003 S 17TH ST<br>WILMINGTON NC 28402-0840 | CREDITOR ID: 407469-99<br>WILMINGTON TRUST CO AS TTEE OF<br>SOUTHLAND-ANDERSON WD DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 403543-99<br>WILMINGTON TRUST COMPANY<br>C/O BERGER SINGERMAN PA<br>ATTN: PAUL STEVEN SINGERMAN, ESQ<br>200 SOUTH BISCAYNE BLVD, STE 1000<br>MIAMI FL 33131-5308 | CREDITOR ID: 278998-99<br>WILMINGTON TRUST COMPANY<br>C/O CURTIS MALLET-PREVOST COLT & MOSLE<br>ATTN: STEVEN REISMAN/ANDREW  THAU<br>101 PARK AVENUE<br>NEW YORK NY 10178-0061 | CREDITOR ID: 47-08<br>WILMINGTON TRUST COMPANY<br>ATTN: TOM MORRIS, SR. FINANCIAL<br>SERVICES OFFICER<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 |
| CREDITOR ID: 264913-12<br>WILMINGTON TRUST COMPANY<br>PO BOX 8955<br>FEES & PAYMENT<br>WILMINGTON DE 19899-8955 | CREDITOR ID: 278998-99<br>WILMINGTON TRUST COMPANY<br>ATTN: STEVEN M CIMALORE<br>1100 N MARKET ST<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 | CREDITOR ID: 278721-27<br>WILMINGTON TRUST COMPANY AS<br>INDENTURE TRUSTEE<br>ATTN CORPORATE TRUST DEPARTMENT<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 |
| CREDITOR ID: 264914-12<br>WILNETTA S CRUDUP<br>235 FOSTER MHP DRIVE<br>LOUISBURG NC 27549 | CREDITOR ID: 388013-54<br>WILRIGHT, VALERIE<br>PO BOX 153<br>SAINT ROSE, LA 70087 | CREDITOR ID: 392290-55<br>WILRIGHT, VALERIE<br>C/O LABOURDETTE LAW FIRM, LLC<br>ATTN SCOT LABOURDETTE, ESQ<br>1100 POYDRAS STREET, SUITE 2900<br>NEW ORLEANS LA 70163 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278113-23<br>WILSON & MUIR<br>ATTN: BOOKKEEPING<br>PO BOX 346<br>BARDSTOWN KY 40004 | CREDITOR ID: 264915-12<br>WILSON & MUIR BANK TRUST CO<br>PO BOX 346<br>BARDSTOWN, KY 40004 | CREDITOR ID: 278971-30<br>WILSON & SON SALES<br>2811 AIRPORT RD<br>PLANT CITY, FL 33563-1145 |
| CREDITOR ID: 264917-12<br>WILSON C ALSTON<br>1889 WHITTLES MILL ROAD<br>SOUTH HILL VA 23970 | CREDITOR ID: 264918-12<br>WILSON DODGE<br>4200 LAKELAND DRIVE<br>JACKSON MS 39232 | CREDITOR ID: 264919-12<br>WILSON FENCE CO INC<br>PO BOX 926<br>MONROE, NC 28111-0926 |
| CREDITOR ID: 264921-12<br>WILSON HART HARDWARE INC<br>1228 OPA LOCKA BLVD<br>OPA LOCKA FL 33054 | CREDITOR ID: 264922-12<br>WILSON ICE ENTERPRISES<br>4446 OLD WINTER GARDEN RD<br>SUITE 106<br>ORLANDO FL 32811 | CREDITOR ID: 403997-94<br>WILSON JR, THOMAS L.<br>2129 YOUNG FARM PLACE<br>MONTGOMERY AL 36106 |
| CREDITOR ID: 264923-12<br>WILSON PROCESSING CO<br>BOX 18<br>RICHLAND, SC 29675 | CREDITOR ID: 264924-12<br>WILSON WELDING OF LINWOOD INC<br>1008 HARGRAVE ROAD<br>LEXINGTON, NC 27292 | CREDITOR ID: 388091-54<br>WILSON, AISHEA<br>38 BRIDEL PATH<br>ARCADIA, FL 34266 |
| CREDITOR ID: 388091-54<br>WILSON, AISHEA<br>38 BRIDLE PATH WAY<br>ARCADIA, FL 34266 | CREDITOR ID: 373624-44<br>WILSON, AMANDA Y<br>6427 AIRPORT BLVD<br>#G 44<br>MOBILE, AL 36608 | CREDITOR ID: 397948-76<br>WILSON, ANNIE<br>603 FINLEY AVENUE<br>SYLACAUGA, AL 35150 |
| CREDITOR ID: 243059-12<br>WILSON, BARBARA<br>12700 PEA BRIDGE ROAD<br>LAURINBURG NC 28352 | CREDITOR ID: 381613-47<br>WILSON, BARBARA<br>520 NAVARRE DRIVE<br>STONE MOUNTAIN, GA 30087 | CREDITOR ID: 389679-54<br>WILSON, BENJAMIN<br>832 LAVON DR.<br>PENSACOLA, FL 32506 |
| CREDITOR ID: 393328-55<br>WILSON, BENJAMIN<br>C/O: EARLYNN STILLWELL, ESQ<br>MCKENZIE & ALLEN, LLP<br>P. O. BOX 1270<br>PENSACOLA FL 32591-1270 | CREDITOR ID: 387229-54<br>WILSON, BETTY<br>5831 PRESCOTT ROAD<br>BATON ROUGE, LA 70805 | CREDITOR ID: 391817-55<br>WILSON, BETTY<br>C/O: GAIL HORNE RAY, ESQUIRE<br>GAIL HORNE RAY, ESQUIRE<br>1822 N. ACADIAN THRUWAY  WEST<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 244672-12<br>WILSON, CAROLYN<br>228 LEAVELLWOODS<br>JACKSON, MS 39212 | CREDITOR ID: 386181-54<br>WILSON, CARRIE D<br>314 GREAT LAKES STREET<br>TALLAHASSEE, FL 32305 | CREDITOR ID: 391337-55<br>WILSON, CARRIE D<br>C/O CAROLYN DAVIS CUMMINGS, PA<br>462 W BREVARD STREET<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 399605-82<br>WILSON, CHARLES<br>2902 NEMAN ROAD<br>TALLAHASSEE  AL 36078 | CREDITOR ID: 387609-54<br>WILSON, CHERYL<br>18270 HIGHWAY 22 EAST<br>LOT 22<br>PONCHATOULA LA 70454 | CREDITOR ID: 392087-55<br>WILSON, CHERYL<br>C/O: STEVE WANKO, ESQ.<br>THE WANKO LAW FIRM LLC<br>1009 N. CARNATION ST.,<br>SUITE D<br>SLIDELL LA 70460 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 245216-12<br>WILSON, CHEVETA<br>3089 N DELEON<br>BEVERLY HILLS, FL 34464 | CREDITOR ID: 247841-12<br>WILSON, DEBORAH MORGAN<br>6300 OLD CANTON ROAD<br>APT 15 - 103<br>JACKSON, MS 39211 | CREDITOR ID: 407381-MS<br>WILSON, DONALD E.<br>761 FRUIT COVE DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 388934-54<br>WILSON, DORIS<br>18821 NE 3RD COURT<br>MIAMI, FL 33169 | CREDITOR ID: 248403-12<br>WILSON, DORIS<br>4780 W 65TH AVENUE<br>DAVIE, FL 33314 | CREDITOR ID: 392838-55<br>WILSON, DORIS<br>C/O STEVEN KLITZNER PA<br>ATTN STEVEN KLITZNER, ESQ<br>2450 NE MIAMI GARDENS DRIVE, 2D FL<br>NORTH MIAMI BEACH FL 33180 |
| CREDITOR ID: 374816-44<br>WILSON, ELLA L<br>1330 ARMSTRONG CIRCLE<br>RALEIGH, NC 27603 | CREDITOR ID: 389201-54<br>WILSON, FREDRICK<br>10 WEST ADAMS STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 393061-55<br>WILSON, FREDRICK<br>C/O: D. SCOTT CRAIG, ESQ.<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 386096-54<br>WILSON, GLORIA<br>6943 LUCKY DRIVE EAST<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 388922-54<br>WILSON, HERBERT<br>782 N.W. 42ND AVE.<br>MIAMI, FL 33126 | CREDITOR ID: 392827-55<br>WILSON, HERBERT<br>C/O: STEPHEN S. NUELL, ESQ.<br>NUELL & POLSKY<br>782 N.W. 42ND AVENUE<br>SUITE 345<br>MIAMI FL 33126 |
| CREDITOR ID: 385886-54<br>WILSON, JAWANA<br>1368 WEST HIGHPLAIN DRIVE<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 391134-55<br>WILSON, JAWANA<br>C/O: MR. REESE MARSHALL, ESQUIRE<br>REESE MARSHALL<br>214 E. ASHLEY ST.<br>JACKSONVILLE FL 32202 | CREDITOR ID: 385846-54<br>WILSON, KATHRINE (MINOR)<br>2224 CHAPIN STREET<br>TAMPA, FL 33605 |
| CREDITOR ID: 391100-55<br>WILSON, KATHRINE (MINOR)<br>C/O: PETER AARE, ESQ<br>AARE LAW GROUP PA<br>1001 THIRD AVE WEST<br>BRADENTON FL 34205 | CREDITOR ID: 389340-54<br>WILSON, KEINO<br>2524 CENTER GATE DR.<br>APT#201<br>MIRAMAR FL 33025 | CREDITOR ID: 393150-55<br>WILSON, KEINO<br>C/O: JEFFREY R. DEUTSCH, P.A.<br>JEFFREY R. DEUTSCH, P. A.<br>4770 BISCAYNE BLVD<br>STE 1450<br>MIAMI FL 33317 |
| CREDITOR ID: 386751-54<br>WILSON, LAUREEN<br>3999 HOLLYWOOD BLVD, SUITE 725<br>HOLLYWOOD FL 33021 | CREDITOR ID: 391672-55<br>WILSON, LAUREEN<br>C/O: DIANA CASTRILLON, ESQ<br>ROSEN & ROSEN, P.A.<br>4000 HOLLYWOOD BLVD<br>SUITE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 397949-76<br>WILSON, LIR'SE<br>294 C BURG F VILLE HWY<br>CHIDERSBURG, AL 35044 |
| CREDITOR ID: 388038-54<br>WILSON, MARK<br>603 SE 7 AVENUE<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 388038-54<br>WILSON, MARK<br>C/O COHEN AND COHEN, PA<br>ATTN KEITH A GOLDBLUM, ESQ<br>2525 N STATE RD 7 (441)<br>HOLLYWOOD FL 33021 | CREDITOR ID: 392312-55<br>WILSON, MARK<br>C/O COHEN & COHEN, PA<br>ATTN KEITH GOLDBLUM, ESQ<br>2525 NORTH STATE ROAD 7 (441)<br>HOLLYWOOD FL 33021-3206 |
| CREDITOR ID: 388550-54<br>WILSON, MELINDA<br>5750 MORNING CREEK DRIVE<br>COLLEGE PARK, GA 30349 | CREDITOR ID: 392622-55<br>WILSON, MELINDA<br>C/O EDWARD M FITTS, ESQ<br>230 PEACHTREE ST NW, SUITE 900<br>ATLANTA GA 30303 | CREDITOR ID: 386408-54<br>WILSON, ROBERTA<br>1101 EAGLE POND DRIVE<br>WINTER HAVEN FL 33884 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391479-55<br>WILSON, ROBERTA<br>C/O: MICHAEL B. MURPHY ESQUIRE<br>THE STANLEY WINES LAW FIRM P.A.<br>P.O. BOX 860<br>WINTER HAVEN FL 33882-0860 | CREDITOR ID: 388640-54<br>WILSON, SANDY A<br>4936 ASTORIA COURT<br>JACKSONVILLE FL 32217 | CREDITOR ID: 389257-54<br>WILSON, SHARON<br>3416 WALTON AVENUE<br>FORT WORTH TX 76133 |
| CREDITOR ID: 381566-47<br>WILSON, STEVEN A<br>1315 HARDAGE LANE<br>COLLEYVILLE, TX 76034-6015 | CREDITOR ID: 394319-56<br>WILSON, SUSAN<br>6680 MONCRIFF RD.<br>JACKSONVILLE FL 32219 | CREDITOR ID: 262293-12<br>WILSON, SUSAN F.<br>CIRCUIT COURT OF MOBILE COUNTY<br>205 GOVERNMENT ST., RM C936<br>MOBILE, AL 36644-2936 |
| CREDITOR ID: 407382-MS<br>WILSON, THOMAS L.<br>2129 YOUNG FARM PLACE<br>MONTGOMERY AL 36106 | CREDITOR ID: 388866-54<br>WILSON, TINA<br>6444 OLD MAIN ST<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 387008-54<br>WILSON, TOBAR<br>2771 NW 193 TERRACE<br>CAROL CITY FL 33056 |
| CREDITOR ID: 386382-54<br>WILSON, VONCYLE<br>803 FRALEY ST<br>MADISON FL 32340 | CREDITOR ID: 391463-55<br>WILSON, VONCYLE<br>C/O: ARTHUR C. BEAL, JR., ESQ.<br>ARTHUR BEAL<br>P.O. BOX 14509<br>TALLAHASSEE FL 32317 | CREDITOR ID: 386213-54<br>WILSON, WAYNE<br>825 BARNETT STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 264925-12<br>WILTON CONNOR PACKAGING LLC<br>PO BOX 60179<br>CHARLOTTE, NC 28260-0179 | CREDITOR ID: 384421-47<br>WILTON INDUSTRIES INC<br>ATTN LUBA GEORGE<br>2240 W 75TH STREET<br>WOODRIDGE IL 60517 | CREDITOR ID: 316150-41<br>WILTON PARTNERS CROWLEY LTD<br>THREE WORLD FINANCIAL CENTER<br>12TH FLOOR<br>NEW YORK NY 10285 |
| CREDITOR ID: 387771-54<br>WIMBERLY, PHYLLIS<br>3453 AVENUE K NW<br>WINTER HAVEN FL 33881 | CREDITOR ID: 387831-54<br>WIMBERLY, WILLIE<br>72 FORT GAINES ST.<br>BLAKELY GA 31783 | CREDITOR ID: 388434-54<br>WIMMER, ANNA<br>3810 STRATFORD PARK DR #8<br>ROANOKE, VA 24018 |
| CREDITOR ID: 392531-55<br>WIMMER, ANNA<br>C/O: ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 264926-12<br>WIMPEES MUFFLER SHOP<br>3786 NORMAN BRIDGE RD<br>MONTGOMERY AL 36105 | CREDITOR ID: 380942-47<br>WIN GENERAL INSURANCE CO INC<br>151 MEETING PALCE<br>SUITE # 301<br>CHARLESTON, SC 29401 |
| CREDITOR ID: 264927-12<br>WIN MANDALAY INC<br>8450 NORTH SHERMAN CIRCLE<br>SUITE 308<br>MIRAMAR FL 33025-2178 | CREDITOR ID: 383077-51<br>WIN WIN GLOBAL SOURCING, LLC<br>3312 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | CREDITOR ID: 264928-12<br>WINBOURNE ELEMENTARY SCHOOL<br>4501 WINBOURNE AVE<br>BATON ROUGE, LA 70805 |
| CREDITOR ID: 264929-12<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CENTER<br>370 SEVENTH AVENUE<br>SUITE 1700<br>NEW YORK, NY 10001 | CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW YORK, NY 10001 | CREDITOR ID: 389667-54<br>WINCHELL, JAIME<br>10240 SPIVEY TERRS<br>JACKSONVILLE, FL 32225 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393318-55<br>WINCHELL, JAIME<br>C/O TINA ASBER<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264930-12<br>WINCHESTER ROAD VENTURE LLC<br>C/O HARMAN PROPERTY MGMT SERVICE<br>3470 BLAZER PARKWAY THE ATRIUM<br>LEXINGTON KY 40509-1810 | CREDITOR ID: 269177-31<br>WINCHESTER-FREDERICK COUNTY<br>ATTN: CHARLES WEISS<br>2 N CAMERON ST STE 200<br>WINCHESTER VA 22601-4791 |
| CREDITOR ID: 264931-12<br>WINCUP HOLDINGS LP<br>PO BOX 532586<br>ATLANTA GA 30353-2586 | CREDITOR ID: 264932-12<br>WINDER PACKAGING LLC<br>PO BOX 8631<br>3040 WHITE HORSE RD<br>GREENVILLE SC 29604 | CREDITOR ID: 264933-12<br>WINDGATE PLACE APARTMENTS<br>220 BRANCHVIEW DRIVE<br>CHARLOTTE NC 28217 |
| CREDITOR ID: 264934-12<br>WINDHAM COCOA CORP<br>PO BOX 617<br>TURNERSVILLE, NJ 08012 | CREDITOR ID: 398012-76<br>WINDHAM, JENNY<br>235 B EAST WASHINGTON STREET<br>ABBEVILLE, AL 36310 | CREDITOR ID: 269674-19<br>WINDHAM, JENNY<br>ATTN: JOSEPH ANTHONY MORRIS<br>170 E. MAIN STREET<br>PO BOX 1649<br>DOTHAN AL 36302 |
| CREDITOR ID: 392017-55<br>WINDHAM, JENNY<br>C/O: JOSEPH A. MORRIS<br>MORRIS, CARY & ANDREWS<br>170 EAST MAIN ST<br>P.O. BOX 1649<br>DOTHAN AL 36302 | CREDITOR ID: 407383-MS<br>WINDHAM, JOHN B.<br>4624 PARK DR. N.<br>METAIRE LA 70001 | CREDITOR ID: 262921-12<br>WINDOW MAN, THE<br>PO BOX 36186<br>PENSACOLA, FL 32516-6186 |
| CREDITOR ID: 264935-12<br>WINDSOR FOOD GROUP<br>DEPT 97<br>PO BOX 4346<br>HOUSTON TX 77210-4346 | CREDITOR ID: 264936-12<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA PATH, SC 29654-0125 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 |
| CREDITOR ID: 264937-12<br>WINDSOR STATION LC<br>C/O PHILLIPS EDISON & CO<br>ATTN: BARBARA HOOD<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 264938-12<br>WINDSOR WHOLESALE COMPANY<br>505 ROCKNE AVENUE<br>MASSAPEQUA PARK, NY 11205 | CREDITOR ID: 264939-12<br>WINDWARD OF DAYTONA<br>PO BOX 7647<br>DAYTONA BEACH, FL 32116-7647 |
| CREDITOR ID: 264940-12<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL ESTA<br>PO BOX 2287<br>111 WILLIAMS STREET<br>GREENVILLE, SC 29602 | CREDITOR ID: 388994-54<br>WINEBARGER, LILA<br>13967 ODIE ROAD<br>JACKSONVILLE, FL 32220 | CREDITOR ID: 392895-55<br>WINEBARGER, LILA<br>C/O: MR. STEPHEN A. LANKES, ESQUIRE<br>FARAH, FARAH, & ABBOTT, P.A.<br>1534 KINGSLEY AVE.<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 406309-15<br>WINES, CARRIE LEIGH<br>PO BOX 261<br>HENDERSONVILLE NC 28793 | CREDITOR ID: 264941-12<br>WINGATE INN<br>4681 LENOIR AVENUE SOUTH<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 264942-12<br>WINGATE INN AIRPORT<br>1200 AIRPORT ROAD<br>JACKSONVILLE, FL 32218 |
| CREDITOR ID: 264943-12<br>WINGATE INN WINDSOR PARKE<br>4791 WINDSOR COMMONS COURT<br>JACKSONVILLE, FL 32224 | CREDITOR ID: 264944-12<br>WINGATE UNIVERSITY<br>CAMPUS BLOCK 3071<br>WINGATE NC 28174 | CREDITOR ID: 264945-12<br>WINGATEINN CONVENTION CENTER<br>5661 WINDHOVER DRIVE<br>ORLANDO FL 32819 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407384-MS<br>WINGE, CHARLES E.<br>991 FLATWOODS TRAIL<br>GLENVILLE GA 30427 | CREDITOR ID: 264947-12<br>WINGFOOT COMMERCIAL TIRE<br>4111 NORTH JOHN YOUNG PARKWAY<br>ORLANDO FL 32804 | CREDITOR ID: 264946-12<br>WINGFOOT COMMERCIAL TIRE<br>1301 CUSSETA ROAD<br>COLUMBUS, GA 31901 |
| CREDITOR ID: 404036-15<br>WINGFOOT COMMERCIAL TIRE SYSTEMS<br>ATTN JOE RIGGINS, CR MGR<br>PO BOX 48<br>FORT SMITH AR 72902 | CREDITOR ID: 269178-31<br>WINGMARK ST JOHN DEV LLC<br>ATTN: EDWIN R PADGETT<br>3410 W PACES FERRY CT NW<br>ATLANTA GA 30327-2228 | CREDITOR ID: 264948-12<br>WINGS LOCKSMITH SHOP<br>PO BOX 240005<br>MONTGOMERY, AL 36124 |
| CREDITOR ID: 264949-12<br>WINIFRED MUSE<br>1810 SPAIN STREET<br>NEW ORLEANS LA 70117 | CREDITOR ID: 397321-69<br>WININGHAM, SHIRLEY<br>520 CARDINAL RIDGE DRIVE<br>ROCKY MOUNT, VA 24151 | CREDITOR ID: 264950-12<br>WINN DAVIS BROWN JR<br>PO BOX 249<br>SOUTHAVEN MS 38671-0249 |
| CREDITOR ID: 264951-12<br>WINN DIXIE  GREENVILLE INC<br>PO BOX 411208<br>CHARLOTTE NC 28201 | CREDITOR ID: 264952-12<br>WINN DIXIE # 199<br>703 CHAFFEE ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 264954-12<br>WINN DIXIE JACKSONVILLE, INC<br>PO BOX 40595<br>JACKSONVILLE FL 32203-0595 |
| CREDITOR ID: 264955-12<br>WINN DIXIE LOUISVILLE INC<br>PO BOX 17121<br>LOUISVILLE KY 40217-0121 | CREDITOR ID: 264956-12<br>WINN DIXIE ORLANDO<br>PO BOX 40043<br>ORLANDO, FL 32203-0043 | CREDITOR ID: 264957-12<br>WINN DIXIE RALEIGH<br>PO BOX 25511<br>RALEIGH NC 27601 |
| CREDITOR ID: 407385-MS<br>WINN JR., JESSE R.<br>1203 LOCHCARRON LANE<br>CARY NC 27511 | CREDITOR ID: 269179-14<br>WINN PARISH ASSESSOR OFFICE<br>ATTN: A D LITTLE<br>100 W MAIN ST RM 101<br>WINNFIELD LA 71483-3239 | CREDITOR ID: 391373-55<br>WINN, LINDA S<br>C/O: ROBERT TRUMBO<br>BAILEY AND TRUMBO, PA<br>340 NORTH CAUSEWAY<br>NEW SMYRNA BCH FL 32169 |
| CREDITOR ID: 256086-12<br>WINN, MEREDITH<br>4935 PRINCE WILIAM ROAD<br>BRUNSON SC 29911 | CREDITOR ID: 400022-84<br>WINN-DIXIE LOGISITICS, INC.<br>1141 S.W. 12TH AVE<br>POMPANO BCH FL 33069 | CREDITOR ID: 385148-54<br>WINN-DIXIE LOGISTICS<br>6100 MCINTOSH RD.<br>SARASOTA, FL 33583 |
| CREDITOR ID: 388341-54<br>WINN-DIXIE LOGISTICS<br>3300 N.W 123RD ST.<br>MIAMI, FL 33167 | CREDITOR ID: 388327-54<br>WINN-DIXIE LOGISTICS<br>3015 COASTLINE DR.<br>ORLANDO, FL 32808 | CREDITOR ID: 388914-54<br>WINN-DIXIE LOGISTICS<br>2401 NEVADA BLVD<br>CHARLOTTE, NC 28273 |
| CREDITOR ID: 389857-54<br>WINN-DIXIE LOGISTICS<br>3925 HIGHWAY 190 W.<br>HAMMOND, LA 70401 | CREDITOR ID: 387856-54<br>WINN-DIXIE LOGISTICS, ATLANTA<br>5400 FULTON INDUSTRIAL BLVD<br>ATLANTA, GA 30302 | CREDITOR ID: 392815-55<br>WINN-DIXIE LOGISTICS, INC.<br>C/O: THOMAS M. MOORE<br>SHUTTLESWORTH & MOORE<br>104 23RD STREET<br>BRIMINGHAM AL 35233 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:  05-03817-3F1

