IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al., | CASE NO. 05-03817-3F1 |
| Debtors. | Jointly Administered |

## REQUEST FOR ALL NOTICES AND NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Paulding County Tax Commissioner, a creditor and party in interest in the above-styled and numbered Chapter 11 bankruptcy case and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9010, requests that the Clerk of the Court give Paulding County Tax Commission, through its counsel, at the address set forth below, all notices required by Federal Rule of Bankruptcy Procedure 2002, including notices under Federal Rule of Bankruptcy Procedure 2002(i) that, but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents:

Ed S. Sell, III
Sell & Melton, LLP
P. O. Box 229
Macon, Georgia 31202-0229
(478) 746-8521 telephone
(478) 745-6426 facsimile

Dated this 19th day of July, 2005.

_/s/ Ed S. Sell, III_
ED S. SELL, III
Georgia Bar No. 635300

Sell & Melton, LLP
P. O. Box 229
Macon, Georgia 31202-0229
(478) 746-8521 telephone
(478) 745-6426 facsimile

SELL & MELTON, L.L.P.
Fourteenth Floor
577 Mulberry Street
P.O. Box 229
Macon, GA 31202-0229
478-746-8521
Fax 478-745-6426

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing **REQUEST FOR ALL NOTICES AND NOTICE OF APPEARANCE OF COUNSEL** upon:

D. J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Gray, Esq.
D. J. Baker, Esq.                                                        Via Facsimile 212-735-2000
Skadden, Arps, Slate, Meagher & Flom, LLP      djbaker@skadden.com
Four Times Square
New York, New York 10036

Cynthia C. Jackson, Esq.                                    Via Facsimile 904-3559-7708
Smith Hulsey &Busey                                          cjackson@smithhulsey.com
225 Water Street, Suite 1800
Jacksonville, Florida 32202

by placing a true and correct copy of same in a Federal Express envelope properly addressed for next day delivery, by e-mail, and facsimile.

DATED this 19th day of July, 2005.

*[signature]*
ED S. SELL, III

Sell & Melton, LLP
P. O. Box 229
Macon, Georgia 31202-0229
(478) 746-8521 telephone
(478) 745-6426 facsimile

ELL & MELTON, L.L.P.
Fourteenth Floor
577 Mulberry Street
P.O. Box 229
Macon, GA 31202-0229
478-746-8521
Fax 478-745-6426