**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING AND HEARING**

1.  Pursuant to the Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief, filed with the Court on July 1, 2005 (the "Motion") (Docket No. 1961), Winn-Dixie, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of their intent to enter into the attached asset purchase agreement and first amendment with, and to assume and assign the Debtors' lease of store numbers 452 to Baker Foods, Inc. for $225,000, plus inventory (at 70% of retail for grocery and 50% of retail for meat, produce, dairy and packaged lunch meat) (the "Sale").

**Notice of Hearing**

2.  A hearing to approve the Sale is scheduled for **July 29, 2005 at 10:00 a.m. E.T.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

Dated: July 19, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00502495