# FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

**THIS FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT** is made effective as of July 19, 2005 (the "Amendment Date"), by and among

**WINN-DIXIE STORES, INC.,** a Florida corporation ("Seller"), and

**MOMO MANAGEMENT COMPANY, INC.,** a Florida corporation ("Buyer").

**R E C I T A L S:**

A.   Seller and Buyer are parties to a certain Asset Purchase Agreement dated June 30, 2005 (the "Agreement").

B.   Subject to the provisions of this Amendment, the Agreement has been selected by Seller as the Successful Bid and is to be submitted to the Bankruptcy Court at the Approval Hearing.

C.   Seller and Buyer desire to amend the Agreement to reflect the terms on which Seller proposes to sell the Assets to Buyer, subject to the conditions contained in the Agreement.

**IN CONSIDERATION OF $10.00 AND OTHER GOOD AND VALUABLE CONSIDERATION AND OF THE MUTUAL UNDERTAKINGS** of the parties hereto, it is agreed as follows:

1.0   **Defined Terms.**   Capitalized terms used in this Amendment and not defined herein will have the meanings given to them in the Agreement.

2.0   **Amendments to Agreement.**   The Agreement is hereby amended as provided in Exhibit A to this Amendment.

3.0   **Miscellaneous.**

3.1 Authority.   Seller represents and warrants that this Amendment has, subject to the requirement of Bankruptcy Court Approval, been duly authorized by all required corporate action on behalf of Seller.  Buyer represents and warrants that this Amendment has been duly authorized by all required corporate action on behalf of Buyer.

3.2 Successors and Assigns.   This Amendment will be binding upon, and inure to the benefit of, the parties hereto and their respective successors, and permitted assigns.

3.3 Governing Law.   The application and effect of this Amendment will be governed by the laws of the State of Florida.

2

    3.4 <u>Time is of the Essence</u>.  Time is of the essence of this Amendment.

    3.5 <u>Ratification of Agreement</u>.  Except as herein expressly modified or amended, all terms and conditions of the Agreement remain in full force and effect, and Seller and Buyer hereby ratify and confirm the Agreement, as modified and amended hereby.

[Signature page follows]

2

**IN WITNESS WHEREOF**, the parties hereto have executed this Amendment as of the Amendment Date.

**SELLER:**

**WINN-DIXIE STORES, INC.,** a Florida corporation

By:_____
   Name:_____
   Title: _____

**BUYER:**

**MOMO Management Company, Inc.,** a Florida Corporation

By:_____
   Name: Cobie Elharar
   Title: President

3

**EXHIBIT A**
**TO FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT**
**BETWEEN WINN-DIXIE STORES, INC.**
**AND MOMO MANAGEMENT COMPANY, INC.**

Amendments to the Agreement

- The Base Purchase Price specified in paragraph 3.1 of the Agreement is modified to $225,000.