LEGAL DESCRIPTION
OF
SHOPPING CENTER

Those certain pieces, parcels or tracts of land situate, lying and being in the Town of Waynesville, Waynesville Township, Haywood County, North Carolina, and being more particularly described as follows:

BEGINNING on a concrete monument at the Southeast corner of the property conveyed by Clayton to Garrett et al (Deed Book 231, page 670, Haywood County Registry) and runs thence N. 73° 16' W. 654.22 feet to a stake; thence N. 20° 35' E. 46 feet to a stake; thence N. 73° 16' W. 74.59 feet to a stake; thence with the arc of a circle on a curve to the left in a Southwesterly direction (R = 32.52 feet) 48.90 feet to a stake in the East margin of a drive 40 feet in width; thence with said margin of said drive S. 20° 35' W. 194.29 feet to a stake at the point of intersection of the North margin of Border Street with the East margin of said drive; thence N. 69° 14' W. 40 feet to a stake, which stake is located S. 26° 13' 47" W. 504.58 feet from the Southwest corner of the building occupied by Sears; thence with the West margin of said drive 40 feet in width N. 20° 35' E. 639.78 feet to a point in the center of the branch and in the outside line of the property conveyed by Taylor to Garrett (Deed Book 232, page 122, Haywood County Registry); thence down and with the center of said branch three calls as follows: N. 83° 24' E. 167.19 feet to an iron pin, S. 81° 32' E. 414.18 feet to an iron pin, and S. 79° 14' E. 200 feet to a point in the center of the branch at the Northeast corner of the property conveyed by Clayton to Garrett (Deed Book 231, page 670, Haywood County Registry); thence S. 16° 21' 30" W. 611 feet to the BEGINNING, containing 10.021 acres as per survey and plat of James T. Herron, R.L.S., dated August 8, 1983, entitled "Waynesville Plaza".

EXHIBIT "B"

1249
99 Waynesville Plaza
Waynesville, North Carolina