EXHIBIT "B"

LEGAL DESCRIPTION OF SHOPPING CENTER

BEING THAT CERTAIN PARCEL OF LAND LYING IN NEW RIVER TOWNSHIP, WATAUGA COUNTY, NORTH CAROLINA, BOUNDED ON THE NORTH BY THE 100 FOOT RIGHT-OF-WAY OF NORTH CAROLINA HIGHWAY 105, ON THE EAST BY WINKLER AND ABDIN, ON THE SOUTH BY DAVIS, ON THE WEST BY DAVIS AND COOK, AND MORE ACCURATELY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT, SAID POINT BEING A NEW IRON PIPE SET IN THE SOUTHERN RIGHT-OF-WAY LINE OF SAID NORTH CAROLINA HIGHWAY 105, SAID NEW IRON PIPE BEING LOCATED SOUTH 56-27-16 EAST A DISTANCE OF 114.72 FEET FROM AN EXISTING IRON PIPE (3/4 INCH CONDUIT) MARKING THE NORTHWEST CORNER OF THE KENNETH WAYNE COOK PROPERTY (DEED BOOK 170 PAGE 872) AT THE SAID SOUTHERN RIGHT-OF-WAY OF SAID NORTH CAROINA HIGHWAY 105; THENCE WITH SAID SOUTHERN RIGHT-OF-WAY LINE FOLLOWING CALLS AND DISTANCES: SOUTH 56-56-26 EAST FOR 320.76 FEET TO A NEW IRON PIPE, SOUTH 60-10-52 EAST FOR 108.76 FEET TO A NEW IRON PIPE, SOUTH 61-23-00 EAST FOR 130.00 FEET TO A NEW IRON PIPE, SOUTH 64-44-08 EAST FOR 138.51 FEET TO A NEW IRON PIPE, SOUTH 66-10-01 EAST FOR 68.16 FEET TO A NEW IRON PIPE, SOUTH 66-10-04 EAST FOR 25.00 FEET TO A NEW IRON PIPE (SAID NEW IRON PIPE BEING LOCATED NORTH 66-39-00 WEST A DISTANCE OF 149.77 FEET FROM AN EXISTING IRON PIPE MARKING THE NORTHEAST CORNER FOR WINKLER AT THE SAID SOUTHERN RIGHT-OF-WAY OF NORTH CAROLINA HIGHWAY 105); THENCE WITH WINKLER'S WESTERN LINE SOUTH 21-36-16 WEST FOR A DISTANCE OF 137.06 FEET TO A NEW IRON PIPE AND CORNER WITH WINKLER, THENCE WITH THE SOUTHERN LINE OF WINKLER SOUTH 68-36-20 EAST A DISTANCE OF 49.06 FEET TO A COMPUTED POINT IN A CREEK (SAID POINT BEING LOCATED NORTH 68-36-20 WEST A DISTANCE OF 99.57 FEET FROM AN EXISTING IRON PIPE AND SOUTHEASTERN CORNER OF THE WINKLER PROPERTY) AND CORNER WITH ABDIN (DEED BOOK 105 PAGE 714, PLAT BOOK 11 PAGE 10); THENCE WITH THE WESTERN LINE OF ABDIN SOUTH 22-03-00 WEST FOR A DISTANCE OF 15.00 FEET TO AN EXISTING IRON PIPE AND REFERENCE FOR SAID COMPUTED POINT, THENCE CONTINUING WITH THE LINE OF ABDIN SOUTH 22-03-00 WEST FOR A DISTANCE OF 148.93 FEET TO AN EXISTING IRON PIPE (3/4 INCH GALVANIZED), THENCE WITH THE LINE OF ABDIN SOUTH 22-00-30 WEST A DISTANCE OF 82.09 FEET TO AN EXISTING IRON PIPE (3/4 GALVANIZED) AND CORNER WITH ABDIN; THENCE WITH THE NORTHERN LINE OF DAVIS (DEED BOOK 30 PAGE 459) NORTH 80-04-54 WEST FOR A DISTANCE OF 73.72 FEET TO AN EXISTING IRON PIPE (1/2 INCH CONDUIT) AT A FENCE CORNER, SAID IRON PIPE BEING SOUTHEAST OF A 24 INCH HEMLOCK WITH A LARGE "X" ON THE SOUTHEAST SIDE; THENCE NORTH 69-03-59 WEST FOR A DISTANCE OF 68.04 FEET TO AN EXISTING IRON PIPE (1/2 INCH REBAR AT THE INTERSECTION OF A FENCE LINE AND A CREEK), THENCE NORTH 68-56-00 WEST FOR A DISTANCE OF 245.36 FEET TO AN EXISTING IRON PIPE (1/2 INCH CONDUIT AT A 24 INCH CUCUMBER TREE AND FENCE CORNER), THENCE WITH A NEW LINE FOR DAVIS NORTH 68-56-00 WEST FOR A DISTANCE OF 108.09 FEET TO A NEW IRON PIPE, THENCE NORTH 11-18-46 WEST A DISTANCE OF 36.10 FEET TO A NEW IRON PIPE, THENCE NORTH 14-59-01 WEST FOR A DISTANCE OF 20.57 FEET TO A NEW IRON PIPE, THENCE NORTH 12-50-07 WEST FOR A DISTANCE OF 32.61 FEET TO A NEW IRON PIPE, THENCE NORTH 14-28-00 WEST FOR A DISTANCE OF 99.15 FEET TO A NEW IRON PIPE, THENCE NORTH 27-35-14 WEST FOR A DISTANCE OF 38.55 FEET TO A NEW IRON PIPE, THENCE NORTH 30-44-39 WEST FOR A DISTANCE OF 107.38 FEET TO A NEW IRON PIPE, THENCE NORTH 31-21-36 WEST FOR A DISTANCE OF 76.14 FEET TO A NEW IRON PIPE, THENCE NORTH 33-33-37 WEST FOR A DISTANCE OF 56.32 FEET TO A NEW IRON PIPE, THENCE NORTH 38-29-30 WEST FOR A DISTANCE OF 29.33 FEET TO A NEW IRON PIPE AND CORNER WITH DAVIS, THENCE NORTH 28-01-54 EAST FOR A DISTANCE OF 39.59 FEET TO A NEW IRON PIPE, THENCE NORTH 28-01-54 EAST FOR A DISTANCE OF 24.80 FEET TO AN EXISTING IRON PIPE AND SOUTHEAST CORNER OF THE COOK PROPERTY (DEED BOOK 170 PAGE 872), THENCE WITH THE EASTERN LINE OF COOK NORTH 28-01-54 EAST FOR A DISTANCE OF 108.92 FEET TO THE POINT AND PLACE OF BEGINNING, CONTAINING 6.775 ACRES +/-, ACCORDING TO A SURVEY BY MUNICIPAL ENGINEERING SERVICES COMPANY, P.A., ENTITLED "SURVEY FOR MOUNTAIN PLAZA PARTNERSHIP," DATED DECEMBER 18, 1989.

2090
2575 Highway 105
Boone, North Carolina