# AMENDMENT NO. 1 TO
# ASSET PURCHASE AGREEMENT

**THIS AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT** (this "**Amendment**") is made and entered into this __ day of July 2005, by and between WINN-DIXIE RALEIGH, INC., a Florida corporation ("**Seller**"), and HARRIS TEETER, INC., a North Carolina corporation ("**Buyer**"). All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Asset Purchase Agreement (as defined below). In the event of any conflict or inconsistency between the terms of this Amendment and the Asset Purchase Agreement, the terms of this Amendment shall control.

## RECITALS

WHEREAS, Buyer and Seller entered into that certain Asset Purchase Agreement, dated June 30, 2005 (the "**Asset Purchase Agreement**"), pursuant to which Buyer agreed to purchase from Seller, and Seller agreed to sell to Buyer, the Assets, including, but not limited to Seller's leasehold interest in each of the Leased Premises on which the nine (9) Stores listed on Exhibit A-1 to the Asset Purchase Agreement are located; and

WHEREAS, in connection with entering into the Asset Purchase Agreement, Buyer delivered to Escrow Agent the sum of $1,675,000 representing the Base Deposit then due with respect to the contemplated purchase of the nine (9) Stores; and

WHEREAS, on July 6, 2005, Buyer terminated the Asset Purchase Agreement with respect to Store #2040 in accordance with Sections 4.1.3(c) and 15.1(a)(xi) of the Asset Purchase Agreement; and

WHEREAS, at an auction (the "**Auction**") to purchase Assets with respect to certain Stores held in New York, NY on July 18, 2005, Buyer increased its Successful Bid with respect to Store #851 from $3,485,000 to $3,950,000; and

WHEREAS, as a result of receiving higher Successful Bids at the Auction on Stores #805 and #2090, Seller terminated the Asset Purchase Agreement with respect to Stores #805 and #2090 in accordance with Section 15.1(a)(viii)(A) of the Asset Purchase Agreement; and

WHEREAS, as a result of the terminations and price change described in the foregoing recitals, and in order to reflect the purchase of Assets relating to only six (6) of the nine (9) Stores listed on Exhibit A-1 to the Asset Purchase Agreement, Buyer and Seller now desire to amend the terms of the Asset Purchase Agreement as more particularly set forth herein, in accordance with Section 17.6 of the Asset Purchase Agreement; and

WHEREAS, as a result of the decrease in the Base Purchase Price, a portion of the Base Deposit will be returned to Buyer;

## STATEMENT OF AGREEMENT

**NOW, THEREFORE,** in consideration of the premises and mutual covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby expressly acknowledged, the parties hereby agree as follows:

# ARTICLE 1
# **AMENDMENTS**

1.1    The first sentence of paragraph A of the Recitals is hereby amended and restated to read in its entirety as follows:

"A.    Seller is the tenant of each of the six (6) supermarket stores (the "Stores"), each of which is listed on Exhibit A-1 to this Agreement by Seller's designated Store number, under the respective leases, including amendments thereto (the "Leases") described on Exhibit A-2 to this Agreement."

1.2    The first sentence of Section 3.1 is hereby amended and restated to read in its entirety as follows:

"3.1.    The purchase price to be paid by Buyer to Seller for the Assets (other than the Inventory and Supplies) is $15,890,000 in the aggregate (the "Base Purchase Price"), which will be allocated to each Store as set forth on the Allocation Schedule."

1.3    Section 8.1(i) is hereby amended and restated to read in its entirety as follows:

"(i) will use commercially reasonable efforts to maintain the Assets until the relevant Closing, in the same condition as on the date hereof, excepting the effects of ordinary wear and tear, condemnation and casualty, and will continue operation of the Stores in the ordinary course of business, except to the extent that operations in Store #851 (North Ridge Shopping Center, Raleigh, North Carolina) are suspended prior to the Effective Date,"

1.4    Exhibit A-1 is hereby amended and restated to read in its entirety as follows:

EXHIBIT A-1
To Asset Purchase Agreement

List of Stores

| Store No. | Street Address | City | County | State |
|---|---|---|---|---|
| 851 | 6024 Falls of Neuse Road | Raleigh | Wake | North Carolina |
| 2014 | 13639 Providence Road | Weddington | Union | North Carolina |
| 2022 | 265 Eastchester Drive | High Point | Guilford | North Carolina |
| 2039 | 1605 New Garden Road | Greensboro | Guilford | North Carolina |
| 2061 | 2727 S. Church Street | Burlington | Alamance | North Carolina |
| 2104 | 9759 Sam Furr Road | Huntersville | Mecklenburg | North Carolina |

1.5    Exhibit A-2 is hereby amended to remove all references to Stores #805, #2040 and #2090, and all information related thereto, from the "Descriptions of Leases, Subleases and Leased Premises."

