**Schedule 1**

**DOCUMENTS POSTED ON MERRILL WEBSITE FOR STORE 805**

| Store | Tear Sheet? | Documents in Lease and Lease Amendments Folder | Site Plan? | Fixture Plan? | Documents in Historic Title Folder | Documents in Current Title Commitment Folder | Documents in Environmental Site Assessments Folder | Documents in Equipment Lists Folder | Exhibit A-2? | Sub-tenant Chart? |
|---|---|---|---|---|---|---|---|---|---|---|
| 805 | Yes, dated 4/20/05 | Deed of Lease dated January 14, 2002, by and between WD Development, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant<br><br>Corporate Guaranty of Lease Obligations dated January 14, 2002, by Winn-Dixie Stores, Inc. to WD Development, LLC<br><br>Short Form Deed of Lease dated January 14, 2002, by and between WD Development, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant, recorded in Book 9253, Page 1613, of the public records of Wake County, North Carolina<br><br>Supplemental Lease Agreement dated May 15, 2003, by and between WD Development, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant | Yes, by BBM Associates, Inc., dated 3/25/02 | Yes, dated 5/20/02 | Policy dated 1/17/02, issued by Lawyer's Title Insurance Corporation | Commitment dated 5/31/05, issued by Lawyer's Title Insurance Corporation (with exception documents) | Phase I Environmental Site Assessment prepared by LFR Levine Fricke for Winn-Dixie Stores, Inc., dated June 3, 2005<br><br>Phase I (Level 2) Environmental Site Assessment prepared by LFR Levine Fricke for Winn-Dixie Stores, Inc., dated June 27, 2005 | Owned Equipment List<br><br>Leased Equipment List | Yes | No |