**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Jointly Administered |

**LIMITED OBJECTION TO MOTIONS TO SELL**

COMES NOW Flint Crossing, LLC ("Landlord"), a creditor of the referenced debtor, and for its Limited Objection to Motions to Sell says as follows:

1. The Debtor has filed motions to sell: 1) Targeted Stores (as defined in Debtor's motion); and 2) the Merchandise and FF&E (as defined in Debtor's motion).

2. The Debtor owes certain charges for 2004 which are: $17,390.88 (real estate taxes); $8,358.40 (insurance); and $31,299.39 (CAM), for a total of $57,048.67. The Debtor also would owe for three months of real estate taxes for 2004 which have accrued but not been billed of approximately $4,347.72.

3. In addition, these same charges would accrue from January, 2005, and thereafter in the approximate monthly amount of $4,754.05.

4. Landlord objects to the sale of Store No. 1915, and the assumption of its lease, unless all arrearages under the lease are cured and the other provisions of Section 363 and 365 are complied with.

5. Should the store not be sold, the Debtor proposes to auction its Merchandise and FF&E. Landlord possesses a lien against this property. Landlord objects to the sale unless its lien is paid in full.

6.      Under the terms of the lease, the Debtor may not remove the FF&E until the expiration of the Term (as defined in the lease), which is a minimum of 20 years.

WHEREFORE, premises considered, Flint Crossing, LLC, respectfully objects to the motions to sell as set forth herein.  Flint Crossing, LLC, prays for such further and other relief as this Court may deem appropriate.

\s\ C. Ellis Brazeal III
Attorney for Flint Crossing, LLC

**OF COUNSEL:**

**Walston, Wells, Anderson & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Limited Objection to Motions to Sell, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \20th\ day of July, 2005

\s\ C. Ellis Brazeal III
OF COUNSEL