**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Jointly Administered |

**LIMITED OBJECTION TO MOTIONS TO SELL**

COMES NOW Deerfoot Marketplace, LLC ("Landlord"), a creditor of the referenced debtor, and for its Limited Objection to Motions to Sell says as follows:

1. The Debtor has filed motions to sell: 1) Targeted Stores (as defined in Debtor's motion); and 2) the Merchandise and FF&E (as defined in Debtor's motion).

2. Based upon a tax value of $5,315,500.00, the annual tax is $58,576.81.

3. This amount is accrued beginning on October 1st of each year. The Debtor has not paid any of the taxes owed for the months of October, 2004, forward. Accordingly, the cure amount would be based upon a pro-rata allocation of the annual tax amount of $58,576.81 through the date of sale.

4. Landlord objects to the sale of Store No. 415, and the assumption of its lease, unless all arrearages under the lease are cured and the other provisions of Section 363 and 365 are complied with.

5. Should the store not be sold, the Debtor proposes to auction its Merchandise and FF&E. Landlord possesses a lien against this property. Landlord objects to the sale unless its lien is paid in full.

6. Under the terms of the lease, the Debtor may not remove the FF&E until the expiration of the Term (as defined in the lease), which is a minimum of 20 years.

WHEREFORE, premises considered, Deerfoot Marketplace, LLC, respectfully objects to the motions to sell as set forth herein. Deerfoot Marketplace, LLC, prays for such further and other relief as this Court may deem appropriate.

\s\ C. Ellis Brazeal III
Attorney for Flint Crossing, LLC

**OF COUNSEL:**

**Walston, Wells, Anderson & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Limited Objection to Motions to Sell, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \20th\ day of July, 2005

\s\ C. Ellis Brazeal III
OF COUNSEL