**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| In re: | ) | Case No. 05-03817-3F1 |
|---|---|---|
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**FIRST INTERIM APPLICATION OF SMITH HULSEY & BUSEY FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF COSTS ADVANCED (March 28, 2005 through April 30, 2005)**

Pursuant to Section 331 of the Bankruptcy Code (the "Code") Smith Hulsey & Busey applies for entry of an order allowing interim compensation to the firm for services rendered and costs advanced as bankruptcy co-counsel for Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, the "Debtors"). By this application, Smith Hulsey is seeking interim compensation for the period from March 28, 2005 through April 30, 2005, for services rendered during the period in the amount of $124,944.50 and reimbursement for costs advanced in the amount of $3,318.02.

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Legal Services Rendered by Smith Hulsey & Busey**

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for procedural purposes only.

2. On April 20, 2005, the Court authorized the Debtors to retain Smith Hulsey as co- counsel in this case *nunc pro tunc* to March 28, 2005.

3. In accordance with Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (Docket No. 434), Smith Hulsey has been paid $103,583.92 by the Debtors, which represents 80% of the fees ($99,955.60) and 100% of the costs ($3,318.02) actually incurred by Smith Hulsey for the period of March 28 through April 30, 2005. The total amount of holdback fees sought by this application is $24,988.90.

4. Smith Hulsey seeks allowance of fees for services provided to the Debtors in the following areas of its representation:

| Areas of Representation | Total Fees | Total Hours |
|---|---|---|
| Asset Disposition | $ 9,901.00 | 43.0 |
| Automatic Stay (Relief Actions) | 4,346.00 | 16.0 |
| Business Operations/Strategic Planning | 3,637.00 | 10.6 |
| Case Administration | 15,811.00 | 69.6 |
| Change of Venue | 20,607.50 | 77.5 |
| Claim Admin. (General) | 5,177.00 | 20.1 |

| | | |
|---|---|---|
| Claims Admin. (Reclamation/Trust Funds) | 37,491.00 | 151.7 |
| Creditor Meetings/Statutory Committees | 2,555.00 | 8.0 |
| Executory Contracts | 147.50 | 0.5 |
| Financing | 1,457.00 | 6.6 |
| Insurance | 640.00 | 2.0 |
| Leases (Real Property) | 3,458.00 | 14.0 |
| Litigation (General) | 969.50 | 4.6 |
| Reorganization Plan/Plan Sponsors | 513.50 | 1.3 |
| Retention/Fee Matters (Smith Hulsey) | 9,185.00 | 31.8 |
| Retention/Fee Matters (Others) | 2,552.50 | 10.0 |
| Secured Claims | 106.00 | 0.4 |
| U.S. Trustee Matters | 3,803.00 | 11.4 |
| Utilities | 2,587.00 | 9.1 |
| Totals | $124,944.50 | 488.2 |

5. The services rendered by Smith Hulsey in connection with these matters included:

(a) **Asset Disposition (General).** Smith Hulsey represented the Debtors in connection with their sale of (i) leasehold interests, inventory and related assets for three stores located in Virginia to Food Lion, L.L.C. for approximately $1 million, (ii) the Debtors' corporate airplane for over $15 million, and (iii) pharmaceutical inventory from a closed store to CVS Pharmacy, Inc. for $240,000. Smith Hulsey also provided legal research and advice regarding the Debtors' ability to pay brokerage fees.

(b) **Automatic Stay (Relief Actions).** Smith Hulsey represented the Debtors in defense of motions for relief from the automatic stay filed by, or threatened to be filed by, attorneys representing creditors asserting personal injury, employee and

contract claims, including the negotiation of standstill agreements with a number of creditors.

(c) **Business Operations/Strategic Planning.** Smith Hulsey participated in weekly conferences with the Debtors and their advisors to strategize business operations and restructuring and to provide information regarding upcoming hearings.

(d) **Case Administration.** Smith Hulsey represented the Debtors in connection with the initial case management conference held in Jacksonville after the New York Court transferred venue. Smith Hulsey also (i) responded to requests for information from interested parties on a daily basis made in correspondence, telephone calls, pleadings and other papers and communicated with the Debtors regarding these matters, and (ii) coordinated the Debtors' activities with and provided information to the Bankruptcy Court, and the Clerk of the Bankruptcy Court.

(e) **Change of Venue.** Smith Hulsey (i) counseled the Debtors and their advisors regarding the Debtors' request for a change of venue, the local practices and rules affecting the Debtors upon change of venue and prepared pleadings for venue change, (ii) communicated with the Office of the United States Trustee and the Clerk of the Bankruptcy Court regarding actions required of the Debtors, and (iii) coordinated the transfer of files and actions from New York to Jacksonville.

(f) **Claims Administration (General).** Smith Hulsey represented the Debtors in connection with obtaining and noticing a claims bar date and communicating with the Office of the United States Trustee and the Clerk of the Bankruptcy Court regarding same.

(g) **<u>Claims Administration (Reclamation/Trust Funds)</u>.** Smith Hulsey assisted the Debtors in analyzing defenses to the 485 reclamation demands made on the Debtors asserting total claims in excess of $125 million. Smith Hulsey's efforts included the legal and factual research necessary for the preparation of a declaratory judgment complaint asserting the "valueless defense" which, if successful, would result in all reclamation claims being classified as unsecured claims. In preparation of this complaint, Smith Hulsey reviewed reclamation pleadings in other large Chapter 11 cases and analyzed financing and other documents material to this Chapter 11 case. Smith Hulsey also conducted legal and factual research to identify additional causes of action available to the Debtors, if necessary, to challenge reclamation creditors who threatened to cut off the supply of all goods to the Debtors unless the creditors' reclamation demands were paid immediately.

(h) **<u>Creditor Meetings/Statutory Committees</u>.** Smith Hulsey organized the Debtors' Section 341 first meeting of creditors and represented the Debtors at a Creditor's Committee meeting held in New York.

(i) **<u>Environmental Matters</u>.** Smith Hulsey counseled the Debtors and their advisors regarding the effect of bankruptcy filing on environmental matters.

(j) **<u>Executory Contracts</u>.** Smith Hulsey communicated with creditors regarding executory contract issues.

(k) **<u>Financing</u>.** Smith Hulsey represented the Debtors in connection with the approval of an insurance premium financing agreement with AFCO, Inc. to finance approximately $9.7 million in premiums and counseled the Debtors with respect to their cash management system.

(l) **Insurance**. Smith Hulsey represented the Debtors in connection with their successful prosecution of a motion to pay prepetition automobile liability claims to avoid losing their ability to be self-insured in the states in which they conduct business.

(m) **Leases (Real Property)**. Smith Hulsey represented the Debtors in connection with their motion to extend the time to assume or reject leases, and the rejection of a number of leases, all of which was approved by the Court. Smith Hulsey also performed legal research and counseled the Debtors and their advisors regarding Eleventh Circuit authority on various lease issues.

(n) **Litigation (General)**. Smith Hulsey provided legal advice to the Debtors regarding the Debtors' successful request to extend the deadline to remove state court actions to federal court and communicated with creditors regarding general litigation matters.

(o) **Reorganization/Plan Sponsors**. Smith Hulsey counseled the Debtors and their advisors regarding the Debtors' restructuring plans and considerations regarding local procedures.

(p) **Reports and Schedules**. Smith Hulsey assisted the Debtors in connection with the filing of its monthly operating reports.

(q) **Retention/Fee Matters (Smith Hulsey)**. Smith Hulsey prepared the firm's retention application, conducted extensive research of its database to identify any potential conflicts of interest and to disclose any of the firm's connections with creditors, and responded to numerous inquiries from the Office of the United States Trustee regarding Smith Hulsey's application.

(r) **Retention/Fee Matters (Others).** Smith Hulsey counseled the Debtors, the Creditors' Committee and their advisors regarding local practices on a number of retention issues, including issues relating to Bankruptcy Code section 328.

(s) **Secured Claims.** Smith Hulsey provided research regarding the perfection of security interests under Florida law.

(t) **U.S. Trustee Matters.** Smith Hulsey communicated with the Office of the United States Trustee on a continuous basis, responding to requests for information on procedural issues raised by the United States Trustee, and requests by parties in interest to form additional committees, and related administrative issues.

(u) **Utilities.** Smith Hulsey represented the Debtors in connection with the filing of a motion to establish procedures to resolve disputes with utilities without need for further Court approval.

**Compensation and Reimbursement Requested by Smith Hulsey**

5. By this application, Smith Hulsey requests interim compensation for services rendered of $124,944.50 (less $99,955.60 previously paid by the Debtors) and reimbursement of expenses of $3,318.02 (less $3,318.02 previously paid by the Debtors) incurred in connection with this case from the March 28, 2005 through April 30, 2005.

6. During the period from March 28, 2005 through April 30, 2005, Smith Hulsey devoted 399.3 hours of attorney time, and 88.9 hours of legal assistant time to the representation of the Debtors, resulting in an average hourly rate of $255.93. Attached as Schedule A is a daily summary in greater detail of Smith Hulsey's services rendered for this period in connection with its representation of the Debtors, including time devoted

each day by the individual attorneys and legal assistants. This daily summary is condensed from individual time slips, completed as services were rendered, which contain a description of those services.

7. Attached as Schedule B is a summary of the total time devoted by each attorney and legal assistant during the period between March 28, 2005 through April 30, 2005, together with a computation of the value of that time at the ordinary hourly rates of Smith Hulsey that were in effect during the time the services were rendered. The fees requested by this application were determined by the computation of the total time at those ordinary hourly rates.

8. In connection with the rendering of these services, Smith Hulsey advanced expenses on behalf of the Debtors in the amount of $3,318.02 for long distance toll charges, duplicating expenses, postage, express delivery, travel expense and other similar items, of which Smith Hulsey seeks approval for the Debtors' reimbursement in the amount of $3,318.02. These expenses are described more particularly in Schedule A and are summarized in Schedule C.

**Application of Legal Standards to the Services of Smith Hulsey**

9. In considering the criteria of Bankruptcy Code section 330 and In the Matter of First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), for the determination of a reasonable attorney's fee, the following considerations justify the allowance of a fee to Smith Hulsey in the amount of its hourly rates, in addition to those matters which are otherwise apparent to the Court from its familiarity with this case:

a. Apparent from the time frame of this case and Smith Hulsey's application, the time and labor required by the representation was significant. A

material demand was placed upon the available services of Smith Hulsey, which demand precluded employment of Smith Hulsey on other matters.

b. Because the volume of services required of Smith Hulsey, the demand placed on its resources was intense and extraordinary, resulting in its lawyers and staff working nights and weekends on a regular basis for the benefit of the estate. Included in this demand was the need to investigate, research, respond to discovery, prepare and resolve the dozens of matters scheduled for hearing almost every week before the Court.

c. The requested fee is Smith Hulsey's customary fee in commercial bankruptcy matters of this kind and there exists no reason in the circumstances of this case to award a lesser fee for the services rendered.

d. Additionally, consideration of the difficulty and intensity of the case, the skill of Smith Hulsey in performing its legal services, and the experience, reputation and ability of Smith Hulsey, all support an award of a fee to Smith Hulsey in an amount equivalent to its hourly rates for the time devoted to the case.

10. Smith Hulsey has made no arrangement regarding the sharing of compensation for services rendered in connection with this Chapter 11 case.

**Coordination With Co-Counsel**

11. The Debtors have directed a division of responsibilities between Smith Hulsey and its bankruptcy co-counsel, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"), to ensure the most efficient rendition of bankruptcy counsel services with a minimum of overlap of effort. Smith Hulsey and Skadden Arps have worked diligently to accomplish these goals, coordinating with each other to avoid duplication of efforts and to assure the timely accomplishment of the Debtors' objectives. Mindful of

Smith Hulsey's lower rates, the Debtors have asked Smith Hulsey to assume principal responsibility for court approval of asset sales and communications with the United States Trustee, and significant responsibility for reclamation and stay litigation. Because of the sheer volume of work, Smith Hulsey from time to time has drawn upon the greater resources of Skadden Arps, asking for assistance when necessary to timely accomplish the Debtors' objectives. The close coordination between Smith Hulsey and Skadden Arps, coupled with Smith Hulsey's geographical proximity to the Court and more advantageous rates and the experience and greater resources of Skadden Arps, have together served the best interests of the Debtors by providing the best of services at a reasonable cost.

WHEREFORE, Smith Hulsey respectfully requests the Court to (i) approve all previously authorized compensation of Smith Hulsey and reimbursement of its expenses and (ii) allow as interim compensation in the amount of $124,944.50 for professional services rendered and reimbursement for costs advanced in the amount of $3,318.02.

Dated: July 20, 2005.

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for the Debtors

SCHEDULE A

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

Page: 1
05/16/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO: 104767

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/14/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.3); e-mail correspondence to Rosalie Gray regarding additions to master service list (.3); preparation of revised list of billing and descriptions (.8) | 1.40 | 168.00 |
| 04/15/05 | SDB | Revision and approval of notice of first case status conference and communications with the clerk's office regarding same | 0.40 | 158.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 2.70 | 324.00 |
| 04/18/05 | KSW | Preparation of index to pleadings and organization of pleading binders (3.4); distribution of incoming pleadings and correspondence (.8) | 4.20 | 504.00 |
| | ENM | Review of docket | 0.10 | 22.50 |
| 04/19/05 | JHP | Review of pending matters and proposed omnibus hearing procedure for Middle District of Florida and conferences regarding same with co-counsel (1.0); review of existing and prospective claims and notice management protocol (.8); review of case calendar (.3) | 2.10 | 745.50 |
| | KSW | Preparation of index to pleadings and organization of pleading binders (1.2); review of docket (.9); distribution of incoming pleadings and correspondence (.4) | 2.50 | 300.00 |
| 04/20/05 | KSW | Preparation of pleadings (1.3); update index to file (.2) | 1.50 | 180.00 |
| | SDB | Review of memorandum from Larry Appel regarding division of tasks between Skadden Arps and Smith Hulsey & Busey to accomplish efficiencies and avoid unnecessary duplication (.2); telephone call with Larry Appel regarding same (.2); conference with | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
05/16/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO: 104767

Chapter 11 - Case Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | James H. Post and request from Larry Appel for Smith Hulsey & Busey to establish contact persons with regard to task assignments (.1) | 0.50 | 197.50 |
| 04/21/05 | SDB | Preparation for April 25, 2005 case status conference, including development of agenda items | 0.50 | 197.50 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 2.90 | 348.00 |
| 04/22/05 | SDB | Review of report of pending motions in the Southern District of New York and motions filed in the Middle District of Florida and other preparations for April 25, 2005 status conference (1.3); revision of proposed notice to interested parties and attorneys regarding electronic filing in the Middle District of Florida (.8) | 2.10 | 829.50 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); organization of pleadings (1.3); preparation of updated index to pleading (1.5); preparation of updated index to files (.9); retrieval and review of docket sheet (.5); organization of materials for May 6, 2005 hearing (.3) | 5.30 | 636.00 |
| | ENM | Review of docket and case management order | 0.20 | 45.00 |
| 04/23/05 | SDB | Preparation for April 25, 2005 status conference | 0.90 | 355.50 |
| 04/25/05 | CCJ | Preparation for and attendance at case management conference (3.3); review of pleadings and preparations of notice of hearing (1.0); preparation for May 6, 2005 hearing (1.7) | 6.00 | 1,770.00 |
| | SDB | Preparation for and attendance at first case status conference before Judge Funk | 2.20 | 869.00 |
| 04/26/05 | CCJ | Preparation of notice of hearing and conference with Sally Henry and Kimberly S. Ward regarding same (1.3); conference with clerk's office regarding procedural notice and revision of same(1.) | 2.30 | 678.50 |
| | KSW | Preparation of certificate of service regarding notice of hearing on motions scheduled for hearing on May 6, 2005 (.4); preparation for and electronic filing of same (.3); preparation of index to certificates of service (.8); preparation of updated index to file (.4); distribution of incoming pleadings and correspondence (.6) | 2.50 | 300.00 |
| 04/27/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.5); updated index to files and pleadings (.9) | 1.40 | 168.00 |
| 04/28/05 | KSW | Preparation of notice of hearing schedule (.5); preparation of updated index to file (.3) | 0.80 | 96.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.



Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 04/29/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); update of pleading index (.3); update of index to files (.9); preparation of May 6, 2005 hearing notebook (1.1); preparation of agenda for May 6, 2005 hearing (1.0) | 4.40 | 528.00 |
| | CCJ | Conference with Diane Jackson (.2); preparation and filing of case agenda (1.8); conference with Kimberly S. Ward, Sally Henry and Rosalie Gray (.5) | 2.50 | 737.50 |
| 04/30/05 | SDB | Review the debtors' motion to maintain bank accounts and related relief and preparation for May 6, 2005 hearing on the motion | 0.40 | 158.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 49.80 | 10,316.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 7.00 | $395.00 | $2,765.00 |
| James H. Post | 2.10 | 355.00 | 745.50 |
| Cynthia C. Jackson | 10.80 | 295.00 | 3,186.00 |
| *Kimberly S. Ward | 29.60 | 120.00 | 3,552.00 |
| Eric N. McKay | 0.30 | 225.00 | 67.50 |
| TOTAL | 49.80 | | $10,316.00 |

TOTAL THIS STATEMENT $10,316.00

*Legal Assistant

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO: 104748

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

| | | | HOURS | |
|---|---|---|---|---|
| 04/25/05 | CCJ | Conference with counsel for Oracle Paper regarding Oracle/Winn-Dixie relationship (.4); review of schedules regarding same (.1) | 0.50 | 147.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 0.50 | 147.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 0.50 | $295.00 | $147.50 |

TOTAL THIS STATEMENT $147.50

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021667M
STATEMENT NO: 104759

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Financing

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 04/27/05 | KSW | Preparation for and electronic filing and service of motion for order authorizing receipt of escrowed funds owed in connection with transaction | 1.20 | 144.00 |
| 04/28/05 | KSW | Preparation of certificate of service regarding motion for order authorizing receipts of escrowed funds owed in connection with transaction (.4); preparation for and electronic filing of same (.3) | 0.70 | 84.00 |
| 04/29/05 | CCJ | Review, revision, finalization and filing of AFCO Premium Credit's motion (.5); correspondence regarding same (.5); conference with Adam Ravin regarding same (.8) | 1.80 | 531.00 |
| | KSW | Preparation for and electronic filing of motion to approve finance agreement with AFCO Premium Credit (.5); preparation for and service of same (.4) | 0.90 | 108.00 |
| 04/30/05 | CCJ | Preparation for May 6, 2005 hearing on cash management | 2.00 | 590.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 6.60 | 1,457.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 3.80 | $295.00 | $1,121.00 |
| *Kimberly S. Ward | 2.80 | 120.00 | 336.00 |
| TOTAL | 6.60 | | $1,457.00 |

TOTAL THIS STATEMENT $1,457.00

*Legal Assistant

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO: 104764

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (General)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/20/05 | KSW | Preparation for and electronic filing and service of motion to sell assets to Food Lion (4.3); preparation of notice of hearing and motion to shorten notice period regarding Food Lion sale (1.6) | 5.90 | 708.00 |
| | CCJ | Review, analysis and revision of Food Lion pleadings (1.2); conference with Skadden Arps regarding same (1.3); preparation of motion to shorten time and related issues; conference with Skadden Arps regarding same (1.3); conference regarding CVS motion (.5); review and revision of CVS motion (1.8) | 6.10 | 1,799.50 |
| | SDB | Review and edit draft motion to shorten time for notice for sale of Virginia stores to Food Lion for $1,000,000 | 0.30 | 118.50 |
| 04/21/05 | KSW | Preparation of exhibits for motion to sell assets to Food Lion | 0.40 | 48.00 |
| | CCJ | Conference with various creditors in Food Lion sale (.5); conference with courtroom administrator regarding shortened notice (.2) | 0.70 | 206.50 |
| 04/26/05 | SDB | Review and revision of debtors' motion to sell aircraft and related assets | 0.60 | 237.00 |
| | CCJ | Extensive revisions to motion and order to sell airplane (2.0); research regarding brokerage fee (1.0) | 3.00 | 885.00 |
| | EMS | Legal research regarding court authority to approve broker's fees | 2.20 | 363.00 |
| 04/27/05 | EMS | Legal research regarding court authorization to approve broker's commission | 3.20 | 528.00 |
| 04/28/05 | SDB | Review of memoranda from Larry Appel and provide instructions to staff on coordination with the company | 0.20 | 79.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
05/16/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO: 104764

Chapter 11 - Asset Disposition (General)

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| | EMS | Legal research regarding application of section 1146(c) exempting sale of bankruptcy estate assets form document stamp tax when plan is not yet confirmed | 2.40 | 396.00 |
| 04/29/05 | JHP | E-mail correspondence with client and co-counsel regarding the lease disposition process and review of material documents | 0.80 | 284.00 |
| | CCJ | Review and respond to correspondence from Brian Walsh (.3); review of asset sales schedules (.5) | 0.80 | 236.00 |
| | KSW | Preparation for and electronic filing of motion to sell aircraft (.4); and notice of hearing thereon (.2); preparation for and service of hard copies of same (1.4) | 2.00 | 240.00 |
| | EMS | Legal research regarding section 328 and retention of professionals | 1.10 | 181.50 |
| 04/30/05 | SDB | Review pharmaceutical sale motion and preparation for May 6, 2005 hearing on the motion | 0.40 | 158.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 30.10 | 6,468.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.50 | $395.00 | $592.50 |
| James H. Post | 0.80 | 355.00 | 284.00 |
| Cynthia C. Jackson | 10.60 | 295.00 | 3,127.00 |
| *Kimberly S. Ward | 8.30 | 120.00 | 996.00 |
| Elizabeth M. Schule | 8.90 | 165.00 | 1,468.50 |
| TOTAL | 30.10 | | $6,468.00 |

TOTAL THIS STATEMENT $6,468.00

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO: 104763

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/18/05 | CCJ | Review and revision of stipulation regarding rejection of leases (1.2); review of files regarding pharmaceutical order (1.0) | 2.20 | 649.00 |
| 04/20/05 | KSW | Preparation for and electronic filing of motion to sell pharmaceuticals | 0.30 | 36.00 |
| 04/21/05 | KSW | Preparation of notice of hearing regarding pharmaceutical sale (.8); preparation for and electronic filing and service of notice of hearing regarding pharmaceutical sale (.9); preparation for and electronic filing and service of motion to shorten notice of pharmaceutical sale (.8) | 2.50 | 300.00 |
| | CCJ | Conference with courtroom administrator regarding pharmaceutical motion (.1); preparation of motion to shorten time (1.0); conference with Eric Davis, with Adam Ravin and with Rosalie Gray regarding same (.8); preparation of notice of hearing form (1.0); conference with Kimberly S. Ward regarding form of same (.2) | 3.10 | 914.50 |
| 04/22/05 | KSW | Preparation of certificate of service regarding notice of hearing on motion regarding pharmaceutical sale | 0.30 | 36.00 |
| 04/29/05 | CCJ | Review, revision, finalization, and filing of airplane motion (.5); conference with Kim LaMargna and Adam Ravin regarding same (1.3) | 1.80 | 531.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 10.20 | 2,466.50 |

LAW OFFICES
SMITH HULSEY & BUSEY


05/16/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO: 104763

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (Inventory)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 7.10 | $295.00 | $2,094.50 |
| *Kimberly S. Ward | 3.10 | 120.00 | 372.00 |
| TOTAL | 10.20 | | $2,466.50 |

TOTAL THIS STATEMENT $2,466.50

*Legal Assistant

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9906
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO: 104766

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 04/19/05 | SDB | Telephone conference with senior management and professionals | 1.20 | 474.00 |
| 04/30/05 | SDB | Review of Food Lion sale motion and preparation for May 6, 2005 hearing on the motion | 0.50 | 197.50 |
| | CCJ | Preparation for May 6, 2005 hearing on Food Lion sale and pharmaceutical sale | 1.00 | 295.00 |
| | | | ---- | ------ |
| | | FOR PROFESSIONAL SERVICES RENDERED | 2.70 | 966.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.70 | $395.00 | $671.50 |
| Cynthia C. Jackson | 1.00 | 295.00 | 295.00 |
| | ---- | | ------- |
| TOTAL | 2.70 | | $966.50 |

TOTAL THIS STATEMENT $966.50

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO: 104756

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/27/05 | CCJ | Conference with Rosalie Gray and James H. Post regarding transitional stay motions (.8); review and analysis of stay motions (1.0) | 1.80 | 531.00 |
| | JHP | Review of pending motions for relief from stay (.5); telephone call regarding same with co-counsel regarding the debtors' alternative responses (.8) | 1.30 | 461.50 |
| 04/28/05 | DDB | Review of facts of dealings of Winn-Dixie and Anderson News regarding sales contract for magazines and periodicals (.6); research regarding Bankruptcy Courts' treatment of contracts for financial accommodations and whether our contract and dealings with Anderson News constitute a contract for financial accommodations (2.9) | 3.50 | 577.50 |
| | SDB | Conference with James H. Post regarding Winn-Dixie's self-insured retention limits, impact on claimants' motions for relief from stay, adoption of a protocol and coordination with Skadden Arps and the General Counsel's office | 0.70 | 276.50 |
| | JHP | Two telephone calls with attorney for Anderson News regarding threatened emergency motion for relief from automatic stay (.8); review of material documents and case law relied upon by Anderson News (1.8); e-mail correspondence regarding motion for relief from stay to be filed for Hope Johnson (.2) | 2.80 | 994.00 |
| 04/29/05 | JHP | Preparation of and issuance of proposed stipulation by e-mail to Anderson News regarding a temporary standstill agreement with 15 day credit terms and telephone calls and e-mail regarding same with co-counsel and client (1.8); e-mail correspondence with client and co-counsel regarding Martinez personal injury claim (.2); review of case law regarding financial accommodations contracts (.8) | 2.80 | 994.00 |
| | DDB | Research regarding section 365(c)(2) financial accommodation contracts involving sale of goods | 3.10 | 511.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 16.00 | 4,346.00 |

LAW OFFICES

SMITH HULSEY & BUSEY



Winn-Dixie Stores, Inc.

05/16/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO: 104756

Chapter 11 - Automatic Stay (Relief Actions)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.70 | $395.00 | $276.50 |
| James H. Post | 6.90 | 355.00 | 2,449.50 |
| Cynthia C. Jackson | 1.80 | 295.00 | 531.00 |
| David D. Burns | 6.60 | 165.00 | 1,089.00 |
| TOTAL | 16.00 | | $4,346.00 |

TOTAL THIS STATEMENT $4,346.00

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-8908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO: 104755

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 03/31/05 | SDB | Telephone call with Jay Skelton regarding structure of reorganization (.3); two telephone calls with Jan Baker regarding reasons for filing, outline of business plan and parameters for reorganization (.6) | 0.90 | 355.50 |
| 04/13/05 | SDB | Preparation for and telephone conference with the debtor's senior management and professionals regarding store performance, business plan and related issues | 1.20 | 474.00 |
| 04/19/05 | CCJ | Preparation for and telephone conference with Sally Henry, Winn-Dixie, Blackstone and Rold regarding strategic planning | 2.00 | 590.00 |
| 04/25/05 | CCJ | Conference with debtors, unsecured creditors committee and Wachovia representatives | 2.00 | 590.00 |
| 04/26/05 | CCJ | Attendance at strategy planning conference between Winn-Dixie, XRoads and Blackstone (1.2); correspondence to Jan Baker in response to request (.3) | 1.50 | 442.50 |
| | SDB | Participate in the debtors' weekly management conference regarding measurement of the business plan and current operations | 1.20 | 474.00 |
| 04/27/05 | SDB | Review initial draft of Winn-Dixie business plan with Winn-Dixie senior management, XRoads and Blackstone representatives | 1.80 | 711.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 10.60 | 3,637.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 2
05/16/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO: 104755

Winn-Dixie Stores, Inc.

Chapter 11-Business Operations/Strategic Planning

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.10 | $395.00 | $2,014.50 |
| Cynthia C. Jackson | 5.50 | 295.00 | 1,622.50 |
| TOTAL | 10.60 | | $3,637.00 |

TOTAL THIS STATEMENT $3,637.00

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9905
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021674M
STATEMENT NO: 104758

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Change of Venue

| | | | HOURS | |
|---|---|---|---|---|
| 03/28/05 | SDB | Telephone call with Jan Baker regarding the company's response to Buffalo Bottling's motion to transfer venue, the procedure for transfer and first hearings in the Middle District of Florida | 0.60 | 237.00 |
| 03/29/05 | SDB | Three telephone calls with Jan Baker regarding Winn-Dixie's response to Buffalo Bottling's motion to transfer venue and related procedural issues (.7); telephone conference with Jan Baker and Jay Skelton regarding same (.3); two telephone calls with counsel for Wachovia regarding Winn-Dixie's transfer of venue to the Middle District of Florida (.7); two conferences with James H. Post regarding notification to the Middle District of Florida of the likelihood of transfer (.3) | 2.00 | 790.00 |
| 03/30/05 | CCJ | Conference with Stephen D. Busey regarding case staffing (.2); review and analysis of docket regarding same and regarding case status (.8) | 1.00 | 295.00 |
| 03/31/05 | CCJ | Conference with Stephen D. Busey and with U.S. Trustee (Miriam Suarez) regarding approved banks and related procedures (1.0); review and analysis of cash management motion and proposed order (1.7) | 2.70 | 796.50 |
| | SDB | Review of application of professionals, order establishing reclamation procedures (.4); telephone call with Rosalie Gray regarding banks approved by the U.S. Trustee in the Middle District of Florida (.3); review of memorandum from Rosalie Gray regarding the Winn-Dixie motion to use existing bank accounts (.2); telephone conference with Jan Baker and Larry Appel regarding coordination of legal services and avoiding duplication (.3) | 1.20 | 474.00 |
| 04/01/05 | CCJ | Conference with Stephen D. Busey and with U.S. Trustee's office (1.0); review of Southern District of New York docket, our local rules and web pages and | | |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.



Chapter 11 - Change of Venue

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| | | analysis of practical issues regarding transfer of venue (2.0) | 3.00 | 885.00 |
| | SDB | Two telephone calls with Rosalie Gray regarding process and procedures for transfer of case from the Southern District of New York to the Middle District of Florida and regarding depositing institutions approved by the U.S. Trustee's office in the Middle District of Florida (.4); two conferences with Cynthia C. Jackson regarding same (.4) | 0.80 | 316.00 |
| 04/04/05 | CCJ | Conferences with U.S. Trustee's office regarding bank accounts (.8); review of docket and conference with Stephen D. Busey (1.0); review of cash management order (1.0); received and replied to correspondence from Rosalie Gray (.2) | 3.00 | 885.00 |
| | KSW | Preparation of index to files (.8); review of applications for retention of debtors' counsel (.4); preparation of files (.5) | 1.70 | 204.00 |
| 04/05/05 | CCJ | Conference with Rosalie Gray regarding venue issues and review of local rules (.8); conference with Stephen D. Busey regarding same (.2) | 1.00 | 295.00 |
| | SDB | Telephone call with Larry Appel regarding meeting with Larry Appel and Jan Baker on April 7, 2005 regarding venue issues (.2); two telephone calls with Jan Baker regarding preparation for April 12, 2005 hearing and evidentiary issues (.6); review of memoranda from Rosalie Gray regarding U.S. Trustee's approval of depository institutions (.2) | 1.00 | 395.00 |
| | KSW | Preparation of new matter memorandums and memorandum regarding recording of services rendered | 2.90 | 348.00 |
| 04/06/05 | CCJ | Conference with Rosalie Gray regarding transition (.5); conference with Kimberly S. Ward regarding same (.5) | 1.00 | 295.00 |
| | SDB | Telephone call with Larry Appel (.2); two telephone calls with Jan Baker regarding preparations for April 12, 2005 hearing on venue issue (.4); telephone conference with Winn-Dixie senior management and professionals regarding case administration (1.1); review of first day order binders for transmission to the court and the U.S. Trustee's office (.3) | 2.00 | 790.00 |
| 04/07/05 | SDB | Conference at Winn-Dixie with Larry Appel and Jan Baker regarding preparation for hearing on transfer of venue, management of reclamation claims and related administrative issues | 1.20 | 474.00 |
| 04/12/05 | CCJ | Conference with Rosalie Gray, with Stephen D. Busey and with Jan Baker regarding venue issues (1.3); received and replied to correspondence from Rosalie Gray regarding same (1.2) | 2.50 | 737.50 |
| | SDB | Telephone call with Jan Baker regarding issues to be addressed in the transfer of the case (.4); conferences with James H. Post and Cynthia C. Jackson regarding same (.5) | 0.90 | 355.50 |

LAW OFFICES
SMITH HULSEY & BUSEY


05/16/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021674M
STATEMENT NO: 104758

Chapter 11 - Change of Venue

| | | | HOURS | |
|---|---|---|---|---|
| 04/13/05 | KSW | Preparation for conference call with James H. Post, Cynthia C. Jackson and Stephen D. Busey regarding case transition (.6); preparation of memorandum regarding case management and timekeeping (.5); organization of documents (.3); preparation of new matter memorandums (.4) | 1.80 | 216.00 |
| | CCJ | Conference with Skadden Arps' attorneys regarding venue transfer issues, case status and actions needed (1.3); conference with Stephen D. Busey and James H. Post regarding same (.5); conference with Winn-Dixie business associates, Skadden Arps and other professionals regarding venue transfer issues, case status and actions needed (1.4); received and replied to correspondence from Rosalie Gray (1.0); conference with clerk's office regarding venue transfer (.2); review and preparation of working group lists (.5) | 4.90 | 1,445.50 |
| | SDB | Telephone conference with Jan Baker and Rosalie Gray regarding venue transfer issues and agenda for the clerk's office and the U.S. Trustee's office for the Middle District of Florida (.6); conferences with James H. Post and Cynthia C. Jackson regarding communications and coordination with the clerk's office and the U.S. Trustee's office (.4); review Skadden Arps category codes and telephone call with Rosalie Gray regarding same (.3) | 1.30 | 513.50 |
| | JHP | Transmittal of first day motions and order to Bankruptcy Court for Middle District of Florida (1.2); preparation of action list for transfer of venue, including communications with U.S. Trustee's office and Bankruptcy Clerk's office (2.2) | 3.40 | 1,207.00 |
| | ENM | Review and analysis of first day pleadings | 4.30 | 967.50 |
| 04/14/05 | CCJ | Received and replied to correspondence from Skadden Arps (1.2); conference with Rosalie Gray regarding transition (.5); conference with clerk's office regarding same (.5); conference with Stephen D. Busey regarding same (.7) | 2.90 | 855.50 |
| | SDB | Telephone calls with Rosalie Gray and Jan Baker regarding the preparation and contents of an order for Judge Drain to transfer the case to the Middle District of Florida (.6); review of draft order prepared by Skadden Arps regarding facilitation of transfer of venue and provide comments to Rosalie Gray regarding same (.4); conferences with Cynthia C. Jackson regarding requirements of the clerk's office and the U.S. Trustee for the Middle District of Florida (.4) | 1.40 | 553.00 |
| 04/15/05 | CCJ | Conference with Rosalie Gray regarding transfer issues (1.6); conference with U.S. Trustee, Skadden Arps regarding transfer issues (.5); conference with courtroom administrator regarding transfer issues (.5); conference with Jodie Spencer regarding case management order (.5); revisions to | | |

LAW OFFICES
SMITH HULSEY & BUSEY



| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| | | same (.7); review and revision of form motion from Skadden Arps (1.2); conference with Stephen D. Busey regarding transfer issues (.6); conference with clerk's office regarding same (.3) | 5.90 | 1,740.50 |
| | SDB | Preparation for and telephone conference with U.S. Trustees of Region 4 and Region 21, and counsel for the debtors and the creditors' committee regarding transfer of the case from the Southern District of New York to the Middle District of Florida (.6); conferences with Cynthia C. Jackson regarding request from the court to schedule first status conference and related transition issues (.5) | 1.10 | 434.50 |
| | KSW | Telephone call with Diane Jackson and Cynthia C. Jackson regarding transfer of case calendaring and related issues (.2); telephone call with Rosalie Gray and Cynthia C. Jackson regarding same (.2) | 0.40 | 48.00 |
| 04/18/05 | CCJ | Received and replied to correspondence from Skadden Arps regarding transition issue (1.0); conference with Rosalie Gray regarding case transfer issues (1.0) | 2.00 | 590.00 |
| | KSW | Telephone call with creditors regarding case management conference | 0.70 | 84.00 |
| 04/19/05 | KSW | Telephone call with Rosalie Gray, Eric Davis, Kim LaMaina, Adam Ravin, Cynthia C. Jackson and James H. Post regarding procedural transition matters (.5); preparation for and service of amended initial order upon transfer of venue (1.0); telephone call with creditors regarding case management conference (.3) | 1.80 | 216.00 |
| | CCJ | Preparation for and conference call with Rosalie Gray, et al. regarding procedural issues and transfer issues (1.0); conference with James H. Post regarding same (.2); conference with Stephen D. Busey regarding same (.2); conference with Kimberly S. Ward regarding same (.5); conference with courtroom administrator regarding same (.5); conference with Judge's law clerk regarding same (.5); preparation of agenda for case management conference (1.0); preparation of agenda for May 6, 2005 omnibus hearing (1.0); received and replied to correspondence from Skadden Arps (.6) | 5.50 | 1,622.50 |
| 04/20/05 | KSW | Preparation of certificate of service regarding amended initial order upon transfer of venue (.2); preparation for and electronic filing of same (.3) | 0.50 | 60.00 |
| | CCJ | Preparation and circulation of proposed agenda for case management hearing (.5); conference with courtroom administrator regarding transfer issues (.5); conference with Jodie Spencer regarding transfer issues (.5) | 1.50 | 442.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
05/16/2005
ACCOUNT NO: 10163-021674M
STATEMENT NO: 104758

Chapter 11 - Change of Venue

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/21/05 | KSW | Preparation of conference call for case management conference (.5); e-mail to parties requesting to appear by telephone at case management conference with dial-in information (1.2); preparation for and electronic filing of agenda for case management conference (.9); telephone call with creditors regarding participation by telephone at case management conference (.4) | 3.00 | 360.00 |
| | JHP | Preparation of response to company memorandum regarding allocation of work in process | 0.60 | 213.00 |
| | CCJ | Preparation and filing of case management agenda and certificate of service (1.0); received and replied to correspondence from Eric Davis, Rosalie Gray, Larry Appel, Jan Baker, and a number of creditors regarding case management conference (2.3); preparation of procedural notice for clerk's office (1.8); preparation for case management hearing (1.0) | 6.10 | 1,799.50 |
| 04/22/05 | KSW | Correspondence by e-mail to creditors regarding case management conference (.4); preparation of list of attorneys participating by phone at case management conference (.8); preparation of list of pending motions to be discussed at case management conference (.7) | 1.90 | 228.00 |
| | CCJ | Preparation for case management conference (3.0); received and replied to correspondence regarding same (1.0); telephone calls with creditors regarding same (1.4) | 5.40 | 1,593.00 |
| 04/23/05 | CCJ | Preparation for case management conference and for meeting with Winn-Dixie (2.4); preparation of agenda (.8); review and reply to correspondence from Sally Henry and from Rosalie Gray (1.0) | 4.20 | 1,239.00 |
| 04/25/05 | KSW | Preparation of notice of hearing regarding matters scheduled for May 5, 2005 (.2); preparation for and electronic filing of same (.6); preparation for and service of same (.8); preparation of updated index to files (.9); preparation of index to pleadings and organization of same (5.2) | 7.70 | 924.00 |
| 04/27/05 | JHP | Review of material documents regarding the transition of stay relief motions and revised case calendar | 0.50 | 177.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 97.30 | 26,102.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO: 104757

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/18/05 | CCJ | Review and revision of bar date motion | 0.50 | 147.50 |
| 04/26/05 | CCJ | Review, revision and filing of bar date motion and related notices (1.5); conference with clerk's office regarding same (.5); conference with U.S. Trustee's office regarding same (.2); conference with Skadden Arps regarding same (1.3) | 3.50 | 1,032.50 |
| | KSW | Preparation for and electronic filing of motion to set bar date and proposed order | 0.80 | 96.00 |
| 04/27/05 | CCJ | Conference with Kate Logan (Logan & Company) and Rosalie Gray regarding bar date and 341 notice (1.0); conference with U.S. Trustee regarding same (.5); conference with clerk's office regarding same (.5) revisions to 341 and bar date notice and conference regarding same (1.3); preparation and filing of notice pleadings (1.0) | 4.30 | 1,268.50 |
| | KSW | Preparation of certificate of service regarding motion to set bar date (.4); preparation for and electronic filing of same (.3) | 0.70 | 84.00 |
| 04/28/05 | KSW | Preparation for and service of order establishing claims for bar date | 1.80 | 216.00 |
| | CCJ | Conference with Jodie Spencer regarding bar date (.8); revision and finalization of 341 notice (1.0); revision and finalization of bar date notice (1.2); conference with U.S. Trustee regarding same (1.8); conference with clerk's office regarding same (1.3); conference with Logan & Company and Skadden Arps regarding same and regarding publication (1.4) | 7.50 | 2,212.50 |
| 04/29/05 | KSW | Preparation of certificate of service regarding order establishing bar date (.7); preparation for and electronic filing of same (.3) | 1.00 | 120.00 |
| | | | ----- | -------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 20.10 | 5,177.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
05/16/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO: 104757

Chapter 11 - Claims Admin. (General)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 15.80 | $295.00 | $4,661.00 |
| *Kimberly S. Ward | 4.30 | 120.00 | 516.00 |
| TOTAL | 20.10 | | $5,177.00 |

TOTAL THIS STATEMENT $5,177.00

*Legal Assistant

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO: 104762

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/13/05 | ENM | Research case law regarding section 2.702 of the uniformed commercial code | 2.30 | 517.50 |
| | SDB | Telephone conferences with Jan Baker and Larry Appel regarding the debtors' responses to reclamation claims | 0.30 | 118.50 |
| 04/14/05 | CCJ | Preparation for and conference call regarding reclamation issues (1.5); conference with Stephen D. Busey and Eric N. McKay regarding same (.6) | 2.10 | 619.50 |
| | ENM | Review of first day orders regarding reclamation claims (1.5); review of claims made for reclamation (1.0); review of first day financing orders for debtor-in-possession financing (2.5); reclamation conference call (.5); research law regarding reclamation claims (4.6) | 10.10 | 2,272.50 |
| 04/15/05 | CCJ | Conference with Winn-Dixie, Skadden Arps, XRoads and Blackstone Group regarding reclamation issues (.8); conference with Eric N. McKay regarding same (.2) | 1.00 | 295.00 |
| | ENM | Reclamation conference call (1.0); research case law regarding reclamation claims (5.5); review reclamation memoranda (1.0); review final and interim financing orders (.8) | 8.30 | 1,867.50 |
| 04/19/05 | JHP | Preparation of declaratory judgment complaint regarding valueless defense to reclamation claims and review of legal research and material documents regarding same | 2.20 | 781.00 |
| | ENM | Conference with James H. Post to discuss reclamation claims (.5); preparation of complaint for declaratory judgment that reclamation claims are valueless (1.2); review of debtor-in-possession financing order and final reclamation order (2.5) | 4.20 | 945.00 |
| 04/20/05 | SDB | Telephone call with Larry Appel regarding pursuit of valueless defense to reclamation claims | | |

LAW OFFICES
SMITH HULSEY & BUSEY



| | | | HOURS | |
|---|---|---|---|---|
| | | (.2); conference with James H. Post regarding design of the adversary proceeding (.2) | 0.40 | 158.00 |
| | JHP | Preparation of declaratory judgment complaint regarding reclamation valueless defense and review of material pleadings, case law and transcripts | 4.20 | 1,491.00 |
| | ENM | Review of transcript of hearing for approval of debtor-in-possession financing and final reclamation order (2.5); review of legal memorandum regarding reclamation claims in Eleventh Circuit (2.0); research treatment of reclamation claims in bankruptcy (3.8) | 8.30 | 1,867.50 |
| 04/21/05 | SDB | Review required notice to reclamation creditors and form of action to determine the debtors' valueless defense | 0.40 | 158.00 |
| | JHP | Review of material pleadings and legal research in preparation of a declaratory judgment complaint regarding valueless defense | 3.80 | 1,349.00 |
| | ENM | Preparation of complaint for declaration that reclamation claims are valueless (2.3); communication with James H. Post regarding form of reclamation complaint (.5); communication with Sally Henry regarding reclamation claims (.4); research bankruptcy law regarding adversary proceedings and rules related to service of process (2.1) review chart of reclamation creditors and coordinate research for obtaining service information matrix for each creditor (.5) | 5.80 | 1,305.00 |
| 04/22/05 | ENM | Preparation of complaint for determination that reclamation claims are valueless | 4.10 | 922.50 |
| 04/25/05 | SDB | Conferences with Jan Baker and Larry Appel regarding status of negotiations with reclamation creditors and their counsel and issues relating to valueless defense and threats of boycott (.8); conference with Dennis Dunn and Jan Baker regarding same (.2); review with staff the right and form of action to adjudicate the valueless defense and preparation to obtain an injunction against the potential of boycotting reclamation creditors (1.4) | 2.40 | 948.00 |
| | JHP | Review of motions, orders and case law material to declaratory judgment complaint on valueless defense (2.0); review of statutes and case law applicable to possible complaint for injunctive relief against reclamation creditors who threaten not to sell goods to debtors unless dispute reclamation claims are paid (3.2) | 5.20 | 1,846.00 |
| | ENM | Preparation of complaint for determination that reclamation claims are valueless (3.0); attendance at case management hearing (1.0); communication with James H. Post regarding declaratory judgment regarding value of reclamation claims (1.0); research valuation issues related to reclamation claims (2.0) | 7.00 | 1,575.00 |
| 04/26/05 | JHP | Review of material orders and case law in preparation of declaratory judgment complaint on | | |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
05/16/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO: 104762

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| | | valueless defense (2.2); review of statutes and case law in preparation of complaint for injunctive relief against reclamation creditors threatening not to sell goods to debtors unless claims are paid upon terms unsupported by law (2.6) | 4.80 | 1,704.00 |
| | SDB | Telephone conference with Jan Baker and others regarding status of reclamation negotiations and litigation alternatives (.4); conference with James H. Post regarding allegations in the draft complaint (.4) | 0.80 | 316.00 |
| | DDB | Research regarding bankruptcy code 362(6) and whether threatened acts of Reclamation Committee constitute violation of automatic stay | 4.90 | 808.50 |
| | ENM | Preparation of complaint for declaratory judgment that reclamation claims are valueless (2.4); research bankruptcy law regarding refusal to deal (5.5); review final financing order and final reclamation order (2.5) | 10.40 | 2,340.00 |
| 04/27/05 | SDB | Conference with Peter Lynch, Dennis Simon and Jan Baker regarding status of reclamation negotiations, risk of vendor boycott, alternative of litigation and related issues (1.4); review of memorandum from James H. Post regarding conference with Sally Henry regarding reclamation complaint (.2) | 1.60 | 632.00 |
| | DDB | Research regarding violation of automatic stay when creditors refuse to deal with debtor unless debtor pays prepetition debt (3.6); research regarding bankruptcy case law involving injunctions as a remedy to violation of automatic stay (2.2); research Eleventh Circuit and Middle District case law on bankruptcy code 362(a)(6) (.4) | 6.20 | 1,023.00 |
| | JHP | Telephone call with Sally Henry and Ellen Gordon (XRoads) regarding the preparation of a declaratory judgment complaint against reclamation creditors on the various defenses (.5); review of material orders and case law regarding the proposed declaratory judgment action (1.8); analysis and implementation of logistics for service of an adversary proceeding complaint on 468 defendants and related matters (.8) | 3.10 | 1,100.50 |
| | KSW | Research regarding reclamation claimants | 2.30 | 276.00 |
| | ENM | Preparation of complaint for declaratory judgment that reclamation claims are valueless (5.7); research anti-trust laws regarding concerted refusals to deal (4.3) | 10.00 | 2,250.00 |
| 04/28/05 | DDB | Research regarding creditors' refusal to supply goods as violation of 362(a)(6) (3.1); research regarding injunction as debtors' remedy in Bankruptcy Court for violation of 362 automatic stay (2.8); Bankruptcy Court's use of 105 powers to join violations of stay (2.0) | 7.90 | 1,303.50 |
| | SDB | Telephone call with Jan Baker regarding reclamation vendors' reaction to the April 27, 2005 creditors committee meeting, status of reclamation negotiations, design of the debtors' proposed | | |

LAW OFFICES

SMITH HULSEY & BUSEY



Winn-Dixie Stores, Inc.

05/16/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO: 104762

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

| | | | HOURS | |
|---|---|---|---|---|
| | | complaint regarding the valueless defenses and related issues (.7); conference with James H. Post regarding limiting defendants in the proposed declaratory judgment action to principal and precedential reclamation vendors and related issues regarding splitting causes of action (.6) | 1.30 | 513.50 |
| | JHP | Preparation for compliance with the notice of defense and the statement of reclamations required to be prepared and served upon all reclamation creditors and coordination with Tom Metz regarding same (1.2); preparation of declaratory judgment complaint regarding valueless defense and related notice and review of material pleadings and documents regarding same (2.0) | 3.20 | 1,136.00 |
| | KSW | Research regarding registered agent information on reclamation documents | 3.40 | 408.00 |
| | ENM | Preparation of complaint for declaratory judgment that reclamation claims are valueless | 6.30 | 1,417.50 |
| 04/29/05 | ENM | Preparation of complaint for declaratory judgment that reclamation claims are valueless | 6.50 | 1,462.50 |
| | SDB | Review case law regarding vendors' refusal to deal and telephone call with Jan Baker regarding same (.4); review terms of filing reclamation adversary proceeding (.3); review memorandum on reconciliation of reclamation claims (.2) | 0.90 | 355.50 |
| | JHP | Review of case law regarding valueless defense and creditor violation of stay by refusing to enter into cash sales to debtors absent payment of prepetition debt (1.0); review of balance sheet and related financial information in preparation of valueless defense (1.2) | 2.20 | 781.00 |
| | DDB | Research regarding Eleventh Circuit law on section 362(a)(6) violations of stay (1.6); research regarding Middle District of Florida law on section 362(a)(6) violations (.8); review of cases and identify strongest arguments to show violation of section 362 automatic stay for refusal to supply goods (1.4) | 3.80 | 627.00 |
| | | | ------ | --------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 151.70 | 37,491.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 8.10 | $395.00 | $3,199.50 |
| James H. Post | 28.70 | 355.00 | 10,188.50 |
| Cynthia C. Jackson | 3.10 | 295.00 | 914.50 |
| *Kimberly S. Ward | 5.70 | 120.00 | 684.00 |
| David D. Burns | 22.80 | 165.00 | 3,762.00 |
| Eric N. McKay | 83.30 | 225.00 | 18,742.50 |
| | ------ | | --------- |
| TOTAL | 151.70 | | $37,491.00 |

TOTAL THIS STATEMENT $37,491.00

==========

*Legal Assistant

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO: 104749

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

| Date | Initials | Description | HOURS | |
|---|---|---|---|---|
| 04/21/05 | KSW | Telephone call with various hotels and conference centers regarding organization/location of 341 meeting | 0.50 | 60.00 |
| 04/22/05 | KSW | Preparation of location of 341 meeting (.9); research regarding form notice of 341 meeting (.8) | 1.70 | 204.00 |
| 04/25/05 | SDB | Conference with Larry Appel and Jan Baker in preparation for April 27, 2005 creditors' committee meeting | 0.40 | 158.00 |
| 04/26/05 | SDB | Preparation for April 27, 2005 creditors' committee meeting in New York | 0.50 | 197.50 |
| 04/27/05 | SDB | Review presentation, other preparation for and attendance at the debtors' meeting with the creditors' committee at Skadden Arps in New York | 4.90 | 1,935.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 8.00 | 2,555.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.80 | $395.00 | $2,291.00 |
| *Kimberly S. Ward | 2.20 | 120.00 | 264.00 |
| TOTAL | 8.00 | | $2,555.00 |

TOTAL THIS STATEMENT $2,555.00

*Legal Assistant

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO: 104750

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Insurance

| Date | Timekeeper | Description | HOURS | |
|---|---|---|---|---|
| 04/30/05 | SDB | Review debtors' motion to pay prepetition self-insured auto liability claims and preparation for May 6, 2005 hearing on the motion | 0.50 | 197.50 |
| | CCJ | Preparation for May 6, 2005 hearing on motion to pay prepetition auto insurance claims | 1.50 | 442.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 2.00 | 640.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.50 | $395.00 | $197.50 |
| Cynthia C. Jackson | 1.50 | 295.00 | 442.50 |
| TOTAL | 2.00 | | $640.00 |

TOTAL THIS STATEMENT $640.00

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO: 104761

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/19/05 | CCJ | Review and revision of stipulation with American KB Properties I, L.P. (1.8); conference with Adam Ravin regarding same (.2) | 2.00 | 590.00 |
| 04/20/05 | CCJ | Revision, finalization and filing of American KB Properties I, L.P. stipulation and related pleadings (.5); conference with Adam Ravin regarding same (.2) | 0.70 | 206.50 |
| 04/22/05 | CCJ | Review and analysis of proposed motion regarding lease escrow (1.0); conference with Eric Davis regarding issues on motion (.8) | 1.80 | 531.00 |
| 04/27/05 | CCJ | Review and analysis of correspondence from Carden Park lessor (.5); correspondence regarding same (.5) | 1.00 | 295.00 |
| 04/28/05 | KSW | Preparation of notice of filing withdrawal of objection of Cane River Associates to motion to reject real property leases (.3); preparation for and electronic filing of same (.3) | 0.60 | 72.00 |
| 04/29/05 | EMS | Legal research regarding retroactive effective date of rejection of lease to avoid payment of administrative rent | 3.40 | 561.00 |
| | CCJ | Review, revision, finalization, and filing of rejection motion (1.0); legal research regarding effect (.5); conference with Keith Sambur and Sally Henry regarding same (.5) | 2.00 | 590.00 |
| | KSW | Preparation for and electronic filing of motion for order authorizing retroactive rejection of certain real property leases abandonment of related personal property (.3); notice of hearing regarding same (.2); preparation for and service of same (.5) | 1.00 | 120.00 |
| 04/30/05 | SDB | Preparation for May 6, 2005 hearing on debtors' motion to extend the time within which to assume or reject real property leases and six objections to the motion | 0.50 | 197.50 |

LAW OFFICES
SMITH HULSEY & BUSEY


ACCOUNT NO: 10163-021688M
STATEMENT NO: 104761

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

| | | HOURS | |
|---|---|---|---|
| CCJ | Preparation for May 6, 2005 hearing on motion to extend time to assume or reject objections | 1.00 | 295.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 14.00 | 3,458.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.50 | $395.00 | $197.50 |
| Cynthia C. Jackson | 8.50 | 295.00 | 2,507.50 |
| *Kimberly S. Ward | 1.60 | 120.00 | 192.00 |
| Elizabeth M. Schule | 3.40 | 165.00 | 561.00 |
| TOTAL | 14.00 | | $3,458.00 |

TOTAL THIS STATEMENT $3,458.00

*Legal Assistant

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO: 104765

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Litigation (General)

| | | | HOURS | |
|---|---|---|---|---|
| 04/13/05 | CCJ | Review and analysis of calendared matters | 1.00 | 295.00 |
| 04/15/05 | CCJ | Conference with Jeff Regan regarding Department of Agricultural complaint and with Sally Henry regarding same | 1.00 | 295.00 |
| 04/21/05 | KSW | Telephone call with case administrator regarding procedural issues relating to adversary proceedings | 0.20 | 24.00 |
| 04/26/05 | EMS | Legal research regarding extension of removal deadline to Federal Court | 1.50 | 247.50 |
| 04/29/05 | KSW | Preparation for and electronic filing of motion for order extending time to file notices on removal (.3); and notice of hearing on same (.2); preparation for and service of hard copies of same (.4) | 0.90 | 108.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 4.60 | 969.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 2.00 | $295.00 | $590.00 |
| *Kimberly S. Ward | 1.10 | 120.00 | 132.00 |
| Elizabeth M. Schule | 1.50 | 165.00 | 247.50 |
| TOTAL | 4.60 | | $969.50 |

TOTAL THIS STATEMENT $969.50

*Legal Assistant

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO: 104751

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Reorganization Plan/Plan Sponsors

| | | | HOURS | |
|---|---|---|---|---|
| 04/07/05 | SDB | Conference at Winn-Dixie with Larry Appel and Jan Baker regarding the business issues facing the debtors and outline of restructuring alternatives for the debtors | 1.30 | 513.50 |
| | | | ---- | ------ |
| | | FOR PROFESSIONAL SERVICES RENDERED | 1.30 | 513.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.30 | $395.00 | $513.50 |

TOTAL THIS STATEMENT $513.50
=======

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO: 104752

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (SH&B)

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 04/13/05 | KSW | Preparation of application to employ Smith Hulsey & Busey (.5); affidavit in support of same (.4); proposed order thereon (.2) | 1.10 | 132.00 |
| | CCJ | Review and analysis of retention application and consents already filed (1.2); preparation of retention application, proposed order and supporting affidavit (2.0); conference with Stephen D. Busey regarding same (.1) | 3.30 | 973.50 |
| 04/14/05 | CCJ | Preparation of application and disclosure (2.8); review of office databases for conflicts (2.3) | 5.10 | 1,504.50 |
| 04/15/05 | CCJ | Preparation of declaration in support of application and revision of same | 1.30 | 383.50 |
| | SDB | Revision of debtors' application to retain Smith Hulsey & Busey as additional section 327(a) counsel | 0.80 | 316.00 |
| 04/17/05 | JHP | Preparation of Smith Hulsey & Busey's application for employment, review of disclosure provisions and past and present client matter information | 1.40 | 497.00 |
| | CCJ | Review and replied to correspondence from Rosalie Gray (.6); extensive revisions to retention application and declaration (1.3); conference with Stephen D. Busey regarding same (.5); review and analysis of database for conflicts (1.0) | 3.40 | 1,003.00 |
| | SDB | Review and revision of Cynthia C. Jackson's declaration and disclosures of Smith Hulsey & Busey's connections to interested parties and conference with James H. Post and Cynthia C. Jackson regarding necessary disclosures | 1.10 | 434.50 |
| 04/18/05 | SDB | Conference with Cynthia C. Jackson regarding disclosure requirements in completing the firm's declaration in support of its retention application | 0.90 | 355.50 |
| | CCJ | Continued review of database regarding conflicts (3.0); preparation of declaration for retention application (2.0); conference with Rosalie Gray, | | |

LAW OFFICES

SMITH HULSEY & BUSEY


05/16/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO: 104752

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (SH&B)

| | | | HOURS | |
|---|---|---|---|---|
| | | James H. Post and Stephen D. Busey regarding same (1.8); conference with Kimberly S. Ward regarding investigation needed (.5); conference with Larry Appel regarding same (.2); preparation of package for Larry Appel (.3) | 7.80 | 2,301.00 |
| | KSW | Preparation of declaration of Smith Hulsey & Busey | 0.90 | 108.00 |
| 04/19/05 | CCJ | Final review of computer database for conflicts (1.0); revision of declaration (.5) | 1.50 | 442.50 |
| 04/20/05 | KSW | Preparation for and electronic filing of application to employ Smith Hulsey & Busey (.9) and proposed order (.3) | 1.20 | 144.00 |
| | CCJ | Conference with clerk's office and with Winn-Dixie (1.0); finalization and filing of retention documents (1.0) | 2.00 | 590.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 31.80 | 9,185.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.80 | $395.00 | $1,106.00 |
| James H. Post | 1.40 | 355.00 | 497.00 |
| Cynthia C. Jackson | 24.40 | 295.00 | 7,198.00 |
| *Kimberly S. Ward | 3.20 | 120.00 | 384.00 |
| TOTAL | 31.80 | | $9,185.00 |

TOTAL THIS STATEMENT $9,185.00

*Legal Assistant

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO: 104753

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (Others)

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 04/25/05 | SDB | Advice to Larry Appel and Jan Baker regarding indemnification and section 328 approval issues in the retention applications of the debtors and the financial advisors' retention applications and alternatives the debtors should consider | 1.20 | 474.00 |
| 04/26/05 | CCJ | Revision, finalization and filing of support to fee requests | 1.30 | 383.50 |
| | KSW | Preparation of notice of hearing on creditors' committees applications to employ Houlihan, Lokey, Howard & Zukin (.7); preparation for and electronic filing of same (.4); preparation for and service on same (.9); preparation for and electronic filing of second supplement to Exhibit A of the motion for approval of retention and compensation of professionals (.5); preparation for and service of same (.2) | 2.70 | 324.00 |
| 04/27/05 | KSW | Preparation of certificate of service regarding notice of hearing on creditors' committee's applications to employ Houlihan Lokey, Howard & Zukin and Alvarez and Marsal (.4); preparation for and electronic filing of same (.3); certificate of service (.2); certificate of service regarding supplemental declaration of Sarah Robinson Borders regarding employment of King and Spalding (.1) | 1.00 | 120.00 |
| 04/29/05 | SDB | Telephone conference with Jan Baker and Matt Barr regarding retention applications of the committee's financial advisors, including Section 328 and indemnity issues, and scheduling of the committee's application (.4); two telephone calls with Jan Baker regarding retention applications of the debtors and the committee's financial advisors and conversations with the U.S. Trustee regarding same (.5); telephone call with Jan Baker and Flip Huffard of Blackstone regarding terms of Blackstone's retention (.4) | 1.30 | 513.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 2
05/16/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO: 104753

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (Others)

| | | HOURS | |
|---|---|---|---|
| CCJ | Review and revision of DJM motion (1.4); conference with Stephen D. Busey and Jan Baker regarding same (.8); conference with Keith Daw regarding same (.3) | 2.50 | 737.50 |
| | FOR PROFESSIONAL SERVICES RENDERED | 10.00 | 2,552.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.50 | $395.00 | $987.50 |
| Cynthia C. Jackson | 3.80 | 295.00 | 1,121.00 |
| *Kimberly S. Ward | 3.70 | 120.00 | 444.00 |
| TOTAL | 10.00 | | $2,552.00 |

TOTAL THIS STATEMENT $2,552.50

*Legal Assistant

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021699M
STATEMENT NO: 104754

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Secured Claims

| | | | HOURS | |
|---|---|---|---|---|
| 04/21/05 | CHK | Conference with James H. Post regarding issues related to perfecting a security interest under Article 9 of the UCC | 0.40 | 106.00 |
| | | | ---- | ------ |
| | | FOR PROFESSIONAL SERVICES RENDERED | 0.40 | 106.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Charles H. Keller | 0.40 | $265.00 | $106.00 |

TOTAL THIS STATEMENT $106.00

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO: 104760

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - U.S. Trustee Matters

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 04/05/05 | JHP | Review of large case management guidelines in Middle District of Florida and U.S. Trustee requirements (.8); preparation of memorandum regarding same (.2) | 1.00 | 355.00 |
| 04/13/05 | CCJ | Conference with U.S. Trustee's office regarding transaction | 0.50 | 147.50 |
| 04/14/05 | CCJ | Conference with Ken Meeker and with Stephen D. Busey | 0.50 | 147.50 |
| 04/19/05 | CCJ | Conference with Ken Meeker and Elena Escamilla regarding 341 meeting issues (.3); conference with Rosalie Gray regarding same (.2); reviewed and replied to correspondence regarding same (.5) | 1.00 | 295.00 |
| 04/20/05 | SDB | Revision of correspondence to U.S. Trustee regarding Winn-Dixie's views on the issue on multiple creditors' committees (.4); memorandum to Jan Baker regarding same (.1) | 0.50 | 197.50 |
| | CCJ | Reviewed and replied to correspondence regarding 341 meeting (1.2); conference with U.S. Trustee's office regarding same (.1) | 1.30 | 383.50 |
| 04/21/05 | SDB | Correspondence to Ken Meeker regarding the request for the formation of a retiree's creditors committee | 0.70 | 276.50 |
| 04/22/05 | SDB | Memoranda with Larry Appel regarding communication with U.S. Trustee's office about additional creditors committees | 0.30 | 118.50 |
| 04/25/05 | CCJ | Preparation for and attendance at meeting with U.S. Trustee (1.5); conference with Rosalie Gray regarding same (1.0); review of 341 notice (.1) | 2.60 | 767.00 |

LAW OFFICES
SMITH HULSEY & BUSEY



Winn-Dixie Stores, Inc.

Chapter 11 - U.S. Trustee Matters

| | | | HOURS | |
|---|---|---|---|---|
| | SDB | Preparation for and conference with Ken Meeker and Elena Escamilla of the U.S. Trustee's office regarding the debtors' bank depositories, the debtors' reporting periods and forums, requests for additional creditors committees, professional retentions by the debtors and the committees, employee incentive plans and related issues | 2.30 | 908.50 |
| 04/28/05 | CCJ | Conference with U.S. Trustee regarding outstanding issues | 0.20 | 59.00 |
| 04/29/05 | CCJ | Conference with U.S. Trustee (.3); preparation of correspondence to Winn-Dixie regarding same (.2) | 0.50 | 147.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 11.40 | 3,803.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.80 | $395.00 | $1,501.00 |
| James H. Post | 1.00 | 355.00 | 355.00 |
| Cynthia C. Jackson | 6.60 | 295.00 | 1,947.00 |
| TOTAL | 11.40 | | $3,803.00 |

TOTAL THIS STATEMENT $3,803.00

LAW OFFICES

SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO: 104747

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Utilities

| Date | TK | Description | HOURS | |
|---|---|---|---|---|
| 04/27/05 | CCJ | Review and extensive revisions to utilities motion (2.0); review and analysis of correspondence from South Carolina and preparation of correspondence to same (1.0) | 3.00 | 885.00 |
| 04/28/05 | CCJ | Review of utilities motion (1.0); correspondence to Skadden Arps regarding changes needed (.5) | 1.50 | 442.50 |
| 04/29/05 | CCJ | Review, revision, finalization, and filing of utilities motion (.5); correspondence regarding same (.6); conference with Stephanie Feld regarding same (.5); conference with Rosalie Gray and Jessica Palm regarding same (.5) | 2.10 | 619.50 |
| | KSW | Preparation for and electronic filing of motion to resolve disputes with certain utility companies (.3); and notice of hearing on same (.2); preparation for and service of hard copies of same (.4) | 0.90 | 108.00 |
| 04/30/05 | SDB | Review debtors' motion regarding adequate assurance for utilities and six objections and preparation for May 6, 2005 hearing on the motion | 0.60 | 237.00 |
| | CCJ | Preparation for May 6, 2005 hearing on utilities motion and objection | 1.00 | 295.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 9.10 | 2,587.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.60 | $395.00 | $237.00 |
| Cynthia C. Jackson | 7.60 | 295.00 | 2,242.00 |
| *Kimberly S. Ward | 0.90 | 120.00 | 108.00 |
| TOTAL | 9.10 | | $2,587.00 |

TOTAL THIS STATEMENT $2,587.00

*Legal Assistant

LAW OFFICES
SMITH HULSEY & BUSEY
1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
05/16/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO: 104768

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Disbursements (Costs/Expenses)

| | |
|---|---|
| Document Duplicating | 1,373.10 |
| Postage | 68.02 |
| Telephone | 427.90 |
| Westlaw | 785.68 |
| Facsimile Transmission | 35.00 |
| Messenger Service | 5.00 |
| Outside Document Duplicating Service | 623.32 |
| TOTAL COSTS THRU 04/30/05 | 3,318.02 |
| TOTAL THIS STATEMENT | $3,318.02 |

## Schedule B

| Name | Years experience | Hours | Rate | Amount |
|---|---|---|---|---|
| **Shareholders:** | | | | |
| Stephen D. Busey | 36 | 55.4 | 395.00 | $ 21,883.00 |
| James H. Post | 31 | 45.4 | 355.00 | 16,117.00 |
| Cynthia C. Jackson | 20 | 167.0 | 295.00 | 49,265.00 |
| Charles H. Keller | 7 | 0.4 | 265.00 | 106.00 |
| Subtotal: | | 268.2 | | $ 87,371.00 |
| **Associates:** | | | | |
| Eric N. McKay | 4 | 87.9 | 225.00 | $ 19,777.50 |
| David D. Burns | 1 | 29.4 | 165.00 | 4,851.00 |
| Elizabeth M. Schule | 1 | 13.8 | 165.00 | 2,277.00 |
| Subtotal: | | 131.1 | | $ 26,905.50 |
| **Paralegals:** | | | | |
| Kimberly S. Ward | 18 | 88.9 | 120.00 | $ 10,668.00 |
| **Total Fees** | | | | $124,944.50 |
| **Total Hours** | | 488.2 | | |
| **Blended Hourly Rate** | | | $255.93 | |

**Schedule C**

| Expenses | Total Amount |
|---|---|
| Computer Assisted Research | $ 785.68 |
| Document Duplicating (9,154 pages @ $0.15) | 1,373.10 |
| Facsimile (35 pages @ $1.00) | 35.00 |
| Messenger Services | 5.00 |
| Outside Document Duplicating Costs | 623.32 |
| Postage | 68.02 |
| Telephone | 427.90 |
| Total | $ 3,318.02 |

Certificate of Service

I certify that a copy of this document was furnished by mail and/or electronically to the Elena L. Escamilla, Assistant U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Jonathan N. Helfat, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, and Laurence B. Appel, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699, this 20th day of July, 2005.

*s/ Cynthia C. Jackson*
Attorney

00501668