**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | ·Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**FIRST INTERIM APPLICATION OF KIRSCHNER & LEGLER, P.A.**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF COSTS ADVANCED**
**(February 22, 2005 through May 31, 2005)**

Pursuant to Section 331 of the Bankruptcy Code (the "Code") Kirschner & Legler, P.A. applies for entry of an order allowing interim compensation to the firm for services rendered and costs advanced as special corporate finance counsel for Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, the "Debtors"). By this application, Kirschner & Legler is seeking interim compensation for the period from February 22, 2005 through May 31, 2005, for services rendered in the amount of $93,264.00 and reimbursement for costs advanced in the amount of $130.26.

**Legal Services Rendered by Kirschner & Legler, P.A.**

1.     On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for procedural purposes only.

2.     On March 4, 2005, the Court authorized the Debtors to retain Kirschner & Legler as special corporate finance counsel in this case on an interim basis. On March 15, 2005, the Court entered a final order authorizing Kirschner & Legler's retention.

3.     In accordance with Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (Docket No. 434), Kirschner & Legler has been paid $74,799.99 by the Debtors which represents 80% of the fees ($93,264 billed, $74,611.20 received) and 145% of the costs ($130.26 billed, $188.79 received) actually incurred by Kirschner & Legler through May 31, 2005. The total amount of holdback fees sought by this application is $18,594.27, after deducting the $58.53 excess reimbursement of costs.

4.     By this application, Kirschner & Legler seeks interim compensation for services rendered and expenses advanced for the period from the February 22, 2005 through May 31, 2005.

5.     Kirschner Legler seeks allowance of fees for services provided to the Debtors in the following areas of representation:

| Areas of Representation | Total Fees | Total Hours |
|---|---|---|
| Bankruptcy Proceeding – General Matters | $ 8,700.00 | 20.0 |
| DIP Credit Agreement | 2,827.50 | 6.5 |
| DIP Financing | 29,841.00 | 68.6 |

| | | |
|---|---|---|
| DIP Store Sales/Closing | 28,797.00 | 66.2 |
| Sale of Harahan Distribution Center | 15,312.00 | 35.2 |
| Schreiber Dispute | _7,786.50_ | _17.9_ |
| Totals | $93,264.00 | 214.4 |

5.    The services rendered by Kirschner & Legler in connection with these proceedings included:

(a)    **Bankruptcy Proceedings – General Matters.**    Kirschner & Legler provided advice, analysis and information with respect to the structure and terms of Debtors' pre-petition finance transactions.    Kirschner & Legler also provided requested information with respect to Debtors' pre-petition assets.

(b)    **DIP Credit Agreement/DIP Financing.**    Kirschner & Legler assisted the Debtors in obtaining debtor in possession financing, without which they would not have been able to continue its operations and therefore without which the Debtors could not realize the value of their business as an ongoing concern.    Kirschner & Legler participated in the negotiation of the post-petition Credit Agreement and provided legal opinions in connection with the closing of such transaction.    Kirschner & Legler also participated in the negotiation of Amendment No. 1 to the Credit Agreement.

(c)    **DIP Store Sales/Closing.**    Kirschner & Legler advised and assisted the Debtors in connection with the proposed transfer of store properties as part of the Debtors asset rationalization plan, including participation in the preparation of forms of confidentiality agreements and asset purchase agreements.

3

(d)    **Sale of Harahan Distribution Center.**    Kirschner & Legler represented the Debtors in connection with the proposed sale of the Debtors distribution center located in Harahan, Louisiana, including preparation of successive iterations of an Asset Purchase Agreement and negotiations with the prospective purchaser.

(e)    **Schreiber Dispute.**    Kirschner & Legler provided advice requested by the Debtors in connection with their claims against Schreiber Foods relating to the April 2, 2002, Final Resolution of Patent Dispute agreement between the Debtors and Schreiber Foods, which was entered into as part of a sale of a manufacturing facility transaction in which Kirschner & Legler represented Winn-Dixie Stores, Inc. and its subsidiaries.

## Compensation and Reimbursement Requested by Kirschner & Legler

6.    By this application, Kirschner & Legler requests interim compensation for services rendered of $93,264.00 (less $74,611.20 previously paid by the Debtors offset by $58.53 in excess expense reimbursement previously received) and reimbursement of expenses of $130.26 (less $!88.79 previously paid by the Debtors, resulting in an over payment of $58.53 for reimbursement of expenses which offsets fees for services) incurred in connection with this case from the February 22, 2005 through May 31, 2005.

7.    During the period from February 22, 2005 through May 31, 2005, Kirschner & Legler devoted 214.4 hours of attorney time to the representation of the Debtors. Attached as Schedule A is a daily summary in greater detail of Kirschner & Legler's services rendered for this period in connection with its representation of the

4

Debtors, including time devoted each day by the individual attorneys.    This daily summary is condensed from individual time slips, completed as services were rendered, which contain a description of those services.

8.    Attached as Schedule B is a summary of the total time devoted by each attorney during the period between February 22, 2005 through May 31, 2005, together with a computation of the value of that time at the ordinary hourly rates of Kirschner & Legler that were in effect during the time the services were rendered.    The fees requested by this application were determined by the computation of the total time at those ordinary hourly rates.

9.    In connection with the rendering of these services, Kirschner & Legler advanced expenses on behalf of the Debtors in the amount of $130.26 for express delivery and courier services of which Kirschner & Legler seeks reimbursement in the amount of $130.26 (less $188.79 previously paid by the Debtors, resulting in an over payment of $58.53 for reimbursement of expenses which offsets fees for services).    These expenses are described more particularly in Schedule A and are summarized in Schedule C.

<u>Application of Legal Standards to the Services of Kirschner & Legler</u>

10.    In considering the criteria of Section 330 and <u>In the Matter of First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir. 1977), for the determination of a reasonable attorney's fee, the following considerations justify the allowance of a fee to Kirschner & Legler in the amount of its hourly rates, in addition to those matters which are otherwise apparent to the Court from its familiarity with this case:

5

a.      Apparent from the time frame of this case and Kirschner & Legler's application, the time and labor required by the representation was significant. A material demand was placed upon the available services of Kirschner & Legler, which demand precluded employment of Kirschner & Legler on other matters.

b.      Because the volume of services required of Kirschner & Legler, the demand placed on its resources was intense and extraordinary, resulting in its lawyers and staff working nights and weekends on a regular basis for the benefit of the estate. Included in this demand was the need to investigate, research, respond to discovery, prepare and resolve the dozens of matters scheduled for hearing almost every week before the Court.

c.      The requested fee is Kirschner & Legler's customary fee in commercial bankruptcy matters of this kind and there exists no reason in the circumstances of this case to award a lesser fee for the services rendered.

d.      Additionally, consideration of the difficulty and intensity of the case, the skill of Kirschner & Legler in performing its legal services, and the experience, reputation and ability of Kirschner & Legler, all support an award of a fee to Kirschner & Legler in an amount equivalent to its hourly rates for the time devoted to the case.

11.     Kirschner & Legler has made no arrangement regarding the sharing of compensation for services rendered in connection with this Chapter 11 case.

6

WHEREFORE, Kirschner & Legler respectfully requests the Court to (i) approve all previously authorized compensation of Kirschner & Legler and reimbursement of its expenses and (ii) allow as interim compensation in the amount of $93,264.00 for professional services rendered and reimbursement for costs advanced in the amount of $130.26.

Dated: July 20, 2005.

KIRSCHNER & LEGLER, P.A.

By _____
Kenneth M. Kirschner

Florida Bar Number 171188
300A Wharfside Way
Jacksonville, Florida 32207
(904) 346-3200
(904) 346-3299 (facsimile)

Special Counsel to the Debtors

7

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

|  |  |
|---|---|
| | Page: 1 |
| | April 18, 2005 |
| Winn-Dixie Stores, Inc. | |
| c/o Laurence B. Appel | Account No:    520965-0000M |
| 5050 Edgewood Court | Statement No:              2123 |
| Jacksonville  FL  32256 | |

Bankruptcy Proceeding – General Matters

Interim Statement

### Fees

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 03/01/2005 | KMK | B130 | A104 | E-mail to M. Chlebovec regarding pass-through leases (0.1); revise proposed default notice to Senior Note Indenture Trustee (0.3); telephone conference L. Appel regarding pass-through lease structure (0.2) | 0.60 | 261.00 |
| 03/07/2005 | KMK | B130 | A104 | E-mail to N. Tucker (Zurich counsel) regarding Pass-Through Trust Agreement (0.1) | 0.10 | 43.50 |
| 03/08/2005 | KMK | B130 | A104 | Telephone conference M. Weller (Adams case defense counsel) regarding stay of proceeding against Winn-Dixie (0.3); e-mail to J. Caste regarding same (0.2); e-mail to A. Ravin (Skadden Arps) regarding pass-through Trust structure (0.1) | 0.60 | 261.00 |
| 03/09/2005 | KMK | B130 | A104 | Review default notice in respect of Pass-Through Trust properties (0.3); review Pass-Through Trust Mortgage Note Indenture (0.4); e-mail S. Lam regarding same (0.1) | 0.80 | 348.00 |
| 03/22/2005 | KMK | B130 | A104 | Review pass-through trustee default notices (0.2); e-mail to J. Castle regarding same (0.1) | 0.30 | 130.50 |
| 03/23/2005 | KMK | B130 | A104 | Review and analysis of Zurich lease "Make-Whole Premium" requirement (0.7); e-mail to J. O'Connell (Blackstone) regarding same (0.1) | 0.80 | 348.00 |
| 03/25/2005 | KMK | B130 | A104 | Review and analysis of Pass-Through Trust Make-Whole Premium (1.3); telephone conference A. Ravin (Skadden Arps) regarding same (0.4); review Skadden Arps Pass-Through diagram (0.2); e-mail to A. Ravin regarding same (0.1); telephone conference J. Castle regarding potential transfer of bankruptcy case (0.2); review and | | |

Winn-Dixie Stores, Inc.

Page: 2
April 18, 2005
Account No:    520965-0000M
Statement No:            2123

Bankruptcy Proceeding - General Matters

| Date | | | | Description | Hours | |
|------|---|---|---|-------------|-------|---|
| | | | | analysis of firms suitable as local counsel at request of J. Castle (1.9); second telephone conference A. Ravin regarding Pass-Through Trust Make-Whole Premium (0.6); telephone conference J. Castle regarding local counsel candidates (0.3); e-mail to A. Ravin regarding Make-Whole Premium analysis (0.1) | 5.10 | 2,218.50 |
| 03/28/2005 | KMK | B130 | A104 | Telephone conference D. Stanford regarding pass-through lease damage issues (0.2); telephone conference M. Chlebovek regarding Credit Committee approval of sale of Store #901 (0.1); review and analysis of pass-through leases' purchase options (0.9); telephone conference L. Appel, F. Huffard, M. Byrum and bankruptcy counsel (0.6) | 1.80 | 783.00 |
| 03/29/2005 | KMK | B130 | A104 | Telephone conference S. Henry, A. Ravin and D. Stanford regarding Make-Whole Premium and structure of pass-through transactions (0.6) | 0.60 | 261.00 |
| 03/30/2005 | KMK | B130 | A104 | Review Food Lion sale order (0.3); telephone conference D. Stanford regarding notice under Credit Agreement for sale of three stores to Food Lion (0.1) | 0.40 | 174.00 |
| 03/31/2005 | KMK | B130 | A104 | Review and comment on various schedules of assets and liabilities at Winn-Dixie offices (2.6); review e-mail from A. Ravin regarding sale of Store #901 (0.2); e-mail to A. Ravin regarding same (0.1) | 2.90 | 1,261.50 |
| | | | | For Current Services Rendered | 14.00 | 6,090.00 |
| | | | | Total Current Work | | 6,090.00 |
| | | | | Balance Due | | $6,090.00 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|------|----------|
| B130 | Asset Disposition | 6090.00 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

|  |  |
|---|---|
|  | Page: 1 |
| Winn-Dixie Stores, Inc. | May 18, 2005 |
| c/o Laurence B. Appel | Account No:    520965-0000M |
| 5050 Edgewood Court | Statement No:    2138 |
| Jacksonville FL 32254 |  |

Bankruptcy Proceeding - General Matters

Interim Statement

<u>Fees</u>

|  |  |  | | Hours |  |
|---|---|---|---|---|---|
| **04/04/2005** | | | | | |
| | KMK | B130 A104 | E-mail to M. Chlebovec regarding airplane sale (0.1); review and analysis of information for Schedule H of statements of financial affairs (0.3); e-mail to J. Leavey (Skadden Arps) regarding same (0.1); revise notice to Wachovia of sale of airplane (0.3); telephone conference J. leavey regarding transitory subsidiaries (0.2); telephone conference K. Corbett regarding notice of sale of airplane (0.1) | 1.10 | 478.50 |
| **04/05/2005** | | | | | |
| | KMK | B130 A104 | Review documents regarding internal assignments of Zurich leases (0.3); e-mail to J. Leavey (Skadden Arps) regarding same (0.1); telephone conference D. Stanford regarding same (0.1) | 0.50 | 217.50 |
| **04/07/2005** | | | | | |
| | KMK | B130 A104 | Review and comment on proposed Schedule G in respect of leases (1.2); review revised Schedule G (0.5); telephone conference J. Leavey regarding same (0.2) | 1.90 | 826.50 |
| **04/13/2005** | | | | | |
| | KMK | B130 A104 | Review and analysis of status of $1 million escrow securing obligations under pre-petition Credit Agreement | 0.30 | 130.50 |
| **04/15/2005** | | | | | |
| | KMK | B130 A104 | E-mail to P. Schlaack regarding pass-through financing structure (0.1) | 0.10 | 43.50 |
| **04/22/2005** | | | | | |
| | KMK | B130 A104 | Review Sale Approval Motion and related | | |

Winn-Dixie Stores, Inc.

Page: 2
May 18, 2005
Account No:    520965-0000M
Statement No:              2138

Bankruptcy Proceeding – General Matters

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | documents regarding sale of stores to Food Lion (0.6); e-mail to D. Stanford regarding same (0.1); e-mail to to D. Stanford regarding Buehler escrow claim (0.1); review and analysis of potential claim against Tolliver Enterprises for breach of Asset Purchase Agreement (0.4); e-mail to J. Castle regarding same (0.1); review and analysis of commercial tort claims reported to DIP lenders (0.3); e-mail to W. Mack regarding same (0.1); review and respond to D. Stanford questions regarding status of Astor Spice and Harahan transactions (0.3) | 2.00 | 870.00 |
| 04/27/2005 |  |  |  |  |  |
| KMK | B130 | A104 | Telephone conference J. Castle regarding commercial tort claims (0.1) | 0.10 | 43.50 |
|  |  |  | For Current Services Rendered | 6.00 | 2,610.00 |

2933.44

5543.44

### Advances

| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Allen Winsor, King & Spalding LLP; 2/22/05 | 6.84 |
|---|---|---|---|---|
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Office of the United States Trustee, Southern District of New York; 3/18/05 | 8.29 |
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; David W. Morse, Esq.; 3/18/05 | 8.29 |
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; D.J. Baker, Esq.; 3/18/05 | 8.29 |
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Sarah Robinson Borders, Esq.; 3/18/05 | 6.90 |
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Laurence B. Appel; 3/18/05 | 6.09 |
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Matthew Barr, Esq.; 3/18/05 | 8.29 |
|  |  |  | Total Advances | 52.99 |

| Total Current Work | 2,662.99 |
|---|---|
| Previous Balance | $6,090.00 |
| Balance Due | $8,752.99 |

Winn-Dixie Stores, Inc.

Bankruptcy Proceeding – General Matters

Page: 3
May 18, 2005
Account No:    520965-0000M
Statement No:    2138

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 2610.00 | 52.99 |
| B100 | Administration | 2,610.00 | 52.99 |

## KIRSCHNER & LEGLER, P.A.
300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

### BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
June 20, 2005

Account No:   520962-0000M
Statement No:   2152

DIP Credit Agreement

Interim Statement

### Fees

| Date | | | Description | Hours | |
|------|---|---|-------------|-------|---|
| 05/02/2005 | KMK | B130 | A104 | Telephone conference W. Little regarding Credit Agreement requirements for mortgages (0.2) | 0.20 | 87.00 |
| 05/06/2005 | KMK | B130 | A104 | Begin preparation of opinion in support of Smith Gambrell real estate local opinion (0.6) | 0.60 | 261.00 |
| 05/11/2005 | KMK | B130 | A104 | Review documents relating to assignment of Hampton notes and e-mail to W. Mack (Skadden Arps) regarding same (0.1) | 0.10 | 43.50 |
| 05/13/2005 | KMK | B130 | A104 | Review e-mails from W. Little and D. Greenstein regarding liens on real property (0.2) | 0.20 | 87.00 |
| 05/18/2005 | KMK | B130 | A104 | Review proposed Smith Gambrell, Utah and Kirschner & Legler opinion (1.2); telephone conference D. Stanford regarding same (0.1) | 1.30 | 565.50 |
| 05/23/2005 | KMK | B130 | A104 | Work on opinion in support or Smith Gambrell opinion regarding mortgages (0.3); telephone conference W. Little regarding same (0.1) | 0.40 | 174.00 |
| 05/24/2005 | KMK | B130 | A104 | Continue draft of opinion relating to Florida mortgages (1.7); telephone conference S. Kenyon regarding same (0.1); further revisions to opinion (0.2) | 2.00 | 870.00 |
| 05/25/2005 | KMK | B130 | A104 | Review and analysis of support for officer authorization for execution of mortgages and other documents (0.6); telephone conference K. Dawe regarding same (0.2); telephone conference K. Hardee regarding same (0.1); telephone conference | | |

Winn-Dixie Stores, Inc.

DIP Credit Agreement

|  |  |  |  | Page: 2 |
|---|---|---|---|---|
|  |  | Account No: |  | June 20, 2005 |
|  |  | Statement No: |  | 520962-0000M |
|  |  |  |  | 2152 |

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | C. Jackson regarding existing mortgage liens on stores (0.2) | 1.10 | 478.50 |
| 05/26/2005 | KMK | B130 | A104 | Review and analysis of status of out-of-state affidavits for note transfers and Amendment No. 1 (0.3); e-mail to W. Mack (Skadden Arps) regarding same (0.1) | 0.40 | 174.00 |
| 05/27/2005 | KMK | B130 | A104 | Review proposed letter agreement extending time in which to complete mortgages and related opinions (0.2) | 0.20 | 87.00 |
|  |  |  |  | For Current Services Rendered | 6.50 | 2,827.50 |
|  |  |  |  | Total Current Work |  | 2,827.50 |
|  |  |  |  | Previous Balance |  | $1,376.00 |

Payments

| 02/14/2005 |  | Fee payment received, thank you. |  | -1,376.00 |
|---|---|---|---|---|
|  |  | Balance Due |  | $2,827.50 |

Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 2827.50 | 0.00 |
| B100 | Administration | 2,827.50 | 0.00 |

SCHEDULE A
## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville  FL  32256

Page: 1
March 17, 2005
Account No:       520964-0000M
Statement No:               2110

Winn-Dixie DIP Financing

Interim Statement

### Fees

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 02/22/2005 | KMK | B130 | A104 | Review and revise Credit Agreement Schedules (0.4); review and revise Security Agreement Schedules (4.8); review and revise Kirschner & Legler, P.A. opinion (1.5); complete opinion back-up review (1.5) | 8.20 | 3,567.00 |
| 02/23/2005 | KMK | B130 | A104 | Continue revisions to Credit Agreement and Security Agreement Schedules (5.7); telephone conference K. Hardee regarding same (0.3); revise Kirschner & Legler, P.A. opinion (1.3);  telephone conference S. Lam of Skadden Arps regarding same (0.3); telephone conference B. Kichler regarding trademark schedules for Security Agreement (0.3); telephone conference K. Hardee regarding bank request for additional mortgages (0.2) | 8.10 | 3,523.50 |
| 02/24/2005 | KMK | B130 | A104 | Research regarding potential changes to Kirschner & Legler, P.A. opinion (0.7); continue revisions to Credit Agreement and Security Agreement Schedules (2.2); revise opinion (0.2); e-mail to F. Huffard and J. Baker regarding pass-through mortgage certificate transactions  (0.2); e-mail to L. Appel regarding same (0.3) | 3.60 | 1,566.00 |
| 02/25/2005 | KMK | B130 | A104 | Telephone conference S. Lam regarding pass-through trust documents (0.2); continue revisions to Credit Agreement and Security Agreement Schedules (1.5); telephone conference K. Corbett regarding Credit Agreement post-closing matters (0.3); telephone conference C. Stuart (Skadden, Arps) and W. Little (Smith, Gambrell) regarding Credit Agreement and related post-closing real estate issues (0.8) | 2.80 | 1,218.00 |
| 02/26/2005 | KMK | B130 | A104 | Review and analysis of matters to be accomplished post-closing under the Credit Agreement (2.1) | 2.10 | 913.50 |
| 02/28/2005 | KMK | B130 | A104 | E-mail to B. Kichler regarding trademark information for Security Agreement Schedules (0.1); review and analysis of critical path for Credit Agreement post-closing items (0.9); telephone conference K. | | |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

Page: 2
March 17, 2005
Account No:      520964-0000M
Statement No:              2110

|  | Hours |  |
|---|---|---|
| Corbett regarding same (0.5); telephone conference L. Appel, P. Nicole, K. Corbett, and S. Lam regarding same (1.5); draft notice to Senior Notes Indenture Trustee (0.5); telephone conference K. Corbett regarding bank account cash swaps (0.1); telephone conference L. Appel regarding pass-through certificates structure (0.2) | 3.80 | 1,653.00 |
| For Current Services Rendered | 28.60 | 12,441.00 |
| Total Current Work |  | 12,441.00 |
| Balance Due |  | $12,441.00 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 12441.00 | 0.00 |
| B100 | Administration | 12,441.00 | 0.00 |

# KIRSCHNER & LEGLER, P.A.

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Page: 1
April 18, 2005

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel                                    Account No:     520964-0000M
5050 Edgewood Court                                   Statement No:              2122
Jacksonville  FL  32256

Winn-Dixie DIP Financing

Interim Statement

### Fees

|            |     |      |      |                                                                                                                                                                                                                                                                                                                                                                                    | Hours |          |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 03/01/2005 | KMK | B130 | A104 | Further revisions to Schedules to Security Agreements (1.3); telephone conference K. Hardee re: post-closing requirements under Credit Agreement (0.3); telephone conference S. Lam re: post-closing issues (0.3);  telephone conference C. Stuart re: opinion and title insurance for leasehold mortgages (0.2); telephone conference S. Karol and D. Stanford re: real estate/DIP financing issues (1.2) | 3.30  | 1,435.50 |
| 03/02/2005 | KMK | B130 | A104 | Review proposed Direction Letters, Processor Letters, Collateral Access Agreements and Account Control Agreements (0.9); telephone conference S. Karol and D. Stanford regarding finance and real estate issues (1.6); review and analysis of Florida transaction taxes (0.6) | 3.10  | 1,348.50 |
| 03/03/2005 | KMK | B130 | A104 | Review and analysis of rights of distribution center landlords verses DIP lenders with respect to inventory (0.7); telephone conference B. Walsh regarding same (0.2); telephone conference N. Tucker regarding Collateral Access Agreement (0.8); telephone conference K. Hardee regarding same (0.2) | 1.90  | 826.50   |
| 03/04/2005 | KMK | B130 | A104 | Correspondence with K. Hardee regarding real estate mortgages (0.1); correspondence with C. Stuart regarding title insurance (0.1); correspondence with S. Lam regarding fee-owned properties (0.1); correspondence with Otterberg representatives regarding distribution facilities and Collateral Access Agreements (0.3) | 0.60  | 261.00   |
| 03/07/2005 | KMK | B130 | A104 | E-mail to S. Kenyon regarding Dixon Realty Holder Certificate (0.1); prepare new Affidavit of Out-of-State Execution for B. Nussbaum |       |          |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | | | | relating to Credit Agreement and Notes (0.3); e-mail to K. Corbett regarding same (0.1); telephone conference S. Tiecher and S. Lam regarding Credit Agreement post-closing requirements (0.4); review lease chart (0.4); telephone conference K. Corbett regarding out-of-state affidavits (0.1); telephone conference S. Lam regarding description of commercial tort claims and real estate mortgage requirements under Credit Agreement (0.3); telephone conference D. Stanford regarding same (0.2); review list of commercial tort claims (0.3) | 2.20 | 957.00 |
| 03/08/2005 | KMK | B130 | A104 | Review and analysis of pre-petition blocked account and control agreements to be terminated (0.8); review and analysis of Credit Agreement requirements for description of tort claims (0.6); e-mail to R. Lambert regarding same (0.1); telephone conference K. Hardee regarding post-closing issues (0.3); telephone conference W. Taylor regarding blocked account agreements (0.2); review and analysis of real estate issues relating to Credit Agreement post-closing requirements (0.7); e-mail to D. Stanford regarding mortgage taxes (0.2); telephone conference P. Neckles, A. Margolis, S. Teicher, C. Stuart, S. Lam, and D. Stanford regarding real estate issues with respect to the Credit Agreement, pending asset dispositions and lease assignments (1.0) | 3.90 | 1,696.50 |
| 03/09/2005 | KMK | B130 | A104 | E-mail to R. Lambert regarding description of tort claims for Credit Agreement Schedule K to Security Agreement (0.1); e-mail to W. Mack regarding same (0.1); telephone conference R. Lambert regarding description of tort claims (0.2); e-mail to S. Lam and W. Mack regarding same (0.1) | 0.50 | 217.50 |
| 03/10/2005 | KMK | B130 | A104 | Review e-mail from S. Lam regarding AmSouth claim for fees (0.1); e-mail to K. Hardee regarding same (0.1); review store sale chart to ascertain post-petition issues (0.2) | 0.40 | 174.00 |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 03/11/2005 | KMK | B130 | A104 | Review revised, proposed Collateral Access Agreement (0.2); e-mail to N. Tucker (Zurich's counsel) regarding same (0.1); e-mail to W. Mack regarding out-of-state execution affidavits (0.1); review and analysis of open Credit Agreement post-closing requirements (0.5); telephone conference D. Stanford regarding same (0.2); telephone conference S. Lam regarding same (0.2) | 1.30 | 565.50 |
| 03/14/2005 | KMK | B130 | A104 | Telephone conference  D. Stanford regarding analysis of lease provisions relating to assignment (0.2) | 0.20 | 87.00 |
| 03/15/2005 | KMK | B130 | A104 | E-mail to R. Lamberth (Winn-Dixie) regarding tort claims information for Wachovia Security Agreement Schedules (0.1); review D. Greenstein (Wachovia counsel) e-mail regarding leasehold mortgages, title policies and opinions (0.2); review "Processor Letters" required under Credit Agreement (0.2); telephone conference K. Hardee regarding leasehold mortgage requirements (0.3); telephone conference S. Lam regarding same and regarding pre-petition cash collateral (0.3); telephone conference C. Stuart regarding same (0.2); e-mail to K. Hardee regarding $1 million cash collateral for pre-petition lenders (0.2) | 1.50 | 652.50 |
| 03/16/2005 | KMK | B130 | A104 | review and analysis of "commercial tort claims" for potential addition to Security Agreement schedules (0.4) | 0.40 | 174.00 |
| 03/17/2005 | KMK | B130 | A104 | Review and analysis of leasehold title search requirements (0.2); telephone conference D. Stanford regarding same (0.1) | 0.30 | 130.50 |
| 03/23/2005 | KMK | B130 | A104 | review and revise proposed Consent to Extension of certain time periods (0.7); review and analysis of Credit Agreement provisions relating to  termination of pre-petition Blocked Account Agreements and e-mail from W. Mack |  |  |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | | | | regarding same (0.2); review and revise proposed out-of-state affidavit to be given on behalf of Wachovia relating to Credit Agreement (0.2); review and analysis of status of post-closing requirements (0.3) | 1.40 | 609.00 |
| 03/24/2005 | KMK | B130 | A104 | E-mail to N. Tucker (Zurich counsel) regarding status of collateral access agreements (0.1); review and analysis of status of $1 million Pre-Petition Credit Agreement escrow (0.2); review and analysis of Final Order provisions dealing with Pre-Petition Lender's Cash Collateral (0.7); e-mail to K. Hardee regarding same (0.1) | 1.10 | 478.50 |
| 03/25/2005 | KMK | B130 | A104 | E-mail to W. Mack (Skadden Arps) regarding tort claim information for Schedule K to the Security Agreement (0.1); telephone conference K. Hardee regarding same (0.1); second e-mail to W. Mack (Skadden Arps) regarding tort claim information for schedule to Security Agreement (0.1) | 0.30 | 130.50 |
| 03/28/2005 | KMK | B130 | A104 | Review and revise Amendment No. 1 to Credit Agreement (0.9); review and analysis of Zurich Collateral Access Agreement under Credit Facility (0.4); e-mail to K. Corbett regarding same (0.1);  begin review of Wachovia consent to sale of aircraft (0.2); | 1.60 | 696.00 |
| 03/29/2005 | KMK | B130 | A104 | Review Wachovia affidavit of out-of-state receipt (0.2); review and analysis of Credit Agreement asset disposition provisions (0.7); e-mail to S. Teicher regarding same (0.1); telephone conference D. Stanford regarding documentary taxes on Amendment No. 1 to Credit  Agreement (0.3); telephone conference W. Mack regarding asset disposition requirements under Credit Agreement (0.2); review new draft of Amendment No. 1 to Credit Agreement (0.2) | 1.70 | 739.50 |
| 03/30/2005 | KMK | B130 | A104 | Further analysis of Credit Agreement requirements for sale of airplanes (0.4); review | | |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

Page: 5
April 18, 2005
Account No:    520964-0000M
Statement No:    2122

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | lease appraisals (0.4); revise Zurich collateral access agreements (1.7); review further revisions to Amendment No. 1 (0.1); telephone conference K. Hardee regarding Amendment No. 1 closing requirements, collateral access agreements and sale of assets requirements (0.4); telephone conference W. Mack regarding Amendment No. 1 closing (0.1); draft out-of-state execution affidavit for Amendment No. 1 (0.9); review forms of notes (0.6);  draft notice to Agent of sale of airplane (0.7) | 5.30 | 2,305.50 |
| 03/31/2005 | KMK | B130 | A104 | Review D. Stanford e-mail regarding Alabama taxes regarding Credit Agreement mortgage (0.1); e-mail to D. Stanford regarding notices under Credit Agreement for sale of stores to Food Lion (0.3); review latest (March 30) iteration of proposed Amendment No. 1 to Credit Agreement (0.6);  review D. Stanford's analysis of various structures for minimizing Florida taxes relating to recording mortgages to secure DIP facility (0.2); review final draft of Amendment No. 1 to Credit Agreement (0.3) | 1.50 | 652.50 |

For Current Services Rendered      32.50      14,137.50

Total Current Work      14,137.50

Previous Balance      $12,441.00

Balance Due      $26,578.50

Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 14137.50 | 0.00 |
| B100 | Administration | 14,137.50 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville  FL  32254

Page: 1
May 18, 2005
Account No:    520964-0000M
Statement No:            2137

Winn-Dixie DIP Financing

Interim Statement

### Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **04/01/2005** | | | | | |
| KMK | B130 | A104 | E-mail to J. Leavey (Skadden Arps) regarding obligors, co-obligors and guarantors of pass-through leases (0.2); e-mail to W. Taylor regarding notice to Credit Agreement Agent of airplane sale (0.1); review Lender Assignment Agreements (0.2); e-mail to W. Mack (Skadden Arps) regarding same (0.1) | 0.60 | 261.00 |
| **04/05/2005** | | | | | |
| KMK | B130 | A104 | E-mail to W. Mark (Skadden Arps) regarding collateral access agreements (0.1) | 0.10 | 43.50 |
| **04/06/2005** | | | | | |
| KMK | B130 | A104 | Telephone conference K. Hardee regaridng post-closing covenants under DIP facility (0.3); telephone conference M. Chlebovec regarding distribution facilities appraisals (0.2) | 0.50 | 217.50 |
| **04/07/2005** | | | | | |
| KMK | B130 | A104 | Review up-dated DIP Post-Closing Checklist (0.2); review N. Tucker letter requesting revisions to Collateral Access Agreement signature blocks (0.1) | 0.30 | 130.50 |
| **04/08/2005** | | | | | |
| KMK | B130 | A104 | Telephone conference R. Gray regarding Dixie Stores, Inc.'s status under pre-petition Credit Agreement (0.1) | 0.10 | 43.50 |
| **04/11/2005** | | | | | |
| KMK | B130 | A104 | Review revised execution blocks on Collateral Access Agreement from Zurich | | |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

<table>
<tr><td></td><td></td><td></td><td></td><td>Page: 2</td></tr>
<tr><td></td><td></td><td></td><td></td><td>May 18, 2005</td></tr>
<tr><td></td><td></td><td></td><td>Account No:</td><td>520964-0000M</td></tr>
<tr><td></td><td></td><td></td><td>Statement No:</td><td>2137</td></tr>
</table>

|  |  |  | Hours |  |
|---|---|---|---|---|
| affiliates (0.1) |  |  | 0.10 | 43.50 |

| 04/13/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | Begin preparation of out-of-state affidavits for receipt of delivery of First Amendment to Credit Agreement (0.3) | 0.30 | 130.50 |

| 04/15/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | E-mail to P. Schlaack regarding pass-through financing structure (0.1) | 0.10 | 43.50 |
| KMK | B130 | A104 | Prepare out-of-state affidavits for Amendment No. 1 out-of-state actions (0.9) | 0.90 | 391.50 |

| 04/16/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | E-mail to S. Lam regarding transfer of Hampton notes (0.1) | 0.10 | 43.50 |

| 04/18/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | Review out-of-state affidavit from K. Hardee and W. Mack (0.1); letter to K. Corbett regarding out-of-state affidavits for Amendment No. 1 (0.2); e-mail to S. Lam regarding process for out-of-state execution of notes in connection with note assignment (0.1) | 0.40 | 174.00 |

| 04/19/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | Review and e-mail from C. Little regarding Baldwin mortgage and related opinion requirements (0.2); e-mail to J. Castle regarding Schedule K to Security Agreement disclosures (0.1) | 0.30 | 130.50 |

| 04/20/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | Review S. Teicher e-mail analyzing need for title insurance covering leasehold mortgages (0.2); e-mail S. Teicher regarding same (0.1); prepare form of out-of-state affidavit for K. Hardee relating to lender's assignment of notes (0.3) | 0.60 | 261.00 |

| 04/21/2005 | | | | |
|---|---|---|---|---|
| KMK | B130 | A104 | E-mail to K. Hardee re: out-of-state execution of note assignment documents (0.1); review proposed Smith Gambrell opinion regarding real estate security and requirements for a Kirschner & Legler | | |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

Page: 3
May 18, 2005
Account No:   520964-0000M
Statement No:        2137

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | opinion in support (0.9); e-mail to D. Stanford and W. Little regarding same (0.1); e-mail to W. Mack regarding extension letter signing issue (0.1); telephone conference K. Hardee regarding mortgage insurance issues (0.2) | 1.40 | 609.00 |
| 04/22/2005 |  |  |  |  |  |
| KMK | B130 | A104 | Review e-mail from S. Lam regarding Hampton assignment (0.1); revise out-of-state signing affidavit regarding Hampton assignment (0.1); review and analysis of requirements for Baldwin mortgage (0.2); e-mail to W. Little regarding same (0.1) | 0.50 | 217.50 |
| 04/25/2005 |  |  |  |  |  |
| KMK | B130 | A104 | Review and analysis of requirements for title insurance on leasehold interests (0.2); e-mail to L. Appel and K. Hardee regarding same (0.1) | 0.30 | 130.50 |
| 04/27/2005 |  |  |  |  |  |
| KMK | B130 | A104 | Further review and analysis of Credit Agreement requirements for title insurance on leasehold properties (0.3); e-mail to K. Hardee regarding same (0.3); telephone conference K. Hardee regarding airplane sale and leasehold title insurance (0.2); telephone conference K. LaMaina regarding proceeds of sale of airplane (0.1) | 0.90 | 391.50 |
|  |  |  | For Current Services Rendered | 7.50 | 3,262.50 |

*5,315.70 :*
*8,578.20*

Advances

| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Suling Lam, Skadden Arps Slate Meagher; 3/11/05 | 15.75 |
|---|---|---|---|---|
| 04/26/2005 | B130 | E107 | Delivery services/messengers (346) Priority Couriers; Winn-Dixie Head Quarters; 3/25/05 | 8.24 |
|  |  |  | Total Advances | 23.99 |
|  |  |  | Total Current Work | 3,286.49 |
|  |  |  | Previous Balance | $26,578.50 |

Winn-Dixie Stores, Inc.

Winn-Dixie DIP Financing

Page: 4
May 18, 2005
Account No: 520964-0000M
Statement No: 2137

Balance Due                                          $29,864.99

Task Code Recapitulation

|      |                  | Fees     | Expenses |
|------|------------------|----------|----------|
| B130 | Asset Disposition | 3262.50  | 23.99    |
| B100 | Administration   | 3,262.50 | 23.99    |

# KIRSCHNER & LEGLER, P.A.

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville  FL  32254

Page: 1
May 18, 2005
Account No:     520966-0000M
Statement No:              2139

DIP Store Sales/Closing

Interim Statement

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **04/13/2005** | | | | | |
| KMK | B130 | A104 | Telephone conference L. Appel and S. Karol regarding future store sales (0.3) | 0.30 | 130.50 |
| **04/15/2005** | | | | | |
| KMK | B130 | A104 | Telephone conference M. Morris regarding confidentiality agreement and timeline issues (0.9); review and analysis of confidentiality agreement template (0.2); begin review and analysis of timeline issues (0.2) | 1.30 | 565.50 |
| **04/16/2005** | | | | | |
| KMK | B130 | A104 | Continue review and analysis of store disposition timeline issues (0.5) | 0.50 | 217.50 |
| **04/18/2005** | | | | | |
| KMK | B130 | A104 | Complete initial analysis of timeline and related issues (2.8); draft memorandum to S. Karol regarding same (0.8); review M. Morris' comments to proposed memorandum (0.2); revise memorandum to S. Karol (0.6); conference at Winn-Dixie with S. Karol and M. Chlebovek and, by telephone, with other counsel and brokers regarding store sale procedures and issues (1.7); telephone conference C. Gibson, D. Heller and B. Walsh (King & Spaulding) regarding documentation issues (0.7); begin review and analysis of documentation issues (0.6) | 7.40 | 3,219.00 |
| **04/19/2005** | | | | | |
| KMK | B130 | A104 | Continue review and analysis of timeline issues and Asset Purchase Agreement template issues (0.3); begin draft of legal | | |

Winn-Dixie Stores, Inc.

DIP Store Sales/Closing

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | documents timeline (0.4); telephone conference K. Hardee regarding timeline (0.1); telephone conference M. Morris regarding timeline and requests for bids (0.3) | 1.10 | 478.50 |
| 04/20/2005 | | | | | |
| KMK | B130 | A104 | Review and comment on proposed form of confidentiality agreement (0.3); review proposed document timeline (0.2); review list of existing Confidentiality Agreements (0.1); telephone conference C. Gibson and D. Heller regarding APA template issues and Confidentiality Agreement issues (0.5); telephone conference M. Morris regarding same (0.1); continue review and analysis of APA issues (0.7); telephone conference S. Karol, King & Spaulding lawyers, M. Chlebovec and representatives of Blackstone and Food Partners regarding same (1.2); review and comment on successive iterations of bid letter and confidentiality agreement (0.8) | 3.90 | 1,696.50 |
| 04/21/2005 | | | | | |
| KMK | B130 | A104 | Review M. Egan e-mails regarding Confidentiality Agreements (0.1); e-mail M. Egan regarding same (0.1); review and comment on latest iteration of bid letter (0.2); e-mail to D. Stanford regarding closing of sale of stores to Food Lion (0.1) e-mail to M. Egan regarding Confidentiality Agreement (0.1); telephone conference M. Chlebovec regarding Asset Purchase Agreement Exhibits and Schedules (0.3) | 0.90 | 391.50 |
| 04/26/2005 | | | | | |
| KMK | B130 | A104 | Telephone conference D. Heller regarding Asset Purchase Agreement issues (1.2); draft revisions to various sections of proposed Asset Purchase Agreement (1.2) | 2.40 | 1,044.00 |
| 04/27/2005 | | | | | |
| KMK | B130 | A104 | Review and revise initial draft of timeline for legal aspects of proposed asset sales (0.8); telephone conference D. Heller (King & Spaulding) and M. Chlebovec regarding | | |

Winn-Dixie Stores, Inc.

DIP Store Sales/Closing

Page: 3
May 18, 2005

| | | | | Account No: | 520966-0000M |
| | | | | Statement No: | 2139 |

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | asset purchase agreement and sales process issues (1.3); review and analysis of due diligence timeline issues (0.3); review Nash Finch comments to confidentiality agreement and e-mail to M. Morris re: same (0.1) | 2.50 | 1,087.50 |
| 04/28/2005 | KMK | B130 | A104 | Review Confidentiality Agreement chart (0.1); e-mail to M. Morris regarding review of comments to Confidentiality Agreements (0.1) | 0.20 | 87.00 |
| 04/29/2005 | KMK | B130 | A104 | Telephone conference D. Heller and J. Kirkland (King & Spaulding) regarding environmental site assessments (0.2); continue review and comment on proposed template for multi-store Asset Purchase Agreement (1.2) | 1.70 | 739.50 |
| 04/30/2005 | KMK | B130 | A104 | Review and comment on King & Spaulding draft of proposed template Asset Purchase Agreement for multi-store sales and related exhibits (3.5) | 3.50 | 1,522.50 |

| | | |
|---|---|---|
| For Current Services Rendered | 25.70 | 11,179.50 |
| Total Current Work | | 11,179.50 |
| Balance Due | | $11,179.50 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 11179.50 | 0.00 |
| B100 | Administration | 11,179.50 | 0.00 |

# KIRSCHNER & LEGLER, P.A.

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Page: 1
June 20, 2005

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Account No:    520966-0000M
Statement No:         2151

DIP Store Sales/Closing

Interim Statement

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **05/02/2005** | | | | | |
| | KMK | B130 | A104 | Further revisions to template form (0.2); transmit template comments to D. Heller (0.1) | 0.30 | 130.50 |
| **05/03/2005** | | | | | |
| | KMK | B130 | A104 | Review and analysis of revised timeline (0.4); telephone conference D. Heller regarding same and regarding Asset Purchase Agreement issues (0.2); telephone conference S. Karol , real estate firms and law firms assisting in asset disposition (1.1) | 1.70 | 739.50 |
| **05/05/2005** | | | | | |
| | KMK | B130 | A104 | Review and comment on proposed Asset Purchase Agreement, Exhibits and Access Agreement (2.5); telephone conference M. Chlebovec regarding equipment lists (0.2); second telephone conference with M. Chlebovec regarding equipment lists (0.1); review Home Depot comments to Confidentiality Agreement (0.2) | 3.00 | 1,305.00 |
| **05/06/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference E. Zimmer regarding Home Depot Confidentiality Agreement issues (0.2); revise Home Depot Confidentiality Agreement (0.2); telephone conference C. Jackson regarding Food Lion sale order issues (0.1) | 0.50 | 217.50 |
| **05/09/2005** | | | | | |
| | KMK | B130 | A104 | Review timeline issues (0.2) | 0.20 | 87.00 |
| **05/11/2005** | | | | | |
| | KMK | B130 | A104 | Review and analysis of Asset Purchase Agreement template issues (0.3); telephone conference D. Heller regarding same (0.3); review executed Home Depot Confidentiality Agreement (0.1) | 0.70 | 304.50 |
| **05/12/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference D. Heller and D. Stanford regarding Asset Purchase Agreement template | | |

Winn-Dixie Stores, Inc.

Page: 2
June 20, 2005
Account No:          520966-0000M
Statement No:               2151

DIP Store Sales/Closing

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | issues (2.9); telephone conference D. Heller and M. Chlebovec regarding closing processes (0.8) | 3.70 | 1,609.50 |
| 05/13/2005 | | | | | |
| KMK | B130 | A104 | Review proposed letter to bidders and form of declaration (0.2) | 0.20 | 87.00 |
| 05/16/2005 | | | | | |
| KMK | B130 | A104 | Review and comment on revised template for Asset Purchase  Agreements and Exhibits (1.1); telephone conference D. Stanford regarding same (0.2); telephone conference D. Heller regarding same (0.4); telephone conference C. Isold regarding same (0.2) | 1.90 | 826.50 |
| 05/17/2005 | | | | | |
| KMK | B130 | A104 | Review revised timeline (0.8); conference at Winn-Dixie with S. Karol and representatives of various professionals to discuss timeline issues (4.2) | 5.00 | 2,175.00 |
| 05/18/2005 | | | | | |
| KMK | B130 | A104 | Review and analysis of revised timeline (1.2); telephone conference S. Karol and working group members regarding same (1.1) | 2.30 | 1,000.50 |
| 05/19/2005 | | | | | |
| KMK | B130 | A104 | Review and comment on new iterations of Asset Purchase Agreement, Exhibits and Access Agreement (0.8); review revised definition of "Permitted Encumbrances" (0.1) | 0.90 | 391.50 |
| 05/23/2005 | | | | | |
| KMK | B130 | A104 | Review and comment on bid invitation letter (0.2); review and respond to comments of S. Karol and C. Ibold on Asset Purchase Agreement template (1.4); review and comment on proposed  bidding procedures (0.3); review list of missing documents (0.1); review revised timelines (0.7); telephone conference D. Bryant regarding included and excluded equipments lists (0.1); e-mail to D. Bryant regarding same (0.1); review proposed action procedures (0.1); telephone conference C. Jackson regarding same (0.1); telephone conference S. Karol, C. Ibold, C. Jackson, D. Heller and B. Walsh regarding Asset Purchase Agreement issues (1.9); review revised form of Asset Purchase Agreement (0.6) | 5.60 | 2,436.00 |
| 05/24/2005 | | | | | |
| KMK | B130 | A104 | Review revised bid letter and declaration (0.4); | | |

Winn-Dixie Stores, Inc.

Account No: 520966-0000M
Statement No: 2151

DIP Store Sales/Closing

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | telephone conference C. Jackson regarding equipment list issues (0.2); review and comment on next iteration of bidding procedures (0.8) | 1.40 | 609.00 |
| 05/25/2005 | | | | | |
| | KMK | B130 | A104 | Review and comment on motion regarding de minimus asset sales (0.5); review and comment on successive iterations of motion regarding generic asset sales (0.4); review revised timeline (1.3); review revised Asset Purchase Agreement (0.9); telephone conference D. Heller regarding same (0.2); review and analysis of timetable issues (0.3); begin review of Creditor Committee comments to APA (0.4); telephone conference M. Barr (Creditors Committee), S. Karol, D. Heller and C. Jackson regarding same (2.4) | 6.40 | 2,784.00 |
| 05/26/2005 | | | | | |
| | KMK | B130 | A104 | Review and analysis of Asset Purchase Agreement and timeline issues (1.1); e-mail to D. Heller regarding "knowledge" definition (0.1); telephone conference C. Jackson re: de minimus sales (0.1); review status of compilation of Excluded Assets and equipment lists (0.2); telephone conference B. Nussbaum, D. Judd, E. Katz and P. Schlaack regarding facility sales (0.8); review and revise termination provisions of proposed Asset Purchase Agreement (0.6); telephone conference M. Barr (Creditors Committee counsel), S. Karol, C. Ibold, C. Jackson, D. Heller and S. Robinson regarding Asset Purchase Agreement revisions (0.6) review additional revisions to Asset Purchase Agreement (0.4) | 3.90 | 1,696.50 |
| 05/27/2005 | | | | | |
| | KMK | B130 | A104 | Review two successive iterations of revised Asset Purchase Agreement (0.6); review and comment on proposed form of Sale Order (0.9); telephone conference D. Bryant regarding equipment lists (0.1); telephone conference M. Morris regarding Asset Purchase Agreement issues (0.3); review sample equipment lists (0.4); review revised, proposed bidding procedures (0.2) | 2.50 | 1,087.50 |
| 05/30/2005 | | | | | |
| | KMK | B130 | A104 | Review single store Asset Purchase Agreement and Exhibits (0.2); telephone conference K. Dawe regarding sales without inventory (0.1) | 0.30 | 130.50 |
| | | | For Current Services Rendered | 40.50 | 17,617.50 |

Winn-Dixie Stores, Inc.

Account No:   520966-0000M
Statement No:   2151

DIP Store Sales/Closing

## Advances

| 05/19/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Office of the U.S. Trustee; 4/19/05 | 8.29 |
|---|---|---|---|---|
| 05/19/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; D.J. Baker, Esq.; 4/19/05 | 6.24 |
| 05/19/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Laurence B. Appel; 4/19/05 | 5.31 |
| 05/19/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; David W. Morse, Esq.; 4/19/05 | 6.24 |
| 05/19/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Sarah Robinson Borders, Esq.; 4/19/05 | 5.70 |
| 05/19/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Matthew Barr, Esq.; 4/19/05 | 6.24 |

Total Advances    38.02

Total Current Work    17,655.52

Previous Balance    $11,179.50

Balance Due    $28,835.02

## Task Code Recapitulation

|       |                    | Fees | Expenses |
|-------|--------------------|------|----------|
| B130  | Asset Disposition  | 17617.50 | 38.02 |
| B100  | Administration     | 17,617.50 | 38.02 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32256

Page: 1
April 18, 2005
Account No:    520958-0000M
Statement No:    2124

Sale of Harahan Distribution Center

Interim Statement

### Fees

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 03/14/2005 | KMK | B130 | A104 | Review pending Facility Purchase Agreement and R. Verlander (Buyer's counsel) comments (1.2); e-mail to E. Davis (Skadden Arps) regarding bankruptcy implications (0.2); telephone conference R. Verlander (counsel to purchaser) regarding same (0.5) | 1.90 | 826.50 |
| 03/15/2005 | KMK | B130 | A104 | Review buyer's previous comment memoranda (0.4); telephone conference R. Verlander (buyer's counsel) to negotiate remaining contract issues (0.6); attention to preparation of Exhibits and Schedules to Facility Purchase Agreement (1.1) | 2.10 | 913.50 |
| 03/16/2005 | KMK | B130 | A104 | Further revisions to Facilities Purchase Agreement (0.7); e-mail to M. Chlebovek regarding potential closing dates (0.1); e-mail to R. Verlander regarding UST closure process (0.1) | 0.90 | 391.50 |
| 03/17/2005 | KMK | B130 | A104 | E-mail to P. Ross regarding environmental closing condition (0.1); review and analysis of UST closure issue (0.8); review and analysis of information for schedules and exhibits (0.9) | 1.80 | 783.00 |
| 03/18/2005 | KMK | B130 | A104 | Revise Facilities Purchase Agreement (2.8); e-mail to R. Verlander (buyer's counsel) regarding Underground Storage Tank closure (0.1) | 2.90 | 1,261.50 |
| 03/21/2005 | KMK | B130 | A104 | Review e-mail from E. Davis (Skadden Arps) regarding Creditor Committee positions on sales contracts (0.3); telephone conference E. Davis regarding same (0.3) | 0.60 | 261.00 |
| 03/24/2005 | KMK | B130 | A104 | Review and analysis of initial creditors committee comments regarding Facility | | |

Winn-Dixie Stores, Inc.

Page: 2
April 18, 2005
Account No:    520958-0000M
Statement No:         2124

Sale of Harahan Distribution Center

| Date | | | | Description | Hours | |
|------|---|---|---|-------------|-------|--|
| | | | | Purchase Agreement (0.9) | 0.90 | 391.50 |
| 03/29/2005 | KMK | B130 | A104 | Telephone conference E. Davis regarding Harahan warehouse (0.3) | 0.30 | 130.50 |
| 03/30/2005 | KMK | B130 | A104 | E-mail to R. Besse and K. Daw regarding Creditor Committee comments to Harahan contract (0.3) | 0.30 | 130.50 |
| 03/31/2005 | KMK | B130 | A104 | E-mail to R. Besse regarding Harahan contract bankruptcy provisions (0.2) | 0.20 | 87.00 |
| | | | | For Current Services Rendered | 11.90 | 5,176.50 |
| | | | | Total Current Work | | 5,176.50 |
| | | | | Previous Balance | | $6,364.00 |

Payments

| | | |
|--|--|--|
| 02/14/2005 | Fee payment received, thank you. | -6,364.00 |
| | Balance Due | $5,176.50 |

Task Code Recapitulation

| | | Fees | Expenses |
|--|--|------|----------|
| B130 | Asset Disposition | 5176.50 | 0.00 |
| B100 | Administration | 5,176.50 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville  FL  32254

Page: 1
May 18, 2005
Account No:    520968-0000M
Statement No:             2141

Sale of Harahan Distribution Center

Interim Statement

### Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **04/04/2005** |  |  |  |  |  |
| KMK | B130 | A104 | Telephone conference E. Davis (Skadden Arps) regarding creditor committee issues and required approvals for sale of Harahan facility (0.3) | 0.30 | 130.50 |
| **04/07/2005** |  |  |  |  |  |
| KMK | B130 | A104 | Review open issues relating to Creditor Committee approval of Harahan Asset Purchase Agreement (0.6); telephone conference E. David (Skadden Arps) regarding same (0.5); e-mail to R. Verlander (buyer's counsel) regarding same (0.1) | 1.20 | 522.00 |
| **04/08/2005** |  |  |  |  |  |
| KMK | B130 | A104 | Revise Facility Purchase Agreement to reflect bankruptcy issues (1.7) | 1.70 | 739.50 |
| **04/13/2005** |  |  |  |  |  |
| KMK | B130 | A104 | E-mail to R. Besse regarding status (0.1) | 0.10 | 43.50 |
| **04/14/2005** |  |  |  |  |  |
| KMK | B130 | A104 | Telephone conference E. Davis regarding provisions to Facility Purchase Agreement (1.1); begin additional revisions to same (0.2) | 1.30 | 565.50 |
| **04/15/2005** |  |  |  |  |  |
| KMK | B130 | A104 | Complete revisions to Facility Purchase Agreement (1.6); transmit to buyer's counsel (0.1) | 1.70 | 739.50 |
| **04/22/2005** |  |  |  |  |  |
| KMK | B130 | A104 | E-mail to R. Verlander (Baumer's counsel) regarding status of Facility Purchase |  |  |

Winn-Dixie Stores, Inc.

Account No:    520968-0000M
Statement No:              2141

Sale of Harahan Distribution Center

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Agreement (0.1) | 0.10 | 43.50 |
| 04/26/2005 | | | | | |
| | KMK | B130 A104 | Review and analysis of buyer's comments to proposed Facility Purchase Agreement (0.8); e-mail to S. Karol, R. Besse and E. Davis regarding same (0.2); e-mail to E. Katz regarding same (0.1) | 1.10 | 478.50 |
| 04/27/2005 | | | | | |
| | KMK | B130 A104 | Telephone conference K. LaMaina regarding Facility Purchase Agreement issues (0.3); review and analysis of proposed contract terms (0.3); review and analysis of issues relating to Exhibits and Schedules (0.6); review of P. Ross e-mail regarding UST closure status (0.1); telephone conference P. Windham and K. Dawes regarding contract issues (0.3) | 1.60 | 696.00 |
| 04/28/2005 | | | | | |
| | KMK | B130 A104 | Telephone conference M. Chlebovec regarding Harahan/Baumer contract issues (0.2); telephone conference K. LaMaina (Skadden Arps) regarding same (0.1); telephone conference E. Davis regarding same (0.3) | 0.60 | 261.00 |
| 04/29/2005 | | | | | |
| | KMK | B130 A104 | Continue revisions to Facility Purchase Agreement (0.5) | 0.50 | 217.50 |
| 04/30/2005 | | | | | |
| | KMK | B130 A104 | Complete revisions to Facility Purchase Agreement (0.9); e-mail to R. Verlander (Buyer's counsel) regarding same (0.9); review related Exhibits (0.2) | 2.00 | 870.00 |
| | | | For Current Services Rendered | 12.20 | 5,307.00 |
| | | | Total Current Work | | 5,307.00 |
| | | | Balance Due | | $5,307.00 |

Winn-Dixie Stores, Inc.

|  | | May 18, 2005 |
| --- | --- | --- |
| | Account No: | 520968-0000M |
| | Statement No: | 2141 |

Sale of Harahan Distribution Center

## Task Code Recapitulation

|  |  | Fees | Expenses |
| --- | --- | --- | --- |
| B130 | Asset Disposition | 5307.00 | 0.00 |
| B100 | Administration | 5,307.00 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

<table>
<tr><td rowspan="4">Winn-Dixie Stores, Inc.<br>c/o Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville FL 32254</td><td align="center">BILLING STATEMENT</td><td align="right">Page: 1<br>June 20, 2005</td></tr>
<tr><td></td><td>Account No:   520968-0000M</td></tr>
<tr><td></td><td>Statement No:         2154</td></tr>
</table>

Sale of Harahan Distribution Center

Interim Statement

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **05/04/2005** | | | | | |
| | KMK | B130 | A104 | Review Facility Purchase Agreement issues (0.2); telephone conference C. Jackson (Smith Hulsey) regarding same (0.2) | 0.40      174.00 |
| **05/05/2005** | | | | | |
| | KMK | B130 | A104 | Review Harahan contract issues (0.1); telephone conference T. Sleeth (Smith Hulsey) regarding environmental issues (0.4) | 0.50      217.50 |
| **05/09/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference M. Chlebovec regarding status (0.1); telephone conference C. Jackson regarding hearing dates (0.1); telephone conference R. Verlander (Buyer's counsel) regarding open issues (0.5) | 0.70      304.50 |
| **05/10/2005** | | | | | |
| | KMK | B130 | A104 | Review and analysis of environmental issues (1.0); e-mail to S. Karol regarding same and regarding contract status (0.3) | 1.30      565.50 |
| **05/11/2005** | | | | | |
| | KMK | B130 | A104 | Review T. Sleeth e-mail regarding environmental issues (0.1); additional review and analysis of same (0.2); telephone conference T. Sleeth regarding same (0.3); telephone conference E. Davis regarding creditor committee potential objections and approval process (0.3) | 0.90      391.50 |
| **05/12/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference M. Chlebovec regarding open contract issues (0.2) | 0.20      87.00 |
| **05/13/2005** | | | | | |
| | KMK | B130 | A104 | Review and analysis of Buyer's proposed finance condition (0.2); e-mail to R. Verlander (Buyer's counsel) regarding same (0.1); revise Facility Purchase Agreement (1.2); e-mail to J. Post (Smith | |

Winn-Dixie Stores, Inc.

Page: 2
June 20, 2005
Account No:        520968-0000M
Statement No:        2154

Sale of Harahan Distribution Center

|  |  |  | | Hours | |
|---|---|---|---|---|---|
| | | | Hulsey) regarding survival of indemnities (0.1); review e-mail from buyer regarding use of financing proceeds (0.1); review and comment on Motion for Approval of Sale of Harahan facility (0.9) | 2.60 | 1,131.00 |
| 05/16/2005 KMK | B130 | A104 | Review and respond to K. LaMaina (Skadden Arps) questions regarding comments to proposed Motion (0.2); review and comment on revised Motion (0.6); review and comment on proposed Order (0.6); review and analysis of timing issues under Facility Purchase Agreement (0.3); review and analysis of signing issues (0.2) | 1.90 | 826.50 |
| 05/17/2005 KMK | B130 | A104 | Review Buyer's comments to Act of Sale revisions (0.2); telephone conference D. Stanford regarding same (0.1) | 0.30 | 130.50 |
| 05/18/2005 KMK | B130 | A104 | Telephone conference E. Davis regarding status (0.1) | 0.10 | 43.50 |
| 05/19/2005 KMK | B130 | A104 | E-mail to S. Karol regarding status (0.1) | 0.10 | 43.50 |
| 05/23/2005 KMK | B130 | A104 | Review and analysis of Title warranty issues (0.2); e-mail o C. Ibold and P. Wyndham regarding same (0.1) | 0.30 | 130.50 |
| 05/24/2005 KMK | B130 | A104 | Review revised form of Facility Purchase Agreement and Act of Sale (0.3) | 0.30 | 130.50 |
| 05/25/2005 KMK | B130 | A104 | Voice-mail from E. Davis regarding Harahan title warranty (0.1); review and analysis of contract issues (0.3) | 0.40 | 174.00 |
| 05/26/2005 KMK | B130 | A104 | E-mail to R. Verlander (Buyer's counsel) regarding Act of Sale issues (0.2); telephone conference R. Verlander regarding same (0.5); telephone conference D. Stanford regarding same (0.2); telephone conference K. LaMaina (Skadden Arps) regarding same (0.1) | 1.00 | 435.00 |
| 05/27/2005 KMK | B130 | A104 | Review e-mail from R. Verlander regarding Act of | | |

Winn-Dixie Stores, Inc.

Sale of Harahan Distribution Center

|  | Hours |  |
|---|---|---|
| Sale and Sale Order issues (0.1) | 0.10 | 43.50 |
| For Current Services Rendered | 11.10 | 4,828.50 |
| Total Current Work |  | 4,828.50 |
| Previous Balance |  | $5,307.00 |
| Balance Due |  | $10,135.50 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 4828.50 | 0.00 |
| B100 | Administration | 4,828.50 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

# BILLING STATEMENT

|  |  |
|---|---|
| | Page: 1 |
| Winn-Dixie Stores, Inc. | April 18, 2005 |
| c/o Laurence B. Appel | Account No:   520959-0000M |
| 5050 Edgewood Court | Statement No:   2125 |
| Jacksonville FL 32256 | |

Schreiber Dispute

Interim Statement

## Fees

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 03/14/2005 | KMK | B130 | A104 | Telephone conference J. Castle, J. Krumholz, D. Judd, and E. Rainwater regarding facts surrounding entry into patent settlement (0.6); telephone conference K. Hanson (Leboeuf Lamb) regarding access to Schreiber files (0.2) | 0.80 | 348.00 |
| 03/16/2005 | KMK | B130 | A104 | Review and analysis of Kirschner & Legler files relating to patent settlement (1.1); review and analysis of Leboeuf Lamb files regarding patent settlement (1.9) | 3.00 | 1,305.00 |
| 03/17/2005 | KMK | B130 | A104 | Continue review and analysis of Kirschner & Legler files and documents to ascertain information relevant to patent settlement dispute (1.3) | 1.30 | 565.50 |
| 03/22/2005 | KMK | B130 | A104 | Review Schreiber's First Set of Interrogatories and Document Requests (0.3); continue review of files for documents and information potentially relevant to the Interrogatories and Documents Request (1.1); telephone conference J. Krumholz regarding same (0.2) | 1.60 | 696.00 |
| 03/23/2005 | KMK | B130 | A104 | Continue review and analysis of Schreiber document files (2.3) | 2.30 | 1,000.50 |
| 03/24/2005 | KMK | B130 | A104 | Continue review and analysis of additional documents from transaction files (0.6) | 0.60 | 261.00 |
| 03/25/2005 | KMK | B130 | A104 | Telephone conference J. Castle regarding results of analysis of files (0.2) | 0.20 | 87.00 |
| 03/28/2005 | KMK | B130 | A104 | Review and analysis of patent dispute time-line (0.2); review and analysis of original patent dispute settlement discussions (0.4); telephone conference J. Krumholz (patent counsel) regarding same (0.8) | 1.40 | 609.00 |

Winn-Dixie Stores, Inc.

Schreiber Dispute

Page: 2
April 18, 2005
Account No:    520959-0000M
Statement No:    2125

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 11.20 | 4,872.00 |
| Total Current Work |  | 4,872.00 |
| Balance Due |  | $4,872.00 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 4872.00 | 0.00 |
| B100 | Administration | 4,872.00 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
May 18, 2005
Account No:      520967-0000M
Statement No:              2140

Schreiber Dispute

Interim Statement

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/01/2005 | | | | | |
| KMK | B130 | A104 | Telephone conference J. Castle, J. Kromholz and R. McCook regarding history of transaction (1.2) | 1.20 | 522.00 |
| 04/04/2005 | | | | | |
| KMK | B130 | A104 | Review Schreiber settlement offer made in March 2002 (0.2); review and analysis of files with respect to possible related documents (0.3); telephone conference J. Castle re: same (0.2) | 0.70 | 304.50 |
| 04/12/2005 | | | | | |
| KMK | B130 | A104 | Review and comment on proposed Responses to Interrogatories and Document Request (0.3) | 0.30 | 130.50 |
| 04/28/2005 | | | | | |
| KMK | B130 | A104 | Review J. Krumholz updates on suit issues (0.2) | 0.20 | 87.00 |
| | | | For Current Services Rendered | 2.40 | 1,044.00 |

### Advances

| | | | | | |
|---|---|---|---|---|---|
| 04/26/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Joshua C. Krumholz, Esq.; 3/25/05 | | 15.26 |
| | | | Total Advances | | 15.26 |
| | | | Total Current Work | | 1,059.26 |
| | | | Balance Due | | $1,059.26 |

Winn-Dixie Stores, Inc.

Schreiber Dispute

Page: 2
May 18, 2005
Account No:    520967-0000M
Statement No:    2140

Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 1044.00 | 15.26 |
| B100 | Administration | 1,044.00 | 15.26 |

# KIRSCHNER & LEGLER, P.A.

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

**BILLING STATEMENT**

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
June 20, 2005
Account No:    520967-0000M
Statement No:    2153

Schreiber Dispute

Interim Statement

### Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **05/05/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference E. Caramello regarding document production issues (0.3); review documents transmitted by E. Caramello (0.3); second telephone conference E. Caramello (0.2) | 0.80 | 348.00 |
| **05/10/2005** | | | | | |
| | KMK | B130 | A104 | Review documents e-mailed by E. Caramello (0.2); telephone conference E. Caramello regarding discovery requirements (0.1) | 0.30 | 130.50 |
| **05/11/2005** | | | | | |
| | KMK | B130 | A104 | Review LeBoeuf Lamb files for documents responsive to discovery demand (1.7) | 1.70 | 739.50 |
| **05/12/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference E. Caramello regarding additional documents found (0.1) | 0.10 | 43.50 |
| **05/16/2005** | | | | | |
| | KMK | B130 | A104 | Telephone conference C. Portier regarding search for documents (0.2); review additional documents provided by C. Portier (0.3); e-mail to E. Caramello regarding same (0.2) | 0.70 | 304.50 |
| **05/27/2005** | | | | | |
| | KMK | B130 | A104 | Review Schreiber's responses to Winn Dixie's interrogatories, document requests and requests to admit (0.7) | 0.70 | 304.50 |

| | | Hours | |
|---|---|---|---|
| For Current Services Rendered | | 4.30 | 1,870.50 |
| Total Current Work | | | 1,870.50 |
| Previous Balance | | | $1,059.26 |
| Balance Due | | | $2,929.76 |

Winn-Dixie Stores, Inc.

Schreiber Dispute

Page: 2
June 20, 2005
Account No:     520967-0000M
Statement No:            2153

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 1870.50 | 0.00 |
| B100 | Administration | 1,870.50 | 0.00 |

## Schedule B

| Name | Years experience | Hours | Rate | Amount |
|---|---|---|---|---|
| **Shareholders:** | | | | |
| Kenneth M. Kirschner | 37 | 214.4 | 435.00 | $ 93,264.00 |
| **Total Fees** | | | | $ 93,264.00 |

## Schedule C

| Expenses | | Total Amount |
|---|---|---|
| Express Mail | | 122.02 |
| Messenger Services | | 8.24 |
| | Total | $ 130.26 |

## Certificate of Service

I certify that a copy of this document was furnished by mail and/or electronically to the Elena L. Escamilla, Assistant U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Jonathan N. Helfat, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, and Laurence B. Appel, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699, this _20th_ day of July, 2005.

Attorney

00502353