UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### PMT PARTNERS V, LLC's LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACT AND (C) GRANTING RELATED RELIEF

COMES NOW, PMT Partners V, LLC ("PMT"), landlord of Store Number 2101, and files this Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contract and (c) Granting Related Relief (the "Motion").

1. Exhibit "F" ("Schedules of Cure Amounts") to the Motion sets forth "N/A" as Debtors' "Obligation" and "$0.00" as the cure amount for Store Number 2101. PMT objects on the basis that Debtors are past-due in paying the Common Area Maintenance Expenses ("CAM Charges") and water charges in the amount of $20,762.69, as set forth in the invoices attached as Exhibit A. Such obligations accrued and became payable post-petition under the lease associated with Store Number 2101. (PMT files this limited objection to preserve its rights with respect to the Motion. PMT has filed a notice of past-due "Postpetition Rental Obligations" with Debtor's counsel and Creditors' Committee's counsel pursuant to ¶ 4 of the Court's May 6, 2005 Order Under 11 U.S.C. § 365(d)(4) Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property.)

2. Under 11 U.S.C. § 365, Debtors cannot assume and assign the lease associated with Store Number 2101 without first curing any defaults and providing adequate assurance of future performance by the new tenant. Therefore, unless and until Debtors, pursuant to 11 U.S.C. § 365(d)(3), **immediately** cure the past-due amount of $20,762.69 for unpaid post-petition lease obligations; remain current on their obligations to PMT through the date of any proposed assumption and assignment; and provide adequate assurance of future performance by the proposed new lessee, PMT objects to Debtors' plans to assume and assign the lease associated with Store Number 2101.

WHEREFORE, PREMISES CONSIDERED, PMT respectfully requests that the Court enter an Order that Debtors cannot assume and assign Store Number 2101, unless and until Debtors cure all unpaid post-petition lease obligations associated with Store Number 2101, including the $20.762.69 describe above.

THOMPSON & KNIGHT LLP

By /s/ Matthew R. Reed
John S. Brannon
Texas Bar No. 02895500
Matthew R. Reed
Texas Bar No. 24046693
333 Clay Street, Suite 3300
Houston, Texas 77002
(713) 654-8111
(713) 654-1871 (facsimile)

Co-Counsel for PMT Partners V, LLC

COHEN & THURSTON, P.A.

By: /s/ Janet H. Thurston
Fla. Bar No: 336981
Janet H. Thurston
1723 Blanding Blvd., Suite 102
Jacksonville, FL 32210
904/388-6500
Fax 904/387-4192
cohenthurston@cs.com

Co-Counsel for PMT Partners V, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon the following parties via certified mail, return receipt requested, and e-mail on this 20th day of July, 2005:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
e-mail: djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
e-mail: cjackson@smithhulsey.com

ATTORNEYS FOR DEBTORS
WINN-DIXIE STORES, INC., et al.

/s/ Janet H. Thurston
Attorney

**PMT Partners V, LLC.**
c/o Bell Moore Group, Inc.
5200 Park Road Suite 120
Charlotte, NC 28209
(704) 529-6720

July 12, 2005

Winn Dixie #2101
Real Estate Department
Attn: Carol Canady
P.O. Box 1760
Garner, NC 27529

Day Due:        1
Delq Day:
Last Payment:   34,800.86
Payment Date:   7/12/2005

Re: Lease YORK-000119 at PMT Partners V, LLC.

Dear Real Estate Department:

We are writing to inform you that your account is currently past due. Our records show that as of the above date the following items are outstanding:

| Date | Description | Charges | Payments | Balance Due |
|---|---|---|---|---|
| 4/1/2005 | CAM  AUTOCHRG @T4/30/2005 @R | 5,831.49 | 4,734.19 | 1,097.30 |
| 4/1/2005 | PYR  2004 Reconciliation *CAM* | 13,761.53 | 0.00 | 13,761.53 |
| 4/1/2005 | PYR  2004 Reconciliation *Util* | 2,611.96 | 0.00 | 2,611.96 |
| 5/1/2005 | CAM  AUTOCHRG @T5/31/2005 | 5,831.49 | 4,734.19 | 1,097.30 |
| 6/1/2005 | CAM  AUTOCHRG @T6/30/2005 | 5,831.49 | 4,734.19 | 1,097.30 |
| 7/1/2005 | CAM  AUTOCHRG @T7/31/2005 | 5,831.49 | 4,734.19 | 1,097.30 |
|   |   |   | **Total Due** | **20,762.69** |

We would appreciate your prompt attention to this matter. If you have any questions, please call our office at the above number.

Sincerely,



EXHIBIT A



# Bell Moore
GROUP, INC.

York Ridge - PMT Partners
c/o Bell Moore Group

Winn Dixie #2101
Real Estate Department
P.O Box 1760
Garner, NC 27529

March 30, 2005

Re:  York Ridge Shopping Center - Charlotte, NC
     2004 Water Reconciliation

Dear Tenant:

The following is the break down of your Water Reconciliation for 2004. You have a balance due in the amount of $2,611.96. Please remit payment for this amount.

|  | Expenses |  |
|---|---:|---|
| Water | $ 8,728.73 | |
| Less Small Shops Billed | (6,116.77) | |
| Amount Due | $ 2,611.96 | *Please forward payment for this amount.* |

Please call if you have any questions.

Sincerely,

Julie A. Bennett
Controller

The Art
of Creating
Value

5200 Park Road
Suite 120
Charlotte, NC 28209
704.529.6720
704.529.6198 Fax
www.BellMooreGroup.com

Commercial Management
Brokerage
Consulting



# Bell Moore
GROUP, INC.

York Ridge - PMT Partners
c/o Bell Moore Group

Winn Dixie #2101
Real Estate Department
P.O Box 8000
Clayton, NC 27520

March 23, 2005

Re:  York Ridge Shopping Center - Charlotte, NC
     2004 CAM, Tax and Insurance Reconciliation

Dear Tenant:

The following is the break down of your CAM, Tax and Insurance Reconciliation for 2004. Also, included is your new monthly Rent effective April 1, 2005. You have a balance due in the amount of $13,761.53. Please remit payment for this amount.

|                  | Expenses       |
|------------------|----------------|
| CAM              | $ 102,984.40   |
| Tax              | 92,355.65      |
| Insurance        | 6,578.00       |
| Total            | 201,918.05     |
| Sq Ft Prorata %  | 67.95%         |
| Prorata Share    | $ 137,203.31   |
| Less Billed      | (123,441.78)   |
| Amount Due       | $ 13,761.53    | *Please forward payment for this amount.*

As per your lease, your CAM charges are based on Annual Reconciliation. Effective April 1, 2005 your new monthly charges are as follows:

| Base Rent         | $ 30,066.67 |
| CAM               | 5831.49     |
| Property Tax      |             |
| Insurance         |             |
| Total Monthly Rent| $ 35,898.16 | *Please begin paying your monthly rent at this amount.*

Please call if you have any questions.

Sincerely,

Julie A. Bennett
Controller

*The Art of Creating Value*

5200 Park Road
Suite 120
Charlotte, NC 28209
704.529.6720
704.529.6198 Fax
www.BellMooreGroup.com

Commercial Management
Brokerage
Consulting