UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    WINN-DIXIE STORES, INC.,                     Case No. 05-03817-JAF
                                                                 Chapter 11

        Debtor.
_____/

### EMMANUEL, SHEPPARD AND CONDON P.A.'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FOR AND ON BEHALF OF PATRICK G. EMMANUEL, JR.

TO:    Adam Ravin                                              Cynthia C. Jackson
        Skadden, Arps, Slate, Meagher & Flom, LLP       Smith, Hulsey & Busey
        Four Times Square                               225 Water Street, Ste. 1800
        New York, NY 10036                           Jacksonville, FL 32201
        Attorney for Debtor                            Attorney for Debtor

        Elana L. Escamilla
        135 W. Central Blvd., Ste. 620
        Orlando, FL 32806
        Trustee

        Dennis F. Dunne                                  John B. McDonald
        Milbank, Tweed, Hadley                       Akerman Senterfitt
        1 Chase Manhattan Plaza                    50 N. Laura Street, Ste 2500
        New York, NY 10005                           Jacksonville, FL 32202
        Attorney for Official Committee of Unsecured
        Creditors

        **PLEASE TAKE NOTICE** that Sally Bussell Fox, Esquire hereby enters her appearance as counsel of record for Patrick G. Emmanuel, Jr., a creditor in the above-referenced matter. In accordance with Bankruptcy Rule 9011(b) and 2002, it is requested that copies of any and all further papers or documents of any kind or nature filed in this proceedings, whether by the Court, the Debtor, or any other party, be serviced upon said counsel. Additionally, it is respectfully requested that pursuant to Rule 9011(b) and Rule 2002 the following be added to the Court's

mailing matrix:

>SALLY BUSSELL FOX, Esquire
>Emmanuel, Sheppard, and Condon P.A.
>30 South Spring Street
>Pensacola, FL  32502
>(850) 433-6581

>EMMANUEL, SHEPPARD, AND CONDON PA
>
>By: *Sally Fox*
>SALLY BUSSELL FOX, ESQUIRE
>Florida Bar #379360
>30 South Spring Street
>Pensacola, FL  32502
>(850) 433-6581
>Attorney for Patrick G. Emmanuel, Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic mail on this 19th day of July, 2005, to the afore-mentioned parties.

>EMMANUEL, SHEPPARD, AND CONDON PA
>
>By: *Sally Fox*
>SALLY BUSSELL FOX, ESQUIRE
>Florida Bar #379360
>30 South Spring Street
>Pensacola, FL  32502
>(850) 433-6581
>Attorney for Patrick G. Emmanuel, Jr.