UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AMENDED CERTIFICATE OF SERVICE REGARDING WAH HONG GO'S MOTION FOR RELIEF FROM STAY AND FOR LEAVE TO FILE A PROOF OF CLAIM AFTER THE ENTRY OF JUDGMENT ON STATE AND FEDERAL CIVIL RIGHTS CLAIMS**

I hereby certify that in addition to the list and method of service indicated in "Wah Hong Go's Motion for Relief from Stay…" (hereafter "the motion")(Docket Entry 1524), service of the motion and this Amended Certificate were served by U.S. Mail, postage pre-paid upon the following:

Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32201

John B. McDonald
Akerman Senterfitt
50 N. Laura Street
Jacksonville, FL 32201
Counsel for the Creditor's Committee

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32806
Counsel for the U.S. Trustee's Office

and all parties in interest via CM/ECF electronic mail this 20th day of July, 2005.

By:   /s/ Anthony F. Sanchez
ANTHONY F. SANCHEZ
Florida Bar No. 0789925