UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE ON BEHALF OF FLORIDA TAX COLLECTORS

The undersigned, Brian T. FitzGerald, Senior Assistant County Attorney with the Hillsborough County Attorney's Office, pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, hereby gives notice of his appearance as counsel in this proceeding for the Tax Collectors for the following Florida counties: Alachua, Brevard, Broward, Citrus, Collier, Duval, Hillsborough, Lake, Lee, Manatee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Sarasota, Seminole, St. Lucie, and Volusia, hereinafter collectively referred to as Florida Tax Collectors. The names and addresses of the Florida Tax Collectors are attached hereto as Exhibit "A". The undersigned further requests that he be placed on the mailing matrix and thereafter receive copies of all notices, orders, and other pleadings which are served on all creditors.

Respectfully submitted,

Florida Tax Collectors

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance on Behalf of Florida Tax Collectors* has been furnished by *Notice of Electronic Filing* this 20 day of July, 2005 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); and John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com).

Brian T. FitzGerald, Esq.