UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*,) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |
| Debtors. ) | |
| ) | |
| _____ ) | |

**VERIFIED STATEMENT OF CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019**

The undersigned, Brian T. FitzGerald, Senior Assistant County Attorney with the Hillsborough County Attorney's Office, files this Verified Statement of Creditor Representation pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, and states:

1. The undersigned represents numerous Tax Collectors within the state of Florida. The names and addresses of the Florida Tax Collectors so represented are attached hereto as Exhibit "A" and incorporated herein by reference.

2. The Florida Tax Collectors are responsible for collecting ad valorem taxes assessed against both real estate and tangible personal property within the state of Florida. The Debtors maintain stores, warehouses, and offices throughout the state, and the real estate and tangible personal property assessed includes both owned property and property that is leased by the Debtors.

3. The Florida Tax Collectors have claims for pre-petition ad valorem taxes for real estate and tangible personal property arising from the Debtors' stores, warehouses and offices within the state of Florida. The amount of taxes for which the individual Florida Tax Collectors have claims varies based on the number of stores operating in each County, and the value of the real estate and tangible personal property in each County.

4.     The undersigned has represented and continues to represent the Florida Tax Collectors in these matters.

5.     The undersigned has no claims against or interest in the Debtors, nor has the undersigned at any time held any such claim or owned any such interest.

## VERIFICATION

I, Brian T. FitzGerald, do hereby declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

Dated this 20 day of July, 2005.

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Verified State of Creditor Representation Pursuant to Bankruptcy Rule 2019* has been furnished by *Notice of Electronic Filing* this 20 day of July, 2005 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed

Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); and John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com).

Brian T. FitzGerald, Esq.