**EXHIBIT B**

| SERVICER | STORE NO. | PROPERTY ADDRESS | LANDLORD |
|---|---|---|---|
| CWCapital | 181 | 714 4TH Street<br>Adel, Georgia | Mr. Fred Bentley, Sr. |
| ORIX / CWCapital | 332 | 4645-B Gun Club Road<br>West Palm Beach, Florida | GHI of West Palm Beach, LLC |
| CMSLP | 360 | 23072 Sandalfoot Plaza Drive<br>Boca Raton, Florida | Four Florida Shopping Centers L.P. |
| CMSLP | 404 | 2010 US Highway 280<br>Phenix City, Alabama | Newton Oldacre McDonald |
| CWCapital | 417 | 5201 Highway 280, South<br>Birmingham, Alabama | Developers Diversified Realty Corp. |
| CMSLP | 423 | 1225 Franklin<br>Troy, Alabama | Troy Marketplace LLC |
| CMSLP | 450 | 511 East Cummings Avenue<br>Opp, Alabama | Alvin B. Chan Family, LP |
| CMSLP | 573 | 3501 Denny Avenue<br>Pascagoula, Mississippi | Pascagoula Properties, Ltd. |
| CMSLP | 594 | 710 Academy Drive<br>Bessemer, Alabama | 59 West Partners, Ltd. |
| ORIX | 734 | 3236 Lithia Pinecrest Road<br>Valrico, Florida | Royal Oaks Brandon, L.P. & Ocala Blockbuster Partners |
| CMSLP | 851 | 6024 Falls of Neuse Road<br>Raleigh, North Carolina | CPG Finance I, LLC |
| ORIX | 915 | 2000 Avondale Drive<br>Durham, North Carolina | Club Boulevard Investors, L.P. |
| ORIX | 1076 | 1481 Chestnut Drive<br>Orangeburg, South Carolina | Dixieland SC, LLC |

| SERVICER | STORE NO. | PROPERTY ADDRESS | LANDLORD |
|---|---|---|---|
| CWCapital | 1305 | 2526 Robinson Road<br>Jackson, Mississippi | Westland Plaza Associates, L.P. |
| CWCapital | 1585 | 5355 Government Street<br>Baton Rouge, Louisiana | IPF/Heights L.P. |
| CWCapital | 1826 | 1850 North Columbia Street<br>Milledgeville, Georgia | L.P.I. Milledgeville, Inc. |
| CWCapital | 1860 | 2518 Cleveland Highway<br>Dalton, Georgia | N.K.C. Properties |
| ORIX | 2008 | 818 East Arrowood Road<br>Charlotte, North Carolina | Edens & Avant Financing L.P. |
| ORIX | 2029 | 1650 East BRD Street<br>Statesville, North Carolina | Broad Street Station Shopping Center, LLC |
| CWCapital | 2061 | 2727 South Church Street<br>Burlington, North Carolina | Burlington Associates L.P. |
| ORIX / CWCapital | 2062 | 1020 Mebane Oak Road<br>Mebane, North Carolina | WCL Five, LLC |
| ORIX | 2063 | 2557 West Franklin Avenue<br>Gastonia, North Carolina | Lake Mary, L.P. |
| CMSLP | 2073 | 640 South Vanburen Road, Suite W<br>Eden, North Carolina | Eden Meadow Greens Associates L.P. |
| ORIX | 2095 | 111 Independence Blvd.<br>Morganton, North Carolina | Independence Crossing, LLC |
| CWCapital | 2180 | 2025 Morganton Blvd.<br>Lenoir, North Carolina | Lenoir Partners, LLC |
| CMSLP | 2663 | 1270-39 Wickham Road<br>Melbourne, Florida | C. & A. Ltd., LLC |
| CWCapital | 2705 | 8777 Tara Blvd.<br>Jonesboro, Georgia | Wilmington Trust Company, William Jade, et al. |
| CWCapital | 2710 | 2300 Salem Road<br>Conyers, Georgia | Southland Investors, L.P. |