**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

FILED
JACKSONVILLE, FLORIDA
JUL 20 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:

**Winn-Dixie Stores, Inc., et al.,**

Debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens

Winn-Dixie Stores, Inc. ("Winn-Dixie") has filed a motion (Pacer # 1963) to sell its pharmaceutical inventory free and clear of liens from its Targeted Stores. Several Targeted Stores are located in DeKalb County, Georgia. Tom Scott, Tax Commissioner of DeKalb County, Georgia ("DeKalb County"), objects to any proposed Order allowing the sale of these assets without including the requirement that DeKalb County be paid in full from the proceeds of the sale. DeKalb County has a secured lien on Winn-Dixie's DeKalb County assets for Winn-Dixie's 2005 personal property *ad valorem* taxes. DeKalb County has timely filed a proof of claim for $108,429.04 for this debt.

Winn-Dixie operates grocery stores in DeKalb County, and DeKalb County assesses the inventory and other assets of these stores for personal

property *ad valorem* taxes. These taxes were assessed in accordance with Official Code of Georgia Title 48, Chapter 5, Article 1, *et sequentes*.

"Each return by a taxpayer shall be for property held and subject to taxation on January 1 next preceding each return."[1]  "All property shall be returned for taxation at its fair market value except as otherwise provided in this chapter."[2] The taxable value of the property was its fair market value on January 1, 2005. Georgia *ad valorem* taxes are a lien on the property from the time of assessment (January 1), and the lien continues until such taxes are paid.[3] Nothing further is required to perfect DeKalb County's lien.[4]

In the *Matter of Donald Leon Price*,[5] the Honorable Paul Bonapfel explained the priority and secured status of real property *ad valorem* tax liens, which is parallel to that of personal property *ad valorem* tax liens. Judge Bonapfel confirmed in *Price* that *ad valorem* tax liens attach to the owner's property in the county, and that the tax lien is superior to prior security deeds:

> Real property in Georgia is subject to ad valorem taxes. Annual taxes are assessed against the owner of the property if

---

[1] O.C.G.A. § 48-5-10.
[2] O.C.G.A. § 48-5-6.
[3] O.C.G.A. § 48-2-56 (d)(1).
[4] *See McTyre Grading & Pipe, Inc. v. J.M. Tull Metals*, 193 B.R. 983 (Bankr. N.D. Ga. 1996).
[5] *In the Matter of: Donald Leon Price*, Case Number A02-93984-PWB, *Donald Leon Price v. Foxworthy, Inc. and Citifinancial Mortgage Company f/k/a Associate Home Equity Services, Inc. f/k/a Ford Consumer Finance*, Adversary Proceeding No. 02-9410 (U.S.B.C. N.D.GA. filed April 10, 2002), in an order dated October 6, 2004, p 2.

known, or if the owner is not known, against the property in rem. O.C.G.A. § 45-5-9. An ad valorem tax becomes a lien on the real estate as of January 1, and the lien attaches not only to the real property, but to all property of the taxpayer. A tax lien is superior to prior security deeds.[6]

Similarly, the personal property tax liens attach to all of the Winn-Dixie's DeKalb County property as of January 1, of the pertinent tax year, and this tax lien is superior to prior security deeds.

Winn-Dixie's personal property located in DeKalb County was assessed on January 1, 2005, and liens on Winn-Dixie's property have been held by DeKalb County since these dates. The store locations are the following:

| Store No. | Street Address | City |
| --- | --- | --- |
| 2702 | 4100 Redan Road | Stone Mountain |
| 2718 | 5528 Peachtree Ind. Blvd. | Chamblee |
| 2723 | 5755 (5749) Rockbridge Road | Stone Mountain |
| 2725 | 2849 Candler Road | Decatur |
| 2731 | 1496 Church Street | Decatur |
| 2738 | 3590 Panola Road | Lithonia |
| 2742 | 8000 Rockbridge Road | Lithonia |

DeKalb County has filed a proof of claim regarding these liens.

Winn-Dixie is mistaken when it represented to the Court that "The Debtors believe that there are no interests in or claims against the Assets,

---

[6] *Id.*, p 2.

other than those of the DIP Lender."[7] DeKalb County holds a lien on Winn Dixie's DeKalb County assets in accordance with Georgia law. Therefore, DeKalb County objects to the proposed sale of these assets free and clear of liens, showing that these assets should not be sold without first paying DeKalb County's tax liens.

Respectfully submitted this 19th day of July, 2005.

William J. Linkous, III
Chief Assistant County Attorney
Georgia Bar No. 453213

Mark A. Thompson
Assistant County Attorney
Georgia Bar No. 709025

Attorneys for the DeKalb County
Tax Commissioner

Please address all communications to:

Mark A. Thompson
Assistant County Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011

---

[7] Debtors' Motion for Order Authorizing the Sale of Pharmaceutical Prescriptions and Inventory (Pacer No. 1963) p 8, ¶ 22.

## United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| **Winn-Dixie Stores, Inc., et al.,** | Chapter 11 |
| Debtors. | Jointly Administered |

### Certificate of Service

I certify that today I served counsel for the opposing party with a copy of the **Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens Assets Clear of Liens** by mail. I certify that this document was prepared using 14 pt Times New Roman font.

This 19th day of July, 2005.

Mark A. Thompson
Assistant County Attorney
Georgia Bar No. 709025

Persons Served:
D. J. Baker
djbaker@skadden.com
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036

-2-

Cynthia C. Jackson
cjackson@smithhulsey.com
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202