IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                          Case No.:  05-03817-BKC-3F3

   WINN DIXIE STORES, INC., et al.           CHAPTER 11

      Debtors.                                Jointly Administered
_____/

## NOTICE OF APPEARANCE

Janet H. Thurston and the law firm of Cohen & Thurston, P.A., hereby give their Notice of Appearance as attorneys of record for PMT PARTNERS V, LLC., and request that all pleadings, papers, notices, and orders to which this creditor is entitled be served upon it in care of the undersigned attorney.

                                         Janet H. Thurston, Attorney
                                         Florida Bar Number:  336981
                                         COHEN & THURSTON, P.A.
                                         1723 Blanding Blvd. #102
                                         Jacksonville, FL  32210
                                         (904) 388-6500
                                         Fax: (904) 387-4192
                                         Attorney for PMT Partners, LLC

Dated July 20, 2005.