**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AMENDED**
**NOTICE OF FILING AND HEARING**

1.      Pursuant to the Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief, filed with the Court on July 1, 2005 (the "Motion") (Docket No. 1961), Winn-Dixie, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of their intent to enter into the attached asset purchase agreement with, and to assume and assign the Debtors' leases of the stores to the respective buyers identified below for $9,500,000, plus supplies (at $2,500 per store) and inventory (at 60% of retail for Grocery, Dairy and Frozen Food and at 50% of retail for General Merchandise/Health, Beauty and Cosmetics) (the "Sale"):

| Buyer | Store Number |
|---|---|
| All American Quality Foods, Inc. | 1806, 2708, 2710, 2717, 2720, 2727, 2732, 2736, 2740, 2743 |
| Chandler's JKE, Inc. | 1323 |
| Chandler's of Weir, Inc. | 1349 |
| Kaye Food Companies, LLC | 1328 |
| Premier Food, Inc. | 1317, separate fuel station 1374 |
| Ramey Enterprises, Inc. | 1303 |
| Southeast Foods, Inc. | 2623 |
| Wayfield Foods, Inc. | 2730, 2733 |

**<u>Notice of Hearing</u>**

2.      A hearing to approve the Sale is scheduled for **July 29, 2005 at 10:00 a.m. E.T.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.


Dated:  July 21, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*          By     *s/ Cynthia C. Jackson*
        D. J. Baker                        Stephen D. Busey
        Sally McDonald Henry               James H. Post
        Rosalie Gray                       Cynthia C. Jackson (FBN 498882)

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors

Notice of Filing for Enterprise Bids re  SuperValu (00502414)1