**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                   Case No. 3:05−bk−03817−JAF
                                                                                            Chapter 11

Winn−Dixie Stores, Inc

          Debtor(s)         /

NOTICE OF RESCHEDULED

    NOTICE IS GIVEN that a hearing on August 12, 2005 is rescheduled to August 8, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated July 21, 2005 .

                                   David K Oliveria , Clerk of Court
                                   300 North Hogan Street Suite 3−350
                                   Jacksonville, FL 32202

Copies furnished to:
DEBTOR
DEBTOR'S ATTORNEY
US TRUSTEE
DAVID TIMMONS