UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

### ORDER STRIKING RESPONSE OF TOM SCOTT, TAX COMMISSIONER OF DEKALB COUNTY, TO DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF ASSETS AND CLEAR OF LIENS

The Court finds that the Entry of the Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens on July 20, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Entry of the Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens on July 20, is stricken from the record.

DATED July 21, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Mark A. Thompson, Assistant County Attorney, 1300 Commerce Drive, 5th Floor, Decatur, GA 30030
D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036
Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202