# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re | ) Case No. 05-3817-F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| _____ | ) |

### NOTICE OF DEPOSITION OF MOMO MANAGEMENT COMPANY, INC.

PLEASE TAKE NOTICE that Four Florida Shopping Centers Properties, L.P. (the "Landlord"), by and through its attorneys, Kelley Drye & Warren LLP, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of a representative of MOMO Management Company, Inc. (the "Proposed Assignee").

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, the Proposed Assignee is requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify on the Proposed Assignee's behalf as to information known or reasonably available to the Proposed Assignee as to each of the matters set forth on the attached rider.

The deposition will commence at 10:00 a.m. (Eastern Time) on July 26, 2005, at the offices of Paul Feldman PA, 407 Lincoln Road, Suite 701, Miami Beach, Florida 33139, and will continue from day to day until completed. The Landlord intends to cause this deposition to be recorded stenographically by a licensed court reporter, who shall be available at the time and place scheduled herein. The Landlord may also cause this deposition to be recorded on

videotape pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rule 9014 of the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
      July 21, 2005

                                      KELLEY DRYE & WARREN LLP

                                      By: */s/ Robert L. LeHane*
                                            James S. Carr, Esq.
                                            Robert L. LeHane, Esq.
                                      101 Park Avenue
                                      New York, New York 10178
                                      Tel.: (212) 808-7800
                                      Fax: (212) 808-7897

                                      ATTORNEYS FOR LANDLORD
                                      FOUR FLORIDA SHOPPING CENTERS
                                      PROPERTIES, L.P.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**Rider to Notice of Deposition of MOMO Management Company, Inc.**

**Topics for Deposition:**

1. The financial condition of the Proposed Assignee and/or its guarantor, if any, from 2003 through the present.

2. The Proposed Assignee's principal's and/or the Proposed Assignee's guarantor operating experience regarding an anchor store in a shopping center.

3. The Proposed Assignee's intended use of the Leased Premises.

4. All bases to support the Proposed Assignee's assertion that the assignment to the Proposed Assignee satisfies the requirements of 11 U.S.C. § 365(b)(3).

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re | ) Case No. 05-3817-F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

      I, Marie Vicinanza, on July 21, 2005, caused to be served the *Notice of Deposition of MOMO Management Company, Inc.* upon the following parties, via facsimile and overnight mail:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>Fax: 212-735-2000 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>Fax: 904-359-7708 |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>Fax: 212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Fax: 212-530-5219 |
| Paul Feldman PA,<br>407 Lincoln Road,<br>Suite 701<br>Miami Beach, Florida 33139<br>Fax: 305-690-9341 | Cobie Elharar<br>MOMO, Management Company, Inc.<br>99 Cent Supercenter<br>PO Box 630099<br>Miami, Florida<br>Fax: 305-690-9341 |

                                            */s/ Marie Vicinanza*
                                            Marie Vicinanza