IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WINN-DIXIE STORES, INC, et al., | ) Case No. 3-05-bk-3817 |
| | ) |
| Debtors. | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW John J. Cruciani of Blackwell Sanders Peper Martin, LLP, and enters his appearance as attorney for Creditor, Vertis, Inc. Further, pursuant to Rule 2002 of the Bankruptcy Code, counsel requests that all notices in the above-captioned bankruptcy proceeding be served on him and the creditor as follows:

> John J. Cruciani
> Blackwell Sanders Peper Martin, LLP
> 4801 Main Street, Ste. 1000
> Kansas City, MO  64112
> jcruciani@blackwellsanders.com
>
> Luke Brandonisio
> Corporate Director of Credit
> Vertis, Inc.
> 250 West Pratt Street
> P. O. Box 17102
> Baltimore, MD  21297
> LBrandonisio@VertisInc.com

Dated this 21st day of July 2005.

> s/ John J. Cruciani
> John J. Cruciani
> KS #16883, MO #43073
> Blackwell Sanders Peper Martin LLP
> 4801 Main Street, Suite 1000
> Kansas City, MO  64112
> Tel:    816-983-8197
> Fax:   816-983-8080
> Email:  jcruciani@blackwellsanders.com
> Attorney for Vertis, Inc.

KC-1301260-1

## CERTIFICATE OF SERVICE

I herby certify that on this 21st day of July 2005, a true and correct copy of the above and foregoing was served by the method or methods specified below:

  __X__ by **electronically** filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

  __X__ via **U.S. mail**, first class, postage prepaid and properly addressed to the parties and/or counsel, who do not receive notice electronically via CM/ECF, as set forth below:

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL  32801

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036


  _____ by **hand-delivery** to the parties set forth below or on the attached.

  _____ via **overnight courier service** in a sealed prepaid envelope.

  _____ via **facsimile** to the parties at the fax number set forth below or on the attached.

Dated: July 21, 2005.


                                        s/ John J. Cruciani
                                        Attorney

KC-1301260-1