**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re | ) Case No. 05-3817-F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

    I, Marie Vicinanza, on July 21, 2005, caused to be served the ***LANDLORD FOUR FLORIDA SHOPPING CENTER PROPERTIES, L.P.'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PROPOSED ASSIGNEE OF STORE NO. 360, BOCA RATON, FLORIDA*** upon the following parties, via facsimile and overnight mail:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>Fax: 212-735-2000 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>Fax: 904-359-7708 |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>Fax: 212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Fax: 212-530-5219 |
| Paul Feldman PA,<br>407 Lincoln Road,<br>Suite 701<br>Miami Beach, Florida 33139<br>Fax: 305-690-9341 | Cobie Elharar<br>MOMO, Management Company, Inc.<br>99 Cent Supercenter<br>PO Box 630099<br>Miami, Florida<br>Fax: 305-690-9341 |

                                      */s/ Marie Vicinanza*
                                      Marie Vicinanza