**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING TIME
REQUIREMENTS ON MOTION FOR RELIEF FROM STAY
FILED BY THRIVENT FINANCIAL FOR LUTHERANS**

Thrivent Financial for Lutherans f/k/a Lutheran Brotherhood, as assignee of Sun Bank N.A. ("Thrivent Financial") and the Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") waive their right to the time requirements for the hearing under Section 362 of the Bankruptcy Code on the Motion for Relief from Stay filed by Thrivent Financial, and stipulate that this matter be

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

rescheduled for final hearing no earlier than September 26, 2005 and that all issues raised by the motion shall be presented at the final hearing.

Dated: July 21, 2005

| FOLEY & MANSFIELD, P.L.L.P. | SMITH HULSEY & BUSEY |
|---|---|
| By  * s/ Jeffrey D. DeCarlo  <br>     Virginia Easley Johnson (FBN 559156)<br>     Jeffrey D. DeCarlo (FBN 0056390) | By  s/ James H. Post  <br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| 4770 Biscayne Boulevard, Suite 1000<br>Miami, Florida 33137<br>(305) 438-9899<br>(305) 438-9819 (facsimile)<br>vjohnson@foleymansfield.com<br>jdecarlo@foleymansfield.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| -and- | -and- |
| FOLEY & MANSFIELD, P.L.L.P.<br>Thomas J. Lallier<br>Megan A. Blazina<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, Minnesota 55401<br>(612) 338-8788<br>(612) 338-8690 (facsimile)<br>tlallier@foleymansfield.com<br>mblazina@foleymansfield.com | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| Attorneys for Thrivent Financial | Attorneys for the Debtors |
| *Counsel has authorized his electronic signature | |

498057

2