UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **WINN-DIXIE STORES, INC., et al.,** | ) Case No. 05-03817-3F1 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF WITHDRAWAL OF CERTAIN UTILITY COMPANIES FROM THE (I) OBJECTION OF CERTAIN UTILITY COMPANIES TO MOTION OF DEBTORS FOR ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE, AND (II) MOTION OF UTILITY COMPANIES TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT**
**[Docket No. 260]**

Carolina Power & Light d/b/a Progress Energy Carolinas, Inc., and Tampa Electric Company, by counsel, hereby withdraw from the (I) Objection to Motion of Debtors For Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance, and (II) Motion of Utility Companies to Determine Adequate Assurance of Payment (the "Objection"), Docket No. 260.

Jacksonville, Florida

Dated: July 21, 2005

                      STUTSMAN & THAMES, P.A.

                      By: /s/ *signature*

                      Richard Thames
                      Nina M. LaFleur
                      Stutsman & Thames, P.A.
                      121 W. Forsyth Street, Suite 600
                      Jacksonville, Florida 32202
                      Telephone (904) 358-4000
                      Facsimile (904) 358-4001

                      and

                      Russell R. Johnson III
                      2258 Wheatlands Drive
                      Manakin-Sabot, Virginia 23103
                      Telephone: (804) 749-8861
                      Facsimile: (804) 749-8862

                      *Co-Counsel for Carolina Power & Light d/b/a Progress Energy Carolinas, Inc.; Tampa Electric Company*