**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING AND HEARING**

1.  Pursuant to the Motion for Order (a) Authorizing the Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (b) Granting Related Relief, filed with the Court on July 1, 2005 (the "Motion") (Docket No. 1963), Winn-Dixie, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of their intent to enter into a purchase and sale agreement substantially in the form attached with Rite Aid Corporation for $628,000.00 for the pharmaceutical records plus the cost of the pharmaceutical inventory (to be determined) (the "Sale").

**Notice of Hearing**

2.  A hearing to approve the Sale is scheduled for **July 29, 2005 at 10:00 a.m. E.T.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

Dated: July 21, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*    D. J. Baker    Sally McDonald Henry    Rosalie Gray | By   *s/ Cynthia C. Jackson*    Stephen D. Busey    James H. Post    Cynthia C. Jackson (FBN 498882) |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |