**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF SEPARATE FIRST AMENDMENTS TO SCHEDULES
IN CASES OF CERTAIN WINN-DIXIE SUBSIDIARIES OR AFFILIATES**

Please take notice that on the date hereof each of the below listed subsidiaries or affiliates of Winn-Dixie Stores, Inc. filed in its separate chapter 11 case a First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases.

| | |
|---|---|
| Astor Products, Inc., a Florida corporation | 05-03820-3F1 |
| Winn-Dixie Logistics, Inc., a Florida corporation | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc., a Florida corporation | 05-03837-3F1 |
| Winn-Dixie Raleigh, Inc., a Florida corporation | 05-03839-3F1 |

Dated: July 21, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ D.J. Baker* | By  */s/ Cynthia C. Jackson* |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Gray | Cynthia C. Jackson, |
| Jane M. Leamy | Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

422021-Wilmington Server 1A - MSW