UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### ORDER STRIKING LIMITED OBJECTION TO SALE FREE OF LIENS

The Court finds that the Limited Objection to Sale Free of Liens filed by Scott N. Brown, Jr., on behalf of Carl E. Levi, as Trustee for Hamilton County, Tennessee on July 18, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Limited Objection to Sale Free of Liens filed by Scott N. Brown, Jr., on behalf of Carl E. Levi, as Trustee for Hamilton County, Tennessee on July 18, 2005 is stricken from the record.

**DATED July 19, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Scott N. Brown, Jr., 801 Broad St., Sixth Floor, P.O. Box 1749, Chattanooga, TN 37401-1749

w-d strike /    /    / Revised: 07/14/05 3:46 PM          Printed: 07/18/05          Page: 1 of 1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1                Date Rcvd: Jul 19, 2005
Case: 05-03817                  Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Jul 21, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty         Scott N. Brown,    P.O. Box 1749,    Chattanooga, TN  37401-1749

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2005**                          **Signature:** *Joseph Speetjens*