UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
JUL 21 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

Chapter 11
Case No. 05-03817-3F1
Jointly Administered

## NOTICE OF WITHDRAWAL AS COUNSEL
## FOR FALCON FARMS, INC.

**PLEASE TAKE NOTICE** that the law firm of HUNTON & WILLIAMS LLP hereby advises the Court and all interested parties that it is withdrawing as counsel for Falcon Farms, Inc. ("Falcon Farms") in the above-captioned matter. Falcon Farms has additional counsel representing its interests; namely, the law firm of Todtman, Nachamie, Spizz & Johns, P.C. in New York, New York. Accordingly, Hunton & Williams LLP respectfully requests to be removed from the Court's Special Mailing Matrix. All notices to Falcon Farms should be sent to:

> **Alex Spizz, Esq.**
> Todtman, Nachamie, Spizz & Johns, P.C.
> *Attorneys for Falcon Farms, Inc.*
> 425 Park Avenue
> New York, NY 10022

as referenced in his Notice of Appearance and Demand for Service of Papers filed with this Court on March 10, 2005.

Respectfully submitted,

**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue - Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

By:_____
Kevin M. Eckhardt
Florida Bar No. 412902

## **CERTIFICATE OF SERVICE AND CERTIFICATE OF ADMISSION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I FURTHER CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail this **20th day of July, 2005**, on all parties on the attached service list.

```
_____
        Kevin M. Eckhardt
```

# WINN DIXIE STORES, INC.
# CASE NO. 05-11063-RDD

## SERVICE LIST

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | David J. Baker<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Time Square<br>New York, New York 10036<br>jbaker@skadden.com | Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| Joseph D. Frank<br>Micah R. Krohn<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60610<br>jfrank@fgllp.com/mkrohn@fgllp.com | Howard B. Levi<br>Steven B. Feigenbaum<br>Levi Lubarsky & Feigenbaum LLP<br>845 Third Avenue, 21st Floor<br>New York, NY 10022<br>hlevi@llf-law.com | Adam L. Rosen, Esq.<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard, Suite 901<br>Uniondale, NY 11553<br>arosen@srsllp.com |
| Omer Kuebel, III, Esq.<br>C. Davin Boldissar, Esq.<br>Locke Liddell & Sapp LLP<br>601 Poydras Street, Suite 2400<br>New Orleans, LA 70130-6036<br>dboldissar@lockeliddell.com<br>rkuebel@lockeliddell.com | David L. Pollack, Esq.<br>Jeffrey Meyers, Esq. / Dean C. Waldt, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>pollack@ballardspahr.com | Janice Stanton<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 |
| David W. Dykhouse<br>Michael Handler<br>Patterson, Belknap & Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>dwdykhouse@pbwt.com/mhandler@pbwt.com | Neal D. Colton<br>David J. Liebman<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>ncolton@cozen.com/dliebman@cozen.com | James S. Carr, Esq.<br>Robert I. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>jcarr@kelleydrye.com/rlehane@kelleydrye.com |
| Patrick L. Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan, Suite 1800<br>San Antonio, TX 78205<br>plhuffst@coxsmith.com | Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>nherman@morganlewis.com | Paul Traub, Esq.<br>Wendy Marcari, Esq.<br>Traub, Bonacquist & Fox LLP<br>655 Third Avenue - 21st Floor<br>New York, NY 10017<br>dbr@tbfesq.com |
| Leggett R. Bradford, Esq.<br>Allman Spry Leggett & Crumpler, P.A.<br>380 Knollwood Street - Suite 700<br>Winston-Salem, NC 27113-5129<br>rbleggett@allmanspry.com | W. Clark Watson<br>Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham, Alabama 35203-4644<br>cwatson@balch.com/eray@balch.com | Laurence May, Esq.<br>Rick A. Steinberg, Esq.<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022-1906<br>lmay@angelfrankel.com<br>rsteinberg@angelfrankel.com |
| Richard G. Smolev<br>Keith R. Murphy<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598<br>rsmolev@kayescholer.com<br>kmurphy@kayescholer.com | Richard W. Ward<br>2527 Fairmount St.<br>Dallas, TX 75201<br>rwward@airmail.net | Dennis F. Dunne, Esq.<br>Matthew S Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>ddunne@milbank.com/mbarr@milbank.com |
| Jeffrey C. Regan, Esq.<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202<br>jregan@hdrd-law.com | David J. Cook, Esq.<br>Cook, Perkiss & Lew<br>P.O. Box 270<br>San Francisco, CA 94104-0270 | Dreyer's Grand Ice Cream<br>5929 College Avenue<br>Oakland, CA 94618<br>ATTN: SHANE WEITZEL |

Marc P. Solomon
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203
msolomon@burr.com

James C. Carignan, Esq./Linda J. Casey
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
carignanj@pepperlaw.com/caseyl@pepperlaw.com

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Richard C. Morrisey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street., Suite 2100
New York, NY 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Suite 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company American
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit Three Lakes Drive
Northfield, IL 60093

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Oppurtinities Fund, V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
Los Angeles, CA 90071

Capital Research and Management Co.
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorella, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Erman Teicher Miller Zucker & Freedman P.C.
Attn: Earle L. Erman, Esq.
400 Galleria Officentre, Suite 444
Southfield, MI 48034

Manier & Herod
Attn: Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq.
7 Times Square
New York, NY 10036

Ice Miller
Attn: Henry A. Efroymson, Mark A Bongdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
Wilmington, DE 19899-1347

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel, Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champsion, Esq.
1111 Bay Avenue, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq.
800 Delaware Aveune, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, LLP
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 100022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, NY 10006

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Floor
New York, NY 10006

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th Street, NW, Suite 2100
Atlanta, GA 30363

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178-0661

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North market St., Rodney Square North
Wilmington, DE 19890

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Suite 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: mark D. Bloom
1221 Brickell Avenue
Miami, Florida 33131

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cumming, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Coca-Cola Enterprise Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA 70821-2997

Young Williams, P.A.
Attn: David S. Rubin
PO Box 23059
Jackson, MS 39225-3059

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St., NE, Suite 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Suite 1000
Wilmington, DE 19801

Lowenestein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Macco & Stem, LLP
Attn: Richard L. Stem
135 Pinelawn Road, Suite 120
South Mielville, NY 11747

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Suite 3700
1601 Dodge St.
Omaha, NE 68102

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Avenue, Suite 2418
New York, NY 10118

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11749

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Avenue
New York, NY 10016

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff lane
Southport, CT 06890-1436

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Floor
Cleveland, OH 44115

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Suite 2300
New Orleans, LA 70112-1010

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Suite 500
West Palm Beach, FL 33401

Wheelis & Rozanksi
Attn: Stephen D. Wheelis
POB 13199
Alexandria, LA 71315-3199

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David M. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Porzio, Bromberg & newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Anderson Kill & Olick, PC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Suite 2000
Staunton, VA 24401

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St., Suite 600
Jacksonville, FL 32202

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave.
Roseland, NJ 07068

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Avenue
New York, NY 10022

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Avenue
New York, NY 10019

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. Von Stange
825 Third Avenue
New York, NY 10022

Macey Wilensky Cohen Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Tow Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Avenue, 8th Floor
New York, NY 10016

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittingtin, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35222

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Avenue, 26th Floor
New York, NY 10167

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Suite 1800
Jacksonville, FL 32202

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscill aGrannis
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Rusell W. Mills, Krista P. Bates
15303 Dallas Parkway, Suite 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Glenn M. Reisman
Tow Corporate Drive, Suite 648
Shelton, CT 06484-0861

Marrero Land and Improvement Association, ltd.
Attn: Vincent A. Vastola
5201 Westbank Expressway, Suite 400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St.
Columbus, OH 43215-6197

Liebman, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
Green Bay, WI 54305-3200

| | | |
|---|---|---|
| Richard Blackstone Webber, II PA<br>Attn: Richard Blackstone Webber II<br>320 Maitland Avenue<br>Altamonte Springs, FL 32701 | Anderlini, Finkelstein, Emerick & Smoot<br>Attn: David G. Finkelstein<br>400 South El Camino Real, Suite 700<br>San Mateo, CA 94402 | Buckeye Capital Partners, LP<br>Attn: Philip Brown<br>230 Park Avenue, Suite 1540<br>New York, NY 10169 |
| FPL Law Department<br>Attn: Rachel S. Budke<br>700 Universe Blvd.<br>Juno Beach, FL 33408 | Quadrangle Group LLC<br>Attn: Patrick Bartel, Andrew Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Lowndes, Drosdick, Doster, Kantor and Reed, PA<br>Attn: Zachary J. Bancroft<br>450 S. Orange Avenue, Suite 800<br>Orlando, FL 32801 |
| Kass, Shuler, Solomon, Spector, Foyle & Singer<br>Attn: Larry Foyle<br>1505 N. Florida Avenue<br>Tampa, FL 33601 | Morris, James, Hitchens & Williams LLP<br>Attn: Stephen M. Miller<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899 | Begnaud & Marshall LLP<br>Attn: Darrel Begnaud<br>250 N. Milledge Avenue<br>Athens, Georgia 30603 |
| Elena P. Lazarou, Esq.<br>599 Lexington Avenue, 27th Floor<br>New York, NY 10022 | Richard Morrissey, Esquire<br>United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10005 | D.J. Baker, Esquire<br>Alexandra Margolis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| Frank J. Wright, Esq.<br>600 Signature Place<br>14775 Preston Road<br>Dallas, TX 75254 | Derek F. Meek, Esq.<br>Robert B. Rubin, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 | Richard Whitney Ward, Esq.<br>2527 Fairmount Street<br>Dallas, TX 75024 |
| James J. Niemeier, Esq.<br>McGrath, North, Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite 3700<br>Omaha, NE 68102 | Sabrina L. Steusand, Esq.<br>Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX 78701 | Jeffrey S. Margolin, Esq.<br>Hughes, Hubbard & reed<br>1 Battery Plaza<br>New York, NY 10004 |
| Chris Lenhart, Esq.<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Neal M. Rosenbloom, Esq.<br>Finkel, Goldstein, Rosenbloom, Nash, LLP<br>26 Broadway, Suite 711<br>New York, NY 10004 | Shawn Randall Fox, Esq.<br>McGuire Woods, LLP<br>1345 Avenue of the Americas<br>New York, NY 10128 |
| Paul H. Deutch, Esq.<br>Jenkins & Gilchrist Parker Chapin, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Marc L. Hamroff, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530 | Mark J. Friedman, Esq.<br>Susan S. Maher, Esq.<br>DLA Piper Rudnick Gray Cary LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600 |
| Janice L. Duban, Esq.<br>DLA Piper Rudnick Gray Cary LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601 | Daniel J. Carrigan, Esq.<br>DLA Piper Rudnick Gray Cary LLP<br>1775 Wiehle Avenue<br>Suite 400<br>Reston, Virginia 20190 | Paul S. Magy, Esq.<br>Terrance A. Hiller, Jr., Esq.<br>Matthew E. Thompson, Esq.<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, Michigan 48075 |

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131-5308

Arthur J. Spector, Esq.
Grace E. Robson, Esq.
Berger Singerman, P.A.
350 E. Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301

Wendy D. Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Falcon Farms, Inc.
425 Park Avenue
New York, New York 10022
(212) 754-9400
Alex Spizz (AS-5508)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

WINN-DIXIE, STORES, INC., et. al.,

Debtors.
-----------------------------------------------------------X

Chapter 11
Case No. 05-11063 (RDD)

(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned Chapter 11 case on behalf of Falcon Farms, Inc., and pursuant to, inter alia, Federal Rules of Bankruptcy Procedure 2002 and 9010(b), requests that any and all notices given or required to be given in this case and any related case(s), and all papers served or required to be served in this case and any related case(s), be delivered and served upon:

Alex Spizz, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
Attorneys for Falcon Farms, Inc.
425 Park Avenue
New York, New York 10022
Tel. (212) 754-9400
Fax. (212) 754-6262
Email: aspizz@tnsj-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above but also includes, without limitation, all

195971 v1

orders, notices, hearing dates, applications, motions, including motions to expunge and/or reduce claims, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of financial affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above-captioned debtor or the its estate, and any related debtor(s) and its (their) estate(s).

Dated: New York, New York
March 10, 2005

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Falcon Farms, Inc.

By: s/ Sheree Nobles
Alex Spizz (AS-5508)
A Member of the Firm
425 Park Avenue
New York, New York 10022
(212) 754-9400

To:

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtor

Sarah Robinson Borders, Esq.
King & Spaulding, LLP
191 Peachtree Street
Atlanta, GA 30303
Attorneys for Debtor

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Proposed Counsel for the Official
Committee of Unsecured Creditors