UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re: Winn-Dixie Stores, Inc. - Trade Claims<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-03817<br><br>Claim No.   000 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **INFOSYS TECHNOLOGIES LIMITED BANK OF**   ("Transferor")
   **AMERICAN**
   [TRANSFEROR NAME & ADDRESS]
   **3998 COLLECTIONS CTR DR**
   **LOCKBOX SERVICE INFOSYS TECHNOLOGIES**

   **CHICAGO, IL 60693**

2.   Please take notice of the transfer of $ __250,353.60__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $250,353.60 to:**
   **Madison Investment Trust - Series 3**   ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave.  Suite 120**

   **Overland Park, KS       66202**

   No action is required if you do not object to the transfer of you claim.

   _Sally Meyer_ (signature)
   Sally Meyer
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:          Florida Middle Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
                6310 Lamar Ave, Suite 120
                Overland Park, KS  66202

_INFOSYS TECHNOLOGIES LTD_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Stores, Inc. - Trade Claims in the Florida Middle Bankruptcy Court , The case entitled In re Winn-Dixie Stores, Inc. - Trade Claims, with a Case Number of 05-03817  pending in the Court., including without limitation those receivables of Claimant.

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _____7-20-05_____

[NAME OF CLAIMANT] __INFOSYS TECHNOLOGIES LTD__

By: _[signature]_
(Signature of Claimant)

Print Name: __SUDHIR G. PAI__

__6100 Tennyson Parkway, Suite 200__
(Address)

__Plano, TX 75024__
(Address)

__58-1760235__
(SS#/Tax ID)

07-21-05 A09:48 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 101947275

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Sally Meyer_
      (signature)

    _Sally Meyer_
      (print name)