UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

---------------------------------------------------X
In re

    **WINN-DIXIE STORES, INC., ET AL**
    Winn-Dixie Logistics, Inc.

    Debtors.
---------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

**Claim No.: 5077**

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2) or (4))

To: (Transferor)    LMS Intellibound Inc.
    1979 Lakeside Parkway, Suite 180
    Tucker, GA 30084
    Attention: Ms. Rebecca Holderread

The transfer of your claim as shown above, in the amount of **$570.00** has been transferred (unless previously expunged by court order) to:

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attn: David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

    CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

    Deputy Clerk

**NOTICE OF ASSIGNMENT OF CLAIM**

**LMS INTELLIBOUND INC**, a(n) **Georgia Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$570.00** (proof of claim amount, defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No. 05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the _____ day of _____, 2005.

_____
(Company Name) LMS Intellibound, Inc.

WITNESS _____
(Signature)

Scott Henne, Controller
(Print Name and Title of Witness)

_____
(Signature of Corporate Officer)

Rebeca W. Hugerford (?)
(Print Name and Title of Corporate Officer)

**EXHIBIT "A"**