# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

——————————————————————X

In re

**WINN-DIXIE STORES, INC., ET AL**

Winn-Dixie Logistics, Inc.

Debtors.

——————————————————————X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attention: David S. Leinwand, Esq.

A transfer in the amount of **$1,262.40** from:

X Concepts (Transferor)
975 S. Andreasen Dr.
E. Scondido, CA 92029
Attention: Ms. Anglea Burnett

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Clerk of the Court
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy: Debtor's Attorney _____
Claims Agent _____

_____
Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

XCONCEPTS, a(n) _California_ (insert state of incorporation) **Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$1,262.40** (defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor" ) together with interest, if any, in the bankruptcy proceedings in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Bankruptcy Court"), jointly administered at **Case No. 05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the _27th_ day of _June_, 2005.

_X CONCEPTS, LLC_
(Company Name)

WITNESS _Bette Hull_
(Signature)

_AR Burnett_
(Signature of Corporate Officer)

_Bette Hull A/P_
(Print Name and Title of Witness)

_ANGELA BURNETT_
(Print Name and Title of Corporate Officer)

**"Exhibit A"**