UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

### ORDER STRIKING NOTICE OF WITHDRAWAL AS COUNSEL FOR FALCON FARMS, INC.

The Court finds that the Entry of the Notice of Withdrawal as Counsel for Falcon Farms, Inc., dated July 21, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

That the Notice of Withdrawal as Counsel for Falcon Farms, Inc., dated July 21, 2005, is stricken from the record.

**DATED July 22, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Hunton & Williams LLP, Keven Eckhardt, 1111 Brickell Avenue – Suite 2500, Miami, FL 33131
D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036
Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202