UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                          CASE NO. 3-05-BK-3817

**WINN-DIXIE STORES, INC., et al.,**                            Chapter 11

    **Debtors.**
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of creditors Iris Davidson and Sam Davidson in the above-styled cause of action.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Jenifer S. Worley, Esquire, attorney for Defendant, Saalfield, Shad, Jay, Lucas, & Stokes, P.A., Bank of America Tower, 50 North Laura Street, Suite 2950, Jacksonville, Florida 32202, D. J. Baker, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Co-Counsel for debtor, Four Times Square, New York, New York 10036-6522, Stephen D. Busey, Esquire, Co-Counsel for Debtor, Smith Hulsey and Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and Elena Escamilla, Esquire, attorney for United States Bankruptcy Court Middle District of Florida, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, by U.S. Mail this __22__ day of July, 2005.

TERRELL, HOGAN, ELLIS & YEGELWEL, P.A.

By_____"/s/"_____
Carroll Cayer #161070
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
(904) 632-2424
(904) 632-0549 facsimile
Cayer@terrellhogan.com
Attorneys for Creditors

- 1 -