IN THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY

CASE NO:
DIVISION:

16-2005-CA-000198   -XXXX-MA

IRIS DAVIDSON and,
SAM DAVIDSON, her husband,

    Plaintiffs,

vs.

SAVE RITE GROCERY WAREHOUSE,
INC., a Florida corporation,

    Defendants.

DIVISION CV-E

_____

## COMPLAINT

The plaintiffs, IRIS DAVIDSON and SAM DAVIDSON, sue the defendant, SAVE RITE GROCERY WAREHOUSE, INC., a Florida corporation, and allege:

## COUNT I

1. This is an action for damages in excess of $15,000.00.

2. Plaintiffs, Iris Davidson and Sam Davidson, are residents of Duval County, Florida.

3. Defendant, Save Rite Grocery warehouse, Inc., is a Florida corporation which operates a retail grocery business at 5134 Firestone Road in Jacksonville, Duval County, Florida.

4. On or about September 12, 2004, Iris Davidson was a business invitee on Save Rite's premises at which time she slipped and fell on a dangerous, slippery substance which had been deposited in one of the store's floor aisles.

EXHIBIT "A"

5. At all times material Save Rite had a duty to business invitees to maintain its store's floors in a clean and safe condition and to warn of dangerous substances on its floors known to it.

6. Notwithstanding its duty, Save Rite breached its duty to Iris Davidson by:

(a) Failing to properly cordon off and warn of the presence of a slippery substance which had been deposited in one of its store aisles.

(b) Failing to institute and follow proper inspection procedures to detect, remove, and warn of dangerous substances on its floors in a timely manner.

7. Save Rite knew or should have known of the dangerous, slippery substance on its floor, or the condition had existed for a sufficient length of time so that Save Rite should have known of it.

8. As a proximate cause of Save Rite's negligence, plaintiff, Iris Davidson, fell.

9. As a result, plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and plaintiff will suffer the losses and impairment in the future.

WHEREFORE, plaintiff, Iris Davidson, demands judgment for damages against the defendant, Save Rite, Inc., and a trial by jury.

## COUNT II

10. Plaintiff, Sam Davidson, realleges and reaffirms the allegations of Count I hereof.

11. At all time material plaintiffs, Iris and Sam Davidson, were and are married and living together as husband and wife.

12. By reason of the foregoing, plaintiff, Sam Davidson, was and will continue to be deprived of the company and comfort, society, income, and services of his wife.

WHEREFORE, plaintiff, Sam Davidson, demands judgment against Save Rite, Inc. together with costs and attorney's fees and demand a trial by jury of this cause.

BROWN, TERRELL, HOGAN, ELLIS,<br>
MCCLAMMA & YEGELWEL, P.A.<br>
<br>
By *[signature]*<br>
Carroll Cayer  #161070<br>
233 East Bay Street, 8th Floor<br>
Jacksonville, Florida  32202<br>
(904) 632-2424<br>
Attorneys for Plaintiffs

- 3 -