IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Jointly Administered |
| Debtors. | ) | |

### VERIFIED RULE 2019 STATEMENT OF BENJAMIN A. KAHN
### OF NEXSEN PRUET ADAMS KLEEMEIER, PLLC

Nexsen Pruet Adams Kleemeier, PLLC ("NPAK") hereby submits this Verified Statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and represents to the Court as follows:

1. I am an attorney with the law firm of NPAK in its Greensboro office. The telephone number for the Greensboro office is (336) 373-1600, facsimile (336) 273-5357, e-mail bkahn@npaklaw.com.

2. NPAK currently represents the following creditors in this proceeding:

   (a) Jefferson Pilot Financial Company
       100 North Greene Street
       Greensboro, NC 27401

   (b) C & T Durham Trucking Company.
       3720 Williams Dairy Road
       Greensboro, NC 27406

   (c) American KB Properties I Limited Partnership
       1076 W. Fourth Street
       Suite 200
       Winston-Salem, NC 27101

3. Reserving the right to assert additional claims or to file Proofs of Claim in any amount as such claims are discovered, the nature of each of the foregoing entity's ("Clients") currently know claims and/or interests are as follows:

   (a) Jefferson Pilot Financial ("Jefferson Pilot") is a creditor in the case and has potential unsecured and priority claims arising with respect to lease agreements between individual landlords and Debtors. In addition, Jefferson Pilot was a landlord on at least one lease with Debtors.

(b) C & T Durham Trucking Co. is a creditor in the case and has an unsecured claim in the approximate amount of $111,660.87 based on trucking services provided to Debtors. C & T Durham Trucking has continued to provide trucking services to Debtors post-petition, and therefore reserves the right to file a cost of administration claim.

(c) American KB Properties I Limited Partnership is a creditor is this case and has a claim in this case arising out of a lease between it and Winn-Dixie Charlotte, Inc., which lease is unconditionally guaranteed by Winn-Dixie Stores, Inc.

4. NPAK has fully disclosed to each of the foregoing Clients the possibility that the interests of each as secured creditors and/or as creditors holding unsecured priority claims and/or as creditors holding general unsecured claims may potentially conflict. Each Client has consented to this joint representation, after full disclosure.

5. NPAK claims no interest or amounts with respect to this case, but, instead, represents the clients named herein and their claims and/or interests.

This the 22nd day of July, 2005.

_____
Benjamin A. Kahn
N. C. State Bar No. 20004
Christine L. Myatt
N. C. State Bar No. 10444
Attorneys for Jefferson Pilot Financial

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

## **VERIFICATION**

STATE OF NORTH CAROLINA )
)
COUNTY OF GUILFORD )

BENJAMIN A. KAHN, being first duly sworn, deposes and says:

That he is an attorney with the firm of Nexsen Pruet Adams Kleemeier, PLLC, that he has read the foregoing instrument, knows the contents thereof, and believes the contents thereof to be true and correct to the best of his knowledge and understanding.

Dated this 22nd day of July, 2005.

_____
Benjamin A. Kahn

Sworn to and subscribed
before me this the 22 day
of July, 2005.

Patricia J. Williams
Notary Public

My Commission Expires:
2\23\2010

SEAL: 

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) ) ) | Case No. 05-03817-3F1 |
| Debtors. | ) ) ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Benjamin A. Kahn, certify that I have, this date, served a copy of the foregoing **VERIFIED RULE 2019 STATEMENT OF BENJAMIN A. KAHN OF NEXSEN PRUET ADAMS KLEEMEIER, PLLC** by first class mail, postage prepaid, addressed as follows:

D. Jan Baker
Rosalie Walker Gray
Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

This the 22nd day of July, 2005.

_____
Benjamin A. Kahn

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

GBO 672983v1