## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about July 13, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be inserted by first class mail, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: July 22, 2005

Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 241250-12
3 BROTHERS WELDING MACHINE SHOP INC
ATTN F J PITTS, PRES
4001 MOBILE HIGHWAY
MONTGOMERY, AL 36108

CREDITOR ID: 397774-75
A&D AIR COND'G & REFRIGERATION
ATTN: ALAN FELLER
4670 SW 83RD TERRACE
DAVIE, FL 33328

CREDITOR ID: 241294-12
A&D AIR CONDITIONING
AND REFRIGERATION INC
ATTN: ALAN FELLER
4670 SW 83RD TERRACE
DAVIE, FL 33328

CREDITOR ID: 241557-12
ACTION VACUUMS & REPAIRS
ATTN RAYMOND JACKSON, OWNER
2081 BROWNSMILL ROAD
ATLANTA, GA 30315

CREDITOR ID: 279335-36
AEP INDUSTRIES, INC
ATTN ERWIN F STORZ, CR MGR
125 PHILLIPS AVENUE
SOUTH HACKENSACK  NJ 07606

CREDITOR ID: 383968-47
ALTAVISTA JOURNAL
ATTN: TERRI S AYERS, ACCTS RCV MGR
PO BOX 530
CHATHAM, VA 24531

CREDITOR ID: 381222-47
AMERICAN GLASS RESOURCES
ATTN: LISA HENDRE, VP
6401-1 NORTH TRYON STREET
CHARLOTTE, NC 28213

CREDITOR ID: 242201-12
AMERICAN LEAK DETECTION
DEALER ALD0145LOU
ATTN LAURA KLEINPETER, OWNER
36530 MISSION ST
PRAIRIEVILLE, LA 70769

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 407619-97
ARAMARK UNIFORM & CAREER APPAREL
DBA ARANARK UNIFORM, DBA WEARGUARD
ATTN STEVEN M FRIEDMAN
115 N FIRST STREET
BURBANK CA 91502

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 408163-97
AUCELLO, HEATHER
5307 PADSTOW COURT
CHARLOTTE NC 28215

CREDITOR ID: 251401-12
AUCELLO, HEATHER
5314 PADSTOW COURT
CHARLOTTE, NC 28213

CREDITOR ID: 407448-15
BAKER DISTRIBUTING COMPANY, LLC
ATTN GREG HILTON, CREDIT DIRECTOR
7892 BAYMEADOWS WAY
JACKSONVILLE FL 32256

CREDITOR ID: 243113-12
BASS FARMS
ATTN KENNETH WAYNE EDWARDS, PRES
PO BOX 126
SPRING HOPE, NC 27882

CREDITOR ID: 243158-12
BAYFORCE TECHNOLOGY SOLUTIONS
ATTN: MICHAEL NAGY
146 2ND STREET N, SUITE 107
ST PETERSBURG, FL 33701

CREDITOR ID: 243291-12
BENCHMARK RECRUITING
ATTN L MICHAEL TARON, OWNER
PO BOX 627
COTTONWOOD, AZ 86326

CREDITOR ID: 243348-12
BERNER FOODS INC
PO BOX 778
FREEPORT, IL 61032

CREDITOR ID: 243349-12
BERNER FOODS INC
ATTN THOMAS D DICKSON, VP/CFO
2034 E FACTORY RD
DAKOTA IL 61018

CREDITOR ID: 407621-97
BMK INC CENTRAL
ATTN: JIM MOTLEY
2051 MCKENZIE DR
CARROLLTON TX 75006

CREDITOR ID: 243667-12
BMK INC CENTRAL
135 SOUTH LASALLE
DEPT 2963
CHICAGO, IL 60674-2963

CREDITOR ID: 243668-12
BMK INC WEST
135 S LASALLE  DEPT 2907
CHICAGO, IL 60674-2907

CREDITOR ID: 407623-97
BMK INC WEST
ATTN: JIM MOTLEY
2051 MCKENZIE DR
CARROLLTON TX 75006

CREDITOR ID: 244217-12
BURTS BEE
ATTN: SHEILA CLARK, A/R MGR
PO BOX 13489
DURHAM, NC 27709

CREDITOR ID: 384025-47
C&S WELDING & FABRICATION
ATTN: CARL LANGLEY, OWNER
17008 EAST COOPER ROAD
INDEPENDENCE, LA 70443

CREDITOR ID: 408162-97
CABOT CREAMERY COOPERATIVE INC
ATTN: ED TOWNLEY, VP CONTROLLER
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 244330-12
CABOT CREAMERY COOPERATIVE INC
ATTN LAURA DEPRATO, CREDIT MGR
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 244337-12
CADENCE NETWORK INC
ATTN PETER M MCKNIGHT, VP
105 EAST 4TH STREET, SUITE 250
CINCINNATI OH 45202

CREDITOR ID: 404296-95
CADENCE NETWORK INC
ATTN: JIM HENDRICKS
105 EAST FOURTH STREET STE 250
CINCINNATI OH 45202

CREDITOR ID: 244676-12
CARPET RENTALS INC
ATTN: A JAMES GARDNER, GEN MGR
PO BOX 5386
STATESVILLE, NC 28687-5386

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 244833-12
CED, INC
ATTN: MICHAEL LUNDBERG, DIV CR MGR
PO BOX 82988
TAMPA FL 33682

CREDITOR ID: 244916-12
CENTURA BANK
ATTN: KRISTI WINSTON, OPER MGR
PO BOX 1220
MAIL CODE 000-906-0106
ROCKY MOUNT, NC 27802

CREDITOR ID: 245117-12
CHARTHOUSE LEARNING
ATTN: PAT GURNON
221 RIVER RIDGE CR
BURNSVILLE, MN 55337

CREDITOR ID: 246291-12
CJ'S SALES & SERVICE
ATTN DUDLEY A HARGROVE, OWNER
132 NE 17TH PLACE
OCALA, FL 34470

CREDITOR ID: 384064-47
CLOROX SALES CO-KPD
ATTN: SYBIL SHAW, CRED MGR
PO BOX 75601
CHARLOTTE, NC 28275-5601

CREDITOR ID: 246510-12
CMI ELECTRONICS
ATTN: PHILIP D GARNER, CFO
436 A HACKLE DRIVE
MONTGOMERY, AL 36117

CREDITOR ID: 246568-12
COBY MILLER'S LAWN CARE
ATTN COBY J MILLER, OWNER/PRESIDENT
6041 WEST PARK AVE
HOUMA, LA 70364

CREDITOR ID: 279000-32
CONSOLIDATED BISCUIT CO.
ATTN: BILL VARNEY
312 RADER ROAD
MCCOMB, OH 45858

CREDITOR ID: 246889-12
CONSOLIDATED BISCUIT COMPANY
PO BOX 631073
CINCINNATI, OH 45263-1073

CREDITOR ID: 247091-12
COUNTY WELDING EQUIP CO
ATTN: DEBRA ROBENHYMER, CONTROLLER
1701 NORTH POWERLINE ROAD
POMPANO BEACH, FL 33069-1624

CREDITOR ID: 384077-47
CUMMINGS STRIPING & SWEEPING
ATTN: LARRY CUMMINGS, OWNER
11239 GENERAL OTT ROAD
HAMMOND, LA 70403

CREDITOR ID: 247346-12
CURTIS COMPANY
ATTN: LARRY A HUFFSTETTER, PRES
PO BOX 210215
886 PLANTATION WAY
MONTGOMERY, AL 36121-0215

CREDITOR ID: 247349-12
CURTIS ENVIRONMENTAL SERVICES
ATTN: GINGER CURTIS, TREAS
PO BOX 485
185 BELLE TERRE BLVD, SUITE D
LAPLACE, LA 70068

CREDITOR ID: 381215-47
DANIEL, MICHELE
2761 ARBOR AVENUE SE
ATLANTA, GA 30317

CREDITOR ID: 381289-47
DAVIS, FREEDA
175 SOUTH EAST 7TH STREET
DEERFIELD BEACH, FL 33351

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 248267-12
DOCTORS MEMORIAL HOSPITAL
ATTN: PHILIP M MILLER
PO BOX 1847
PERRY, FL 32347-1847

CREDITOR ID: 248487-12
DOWN HOME MEDICAL
ATTN: MICHAEL O STICK MD, OWNER
312 S WASHINGTON ST
PO BOX 902
MADISON, FL 32341-0902

CREDITOR ID: 248591-12
DUVAL JANITOR SERVICE INC
ATTN TIMOTHY C KING, VP
4301 ROOSEVELT BOULEVARD
JACKSONVILLE, FL 32210

CREDITOR ID: 248810-12
EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 408164-97
EDWARD DON & COMPANY
ATTN: RITA GLASER, NAT'L CRED ANALY
2500 S HARLEM AVENUE
N RIVERSIDE IL 60546

CREDITOR ID: 384109-47
EMPIRE MARKETING AND MANUFACTURING
ATTN: RON WALLACE, OWNER
3722 BRIGHT AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 249273-12
EXCESS MANAGEMENT SYSTEMS INC
ATTN: DOLORES MILLER
3143 SKYWAY CIRCLE
MELBOURNE, FL 32934

CREDITOR ID: 249408-12
FAUCET PARTS OF AMERICA
ATTN: LEONARD E BOLTZ SR, PRES
652 HOLCOMBE AVE
MOBILE, AL 36606

CREDITOR ID: 249520-12
FIRE FIGHTERS EQUIPMENT
PO BOX 60189
JACKSONVILLE, FL 32236-0189

CREDITOR ID: 408161-97
FIRE FIGHTERS EQUIPMENT
ATTN: ALEX P STOCKEY, PRES
5638 COMMONWEALTH AVE
JACKSONVILLE FL 32254

CREDITOR ID: 407751-97
FLEXI USA INC
ATTN: ULRICH WUEBKER
147 CIRCLE FREEWAY DR
CINCINNATI OH 45246

CREDITOR ID: 249653-12
FLEXI USA INC
ATTN: ULRICH WUEBKER
PO BOX 632154
CINCINNATI, OH 45263-2154

CREDITOR ID: 249974-12
FOURAKER ELECTRONICS INC
ATTN: FORREST FOURAKER, PRES
204 EAST GORDON STREET
VALDOSTA, GA 31601

CREDITOR ID: 250225-12
GADSDEN COUNTY TIMES
ATTN: WENDY ISBELL, BOOKKEEPER
PO BOX 790
QUINCY, FL 32353-0790

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                   **CASE:  05-03817-3F1**

CREDITOR ID: 250432-12
GEORGE COUNTY TIMES
ATTN: O G SELLERS, EDITOR
PO BOX 238
LUCEDALE, MS 39452

CREDITOR ID: 250554-12
GESSNER PRODUCTS CO
ATTN: GEOFFREY K RIES, EXEC VP
PO BOX 389
AMBLER, PA 19002-0389

CREDITOR ID: 250651-12
GLOBAL EQUIPMENT SERVICES
ATTN GUS HARRIS, VP
PO BOX 48592
ST PETERSBURG, FL 33743-8592

CREDITOR ID: 250759-12
GRABERT & SON MOTOR SERVICE
ATTN: LARRY GRABERT, PRES
PO BOX 1044
HOUMA, LA 70361

CREDITOR ID: 384373-47
GREMILLION, STEPHEN J
306 SOUTH MARSHALL
BUNKIE, LA 71322

CREDITOR ID: 250976-12
GRUNSKIS LLC
D/B/A INDUSTRIAL CLEANING EQUIPMENT
ATTN: DIANE GRUNSKIS, PRTNR/MEMB
2600 NW 55TH COURT STE #230
FORT LAUDERDALE, FL 33309

CREDITOR ID: 251197-12
HAMPTON HYDRAULICS INC
ATTN: CLARENC E HAMPTON, PRES
90 EAST 4TH STREET
ORLANDO, FL 32824

CREDITOR ID: 251285-12
HARRIS OVERHEAD DOOR
ATTN: GREGORY E HARRIS, PRES
PO BOX 11011
MONTGOMERY, AL 36111-1011

CREDITOR ID: 382661-51
HORIZON NATIONAL CONTRACT SERVICES
ATTN: JOHN WISNIEWSKI
151 BODMAN PLACE
RED BANK, NJ 07701

CREDITOR ID: 384167-47
HORIZON NATIONAL CONTRACT SERVICES LLC
PO BOX 828951
PHILADELPHIA, PA 19182-8951

CREDITOR ID: 251849-12
HOT SHOT STEAM CLEANING
ATTN JOHN P HUTCHINGS, OWNER
PO BOX 242
LAKE COMO, FL 32157-0242

CREDITOR ID: 252284-12
INTERSTATE BATTERY
ATTN: CHRISTINA DASSANISI, OFF MGR
4100 N POWERLINE RD
BLDG - U #2
POMPANO BEACH, FL 33073

CREDITOR ID: 252497-12
JACK'S LOCK & KEY
ATTN: JAMES M RILKINTON, OWNER
1242 NORTH PINETREE BLVD
THOMASVILLE, GA 31792

CREDITOR ID: 381283-47
JOSE H PORQUEZ MD PC
PO BOX 191
MONROE, GA 30655

CREDITOR ID: 407411-15
KARLIN FOODS CORP
C/O KARLIN FOOD PRODUCTS, INC
ATTN MITCHELL KARLIN, PRESIDENT
1845 OAK STREET
NORTHFIELD IL 60093

CREDITOR ID: 253611-12
KARLIN FOODS CORP
ATTN MITCHELL KARLIN, PRESIDENT
135 S LASALLE, DEPT 3729
CHICAGO, IL 60674-3729

CREDITOR ID: 253932-12
KEYBOARD ADVERTISING SPECIALTIES
ATTN: JACK MARTIN, MGR SALES
901 FLEMING STREET
KEY WEST, FL 33040

CREDITOR ID: 254100-12
KOOL DOWN INC
ATTN: DANIEL PERKINS, PRES
PO BOX 2705
ORMOND BEACH, FL 32175

CREDITOR ID: 408160-97
KOOL DOWN INC
ATTN: DANIEL PERKINS, PRES
2706 SOUTH RIDGEWOOD AVE
SOUTH DAYTONA FL 32119

CREDITOR ID: 254243-12
LA ESPANOLA PRODUCTS
ATTN: MAYRA GRABIEL, DIR
PO BOX 450954
MIAMI, FL 33245-0954

CREDITOR ID: 254257-12
LA SEGUNDA
ATTN: RAYMOND MORE, PRES
2512 N 15TH ST
TAMPA, FL 33605-3406

CREDITOR ID: 254840-12
LION PLUMBING SUPPLY INC
ATTN: PAUL GENTILE, PRESIDENT
PO BOX 680730
MIAMI, FL 33168-0730

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 255827-12
MAXFIELD CANDY INC
ATTN: CURTIS BEESLEY, GEN MGR
PO BOX 554
SALT LAKE CITY, UT 84101-0554

CREDITOR ID: 256089-12
MERIDIAN MEDICAL ASSOCIATES PA
ATTN: LINDA K CROWSON, ADMIN
2024 15TH ST 2ND FL
MERIDIAN, MS 39301-4164

CREDITOR ID: 256331-12
MIDDLE GA PARKING LOT SERVICE
ATTN: WAYNE SANDERS, OWNER
303 PRINCESS COURT
DUBLIN, GA 31021

CREDITOR ID: 256638-12
MONTICELLO NEWS
ATTN: RON CICHON, PRES
PO BOX 428
MONTICELLO, FL 32344-0428

CREDITOR ID: 257190-12
NEWHALL LABORATORIES INC
ATTN AL RODRIGUEZ, PRES
26529 RUETHER AVENUE
SANTA CLARITA, CA 91350

CREDITOR ID: 257224-12
NEWTON MANUFACTURING COMPANY
ATTN TONI PESKA
PO BOX 927
1123 1ST AVENUE EAST
NEWTON IA 50208-0927

CREDITOR ID: 257317-12
NORDTECH INC
ATTN: ANNA RINALDI, VP
2460 TEDLO STREET UNIT C
MISSISSAUGA, ON L5A 3V3
CANADA

Notice of Transfer of Claim Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

CREDITOR ID: 257487-12
NUNEZ BOTHERS
ATTN: PEDRO MONTENEGRO, OWNER
9551 NORTHWEST 79TH AVE, BAY#12
HIALEAH GARDENS, FL 33016

CREDITOR ID: 400119-15
PYXIS CONSULTING GROUP INC DBA
BAYFORCE TECHNOLOGY SOLUTIONS ET AL
C/O LAU LANE PIEPER CONLEY ET AL
ATTN CHARLES C LANE, ESQ
PO BOX 838
TAMPA FL 33601

CREDITOR ID: 259092-12
QUALITY SALES, INC
ATTN BRIAN BOULET, OWNER
407 SOUTH AVENUE H
CROWLEY, LA 70526

CREDITOR ID: 259102-12
QUEEN CITY PLUMBING HEATING &
AIR CONDITIONING INC
ATTN HUEY CHEVALON, PRES
1703 WEEKS ST
NEW IBERIA, LA 70560

CREDITOR ID: 259204-12
RAINBOW SIGNS INC
ATTN ROBERT C REED JR, PRESIDENT
337 HIGHWAY 80 WEST
JACKSON, MS 39201

CREDITOR ID: 259222-12
RALSTON FOODS, DIV OF
RALCORP HOLDINGS, INC
ATTN GLENDA F GRIMES, DIR CORP CRED
800 MARKET STREET, SUITE 2150
ST LOUIS MO 63101

CREDITOR ID: 399335-15
RED DIAMOND, INC
DONOVAN COFFEE CO
ATTN COKE LINDSAY
1701 VANDERBILT ROAD
PO BOX 2168
BIRMINGHAM AL 35201-2168

CREDITOR ID: 399335-15
RED DIAMOND, INC.
DONOVAN COFFEE CO
ATTN: WILLIAM BOWRON
1707 VANDERBILT ROAD
BIRMINGHAM AL 35234-1459

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 247702-12
REISS, DAVID MD APMC
ATTN: THERESA PERI, ACCTS RCVBLS
ELMWOOD INDUSTRIAL MEDICINE
5800 PLAUCHE COURT
HARAHAN, LA 70123

CREDITOR ID: 259469-12
REQUA INC
ATTN: MICHAEL J BURKE, CEO
540 BARNUM AVE
PO BOX 2384
BRIDGEPORT, CT 06608

CREDITOR ID: 259656-12
RINALDI PRINTING COMPANY
ATTN: STEVE KIMBLER, VP
4514 EAST ADAMO DRIVE
TAMPA, FL 33605

CREDITOR ID: 259154-12
RJ'S SWEEPER SERVICE
ATTN RICK BARTLEY, PRES
PO BOX 1131
CENTURY, FL 32535

CREDITOR ID: 260714-12
SENECA LIGHT-WATER PLANT
ATTN: ALICE F GRANT, BILL SUPERVISO
PO BOX 4773
SENECA, SC 29679-4773

CREDITOR ID: 261060-12
SIGNS & DESIGNS
ATTN: BENNENT LANCASTER, OWNER
PO BOX 7911
1104 GREEN TEE LANE
ROCKY MOUNT, NC 27804

CREDITOR ID: 242223-12
SOUTHERN PRIDE CATFISH LLC DBA
AMERICAN PRIDE SEAFOODS
ATTN: BOB MYATT, VP FIN
40 HERMAN MELVILLE BLVD
NEW BEDFORD MA 02741

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 261592-12
SPROUTS LAWN AND LANDSCAPE
ATTN: BILL THOMPSON, OWNER
4504 BERMUDA
WICHITA FALLS, TX 76308

CREDITOR ID: 261922-12
STELLYS AUTO AND TRUCK REPAIR
ATTN: MAXIE STELLY, OWNER
125 GILL DR
LAFAYETTE, LA 70507

CREDITOR ID: 262033-12
STONYFIELD FARM INC
ATTN KIMBERLY A QUINN, CR MGR
PO BOX 845569
BOSTON, MA 02284-5569

CREDITOR ID: 262739-12
TEXAS FOOTBALL
EPIC SPORTS CORPORATION
ATTN: MICHAEL BYNUM, PRES
505 DEERING STREET
BIRMINGHAM, AL 35210

CREDITOR ID: 262947-12
THERMO KING OF MIAMI
ATTN CHERYL FARBEN, CR MGR
4333 NW 27TH AVENUE
MIAMI, FL 33142

CREDITOR ID: 263146-12
TM SHEA PRODUCTS
ATTN: PETER A MILLER
984 LIVERNOIS ROAD
TROY, MI 48083

CREDITOR ID: 400557-15
TM SHEA PRODUCTS, INC
C/O WEISMAN YOUNG SCHLOSS ET AL
ATTN JOHN A RUEMENAPP, ESQ
30100 TELEGRAPH ROAD, SUITE 428
BINGHAM FARMS MI 48025

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 381325-47
TRIANGLE PRIMARY CARE ASSOC
12255 CAPITOL BLVD
WAKE FOREST, NC 27587

CREDITOR ID: 408165-97
TRIANGLE PRIMARY CARE ASSOC
ATTN: K B MENJAH, MNG PRTN
851 DURHAM RD, STE D
WAKE FOREST NC 27587

CREDITOR ID: 263556-12
TROPICAL DEL CAMPO INC
ATTN: ROBERTO A WEILL, PRES
1424 NW 82 AVENUE
MIAMI, FL 33126

CREDITOR ID: 263558-12
TROPICAL FOOD AND PASTRY CORP
ATTN: FRANK CRUZ, PRES
565 WEST 27TH STREET
HIALEAH, FL 33010

CREDITOR ID: 407625-97
TROPICAL ISLAND DIST INC
ATTN: MICHAEL KILL, VP
290 MILFORD PT DR
MERRITT ISLAND FL 32952

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:  05-03817-3F1**

CREDITOR ID: 263559-12
TROPICAL ISLAND DIST INC
ATTN: KARLA R CRAWFORD, PRES
PO BOX 542734
MERRITT ISLAND, FL 32954

CREDITOR ID: 263624-12
TULANE INDUSTRIAL LAUNDRY, INC
ATTN J T KAEL, VP/COMPTROLLER
PO BOX 19963
NEW ORLEANS, LA 70179-0963

CREDITOR ID: 403509-15
US COTTON LLC
ATTN RJ GUERRERIO, SR VP-CFO
590 LASER RD
RIO RANCHO NM 87124

CREDITOR ID: 407626-97
VOLUME INC
ATTN: STEVEN RABB, OWNER
PO BOX 845468
BOSTON MA 02284

CREDITOR ID: 264261-12
VOLUME INC
PO BOX 409
SHARON MA 02067

CREDITOR ID: 264318-12
WADE HARDIN PLUMBING INC
ATTN WADE HARDIN, PRESIDENT
2520 GILLESPIE STREET
FAYETTEVILLE, NC 28306

CREDITOR ID: 264357-12
WALLACE THOMSON HOSPITAL
ATTN: MARSHALL HAMMILL, DIR-PFS
PO DRAWER 789
UNION, SC 29379-0789

CREDITOR ID: 384415-47
WEBECO FOODS INC
ATTN: JOSE TEIJEIRO
8225 N.W. 80 STREET
MIAMI, FL 33166

CREDITOR ID: 265150-12
ZACHARY FAMILY PRACTICE
ATTN: J STROUGHTER, OFF MGR
2335 CHURCH STREET, SUITE E
ZACHARY, LA 70791

**Total:   129**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1834**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

3 BROTHERS WELDING MACHINE SHOP INC

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

3 BROTHERS WELDING MACHINE SHOP INC
ATTN F J PITTS, PRES
4001 MOBILE HIGHWAY
MONTGOMERY, AL 36108

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 334 288 8718
Account No.: 241250

Phone: 970 547 9058
Account No.: 407577

Claim No.: 2527

Date Claim Filed: 05/20/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $4,959.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **1809**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A&D AIR COND'G & REFRIGERATION                    MADISON INVESTMENT TRUST - SERIES 3
Name of Transferor                                Name of Transferee

A&D AIR COND'G & REFRIGERATION                    MADISON INVESTMENT TRUST - SERIES 3
ATTN: ALAN FELLER                                 ATTN KRISTY STARK
4670 SW 83RD TERRACE                              6310 LAMAR AVE STE 120
DAVIE, FL 33328                                   OVERLAND PARK KS 66202


Phone:                                            Phone: 800 896 8913
Account No.:  397774                              Account No.:  405906


Claim No.: 32236                                  Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                      Transfer Amount: $3,060.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                 /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 1808

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| A&D AIR CONDITIONING | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

A&D AIR CONDITIONING
AND REFRIGERATION INC
ATTN: ALAN FELLER
4670 SW 83RD TERRACE
DAVIE, FL 33328

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:
Account No.:  241294

Phone: 800 896 8913
Account No.:  405906

Claim No.: 30026

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $19,546.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 1898

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ACTION VACUUMS & REPAIRS                          TRADE-DEBT.NET
Name of Transferor                                Name of Transferee

ACTION VACUUMS & REPAIRS                          TRADE-DEBT.NET
ATTN RAYMOND JACKSON, OWNER                       ATTN TIMOTHY MCGUIRE
2081 BROWNSMILL ROAD                              PO BOX 1487
ATLANTA, GA 30315                                 WEST BABYLON NY 11704

Phone: 404 622 5931                               Phone:
Account No.:  241557                              Account No.:  399395

Claim No.: 3513                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/02/2005             Transfer Amount: $133.66

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                              /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1816**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AEP INDUSTRIES, INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

AEP INDUSTRIES, INC
ATTN ERWIN F STORZ, CR MGR
125 PHILLIPS AVENUE
SOUTH HACKENSACK  NJ 07606

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 201 641 6600
Account No.: 279335

Phone:
Account No.: 399614

Claim No.: 869

Date Claim Filed: 04/27/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $182,768.22

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1781

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALTAVISTA JOURNAL

Name of Transferor

ASM CAPITAL LP

Name of Transferee

ALTAVISTA JOURNAL
ATTN: TERRI S AYERS, ACCTS RCV MGR
PO BOX 530
CHATHAM, VA 24531

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.: 383968

Phone: 5162246040
Account No.: 399729

Claim No.: 37098

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $2,937.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **1992**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN GLASS RESOURCES                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                          Name of Transferee

AMERICAN GLASS RESOURCES                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: LISA HENDRE, VP                        ATTN TRACI FETTE
6401-1 NORTH TRYON STREET                    1565 HOTEL CIRCLE SOUTH STE 310
CHARLOTTE, NC 28213                          SAN DIEGO CA 92108

Phone: 704 599 6399                          Phone: 619 220 8900
Account No.:  381222                         Account No.:  407682

Claim No.: 37060                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                Transfer Amount: $490.65

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                           /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1988**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN LEAK DETECTION

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

AMERICAN LEAK DETECTION
DEALER ALD0145LOU
ATTN LAURA KLEINPETER, OWNER
36530 MISSION ST
PRAIRIEVILLE, LA 70769

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 225 677 8865

Account No.:  242201

Phone: 619 220 8900

Account No.:  407682

Claim No.: 2730

Date Claim Filed: 05/13/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $450.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1802**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ARAMARK UNIFORM & CAREER APPAREL | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

ARAMARK UNIFORM & CAREER APPAREL
DBA ARANARK UNIFORM, DBA WEARGUARD
ATTN STEVEN M FRIEDMAN
115 N FIRST STREET
BURBANK CA 91502

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:
Account No.:  407619

Phone: 800 896 8913
Account No.:  405906

Claim No.: 4086

Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 06/15/2005

Transfer Amount: $328,679.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1993**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AUCELLO, HEATHER

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

AUCELLO, HEATHER
5314 PADSTOW COURT
CHARLOTTE, NC 28213

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone:
Account No.:  251401

Phone: 619 220 8900
Account No.:  407682

AUCELLO, HEATHER
5307 PADSTOW COURT
CHARLOTTE NC 28215

Phone: 704 537 4982
Account No.:  408163

Claim No.: 36397

Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:

Transfer Amount: $248.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

                                                                         Docket No.: 1803

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BAKER DISTRIBUTING COMPANY, LLC                          MADISON INVESTMENT TRUST - SERIES 3
Name of Transferor                                       Name of Transferee

BAKER DISTRIBUTING COMPANY, LLC                          MADISON INVESTMENT TRUST - SERIES 3
ATTN GREG HILTON, CREDIT DIRECTOR                        ATTN KRISTY STARK
7892 BAYMEADOWS WAY                                      6310 LAMAR AVE STE 120
JACKSONVILLE FL 32256                                    OVERLAND PARK KS 66202

Phone: 904 419 2208                                      Phone: 800 896 8913
Account No.:  407448                                     Account No.:  405906

Claim No.: 4073                                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/14/2005                             Transfer Amount: $334,745.91

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                        /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1982**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BASS FARMS

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

BASS FARMS
ATTN KENNETH WAYNE EDWARDS, PRES
PO BOX 126
SPRING HOPE, NC 27882

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 252 478 4147
Account No.:  243113

Phone:
Account No.:  399614

Claim No.: 4122
Date Claim Filed: 06/16/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $6,379.26

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                          Docket No.: 1856

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BENCHMARK RECRUITING                          REDROCK CAPITAL PARTNERS LLC

Name of Transferor                            Name of Transferee

BENCHMARK RECRUITING                          REDROCK CAPITAL PARTNERS LLC
ATTN L MICHAEL TARON, OWNER                   ATTN CRAIG KLEIN
PO BOX 627                                    111 S MAIN ST STE C11
COTTONWOOD, AZ 86326                          PO BOX 9095
                                              BRECKENRIDGE CO 80424


Phone: 266 276 2441                           Phone: 970 547 9058
Account No.:  243291                          Account No.:  407577


Claim No.: 33269                              Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $3,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                             /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 1845

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BENCHMARK RECRUITING

Name of Transferor

BENCHMARK RECRUITING
ATTN L MICHAEL TARON, OWNER
PO BOX 627
COTTONWOOD, AZ 86326

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 266 276 2441
Account No.: 243291

Phone: 970 547 9058
Account No.: 407577

Claim No.: 30213
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $14,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 1835

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BERNER FOODS INC

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

| | |
|---|---|
| BERNER FOODS INC<br>ATTN THOMAS D DICKSON, VP/CFO<br>2034 E FACTORY RD<br>DAKOTA IL 61018 | REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| Phone: 815 563 4222<br>Account No.: 243349 | Phone: 970 547 9058<br>Account No.: 407577 |

BERNER FOODS INC
PO BOX 778
FREEPORT, IL 61032

Phone:
Account No.: 243348

Claim No.: 34599

Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $11,044.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1807

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BMK INC CENTRAL | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| BMK INC CENTRAL | MADISON INVESTMENT TRUST - SERIES 3 |
| 135 SOUTH LASALLE | ATTN KRISTY STARK |
| DEPT 2963 | 6310 LAMAR AVE STE 120 |
| CHICAGO, IL 60674-2963 | OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: | Phone: 800 896 8913 |
| Account No.:  243667 | Account No.:  405906 |

BMK INC CENTRAL
ATTN: JIM MOTLEY
2051 MCKENZIE DR
CARROLLTON TX 75006

Phone:
Account No.:  407621

| | |
|---|---|
| Claim No.: 30240 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $400,630.80 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1805

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BMK INC CENTRAL | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

| BMK INC CENTRAL | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| 135 SOUTH LASALLE | ATTN KRISTY STARK |
| DEPT 2963 | 6310 LAMAR AVE STE 120 |
| CHICAGO, IL 60674-2963 | OVERLAND PARK KS 66202 |

| Phone: | Phone: 800 896 8913 |
|---|---|
| Account No.:  243667 | Account No.:  405906 |

BMK INC CENTRAL
ATTN: JIM MOTLEY
2051 MCKENZIE DR
CARROLLTON TX 75006

Phone:
Account No.:  407621

| Claim No.: 35953 | Full Transfer: (X)        Partial Transfer: |
|---|---|
| Date Claim Filed: 04/07/2005 | Transfer Amount: $112,496.91 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1804

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BMK INC CENTRAL | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| BMK INC CENTRAL | MADISON INVESTMENT TRUST - SERIES 3 |
| 135 SOUTH LASALLE | ATTN KRISTY STARK |
| DEPT 2963 | 6310 LAMAR AVE STE 120 |
| CHICAGO, IL 60674-2963 | OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: | Phone: 800 896 8913 |
| Account No.:  243667 | Account No.:  405906 |

BMK INC CENTRAL
ATTN: JIM MOTLEY
2051 MCKENZIE DR
CARROLLTON TX 75006

Phone:
Account No.:  407621

| | |
|---|---|
| Claim No.: 33286 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $117,046.61 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                    /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

                                                                    Docket No.: 1806

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BMK INC WEST                                          MADISON INVESTMENT TRUST - SERIES 3

Name of Transferor                                   Name of Transferee

BMK INC WEST                                         MADISON INVESTMENT TRUST - SERIES 3
135 S LASALLE  DEPT 2907                             ATTN KRISTY STARK
CHICAGO, IL 60674-2907                               6310 LAMAR AVE STE 120
                                                     OVERLAND PARK KS 66202

Phone:                                               Phone: 800 896 8913
Account No.:  243668                                 Account No.:  405906

BMK INC WEST
ATTN: JIM MOTLEY
2051 MCKENZIE DR
CARROLLTON TX 75006

Phone:
Account No.:  407623

Claim No.: 33287                                     Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                         Transfer Amount: $122,620.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                    /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1994

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BURTS BEE

Name of Transferor

BURTS BEE
ATTN: SHEILA CLARK, A/R MGR
PO BOX 13489
DURHAM, NC 27709

Phone: 919 998 5200 ext4118
Account No.: 244217

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33317

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $380.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1836**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

C&S WELDING & FABRICATION

Name of Transferor

C&S WELDING & FABRICATION
ATTN: CARL LANGLEY, OWNER
17008 EAST COOPER ROAD
INDEPENDENCE, LA 70443


Phone:
Account No.:  384025

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424


Phone: 970 547 9058
Account No.:  407577

Claim No.: 34415

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $1,526.98

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.:** 05-03817-3F1

**Docket No.:** 2043

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CABOT CREAMERY COOPERATIVE INC

Name of Transferor

CABOT CREAMERY COOPERATIVE INC
ATTN LAURA DEPRATO, CREDIT MGR
1 HOME FARM WAY
MONTPELIER VT 05602

Phone: 802 229 9361
Account No.: 244330

CABOT CREAMERY COOPERATIVE INC
ATTN: ED TOWNLEY, VP CONTROLLER
1 HOME FARM WAY
MONTPELIER VT 05602

Phone: 802 229 9361
Account No.: 408162

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 3400

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 06/02/2005

Transfer Amount: $22,913.52

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1983

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CADENCE NETWORK INC                       AMROC INVESTMENTS LLC
Name of Transferor                        Name of Transferee

CADENCE NETWORK INC                       AMROC INVESTMENTS LLC
ATTN PETER M MCKNIGHT, VP                  ATTN DAVID S LEINWAND ESQ
105 EAST 4TH STREET, SUITE 250            535 MADISON AVE 15TH FLR
CINCINNATI OH 45202                       NEW YORK NY 10022


Phone: 513 763 3100                       Phone:
Account No.: 244337                       Account No.: 399614

CADENCE NETWORK INC
ATTN: JIM HENDRICKS
105 EAST FOURTH STREET STE 250
CINCINNATI OH 45202



Phone:
Account No.: 404296


Claim No.: 2621                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/23/2005              Transfer Amount: $121,838.87


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2005                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1996**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CARPET RENTALS INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

CARPET RENTALS INC
ATTN: A JAMES GARDNER, GEN MGR
PO BOX 5386
STATESVILLE, NC 28687-5386

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 704 872 4461
Account No.:  244676

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32533

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>          Partial Transfer:

Transfer Amount: $212.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1995**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CARPET RENTALS INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

CARPET RENTALS INC
ATTN: A JAMES GARDNER, GEN MGR
PO BOX 5386
STATESVILLE, NC 28687-5386

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 704 872 4461
Account No.:  244676

Phone: 619 220 8900
Account No.:  407682

Claim No.: 36008
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $336.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **1907**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CED, INC

Name of Transferor

CED, INC
ATTN: MICHAEL LUNDBERG, DIV CR MGR
PO BOX 82988
TAMPA FL 33682


Phone: 813 968 0020
Account No.:  244833

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.:  407682

Claim No.: 1284

Date Claim Filed: 05/10/2005

Full Transfer: <u>(X)</u>        Partial Transfer:

Transfer Amount: $400.34

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1997**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CENTURA BANK

Name of Transferor

CENTURA BANK
ATTN: KRISTI WINSTON, OPER MGR
PO BOX 1220
MAIL CODE 000-906-0106
ROCKY MOUNT, NC 27802


Phone: 252 454 8530
Account No.:  244916

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.:  407682

Claim No.: 36021

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,225.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 1810

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CHARTHOUSE LEARNING

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

CHARTHOUSE LEARNING
ATTN: PAT GURNON
221 RIVER RIDGE CR
BURNSVILLE, MN 55337

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:
Account No.:  245117

Phone: 800 896 8913
Account No.:  405906

Claim No.: 30334                    Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005        Transfer Amount: $2,942.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1923

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CJ'S SALES & SERVICE

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

CJ'S SALES & SERVICE
ATTN DUDLEY A HARGROVE, OWNER
132 NE 17TH PLACE
OCALA, FL 34470

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:
Account No.: 246291

Phone: 800 896 8913
Account No.: 405906

Claim No.: 1401

Date Claim Filed: 05/12/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $24,080.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                               Docket No.: **2025**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLOROX SALES CO-KPD                              AMROC INVESTMENTS LLC

Name of Transferor                               Name of Transferee

CLOROX SALES CO-KPD                              AMROC INVESTMENTS LLC
ATTN: SYBIL SHAW, CRED MGR                       ATTN DAVID S LEINWAND ESQ
PO BOX 75601                                     535 MADISON AVE 15TH FLR
CHARLOTTE, NC 28275-5601                         NEW YORK NY 10022


Phone:                                           Phone:
Account No.: 384064                              Account No.: 399614


Claim No.: 35732                          Full Transfer:          Partial Transfer: <u>(X)</u>
Date Claim Filed: 04/07/2005              Transfer Amount: $1,166,082.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1998**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CMI ELECTRONICS

Name of Transferor

CMI ELECTRONICS
ATTN: PHILIP D GARNER, CFO
436 A HACKLE DRIVE
MONTGOMERY, AL 36117

Phone: 334 272 5635
Account No.:  246510

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32569

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $491.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1999

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COBY MILLER'S LAWN CARE, INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

COBY MILLER'S LAWN CARE, INC
ATTN COBY J MILLER, OWNER/PRESIDENT
6041 WEST PARK AVE
HOUMA, LA 70364

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 985 851 2290
Account No.:  246568

Phone: 619 220 8900
Account No.:  407682

Claim No.: 33468

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $775.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                                                Docket No.: **1758**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONSOLIDATED BISCUIT COMPANY                     SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferor                                               Name of Transferee

CONSOLIDATED BISCUIT COMPANY                     SPCP GROUP LLC AGT OF SILVER PT CAP
PO BOX 631073                                                   FUND LP & SILVER PT CAP OFFSHORE
CINCINNATI, OH 45263-1073                                ATTN BRIAN JARMAIN
                                                                          2 GREENWICH PLAZA
                                                                          GREENWICH CT 06830

Phone:                                                             Phone:
Account No.:  246889                                          Account No.:  407520

CONSOLIDATED BISCUIT CO.
ATTN: BILL VARNEY
312 RADER ROAD
MCCOMB, OH 45858

Phone:
Account No.:  279000

Claim No.: 34717                                    Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $916,570.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                          /s/ Logan & Company, Inc.

                                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1910

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COUNTY WELDING EQUIP CO

Name of Transferor

COUNTY WELDING EQUIP CO
ATTN: DEBRA ROBENHYMER, CONTROLLER
1701 NORTH POWERLINE ROAD
POMPANO BEACH, FL 33069-1624


Phone: 954 978 9494
Account No.: 247091

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 32584

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $107.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1837

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CUMMINGS STRIPING & SWEEPING                    REDROCK CAPITAL PARTNERS LLC
Name of Transferor                               Name of Transferee

CUMMINGS STRIPING & SWEEPING                     REDROCK CAPITAL PARTNERS LLC
ATTN: LARRY CUMMINGS, OWNER                       ATTN CRAIG KLEIN
11239 GENERAL OTT ROAD                           111 S MAIN ST STE C11
HAMMOND, LA 70403                                PO BOX 9095
                                                 BRECKENRIDGE CO 80424

Phone:                                           Phone: 970 547 9058
Account No.:  384077                             Account No.:  407577

Claim No.: 34419                                 Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $27,900.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

Docket No.: 1911

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CURTIS COMPANY                                            DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                        Name of Transferee

CURTIS COMPANY                                            DEBT ACQUISITION COMPANY OF AMERICA
ATTN: LARRY A HUFFSTETTER, PRES                           ATTN TRACI FETTE
PO BOX 210215                                            1565 HOTEL CIRCLE SOUTH STE 310
886 PLANTATION WAY                                       SAN DIEGO CA 92108
MONTGOMERY, AL 36121-0215


Phone: 800 228 5937                                      Phone: 619 220 8900
Account No.:  247346                                     Account No.:  407682


Claim No.: 33514                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                             Transfer Amount: $187.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                        /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1929

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CURTIS ENVIRONMENTAL SERVICES

Name of Transferor

CURTIS ENVIRONMENTAL SERVICES
ATTN: GINGER CURTIS, TREAS
PO BOX 485
185 BELLE TERRE BLVD, SUITE D
LAPLACE, LA 70068


Phone:
Account No.:  247349

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424


Phone: 970 547 9058
Account No.:  407577

Claim No.: 33515

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,267.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**              Case No.: **05-03817-3F1**

                                                          Docket No.: **1909**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DANIEL, MICHELE                                DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                             Name of Transferee

DANIEL, MICHELE                                DEBT ACQUISITION COMPANY OF AMERICA
2761 ARBOR AVENUE SE                           ATTN TRACI FETTE
ATLANTA, GA 30317                              1565 HOTEL CIRCLE SOUTH STE 310
                                               SAN DIEGO CA 92108

Phone: 404 378 0145                            Phone: 619 220 8900
Account No.:  381215                           Account No.:  407682

Claim No.: 37058                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                              /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                    Case No.: **05-03817-3F1**

Docket No.: **2001**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAVIS, FREEDA                                              DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                                         Name of Transferee

DAVIS, FREEDA                                              DEBT ACQUISITION COMPANY OF AMERICA
175 SOUTH EAST 7TH STREET                                  ATTN TRACI FETTE
DEERFIELD BEACH, FL 33351                                  1565 HOTEL CIRCLE SOUTH STE 310
                                                           SAN DIEGO CA 92108

Phone: 954 360 7205                                        Phone: 619 220 8900
Account No.:  381289                                       Account No.:  407682

Claim No.: 31984                                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                               Transfer Amount: $312.65

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                          /s/ Logan & Company, Inc.

                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2002

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOCTORS MEMORIAL HOSPITAL

Name of Transferor

DOCTORS MEMORIAL HOSPITAL
ATTN: PHILIP M MILLER
PO BOX 1847
PERRY, FL 32347-1847


Phone: 850 584 0860
Account No.: 248267

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 30666

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $330.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                      Case No.: **05-03817-3F1**

                                                                                Docket No.: **2003**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOWN HOME MEDICAL                                       DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                      Name of Transferee

DOWN HOME MEDICAL                                       DEBT ACQUISITION COMPANY OF AMERICA
ATTN: MICHAEL O STICK MD, OWNER                         ATTN TRACI FETTE
312 S WASHINGTON ST                                     1565 HOTEL CIRCLE SOUTH STE 310
PO BOX 902                                              SAN DIEGO CA 92108
MADISON, FL 32341-0902


Phone: 850 973 4590                                     Phone: 619 220 8900
Account No.:  248487                                    Account No.:  407682


Claim No.: 30674                                        Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                            Transfer Amount: $460.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                       /s/ Logan & Company, Inc.

                                                        Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**    Case No.: **05-03817-3F1**

Docket No.: **2036**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DUVAL JANITOR SERVICE INC    REDROCK CAPITAL PARTNERS LLC

Name of Transferor    Name of Transferee

DUVAL JANITOR SERVICE INC    REDROCK CAPITAL PARTNERS LLC
ATTN TIMOTHY C KING, VP    ATTN CRAIG KLEIN
4301 ROOSEVELT BOULEVARD    111 S MAIN ST STE C11
JACKSONVILLE, FL 32210    PO BOX 9095
    BRECKENRIDGE CO 80424

Phone: 904 388 2000    Phone: 970 547 9058
Account No.: 248591    Account No.: 407577

Claim No.: 510    Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 04/07/2005    Transfer Amount: $5,087.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005    /s/ Logan & Company, Inc.

    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2004**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EDWARD DON & COMPANY

Name of Transferor

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Phone:
Account No.:  248810

EDWARD DON & COMPANY
ATTN: RITA GLASER, NAT'L CRED ANALY
2500 S HARLEM AVENUE
N RIVERSIDE IL 60546

Phone: 708 883 8237
Account No.:  408164

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.:  407682

Claim No.: 30693

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>        Partial Transfer:

Transfer Amount: $272.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                                          Docket No.: **1933**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EMPIRE MARKETING AND MANUFACTURING                    AMROC INVESTMENTS LLC

Name of Transferor                                                      Name of Transferee

EMPIRE MARKETING AND MANUFACTURING                    AMROC INVESTMENTS LLC
ATTN: RON WALLACE, OWNER                                      ATTN DAVID S LEINWAND ESQ
3722 BRIGHT AVENUE                                                  535 MADISON AVE 15TH FLR
JACKSONVILLE, FL 32254                                            NEW YORK NY 10022


Phone:                                                                       Phone:
Account No.:  384109                                                  Account No.:  399614


Claim No.: 35742                                           Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                            Transfer Amount: $52,443.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                           /s/ Logan & Company, Inc.

                                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1811**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EXCESS MANAGEMENT SYSTEMS INC

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

EXCESS MANAGEMENT SYSTEMS INC
ATTN: DOLORES MILLER
3143 SKYWAY CIRCLE
MELBOURNE, FL 32934

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:

Account No.: 249273

Phone: 800 896 8913

Account No.: 405906

Claim No.: 30736

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $28,978.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1812

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| EXCESS MANAGEMENT SYSTEMS INC | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

| EXCESS MANAGEMENT SYSTEMS INC | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| ATTN: DOLORES MILLER | ATTN KRISTY STARK |
| 3143 SKYWAY CIRCLE | 6310 LAMAR AVE STE 120 |
| MELBOURNE, FL 32934 | OVERLAND PARK KS 66202 |

| Phone: | Phone: 800 896 8913 |
|---|---|
| Account No.:  249273 | Account No.:  405906 |

Claim No.: 36290                          Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005              Transfer Amount: $5,098.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                         /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1903

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FAUCET PARTS OF AMERICA

Name of Transferor

FAUCET PARTS OF AMERICA
ATTN: LEONARD E BOLTZ SR, PRES
652 HOLCOMBE AVE
MOBILE, AL 36606


Phone:
Account No.:  249408

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.:  407682

Claim No.: 33624

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $137.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2038**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FIRE FIGHTERS EQUIPMENT

Name of Transferor

FIRE FIGHTERS EQUIPMENT
PO BOX 60189
JACKSONVILLE, FL 32236-0189

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone:
Account No.:  249520

FIRE FIGHTERS EQUIPMENT
ATTN: ALEX P STOCKEY, PRES
5638 COMMONWEALTH AVE
JACKSONVILLE FL 32254

Phone:
Account No.:  399395

Phone: 904 388 8542
Account No.:  408161

Claim No.: 32655

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $565.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1

                                                    Docket No.: 1927

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLEXI USA INC                                       MADISON INVESTMENT TRUST - SERIES 3

Name of Transferor                                  Name of Transferee

FLEXI USA INC                                       MADISON INVESTMENT TRUST - SERIES 3
ATTN: ULRICH WUEBKER                                ATTN KRISTY STARK
PO BOX 632154                                       6310 LAMAR AVE STE 120
CINCINNATI, OH 45263-2154                           OVERLAND PARK KS 66202


Phone:                                              Phone: 800 896 8913
Account No.:  249653                                Account No.:  405906

FLEXI USA INC
ATTN: ULRICH WUEBKER
147 CIRCLE FREEWAY DR
CINCINNATI OH 45246


Phone:
Account No.:  407751


Claim No.: 34840                                    Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                        Transfer Amount: $7,336.20


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                   /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2005

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FOURAKER ELECTRONICS INC                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                          Name of Transferee

FOURAKER ELECTRONICS INC                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: FORREST FOURAKER, PRES                ATTN TRACI FETTE
204 EAST GORDON STREET                      1565 HOTEL CIRCLE SOUTH STE 310
VALDOSTA, GA 31601                          SAN DIEGO CA 92108

Phone: 229 242 5513                         Phone: 619 220 8900
Account No.:  249974                        Account No.:  407682

Claim No.: 30804                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                Transfer Amount: $257.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                           /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1898

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GADSDEN COUNTY TIMES

Name of Transferor

TRADE-DEBT.NET

Name of Transferee

GADSDEN COUNTY TIMES
ATTN: WENDY ISBELL, BOOKKEEPER
PO BOX 790
QUINCY, FL 32353-0790

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 850 627 7649
Account No.: 250225

Phone:
Account No.: 399395

Claim No.: 30822

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $900.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                     Case No.: **05-03817-3F1**

                                                                               Docket No.: **1912**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEORGE COUNTY TIMES                                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                     Name of Transferee

GEORGE COUNTY TIMES                                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: O G SELLERS, EDITOR                              ATTN TRACI FETTE
PO BOX 238                                             1565 HOTEL CIRCLE SOUTH STE 310
LUCEDALE, MS 39452                                     SAN DIEGO CA 92108

Phone: 601 947 2967                                    Phone: 619 220 8900
Account No.:  250432                                   Account No.:  407682

Claim No.: 33657                                       Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                           Transfer Amount: $850.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                      /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2006**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GESSNER PRODUCTS CO

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

GESSNER PRODUCTS CO
ATTN: GEOFFREY K RIES, EXEC VP
PO BOX 389
AMBLER, PA 19002-0389

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 215 646 7667
Account No.:  250554

Phone: 619 220 8900
Account No.:  407682

Claim No.: 34876

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>          Partial Transfer:

Transfer Amount: $591.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1632

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GLOBAL EQUIPMENT SERVICES                          ASM CAPITAL LP

Name of Transferor                                 Name of Transferee

GLOBAL EQUIPMENT SERVICES                          ASM CAPITAL LP
ATTN GUS HARRIS, VP                                ATTN ADAM MOSKOWITZ
PO BOX 48592                                       7600 JERICHO TPK STE 302
ST PETERSBURG, FL 33743-8592                       WOODBURY NY 11797


Phone: 800 710 8273                                Phone: 5162246040
Account No.:  250651                               Account No.: 399729


Claim No.: 3846                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/10/2005                       Transfer Amount: $80,464.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                  /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1633

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GLOBAL EQUIPMENT SERVICES

Name of Transferor

ASM CAPITAL LP

Name of Transferee

GLOBAL EQUIPMENT SERVICES
ATTN GUS HARRIS, VP
PO BOX 48592
ST PETERSBURG, FL 33743-8592

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 800 710 8273
Account No.: 250651

Phone: 5162246040
Account No.: 399729

Claim No.: 3845

Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 06/10/2005

Transfer Amount: $9,698.39

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2007**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GRABERT & SON MOTOR SERVICE

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

GRABERT & SON MOTOR SERVICE
ATTN: LARRY GRABERT, PRES
PO BOX 1044
HOUMA, LA 70361

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 985 876 7873
Account No.:  250759

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32689

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $388.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2008**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GREMILLION, STEPHEN J

Name of Transferor

GREMILLION, STEPHEN J
306 SOUTH MARSHALL
BUNKIE, LA 71322

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 318 346 2013
Account No.:  384373

Phone: 619 220 8900
Account No.:  407682

Claim No.: 34455

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $675.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1780

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GRUNSKIS LLC
_____

Name of Transferor

GRUNSKIS LLC
D/B/A INDUSTRIAL CLEANING EQUIPMENT
ATTN: DIANE GRUNSKIS, PRTNR/MEMB
2600 NW 55TH COURT STE #230
FORT LAUDERDALE, FL 33309


Phone:
Account No.:  250976

ASM CAPITAL LP
_____

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.:  399729

Claim No.: 32697

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $9,044.34

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.
_____

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2009**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HAMPTON HYDRAULICS INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

HAMPTON HYDRAULICS INC
ATTN: CLARENC E HAMPTON, PRES
90 EAST 4TH STREET
ORLANDO, FL 32824

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 407 851 3616
Account No.:  251197

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32704

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $149.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 2010

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARRIS OVERHEAD DOOR

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

HARRIS OVERHEAD DOOR
ATTN: GREGORY E HARRIS, PRES
PO BOX 11011
MONTGOMERY, AL 36111-1011

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 334 262 1090
Account No.:  251285

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32706

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $425.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1924**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HORIZON NATIONAL CONTRACT SERVICES LLC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| HORIZON NATIONAL CONTRACT SERVICES LLC<br>PO BOX 828951<br>PHILADELPHIA, PA 19182-8951 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: | Phone: 800 896 8913 |
| Account No.:  384167 | Account No.:  405906 |

HORIZON NATIONAL CONTRACT SERVICES
ATTN: JOHN WISNIEWSKI
151 BODMAN PLACE
RED BANK, NJ 07701

Phone:
Account No.:  382661

| | |
|---|---|
| Claim No.: 32138 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $5,679.36 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1925

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HORIZON NATIONAL CONTRACT SERVICES LLC

Name of Transferor

HORIZON NATIONAL CONTRACT SERVICES LLC
PO BOX 828951
PHILADELPHIA, PA 19182-8951

Phone:
Account No.: 384167

HORIZON NATIONAL CONTRACT SERVICES
ATTN: JOHN WISNIEWSKI
151 BODMAN PLACE
RED BANK, NJ 07701

Phone:
Account No.: 382661

Claim No.: 34433
Date Claim Filed: 04/07/2005

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 800 896 8913
Account No.: 405906

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $32,404.34

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1838

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HOT SHOT STEAM CLEANING | REDROCK CAPITAL PARTNERS LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| HOT SHOT STEAM CLEANING | REDROCK CAPITAL PARTNERS LLC |
| ATTN JOHN P HUTCHINGS, OWNER | ATTN CRAIG KLEIN |
| PO BOX 242 | 111 S MAIN ST STE C11 |
| LAKE COMO, FL 32157-0242 | PO BOX 9095 |
| | BRECKENRIDGE CO 80424 |

| | |
|---|---|
| Phone: 386 649 8402 | Phone: 970 547 9058 |
| Account No.:  251849 | Account No.:  407577 |

| | |
|---|---|
| Claim No.: 486 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/06/2005 | Transfer Amount: $21,130.35 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2011**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INTERSTATE BATTERY

Name of Transferor

INTERSTATE BATTERY
ATTN: CHRISTINA DASSANISI, OFF MGR
4100 N POWERLINE RD
BLDG - U #2
POMPANO BEACH, FL 33073

Phone: 954 971 4311
Account No.: 252284

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 30989                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $199.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2012

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| JACK'S LOCK & KEY | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| JACK'S LOCK & KEY | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: JAMES M RILKINTON, OWNER | ATTN TRACI FETTE |
| 1242 NORTH PINETREE BLVD | 1565 HOTEL CIRCLE SOUTH STE 310 |
| THOMASVILLE, GA 31792 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 229 226 9476 | Phone: 619 220 8900 |
| Account No.: 252497 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 31007 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $207.35 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**         Case No.: **05-03817-3F1**

Docket No.: **1898**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| JOSE H PORQUEZ MD PC | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| | |
| JOSE H PORQUEZ MD PC | TRADE-DEBT.NET |
| PO BOX 191 | ATTN TIMOTHY MCGUIRE |
| MONROE, GA 30655 | PO BOX 1487 |
| | WEST BABYLON NY 11704 |

Phone: 770 267 0020                               Phone:

Account No.: 381283                             Account No.: 399395

Claim No.: 37067                         Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005           Transfer Amount: $320.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005                                    /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1851**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| KARLIN FOODS CORP | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| KARLIN FOODS CORP | AMROC INVESTMENTS LLC |
|---|---|
| ATTN MITCHELL KARLIN, PRESIDENT | ATTN DAVID S LEINWAND ESQ |
| 135 S LASALLE, DEPT 3729 | 535 MADISON AVE 15TH FLR |
| CHICAGO, IL 60674-3729 | NEW YORK NY 10022 |

| Phone: 847 441 8336 | Phone: |
|---|---|
| Account No.: 253611 | Account No.: 399614 |

KARLIN FOODS CORP
C/O KARLIN FOOD PRODUCTS, INC
ATTN MITCHELL KARLIN, PRESIDENT
1845 OAK STREET
NORTHFIELD IL 60093

Phone: 847 441 8330
Account No.: 407411

| Claim No.: 3878 | Full Transfer: (X)    Partial Transfer: |
|---|---|
| Date Claim Filed: 06/10/2005 | Transfer Amount: $90,188.81 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
Case No.: 05-03817-3F1

Docket No.: 1898

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KEYBOARD ADVERTISING SPECIALTIES

Name of Transferor

KEYBOARD ADVERTISING SPECIALTIES
ATTN: JACK MARTIN, MGR SALES
901 FLEMING STREET
KEY WEST, FL 33040

Phone: 305 294 3607
Account No.: 253932

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone:
Account No.: 399395

Claim No.: 31063

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $816.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1904**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| KOOL DOWN INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| KOOL DOWN INC | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: DANIEL PERKINS, PRES | ATTN TRACI FETTE |
| PO BOX 2705 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| ORMOND BEACH, FL 32175 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: | Phone: 619 220 8900 |
| Account No.:  254100 | Account No.:  407682 |

KOOL DOWN INC
ATTN: DANIEL PERKINS, PRES
2706 SOUTH RIDGEWOOD AVE
SOUTH DAYTONA FL 32119

Phone: 386 760 1091
Account No.:  408160

| | |
|---|---|
| Claim No.: 30014 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $279.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 1866

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LA ESPANOLA PRODUCTS                      REDROCK CAPITAL PARTNERS LLC
Name of Transferor                        Name of Transferee

LA ESPANOLA PRODUCTS                      REDROCK CAPITAL PARTNERS LLC
ATTN: MAYRA GRABIEL, DIR                  ATTN CRAIG KLEIN
PO BOX 450954                             111 S MAIN ST STE C11
MIAMI, FL 33245-0954                      PO BOX 9095
                                          BRECKENRIDGE CO 80424

Phone:                                    Phone: 970 547 9058
Account No.:  254243                      Account No.:  407577

Claim No.: 31104                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005              Transfer Amount: $338.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                         /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                        Case No.: **05-03817-3F1**

Docket No.: **1779**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LA SEGUNDA                                                        ASM CAPITAL LP

Name of Transferor                                               Name of Transferee

LA SEGUNDA                                                       ASM CAPITAL LP
ATTN: RAYMOND MORE, PRES                                         ATTN ADAM MOSKOWITZ
2512 N 15TH ST                                                   7600 JERICHO TPK STE 302
TAMPA, FL 33605-3406                                             WOODBURY NY 11797


Phone:                                                          Phone: 5162246040
Account No.:  254257                                            Account No.:  399729


Claim No.: 31107                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                        Transfer Amount: $3,688.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                          /s/ Logan & Company, Inc.

                                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **1901**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LION PLUMBING SUPPLY INC

Name of Transferor

LION PLUMBING SUPPLY INC
ATTN: PAUL GENTILE, PRESIDENT
PO BOX 680730
MIAMI, FL 33168-0730

Phone: 305 688 6577
Account No.: 254840

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32773

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>    Partial Transfer:

Transfer Amount: $133.11

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1889

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MAXFIELD CANDY INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

MAXFIELD CANDY INC
ATTN: CURTIS BEESLEY, GEN MGR
PO BOX 554
SALT LAKE CITY, UT 84101-0554

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.:  255827

Phone: 5162246040
Account No.:  399729

Claim No.: 35098

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $18,269.18

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

Docket No.: 1930

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MERIDIAN MEDICAL ASSOCIATES PA | REDROCK CAPITAL PARTNERS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MERIDIAN MEDICAL ASSOCIATES PA | REDROCK CAPITAL PARTNERS LLC |
| ATTN: LINDA K CROWSON, ADMIN | ATTN CRAIG KLEIN |
| 2024 15TH ST 2ND FL | 111 S MAIN ST STE C11 |
| MERIDIAN, MS 39301-4164 | PO BOX 9095 |
| | BRECKENRIDGE CO 80424 |

| | |
|---|---|
| Phone: | Phone: 970 547 9058 |
| Account No.: 256089 | Account No.: 407577 |

| | |
|---|---|
| Claim No.: 33900 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $840.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005                             /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2016**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MIDDLE GA PARKING LOT SERVICE

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

MIDDLE GA PARKING LOT SERVICE
ATTN: WAYNE SANDERS, OWNER
303 PRINCESS COURT
DUBLIN, GA 31021

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 478 278 9130
Account No.: 256331

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36568

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $322.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                              Docket No.: **1935**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MONTICELLO NEWS                                    AMROC INVESTMENTS LLC

Name of Transferor                                 Name of Transferee

MONTICELLO NEWS                                    AMROC INVESTMENTS LLC
ATTN: RON CICHON, PRES                             ATTN DAVID S LEINWAND ESQ
PO BOX 428                                         535 MADISON AVE 15TH FLR
MONTICELLO, FL 32344-0428                          NEW YORK NY 10022


Phone:                                             Phone:
Account No.:  256638                               Account No.:  399614


Claim No.: 31231                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $1,050.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                                  /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1936

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEWHALL LABORATORIES INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

NEWHALL LABORATORIES INC
ATTN AL RODRIGUEZ, PRES
26529 RUETHER AVENUE
SANTA CLARITA, CA 91350

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 661 250 1111
Account No.: 257190

Phone:
Account No.: 399614

Claim No.: 3460
Date Claim Filed: 06/03/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $12,551.11

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

                                                                    Docket No.: **1989**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEWTON MANUFACTURING COMPANY                     DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                               Name of Transferee

NEWTON MANUFACTURING COMPANY                     DEBT ACQUISITION COMPANY OF AMERICA
ATTN TONI PESKA                                  ATTN TRACI FETTE
PO BOX 927                                       1565 HOTEL CIRCLE SOUTH STE 310
1123 1ST AVENUE EAST                             SAN DIEGO CA 92108
NEWTON IA 50208-0927


Phone:                                           Phone: 619 220 8900
Account No.: 257224                              Account No.: 407682


Claim No.: 1165                                  Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 05/09/2005                     Transfer Amount: $603.98

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2017**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NORDTECH INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

NORDTECH INC
ATTN: ANNA RINALDI, VP
2460 TEDLO STREET UNIT C
MISSISSAUGA, ON L5A 3V3 CANADA

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 905 273 5115 ext21
Account No.:  257317

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32282

Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $426.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2018**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NUNEZ BOTHERS

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

NUNEZ BOTHERS
ATTN: PEDRO MONTENEGRO, OWNER
9551 NORTHWEST 79TH AVE, BAY#12
HIALEAH GARDENS, FL 33016

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 305 556 2210
Account No.: 257487

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32843

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $246.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **1926**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PYXIS CONSULTING GROUP INC DBA                    MADISON INVESTMENT TRUST - SERIES 3
Name of Transferor                                Name of Transferee

PYXIS CONSULTING GROUP INC DBA                    MADISON INVESTMENT TRUST - SERIES 3
BAYFORCE TECHNOLOGY SOLUTIONS ET AL               ATTN KRISTY STARK
C/O LAU LANE PIEPER CONLEY ET AL                  6310 LAMAR AVE STE 120
PO BOX 838                                        OVERLAND PARK KS 66202
TAMPA FL 33601

Phone: 813 229 2121                               Phone: 800 896 8913
Account No.:  400119                              Account No.:  405906

BAYFORCE TECHNOLOGY SOLUTIONS
ATTN: MICHAEL NAGY
146 2ND STREET N, SUITE 107
ST PETERSBURG, FL 33701

Phone:
Account No.:  243158

Claim No.: 826                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/25/2005                      Transfer Amount: $70,274.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                 /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1891

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

QUALITY SALES, INC
Name of Transferor

ASM CAPITAL LP
Name of Transferee

QUALITY SALES, INC
ATTN BRIAN BOULET, OWNER
407 SOUTH AVENUE H
CROWLEY, LA 70526

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 337 788 0880
Account No.:  259092

Phone: 5162246040
Account No.:  399729

Claim No.: 489

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/06/2005

Transfer Amount: $2,154.49

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1990

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

QUEEN CITY PLUMBING HEATING &                    DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                               Name of Transferee

QUEEN CITY PLUMBING HEATING &                    DEBT ACQUISITION COMPANY OF AMERICA
AIR CONDITIONING INC                             ATTN TRACI FETTE
ATTN HUEY CHEVALON, PRES                          1565 HOTEL CIRCLE SOUTH STE 310
1703 WEEKS ST                                    SAN DIEGO CA 92108
NEW IBERIA, LA 70560


Phone: 337 364 5188                              Phone: 619 220 8900
Account No.: 259102                              Account No.: 407682


Claim No.: 1460                          Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 05/12/2005             Transfer Amount: $781.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 1862

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RAINBOW SIGNS INC                                          REDROCK CAPITAL PARTNERS LLC

Name of Transferor                                         Name of Transferee

RAINBOW SIGNS INC                                          REDROCK CAPITAL PARTNERS LLC
ATTN ROBERT C REED JR, PRESIDENT                           ATTN CRAIG KLEIN
337 HIGHWAY 80 WEST                                        111 S MAIN ST STE C11
JACKSON, MS 39201                                          PO BOX 9095
                                                           BRECKENRIDGE CO 80424

Phone: 601 353 7711                                        Phone: 970 547 9058
Account No.:  259204                                       Account No.:  407577

Claim No.: 34072                                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                               Transfer Amount: $242,679.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                          /s/ Logan & Company, Inc.

                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 1850

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RALSTON FOODS, DIV OF

Name of Transferor

RALSTON FOODS, DIV OF
RALCORP HOLDINGS, INC
ATTN GLENDA F GRIMES, DIR CORP CRED
800 MARKET STREET, SUITE 2150
ST LOUIS MO 63101

Phone: 314 877 7033
Account No.: 259222

AMROC INVESTMENTS LLC

Name of Transferee

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.: 399614

Claim No.: 3843
Date Claim Filed: 06/10/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $356,723.13

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1833

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RED DIAMOND, INC

Name of Transferor

RED DIAMOND, INC
DONOVAN COFFEE CO
ATTN COKE LINDSAY
1701 VANDERBILT RD, PO BOX 2168
BIRMINGHAM AL 35201-2168

Phone:
Account No.: 399335

RED DIAMOND, INC.
DONOVAN COFFEE CO
ATTN: WILLIAM BOWRON
1701 VANDERBILT ROAD
BIRMINGHAM AL 35234-1459

Phone:
Account No.: 399336

Claim No.: 467
Date Claim Filed: 04/04/2005

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $67,342.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2000

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

REISS, DAVID MD APMC

Name of Transferor

REISS, DAVID MD APMC
ATTN: THERESA PERI, ACCTS RCVBLS
ELMWOOD INDUSTRIAL MEDICINE
5800 PLAUCHE COURT
HARAHAN, LA 70123


Phone: 504 733 5885
Account No.: 247702

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 33539

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $185.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1902

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

REQUA INC                                       DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                              Name of Transferee

REQUA INC                                       DEBT ACQUISITION COMPANY OF AMERICA
ATTN: MICHAEL J BURKE, CEO                      ATTN TRACI FETTE
540 BARNUM AVE                                  1565 HOTEL CIRCLE SOUTH STE 310
PO BOX 2384                                     SAN DIEGO CA 92108
BRIDGEPORT, CT 06608


Phone: 203 345 0110                             Phone: 619 220 8900
Account No.:  259469                            Account No.:  407682


Claim No.: 35288                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $514.89

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                               /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1890

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RINALDI PRINTING COMPANY

Name of Transferor

ASM CAPITAL LP

Name of Transferee

RINALDI PRINTING COMPANY
ATTN: STEVE KIMBLER, VP
4514 EAST ADAMO DRIVE
TAMPA, FL 33605

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.: 259656

Phone: 5162246040
Account No.: 399729

Claim No.: 31472

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $11,170.64

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1857

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RJ'S SWEEPER SERVICE

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

RJ'S SWEEPER SERVICE
ATTN RICK BARTLEY, PRES
PO BOX 1131
CENTURY, FL 32535

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 850 327 6715
Account No.: 259154

Phone: 970 547 9058
Account No.: 407577

Claim No.: 34069
Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:
Transfer Amount: $2,747.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| :---: |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2019**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SENECA LIGHT-WATER PLANT

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

SENECA LIGHT-WATER PLANT
ATTN: ALICE F GRANT, BILL SUPERVISO
PO BOX 4773
SENECA, SC 29679-4773

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 964 885 2728
Account No.:  260714

Phone: 619 220 8900
Account No.:  407682

Claim No.: 36770

Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:

Transfer Amount: $235.13

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                          Docket No.: 1937

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SIGNS & DESIGNS                                SreAMROC INVESTMENTS LLC

Name of Transferor                             Name of Transferee

SIGNS & DESIGNS                                AMROC INVESTMENTS LLC
ATTN: BENNENT LANCASTER, OWNER                 ATTN DAVID S LEINWAND ESQ
PO BOX 7911                                    535 MADISON AVE 15TH FLR
1104 GREEN TEE LANE                            NEW YORK NY 10022
ROCKY MOUNT, NC 27804


Phone:                                         Phone:
Account No.:  261060                           Account No.:  399614



Claim No.: 36782                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $1,215.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                              /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1787

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN PRIDE CATFISH LLC DBA

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

SOUTHERN PRIDE CATFISH LLC DBA
AMERICAN PRIDE SEAFOODS
ATTN: BOB MYATT, VP FIN
40 HERMAN MELVILLE BLVD
NEW BEDFORD MA 02741

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 508 997 0031
Account No.:  242223

Phone:
Account No.: 399614

Claim No.: 3002

Date Claim Filed: 05/27/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,034,429.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1840

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SPROUTS LAWN AND LANDSCAPE

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

SPROUTS LAWN AND LANDSCAPE
ATTN: BILL THOMPSON, OWNER
4504 BERMUDA
WICHITA FALLS, TX 76308

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone:
Account No.:  261592

Phone: 970 547 9058
Account No.:  407577

Claim No.: 31606

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $265.21

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1905

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

STELLYS AUTO AND TRUCK REPAIR

Name of Transferor

STELLYS AUTO AND TRUCK REPAIR
ATTN: MAXIE STELLY, OWNER
125 GILL DR
LAFAYETTE, LA 70507

Phone: 337 235 7817
Account No.:  261922

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.:  407682

Claim No.: 32956

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $313.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1892

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

STONYFIELD FARM INC

Name of Transferor

STONYFIELD FARM INC
ATTN KIMBERLY A QUINN, CR MGR
PO BOX 845569
BOSTON, MA 02284-5569

Phone: 603 437 4040
Account No.: 262033

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 35404

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $11,248.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
Case No.: 05-03817-3F1

Docket No.: 1793

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TEXAS FOOTBALL

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

TEXAS FOOTBALL
EPIC SPORTS CORPORATION
ATTN: MICHAEL BYNUM, PRES
505 DEERING STREET
BIRMINGHAM, AL 35210

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  262739

Phone:
Account No.:  399614

Claim No.: 34233

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $3,464.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **2020**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| THERMO KING OF MIAMI | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| THERMO KING OF MIAMI | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN CHERYL FARBEN, CR MGR | ATTN TRACI FETTE |
| 4333 NW 27TH AVENUE | 1565 HOTEL CIRCLE SOUTH STE 310 |
| MIAMI, FL 33142 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 305 633 0585 | Phone: 619 220 8900 |
| Account No.: 262947 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 32983 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $715.18 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

                                        /s/ Logan & Company, Inc.

                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 1986

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| TM SHEA PRODUCTS, INC | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| TM SHEA PRODUCTS, INC | AMROC INVESTMENTS LLC |
| C/O WEISMAN YOUNG SCHLOSS ET AL | ATTN DAVID S LEINWAND ESQ |
| ATTN JOHN A RUEMENAPP, ESQ | 535 MADISON AVE 15TH FLR |
| 30100 TELEGRAPH ROAD, SUITE 428 | NEW YORK NY 10022 |
| BINGHAM FARMS MI 48025 | |

| | |
|---|---|
| Phone: 248 258 2700 | Phone: |
| Account No.:  400557 | Account No.:  399614 |

TM SHEA PRODUCTS
ATTN: PETER A MILLER
984 LIVERNOIS ROAD
TROY, MI 48083

Phone:
Account No.:  263146

| | |
|---|---|
| Claim No.: 872 | Full Transfer: (X)       Partial Transfer: |
| Date Claim Filed: 04/27/2005 | Transfer Amount: $113,775.91 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                          /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                Case No.: 05-03817-3F1

                                                                     Docket No.: 2021

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TRIANGLE PRIMARY CARE ASSOC                        DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                 Name of Transferee

TRIANGLE PRIMARY CARE ASSOC                        DEBT ACQUISITION COMPANY OF AMERICA
12255 CAPITOL BLVD                                 ATTN TRACI FETTE
WAKE FOREST, NC 27587                              1565 HOTEL CIRCLE SOUTH STE 310
                                                   SAN DIEGO CA 92108

Phone:                                             Phone: 619 220 8900
Account No.:  381325                               Account No.:  407682

TRIANGLE PRIMARY CARE ASSOC
ATTN: K B MENJAH, MNG PRTN
851 DURHAM RD, STE D
WAKE FOREST NC 27587

Phone: 919 556 0900
Account No.:  408165

Claim No.: 37070                                   Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $275.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                                  /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1898

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TROPICAL DEL CAMPO INC                          TRADE-DEBT.NET

Name of Transferor                              Name of Transferee

TROPICAL DEL CAMPO INC                          TRADE-DEBT.NET
ATTN: ROBERTO A WEILL, PRES                     ATTN TIMOTHY MCGUIRE
1424 NW 82 AVENUE                               PO BOX 1487
MIAMI, FL 33126                                 WEST BABYLON NY 11704

Phone: 605 716 0078                             Phone:
Account No.: 263556                             Account No.: 399395

Claim No.: 31770                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $1,074.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005                               /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1842

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TROPICAL FOOD AND PASTRY CORP                    REDROCK CAPITAL PARTNERS LLC

Name of Transferor                               Name of Transferee

TROPICAL FOOD AND PASTRY CORP                    REDROCK CAPITAL PARTNERS LLC
ATTN: FRANK CRUZ, PRES                            ATTN CRAIG KLEIN
565 WEST 27TH STREET                              111 S MAIN ST STE C11
HIALEAH, FL 33010                                PO BOX 9095
                                                 BRECKENRIDGE CO 80424


Phone:                                           Phone: 970 547 9058
Account No.: 263558                              Account No.: 407577


Claim No.: 31771                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $18,548.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1843

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TROPICAL ISLAND DIST INC

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

TROPICAL ISLAND DIST INC
ATTN: KARLA R CRAWFORD, PRES
PO BOX 542734
MERRITT ISLAND, FL 32954

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone:
Account No.:  263559

Phone: 970 547 9058
Account No.:  407577

TROPICAL ISLAND DIST INC
ATTN: MICHAEL KILL, VP
290 MILFORD PT DR
MERRITT ISLAND FL 32952

Phone:
Account No.:  407625

Claim No.: 31772

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $1,086.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1893

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TULANE INDUSTRIAL LAUNDRY, INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

TULANE INDUSTRIAL LAUNDRY, INC
ATTN J T KAEL, VP/COMPTROLLER
PO BOX 19963
NEW ORLEANS, LA 70179-0963

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 504 822 4411
Account No.:  263624

Phone: 5162246040
Account No.:  399729

Claim No.: 34274

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,988.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 1819

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

US COTTON LLC

Name of Transferor

US COTTON LLC
ATTN RJ GUERRERIO, SR VP-CFO
590 LASER RD
RIO RANCHO NM 87124

Phone: 505 892 2269
Account No.:  403509

AMROC INVESTMENTS LLC

Name of Transferee

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  399614

Claim No.: 1232

Date Claim Filed: 05/10/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $34,615.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.       Case No.: 05-03817-3F1

Docket No.: 1844

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| VOLUME INC | REDROCK CAPITAL PARTNERS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| VOLUME INC<br>PO BOX 409<br>SHARON MA 02067 | REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| Phone: | Phone: 970 547 9058 |
| Account No.:  264261 | Account No.:  407577 |

VOLUME INC
ATTN: STEVEN RABB, OWNER
PO BOX 845468
BOSTON MA 02284

Phone:
Account No.:  407626

Claim No.: 35521       Full Transfer: <u>(X)</u>       Partial Transfer:

Date Claim Filed: 04/07/2005       Transfer Amount: $18,239.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005             /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **1908**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WADE HARDIN PLUMBING INC                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                          Name of Transferee

WADE HARDIN PLUMBING INC                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN WADE HARDIN, PRESIDENT                 ATTN TRACI FETTE
2520 GILLESPIE STREET                       1565 HOTEL CIRCLE SOUTH STE 310
FAYETTEVILLE, NC 28306                      SAN DIEGO CA 92108


Phone: 910 486 0334                         Phone: 619 220 8900
Account No.:  264318                        Account No.:  407682


Claim No.: 36972                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                Transfer Amount: $796.39

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/13/2005                           /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2022**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WALLACE THOMSON HOSPITAL

Name of Transferor

WALLACE THOMSON HOSPITAL
ATTN: MARSHALL HAMMILL, DIR-PFS
PO DRAWER 789
UNION, SC 29379-0789

Phone: 964 429 2660
Account No.:  264357

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.:  407682

Claim No.: 36973

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>        Partial Transfer:

Transfer Amount: $306.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1928

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WEBECO FOODS INC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| | |
| WEBECO FOODS INC | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN: JOSE TEIJEIRO | ATTN KRISTY STARK |
| 8225 N.W. 80 STREET | 6310 LAMAR AVE STE 120 |
| MIAMI, FL 33166 | OVERLAND PARK KS 66202 |
| | |
| Phone: | Phone: 800 896 8913 |
| Account No.: 384415 | Account No.: 405906 |

Claim No.: 32229                         Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005             Transfer Amount: $57,849.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2005                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                Case No.: 05-03817-3F1

Docket No.: **2023**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ZACHARY FAMILY PRACTICE                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                         Name of Transferee

ZACHARY FAMILY PRACTICE                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: J STROUGHTER, OFF MGR                ATTN TRACI FETTE
2335 CHURCH STREET, SUITE E                1565 HOTEL CIRCLE SOUTH STE 310
ZACHARY, LA 70791                          SAN DIEGO CA 92108


Phone: 225 654 3607                        Phone: 619 220 8900
Account No.: 265150                        Account No.: 407682


Claim No.: 34336                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005               Transfer Amount: $390.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2005                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.