UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about July 19, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

to be inserted by first class mail, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: July 22, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 408214-97
CLEMENT FIRE & SAFETY CO INC
ATTN: ARTHUR CLEMENT
1921 SECOND STREET
SLIDELL LA 70458

CREDITOR ID: 246416-12
CLEMENT FIRE & SAFETY CO INC
ATTN: ARTHUR CLEMENT, PRES
PO BOX 1044
SLIDELL, LA 70459

CREDITOR ID: 407437-15
DOBOY, INC
ATTN ROXANE CARROLL, CR SPECIALIST
869 SOUTH KNOWLES AVENUE
NEW RICHMOND WI 54017

CREDITOR ID: 249786-12
FLORIDA KEYS SPRING WATER CORP
ATTN: DANIEL DAMOND, PRES
PO BOX 431545
BIG PINE KEY, FL 33043

CREDITOR ID: 256528-12
MITCHELL SIGNS INC
ATTN: W M SIKES, GEN MGR
PO BOX 4177
MERIDIAN, MS 39304

CREDITOR ID: 261048-12
SIG DOBOY INC
ATTN ROXANE CARROLL, CR SPECIALIST
NW-9025 BOX 1450
MINNEAPOLIS MN 55485-9025

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


         **Total:   7**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                           Docket No.: 2215

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CLEMENT FIRE & SAFETY CO INC | TRADE-DEBT.NET |
|---|---|
| Name of Transferor | Name of Transferee |

CLEMENT FIRE & SAFETY CO INC            TRADE-DEBT.NET
ATTN: ARTHUR CLEMENT, PRES              ATTN TIMOTHY MCGUIRE
PO BOX 1044                             PO BOX 1487
SLIDELL, LA 70459                       WEST BABYLON NY 11704

Phone: 985 641 6290                     Phone:
Account No.: 246416                     Account No.: 399395

CLEMENT FIRE & SAFETY CO INC
ATTN: ARTHUR CLEMENT
1921 SECOND STREET
SLIDELL LA 70458

Phone: 985 641 6290
Account No.: 408214

Claim No.: 32566                        Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 04/07/2005            Transfer Amount: $626.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2005                        /s/ Logan & Company, Inc.
                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 2218

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORIDA KEYS SPRING WATER CORP
Name of Transferor

TRADE-DEBT.NET
Name of Transferee

FLORIDA KEYS SPRING WATER CORP
ATTN: DANIEL DAMOND, PRES
PO BOX 431545
BIG PINE KEY, FL 33043

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 310 322 3907
Account No.: 249786

Phone:
Account No.: 399395

Claim No.: 30780
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $1,971.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2217

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MITCHELL SIGNS INC | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| MITCHELL SIGNS INC<br>ATTN: W M SIKES, GEN MGR<br>PO BOX 4177<br>MERIDIAN, MS 39304 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 601 482 7471<br>Account No.: 256528 | Phone:<br>Account No.: 399395 |
| Claim No.: 33921<br>Date Claim Filed: 04/07/2005 | Full Transfer: (X)　　Partial Transfer:<br>Transfer Amount: $202.66 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2005　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2005.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 2216

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SIG DOBOY INC | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| SIG DOBOY INC<br>ATTN ROXANE CARROLL, CR SPECIALIST<br>NW-9025 BOX 1450<br>MINNEAPOLIS MN 55485-9025 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone:<br>Account No.: 261048 | Phone:<br>Account No.: 399395 |

DOBOY, INC
ATTN ROXANE CARROLL, CR SPECIALIST
869 SOUTH KNOWLES AVENUE
NEW RICHMOND WI 54017

Phone:
Account No.: 407437

Claim No.: 4049
Date Claim Filed: 06/14/2005

Full Transfer: (X)   Partial Transfer:
Transfer Amount: $716.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2005.