UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>ET AL.</u>, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE, that the undersigned, Jean Winborne Boyles, Attorney, appearing in the above-captioned case for Waynesville Shopping Center, LLC, a Creditor in the above-captioned case, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (hereinafter "Bankruptcy Rules"), request that service be made on the undersigned of all orders, notices, and other pleadings of any nature, including but not limited to, adversary proceedings filed in this case.

PLEASE TAKE FURTHER NOTICES that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier or otherwise which affect or seek to affect in any way the rights or interests of the above-identified Creditor.

Please mail all notices and other documents required to be served upon creditors to the undersigned at the following addresses:

Jean Winborne Boyles
Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
Two Hannover Square, Suite 2800
Raleigh, NC 27601

Post Office Box 1776
Raleigh, NC 27602
jboyles@jhvgmlaw.com

This the 22nd day of July, 2005.

        Respectfully submitted:

        /s/Jean Winborne Boyles
        Jean Winborne Boyles
        N.C. State Bar No.: 5516
        Attorney for Waynesville Shopping Center, LLC
        Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
        P. O. Box 1776
        Raleigh, NC 27602
        (919) 743-2200   Fax: (919)743-2201
        jboyles@jhvgmlaw.com

F:\Docs\JWB\Waynesville Shopping Center\Notice of Appearance

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the Objection, by placing a true copy of the same in the U.S. Mail, properly addressed with sufficient postage affixed thereon to insure delivery on:

D. J. Baker, Sally McDonald Henry,
    Rosalie Gray and Eric Davis
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, Cynthia C. Jackson
    and Eric McKay
Smith, Hulsey and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

This the 22nd day of July, 2005

/s/Jean Winborne Boyles
Jean Winborne Boyles
N.C. State Bar No.: 5516