UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

　　　　　　　Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about July 15, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

to be inserted by first class mail, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: July 22, 2005

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Page 1 of 1

Notice of Transfer of Claim Other Than For Security

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 243165-12<br>BAYOU DISTRIBUTION SERVICES<br>ATTN: BIFF PRIEUR, PRES<br>PO BOX 7947<br>METAIRIE, LA 70010-7947 | CREDITOR ID: 244388-12<br>CALL ONE, INC<br>ATTN DONNA STROMER, FIN VP<br>8810 ASTRONAUT BLVD<br>CAPE CANAVERAL, FL 32920 |
| CREDITOR ID: 262779-12<br>CAREER CENTER FLORIDA, THE<br>ATTN: JEFF W GARIS, DIR<br>STATE UNIVERSITY<br>UCA 4100<br>TALLAHASSEE, FL 32306-2490 | CREDITOR ID: 381340-47<br>CLAY, MARY<br>402 CHARLES AVENUE<br>BAKER, LA 70714 | CREDITOR ID: 247330-12<br>CUMBERLAND PACKING CORP<br>ATTN JOE KHARGI OR PETER MARSHALL<br>2 CUMBERLAND STREET<br>BROOKLYN, NY 11205 |
| CREDITOR ID: 408182-97<br>CUMBERLAND PACKING CORP<br>ATTN: JEFF EISENSTAD, PRES<br>2 CUMBERLAND STREET<br>BROOKLYN NY 11205 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 381218-47<br>DEMOUCHET, CARLOTTA<br>220 MARGARET STREET, APT 49<br>BREAUX BRIDGE AL 70517 |
| CREDITOR ID: 408183-97<br>FESCO FIRE SUPPRESION EQUIP<br>ATTN: RAE RICE, ACCTG MGR<br>868 DR W J HODGE<br>LOUISVILLE KY 40210 | CREDITOR ID: 249484-12<br>FESCO FIRE SUPPRESION EQUIP<br>868 S 21ST STREET<br>LOUISVILLE, KY 40210 | CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>1700 PACIFIC AVE STE 4100<br>DALLAS TX 75201 |
| CREDITOR ID: 408180-97<br>LANCE INC<br>ATTN: B CLYDE PRESLAR, VP FIN<br>8600 SOUTH BLVD<br>CHARLOTTE NC 28273 | CREDITOR ID: 315679-36<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE NC 28202 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 255231-12<br>MACKS LIVER MUSH<br>ATTN: BENJAMIN RON MCKEE, PRES<br>PO BOX 27<br>POLKVILLE, NC 28136 | CREDITOR ID: 399733-15<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225 | CREDITOR ID: 408179-97<br>ROWLAND COFFEE ROASTERS<br>ATTN: ANGEL SOUTO, VP<br>5605 NW 82ND STREET<br>MIAMI FL 33166-5000 |
| CREDITOR ID: 406176-15<br>ROWLAND COFFEE ROASTERS, INC. D/B/A<br>CAFE BUSTELO & D/B/A CAFE PILON<br>ATTN OSCAR J VILA ESQ<br>5605 NW 82ND AVENUE<br>MIAMI FL 33166 | CREDITOR ID: 384342-47<br>SALEM TECHNOLOGIES INC<br>ATTN: ROBERT M TRIBBLE, PRES<br>2580 SALEM POINT COURT<br>WINSTON SALEM, NC 27103 | CREDITOR ID: 384355-47<br>SERVICE CHEMICAL INDUSTRIES<br>ATTN: BETTY S LANGLEY, PRES<br>PO BOX 11809<br>BIRMINGHAM, AL 35202-1809 |
| CREDITOR ID: 261210-12<br>SNIDER TIRE INC<br>ATTN MARTY G RUDISILL, CR MGR<br>PO BOX 751135<br>CHARLOTTE, NC 28275 | CREDITOR ID: 264501-12<br>WATSON REFRIGERATION INC<br>ATTN CHARLES WATSON JR, PRES<br>PO BOX 99688<br>RALEIGH, NC 27624-9688 | CREDITOR ID: 264724-12<br>WHITE TIRE<br>ATTN DAN MADDY, CREDIT MGR<br>PO BOX 37926<br>CHARLOTTE, NC 28237-7926 |

       Total:    24

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.      Case No.: 05-03817-3F1

Docket No.: 2056

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BAYOU DISTRIBUTION SERVICES | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| BAYOU DISTRIBUTION SERVICES<br>ATTN: BIFF PRIEUR, PRES<br>PO BOX 7947<br>METAIRIE, LA 70010-7947 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| Phone: | Phone: |
| Account No.: 243165 | Account No.: 399614 |

Claim No.: 32496                               Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005                   Transfer Amount: $2,856.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                               /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2075 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CALL ONE, INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| CALL ONE, INC<br>ATTN DONNA STROMER, FIN VP<br>8810 ASTRONAUT BLVD<br>CAPE CANAVERAL, FL 32920 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 321 783 2400 | Phone: 619 220 8900 |
| Account No.: 244388 | Account No.: 407682 |

Claim No.: 2817                                      Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 05/26/2005                         Transfer Amount: $971.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                                     /s/ Logan & Company, Inc.
                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 2076

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CAREER CENTER FLORIDA, THE | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| CAREER CENTER FLORIDA, THE<br>ATTN: JEFF W GARIS, DIR<br>STATE UNIVERSITY<br>UCA 4100<br>TALLAHASSEE, FL 32306-2490 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 850 644 9771 | Phone: 619 220 8900 |
| Account No.: 262779 | Account No.: 407682 |

Claim No.: 31706    Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 04/07/2005    Transfer Amount: $420.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 2078

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CLAY, MARY | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| CLAY, MARY<br>402 CHARLES AVENUE<br>BAKER, LA 70714 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: | Phone: 619 220 8900 |
| Account No.: 381340 | Account No.: 407682 |

Claim No.: 34389  
Date Claim Filed: 04/07/2005  

Full Transfer: (X)   Partial Transfer:  
Transfer Amount: $233.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2060 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CUMBERLAND PACKING CORP | M.D. SASS |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CUMBERLAND PACKING CORP<br>ATTN JOE KHARGI OR PETER MARSHALL<br>2 CUMBERLAND STREET<br>BROOKLYN, NY 11205 | M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| Phone: 718 797 7775 | Phone: |
| Account No.: 247330 | Account No.: 403482 |

CUMBERLAND PACKING CORP
ATTN: JEFF EISENSTAD, PRES
2 CUMBERLAND STREET
BROOKLYN NY 11205

Phone:
Account No.: 408182

| | |
|---|---|
| Claim No.: 1040 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/09/2005 | Transfer Amount: $89,167.35 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/15/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2077

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DEMOUCHET, CARLOTTA | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| DEMOUCHET, CARLOTTA<br>220 MARGARET STREET, APT 49<br>BREAUX BRIDGE AL 70517 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 337 332 3514 | Phone: 619 220 8900 |
| Account No.: 381218 | Account No.: 407682 |

Claim No.: 34376　　　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:

Date Claim Filed: 04/07/2005　　　　　　　　　　　　Transfer Amount: $500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 2079

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| FESCO FIRE SUPPRESION EQUIP | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| FESCO FIRE SUPPRESION EQUIP<br>868 S 21ST STREET<br>LOUISVILLE, KY 40210 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: | Phone: 619 220 8900 |
| Account No.: 249484 | Account No.: 407682 |
| FESCO FIRE SUPPRESION EQUIP<br>ATTN: RAE RICE, ACCTG MGR<br>868 DR W J HODGE<br>LOUISVILLE KY 40210 | |
| Phone: 502 776 1551 | |
| Account No.: 408183 | |
| Claim No.: 32651 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $363.56 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1

                                                    Docket No.: 2058

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LANCE, INC | M.D. SASS |
| Name of Transferor | Name of Transferee |
| LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE NC 28202 | M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| Phone: 704 332 1197 | Phone: |
| Account No.: 315679 | Account No.: 403482 |
| LANCE INC<br>ATTN: B CLYDE PRESLAR, VP FIN<br>8600 SOUTH BLVD<br>CHARLOTTE NC 28273 | |
| Phone: | |
| Account No.: 408180 | |
| Claim No.: 866 | Full Transfer:       Partial Transfer: (X) |
| Date Claim Filed: 04/27/2005 | Transfer Amount: $687,794.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 2057

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MACKS LIVER MUSH | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| MACKS LIVER MUSH<br>ATTN: BENJAMIN RON MCKEE, PRES<br>PO BOX 27<br>POLKVILLE, NC 28136 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| Phone:<br>Account No.: 255231 | Phone:<br>Account No.: 399614 |

Claim No.: 36530            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005        Transfer Amount: $1,545.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2205 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| R&G ASSOCIATES DBA | HMAC 1999-PH1 WATAUGA CTR LTD PART |
| Name of Transferor | Name of Transferee |
| | |
| R&G ASSOCIATES DBA | HMAC 1999-PH1 WATAUGA CTR LTD PART |
| MARKETPLACE PARTNERS LTD | ATTN RUSSELL L REID JR |
| ATTN GEORGE ALLEN, MGR | 1700 PACIFIC AVE STE 4100 |
| 8235 DOUGLAS AVENUE, STE 815, LB-49 | DALLAS TX 75201 |
| DALLAS TX 75225 | |
| | |
| Phone: 214 361 2350 | Phone: 214 969 4769 |
| Account No.: 399733 | Account No.: 408177 |

| | |
|---|---|
| Claim No.: 824 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 04/25/2005 | Transfer Amount: $0.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/15/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 22, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1

Docket No.: 2048

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ROWLAND COFFEE ROASTERS, INC. D/B/A | M.D. SASS |
| Name of Transferor | Name of Transferee |
| ROWLAND COFFEE ROASTERS, INC. D/B/A<br>CAFE BUSTELO & D/B/A CAFE PILON<br>ATTN OSCAR J VILA ESQ<br>5605 NW 82ND AVENUE<br>MIAMI FL 33166 | M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| Phone: 305 594 9064 | Phone: |
| Account No.: 406176 | Account No.: 403482 |
| ROWLAND COFFEE ROASTERS<br>ATTN: ANGEL SOUTO, VP<br>5605 NW 82ND STREET<br>MIAMI FL 33166-5000 | |
| Phone: | |
| Account No.: 408179 | |
| Claim No.: 3510 | Full Transfer:    Partial Transfer: (X) |
| Date Claim Filed: 05/31/2005 | Transfer Amount: $387,907.47 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2059

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SALEM TECHNOLOGIES INC | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

SALEM TECHNOLOGIES INC　　　　　　　　　　　AMROC INVESTMENTS LLC
ATTN: ROBERT M TRIBBLE, PRES　　　　　　　　ATTN DAVID S LEINWAND ESQ
2580 SALEM POINT COURT　　　　　　　　　　　535 MADISON AVE 15TH FLR
WINSTON SALEM, NC 27103　　　　　　　　　　　NEW YORK NY 10022

Phone:　　　　　　　　　　　　　　　　　　　　Phone:
Account No.: 384342　　　　　　　　　　　　　　Account No.: 399614

Claim No.: 35790　　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　　Transfer Amount: $20,781.07

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2061

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SERVICE CHEMICAL INDUSTRIES | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| SERVICE CHEMICAL INDUSTRIES<br>ATTN: BETTY S LANGLEY, PRES<br>PO BOX 11809<br>BIRMINGHAM, AL 35202-1809 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| Phone: | Phone: |
| Account No.: 384355 | Account No.: 399614 |

Claim No.: 34453　　　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　　Partial Transfer:

Date Claim Filed: 04/07/2005　　　　　　　　　　　　　Transfer Amount: $3,721.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 2080

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| Transferor | Transferee |
|---|---|
| SNIDER TIRE INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| SNIDER TIRE INC<br>ATTN MARTY G RUDISILL, CR MGR<br>PO BOX 751135<br>CHARLOTTE, NC 28275 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 336 691 5480 | Phone: 619 220 8900 |
| Account No.: 261210 | Account No.: 407682 |

Claim No.: 2192    Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 05/13/2005    Transfer Amount: $146.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2081

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| WATSON REFRIGERATION INC | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

WATSON REFRIGERATION INC
ATTN CHARLES WATSON JR, PRES
PO BOX 99688
RALEIGH, NC 27624-9688

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 919 266 7341　　　　　　　　　　　　　　　　　　Phone: 619 220 8900
Account No.: 264501　　　　　　　　　　　　　　　　　　Account No.: 407682

Claim No.: 1788　　　　　　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:
Date Claim Filed: 05/17/2005　　　　　　　　　　　　　Transfer Amount: $1,365.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 2082

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WHITE TIRE | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| WHITE TIRE<br>ATTN DAN MADDY, CREDIT MGR<br>PO BOX 37926<br>CHARLOTTE, NC 28237-7926 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 540 342 0859 | Phone: 619 220 8900 |
| Account No.: 264724 | Account No.: 407682 |

Claim No.: 3855  
Date Claim Filed: 06/10/2005  

Full Transfer: (X)   Partial Transfer:  
Transfer Amount: $401.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 22, 2005.