UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**STATEMENT OF PAYMENTS MADE BY DEBTORS TO ORDINARY COURSE PROFESSIONALS FOR THE PERIOD ENDING APRIL 6, 2005 AND DURING THIRTEEN WEEK PERIOD ENDING JUNE 29, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), submit, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, the attached Statement of Payments Made by Debtors to Ordinary Course Professionals for the Period Ending April 6, 2005 and During Thirteen Week Period Ending June 29, 2005.

Dated: July 22, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ Cynthia C. Jackson* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, |
|     Steven Barry Eichel |     Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1**
**Statement of Payments Made by Debtors to Ordinary Course Professionals for the Period Ending April 6, 2005 and During Thirteen Week Period Ending June 29, 2005**

| Vendor | Description of Services | Monthly Cap | Case Cap | Amounts Paid Through Period Ending April 6, 2005 | Amounts Paid During Thirteen Week Period Ending June 29, 2005 | Total Amounts Paid |
|---|---|---|---|---|---|---|
| ADA CONSULTANTS OF NE FLORIDA | ADA Compliance Services | $ 30,000.00 | $ 500,000.00 | $ 8,250.08 | $ - | $ 8,250.08 |
| AIB INTERNATIONAL | Food Safety Auditing | $ 30,000.00 | $ 500,000.00 | $ - | $ 5,044.84 | $ 5,044.84 |
| ALLEN NORTON & BLUE PA CORAL GABLES | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 279.00 | $ 279.00 |
| ASHE & RAFUSE LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 637.50 | $ 637.50 |
| BAKER DONELSON BEARMAN CALDWELL | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 184.00 | $ 184.00 |
| COFFMAN, COLEMAN, ANDREWS & GROGAN | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 2,151.36 | $ 2,151.36 |
| CONSTANGY BROOKS & SMITH LLC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 2,629.90 | $ 2,629.90 |
| EPSTEIN BECKER & GREEN P C | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 1,646.60 | $ 1,646.60 |
| HOLLAND & KNIGHT LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 8,211.54 | $ 8,211.54 |
| KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 554.00 | $ 554.00 |
| LANE POWELL SPEARS LUBERSKY | Aircraft Counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 25,270.29 | $ 25,270.29 |
| LILES GAVIN COSTANTINO & MURPHY | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 370.50 | $ 370.50 |
| MCGLINCHEY STAFFORD | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 839.50 | $ 839.50 |
| OGLETREE DEAKINS NASH | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 200.00 | $ 200.00 |
| ROGERS TOWERS ATTORNEYS AT LAW | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | $ - | $ 7,149.50 | $ 7,149.50 |
| **Totals** | | | | $ 8,250.08 | $ 55,168.53 | $ 63,418.61 |

536823/6A