**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05−bk−03817−JAF
                                                    Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF RESCHEDULED

   NOTICE IS GIVEN that a hearing on August 12, 2005 is rescheduled to August 8, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated July 21, 2005 .

                         David K Oliveria , Clerk of Court
                         300 North Hogan Street Suite 3−350
                         Jacksonville, FL 32202



Copies furnished to:
DEBTOR
DEBTOR'S ATTORNEY
US TRUSTEE
DAVID TIMMONS

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy           Page 1 of 1            Date Rcvd: Jul 21, 2005
Case: 05-03817                Form ID: 3902a         Total Served: 2
```

The following entities were served by first class mail on Jul 23, 2005.
    +DAVID TIMMONS,    #500413239/6A3,    MAIN BUREAU,    PO BOX 9356,    FORT LAUDERDALE, FL 33310-9356
    DAVID TIMMONS,    C/O HAMILTON CORRECTIONAL INSTITUTE,    11419 N.W. COUNTY RD., #249,
      JASPER, FL    32052-3735

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk     David Timmons
cr      David Timmons
                                                                                                                                                            TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2005**                                    Signature: _/s/ Joseph Speetjens_