UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

### ORDER STRIKING RESPONSE OF TOM SCOTT, TAX COMMISSIONER OF DEKALB COUNTY, TO DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF PHARMACCUTICAL PRESCRIPTIONS AND INVENTORY FREE AND CLEAR OF LIENS

The Court finds that the Entry of the Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens on July 20, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Entry of the Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Response of Tom Scott, Tax Commissioner of DeKalb County, to Debtor's Motion for Order Authorizing Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens on July 20, 2005, is stricken from the record.

**DATED July 21, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Mark A. Thompson, Assistant County Attorney, 1300 Commerce Drive, 5th Floor, Decatur, GA 30030
D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY  10036
Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy          Page 1 of 1              Date Rcvd: Jul 21, 2005
Case: 05-03817               Form ID: pdfdoc       Total Served: 1

The following entities were served by first class mail on Jul 23, 2005.
aty        +Mark A. Thompson,    1300 Commerce Drive, 5th Floor,   Decatur, GA 30030-3222

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2005**                           **Signature:** _Joseph Speetjens_