UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | ) Case No. 05-3817-F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEPOSITION OF CKP INTERNATIONAL FOODS, INC.

PLEASE TAKE NOTICE that Developers Diversified Realty Corp. (the "Landlord"), by and through its attorneys, Kelley Drye & Warren LLP, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of a representative of CKP International Foods, Inc. (the "Proposed Assignee").

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, the Proposed Assignee is requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify on the Proposed Assignee's behalf as to information known or reasonably available to the Proposed Assignee as to each of the matters set forth on the attached rider.

The deposition will commence at 11:00 a.m. (Eastern Time) on July 27, 2005, at the offices of CKP International Foods, Inc., and will continue from day to day until completed. The Landlord intends to cause this deposition to be recorded stenographically by a licensed court reporter, who shall be available at the time and place scheduled herein. The Landlord may also cause this deposition to be recorded on videotape pursuant to Rule 30(b)(2) of the Federal Rules

of Civil Procedure, made applicable to this contested matter by Rule 9014 of the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
      July 22, 2005

                                  KELLEY DRYE & WARREN LLP

                                  By: /s/ *Robert L. LeHane*
                                      James S. Carr, Esq.
                                      Robert L. LeHane, Esq.
                                  101 Park Avenue
                                  New York, New York 10178
                                  Tel.: (212) 808-7800
                                  Fax: (212) 808-7897

                                  ATTORNEYS FOR LANDLORD
                                  DEVELOPERS DIVERSIFIED REALTY CORP.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### Rider to Notice of Deposition of CKP International Foods, Inc.

### Topics for Deposition:

1. The financial condition of the Proposed Assignee and/or its guarantor, if any, from 2003 through the present.

2. The Proposed Assignee's principal's and/or the Proposed Assignee's guarantor operating experience regarding an anchor store in a shopping center.

3. The Proposed Assignee's intended use of the Leased Premises.

4. All bases to support the Proposed Assignee's assertion that the assignment to the Proposed Assignee satisfies the requirements of 11 U.S.C. § 365(b)(3).