UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )
                                                  )
WINN-DIXIE STORES, INC., et al.,                  )    Case No. 3:05-bk-03817-JAF
                                                  )
            Debtors.                              )    Chapter 11
                                                  )
                                                  )    Jointly Administered
                                                  )
_____)

## NOTICE OF APPEARANCE

**Stutsman & Thames, P.A.** gives notice of its appearance as additional counsel of record for **Cagle's, Inc.**, and requests, that all notices, pleadings or other documents to be served on Cagle's, Inc. be served on it in care of the undersigned counsel.

STUTSMAN & THAMES, P.A.

                /s/ Nina M. LaFleur
By_____
    Nina M. LaFleur
    Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
nlafleur@stutsman-thames.com
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Cagle's, Inc.

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **David J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to **the Office of the United States Trustee**, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 25 day of July, 2005.

/s/ Nina M. LaFleur
_____
Attorney

56649