**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re | ) Case No. 05-3817-F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

     I, Denver G. Edwards, on July 22, 2005, caused to be served the ***Landlord Developers Diversified Realty Corp.'s First Set Of Interrogatories And Request For Production Of Documents To Proposed Assignee Of Store No. 2718, Chamblee, Georgia*** upon the following parties, via facsimile and overnight mail:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>Fax: 212-735-2000 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>Fax: 904-359-7708 |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>Fax: 212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Fax: 212-530-5219 |
| Associated Wholesale Grocers, Inc.<br>Attn: General Counsel<br>5000 Kansas Avenue<br>P.O. Box 2932<br>Kansas City, Kansas 66110-2932<br>Fax: 913-288-1573 | Alex Lee, Inc.<br>Attn: General Counsel<br>P.O. Box 8090<br>120 Fourth Street SW<br>Hickory, North Carolina 28602<br>Fax :828-725-4435 |
| Tony Chong<br>4975 Jimmy Carter Blvd<br>Suite 110<br>Norcross, Georgia 30093<br>Fax: 770-817-9954 | |

                                                   */s/ Denver G. Edwards*
                                                   Denver G. Edwards