UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et. al.,

    Debtor
_____/

CASE NO: 05-03817-3FQ
(Jointly Administered)
CHAPTER 11

## NOTICE OF ENDORSEMENT

Pursuant to Local Rule 9011-4(f), the undersigned hereby certifies that my original signature was placed on the following document which was filed electronically on July 20, 2005:

**OBJECTION OF BENNETT M. LIFTER TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

I HEREBY CERTIFY that on July 25, 2005, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants listed on attached Mailing List.

    Ben-Ezra & Katz, P.A.
    951 NE 167th Street, Suite 102
    N. Miami Beach, FL 33162
    Telephone: (305) 770-4100
    Fax:      (305) 653-2329

    By: /S/ Marisol Morales
        MARISOL MORALES
        Fla. Bar No. 147478

Our file: 16144

**MAILING LIST**

djbaker@skadden.com
D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036


cjackson@smithhulsey.com
Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

United States Trustee
135 W. Central Blvd, Suite 620
Orlando, FL 32801

Our file: 16144