**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                    Case No. 05-03817
                                          (Jointly Administered)
**WINN-DIXIE STORES, INC., et al.**
                                          Chapter 11
         **Debtors.**

**ORDER ADMITTING ATTORNEYS MARGERY N. REED AND WENDY M. SIMKULAK**
***PRO HAC VICE***

This matter was considered without hearing on Margery N. Reed and Wendy M. Simkulak's Motion to Appear *Pro Hac Vice* in this case pursuant to Local Rules 2090-1(B)(2) and 9013-1(C)(9). The court having reviewed the Motion, the Verifications of Margery N. Reed, Esquire and Wendy M. Simkulak, Esquire, the Consent of Tina M. Talarchyk, Esquire; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that Margery N. Reed, Esquire and Wendy M. Simkulak, Esquire may appear before the court *pro hac vice* as counsel for Principal Life Insurance Company, Inc., in this case subject to the local rules of this court. The following attorney is designated as the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

Tina M. Talarchyk, P.A.
Florida Bar No. 776203
DUANE, MORRIS LLP, 200 S. Biscayne Blvd., Suite 3400, Miami, FL 33131
Tel: 305.960.2200/Fax: 305.960.2201
tmtalarchyk@duanemorris.com

**ORDERED** in the Middle District of Florida on _____.

_____
**Jerry A. Funk**
**United States Bankruptcy Court**