**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

_____/

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN CONNECTION WITH DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING SALE OF PHARMACEUTICAL PRESCRIPTIONS
AND INVENTORY FREE AND CLEAR OF LIENS, CLAIMS AND
INTERESTS AND (B) GRANTING RELATED RELIEF**

The official committee of unsecured creditors (the "<u>Committee</u>") appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby submits this statement (the "<u>Statement</u>") in connection with the Debtors' motion, dated July 1, 2005, for an order (a) authorizing the sale of pharmaceutical prescriptions and inventory free and clear of liens, claims and interests and (b) granting related relief (docket No. 1963, the "<u>Motion</u>"), and respectfully represents as follows:

**BACKGROUND**

1.  On February 21, 2005 (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1330 (as amended, the "<u>Bankruptcy Code</u>"), in the United States

{JA244460;1}

Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

2. On March 1, 2005, the United States Trustee duly appointed the Committee.

3. By order dated April 13, 2005, the New York Bankruptcy Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered solely for procedural purposes. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

## STATEMENT

4. Pursuant to the Motion, the Debtors seek entry of an order (or orders) authorizing the sale of certain pharmaceutical assets (the "Pharmaceutical Assets") free and clear of liens, claims and interests to bidders submitting the highest or otherwise best offer (the "Pharmaceutical Assets Sale"). As the Committee has done in connection with prior sales of pharmaceutical assets, the Committee raised various issues to the Debtors in connection with the Pharmaceutical Assets Sale, including concerns about certain indemnities provided in the proposed agreements for the Pharmaceutical Assets Sale (collectively, the "Pharmaceutical Assets Sale Agreements"). In addition, at the commencement of the auction

of the Pharmaceutical Assets held on July 19, 2005, counsel to the Committee announced on the record the Committee's intent to file this Statement in connection with the Pharmaceutical Assets Sales.

5. The Committee expressly reserves all of its rights to object to any claim or request for the payment of an administrative expense sought by a purchaser under a Pharmaceutical Assets Sale Agreement, including any claim or request for payment on account of indemnification provided

{JA244460;1}                          3

by the Debtors in excess of the purchase price as not providing a benefit to the Debtors' estates.

Dated:    July 25, 2005

                AKERMAN SENTERFITT

                By: */s/ John B. Macdonald*
                    John Macdonald
                    Florida Bar No. 230340
                    E-mail: john.macdonald@akerman.com
                    Patrick P. Patangan
                    Florida Bar No. 348340
                    E-mail: patrick.patangan@akerman.com
                    50 North Laura Street, Suite 2500
                    Jacksonville, Florida  32202
                    Telephone: (904) 798-3700
                    Facsimile: (904) 798-3730

                Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

                and

                MILBANK, TWEED, HADLEY & M$^C$CLOY LLP
                Dennis F. Dunne (DD)
                Matthew S. Barr (MB)
                1 Chase Manhattan Plaza
                New York, NY 10005
                (212) 530-5000

                Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.