# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

## UNOPPOSED MOTION FOR WAIVER OF
## REQUIREMENT TO DESIGNATE LOCAL COUNSEL

Phelps Dunbar LLP ("Phelps"), counsel for Crowder Family Joint Venture ("CFJV"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel ("the Motion"). In support thereof, Phelps states a follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1(c) provides that the Court may waive such designation for good cause shown.

JO:99301433-1

3. The matters pertaining to CFJV at issue in these jointly-administered Chapter 11 cases are limited to assumption or rejection of a single store lease and associated cure or damage issues and retention of local counsel would impose an additional financial burden on CFJV.

4. Further, Phelps has an office in Tampa, Florida, which would allow convenient access to the Court.

5. The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors have stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

6. Based on the foregoing, Phelps requests that the Court grant the firm leave to represent CFJV without the necessity of designating local counsel.

WHEREFORE, Phelps respectfully requests that the Court enter an Order authorizing Phelps to represent CFJV without designating local counsel and granting Phelps such other and further relief to which it may be entitled.

Respectfully submitted on July 25, 2005.

Respectfully submitted,

**CROWDER FAMILY JOINT VENTURE**

By: /s/ Douglas C. Noble

Douglas C. Noble, MS Bar No. 10526
**PHELPS DUNBAR LLP**
111 East Capitol, Suite 600
Post Office Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601) 360-9777

Donald H. Whittemore, FL Bar No. 502073
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served, via electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below:

| | |
|---|---|
| Adam Ravin<br>David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>Aravin@skadden.com<br>Djbaker@skadden.com | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Office of the United State Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL  32801 | Cynthia C. Jackson<br>Smith, Hulsey & Busey<br>1800 Wachovia Tower<br>225 Water Street<br>Jacksonville, FL  32202 |

    Dated this the 25th day of July, 2005.

                                                             /s/  Douglas C. Noble