## EXHIBIT B

TIPPINS BANK & TRUST
P.O. BOX 1900
CORNELIA, GA 30531

THE HERITAGE BANK
P O BOX 1009
HINESVILLE, GA 31313

OCEAN BANK
780 NW 42ND AVENUE
SUITE 600
MIAMI, FL 33126

REGIONS BANK
P.O. BOX 511
MONTGOMERY, AL 35203

FIRST NAT'L BANK OF TALLADEGA
P.O. BOX 797
TALLADEGA, AL 35161

REGIONS BANK
P.O. BOX 511
MONTGOMERY, AL 35203

REGIONS BANK
417 N 20TH ST
BIRMINGHAM, AL 35203

ATLANTIC STATES BANK
2797 OLD 41 ROAD, SE
BONITA SPRINGS, FL 34135

THE SUNRAY COMPANIES
2925 TERRY RD.
JACKSON, MS 39212

BANCORP BANK
P.O. BOX 789
TUPELO, MS 38802

GRAHAM/LITTLE PROPERTIES
22000 WOODCREST PLACE
SUITE 210
BIRMINGHAM, AL 3520

READ DISCOUNT DRUGS
2339 HIGHWAY 15, NORTH
LAUREL, MS 39400

CUSTOM CLEANERS
51 SPILLWAY ROAD
BRANDON, MS 39042

TRUSTMARK NATIONAL BANK
248 E. CAPITOL
JACKSON, MS 39201

NEW IBERIA SAVINGS BANK
PO BOX 12440
NEW IBERIA, LA 70562

BANK OF WEST BATON ROUGE
320 N. ALEXANDER AVE.
PORT ALLEN, LA 70767

COMMUNITY BANK & TRUST - HABER
P.O. BOX 1900
CORNELIA, GA.
CORNELIA, GA 30531

COMMUNITY BANK AND TRUST
PO BOX 250
LAGRANGE, GA 30241

COMMUNITY BANK AND TRUST
PO BOX 430
400 NORTH MAIN STREET
CORNELIA, GA 30209

SUNTRUST BANK REAL ESTATE CORP
201 4TH AVENUE NORTH, STE. 120
MAIL CODE: 1500
NASHVILLE, TN 37219

SUNTRUST BANK REAL ESTATE CORP
201 4TH AVENUE NORTH, STE. 120
MAIL CODE: 1500
NASHVILLE, TN 37219

SUNTRUST BANK REAL ESTATE CORP
201 4TH AVENUE NORTH, STE. 120
MAIL CODE: 1500
NASHVILLE, TN 37219

SUNTRUST BANK REAL ESTATE CORP
201 4TH AVENUE NORTH, STE. 120
MAIL CODE: 1500
NASHVILLE, TN 37219

AMSOUTH BANK
1901 SIXTH AVE. N., SUITE 2001
C/O HARBERT REALTY SERVICES, I
BIRMINGHAM, AL 35203

DENTAL ASSOCIATION OF ELLIS IS
1704 ELLIS AVE., SUITE 122
JACKSON, MS 39204

ELLIS ISLE PACKAGE STORE
1770 ELLIS AVE, SUITE #108
JACKSON, MS 39204

EXPRESS CHECK ADVANCE
5959 SHALLOWFORD RD., SUITE 40
CHATTANOOGA, TN 37421

JOE'S SUPER DISCOUNT DRUGS
1770 ELLIS AVE.
JACKSON, MS 39204

NAILS CITY
1770 ELLIS AVENUE, SUITE 118
JACKSON, MS 39204

SOREY'S VISION CARE
1770 ELLIS AVE., SUITE 146
JACKSON, MS 39204

THE HAIR STATION
1770 ELLIS AVENUE, SUITE 162
JACKSON, MS 39204

BANE DRUG
360 W MONTICELLO
BROOKHAVEN, MS 39601

IRENE SMITH D/B/A JUDY'S SHOES
340 W MONTICELLO ST
BROOKHAVEN, MS 39601

MAGNOLIA LAUNDRIES LLC
46 SUMMERLAND RD.
TAYLORSVILLE, MS 39168

EYELINE OPTICAL EAST, INC.
3111 HWY 80 EAST
PEARL, MS 39208

GRAHAM/LITTLE PROPERTIES
22000 WOODCREST PLACE
SUITE 210
BIRMINGHAM, AL 3520

SOUTHERN DEVELOPMENT
P.O. BOX 1207
PURVIS, MS 39475

AUTO ZONE STORES, INC.
PO BOX 2198, DEPT. 8700
MEMPHIS, TN 38101

DING HOW RESTAURANT
5336 CEDAR PARK DR.
JACKSON, MS 39206

NORTHEAST WINE AND LIQUOR
111 CLEARBROOK RD.
NEWTON, MS 39345

ATLANTIC STATES BANK
P.O.BOX 667
NORCROSS, GA 30091

KPT Properties, L.P.
c/o Kimco Realty Corporation
3333 New Hyde Park road
P.O. Box 5020
New Hyde Park, New York 11042-0020

Atlantic Carolina Retail, LLC
50 Portland Pier, Suite 400
Portland, ME 04101

Brumley, Meyer & Kapp
230 Seven Farms Drive, Suite 200
Daniel Island
Charleston, SC 29492

Collins & Aikman
P. O. Box 580
313 Bethany Road
Albemarle, NC 28001

NORDS LANDSCAPING
2708 E. GARNDER RD.
RALEIGH, NC 27610

THE WRIGHT GROUP LLC
5925 TRIANGLE DR.
RALEIGH, NC 27617

SOUTHEASTERN POWER SWEEPING
154 JOHNSON-BRYD RD.
WARSAW, NC 28398

CHARLES HONEA
451 PRAKE FARM RD.
SENECA, SC 29678

R & W CLEANING
123 OAK DRIVE
ELBERTON, GA 30635

R & W CLEANING
123 OAK DRIVE
ELBERTON, GA 30635

THE LAWN AUTHORITY LAWNCARE &
LANDSCAPING
PO BOX 1025
JACKSON, SC 29831

PROFESSIONAL SWEEPERS
4020 DERBY DRIVE
GAINSVILLE, GA 30507

LANDSCAPE PLUS
PO BOX 445
OAKWOOD, GA 30566

BRIDGES LAWN MAINTENANCE
124 WHITE LANE
GRAY, GA 31032

MIDDLE GA PARKING LOT SERVICE
303 PRINCESS COURT
DUBLIN, GA 31021

CLEAN SWEEP
2412 HAMILL RD.
HIXON, TN 37343

LANDSCAPE ARTS, INC.
PO BOX 22653
CHATTANOOGA, TN 37422

CHARLIE'S & GARY'S LAWN SERVICE &
PARKING LOT MAINETACE
1541 INDEPENANCE SQ.
KANNAPOLIS, NC 28081

SOUTHCO
933 BROAD ST.
CAMDEN, SC 29020

CHARLIE'S & GARY'S LAWN SERVICE &
PARKING LOT MAINETACE
1541 INDEPENANCE SQ.
KANNAPOLIS, NC 28081

LOT-VAC SWEEPING SERVICE
3034 RAMSEAR CHURCH RD.
SHELBY, NC 28150

M/Z LAWN & MAINTENANCE
5103 CIRCLE DR.
SHELBY, NC 28152

HAROLD'S CLEAN SWEEP & LAWN
SERVICE
315 FAT WALL RD.
MARION, NC 28752

HAROLD'S CLEAN SWEEP & LAWN
SERVICE
315 FAT WALL RD.
MARION, NC 28752

SERVICE'S UNLIMITED II
1416 PINEHURST ST.
GASTONIA, NC 28052

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

CLEAN KING
2880 HARPER VALLEY DR.
COLLEGE PARK, GA 30349

T&K LAWN SERVICE
PO BOX 109
LITHIA SPRINGS, GA 30122

KEITH EVANS
655 EASLEY RD.
EDEN, NC 27288

KEVIN EVANS
156 BRANDY WINE
EDEN, NC 27288

FLORIDA AQUATIC MGMT INC
Po Box 1315
Palm Harbor, FL 34682-1315

59 WEST PARTNERS, LTD
P.O. BOX 680176
ATTN: LEASING DEPT
PRATTVILLE  AL  36068

59 WEST PARTNERS, LTD.
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE  AL  36068

A.A.C., INC.
400 MALL BLVD 2ND FLR STE M
PO BOX 16087
SAVANNAH  GA  31406

ADAM-DIX PROPERTIES CORP.
MS. MILDRED GRAY
9118 TINGLE CUT OFF ROAD
, DORA, AL    35062

ADFC, LLC
1040 CROWN POINTE PKWY SUITE 2
ATLANTA  GA  30338

AGAPION, BILL
625 S ELM ST
GREENSBORO, NC 27406-1327

AGAPION, BILL DBA ARCO REALTY CO
625 S ELM STREET
GREENSBORO, NC 27406-1327

AL DAN PENSION INVESTMENTS - I
C/O WEISS
469 7TH AVE SUITE 1300
NEW YORK  NY  10018 7603

ALBION PACIFIC PROP RESOURCES
215 WEST SIXTH STREET, SUITE 1400
LOS ANGELES, CA 90014

ALLARD LLC
695 CENTRAL AVENUE, #207
ST. PETERSBURG, FL 33701

ALS TELFAIR PLAZA
PO BOX 1097
CORDELE, GA 31010

ALS-TELFAIR-PERLIS, L.L.P.
P.O. BOX 1097
CORDELE  GA  31010

ALTAMONTE SSG INC
27001 US HWY 19 N  STE 2095
CLEARWATER, FL 33761

ALTAMONTE SSG, INC.
C/O TRENAM KEMKER SCHARF ET AL
ATTN RICHARD MCINTYRE ESQ
TAMPA, FL 33601-1102

ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO, CA 94118

ALVIN LAPIDUS & LOIS LAPIDUS,LLC
ATTN PAYMENT PROCESSING DEPT
PO BOX 331409
MIAMI  FL  33233 1409

AMERICAN COMMERCIAL REALITY CO
ROEBUCK MARKETPLACE
C/O AMERICAN COMMERCIAL REALIT
ATLANTA, GA 30353-4310

AMERICAN COMMERCIAL REALTY
4400 PGA BOULEVARD, SUITE 305
PALM BEACH GARDENS, FL 33410

APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC.
PO BOX 36799
CHARLOTTE, NC 28236-6799

ARROWHEAD NET LEASE, LP
C/O CARDINAL CAPITAL PARTNERS,
8214 WESTCHESTER DR, 9TH FL
DALLAS TX  75225

ARTESIA MEDICAL DEVELOPMENT CO
21520 SOUTH PIONEER BLVD, SUITE 205
HAWAIIAN  GARDENS, CA 90716

ASHY-BROWN GONZALES
C/O GMAC COMMERICAL MORTGAGE
PO BOX 740988
ATLANTA, GA 30374-0988

ASTON-FIDLER LP
ASTON PROPERTIES INC
6525 MORRISON BLVD SUITE 300
CHARLOTTE  NC  28211

ATLANTIC CAROLINA RETAIL LLC
C/O BRUMLEY MEYER & KAPP
230 SEVEN FARMS DRIVE
CHARLESTON, SC 29492

AUGUSTA EXCHANGE,LLC
P O BO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK  NY  11042 0020

BAGWELL, HAROLD G
PO BOX 1700
GARNER, NC 27529

BAKER & BAKER
PO BOX 12397
COLUMBIA, SC 29211-2397

BANK OF AMERICA, N.A.,AS TRUSTEE W/
BETTY HOLLAND
(SOUTH) AS AGENT C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA  GA  30326

BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL, GA 30075

BARRY F. O'NEILL
1355 TERRELL MILL ROAD, BLDG 1
MARIETTA  GA  30067

BAXLEY ZAMAGIAS LP
C/O LAW OFFICE OF OWEN W KATZ
ATTN OWEN W KATZ, ESQ
PITTSBURGH, PA 15222

BAXLEY ZAMAGIAS LP
336 4th Ave
ATTN VINCE ZAPPA
PITTSBURGH, PA 15222

BELK INVESTMENTS
4508 E. INDEPENCE BOULEVARD
SUITE #207
CHARLOTTE, NC 28205

BELK. B.V., JR
BELK INVESTMENTS
SUITE 207
CHARLOTTE, NC 28205

BELLEVIEW SQUARE CORPORATION
C/O T. COOPER JAMES & ASSOCIATES
PO BOX 10325
GREENSBORO, NC 27404

BELMONT/CENTERMARK, LP
% CHILDRESS KLEIN PROPERTIES
301 S COLLEGE ST. SUITE 2800
CHARLOTTE  NC  28202

BENDERSON DEVELOPMENT CO., INC.
8441 COOPER CREEK BLVD.
UNIVERSITY PARK  FL  34201

BENNETT V YORK
C/O YORK DEVELOPMENTS
112 SHEFFIELD LOOP STE D
HATTIESBURG, MS 39402

BERGERON WD PALMETTO LLC
C/O BERGERON PROPERTIES
19612 SOUTHWEST 69TH PLACE
FORT LAUDERDALE, FL 33332

BILL AGAPION
625 S ELM ST
GREENSBORO  NC  27406 1327

BIRMINGHAM REALTY CO
ATTN:  ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM, AL 35242-4202

BIRMINGHAM REALTY CO
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM  AL  35242 4202

BIRMINGHAM REALTY CO
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM  AL  35242 4202

BIRMINGHAM REALTY CO
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM  AL  35242 4202

BLAINE LAKE LLC
C/O LAMAR ASSET MGMT.
365 SOUTH STREET
MORRISTOWN, NJ 07960

BLAKE P. GARRETT, JR AND GEORGE B.
NALLEY, JR.
PO BOX 1929
EASLEY  SC  29641 1929

BLANCHARD & CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA, GA 30903-1808

BONNERS POINT LLC
C/O RETAIL MANAGEMENT GROUP
PO BOX 11407
BIRMINGHAM, AL 35246-1036

BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE, NC 28304

BOREN, FRANK
9169 GREAT BLUE HERON LANE
BLAINE, WA 98250

BRIGHT-MEYERS DUBLIN ASSOCIATES
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET
CHATTANOOGA, TN 37402

BROAD STREET STATION SC, LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE, NC 28236-6799

BRONZE CENTERS, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E PIEDMONT RD SUITE 300
MARIETTA  GA  30066

BT MARIETTA, LLC
C/O BET INVESTMENTS, MANAGING AGENT
2600 PHILMONT AVENUE
HUNTINGDON VALLEY, PA 19006

BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
PHILADELPHIA, PA 19102

BUNKIE INVESTMENT CO LLC
3621 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002-1739

BURLINGTON ASSOCIATES LP
C/O BRONZE HOLDINGS INC.
1853 EAST PIEDMONT ROAD, SUITE 300
MARIETTA, GA 30066

BURLINGTON ASSOCIATES LP
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANTA, GA 30305

C&A LTD, LC
PO BOX 640474
CINCINNATI, OH 45264-0474

CALDWELL REALTY & INVESTMENT
C/O CAROL GRAGG
PO BOX 740
LENOIR, NC 28645

CAMERON SANFORD COMPANY LLC
PO BOX 31827
RALEIGH, NC 27622-1827

CC REALTY INTERMEDIATE FUND I, LTD
C/O CC MANAGEMENT LTD
ATTN GEORGE C DEREESE, CFO
HOUSTON, TX 77056

CCP EMPLOYEE PROFIT SHARING PLAN &
TRUST
BELK INVESTMENTS
SUITE 207
CHARLOTTE  NC  28205

CEDAR CREEK CROSSING ASSOCIATE
C/O PERRIE WHEELER REAL ESTATE
PO BOX 3578
NORFOLK, VA 23514

CEDAR MOUNTAIN VILLAGE
85-A MILL STREET
SUITE 100
ROSWELL, GA 30075-5487

CEDAR SPRINGS CENTER ASSOCIATES
PO BOX 3524
SPARTANBURG, SC 29304-3524

CHAPEL TRAIL ASSOCIATES LTD
21011 JOHNSON STREET, SUITE 101
PEMBROKE PINES, FL 33029

CHAPIN DEVELOPMENT COMPANY
C/O EDENS & AVANT INC
PO BOX 528
COLUMBIA, SC 29202-0528

CHARLES A. WILKINS
PO BOX 34127
CHARLOTTE  NC  28234

CHESTER DIX PIKEVILLE CORP
PO BOX 40
WESTBURY, NY 11590

CHK & ASSOCIATES
C/O KBI PROPERTY MGMT.
5725 BUFORD HWY. #214
DORAVILLE, GA 30340

CIRIGNANO, ALBERT J.  SR
17 OAK POINT DRIVE NORTH
BAYVILLE, NY 11709

CITY VIEW LLC
C/O CHARLOTTE CITY VIEW LP
ATTN KATHKEEN HULL CONTROLLER
CHARLOTTE, NC 28271

CITY VIEW LLC
C/O NEXSEN, PRUET, EY AL
ATTN JULIO E MENDOZA, ESQ.
COLUMBIA, SC 29202

CLARA BOLDOG
C/O DEBOER INTERNATIONAL INC.
3705 TAMPA RD, UNIT 1-A
OLDSMAR  FL  34677

CLAYTON CROSSINGS LLC
C/O COMMERCIAL PROPERTIES INC
1648F NORTH MARKET DRIVE
RALEIGH, NC 27609

CLIFFDALE CORNER INC
PO BOX 53646
FAYETTEVILLE, NC 28305

CLUB BOULEVARD INVESTORS L.P.
C/O HARBOR GROUP MGMT CO
P O BOX 2680
NORFOLK  VA  23501

CMC REAL ESTATE PROGRAM
1988 1 LTD 111
PO BOX 3506
ANN ARBOR, MI 48106-3506

COMMERCIAL NET LEASE REALTY INC
ATTN HELEN COLLINS
PO BOX 992
ORLANDO, FL 32802-0992

CORPORATE PROPERTY ASSC. 6, LP
50 ROCKEFELLER PLAZA, 2ND FLOO
C/O W.P. CAREY & CO.
NEW YORK  NY  10020

CPG FINANCE I, LLC
% CGP PARTNERS, LP
103 EISENHOWER PARKWAY
ROSELAND  NJ  07068

CPG FINANCE I, LLC
C/O SIMON PROPERTY GROUP, L.P.
NATIONAL CITY CENTER
INDIANAPOLIS, IN 46204

CPM ASSOCIATES, L.P.
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA  GA  30339

CROSSROADS CENTER, LTD
2200 WOODCREST PL STE 210
BIRMINGHAM  AL  35209

CROWDER FAMILY JOINT VENTURE
C/O KATHY CROWDER KIRCHMAYER, GP
3638 CAVALIER DRIVE
JACKSON, MS 39216-3501

CROWDER FAMILY JOINT VENTURE
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
JACKSON, MS 39225-3066

CYPRESS RUN LLC
C/O GAME PROPERTIES CORP.
470 BILTMORE WAY, SUITE 100
CORAL GABLES, FL 33134

CYPRESS RUN, LLC
ATTN LOURDES CARASA/FIRPO GARCIA
470 BILTMORE WAY, SUITE 100
CORAL GABLES, FL 33134

DANIEL G. KAMIN
C/O KAMIN REALTY COMPANY
PO BOX 10234
PITTSBURGH, PA 15232

DANIEL G. KAMIN
PO BOX 10234
PITTSBURGH, PA 15232

DANIEL G. KAMIN
490 SOUTH HIGHLAND AVE.
PITTSBURGH  PA  15206

DANIEL G. KAMIN CLARKSVILLE, LLC
HOLIDAY FENOGLIO FOWLER LP
37 FRANKLIN STREET
BUFFALO, NY 14202

DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA, WA 98513

DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO, NC 28697

DDR MDT CARILLON PLACE LLC
PO BOX 92472
CLEVELAND, OH 44193

DEERFOOT MARKETPLACE LLC
6 OFFICE PARK CIRCLE
SUITE 100
BIRINGHAM, AL 35223

DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
P.O. BOX 228042
BEACHWOOD,  OH  44122 8042

DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
P.O. BOX 228042
BEACHWOOD,  OH  44122 8042

DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD, OH 44122-8042

DIM VASTGOED, N.V.
C/O DANEBELT GROUP INC
1 FINANCIAL PLAZA SUITE 2001
FT LAUDERDALE  FL  33394

DIM VASTGOED, N.V.
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
FT LAUDERDALE  FL  33394

DIXIELAND SC, LLC
235 MOORE STREET
HACKENSACK  NJ  07601

DPG FIVE FORKS VILLAGE LLC
DEPT 162403 JD1300
PO BOX 951701
CLEVELAND  OH  44193

DRAKE RENTAL
ATTN PHIL DRAKE, OWNER
235 EAST PALMER STREET
FRANKLIN, NC 28734

DRAKE RENTAL ACCOUNT
C/O PHIL DRAKE
106 PALMER STREET
FRANKLIN, NC 28734

DRINKARD DEVELOPMENT
PO BOX 996
CULLMAN, AL 35056-0996

E&A SOUTHEAST LP
PO BOX 528
COLUMBIA, SC 29202

E&A SOUTHEAST LP
PO BOX 528
% VILLAGE SQUARE
COLUMBIA  SC  29202 0528

E&A SOUTHEAST LP
111 EAST JERICHO TURNPIKE
SUITE 200
MINEOLA  NY  11501

E&A SOUTHEAST LP
C/O BALDWIN SQUARE
PO BOX 528
COLUMBIA, SC 29202

E&A SOUTHEAST LP
C/O PLANTATION POINT SHOPPING
PO BOX 528
COLUMBIA, SC 29202

E. LEE BARRAN, JAY BARRAN & JOHN &
MARY EYSTER
PO BOX 1663
DECATUR  AL  35602 1663

EASTGATE CENTER LLC
110 DEER RIDGE ROAD
BRANDON, MS 39042

EBINPORT ASSOC
PO BOX 4452
ROCK  HILL, SC 29732-6452

EBR PARTNERSHIP
7732 GOODWOOD BOULEVARD
SUITE V
BATON ROUGE, LA 70806

ECKSTEIN PROPERTIES LLC
ATTN SHIMON ECKSTEIN
60 BROAD STREET, SUITE 3503
NEW YORK, NY 10004

EDEN MEADOW GREENS ASSOCIATES
LENOX HILL STATION
PO BOX 334
NEW  YORK, NY 10021

EDENS & AVANT FINANCING II LIMITED
PARTNERSHIP
P.O. BOX 528
COLUMBIA  SC  29202

EDENS & AVANT FINANCING II LIMITED
PTNSHP
P.O. BOX 528
COLUMBIA  SC  29202

EDENS & AVANT FINANCING II LTD
PARTNERSHIP
P.O. BOX 528
COLUMBIA SC 29202

EDENS & AVANT FINANCING II, LIMITED
PARTNERSHIP
C/O EDENS & AVANT
P O BOX 528
COLUMBIA SC 29202

EDENS & AVANT FINANCING II,LIM
PARTNERSHIP
P.O. BOX 528
COLUMBIA SC 29202

EDENS & AVANT INC
C/O VILLAGE SQUARE
PO BOX 528
COLUMBIA, SC 29202-0528

EDENS & AVANT PROPERTIES LP
C/O RESERVOIR SQUARE
PO BOX 528
COLUMBIA, SC 29202

EIG GORDON VILLAGE LLC
C/O EQUITY INVESTMENT GROUP
111 E. WAYNE STREET
FORT WAYNE, IN 46804

ELIOT PROPERTIES
C/O M&P SHOPPING CENTER
5025 WINTERS CHAPEL ROAD
ATLANTA, GA 30360-1700

ELIOT PROPERTIES
C/O M & P SHOPPING CTR
ATTN ELIOT M ARNOVITZ
ATLANTA, GA 30360-1700

ENGLISH VILLAGE LLC
ATTN: MIKE PETERS  MANAGER MEMBER
2906 NORTH STATE STREET
JACKSON, MS 39216

EQUITY ASSOC
PO BOX 4452
ROCK  HILL, SC 29732-6452

EQUITY ONE (HUNTERS CREEK) INC
PO BOX 01-9170
MIAMI, FL 33101-9170

EXCEL REALTY PARTNERS LP
ACCT# 887476
4536 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

F&M DEVELOPMENT, LTD
2600 E SOUTH BLVD
SUITE 230
MONTGOMERY  AL  36116

FAIRFIELD PARTNERS LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

FIORELLA III, JACK
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM, AL 35242

FIRST REPUBLIC CORP OF AMERICA
302 5TH AVENUE
NEW YORK, NY 10001-3604

FLINT CROSSING LLC
C/O CHASE COMMERCIAL RL EST SV
PO BOX 18153
HUNTSVILLE, AL 35804

FOOTHILLS PARTNERSHIP
C/O W. R. MARTIN COMPANY
PO BOX 3305
GREENVILLE, SC 29602-3305

FOUR FLORIDA SHOPPING CENTERS
C/O REPUBLIC BANK/CASH MGMT
PO BOX 33006
ST PETERSBURG, FL 33733-8006

FRED CHIKOVSKY
C/O P.S. FRANKLIN, LTD.
1720 HARRISON STREET
HOLLYWOOD, FL    33020

FRO LLC VII
C/O JAMES M. HASTINS, CPA
305 PIPING ROCK DRIVE
SILVER SPRINGS, MD 20905

FURY'S FERRY SHOPPES
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA, GA 30917

GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND, OH 44194-4845

GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CHATTANOOGA, TN 37421-6000

GALLAGHER PIPINO, INC.
PO BOX 3849
YOUNGSTOWN, OH 44513-3849

GENOA ASSOCIATES LLC
PO BOX 919
GOLDSBORO, NC 27533

GENTILLY SQUARE
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA, GA 30917-4227

GEORGE B NALLEY JR
PO BOX 1929
C/O GBN PROPERTIES #1
EASLEY  SC  29641 1929

GEORGE B. NALLEY,JR.
PO BOX 1929
C/O GBN PROPERTIES #1
EASLEY  SC  29641 1929

GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE, FL 33325

GLENWOOD MIDWAY CO LLC
16740 BIRKDALE COMMONS PARKWAY
SUITE 306
HUNTERSVILLE, NC 28078

GLIMCHER PROPERTIES LIMITED
PARTNERSHIP
NEWBERRY SQUARE SHOPPING CENTE
150 EAST GAY STREET
COLUMBUS  OH  43215

GOLDSBORO ASSOC.
1410 VALLEY ROAD
WAYNE  NJ  07470

GRE PROPERTIES LLC
ATTN: NORMA JEANE G. RAYBURN
3 CONFEDERATE POINT
SPANISH FORT, AL 36527

GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD W
JACKSONVILLE  FL  32217

GREENVILLE GROCERY LLC
C/O J. P. METZ CO. INC.
1990 M STREET, NW, SUITE 650
WASHINGTON, DC 20036

GREENWOOD COMMONS ASSOC
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH  NC  27609

GREENWOOD COMMONS ASSOCIATES
C/O SMITH DEBNAM NARRON ET AL
ATTN BYRON L SAINTSING, ESQ
RALEIGH, NC 27611-6268

GREENWOOD COMMONS ASSOCIATES
C/O SMITH DEBNAM NARRON ET AL
ATTN BYRON L SAINTSING, ESQ
RALEIGH, NC 27611-6268

GREENWOOD COMMONS ASSOCIATION
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH, NC 27609

GREENWOOD COMMONS ASSOCIATION
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH, NC 27609

GREER PLAZA INC
ATTN STANLEY TATE, PRESIDENT
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI, FL 33161

H.P.M. LIMITED PARTNERSHIP
ATTN.  JACK O'ROURKE
3618 MATTHEWS-MINT HILL RD
MATTHEWS,  NC  28105

HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY  SC  29641

HASCO PROPERTIES
PO BOX 681
MC COMB, MS 39648-0681

HASCO PROPERTIES
C/O PHELPS DUNBAR, LLP
ATTN: RANDY ROUSSEL, ESQ
BATON ROUGE, LA 70802

HERITAGE SPE LLC
GROUP #60
PO BOX 5-497
WOBURN, MA 01815

HILDEBRAN ASSOCIATES
C/O RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PARK
CHARLOTTE, NC 28226

HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO. INC.
3501 PGA BLVD.
PALM BEACH, FL 33410

HOMEWOOD ASSOCIATES INC
C/O MORGAN & MORGAN
ATTN: LEE P MORGAN
ATHENS, GA 30604

HOMEWOOD ASSOCIATES INC
2595 ATLANTA HIGHWAY
ATHENS, GA 30606-1232

INDEPENDENCE CROSSING,LLC
699 BROAD STREET, SUITE 400
AUGUSTA,  GA  30901

INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA, SC 29202

INDIAN VILLAGE GROUP INC
ATTN DAVID SHIN
PO BOX 921686
NORCROSS, GA 30092

IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
ATLANTA, GA 30339

IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD
ATLANTA, GA 30339

IRT PARTNERS LP
PO BOX 101384
ATLANTA, GA 30392-1384

IVEY ELECTRIC COMPANY
PO BOX 211
SPARTANBURG, SC 29304

J.T.& R.B. HENLY & W.F.& M.B. YARBOROUGH
3736 SOUTH MAIN STREET
HOPE MILLS, NC 28348
0

JACKSON-I55, LLC
P O BOX 78
JACKSON MS 39205

JEFFERSON-PILOT LIFE INSURANCE CO
ATTN: DEE CURTIS
PO BOX 20407
GREENSBORO, NC 27420

JLR/JAB & TOWN CENTER SHOPPES, LTD.
LOCKBOX# 065-004
PO BOX 028568
MIAMI FL 33102 8568

JOHN H.O. LAGATTA
50 WEST LIBERTY STREET
STE 1080
RENO NV 89501

JWV (LA) LLC DBA SUNSHINE SQ
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE, AL 36616-0146

K-2 ASSOC, LLC
PO BOX 10369
GOLDSBORO NC 27532

KILEEN MARKETPLACE, LLC
110 WEST TENNESSEE ST
FLORENCE AL 35631

KNIGHTDALE CROSSING LLC
C/O MARK PROPERTIES INC MGMT
26 PARK PLACE WEST
MORRISTOWN, NJ 07960

KRUSCH PROPERTIES,LLC
PO BOX 930
GREENSBORO NC 27402

LAGRANGE MARKETPLACE LLC
CO RETAIL MANAGEMENT GROUP INC
PO BOX 11407
BIRMINGHAM, AL 35246-1036

LAKE HOWELL PLAZA PARTNERSHIP
3930 FULTON DR NW
STE 206
CANTON OH 44718 3040

LAKE MARY LIMITED PARTNERSHIP
C/O EQUITY INVESTMENT GROUP
111 EAST WAYNE STREET
FORT WAYNE, IN 46802

LANGSTON PLACE
C/O LANGSTON REAL ESTATE
PO BOX 125
HONEA PATH, SC 29654-0125

LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE, NJ 07470

LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY, NC 28147

LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 77122
CHICAGO, IL 60677-1002

LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL, GA 30076

LENOIR PARTNERS LLC
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANTA, GA 30305

LIFTER PROPERTIES LAND TRUST
AGREEMENT
LIFTER ENTERPRISES
17760 NW SECOND AVE. STE 200
MIAMI FL 33169

LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER, FL 33458

LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

LJ MELODY & COMPANY
C/O BANK ONE
PO BOX 297480
HOUSTON, TX 77297

LOUIS L.ROSE, JR &IVON D.ROHRER
JR.,S.R.E.CHAR,INC
PO BOX 35349
%DEVELOPMENT MANAGEMENT INC
CHARLOTTE NC 28235 5349

LPI MILLEDGEVILLE, INC.
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260    0

LPI WAYCROSS, INC.
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

LRS GENERAL PARTNERSHIP
PO BOX A
BATESVILLE, AR 72503

LUCY COMPANY OF SOUTH CAROLINA
C/O GRUBB & ELLIS WILSON/KIBLER
PO BOX 11312
COLUMBIA, SC 29211

LW SMITH JR TRUST
301 PARK LAKE ROAD
COLUMBIA, SC 29223

LYNN KIRK MANAGEMENT
LYNN KIRK MGMT
24 E COTA STREET
SANTA BARBARA CA 93101

MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

MADISON STATION PROPERTIES LLC
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
JACKSON, MS 39225-3066

MALCOLM ROSENBERG-SEE CORR FILE
840 UNION STREET
SALEM  VA  24153 5121

MARIONS HOPE LLC
C/O WACHOVIA SECURITIES
555 CALIFORNIA STREET
SAN  FRANCISCO, CA 94104

MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH POINT, NC 27260

MARKETPLACE PORT ST. LUCIE LIMITED
PTNSHP
CORPORATE CENTER WEST
433 SOUTH MAIN STREET STE 300
WEST HARTFORD  CT  06110

MCDONOUGH MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY, AL 36101-1149

MCDUFFIE SQUARE L P
PO BOX 204227
AUGUSTA, GA 30917-4227

MCLAURIN & MCLAURIN
PO BOX 220
BRANDON, MS 39043

MCLAURIN MART
PO BOX 220
BRANDON, MS 39043

MCW - RC GEORGIA - HOWELL MILL
C/O MCW - RC GA HOWELL MILL VI
PO BOX 534247
ATLANTA  GA  30353 4247

MCW DEVELOPMENT INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
BIRMINGHAM, AL 35255-5727

MCW DEVELOPMENT INC
PO BOX 908
ANNISTON, AL 36202

MCW RC FL HIGHLANDS LLC
PO BOX 534138
ATLANTA, GA 30353-4138

MERCHANTS SQUARE INVESTMENTS
ATTN: JENNA NGUYEN
4852 JIMMY CARTER BLVD, STE A
NORCROSS, GA 30093

METRO INTERNATIONAL PROPERTY
C/O NAVONA INVESTORS
2 EVA RD, STE 221
ETOBICOKE ON
CANADA

MID SOUTH YAZOO LP
ATTN: SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

MODERN WOODMAN OF AMERICA
C/O THE INTERLACHEN CO
PO BOX 1916
WINTER  PARK, FL 32790

MODERN WOODMEN OF AMERICA
C/O INTERLACHEN COMPANY
PO BOX 1916
WINTER  PARK, FL 32790

MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND, IL 61201

MORRO PALMS SHOPPING CENTER
WELLS FARGO BANK CLNT SERV CNT
420 MONTGOMERY STREET, 7TH FLOOR
SAN  FRANCISCO, CA 94104-7700

MR. FRED D. BENTLEY, SR.
241 WASHINGTON AVENUE
PO BOX 968
MARIETTA  GA  30060

MT DORA MARKETPLACE LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA  RATON, FL 33427-3760

MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL, SC 29732-4452

MYSTIC, L.L.C.
P.O. BOX 100
PLATTENVILLE  LA  70393

NALLEY, GEORGE B JR
C/O LAURENS SHOPPING CENTER
PO BOX 1929
EASLEY, SC 29641-1929

NAPLES SOUTH REALTY ASSOCIATES
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD, SUITE 305
PALM BEACH GARDENS, FL 33410

NEW IBERIA INVESTORS, LLC
PO BOX 4767
COLUMBUS  GA  31904

NEW PLAN EXCEL REALTY TRUST INC
PO BOX 402938
ATLANTA, GA 30384-2938

NEW PLAN EXCEL REALTY TRUST INC
LEASE# 876946
4536 COLLECTIONS CENTER DR
CHICAGO, IL 60693

NEW PLAN EXCEL REALTY TRUST INC
LEASE # 852487
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-1334

NEW PLAN REALTY OF ALABAMA, INC.
420 LEXINGTON AVENUE
7TH FLOOR
NEW YORK  NY  10170

NEW PLAN REALTY TRUSTN INC
LEASE# 219006
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

NEWTON ASSOCIATES
C/O RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PARK, SUITE 2
CHARLOTTE, NC 28226

NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASING DEPT.
PRATTVILLE  AL  36068

NKC PROPERTIES
PO BOX 4479
DALTON, GA 30719

NORTH HIXSON MARKETPLACE LLC
6111 PEACHTREE DUNWOODY ROAD
BUILDING F  SUITE 203
ATLANTA, GA 30328

NORTH MADISON ASSOCIATES LTD
PO BOX 12767
2117 SECOND AVENUE NORTH
BIRMINGHAM, AL 35202-2767

NORTH RIDGE SHOPPING CENTER
6169 FALLS OF NEUSE ROAD
RALEIGH, NC 27609

NORTH SHORE CROSSING LLC
C/O GREAT SOUTH MGMT MSC# 4105
PO BOX 415000
NASHVILLE, TN 37241-5000

NORTHCROSS LAND & DEVELOPMENT
PO BOX 403155
ATLANTA, GA 30384

NORTHSIDE DEVELOPMENT GROUP
C/O BLANCHARD & CALHOUN COMMER
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909-1808

NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON, MS 39216-5763

NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE, STE 100
TAMPA, FL 33610-0637

NP OF TENNESSEE LP
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK  NY  10036

OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD, SC 29648-1095

OAKS SHOPPING CENTER INC
806 E 25TH ST
SANFORD, FL 32771-4548

ORLANDO 99-FL, LLC
2800 W. MARCH LANE SUITE 360
STOCKTON  CA  95219

P & W STONEBRIDGE, L.L.C.
C\O WESTSIDE MGT GROUP LLC
3060 PEACHTREE RD NW
ATLANTA  GA  30305

PALISADES INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31914

PALMER, ROBERT H JR
PO BOX 3146
JOHNSON CITY, TN 37602

PALMER, ROBERT H JR
C/O HERNDON COLEMAN BRADING & MCKEE
ATTN EDWARD T BRADING, ESQ
JOHNSON CITY, TN 37605-1160

PALMER, ROBERT H JR
PO BOX 3146
JOHNSON CITY, TN 37602

PALMETTO PLACE CENTER LLC
PO BOX 125
HONEA PATH, SC 29654

PARK PLAZA LLC
C/O REYNOLDS PROPERTIES INC
147 BROWN RIVER ROAD
LEXINGTON, SC 29072

PARKLAND PARTNERSHIP LP
PO BOX 8509
COLUMBIA, SC 29202

PASCAGOULA PROPERTIES, LTD
P.O. BOX 680176
ATTN: LEASING DEPT
PRATTVILLE  AL  36068

PASS CHRISTIAN VILLAGE
PO BOX 1260
RIDGELAND, MS 39158

PAVIT COMPLEX INC
C/O THE TROTMAN COMPANY
2525 BELL ROAD
MONTGOMERY, AL 36117

PAW CREEK CROSSING
C/O LAT PURSER & ASSOCIATES
PO BOX 1070
CHARLOTTE, NC 28201-1070

PERIMETER PLACE ASSOCIATES
1201 NORTH PETERSON AVENUE
DOUGLAS, GA 31533-0269

PERIPETY GROUP INC  C/O COMM P
3605 SANDY PLAINS RD, SUITE 240-178
MARIETTA, GA 30066

PICKENS-NALLY, L.P.
P.O BOX 1929
EASLEY  SC  29641

PINETREE PARTNERS LTD
C/O FLOWERS CONSTRUCTION CO
ATTN: REBECCA COTTO
COLUMBUS, GA 31909-8562

PINEWOOD PLAZA ASSOCIATES
C/O RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PARK
CHARLOTTE, NC 28226

PLUNKETT, H C
C/O BATESVILLE SECURITY BANK
TMAS 7300228
BATESVILLE, MS 38606

PLUNKETT, HC
PO BOX 5306
JACKSON, MS 39296-5306

PMT PARTNERS V LLC
C/O BELL MOORE GROUP INC
5200 PARK ROAD
CHARLOTTE, NC 28209

PONDEROSA CENTER INC
PO BOX 53729
FAYETTEVILLE, NC 28305

POTTER SQUARE ASSOCIATES
C/O PROPERTY CONCEPTS
545 WATERGATE COURT
ROSWELL, GA 30076-3239

POTTER SQUARE ASSOCIATES
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANTA, GA 30305

PREMIER PROPERTIES & FS ALABAMA LTD
PTNRSH
PO BOX 905128
CHARLOTTE  NC  28290 5128

PRESTON OIL COMPANY, L.P.
1717 WOODSTEAD COURT
THE WOODLANDS  TX  77380 0077

PRIMAX PROPERTIES LLC
1115 EAST MOREHEAD STREET
CHARLOTTE, NC 28204-2857

PRIMO JUSTICE PROPERTIES LLC
ATTN:  TERESA SCIAPPA
PO BOX 1493
STEUBENVILLE, OH 43952

RAPPAPORT MANAGEMENT CO
8405 GREENSBORO DRIVE
SUITE 830
MCLEAN, VA 22102-5118

RED OAK SHOPPING CENTER LLC
5871 GLENRIDGE DRIVE
SUITE 400
ATLANTA, GA 30328

RETAIL ASSET MANAGEMENT
P O BOX 5666
CLEARWATER  FL  33758 5666

RETAIL ASSET MANAGEMENT
P O BOX 5666
CLEARWATER  FL  33758 5666

RETAIL CENTER HAMPTON LLC
C/O T&F PROPERTIES
153 GREENVILLE STREET S W
AIKEN, SC 29801

RETAIL MANAGEMENT GROUP INC
PO BOX 11407
BIRMINGHAM, AL 35246-1036

RIAL CORPORATION
C/O WILLIAM C STILLWAGON
319 SOUTH MAPLE AVE
GREENSBURG, PA 15601-3218

RIVER OAKS
C/O HUGHES REAL ESTATE INC
PO BOX 2567
GREENSVILLE, SC 29602

ROARK, RANDY
PO BOX 1149
MONTGOMERY, AL 36101-1149

ROPER, SAMUEL C
1209 CHICHESTER ST
ORLANDO, FL 32803

ROSEMYR CORP
PO BOX 108
HENDERSON, NC 27536-0108

ROYAL OAKS BRANDON PARTNERS
PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST. PETERSBURG, FL 33743

ROYAL OAKS BRANDON, LP & OCALA
BLOCKBUSTER PTNRS
PO BOX 48547
PAPPAS RETAIL LEASING & MGMT
ST PETERSBURG  FL  33743

S. STEPHEN SELIG, III AND CATHY SELIG FINE
1100 SPRING ST NW BLDG 550
ATLANTA  GA  30367 0001

SADDLE FUND I LIMITED PARTNERSHIP
ATTN ANGELA C. PIGG
4362 ASBURY CHURCH RD
LINCOLNTON  NC  28092

SADDLE FUND I LIMITED PARTNERSHIP
101 BARCLAY STREET FL 8W
C/O MATT LOUIS ESCROW UNIT
NEW YORK  NY  10286

SALEM CROSSING SHOPPING CENTER
C/O SPECTRUM REALTY ADVISORS INC
5871 GLENRIDGE DRIVE
ATLANTA, GA 30328

SANDEFUR INVESTMENTS INC
806 EAST 25TH STREET
SANDFORD, FL 32771

SANDRA MACKEY
3590 CLOUDLAND DRIVE N W
ATLANTA  GA  30327

SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE, OH 43537

SCHOOL ST CROSSING LP
C/O  THE MALTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236-3809

SCP WINTER GARDEN FL LLC
1300 POST OAK BLVD., STE 2000
HOUSTON, TX 77056

SG PARTNERSHIP
PO BOX 704
MARKSVILLE  LA  71351

SHANNON VILLAGE SHOPPING CENTER
PO BOX 676
LOUISBURG, NC 27549

SHARRON BLACKWELL
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE  SC  29603

SMALL PROPERTIES
PO BOX 10287
GREENVILLE, SC 29603-0287

SOUTH BROADWAY CORPORATION
248 WELLS DR
FOREST CITY, NC 28043

SOUTH ROCKDALE SHOPPING CENTER
C/O REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY BLDG
ATLANTA, GA 30327-3052

SOUTH WIN LIMITED PARTNERSHIP
2743 PERIMETER PARKWAY
BUILDING 100 SUITE 370
AUGUSTA, GA 30909

SOUTHCHASE INVESTORS LLC
C/O TRAMMELL CROW COMPANY
PO BOX 933025
ATLANTA, GA 31193-3025

SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE  WOODLANDS, TX 77387

SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE W
2ND FLOOR
MORRISTOWN, NJ 07960

SOUTHGATEREALTY,LLC
112 SHEFFIELD LOOP
SUITE D
HATTIESBURG  MS  39402

SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO  IL  60606

SOUTHLAND INVESTORS L.P.
2 N.RIVERSIDE PLAZA, 7TH FL
CHICAGO,IL 60606
0

SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO  IL  60606

SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC
PO BOX 1149
MONTGOMERY, AL 36101-1149

SOUTHWAY INVESTORS
ATTN JEFFREY F BUICE, GP
718 E FREDERICK STREET
GAFFNEY, SC 29340

SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER, SC 29721

SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY, NC 28601

STILES WEST ASSOCIATES LTD
300 SE 2ND ST
FT.  LAUDERDALE, FL 33301

STILES WEST ASSOCIATES LTD
C/O BERGER SINGERMAN PA
ATTN ARTHUR J SPECTOR, ESQ
FORT LAUDERDALE, FL 33301

STOCKMAN & NALLEY PARTNERSHIP
1142 REYNOLDS AVE
GREENWOOD, SC 29649

TALLADEGA COMMUNITY BUILDERS
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

TARBUTTON, HUGH M
KAOLIN PLAZA MGMT ACCT
PO BOX 269
SANDERSVILLE, GA 31082

TATONE PROPERTIES FLA INC
100 WALLACE AVE., SUITE 111
SARASOTA, FL 34237

TATONE PROPERTIES FLA INC
C/O HERITAGE MGT CORP
PO BOX 2495
OCALA, FL 34478-2495

THE BROOKWOOD PARTNERSHIP
C/O STIRLING PROPERTIES, INC.
109 NORTHPARK BLV., SUITE 300
COVINGTON, LA 70433

THE CIRIGNANO FAMILY LTD PARTNERSHIP
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

THE ROSEMYR CORPORATION AND WILLIAM
L. STARK, SR.
PO BOX 108
HENDERSON NC 27536 0108

THE UHLMAN COMPANY
ATTN MR. STANLEY P CYPHERS
PO BOX 419410
KANSAS CITY MO 64141

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY
PO BOX 97
COCOA FL 32923 0097

TOWER ASSOCIATES LTD
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

TOWER CENTER ASSOCIATES, LTD.
4415 FIFTH AVENUE
PITTSBURG PA 15213

TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON, SC 29697-1023

TOWN'N COUNTRY REALTY
OF EASLEY - STORE 1223
PO BOX 1929
EASLEY, SC 29641-1929

TROY MARKETPLACE LLC
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441

TUNICA VILLAGE PARTNERSHIP
C/O ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
MADISONVILLE, LA 70447

TWELTH STREET & WASHINGTON
ASSOCIATES LTD PARTNERSHIP
ATTN EVA SPERBER PORTER
SCOTTSDALE, AZ 85258-4306

USPG PORTFOLIO TWO LLC
PO BOX 71-0959
COLUMBUS, OH 43271-0959

USRP I LLC GLEN LEA SHOPPING CENTER
LOCKBOX# 4300 LEASE# 2102-000
4300 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

USRP I LLC SHOPPES OF KILDAIRE
5853 COLLECTION CENTER DRIVE
LOCKBOX# 5853 LEASE# 2010-001
CHICAGO, IL 60693

USRP I, LLC
4350 EAST WEST HIGHWAY, SUITE
BETHESDA MD 20814

USRP I, LLC
C/O REGENCY CENTERS CORPORATION
ATT: LEGAL DEPARTMENT
JACKSONVILLE, FL 32202

VENTURES LLC
PO BOX 4452
ROCK HILL, SC 29732

VESTAVIA HILLS 99-AL, LLC
5850 FAYETTEVILLE ROAD, STE 20
DURHAM NC 27713

VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS, GA 31914

VICTORY VIDALIA, INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

VILLA RICA RETAIL PROPERTIES LP
PO BOX 324
VILLA RICA, GA 30180

VILLAGE MARKETPLACE OF
HAW RIVER INC
614 N MAIN ST
SALISBURY, NC 28144-1507

VILLAGE PLAZA INC
PO BOX 408
FITZGERALD, GA 31750-0408

WAREHOUSES,INC;ASSOC
INVESTMENTS;VICTOR B. JOHN
PO BOX 528
% VILLAGE SQUARE
COLUMBIA SC 29202 0528

WATKINS INVESTMENTS, L.P.
ATTN LAWENCE A WATKINS, PRES
751 CHAMPAGNE ROAD
INCLINE VILLAGE, NV 89451

WAYNESVILLE SHOPPING
C/O RONALD L HOOKER
PO BOX 744
BLOOMINTON, IN 47402

WCL FIVE LLC
PO BOX 601698
CHARLOTTE, NC 28260-1698

WD DEVELOPMENT LLC
C/O BARNETT PROPERTIES LLC
1775 GRAHAM AVENUE, SUITE 201
HENDERSON, NC 27536

WD TAMPA TRUST
C/O PARAGON AFFILIATES, INC.
ONE PARAGON DRIVE  SUITE 145
MONTVALE  NJ  07645

WD WESTMINSTER SC LLC
C\O I REISS & SON
200 EAST 61ST STREET-STE 29F
NEW YORK  NY  10021

WEBBER COMMERCIAL PROPERTIES L
C/O PROFESSIONAL REALTY CONSUL
2503 DEL PRADO BOULEVARD
CAPE CORAL, FL 33904

WEDDINGTON ASSOCIATES
C/O COLLETT & ASSOCIATES
P.O. BOX 36799
CHARLOTTE  NC  28236 6799

WENDY D. SAUPE
C/O COLLIERS CAUBLE  ATTN JEAN
1349 W PEACHTREE STREET NE
ATLANTA  GA  30309 2956

WESLEY CHAPEL SC CO LTD
ATTN ACCOUNTING DEPT
1733 WEST FLETCHER AVENUE
TAMPA, FL 33612

WEST RIDGE, LLC
5269 BUFORD HWY
ATLANTA  GA  30340

WESTLAND PLAZA ASSOCIATES, LP
% STIRLING PROPERTIES
P O BOX 11407
BIRMINGHAM  AL  35246 0787

WESTSIDE CITY INC
PO BOX 2567
GREENVILLE, SC 29602-2567

WIEKES ASSET MANAGEMENT
PO BOX 580
ALBEMARLE  NC  28001

WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD N W
ATLANTA  GA  30309 2335

WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD NW
ATLANTA, GA 30309-2335

WINDSOR PLACE
PO BOX 125
HONEA  PATH, SC 29654-0125

WINDSOR STATION LC
C/O PHILLIPS EDISON & CO
11690 GRROMS ROAD
CINCINNATI, OH 45264-0474

WOLFCHASE ASS,LLC, NORTH PALM,LLC, CEG
NORTH PALM
C/O STRATEGIC REALTY SERVICES
901 NORTHPOINT PARKWAY SUITE 2
WEST PALM BEACH  FL  33407

WOLFCHASE ASSOCIATES LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
BIRMINGHAM, AL 35209

WOLFCHASE ASSOCIATES LLC
C/O STRATEGIC REALTY SERVICES LLC
901 NORTHPOINT PARKWAY SUITE 200
WEST PALM BEACH, FL 33407

WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

WTH II LLC
C/O SPECTRUM REALTY ADVISORS
5871 GLENRIDGE DRIVE, SUITE 400
ATLANTA, GA 30328

Cisco Systems Capital
170 West Tasman Drive M/S SJC13/3
San Jose, CA 95134

Cisco Systems Capital Corp
PO Box 60000File #73226
San Francisco, CA 94160

IBM
1475 Phoenixville Pike
West Chester PA 19380

IBM Credit Corporation
4111 Northside Parkway
Atlanta, GA 30327

IBM
North Castle Drive
Armonk, NY 10504

IBM
PO Box 534186
Atlanta, GA 30353-4186

Computer Leasing Company of Michigan Inc.
166 Highway A1A,
Ponte Vedra, FL 22082

Computer Leasing Co of Michigan
PO Box 106007
Atlanta, GA 30348-6007

Computer Leasing Company of Michigan
5150 Palm Valley Road
Suite 208
Ponte Vedra Bch, FL 32082

Office of the Attorney General
Honorable Troy King
Alabama State House
11 South Union Street, Third Floor
Montgomery, Alabama 36130

Office of the Attorney General
Honorable Roy Cooper
9001 Mail Service Center
Raleigh, North Carolina 27699

Office of the Attorney General
Honorable Charlie Crist
State of Florida
The Capital PL-01
Tallahassee, Florida 32399

Office of the Attorney General
Honorable Thurbert Baker
40 Capital Square
SW Atlanta, Georgia 30334

Office of the Attorney General
Honorable Henry McMaster
PO BOX 11549
Columbia, South Carolina 29211

Office of the Attorney General
Honorable Charles Foti, Jr.
PO BOX 94005
Baton Rouge, Louisiana 70804

Office of the Attorney General
Honorable Paul Summers
PO BOX 20207
Nashville, Tennessee 37202

Judy Fortenberry
Tax Collector
211 East Goverment St.
Brandon, MS 39042

MARY RUTH STARNEY
TAX COLLECTOR
28 E MAIN ST
BREVARD, NC 28712

Jerry Bailey
Tax Collector
300 S Second St
Brookhaven, MS 39601

David Fields
Tax Commissioner
100 North Street #150
Canton, GA 30114

Jean Mathews
Tax Commissioner
423 College Street, Room 401
Carrollton, GA 30117

Valenda Bailey
Tax Commissioner
135 W. Cherokee Ave. #217A
Carterville, GA 30120

MORT FARRIS
TAX COLLECTOR
2 COURTHOUSE SQUARE
CHARLESTON, SC 29401

Mecklenburg County Tax Collector
P.O. Box 31457
Charlotte, NC 28231

Tax Collections
Robert Walton Plaza
700 E. Stonewall St.
Charlotte, NC 28231

Carl Levi
Trustee
600 Market Street
Chattanooga, TN 37402

PHYLLIS WILKES
TAX COLLECTOR
P O DRAWER 580
CHESTER, SC 29706

REVENUE OFFICE/TAX
COLLECTOR
ADDRESS 1
ADDRESS 2
CITY, STATE ZIP

June Black
Tax Commissioner
555 Monroe Street, Unit 25
Clarksville, GA 30523

City of Claxton
204 W. Railroad Avenue
Claxton, GA 30417

Wanda Mosely
Tax Collector
PO BOX 685
Claxton, GA 30417

Diane Nelson
Tax Collector
PO BOX 1729
Clearwater, FL 33757

David Adams
Treasurer
PO BOX 11947
Columbia, SC 29211

South Carolina Department of Revenue
PO BOX 125
Columbia, SC 29214

BOBBIE REYNOLDS
TAX ASSESSOR
PO BOX 1269
COLUMBIANA, AL 35051

ANNETTE SKINNER
TAX COLLECTOR
PO BOX 1298
COLUMBIANA, AL 35051

Annette Skinner
Revenue Commissioner
PO BOX 1269
Columbiana, AL 35051

Lowndes County Tax Collector
505 2nd Ave N
Columbus, MS 39701

TAX Collector
PO BOX 707
Concord, NC 28026

Barbara Dingler
Tax Commissioner
1105 Usher Street
Convington, GA 30014

City of Conyers
1184 Scott Street
Conyers, GA 30012

Dan Ray
Tax Commissioner
PO BOX 1497
Conyers, GA 30012

City of Cornelia
PO BOX 217
Cornelia, GA 30531

Kay Williams-Smith
Revenue Commissioner
PO BOX 2220
Cullmand, AL 35056

Mike Olson
Tax Collector
PO BOX 276
Dade City, FL 33526

JW Watson, III
Tax Commissioner
25 Courthouse Square #203
Dallas, GA 30132

**EXHIBIT C**

Scott N. Brown, Jr.
Spears, Moore, Rebman & Williams
801 Broad Street, 6th Floor
PO BOX 1749
Chattanooga, TN 37401-1749

Ms. Dawn Patton
Office of the Trustee
107 Courthouse
Hamilton County Courthouse
Chattanooga, TN 37402

**<u>EXHIBIT D</u>**

TRIO FOODS, LLC
ATTN: FRANKLIN R. MEJIA, PRESIDENT
109 NORTH STATE RD. 7
PLANTATION FL 33319

GNT SUPERMARKET
ATTN: SONG KIM, PRESIDENT
874 CLEVELAND AVE
EAST POINT GA 30344-2927

COMPUTER LEASING COMPANY OF MICHIGAN, INC.
114 REGENTS PLACE
PONTE VEDRA BEACH,  FL 32082

GRAHAM/LITTLE PROPERTIES
22000 WOODCREST PLACE, SUITE 210
BIRMINGHAM, AL 35205

COPIAH COUNTY TAX COLLECTOR
122 S LOWE ST.
HAZLEHURST, MS 39083

JONES PETROLEUM COMPANY, INC.
ATT: WILLIAM JONES, PRESIDENT
PO BOX 933
JACKSON, GA 30233

SNODGRASS HEIRS
308 RUNNING WINDS LANE
MAITLAND, FL 32751

WILMINGTON TRUST COMPANY, WILLIAM JADE, ET AL.
ATTN: SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO  IL  60606

JAMIL G. NASSAR MD TRUSTEE
27030 PACIFIC TERRANCE DRIVE
MISSION VIEJO  CA  92692 0000

Mr. James Morgan
c/o Affiliated Foods Southwest
125 Ridgeway A-2
Lafayette, LA 70503

**<u>EXHIBIT E</u>**

Container Rental
2715 STATEN ROAD
ORLANDO, FL 328040000

Great American Leasing Corporation
PO Box 609
625 First Street SE
Cedar Rapids, IA 52406

Gulf Coast Office Products
5801 RIVER OAKS ROAD SOUTH
NEW ORLEANS, LA 70123

Lifeclinic.com Corporation
255 N WASHINGTON ST STE 202
Rockville, MD 20850

Aquatic Systems Inc.
426 SW 12th Ave
Deerfield Beach, FL 33442

Weyerhaeuser Co.
8900 Buffalo Springs Dr.
Midlothian, VA 23112

Customer Motivators
6778 LANTANA ROAD Suite 3
LAKE WORTH, FL 33467

INCOMM
250 Williams Street, Suite M100
Atlanta, GA 30303

Adamo Enterprises, Inc.
7711 Horth Military Trail
Palm Beach Gardens, FL 33410

CHEP USA
8517 South Park Circle
ORLANDO, FL 32819

Coca-Cola Enterprises
1411 Huron St.
Jacksonville, FL 32254

Container Rental
2715 STATEN ROAD
ORLANDO, FL 328040000

XtraCash ATM, Inc.
8787 Comlex Drive
San Diego, CA 92123

AICS
7155 SW 47th Street Suite 311
Miami, FL 33155

Aramark
5698 Commonwealth Ave.
Jacksonville, Fl. 32254

Cintas
191 Elcon Drive
Greenville, SC 29605

Mission Crane Service
1541 S. Sunkist St.
Anaheim, CA 93806

Nashua Lablel Products Division
11 TRAFALGAR SQ
NASHUA NH  03063-4902

Checkpoint Systems Inc.
PO BOX 8538-0379
PHILADELPHIA, PA 19171-0379

Accurate Inventory and Calculation
Services ("AICS")
7155 SW 47th Street, Suite 311
Miami, FL 33155

**EXHIBIT F**

Small Properties
10 Washington Park
Greenville, SC 29601

Modern Woodmen of America
1701 – 1st Avenue
Rock Island, Illinois  61201

Sundowner Equities, Ltd .
P. O. Drawer 10287
Greenville, SC 29603

Secore Financial Corp.,
3 Bethesda Metro Center, Suite 700,
Bethesda, MD  20814

Ventures, LLC
1560 Ebenezer Road
P.O. Box 4452
Rock Hill, SC 29732

Branch Banking and Trust Company
113 Professional Avenue
West Columbia, SC  29169

Langston Place
P. O. Box A
Honea Path, SC  29654-0010

Retail Center Hampton, L.L. C.
P. O. Box 1078
Parkersburg, West Virginia  25321

Allstate Life Ins. Co.
Allstate Plaza South, Suite G5C
3075 Sanders Road
Northbrook, IL  60062

Norwest Bank Minnesota, NA, as Trustee for the
registered holders of NationsLink Funding
Corporation, Commercial Mortgage Pass-
Through Certificates, Series 1998-2
1015 10th Avenue, SE
Minneapolis MN  55414

Chicago Title Insurance Co., as Trustee
Suite 1465, 201 S. College Street
Charlotte, NC 28244

E&A Southeast Limited Partnership
P. O. Box 528
Columbia, SC 29202

Paw Creek Crossing Limited Partnership
130 Bloor Street, W. Suite 1200
Toronto, Ontario, Canada M5S 1N5

Ronald B. Franklin
711 High Street
Des Moines, Iowa  50392

USG Annuity and Life Company
604 Locust Street
Des Moines, Iowa 50309

Bennett M. Lifter, as Trustee of the Lifter
Properties Land Trust Agt.,
P. O. Box 694645
18425 N.W. Second Ave., Suite 305,
Miami, Florida 33169

WOLFCHASE ASSOCIATES, LLC
2830 CAHABA RD
BIRMINGHAM AL 35223-2321

Principal Mutual Life Insurance Company
711 High Street
Des Moines, Iowa 50392

PARKLAND ASSOCIATES, LLC
PO BOX 8509
COLUMBIA, SC 29202