UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Debtors' Motion for Order (a) Authorizing the Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (b) Granting Related Relief (Docket No. 1963) and Notice of Hearing (Docket No. 1964), was furnished by (a) mail and/or electronically on July 1, 2005 to those parties listed in the Master Service List attached Exhibit A; (b) mail on July 2, 2005 to those parties on the attached Exhibit B; (c) mail on July 5, 2005 to those parties on the attached Exhibit C; (d) mail on July 6, 2005 to those parties on the

attached Exhibit D; (e) mail on July 7, 2005 to those parties on the attached Exhibit E; and (f) mail on July 11, 2005 to those parties on the attached Exhibit F.

Dated: July 25, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00502299