**EXHIBIT B**

Margery N. Reed Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
E-Mail mreed@duanemorris.com

Dale Bitter
Winn-Dixie Stores, Inc.
505 Edgewood Court
Jacksonville, FL 32254-3699
dalebitter@winn-dixie.com

Honorable Charlie Crist
State of Florida
The Capital PL-01
Tallahassee, Florida 32399

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

00502761