WORMSER, KIELY, GALEF & JACOBS LLP
Janice B. Grubin (JG 1544)
825 Third Avenue
New York, New York 10022-7519
(212) 687-4900

FILED
JACKSONVILLE, FLORIDA
JUL 2 2 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

*Attorneys for D.L. Lee & Sons, Inc.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------------------------X
In re:                                               :    Chapter 11
                                                     :
WINN-DIXIE STORES, INC., et al.,                     :    Case No.: 03:05-bk-03817-JAF
                                                     :
    Debtors.                                         :    (Jointly Administered)
                                                     :
------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF ATTORNEYS

**PLEASE TAKE NOTICE** that Wormser, Kiely, Galef & Jacobs LLP ("WKG&J"), 825 Third Avenue, New York, New York 10022, attorneys of record for D.L. Lee & Sons, Inc., a creditor and party-in-interest in the above-captioned cases, hereby requests that Janice B. Grubin be withdrawn from the docket and any service lists in the above-captioned cases, as WKG&J is no longer attorney of record to D.L. Lee & Sons, Inc.

Dated:  June 27, 2005
        New York, New York

WORMSER KIELY, GALEF & JACOBS LLP

_____
Janice B. Grubin (JG 1544)
825 Third Avenue
New York, New York 10022-7519
(212) 687-4900