UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC.                                    Case No. 3:05-bk-03817-3F1
                                                           Chapter 11

                Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO MATRIX

The law firm of **VERONA LAW GROUP, P.A.,** hereby files its Notice of Appearance as co-counsel on behalf of **ROYAL OAKS BRANDON, LTD.**, and requests:

1.      That said law firm be added to the mailing matrix.

2.      That copies of all pleadings, motions, notices, schedules and all other papers be provided to said law firm.

VERONA LAW GROUP, P.A.


By:/s/ Jay B. Verona_____
          Jay B. Verona, Esq.
          7235 First Ave. So.
          St. Petersburg, FL 33707
          (727) 347-7000; (727) 347-7997 (Fax)
          FBN 352616
          Attorneys for Royal Oaks Brandon, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July , 2005, a copy of the foregoing was served, either by the Court's CM/ECF system, or by U.S. Mail, upon:

Winn Dixie Stores, Inc., Debtor
5050 Edgewood Court, Jacksonville, FL 32254-3699

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32201

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800, Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620, Orlando, FL 32801

Dennis F. Dunne, Esq., Attorney for Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, NY 10005

John B. Macdonald, Esq., Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 North Laura Street, Suite 2500, Jacksonville, FL 32202

Patrick P. Patangan, Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 N. Laura Street, Suite 2500, Jacksonville, FL 32202

/s/ Jay B. Verona
Jay B. Verona, Esq.

3