UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Chapter   11
                                                                                        Case No.  3-05-bk-3817-JAF
WINN-DIXIE STORES, INC., et al.,

      Debtors.
_____/

**JOINDER OF WEBBER COMMERCIAL PROPERTIES, LLC
TO FLORIDA TAX COLLECTORS' OBJECTION TO DEBTORS'
AMENDED MOTION FOR AN ORDER AUTHORIZING AND APPROVING
AGENCY AGREEMENT AUTHORIZING THE DEBTORS TO SELL
<u>MERCHANDISE FREE AND CLEAR OF LIENS AND OTHER RELIEF</u>**

      Webber Commercial Properties, LLC ("Landlord"), by and through its undersigned counsel, to the Debtors in a market at 18011 South Tamiami Trail, Fort Myers, Lee County, Florida (the San Carlos Store), joins in the Florida Tax Collectors' Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief filed herein on July 20, 2005 (the "Objection").

      Landlord joins in the Objection for the reason that the San Carlos store is shown in the Objection as having an unpaid tangible personal property tax of $16,392.74.  Such taxes should be paid at the point of any sale or transfer of any such goods, including tangible personal property with respect to the location and including any "permanent structural improvements" created by the Tenant on the premises.  Those "permanent structural improvements" belong to the Landlord pursuant to Paragraph 14 of its Lease with Debtors dated September 20, 1996.  It is unclear whether the tangible personal property taxes are

assessed with respect to these "permanent structural improvements" that will belong to the Landlord at the end of the Debtor's tenancy, but it is clear that such taxes create a lien on such kinds of property and that such taxes are required to be reimbursed to be paid or reimbursed to the Landlord pursuant to Paragraph 19 of the 1996 Lease.

    WHEREFORE, Webber Commercial Properties, LLC prays the Court to direct the Debtors to satisfy tangible personal property taxes with respect to any "permanent structural improvements" on the San Carlos Property identified herein, and grant it such other and further relief as may be just and proper.

    Dated:  Tampa, Florida, July 26, 2005.

                                            Respectfully submitted

                                             /s/ William Knight Zewadski
                                            WILLIAM KNIGHT ZEWADSKI
                                            Florida Bar No.  121746
                                            Z@trenam.com
                                            TRENAM, KEMKER, SCHARF, BARKIN,
                                              FRYE, O'NEILL & MULLIS, P.A.
                                            Post Office Box 1102
                                            Tampa, Florida  33601
                                            (813) 223-7474
                                            Attorneys for Webber Commercial
                                            Properties, LLC


**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing Joinder of Webber Commercial Properties, LLC to Florida Tax Collectors' Objection to Debtors' Amended Motion for an Order

Authorizing and Approving Agency Agreement Authorizing the Debtors to Sell Merchandise Free and Clear of Liens and Other Relief was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 26th day of July, 2005:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors**
**of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

                                      /s/ William Knight Zewadski
                                             Attorney