## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.:  3:05-bk-03817-JAF

          Debtors.                                  Chapter 11

Jointly Administered

_____/

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Statement of Official

Committee of Unsecured Creditors in Connection with Debtors' Motion for Order (a)

Authorizing Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims,

and Interests, and (b) Granting Related Relief, was furnished either by electronic notification or

U.S. Mail, postage prepaid and properly addressed, this 25th day of July, 2005, to Kenneth C.

Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL

32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite

1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP,

Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule

1007-2 Parties in Interest List.

Dated:  July 25, 2005                          AKERMAN SENTERFITT

                                      By: */s/ John B. Macdonald*
                                      John B. Macdonald
                                      Florida Bar No.: 230340
                                      E-mail: john.macdonald@akerman.com
                                      Patrick P. Patangan
                                      Florida Bar No.: 348340
                                      E-mail: patrick.patangan@akerman.com
                                      50 N. Laura St., Suite 2500
                                      Jacksonville, FL 32202
                                      Telephone: (904) 798-3700
                                      Facsimile: (904) 798-3730

                                      Counsel for the Official Committee of
                                      Unsecured Creditors of Winn-Dixie Stores,
                                      Inc., et al.

{JA244470;1}

Label Matrix for USBC
Middle District of Florida
Case 3:05-bk-03817-JAF
Mon Jul 25 17:28:25 EDT 2005

Albert H Adams Jr
Irby Law Firm LLC
Post Office Box 910
Eufaula, AL 36027-0910

Rachel E Adams
Stovash Case & Tingley PA
200 South Orange Avenue
Suite 1220
Orlando, FL 32801

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301,  33301

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

Elizabeth T Baer
Balch & Bingham LLP
14 Piedmont Center
Suite 1100
Atlanta, GA 30305

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Kenneth C Baker
Eastman & Smith LTD
One Seagate
24th Floor
Toledo, OH 43604

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Be, FL 33401

Zachary J Bancroft
Post Office Box 2809
Orlando, FL 32802-2809

Dale R Baringer
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

Earl M. Barker Jr.
Slott,  Barker & Nussbaum
334 E. Duval St.
Jacksonville, FL 32202

Matthew Scott Barr
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Gene Barton
P O Box 455
Pontotoc, MS 38863

Matt E Beal
450 South Orange Avenue
Suite 800
Orlando, FL 32801

Sabrina C Beavens
Iurillo & Associates, P.A.
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701

Keith L Bell Jr
Clark Partington Hart
Post Office Box 13010
Pensacola, FL 32502

Marc A Ben-Ezra
Marc A Ben-Ezra PA
951 Northeast 167th Street
Suite 204
North Miami Beach, FL 33162

Margaret A. Benton
LAW OFFICE OF MARGARET A. BENTON
800 Virginia Ave., Suite 10
Fort Pierce, FL 34982

Leslie A Berkoff
Moritt Hock Hamroff Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Brendan G. Best
400 Renaissance Center
Detroit, MI 48243-1668

James E Bird
Polsinelli Shalton Welte Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Leyza F Blanco
Katz Barron Squitero Faust
2699 South Bayshore Drive
Seventh Floor
Miami, FL 33133

David A. Blansky
LeMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793

Wanda Borges
Borges & Associates LLC
575 Underfill Boulevard
Suite 100
Syosset, NY 11791

Michael T. Bowlus
Ford, Bowlus, et al.
10110 San Jose Blvd.
Jacksonville, FL 32257

Jean Winborne Boyles
Johnson Hearn Vinegar Gee & Mercer PLLC
Post Office Box 1776
Raleigh, NC 27602

Dustin Parker Branch
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Clyde E Brazeal III
Walston Wells Anderson & Birchall LLP
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203

Wendy D Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

John P Brice
Wyatt Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Brian P Britt
Wilkins Bankester Biles & Wynne PA
Post Office Box 1367
Fairhope, AL 36533

Robert J Brown
Wyatt Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Scott N. Brown
P.O. Box 1749
Chattanooga, TN 37401-1749

Andrew M Brumby
Shutts & Bowen LLp
Post Office Box 4956
Orlando, FL 32802

W. Steven Bryant
Locke Liddell & Sapp, LLP
600 Travis Street # 2600
Houston, TX 77002-3095

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Charles A Buford
2560 Gulf to Bay Blvd., Ste. 300
Clearwater, FL 33765

Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Jason B. Burnett
GrayRobinson, P.A.
50 N. Laura Street, Suite 1675
Jacksonville, FL 32202

Michael G Busenkell
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

C Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis
IN, 46204-2079 46204-2079

Thomas R. Califano
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

David P Canas
Harwell Howard Hyne Gabbert & Manner PC
315 Deaderick Street
Suite 1800
Nashville, TN 37238

L Phillip Canova Jr
Canova & Delahaye
58156 Court Street
Plaquemine, LA 70764

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

George B Cauthen
Nelson Mullins Riley & scarborough LLP
Post Office Box 11070
1320 Main Street - 17th Floor
Columbia, SC 29211

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd. Suite 1400
Fort Lauderdale, Florida 33394

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Ronald B. Cohn
Cohn & Cohn PA
P O Box 3424
Tampa, FL 33601

Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802,  32802

Michael E Collins
Manier & Herod
150 4th Avenue North
Suite 2200
Nashville, TN 37220

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

David J Cook
Cook Perkiss & Lew
Post Office Box 270
San Francisco, CA 94104

C. Timothy Corcoran
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602

Betsy C Cox
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

David N Crapo
Gibbons, Del Deo, Dolan etal
One Riverfront Plaza
Newark, NJ 07102-5496

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW Suite 1700
P.O. Box 3
Grand Rapids, MI 49501-0352

Gardner F. Davis
Foley & Lardner LLP
Post Office Box 240
Jacksonville, FL 32201

Ryan E Davis
Winderweedle Haines Ward & Woodman PA
Post Office Box 1391
Orlando, FL 32802

Day Properties, Inc.
c/o Robert Laney, Esquire
906 Main Street
North Wilkesboro, NC  28659

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Caryl E Delano
Addison & Delano, P.A.
PO Box 2175
Tampa, FL 33601-2175

Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Christie L Dowling
Balch & Bingham LLP
1901 Sixth Avenue North
Birmingham, AL 35209

Mark G Duncan
Dwyer & Cambre
3421 North Causeway Boulevard
Metairie, LA 70002

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Kevin M Eckhardt
Hunton & Williams LLP
1111 Brickell Avenue Suite 2500
Miami, FL 33131

Andrew B. Eckstein
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Jason H Egan
Mowrey & Biggins PA
515 North Adams Street
Tallahassee, FL 32301

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Earle I Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034-2162

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806

William J. Factor
Seyfarth, Shaw, Fairweather & Geraldson
55 E. Monroe Street
Suite 4200
Chicago, IL 60603

Lara Roeske Fernandez
Trenam, Kemker, et al
P O Box 1102
Tampa, FL 33601

Richard L Ferrell III
Taft Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

Charles J. Filardi Jr
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Brian T FitzGerald
Hillsborough County Attorney
Senior Assistant County Attorney
601 E Kennedy Boulevard, 14th Floor
Tampa, FL 33602

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

J David Forsyth
Sessions Fishman & Nathan LLP
201 Saint Charles Avenue
Suite 3500
New Orleans, LA 70170

Sally B Fox
Emmanuel Sheppard & Condon
30 South Spring Street
Pensacola, FL 32502

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Fox Rothschi
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Joseph D Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Steven Barry Frankoff
15014 Marlebone Court
Houston, TX 77069

Mark J Friedman
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Todd Mark Galante
St. John & Wayne, L.L.C.
Heron Tower
70 East 55th Street
New York, NY 10022

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Daniel D Ganter Jr
Barna Guzy & Steffen Ltd
200 Coon Rapids Boulevard
Suite 400
Coon Rapids, MN 55433

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008,  27114-500

Melody D Genson
Melody D Genson, PA
3665 Bee Ridge Road, Suite 316
Sarasota, FL 34233

Charles L. Gibbs
McGuire Woods LLP
50 North Laura Street, Suite 3300
Jaksonville, FL 32202-3661

Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Eric S Glatter
1489 West Palmetto Park Road
Suite 420
Boca Raton, FL 33486

James J. Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Priscilla W. Grannis
Rynn & Janowsky, LLP
6017 Pine Ridge Road, No. 341
Naples, FL 34119

Danielle K Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Janice Beth Grubin
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg.  E
Moorestown, NJ 08057

Allen J Guon
Shaw Gussis Fishman Glantz Wolfson
321 North Clark Street
Suite 800
Chicago, IL 60610

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Marc L. Hamroff
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street Northeast
Atlanta, GA 30309

John W Harrison Jr
Karem & Karem
333 Guthrie Green
Suite 312
Louisville, KY 40202

Susan M. Hassinger
570 Delaware Avenue
Buffalo, NY 14202

Patrick L. Hayden
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105

Edwin W. Held Jr.
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207

Edwin W. Held Jr.
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Neil E Herman
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Kenneth D. Herron Jr.
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

David E. Hicks
Dennis LeVine & Associates, PA
PO Box 707
Tampa, FL 33601

Hillandale Farms, Inc.
Post Office Box 2109
Lake City, Florida 32056-2109

Terrance A Hiller
Kupelian Ormond & Magy PC
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Robert L Holladay Jr
YoungWilliams PA
Post Office Box 23059
Jackson, MS 39225-3059

Ralph E Hood
Kizer Hood & Morgan LLP
2111 Quail Run Drive
Baton Rouge, LA 70808

Brian D. Huben
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Phillip M Hudson
201 S Biscayne Blvd Ste 400
Miami, FL 33131

Patrick L Huffstickler
Cox Smith Matthews Incorporated
112 East Pecan Street
Suite 1800
San Antonio, TX 78205

John B Hutton
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131

Inland Retail Real Estate Trust, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802, 32802

Ira S. Greene
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Laurel M. Isicoff
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Kimberly H. Israel
Held & Israel
1301 Riverplace Blvd Suite 1916
Jacksonville, FL 32207

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Solomon J. Jaskiel
275 Madison Avenue
11th Floor
New York, NY 10016

David S. Jennis
Jennis & Bowen, PL
400 N Ashley Drive, Suite 2540
Tampa, FL 33602

Jimmy R. Summerlin, Jr.
Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603

John J. Cruciani
Blackwell Sanders Peper Martin, LP
4801 Main Street, Ste. 1000
Kansas City, MO  64112

John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia, 30060-7946 30060-7946

Richard K. Jones
Moseley, Prichard, Parrish, Knight et al
501 West Bay Street
Jacksonville, FL 32202

Benjamin A Kahn
Nexsen Pruet Adams Kleemeier PLLC
Post Office Box 3463
Greensboro, NC 27402

Jon E Kane
Mateer & Harbert PA
Post Office Box 2854
Orlando, FL 32802

Ronald Scott Kaniuk
Taplin & Associates
340 Fifth Avenue Suite 2418
New York, NY 10118

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Dena C Kaufman
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Michael A Kaufman
Michael A Kaufman PA
1601 Forum Place
Suite 404
West Palm Beach, FL 33401

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Elena P. Ketchum
Stichter, Riedel, Blain & Prosser
110 E. Madison St., Suite 200
Tampa, FL 33602

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida  32802,  32802

Alfred C. Knight
One High Ridge Park
Stamford, CT 06905

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802

Alan W Kornberg
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Gerard M. Kouri
10021 Pines Blvd., #202
Pembroke Pines, FL 33024-6191

John W Kozyak
Kozyak, Tropin & Throckmorton, PA
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Stephen B. Kuhn
590 Madison Avenue
New York, NY

Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg & Ellers
260 South Broad Street
Philadelphia, PA 19102

Nina M LaFleur
Stutsman & Thames
121 W. Forsyth St. Suite 600
Jacksonville, Fl 32202-3848

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Nina M. Lafleur
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Thomas J Lallier
Foley & Mansfield PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Robert P Laney
McElwee Firm PLLC
906 Main Street
North Wilkesboro, NC 28659

Elena Lazarou
Reed Smith, LLP
599 Lexington Ave.
New York, NY 10022

Robert L LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Thomas J Leanse
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

David E Lemke
Waller Lansden Dortch & Davis PLLC
Post Office Box 198966
Nashville, TN 37219-8966

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Lenoir Partners LLC
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326, 30326

Sharon L. Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Bruce Levinson
Law Offices of Bruce Levinson
747 3rd Avenue
New York, NY 10017

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600, Jacksonville, FL 32202 32202

Alan Jay Lipkin
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Sara E Lorber
Seyfarth Shaw LLP
55 East Monroe Street
Suite 4200
Chicago, IL 60603-5803

Joseph Lubertazzi Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Eric Ludin
5720 Central Avenue
St. Petersburg, FL 33707

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Johanna E Markind
Law Offices of Daniel B Markind
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

Luis Martinez-Monfort
Mills, Paskert, Divers, P.A.
100 North Tampa St.
Suite 2010
Tampa, FL 33602

Kenneth G. M. Mather Esq.
Hinshaw & Culbertson, LLP
100 South Ashley Dr.
Suite 500
Tampa, FL 33602

Matt E. Beal, Esq.
Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802

Walter F. McArdle
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, AL 35203

Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326

Charles W. McBurney Jr.
6550 St. Augustine Road Suite 105
Jacksonville, FL 32217

Jerrett M. McConnell
Friedline & McConnell, P.A.
1756 University Blvd South
Jacksonville, FL 32216

David R McFarlin
Wolff, Hill, McFarlin & Herron, P.A
1851 West Colonial Drive
Orlando, FL 32804

William S McMahon
Choate Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02103

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Marc T McNamee
Neal & Harwell PLC
150 Fourth Avenue North
Suite 2000
Nashville, TN 37219

Derek F Meek
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Richard M. Meth
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Lawrence H Meuers
Meuers Law Firm PL
5395 Park Central Court
Naples, FL 34109

Robert C. Meyer
2223 Coral Way
Miami, FL 33145

Todd C Meyers
Kilpatrick Stockton LLP
1100 Peachtree Street Northeast
Suite 2800
Atlanta, GA 30309-4530

Christopher C. Miller
10250 Constellation Boulevard
Los Angeles, CA 90067

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Stephen M Miller
Morris James Hitchens & Williams LLP
222 Delaware Avenue
Post Office Box 2306
Wilmington, DE 19899-2306

Stephan William Milo
Wharton Aldhizer & Weaver PLC
125 South Augusta Street
Suite 2000
Harrisonburg, VA 22801

Mark Minuti
Saul Ewing, LLP
222 Delaware Avenue Suite 1200
P.O. Box 1
Wilmington, DE 19899

T David Mitchell
Brenner Kaprosy LLP
50 East Washington Street
Chagrin Falls, OH 44022

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Clive N. Morgan
6712 Atlantic Blvd
Jacksonville, FL 32211

Lee P Morgan
Morgan & Morgan
Post Office Box 48359
Athens, GA 30604

Andrew L. Morrison
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

C Daniel Motsinger
Krieg DeVault LLP
One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079

John E. Mufson
2213 N. University Drive
Pembroke Pines, FL 33024

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Albert F. Nasuti
Thompson, O'Brien, Kemp & Nasuti, P
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Bruce S. Nathan
Lowenstein  Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Tammy M. Nick
676 East I-10 Service Road
Slidell, LA 70461

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite
Omaha, NE 68102

Douglas C Noble
Phelps Dunbar LLP
Post Office Box 23066
Jackson, MS 39225-3066

John Noland
Henderson, Franklin, Starnes & Holt
P.O. Box 280
Fort Myers, FL 33902

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Oakwood Village Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road
Atlanta, Georgia 30326,  30326

Merritt A. Pardini
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY 10022

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Aaron D. Patton
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Armando Perez
Interamerican Plaza
701 S.W. 27th Avenue Suite 1205
Miami, FL 33135

Robert Perry
Held & Israel
1301 Riverplace Blvd. Ste.# 1916
Jacksonville, FL 32207

Christian A Petersen
Gunster Yoakley & Stewart PA
500 East Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33394

David L Pollack
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

Geraldine E Ponto
Gibbons Del Deo Dolan Griffinger
One Riverfront Plaza
Newark, NJ 07102-5496

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Potter Square Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Nicholas V. Pulignano Jr.
Marks Gray, P.A.
1200 Riverplace Blvd Suite 800
Jacksonville, FL 32201

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Gregg A. Rapoport
Lee & Rosenberger
135 W. Green St.
Suite 100
Pasadena, CA 91105

Craig V. Rasile
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Peter J Rathwell
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 3
Birmingham, AL 35201-0306

Diane G. Reed
Reed and Reed
501 N. College Street
Waxahachie, TX 75165

Jo Christi Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Jeffrey C. Regan
Hedrick, Dewberry, Regan & Durant, PA
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Sarah Richardson
Pinellas County Attorney's Office
315 Court Street
Clearwater, FL 33756

Larry B. Ricke
Leonard, Street and Deinard
150 South Fifth Street
suite 2300
Minneapolis, MN 55402

Craig P. Rieders
Genovese Lichtman Joblove & Battist
100 S.E. 2nd Ave., Suite 3600
Miami, FL 33131

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
1345 Avenue of the Americas
31st Floor
New York, NY 10105-0143

Robert D. Wilcox
Wilcox Law Firm
10201 Centurion Parkway N., Suite 600
Jacksonville, FL 32256

Mitchell S Rosen
Rosen Law Group LLC
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326

Fox Rothschild
13 East 37th Street
Suite 800
New York, NY 10016

Robert B. Rubin
Burr & Forman LLP
420 North 20th Street Suite 3100
Birmingham, AL 35023

Teresa Sadutto
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Michael C. Scarafile
P.O. Box 1431
Charleston, SC 29402

Sarah L Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Joel M. Shafferman
40 Wall Street, 35th Floor
New York, NY 10005

William H. Short
P.O. Box 11889
Columbia, SC 29211-1889

Peter L. Slinn
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

Neal M. Rosenbloom
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

J Casey Roy
McClain Leppert & Maney PC
South Tower Pennzoil Place
711 Louisiana Suite 3100
Houston, TX 77002

Rachel L Rubio
Markowitz Davis Ringel & Trusty PA
9130 South Dadeland Boulevard
Suite 1225
Miami, FL 33156

Anthony M Salzano
Pasco Co Board of County Commissioners
West Pasco Government Center
7530 Little Road, Suite 340
New Port Richey, FL 34654

Robert K. Scheinbaum
Podvey, Sachs, Meanor, Catenacci,
Hildner & Cocoziello
One Riverfront Plaza
Newark, NJ 07102

Gregory J. Seketa
40/86 Advisorts Inc.
535 N. College Drive
Carmel, IN 46032

Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein &
Gross
712 5th Avenue
20th Floor
New York, NY 10019

Bradley S Shraiberg
Kluger Peretz Kaplan & Berlin
20283 State Road 7
Suite 300
Boca Raton, FL 33498

Thomas R. Slome
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Avrum J. Rosen
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

Jason A Rosenthal
Foley & Lardner
111 North Orange Avenue
Suite 1800
Orlando, FL 32801

David S Rubin
Kantrow Spaht Weaver & Blitzer
Post Office Box 2997
Baton Rouge, LA 70821-2997

Shelley D Rucker
Miller & Martin
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402

Anthony F Sanchez
Law Offices of Anthony F Sanches PA
Alfred I Dupont Building
169 East Flagler Street
Suite 1500
Miami, FL 33131

Marvin S. Schulman
2800 Weston Road, Suite 201
Weston, FL 33331

Ed S Sell III
Sell & Melton LLP
Post Office Box 229
Macon, GA 31202-0229

Lynn Welter Sherman
Hill Ward & Henderson
P O Box 2231
Tampa, Fl 33601

R Scott Shuker
Gronek & Latham LLP
Post Office Box 3353
Orlando, FL 32802

Aaron C Smith
Lord Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603

Anthony J. Smits
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Richard G. Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Eric J. Snyder
Siller Wilk
675 Third Avenue
9th Floor
New York, NY 10017

Marc P. Solomon
Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC  29211,  29211

Arthur J Spector
Berger Singerman
350 East Las Olas Blvd
Suite 1000
Fort Lauderdale, FL 33301

Mark D. Speed
83 Maiden Lane
New York, NY 10038

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

David N Stern
McKenna Long & Aldridge LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308

Don M Stichter
Stichter, Riedel, Blain & Prosser
110 East Madison Street, Suite 200
Tampa, FL 33602

Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress Avenue Suite 900
Austin, TX 78701

Debra Sudock
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jimmy Ray Summerlin Jr
Young Morphis Bach & Taylor LLP
Post Office Drawer 2428
Hickory, NC 28603

Stephen B. Sutton
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612

Douglas B Szabo
Henderson, Franklin, Starnes & Holt PA
PO Box 280
Ft. Myers, FL 33902

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

Joel L. Tabas
25 Southeast Second Ave., Ste. 919
Miami, FL 33131-1538

Tina M Talarchyk
Duane Morris LLP
200 South Biscayne Boulevard
Suite 3400
Miami, FL 33131

Gene B Tarr
Blanco Tackabery Combs & Matamoros PA
Post Office Drawer 25008
Winston-Salem, NC 27114-5008

Richard R. Thames
Stutsman & Thames, P.A.
121 West Forsyth Street, Suite 600
Jacksonville, FL 32202

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202

Diana M. Thimmig
Roetzel & Andress
1375 East Ninth Street
One Cleveland Ctr Ninth Floor
Cleveland, OH 44114

Judy D Thompson
301 S. College Street, Ste 2300
Charlotte, NC 28202

Mark A. Thompson
1300 Commerce Drive, 5th Floor
Decatur, GA 30030

Janet H. Thurston
Cohen & Thurston, P.A.
1723 Blanding Blvd Suite 102
Jacksonville, FL 32210

Laura L. Torrado
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Ronald M Tucker
Simon Property Group
115 West Washington Street
Indianapolis, IN 46204

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

Lori V. Vaughan
Foley & Lardner
P.O. Box 3391
Tampa, FL 33601

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

David H. Wander
Wander & Associates, P.C.
641 Lexington Avenue
New York, NY 10022

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Michael D. Warner
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

Allan C Watkins
Watkins Law Firm, PA
707 N Franklin Street, Suite 750
Tampa, FL 33602

Leslie G Weeks
Helmsing Leach Herlong Newman & Rouse
Post Office Gox 2767
Mobile, AL 36652

Alan M. Weiss
Holland & Knight LLP
50 North Laura St., Suite 3900
Jacksonville, FL 32202

Margaret R Westbrook
Kennedy Covington Lobdell & Hickman LLP
Post Office Box 1070
Raleigh, NC 27602-1070

David B. Wheeler
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Stephen D Wheelis
Wheelis & Rozanski
Post Office Box 13199
Alexandria, LA 71315-3199

William Douglas White
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102

Robert D Wilcox
Wilcox Law Firm
10201 Centurion Parkway North
Suite 600
Jacksonville, FL 32256

Amy Pritchard Williams
Kennedy Covington Lobdell & Hickman LLP
214 North Tryon Street
47th Floor
Charlotte, NC 28202

Jonathan R Williams
Meland, Russin, Hellinger & Budwick, PA
200 S. Biscayne Blvd Ste 3000
Miami, FL 33131

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699

Frank J. Wright
Hance Scarborough Wright Ginsberg
& Brusilow, LLP
14755 Preston Road # 600
Dallas, TX 75254

William Knight Zewadski
Trenam, Kemker, Scharf, Barkin, et al
P.O. Box 1102
Tampa, FL 33602

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950