UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

    Debtors.                              Jointly Administered

SUPPLEMENT TO AMENDED
OBJECTION TO DEBTORS' MOTION
FOR ORDER (A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTERESTS AND EXEMPT FROM TAXES, (B)
AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

E & A Southeast, LP, by and through its undersigned counsel, supplements its amended objection to the Debtors' Motion filed on July 14, 2005 (Docket Number 2203) and states as follows:

1. The Debtor seeks to assign its Lease for Store No. 2708 (the "Lease") to All American Quality Foods, Inc. This Lease is for the Debtors' premises located at the Plantation Pointe Shopping Center in Smyrna, Georgia.

2. E&A Southeast, LP, ("E&A"), as successor in interest to Spring Campbell Partners, Ltd. and Century Pension Income Fund XXIV, is the landlord under the Lease.

3. The original Lease was entered into by Winn-Dixie Atlanta, Inc., and guaranteed by Winn-Dixie Stores, Inc., on October 8, 1987.

4. E&A objects to the assignment of its Lease to All American Quality Foods, Inc. on the grounds that E&A has not been provided with adequate assurance of future performance as required by 11 U.S.C. § 365.

5. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 26 day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile

ewh/winndixie/supplementtoAmendedobjectionsalee&asoutheastlp djg