UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, G. Bland Byrne, hereby designate the following as local attorney for creditor, Cagle's, Inc., in the above-styled case:

Nina M. LaFleur, Florida Bar No. 01017451
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000 (Phone)
(904) 358-4001 (Facsimile)

This 25th day of July, 2005.

BYRNE, DAVIS & HICKS P.C.

By /s/ G. Bland Byrne
G. Bland Byrne
Georgia Bar No. 101325
Suite 1460, Tower Place 100
3340 Peachtree Road, N.E.
Atlanta, Georgia 30326-1078
(404) 364-1460
(404) 266-7272 (Facsimile)

### Consent to Act

Pursuant to Rule 2090-1, L.B.R., I, Nina M. LaFleur, hereby consent to act as local counsel of record in this case for creditor, Cagle's, Inc.

Dated this 26th day of July, 2005.

STUTSMAN & THAMES, P.A.

By /s/ Nina M. LaFleur
Nina M. LaFleur

Florida Bar Number 0107451
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Cagle's, Inc.

## Certificate of Service

I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **David J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, and to the **Office of the United States Trustee**, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 26th day of July, 2005.

_____
Attorney

56671