UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Amy Pritchard Williams, of the law firm of Kennedy Covington Lobdell & Hickman, LLP, hereby designate as local attorney for creditor SFP, LLC, a Virginia limited liability company, the Landlord for store number 2024, which has previously been identified as Bert Associates, a North Carolina partnership (the "Party in Interest"), in the above-styled cases:

    Held & Israel
    Edwin W. Held, Jr., Esquire
    Florida Bar No. 162574
    1301 Riverplace Blvd., Suite 1916
    Jacksonville, FL 32210
    (904) 398-7038 Telephone
    (904) 398-4283 Facsimile

This 22 day of July, 2005.

KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
Co-Counsel for SFP, LLC, a Virginia limited liability company

By: _____
Amy Pritchard Williams, Esquire
North Carolina State Bar No. 19233
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3129


## CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor SFP, LLC, a Virginia limited liability company, in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this 26th day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar No. 162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile