

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
July 25, 2005

HONORABLE JERRY A. FUNK

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY
Trustee:

HEARING:

FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY THRIVENT FINANCIAL FOR LUTHERANS (1293)


R/S     A/P     F/HRG

ORDER:


APPEARANCES:



RULING:

CONTINUED TO SEPTEMBER 26 @ 2:00 - CLERK TO NTC

prorpt2