UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | CHAPTER 11 (Jointly Administered) |
| Debtors. | |

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of i) BVBelk Properties; ii) RMC Property Group; iii) Four Florida Shopping Centers, LP; and iv) The Ronald Benderson 1995 Trust and The Benderson 85-1 Trust, (collectively "the Landlords") creditors, and pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et seq.* (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>Tel: 212-808-7800<br>Fax: 212-808-7897<br>e-mail: jcarr@kelleydrye.com<br>            rlehane@kelleydrye.com | Edwin W. Held, Jr., Esq.<br>HELD & ISRAEL<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>Tel: (904) 398-7038<br>Fax: (904) 398-4283 |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlords' (i) right to have final orders in non-core matters

entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  July 26, 2005.
       New York, New York

KELLY DRYE & WARREN, LLP

By: */s/ Robert L. LeHane*
      Robert L. LeHane  (RL 9422)
101 Park Avenue
New York, New York  10178
Tel:  (212) 808-7573
Fax:  (212) 808-7897

and

HELD & ISRAEL
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
Tel:  (904) 398-7038
Fax:  (904) 398-4283

Co-counsel for BVBelk Properties
RMC Property Group
Four Florida Shopping Centers, LP
The Ronald Benderson 1995 Trust and
The Benderson 85-1 Trust