UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR HEARINGS
TO BE HELD ON JULY 27, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on July 27, 2005 at 10:00 a.m. (ET):

> 1.  *Amended Motion for an Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens and Exempt from Stamp or Similar Taxes Through Store Closing Sales in Accordance with Attached Guidelines and (C) Granting Related Relief (Docket No. 2227)*

| | |
|---|---|
| Objection Deadline: | July 20, 2005. |
| Objections: | (1) Tax Collector for Tuscaloosa County, AL (Docket No. 2155); |
| | (2) Tax Commissioner of Paulding County (Docket No. 2295); |
| | (3) Florida Tax Collectors (Docket No. 2338); |
| | (4) Limited Opposition of Allied Capital Corporation, et al. (Docket No. 2340); |
| | (5) Tennessee Department of Commerce and Insurance (Docket No. 2359); and |
| | (6) Tower Center Associates, Ltd. (Docket No. 2476). |
| Status: | The Debtors will proceed with the Motion. |

2.    *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No.1961)*

Purchasers:

(1)    OGA's Enterprises, Inc., Store Number **2725** (Docket No. 2307);

(2)    Calhoun Enterprises, Inc., Store Numbers **465** and **468** (Docket No. 2305);

(3)    Harris Teeter, Inc., Store Numbers **851, 2014, 2022, 2039, 2061** and **2104** (Docket No. 2317);

(4)    Alima Corporation, Store Number **332** (Docket No. 2298);

(5)    Reynold's IGA, Inc., Store Numbers **42** and **158** (Docket No. 2306);

(6)    Wal-Mart Stores, Inc., Store Number **739** (Docket No. 2319);

(7)    Star Market, Inc., Store Number **1914** (Docket No. 2304);

(8)    Regency Centers Corporation, Store Number **73** (Landlord, lease termination) (Docket No. 2311);

(9)    American Commercial Realty, Store Number **216** (Landlord, lease termination) (Docket No. 2309);

(10)    Naples South Realty Associates, (Landlord, lease termination) Store Number **731** (Docket No. 2310); and

(11)    Southchase Investors, LLC, (Landlord, lease termination) Store Number **2282** (Docket No. 2312).

Objection Deadline:    July 20, 2005; except for affected landlords.

Objections:

(1)    Commercial Net Lease Realty,Inc., Store Number **2719** and **2721** (Docket No. 2132);

(2)    William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Powder Springs W.D. Delaware Business Trust, Store Number **2706** (Docket No. 2133);

(3)    William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust, Store Number **2710** (Docket No. 2134);

(4)    William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Jonesboro W.D. Delaware Business Trust, Store Number **2705** (Docket No. 2135);

(5)    Wolfchase Associates, LLC, Store Number **320** (Docket No. 2138);

(6)    Capstone Advisors, Inc., Store Number **890** (Docket No. 2140);

(7)     Linpro Investments, Inc., Store Number **223** (Docket No. 2148);

(8)     Chester Dix Newman Corp., Store Number **2709** (Docket No. 2150);

(9)     Valrico Partners, L.P., Ltd., Store Number **716** (Docket No. 2166);

(10)    Westside City, Inc., Store Number **1297** (Docket No. 2176);

(11)    Watkins Investments, L.P., Store Number **634** (Docket No. 2177);

(12)    River Oaks Partnership, Store Number **1084** (Docket No. 2179);

(13)    Chapin Development Co., Store Number **1010** (Docket No. 2353);

(14)    MCW-RC-GA-Howell Mill Village, LLC, Store Number **2726** (Docket No. 2194);

(15)    FW NC-Shoppes of Kildaire, LLC, Store Number **803** (Docket No. 2195);

(16)    MCW-RC-FL-Highlands, LLC, Store Number **73** (Docket No. 2196);

(17)    Bank of America, N.A., Store Number **2732** (Docket No. 2197);

(18)    Shields Plaza, Inc., Store Number **1912** (Docket No. 2199);

(19)    Ivey Electric Co., Store Number **1256** (Docket No. 2200);

(20)    E & A Financing II, L.P., Store Number **2008** (Docket No. 2202);

(21)    E & A Southeast, L.P., Store Numbers **2156, 1360, 2708** and **2723** (Docket No. 2203);

(22)    Villa Rica Retail Properties, LLC, Store Number **2716** (Docket No. 2204);

(23)    Principal Life Insurance Company, Store Numbers **2202, 2024, 716, 2704, 2051, 2731, 2716, 1566, 1284** and **2706** (Docket No. 2208);

(24)    Bright-Meyers Dublin Associates, L.P., Store Number **1913** (Docket No. 2209);

(25)    CPM Associates, L.P., Store Number **1337** (Docket No. 2210);

(26)    Glimcher Properties, L.P., Store Number **1077** (Docket No. 2106);

(27)    Randy Roark, Store Number **529** (Docket No. 2127);

(28)    McDonough Marketplace Partners, Store Number **2707** (Docket No. 2130);

(29)   Bonner's Point, LLC, Store Number **1907**, LaGrange Marketplace, LLC, Store Number **1998**, and MSC, LLC f/k/a Belmont/Centermark, L.P., Store Number **2055** (Docket No. 2136);

(30)   Aronov Realty, Cliffdale Corner, and New Plan Excel Realty Trust, Inc., Store Numbers **452, 523, 882, 1402, 1851, 1906, 1935, 1938, 2717, 2736** and **2737** (Docket No. 2146);

(31)   Corporate Property Associates 6, Store Number **468** (Docket No. 2149);

(32)   Alvin Lapidus & Lois Lapidus, Store Number **2048** (Docket No. 2163);

(33)   Bert Associates, Store Number **2024** (Docket No. 2169);

(34)   LEC Properties, Inc. and PC Properties, LLC, Store Number **1358** (Docket No. 2187);

(35)   USPG Portfolio II, LLC, Store Number **1086** (Docket No. 2188);

(36)   RP Barren River, LLC, Store Number **1657** (Docket No. 2189);

(37)   IRT Partners, L.P., Store Number **2087** and Equity One (Hunter's Creek), Inc., Store Number **2391**  (Docket No. 2206);

(38)   Spectrum Cauble Management, LLC, Store Number **2733** (Docket No. 2273);

(39)   Spectrum Realty Advisors, Inc., Store Number **2738** (Docket No. 2275);

(40)   Flint Crossing, Inc., Store Number **1915** (Docket No. 2321);

(41)   VOW, LLC, Store Number **1908** (Docket No. 2322);

(42)   Deerfoot Marketplace, LLC, Store Number **415** (Docket No. 2323);

(43)   PMT Partners V, LLC, Store Number **2101** (Docket No. 2326);

(44)   Lassiter Properties, Inc., Store Number **1826** (Docket No. 2327);

(45)   Lassiter Properties, Inc., Store Number **1912** (Docket No. 2328);

(46)   Killen Marketplace LLC, Store Number **1917** (Docket No. 2329);

(47)   Florida Tax Collectors, Store Numbers **20, 73, 170, 206, 216, 223, 227, 229, 320, 332, 338, 360, 603, 604, 615, 620, 634, 636, 700, 703, 716, 731, 734, 739, 740, 748, 752, 2200, 2240, 2262, 2282, 2293, 2294, 2295, 2312, 2316, 2382, 2384, 2391** and **2631** (Docket No. 2337);

(48)   Bennett M. Lifter, Store Number **2051** (Docket No. 2339);

(49) Allied Capital Corporation, Store Numbers **181, 332, 360, 404, 417, 423, 450, 573, 594, 734, 851, 915, 1076, 1305, 1585, 1826, 1860, 2008, 2029, 2061, 2062, 2063, 2073, 2095, 2180, 2663, 2705** and **2710** (Docket No. 2341);

(50) Catamount Rockingham, LLC and John H. O. La Gatta, Store Number **2382** (Docket No. 2045);

(51) Homewood Associates, Inc., Store Number **1827** (Docket No. 2072);

(52) W.T.H., II, LLC, Store Number **1872** (Docket No. 2073);

(53) Westland Plaza Associates, L.P., Store Number **1305** (Docket No. 2087);

(54) Victory Real Estate Investments, LLC, Store Numbers **14, 55, 421,** and **1455** (Docket No. 2091);

(55) Preston Oil Co., Store Number **615** (Docket No. 2094);

(56) Southeast U.S. Retail Fund, L.P., Store Number **1936** (Docket No. 2095);

(57) Deerfoot Marketplace, LLC, Store Number **415** (Docket No. 2100);

(58) Ebinport Associates, Store Number **2155**, Ventures, LLC, Store Number **2160**, Museum Associates, Store Number **2159**, and Equity Associates, Store Number **2157** (Docket No. 2101);

(59) Windsor Station LLC, Store Number **2056** (Docket No. 2103);

(60) Springs Corner, LLC, Store Number **2083** (Docket No. 2104);

(61) Bellview Square Corporation, Store Number **2151** (Docket No. 2109);

(62) Lenoir Partners, LLC, Store Number **2180** (Docket No. 2112);

(63) Potter Square Associates, Store Number **2108** (Docket No. 2114);

(64) Burlington Associates L.P., Store Number **2061** (Docket No. 2115);

(65) Oakwood Village Associates, Store Number **1904** (Docket No. 2117);

(66) Langston Place, LLC, Store Number **1242**, Palmetto Place, LLC, Store Number **1016**, Windsor Place LLC, Store Number **1203** (Docket No. 2126);

(67) Park Plaza, Ltd., Store Number **888** (Docket No. 2128);

(68) Greenwood Plaza, Ltd., Store Number **583** (Docket No. 2131);

(69) Baxley Zamagias, Store Number **133** (Docket No. 2141);

(70) Stiles West Associates, Ltd., Store Number **229** (Docket No. 2142);

(71)	Simon Property Group, L.P., Store Number **851** (Docket No. 2144);

(72)	School Street Crossing, L.P., Store Number **1362** (Docket No. 2151);

(73)	The Ronald Benderson 1995 Trust and The Benderaon 85-1 Trust (together known as Buffalo-Marine Associates), Store Number **752** (Docket No. 2152);

(74)	Grubb & Ellis/Wilson Kibler as Managing Agent for Wachovia Bank, N.A. as Trustee Under Agreement with Lucy W. Buxton, Store Number **2165** (Docket No. 2156);

(75)	59 West Partners, Ltd., Store Number **594** and Pascagoula Properties, Ltd., Store Number **573** (Docket No. 2159);

(76)	Winn-Dixie Tampa Trust, Store Number **636** (Docket No. 2160);

(77)	Waynesville Shopping Center LLC, Store Number **1249** (Docket No. 2161);

(78)	Daniel G. Kamin, Store Numbers **808** and **2715** (Docket No. 2165);

(79)	ADFC, LLC, Store Number **2724** (Docket No. 2168);

(80)	Four Florida Shopping Centers, LP, Store Number **360** and **2003**, Belk Properties, Store Numbers **2001** and **2003**, Developers Diversified Realty Corp., Store Numbers **417, 739, 1255, 2718** and **2735**, Store Number **2039**, Krusch Properties, LLC, RMC Property Group, Store Number **748** (Docket No. 2171);

(81)	Tower Center Associates, Ltd., Store Number **170** (Docket No. 2173);

(82)	Hartwell Partnership, Store Number **1023** (Docket No. 2175);

(83)	Nalley Construction Co., Inc., Store Number **1244** (Docket No. 2178);

(84)	Town 'N Country Realty of Easley, Inc., Store Number **1223** (Docket No. 2181);

(85)	GE Capital Realty as servicing agent for Great Oak LLC and Watch Omega Holdings, L.P., Store Number **2312** (Docket No. 2185);

(86)	LEC Properties, Inc. and PC Properties, LLC, Store Number **1358** (Docket No. 2187);

(87)	USPG Portfolio II, LLC, Store Number **1086** (Docket No. 2188);

(88)	Killen Marketplace LLC, Store Number **1917** (Docket No. 2190);

(89)	VOW, LLC, Store Number **1908** (Docket No. 2191);

(90)	Flint Crossing, Inc., Store Number **1915** (Docket No. 2193);

(91)	Webber Commercial Properties, LLC, Store Number **740** (Docket No. 2201);

(92)    EIG Gordon Villages, LLC, Store Number **1007** and Lake Mary, L.P., Store Number **2063** (Docket No. 2207);

(93)    Cameron Sanford Company, LLC, Store Number **827** (Docket No. 2211);

(94)    Three Meadows Plaza Partnership, Store Number **2316** (Docket No. 2241);

(95)    Transamerica Life Insurance Company, Store Number **1908** (Docket No. 2253);

(96)    Crowder Family Joint Venture, Store Number **1328** (Docket No. 2255); and

(97)    Catamount Rockingham, LLC and John H.O. LaGatta, Store Number **2045** (Docket No. 2342).

Status:    The Debtors will proceed with the Motion as to each of the referenced Purchasers.

The Debtors will withdraw the Motion with respect to Store Numbers 2719, 2721, 2706, 2705, 320, 890, 223, 2709, 716, 634, 1084, 803, 1912, 1256, 1360, 2723, 2716, 2202, 2024, 2704, 1566, 1284, 1337, 1077, 529, 2707, 1907, 1998, 2055, 523, 1402, 1851, 1935, 2737, 2048, 1358, 1086, 1657, 2087, 2391, 2738, 1908, 415, 2101, 1826, 1917, 20, 170, 206, 227, 229, 338, 604, 615, 620, 636, 700, 703, 734, 740, 748, 752, 2200, 2240, 2262, 2293, 2294, 2295, 2312, 2316, 2382, 2384, 2631, 181, 404, 417, 423, 450, 573, 594, 915, 1076, 1305, 1585, 1860, 2029, 2062, 2095, 2180, 2663, 1827, 1872, 14, 55, 421, 1455, 1936, 2155, 2159, 2157, 2108, 1904, 1016, 1203, 888, 583, 2165, 2715, 1255, 2735, 1023, 1244, 1223, and 1007, which moots the objections listed above in paragraphs (1), (2), (4), (5), (6), (7), (8), (9), (11), (12), (15), (18), (19), (21) (as to Store Numbers 1360 and 2723 only), (22), (23) (as to Store Numbers 2202, 2024, 716, 2704, 2716, 1566, 1284 and 2706 only), (25), (26), (27), (28), (29), (30) (as to Stores 523, 1402, 1851, 1935 and 2737 only), (32) (33), (34), (35), (36), (37), (39), (41), (42), (43), (44), (45), (46), (47) (as to Store Numbers 20, 170, 206, 223, 227, 229, 320, 338, 604, 615, 620, 636, 700, 703, 716, 734, 740, 748, 752, 2200, 2240, 2262, 2293, 2294, 2295, 2312, 2316, 2382, 2384, 2391 and 2631 only), (49) (as to Store Numbers 181, 404, 417, 423, 450, 573, 594, 734, 915, 1076, 1305, 1585, 1826, 1860, 2029, 2062, 2095, 2180, 2663 and 2705 only), (50), (51), (52), (53), (54), (55), (56), (57), (58) (as to Store Numbers 2155, 2159 and 2157 only), (62), (63), (65), (66) (as to Store Numbers 1016 and 1203 only), (67), (68), (70), (73), (74), (75), (76), (78) (as to Store Number 2715 only), (80) (as to Store Numbers 417, 1255, 2735 and 748 only), (81), (82), (83), (84), (85), (86), (87), (88), (89), (91), (92) (as to Store Number 1007 only), (94) and (95).

The objections listed above in paragraphs (3), (10), (13), (14), (17), (20), (21) (as to Stores 2156 and 2708 only), (23) (as to Stores 2051 and 2731 only), (24), (30) (as to Stores 452, 882, 1906, 1938, 2717 and 2736 only), (38), (40), (48), and (49) (as to Stores 360, 2008, 2063, 2073 and 2710 only), relate to store sales taking place on July 28 and 29 and will be heard on such dates.  The Debtors are informed that the objection identified in paragraph (16) will be withdrawn.

The objections listed above in paragraphs (58) (as to Store Number 2160 only), (59), (60), (61), (64), (66) (as to Store Number 1242 only), (69), (71), (72), (77), (78) (as to Store Number 808 only), (79), (80) (as to Store Numbers 360, 2003, 2001, 2718, 2039 and 739 only), (90), (92) (as to Store Number 2063 only), (93), (96) and (97) are to cure amounts only for Stores being sold and will be heard at a later date.

The objections identified in paragraphs (31), (47) (as to Store Numbers 73, 216, 332, 360, 603, 731, 739 and 2282 only), and (49) (as to Store Numbers 332, 2061 and 851 only) relate to Stores being sold at this hearing.

Dated:  July 26, 2005.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By____s/ D. J. Baker_____ | By____s/ Cynthia C. Jackson_____ |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00502900