UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR HEARINGS**
**TO BE HELD ON JULY 28, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on July 28, 2005 at 10:00 a.m. (ET):

1. *Motion for Order (A) Authorizing the Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 1963)*

    Purchaser(s)
    (1) Walgreen Co. (Docket No. 2378);
    (2) Eckerd Corporation (Docket No. 2371);
    (3) Fred's Stores of Tennessee (Docket No. 2372);
    (4) The Kroger Co. (Docket No. 2373);
    (5) CVS Corporation (Docket No. 2374);
    (6) Rite Aid Corporation (Docket No. 2377);
    (7) Wal-Mart Stores, Inc. (Docket No. 2370);
    (8) Target Corporation (Docket No. 2375);
    (9) BI-LO, LLC (Docket No. 2369); and
    (10) Publix Supermarkets, Inc. (Docket No. 2376).

    Objection Deadline: July 20, 2005.

    Objections: No objections have been filed.

    Status: The Debtors will proceed with the Motion as to the Purchasers identified above.

(2)  *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No.1961*

Purchasers:

(1) Y.M. Lee, Inc., Store Number **2731** (Docket No. 2300);
(2) Tom-Tom Foods, Inc., Store Number **126** (Docket No. 2299);
(3) Publix Super Markets, Inc., Store Numbers **603, 2724** and **2726** (Docket No. 2314);
(4) Food Lion, LLC, Store Numbers **133, 2038, 2040, 2056, 206** and **2076** (Docket No. 2303);
(5) Ingles Markets, Incorporated, Store Numbers **1249** and **2090** (Docket Nos. 2315 and 2316); and
(6) BI-LO, LLC and Southern Family Market Acquisition, Store Numbers **1004, 1010, 1234, 1242, 1248, 1938, 1942, 1944, 2004, 2051, 2073, 2150, 2151, 2156, 2160, 524, 576, 1906, 1913, 1915** and **911** (Docket No. 2302).

Objection Deadline:  July 20, 2005; except as to affected landlords.

Objections:

(1) Chapin Development Co., Store Number **1010** (Docket No. 2353) **(BI-LO, LLC)**
(2) MCW-RC-GA-Howell Mill Village, LLC, Store Number **2726** (Docket No. 2194) **(Publix);**
(3) E & A Southeast II, L.P., Store Number **2156 (BI-LO, LLC)** (Docket No. 2203);
(4) Principal Life Insurance Company, Store Numbers **2051 (BI-LO, LLC)** and **2731 (Y.M. Lee)** (Docket No. 2208);
(5) Bright-Meyers Dublin Associates, L.P., Store Number **1913 (BI-LO, LLC)** (Docket No. 2209);
(6) Aronov Realty, Cliffdale Corner, and New Plan Excel Realty Trust, Inc., Store Numbers **1906** and **1938 (BI-LO, LLC)** (Docket No. 2146);
(7) Flint Crossing, Inc., Store Number **1915 (BI-LO, LLC)** (Docket No. 2321);
(8) Bennett M. Lifter, Store Number **2051 (BI-LO, LLC)** (Docket No. 2339); and
(9) Allied Capital Corporation, Store Number **2073 (BI-LO, LLC)** (Docket No. 2341).

3

        Status:        The Debtors will proceed with the Motion as to the Purchasers identified above.

Dated: July 26, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   s/ Cynthia C. Jackson<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

502925