UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR HEARINGS**
**TO BE HELD ON JULY 29, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on July 29, 2005 at 10:00 a.m. (ET):

1. *Motion for Approval of Stipulation Between Debtors and Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program (Docket No. 1965 )*

   Objection Deadline: July 20, 2005.

   Objections: No objections have been filed.

   Status: The Debtors will proceed with the Motion.

2. *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No.1961)*

   Purchasers:
   (1) Baker Foods, Inc., Store Number **452** (Docket No. 2301)
   (2) Associated Wholesale Grocers, Inc. and Alex Lee, Inc., Store Numbers **10, 808, 825, 827, 880, 882, 884, 903, 912, 918, 1049, 1297, 2001, 2003, 2008, 2045, 2063, 2083, 2093, 2099, 2718, 1301, 1314, 1362, 1413, 1471, 1547, 2622** and **2640** (Docket No. 2318)
   (3) Alex Lee, Inc., Store Number **805** (Docket No. 2320)
   (4) MOMO Management, Inc. or Four Florida Shopping Centers, Store Number **360** (Docket No. 2308)
   (5) Supervalu entities, Store Numbers **1303, 1317, 1323, 1349, 1328, separate fuel station 1374, 1806, 2623, 2708, 2710, 2717, 2720, 2727, 2730, 2732, 2733, 2736, 2740** and **2743** (Docket No. 2313)

|  |  |  |  |
|---|---|---|---|
| Objection Deadline: | | July 20, 2005; except as to affected landlords. | |
| Objections: | (1) | William J. Wade and Wilmington Trust Co. as Co-Trustees Conyers W.D. Delaware Business Trust, Store Number **2710** (Docket No. 2134) **(Supervalu)**; | |
| | (2) | Westside City, Inc., Store Number **1297** (Docket No. 2176) **(AWG/Alex Lee);** | |
| | (3) | Bank of America, N.A., Store Number **2732** (Docket No. 2197 and 2505) **(Supervalu)**; | |
| | (4) | E & A Financing II, L.P., Store Number **2008** (Docket No. 2202) (AWG/Alex Lee); | |
| | (5) | E & A Southeast II, L.P., Store Number **2708** (Docket No. 2203 and 2506) **(Supervalu)**; | |
| | (6) | Aronov Realty, Cliffdale Corner, New Plan Excel Realty Trust, Inc. Store Numbers **452 (Baker Foods), 882 (AWG/Alex Lee), 2717 and 2736 (Supervalu)** (Docket No. 2146); | |
| | (7) | Spectrum Cauble Management, LLC, Store Number **2733 (Supervalu)** (Docket No. 2273); and | |
| | (8) | Allied Capital Corporation, Store Numbers **360 (MOMO Management), 2063 and 2008 (AWG/Alex Lee), and 2710 (Supervalu)** (Docket No. 2341). | |
| Status: | | The Debtors will proceed with the Motion as to the Purchasers identified above. | |

Dated: July 26, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By   s/ Cynthia C. Jackson   <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00502926