**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | Case No. 05-3817-F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |

**AMENDED NOTICE OF DEPOSITION OF**
**CKP INTERNATIONAL FOODS, INC.**

PLEASE TAKE NOTICE that Developers Diversified Realty Corp. (the "Landlord"), by and through its attorneys, Kelley Drye & Warren LLP, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of a representative of CKP International Foods, Inc. (the "Proposed Assignee").

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, the Proposed Assignee is requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify on the Proposed Assignee's behalf as to information known or reasonably available to the Proposed Assignee as to each of the matters set forth on the attached rider.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure and Rule 7030(b)(2) of the Federal Rules of Bankruptcy Procedure made applicable to this contested matter by Rule 9014 of the Federal Rules of Bankruptcy Procedure, the deposition will be conducted via video-conference and will commence at 11:00 a.m. (Eastern Time) on July 27, 2005, at the offices of APC, 6470 East Johns Crossing, Duluth, Georgia (Tel: 676-417-7774) and

Veritext Spherion Deposition Services, 1350 Broadway, Suite 1407, New York, New York (Tel: 212-490-3430). The deposition and will continue from day to day until completed. The Landlord intends to cause this deposition to be recorded stenographically by a licensed court reporter who shall be available at the time and place scheduled herein.

Dated: New York, New York
       July 26, 2005

                                   KELLEY DRYE & WARREN LLP

                                   *By: /s/ Robert L. LeHane*
                                       James S. Carr, Esq.
                                       Robert L. LeHane, Esq.
                                 101 Park Avenue
                                 New York, New York 10178
                                 Tel.: (212) 808-7800
                                 Fax: (212) 808-7897

                                 ATTORNEYS FOR LANDLORD
                                 DEVELOPERS DIVERSIFIED REALTY CORP.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**Rider to Notice of Deposition of CKP International Foods, Inc.**

**Topics for Deposition:**

1. The financial condition of the Proposed Assignee and/or its guarantor, if any, from 2003 through the present.

2. The Proposed Assignee's principal's and/or the Proposed Assignee's guarantor operating experience regarding an anchor store in a shopping center.

3. The Proposed Assignee's intended use of the Leased Premises.

4. All bases to support the Proposed Assignee's assertion that the assignment to the Proposed Assignee satisfies the requirements of 11 U.S.C. § 365(b)(3).

## CERTIFICATE OF SERVICE

I, Denver G. Edwards, on July 26, 2005, caused to be served the *Amended Notice of Deposition of CKP International, Inc.* upon the following parties, via telecopier:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>Fax: 212-735-2000 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>Fax: 904-359-7708 |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>Fax: 212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Fax: 212-530-5219 |
| Associated Wholesale Grocers, Inc.<br>Attn: General Counsel<br>5000 Kansas Avenue<br>P.O. Box 2932<br>Kansas City, Kansas 66110-2932<br>Fax: 913-288-1573 | Alex Lee, Inc.<br>Attn: General Counsel<br>P.O. Box 8090<br>120 Fourth Street SW<br>Hickory, North Carolina 28602<br>Fax :828-725-4435 |
| Tony Chong<br>4975 Jimmy Carter Blvd<br>Suite 110<br>Norcross, Georgia 30093<br>Fax: 770-817-9954 | Michael Chung, Esq.<br>Kim & Woo, LLC<br>3950 Shackleford Rd.<br>Suite 425<br>Duluth, Georgia 30096<br>Fax: 678-638-0115 |

                                            */s/ Denver G. Edwards*
                                            Denver G. Edwards