**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors.[1] ) | Jointly Administered |

**SECOND SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE SIXTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] a completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1.  Deloitte Financial Advisory Services LLP (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaire upon the United States Trustee,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professional.

Dated:  July 26, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Walker Gray<br>       Steven B. Eichel | By   *s/ Cynthia C. Jackson*<br>       Stephen D. Busey<br>       James H. Post<br>       Cynthia C. Jackson,<br>       Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>Steven Eichel
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, New York 10036
>Telephone: (212) 735-4113
>Facsimile: (917) 777-4113
>Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, J. Donald Fancher, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:
   Deloitte Financial Advisory Services LLP ("Deloitte FAS")
   191 Peachtree Street, NE, Suite 1500
   Atlanta, GA 30303

2. Date of retention: June 24, 2005

3. Type of services provided (accounting, legal, etc.):
   Computer forensic services and electronic discovery services

4. Brief description of services to be provided:
   Deloitte FAS will assist the Debtors with the production of files from eight personal computers. Deloitte FAS' primary role will be to complete forensic imaging and data extraction from each of the electronic media sources.

5. Arrangements for compensation (hourly, contingent, etc.)
   Deloitte FAS intends to charge for its professional services on an hourly basis.

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

7. Pre-petition claims against any of the Debtors held by Deloitte FAS:
   Amount of claim: $0

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of Deloitte FAS:
   Based on reasonable inquiry, Deloitte FAS is not aware of any amounts owed by the Debtors to J. Donald Fancher, the Deloitte FAS Principal anticipated to lead the Deloitte FAS team providing services to the Debtors (the "Deloitte FAS Engagement Principal").

9. Stock of any of the Debtors currently held by Deloitte FAS:
   Based on reasonable inquiry, regarding stock ownership directly held by Deloitte FAS, Deloitte FAS is not aware of any stock of the Debtors that is currently held by Deloitte FAS.

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of Deloitte FAS:
    Based on reasonable inquiry regarding stock ownership directly held by the Deloitte FAS Engagement Principal, Deloitte FAS is not aware of any stock of the Debtors that is currently held by the Deloitte FAS Engagement Principal.

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which Deloitte FAS is to be employed, except as disclosed below.
    Based on a search conducted of Deloitte FAS' internal client databases with respect to the entities listed on schedules provided to Deloitte FAS by the Debtors, Deloitte FAS is not currently aware of having any interest adverse to the Debtors or to their estates with respect to the matters on which Deloitte FAS is to be employed.

Dated: June 24, 2005

*[signature: Donald J F]*

Name: J. Donald Fancher
Title: Principal
Company: Deloitte Financial Advisory Services
Address: 191 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303
Telephone: 404-220-1204
Facsimile: 404-631-9217