**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that creditor and party-in-interest **Associated Wholesale Grocers, Inc.** hereby appears in the above-captioned case by its counsel, Wilcox Law Firm and Husch & Eppenberger; such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Rules 2002, 30117 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone and facsimile numbers indicated:

> Robert D. Wilcox, Esq.
> Wilcox Law Firm
> One Deerwood Place
> 10201 Centurion Parkway North, Suite 600
> Jacksonville, FL 32256

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

The Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoff, or recoupments to which the above-named entities is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoff, and recoupments are expressly reserved.

July 27, 2005                                         WILCOX LAW FIRM

 /s/ **Robert Wilcox**
Robert D. Wilcox, Esq.
Florida Bar No. 755168
10201 Centurion Parkway North, Suite 600
Jacksonville, FL 32256
Telephone:  (904) 998-9994
Fax:  (904) 513-9201
RWilcox@WilcoxLawFirm.com

*Attorneys for Associated Wholesale Grocers, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Appearance and Demand for Notices and Papers* was served by electronic mail through the CM/ECH system or by mailing a copy thereof by First Class mail, postage prepaid, to the following:

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
*Co-Attorneys for Debtors*

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
*Co-Attorneys for Debtors*

Dennis F. Dunne, Esq.
Millbank, Tweed Hadley & McCloy LLC
OneChase Manhattan Plaza
NewYork, NY 10005
*Co-Attorneys for Official Committee of Unsecured Creditors*

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646
*Co-Attorneys for Official Committee of Unsecured Creditors*

Kenneth H. Meeker
Assistant U.S. Trustee
Office of the U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

This the 27th day of July, 2005

 /s/ **Robert Wilcox**
Robert D. Wilcox, Esq.

*Attorneys for Associated Wholsesale Grocers, Inc.*