UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| ) | |
| **WINN-DIXIE STORES, INC.** ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtor. ) | |

**OBJECTION OF GREENVILLE GROCERY LLC TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Greenville Grocery, LLC ("Greenville Grocery"), hereby objects to the Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief (the "Motion").

1.  Greenville Grocery leases to Winn-Dixie Raleigh, Inc. (the "Debtor") certain nonresidential real property (the "Premises") located in the City of Travelers Rest, County of Greenville, State of South Carolina, pursuant to the terms of a lease, originally by and between Roe Road Properties, L.L.C. and Winn-Dixie Charlotte, Inc., dated August 1, 1994, as amended (the "Lease"), as amended. The Debtor identifies the Premises as store # 1057.

2.  Under the terms of the Lease, the Debtor is responsible for the payment of real property taxes of the Premises and, pursuant to that obligation, the Debtor issued a check payable to Greenville County, South Carolina (the "County") for the purpose of paying the real property taxes for the 2004 tax year (the "Tax Payment Check").

3.  On February 21, 2005 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the United State Bankruptcy Code. The County

deposited the Tax Payment Check shortly before the Petition Date and the Debtor's bank dishonored the Tax Payment Check.

4. Greenville Grocery subsequently paid the sum of $59,048.77 to satisfy the unpaid real property taxes.

5. Attached as Exhibit "F" to the Motion is a schedule setting forth cure amounts for real property leases. Schedule "F" provides that the cure amount for the Premises is $0.

6. Greenville Grocery objects to the proposed cure amount because it is not accurate. Rather, the correct cure amount is $59,048.77.

**WHEREFORE**, Greenville Grocery objects to the proposed cure amount set forth in the Motion and respectfully requests that the Court determine that $59,048.77 is the correct cure amount.

Respectfully submitted,

By: _____
Ronald B. Cohn, Esq.
Florida Bar No. 599786
Phillip M. Hudson, III
Florida Bar No. 518743
Arnstein & Lehr LLP
201 S. Biscayne Blvd., 4th Floor
Miami, FL 33131
(305) 374-3330 – Telephone
305) 374-4744 – Facsimile

and

Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., Suite 700
Washington, D.C. 20005
(202) 467-6900 – Telephone
(202) 467-6910 – Facsimile

Co-Counsel to Greenville Grocery, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of July, 2005, I served a copy of the foregoing Objection of Greenville Grocery, LLC to the Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief via first-class mail, postage prepaid, and by electronic mail, upon the following:

D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
cjackson@smithhulsey.com

_____
Ronald B. Cohn, Esq.