

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
July 27, 2005
10:00 A.M.

*10:00 - 12:00*     **PRO MEMO**  *1:30  1:45*

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Page 1 of 4 |
|---|---|---|

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Sell Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief Filed by Debtor (1961)

**PURCHASER:**     (1) OGA'S Enterprises, Inc., Store 2725 (Doc. 2307)

*Approved - ord/signed*

(2) Calhoun Enterprises, Inc., Store 465 & 468 (Doc. 2305)

*Approved - ord/signed*

(a) Objection to Store 468 by Corporate Property Associates 6 (Doc. 2149)

*Moot*

(3) Harris Teeter, Inc. Store 851, 2014, 2022, 2039, 2061 and 2104 (Doc. 2317)

*Rick Thames*
*Approved - ord/ signed*

(a) Objection to Store 851 by Allied Capital Corporation (Doc. 2341)

*Alan Hessup Amer prop.*   *Settled*

#2039
*Robt McHane P*

(b) Objection to Store 2061 by Allied Capital Corporation (Doc. 2341)

*Rick Thames p*    *Settled*

**APPEARANCES ON PAGE 4**

*Amendments to Agency Agreement to be filed by debtor*



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Wednesday
July 27, 2005
10:00 A.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 4

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**PURCHASER:**    (4) Alima Corporation, Store 332 (2298)

*Approved - ord/signed*

(a) Objection to Store 332 by Florida Tax Collectors (Doc. 2337)

*Brian Fitzgerald p - moot*

*steps made on record by Fitzgerald/Stern*

(b) Objection to Store 332 by Allied Capital Corp. (Doc. 2341)

*moot*

(5) Reynold's IGA, Inc., Store 42, 158 (Doc. 2306)

*Cont'd to Friday*

(6) Wal-Mart Stores, Inc. Store 739 (Doc. 2319)

*(Heard In Camera)*

*John Longmeier p for Walmart*
*James McGinn Cred. Comt.*

(a) Objection to Store 739 by Florida Tax Collectors (2337)

*Robert Schone p for Diversified — Developers obj (#2494) (Heard in Camera)*

*Cont'd to Friday (35 min)*

(7) Star Market, Inc., Store 1914 (Doc. 2304)

*Approved - ord/signed*

(8) Regency Centers Corp., Store 73 (Doc. 2311)

*Eddie Hild p for Regency*

*Approved - ord/Jackson*

(a) Objection to Store 73 by Florida Tax Collectors (2337)

*moot*



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday
July 27, 2005
10:00 A.M.

## PRO MEMO

| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 3 of 4 |

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**PURCHASER:**   (9) American Commercial Realty, Store 216 (Doc. 2309)

*Approved - ord/Jackson*

   (a) Objection to Store 216 by Florida Tax Collectors (Doc. 2337)

*Moot*

(10) Naples South Realty Associates, Store 731 (Doc. 2310)

*Approved - ord/Jackson*

   (a) Objection to Store 731 by Florida Tax Collectors (Doc. 2337)

*Moot*

(11) Southchase Investors, LLC, Store 2282 (Doc. 2312)

*Approved - ord/Jackson*

   (a) Objection to Store 2282 by Florida Tax Collectors (Doc. 2337)

*Moot*

*Objection to sale of 603 will be heard on 7/28 (FL Tax Collectors)
*Objection to sale of 360 will be heard on 7/29 (FL Tax Collectors)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
July 27, 2005
10:00 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.              Page 4 of 4

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN D. MACDONALD |
| | MATTHEW S. BARR |
| FLORIDA TAX COLLECTORS: | BRIAN T. FITZGERALD |
| ALLIED CAPITAL CORP: | NINA LAFLEUR |
| CORPORATE PROPERTY ASSOCIATES 6: | JASON A. ROSENTHAL |