

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
July 27, 2005
10:00 A.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | PAGE 1 OF 2 |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Joe Athens P

Amended Motion for Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines and (C) Granting Related Relief Filed by Debtor (2227)

Objection to the Motion Filed by Tuscaloosa County, AL Tax Collector (2155)

Heritage SPE LLC Objection to Motion filed by Tax Commissioner of Paulding County (2295)

Chas Gibbs P

Objection to Motion Filed by Florida Tax Collectors (2338)

Brian Fitzgerald P

Objection to Motion Filed by Allied Capital Corporation (2340)   (Crum. Mae Ser.)

Richard Thames P        Overruled
                        ord/Busey
Objection to Motion Filed by Tennessee Department of Commerce and Insurance (2359)

Objection to Motion Filed by Tower Center Associates, Ltd. (2476)

Gardner Davis P        not waiving admin cl. can ask for hrg in 3 days

Overruled - ord/Busey

ord/signed

Amendments to Agency Agreement to be filed by debtor

**APPEARANCES ON PAGE 2**

Cred. Cmttee:
John Macdonald P



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
July 27, 2005
10:00 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    PAGE 2 OF 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: *(signed) James Mc Gennis* | JOHN D. MACDONALD |
| | MATTHEW S. BARR |
| TAX COLLECTOR TUSCALOOSA CTY, AL: | PEYTON C. COCHRANE |
| TAX COMMISSIONER OF PAULDING CTY: | ED S. SELL |
| FLORIDA TAX COLLECTORS: | BRIAN FITZGERALD |
| ALLIED CAPITAL CORP: | NINA LAFLEUR |
| TENNESSEE DEPT OF COMMERCE AND INSURANCE: | GILL GELDREICH |
| TOWER CENTER ASSOCIATES, LTD. | GARDNER DAVIS |