UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                  CASE NO.: 3:05-bk-03817-JAF

                                        CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                       Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Robert L. LeHane, of the law firm of Kelly Drye & Warren, LLP, hereby designate as local attorney for creditor, Four Florida Shopping Center Properties, L.P. ("the Party in Interest"), in the above-styled Cases:

> Held & Israel
> Edwin W. Held, Jr., Esquire
> Florida Bar No.: 162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, FL 32210
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile

This 27th day of July, 2005.

KELLY DRYE & WARREN, LLP
Co-counsel for Four Florida Shopping
Center Properties, L P

By: _____
Robert L. LeHane, Esquire
New York Bar No.: (RL 9422)
101 Park Avenue
New York, New York  10178
(212) 808-7573 Telephone
(212) 808-7897 Facsimile

### CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor Four Florida Shopping Center Properties, L.P.

Dated this 27th day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/designation-lehanefourflorida.djg