# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL</u>

COMES NOW, Kilpatrick Stockton LLP ("KS"), counsel for Bi-Lo, LLC ("Bi-Lo"), proposed purchaser and assignee of assets in the above-captioned bankruptcy proceeding, and hereby files this "Unopposed Motion for Waiver of Requirement to Designate Local Counsel", respectfully showing the Court as follows:

1.      On February 21, 2005, Winn-Dixie Stores, Inc., *et. al.* (the "Debtors") filed voluntary petitions for bankruptcy relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  On April 13, 2005, Debtors' jointly administered bankruptcy proceedings were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.      Rule 2090-1(c) of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida ("Rule 2090-1(c)") provides that an attorney residing outside of the State of Florida, who is a member in good standing of the bar of any District Court of the United States (other than the Middle District of Florida), may appear specially and be heard in any case or proceeding without formal or general admission.  Rule 2090-1(c) requires, however, that any attorney specially

admitted file a designation and consent to act naming a member of the bar of the Middle District of Florida, residing in the State of Florida, for service of notices and papers. Rule 2090-1(c) further provides that "the Court may waive such designation for good cause shown".

3.     By this motion, KS respectfully requests that the Court waive the local counsel designation requirement to permit KS, through Paul M. Rosenblatt, a member of the bar of the United States District Court for the Northern District of Georgia, *inter alia*, to represent Bi-Lo in the above-captioned proceeding.

4.     In support of the relief requested, KS shows that Bi-Lo is a proposed purchaser and assignee of certain assets of the Debtors. If approved, KS's representation of Bi-Lo before this Court would be limited to issues relating to Bi-Lo's purchase of assets from the Debtors.

5.     Furthermore, KS shows that its offices in Atlanta, Georgia are located approximately one hour from the Court by airplane.

6.     In further support of relief request, KS shows that counsel for Debtors has confirmed that Debtors do not oppose the relief requested herein.

7.     Based on the foregoing, KS shows that good cause exists for the Court to waive the local counsel designation requirement and to permit KS to appear in the above-captioned proceeding as counsel for Bi-Lo.

WHEREFORE, KS respectfully requests entry of an Order authorizing KS to

represent Bi-Lo, LLC, without need to designate local counsel, and granting such other and further relief as may be deemed just and proper.

Respectfully submitted, this 27th day of July, 2005.

KILPATRICK STOCKTON LLP

/s/ Paul M. Rosenblatt
Paul M. Rosenblatt
Georgia Bar No. 614522
Suite 2800
1100 Peachtree Street
Atlanta, Georgia  30309
Telephone: (404) 815-6321
Facsimile: (404) 815-6555

Attorneys for Bi-Lo, LLC

ATLLIB01 2057169.1

**<u>Certificate of Service</u>**

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing pleading to be served via electronic email transmission and also by first class United States mail, with adequate postage affixed thereto to ensure delivery, to the following parties:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br><br>***Attorney for Debtor*** |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br><br>***Attorney for Debtor*** | United States Trustee-JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br><br>***Attorney for official committee of Unsecured Creditors*** | |

**Dated: July 27, 2005**

   **/s/ Paul M. Rosenblatt**
Paul M. Rosenblatt
Georgia Bar No. 614522

ATLLIB01 2057169.1