[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05-bk-03817-JAF
                                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF APPEARANCE AND MOTION FOR RELIEF FROM STAY

    This case came on for consideration upon the Court's own motion. On July 22, 2005 ,Carroll Cayer, Attorney for Movants filed a Notice of Appearance and Motion for Relief From Stay on behalf of Iris and Sam Davidson without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

    The Notice of Appearance and Motion for Relief From Stay on behalf of Iris and Sam Davidson are stricken from the record.

Dated July 27, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Jenifer S. Worley, 50 N. Laura St., Ste 2950, Jacksonville, FL 32202
Attorneys for Debtor
US Trustee
Carroll Cayer, Attorney for Movants, 233 E. Bay St., 8th Floor, Jacksonville, FL 32202