UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Kilpatrick Stockton LLP hereby enters its appearance in these proceedings on behalf of **Southern Family Markets Acquisition LLC ("Southern")**, proposed purchaser of assets of the debtors in the above-styled Chapter 11 cases (the "Debtors").

**Southern** hereby requests service of papers upon its attorney, pursuant to Rule 2002 of the Bankruptcy Rules, at the following address:

> Paul M. Rosenblatt, Esq.
> Kilpatrick Stockton LLP
> 1100 Peachtree Street
> Suite 2800
> Atlanta, Georgia  30309
> Telephone: (404) 815-6321
> Telecopy:   (404) 815-6555

**Southern** hereby puts all parties in interest on notice that it is represented by the undersigned attorney and requests that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter relating to the sale of the Debtors' assets including, without limitation, notices of any

ATLLIB01 2057875.2

application, complaint, demand, hearing, notice, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise related to the sale of the Debtors' assets. The Clerk and all counsel of record are requested to direct all communication to the undersigned counsel at the address, telephone or telecopy number set forth hereinabove.

       DATED: July 27, 2005.

                            Respectfully submitted,

| | |
|---|---|
| | ___/s/ Paul M. Rosenblatt_____ |
| KILPATRICK STOCKTON LLP | Paul M. Rosenblatt |
| Suite 2800 | Georgia Bar No. 614522 |
| 1100 Peachtree Street | |
| Atlanta, GA 30309-4530 | |
| (404) 815-6321 | Attorneys for Southern Family Markets Acquisition LLC |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on July 27, 2005, I caused to be served true and correct copies of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS upon the parties listed on the attached Exhibit "A" at the addresses set forth therein by causing the same to be deposited in the United States Mail with sufficient first-class postage affixed thereon to ensure delivery.

DATED: July 27, 2005.

Respectfully submitted,

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6321

/s/ Paul M. Rosenblatt
Paul M. Rosenblatt
Georgia Bar No. 614522

Attorneys for Southern Family Markets Acquisition LLC

ATLLIB01 2057875.2

# EXHIBIT "A"

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br><br>*Attorney for Debtor* |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br><br>*Attorney for Debtor* | United States Trustee-JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br><br>*Attorney for official committee of Unsecured Creditors* | |