UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AMENDED**
**NOTICE OF APPEARANCE AND**
**REQUEST FOR BANKRUPTCY NOTICE**

COMES NOW , John A. Noland, Esq., and Douglas B. Szabo, Esq., of the law firm of Henderson, Franklin, Starnes & Holt, P.A., and enter their appearances on behalf of Lee County Electric Cooperative, Inc., a creditor in the above-captioned matter; and pursuant to Bankruptcy Rule 2002(i), hereby request that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest (Rules 2002(a), (b), and (c)), whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following to be added to the Court's Master Mailing List:

    Douglas B. Szabo, Esq..
    John A. Noland, Esq.
    Henderson, Franklin, Starnes & Holt, P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280

I HEREBY CERTIFY that on June 21, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing was provided electronically or by U.S. Mail to:  Debtor In Possession, Winn-Dixie Stores, Inc, 5050 Edgewood Court, Jacksonville, Florida 322547; Debtor's attorneys, Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, and D. J. Baker, Esq., Skadden, Arps, et al., Four Time Square, New York, New York 10036; and the Office of the United States Trustee, Kenneth C. Meeker, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

    HENDERSON, FRANKLIN, STARNES & HOLT
Attorneys for Lee County Electric Cooperative, Inc.
Post Office Box 280
Fort Myers, Florida 33902-0280
239.344.1140

By: /s/ Douglas B. Szabo
    Douglas B. Szabo
    Florida Bar No. 710733

By: /s/ John A. Noland
    John A. Noland
    Florida Bar No. 175179