UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about July 26, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be inserted by first class mail, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: July 27, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241452-12<br>ABGI/CSA LP<br>PO BOX 79001<br>DRAWER 1698<br>DETROIT MI 48279-1698 | CREDITOR ID: 408392-97<br>ABGI/CSA LP<br>ATTN: WOODY KASSIN<br>2101 NW CORPORATE BLVD STE 410<br>BOCA RATON FL 33431 | CREDITOR ID: 382368-51<br>ADVO, INC<br>ATTN CHRISTINA BUSCA<br>ONE TARGETING CENTRE<br>WINDSOR CT 06095 |
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 242350-12<br>ANAELLE & HUGO CREATIVE PROD<br>ATTN: METAIS FRANCIS<br>2441 ORLANDO CENTRAL PARKWAY<br>ORLANDO, FL 32809 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 242656-12<br>ASSOCIATED BATTERY CO<br>ATTN: DWIGHT HOBBS<br>PO BOX 1590<br>INDIAN TRAIL, NC 28079 | CREDITOR ID: 242725-12<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>255 SPRING STREET, SW<br>ATLANTA, GA 30303 | CREDITOR ID: 408391-97<br>ATLANTA FOODS INTERNATIONAL<br>ATTN: DAN CROWLEY<br>PO BOX 116585<br>ATLANTA GA 30368-6585 |
| CREDITOR ID: 380991-47<br>BURRIS LOGISTICS<br>PO BOX 823066<br>PHILADELPHIA, PA 19182-3066 | CREDITOR ID: 406167-15<br>BURRIS LOGISTICS<br>ATTN: MIKE SCARBOROUGH<br>501 SE 5TH STREET<br>MILFORD DE 19963 | CREDITOR ID: 244985-12<br>CHAPMAN ELECTRIC INC<br>ATTN: JAMES CHAPMAN<br>3131 S HASKELL AVE<br>DALLAS, TX 75223 |
| CREDITOR ID: 246703-12<br>COMBUSTION SERVICES INC<br>ATTN: SHERRY SELF<br>420 D-BOB INDUSTRIAL<br>PEACHTREE, GA 30269 | CREDITOR ID: 408233-97<br>CT DRIVER<br>ATTN: JOANNA DRIVER, CO OWNER<br>938 CHESSON HILL DRIVE<br>FITZPATRICK AL 36029 | CREDITOR ID: 247302-12<br>CT DRIVER SIGNS & LIGHTING<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 279201-99<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 |
| CREDITOR ID: 399657-15<br>DAIRYAMERICA<br>ATTN JEAN MCABEE, CONTROLLER<br>4974 E CLINTON WAY #C-221<br>FRESNO CA 93727 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 408395-97<br>DIXIE LILY FOODS<br>ATTN: DOUG JACK<br>100 WINNERS CIRCLE STE 158<br>BRENTWOOD TN 37027 |
| CREDITOR ID: 248231-12<br>DIXIE LILY FOODS<br>PO BOX 132<br>TIFTIN, GA 31794 | CREDITOR ID: 248232-12<br>DIXIE LILY FOODS<br>DEPT AT 40067<br>ATLANTA, GA 31192-0067 | CREDITOR ID: 248584-12<br>DUTCH PACKING COMPANY<br>ATTN VICTOR R RODRIGUEZ, VP<br>4115 NW 28TH ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 249571-12<br>FIRST SERVICES CORP<br>ATTN LEIGH PORTER/BRUCE KRONGELB<br>4648 OLD WINTER GARDEN RD<br>ORLANDO, FL 32811-1784 | CREDITOR ID: 250244-12<br>GALLO WINE COMPANY OF LA INC<br>ATTN: GERALD GLASGOW<br>PO BOX 10127<br>JEFFERSON, LA 70181-0127 | CREDITOR ID: 250322-12<br>GATOR FINER FOODS INC & COMMERCIAL<br>BUSINESS FINANCE<br>ATTN ANDREW RUSSO, PRES<br>PO BOX 1209<br>WINTER PARK FL 32790 |
| CREDITOR ID: 251426-12<br>HEDSTROM CORPORATION<br>36541 TREASURY CENTER<br>CHICAGO, IL 60694-6500 | CREDITOR ID: 408393-97<br>HEDSTROM CORPORATION<br>ATTN: MICHAEL KELLY<br>PO BOX 951924<br>CLEVELAND OH 44193 | CREDITOR ID: 254014-12<br>KING'S HAWAIIAN BAKERY WEST<br>PO BOX 31001-1636<br>PASADENA, CA 91110-1636 |

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 408397-97
KING'S HAWAIIAN BAKERY WEST
ATTN: TAMIKA HILL
19161 HARBORGATE WAY
TORRANCE CA 90501

CREDITOR ID: 254206-12
L&H DISTRIBUTOR
ATTN LARRY HAYNES
PO BOX 23002
JACKSON, MS 39225

CREDITOR ID: 254917-12
LMS INTELLIBOUND, INC
ATTN REBECCA W HOLDERREAD, CFO
1979 LAKESIDE PARKWAY, SUITE 180
TUCKER, GA 30084

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 393748-58
MARYLAND & VIRGINIA MILK COOP
ATTN: JOEL CLARKE
1985 ISAAC NEWTON SQUARE W
RESTON, VA 20190-5094

CREDITOR ID: 381840-99
MARYLAND & VIRGINIA MILK PRODUCERS
C/O REED SMITH LLP
ATTN ROBERT M MARINO, ESQ
STE 1100, EAST TOWER
1301 K STREET NW
WASHINGTON DC 20005-3317

CREDITOR ID: 256434-12
MILTON NEWSPAPERS INC
ATTN: CAROLYN BARNES
6629 ELVA ST
MILTON, FL 32570

CREDITOR ID: 408399-97
NATIONAL CHOICE BAKERY
ATTN: SHIMON HAROSH, PRES
130 HARMONA AVE SOUTH
SOUTH ST PAUL MN 55075

CREDITOR ID: 381078-47
ORALOOSA PUBLISHING INC
NEWS BULLETIN NEWS EXTRA
ATTN: CAROLYN BARNES
6629 ELVA STREET
MILTON, FL 32570

CREDITOR ID: 408390-97
ORLANDO PROVISIONS LLC
GATOR FINER FOODS INC
ATTN: FRANK ELEFANTI
7810 KINGSPOINT PKWY
ORLANDO FL 32819

CREDITOR ID: 258704-12
POOF TOY PRODUCTS
ATTN: RAY DELLAVECCHIA
PO BOX 701394
PLYMOUTH, MI 48170-0964

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 408394-97
RUDOLPH FOODS INC
ATTN: MARC VONDRAN
PO BOX 509
6575 BELLEFONTAINE RD
LIMA OH 45804

CREDITOR ID: 260150-12
RUDOLPH FOODS INC
PO BOX 711703
COLUMBUS, OH 43271-1703

CREDITOR ID: 260151-12
RUDY'S CONFECTIONS, INC
ATTN BLANCA O PRIETO, PRES
PO BOX 66-9364
MIAMI, FL 33166-9364

CREDITOR ID: 408389-97
RUDY'S CONFECTIONS, INC
ATTN: BLANCA O PRIETO
4205 NORTHWEST 36TH AVE
MIAMI FL 33142

CREDITOR ID: 260492-12
SAVOIE'S SAUSAGE & FOOD PRODS, INC
ATTN FREDERICK R LAFLEUR, EXEC VP
1742 HWY 742
OPELOUSAS, LA 70570

CREDITOR ID: 261019-12
SHRED IT NORTH CAROLINA
ATTN YVONNE JOHNSON/SEAN ODONNELL
PO BOX 28
ALAMANCE, NC 27201-0028

CREDITOR ID: 262416-12
TAI FOONG USA INC
ATTN GIL G MARTIN, CREDIT MGR
SDS 12-2410
PO BOX 86
MINNEAPOLIS, MN 55486-2410

CREDITOR ID: 408396-97
TAI FOONG USA, INC.
ATTN: GIL MARTIN
2456 6TH AVE S STE 300
SEATTLE WA 98134

CREDITOR ID: 256954-12
TWIN CITY BAGEL, INC DBA
NATIONAL CHOICE BAKERY
ATTN: DUANE HRUSKA
130 HARDMAN AVENUE SOUTH
SOUTH ST PAUL, MN 55075

CREDITOR ID: 265078-12
X CONCEPTS LLC
ATTN ANGELA BURNETT, CFO
975 S ANDREASEN DRIVE
ESCONDIDO, CA 92029

**Total:   52**

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2399

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ABGI/CSA LP | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| | |
| ABGI/CSA LP | AMROC INVESTMENTS LLC |
| PO BOX 79001 | ATTN DAVID S LEINWAND ESQ |
| DRAWER 1698 | 535 MADISON AVE 15TH FLR |
| DETROIT MI 48279-1698 | NEW YORK NY 10022 |

Phone:                                              Phone:
Account No.:  241452                                Account No.: 399614

ABGI/CSA LP
ATTN: WOODY KASSIN
2101 NW CORPORATE BLVD STE 410
BOCA RATON FL 33431

Phone:
Account No.:  408392

Claim No.: 34498                          Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005              Transfer Amount: $55,060.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005                              /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | **Case No.: 05-03817-3F1** |
| | **Docket No.: 2284** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ADVO, INC | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| | |
| ADVO, INC | AMROC INVESTMENTS LLC |
| ATTN CHRISTINA BUSCA | ATTN DAVID S LEINWAND ESQ |
| ONE TARGETING CENTRE | 535 MADISON AVE 15TH FLR |
| WINDSOR CT 06095 | NEW YORK NY 10022 |
| | |
| Phone: | Phone: |
| Account No.:  382368 | Account No.:  399614 |

| | |
|---|---|
| Claim No.: 2589 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 05/23/2005 | Transfer Amount: $235,704.78 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ANAELLE & HUGO CREATIVE PROD                             AMROC INVESTMENTS LLC

Name of Transferor                                       Name of Transferee

ANAELLE & HUGO CREATIVE PROD                             AMROC INVESTMENTS LLC
ATTN: METAIS FRANCIS                                     ATTN DAVID S LEINWAND ESQ
2441 ORLANDO CENTRAL PARKWAY                             535 MADISON AVE 15TH FLR
ORLANDO, FL 32809                                        NEW YORK NY 10022

Phone:                                                   Phone:
Account No.:  242350                                     Account No.: 399614

Claim No.: 34541                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005             Transfer Amount: $2,909.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005                        /s/ Logan & Company, Inc.

                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2402

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ASSOCIATED BATTERY CO

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

ASSOCIATED BATTERY CO
ATTN: DWIGHT HOBBS
PO BOX 1590
INDIAN TRAIL, NC 28079

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  242656

Phone:
Account No.:  399614

Claim No.: 35895

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,314.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2395

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ATLANTA FOODS INTERNATIONAL

Name of Transferor

ATLANTA FOODS INTERNATIONAL
ATTN DOUG JAY
255 SPRING STREET, SW
ATLANTA, GA 30303

Phone:
Account No.: 242725

ATLANTA FOODS INTERNATIONAL
ATTN: DAN CROWLEY
PO BOX 116585
ATLANTA GA 30368-6585

Phone:
Account No.: 408391

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 34560

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,006,935.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 2389

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BURRIS LOGISTICS | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| BURRIS LOGISTICS | MADISON INVESTMENT TRUST - SERIES 3 |
| PO BOX 823066 | ATTN KRISTY STARK |
| PHILADELPHIA, PA 19182-3066 | 6310 LAMAR AVE STE 120 |
| | OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: | Phone: 800 896 8913 |
| Account No.: 380991 | Account No.: 405906 |

BURRIS LOGISTICS
ATTN: MIKE SCARBOROUGH
501 SE 5TH STREET
MILFORD DE 19963

Phone:
Account No.: 406167

| | |
|---|---|
| Claim No.: 35700 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $22,205.46 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                  Case No.: **05-03817-3F1**

                                                                             Docket No.: **2403**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CHAPMAN ELECTRIC INC                                     AMROC INVESTMENTS LLC

Name of Transferor                                       Name of Transferee

CHAPMAN ELECTRIC INC                                     AMROC INVESTMENTS LLC
ATTN: JAMES CHAPMAN                                      ATTN DAVID S LEINWAND ESQ
3131 S HASKELL AVE                                       535 MADISON AVE 15TH FLR
DALLAS, TX 75223                                         NEW YORK NY 10022

Phone:                                                   Phone:
Account No.:  244985                                     Account No.:  399614

Claim No.: 32545                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                             Transfer Amount: $10,904.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005                                        /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1

                                                      Docket No.: 2404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COMBUSTION SERVICES INC                    AMROC INVESTMENTS LLC

Name of Transferor                         Name of Transferee

COMBUSTION SERVICES INC                    AMROC INVESTMENTS LLC
ATTN: SHERRY SELF                          ATTN DAVID S LEINWAND ESQ
420 D-BOB INDUSTRIAL                       535 MADISON AVE 15TH FLR
PEACHTREE, GA 30269                        NEW YORK NY 10022

Phone:                                     Phone:
Account No.:  246703                       Account No.:  399614

Claim No.: 32573                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005               Transfer Amount: $11,667.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005                          /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2267 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CT DRIVER SIGNS & LIGHTING | REDROCK CAPITAL PARTNERS LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CT DRIVER SIGNS & LIGHTING | REDROCK CAPITAL PARTNERS LLC |
| ATTN JOANNA DRIVER, CO-OWNER | ATTN CRAIG KLEIN |
| 5973 RALSTON WAY | 111 S MAIN ST STE C11 |
| MONTGOMERY AL 36116 | PO BOX 9095 |
| | BRECKENRIDGE CO 80424 |

| | |
|---|---|
| Phone: 334 288 7962 | Phone: 970 547 9058 |
| Account No.: 247302 | Account No.: 407577 |
| CT DRIVER | |
| ATTN: JOANNA DRIVER, CO OWNER | |
| 938 CHESSON HILL DRIVE | |
| FITZPATRICK AL 36029 | |

Phone:
Account No.: 408233

| | |
|---|---|
| Claim No.: 195 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 03/17/2005 | Transfer Amount: $11,671.20 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date:  07/15/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                       Case No.: 05-03817-3F1

                                                             Docket No.: 2289

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAIRY FARMERS OF AMERICA INC                  AMROC INVESTMENTS LLC

Name of Transferor                            Name of Transferee

DAIRY FARMERS OF AMERICA INC                  AMROC INVESTMENTS LLC
C/O LATHROP & GAGE LC                         ATTN DAVID S LEINWAND ESQ
ATTN STEPHEN B SUTTON, ESQ                    535 MADISON AVE 15TH FLR
2345 GRAND BLVD, STE 2800                     NEW YORK NY 10022
KANSAS CITY MO 64108

Phone: 816 460 5526                           Phone:
Account No.: 279201                           Account No.: 399614

DAIRY FARMERS OF AMERICA INC
ATTN: JOEL CLARK
10411 CAUDILL ROAD
KNOXVILLE, TN 37922

Phone:
Account No.: 384081

Claim No.: 4299                               Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 06/20/2005                  Transfer Amount: $152,953.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

Docket No.: **2289**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAIRY FARMERS OF AMERICA INC                    AMROC INVESTMENTS LLC

Name of Transferor                                        Name of Transferee

DAIRY FARMERS OF AMERICA INC                    AMROC INVESTMENTS LLC
ATTN: JOEL CLARK                                       ATTN DAVID S LEINWAND ESQ
10411 CAUDILL ROAD                                    535 MADISON AVE 15TH FLR
KNOXVILLE, TN 37922                                    NEW YORK NY 10022


Phone:                                                 Phone:
Account No.:  384081                                   Account No.:  399614


Claim No.: 4209                                        Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 06/20/2005                           Transfer Amount: $978,423.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/15/2005                                      /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2292

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAIRYAMERICA                               AMROC INVESTMENTS LLC

Name of Transferor                         Name of Transferee

DAIRYAMERICA                               AMROC INVESTMENTS LLC
ATTN JEAN MCABEE, CONTROLLER               ATTN DAVID S LEINWAND ESQ
4974 E CLINTON WAY #C-221                   535 MADISON AVE 15TH FLR
FRESNO CA 93727                            NEW YORK NY 10022

Phone: 559 251 0992                        Phone:
Account No.: 399657                        Account No.: 399614

Claim No.: 817                             Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/26/2005               Transfer Amount: $84,251.35

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                   Case No.: 05-03817-3F1

                                                                         Docket No.: 2269

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DIXIE LILY FOODS | REDROCK CAPITAL PARTNERS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| DIXIE LILY FOODS | REDROCK CAPITAL PARTNERS LLC |
| DEPT AT 40067 | ATTN CRAIG KLEIN |
| ATLANTA, GA 31192-0067 | 111 S MAIN ST STE C11 |
| | PO BOX 9095 |
| | BRECKENRIDGE CO 80424 |

| | |
|---|---|
| Phone: | Phone: 970 547 9058 |
| Account No.: 248232 | Account No.: 407577 |

DIXIE LILY FOODS
ATTN: DOUG JACK
100 WINNERS CIRCLE STE 158
BRENTWOOD TN 37027

Phone:
Account No.:  408395

| | |
|---|---|
| Claim No.: 30660 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $48,170.71 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005                                      /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | Case No.: **05-03817-3F1** |
| | Docket No.: **2270** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DIXIE LILY FOODS | REDROCK CAPITAL PARTNERS LLC |
| Name of Transferor | Name of Transferee |
| | |
| DIXIE LILY FOODS | REDROCK CAPITAL PARTNERS LLC |
| PO BOX 132 | ATTN CRAIG KLEIN |
| TIFTIN, GA 31794 | 111 S MAIN ST STE C11 |
| | PO BOX 9095 |
| | BRECKENRIDGE CO 80424 |
| | |
| Phone: | Phone: 970 547 9058 |
| Account No.:  248231 | Account No.:  407577 |
| | |
| DIXIE LILY FOODS | |
| ATTN: DOUG JACK | |
| 100 WINNERS CIRCLE STE 158 | |
| BRENTWOOD TN 37027 | |
| | |
| Phone: | |
| Account No.:  408395 | |
| | |
| Claim No.: 36246 | Full Transfer: <u>(X)</u>          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,073.19 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date:  07/15/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2268

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DIXIE LILY FOODS | REDROCK CAPITAL PARTNERS LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| DIXIE LILY FOODS | REDROCK CAPITAL PARTNERS LLC |
| DEPT AT 40067 | ATTN CRAIG KLEIN |
| ATLANTA, GA 31192-0067 | 111 S MAIN ST STE C11 |
| | PO BOX 9095 |
| | BRECKENRIDGE CO 80424 |

| | |
|---|---|
| Phone: | Phone: 970 547 9058 |
| Account No.:  248232 | Account No.:  407577 |

DIXIE LILY FOODS
ATTN: DOUG JACK
100 WINNERS CIRCLE STE 158
BRENTWOOD TN 37027

Phone:
Account No.:  408395

| | |
|---|---|
| Claim No.: 33562 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $2,525.72 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2271

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DIXIE LILY FOODS

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

DIXIE LILY FOODS
DEPT AT 40067
ATLANTA, GA 31192-0067

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone:
Account No.: 248232

Phone: 970 547 9058
Account No.: 407577

DIXIE LILY FOODS
ATTN: DOUG JACK
100 WINNERS CIRCLE STE 158
BRENTWOOD TN 37027

Phone:
Account No.: 408395

Claim No.: 36247
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $2,039.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2394

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DUTCH PACKING COMPANY

Name of Transferor

DUTCH PACKING COMPANY
ATTN VICTOR R RODRIGUEZ, VP
4115 NW 28TH ST
MIAMI, FL 33142


Phone: 305 871 3640
Account No.:  248584

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729

Claim No.: 1698                                         Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 05/17/2005                      Transfer Amount: $30,412.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                          Docket No.: **2405**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FIRST SERVICES CORP                          AMROC INVESTMENTS LLC

Name of Transferor                           Name of Transferee

FIRST SERVICES CORP                          AMROC INVESTMENTS LLC
ATTN LEIGH PORTER/BRUCE KRONGELB             ATTN DAVID S LEINWAND ESQ
4648 OLD WINTER GARDEN RD                     535 MADISON AVE 15TH FLR
ORLANDO, FL 32811-1784                        NEW YORK NY 10022

Phone: 407 292 1010                          Phone:
Account No.: 249571                          Account No.: 399614

Claim No.: 30757                             Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                 Transfer Amount: $71,792.33

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2406**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GALLO WINE COMPANY OF LA INC

Name of Transferor

GALLO WINE COMPANY OF LA INC
ATTN: GERALD GLASGOW
PO BOX 10127
JEFFERSON, LA 70181-0127

Phone:
Account No.: 250244

AMROC INVESTMENTS LLC

Name of Transferee

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.: 399614

Claim No.: 33653

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $82,246.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2393

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GATOR FINER FOODS INC & COMMERCIAL

Name of Transferor

GATOR FINER FOODS INC & COMMERCIAL
BUSINESS FINANCE
ATTN ANDREW RUSSO, PRES
PO BOX 1209
WINTER PARK FL 32790

Phone: 407 628 6440
Account No.: 250322

ORLANDO PROVISIONS LLC
GATOR FINER FOODS INC
ATTN: FRANK ELEFANTI
7810 KINGSPOINT PKWY
ORLANDO FL 32819

Phone:
Account No.: 408390

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 271

Date Claim Filed: 03/22/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $20,842.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2407**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HEDSTROM CORPORATION

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

| | |
|---|---|
| HEDSTROM CORPORATION<br>36541 TREASURY CENTER<br>CHICAGO, IL 60694-6500 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |

Phone:

Account No.:  251426

Phone:

Account No.:  399614

HEDSTROM CORPORATION
ATTN: MICHAEL KELLY
PO BOX 951924
CLEVELAND OH 44193

Phone:

Account No.:  408393

Claim No.: 34926

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $3,934.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.:**05-03817-3F1**

                                                              Docket No.:**2355**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| KING'S HAWAIIAN BAKERY WEST | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| | |
| KING'S HAWAIIAN BAKERY WEST | MADISON INVESTMENT TRUST - SERIES 3 |
| PO BOX 31001-1636 | ATTN KRISTY STARK |
| PASADENA, CA 91110-1636 | 6310 LAMAR AVE STE 120 |
| | OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: | Phone: 800 896 8913 |
| Account No.: 254014 | Account No.: 405906 |

KING'S HAWAIIAN BAKERY WEST
ATTN: TAMIKA HILL
19161 HARBORGATE WAY
TORRANCE CA 90501

Phone:
Account No.: 408397

| | |
|---|---|
| Claim No.: 35017 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $46,015.51 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2296**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| L&H DISTRIBUTOR | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

L&H DISTRIBUTOR
ATTN LARRY HAYNES
PO BOX 23002
JACKSON, MS 39225

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone:

Phone: 619 220 8900

Account No.: 254206

Account No.: 407682

Claim No.: 33811

Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $783.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **2408**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LMS INTELLIBOUND, INC                          AMROC INVESTMENTS LLC
Name of Transferor                              Name of Transferee

LMS INTELLIBOUND, INC                          AMROC INVESTMENTS LLC
ATTN REBECCA W HOLDERREAD, CFO                  ATTN DAVID S LEINWAND ESQ
1979 LAKESIDE PARKWAY, SUITE 180               535 MADISON AVE 15TH FLR
TUCKER, GA 30084                               NEW YORK NY 10022

Phone: 770 724 0587                            Phone:
Account No.:  254917                           Account No.:  399614

Claim No.: 5073                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/01/2005                   Transfer Amount: $1,420.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005                              /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**
Case No.: **05-03817-3F1**

Docket No.: **2410**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LMS INTELLIBOUND, INC
Name of Transferor

AMROC INVESTMENTS LLC
Name of Transferee

LMS INTELLIBOUND, INC
ATTN REBECCA W HOLDERREAD, CFO
1979 LAKESIDE PARKWAY, SUITE 180
TUCKER, GA 30084

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 770 724 0587
Account No.: 254917

Phone:
Account No.: 399614

Claim No.: 5077
Date Claim Filed: 07/01/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $570.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LMS INTELLIBOUND, INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

LMS INTELLIBOUND, INC
ATTN REBECCA W HOLDERREAD, CFO
1979 LAKESIDE PARKWAY, SUITE 180
TUCKER, GA 30084

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 770 724 0587
Account No.: 254917

Phone:
Account No.: 399614

Claim No.: 5074
Date Claim Filed: 07/01/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,750.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                               Docket No.: **2409**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LMS INTELLIBOUND, INC                              AMROC INVESTMENTS LLC

Name of Transferor                                Name of Transferee

LMS INTELLIBOUND, INC                              AMROC INVESTMENTS LLC
ATTN REBECCA W HOLDERREAD, CFO                     ATTN DAVID S LEINWAND ESQ
1979 LAKESIDE PARKWAY, SUITE 180                   535 MADISON AVE 15TH FLR
TUCKER, GA 30084                                   NEW YORK NY 10022

Phone: 770 724 0587                               Phone:
Account No.:  254917                              Account No.:  399614

Claim No.: 5078                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/01/2005                      Transfer Amount: $315.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | Case No.: **05-03817-3F1** |
| | Docket No.: **2412** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LMS INTELLIBOUND, INC | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| | |
| LMS INTELLIBOUND, INC | AMROC INVESTMENTS LLC |
| ATTN REBECCA W HOLDERREAD, CFO | ATTN DAVID S LEINWAND ESQ |
| 1979 LAKESIDE PARKWAY, SUITE 180 | 535 MADISON AVE 15TH FLR |
| TUCKER, GA 30084 | NEW YORK NY 10022 |
| | |
| Phone: 770 724 0587 | Phone: |
| Account No.: 254917 | Account No.: 399614 |

| | |
|---|---|
| Claim No.: 5079 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 07/01/2005 | Transfer Amount: $92,436.46 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/15/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 2286

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARYLAND & VIRGINIA MILK PRODUCERS

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

| | |
|---|---|
| MARYLAND & VIRGINIA MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN ROBERT M MARINO, ESQ<br>STE 1100, EAST TOWER<br>1301 K STREET NW<br>WASHINGTON DC 20005-3317 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |

Phone: 202 414 9200

Account No.: 381840

Phone:

Account No.: 399614

MARYLAND & VIRGINIA MILK COOP
ATTN: JOEL CLARKE
1985 ISAAC NEWTON SQUARE W
RESTON, VA 20190-5094

Phone:

Account No.: 393748

Claim No.: 2501

Date Claim Filed: 05/24/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $3,242,815.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2413

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MILTON NEWSPAPERS INC | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| | |
| MILTON NEWSPAPERS INC | AMROC INVESTMENTS LLC |
| ATTN: CAROLYN BARNES | ATTN DAVID S LEINWAND ESQ |
| 6629 ELVA ST | 535 MADISON AVE 15TH FLR |
| MILTON, FL 32570 | NEW YORK NY 10022 |
| | |
| Phone: | Phone: |
| Account No.: 256434 | Account No.: 399614 |

| | |
|---|---|
| Claim No.: 33914 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,867.50 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2414

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ORALOOSA PUBLISHING INC                          AMROC INVESTMENTS LLC

Name of Transferor                               Name of Transferee

ORALOOSA PUBLISHING INC                          AMROC INVESTMENTS LLC
NEWS BULLETIN NEWS EXTRA                         ATTN DAVID S LEINWAND ESQ
ATTN: CAROLYN BARNES                             535 MADISON AVE 15TH FLR
6629 ELVA STREET                                 NEW YORK NY 10022
MILTON, FL 32570


Phone:                                           Phone:
Account No.:  381078                             Account No.:  399614


Claim No.: 34360                                 Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                     Transfer Amount: $2,586.79

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/15/2005                                /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                        Case No.: **05-03817-3F1**

Docket No.: **2356**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

POOF TOY PRODUCTS                                    MADISON INVESTMENT TRUST - SERIES 3

Name of Transferor                                   Name of Transferee

POOF TOY PRODUCTS                                    MADISON INVESTMENT TRUST - SERIES 3
ATTN: RAY DELLAVECCHIA                               ATTN KRISTY STARK
PO BOX 701394                                        6310 LAMAR AVE STE 120
PLYMOUTH, MI 48170-0964                              OVERLAND PARK KS 66202


Phone: 734 454 9552                                  Phone: 800 896 8913
Account No.:  258704                                 Account No.:  405906


Claim No.: 4464                                      Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/23/2005                         Transfer Amount: $3,933.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/15/2005                                    /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: 05-03817-3F1

                                                              Docket No.: 2415

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RUDOLPH FOODS INC                                AMROC INVESTMENTS LLC

Name of Transferor                               Name of Transferee

RUDOLPH FOODS INC                                AMROC INVESTMENTS LLC
PO BOX 711703                                    ATTN DAVID S LEINWAND ESQ
COLUMBUS, OH 43271-1703                           535 MADISON AVE 15TH FLR
                                                 NEW YORK NY 10022


Phone:                                           Phone:
Account No.:  260150                             Account No.:  399614

RUDOLPH FOODS INC
ATTN: MARC VONDRAN
PO BOX 509
6575 BELLEFONTAINE RD
LIMA OH 45804


Phone:
Account No.:  408394


Claim No.: 35318                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $57,512.61


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/15/2005                                /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 2391

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RUDY'S CONFECTIONS, INC                     ASM CAPITAL LP

Name of Transferor                          Name of Transferee

RUDY'S CONFECTIONS, INC                     ASM CAPITAL LP
ATTN BLANCA O PRIETO, PRES                  ATTN ADAM MOSKOWITZ
PO BOX 66-9364                              7600 JERICHO TPK STE 302
MIAMI, FL 33166-9364                        WOODBURY NY 11797


Phone:                                      Phone: 5162246040
Account No.:  260151                        Account No.:  399729

RUDY'S CONFECTIONS, INC
ATTN: BLANCA O PRIETO
4205 NORTHWEST 36TH AVE
MIAMI FL 33142



Phone:
Account No.:  408389


Claim No.: 398                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 03/31/2005                Transfer Amount: $17,888.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/15/2005                           /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2343

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAVOIE'S SAUSAGE & FOOD PRODS, INC                    ASM CAPITAL LP

Name of Transferor                                    Name of Transferee

SAVOIE'S SAUSAGE & FOOD PRODS, INC                    ASM CAPITAL LP
ATTN FREDERICK R LAFLEUR, EXEC VP                     ATTN ADAM MOSKOWITZ
1742 HWY 742                                          7600 JERICHO TPK STE 302
OPELOUSAS, LA 70570                                   WOODBURY NY 11797


Phone: 337 942 7241                                   Phone: 5162246040
Account No.:  260492                                  Account No.:  399729


Claim No.: 3357                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/01/2005             Transfer Amount: $104,764.39

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:  07/15/2005                          /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | Case No.: **05-03817-3F1** |
| | Docket No.: **2297** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SHRED IT NORTH CAROLINA | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| SHRED IT NORTH CAROLINA | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN YVONNE JOHNSON/SEAN ODONNELL | ATTN TRACI FETTE |
| PO BOX 28 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| ALAMANCE, NC 27201-0028 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 336 229 9343 | Phone: 619 220 8900 |
| Account No.: 261019 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 2591 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/24/2005 | Transfer Amount: $499.50 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date:  07/15/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                 Case No.: **05-03817-3F1**

                                                                            Docket No.: **2288**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TAI FOONG USA INC                                        AMROC INVESTMENTS LLC

Name of Transferor                                       Name of Transferee

TAI FOONG USA INC                                        AMROC INVESTMENTS LLC
ATTN GIL G MARTIN, CREDIT MGR                            ATTN DAVID S LEINWAND ESQ
SDS 12-2410                                              535 MADISON AVE 15TH FLR
PO BOX 86                                                NEW YORK NY 10022
MINNEAPOLIS, MN 55486-2410

Phone: 206 515 9688 x 207                                Phone:
Account No.: 262416                                      Account No.: 399614

TAI FOONG USA, INC.
ATTN: GIL MARTIN
2456 6TH AVE S STE 300
SEATTLE WA 98134

Phone:
Account No.: 408396

Claim No.: 4304                                          Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 06/20/2005                             Transfer Amount: $197,560.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 2287

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TWIN CITY BAGEL, INC DBA

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

TWIN CITY BAGEL, INC DBA
NATIONAL CHOICE BAKERY
ATTN: DUANE HRUSKA
130 HARDMAN AVENUE SOUTH
SOUTH ST PAUL, MN 55075

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  256954

Phone:
Account No.:  399614

NATIONAL CHOICE BAKERY
ATTN: SHIMON HAROSH, PRES
130 HARMONA AVE SOUTH
SOUTH ST PAUL MN 55075

Phone:
Account No.:  408399

Claim No.: 5563

Date Claim Filed: 07/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $139,264.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/26/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                              Case No.: 05-03817-3F1

                                                                        Docket No.: 2416

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

X CONCEPTS LLC                                          AMROC INVESTMENTS LLC

Name of Transferor                                      Name of Transferee

X CONCEPTS LLC                                          AMROC INVESTMENTS LLC
ATTN ANGELA BURNETT, CFO                                ATTN DAVID S LEINWAND ESQ
975 S ANDREASEN DRIVE                                   535 MADISON AVE 15TH FLR
ESCONDIDO, CA 92029                                     NEW YORK NY 10022

Phone: 760 740 2625                                     Phone:
Account No.: 265078                                     Account No.: 399614

Claim No.: 3224                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/31/2005                            Transfer Amount: $1,262.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/15/2005                                        /s/ Logan & Company, Inc.

                                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 26, 2005.