UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

         Debtors.                         Jointly Administered

OBJECTION OF TELFAIR-PERLIS LLP AND
PERLIS-ELLIN LLC AND TO DEBTORS' MOTION
FOR ORDER (A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS, CLAIMS
AND INTERESTS AND EXEMPT FROM TAXES, (B)
AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Telfair-Perlis LLP, successor in interest to A.L.S&G INC., and Perlis-Ellin LLC, successor in interest to Glenn Bryant, (jointly "Landlords") by and through its undersigned counsel, object to the Debtors' Motion filed on July 14, 2005 (Docket Number 2203), and states as follows:

1.  Telfair-Perlis LLP is the landlord of Winn-Dixie store number 42 which is located in the Telfair Plaza Shopping Center in McCrae, Georgia.  Winn Dixie originally entered into the lease on store number 42 on April 8, 1971.

2.  Perlis-Ellin LLC is the landlord of Winn-Dixie store number Store number 158 which is located in the Liberty Square Shopping Center in Hinesville Ga.  Winn Dixie originally entered into the lease on store number 158 on August 26, 1975.

3. The Debtor seeks to assign its leases for Store No. 42 and Store no.158 to (the "Leases") to Reynolds IGA-Tommy Coogle.

4. Both Leases were guaranteed by Winn Dixie Stores, Inc. when the Leases were originally entered into.

5. Telfair-Perlis LLP and Perlis-Ellin LLC, object to the assignment of its Leases on the grounds that Landlords have not has been provided with adequate assurance of future performance as required by 11 U.S.C. § 365.

5. Said Landlords reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 27 day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile