UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL

Bennett M. Lifter, as Trustee of the Waikiki Partnership of the Daniel and Helene Lifter Trust Funds, gives notice of the withdrawal of its Objection to Debtor's Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts, and (C) Granting Related Relief.

Dated: July 27, 2005

BARNA, GUZY & STEFFEN, LTD.

By: /s/  Daniel D. Ganter, Jr.
Daniel D. Ganter, Jr., Esquire
Minnesota Bar No. 167277
Elizabeth M. Stuva, Esquire
Minnesota Bar No. 0330929

dganter@bgslaw.com
400 Northtown Financial Plaza
200 Coon Rapids Blvd NW
Minneapolis, MN 55433
Telephone: (763) 780-8500
Facsimile: (763) 780-1777

Co-Counsel for Bennett M. Lifter, as Trustee
of the Waikiki Partnership of the Daniel
and Helene Lifter Trust Funds

292450_1