UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

     Debtors.                                   Jointly Administered

_____

LIMITED OBJECTION TO
DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS AND EXEMPT FROM
TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Southmark Properties, LLC, by and through its undersigned counsel, objects to the Debtors' Motion and states as follows:

1. This objection is in the nature of a cure objection.

2. Southmark Properties, LLC, is the Landlord pursuant to a lease agreement identified by the Debtors as Store No. 1807.

3. Store No. 1807 is a Targeted Store as referred to in Exhibit "A" attached to the Debtors' Motion. Exhibit "F" of the Debtors' Motion schedules the Cure Amount for Store No. 1807 in the amount of $51,550.75. Said Landlord objects to the Cure Amount set forth in Exhibit "F". As of the petition date, Southmark Properties, LLC, is owed $59,222.40. Subsequent to the petition date, said Landlord is owed for real estate taxes accrued, for CAM charges accrued, and for other monetary sums, including rent, that have accrued, or will accrue, and which may

not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

4. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 27 day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2