## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3389
DIRECT FAX
(917) 777-3389
EMAIL ADDRESS
ARAVIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 19, 2005

**BY FACSIMILE AND FIRST CLASS MAIL**
Jean Winborne Boyles, Esq.
Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
Two Hanover Square, Suite 2200
Raleigh, North Carolina 27501

RE: Winn-Dixie Stores, Inc. Case No. 05-03817-3F1
    Store No. 1249

Dear Ms. Boyles:

We were forwarded the letter that you sent to Keith Daw dated July 15, 2005 in which you advise that the lease governing Store Number 1249 (the "Lease") will terminate by its terms on August 23, 2005. The Debtors do not intend to seek authority to assume and assign this Lease. However, the liquidation process in connection with the fixtures and other property located in the store will likely not be completed by August 23, 2005. The Debtors currently estimate that this process will be completed by August 31, 2005. The Debtors will promptly turnover possession of the property to the landlord at the end of such liquidation process and will honor their postpetition obligations under the Lease until the time of such turnover.

Please let me know if you have any further questions.

Very truly yours,

Adam S. Ravin, Esq.

cc: Sally McDonald Henry, Esq.
    Andrew Keith Daw, Esq.
    Michael Chlebovec

603211.01-New York Server 1A - MSW

Exhibit "A"