UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                     CASE NO.: 3:05-bk-03817-JAF

                                           CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

       Debtors.                            Jointly Administered

OBJECTION TO
DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS AND EXEMPT FROM
TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Langston Place, a South Carolina general partnership, by and through its undersigned counsel, objects to the Debtors' Motion and states as follows:

1. The Debtor seeks to assign its Lease for Store No. 1242 (the "Lease") to BI-LO, LLC ("BI-LO") and Southern Family Market Acquisition ("SFM"). This Lease is for the Debtors' premises located in Clemson, South Carolina.

2. Langston Place ("Langston") is the landlord under the Lease.

3. The Lease was entered into by Winn-Dixie Greenville, Inc. on October 4, 1993.

4. Langston objects to the assignment of its Lease to BI-LO and SFM on the following grounds: 1) Langston has not been provided with adequate assurance of future performance as

required by 11 U.S.C. §365; and 2) Langston did not receive true and accurate financial statements from SFM, and instead only received pro forma statements for SFM, which are only mere projections of financial statements.

5. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 27 day of July, 2005.

HELD & ISRAEL

By: *[signature]*

Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2