**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the Effective Date.

**SELLER:**

**WINN-DIXIE RALEIGH, INC.**, a Florida corporation


By:_____

Name:_____

Title: Vice President

**BUYER:**

**HARRIS TEETER, INC.**


By:_____

Name: Jeff D. Sherman

Title: Senior Vice President Finance

*[Signature Page to Asset Purchase Agreement]*

## LIST OF EXHIBITS

Exhibit A-1    -    List of Stores
Exhibit A-2    -    Description of Leases, Subleases and Leased Premises
Exhibit A-3    -    List of Shopping Centers
Exhibit B      -    Form of Bill of Sale
Exhibit C-1    -    Form of Closing Statement
Exhibit C-2    -    Form of Inventory Closing Statement
Exhibit D      -    Schedule of Certain Excluded Personal Property
Exhibit E      -    Allocation Schedule
Exhibit F      -    Permitted Encumbrances
Exhibit G      -    Form of Conveyance Instrument
Exhibit H      -    Form of Inventory Certificate

<u>LIST OF EXHIBITS</u>
<u>TO</u>
<u>ASSET PURCHASE AGREEMENT,</u>
<u>BY AND BETWEEN WINN-DIXIE RALEIGH, INC. AND HARRIS TEETER, INC.</u>

| Exhibit A-1 | - | List of Stores |
| Exhibit A-2 | - | Description of Leases, Subleases and Leased Premises |
| Exhibit A-3 | - | List of Shopping Centers |
| Exhibit B | - | Form of Bill of Sale |
| Exhibit C-1 | - | Form of Closing Statement |
| Exhibit C-2 | - | Form of Inventory Closing Statement |
| Exhibit D | - | Schedule of Certain Excluded Personal Property |
| Exhibit E | - | Base Purchase Price Allocation; Deposits |
| Exhibit F | - | Permitted Encumbrances |
| Exhibit G | - | Form of Conveyance Instrument |
| Exhibit H | - | Form of Inventory Certificate |

C725381.6

EXHIBIT A-1
To Asset Purchase Agreement

<u>List of Stores</u>

| Store No. | Street Address | City | County | State |
|---|---|---|---|---|
| 805 | 8100 Brier Creek Parkway | Raleigh | Wake | North Carolina |
| 851 | 6024 Falls of Neuse Road | Raleigh | Wake | North Carolina |
| 2014 | 13639 Providence Road | Weddington | Union | North Carolina |
| 2022 | 265 Eastchester Drive | High Point | Guilford | North Carolina |
| 2039 | 1605 New Garden Road | Greensboro | Guilford | North Carolina |
| 2040 | 5322 Liberty Road | Greensboro | Guilford | North Carolina |
| 2061 | 2727 S. Church Street | Burlington | Alamance | North Carolina |
| 2090 | 2575 Highway 105 | Boone | Watauga | North Carolina |
| 2104 | 9759 Sam Furr Road | Huntersville | Mecklenburg | North Carolina |

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 805
Raleigh, North Carolina

Lease:        Deed of Lease dated January 14, 2002 between WD Development, LLC, as
              Landlord, and Winn-Dixie Raleigh, Inc., as Tenant, including Exhibits A through
              M, Short Form of Lease/Memo of Lease (including Exhibit A and B)

              As evidenced by Short Form Deed of Lease dated January 14, 2002, recorded in
              Book 9253, Page 1613, of the public records of Wake County, North Carolina.

Amendments:

Supplemental Lease Agreement dated May 15, 2003 between WD Development, LLC, as
Landlord, and Winn-Dixie Raleigh, Inc., as Tenant

Premises:     That certain store building and related improvements located at 8100 Brier Creek
              Parkway, Raleigh, North Carolina, Wake County.

Legal Description:    The Shopping Center in which the Premises is located is more particularly
described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

        None

C725381.6

## Legal Description

That certain parcel of land lying in the Cedar Fork Township, City of Raleigh, Wake County, North Carolina and being more particularly described as follows:

Beginning at a point in the Southern right-of-way line of Little Brier Creek Lane (variable width Public right of way), said point being North 47 degrees 08 minutes 43 seconds West a distance of 153.93 feet from a new 3/4" Outside Diameter (O.D.) iron pipe set in the said Southern right of way line of Little Brier Creek Lane at its intersection with the eight distance right of way line for Brier Creek Parkway; thence from said beginning point leaving said Southern right of way line Little Brier Creek Lane along a new 50-foot private access easement, 32.40 feet along a curve to the left having a radius of 20.00 feet, chord bearing of South 86 degrees 26 minutes 44 seconds West and a chord distance of 28.97 feet to a point; thence along said 50-foot private access easement the South 40 degrees 02 minutes 10 seconds West a distance of 353.76 feet to a point; thence along said 50-foot private access easement the 16.49 feet along a curve to the left having a radius of 10.50 feet, chord bearing of South 04 degrees 57 minutes 50 seconds East and a chord distance of 14.85 feet to a point; thence leaving said 50-foot private access easement the South 49 degrees 57 minutes 50 seconds East a distance of 173.30 feet to a point; thence South 50 degrees 48 minutes 53 seconds East a distance of 28.98 feet to a point; thence 43.36 feet along a curve to the left having a radius of 38.51 feet, chord bearing of South 82 degrees 15 minutes 04 seconds East and chord distance of 41.21 feet to a point in the Northern right of way line of Brier Creek Parkway (variable width Public right of way); thence along said Northern right of way line Brier Creek Parkway 221.87 feet along a curve to the left having a radius of 1969.86 feet, chord bearing of South 34 degrees 55 minutes 39 seconds West and chord distance of 221.75 feet to a point; thence along said Northern right of way line Brier Creek Parkway South 31 minutes 47 seconds West a distance of 207.41 feet to a point; thence leaving said Northern right of way line Brier Creek Parkway along said sight distance right of way line the South 60 degrees 25 minutes 03 seconds West a distance of 136.13 feet to a point in the Northern right of way line of Brier Leaf Lane (variable width public right of way); thence along said Northern right of way line the Brier Leaf Lane North 74 degrees 10 minutes 52 seconds West a distance of 97.20 feet to a point; thence along said Northern right of way line Brier Leaf Lane 119.35 feet along a curve to the right having a radius of 375.00 feet, chord bearing of North 65 degrees 03 minutes 53 seconds West and chord distance of 118.85 feet to an existing 1" (O.D.) iron pipe found; thence along said Northern right of way line becoming the Eastern right of way line of said Brier Leaf Lane, 637.02 feet along a curve to the right having a radius of 385.00 feet, chord bearing of North 00 degrees 15 minutes 03 seconds West and chord distance of 559.20 feet to a 1" (O.D.) iron pipe found; thence along said Eastern right of way line Brier Leaf Lane North 49 degrees 44 minutes 46 seconds East a distance of 186.35 feet to a point; thence leaving said Eastern right of way line Brier Leaf Lane South 40 degrees 15 minutes 14 seconds East a distance of 49.15 feet to a point; thence South 49 degrees 57 minutes 50 seconds East a distance of 173.71 feet to a point in a 50-foot private access easement; thence along said 50-foot private access easement 16.49 feet along a curve to the left having a radius of 10.50 feet, chord bearing of North 85 degrees 02 minutes 10 seconds east and chord distance of 14.85 feet to a point; thence along said 50-foot private access easement North 40 degrees 02 minutes 10 seconds East a distance of 398.19 feet to a point; thence along said 50-foot private access easement 31.04 feet along a curve to the left having a radius of 20.01 feet, chord bearing of North 04 degrees 23 minutes 53 seconds West and a chord distance of 28.02 feet to a new 3/4" (O.D.) iron pipe set in the said Southern right of way line of Little Brier Creek Lane; thence along said Southern right of way line the Little Brier Creek Lane South 47 (O.D.) iron pipe set in the said Southern right of way line of Little Brier Creek Lane South 47 degrees 08 minutes 43 seconds East a distance of 50.71 feet to a point, the Point of Beginning.

Said parcel contains 7.752 Acres and is shown and delineated as "WD Parcel" on this map entitled "ALTA/ACSM LAND TITLE SURVEY FOR WD DEVELOPMENT, LLC — PARCEL "E" LOT 4 BRIER CREEK" (Sheets 1 and 2) prepared by BBM Associates, Inc. and dated December 21, 2001.

**EXHIBIT A-2**
**Page 2 of 20**

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT
DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 851
Raleigh, North Carolina

Lease:         Lease dated May 15, 1979 between North Hills, Inc., as Landlord, and Winn-
               Dixie Raleigh, Inc., as Tenant, including Exhibits A and B and Short Form of
               Lease/Memo of Lease

               As evidenced by Short Form Lease dated May 15, 1979, recorded in Book 2741,
               Page 238, of the public records of Wake County, North Carolina.

Amendments:

Supplemental Lease Agreement dated July 11, 1980 between North Hills, Inc., as Landlord, and
Winn-Dixie Raleigh, Inc., as Tenant.

Letter Agreement dated February 25, 1981 between North Hills, Inc., as Landlord, and Winn-
Dixie Raleigh, Inc., as Tenant, including Exhibit A.

First Amendment to Lease dated October 20, 1993 between North Hills Properties, Inc., as
Landlord, and Winn-Dixie Raleigh, Inc., as Tenant, including Exhibit A.

Second Amendment to Lease dated May 31, 1996 between North Hills Properties, Inc., as
Landlord, and Winn-Dixie Raleigh, Inc., as Tenant.

Amendment to Lease dated October 14, 1998 between FAC Mortgage, LLC, as Landlord, and
Winn-Dixie Raleigh, Inc., as Tenant.

Letter Agreement dated May 13, 2003 from Winn-Dixie Stores, Inc. and CPG Finance, I, LLC.

Premises:      That certain store building and related improvements located at 6024 Falls of
               Neuse Road, Raleigh, North Carolina, Wake County.

Legal Description:     The Shopping Center in which the Premises is located is more particularly
described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

                              None

C725381.6

Southeasterly corner of Intersection of
Falls of Neuse Road and Spring Forest Road
Raleigh, North Carolina


All that certain piece, parcel or tract of land lying
and being situated in the City of Raleigh, County of Wake,
State of North Carolina, together with all improvements
thereon, or to be constructed thereon and all appurtenances
thereto belonging or in anywise appertaining, particularly
described as follows, to-wit:


Commencing at a point where the eastern right-of-way of Falls of
Neuse Road (said right-of-way being 45' east of the centerline
of Falls of Neuse Road) intersects the southern right-of-way of
Spring Forest Road (said right-of-way being 45' south of the center-
line of Spring Forest Road) and runs thence N 76degrees 56 minutes
36 seconds E, a tangent distance of 24.38' to a point on said
right-of-way of Spring Forest Road, the point of BEGINNING of said
tract of land; runs thence from said BEGINNING point along the
southern right-of-way of Spring Forest Road N 76 degrees 56 minutes
36 seconds E 520.06' to a point where said right-of-way line inter-
sects the centerline of a 20' wide Sanitary Sewer Easement; runs
thence along the centerline of a 20' wide Sanitary Sewer Easement
the following courses:  S 27 degrees 13 minutes 24 seconds E 324.32',
S 27 degrees 18 minutes 59 seconds E 377.22', S 46 degrees 40 minutes
39 seconds E 193.84', and S 15 degrees 21 minutes 39 seconds E 149.48',
to a point on the northern right-of-way of a future street; runs
thence along the right-of-way of said future street S 61 degrees
40 minutes 36 seconds W 94.41' to a point, thence along a curve to
the left with a radius of 317.90', an arc distance of 394.26' to a
point, thence along another curve to the right with a radius of
27.026', an arc distance of 40.35' to a point in the northern right-
of-way of another future street, thence continuing along the northern
right-of-way of said future street S 76 degrees 09 minutes 33 seconds
W 665.10' to a point, thence along a curve to the right, with a
radius of 25', an arc distance of 41.216' to a point on the eastern
right-of-way of Falls of Neuse Road, thence continuing along the
eastern right-of-way of Falls of Neuse Road the following courses:
N 09 degrees 22 minutes 54 seconds W 165.92', thence along a curve
to the right, with a radius of 3,774.719', an arc distance of
535.285', and N 01 degrees 15 minutes 24 seconds W 606.80' to a
point; thence leaving the right-of-way of Falls of Neuse Road and
curving to the right with a radius of 30', an arc distance of 40.95'
to a point in the right-of-way of Spring Forest Road, the point of
BEGINNING and containing 23.9175 acres, according to a survey
prepared by Castleberry-Edgerton Company, Consulting Engineers,
dated October 4, 1978.

EXHIBIT A-2
Page 4 of 20

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2014
Weddington, North Carolina

Lease:        Lease dated September 20, 1993 between Weddington Associates, as Landlord and Winn-Dixie Charlotte, Inc., as Tenant, including Short Form of Lease/Memo of Lease.

                As evidenced by Short Form Lease dated September 20, 1993, recorded in Book 660, Page 485, of the public records of Union County, North Carolina.

Amendments:

Supplemental Lease Agreement dated December 5, 1994 between Weddington Associates, as Landlord and Winn-Dixie Charlotte, Inc., as Tenant.

Premises:      That certain store building and related improvements located at 13639 Providence Road, Weddington, North Carolina, Union County.

Legal Description:    The Shopping Center in which the Premises is located is more particularly described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

        None

C725381.6



A. ALAN WALLWORK
REGISTERED LAND SURVEYOR

2086 GOLD HILL ROAD
FORT MILL, SC 29715
803-548-4254

### Tract G

Beginning at an old P/K nail in the centerline of
Providence Road (N.C. Hwy. #16) said point also being
the southwesterly corner of Claire J. King Heirs
property, recorded in D.B. 115-272, in the Union County
Register of Deeds, thence N77-43-19E 116.42' to an old
iron, said point being the common corner between B.C.S.
Mona, Inc. property, recorded in D.B. 375-543, in the
Union County Register of Deeds and Claire J. King Heirs
property, thence in seven courses as follows: (1)
N75-46-55E 204.36' to an old iron (2) N/3-46-42E 34.57'
to an old iron (3) N1-40-12E 65.35' to an old iron (4)
N64-52-59E 25.02' to an old iron (5) N73-32-21E 122.97'
to an old iron (6) N81-33-1WE 183.40' to an old iron
(7) S52-05-45E 13.62' to an old iron, said point being
on the westerly line of the Jimmy F. Spittle property,
recorded in D.B. 390-842, in the Union County Register
of Deeds, thence in two courses as follows: (1)
S4-05-42W 173.42' to an old iron (2) S68-25-52E 17.87'
to an old iron, said point being the common corner
between the Jimmy F. Spittle property and the
northwesterly corner of Mrs. J.W. Matthews property,
recorded in D.B. 75-89, in the Union County Register of
Deeds, thence in two courses as follows: (1) S25-57-56E
131.72' to an old iron (2) S9-27-30W 311.70' to an old
iron, said point being the common corner between Mrs.
J.W. Matthews property and the Town of Weddington
property, thence with the Town of Weddington property
S24-37-39W 125.45' to a point, thence S75-53-17W
382.61' to a point, thence S1-47E 220.00' to a point in
the centerline of N.C. Hwy. #84, thence with the
centerline of N.C. Hwy. #84, S88-13W 72.00' to a point,
thence N1-47W 105.00' to a point, thence N10-39-49E
107.29' to a point, thence N0-21E 216.06' to a point of
curve, thence with a circular curve to the left having
a radius of 10.00' and an arc of 19.39' to a point of
reversed curve, thence with an arc of a circular curve
to the right having a radius of 372.64' and an arc of
172.13' to a point of tangent, thence N84-16W 52.37' to
a point in the centerline of Providence Road (N.C.Hwy.
#16) thence in five courses as follows: (1) N8-12-22E
40.00' to a point (2) N5-50-33E 95.39' (3) N4-05-13E
96.77' (4) N2-49-06E 94.92' (5) N0-48-47E 71.90' to a
point, said point being the point and place of
Beginning, containing 10.177 acres, shown on a map
drawn by A. Alan Wallwork, dated August 22, 1990.

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2022
High Point, North Carolina

Lease:  Lease dated May 26, 1994 between H.P.M. Limited Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant, including Short Form Lease.

As evidenced by Short Term Lease dated May 26, 1994, recorded in Book 4212, Page 0289, of the public records of Guilford County, North Carolina.

Amendments:

Supplemental Lease dated July 10, 1995 between H.P.M. Limited Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant.

Assignment of Lease dated June 25, 1998 between Winn-Dixie Charlotte, Inc., as Assignor, and W-D Transfer, Inc., as Assignee

Premises:  That certain store building and related improvements located at 265 Eastchester Drive, High Point, North Carolina, Guilford County.

Legal Description:  The Shopping Center in which the Premises is located is more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

None

Amendments to Sublease(s):

None

C725381.6

### SHOPPING CENTER DEVELOPMENT

**Northeasterly Corner of the Intersection of
Eastchester Drive and Kirkwood Street
High Point, Guilford County, North Carolina**

All that certain piece, parcel or tract of land lying and being situated in the City of High Point, County of Guilford, State of North Carolina, together with all improvements thereon or to be constructed thereon and all appurtenances thereto belonging or in anywise appertaining, particularly described as follows, to wit:

BEGINNING at a point in the East right of way of Kirkwood Street, said point being located North 3 degrees 50 minutes 10 seconds East, 87.68 feet from the Northeast intersection of Kirkwood Street and Eastchester Drive, thence with the East right of way of Kirkwood Street, North 03 degrees 50 minutes 10 seconds East, 516.11 feet to a point in said right of way, thence North 45 degrees 29 minutes 06 seconds East, 29.30 feet to a point, said point being in the South right of way of East Parris Avenue, thence with the South right of way of East Parris Avenue, the following courses and distances: North 88 degrees 21 minutes 04 seconds East, 10.01 feet; thence with a curve to the left having a radius of 734.00 feet an arc distance of 606.55 feet to a point, and North 41 degrees 00 minutes 15 seconds East, 15.24 feet and with a curve to the right having a radius of 666.00 feet an arc distance of 219.44 feet to a point in said South right of way of East Parris Avenue, thence leaving said right of way South 13 degrees 44 minutes 40 seconds East, 140.00 feet to a point, thence North 79 degrees 08 minutes 58 seconds East, 150.00 feet to a point, said point being in the West line of Crotts & Wall, thence with Crotts & Wall's West line South 03 degrees 56 minutes 45 seconds West, 120.34 feet to a point, said point being Crotts & Wall's Southwest corner and The Seventh Day Adventist Church's Northwest corner, thence with said Church's West line South 03 degrees 39 minutes 10 seconds West, 570.65 feet to a point, in said Church's line, thence South 79 degrees 14 minutes 50 seconds West, 164.77 feet to a point, thence South 10 degrees 45 minutes 10 seconds East, 125.00 feet to a point, said point being in the North right of way of Eastchester Drive, thence with said North right of way the following courses and distances: South 79 degrees 14 minutes 50 seconds West, 405.27 feet to a point, South 80 degrees 42 minutes 50 seconds West, 99.37 feet, South 81 degrees 39 minutes 50 seconds West, 93.90 feet to

C725381.6

a point in said R/W, thence North 10 degrees 43 minutes 10 seconds West, 150.00 feet to a point, thence South 24 degrees 14 minutes 50 seconds West, 159.57 feet, to the point and place of BEGINNING.

The above described Tract is identified as Lot A, containing 15.055 acres more or less and is subject to a 15 foot Utility Easement for a Sanitary Sewer and being shown on survey dated May 8, 1974, by Davis-Martin, Inc., Engineers and Land Surveyors, High Point, North Carolina, designated Job No. S-8355 and being recorded in the Office of Register of Deeds of Guilford County, North Carolina in Plat Book 54, Page 36, which survey is by this reference made a part hereof.

EXHIBIT A-2
Page 9 of 20

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2039
Greensboro, North Carolina

Lease:        Lease dated August 25, 1997 between Krusch Properties, LLC, as Landlord, and
              Winn-Dixie Charlotte, Inc., as Tenant, including Exhibits A through J, Short
              Form of Lease/Memo of Lease.

              As evidenced by Short Form Lease dated August 25, 1997, recorded in Book
              4607, Page 0752, of the public records of Guilford County, North Carolina.

Amendments:

Amendment to Lease dated March 25, 1999 between Krusch Properties, LLC, as Landlord,
Garden Creek Association, as Association, and Winn-Dixie Raleigh, Inc., as Tenant, including
Exhibits A and B.

Amendment to Short Form of Lease dated March 25, 1999 between Krusch Properties, LLC, as
Landlord, and Winn-Dixie Raleigh, Inc., as Tenant, including Exhibits A and B.

Premises:     That certain store building and related improvements located at 1605 New Garden
              Road, Greensboro, North Carolina, Guilford County.

Legal Description:    The Shopping Center in which the Premises is located is more particularly
described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

        None

EXHIBIT A-2
Page 10 of 20

C725381.6

*LEGAL DESCRIPTION*

*BEGINNING ON AN EXISTING IRON IN THE NORTHWEST QUADRANT OF WILLDOSKEY DRIVE AND NEW GARDEN ROAD, THENCE RUNNING WITH THE NORTH MARGIN OF NEW GARDEN ROAD S 61-16-20 W 70.02' TO A POINT; THENCE CONTINUING WITH THE NORTH MARGIN OF NEW GARDEN ROAD ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 1909.86' AND A CHORD BEARING AND DISTANCE OF S 75-25-55 W 106.40' TO A POINT, SAID POINT BEING OUR COMMON CORNER WITH PROPOSED OUTPARCEL A; THENCE RUNNING WITH THE COMMON LINES OF PROPOSED OUTPARCEL A THE FOLLOWING BEARINGS AND DISTANCES: 1) N 08-25-02 W 225.93' TO A POINT; 2) S 81-34'58 W 37.54' TO A POINT; 3) S 73-44-45 W 173.50' TO A POINT; 4) S 81-34-58 W 59.93' TO A POINT; 5) S 51-34-58 W 70.43' TO A POINT; 6) ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 192.00' AND A CHORD BEARING AND DISTANCE OF S 22-12-17 E 69.64' TO A POINT; 7) S 12-25-18 E 8.52' TO A POINT; 8) S 12-24-53 E 67.85' TO A POINT IN THE NORTH MARGIN OF NEW GARDEN ROAD; THENCE RUNNING WITH THE NORTH MARGIN OF NEW GARDEN ROAD S 80-28-31 W 57.88' TO A POINT, SAID POINT BEING OUR COMMON CORNER WITH PROPOSED OUTPARCEL B; THENCE RUNNING WITH THE LINES OF PROPOSED OUTPARCEL B THE FOLLOWING BEARINGS AND DISTANCES: 1) N 08-28-20 W 102.13' TO A POINT; 2) ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 144.00' AND A CHORD BEARING AND DISTANCE OF N 46-59-20 W 113.77' TO A POINT; 3) ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 428.00' AND A CHORD BEARING AND DISTANCE OF N 62-18-27 W 81.33' TO A POINT; 4) S 36-34-58 W 67.78' TO A POINT; 5) S 81-34-58 W 57.89' TO A POINT; 6) S 08-25-02 E 200.28' TO A POINT IN THE NORTH MARGIN OF NEW GARDEN ROAD, SAID POINT BEING OUR COMMON CORNER WITH PROPOSED OUTPARCEL B; THENCE LEAVING THE LINES OF PROPOSED OUTPARCEL B AND RUNNING WITH THE NORTH MARGIN OF NEW GARDEN ROAD S 71-10-31 W 26.39' TO AN EXISTING IRON; THENCE CONTINUING WITH THE NORTH MARGIN OF NEW GARDEN ROAD N 74-33-45 W 238.39' TO A CONCRETE MONUMENT IN THE NORTHEAST QUADRANT OF NEW GARDEN ROAD AND HORSE PEN CREEK ROAD; THENCE RUNNING WITH THE EAST MARGIN OF HORSE PEN CREEK ROAD N 28-30-24 W 280.33' TO A CONCRETE MONUMENT; THENCE CONTINUING WITH THE EAST MARGIN IN HORSE PEN CREEK ROAD N 10-49-11 W 354.46 FEET TO A CONCRETE MONUMENT; THENCE CONTINUING WITH THE EAST MARGIN OF HORSE PEN CREEK ROAD THE FOLLOWING BEARINGS AND DISTANCES: 1) N 51-42-08 E 33.04' TO A CONCRETE MONUMENT; 2) N 05-13-43 E 49.55' TO A CONCRETE MONUMENT; 3) N 45-59-32 W 46.07' TO A CONCRETE MONUMENT; 4) N 01-54-23 E 328.48' TO A POINT, SAID POINT BEING IN THE EAST MARGIN OF HORSE PEN CREEK ROAD AND ALSO BEING OUR COMMON CORNER WITH RAVEN RIDGE SUBDIVISION AS RECORDED IN PLAT BOOK 81 PAGE 101; THENCE RUNNING WITH THE LINE OF RAVEN RIDGE SUBDIVISION S 88-53-16 E 357.87' TO A POINT, SAID BEING OUR COMMON CORNER WITH RAVEN RIDGE SUBDIVISION AS RECORDED IN PLAT BOOK 81 PAGE 101 AND PLAT BOOK 85 PAGE 10; THENCE CONTINUING WITH THE LINES OF RAVEN RIDGE SUBDIVISION S 09-10-22 E 145.07' TO A POINT; N 80-55-03 E 30.94' TO AN EXISTING IRON PIPE; S 57-02-12 E 195.80' TO AN EXISTING IRON PIPE; S 61-10-17 E 56.78' TO AN EXISTING IRON PIPE, SAID IRON PIPE BEING OUR COMMON CORNER WITH RAVEN RIDGE SUBDIVISION AS RECORDED IN PLAT BOOK 85 PAGE 10 AND HIGH ACRES SUBDIVISION AS RECORDED IN PLAT BOOK 34 PAGE 33; THENCE RUNNING WITH THE LINES OF HIGH ACRES SUBDIVISION 1) S 38-27-08 W 182.92' TO AN EXISTING IRON PIPE; 2) S 35-47-15 E 120.42' TO AN EXISTING IRON PIPE; 3) S 35-21-19 E 121.14' TO AN EXISTING IRON PIPE; 4) S 76-55-55 E 91.12' TO AN EXISTING IRON PIPE; 5) N 73-44-45 E 138.80' TO AN EXISTING IRON PIPE; 6) N 62-17-03 E 159.01' TO AN EXISTING IRON PIPE IN THE WEST MARGIN OF WILLDOSKEY DRIVE; THENCE RUNNING WITH THE WEST MARGIN OF WILLDOSKEY DRIVE THE FOLLOWING BEARINGS AND DISTANCES: 1) S 26-58-18 E 92.04' TO AN EXISTING IRON PIPE; 2) S 28-26-25 E 336.69' TO AN EXISTING IRON PIPE; 3) S 01-51-40 W 39.98' TO THE POINT AND PLACE OF BEGINNING CONTAINING 15.045 ACRES MORE OR LESS AND LYING IN MOREHEAD TOWNSHIP, GUILFORD COUNTY, NORTH CAROLINA.*

EXHIBIT A-2
Page 11 of 20

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2040
Greensboro, North Carolina

Lease:    Lease dated September 29, 1976 between Gerald C. Parker, Sr. and Nora Jean
          Benfield Parker, his wife, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant,
          including Exhibits A and B, Short Form of Lease/Memo of Lease.

          As evidenced by Short Form Lease dated September 29, 1976, recorded in Book
          2844, Page 801, of the public records of Guilford County, North Carolina.

Amendments:

Assignment of Lease dated June 25, 1977 between Winn-Dixie Raleigh, Inc., as Assignor, and
Winn-Dixie Charlotte, Inc., as Assignee.

Supplemental Lease Agreement dated March 10, 1978 Gerald C. Parker, Sr. and Nora Jean
Benfield Parker, his wife, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant.

Letter Agreement dated December 16, 1986 from Winn-Dixie Charlotte, Inc. to Mr. Richard
Shrosphire and Mr. Earl Blake.

First Amendment to Lease dated February 26, 1987 between Bill Agapion, as Landlord, and
Winn-Dixie Charlotte, Inc., as Tenant.

Agreement (Amendment to Lease) dated May 6, 1987 between Norman D. Reynolds and N.
Dennis Reynolds, Jr., his son, D/B/A Reynolds Properties, as first party and Winn-Dixie
Charlotte, Inc., as second party.

Second Amendment to Lease dated June 27, 1988 between Bill Agapion, as Landlord, and
Winn-Dixie Charlotte, Inc., as Tenant.

Assignment of Lease dated June 25, 1998 between Winn-Dixie Charlotte, Inc., as Assignor, and
W-D Transfer, Inc., as Assignee.

Premises:    That certain store building and related improvements located at 5322 Liberty
             Road, Greensboro, North Carolina, Guilford County.

C725381.6

<u>Legal Description</u>:      The Shopping Center in which the Premises is located is more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

<u>Sublease(s)</u>:

None

<u>Amendments to Sublease(s)</u>:

None

C725381.6

## FOREST OAKS SHOPPING CENTER

Southwesterly Corner of the Intersection of
Liberty Road (Old U. S. Highway No. 421) and
North Carolina State Road No. 3411
Guilford County, North Carolina

All that certain piece, parcel or tract of land lying and
being situated in Fentress Township, in the County of Guilford,
State of North Carolina, together with all improvements thereon
or to be constructed thereon and all appurtenances thereto
belonging or in anywise appertaining, particularly described
as follows, to wit:

BEGINNING in the south right-of-way line of Old U. S.
Highway No. 421 (Liberty Road) and in the west right-of-way
line of North Carolina State Road No. 3411 (Hagan Stone Road),
run thence with the west margin of said North Carolina State
Road No. 3411 South 1 degree 2 minutes 50 seconds East 163.04
feet, South 0 degree 15 minutes 20 seconds East 169.24 feet,
South 2 degrees 26 minutes 40 seconds West 198.44 feet and
South 5 degrees 0 minute 40 seconds West 77.75 feet to Parker's
original southeast corner; thence with Parker's original line
North 85 degrees 5 minutes 55 seconds West 1,034.21 feet to
Kirkman's corner; thence with Kirkman's line N 7° 14' 40" E
254.63 feet and N 7° 4' 10" E. 149.04 feet to Lippard's corner;
thence with Lippard's line N 4° 40' 30" E. 95.86 feet to Greeson's
corner; thence with Greeson's line N 83° 26' 50" E 173.3 feet
to Greeson's corner with Barker; thence with Barker's line
N 83° 46' 50" E 258.62 feet to Garner's original corner; thence
with Garner's new line South 30 degrees 29 minutes 30 seconds
West 20 feet to Garner's new corner; thence with Garner's new
line North 81 degrees 24 minutes 50 seconds East 305.63 feet
to Garner's new corner; thence with Garner's line North 34 degrees
47 minutes 55 seconds East 113.75 feet to the south right-of-way
line of Old U. S. Highway No. 421, Parker's and Garner's original
common corner; thence with the south right-of-way line of said
Highway South 53 degrees 30 minutes 50 seconds East 50 feet to
the northwest corner of Ann Reynolds; thence with Reynolds' line
South 36 degrees 29 minutes 10 seconds West 205 feet to Reynolds'
corner; thence with Reynolds' line South 53 degrees 30 minutes
50 seconds East 151.41 feet to Reynolds' corner; thence with
Reynolds' line North 67 degrees 1 minute 5 seconds East 46.44
feet to Reynolds' corner; thence with Reynolds' line North
36 degrees 29 minutes 10 seconds East 165 feet to the south
right-of-way line of Old U. S. Highway No. 421; thence with
the south right-of-way line of said Highway South 53 degrees
30 minutes 50 seconds East 20 feet to the POINT OF BEGINNING,
containing 12.99 acres, more or less, as shown on survey dated
August 1976, prepared by Hugh M. Creed, North Carolina Registered
Engineer No. 3387, Greensboro, North Carolina, entitled "Grading
and Utility Plan of Forest Oaks Shopping Center, Fentress Town-
ship, Guilford County, North Carolina", which survey is by this
reference made a part hereof.

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2061
Burlington, North Carolina

Lease:           Lease dated July 19, 1995 between New Market Square Limited Partnership, as
                 Landlord, and Winn-Dixie Charlotte, Inc., as Tenant, including Short Form of
                 Lease/Memo of Lease.

                 As evidenced by Short Form Lease dated July 19, 1995, recorded in Book 948,
                 Page 800, of the public records of Alamance County, North Carolina.

Amendments:

Assignment of Lease dated June 25, 1998 between Winn-Dixie Charlotte, Inc., as Assignor, and
W-D Transfer, Inc., as Assignee

Supplemental Lease Agreement dated June 28, 1996 between New Market Square Limited
Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant

Premises:        That certain store building and related improvements located at 2727 S. Church
                 Street, Burlington, North Carolina, Alamance County.

Legal Description:     The Shopping Center in which the Premises is located is more particularly
described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

        None

C725381.6

## LEGAL DESCRIPTION

A certain tract or parcel of land in the City of Burlington, Boone Station Township, Alamance County, North Carolina, adjoining the lands of Lot No. 1, Section One, Shadowbrook Acres, Shadowbrook Drive, South Church Street, Lot No. 1 of Equicap Property, and others, and more particularly described as follows:

BEGINNING at an iron stake at the northwest intersection of the right-of-way lines of Shadowbrook Drive and South Church Street, thence with the north right-of-way line of South Church Street N. 88° 22' 43" W. 739.19 ft. to an iron stake, corner with Lot No. 1 of Equicap Property; thence with the line of Lot No. 1 of Equicap Property N. 4° 05' 55" E. 620.58 ft. to an iron stake, corner with said Lot No. 1 of Equicap Property; thence continuing with said Lot No. 1 S. 88° 22' 43" E. 848.01 ft. to an iron stake, corner with said Lot No. 1 of Equicap Property and in the line of Lot No. 1 of Section One, Shadowbrook Acres; thence with the line of Lot No. 1, Section One, Shadowbrook Acres, S. 4° 47' W. 201.20 ft. to an iron stake, corner with said Lot No. 1 and the west right-of-way line of Shadowbrook Drive; thence with the west right-of-way line of Shadowbrook Drive, a curve to the left having a delta angle 48° 01', radius 467.42', tangent 208.19', length 391.72', degree 12.2579°, a chord bearing and distance of S. 22° 31' 33" W. 352.38 ft. and arc distance 361.52 ft., to an iron stake and point of tangency; thence continuing with the west right-of-way line of Shadowbrook Drive S 00° 28' W. 90.00 ft. to the POINT OF BEGINNING, and containing 11.208 acres, and being Lot No. 2 of the Equicap Property, surveyed by Alley, Williams, Carmen, & King, Inc., dated January 3, 1985, a plat of which is recorded in Plat Book __80____, at page __23___.

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2090
Boone, North Carolina

Lease:     Lease dated October 1, 1991 between Aston-Fidler Limited Partnership, as
           Landlord, and Winn-Dixie Charlotte, Inc., as Tenant, including Exhibits A and B
           and Short Form of Lease/Memo of Lease.

           As evidenced by Short Form Lease dated October 1, 1991, recorded in Book 196,
           Page 128, of the public records of Watauga County, North Carolina.

Amendments:

Supplemental Lease Agreement dated July 24, 1993 between Aston-Fidler Limited Partnership,
as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant.

Premises:   That certain store building and related improvements located at 2575 Highway
            105, Boone, North Carolina, Watauga County.

Legal Description:     The Shopping Center in which the Premises is located is more particularly
described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

        None

C725381.6

### LEGAL DESCRIPTION OF SHOPPING CENTER

BEING THAT CERTAIN PARCEL OF LAND LYING IN NEW RIVER TOWNSHIP, WATAUGA COUNTY, NORTH CAROLINA, BOUNDED ON THE NORTH BY THE 100 FOOT RIGHT-OF-WAY OF NORTH CAROLINA HIGHWAY 105, ON THE EAST BY WINKLER AND ABDIN, ON THE SOUTH BY DAVIS, ON THE WEST BY DAVIS AND COOK, AND MORE ACCURATELY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT, SAID POINT BEING A NEW IRON PIPE SET IN THE SOUTHERN RIGHT-OF-WAY LINE OF SAID NORTH CAROLINA HIGHWAY 105, SAID NEW IRON PIPE BEING LOCATED SOUTH 56-27-16 EAST A DISTANCE OF 114.72 FEET FROM AN EXISTING IRON PIPE (3/4 INCH CONDUIT) MARKING THE NORTHWEST CORNER OF THE KENNETH WAYNE COOK PROPERTY (DEED BOOK 170 PAGE 872) AT THE SAID SOUTHERN RIGHT-OF-WAY OF SAID NORTH CAROINA HIGHWAY 105; THENCE WITH SAID SOUTHEAN RIGHT-OF-WAY LINE FOLLOWING CALLS AND DISTANCES: SOUTH 56-55-26 EAST FOR 320.76 FEET TO A NEW IRON PIPE, SOUTH 60-10-52 EAST FOR 108.76 FEET TO A NEW IRON PIPE, SOUTH 61-23-09 EAST FOR 130.00 FEET TO A NEW IRON PIPE, SOUTH 64-44-08 EAST FOR 138.51 FEET TO A NEW IRON PIPE, SOUTH 65-10-01 EAST FOR 58.16 FEET TO A NEW IRON PIPE, SOUTH 66-10-04 EAST FOR 25.00 FEET TO A NEW IRON PIPE (SAID NEW IRON PIPE BEING LOCATED NORTH 66-39-00 WEST A DISTANCE OF 149.77 FEET FROM AN EXISTING IRON PIPE MARKING THE NORTHEAST CORNER FOR WINKLER AT THE SAID SOUTHERN RIGHT-OF-WAY OF NORTH CAROLINA HIGHWAY 105); THENCE WITH WINKLER'S WESTERN LINE SOUTH 21-36-16 WEST FOR A DISTANCE OF 137.06 FEET TO A NEW IRON PIPE AND CORNER WITH WINKLER, THENCE WITH THE SOUTHERN LINE OF WINKLER SOUTH 68-36-20 EAST A DISTANCE OF 49.06 FEET TO A COMPUTED POINT IN A CREEK (SAID POINT BEING LOCATED NORTH 68-36-20 WEST A DISTANCE OF 99.57 FEET FROM AN EXISTING IRON PIPE AND SOUTHEASTERN CORNER OF THE WINKLER PROPERTY) AND CORNER WITH ABDIN (DEED BOOK 105 PAGE 714, PLAT BOOK 11 PAGE 10); THENCE WITH THE WESTERN LINE OF ABDIN SOUTH 22-03-00 WEST FOR A DISTANCE OF 15.00 FEET TO AN EXISTING IRON PIPE AND REFERENCE FOR SAID COMPUTED POINT, THENCE CONTINUING WITH THE LINE OF ABDIN SOUTH 22-03-00 WEST FOR A DISTANCE OF 148.93 FEET TO AN EXISTING IRON PIPE (3/4 INCH GALVANIZED), THENCE WITH THE LINE OF ABDIN SOUTH 22-00-30 WEST A DISTANCE OF 82.09 FEET TO AN EXISTING IRON PIPE (3/4 GALVANIZED) AND CORNER WITH ABDIN; THENCE WITH THE NORTHERN LINE OF DAVIS (DEED BOOK 30 PAGE 459) NORTH 80-04-54 WEST FOR A DISTANCE OF 73.72 FEET TO AN EXISTING IRON PIPE (1/2 INCH CONDUIT) AT A FENCE CORNER, SAID IRON PIPE BEING SOUTHEAST OF A 24 INCH HEMLOCK WITH A LARGE "X" ON THE SOUTHEAST SIDE; THENCE NORTH 69-03-59 WEST FOR A DISTANCE OF 68.04 FEET TO AN EXISTING IRON PIPE (1/2 INCH REBAR AT THE INTERSECTION OF A FENCE LINE AND A CREEK), THENCE NORTH 68-56-00 WEST FOR A DISTANCE OF 245.36 FEET TO AN EXISTING IRON PIPE (1/2 INCH CONDUIT AT A 24 INCH CUCUMBER TREE AND FENCE CORNER), THENCE WITH A NEW LINE FOR DAVIS NORTH 68-56-00 WEST FOR A DISTANCE OF 108.09 FEET TO A NEW IRON PIPE, THENCE NORTH 11-18-48 WEST A DISTANCE OF 36.10 FEET TO A NEW IRON PIPE, THENCE NORTH 14-59-01 WEST FOR A DISTANCE OF 80.57 FEET TO A NEW IRON PIPE, THENCE NORTH 12-50-07 WEST FOR A DISTANCE OF 32.61 FEET TO A NEW IRON PIPE, THENCE NORTH 14-28-00 WEST FOR A DISTANCE OF 99.15 FEET TO A NEW IRON PIPE, THENCE NORTH 27-35-14 WEST FOR A DISTANCE OF 38.55 FEET TO A NEW IRON PIPE, THENCE NORTH 30-44-39 WEST FOR A DISTANCE OF 107.38 FEET TO A NEW IRON PIPE, THENCE NORTH 31-21-36 WEST FOR A DISTANCE OF 76.14 FEET TO A NEW IRON PIPE, THENCE NORTH 33-33-37 WEST FOR A DISTANCE OF 56.32 FEET TO A NEW IRON PIPE, THENCE NORTH 38-29-30 WEST FOR A DISTANCE OF 29.33 FEET TO A NEW IRON PIPE AND CORNER WITH DAVIS, THENCE NORTH 28-01-54 EAST FOR A DISTANCE OF 39.59 FEET TO A NEW IRON PIPE, THENCE NORTH 28-01-54 EAST FOR A DISTANCE OF 24.80 FEET TO AN EXISTING IRON PIPE AND SOUTHEAST CORNER OF THE COOK PROPERTY (DEED BOOK 170 PAGE 872), THENCE WITH THE EASTERN LINE OF COOK NORTH 28-01-54 EAST FOR A DISTANCE OF 108.92 FEET TO THE POINT AND PLACE OF BEGINNING, CONTAINING 5.775 ACRES +/-, ACCORDING TO A SURVEY BY MUNICIPAL ENGINEERING SERVICES COMPANY, P.A., ENTITLED "SURVEY FOR MOUNTAIN PLAZA PARTNERSHIP," DATED DECEMBER 18, 1989.

C725381.6

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES, SUBLEASES AND LEASED PREMISES

WINN-DIXIE STORE # 2104
Huntersville, North Carolina

Lease:          Lease dated October 31, 1995 between Northcross Land & Development Limited
                Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant, including
                Exhibits A through C and Short Form Lease

                As evidenced by Short Form Lease dated October 31, 1995, recorded in Book
                8541, Page 350, of the public records of Mecklenburg County, North Carolina.

Amendments:

Amendment to Lease dated April 4, 1996 between Northcross Land & Development Limited
Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant.

Supplemental Lease dated April 24, 1997 between Northcross Land & Development Limited
Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant.

Second Amendment to Lease dated January 1, 2001 between Northcross Land & Development
Limited Partnership, as Landlord, and Winn-Dixie Charlotte, Inc., as Tenant, including Exhibit
A-1.

Premises:       That certain store building and related improvements located at 9759 Sam Furr
                Road, Huntersville, North Carolina, Mecklenburg County.

Legal Description:    The Shopping Center in which the Premises is located is more particularly
described as follows:

        SEE ATTACHED LEGAL DESCRIPTION

Sublease(s):

        None

Amendments to Sublease(s):

        None

EXHIBIT A-2
Page 19 of 20

C725381.6

Lying and being situated in Huntersville Township,
Mecklenburg County, North Carolina and being more particulary
described as follows:

BEGINNING at an existing iron pin marking the intersection
of the northerly margin of the right-of-way of Sam Furr Road
(NC Hwy. 73) (SR 2145) (100' R/W) and the westerly property
line of the property conveyed to Danny L. Burris as the same is
described in deed recorded in Deed Book 5383 at Page 609 in the
Mecklenburg County Public Registry and running thence with the
westerly property line of the aforesaid Danny L. Burris
property N 10-20-23 W 711.23 feet to/a point; thence N 10-20-24
W 649.85 feet to a point; thence N 52-10-30 W 858.27 feet to a
point; thence S 88-31-59 W 930.45 feet to a point in the
easterly margin of the right-of-way of Statesville Road (U.S.
Hwy. 21) (NC Hwy. 73); thence with the easterly margin of the
aforesaid right-of-way of Statesville Road five (5) calls and
distances as follows:  (1) S 05-53-31 E 129.66 feet to a point;
(2) in a southeasterly direction with the arc of a circular
curve to the left, having a radius of 10,648.16 feet (chord
bearing S 08-06-59 E and distance 693.34 feet), an arc distance
of 693.46 feet to a point; (3) S 09-58-46 E 448.79 feet to a
point; (4) N 80-00-50 E 10.00 feet to a point; and (5) S
09-58-25 E 28.33 feet to a point in the northerly property line
of the property conveyed to First Union National Bank as the
same is described in deed recorded in Deed Book 7133 at Page
751 in the aforesaid Public Registry; thence with the
northerly, easterly, southeasterly and southerly property lines
of the aforesaid First Union National Bank property four (4)
calls and distances as follows:  (1) N 80-01-14 E 190.98 feet
to a point; (2) S 10-14-13 E 187.67 feet to a point; (3) S
52-01-16 E 51.23 feet to a point; and (4) S 37-58-44 W 238.55
feet to a point in the southwesterly margin of the aforesaid
right-of-way of Statesville Road; thence with the southwesterly
margin of the aforesaid right-of-way of Statesville Road S
52-02-16 E 36.51 feet to a point in the northerly margin of the
right-of-way of Sam Furr Road (NC Hwy. 73) (SR 2145) (100'
R/W); thence with the northerly margin of the aforesaid
right-of-way of Sam Furr Road S 84-03-30 E 262.14 feet to a
point in the westerly property line of the property conveyed to
Sam Nafisi as the same is described in deed recorded in Deed
Book 7380 at Page 129 in the aforesaid Public Registry; thence
with the aforesaid Sam Nafisi property four (4) calls and
distances as follows: (1) N 05-56-30 E 184.24 feet to a point;
(2) S 84-03-30 E 235.12 feet to a point; (3) S 09-58-38 E 83.15
feet to a point; and (4) S 05-56-30 W 104.28 feet to a point in
the northerly margin of the aforesaid right-of-way of Sam Furr
Road; thence with the northerly margin of the aforesaid
right-of-way of Sam Furr Road four (4) calls and distances as
follows:  (1) S 84-03-30 E 228.01 feet to a point; (2) S
05-56-30 W 14.97 feet to a point; (3) S 84-03-30 E 237.48 feet
to a point; and (4) S 84-07-02 E 529.30 feet to a point, the
POINT OR PLACE OF BEGINNING, containing 56.6463 acres, all as
shown on survey prepared by James J. Cobb, N.C.R.L.S.,
reference to which survey is hereby made for a more particular
description.

SAVE AND EXCEPT therefrom, that certain parcel of land more
particularly described as follows:

TO ARRIVE AT THE POINT OF BEGINNING, COMMENCE AT AN IRON PIN SITUATED
ON THE NORTHERN RIGHT OF WAY LIMIT OF SAM FURR ROAD (NC HIGHWAY
NO. 73), THENCE ALONG THE LINE COMMON TO THE LANDS OF DANNY L.
BURRIS AS DESCRIBED IN DEED BOOK 5383 PAGE 609 AND NORTHCROSS LAND &
DEVELOPMENT LIMITED PARTNERSHIP AS DESCRIBED IN DEED BOOK 7659 PAGE
573, NORTH 10°20'23" WEST, A DISTANCE OF 287.25 FEET TO THE POINT OF
BEGINNING OF THE LAND TO BE DESCRIBED, SAID POINT BEING
DESIGNATED BY A NEW IRON PIN; THENCE CONTINUING WITH SAID LINE, NORTH
10°20'23" WEST, A DISTANCE OF 424.00 FEET TO A NEW IRON PIN; THENCE
WITH THE FOLLOWING FOURTEEN NEW COURSES, WITH SAID POINTS BEING
DESIGNATED BY NEW IRON PINS (1) SOUTH 79°39'37" WEST, A DISTANCE OF
223.35 FEET (2) SOUTH 10°20'23" EAST A DISTANCE OF 10.10 FEET; (3) SOUTH
79°39'37" WEST, A DISTANCE OF 204.83 FEET; (4) NORTH 10°20'23" WEST, A
DISTANCE OF 85.07 FEET; (5) SOUTH 79°39'37" WEST, A DISTANCE OF 389.26
FEET; (6) WITH THE ARC OF A CIRCULAR CURVE TO THE RIGHT HAVING A
RADIUS OF 500.00 FEET, A DISTANCE OF 219.25 FEET, SAID ARC SUBTENDED
BY A CHORD OF SOUTH 08°07'52" EAST 217.50 FEET; (7) SOUTH 05°05'53"
WEST, A DISTANCE OF 233.22 FEET; (8) SOUTH 84°03'30" EAST, A DISTANCE
OF 293.36 FEET; (9) NORTH 10°20'23" WEST, A DISTANCE OF 40.32 FEET; (10)
NORTH 79°39'37" EAST, A DISTANCE OF 122.27 FEET; (11) NORTH 05°52'58"
EAST, A DISTANCE OF 91.76 FEET; (12) NORTH 79°39'37" EAST, A DISTANCE
OF 286.05 FEET; (13) SOUTH 10°20'23" EAST, A DISTANCE OF 74.67 FEET; (14)
NORTH 79°39'37" EAST, A DISTANCE OF 193.91 FEET TO THE POINT OF
BEGINNING CONTAINING 8.3361 ACRES MORE OR LESS, AND BEING A PORTION
OF THE NORTHCROSS LAND AND DEVELOPMENT PARTNERSHIP
PROPERTY AS DESCRIBED IN DEED BOOK 7659 PAGE 573.

C725381.6

EXHIBIT A-3
To Asset Purchase Agreement

LIST OF SHOPPING CENTERS

| Store No. | Name of Shopping Center |
|-----------|-------------------------|
| 805 | Brier Creek Parkway |
| 851 | North Ridge Shopping Center |
| 2014 | Wedding Corners |
| 2022 | High Point Mall |
| 2039 | Garden Creek Center |
| 2040 | Forest Oaks Shopping Center |
| 2061 | New Market Square |
| 2090 | Highland Commons |
| 2104 | Northcross Shopping Center |

C725381.6

EXHIBIT B
To Asset Purchase Agreement

<u>Form of Bill of Sale</u>

**<u>BILL OF SALE</u>**

     **WINN-DIXIE RALEIGH, INC.**, a Florida corporation ("<u>Seller</u>"), in consideration of the mutual covenants set forth in that certain Asset Purchase Agreement dated effective _____, 200___, between Harris Teeter, Inc., a North Carolina corporation, ("<u>Buyer</u>") and Seller (the "<u>Agreement</u>"), does hereby grant, bargain, transfer, sell, assign and convey unto Buyer all of Seller's right, title and interest in the Assets described in the Agreement (other than the Leases and any sublease(s) or permit(s), which are subject to separate instruments of conveyance and assignment), relating to Seller's store locations as more particularly described on attached <u>Schedule A</u>.

     This Bill of Sale is delivered by Seller to Buyer as required under the Agreement, and is made subject to the terms and conditions of the Agreement.  All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Agreement.

[SIGNATURES ON FOLLOWING PAGE]

C725381.6

**IN WITNESS WHEREOF**, Seller has caused this Bill of Sale to be executed by the undersigned as of this _____ day of _____, 200___.

"SELLER"

**WINN-DIXIE RALEIGH, INC.**, a Florida corporation

By: _____

Name: _____

Title: _____

**EXHIBIT B**
Page 2 of 2

**EXHIBIT C-1**
**To**
**Asset Purchase Agreement**
**FORM OF CLOSING STATEMENT**

**CLOSING STATEMENT SUMMARY**

**BUYER:**                  Harris Teeter, Inc., a North Carolina corporation

**SELLER:**                 Winn-Dixie Raleigh, Inc., a Florida corporation

**ESCROW AGENT and**       _____
**SETTLEMENT AGENT:**

**PROPERTIES[1]:**          Store No. 805, 851, 2014, 2022, 2039, 2040, 2061, 2090, 2104

**CLOSING DATE:**           _____, 2005

_____

**SELLER'S STATEMENT**

| | | | |
|---|---|---|---|
| I. | **BASE PURCHASE PRICE:** | | $_____ |
| II. | **SUPPLIES PRICE:** | | $_____ |
| III. | **TOTAL BASE PURCHASE PRICE AND SUPPLIES PRICE:** | | $_____ |
| A. | **NET CREDIT/DEBIT TO SELLER:** | ($_____) | or $_____ |
| B. | **TOTAL CLOSING COSTS PAYABLE BY SELLER:** | ($_____) | |
| **AMOUNT DUE SELLER** | | | $_____ |

**BUYER'S STATEMENT**

| | | | |
|---|---|---|---|
| I. | **TOTAL BASE PURCHASE PRICE AND SUPPLIES PRICE:** | | $_____ |
| A. | **NET CREDIT/DEBIT TO BUYER:** | ($_____) | or $_____ |

_____

[1] Itemized individual Closing Statements for each Property are attached

Exhibit C-1
Page 1 of 10

C725381.6

| | | |
|---|---|---|
| **B.** | **TOTAL CLOSING COSTS PAYABLE BY BUYER:** | ($_____) |
| **C** | **BASE DEPOSIT** | ($_____) |
| **AMOUNT DUE FROM BUYER** | | $_____ |

### TOTAL DISBURSEMENTS[2]

| | | |
|---|---|---|
| 1. | Base Deposit from Escrow Agent | $_____ |
| 2. | Amount Due From Buyer | $_____ |
| **TOTAL RECEIPTS:** | | $_____ |
| 1. | Seller's Brokers Fees | ($_____) |
| 2. | Title Premiums, Title Examination Fees and related Costs, Recording and Escrow Fees | ($_____) |
| 3. | Inventory Service Fees | |
| 4. | Seller's Cure Costs | ($_____) |
| 5. | Seller's Proceeds | _____ |
| [6.] | [Other] | ($_____) |
| **TOTAL DISBURSEMENTS:** | | |

### STIPULATIONS

1. Purchase Agreement. This transaction has been closed pursuant to the provisions set forth in that certain Asset Purchase Agreement between Seller and Buyer, dated effective as of _____, 2005 (the "Purchase Agreement"). Attached hereto are individual itemized closing statements for each of the Properties covered by the Purchase Agreement.

2. Authorization to Disburse. By their signatures below, Seller and Buyer hereby (a) authorize and direct the closing agent to (i) make the disbursements included in this Closing Statement and (ii) wire the AMOUNT DUE SELLER to the following account:

_____

_____

_____

3. Counterparts. This Closing Statement may be executed in multiple counterparts, each of which shall be deemed an original and all of which shall constitute one agreement and the signatures of any party to any counterpart shall be deemed to be a signature to, and may be appended to, any other counterpart. To facilitate execution and delivery of this Closing Statement, the parties may execute and exchange counterparts of the signature

---

[2] Refer to Individual Property Closing Statement for Itemization.

Exhibit C-1

Page 2 of 10

pages hereof by telecopier or electronic mail, immediately followed by delivery of originals by overnight delivery services.

4. <u>Adjustments</u>.    Seller and Buyer acknowledge and agree that any amounts not determinable as of the Closing Date or reflected on this Closing Statement (including on the individual closing statements attached hereto) will be taken into account at the Closing based on good faith estimates with the actual amount to be calculated by Seller and Buyer as soon as practicable after the actual amounts are determinable with an appropriate adjustment to be paid by the appropriate party promptly after determination. Seller and Buyer also acknowledge and agree to execute any documents necessary to correct any errors or omissions in the Closing Statement with an appropriate adjustment to be paid by the appropriate party promptly after determination.

The undersigned parties acknowledge and agree to the this Closing Statement as of this _____ day of _____, 2005, and hereby authorize _____ Title Insurance Company, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**                                                    **BUYER:**

**WINN-DIXIE RALEIGH, INC.,**                **HARRIS TEETER, INC.,**
a Florida corporation                               a North Carolina corporation


By: _____    By: _____

Name: _____     Name: _____

Title: Vice President _____    Title: _____

                                                              _____

Exhibit C-1
Page 3 of 10

C725381.6