UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.:   3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                               Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Jean Winborne Boyles, of the law firm of Johnson, Hearn, Vinegar, Gee & Mercer, PLLC, hereby designate as local attorney for creditor, Waynesville Shopping Center, LLC ("the Party in Interest"), in the above-styled Cases:

>       Held & Israel
>       Edwin W. Held, Jr., Esquire
>       Florida Bar No.: 162574
>       1301 Riverplace Blvd., Suite 1916
>       Jacksonville, FL  32210
>       (904) 398-7038 Telephone
>       (904) 398-4283 Facsimile

This 26th day of July, 2005.

JOHNSON, HEARN, VINEGAR, GEE
& MERCER, PLLC
Co-counsel for Waynesville Shopping Center, LLC

By: /s/ Jean Winborne Boyles
Jean Winborne Boyles, Esquire
North Carolina Bar No: 5516
Two Hannover Square, Suite 2200
Raleigh, North Carolina 27601
(919) 743-2200 Telephone
(919) 743-2201 Facsimile

## CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor Waynesville Shopping Center, LLC.

Dated this 26th day of July, 2005

HELD & ISRAEL

By: /s/ E W Held
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/designation-waynesville djg