UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
Winn-Dixie Stores Inc.,  
Debtor.  
_____/

CASE NO.: 05-03817-3F1

## NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR

The firm of Hiday & Ricke, P.A., does hereby give notice of its appearance as legal counsel for Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor, creditor in this cause, and requests that copies of all pleadings and papers of any type which are filed herein be sent to the undersigned.

DATED this ___ day of July, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ___ day of July, 2005 to United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL. 32801, Winn-Dixie Stores Inc., 5050 Edgewood Court, Jacksonville, FL. 32254-3699, Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY. 10036, Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201, James H. Post, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202, Stephen D. Busey, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

Hiday & Ricke, P.A.

By: _____  
Jeffrey R. Becker, Esquire       Brett P. Abner  
Post Office Box 550858  
Jacksonville, FL 32255  
(904) 363-2769  Fax: (904) 363-0538  
Email: litigate@hidayricke.com  
Florida Bar No.: 0792977    707996  
File # 200511089