UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    CASE NO.:  05-03817-3F1
Winn-Dixie Stores Inc.,
Debtor.
_____/

**CREDITOR, AMANDA JOHNSON, AS PARENT AND NEXT FRIEND OF
BRENDEN JOHNSON, MINOR'S,
MOTION SEEKING RELIEF FROM AUTOMATIC
STAY PURSUANT TO BANKRUPTCY RULE 4001**

Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor, by and
through its undersigned counsel, hereby moves this Honorable Court for Relief from
Automatic Stay imposed pursuant to Section 362 of the Bankruptcy Code, and as grounds
therefore would show as follows:

1. That the Court has jurisdiction over this matter pursuant to 20 U.S.C. Section
1471 and 11 U.S.C. Section 362, 363, and 552(b).

2. That this motion is made pursuant to Bankruptcy Rule 4001, and in conformity
with Rule 9014.

3. That the Debtor was at the time of the filing of the petition, and still is a party to
a certain action for damages filed in State Court, in and for Coffee County, Georgia
styled Amanda Johnson, as Parent and Next Friend of Brenden Johnson, a Minor,
Plaintiff, v. Winn-Dixie Stores Inc, Defendants, Case No. 2003C04-0019.

4. That this indebtedness is established by the Complaint, as evidenced by
composite Exhibit 'A' which is attached hereto and incorporated herein by reference.

5. That there are no setoffs or counterclaims to this debt, and it is free from any
change forbidden by law.

6. Movant seeks stay relief to proceed with the Complaint against Debtor to seek
recovery from Debtor's insurance carrier.  Movant is not seeking monetary damages from
Debtor.

7. The property has been claimed exempt by the debtor or abandoned by the trustee.

8.   Estimated total time to hear this Motion, if a hearing is required is ten (10) minutes.

WHEREFORE, Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor moves this Honorable Court for an Order granting relief from the Section 362 stay and providing this Creditor with adequate protection, as the Court deems appropriate under the circumstances of this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either by U.S. Mail or electronically this ____day of July, 2005 to United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL. 32801, Assistant U.S. Trustee, 135 W. Central Boulevard, Room 620, Orlando, FL. 32801, Winn-Dixie Stores Inc., 5050 Edgewood Court, Jacksonville, FL. 32254-3699, Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY. 10036, Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201, James H. Post, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202, Stephen D. Busey, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and to the twenty largest unsecured creditors on the attached mailing matrix.

Hiday & Ricke, P.A.

By: _____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: litigate@hidayricke.com
Florida Bar No.: 0792977
File # 200511089



*200511089-110-2-28*

## IN THE STATE COURT OF COFFEE COUNTY

## STATE OF GEORGIA

AMANDA JOHNSON, as Parent and }
Next Friend of }
BRENDEN JOHNSON, a Minor, }
 }
       Plaintiff }
 }
v. }     Civil Action No: 2003CO4-0119
 }
WINN-DIXIE STORES, INC., }
 }     Filed in Office this
 }     29 day of April 2003
       Defendant }
      Clark, Superior Court & State Court
      Coffee County, Georgia

### COMPLAINT

COMES NOW, Plaintiff, AMANDA JOHNSON, as parent and next friend of

BRENDEN JOHNSON, a Minor, and files this, her Complaint against the Defendant,

WINN-DIXIE STORES, INC., (hereinafter known as Defendant Winn-Dixie) and

respectfully shows unto the Court the following:

1.

Defendant Winn-Dixie is a Foreign Corporation authorized to transact business in

the State of Georgia and is subject to the jurisdiction of this Court.  Defendant Winn-Dixie

may be served by issuing this Complaint to its registered agent for service of process,

Corporation Service Company at 4845 Jimmy Carter Boulevard, Norcross, Gwinnett

County, Georgia 30093.  Venue is established under O.C.G.A. Section 14-2-510 in Coffee

County as the site where the accident and injury occurred.

2.

Plaintiff shows that on June 30, 2001, Plaintiff, AMANDA JOHNSON was with her

son, BRENDEN JOHNSON, purchasing groceries at Defendant's Winn-Dixie in Douglas.

The Plaintiff shows that BRENDEN JOHNSON slipped and fell and fractured his foot.



3.

The Plaintiff shows that Defendant Winn-Dixie negligently failed to maintain its grocery store and grocery store floors in a reasonably safe condition for its customers to shop.

4.

The Plaintiff shows that the sole and proximate cause of BRENDEN JOHNSON'S fall and serious personal injuries was the negligence of Defendant Winn-Dixie.

5.

The Plaintiff in no way contributed to the accident, nor did he assume the risk of the injuries he has sustained.

6.

The Plaintiff's injuries being painful, severe and disabling; Plaintiff sues Defendant for injuries sustained, for disability, for pain and suffering, both physical and mental, past, present, and future as the evidence shall show him to be justly entitled to recover as compensatory damages, together with interest, if applicable, and all costs of this action.

WHEREFORE, Plaintiff prays:

(a) That process and summons issue directed to the Defendant provided by law, and that it answer this Complaint as provided by law;

(b) That Plaintiff be granted a trial by jury;

(c) That Plaintiff have judgment against the Defendant for such sums as the evidence shall show him to be justly entitled to recover as compensatory damages, together with interest, if applicable, and all costs of this action; all other relief that is authorized by Georgia Law; and

(d) Such other and further relief as to this Court may seem equitable and just.

This _24_ day of ___April___, 2003.

Respectfully submitted,

By:_____
Leon M. Braun, Jr.
Attorney for Plaintiff
State Bar No.: 078531

BRAUN & BRAUN, LLP
Attorneys at Law
103 Memorial Drive
Hinesville, Georgia 31313
(912) 876-7101

SHERIFF'S ENTRY OF SERVICE                    Reorder No. 98-00305                  CLYDE CASTLEBERRY CO., COVINGTON, GA. 30014

Civil  Action  No.___2003C04-0119_____          Superior Court ☐
                                                     State Court ☒    COFFEE
Date   Filed____6-19-03_____                       Georgia, KENNEDES COUNTY

                                                     __Amanda Johnson, as parent and Next Friend__
Attorney's Address                                   of Brenden Johnson, a Minor

Robert M. Clyatt
CLYATT, CLYATT & GOLDEN, P.C.                         _____
P. O. Box 5799                                                                        Plaintiff
Valdosta, GA 31603-5799                                             VS.

                                                     __Winn-Dixie Stores, Inc.,_____
Name and Address of Party to be Served

Carvel Corporation                                   _____
c/o CT Corporation System
                                                                                      Defendant/
                                                              VS.    Third-Party Plaint:
1201 Peachtree Street, NE          -                 _____
                                                     Carvel Corporation.
Atlanta, GA 30361                                                 Third-Party Defendant
                                                     _____
                                                                                      Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows
age, about_____years; weight, about_____pounds; height, about_____feet and_____inches, domiciled at the residence of
defendant.

**CORPORATION**
☒ Served the defendant___CArvel  Corp._____a corporation
by leaving a copy of the within action and summons with__C.T. Corp c/o Cindy Zidick____
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in
an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing
notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this County.

This__30__day of____June____,_2003____
      1150 hrf.

                                       _Cpl H Marlus  1323_
                                                          DEPUTY

SHERIFF DOCKET_____PAGE_____
WHITE-CLERK  CANARY-PLAINTIFF  PINK-DEFENDANT

IN THE STATE COURT OF COFFEE COUNTY
STATE OF GEORGIA

AMANDA JOHNSON, as parent and              *
Next Friend of BRENDEN JOHNSON,
a Minor                                    *

      Plaintiff,                           *

vs.                                        *    CIVIL ACTION NO. 2003C04-0119

WINN-DIXIE STORES, INC.                    *

      Defendant/Third-Party Plaintiff,     *

vs.                                        *

CARVEL CORPORATION,                        *

      Third-Party Defendant                *

## THIRD-PARTY COMPLAINT

**COMES NOW,** Winn-Dixie Stores, Inc., Defendant in the above-styled action, who proceeding as Third-Party Plaintiff states its Third-Party Complaint pursuant to O.C.G.A. Section 9-11-14 as follows:

1.

The Third-Party Defendant, Carvel Corporation, is a foreign corporation organized and existing under the laws of the State of Delaware, with an office and registered agent in the State of Georgia.

2.

Carvel Corporation does business in the State of Georgia and is subject to the jurisdiction of this Court.

3.

The Third-Party Defendant, Carvel Corporation, has as its registered agent, CT Corporation System, located at 1201 Peachtree Street, NE, Atlanta, Georgia 30361, which is

located in Fulton County, Georgia, where it may be served with a copy of this Third-Party

Complaint.

4.

Plaintiff, Amanda Johnson, as parent and next friend of Brenden Johnson, a minor, has

filed a Complaint against Defendant Winn-Dixie Stores, Inc., a copy of which is attached hereto

as Exhibit "A"; a copy of all other pleadings filed prior to the filing of this Third-Party

Complaint is hereto attached and identified as Exhibit "B". The Third-Party Defendant is or may

be liable to the Third-Party Plaintiff for all or part of the claim as set forth in the Plaintiff's

Complaint.

5.

The Third-Party Plaintiff shows that the Third-Party Defendant, Carvel Corporation,

executed an Indemnity Agreement on July 30, 1996, in favor of Winn-Dixie Stores, Inc., a copy

of which is hereto attached and identified as Exhibit "C".

6.

Under the terms of the Indemnity Agreement as referred to and identified in the

preceding paragraph, the Third-Party Defendant agreed to indemnify and hold Winn-Dixie

Stores, Inc. harmless from all loss, liability, and expense, and all claims therefore, including

reasonable attorney's fees, by reason of bodily injury, including death, and property damage

sustained by any person or entity whatsoever arising out of or in connection with any presence or

activities of Carvel Corporation whether such injury, death, loss or damage is caused, occasioned

or contributed to by Carvel Corporation's negligence or the negligence, sole or concurrent of

Winn-Dixie Stores, Inc.

7.

The Third-Party Defendant owned and maintained the ice cream freezer which was

allegedly involved in the incident referred to in the Plaintiff's Complaint, which ice cream

freezer allegedly leaked water or other substances onto the floor in which the Plaintiff contends

that Brenden Johnson slipped in and suffered injury and damages.

**WHEREFORE**, the Third-Party Plaintiff, Winn-Dixie Stores, Inc., demands a judgment

against the Third-Party Defendant, Carvel Corporation, for any sum that may be recovered

against Defendant Winn-Dixie Stores, Inc. in favor of the Plaintiff, together with the costs of this

action.

This _15th_ day of _____June_____, 2003.

CLYATT, CLYATT, & GOLDEN, P.C.

BY: _____
           (Robert M. Clyatt)
           State Bar No. 170925
           ATTORNEY FOR DEFENDANT

Address of Counsel:
P.O. Box 5799
Valdosta, GA 31603-5799
(229) 241-9091

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **THIRD PARTY COMPLAINT** upon counsel for the Plaintiff by mailing a copy thereof, by Regular U.S. mail service to ensure delivery and properly addressed to:

>Mr. Leon M. Braun, Jr.
>Braun & Braun, LLP
>103 Memorial Drive
>Hinesville, GA 31313

This 18ᵗʰ day of June, 2003.

Shirley P. Longden
Secretary to Robert M. Clyatt

SUMMONS                                    SC-85-1                          Clyde Castleberry Co., Covington, Ga. 30210

# IN THE SUPERIOR/STATE COURT OF___COFFEE_____COUNTY

## STATE OF GEORGIA

AMANDA JOHNSON, as Parent and

Next Friend of

BRENDON JOHNSON, a Minor
                        PLAINTIFF

                VS.

WINN DIXIE STORES, INC.



                        DEFENDANT

CIVIL ACTION
NUMBER ____2003C04-0119__

## SUMMONS

                        WINN-DIXIE STORES, INC.
TO THE ABOVE NAMED DEFENDANT:  CORPORATION SERVICE COMPANY

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

                    LEON M. BRAUN, JR.
                    BRAUN & BRAUN, LLP
                    103 MEMORIAL DRIVE
                    HINESVILLE, GA 31313

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This__29th__day of____APRIL_____, 19 2003 .

                    Wilfred M. Thompson
                    Clerk of Superior/State Court


                BY ___Angela S Stodghill_____
                                        Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**COPY**

Civil Action No. _2003C04-0119_

Date Filed _April 29th 2003_

| | | |
|---|---|---|
| Superior Court | ☐ | Probate Court ☐ |
| State Court | | Juvenile Court ☒ |
| Magistrate Court | ☐ | |

Georgia ___COFFEE___ COUNTY

AMANDA JOHNSON, as Parent and Next Friend

of BRENDEN JOHNSON, a Minor

Plaintiff

Attorney's Address

LEON M. BRAUN, JR.
BRAUN & BRAUN, LLP
103 MEMORIAL DRIVE
HINESVILLE, GEORGIA 31313

VS.

WINN DIXIE STORES, INC.

Name and Address of Party to be Served

Corporation Service Company

4845 Jimmy Carter Blvd.

Norcross, Georgia   30093

Filed in Office this

_27_ day of _May 2003_

_William M. Thompson_

Clerk, Superior Court & State Court
Coffee County, Georgia

Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**GARNISHEE** ☐

**PERSONAL** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒
Served the defendant _Winn Dixie Stores, Inc._ a corporation

by leaving a copy of the within action and summons with _CSC- Valerie Holmes_

in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _9_ day of _May, 2003_

0905 Am    _signature_
DEPUTY

SHERIFF DOCKET _____ PAGE _____

_____ COUNTY, GEORGIA

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant
or
Garnishee

SC-2 Rev.85

## IN THE STATE COURT OF COFFEE COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| AMANDA JOHNSON, as parent and<br>Next Friend of BRENDEN JOHNSON,<br>a Minor | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 2003C04-0119 |
| WINN-DIXIE STORES, INC. | * | |
| Defendant/Third-Party Plaintiff, | * | |
| vs. | * | |
| CARVEL CORPORATION, | * | |
| Third-Party Defendant. | * | |

## THIRD-PARTY SUMMONS

**TO THE THIRD-PARTY DEFENDANT**:

> Carvel Corporation
> c/o CT Corporation System
> 1201 Peachtree Street, NE
> Atlanta, GA 30361

YOU are hereby summoned and required to file with the Clerk of said Court an Answer

to the Complaint of the Third-Party Plaintiff, a copy of which is herewith served upon you, and

to serve copies of your answer upon:

> Robert M. Clyatt
> Clyatt, Clyatt & Golden P.C.
> Attorney for Defendant/Third-Party Plaintiff
> P.O. Box 5799
> Valdosta, Georgia 31603-5799
>
> Mr. Leon M. Braun, Jr.
> Braun & Braun, LLP
> Attorney for Plaintiff
> 103 Memorial Drive
> Hinesville, GA 31313

within thirty (30) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the

Third-Party Complaint. There is also served upon you herewith a copy of the Complaint of the

Plaintiff, which you may but are not required to answer.

      This _____ day of June, 2003.


                                             _____
                                           Clerk of Court
                                           State Court, Coffee County