**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05−bk−03817−JAF<br>Chapter 11 |

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CONTINUED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Thrivent Financial for Lutherans is continued to September 26, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated July 28, 2005 .

>David K Oliveria , Clerk of Court
>300 North Hogan Street Suite 3−350
>Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Movant