

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 28, 2005
10:00 A.M.

*10:00 - 10:30*

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    PAGE 1 OF 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

   Motion to Sell Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief. Filed by Debtor (1963)

PURCHASER:     (1) Walgreen Co. (Doc. 2378)

   *Approved - ord/signed*

   (2) Eckerd Corp. (Doc. 2371)

   *Approved - ord/signed*

   (3) Fred's Stores of Tennessee (Doc. 2372)

   *Approved - ord/signed*

   (4) The Kroger Co. (Doc. 2373)

   *Approved  ord/signed*

   (5) CVS Corp. (Doc. 2374)

   *Approved  ord/signed*

*obj*
*Mark*
*Minute*

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 28, 2005
10:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              PAGE 2 OF 2

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**PURCHASER:**   (6) Rite Aid Corp. (Doc. 2377)

*Approved - ord/signed*

(7) Wal-Mart Stores, Inc. (Doc. 2370)

*Approved - ord/signed*

(8) Target Corp. (Doc. 2375)

*Approved - ord/signed*

(9) Bi-Lo, LLC (Doc. 2369)

*Approved - ord/~~signed~~ Busey*

(10) Publix Supermarkets, Inc. (Doc. 2376)

*Approved - ord/Signed*

**APPEARANCES:**

US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD P
                      MATTHEW S. BARR

WALGREEN CO:
ECKERD CORP:
FRED'S STORES OF TN:
THE KROGER CO:
CVS CORP:
RITE AID CORP:
WAL-MART STORES, INC:
TARGET CORP:
BI-LO, LLC:
PUBLIX SUPERMARKETS, INC.: