UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | Chapter 11 Proceeding |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3F1 |
| Debtors. | Jointly Administered |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that JOSEPH C. WEINSTEIN of Squire, Sanders & Dempsey L.L.P. formally appears in the above-captioned matter as attorney for Frankino & Frankino Charitable Foundation, Corinne L. Dodero Trust for the Arts & Sciences and Frankino Investments, L.L.C., and respectfully request that notices under Rule 2002 of the Federal Rules of Bankruptcy Procedure be sent to the following:

>   Joseph C. Weinstein, Esq.
>   **SQUIRE, SANDERS & DEMPSEY L.L.P.**
>   4900 Key Tower
>   127 Public Square
>   Cleveland, Ohio 44114-1304
>   Phone: (216) 479-8426
>   Fax:    (216) 479-8780
>   E-Mail:         jweinstein@ssd.com

328457.1

RESPECTFULLY SUBMITTED this 28th day of July, 2005.

        SQUIRE, SANDERS & DEMPSEY L.L.P.
        4900 Key Tower
        127 Public Square
        Cleveland, Ohio 44114-1304

By:   /s/    G. Christopher Meyer
        Joseph C. Weinstein (Ohio Bar No. 0023504)
        G. Christopher Meyer (Ohio Bar No. 0016268)

        Attorneys for Frankino & Frankino Charitable Foundation, Corinne L. Dodero Trust for the Arts & Sciences and Frankino Investments, L.L.C.

328457.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2005, I served copies of the attached Notice of Appearance and Request for Service of Papers by first class mail, postage prepaid, to the following parties:

| | |
|---|---|
| D.J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Time Square<br>New York, NY 10036 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 |
| Dennis F. Dunne, Esq.<br>Millbank, Tweed Hadley & McCloy LLC<br>OneChase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street, Sutie 2500<br>Jacksonville, FL 32202-3646 |
| Kenneth H. Meeker<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>135 West Central Blvd. Room 620<br>Orlando, FL 32801 | |

            /s/ Karen Graves

328457.1