# EXHIBIT 1

050727tc.txt

1

 1                    ROUGH ASCII
 2                    TONY CHONG,
 3    was called as a witness, having been first duly sworn,
 4    was examined and testified as follows:
 5                    EXAMINATION
 6    BY MR. EDWARDS:
 7        Q    Good morning Mr. Chong, I am Denver Edwards I
 8    am with the law firm of Kelley, Drye & Warren, LLP in
 9    New York.  [KEL/] I dry represents J D real [TAOE/] and
10    develops [ERS/] did I [SRERS/] [TPAOEUD/] Realtors
11    corporation who are the [HRAPB/] [HRORDZ/] and man
12    [-PBLG/] ago agents of store number 2718 which we
13    understand you would like to have assigned to you.
14            The reason WHY we are here today the debt
15    sore seek to assign 2718 which is in the Chamblee plaza
16    shopping center at 5528 [PAOEFP/] tree industrial
17    boulevard in Chamblee, Georgia to CKP International
18    [TPAOTS/] and we are conducting this deposition to
19    determine if the CKP can provide adequate assurance of
20    future performs of the lease obligations.  Please state
21    your name for the record sir?
22        A    Last name Chong first name Tony.
23        Q    Please tell me your last name.
24        A    Chong, C H O N G.
25        Q    What is your current address sir?

G

2

Page 1

050727tc.txt

```
 1       A    4333 Dunwoody Park, city of [TKUPB/] wood
 2  [AOE/], [TKPWORPLG/] gorge 303338.
 3       Q    And sir, are you testifying here [ALS/] the
 4  corporate representative of CPK international?
 5       A    Yes, sir.
 6       Q    Please mark Exhibit No. 1.  Do you have that
 7  in front of you Mr. Chong?
 8                  (Exhibit 1 was marked for
 9                   identification.)
10       A    Yes.
11       Q    Have you reviewed the document?
12       A    Yeah, I did.
13       Q    Turn to page 3 of the document, it lists
14  several ton [EUBGS/] for this deposition.  Do you see
15  that?
16       A    Yes.
17       Q    And are you able to testify as to all of
18  those topics?
19       A    Yes.
20       Q    Okay.  When you were sworn in this morning,
21  Mr. Chong, you began by taking an [AOEGT/] and you
22  stated that you would truthfully answer all questions
23  you were asked.  Did you understand the oath?
24       A    Yes.
25       Q    Are you taking any medications that would
```

G

3

```
 1  prevent you from being able to answer truthfully or
 2  completely?
 3       A    No, sir.
 4       Q    Okay.  A couple of ground rules.  Because
```

Page 2

050727tc.txt

5    this is a video deposition, I need for you to let me
6    finish asking a question and making my statements
7    before you begin to answer and I will also let you
8    finish answering a question before I begin to ask you a
9    new question that way we can have a very clear record
10   okay?
11        A    Okay and I have 1 question.  If I don't
12   answer the question, can they answer it.
13        Q    No?
14        A    I am the only 1 who can answer the question.
15        Q    You can go off the record if you wish and
16   confer with them and seek their input but you are the
17   person that is representing the company today?
18        A    Okay.
19        Q    Also, when you answer questions, please do so
20   verbally.  Don't nod or shake your head balls the
21   reporter cannot take down that information?
22        A    Okay.
23        Q    We will take a break if necessary.  I
24   anticipate this will be a short deposition.  If you
25   need a break for the rest room or for any other reason,

G

4

1    let me know and we will take a break.  However, if
2    there is a question pending, I need for you to finish
3    answer the question before we take a break and then if
4    you would like to add any additional information to the
5    question or to the answer to the question, you can do
6    that when you come back from the break do you
7    understand that?

Page 3

050727tc.txt

8      A    I understand.

9      Q    Now, what did you do to prepare for this

10   deposition today?

11     A    Prepare for the deposition today?

12     Q    Yes.

13     A    Go [ahead|a head] sir.

14     Q    No I was repeating the question, what did you

15   do to prepare for the deposition this morning?

16     A    We just showing we are the guarantors and the

17   paperwork you sent us we are trying to prepare right

18   now.  We are kind of limited of time.  We need time to

19   prepare our guaranteed financial, the balance sheet.

20   But all the questions you ask us to preparing we are

21   almost finish preparing right now.

22     Q    Is it fair to say that you reviewed the

23   financial information that you sent me so far and that

24   is the basis for your [PREPGS/] for this deposition

25   today?

G

5

1      A    Yes.

2      Q    Okay.  I would like to get into what CKP

3   international is.  Can you tell me a little bit about

4   the company, please.

5      A    CKP international food Inc is last year June

6   for the store that I had on Jimmy Carter Boulevard

7   which I was operating for international people.  And

8   our mother of the company is Grand Mart, which is

9   located in Virginia and Washington D.C.  I believe that

10  we sent it overall the profile on grant March, the

11  package.

Page 4

050727tc.txt

```
12      Q    What is the name of the company in Virginia?
13      A    Grant March.
14      Q    Can you spell that?
15      A    Do you have any information?
16      Q    Can you spell it out so I -- I can't here you
17  clearly spell out?
18      A    G-R-A-N-D M-A-R-T.
19      Q    And where is grand mart located?
20      A    We have 7 stores located, Virginia,
21  Washington D.C. and Maryland.
22      Q    Let me back up for a second.  What is CKP
23  international or CKP international?
24      A    That is for Georgia, the Georgia store.
25  Every store we have different corporation but the owner
```

G

6

```
 1  is 1 people.
 2      Q    Okay the owner you mean to be the parent
 3  company?
 4      A    Yes -- no.  I have 1 person who got most
 5  shareholder stock.  He owns 7 stores right now.
 6      Q    Let's go back and take it 1 step at a time?
 7      A    Okay.
 8      Q    CKP international is seeking to have a former
 9  Winn-Dixie store space assigned to it?
10      A    Yes.
11      Q    When was CKP incorporated?
12      A    When was?
13      Q    Yes.
14      A    2004, June.
```

Page 5

050727tc.txt

15      Q      Okay.   Where is the state of in corporation?

16      A      4975 Jimmy Carter Boulevard.

17      Q      Not the address but where is the state in

18   which CKP [WAOS/] incorporated?

19      A      Georgia.

20      Q      What is the add [STKRES/] of CKP

21   international?

22      A      4975 Jimmy Carter Boulevard, Norcross,

23   Georgia 30093.

24      Q      And grand mart owns or does grand mart own

25   CKP international?

G

7

1      A      Yes.

2      Q      Please describe the ownership relationship

3   grand grand mart [AB/] CKP?

4      A      Grand mart has a 51 percent of shareholder

5   stock on CKP international food.

6      Q      And you stayed that grand mart is the parent

7   company correct?

8      A      Yes.

9      Q      Okay.   Does CKP have any other -- have any

10   [SUB/] [SEUD/] [RAOES/]?

11      A      No, sir.

12      Q      Is CKP an subsidiary of Grand Mart?

13      A      Yes, sir.

14      Q      How many stores does Grand Mart own?

15      A      10 stars Grand Mart owns right now.

16      Q      And where are those stores located?

17      A      You want the address or.

18      Q      No, just the states?

Page 6

050727tc.txt

19      A      Virginia, Washington D.C., and [PHED/]

20   [TKOE/] land.

21      Q      Who owns the remaining 49 percent of the

22   shares of CKP?

23      A      There is 3 different shareholders.

24      Q      What are their names?

25      A      Tony Chong and cunning Kim and [KWRAOUPB/]

G

8

1   shin.

2      Q      What percent of the 49 percent does Mr. Chong

3   own?

4      A      19 percent.

5      Q      And how about Mr. Kim?

6      A      19 percent.

7      Q      And how about Mr. chin?

8      A      12 percent.

9      Q      With respect to each of the stores that Grand

10   Mart owns in Virginia, D C, Washington D.C. and

11   Maryland.  They are land is Maryland.  ( are each of

12   those stores independent corporations?

13      A      Yes, sir.

14      Q      Does Tony Chong have any ownership interest

15   in Grand Mart?

16      A      No, sir.

17      Q      How about Mr. Kim?

18      A      No, sir.

19      Q      Does he have any ownership interest in Grand

20   Mart?

21      A      No, sir.

050727tc.txt

22    Q    Does Mr. shin have any ownership interest in

23  Grand Mart?

24    A    No, sir.

25    Q    Who owns Grand Mart?

G

9

1    A    Last name [KAEUPBG/] K A N G first name

2  minute M I N.

3    Q    Is Grand Mart a guarantor of CKP?

4    A    Yes, sir.

5    Q    Is it a guarantor of all of the obligations

6  of CKP?

7    A    Yes, sir.

8    Q    We are go to need the financial information

9  of Grand Mart?

10    A    Okay.

11    Q    We are going to need, not only their

12  financial information, balance sheet, income statement,

13  cash flow statement, but also information about who the

14  owners are of Grand Mart and their operators?

15    A    Okay.  I just told you that Mr. [KAEUPBG/] is

16  the owner of Grand Mart, he [HALS/] the 51 percent of

17  stock on our company, which is CKP [EUPBT/]

18  [TPHAORBL/], Inc.

19    Q    I understand that, but.

20    RIGHT1:  Asking for Mr. [KAEUPBGS/] ' experience

21  operating grocery stores?

22    A    Yes, sir.

23    Q    Okay.  Besides the Grand Mart stores, does

24  CKP have any other affiliate companies?

25    A    We have 1 more company I related as a share

050727tc.txt

G

1    older stock.

2        Q      Explain.

3        A      With Mr. Kim.  [STPHR/] [WHALS/] the name of

4    that company please?

5        A      International food system, C O ) [KWRUPB/]

6    Sunday said international put that N (.

7        Q      What is the relationship [TPWAOEPB/]

8    international food systems and CKP?

9        A      I have 30 percent of shareholder stock on

10   international food system and Michael Kim has 30

11   [PEFRS/] of share older in international food system.

12       Q      who is the owner of international foods, who

13   is the majority shareholder?

14       A      Michael Kim.

15       Q      My understanding sir from your testimony is

16   that Michael Kim owns 30 percent of international

17   [TPHAOD/] systems; is that correct?

18       A      Yes.

19       Q      And that you also own 30 perils of

20   international food systems; is that correct?

21       A      Yes, sir.

22       Q      who are the remaining stockholders, if you

23   know.

24       A      I don't know.

25       Q      Going back to Grand Mart for a second, do you

G

050727tc.txt

```
 1   know if the financial statements or the financial
 2   results of CKP are [KOPB/] [SAL/] [TKAED/] into 1
 3   balance sheet of Grand Mart?
 4        A    Yes.
 5        Q    [KR/] CKP is a subsidiary of Grand Mart; is
 6   that correct?
 7        A    Yes so the operating results, all the
 8   revenues that CKP makes it flows up to Grand Mart; is
 9   that correct?
10        A    [KWREU/] yes.
11        Q    So who are the ultimate purchaser of the
12   lease in question, is it Grand Mart or CKP?
13        A    Both of them will be both Grand Mart and CKP
14   will be going to the lease.
15        Q    Is Grand Mart willing to represent that it
16   will guarantee all of the obligations under the lease
17   that will be assigned to CKP?
18        A    Yes, sir.
19        Q    Can you tell me who or what is [PEB/] low
20   [TKEL/] [PHUPB/] [TKOE/] ( see exhibit for spelling (?
21        A    It should be [PHER/] car [TKOE/] [TKEL/]
22   [PEB/] low.
23        Q    Okay.  What is Mercado Del Pueblo?
24        A    That is the name of the grocery store owned
25   by CKP international food.
```

G

12

```
 1        Q    So I understand is that an existing grocery
 2   store?
 3        A    Yes, sir.
 4        Q    Will Mercado Del Pueblo be a guarantor of any
```

Page 10

050727tc.txt

5    obligations of CKP?

6        A    Mercado Del Pueblo is under the CKP

7    international foods corporation.

8        Q    Is Mercado Del Pueblo [KA/] [TKOE/] a

9    subsidiary -- strike that.  Is Mercado Del Pueblo a

10   subsidiary of international food systems?

11       A    No, CKP international food systems, d/b/a

12   Mercado Del Pueblo.

13       Q    So Mercado Del Pueblo is just doing business

14   as CKP?

15       A    Guess.

16       Q    Or actually CKP is doing business as Mercado

17   Del Pueblo?

18       A    Correct, sir.

19       Q    So CKP currently has 1 store; is that

20   correct?

21       A    Yes, sir.

22       Q    And you are now seeking to acquire this lease

23   to create another store; is that correct?

24       A    Yes, sir.

25       Q    Sir, if Mercado Del Pueblo slash C CKP have

G

                                                        13

1    any financial distress, will Grand Mart provide funds

2    to assist CKP?

3        A    Yes, sir.

4        Q    I'd like to talk briefly about the history of

5    CKP can you tell me the concept behind CKP?

6        A    CKP international Inc, we are trying to get

7    an international food grocery store, as much we can.

                        Page 11

050727tc.txt

```
 8    That is the big reason we establish CKP international

 9    food Inc.  One of the things we are trying to take the

10    Winn-Dixie at Chamblee, we are trying to convert to

11    grocery store as an international food.  That is the

12    main point we establish CKP international company.

13        Q    Anything else?

14        A    And the mother company, parent company, they

15    discussed on Washington D.C., Maryland and Virginia and

16    the owner of Grand Mart he has joined us to put many

17    stores as we can get in Georgia, that is the reason we

18    establish CKP international food.

19        Q    How do you know Mr. [KAEUPBG/]?

20        A    I was working with him [along|a long] time

21    ago.

22        Q    Where?

23        A    In Virginia.

24        Q    What company?

25        A    K A N G F A R M.
```

G

14

```
 1        Q    And what did [KAPBG/] farm do?

 2        A    They whole selling chicken and produce,

 3    supply to the rest [STRAUPBT/] and convenience store,

 4    they are a wholesaling company.

 5        Q    What did you do for [KAEUPBG/] farm?

 6        A    I was a salesman.

 7        Q    For every product that comes to rest

 8    [STRAUPBT/] and little [SRAOEPB/] store.

 9        Q    How large was [KAUPBG/] farm?

10        A    Financially or?

11        Q    Financially [HRAOE/] -- strike that.  What
```

Page 12

050727tc.txt

12    kind of revenues did [KAUPBG/] [KAUPB/] farm generate

13    what kind of [STAEULS/] did it have?

14        A    I don't have the numbers but I definitely

15    have the account, they are dealing with 4 hundred

16    different account, 4 hundred different store and a

17    restaurant.  They deliver every day.

18        Q    So it wasn't like a supermarket where a

19    consumer comes in it was more of a wholesale operation

20    where you went out and delivered product -- made sales

21    calls to rest [STRAUPBT/] and convenience stores and

22    then delivered the product to those stores?

23        A    That's correct ex-exactly.

24        Q    So besides Mr. Tony Chong, Mr. Kim and Mr.

25    shin and Grand Mart, are there any other owners of CKP?

G

                                                         15


1        A    No, sir.

2        Q    Now, how did CKP get the funds or what is the

3    source of the funds to start the CKP [EPBT/] price?

4        A    Grand Mart supports us over a million dollar

5    and I have share on international food systems.

6    Michael Kim has share of international food system and

7    shin, he got the funding from core re [KWRA/].

8        Q    How much money did Grand Mart give or

9    contribute to start up CKP?

10        A    1.3 million dollars.

11        Q    Was that I lone?

12        A    No, investing.

13        Q    So they had an equity [KOPB/] [TREUB/]

14    [PWAOUGS/] of 1.3 million dollars?

                        Page 13

050727tc.txt

15      A      Yes.

16      Q      Have there been any distributions to Grand

17  Mart with respect to their investment?

18      A      No, sir.

19      Q      Have there been any distributions at all to

20  any shareholders with respect to their investment in

21  CKP?

22      A      No.

23      Q      Do the investors have sufficient financial

24  where with all to make additional equity contributions

25  to CKP if there is financial distress at the company?

G

16

1      A      I don't understand what you are saying.  Can

2  you tell me 1 more time, sir.

3      Q      I apologize and I will rephrase it.  Is C is

4  CKP has negative events happen that affect its

5  operations, do the shareholders have sufficient money

6  to make the financial contributions to CKP to see them

7  through the rough times?

8      A      Yes, sirs 1 of them will be Grand Mart.

9      Q      Besides Grand Mart, do the other investors

10  have sufficient financial capabilities to make

11  additional equity investments?

12      A      I have no idea about that.

13      Q      Well, you are 1 of the investors, so do you

14  have additional money to invest?

15      A      In my case.

16      Q      In your case you do?

17      A      Yes, sir.

18      Q      How big, in terms of actual physical space,

050727tc.txt

19    is Mercado Del Pueblo?

20        A    90,000 square feet.

21        Q    Going back to financing for a second, I

22    believe in reading the documents, in particular the

23    business plan on international farms farmers market or

24    Mercado Del Pueblo, there was mention of an SBA loan (

25    Oregon for in question ( does CKP have an SBA loan?

G

17

1        A    No, sir.

2        Q    Does CKP have any loans outstanding?

3        A    No, sir.

4        Q    What kind of research has been done by the

5    company to determine whether the business model that

6    you are proposing is feasible in this area?

7        A    You mean the Chamblee area?

8        Q    Yes.

9        A    We research a demographic around 1 mile, 3

10    mile, 5 mile from Chamblee store.  We figure that 49

11    percent of residents within a 1 mile Hispanic and 50

12    percent was white people and 6.9 percent was black

13    people, that is the reason we like to put an

14    international [HRAOE/] grocery store on the Chamblee

15    store and Mercado Del Pueblo we also carry

16    international food and successfully we are doing a good

17    business on jimmy Carter place which is Mercado Del

18    Pueblo.  So Chamblee store will be a good place to open

19    international food grocery store for the 5 mile target

20    from Chamblee store.

21        Q    Okay.  So your analysis was simply to look at

Page 15

050727tc.txt

22    in concentric circles to look at the demographics

23    within those concentric circles is that it?

24        A    Yes, sir.

25        Q    Did you give any thought to the natural

G

18

 1    barriers between or within those 3 concentric circles.

 2    So there is a I believe there is a MARTA station there

 3    and the group you are trying to service lives on 1 side

 4    of the MARTA rail tracks?

 5        A    And the other store is on the other side of

 6    the March at that rail traction?

 7        A    Right.

 8        Q    Did you do any assessment to see whether in

 9    fact even though you have those concentric circles the

10    people you want to serve live a way from where the

11    store is located.

12            THE WITNESS:  We are operating as a farmers

13    market.  This is kind of how we operating our store.

14    We have more produce, meet and seafood than other

15    normal grocery stores.  So people will come to look for

16    fresh produce, fresh meet and fresh seafood.  We have

17    been experienced dealing with old produce vendor, meet

18    vendor seafood vendor, we have a good relationship with

19    them and we definitely can get fresh produce and meet

20    and seafood.  That way people will come to my place to

21    get it.  They will they don't want normal grocery

22    store, they want place something they can by fresh and

23    cheaper.  That is our main concept of operating

24    international food.  The people who can by --.

25        Q    Are you saying -- go [ahead|a head].
            Page 16

050727tc.txt

G

1    A    People who can by any grocery any store but
2  they keep looking for fresh food, they want to be
3  looking for something they can get right a way and they
4  want to look for something fresh food.
5    Q    So are you saying that say a [KROE/]
6  [TKPWER/] wouldn't sell fresh meets, produce and so
7  forth?
8    A    Pro [KROE/] [TKPWERS/] are 50 percent
9  expensive on same quality compared to [KROE/] [TKPWER/]
10 and international food, 50 [POERS/] of price is
11 [higher|hire] than our product.
12   Q    How are you able to get your prices solo in
13 comparison to say [KROE/] [TKPWER/]?
14   A    We go to the farm directly, order container
15 base, we have 10, 20 different farms around Georgia,
16 even California, even can in a [TKA/], everywhere.
17 Since Grand Mart has 7, 8 stores, we have purchasing
18 power and we send our truck to the farm directly and
19 get it from there to directly our every store, spread
20 out that way we still can get hire markup and a lower
21 retail prices.
22   Q    And will you continue this method of
23 operations once or if the lease is assigned to CKP?
24   A    Yes, sir, definitely I do.
25   Q    So are you operating or do you plan to

G

050727tc.txt

```
 1   operate a supermarket or more of a farmers market?
 2       A    More of a farmers market, international
 3   farmers market.  We are trying to carry of [AOE/]
 4   international item, [PHAEUPBL/] it will be produce and
 5   meet.  And seafood.
 6       Q    Okay.  I have I have some familiarity with
 7   farmers markets in New Jersey where I live.  If you say
 8   international farmers market, the image that comes to
 9   mind for me, sir, is to allow people who are from
10   international places to purchase foods and fruits and
11   [SREPBLG/] [TABLS/] that they ordinarily couldn't find
12   in say [KROE/] [TKPWER/] or shop right.  Is that the
13   kind of store you are trying to make happen in
14   Chamblee?
15       A    No, sir, it is a little bit different.  We
16   are going to carry.
17       Q    Please explain the difference.
18       A    We are going to carry of [AOE/] product which
19   means international means including Americans,
20   including everywhere.  Some different product we will
21   carry which [KROE/] [TKPWER/] can car re like
22   [SKWRAEU/] [PHA/] [KAEU/] and produce, Hispanic
23   produce, American produce, there is no limit on
24   produce.  Everywhere, every international people it is
25   the same produce.  The only thing let's put it this
```

G

21

```
 1   way, [KROE/] [TKPWER/] doesn't have some kind of
 2   produce we will carry it in our store.  So even though
 3   white people, black people, core even [KHAOEUPB/] niece
 4   people come shopping in our store, they will get
```

Page 18

050727tc.txt

5    everything they want in 1 place.  Better price and

6    better quality, you live in New Jersey you have

7    experience to shop in international or farmers market.

8        Q    I do.

9        A    So people --.

10       Q    No, I mean -- what I here hear you [SHAEUG/]

11   sir is you are going to have the same [KAOEUPD/] of

12   produce that [KROE/] [TKPWER/] sells or shop right

13   sells but you are also going to have additional produce

14   that I as a wed Indian might remember having in the

15   islands as opposed to not being able to have that -- as

16   opposed to not be able to purchase that same produce in

17   shop right or [KROE/] [TKPWER/]?

18       A    Correct, sir.

19       Q    Is that the business you are trying to get

20   into?

21       A    Yes , sir.  And most of [KROE/] [TKPWERS/]

22   and shop right, they doesn't carry life seafood, they

23   don't carry life fish he is.  And we are going to put a

24   service case.

25       Q    You are going to put a what?

G

22

1        A    A service case as a seafood and we are going

2    to directly serve to the customer.  When customer comes

3    to the store they look for certain pound of fish he is,

4    the [KROE/] [TKPWER/] shop err they only packing and

5    put it in the cooler.  So some people want this much of

6    seafood, they have to get a whole package but when we

7    try to put it in service carrier we put [SHEUPL/]

Page 19

050727tc.txt

```
 8   [-PS/] if customer wants 2 pounds we service and put in
 9   2 pound bag and give it to the customer, what they
10   want.  The fish too, when they we will get a fish, if
11   customer wants it we cut the tail, if that is what they
12   want, give it to the customer right a way in front of
13   them.  That way we make customer happy.
14        Q    Okay.  When you do what you just described
15   with the fish, will that be by an employee of the store
16   or is that a [SUB/] 10 [APBT/] or [SUB/] lessee?
17        A    Employee of our store.
18        Q    What other kind of merchandise will be sold
19   in the store?
20        A    Generally --.
21        Q    If you were to jet this lease, what other
22   kind of merchandise would you sell in the store?
23        A    An example, the snacks from core [AOE/]
24   [KWRA/] and the [TPHAOD/] also from core re [KWRA/],
25   and Chinese food, every international food, definitely.
```

G

                                                    23


```
 1        Q    Okay.  Besides international foods, is there
 2   anything else that you are going to sell?
 3        A    Pretty much everything international.  House
 4   [WAEUR/].
 5        Q    Such as what?
 6        A    Such as pans, Friday pans and such as
 7   [SPAOPBS/] and something like house [WAEUR/].
 8        Q    What about music equipment?
 9        A    Music equipment?
10        Q    Radios?
11        A    Actually we never trying to put that --.
```
                        Page 20

050727tc.txt

```
12      Q     In your store -- hang on a second, sir.  In
13   your store, in Mercado Del Pueblo do you sell radios?
14      A     No, sir.
15      Q     Do you sell speakers?
16      A     We have a [SUB/] 10 [APBT/] who sells awed
17   [KWROES/] and speakers, something like that those
18   things.
19      Q     And the [SUB/] 10 [APBT/] pays rent, I take
20   it?
21      A     Yes.
22      Q     Okay.  Will you also have [SUB/] 10 ants at
23   the store that you are trying to acquire?
24      A     On Chamblee store?
25      Q     Yes.
```

G

                                                    24


```
 1      A     I don't think it will be a [SUB/] 10 [APBT/]
 2   because space is too small compared to Mercado Del
 3   Pueblo.
 4      Q     At Mercado Del Pueblo do you have [SUB/] 10
 5   ants just because you don't have enough volume of
 6   merchandise?
 7      A     No, sir, that is not it --.
 8      Q     To fill the store?  Why do you have [SUB/] 10
 9   ants in Mercado Del Pueblo?
10      A     Those things has their own information and
11   they need to have a more consent about their product.
12   That is the big reason we sublet those kind of general
13   items.
14      Q     Right, but instead of [SUB/] leasing why
```

050727tc.txt
15    don't you put out more merchandise, that is grocery

16    store or farmers market type products?

17        A    Since we have 9,000 square feet, we are using

18    6,000 square feet as a grocery side and 20,000 square

19    feet as a food court and a little bit of [SUB/] 10

20    [APBT/] area which is a clothes shop and a beauty is a

21    lone and jewelry shops.  So people, if they come to my

22    play my place, Mercado Del Pueblo they can stop 1 shop,

23    if they want a lunch, they can come into my store while

24    they are shopping, they can have lunch they can

25    shopping around getting like you say, radio and clothes

G

25

1    and jewelry.

2        Q    I am sorry I thought you said it was 90,000

3    square feet it is only 9,000 square feet at Mercado Del

4    Pueblo?

5        A    90,000 square feet.

6        Q    90,000?

7        A    90,000 square [PAOET/].  It used to be Kmart.

8        Q    Okay.  Thank you very much.

9        A    Thank you.

10        Q    Can you describe, sir, how you propose to

11    layout the store in Chamblee?

12        A    Chamblee store, we have too much shelving, we

13    need more space for the produce section to carry every

14    produce.  They don't carry every produce in win

15    [TKEUBGS/] I right now.  That is the main thing --

16    okay.  When we go to shopping, start out with produce.

17    So we need to put a lot of produce show up to keep

18    customer happy to start shopping.  So we need more
          Page 22

050727tc.txt

19    space for the produce section and Winn-Dixie right now

20    had a problem with the light, the lights too dark in

21    that Chamblee store.  The bright has to be doubled than

22    right now that way the product appear, make customer to

23    take it to the shopping cart.  Right now the light

24    systems are no good ( Winn-Dixie is win [TKEUBGS/] I (

25    all the products looks like dead.  So we need to put

G

26

1    more lights in there and we also try to [REPB/]

2    [SRAEG/] mid section and making a seafood section as

3    and put a service case to service to customer directly,

4    as I mentioned, if they want certain pound of meet,

5    certain different kind, we will cut it in front of the

6    customer and put it in the bag and put a tag and give

7    it to them.  So I am trying to make seafood service

8    section and a meet service section.

9         Q    What about areas for regular shelving of

10   merchandise, what will you do for that?

11        A    We are dividing international [HRAOE/],

12   people who was buying Chinese product we are using a 1

13   shelving, 1 aisle for the Chinese products, that way

14   [WAOEPL/] realize where [KHAOEUPB/] niece product at

15   they go directly and they get that from that aisle.  So

16   we are trying to put every international items.

17        Q    [WHRA/] do you think will be the cost to

18   renovate the store in Chamblee according to the

19   business that you want to conduct there?

20        A    Cost is that what you are saying sir, cost?

21        Q    Yes.  What do you think it will cost to redo

Page 23

050727tc.txt

22    the lighting and have a seafood and meet service areas

23    and improve the produce [SEUS/] place so that the store

24    can be [ALS/] you envision it?

25        A    We are looking at about 3 hundred thousand

G

27

1    dollar for all the [REPB/] [SRAEG/] at Chamblee store.

2        Q    And does CKP have 3 hundred thousand dollar

3    to make that investment currently?

4        A    Yes, sir.

5        Q    Where are those funds located?

6        A    Grand Mart has it.

7        Q    So you are expecting Grand Mart to contribute

8    an additional 3 hundred thousand dollar to renovate the

9    store; is that correct?

10        A    Yes, sir.

11        Q    Has Grand Mart agreed to make that

12    contribution?

13        A    The Grand Mart has 51 percent on Chamblee if

14    we have the store.

15        Q    Yes but have they agreed to invest an

16    additional 3 hundred thousand dollar for the

17    renovations?

18        A    Yes, sir, I was in Virginia 2 days ago to

19    talk about that.

20        Q    And did they agree?

21        A    They agreed, sir.

22        Q    And will that be alone or an equity

23    investment?

24        A    Equity investment, sir.

25        Q    So far with respect to your balance sheet or

Page 24

050727tc.txt

G

28

1    CKP's balance sheet, you have told me that CKP has no

2    outstanding debt, no outstanding loans; is that

3    correct?

4        A    Yes, that's correct.

5        Q    And all of the funds are in the form of

6    equity investments; is that correct?

7        A    Correct, sir.

8        Q    Is there any time table to provide the

9    investors with a return on their [EUP/] [SRES/]

10   [-PLT/] -- let me rephrase the question.  Is there any

11   time table to make a distribution to investors?

12       A    No, sir.

13       Q    Sir, I want to talk to you now about the

14   financial condition of CKP.  And for that miss

15   reporter, if you could give Mr. Chong a copy of the

16   [TKEUBG/] [HRA/] [RAEUGS/] and mark that as Exhibit No.

17   2.

18   BY MR. EDWARDS:

19       Q    Mr. Chong the reporter has handed to you what

20   has been mark as Exhibit No. 2.  Do you recognize

21   Exhibit No. 2?

22       A    Yes, sir.

23       Q    Did you prepare Exhibit No. 2?

24       A    Yes, sir.

25       Q    Is this your declaration, sir?

G

29

050727tc.txt
1      A    Correct, sir.

2      Q    I would like you to go to the second to last

3  page, which is the balance sheet.

4      A    Yes.

5      Q    My first question sir is who prepared this

6  balance sheet?

7      A    Our C.P.A. prepared this balance sheet.

8      Q    And who is your C.P.A., sir?

9      A    Last name Choi C H I O I mean C H O I First

10  name bruise.

11      Q    And which firm does Mr. Choi work for, sir?

12      A    They do all the work for Grand Mart and CKP.

13      Q    Is he 7 employed or does he work for a

14  company, is Mr. Choi 7 employed or does he work for a

15  company?

16      A    I am trying to get his information right

17  now.  I believe he is working with a company.

18      Q    What is the name of the company that he works

19  for?

20      A    I don't have it with me right now, sir.

21      Q    Can you provide that information, please.

22      A    Yes, sir.

23      Q    Now, I notice in looking at the balance sheet

24  sir, on these financial statements, there was no

25  certification as to the accuracy of the information

G

                                                    30


1  contained in them.  ( certificate at this if I

2  [KAEUGS/] ( were these financial statements prepared in

3  accordance with generally [ABG/] accepted accounting

4  principals?

                        Page 26

050727tc.txt

5       A    Yes.

6       Q    Do you know what generally accepted

7   accounting principle pals are?

8       A    No, sir, every financial matter is taken care

9   of C.P.A.'s.

10       Q    Let me back up, sir.  Let's go back to the

11   declaration.  Did you draft this declaration, did you

12   write this document?

13       A    Yes.

14       Q    You typed it yourself?

15       A    No, no, sir.

16       Q    Who prepared this document?

17       A    Okay, this document prepare for [AL/]

18   ex-[HRAOE/], I believe.

19       Q    I would like you to go to page 2, paragraph

20   6.  -- I am sorry, page 3, paragraph 7.

21       A    Okay.

22       Q    Are you there?

23       A    Yes, I am there.

24       Q    And I would like you to look at the last

25   sentence.

G

                                                        31


1       A    Okay, I read it.

2       Q    Okay.  The last sentence says that the

3   financial statements in exhibit B have been prepared in

4   accordance with generally accepted accounting

5   principals and fairly and accurately represent the

6   financial condition and operating results of the

7   purchaser for the time periods specifying."  Now you

Page 27

050727tc.txt

8    declared or you are the did he layer [APBT/] or after

9    [AOE/] [KWRAPBT/] in this document saying that these --

10   that the financial information contained herein is

11   accurate.  Do you still stand by that?

12       A    Yes.

13       Q    Do you know whether they have been prepared

14   in accordance with generally accepted accounting

15   principals?

16       A    No, sir [STPHR/] who would no whether these

17   financials were prepared in accordance with generally

18   accepted accounting principals, would that be Mr. Choi?

19       A    Yes, sir.

20       Q    I will need Mr. choice ' contact information,

21   I will need a phone number for him or some way for me

22   to reach him?

23       A    I will prepare it.

24       Q    Can we get it right now?

25       A    Go [ahead|a head] .

G

32


1        Q    When the deposition is over, you can provide

2    that information to me?

3        A    Okay [BGS/] sir.

4        Q    Let's take a look at the balance sheet on the

5    section called assets.    I want to talk to you about

6    current assets.  Do you see the 3 entries for cash

7    under current assets?

8        A    Yes.

9        Q    Do you see that each of those entries have a

10   [PA/] then they [SEUS/] around them?

11       A    Yes.

Page 28

050727tc.txt

12      Q    And do you understand, sir, that that means

13   that that is a negative number?

14      A    Yes.

15      Q    Okay.  Can you explain what that means on

16   this balance sheet?  Why is cash reflected as a

17   negative number on the balance sheet but yet it is

18   described as an asset?

19      A    Can Mr. Choi [BGS/] plane about this 1, sir?

20      Q    I am going to ask the same question to Mr.

21   Choi but since you were here I was hoping you could

22   answer it?

23      A    I have no idea about this 1.  I think Mr.

24   Choi -- Mr. Choi will answer you clearly on this 1.

25      Q    If you look at the bottom where it says

G

                                                      33


 1   deposits and then below that it says due to slash from

 2   stockholders, do you see that?

 3      A    Yes.

 4      Q    The entry is 3 hundred 62 thousand dollar

 5   roughly, what does that mean?

 6      A    Also I have no idea on this 1, Mr. Choi will

 7   answer this 1 clearly too.

 8      Q    Do you understand the concept of working cap

 9   [TPAL/] [TAL/]?

10      A    Yes.

11      Q    Okay.  In your mind, what does working

12   capital mean?

13      A    Working capital means cash.

14      Q    Cash do your business right?

                        Page 29

050727tc.txt

15      A      Yes, sir.

16      Q      Okay.  It appears that the company has

17  negative working capital.  Can you explain what that

18  means or can you explain why that is?

19      A      You mean according to this balance sheet, we

20  have negative cash flow.

21      Q      I am not really talking about the cash flow,

22  I am just talking about working capital, in other

23  words, it is money to do your business on a short term

24  basis.  And it [SAOEPS/] that that number is negative.

25  I just wanted to know what your explanation was for

G

34

1   that?

2       A      On this March on this matter I need to talk

3   with Mr. Choi.  It is it was my understanding we have

4   enough capital to operate under Mercado Del Pueblo.  My

5   mistake was I didn't look close on this balance sheet.

6   I just put in what you were requesting and gave it to

7   you.  So I also need to talk to Mr. Choi about this 1.

8   Type 1 side B now.

9       Q      Let's move forward then.  Under the entry for

10  the heading property and equipment you have an entry

11  for lease hold improvements in the amount of 8 hundred

12  25,000 9 hundred 50 dollars N neck check number ( can

13  you tell me what that means, sir?

14      A      ( see exhibit (.  Do you see the entry, the

15  lease hold improvements?

16      A      I am seeing right now but -- this 1 I need to

17  talk with Mr. Choi, I don't know about this number.

18      Q      Okay.  The entry below that it says A CKP U I

Page 30

050727tc.txt

19    think it is accumulated depreciation, 9 thousand

20    dollar.  What is being depreciated, sir?

21         A    I have no answer on this 1, too.

22         Q    Equipment, you have an entry for equipment at

23    9 hundred 11 thousand dollar, approximately.  What type

24    of equipment are you referring to there, sir.

25         A    That looks like coolers and all the equipment

G

35

1    we need to operating with a grocery stores.

2         Q    Okay.  And how was the value of 9 hundred

3    thousand dollar reached with respect to that equipment?

4         A    That is how much we investing when we opened

5    Mercado Del Pueblo for the equipment.

6         Q    Were those equipment purchases new?

7         A    Some of them were new and some were used,

8    sir.

9         Q    Well, how much of it was new?

10         A    1 third of this number were new, so around --

11    yeah, 1 third of this amount will be new equipment.

12         Q    Okay.  So about 3 hundred,000 of this is new?

13         A    Yes, sir.

14         Q    The remaining 6 hundred thousand dollar, sir

15    of this equipment, how was a [SRAL/] hue derived for

16    that used equipment?

17         A    The equipment has used equipment.  I have

18    paperwork all [WHRA/] we bought the used equipment, so

19    the company makes the price on all the used equipment

20    price according on book value.  Okay.

21         Q    Let's turn to the next page, discussing

Page 31

050727tc.txt
22   liabilities.  There is an entry for current liabilities

23   and understand that heading there is accounts payable

24   which is about a million 0 thousand dollar.  What  does

G

25   the accounts payable relate to, sir?

36

1        A    We have more than 70 vendors supplied supply

2    product to us.  We have 2 weeks time mostly so every 2

3    weeks we have to pay to every vendor.  That is how much

4    we have to pay every 2 weeks, to the 60, 70 vendors.

5        Q    So I just [-PBT/] want to be sure I

6    understand what you are saying.  The million 80

7    thousand dollar reflects payments that must be made to

8    approximately 70 vendors every 2 weeks?

9        A    Yes, every 2 weeks and 3 weeks.  Some vendors

10   we have 2 weeks time and some vendors we have 3 weeks

11   time.

12       Q    When percentage of the 70 vendors, how many

13   vendors are on 12 week terms and how many are on 3 week

14   terms?

15       A    Around -- okay.  Let's put it this way sir,

16   meet vendor will be 2 weeks and other vendors will be 3

17   weeks.

18       Q    [*/] [*/] -- meet and produce vendor we have

19   to pay in 2 weeks, other than that we have to pay with

20   3 weeks.

21       Q    Are you current with your vendors, is CKP

22   current with their [SREPB/] doctors?

23       A    Yes.

24       Q    Have you had any did he link Wednesday sees?

25       A    No, sir.

                        Page 32

050727tc.txt

G

1      Q      So you have paid every vendor on time?

2      A      On time, sir.

3      Q      Have you paid your rent on time?

4      A      On time, sir.

5      Q      Account payable we have a hundred thousand

6    dollar pay to Grand Mart, we get from Grand Mart, which

7    is 8 hundred thousand dollar worth of product ( it is 8

8    hundred (, the product we get from Grand Mart.

9      Q      8 hundred,000 what?

10     A      The product we get from Grand Mart.  This 1

11   we can call investment.

12     Q      Okay.  Now are you saying, sir that 8 hundred

13   thousand dollar of the million 80 thousand dollar is

14   payable to Grand Mart?

15     A      Correct, sir.

16     Q      And are those on 2 weeks terms or 3 we can

17   terms?

18     A      There is no terms on that, sir.

19     Q      But Grand Mart is considered to be a vendor

20   in that case; is that correct?

21     A      Yes, sir.

22     Q      So 69 of your vendors are owed roughly 3

23   hundred thousand dollar?

24     A      Correct, sir.

25     Q      And is Grand Mart considered to be a meet

G

050727tc.txt
1  vendor, meet, fish vendor or are they something else?

2      A     They are something else.

3      Q     What is that something else?

4      A     Which is Chinese food and dry food,

5  international food, dry international food.

6      Q     Does Grand Mart also provide meet to CKP?

7      A     No, sir.

8      Q     Fish?

9      A     No, sir.

10     Q     So just none per I shall [BL/] goods?

11     A     Correct, sir.

12     Q     Looking at the document again, sir, there is

13  an entry for stockholders equity.  It says retained

14  earnings, 22 hundred 87,000 2 hundred 8 dollars and 48

15  cents and there is a parenthesis around that can you

16  tell me [PHA/] what that references sir ( check number

17  (?

18     A     I am not sure about that but my knowledge

19  that looks like we are getting from [SEUF/] I lease

20  places.

21     Q     So that is rent from [SUB/] 10 ants ( in

22  answer [SUB/] [TEB/] [APBT/]?

23     A     I believe that but I would [TPHAOEUD/] to

24  talk with Mr. Choi on this [WUB/], too.

25     Q     Just turning back to the asset section, sir,

                                                    39

G

1  besides the assets that are listed in the assets

2  section of this balance sheet, does CKP have any other

3  assets?

4      A     No, sir.
                         Page 34

050727tc.txt

```
 5        Q    And looking at the liability section, but
 6    sides what is on the liability section, sir, does CKP
 7    have any other liabilities, that is not stated here?
 8        A    No, sir.
 9        Q    So this balance sheet reflects the financial
10    condition of CKP as of May 31, 2005 correct?
11        A    Correct, sir.
12        Q    Okay.  It is now the end of July, have there
13    been any significant changes to the CKP balance sheet
14    since this balance sheet dated May 31, 2005 was
15    prepared?
16        A    No changing.
17        Q    Let's look to the previous page for the
18    income statement.
19        A    Yes, sir.
20        Q    I just want to focus, sir on the bottom item
21    which is the operating income.  Do you see that.  It
22    says you have 16,000 or CKP has 16,000 7 hundred 80
23    dollars of operating income for the first 5 months of
24    2005.  Do you see that?
25        A    Yes.
```

G

40

```
 1        Q    Okay.  First of all, is this accurate?
 2        A    Yes, sir.
 3        Q    Let's say, Mr. Chong the air conditioning
 4    system at the Chamblee plaza store were to fail and you
 5    had to replace the air conditioning system, and it
 6    costs more than 16 thousand dollar to do so, let's say
 7    it costs $50,000, how would CKP address that issue?
```

050727tc.txt
```
 8     A    We fix it.

 9     Q    How where would you get the money to do it?

10     A    We have a company we already made a contract

11  and we pay by monthly [W-RBGS/] which is the name of

12  has man.

13     Q    I don't understand your answer.

14     A    We already made a contract with some people

15  because since we had we have 2 store right now which is

16  Mercado Del Pueblo and the other 1 international food

17  systems, we hire him and we pay him every month.

18     Q    Sort of like a retainer?

19     A    Yes, sir.

20     Q    If your bill is $50,000 to fix your air

21  conditioning system and I understand it gets pretty hot

22  in Georgia how would you go about handling that

23  financial situation?

24     A    Where would you get the money to fix the air

25  conditioner if you had to get it fixed?
```

G

```
 1     A    We would get it from CKP if we have some more

 2  extra money to put in Chamblee store to fix the air

 3  conditioning.

 4     Q    No I want you to understand what I have asked

 5  you is a hypothetical it has hasn't I don't expect it

 6  to happen, I am trying to find out how CKP will address

 7  situations as they come up that may negatively impact

 8  the company.  So in my hypothetical the air conditioner

 9  has broken it is Georgia it is hot you have produce you

10  have fish you have meets and so forth.  Where would you

11  get the funds to make the repairs necessary?
```

050727tc.txt

12      A    Let's put it, I will get it from my bank

13  account I mean, sir, that question, it should -- it

14  should be 2,000 damage, it won't be like $50,000 damage

15  on an air conditioning.  I mean, actually I don't know

16  I am misunderstand standing your question but.

17      Q    No no, I am simply trying to find out what

18  CKP would do if it had some kind of financial emergency

19  see that required it to spend more than 20 thousand

20  dollar for example to address that emergency because

21  your operating income for the past 5 months or for

22  January through May of 2005 is only 16 thousand dollar?

23      A    Oh, okay.  I understand your.  I would look

24  to Grand Mart to put some more money on our Chamblee

25  project if that happened.  CKP cannot cover it,

G

                                                              42

1  according to you say if it is more than that -- the

2  [PRORB/] is more than that, the cost is more than that,

3  CKP cannot cover that amount, that situation I will go

4  look for Grand Mart to put some more money to the

5  Chamblee store to serve the problem.

6      Q    Does CKP have a line of credit with any

7  financial institution?

8      A    No, sir.

9      Q    So the only stores of additional funds were

10  or the primary source of additional funds that CKP has

11  is Grand Mart?

12      A    Correct, sir.

13      Q     is that correct?

14      A    Correct, sir.

                      Page 37

050727tc.txt

```
15      Q      Has CKP sought to get any kind of loans from

16   any financial institutions?

17      A      No, sir.

18      Q      I would like you to turn to page 2 of the

19   declaration, paragraph 6.

20      A      Okay.

21      Q      Okay.  Paragraph 6 reads in part, with

22   respect to each of the assigned contracts which would

23   include the lease that you are trying to acquire -- the

24   sources of rent and other consideration do under such

25   assigned contract will be from the operations of the
```

G

43

```
1    store located on the property.  And if necessary, from

2    other business operations of the purchaser. " the first

3    part of my question, sir is, where or will the store

4    generate sufficient funds to cover its rent obligations

5    to the landlord?

6       A      Grand Mart.

7       Q      No, will CKP generate sufficient funds to

8    cover its rent obligations to the landlord?

9       A      Can you explain 1 more time about that

10   paragraph, I don't really understand on that question

11   right now.

12      Q      Where is CKP going to get the [PHPB/] [AOE/]

13   to pay the rent to the landlord?

14      A      By operating on Mercado Del Pueblo.

15      Q      The store that will be in Chamblee if you get

16   it, will that be Mercado Del Pueblo?

17      A      No, it will be Grand Mart.

18      Q      I am confused.  I thought Grand Mart was a
```

Page 38

050727tc.txt

19   store or a number of stores that were in Virginia,

20   Maryland, and district of [KHRUPL/] [KWRA/].  I thought

21   CKP was going to be operating a store in Chamblee plaza

22   or hope to operate a store in Chamblee plaza and you

23   have an affiliate relationship with international foods

24   systems.  So can you explain to me again who is going

25   to be in Chamblee plaza if you get this lease.

G

44

1        A    Okay, I already talked to the owner of Grand

2    Mart and Grand Mart will invest 51 percent to get the

3    Chamblee store.  So he has all the responsibility on

4    the Chamblee store.  So the sign, the store name will

5    be Grand Mart.

6        Q    Is it Grand Mart doing business as CKP?

7        A    Yes, he has 51 percent of shareholder in CKP

8    international company.

9        Q    All right.  So is it your testimony then that

10   the rent will be paid based upon the operations of the

11   facility in Chamblee plaza?

12       A    -- strike that.  Let me rephrase the

13   question.  CKP will operate a store in Chamblee plaza;

14   is that correct?

15       A    Yes.

16       Q    And as part of its expenses, CKP will pay

17   rent to the landlord; is that correct?

18       A    Right.

19       Q    And so is it fair for me to say, sir, that

20   CKP's operations, the sales that it generates will be

21   the source of revenues to pay the landlord its rent?

Page 39

050727tc.txt

22      A      Correct.

23      Q      Paragraph 6 also says that, there other

24   business operations that may be a source of payment of

25   rent to the landlord.  What are those other sources of

G

45

1   operation?

2      A      Right now there is no other source to pay the

3   operation paid to the rent fee, I guess.

4      Q      Okay.   You had mentioned earlier sir that

5   you discussed Mercado Del Pueblo.  I want to be clear.

6   Mercado Del Pueblo is a store that currently exists at

7   552 [PAOEFP/] tree industry [KPWRAL/] boulevard; is

8   that correct?

9      A      No, sir, 49.

10      Q      I am sorry, what is the address of Mercado

11   Del Pueblo?

12      A      4975 jimmy Carter, sir.

13      Q      So the information that was forwarded to my

14   office yesterday, which is titled Mercado Del Pueblo

15   international farmers market, that is what the space

16   will be called if you get the lease; is that correct?

17      A      Yes.

18      Q      .

19      MR. EDWARDS: Madam reporter, can you [HAPBT/] Mr.

20   Chong Exhibit No. 3 which is Mercado Del Pueblo.

21   BY MR. EDWARDS:

22      Q      Mr. Chong, the reporter has handed you

23   Exhibit No. 3.  Do you recognize Exhibit No. 3?

24      A      Yes.

25      Q      What is it take your time and go through it

050727tc.txt

G

1    if you want to.

2        A    Sir, this is a business plan when we get the

3    Chamblee store, this is how we will do business in the

4    Chamblee store.

5        Q    That was my question.  Was this the business

6    plan for the Chamblee space?

7        A    Correct, sir.

8        Q    On page 5, section 4, it talks about cash

9    flow projections. , do you see that?

10       A    Yes, sir.

11       Q    It references a 1.5 million dollars of

12   initial start up costs.

13       A    Yes, sir.

14       Q    What is the source of the 1.5 million

15   dollars, where is that money coming from?

16       A    Grand Mart, sir.

17       Q    And does CKP currently have that money in its

18   bank account?

19       A    No, sir, not in CKP.

20       Q    Where is it then?

21       A    Grand Mart has it.

22       Q    And in your view, is the 1.5 million dollars

23   sufficient to purchase all of the in [SREPB/] tree at

24   the store?

25       A    It costs for the starting up, sir.

G

050727tc.txt

```
 1      Q     Okay.  What does CKP intends to do with the
 2    existing in [SREPB/] tree at the Chamblee plaza store?
 3      A     We are going to keep it in Chamblee store.
 4      Q     What about the employees, what do you intends
 5    to do with those individuals?
 6      A     We are considering trying to hire like 35
 7    percent where they are working at right now, the save
 8    right Chamblee places.
 9      Q     In fact 75 dollar per square feet of sales
10    for the first year, do you see that?
11      A     Yes.
12      Q     What is the basis for that assessment, sir?
13      A     It is based on Mercado Del Pueblo.
14      Q     How do you know that you can achieve that
15    number of 75 dollars per square feet of sales per year?
16      A     That is what we are doing at Mercado Del
17    Pueblo, sir.  We are doing actually more than that but
18    according to the space in Chamblee, we figure that 75
19    [DZ/] per square feet sells in the first year at the
20    Chamblee store.
21      Q     How far is your facility or your store on
22    Jimmy Carter Boulevard from the proposed location here
23    in Chamblee, Georgia?
24      A     6 miles driving, sir.
25      Q     And what are the demographics of the store on
```

G

                                                48


```
 1    jimmy Carter highway?
 2      A     38 percent -- go [ahead|a head]?
 3      A     38 percent of his panics and 30 percent of
 4    international and then also white and black People's.
```
                        Page 42

050727tc.txt

```
 5      Q     Do you believe, sir that an additional store
 6   will saturate the market?
 7      A     Yes, it is pretty much similar on jimmy
 8   Carter store.  I also live in Chamblee.  I live in
 9   [TKUPB/] wood [AOE/] which is 2 minutes from Chamblee
10   store, sir.
11      Q     And in your view, sir, you don't think that
12   the target market will be just as inclined to go over
13   to your store on gym I Carter highway?
14      A     No, sir.
15      Q     Is it too far away?
16      A     It is kind of too far away.
17      Q     Do most of your customers drive to the star?
18      A     Yes.
19      Q     And would most of the customers drive to the
20   store here in Chamblee, gorge [TKPWOPBLG/]?
21      A     Correct, sir.
22      Q     Or with or would it be the case they would
23   fake public transportation?
24      A     Maybe bus or subway.
25      Q     Turn to the next page of exhibit 3 which is a
```

G

                                                    49


```
 1   cash flow projection sheet.  You anticipate growing
 2   such that by July of 2 [HF/] 6 the store would generate
 3   about 1 hundred 25 [DZ/] per square feet.  what is the
 4   basis of your assumption, sir?
 5      A     It is based on the Mercado Del Pueblo, sir.
 6      Q     Is Mercado Del Pueblo doing 1 hundred [25DZ/]
 7   per square feet, currently?
```

Page 43

050727tc.txt

8      A     I believe we are doing more than that, sir.

9      Q     [WHRA/] is the per square feet -- strike

10     that.  [HOUF/] how much [STAEULS/] per square feet are

11     you doing at the jimmy Carter highway store?

12     A     We do more than around 130, sir.

13     Q     I would like to go back, sir, if you would to

14     Exhibit No. 2. , again, page 2, paragraph 6.

15     A     Exhibit No. 2?

16     Q     Page 2 number 6, Paragraph No. 6.

17     A     Okay.

18     Q     Okay.  Paragraph No. 6 [UB/] subsection B,

19     you declare that to the best of your knowledge, to the

20     best of my knowledge information and believe, the

21     financial condition on operating performance of the

22     purchaser are similar to or better than the financial

23     condition and operating performance of the debtor 10

24     [APBT/] of such store and its guarantors if any, as of

25     the time such debtor or its predecessor in interest

G

50

1      became lessee of such store ( B E L I E F.  Do you

2      recall reading this before you signed the document?

3      A     I think I remember this, sir.

4      Q     Do you know what it means?

5      A     Yes, sir.

6      Q     Can you tell me what you think it means?

7      A     My knowledge that our current store financial

8      condition has to be better than what Winn-Dixie does;

9      is that right, sir?

10     Q     Your current financial condition has to be

11     similar to or better than Winn-Dixie's financial

Page 44

050727tc.txt

12    condition when Winn-Dixie entered into the lease in

13    1983.

14        A    Correct, sir, that is what I explain to you

15    right [TPHOEU/] now.

16        Q    Okay.  Did you compare CKP's financial

17    condition to Winn-Dixie's financial condition in 1983?

18        A    No, sir.

19        Q    Did you compare Winn-Dixie's or CKP's on

20    [RAEG/] performance to Winn-Dixie's operating

21    performance in 1983?

22        A    I don't have any information on Winn-Dixie

23    for 1983.

24        Q    So you have no basis for the representation

25    that CKP's financial condition is better than

G

                                                            51

1    Winn-Dixie's in 1983?

2        A    No idea, sir.

3        MR. EDWARDS: Madam reporter, can you mark and

4    introduce as Exhibit No. 4 the Winn-Dixie 10 K for

5    1976.

6        MR. EDWARDS: Exhibit No. 4 was marked for

7    identification.

8    BY MR. EDWARDS:

9        Q    I think I mentioned Winn-Dixie's financial

10    information as 1983 I meant 1976.  I misspoke, I just

11    wanted to [KHRAEUR/] [TPAOEU/] that.

12    BY MR. EDWARDS:

13        Q    Turn to the third page of Exhibit No. 5 and I

14    would also like you to keep open Exhibit No. 2.  On

050727tc.txt

15  Exhibit No. 2, I would like you to turn to the section

16  involving your income statement.

17      Q    So that is page 3 of Exhibit No. 4 ( not 5

18  but 4 ( and on Exhibit No. 2 I would like you to look

19  at the income statement to your deck [HRA/] [HRAEUGS/]

20  [RAEUGS/].

21      A    What page on Exhibit No. 4?

22      Q    Yes, on Exhibit No. 4 I would like you to

23  look at the third page, not the numbered page but the

24  third page.  It says [KOPB/] [KOL/] [TKAED/] statement

25  of earnings.  Do you see that it says Winn-Dixie stores

G

52

1   ink consolidated statement of [EFRPBGS/] June 26, 1976

2   and June 28, 1975.  And at the bottom of the page it

3   has the number 7.  Let me know when you are there.

4   [STPHPLT/] check quote ) check second page of Exhibit

5   No. 4 (.

6       Q    And do you have the income statement that is

7   attached to your declaration?

8       A    Got it.

9       Q    Now, win [TKEUBGS/] east ' financial

10  statements are reflected in thousands.  So if you look

11  at the net sales of Winn-Dixie, you will see that they

12  had sales of 3 billion 2 hundred 65 million 9 hundred

13  16 thousand dollar.  If you look at exhibit 2 sales for

14  CKP for the first 5 months of 2005 is only 6.7 million

15  dollars.  The comparison is not quite equal, is it?

16              (Exhibit 2 was marked for

17              identification.)

18      A    Is this Winn-Dixie Chamblee store or --

                    Page 46

050727tc.txt

19      Q     This is all of Winn-Dixie.   All the

20   Winn-Dixie

21   stores.

22      A     Sir, if you go by all of Winn-Dixie

23   financial statement, who will be getting Winn-Dixie

24   right now, Do I have a question that way?

25      Q     Well, is your response that no companies

G

53

1    would satisfy the financial condition requirement in

2    order to to have a lease assigned to it, is that your

3    point?

4       A     Sir, how many win do you know how many

5    Winn-Dixie do you have stores you have in the United

6    States?

7       Q     [KROE/] [TKPWER/] would probably qualify,

8    shop right, path mark --

9       A     So that means we don't have to do this 1.

10      Q     No, I am trying to get information -- I am

11   trying to understand your statement in your declaration

12   that CKP's financial condition is similar to or better

13   than Winn-Dixie's financial condition when it entered

14   into the lease?

15      A     I understand that part, sir.

16      Q     And what I have tried to show you is based

17   upon the financial statements of Winn-Dixie that there

18   is really know comparison, your company, CKP is in fact

19   not similar to or better than Winn-Dixie's financial

20   condition when entered into the lease in 1976, would

21   you agree with that?

050727tc.txt

```
22      A    I will agree with that [FPLGT/].

23      Q    I don't want to belabor the point but if you

24   go to the next page on Exhibit No. 4, if you look at

25   current assets, and compare it to the current assets of
```

G

54

```
 1   CKP, which was a little over a million dollars,, the

 2   current assets of Winn-Dixie was 3 hundred 37 million

 3   dollars, again there is no comparison, would you agree

 4   with that?

 5      A    I totally agree with what you are saying,

 6   sir.

 7      Q    Okay.  So what is the basis of your statement

 8   in the declaration that you are equal to or better than

 9   Winn-Dixie in 1976?

10      A    No, sir.

11      Q    Is that an agreement that you are not equal

12   to other or better than Winn-Dixie in 1976 as far as

13   the financial condition?

14      A    It is not better at all, not equal.

15      Q    I'd like to move on and turn to the operating

16   experience element of the requirement to have a lease

17   assigned.  Can you tell me what your background is in

18   terms of operating a grocery store?

19      A    Sir, do you have my resume with you or I have

20   to talk to you everything what I have been doing in in

21   terms of grocery business.

22      Q    I'm sorry.

23      A    Do you have my resume or Do I have to tell

24   you everything, you know.  I guess we sent the

25   resume --.
```

Page 48

G

1      Q    I do have a copy of your resume.  But I

2    wanted you to till me more about what you have done in

3    terms of operating a grocery store.  Your resume is in

4    Exhibit No. 3.  what is your experience sir in

5    operating a grocery store?

6                   (Exhibit 3 was marked for

7                    identification.)

8      A    First time I was starting with the grocery as

9    a stock man, which is minimum wage in a really really

10   low level position when I was in high school, around 17

11   years old, started at California at the name of

12   [SROPBS/].  I started off and when I was in California

13   I met somebody who put me as a salesman of a Hispanic

14   grocery to send each to his stores, that is my

15   background before I got here.  Come to Georgia in 1996,

16   I guess -- no, yeah, around 19191997 -- I don't quite

17   remember the years but I move up to Georgia, I was

18   working under a company named [PWAOU/] ford highway

19   farmers market which is an international farmers market

20   operating in Georgia right now it is the biggest

21   farmers market in Georgia.  I was working as a Hispanic

22   grocery manager for 2 years.  And I learn a lot while I

23   am working on [PWAOU/] ford highway farmers market

24   which is how to operating all the international people

25   how to take care of all the international items where

G

050727tc.txt

1  we get them from.   After I worked 2 and a half years on
2  [PWAOU/] ford highway I said why not I can be a boss so
3  I started up [TKPW*ET/]ing a little store as a
4  convenience store which is 2,000 square feet, which is
5  really small.  I started up as 7 employed.  And 2 years
6  I really got success on those little store.  So I
7  raised up, I had 1 store which is currently
8  international food systems.  After that I wanted a
9  bigger store that is why I got involved with CKP
10  international food, as 9,000 square feet.  The first
11  time I get the store we don't have any budget to
12  complete that store.  That is the reason --.
13       Q     Which store are you referring to that you
14  didn't have a budget for it?
15       A     I went up too Grand Mart.
16       Q     No no no, you said that you were 7 employed
17  and you had a convenience store and then you moved on
18  [TPHR/] that, you didn't have a budget to do the store
19  which store are you talking about?
20       A     The gym I Carter 1 I am talking about.
21       Q     Okay.
22       A     The first 1 was success and I bought a second
23  1 which is a 20,000 square feet and after 2, 3 years
24  later, the Kmart closed down on jimmy Carter so I got
25  the list from the lease from the landlord.  And that

G

57

1  project is too big to operating by myself and I went up
2  to Virginia to Grand Mart to put money on jimmy Carter
3  project.  This is the same situation right now.  The
4  CKP international food system according to what you say

050727tc.txt

```
 5   financially is not good for the Chamblee store, I went
 6   up to Virginia 2 days ago to talk to Mr. [KAEUPBG/], he
 7   is the owner of Grand Mart to put some money on that
 8   project and he agreed with me, if you like to have
 9   Grand Mart financial statement he is preparing right
10   now then he will give you today after the deposition.
11   And he is waiting on answer what you are requesting of
12   us for the Grand Mart statement but the Grand Mart,
13   even though Grand Mart comes in is not the same or
14   better than Winn-Dixie in 1976.
15        Q    I want to back up for a second.  So you have
16   the landlord in the Kmart bankruptcy case assigned to
17   you?
18        A    Yes, sir.
19        Q    And the store was too big for you to operate
20   by yourself and that is when Grand Mart became
21   involved?
22        A    Correct, sir.
23        Q    And then Grand Mart gave you some financial
24   backing for that facility and that is where you operate
25   the first Mercado Del Pueblo?
```

G

                                                        58


```
 1        A    Correct, sir.
 2        Q    Now you are seeking to represently [KAEUT/]
 3   that and get this lease and operate another Mercado Del
 4   Pueblo in Chamblee correct?
 5        A    Correct, sir.
 6        Q    What is Price Buster?
 7        A    I already told you.
```

                        Page 51

050727tc.txt
```
 8    Q   On your resume it says --
 9    A   Go [ahead|a head], sir.
10    Q   On your resume it says that Price Buster is
11 operating in east point, Georgia, what is that, sir?
12    A   We are operating it right now.
13    Q   Is that a new store?
14    A   We got that store 3 years ago.
15    Q   Is that the Kmart store?
16    A   No, that is not a Kmart store.
17    Q   Is that the store in which you acquired the
18 Kmart lease?
19    A   No, not this 1.
20    Q   What is Price Buster, then?
21    A   After I -- can you see my resume, sir?
22    Q   Yes, I can looking at your resume?
23    A   My first 7 employed store,, after that I
24 bought Price Buster, after Price Buster we are talking
25 about Mercado Del Pueblo, sir.
```

G

                                                      59


```
 1    Q   Okay.  Thank you, sir.  So Price Buster grew
 2 into Mercado Del Pueblo?
 3    A   Correct, sir, but we still have price bus but
 4 we still have a Price Buster operating right now.
 5    Q   Where?
 6    A   In east point.
 7    Q   At the same place on jimmy Carter highway?
 8    A   No, sir, on east point.
 9    Q   I am not familiar with the gee [OG/] [RAF/]
10 [AOE/], sir.  Is Price Buster a separate store from the
11 store on jimmy Carter highway, Mercado Del Pueblo?
```
                         Page 52

050727tc.txt

12      A      Correct, sir.

13      Q      How is Price Buster different from the

14  [PHER/] [PHEFR/]?

15      A      We are using different corporation.

16      Q      How is the merchandise different?

17      A      The merchandise is the same.

18      Q      How far is Price Buster from Mercado Del

19  Pueblo?

20      A      40 miles, sir.

21      Q      Is there any other work experience that you

22  have operating a grocery store besides what you have

23  told me so far?

24      A      No, sir, that is all, sir.

25      Q      Does CKP have a board of directors?

G

                                                          60


1      A      No, sir.

2      Q      Who are its managers who would [OFP/] operate

3  the store in Chamblee plaza?

4      A      Michael Kim would be will be operating the

5  Chamblee store.

6      Q      What if Michael what is Michael [KEUPLS/] '

7  experience operating a grocery store?

8      A      I believe I put in Michael [KEUPLS/] '

9  resume.  We put in in [KRAOE/] and name, [KAUPBG/] Kim.

10      Q      I see.  That?

11      A      [KAUPBG/] Kim.

12      Q      What is his experience?

13      A      He is with me sitting third chair right now,

14  he has more than 13 years working at Food Lion as a

Page 53

050727tc.txt

```
15   [TARBGT/]ing manager.
16     Q    A [TARBGT/]ing manager, what is that?
17     A    An upper level than store manager -- when
18   store -- the company put him in as a store manager to
19   raise up the revenue and then he come back to the
20   office or something like that.
21     Q    Does Mr. Kim have any experience with
22   purchasing merchandise?
23     A    Yes, sir.  Else the 1 that is operating jimmy
24   Carter right now, sir.
25     Q    And how long has and how long has Mr. Kim
```

G

                                                    61


```
1    been operating the gym I Carter store?
2      A    3 months, sir.
3      Q    Has he -- and what was he doing before that?
4      A    He was operating Price Buster.
5      Q    And how long was he operating Price Buster?
6      A    3 years.
7      Q    And prior to operating Price Buster, what was
8    he doing?
9      A    He was with me at bank head supermarket,
10   which is my first store.
11     Q    I notice before that he was at [PWAOU/] ford
12   highway farmers market?
13     A    Yes, sir.
14     Q    In [TKOR/] [SREUL/], Georgia?
15     A    Yes, sir.
16     Q    And he was the purchasing manager?
17     A    Yes, sir.
18     Q    Of the American section?
```

Page 54

050727tc.txt

19      A    Yes, sir.

20      Q    In 1996?

21      A    Correct.

22      Q    But in looking at your resume that is exactly

23  the same thing you were doing?

24      A    Yes, we were working same.

25      Q    You had the same job?

G

                                                            62


1      A    Yes.  I met him at [PWAOU/] ford highway

2  farmers market.

3      Q    I know that but when you were at [PWAOU/]

4  ford highway farmers market, did you both do the same

5  job?

6      A    [*/] [*/]?  Look at his resume and your

7  resume it is the same job description for the same time

8  period doing the exact same thing?

9      A    1 thing we have to change on this 1, he was

10  doing the manager of the American section I was doing

11  the manager of the Hispanic sexes that is a miss type.

12  I was doing the Hispanic section he was doing the

13  American section.

14      Q    Did either of you own that store, the

15  [PWAOU/] ford highway farmers market?

16      A    No, sir.

17      Q    You were both employees?

18      A    Yes, sir.

19      Q    Besides the experience that you have told me

20  about Mr. Kim, does he have any other experience

21  operating a grocery store?

                      Page 55

050727tc.txt

22      A    Did you look at his resume before the

23   [PWAOU/] ford highway farmers market, he was working

24   under food lie [OPBS/] in new in new port news,

25   Virginia.

G

63

1      Q    I have his resume in front of me, sir.

2   Besides the information that is on the resume and what

3   you have told me, is there any other information you

4   can provide concerning Mr. [KEUPLS/] ' operation of a

5   grocery store?

6      A    No, sir.

7      Q    The documents also refer to a Mr. Joe say

8   [REU/] [SRER/] as?

9      A    Yes, sir.

10      Q    Do you recall that?

11      A    Yes.

12      Q    Who is Mr. [REU/] [SRER/] as?

13      A    Mr. Joe say [REU/] [SRER/] [KWRA/], when I

14   was working under P N K, California wholesale company

15   he worked under me assisting to me, it was

16   [along|a long] time ago.   As soon as we open bank head

17   supermarket, I call him to come up here to work with

18   me.   Right now on jimmy Carter he is working as a

19   supervisor in the Hispanic section.   And I have been

20   working with him more than 10 years.   I know him very

21   well.   Else the 1 who can operate Hispanic sexes.   So I

22   want him to put it in Chamblee store to take care of

23   the Hispanic section.

24      Q    So Mr. [REU/] [SRER/] as would be the person

25   responsible for the Hispanic section of the Chamblee

Page 56

G

1   store?

2       A    Right not a general manager just the manager

3   of the Hispanic section.

4       Q    Who will be the general manager of the store?

5       A    [KAUPBG/] Kim will be the general manager of

6   the store.

7       Q    Who are the other managers of the management

8   team for the Chamblee store -- strike that.  Who would

9   be the other managers of the store in Chamblee, Georgia

10  if you were to get this lease ( tape 2 A now (?

11      A    We are trying to separate every department,

12  which is the produce section, mid section, seafood

13  section, grocery section and a bake resection.  Those

14  sexes has a supervisor and I already have them working

15  with me on jimmy Carter store right now.

16      Q    Okay.  But if you got this lease -- strike

17  that.  I understand you to say, sir that you have

18  individuals working with you at the Mercado Del Pueblo

19  on jimmy Carter highway, currently.  My question is,

20  who will be the people that will work with you to

21  manage the store at Chamblee plaza if you get this

22  lease?

23      A    You want all the sexes, the manager names?

24      Q    Well do you have people in place already --

25  strike that.  Do you have people who would step in and

G

050727tc.txt
1    become managers at the Chamblee plaza location?

2        A    Yes, sir, the people that are working on the

3    gym I Carter store right now, we are already

4    preparing.  We are opening 1 more store?  [SKWROEPBS/]

5    [PWROE/] like 35 miles from jimmy Carter, we have the

6    building Joe we have to be ready for the people who is

7    working at other store but Chamblee comes up while we

8    are doing the ear stores so I am thinking I will put

9    people in Chamblee store, I will re hire people to

10   other store which is the third store we are working on

11   right now (.

12       Q    How many managers would be operating --

13   strike that.  How many managers would you hire to

14   operate the Chamblee store?

15       A    I am trying to -- no.  [HAOE/] already hired

16   the general manager under him we will hire as a

17   supervisor of every section, which is 7 different sexes

18   we will put a supervisor in each section.

19       Q    Okay.  And do these supervisors have

20   experience operating these various departments or

21   sexes?

22       A    Correct, sir.

23       Q    What is their level of experience, sir?

24       A    More than 5 or 10 years working on 1

25   section.  Like I have more than 20 years experience on

G

66

1    produce sexes, 10 years in the meet department, 6, 7

2    years in seafood department.

3        Q    Okay, but what about these people you plan to

4    hire to run the store, do they have a level of
                        Page 58

050727tc.txt

```
 5    experience -- strike that.  The people you intend to
 6    hire to manage these sexes of the [SKHAPL/] [PWHRAOE/]
 7    store if you get the lease, do they have a similar
 8    level of experience that you just described about
 9    yourself?
10        A    Yes.  Those people are still working in
11    Virginia as international farmers market so I believe
12    they have a good level to operate each section.
13        Q    .
14        MR. EDWARDS: Off the record ) reporter ask for
15    break ( a recess was taken.
16    BY MR. EDWARDS:
17        Q    Mr. Chong, we are back on the record.  Is
18    there any reason why you cannot continue to give full
19    and complete testimony today?
20        A    What was that, sir?
21        Q    Is there any reason why you cannot continue
22    to give full and complete testimony today?
23        A    No, sir.
24        Q    Have you taken any medication while you were
25    on break that would prevent you from testifying today?
```

G

67

```
 1        A    No, sir.
 2        Q    I have a question concerning Mercado Del
 3    Pueblo.  How many years or how long did it take you you
 4    to open the store after you acquired the lease?
 5        A    13 months, I believe.
 6        Q    Why did it take so long?
 7        A    The Kmart, when they closed down they took
```

050727tc.txt
8    all the equipment out and we got to start with the demo

9    [HRAEG/], all the electric I can, all the grease traps

10   all the plumbing and we need to put it in coolers and

11   all the equipment that can operating a grocery store.

12   Former Kmart they never provided any of them.  They

13   don't have any coolers at all.

14       Q    Okay.   At Mercado Del Pueblo, are your meets

15   packaged or is the customer able to tell you they want

16   3 pounds of beef or 3 pounds of fish?

17       A    We do both of them.  We are we pack the meet

18   and service the meet.  We prepare packing meet and

19   [SRER/] [SEUS/] meet, both of them.

20       Q    What do you think or what would you say is

21   the average price for meets that you sell at the store

22   in a package format?

23       A    It will be 50 and 50.  People who doesn't

24   have time to buy person to person they just grab

25   package meet and they want good quality meet and they

G

68

1    want fresh meet, they want a limit of a certain pound

2    they go to the service case.

3        Q    So for the meet for the people who want to go

4    and just grab grab a package of meet what the average

5    cost per meet package?

6        A    It is 7 percent of our sales they take

7    package meet and let's put it around 7 or 8 percent

8    goes with the service meet on our sales, total sales.

9        Q    But with re with respect to the dollar amount

10   if I go to buy a package of meet from shop right will

11   it range -- withdraw.  If I go to Mercado Del Pueblo to

Page 60

050727tc.txt

```
12   buy a package of meet will the price [SRAEUR/] I from 5
13   to 10 dollars, what would be the average price?
14       A    Package meet average price around 3 [DZ/].
15       Q    About 3 [DZ/] [-RBLGTS/] yes, sir?
16       A    Yes, sir.
17       Q    And what about the average for people who
18   want to decide how much meet they want to buy?
19       A    Average is more than 3 [DZ/], I say 4.50 or 5
20   [DZ/] for the service area.
21       Q    .
22            MR. EDWARDS:  Madam Reporter, hand to the
23   witness the response [STO/] interrogatories, I think
24   that is Exhibit No. 5.
25   BY MR. EDWARDS:
```

G

69

```
1        Q    Mr. Chong, the reporter has handed you
2    Exhibit No. 5 which is a 4 page document it is CKP's
3    response to the landlords's interrogatories.  Have you
4    read this document before?
5                        (Exhibit 5 was marked for
6                         identification.)
7        A    Yes, sir.
8        Q    The document is unsigned but I am told by
9    your counsel that it will be executed by you or Mr. Kim
10   on behalf of CKP; is that correct?
11       A    Correct, sir.  Is the information in the
12   responses to interrogatories accurate?
13       A    Yes, sir.
14       Q    I would like you to turn to page 2, response
```

Page 61

050727tc.txt

15   to interrogatory number 3.  Do you have that?

16        A    Yes, sir.

17        Q    The question that was asked or the

18   interrogatory was, please set forth in detail all facts

19   demonstrating the source of rent to pay propose as I go

20   niece rent obligations under the lease.  So it is

21   asking you how you are going to pay the rent under the

22   lease.  And your response was "the proposed as I go

23   knee has enough reserve funds in its bank account to

24   pay proposed as I go niece rent obligation under the

25   lease. " and you also go onto say, Mr. Kim will bring

G

70

1    the copies of bank statements to the deposition.  When

2    you talk about reserve funds what are you referring to?

3         A    I have bank statement with me right now --.

4         Q    I don't have that?

5         A    Right.

6         Q    What is the name of the bank?

7         A    Sunday trust.

8         Q    And what month is that bank statement?

9         A    I got June, May, April, 3 months bank

10   statement, sir.

11        Q    Okay.  For the month of April, what was the

12   beginning balance in the account -- is that a

13   checkinging account?

14        A    Yes, business checking account, sir.

15        Q    What was the beginning balance in April?

16        A    Beginning balance April was 47,000 6 hundred

17   39.34.

18        Q    And what was the ending balance?

050727tc.txt

19      A      78,000 5 hundred 93.74 cents.

20      Q      And I assume 78,000 5 hundred 93.74 cents was

21 the May for May?

22      A      No.

23      Q      What was the beginning balance of May?

24      A      You are right sir, 78,000 5 hundred 93.74 was

25 beginning balance of May, sir.

G

71

1      Q      And what was 9 ending balance in May?

2      A      55,000 4 hundred 40.42.

3      Q      What is the beginning balance in June?

4      A      55,000 4 hundred 42 cents, sir.

5      Q      What is the ending balance in June?

6      A      Negative 4,000 7 hundred 35.21, sir.

7      Q      Negative 4,000 --?

8      A      7 hundred 35.21.

9      Q      What accounts for the negative balance in

10 June?

11      A      It looks like the sales on jimmy Carter store

12 reduced a little bit in June.

13      Q      I understand you to be saying that there was

14 reduced sales at the jimmy Carter store in June of

15 2005; is that correct?

16      A      Correct, sir.

17      Q      What explains the reduced sales in June of 05

18 at the Jimmy Carter store?

19      A      Okay, in June there is 1 store 3 miles from

20 our Jimmy Carter, the grand opening as the

21 international farmers market.  So my knowledge that we

Page 63

050727tc.txt

22   are losing 3 percent of sales to new store they open in

23   June, 3 miles from our store.

24        Q      And do you believe you could get those

25   customers back?

G

72

1        A      On July we are getting most of them back so

2   July balance will be same -- I am expecting same as May

3   and and April, sir.

4        Q      Why do you believe you will get those

5   customers back?

6        A      On service, the quality and prices, they

7   regret going to that place and they are coming back to

8   our place right now, according to the customers

9   accounts we are getting back right now.

10        Q      You have spoken with customers who are

11   [TKEUS/] satisfied with the new store over on jimmy

12   Carter highway?

13        A      Yes, sir, I go there 9/clock in the morning

14   and I went home 10:00, mostly if I don't have anything,

15   I stay at the store talking with customers and find out

16   what is our service situation and everything every day.

17        Q      With respect to the people that my

18   [TKPWRAED/] over to that new store, have you spoken to

19   those customers to figure out why you think they will

20   come back to your store?

21        A      Yes.

22        Q      What is their general reaction to the new

23   store?

24        A      General reaction to the new store, produce

25   and meet.  The meet quality is worse than us and the

Page 64

050727tc.txt

G

73

1   produce is fresh at our store that is why they want to

2   come back [AB/] 1 more reason sir, when they had the

3   grand opening, they put a lot of items on sale so

4   people moving a little bit, they look for the cheaper

5   price and the customer already no, sir when they open a

6   new store, the customer already no, sir that there will

7   be a lot of sales item in the store.

8        Q    So basically price is a very important

9   concern for your customers correct?

10       A    Correct, sir, price and quality, sir.

11       Q    So you are trying to sell good quality

12  product at the cheapest price to your customers and

13  that is what will attract these customers to your

14  store; is that correct?

15       A    Right, sir.

16       Q    I would like you to turn to page 3 of Exhibit

17  No. 5.  And the question [K-RB/] I'm sorry.

18  Withdrawn.  I would like you to look at response to

19  interrogatory number 6.  The question that was asked

20  was please identify and describe all outstanding loans

21  that proposed as I go knee and/or proposed as I go

22  niece ' guarantor, if any, owes to any third party

23  including the terms of such loans and the remaining

24  balance. " your answer was" proposed as I go knee

25  currently has SBA loan with the remaining balance of

G

74

050727tc.txt

1   about a hundred 75 thousand dollar secured by Price

2   Buster located in 3492 Washington road, Atlanta Georgia

3   30344" do you see that?

4        A    Yes, sir.

5        Q    I asked you earlier in this deposition about

6   an SBA loan and you told me that there was no SBA

7   loan.  Can you explain how what the SBA loan is about?

8        A    There is no SBA loan on CKP international

9   foods, sir.  This is secured by Price Buster which is a

10  different corporation, sir.

11       Q    Then I am not clear on why this information

12  was included in response to this question.

13       A    The reason he provided is Mr. Kim is the 1 of

14  the guarantors on this S B amount lone, sir.

15       Q    Can you repeat that?

16       A    [KAUPBG/] Kim, he is the guarantor on this

17  SBA loan which is secured by Price Buster wills the

18  other store.  I think that is why he put it in here.

19  Does CKP have an SBA loan at all?

20       A    Not at all, sir.

21       Q    Does CKP rely upon the financial results from

22  Price Buster to meet its obligations?

23       A    No, sir, it is totally separate, sir [STKPW/]

24  does CKP provide any financial assistance to Price

25  Buster?

G

                                                        75


1        A    No, sir, it is totally separate corporation,

2   sir.

3        Q    Is there any personal guarantee that any

4   shareholder that CKP has with respect to this 1 hundred

                          Page 66

050727tc.txt

5   5 thousand dollar SBA loan?

6      A    Yes, sir.

7      Q    Please explain.

8      A    When we opened Price Buster, cunning Kim is 1

9   could he owner with me and cunning Kim has is the

10  personal guarantor on this SBA loan.  And cunning Kim

11  has 18 percent shareholder of CKP international foods,

12  sir.

13     Q    Is there any other information that you would

14  like to share with me, sir, concerning CKP's financial

15  condition or operating performance in order to acquire

16  this lease?

17     A    No, sir.

18          MR. EDWARDS:  Then I have no additional

19  questions for you at this time, Mr. Chong.  We May

20  however have some follow up questions as we go forward

21  and we will present those questions to you through your

22  counsel.

23          We spoke earlier in the deposition about the

24  financial information [RAOEPLT/] related to Grand Mart,

25  we need polite financial information about Grand Mart

G

76


1   [along|a long] the lines that we asked for with regard

2   to CKP because it appears that Grand Mart is really the

3   company that is acquiring this lease.  So we need that

4   information from you as quickly as possible.  Hopefully

5   by tomorrow.  In addition, you indicated that you would

6   provide information concerning Mr. Bruce Choi who

7   prepared the financial statement for CKP, we will need

Page 67

050727tc.txt
```
 8   that information court reporter court reporter, you are
 9   cutting out.
10          MR. EDWARDS:  Financial statement regarding
11   CKP [WAOEU/] would like to speak with Mr. Choi
12   immediately, prefer [PWHRAOE/] by the end of the day so
13   we can speak to him concerning these financial
14   statements.
15          You indicated you provided that information
16   to us, you can give it to me now if you have it or give
17   it to your counsel and have Mr. Choi call me at my
18   office within the hour.  Aside from that, I have no
19   additional questions and this would conclude the
20   deposition.
21          Do you understand what we have talked about
22   here today with respect to the financial statement of
23   Grand Mart and Mr. choice ' information?
24          THE WITNESS:  Yes, sir, I understand.  I will
25   get you the financial status of Grand Mart by tomorrow
```

G

77


```
 1   and Mr. choice ' information within 1 hour, I will get
 2   you.
 3          MR. EDWARDS:  Okay.  I am not sure if you
 4   have my contact information, my office number -- this
 5   will conclude the deposition and we can talk about
 6   everything else after we go off line.
 7          THE WITNESS:  I will read and sign.
 8          MR. EDWARDS:  Okay.  We are off the record.
 9              (Deposition concluded at 1:54 p.m.)
10
11
```

Page 68

050727tc.txt

12

13

14

15

16

17

18

19

20

21

22

23

24

25

G