# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### DECLARATION OF [AFFIANT]

I, **Tony Chong**, state and declare as follows:

1. I am an <u>Owner</u> of <u>CKP International Foods Inc.</u> (the "Purchaser"). I am duly authorized to make this Declaration on behalf of the Purchaser. I make this Declaration based on my own personal knowledge and based on my knowledge and review of the business records of the Purchaser. If called as a witness, I could truthfully and competently testify to the matters stated in this Declaration.

2. I submit this Declaration in connection with the Purchaser's offer to purchase certain assets (the "Bid") from Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors"). The assets subject to the Bid constitute the stores identified on the attached Exhibit A (including their inventory, equipment, and related assets), which presently are operated by the Debtors (collectively, the "Stores").

3. The Purchaser is not an affiliate of the Debtors. The Purchaser has at all times dealt at arm's length and in good faith with the Debtors, has no connection with any insider of the Debtors, and has not received any material non-public information regarding the Stores from the Debtors or their advisors except through the due diligence process established by the Debtors and their advisors in these Chapter 11 cases.

4. The Purchaser is not a party to any agreement among potential bidders for the Debtors' assets and does not intend to enter into any such agreement or otherwise to conspire to chill bidding for such assets.

5. The Bid identifies certain executory contracts and unexpired leases to be assumed by the Debtors and assigned to the Purchaser (collectively, the "Assigned Contracts"). With respect to each of the Assigned Contracts, the Purchaser intends to perform and has the financial capability to perform its obligations under such Assigned Contract arising from and after the date on which such Assigned Contract is assigned to the Purchaser.

6. Certain of the Assigned Contracts are or may be leases of real property in shopping centers. With respect to each of these Assigned Contracts, (a) the sources of rent and other consideration due under such Assigned Contract will be from the operations of the Store located on the property and, if necessary, from other business operations of the Purchaser; (b) to the best of my knowledge, information, and belief, the financial condition and operating performance of the Purchaser are similar to or better than the financial condition and operating performance of the Debtor-tenant of such Store and its guarantors, if any, as of the time such Debtor-tenant or its predecessor in interest became the lessee of such Store; (c) to the best of my knowledge, information, and belief, the percentage rent due under such Assigned Contract will not decline substantially from its present level; (d) the assignment of such Assigned Contract will be subject to all the provisions thereof, including (but not limited to) provisions such as radius, location, use, or exclusivity provisions, and, to the best of my knowledge, information, and belief, will not breach any such provision contained in any other lease, financing agreement, or master agreement relating to such shopping center; and (e) to the best of my knowledge,

-2-

information, and belief, the assignment of such Assigned Contract to the Purchaser will not disrupt any tenant mix or balance in such shopping center.

7. Attached as Exhibit B are true and correct copies of the following: (a) the Purchaser's balance sheet as of the end of the most recent fiscal quarter for which financial results are available; (b) the Purchaser's income statement for the four quarters ending on the date of such balance sheet. [If the Purchaser is a newly-organized entity with no operational history, substitute this sentence: Attached as Exhibit B hereto are true and correct copies of the following: (a) the balance sheet as of the end of the most recent fiscal quarter for which financial results are available of the affiliate of Purchaser that will guarantee the Purchaser's obligations under the Assigned Contracts; (b) such affiliate's income statement for the four quarters ending on the date of such balance sheet.] The financial statements in Exhibit B have been prepared in accordance with generally accepted accounting principles and fairly and accurately represent the financial condition and operating results of the Purchaser for the time periods specified.

8. The Bid includes a provision that permits the Purchaser, in certain circumstances, to assign its rights to acquire the Stores to one or more affiliates of the Purchaser. Should the Purchaser exercise that option, (a) the obligations of the Purchaser's assignee acquiring each Store will be guaranteed by the Purchaser, and (b) all of the foregoing statements will be deemed to refer, with respect to each Store, collectively to the Purchaser and its assignee acquiring such Store, and such statements will be accurate if interpreted in that manner.

9. All of the business records of the Purchaser to which I have referred in this Declaration or in the preparation of this Declaration were made at or near the time of the event recorded, by or from information transmitted by a person with knowledge of the matters

-3-

recorded in such records, and were made and kept in the course of the Purchaser's regularly conducted business activities. It is the regular practice of the Purchaser to make such records.

10.  The Purchaser consents to the Debtors' providing a copy of this Declaration, including exhibits, to any non-Debtor party to an Assigned Contract.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on July 15, 2005, at Norcross, GA.

[Affiant]
TONY J CHONG

-4-

## Exhibit A

Stores

| Store No. | Location |
| --- | --- |
| 2718 | 5527 Peachtree Industrial Blvd<br>Chamblee, GA 30341 |

## Exhibit B

Financial Statements

## CKP INTERNATIONAL FOODS, INC.
## INCOME STATEMENT
### For the 1 Month and 5 Months Ended May 31, 2005

|  | 5 Months Ended May 31, 2005 |
|---|---|
| **Sales** | |
| Sales | $ 6,769,206.00 |
| Rental Income | 124,331.89 |
| Other Income | 46,835.26 |
| Less Returns & Allowances | 0.00 |
| **Total Sales** | 6,940,373.15 |
| **Cost of Goods Sold** | |
| Cost Of Goods Sold | 5,346,355.38 |
| **Total Cost of Goods Sold** | 5,346,355.38 |
| **Gross Profit** | 1,594,017.77 |
| **Operating Expenses** | |
| Advertising | 166,821.50 |
| Bank Service Charge | 20,970.67 |
| Credit Card Service Charge | 3,154.27 |
| Car Expense | 17,863.22 |
| Commission | 17,000.00 |
| Freight | 8,801.00 |
| Insurance | 25,240.47 |
| Laundry & Cleaners | 24,711.15 |
| Legal & Professional Service | 8,693.00 |
| Office Expense | 3,676.84 |
| Rent | 174,251.84 |
| Repairs | 46,073.09 |
| Supplies | 34,873.58 |
| Taxes - Payroll | 129,567.98 |
| Taxes - Other | 2,390.51 |
| Travel | 5,975.34 |
| Meals & Entertainment | 3,026.61 |
| Utilities | 57,689.66 |
| Telephone | 5,855.83 |
| Wages | 736,077.34 |
| Inspection Fee | 208.00 |
| License & Permit | 3,880.00 |
| Security Service | 7,807.20 |
| Trash Removal | 24,656.60 |
| Miscellaneous | 26,869.42 |
| Penalties | 100.00 |
| **Total Operating Expenses** | 1,577,236.90 |
| **Operating Income (Loss)** | 16,780.87 |

## CKP INTERNATIONAL FOODS, INC.
## BALANCE SHEET
## As of May 31, 2005

### ASSETS

| | | |
|---|---|---:|
| **CURRENT ASSETS** | | |
| Cash | $ | (92,638.64) |
| Cash | | (13,841.12) |
| Cash | | (11,368.45) |
| Petty Cash | | 14,999.95 |
| Inventory | | 1,200,000.00 |
| DEPOSITS | | 266,000.00 |
| Due To/From Stockholders | | (362,691.33) |
| **Total Current Assets** | | 1,000,492.41 |
| **PROPERTY AND EQUIPMENT** | | |
| Equipment | | 911,985.59 |
| Accu Depr - Equipment | | (57,000.00) |
| LEASEHOLD IMPROVEMENTS | | 825,950.00 |
| ACCU DEPR - LHI | | (9,000.00) |
| **Net Property and Equipment** | | 1,671,935.59 |
| **TOTAL ASSETS** | $ | 2,672,428.00 |

## CKP INTERNATIONAL FOODS, INC.
## BALANCE SHEET
## As of May 31, 2005

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | |
|---|---:|
| **CURRENT LIABILITIES** | |
| Accounts Payable | $ 1,080,210.87 |
| FICA Payable | 10,845.72 |
| FED W/H Payable | 4,499.02 |
| Total Current Liabilities | 1,095,555.61 |
| **LONG-TERM LIABILITIES** | |
| Total Liabilities | 1,095,555.61 |
| **STOCKHOLDERS' EQUITY** | |
| Capital Stock | 300.00 |
| Paid in Excess | 1,847,000.00 |
| Retained Earnings | (287,208.48) |
| Net Income (Loss) | 16,780.87 |
| Total Stockholders' Equity | 1,576,872.39 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 2,672,428.00 |