IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| Debtors. | ) |

### RULE 2019 STATEMENT OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF CERTAIN SECURED NOTES ISSUED BY COMMONWEALTH AVENUE WAREHOUSE, INC.

U.S. Bank National Association ("U.S. Bank"), pursuant to Bankruptcy Rule 2019, files this verified statement regarding its representation of the Holders (defined below) in its capacity as trustee (the "Trustee") under that certain Indenture of Mortgage, dated as of June 20, 1986 (as amended, the "Indenture"), and shows the Court as follows:

1. Pursuant to the terms of the Indenture, U.S. Bank serves as Trustee for the benefit of the holders (the "9.95% Holders") of those certain 9.95% Secured Notes Due July 1, 2011 (the "9.95% Notes"), which were issued in the original principal amount of $10,650,000.00 by the Issuer on or about June 20, 1986.

2. Pursuant to the terms of the Indenture, U.S. Bank also serves as Trustee for the benefit of the holders (the "11.05% Holders") of those certain 11.05% Secured Notes Due July 1, 2011 (the "11.05% Notes"), which were issued in the original principal amount of $2,789,663.83 by the Issuer on or about June 20, 1986. The 11.05% Notes were issued on a *pari passu* basis with the 9.95% Notes. (The 9.95% Notes and the 11.05% Notes are referred to collectively as the "Notes." The 9.95% Holders and the 11.05% Holders are referred to collectively as the "Holders.")

3. The Issuer issued the Notes to finance (i) the purchase of a fee simple interest in certain land and improvements in Jacksonville, Florida, located at the intersection of

1125065.2

Commonwealth Road and Edgewood Avenue, as more particularly described in Schedule A to the Indenture (the "Property"); and (ii) the construction of additional improvements on the Property (together with the Property, the "Project").

4. Winn-Dixie Stores, Inc. ("Winn Dixie") leases the Project from the Issuer pursuant to that certain Lease Agreement, dated as of June 20, 1986 (as amended, the "Lease").

5. As security for its obligations under the Indenture, the Issuer, among other things, assigned to the Trustee all of the Issuer's rights under the Lease pursuant to that certain Assignment of Lease Agreement, dated as of June 20, 1986 (as amended, the "Assignment").

6. The address at which the Holders may be reached is:

> Holders of    Commonwealth Avenue Warehouse, Inc.
> 9.95% and/or 11.05% Secured Notes Due July 11, 2011
>
> c/o U.S. Bank Corporate Trust Services
> (Attention: Patricia J. Kapsch)
> 60 Livingston Avenue
> St. Paul, Minnesota 55107-2292[1]

7. Pursuant the Indenture, the Trustee is vested with the powers and rights to act on behalf of and for the benefit of the Holders. In exchange for its services, the Trustee is paid its fees and expenses. Originally, the Bank of New England Trust Company, National Association, was the trustee under the Indenture, but such rights and obligations were subsequently assigned to U.S. Bank, which currently serves as Trustee.

8. Simultaneously herewith, the Trustee has filed a proof of claim against the above-captioned Debtors. The Holders and the Trustee have a contingent claim against Winn-Dixie Stores, Inc., in an unknown amount, which may include interest, fees, and expenses. The Trustee

---

[1] U.S. Bank is obligated, under state law, to keep confidential the names and addresses of the individual Holders of the Notes. Moreover, many of the Notes are held in "street name," so that the beneficial owner of the bonds is unknown to U.S. Bank.

1125065.2

2

reserves its rights to amend its proof of claim and nothing contained herein shall in any way limit or prejudice the amount, bases, classification, characterization or any aspect of such claim.

9. A copy of the following documents are attached hereto as exhibits and evidence of the Trustee's authority to act on behalf of the Holders:

    A. Indenture (with Amendment thereto)

    B. Lease (with Amendment thereto)

    C. Assignment (with Amendment thereto)

10. The undersigned verifies that she is an Assistant Vice President of U.S. Bank, is authorized to sign this Rule 2019 Statement on behalf of U.S. Bank, and that the statements contained herein are true and correct to the best of her knowledge.

**U.S. BANK NATIONAL ASSOCIATION,**
**as Indenture Trustee**

By: _____
Name: Patricia J. Kapsch
Title: Assistant Vice President

State of Minnesota )
County of RAMSEY )

Subscribed and sworn to before me this
27th day of July, 2005.

_____
Notary Public

MARY R McCARTHY
Notary Public
Minnesota
My Commission Expires January 31, 2010

My Commission Expires: 1-31-2010

Respectfully submitted,

**WALLER LANSDEN DORTCH & DAVIS, PLLC**

_____
David E. Lemke, Esq.
Robert J. Welhoelter, Esq.
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
david.lemke@wallerlaw.com
robert.welhoelter@wallerlaw.com

**ATTORNEYS FOR U.S. BANK,
AS INDENTURE TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005, a true and correct copy of the foregoing document was filed with the Clerk of Court through the electronic CM/ECF system, and that a copy of same was served by first class U.S. Mail, postage prepaid, to the following parties:

Debtors' Counsel:

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Cynthia Jackson, Esq.
Smith Hulsey & Busey
225 Water StreetSuite 1800
Jacksonville, FL 32201

United States Trustee's Office:

Elena Escamilla, Esq.
United States Trustee – Jacksonville
135 West Central Boulevard, Suite 620
Orlando, FL 32801

Committee's Counsel:

Dennis Dunne, Esq.
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

John McDonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

_____
David E. Lemke, Esq.