IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                    Case No.:   05-3817-BKC-3F1

    WINN DIXIE STORES, INC., et al.       Chapter 11

       Debtors.                           Jointly Administered
_____/

### NOTICE OF APPEARANCE

Janet H. Thurston and the law firm of Cohen & Thurston, P.A., hereby give their Notice of Appearance as attorneys of record for EAS, Inc., and request that all pleadings, papers, notices, and orders to which this creditor is entitled be served upon it in care of the undersigned attorney.

_____
Janet H. Thurston, Attorney
Florida Bar Number: 336981
COHEN & THURSTON, P.A.
1723 Blanding Blvd.
Suite #102
Jacksonville, FL  32210
(904) 388-6500
Fax: (904) 387-4192
Attorney for EAS, Inc.

Dated this 28th day of July, 2005.