UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

**NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF
DENNIS F. DUNNE IN CONNECTION WITH RETENTION
AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. hereby gives notice of the filing of the Second Supplemental Declaration of Dennis F. Dunne in Connection with Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP by the Official Committee of Unsecured Creditors.

Dated: July 28, 2005

AKERMAN SENTERFITT

By: /s/ John B. Macdonald
John B. Macdonald
Florida Bar No.: 230340
E-mail: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No.: 348340
E-mail: patrick.patangan@akerman.com
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA245039;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 28th day of July, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

*/s/ John B. Macdonald*

{JA245039;1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| Debtors. | ) | Jointly Administered |

**SECOND SUPPLEMENTAL DECLARATION OF DENNIS F. DUNNE IN CONNECTION WITH RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

DENNIS F. DUNNE, under penalty of perjury, declares and says:

1. I am a member of the firm of Milbank, Tweed, Hadley & M<sup>C</sup>Cloy LLP ("Milbank") in its Financial Restructuring Group. I am duly authorized to make this Supplemental Declaration (the "Second Supplemental Declaration") on behalf of Milbank.

2. I submit this Second Supplemental Declaration pursuant to 11 U.S.C. § 1103(b) and Federal Rules of Bankruptcy Procedure 2014 and 5002 in connection with Milbank's retention and employment in these cases by the Official Committee of Unsecured Creditors (the "Committee") of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors").

{JA245038;1}

3. This Second Supplemental Declaration supplements (a) the Affidavit of Dennis F. Dunne executed on March 23, 2005 in support of the Committee's application to retain and employ Milbank in these cases (the "Original Declaration") and (b) the First Supplemental Declaration of Dennis F. Dunne executed on June 17, 2005 (the ("First Supplemental Declaration" and, together with the Original Declaration, the "Prior Declarations").

4. In the Prior Declarations, Milbank has undertaken to promptly disclose to the Court any information pertinent to its retention and employment in these cases.

5. More specifically, in the First Supplemental Declaration, Milbank has disclosed that, on information and belief, one of the Bidding Entities (as defined in the First Supplemental Declaration) participating in the Sale Process (as defined in the First Supplemental Declaration) was a current (albeit inactive) client of Milbank's, and has undertaken to file supplemental disclosures with respect to the identity of such client once the confidentiality provisions governing the Sale Process permitted such disclosure.

6. Based on the results of one of the auctions conducted in the course of the Sale Process, a joint bid by BI-LO, LLC and Southern Family Markets Acquisition, LLC ("SFMA"), has been selected as the successful bid for some of the Debtors'

assets and, accordingly, SFMA's identity as a participant in the Sale Process is no longer confidential. Accordingly, Milbank is in the position to disclose that, upon information and belief, SFMA may be an affiliate of a current (albeit inactive) Milbank client that was the subject of the First Supplemental Declaration (the "Milbank Client").

7. Milbank does not know for sure whether SFMA and the Milbank Client are, in fact, affiliates, but, out of an abundance of caution, Milbank did not represent the Committee in connection with any review and/or negotiation of SFMA's bid. Rather, throughout the Sale Process, the Committee was represented by the Committee's co-counsel, Akerman Senterfitt in connection with the foregoing matters.

8. If any other of Milbank's current and/or former clients submit bids for any of the assets subject to the Sale Process, Milbank will (a) make further disclosures to this Court as may be necessary, and (b) either attempt to obtain waiver(s) from any such current client(s) or have Akerman Senterfitt represent the Committee in connection with any such bids.

9. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

10. Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein. Milbank will file supplemental declarations regarding its retention if any additional relevant information comes to its attention.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2005

/s/ Dennis F. Dunne
DENNIS F. DUNNE

```
Label Matrix for USBC                Albert H Adams Jr                    Rachel E Adams
Middle District of Florida           Irby Law Firm LLC                    Stovash Case & Tingley PA
Case 3:05-bk-03817-JAF               Post Office Box 910                  200 South Orange Avenue
Thu Jul 28 17:01:41 EDT 2005         Eufaula, AL 36027-0910               Suite 1220
                                                                          Orlando, FL 32801


Appraisers Associated Ltd.           Arthur J. Spector                    Ashely M. Chan, Esquire
c/o Held & Israel                    Berger Singerman, P.A.               Hangley Aronchick Segal & Pudlin
1301 Riverplace Blvd. #1916          350 E. Las Olas Boulevard            One Logan Square, 27th Floor
Jacksonville, FL 32207               Suite 1000                           Philadelphia, PA  19103
                                     Fort Lauderdale, FL 33301,  33301


Elizabeth T Baer                     D.J. Baker                           Kenneth C Baker
Balch & Bingham LLP                  Skadden Arps Slate Meagher & Flom, LLP  Eastman & Smith LTD
14 Piedmont Center                   Four Times Square                    One Seagate
Suite 1100                           New York, NY 10036                   24th Floor
Atlanta, GA 30305                                                         Toledo, OH 43604


Michael R. Bakst                     Zachary J Bancroft                   Dale R Baringer
Elk, Bankier, Christu & Bakst, LLP   Post Office Box 2809                 Schaneville & Baringer
222 Lakeview Avenue                  Orlando, FL 32802-2809               918 Government Street
Suite 1330                                                                Baton Rouge, LA 70802
West Palm Be, FL 33401


Earl M. Barker Jr.                   Matthew Scott Barr                   Gene Barton
Slott,  Barker & Nussbaum            Milbank Tweed Hadley & McCloy LLP    P O Box 455
334 E. Duval St.                     One Chase Manhattan Plaza            Pontotoc, MS 38863
Jacksonville, FL 32202               New York, NY 10005


Matt E Beal                          Sabrina C Beavens                    Jeffrey R. Becker
450 South Orange Avenue              Iurillo & Associates, P.A.           Hiday & Ricke, P.A.
Suite 800                            Sterling Square                      P.O. Box 550858
Orlando, FL 32801                    600 First Avenue North, Suite 308    Jacksonville, FL 32255
                                     St. Petersburg, FL 33701


Keith L Bell Jr                      Marc A Ben-Ezra                      Margaret A. Benton
Clark Partington Hart                Marc A Ben-Ezra PA                   LAW OFFICE OF MARGARET A. BENTON
Post Office Box 13010                951 Northeast 167th Street           800 Virginia Ave., Suite 10
Pensacola, FL 32502                  Suite 204                            Fort Pierce, FL 34982
                                     North Miami Beach, FL 33162


Leslie A Berkoff                     Brendan G. Best                      Bi-Lo, LLC
Moritt Hock Hamroff Horowitz LLP     400 Renaissance Center               Kilpatrick Stockton LLP
400 Garden City Plaza                Detroit, MI 48243-1668               C/o Paul M. Rosenblatt
Garden City, NY 11530                                                     1100 Peachtree Street, Suite 2800
                                                                          Atlanta, GA 30309,  30309


James E Bird                         Leyza F Blanco                       David A. Blansky
Polsinelli Shalton Welte Suelthaus PC  Katz Barron Squitero Faust         LeMonica Herbst & Maniscalco, LLP
700 West 47th Street                 2699 South Bayshore Drive            3305 Jerusalem Avenue
Suite 1000                           Seventh Floor                        Suite 201
Kansas City, MO 64112                Miami, FL 33133                      Wantagh, NY 11793


Wanda Borges                         Michael T. Bowlus                    Jean Winborne Boyles
Borges & Associates LLC              Ford, Bowlus, et al.                 Johnson Hearn Vinegar Gee & Mercer PLLC
575 Underfill Boulevard              10110 San Jose Blvd.                 Post Office Box 1776
Suite 100                            Jacksonville, FL 32257               Raleigh, NC 27602
Syosset, NY 11791
```

| | | |
|---|---|---|
| Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Clyde E Brazeal III<br>Walston Wells Anderson & Birchall LLP<br>1819 5th Avenue North<br>Suite 1100<br>Birmingham, AL 35203 | Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| John P Brice<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 | Robert J Brown<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 |
| Scott N. Brown<br>P.O. Box 1749<br>Chattanooga, TN 37401-1749 | Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 | W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 |
| Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,   32802-3353 | Charles A Buford<br>2560 Gulf to Bay Blvd., Ste. 300<br>Clearwater, FL 33765 |
| Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,   30326 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 | Michael G Busenkell<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Stephen D. Busey<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 | C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis<br>IN, 46204-2079 46204-2079 | Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 |
| David P Canas<br>Harwell Howard Hyne Gabbert & Manner PC<br>315 Deaderick Street<br>Suite 1800<br>Nashville, TN 37238 | L Phillip Canova Jr<br>Canova & Delahaye<br>58156 Court Street<br>Plaquemine, LA 70764 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | George B Cauthen<br>Nelson Mullins Riley & scarborough LLP<br>Post Office Box 11070<br>1320 Main Street - 17th Floor<br>Columbia, SC 29211 |
| Lee Champion<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901 | Emily Chou<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 |
| Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,   32802-3353 | Ronald B. Cohn<br>Cohn & Cohn PA<br>P O Box 3424<br>Tampa, FL 33601 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,   32802 |

| | | |
|---|---|---|
| Michael E Collins<br>Manier & Herod<br>150 4th Avenue North<br>Suite 2200<br>Nashville, TN 37220 | Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | David J Cook<br>Cook Perkiss & Lew<br>Post Office Box 270<br>San Francisco, CA 94104 | C. Timothy Corcoran<br>400 N. Ashley Dr., Ste. 2540<br>Tampa, FL 33602 |
| Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207 | David N Crapo<br>Gibbons, Del Deo, Dolan etal<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | Timothy J. Curtin<br>Varnum Riddering Schmidt & Howlett, LLP<br>333 Bridge Street NW Suite 1700<br>P.O. Box 3<br>Grand Rapids, MI 49501-0352 |
| Gardner F. Davis<br>Foley & Lardner LLP<br>Post Office Box 240<br>Jacksonville, FL 32201 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802 | Day Properties, Inc.<br>c/o Robert Laney, Esquire<br>906 Main Street<br>North Wilkesboro, NC 28659 |
| Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | Caryl E Delano<br>Addison & Delano, P.A.<br>PO Box 2175<br>Tampa, FL 33601-2175 | Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 |
| Gerard DiConza<br>Bianchi Macron LLP<br>390 Old Country Road<br>Garden City, NY 11530 | Carolyn Hochsta Dicker<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102 | Christie L Dowling<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Birmingham, AL 35209 |
| Mark G Duncan<br>Dwyer & Cambre<br>3421 North Causeway Boulevard<br>Metairie, LA 70002 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 | Andrew B. Eckstein<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 |
| Jason H Egan<br>Mowrey & Biggins PA<br>515 North Adams Street<br>Tallahassee, FL 32301 | Judith Elkin<br>Haynes and Boone, LLP<br>901 Main Street<br>Suite 3100<br>Dallas, TX 75202 | Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Earle I Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034-2162 | Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 | William J. Factor<br>Seyfarth, Shaw, Fairweather & Geraldson<br>55 E. Monroe Street<br>Suite 4200<br>Chicago, IL 60603 |

| | | |
|---|---|---|
| Lara Roeske Fernandez<br>Trenam, Kemker, et al<br>P O Box 1102<br>Tampa, FL 33601 | Richard L Ferrell III<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 | Charles J. Filardi Jr<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 |
| Brian T FitzGerald<br>Hillsborough County Attorney<br>Senior Assistant County Attorney<br>601 E Kennedy Boulevard, 14th Floor<br>Tampa, FL 33602 | Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | J David Forsyth<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue<br>Suite 3500<br>New Orleans, LA 70170 |
| Sally B Fox<br>Emmanuel Sheppard & Condon<br>30 South Spring Street<br>Pensacola, FL 32502 | Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 | Fox Rothschi<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 |
| Joseph D Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | Steven Barry Frankoff<br>15014 Marlebone Court<br>Houston, TX 77069 | Mark J Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 |
| Todd Mark Galante<br>St. John & Wayne, L.L.C.<br>Heron Tower<br>70 East 55th Street<br>New York, NY 10022 | J. Nathan Galbreath<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 | Daniel D Ganter Jr<br>Barna Guzy & Steffen Ltd<br>200 Coon Rapids Boulevard<br>Suite 400<br>Coon Rapids, MN 55433 |
| Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gill R Geldreich<br>Tennessee Attorney General's Office<br>Post Office 20207<br>Nashville, TN 37202 | Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC  27114-5008,  27114-500 |
| Melody D Genson<br>Melody D Genson, PA<br>3665 Bee Ridge Road, Suite 316<br>Sarasota, FL 34233 | Charles L. Gibbs<br>McGuire Woods LLP<br>50 North Laura Street, Suite 3300<br>Jaksonville, FL 32202-3661 | Gary Ginsburg<br>Neiman Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY 10006 |
| Eric S Glatter<br>1489 West Palmetto Park Road<br>Suite 420<br>Boca Raton, FL 33486 | James J. Glover<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 | Priscilla W. Grannis<br>Rynn & Janowsky, LLP<br>6017 Pine Ridge Road, No. 341<br>Naples, FL 34119 |
| Danielle K Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 |
| Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | Allen J Guon<br>Shaw Gussis Fishman Glantz Wolfson<br>321 North Clark Street<br>Suite 800<br>Chicago, IL 60610 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 |

| | | |
|---|---|---|
| Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 | William F. Harmeyer<br>7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street Northeast<br>Atlanta, GA 30309 |
| John W Harrison Jr<br>Karem & Karem<br>333 Guthrie Green<br>Suite 312<br>Louisville, KY 40202 | Susan M. Hassinger<br>570 Delaware Avenue<br>Buffalo, NY 14202 | Patrick L. Hayden<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 |
| Edwin W. Held Jr.<br>1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL 32207 | Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 | Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 | Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 |
| David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 | Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 |
| Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 | Ralph E Hood<br>Kizer Hood & Morgan LLP<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 | Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Phillip M Hudson<br>201 S Biscayne Blvd Ste 400<br>Miami, FL 33131 | Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | John B Hutton<br>Greenberg Traurig PA<br>1221 Brickell Avenue<br>Miami, FL 33131 |
| Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802,  32802 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Laurel M. Isicoff<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| Kimberly H. Israel<br>Held & Israel<br>1301 Riverplace Blvd Suite 1916<br>Jacksonville, FL 32207 | Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Solomon J. Jaskiel<br>275 Madison Avenue<br>11th Floor<br>New York, NY 10016 |
| David S. Jennis<br>Jennis & Bowen, PL<br>400 N Ashley Drive, Suite 2540<br>Tampa, FL 33602 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 | John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO  64112 |

| | | |
|---|---|---|
| John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 | Richard K. Jones<br>Moseley, Prichard, Parrish, Knight et al<br>501 West Bay Street<br>Jacksonville, FL 32202 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304,  44114-1304 |
| Benjamin A Kahn<br>Nexsen Pruet Adams Kleemeier PLLC<br>Post Office Box 3463<br>Greensboro, NC 27402 | Jon E Kane<br>Mateer & Harbert PA<br>Post Office Box 2854<br>Orlando, FL 32802 | Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue Suite 2418<br>New York, NY 10118 |
| Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | Dena C Kaufman<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 | Michael A Kaufman<br>Michael A Kaufman PA<br>1601 Forum Place<br>Suite 404<br>West Palm Beach, FL 33401 |
| Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Elena P. Ketchum<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602 | Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |
| Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida  32802,  32802 | Alfred C. Knight<br>One High Ridge Park<br>Stamford, CT 06905 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802 |
| Alan W Kornberg<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Gerard M. Kouri<br>10021 Pines Blvd., #202<br>Pembroke Pines, FL 33024-6191 | John W Kozyak<br>Kozyak, Tropin & Throckmorton, PA<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| Stuart A. Krause<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Stephen B. Kuhn<br>590 Madison Avenue<br>New York, NY | Jeffrey Kurtzman<br>Klehr Harrison Harvey Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 |
| Nina M LaFleur<br>Stutsman & Thames<br>121 W. Forsyth St. Suite 600<br>Jacksonville, Fl 32202-3848 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Nina M. Lafleur<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 |
| Thomas J Lallier<br>Foley & Mansfield PLLP<br>250 Marquette Avenue<br>Suite 1200<br>Minneapolis, MN 55401 | David M. Landis<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 | Robert P Laney<br>McElwee Firm PLLC<br>906 Main Street<br>North Wilkesboro, NC 28659 |
| Elena Lazarou<br>Reed Smith, LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas J Leanse<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |

| | | |
|---|---|---|
| David E Lemke<br>Waller Lansden Dortch & Davis PLLC<br>Post Office Box 198966<br>Nashville, TN 37219-8966 | Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 |
| Sharon L. Levine<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Bruce Levinson<br>Law Offices of Bruce Levinson<br>747 3rd Avenue<br>New York, NY 10017 | John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 |
| Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Sara E Lorber<br>Seyfarth Shaw LLP<br>55 East Monroe Street<br>Suite 4200<br>Chicago, IL 60603-5803 | Joseph Lubertazzi Jr.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 |
| Eric Ludin<br>5720 Central Avenue<br>St. Petersburg, FL 33707 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 | Luis Martinez-Monfort<br>Mills, Paskert, Divers, P.A.<br>100 North Tampa St.<br>Suite 2010<br>Tampa, FL 33602 |
| Kenneth G. M. Mather Esq.<br>Hinshaw & Culbertson, LLP<br>100 South Ashley Dr.<br>Suite 500<br>Tampa, FL 33602 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 |
| Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 | Charles W. McBurney Jr.<br>6550 St. Augustine Road Suite 105<br>Jacksonville, FL 32217 | Jerrett M. McConnell<br>Friedline & McConnell, P.A.<br>1756 University Blvd South<br>Jacksonville, FL 32216 |
| David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 | William S McMahon<br>Choate Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02103 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 |
| Marc T McNamee<br>Neal & Harwell PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 | Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |

| | | |
|---|---|---|
| Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Lawrence H Meuers<br>Meuers Law Firm PL<br>5395 Park Central Court<br>Naples, FL 34109 | G Christopher Meyer<br>Squire Sanders & Dempsey LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| Robert C. Meyer<br>2223 Coral Way<br>Miami, FL 33145 | Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 |
| Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 | Stephen M Miller<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue<br>Post Office Box 2306<br>Wilmington, DE 19899-2306 | Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>125 South Augusta Street<br>Suite 2000<br>Harrisonburg, VA 22801 |
| Mark Minuti<br>Saul Ewing, LLP<br>222 Delaware Avenue Suite 1200<br>P.O. Box 1<br>Wilmington, DE 19899 | T David Mitchell<br>Brenner Kaprosy LLP<br>50 East Washington Street<br>Chagrin Falls, OH 44022 | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 | Clive N. Morgan<br>6712 Atlantic Blvd<br>Jacksonville, FL 32211 | Lee P Morgan<br>Morgan & Morgan<br>Post Office Box 48359<br>Athens, GA 30604 |
| Deborah M Morris<br>US Department of Justice - Tax Division<br>Post Office Box 14198<br>Washington, DC 20044 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Adam Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square<br>Suite 2800<br>Indianapolis, IN 46204-2079 |
| John E. Mufson<br>2213 N. University Drive<br>Pembroke Pines, FL 33024 | Larren M Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 |
| Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 | Omar Nelson<br>P.O. Box 1178<br>Jackson, MS 39215 | Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| Tammy M. Nick<br>676 East I-10 Service Road<br>Slidell, LA 70461 | James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite<br>Omaha, NE 68102 | Douglas C Noble<br>Phelps Dunbar LLP<br>Post Office Box 23066<br>Jackson, MS 39225-3066 |

| | | |
|---|---|---|
| John Noland<br>Henderson, Franklin, Starnes & Holt<br>P.O. Box 280<br>Fort Myers, FL 33902 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,   30326 |
| Merritt A. Pardini<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, NY 10022 | Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 | Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 |
| Barbra R. Parlin<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3189 | Patrick P. Patangan<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 | Brad J. Patten<br>Smith, Gilliam, Williams & Miles, P.A.<br>P.O. Box 1098<br>Gainesville, GA 30503 |
| Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | Armando Perez<br>Interamerican Plaza<br>701 S.W. 27th Avenue Suite 1205<br>Miami, FL 33135 | Robert Perry<br>Held & Israel<br>1301 Riverplace Blvd. Ste.# 1916<br>Jacksonville, FL 32207 |
| Christian A Petersen<br>Gunster Yoakley & Stewart PA<br>500 East Broward Boulevard<br>Suite 1400<br>Fort Lauderdale, FL 33394 | David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103 | Geraldine E Ponto<br>Gibbons Del Deo Dolan Griffinger<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 |
| James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,   30326 | Nicholas V. Pulignano Jr.<br>Marks Gray, P.A.<br>1200 Riverplace Blvd Suite 800<br>Jacksonville, FL 32201 |
| Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Rex D. Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 | Craig V. Rasile<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 |
| Peter J Rathwell<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 3<br>Birmingham, AL 35201-0306 |
| Diane G. Reed<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | Jo Christi Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Jeffrey C. Regan<br>Hedrick, Dewberry, Regan & Durant, PA<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202 |
| Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | Jeffrey N. Rich<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022-6030 | Sarah Richardson<br>Pinellas County Attorney's Office<br>315 Court Street<br>Clearwater, FL 33756 |

| | | |
|---|---|---|
| Larry B. Ricke<br>Leonard, Street and Deinard<br>150 South Fifth Street<br>suite 2300<br>Minneapolis, MN 55402 | Craig P. Rieders<br>Genovese Lichtman Joblove & Battist<br>100 S.E. 2nd Ave., Suite 3600<br>Miami, FL 33131 | Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese &<br>Gluck P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105-0143 |
| Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 | Adam L. Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 | Avrum J. Rosen<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 |
| Mitchell S Rosen<br>Rosen Law Group LLC<br>950 East Paces Ferry Road<br>Suite 3250<br>Atlanta, GA 30326 | Neal M. Rosenbloom<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | Jason A Rosenthal<br>Foley & Lardner<br>111 North Orange Avenue<br>Suite 1800<br>Orlando, FL 32801 |
| Fox Rothschild<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | J Casey Roy<br>McClain Leppert & Maney PC<br>South Tower Pennzoil Place<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 |
| Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 | Rachel L Rubio<br>Markowitz Davis Ringel & Trusty PA<br>9130 South Dadeland Boulevard<br>Suite 1225<br>Miami, FL 33156 | Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 |
| Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 | Anthony M Salzano<br>Pasco Co Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654 | Anthony F Sanchez<br>Law Offices of Anthony F Sanches PA<br>Alfred I Dupont Building<br>169 East Flagler Street<br>Suite 1500<br>Miami, FL 33131 |
| Michael C. Scarafile<br>P.O. Box 1431<br>Charleston, SC 29402 | Robert K. Scheinbaum<br>Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>One Riverfront Plaza<br>Newark, NJ 07102 | Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 |
| Sarah L Schultz<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201 | Gregory J. Seketa<br>40/86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 | Ed S Sell III<br>Sell & Melton LLP<br>Post Office Box 229<br>Macon, GA 31202-0229 |
| Joel M. Shafferman<br>40 Wall Street, 35th Floor<br>New York, NY 10005 | Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 | Lynn Welter Sherman<br>Hill Ward & Henderson<br>P O Box 2231<br>Tampa, Fl 33601 |
| William H. Short<br>P.O. Box 11889<br>Columbia, SC 29211-1889 | Bradley S Shraiberg<br>Kluger Peretz Kaplan & Berlin<br>20283 State Road 7<br>Suite 300<br>Boca Raton, FL 33498 | R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |

| | | |
|---|---|---|
| Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 | Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | Aaron C Smith<br>Lord Bissell & Brook LLP<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 | Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Eric J. Snyder<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 |
| Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211, 29211 |
| Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309, 30309 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 |
| Alex Spizz<br>Todtman, Nachamie, Spizz & Johns, P.C.<br>425 Park Avenue<br>New York, NY 10022 | David N Stern<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308 | Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 |
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue Suite 900<br>Austin, TX 78701 | Debra Sudock<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Jimmy Ray Summerlin Jr<br>Young Morphis Bach & Taylor LLP<br>Post Office Drawer 2428<br>Hickory, NC 28603 |
| Stephen B. Sutton<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 | Douglas B Szabo<br>Henderson, Franklin, Starnes & Holt PA<br>PO Box 280<br>Ft. Myers, FL 33902 | TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 |
| TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | Joel L. Tabas<br>25 Southeast Second Ave., Ste. 919<br>Miami, FL 33131-1538 | Tina M Talarchyk<br>Duane Morris LLP<br>200 South Biscayne Boulevard<br>Suite 3400<br>Miami, FL 33131 |
| Gene B Tarr<br>Blanco Tackabery Combs & Matamoros PA<br>Post Office Drawer 25008<br>Winston-Salem, NC 27114-5008 | Richard R. Thames<br>Stutsman & Thames, P.A.<br>121 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Ctr Ninth Floor<br>Cleveland, OH 44114 | Judy D Thompson<br>301 S. College Street, Ste 2300<br>Charlotte, NC 28202 | Mark A. Thompson<br>1300 Commerce Drive, 5th Floor<br>Decatur, GA 30030 |

| | | |
|---|---|---|
| Janet H. Thurston<br>Cohen & Thurston, P.A.<br>1723 Blanding Blvd Suite 102<br>Jacksonville, FL 32210 | Laura L. Torrado<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | Paul Traub<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 | United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 |
| Lori V. Vaughan<br>Foley & Lardner<br>P.O. Box 3391<br>Tampa, FL 33601 | Jay B Verona<br>Verona Law Group, P.A.<br>7235 First Avenue South<br>St. Petersburg, FL 33707 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |
| David H. Wander<br>Wander & Associates, P.C.<br>641 Lexington Avenue<br>New York, NY 10022 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 | Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |
| Allan C Watkins<br>Watkins Law Firm, PA<br>707 N Franklin Street, Suite 750<br>Tampa, FL 33602 | Leslie G Weeks<br>Helmsing Leach Herlong Newman & Rouse<br>Post Office Gox 2767<br>Mobile, AL 36652 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 |
| Margaret R Westbrook<br>Kennedy Covington Lobdell & Hickman LLP<br>Post Office Box 1070<br>Raleigh, NC 27602-1070 | David B. Wheeler<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 | Stephen D Wheelis<br>Wheelis & Rozanski<br>Post Office Box 13199<br>Alexandria, LA 71315-3199 |
| William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 | Robert D Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway North<br>Suite 600<br>Jacksonville, FL 32256 | Amy Pritchard Williams<br>Kennedy Covington Lobdell & Hickman LLP<br>214 North Tryon Street<br>47th Floor<br>Charlotte, NC 28202 |
| Jonathan R Williams<br>Meland, Russin, Hellinger & Budwick, PA<br>200 S. Biscayne Blvd Ste 3000<br>Miami, FL 33131 | Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg<br>& Brusilow, LLP<br>14755 Preston Road # 600<br>Dallas, TX 75254 |
| William Knight Zewadski<br>Trenam, Kemker, Scharf, Barkin, et al<br>P.O. Box 1102<br>Tampa, FL 33602 | Scott A. Zuber<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950 | |