UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Kevin L. Sink, of the law firm of Nicholls & Crampton, P.A., hereby designate as

local attorney for interested party, Genoa Associates, LLC, in the above-styled case:

John T. Rogerson, III
Fla. Bar No.:  832839
Volpe, Bajalia, Wickes,
Rogerson, Galloway & Wachs, P.A.
1301 Riverplace Boulevard, Suite 1700
Jacksonville, FL  32207
(904) 355-1700 (telephone)
(904) 355-1797 (facsimile)

This __28th__ day of July, 2005

By: _____
Kevin L. Sink
Nicholls & Crampton, P.A.
4300 Six Forks Road, Suite 700
Raleigh, North Carolina, 27609
(919) 781-1311
(919) 782-0465 (facsimile)

## CONSENT TO ACT

I, John T. Rogerson, III, hereby consent to act as local counsel of record for interested

party, Genoa Associates, LLC, in this cause pursuant to Rule 2090-1, L.B.R.

Dated this 28th of July, 2005.

**VOLPE, BAJALIA, WICKES,
ROGERSON, GALLOWAY & WACHS, P.A.**

By: /s/ John T. Rogerson, III
    John T. Rogerson, III
    Fla. Bar No.:  832839
    1301 Riverplace Blvd., Suite 1700
    Jacksonville, Florida  32207
    (904) 355-1700 (telephone)
    (904) 355-1797 (facsimile)

**Counsel for Genoa Associates, LLC**