UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

                                                CHAPTER 11
WINN-DIXIE STORES, INC., et. al.,

         Debtors.                               Jointly Administered

SUPPLEMENT TO OBJECTION TO
DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS AND EXEMPT FROM
TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust, by and through their undersigned counsel, supplement their amended objection to the Debtors' Motion filed on July 14, 2005 (Docket Number 2134) and state as follows:

1. The Debtor seeks to assign its lease for Store No. 2710 (the "Lease") to Supervalu and/or All American Quality Foods, Inc. ("Supervalu").

2. William J. Wade and Wilmington Trust Co. are the Co-Trustees of Southland-Conyers W.D. Delaware Business Trust which is the landlord under the Lease.

3. William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust object to the assignment of their Lease to Supervalu on the

following grounds: 1) William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust have not been provided with adequate assurance of future performance as required by 11 U.S.C. § 365; and 2) The bid by Supervalu includes lease concessions which have not been discussed by Supervalu with the Landlord. The Landlord has not agreed to any lease concessions.

4. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 28 day of July, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

NEAL, GERBER & EISENBERG, LLP
Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-5675 Telephone
(312) 269-1747 Facsimile