

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 28, 2005
10:00 A.M.

*3:00 - 3:30*

**PRO MEMO**

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                PAGE 1 OF 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Sell Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief Filed by Debtor (1961)

**PURCHASER:**   (1) Y.M. Lee, Inc., Store 2731 (Doc. 2300)

*Approved - ord/signed*

(a) Objection to Store 2731 by Principal Life Insurance Co. (Doc. 2208)

(2) Tom-Tom Foods, Inc., Store 126 (Doc. 2299)

*Approved - ord/signed*

(3) Publix Super Markets, Inc., Stores 603, 2724 and 2726 (Doc. 2314)

*Approved - ord/signed*

(a) Objection to Store 2726 by MCW-RC-GA-Howell Mill Village, LLC (Doc. 2194)

*John Rogerson, Food Lion*
*Stephen Kuhon*

(4) Food Lion, LLC, Stores 133, 2038, 2040, 2056, 206 and 2076 (Doc. 2303)

*#133*
*Jo Shirley*
*cure amt obj*
*(Bayley Zamaya?)*

*Approved - ord/signed*

(5) Ingles Markets, Inc., Stores 1249 and 2090 (Docs. 2315 and 2316)

*Settled - ord/signed*

*W/drawn as to 1249*
*ruling 2090*



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 28, 2005
10:00 A.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC. | PAGE 2 OF 3 |

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**PURCHASER:**   (6) BI-LO, LLC and Southern Family Market Acquisition, Stores 1004, 1010, 1234, 1242, 1248, 1938, 1942, 1944, 2004, 2051, 2073, 2150, 2151, 2156, 2160, 524, 576, 1906, 1913, 1915 and 911 (Doc. 2302)

(a) Objection to Store 1010 by Chapin Development Co. (Doc. 2353)

(b) Objection to Store 2156 by E & A Southeast II, L.P. (Doc. 2203)

(c) Objection to Store 2051 by Principal Life Insurance Co. (Doc. 2208)

(d) Objection to Store 1913 by Bright-Meyers Dublin Associates (Doc. 2209)

(e) Objection to Stores 1906 and 1938 by Aronov Realty, Cliffdale Corner and New Plan Excel Realty Trust, Inc. (Doc. 2146)

*obj 524 - Dutlak*

(f) Objection to Store 1915 by Flint Crossing, Inc. (Doc. 2321)

*Reps: Eddie Held P*
*Paul Rosenblatt - Bilo*
*W-Philip Barker (BiLo)*

*obj store 1242*

*Cont'd to 8/4 @ 1:00*

*Approved to all but #1242*
*ord/Jackson*



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 28, 2005
10:00 A.M.

## PRO MEMO

| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | PAGE 3 OF 3 |

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

(g) Objection to Store 2051 by Bennett M. Lifter (Doc. 2339)

(h) Objection to Store 2073 by Allied Capital Corp. (Doc. 2341)

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD |
| | MATTHEW S. BARR |
| CHAPIN DEVELOPMENT CO: | EDWIN HELD |
| MCW-RC-GA-HOWELL MILL VILLAGE: | EDWIN HELD |
| E & A SOUTHEAST II, L.P.: | EDWIN HELD |
| PRINCIPAL LIFE INSURANCE: | TINA TALARCHYK |
| BRIGHT-MEYERS DUBLIN ASSOCIATES: | CATHERINE HARRISON |
| ARONOV REALTY, CLIFFDALE CORNER AND NEW PLAN EXCEL REALTY TRUST: | DAVID POLLACK |
| FLINT CROSSING, INC.: | CLYDE BRAZEAL |
| BENNETT M. LIFTER: | DANIEL D. GANTER/MARISOL MORALES |
| ALLIED CAPITAL CORPORATION: | NINA LAFLEUR |