IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
JUL 2 5 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

---

IN RE:

WINNDIXIE STORES, INC.

(Debtor)

---

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE

CASE NO: 05-03817- 3 F1
Chapter 11

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULES 2002 AND 9007

PLEASE TAKE NOTICE that MeadWestvaco Corporation hereby appears in the above-captioned case and requests that all notices and papers in the above proceedings, including without limitation any notices specified under Bankruptcy Rules 2002 and 9007, and all orders, pleadings, motions, petitions, complaints, applications, answering or reply papers, and any other documents brought before this Court in these case, be served on the undersigned attorney on behalf of MeadWestvaco Corporation at the address set forth below.

Dated:   Stamford, CT
         July 19, 2005

_Alfred C. Knight_
Alfred C. Knight
Assistant General Counsel
MeadWestvaco Corporation
One High Ridge Park
Stamford, CT
(203) 461-7400

TO ALL OTHER ATTORNEYS
AND PARTIES APPEARING HEREIN