IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re: )
) Chapter 11  3817
WINN DIXIE MONTGOMERY, INC. ) Case No. 05-~~11081~~
)
Debtor. ) Schedule No.

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:   Transferor:   Schwan's Consumer Brands North America f/k/a Schwan's Sales Enterprises, Inc.
8500 Normandale Lake Blvd. Suite 200
Bloomington, MN 55437
Attention: Jill Haan

**Your total general unsecured claim against the Debtor, known as Schedule Number --- in the amount of $175,864.53 has been transferred to:**

Transferee:   SPCP GROUP, L.L.C.
2 Greenwich Plaza
Greenwich, CT 06830
Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Middle District of Florida
  300 North Hogan Street
  Suite 3-350
  Jacksonville, FL 32202

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____   Transferee_____   Debtor's Attorney_____

_____
Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Schwan's Consumer Brands North America, Inc. f/k/a Schwan's Sales Enterprises, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims, proofs of claim and causes of action in and to, or arising under or in connection with, the following claims.

| Debtor | Claim Size | Case Number |
|---|---|---|
| Winn-Dixie Procurement, Inc. | $17,051.97 | 05-11082 |
| Winn-Dixie Raleigh, Inc. | $116,875.75 | 05-11083 |
| Winn-Dixie Stores, Inc. | $240,279.17 | 05-11063 |
| Winn-Dixie Montgomery, Inc. | $175,864.53 | 05-11081 |
| Total Claim Amount: | $550,071.42 | |

The aggregate amount of the aforementioned claims are $550,071.42 (the "Assigned Claim"), and such underlying claims are against Winn-Dixie Procurement, Inc, Winn-Dixie Raleigh, Inc., Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc., respectively, ("Debtors"), the debtors-in-possession in Case No(s). 05-11082, 05-11083, 05-11063, 05-11081, respectively, (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on [_____], 2005.

Schwan's Consumer Brands North America, Inc.
f/k/a Schwan's Sales Enterprises, Inc.

By: _____
Name: J. RONALD FRAMP
Title: SR. VICE PRESIDENT

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE MONTGOMERY, INC.

Case No.: 05-11081 (RDD)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: ACCOUNTS PAYABLE** | | | | | | |
| SCARBOROUGH, WES<br>PO BOX 426<br>SULPHUR, LA 70664<br>Creditor: 264620 - 12<br>Vendor: 0000771047 | 02/21/2005 | | | | | $51.40 |
| SCARIANO BROTHERS LLC<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009<br>Creditor: 260521 - 12<br>Vendor: 0000190264 | 02/21/2005 | | | | | $4,872.00 |
| SCHEXNAYDER'S ACADIAN FOODS<br>PO BOX 641562<br>KENNER, LA 70064-1562<br>Creditor: 260532 - 12<br>Vendor: 0000451052 | 02/21/2005 | | | | | $1,085.25 |
| SCHILLING GREENHOUSE INC<br>2486 S COLUMBIA<br>BAGALUSA, LA 70427<br>Creditor: 260538 - 12<br>Vendor: 0000505582 | 02/21/2005 | | | | | $20,103.47 |
| SCHULTZ, JAMES H<br>3111 FAIRWAY DRIVE<br>BATON ROUGE, LA 70809<br>Creditor: 252644 - 12<br>Vendor: 0000193342 | 02/21/2005 | | | | | $1,433.25 |
| SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br>Creditor: 260560 - 12<br>Vendor: 0000505585 | 02/21/2005 | | | | | $175,864.53 |
| SCOTT COUNTY TIMES<br>PO BOX 89<br>FOREST, MS 39074<br>Creditor: 260580 - 12<br>Vendor: 0000778734 | 02/21/2005 | | | | | $1,401.84 |
| SCOTT SERVICES COMPANY<br>2822 COMMERCE BLVD<br>BIRMINGHAM, AL 35210<br>Creditor: 260595 - 12<br>Vendor: 0000760064 | 02/21/2005 | | | | | $5,366.54 |

PAGE TOTAL: $210,178.28