UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:   3:05-bk-03817-JAF

                                          CHAPTER 11
WINN-DIXIE STORES, INC., et al.,

            Debtors.                      Jointly Administered

_____

CERTIFICATE OF SERVICE OF MOTION OF
THE DANNON COMPANY, INC. FOR RELIEF FROM THE
AUTOMATIC STAY TO ALLOW SETOFF OF PRE-PETITION DEBTS

   I HEREBY CERTIFY that a copy of the Motion of The Dannon
Company, Inc. for Relief from the Automatic Stay to Allow Setoff
of Pre-Petition Debts, filed on July 28, 2005, Docket No. 2564,
was furnished to Debtors' Counsel, Cynthia C. Jackson, Esquire,
Smith, Hulsey & Busey, 1800 Wachovia Tower, 225 Water Street,
Post Office Box 53315, Jacksonville, Florida   32202, via
Facsimile and U.S. Mail, this 29th day of July, 2005, and was

electronically served to all parties who have requested service in these Cases.

Dated:   Jacksonville, Florida
         July 2c\\\\, 2005

**HELD & ISRAEL**

By: _____
         Edwin W. Held, Jr., Esquire
         Florida Bar #162574
         Adam N. Frisch, Esquire
         Florida Bar #635308
         1301 Riverplace Blvd., Suite 1916
         Jacksonville, Florida 32207
         (904) 398-7038 Telephone
         (904) 398-4283 Facsimile

and

**KELLEY DRYE & WARREN LLP**
         James S. Carr (JC 1603)
         Debra SuDock (DS 5605)
         101 Park Avenue
         New York, New York 10178
         Telephone: (212) 808-7800

ewh/winndixie/cosdannonmotionforrelief.djg

2