## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

## REQUEST FOR FINAL HEARING

Movants, James Stokes, David Reddick and Delegal Law Office, P.A., request that Movants' Motion for Relief from Stay scheduled for hearing on September 12, 2005, at 2:00 p.m., be re-set for a final hearing on August 29, 2005. Movants hereby waive the thirty day time period provided by 11 U.S.C. § 362(e).

James H. Post, attorney for the Debtors has consented to this request.

LAW OFFICE OF CHARLES W. MCBURNEY, JR.

By   *s/ Charles W. McBurney, Jr.*
       Charles W. McBurney, Jr.

Florida Bar Number 354503
6550 St. Augustine Road, Suite 105
Jacksonville, Florida  32217
(904) 731-0002
(904) 731-3885 (facsimile)
cmcburney@bellsouth.net

-and-

DELEGAL LAW OFFICES, P.A.
T.A. "Tad" Delegal,III
Florida Bar Number  0892701
424 Eat Monroe Street
Jacksonville, Florida  32202
(904) 633-5000
(904) 358-2850 (facsimile)
tad@delegal.net

Attorneys for the Movants