UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,           )           Case No. 05-03817-3F1
                                                            Chapter 11
                    Debtors.                 )           Jointly Administered

**CERTIFICATE OF SERVICE WITH RESPECT TO FIRST AMENDMENT
TO SCHEDULES OF ASSETS AND LIABILITIES AND SCHEDULE
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

I certify that, on July 22, 2005, I caused to be served the First Amendment to Schedules

of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases, as filed in

the following cases, by having true and correct copies sent via e-mail service to the parties

listed in Exhibit A:

1.  Winn-Dixie Stores, Inc. [Docket No. 2379, Case No. 05-03817]

2.  Astor Products, Inc. [Docket No. 10, Case No. 05-3820]

3.  Winn-Dixie Montgomery, Inc. [Docket No. 10, Case No. 05-3837]

4.  Winn-Dixie Raleigh, Inc. [Docket No. 11, Case No. 05-3839]

5.  Winn-Dixie Logistics, Inc. [Docket No. 10, Case No. 05-3836]

I further certify that, on July 22, 2005, I caused to be served the Notice of Filing of Separate First Amendments to Schedules in Cases of Certain Winn-Dixie Subsidiaries or Affiliates, as filed in case number 05-03817 at docket number 2380, by having true and correct copies sent via e-mail service to the parties listed in Exhibit A.

Dated:  July 29, 2005

SMITH HULSEY & BUSEY

By      *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

        -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors

## EXHIBIT A

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
ddunne@milbank.com