**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**
Jacksonville Division

IN RE:
WINN-DIXIE STORES, INC.,                                  Case No. 05-03817-3F1

        Debtor.                                                   Chapter 11
                                                          (Jointly Administered)

**MOTION TO ENLARGE TIME AND GRANT LEAVE TO FILE
AN OBJECTION TO CURE AMOUNT PROVIDED IN DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING SALE OF ASSETS FREE AND
CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,
(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES
AND CONTRACTS AND (C) GRANTING THE RELIEF**

Durham Plaza Associates, L.L.C. ("Durham") moves that the time to file an objection to the Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief (Motion") be enlarged and that Durham be granted leave to file the Limited Objection filed contemporaneously with this Motion and says:

1.  Durham leases to Winn-Dixie Raleigh, Inc. ("Debtor") certain nonresidential real property ("Premises") located in the City of Durham, County of Durham, North Carolina, pursuant to the terms of a lease, originally by and between Club Boulevard Investors Limited Partnership ("Club") and Winn-Dixie Raleigh, Inc., dated May 30, 1997, as amended ("Lease"). Club subsequently assigned the Lease to Durham, the current owner of the Premises and the Debtor's landlord.

2.  Under the terms of the Lease, the Debtor is responsible for the payment of real property taxes and common area maintenance charges for the Premises.

3.  On February 21, 2005 ("Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On the Petition Date, the

Debtor owed Durham $31,433.26 for real property taxes due for 2004 and common area maintenance charges of $9,240.52 for 2004 for the Premises pursuant to the Lease terms.

4. Attached as Exhibit "F" to the Motion is a schedule setting forth cure amounts for over 300 real property leases. Schedule "F" provides that the cure amount for the Premises is $0.

5. The Motion and Schedule "F" do not to identify Durham as the owner of the Premises. Instead, they identify Club as the owner, thus failing to provide Durham with adequate notice of the proposed cure amount and of the July 14, 2005 deadline for filing an objection to the Motion.

6. Durham desires to object to the proposed cure amount because it is not accurate. The correct cure amount is $40,672.09. Had Durham been afforded proper and timely notice of the Motion and objection date, it would have timely filed its objection. Improper notice to Durham, rather than Durham's lack of diligence, caused the delay in filing the objection.

7. Moreover, the Debtor recently notified the Bankruptcy Court of its intent to withdraw the Lease from the Motion because it was not one of the locations selected for purchase. As a result, no prejudice will occur to the Debtor if the time for filing the objection is enlarged and Durham is granted leave to file an objection to the cure amount.

8. Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure permits the Bankruptcy Court, at any time for cause shown and it its discretion, to permit an act to be done after the expiration of the specified period where the failure to act was the result of excusable neglect. As shown by the facts set forth above, the Debtor failed to list Durham on Exhibit "F" as the owner of the Premises, thereby depriving Durham of the ability to filing a timely objection to the Motion. Thus, good cause exists to grant the relief sought herein.

WHEREFORE, Durham Associates, L.L.C. requests that the Bankruptcy Court enlarge the time for Durham Plaza Associates, L.L.C. to file an objection to the cure amounts stated in the Motion, grant it leave to file the objection and such other and further relief as may be just and appropriate.

        Paul K. Campsen, Esq. (VSB #18133)
        Kaufman & Canoles, a professional corporation
        150 West Main Street, Suite 2100
        Norfolk, VA  23510
        Telephone:   (757) 624-3000
        Facsimile:    (757) 624-3169

        and

        Slott, Barker & Nussbaum
        334 East Duval Street
        Jacksonville, Florida 32202
        (904) 353-0033 (Telephone)
        (904) 355-4148 (Telecopy)
        embarker@bellsouth.net (Email)

        /s/ Earl M. Barker, Jr.
        Earl M. Barker, Jr.
        Florida Bar No. 110140

        Attorneys for Durham Plaza Associates, L.L.C.