**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
Jacksonville Division

IN RE:
WINN-DIXIE STORES, INC.,                                    Case No. 05-03817-3F1

          Debtor.                                                Chapter 11
                                                            (Jointly Administered)

**LIMITED OBJECTION OF DURHAM PLAZA ASSOCIATES, L.L.C.**
**TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER**
**(A) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS,**
**CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,**
**(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES**
**AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Durham Plaza Associates, L.L.C. ("Durham") submits this limited objection to the Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief (Motion") and says:

1. Durham leases to Winn-Dixie Raleigh, Inc. ("Debtor") certain nonresidential real property ("Premises") located in the City of Durham, County of Durham, North Carolina, pursuant to the terms of a lease, originally by and between Club Boulevard Investors Limited Partnership ("Club") and Winn-Dixie Raleigh, Inc., dated May 30, 1997, as amended ("Lease"). Club subsequently assigned the Lease to Durham, the current owner of the Premises and the Debtor's landlord.

2. Under the terms of the Lease, the Debtor is responsible for the payment of real property taxes and common area maintenance charges for the Premises.

3. On February 21, 2005 ("Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On the Petition Date, the Debtor owed Durham $31,433.26 for real property taxes due for 2004 and common area maintenance charges of $9,240.52 for 2004 for the Premises pursuant to the Lease terms.

4. Attached as Exhibit "F" to the Motion is a schedule setting forth cure amounts for over 300 real property leases. Schedule "F" provides that the cure amount for the Premises is $0.

5. The Motion and Schedule "F" do not to identify Durham as the owner of the Premises. Instead, they identify Club as the owner, thus failing to provide Durham with adequate notice of the proposed cure amount.

6. Durham objects to the proposed cure amount because it is not accurate. The correct cure amount is $40,672.09.

WHEREFORE, Durham Associates, L.L.C. objects to the proposed cure amount set forth in the Motion and respectfully requests that the Bankruptcy Court determine that $40,672.09 is the correct cure amount.

Paul K. Campsen, Esq. (VSB #18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:     (757) 624-3000
Facsimile:      (757) 624-3169

and

Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202
(904) 353-0033 (Telephone)
(904) 355-4148 (Telecopy)
embarker@bellsouth.net (Email)

/s/ Earl M. Barker, Jr.
Earl M. Barker, Jr.
Florida Bar No. 110140

Attorneys for Durham Plaza Associates, L.L.C.