[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
JACKSONVILLE DIVISION

In re:  

Case No. 3:05-bk-03817-JAF  
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF APPEARANCE AND MOTION FOR RELIEF FROM STAY

    This case came on for consideration upon the Court's own motion. On July 22, 2005, Carroll Cayer, Attorney for Movants filed a Notice of Appearance and Motion for Relief From Stay on behalf of Iris and Sam Davidson without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

    The Notice of Appearance and Motion for Relief From Stay on behalf of Iris and Sam Davidson are stricken from the record.

Dated July 27, 2005

/s/ Jerry A. Funk<br>
Jerry A. Funk<br>
United States Bankruptcy Judge

Copies furnished to:  
Jenifer S. Worley, 50 N. Laura St., Ste 2950, Jacksonville, FL 32202  
Attorneys for Debtor  
US Trustee  
Carroll Cayer, Attorney for Movants, 233 E. Bay St., 8th Floor, Jacksonville, FL 32202

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Jul 27, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 5
```

The following entities were served by first class mail on Jul 29, 2005.
```
aty         +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Carroll Cayer,   233 E. Bay St., 8th Floor,   Jacksonville, FL 32202-3452
            +Jenifer S. Worley,   50 N. Laura St., Ste 2950,   Jacksonville, FL 32202-3627
```

The following entities were served by electronic transmission on Jul 28, 2005 and receipt of the transmission was confirmed on:
```
ust         +E-mail: ustp.region21.or.ecf@usdoj.gov Jul 28 2005 02:49:28     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2005**                    **Signature:** *Joseph Speetjens*