**[3901]** [NOTICE OF EVIDENTIARY HEARING PURSUANT TO RULES 4001, 9014 AND 11 U.S.C. §362(e) SEEKING RELIEF FROM THE AUTOMATIC STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
  
Winn–Dixie Stores, Inc  

Case No. 3:05–bk–03817–JAF
Chapter 11

_____Debtor(s)_____/

## NOTICE OF EVIDENTIARY HEARING PURSUANT TO RULES 4001, 9014 AND 11 U.S.C. §362(e) SEEKING RELIEF FROM THE AUTOMATIC STAY

You are notified that a motion pursuant to Fed. R. Bank. P. 4001 and 9014 seeking relief from the automatic stay imposed by 11 U.S.C. §362 has been filed by: Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor . Pursuant to Fed. R. Bank. P. 4001, you are to receive this notice of an evidentiary hearing which will take place before the Court on August 22, 2005 , at 2:00 p.m. , in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville, Florida.

  1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1.

  2. The hearing may be continued upon announcement made in open court without further notice.

  3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

  4. *Appropriate Attire.* You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

  5. *Avoid delays at Courthouse security checkpoints.* You are reminded that Local Rule 5073–1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

  Dated July 29, 2005 .

BY THE COURT  
David K Oliveria , Clerk of Court  
300 North Hogan Street Suite 3–350  
Jacksonville, FL 32202

Copies furnished to:  
Debtor  
Debtor's Attorney  
Trustee  
Rule 1007(d) unsecured creditors

Jeffrey Becker, Attorney for Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Jul 29, 2005
Case: 05-03817                Form ID: 3901A          Total Served: 3
```

The following entities were served by first class mail on Jul 31, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on Jul 30, 2005 and receipt of the transmission was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Jul 30 2005 01:48:31     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2005**                         **Signature:**        *Joseph Speetjens*