

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Friday
July 29, 2005
10:00 A.M.

*10:00 - 12:15*   **PRO MEMO**  *3:00 - 4:10*

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Approval of Stipulation Between Debtors and Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program Filed by Debtor (1965)

Paul Hubbert - w

Approved - ord/ Denied

John Helfat
Betsy Cox - Wachovia
Eddie Held - Beaver St,
     Jaru
     Southland

Bungay: Ken Jacobs

Trade Vendors: Mark Friedman
   Clorox etc.

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD
                MATTHEW S. BARR

Dennis Dunne ?

**RULING:**