UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.:  3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

      Debtors.                              Jointly Administered

**REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

The following parties in interest in these Cases:  1) Chester Dix Jefferson Corporation; 2) Chester Dix Alexandra Corporation; 3) Chester Dix Fort Corporation; 4) Chester Dix Pikeville Corporation; 5) Chester Dix Florence Corporation; 6) Chester Dix Newman Corporation; 7) Chester Dix Hurst Corporation; 8) Chester Dix Lake Corporation; 9) Chester Dix Williston Corporation; 10) Chester Dix Crawfordville Corporation; 11) Chester Dix Crescent Corporation; 12) Chester Dix Wauchula Corporation; and 13) Chester Dix LaBelle Corporation ("the Parties in Interest"), hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise.  All such notices and papers should be directed to

the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: August 1, 2005.

    Jacksonville, Florida

    HELD & ISRAEL

    By: _____
    Edwin W. Held, Jr., Esquire
    Florida Bar #162574
    Adam N. Frisch, Esquire
    Florida Bar #635308
    1301 Riverplace Blvd., Suite 1916
    Jacksonville, Florida 32207
    (904) 398-7038 Telephone
    (904) 398-4283 Facsimile

    and

    ROETZEL & ANDRESS
    Diana M. Thimmig, Esquire
    Ohio Bar #0016011
    1375 East Ninth Street
    One Cleveland Center, Ninth Floor
    Cleveland, OH  44114
    (216) 623-0150 Telephone
    (216) 623-0134 Facsimile
    Co-counsel for 1) Chester Dix Jefferson
    Corporation; 2) Chester Dix Alexandra
    Corporation; 3) Chester Dix Fort Corporation;
    4) Chester Dix Pikeville Corporation; 5)
    Chester Dix Florence Corporation; 6) Chester
    Dix Newman Corporation; 7) Chester Dix Hurst
    Corporation; 8) Chester Dix Lake Corporation;
    9) Chester Dix Williston Corporation; 10)
    Chester Dix Crawfordville Corporation; 11)
    Chester Dix Crescent Corporation; 12) Chester
    Dix Wauchula Corporation; and 13) Chester Dix
    LaBelle Corporation