UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
TAMPA, FLORIDA

2005 JUL 28 AM 10: 44

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

In re:                                            Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC.                           Chapter 11
    Debtor.
_____/

## CASSELSQUARE, LLC'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

CASSELSQUARE, LLC hereby makes this application for the payment of expenses related to the administration of the estate in these proceedings.

CASSELSQUARE, LLC requests payment of administrative expenses allowable under 11 USC §503(b)(1)(A) and administrative rent for the use of the property located at 944 East State Road 436, Casselberry, FL 32730 ("Property"). Pursuant to the lease under which the Debtor leased the Property, as additional rent, the Debtor was responsible for property taxes. The estimated amount of the tax assessment for the period from the petition date (2/21/2005) to the date of the rejection (05/19/05) is $6,585.13. CASSELSQUARE, LLC requests payment of the post petition taxes owed for the period that the Debtor was in possession of the Property.

WHEREFORE, CASSELSQUARE, LLC requests that this Court, after notice and any requested hearing, allow as administrative expenses in these proceedings the additional post petition rent for taxes assessed on the Property for the period from date of the petition to the date of the rejection of the lease.

I HEREBY CERTIFY copy of the foregoing was served via First Class U.S. Mail upon all parties on the attached service list this 27 day of July, 2005.

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys for Casselsquare, LLC
101 NE Third Ave., Suite 1800
Fort Lauderdale, FL 33301
Telephone:   (954) 462-8000
Facsimile:   (954) 462-4300

By: _____
    Lisa M. Schiller
    Florida Bar No.: 984426
    Craig A. Pugatch
    Florida Bar No.: 653381

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys at Law
(954)462-8000

**Adam Ravin**
Attorney for Winn-Dixie Stores, Inc.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**James H. Post**
Attorney for Winn-Dixie Stores, Inc.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Cynthia C. Jackson**
Attorney for Winn-Dixie Stores, Inc.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**Patrick P. Patangan**
Attorney for Unsecured Creditors Committee
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

**John B. Macdonald**
Attorney for Unsecured Creditors Committee
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**Dennis F. Dunne**
Attorney for Unsecured Creditors Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Elena L Escamilla**
U.S. Trustee
135 W Central Blvd., Ste 620
Orlando, FL 32806