

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
July 29, 2005
10:00 A.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | PAGE 1 OF 5 |
|---|---|---|

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Sell Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief Filed by Debtor (1961)

**PURCHASER:**   (1) Baker Foods, Inc., Store 452 (Doc. 2301)

*JEFFREY MYERS*
*ARANOV*

    (a) Objection to Store 452 by Aronov Realty, Cliffdale Corner and New Plan Excel Realty Trust, Inc. (Doc. 2146)

*Approved - ord / Jackson*

(2) Associated Wholesale Grocers, Inc. and Alex Lee, Inc., Stores 10, 808, 825, 827, 880, 882, 903, 912, 918, 1049, 1297, 2001, 2003, 2008, 2045, 2063, 2083, 2093, 2099, 2718, 1301, 1314, 1362, 1413, 1471, 1547, 2622, and 2640 (Doc. 2318)

*10, 880, 2003, 2008, 2063, 2083, 2093, 2718, 1301, 1314, 1362, 1471, 1547, 2622, 2640 & 825 ok ord/Jackson*

    (a) Objection to Store 1297 by Westside City, Inc. (Doc. 2176)   *EDDIE HEID 1297 & 2045*

*obj to #2718 - Approved ord / Jackson*

    (b) Objection to Store 2008 by E & A Financing, II, L.P. (Doc. 2202)

*#2718*
*Alex Lee - Charles Gibbs*

    (c) Objection to Store 882 by Aronov Realty Cliffdale Corner and New Plan Excel Realty Trust, Inc. (Doc. 2146)

*2001 & 2003 + 2718 - Robert Lehane - developer*    *Anne Whitlock Robert Wilcox*
*912 - John Robertson*



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
July 29, 2005
10:00 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.                                                   PAGE 2 OF 5

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

(d) Objection to Stores 2063 and 2008 by Allied Capital Corp. (Doc. 2341)

**PURCHASER:**      (3) Alex Lee, Inc., Store 805 (Doc. 2320)

*Approved - ord/Jackson*

*Amended* (4) MOMO Management, Inc. or Four Florida Shopping Centers Store 360 (Doc. 2308)

*w/drawn - rts w/d - Jackson*
*Approved - ord Jackson*

(a) Objection to Store 360 by Florida Tax Collectors (Doc. 2337)

(b) Objection to Store 360 by Allied Capital Corp. (Doc. 2341)

**PURCHASER:**      (5) Supervalu entities, Stores 1303, 1317, 1323, 1349, 1328, separate fuel station 1374, 1806, 2623, <u>2708,</u> 2710, 2717, 2720, 2727, 2730, <u>2732</u>, 2733, 2736, 2740 and 2743 (Doc. 2313)

*2710 - Eddie Heid - obj w/d*
*2017 + 2736 - Jeffrey Myers - obj w/d*

*Approved to all ex 2708, 2732*
*ord/Jackson*         *Cont'd til 8/18*

*2732 + 2708: Mark Kelly cont'd to afternoon*

*2733 - Ken Jacobs*

(a) Objection to Store 2710 by William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust (Doc. 2134)

*Gerald Title*



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
July 29, 2005
10:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    PAGE 3 OF 5

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

(b) Objection to Store 2732 by Bank of America, N.A. (Doc. 2197)

(c) Objection to Store 2708 by E & A Southeast II L.P. (Doc. 2203)

(d) Objection to Stores 2717 and 2736 by Aronov Realty Cliffdale Corner and New Plan Excel Realty Trust, Inc. (Doc. 2146)

(e) Objection to Store 2733 by Spectrum Cauble Mgmt, LLC (Doc. 2273)

(f) Objection to Store 2710 by Allied Capital Corp. (Doc. 2341)

**PURCHASER:**    (6) Reynold's IGA, Inc., Store 42, 158 (Doc. 2306) (Cont'd from 7/27)

*[handwritten notes:]*
Reynolds: Rick Thames
Bank/Amer: Matt Kelley
Wm Kuegle
obj to Store 1242 Bi-Lo w/drawn in ct by Easter Hill (can come off list) 8/4 hrg
obj sustained w/o prejudice
ord/ Busey
— Bi Lo ord signed



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
July 29, 2005
10:00 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    PAGE 4 OF 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

PURCHASER:    (7) Wal-Mart Stores, Inc. Store 739 (Doc. 2319) (Cont'd from 7/27)

(a) Objection to Store 739 by Florida Tax Collectors (Doc. 2337)

(b) Objection to Store 739 by Developers Diversified (Doc. 2494)

*[Handwritten notes:]*
739 - John Longmire for Walmart
Developers: Robert Lehane P
W - Jason Canty

Approved m/ [sale] to Wal-Mart
ord/ submitted (Judge wants to look it over)
Under advisement
[1st to Reorganize]

APPEARANCES ON PAGE 5



**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Friday
July 29, 2005
10:00 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    PAGE 5 OF 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN D. MACDONALD |
| | MATTHEW S. BARR |
| DEVELOPERS DIVERSIFIED: | ROBERT LEHANE |
| FLORIDA TAX COLLECTORS: | BRIAN FITZGERALD |
| WILLIAM J. WADE AND WILMINGTON TRUST CO. AS CO-TRUSTEES OF SOUTHLAND-CONYERS W.D. DELAWARE BUSINESS TRUST: | EDWIN HELD |
| WESTSIDE CITY, INC. | EDWIN HELD |
| BANK OF AMERICA, N.A. | EDWIN HELD |
| E & A FINANCING II, LP | EDWIN HELD |
| E & A SOUTHEAST II LP | EDWIN HELD |
| ARONOV REALTY, CLIFFDALE CORNER AND NEW PLAN EXCEL REALTY TRUST, INC | DAVID POLLACK |
| SPECTRUM CAUBLE MANAGEMENT, LLC | ELIZABETH BAER |
| ALLIED CAPITAL CORP. | NINA LAFLEUR |