UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

The Court finds that the Entry of Appearance and Request for Notice filed by Alfred C. Knight on behalf of MeadWestvaco Corporation on July 25, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Entry of Appearance and Request for Notice filed by by Alfred C. Knight on behalf of MeadWestvaco Corporation on July 25, 2005 is stricken from the record.

**DATED July 29, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Alfred C. Knight, Assistant General Counsel, MeadWestvaco Corp., One High Ridge Park, Stamford, CT 06905