EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1234
Cayce, South Carolina

Lease: Ground Lease dated April 16, 1998 between Parkland Associates, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Declaration and Short Form Lease dated April 16, 1998, recorded in Book 4823, Page 261, of the public records of Lexington County, South Carolina

Amendments/ Guaranty:

Notice of Transfer of Tenant's Interest in Lease dated June 29, 2000, recorded in Book 5915, Page 64, of the public records of Lexington County, South Carolina

Premises: That certain store building and related improvements located at 300 Knox Abbot Drive, Cayce, Lexington County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

## EXHIBIT B

All that certain piece, parcel or lot of land with improvements thereon shown on the plan Cover Sheet for Winn Dixie, Parkland Shopping Center, prepared for Winn Dixie Stores, Inc., Charlotte West by Hass & Hilderbrand, Inc., dated August 8, 1996, and last revised _____, 1998 and shown on "ALTA/ACSM Class "A" Land Title Survey for Winn Dixie Stores, Inc., Parkland Shopping Center" prepared by B.P. Barber & Associates, Inc., dated December 8, 1995, last revised March 18, 1998, and recorded in the Register of Deeds Office for Lexington County in Plat Book \_\_\_\_\_ at Page \_\_\_\_\_; and according to survey having the following metes and bounds:

Commencing at the Northeastern Right-of-Way of U.S. Highway No.'s 21, 176 and 321 and S.C. Highway No. 2 thence along the Eastern Right-of Way of S.C. Highway No. 2 in a Northwesterly direction as follows:

N 14 35' 49"W a distance of 201.97' to a point; thence N 14 26' 42"W a distance of 109.91' to a point; thence N 13 25' 29"W a distance of 90.12' to a point; thence N 10 31" 04"W a distance of 33.12' to a point; known as the POINT OF BEGINNING. Thence N 10 31' 04"W a distance of 66.79' to a point; thence N 07 24' 44"W a distance of 99.93' to a point; thence N 04 24' 42"W a distance of 100.18' to a point; thence N 01 17' 00"W a distance of 67.16' to a point; thence N 01 15' 53"W a distance of 32.89 to a point; thence N 01 50' 12"E a distance of 75.54 to a point; thence N 01 48' 40"E a distance of 24.46' to a point; thence N 05 00' 36"E a distance of 102.15' to a point; thence N 04 58' 12"E a distance of 114.12' to a point; thence N 05 02' 18"E a distance of 72.25' to a point; thence S 79 41' 18"E a distance of 146.29' to a point; thence S 66 51' 11"E a distance of 187.62' to a point; thence S 23 08' 49"W a distance of 48.30' to a point; thence S 22 19' 15"E a distance of 112.90' to a point; thence S 67 30' 36"W a distance of 37.50' to a point; thence S 45 31' 54"W a distance of 25.67' to a point; thence S 22 19' 15"E a distance of 51.86' to a point; thence S 67 40' 45"W a distance of 21.76' to a point; thence S 22 19' 15"E a distance of 265.07 to a point; thence S 67 40' 45"W a distance of 163.39' to a point; thence S 59 10' 21"W a distance of 158.16' to a point; thence S 74 19' 21"W a distance of 97.59' to a point; returning to the POINT OF BEGINNING. The subject property just described contains 5.10 Acres and is located in the City of Cayce, South Carolina.

TMS#:    portion of 4648-01-01

1234
300 Knox Abbot Drive
Cayce, South Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # **1242**
Clemson, South Carolina

Lease: Lease dated October 4, 1993 between Langston Place, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated October 4, 1993, recorded in Book 263, Page 57, of the public records of Pickens County, South Carolina

Amendments/
Guaranty:

Supplemental Lease Agreement dated November 22, 1994

Premises: That certain store building and related improvements located at 500-1 Old Greenville Highway, Clemson, Pickens County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "B"

LEGAL DESCRIPTION

That certain piece, parcel or tract of land located in Clemson, Pickens County, South Carolina, more particularly described as follows:

THAT certain piece, parcel or tract of land, situate, lying and being in the Town of Clemson, Pickens County, South Carolina, on the southeastern side of SC Hwy. 93, the western side of Stardust Lane and the northern side of Liberty Lane and having the following metes and bounds according to site plan entitled "Proposed Winn-Dixie" by Narramore Associates, Inc. dated August 16, 1993.

BEGINNING at the point of intersection of the northern right of way of Liberty Lane with the western right of way of Stardust Lane and running thence with the northern right of way of Liberty Lane N. 86-59-30 W. 133.96 feet to a point; thence N. 88-40-55 W. 150.13 feet to a point; thence N. 88-56-00 W. 245.70 feet to an iron pin; thence leaving said right of way and running N. 08-18-00 W. 100.90 feet to an iron pin; thence N. 21-09-00 W. 90.4 feet to a point at the corner of an outparcel; thence with the outparcel N. 42-25-19 E. 175.38 feet to a point; thence N. 47-34-41 W. 150.00 feet to a point on the southeastern right of way of SC Hwy. 93; thence with said right of way of SC Hwy. 93 N. 42-25-19 E. 528.42 feet to an iron pin; thence leaving said right of way and running S. 53-37-30 E. 106.99 feet to a point; thence N. 36-39-44 E. 101.59 feet to a point; thence S. 49-31-21 E. 70.73 feet to a point; thence S. 76-39-35 E. 157.83 feet to an iron pin on the western right of way of Stardust Lane; thence with said right of way of Stardust Lane S. 10-21-18 W. 171.66 feet to a point; thence S. 12-41-21 W. 48.60 feet to a point; thence S. 12-41-21 W. 220.78 feet to a point; thence S. 16-40-12 W. 202.65 feet to a point at the intersection of said right of way with the northern right of way of Liberty Lane, being the point of beginning.

1242
500-1 Old Greenville Highway
Clemson, South Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # **1248**
Hampton, South Carolina

Lease: Lease dated July 22, 1994 between Retail Center-Hampton, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated July 22, 1994, recorded in Book Misc. 16, Page 12, of the public records of Hampton County, South Carolina

Amendments/
Guaranty:

Letter Agreement dated April 5, 1995

Supplemental Lease Agreement dated January 30, 1996

Amendment to Lease dated December 5, 1996, as evidenced by Amendment to Short Form Lease dated December 5, 1996, recorded in the public records of Hampton County, South Carolina

Notice of Transfer of Tenant's Interest in Lease dated June 29, 2000, recorded in Book 17, Page 119, of the public records of Hampton County, South Carolina

Amendment to Lease dated December 5, 1998, by and between Retail Center – Hampton, L.L.C., Landlord, and Winn-Dixie Charlotte, Inc., Tenant.

Notice of Transfer of Tenant's Interest in Lease dated July 29, 2000, by and between Winn-Dixie Charlotte, Inc. (as successor tenant to Winn-Dixie Greenville, Inc.), as successor by name change to Winn-Dixie Midwest, Inc., as successor by merger between Winn-Dixie Midwest, Inc. and Winn-Dixie Charlotte, Inc., Tenant, and Winn-Dixie Raleigh, Inc., Successor Tenant.

Premises: That certain store building and related improvements located at 1703 Elm Street W, Hampton, Hampton County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION



EXHIBIT "A-1"

1248
1703 Elm Street W
Hampton, South Carolina

# LEGAL DESCRIPTION

I, M. Todd Hass, a registered Land Surveyor do hereby certify to West Coast Life Insurance Company, Nationwide Life Insurance Company, Lawyers Title Insurance Corporation and Retail Center - Hampton LLC that this plat of survey represents a true and correct survey made by me on June 18, 1996, of the following described property:

All that certain piece, parcel or tract of land with improvements thereon, situate, lying and being in the Northwestern section of the Town of Hampton, Hampton County, South Carolina, containing approximately 8.18 acres, more or less having the following boundaries, courses and measurements to wit:

Commencing (P.O.C.) at a P/K nail found at the centerline intersection of U.S. Route No. 278 (Elm St.) and S25-367 (Helen Street) and preceding North 36 degrees 18 minutes 41 seconds West. A distance of 232.33 to a concrete monument found in the northeastern most corner of said tract - the True Point of Beginning (P.O.B.)

Thence S 41°50'24" W for a distance of 291.47 feet to a concrete monument; Thence S 48°07'38" E for a distance of 200.74' feet to a rebar iron pin found; S 41°42'35" W for a distance of 49.99' feet to a concrete monument; Thence N 48°07'51" W for a distance of 100.15' feet to a concrete monument ; Thence S 41°46'16" W for a distance of 185.53" ft. to a rebar iron pin found; Thence S 62°41'18" W for a distance of 95.66' feet to a 1/2 inch rod found; Thence S 32°52'07" W for a distance of 95.34' feet to a 1/2 inch rod found; Thence N 64°04'46" W for a distance of 13.30' feet to a rebar iron pin found; Thence N 33°29'34" E for a distance of 135.85 feet to a rebar iron pin set; Thence N 80°28'21"W for a distance of 85.13' feet to a rebar iron pin found; Thence N 47°42'01" W for a distance of 194.96' feet to a rebar iron pin found; Thence N 05°38'31" W for a distance of 46.16' feet to a rebar iron pin set; Thence N 72°05'49" W for a distance of 14.33' feet to a rebar iron pin found; Thence N 78°38'30" W for a distance of 69.31' feet to a #5 rebar iron pin found; Thence S 67°21'14" W for a distance of 47.46' feet to a #5 rebar iron pin found; Thence S 65°07'39" W for a distance of 39.56' feet to a #5 rebar iron pin; Thence S35°36'41" W for a distance of 39.06' feet to a rebar iron pin set; Thence S 40°03'35" E for a distance of 154.22' feet to a marked cypress tree; Thence S 39°57'25" W for a distance of 21.32' feet to a #5 rebar iron pin found; Thence N 40°02'01" W for a distance of 147.25' feet to an rebar iron pin set; Thence S 47°20'53" W for a distance of 44.35' feet to a #6 rebar iron pin found; Thence N 48°19'26" W for a distance of 72.00' feet to a concrete monument; Thence N 48°08'41" W for a distance of 100.97' feet to a concrete monument; Thence N 48°07'13" W for a distance of 25.74' feet to a concrete monument; Thence N 41°46'13" E for a distance of 305.71' feet to a concrete monument; Thence S 48°05'12" E for a distance of 195.20' feet to a rebar iron pin found; Thence N 41°48'00" E for a distance of 292.60' feet to a concrete monument; Thence S 48°09'30" E for a distance of 382.43' returning to the POINT OF BEGINNING.

<u>LESS AND EXCEPTING:</u> All that certain piece, parcel or lot of land designated as "Lift Station" on said plat heretofore conveyed to the Town of Hampton by deed of Hampton Associates, a West Virginia Limited Partnership recorded in the Office of the Clerk of Court for Hampton County in Deed Book D-186, Page 11-12, on September 26, 1995.

The above described tract contains 356,299 Sq. Ft./8.1795 Acres.

This is the same property conveyed to Greenbrier Healthcare Limited Partnership by Hampton Associates, a West Virginia Limited Partnership, recorded in Deed Book D-191 at Pages 160-165, on May 17, 1996, in the office of the Clerk of Court for Hampton County.

Tax Parcel No.: 101-00-00-127.
Grantee Address: c/o Steven F. White, 378 Knollwood Dr.
Charleston, West Virginia 25302

Exhibit "B-1"

1248
1703 Elm Street W
Hampton, South Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1938
Chattanooga, Tennessee

Lease: Lease dated September 9, 1994 between Excel Realty Partners, L.P., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated September 9, 1994, recorded in Book 4438, Page 246, of the public records of Hamilton County, Tennessee

Amendments/
Guaranty:

First Amendment to Lease dated September 1, 1995, by and between St. Elmo Associates, L.P., Landlord, and Winn-Dixie Atlanta, Inc., Tenant.

First Amendment to Short Form Lease dated September 1, 1995, by and between St. Elmo Associates, L.P., Landlord, and Winn-Dixie Atlanta, Inc., Tenant.

Supplemental Lease Agreement dated March 27, 1996, by and between by and between St. Elmo Associates, L.P., Landlord, and Winn-Dixie Atlanta, Inc., Tenant.

Second Amendment to Short Form Lease dated January 8, 1997, by and between Excel Realty Partners, L.P., Landlord, and Winn-Dixie Atlanta, Inc., Tenant.

Second Amendment to Shopping Center Lease dated January 8, 1997, by and between Excel Realty Partners, L.P., Landlord, and Winn-Dixie Atlanta, Inc., Tenant.

Notice of Assignment of Lease and Affidavit Re: Merger dated April 21, 2005, by and between Winn-Dixie Montgomery, Inc., and Winn-Dixie Raleigh, Inc.

Premises: That certain store building and related improvements located at 3801 Tennessee Ave., Chattanooga, Hamilton County, Tennessee

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "A-2"

SHOPPING CENTER LEGAL DESCRIPTION

All that tract or parcel of land lying and being in the City of Chattanooga, Hamilton County, Tennessee, being more particularly described as follows:

Commence at the point where the northern right of way of West 40th Street (as widened to 40 feet from the centerline) intersects the former centerline of Cowart Street if both lines were extended. Said point is THE TRUE POINT OF BEGINNING of the property herein described.

From the Point of Beginning, run thence with the northern right of way of West 40th Street South 66 degrees 10 minutes 00 seconds West 33.77 feet to a point; and thence leaving the northern right of way of West 40th Street North 23 degrees 30 minutes 00 seconds East 212.87 feet to a point; thence North 66 degrees 38 minutes 45 seconds West 357.70 feet to a point; thence North 17 degrees 15 minutes 00 seconds West 129.71 feet to a point; thence North 66 degrees 56 minutes 00 seconds West 103.87 feet to a point; thence South 68 degrees 05 minutes 30 seconds West 42.44 feet to a point; thence North 26 degrees 57 minutes 00 seconds East, 80.29 feet to a point; thence North 23 degrees 50 minutes 00 seconds East 84.94 feet to a point; thence North 24 degrees 10 minutes 00 seconds East 157.40 feet to a point; thence North 26 degrees 18 minutes 58 seconds East 58.54 feet to a point; thence North 23 degrees 11 minutes 30 seconds East 39.35 feet to a point; thence North 66 degrees 44 minutes 11 seconds West 204.01 feet to a point in the eastern right of way of Tennessee Avenue; thence in a northerly direction along the eastern right of way of Tennessee Avenue North 23 degrees 16 minutes 17 seconds East 2.49 feet to a point; thence continuing with the eastern right of way of Tennessee Avenue along a clockwise arc with a radius of 324.91 feet a total distance of 168.21 feet to a point; thence leaving the eastern right of way of Tennessee Avenue South 66 degrees 44 minutes 11 seconds East 165.45 feet to an iron pin, thence South 75 degrees 13 minutes 00 seconds East 3.00 feet to an iron pin, thence North 24 degrees 13 minutes 00 seconds East 50.40 feet to an iron pin, thence South 66 degrees 10 minutes 00 seconds East 114.15 feet to an iron pin, thence North 23 degrees 30 minutes 00 seconds East 104.84 feet to a point, thence South 46 degrees 12 minutes 00 seconds East 509.53 feet to a point in the former centerline of Cowart Street; thence in a southwesterly direction along the former centerline of Cowart Street South 23 degrees 30 minutes 00 seconds West 823.70 feet to the Point of Beginning.

Reference is made to Final Plat, 3rd Revised Plan Resubdivision of Tract 1 prepared by Hopkins Surveying Group, Inc. dated September 11, 1996, last

1938
3801 Tennessee Ave.
Chattanooga, Tennessee

revised September 16, 1996, recorded in Plat Book 54, Page 191 in the Register's Office of Hamilton County, Tennessee.

390333

PA... REGISTER
HAMILTON COUNTY
STATE OF TENNESSEE

'97 MAY 6 PM 2 12

BY [signature] DEPUTY
RECPT. # 917392

1938
3801 Tennessee Ave.
Chattanooga, Tennessee

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1942
Hixson, Tennessee

Lease: Lease dated November 4, 1994 between North Hixson, L.L.C., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated November 4, 1994, recorded in Book 4430, Page 508, of the public records of Hamilton County, Tennessee

Amendments/ Guaranty:

First Amendment to Lease dated September 15, 1995

Supplemental Lease Agreement dated March 1, 1996

Notice of Assignment of Lease and Affidavit Re: Merger dated April 21, 2005, by and between Winn-Dixie Montgomery, Inc., and Winn-Dixie Raleigh, Inc.

Sublease(s):

Lease dated April 16, 1996, by and between Winn-Dixie Montgomery, Inc., Lessor, and SunTrust Bank, Chattanooga, N.A., Lessee.

Amendments to Sublease(s):

Lease Amendment and Extension Agreement dated November 29, by and between Winn-Dixie Montgomery, Inc., Lessor, and SunTrust Bank, successor in interest to SunTrust Bank, Chattanooga, N.A., Lessee.

Second Amendment and Extension Agreement dated June 30, 2002, by and between Winn-Dixie Montgomery, Inc., Lessor, and SunTrust Bank, successor in interest to SunTrust Bank, Chattanooga, N.A., Lessee.

Premises: That certain store building and related improvements located at 8530 Hixson Pike, Hixson, Hamilton County, Tennessee

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "B"

LEGAL DESCRIPTION

That certain piece, parcel or tract of land located in Hamilton County, Tennessee, more particularly described as follows:

SHOPPING CENTER PARCEL
(including Wetland Mitigation Area)

Being a tract or parcel of land lying and being in the Third Civil District of Hamilton County, Tennessee and more fully described as follows:

Beginning at a new iron pin located along the westerly side of a 50.00 foot right-of-way along Columbus Road at the northeast corner of the McConnell Elementary School Property as described in Deed Book 1757, Page 39, Registers' Office of Hamilton County, Tennessee and further described by a line agreement drawing by Betts Engineering Associates, Inc. (DWG 5200-60-166, as revised 3/21/94) between Lawrence Reeve and James H. Cooley based in part on survey of S & N Engineering Assoc., Inc. dated 12/14/78;

THENCE running with and along the McConnell Elementary School Property South 59°21'53" West, a distance of 705.68 feet to a new iron pin located on the easterly side of a 50 foot right-of-way along McConnell Drive;

THENCE continuing along said right-of-way North 25°54'18" West, a distance of 13.09 feet to an old iron pin found;

THENCE continuing along said right-of-way North 25°54'18" West, a distance of 211.98 feet to a point marking the northwest corner of Outlot 3, said point also being the true POINT OF BEGINNING of the herein described Shopping Center Parcel;

THENCE continuing along said right-of-way North 25°54'18" West, a distance of 39.22 feet to the southwest corner of Outlot 2;

THENCE leaving said right-of-way and along the south line Outlot 2, North 58°08'37" East, a distance of 146.37 feet to the southeast corner of Outlot 2;

THENCE with the east line of Outlot 2, North 31°51'23" West, a distance of 250.01 feet to the northeast corner of Outlot 2;

THENCE with the north line of Outlot 2, South 58°08'38" West, a distance of 120.31 feet to a point, said point being located on the easterly side of a 50 foot right-of-way along McConnell Road and marking the northwest corner of Outlot 2;

THENCE continuing along said right-of-way North 25°54'18" West, a distance of 165.89 feet to a point marking the southwest corner of Outlot 1;

1942
8530 Hixon Pike
Hixson, Tennessee

EXHIBIT "B"

LEGAL DESCRIPTION

THENCE leaving said right-of-way with the south line of Outlot 1, North 58°08'27" East, a distance of 179.11 feet to the southeast corner of Outlot 1;

THENCE with the east line of Outlot 1, North 31°51'23" West, a distance of 218.71 feet to a point, said point being located on the southerly side of a 100 foot right-of-way along Hixson Pike and being the northeast corner of Outlot 1;

THENCE along said right-of-way along a 3,769.72 foot radius curve to the right an arc distance of 316.83 feet (said arc being subtended by a chord having a bearing North 59°10'38" East and being 316.74 feet in length) to an old iron pin found marking the northwest corner of The Golden Gallon, Inc. property, as shown in Deed Book 4093, Page 558 and Plat Book 49, Page 365;

THENCE leaving said right-of-way with the west line of the Golden Gallon property South 26°44'33" East, a distance of 200.00 feet to an old iron pin found;

THENCE with the south line of the Golden Gallon property North 63°15'27" East, a distance of 154.00 feet to an old iron pin found;

THENCE with the south line of the Golden Gallon property North 45°43'44" East, a distance of 97.03 feet to an old iron pin found, said iron pin being located along the westerly side of a 50.00 foot right-of-way along Columbus Road;

THENCE along said right-of-way South 41°51'48" East, a distance of 299.97 feet to an old iron pin found marking the northeast corner of Outlot 3;

THENCE leaving said right-of-way with the northwest line of Outlot 3 South 22°06'27" West, a distance of 172.70 feet to a point;

THENCE with the northwest line of Outlot 3 South 11°55'44" West, a distance of 273.03 feet to a point;

THENCE South 43°00'28" West, a distance of 135.13 feet to a point;

THENCE South 59°21'53" West, a distance of 67.85 feet to a point;

THENCE North 30°38'07" West, a distance of 76.95 feet to a point;

THENCE North 59°21'53" East, a distance of 119.15 feet to a point;

THENCE North 21°41'30" East, a distance of 132.32 feet to a point;

THENCE South 58°08'37" West, a distance of 525.92 feet to a point, said point also being the POINT OF BEGINNING;

Said Shopping Center Parcel containing 9.04 acres, more or less as shown on that certain survey for SouthTrust Bank of Alabama, National Association and the applicable title company, prepared by Piedmont Olsen Hensley, bearing the certification of Ronald E. Watson, Tennessee Registered Land Surveyor No. 753, dated February 14, 1994, as revised October 20, 1994.

1942
8530 Hixon Pike
Hixson, Tennessee



EXHIBIT "A"

SITE PLAN

1942
8530 Hixson Pike
Hixson, Tennessee

EXHIBIT "A"

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1944
Harrison, Tennessee

Lease: Lease dated September 12, 1995, between Greenwood, L.L.C., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated September 12, 1995, recorded in Book 4561, Page 541, of the public records of Hamilton County, Tennessee

Amendments/
Guaranty:

Notice of Assignment of Lease and Affidavit Re: Merger dated April 21, 2005, by and between Winn-Dixie Montgomery, Inc., and Winn-Dixie Raleigh, Inc.

Sublease(s):

Lease dated June 18, 1996, by and between Winn-Dixie Atlanta, Inc., Lessor, and SunTrust Bank, Chattanooga, N.A., Lessee.

Amendment to Lease dated ________, 1996

Amendments to Sublease(s):

Lease Termination Agreement dated August 31, 2000, by and between Winn-Dixie Montgomery, Inc., successor in interest by merger from Winn-Dixie Atlanta, Inc., Lessor, and SunTrust Bank, successor in interest by merger from SunTrust Bank, Chattanooga, N.A., Lessee.

Premises: That certain store building and related improvements located at 8634 Highway 58, Harrison, Hamilton County, Tennessee

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

**EXHIBIT "B"**

**LEGAL DESCRIPTION**

That certain piece, parcel or tract of land located in Chattanooga, Hamilton County, Tennessee, more particularly described as follows:

Being a parcel or tract of property located in the Second Civil District of Hamilton County, Tennessee and more particularly described as follows:

Beginning at a point located North 36 Degrees 49 Minutes 30 Seconds East a distance of 354.94 feet from the intersection of the northern right-of-way of Greenwood Road and the eastern right-of-way of Highway 58;

Thence with the eastern right-of-way of Highway 58 North 36 Degrees 49 Minutes 30 Seconds East, a distance of 320.00 feet to a concrete Right-of-Way monument;

Thence North 30 Degrees 42 Minutes 18 Seconds East, a distance of 366.09 feet to a point on the eastern Right-of-Way of Highway 58 and the south west corner to a Joint Access Easement;

Thence South 53 Degrees 10 Minutes 30 Seconds East, a distance of 449.41 feet to a point;

Thence South 24 Degrees 22 Minutes 12 Seconds West a distance of 24.79 feet to a point on the Fugate-Jolley line;

Thence South 32 Degrees 17 Minutes 35 Seconds West, a distance of 98.08 feet to a iron pin found;

Thence South 33 Degrees 00 Minutes 17 Seconds West, a distance of 54.30 feet to a iron pin found;

Thence South 20 Degrees 04 Minutes 17 Seconds West, a distance of 289.14 feet to a point on the northwestern Right-of-Way of Greenwood Road;

Thence South 70 Degrees 24 Minutes 10 Seconds West, a distance of 96.25 feet to a point on the northwestern Right-of-Way of Greenwood Road;

Thence South 67 Degrees 42 Minutes 09 Seconds West, a distance of 186.29 feet to a point on the northwestern Right-of-Way of Greenwood Road and the herein described property;

Thence North 22 Degrees 17 Minutes 51 Seconds West, a distance of 17.74 feet to a point;

Thence North 53 Degrees 10 Minutes 30 Seconds West, a distance of 346.37 feet to the POINT OF BEGINNING.

Containing 311989.5 square feet or 7.16 acres, more or less.

1944
8634 Highway 58
Harrison, Tennessee

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2004
Charlotte, North Carolina

Lease: Lease dated December 1, 1995 between Paw Creek, L.L.C., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated December 1, 1995, recorded in Book 8922, Page 374, of the public records of Mecklenburg County, North Carolina

Amendments/
Guaranty:

Supplemental Lease Agreement dated December 19, 1995

Premises: That certain store building and related improvements located at 525 Little Rock Road, Charlotte, Mecklenburg County, North Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

**EXHIBIT "A"**

**Shopping Center Tract**

BEGINNING at an old concrete monument located near the northwestern margin of the right-of-way for Little Rock Road (State Road No. 1641) (sixty foot right-of-way) and in a common property line formed by the southerly margin of lands now or formerly owned by Pawtuckett Assoc. Joint Venture (see Deed Book 6726, Page 386 of the Mecklenburg County Public Registry) and the northerly margin of lands now or formerly owned by Mary Marshall Williams (see Deed Book 1516, at Page 471 and Will Book 17, at Page 252 of the Mecklenburg County Public Registry) said old concrete monument also being located North 69°29'27" West 34.26 feet from the center line of the aforementioned Little Rock Road, THE TRUE POINT OF BEGINNING; thence from THE TRUE POINT OF BEGINNING, South 69°29'27" East 394.24 feet with the southern border of the lands now or formerly owned by W.F. Pittman (see Deed Book 2996, Page 242 of the Mecklenburg County Public Registry) and Nancy D. Trice (see Deed Book 6788, at Page 50 of the Mecklenburg County Public Registry) to an old iron and stone located in a common corner of the said lands of Nancy D. Trice, the lands now or formerly owned by Ellie McCord Bailey (see Deed Book 1250, at Page 66 of the Mecklenburg County Public Registry), and the real property hereby conveyed; thence North 60°22'05" East 175.10 feet with the southeastern border of the said lands of Nancy D. Trice (passing through an old iron located 29.1 feet from the center line of Freedom Drive- North Carolina Highway No. 27, formerly Thrift Road, (sixty foot right-of-way) to the center line of Freedom Drive; thence with the center line of Freedom Drive South 29°39'53" East 65.66 feet to a point; thence leaving the center line of Freedom Drive South 60°22'05" West 97.01 feet to a point; thence North 77°47'48" West 25.20 feet to a point; thence South 62°13'48" West 77.73 feet to a point; thence South 08°02'00" East 67.04 feet to an old iron pin found; thence continuing South 08°02'00" East 107.18 feet to an old iron found; thence continuing South 08°02'00" East 462.45 feet with western border of the lands now or formerly owned by Ellie McCord Bailey (see Deed Book 1250, at Page 66 of the Mecklenburg County Public Registry), Betty Price (see Deed Book 2488, Page 317 of the Mecklenburg County Public Registry), Henry Eugene Fletcher, et ux. (see Deed Book 1993, Page 295 of the Mecklenburg County Public Registry), Dolores Jean David (See Deed Book 4334, Page 584 of the Mecklenburg County Public Registry), Katherine B. McEntire (see Deed Book 1112, Page 250 of the Mecklenburg County Public Registry), Sarah L. Summerlin (see Deed Book 1354, Page 479 of the Mecklenburg County Public Registry), and Jarvis W. Midgett, et ux. (see Deed Book 2405, Page 482 of the Mecklenburg County Public Registry), passing through an old iron on line of subdivision at 664.95 feet, to a set new iron pin; thence seven new distances and courses as follows: (1) South 81°58'00" West 178.03 feet to a set new iron pin, (2) North 71°19'50" West 134.61 feet to a set new iron pin in the easterly border of the lands of Jerry A. Williams (see Deed Book 5094, at Page 384 of the Mecklenburg County Public Registry), (3) North 71°19'50" West 13.49 feet to a set new iron pin, (4) North 58°01'34" West 143.39 feet to a set new iron pin, (5) South 31°46'25" West 33.88 feet to a set new iron pin, (6) North 71°19'50" West 39.28 feet to a set new iron in the westerly border of the aforesaid lands of Jerry A. Williams, and (7) North 71°19'50" West 307.24 feet, passing through a set new iron pin located in the southeastern margin of the right-of-way of Little Rock Road, to the center line of Little Rock Road; thence with the center line of Little Rock Road, North 26°36'07" East 712.75 feet to THE TRUE POINT OF BEGINNING, and containing 10.692 acres, all as shown on the following surveys: (1) Boundary Survey of the Properties of Mary Marshall McCall Williams, Jerry A. Williams and Nancy Trice, last revised October 17, 1995, by Derrick K. Odom, Registered Land Surveyor (L-3128), Alliance Engineering and Surveying, Monroe, North Carolina and (2) Boundary and Physical Survey of 1.03 acre of land, Properties of Betty Price and Ellie McCord Bailey, dated October 31, 1995, by Derrick K. Odom, Registered Land Surveyor (L-3128), Alliance Engineering and Surveying, Monroe, North Carolina.

AND BEING, in fact, the same property conveyed to Paw Creek, L.L.C., a Georgia limited liability company, by the following deeds: (i) Deed dated ____________________ from Mary M. Williams (formerly known as Mary Marshall McCall) and husband, Samuel W. Williams conveying tract containing 9.121 acres to be recorded in the Mecklenburg County Public Registry contemporaneously herewith; and (2) Deed dated ____________________ from Jerry A. Williams and wife, ____________________ conveying tract containing 0.541 acres to be recorded in the Mecklenburg County Public Registry contemporaneously herewith, (3) Deed dated ____________________ from Betty Price Kirkes (formerly known as Betty Price) and her husband, ____________________, conveying parcel containing 0.54 acres to be recorded in the Mecklenburg County Public Registry contemporaneously herewith; to which deeds and surveys specific reference is hereby made for a more particular description of the above described property.

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # **2051**
Lincolnton, North Carolina

Lease: Lease dated February 19, 1994 between Bennett M. Lifter, as Trustee of the Waikiki Partnership of the Daniel and Helene Lifter Trust Funds, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated February 19, 1994, recorded in Book 865, Page 653 of the public records of Lincoln County, North Carolina

Amendments/
Guaranty:

Supplemental Lease Agreement dated January 29, 1996

Amendment to Lease dated November 14, 1996

Premises: That certain store building and related improvements located at 742 West Highway 27, Lincolnton, Lincoln County, North Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION