EXHIBIT "B"

Being that certain tract of land located in the City of Lincolnton, County of Lincoln and State of North Carolina, and more particularly described as follows:

BEGINNING at a point, said point being in the approximate center of the NC Highway 27/old NC Highway 150 bridge crossing the South Fork Catawba River, and located N 75-39-38 E 184.50 feet from the northwest corner of the concrete headwall of said bridge; Thence from said point of BEGINNING with the center line of NC Highway 27/old NC Highway 150 in a westerly direction S 69-24-39 W 341.82 feet to a point; thence continuing with the center line of NC Highway 27 S 70-05-18 W 13.11 feet to a point; thence N 24-08-15 W 200.54 feet to a point; thence S 70-05-18 W 225.19 feet to a point; thence with a curve to the left (R=15.00', Arc=24.67', Chord bearing S 22-58-32 W, Chord distance=21.98') to a point; thence S 24-08-15 E 135.74 feet to a point; thence with a curve to the left (R=20.00', Arc=29.94', Chord bearing S 67-01-28 E, Chord distance=27.22') to a point in the northern margin of the right-of-way of NC Highway 27; thence S 19-54-42 E 30.00 feet to a point in the center line of NC Highway 27; thence with the center line of NC Highway 27 S 70-05-18 W 78.34 feet to a point; thence N 29-07-00 W 30.39 feet to a point in the northern margin of the right-of-way of NC Highway 27; thence with a curve to the left (R=16.25', Arc=26.73', Chord bearing N 22-58-32 E, Chord distance=23.82') to a point; thence N 24-08-15 W 131.42 feet to a point; thence with a curve to the left (R=20.00', Arc=29.94', Chord bearing N 67-01-28 W, Chord distance=27.22') to a point; thence S 70-05-18 W 139.03 feet to a point in the center line of Spake Road (SR #1224); thence running with the center line of Spake Road in a northwesterly direction the following seven (7) courses and distances: (1) N 28-02-15 W 52.92 feet to a point; (2) N 30-03-53 W 28.28 feet to a point; (3) N 32-10-00 W 30.91 feet to a railroad spike found; (4) N 33-44-50 W 40.71 feet to a point; (5) N 34-30-39 W 41.68 feet to a point; (6) N 34-52-36 W 87.11 feet to a point; (7) N 34-39-47 W 165.37 feet to a railroad spike found (said railroad spike being S 37-27-23 E 145.22 feet from a railroad spike found at the intersection of Spake Road and Lackey Road (SR #1223)); thence turning and running in a northeasterly direction N 64-13-51 E 29.78 feet to a 1.25-inch steel bar in the eastern margin of Spake Road; thence with the southern property line of J. H. Wright, now or formerly (as described in Book 557 at Page 676 of the Lincoln County Public Registry) N 63-09-13 E 192.55 feet to a 3/4-inch pipe; thence with the southern property lines of W. D. Sneed, now or formerly, and P. Beard, now or formerly (as described in Book 555 at Page 100 and Book 569 at Page 336 of the Lincoln County Public Registry, respectively) N 44-44-40 E 279.88 feet to a new #4 rebar set (said point being the northernmost corner of the tract of land described in Book 719 at Page 780 of the Lincoln County Public Registry); thence in the same direction N 44-44-40 E 171.77 feet with a new line to a new #4 rebar set; thence S 53-12-39 E 366.78 feet (passing over a 1-inch pipe found at 266.52 feet) to a point in the approximate center of the South Fork Catawba River; thence S 29-16-25 E 547.72 feet to the point and place of BEGINNING, and containing 11.251 acres (including the rights-of-way of NC Highway 27, old NC Highway 150, and Spake Road) and shown as the "Shopping Center Tract" on a Plat entitled Boundary Survey and Topographic Map entitled "Winn-Dixie Shopping Center" dated January 12, 1994, last revised April 11, 1994, by Matthew J. Lucas, NCRLS #L-3246, Lucas-Forman, Inc., 645-N Pressley Road, Charlotte, NC 28217, and on a Subdivision Plat recorded in Plat Book "G" at Page 95 of the Lincoln County Public Registry.

TOGETHER with all easements, rights and privileges granted, given, reserved and retained for the benefit of the "Shopping Center Tract" pursuant to that "Declaration of Easements and Restrictions" dated February 18, 1994, recorded in Book 858 at Page 599 in the Lincoln County Public Registry.

(a:wwolegal.shw)

2051
742 West Highway 27
Lincolnton, North Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2150
Fort Mill, South Carolina

Lease: Lease dated September 30, 1992 between Springland Associates, LLC, as Landlord and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated September 30, 1992, recorded in the public records of York County, South Carolina

Land Lease dated July 25, 1991 between Springland Associates, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Memorandum of Land Lease dated July 25, 1991, recorded in Book 289, Page 182, of the public records of York County, South Carolina

Amendments/
Guaranty:

Amendment to Lease dated April 11, 1996, as evidenced by Memorandum of Amendment to Lease and Second Amendment to Land Lease dated August 30, 1996, recorded in Book 1693, Page 202, of the public records of York County, South Carolina

Memorandum of Lease and Amendment to Memorandum of Land Lease dated September 30, 1992, recorded in the public records of York County, South Carolina

Second Amendment to Land Lease dated April 11, 1996, as evidenced by Memorandum of Amendment to Lease and Second Amendment to Land Lease dated August 30, 1996, recorded in Book 1693, Page 202, of the public records of York County, South Carolina

Premises: That certain store building and related improvements located at 1329 West Highway 160, Fort Mill, York County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT A

All that certain piece, parcel or lot of land, lying, being and situate in the Town of Fort Mill, York County, State of South Carolina, and being more particularly described as follows:

BEGINNING at point on S. C. Highway No. 160 at corner of S. C. Sec. Highway S-46-648 (a/k/a Munn Road) and running thence along S. C. Highway No. 160 S 35 03 25 E 261.90 feet to a point; thence along line N 35 - 01 - 35 E 436.70 feet to a point; thence along line S 54 - 58 - 25 E 41.47 feet to a point; thence along line of Winn Dixie property S 35 - 01 - 35 W 147.16 feet to a point; thence S 54 - 58 - 25 E 90.00 feet to a point; thence N 35 - 01 - 35 E 115.84 feet to a point; thence S 54 - 58 - 25 E 321.00 feet to a point; thence along line S 35 - 01 - 35 W 73 feet to a point; thence along a line in a westerly direction 60 feet to a point; thence along a line in a northerly direction 175 feet to a point; thence along line N 54 - 58 - 25 W 28.47 feet to a point; thence S 35 - 01 - 35 W 327.35 feet to a point; thence N 37 - 55 - 06 W 14.95 feet to a point; thence S 82 - 04 - 54 W 98.44 feet to a point; thence N 35 - 01 35 E 142.11 feet to the point of beginning.

See attached shaded plot plan for more particular description.

2150
1329 West Highway 160
Fort Mill, South Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 2151
Rock Hill, South Carolina

Lease: Lease dated December 2, 1987 between Belleview Square Corporation, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated December 2, 1987, recorded in Book 1001, Page 78, of the public records of York County, South Carolina.

Amendments/
Guaranty:

Supplemental Lease Agreement dated August 16, 1988 (only executed by Landlord)

Amendment to Lease dated January 4, 1996

Amendment to Short Form Lease dated February 16, 1999, recorded in Book 2620, Page 110, of the public records of York County, South Carolina

Premises: That certain store building and related improvements located at 1401 E. Main Street, Rock Hill, York County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "B"
LEGAL DESCRIPTION

All that tract, piece or parcel of land containing 11.128 acres; said tract being located in York County and in the City of Rock Hill, South Carolina:

Commencing at an iron marker at the Northeast corner of the intersection of East Main Street and Belleview Road; said iron being further described as being on the Northern right of way of East Main Street and on the Eastern right of way of Belleview Street; said iron being designated as P.O.B.; thence going from commencement or beginning point North 30°42'47" West for a distance of 680.89 feet along the Eastern right of way of Belleview Road to an iron marker; thence turning and running North 62°22'49" East for a distance of 679.73 feet along the Southern right of way of Sullivan Street to an iron marker; thence turning and running South 31°20'26" East for a distance of 739.78 feet along the Western right of way of Pinewood Road to an iron marker; thence turning and running South 67°12'17" West for a distance of 693.46 feet along the Northern right of way of S. C. Hwy. #72 East Main Street to the Point of Beginning (P.O.B.).

2151
1401 E. Main Street
Rock Hill, South Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2156
Lake Wylie, South Carolina

Lease: Lease dated October 16, 1996 between Crescent Resources, Inc., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated October 16, 1996, recorded in Book 1673, Page 181, of the public records of York County, South Carolina

Amendments/
Guaranty:

Supplemental Lease Agreement dated July 21, 1997

Premises: That certain store building and related improvements located at 158 Highway 274, Lake Wylie, York County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION



EXHIBIT A

2156
158 Highway 274
Lake Wylie, South Carolina

EXHIBIT "B"
Legal Description

ALL that certain piece, parcel or tract of land lying and being situate in Bethel Township, York County, South Carolina, at the northeastern intersection of S.C. Highway 49 and S.C. Highway 274, containing 11.5976 acres, more or less, and being designated as PARCEL "1" on "Final Plat of Three Points Shopping Center" dated June 4, 1996, prepared for Crescent Resources, Inc. by Timothy D. Turner, S.C.R.L.S., L-10451-B, recorded in PLAT BOOK A-150 at Page 4, Office of the Clerk of Court for York County, South Carolina, to which plat reference is hereby made for a more particular description of the said PARCEL "1".

BEING a portion of the tract identified as CAT-209 in deed from Duke Power Company to Crescent Land & Timber Corp. dated May 1, 1969, recorded December 22, 1969, in Deed Book 395 at Page 361, Office of the Clerk of Court for York County, South Carolina. Crescent Land & Timber Corp. changed its name to Crescent Resources, Inc. effective August 1, 1989, by Amended Articles of Incorporation, as evidenced by Affidavit recorded August 22, 1989, in Record Book 1114 at Page 147, Office of the Clerk of Court for York County, South Carolina.

2156
158 Highway 274
Lake Wylie, South Carolina

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

# WINN-DIXIE STORE # 2160
York, South Carolina

Lease: Lease dated February 4, 1997, between Ventures, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated February 4, 1997, recorded in Book 1770, Page 235, of the public records of York County, South Carolina

Amendments/ Guaranty:

Amendment to Lease and Amendment to Short Form Lease dated on an unspecified date by and between Gem Big Bethel, L.L.C., Landlord, and Winn-Dixie Raleigh, Inc., Landlord.

Supplemental Lease Agreement dated August 5, 1998 (only executed by Tenant)

Premises: That certain store building and related improvements located at 1131 North Highway 231, York, York County, South Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "B"

Legal Description

All that certain piece, parcel or tract of land lying being and situate at the southwestern corner of the intersection of U. S. Highway 321 and S. C. Highway 5 By-Pass in York Township, York County, South Carolina and being more particularly shown and described on Boundary Survey for Venturers, L.L.C. drawn by Kenneth E. Staton dated October 31, 1996, as follows:

BEGINNING at the point of intersection of the centerline of U. S. Highway 321 (R/W varies) and the centerline of S. C. Highway 5 By-Pass (R/W varies) and running thence with the centerline of U. S. Highway 321, S. 32° 30' E. 608.33 feet to a nail; thence running S. 34° 00' W., passing a new #5 rebar on the southern edge of the right of way of U. S. Highway 321 at 52.57 feet and passing an old 2" pipe at 191.40 feet for a distance of 341.40 feet to a new #5 rebar; thence running with line of property (now or formerly) of David & Nell Thomas (DB 866 PG 205) (TMS# 292-00-00-010) N. 79° 30' W. 323.40 feet to a new #5 rebar; thence running along the northern edge of Duke Power Company 130' right of way, S. 59° 05' 15" W. 184.95 feet to a new #5 rebar; thence running N. 40° 26' 07" W., passing a new #5 rebar set on the eastern edge of the right of way of S. C. Highway 5 By-Pass at 355.53 feet, for a distance of 412.35 feet to a point in the centerline of S. C. Highway 5 By-Pass which said point is S. 79° 30' E. 408.29 feet from an old 1" rebar; thence with the centerline of the right of way of S. C. Highway 5 By-Pass, N. 49° 33' 53" E. 799.07 feet to the point of beginning.

25

2160
1131 North Highway 231
York, South Carolina



EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 524
Columbus, Mississippi

Lease: Lease dated May 7, 1998 between Lehmberg Crossing, L.L.C., as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant;

as evidenced by Short Form Lease dated May 7, 1998, recorded in Book 1208, Page 449, of the public records of Lowndes County, Mississippi

Amendments/
Guaranty:

Supplemental Lease Agreement dated May 6, 1999 (only executed by Tenant)

Assignment of Lease dated January 25, 2001, recorded in Book 1340, Page 423, of the public records of Lowndes County, Mississippi

Premises: That certain store building and related improvements located at 939 Alabama Street, Columbus, Lowndes County, Mississippi

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION



EXHIBIT B

Legal Description - Developer Tract

A TRACT OF LAND BEING PART OF THE EAST HALF (E 1/2) OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 13, TOWNSHIP 18 SOUTH, RANGE 18 WEST, LOWNDES COUNTY, MISSISSIPPI AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF THE EAST HALF (E 1/2) OF THE SOUTHEAST QUARTER (SE 1/4) OF SAID SECTION 13; RUN THENCE SOUTH 01°30' EAST AND ALONG THE WEST BOUNDARY LINE OF THE EAST HALF (E 1/2) OF SAID SOUTHEAST QUARTER (SE 1/4) A DISTANCE OF 1465.0 FEET TO THE SOUTHWEST CORNER OF LOT NO. 141 OF EAST EMERALD ESTATES, PART II, A SUBDIVISION IN AND OF LOWNDES COUNTY, MISSISSIPPI, AS SHOWN BY PLAT OF SAID SUBDIVISION IN PLAT BOOK 3 AT PAGE 13 OF THE RECORDS IN THE OFFICE OF THE CHANCERY CLERK, LOWNDES COUNTY, MISSISSIPPI; RUN THENCE NORTH 88°10' EAST AND ALONG THE SOUTH LINE OF SAID SUBDIVISION A DISTANCE OF 1326.0 FEET TO A POINT ON THE WEST RIGHT-OF-WAY OF LEHMBERG ROAD; RUN THENCE SOUTH 01°30' EAST AND ALONG SAID WEST RIGHT-OF-WAY A DISTANCE OF 400.0 FEET TO AN IRON PIN BEING THE SOUTHEAST CORNER OF PARCEL B AS CONVEYED IN DEED RECORDED IN BOOK 584 AT PAGES 384-385; RUN THENCE SOUTH 88°10' WEST A DISTANCE OF 329.68 FEET TO THE POINT OF BEGINNING OF THE HEREIN DESCRIBED TRACT) RUN THENCE SOUTH 00°42' WEST A DISTANCE OF 122.01 FEET TO A POINT; RUN THENCE SOUTHEASTERLY ALONG A CURVE TO THE RIGHT A DISTANCE OF 44.25 FEET (DELTA: 24°51'23", RADIUS: 102.00 FEET, CHORD BEARING: SOUTH 63°41' EAST -- 43.90 FEET) TO A POINT; RUN THENCE SOUTHEASTERLY AND ALONG A CURVE TO THE LEFT A DISTANCE OF 66.76 FEET (DELTA: 30°02'35", RADIUS: 98.00 FEET, CHORD BEARING: SOUTH 66°47' EAST -- 65.60 FEET) TO A POINT; RUN THENCE SOUTH 89°18' EAST A DISTANCE OF 208.85 FEET TO A POINT ON THE WEST RIGHT-OF-WAY OF LEHMBERG ROAD; RUN THENCE SOUTHWESTERLY ALONG SAID RIGHT-OF-WAY AND A CURVE TO THE RIGHT A DISTANCE OF 51.89 FEET (DELTA: 04°32'25", RADIUS: 654.31 FEET, CHORD BEARING: SOUTH 16°08' WEST -- 51.84 FEET) TO A POINT; RUN THENCE NORTH 81°32' WEST A DISTANCE OF 21.42 FEET TO A POINT; RUN THENCE NORTH 89°18' WEST A DISTANCE OF 38.99 FEET TO A POINT; RUN THENCE NORTH 76°33' WEST A DISTANCE OF 51.20 FEET TO A POINT; RUN THENCE NORTH 89°18' WEST A DISTANCE OF 170.08 FEET TO A POINT; RUN THENCE SOUTH 62°29' WEST A DISTANCE OF 17.02 FEET TO A POINT; RUN THENCE SOUTH 00°42' WEST A DISTANCE OF 187.95 FEET TO A POINT; RUN THENCE SOUTH 89°18' EAST A DISTANCE OF 200.50 FEET TO A POINT ON THE EAST RIGHT-OF-WAY OF LEHMBERG ROAD; RUN THENCE SOUTHWESTERLY ALONG SAID RIGHT-OF-WAY AND ALONG A CURVE TO THE RIGHT A DISTANCE OF 87.67 FEET (DELTA: 07°40'37", RADIUS: 654.31 FEET, CHORD BEARING: SOUTH 40°29' WEST -- 87.60 FEET) TO A POINT; RUN THENCE SOUTH 44°22' WEST A DISTANCE OF 318.13 FEET TO A POINT; RUN THENCE SOUTH 60°18' WEST A DISTANCE OF 78.78 FEET TO A POINT ON THE NORTH RIGHT-OF-WAY OF MISSISSIPPI HIGHWAY NO. 182; RUN THENCE NORTH 89°18' WEST AND ALONG SAID RIGHT-OF-WAY A DISTANCE OF 266.83 FEET TO A POINT; RUN THENCE NORTH 00°42' EAST A DISTANCE OF 276.18 FEET TO A POINT; RUN THENCE NORTH 89°18' WEST A DISTANCE OF 200.00 FEET TO A POINT; RUN THENCE SOUTH 00°42' WEST A DISTANCE OF 276.18 FEET TO A POINT ON THE NORTH RIGHT-OF-WAY OF MISSISSIPPI HIGHWAY NO. 182; RUN THENCE NORTH 89°18' WEST A DISTANCE OF 30.0 FEET TO A POINT; RUN THENCE NORTH 00°42' EAST A DISTANCE OF 326.18 FEET TO A POINT; RUN THENCE SOUTH 89°18' EAST A DISTANCE OF 236.71 FEET TO A POINT; RUN THENCE NORTH 45°42' EAST A DISTANCE OF 19.80 FEET TO A POINT; RUN THENCE NORTH 00°42' EAST A DISTANCE OF 376.30 FEET TO A POINT; RUN THENCE NORTH 88°10' EAST A DISTANCE OF 385.38 FEET TO THE POINT OF BEGINNING AND CONTAINING 333,765.41 SQUARE FEET, BEING 7.66 ACRES, MORE OR LESS.

524
939 Alabama Street
Columbus, MS

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 576
Columbus, Mississippi

Lease: Lease dated September 1, 1994 between MCW Development, Inc., as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant;

as evidenced by Short Form Lease dated September 1, 1994, recorded in Book 1022, Page 21, of the public records of Lowndes County, Mississippi

Amendments/
Guaranty:

Supplemental Lease Agreement dated April 11, 1995

First Amendment to Lease and Short Form Lease dated April 11, 1995

Assignment of Lease dated January 25, 2001, recorded in Book ___, Page 427, of the public records of Lowndes County, Mississippi

First Amendment to Lease dated February 2, 2004

Premises: That certain store building and related improvements located at 2312 US Highway 45 North, Columbus, Lowndes County, Mississippi

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

Exhibit "A"

## BOUNDARY DESCRIPTION
## TRACT 6

A TRACT OF LAND BEING LOCATED IN THE NORTHWEST QUARTER (NW 1/4) OF SECTION 4 AND ALSO THE NORTHEAST QUARTER (NE 1/4) OF SECTION 5, TOWNSHIP 18 SOUTH, RANGE 18 WEST, LOWNDES COUNTY, MISSISSIPPI AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 5, RUN THENCE SOUTH, A DISTANCE OF 898.10 FEET TO A POINT; RUN THENCE WEST, A DISTANCE OF 1,144.40 FEET TO THE INTERSECTION OF THE SOUTH RIGHT-OF-WAY OF THE COLUMBUS AND GREENVILLE RAILROAD AND THE EAST RIGHT-OF-WAY OF U.S. HIGHWAY NO. 45; RUN THENCE, ALONG THE EAST RIGHT-OF-WAY OF U.S. HIGHWAY NO. 45, S08°34'23"E, A DISTANCE OF 953.85 FEET TO THE POINT OF BEGINNING OF THE HEREIN DESCRIBED TRACT;

RUN THENCE N81°25'37"E, A DISTANCE OF 354.50 FEET; RUN THENCE S08°34'23" E, A DISTANCE OF 65.33 FEET; RUN THENCE N81°25'37"E, A DISTANCE OF 334.33 FEET; RUN THENCE S43°57'41"E, A DISTANCE 158.98 FEET; RUN THENCE S08°34'23"E, A DISTANCE OF 170.39 FEET; RUN THENCE S81°25'37"W, A DISTANCE OF 380.69 FEET; RUN THENCE N08°34'23"W, A DISTANCE OF 72.89 FEET; RUN THENCE S81°25'37"W, A DISTANCE OF 247.22 FEET; RUN THENCE N08°34'23"W, A DISTANCE OF 62.45 FEET; RUN THENCE S81°25'37"W, A DISTANCE OF 152.99 FEET TO A POINT ON THE EAST RIGHT-OF-WAY OF U.S. HIGHWAY NO. 45; THENCE, ALONG SAID RIGHT-OF-WAY, N08°34'23"W, A DISTANCE OF 230.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 4.88 ACRES, MORE OR LESS.



576
2312 US Highway 45 North
Columbus, MS

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1906
Florence, Alabama

Lease: Lease dated June 28, 1984 between Columbia Properties, Incorporated, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated June 28, 1984, recorded in Book 1259, Page 315, of the public records of Lauderdale County, Alabama

Amendments/
Guaranty:

First Lease Amendment dated January 24, 1986

First Short Form Lease Amendment dated January 24, 1986

Supplemental Lease Agreement dated February 11, 1986

Second Amendment to Lease dated July 27, 1994

Third Amendment to Lease dated September 26, 1994

Premises: That certain store building and related improvements located at 990 Cox Creek Parkway, Florence, Lauderdale County, Alabama

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "B"

LEGAL DESCRIPTION

A tract or parcel of land lying and being in the Northwest ¼ of Section 34, Township 2 South, Range 11 West, Lauderdale County, Alabama, more particularly described as beginning at a point on the present Eastwardly right-of-way line of Cloverdale Road, said point being 91 feet North and 17.5 feet West from the Southeast corner of the Northwest ¼ of the Northwest ¼ of said Section 34; thence North 85 degrees 10 minutes East and along an old fence and its extension for a distance of 459.1 feet to a point in the center of a drainage ditch; thence leaving said ditch, South 9 degrees 07 minutes East for a distance of 93.19 feet; thence South for a distance of 155.48 feet; thence South 13 degrees 36 minutes East for a distance of 185.00 feet; thence South 35 degrees 52 minutes East for a distance of 57.87 feet to a point in the center of said drainage ditch; thence generally along the center of said ditch, South 48 degrees 58 minutes East for a distance of 76.4 feet; thence leaving said ditch, South 8 degrees 05 minutes West for a distance of 76.7 feet to a point on the North right-of-way line of Cox Creek Parkway; thence along said North line, North 81 degrees 55 minutes West 189.79 feet, North 8 degrees 23 minutes East 25 feet, North 81 degrees 46 minutes West 319.24 feet, and North 44 degrees 40 minutes West 69.2 feet to the intersection with the present Eastwardly line of Cloverdale Road; thence along said Eastwardly line and around a curve to the left having a fixed radius of 3919.72 feet for a distance of 296.23 feet (chord bearing North 4 degrees 02 minutes West, chord distance 296.16 feet); thence continue along said Eastwardly line, North 12 degrees 36 minutes 30 seconds West for a distance of 122.82 feet to the point of beginning and containing 5.6 acres, more or less.

1906
990 Cox Creek Parkway
Florence, AL

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1913
Athens, Alabama

Lease: Lease dated April 15, 1993 between Athico, Ltd., as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant;

as evidenced by Short Form Lease dated April 15, 1993, recorded in Book 02966, Page 003, of the public records of Limestone County, Alabama

Amendments/
Guaranty:

Premises: That certain store building and related improvements located at 100 Highway 31 North, Suite H, Athens, Limestone County, Alabama

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

Exhibit "B"

LEGAL DESCRIPTION

Land lying in the City of Athens, Limestone County, Alabama, more particularly described as follows:

Beginning at a point in the western line of U. S. Highway No. 31, said point being north fifteen (15) degrees fourteen (14) minutes east two hundred eighty and no tenths (280.0) feet along said line from its intersection with the northeastern line of Ryan Street, as shown by a Plat of South Morningview Subdivision recorded in Plat Book C, page 4, in the Probate Office of Limestone County, Alabama; thence north seventy-four (74) degrees forty-six (46) minutes west one hundred ninety and no tenths (190.0) feet to a point; thence south fifteen (15) degrees fourteen (14) minutes west one hundred and no tenths (100.0) feet to a point; thence south thirteen (13) degrees zero (00) minutes west thirty-one and four tenths (31.4) feet to a point in the center line of Spring Branch, said point, also, being the northeastern most corner of Lot Seventy-Nine (79) of Morningview Subdivision, as shown by a Plat of record in Plat Book B, page 24, in the Probate Office of Limestone County, Alabama; thence northwestwardly along the meanderings of the center line of Spring Branch six hundred ninety-seven (697) feet, more or less, to the northeastern corner of Lot Ninety-Five (95) of said Morningview Subdivision; thence south eighty-five (85) degrees zero (00) minutes west along the northern line of said Lot Ninety-Five (95) thirty-one and no tenths (31.0) feet to the northeastern line of Spring Street; thence northwestwardly along the northeastern line of Spring Street (said line lying within the limits of Spring Branch) two hundred eighty-four (284) feet, more or less, to a point; thence north forty-seven (47) degrees forty-one (41) minutes east two hundred twenty-eight and sixteen hundredths (228.16) feet to a point in the southern line of Hobbs Street; thence south eighty-six (86) degrees zero (00) minutes east along the southern line of Hobbs Street, five hundred twenty-three and sixty-seven hundredths (523.67) feet to a point; thence south four (4) degrees zero (00) minutes west twelve and eighteen hundredths (12.18) feet to a point; thence south thirty-five (35) degrees twenty-three (23) minutes east three hundred fifty-two and twenty-five hundredths (352.25) feet to a point in the western line of U. S. Highway No. 31; thence south fifteen (15) degrees fourteen (14) minutes west along the western line of U. S. Highway No. 31, five hundred eighty-five and eighty-five hundredths (585.85) feet to the point of beginning, containing ten and five hundred forty-two thousandths (10.542) acres, more or less, and being shown as Tract B on subdivision drawing recorded in Volume 1, Page 165 in the Office of the Probate Judge, Limestone County, Alabama.

1913
100 Hwy 31 N Suite H
Athens, AL