requested, or if sent via a reputable overnight courier service providing for a receipt, addressed to Tenant or Lender, as the case may be, at the following addresses:

If to Tenant:

Attn:

with copies to:

and

If to Lender:

Attention:

9. **Successors and Assigns.** This Agreement shall bind and benefit the parties, their successors and assigns. If Lender assigns the Security Documents, then upon delivery to Tenant of written notice thereof accompanied by the assignee's written assumption of all obligations under this Agreement, all liability of the assignor shall terminate.

10. **Entire Agreement.** This Agreement constitutes the entire agreement between Lender and Tenant regarding the subordination of the Lease to the Security Documents and the rights and obligations of Tenant and Lender as to the subject matter of this Agreement.

11. **Interpretation; Governing Law.** The interpretation, validity, and enforcement of this Agreement shall be governed by and construed in accordance with the laws of the state in which the Property are located.

12. **Amendments.** This Agreement may be amended, discharged, or terminated, or any of its provisions waived, only by a written instrument executed by the party to be charged.

13. **Execution.** This Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement, or have caused this Agreement to be duly executed, as of the day and year first above written.

**TENANT:**

_____

By:_____
Name:_____
Title:_____

Date of execution:_____

**LENDER:**

_____,                        a
_____

By:_____
Name:_____
Title:_____

Date of execution:_____

## LANDLORD'S CONSENT

Landlord consents and agrees to the foregoing Agreement, which was entered into at Landlord's request. The foregoing Agreement shall not alter, waive, or diminish any of Landlord's obligations under the Security Documents or the Lease. The foregoing Agreement discharges the obligations of Lender under the Security Documents and related loan documents, if any, to enter into a nondisturbance agreement with Tenant. Landlord is not a party to the foregoing Agreement.

**LANDLORD:**

_____

By:_____(Seal)

Date of execution:_____

# EXHIBIT A

**Description of Property**

Case 3:05-bk-03817-JAF    Doc 2694-10    Filed 07/29/05    Page 4 of 20

EXHIBIT L
to Asset Purchase Agreement

List of Current Title Reports

| Store No. | Street Address | City | County | State |
|---|---|---|---|---|
| 1004 | 512 Robertson Blvd. | Walterboro | Colleton | SC |
| 1234 | 300 Knox Abbott Drive | Cayce | Lexington | SC |
| 1944 | 8634 Hwy 58 | Harrison | Calumet | TN |
| 2004 | 525 Little Rock Road | Charlotte | Mecklenburg | NC |
| 2150 | 1329 West Highway 160 | Fort Mill | York | SC |
| 2151 | 1401 E. Main Street | Rock Hill | York | SC |
| 2156 | 158 Highway 274 | Lake Wylie | York | SC |
| 2160 | 1131 North Highway 321 | York | York | SC |
| 1915 | 12290 Us Highway 231/431 | Meridianville | Madison | AL |
| 911 | 1805 Wayne Memorial Drive | Goldsboro | Wayne | NC |

EXHIBIT M
to Asset Purchase Agreement

List of Environmental Reports

| Store No. | Street Address | City | County | State |
|---|---|---|---|---|
| 1004 | 512 Robertson Blvd. | Walterboro | Colleton | SC |
| 1010 | 1419 Chapin Road | Chapin | Lexington | SC |
| 1234 | 300 Knox Abbott Drive | Cayce | Lexington | SC |
| 1242 | 500-1 Old Greenville Hwy | Clemson | Pickens | SC |
| 1938 | 3801 Tennessee Avenue | Chattanooga | Hamilton | TN |
| 1942 | 8530 Hixon Pike | Hixson | Hamilton | TN |
| 1944 | 8634 Hwy 58 | Harrison | Calumet | TN |
| 2004 | 525 Little Rock Road | Charlotte | Mecklenburg | NC |
| 2051 | 742 West Highway 27 | Lincolnton | Lincoln | NC |
| 2151 | 1401 E. Main Street | Rock Hill | York | SC |
| 2156 | 158 Highway 274 | Lake Wylie | York | SC |
| 524 | 939 Alabama Street | Columbus | Lowndes | MS |
| 576 | 2312 Us Highway 45N | Columbus | Lowndes | MS |
| 1906 | 990 Cox Creek Parkway | Florence | Lauderdale | AL |
| 1913 | 100 Suite H Hwy 31 North | Athens | Limestone | AL |
| 1915 | 12290 Us Highway 231/431 | Meridianville | Madison | AL |
| 911 | 1805 Wayne Memorial Drive | Goldsboro | Wayne | NC |

## FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

**THIS FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT** is made effective as of July 19, 2005 (the "Amendment Date"), by and among

**WINN-DIXIE STORES, INC.**, a Florida corporation, on behalf of itself and each of its Affiliates that is a tenant of a Store ("Seller"), and

**BI-LO, LLC**, a Delaware limited liability company, and **SOUTHERN FAMILY MARKETS ACQUISITION LLC**, a Delaware limited liability company (collectively, the "Buyer").

### RECITALS:

A. Seller and Buyer are parties to a certain Asset Purchase Agreement dated June 30, 2005 (the "Agreement").

B. Subject to the provisions of this Amendment, the Agreement has been selected by Seller as the Successful Bid and is to be submitted to the Bankruptcy Court at the Approval Hearing.

C. Seller and Buyer desire to amend the Agreement to reflect the terms on which Seller proposes to sell the Assets to Buyer, subject to the conditions contained in the Agreement.

**IN CONSIDERATION OF $10.00 AND OTHER GOOD AND VALUABLE CONSIDERATION AND OF THE MUTUAL UNDERTAKINGS** of the parties hereto, it is agreed as follows:

1.0 **Defined Terms.** Capitalized terms used in this Amendment and not defined herein will have the meanings given to them in the Agreement.

2.0 **Amendments to Agreement.** The Agreement is hereby amended as provided in Exhibit A to this Amendment.

3.0 **Miscellaneous.**

    3.1 Authority. Seller represents and warrants that this Amendment has, subject to the requirement of Bankruptcy Court Approval, been duly authorized by all required corporate action on behalf of Seller. Buyer represents and warrants that this Amendment has been duly authorized by all required limited liability company action on behalf of Buyer.

    3.2 Successors and Assigns. This Amendment will be binding upon, and inure to the benefit of, the parties hereto and their respective successors, and permitted assigns.

3.3   **Governing Law**. The application and effect of this Amendment will be governed by the laws of the State of Florida.

3.4   **Time is of the Essence**. Time is of the essence of this Amendment.

3.5   **Ratification of Agreement**. Except as herein expressly modified or amended, all terms and conditions of the Agreement remain in full force and effect, and Seller and Buyer hereby ratify and confirm the Agreement, as modified and amended hereby.

[Signature page follows]

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the Amendment Date.

**SELLER:**

**WINN-DIXIE STORES, INC.**, a Florida corporation

By: _[signature]_____
   Name: _____
   Title: _____

**BUYER:**

**BI-LO, LLC**, a Delaware limited liability company

By: _____
   Name: _____
   Title: _____

**SOUTHERN FAMILY MARKETS ACQUISITION LLC**, a Delaware limited liability company

By: _____
   Name: _____
   Title: _____

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the Amendment Date.

**SELLER:**

**WINN-DIXIE STORES, INC.**, a Florida corporation

By: _____
   Name: _____
   Title: _____


**BUYER:**

**BI-LO, LLC,** a Delaware limited liability company

By: _____
   Name: STEVEN L. ORTEGA
   Title: EVP & CFO


**SOUTHERN FAMILY MARKETS ACQUISITION LLC,** a Delaware limited liability company

By: _____
   Name: _____
   Title: _____

3

**IN WITNESS WHEREOF**, the parties hereto have executed this Amendment as of the Amendment Date.

**SELLER:**

**WINN-DIXIE STORES, INC.**, a Florida corporation

By:_____
   Name:_____
   Title: _____

**BUYER:**

**BI-LO, LLC**, a Delaware limited liability company

By:_____
   Name:_____
   Title: _____

**SOUTHERN FAMILY MARKETS ACQUISITION LLC**, a Delaware limited liability company

By: *[signature]*
   Name: Mark Gross
   Title: President

**EXHIBIT A**

**TO FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT
BETWEEN WINN-DIXIE STORES, INC. ("SELLER") AND BI-LO, LLC AND
SOUTHERN FAMILY MARKETS ACQUISITION LLC (COLLECTIVELY, "BUYER")**

Amendments to the Agreement

- The term "Stores" is redefined to include the Store designated as Seller's store No. 2073, and the Assets to be conveyed to Buyer at the Closing shall include Assets relating to such Store.

- The Base Purchase Price specified in paragraph 3.1 of the Agreement is modified to $9,050,000.00.

- The Base Deposit specified in paragraph 3.2 of the Agreement is modified to $905,000.00. Seller acknowledges receipt of $900,000.00 of the Base Deposit prior to the Amendment Date. Buyer shall pay the remaining balance of the Base Deposit by wire transfer to an account designated in writing by Escrow Agent within two (2) Business Days after the Amendment Date.

- Section 16.3.1 of the Agreement is hereby amended by adding the following language to the end of said section: "However, in the event that Seller accepts an Upset Purchase Agreement for Store 2073 or any of the Assets related to Store 2073, Seller shall not be obligated to pay the Break-up Fee."

- Attached hereto as Schedule 1 is the "Description of Leases and Related Land" exhibit for Store 2073 which is to be inserted into Exhibit A-2 of the Agreement.

- Attached hereto as Schedule 2 is the Excluded Personal Property list for Store 2073 which is to inserted into Exhibit D of the Agreement.

**Schedule 1**

**Exhibit A-2 for Store #2703**

[See Attached]

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 2073
Eden, North Carolina

Lease: Lease dated November 3, 1994 between Eden Meadow Greens Associates Limited Partnership, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated November 3, 1994, recorded in Book 970, Page 700, of the public records of Rockingham County, North Carolina

Amendments/
Guaranty: Supplemental Lease Agreement dated May 7, 1996

Assignment of Lease dated June 25, 1998, recorded in Book 996, Page 2148, of the public records of Rockingham County, North Carolina

Premises: That certain store building and related improvements located at 640 S. Vanburen Road, Suite W, Eden, Rockingham County, North Carolina

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT B

That property lying in the City of Eden, Rockingham County, North Carolina, and being more particularly described:

Beginning at an iron in the western right-of-way of Linden Drive, said iron being North 00 deg. 56 min. East 84.01 feet from the northwestern intersection of Linden Drive with Arbor Lane, thence leaving Western right-of-way of Linden Drive North 88 deg. 52 min. 47 sec. West 112 feet to an iron; thence North 00 deg. 56 min. East 1.63 feet to an iron; thence North 89 deg. 04 min. West 55 feet to an iron; thence South 00 deg. 56 min. West 86 feet to an iron in the Northern right-of-way of Arbor Lane; thence with Northern right-of-way of Arbor Lane North 89 deg. 04 min. West 27.56 feet to an iron in said right-of-way; thence continuing with said right-of-way South 81 deg. 43 min. West 50.30 feet to an iron in said right-of-way; thence leaving said right-of-way with the Eastern property line of Southern National Bank and Chamber of Commerce North 7 deg. 55 min. 30 sec. West 294.39 feet to an iron; thence continuing with the Northern property line of Eden Chamber of Commerce South 80 deg. 48 min. West 26.67 feet to an iron; thence continuing with the Eastern property line of Eden Chamber of Commerce North 11 deg. 13 min. West 21.15 feet to an iron; thence continuing with the Northern property line of Eden Chamber of Commerce South 77 deg. 19 min. West 200 feet to an iron in the Eastern right-of-way of N.C. Hwy. 14; thence with the Eastern right-of-way of N.C. Hwy 14 North 13 deg. 25 min. West 100 feet to a point; thence continuing with said right-of-way North 14 deg. 19 min. West 22.07 feet to a point; thence continuing with said right-of-way North 14 deg. 29 min. West 167.93 feet to an iron, being the Southwest corner of Out Parcel 1; thence leaving right-of-way of N.C. Hwy. 14 with the Southern line of Out Parcel 1 South 89 deg. 04 min. East 140 feet to a spike; thence with the Eastern property line of Out Parcel 1 and Out Parcel 2 North 00 deg. 56 min. East 325.85 feet to spike; thence continuing with the Northern property line of Out Parcel 2 North 88 deg. 48 min. West 205.63 feet to an iron stake in the site view of Kings Hwy. and N.C. Hwy 14; thence continuing with said site view North 31 deg. 54 min. East 48.93 feet to an iron in said site view; thence leaving said site view with the Southern property line of the 0.150 acre tract South 89 deg. 16 min. East 237.53 feet to an iron; thence continuing with the Eastern property line of the 0.150 acre tract North 00 deg. 44 min. East 131.24 feet to an iron; thence with the Eastern property line of the 0.527 acre tract, North 00 deg. 44 min. East 23.00 feet to a point; thence with the Southern property line of the 0.527 acre tract, South 89 deg. 16 min. 02 sec. East 19.00 feet to a point; thence with the Eastern property line of the 0.527 acre tract, North 00 deg. 44 min. East 155 feet to a point; thence with the Northern line of the 0.527 acre tract, North 89 deg. 16 min. 02 sec. West 20 feet to a point; thence with the Eastern line of the 0.527 acre tract, North 12 deg. 41 min. 33 sec. West 60.32 feet to an iron in the southeast intersection of the site view line of Kings Hwy. with the East line of N.C. Hwy. 14; thence with the Southern right-of-way of Kings Hwy. along a curve to the left having a chord bearing and distance of North 72 deg. 44 min. 44 sec. East 430.59 feet to an iron, said iron being at the intersection of Kings Hwy. and Linden Drive; thence with the Western right-of-way of Linden Drive South 00 deg. 56 min. West 1,319.59 feet to the point of beginning and containing 12.533 Acres and being a portion of the lands as shown on map for Centurion Investment Corp. dated March 19, 1992, revised June 10, 1994, by C.E. Robertson and Associates, Registered Land Surveyors, Eden, North Carolina, and being the lands as shown on that Site Plan entitled "Meadow Green Shopping Center, Eden, North Carolina," prepared by Bondurant Architects, Engineers, Portsmouth, Virginia, dated October 26, 1994.

EXH/19618-1

2073
640 S. Vanburen Road, Suite W

## Schedule 2

## Exhibit D for Store 2703

[See Attached]

Leased Equipment List
Store 2073

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 482 | CIS | 2651 | XM | 1 | | 01-Jul-04 | CIS | 04574 | | | |
| 1005 | LEX | 1250 | OPTS | 1 | GK459 | 16-Feb-98 | CLC | 15946 | Personal Computers | Desktop Laser Printers | $110.99 | 48 | 30-Jun-08 |
| 1449 | IBM | 6546 | 0ANT | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Monitors | $22.88 | 36 | 11-Nov-11 |
| 1450 | IBM | 6546 | 0ANT | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Monitors | $3.00 | 36 | 11-Nov-11 |
| 1451 | IBM | 6546 | 0ANT | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Monitors | $3.00 | 36 | 11-Nov-11 |
| 1452 | IBM | 6546 | 0ANT | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Monitors | $3.00 | 36 | 11-Nov-11 |
| 1453 | IBM | 6546 | 0ANT | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Monitors | $3.00 | 36 | 11-Nov-11 |
| 1455 | CAP | GXT1500 | | 1 | | 15-Jun-99 | CLC | 21854 | UPS | Over 750VA | $3.02 | 36 | 11-Nov-11 |
| 1444 | IBM | 6275 | D2U | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Desktop PC's | $12.69 | 36 | 11-Nov-11 |
| 1445 | IBM | 6275 | D2U | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Desktop PC's | $14.77 | 36 | 11-Nov-11 |
| 1446 | IBM | 6275 | D2U | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Desktop PC's | $14.77 | 36 | 11-Nov-11 |
| 1447 | IBM | 6275 | D2U | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Desktop PC's | $14.77 | 36 | 11-Nov-11 |
| 1448 | IBM | 6275 | D2U | 1 | | 15-Jun-99 | CLC | 21854 | Personal Computers | Desktop PC's | $14.79 | 36 | 11-Nov-11 |
| 1454 | LEX | 1255N | OPTS | 1 | | 15-Jun-99 | CLC | 21854 | Printers | Desktop Laser Printers | $16.90 | 36 | 11-Nov-11 |
| 1456 | LEX | 1255N | RX | 1 | | 15-Jun-99 | CLC | 21854 | Printers | Desktop Laser Printers | $18.83 | 36 | 11-Nov-11 |
| 2712 | TEL | PTC960 | XDS | 1 | | 16-Jan-01 | CLC | 26432 | Radio Frequency | RF Handhelds | $19.63 | 36 | 11-Nov-11 |
| 5094 | IBM | 6331 | B2N | 1 | XDDL9 | 15-Mar-01 | CLC | 27820 | Personal Computers | Monitors | $5.27 | 48 | 11-Nov-11 |

Leased Equipment List
Store 2073

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5095 | IBM | 6331 | B2N | 1XDDG0 | 15-Mar-01 | CLC | 27820 | Personal Computers | Monitors | $5.27 | 48 | 11-Nov-11 |
| 5092 | IBM | 8477 | 42Y | 1M1366 | 15-Mar-01 | CLC | 27820 | POS | POS Controllers | $36.60 | 48 | 11-Nov-11 |
| 5093 | IBM | 8477 | 42Y | 1M2264 | 15-Mar-01 | CLC | 27820 | POS | POS Controllers | $36.60 | 48 | 11-Nov-11 |
| 21278 | DCC | E551 | 15MO | 1 | 17-Aug-02 | CLC | 33307 | Personal Computers | Monitors | $0.00 | 36 | 31-Aug-05 |
| 21279 | DCC | PV715N | 1U | 1P8CK11 | 17-Aug-02 | CLC | 33307 | Servers | Storage | $68.44 | 36 | 31-Aug-05 |
| 21277 | DCC | 2500 | P3 | 1V3VN11 | 17-Aug-02 | CLC | 33307 | Servers | NAS Devices NT Servers | $181.37 | 36 | 31-Aug-05 |
| 39948 | NCR | SCANNER | 7837 | 1821110 | 16-Sep-01 | CLC1 | 30114 | POS | POS Hand Held Scanners | $3.41 | | |
| 28617 | SPI | 244030 | 010 | 1040006 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28618 | SPI | 244030 | 010 | 1040007 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28619 | SPI | 244030 | 010 | 1040008 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28620 | SPI | 244030 | 010 | 1040009 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28621 | SPI | 244030 | 010 | 1040021 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28622 | SPI | 244030 | 010 | 1040023 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28623 | SPI | 244030 | 010 | 1040025 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28624 | SPI | 244030 | 010 | 1040026 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28625 | SPI | 244030 | 010 | 1040027 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28626 | SPI | 244030 | 010 | 1040028 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |
| 28627 | SPI | 244030 | 010 | 1040029 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner Scales | $12.56 | | |

Leased Equipment List
Store 2073

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28628 | SPI | 244030 | 010 | 1040030 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scanner | | |
| 28629 | SPI | 244030 | 010 | 1040031 | 01-Apr-96 | CLC1 | 07292 | POS | POS Scales | $12.56 | |
| 25313 | IBM | 4693 | 2S2D | 1AL249 | 01-Jul-96 | CLC1 | 03305 | POS | POS Scanner Scales | $12.58 | |
| 24771 | IBM | 4693 | 3S1I | 180551 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 24772 | IBM | 4693 | 3S1I | 180552 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 24773 | IBM | 4693 | 3S1I | 1 86332 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 25311 | IBM | 4693 | 3S1I | 197622 | 01-Jul-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 25322 | IBM | 4693 | 3S1D | 1 | 01-Jul-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 25354 | IBM | 4693 | 3S1D | 1 87239 | 01-Jul-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 25355 | IBM | 4693 | 3S1D | 1 95504 | 01-Jul-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 24767 | IBM | 4693 | 3S1D | 1 80547 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 24768 | IBM | 4693 | 3S1D | 1 80548 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 24769 | IBM | 4693 | 3S1D | 1 80549 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 24770 | IBM | 4693 | 3S1D | 1 80550 | 01-Mar-96 | CLC1 | 03305 | POS | POS Registers | $14.65 | |
| 25413 | IBM | 4693 | 3S1D | 1 99152 | 01-Jul-96 | CLC1 | 03305 | POS Registers | $14.65 | |
| 40975 | IBM | 6331 | KXX | 1HXBZ6 | 20-May-00 | CLM | 24694 | Personal Computers | Monitors | $0.00 | 36 | 11-Nov-11 |
| 40949 | IBM | 6275 | KXX | 1ATMGT | 20-May-00 | CLM | 24694 | Personal Computers | Desktop PC's | $15.05 | 36 | 11-Nov-11 |
| 47279 | IBM | 4610 | TS4 | 1AGR96 | 01-Jul-01 | ICC | 22986 | POS | Thermal Printers | $19.00 | 48 | 30-Jun-05 |
| 52769 | IBM | SAV2 | SVCS | 1 | 01-Jul-01 | ICC | 23001 | Software | POS | $31.74 | 48 | 30-Jun-05 |

# Leased Equipment List
## Store 2073

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 51730 | IBM | SAV2 | SFTW | 1 | 01-Jul-01 | ICC | 23001 | Software | POS | | $99.96 | 48 | 30-Jun-05 |
| 54255 | PCG | ROI | SFTW | 1 | 01-Feb-96 | PCG | 00000 | Software | POS | | $0.00 | 60 | 31-Jan-01 |

## Other Leased Equipment
Health Resource Computer System
Health Clinic Blood Pressur Machine
IVR Equipment
TRM Copier