IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 05-03817-3Fl |
| | § | |
| **WINN-DIXIE STORES, INC.,** *et al.*, | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | |

## REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE

Xerox Capital Services, L.L.C. ("Xerox") files this its Request for Payment of an Administrative Expense claim pursuant to 11 U.S.C. § 503 and respectfully states as follows:

### I. JURISDICTION

1. Under 28 U.S.C. §§ 1334 and 157, the Court has jurisdiction over Xerox's Request and relief requested herein. Pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), and (O), this motion presents a core proceeding. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. BACKGROUND & RELIEF REQUESTED

2. On November 5, 2001, Winn-Dixie Stores, Inc. (the "Debtor) entered into a Hardware Equipment Lease with Xerox (the "Lease"), leasing a Doculink 5690, Serial No. G2T-100412 (the "Equipment"). Under the lease, the Debtor utilized the Equipment at its store at 5400 Fulton, Industrial Blvd. SW, Atlanta, Georgia 30336. *See* Lease Agreement attached as Exhibit "A."

3.  On February 21, 2005, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code ("Petition Date"). The Debtor continued to use the Equipment following the Petition Date.

4.  The Lease required the Debtor to make monthly lease payments in the amount of $3,953.82. *See* Invoice dated March 1, 2005 attached as Exhibit "B." On April 7, 2005, the Debtor made one post-petition lease payment. The Debtor, however, made no further lease payments, incurring unpaid post-petition lease obligations of $7,907.64, for the post-petition use of the Equipment.

5.  Following the entry of the June 2, 2005 Order Authorizing Rejection of Executory Contracts and Unexpired Leases, the Debtor returned the Equipment to Xerox.

6.  Pursuant to 11 U.S.C. §§ 348(d), 503(b), and 507(a)(1), this Court should allow Xerox a post-petition Chapter 11 administrative claim for the Debtor's post-petition use of the Equipment. Thus, the Court should Order that Xerox's post-petition administrative claim for $7,907.64 be allowed and that the Trustee be authorized and directed to pay Xerox on said claim at such time as other such administrative claims are paid.

WHEREFORE, PREMISES CONSIDERED, Xerox Capital Services, LLC hereby requests that the Court grant its Request for Payment of Administrative Expense arising after the commencement of the case and enter an order (i) allowing Xerox's post-petition Chapter 11 administrative expense claim of $7,907.64 and (ii) authorizing and directing the Trustee to pay to Xerox on said claim at such time as other such administrative claims are paid. Xerox also asks that the Court grant it any additional and further relief to which it may be entitled.

Dated:  August 1, 2005.

                                        Respectfully submitted,

                                        **HUGHES & LUCE, L.L.P.**

                                        By:   */s/ Sabrina L. Streusand*
                                        Sabrina L. Streusand
                                        Texas State Bar No. 11701700
                                        111 Congress Avenue, Suite 900
                                        Austin, Texas 78701
                                        (512) 482-6842 (Direct Telephone)
                                        (512) 482-6859 (Telecopier)
                                        sabrina.streusand@hughesluce.com

                                                    -and-

                                        **FOLEY & LARDNER**

                                         */s/ Lori V. Vaughan*
                                        Lori V. Vaughan
                                        Florida State Bar No. 0154921
                                        100 North Tampa Street, Suite 2700
                                        Tampa, Florida 33602
                                        (813) 229-2300 (Telephone)
                                        (813) 221-4210 (Telecopier)
                                        lvaughan@foley.com

                                        ATTORNEYS FOR XEROX CAPITAL
                                        SERVICES, LLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing instrument was served on the 1st day of August 2005 via electronic means where permitted or by U.S. Mail, postage prepaid, on the following:

| | |
|---|---|
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036-6522<br>(212) 735-3000 | Attorneys for Debtor |
| Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>(904) 359-7700 | |
| United States Trustee – JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL  32801<br>(407) 648-6301 | U.S. Trustee |
| **Dennis F. Dunne**<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000<br>Fax : (212) 530-5219 | Unsecured Creditors Committee |
| **John B. Macdonald**<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>904-798-3700<br>Fax : 904-798-3730, | |

  and to the parties on the attached matrix.

                ___/s/ *Lori V. Vaughan*___
                  Lori V. Vaughan

**Request for Payment of an Administrative Expense**

015306.00010:175151.01