| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Mon Aug  1 13:29:19 EDT 2005 | Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 |
| Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103 | Bi-Lo, LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309,  30309 |
| Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis<br>IN, 46204-2079 46204-2079 |
| Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 | Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 |
| Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Day Properties, Inc.<br>c/o Robert Laney, Esquire<br>906 Main Street<br>North Wilkesboro, NC  28659 | Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 |
| Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC  27114-5008,  27114-500 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 |
| Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802,  32802 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 |
| John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO  64112 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304,  44114-1304 |

| | | |
|---|---|---|
| Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida  32802,  32802 |
| Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,  30326 |
| Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 | Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309,  30309 |
| TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 | | |