# LEASE AGREEMENT

(THIS AGREEMENT CONSISTS OF THIS PAGE AND ADDITIONAL PAGES)

**THE DOCUMENT COMPANY XEROX**

11/05/2001 08:07:38 LID: W2

Worksheet: A07302 Unit: 1

☐ Original Hardcopy Paperwork Required

Customer Legal Name (Bill to): Winn Dixie Stores, Inc
Name Overflow (If needed)
Street Address: 5050 EDGEWOOD CT
Floor/Room/Routing
City, State: JACKSONVILLE, FL
Zip Code: 32254-3699
Tax ID# ② 59 0514290
Customer Name (Install): WINN DIXIE STORES
Name Overflow (If needed): ATLANTA
Installed at Street Address: INDUSTRIAL BLVD NW
Floor/Room/Routing: 5400 FULTON
City, State: ATLANTA, GA
Zip Code: 30336-2577
County Installed In: FULTON
Customer Requested Install Date: [illegible]

☐ XRS Contract #: -
☐ Value Added Services

Check all that apply:
☐ Tax Exempt (State Tax Exemption Certificate Attached)
☐ Assoc./Coop. Name: ______
☒ Negotiated Contract #: [illegible]
☐ Attached Customer P.O. #: Supplies: ______ Lease: ______
☐ State or Local Government Customer
Int. Rate: % Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial # (or 9245): ______
is hereby ☐ modified ☐ replaced. Effective Date:
Comments:

Lease Information
Lease Term: 48 months
☐ Supplies Included in Base/Print Charges
☐ Refin. of Prior Agrmt. ☐ Xerox (914): ______ ☐ 3rd Party Eq.
Amt Refin: $______ Int. Rate: %____ Total Int Payable: $______

Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Net Return |
|---|---|---|---|---|
| [illegible] DOCUTECH 5490 BASE | FMV | $ | ☐ | ☐ |
| | $ | | ☐ | ☐ |
| | $ | | ☐ | ☐ |
| | $ | | ☐ | ☐ |
| | $ | | ☐ | ☐ |

Min. Lease Payment Freq. (excluding excess meter charges): ☐ Monthly ☐ Other ☐ Quarterly ☐ Semi-Annual ☐ Annual

Min. Lease Payment Mode: ☐ Advance ☐ Arrears

$ 3,668.94 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. Taxes)

Price Information

☐ Adjustment Period

| Price Information | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 3,668.94 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - 275000 | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints 275001 - + | $ 0.004 | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Mo. Min # of Prints (based on Meter 1 Print Charges) | 275000 | Mo. Min # of Prints (based on Meter 1 Print Charges) | | Mo. Min # of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Renewal Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☒ Trade-In Allowance Final Principal Payment: 48

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| XEROX | [illegible] | $ 11,250.00 |
| | | $ |
| | | $ |
| | Total Allowance = | $ 11,250.00 |

Total Allowance Applied to: ☒ Trade-In Equip. Balance: $ 11,250.00 ☐ Price of Replacement Equip.: $

☐ 10-12 Billing Suspension (check 1 as required) Months affected: ☐ June only ☐ July only ☐ August only ☐ June - July ☐ July - August

Additional Options (check all that apply): ☐ Run Length Plan ☐ Fixed Price Plan ☐ Per-Print Pricing ☐ Extended Service Hours: [illegible] ____ / E ____ 0 mo. ☐ Attached Addenda: [illegible] ______ ( ) [illegible] ______

Agreement Presented By:
Name: [illegible] Phone: [illegible]

Xerox Corporation - Acceptance By:
Name: ______ Date: ______
Signature: ______

Customer:
Name: [illegible] Phone: [illegible]
Title: [illegible] Date: 11-[illegible]-01
E-Mail: [illegible]
Signature: [illegible]

Consolidator Form# [illegible] (08/2001) 11/05/2001 Page 1 of 5

EXHIBIT
A

XEROX

**Customer Information**

Direct Inquiries and Correspondence To:
XEROX CAPITAL SERVICES, LLC
CUSTOMER BUSINESS CENTER
5500 PEARL STREET
ROSEMONT, IL 60018-5300

Telephone: 888-771-5225
www.xerox.com/eSupportCentre

THE EASY WAY
TO ORDER SUPPLIES
CALL OUR TOLL
FREE NUMBER
1-800-822-2200

Purchase Order Number

Special Reference

Contract Number

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Ship To/Installed At
WINN DIXIE CHARLOTTE
INC
PRINT SHOP
2401 NEVADA BLVD
CHARLOTTE NC
28273

Bill to:
WINN DIXIE CHARLOTTE
INC

2401 NEVADA BLVD
CHARLOTTE NC
28273

Invoice Date
12/01/04
Invoice Number
595310320
Customer Number
952162436

For Address Corrections, Please see the reverse side of your original invoice.

**Invoice**

INVOICE FOR THE MONTHLY PAYMENT ON YOUR XEROX LEASE AGREEMENT.

5690 COPIER SERIAL NUMBER G2T-102399

| | |
|---|---|
| RENEWAL PAYMENT AMT | $2,954.20 |
| SALES TAX | $192.03 |
| TOTAL PAYMENT DUE | $3,146.23 |

# DUPLICATE INVOICE

INVOICE 17 OF YOUR 12 MONTH RENEWAL

Please detach the payment portion and return with your remittance

**Payment**

Ship To/Installed At
WINN DIXIE CHARLOTTE
INC
PRINT SHOP
2401 NEVADA BLVD
CHARLOTTE NC
28273

Bill To
WINN DIXIE CHARLOTTE
INC

2401 NEVADA BLVD
CHARLOTTE NC
28273

When Paying By Mail
Send Payment To:
XEROX CORPORATION
PO BOX 650361
DALLAS, TX
75265-0361

PLEASE PAY
THIS AMOUNT-> $3,146.23

For Xerox Use Only
16-046-8020 952162436 595310320 12/01/04

EXHIBIT
B