UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                           CASE NO. 3-05-BK-3817

WINN-DIXIE STORES, INC., et al.,                 Chapter 11

　　　　Debtors.
_____/

## MOTION FOR RELIEF FROM STAY BY IRIS AND SAM DAVIDSON, HUSBAND AND WIFE

Iris Davidson and Sam Davidson ("Plaintiffs") move this Court, pursuant to 11 U.S.C. §362 (d), for entry of an Order granting them relief from the automatic stay for the limited purpose of prosecuting through judgment the Action (as this term is defined in paragraph 2 of this Motion) against Save Rite Grocery Warehouse, Inc., a Florida Corporation ("Defendant"), and in support thereof state as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc. filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Case"). Defendant is owned by or is a subsidiary corporation of Winn-Dixie Stores, Inc.

2. Prior to the filing of the Bankruptcy Case, on January 10, 2005, Plaintiffs filed in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida ("Circuit Court") against Defendant.

3. In the Complaint, Plaintiffs allege, among other things, that Defendant's negligent maintenance of its store caused Iris Davidson to slip on a slippery, foreign substance on the floor, fall, and severely injure herself. A true and correct copy of the Complaint is attached hereto as "Exhibit A".

4. On February 3, 2005, the defendant filed with the Circuit Court its Answer and Affirmative Defenses. A true and correct copy of the response is attached hereto as "Exhibit B".

5. By virtue of the foregoing, the Action has been at issue since February 3, 2005.

6. Plaintiffs scheduled a hearing before the Honorable Bernard Nachman, the presiding Circuit Court judge, on March 17, 2005, on their Motion to Set the Case for Trial. The hearing was cancelled because of the "Bankruptcy's" pendency.

7. Plaintiffs and defendant had begun discovery proceedings before the filing of the "Bankruptcy" but those proceedings ceased after the Bankruptcy's commencement.

8. The ends of judicial economy will be served by allowing the action to proceed through trial in the Circuit Court so that the claims of Plaintiffs against the Defendant can be adjudicated and liquidated, with the automatic stay being reimposed to bar Plaintiffs from seeking to collect upon or enforce any judgment they may recover. Neither the debtor nor the Plaintiffs would be prejudiced by the granting of this motion and the ends of justice would be served thereby.

9. By virtue of all of the foregoing, the Plaintiff's respectfully submit that cause exists within the meaning of 11 U.S.C. §362 (d)(1) for this Court to grant this motion and modify the automatic stay to the extent requested herein.

WHEREFORE, Plaintiffs request this Court to enter an order (a) modifying the automatic stay imposed by 11 U.S.C. §362 to permit the Plaintiffs to prosecute through judgment the Action against the Defendant presently pending in case number 16-2005-CA-000198 in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida and (b) for such other and further relief as the Court may deem just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Jenifer S. Worley, Esquire, attorney for Defendant, Saalfield, Shad, Jay, Lucas, & Stokes, P.A., Bank of America Tower, 50 North Laura Street, Suite 2950, Jacksonville, Florida 32202, D. J. Baker, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Co-Counsel for debtor, Four Times Square, New York, New York 10036-6522, Stephen D. Busey, Esquire, Co-Counsel for Debtor, Smith Hulsey and Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and Elena Escamilla, Esquire, attorney for United States Bankruptcy Court Middle District of Florida, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, by U.S. Mail this __1__ day of August, 2005.

TERRELL, HOGAN, ELLIS & YEGELWEL, P.A.

By  /s/ Carroll Cayer
Carroll Cayer  #161070
233 East Bay Street, 8th Floor
Jacksonville, Florida  32202
(904) 632-2424
(904) 632-0549 facsimile
Cayer@terrellhogan.com
Attorneys for Creditors