IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2005-CA-000198-XXXX-MA
DIVISION: CV-E

IRIS DAVIDSON and,
SAM DAVIDSON, her husband

    Plaintiffs,

vs.

SAVE RITE GROCERY WAREHOUSE, INC., a Florida corporation

    Defendants.

_____/

## ANSWER TO COMPLAINT

DEFENDANT, SAVE RITE GROCERY WAREHOUSE, INC., by and through its undersigned counsel, hereby responds to Plaintiffs' Complaint as follows:

1. Defendant denies each and every allegation of the Complaint and demands strict proof thereof.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff, Iris Davidson, was herself negligent, which negligence was the proximate or contributing cause of her injury and/or injuries. Therefore, any recovery in this action should be reduced on a pro rata basis based upon the degree of her negligence.

### SECOND AFFIRMATIVE DEFENSE

This Defendant is entitled to a set-off for any and all benefits received by the Plaintiffs from any collateral source as defined by applicable Florida Statute and case law.



EXHIBIT "B"

### THIRD AFFIRMATIVE DEFENSE

To the extent Plaintiff's damages were caused by the negligence of non-parties to this litigation and pursuant to the applicable Florida law, said non-parties to this litigation, whose negligence may have been a contributing proximate cause to the Plaintiff's damages, should be named on verdict form and judgment entered based on the respective degrees of negligence of the various entities.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages in this case, which failure to mitigate should reduce his claim for damages in direct proportion thereto.

Defendant hereby demands a jury trial on all issues so triable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: **CARROLL CAYER, ESQUIRE**, Brown, Terrell, Hogan, Ellis, McClamma & Yegelwel, P.A., 233 East Bay Street, 8th Floor, Jacksonville, Florida 32202, by **U. S. Mail**, this 3 day of **FEBRUARY**, 2005.

SAALFIELD, SHAD, JAY, LUCAS & STOKES, P.A.

*Jenifer S. Worley*
JENIFER S. WORLEY, ESQUIRE
Florida Bar No.: 160377
Bank of America Tower
50 North Laura Street, Suite 2950
Jacksonville, Florida 32202
(904) 355-4401; Fax (904) 355-3503
Counsel for Defendant Save Rite Grocery Warehouse, Inc.