UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
WINN-DIXIE STORES, INC., ET AL.    *    CHAPTER 11
                                                 *    CASE NO. 05-03817-3F1
                                                 *    Jointly Administered

****************************************************************

## EX PARTE UNOPPOSED MOTION TO CONTINUE HEARING ON CITY OF PLAQUEMINE'S MOTION FOR DETERMINATION OF ADEQUATE ASSURANCE OF PAYMENT OF UTILITIES REQUIRED UNDER 11 U.S.C. § 366

NOW INTO COURT, through undersigned counsel, comes the creditor, the City of Plaquemine ("Plaquemine"), who respectfully moves the Court for an order continuing the hearing on Plaquemine's Motion for Determination of Adequate Assurance of Payment of Utilities Required under 11 U.S.C. § 366 (the "Motion") from August 4, 2005 at 1:00 o'clock p.m. to September 1, 2005 at 1:00 o'clock p.m. or any other date convenient for the Court.

The grounds for this motion are that undersigned counsel has a personal matter that has arisen since the re-setting of the previous hearing from July 14 to August 4 that requires his presence in the State of Louisiana. Opposing Counsel has been contacted and has expressed no opposition to the continuance and all counsel are available on any of the above dates.

RESPECTFULLY SUBMITTED BY:

L. Phillip Canova, Jr., La. Bar #3851
of
CANOVA AND DELAHAYE
A Professional Law Corporation
Attorneys and Counsellors at Law
58156 Court Street
Plaquemine, Louisiana 70764-2708
(225) 687-8340

And

Jina Schlegel, Fla. Bar #0195804
of
PINKSTON & PINKSTON, P. A.
Attorneys and Counsellors at Law
2063 Oak Street
Jacksonville, Florida 32204
(904) 389-5880

ATTORNEYS FOR THE CREDITOR/MOVER,
CITY OF PLAQUEMINE

## CERTIFICATE OF SERVICE

I certify that a copy of the Ex Parte Unopposed Motion to Continue Hearing on City of Plaquemine's Motion for Determination of Adequate Assurance of Payment of Utilities Required under 11 U.S.C. § 366 (the "Motion"), has been mailed, postage prepaid to the following: Cynthia C. Jackson, Esq., Smith Huslsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden Arps Slate Meagher & Flom LLP, Four Time Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed Hadley & McCloy LLC, 1 Chase-Manhattan Plaza, New York, New York 10005 and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando Florida 32801 on this 14th day of June, 2005.

Plaquemine, Louisiana, August 1, 2005.

L. Phillip Canova, Jr., La. Bar #3851
of
CANOVA AND DELAHAYE
A Professional Law Corporation
Attorneys and Counsellors at Law
58156 Court Street
Plaquemine, Louisiana 70764-2708
(225) 687-8340

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
WINN-DIXIE STORES, INC., ET AL.     *     CHAPTER 11
                                                               *     CASE NO. 05-03817-3F1
                                                               *     Jointly Administered
*********************************************************************

## **ORDER**

Considering the foregoing Ex Parte Unopposed Motion to Continue Hearing on the City of Plaquemine's Motion for Determination of Adequate Assurance of Payment of Utilities Required under 11 U.S.C. § 366 (the "Motion") from August 4, 2005 at 1:00 o'clock p.m. to September 1, 2005 at 1:00 o'clock p.m. or any other date convenient for the Court.

IT IS HEREBY ORDERED that the hearing on Plaquemine's Motion, currently set for August 4, 2005 at 1:00 o'clock p.m., be and is hereby continued to the 1st day of September, 2005, at 1:00 o'clock p.m.

Jacksonville, Florida, this _____ day of _____, 2005.


_____
JUDGE, U. S. BANKRUPTCY COURT