UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No.: 05-03817-3F1 |
| **WINN-DIXIE STORES, INC.,** | Chapter 11 |
| Debtor. | Jointly Administered |
| _____/ | |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 4, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion by Wachovia Bank, National Association for Appointment of Fee Examiner Pursuant to 11 U.S.C. § 105(a).

The hearing may be continued upon announcement made in open court without further notice. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

You are reminded that Local Rule 5072-1(b)16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry in the Courthouse.

DATED: August 1, 2005

>ROGERS TOWERS, P.A.
>
>By: /s/ *Betsy C. Cox*
>     Betsy C. Cox
>Florida Bar No. 307033
>1301 Riverplace Blvd., Suite 1500
>Jacksonville, Florida 32207
>(904) 398-3911 (telephone)
>(904) 396-0663 (facsimile)
>bcox@rtlaw.com (email)
>
>- and -
>
>OTTERBOURG, STEINDLER,
>  HOUSTON & ROSEN, P.C.
>Jonathan N. Helfat (JNH9484)
>230 Park Avenue, 29th Floor
>New York, NY 10169
>(212) 661-9100 (telephone)
>(212) 682-6104 (facsimile)
>jhelfat@oshr.com (email)
>
>ATTORNEYS FOR WACHOVIA
>BANK, NATIONAL ASSOCIATION,
>IN ITS CAPACITY AS AGENT FOR
>ITSELF AND CERTAIN OTHER
>POST-PETITION LENDERS