UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                Chapter   11
                                                                                       Case No.  3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.                                              Jointly administered

          Debtors.
_____/

**WEBBER COMMERCIAL PROPERTIES, LLC'S
MOTION FOR EXTENSION OF TIME TO FILE PROOF OF CLAIM**

Webber Commercial Properties, LLC ("Movant"), respectfully requests that the Court grant it an extension of time in which to file its Proof of Claim, and as grounds therefor, states:

1. On May 2, 2005, this Court set the deadline for filing proofs of claim in these jointly administered cases as August 1, 2005.

2. Through a clerical error, the deadline was not calendared on the undersigned's calendar as a deadline requiring delivery other than by electronic filing.

3. Debtor is aware of all elements of this Movant's claim by the objection and joinder made by Movant in this case as follows:

>   Joinder of Webber Commercial Properties, LLC to Florida
>   Tax Collectors' Objection to Debtors' Amended Motion for
>   an Order Authorizing and Approving Agency Agreement
>   Authorizing the Debtors to Sell Merchandise Free and Clear
>   of Liens and Other Relief;

>   Joinder of Webber Commercial Properties, LLC to Limited
>   Opposition of Allied Capital Corporation and Others to the
>   Debtors' Amended Motion for an Order (A) Authorizing
>   the Debtors to Retain Liquidating Agent and Approving

       Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free And Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines and (C) Granting Related Relief;

       and

       Webber Commercial Properties, LLCs Objection to Cure Amounts Recited in Debtors' Motion for Order Authorizing Sale of Assets as to San Carlos, Florida Location, Store No. 740.

4.      Attached hereto is a copy of the Proof of Claim that was sent by the Movant by Federal Express on August 1, 2005, to Logan & Company, Inc., Attention: Winn-Dixie Claim Center, 546 Valley Road, Upper Montclair, New Jersey 07043.

**WHEREFORE**, the Movant requests that this Court grant an extension for it to file its proof of claim until August 3, 2005, so that its Proof of Claim sent August 1, 2005, will have time to be received by Logan & Company, Inc., the company handling the claims in this matter.

           /s/ William Knight Zewadski
          WILLIAM KNIGHT ZEWADSKI
          Florida Bar No.  121746
          Z@trenam.com
          TRENAM, KEMKER, SCHARF, BARKIN,
           FRYE, O'NEILL & MULLIS, P.A.
          Post Office Box 1102
          Tampa, Florida  33601
          (813) 223-7474
          Attorneys for Webber Commercial
          Properties, LLC

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing Motion for Extension of Time to File Proof of Claim was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 1st day of August 2005:

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801


                                          /s/ William Knight Zewadski
                                                    Attorney