| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT JACKSONVILLE DIVISION | | **PROOF OF CLAIM** |
|---|---|---|
| In re (Name of Debtor<br>**WINN-DIXIE STORES, INC., et al.** | Case Number<br>**05-03817-3F1**<br>**Jointly Administered** | |
| Debtor Names: **Winn Dixie Stores, Inc. Store 740**<br>**Case No. 05-03817-3F1** | | |
| Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. | | |
| Name of Creditor ((*The person or entity to whom the debtor owes money or property*)<br>**WEBBER COMMERCIAL PROPERTIES, LLC.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| Name and Addresses Where Notices Should be Sent<br>**WEBBER COMMERCIAL PROPERTIES, LLC**<br>**c/o William Knight Zewadski, Esquire**<br>**Trenam, Kemker, Scharf, Barkin, et al.**<br>**Post Office Box 1102**<br>**Tampa, Florida 33601-1102**<br>**Telephone No. (813) 223-7474** | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated: _____ | |
| **1. Basis For Claim:**<br>☐ Goods Sold<br>☐ Services Performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other (Describe briefly) **Lease** | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensations (fill out below)<br>   Your social security number _____<br>   Unpaid compensation for services performed<br>   from _____ to _____<br>        (date)           (date) | |
| **2. Date Debt Was Incurred  September 20, 1996** | **3. If Court Judgment, Date Obtained:** | |

**4. Total Amount of Claim at Time Case Filed:  $83,439.45, plus any rejection damages that may apply if the lease is rejected** plus **$16,392.74 personal property tax for a total of $99,832.19.**

If all or part of your claim is secured or entitled to priority, also completed Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **5. Secured Claim** | **6. Unsecured Priority Claim** |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff)<br>Brief Description of Collateral:<br>☐ Real Estate    ☐ Motor Vehicle<br>  ☐ Other _____<br>Value of Collateral:  $_____<br><br>Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____ | ☐ Check this box if you have any unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4000), earned not more than 90 days of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).<br>☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)7)<br>☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)(_).<br>*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| **7. Credits** .The amounts of all payments on this claim has been credited and deducted for making this proof of claim | THIS SPACE IF FOR COURT USE ONLY |

| | |
|---|---|
| **8. Supporting Documents**: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.<br>**DO NOT SEND ORIGINAL DOCUMENTS**. If documents are not available, explain. IF the documents are voluminous, attach a summary.<br>**9. Date-stamped Copy:** : To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| Aug. 1, 2005 | *[signature]*<br>William Knight Zewadski, attorney of record |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.*

## ITEMIZATION OF PROOF OF CLAIM

| | |
|---|---:|
| Insurance (pro-rata share/liability) | $ 21,041.88 |
| Insurance (pro-rata share/flood) | 545.92 |
| Real estate taxes (pro-rata share Ad Valorem taxes | 61,851.65 |
|    See Webber Objection to Cure Amounts dated July 14, 2005 | |
| Unpaid tangible personal property tax of | $16,392.74 |
|    See Joinder of Webber Commercial Property LLC to | |
| Florida Tax Collector's Objection dated July 26, 2005 | |
| **Total** | **$99,832.19** |