UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
AUG - 1 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

**Winn-Dixie Stores, Inc. et. al.,**
Debtors

Chapter 11
Case No. 05-03817-3F1
Jointly Administered

## PETITION FOR ORDER LIFTING STAY

Comes now Sadie Gilmore and moves this court pursuant to 11 U.S.C. §362 for an order modifying or terminating the automatic stay by stating as follows:

1. Petitioner is an unsecured creditor with a contingent unliquidated claim against the Debtor. On or about October 26, 2004, Petitioner slipped and fell at Winn Dixie located in Auburn, Alabama. Petitioner contends that the Debtor was at fault, causing the accident and the resulting physical injuries incurred by the Petitioner.

2. Upon information and belief, the Debtor's liability for Petitioner's claim is payable under insurance coverage maintained by the Debtor on the date of the accident. Petitioner only seeks to obtain payment of her claim through available insurance proceeds. Petitioner does not seek to impose personal liability upon the Debtor for any monetary liability not payable by insurance proceeds available to the Debtor.

WHEREFORE, Client respectfully requests pursuant to 11 U.S.C. 362 that the automatic stay by terminated or modified to allow Petitioner to proceed with settlement of this claim and/or to pursue civil action in the Circuit Court of Lee County.

Respectfully Submitted:

*Sadie Mae Gilmore*
Sadie Gilmore, Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon:

Skadden, Arps, Slate, Meagher & Flom LLP

ATTN: D. J. Baker
Four Times Square
New York, New York 10036-6522

Smith Hulsey & Busey
ATTN: Stephen D. Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Milbank, Twee, Hadley & McCloy LLP
ATTN: Dennis Dunne
One Chase Manhattan Plaza
New York, New York 10005

Akerman Senterfitt
ATTN: John B. MacDonald
50 North Laura Street
Suite 2500
Jacksonville, Florida 32202

by placing the same in the U.S. Mail, postage prepaid, this 27th day of July 2005.

Sadie Gilmore