**ExxonMobil Lubricants &**
**Petroleum Specialties Company**
P.O. Box 2169
Houston, Texas 77252-2169

# ExxonMobil
*Lubricants &*
*Petroleum Specialties*

July 26, 2005

U. S. Bankruptcy Court, Clerk's Office
Middle District of Florida, Jacksonville Division
300 N. Hogan St. - Suite 3-350
Jacksonville, Florida  32202

FILED
JACKSONVILLE, FLORIDA
AUG - 1 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re:  Winn-Dixie Stores, Inc.
     Bankruptcy Case Number 05-03817-3F1

Our mailing address has changed.  The address shown on our last bankruptcy notice is the following:

> ExxonMobil Oil Corporation
> P. O. Box 75024
> Chicago, IL  60675-5024

Please change the address above to our new address which follows:

> ExxonMobil Fuels Marketing
> Attn:  Beth E. Brown
> 120 McDonald St.
> St. John, New Brunswick
> E2J 1M5  Canada

Thank you for your assistance in this matter.

Very truly yours,

B. B. Kelly
Phone:  713-680-7514