[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No. 3:05-bk-03817-JAF
                                                Chapter 11

Winn-Dixie Stores, Inc



_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

This case came on for consideration upon the Court's own motion. On July 28, 2005, Jeffrey R. Becker, Attorney for Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor filed a Notice of Appearance and Request for Notice without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Appearance and Request for Notice is stricken from the record.

Dated August 1, 2005

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Jeffrey R. Becker, Attorney for Movant