UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGREED ORDER REGARDING MOTION TO LIFT STAY**

This case is before the Court upon the Motion to Lift Stay filed by Bobbie Edwards (the "Movant") on June 3, 2005 (Doc. No. 1558). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The motion is granted to the extent provided herein.

2. The automatic stay is modified for the sole purpose of allowing Movant to commence a civil action in the Circuit Court of Barbour County, Alabama, Eufaula Division, seeking damages for the injuries Movant allegedly received while on the Debtor's premises. Except for the filing and service of a complaint in accordance herewith, the Movant shall not take any further action against the Debtors or the Debtors' property in connection with such action or otherwise until further order of this Court.

3. The Movant shall notify the court in which she files her action of the Debtors' pending Chapter 11 proceedings and shall notify such court that the Movant's action is subject to the automatic stay of 11 U.S.C. §362.

4.   Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

Dated this __1__ day of August, 2005, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all interested served with the Motion.]

00498193