UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO.:  3:05-bk-03817-JAF

                                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

    Debtors.                                        Jointly Administered

---

## REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

The following party in interest in these Cases, Winn-Dixie Tampa Trust, ("the Party in Interest"), hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Party in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Party in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Party in Interest reserve to the full extent of the law.

Dated: August 2, 2005.
     Jacksonville, Florida

                    HELD & ISRAEL

                    By: _____
                    Edwin W. Held, Jr., Esquire
                    Florida Bar #162574
                    Adam N. Frisch, Esquire
                    Florida Bar #635308
                    1301 Riverplace Blvd., Suite 1916
                    Jacksonville, Florida 32207
                    (904) 398-7038 Telephone
                    (904) 398-4283 Facsimile

                    and

                    RIKER, DANZIG, SCHERER, HYLAND,
                     PERRETTI, LLP
                    Victoria A. Morrison, Esquire
                    New Jersey Bar #VM-8871
                    Richard N. Tilton, Esquire
                    New Jersey Bar #RT-7035
                    Jeffrey M. Sponder, Esquire
                    New Jersey Bar #JS-5127
                    Headquarters Plaza
                    One Speedwell Avenue
                    Morristown, New Jersey 07962
                    (973) 538-0800 Telephone
                    (973) 538-1984 Facsimile
                    Co-counsel for Winn-Dixie Tampa Trust

ewh/winndixie/tampatrustnotice.djg