UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                          Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Jeffrey M. Sponder, of the law firm of Riker, Danzig, Scherer, Hyland, Perretti, LLP, hereby designate as local attorney for creditor, Winn-Dixie Tampa Trust ("the Party in Interest"), in the above-styled Cases:

> Held & Israel
> Edwin W. Held, Jr., Esquire
> Florida Bar No.: 162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, FL  32210
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile

This 25 day of July, 2005.

```
                    RIKER, DANZIG, SCHERER, HYLAND,
                       PERRETTI, LLP
                    Co-counsel for Winn-Dixie Tampa Trust

                    By: /s/ Victoria A. Morrison
                       Victoria A. Morrison, Esquire
                       New Jersey Bar #VM-8871
                       Richard N. Tilton, Esquire
                       New Jersey Bar #RT-7035
                       Jeffrey M. Sponder, Esquire
                       New Jersey Bar #JS-5127
                       Headquarters Plaza
                       One Speedwell Avenue
                       Morristown, New Jersey  07962
                       (973) 538-0800 Telephone
                       (973) 538-1984 Facsimile
```

## CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor Winn-Dixie Tampa Trust in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this __2__ day of ~~July~~ August, 2005.

```
                    HELD & ISRAEL

                    By: /s/ E. W. Held
                       Edwin W. Held, Jr., Esquire
                       Florida Bar #162574
                       1301 Riverplace Blvd., Suite 1916
                       Jacksonville, Florida 32207
                       (904) 398-7038 Telephone
                       (904) 398-4283 Facsimile
```

ewh/winndixie/designation-tampatrust djg