UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Debtors' Notice of Hearing (Docket No. 2249) regarding the (i) Final Fee Application of Bain and Company for Allowance and Payment of Compensation (Docket No. 2245), (ii) First Interim Application of the Blackstone Group, L.P. for Allowance and Payment of Compensation (Docket No. 2247), (iii) First Interim Application of Carlton Fields, P.A. for Allowance and Payment of Compensation (Docket No. 2272), (iv) First Interim Application of King & Spalding LLP for Allowance and Payment of Compensation (Docket No. 2248), (v) First Interim Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation (Docket No. 2325), (vi) First Interim Application of KPMG, LLP for Allowance and Payment of Compensation (Docket No. 2240), (vii) First Interim Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation (Docket No. 2243), (viii) First Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation (Docket No. 2252), (ix) First Interim Application of Skadden, Arps, Slate ,Meagher & Flom LLP for Allowance and Payment of Compensation (Docket No. 2256), (x) First Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of

Compensation (Docket No. 2246), (xi) First Interim Application of Togut, Seal & Segal LLP for Allowance and Payment of Compensation (Docket No. 2198), (xii) First Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance and Payment of Compensation (Docket No. 2242), (xiii) First Interim Application of Houlihan Lokey Howard & Zurkin Capital for Allowance and Payment of Compensation (Docket No. 2236), (xiv) First Interim Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation (Docket No. 2237), (xv) First Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation (Docket No. 2324), and (xvi) First Interim Application of Deloitte Consulting LLP for Allowance and Payment of Compensation (Docket No. 2288), was furnished (a) electronically on July 15, 2005 to those parties listed in the Master Service List attached Exhibit A and (b) by mail on July 18, 2005 to those parties on the attached Exhibit B.

Dated:  August 2, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00503552