UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of Motion by Wachovia Bank, National Association for Appointment of Fee Examiner Pursuant to 11 U.S.C. § 105(a) (Docket No. 2705) and Notice of Hearing thereon (Docket No. 2706) was furnished by mail and/or electronically on August 1, 2005 to those parties on the attached Master Service List.

Dated:  August 2, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    *s/ D. J. Baker*
       D. J. Baker
       Sally McDonald Henry
       Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

00497425

SMITH HULSEY & BUSEY


By    *s/ Cynthia C. Jackson*
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors