IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC., et al.,       Case No. 05-03817-3F1
                                  Chapter 11
       Debtors                  Jointly Administered
_____/

## NOTICE OF HEARING

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 18, 2005 at 1:00 p.m. (prevailing Eastern time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida, 32202, to consider the United States' Motion to Extend Claims Bar Date.

The hearing may be continued upon announcement made in open court without further notice.  Any party opposing the relief sought in this motion must appear at the hearing or any objections or defenses may be deemed waived.  All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: August 2, 2005

PAUL I. PEREZ
United States Attorney

/s/ Deborah M. Morris
Deborah M. Morris
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-1758
Facsimile: (202) 514-9868
Email: Deborah.M.Morris@usdoj.gov