UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

The Court finds that the Application for Payment of Administrative Expense filed by Lisa M. Schiller on behalf of Casselsquare, LLC on July 28, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Application for Payment of Administrative Expense filed by Lisa M. Schiller on behalf of Casselsquare, LLC on July 28, 2005 is stricken from the record.

DATED August 2, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Attorneys for Unsecured Creditors Committee
US Trustee
Lisa M. Schiller, 101 NE Third Ave., Suite 1800, Ft. Lauderdale, FL 33301