[31612] [Order Abating Motion for Relief From Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05-bk-03817-JAF
                                                                Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Sadie Gilmore on August 1, 2005, the Court finds the Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

The Court abates the hearing on this motion until the payment of the filing fee in accordance with 28 U.S.C. §1930(b). The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated August 2, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor