**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:                                                          Case No.: 05-03817-3F1

**WINN-DIXIE STORES, INC.,**                    Chapter 11

    Debtor.                                                Jointly Administered
_____/

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Motion by Wachovia Bank, National Association for Appointment of Fee Examiner Pursuant to 11 U.S.C. § 105(a) (Docket No. 2705) and Notice of Hearing thereon (Docket No. 2706) was furnished by facsimile and United States mail on the 1st day of August 2005 to the following parties who filed fee applications but who are not on the Master Service List:

| | |
|---|---|
| KPMG LLP<br>c/o R. Travis Storey<br>One Independent Drive, Suite 2700<br>Jacksonville, FL 32202 | Kirschner & Legler, P.A.<br>c/o Kenneth M. Kirschner, Esq.<br>300A Wharfside Way<br>Jacksonville, FL 32207 |
| PricewaterhouseCoopers LLP<br>c/o Elizabeth Dantin<br>P.O. Box 65640<br>Charlotte, NC 28265-0640 | Togut, Segal & Segal LLP<br>c/o Neil Berger, Esq.<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Smith, Gambrell & Russell, LLP<br>c/o Douglas G. Stanford, Esq.<br>Bank of America Tower<br>50 N. Laura Street, Suite 2600<br>Jacksonville, FL 32202 | Alvarez & Marsal, LLC<br>c/o Martha E. M. Kopacz<br>600 Lexington Avenue, Sixth Floor<br>New York, NY 10022 |
| Houlihan Lokey Howard &<br>  Zukin Capital<br>c/o David R. Hilty<br>245 Park Avenue, 20th Floor<br>New York, NY 10167 | Carlton Fields, P.A.<br>c/o James D. Silver, Esq.<br>100 SE 2nd Street, Suite 4000<br>Miami, FL 33131 |

| | |
|---|---|
| Mohsin N. Khambati, Esq. | Deloitte Consulting LLP |
| McDermott Will & Emery LLP | c/o Anthony D. Forcum, Principal |
| 227 W. Monroe Street, Suite 5400 | 6363 N. State Highway 161, Suite 800 |
| Chicago, IL 60606 | Irving, TX 75038-2279 |
| Attorney for Bain & Company | |

DATED: August 2, 2005

                                 ROGERS TOWERS, P.A.

                                 By: /s/ Betsy C. Cox
                                       Betsy C. Cox
                                 Florida Bar No. 307033
                                 1301 Riverplace Blvd., Suite 1500
                                 Jacksonville, Florida 32207
                                 (904) 398-3911 (telephone)
                                 (904) 396-0663 (facsimile)
                                 bcox@rtlaw.com (email)

                                   - and -

                                 OTTERBOURG, STEINDLER,
                                   HOUSTON & ROSEN, P.C.
                                 Jonathan N. Helfat (JNH9484)
                                 230 Park Avenue, 29th Floor
                                 New York, NY 10169
                                 (212) 661-9100 (telephone)
                                 (212) 682-6104 (facsimile)
                                 jhelfat@oshr.com (email)

                                 ATTORNEYS FOR WACHOVIA
                                 BANK, NATIONAL ASSOCIATION,
                                 IN ITS CAPACITY AS AGENT FOR
                                 ITSELF AND CERTAIN OTHER
                                 POST-PETITION LENDERS