UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re: Winn-Dixie Montgomery, Inc - Trade Claims<br><br><br>Debtor. | Chapter 11<br>Case Nos.  05-03817<br><br>Claim No.  249273-12 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:     **EXCESS MANAGEMENT SYSTEMS** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **3143 SKYWAY CIR**

   **MELBOURNE, FL 32934**

2. Please take notice of the transfer of $ **13,142.57** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $13,142.57 to:**
   **Madison Investment Trust - Series 3** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave. Suite 120**

   **Overland Park, KS     66202**

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# File a Court document:
3:05-bk-03817-JAF Winn-Dixie Stores, Inc

## U.S. Bankruptcy Court

## Middle District of Florida

Notice of Electronic Filing

The following transaction was received from Madison Liquidity Investors, LLC, entered on 6/21/2005 at 11:47 AM EDT and filed on 6/21/2005
**Case Name:** Winn-Dixie Stores, Inc
**Case Number:** 3:05-bk-03817-JAF
**Document Number:** 1811

**Docket Text:**
Notice of Transfer/Assignment of Claim and Waiver of Opportunity to Object. Original Claimant: Excess Management Systems ($13,142.57), Transferee: Madison Investment Trust - Series 3. (Madison Liquidity Investors, LLC, )

The following document(s) are associated with this transaction:

**Case Number: 3:05-bk-03817-JAF**
**Document description:**
**Original filename:** M:\Operations\ECF Filing\Winn Dixie\6-20-05\Excess Management1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=6/21/2005] [FileNumber=10111463-0] [61a9037216484cb2422edd0d066ad9f107f40b0ae74e471a318ac47ca40eb61638 8a354930dd2ad7c96e6e3729437bd1d8cb893bc9b306a6db146a9f42c65686]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Albert H Adams    irbylawfirm@bellsouth.net,

Rachel E Adams    radams@sctlaw.com,

D. J. Baker    djbaker@skadden.com,

Kenneth C Baker    kcbaker@eastmansmith.com,

Dale R Baringer    dale@sb-lawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net

Matthew Scott Barr    mbarr@milbank.com, lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com;jclark2