IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.         Case Number: 3-05-bk-3817
                                 Chapter 11
         Debtors                 Jointly Administered

_____/

## CREDITOR'S MOTION TO EXTEND CLAIMS BAR DATE

Comes now, Creditor, Brianna Johnson, by and through her mother and next friend, Jennifer Johnson, and requests that this Court extend the time within which she may file a proof of claim in these cases. In support of her motion, she states as follows:

1. Under previous orders of this Court, claims of creditors must be filed in these cases not later than August 1, 2005.

2. The above-referenced creditor has a lawsuit filed against Winn-Dixie Louisiana, in the Circuit Court of Mobile, Alabama, Civil Action Number: CV-03-465, arising from injuries received to Brianna Johnson.

3. It has only recently come to this creditor's knowledge that an August 1, 2005 deadline was in place to file her proof of claim.

4. On August 1, 2005 this creditor sent via overnight mail her proof of claim to Logan & Company, Inc.

5. The debtor will not be prejudiced in the Court's allowance of this late filing.

**Deleted:** creditors

        **/s/ Jennifer Johnson**
        JENNIFER JOHNSON, as mother and next friend of BRIANNA JOHNSON

## CERTIFICATE OF SERVICE

It is hereby certified that on August 2, 2005, the Creditor's Motion to Extend Claims Bar Date was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties requesting service.

        **/s/ Jennifer Johnson**
        JENNIFER JOHNSON, as mother and next friend of BRIANNA JOHNSON