Signed, sealed and delivered
in the presence of:

**ASSIGNEE:**

**WAL-MART STORES, INC.**, a Delaware corporation

Name:_____

By:_____
Name:
Title:

[CORPORATE SEAL]

Name:_____

STATE OF ARKANSAS         )
                          )
COUNTY OF BENTON          )

The foregoing instrument was acknowledged before me by _____, _____ of WAL-MART STORES, INC., a Delaware corporation, on behalf of the corporation, who is personally known to me and who did not take an oath.

Given under my hand and official seal this ___ day of _____, 2005.

_____
Notary Public

My commission expires:_____

Exhibit A

Description of Premises and Lease

WINN-DIXIE STORE # 739
Naples, Florida

| | |
|---|---|
| Lease: | Lease dated June 23, 1993 between Homart Community Centers, Inc., as Landlord, and Winn-Dixie Stores, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated June 23, 1993, recorded in Book 001871, Page 000117, of the public records of Collier County, Florida |
| Amendments/ Guaranty: | Supplemental Lease Agreement dated August 10, 1994 between Homart Development Co., as Landlord and Winn-Dixie Stores, Inc. as Tenant |
| Premises: | That certain store building and related improvements located at 5010 Airport Road North, Naples, Collier County, Florida |
| Legal Description: | The real property as more particularly described as follows: |

CARILLON PLAZA

Southeasterly corner of
Airport-Pulling Road and Pine Ridge Road
Naples, Collier County, Florida

All that certain piece, parcel or tract of land, lying and being situated in the City of Naples, County of Collier, and State of Florida together with all improvements thereon or to be constructed thereon and all appurtenances thereto belonging or in anywise appertaining, more particularly described as follows, to wit:

A parcel of land lying within Section 13, Township 49 South, Range 25 East, Collier County, Florida. wore particularly described as follows:

Commence at the Northwest corner of said Section 13; run thence South 89.52'59" East, along the North line of said Section 13, a distance of 100.03 feet; thence South 01009'42" East, along a line 100.00 feet East of and parallel with the West line of said Section 13, a distance of 75.02 feet to the Southerly right of way line of Pine Ridge Road (a 150.00 foot wide right of way) for a POINT OF BEGINNING; thence South 89°52'59" East, along said Southerly right of way line, a distance of 966.00 feet; thence South 01°00'37" East a distance of 448.30 feet; thence South 38°29'55" West, a distance of 172.87 feet; thence South 01°00'37" East, a distance of 176.16 feet; thence South 38°29'55" West, a distance of 204.90 feet; thence South 01°00'37" East, a distance of 399.61 feet; thence North 89.52'59"

West, a distance of 10.97 feet; thence South 01°00'37" East a distance of 373.80 feet; thence South 88°50'18" West, a distance of 710.00 feet' thence North 01°09'42" West, along a line 100.00 test East of and parallel with the West line of said Section 13, a distance of 1710.00 feet, to the POINT OF BEGINNING; containing 31.980 acres of land, more or less.

Exhibit B

Schedule of Brokers

EXHIBIT B-1

ASSIGNOR'S BROKERS

>The Food Partners, LLC
>1250 Eye Street, N.W.
>Suite 850
>Washington, D.C. 20005

EXHIBIT B-2

ASSIGNEE'S BROKERS

>None