# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### (JACKSONVILLE DIVISION)

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES INC., et al.,**<br><br>**Debtors.** | **Chapter 11**<br>**Case No. 05-3817-3FI**<br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for **Ascential Software Corporation** ("Ascential"), and pursuant to Bankruptcy Rules 9010, 3017 and 2002 and Bankruptcy Code Section 1109(b), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of Ascential with respect to (a) the Debtors, (b) property or proceeds thereof in which the Debtors may claim an interest, or (c) property or proceeds thereof in possession, custody or control of Ascential, which the Debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Ascential; or (3) which may otherwise affect the Debtors or the property of the Debtors.

This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Florida, and does not constitute a waiver of any rights including the right to trial by jury.

Respectfully submitted,

ASCENTIAL SOFTWARE CORPORATION

By its counsel,

/s/ Paul W. Carey
Joseph H. Baldiga, BBO #549963
Paul W. Carey, BBO #566865
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
Dated: August 3, 2005           Email: bankrupt@modl.com