IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

AUG 0 3 2005

CLERK, U.S. BANKRUPTCY CO...

In re:

WINN DIXIE STORES, INC.

Debtors

Case Number: 05-03817-3F1 
Chapter 11
Jointly Administered

## CREDITOR'S MOTION TO EXTEND CLAIMS BAR DATE

Comes now, Frederick P. Gilmore, Attorney for Creditor, Beverly Gaillard, and requests that this Court extend the time within which she may file a proof of claim in these cases. In support of her motion, she states as follows:

1. Under previous orders of this Court, claims of creditors must be filed in these cases not later than August 1, 2005.

2. The above-referenced creditor has a lawsuit filed against Winn-Dixie Montgomery, in the Circuit Court of Monroe, Alabama, Civil Action Number: CV-04-101, arising from injuries received to Beverly Gaillard.

3. It has only recently come to this creditors knowledge that an August 1, 2005 deadline was in place to file her proof of claim.

4. On August 1, 2005 this creditor sent via overnight mail her proof of claim to Logan & Company, Inc.

5. The debtor will not be prejudiced in the Court's allowance of this late filing.

_____
FREDERICK P. GILMORE

## CERTIFICATE OF SERVICE

It is hereby certified that on August 2, 2005, the Creditor's Motion to Extend Claims Bar Date was filed via Federal Express with the Clerk of the Court.

_____
FREDERICK P. GILMORE