## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about August 2, 2005, I caused copies of:

•    **the Notice of Transfer of Claims Other Than For Security**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 3, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claims Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 241406-12
AAMSTRAND ROPES & TWINE
ATTN: JILLIAN ROJAS, ASST TO PRES
711 GROVE STREET
MANTENO, IL 60950

CREDITOR ID: 279336-36
AMERICAN SAFETY RAZOR COMPANY
ATTN BERNARD A MCGOUGH, CREDIT MGR
ONE RAZOR BLADE LANE
VERONA  VA 24482

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 242558-12
ARNEG INC
ATTN: SHARON SHERMAN
4243 LONAT DRIVE
NAZARETH, PA 18064

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 410577-97
ASSEMBLED PRODUCTS CORP
ATTN: GEORGE D PANTER
115 E LINDEN
ROGERS AR 72756

CREDITOR ID: 242649-12
ASSEMBLED PRODUCTS CORP
ATTN ROBIN KOPEJTKA, COLLECTION MGR
115 E LINDEN STREET
ROGERS, AR 72756

CREDITOR ID: 243291-12
BENCHMARK RECRUITING
ATTN L MICHAEL TARON, OWNER
PO BOX 627
COTTONWOOD, AZ 86326

CREDITOR ID: 243368-12
BEST BRANDS INC
ATTN: NANCY C THOMAS, CRED MGR
6307 N 53RD STREET
TAMPA, FL 33610

CREDITOR ID: 410560-97
BLANC INDUSTRIES
ATTN: DIDIER BLANC, PRES
88 KING STREET
DOVER NJ 07801

CREDITOR ID: 243608-12
BLANC INDUSTRIES
ATTN MARY B WOOD, OFF MGR
88 KING STREET
DOVER, NJ 07801

CREDITOR ID: 244150-12
BUFFALOE MILLING COMPANY
ATTN: CHRISTINE SPENCER, CORP SEC
PO BOX 145
KITRELL, NC 27544

CREDITOR ID: 244588-12
CARNISE INC
ATTN: DENISE SHAWN, PRES
2150 MEARS PARKWAY
MARGATE, FL 33063

CREDITOR ID: 245341-12
CHRISTOPHER BEAN COFFEE CO
ATTN: CHRISTOPHER W BROWN, PRES/CEO
440 FENTRESS BLVD
DAYTONA BEACH, FL 32114

CREDITOR ID: 246405-12
CLEANLOOK CHEMICAL CORP
ATTN: MAGDI RODRIGUEZ, ACCTS RCV
14939 N W 27TH AVENUE
OPA LOCKA, FL 33054

CREDITOR ID: 246561-12
COBURG DAIRY INC
ATTN RENEE WALLEY
PO BOX 63448
NORTH CHARLESTON, SC 29419

CREDITOR ID: 410579-97
COBURG DAIRY LLC SUCCESSOR BY
MERGER TO COBURG DAIRY INC
ATTN: KATHY TURNER, VP/CFO
PO BOX 63448
NORTH CHARLESTON SC 29419

CREDITOR ID: 246637-12
COLLINS & AIKMAN
ATTN: JAMES MOOR, VP ENG/REAL ESTAT
PO BOX 580
ALBEMARLE, NC 28001

CREDITOR ID: 246892-12
CONSOLIDATED CONTAINER COMPANY LLC
PO BOX 13754
NEWARK, NJ 07188-0754

CREDITOR ID: 410568-97
CONSOLIDATED CONTAINER COMPANY LLC
ATTN: SCOTT SIMMELINK, DIR-FIN SRV
10861 MILL VALLEY ROAD
OMAHA NE 68154

CREDITOR ID: 246978-12
COPIAH COUNTY COURIER
ATTN: JOHN CARNEY, TREAS
103 S RAGSDALE AVE
PO BOX 351
HAZLEHURST, MS 39083

CREDITOR ID: 247459-12
DADE ENGINEERING CORP
ATTN: JOANNE GOOD STEIN, PRES
558 W 18TH STREET
HIALEAH, FL 33010

CREDITOR ID: 247625-12
DATA LINK SYSTEMS & SERVICES
ATTN: DINA FRASIER, PRES
PO BOX 7163
ORANGE PARK, FL 32073

CREDITOR ID: 247433-12
DC SPECIALIST INC
ATTN: MARY DAVARI, VP
1941 NW 32ND ST, STE A
POMPANO BEACH, FL 33064

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 248269-12
DOCTORS WALK IN CLINIC
ATTN: LETA JUCKETTE, BUS MGR
PO BOX  22997
TAMPA, FL 33622-2997

CREDITOR ID: 381009-47
DORSON SPORTS INC
ATTN: SANDRA CESTARI, CONTROLLER
2120 SMITHTOWN AVENUE
RONKONKOA, NY 11779

CREDITOR ID: 1299-RJ
ELKMONT ASSOCIATES
C/O JAMES POINDEXTER
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 249340-12
FAIRHOPE PUBLIC UTILITIES
ATTN: J. RENAE ROBINSON, REV SUPR
PO BOX 830743
BIRMINGHAM, AL 35283-0743

**SERVICE LIST**
### Notice of Transfer of Claims Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410558-97
FLORALIFE INC
ATTN: SALLIE VARN , ACCTNG MNGR
PO BOX 88030
SLOT 88030
CHICAGO IL 60680

CREDITOR ID: 249674-12
FLORALIFE INC
ATTN KRISITE D YOUNG, AR
SLOT 88030
PO BOX 88030
CHICAGO, IL 60680-1030

CREDITOR ID: 250164-12
FUNNY BAGEL FOOD COMPANY INC
ATTN: WILLIAM SALGADO, EXEC VP
12000 BISCAYNE BLVD, STE 104
MIAMI, FL 33181

CREDITOR ID: 251260-12
HARKER HEIGHTS WATER DEPT
ATTN: ALBERTA BARRETT,FIN DIR
305 MILLERS CROSSING
HARKER HEIGHT, TX 76548

CREDITOR ID: 252307-12
INTERSTATE PROMOTIONS INC
ATTN: GARY FLATLAND, PRES
5315 VOGES ROAD
MADISON, WI 53718

CREDITOR ID: 384181-47
J&J TOWING, INC
ATTN JUDITH A CAMMARATA, VP
5613 NW 8TH STREET
MARGATE, FL 33063

CREDITOR ID: 254130-12
KRISPY KREME
ATTN: JAMES ANDERSON, PRES
980 INTERNATIONAL SPEEDWAY
DAYTONA BEACH, FL 32114

CREDITOR ID: 254127-12
KRISPY KREME
ATTN: FRANK GUTHRIE, PRES
1644 GORDON HIGHWAY
AUGUSTA, GA 30906

CREDITOR ID: 384205-47
KRISPY KREME
GULF FLORIDA DOUGHNUT CORPORATION
ATTN: MARK GAUTHIER, PRES
3615 E LAKE AVENUE
TAMPA, FL 33610

CREDITOR ID: 254138-12
KRISPY KREME DONUT CO
ATTN: FRANK GUTHRIE, PRES
PO BOX 569
AUGUSTA, GA 30901

CREDITOR ID: 384206-47
KRISPY KREME DOUGHNUT CO
ATTN: JAMES ANDERSON, PRES
980 VOLUSIA AVENUE
DAYTONA BEACH, FL 32014

CREDITOR ID: 254148-12
KRISPY KREME DOUGHNUTS
ATTN: JAMES ANDERSON, PRES
980 INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH, FL 32114

CREDITOR ID: 254147-12
KRISPY KREME DOUGHNUTS
ATTN: TERRENCE JONES, VP
310 NW 13TH STREET
GAINESVILLE, FL 32601

CREDITOR ID: 254530-12
LAWN MASTER
ATTN: ROBERT WEBB
PO BOX 6456
RALEIGH, NC 27628-6456

CREDITOR ID: 255225-12
MACK LLC DBA KRISPY KREME
ATTN ALAN HERBERT
PO BOX 10100
NEW ORLEANS, LA 70181

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 381028-47
MANE
ATTN: STACI BENNISON, VP FIN
999 TECH DRIVE
MILFORD, OH 45150

CREDITOR ID: 255762-12
MATADOR DIST
ATTN: JULIE DAVIS, CFO TREAS
2000 BERING DRIVE, STE 400
HOUSTON, TX 77057

CREDITOR ID: 407645-15
MATTEL TOYS AKA
MATTEL SALES CORP
ATTN KATHLEEN SIMPSON-TAYLOR, VP FN
MAIL STOP M1-1201
333 CONTINENTAL BLVD
EL SEGUNDO CA 90245-5012

CREDITOR ID: 255834-12
MAY ADVERTISING INTERNATIONAL LTD
ATTN MARY JOHNSON
PO BOX 40610
FT WORTH, TX 76140-0610

CREDITOR ID: 255953-12
MEBANE ENTERPRISE
ATTN: TERI S AYERS, ACCTS REV MGR
PO BOX 530
CHATHAM, VA 24531

CREDITOR ID: 256396-12
MILK PRODUCTS LP
ATTN JIM HANNAN, CONTROLLER
PO BOX 60333
LAFAYETTE, LA 70596

CREDITOR ID: 405193-95
MILK PRODUCTS LP
BORDENS MILK COMPANY
5327 SOUTH LAMAR ST
DALLAS TX 75215

CREDITOR ID: 256760-12
MSI INVENTORY SERVICE CORP
ATTN: JAMES MCCLAIN, CEO/PRES
PO BOX 320129
FLOWOOD, MS 39232-0129

CREDITOR ID: 258203-12
PAVIT COMPLEX INC
C/O THE TROTMAN COMPANY
ATTN: H. SABHAUD, PRES
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 259361-12
REDDWERKS CORPORATION
ATTN RICHARD PIOTROWSKI, VP FINANCE
38155 S CAPITAL OF TX HWY, STE 275
AUSTIN TX 78704

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 259380-12
REESE SIGN SERVICE
ATTN: CATHY REESE, OWNER
PO BOX 10593
GOLDSBORO, NC 27532-0593

CREDITOR ID: 259486-12
RETAIL DATA LLC
ATTN CHRISTOPHER F FERGUSON
PO BOX 6991
RICHMOND, VA 23230

**SERVICE LIST**

**Notice of Transfer of Claims Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 260481-12
SAV ON CONTACTS INC
ATTN: EZRA COHEN, PRES
PO BOX 230152
BROOKLYN, NY 11223

CREDITOR ID: 260559-12
SCHUSTER MARKETING CORP
ATTN: HEIDI SCHUSTER, VP
6223 WEST FOREST HOME AVENUE
MILWAUKEE, WI 53220

CREDITOR ID: 260561-12
SCHWANS BAKERY INC
PO BOX 532066
ATLANTA, GA 30353-2066

CREDITOR ID: 405533-95
SCHWANS BAKERY INC
ATTN: HARRY G LEONARDI, VP & CFO
2855 ROLLING PIN LANE
SUWANEE GA 30024

CREDITOR ID: 279039-32
SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

CREDITOR ID: 260560-12
SCHWAN'S SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS, MN 55485-5054

CREDITOR ID: 384420-47
SHARKEY, WILLIAM
3754 LUMBER JACKWAY
JACKSONVILLE, FL 32223

CREDITOR ID: 397811-75
SOUTHEASTERN PROTECTION SERV
ATTN: PATRICK RUSSELL, PRES
PO BOX 151197
ALTAMONTE SPGS, FL 32715-1197

CREDITOR ID: 261359-12
SOUTHEASTERN PROTECTION SERVICE
ATTN: PATRICK RUSSELL, PRES
PO BOX 151197
ALTAMONTE SPGS, FL 32715-1197

CREDITOR ID: 381038-47
SOUTHEASTERN PROTECTION SERVICES INC
ATTN: SCOTT RUSSELL, PRES
PO BOX 64
WOODSTOCK, GA 30188

CREDITOR ID: 384366-47
SOUTHERN EAGLE DIST
ATTN: JEROME CURRAN, ADMIN DIR
5300 GLADES CUT OFF ROAD
FORT PIERCE, FL 34981

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 262171-12
SUN DROP COLA BOTTLING
PO BOX 1907
DECATUR, AL 35601

CREDITOR ID: 410578-97
SUN DROP COLA BOTTLING
ATTN: GLORIA KUECK
29599 OLD HWY 20
MADISON AL 35756

CREDITOR ID: 262263-12
SUPERIOR WELDING INC
ATTN: DALE DESROCHER, PRES
355 COX ROAD
COCOA, FL 32926

CREDITOR ID: 381269-47
THUMANNS SUNCOAST DELI PROVISIONS INC
ATTN: RONALD REGAN, PRES
5439 AZURE WAY
SARASOTA, FL 34242

CREDITOR ID: 263241-12
TOP DOG DISTRIBUTORS
ATTN: RICHARD ICKES, SOLE PROPRIETO
11565 92ND WAY NORTH
LARGO, FL 33773

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 403440-15
TREMCO, INC
ATTN MICHELLE CARY
3735 GREEN RD
BEACHWOOD OH 44122

CREDITOR ID: 263501-12
TRI STATE EMPLOYMENT SERVICES INC
ATTN: ROBERT CASSERA, PRES
160 BROADWAY 15TH  FL
NEW YORK, NY 10038

CREDITOR ID: 263628-12
TULY CORPORATION
ATTN: CAROLINA FRANCOS, GEN MGR
3820 NW 32 AVENUE
MIAMI, FL 33142

CREDITOR ID: 263817-12
UNITED REFRIGERATION INC
PO BOX 740703
ATLANTA, GA 30374-0703

CREDITOR ID: 263816-12
UNITED REFRIGERATION INC
ATTN: WILLIAM HAWKINS, TREAS
11401 ROOSEVELT BLVD
PHILADELPHIA, PA 19154

CREDITOR ID: 264585-12
WEINSTEIN WHOLESALE MEATS INC
2906 PAYSHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 405829-95
WEINSTEIN WHOLESALE MEATS INC
ATTN: SCOTT WEINSTEIN, PRES
1328 W RANDOLPH STREET
CHICAGO IL 60607

**Total:   85**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2570

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AAMSTRAND ROPES & TWINE

Name of Transferor

ASM CAPITAL LP

Name of Transferee

AAMSTRAND ROPES & TWINE
ATTN: JILLIAN ROJAS, ASST TO PRES
711 GROVE STREET
MANTENO, IL 60950

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.:  241406

Phone: 5162246040
Account No.:  399729

Claim No.: 34493

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $2,812.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**  | Case No.: 05-03817-3F1
| Docket No.: **2614**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| AMERICAN SAFETY RAZOR COMPANY | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| AMERICAN SAFETY RAZOR COMPANY | AMROC INVESTMENTS LLC |
| ATTN BERNARD A MCGOUGH, CREDIT MGR | ATTN DAVID S LEINWAND ESQ |
| ONE RAZOR BLADE LANE | 535 MADISON AVE 15TH FLR |
| VERONA  VA 24482 | NEW YORK NY 10022 |

| | |
|---|---|
| Phone: | Phone: |
| Account No.:  279336 | Account No.:  399614 |

| | |
|---|---|
| Claim No.: 3929 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 06/06/2005 | Transfer Amount: $61,549.68 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: 05-03817-3F1

                                                                                    Docket No.: 2596

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ARNEG INC                                               MADISON INVESTMENT TRUST - SERIES 3

Name of Transferor                                      Name of Transferee

ARNEG INC                                               MADISON INVESTMENT TRUST - SERIES 3
ATTN: SHARON SHERMAN                                     ATTN KRISTY STARK
4243 LONAT DRIVE                                         6310 LAMAR AVE STE 120
NAZARETH, PA 18064                                       OVERLAND PARK KS 66202


Phone:                                                  Phone: 800 896 8913
Account No.:  242558                                    Account No.:  405906


Claim No.: 30150                                        Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                            Transfer Amount: $4,083.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                        /s/ Logan & Company, Inc.

                                                        Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2595

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ARNEG INC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| | |
| ARNEG INC | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN: SHARON SHERMAN | ATTN KRISTY STARK |
| 4243 LONAT DRIVE | 6310 LAMAR AVE STE 120 |
| NAZARETH, PA 18064 | OVERLAND PARK KS 66202 |
| | |
| Phone: | Phone: 800 896 8913 |
| Account No.:  242558 | Account No.:  405906 |

Claim No.: 33238

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $8,543.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **2598**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ASSEMBLED PRODUCTS CORP | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| ASSEMBLED PRODUCTS CORP | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN ROBIN KOPEJTKA, COLLECTION MGR | ATTN KRISTY STARK |
| 115 E LINDEN STREET | 6310 LAMAR AVE STE 120 |
| ROGERS, AR 72756 | OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: 479 246 6457 | Phone: 800 896 8913 |
| Account No.: 242649 | Account No.: 405906 |

ASSEMBLED PRODUCTS CORP
ATTN: GEORGE D PANTER
115 E LINDEN
ROGERS AR 72756

Phone:
Account No.: 410577

| | |
|---|---|
| Claim No.: 30156 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $6,350.86 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                              /s/ Logan & Company, Inc.

                                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                      Case No.: 05-03817-3F1

                                                                 Docket No.: 2599

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ASSEMBLED PRODUCTS CORP | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| ASSEMBLED PRODUCTS CORP | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN ROBIN KOPEJTKA, COLLECTION MGR | ATTN KRISTY STARK |
| 115 E LINDEN STREET | 6310 LAMAR AVE STE 120 |
| ROGERS, AR 72756 | OVERLAND PARK KS 66202 |

| | |
|---|---|
| Phone: 479 246 6457 | Phone: 800 896 8913 |
| Account No.: 242649 | Account No.: 405906 |

ASSEMBLED PRODUCTS CORP
ATTN: GEORGE D PANTER
115 E LINDEN
ROGERS AR 72756

Phone:
Account No.: 410577

| | |
|---|---|
| Claim No.: 33242 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $10,347.40 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

                                                                 /s/ Logan & Company, Inc.

                                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 1846

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BENCHMARK RECRUITING                          REDROCK CAPITAL PARTNERS LLC

Name of Transferor                            Name of Transferee

BENCHMARK RECRUITING                          REDROCK CAPITAL PARTNERS LLC
ATTN L MICHAEL TARON, OWNER                   ATTN CRAIG KLEIN
PO BOX 627                                    111 S MAIN ST STE C11
COTTONWOOD, AZ 86326                          PO BOX 9095
                                              BRECKENRIDGE CO 80424


Phone: 266 276 2441                           Phone: 970 547 9058
Account No.:  243291                          Account No.:  407577


Claim No.: 4731                               Full Transfer:          Partial Transfer: (X)
Date Claim Filed: 06/27/2005                  Transfer Amount: $7,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2449**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BEST BRANDS INC | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| BEST BRANDS INC | FAIR HARBOR CAPITAL LLC |
| ATTN: NANCY C THOMAS, CRED MGR | ATTN FRED GLASS |
| 6307 N 53RD STREET | 875 AVENUE OF THE AMERICAS STE 2305 |
| TAMPA, FL 33610 | NEW YORK NY 10001 |

| | |
|---|---|
| Phone: | Phone: |
| Account No.: 243368 | Account No.: 408404 |

| | |
|---|---|
| Claim No.: 34600 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,586.49 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2470

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BLANC INDUSTRIES | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| BLANC INDUSTRIES | ASM CAPITAL LP |
| ATTN MARY B WOOD, OFF MGR | ATTN ADAM MOSKOWITZ |
| 88 KING STREET | 7600 JERICHO TPK STE 302 |
| DOVER, NJ 07801 | WOODBURY NY 11797 |

Phone: 973 537 0090                          Phone: 5162246040

Account No.: 243608                          Account No.: 399729

BLANC INDUSTRIES
ATTN: DIDIER BLANC, PRES
88 KING STREET
DOVER NJ 07801

Phone:

Account No.: 410560

Claim No.: 3203                              Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 05/31/2005                 Transfer Amount: $73,188.19

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2471**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BLANC INDUSTRIES

Name of Transferor

ASM CAPITAL LP

Name of Transferee

BLANC INDUSTRIES
ATTN MARY B WOOD, OFF MGR
88 KING STREET
DOVER, NJ 07801

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 973 537 0090
Account No.: 243608

Phone: 5162246040
Account No.: 399729

BLANC INDUSTRIES
ATTN: DIDIER BLANC, PRES
88 KING STREET
DOVER NJ 07801

Phone:
Account No.: 410560

Claim No.: 3204
Date Claim Filed: 05/31/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $2,244.73

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**
                                       Case No.: **05-03817-3F1**

                                       Docket No.: **2481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BUFFALOE MILLING COMPANY | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| BUFFALOE MILLING COMPANY | ASM CAPITAL LP |
| ATTN: CHRISTINE SPENCER, CORP SEC | ATTN ADAM MOSKOWITZ |
| PO BOX 145 | 7600 JERICHO TPK STE 302 |
| KITRELL, NC 27544 | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: | Phone: 5162246040 |
| Account No.:  244150 | Account No.:  399729 |

| | |
|---|---|
| Claim No.: 35981 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $3,444.53 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

                                      /s/ Logan & Company, Inc.

                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2581**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CARNISE INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

CARNISE INC
ATTN: DENISE SHAWN, PRES
2150 MEARS PARKWAY
MARGATE, FL 33063

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:

Account No.:  244588

Phone: 5162246040

Account No.:  399729

Claim No.: 30305

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $3,032.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                                Docket No.: **2450**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CHRISTOPHER BEAN COFFEE CO | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| CHRISTOPHER BEAN COFFEE CO | FAIR HARBOR CAPITAL LLC |
| ATTN: CHRISTOPHER W BROWN, PRES/CEO | ATTN FRED GLASS |
| 440 FENTRESS BLVD | 875 AVENUE OF THE AMERICAS STE 2305 |
| DAYTONA BEACH, FL 32114 | NEW YORK NY 10001 |

| Phone: | Phone: |
| Account No.: 245341 | Account No.: 408404 |

Claim No.: 34686                                Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005                    Transfer Amount: $3,213.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                    Case No.:**05-03817-3F1**

Docket No.:**2451**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLEANLOOK CHEMICAL CORP                                    FAIR HARBOR CAPITAL LLC

Name of Transferor                                        Name of Transferee

CLEANLOOK CHEMICAL CORP                                    FAIR HARBOR CAPITAL LLC
ATTN: MAGDI RODRIGUEZ, ACCTS RCV                           ATTN FRED GLASS
14939 N W 27TH AVENUE                                      875 AVENUE OF THE AMERICAS STE 2305
OPA LOCKA, FL 33054                                        NEW YORK NY 10001


Phone:                                                    Phone:
Account No.:  246405                                      Account No.:  408404


Claim No.: 34696                                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                              Transfer Amount: $1,758.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 2685

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COBURG DAIRY INC                                    ASM CAPITAL LP

Name of Transferor                                  Name of Transferee

COBURG DAIRY INC                                    ASM CAPITAL LP
ATTN RENEE WALLEY                                   ATTN ADAM MOSKOWITZ
PO BOX 63448                                        7600 JERICHO TPK STE 302
NORTH CHARLESTON, SC 29419                          WOODBURY NY 11797

Phone: 843 554 4870                                 Phone: 5162246040
Account No.: 246561                                 Account No.: 399729

COBURG DAIRY LLC SUCCESSOR BY
MERGER TO COBURG DAIRY INC
ATTN: KATHY TURNER, VP/CFO
PO BOX 63448
NORTH CHARLESTON SC 29419

Phone:
Account No.: 410579

Claim No.: 2710                                     Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/13/2005                        Transfer Amount: $69,933.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2478

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COLLINS & AIKMAN

Name of Transferor

COLLINS & AIKMAN
ATTN: JAMES MOOR, VP ENG/REAL ESTAT
PO BOX 580
ALBEMARLE, NC 28001

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.:  246637

Phone: 5162246040
Account No.:  399729

Claim No.: 33472
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $11,770.83

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2498

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY LLC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CONSOLIDATED CONTAINER COMPANY LLC | ASM CAPITAL LP |
| PO BOX 13754 | ATTN ADAM MOSKOWITZ |
| NEWARK, NJ 07188-0754 | 7600 JERICHO TPK STE 302 |
| | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: | Phone: 5162246040 |
| Account No.:  246892 | Account No.:  399729 |

CONSOLIDATED CONTAINER COMPANY LLC
ATTN: SCOTT SIMMELINK, DIR-FIN SRV
10861 MILL VALLEY ROAD
OMAHA NE 68154

Phone:
Account No.:  410568

| | |
|---|---|
| Claim No.: 30567 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $20,452.20 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                  Case No.: **05-03817-3F1**

                                                           Docket No.: **2497**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONSOLIDATED CONTAINER COMPANY LLC                  ASM CAPITAL LP
_____             _____
Name of Transferor                                  Name of Transferee

CONSOLIDATED CONTAINER COMPANY LLC                  ASM CAPITAL LP
PO BOX 13754                                        ATTN ADAM MOSKOWITZ
NEWARK, NJ 07188-0754                               7600 JERICHO TPK STE 302
                                                    WOODBURY NY 11797


Phone:                                              Phone: 5162246040
Account No.:  246892                                Account No.:  399729

CONSOLIDATED CONTAINER COMPANY LLC
ATTN: SCOTT SIMMELINK, DIR-FIN SRV
10861 MILL VALLEY ROAD
OMAHA NE 68154


Phone:
Account No.:  410568


Claim No.: 32342                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                        Transfer Amount: $374,931.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                    /s/ Logan & Company, Inc.
                                                    _____
                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 2499

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONSOLIDATED CONTAINER COMPANY LLC

Name of Transferor

CONSOLIDATED CONTAINER COMPANY LLC
PO BOX 13754
NEWARK, NJ 07188-0754

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:

Account No.:  246892

Phone: 5162246040

Account No.:  399729

CONSOLIDATED CONTAINER COMPANY LLC
ATTN: SCOTT SIMMELINK, DIR-FIN SRV
10861 MILL VALLEY ROAD
OMAHA NE 68154

Phone:

Account No.:  410568

Claim No.: 36182

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $6,019.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                Case No.: 05-03817-3F1

                                                                                          Docket No.: 2452

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COPIAH COUNTY COURIER                          FAIR HARBOR CAPITAL LLC

Name of Transferor                                          Name of Transferee

COPIAH COUNTY COURIER                          FAIR HARBOR CAPITAL LLC
ATTN: JOHN CARNEY, TREAS                       ATTN FRED GLASS
103 S RAGSDALE AVE                                   875 AVENUE OF THE AMERICAS STE 2305
PO BOX 351                                                 NEW YORK NY 10001
HAZLEHURST, MS 39083

Phone:                                                         Phone:
Account No.:  246978                                      Account No.:  408404

Claim No.: 33490                                          Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                          Transfer Amount: $1,551.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                          /s/ Logan & Company, Inc.

                                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

Docket No.: **2464**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DADE ENGINEERING CORP

Name of Transferor

ASM CAPITAL LP

Name of Transferee

DADE ENGINEERING CORP
ATTN: JOANNE GOOD STEIN, PRES
558 W 18TH STREET
HIALEAH, FL 33010

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.:  247459

Phone: 5162246040
Account No.:  399729

Claim No.: 30610

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $2,507.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                              Docket No.: **2612**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DATA LINK SYSTEMS & SERVICES                    ASM CAPITAL LP

Name of Transferor                              Name of Transferee

DATA LINK SYSTEMS & SERVICES                    ASM CAPITAL LP
ATTN: DINA FRASIER, PRES                         ATTN ADAM MOSKOWITZ
PO BOX 7163                                      7600 JERICHO TPK STE 302
ORANGE PARK, FL 32073                            WOODBURY NY 11797

Phone:                                           Phone: 5162246040
Account No.:  247625                             Account No.:  399729

Claim No.: 34748                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $8,359.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **2463**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DC SPECIALIST INC                          ASM CAPITAL LP

Name of Transferor                          Name of Transferee

DC SPECIALIST INC                          ASM CAPITAL LP
ATTN: MARY DAVARI, VP                      ATTN ADAM MOSKOWITZ
1941 NW 32ND ST, STE A                     7600 JERICHO TPK STE 302
POMPANO BEACH, FL 33064                    WOODBURY NY 11797


Phone:                                     Phone: 5162246040
Account No.:  247433                       Account No.:  399729


Claim No.: 32602                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005               Transfer Amount: $3,165.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2588**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOCTORS WALK IN CLINIC

Name of Transferor

TRADE-DEBT.NET

Name of Transferee

DOCTORS WALK IN CLINIC
ATTN: LETA JUCKETTE, BUS MGR
PO BOX  22997
TAMPA, FL 33622-2997

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 813 289 8014
Account No.:  248269

Phone:
Account No.:  399395

Claim No.: 30667

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $160.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2477

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DORSON SPORTS INC                              ASM CAPITAL LP

Name of Transferor                            Name of Transferee

DORSON SPORTS INC                              ASM CAPITAL LP
ATTN: SANDRA CESTARI, CONTROLLER               ATTN ADAM MOSKOWITZ
2120 SMITHTOWN AVENUE                          7600 JERICHO TPK STE 302
RONKONKOA, NY 11779                            WOODBURY NY 11797

Phone:                                         Phone: 5162246040
Account No.:  381009                           Account No.:  399729

Claim No.: 35705                               Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $13,873.77

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2603

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELKMONT ASSOCIATES

Name of Transferor

ELKMONT ASSOCIATES
C/O JAMES POINDEXTER
PO BOX 28
ELKIN, NC 28621-0028

Phone: 336 835 7090
Account No.: 1299

MADISON INVESTMENT TRUST - SERIES 1

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 800 896 8913
Account No.: 410459

Claim No.: 7012
Date Claim Filed: 07/18/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $306,281.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2453

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FAIRHOPE PUBLIC UTILITIES

Name of Transferor

FAIRHOPE PUBLIC UTILITIES
ATTN: J. RENAE ROBINSON, REV SUPR
PO BOX 830743
BIRMINGHAM, AL 35283-0743


Phone:
Account No.: 249340

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001


Phone:
Account No.: 408404

Claim No.: 33621

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $28,534.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2454

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORALIFE INC

Name of Transferor

FLORALIFE INC
ATTN KRISITE D YOUNG, AR
SLOT 88030
PO BOX 88030
CHICAGO, IL 60680-1030

Phone: 800 538 3839
Account No.: 249674

FLORALIFE INC
ATTN: SALLIE VARN , ACCTNG MNGR
PO BOX 88030
SLOT 88030
CHICAGO IL 60680

Phone:
Account No.: 410558

Claim No.: 5453
Date Claim Filed: 07/05/2005

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 408404

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $3,332.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2455

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FUNNY BAGEL FOOD COMPANY INC                    FAIR HARBOR CAPITAL LLC

Name of Transferor                              Name of Transferee

FUNNY BAGEL FOOD COMPANY INC                    FAIR HARBOR CAPITAL LLC
ATTN: WILLIAM SALGADO, EXEC VP                  ATTN FRED GLASS
12000 BISCAYNE BLVD, STE 104                    875 AVENUE OF THE AMERICAS STE 2305
MIAMI, FL 33181                                 NEW YORK NY 10001


Phone:                                          Phone:
Account No.:  250164                            Account No.:  408404


Claim No.: 34859                                Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005                    Transfer Amount: $4,176.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **2456**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARKER HEIGHTS WATER DEPT

Name of Transferor

HARKER HEIGHTS WATER DEPT
ATTN: ALBERTA BARRETT,FIN DIR
305 MILLERS CROSSING
HARKER HEIGHT, TX 76548


Phone:
Account No.:  251260

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001


Phone:
Account No.:  408404

Claim No.: 30882                          Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005              Transfer Amount: $1,180.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.:05-03817-3F1

Docket No.:2687

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INTERSTATE PROMOTIONS INC

Name of Transferor

INTERSTATE PROMOTIONS INC
ATTN: GARY FLATLAND, PRES
5315 VOGES ROAD
MADISON, WI 53718

Phone:
Account No.:  252307

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.:  399729

Claim No.: 30994

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $102,647.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                           Case No.: **05-03817-3F1**

                                                                     Docket No.: **2689**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INTERSTATE PROMOTIONS INC                          ASM CAPITAL LP

Name of Transferor                                 Name of Transferee

INTERSTATE PROMOTIONS INC                          ASM CAPITAL LP
ATTN: GARY FLATLAND, PRES                          ATTN ADAM MOSKOWITZ
5315 VOGES ROAD                                    7600 JERICHO TPK STE 302
MADISON, WI 53718                                  WOODBURY NY 11797


Phone:                                             Phone: 5162246040
Account No.:  252307                               Account No.:  399729



Claim No.: 33760                                   Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $56,321.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2688

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INTERSTATE PROMOTIONS INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

INTERSTATE PROMOTIONS INC
ATTN: GARY FLATLAND, PRES
5315 VOGES ROAD
MADISON, WI 53718

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:

Account No.:  252307

Phone: 5162246040

Account No.:  399729

Claim No.: 36446

Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:

Transfer Amount: $70,072.26

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**            Case No.: **05-03817-3F1**

                                                      Docket No.: **2462**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC                                       ASM CAPITAL LP

Name of Transferor                                    Name of Transferee

J&J TOWING, INC                                       ASM CAPITAL LP
ATTN JUDITH A CAMMARATA, VP                           ATTN ADAM MOSKOWITZ
5613 NW 8TH STREET                                    7600 JERICHO TPK STE 302
MARGATE, FL 33063                                     WOODBURY NY 11797


Phone: 954 972 0855                                   Phone: 5162246040
Account No.:  384181                                  Account No.:  399729


Claim No.: 1186                                       Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/09/2005                          Transfer Amount: $940.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2462**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC

Name of Transferor

J&J TOWING, INC
ATTN JUDITH A CAMMARATA, VP
5613 NW 8TH STREET
MARGATE, FL 33063


Phone: 954 972 0855
Account No.: 384181

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729

Claim No.: 1187                                    Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 05/09/2005              Transfer Amount: $233.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                                Docket No.: **2462**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC                                ASM CAPITAL LP

Name of Transferor                             Name of Transferee

J&J TOWING, INC                                ASM CAPITAL LP
ATTN JUDITH A CAMMARATA, VP                    ATTN ADAM MOSKOWITZ
5613 NW 8TH STREET                             7600 JERICHO TPK STE 302
MARGATE, FL 33063                              WOODBURY NY 11797


Phone: 954 972 0855                            Phone: 5162246040
Account No.:  384181                           Account No.:  399729


Claim No.: 1188                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/09/2005                   Transfer Amount: $456.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **2462**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC                                    ASM CAPITAL LP

Name of Transferor                                 Name of Transferee

J&J TOWING, INC                                    ASM CAPITAL LP
ATTN JUDITH A CAMMARATA, VP                        ATTN ADAM MOSKOWITZ
5613 NW 8TH STREET                                 7600 JERICHO TPK STE 302
MARGATE, FL 33063                                  WOODBURY NY 11797

Phone: 954 972 0855                                Phone: 5162246040
Account No.: 384181                                Account No.: 399729

Claim No.: 1189                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/09/2005             Transfer Amount: $341.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                Case No.: **05-03817-3F1**

                                                           Docket No.: **2462**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC                              ASM CAPITAL LP

Name of Transferor                           Name of Transferee

J&J TOWING, INC                              ASM CAPITAL LP
ATTN JUDITH A CAMMARATA, VP                  ATTN ADAM MOSKOWITZ
5613 NW 8TH STREET                           7600 JERICHO TPK STE 302
MARGATE, FL 33063                            WOODBURY NY 11797

Phone: 954 972 0855                          Phone: 5162246040
Account No.:  384181                         Account No.:  399729

Claim No.: 1190                              Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 05/09/2005                 Transfer Amount: $133.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2462**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC
_____

Name of Transferor

J&J TOWING, INC
ATTN JUDITH A CAMMARATA, VP
5613 NW 8TH STREET
MARGATE, FL 33063


Phone: 954 972 0855
Account No.: 384181

ASM CAPITAL LP
_____

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729

Claim No.: 1191

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 05/09/2005

Transfer Amount: $474.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.
_____

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **2462**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&J TOWING, INC _____     ASM CAPITAL LP _____

Name of Transferor                          Name of Transferee

J&J TOWING, INC                             ASM CAPITAL LP
ATTN JUDITH A CAMMARATA, VP                 ATTN ADAM MOSKOWITZ
5613 NW 8TH STREET                          7600 JERICHO TPK STE 302
MARGATE, FL 33063                           WOODBURY NY 11797


Phone: 954 972 0855                         Phone: 5162246040
Account No.:  384181                        Account No.:  399729


Claim No.: 1192                             Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 05/09/2005                Transfer Amount: $267.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                            /s/ Logan & Company, Inc. _____

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2545**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KRISPY KREME

Name of Transferor

KRISPY KREME
ATTN: FRANK GUTHRIE, PRES
1644 GORDON HIGHWAY
AUGUSTA, GA 30906

Phone:
Account No.:  254127

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.:  399729

Claim No.: 31082
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $67,271.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2565**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KRISPY KREME

Name of Transferor

KRISPY KREME
ATTN: JAMES ANDERSON, PRES
980 INTERNATIONAL SPEEDWAY
DAYTONA BEACH, FL 32114


Phone:
Account No.:  254130

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.:  399729

Claim No.: 31084
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $41,946.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2559

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KRISPY KREME

Name of Transferor

KRISPY KREME
GULF FLORIDA DOUGHNUT CORPORATION
ATTN: MARK GAUTHIER, PRES
3615 E LAKE AVENUE
TAMPA, FL 33610

Phone:
Account No.: 384205

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 32150
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $101,299.78

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 2569

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| KRISPY KREME | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| KRISPY KREME | ASM CAPITAL LP |
|---|---|
| ATTN: FRANK GUTHRIE, PRES | ATTN ADAM MOSKOWITZ |
| 1644 GORDON HIGHWAY | 7600 JERICHO TPK STE 302 |
| AUGUSTA, GA 30906 | WOODBURY NY 11797 |

| Phone: | Phone: 5162246040 |
|---|---|
| Account No.:  254127 | Account No.:  399729 |

| Claim No.: 36488 | Full Transfer: (X)     Partial Transfer: |
|---|---|
| Date Claim Filed: 04/07/2005 | Transfer Amount: $4,440.77 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                Case No.: 05-03817-3F1

                                                                      Docket No.: 2546

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KRISPY KREME DONUT CO                              ASM CAPITAL LP

Name of Transferor                                Name of Transferee

KRISPY KREME DONUT CO                             ASM CAPITAL LP
ATTN: FRANK GUTHRIE, PRES                         ATTN ADAM MOSKOWITZ
PO BOX 569                                        7600 JERICHO TPK STE 302
AUGUSTA, GA 30901                                 WOODBURY NY 11797


Phone:                                            Phone: 5162246040
Account No.:  254138                              Account No.:  399729


Claim No.: 31087                                  Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 04/07/2005                      Transfer Amount: $56,491.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2568

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KRISPY KREME DONUT CO

Name of Transferor

ASM CAPITAL LP

Name of Transferee

KRISPY KREME DONUT CO
ATTN: FRANK GUTHRIE, PRES
PO BOX 569
AUGUSTA, GA 30901

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:

Account No.:  254138

Phone: 5162246040

Account No.:  399729

Claim No.: 36494

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $4,021.71

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2566

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KRISPY KREME DOUGHNUT CO

Name of Transferor

KRISPY KREME DOUGHNUT CO
ATTN: JAMES ANDERSON, PRES
980 VOLUSIA AVENUE
DAYTONA BEACH, FL 32014

Phone:
Account No.:  384206

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.:  399729

Claim No.: 32151

Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:

Transfer Amount: $4,354.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **2560**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| KRISPY KREME DOUGHNUTS | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| KRISPY KREME DOUGHNUTS | ASM CAPITAL LP |
|---|---|
| ATTN: TERRENCE JONES, VP | ATTN ADAM MOSKOWITZ |
| 310 NW 13TH STREET | 7600 JERICHO TPK STE 302 |
| GAINESVILLE, FL 32601 | WOODBURY NY 11797 |

| Phone: | Phone: 5162246040 |
|---|---|
| Account No.:  254147 | Account No.:  399729 |

Claim No.: 31091                          Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005              Transfer Amount: $53,799.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| **In re: WINN-DIXIE STORES, INC., ET AL.** | **Case No.: 05-03817-3F1** |
| | **Docket No.: 2563** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| KRISPY KREME DOUGHNUTS | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| | |
| KRISPY KREME DOUGHNUTS | ASM CAPITAL LP |
| ATTN: JAMES ANDERSON, PRES | ATTN ADAM MOSKOWITZ |
| 980 INTERNATIONAL SPEEDWAY BLVD | 7600 JERICHO TPK STE 302 |
| DAYTONA BEACH, FL 32114 | WOODBURY NY 11797 |
| | |
| Phone: | Phone: 5162246040 |
| Account No.: 254148 | Account No.: 399729 |

| | |
|---|---|
| Claim No.: 31092 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $44,527.06 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 08/02/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2457

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LAWN MASTER                                    FAIR HARBOR CAPITAL LLC
Name of Transferor                             Name of Transferee

LAWN MASTER                                    FAIR HARBOR CAPITAL LLC
ATTN: ROBERT WEBB                              ATTN FRED GLASS
PO BOX 6456                                    875 AVENUE OF THE AMERICAS STE 2305
RALEIGH, NC 27628-6456                         NEW YORK NY 10001


Phone:                                         Phone:
Account No.:  254530                           Account No.:  408404


Claim No.: 36509                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $1,942.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1

Docket No.: 2558

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MACK LLC DBA KRISPY KREME                          ASM CAPITAL LP

Name of Transferor                                 Name of Transferee

MACK LLC DBA KRISPY KREME                          ASM CAPITAL LP
ATTN ALAN HERBERT                                  ATTN ADAM MOSKOWITZ
PO BOX 10100                                       7600 JERICHO TPK STE 302
NEW ORLEANS, LA 70181                              WOODBURY NY 11797

Phone: 504 496 0098                                Phone: 5162246040
Account No.: 255225                                Account No.: 399729

Claim No.: 5895                                    Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/12/2005                       Transfer Amount: $213,771.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2580

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MANE

Name of Transferor

MANE
ATTN: STACI BENNISON, VP FIN
999 TECH DRIVE
MILFORD, OH 45150


Phone:
Account No.: 381028

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729

Claim No.: 37027

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $7,345.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2482

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MATADOR DIST                                             ASM CAPITAL LP
Name of Transferor                                      Name of Transferee

MATADOR DIST                                             ASM CAPITAL LP
ATTN: JULIE DAVIS, CFO TREAS                             ATTN ADAM MOSKOWITZ
2000 BERING DRIVE, STE 400                               7600 JERICHO TPK STE 302
HOUSTON, TX 77057                                        WOODBURY NY 11797


Phone:                                                   Phone: 5162246040
Account No.:  255762                                     Account No.:  399729



Claim No.: 36543                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                             Transfer Amount: $8,224.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2636

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MATTEL TOYS AKA | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MATTEL TOYS AKA | SPCP GROUP LLC AGT OF SILVER PT CAP |
| MATTEL SALES CORP | FUND LP & SILVER PT CAP OFFSHORE |
| ATTN KATHLEEN SIMPSON-TAYLOR, VP FN | ATTN BRIAN JARMAIN |
| MAIL STOP M1-1201 | 2 GREENWICH PLAZA |
| 333 CONTINENTAL BLVD | GREENWICH CT 06830 |
| EL SEGUNDO CA 90245-5012 | |
| | |
| Phone: 310 252 4223 | Phone: |
| Account No.:  407645 | Account No.:  407520 |

| | |
|---|---|
| Claim No.: 4861 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 06/28/2005 | Transfer Amount: $478,743.60 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

                                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2458**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MAY ADVERTISING INTERNATIONAL LTD

Name of Transferor

MAY ADVERTISING INTERNATIONAL LTD
ATTN MARY JOHNSON
PO BOX 40610
FT WORTH, TX 76140-0610

Phone: 817 336 5671
Account No.:  255834

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.:  408404

Claim No.: 1578

Date Claim Filed: 05/16/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,238.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2460**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEBANE ENTERPRISE

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

MEBANE ENTERPRISE
ATTN: TERI S AYERS, ACCTS REV MGR
PO BOX 530
CHATHAM, VA 24531

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.:  255953

Phone:
Account No.:  408404

Claim No.: 36552

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,772.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**          Case No.: **05-03817-3F1**

                                                     Docket No.: **2683**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MILK PRODUCTS LP                          ASM CAPITAL LP

Name of Transferor                        Name of Transferee

MILK PRODUCTS LP                          ASM CAPITAL LP
BORDENS MILK COMPANY                       ATTN ADAM MOSKOWITZ
5327 SOUTH LAMAR ST                        7600 JERICHO TPK STE 302
DALLAS TX 75215                            WOODBURY NY 11797


Phone:                                    Phone: 5162246040
Account No.:  405193                      Account No.: 399729

MILK PRODUCTS LP
ATTN JIM HANNAN, CONTROLLER
PO BOX 60333
LAFAYETTE, LA 70596



Phone: 337 232 5172
Account No.:  256396


Claim No.: 6633                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/15/2005              Transfer Amount: $131,605.02


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                 Case No.: 05-03817-3F1

                                                       Docket No.: 2574

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MSI INVENTORY SERVICE CORP                             ASM CAPITAL LP

Name of Transferor                                     Name of Transferee

MSI INVENTORY SERVICE CORP                             ASM CAPITAL LP
ATTN: JAMES MCCLAIN, CEO/PRES                          ATTN ADAM MOSKOWITZ
PO BOX 320129                                          7600 JERICHO TPK STE 302
FLOWOOD, MS 39232-0129                                 WOODBURY NY 11797


Phone:                                                 Phone: 5162246040
Account No.:  256760                                   Account No.:  399729


Claim No.: 33943                                       Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                           Transfer Amount: $31,241.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                       /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**    **Case No.:** 05-03817-3F1

                                            **Docket No.:** 2542

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PAVIT COMPLEX INC                                ASM CAPITAL LP

Name of Transferor                               Name of Transferee

PAVIT COMPLEX INC                                ASM CAPITAL LP
C/O THE TROTMAN COMPANY                           ATTN ADAM MOSKOWITZ
ATTN: H. SABHAUD, PRES                            7600 JERICHO TPK STE 302
2525 BELL ROAD                                   WOODBURY NY 11797
MONTGOMERY, AL 36117

Phone:                                           Phone: 5162246040
Account No.:  258203                             Account No.:  399729

Claim No.: 34000                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $19,052.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2625

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| REDDWERKS CORPORATION | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| REDDWERKS CORPORATION | ASM CAPITAL LP |
| ATTN RICHARD PIOTROWSKI, VP FINANCE | ATTN ADAM MOSKOWITZ |
| 38155 S CAPITAL OF TX HWY, STE 275 | 7600 JERICHO TPK STE 302 |
| AUSTIN TX 78704 | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: 512 828 6374 | Phone: 5162246040 |
| Account No.: 259361 | Account No.: 399729 |

| | |
|---|---|
| Claim No.: 71 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 03/11/2005 | Transfer Amount: $3,717.69 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1

                 Docket No.: 2519

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

REESE SIGN SERVICE         DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor           Name of Transferee

REESE SIGN SERVICE         DEBT ACQUISITION COMPANY OF AMERICA
ATTN: CATHY REESE, OWNER      ATTN TRACI FETTE
PO BOX 10593           1565 HOTEL CIRCLE SOUTH STE 310
GOLDSBORO, NC 27532-0593      SAN DIEGO CA 92108

Phone: 919 736 7883        Phone: 619 220 8900
Account No.:  259380        Account No.:  407682

Claim No.: 36711         Full Transfer: <u>(X)</u>   Partial Transfer:

Date Claim Filed: 04/07/2005      Transfer Amount: $224.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005         /s/ Logan & Company, Inc.

                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2610**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RETAIL DATA LLC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

RETAIL DATA LLC
ATTN CHRISTOPHER F FERGUSON
PO BOX 6991
RICHMOND, VA 23230

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 804 678 7500
Account No.: 259486

Phone: 5162246040
Account No.: 399729

Claim No.: 7851
Date Claim Filed: 07/27/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $67,592.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2459

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAV ON CONTACTS INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

SAV ON CONTACTS INC
ATTN: EZRA COHEN, PRES
PO BOX 230152
BROOKLYN, NY 11223

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.:  260481

Phone:
Account No.:  408404

Claim No.: 31521

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $1,199.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 2573

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHUSTER MARKETING CORP                       ASM CAPITAL LP

Name of Transferor                            Name of Transferee

SCHUSTER MARKETING CORP                       ASM CAPITAL LP
ATTN: HEIDI SCHUSTER, VP                      ATTN ADAM MOSKOWITZ
6223 WEST FOREST HOME AVENUE                  7600 JERICHO TPK STE 302
MILWAUKEE, WI 53220                           WOODBURY NY 11797


Phone:                                        Phone: 5162246040
Account No.:  260559                          Account No.:  399729


Claim No.: 35341                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $6,555.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                                Docket No.: **2640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWANS BAKERY INC                          SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferor                          Name of Transferee

SCHWANS BAKERY INC                          SPCP GROUP LLC AGT OF SILVER PT CAP
PO BOX 532066                               FUND LP & SILVER PT CAP OFFSHORE
ATLANTA, GA 30353-2066                      ATTN BRIAN JARMAIN
                                            2 GREENWICH PLAZA
                                            GREENWICH CT 06830

Phone:                                      Phone:
Account No.:  260561                        Account No.:  407520

SCHWANS BAKERY INC
ATTN: HARRY G LEONARDI, VP & CFO
2855 ROLLING PIN LANE
SUWANEE GA 30024

Phone:
Account No.:  405533

Claim No.: 35343                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                Transfer Amount: $510,794.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                            /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **2637**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES                    SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferor                            Name of Transferee

SCHWAN'S SALES ENTERPRISES                    SPCP GROUP LLC AGT OF SILVER PT CAP
PO BOX 1450 NW 5054                           FUND LP & SILVER PT CAP OFFSHORE
MINNEAPOLIS, MN 55485-5054                    ATTN BRIAN JARMAIN
                                              2 GREENWICH PLAZA
                                              GREENWICH CT 06830

Phone:                                        Phone:
Account No.:  260560                          Account No.:  407520

SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

Phone: 952-832-4300
Account No.:  279039

Claim No.: 31531                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $240,279.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**          Case No.: **05-03817-3F1**

Docket No.: **2641**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SCHWAN'S SALES ENTERPRISES | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| SCHWAN'S SALES ENTERPRISES | SPCP GROUP LLC AGT OF SILVER PT CAP |
| PO BOX 1450 NW 5054 | FUND LP & SILVER PT CAP OFFSHORE |
| MINNEAPOLIS, MN 55485-5054 | ATTN BRIAN JARMAIN |
| | 2 GREENWICH PLAZA |
| | GREENWICH CT 06830 |

| | |
|---|---|
| Phone: | Phone: |
| Account No.:  260560 | Account No.:  407520 |

SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

Phone: 952-832-4300
Account No.:  279039

| | |
|---|---|
| Claim No.: 34117 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $175,864.53 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                        /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**          Case No.: **05-03817-3F1**

                                                     Docket No.: **2639**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES                           SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferor                                   Name of Transferee

SCHWAN'S SALES ENTERPRISES                           SPCP GROUP LLC AGT OF SILVER PT CAP
PO BOX 1450 NW 5054                                  FUND LP & SILVER PT CAP OFFSHORE
MINNEAPOLIS, MN 55485-5054                           ATTN BRIAN JARMAIN
                                                     2 GREENWICH PLAZA
                                                     GREENWICH CT 06830

Phone:                                               Phone:
Account No.:  260560                                 Account No.:  407520

SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

Phone: 952-832-4300
Account No.:  279039

Claim No.: 35342                                     Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                         Transfer Amount: $17,051.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **2638**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES                    SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferor                            Name of Transferee

SCHWAN'S SALES ENTERPRISES                    SPCP GROUP LLC AGT OF SILVER PT CAP
PO BOX 1450 NW 5054                           FUND LP & SILVER PT CAP OFFSHORE
MINNEAPOLIS, MN 55485-5054                    ATTN BRIAN JARMAIN
                                              2 GREENWICH PLAZA
                                              GREENWICH CT 06830

Phone:                                        Phone:
Account No.:  260560                          Account No.:  407520

SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

Phone: 952-832-4300
Account No.:  279039

Claim No.: 36764                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $116,875.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2479**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SHARKEY, WILLIAM

Name of Transferor

SHARKEY, WILLIAM
3754 LUMBER JACKWAY
JACKSONVILLE, FL 32223

Phone:
Account No.:  384420

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.:  399729

Claim No.: 32231

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,926.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                          Docket No.: 2466

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHEASTERN PROTECTION SERV                    ASM CAPITAL LP
Name of Transferor                              Name of Transferee

SOUTHEASTERN PROTECTION SERV                    ASM CAPITAL LP
ATTN: PATRICK RUSSELL, PRES                     ATTN ADAM MOSKOWITZ
PO BOX 151197                                   7600 JERICHO TPK STE 302
ALTAMONTE SPGS, FL 32715-1197                   WOODBURY NY 11797


Phone:                                          Phone: 5162246040
Account No.: 397811                             Account No.: 399729


Claim No.: 32246                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $2,499.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 2465

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHEASTERN PROTECTION SERVICE                    ASM CAPITAL LP
Name of Transferor                                 Name of Transferee

SOUTHEASTERN PROTECTION SERVICE                    ASM CAPITAL LP
ATTN: PATRICK RUSSELL, PRES                        ATTN ADAM MOSKOWITZ
PO BOX 151197                                      7600 JERICHO TPK STE 302
ALTAMONTE SPGS, FL 32715-1197                      WOODBURY NY 11797


Phone:                                             Phone: 5162246040
Account No.:  261359                               Account No.:  399729


Claim No.: 31584                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $36,365.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: 05-03817-3F1

                                                                Docket No.: 2467

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHEASTERN PROTECTION SERVICES INC          ASM CAPITAL LP

Name of Transferor                            Name of Transferee

SOUTHEASTERN PROTECTION SERVICES INC          ASM CAPITAL LP
ATTN: SCOTT RUSSELL, PRES                      ATTN ADAM MOSKOWITZ
PO BOX 64                                      7600 JERICHO TPK STE 302
WOODSTOCK, GA 30188                            WOODBURY NY 11797


Phone:                                         Phone: 5162246040
Account No.:  381038                           Account No.:  399729


Claim No.: 31930                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $4,014.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2626**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHEASTERN PROTECTION SERVICES INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

SOUTHEASTERN PROTECTION SERVICES INC
ATTN: SCOTT RUSSELL, PRES
PO BOX 64
WOODSTOCK, GA 30188

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.: 381038

Phone: 5162246040
Account No.: 399729

Claim No.: 37032

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,778.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2483

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN EAGLE DIST

Name of Transferor

SOUTHERN EAGLE DIST
ATTN: JEROME CURRAN, ADMIN DIR
5300 GLADES CUT OFF ROAD
FORT PIERCE, FL 34981

Phone:
Account No.: 384366

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 32209
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $3,329.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 2600

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUN DROP COLA BOTTLING

Name of Transferor

SUN DROP COLA BOTTLING
PO BOX 1907
DECATUR, AL 35601

Phone:
Account No.:  262171

SUN DROP COLA BOTTLING
ATTN: GLORIA KUECK
29599 OLD HWY 20
MADISON AL 35756

Phone:
Account No.:  410578

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 800 896 8913
Account No.:  405906

Claim No.: 34204

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>       Partial Transfer:

Transfer Amount: $13,341.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**
                 Case No.: **05-03817-3F1**

                                    Docket No.: **2575**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUPERIOR WELDING INC

Name of Transferor

SUPERIOR WELDING INC
ATTN: DALE DESROCHER, PRES
355 COX ROAD
COCOA, FL 32926


Phone:
Account No.:  262263

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729

Claim No.: 31661
Date Claim Filed: 04/07/2005

Full Transfer: (X)   Partial Transfer:
Transfer Amount: $2,946.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2576

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THUMANNS SUNCOAST DELI PROVISIONS INC

Name of Transferor

THUMANNS SUNCOAST DELI PROVISIONS INC
ATTN: RONALD REGAN, PRES
5439 AZURE WAY
SARASOTA, FL 34242

Phone: 727 430 3354
Account No.: 381269

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone:
Account No.: 399395

Claim No.: 31979

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $354.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                  Case No.: 05-03817-3F1

                                                        Docket No.: 2501

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TOP DOG DISTRIBUTORS                              ASM CAPITAL LP

Name of Transferor                               Name of Transferee

TOP DOG DISTRIBUTORS                             ASM CAPITAL LP
ATTN: RICHARD ICKES, SOLE PROPRIETO              ATTN ADAM MOSKOWITZ
11565 92ND WAY NORTH                             7600 JERICHO TPK STE 302
LARGO, FL 33773                                  WOODBURY NY 11797


Phone:                                           Phone: 5162246040
Account No.:  263241                             Account No.:  399729


Claim No.: 31739                          Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005              Transfer Amount: $2,176.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2461

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TREMCO, INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

TREMCO, INC
ATTN MICHELLE CARY
3735 GREEN RD
BEACHWOOD OH 44122

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 216 292 5000
Account No.: 403440

Phone:
Account No.: 408404

Claim No.: 991
Date Claim Filed: 05/04/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,345.83

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.:** 05-03817-3F1

**Docket No.:** 2480

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| TRI STATE EMPLOYMENT SERVICES INC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| TRI STATE EMPLOYMENT SERVICES INC<br>ATTN: ROBERT CASSERA, PRES<br>160 BROADWAY 15TH  FL<br>NEW YORK, NY 10038 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |

| | |
|---|---|
| Phone: | Phone: 5162246040 |
| Account No.:  263501 | Account No.:  399729 |

| | |
|---|---|
| Claim No.: 32997 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $3,385.99 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2500

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TULY CORPORATION                          ASM CAPITAL LP
Name of Transferor                        Name of Transferee

TULY CORPORATION                          ASM CAPITAL LP
ATTN: CAROLINA FRANCOS, GEN MGR           ATTN ADAM MOSKOWITZ
3820 NW 32 AVENUE                         7600 JERICHO TPK STE 302
MIAMI, FL 33142                           WOODBURY NY 11797


Phone:                                    Phone: 5162246040
Account No.:  263628                      Account No.:  399729



Claim No.: 31776                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005              Transfer Amount: $5,854.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                              Docket No.: **2578**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNITED REFRIGERATION INC                          ASM CAPITAL LP

Name of Transferor                                Name of Transferee

UNITED REFRIGERATION INC                          ASM CAPITAL LP
ATTN: WILLIAM HAWKINS, TREAS                       ATTN ADAM MOSKOWITZ
11401 ROOSEVELT BLVD                              7600 JERICHO TPK STE 302
PHILADELPHIA, PA 19154                            WOODBURY NY 11797


Phone:                                            Phone: 5162246040
Account No.:  263816                              Account No.:  399729


Claim No.: 31794                                  Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $2,649.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2005                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2577

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNITED REFRIGERATION INC　　　　　　　　　ASM CAPITAL LP

Name of Transferor　　　　　　　　　　　　　Name of Transferee

UNITED REFRIGERATION INC　　　　　　　　　ASM CAPITAL LP
PO BOX 740703　　　　　　　　　　　　　　　ATTN ADAM MOSKOWITZ
ATLANTA, GA 30374-0703　　　　　　　　　　7600 JERICHO TPK STE 302
　　　　　　　　　　　　　　　　　　　　　WOODBURY NY 11797

Phone:　　　　　　　　　　　　　　　　　　Phone: 5162246040
Account No.:  263817　　　　　　　　　　　　Account No.:  399729

UNITED REFRIGERATION INC
ATTN: WILLIAM HAWKINS, TREAS
11401 ROOSEVELT BLVD
PHILADELPHIA, PA 19154

Phone:
Account No.:  263816

Claim No.: 31795　　　　　　　　　　　　　　Full Transfer: (X)　　　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　Transfer Amount: $19,100.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2579**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNITED REFRIGERATION INC

Name of Transferor

UNITED REFRIGERATION INC
PO BOX 740703
ATLANTA, GA 30374-0703

Phone:
Account No.: 263817

UNITED REFRIGERATION INC
ATTN: WILLIAM HAWKINS, TREAS
11401 ROOSEVELT BLVD
PHILADELPHIA, PA 19154

Phone:
Account No.: 263816

Claim No.: 36938
Date Claim Filed: 04/07/2005

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $9,553.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2527

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WEINSTEIN WHOLESALE MEATS INC                    SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferor                               Name of Transferee

WEINSTEIN WHOLESALE MEATS INC                    SPCP GROUP LLC AGT OF SILVER PT CAP
2906 PAYSHERE CIRCLE                             FUND LP & SILVER PT CAP OFFSHORE
CHICAGO, IL 60674                                ATTN BRIAN JARMAIN
                                                 2 GREENWICH PLAZA
                                                 GREENWICH CT 06830

Phone:                                           Phone:
Account No.: 264585                              Account No.: 407520

WEINSTEIN WHOLESALE MEATS INC
ATTN: SCOTT WEINSTEIN, PRES
1328 W RANDOLPH STREET
CHICAGO IL 60607

Phone:
Account No.: 405829

Claim No.: 35532                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $290,002.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2005.