UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARING
TO BE HELD ON AUGUST 4, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on August 4, 2005 at 1:00 p.m. (ET):

**A.    Uncontested Matters:**

1.   *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)*

This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the remaining objecting utilities identified below.

| | |
|---|---|
| Objection Deadline: | Expired. |
| Remaining Objections: | Florida Power Corporation (Docket No. 260). |
| Status: | The Debtors and Florida Power Corporation have agreed to continue the motion and objection to August 18, 2005. |

2. *Motion to Reject Executory Contracts Effective as of July 14, 2005 (Docket No. 1871*

Objection Deadline:

Remaining Objections: Frankford Dallas, LLC (Docket No. 2044).

Status: The Debtors will submit an agreed order granting the motion and resolving the objection of Frankford Dallas.

3. *Motion for Order Authorizing Debtors to Renew Certain Insurance Programs and Assume Workers' Compensation Program (Docket No. 2250)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

4. *Motion for Determination of Adequate Assurance of Payment of Utilities Required Under 11 U.S.C. Section 366 (Docket. No. 1875)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion except as to the City of Plaquemine which will be continued to September 1, 2005, at the request of the City of Plaquemine.

5. *Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Fees (Docket No. 2256)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

6. *Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Fees (Docket No. 2324)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

7. *Application of Bain & Company for Allowance and Payment of Compensation for Fees (Docket No. 2245)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

8. *Application of Carlton Fields, P.A. for Allowance and Payment of Compensation for Fees (Docket No. 2272)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | No objections have been filed. |
| Status: | The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee. |

9. *Application of Deloitte Consulting LLP for Allowance and Payment of Compensation for Fees (Docket No. 2238)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | No objections have been filed. |
| Status: | The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee. |

10. *Application of King & Spalding LLP for Allowance and Payment of Compensation for Fees (Docket No. 2248)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | No objections have been filed. |
| Status: | The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee. |

11. *Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation for Fees (Docket No. 2325)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

12. *Application of KPMG LLP for Allowance and Payment of Compensation for Fees (Docket No. 2240)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

13. *Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Fees (Docket No. 2246)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

14. *Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation for Fees (Docket No. 2243)*

Objection Deadline:     Expired.

Objections:     No objections have been filed.

Status:     The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

15. *Application of The Blackstone Group, L.P. for Allowance and Payment of Compensation for Fees (Docket No. 2247)*

Objection Deadline:     Expired.

Objections:     No objections have been filed.

Status:     The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

16. *Application of Togut, Segal & Segal LLP for Allowance and Payment of Compensation for Fees (Docket No. 2198)*

Objection Deadline:     Expired.

Objections:     No objections have been filed.

Status:     The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee.

17. *Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation for Fees (Docket No. 2252)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | No objections have been filed. |
| Status: | The Debtors will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee. |

18. *Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance and Payment of Compensation for Fees (Docket No. 2242)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | No objections have been filed. |
| Status: | Milbank will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee. |

19. *Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation for Fees (Docket No. 2237)*

| | |
|---|---|
| Objection Deadline: | July 28, 2005 |
| Objections: | No objections have been filed. |
| Status: | Alvarez will proceed with the Application and will submit an order reflecting the comments of the U.S. Trustee. |

20. *Application of Houlihan Lokey Howard & Zukin Capital for Allowance and Payment of Compensation for Fees (Docket No. 2236)*

   Objection Deadline:   Expired.

   Objections:   No objections have been filed.

   Status:   Houlihan will proceed with the Application; with an order revised to reflect the comments of the U.S. Trustee.

B. **Contested Matters:**

   1. *Motion by Heritage Mint, Ltd., to Shorten Time for Debtor to Assume or Reject an Executory Contract (Docket No. 1481 )*

      Objection Deadline:   Expired.

      Objections:   Debtors (Docket No. 2042).

      Status:   Heritage and the Debtors have agreed to continue this matter until August 18.

   2. *City of Plaquemine's Motion For Modification Of Security Deposit For Utility Service (Docket No. 1688)*

      Objection Deadline:   Expired.

      Objections:   Debtors (Docket No. 2615)

      Status:   At the request of the City of Plaquemine, the Debtors have agreed to continue this matter to September 1, 2005.

3. *Transamerica Life Insurance Company's Application for Payment of Administrative Expenses (Docket No. 1849)*

Objection Deadline:   Expired.

Objections:   Debtors (Docket No. 2526)

Status:   The Debtors are informed that Transamerica will proceed with the Application.

4. *Motion for Order Authorizing (i) Retroactive Rejection of Real Property Leases and (ii) Abandonment of Related Personal Property (Docket No.1954)*

Objection Deadline:   Expired.

Objections:   (a)   Catamount Rockingham, LLC (Docket No. 2381)
(b)   John H. O. La Gatta, Flask Corporation, Catamount Atlanta, LLC, and Duval Funding Corporation (Docket No. 2592)

Status:   The Debtors will submit an agreed order granting the motion and resolving the objections.

C. **Late-Filed Matters:**

*Motion by Wachovia Bank, National Association for Appointment of Fee Examiner Pursuant to 11 U.S.C. § 105 (a) (Docket No. 2705 )*

Objection Deadline:   None (this Motion was filed Monday evening, August 1, 2005).

Status:   The Debtors agree with the appointment of an independent fee examiner in this case, but believe that the applications noticed for hearing on August 4 should be heard as noticed, with any order granting the applications providing that they are subject to subsequent review by a fee examiner, and to notice and hearing of any unresolved exceptions of the examiner.

The Debtors are unaware of any response or objection by any other interested party.

9

Dated: August 3, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  s/ D. J. Baker | By  s/ Cynthia C. Jackson |
|    D. J. Baker |    Stephen D. Busey |
|    Sally McDonald Henry |    James H. Post |
|    Rosalie Walker Gray |    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00501974