UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                      Chapter   11
                                                            Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.

        Debtor.

                                                      /

## SECOND AMENDED STATEMENT OF MULTIPLE REPRESENTATIONS

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("Trenam"), counsel for creditors, Goodwill Industries-Suncoast, Inc. ("Goodwill"), Altamonte SSG, Inc. ("Altamonte SSG"), Diversified Maintenance Systems, Inc. ("DMSI), ADS Seafood, Inc., d/b/a Atlantic Fisheries ("Atlantic Fisheries"); Webber Commercial Properties LLC ("Webber"), and Publix Super Markets ("Publix"), pursuant to Federal Rule of Bankruptcy Procedure 2019, files its verified statement, and says:

1.      Goodwill has submitted a bid on a leased location being offered for sale by Debtors.

2.      Altamonte SSG is the owner of real property located at 1074 and 1078 Montgomery Road, Altamonte Springs, Florida, which is leased to the Debtor.  Altamonte SSG is owned approximately $62,897.52 by the Debtor.

3.      DMSI is a national janitorial and floor care service company, specializing in retail and commercial/office markets.  It is headquartered in Tampa, Florida, and has regional offices across the country.  DMSI currently provides janitorial services to the Debtor for 431 facilities throughout Florida and Georgia.  DMSI is owned approximately $946,493.10 in pre-petition services provided by DMSI to the Debtor.

4.      Atlantic Fisheries is a supplier of raw foods, including seafood.  Atlantic

Fisheries supplied seafood to the Debtor.  Atlantic Fisheries has asserted a reclamation claim

against the Debtor.  Atlantic Fisheries is owed approximately $115,327.35.

5.      Webber is the landlord of the property that Debtor leases, which is located at

18011 South Tamiami  Trail, Fort Myers, Florida.

6.      Publix is an entity that has been given novice of asset bidding procedures.

7.      Trenam has no claim or interest in this case.

8.      The represented creditors have not objected to the multiple representations by

Trenam of the representation of additional creditors in this case.

9.      Trenam anticipates employment to represent additional creditors in this case.

I verify under penalty of perjury that the foregoing is true and correct.

<div style="margin-left: 40%;">

 /s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No.  121746
Z@trenam.com
RICHARD J. McINTYRE
Florida Bar No. 962708
RJMcintyre@trenam.com
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida  33601
(813) 223-7474
Attorneys for Goodwill Industries-Suncoast,
Inc., Altamonte SSG, Inc., Diversified
Maintenance Systems, Inc.; ADS Seafood, Inc.,
d/b/a Atlantic Fisheries; Webber Commercial
Properties, LLC; and Publix Super Markets, Inc.

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing Statement of Multiple

Representation has been furnished electronically or by U.S. Mail on this 3rd day of August,

2005, to the following:


**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc.,
c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One  Chase Manhattan Plaza
New York, NY 10005


            /s/ William Knight Zewadski
                    Attorney

tmp20.tmp

1281939v1