Hearing Date:  August 4, 2005, 1:00 p.m.<br>
Objection Deadline:  July 28, 2005, 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,   Case No. 3:05-bk-03817-3F1
                                   Chapter 11 (Jointly Administered)
    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF
LIMITED OBJECTIONS TO DEBTOR'S MOTION FOR ORDER
AUTHORIZING (I) RETROACTIVE REJECTION OF REAL PROPERTY LEASES
AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, and John H. O. La Gatta, Flask Corporation, a Delaware corporation, Catamount Atlanta, LLC, a Nevada limited liability company and Duval Funding Corporation, a Delaware corporation, as the assignees of Ackerman Midtown Associates, Ltd. (collectively, "La Gatta"), a parties-in-interest in the above-captioned jointly-administered cases of Winn-Dixie Stores, Inc., *et al.* (collectively, "Debtor"), hereby withdraw their respective July 28, 2005 Limited Objection to Debtors' Motion for Order Authorizing (I) Retroactive Rejection of Real Property Leases (Docket No. 2592) and (II) Abandonment of Related Personal Property, and July 21, 2005 Limited Objection to Debtor's Motion for Order Authorizing (I) Retroactive Rejection of Real Property Leases And (II) Abandonment of Related Personal Property (Docket No. 2381) (collectively, the "Objections"), and in support thereof state as follows:

    1.    As detailed in the Objections, Debtor is the lessee under both a Ground Lease, and a Lease and Sublease Agreement (collectively, the "2712 Leases"), for that certain realty Debtor

refers to as Store #2712 at Monroe Drive and Virginia Avenue, Midtown Shopping Center, Atlanta, Georgia (the "Premises"), under which La Gatta (as defined above) is the landlord.

2. Debtor and La Gatta have reached a resolution of the Objections whereby, *inter alia*, (1) Debtor shall be free to reject the 2712 Leases pursuant to 11 U.S.C. § 365(a), with the 2712 Leases being each deemed rejected effective as of the date of the entry of an order approving the rejection, and with La Gatta being free to relet the Premises free of Debtor's interests therein, and (2) La Gatta shall be free to dispose of any property abandoned in the Premises upon providing fifteen days' written notice of such intent to Debtor, who will forward such notice to any party who Debtor advises is likely to have an interest in such property. Debtor has agreed to tender a proposed form of order consistent with this to the Court.

3. Contingent upon the foregoing, La Gatta hereby withdraws the Objections.

WHEREFORE, La Gatta respectfully requests that the Court (1) determine that the rejection of the Lease should be effective, if at all, upon the date of the entry of an order authorizing such rejection, and (2) grant La Gatta all other relief just and proper.

Dated: August 3, 2005                                           Respectfully submitted,

                                                    /s/ C. Daniel Motsinger
C. Daniel Motsinger
Florida Bar No.: 0362875
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the parties by operation of the Court's electronic filing system on August 3, 2005, as indicated below:

                           /s/ C. Daniel Motsinger  
                           C. Daniel Motsinger

Adam Ravin  
Skadden Arps Slate Meagher & Flom, LLP  
Four Times Square  
New York, NY 10036

Dennis F. Dunne  
Milbank Tweed & Hadley  
1 Chase Manhattan Plaza  
New York, NY 10005

Elana L. Escamilla  
Office of United States Trustee  
135 W. Central Boulevard, Suite 620  
Orlando, FL 32806

John B. McDonald  
Akerman Senterfitt  
50 N. Laura Street, Suite 2500  
Jacksonville, FL 32202

Cynthia C. Jackson  
Smith, Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL 32201

KD_IM-631476_1.DOC