UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING REQUEST FOR SPECIAL NOTICE

The Court finds that the Request for Special Notice and Service of Papers filed by Michael S. Kogan on behalf of Ronald A. Katz Technology Licensing, L.P. on August 2, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Special Notice and Service of Papers filed by Michael S. Kogan on behalf of Ronald A. Katz Technology Licensing, L.P. on August 2, 2005 is stricken from the record.

**DATED August 3, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Michael S. Kogan, 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212