UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

FILED
JACKSONVILLE FLORIDA
AUG 03 2005
CLERK, U.S. BANKRUPTCY COURT

------------------------------------------------x
In re:                                           :  Chapter 11
                                                 :
                                                 :  Case No.: 05-03817 (JAF)
Winn-Dixie Stores, Inc., et al.,[1]              :
                                                 :
                  Debtors.                       :  (Jointly Administered)
------------------------------------------------x

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

**PLEASE TAKE NOTICE** that, the undersigned counsel hereby requests to be removed from the Court's Electronic Service List as co-counsel for KRISPY KREME DOUGHNUTS CORPORATION ("Krispy Kreme"); and

**PLEASE TAKE FURTHER NOTICE** that, Krispy Kreme's co-counsel Allman Spry Leggett & Crumpler, P.A., 380 Knollwood Street-Suite 700, Winston-Salem, NC 27113-5129 Attn: R. Bradford Leggett, Esq. (rbleggett@allmanspry.com), should <u>not</u> be removed from the Court's Electronic Service List.

Dated: July 27, 2005
New York, New York

                                TRAUB, BONACQUIST & FOX LLP

                                By: _/s/ Wendy G. Marcari_
                                Paul Traub (PT 3752)
                                Wendy G. Marcari (WM 8494)
                                655 Third Avenue, 21st Floor
                                New York, New York 10017
                                Tel. (212) 476-4770
                                Fax. (212) 476-4787

                                CO-COUNSEL FOR KRISPY KREME DOUGHNUTS
                                CORPORATION

---

[1] The Debtors are the following entities: Dixie Stores, Inc., Table Supply Food Stores Co., Inc., Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc. Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.