# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, Inc., et al. ) | |
| ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST
## TO BE PLACED ON SERVICE LIST

McGuireWoods LLP of Chicago, Illinois, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), hereby notes its appearance on behalf of Heritage Property Investment Trust and Bradley Operating Limited Partnership and requests that copies of all notices, pleadings and papers in this bankruptcy case, including, without limitation, any and all notices and pleadings required to be served under Federal Rule of Bankruptcy Procedure 2002, be mailed or otherwise served on it at the following address which should be added to the service list in this bankruptcy case:

> Michael M. Schmahl (ARDC #06275860)
> McGuireWoods LLP
> 77 W. Wacker Drive
> Suite 4100
> Chicago, IL 60601
> (312) 849-8100
> mschmahl@mcguirewoods.com

-1-

\\FIN\252189.1

Respectfully Submitted,

/s/ Charles L. Gibbs II
Charles L.Gibbs II
Fla. Bar No. 0736651
MCGUIREWOODS LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonsville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207
cgibbs@mcguirewoods.com

- and -

Michael M. Schmahl (ARDC #06275860)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100
mschmahl@mcguirewoods.com

Counsel to Heritage Property Investment Trust and Bradley Operating Limited Partnership

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice of Appearance was mailed to each of the following this 4th day of August, 2005.

      Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Elena L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606


/s/ Charles L. Gibbs II
Attorney

\\FIN\252189.1