# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 3:05-03817-JAF |
| | ) |
| WINN DIXIE STORES, INC., *ET AL.*, | ) CHAPTER 11 |
| | ) |
| DEBTOR. | ) JUDGE JERRY A. FUNK |
| | ) |

## MOTION FOR ATTORNEY RICHARD J. MASON
## FOR ADMISSION *PRO HAC VICE*

I, Richard J. Mason, an attorney in the law firm of McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, Illinois 60601, hereby request admission to appear, *pro hac vice*, on behalf of Heritage Property Investment Trust and Bradley Operating Limited Partnership, a creditor in the above referenced bankruptcy matters.

My office telephone number is (312) 750-3527. My office facsimile number is (312) 920-6136. My e-mail address is rmason@mcguirewoods.com.

I have been admitted to practice before the State Court of Illinois, and the U.S. District Court, Northern District of Illinois (Trial Bar).

I am a member in good standing of each of the aforementioned bars and am not currently suspended or disbarred in any court.

I am familiar with the local bankruptcy rules of this Court.

\\FIN\252203.1

Respectfully submitted this 4th day of August, 2005.

        McGuireWoods LLP

        /s/ Richard J. Mason
        Richard J. Mason P.C. (ARDC #01787659)
        McGuireWoods LLP
        77 W. Wacker Drive
        Suite 4100
        Chicago, Illinois  60601
        Tel:  (312) 849-8100
        FAX: (312) 920-6136
        rmason@mcguirewoods.com

            and

        /s/ Charles L. Gibbs II
        Charles L. Gibbs II
        Fla. Bar No. 0736651
        McGuireWoods LLP
        Bank of America Tower
        50 North Laura Street
        Suite 3300
        Jacksonville, Florida 32202
        Tel:  (904) 798-3200
        Fax:  (904) 7983207
        cgibbs@mcguirewoods.com

CERTIFICATE OF SERVICE

This is to certify that on the 4th day of August, 2005, I caused a copy of the foregoing MOTION OF ATTORNEY RICHARD J. MASON FOR ADMISSION *PRO HAC VICE* to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows:

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Elena L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

/s/ Charles L. Gibbs II
   Charles L. Gibbs II

\\FIN\252203.1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE:**                                    ) | **CASE NO. 3:05-03817-JAF** |
|                                                        ) | |
| **WINN DIXIE STORES, INC., *ET AL.*,**  ) | **CHAPTER 11** |
|                                                        ) | |
| **DEBTOR.**                              ) | **JUDGE JERRY A. FUNK** |
|                                                        ) | |

**ORDER APPROVING MOTION OF ATTORNEY RICHARD J. MASON**
**FOR ADMISSION *PRO HAC VICE***

This matter having been brought to the Court for an order admitting Richard J. Mason of the law firm of McGuireWoods LLP, *pro hac vice* in the matters herein, and the Court having considered the matter and good cause having been shown, it is

ORDERED that Richard J. Mason is admitted *pro hac vice* to appear in this matter on behalf of Heritage Property Investment Trust and Bradley Operating Partnership.

This ____ day of _____, 2005.

_____
HONORABLE JERRY A. FUNK
United States Bankruptcy Judge

\\FIN\252203.1