## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 3:05-03817-JAF |
| | ) |
| WINN DIXIE STORES, INC., *ET AL.*, | ) CHAPTER 11 |
| | ) |
| DEBTOR. | ) JUDGE JERRY A. FUNK |
| _____ | ) |

### MOTION FOR ATTORNEY MICHAEL M. SCHMAHL
### FOR ADMISSION *PRO HAC VICE*

I, Michael M. Schmahl, an attorney in the law firm of McGuireWoods LLP, 77 W.

Wacker Drive, Suite 4100, Chicago, Illinois 60601, hereby request admission to appear, *pro hac*

*vice*, on behalf of Heritage Property Investment Trust and Bradley Operating Limited

Partnership, a creditor in the above referenced bankruptcy matters.

My office telephone number is (312) 750-8881.  My office facsimile number is (312)

920-6598.  My e-mail address is mschmahl@mcguirewoods.com.

I have been admitted to practice before the State Courts of Wisconsin and Illinois and the

U.S. District Court for the Northern District of Illinois.

I am a member in good standing of each of the aforementioned bars and am not currently

suspended or disbarred in any court.

I am familiar with the local bankruptcy rules of this Court.

\\FIN\252206.1

Respectfully submitted this 4th day of August, 2005.

McGuireWoods LLP


/s/ Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60601
Tel:  (312) 750-8881
Fax: (312) 920-6598
mschmahl@mcguirewoods.com


and

/s/ Charles L. Gibbs II
Charles L. Gibbs II
Fla. Bar No. 0736651
McGuireWoods LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, Florida 32202
Tel:  (904) 798-3200
Fax:  (904) 7983207
cgibbs@mcguirewoods.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 4th day of August, 2005, I caused a copy of the foregoing

MOTION OF ATTORNEY MICHAEL M. SCHMAHL FOR ADMISSION *PRO HAC VICE* to

be served on the parties below by depositing said pleading in the United States Mail with

sufficient postage affixed thereto, addressed as follows:

> Winn Dixie Stores, Inc.
> 5050 Edgewood Court
> Jacksonville, FL  32254-3699
>
> Adam Ravin
> Skadden Arps Slate Meagher & Flom, LLP
> Four Times Square
> New York, NY 10036
>
> Cynthia C. Jackson
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, FL 32201
>
> Elena L. Escamilla
> 135 W. Central Blvd., Ste. 620
> Orlando, FL 32806
>
> Dennis F. Dunne
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, NY 10005
>
> John B. Macdonald
> Akerman Senterfitt
> 50 North Laura Street
> Suite 2500
> Jacksonville, FL 32202
>
> Office of the U.S. Trustee
> 227 West Monroe Street
> Suite 3350
> Chicago, IL 60606
>
> <u>/s/ Michael M. Schmahl</u>
>  Michael M. Schmahl

\\FIN\252206.1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | ) **CASE NO. 3:05-03817-JAF** |
| | ) |
| **WINN DIXIE STORES, INC.,** *ET AL.,* | ) **CHAPTER 11** |
| | ) |
| **DEBTOR.** | ) **JUDGE JERRY A. FUNK** |
| _____ | ) |

**ORDER APPROVING MOTION OF ATTORNEY MICHAEL M. SCHMAHL**
**FOR ADMISSION *PRO HAC VICE***

This matter having been brought to the Court for an order admitting Michael M. Schmahl

of the law firm of McGuireWoods LLP, *pro hac vice* in the matters herein, and the Court having

considered the matter and good cause having been shown, it is

ORDERED that Michael M. Schmahl is admitted *pro hac vice* to appear in this matter on

behalf of Heritage Property Investment Trust and Bradley Operating Partnership.

This _____ day of _____, 2005.

_____
HONORABLE JERRY A. FUNK
United States Bankruptcy Judge

\\FIN\252206.1