FILED
JACKSONVILLE, FLORIDA

AUG - 4 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC., et.al.      Case No.: 05-03817-3F1
        Debtors.     Jointly Administered

_____/

## CLAIMANT'S MOTION TO ACCEPT CLAIM AS TIMELY FILED

The Claimant, MICHAEL GEE, by and through his undersigned attorney and pray unto this court to accept his claim to Debtor as timely filed and in support of alleges:

1. The above matter was filed in Bankruptcy Court on or about February 21, 2005.

2. The deadline to file claims in this cause was August 1, 2005.

3. The undersigned attorney has been preparing for trial on several federal cases and has not had an opportunity to file said claim until recently. Further, the delays and disruptions caused by the recent hurricanes in Florida also contributed to the undersigned delayed filing. The claim form was completed the week of July 26, 2005, but was inadvertently not placed in the mail.

4. The undersigned attorney had arranged to file his claim by express air cargo on August 1, 2005, with Delta Air Lines for delivery by runner before 5:00 p.m. Eastern Standard Time to the claims office in Upper Montclair, New Jersey.

5. The Delta Flight was scheduled to leave Pensacola, Florida, around 9:00 a.m., but the air cargo department schedule had been altered due to the recent hurricanes and the shipment could not be timely sent.

1

WHEREFORE, Plaintiff prays unto this Honorable Court to find a showing of good cause and accept his response as timely filed.

Respectfully submitted,

_____
FREDERICK J. GANT, ESQUIRE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to D. J. Baker, Sally McDonald Henry and Rosalie W. Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 and Stephen D. Busey, James H. Post and Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, Florida 32202, by U.S. Mail on this ___1st___ day of August, 2005.

_____
FREDERICK J. GANT, ESQUIRE
ALLBRITTON & GANT
322 West Cervantes Street
Pensacola, FL 32501
(850) 433-3230
FBN: 0449369

2

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: __Winn-Dixie Logistics, Inc.__   Case No. __05-03836-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

```
WDX-392146-B2-55                    20262422
GEE, MICHAEL
C/O: FRED GANT
ALLBRITTON AND GANT
322 WEST CERVANTES ST.
PENSACOLA FL 32501
```

850-433-3230
Telephone No. of Creditor

850-434-8158
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B.** Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above  ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN: _____
   Unpaid compensation for services performed from
   _____ to _____
   (date)        (date)

**2. Date debt was incurred:** January 29, 2004

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:**
$ 25,000.00 (unsecured)   $ _____ (secured)   $ _____ (priority)   $ 25,000.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 7/29/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print: Frederick J. Gant   Title: Atty for Michael Gee
Signature: [signed]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.