

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

P         P                                                              Prior Pros

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

Objection to Motion filed by Florida Power Corporation (260)

Cont'd to Aug 18 AOCNFN

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA P
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

FL POWER CORP.

RULING: