

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Reject Executory Contracts Effective as of July 14, 2005 filed by Debtor (1871)

Objection to Motion by Frankford Dallas, LLC (2044)

*Granted*
*Order signed*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

FRANKFORD DALLAS, LLC     SCOTT W. EVERETT

**RULING:**