

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for an Order Authorizing the Debtors to Renew Certain Insurance Programs and Assume Workers' Compensation Program Filed by Debtor(2250)

*Granted*
*order signed*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA  P
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

RULING: