

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Determination of Adequate Assurance of Payment of Utilities Required Under 11 U.S.C. Section 366 Filed by Debtor (1875)

*Granted to all except city of Plaquemine*

*Ord/signed*

*Plaquemine cont'd to 9/1.*

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

**RULING:**