

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Skadden Arps Slate Meagher & Flom for Allowance and Payment of Compensation for Fees for Attorney for Debtor(2256)

For the period: 2/21/05 through 4/30/05

Fee: $3,012,628.00
Expenses: $144,484.19

*Approved*
*Ord./Required*

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

RULING: