

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
August 4, 2005

1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Bain & Company for Allowance and Payment of Compensation for Fees (2245)

For the period: 3/01/05 through 5/31/05

Total Fees and Expenses: $800,000.00

Amounts paid pre-petition for the period 2/21/05 through 2/28/05

Fee: $426,473.00

Expenses: $37,923.71

*Approved*
*Ord/signed*

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR
BAIN & COMPANY:       NICHOLAS PULIGNANO, JR/MOHSIN N. KHAMBATI

RULING: