

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Carlton Fields, P.A. for Allowance and Payment of Compensation for Fees(2272)

For the period: 2/21/05 through 5/31/05

Fee: $107,416.15

Expenses: $6,079.91

*Approved*
*ord/decree*

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR

CARLTON FIELDS, P.A:     JAMES D. SILVER

RULING: