IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC., et al.,　　　　　　Case No. 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　Debtors　　　　　　　　　Jointly Administered

_____/

**CERTIFICATE OF SERVICE**

　　　IT IS HEREBY CERTIFIED that on August 2, 2005, the Notice of Hearing (DE #2721)

with respect to the United States' Motion to Extend Claims Bar Date was electronically filed

with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic

filing to the parties requesting service.  It is further certified that on this date, the Notice of

Hearing was served upon the following by depositing a copy in the United States mail, postage

prepaid:

　　　Office of Attorney General Charlie Crist
　　　State of Florida
　　　The Capitol PL-01
　　　Tallahassee, FL 32399-1050

Dated: August 4, 2005

　　　　　　　　　　　　　　　　　　　PAUL I. PEREZ
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Deborah M. Morris
　　　　　　　　　　　　　　　　　　　Deborah M. Morris
　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Post Office Box 14198
　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　Telephone: (202) 353-1758
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-9868
　　　　　　　　　　　　　　　　　　　Email: Deborah.M.Morris@usdoj.gov