UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.:  3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

              Debtors.             Jointly Administered

---

### REQUEST FOR ALL NOTICES AND
### DEMAND FOR SERVICE OF PAPERS

The following parties in interest in these Cases:  1)
Chester Dix Jefferson Corporation; 2)  Chester Dix Alexandra
Corporation; 3) Chester Dix Fort Corporation; 4) Chester Dix
Pikeville Corporation; 5) Chester Dix Florence Corporation; 6)
Chester Dix Newman Corporation; 7) Chester Dix Hurst
Corporation; 8) Chester Dix Lake Corporation; 9) Chester Dix
Williston Corporation; 10) Chester Dix Crawfordville
Corporation; 11) Chester Dix Crescent Corporation; 12) Chester
Dix Wauchula Corporation; and 13) Chester Dix LaBelle
Corporation ("the Parties in Interest"), hereby request notice of
all hearings and conferences and copies of all papers herein,
including all papers and notices pursuant to Rules 2002, 3017,
9007 and 9010 of the Federal Rules of Bankruptcy Procedure and
including, without limitation, schedules, statements of
financial affairs, operating reports, plans of reorganization
and disclosure statements, applications (including applications
for compensation), motions, proposed orders, conformed copies of
orders, complaints and other pleadings, objections and other
requests, formal and informal, whether written or oral and
whether transmitted by mail, fax, e-mail, telephone or
otherwise.  All such notices and papers should be directed to

the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: August $\mathbb{N}$, 2005.

Jacksonville, Florida

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

ROETZEL & ANDRESS
Diana M. Thimmig, Esquire
Ohio Bar #0016011
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH 44114
(216) 623-0150 Telephone
(216) 623-0134 Facsimile
Co-counsel for 1) Chester Dix Jefferson
Corporation; 2)  Chester Dix Alexandra
Corporation; 3) Chester Dix Fort Corporation;
4) Chester Dix Pikeville Corporation; 5)
Chester Dix Florence Corporation; 6) Chester
Dix Newman Corporation; 7) Chester Dix Hurst
Corporation; 8) Chester Dix Lake Corporation;
9) Chester Dix Williston Corporation; 10)
Chester Dix Crawfordville Corporation; 11)
Chester Dix Crescent Corporation; 12) Chester
Dix Wauchula Corporation; and 13) Chester Dix
LaBelle Corporation