UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

              Debtors.              Jointly Administered

_____

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Diana M. Thimmig, of the law firm of Roetzel & Andress, hereby designate as local attorney for creditors 1) Chester Dix Jefferson Corporation; 2)  Chester Dix Alexandra Corporation; 3) Chester   Dix   Fort   Corporation;   4)   Chester   Dix   Pikeville Corporation; 5) Chester Dix Florence Corporation; 6) Chester Dix Newman Corporation; 7) Chester Dix Hurst Corporation; 8) Chester Dix Lake Corporation; 9) Chester Dix Williston Corporation; 10) Chester Dix Crawfordville Corporation; 11) Chester Dix Crescent Corporation;   12)   Chester   Dix   Wauchula   Corporation;   and   13) Chester Dix LaBelle Corporation ("the Parties in Interest"), in the above-styled Cases:

                    Held & Israel
                    Edwin W. Held, Jr., Esquire
                    Florida Bar No.:  162574
                    1301 Riverplace Blvd., Suite 1916
                    Jacksonville, FL  32210
                    (904) 398-7038 Telephone
                    (904) 398-4283 Facsimile

This ___ day of August, 2005.

ROETZEL & ANDRESS
Co-counsel for 1) Chester Dix Jefferson
Corporation; 2)  Chester Dix Alexandra
Corporation; 3) Chester Dix Fort Corporation;
4) Chester Dix Pikeville Corporation; 5)
Chester Dix Florence Corporation; 6) Chester
Dix Newman Corporation; 7) Chester Dix Hurst
Corporation; 8) Chester Dix Lake Corporation;
9) Chester Dix Williston Corporation; 10)
Chester Dix Crawfordville Corporation; 11)
Chester Dix Crescent Corporation; 12) Chester
Dix Wauchula Corporation; and 13) Chester Dix
LaBelle Corporation

By: _____
Diana M. Thimmig, Esquire
Ohio Bar #0016011
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH  44114
(216) 623-0150 Telephone
(216) 623-0134 Facsimile

### CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditors 1) Chester Dix Jefferson Corporation; 2) Chester Dix Alexandra Corporation; 3) Chester Dix Fort Corporation; 4) Chester Dix Pikeville Corporation; 5) Chester Dix Florence Corporation; 6) Chester Dix Newman Corporation; 7) Chester Dix Hurst Corporation; 8) Chester Dix Lake Corporation; 9) Chester Dix Williston Corporation; 10) Chester Dix Crawfordville Corporation; 11) Chester Dix Crescent Corporation; 12) Chester Dix Wauchula Corporation; and 13) Chester Dix LaBelle Corporation in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this ___ day of August, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2