[31614] [ORDER ABATING MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:05-bk-03817-JAF
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

Winn-Dixie Stores, Inc

　　　　　Debtor(s)　　　　/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Willie Carter on July 29, 2005 , the Court finds:

1. Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

2. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until the filing fee has been paid as required by 28 U.S.C. §1930(b) and service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated August 1, 2005 .

　　　　　　　　　　　　　　　　　　　　　　　Jerry A. Funk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes             Page 1 of 1             Date Rcvd: Aug 02, 2005
Case: 05-03817                  Form ID: pdfdoc          Total Served: 4

The following entities were served by first class mail on Aug 04, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Sean Pittman,   528 East Park Avenue,   Tallahassee, FL 32301-2525

The following entities were served by electronic transmission on Aug 03, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Aug 03 2005 01:51:18     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2005**                    **Signature:** *Joseph Speetjens*