[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                     Case No. 3:05-bk-03817-JAF
                                                           Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

This case came on for consideration upon the Court's own motion. On July 28, 2005, Jeffrey R. Becker, Attorney for Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor filed a Notice of Appearance and Request for Notice without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Appearance and Request for Notice is stricken from the record.

Dated August 1, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Jeffrey R. Becker, Attorney for Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes             Page 1 of 1            Date Rcvd: Aug 02, 2005
Case: 05-03817                 Form ID: pdfdoc          Total Served: 3

The following entities were served by first class mail on Aug 04, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
The following entities were served by electronic transmission on Aug 03, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Aug 03 2005 01:48:30     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2005**                                  **Signature:** _/s/ Joseph Speetjens_