

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Deloitte Consulting LLP for Allowance and Payment of Compensation for Fees (2238)

For the period: 05/16/05 through 05/31/05

Fee: $185,867.30

Expenses: $21,533.00

*Approved*
*ord/signed*

APPEARANCES:
US TRUSTEE:                      ELENA ESCAMILLA
UNSEC. CRED:                     JOHN B. MACDONALD
                                 MATTHEW S. BARR

DELOITTE CONSULTING, LLP:        ANTHONY D. FORCUM

RULING: