

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 4, 2005
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of King & Spalding LLP for Allowance and Payment of Compensation for Fees (2248)

For the period: 02/21/05 through 05/31/05

Fee: $757,292.00

Expenses: $14,446.09

*Approved*
*Ord/signed*

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR

KING & SPALDING, LLP: BRIAN C. WALSH

RULING: