

## HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**August 4, 2005**
**1:00 P.M.**

### PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

(2325)
      Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation for Fees

For the period: 02/22/05 through 05/31/05

Fee: $93,264.00

Expenses: $130.26

*Approved*
*Ord/signed*

**APPEARANCES:**
**US TRUSTEE:**                          ELENA ESCAMILLA
**UNSEC. CRED:**                         JOHN B. MACDONALD
                                         MATTHEW S. BARR
**KIRSCHNER & LEGLER, P.A.:**            KENNETH M. KIRSCHNER

**RULING:**