

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**August 4, 2005**
**1:00 P.M.**

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of KPMG LLP for Allowance and Payment of Compensation for Fees (2240)

For the period: 02/21/05 through 05/31/05

Fee: $630,913.00

Expenses: $22,408.00

*Approved*
*dul/Signed*

APPEARANCES:
US TRUSTEE:                  ELENA ESCAMILLA
UNSEC. CRED:                 JOHN B. MACDONALD
                             MATTHEW S. BARR
KPMG LLP:                    R. TRAVIS STOREY

RULING: