

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation of Fees (2246)

For the period: 2/22/05 through 5/31/05

Fee: $859,171.00

Expenses: $76,598.88

*Approved*
*Ord/signed*

APPEARANCES:
US TRUSTEE:                                                ELENA ESCAMILLA
UNSEC. CRED:                                               JOHN B. MACDONALD
                                                           MATTHEW S. BARR
PRICEWATERHOUSECOOPERS LLP:                                ELIZABETH DANTIN

RULING: