

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation for Fees (2243)

For the period: 2/21/05 through 5/31/05

Fee: $599,135.00

Expenses: $20,408.47

*Approved*
*Ord/Signed*

**APPEARANCES:**
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR
GAMBRELL & RUSSELL LLP:        DOUGLAS G. STANFORD

**RULING:**