

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of The Blackstone Group, L.P. for Allowance and Payment of Compensation for Fees (2247)

For the period: 2/21/05 through 5/31/05

Fee: $548,714.29

Expenses: $39,494.94

*Approved*
*Ord/Agreed*

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR

THE BLACKSTONE GROUP:   PAUL P. HUFFARD

RULING: