

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Togut, Segal & Segal LLP for Allowance and Payment of Compensation for Fees (2198)

For the periods: 2/28/05 through 4/13/05 and 6/21/05 through 7/11/05

Fee: $105,606.50

Expenses: $756.84

*Approved*
*ord/signed*

APPEARANCES:
US TRUSTEE:                        ELENA ESCAMILLA
UNSEC. CRED:                       JOHN B. MACDONALD
                                   MATTHEW S. BARR
TOGUT, SEGAL & SEGAL LLP:          ALBERT TOGUT

RULING: