

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation for Fees (2252)

    For the period: 2/21/05 through 5/28/05

    Fee: $4,534,122.50

    Expenses: $326,995.50

*Approved*
*did/signed*

**APPEARANCES:**
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                                    MATTHEW S. BARR

**XROADS SOLUTIONS GROUP:**       HOLLY FELDER ETLIN

**RULING:**