

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker


Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation for Fees (2237)


For the period: 03/04/05 through and including 05/31/05

Fee: $300,000.00

Expenses: $8,738.74


*Approved*
*ord./signed*


APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR
ALVAREZ & MARSAL LLC:    MARTHA E.M. KOPACZ


RULING: