

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application of Houlihan Lokey Howard & Zukin Capital for Allowance and Payment of Compensation for Fees (2236)

For the period: 03/03/05 through 05/31/05

Fee: $293,548.39

Expenses: $19,676.68

*Approved*
*ord/signed*

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD
                                         MATTHEW S. BARR
HOULIHAN, LOKEY, HOWARD & ZUKIN:         DAVID R. HILTY

RULING: