WINN DFL0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

IN RE: WINN DIXIE STORES INC          :    CHAPTER: 11
                                      :
       AKA:WINN DIXIE STORES          :
                                      :    BANKRUPTCY NO: 3:05-03817-JAF

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent is:

eCAST Settlement Corporation, successor to
American Express Centurion Bank
P.O. Box 35480
Newark, NJ  07193-5480


                           By:    /s/Gilbert B. Weisman
                                 _____
                                  Gilbert B. Weisman, Esquire, PA59872
                                  Becket and Lee LLP, Attorneys/Agent
                                  P.O. BOX 3001
                                  MALVERN, PA  19355-0701
                                  PHONE:   (610) 644-7800
                                  FAX  :   (610) 993-8493
                                  EMAIL:   notices@becket-lee.com

                                  DATE: August 05, 2005

   PET: 02/21/2005


                    EB1-AXT