

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion by Heritage Mint, Ltd., to Shorten Time for Debtor to Assume or Reject an Executory Contract (1481)

Objection to Motion of Heritage Mint, LTD. to Shorten Time for Debtor to Assume or Reject an Executory Contract filed by Debtor (2042)

*Cont'd to Aug 18   A@1NFN*

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR
HERITAGE MINT:      ANDREW BRUMBY

RULING: