<mark>Case 3:05-bk-03817-JAF    Doc 2803    Filed 08/04/05    Page 1 of 1</mark>



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion for Modification of Security Deposit for Utility Service filed by City of Plaquemine City Light and Power Plant (1688)**

Objection to City of Plaquemine's Motion for Modification of Security Deposit for Utility Service Filed by Debtor (2615)

*C'ntd to Sep 1    ACCNFN*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
CITY OF PLAQUEMINE:    L. PHILLIP CANOVA, JR.

**RULING:**