

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Authorizing (i) Retroactive Rejection of Real Property Leases and (ii) Abandonment of Related Personal Property Filed by Debtor (1954)

Limited Objection to Debtor's Motion for Order Authorizing (I) Retroactive Rejection of Real Property Leases and (II) Abandonment of Related Personal Property Filed by Catamount Rockingham, LLC (2381)

*w/drawn 8/3*

Limited Objection to Debtors' Motion for Order Authorizing (I) Retroactive Rejection of Real Property Lease and (II) Abandonment of Related Personal Property Filed by John H.O. La Gatta, Flask Corp., Catamount Atlanta, LLC and Duval Funding Corp. (2592)

*w/drawn 8/3*

*Ruled
Consent ord/ Busey*

APPEARANCES:
US TRUSTEE:                           ELENA ESCAMILLA
UNSEC. CRED:                          JOHN B. MACDONALD
                                      MATTHEW S. BARR

CATAMOUNT ROCKINGHAM, LLC,
JOHN H.O. LA GATTA, FLASK CORP.,
CATAMOUNT ATLANTA, LLC, DUVAL
FUNDING CORP:                         C. DANIEL MOTSINGER

RULING: