

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Appointment of Fee Examiner Pursuant to 11 U.S.C. Section 105 Filed by Wachovia Bank, N.A. (2705)

*Granted as Amended in Open Court only Helfat*

**APPEARANCES:**
US TRUSTEE:     ELENA ESCAMILLA P   DAVID OTERO P
UNSEC. CRED:    JOHN D. MACDONALD
                MATTHEW S. BARR     MICHAEL CUMMER P

WACHOVIA BANK, N.A.   BETSY COX P
                      JONATHAN HELFAT P

RULING: Togut & Segal - ALBERT TOGUT P
Bain & Co. - Nicholas Pulignano P
Beaver St - Eddie Held P