

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Application for Payment of Administrative Expenses filed by Transamerica Life Insurance Co. (1849)**

Amount requested: $76,222.25

Objection to Application of Transamerica Life Insurance Company for Payment of Administrative Expenses (Winn-Dixie Store # 1908, The Village on Whitesburg, Huntsville, AL) Filed by Debtor (2526)

*Under Advisement*
*Judge will rule*
*(no submissions coming)*

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR
TRANSAMERICA LIFE INS:         C. TIMOTHY CORCORAN, III

RULING: