UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | ) Case No. 05-03817-3F1 ) |
| **WINN-DIXIE STORES, INC., et al.,** | ) *Chapter 11* ) |
| **Debtors.** | ) Jointly Administered ) |

### ORDER GRANTING FIRST INTERIM APPLICATION OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION AND REIMBURSMENT OF EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 21, 2005 THROUGH MAY 31, 2005

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned debtors (the "Debtors"), filed a first interim fee application (the "First Interim Application") for allowance of compensation and reimbursement of expenses for the period of February 21, 2005 through May 31, 2005. This Court has reviewed the First Interim Application and finds that: (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and the hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. The Court allows and authorizes on an interim basis the sum of $548,714.29 as compensation and $39,494.94 as reimbursement of expenses, for a total of $588,209.23 for services rendered and expenses incurred by Blackstone for the period February 21, 2005 through May 31, 2005. The Debtors shall pay Blackstone the unpaid portion of the allowed sums.

All interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this 4 day of August, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.

504028.2