UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER ALLOWING INTERIM COMPENSATION OF KIRSCHNER & LEGLER FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

This case came on for hearing on August 4, 2005 upon the application of Kirschner & Legler for allowance of interim compensation for services rendered and reimbursement of expenses. Upon consideration, it is

ORDERED

1. Kirschner & Legler is allowed interim compensation of $93,264.00 for professional services and $130.26 for the reimbursement of expenses incurred from February 22, 2005 through May 31, 2005.

2. Kirschner & Legler has been paid $74,799.99 towards its fees and $188.79 towards its expenses pursuant to Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (Docket No. 434).

3. The Debtors are authorized and directed to pay Kirschner & Legler the holdback amount of $18,549.27.

4.  All interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated in Jacksonville, Florida, this ____4____ day of August, 2005

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.

00503997

2