UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case Nos. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER AWARDING ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF ACTUAL AND NECESSARY CHARGES
AND DISBURSEMENTS TO KING & SPALDING LLP

Upon consideration of the First Interim Application dated July 14, 2005, of King & Spalding LLP ("K&S") for (a) an allowance of reasonable compensation for professional services rendered by K&S to the Debtors for the period February 21, 2005 through May 31, 2005 (the "Application Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by K&S in the rendition of required professional services on behalf of the Debtors during the Application Period, and after notice and hearing thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the First Interim Application (document no. 2248) is hereby granted; and it is further

**ORDERED**, that K&S is allowed compensation for the period from February 21, 2005 through May 31, 2005 in the amount of $757,292.00 and reimbursement of actual and necessary charges and disbursements of $14,446.09 for the same period; and it is further

**ORDERED**, that all interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

**IT IS SO ORDERED.**

Dated: Jacksonville, Florida
         Aug 4, 2005

Jerry A. Funk
United States Bankruptcy Judge

Prepared and Submitted by:
Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600

00504033.2                          2