UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**ORDER APPROVING FINAL APPLICATION OF BAIN & COMPANY, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR FEES IN THE AMOUNT OF $426,473.00 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $37,923.71 FOR THE PERIOD FEBRUARY 21, 2005 THROUGH FEBRUARY 28, 2005 AND $800,000.00 IN FEES AND EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MAY 31, 2005**

These cases came before the Court on the application dated July 15, 2005 (the "**Application**") of Bain & Company, Inc. ("**Bain**") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered and expenses incurred on behalf of the Debtors in the period March 1, 2005 through May 31, 2005 in the aggregate amount of $800,000.00, and authorizing immediate payment of the same, and (ii) allowing $426,473.00 in fees and $37,923.71 in expenses incurred in the period February 21, 2005 through February 28, 2005 (collectively, the February fees and expenses shall hereinafter be referred to as the "**February Amounts**") and paid by the Debtors to Bain in the ordinary course. The period from February 21, 2005 through May 31, 2005 shall hereinafter be referred to as the "**Compensation Period.**" A hearing on the Application was held on August 4, 2005. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, has read the Application, considered the representations of counsel and has determined that notice of the Application is good and sufficient under the circumstances and that no other or further notice need be given.

CH199 4497782-5.054168.0063

Accordingly, it is ORDERED:

1. The Application is granted.

2. The fees earned and the expenses incurred by Bain during the Compensation Period, including the February Amounts paid to Bain by the Debtors in the ordinary course of business, as set forth in the Application, are hereby approved and allowed.

3. Upon entry of this Order, Bain is hereby authorized to apply any retainer from the Debtors that it has in its possession and control toward paying down amounts due and outstanding for the period March 1, 2005 through May 31, 2005.

4. The Debtors are authorized and directed to pay to Bain (to the extent not previously paid), immediately upon entry of this Order, the sum of $800,000.00, representing the aggregate fees and expenses earned and incurred by Bain in the period March 1, 2005 through May 31, 2005, less any amounts on retainer applied by Bain toward its aggregate fees and expenses for the period March 1, 2005 through May 31, 2005.

5. Dated this 4 day of August 2005 in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Nicholas V. Pulignano, Jr. is directed to serve
a copy of this Order on all parties who
received copies of the Application.