**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:05−bk−03817−JAF
	Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING ON MOTION FOR RELIEF FROM STAY

   NOTICE IS GIVEN that a hearing on M/Relief From Stay filed by Sarria Enterprises, Inc. is rescheduled for final hearing to August 29, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated August 5, 2005 .

		David K Oliveria , Clerk of Court
		300 North Hogan Street Suite 3−350
		Jacksonville, FL 32202

Copies furnished to:
Attorney for Debtor
Attorney for Movant