UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-03817-3F1 |
| | § | |
| WINN-DIXIE STORES, INC., *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby requests, pursuant to Fed. R. Bankr. P. 9010 (the "Bankruptcy Rules"), that copies of all pleadings, notices, motions, and other notices of any other matter for which notice is given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> James R. Prince
> C. Luckey McDowell
> BAKER BOTTS L.L.P.
> 2001 Ross Avenue
> Dallas, Texas 75201-2980
> Telephone: (214) 953-6500
> Facsimile: (214) 953-6503
> Email: *james.prince@bakerbotts.com*
>         *luckey.mcdowell@bakerbotts.com*

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise pertaining in any manner to this case.

This Notice of Appearance and Request for Service of All Notices, Pleadings and Other Papers shall not be deemed or construed to be a waiver of the rights of the undersigned parties appearing through counsel: (1) to have final orders in noncore matters entered only after

*de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have their claims or other rights adjudicated pursuant to any rights of arbitration; or (5) to any other rights, claims, actions, setoffs, or recoupments to which they are or may be entitled, in law or in equity, all of which rights, claims, actions defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: August 5, 2005

                                      Respectfully submitted.

                                      BAKER BOTTS L.L.P.

                                      James R. Prince
                                      Texas State Bar No. 00784791
                                      C. Luckey McDowell
                                      Texas State Bar No. 24034565
                                      2001 Ross Avenue
                                      Dallas, Texas 75201-2980
                                      Telephone: 214.953.6500
                                      Facsimile: 214.661.6503
                                      Email: *james.prince@bakerbotts.com*
                                                    *luckey.mcdowell@bakerbotts.com*

                                      COUNSEL FOR BROOKSHIRE
                                      GROCERY COMPANY