UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about August 3, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 5, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243076-12<br>BARKER COMPANY LTD<br>ATTN CHRISTINE CARLSON, CONTROLLER<br>PO BOX 478<br>KEOSAUQUA IA 52565-0478 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 249273-12<br>EXCESS MANAGEMENT SYSTEMS INC<br>ATTN: DOLORES MILLER<br>3143 SKYWAY CIRCLE<br>MELBOURNE, FL 32934 |
| CREDITOR ID: 247857-12<br>HOOKFIN, DEBRA<br>C/O TAMIA HOOKFIN<br>4425 CESSNACT COURT<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | |

Total:   5

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 2726

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BARKER COMPANY LTD | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |
| BARKER COMPANY LTD | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN CHRISTINE CARLSON, CONTROLLER | ATTN KRISTY STARK |
| PO BOX 478 | 6310 LAMAR AVE STE 120 |
| KEOSAUQUA IA 52565-0478 | OVERLAND PARK KS 66202 |
| Phone: 319 293 3777 | Phone: 800 896 8913 |
| Account No.: 243076 | Account No.: 405906 |

Claim No.: 2165     Full Transfer: (X)     Partial Transfer:

Date Claim Filed: 05/13/2005     Transfer Amount: $142,635.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/2005     /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 3, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.     Case No.: 05-03817-3F1
Docket No.: 2728

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| EXCESS MANAGEMENT SYSTEMS INC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| EXCESS MANAGEMENT SYSTEMS INC<br>ATTN: DOLORES MILLER<br>3143 SKYWAY CIRCLE<br>MELBOURNE, FL 32934 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: | Phone: 800 896 8913 |
| Account No.: 249273 | Account No.: 405906 |

Claim No.: 33616                                Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $13,142.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/2005                                /s/ Logan & Company, Inc.
                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 3, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2730

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| HOOKFIN, DEBRA | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

HOOKFIN, DEBRA
C/O TAMIA HOOKFIN
4425 CESSNACT COURT
NEW ORLEANS, LA 70126

DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 504 309 5087
Account No.: 247857

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33543　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　　　Transfer Amount: $100.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/2005　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 3, 2005.