UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> **WINN-DIXIE STORES, INC., et al.,** <br><br> Debtors. | **Chapter 11** <br><br> **Case No. 05-03817-3F1** <br><br> **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about August 5, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 5, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241653-12<br>ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KWIAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377 | CREDITOR ID: 410692-97<br>AFP ADVANCED FOOD PRODUCTS LLC<br>ATTN: WILLIAM ORBAN, CFO<br>PO BOX 72447-8377<br>PHILADELPHIA PA 19170-8377 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 246726-12<br>COMMERCIAL DISPATCH<br>ATTN: BIRNEY IMES, GEN MGR<br>PO BOX 511<br>COLUMBUS, MS 39703-0511 | CREDITOR ID: 248629-12<br>E&B GIFTWARE, LLC<br>ATTN JOHN SERVIDIO, COLLECTION MGR<br>4 EXECUTIVE PLAZA<br>YONKERS NY 10701 | CREDITOR ID: 252933-12<br>JENKINS<br>ATTN: DIANE MAUNEY, SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 |
| CREDITOR ID: 252935-12<br>JENKINS FOODS INC<br>ATTN: DIANE MAUNEY,SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | CREDITOR ID: 252936-12<br>JENKINS FOODS LLC<br>14245 BIRWOOD STREET<br>DETROIT, MI 48238 | CREDITOR ID: 258840-12<br>PRESTIGE INT'L DIST & MFG INC<br>ATTN: MARLA SUTHERLAND, CONTROLLER<br>PO BOX 989<br>SMITHTOWN NY 11787 |
| CREDITOR ID: 376660-44<br>PRESTIGE INT'L DIST & MFG INC<br>ATTN JENNIFER SIGNOVELLO, CR MGR<br>PO BOX 989<br>SMITHTOWN, NY 11787 | CREDITOR ID: 261143-12<br>SK FOODS LP<br>ATTN: ALAN HUEY, VP<br>PO BOX 74893<br>CHICAGO, IL 60694-4893 | |

           Total:    11

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2755 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ADVANCED FOOD PRODUCTS LLC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KWIAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 717 355 8476 | Phone: 5162246040 |
| Account No.: 241653 | Account No.: 399729 |
| AFP ADVANCED FOOD PRODUCTS LLC<br>ATTN: WILLIAM ORBAN, CFO<br>PO BOX 72447-8377<br>PHILADELPHIA PA 19170-8377 | |
| Phone: | |
| Account No.: 410692 | |
| Claim No.: 5504 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/05/2005 | Transfer Amount: $33,840.01 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 08/05/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2744

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COMMERCIAL DISPATCH | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| COMMERCIAL DISPATCH<br>ATTN: BIRNEY IMES, GEN MGR<br>PO BOX 511<br>COLUMBUS, MS 39703-0511 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 246726 | Account No.: 399729 |

Claim No.: 33480　　　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:

Date Claim Filed: 04/07/2005　　　　　　　　　　　　　　Transfer Amount: $11,757.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1
                                                     Docket No.: 2757

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| E&B GIFTWARE, LLC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| E&B GIFTWARE, LLC | ASM CAPITAL LP |
| ATTN JOHN SERVIDIO, COLLECTION MGR | ATTN ADAM MOSKOWITZ |
| 4 EXECUTIVE PLAZA | 7600 JERICHO TPK STE 302 |
| YONKERS NY 10701 | WOODBURY NY 11797 |
| Phone: 914 964 5200 ext 464 | Phone: 5162246040 |
| Account No.: 248629 | Account No.: 399729 |

Claim No.: 4646                                      Full Transfer: (X)     Partial Transfer:
Date Claim Filed: 06/27/2005                         Transfer Amount: $70,546.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005                                     /s/ Logan & Company, Inc.
                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1
                                                                          Docket No.: 2747

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| JENKINS | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| JENKINS<br>ATTN: DIANE MAUNEY, SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 252933 | Account No.: 399729 |

Claim No.: 34987                                                    Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                                        Transfer Amount: $3,880.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005                                                    /s/ Logan & Company, Inc.
                                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2746

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| JENKINS FOODS INC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| JENKINS FOODS INC<br>ATTN: DIANE MAUNEY,SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 252935 | Account No.: 399729 |

Claim No.: 36462                                          Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005                              Transfer Amount: $4,130.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 2747

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| JENKINS FOODS LLC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| JENKINS FOODS LLC<br>14245 BIRWOOD STREET<br>DETROIT, MI 48238 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 252936 | Account No.: 399729 |
| JENKINS<br>ATTN: DIANE MAUNEY, SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | |
| Phone: | |
| Account No.: 252933 | |
| Claim No.: 34988 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,884.96 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2758 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PRESTIGE INT'L DIST & MFG INC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| PRESTIGE INT'L DIST & MFG INC<br>ATTN JENNIFER SIGNOVELLO, CR MGR<br>PO BOX 989<br>SMITHTOWN, NY 11787 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 631 360 7400 | Phone: 5162246040 |
| Account No.: 376660 | Account No.: 399729 |
| PRESTIGE INT'L DIST & MFG INC<br>ATTN: MARLA SUTHERLAND, CONTROLLER<br>PO BOX 989<br>SMITHTOWN NY 11787 | |
| Phone: | |
| Account No.: 258840 | |
| Claim No.: 205 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 03/17/2005 | Transfer Amount: $4,410.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 08/05/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1
Docket No.: 2758

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PRESTIGE INT'L DIST & MFG INC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| PRESTIGE INT'L DIST & MFG INC<br>ATTN JENNIFER SIGNOVELLO, CR MGR<br>PO BOX 989<br>SMITHTOWN, NY 11787 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 631 360 7400<br>Account No.: 376660 | Phone: 5162246040<br>Account No.: 399729 |
| PRESTIGE INT'L DIST & MFG INC<br>ATTN: MARLA SUTHERLAND, CONTROLLER<br>PO BOX 989<br>SMITHTOWN NY 11787 | |
| Phone:<br>Account No.: 258840 | |

Claim No.: 206    Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 03/17/2005    Transfer Amount: $3,969.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005    /s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1

Docket No.: 2756

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SK FOODS LP | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| SK FOODS LP<br>ATTN: ALAN HUEY, VP<br>PO BOX 74893<br>CHICAGO, IL 60694-4893 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 261143 | Account No.: 399729 |

Claim No.: 34152                              Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005                  Transfer Amount: $12,271.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 5, 2005.

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.   **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241653-12<br>ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KWIAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377 | CREDITOR ID: 410692-97<br>AFP ADVANCED FOOD PRODUCTS LLC<br>ATTN: WILLIAM ORBAN, CFO<br>PO BOX 72447-8377<br>PHILADELPHIA PA 19170-8377 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 246726-12<br>COMMERCIAL DISPATCH<br>ATTN: BIRNEY IMES, GEN MGR<br>PO BOX 511<br>COLUMBUS, MS 39703-0511 | CREDITOR ID: 248629-12<br>E&B GIFTWARE, LLC<br>ATTN JOHN SERVIDIO, COLLECTION MGR<br>4 EXECUTIVE PLAZA<br>YONKERS NY 10701 | CREDITOR ID: 252933-12<br>JENKINS<br>ATTN: DIANE MAUNEY, SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 |
| CREDITOR ID: 252935-12<br>JENKINS FOODS INC<br>ATTN: DIANE MAUNEY,SEC/TREAS<br>2119 NEW HOUSE RD<br>SHELBY, NC 28150 | CREDITOR ID: 252936-12<br>JENKINS FOODS LLC<br>14245 BIRWOOD STREET<br>DETROIT, MI 48238 | CREDITOR ID: 258840-12<br>PRESTIGE INT'L DIST & MFG INC<br>ATTN: MARLA SUTHERLAND, CONTROLLER<br>PO BOX 989<br>SMITHTOWN NY 11787 |
| CREDITOR ID: 376660-44<br>PRESTIGE INT'L DIST & MFG INC<br>ATTN JENNIFER SIGNOVELLO, CR MGR<br>PO BOX 989<br>SMITHTOWN, NY 11787 | CREDITOR ID: 261143-12<br>SK FOODS LP<br>ATTN: ALAN HUEY, VP<br>PO BOX 74893<br>CHICAGO, IL 60694-4893 | |

     **Total:   11**