Exhibit A

Description of Premises and Lease

STORE #:

STREET ADDRESS:

SHOPPING CENTER:

LEASE:

AMENDMENTS TO LEASE:

SUBLEASES:

AMENDMENTS TO SUBLEASES:

Exhibit B

Schedule of Brokers

## EXHIBIT B-1

ASSIGNOR'S BROKERS:

> The Blackstone Group L.P.
> 345 Park Avenue
> New York, New York  10154
>
> The Food Partners, LLC
> 1250 Eye Street, N.W.
> Suite 850
> Washington, D.C.  20005
>
> DJM Asset Management, LLC
> 445 Broad Hollow Road
> Suite 417
> Melville, New York  11747

## EXHIBIT B-2

ASSIGNEE'S BROKERS:

> None

EXHIBIT H
To Asset Purchase Agreement

Form of Inventory Certificate

**INVENTORY CERTIFICATE**

| Store #: _____ | Date: _____/_____/_____ |
|---|---|
| Store Address: | Time: _____ : _____ AM PM |

| | Inventory Taken @ Retail | Valuation Percentage | Inventory @ Cost |
|---|---|---|---|
| Dry Grocery Taken @ Retail | $ | X 77.00% | $ |
| Frozen Grocery Taken @ Retail | $ | X 65.00% | $ |
| Dairy Taken @ Retail | $ | x 80.00% | $ |
| Tobacco Taken @ Retail | $ | x 82.00% | $ |
| Alcohol Taken @ Retail | $ | x 85.00% | $ |
| Packaged Lunch Meats Taken @ Retail | $ | x 68.00% | $ |
| General Merchandise Taken @ Retail | $ | x 65.00% | $ |
| Total Inventory | | | $ |

_____    ____/____/____
Seller's Authorized Agent              Date

_____    ____/____/____
Buyer's Authorized Agent               Date

EXHIBIT I
To Asset Purchase Agreement

<u>Exceptions to Representations and Warranties of Seller</u>

[To Be Provided by Seller]

Exhibit I
Page 1 of 1

EXHIBIT J
To Asset Purchase Agreement

List of Known Roof Warranties and Guaranties

[None]

EXHIBIT K
To Asset Purchase Agreement

Form of Landlord Estoppel Certificate

WINN-DIXIE STORE #805

Date: _____, 2005

Winn-Dixie _____, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254
Attn: _____

Alex Lee, Inc.
P.O. Box 800
120 Fourth Street SW
Hickory, North Carolina 28602
Attn: General Counsel

RE:  Store #\_\_\_\_\_, _____, _____, _____
     (the "Premises")

Ladies and Gentlemen:

The undersigned landlord or lessor ("Landlord") is requested to execute this Certificate in connection with a proposed Assignment and Assumption of Lease regarding the referenced Premises (the "Assignment") between Winn-Dixie Raleigh, Inc., a Florida corporation ("Assignor") and _____ ("Assignee"). The undersigned acknowledges that Assignee's willingness to enter into the Assignment is based, in part, on the reliance by Assignee on the truth and accuracy of the statements made herein and Landlord understands and agrees that Assignor and Assignee will and shall be entitled to rely upon this Certificate for such purposes. As of the date of this Certificate, Landlord hereby represents, warrants and certifies to Assignor and Assignee as follows:

1. **Lease and Tenant.** Landlord is the present landlord or lessor and Assignor is the present tenant under that certain lease, as modified or amended, as more particularly described on attached Exhibit A (the "Lease"). The Lease is in full force and effect and has not, except as specifically stated in Exhibit A, been modified or amended in any manner whatsoever, and constitutes the entire agreement between the parties with respect to the Premises. Any capitalized terms which are not otherwise defined herein shall have the meaning set forth in the Lease.

2. <u>Notices</u>. Tenant should send rent payments and any other monetary obligations under the Lease to the following party at the following address (which is the current address used to send rent payments): _____.
All notices from Tenant to Landlord should be sent to the following address:
_____.

3. <u>Miscellaneous</u>. This Certificate shall be binding upon Landlord and inure to the benefit of the Assignor and Assignee hereto and their respective heirs, representatives, successors, and assigns. This Certificate is made and entered into under, and shall be construed according to the laws of the State in which the Premises is located. This Certificate may not be amended except by a written instrument signed by the Landlord, Assignor and Assignee.

**[Signatures on following page]**

Signed, Sealed and Delivered
in the presence of:                                     **"LANDLORD"**

_____

_____             By: _____
Name:_____             Name: _____
                                                        Its: _____

_____             Address:
Name:_____             _____

                                                        _____
                                                        Attn: _____
                                                        Fax No.: _____
                                                        Phone No.: _____

STATE OF _____
COUNTY OF _____

    This instrument was acknowledged before me on this \_\_\_\_ day of _____ _____, 2005, by _____, the _____ of _____, a_____ _____, on behalf of the _____. He/she either is [ ] personally known to me, or [ ] has provided a _____driver's license as identification.

 

                                                _____
                                                Print Name:_____
                                                Notary Public, State of _____
                                                My Commission No.:_____
                                                My Commission Expires:_____

Exhibit A

Description of Lease and Amendments

WINN-DIXIE STORE #_____

_____, _____, _____

Lease dated as of _____, between _____ _____, as landlord and _____, as tenant;

As evidenced by Memorandum of Lease (Short Form Lease) dated _____ recorded in Book _____, page _____, of the public records of _____ _____, County, _____;

As amended by First Amendment to lease dated _____; and

_____

_____

_____

EXHIBIT L
To Asset Purchase Agreement

Form of Warranties and Guaranties Assignment

[Not applicable]

Exhibit L
Page 1 of 1

## FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

**THIS FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT** is made effective as of July 29, 2005 (the "Amendment Date"), by and among

**WINN-DIXIE RALEIGH, INC.**, a Florida corporation ("Seller"), and

**ALEX LEE, INC.**, a North Carolina corporation ("Buyer").

### RECITALS:

A. Seller and Buyer are parties to a certain Asset Purchase Agreement dated July 18, 2005 (the "Agreement").

B. The Agreement has been selected by Seller as the Successful Bid and is to be submitted to the Bankruptcy Court at the Approval Hearing.

C. Seller and Buyer desire to amend the Agreement to reflect certain modifications agreed to by Seller and Buyer.

**IN CONSIDERATION OF $10.00 AND OTHER GOOD AND VALUABLE CONSIDERATION AND OF THE MUTUAL UNDERTAKINGS** of the parties hereto, it is agreed as follows:

1.0 **Defined Terms.** Capitalized terms used in this Amendment and not defined herein will have the meanings given to them in the Agreement.

2.0 **Amendments to Agreement.** The Agreement is hereby amended as provided in Exhibit A to this Amendment.

3.0 **Miscellaneous.**

3.1 Authority. Seller represents and warrants that this Amendment has, subject to the requirement of Bankruptcy Court Approval, been duly authorized by all required corporate action on behalf of Seller. Buyer represents and warrants that this Amendment has been duly authorized by all required corporate action on behalf of Buyer.

3.2 Successors and Assigns. This Amendment will be binding upon, and inure to the benefit of, the parties hereto and their respective successors, and permitted assigns.

3.3 Governing Law. The application and effect of this Amendment will be governed by the laws of the State of North Carolina.

3.4  <u>Time is of the Essence</u>.  Time is of the essence of this Amendment.

3.5  <u>Ratification of Agreement</u>.  Except as herein expressly modified or amended, all terms and conditions of the Agreement remain in full force and effect, and Seller and Buyer hereby ratify and confirm the Agreement, as modified and amended hereby.

[Signature pages follow]

2

First Amendment to Asset Purchase Agreement

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the Amendment Date.

**SELLER:**

**WINN-DIXIE RALEIGH, INC.,** a Florida corporation

By: _____
   Name: _____
   Title: _____

**BUYER:**

**ALEX LEE, INC.,**
a North Carolina corporation

By: _Ronald W Knedlik, Treasurer_
   Name: _RONALD W. KNEDLIK_
   Title: _TREASURER_

3

First Amendment to Asset Purchase Agreement

# EXHIBIT A

## TO FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT BETWEEN WINN-DIXIE RALEIGH, INC. ("Seller"), and ALEX LEE, INC. ("Buyer").

Amendments to the Agreement

1. Paragraph 1.39(x) is modified to read as follows: "(x) all data files other than the Files and Records and the Pharmacy Scrips;".

2. Paragraph 1.39(xviii) is modified to read as follows: "(xviii) all intellectual property and rights (other than Pharmacy Scrips) relating to any of the foregoing; and".

3. Paragraph 1.40 shall be deleted in its entirety and all references to "Excluded Pharmacy Operations" shall be stricken from the Agreement including, without limitation, the reference in paragraph 1.39(xv).

4. The definition of "Special Permits" in paragraph 1.80 shall include any permits or licenses required to operate the pharmacy in the Store.

5. The following provision shall be added as paragraph 2.9 to the Agreement: "The Pharmacy Scrips (provided Buyer, except as otherwise provided herein, has obtained all Special Permits necessary for Seller to lawfully convey the Pharmacy Scrips to Buyer at Closing) and, to the extent transferable, ownership and control of pharmacy phone lines."

6. The Base Purchase Price specified in paragraph 3.1 of the Agreement is modified and shall be Two Million Twenty-Five Thousand and no/100 Dollars ($2,025,000.00).

7. The aggregate amount of the Base Deposit described in paragraph 3.2 is modified to and shall be $202,500.

8. Paragraph 3.4.2 is modified to read as follows:

   3.4.2 *Pharmacy Inventory.* Pharmaceutical Inventory will be inventoried by item as follows and the inventory forms for such Inventory will be signed by registered pharmacists representing Seller, Buyer and the Ultimate Purchaser, as applicable:

   (a) Schedule II drugs will be inventoried as exact counts and transferred on DEA 222 form supplied to Buyer by Seller and approved by Buyer or the Ultimate Purchaser, as applicable; and

  (b) Will-call prescriptions filled but not purchased by customers at the time of the Inventory Count will be returned for credit and included in the Inventory Count.

9. The portion of Section 3.4.3 prior to the table of categories and valuation percentages is modified to read as follows:

  3.4.3 *Valuation of Inventory.* The Inventory will be valued by applying the following methods to the count reported by the Inventory Service:

    (a) with respect to pharmaceutical Inventory, the value used will be Seller's actual cost as reflected on its records kept in the ordinary and customary course of business, and

    (b) with respect to all other Inventory the value used will be determined by taking Seller's standard retail shelf price (after adjusting to remove temporary or special price reductions, promotions or discounts, coupon discounts or customer loyalty card discounts) for the applicable item and multiplying such price by the valuation percentage for each merchandise category indicated in the table below:

10. Neither Buyer nor any Ultimate Purchaser will sell or otherwise transfer the Pharmacy Scrips to any Person other than an Affiliate of Buyer for a period of 180 days following the Closing Date; provided, however, that the foregoing will not preclude Buyer from selling Pharmacy Scrips to a third party for the purpose of operating a pharmacy within the Leased Premises of the Store.

2

**First Amendment to Asset Purchase Agreement**