UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

## NOTICE OF WITHDRAWAL OF REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS (Docket No. 2780)

PLEASE TAKE NOTICE that the undersigned hereby withdraws its Request for All Notices and Demand for Service of Papers, Docket No. 2780 (Duplication of the Request for All Notices and Demand for Service of Papers, Docket No. 2690, filed on August 1, 2005.)

Dated: August 5, 2005.
Jacksonville, Florida

HELD & ISRAEL

By: /s/ Edwin W. Held, Jr.
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winn/withchester.djg