UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### *** AMENDED[1] ***
### UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL

COMES NOW, Kilpatrick Stockton LLP ("KS"), counsel for Southern Family Markets Acquisition LLC ("SFM"), proposed purchaser and assignee of assets in the above-captioned bankruptcy proceeding, and hereby files this "Unopposed Motion for Waiver of Requirement to Designate Local Counsel", respectfully showing the Court as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., *et. al.* (the "Debtors") filed voluntary petitions for bankruptcy relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  On April 13, 2005, Debtors' jointly administered bankruptcy proceedings were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Rule 2090-1(c) of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida ("Rule 2090-1(c)") provides that an attorney

---

[1] On July 27, 2005, Kilpatrick Stockton filed its Unopposed Motion for Waiver of Requirement to Designate Local Counsel (the "Motion").  Kilpatrick Stockton hereby amends the Motion to reflect, for the record, Paul M. Rosenblatt, Esq. as the proper signatory for the Motion.  Except as set forth hereinabove, all other aspects of the Motion remain unchanged.

residing outside of the State of Florida, who is a member in good standing of the bar of any District Court of the United States (other than the Middle District of Florida), may appear specially and be heard in any case or proceeding without formal or general admission.  Rule 2090-1(c) requires, however, that any attorney specially admitted file a designation and consent to act naming a member of the bar of the Middle District of Florida, residing in the State of Florida, for service of notices and papers.  Rule 2090-1(c) further provides that "the Court may waive such designation for good cause shown".

      3.      By this motion, KS respectfully requests that the Court waive the local counsel designation requirement to permit KS, through Paul M. Rosenblatt, a member of the bar of the United States District Court for the Northern District of Georgia, *inter alia*, to represent SFM in the above-captioned proceeding.

      4.      In support of the relief requested, KS shows that SFM is a proposed purchaser and assignee of certain assets of the Debtors.  If approved, KS's representation of SFM before this Court would be limited to issues relating to SFM's purchase of assets from the Debtors.

      5.      Furthermore, KS shows that its offices in Atlanta, Georgia are located approximately one hour from the Court by airplane.

      6.      In further support of relief request, KS shows that counsel for Debtors has confirmed that Debtors do not oppose the relief requested herein.

      7.      Based on the foregoing, KS shows that good cause exists for the Court to waive the local counsel designation requirement and to permit KS to appear in the above-captioned proceeding as counsel for SFM.

ATLLIB01 2057175.1

WHEREFORE, KS respectfully requests entry of an Order authorizing KS to represent Southern Family Markets Acquisition LLC, without need to designate local counsel, and granting such other and further relief as may be deemed just and proper.

Respectfully submitted, this 5th day of August, 2005.

        KILPATRICK STOCKTON LLP

        /s/ Paul M. Rosenblatt
        Paul M. Rosenblatt
        Georgia Bar No. 614522
        Suite 2800
        1100 Peachtree Street
        Atlanta, Georgia  30309
        Telephone: (404) 815-6321
        Facsimile: (404) 815-6555

        Attorneys for Southern Family Markets
        Acquisition, LLC

## Certificate of Service

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing pleading to be served via first class United States mail, with adequate postage affixed thereto to ensure delivery, to the following parties:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL  32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

**Dated:  August 5, 2005**

/s/ Paul M. Rosenblatt
Paul M. Rosenblatt
Georgia Bar No. 614522