UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 05-03817-JAF |
| | ) |
| WINN DIXIE STORES, INC., *ET AL.*, | ) CHAPTER 11 |
| | ) |
| DEBTOR. | ) Judge Jerry A. Funk |
| | ) Jointly Administered |

**LIMITED OBJECTION OF HERITAGE SPE LLC TO THE DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Heritage SPE LLC ("Heritage"), a lessor of nonresidential real property in the above-captioned, jointly administered bankruptcy cases hereby objects (the "Limited Objection") to the Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief **[Docket No. 1961]** (the "July Auction Motion") to the extent that the July Auction Motion seek to fix the amount of Heritage's cure claim (the "Cure Claim") at $5,700.74 as identified in Exhibit F attached to the July Auction Motion, and, in support thereof, respectfully states as follows:

1. On February 21, 2005, the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. Pursuant to an order dated April 13, 2005, venue for these jointly administered bankruptcy cases was transferred to this Court.

2. Heritage is a lessor of certain shopping center spaces as to which one or more of the Debtors is the lessee. The Debtors have identified one of these leases located in the

\\FIN\252206.1

McMullen Creek Shopping Center in Charlotte, North Carolina (the "McMullen Creek Lease"), lease no. 2106, as one of the Debtors' Targeted Stores[1] in the July Auction Motion. Pursuant to the McMullen Creek Lease, the Debtors are obligated to pay Heritage amounts for base rent as well as additional rent, which includes but is not limited to amounts for common area maintenance ("CAM") and real estate taxes that accrue in regular intervals.

3. Heritage has at least one additional lease of nonresidential real property with the Debtors that is not the subject of either the July Auction Motion or the subsequent Amended Motion of the Debtors for Order Authorizing the Debtors (I) To Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) To Assume and Assign Leases (III) To Reject Targeted Leases the Debtors Are Unable to Sell and (IV) Granting Related Relief (the "August Auction Motion").

4. In the July Auction Motion, the Debtors seek, amongst other things, authority to fix the Cure Claim for the McMullen Creek Lease in the amount listed in Exhibit F to the July Auction Motion. In Exhibit F, the Debtors list the amount of the Cure Claim as $5,700.74, based on the Debtors' CAM obligations under the McMullen Creek Lease.

5. In fact, Heritage's Cure Claim is currently approximately $209,651.01 and is comprised of multiple, unpaid amounts for CAM and various tax obligations owed by the Debtors as additional rent under the McMullen Creek Lease. Furthermore, additional amounts may accrue under the McMullen Creek Lease that may further increase the amount of the Cure Claim. Therefore, Heritage objects to any attempt to fix the amount of the Cure Claim for less than $209,651.01 plus any other unpaid amounts that come due prior to any assumption of the McMullen Creek Lease.

---

[1] Unless otherwise specified herein, all capitalized terms shall have the meaning ascribed to them in the July Auction Motion.

WHEREFORE, Heritage requests this Court enter an Order fixing Heritage's Cure Claim on the McMullen Creek Lease, Store No. 2106, for not less than $209,651.01 plus any additional accrued yet unpaid amounts under the lease and granting any further relief the Court deems just and appropriate.

Dated: August 5, 2005

Respectfully submitted,

/s/ Charles L. Gibbs II
One of the attorneys for
Heritage SPE, LLC

Charles L. Gibbs II
Fla. Bar No. 0736651
McGuireWoods LLP
50 N. Laura St.
Suite 3300
Jacksonville, FL 32202
(904) 798-3200

- and -

Richard J. Mason, P.C.
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 558-1000

\\FIN\252206.1