UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING MOTION TO EXTEND CLAIMS BAR DATE

The Court finds that the Motion to Extend Claims Bar Date filed by Frederick P. Gilmore on behalf of Beverly Gaillard on August 3, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Extend Claims Bar Date filed by Frederick P. Gilmore on behalf of Beverly Gaillard on August 3, 2005 is stricken from the record.

**DATED August 4, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Frederick P. Gilmore, 116 Court St., Grove Hill, AL 36451-3227

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes         Page 1 of 1                Date Rcvd: Aug 04, 2005
Case: 05-03817              Form ID: pdfdoc      Total Served: 1
```

The following entities were served by first class mail on Aug 06, 2005.
aty          Frederick P. Gilmore,   116 Court Street,   Grove Hill, AL   36451-3227

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2005**                    **Signature:**   *Joseph Speetjens*