**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                           Case No. 3:05−bk−03817−JAF
                                                                                 Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING ON MOTION FOR RELIEF FROM STAY

    NOTICE IS GIVEN that a hearing on M/Relief From Stay filed by Sarria Enterprises, Inc. is rescheduled for final hearing to August 29, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated August 5, 2005 .

                                David K Oliveria , Clerk of Court
                                300 North Hogan Street Suite 3−350
                                Jacksonville, FL 32202

Copies furnished to:
Attorney for Debtor
Attorney for Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Aug 05, 2005
Case: 05-03817                Form ID: 3902a            Total Served: 3
```

The following entities were served by first class mail on Aug 07, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty        +Michael A Kaufman,   Michael A Kaufman PA,   1601 Forum Place,   Suite 404,
              West Palm Beach, FL 33401-8103
           +Alan M. Burger,   1601 Forum Place, Suite 404,   West Palm Beach, FL 33401-8103

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                          **Signature:**    _Joseph Speetjens_