UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER ALLOWING INTERIM COMPENSATION OF KIRSCHNER & LEGLER FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

This case came on for hearing on August 4, 2005 upon the application of Kirschner & Legler for allowance of interim compensation for services rendered and reimbursement of expenses. Upon consideration, it is

ORDERED

1. Kirschner & Legler is allowed interim compensation of $93,264.00 for professional services and $130.26 for the reimbursement of expenses incurred from February 22, 2005 through May 31, 2005.

2. Kirschner & Legler has been paid $74,799.99 towards its fees and $188.79 towards its expenses pursuant to Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (Docket No. 434).

3. The Debtors are authorized and directed to pay Kirschner & Legler the holdback amount of $18,549.27.

4. All interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated in Jacksonville, Florida, this ____ day of August, 2005

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.

00503997

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes         Page 1 of 1         Date Rcvd: Aug 05, 2005
Case: 05-03817               Form ID: pdfdoc      Total Served: 1

The following entities were served by first class mail on Aug 07, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                   **Signature:**   *Joseph Speetjens*