UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case Nos. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER AWARDING ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF ACTUAL AND NECESSARY CHARGES
AND DISBURSEMENTS TO KING & SPALDING LLP

Upon consideration of the First Interim Application dated July 14, 2005, of King & Spalding LLP ("K&S") for (a) an allowance of reasonable compensation for professional services rendered by K&S to the Debtors for the period February 21, 2005 through May 31, 2005 (the "Application Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by K&S in the rendition of required professional services on behalf of the Debtors during the Application Period, and after notice and hearing thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the First Interim Application (document no. 2248) is hereby granted; and it is further

**ORDERED,** that K&S is allowed compensation for the period from February 21, 2005 through May 31, 2005 in the amount of $757,292.00 and reimbursement of actual and necessary charges and disbursements of $14,446.09 for the same period; and it is further

**ORDERED**, that all interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

**IT IS SO ORDERED.**

Dated: Jacksonville, Florida
       Aug 4, 2005

Jerry A. Funk
United States Bankruptcy Judge

Prepared and Submitted by:
Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600

00504033.2                        2

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes           Page 1 of 1            Date Rcvd: Aug 05, 2005
Case: 05-03817               Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Aug 07, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                    **Signature:**    _Joseph Speetjens_