UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

ORDER APPROVING FINAL APPLICATION OF BAIN & COMPANY, INC.
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR FEES IN THE
AMOUNT OF $426,473.00 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT
OF $37,923.71 FOR THE PERIOD FEBRUARY 21, 2005 THROUGH FEBRUARY 28,
2005 AND $800,000.00 IN FEES AND EXPENSES FOR THE PERIOD MARCH 1, 2005
THROUGH MAY 31, 2005

These cases came before the Court on the application dated July 15, 2005 (the "**Application**") of Bain & Company, Inc. ("**Bain**") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered and expenses incurred on behalf of the Debtors in the period March 1, 2005 through May 31, 2005 in the aggregate amount of $800,000.00, and authorizing immediate payment of the same, and (ii) allowing $426,473.00 in fees and $37,923.71 in expenses incurred in the period February 21, 2005 through February 28, 2005 (collectively, the February fees and expenses shall hereinafter be referred to as the "**February Amounts**") and paid by the Debtors to Bain in the ordinary course. The period from February 21, 2005 through May 31, 2005 shall hereinafter be referred to as the "**Compensation Period.**" A hearing on the Application was held on August 4, 2005. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, has read the Application, considered the representations of counsel and has determined that notice of the Application is good and sufficient under the circumstances and that no other or further notice need be given.

CHI99 4497782-5.054168.0063

Accordingly, it is ORDERED:

1. The Application is granted.

2. The fees earned and the expenses incurred by Bain during the Compensation Period, including the February Amounts paid to Bain by the Debtors in the ordinary course of business, as set forth in the Application, are hereby approved and allowed.

3. Upon entry of this Order, Bain is hereby authorized to apply any retainer from the Debtors that it has in its possession and control toward paying down amounts due and outstanding for the period March 1, 2005 through May 31, 2005.

4. The Debtors are authorized and directed to pay to Bain (to the extent not previously paid), immediately upon entry of this Order, the sum of $800,000.00, representing the aggregate fees and expenses earned and incurred by Bain in the period March 1, 2005 through May 31, 2005, less any amounts on retainer applied by Bain toward its aggregate fees and expenses for the period March 1, 2005 through May 31, 2005.

5. Dated this 4 day of August 2005 in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Nicholas V. Pulignano, Jr. is directed to serve
a copy of this Order on all parties who
received copies of the Application.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1              Date Rcvd: Aug 05, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Aug 07, 2005.
aty         +Nicholas V. Pulignano, Jr.,   Marks Gray, P.A.,   1200 Riverplace Blvd Suite 800,
              Jacksonville, FL 32207-1834
The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                              Signature: _/s/ Joseph Speetjens_