UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

ORDER ALLOWING INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
SMITH HULSEY & BUSEY AS CO-COUNSEL FOR DEBTORS

This case came on for hearing on August 4, 2005 upon the application of Smith Hulsey & Busey for allowance of interim compensation for services rendered and reimbursement of expenses as co-counsel for the Debtors. Upon consideration, it is

ORDERED

1. Smith Hulsey & Busey is allowed interim compensation of $124,944.50 for professional services and $3,318.02 for the reimbursement of expenses incurred from March 28, 2005 through April 30, 2005.

2. Smith Hulsey & Busey has been paid $99,955.60 towards its fees and $3,318.02 towards its expenses pursuant to Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (Docket No. 434).

3. The Debtors are authorized and directed to pay Smith Hulsey & Busey the holdback amount of $24,988.90.

4. All interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated in Jacksonville, Florida, this ____ day of August, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.

00503836

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Aug 05, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Aug 07, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                    Signature: *Joseph Speetjens*