UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors.[1] | ) Jointly Administered |

ORDER GRANTING THE DEBTORS' MOTION FOR DETERMINATION OF
ADEQUATE ASSURANCE OF PAYMENT OF UTILITIES

These cases before the Court for hearing on August 4, 2005, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order of the Court, pursuant to section 366(b) of the Bankruptcy Code determining that the Requesting Utility Companies[2] are not entitled to additional adequate assurance (Docket No. 1875) (the "Motion"). A Notice of Withdrawal of Request for Additional Adequate Assurance has

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

been filed by South Carolina Electric & Gas Company, SCANA Energy Marketing, Inc. and Public Service of North Carolina (Docket No. 2040) (the "Notice of Withdrawal").

The Court has reviewed the Motion and the Notice of Withdrawal and heard the representations of counsel. Upon the representations of counsel and without objection by the United States Trustee or any other interested party, good cause exists to grant the Motion. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The following Requesting Utility Companies are not entitled to additional adequate assurance:

   a. Bay Laurel Center Community Development District
   b. City of Camilla
   c. City of Plant City, Florida
   d. Peace River Electric Cooperative
   e. Utilities Board of the City of Andalusia, Alabama
   f. Withlacoochee River Electric

3. Notwithstanding the foregoing, the hearing on the Motion with respect to the City of Plaquemine is continued until such date as the Court considers the Motion for Modification of Security Deposit for Utility Service filed by the City of Plaquemine (Docket Nos. 1672 and 1688).

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5.  The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August __, 2005 in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Aug 05, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Aug 07, 2005.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                    Signature:    *Joseph Speetjens*

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234