[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:05-bk-03817-JAF
                                                                        Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

**ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL**

This case came before the Court upon Motion of Richard J. Mason, a non-resident of Florida and counsel for Heritage Property Investment Trust and Bradley Operating LP, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated August 5, 2005.

                                                            _____
                                                            Jerry A. Funk
                                                            United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Richard J. Mason, 77 W. Wacker Dr., Ste 4100, Chicago, IL 60601

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Aug 05, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 5

The following entities were served by first class mail on Aug 07, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty         Charles L. Gibbs,    McGuire Woods LLP,   50 North Laura Street, Suite 3300,
             Jaksonville, FL  32202-3661
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
            +Richard J. Mason,    77 W. Wacker Dr., Ste 4100,    Chicago, IL 60601-1604

The following entities were served by electronic transmission on Aug 06, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Aug 06 2005 02:01:22     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2005**                              **Signature:** *Joseph Speetjens*