IN THE CIRCUIT COURT OF THE 3rd JUDICIAL CIRCUIT IN AND FOR HAMILTON COUNTY, FLORIDA

PROVIDED TO HAMILTON C.I. ON 7-29-05 FOR MAILING

David Timmons
Plaintiff/Petitioner

State of Florida
Jack Sapp - Warden
Respondent

_____/

Case No. 3:05-bk-03817-JAF
Chapter 11

REC'D
JACKSONVILLE, FLORIDA
AUG - 5 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## Petition for Writ of Habeas Corpus Ad Subjiciendum

Pursuant to 28 U.S.C. Sec. 2241(d), the Plaintiff David Timmons, requests that this Court issure a Writ of Habeas Corpus Ad Subjiciendum requiring Warden Jack Sapp to bring the Plaintiff befor the U.S. Bankruptcy Court, Middle District of Florida, Jacksonville, for a scheduled hearing to commence on August 8th, 2005 at 2:PM, in the 4th Floor, Courtroom 4D, 300 N. Hogan Street, Jacksonville Florida; And in support thereof, Would state the following:

1. Plaintiff is of minimum Costody, None Violent Charge D/W/L/S, And Pose No Potential Danger or Security Risk.

2. Plaintiff seek an Strong desire to be Present And Give Testimony of his claim, And Refute any opposing Party.

3. Plaintiff present is Needed to Dilligently express his need to Pursue his Claim, And try to Remedy the Hardship Cause by the Defendant Causation.

4. Plaintiff requests that the Respondant bear the cost of the Implementation of terms, of this writ.

WHEREFORE, Plaintiff pray this Honorable Court issue an Order to Transport him in the above style cause.

Respectfully Submitted

*David Timmons*
David Timmons / Pro Se
#079374 / A1127S
Hamilton C.I. Annex
11419 N.W. County Rd., #249
Jasper, FL. 32052-3735

## OATH

I Declare under of Perjury Pursuant to Florida Statute 92 Sec. 525 (1998), that I have read the foregoing and facts stated herein are true and correct.

## Certificate of Service

I hereby Certify, that a true copy of the foregoing has been furnished to the Clerk of Court, 3rd Judicial Circuit, 207 N.E. 1 St. Rm. 106 Jasper, FL. 32052, Clerk of Court, U.S. Bankruptcy Court Middle District of Florida, 300 N. Horgan St. Suite 3-350 Jacksonville, FL. 32202, and the Office of the Attorney General (The Capitol) Tallahassee, FL. 32399-1050, by U.S. Mail on this 29th day of July 2005.

*David Timmons*
David Timmons / Pro Se