IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC.                              Case No. 05-03817-JAF

      Debtor.
_____/

### NOTICE OF WITHDRAWL AS COUNSEL
### FOR CAMERON SANFORD COMPANY, LLC

PLEASE TAKE NOTICE that the law firm of JENNIS & BOWEN, P.L., hereby advises the Court and all interested parties that it is withdrawing as counsel for creditor, Cameron Sanford Company, LLC ("Cameron Sanford") in the above-captioned matter. Cameron Sanford has instructed JENNIS & BOWEN, P.L. that their services are no longer required, and that JENNIS & BOWEN, P.L. may be removed from the Court's Special Mailing Matrix. Cameron Sanford has also advised that they have in house counsel representing their interests; namely, the law firm of Cranfill, Sumner, and Hartzog in Raleigh, North Carolina. Accordingly, JENNIS & BOWEN, P.L. respectfully requests to be removed from the Court's Special Mailing Matrix. All notices should be sent directly to the creditor at:

      Cameron Sanford Company, LLC
      P.O. Box 31827
      Raleigh, NC. 27622

        /S/ David S. Jennis
      David S. Jennis, Esquire
      Florida Bar No. 775940
      Chad S. Bowen, Esquire
      Florida Bar No. 0138290
      Ryan S. Marsteller, Esquire
      Florida Bar No. 0943711
      **Jennis & Bowen, P.L.**
      400 N. Ashley Dr., Ste. 2540
      Tampa, FL 33602
      Telephone: (813) 229-1700
      Facsimile: (813) 229-1707
      E-mail: djennis@jennisbowen.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail to: Connie Stead, Cameron Sanford Company, LLC, P.O. Box 31827, Raleigh, NC. 27622, US Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602, and all creditors and parties of interest listed on the attached matrix, on this __8th__ day of August, 2005.


                                /S/ David S. Jennis
                           David S. Jennis, Esq.

```
Label Matrix for USBC                  Appraisers Associated Ltd.              Arthur J. Spector
Middle District of Florida             c/o Held & Israel                       Berger Singerman, P.A.
Case 3:05-bk-03817-JAF                 1301 Riverplace Blvd. #1916              350 E. Las Olas Boulevard
Mon Aug  8 12:03:51 EDT 2005           Jacksonville, FL 32207                  Suite 1000
                                                                               Fort Lauderdale, FL 33301,  33301


Arthur J. Spector                      Ashely M. Chan, Esquire                 Baker Botts L.L.P.
Berger Singerman, P.A.                 Hangley Aronchick Segal & Pudlin        2001 Ross Avenue
350 E. Las Olas Boulevard              One Logan Square, 27th Floor            Dallas, Texas 75201
Suite 1000                             Philadelphia, PA  19103
Fort Lauderdale, FL 33301,  33301


Bi-Lo, LLC                             Buffalo Rock Co.                        Burlington Associates LP
Kilpatrick Stockton LLP                c/o R. Scott Shuker                     c/o Mitchell S. Rosen, Esq.
C/o Paul M. Rosenblatt                 Gronek & Latham, LLP                    Rosen Law Group, LLC
1100 Peachtree Street, Suite 2800      P.O. Box 3353                           950 E. Paces Ferry Road, Suite 3250
Atlanta, GA 30309,  30309              Orlando, FL  32802-3353,  32802-3353    Atlanta, Georgia 30326,  30326


C Daniel Motsinger                     Catherine A Harrison                    Christian A. Petersen, Esquire
Krieg DeVault LLP                      Miller & Martin PLLC                    Gunster, Yoakley & Stewart, P.A.
One Indiana Square, Suite 2800         1170 Peachtree Street NE, Suite 800     500 E. Broward Blvd. Suite 1400
Indianapolis                           Atlanta GA 30309                        Fort Lauderdale, Florida 33394
IN, 46204-2079 46204-2079


Citrus World, Inc., d/b/a Florida's Natu   Cole Fine Foods                    Concord-Fund IV Retail, L.P.
c/o R. Scott Shuker                    c/o Roy S. Kobert, Esquire              c/o Held & Israel
Gronek & Latham, LLP                   Broad and Cassel                        1301 Riverplace Blvd. #1916
P.O. Box 3353                          P.O. Box 4961                           Jacksonville, FL 32207
Orlando, FL  32802-3353,  32802-3353   Orlando, Florida 32802,  32802


Conecuh Sausage Co., Inc.              Day Properties, Inc.                    Dena Copulsky Kaufman
c/o Held & Israel                      c/o Robert Laney, Esquire               Hogan & Hartson L.L.P.
1301 Riverplace Blvd. #1916            906 Main Street                         875 Third Avenue
Jacksonville, FL 32207                 North Wilkesboro, NC  28659             New York, NY 10022


Earl M. Barker, Jr.                    Elston/Leetsdale, LLC                   Flagler Retail Associates, Ltd.
Slott, Barker & Nussbaum               c/o Held & Israel                       c/o Held & Israel
334 East Duval Street                  1301 Riverplace Blvd. #1916             1301 Riverplace Blvd. #1916
Jacksonville, Florida 32202            Jacksonville, FL 32207                  Jacksonville, FL 32207


Gehr Florida Development, LLC          Gene B Tarr Esq                         Gustafson's, LLC
c/o Held & Israel                      Attorney for Domino Foods, Inc. and     c/o R. Scott Shuker
1301 Riverplace Blvd. #1916            Florida Crystals Food Corporation       Gronek & Latham, LLP
Jacksonville, FL 32207                 PO Drawer 25008                         P.O. Box 3353
                                       Winston-Salem NC  27114-5008,  27114-500   Orlando, FL  32802-3353,  32802-3353


Hillandale Farms, Inc.                 Inland Retail Real Estate Trust, Inc.   Ira S. Greene
Post Office Box 2109                   c/o R. Scott Shuker                     Hogan & Hartson L.L.P.
Lake City, Florida 32056-2109          Gronek & Latham, LLP                    875 Third Avenue
                                       P.O. Box 3353                           New York, NY 10022
                                       Orlando, FL  32802,  32802


Jimmy R. Summerlin, Jr.                John J. Cruciani                        John J. Wiles, Esq.
Young, Morphis, Bach & Taylor, LLP     Blackwell Sanders Peper Martin, LP      Wiles & Wiles
P.O. Drawer 2428                       4801 Main Street, Ste. 1000             800 Kennesaw Avenue
Hickory, NC 28603                      Kansas City, MO  64112                  Suite 400
                                                                               Marietta, Georgia, 30060-7946 30060-7946
```

| | | |
|---|---|---|
| Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304,  44114-1304 | Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |
| Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida  32802,  32802 | Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 |
| Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 |
| Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 |
| Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,  30326 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 |
| Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 |
| Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309,  30309 | TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 |
| The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 | |