IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**OBJECTION TO AND REQUEST FOR RECONSIDERATION OF:
ORDER APPROVING DEBTORS' (A) SALE OF ASSETS FREE AND
CLEAR OF LIENS, (B) ASSUMPTION AND ASSIGNMENT OF
LEASES AND (C) RELATED RELIEF
RE: ASSOCIATED WHOLESALE GROCERS, INC. & ALEX LEE, INC.**

Comes now Springs Corners, LLC, a creditor in the above referenced action, and objects to the Order of the Court concerning the above referenced matter (Docket No. 2847) to the extent that it purports to fix the cure amount associated with the parties' lease agreement on store number 2083. In support of its objection, respondent respectfully shows the Court as follows:

1. That on or about July 2, 2005, the Debtors filed and served their Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authoring the Assumption and Assignment of Leases and Contracts, and (C) Granting Related Relief (the "Motion")

2. That, pursuant to the terms of the Motion, the last day for objections by landlords as to the cure amounts required prior to the assumption and assignment of leases was July 14, 2005.

3. That the Motion schedule the cure amounts required for store # 2083 at $6,536.47.

4. That on July 13, 2005, Springs Corners, LLC, by and through the undersigned counsel, filed its Objection to Cure Amount Stated in Debtors' Motion (See Docket No. 2104).

5. That between July 13, 2005 and the date hereof there has been no settlement between the Debtors and Springs Corners, LLC concerning the above referenced Objection and that the Court has not heard from the parties in effort to settle the Objection.

6. That on August 3, 2005, the Debtors submitted their proposed Order concerning the sale and assignment of store number 2083, among others, to Associated Wholesale Grocers, Inc. and Alex Lee, Inc.

123891.1

7. That the foregoing proposed Order was not presented for review by counsel for Springs Corners, LLC.

8. That on August 5, 2005, the Court entered the Order Approving Debtors' (A) Sale of Assets Free and Clear of Liens, (B) Assumption and Assignment of Leases and (C) Related Relief Re: Associated Wholesale Grocers, Inc. & Alex Lee, Inc. (the "Order").

9. That Paragraph "C" of the Order states that, of the stores affected by the Order, only stores 1362, 2008, and 2063 filed objections to the cure amounts scheduled in the Motion.

10. That Paragraph "R" of the Order purports to fix the "Cure Amounts" for all affected stores, except stores 1362, 2008, and 2063, at the amounts scheduled in Exhibit "C".

11. That Exhibit "C" of the Order continues to list the Cure Amount for store 2083 at $6,536.47, the same amount previously objected to by Springs Corners, LLC.

12. That the schedule Cure Amount for store 2083 was timely objected to by Springs Corners, LLC on July 13, 2005.

13. That the Springs Corners, LLC should be granted the same opportunities for hearing as the landlords for stores 1362, 2008, and 2063, unless otherwise settled between the Debtors and Springs Corners, LLC prior to such hearing.

Wherefore, Springs Corners, LLC respectfully prays that the Court as follows:

1. For the entry of an Amended Order adding store number 2083 to the list of stores which have objected to the schedule Cure Amounts and reserving the fixing of said Cure Amount until a hearing on Springs Corners, LLC's Objection is held; and

2. For such other and further relief as the Court deems just and proper.

This the 8th day of August, 2005.

    YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
    Jimmy R. Summerlin, Jr.
    N.C. State Bar No.: 31819
    P.O. Drawer 2428
    Hickory, NC 28603
    (828) 322-4663
    (828) 322-2023 facsimile

123891.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day I served a copy of the foregoing Objection to Cure Amount, by placing a true copy of the same in the U.S. Mail, postage prepaid, and addressed as follows:

D.J. Baker, Sally McDonald Henry, Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post, and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 8th day of August, 2005.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No.: 31819
P.O. Drawer 2428
Hickory, NC 28603
(828) 322-4663
(828) 322-2023 facsimile

123891.1