UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon the Amended Motion of Paul M. Rosenblatt, a non-resident of Florida and counsel for Southern Family Markets Acquisition LLC, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

DATED August 8, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Attorneys for Debtor
Attorneys for Unsecured Creditors Committee
US Trustee
Paul M. Rosenblatt, Suite 2800, 1100 Peachtree St., Atlanta, GA 30309