IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-3817 |
| | ) | |
| | ) | HONORABLE JERRY A. FUNK |
| Debtor. | ) | |

**AMENDED MOTION TO LIFT AUTOMATIC STAY PROVISIONS
OF 11 U.S.C. SECTION 362 TO CORRECT CERTIFICATE OF SERVICE**

Petitioner BETTY TERRELL, by and through her undersigned counsel of record, respectfully files this Amended Motion to Lift Automatic Stay Provisions of 11 U.S.C. Section 362 to Correct Certificate of Service to reflect additional parties in the above styled case were served with the foregoing motion (See Motion to Lift Automatic Stay Provisions of 11 U.S.C. Section 362 attached hereto as Exhibit A).

Respectfully submitted:

s/ Matt Abbott
Matt Abbott
Alabama Bar No: ASB-3107-P70A
Mississippi Bar No: MSB-100193
Attorney for Petitioner Betty Terrell

OF COUNSEL:
CHURCH, MINOR, ABBOTT, FURR & DAVIS, P.C.
1609 Cogswell Avenue
Pell City, Alabama 35125
(205) 338-2295

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Cynthia C. Jackson, Esq., Adam Ravin, Esq., Debtor(s)' Attorney, U.S. Trustee, Creditor, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Todd N. Hamilton, Esquire
Steven M. Brom, Esquire
Smith, Spires & Peddy, P.C.
2015 Second Ave. North, Suite 200
Birmingham, Alabama 35203

                                                                              s/ Matt Abbott
                                                                              Of Counsel