CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX   75374
972/644-1127

F I L E D
JACKSONVILLE, FLORIDA

AUG - 8 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dated: 07/2?/2005

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
300 NORTH HOGAN STREET
SUITE 3-350
JACKSONVILLE, FL 32202


Re: Case #      05-03817-3F1

Debtor         WINN-DIXIE STORES, INC.


Please correct the creditor's address on this case as shown below for all checks and notices.

CINGULAR WIRELESS
P.O. Box 740933
Dallas, TX   75374


Thank you for your prompt attention.

_____
P. B. Mason
Creditor's Authorized Agent