IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC., et al.,         Chapter 11
                                          Case No. 3:05-03817-JAF
        Debtor.                           (Jointly Administered)
_____/

**ALTAMONTE S.S.G., INC.'S MOTION TO EXTEND TIME TO
PROVIDE NOTICE OF PROPERTY THAT LANDLORD CLAIMS OWNERSHIP
OF PURSUANT TO ORDER OF THIS COURT ENTERED ON JULY 27, 2005**

Altamonte S.S.G., Inc. ("Altamonte") hereby files this Motion to Extend Time to Provide Notice of Property that Landlord Claims Ownership of Pursuant to Order of this Court Entered on July 27, 2005, and in support thereof states as follows:

1.  On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. et al (the "Debtors") filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code.

2.  Altamonte is a landlord of the Debtors with respect to the Debtors' store number 2384, 1072 Montgomery Road, Altamonte Springs, Florida (the "Leased Premises"). The Debtors continue to remain in possession of the Leased Premises post petition.

3.  On July 27, 2005, this Court entered Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens and Exempt from Stamp or Similar Taxes Through Store

Closing Sales in Accordance with the Attached Guidelines and (C) Granting Related Relief (the "Liquidation Order").

4. In the underlying motion which was approved pursuant to the Liquidation Order, the Leased Premises is listed one of the stores that the Debtors intend to liquidate.

5. Pursuant to the Liquidation Order, this Court directed any landlord of the Debtors to provide the Debtors notice of specifically identified property in the stores which are being liquidated in which the landlord contends is its property as opposed to the Debtors' property. This Court provided the landlord with ten days of the date of the entry of the Liquidation Order within which to provide this notice. See Liquidation Order, decretal 28.

6. On August 1, 2005, the Debtors filed Amended Motion of the Debtors for Order Authorizing the Debtors (I) to Sell Leasehold Interest in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes (II) to Assume and Assign Leases (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (the "Sale Motion").

7. Pursuant to the Sale Motion, the Leased Premises is a targeted store.

8. In light of the Sale Motion, Altamonte requests an extension within which to provide the Debtor with its list of property inasmuch as if the Leased Premises are ultimately assumed and assigned, the notice requirements would be moot.

9. Altamonte asserts that it should have ten days from any order that approves the rejection of the Leased Premises within which to provide the Debtors with the list of property.

10. In addition to the foregoing, the principal of Altamonte has been on vacation during this time period and will not return until August 18, 2005.

**WHEREFORE**, Altamonte requests the entry of an order that (a) grants this motion; (b) provides Altamonte with ten days from the date of an order approving the rejection of the Leased Premises within which to provide the Debtor with its specific property list; and (c) grants additional relief this Court deems necessary and appropriate.

/s/ Lara Roeske Fernandez
ROBERTA A. COLTON
Florida Bar No. 371289
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
Suite 2700, Bank of America Plaza
101 East Kennedy Boulevard (33602)
Post Office Box 1102
Tampa, Florida 33601-1102
Telephone: (813) 223-7474
Fax: (813) 229-6553

Attorneys for Altamonte S.S.G., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Altamonte S.S.G., Inc.'S Motion To Extend Time To Provide Notice Of Property That Landlord Claims Ownership Of Pursuant To Order Of This Court Entered On July 27, 2005** was served by electronic filing or regular U.S. Mail on Cynthia C. Jackson, Esq. Smith Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, FL 32202; D.J. Baker, Esq., Skadden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square, New York, New York 10036 on the 8th day of August, 2005.

/s/ Lara Roeske Fernandez
Attorney

1284002v1