

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
August 08, 2005

HONORABLE JERRY A. FUNK

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN / C. JACKSON / S. BUSEY / J. POST / D. BAKER
Trustee:

HEARING:

~~1. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY BOBBIE EDWARDS (1558)~~

OFF - order signed 8/1/05

R/S    A/P    F/HRG

ORDER:

#1 ~~FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY SARRIA ENTERPRISES, INC. (1542)~~
Reset to 8/29 @ 2:00

R/S    A/P    F/HRG

ORDER:

2. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY WAH HONG GO (1524) Post for Anthony Sanchez, Otero-Granter

(2731) Debtors' Response in Opposition to M/RFS

R/S    A/P    F/HRG

Under Advisement - Sanchez has 10 days to brief - Post & Otero have 10 days to Answer - Sanchez has 10 days to respond

ORDER:

3. MOTION FOR RELIEF FROM STAY FILED BY DAVID TIMMONS (1350)

Deny for Lack of Prosecution.

R/S    A/P    F/HRG

ORDER:  Ord / Post

APPEARANCES:

MOVANT #1:   MICHAEL A. KAUFMAN
MOVANT #2:   ANTHONY F. SANCHEZ
MOVANT #3:   PRO SE



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
August 08, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN
Trustee:

RULING:

prompt2