UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 05-03817-JAF |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |
| _____/ | |

## VERIFIED STATEMENT OF MULTIPLE REPRESENTATION

NOW COMES Hill, Ward & Henderson, P.A. by Paige A. Greenlee, Esquire, who having first made oath, and pursuant to Bankruptcy Rule 2019, states as follows:

1. This firms represents the following creditors or parties in interest in this case:

   Provender Hall, LLC                                     Store No: 618
   c/o Garth V. Phillips
   Regional Director
   KENNEDY WILSON PROPERTIES, LTD.
   350 Sansome Street, Suite 830
   San Francisco, CA 94104

   JEM Investments Ltd                                     Store No: 602
   c/o Josephine Greco-Dato
   600 Madison Street
   Tampa, FL 33602

2. The creditors are landlords of Winn-Dixie Stores, Inc., pursuant to commercial leases executed more than one year prior to the filing of the petition. Their claims, if any, may be comprised of pre-petition rent arrearages, post-petition rent subject to administrative priority, and/or damages incurred by the rejection of the leases.

3. This firm has no claim or interest in this case.

4. It is employed pursuant to engagement letters to render services at the firm's normal hourly rates.

5. The landlords, by their agents, consent to the multiple representation, and to this firm's representation of additional creditors in this case.

/s/ Paige A. Greenlee
Lynn Welter Sherman
Florida Bar No. 375616
Paige A. Greenlee
Florida Bar No. 635928
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, Florida 33601
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Provender Hall, LLC and
JEM Investments Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing Verified Statement of Multiple Representation has been provided by ☒ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 9th day of August, 2005 to:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attorney for Debtor

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
Attorney for Debtor

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorney for Unsecured Creditors Committee

Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Attorney for Unsecured Creditors Committee

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Attorney for Debtor

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Attorney for Debtor

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806
Attorney for U.S. Trustee

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
Attorney for Unsecured Creditors Committee

/s/ Paige A. Greenlee
Paige A. Greenlee

# VERIFICATION

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

This day appeared before me, Mary E. Schaeffer, Paige A. Greenlee, who after having made oath, stated that the foregoing is a true statement regarding the representation of the listed parties to the best of her knowledge and belief.

/s/ Paige A. Greenlee



Mary E. Schaeffer
Notary Public, State of Florida at Large

My Commission expires:

January 18, 2009.