UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

### ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief From Stay filed by Michael O. Massey on behalf of Amanda Ingle on August 8, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Relief From Stay filed by Michael O. Massey on behalf of Amanda Ingle on August 8, 2005 is stricken from the record.

**DATED August 9, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael O. Massey, 4421 NW Blitchton Rd., PMB 417, Ocala, FL 34482
Leanne McKnight Prendergast, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32202