UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Chapter 11
                                                                      Case No.: 3-05-bk-3817-JAF
WINN DIXIE STORES, INC., et al.

    Debtors.
_____/

## GENOVEVA CERVANTES' MOTION FOR EXTENSION OF TIME TO FILE PROOF OF CLAIM

Comes now, Genoveva Cervantes ("Movant"), who respectfully requests that this Court grant her an extension of time in which to file her Proof of Claim, and as grounds therefore, states:

1. On February 21, 2005 ("Petition Date"), Winn-Dixie Stores, Inc. et al. ("Debtors"), filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code.

2. This Court, in previous orders, set the deadline for filing proofs of claim in these jointly administered cases as August 1, 2005.

3. Movant was injured at a Retail Grocery Store-Save Rite Division, Winn-Dixie #2652 ("Save Rite"), prior to the Petition Date and notified Save Rite of its claim prior to the Petition Date.

4. Movant has never received any correspondence or information from the bankruptcy court.

5. Movant received no notice regarding the proof of claim bar date and just recently, upon investigation, became aware of the August 1, 2005 deadline.

6. Movant acknowledges receipt of correspondence from Winn-Dixie's insurance company (attached as exhibit "A" and "B") regarding Save Rite's affiliation with Winn-Dixie.

7. The insurance company's correspondence continues to request information from Movant regarding the claim and acknowledges its waiting to hear how to deal with the management of claims.

8. Movant asserts that notice of the bar date was deficient.

9. Movant asserts that it acted in good faith.

10. Movant asserts that the Debtor is not prejudiced by the delay.

11. Movant asserts the length of delay is minimal with minimal impact on the judicial proceedings and efficient court administration of the reorganization.

12. Attached hereto is a copy of the Proof of Claim that was sent by the Movant by Federal Express on August 9, 2005 to Logan & Company, Inc., Attention: Winn-Dixie Claim Center 546 Valley Road, Upper Montclair, New Jersey 07043.

WHEREFORE, the Movant requests that this Court grant this motion extending the time for Genoveva Cervantes to file her proof of claim as the failure to act was the result of excusable neglect.

/s/ Jeanine A. Ullo
William R. McBride, Esq.
FL Bar No.: 0643181
Jeanine A. Ullo
FL Bar No.: 0693685
McBRIDE, ULLO & LORENZ, P.A.
135 W. Central Blvd.
Suite 1100
Orlando, FL 32801
Tel: (407) 650-1791
Fax: (407) 849-0448
Attorneys for Movant

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Motion for Extension of Time to File Proof of Claim was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U.S. Bankruptcy Court on this 9th day of August, 2005:

| | |
|---|---|
| Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 | Adam Ravin, Esquire<br>D.J. Baker, Esquire<br>Skadden Arps Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| Official Committee of Unsecured Creditors<br>of Winn-Dixie Stores, Inc.,<br>c/o Dennis F. Dunne, Esquire<br>One Chase Maniatan Plaza<br>New York, NY 10005 | United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |

/s/ Jeanine A. Ullo
Attorney

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __Middle__ DISTRICT OF __Florida__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: WINN-DIXIE STORES, INC., et al. | Case Number: 05-03817-3F1 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Genoveva Cervantes

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Genoveva Cervantes
c/o McBride, Ullo & Lorenz, PA
135 W. Central Blvd., Suite 1100
Orlando, FL 32801
Telephone number: (407) 650-1791

☑ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☑ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
      Last four digits of SS #: _____
      Unpaid compensation for services performed
      from _____ to _____
              (date)        (date)

2. Date debt was incurred:
   May 1, 2004

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 15,000.00 _____ _____ 15,000.00
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ 15,000.00
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim.
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 8/9/05 | _Jeanine N. Ullo_    Jeanine A. Ullo, attorney for creditor |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT "A"

## Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787, Jacksonville, FL 32241-4787

April 20, 2005

William R. McBride, Esquire
McBride Law Firm, P.A.
135 West Central Blvd Suite 1100
Orlando, FL 32801

RE:    Claimant:          Genoveva Cervantes
       Date of Injury:    05/01/2004
       Location:          Winn Dixie # 2652
                          4520 South Semoran Blvd
                          Orlando, FL 32822
       Division:          Retail Grocery Store-Save Rite Division
       Claim Number:

Dear William R. McBride, Esquire:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a

I am the examiner handling this claim. Please provide a status as to Genoveva Cervantes's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. **Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Please be advised that Winn-Dixie Stores, Inc., and its subsidiaries, filed for reorganization under Chapter 11 in the United States Bankruptcy Court, Southern District of New York, on February 21, 2005. At this time, we do not have any additional details regarding Winn-Dixie's bankruptcy filing. All claims with dates of loss on or subsequent to 12:01 AM EST February 21, 2005 are currently being considered by the bankruptcy court. We are awaiting direction from the client and the court on how to proceed with the management of these claims. As soon as we have this direction, we will be notifying the appropriate parties.

If you have any questions feel free to contact me directly at

Sincerely,

Claims Examiner II

Encl.
Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.



## Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787, Jacksonville, FL 32241-4787

EXHIBIT "B"

March 28, 2005

William R. McBride, Esquire
McBride Law Firm, P.A.
5401 S. Kirkman Rd, Suite 310
Orlando, FL  32819

RE:  Claimant:           Genoveva Cervantes
     Date of Injury:     05/01/2004
     Location:           Winn Dixie # 2652
                         4520 South Semoran Blvd
                         Orlando, FL 32822
     Division:           Retail Grocery Store-Save Rite Division
     Claim Number:

Dear William R. McBride, Esquire:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a

I am the examiner handling this claim. Please provide a status as to Genoveva Cervantes's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. **Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Please be advised that Winn-Dixie Stores, Inc., and its subsidiaries, filed for reorganization under Chapter 11 in the United States Bankruptcy Court, Southern District of New York, on February 21, 2005 At this time, we do not have any additional details regarding Winn-Dixie's bankruptcy filing. All claims with dates of loss prior to 12:01 am EST February 21, 2005 are stayed due to the bankruptcy filing. We are awaiting direction from the client and the court on how to proceed with the management of these claims. As soon as we have this direction, we will be notifying the appropriate parties.

If you have any questions feel free to contact me directly at

Sincerely,


Claims Examiner II

Encl.

Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.