CREDITOR ID: 390366-54
WINN-DIXIE OF LA
3925 HWY 190 W
HAMMOND, LA 70401

CREDITOR ID: 399748-84
WINN-DIXIE STORES, INC.
7150 FOREST CITY ROAD, # 105
ORLANDO FL 32810

CREDITOR ID: 384422-47
WINONA PACKING CO INC
ATTN: BILL GRAVES, PRES
PO BOX 745
WINONA, MS 38967

CREDITOR ID: 264959-12
WINSLOW GROUP
1901 HIGHLAND DRIVE
BEDFORD, TX 76021

CREDITOR ID: 395363-63
WINSLOW GROUP, THE
1516 TRAVIS COURT
IRVING, TX 75038

CREDITOR ID: 264960-12
WINSLOW WILLIAMSON
1317 E MARTIN STREET
RALEIGH NC 27610

CREDITOR ID: 269180-14
WINSTON COUNTY COMMISSION
ATTN: SANDRA WRIGHT
11 BLAKE DR RM 1
DOUBLE SPRINGS AL 35553-2165

CREDITOR ID: 264961-12
WINSTON EDMAN
1951 N W 141ST STREET, UNIT 33
OPA LOCKA FL 33054-4152

CREDITOR ID: 264962-12
WINSTON INTERNATIONAL
ATTN GWEN WINSTON
200 HILLSBORO ST
PO BOX 1608
OXFORD, NC 27565

CREDITOR ID: 264963-12
WINSTON SALE CAROLANE PROPANE
1421 SOUTH MAIN STREET
WINSTON SALEM, NC 27127

CREDITOR ID: 264965-12
WINSTON SALEM JOURNAL
PO BOX 26549
RICHMOND, VA 23261-6549

CREDITOR ID: 264964-12
WINSTON SALEM JOURNAL
418 NORTH MARSHALL STREET
WINSTON SALEM, NC 27101

CREDITOR ID: 244261-12
WINSTON, BYRON
7443 CARIBOU TRAIL
RIVERDALE GA 30296

CREDITOR ID: 264966-12
WINTER HAVEN HIGH SCHOOL BAND
600 SIXTH STREET SE
WINTER HAVEN FL 33880

CREDITOR ID: 264967-12
WINTER HAVEN HOSP DBA HEALTHWORKS
134 ARIANA AVENUE
AUBURNDALE, FL 33823

CREDITOR ID: 405855-95
WINTER HAVEN HOSPITAL
C/O FIRST CARE
500 1ST STREET NORTHEAST
HEALTHWORKS
WINTER HAVEN FL 33881-4131

CREDITOR ID: 264968-12
WINTER HAVEN NEWS CHEIF
650 6TH SW
WINTER HAVEN, FL 33882

CREDITOR ID: 264969-12
WINTER PARK HIGH SCHOOL
2100 SUMMERFIELD ROAD
WINTER PARK FL 32792

CREDITOR ID: 264970-12
WINTER PARK ICE
1920 COMMERCE OAK AVENUE
ORLANDO, FL 32808

CREDITOR ID: 269181-31
WINTER PARK WATER GARDEN
ATTN: LOYD J MINTZ
519 S KERR AVE
WILMINGTON NC 28403-8420

CREDITOR ID: 407441-15
WINTERSGILL, ROBERT & CYNTHIA JT T
1909 PEPPERELL DRIVE
NEW PORT RICHEY FL 34655

CREDITOR ID: 264971-12
WINTHROP UNIVERSITY
19 TILLMAN HALL
FINANCIAL AID OFFICER
ROCK HILL SC 29733

CREDITOR ID: 2019-RJ
WINYAH VILLAGE SHOPPING CENTER
C/O CENTURY 21 GRIMES & ASSOC
PO BOX 664
GEORGETOWN, SC 29442-0664

CREDITOR ID: 264972-12
WINYAH VILLAGE SHOPPING CTR
C/O CENTURY 21 GRIMES & ASSOC
PO BOX 664
GEORGETOWN, SC 29442-0664

CREDITOR ID: 406266-G4
WIPRO LIMITED
11921 FREEDOM DR., SUITE 970
RESTON VA 20190

CREDITOR ID: 264973-12
WIPRO LIMITED
1300 CRITTENDEN LANE, SUITE 200
MOUNTAIN VIEW, CA 94043

CREDITOR ID: 264974-12
WIREGRASS COMMERCIAL SERVICE
ATTN B JAY HELMS, OWNER
2329 STATE HWY 85
GENEVA, AL 36340

SERVICE LIST
Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264975-12<br>WIREGRASS PLAZA  TIC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 2687-07<br>WIREGRASS PLAZA, LLC<br>P O BOX 235000<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 264977-12<br>WIRELESS 1 OF SOUTH FLORIDA INC<br>633 EAST ATLANTIC BOULEVARD<br>POMPANO BEACH, FL 33060-6343 |
| CREDITOR ID: 264978-12<br>WIRELESS PRODUCTS COMMUNICATIN SPEC<br>6944 VAUGHN ROAD<br>MONTGOMERY AL 36116 | CREDITOR ID: 264979-12<br>WIRELESS PRODUCTS INC<br>3069 MOBILE HWY<br>MONTGOMERY, AL 36108 | CREDITOR ID: 263230-12<br>WIRZ, TONY<br>5101 INDIAN BEND LANE<br>FORT PIERCE, FL 34951 |
| CREDITOR ID: 264980-12<br>WISCO ELECTRIC INC<br>17 LUCILLE STREET NE<br>FT. WALTON BEACH, FL 32548 | CREDITOR ID: 399707-YY<br>WISCO ELECTRIC INC<br>PO BOX 695<br>FT WALTON BEACH FL 32549 | CREDITOR ID: 264981-12<br>WISCONSIN CHEESE GROUP<br>ATTN: RANDALL RIESE, CONTROLLER<br>PO BOX 951393<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 278609-25<br>WISCONSIN NATIONAL LIFE INSURANCE<br>ATTN: INVESTMENT DEPARTMENT<br>PO BOX 2606<br>BIRMINGHAM AL 35202 | CREDITOR ID: 269380-16<br>WISCONSIN PHYSICIANS SERVICE<br>PO BOX 8997<br>MADISON, WI 53708-8997 | CREDITOR ID: 264982-12<br>WISDOM BEVERAGE LLC<br>ATTN: ROBERT L BOWMAN, MNGNG DIR<br>1100 CORPORATION PKWY, STE 129<br>RALEIGH, NC 27610-1300 |
| CREDITOR ID: 264983-12<br>WISDOM RETAIL SALES<br>2430 PAYNE STREET<br>EVANSTON, IL 60201-2513 | CREDITOR ID: 388014-54<br>WISDOM, WINSTON<br>412 SW 7TH AVE<br>HOMESTEAD, FL 33030 | CREDITOR ID: 392291-55<br>WISDOM, WINSTON<br>C/O TROY & SCHWARTZ, LLC<br>ATTN JONATHAN SCHWARTZ, ESQ<br>7103 SW 102 AVENUE, SUITE B<br>MIAMI FL 33173 |
| CREDITOR ID: 264984-12<br>WISE DIST JACKSONVILLE<br>5784 MINING TERRACE<br>JACKSONVILLE, FL 32257-3201 | CREDITOR ID: 264985-12<br>WISE FOODS INC<br>PO BOX 538062<br>ATLANTA, GA 30353-8062 | CREDITOR ID: 269182-31<br>WISE WOMEN CMNTY DEV CORP<br>ATTN: EVANGELA WATFORD<br>514 KILBY AVE<br>SUFFOLK VA 23434-5940 |
| CREDITOR ID: 389888-54<br>WISE, DANIEL<br>531 FLOWINGWELL ROAD<br>LEESBURG, GA 31763 | CREDITOR ID: 393428-55<br>WISE, DANIEL<br>C/O: ALFRED N. CORRIERE, ESQUIRE<br>VANSANT, CORRIERE & MCCLURE, P.C.<br>P.O. BOX 346<br>ALBANY GA 31702-0346 | CREDITOR ID: 278973-30<br>WISHNATZKI FARMS<br>PO BOX 1839<br>PLANT CITY, FL 33564 |
| CREDITOR ID: 381775-15<br>WISHNATZKI, INC<br>ATTN GARY WISHNATZKI, PRES<br>100 STEARNS AVENUE<br>PLANT CITY FL 33563 | CREDITOR ID: 374801-44<br>WISMAN, EDWARD S<br>5058 SE RAILWAY AVENUE<br>STUART, FL 34997 | CREDITOR ID: 264988-12<br>WISSAM NADRA<br>251 N HWY 16<br>#14<br>DENVER NC 28037 |
| CREDITOR ID: 390347-54<br>WITHALL, JAMES JR<br>999 BUTTERNUT TERRACE<br>BOCA RATON FL 33486 | CREDITOR ID: 391493-55<br>WITHALL, JAMES JR<br>C/O: LYLE MASNIKOFF ESQ.<br>LEWEN REICH & MANCINI<br>BRANDYWINE CENTRE II<br>560 VILLAGE BLVD., STE. 345<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 264989-12<br>WITHLACOOCHEE RIVER ELEC COOP<br>ATTN ARLENE M STEVENS<br>PO BOX 278<br>DADE CITY, FL 33526-0278 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 405858-95
WITHLACOOCHEE RIVER ELEC COOP
PO BOX 100
DADE CITY FL 33526-0100

CREDITOR ID: 983-03
WITHLACOOCHEE RIVER ELECTRIC COOP
PO BOX 278
DADE CITY FL 33525

CREDITOR ID: 269183-31
WITHLCCHEE RGIONAL PLG COUNCIL
ATTN: EUGENE POOLE
1241 SW 10TH ST
OCALA FL 34474-2723

CREDITOR ID: 405953-15
WITHROW, SANDRA A
142 CYPRESS LANE
LAKE HAVASU CITY AZ 86403

CREDITOR ID: 264990-12
WITTENBACH BUSINESS SYSTEMS
100 SPARKS VALLEY ROAD
SUITE B
SPARKS MD 21152

CREDITOR ID: 264991-12
WITTICHEN SUPPLY CO
ATTN SHAWN BARAKAT, CR MGR
1600 THIRD AVE SO
BIRMINGHAM, AL 35233-1707

CREDITOR ID: 269184-31
WJCC COMMUNITY ACTION AGENCY
ATTN: PURTIS JHONSON
312 WALLER MILL RD
WILLIAMSBURG VA 23185-3000

CREDITOR ID: 264992-12
WJS ENTERPRISES INC
PO BOX 54138
NEW ORLEANS LA 70154-4138

CREDITOR ID: 382320-51
WM BOLTHOUSE FARMS, INC
7200 EAST BRUNDAGE LANE
BAKERSFIELD, CA 93307

CREDITOR ID: 264993-12
WM C VICK CONSTRUCTION CO
PO BOX 33357
RALEIGH NC 27636-3357

CREDITOR ID: 264994-12
WM E MARTIN & SONS CO INC
ATTN WILLIAM S MARTIN, VP
93-39 170TH ST
JAMAICA, NY 11433-1214

CREDITOR ID: 264995-12
WM J BRIGGS MD PC
ATTN WILLIAM J BRIGGS
PO BOX 466
MCRAE, GA 31055

CREDITOR ID: 384423-47
WM THIESAND & SONS
201 EAST COAST STREET SOUTH
LAKE WORTH, FL 33460-4499

CREDITOR ID: 264996-12
WM WRIGLEY JR CO
PO BOX 905020
CHARLOTTE, NC 28290-5020

CREDITOR ID: 405859-95
WM WRIGLEY JR CO
175 BAYRIDGE LANE
ATTN JEANNE HARSTAD
WESTON FL 33326

CREDITOR ID: 407765-15
WM WRIGLEY JR CO
ATTN BRIAN BAYSTON, FINANCE ANALYST
410 N MICHIGAN AVENUE
CHICAGO IL 60611

CREDITOR ID: 382899-51
WMS RX DRUG PLAN
3090 PREMIERE PARKWAY, SUITE 100
DULUTH, GA 30097

CREDITOR ID: 386673-54
WOEDL, KATHY
5286 S GATE BLVD
APT 10
FAIRFIELD OH 45014

CREDITOR ID: 400986-91
WOJCECHOWSKYJ, LEO E
1577 SHADOW RIDGE CIRCLE
SARASOTA FL 34240

CREDITOR ID: 261958-12
WOJEWODA, STEPHIE
5801 N ATLANTIC AVENUE
UNIT #113
CAPE CANAVERAL, FL 32920

CREDITOR ID: 387145-54
WOLBERT, TARCELIA
501 S.W. 75TH STREET
APT. E10
GAINESVILLE, FL 32607

CREDITOR ID: 391730-55
WOLBERT, TARCELIA
C/O: MICHAEL WEISS
MICHAEL H. WEISS, P.A.
115 N.E. 7TH AVE.
GAINESVILLE FL 32601

CREDITOR ID: 264997-12
WOLDEMAR A BYTAUTAS
200 SE JEFFERSON CIRCLE NORTH
ST PETE FL 33703

CREDITOR ID: 264998-12
WOLF AIR CONDITIONING & HEATING INC
3225 OLEANDER AVENUE
FORT PIERCE, FL 34982

CREDITOR ID: 389456-54
WOLF, ERIC
10511 SW 129TH TERRACE ROAD
DUNNELLON FL 34432

CREDITOR ID: 388173-54
WOLF, SCOTT
4915 FORREST PARK DR
LOUISVILLE KY 40219

CREDITOR ID: 377779-44
WOLFCHASE ASSOC LLC NORTH PALM LLC & CEG
C/O STRATEGIC REALTY SERVICES LLC
901 NORTHPOINT PARKWAY SUITE 200
WEST PALM BEACH, FL 33407

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 2021-07<br>WOLFCHASE ASSOCIATES LLC<br>C/O STRATEGIC REALTY SERVICES LLC<br>901 NORTHPOINT PARKWAY SUITE 200<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 265001-12<br>WOLFE GROUPE INC<br>C/O JOHN BERRYMAN<br>4527 HERSHEY COURT<br>RALEIGH NC 27613 | CREDITOR ID: 265000-12<br>WOLFE GROUPE INC<br>211 E SIX FORKS ROAD<br>SUITE 120<br>RALEIGH NC 27609 |
| CREDITOR ID: 399427-99<br>WOLFF HILL MCFARLIN & HERRON PA<br>ATTN: DAVID MCFARLIN/KENNETH HERRON<br>1851 W COLONIAL DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 403447-92<br>WOLFGANG TRAMMEL<br>100 NORTH UNION STREET<br>STE 620<br>MONTGOMERY AL 36130 | CREDITOR ID: 245011-12<br>WOLFORD, CHARLENE<br>599 GATEWAY POINT<br>STONE MOUNTAIN GA 30087 |
| CREDITOR ID: 2688-07<br>WOLVERINE EQUITIES 2001C BN-I LP<br>ATTN: GREG L. ENGLAND<br>15601 DALLAS PARKWAY, SUITE 40<br>ADDISON TX 75001 | CREDITOR ID: 265002-12<br>WOLVERINE PACKING CO<br>PO BOX 79001<br>DETROIT, MI 48279-1570 | CREDITOR ID: 265003-12<br>WOLVERINE PROCTOR & SCHWARTZ INC<br>PO BOX 12013<br>LEWISTON ME 04243-9489 |
| CREDITOR ID: 265004-12<br>WOLVERTON, INC<br>2341 AMPERER DR<br>LOUISVILLE KY 40299 | CREDITOR ID: 265005-12<br>WOMACK ELECT & SUPPLY<br>PO BOX 521<br>DANVILLE VA 24543-0521 | CREDITOR ID: 265006-12<br>WOMACK SANITATION INC<br>PO BOX 247<br>NOCATEE, FL 34268 |
| CREDITOR ID: 385830-54<br>WOMACK, CEDRICK (MINOR)<br>PO BOX 1223<br>EUFAULA, AL 36072 | CREDITOR ID: 391088-55<br>WOMACK, CEDRICK (MINOR)<br>C/O CAPPS & GARTLAN PC<br>ATTN TRACIE T MELVIN, ESQ<br>170 SOUTH OATES STREET STE 2<br>DOTHAN AL 36301 | CREDITOR ID: 265007-12<br>WOMANS CHILD DEVELOPMENT CENTER<br>8304 OHARA COURT<br>BATON ROUGE, LA 70806 |
| CREDITOR ID: 405860-95<br>WOMANS CHILD DEVELOPMENT CENTER<br>8120 KELWOOD<br>BATON ROUGE LA 70806 | CREDITOR ID: 265008-12<br>WOMENS CANCER SUPPORT SERVICES<br>5079 N DIXIE HWY #215<br>OAKLAND PARK FL 33334 | CREDITOR ID: 382204-51<br>WONG, ROY<br>1671 COUNTY WALK DRIVE<br>ORANGE PARK, FL 32003 |
| CREDITOR ID: 265009-12<br>WOOD STATION ALBANY<br>%HARBOR GROUP MGMT<br>121 EXECUTIVE CTR DR  STE 129<br>COLUMBIA SC 29210 | CREDITOR ID: 388248-54<br>WOOD, ALBERT<br>10791 COUNTY ROAD 24<br>FAIRHOPE AL 36532 | CREDITOR ID: 244015-12<br>WOOD, BRITTANY L<br>998 TK ALLEN ROAD<br>LOUISBURG NC 27549 |
| CREDITOR ID: 245091-12<br>WOOD, CHARLOTTE A<br>114 FOREST CREST LANE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 387007-54<br>WOOD, JAMES<br>530 OAK STREET<br>MANDEVILLE LA 70448 | CREDITOR ID: 407386-MS<br>WOOD, LARRY B.<br>609 STARBURST LANE<br>RALEIGH NC 27603 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 390037-54
WOOD, LINDA
P.O. BOX 522
NORTH WILKESBORO NC 28659

CREDITOR ID: 389000-54
WOOD, MARY
1913 NORTH BATTERY DRIVE
RICHMOND, VA 23222-1713

CREDITOR ID: 389000-54
WOOD, MARY
C/O TROUTMAN SANDERS LLP
ATTN R PALMORE OR D THOMAS, ESQS
1111 E MAIN STREET
PO BOX 1122
RICHMOND VA 23219-1122

CREDITOR ID: 392901-55
WOOD, MARY
C/O: RUSSELL V. PALMMORE, JR.
TROUTMAN SANDERS, LLP
P.O. BOX 1122
RICHMOND VA 23218-1122

CREDITOR ID: 385657-54
WOOD, SAMUEL G
441 CHARLES REED RD
IVA, SC 29655

CREDITOR ID: 390942-55
WOOD, SAMUEL G
C/O WALDREP & STODDARD
ATTN ROBERT L WALDREP JR, ESQ
116 WEST WHITNER STREET
PO BOX 2367
ANDERSON SC 29622

CREDITOR ID: 388378-54
WOOD, STEPHANIE
114 N BEVILLE
BUSHNELL, FL 33513

CREDITOR ID: 392479-55
WOOD, STEPHANIE
C/O: BRENT MILLER
BRENT C. MILLER, PA.
205 E. BURLEIGH BLVD.
TAVARES FL 32778

CREDITOR ID: 381365-47
WOOD, SUSAN
349 NEW CUT ROAD
HARTSELLE, AL 35640

CREDITOR ID: 403999-94
WOODALL, DEBBIE M (BENE-SP)
4452 HUNTINGTON POINTE
VALDOSTA GA 31602

CREDITOR ID: 387876-54
WOODARD, ANGELA
4730 NW 23RD CT APT C
MIAMI, FL 33142

CREDITOR ID: 392158-55
WOODARD, ANGELA
C/O: H. C. PALMER
LAW OFFICE OF H. C. PALMER
147 ALHAMBRA CIRCLE
SUITE 210
CORAL GABLES FL 33134

CREDITOR ID: 387477-54
WOODARD, TRINA V
2433 NORTHGLEN DRIVE
FT. WORTH TX 76119

CREDITOR ID: 2022-07
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 386150-54
WOODBERRY, KATIRA (MINOR)
C/O ROSA L FORD
6327 KIMBERLY LANE
JACKSONVILLE, FL 32210

CREDITOR ID: 385948-54
WOODBURN, LUE
20 NORTH ORANGE AVENUE
ORLANDO, FL 32802-4279

CREDITOR ID: 391180-55
WOODBURN, LUE
C/O: MICHAEL F SUTTON, ESQ.
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 392219-55
WOODEN, MICHELLE (MINOR)
C/O: PHILIP JUDD SLOTNICK
BURNETTI, P.A.
211 SOUTH FLORIDA AVE.
LAKELAND FL 33801-4621

CREDITOR ID: 387936-54
WOODEN, MICHELLE (MINOR)
1401 RUTH RD
AVON PARK, FL 33825

CREDITOR ID: 386264-54
WOODHAM, HAISTEN
2555 MICHIGAN COURT
PANAMA CITY FL 32405

CREDITOR ID: 407388-MS
WOODHAM, LARRY
8105 BUNKERHILL RD.
DUETLE FL 33834

CREDITOR ID: 269185-31
WOODHAVEN CORPORATION
ATTN: WILLIAM MULMER
142 PROVIDENCE RD
CHURCH HILL MS 39120-8121

CREDITOR ID: 247287-12
WOODHOUSE, CRYSTAL
1701 PEARLIE DRIVE
APT 14G
WICHITA FALLS, TX 76306

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SOLOMON PEARL ET AL
ATTN: JOEL M SHAFFERMAN, ESQ
40 WALL ST, 35TH FL
NEW YORK NY 10005

CREDITOR ID: 2689-07
WOODLAND HARTFORD ASSOCIATES, LLC
341 EAST 149TH STREET
BRONX NY 10451

CREDITOR ID: 265011-12
WOODLAND OIL INC
ATTN CHARLES FAULK, GM
PO BOX 8
VIDALIA, GA 30475

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 278610-24
WOODLAND VILLAGE APARTMENTS
A GENERAL PARTNERSHIP
C/O J. DONALD DIAL
1320 WASHINGTON STREET
COLUMBIA SC 29201

CREDITOR ID: 265012-12
WOODLAND VILLAGE PARTNERSHIP
2712 MIDDLEBURG DR STE 208
C/O DONALD DIAL
COLUMBIA, SC 29204

CREDITOR ID: 2023-RJ
WOODLAND VILLAGE PARTNERSHIP
C/O DONALD DIAL
2712 MIDDLEBURG DRIVE
SUITE 208
COLUMBIA, SC 29204

CREDITOR ID: 399630-15
WOODLAND VILLAGE PARTNERSHIP
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN STANLEY H MCGUFFIN, ESQ
PO BOX 11889
COLUMBIA SC 29211-1889

CREDITOR ID: 265013-12
WOODLAND WEST ELEMENTARY
2143 MARS STREET
HARVEY, LA 70058

CREDITOR ID: 260783-12
WOODLAND, SHADRICK
5605 ANGLE DRIVE
JACKSON, MS 39206

CREDITOR ID: 265014-12
WOODLAWN CHILD CARE CENTER
1452 HIGHWAY 98 EAST BOX 904
COLUMBIA MS 39429

CREDITOR ID: 265015-12
WOODMERE ELEMENTARY
3190 DESTREHAN AVE
HARVEY, LA 70058

CREDITOR ID: 265016-12
WOODMERE LIMITED PARTNERSHIP
C/O PRINCIPAL MUTUAL LIFE INS
ATTN: LOAN ADMIN #7511089
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 265017-12
WOODRIDGE LABS INC
16217 KITTRIDGE STREET
VAN NUYS, CA 91406

CREDITOR ID: 385672-54
WOODROW, DANIEL
C/O MORGAN & MORGAN PA
ATTN BRIAN C VIGNESS, ESQ
12800 UNIVERSITY DRIVE, SUITE 600
FORT MYERS, FL 33907-5337

CREDITOR ID: 269186-14
WOODS TAX SERVICE
ATTN: LOUIS MITCHELL
4752 RIVERS AVE
CHARLESTON SC 29405-6660

CREDITOR ID: 315932-41
WOODS, ALVYN L
ATTN LEWIS WOODS
PO BOX 396
LUTCHER, LA 70071-0396

CREDITOR ID: 315726-40
WOODS, ALVYN L.
PO BOX 396
LUTCHER, LA 70071-0396

CREDITOR ID: 386894-54
WOODS, BERNICE
5064 PLANTATION VIEW TRAIL
STONE MOUNTAIN GA 30088

CREDITOR ID: 391702-55
WOODS, BERNICE
C/O GARY MARTIN HAYS & ASSOC, P.C.
ATTN SUSAN J. WOLCHOK, ESQ.
PO BOX 451009
ATLANTA GA 31145

CREDITOR ID: 385975-54
WOODS, MARVELLA
2845 E MAIN ST
MIMS, FL 32754

CREDITOR ID: 391200-55
WOODS, MARVELLA
C/O: ELIZABETH S. GILLHAM
MORGAN, COLLING & GILBERT, P.A.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 269187-31
WOODSONG THE VILLAGE OF LLC
ATTN: ALVIN MILLIKEN
529 SYLVAN ST
SHALLOTTE NC 28470-1772

CREDITOR ID: 269188-31
WOODVILLE SEWER BOARD INC
ATTN: FAYE COOK
VINSON ST
WOODVILLE AL 35776

CREDITOR ID: 385195-54
WOODWARD, LESLIE
1226 BARNETT BEND DR
BRANDON, MS 39047

CREDITOR ID: 390159-54
WOODY, JOAN
1125 NW 15TH CT
FORT LAUDERDALE, FL 33311

CREDITOR ID: 393608-55
WOODY, JOAN
C/O: HOWARD B. HERSKOWITZ, ESQUIRE
HOWARD B. HERSKOWITZ, P.A.
212 SOUTHEAST 8TH STREET
SUITE 101
FORT LAUDERDALE FL 33316

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE LLC
C/O TOBIN & REYES, PA
ATTN RICARDO A REYES, ESQ
7251 W PALMETTO PARK ROAD, STE 205
BOCA RATON FL 33433

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE LLC
ATTN SHAI MOSCHOWITS/LARRY BERNICK
3200 NORTH MILITARY TRAIL 4TH FLOOR
BOCA RATON FL 33431

CREDITOR ID: 265018-12
WOOLDLAKE ELEMENTARY
1620 LIVINGSTON ST
MANDEVILLE, LA 70448

CREDITOR ID: 399606-82
WOOLEY, CRYSTAL
4211 ALLENDORF DRIVE,  APT #58
CINCINNATI  OH 45209

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399607-82<br>WOOLEY, KENNETH<br>CHARLES I. BROOKS, BROOKS FIRM, PC<br>FOR K. WOOLEY<br>2705 4TH AVENUE NORTH<br>BIRMINGHAM  AL 35233 | CREDITOR ID: 407389-MS<br>WOOLEY, STEVE<br>580 SHADY NOOK DRIVE<br>DEATSVILLE AL 36022 | CREDITOR ID: 385843-54<br>WOOLFORK, CYNTHIA A<br>651 NW 194TH<br>MIAMI, FL 33161 |
| CREDITOR ID: 391097-55<br>WOOLFORK, CYNTHIA A<br>C/O: ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 393127-55<br>WOOLHOUSE, TIMOTHY<br>C/O: Q.JEFFERY BORDULIS, ES<br>182 SOUTH CENTRAL AVE<br>OVIEDO FL 32765 | CREDITOR ID: 393659-55<br>WOOLHOUSE, TIMOTHY<br>C/O: JEFFRET J BORDULIS<br>182 SOUTH CENTRAL AVE<br>OVIEDO FL 32765 |
| CREDITOR ID: 386364-54<br>WOOLRIDGE, BRIAN C/O: DWAYNE WOOLRIDGE<br>PO BOX 24900<br>FT. WORTH TX 76124-1900 | CREDITOR ID: 407390-MS<br>WOOTEN, SONNY R.<br>108 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016 | CREDITOR ID: 406097-15<br>WORATZECK, JEROME C<br>23832 SO STONEY PATH DRIVE<br>SUN LAKES AZ 85248 |
| CREDITOR ID: 265020-12<br>WORD OF FAITH TEMPLE<br>200 BISHOP DR<br>AVONDALE, LA 70094 | CREDITOR ID: 265021-12<br>WORD OF LIFE ACADEMY<br>1104 TERRY PARKWAY<br>GRETNA, LA 70056 | CREDITOR ID: 403132-89<br>WORDELL, LYDEN<br>8479 S.E. SABAL ST.<br>HOBE SOUND FL 33455 |
| CREDITOR ID: 407391-MS<br>WORDELL, LYNDEN S<br>4911 SW BIMINI CIRCLE  N<br>PALM CITY FL 34990 | CREDITOR ID: 382202-51<br>WORKBRAIN<br>3440 PRESTON RIDGO ROAD, SUITE 300<br>ALPHARETTA, GA 30005 | CREDITOR ID: 265022-12<br>WORKBRAIN INC<br>ATTN RALPH DEITERDING, CONTROLLER<br>3440 PRESTON RIDGE ROAD, SUITE 100<br>ALPHARETTA, GA 30005 |
| CREDITOR ID: 265023-12<br>WORKER TRAINING FUND<br>PO BOX 6285<br>INDIANAPOLIS IN 46206-6285 | CREDITOR ID: 265024-12<br>WORKERS COMP CTR FTL PGH<br>PO BOX 198862<br>ATLANTA GA 30384-8862 | CREDITOR ID: 265026-12<br>WORKERS COMP SUPPLEMENTAL ADMIN<br>STATE OF INDIANA<br>402 W WASHINGTON STREET<br>ROOM W 196<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 265025-12<br>WORKERS COMPENSATION MEETING FUND<br>DEPARTMENT OF INDUSTRIAL  RELATIONS<br>649 MONROE STREET<br>ATTN WC SEMINAR<br>MONTGOMERY, AL 36131 | CREDITOR ID: 265027-12<br>WORKFORCE CORPORATE HEALTH<br>PO BOX 189<br>CHATTANOOGA, TN 37401 | CREDITOR ID: 265028-12<br>WORKFORCE OF MONTGOMERY<br>ATTN RAMONA HALL, ACCOUNTING MGR<br>300 ARBA STREET<br>MONTGOMERY, AL 36104 |
| CREDITOR ID: 265029-12<br>WORKHEALTH<br>ATTN OMHS BILLING<br>PO BOX 23229<br>OWENSBORO KY 42304 | CREDITOR ID: 265030-12<br>WORKMAN TRANSPORTATION CO<br>5440 MING DRIVE<br>ORLANDO FL 32812-2108 | CREDITOR ID: 382212-51<br>WORKSHARE<br>20 FASHION STREET<br>LONDON,  E1 6PX<br>ENGLAND |
| CREDITOR ID: 265031-12<br>WORKSMART/TIFT MEDICAL CENTER<br>ATTN: CARLA HALL, DIR OF OCC MED<br>1824 NORTH LEE AVE<br>PO BOX 747<br>TIFTON, GA 31793 | CREDITOR ID: 265032-12<br>WORKSTREAM USA INC<br>PO BOX 550119<br>TAMPA, FL 33655-0119 | CREDITOR ID: 265033-12<br>WORKWELL<br>110 LAYMAN LN<br>ELIZABETHTOWN KY 42701 |

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265034-12<br>WORKWELL OCCUPATIONAL HEALTH<br>131 COMMONWEALTH DRIVE, SUITE 200<br>GREENVILLE, SC 29615 | CREDITOR ID: 382211-51<br>WORLD AT WORK<br>14040 N NORTHSIGHT BLVD<br>SCOTTSDALE, AZ 85260-3601 | CREDITOR ID: 265035-12<br>WORLD CLASS ATHLETIC SURFACES<br>PO BOX 152<br>LELAND, MS 38756-0152 |
| CREDITOR ID: 377785-44<br>WORLD GOLF VILLAGE RESORT<br>500 S LEGACY TRAIL<br>ST AUGUSTINE, FL 32092 | CREDITOR ID: 265037-12<br>WORLD KITCHEN INC<br>PO BOX 911310<br>DALLAS, TX 75391-1310 | CREDITOR ID: 406071-15<br>WORLD KITCHEN, INC.<br>ATTN JON ALI<br>1200 S ANTRIM WAY<br>GREEN CASTLE PA 17225 |
| CREDITOR ID: 265038-12<br>WORLD MANUFACTURING<br>350 B FISCHER AVE<br>COSTA MESA CA 92626 | CREDITOR ID: 265039-12<br>WORLD OMNI FINANCIAL CORP<br>C/O DENNIS B FREEMAN P A<br>20801 BISCAYNE BLVD  SUITE 304<br>AVENTURA FL 33180 | CREDITOR ID: 265040-12<br>WORLD ONE TECHNOLOGIES INC<br>6491 POWERS AVENUE<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 265041-12<br>WORLD WASTE SERVICES, INC<br>ATTN GEORGE ENDEMANO, CR MGR<br>4701 NW 35TH AVENUE<br>MIAMI, FL 33142 | CREDITOR ID: 265042-12<br>WORLD WIDE SPECIALTY ADV INC<br>7999 WESTERN HILLS BLVD<br>FORT WORTH TX 76108 | CREDITOR ID: 265043-12<br>WORLDATWORK<br>PO BOX 62888<br>PHOENIX AZ 85082-2888 |
| CREDITOR ID: 265045-12<br>WORLDCOM<br>PO BOX 371355<br>PITTSBURGH, PA 15250-7355 | CREDITOR ID: 265046-12<br>WORLDCOM<br>PO BOX 73468<br>CHICAGO, IL 60673-7468 | CREDITOR ID: 265047-12<br>WORLDCOM/MCI<br>PO BOX 371392<br>PITTSBURGH, PA 15250-7392 |
| CREDITOR ID: 265048-12<br>WORLDWIDE IMAGING CORP<br>21821 PLUMMER STREET<br>CHATSWORTH CA 91311 | CREDITOR ID: 380956-47<br>WORLDWIDE MERCHANDISE RESOURCES CORP<br>ATTN: LINDA HYMAN & ROBERT KOWAL<br>55 EAST GRASSY SPRAIN ROAD<br>YONKERS, NY 10710 | CREDITOR ID: 382097-36<br>WORLDWIDE MERCHANDISE RESOURCES CORP<br>ROBERT KOWAL<br>55 E GRASSY SPRAIN RD<br>SUITE 200<br>YONKERS NY 10710 |
| CREDITOR ID: 243917-12<br>WORLEY, BRENDA<br>859 STONEY CREEK CH ROAD<br>GOLDSBORO NC 27530 | CREDITOR ID: 315703-36<br>WORMSER KIELY GALEF ET AL<br>ATTN: J B GRUBIN & G R VON STANGE<br>825 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 265050-12<br>WORSHAM DAIRY TECHNOLOGY<br>410 GRENHAM RD<br>GREENSBORO NC 27455-9201 |
| CREDITOR ID: 265051-12<br>WORSHAM SPRINKLER CO INC RICHMOND<br>10343-B SLIDING HILL ROAD<br>ASHLAND VA 23005 | CREDITOR ID: 376845-44<br>WORTH, ROBIN<br>POM DIV 728<br>2530 NE 20TH PL<br>CAPE CORAL, FL 33909 | CREDITOR ID: 387039-54<br>WORTHEM, ROY<br>PO BOX 9<br>WEDOWEE AL 36278 |
| CREDITOR ID: 407644-15<br>WORTHINGTON, DEMAIRE (MINOR)<br>C/O ZEBERSKY & PAYNE LLP<br>ATTN EDWARD H ZEBERSKY ESQ<br>4000 HOLLYWOOD BLVD N SUITE 400<br>HOLLYWOOD FL 33021 | CREDITOR ID: 407644-15<br>WORTHINGTON, DEMAIRE (MINOR)<br>C/O DOROTHY WORTHINGTON, PARENT<br>2901 GARDEN TERRACE<br>PALM BAY FL 32905 | CREDITOR ID: 265052-12<br>WORTHMORE FOOD PRODUCTS<br>1021 LUDLOW AVE<br>CINCINNATI OH 45223-2687 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382099-36<br>WOW DINNERWARE<br>MARY GRANT<br>PO BOX 13750<br>SCOTTSDALE AZ 85267-3750 | CREDITOR ID: 382098-36<br>WOW DINNERWARE<br>JEFF WRIGHT<br>PO BOX 13750<br>SCOTTSDALE AZ 85267-3750 | CREDITOR ID: 399642-15<br>WP IWANNA INC<br>ATTN JOHN DEBORD OR CHERYL BROWN<br>PO BOX 3362<br>HICKORY NC 28603 |
| CREDITOR ID: 399641-15<br>WP IWANNA INC<br>ATTN JOHN DEBORD OR CHERYL BROWN<br>961 11TH AVE BLVD SE<br>HICKORY NC 28602 | CREDITOR ID: 278968-30<br>WP PRODUCE CORP<br>1471 NW 21ST STREET<br>MIAMI, FL 33142 | CREDITOR ID: 244949-12<br>WRAY, CHAD E<br>205 OAKBROOK DRIVE<br>MT WASHINGTON KY 40047 |
| CREDITOR ID: 384424-47<br>WRI/TEXLA LLC<br>ATTN PROPERTY MGMT<br>PO BOX 924133<br>HOUSTON, TX 77292-4133 | CREDITOR ID: 265053-24<br>WRI/TEXLA LLC<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77002 | CREDITOR ID: 405861-95<br>WRIGHT GROUP LLC<br>PO BOX 90444<br>RALEIGH NC 27675-0444 |
| CREDITOR ID: 397331-69<br>WRIGHT GROUP LLC, THE<br>5925 TRIANGLE DRIVE<br>RALEIGH, NC 27617 | CREDITOR ID: 265055-12<br>WRIGHT LOGISTICS INC<br>2300 AVENUE I<br>MOBILE AL 36615 | CREDITOR ID: 261259-12<br>WRIGHT MIDDLE, SOPHIE B<br>1426 NAPOLEON AVE<br>NEW ORLEANS, LA 70115 |
| CREDITOR ID: 265056-12<br>WRIGHT PROCESS SYSTEMS INC<br>21227 ESCONDIDO WAY N<br>BOCA RATON FL 33433 | CREDITOR ID: 265057-12<br>WRIGHT TOUCH<br>ATTN: JAMIE WRIGHT, PRES<br>5455 DASHWOOD, STE 100<br>BELLAIRE, TX 77401 | CREDITOR ID: 265058-12<br>WRIGHT WAY SERVICES CO INC<br>PO BOX 4667<br>ARCHDALE, NC 27263 |
| CREDITOR ID: 388263-54<br>WRIGHT, ANDRE<br>3325 FITZGERALD DR.<br>ORLANDO FL 32805 | CREDITOR ID: 242548-12<br>WRIGHT, ARLISHA N<br>4524 HWY NORTH APT A30<br>MERIDIAN MS 39301 | CREDITOR ID: 386634-54<br>WRIGHT, CAROLYN<br>3112 MONTWOOD DR<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 385601-54<br>WRIGHT, CLEWIS JR<br>12112 SOUTH ANDREWS PLACE<br>APT. 108<br>MIRAMAR, FL 33024 | CREDITOR ID: 390892-55<br>WRIGHT, CLEWIS JR<br>C/O: RICHARD S WOLFSON, ATTY<br>WOLFSON & GROSSMAN, P.A.<br>11900 BISCAYNE BLVD<br>SUITE 760<br>MIAMI FL 33181 | CREDITOR ID: 247032-12<br>WRIGHT, CORTNEY D<br>PO BOX 858<br>LACOOCHEE FL 33537 |
| CREDITOR ID: 386419-54<br>WRIGHT, CRAIG<br>303 BALFOUR DRIVE<br>#406<br>WINTER PARK FL 32792 | CREDITOR ID: 391486-55<br>WRIGHT, CRAIG<br>C/O: PAUL MORGAN, ESQ.<br>MORGAN AND VAN DINGENEN<br>1099 WEST MORSE BLVD.<br>WINTER PARK FL 32789 | CREDITOR ID: 374511-44<br>WRIGHT, DANA N<br>118 MEADOW DRIVE<br>BIRMINGHAM, AL 35242 |
| CREDITOR ID: 389362-54<br>WRIGHT, DELORES<br>1643 BLANDING BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 393162-55<br>WRIGHT, DELORES<br>C/O: MICHAEL P. SULLIVAN<br>1644 BLANDING BLVD.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 385231-54<br>WRIGHT, DWIGHT D<br>9816 COSTA DEL SOL BLVD.<br>MIAMI, FL 33178 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 390539-55
WRIGHT, DWIGHT D
C/O: BRETT A. WEINBERG, ESQ.
JAY HALPERN & ASSOCIATES, P.A.
150 ALHAMBRA CIRCLE STE 1100
CORAL GABLES FL 33134

CREDITOR ID: 394111-56
WRIGHT, EDDIE
206 DARTMOOR HOMES
BRUNSWICK GA 31520

CREDITOR ID: 390293-54
WRIGHT, ELIZABETH
869 NW 214TH STREET
MIAMI, FL 33169

CREDITOR ID: 390851-55
WRIGHT, ELIZABETH
C/O: ROBERT TILGHMAN, ESQ.
TILGHMAN & VIETH, PA.
2 SOUTH BISCAYNE BLVD. #2410
MIAMI FL 33131

CREDITOR ID: 385483-54
WRIGHT, F. ANN
895 CUMBERLAND RD.
ATLANTA, GA 30306

CREDITOR ID: 398013-76
WRIGHT, GUY
PO BOX 489
TICKSAW, LA 70466

CREDITOR ID: 398197-77
WRIGHT, GUY
ATTN: THOMAS J. HOGAN
301 E. CHURCH STREET
HAMMOND, LA 70401

CREDITOR ID: 385309-54
WRIGHT, HILLARD
326 DYAS DRIVE
MONTGOMERY, AL 36110

CREDITOR ID: 390617-55
WRIGHT, HILLARD
C/O: CATHY DONOHOE
DONOHOE & STAPLETON, LLC
ONE DEXTER AVE
MONTGOMERY AL 36104

CREDITOR ID: 393019-55
WRIGHT, IMOGENE G
C/O MCAFEE & RUSSO
ATTN GARY RUSSO, ESQ
701 NORTHPOINT PARKWAY, SUITE 415
WEST PALM BEACH FL 33407

CREDITOR ID: 389140-54
WRIGHT, IMOGENE G
3603 TOWNHOUSE CT.
WEST PALM BEACH, FL 33407

CREDITOR ID: 407392-MS
WRIGHT, JACK T.
211 CORONA CIRCLE
MOORESVILLE NC 28117

CREDITOR ID: 407394-MS
WRIGHT, JAMES A.
P.O. BOX 490
HOMOSASSA SPRING FL 34447

CREDITOR ID: 407393-MS
WRIGHT, JAMES A.
3826 BIGIN CHURCH RD. W.
JACKSONVILLE FL 32224

CREDITOR ID: 400988-91
WRIGHT, JON
9458 CLEARSPRINGS DR
FLORAL CITY FL 34436

CREDITOR ID: 381263-47
WRIGHT, M. DURAN
P.O. BOX 644
PERRY FL 32348

CREDITOR ID: 385753-54
WRIGHT, MARIE
258 DETOUR ROAD
SEABROOK, SC 29940

CREDITOR ID: 391028-55
WRIGHT, MARIE
C/O: CRAIG JOSEPH POFF
CRAIG JOSEPH POFF
PO BOX 683
BEAUFORT SC 29901

CREDITOR ID: 388265-54
WRIGHT, MONICA
3206 ROSE PEDDLE ST
GAINESVILLE GA 30507

CREDITOR ID: 387070-54
WRIGHT, MURVIN
419 NW 10TH ST
HALLANDALE FL 33009

CREDITOR ID: 393604-55
WRIGHT, PAMELA (MINOR)
C/O: JUHAN MCPHILLIPS, ATTORNEY
MCPHILLIPS, SHINBAUM & GILL, LLP
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 390155-54
WRIGHT, PAMELA (MINOR)
3647 WOODLEY RD. APT 9
MONTGOMERY, AL 36116

CREDITOR ID: 389258-54
WRIGHT, PATRICIA
23514 DAVIS BRANCH ROAD
AMITE LA 70422

CREDITOR ID: 393093-55
WRIGHT, PATRICIA
C/O: BRUCE CAMERON
CAMERON LAW FIRM, L.L.C.
1290 7TH STREET, SUITE 1
SLIDELL LA 70458

CREDITOR ID: 259257-12
WRIGHT, RANDY
8150 PASCHAL ST
JACKSONVILLE, FL 32220

CREDITOR ID: 399608-82
WRIGHT, RICHARD
6155 MISTYWOOD DRIVE
TUSCALOOSA  AL 35407

CREDITOR ID: 259818-12
WRIGHT, ROBERT
5934 MAUSSER DRIVE
ORLANDO, FL 32822

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

CREDITOR ID: 399609-82
WRIGHT, ROBIN
495 BRUSHWOOD DRIVE
YORK  SC 29745

CREDITOR ID: 259889-12
WRIGHT, RODNEY J
3034 DOBBS CIRCLE
MONTGOMERY, AL 36116

CREDITOR ID: 400120-15
WRIGHT, TANARRRA
C/O DIANA SANTA MARIA, PA
ATTN DIANA SANTA MARIA, ESQ
4801 S UNIVERSITY DRIVE, STE 3060
DAVIE FL 33328

CREDITOR ID: 400120-15
WRIGHT, TANARRRA
1800 SW 57TH AVE
HOLLYWOOD FL 33023

CREDITOR ID: 403376-83
WRITE AWAY REPORTERS, INC.
4400- A AMBASSADOR CAFFERY PKWY
BOX 318
LAFAYETTE LA 70508

CREDITOR ID: 384425-47
WROTEN BRUMFIELD
3626 OCALA STREET
BATON ROUGE, LA 70814

CREDITOR ID: 265060-12
WS PACKAGING GROUP INC
PO BOX 630696
CINCINNATI, OH 45263-0696

CREDITOR ID: 265061-12
WSP INTERNATIONAL LLC
2100 RIVERCHASE CENTER, SUITE 211
BIRMINGHAM AL 35244

CREDITOR ID: 264298-12
WTH II LLC
C/O SPECTRUM REALTY ADVISORS
5871 GLENRIDGE DRIVE, STE 400
ATLANTA, GA 30328

CREDITOR ID: 405930-99
WTH II LLC
C/O MORGAN & MORGAN
ATTN: LEE P MORGAN
PO BOX 48359
ATHENS GA 30604

CREDITOR ID: 405930-99
WTH II LLC
2405 WEST BROAD ST, STE 200
ATHENS GA 30606

CREDITOR ID: 265062-12
WTU RETAIL ENERGY
PO BOX 22136
TULSA, OK 74121-2136

CREDITOR ID: 265063-12
WTVA LTDQ
PO BOX 694645
18425 NW 2ND AVE
MIAMI FL 33169

CREDITOR ID: 269189-31
WUKULLA COUNTY PLANNING
ATTN: DONNIE SPARKMAN
3093 CRAWFORDVILLE HWY
CRAWFORDVILLE FL 32327-3147

CREDITOR ID: 265064-12
WURTH FLORIDA INC
93 GRANT STREET
RAMSEY NJ 07446

CREDITOR ID: 403435-15
WW GRAINGER, INC
ATTN RONEY MACIEJEWSKI
7300 W MELVINA AVENUE, M530
NILES IL 60714-3998

CREDITOR ID: 269190-31
WW SUPPLY INC
ATTN: JAMES WALL
209 E WADE ST
WADESBORO NC 28170-2228

CREDITOR ID: 264303-12
WW TRUCKING CO
PO BOX 800
DOVER, FL 33527-0800

CREDITOR ID: 269191-31
WWISCAA
ATTN: LISA MCGOWAN
2022 CHERRY ST
VICKSBURG MS 39180-3804

CREDITOR ID: 265065-12
WWL TV
PO BOX 54237
NEW ORLEANS LA 70154-4237

CREDITOR ID: 265066-12
WYATT RAGLAND JR
101 SIDNEY DRIVE
DUDLEY NC 28333

CREDITOR ID: 399404-99
WYATT TARRANT & COMBS LLP
ATTN: JOHN P BRICE
250 WEST MAIN ST, STE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 241626-12
WYER, ADRIAN
3511 NOBLES STREET
PENSACOLA FL 32514

CREDITOR ID: 265068-12
WYETH AYERST PHARMACEUTICALS
PO BOX 75400
CHARLOTTE NC 28275

CREDITOR ID: 265069-12
WYETH CONSUMER HEALTHCARE
PO BOX 75296
CHARLOTTE, NC 28275-5296

CREDITOR ID: 405862-95
WYETH CONSUMER HEALTHCARE
C/O CUSTOMER SERVICE
PO BOX 26609
RICHMOND VA 23261-6609

CREDITOR ID: 278714-99
WYETH CONSUMER HEALTHCARE
ATTN LARRY SANDERS, VP GLOBAL FINAN
PO BOX 75296
CHARLOTTE, NC 28275-5296

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 279300-35
WYETH CONSUMER HEALTHCARE
ATTN CHARLOTTE T FOX, SR MGR
PO BOX 26609
RICHMOND VA 23261-6609

CREDITOR ID: 265070-12
WYETH LABORATORIES
PO BOX 75400
CHARLOTTE NC 28275-0001

CREDITOR ID: 265071-12
WYKISA T GOUDEAU
225 JAMES STREET, LOT 7
BUNKIE LA 71322

CREDITOR ID: 386855-54
WYMANN, ANNA
118 ELAINE DRIVE
AUBURNDALE FL 33823

CREDITOR ID: 246362-12
WYNN, CLAUDIA E
822 BACON ROAD
HINESVILLE GA 31313

CREDITOR ID: 407395-MS
WYNN, JAMES S
513 WETHERBY LANE
SAINT AUGUSTINE FL 32092-1024

CREDITOR ID: 407396-MS
WYNN, ROBERT K
1603 PINE MARK CT.
ORANGE PARK FL 32003

CREDITOR ID: 376941-44
WYNN, SANDRA
197 MIDDLEBURY LANE
NEWNAN, GA 30265

CREDITOR ID: 265072-12
WYOMING CHILD SUPPORT ENFORCEMENT
PO BOX 1027
CHEYENNE, WY 82003

CREDITOR ID: 265078-12
X CONCEPTS LLC
ATTN ANGELA BURNETT, CFO
975 S ANDREASEN DRIVE
ESCONDIDO, CA 92029

CREDITOR ID: 2025-07
XARLA REALTY LLC
C/O ALLEN RILEY CO INC
200 PARK AVE., SUITE 200
NEW YORK, NY 10166

CREDITOR ID: 265074-12
XARLA REALTY LLC
C/O ALLEN RILEY CO INC
200 PARK AVE
SUITE 2000
NEW YORK, NY 10166

CREDITOR ID: 265075-12
XAVIER PREPARATORY SCHOOL
5116 MAGAZINE ST
NEW ORLEANS, LA 70115

CREDITOR ID: 265076-12
XAVIER T WADLEY
3034 N W 46 ST STREET
MIAMI FL 33142

CREDITOR ID: 265077-12
XAVIER UNIVERSITY OF LOUISIANA
1 DREXEL DRIVE
NEW ORLEANS, LA 70125

CREDITOR ID: 400219-86
XAVIER, FRANCINE
210 E. 15TH  ST. AVE. W.
BRADENTON  FL 34203

CREDITOR ID: 265073-12
X-ERGON
PO BOX 971342
DALLAS TX 75397-1342

CREDITOR ID: 382203-51
XEROGRAPHIC
5151 SUNBEAM ROAD, SUITE 17
JACKSONVILLE, FL 32257

CREDITOR ID: 384426-47
XEROGRAPHIC SUPPLY & EQUIPMENT INC
PO BOX  57760
JACKSONVILLE, FL 32241

CREDITOR ID: 381842-99
XEROX CAPITAL SERVICES LL
C/O HUGHES & LUCE LLP
ATTN: SABRINA STREUSAND
111 CONGRESS AVE, STE 900
AUSTIN TX 78701

CREDITOR ID: 265083-12
XEROX CORPORATION
PO BOX 827181
PHILADELPHIA, PA 19182-7181

CREDITOR ID: 265082-12
XEROX CORPORATION
PO BOX 802567
CHICAGO, IL 60680-2567

CREDITOR ID: 265081-12
XEROX CORPORATION
PO BOX 660303
DALLAS, TX 75266-0303

CREDITOR ID: 265080-12
XEROX CORPORATION
PO BOX 650361
DALLAS, TX 75265-0361

CREDITOR ID: 265085-12
XEROX OMNIFAX
PO BOX 676772
DALLAS, TX 75267-6772

CREDITOR ID: 265086-12
XEROX SPECIAL INFORMATION SYSTEMS
DEPT# 13388
LOS ANGELES, CA 90088

CREDITOR ID: 397678-72
XL INSURANCE AMERICA INC.
C/O MARSH USA INC
PO BOX 100357
ATLANTA, GA 30384-0357

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 265087-12
XOCHITL VAZQUEZ
1280 CINCO WAY SW
LILBURN GA 30047

CREDITOR ID: 278771-28
XPEDEX-DIV OF INTERNATIONAL PAPER
GENERAL COUNSEL
CORPORATE HEADQUARTERS
6285 TRI-RIDGE BLVD.
LOVELAND, OH 45140

CREDITOR ID: 265088-12
XPEDX
DEPT. 0978
PO BOX 120978
DALLAS, TX 75312-0978

CREDITOR ID: 405865-95
XPEDX
PO BOX 37889
JACKSONVILLE FL 32236

CREDITOR ID: 279408-99
XROADS SOLUTIONS GROUP LLC
ATTN: DENNIS SIMON
9 EXECUTIVE CIRCLE, SUITE 190
IRVINE, CA 92614

CREDITOR ID: 265089-12
XRT AMERICA
PARKVIEW TOWER 10TH FLOOR
1150 1ST AVE
KING OF PRUSSIA, PA 19406

CREDITOR ID: 382205-51
XRT, INC.
ATTN BRIAN MCCREA, ACCT MGR
1150 FIRST AVENUE, SUITE 850
KING OF PRUSSIA, PA 19406

CREDITOR ID: 265090-12
XTRA LEASE
PO BOX 99262
CHICAGO IL 60693-9262

CREDITOR ID: 395448-64
XTRACASH ATM, INC.
8787 COMLEX DRIVE, 4TH FLOOR
SAN DIEGO, CA 92123

CREDITOR ID: 385193-54
Y DIVISION WINN-DIXIE MONTGOMER
6080 MOBILE HWY
MONTGOMERY, AL 36105

CREDITOR ID: 269192-31
YADKIN COUNTY SOLID WASTE
ATTN: LARRY ADAMS
1149 LANDFILL RD
YADKINVILLE NC 27055

CREDITOR ID: 403462-99
YAKIMA ROCHE FRUIT SALES LLC
C/O LAW OFFICES OF KEATON & ASSOC
ATTN: MARY E GARDNER
1278 WEST NORTHWEST HWY, STE 903
PALATINE IL 60607

CREDITOR ID: 278974-30
YAKIMA ROCHE FRUIT SALES LLC
PO BOX 1707
YAKIMA, WA 98907

CREDITOR ID: 381916-30
YAKIMA-ROCHE FRUIT SALES LLC
C/O KEATON & ASSOCIATES
ATTN: MARY E GARDNER
1278 W NORTHWEST HWY, STE 903
PALATINE IL 60067

CREDITOR ID: 265092-12
YALE CAROLINAS INC
PO BOX 32457
CHARLOTTE, NC 28232-2457

CREDITOR ID: 265093-12
YALE INDUSTRIAL TRUCKS
6907 BROADWAY AVENUE
JACKSONVILLE, FL 32254-2717

CREDITOR ID: 399358-15
YALE INDUSTRIAL TRUCKS
ATTN LISA RAUCHMILLER, VP
2230 N US HWY 301
TAMPA FL 33619

CREDITOR ID: 380969-47
YALE INDUSTRIAL TRUCKS GULF/ATLANTIC
P O BOX 915114
ORLANDO, FL 32891

CREDITOR ID: 384427-47
YALE INDUSTRIAL TRUCKS GULF/ATLANTIC
PO BOX 26093
TAMPA, FL 33623-6093

CREDITOR ID: 247867-12
YALE, DEBRA
2014 CORNELL ROAD
MIDDLEBURG, FL 32068

CREDITOR ID: 265096-12
YAMILA SILVA
9952 SW 8TH STREET
# 225
MIAMI FL 33174

CREDITOR ID: 385246-54
YAMINI, SHAHIN AMINALROAYA
2857 PALM AIRE DRIVE NORTH
POMPANO BEACH, FL 33069

CREDITOR ID: 390554-55
YAMINI, SHAHIN AMINALROAYA
C/O: ALAN GINSBERG
LAW OFFICES OF ALAN GINSBERG
13899 BISCAYNE BLVD.
SUITE 401
NORTH MIAMI BEACH FL 33181

CREDITOR ID: 385319-54
YANCEY, GEORGE
209 N. PARK AVENUE
SANFORD, FL 32771

CREDITOR ID: 385319-54
YANCEY, GEORGE
C/O LAW OFFICE OF LONG & GONZALEZ
ATTN; TODD LONG
20 N ORANGE AVENUE
SUITE 610
ORLANDO FL 32801

CREDITOR ID: 407397-MS
YANDELL, WILLIS
RT 8 BOX 2184
CLEBURNE TX 76031

CREDITOR ID: 388176-54
YANES, ADELA
9410 W. FLAGLER STREET
#110
MIAMI FL 33172

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392400-55<br>YANES, ADELA<br>C/O: RICHARD ZALDIVAR<br>LAW OFFICES OF RICHARD ZALDIVAR<br>2600 SOUTHWEST THIRD AVENUE<br>STE. 300<br>MIAMI FL 33129 | CREDITOR ID: 390060-54<br>YANNAKOUREAS, MARY E<br>2040 SE 180 2ND ST CT<br>SILVER SPRINGS FL 34488 | CREDITOR ID: 985-03<br>YARBOROUGH GAS<br>6862 EAST MOUNT VERNON STREET<br>GLEN ST MARY FL 32040 |
| CREDITOR ID: 381405-47<br>YARBOROUGH, FRANCIS M<br>204 KNOLLWOOD DR<br>SPARTANBURG, SC 29301 | CREDITOR ID: 265097-12<br>YARBOUROUGH GAS INC<br>6862 EAST MOUNT VERNON STREET<br>GLEN ST MARY, FL 32040 | CREDITOR ID: 384428-47<br>YARBROUGH CORP<br>3200 EMERSON ST<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 265098-12<br>YARBROUGH CORP<br>8375 DIX ELLIS TRAIL SUITE 101<br>JACKSONVILLE FL 32256 | CREDITOR ID: 278975-30<br>YARBROUGH PRODUCE CO<br>624 16TH AVE W<br>BIRMINGHAM, AL 35204-1421 | CREDITOR ID: 400991-91<br>YARBROUGH, WILLIAM C<br>1872 MONTICELLO ST<br>DELTONA FL 32738 |
| CREDITOR ID: 407398-MS<br>YARBROUGH, WILLIAM C.<br>1255 ROUNDTREE CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 384429-47<br>YARNELL'S ICE CREAM<br>PO BOX 78<br>SEARCY, AR 76143 | CREDITOR ID: 269209-16<br>YATES, ALFRED G<br>LAW OFFICE OF ALFRED G. YATES<br>429 FORBES AVENUE<br>519 ALLEGHENY BUILDING<br>PITTSBURG, PA 15219 |
| CREDITOR ID: 245291-12<br>YATES, CHRIS R<br>247 PALM AVENUE<br>CENTER HILL, FL 33514 | CREDITOR ID: 399255-78<br>YATES, HARRY K. JR.<br>6521 MANILA PALM WAY<br>APOLLO BEACH, FL 33572 | CREDITOR ID: 265101-12<br>YAVORSKYS TRUCK SERVICE INC<br>10960 ORANGE AVENUE<br>FORT PIERCE FL 34945 |
| CREDITOR ID: 397950-76<br>YAWN, CARLA<br>301 19TH AVENUE S<br>ST. PETERSBURG, FL 33705-2754 | CREDITOR ID: 269591-18<br>YAWN, CARLA<br>2410 44TH ST. S.<br>ST. PETERSBURG FL 33711 | CREDITOR ID: 386926-54<br>YAWN, ZADA C<br>P.O. BOX 569<br>BAXLEY GA 31515 |
| CREDITOR ID: 265102-12<br>YAZOO CITY MEDICAL CLINIC PA<br>PO BOX 1509<br>YAZOO CITY, MS 39194 | CREDITOR ID: 986-03<br>YAZOO CITY PUBLIC SERVICE COMM<br>PO BOX 660<br>YAZOO CITY MS 39194 | CREDITOR ID: 265103-12<br>YAZOO COUNTY JUSTICE COURT<br>PO BOX 798<br>YAZOO CITY, MS 39194 |
| CREDITOR ID: 265104-12<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>PROPERTY TAX<br>YAZOO CITY MS 39194 | CREDITOR ID: 265105-12<br>YAZOO HERALD<br>PO BOX 720<br>YAZOO CITY, MS 39194 | CREDITOR ID: 269193-31<br>YAZOO MISSISSIPPI<br>ATTN: DR DEAN PENNINGTON<br>384-B STONEVILLE RD<br>STONEVILLE MS 38776 |
| CREDITOR ID: 389859-54<br>YBANEZ, SERGIO<br>12167 SILVERSADDLE DRIVE<br>JACKSONVILLE, FL 32258 | CREDITOR ID: 393403-55<br>YBANEZ, SERGIO<br>C/O: TOM WOODS, CASE MANAGER<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 389860-54<br>YBANEZ, STANLEY<br>4353 APPLETREE PLACE<br>JACKSONVILLE, FL 32258 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393404-55<br>YBANEZ, STANLEY<br>C/O TOM WOODS, CASE MANAGER<br>FARAH, FARAH, & ABBOTT, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2026-07<br>YDB THREE LAKES LC<br>C/O ELYSEE INVESTMENT CO<br>601 W 182ND ST 1ST FL<br>NEW YORK, NY 10033 | CREDITOR ID: 265106-12<br>YDB THREE LAKES LC<br>C/O ELYSEE INVESTMENT CO<br>601 W 182ND ST 1ST FL<br>NEW YORK, NY 10033 |
| CREDITOR ID: 407399-MS<br>YDE, ROBERT J.<br>1228 HARP STREET<br>RALEIGH NC 27604 | CREDITOR ID: 388270-54<br>YEATON, RICHARD<br>9370 NW 43 STREET<br>SUNRISE FL 33351 | CREDITOR ID: 238700-09<br>YEATTS, DONNA S<br>380 ROCKWOOD DRIVE<br>DANVILLE VA 24541 |
| CREDITOR ID: 249106-12<br>YEE, ERIC<br>4525 FAIRLANE COURT<br>MONTGOMERY, AL 36106 | CREDITOR ID: 265107-12<br>YELLOW FREIGHT<br>PO BOX 730333<br>DALLAS TX 75373-0001 | CREDITOR ID: 405909-93<br>YELLOW PAGES INC<br>C/O CONTINENTAL RECOVERY & FILING<br>PO BOX 1389<br>SIMI VALLEY CA 93062 |
| CREDITOR ID: 265109-12<br>YELLOW TRANSPORTATION INC<br>PO BOX 905175<br>CHARLOTTE, NC 28290-5175 | CREDITOR ID: 265108-12<br>YELLOW TRANSPORTATION INC<br>PO BOX 100299<br>PASADENA CA 91189 | CREDITOR ID: 402089-15<br>YELLOW TRANSPORTATION, INC<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 |
| CREDITOR ID: 399717-53<br>YELLOW WATER ROAD<br>1190 YELLOW WATER ROAD<br>BALDWIN FL 32234 | CREDITOR ID: 386636-54<br>YELTON, KENNY<br>223 LOGAN DR<br>PHENIX CITY AL 36869 | CREDITOR ID: 394100-56<br>YEN, MIRON JONES-CHANG<br>C/O ANDREW S. REE<br>2133 LAWRENCEVILLE SUWANEE RD.<br>SUWANEE, GA 30024 |
| CREDITOR ID: 265110-12<br>YERECIC LABEL CO<br>ATTN KAREN L FINK, CONTROLLER<br>701 HUNT VALLEY ROAD<br>NEW KENSINGTON, PA 15068 | CREDITOR ID: 377797-44<br>YERECTIC LABEL CO<br>701 HUNT VALLEY RD<br>NEW KENSINGTON, PA 15068 | CREDITOR ID: 377796-44<br>YERECTIC LABEL CO<br>201 HUNT VALLEY RD<br>NEW KENSINGTON PA 15068 |
| CREDITOR ID: 386708-54<br>YERO, BRUCE<br>29902 SW 148TH CT<br>HOMESTEAD FL 33033 | CREDITOR ID: 269194-14<br>YES WE CAN INC<br>ATTN: ROSELEE MITCHELL<br>5007C VICTORY BLVD 140<br>YORKTOWN VA 23693 | CREDITOR ID: 265111-12<br>YESENIA BERNABLE<br>243 AUTUMN RIDGE ROAD<br>DELTONA FL 32725 |
| CREDITOR ID: 386356-54<br>YGLESIAS, FELIX<br>7223 PALISADE DRIVE<br>PORT RICHEY FL 34668 | CREDITOR ID: 391443-55<br>YGLESIAS, FELIX<br>C/O LATOUR & ASSOCIATES, PA<br>ATTN EDUARDO R LATOUR, ESQ<br>135 E LEMON STREET<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 269195-14<br>YINGYANG CUSTOMS & GRAFIX<br>ATTN: JOHN KOMINSKI<br>6364 WOODLAND HWY APT 2E<br>NEW ORLEANS LA 70131-7400 |
| CREDITOR ID: 260554-12<br>YIZAR, SCHQUITA L<br>1660 CASTLE COURT<br>RIVERDALE, GA 30296 | CREDITOR ID: 265112-12<br>YLIANA PAREDES<br>7725 N CANDLE DRIVE<br>APT A-320<br>MIAMI FL 33156 | CREDITOR ID: 265113-12<br>YMCA SOCCER TEAM<br>6023 LAKE SHORE BLVD<br>BRANDON MS 39047 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265114-12<br>YO YO D CLOWN<br>DBA ROY E TURNER<br>237 FENNEL STREET<br>PENSACOLA, FL 32505-3528 | CREDITOR ID: 404004-94<br>YOAP, BEVERLY A<br>4111 GLENHURST DRIVE SOUTH<br>JACKSONVILLE FL 32224 | CREDITOR ID: 407400-MS<br>YODER, ROBERT L.<br>800 N. BRAGG AVE.<br>LOOKOUT MOUNTAIN TN 37350 |
| CREDITOR ID: 405868-95<br>YOFARM CO<br>PO BOX 30452<br>HARTFORD CT 06150 | CREDITOR ID: 265115-12<br>YOFARM COMPANY, THE<br>ATTN TIMOTHY F SULLIVAN, CFO<br>162 SPRING STREET<br>NAUGATUCK CT 06770 | CREDITOR ID: 265116-12<br>YOHANCE OWENS<br>616 BASSWOOD DRIVE<br>ADAMSVILLE, AL 35005 |
| CREDITOR ID: 265117-12<br>YOLANDA ELIAS<br>HC 73 BOX 4569<br>NARANJITO PR 00719 | CREDITOR ID: 265118-12<br>YOLANDA GREEN<br>4115 PRESCOTT MOHICAN CROSSOVER<br>BATON ROUGE LA 70815 | CREDITOR ID: 265119-12<br>YOLANDA L BELL<br>4125 SUNSET DRIVE<br>APT 1301<br>JACKSON MS 39213 |
| CREDITOR ID: 265120-12<br>YOLANDA MOORE<br>5001 JACKSON STREET<br>MOSS POINT MS 39563 | CREDITOR ID: 265121-12<br>YOLANDA PEREZ<br>1151 NE 196 STREET<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 265122-12<br>YOLANDA R TUREAUD<br>510 CROSSINGS DRIVE<br>LITHIA SPRINGS GA 30122 |
| CREDITOR ID: 265123-12<br>YONIK A JOSEPH<br>650 NW 78 TERRACE, UNIT 104<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 265124-12<br>YORK BEE<br>PO BOX 307<br>JESUP GA 31545-0307 | CREDITOR ID: 265128-12<br>YORK INTERNATIONAL CORP<br>PO BOX 640064<br>PITTSBURGH PA 15264-0064 |
| CREDITOR ID: 265129-12<br>YORK INTERNATIONAL CORPORATION<br>PO BOX 8500-2151<br>PHILADELPHIA, PA 19178*2151 | CREDITOR ID: 399458-79<br>YORK INTERNATIONAL CORPORATION<br>ATTN: JENNIFER JONES<br>PO BOX 2901-363M<br>YORK PA 17405 | CREDITOR ID: 243311-12<br>YORK, BENNETT V<br>% YORK DEVELOPMENTS<br>112 SHEFFIELD LOOP STE D<br>HATTIESBURG, MS 39402 |
| CREDITOR ID: 1115-07<br>YORK, BENNETT V.<br>% YORK DEVELOPMENTS<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 265130-12<br>YOSMEL HERNANDEZ<br>4675 W 18 COURT<br># 701<br>HIALEAH FL 33012 | CREDITOR ID: 387046-54<br>YOUMAN, KEVIN<br>425 NORTH HOWARD STREET<br>METAIRIE LA 70003 |
| CREDITOR ID: 407401-MS<br>YOUMONS, G.L.<br>2131 NW 114TH AVE.<br>PEMBROKE PINES FL 33026 | CREDITOR ID: 265131-12<br>YOUNG AT ART CHILDRENS MUSEUM<br>11584 W STATE ROAD 84<br>DAVIE, FL 33325 | CREDITOR ID: 269196-14<br>YOUNG MARY LOUISE E CPA<br>ATTN: MARY LOUISE YOUNG<br>280 N TROPICAL TRL<br>MERRITT ISLAND FL 32953-4806 |
| CREDITOR ID: 278989-32<br>YOUNG WILLIAMS P.A.<br>ATTN: ROBERT L. HOLLADAY, JR.<br>2000 AM SOUTH PLAZA<br>JACKSON MS 39201 | CREDITOR ID: 385950-54<br>YOUNG, APRIL RENEE<br>1290 PLEASANT AVE<br>APT B-16<br>MONROEVILLE, AL 36460 | CREDITOR ID: 385774-54<br>YOUNG, ARLITA<br>3901 36TH COURT<br>WEST PALM BEACH, FL 33407 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244731-12<br>YOUNG, CASEY D<br>416 ACADIA DRIVE<br>LAPLACE LA 70068 | CREDITOR ID: 245020-12<br>YOUNG, CHARLES B<br>12512 WOODSIDE FALLS ROAD<br>PINEVILLE NC 28134 | CREDITOR ID: 407402-MS<br>YOUNG, DAVID<br>1300 HIDEAWAY DRIVE SOUTH<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 389482-54<br>YOUNG, FELISHA<br>234 EAST CORNELIOUS CIRCLE<br>SARASOTA FL 34232 | CREDITOR ID: 386409-54<br>YOUNG, JAMES<br>2008 SAINT ANDREWS STREET<br>NEW ORLEANS LA 70113 | CREDITOR ID: 386696-54<br>YOUNG, JAMES<br>11516 HARTS RD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 386920-54<br>YOUNG, JAMES<br>5558 FRED HAGUEWOOD RD<br>MERIDIAN MS 39301 | CREDITOR ID: 254191-12<br>YOUNG, KYLE A<br>27440 HWY 21<br>ANGIE, LA 70426 | CREDITOR ID: 254601-12<br>YOUNG, LEE VAN<br>PO BOX 24251<br>JACKSON, MS 39225-4251 |
| CREDITOR ID: 389493-54<br>YOUNG, MALINDA<br>4570 FELICIANA DRIVE<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 393181-55<br>YOUNG, MALINDA<br>C/O: WILLARD J BROWN SR. ESQ<br>THE LAW OFFICE OF WILLARD J BROWN SR.<br>P.O. BOX 51372<br>NEW ORLEANS LA 70151 | CREDITOR ID: 257984-12<br>YOUNG, PAMELA<br>9350 N W 108TH AVENUE<br>MIAMI, FL 33178 |
| CREDITOR ID: 388668-54<br>YOUNG, PEGGYE<br>PO BOX 5846<br>MERIDIAN MS 39302 | CREDITOR ID: 260795-12<br>YOUNG, SHANA<br>6360 SANDBOURNE W<br>OLIVE BRANCH, MS 38654 | CREDITOR ID: 260857-12<br>YOUNG, SHEILA<br>304 SEVEN SEAS DRIVE<br>HAVELOCK, NC 28532 |
| CREDITOR ID: 407403-MS<br>YOUNG, THEODORE<br>9198 WOODLEAF DRIVE<br>JONESBORO GA 30236 | CREDITOR ID: 392257-55<br>YOUNG, YVONNE W<br>C/O: JULIO MINOZ, ESQUIRE<br>SNYDER & GONZALEZ, P.A.<br>1558 NE 162 ST, SUITE A<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 390434-54<br>YOUNG, YVONNE W<br>3856 S CIRCLE DR APT 6<br>HOLLYWOOD, FL 33021 |
| CREDITOR ID: 389769-54<br>YOUNGER, TERESA<br>PO BOX 806<br>ROCK HILL SC 29731-6806 | CREDITOR ID: 393383-55<br>YOUNGER, TERESA<br>C/O: SABRINA LOVE-SLOAN<br>STEWART & LOVE, LLC.<br>1242 EBENZER ROAD<br>PO BOX 670 ZIP 29731<br>ROCK HILL SC 29732 | CREDITOR ID: 265132-12<br>YOUNGS<br>55 CHERRY LANE<br>SOUDERTON PA 18964-1550 |
| CREDITOR ID: 265133-12<br>YOUNGS LAWN MAINTENANCE<br>111 N PINE RIDGE DR<br>FOREST, MS 39074 | CREDITOR ID: 265134-12<br>YOUNGSVILLE MIDDLE SCHOOL<br>600 CHURCH ST<br>YOUNGSVILLE, LA 70592 | CREDITOR ID: 269197-31<br>YOUTHS COVENANT<br>ATTN: ROASLIND MILLER<br>428 APOPKA HILLS CIR<br>APOPKA FL 32703-6933 |
| CREDITOR ID: 265135-12<br>YSNORE LLC<br>460 W 34TH ST<br>NEW YORK NY 10001 | CREDITOR ID: 389837-54<br>YURKINS, PETER<br>8051 BELLAGIO LANE<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 265136-12<br>YVES B LAROCHELLE<br>14410 NW 11 COURT<br>MIAMI FL 33168 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278976-30<br>YVES FINE FOODS<br>PO BOX 93557<br>CHICAGO IL 60673-3557 | CREDITOR ID: 265138-12<br>YVONNE WALDEN<br>PO BOX 598<br>SUMMIT MS 39666 | CREDITOR ID: 265140-12<br>YVONNE M REEVES<br>3420 TEAL STREET<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 265141-12<br>YVONNE PEACOCK<br>7420 HIGHVIEW DRIVE<br>COLUMBIA SC 29204 | CREDITOR ID: 265143-12<br>YVONNE WRIGHT<br>508 W OHOOPEE STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 265145-12<br>Z INTERNATIONAL<br>PO BOX 201447<br>DALLAS, TX 75320-1447 |
| CREDITOR ID: 265146-12<br>Z SNOW REMOVAL<br>8177 S STATE ROUTE 48<br>MAINEVILLE OH 45039-9631 | CREDITOR ID: 265147-12<br>Z V PATE INC<br>PO BOX 159<br>9120 MORGAN STREET<br>LAUREL HILL NC 28351-0159 | CREDITOR ID: 265144-12<br>Z&S DIST. NON-ALCOHOL<br>1408 CHESAPEAKE AVE<br>COVINGTON, KY 41011 |
| CREDITOR ID: 265148-12<br>ZABATT<br>4612 HIGHWAY AVE<br>JACKSONVILLE FL 32254-4124 | CREDITOR ID: 265149-12<br>ZACHARY ELEMENTARY SCHOOL<br>3775 HEMLOCK ST<br>ZACHARY, LA 70791 | CREDITOR ID: 265150-12<br>ZACHARY FAMILY PRACTICE<br>2335 CHURCH STREET, SUITE E<br>ZACHARY, LA 70791 |
| CREDITOR ID: 265151-12<br>ZACHARY HIGH SCHOOL<br>4100 BRONCO LANE<br>ZACHARY, LA 70791 | CREDITOR ID: 265152-12<br>ZACHARY ROSCOE<br>1477 BLUEJAY ROAD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 374576-44<br>ZACHER, DAVID<br>ORL DIV 647<br>602 SPORTSMAN PARK DR<br>SEFFNER, FL 33584 |
| CREDITOR ID: 265154-12<br>ZACK C OLSON<br>113 S HITE<br>LOUISVILLE KY 40206 | CREDITOR ID: 265155-12<br>ZACK T WYATT<br>1337 NW 113 TERRACE<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 242960-12<br>ZACKERY PAPER<br>5240 GROOM ROAD<br>BAKER LA 70714 |
| CREDITOR ID: 265156-12<br>ZACKS INVESTMENT RESEARCH INC<br>155 N WACKER DR<br>CHICAGO IL 60606 | CREDITOR ID: 265157-12<br>ZAHID RAHMAN<br>632 GLEN HOLLOW DRIVE<br>DURHAM NC 27705 | CREDITOR ID: 407404-MS<br>ZAHRA JR., E. ELLIS<br>824 MAPLETON TERRACE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 265158-12<br>ZAK CHEMICAL CORP<br>132 STETSON DR<br>CHARLOTTE NC 28262-3327 | CREDITOR ID: 399454-15<br>ZAK DESIGNS INC<br>ATTN AMY R HIGGINS, CR MGR<br>1603 S GARFIELD ROAD<br>AIRWAY HEIGHTS WA 99001 | CREDITOR ID: 265159-12<br>ZAK DESIGNS, INC<br>ATTN AMY HIGGINS, CREDIT MANAGER<br>PO BOX 19188<br>SPOKANE, WA 99219-9188 |
| CREDITOR ID: 265160-12<br>ZAKHEIM & ASSOCIATES PA TRUST ACCT<br>5310 NW 33RD AVE  STE 100<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 390276-54<br>ZALDIVAR, RICARDO<br>2907 NW 93RD STREET<br>MIAMI FL 33147 | CREDITOR ID: 315823-40<br>ZAMIAS, GEORGE D<br>REF THE CROSIING CENTER<br>C\O PITTSBURGH NATIONAL BANK<br>PO BOX 641740<br>PITTSBURGH, PA 15264-1740 |

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard .Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1378-07
ZAMIAS, GEORGE D.
REF THE CROSSING CENTER
C/O PITTSBURGH NATIONAL BANK
PO BOX 641740
PITTSBURGH PA 15264-1740

CREDITOR ID: 2259-07
ZAMIAS, GEORGE D.
C/O GDZ MANAGEMENT
300 MARKET STREET
JOHNSTOWN PA 15901

CREDITOR ID: 258256-12
ZAMORA, PEDRO
14104 SW 54 ST
MIAMI, FL 33175

CREDITOR ID: 407405-MS
ZAMULIO, ELMER Y.
3720 W. 10TH COURT
HIALEAH FL 33012

CREDITOR ID: 265161-12
ZANDEX
PO BOX 369
ATTN:  E.H. STEPHENS JR
NEWNAN, GA 30264-0369

CREDITOR ID: 265162-12
ZANDRA S WATLER
2723 SILENT WOOD TRAIL #4
ROCKFORD IL 61109

CREDITOR ID: 265163-12
ZAPP'S POTATO CHIPS
ATTN RICHARD GAUDRY, DIR OF SALES
PO BOX 1533
GRAMERCY, LA 70052-1533

CREDITOR ID: 265164-12
ZAR TRAN INC
150 PRIOR STATION ROAD
CEDARTOWN GA 30125

CREDITOR ID: 269198-31
ZARA BETTERMENT CORPORATION
ATTN: BERLINE GRAHAM
2104 S ELWELL FERRY RD
COUNCIL NC 28434-8642

CREDITOR ID: 265165-12
ZATARAINS
13032 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 405871-95
ZATARAINS
PO BOX 6190
NEW ORLEANS LA 70114

CREDITOR ID: 279301-35
ZATARAIN'S PARTNERSHIP, LP
ATTN: REGINA TEMPLET
82 FIRST ST
PO BOX 347
GRETNA LA 70053

CREDITOR ID: 265166-12
ZAVIA DURANT
1206 S ATLANTA STREET
QUINCY FL 32351

CREDITOR ID: 399610-82
ZAYAS, JENNIFER
1113 ERROL PLACE CIRCLE
APOPKA  FL 32712

CREDITOR ID: 388025-54
ZAYAS, SAMANTHA (MINOR)
712 LEONARDO COURT
KISSIMMEE, FL 34758

CREDITOR ID: 265167-12
ZEBRA PEN CORP
105 NORTHFIELD AVE
RARITAN CENTER
EDISON, NJ 08837

CREDITOR ID: 265168-12
ZEE COMPANY INC
PO BOX 21442
CHATTANOOGA TN 37424

CREDITOR ID: 265170-12
ZEE MEDICAL SERVICE CO
PO BOX 4603
CHESTERFIELD, MO 63006-4603

CREDITOR ID: 405872-95
ZEE MEDICAL SERVICE CO
PO BOX 1210
INDIAN TRAIL NC 28079

CREDITOR ID: 265171-12
ZEE MEDICAL SERVICE COMPANY
PO BOX 1619
SEFFNER FL 33583-1619

CREDITOR ID: 265172-12
ZEIGLER & SONS
LASALLE BANK N A
135 S LASALLE STREET DEPT 1556
CHICAGO, IL 60674-1556

CREDITOR ID: 386675-54
ZEIGLER, ELIZABETH
118 CARALINE AVE
NEW ORLEANS LA 70123

CREDITOR ID: 391645-55
ZEIGLER, ELIZABETH
C/O: JAMES B GUEST
GUEST LAW FIRM
1900 32ND STREET
KENNER LA 70065

CREDITOR ID: 386609-54
ZEITVOGEL, JOAN
1741 HIGHWAY 9
WILSONVILLE AL 35186

CREDITOR ID: 389733-54
ZELLER, LESLIE
319 SOWARD STREET
WEATHERFORD TX 76086

CREDITOR ID: 393359-55
ZELLER, LESLIE
C/O: RONALD L. SANDS, ATTORNEY
2100 N. MAIN ST.
#107
FORT WORTH TX 76106

CREDITOR ID: 392121-55
ZELLER, WILLIAM V MD
C/O: MICHAEL MAHER
MAHER GUILEY AND MAHER, P.A.
631 WEST MORSE BLVD
SUITE 200
WINTER PARK FL 32789

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention Terms for (A) The Blackstone Group LP as Financial Advisors to the Debtors, (B) XRoads Solutions Group LLP as Financial and Operations Restructuring Consultants to the Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

CREDITOR ID: 387781-54
ZELLER, WILLIAM V, MD
PO BOX 717
EUSTIS, FL 32727

CREDITOR ID: 387781-54
ZELLER, WILLIAM V, MD
C/O MAHER GUILEY & MAHER, PA
ATTN MICHAEL MAHER, ESQ
631 WEST MORSE BLVD, SUITE 200
WINTER PARK FL 32789

CREDITOR ID: 265173-12
ZELMA OWEN
1134 EDGEFIELD WAY
BOWLING GREEN KY 42104

CREDITOR ID: 265174-12
ZEP MANUFACTURING CO
DEPT 0905 PO BOX 120001
DALLAS, TX 75312-0905

CREDITOR ID: 265175-12
ZEP MANUFACTURING COMPANY
PO BOX 530737
ATLANTA, GA 30353-0737

CREDITOR ID: 406031-93
ZEP MANUFACTURING COMPANY
C/O MCCARTHY BURGESS & WOLFE
THE MB&W BLDG, 26000 CANNON RD
CLEVELAND OH 44146

CREDITOR ID: 265176-12
ZEPHYR EGG COMPANY
ATTN: TERRY LINVILLE
PO BOX 9005
ZEPHYRHILLS, FL 33539-9005

CREDITOR ID: 265177-12
ZEPHYRHILLS NATURAL SPRING WATER
PO BOX 52214
PROCESSING CENTER
PHOENIX, AZ 85072-2214

CREDITOR ID: 265178-12
ZEPHYRHILLS WATER
ATTN VERONICA VARELA
2767 E IMPERIAL HWY
BREA, CA 92821

CREDITOR ID: 405873-95
ZEPHYRHILLS WATER
2000 WESTRIDGE DRIVE
IRVING TX 75038

CREDITOR ID: 265179-12
ZEPHYRILLS SPRING WATER
6403 HARNEY ROAD
TAMPA, FL 33610

CREDITOR ID: 248334-12
ZERBEL, DONALD
5679 GOLD CREEK BAY
HICKORY, NC 28601

CREDITOR ID: 265180-12
ZERO BREEZE COMPANY
4120 CLIFTON AVENUE
CINCINNATI OH 45232

CREDITOR ID: 265182-12
ZERO ZONE
PO BOX 78067
MILWAUKEE WI 53278-0067

CREDITOR ID: 265181-12
ZERO ZONE
110 N OAKRIDGE DR
NORTH PRAIRIE WI 53153-9900

CREDITOR ID: 269199-31
ZESSPA INC
ATTN: JERRY PIERCE
210 S COIT ST
FLORENCE SC 29501-4422

CREDITOR ID: 385263-54
ZIBELLI, DEE
440 OCEAN PARKWAY
BOYTON BEACH, FL 33435

CREDITOR ID: 390571-55
ZIBELLI, DEE
C/O: REESE HARVEY, ESQ.
DAVID J. GLATTHORN, P.A.
P. O. BOX 024384
WEST PALM BEACH FL 33402

CREDITOR ID: 265183-12
ZICAM LLC
PO BOX 10747
PHOENIX, AZ 85064

CREDITOR ID: 265184-12
ZIEGLER CONTRACT SERVICES
3460 RECKER HWY
WINTER HAVEN, FL 33880-1956

CREDITOR ID: 405874-95
ZIEGLER CONTRACT SERVICES
4615 REYNOSE DR SW
WINTER HAVEN FL 33801516

CREDITOR ID: 386506-54
ZIELKE, SHERRY
4733 MAMMOTHCAVE ROAD
CAVE CITY KY 42127

CREDITOR ID: 391544-55
ZIELKE, SHERRY
C/O: FLORA TEMPLETON STUART
FLORA TEMPLETON STUART
607 EAST TENTH STREET
BOWLING GREEN KY 42101-6919

CREDITOR ID: 265185-12
ZIFF PROPERTIES INC
ATTN TIM WALTER
PO BOX 751554
CHARLOTTE NC 28275-1554

CREDITOR ID: 389644-54
ZIGLAR, HELEN
C/O MORGAN & MORGAN
ATTN JOSEPH H SHAUGHNESSY, ESQ
PO BOX 4979
ORLANDO, FL 32802

CREDITOR ID: 265186-12
ZILA PHARMACEUTICALS INC
ATTN: ANDY STEVENS, VP/CFO
PO BOX 52729
PHOENIX, AZ 85072-2729

CREDITOR ID: 405875-95
ZILA PHARMACEUTICALS INC
P O BOX 52822
PHOENIX AZ 85072-2822

SERVICE LIST

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard ,Zukin Capital...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265187-12<br>ZIMMER CUSTOM MADE PKG<br>ATTN CHARLES E BOLLARD, CFO<br>1450 E 20TH STREET<br>INDIANAPOLIS IN 46218 | CREDITOR ID: 405876-95<br>ZIMMER CUSTOM MADE PKG<br>1450 EAST 20TH STREET<br>INDIANAPOLIS IN 46218 | CREDITOR ID: 2691-07<br>ZIMMER DEVELOPMENT CO. OF S.C,L.P<br>C/O HERBERT J. ZIMMER<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 |
| CREDITOR ID: 385763-54<br>ZIMMERMAN, ROBERT S<br>PO BOX 622<br>OLD TOWN, FL 32680 | CREDITOR ID: 386169-54<br>ZIMMERMAN, THOMAS L<br>1679 CAMPOS DR.<br>THE VILLAGES, FL 32159 | CREDITOR ID: 391330-55<br>ZIMMERMAN, THOMAS L<br>C/O BRENT C MILLER, PA<br>ATTN BRENT C MILLER, ESQ<br>205 E BURLEIGH BLVD<br>TAVARES FL 32778 |
| CREDITOR ID: 407527-15<br>ZIONS FIRST NATIONAL BANK<br>ATTN ANGELA STEPHENSON<br>DEPARTMENT 232-K5<br>PO BOX 30709<br>SALT LAKE CITY UT 84130 | CREDITOR ID: 385526-54<br>ZISA, MARIE<br>4466 LAKEWOOD BLVD.<br>NAPLES, FL 34112 | CREDITOR ID: 387174-54<br>ZITTROWER, ROBERTA<br>1101 WEST 24TH STREET<br>SANFORD, FL 32771 |
| CREDITOR ID: 391760-55<br>ZITTROWER, ROBERTA<br>C/O: CHRISTOPHER REED, ESQUIRE<br>MORGAN, COLLING & GILBERT, P.A.<br>P. O. BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 381082-47<br>ZOI CHI SUSHI WIN MANDALAY INC<br>8450 NORTH SHERMAN CIRCLE<br>SUITE 308<br>MIRAMAR, FL 33025-2178 | CREDITOR ID: 265188-12<br>ZONE PERFECT NUTRITION<br>75 REMITTANCE DRIVE<br>SUITE 6081<br>CHICAGO, IL 60675-6081 |
| CREDITOR ID: 403377-83<br>ZONECARE USA<br>PO BOX 8379<br>DELRAY BEACH FL 33482 | CREDITOR ID: 269200-31<br>ZONING DEPARTMENT<br>ATTN: PATRICK BONCK<br>15309 COMMUNITY RD<br>GULFPORT MS 39503-3510 | CREDITOR ID: 269201-31<br>ZONING DEPT OF MARIAN<br>ATTN: MICHAEL MAY<br>2631 SE 3RD ST<br>OCALA FL 34471-9101 |
| CREDITOR ID: 265189-12<br>ZOOM TO OWN<br>9323 EAST 37TH STREET NORTH<br>WICHITA KS 67226 | CREDITOR ID: 387639-54<br>ZOTTER, SHEENA<br>241 H PRINGLE CIRCLE<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 399325-68<br>ZSF<br>C/O ZURICH GLOBAL INVESTMENT<br>ADVISORYS LTD.<br>ATTN: CHRISTIAN HALABI<br>105 EAST 17TH STREET<br>NEW YORK NY 10003 |
| CREDITOR ID: 397245-68<br>ZSF/WD BARTOW, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397246-68<br>ZSF/WD CHARLOTTE, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 278612-24<br>ZSF/WD CLAYTON LLC<br>C/O EUCLID WAREHOUSES INC<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 |
| CREDITOR ID: 397247-68<br>ZSF/WD CLAYTON, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397248-68<br>ZSF/WD FITZGERALD, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397249-68<br>ZSF/WD GREENVILLE, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| CREDITOR ID: 397250-68<br>ZSF/WD HAMMOND, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 398210-72<br>ZSF/WD HIGH POINT, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397251-68<br>ZSF/WD JACKSONVILLE, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |

Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard Zukin Capital...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 399324-72
ZSF/WD MONTGOMERY-GUNTER, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397253-68
ZSF/WD OPA LOCKA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397254-68
ZSF/WD ORLANDO, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397255-68
ZSF/WD SARASOTA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 265190-12
ZUBI ADVERTISING SERVICE, INC
355 ALHAMBRA CIRCLE, 10TH FLOOR
CORAL GABLES, FL 33134

CREDITOR ID: 382355-51
ZUBI ADVERTISING SERVICES INC.
ATTN MICHELLE A ZUBIZARET
355 ALHAMBRA CIRCLE
CORAL GABLES, FL 33134

CREDITOR ID: 382355-51
ZUBI ADVERTISING SERVICES INC.
C/O MARKOWITZ, DAVIS, RINGEL, ET AL
ATTN JM MARKOWITZ/RL RUBIO, ESQS
9130 SOUTH DADELAND BLVD, STE 1225
MIAMI FL 33156

CREDITOR ID: 383146-99
ZUBI ADVERTISING SERVICES, INC
C/O MARKOWITZ DAVIS RINGEL & TRUSTY
ATTN J MARKOWITZ & R RUBIO, ESQS
9130 SO DADELAND BLVD, STE 1225
MIAMI  FL 33156

CREDITOR ID: 387129-54
ZULEGAR, CANDY
C/O TIMOTHY O'BREIN
PO BOX 12308
PENSACOLA, FL 32581

CREDITOR ID: 265191-12
ZULEMA K LOREDO
PO BOX 521
PINELAND FL 33945-0052

CREDITOR ID: 385544-54
ZUNIGA, GLADYS
2527 W. 76TH STREET
HIALEAH, FL 33016

CREDITOR ID: 390842-55
ZUNIGA, GLADYS
C/O SIMON & D'ALEMBERTE, PL
ATTN RONALD M SIMON, ESQ
1001 BRICKELL BAY OFFI CE STE 1200
MIAMI FL 33131

CREDITOR ID: 389107-54
ZUNIGA, WILFREDO
4817 W. ALHAMBRA CIRCLE
NAPLES, FL 34103

CREDITOR ID: 392994-55
ZUNIGA, WILFREDO
C/O: FRANK E. DEPENA, ESQUIRE
DEPENA & DEPENA, P.A
1810 JACKSON STREET
FORT MYERS FL 33901

CREDITOR ID: 2027-07
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 265192-12
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 265193-12
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2692-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 269202-14
ZURI CAPITAL INC
ATTN: DOUGLAS HANNAH
6632 TRAIL BLVD
NAPLES FL 34108-2903

CREDITOR ID: 397679-72
ZURICH AMERICAN INSURANCE COMPANY
C/O MARSH USA INC
PO BOX 100357
ATLANTA, GA 30384-0357

CREDITOR ID: 316151-41
ZURICH RENT
ABA 053-000-219
ACCT 5000000021453
CHARLOTTE NC 28201

CREDITOR ID: 397256-68
ZURICH STRUCTURED FINANCE
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 278614-24
ZURICH STRUCTURED FINANCE
ADMINISTRATIVE GENERAL PARTNER
ATTN: CHRISTIAN HALABI
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 381448-47
ZWAK, JERALD
1935 TYLER TRACE
LAWRENCEVILLE, GA 30043

CREDITOR ID: 265194-12
ZWANENBERG FOOD GROUP INC
10 MADISON AVE
MORRISTOWN NJ 07960

CREDITOR ID: 2693-07
ZYDCCO INVESTMENT,LLC
159 PIERCE STREET
BIRMINGHAM MI 48009

CREDITOR ID: 406168-15
ZYLBERMAN, ALBA
C/O MICHAEL WEISBERG LAW OFFICE
ATTN MICHAEL P WEISBERG, ESQ
1925 BRICKELL AVENUE, SUITE D301
MIAMI FL 33129

SERVICE LIST

**Notice of Approval Under 11 U.S.C. 328(a) of Retention
Terms for (A) The Blackstone Group LP as Financial
Advisors to the Debtors, (B) XRoads Solutions Group LLP
as Financial and Operations Restructuring Consultants to the
Debtors, (C) Houlihan Lokey Howard _Zukin Capital...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 406168-15
ZYLBERMAN, ALBA
420 ISLAND DRIVE
KEY BISCAYNE FL 33149


**Total:   45,982**