1.6     Exhibit A-3 is hereby amended and restated to read in its entirety as follows:

EXHIBIT A-3
To Asset Purchase Agreement

List of Shopping Centers

| Store No. | Name of Shopping Center |
|---|---|
| 851 | North Ridge Shopping Center |
| 2014 | Weddington Corners |
| 2022 | High Point Mall |
| 2039 | Garden Creek Center |
| 2061 | New Market Square |
| 2104 | Northcross Shopping Center |

1.7     Exhibit C-1 is hereby amended to remove all references to Stores #805, #2040 and #2090, and all information related thereto, from the row entitled "Properties."

1.8     Exhibit D is hereby amended to remove all references to Stores #805, #2040 and #2090, and all information and descriptions of Excluded Personal Property related thereto.

1.9     Exhibit E is hereby amended and restated to read in its entirety as follows:

EXHIBIT E
To Asset Purchase Agreement

Base Purchase Price Allocation; Base Deposit; Inventory Deposit

| Store No. | Base Purchase Price | Base Deposit | Inventory Deposit |
|---|---|---|---|
| 2022 | $ 5,220,000 | $ 522,000 | $ 517,000 |
| 2014 | $ 3,485,000 | $ 348,500 | $ 671,000 |
| 851 | $ 3,950,000 | $ 395,000 | $ 429,000 |
| 2104 | $ 2,675,000 | $ 267,500 | $ 545,000 |
| 2061 | $ 160,000 | $ 16,000 | $ 528,000 |
| 2039 | $ 400,000 | $ 40,000 | $ 330,000 |
| **Total** | **$15,890,000** | **$1,589,000** | **$3,020,000** |

## ARTICLE 2
## BASE DEPOSIT

2.1     Partial Return of Base Deposit.  As a result of the reduction of the Base Deposit from $1,675,000 to $1,589,000, Seller agrees that, immediately upon receiving a fully executed counterpart of this Amendment, it will instruct the Escrow Agent to refund $86,000 of the original Base Deposit to Buyer by wire transfer in accordance with the wire transfer instructions set forth below:

BANK NAME                    Wachovia

BANK CITY                    Charlotte

| | |
|---|---|
| BANK ROUTING NUMBER | 053000219 |
| BANK CONTACT PERSON | David Navratil<br>704-715-3900 |
| ACCOUNT NUMBER | 2070487040844 |
| ACCOUNT NAME | Harris Teeter |
| ACCOUNT ADDRESS | 701 Crestdale Road<br>Matthews, NC  28105 |
| ACCOUNT PHONE NUMBER | 704-844-3051 (Nancy Morgan) |

## ARTICLE 3
## GENERAL

3.1     Full Force and Effect.  As expressly amended hereby, the Asset Purchase Agreement shall continue in full force and effect in accordance with the provisions hereof and thereof, and shall constitute the entire agreement between the parties hereto with respect to the subject matter contained herein and therein.  The Asset Purchase Agreement may only be further amended in a writing signed by both Buyer and Seller.

3.2     Applicable Law.  The application and effect of this Agreement as to any particular Store or Stores will be governed by and construed in accordance with the laws of the State in which such Store or Stores is located; the application and effect of this Agreement as to any matter of the rights and obligations of the parties generally will be governed by and construed in accordance with the laws of the State of Florida.

3.3     Counterparts.  This Amendment may be executed in one or more counterparts, each of which shall constitute an original, but all of which when taken together shall constitute one and the same instrument.

3.4     Headings.  The headings of this Amendment are for the purpose of reference only and shall not effect the construction of this Amendment.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written above.

**SELLER:**

**WINN-DIXIE RALEIGH, INC.**, a Florida corporation

By: _____
Name:
Title:

**HARRIS TEETER, INC.**, a North Carolina corporation

By: _____
Name:
Title: